IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, ET AL.,   )
                                    )
          Plaintiffs,               )
                                    )      CV No. 20-3010
      vs.                           )      Washington, D.C.
                                    )      September 19, 2023
GOOGLE LLC,                         )      9:30 a.m.
                                    )
          Defendant.                )      Day 6
_____)      Morning Session

TRANSCRIPT OF BENCH TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For DOJ Plaintiffs:             Kenneth M. Dintzer
                                U.S. DEPARTMENT OF JUSTICE
                                1100 L Street, NW
                                Washington, D.C.
                                (202) 307-0340
                                Email:
                                kenneth.dintzer2@usdoj.gov

                                David E. Dahlquist
                                UNITED STATES
                                DEPARTMENT OF JUSTICE
                                Antitrust Division
                                209 South LaSalle Street
                                Suite 600
                                Chicago, IL 60604
                                (202) 805-8563

For Plaintiff
State of Colorado:              Jonathan Bruce Sallet
                                COLORADO DEPARTMENT OF LAW
                                Consumer Protection Section,
                                Antitrust Unit
                                Ralph L. Carr
                                Colorado Judicial Center
                                1300 Broadway
                                Suite 7th Floor
                                Denver, CO 80203
                                (720) 508-6000
                                Email: jon.sallet@coag.gov

                                William F. Cavanaugh, Jr.
                                PATTERSON BELKNAP
                                WEBB & TYLER LLP
                                1133 Avenue of the Americas
                                Suite 2200
                                New York, NY 10036-6710
                                (212) 335-2793
                                Email: wfcavanaugh@pbwt.com

APPEARANCES CONTINUED:

For Defendant Google:          John E. Schmidtlein
                               Kenneth Charles Smurzynski
                               WILLIAMS & CONNOLLY LLP
                               725 12th St., NW
                               Washington, D.C. 20005
                               (202) 434-5000
                               Email: jschmidtlein@wc.com

                               Michael Sommer
                               WILSON SONSINI
                               GOODRICH & ROSATI
                               1301 Avenue of the Americas
                               40th Floor
                               New York, NY 10019
                               (212) 497-7728
                               Email: msommer@wsgr.com


Court Reporter:                William P. Zaremba
                               Registered Merit Reporter
                               Certified Realtime Reporter
                               Official Court Reporter
                               E. Barrett Prettyman CH
                               333 Constitution Avenue, NW
                               Washington, D.C. 20001
                               (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

– – –

WITNESS INDEX

– – –

WITNESSES          DIRECT CROSS REDIRECT RECROSS

PLAINTIFF's:

JERRY DISCHLER              1327    1434

– – –

INDEX OF EXHIBITS

– – –

DEFENDANT'S                          ADMITTED

DX18                                    1364

231                                     1402

DX164                                   1409

```
 1                    P R O C E E D I N G S
 2            COURTROOM DEPUTY:  All rise.  The Court is now in
 3    session.  The Honorable Amit P. Mehta presiding.
 4            THE COURT:  Good morning, everyone.  Be seated.
 5            COURTROOM DEPUTY:  Good morning, Your Honor.
 6    This is Civil Action 20-3010 United States of America,
 7    et al., versus Google LLC.
 8            Kenneth Dintzer for the DOJ Plaintiffs.
 9            Jonathan Sallet and William Cavanaugh for
10    Plaintiff States.
11            John Schmidtlein on behalf of Google.
12            THE COURT:  Okay.
13            Good morning, everyone.  Apologies for the delay.
14    We had a couple matters starting at 8:30 that took longer
15    than we expected, but we're ready to go now.
16            So, Mr. Sommer, whenever you're ready.
17            MR. SOMMER:  Just one housekeeping issue from
18    yesterday.
19            I appreciate you giving me overnight to look at
20    that one exhibit that was not on the exhibit list, which was
21    PX2001 to which we are not objecting.
22            THE COURT:  Okay.  Terrific.
23            Thank you.  Appreciate it.
24            All right.  Mr. Dischler, good morning.
25            THE WITNESS:  Good morning.
```

1    MR. SOMMER:  May I proceed, Your Honor?

2    THE COURT:  You may.

3                    - - -

4    JERRY DISCHLER, WITNESS FOR THE PLAINTIFFS, HAVING BEEN

5    PREVIOUSLY SWORN, RESUMED THE STAND AND TESTIFIED FURTHER AS

6    FOLLOWS:

7                CROSS-EXAMINATION (CONTINUED)

8                    - - -

9    BY MR. SOMMER:

10   Q    Good morning, Mr. Dischler.

11   A    Good morning.

12   Q    I want to try to get us back to where we were

13   yesterday.  We had briefly covered some of the subject

14   matters that you had been asked about in questions by the

15   plaintiffs that I'm going to go into, and I want to jump

16   into a little more detail on ads -- on search ads.

17        Let me start with the easy one.  Why does Google

18   offer search ads?

19   A    We offer search ads because users come to Google

20   looking for commercial information, and we want to satisfy

21   their needs.

22        Businesses are interested in getting their

23   products and services in front of users.  Not all businesses

24   can make it to the top of search results, and so we offer an

25   ad product to allow them to showcase their products and

1   services when they're relative to the users.

2          And then, of course, Google's a business, we have

3   billions of users who access the service for free and so

4   advertising is a good business model.

5          Q    And when you say "a good business model," it

6   generates revenue?

7          A    It generates revenue, yes.

8          Q    Google is a public company, right?

9          A    It is.

10         Q    Has shareholders?  Yes?

11         A    It does.

12         Q    Revenue is an important thing, correct?

13         A    It is.

14         Q    What are some of the ways that search ads are good

15   for users?

16         A    Well, so when people search on Google and are

17   looking for commercial information, they're looking for a

18   variety of products and services.  Often, there's not one

19   perfect answer to their query.  And so by showing them an

20   assortment of products and services that are relevant to

21   those queries, it allows them to select from the information

22   that's displayed to them.

23         Now, just to be a bit more specific, we've run

24   experiments in the past for commercial queries where we've

25   taken the ads off the page, and it actually results in fewer

1    overall clicks, and we believe that it's an actually worse

2    user experience to not have ads on the page.

3        Q    So your experiments show that users actually like

4    to get fed ads, some?

5        A    Ads are useful information.  And that's very much

6    the spirit of the team.

7        Q    Can you give me to an example of how an ad can --

8    an example of how an ad can be useful to a user in response

9    to a query?

10       A    To give you an example, our organic search results

11   are typically based on the average user, the most popular

12   thing on the Internet.

13            So let's say that you're looking for a product and

14   that product is available on Amazon or Walmart or another

15   large retailer, it may be that a small retailer that's

16   relevant to the user may want to be discovered.

17            What they would typically do is buy an ad, and if

18   they can afford the ad and they can offer a good enough

19   experience to the user then we would show them on the top of

20   the search results page clearly labeled as an ad which would

21   provide them with additional distribution.

22            Particularly in the case of small businesses where

23   it's difficult for them to become discovered, if they're

24   able to offer a quality experience, we can give them quite a

25   boost in their distribution that they would have otherwise.

1    Q    How about an example of what could happen for

2  users if Google did not make the commitment to ads' quality

3  that you've described?

4    A    Well, if we didn't have the -- if we did --

5  implemented a simplified auction, as we described yesterday,

6  what would end up happening is the highest bidder would win,

7  and you'd get very, very irrelevant ads.

8         So an example of somebody who might be a very high

9  bidder on any ad on Google might be lawyers looking for

10  additional people to sign on to a mesothelioma lawsuit or

11  people offering auto insurance or credit cards or other very

12  high ticket items.  They're willing to pay hundreds of

13  dollars potentially, whereas that small retailer may be

14  willing to pay only a few dollars.  So user relevance is

15  extremely important in the overall experience on Google

16  Search.

17    Q    And if you didn't use the metrics you did to

18  assure ads' quality, would those -- could those mesothelioma

19  ads pop up in response to a query for something completely

20  unrelated to it?

21    A    Yeah, that's right, because advertisers buy ads

22  based on keywords and so they could flood the system with

23  keywords.

24         We have many advertisers who are -- some

25  advertisers who are adversarial flooding our systems with

1    keywords, basically submitting a bid for an ad on anything,

2    and it's our responsibility to only pick the most relevant

3    advertisers and show the best ads to users.

4        Q    Because that relates to the user experience; is

5    that right?

6        A    That's correct, user quality comes first.

7        Q    How do you know that users find Google Search ads

8    useful?  I mean I know you mentioned one of the experiments

9    that shows they will click and find it useful, but are there

10   other ways that Google monitors that?

11       A    Yeah.  We have an assortment of metrics that we

12   look at constitute user quality.  We look at both short-term

13   quality and long-term quality.

14            Short-term quality is based on how they respond to

15   a particular query.

16            And then we run long-term studies where we take a

17   look at the quality of the ads and basically the propensity

18   for advertisers to come back and search on Google and to

19   click on ads in the future.  And so we've built models that

20   approximate long-term quality as well.

21            We also have surveys in order to assess user

22   sentiment, and we have human raters who take a look at our

23   ads' quality decisions on a somewhat smaller scale but

24   nonetheless on a reasonable scale in order to make sure that

25   we're doing the right thing.

1    Q    Does Google continue to implement innovations to

2  continue improving the user experience?

3    A    Constantly.

4         I mean, what we're doing is we're developing

5  statistical systems that are our best approximation of

6  what -- of a good user experience, and we have to keep those

7  models up to date to respond to the evolving search results

8  page and evolving user needs.

9    Q    Does Google show ads in response to every query

10  from a user?

11    A    No.

12    Q    How do you determine which queries to show ads on?

13    A    When we believe -- so, first of all, an advertiser

14  needs to submit a bid; and, second of all, it needs to be

15  above a certain quality threshold in order to be able to

16  show an ad.

17    Q    Okay.

18         How about in simple terms?  I mean how is that

19  decision made?  What is Google looking for?  If I type in a

20  query, when am I getting an ad?

21    A    What we're looking for is we're looking for a

22  relevant ad that is likely to offer great user experience.

23         And so for the majority of queries, we showed no

24  ads.

25    Q    And why is that?

1      A    Because we don't believe that there's a good

2  advertiser to show the user.

3      Q    Are the ads that Google serves to users focused on

4  commercial queries?

5      A    They're focused on commercial queries, yes.

6      Q    Would Google generate more revenue if it showed

7  ads on every single query?

8      A    It likely would.

9      Q    And what would that, what do you think the impact

10  of that would be long-term?

11      A    In the long term, people would go to -- would

12  likely go to other search engines or other products that are

13  able to better fulfill their user needs.

14      Q    Now we discussed yesterday briefly that Google

15  limits the number of ads on the SERP, correct?

16      A    Yes.

17      Q    And we also briefly touched on that Google shows

18  less topside ads than its competitors, correct?

19      A    That's correct.

20      Q    In addition to limiting the number of queries for

21  which ads show, what are some of the other ways that Google

22  endeavors to make ads valuable over the long term?

23      A    Could you ask a more specific question?

24      Q    Sure.  Let me rephrase the question.

25      A    Yeah.

1    Q    Let me ask a different question.

2         I've been focusing a little bit on users.  Let me

3    turn to advertisers.

4         What are some of the ways that search ads are good

5    for advertisers?

6    A    What we want to do is we want to offer them a good

7    value based on whatever business metric is important to

8    them.

9    Q    And you mentioned yesterday that Google actually

10   tries to work with advertisers to help them achieve their

11   ROI goals, correct?

12   A    That's correct.

13   Q    And, again, what happens if Google fails to allow

14   advertisers to meet their objectives, their financial

15   objectives?

16   A    If we're not able to make advertisers -- if

17   we're -- if advertisers don't meet their financial

18   objectives, then they stop spending on Google, and they

19   often will spend on competitive platform.

20   Q    Are there any particular advertisers or group of

21   advertisers that Google tries to benefit over other

22   advertisers?

23   A    No.  In fact, one of the key attributes of Google

24   advertising that's very different from a lot of other

25   advertising platforms is that we ideally want to create a

1    level playing field between the largest multinational

2    corporations and the smallest businesses in the world.

3            This is extremely difficult to do because we have

4    millions of advertisers, big and small, with various levels

5    of sophistication.

6       Q    Yesterday there were some questions from the

7    plaintiffs about Google's revenue.  Let me just ask a couple

8    of questions.

9            How does Google calculate the revenue it gets from

10   advertisers?  How is the advertiser billed?

11      A    The advertiser is billed on a cost per click basis

12   typically, though we have a few ad products that run on

13   Google Search that are billed by other events.

14      Q    What is RPM?

15      A    Revenue per thousand impressions.

16           So the revenue that we earn per thousand queries.

17      Q    And how does that differ from revenue?

18      A    It's normalized based on a thousand queries,

19   rather than being our total revenue.

20      Q    Does your ads team have RPM goals?

21      A    It does.

22      Q    And who sets those goals?

23      A    They're typically set by the team and then

24   approved by the leadership of Google.

25      Q    And why does the team have these RPM-related

1  goals?

2      A     The idea is for us to grow the overall ad

3  opportunity.

4          The way that we do that is having very stringent

5  targets.  So we want to ideally do this in a way which is

6  good for users and also offers advertiser value.

7      Q     Let me shift gears a little bit.

8          So we've been talking a lot about the ads team.

9  There's also a search team, correct?

10     A     Yes.

11     Q     Do the search teams and ads teams work together?

12     A     We do.

13     Q     And -- toward what objective?

14     A     Well, the search team is responsible for the

15 overall experience on the search results page.  And so when

16 the ads team makes changes to the search results page, they

17 are typically approved by the search team.

18          There are some launches that are so minimal that

19 basically we can operate by certain long-established

20 standards, and we can push them ourselves.  But, otherwise,

21 it's a significant or meaningful change, then it needs to be

22 approved by the search team.

23     Q     So the search team has the final call on such

24 changes?

25     A     That's correct.

1    Q    Is there some type of general divide and

2    responsibility between the search and ad teams?

3    A    Yes.

4    Q    Can you describe that to the Court, please.

5    A    So the search team is responsible for the organic

6    user experience and then the overall user experience on the

7    page.  The ads team is responsible for monetizing the page.

8         What that means for practical purposes is that the

9    search team can provide signals to the ads team, but the ad

10   team does not provide signals back to the search team.

11   Q    So it's a one-way street?

12   A    It's a one-way street in order to allow the search

13   team to uphold its Honest Results policy which says that

14   financial compensation shouldn't affect the quality of the

15   search results.

16   Q    And why does Google maintain that Honest Results

17   policy?

18   A    It's just a decision that we make for quality.

19   It's part of our contract to our users.

20   Q    Are there ways that the search and ads teams work

21   together to increase commercial queries?

22   A    Yeah.  Yes, there are ways that we work together.

23   Q    And, generally, how is that done?

24   A    Well, so it's -- commercial queries are an

25   important fraction of queries, not only for Google because

```
 1    of its revenue but also for our users.  People should be

 2    able to turn to Google for anything, whether it's

 3    non-commercial information like the weather or commercial

 4    information like buying a car or a house or researching

 5    education.

 6              And so we have an idea of the queries -- we on the

 7    ads team have an idea on the queries that are most

 8    commercially interesting, and we talk to the search team

 9    about the general areas.  If they have good ideas or we have

10    good ideas based on our insights for how they can evolve the

11    search experience in order to better help our users in those

12    commercial contexts, then we sometimes work together on

13    those things.

14         Q    I'm going to ask you about a document.  There's a

15    binder in front of you, and there's an exhibit in there

16    which is marked DX142.

17              MR. SOMMER:  But, Your Honor, it's in evidence as

18    PSX200.

19    BY MR. SOMMER:

20         Q    Mr. Dischler, do you recognize this document?

21         A    I do.

22         Q    What is it?

23         A    I believe this is a -- this is a document from --

24    that the search team produced in order to set up goals for a

25    commercial query growth OKR.
```

1    MR. SOMMER:  Your Honor, for the record, this is a

2    2019 document.

3    BY MR. SOMMER:

4    Q    Does this document provide an example of the ways

5    that the search and ads teams collaborate to grow commercial

6    queries and improve the commercial experience?

7    A    Yes.

8    Q    Let's go to page 4 of the document which is

9    page 7407.

10    MR. SOMMER:  And, Your Honor, this is redacted, so

11    if you want to follow along in the copy I've handed out to

12    you.

13    THE COURT:  Oh, here it is.  Okay.  Sorry, I was

14    looking for it.

15    MR. SOMMER:  No, I think I just handed up a hard

16    copy of the document.

17    THE COURT:  Did I get a binder from you?

18    MR. SOMMER:  I can but what I was going to do is

19    do them one at a time.  I'll give a binder at the end so

20    you'll have them all.

21    THE COURT:  I want to know that I'm not putting my

22    hands on something that I shouldn't put my hands on.

23    MR. DINTZER:  Your Honor, we've been handing up

24    binders because we understood that was sort of the rules of

25    the game, gave them to the witness and the Court, the other

1340

```
 1   side.
 2          New rules to the game.  Now they're going to do
 3   document by document.  And so if that's -- I mean we'll do
 4   whatever pleases the Court, but we see a shift here from
 5   what we've been doing.
 6          MR. SOMMER:  Well, I'm not trying to change any
 7   rules of engagement.  I'm happy to give plaintiffs a binder
 8   at the same time I give one to Your Honor.
 9          I think I have about six or seven documents.
10   I mean it's not going to be a --
11          THE COURT:  Let's move forward.  Mr. Dischler has
12   been on for a while, let's get him going and then we can
13   talk about moving forward for other witnesses.  Go ahead.
14          MR. SOMMER:  So, Your Honor, page 4 of PSX200.
15   BY MR. SOMMER:
16   Q    And, Mr. Dischler --
17          THE COURT:  I'm sorry, when you say page 4, you
18   mean?
19          MR. SOMMER:  7407.
20          Let me just make sure you're with me.
21          THE COURT:  I have a documents that's D --
22          MR. SOMMER:  I'm sorry.  I think I handed out the
23   wrong document.  My apology.
24          142 is PSX200.  So let me start over.
25
```

1    BY MR. SOMMER:

2        Q    Mr. Dischler, find DX142 if you could.

3        A    Yes.

4        Q    Okay.

5             And please turn to page 4, which hopefully this

6    time is 7407.

7             Are you there, sir?

8        A    Yes.

9        Q    Great.

10            Without going into detail on the numbers in this

11   slide, because they're redacted, can you explain what issue

12   is being discussed here?

13       A    The issue that's being discussed is that overall

14   query growth is slowing and commercial query growth is

15   slowing alongside overall queries.

16       Q    And why is that an issue for Google, that query

17   growth is slowing?

18       A    Because we want to be able to answer -- we want

19   our users to come back to us for information purposes for

20   seeking information, and an important fraction of the

21   information is commercial information.

22       Q    And what ramifications does it have for Google if

23   there's a slowdown of queries in relation to competition for

24   digital ads?

25       A    Well, if query growth is slowing, then ad growth

1  is likely to slow, because we have less commercial

2  opportunities in which to show our ads and then our

3  advertisers will go elsewhere to platforms that are growing.

4      Q    If you could turn just two more pages to page 6,

5  which is Bates 7408.

6          Can you -- again, there are redactions here.  Can

7  you explain what's laid out in this slide?

8      A    Yeah.  Again, this is a slide from -- this is a

9  slide from the search team which is saying that it's pretty

10  difficult to grow in any vertical, let alone commercial

11  verticals, and that often in order to get long-term growth,

12  you need to take short-term sacrifices which could lead to a

13  decline in revenue which is perhaps a tradeoff that we would

14  be willing to make in order to create these long-term

15  opportunities.

16          They also outline that by making these long-term

17  investments, we should continue to hold up our principles

18  which they described as a church and state separation

19  between search, especially ranking, being important to

20  maintain, which is -- is very much it in line with the way

21  we operate.  We maintain this separation, particularly in

22  the case of ranking, as I described before.

23      Q    Okay.

24          And by "church and state separation," can you just

25  further describe what that means?

1    A    What I mean is that the organic team does not take

2  data from the ads team in order to affect its ranking and

3  affect its result.  The organic team operates independently.

4    Q    So no one can pay to get higher organic results;

5  is that right?

6    A    That's correct.

7    Q    The three blue boxes on the bottom, what's laid

8  out in these three boxes?

9    A    First, they want to create a great user

10  experience.  They want to focus on the long-term rather than

11  short-term growth because it's pretty easy to create query

12  growth by playing tricks that might cause a user to click

13  but not necessarily have long-term satisfaction so they want

14  to do things that are durably better for our users.

15         And then "revenue is a motivator not a decider"

16  means that essentially we'll tell them the areas of -- the

17  areas of user searches that have high commercial intent, but

18  they're not going to decide whether to pursue a particular

19  area just because we're making money.  They're driven by

20  basic user insights.  And even if it's a very high value

21  subset of queries for Google, if they don't have great user

22  insights, then they can't make the user experience better,

23  they simply won't make an investment.

24    Q    So these three boxes represent really the three

25  pillars of trying to drive commercial growth; is that fair?

1    A    That's right for the search team, yeah.

2    Q    Has the ads' quality team made ads changes to

3 improve quality that caused short-term revenue loss?

4    A    Yes.

5    Q    Why does that happen?

6    A    That happens because we want to improve the user

7 experience for our users.

8         So we typically do a number of tunings in order to

9 remove the lowest quality ads across the system and also to

10 fix incentive issues that cause advertisers who might offer

11 less good commercial experience to show up on the page.

12        And, you know, at first, we used to do these just

13 because we thought it was the right thing.  Since then we've

14 built models that try to approximate the long-term user

15 quality benefit that we have of doing these kinds of

16 launches.

17        And now we can better estimate in one year or two

18 years that we may be able to make some of the revenue back

19 or all of the revenue back by investing in this kind of

20 long-term quality.

21    Q    We can take that down, please.

22        Approximately how long does the ad serving process

23 take once a query has been entered by the user?

24    A    So from the query being entered by the user to the

25 ads being rendered, our -- the maximum time that it takes is

1   200 milliseconds.

2        Q     200 milliseconds?

3        A     That's correct.

4        Q     And why is it important to serve ads results that

5   quickly?

6        A     Because -- well, first of all, we know that users

7   want fast search results.  The second thing is we have a

8   commitment to the search team that if our ads aren't

9   rendered at the time when they're done rending the page then

10  the page will just go with no ads.

11       Q     Has Google done experiments to see -- withdrawn.

12             You're familiar with the term "latency"?

13       A     Yes.

14       Q     What does that refer to?

15       A     Latency is the amount of time that it takes

16  between when a user enters a request and they receive a

17  response.

18       Q     And has Google done experiments to evaluate the

19  importance to users of latency?

20       A     Yes.

21       Q     And what have those tests and experiments shown?

22       A     I don't have quantitative results, but we

23  generally know that very small differences -- very small

24  improvements in latency can lead to high impacts in the user

25  experience.  So we're acutely -- we are acutely focused on

 1    minimizing the amount of time that it takes to return

 2    results to the user.

 3        Q    Users like to get their results quickly?

 4        A    Correct.

 5        Q    Okay.

 6             And just to make sure we got that last point that

 7    you mentioned, if the ads team can't generate its ad load in

 8    that very quick amount of time, what happens in response to

 9    the query?

10        A    The page shows no ads, the train leaves the

11    station.

12        Q    I want to turn now to discuss some of the ad

13    formats that you were asked about yesterday by plaintiffs.

14             Can you briefly tell us some of the different --

15    some of the types of ad formats that Google offers on

16    search?

17        A    We have text ads and the text ads can have one or

18    more or zero or more extensions.  We have product listing

19    ads.  We have local ads that show up in the local results.

20    We have local services ads which are a specialized format

21    for service providers.

22             We have hotel ads as well and other smaller travel

23    formats.  I believe that's a comprehensive list.

24        Q    How about "display ad," does that -- is that

25    within one of those categories?

1    A    No.

2    Q    Okay.

3        Do you understand what a display ad is?

4    A    It's a very general term that's kind of fuzzy at

5    this point.  But, typically, a display ad -- when people

6    talk about display ads, they're pictorial ads that are shown

7    on websites not in response to a query.

8    Q    And Google does not show display ads in response

9    to a query, correct?

10    A    We do not.

11    Q    What about something called "discovery ads"?

12    Do you know what that is?

13    A    Yes.

14    Q    What are those?

15    A    Discovery ads are an ad format that is similar to

16    some of the social formats.  They have both images and text,

17    and they're designed for feed services.

18    Q    Generally, what's the purpose of having ads

19    available in different formats?

20    A    What we want to do is show ads that are -- that --

21    the industry term is "native."  We want them to be both

22    relevant to the user and we want them to be relative to --

23    relevant to the surface on which they display.

24    Q    You used the term a moment ago "extensions."

25    What's that?

1    A    Extensions are augmentations to the basic text ad

2    which provide structured information to the user.

3    Q    How does Google go about developing new ad

4    formats?  I mean, there have been new ad formats introduced

5    over the years, correct?

6    A    Yes.

7    Q    What's the process at Google for doing that?

8    A    We take a look at the information that we think is

9    most relevant, and we take a look at how the surfaces are

10   evolving.

11        For example, the Google Search surface has become

12   much more visual over time.  So as the search team evolves

13   the surface to meet user expectations and more visual

14   content, then we'll create ad formats that we think are

15   relevant to the surface if we think that the advertisers

16   stand to benefit, as well the users.

17   Q    So there's an element of consumer need;

18   is that correct?

19   A    Correct.

20   Q    And there's an element of advertiser interest?

21   A    Yes.

22   Q    Does Google also evaluate the effect -- you know,

23   evaluate what impact new innovations, new types of ads may

24   have before launching new ad formats?

25   A    Yes, we experiment.  We experiment with everything

1    before we launch it.

2        Q    How about looking at competing platforms to see

3    what type of ad formats they have, is that something that

4    Google routinely does?

5        A    Yes.

6        Q    Why do you do that?

7        A    Because there's no monopoly on good ideas.  We do

8    competitive intelligence to see what's working on other

9    platforms.

10       Q    And what are some of the other platforms that your

11   team will look to see what other competing platforms are

12   doing?

13       A    We'll look at Meta's properties, Facebook and

14   Instagram.  At Amazon, we'll look at the various video ad

15   platforms.  We'll look at short-form video like TikTok.

16   Really, a whole host of platforms.

17            And then we'll also look -- in addition to online

18   ads, we'll also look at offline ads as well, what's going on

19   on TV, in print, outdoor, et cetera, lead gen of various

20   sorts.

21       Q    I want to ask you about some specific types of ad

22   formats that you mentioned.

23            Let me put up a demonstrative, DXD03, slide 1.

24            What do we see on the screen here, Mr. Dischler?

25       A    This is a search results page for a highly

1    commericial query, men's shoes.

2        Q    Men's shoes.  Okay.

3             And the images of the shoes we see across the top,

4    what type of ads are those?

5        A    Those are product listing ads that are appearing

6    in a carousel.

7        Q    Those have been referred to also as shopping ads;

8    is that right?

9        A    Correct.

10       Q    Those are basically synonymous; is that fair?

11       A    Yes.

12       Q    And when you say "a carousel," what do you mean by

13   that?

14       A    That's -- the ad format that we have has a number

15   of offers from different providers.  So you'll see that the

16   first pair of shoes is from the advertiser sketchers.com.

17   The second pair of shoes is from an advertiser called Temu.

18   The third is from DSW.

19       Q    And then what -- if we pull back a little, what

20   else do we see on the screen?

21       A    You also see two text ads here that have a variety

22   of extensions.  So the first text ad has a seller rating

23   extension and has two site links.  And the second text ad

24   has some local information which is rendered at the bottom

25   and also has an image extension.

1    Q    And are these extensions referred to as "site

2  links"; is that right?

3    A    One of the extensions is site links.  The one that

4  says, "Latest shoe arrivals and Zappos back to school."

5    Q    And that's something that a user can actually

6  click on it if that's of interest to them; is that right?

7    A    That's correct.

8    Q    How has Google improved text ads over the years

9  within your group?

10    A    We've created a variety of extensions.

11         So over the course of the past more than a decade.

12         And then also we have now automation that renders

13  the text ads using a machine learning system.

14    Q    Approximately how many different kinds of ads

15  extensions have you added over the past decade?

16    A    Probably 15 or 20.

17    Q    And have you evaluated whether both users and

18  advertisers like these site link innovations?

19    A    Yes.

20    Q    And what have you concluded?

21    A    That both users and advertisers get value from

22  these extensions, with site links and otherwise.

23    Q    What triggers the appearance of a text ad?

24    A    If the advertiser is bidding on a keyword that we

25  match to the query, if the bid is sufficiently above the

1  minimums, if they -- the ad has sufficient quality, and if

2  it -- if, as the results of those things, it is in one of

3  the available slots in the auction.

4      Q      And all of that's happening in that

5  200 milliseconds?

6      A      Or less.

7      Q      Or less.

8             And I think you described yesterday that

9  advertisers for text ads pay on a cost-per-click basis

10 generally?

11     A      Yes.

12     Q      How is the cost per click determined?

13     A      The cost per click is determined based on the

14 results of the auction, and the maximum costs per click is

15 specified by the advertiser.

16     Q      Does Google dictate to the advertiser what the

17 CPC is?

18     A      The settling price is the result of the auction,

19 the maximum cost for click is determined by the advertiser.

20            Sometimes in campaign setup, we'll make a

21 recommendation on the maximum cost per click, but that's

22 ultimately up to the advertiser.

23     Q      In the demonstrative we just looked at --

24            Maybe we can put that back up quickly.

25            -- we talked briefly about the shopping or PLA at

1   the top.

2            Can you describe shopping ad?

3       A    Shopping ads are designed for retail advertisers.

4            The reason why is because when users are shopping,

5   they often want to see pictures and prices and other

6   relevant information about products.

7            The retail advertisers will provide us with a

8   product feed that has structured information which is

9   analogous to an ad creative and a set of bids that represent

10  their maximum willingness to pay for a particular offer to

11  be clicked on.

12      Q    Why did Google introduce shopping ads, PLAs?

13      A    For a few reasons.

14           The first reason is that users were interested in

15  actually seeing pictures of products when they were shopping

16  for products.  So it was to meet a user need.

17           The second was to meet an advertiser need.

18           Retailers are among our most complex advertisers.

19  They often have thousands or millions or even hundreds of

20  millions of products available.

21           And the typical way that advertisers interact with

22  search advertising is using keywords, which is literally the

23  advertiser is guessing what the users might be querying,

24  which is very complex.  And so doing that for millions of

25  products is sort of an undue burden on advertisers so we

1    came up with an automated system where we do more of the

2    matching.

3        Q    Was the introduction of shopping ads designed in

4    any way to compete with Amazon?

5        A    I mean, yes, to some extent.

6             We definitely looked at Amazon which is becoming

7    more popular as a third-party platform.

8             At the time, they didn't have an ad product, but

9    they definitely were able to offer great distribution for

10   smaller retailers who operated on the platform so that was

11   certainly a consideration.

12            As it turns out, it was kind of a pressing notion.

13   Right now Amazon, probably by the end of the year, will do

14   $40 billion or so in shopping ads which are very similar to

15   our shopping ads, and they're growing very rapidly.

16       Q    We'll come back to Amazon a little more in a

17   moment.

18            Can text ads and shopping ads appear in response

19   to the same query?  I mean, we see it on the example in

20   front of us, so I guess the answer is yes?

21       A    Yeah.

22       Q    And can a text ad and a PLA purchased by the same

23   advertiser be served in response to the same query?

24       A    Yes.

25            You see a great example of it here, where Cole

1    Haan has a pair of shoes in the shopping ads, and Cole Haan

2    also has a text ad.

3        Q    Why would an advertiser want to have both a text

4    ad and a shopping ad show up in response to the same query?

5        A    Because they can have different information.

6             And so -- shopping ads only refer to a specific

7    product, but you can also, in text ad, have more flexibility

8    to drive people to a category page or to a store.

9             In this case, Cole Haan wants to drive their user

10   to a store with their text ad and to a specific product with

11   their shopping ad.

12       Q    Now, one of the claims in this case is that

13   because advertisers bid on both text ads and shopping ads,

14   which may be served at the same time as we see here, that

15   shopping ads are not a suitable substitute for text ads.

16            Do you agree with that claim?

17       A    I disagree.

18       Q    Why?

19       A    Cole Haan here as one objective, which is to sell

20   shoes.  They're doing so through slightly different ways.

21   So they're doing so by suggesting a specific product in the

22   shopping ads.  They're doing so by trying to drive foot

23   traffic into their stores through the text ad.  But it's the

24   same ultimate objective.

25       Q    The goal of the advertiser is to make a sale?

1    A    That's correct.

2    Q    And do -- both text ads and shopping ads, can

3    those both lead to what we call conversion or sale of a

4    product for the advertiser?

5    A    Yes.  The primary objective of retail advertisers

6    is to make a sale, and they often will relatively allocate

7    their budgets on text ads or shopping ads in order to

8    achieve that objective at the lowest possible cost and

9    highest effectiveness.

10   Q    Yesterday you were asked by one of the plaintiffs'

11   counsel about some differences between text ads and shopping

12   ads.  Do you remember that?

13   A    Yes.

14   Q    I think there was some technical differences.

15   There's some visual differences.  Does that impact at all

16   whether shopping ads are substitutable for text ads?

17   A    No.

18   Q    Have you seen any trend from the advertisers' side

19   in shifting spend between text ads and shopping ads over the

20   last several years?

21   A    Yes.

22        You know, as advertisers become more comfortable,

23   they've been shifting more budgets to shopping ads versus

24   text ads.

25   Q    And what does that confirm to you about the

1    substitutability of shopping ads for text ads?

2        A    I believe that they're equivalent.  In the view of

3    the advertisers, they're equivalent and substitutable.

4        Q    By the way, are text ads always more expensive

5    than shopping ads?

6        A    No.

7        Q    Are you aware of advertisers that actually have

8    software that actually will shift ad spend between different

9    types of formats to maximize ROI?

10       A    Yes.

11       Q    And can you explain to the judge what's going on

12   with the use of that type of software?

13       A    Yeah.

14            I mean, what's happening is that, essentially,

15   they have automated bidding software.  They have a singular

16   business objective.  And so let's say that the business

17   objective is for them to sell -- for them to have the

18   maximum number of sales or the maximum overall dollar value

19   of sales.

20            What they'll do is they'll set up campaigns across

21   a number of channels, whether it be Facebook or Bing or

22   Amazon or various Google formats, and they'll allocate

23   budgets in such a way that they can maximum their efficiency

24   across the channels.

25            In fact, Search Ads 360, which we talked about

1    yesterday, is one such tool that allows you to allocate

2    budgets across channels in order to maximize effectiveness

3    with a singular business objective.

4        Q    So these are automated systems will shift

5    advertisers ad spend from, for example, search ads to social

6    ads, correct?

7        A    That's correct.

8        Q    And from social ads to display ads, correct?

9        A    Yes.

10       Q    And from display ads back to search ads?

11       A    Yes.

12       Q    And what is the factor that is driving the shift

13   of the ad spend amongst these channels?

14       A    Their ability to meet the business objective.

15       Q    And would that be ROI?

16       A    It would be their return -- whatever value

17   calculation they have.  Their return on investment.

18       Q    Got it.

19            And the fact that advertise -- many advertisers

20   have developed this type of software, what does that confirm

21   to you in terms of how advertisers perceive the

22   substitutability of these different ad formats?

23       A    That suggests that the only thing that matters is

24   their business objective, that they see their spend is fluid

25   across different ad formats, and that they understand their

```
 1   ROI and are able to bid on that.
 2       Q    Thank you.
 3            THE COURT:  Can I just ask a question?
 4            You just talked about software that advertisers
 5   have developed to shift their spend; is that right?
 6            THE WITNESS:  It's actually -- so some advertisers
 7   have developed it.
 8            So our top dozen, maybe, advertisers have built
 9   their own systems in order to allocate budgets with software
10   engineers.
11            But, typically, what happens for other advertisers
12   is that they'll buy a product from a third party, either
13   from Google or from another company like Skai which was
14   referenced yesterday.  And what that will do is allow them
15   to express their objective function and then bid on their
16   behalf in order to achieve that business objective.
17            THE COURT:  Through an SEM tool.
18            THE WITNESS:  Through an SEM tool.
19            THE COURT:  I'm just curious, those large
20   advertisers that have built the software that you just
21   talked about, how does that interface with either an SEM
22   tool or Google's native ad tool?
23            THE WITNESS:  Actually, so that's what I was
24   talking about.  The SEM tool writes against an application
25   programming interface, which is a programmatic interface.
```

```
1    It's one program talking to another program.  That's the
2    same thing that a large advertiser would do.  They would get
3    themselves API access and they would write directly to that
4    interface and the equivalent one on Amazon or Facebook or
5    et cetera.
6              THE COURT:  Got you.  Okay.  Thank you.
7    BY MR. SOMMER:
8        Q    And so whether it's Google's SEM tool, someone
9    else's SEM tool or an advertisers' own software, all of
10   those products are shifting ad spend amongst all of these
11   different ad formats we've discussed, correct?
12       A    Correct.
13       Q    I want to shift gears again and turn -- drill a
14   little more into innovation.
15            I'd like to pull up a demonstrative, DXD03,
16   slide 3.
17            Do you recognize this?
18       A    I do.
19       Q    What is this representing?  It's a lot of green
20   circles?
21       A    This is a subset of all of the launches that we
22   did over a period from late 2006, when it started, to 2021.
23            And the reason that this is a subset, this is only
24   the launches that we announced via a blog post or other
25   outbound communication that was covered in the press.
```

1     Q    So how many more are we talking about that weren't

2  covered by the press?

3     A    Over this period?  Hundreds or maybe a thousand or

4  a few thousand.  Probably a thousand.

5          THE COURT:  I'm sorry, what do the green dots

6  represent?

7          THE WITNESS:  Individual feature launches or

8  changes that we made that we communicated to the public.

9  BY MR. SOMMER:

10    Q    You were asked yesterday by the plaintiffs about a

11 couple of particular launches, correct?

12    A    Yes.

13    Q    I take it the couple they asked you about are a

14 tiny fraction of the launches that Google has done?

15    A    Yes.

16    Q    In fact, I think the ones they showed you were

17 from six to eight years ago, correct?

18    A    Correct.

19    Q    Why is Google doing so many launches?

20    A    Because we want to -- we want to innovate.

21         First of all, we want to be able to best meet the

22 user needs, we want to best meet advertiser objectives, we

23 want to grow the business, and we want to stay competitive.

24    Q    What is the underlying goal of every launch that

25 Google does?

1    A    Ideally, what we want to do is improve the user

2  value, improve the advertiser value, do that in the

3  long-term, and then that'll benefit Google.

4    Q    And when you say "improve the advertiser value,"

5  what does that mean?  What is that referring to?

6    A    Well, we want to improve their return on

7  investment.  We're not always able to do it, but we try to.

8    Q    And in instances -- has Google succeeded in

9  improving advertiser return on investment?

10   A    In some cases, yes.  In some cases, no.  I mean,

11  it's very difficult in a dynamic environment, particularly

12  when competition is increasing.

13        At the beginning at Google, people could have a

14  query to themselves.  But now that many businesses around

15  the world are competing on Google, it isn't always possible

16  to improve their return on investment, but we try when we

17  can.

18   Q    You can take that down.

19        Are you familiar with the term "semantic

20  matching"?

21   A    Yes.

22   Q    What does that mean?

23   A    Semantic matching is a way that we normalized

24  queries.

25        So I described this somewhat complicated system

```
 1    that we have that advertisers use to advertise on Google

 2    Search.  So what they do is they put keywords into the

 3    system.  And keywords are -- think of it as user queries.

 4           Now, we have billions of users and we have

 5    millions advertisers, and the advertisers need to guess what

 6    queries the user is entering so that they can advertise on

 7    those things.  But they may not always get it right.

 8           And so we have different ways of earning the

 9    advertiser trust so that we can be responsible for

10    matching -- to try to match the user need to the advertiser

11    need.

12           Semantic matching is one innovative way of doing

13    that, by not just looking at the words but understanding the

14    meaning of the words and replacing those with analogous

15    words so that things that mean the same thing in a

16    particular language are treated the same way.

17    Q     I'm going to ask you about another exhibit in a

18    moment.

19           MR. SOMMER:  Let me just hand to my colleagues

20    DX18.

21           And, Your Honor, the DOJ has no objection to this,

22    but the States had a hearsay objection.

23           THE COURT:  Mr. Cavanaugh.

24           MR. CAVANAUGH:  No objection, Your Honor.

25           MR. SOMMER:  Thank you.
```

1          THE COURT:  So DX18 will be admitted.

2                                    (Defendant's Exhibit DX18
                                     received into evidence.)
3

4    BY MR. SOMMER:

5          Q    Do you recognize this document?

6          A    I do.

7          Q    What is it?

8          A    This is a review document that we had to review a

9    launch for something called "semantic phrase and BMM," which

10   is a modification to two different match types that people

11   use in order to -- that advertisers use to interact with our

12   system to add this semantic technology.

13         Q    Can you turn to page 5 of the documents which is

14   Bates 721 in the bottom right corner.

15              Do you recognize this chart?

16         A    I do.

17         Q    And what is this showing?

18         A    What it's showing is that we -- by implementing

19   semantic matching, we can better meet user needs by matching

20   analogous words so that we can provide the right ads to a

21   user.

22              So, for example, if the advertiser is -- has the

23   keyword "kids" but the user enters in the query "children,"

24   children and kids mean the same thing in English, we would

25   treat them as analogous words and, therefore, we should show

1   the ad in response to the word "children" rather than

2   "kids."

3        Q    And is that -- does that provide a benefit to the

4   user?

5        A    It provides a benefit to the user.

6        Q    Does it provide a benefit to the advertiser?

7        A    It does.

8        Q    How does it provide a benefit to the user?

9        A    It reduces complexity.

10        Q    And is it also serving an ad that is responsive to

11   the user query?

12        A    It is.

13        Q    Let me just ask you about one other thing while we

14   have this semantic matching.

15             How about misspelling, is that something Google

16   tries to address in terms of serving appropriate ads?

17        A    Yes, we do spell corrections.

18        Q    Okay.

19             And, again, does that benefit the user?

20        A    It does.

21        Q    And the advertiser as well?

22        A    Yes.

23        Q    Have you heard the allegation in this case that

24   Google launched changes to its keyword match types in ways

25   that takes control away from advertisers?

1    A    Yes.

2    Q    What do you say to that?

3    A    So we go back to the principles that we talked

4  about before.  We really want to create a level playing

5  field so that the largest multinationals and the smallest

6  companies in the world can compete on a level playing field.

7         Advertisers who are typically unhappy with these

8  kinds of changes are very large and sophisticated

9  advertisers who want to create a competitive advantage by,

10  for example, guessing all the misspellings in the world for

11  every word in the English language so that they can get

12  cheaper ads.

13         But for the typical advertiser and especially the

14  smallest advertiser is by adding these kinds of

15  conveniences, it creates a more level playing field than

16  adds value for the average advertiser because it reduces

17  complexity.

18    Q    So just to pick up on the misspelling for a

19  moment.  If Google didn't correct for misspelling, the large

20  sophisticated advertisers could try to grab each of those

21  misspelled keywords.  Is that what you're describing?

22    A    Yes.

23    Q    And thereby shut out medium and smaller

24  advertisers?

25    A    It would be -- basically, they're creating a race

```
 1    of who can handle the most complexity, which is not the best
 2    system.
 3        Q    And by doing -- by implementing this misspelling
 4    technology, I think the term used, was that "levels the
 5    playing field"; is that right?
 6        A    That's right.
 7        Q    Let me ask you this, Mr. Dischler, is there a
 8    tension between what advertisers want in terms of
 9    information and data about users on the one hand and ad
10    users wanting -- excuse me -- and users wanting privacy on
11    the other hand?  Is there a tension there?
12        A    Yes.
13        Q    Can you just briefly describe that to the Court?
14        A    Advertisers would like infinitely granular
15    information about every user on Google because it would
16    serve their business interests and they believe that they
17    would use that information responsibly.
18            However, users want to have predictable data
19    exchange with an advertiser.  They don't want us handing
20    over their user information.
21            One example of where this really flares up is in
22    the case of the query report that we spend to our
23    advertisers.  If less than a certain threshold of people
24    have looked for a particular query during a particular time
25    period, we don't show that query in the report.  And the
```

1    reason we do that is because we don't want the advertiser to

2    be able to singularly identify a user and target that user

3    off of the report.

4              And so advertisers are -- they sometimes complain

5    about this because they would prefer to have more

6    disclosure.  But we always side in favor of the user in

7    order to preserve their privacy.

8    Q    And you just mentioned one way Google tries to

9    address these privacy considerations.

10             Let me ask you this:  How many privacy

11   professionals does Google employ?

12   A    Wow, I'm not really sure, but --

13             MR. DAHLQUIST:  Your Honor, I apologize for an

14   objection.

15             I object beyond the scope of the cross.

16             In addition, during Mr. Dischler's deposition

17   testimony on December 7th, he could not testify about

18   privacy, because every conversation was with a lawyer.  He

19   was instructed not to answer by counsel and, therefore, the

20   government was deprived of the opportunity to ask any

21   questions related to privacy.

22             So for that basis, we request this line of

23   questioning not be continued.

24             MR. SOMMER:  I'm happy to take a look at that

25   transcript.

```
 1              MR. DAHLQUIST:  It is December 7th, 2021, page 62
 2    through 63.
 3              MR. SOMMER:  I'll come back to this after the
 4    break and I'll take a look at it, Judge.
 5              MR. DAHLQUIST:  Thank you.  And in terms of scope.
 6              MR. SOMMER:  And in terms of scope -- I mean we're
 7    calling each witness once, at least that's the goal.  If
 8    there are some areas that are beyond the scope, you know,
 9    I guess that counts against our time.  But we'll try to keep
10    track of that.
11              THE COURT:  Okay.
12    BY MR. SOMMER:
13         Q    So let me come back to that.
14              Has Google launched any innovations in response to
15    competitive pressure to simplify to ad products?
16         A    Yes.
17         Q    Describe.
18         A    So if you advertise on a Facebook, for example,
19    they have much simpler targeting criteria.  And so we find
20    that small and medium advertisers are -- even some large
21    advertiser would go to Facebook first before going to Google
22    in order to meet the same business objective because it's
23    easier to set up.  They don't have the notion of keywords.
24              And so we've developed a number of different
25    automated systems in order to try to be more competitive
```

1  with this aspect of Facebook advertising.

2      Q    And looking back, prior to some of these efforts

3  to simplify the process, was the search ads process a highly

4  complex process?

5      A    Yes.

6      Q    Can you describe -- I mean, we're talking about

7  billions of keywords.

8      A    Well, we have -- so, yes, we have some advertisers

9  who have more than a billion keywords in the system.  You

10  know, well in excess of the number of words in the English

11  language, for example.

12          It's a very complex system to manage.

13          And so, yes, they're -- given the baseline

14  complexity of such a system, it's going to be frequent that

15  advertisers are going to say that they have a loss of

16  control when we perform simplification, even if that

17  simplification is on average or in the very vast majority of

18  cases beneficial to advertisers like the semantic phrase

19  change which on average improved advertiser ROI.

20      Q    You described yesterday to some extent this move

21  toward automated bidding to help advertisers achieve their

22  goals.  Do you recall that?

23      A    Yes.

24      Q    I mean, again, have you heard some complaints from

25  some of the large advertisers that that causes them to lose

1    control?

2        A    I've not heard -- I've not heard complaints about

3    automated bidding being a loss of control.

4             In general our advertisers like automated bidding

5    because it allows them to bid based on a business objective

6    rather than translating their business object into a CPC

7    value.

8             We do have some very large advertisers who don't

9    use our automated bidding technology because they have

10   additional information on their end that they don't want to

11   share with us, and that's their prerogative to do.

12       Q    Just give me one second.

13            You mentioned to me a little while ago that

14   advertisers have the same objective no matter what type of

15   ad format they're using, correct?

16       A    Advertisers -- so some advertisers may have

17   multiple objectives, but they're -- there's often one

18   primary objective, which, you know, in the case of a

19   retailer, might be to sell their product; in a case of a

20   service provider, to get leads or sell services; things of

21   this nature.

22            And they try to achieve that objective on a broad

23   variety of channels that they evaluate on as level a playing

24   field as possible.

25       Q    We discussed very briefly yesterday the

```
 1    Performance Max system that Google created.  Do you recall

 2    that?

 3         A     Yes.

 4         Q     And is that an automated bidding process?

 5         A     So Performance Max is a fully automated ad

 6    campaign that we developed based on machine learning.

 7               The idea of Performance Max campaigns is that an

 8    advertiser can provide us with a business objective and a

 9    set of creative assets, and then we earn the right to show

10    across any surface, on Google, or on the display network.

11    So we can create a search ad which tries to achieve the

12    business objective or an ad on YouTube or an ad on Discover,

13    or an ad on the Display Network, which would be a display

14    ad.

15               But the common thread of this AI-driven

16    advertising product is to achieve the business objective.

17    So it just shows that -- I mean, from the perspective of the

18    advertiser, all they want to do is drive sales.  And as long

19    as they have creative assets, they'll have us generate an ad

20    showing on whatever surface.

21               So search and YouTube, for example, are not

22    unique.  It's whatever property can achieve their business

23    objective is the one that we automatically redirect spend

24    to.

25         Q     Has that become Google's most popular product for
```

1   advertisers to use?

2       A    It's been our fastest growing product.  It's not

3   our most popular yet.

4       Q    Fastest growing.  Okay.

5           And can you draw any conclusions from your

6   experience with Performance Max about whether advertisers

7   care more about format or whether they care more about

8   meeting their business objective?

9       A    They care more about meeting their business

10  objective, and they also care about a lot of simplicity of

11  system.

12      Q    Yesterday you mentioned that over the past several

13  years Amazon has -- Amazon ads, their ads revenue has grown

14  enormously.  Do you recall that?

15      A    Yes.

16      Q    And you testified that you had been involved in

17  conversations with advertisers about Amazon.  Do you

18  remember that?

19      A    Yes.

20      Q    And then counsel for plaintiffs showed you

21  testimony from 2020 where -- I'm characterizing now -- you

22  said you didn't recall conversations with Amazon.  Do you

23  remember that?

24      A    Yes, I didn't recall conversations with

25  advertisers.

1    Q    Since 2020, have you had conversations with

2  advertisers about Amazon?

3    A    I have.  I mean at the time of 2020, I had

4  conversations with agencies as well as with the sales team

5  internally about Amazon because they were becoming an

6  emerging threat to our retail advertising business.

7         Since then they've grown rapidly, and I've had a

8  number of conversations with advertisers about Amazon as

9  well.

10   Q    And, in fact, in the same deposition from which

11 counsel showed you the small portion about where you

12 couldn't recall specific conversations with advertisers

13 about Amazon, do you recall describing communications that

14 your team had had with advertisers about Amazon?  Do you

15 recall that that was in the same deposition?

16   A    I don't recall the text of the deposition, but I

17 imagine my team would have had lots of conversations with

18 advertisers about Amazon.

19   Q    Okay.  Well, let me just read you two sections.

20        The first is -- this is the same transcript from

21 December 7th.  This is at --

22        MR. DAHLQUIST:  Your Honor, I'm going to object to

23 the extent that counsel is reading in deposition testimony.

24 I'd like him to ask the witness a question please.

25        MR. SOMMER:  I'll read the question and answer and

```
 1   ask him if he recalls the testimony.
 2           THE COURT:  That's what I thought he was going to
 3   do.
 4           MR. DAHLQUIST:  Sorry, Your Honor.
 5           THE COURT:  If you want to direct him to the page,
 6   that might be helpful, because otherwise he won't remember.
 7           THE WITNESS:  I don't actually have it in front of
 8   me.  Could I get a copy of the --
 9           MR. SOMMER:  Yeah, just give us a second.
10           Thank you, David.
11   BY MR. SOMMER:
12       Q    Page 182.
13       A    Of -- of which one?
14       Q    December 7th.
15       A    December 7th?  Okay.
16       Q    And it starts at line 14.  Just look up when
17   you're there, and we'll read it together.
18       A    Yes.
19       Q    Okay.
20           "Question:  Yeah, I was just trying to understand
21   what the basis was that you had for saying what you said
22   earlier, that advertisers might go elsewhere if you ran too
23   close to the edge.
24           "Answer:  Well, I mean, I think we -- we get
25   feedback from advertisers all the time that say, 'Hey, I can
```

```
1    drive sales better on Facebook,' or 'Hey, I've been priced

2    out of Google,' or 'You know, I'm changing my relative

3    allocation,' or 'I'm an e-commerce advertiser,' or 'I'm a

4    CPG advertiser, and I get better results on Amazon.' You

5    know, this is something that we think about a lot.

6            "Question:  Can you give me an example of an

7    advertiser that's made that representation to you or any of

8    those representations?

9            "Answer:  So it's pretty common for retail

10   advertisers to say that.  So let's pick a direct-to-consumer

11   retail advertiser like Allbirds or let's say a media, an

12   entertainer -- entertainment advertiser like Netflix or --

13   I mean, there are lots of advertisers who think about the

14   two interchangeably.

15           "On the retail side, you talk to any consumer

16   package goods manufacturer, and they're growing to say,

17   'Hey, I get great results and great stats on Amazon,' and

18   we've had lots of them say either they are shifting their

19   budget or they're going to reduce budget and things like

20   that.  There being a relationship between the two and sort

21   of, you know, interchangeability amount of those media."

22           Let me stop there for a moment.

23           Do you remember that?

24   A    Yes.

25   Q    And that's an example of communications by your
```

```
 1    team with advertisers about various platforms including
 2    Amazon, correct?
 3         A    Yes.
 4              MR. DAHLQUIST:  Objection; leading, Your Honor.
 5              Now we're not only reading testimony, we're not
 6    even asking open questions.
 7              MR. SOMMER:  Point taken.
 8              THE COURT:  Can I ask a question just to interrupt
 9    for my own curiosity?
10              When you talk about communications with
11    advertisers, can you just give me an idea of what that
12    means?  I mean, does Google have dozens of consumer reps or
13    customer representatives who are assigned to particular
14    advertisers?  How does that work at a very granular level,
15    the kinds of communications you're talking about?
16              THE WITNESS:  Sure.
17              Well, I mean, we have thousands of salespeople
18    around the world who are trying to help advertisers, and
19    particularly with our large advertisers, they'll have
20    dedicated reps or dedicated teams.
21              So we get a lot of feedback from the sales team.
22              And then also I have relationships with
23    advertisers directly, where I'll go into meetings with them
24    or I'll meet them in conferences other things like that.
25              One of the reasons I answered how I did was
```

1    I didn't necessarily have an individual advertiser

2    conversation, but my teams -- one of our goals is to be as

3    customer centric as possible.  So folks on my teams who are

4    building these features are going out and meeting with

5    advertisers all the time, alongside the sales team.

6            We also have really deep relationships with our

7    agencies that work with advertisers as an intermediary.

8    I have conversations was the agencies all the time, as well

9    as my team has conversations with agencies.

10           So we can gather really deep perspective by

11   working with the marketers that are customers to better

12   build our products.

13           THE COURT:  When you say "agencies," you mean ad

14   agencies that have digital marketing components, teams,

15   et cetera?

16           THE WITNESS:  That's correct.  There are two

17   different types of agencies.  There are the sort of large

18   media holding companies that buy online and offline ads.

19   And then there are also specific performance agencies that

20   will buy certain types of ads.

21           THE COURT:  Okay.

22           And a company like Ogilvy, right, that is a kind

23   of -- I mean an agency in the former category?

24           THE WITNESS:  That's right.

25           THE COURT:  Okay.

1    BY MR. SOMMER:

2        Q    Cost per click, CPC, standing alone, does that

3    reflect advertiser value?

4        A    It does not.

5        Q    Why not?

6        A    Because advertisers typically have a business

7    objective like driving sales, and the cost per click is an

8    input into a function that will allow them to achieve a

9    business objective.

10       Q    And based on the interactions you've had with

11   advertisers as you just described, what is your view as to

12   whether advertising -- advertiser thinking about CPCs has

13   changed over time?

14       A    Now the majority of our spend is on these

15   automated bidding systems.  And so advertisers are bidding

16   based on a business objective, rather than -- they think

17   about it in terms of a business objective rather than

18   thinking about CPC.

19       Q    Has it ever been a goal of your ads team to

20   inflate CPCs solely to generate more revenue for Google?

21       A    No.

22       Q    Can you explain that to the judge, please.

23       A    Well, ultimately, what we want to do is offer an

24   attractive advertiser value.

25            There have been cases where CPCs have gone up,

```
 1   but, typically, that's in order to correct an incentive

 2   compatible issue or something like this.

 3            Like the thing that we were talking about with

 4   format pricing, I'll go back to the analogy that I used

 5   yesterday.

 6            We had a system where you could buy an ad in the

 7   newspaper and you pay more for page 1 than the last page,

 8   but you don't pay more for a full page ad than you do for a

 9   quarter page ad.  And that's kind of a crazy system.

10            So advertisers who were trying to show up in

11   position 2 or position 3 with a really big ad because they

12   were getting the same value cheaper.

13            So we had to increase CPCs to align the incentives

14   so that they would pay the same amount for the additional

15   clicks, for the additional space, as they would for the

16   position.

17   Q    I'm going to turn to another document, this one is

18   DX187.

19            MR. SOMMER:  And, again, Your Honor, there's a

20   hearsay objection to this document.

21            MR. DAHLQUIST:  Just a minute, Your Honor.

22            Your Honor, no objection.

23            THE COURT:  Thank you.

24            MR. SOMMER:  Thank you.

25
```

```
 1   BY MR. SOMMER:

 2        Q    Do you recognize this deck, sir?

 3        A    Yes.

 4        Q    What is it?

 5        A    The CX Lab is a group within sales that interacts

     primarily with small advertisers in order to try to gain

 7   perception insights or other things of this nature in order

 8   to try to assess the satisfaction of Google either on an

 9   absolute basis or relative to other advertising products in

10   the industry.

11        Q    CX is part of Google, correct?

12        A    It is, yes.

13        Q    What does CX stand for?

14        A    Customer experience, I believe.

15        Q    Let's go to page 8, Bates 619, of this document.

16             And can you explain to us what this slide is

17   discussing.

18        A    Yeah, this is the methodology that they use.

19             So what they did was they had a number of

20   advertisers who they took through structured interview

21   survey format, they compensated them for their time, and

22   then they had a, I think, a combination of calibrated

23   questions and more open-ended questions.

24        Q    I'm just going to ask you about a few of the other

25   slides.
```

1    Can you go to page 17, Bates 628, which is a

2  redaction, but you should be able it in your binder.

3    A    Yes.

4    Q    Does this slide discuss the -- some of the digital

5  channels that the advertisers in this survey use to market?

6    A    It does.

7    Q    I'm sorry?

8    A    It does, yes.

9    Q    And what are some of the most popular channels

10  noted there?

11    A    Social, email, search marketing, display,

12  third-party blogs, or other sorts of -- this would be like

13  display, streaming services, which would be video

14  advertising.

15    Q    And how do these sample results compare to what

16  you yourself have observed more broadly about advertiser ad

17  spend and where it's going these days?

18    A    Yeah, I mean this is a subset.

19    Now we have -- if you take a look at the ad

20  platforms that have really exploded over the course of the

21  past five years or so, we've got folks like Amazon, TikTok.

22  Apple is another one for app advertisers.  You've seen that

23  different platforms can ramp-up from near zero to

24  ten billion or tens of billions of dollars really rapidly in

25  this market.  So we try to pay very close attention to it.

1    Q    Yeah, a few years ago, what was TikTok's number?

2    A    Zero.

3    Q    And do you have a sense of what it is today?

4    A    Well, I mean, they're not a public company, but we

5    think it's over $10 billion or nearly $12 billion.

6    Q    Is there any particular user demographic that

7    those social media sites are focused on for advertising?

8    A    Younger users often do a better job of purchasing

9    on social but not strictly younger users any more.  They've

10   got a pretty wide demographic swath.  Women on some of the

11   platforms.  They have more female users or more engaged

12   female users than we do on some of our platforms.

13   Q    Let's take a look at page 21 which is Bates 632.

14   What do we see here?

15   A    What we see here is that folks are generally

16   satisfied with their investment in search advertising.

17   Q    And let's take a look at page 30 which is

18   Bates 641.

19        I'm not sure we defined what KPI is.  Can you tell

20   us what that is?

21   A    The top key performance indicator.

22        So this is how do they think about the success of

23   search advertising?  Like, basically, do they understand

24   what they're buying, what's the criterion or criteria that

25   they use for calculating their return on investment.

1    Q    And what -- generally what do we see here?

2    A    Here what they're saying is conversions, cost per

3    conversion, or ROAS, which is the return on their ad spend.

4    Basically how much do they sell for every advertising dollar

5    that they spend.

6    Q    And in your experience, is this goal limited to

7    just search advertising?

8    A    No.

9         This is how these advertisers are evaluating their

10   spend for all ad channels.

11   Q    Let's go to page 66 which is Bates 677.  What do

12   we see here?

13   A    Let me go to page 66.

14   Q    Page 66, Bates 677.

15        It's on your screen if that helps.

16   A    Yeah.

17        You know, what it says here is that return on

18   investment is the top factor that's affecting their spend.

19        So it says that for the advertisers in the CX Lab

20   study, which is representative of the typical advertiser,

21   they're making decisions based on their return on investment

22   calculations.

23   Q    You were shown a document yesterday from 2017, six

24   years ago, in which somebody writing in an email chain

25   suggested that advertisers aren't capable of tracking

1   their ROI.  Do you remember that?

2        A    Yes.

3        Q    How has the ability of advertisers to track ROI

4   changed in the last six years?

5        A    It's improved dramatically.

6             It's improved dramatically both because we've had

7   advances in automation and artificial intelligence and also

8   because the industry has become most of more competitive

9   that advertisers are forced to evaluate their spend on a

10  number of channels in order to understand where they should

11  make investments and where they're going to get the most for

12  their dollar.

13            MR. SOMMER:  Judge, I'm about to shift gears.

14  I don't know if you want to take the morning break now.

15            THE COURT:  Sure.  Let's do that.

16            It's a little bit before 11:00.  We will resume at

17  11:15.

18            COURTROOM DEPUTY:  All rise.

19            This Court stands in recess.

20            (Recess from 10:58 a.m. to 11:17 a.m.)

21            COURTROOM DEPUTY:  All rise.  The Honorable

22  Amit P. Mehta presiding.  This Honorable Court is again in

23  session.  Be seated and come to order.

24            THE COURT:  Thank you, everybody.  Please be

25  seated, everyone.

1           Okay.  Mr. Sommer.

2           MR. SOMMER:  Thank you, Judge.

3    BY MR. SOMMER:

4      Q    Mr. Dischler, the term "squashing" came up

5    yesterday.  Can you describe what that is?

6      A    Squashing is an auction mechanism, this is written

7    about in the auction literature, in order to compress the

8    outcomes between the lowest and the highest bidder for a

9    particular auction.

10     Q    Why does Google use squashing?

11     A    The primary reason that we implemented squashing

12   was to prevent certain winner-takes-all dynamics in the

13   auction.

14           What we were finding is that there were a few

15   large advertisers that were kind of winning every auction in

16   a particular category, and we weren't sure actually whether

17   that was a good user experience.  It was becoming much

18   harder for the runner-up to break through and show up in the

19   top position.  And so because of that concern, we

20   implemented squashing to compress the range of outcomes.

21   That was one technique that we used.

22     Q    Is squashing good for the advertiser ecosystem?

23     A    I believe so, yes.

24     Q    Is squashing good for users?

25     A    I believe squashing is good for users because it

1   allows for increased competition and allows other folks

2   other than the predominant winner to break through some

3   percentage of the time.

4        Q    What is RGSB?

5        A    RGSP.

6             RGSP is randomized GSP which is an algorithm that

7   we implemented that some small percentage of the time will

8   flip the first and second position in the auction.

9        Q    And what problem was that created to try to solve?

10       A    The same problem.

11            What was happening is, you know, our quality

12  systems predict when some -- when a particular advertiser is

13  likely to have a good experience.  And when it predicts

14  consistently that a single advertiser is likely to have a

15  good experience over a long period of time, then it doesn't

16  get as good information about the next advertisers.

17            So over a long period of time, you're creating

18  this winner-takes-all dynamic.

19            What randomized GSP does is it periodically flips

20  the first and second position in the auction to allow it to

21  gather more information to potentially have a better

22  prediction both about the first participant in the auction

23  and the second participant in the auction.

24            The net effect of that is, it allows new companies

25  to break free more quickly when they can offer a good

1   experience to the user.

2       Q    And so is that a benefit to the advertiser

3   ecosystem?

4       A    It is.

5       Q    And is it a benefit to users?

6       A    It is.

7       Q    You were asked questions yesterday about, I think

8   I touched on this before, a few ad launches.

9            Let me ask you this.  These ads quality launches,

10  can they as cause the CPC to go up?

11      A    Yes.

12      Q    Can they cause the CPC to go down?

13      A    Yes.

14      Q    If the CPC goes up with no corresponding ads'

15  quality increase, what does that do to the ROI?

16      A    The ROI will go down.

17      Q    So if Google does a launch to raise CPC or

18  routinely does launches to raise a CPC without quality

19  increases to the advertisers, what would happen to its

20  business?

21      A    The business would get smaller.

22      Q    Can we pull up UPX522 that was used yesterday.

23           And let's take a look at the first page.

24           And can you highlight the first paragraph there.

25           Okay.  It's really the sentence beginning, "If we

1    don't hit plan."

2              All right.

3              Now, here it says, "If we don't hit plan, our

4    sales team doesn't get its quota for the second quarter in a

5    row and we miss the street's expectations again."

6              Do you see that?

7    A    Yes.

8    Q    If Google has complete control over raising

9    prices, raising CPCs, would the sales team ever miss its

10   quota?

11   A    If we had complete control over raising prices,

12   then the sales team would never miss its quota.

13   Q    And would you ever miss street's expectations?

14   A    No.

15   Q    Thank you.

16             By the way, the ad launch, the quality ad launches

17   that you were shown yesterday that were discussing CPCs, is

18   it a goal of every ad launch to increase quality?

19   A    Yes.

20             Well, I mean, so every search ads' quality launch,

21   the whole purpose of the team is to improve quality in some

22   dimension.

23   Q    And when you -- and by doing that, do you increase

24   value to advertisers, or at least is that part of the goal?

25   A    In some cases, yes, we increase the value to the

1  advertisers.  We try to.

2       Q     And when you increase value to advertisers, do you

3  perceive anything wrong with Google sharing in some of that

4  benefit?

5       A     No.

6       Q     You were asked yesterday whether you inform

7  advertisers of every launch that might impact CPC.  Do you

8  remember that?

9       A     Yes.

10       Q     Does Google inform advertisers of every ads'

11  quality launch that may impact CPC either up or down?

12       A     No.

13       Q     Why not?

14       A     Well, since we have so many launches, what often

15  ends up happening is that we would publish the information

16  in a sales bulletin or inform advertisers and they would

17  immediately anchor on that in a very dynamic system.

18            So it may be that their CPCs went up or down due

19  to auction pressure from other advertises.  It may be due to

20  their quality changing, like their landing page changed or

21  people weren't buying as often on their site or things like

22  this.  But if you announce the change to the advertiser,

23  they immediately anchor on that.

24            We have a relatively small team that's responsible

25  for those changes.  And what would happen would be that they

1   would have to do this incredibly complex analysis to

2   disentangle all of these factors in order to satisfy the

3   advertisers, which just became so expensive that we stopped

4   doing it.

5       Q    And, again, from what you see on a daily basis,

6   are the advertisers focused more on CPCs or on achieving

7   their business objective?

8       A    Ultimately at the end of the day, they're focused

9   on achieving the business objective, which made us confident

10  that it was a reasonable practice not to inform them of

11  every launch.

12      Q    There was some brief discussion yesterday about

13  the reserve price.  Do you remember that?

14      A    Yes.

15      Q    What is the reserve price?

16      A    The reserve price is the minimum that an

17  advertiser could pay to participate in a particular auction.

18      Q    And why does Google use a reserve price?

19      A    We tend to set the reserve prices low.  But the

20  normal reason that we use a reserve price is for quality.

21          We have, you know, in this vibrant advertising

22  ecosystem with millions of advertisers, we have some folks

23  who are bottom feeders.  So, for example, we have

24  advertisers who buy every single keyword, like they flood

25  the system with hundreds of millions of keywords with not

1   necessarily relevant results in order to redirect traffic to

2   them, which then they highly monetize which tends to be a

3   very bad user experience.  So in order to prevent them from

4   participating in flooding the market with bad quality ads,

5   we have -- we set our reserves in order to preserve the

6   quality.

7       Q    At the end of the day, is it the advertiser that

8   decides what price to bid?

9       A    The advertiser decides their maximum willingness

10  to pay as expressed by bid or one of these business

11  objectives.

12      Q    I want to shift gears again and I want to bring up

13  a demonstrative DXD3, slide 4.

14           This is taken from the DOJ Plaintiffs' Amended

15  Complaint, paragraph 34.  And it claims that "Because of

16  Google's user base and scale, the company's search ads have

17  become a 'must have' for many advertisers."

18           Do you see that?

19      A    Yes.

20      Q    Do you agree with that statement?

21      A    No.

22      Q    Why?

23      A    Because lots of businesses -- so Meta, for

24  example, has roughly 10 million advertisers, which is double

25  the count of advertisers that we have.  And many new

```
 1    advertisers start there, start on other channels, like
 2    Amazon, for example.
 3              In fact, there's also a big user overlap between
 4    people who use Google and people who use Meta and Amazon as
 5    well.  And so I would not say that Google Search ads are
 6    must have for any advertiser.
 7         Q    Let's take that down.
 8              Could you provide, to the best of your ability, a
 9    list of companies that provide digital advertising
10    platforms?
11         A    Gosh, I mean, there are hundreds of them.
12         Q    Okay.  Well, I don't want to do that.
13              Why don't you hit some of the ones that you view
14    as the biggest competitors of Google?
15         A    Meta, with their Facebook and Instagram
16    properties; Amazon; Microsoft; Apple; Snap; various display
17    networks.  Netflix has now created an ad platform which is
18    growing very quickly.  Those are a few.
19         Q    Are these all advertising destinations for digital
20    advertising dollars?
21         A    Yes.
22         Q    Have you heard reference to the term, "competing
23    for a piece of the pie"?
24              Do you know what that refers to?
25         A    I imagine it would be a piece of the advertising
```

 1   pie or digital advertising pie.

 2        Q    If we think of the pie as the digital advertising

 3   pie, how would you evaluate who the competitors are for

 4   relative size of the slice one gets?

 5        A    Well, so, I mean, there are more competitors now

 6   than ever so people are -- there are new entrants coming

 7   into the market.  I gave you three examples over the past

 8   five years, of Amazon, Apple, and ByteDance or TikTok.

 9   I mean what we do is we take a look at the total market and

10   we take a look at Google's share.  And if you look at the

11   total market and Google's share, Google's share has been

12   steadily going down over the past five or seven years or so.

13        Q    Just to clarify, ByteDance, what's it relationship

14   to TikTok?

15        A    ByteDance is the parent company of TikTok.

16             THE COURT:  Believe me, I know that.  I have a

17   16-year-old girl.

18             Can I ask you a quick question.

19             Apple, what platform does it use for its digital

20   advertising?

21             THE WITNESS:  So Apple has ads on the app store.

22             THE COURT:  App store.

23             THE WITNESS:  In fact, that's become the primary

24   way people advertise for Apple iOS app downloads.

25             THE COURT:  Thank you.

1    BY MR. SOMMER:

2        Q    Let's pull up demonstrative DXD3, slide 5.

3             What does this demonstrative represent?

4        A    This shows the share of U.S. digital advertising

5    revenue from eMarketer.

6        Q    Okay.

7             And Google is the green, correct?

8        A    Yes.

9        Q    And over the last seven or so years, its share of

10   digital advertising is going down.

11            Do you see that?

12       A    That's correct.

13       Q    And at the same time, Meta is increasing, Amazon

14   is increasing, correct?

15       A    Yes.

16       Q    And if we look up, we see a pink that represents

17   TikTok that, in 2018, for example, it's not there at all,

18   and we see that growing, correct?

19       A    Yes.

20       Q    And let's pull back a second.

21            This ends at 2021.

22            You mentioned before that TikTok has continued to

23   grow dramatically since 2021?

24       A    Yes, TikTok would be much bigger.  Amazon would be

25   much bigger as well.

1    Q    And, sir, what's your understanding of the overall

2    U.S. digital advertising pie, to stick with my analogy, has

3    it been growing over the last decade in terms of advertising

4    spend?

5    A    Yes.

6    Q    So what does it mean that Google's relative share

7    is going down?

8    A    It means that we are losing share to other new

9    entrants.

10   Q    Just give me one second.

11        Are you familiar with the term "multi-homing"?

12   A    It could mean any one of a number things actually.

13   Q    Withdrawn then.

14        Just give me one second.

15        MR. SOMMER:  Actually, Your Honor, I know this is

16   marked as a demonstrative, but I'm going to offer this in

17   evidence as DX1228.  The underlying data is all unobjected

18   to and already in evidence.  This is just a compilation at

19   1006.

20        MR. DAHLQUIST:  What's the document number?

21   I apologize.

22        MR. SOMMER:  1228.

23        MR. DAHLQUIST:  Oh, this one.

24        MR. SOMMER:  Yeah.

25        MR. DAHLQUIST:  Your Honor, we had no prior notice

```
 1   of this.  We're happy to take a look at.  But if we can have

 2   that opportunity, we can certainly have our position.

 3              THE COURT:  Okay.

 4              MR. SOMMER:  Actually, DX1228, for Mr. Dahlquist,

 5   is the underlying data that's not object to.  This is marked

 6   DXD3 just so the record is clear on that.

 7              MR. DAHLQUIST:  It's our first time taking a look

 8   at it.  We're happy to look at it.

 9              MR. SOMMER:  I know what that feels like.

10   BY MR. SOMMER:

11      Q    Okay.

12           We were talking about -- we talked about TikTok a

13   couple of times and you described how it's growing.

14           Are you aware of the announcement TikTok made just

15   last week?

16      A    Yes.

17      Q    What was that?

18      A    TikTok is developing an e-commerce property for

19   the U.S. and several other markets.  And so it seems likely

20   that they're going to be a competitor in retail advertising

21   in the future as well.

22      Q    I want to focus on a different company than TikTok

23   for a moment that we see on this chart.

24           And we talked a little bit about Amazon.

25           Does Amazon compete with Google for digital
```

1    advertising spend?

2         A     Yes.

3         Q     How does it compete?

4         A     So Amazon offers product ads.  The product ads on

5    Amazon are seen by advertisers as very effective.  One

6    particular feature of Amazon's product ads is that since

7    they're also the platform on which products are sold, it

8    means that they can close the loop, which means that anytime

9    a conversion happens, when a purchase event happens, it

10   happens on Amazon.

11        When we do advertising, the purchase event

12   typically happens on the advertisers' website.

13        And so Amazon is -- because of privacy

14   considerations, we can't always measure when a conversion

15   happens, and that means that Amazon has better data.

16        So, to be clear, the advertiser objective is the

17   same, they want to sell their products.

18        But, in the case of Amazon, they're able to do so

19   on their platform, and they're able to get better data than

20   we are on the effectiveness of their advertising.  And so in

21   some cases, budgets have redirected from Google to Amazon as

22   the result of their better effectiveness.

23        THE COURT:  Can I interrupt for a moment?

24        Have you encountered a circumstance in which an

25   advertiser has actually or threatened to entirely move their

```
 1   ad budget away from Google?
 2              THE WITNESS:  In some cases, yes.
 3              THE COURT:  Can you just give me an example?
 4              THE WITNESS:  So consumer package goods companies,
 5   for example, they are able to have higher effectiveness on
 6   Amazon because -- how consumer package good companies
 7   advertise is they advertise their products in order to be
 8   sold at a retailer.  So an example of that would be an
 9   endcap in a supermarket.
10              THE COURT:  I'm sorry, a what?
11              THE WITNESS:  An endcap in a supermarket.  So, you
12   know, you've got a particular product which is featured at
13   the end of an aisle or slotting fees or things of this
14   nature.  And so what happens is they give a certain amount
15   of advertising spend to the retailer, then the retailer
16   gives them data back on their effectiveness.
17              This is sort of how consumer package goods
18   companies think about their performance advertising.
19              And so we're able to do that, but we have to
20   partner with the retailer, and sometimes the retailers want
21   to give the data and sometimes they don't.
22              In the case of Amazon, they are the retailer so
23   they can give perfect data back to the manufacturers.  And
24   so they say, "Okay, because we have so much better data,
25   we'll just put all of our spend on Amazon rather than
```

1   putting our spend on Google because they can" -- as they

2   call it -- "close the loop."

3            THE COURT:  And by "consumer package goods," you

4   mean a whole variety of things -- cereals, that kind of

5   thing.

6            THE WITNESS:  Yeah.  Diapers and detergents and

7   things of this nature.

8            THE COURT:  Thank you.

9   BY MR. SOMMER:

10       Q    On the chart we're looking at, which only goes

11  through 2021, it shows exactly what you told us, that

12  Amazon's share has been growing over the last several years,

13  correct?

14       A    Yes.

15       Q    Do you have insight into what has happened since

16  2021 with Amazon?

17       A    Their share has grown rapidly.

18       Q    Rapidly?

19       A    Yes.

20       Q    So let me give you an example just from my own

21  experience.

22            You know, five or eight years ago if I wanted to

23  buy a 60-watt lightbulb, I might have started out on Google.

24            Today I would go to Amazon.

25            How does that inform what's going on -- I mean, I

```
 1   don't know if I'm a representative sample or not.  But how
 2   does that inform what you see going on in the marketplace?
 3        A    Well, the growth of our shopping traffic -- the
 4   growth rate of our shopping traffic has gone down over time.
 5             We believe that the relative percentage of
 6   shopping queries, which are highly commercial queries on
 7   Amazon, has gone up in the United States and other markets.
 8   They have grown their ad platform significantly, and they
 9   have more opportunities for advertising on their product
10   than ever before, and that's caused budgets to shift to
11   Amazon in the retail sector.
12        Q    When you say "budgets to shift," you're talking
13   about advertising spend?
14        A    Advertising budgets, yes.
15        Q    Let me show you one other demonstrative, it's
16   DXD3, slide 12.
17             Mr. Dischler, are you familiar with this type of
18   news coverage of Amazon's growth in your position at Google?
19        A    Yes.
20        Q    Is this something that is of concern?
21        A    It is.
22        Q    Why?
23        A    Because we -- you know, it's important for us,
24   from a user perspective, to be the most relevant provider
25   for all types of queries.  And if Amazon becomes the most
```

1  relevant provider for shopping queries, then that is

2  reducing the utility that we can have to our users.

3         Beyond that, there are business considerations

4  where we want to -- we would like to be a large player in

5  the advertising business.  And if they're competitive with a

6  product which is seen as better by some advertisers, then

7  that's problematic for us.

8     Q    Does Google perform competitive analysis of Amazon

9  in the digital advertising market in the ordinary course of

10  its business?

11    A    Yes.

12    Q    Just one second.

13         Let me hand out -- one second.

14         DX231.

15         MR. SOMMER:  Your Honor, DOJ had no objection to

16  this exhibit but the States had a hearsay objection.

17         MR. CAVANAUGH:  Your Honor, to the extent there's

18  third-party statements in here as long as they're not

19  offered for the truth, it's fine.

20         COURTROOM DEPUTY:  All right.  So 231 will be

21  admitted.

22                              (Defendant's Exhibit 231
                                  received into evidence.)
23

24

25

```
 1    BY MR. SOMMER:
 2         Q     Are you familiar with this slide deck,
 3    Mr. Dischler?
 4         A     I am.
 5         Q     What is it?
 6         A     This is a presentation done by the competitive
 7    intelligence team on Amazon advertising growth and the
 8    Amazon advertiser experience.
 9         Q     And, again, there's some redactions in here, but
10    let's go to page 3, which is Bates 569.
11               What do we see here?
12         A     Let me actually get to the page here.
13         Q     Yeah, sure.
14         A     What we're seeing here is that Amazon's U.S. ad
15    business is almost the size of Google's U.S. retail ad
16    business.  And we think there's significant upside for
17    Amazon's ad business.
18         Q     By the way, in 2023, do you know whether Amazon
19    actually surpassed Google?
20         A     We believe that Amazon's bigger than Google in
21    retail advertising.
22         Q     Let me ask you a couple of questions.
23               Let's take that down.  Thank you.
24               Where it says that "Amazon's ads business is
25    growing at over twice Google's rate," is that what Google
```

```
 1   believes?

 2        A     Yes, that their advertising business is growing at

 3   roughly twice the rate of Google's retail advertising.

 4        Q     And what's the view on the ability to Amazon --

 5   Amazon's ability to continue to grow?

 6        A     We think that there's plenty of upside still.

 7        Q     "Untapped," it says here.  "Untapped

 8   opportunities."  Do you see that?

 9        A     That's correct.

10             THE COURT:  This may be an artificial distinction

11   I'm making and one that Google doesn't track, but can you

12   give me a rough estimate of how much of Google's advertising

13   revenue is from retailers versus service providers, say, for

14   example?

15             THE WITNESS:  Retail is about 35 percent.  It's

16   our -- it's actually the biggest category of search

17   advertising.

18             THE COURT:  Okay.

19             And what are some of the other -- services, what

20   else?  Travel?

21             THE WITNESS:  Financial services, travel, autos,

22   education, media and entertainment would be another one.

23             THE COURT:  Okay.

24             THE WITNESS:  Classifieds and local.  Things like

25   this.
```

 1          THE COURT:  Thank you.  I appreciate that.

 2     BY MR. SOMMER:

 3          Q    Let's go back to the chart that I had up a minute

 4     ago, DXD3.

 5               I want to ask you about another entity on this

 6     chart and that is Meta.  That's represented by the light

 7     blue; is that correct?

 8          A    Yes.

 9          Q    What trends -- and I'll expand beyond Meta here to

10     include social media.  What trends have you seen in terms of

11     advertisers going to social media?

12          A    Well, so much more common, in fact, than

13     advertisers pulling away from Google is advertisers never

14     going to Google in the first place.

15               Lots of advertisers get started on social media

16     platforms first, primarily Facebook and Instagram, but also

17     others.

18          Q    Is Google competing with these social media site?

19          A    Yes.

20               I mean, we're competing ultimately for advertising

21     dollars because advertisers on social media properties often

22     have the same performance objectives as they would if they

23     advertised on Google Search, and they have much simpler

24     systems which are easier to get up and running than our

25     keyword based system on Google Search.

1    Q    The automated platforms we talked about before, do

2    those shift spend between search and social?

3    A    They do.

4         Well, the automated platforms we talked about --

5    you mean -- so, yes.  So the third party SEM tools

6    automatically shift spend between Facebook and other social

7    platforms, search advertising, and often Amazon for retail

8    advertisers.

9    Q    And would that be the case with the individual

10   advertisers that have developed their own products?

11   A    Yes.

12   Q    So, anyway, getting back to Meta here, which I

13   always think of as Facebook, is Facebook a platform that

14   Google competes with for advertiser spend?

15   A    Yes.

16   Q    To your knowledge, how does Facebook's digital

17   advertising business compare to Google in terms of revenue?

18   A    It's smaller, but it's significant.

19   Q    The non-retail advertisers you mentioned to the

20   Judge a moment ago, financial services, autos, et cetera, do

21   they advertise on Meta's properties?

22   A    Yes.  They often do.

23   Q    Do they advertise on TikTok?

24   A    Some of them do.

25   Q    Does Google also perform competitive analysis on

1    Facebook in the digital advertising market in the ordinary

2    course of its business?

3        A    Yes.

4        Q    Has Google performed any analysis on Facebook

5    assessing Facebook's scale?

6        A    Yes.

7        Q    And what conclusions have you reached?

8        A    That Facebook has considerable scale.  They have,

9    as I mentioned before, roughly twice the number of

10   advertisers that we do, and they have quite a lot of

11   inventory on which to show ads for a variety of advertisers.

12       Q    Let me show you --

13            THE COURT:  Sorry to interrupt.

14            Why is it the case that -- maybe my assumption is

15   wrong and you'll let me know.  But if Google has a greater

16   variety of advertisers than Facebook does, why is it that

17   Google has twice a number of advertisers, and who is filling

18   the void to create that disparity that's not advertising on

19   Google?

20            THE WITNESS:  Okay, let me try to -- let me try to

21   restate your question and make sure I understood it.

22            THE COURT:  Yeah.

23            THE WITNESS:  So why does Facebook have twice the

24   variety of advertisers that Google does?

25            THE COURT:  Twice the number.

1   THE WITNESS:  Twice the number of advertisers that

2   Google does.

3   They're able to better meet the needs of small

4   advertisers.  They're able to get up and running more

5   quickly, because of the simplicity of their system and

6   they're able to show results faster, because they have this

7   vast inventory that they have due to the amount of time that

8   people are engaged with their properties, like Facebook and

9   Instagram.  And they're also able to target users well, so

10  they're able to infer the user intent and deliver good

11  results in a way which is often on par with or even better

12  than Google is able to with search query.

13  THE COURT:  So do I hear you to say, for example,

14  a teenager spends 30 minutes on Instagram.

15  THE WITNESS:  Yes.

16  THE COURT:  That provides in your estimation a

17  greater opportunity for Meta to provide those type of --

18  provide advertisers for a longer period of time relative to

19  a teenager who may be searching for something on Google?

20  THE WITNESS:  That's right.

21  THE COURT:  Okay.

22  BY MR. SOMMER:

23  Q    Is that referred to as signals?

24  A    Pardon?

25  Q    Signals?

1    A      They have intent signals, various intent signals.

2    Q      Intent signals, okay.

3           Before, I handed you the wrong exhibit, but I'm

4    coming up to that now, it's DX164.

5           Can you still find that?

6           MR. SOMMER:  And, Judge, you should have one as

7    well already.

8           And this one, no objection from DOJ, but, again,

9    the States had a hearsay objection?

10          MR. CAVANAUGH:  Again, Your Honor, to the extent

11   there's third-party statements in there, if they're not

12   offered for the truth, it's fine.

13          THE COURT:  It will be admitted subject to that

14   condition.

15                              (Defendant's Exhibit DX164
                                   received into evidence.)
16

17   BY MR. SOMMER:

18   Q      We looked a few moments ago at a competitive

19   analysis that Google did Amazon.  What's this one?

20   A      This is a competitive analysis on Facebook from

21   back in 2019.

22   Q      It's probably self-evident but let me ask this.

23   Why is Google doing these competitive analyses of platforms

24   such as Amazon and Facebook in the ordinary course of its

25   business?

1    A    Because we're in a competitive market that's

2    become increasingly competitive and we need to understand

3    what others in the market are doing.

4    Q    Let me ask you to turn to page 4 of this exhibit,

5    it's Bates 026, and, again, there are redactions here.

6         What analysis is presented on this slide?

7    A    This is showing --

8         THE COURT:  I'm sorry, could you just give the

9    number again one more time?

10        MR. SOMMER:  Yeah, sure.

11        THE COURT:  I'm sorry, what was the page again?

12        MR. SOMMER:  Sorry.  Page 4, Bates 026.

13        THE COURT:  Okay.

14        MR. SOMMER:  You all set, Judge?

15        THE COURT:  Maybe I'm in the wrong document.

16        It's 16 --

17        MR. SOMMER:  It's -- sorry.  It's Exhibit 164.

18        THE COURT:  I didn't have it.  Now I have it.

19        164.  I had 164.112.

20   BY MR. SOMMER:

21   Q    Mr. Dischler, do you have the exhibit?

22   A    I do.

23   Q    Good.

24        Let's go to page 4, Bates 026.

25        And my question is, what analysis is presented on

1    this slide?

2        A     They're taking a look at Facebook mobile revenue

3    growth and Google mobile search revenue growth.

4        Q     And what's the conclusion that we see on this

5    slide?

6        A     The conclusion is that Facebook is growing faster,

7    and that Facebook mobile revenue is now larger than Google

8    mobile search revenue.

9        Q     And search is mobile search; is that right?

10       A     That's correct.

11       Q     What is the significance of this analysis to you?

12       A     It suggests that there is increasing competition

13   and that out competitors are growing faster than we are in

14   important markets like mobile search.

15       Q     Let's take -- let's go to page 9, Bates 031.

16             What analysis does this slide reflect?

17       A     This is showing -- this is back in 2019, but we're

18   making projections for 2021.

19             This is saying that not only is Facebook making

20   money off of its newsfeed but also that it's increasingly

21   monetizing Instagram, and we believe that there is

22   significant upside in Facebook's growth as a result of their

23   increased monetization levels on the Instagram property and

24   increasing usage on Instagram.

25       Q     What type of ads generally are seen on Instagram?

1    A    They're social ads.  They're sort of a cross

2    between a search ad and a display ad in terms of their

3    format.  They typically have an image or a video and some

4    text associated with it.

5    Q    Okay.  Let me give you one more example from my

6    life.

7         I go on Instagram occasionally to stalk my kids

8    and I must have clicked on some golf video.  So I'm on it

9    and I see -- I'm fed an ad, an image of golf shorts, and

10   like a few clicks later, I've bought golf shorts.

11        Is that the type of response that advertisers are

12   looking for from social media ads?

13   A    Yes, absolutely.

14        I mean, again, as I was mentioning before, the

15   format doesn't really matter.  What matters is the ability

16   to achieve the underlying business objective.  And so if you

17   look at the -- if you're a retail advertiser, let's say, and

18   you have a format on Instagram, then typically you have a

19   call to action, like "buy now," or something of this nature;

20   and they're able to drive robust achievement of retail and

21   other business objectives through these ad formats that are

22   different but ultimately achieve the same business goal.

23   Q    What does the growth of Instagram's ad revenue

24   signify to Google?

25   A    It's seen as a competitive threat.

1    Q    Shift gears, second to last time, I hope.

2         Are you familiar with the term, "the purchase

3    funnel"?

4    A    Yes.

5         MR. SOMMER:  And, Your Honor, before Mr. Dahlquist

6    has to rise up, I acknowledge this is beyond the scope, but

7    I will proceed.

8    BY MR. SOMMER:

9    Q    What is that term reference?

10   A    It's a -- so, it's a now-obsolete marketing

11   framework that had been used for probably 50 years to

12   identify how a consumer goes through a linear journey,

13   starting with awareness of a service and then going to

14   consideration and then going to purchase in this linear

15   flow.

16        What Google has said subsequently and what our

17   research demonstrates is that the purchase funnel is sort of

18   an artificial distinction.  What happens is from the moment

19   a user is exposed to a particular product or category or

20   they're thinking about something commercial, an advertiser

21   has myriad of opportunities, all during their interactions,

22   in order to be able to persuade the user to purchase the

23   product or service or sort of short-circuit the historical

24   funnel in order to achieve a business objective.

25   Q    My example of buying those golf shorts?

1    A    Exactly.

2    Q    How would that be an example of what you just

3    described?

4    A    Well, you thought about golf shorts when you saw a

5    particular ad and then you purchased it right there.

6         So the awareness, consideration, and purchase all

7    happened in the same ad unit in probably a few hundred

8    milliseconds.

9    Q    You mention that you view the funnel as obsolete.

10   Is it still a term, however, that's used in the advertising

11   world, including at Google?  I mean, do people still use it

12   as a construct of how folks -- how advertisers think about

13   how consumers think?

14   A    It is, yes.

15        It's used primarily informally.  It's used in

16   order to try to draw distinctions between brand advertising

17   and performance advertising.

18        But to be honest, all advertising is so measurable

19   now that brand advertising and performance advertising are

20   largely a singular pool.  As long as you can achieve a

21   certain business objective, then all advertising is

22   performance advertising.

23        THE COURT:  I'm sorry, and can you just, maybe I

24   missed the distinction earlier.  What's the difference

25   between brand and performance advertising?

1    THE WITNESS:  So this is like a historical

2    distinction.

3        Let's say that you see a billboard, right, a

4    person is buying a billboard based on how many eyeballs they

5    expect to get in a certain period of time.

6        But online advertising is so measurable that you

7    don't need to buy on how many eyeballs.  You can buy on a

8    business objective like what contribution can this make to

9    something that I really care about, like somebody visiting a

10   movie theater or somebody making a purchase or somebody

11   providing lead information.  So all that stuff that was

12   previously considered upper funnel and bought on

13   demographics or things of this nature, now can be bought on

14   with much more granular criteria and can be measured in

15   terms of performance.

16       The only reason that people were buying on these

17   course metrics before is because they couldn't measure the

18   effectiveness of their advertising spend, but now that they

19   can, then it all can be used to achieve the underlying

20   business objective, and then now that we've -- we and others

21   have made innovations, you can optimize on that business

22   objective using AI-based systems.

23       THE COURT:  So maybe I just missed it.  So brand

24   versus performance, just at a high very high level, what's

25   the difference, even if you don't think it really applies

```
 1   anymore?
 2            THE WITNESS:  Brand advertising would be based on
 3   awareness.
 4            THE COURT:  Okay.  I see.
 5            THE WITNESS:  So, you know -- and so how they
 6   would measure it is based on, let's say something like aided
 7   recall.  So, "Hey, have you heard of Ford?  Yes, I've heard
 8   of Ford."  That's aided recall.
 9            Now you don't need that.  It's like you can see
10   that somebody walked on to a car lot in, of course, a
11   privacy safe and anonymized way.  And, therefore, you can
12   measure the effectiveness of advertising using that, rather
13   than whether they remember the name Ford or have heard of it
14   once you ask them.
15   BY MR. SOMMER:
16        Q    The image of a funnel, fair to say, based upon
17   what you've just told us, that it's basically gotten
18   squished down?
19        A    Correct.
20        Q    Let me show you another demonstrative that's DXD3,
21   slide 6.  It's from the DOJ complaint.
22            And it says, "Search ads enable advertisers to
23   target potential customers based on keywords entered by
24   these users, at the exact moment users express interest in
25   the topic of the queries.  For this reason, search ads are
```

1    lower in the purchase funnel - closer to the consumer's

2    ultimate intent to make a purchase - than other types of ads

3    that are primarily intended to drive brand awareness."

4           Do you agree with that statement?

5    A    No.

6    Q    And I don't want you to completely repeat what you

7    said, but, very briefly, why do you not agree with that?

8    A    You provided a great example with the golf shorts.

9           You had awareness of the golf shorts when you saw

10   the image, you considered buying the golf shorts, and you

11   made the purchase all within the same ad unit.  So the idea

12   that -- and it was very effective in driving a return on

13   investment for the advertiser.

14          So the idea that there are these distinctions is

15   an obsolete idea.

16   Q    I want to show you one other excerpt from the DOJ

17   complaint which is slide 8 from this same demonstrative

18   collection.  This is paragraph 29 of the DOJ complaint, and

19   the relevant part I'll read to you is highlighted.

20          "The ability of search ads to provide advertising

21   based on a consumer's self-disclosed interests, when the

22   consumer is actively seeking information, makes search ads

23   uniquely valuable to advertisers."

24          Do you agree with that?

25   A    No.

1    Q    Can you explain why?

2    A    Your example, I think, well illustrated it.

3    Q    Okay.

4    A    The users's interest can be signaled in any number

5    of ways, whether it's visiting a website, whether it's

6    subscribing to a TikTok channel of a golf influencer or in

7    any number of ways.

8         And then the consumer is the -- there's no

9    uniqueness in a consumer actively seeking information.

10        You see also with the products that we have, like

11   Performance Max campaigns, searches by no mean is unique.

12   There are many advertisers who are better able to meet their

13   business objectives by driving ads to YouTube or by driving

14   ads to some other channel.  Ultimately, at the end of the

15   day, it's just the ability to meet the business objective

16   which redirects their spend.

17   Q    Can advertising platforms that do not sell search

18   ads gather intent signals about users?

19   A    Yes.

20   Q    How?

21        THE COURT:  Can you restate the question?

22        MR. SOMMER:  Sure.

23   BY MR. SOMMER:

24   Q    Can advertising platforms that do not sell search

25   ads, such as -- give me a couple.

1    A    Facebook.

2    Q    Okay.

3         Can they gather signals of a user's intent?

4    A    Yes.

5    Q    How?

6    A    An example of Facebook is that advertisers

7    provided them with information of the users who've visited

8    their websites.  And so they say that I have somebody --

9    let's say that somebody visited Adidas because they were

10   interested in running shoes.  Adidas would then send to

11   Facebook, I have a user that's interested in running shoes.

12   Facebook would match that to a user on their platform, and

13   then they would allow Adidas to access that user, but they

14   may also allow Nike to access that user because they now

15   have the intent that a user is interested in running shoes.

16        There are any number of other ways for people to

17   gather intent as well, not just search queries or not just

18   sort of this web traversal.

19   Q    Let me suggest one other way.

20        On Facebook, on Instagram, on TikTok, there's a

21   lot of video content, correct?

22   A    Correct.

23   Q    Is what I look at in terms of video captured in

24   terms of what my potential intent is?

25   A    Yes.  All the videos are classified and the

1  categories of the videos of the creators you subscribe to or

2  other things like that are also used to add to your interest

3  and intent graph.

4      Q    And are advertisers aware of that?

5      A    Yes.

6      Q    And in your experience, is that part of what's

7  driving advertiser decision in terms of what type of ad

8  format and what platform they're spending their money on?

9      A    Yes.

10     Q    Let me show you another demonstrative.  This is

11  DXD3, slide 9.

12          What do we see here, sir?

13     A    What we see here is a number of ads from Nike,

14  I believe, who are trying to sell running shoes.  You see ad

15  formats on TikTok and Google.  You see display ads and

16  Instagram ads, and then you see a display ad which is

17  appearing within a retailer site.

18     Q    I take it -- does this show a portion of the

19  options that advertisers have to reach audiences and drive

20  their business goals?

21     A    Yes.

22     Q    Can all of these types of advertisements serve the

23  same function?

24     A    Yes.

25     Q    Do they all serve the same function?

1   A    They do.  Ultimately, Nike is interested in

2   selling running shoes here.

3   Q    Plaintiffs claim -- this is paragraph 99 of their

4   complaint, I won't put it up -- that the types of ads that

5   you see here other than ads on Google -- on the Google SERP,

6   do not compete with search ads because they are "generally

7   aimed at consumers who are further from the point of

8   purchase."

9        Do you agree with that?

10  A    No.

11  Q    I think we've covered that already, though, right,

12  your reasons?

13  A    That's correct.

14       I mean, you can see here that there are call to

15  actions to purchase on the Instagram ad.  The ad on Macy's

16  is directly on a retailer site.  When people are looking to

17  buy a pair of shoes, the display ad has a clear

18  call-to-action button, yes.

19  Q    Let me show you the next demonstrative.  It's

20  slide 10, in DXD3.

21       These are Instagram ads, correct?

22  A    Yes.

23  Q    And what does the -- do you see the "shop-now

24  button"?

25  A    Yes.  Order now.  Shop now.  Shop now.  Sign up.

1  These are all the kinds of -- these are all the kinds of

2  objectives that people would turn to on search or other

3  properties.

4          These are definitely not branding objectives.

5  These are direct response objectives where, ultimately,

6  they're trying to sell their product or service or capture a

7  lead.

8      Q    So if we're thinking about these in terms of this

9  historical purchase funnel, where in the funnel would these

10  be?

11      A    These would be at the bottom of the funnel.

12      Q    Lower funnel.

13          Let's go to slide 11 of DXD3.  This is, again, the

14  DOJ complaint.

15          I think I just did this one.

16          Just give me one second.  I don't want to be

17  repetitive.

18          I already read that one, so let's take that down.

19          As part of -- withdrawn.

20          All right.  Let's switch gears, I hope, final

21  time.

22          I want to ask you about SA360, which you were

23  asked about yesterday.  Do you recall that?

24      A    Yes.

25      Q    Does Google's SA360 product fall under the ads

1  organization?

2      A    Yes.

3      Q    And if an advertiser doesn't want to use SA360 to

4  buy digital ads, do they have other options?

5      A    Yes.

6      Q    What are some of their other options?

7      A    They could use Google ads, which is our front end

8  for buying Google advertising.

9           They could use any one of a number of other SEM

10 tools like those from Skai and Marin and Adobe.

11          Or they could interact directly with the Google

12 ads API.

13     Q    The Court heard yesterday that originally when

14 Google acquired this product, it was called DoubleClick.

15 Do you remember that?

16     A    Yes.

17     Q    Did Google invest or improve the product after it

18 acquired DoubleClick?

19     A    Significantly.

20     Q    Can you explain how Google changed DoubleClick for

21 search after it acquired it?

22     A    We built many, many features, including features

23 for Google, as well as features for other ad platforms like

24 Bing, Yahoo! in the past when they had their own API, and

25 then other ad platforms that are used internationally, and

1   then also DuckDuckGo.

2          We also modernized the user interface.  We made it

3   easier to use.  We upgraded a lot of the functionality to

4   help advertisers meet their objectives and manage

5   complexity.

6      Q    Did Google develop SA360 in order to limit its

7   interoperability with competitors like Microsoft's Bing?

8      A    No.

9          MR. CAVANAUGH:  Objection; leading.

10          THE COURT:  Just rephrase the question, please.

11   I'll sustain it.

12   BY MR. SOMMER:

13      Q    What was Google's goal in investing and improving

14   this tool?

15      A    Well, I mean, some of our large advertisers --

16   many of our large advertisers want to buy across a number of

17   different channels.  It started off with a number of

18   different search engines, and then also it extended to other

19   add platforms that could also deliver great results for

20   them, including Facebook/Meta and Amazon.

21          So the idea was that by allowing advertisers to

22   buy across all of these platforms and to make their lives

23   easier, we would be able to evaluate our ads against other

24   ads that advertisers use, we would provide them with a

25   single repository of information, and we thought that by

1    giving them this service, they would evaluate our ads and

2    see that they were a good value and then increase their

3    spend on our ads.

4        Q    What, if any, part of that it improvement and

5    innovation related to trying to hurt Microsoft in some way?

6        A    There was no intent to hurt Microsoft in any way.

7             What we do is -- when we want to support features

8    for other platforms, what we would do is we would go out to

9    our advertisers and ask them what are the most important

10   features.  We have a fixed period of time that we can devote

11   to our entire team's development, and we prioritize those

12   features based primarily on advertiser feedback of our

13   existing advertisers and our potential advertisers.

14       Q    How long did it take -- withdrawn.

15            You were asked about auction-time bidding.

16       A    Yes.

17       Q    Do you remember that?

18            How long did it take Google to implement

19   auction-time bidding for Google onto the SA360 device --

20   platform?

21       A    I think it was somewhere between two and three

22   years.

23       Q    Challenging?

24       A    We saw it as a high-complexity feature.

25       Q    Are you familiar with something called

1    Project MYX, M-y-x?

2        A    Yes.

3        Q    What was Project MYX?

4        A    That was the effort to implement auction-time

5    bidding on SA360.

6        Q    Are you familiar with something called

7    Project BYX, B-y-x?

8        A    Yes.

9        Q    What's that?

10       A    That was the effort to implement Bing on SA360.

11       Q    Okay.

12            And in terms of --

13       A    By the way, to clarify, auction-time bidding for

14   Bing on SA360.

15       Q    And in terms of actual work being done to try to

16   implement auction-time bidding for Bing on SA360, I think

17   you told us it's now in beta.  How long -- how much work --

18   how long did it take to get to that point?

19       A    Couple of years, I think.

20            It's -- so it's a -- it's a high-complexity

21   feature.

22            My -- when we first started talking about it on

23   our side, we weren't sure whether we would actually even be

24   able to offer it for them.

25       Q    What, if anything, was the additional complexity

1  of implementing auction-time bidding for Bing that did not

2  exist for implementing it for Google?

3      A    So, I mean, the whole thing of implementing

4  auction-time bidding is that that auction takes 200

5  milliseconds or less, and you have to use that as a signal

6  in order to help -- in order to allow an advertiser to

7  adjust their bid up or down.

8          And so the fact that you're dealing with these

9  very tight time frames means that you have to do computation

10  very quickly.

11          Now, if we're actually implementing it for Bing,

12  that means that not only do we have to do that computation

13  quickly, but we now have to call out to Microsoft and have

14  them respond within that time frame.

15          And so you're now crossing the company borders

16  with these very tight latency targets, which makes it very

17  difficult.

18          And so since they didn't have an interface for

19  doing this, we had to work on it together with Microsoft to

20  try to get it working within the latency constraints that we

21  had.

22      Q    I want to pull up an exhibit you were shown

23  yesterday by plaintiffs, it's PSX1109.

24          Get that up on the screen.

25          Do you remember seeing this yesterday?

1428

```
1        A     Yes.

2        Q     Let's go to the second page, and I want to bring

3   you to something that was highlighted for you yesterday.

4   That makes it much easier.

5              This is the line that says, "We'll always be a

6   neutral third party."

7              Let me see if we can find that.

8              "We want online advertising to continue its growth

9   trajectory and will always be a neutral third party, helping

10  you achieve the highest return on investment, regardless of

11  the online channel".

12             Do you see that?

13       A     Yes.

14       Q     Do you remember being asked about that yesterday?

15       A     Yes.

16       Q     Does neutral in this context mean implementing

17  every feature for every company that wants it implemented?

18             MR. CAVANAUGH:  Objection; leading.

19             THE COURT:  Rephrase the question, please.

20  BY MR. SOMMER:

21       Q     What does neutral mean in this context in terms of

22  implementing features?

23       A     So, I mean, what neutral means -- what neutral

24  means in this context is that we want advertisers to be able

25  to compare the return on investment across all channels
```

1  without distorting those results.

2          As it relates to features, we're going to try to

3  build the most important features as quickly as we can,

4  roughly in the order that advertisers tell us that they want

5  them, in order to be able to best meet their needs.

6     Q    Why is advertiser need an important consideration?

7     A    Because advertisers use the product.

8     Q    Okay.

9          Is there a demand for all the features that are

10 suggested to you?

11    A    No.

12         And, in fact, I mean, this is a very competitive

13 industry, there are lots of providers who provide these

14 kinds of services, Skai was one example that came up before,

15 Adobe also has a popular platform, and Marin.

16         If we are about supporting enough features for a

17 particular channel, whether it be Bing or Facebook or

18 Amazon, then we lose advertisers, and they have the right to

19 use whatever channel they wish in order to purchase our

20 advertising.

21    Q    What do you understand the word "neutral" to mean

22 in the context of whether Google can even release tools at

23 the same time for all platforms?

24    A    Well, I mean, we can't release features at the

25 same time for all platforms.

1   Now, the typical life cycle, actually, these days

2   in such advertising is, Google will release a feature and

3   Microsoft will look at the feature.  And if that feature

4   is -- they talk to their advertisers and see if the feature

5   is relevant for them, and they'll implement a version of

6   that feature for Microsoft Bing some months later and then

7   they'll expose that to us and then we need to integrate and

8   implement that feature for them.

9   So if we were to create a level playing field in

10  the way you describe, we would essentially have to release a

11  feature, wait to see if Microsoft wanted to implement an

12  analogous version of that feature, implement against the

13  forthcoming API for that Microsoft feature, and then only

14  then could we release the Google version that was available

15  well before then.  That would be bad for our advertisers and

16  would also give Microsoft control over when people could use

17  Google features, which would be an odd dynamic.

18  Q    Yesterday you were asked about Project Amalgam.

19  Do you remember that?

20  A    Yes.

21  Q    Can you remind the Court what that was.

22  A    Project Amalgam was an infrastructure rewrite that

23  would allow Search Ads 360 to run on the Google ads'

24  technical stack.

25  Q    As a non-technical person, it was -- is it fair to

1    describe it as like a new SA360, an updated SA360?

2         A    It's a new version of SA360 on new infrastructure.

3         Q    And was that a significant commitment of resources

4    by Google?

5         A    Yes.

6         Q    During that upgrade time, did that have any impact

7    on implementing new tools?

8         A    New features, yes, it absolutely did.

9              What essentially -- essentially what happens

10   anytime you're doing an infrastructure upgrade is that the

11   throughput of the team goes down and you make hard

12   tradeoffs.  Those hard tradeoffs affected Bing features.

13   They affected features on other search engines.  They

14   affected a Facebook features that we were building, and they

15   also affected our ability to support our own features in

16   Google ads.

17             At a certain point in an infrastructure effort,

18   you have to make a cut-off as well, where you can only

19   develop features for the new stack, otherwise, you're

20   implementing everything twice.  And so at a certain point,

21   we hit that cut-off and then everybody's features were

22   waiting for Amalgam to finish so that we could get the new

23   platform out, which will be out at the end of the year

24   fully.

25        Q    Let me show you one other document, it's DX120,

1    which is in evidence.  Let me just get that one out.

2              MR. SOMMER:  And, Judge, some of these pages are

3    not totally legible, so we have DX120A that -- do we need to

4    offer -- we need to offer that.  Let me just hand that one

5    out so people can follow along.

6              Your Honor, we offer 120A just as a more legible

7    copy from what we'd originally marked.

8              THE COURT:  Okay.

9    BY MR. SOMMER:

10   Q    Do you have 120 or 120A?

11   A    I have both of them, yes.

12   Q    Great.

13        Do you recognize this document?

14   A    Yes.

15   Q    What is it?

16   A    This is a document back in 2018 where the team was

17   trying to make hard tradeoffs over this new infrastructure

18   upgrade called Amalgam.

19   Q    Let's go to page 14, which is Bates 711.

20        What do we see here?

21   A    This is a summary of the tradeoffs of basically

22   what features we would allow to move forward and what

23   features we would deprioritize.

24        And included in the move forward list is

25   functionality for Google ads, as well as functionality for

1433

```
 1    other providers like Amazon integration.
 2              In the hard cuts list, we have functionality for
 3    Google ads and also functionality on Bing and on Facebook.
 4    Q    Were these -- to what extent, if any, were these
 5    decisions on these tradeoffs motivated by a desire to impede
 6    any other platform?
 7    A    They weren't.  They were motivated by wanting to
 8    meet our advertisers' needs in the best way that we could
 9    with a resource constrained environment.
10    Q    Let's go to page 27, Bates 724.
11              And some of this is redacted, sir, I just want to
12    alert you.
13              What is being discussed on this slide?
14    A    So this is essentially trying to avoid a sunk-cost
15    fallacy where we said, okay, if we were to start today,
16    would we continue the Amalgam infrastructure or not.
17              Should we cancel it and just take all of our
18    resources and put them on additional features that
19    advertisers might want, or should we continue with the
20    Amalgam effort in order to gain the long-term benefit from
21    the infrastructure move.
22    Q    I take it Amalgam went forward and was completed?
23    A    It did move forward.  We received some additional
24    funding too so that we could speed up the timelines a little
25    bit.
```

1    Q    And did the completion of that Amalgam benefit

2  advertisers from your perspective.

3    A    It did.

4         MR. SOMMER:  Judge, if I could have just one

5  moment, please.

6         (Defense counsel conferred off the record.)

7         MR. SOMMER:  Judge, I have no further questions at

8  this time.  Thank you.

9         THE COURT:  All right.  Thank you, Counsel.

10         MR. DAHLQUIST:  Your Honor, would you like to take

11  a lunch break or we can start in with as much as cross as we

12  can?

13         THE COURT:  We can take our ten minutes and then

14  we'll break for lunch.

15         MR. DAHLQUIST:  Sounds good.

16                          -  -  -

17  BY MR. DAHLQUIST:

18    Q    Mr. Dischler, good to see you again today.

19         I'd like to talk to you about some of the

20  questions that your counsel asked you about, and I think

21  we're going to start with some of the documents that they

22  referenced and showed you.

23         And because we didn't have access to these

24  documents, they were all marked as confidential, if I can

25  ask defense counsel to display these, I'm going to start

```
 1   with DX231, we simply don't have the redacted versions, so

 2   if you could show DX231, please.

 3              Sir, your counsel asked you various questions

 4   about Amazon.  Do you recall those questions?

 5   A    Yes.

 6   Q    And I believe you described Amazon as an emerging

 7   threat.  I think that was how you described it, correct?

 8   A    I believe those are the words that I used.

 9   Q    In order to advertise on Google, you need to have

10   a website, correct?

11   A    That's correct.

12   Q    And if you could turn in this document to the next

13   page, page 002.  And your counsel designated this as

14   confidential.

15              Your Honor, we submit this is not confidential.

16              But if I can ask you, on page 2, do you have that

17   in front of you?

18   A    I do.

19              THE COURT:  Sorry, can you -- I may have not

20   realized what you were going to do so I didn't grab the

21   document.

22              MR. DAHLQUIST:  No.  Sorry, Your Honor.  231.

23   DX231.

24              THE COURT:  Okay.  Thank you.

25              MR. DAHLQUIST:  And the title is "Amazon growth
```

1    and merchant onboarding."

2            THE COURT:  Yep.

3    BY MR. DAHLQUIST:

4    Q    The fourth bullet states, "Most Amazon merchants

5    are websites and never make it on to Google.  Both types of

6    merchants are important to ads revenue."

7            Do you see that?

8    A    I do.

9    Q    And do you agree that most Amazon merchants do not

10   have websites, correct?

11   A    Most Amazon merchants are website lists.  Most

12   Amazon merchants are website lists.  That doesn't mean that

13   most Amazon advertisers are website lists nor does it mean

14   that most of the large merchants on Amazon that use their

15   advertising products and form the majority of their spend

16   are website lists.

17   Q    Sir, that's not my question.

18           Looking at bullet point 4 on your document, DX231,

19   it states that "Most Amazon merchants are website lists and

20   never make it on to Google," correct?

21   A    That is what the document says.

22   Q    And you agree that most Amazon merchants are

23   website lists and never make it on to Google, correct?

24   A    I'm not sure if that's true today so I'm going to

25   say I'm not sure.

1     Q     This document is dated, when, 2021?  Do you think

2  that has changed since January 19th, 2021?

3     A     I'm not going to speculate.  The authors of the

4  document conducted their own independence analysis that I've

5  not reviewed, and so I'm not going to give you my opinion.

6     Q     You did not have any role in writing, reviewing,

7  or evaluating DX231, correct?

8     A     I received a presentation on DX231.  I was not one

9  of the authors of the document.

10     Q     When did you receive a presentation, on or about

11  January 2021?

12     A     Yes.

13     Q     Thank you.

14          You can put that document aside.

15          The next document that your counsel showed you is

16  DX187, and the title of it is Perceptions of ROI.

17          And we talked a little bit about ROI yesterday as

18  well.  ROI means return on investment, correct?

19     A     Yes.

20     Q     And, actually, let me start with this question.

21          How many advertising customers does Google have

22  total, approximately?

23     A     Approximately 5 million.

24     Q     Approximately 5-million advertising customers

25  advertise on Google on a daily basis?

1    A    Not necessarily on a daily basis.

2    Q    We'll start with the broader.  Approximately

3  5-million advertising customers advertise on Google,

4  correct?

5    A    Yes.

6    Q    And would you agree that Google's evaluation of

7  ROI relies on conversion data?

8    A    Not necessarily.

9    Q    Let me restate.

10    A    Google's evaluation of ROI --

11    Q    Please -- correct.

12    A    -- relies on conversion data?

13         Yes, at times it relies on conversion data.

14    Q    And not all advertisers or customers of Google

15  provide conversion data to Google, correct?

16    A    That's true.

17    Q    You rely on the customers to provide you with

18  conversion data, correct?

19    A    Often that's true.

20    Q    It's not any information you have, they have to

21  give it to you?

22    A    In some cases, we have that information.

23    Q    Amazon does not share conversion data with Google,

24  correct?

25    A    Amazon does not share -- correct.

1    Q    And if a customer does not provide you with

2  conversion data, it's really hard to measure ROI.  Would you

3  agree with that?

4    A    No.

5    Q    You wouldn't agree with that?  You believe you can

6  measure ROI without receiving conversion data?

7    A    Yes, because in some cases, we have the conversion

8  data.

9    Q    So in some cases, Google has its own conversion

10  data?

11    A    Correct.

12    Q    So let me restate the question.

13        Do you believe you can measure ROI without

14  conversion data from any source?

15    A    In some cases, we can come up with proxies for the

16  ROI modeled on others' conversion data.

17    Q    If you don't have conversion data, you have to use

18  some other proxy, calculation, or some other metric,

19  correct?

20    A    Correct.

21    Q    And I believe you said that Google has --

22  I'm sorry -- what was the number, how many total customers

23  do you have?

24    A    5 million.

25    Q    5 million.

1       If you could please turn to -- in DX187, I think

2    it's slide 10, Bates stamped 5621.

3       This research study that was done in DX187,

4    I believe it says, "There is a small sample of 176

5    advertisers."

6       Do you see that?

7    A    Yes.

8    Q    Far less than your total number of advertising

9    customers, correct?

10   A    Yes.

11   Q    And this study states that "it is not

12   generalizable to the full eligible population," correct?

13   A    Yes.

14   Q    And you agree that this study, therefore, is not

15   representative necessarily of all of your customers,

16   correct?

17   A    I agree with that.

18   Q    And if we could turn to one other slide in this

19   document, slide 46.

20       On the left-hand side states, "Difficulties with

21   tracking data for ROI, as well as being able to attribute

22   performance to a sale is the top reason participants do not

23   evaluate ROI."

24       Do you see that statement?

25   A    I do.

1    Q    Do you agree with that statement?

2    A    If advertisers have a hard time tracking the value

3    of ROI, then, in some cases, they do not evaluate ROI.

4    Q    In this study, the number one reason that

5    customers of this limited study provided was difficulty in

6    tracking ROI is the reason for not relying on ROI, correct?

7    A    Yes, but the study also said that the majority of

8    advertisers were calculating ROI.  For the ones that

9    weren't, inability to measure ROI was the reason that they

10   weren't calculating ROI.

11   Q    Out of 176 participants, correct?

12   A    176 total participants, the majority of whom were

13   tracking ROI.

14   Q    Okay.

15        We can go to the next document, DX142.

16   A    It says on the slide there were seven advertisers

17   not tracking ROI.  18 advertisers in the high value

18   population, 12 in the HV-plus population, and only 8 in the

19   UMM population.

20   Q    Does it also state that "26 advertisers stated

21   they had difficulty with tracking the data necessary for

22   ROI," correct?

23   A    Yes, out of the total population, so the minority.

24   Q    Thank you.

25        DX142.

1       Sir, you talked about -- with your counsel about

2   Google's goal is to grow the overall ad opportunity, I think

3   were some words that you used, correct?

4       A    I'm not sure what words I used.

5       Q    Okay.

6            Do you agree that Google's goal is to grow the

7   overall ad opportunity?

8       A    I mean, I would say that Google's goal is to

9   organize the world's information and make it universally

10  accessible and useful.  As that pertains to search, their

11  goal is -- the goal is to satisfy user needs.  So a user can

12  enter in any query on search and we can give a great answer.

13           If those queries are commercial, that's where the

14  ads team comes in, and the ads team wants to be able to

15  satisfy as much commercial intent as possible.  By

16  satisfying as much commercial intent as possible, that would

17  grow the overall ad opportunity.

18      Q    Let me restate my question.

19           Sir, do you believe that in your role as VP and

20  general manager of the ads group, one of your goals is to

21  grow the overall ad opportunity for Google, correct?

22      A    Yes.

23      Q    Thank you.

24           Not all queries are commercial in nature, correct?

25      A    Yes.

1    Q    In fact, the majority of queries that are entered

2    into Google are not commercial, correct?

3    A    Yes.

4    Q    And Google needs to earn a revenue on commercial

5    queries to pay for running the entire search engine,

6    correct?   Commercial and non-commercial queries, correct?

7    A    Google needs to earn revenue in order to pay for

8    the search engine.   We choose to earn revenue by monetizing

9    commercial queries.

10   Q    Choose to.

11        Looking at DX142, and your counsel showed you

12   slide 4, which states that "query growth is slowing."

13        Do you see that slide?

14   A    Yes.

15   Q    Because query growth is slowing, total query

16   growth, Google has to increase the amount of revenue it

17   earns from commercial queries, correct?

18   A    That doesn't necessarily follow, no.

19   Q    If the total number of queries are dropping, you

20   need to earn more money on those ads -- on those queries

21   that are commercial in nature, correct?

22   A    We don't need to.

23        In order for the business to grow, it would

24   follow.

25        But we don't need to necessarily.

1    Q    One of your goals on behalf of your shareholders

2  is to grow revenue, correct?

3    A    Yes.

4    Q    And so as a for-profit business, which I think you

5  talked about, your goal is to increase revenue and, in fact,

6  Google's revenue has continued to increase year over year,

7  correct?

8    A    It has.

9         But we put constraints on the revenue.

10         We put constraints on the ways that we grow

11  revenue in order to do so in ways that are aligned with the

12  interests of our users and our advertisers.

13    Q    And one of those ways I think you talked about was

14  keeping search and ads a bit separate, correct?

15    A    Correct.

16    Q    If you could turn to page 24 of this document.

17         Slide 24 states that "Search and ads are working

18  together to accelerate monetization path."

19         Do you see that?

20    A    I do.

21    Q    And do you agree that today, Google Search and

22  Google ads are working together to accelerate monetization

23  path, correct?

24    A    Yes.  What the slide is saying is that -- what the

25  slide is saying is that the search team is developing new

1    features independently and is telling the ads team that

2    they're developing those new organic features and then the

3    ads team is creating equivalent features in advertising.

4         Q    Sir, in the title of slide 24, does it state --

5    does it use the word "independently" anywhere in that title?

6         A    I think it's very clearly illustrated in the --

7    I think it's very clearly illustrated that we have separate

8    things that are shown here in the illustration on the

9    right-hand side.

10        Q    Well, let's go into the comments, perhaps that's

11   the best place.

12             The first heading -- or the first comment sentence

13   underneath states, "What we've learned from the previous

14   slide is that we should be working together sooner, which is

15   what we're doing now."

16             Sir, do you agree that Google has learned they

17   should have been working together sooner between search and

18   ads, correct?

19        A    What the author is saying here is that when

20   they're building a new organic features, they should tell

21   the ads team about it so that the ads team has the potential

22   opportunity to build an equivalent paid feature.  Instead of

23   there being a long gap between when the organic feature is

24   developed and the equivalent pay feature is developed, and

25   they give the example of jobs where they were working on a

1  forthcoming project, they talked to the ads team to say,

2  hey, do you want to building an ad format that's appropriate

3  for this new experience that we're building, and the ads

4  team decided to do so.

5       Q    Sir, back to the slide, above the two bullets, it

6  states, "With Mercury, search and ads" -- and let me pause

7  there.

8            Project Mercury we talked about that yesterday for

9  a moment.  Do you recall?

10      A    Yes.

11      Q    Project Mercury was an initiative at Google to

12  expand the number of commercial queries, correct?

13      A    For the search team to try to grow commercial

14  queries by satisfying more user needs, yes.

15      Q    And the slide states, "With Mercury, search and

16  ads are working together at the onset to accelerate

17  monetization velocity," correct?

18      A    It's the dynamic that I'm talking about.

19           So the search team tells the ads team when it's

20  developing new features so that the ads team can have an

21  opportunity to develop a new format.  That's what's

22  happening.

23      Q    Do agree that the search team and the ads team are

24  working together to accelerate monetization velocity,

25  correct?

1     A     The ads team would be accelerating monetization

2  velocity.  The search team is only accelerating monetization

3  velocity to the extent that they tell the ads team about

4  what new research their building.

5     Q     We're done with that document, thank you.

6           THE COURT:  Why don't we take a break at this

7  point.  It's about 12:35.  We'll resume after lunch around

8  1:35.

9           MR. SOMMER:  Thank you, Your Honor.

10          THE COURT:  Same instructions yesterday,

11 Mr. Dischler.  I'll ask you not to discuss your testimony.

12          COURTROOM DEPUTY:  All rise.  This Court stands in

13 recess.

14          (Recess from 12:33 p.m. to 1:35 p.m.)

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date:__September 19, 2023___ 

                 William P. Zaremba, RMR, CRR

**BY MR. DAHLQUIST:**
**[2]** 1434/17 1436/3
**BY MR. SOMMER:**
**[27]** 1327/9 1338/19
1339/3 1340/15
1340/25 1360/7 1361/9
1364/4 1369/12
1375/11 1379/1
1380/25 1386/3 1395/1
1397/10 1400/9
1402/23 1405/2
1408/22 1409/17
1410/20 1413/8
1416/15 1418/23
1424/12 1428/20
1432/9
**COURTROOM
DEPUTY: [6]** 1326/2
1326/5 1385/18
1385/21 1402/20
1447/12
**MR. CAVANAUGH: [5]**
1363/24 1402/17
1409/10 1424/9
1428/18
**MR. DAHLQUIST: [15]**
1368/13 1369/1 1369/5
1374/22 1375/4 1377/4
1380/21 1396/20
1396/23 1396/25
1397/7 1434/10
1434/15 1435/22
1435/25
**MR. DINTZER: [1]**
1339/23
**MR. SOMMER: [40]**
1326/17 1327/1
1338/17 1339/1
1339/10 1339/15
1339/18 1340/6
1340/14 1340/19
1340/22 1363/19
1363/25 1368/24
1369/3 1369/6 1374/25
1375/9 1377/7 1380/19
1380/24 1385/13
1386/2 1396/15
1396/22 1396/24
1397/4 1397/9 1402/15
1409/6 1410/10
1410/12 1410/14
1410/17 1413/5
1418/22 1432/2 1434/4
1434/7 1447/9
**THE COURT: [66]**
1326/4 1326/12
1326/22 1327/2
1339/13 1339/17
1339/21 1340/11
1340/17 1340/21
1359/3 1359/17
1359/19 1360/6 1361/5
1363/23 1364/1
1369/11 1375/2 1375/5
1377/8 1378/13
1378/21 1378/25
1380/23 1385/15

**$**
**$10 [1]** 1383/5
**$10 billion [1]** 1383/5
**$12 [1]** 1383/5
**$12 billion [1]** 1383/5
**$40 [1]** 1354/14
**$40 billion [1]** 1354/14

**'**
**'Hey [3]** 1375/25
1376/1 1376/17
**'I'm [2]** 1376/3 1376/3
**'must [1]** 1392/17
**'You [1]** 1376/2

**0**
**002 [1]** 1435/13
**026 [3]** 1410/5 1410/12
1410/24
**031 [1]** 1411/15
**0340 [1]** 1323/4

**1**
**10 [3]** 1392/24 1421/20
1440/2
**10019 [1]** 1324/8
**10036-6710 [1]**
1323/19
**1006 [1]** 1396/19
**10:58 [1]** 1385/20
**11 [1]** 1422/13
**1100 [1]** 1323/3
**1133 [1]** 1323/18
**11:00 [1]** 1385/16
**11:15 [1]** 1385/17
**11:17 [1]** 1385/20
**12 [2]** 1401/16 1441/18

**1394/22** 1394/25
**1397/3** 1398/23 1399/3
**1399/10** 1400/3 1400/8
1404/10 1404/18
1404/23 1405/1
1407/13 1407/22
1407/25 1408/13
1408/16 1408/19
1409/13 1410/8
1410/11 1410/13
1410/15 1410/18
1414/23 1415/23
1416/4 1418/21
1424/10 1428/19
1432/8 1434/9 1434/13
1435/19 1435/24
1436/2 1447/6 1447/10
**THE WITNESS: [26]**
1326/25 1359/6
1359/18 1359/23
1361/7 1375/7 1377/16
1378/16 1378/24
1394/21 1394/23
1399/2 1399/4 1399/11
1400/6 1404/15
1404/21 1404/24
1407/20 1407/23
1408/1 1408/15
1408/20 1415/1 1416/2
1416/5

**$10 [1]** — (already shown)

**2**
**20 [1]** 1351/16
**20-3010 [2]** 1322/4
1326/6
**200 [1]** 1427/4
**200 milliseconds [3]**
1345/1 1345/2 1352/5
**20001 [1]** 1324/13
**20005 [1]** 1324/4
**2006 [1]** 1360/22
**2017 [1]** 1384/23
**2018 [2]** 1395/17
1432/16
**2019 [3]** 1339/2
1409/21 1411/17
**202 [4]** 1323/4 1323/9
1324/4 1324/14
**2020 [3]** 1373/21
1374/1 1374/3
**2021 [10]** 1360/22
1369/1 1395/21
1395/23 1400/11
1400/16 1411/18
1437/1 1437/2 1437/11
**2023 [3]** 1322/5
1403/18 1448/7
**209 [1]** 1323/8
**21 [1]** 1383/13
**212 [2]** 1323/20 1324/9
**2200 [1]** 1323/19
**231 [3]** 1402/20
1402/22 1435/22
**24 [3]** 1444/16 1444/17
1445/4
**26 [1]** 1441/20
**27 [1]** 1433/10
**2793 [1]** 1323/20
**29 [1]** 1417/18

**120A [2]** 1432/6
1432/10
**1228 [1]** 1396/22
**12:33 [1]** 1447/14
**12:35 [1]** 1447/7
**12th [1]** 1324/3
**1300 [1]** 1323/14
**1301 [1]** 1324/7
**14 [2]** 1375/16 1432/19
**142 [1]** 1340/24
**15 [1]** 1351/16
**16 [1]** 1410/16
**16-year-old [1]**
1394/17
**164 [2]** 1410/17
1410/19
**164.112 [1]** 1410/19
**17 [1]** 1382/1
**176 [3]** 1440/4 1441/11
1441/12
**18 [1]** 1441/17
**182 [1]** 1375/12
**19 [2]** 1322/5 1448/7
**19th [1]** 1437/2
**1:35 [2]** 1447/8
1447/14

**2** — (already shown above)

**30 [2]** 1383/17 1408/14
**3010 [2]** 1322/4 1326/6
**307-0340 [1]** 1323/4
**3249 [1]** 1324/14
**333 [1]** 1324/13
**335-2793 [1]** 1323/20
**34 [1]** 1392/15
**35 percent [1]** 1404/15
**354-3249 [1]** 1324/14
**360 [2]** 1357/25
1430/23

**4**
**40th [1]** 1324/8
**434-5000 [1]** 1324/4
**46 [1]** 1440/19
**497-7728 [1]** 1324/9

**5**
**5 million [3]** 1437/23
1439/24 1439/25
**5-million [2]** 1437/24
1438/3
**50 [1]** 1413/11
**5000 [1]** 1324/4
**508-6000 [1]** 1323/15
**5621 [1]** 1440/2
**569 [1]** 1403/10

**6**
**60-watt [1]** 1400/23
**600 [1]** 1323/8
**6000 [1]** 1323/15
**60604 [1]** 1323/9
**619 [1]** 1381/15
**62 [1]** 1369/1
**628 [1]** 1382/1
**63 [1]** 1369/2
**632 [1]** 1383/13
**641 [1]** 1383/18
**66 [3]** 1384/11 1384/13
1384/14
**6710 [1]** 1323/19
**677 [2]** 1384/11
1384/14

**7**
**711 [1]** 1432/19
**720 [1]** 1323/15
**721 [1]** 1364/14
**724 [1]** 1433/10
**725 [1]** 1324/3
**7407 [3]** 1339/9
1340/19 1341/6
**7408 [1]** 1342/5
**7728 [1]** 1324/9
**7th [6]** 1323/14
1368/17 1369/1
1374/21 1375/14
1375/15

**8**
**80203 [1]** 1323/15
**805-8563 [1]** 1323/9
**8563 [1]** 1323/9
**8:30 [1]** 1326/14

**99 [1]** 1421/3
**9:30 [1]** 1322/6

**A**
**a.m [3]** 1322/6 1385/20
1385/20
**ability [9]** 1358/14
1385/3 1393/8 1404/4
1404/5 1412/15
1417/20 1418/15
1431/15
**able [32]** 1329/24
1332/15 1333/13
1334/16 1338/2
1341/18 1344/18
1354/9 1359/1 1361/21
1362/7 1368/2 1382/2
1398/18 1398/19
1399/5 1399/19 1408/3
1408/4 1408/6 1408/9
1408/10 1408/12
1412/20 1413/22
1418/12 1424/23
1426/24 1428/24
1429/5 1440/21
1442/14
**about [104]** 1327/14
1330/1 1332/18 1335/7
1336/8 1338/9 1338/14
1340/9 1340/13
1346/13 1346/24
1347/6 1347/11 1348/3
1349/2 1349/21
1352/25 1353/6
1356/11 1356/25
1357/25 1359/4
1359/21 1359/24
1361/1 1361/10
1361/13 1363/17
1365/13 1365/15
1366/4 1367/9 1367/15
1368/5 1368/17 1370/6
1371/2 1373/6 1373/7
1373/7 1373/9 1373/10
1373/17 1374/2 1374/5
1374/8 1374/11
1374/13 1374/14
1374/18 1376/5
1376/13 1377/1
1377/10 1377/15
1379/12 1379/17
1379/18 1380/3
1381/24 1382/16
1383/22 1385/13
1386/7 1387/16
1387/22 1388/7
1391/12 1397/12
1397/12 1397/24
1399/18 1401/13
1404/10 1405/5 1406/1
1406/4 1413/20 1414/4
1414/12 1415/9
1418/18 1422/8
1422/22 1422/23
1425/15 1426/22
1428/14 1429/16
1430/18 1434/18

about... **[13]** 1434/20
1435/4 1437/10
1437/17 1442/1 1442/1
1444/5 1444/13
1445/21 1446/8
1446/18 1447/3 1447/7
**above [4]** 1332/15
1351/25 1446/5 1448/4
**above-titled [1]** 1448/4
**absolute [1]** 1381/9
**absolutely [2]** 1412/13
1431/8
**accelerate [4]** 1444/18
1444/22 1446/16
1446/24
**accelerating [2]**
1447/1 1447/2
**access [5]** 1328/3
1360/3 1419/13
1419/14 1434/23
**accessible [1]** 1442/10
**achieve [15]** 1334/10
1356/8 1359/16
1370/21 1371/22
1372/11 1372/16
1372/22 1379/8
1412/16 1412/22
1413/24 1414/20
1415/19 1428/10
**achievement [1]**
1412/20
**achieving [2]** 1391/6
1391/9
**acknowledge [1]**
1413/6
**acquired [3]** 1423/14
1423/18 1423/21
**across [10]** 1344/9
1350/3 1357/20
1357/24 1358/2
1358/25 1372/10
1424/16 1424/22
1428/25
**action [3]** 1326/6
1412/19 1421/18
**actions [1]** 1421/15
**actively [2]** 1417/22
1418/9
**actual [1]** 1426/15
**actually [23]** 1328/25
1329/1 1329/3 1334/9
1351/5 1353/15 1357/7
1357/8 1359/6 1359/23
1375/7 1386/16
1396/12 1396/15
1397/4 1398/25
1403/2 1403/19
1404/16 1426/23
1427/11 1430/1
1437/20
**acutely [2]** 1345/25
1345/25
**ad [108]** 1327/25
1329/7 1329/8 1329/17
1329/18 1329/20
1330/9 1331/1 1332/16
1332/20 1332/22

1337/9 1341/25
1344/22 1346/7
1346/12 1346/15
1346/24 1347/3 1347/5
1347/15 1348/1 1348/3
1348/4 1348/14
1348/24 1349/3
1349/14 1349/21
1350/14 1350/22
1350/23 1351/23
1352/1 1353/2 1353/9
1354/8 1354/22 1355/2
1355/4 1355/4 1355/7
1355/10 1355/11
1355/23 1357/8 1358/5
1358/13 1358/22
1358/25 1359/22
1360/10 1360/11
1365/1 1365/10 1367/9
1369/15 1371/15
1372/5 1372/11
1372/12 1372/12
1372/13 1372/14
1372/19 1378/13
1380/6 1380/8 1380/9
1380/11 1382/16
1382/19 1384/3
1384/10 1388/8
1389/16 1389/16
1389/18 1393/17
1399/1 1401/8 1403/14
1403/15 1403/17
1412/2 1412/2 1412/9
1412/21 1412/23
1414/5 1414/7 1417/11
1420/7 1420/14
1420/16 1421/15
1421/15 1421/17
1423/23 1423/25
1442/2 1442/7 1442/17
1442/21 1446/2
**add [3]** 1364/12 1420/2
1424/19
**added [1]** 1351/15
**adding [1]** 1366/14
**addition [3]** 1333/20
1349/17 1368/16
**additional [8]** 1329/21
1330/10 1371/10
1380/14 1380/15
1426/25 1433/18
1433/23
**address [2]** 1365/16
1368/9
**adds [1]** 1366/16
**Adidas [3]** 1419/9
1419/10 1419/13
**adjust [1]** 1427/7
**admitted [4]** 1325/10
1364/1 1402/21
1409/13
**Adobe [2]** 1423/10
1429/15
**ads [179]**
**ads' [8]** 1330/2
1330/18 1331/23
1344/2 1388/14

1430/23
**advances [1]** 1385/7
**advantage [1]** 1366/9
**adversarial [1]** 1330/25
**advertise [12]** 1358/19
1363/1 1363/6 1369/18
1394/24 1399/7 1399/7
1406/21 1406/23
1435/9 1437/25 1438/3
**advertised [1]** 1405/23
**advertisements [1]**
1420/22
**advertiser [69]**
1332/13 1333/2
1335/10 1335/11
1336/6 1348/20
1350/16 1350/17
1351/24 1352/15
1352/16 1352/19
1352/22 1353/17
1353/23 1354/23
1355/3 1355/25 1356/4
1360/2 1361/22 1362/2
1362/4 1362/9 1363/9
1363/10 1364/22
1365/6 1365/21
1366/13 1366/14
1366/16 1367/19
1368/1 1369/21
1370/19 1372/8
1372/18 1376/4 1376/7
1376/11 1376/12
1378/1 1379/3 1379/12
1379/24 1382/16
1384/20 1386/22
1387/12 1387/14
1388/2 1390/22
1391/17 1392/7 1392/9
1393/6 1398/16
1398/25 1403/8
1406/14 1412/17
1413/20 1417/13
1420/7 1423/3 1425/12
1427/6 1429/6
**advertiser,' [1]** 1376/3
**advertisers [166]**
**advertisers' [4]**
1356/18 1360/9
1398/12 1433/8
**advertises [1]** 1390/19
**advertising [75]**
1328/4 1334/24
1334/25 1353/22
1370/1 1372/16 1374/6
1379/12 1381/9
1382/14 1383/7
1383/16 1383/23
1384/4 1384/7 1391/21
1393/9 1393/19
1393/20 1393/25
1394/1 1394/2 1394/20
1395/4 1395/10 1396/2
1396/3 1397/20 1398/1
1398/11 1398/20
1399/15 1399/18
1401/9 1401/13
1401/14 1402/5 1402/9

1404/3 1404/12
1404/17 1405/20
1406/7 1406/17 1407/1
1407/18 1414/10
1414/16 1414/17
1414/18 1414/19
1414/19 1414/21
1414/22 1414/25
1415/6 1415/18 1416/2
1416/12 1417/20
1418/17 1418/24
1423/8 1428/8 1429/20
1430/2 1436/15
1437/21 1437/24
1438/3 1440/8 1445/3
**affect [3]** 1337/14
1343/2 1343/3
**affected [4]** 1431/12
1431/13 1431/14
1431/15
**affecting [1]** 1384/18
**afford [1]** 1329/18
**after [4]** 1369/3
1423/17 1423/21
1447/7
**again [20]** 1334/13
1342/6 1342/8 1360/13
1365/19 1370/24
1380/19 1385/22
1389/5 1391/5 1392/12
1403/9 1409/8 1409/10
1410/5 1410/9 1410/11
1412/14 1422/13
1434/18
**against [4]** 1359/24
1369/9 1424/23
1430/12
**agencies [8]** 1374/4
1378/7 1378/8 1378/9
1378/13 1378/14
1378/17 1378/19
**agency [1]** 1378/23
**ago [9]** 1347/24
1361/17 1371/13
1383/1 1384/24
1400/22 1405/4
1406/20 1409/18
**agree [18]** 1355/16
1392/20 1417/4 1417/7
1417/24 1421/9 1436/9
1436/22 1438/6 1439/3
1439/5 1440/14
1440/17 1441/1 1442/6
1444/21 1445/16
1446/23
**ahead [1]** 1340/13
**AI [2]** 1372/15 1415/22
**AI-based [1]** 1415/22
**AI-driven [1]** 1372/15
**aided [3]** 1324/15
1416/6 1416/8
**aimed [1]** 1421/7
**aisle [1]** 1399/13
**al [2]** 1322/3 1326/7
**alert [1]** 1433/12
**algorithm [1]** 1387/6
**align [1]** 1380/13

**all [58]** 1326/2 1326/24
1327/23 1332/13
1332/14 1339/20
1344/19 1345/6 1352/4
1356/15 1360/9
1360/10 1360/21
1361/21 1366/10
1372/18 1375/25
1378/5 1378/8 1384/10
1385/18 1385/21
1386/12 1387/18
1389/2 1391/2 1393/19
1395/17 1396/17
1399/25 1401/25
1402/20 1410/14
1413/21 1414/6
1414/18 1414/21
1415/11 1415/19
1417/11 1419/25
1420/22 1420/25
1422/1 1422/1 1422/20
1424/22 1428/25
1429/9 1429/23
1429/25 1433/17
1434/9 1434/24
1438/14 1440/15
1442/24 1447/12
**Allbirds [1]** 1376/11
**allegation [1]** 1365/23
**allocate [4]** 1356/6
1357/22 1358/1 1359/9
**allocation,' [1]** 1376/3
**allow [11]** 1327/25
1334/13 1337/12
1359/14 1379/8
1387/20 1419/13
1419/14 1427/6
1430/23 1432/22
**allowing [1]** 1424/21
**allows [6]** 1328/23
1358/1 1371/5 1387/1
1387/1 1387/24
**almost [1]** 1403/15
**alone [2]** 1342/10
1379/2
**along [2]** 1339/11
1432/5
**alongside [2]** 1341/15
1378/5
**already [4]** 1396/18
1409/7 1421/11
1422/18
**also [41]** 1331/21
1333/17 1336/6 1336/9
1338/1 1342/16 1344/9
1348/22 1349/17
1349/18 1350/7
1350/21 1350/25
1351/12 1355/2 1355/7
1365/10 1373/10
1377/22 1378/6
1378/19 1385/7 1393/3
1398/7 1405/16
1406/25 1408/9
1411/20 1418/10
1419/14 1420/2 1424/1
1424/2 1424/18

1451

**A**

**also... [7]** 1424/19
1429/15 1430/16
1431/15 1433/3 1441/7
1441/20
**always [9]** 1357/4
1362/7 1362/15 1363/7
1368/6 1398/14
1406/13 1428/5 1428/9
**am [2]** 1332/20 1403/4
**Amalgam [8]** 1430/18
1430/22 1431/22
1432/18 1433/16
1433/20 1433/22
1434/1
**Amazon [67]** 1329/14
1349/14 1354/4 1354/6
1354/13 1354/16
1357/22 1360/4
1373/13 1373/13
1373/17 1373/22
1374/2 1374/5 1374/8
1374/13 1374/14
1374/18 1377/2
1382/21 1393/2 1393/4
1393/16 1394/8
1395/13 1395/24
1397/24 1397/25
1398/4 1398/5 1398/10
1398/13 1398/15
1398/18 1398/21
1399/6 1399/22
1399/25 1400/16
1400/24 1401/7
1401/11 1401/25
1402/8 1403/7 1403/8
1403/18 1404/4 1406/7
1409/19 1409/24
1424/20 1429/18
1433/1 1435/4 1435/6
1435/25 1436/4 1436/9
1436/11 1436/12
1436/13 1436/14
1436/19 1436/22
1438/23 1438/25
**Amazon's [8]** 1398/6
1400/12 1401/18
1403/14 1403/17
1403/20 1403/24
1404/5
**Amazon,' [1]** 1376/17
**Amazon.' [1]** 1376/4
**Amended [1]** 1392/14
**AMERICA [2]** 1322/3
1326/6
**Americas [2]** 1323/18
1324/7
**AMIT [3]** 1322/9 1326/3
1385/22
**Amit P [1]** 1385/22
**among [1]** 1353/18
**amongst [2]** 1358/13
1360/10
**amount [8]** 1345/15
1346/1 1346/8 1376/21
1380/14 1399/14
1408/7 1443/16
**analogous [5]** 1353/9

1364/25 1430/12
**analogy [2]** 1380/4
1396/2
**analyses [1]** 1409/23
**analysis [1]** 1391/1
1402/8 1406/25 1407/4
1409/19 1409/20
1410/6 1410/25
1411/11 1411/16
1437/4
**anchor [2]** 1390/17
1390/23
**announce [1]** 1390/22
**announced [1]**
1360/24
**announcement [1]**
1397/14
**anonymized [1]**
1416/11
**another [10]** 1329/14
1359/13 1360/1
1363/17 1380/17
1382/22 1404/22
1405/5 1416/20
1420/10
**answer [8]** 1328/19
1341/18 1354/20
1368/19 1374/25
1375/24 1376/9
1442/12
**answered [1]** 1377/25
**Antitrust [2]** 1323/7
1323/12
**any [30]** 1330/9
1334/20 1340/6
1342/10 1354/4
1356/18 1368/20
1369/14 1372/10
1373/5 1376/7 1376/15
1383/6 1383/9 1393/6
1396/12 1407/4 1418/4
1418/7 1419/16 1423/9
1425/4 1425/6 1431/6
1433/4 1433/6 1437/6
1438/20 1439/14
1442/12
**anymore [1]** 1416/1
**anything [1]** 1331/1
1338/2 1390/3 1426/25
**anytime [2]** 1398/8
1431/10
**anyway [1]** 1406/12
**anywhere [1]** 1445/5
**API [4]** 1360/3 1423/12
1423/24 1430/13
**Apologies [1]** 1326/13
**apologize [2]** 1368/13
1396/21
**apology [1]** 1340/23
**app [4]** 1382/22
1394/21 1394/22
1394/24
**appear [1]** 1354/18
**appearance [1]**
1351/23
**APPEARANCES [2]**
1322/11 1323/22

1420/17
**Apple [6]** 1382/22
1393/16 1394/8
1394/19 1394/21
1394/24
**application [1]**
1359/24
**applies [1]** 1415/25
**appreciate [3]** 1326/19
1326/23 1405/1
**appropriate [2]**
1365/16 1446/2
**approved [3]** 1335/24
1336/17 1336/22
**approximate [2]**
1331/20 1344/14
**approximately [6]**
1344/22 1351/14
1437/22 1437/23
1437/24 1438/2
**approximation [1]**
1332/5
**are [170]**
**area [1]** 1343/19
**areas [4]** 1338/9
1343/16 1343/17
1369/8
**aren't [2]** 1345/8
1384/25
**around [3]** 1362/14
1377/18 1447/7
**arrivals [1]** 1351/4
**artificial [3]** 1385/7
1404/10 1413/18
**as [99]** 1327/5 1329/20
1330/5 1331/20
1338/17 1342/18
1342/22 1346/22
1348/12 1348/16
1349/18 1350/7 1351/1
1352/2 1354/7 1354/12
1355/14 1355/19
1356/22 1363/3
1364/25 1365/21
1371/23 1371/24
1372/18 1372/19
1374/4 1374/4 1374/8
1378/2 1378/3 1378/7
1378/8 1378/9 1379/11
1379/11 1380/15
1387/16 1388/10
1390/21 1392/10
1393/4 1393/14 1394/2
1395/25 1396/16
1396/17 1397/21
1398/5 1398/21 1400/1
1402/6 1402/18
1402/18 1405/22
1406/13 1407/9
1408/23 1409/6
1409/24 1411/22
1412/14 1412/25
1414/9 1414/12
1414/20 1414/20
1418/25 1419/17
1422/19 1423/23
1423/23 1425/19

1429/3 1430/25 1431/1
1431/18 1432/6
1432/25 1432/25
1434/11 1434/11
1434/11 1434/24
1435/6 1435/13
1437/17 1440/21
1440/21 1442/10
1442/15 1442/15
1442/16 1442/16
1442/19 1444/4
**aside [1]** 1437/14
**ask [27]** 1333/23
1334/1 1335/7 1338/14
1349/21 1359/3
1363/17 1365/13
1367/7 1368/10
1368/20 1374/24
1375/1 1377/8 1381/24
1388/9 1394/18
1403/22 1405/5
1409/22 1410/4
1416/14 1422/22
1425/9 1434/25
1435/16 1447/11
**asked [13]** 1327/14
1346/13 1356/10
1361/10 1361/13
1388/7 1390/6 1422/23
1425/15 1428/14
1430/18 1434/20
1435/3
**asking [1]** 1377/6
**aspect [1]** 1370/1
**assess [2]** 1331/21
1381/8
**assessing [1]** 1407/5
**assets [2]** 1372/9
1372/19
**assigned [1]** 1377/13
**associated [1]** 1412/4
**assortment [2]**
1328/20 1331/11
**assumption [1]**
1407/14
**assure [1]** 1330/14
**attention [1]** 1382/25
**attractive [1]** 1379/24
**attribute [1]** 1440/21
**attributes [1]** 1334/23
**auction [23]** 1330/5
1352/3 1352/14
1352/18 1386/6 1386/7
1386/9 1386/13
1386/15 1387/8
1387/20 1387/22
1387/23 1390/19
1391/17 1425/15
1425/19 1426/4
1426/13 1426/16
1427/1 1427/4 1427/4
**auction-time [7]**
1425/15 1425/19
1426/4 1426/13
1426/16 1427/1 1427/4
**audiences [1]** 1420/19
**augmentations [1]**

**author [1]** 1445/19
**authors [2]** 1437/3
1437/9
**auto [1]** 1330/11
**automated [13]** 1354/1
1357/15 1358/4
1369/25 1370/21
1371/3 1371/4 1371/9
1372/4 1372/5 1379/15
1406/1 1406/4
**automatically [2]**
1372/23 1406/6
**automation [2]**
1351/12 1385/7
**autos [2]** 1404/21
1406/20
**available [5]** 1329/14
1347/19 1352/3
1353/20 1430/14
**Avenue [3]** 1323/18
1324/7 1324/13
**average [4]** 1329/11
1366/16 1370/17
1370/19
**avoid [1]** 1433/14
**aware [3]** 1357/7
1397/14 1420/4
**awareness [5]** 1413/13
1414/6 1416/3 1417/3
1417/9
**away [3]** 1365/25
1399/1 1405/13

**B**

**B-y-x [1]** 1426/7
**back [25]** 1327/12
1331/18 1337/10
1341/19 1344/18
1344/19 1350/19
1351/4 1352/24
1354/16 1358/10
1366/3 1369/3 1369/13
1370/2 1380/4 1395/20
1399/16 1399/23
1405/3 1406/12
1409/21 1411/17
1432/16 1446/5
**bad [3]** 1392/3 1392/4
1430/15
**Barrett [1]** 1324/12
**base [1]** 1392/16
**based [21]** 1329/11
1330/22 1331/14
1334/7 1335/18
1338/10 1352/13
1371/5 1372/6 1379/10
1379/16 1384/21
1405/25 1415/4
1415/22 1416/2 1416/6
1416/16 1416/23
1417/21 1425/12
**baseline [1]** 1370/13
**basic [2]** 1343/20
1348/1
**basically [9]** 1331/1
1331/17 1336/19
1350/10 1366/25

**B**

basically... **[4]** 1383/23
1384/4 1416/17
1432/21
basis **[8]** 1335/11
1352/9 1368/22
1375/21 1381/9 1391/5
1437/25 1438/1
Bates **[16]** 1342/5
1364/14 1381/15
1382/1 1383/13
1383/18 1384/11
1384/24 1403/10
1410/5 1410/12
1410/24 1411/15
1432/19 1433/10
1440/2
Bates 619 **[1]** 1381/15
Bates 632 **[1]** 1383/13
Bates 641 **[1]** 1383/18
Bates 677 **[1]** 1384/11
Bates 721 **[1]** 1364/14
Bates 7408 **[1]** 1342/5
be **[86]** 1326/4 1328/23
1329/8 1329/15
1329/16 1330/8 1330/9
1330/13 1332/14
1332/15 1333/10
1336/21 1338/1
1340/10 1341/18
1342/14 1344/18
1347/21 1347/22
1353/11 1353/23
1354/23 1355/14
1357/21 1358/15
1358/16 1361/21
1363/9 1364/1 1366/25
1368/2 1368/23
1369/25 1370/14
1371/19 1372/13
1375/6 1378/2 1382/2
1382/12 1382/13
1385/23 1385/24
1390/18 1390/19
1390/25 1392/2
1393/25 1395/24
1395/24 1397/20
1398/16 1399/7 1399/8
1401/24 1402/4
1402/20 1404/10
1404/22 1406/9
1408/19 1409/13
1413/22 1414/2
1414/18 1415/19
1415/14 1415/19
1416/2 1418/4 1422/10
1422/11 1422/16
1424/23 1426/23
1428/5 1428/9 1428/24
1429/5 1429/17
1430/15 1430/17
1431/23 1442/14
1445/14 1447/1
became **[1]** 1391/3
because **[55]** 1327/19
1330/21 1331/4 1333/1
1335/3 1337/25
1339/24 1341/11

1343/11 1343/19
1344/6 1344/13 1345/6
1349/7 1353/4 1355/5
1355/13 1361/20
1366/16 1367/15
1368/1 1368/5 1368/18
1369/22 1371/5 1371/9
1374/5 1375/6 1379/6
1380/11 1385/6 1385/8
1386/19 1386/25
1392/15 1392/23
1398/13 1399/6
1399/24 1400/1
1401/23 1405/21
1408/5 1408/6 1410/1
1415/17 1419/9
1419/14 1421/6 1429/7
1434/23 1439/7
1443/15
become **[8]** 1329/23
1348/11 1356/22
1372/25 1385/8
1392/17 1394/23
1410/2
becomes **[1]** 1401/25
becoming **[3]** 1354/6
1374/5 1386/17
been **[21]** 1327/4
1327/14 1334/2 1336/8
1339/23 1340/5
1340/12 1344/23
1348/4 1350/7 1356/23
1373/2 1373/16 1376/1
1379/19 1379/25
1394/11 1396/3
1400/12 1413/11
1445/17
before **[18]** 1322/9
1342/22 1348/24
1349/1 1366/4 1369/21
1385/16 1388/8
1395/22 1401/10
1406/1 1407/9 1409/3
1412/14 1413/5
1415/17 1429/14
1430/15
beginning **[2]** 1362/13
1388/25
behalf **[3]** 1326/11
1359/16 1444/1
being **[13]** 1335/19
1341/12 1341/13
1342/19 1344/24
1344/25 1371/3
1376/20 1426/15
1428/14 1433/13
1440/21 1445/23
believe **[22]** 1329/1
1332/13 1333/1
1338/23 1346/23
1357/2 1367/16
1381/14 1386/23
1386/25 1394/16
1401/5 1403/20
1411/21 1420/14
1435/6 1435/8 1439/5
1439/13 1439/21

believes **[1]** 1404/1
BELKNAP **[1]** 1323/17
BENCH **[1]** 1322/9
beneficial **[1]** 1370/18
benefit **[14]** 1334/21
1344/15 1348/16
1362/3 1365/3 1365/5
1365/6 1365/8 1365/19
1388/2 1388/5 1390/4
1433/20 1434/1
best **[9]** 1331/3 1332/5
1361/21 1361/22
1367/1 1393/8 1429/5
1433/8 1445/11
beta **[1]** 1426/17
better **[19]** 1333/13
1338/11 1343/14
1343/22 1344/17
1364/19 1376/1 1376/4
1378/11 1383/8
1387/21 1398/15
1398/19 1398/22
1399/24 1402/6 1408/3
1408/11 1418/12
between **[19]** 1335/1
1337/2 1342/19
1345/16 1356/11
1356/19 1357/8 1367/8
1376/20 1386/8 1393/3
1406/2 1406/6 1412/2
1414/16 1414/25
1425/21 1445/17
1445/23
beyond **[5]** 1368/15
1369/8 1402/3 1405/9
1413/6
bid **[10]** 1331/1
1332/14 1351/25
1355/13 1359/1
1359/15 1371/5 1392/8
1392/10 1427/7
bidder **[3]** 1330/6
1330/9 1386/8
bidding **[16]** 1351/24
1357/15 1370/21
1371/3 1371/4 1371/9
1372/4 1379/15
1379/15 1425/15
1425/19 1426/5
1426/13 1426/16
1427/1 1427/4
bids **[1]** 1353/9
big **[3]** 1335/4 1380/11
1393/3
bigger **[3]** 1395/24
1395/25 1403/20
biggest **[2]** 1393/14
1404/16
billboard **[2]** 1415/3
1415/4
billed **[3]** 1335/10
1335/11 1335/13
billion **[5]** 1354/14
1370/9 1382/24 1383/5
1383/5
billions **[4]** 1328/3
1363/4 1370/7 1382/24

1339/17 1339/19
1340/7 1382/2
binders **[1]** 1339/24
Bing **[12]** 1357/21
1423/24 1424/7
1426/10 1426/14
1426/16 1427/1
1427/11 1429/17
1430/6 1431/12 1433/3
bit **[8]** 1328/23 1334/2
1336/7 1385/16
1397/24 1433/25
1437/17 1444/14
blog **[1]** 1360/24
blogs **[1]** 1382/12
blue **[2]** 1343/7 1405/7
BMM **[1]** 1364/9
boost **[1]** 1329/25
borders **[1]** 1427/15
both **[13]** 1331/12
1347/16 1347/21
1351/17 1351/21
1355/3 1355/13 1356/2
1356/3 1385/6 1387/22
1432/11 1436/5
bottom **[5]** 1343/7
1350/24 1364/14
1391/23 1422/11
bought **[3]** 1412/10
1415/12 1415/13
boxes **[3]** 1343/7
1343/8 1343/24
brand **[6]** 1414/16
1414/19 1414/25
1415/23 1416/2 1417/3
branding **[1]** 1422/4
break **[8]** 1369/4
1385/14 1386/18
1387/2 1387/25
1434/11 1434/14
1447/6
brief **[1]** 1391/12
briefly **[8]** 1327/13
1333/14 1333/17
1346/14 1352/25
1367/13 1371/25
1417/7
bring **[2]** 1392/12
1428/2
broad **[1]** 1371/22
broader **[1]** 1438/2
broadly **[1]** 1382/16
Broadway **[1]** 1323/14
Bruce **[1]** 1323/11
budget **[3]** 1376/19
1376/19 1399/1
budgets **[9]** 1356/7
1356/23 1357/23
1358/2 1359/9 1398/21
1401/10 1401/12
1401/14
build **[3]** 1378/12
1429/3 1445/22
building **[6]** 1378/4
1431/14 1445/20
1446/2 1446/3 1447/4
built **[5]** 1331/19

builder **[5]** 1329/8
1339/19 1339/19
1359/20 1423/22
bullet **[2]** 1436/4
1436/18
bulletin **[1]** 1390/16
bullets **[1]** 1446/5
burden **[1]** 1353/25
business **[55]** 1328/2
1328/4 1328/5 1334/7
1357/16 1357/16
1358/3 1358/14
1358/24 1359/16
1361/23 1367/16
1369/22 1371/5 1371/6
1372/8 1372/12
1372/16 1372/22
1373/8 1373/9 1374/6
1379/6 1379/9 1379/16
1379/17 1388/20
1388/21 1391/7 1391/9
1392/10 1402/3 1402/5
1402/10 1403/15
1403/16 1403/17
1403/24 1404/2
1406/17 1407/2
1409/25 1412/16
1412/21 1412/22
1413/24 1414/21
1415/8 1415/20
1415/21 1418/13
1418/15 1420/20
1443/23 1444/4
businesses **[6]**
1327/22 1327/23
1329/22 1335/2
1362/14 1392/23
button **[2]** 1421/18
1421/24
buy **[15]** 1329/17
1330/21 1359/12
1378/18 1378/20
1380/6 1391/24
1400/23 1412/19
1415/7 1415/7 1421/17
1423/4 1424/16
1424/22
buying **[8]** 1338/4
1383/24 1390/21
1413/25 1415/4
1415/16 1417/10
1423/8
ByteDance **[3]** 1394/8
1394/13 1394/15
BYX **[1]** 1426/7

**C**

calculate **[1]** 1335/9
calculating **[3]** 1383/25
1441/8 1441/10
calculation **[2]** 1358/17
1439/18
calculations **[1]**
1384/22
calibrated **[1]** 1381/22
call **[7]** 1336/23 1356/3
1400/2 1412/19
1421/14 1421/18
1427/13

**called [7]** 1347/11
1350/17 1364/9
1423/14 1425/25
1426/6 1432/18
**calling [1]** 1369/7
**came [3]** 1354/1
1386/4 1429/14
**campaign [2]** 1352/20
1372/6
**campaigns [3]** 1357/20
1372/7 1418/11
**can [119]** 1327/24
1329/7 1329/7 1329/8
1329/18 1329/18
1329/24 1336/19
1336/20 1337/4 1337/9
1338/10 1339/18
1340/12 1341/11
1342/6 1342/6 1342/24
1343/4 1344/17
1344/21 1345/24
1346/14 1346/17
1351/5 1352/24 1353/2
1354/18 1354/22
1355/5 1355/7 1356/2
1357/11 1357/23
1359/3 1362/17
1362/18 1363/6 1363/9
1364/13 1364/19
1364/20 1366/6
1366/11 1367/1
1367/13 1370/6 1372/8
1372/11 1372/22
1373/5 1375/25 1376/6
1377/8 1377/11
1378/10 1379/22
1381/16 1382/1
1382/23 1383/19
1386/5 1387/25
1388/10 1388/12
1388/22 1388/24
1394/18 1397/1 1397/2
1398/8 1398/23 1399/3
1399/23 1400/1 1402/2
1404/11 1409/5
1414/20 1414/23
1415/7 1415/8 1415/13
1415/14 1415/19
1415/19 1415/21
1416/9 1416/11 1418/1
1418/4 1418/17
1418/21 1418/24
1419/3 1420/22
1421/14 1423/20
1425/10 1428/7 1429/3
1429/22 1430/21
1431/18 1432/5
1434/11 1434/12
1434/13 1434/24
1435/16 1435/19
1437/14 1439/5
1439/13 1439/15
1441/15 1442/11
1442/12 1446/20
**can you [1]** 1377/11
**can't [4]** 1343/22
1346/7 1398/14

**cancel [1]** 1433/17
**capable [1]** 1384/25
**capture [1]** 1422/6
**captured [1]** 1419/23
**car [2]** 1338/4 1416/10
**cards [1]** 1330/11
**care [5]** 1373/7 1373/7
1373/9 1373/10 1415/9
**carousel [2]** 1350/6
1350/12
**Carr [1]** 1323/13
**case [12]** 1329/22
1342/22 1355/9
1355/12 1365/23
1367/22 1371/18
1371/19 1398/18
1399/22 1406/9
1407/14
**cases [12]** 1362/10
1362/10 1370/18
1379/25 1389/25
1398/21 1399/2
1438/22 1439/7 1439/9
1439/15 1441/3
**categories [2]** 1346/25
1420/1
**category [5]** 1355/8
1378/23 1386/16
1404/16 1413/19
**cause [4]** 1343/12
1344/10 1388/10
1388/12
**caused [2]** 1344/3
1401/10
**causes [1]** 1370/25
**Cavanaugh [3]**
1323/17 1326/9
1363/23
**Center [1]** 1323/13
**centric [1]** 1378/3
**cereals [1]** 1400/4
**certain [10]** 1332/15
1336/19 1367/23
1378/20 1386/12
1399/14 1414/21
1415/5 1431/17
1431/20
**certainly [2]** 1354/11
1397/2
**Certified [1]** 1324/11
**certify [1]** 1448/2
**cetera [4]** 1349/19
1360/5 1378/15
1406/20
**CH [1]** 1324/12
**chain [1]** 1384/24
**Challenging [1]**
1425/23
**change [4]** 1336/21
1340/6 1370/19
1390/22
**changed [5]** 1379/13
1385/4 1390/20
1423/20 1437/22
**changes [7]** 1336/16
1336/24 1344/2 1361/8
1365/24 1366/8

**changing [2]** 1376/2
1390/20
**channel [5]** 1418/6
1418/14 1428/11
1429/17 1429/19
**channels [12]** 1357/21
1357/24 1358/2
1358/13 1371/23
1382/5 1382/9 1384/10
1385/10 1393/1
1424/17 1428/25
**characterizing [1]**
1373/21
**Charles [1]** 1324/2
**chart [5]** 1364/15
1397/23 1400/10
1405/3 1405/6
**cheaper [1]** 1366/12
1380/12
**Chicago [1]** 1323/9
**children [3]** 1364/23
1364/24 1365/1
**choose [2]** 1443/8
1443/10
**church [2]** 1342/18
1342/24
**circles [1]** 1360/20
**circuit [1]** 1413/23
**circumstance [1]**
1398/24
**Civil [1]** 1326/6
**claim [2]** 1355/16
1421/3
**claims [2]** 1355/12
1392/15
**clarify [2]** 1394/13
1426/13
**classified [1]** 1419/25
**Classifieds [1]**
1404/24
**clear [3]** 1397/6
1398/16 1421/17
**clearly [2]** 1329/20
1445/6 1445/7
**click [13]** 1331/9
1331/19 1335/11
1343/12 1351/6 1352/9
1352/12 1352/13
1352/14 1352/19
1352/21 1379/2 1379/7
**clicked [2]** 1353/11
1412/8
**clicks [3]** 1329/1
1380/15 1412/10
**close [4]** 1375/23
1382/25 1398/8 1400/2
**closer [1]** 1417/1
**CO [1]** 1323/15
**coag.gov [1]** 1323/16
**Cole [4]** 1354/25
1355/1 1355/9 1355/19
**collaborate [1]** 1339/5
**colleagues [1]** 1363/19
**collection [1]** 1417/18
**Colorado [3]** 1323/11
1323/11 1323/13
**COLUMBIA [1]** 1322/1

**culminating [1]**
1381/22
**come [8]** 1327/19
1331/18 1341/19
1354/16 1369/3
1369/13 1385/23
1439/15
**comes [2]** 1331/6
1442/14
**comfortable [1]**
1356/22
**coming [1]** 1394/6
1409/4
**comment [1]** 1445/12
**comments [1]** 1445/10
**commerce [2]** 1376/3
1397/18
**commercial [35]**
1327/20 1328/17
1328/24 1333/4 1333/5
1337/21 1337/24
1338/3 1338/3 1338/12
1338/25 1339/5 1339/6
1341/14 1341/21
1342/1 1342/10
1343/17 1343/25
1344/11 1401/6
1413/20 1442/13
1442/15 1442/16
1442/24 1443/2 1443/4
1443/6 1443/6 1443/9
1443/17 1443/21
1446/12 1446/13
**commercially [1]**
1338/8
**commericial [1]**
1350/1
**commitment [3]**
1330/2 1345/8 1431/3
**common [3]** 1372/15
1376/9 1405/12
**communicated [1]**
1361/8
**communication [1]**
1360/25
**communications [4]**
1374/13 1376/25
1377/10 1377/15
**companies [7]** 1366/6
1378/18 1387/24
1393/9 1399/4 1399/6
1399/18
**company [8]** 1328/8
1359/13 1378/22
1383/4 1394/15
1397/22 1427/15
1428/17
**company's [1]** 1392/16
**compare [3]** 1382/15
1406/17 1428/25
**compatible [1]** 1380/2
**compensated [1]**
1381/21
**compensation [1]**
1337/14
**compete [5]** 1354/4
1366/6 1397/25 1398/3
1421/6

**competes [1]** 1406/14
**competing [6]** 1349/2
1349/11 1362/15
1393/22 1405/18
1405/20
**competition [4]**
1341/23 1362/12
1387/1 1411/12
**competitive [18]**
1334/19 1349/8
1361/23 1366/9
1369/15 1369/25
1385/8 1402/5 1402/8
1403/6 1406/25
1409/18 1409/20
1409/23 1410/1 1410/2
1412/25 1429/12
**competitor [1]** 1397/20
**competitors [6]**
1333/18 1393/14
1394/3 1394/5 1411/13
1424/7
**compilation [1]**
1396/18
**complain [1]** 1368/4
**complaint [6]** 1392/15
1416/21 1417/17
1417/18 1421/4
1422/14
**complaints [2]**
1370/24 1371/2
**complete [1]** 1389/8
1389/11
**completed [1]** 1433/22
**completely [2]** 1330/19
1417/6
**completion [1]** 1434/12
**complex [5]** 1353/18
1353/24 1370/4
1370/12 1391/1
**complexity [8]** 1365/9
1366/17 1367/1
1370/14 1424/5
1425/24 1426/20
1426/25
**complicated [1]**
1362/25
**components [1]**
1378/14
**comprehensive [1]**
1346/23
**compress [2]** 1386/7
1386/20
**computation [2]**
1427/9 1427/12
**computer [1]** 1324/15
**computer-aided [1]**
1324/15
**concern [2]** 1386/19
1401/20
**concluded [1]** 1351/20
**conclusion [2]** 1411/4
1411/6
**conclusions [2]**
1373/5 1407/7
**condition [1]** 1409/14
**conducted [1]** 1437/4
**conferences [1]**

**C**

conferences... [1]
1377/24
conferred [1] 1434/6
confident [1] 1391/9
confidential [3]
1434/24 1435/14
1435/15
confirm [2] 1356/25
1358/20
CONNOLLY [1] 1324/3
considerable [1]
1407/8
consideration [4]
1354/11 1413/14
1414/6 1429/6
considerations [3]
1368/9 1398/14 1402/3
considered [2]
1415/12 1417/10
consistently [1]
1387/14
Constantly [1] 1332/3
constitute [1] 1331/12
Constitution [1]
1324/13
constrained [1] 1433/9
constraints [3]
1427/20 1444/9
1444/10
construct [1] 1414/12
consumer [13]
1323/12 1348/17
1376/10 1376/15
1377/12 1399/4 1399/6
1399/17 1400/3
1413/12 1417/22
1418/8 1418/9
consumer's [2] 1417/1
1417/21
consumers [2]
1414/13 1421/7
content [2] 1348/14
1419/21
context [4] 1428/16
1428/21 1428/24
1429/22
contexts [1] 1338/12
continue [7] 1332/1
1332/2 1342/17 1404/5
1428/8 1433/16
1433/19
continued [5] 1324/1
1327/7 1368/23
1395/22 1444/6
contract [1] 1337/19
contribution [1]
1415/8
control [7] 1365/25
1370/16 1371/1 1371/3
1389/8 1389/11
1430/16
conveniences [1]
1366/15
conversation [2]
1368/18 1378/2
conversations [10]
1373/17 1373/22

1374/8 1374/12
1374/17 1378/8 1378/9
conversion [17]
1356/3 1384/3 1398/9
1398/14 1438/7
1438/12 1438/13
1438/15 1438/18
1438/23 1439/2 1439/6
1439/7 1439/9 1439/14
1439/16 1439/17
conversions [1]
1384/2
copy [4] 1339/11
1339/16 1375/8 1432/7
corner [1] 1364/14
corporations [1]
1335/2
correct [87] 1328/12
1331/6 1333/15
1333/18 1333/19
1334/11 1334/12
1336/9 1336/25 1343/6
1345/3 1346/4 1347/9
1348/5 1348/18
1348/19 1350/9 1351/7
1356/1 1358/6 1358/7
1358/8 1360/11
1360/12 1361/11
1361/17 1361/18
1366/19 1371/15
1377/2 1378/16 1380/1
1381/11 1395/7
1395/12 1395/14
1395/18 1400/13
1404/9 1405/7 1411/10
1416/19 1419/21
1419/22 1421/13
1421/21 1435/7
1435/10 1435/11
1436/10 1436/20
1436/23 1437/7
1437/18 1438/4
1438/11 1438/15
1438/18 1438/24
1438/25 1439/11
1439/19 1439/20
1440/9 1440/12
1440/16 1441/6
1441/11 1441/22
1442/3 1442/21
1442/24 1443/2 1443/6
1443/6 1443/17
1443/21 1444/2 1444/7
1444/14 1444/15
1444/23 1445/18
1446/12 1446/17
1446/25 1448/3
corrections [1]
1365/17
corresponding [1]
1388/14
cost [11] 1335/11
1352/9 1352/12
1352/13 1352/19
1352/21 1356/8 1379/2
1379/7 1384/2 1433/14
cost-per-click [1]

costs [1] 1352/14
could [31] 1330/1
1330/18 1330/22
1333/23 1341/2 1342/4
1342/12 1362/13
1366/20 1368/17
1375/8 1380/6 1391/17
1393/8 1396/12 1410/8
1423/7 1423/9 1423/11
1424/19 1430/14
1430/16 1431/22
1433/8 1433/24 1434/4
1435/2 1435/12 1440/1
1440/18 1444/16
couldn't [2] 1374/12
1415/17
counsel [14] 1356/11
1368/19 1373/20
1374/11 1374/23
1434/6 1434/9 1434/20
1434/25 1435/3
1435/13 1437/15
1442/1 1443/11
count [1] 1392/25
counts [1] 1369/9
couple [8] 1326/14
1335/7 1361/11
1361/13 1397/13
1403/22 1418/25
1426/19
course [8] 1328/2
1351/11 1382/20
1402/9 1407/2 1409/24
1415/17 1416/10
COURT [13] 1322/1
1324/10 1324/12
1326/2 1337/4 1339/25
1340/4 1367/13
1385/19 1385/22
1423/13 1430/21
1447/12
coverage [1] 1401/18
covered [4] 1327/13
1360/25 1361/2
1421/11
CPC [11] 1352/9
1371/6 1379/2 1379/18
1388/10 1388/12
1388/14 1388/17
1388/18 1390/7
1390/11
CPC is [1] 1352/17
CPCs [8] 1379/12
1379/20 1379/25
1380/13 1389/9
1389/17 1390/18
1391/6
CPG [1] 1376/4
crazy [1] 1380/9
create [10] 1334/25
1342/14 1343/9
1343/11 1348/14
1366/4 1366/9 1372/11
1407/18 1430/9
created [4] 1351/10
1372/1 1387/9 1393/17
creates [1] 1366/15

1387/17 1445/3
creative [3] 1353/9
1372/9 1372/19
creators [1] 1420/1
credit [1] 1330/11
criteria [3] 1369/19
1383/24 1415/14
criterion [1] 1383/24
cross [5] 1325/4
1327/7 1368/15 1412/1
1434/11
CROSS-EXAMINATION
[1] 1327/7
crossing [1] 1427/15
CRR [2] 1448/2 1448/8
curiosity [1] 1377/9
curious [1] 1359/19
customer [4] 1377/13
1378/3 1381/14 1439/1
customers [11]
1378/11 1416/23
1437/21 1437/24
1438/3 1438/14
1438/17 1439/22
1440/9 1440/15 1441/5
cut [2] 1431/18
1431/21
cut-off [2] 1431/18
1431/21
cuts [1] 1433/2
CV [1] 1322/4
CX [4] 1381/5 1381/11
1381/13 1384/19
CX Lab [2] 1381/5
1384/19
cycle [1] 1430/1

**D**

D.C [4] 1322/5 1323/3
1324/4 1324/13
Dahlquist [3] 1323/6
1397/4 1413/5
daily [3] 1391/5
1437/25 1438/1
data [26] 1343/2
1367/9 1367/18
1396/17 1397/5
1398/15 1398/19
1399/16 1399/21
1399/23 1399/24
1438/7 1438/12
1438/13 1438/15
1438/18 1438/23
1439/2 1439/6 1439/8
1439/10 1439/14
1439/16 1439/17
1440/21 1441/21
date [2] 1332/7 1448/7
dated [1] 1437/1
David [2] 1323/6
1375/10
day [4] 1322/7 1391/8
1392/7 1418/15
days [2] 1382/17
1430/1
dealing [1] 1427/8
decade [3] 1351/11

December [5] 1368/17
1369/1 1374/21
1375/14 1375/15
December 7th [3]
1374/21 1375/14
1375/15
decide [1] 1343/18
decided [1] 1446/4
decider [1] 1343/15
decides [2] 1392/8
1392/9
decision [3] 1332/19
1337/18 1420/7
decisions [3] 1331/23
1384/21 1433/5
deck [2] 1381/2 1403/2
decline [1] 1342/13
dedicated [2] 1377/20
1377/20
deep [2] 1378/6
1378/10
Defendant [2] 1322/7
1324/2
DEFENDANT'S [4]
1325/10 1364/2
1402/22 1409/15
defense [2] 1434/6
1434/25
defined [1] 1383/19
definitely [3] 1354/6
1354/9 1422/4
delay [1] 1326/13
deliver [2] 1408/10
1424/19
demand [1] 1429/9
demographic [2]
1383/6 1383/10
demographics [1]
1415/13
demonstrates [1]
1413/17
demonstrative [12]
1349/23 1352/22
1360/15 1392/13
1395/2 1395/3 1396/16
1401/15 1416/20
1417/17 1420/10
1421/19
Denver [1] 1323/15
DEPARTMENT [3]
1323/2 1323/7 1323/11
deposition [5] 1368/16
1374/10 1374/15
1374/16 1374/23
deprioritize [1]
1432/23
deprived [1] 1368/20
describe [9] 1337/4
1342/25 1353/2
1367/13 1369/17
1370/6 1386/5 1430/10
1431/1
described [12] 1330/3
1330/5 1342/18
1342/22 1352/8
1362/25 1370/20
1379/11 1397/13

**described... [3]** 1414/3
1435/6 1435/7
**describing [2]** 1366/21
1374/13
**designated [1]**
1435/13
**designed [3]** 1347/17
1353/3 1354/3
**desire [1]** 1433/5
**destinations [1]**
1393/19
**detail [2]** 1327/16
1341/10
**detergents [1]** 1400/6
**determine [1]** 1332/12
**determined [3]**
1352/12 1352/13
1352/19
**develop [3]** 1424/6
1431/19 1446/21
**developed [8]** 1358/20
1359/5 1359/7 1369/24
1372/6 1406/10
1445/24 1445/24
**developing [6]** 1332/4
1348/3 1397/18
1444/25 1445/2
1446/20
**development [1]**
1425/11
**device [1]** 1425/19
**devote [1]** 1425/10
**Diapers [1]** 1400/6
**dictate [1]** 1352/16
**did [23]** 1330/2 1330/4
1330/17 1339/17
1353/12 1360/22
1377/25 1381/19
1409/19 1422/15
1423/17 1424/6
1425/14 1425/18
1426/18 1427/1 1431/6
1431/8 1433/23 1434/1
1434/3 1437/6 1437/10
**did you [1]** 1437/10
**didn't [11]** 1330/4
1330/17 1354/8
1366/19 1373/22
1373/24 1378/1
1410/18 1427/18
1434/23 1435/20
**differ [1]** 1335/17
**difference [2]** 1414/24
1415/25
**differences [4]**
1345/23 1356/11
1356/14 1356/15
**different [21]** 1334/1
1334/24 1346/14
1347/19 1350/15
1351/14 1355/5
1355/20 1357/8
1358/22 1358/25
1360/11 1363/8
1364/10 1369/24
1378/17 1382/23
1397/22 1412/22

**difficult [5]** 1329/23
1335/3 1342/10
1362/11 1427/17
**Difficulties [1]** 1440/20
**difficulty [2]** 1441/5
1441/21
**digital [6]** 1341/24
1378/14 1382/4 1393/9
1393/19 1394/1 1394/2
1394/19 1395/4
1395/10 1396/2
1397/25 1402/9
1406/16 1407/1 1423/4
**dimension [1]** 1389/22
**Dintzer [2]** 1323/2
1326/8
**direct [4]** 1325/4
1375/5 1376/10 1422/5
**directly [4]** 1360/3
1377/23 1421/16
1423/11
**disagree [1]** 1355/17
**Dischler [15]** 1326/24
1327/4 1327/10
1338/20 1340/11
1340/16 1341/2
1349/24 1367/7 1386/4
1401/17 1403/3
1410/21 1434/18
1447/11
**Dischler's [1]** 1368/16
**disclosed [1]** 1417/21
**disclosure [1]** 1368/6
**Discover [1]** 1372/12
**discovered [2]**
1329/16 1329/23
**discovery [2]** 1347/11
1347/15
**discuss [3]** 1346/12
1382/4 1447/11
**discussed [6]** 1333/14
1341/12 1341/13
1360/11 1371/25
1433/13
**discussing [2]** 1381/17
1389/17
**discussion [1]** 1391/12
**disentangle [1]** 1391/2
**disparity [1]** 1407/18
**display [19]** 1346/24
1347/3 1347/5 1347/6
1347/8 1347/23 1358/8
1358/10 1372/10
1372/13 1372/13
1382/11 1382/13
1393/16 1412/2
1420/15 1420/16
1421/17 1434/24
**Display Network [1]**
1372/13
**displayed [1]** 1328/22
**distinction [4]** 1404/10
1413/18 1414/24
1415/2
**distinctions [2]**
1414/16 1417/14
**distorting [1]** 1429/1

distribution [1]
1329/21 1329/25
1354/9
**DISTRICT [3]** 1322/1
1322/1 1322/10
**divide [1]** 1337/1
**Division [1]** 1323/7
**do [167]**
**do you [32]** 1332/12
1355/16 1356/12
1370/22 1372/1
1373/14 1373/17
1373/22 1374/13
1374/14 1376/23
1385/1 1389/23 1390/2
1390/7 1391/13
1392/20 1417/4 1417/7
1417/24 1421/9
1422/23 1423/15
1425/17 1430/19
1435/4 1436/9 1441/1
1442/6 1444/21
1445/16 1446/9
**do you believe [2]**
1439/13 1442/19
**do you have [5]**
1383/3 1400/15
1410/21 1435/16
1439/23
**do you know [4]**
1331/7 1347/12
1393/24 1403/18
**do you recognize [6]**
1338/20 1360/17
1364/5 1364/15 1381/2
1432/13
**Do you remember [2]**
1427/25 1428/14
**do you see [13]**
1392/18 1395/11
1404/8 1421/23
1428/12 1436/7 1440/6
1440/24 1443/13
1444/19
**do you understand [2]**
1347/3 1429/21
**document [34]**
1338/14 1338/20
1338/23 1339/2 1339/4
1339/8 1339/16 1340/3
1340/3 1340/23 1364/5
1364/8 1380/17
1380/20 1381/15
1384/23 1396/20
1410/15 1431/25
1432/13 1432/16
1435/12 1435/21
1436/18 1436/21
1437/1 1437/4 1437/9
1437/14 1437/15
1444/10 1441/15
1444/16 1447/5
**documents [5]** 1340/9
1340/21 1364/13
1434/21 1434/24
**does [81]** 1327/17
1328/11 1332/1 1332/9
1335/9 1335/17

1335/25 1337/10
1337/16 1339/4
1341/22 1343/1 1344/5
1344/22 1345/14
1346/24 1347/8 1348/3
1348/22 1349/4
1352/16 1356/15
1356/25 1358/20
1359/21 1361/25
1362/5 1362/22 1365/3
1365/6 1365/7 1365/8
1365/19 1365/20
1368/11 1377/12
1377/14 1379/2 1379/4
1381/13 1382/4 1382/6
1382/8 1386/10
1387/19 1388/15
1388/17 1388/18
1390/10 1391/18
1394/19 1395/3 1396/6
1397/25 1398/3
1400/25 1401/2 1402/8
1406/16 1406/25
1407/16 1407/23
1407/24 1408/2
1411/16 1412/23
1420/18 1421/23
1422/25 1428/16
1428/21 1436/13
1437/21 1438/23
1438/25 1439/1
1441/20 1445/4 1445/5
**doesn't [7]** 1387/15
1389/4 1404/11
1412/15 1423/3
1436/12 1443/18
**doing [20]** 1331/25
1332/4 1340/5 1344/15
1348/7 1349/12
1353/24 1355/20
1355/21 1355/22
1361/19 1363/12
1367/3 1389/23 1391/4
1409/23 1410/3
1427/19 1431/10
1445/15
**DOJ [10]** 1323/2
1326/8 1363/21
1392/14 1402/15
1409/8 1416/21
1417/16 1417/18
1422/14
**dollar [3]** 1357/18
1384/4 1385/12
**dollars [5]** 1330/13
1330/14 1382/24
1393/20 1405/21
**don't [30]** 1333/1
1334/17 1343/21
1345/22 1367/19
1367/25 1368/1
1369/23 1371/8
1371/10 1374/16
1375/7 1380/8 1385/14
1389/1 1389/3 1393/12
1393/13 1399/21
1401/1 1415/7 1415/25

1416/9 1417/6 1422/16
1435/1 1439/17
1443/22 1443/25
1447/6
**done [9]** 1337/23
1345/9 1345/11
1345/18 1361/14
1403/6 1426/15 1440/3
1447/5
**dots [1]** 1361/5
**double [1]** 1392/24
**DoubleClick [3]**
1423/14 1423/18
1423/20
**down [16]** 1344/21
1362/18 1388/12
1388/16 1390/11
1390/18 1393/7
1394/12 1395/10
1396/7 1401/4 1403/23
1416/18 1422/18
1427/7 1431/11
**downloads [1]**
1394/24
**dozen [1]** 1359/8
**dozens [1]** 1377/12
**dramatically [3]**
1385/5 1385/6 1395/23
**draw [2]** 1373/5
1414/16
**drill [1]** 1360/13
**drive [9]** 1343/25
1355/8 1355/9 1355/22
1372/18 1376/1
1412/20 1417/3
1420/19
**driven [2]** 1343/19
1372/15
**driving [6]** 1358/12
1379/7 1417/12
1418/13 1418/13
1420/7
**dropping [1]** 1443/19
**DSW [1]** 1350/18
**DuckDuckGo [1]**
1424/1
**due [3]** 1390/18
1390/19 1408/7
**durably [1]** 1343/14
**during [4]** 1367/24
1368/16 1413/21
1431/6
**DX120 [1]** 1431/25
**DX120A [1]** 1432/3
**DX1228 [2]** 1396/17
1397/4
**DX142 [5]** 1338/16
1341/2 1441/15
1441/25 1443/11
**DX164 [2]** 1409/4
1409/15
**DX18 [3]** 1363/20
1364/1 1364/2
**DX187 [4]** 1380/18
1437/16 1440/1 1440/3
**DX231 [7]** 1402/14
1435/1 1435/2 1435/23
1436/18 1437/7 1437/8

**D**

DXD03 [2] 1349/23
1360/15
DXD3 [9] 1392/13
1395/2 1397/6 1401/16
1405/4 1416/20
1420/11 1421/20
1422/13
dynamic [5] 1362/11
1387/18 1390/17
1430/17 1446/18
dynamics [1] 1386/12

**E**

e-commerce [2]
1376/3 1397/18
each [2] 1366/20
1369/7
earlier [2] 1375/22
1414/24
earn [6] 1335/16
1372/9 1443/4 1443/7
1443/8 1443/20
earning [1] 1363/8
earns [1] 1443/17
easier [5] 1369/23
1405/24 1443/4
1424/23 1428/4
easy [2] 1327/17
1343/11
ecosystem [3] 1386/22
1388/3 1391/22
edge [1] 1375/23
education [2] 1338/5
1404/22
effect [2] 1348/22
1387/24
effective [2] 1398/5
1417/12
effectiveness [8]
1356/9 1358/2 1398/20
1398/22 1399/5
1399/16 1415/18
1416/12
efficiency [1] 1357/23
effort [4] 1426/4
1426/10 1431/17
1433/20
efforts [1] 1370/2
eight [2] 1361/17
1400/22
either [5] 1359/12
1359/21 1376/18
1381/8 1390/11
element [2] 1348/17
1348/20
eligible [1] 1440/12
else [2] 1350/20
1404/20
else's [1] 1360/9
elsewhere [2] 1342/3
1375/22
email [7] 1323/4
1323/16 1323/20
1324/5 1324/9 1382/11
1384/24
eMarketer [1] 1395/5
emerging [2] 1374/6

employ [1] 1368/11
enable [1] 1416/22
encountered [1]
1398/24
end [10] 1330/6
1339/19 1354/13
1371/10 1391/8 1392/7
1399/13 1418/14
1423/7 1431/23
endcap [2] 1399/9
1399/11
endeavors [1] 1333/22
ended [1] 1381/23
ends [2] 1390/15
1395/21
engaged [2] 1383/11
1408/8
engagement [1]
1340/7
engine [2] 1443/5
1443/8
engineers [1] 1359/10
engines [3] 1333/12
1424/18 1431/13
English [1] 1364/24
1366/11 1370/10
enormously [1]
1373/14
enough [2] 1329/18
1429/16
enter [1] 1442/12
entered [4] 1344/23
1344/24 1416/23
1443/1
entering [1] 1363/6
enters [2] 1345/16
1364/23
entertainer [1] 1376/12
entertainment [2]
1376/12 1404/22
entire [1] 1425/11
1443/5
entirely [1] 1398/25
entity [1] 1405/5
entrants [2] 1394/6
1396/9
environment [2]
1362/11 1433/9
equivalent [6] 1357/2
1357/3 1360/4 1445/3
1445/22 1445/24
especially [2] 1342/19
1366/13
essentially [6] 1343/16
1357/14 1430/10
1431/9 1431/9 1433/14
established [1]
1336/19
estimate [2] 1344/17
1404/12
estimation [1] 1408/16
et [6] 1322/3 1326/7
1349/19 1360/5
1378/15 1406/20
et al [1] 1326/7
et cetera [4] 1349/19
1360/5 1378/15

evaluate [10] 1345/18
1348/22 1348/23
1371/23 1385/9 1394/3
1424/23 1425/1
1440/23 1441/3
evaluated [1] 1351/17
evaluating [2] 1384/9
1437/7
evaluation [2] 1438/6
1438/10
even [9] 1343/20
1353/19 1369/20
1370/16 1377/6
1408/11 1415/25
1426/23 1429/22
event [2] 1398/9
1398/11
events [1] 1335/13
ever [5] 1379/19
1389/9 1389/13 1394/6
1401/10
every [16] 1332/9
1333/7 1361/24
1366/11 1367/15
1368/18 1384/4
1386/15 1389/18
1389/20 1390/7
1390/10 1391/11
1391/24 1428/17
1428/17
everybody [1] 1385/24
everybody's [1]
1431/21
everyone [3] 1326/4
1326/13 1385/25
everything [2] 1348/25
1431/20
evidence [7] 1338/17
1364/2 1396/17
1396/18 1402/22
1409/15 1432/1
evident [1] 1409/22
evolve [1] 1338/10
evolves [1] 1348/12
evolving [3] 1332/7
1332/8 1348/10
exact [1] 1416/24
exactly [2] 1400/11
1414/1
EXAMINATION [1]
1327/7
example [36] 1329/7
1329/8 1329/10 1330/1
1330/8 1339/4 1348/11
1354/19 1354/25
1358/5 1364/22
1366/10 1367/21
1369/18 1370/11
1372/21 1376/6
1376/25 1391/23
1392/24 1393/2
1395/17 1399/3 1399/5
1399/8 1400/20
1404/14 1408/13
1412/5 1413/25 1414/2
1417/8 1418/2 1419/6
1429/14 1445/25

examples [1] 1336/
excerpt [1] 1417/16
excess [1] 1370/10
exchange [1] 1367/19
excuse [1] 1367/10
exhibit [13] 1326/20
1326/20 1338/15
1363/17 1364/2
1402/16 1402/22
1409/3 1409/15 1410/4
1410/17 1410/21
1427/22
EXHIBITS [1] 1325/8
exist [1] 1427/2
existing [1] 1425/13
expand [2] 1405/9
1446/12
expect [1] 1415/5
expectations [3]
1348/13 1389/5
1389/13
expected [1] 1326/15
expensive [2] 1357/4
1391/3
experience [30] 1329/2
1329/19 1329/24
1330/15 1331/4 1332/2
1332/6 1332/22
1336/15 1337/6 1337/6
1338/11 1339/6
1343/10 1343/22
1344/7 1344/11
1345/25 1373/6
1381/14 1384/6
1386/17 1387/13
1387/15 1388/1 1392/3
1400/21 1403/8 1420/6
1446/3
experiment [2]
1348/25 1348/25
experiments [6]
1328/24 1329/3 1331/8
1345/11 1345/18
1345/21
explain [7] 1341/11
1342/7 1357/11
1379/22 1381/16
1418/1 1423/20
exploded [1] 1382/20
expose [1] 1430/7
exposed [1] 1413/19
express [1] 1359/15
1416/24
expressed [1] 1392/10
extended [1] 1424/18
extension [2] 1350/23
1350/25
extensions [9] 1346/18
1347/24 1348/1
1350/22 1351/1 1351/3
1351/10 1351/15
1351/22
extent [7] 1354/5
1370/20 1374/23
1402/17 1409/10
1433/4 1447/3
extremely [1] 1330/15
1335/3

eyeballs [2] 1415/4
1415/7

**F**

Facebook [32] 1349/13
1357/21 1360/4
1369/18 1369/21
1370/1 1393/15
1405/16 1406/6
1406/13 1406/13
1407/1 1407/4 1407/8
1407/16 1407/23
1408/8 1409/20
1409/24 1411/2 1411/6
1411/7 1411/19 1419/1
1419/6 1419/11
1419/12 1419/20
1424/20 1429/17
1431/14 1433/3
Facebook's [3]
1406/16 1407/5
1411/22
Facebook,' [1] 1376/1
Facebook/Meta [1]
1424/20
fact [12] 1334/23
1357/25 1358/19
1361/16 1374/10
1393/3 1394/23
1405/12 1427/8
1429/12 1443/1 1444/5
factor [2] 1358/12
1384/18
factors [1] 1391/24
fails [1] 1334/13
fair [4] 1343/25
1350/10 1416/16
1430/25
fall [1] 1422/25
fallacy [1] 1433/15
familiar [8] 1345/12
1362/19 1396/11
1401/17 1403/2 1413/2
1425/25 1426/6
Far [1] 1440/8
fast [1] 1345/7
faster [3] 1408/6
1411/6 1411/13
fastest [2] 1373/2
1373/4
favor [1] 1368/6
feature [17] 1361/24
1398/6 1425/24
1426/21 1428/17
1430/2 1430/3 1430/3
1430/4 1430/6 1430/8
1430/11 1430/12
1430/13 1445/22
1445/23 1445/24
featured [1] 1399/12
features [29] 1378/4
1423/22 1423/22
1423/23 1425/7
1425/10 1425/12
1428/22 1429/2 1429/3
1429/9 1429/16
1429/24 1430/17
1431/8 1431/12

1457

**F**

**features... [13]**
1431/13 1431/14
1431/15 1431/19
1431/21 1432/22
1432/23 1433/18
1445/1 1445/2 1445/3
1445/20 1446/20
**fed [2]** 1329/4 1412/9
**feed [2]** 1347/17
1353/8
**feedback [3]** 1375/25
1377/21 1425/12
**feeders [1]** 1391/23
**feels [1]** 1397/9
**fees [1]** 1399/13
**female [2]** 1383/11
1383/12
**few [12]** 1330/14
1335/12 1353/13
1361/4 1381/24 1383/1
1386/14 1388/8
1393/18 1409/18
1412/10 1414/7
**fewer [1]** 1328/25
**field [7]** 1335/1 1366/5
1366/6 1366/15 1367/5
1371/24 1430/9
**filling [1]** 1407/17
**final [2]** 1336/23
1422/20
**financial [5]** 1334/14
1334/17 1337/14
1404/21 1406/20
**find [6]** 1331/7 1331/9
1341/2 1369/19 1409/5
1428/7
**finding [1]** 1386/14
**fine [2]** 1402/19
1409/12
**finish [1]** 1431/22
**first [22]** 1331/6
1332/13 1343/9
1344/12 1345/6
1350/16 1350/22
1353/14 1361/21
1369/21 1374/20
1387/8 1387/20
1387/22 1388/23
1388/24 1397/7
1405/14 1405/16
1426/22 1445/12
1445/12
**five [4]** 1382/21 1394/8
1394/12 1400/22
**fix [1]** 1344/10
**fixed [1]** 1425/10
**flares [1]** 1367/21
**flexibility [1]** 1355/7
**flip [1]** 1387/8
**flips [1]** 1387/19
**flood [2]** 1330/22
1391/24
**flooding [2]** 1330/25
1392/4
**Floor [1]** 1323/14
1324/8
**flow [1]** 1413/15

**focus [2]** 1343/10
1397/22
**focused [6]** 1333/3
1333/5 1345/25 1383/7
1391/6 1391/8
**focusing [1]** 1334/2
**folks [6]** 1378/3
1382/21 1383/15
1387/1 1391/22
1414/12
**follow [4]** 1339/11
1432/5 1443/18
1443/24
**FOLLOWS [1]** 1327/6
**foot [1]** 1355/22
**forced [1]** 1385/9
**Ford [3]** 1416/7 1416/8
1416/13
**foregoing [1]** 1448/3
**form [2]** 1349/15
1436/15
**format [13]** 1346/20
1347/15 1350/14
1371/15 1373/7 1380/4
1381/21 1412/3
1412/15 1412/18
1420/8 1446/2 1446/21
**formats [18]** 1346/13
1346/15 1346/23
1347/16 1347/19
1348/4 1348/4 1348/14
1348/24 1349/3
1349/22 1357/9
1357/22 1358/22
1358/25 1360/11
1412/21 1420/15
**former [1]** 1378/23
**forthcoming [2]**
1430/13 1446/1
**forward [6]** 1340/11
1340/13 1432/22
1432/24 1433/22
1433/23
**fourth [1]** 1436/4
**fraction [3]** 1337/25
1341/20 1361/14
**frame [1]** 1427/14
**frames [1]** 1427/9
**framework [1]** 1413/11
**free [2]** 1328/3 1387/25
**frequent [1]** 1370/14
**front [6]** 1327/23
1338/15 1354/20
1375/7 1423/7 1435/17
**fulfill [1]** 1333/13
**full [2]** 1380/8 1440/12
**fully [2]** 1372/5
1431/24
**function [4]** 1359/15
1379/8 1420/23
1420/25
**functionality [5]**
1424/3 1432/25
1432/25 1433/2 1433/3
**funding [1]** 1433/24
**funnel [11]** 1413/3
1413/17 1413/24

1416/16 1417/1 1422/9
1422/9 1422/11
1422/12
**further [4]** 1327/5
1342/25 1421/7 1434/7
**future [2]** 1331/19
1397/21
**fuzzy [1]** 1347/4

**G**

**gain [2]** 1381/6
1433/20
**game [2]** 1339/25
1340/2
**gap [1]** 1445/23
**gather [5]** 1378/10
1387/21 1418/18
1419/3 1419/17
**gave [2]** 1339/25
1394/7
**gears [6]** 1336/7
1360/13 1385/13
1392/12 1413/1
1422/20
**gen [1]** 1349/19
**general [5]** 1337/1
1338/9 1347/4 1371/4
1442/20
**generalizable [1]**
1440/12
**generally [8]** 1337/23
1345/23 1347/18
1352/10 1383/15
1384/1 1411/25 1421/6
**generate [4]** 1333/6
1346/7 1372/19
1379/20
**generates [2]** 1328/6
1328/7
**get [33]** 1327/12
1329/4 1330/7 1339/17
1340/12 1342/11
1343/4 1346/3 1351/21
1360/2 1363/7 1366/11
1371/20 1375/8
1375/24 1376/4
1376/17 1377/21
1385/11 1387/16
1388/21 1389/4
1398/19 1403/12
1405/15 1405/24
1408/4 1415/5 1426/18
1427/20 1427/24
1431/22 1432/1
**gets [2]** 1335/9 1394/4
**getting [4]** 1327/22
1332/20 1380/12
1406/12
**girl [1]** 1394/17
**give [27]** 1329/7
1329/10 1329/24
1339/19 1340/7 1340/8
1371/12 1375/9 1376/6
1377/11 1396/10
1396/14 1399/3
1399/14 1399/21
1399/23 1400/20

1418/25 1422/16
1424/12 1424/12
1430/16 1437/5
1438/21 1442/12
1445/25
**given [1]** 1370/13
**gives [1]** 1399/16
**giving [2]** 1326/19
1425/1
**go [34]** 1326/15
1327/15 1333/11
1333/12 1339/8
1340/13 1342/3
1345/10 1348/3 1366/3
1369/21 1375/22
1377/23 1380/4
1381/15 1382/1
1384/11 1384/13
1388/10 1388/12
1388/16 1400/24
1403/10 1405/3
1410/24 1411/15
1412/7 1422/13 1425/8
1428/2 1432/19
1433/10 1441/15
1445/10
**Go ahead [1]** 1340/13
**goal [15]** 1355/25
1361/24 1369/7
1379/19 1384/6
1389/18 1389/24
1412/22 1424/13
1442/2 1442/6 1442/8
1442/11 1442/11
1444/5
**goals [10]** 1334/11
1335/20 1335/22
1336/1 1338/24
1370/22 1378/2
1420/20 1442/20
1444/1
**goes [4]** 1388/14
1400/10 1413/12
1431/11
**going [40]** 1327/15
1338/14 1339/18
1340/2 1340/10
1340/12 1341/10
1343/18 1349/18
1357/11 1363/17
1369/21 1370/14
1370/15 1374/22
1375/2 1376/19 1378/4
1380/17 1381/24
1382/17 1385/11
1394/12 1395/10
1396/7 1396/16
1397/20 1400/25
1401/2 1405/11
1405/14 1413/13
1413/14 1429/2
1434/21 1434/25
1435/20 1436/24
1437/8 1437/25
**golf [9]** 1412/8 1412/9
1412/10 1413/25
1414/4 1417/8 1417/9
1417/10 1418/6

**golf... [3]** 1379/25
1401/4 1401/7
**good [34]** 1326/4
1326/5 1326/13
1326/24 1326/25
1327/10 1327/11
1328/4 1328/5 1328/14
1329/18 1332/6 1333/1
1334/4 1334/6 1336/6
1338/9 1338/10
1344/11 1349/7
1386/17 1386/22
1386/24 1386/25
1387/13 1387/15
1387/16 1387/25
1399/6 1408/10
1410/23 1425/2
1434/15 1434/18
**good morning [4]**
1326/24 1326/25
1327/10 1327/11
**GOODRICH [1]** 1324/7
**goods [4]** 1376/16
1399/4 1399/17 1400/3
**GOOGLE [160]**
**Google LLC [1]** 1326/7
**Google's [22]** 1328/2
1335/7 1359/22 1360/8
1372/25 1392/16
1394/10 1394/11
1394/11 1396/6
1403/15 1403/25
1404/3 1404/12
1422/25 1424/13
1438/6 1438/10 1442/2
1442/6 1442/8 1446/6
**Google,' [1]** 1376/2
**Gosh [1]** 1393/11
**got [6]** 1346/6 1358/18
1360/6 1382/21
1383/10 1399/12
**gotten [1]** 1416/17
**government [1]**
1368/20
**grab [2]** 1366/20
1435/20
**granular [3]** 1367/14
1377/14 1415/14
**graph [1]** 1420/3
**great [12]** 1332/22
1341/9 1343/9 1343/21
1354/9 1354/25
1376/17 1376/17
1417/8 1424/19
1432/12 1442/12
**greater [2]** 1407/15
1408/17
**green [3]** 1360/19
1361/5 1395/7
**group [4]** 1334/20
1351/9 1381/5 1442/20
**grow [14]** 1336/2
1339/5 1342/10
1361/23 1395/23
1404/5 1442/2 1442/6
1442/17 1442/21
1443/23 1444/2
1444/10 1446/13

1458

**G**

**growing [14]** 1342/3
1354/15 1373/2 1373/4
1376/16 1393/18
1395/18 1396/3
1397/13 1400/12
1403/25 1404/2 1411/6
1411/13
**grown [4]** 1373/13
1374/7 1400/17 1401/8
**growth [23]** 1338/25
1341/14 1341/14
1341/17 1341/25
1341/25 1342/11
1343/11 1343/12
1343/25 1401/3 1401/4
1401/18 1403/7 1411/3
1411/3 1411/22
1412/23 1428/8
1435/15 1443/12
1443/15 1443/16
**GSP [2]** 1387/6
1387/19
**guess [3]** 1354/20
1363/5 1369/9
**guessing [2]** 1353/23
1366/10

**H**

**Haan [4]** 1355/1 1355/1
1355/9 1355/19
**had [33]** 1326/14
1327/13 1327/14
1363/22 1364/8
1373/16 1374/1 1374/3
1374/7 1374/14
1374/14 1374/17
1375/21 1376/18
1379/10 1380/6
1380/13 1381/19
1381/22 1385/6
1389/11 1396/25
1402/15 1402/16
1405/3 1409/9 1410/19
1413/11 1417/9
1423/24 1427/19
1427/21 1441/21
**hand [7]** 1363/19
1367/9 1367/11
1402/13 1432/4
1440/20 1445/9
**handed [4]** 1339/11
1339/15 1340/22
1409/3
**handing [2]** 1339/23
1367/19
**handle [1]** 1367/1
**hands [2]** 1339/22
1339/22
**happen [4]** 1330/1
1344/5 1388/19
1390/25
**happened [2]** 1400/15
1414/7
**happening [6]** 1330/6
1352/4 1357/14
1387/11 1390/15
1446/22

**happens [2]** 1330/17
1344/6 1346/8 1359/11
1398/9 1398/9 1398/10
1398/12 1398/15
1399/14 1413/18
1431/9
**happy [4]** 1340/7
1368/24 1397/1 1397/8
**hard [7]** 1339/15
1431/11 1431/12
1432/17 1433/2 1439/2
1441/2
**harder [1]** 1386/18
**has [62]** 1328/10
1336/23 1340/11
1344/2 1344/23
1345/11 1345/18
1348/11 1350/14
1350/22 1350/24
1350/24 1350/25
1351/8 1352/1 1353/8
1355/1 1355/2 1361/14
1362/8 1363/21
1364/22 1369/14
1372/25 1373/13
1373/13 1378/9
1379/12 1379/19
1385/3 1385/8 1389/8
1392/24 1393/17
1395/22 1396/2
1398/15 1398/25
1400/12 1400/15
1400/17 1401/4 1401/7
1407/4 1407/8 1407/15
1407/17 1413/6
1413/16 1413/21
1421/17 1429/15
1437/2 1439/9 1439/21
1443/16 1444/6 1444/8
1445/16 1445/21
**have [196]**
**have' [1]** 1392/17
**having [3]** 1327/4
1336/4 1347/18
**he [5]** 1368/17 1368/18
1375/1 1375/2 1375/6
**heading [1]** 1445/12
**hear [1]** 1408/13
**heard [9]** 1365/23
1370/24 1371/2 1371/2
1393/22 1416/7 1416/7
1416/13 1423/13
**hearsay [1]** 1363/22
1380/20 1402/16
1409/9
**help [6]** 1334/10
1338/11 1370/21
1377/18 1424/4 1427/6
**helpful [1]** 1375/6
**helping [1]** 1428/9
**helps [1]** 1384/15
**here [33]** 1339/13
1340/4 1341/12 1342/6
1349/24 1350/11
1354/25 1355/14
1355/19 1383/14
1383/15 1384/1 1384/2

1389/3 1402/18 1403/9
1403/11 1403/12
1403/14 1404/7 1405/9
1406/12 1410/5
1420/12 1420/13
1421/2 1421/5 1421/14
1432/20 1445/8
1445/19
**hey [2]** 1416/7 1446/2
**high [10]** 1330/8
1330/12 1343/17
1343/20 1345/24
1415/24 1415/24
1425/24 1426/20
1441/17
**high-complexity [2]**
1425/24 1426/20
**higher [2]** 1343/4
1399/5
**highest [4]** 1330/6
1356/9 1386/8 1428/10
**highlight [1]** 1388/24
**highlighted [2]**
1417/19 1428/3
**highly [4]** 1349/25
1370/3 1392/2 1401/6
**him [4]** 1340/12
1374/24 1375/1 1375/5
**historical [3]** 1413/23
1415/1 1422/9
**hit [4]** 1389/1 1389/3
1393/13 1431/21
**hold [1]** 1342/17
**holding [1]** 1378/18
**homing [1]** 1396/11
**honest [3]** 1337/13
1337/16 1414/18
**Honor [28]** 1326/5
1327/1 1338/17 1339/1
1339/10 1339/23
1340/8 1340/14
1363/21 1363/24
1368/13 1374/22
1375/4 1377/4 1380/19
1380/21 1380/22
1396/15 1396/25
1402/15 1402/17
1409/10 1413/5 1432/6
1434/10 1435/15
1435/22 1447/9
**HONORABLE [4]**
1322/9 1326/3 1385/21
1385/22
**hope [2]** 1413/1
1422/20
**hopefully [1]** 1341/5
**host [1]** 1349/16
**hotel [1]** 1346/22
**house [1]** 1338/4
**housekeeping [1]**
1326/17
**how [62]** 1329/7
1329/8 1330/1 1331/7
1331/14 1332/12
1332/18 1332/18
1335/9 1335/10
1335/17 1337/23

1346/24 1348/3 1348/9
1349/2 1351/8 1351/14
1352/12 1358/21
1359/21 1361/1 1365/8
1365/15 1368/10
1377/14 1377/25
1382/15 1383/22
1384/4 1384/9 1385/3
1394/3 1397/13 1398/3
1399/6 1399/17
1400/25 1401/1
1404/12 1406/16
1413/12 1414/2
1414/12 1414/12
1414/13 1415/4 1415/7
1416/5 1418/20 1419/5
1423/20 1425/14
1425/18 1426/17
1426/17 1426/18
1435/7 1437/21
1439/22
**however [2]** 1367/18
1414/10
**human [1]** 1331/22
**hundred [1]** 1414/7
**hundreds [5]** 1330/12
1353/19 1361/3
1391/25 1393/11
**hurt [2]** 1425/5 1425/6
**HV [1]** 1441/18
**HV-plus [1]** 1441/18

**I**

**I am [1]** 1403/4
**I apologize [2]** 1368/13
1396/21
**I believe [11]** 1338/23
1346/23 1357/2
1381/14 1386/23
1386/25 1420/14
1435/6 1435/8 1439/21
1440/4
**I can [2]** 1339/18
1375/25
**I did [1]** 1377/25
**I didn't [3]** 1373/24
1378/1 1435/20
**I don't [2]** 1375/7
1385/14
**I don't have [1]**
1345/22
**I don't recall [1]**
1374/16
**I gave [1]** 1394/7
**I guess [1]** 1369/9
**I have [11]** 1340/9
1340/21 1374/3
1377/22 1378/8
1394/16 1410/18
1419/8 1419/11
1432/11 1434/7
**I hope [2]** 1413/1
1422/20
**I just [3]** 1339/15
1422/15 1433/11
**I know [4]** 1331/8
1394/16 1396/15

**I mean [32]** 1331/8
1332/4 1332/18 1340/3
1340/10 1343/1 1348/4
1354/5 1354/19 1370/6
1370/24 1372/17
1375/24 1376/13
1377/12 1382/18
1383/4 1389/20
1393/11 1394/5 1394/9
1400/25 1405/20
1412/14 1414/11
1421/14 1424/15
1427/3 1428/23
1429/12 1429/24
1442/8
**I think [24]** 1339/15
1340/9 1340/22 1352/8
1356/14 1361/16
1367/4 1375/24
1381/22 1388/7 1418/2
1421/11 1422/15
1425/21 1426/16
1426/19 1434/20
1435/7 1440/1 1442/2
1444/4 1444/13 1445/6
1445/7
**I thought [1]** 1335/2
**I want [12]** 1327/12
1327/15 1346/12
1349/21 1360/13
1392/12 1392/12
1405/5 1417/16
1422/22 1427/22
1428/2
**I was [5]** 1339/18
1359/23 1375/20
1412/14 1437/8
**I will [1]** 1413/7
**I would [1]** 1442/8
**I'd [3]** 1360/15 1374/24
1434/19
**I'll [11]** 1339/19 1369/3
1369/4 1374/25
1377/23 1377/24
1380/4 1405/9 1417/19
1424/11 1447/11
**I'm [40]** 1327/15
1338/14 1339/21
1340/6 1340/7 1340/17
1340/22 1359/19
1361/5 1363/17
1368/12 1368/24
1373/21 1374/22
1376/2 1380/17
1381/24 1382/7
1383/19 1385/13
1396/16 1399/10
1401/1 1404/11 1409/3
1410/8 1410/11
1410/15 1412/8 1412/9
1414/23 1434/25
1436/24 1436/24
1436/25 1437/3 1437/5
1439/22 1442/4
1446/18
**I'm going [4]** 1327/15
1396/16 1434/25

**I'm going... [1]**
1436/24
**I'm just [1]** 1359/19
**I'm not [4]** 1368/12
1436/24 1437/3 1437/5
**I'm not sure [3]**
1383/19 1436/25
1442/4
**I'm sorry [9]** 1340/17
1340/22 1361/5 1382/7
1399/10 1410/8
1410/11 1414/23
1439/22
**I've [9]** 1334/2 1339/11
1371/2 1371/2 1374/7
1376/1 1412/10 1416/7
1437/4
**idea [9]** 1336/2 1338/6
1338/7 1372/7 1377/11
1417/11 1417/14
1417/15 1424/21
**ideally [3]** 1334/25
1336/5 1362/1
**ideas [3]** 1338/9
1338/10 1349/7
**identify [2]** 1368/2
1413/12
**IL [1]** 1323/9
**illustrated [3]** 1418/2
1445/6 1445/7
**illustration [1]** 1445/8
**image [5]** 1350/25
1412/3 1412/9 1416/16
1417/10
**images [2]** 1347/16
1350/3
**imagine [2]** 1374/17
1393/25
**immediately [2]**
1390/17 1390/23
**impact [6]** 1333/9
1348/23 1356/15
1390/7 1390/11 1431/6
**impacts [1]** 1345/24
**impede [1]** 1433/5
**implement [9]** 1332/1
1425/18 1426/4
1426/10 1426/16
1430/5 1430/8 1430/11
1430/12
**implemented [5]**
1330/5 1386/11
1386/20 1387/7
1428/17
**implementing [10]**
1364/18 1367/3 1427/1
1427/2 1427/3 1427/11
1428/16 1428/22
1431/7 1431/20
**importance [1]**
1345/19
**important [13]** 1328/12
1330/15 1334/7
1337/25 1341/20
1342/19 1345/4
1401/23 1411/14
1425/9 1429/3 1429/6

**impressions [1]**
1335/15
**improve [10]** 1339/6
1344/3 1344/6 1362/1
1362/2 1362/4 1362/6
1362/16 1389/21
1423/17
**improved [4]** 1351/8
1370/19 1385/5 1385/6
**improvement [1]**
1425/4
**improvements [1]**
1345/24
**improving [3]** 1332/2
1362/9 1424/13
**inability [1]** 1441/9
**incentive [2]** 1344/10
1380/1
**incentives [1]** 1380/13
**include [1]** 1405/10
**included [1]** 1432/24
**including [4]** 1377/1
1414/11 1423/22
1424/20
**increase [11]** 1337/21
1380/13 1388/15
1389/18 1389/23
1389/25 1390/2 1425/2
1443/16 1444/5 1444/6
**increased [2]** 1387/1
1411/23
**increases [1]** 1388/19
**increasing [5]** 1362/12
1395/13 1395/14
1411/12 1411/24
**increasingly [2]**
1410/2 1411/20
**incredibly [1]** 1391/1
**independence [1]**
1437/4
**independently [3]**
1343/3 1445/1 1445/5
**INDEX [2]** 1325/2
1325/8
**indicator [1]** 1383/21
**individual [3]** 1361/7
1378/1 1406/9
**industry [4]** 1347/21
1381/10 1385/8
1429/13
**infer [1]** 1408/10
**infinitely [1]** 1367/14
**inflate [1]** 1379/20
**influencer [1]** 1418/6
**inform [6]** 1390/6
1390/10 1390/16
1391/10 1400/25
1401/2
**informally [1]** 1414/15
**information [32]**
1327/20 1328/17
1328/21 1329/5 1338/3
1338/4 1341/19
1341/20 1341/21
1341/21 1348/2 1348/8
1350/24 1353/6 1353/8
1355/5 1367/9 1367/15

1371/10 1387/16
1387/21 1390/15
1415/11 1417/22
1418/9 1419/7 1424/25
1438/20 1438/22
1442/9
**infrastructure [7]**
1430/22 1431/2
1431/10 1431/17
1432/17 1433/16
1433/21
**initiative [1]** 1446/11
**innovate [1]** 1361/20
**innovation [2]** 1360/14
1425/5
**innovations [5]** 1332/1
1348/23 1351/18
1369/14 1415/21
**innovative [1]** 1363/12
**input [1]** 1379/8
**insight [1]** 1400/15
**insights [4]** 1338/10
1343/20 1343/22
1381/7
**Instagram [15]**
1349/14 1393/15
1405/16 1408/9
1408/14 1411/21
1411/23 1411/24
1411/25 1412/7
1412/18 1419/20
1420/16 1421/15
1421/21
**Instagram's [1]**
1412/23
**instances [1]** 1362/8
**Instead [1]** 1445/22
**instructed [1]** 1368/19
**instructions [1]**
1447/10
**insurance [1]** 1330/11
**integrate [1]** 1430/7
**integration [1]** 1433/1
**intelligence [3]** 1349/8
1385/7 1403/7
**intended [1]** 1417/3
**intent [15]** 1343/17
1408/10 1409/1 1409/1
1409/2 1417/2 1418/18
1419/3 1419/15
1419/17 1419/24
1420/3 1425/6 1442/15
1442/16
**interact [3]** 1353/21
1364/11 1423/11
**interactions [2]**
1379/10 1413/21
**interacts [1]** 1381/5
**interchangeability [1]**
1376/21
**interchangeably [1]**
1376/14
**interest [5]** 1348/20
1351/6 1416/24 1418/4
1420/2
**interested [6]** 1327/22
1353/14 1419/10

1421/1
**interesting [1]** 1338/8
**interests [3]** 1367/16
1417/21 1444/12
**interface [6]** 1359/21
1359/25 1359/25
1360/4 1424/2 1427/18
**intermediary [1]**
1378/7
**internally [1]** 1374/5
**internationally [1]**
1423/25
**Internet [1]** 1329/12
**interoperability [1]**
1424/7
**interrupt [3]** 1377/8
1398/23 1407/13
**interview [1]** 1381/20
**introduce [1]** 1353/12
**introduced [1]** 1348/4
**introduction [1]**
1354/3
**inventory [2]** 1407/11
1408/7
**invest [1]** 1423/17
**investing [2]** 1344/19
1424/13
**investment [13]**
1343/23 1358/17
1362/7 1362/9 1362/16
1383/16 1383/25
1384/18 1384/21
1417/13 1428/10
1428/25 1437/18
**investments [2]**
1342/17 1385/11
**involved [1]** 1373/16
**iOS [1]** 1394/24
**irrelevant [1]** 1330/7
**is [394]**
**is that correct [2]**
1348/18 1405/7
**is that fair [1]** 1350/10
**is there [5]** 1337/1
1367/7 1367/11 1383/6
1429/9
**isn't [1]** 1362/15
**issue [5]** 1326/17
1341/11 1341/13
1341/16 1380/2
**issues [1]** 1344/10
**it [194]**
**it would be [3]**
1358/16 1366/25
1393/25
**it's [83]** 1329/1
1329/23 1331/2
1335/18 1336/21
1337/11 1337/12
1337/18 1337/19
1337/24 1338/2
1338/17 1340/10
1342/9 1343/11
1343/20 1347/4
1355/23 1359/6 1360/1
1360/8 1360/19
1362/11 1364/18

1370/14 1372/22
1373/2 1373/2 1376/9
1382/17 1383/5
1384/15 1385/5 1385/6
1385/16 1388/25
1395/17 1397/7
1397/13 1401/15
1401/23 1402/19
1404/25 1404/16
1406/18 1406/18
1409/4 1409/12
1409/22 1410/5
1410/16 1410/17
1410/17 1411/20
1412/25 1413/10
1413/10 1414/15
1414/15 1416/9
1416/17 1416/21
1418/5 1418/5 1418/15
1421/19 1426/17
1426/20 1426/20
1426/20 1427/23
1431/2 1431/25
1438/20 1439/2 1440/2
1445/6 1445/7 1446/18
1446/19 1447/7
**items [1]** 1330/12
**its [20]** 1333/18
1337/13 1338/1 1343/2
1343/3 1346/7 1365/24
1388/19 1389/4 1389/9
1389/12 1394/19
1395/9 1402/10 1407/2
1409/24 1411/20
1424/6 1428/8 1439/9

**J**

**January [2]** 1437/2
1437/11
**January 19th [1]**
1437/2
**JERRY [1]** 1327/4
**job [1]** 1383/8
**jobs [1]** 1445/25
**John [2]** 1324/2
1326/11
**John Schmidtlein [1]**
1326/11
**jon.sallet [1]** 1323/16
**Jonathan [2]** 1323/11
1326/9
**Jonathan Sallet [1]**
1326/9
**journey [1]** 1413/12
**Jr [1]** 1323/17
**jschmidtlein [1]**
1324/5
**judge [12]** 1322/10
1357/11 1369/4
1379/22 1385/13
1386/2 1406/20 1409/6
1410/14 1432/2 1434/4
1434/7
**Judicial [1]** 1323/13
**jump [1]** 1327/15
**just [64]** 1326/17
1328/23 1335/7

**J**

**just... [61]** 1337/18
1339/15 1340/20
1342/4 1342/24
1343/19 1344/12
1345/10 1346/6
1352/23 1359/3 1359/4
1359/19 1359/20
1363/13 1363/19
1365/13 1366/18
1367/13 1368/8
1371/12 1372/17
1374/19 1375/9
1375/16 1375/20
1377/8 1377/11
1379/11 1380/21
1381/24 1384/7 1391/3
1394/13 1396/10
1396/14 1396/18
1397/6 1397/14 1399/3
1399/25 1400/20
1402/12 1410/8 1414/2
1414/23 1415/23
1415/24 1416/17
1418/15 1419/17
1419/17 1422/15
1422/16 1424/10
1432/1 1432/4 1432/6
1433/11 1433/17
1434/4
**JUSTICE [2]** 1323/2
1323/7

**K**

**keep [2]** 1332/6 1369/9
**keeping [1]** 1444/14
**Kenneth [3]** 1323/2
1324/2 1326/8
**kenneth.dintzer2 [1]**
1323/5
**key [2]** 1334/23
1383/21
**keyword [5]** 1351/24
1364/23 1365/24
1391/24 1405/25
**keywords [12]** 1330/22
1330/23 1331/1
1353/22 1363/2 1363/3
1366/21 1369/23
1370/7 1370/9 1391/25
1416/23
**kids [4]** 1364/23
1364/24 1365/2 1412/7
**kind [7]** 1344/19
1347/4 1354/12
1378/22 1380/9
1386/15 1400/4
**kinds [8]** 1344/15
1351/14 1366/8
1366/14 1377/15
1422/1 1422/1 1429/14
**know [30]** 1331/7
1331/8 1339/21
1344/12 1345/6
1345/23 1347/12
1348/22 1356/22
1369/8 1370/10
1371/18 1376/2 1376/5

1385/14 1387/11
1391/21 1393/24
1394/16 1396/15
1397/9 1399/12
1400/22 1401/1
1401/23 1403/18
1407/15 1416/5
**knowledge [1]** 1406/16
**KPI [1]** 1383/19

**L**

**Lab [2]** 1381/5 1384/19
**labeled [1]** 1329/20
**laid [2]** 1342/7 1343/7
**landing [1]** 1390/20
**language [3]** 1363/16
1366/11 1370/11
**large [15]** 1329/15
1359/19 1360/2 1366/8
1366/19 1369/20
1370/25 1371/8
1377/19 1378/17
1386/15 1402/4
1424/15 1424/16
1436/14
**largely [1]** 1414/20
**larger [1]** 1411/7
**largest [1]** 1335/1
1366/5
**LaSalle [1]** 1323/8
**last [9]** 1346/6 1356/20
1380/7 1385/4 1395/9
1396/3 1397/15
1400/12 1413/1
**late [11]** 1360/22
**latency [6]** 1345/12
1345/15 1345/19
1345/24 1427/16
1427/20
**later [2]** 1412/10
1430/6
**Latest [1]** 1351/4
**launch [10]** 1349/1
1361/24 1364/9
1388/17 1389/16
1389/18 1389/20
1390/7 1390/11
1391/11
**launched [2]** 1365/24
1369/14
**launches [13]** 1336/18
1344/16 1360/21
1360/24 1361/7
1361/11 1361/14
1361/19 1388/8 1388/9
1388/18 1389/16
1390/14
**launching [1]** 1348/24
**LAW [1]** 1323/11
**lawsuit [1]** 1330/10
**lawyer [1]** 1368/18
**lawyers [1]** 1330/9
**lead [6]** 1342/12
1345/24 1349/19
1356/3 1415/11 1422/7
**leadership [1]** 1335/24
**leading [3]** 1377/4

**leads [1]** 1371/20
**learned [2]** 1445/13
1445/16
**learning [2]** 1351/13
1372/6
**least [2]** 1369/7
1389/24
**leaves [1]** 1346/10
**left [1]** 1440/20
**left-hand [1]** 1440/20
**legible [2]** 1432/3
1432/6
**less [8]** 1333/18
1342/1 1344/11 1352/6
1352/7 1367/23 1427/5
1440/8
**let [44]** 1327/17
1333/24 1334/1 1334/2
1335/7 1336/7 1340/20
1340/24 1342/10
1349/23 1363/19
1365/13 1367/7
1368/10 1369/13
1374/19 1376/22
1384/13 1388/9
1400/20 1401/15
1402/13 1403/12
1403/22 1407/12
1407/15 1407/20
1407/20 1409/22
1410/4 1412/5 1416/20
1419/19 1420/10
1421/19 1428/7
1431/25 1432/1 1432/4
1437/20 1438/9
1439/12 1442/18
1446/6
**let's [33]** 1329/13
1339/8 1340/11
1340/12 1357/16
1376/10 1376/11
1381/15 1383/13
1383/17 1384/11
1385/15 1388/23
1393/7 1395/2 1395/20
1403/10 1403/23
1405/3 1410/24
1411/15 1411/15
1412/17 1415/3 1416/6
1419/9 1422/13
1422/18 1422/20
1428/2 1432/19
1443/10 1445/10
**level [8]** 1335/1 1366/4
1366/6 1366/15
1371/23 1377/14
1415/24 1430/9
**levels [3]** 1335/4
1367/4 1411/23
**life [2]** 1412/6 1430/1
**light [1]** 1405/6
**lightbulb [1]** 1400/23
**like [48]** 1329/3 1338/3
1338/4 1346/3 1349/15
1351/18 1359/13
1360/15 1367/14
1370/18 1371/4

1376/12 1376/19
1377/24 1378/22
1379/7 1380/2 1380/3
1382/12 1382/21
1383/23 1390/20
1390/21 1391/24
1393/1 1397/9 1402/4
1404/24 1408/8
1411/14 1412/10
1412/19 1415/1 1415/8
1415/9 1416/6 1416/9
1418/10 1420/22
1423/10 1423/23
1424/7 1431/1 1433/1
1434/10 1434/19
**likely [7]** 1332/22
1333/8 1333/12 1342/1
1387/13 1387/14
1397/19
**limit [1]** 1424/6
**limited [2]** 1384/6
1441/5
**limiting [1]** 1333/20
**limits [1]** 1333/15
**line [1]** 1342/20
1368/22 1375/16
1428/5
**line 14 [1]** 1375/16
**linear [2]** 1413/12
1413/14
**link [1]** 1351/18
**links [4]** 1350/23
1351/2 1351/3 1351/22
**list [5]** 1326/20
1346/23 1393/9
1432/24 1433/2
**listing [2]** 1346/18
1350/5
**lists [6]** 1436/11
1436/12 1436/13
1436/16 1436/19
1436/23
**literally [1]** 1353/22
**literature [1]** 1386/7
**little [11]** 1327/16
1334/2 1336/7 1350/19
1354/16 1360/14
1371/13 1385/16
1397/24 1433/24
1437/17
**lives [1]** 1424/22
**LLC [2]** 1322/6 1326/7
**LLP [2]** 1323/18 1324/3
**load [1]** 1346/7
**local [5]** 1346/19
1346/19 1346/20
1350/24 1404/24
**long [27]** 1331/13
1331/16 1331/20
1333/10 1333/11
1333/22 1336/19
1342/11 1342/14
1342/16 1343/13
1343/13 1344/14
1344/20 1344/22
1362/3 1372/18
1387/15 1387/17

1372/18 1414/20
1425/14 1425/18
1426/17 1426/18
1433/20 1445/23
**long-established [1]**
1336/19
**long-term [13]** 1331/13
1331/16 1331/20
1333/10 1342/11
1342/14 1342/16
1343/10 1343/13
1344/14 1344/20
1362/3 1433/20
**longer [2]** 1326/14
1408/18
**look [31]** 1326/19
1331/12 1331/12
1331/17 1331/22
1348/8 1348/9 1349/11
1349/13 1349/14
1349/15 1349/17
1349/18 1368/24
1369/4 1375/16
1382/19 1383/13
1383/17 1388/23
1394/9 1394/10
1394/10 1395/16
1397/1 1397/7 1397/8
1411/2 1412/17
1419/23 1430/3
**looked [4]** 1352/23
1354/6 1367/24
1409/18
**looking [17]** 1327/20
1328/17 1328/17
1329/13 1330/9
1332/19 1332/21
1332/21 1339/14
1349/2 1363/13 1370/2
1400/10 1412/12
1421/16 1436/18
1443/11
**loop [2]** 1398/8 1400/2
**lose [2]** 1370/25
1429/18
**losing [1]** 1396/8
**loss [3]** 1344/3
1370/15 1371/3
**lot [10]** 1334/24 1336/8
1360/19 1373/10
1376/5 1377/21
1407/10 1416/10
1419/21 1424/3
**lots [6]** 1374/17
1376/13 1376/18
1392/23 1405/15
1429/13
**low [1]** 1391/19
**lower [2]** 1417/1
1422/12
**lowest [3]** 1344/9
1356/8 1386/3
**lunch [3]** 1434/11
1434/14 1447/7

**M**

**M-y-x [1]** 1426/1
**machine [2]** 1351/12

**machine...** [1] 1372/6
**Macy's** [1] 1421/15
**made** [9] 1332/19
1344/2 1361/8 1376/7
1391/9 1397/14
1415/21 1417/11
1424/2
**maintain** [3] 1337/16
1342/20 1342/21
**majority** [7] 1332/23
1370/17 1379/14
1436/15 1441/7
1441/12 1443/1
**make** [27] 1327/24
1330/2 1331/24
1333/22 1334/16
1337/18 1340/20
1342/14 1343/22
1343/23 1344/18
1346/6 1352/20
1355/25 1356/6
1385/11 1407/21
1415/8 1417/2 1424/22
1431/11 1431/18
1432/17 1436/5
1436/20 1436/23
1442/9
**makes** [4] 1336/16
1417/22 1427/16
1428/4
**making** [7] 1342/16
1343/19 1384/21
1404/11 1411/18
1411/19 1415/10
**manage** [2] 1370/12
1424/4
**manager** [1] 1442/20
**manufacturer** [1]
1376/16
**manufacturers** [1]
1399/23
**many** [18] 1330/24
1351/14 1358/19
1361/1 1361/19
1362/14 1368/10
1390/14 1392/17
1392/25 1415/4 1415/7
1418/12 1423/22
1423/22 1424/16
1437/21 1439/22
**Marin** [2] 1423/10
1429/15
**marked** [5] 1338/16
1396/16 1397/5 1432/7
1434/24
**market** [10] 1382/5
1382/25 1392/4 1394/7
1394/9 1394/11 1402/9
1407/1 1410/1 1410/3
**marketers** [1] 1378/11
**marketing** [3] 1378/14
1382/11 1413/10
**marketplace** [1]
1401/2
**markets** [3] 1397/19
1401/7 1411/14
**match** [5] 1351/25

1365/24 1419/12
**matching** [8] 1354/2
1362/20 1362/23
1363/10 1363/12
1364/19 1364/19
1365/14
**matter** [3] 1371/14
1412/15 1448/4
**matters** [4] 1326/14
1327/14 1358/23
1412/15
**Max** [5] 1372/1 1372/5
1372/7 1373/6 1418/11
**maximize** [2] 1357/9
1358/2
**maximum** [9] 1344/25
1352/14 1352/19
1352/21 1353/10
1357/18 1357/18
1357/23 1392/9
**may** [17] 1327/1
1327/2 1329/15
1329/16 1330/13
1344/18 1348/23
1355/14 1363/7
1371/16 1390/11
1390/18 1390/19
1404/10 1408/19
1419/14 1435/19
**maybe** [7] 1352/24
1359/8 1361/3 1407/14
1410/15 1414/23
1415/23
**me** [59] 1326/19
1327/17 1329/7
1333/24 1334/1 1334/2
1335/7 1336/7 1340/20
1340/20 1340/24
1349/23 1363/19
1365/13 1367/7
1367/10 1368/10
1369/13 1371/12
1371/13 1374/19
1375/8 1376/6 1376/22
1377/11 1384/13
1388/9 1394/16
1396/10 1396/14
1399/3 1400/20
1401/15 1402/13
1403/12 1403/22
1404/12 1407/12
1407/15 1407/20
1407/20 1409/22
1410/4 1412/5 1416/20
1418/25 1419/19
1420/10 1421/19
1422/16 1428/7
1431/25 1432/1 1432/4
1437/20 1438/9
1439/12 1442/18
1446/6
**mean** [55] 1331/8
1332/4 1332/18 1340/3
1340/10 1340/18
1343/1 1348/4 1350/12
1354/5 1354/19
1357/14 1362/5

1363/15 1364/24
1369/6 1370/6 1370/24
1372/17 1374/3
1375/24 1376/13
1377/12 1377/17
1378/13 1378/23
1382/18 1383/4
1389/20 1393/11
1394/5 1394/9 1396/6
1396/12 1400/4
1400/25 1405/20
1406/5 1412/14
1414/11 1418/11
1421/14 1424/15
1427/3 1428/16
1428/21 1428/23
1429/12 1429/21
1429/24 1436/12
1436/13 1442/8
**meaning** [1] 1363/14
**meaningful** [1]
1336/21
**means** [13] 1337/8
1342/25 1343/16
1377/12 1396/8 1398/8
1398/8 1398/15 1427/9
1427/12 1428/23
1428/24 1437/18
**measurable** [2]
1414/18 1415/6
**measure** [8] 1398/14
1415/17 1416/6
1416/12 1439/2 1439/6
1439/13 1441/9
**measured** [1] 1415/14
**mechanical** [1]
1324/15
**mechanism** [1] 1386/6
**media** [11] 1376/11
1376/21 1378/18
1383/7 1404/22
1405/10 1405/11
1405/15 1405/18
1405/21 1412/12
**medium** [2] 1366/23
1369/20
**meet** [17] 1334/14
1334/17 1348/13
1353/16 1353/17
1358/14 1361/21
1361/22 1364/19
1369/22 1377/24
1408/3 1418/12
1418/15 1424/4 1429/5
1433/8
**meeting** [3] 1373/8
1373/9 1378/4
**meetings** [1] 1377/23
**MEHTA** [3] 1322/9
1326/3 1385/22
**men's** [2] 1350/1
1350/2
**mention** [1] 1414/9
**mentioned** [10] 1331/8
1334/9 1346/7 1349/22
1368/8 1371/13
1373/12 1395/22

**mentioning** [1]
1412/14
**merchant** [1] 1436/1
**merchants** [8] 1436/4
1436/6 1436/9 1436/11
1436/12 1436/14
1436/19 1436/22
**Mercury** [4] 1446/6
1446/8 1446/11
1446/15
**Merit** [1] 1324/11
**mesothelioma** [2]
1330/10 1330/18
**Meta** [9] 1392/23
1393/4 1393/15
1395/13 1405/6 1405/9
1406/12 1408/17
1424/20
**Meta's** [2] 1349/13
1406/21
**methodology** [1]
1381/18
**metric** [2] 1334/7
1439/18
**metrics** [3] 1330/17
1331/11 1415/17
**Michael** [1] 1324/6
**Microsoft** [10] 1393/16
1425/5 1425/6 1427/13
1427/19 1430/3 1430/6
1430/11 1430/13
1430/16
**Microsoft's** [1] 1424/7
**might** [11] 1330/8
1330/9 1343/12
1344/10 1353/23
1371/19 1375/6
1375/22 1390/7
1400/23 1433/19
**million** [6] 1392/24
1437/23 1437/24
1438/3 1439/24
1439/25
**millions** [7] 1335/4
1353/19 1353/20
1353/24 1363/5
1391/22 1391/25
**milliseconds** [5]
1345/1 1345/2 1352/5
1414/8 1427/5
**minimal** [1] 1336/18
**minimizing** [1] 1346/1
**minimum** [1] 1391/16
**minimums** [1] 1352/1
**minority** [1] 1441/23
**minute** [2] 1380/21
1405/3
**minutes** [2] 1408/14
1434/13
**miss** [4] 1389/5 1389/9
1389/12 1389/13
**missed** [2] 1414/24
1415/23
**misspelled** [1] 1366/21
**misspelling** [4]
1365/15 1366/18
1366/19 1367/3

**misspellings** [1]
1366/10
**mobile** [6] 1411/2
1411/3 1411/7 1411/8
1411/9 1411/14
**model** [2] 1328/4
1328/5
**modeled** [1] 1439/16
**models** [3] 1331/19
1332/7 1344/14
**modernized** [1] 1424/2
**modification** [1]
1364/10
**moment** [12] 1347/24
1354/17 1363/18
1366/19 1376/22
1397/23 1398/23
1406/20 1413/18
1416/24 1434/5 1446/9
**moments** [1] 1409/18
**monetization** [7]
1411/23 1444/18
1444/22 1446/17
1446/24 1447/1 1447/2
**monetize** [1] 1392/2
**monetizing** [3] 1337/7
1411/21 1443/8
**money** [4] 1343/19
1411/20 1420/8
1443/20
**monitors** [1] 1331/10
**monopoly** [1] 1349/7
**months** [1] 1430/6
**more** [48] 1327/16
1328/23 1333/6
1333/23 1342/4
1346/18 1346/18
1348/12 1348/13
1351/11 1354/1 1354/7
1354/16 1355/7
1356/22 1356/23
1357/4 1360/14 1361/1
1366/15 1368/5
1369/25 1370/9 1373/7
1373/7 1373/9 1379/20
1380/7 1380/8 1381/23
1382/16 1383/9
1383/11 1383/11
1385/8 1387/21
1387/25 1391/6 1394/5
1401/9 1405/12 1408/4
1410/9 1412/5 1415/14
1432/6 1443/20
1446/14
**morning** [9] 1322/7
1326/4 1326/5 1326/13
1326/24 1326/25
1327/10 1327/11
1385/14
**most** [23] 1329/11
1331/2 1338/7 1348/9
1353/18 1367/1
1372/25 1373/3 1382/9
1385/8 1385/11
1401/24 1401/25
1425/9 1429/3 1436/4
1436/9 1436/11
1436/11 1436/13

**M**

most... [3] 1436/14
1436/19 1436/22
motivated [2] 1433/5
1433/7
motivator [1] 1343/15
move [7] 1340/11
1370/20 1398/25
1432/22 1432/24
1433/21 1433/23
movie [1] 1415/10
moving [1] 1340/13
Mr. [20] 1326/16
1326/24 1327/10
1338/20 1340/11
1340/16 1341/2
1349/24 1363/23
1367/7 1368/16 1386/1
1386/4 1397/4 1401/17
1403/3 1410/21 1413/5
1434/18 1447/11
Mr. Cavanaugh [1]
1363/23
Mr. Dahlquist [2]
1397/4 1413/5
Mr. Dischler [14]
1326/24 1327/10
1338/20 1340/11
1340/16 1341/2
1349/24 1367/7 1386/4
1401/17 1403/3
1410/21 1434/18
1447/11
Mr. Dischler's [1]
1368/16
Mr. Sommer [2]
1326/16 1386/1
msommer [1] 1324/9
much [18] 1329/5
1342/20 1348/12
1369/19 1384/4
1386/17 1395/24
1395/25 1399/24
1404/12 1405/12
1405/23 1415/14
1426/17 1428/4
1434/11 1442/15
1442/16
multi [1] 1396/11
multi-homing [1]
1396/11
multinational [1]
1335/1
multinationals [1]
1366/5
multiple [1] 1371/17
must [2] 1393/6 1412/8
my [22] 1339/21
1339/22 1340/23
1363/19 1374/17
1376/2 1377/9 1378/2
1378/3 1378/9 1396/2
1400/20 1407/14
1410/25 1412/5 1412/7
1413/25 1419/24
1426/22 1436/17
1437/5 1442/18
myriad [1] 1413/21

**N**

name [1] 1416/13
native [2] 1347/21
1359/22
nature [8] 1371/21
1381/7 1399/14 1400/7
1412/19 1415/13
1442/24 1443/21
near [1] 1382/23
nearly [1] 1383/5
necessarily [8]
1343/13 1378/1 1392/1
1438/1 1438/8 1440/15
1443/18 1443/25
necessary [1] 1441/21
need [18] 1342/12
1348/17 1353/16
1353/17 1363/5
1363/10 1363/11
1410/2 1415/7 1416/9
1429/6 1430/7 1432/3
1432/4 1435/9 1443/20
1443/22 1443/25
needs [15] 1327/21
1332/8 1332/14
1332/14 1333/13
1336/21 1361/22
1364/19 1408/3 1429/5
1433/8 1442/11 1443/4
1443/7 1446/14
net [1] 1387/24
Netflix [1] 1376/12
1393/17
network [2] 1372/10
1372/13
networks [1] 1393/17
neutral [7] 1428/6
1428/9 1428/16
1428/21 1428/23
1428/23 1429/21
never [5] 1389/12
1405/13 1436/5
1436/20 1436/23
new [27] 1323/19
1324/8 1340/2 1348/3
1348/4 1348/23
1348/23 1348/24
1387/24 1392/25
1394/6 1396/8 1431/1
1431/2 1431/2 1431/7
1431/8 1431/19
1431/22 1432/17
1444/25 1445/2
1445/20 1446/3
1446/20 1446/21
1447/4
news [1] 1401/18
newsfeed [1] 1411/20
newspaper [1] 1380/7
next [5] 1387/16
1421/19 1435/12
1437/15 1441/15
Nike [3] 1419/14
1420/13 1421/1
no [39] 1322/4 1332/11
1332/23 1334/23

1345/10 1346/10
1347/1 1349/7 1356/17
1357/6 1362/10
1363/21 1363/24
1371/14 1379/21
1380/22 1384/8
1388/14 1389/14
1390/5 1390/12
1392/21 1396/25
1402/15 1409/8 1417/5
1417/25 1418/8
1418/11 1421/10
1424/8 1425/6 1429/11
1434/7 1435/22 1439/4
1443/18 1443/25
non [4] 1338/3 1406/19
1430/25 1443/6
non-commercial [2]
1338/3 1443/6
non-retail [1] 1406/19
non-technical [1]
1430/25
nonetheless [1]
1331/24
normal [1] 1391/20
normalized [2]
1335/18 1362/23
not [89] 1326/20
1326/21 1327/23
1328/18 1329/2 1330/2
1334/16 1337/10
1337/25 1339/21
1340/6 1340/10 1343/1
1343/13 1343/15
1343/18 1347/7 1347/8
1347/10 1355/15
1362/7 1363/7 1363/13
1367/1 1368/12
1368/17 1368/19
1368/23 1371/2 1371/2
1372/21 1373/2 1377/5
1377/5 1379/4 1379/5
1383/4 1383/9 1383/19
1390/13 1391/10
1391/25 1393/5
1395/17 1397/5 1401/1
1402/18 1407/18
1409/11 1411/19
1417/7 1418/17
1418/24 1419/17
1419/17 1421/6 1422/4
1427/1 1427/12 1432/3
1433/16 1435/15
1435/19 1436/9
1436/17 1436/24
1436/25 1437/3 1437/5
1437/5 1437/6 1437/8
1438/1 1438/8 1438/14
1438/20 1438/23
1438/25 1439/1
1440/11 1440/14
1440/22 1441/3 1441/6
1441/17 1442/24
1442/24 1443/2
1447/11
noted [1] 1382/10
notice [1] 1396/25

1369/23
now [41] 1326/2
1326/15 1328/23
1333/14 1340/2
1344/17 1346/12
1351/12 1354/13
1355/12 1362/14
1363/4 1373/21 1377/5
1379/14 1382/19
1385/14 1389/3
1393/17 1394/5 1409/4
1410/18 1411/7
1412/19 1413/10
1414/19 1415/13
1415/18 1415/20
1416/9 1419/14
1421/23 1421/25
1421/25 1421/25
1426/17 1427/11
1427/13 1427/15
1430/1 1445/15
now-obsolete [1]
1413/10
number [31] 1333/15
1333/20 1344/8
1350/14 1357/18
1357/21 1369/24
1370/10 1374/8
1381/19 1383/1
1385/10 1396/12
1396/20 1407/9
1407/17 1407/25
1408/1 1410/9 1418/4
1418/7 1419/16
1420/13 1423/9
1424/16 1424/17
1439/22 1440/8 1441/4
1443/19 1446/12
numbers [1] 1341/10
NW [3] 1323/3 1324/3
1324/13
NY [2] 1323/19 1324/8

**O**

object [4] 1368/15
1371/6 1374/22 1397/5
objecting [1] 1326/21
objection [13] 1363/21
1363/22 1363/24
1368/14 1377/4
1380/20 1380/22
1402/15 1402/16
1409/8 1409/9 1424/9
1428/18
objective [37] 1336/13
1355/19 1355/24
1356/5 1356/8 1357/16
1357/17 1358/3
1358/14 1358/24
1359/15 1359/16
1369/22 1371/5
1371/14 1371/18
1371/22 1372/8
1372/12 1372/16
1372/23 1373/8
1373/10 1379/7 1379/9
1379/16 1379/17

1391/7 1391/9 1398/16
1412/16 1413/24
1414/21 1415/8
1415/20 1415/22
1418/15
objectives [13]
1334/14 1334/15
1334/18 1361/22
1371/17 1392/11
1405/22 1412/21
1418/13 1422/2 1422/4
1422/5 1424/4
observed [1] 1382/16
obsolete [3] 1413/10
1414/9 1417/15
occasionally [1]
1412/7
odd [1] 1430/17
off [7] 1328/25 1368/3
1411/20 1424/17
1431/18 1431/21
1434/6
offer [17] 1327/18
1327/19 1327/24
1329/18 1329/24
1332/22 1334/6
1344/10 1353/10
1354/9 1379/23
1387/25 1396/16
1426/24 1432/4 1432/4
1432/6
offered [2] 1402/19
1409/12
offering [1] 1330/11
offers [4] 1336/6
1346/15 1350/15
1398/4
Official [1] 1324/12
offline [2] 1349/18
1378/18
often [15] 1328/18
1334/19 1342/11
1353/5 1353/19 1356/6
1371/17 1383/8
1390/14 1390/21
1405/21 1406/7
1406/22 1408/11
1438/19
Ogilvy [1] 1378/22
Oh [2] 1339/13
1396/23
okay [42] 1326/12
1326/22 1332/17
1339/13 1341/4
1342/23 1346/5 1347/2
1350/2 1360/6 1365/18
1369/11 1373/4
1374/19 1375/15
1375/19 1378/21
1378/25 1386/1
1388/25 1393/12
1395/6 1397/3 1397/11
1399/24 1404/18
1404/23 1407/20
1408/21 1409/2
1410/13 1412/5 1416/4
1418/3 1419/2 1426/11
1429/8 1432/8 1433/15

**okay... [3]** 1435/24
1441/14 1442/5
**OKR [1]** 1338/25
**old [1]** 1394/17
**onboarding [1]** 1436/1
**once [3]** 1344/23
1369/7 1416/18
**one [71]** 1326/17
1326/20 1327/17
1328/18 1331/8
1334/23 1337/11
1337/12 1339/19
1340/8 1343/4 1344/17
1346/17 1346/25
1351/3 1351/3 1352/2
1355/12 1355/19
1356/10 1358/1 1360/1
1360/4 1363/12
1365/13 1367/9
1367/21 1368/8
1371/12 1371/17
1372/23 1375/13
1377/25 1378/2
1380/17 1382/22
1386/21 1392/10
1394/4 1396/10
1396/12 1396/14
1396/23 1398/5
1401/15 1402/12
1402/13 1404/11
1404/22 1409/6 1409/8
1409/19 1410/9 1412/5
1417/16 1419/19
1422/15 1422/16
1422/18 1423/9
1429/14 1431/25
1432/1 1432/4 1434/4
1437/8 1440/18 1441/4
1442/20 1444/1
1444/13
**one-way [2]** 1337/11
1337/12
**ones [3]** 1361/16
1393/13 1441/8
**online [5]** 1349/17
1378/18 1415/6 1428/8
1428/11
**only [15]** 1330/14
1331/2 1337/25 1355/6
1358/23 1360/23
1377/5 1400/10
1411/19 1415/16
1427/12 1430/13
1431/18 1441/18
1447/2
**onset [1]** 1446/16
**open [2]** 1377/6
1381/23
**open-ended [1]**
1381/23
**operate [2]** 1336/19
1342/21
**operated [1]** 1354/10
**operates [1]** 1343/3
**opinion [1]** 1437/5
**opportunities [5]**
1342/2 1342/15 1401/9

**opportunity [10]**
1336/3 1368/20 1397/2
1408/17 1442/2 1442/7
1442/17 1442/21
1445/22 1446/21
**optimize [1]** 1415/21
**options [3]** 1420/19
1423/4 1423/6
**order [44]** 1331/21
1331/24 1332/15
1337/12 1338/11
1338/24 1342/11
1342/14 1343/2 1344/8
1356/7 1358/2 1359/9
1359/16 1364/11
1368/7 1369/22
1369/25 1380/1 1381/6
1381/7 1385/10
1385/23 1386/7 1391/2
1392/1 1392/3 1392/5
1399/7 1413/22
1413/24 1414/16
1421/25 1424/6 1427/6
1427/6 1429/4 1429/5
1429/19 1433/20
1435/9 1443/7 1443/23
1444/11
**ordinary [3]** 1402/9
1407/1 1409/24
**organic [8]** 1329/10
1337/5 1343/1 1343/3
1343/4 1445/2 1445/20
1445/23
**organization [1]**
1423/1
**organize [1]** 1442/9
**originally [2]** 1423/13
1432/7
**other [58]** 1330/11
1331/10 1333/12
1333/12 1333/21
1334/21 1334/24
1335/13 1339/25
1340/13 1346/22
1349/8 1349/10
1349/11 1353/5
1359/11 1360/24
1365/13 1367/11
1377/24 1381/7 1381/9
1381/24 1382/12
1387/1 1387/2 1390/19
1393/1 1396/8 1397/19
1401/7 1401/15
1404/19 1406/6
1412/21 1417/2
1417/16 1418/14
1419/16 1419/19
1420/2 1421/5 1422/2
1423/4 1423/6 1423/9
1423/23 1423/25
1424/18 1424/23
1425/8 1431/13
1431/25 1433/1 1433/6
1439/18 1439/18
1440/18
**others [3]** 1405/17
1410/3 1415/20

**otherwise [5]** 1329/25
1336/20 1351/22
1375/6 1431/19
**our [69]** 1329/10
1330/25 1331/2
1331/22 1332/5
1335/19 1337/19
1337/19 1338/1
1338/10 1338/11
1341/19 1342/2 1342/2
1342/17 1343/14
1344/7 1344/25 1345/8
1353/18 1354/15
1359/8 1364/11
1367/22 1369/9 1371/4
1371/9 1373/2 1373/3
1374/6 1377/19 1378/2
1378/6 1378/12
1379/14 1383/12
1387/11 1389/3 1392/5
1397/2 1397/7 1399/25
1400/1 1401/3 1401/4
1402/2 1404/16
1405/24 1413/16
1423/7 1424/15
1424/16 1424/23
1425/1 1425/5 1425/9
1425/11 1425/12
1425/13 1426/23
1429/19 1430/15
1431/15 1431/15
1433/8 1433/17
1434/13 1444/12
1444/12
**ourselves [1]** 1336/20
**out [19]** 1339/11
1340/22 1342/7 1343/8
1354/12 1366/23
1376/2 1378/4 1400/23
1402/13 1411/13
1425/8 1427/13
1431/23 1431/23
1432/1 1432/5 1441/11
1441/23
**outbound [1]** 1360/25
**outcomes [2]** 1386/8
1386/20
**outdoor [1]** 1349/19
**outline [1]** 1342/16
**over [30]** 1333/22
1334/21 1340/24
1348/5 1348/12 1351/8
1351/11 1351/15
1356/19 1360/22
1361/3 1367/20
1373/12 1379/13
1382/20 1383/5
1387/15 1387/17
1389/8 1389/11 1394/7
1394/12 1395/9 1396/3
1400/12 1401/4
1403/25 1430/16
1432/17 1444/6
**overall [13]** 1329/1
1330/15 1336/2
1336/15 1337/6
1341/13 1341/15

1442/7 1442/17
1442/21
**overlap [1]** 1393/3
**overnight [1]** 1326/19
**own [9]** 1359/9 1360/9
1377/9 1400/20
1406/10 1423/24
1431/15 1437/4 1439/9

**P**

**p.m [2]** 1447/14
1447/14
**package [5]** 1376/16
1399/4 1399/6 1399/17
1400/3
**page [51]** 1328/25
1329/2 1329/20 1332/8
1336/15 1336/16
1337/7 1337/7 1339/8
1339/9 1340/14
1340/17 1341/5 1342/4
1344/11 1345/9
1345/10 1346/10
1349/25 1355/8
1364/13 1369/1 1375/5
1375/12 1380/7 1380/7
1380/8 1380/9 1381/15
1382/1 1383/13
1383/17 1384/11
1384/13 1384/14
1388/23 1390/20
1403/10 1403/12
1410/4 1410/11
1410/12 1410/24
1411/15 1428/2
1432/19 1433/10
1435/13 1435/13
1435/16 1444/16
**page 1 [1]** 1380/7
**Page 182 [1]** 1375/12
**page 2 [1]** 1435/16
**page 21 [1]** 1383/13
**page 3 [1]** 1403/10
**page 30 [1]** 1383/17
**page 4 [7]** 1339/8
1340/14 1340/17
1341/5 1410/4 1410/12
1410/24
**page 5 [1]** 1364/13
**page 6 [1]** 1342/4
**page 62 [1]** 1369/1
**page 66 [1]** 1384/11
**page 7407 [1]** 1339/9
**page 8 [1]** 1381/15
**pages [2]** 1342/4
1432/2
**paid [1]** 1445/22
**pair [4]** 1350/16
1350/17 1355/1
1421/17
**par [1]** 1408/11
**paragraph [4]** 1388/24
1392/15 1417/18
1421/3
**Pardon [1]** 1408/24
**parent [1]** 1394/15
**part [7]** 1337/19

1417/19 1420/6
1422/19 1425/4
**participant [2]** 1387/22
1387/23
**participants [3]**
1440/22 1441/11
1441/12
**participate [1]** 1391/17
**participating [1]**
1392/4
**particular [19]** 1331/15
1334/20 1343/18
1353/10 1361/11
1363/16 1367/24
1367/24 1377/13
1383/6 1386/9 1386/16
1387/12 1391/17
1398/6 1399/12
1413/19 1414/5
1429/17
**particularly [4]**
1329/22 1342/21
1362/11 1377/19
**partner [1]** 1399/20
**party [8]** 1354/7
1359/12 1382/12
1402/18 1406/5
1409/11 1428/6 1428/9
**past [8]** 1328/24
1351/11 1351/15
1373/12 1382/21
1394/7 1394/12
1423/24
**path [2]** 1444/18
1444/23
**PATTERSON [1]**
1323/17
**pause [1]** 1446/6
**pay [14]** 1330/12
1330/14 1343/4 1352/9
1353/10 1380/7 1380/8
1380/14 1382/25
1391/17 1392/10
1443/5 1443/7 1445/24
**pbwt.com [1]** 1323/20
**people [23]** 1328/16
1330/10 1330/11
1333/11 1338/1 1347/5
1355/8 1362/13
1364/10 1367/23
1390/21 1393/4 1393/4
1394/6 1394/24 1408/8
1414/11 1415/16
1419/16 1421/16
1422/2 1430/16 1432/5
**per [11]** 1335/11
1335/15 1335/16
1352/9 1352/12
1352/13 1352/14
1352/21 1379/2 1379/7
1384/2
**perceive [1]** 1358/21
1390/3
**percent [1]** 1404/15
**percentage [3]** 1387/3
1387/7 1401/5
**perception [1]** 1381/7

**P**

**Perceptions [1]** 1437/16
**perfect [2]** 1328/19 1399/23
**perform [3]** 1370/16 1402/8 1406/25
**performance [16]** 1372/1 1372/5 1372/7 1373/6 1378/19 1383/21 1399/18 1405/22 1414/17 1414/19 1414/22 1414/25 1415/15 1415/24 1418/11 1440/22
**Performance Max [5]** 1372/1 1372/5 1372/7 1373/6 1418/11
**performed [1]** 1407/4
**perhaps [2]** 1342/13 1445/10
**period [8]** 1360/22 1361/3 1367/25 1387/15 1387/17 1408/18 1415/5 1425/10
**periodically [1]** 1387/19
**person [2]** 1415/4 1430/25
**perspective [4]** 1372/17 1378/10 1401/24 1434/2
**persuade [1]** 1413/22
**pertains [1]** 1442/10
**phrase [1]** 1364/9 1370/18
**pick [3]** 1331/2 1366/18 1376/10
**pictorial [1]** 1347/6
**pictures [2]** 1353/5 1353/15
**pie [6]** 1393/23 1394/1 1394/1 1394/2 1394/3 1396/2
**piece [2]** 1393/23 1393/25
**pillars [1]** 1343/25
**pink [1]** 1395/16
**PLA [2]** 1352/25 1354/22
**place [2]** 1405/14 1445/11
**Plaintiff [2]** 1323/10 1326/10
**PLAINTIFF's [1]** 1325/5
**plaintiffs [12]** 1322/4 1323/2 1326/8 1327/4 1327/15 1335/7 1340/7 1346/13 1361/10 1373/20 1421/3 1427/23
**plaintiffs' [2]** 1356/10 1392/14
**plan [2]** 1389/1 1389/3
**PLAs [1]** 1353/12

**platform [15]** 1334/23 1354/7 1354/10 1393/17 1394/19 1398/7 1398/19 1401/8 1406/13 1419/12 1420/8 1425/20 1429/15 1431/23 1433/6
**platforms [28]** 1334/25 1342/3 1349/2 1349/9 1349/10 1349/11 1349/15 1349/16 1377/1 1382/20 1382/23 1383/11 1383/12 1393/10 1405/16 1406/1 1406/4 1406/7 1409/23 1418/17 1418/24 1423/23 1423/25 1424/19 1424/22 1425/8 1429/23 1429/25
**player [1]** 1402/4
**playing [8]** 1335/1 1343/12 1366/4 1366/6 1366/15 1367/5 1371/23 1430/9
**please [12]** 1337/4 1341/5 1344/21 1374/24 1379/22 1385/24 1424/10 1428/19 1434/5 1435/2 1438/11 1440/1
**pleases [1]** 1340/4
**plenty [1]** 1404/6
**plus [1]** 1441/18
**point [9]** 1346/6 1347/5 1377/7 1421/7 1426/18 1431/17 1431/20 1436/18 1447/7
**policy [2]** 1337/13 1337/17
**pool [1]** 1414/20
**pop [1]** 1330/13
**popular [6]** 1329/11 1354/7 1372/25 1373/3 1382/9 1429/15
**population [5]** 1440/12 1441/18 1441/18 1441/19 1441/23
**portion [2]** 1374/11 1420/18
**position [8]** 1380/11 1380/11 1380/16 1386/19 1387/8 1387/20 1397/2 1401/18
**position 2 [1]** 1380/11
**position 3 [1]** 1380/11
**possible [6]** 1356/8 1362/15 1371/24 1378/3 1442/15 1442/16
**post [1]** 1360/24
**potential [4]** 1416/23 1419/24 1425/13 1445/21
**potentially [2]** 1330/13

**practical [1]** 1337/8
**practice [1]** 1391/10
**predict [1]** 1387/12
**predictable [1]** 1367/18
**prediction [1]** 1387/22
**predicts [1]** 1387/13
**predominant [1]** 1387/2
**prefer [1]** 1368/5
**prerogative [1]** 1371/11
**presentation [3]** 1403/6 1437/8 1437/10
**presented [2]** 1410/6 1410/25
**preserve [2]** 1368/7 1392/5
**presiding [2]** 1326/3 1385/22
**press [2]** 1360/25 1361/2
**pressing [1]** 1354/12
**pressure [2]** 1369/15 1390/19
**pretty [4]** 1342/9 1343/11 1376/9 1383/10
**Prettyman [1]** 1324/12
**prevent [2]** 1386/12 1392/3
**previous [1]** 1445/13
**previously [2]** 1327/5 1415/12
**price [7]** 1352/18 1391/13 1391/15 1391/16 1391/18 1391/20 1392/8
**priced [1]** 1376/1
**prices [4]** 1353/5 1389/9 1389/11 1391/19
**pricing [1]** 1380/4
**primarily [5]** 1381/6 1405/16 1414/15 1417/3 1425/12
**primary [4]** 1356/5 1371/18 1386/11 1394/23
**principles [2]** 1342/17 1366/3
**print [1]** 1349/19
**prior [2]** 1370/2 1396/25
**prioritize [1]** 1425/11
**privacy [8]** 1367/10 1368/7 1368/9 1368/10 1368/18 1368/21 1398/13 1416/11
**probably [6]** 1351/16 1354/13 1361/4 1409/22 1413/11 1414/7
**problem [2]** 1387/9 1387/10
**problematic [1]** 1402/7
**proceed [1]** 1327/1

**proceedings [3]** 1322/9 1324/15 1448/9
**process [6]** 1344/22 1348/7 1370/3 1370/3 1370/4 1372/4
**produced [2]** 1324/15 1338/24
**product [29]** 1327/25 1329/13 1329/14 1346/18 1350/5 1353/8 1354/8 1355/7 1355/10 1355/21 1356/4 1359/12 1371/19 1372/16 1372/25 1373/2 1398/4 1398/4 1398/6 1399/12 1401/9 1402/6 1413/19 1413/23 1422/6 1422/25 1423/14 1423/17 1429/7
**products [21]** 1327/23 1327/25 1328/18 1328/20 1333/12 1335/12 1353/6 1353/15 1353/16 1353/20 1353/25 1360/10 1369/15 1378/12 1381/9 1398/7 1398/17 1399/7 1406/10 1418/10 1436/15
**professionals [1]** 1368/11
**profit [1]** 1444/4
**program [2]** 1360/1 1360/1
**programmatic [1]** 1359/25
**programming [1]** 1359/25
**project [8]** 1426/1 1426/3 1426/7 1430/18 1430/22 1446/1 1446/8 1446/11
**Project BYX [1]** 1426/7
**Project MYX [2]** 1426/1 1426/3
**projections [1]** 1411/18
**propensity [1]** 1331/17
**properties [6]** 1349/13 1393/16 1405/21 1406/21 1408/8 1422/3
**property [3]** 1372/22 1397/18 1411/23
**Protection [1]** 1323/12
**provide [21]** 1329/21 1337/9 1337/10 1339/4 1348/2 1353/7 1364/20 1365/3 1365/6 1365/8 1372/8 1393/8 1393/9 1408/17 1408/18 1417/20 1424/24 1429/13 1438/15 1438/17 1439/1
**provided [3]** 1417/8 1419/7 1441/5

**provider [3]** 1371/20 1401/24 1402/1
**providers [5]** 1346/21 1350/15 1404/13 1429/13 1433/1
**provides [2]** 1365/5 1408/16
**providing [1]** 1415/11
**proxies [1]** 1439/15
**proxy [1]** 1439/18
**PSX1109 [1]** 1427/23
**PSX200 [3]** 1338/18 1340/14 1340/24
**public [3]** 1328/8 1361/8 1383/4
**publish [1]** 1390/15
**pull [6]** 1350/19 1360/15 1388/22 1395/2 1395/20 1427/22
**pulling [1]** 1405/13
**purchase [15]** 1398/9 1398/11 1413/2 1413/14 1413/17 1413/22 1414/6 1415/10 1417/1 1417/2 1417/11 1421/8 1421/15 1422/9 1429/19
**purchased [2]** 1354/22 1414/5
**purchasing [1]** 1383/8
**purpose [2]** 1347/18 1389/21
**purposes [2]** 1337/8 1341/19
**pursue [1]** 1343/18
**push [1]** 1336/20
**put [10]** 1339/22 1349/23 1352/24 1363/2 1399/25 1421/4 1433/18 1437/14 1444/9 1444/10
**putting [1]** 1339/21 1400/1
**PX2001 [1]** 1326/21

**Q**

**quality [33]** 1329/24 1330/2 1330/18 1331/6 1331/12 1331/13 1331/13 1331/14 1331/17 1331/20 1331/23 1332/15 1337/14 1337/18 1344/2 1344/3 1344/9 1344/15 1344/20 1352/1 1387/11 1388/9 1388/15 1388/18 1389/16 1389/18 1389/20 1389/21 1390/11 1390/20 1391/20 1392/4 1392/6
**quantitative [1]** 1345/22
**quarter [2]** 1380/9 1389/4
**queries [38]** 1328/21

**Q**

queries... [37] 1328/24
1332/12 1332/23
1333/4 1333/5 1333/20
1335/16 1335/18
1337/21 1337/24
1337/25 1338/6 1338/7
1339/6 1341/15
1341/23 1343/21
1362/24 1363/3 1363/6
1401/6 1401/6 1401/25
1402/1 1416/25
1419/17 1442/13
1442/24 1443/1 1443/5
1443/6 1443/9 1443/17
1443/19 1443/20
1446/12 1446/14
**query [34]** 1328/19
1329/9 1330/19
1331/15 1332/9
1332/20 1333/7
1338/25 1341/14
1341/14 1341/16
1341/25 1343/11
1344/23 1344/24
1346/9 1347/7 1347/9
1350/1 1351/25
1354/19 1354/23
1355/4 1362/14
1364/23 1365/11
1367/22 1367/24
1367/25 1408/12
1442/12 1443/12
1443/15 1443/15
**querying [1]** 1353/24
**question [19]** 1333/23
1333/24 1334/1 1359/3
1374/24 1374/25
1375/20 1376/6 1377/8
1394/18 1407/21
1410/25 1418/21
1424/10 1428/19
1436/17 1437/20
1439/12 1442/18
**questioning [1]**
1368/23
**questions [13]**
1327/14 1335/6 1335/8
1368/21 1377/6
1381/23 1381/22
1388/7 1403/22 1434/7
1434/20 1435/3 1435/4
**quick [2]** 1346/8
1394/18
**quickly [9]** 1345/5
1346/3 1352/24
1387/25 1393/18
1408/5 1427/10
1427/13 1429/3
**quite [2]** 1329/24
1407/10
**quota [3]** 1389/4
1389/10 1389/12

**R**

**race [1]** 1366/25
**raise [2]** 1388/17
1388/18

raising... [9] 1389/22
1389/9 1389/11
**Ralph [1]** 1323/13
**ramifications [1]**
1341/22
**ramp [1]** 1382/23
**ramp-up [1]** 1382/23
**ran [1]** 1375/22
**randomized [2]** 1387/6
1387/19
**range [1]** 1386/20
**ranking [3]** 1342/19
1342/22 1343/2
**rapidly [5]** 1354/15
1374/7 1382/24
1400/17 1400/18
**rate [3]** 1401/4 1403/25
1404/3
**raters [1]** 1331/22
**rather [8]** 1335/19
1343/10 1365/1 1371/6
1379/16 1379/17
1399/25 1416/12
**rating [1]** 1350/22
**reach [1]** 1420/19
**reached [1]** 1407/7
**read [5]** 1374/19
1374/25 1375/17
1417/19 1422/18
**reading [2]** 1374/23
1377/5
**ready [2]** 1326/15
1326/16
**realized [1]** 1435/20
**really [15]** 1343/24
1349/16 1366/4
1367/21 1368/12
1378/6 1378/10
1380/11 1382/20
1382/24 1388/25
1412/15 1415/9
1415/25 1439/2
**Realtime [1]** 1324/11
**reason [2]** 1353/4
1353/14 1360/23
1368/1 1386/11
1391/20 1415/16
1416/25 1440/22
1441/4 1441/6 1441/9
**reasonable [2]**
1331/24 1391/10
**reasons [1]** 1353/13
1377/25 1421/12
**recall [14]** 1370/22
1372/1 1373/14
1373/22 1373/24
1374/12 1374/13
1374/15 1374/16
1416/7 1416/8 1422/23
1435/4 1446/9
**recalls [1]** 1375/1
**receive [2]** 1345/16
1437/10
**received [5]** 1364/2
1402/22 1409/15
1433/23 1437/8
**receiving [1]** 1439/6
**recess [4]** 1385/19

1447/14
**recognize [6]** 1338/20
1360/17 1364/5
1364/15 1381/2
1432/13
**recommendation [1]**
1352/21
**record [4]** 1339/1
1397/6 1434/6 1448/3
**recorded [1]** 1324/15
**RECROSS [1]** 1325/4
**redacted [4]** 1339/10
1341/11 1433/11
1435/1
**redaction [1]** 1382/2
**redactions [3]** 1342/6
1403/9 1410/5
**redirect [3]** 1325/4
1372/23 1392/1
**redirected [1]** 1398/21
**redirects [1]** 1418/16
**reduce [1]** 1376/19
**reduces [2]** 1365/9
1366/16
**reducing [1]** 1402/2
**refer [2]** 1345/14
1355/6
**reference [2]** 1393/22
1413/9
**referenced [2]** 1359/14
1434/22
**referred [3]** 1350/7
1351/1 1408/23
**referring [1]** 1362/5
**refers [1]** 1393/24
**reflect [2]** 1379/3
1411/16
**regardless [1]** 1428/10
**Registered [1]** 1324/11
**related [3]** 1335/25
1368/21 1425/5
**relates [2]** 1331/4
1429/2
**relation [1]** 1341/23
**relationship [2]**
1376/20 1394/13
**relationships [2]**
1377/22 1378/6
**relative [8]** 1328/1
1347/22 1376/2 1381/9
1394/4 1396/6 1401/5
1408/18
**relatively [1]** 1356/6
1390/24
**release [5]** 1429/22
1429/24 1430/2
1430/10 1430/14
**relevance [1]** 1330/14
**relevant [14]** 1328/20
1329/16 1331/2
1332/22 1347/22
1347/23 1348/9
1348/15 1353/6 1392/1
1401/24 1402/1
1417/19 1430/5
**relies [3]** 1438/7
1438/12 1438/13

**relying [1]** 1441/6
**remember [14]**
1356/12 1373/18
1373/23 1375/6
1376/23 1385/1 1390/8
1391/13 1416/13
1423/15 1425/17
1427/25 1428/14
1430/19
**remind [1]** 1430/21
**remove [1]** 1344/9
**rendered [2]** 1344/25
1345/9 1350/24
**renders [1]** 1351/12
**rending [1]** 1345/9
**repeat [1]** 1417/6
**repetitive [1]** 1422/17
**rephrase [1]** 1333/24
1424/10 1428/19
**replacing [1]** 1363/14
**report [3]** 1367/22
1367/25 1368/3
**Reporter [4]** 1324/10
1324/11 1324/11
1324/12
**repository [1]** 1424/25
**represent [4]** 1343/24
1353/9 1361/6 1395/3
**representation [1]**
1376/7
**representations [1]**
1376/8
**representative [3]**
1384/20 1401/1
1440/15
**representatives [1]**
1377/13
**represented [1]** 1405/6
**representing [1]**
1360/19
**represents [1]** 1395/16
**reps [2]** 1377/12
1377/20
**request [2]** 1345/16
1368/22
**research [3]** 1413/17
1440/3 1447/4
**researching [1]** 1338/4
**reserve [6]** 1391/13
1391/15 1391/16
1391/18 1391/19
1391/20
**reserves [1]** 1392/5
**resource [1]** 1433/9
**resources [2]** 1431/3
1433/18
**respond [3]** 1331/14
1332/7 1427/14
**response [14]** 1329/8
1330/19 1332/9
1345/17 1346/8 1347/7
1347/8 1354/18
1354/23 1355/4 1365/1
1369/14 1412/11
1422/5
**responsibility [2]**
1331/2 1337/2

**responsible [5]**
1336/14 1337/5 1337/7
1363/9 1390/24
**responsibly [1]**
1367/17
**responsive [1]**
1365/10
**restate [5]** 1407/21
1418/21 1438/9
1439/12 1442/18
**result [4]** 1343/3
1352/18 1398/22
1411/22
**results [28]** 1327/24
1328/25 1329/10
1329/20 1332/7
1336/15 1336/16
1337/13 1337/15
1337/16 1343/4 1345/4
1345/7 1345/22 1346/2
1346/3 1346/19
1349/25 1352/2
1352/14 1376/4
1376/17 1382/15
1392/1 1408/6 1408/11
1424/19 1429/1
**resume [2]** 1385/16
1447/7
**RESUMED [1]** 1327/5
**retail [17]** 1353/3
1353/7 1356/5 1374/6
1376/9 1376/11
1376/15 1397/20
1401/11 1403/15
1403/21 1404/3
1404/15 1406/7
1406/19 1412/17
1412/20
**retailer [11]** 1329/15
1329/15 1330/13
1371/19 1399/8
1399/15 1399/15
1399/20 1399/22
1420/17 1421/16
**retailers [4]** 1353/18
1354/10 1399/20
1404/13
**return [14]** 1346/1
1358/16 1358/17
1362/6 1362/9 1362/16
1383/25 1384/3
1384/17 1384/21
1417/12 1428/10
1428/25 1437/18
**revenue [36]** 1328/6
1328/7 1328/12 1333/6
1335/7 1335/9 1335/15
1335/16 1335/17
1335/19 1338/1
1342/13 1343/25
1344/3 1344/18
1344/19 1373/13
1379/20 1395/5
1404/13 1406/17
1411/2 1411/3 1411/7
1411/8 1412/23 1436/6
1443/4 1443/7 1443/8
1443/16 1444/2 1444/5

1466

**revenue... [3]** 1444/6
1444/9 1444/11
**review [2]** 1364/8
1364/8
**reviewed [1]** 1437/5
**reviewing [1]** 1437/6
**rewrite [1]** 1430/22
**RGSB [1]** 1387/4
**RGSP [2]** 1387/5
1387/6
**right [32]** 1326/24
1328/8 1330/21 1331/5
1331/25 1343/5 1344/1
1344/13 1350/8 1351/2
1351/6 1354/13 1359/5
1363/7 1364/14
1364/20 1367/5 1367/6
1372/9 1378/22
1378/24 1389/2
1402/20 1408/20
1411/9 1414/5 1415/3
1421/11 1422/20
1429/18 1434/9 1445/9
**right-hand [1]** 1445/9
**rise [5]** 1326/2 1385/18
1385/21 1413/6
1447/12
**RMR [2]** 1448/2 1448/8
**ROAS [1]** 1384/3
**robust [1]** 1412/20
**ROI [30]** 1334/11
1357/9 1358/15 1359/1
1370/19 1385/1 1385/3
1388/15 1388/16
1437/16 1437/17
1437/18 1438/7
1438/10 1439/2 1439/6
1439/13 1439/16
1440/21 1440/23
1441/3 1441/3 1441/6
1441/6 1441/8 1441/9
1441/10 1441/13
1441/17 1441/22
**role [2]** 1437/6 1442/19
**ROSATI [1]** 1324/7
**rough [1]** 1404/12
**roughly [4]** 1392/24
1404/3 1407/9 1429/4
**routinely [2]** 1349/4
1388/18
**row [1]** 1389/5
**RPM [3]** 1335/14
1335/20 1335/25
**RPM-related [1]**
1335/25
**rules [3]** 1339/24
1340/2 1340/7
**run [4]** 1328/23
1331/16 1335/12
1430/23
**runner [1]** 1386/18
**runner-up [1]** 1386/18
**running [8]** 1405/24
1408/4 1419/10
1419/11 1419/15
1420/14 1421/2 1443/5

**SA360 [12]** 1422/22
1422/25 1423/3 1424/6
1425/19 1426/5
1426/10 1426/14
1426/16 1431/1 1431/1
1431/2
**sacrifices [1]** 1342/12
**safe [1]** 1416/11
**said [7]** 1373/22
1375/21 1413/16
1417/7 1433/15
1439/21 1441/7
**sale [4]** 1355/25
1356/3 1356/6 1440/22
**sales [13]** 1357/18
1357/19 1372/18
1374/4 1376/1 1377/21
1378/5 1379/7 1381/5
1389/4 1389/9 1389/12
1390/16
**salespeople [1]**
1377/17
**Sallet [2]** 1323/11
1326/9
**same [31]** 1340/8
1354/19 1354/22
1354/23 1355/4
1355/14 1355/24
1360/2 1363/15
1363/16 1364/24
1369/22 1371/14
1374/10 1374/15
1374/20 1380/12
1380/14 1387/10
1395/13 1398/17
1405/22 1412/22
1414/7 1417/11
1417/17 1420/23
1420/25 1429/23
1429/25 1447/10
**sample [3]** 1382/15
1401/1 1440/4
**satisfaction [2]**
1343/13 1381/8
**satisfied [1]** 1383/16
**satisfy [4]** 1327/20
1391/2 1442/11
1442/15
**satisfying [2]** 1442/16
1446/14
**saw [3]** 1414/4 1417/9
1425/24
**say [28]** 1328/5
1329/13 1340/17
1350/12 1357/16
1362/4 1366/2 1370/15
1375/25 1376/10
1376/11 1376/16
1376/18 1378/13
1393/5 1399/24
1401/12 1404/13
1408/13 1412/17
1415/3 1416/6 1416/16
1419/8 1419/9 1436/25
1442/8 1446/1
**saying [7]** 1342/9
1375/21 1384/2

1444/25 1445/19
**says [12]** 1337/13
1351/4 1384/17
1384/19 1389/3
1403/24 1404/7
1416/22 1428/5
1436/21 1440/4
1441/16
**scale [5]** 1331/23
1331/24 1392/16
1407/5 1407/8
**Schmidtlein [2]** 1324/2
1326/11
**school [1]** 1351/4
**scope [5]** 1368/15
1369/5 1369/6 1369/8
1413/6
**screen [4]** 1349/24
1350/20 1384/15
1427/24
**search [98]** 1327/16
1327/18 1327/19
1327/24 1328/14
1328/16 1329/10
1329/20 1330/16
1331/7 1331/18 1332/7
1333/12 1334/4
1335/13 1336/9
1336/11 1336/14
1336/15 1336/16
1336/17 1336/22
1336/23 1337/2 1337/5
1337/9 1337/10
1337/12 1337/15
1337/20 1338/8
1338/11 1338/24
1339/5 1342/9 1342/19
1344/1 1345/7 1345/8
1346/16 1348/11
1348/12 1349/25
1353/22 1357/25
1358/5 1358/10 1363/2
1370/3 1372/11
1372/21 1382/11
1383/16 1383/23
1384/7 1389/20
1392/16 1393/5
1404/16 1405/23
1405/25 1406/2 1406/7
1408/12 1411/3 1411/8
1411/9 1411/9 1411/14
1412/2 1416/22
1416/25 1417/20
1417/22 1418/17
1418/24 1419/17
1421/6 1422/2 1423/21
1424/18 1430/23
1431/13 1442/10
1442/12 1443/5 1443/8
1444/14 1444/17
1444/21 1444/25
1445/17 1446/6
1446/13 1446/15
1446/19 1446/23
1447/2
**Search Ads 360 [1]**
1357/25

1418/11
**searching [1]** 1408/19
**seated [3]** 1326/4
1385/23 1385/25
**second [19]** 1332/14
1345/7 1350/17
1350/23 1353/17
1371/12 1375/9 1387/8
1387/20 1387/23
1389/4 1395/20
1396/10 1396/14
1402/12 1402/13
1413/1 1422/16 1428/2
**Section [1]** 1323/12
**sections [1]** 1374/19
**sector [1]** 1401/17
**see [55]** 1340/4
1345/11 1349/2 1349/8
1349/11 1349/24
1350/3 1350/15
1350/20 1350/21
1353/5 1354/19
1354/25 1355/14
1358/24 1383/14
1383/15 1384/1
1384/12 1389/6 1391/5
1392/18 1395/11
1395/16 1395/18
1397/23 1401/2
1403/11 1404/8 1411/4
1412/9 1415/3 1416/4
1416/9 1418/10
1420/12 1420/13
1420/14 1420/15
1420/16 1421/5
1421/14 1421/23
1425/2 1428/7 1428/12
1430/4 1430/11
1432/20 1434/18
1436/7 1440/6 1440/24
1443/13 1444/19
**seeing [3]** 1353/15
1403/14 1427/25
**seeking [3]** 1341/20
1417/22 1418/9
**seems [1]** 1397/19
**seen [7]** 1356/18
1382/22 1398/5 1402/6
1405/10 1411/25
1412/25
**select [1]** 1328/21
**self [2]** 1409/22
1417/21
**self-disclosed [1]**
1417/21
**self-evident [1]**
1409/22
**sell [10]** 1355/19
1357/17 1371/19
1371/20 1384/4
1398/17 1418/17
1418/24 1420/14
1422/6
**seller [1]** 1350/22
**selling [1]** 1421/2
**SEM [8]** 1359/17
1359/18 1359/21

1359/24 1360/8 1360/9
1406/5 1423/9
**semantic [8]** 1362/19
1362/23 1363/12
1364/9 1364/12
1364/19 1365/14
1370/18
**send [1]** 1419/10
**sense [1]** 1383/3
**sentence [2]** 1388/25
1445/12
**sentiment [1]** 1331/22
**separate [2]** 1444/14
1445/7
**separation [3]** 1342/18
1342/21 1342/24
**September [2]** 1322/5
1448/7
**SERP [2]** 1333/15
1421/5
**serve [4]** 1345/4
1367/16 1420/22
1420/25
**served [2]** 1354/23
1355/14
**serves [1]** 1333/3
**service [8]** 1328/3
1346/21 1371/20
1404/13 1413/13
1413/23 1422/6 1425/1
**services [12]** 1327/23
1328/1 1328/18
1328/20 1346/20
1347/17 1371/20
1382/13 1404/19
1404/21 1406/20
1429/14
**serving [3]** 1344/22
1365/10 1365/16
**session [3]** 1322/7
1326/3 1385/23
**set [9]** 1335/23
1338/24 1353/9
1357/20 1369/23
1372/9 1391/19 1392/5
1410/14
**sets [1]** 1335/22
**settling [1]** 1352/18
**setup [1]** 1352/20
**seven [4]** 1340/9
1394/12 1395/9
1441/16
**several [4]** 1356/20
1373/12 1397/19
1400/12
**share [12]** 1371/11
1394/10 1394/11
1394/11 1395/4 1395/9
1396/6 1396/8 1400/12
1400/17 1438/23
1438/25
**shareholders [2]**
1328/10 1444/1
**sharing [1]** 1390/3
**shift [14]** 1336/7
1340/4 1357/8 1358/4
1358/12 1359/5
1360/13 1385/13

1467

shift... [6] 1392/12
1401/10 1401/12
1406/2 1406/6 1413/1
shifting [4] 1356/19
1356/23 1360/10
1376/18
shoe [1] 1351/4
shoes [13] 1350/1
1350/2 1350/3 1350/16
1350/17 1355/1
1355/20 1419/10
1419/11 1419/15
1420/14 1421/2
1421/17
shop [3] 1421/23
1421/25 1421/25
shop-now [1] 1421/23
shopping [30] 1350/7
1352/25 1353/2 1353/3
1353/4 1353/12
1353/15 1354/3
1354/14 1354/15
1354/18 1355/1 1355/4
1355/6 1355/11
1355/13 1355/15
1355/22 1356/2 1356/7
1356/11 1356/16
1356/19 1356/23
1357/1 1357/5 1401/3
1401/4 1401/6 1402/1
short [7] 1331/12
1331/14 1342/12
1343/11 1344/3
1349/15 1413/23
short-circuit [1]
1413/23
short-form [1] 1349/15
short-term [5] 1331/12
1331/14 1342/12
1343/11 1344/3
shorts [7] 1412/9
1412/10 1413/25
1414/4 1417/8 1417/9
1417/10
should [11] 1338/1
1342/17 1364/25
1382/2 1385/10 1409/6
1433/17 1433/19
1445/14 1445/17
1445/20
shouldn't [2] 1337/14
1339/22
show [30] 1329/3
1329/19 1331/3 1332/9
1332/12 1332/16
1333/2 1333/21 1342/2
1344/11 1346/19
1347/8 1347/20 1355/4
1364/25 1367/25
1372/9 1380/10
1386/18 1401/15
1407/11 1407/12
1408/6 1416/20
1417/16 1420/10
1420/18 1421/19
1431/25 1435/2
showcase [1] 1327/25

showed [1] 1331/13
1333/6 1361/16
1373/20 1374/11
1434/22 1437/15
1443/11
showing [6] 1328/19
1364/17 1364/18
1372/20 1410/7
1411/17
shown [6] 1345/21
1347/6 1384/23
1389/17 1427/22
1445/8
shows [6] 1331/9
1333/17 1346/10
1372/17 1395/4
1400/11
shut [1] 1366/23
side [7] 1340/1
1356/18 1368/6
1376/15 1426/23
1440/20 1445/9
sign [2] 1330/10
1421/25
signal [1] 1427/5
signaled [1] 1418/4
signals [9] 1337/9
1337/10 1408/23
1408/25 1409/1 1409/1
1409/2 1418/18 1419/3
significance [1]
1411/11
significant [5] 1336/21
1403/16 1406/18
1411/22 1431/3
significantly [2]
1401/8 1423/19
signify [1] 1412/24
similar [2] 1347/15
1354/14
simple [1] 1332/18
simpler [2] 1369/19
1405/23
simplicity [2] 1373/10
1408/5
simplification [2]
1370/16 1370/17
simplified [1] 1330/5
simplify [2] 1369/15
1370/3
simply [2] 1343/23
1435/1
since [9] 1344/13
1374/1 1374/7 1390/14
1395/23 1398/6
1400/15 1427/18
1437/2
single [4] 1333/7
1387/14 1391/24
1424/25
singular [3] 1357/15
1358/3 1414/20
singularly [1] 1368/2
sir [12] 1341/7 1381/2
1396/1 1420/12
1433/11 1435/3
1436/17 1442/1
1442/19 1445/4

site [9] 1350/23 1351/1
1351/3 1351/18
1351/22 1390/21
1405/18 1420/17
1421/16
sites [1] 1383/7
six [4] 1340/9 1361/17
1384/23 1385/4
size [2] 1394/4 1403/15
Skai [1] 1359/13
1423/10 1429/14
sketchers.com [1]
1350/16
slice [1] 1394/4
slide [35] 1341/11
1342/7 1342/8 1342/9
1349/23 1360/16
1381/16 1382/4
1392/13 1395/2
1401/16 1403/2 1410/6
1411/1 1411/5 1411/16
1416/21 1417/17
1420/11 1421/20
1422/13 1433/13
1440/2 1440/18
1440/19 1441/16
1443/12 1443/13
1444/17 1444/24
1444/25 1445/4
1445/14 1446/5
1446/15
slide 1 [1] 1349/23
slide 10 [2] 1421/20
1440/2
slide 11 [1] 1422/13
slide 12 [1] 1401/16
Slide 24 [1] 1444/17
slide 3 [1] 1360/16
slide 4 [1] 1443/12
slide 6 [1] 1416/21
slide 8 [1] 1417/17
slide 9 [1] 1420/11
slides [1] 1381/25
slightly [1] 1355/20
slots [1] 1352/3
slotting [1] 1399/13
slow [1] 1342/1
slowdown [1] 1341/23
slowing [6] 1341/14
1341/15 1341/17
1341/25 1443/12
1443/15
small [13] 1329/15
1329/22 1330/13
1335/4 1345/23
1345/23 1369/20
1374/11 1381/6 1387/7
1390/24 1408/3 1440/4
smaller [6] 1331/23
1346/22 1354/10
1366/23 1388/21
1406/18
smallest [1] 1335/2
1366/5 1366/14
Smurzynski [1] 1324/2
Snap [1] 1393/16
so [187]

1337/24 1376/9
1426/20
So this is [2] 1383/22
1433/14
social [15] 1347/16
1358/5 1358/8 1382/11
1383/7 1383/9 1405/10
1405/11 1405/15
1405/18 1405/21
1406/2 1406/6 1412/1
1412/12
software [8] 1357/8
1357/12 1357/15
1358/20 1359/4 1359/9
1359/20 1360/9
sold [2] 1398/7 1399/8
solely [1] 1379/20
solve [1] 1387/9
some [72] 1327/13
1328/14 1329/4
1330/24 1333/21
1334/4 1335/6 1336/18
1337/1 1344/18
1346/12 1346/14
1346/15 1347/16
1349/10 1349/21
1350/24 1354/5
1356/11 1356/14
1356/15 1359/6
1362/10 1362/10
1369/8 1369/20 1370/2
1370/8 1370/20
1370/24 1370/25
1371/8 1371/16 1382/4
1382/9 1383/10
1383/12 1387/2 1387/7
1387/12 1389/21
1389/25 1390/3
1391/12 1391/22
1393/13 1398/21
1399/2 1402/6 1403/9
1404/19 1406/24
1412/3 1412/8 1418/14
1423/6 1424/15 1425/5
1430/6 1432/2 1433/11
1433/23 1434/19
1434/21 1438/22
1439/7 1439/9 1439/15
1439/18 1439/18
1441/3 1442/3
somebody [8] 1330/8
1384/24 1415/9
1415/10 1415/10
1416/10 1419/8 1419/9
someone [1] 1360/8
something [18]
1330/19 1339/22
1347/11 1349/3 1351/5
1364/9 1365/15 1376/5
1380/2 1401/20
1408/19 1412/19
1413/20 1415/9 1416/6
1425/25 1426/6 1428/3
sometimes [5] 1338/12
1352/20 1368/4
1399/20 1399/21
somewhat [2] 1331/23

somewhere [1]
1425/21
Sommer [3] 1324/4
1326/16 1386/1
SONSINI [1] 1324/6
sooner [2] 1445/14
1445/17
sophisticated [2]
1366/8 1366/20
sophistication [1]
1335/5
sorry [16] 1339/13
1340/17 1340/22
1361/5 1375/4 1382/7
1399/10 1407/13
1410/8 1410/11
1410/12 1410/17
1414/23 1435/19
1435/22 1439/22
sort [9] 1339/24
1353/25 1376/20
1378/17 1399/17
1412/1 1413/17
1413/23 1419/18
sorts [2] 1349/20
1382/12
Sounds [1] 1434/15
source [1] 1439/14
South [1] 1323/8
space [1] 1380/15
specialized [1]
1346/20
specific [8] 1328/23
1333/23 1349/21
1355/6 1355/10
1355/21 1374/12
1378/19
specified [1] 1352/15
speculate [1] 1437/3
speed [1] 1433/24
spell [1] 1365/17
spend [30] 1334/19
1356/19 1357/8 1358/5
1358/13 1358/24
1359/5 1360/10
1367/22 1372/23
1379/14 1382/17
1384/3 1384/5 1384/10
1384/18 1385/9 1396/4
1398/1 1399/15
1399/25 1400/1
1401/13 1406/2 1406/6
1406/14 1415/18
1418/16 1425/3
1436/15
spending [2] 1334/18
1420/8
spends [1] 1408/14
spirit [1] 1329/6
squashing [8] 1386/4
1386/6 1386/10
1386/11 1386/20
1386/22 1386/24
1386/25
squished [1] 1416/18
St [1] 1324/3
stack [2] 1430/24

1468

**S**

stack... [1] 1431/19
stalk [1] 1412/7
stamped [1] 1440/2
stand [3] 1327/5
1348/16 1381/13
standards [1] 1336/20
standing [1] 1379/2
stands [2] 1385/19
1447/12
start [10] 1327/17
1340/24 1393/1 1393/1
1433/15 1434/11
1434/21 1434/25
1437/20 1438/2
started [5] 1360/22
1400/23 1405/15
1424/17 1426/22
starting [1] 1326/14
1413/13
starts [1] 1375/16
state [5] 1323/11
1342/18 1342/24
1441/20 1445/4
stated [1] 1441/20
statement [4] 1392/20
1417/4 1440/24 1441/1
statements [2]
1402/18 1409/11
states [19] 1322/1
1322/3 1322/10 1323/6
1326/6 1326/10
1363/22 1401/7
1402/16 1409/9 1436/4
1436/19 1440/11
1440/20 1443/12
1444/17 1445/13
1446/6 1446/15
station [1] 1346/11
statistical [1] 1332/5
stats [1] 1376/17
stay [1] 1361/23
steadily [1] 1394/12
stenography [1]
1324/15
stick [1] 1396/2
still [4] 1404/6 1409/5
1414/10 1414/11
stop [2] 1334/18
1376/22
stopped [1] 1391/3
store [4] 1355/8
1355/10 1394/21
1394/22
stores [1] 1355/23
streaming [1] 1382/13
street [4] 1323/3
1323/8 1337/11
1337/12
street's [2] 1389/5
1389/13
strictly [1] 1383/9
stringent [1] 1336/4
structured [3] 1348/2
1353/8 1381/20
studies [1] 1331/16
study [7] 1384/20
1440/3 1440/11

1441/7
stuff [1] 1415/11
subject [2] 1327/13
1409/13
submit [2] 1332/14
1435/15
submitting [1] 1331/1
subscribe [1] 1420/1
subscribing [1] 1418/6
subsequently [1]
1413/16
subset [4] 1343/21
1360/21 1360/23
1382/18
substitutability [2]
1357/1 1358/22
substitutable [2]
1356/16 1357/3
substitute [1] 1355/15
succeeded [1] 1362/8
success [1] 1383/22
such [7] 1336/23
1357/23 1358/1
1370/14 1409/24
1418/25 1430/2
sufficient [1] 1352/1
sufficiently [1]
1351/25
suggest [1] 1419/19
suggested [2] 1384/25
1429/10
suggesting [1]
1355/21
suggests [2] 1358/23
1411/12
suitable [1] 1355/15
Suite [3] 1323/8
1323/14 1323/19
summary [1] 1432/21
sunk [1] 1433/14
sunk-cost [1] 1433/14
supermarket [2]
1399/9 1399/11
support [2] 1425/7
1431/15
supporting [1]
1429/16
sure [17] 1331/24
1333/24 1340/20
1346/6 1368/12
1377/16 1383/19
1385/15 1386/16
1403/13 1407/21
1410/10 1418/22
1426/23 1436/24
1436/25 1442/4
surface [6] 1347/23
1348/11 1348/13
1348/15 1372/10
1372/20
surfaces [1] 1348/9
surpassed [1] 1403/19
survey [2] 1381/21
1382/5
surveys [1] 1331/21
sustain [1] 1424/11
swath [1] 1383/10

SWORN [1] 1327/5
synonymous [1]
1350/10
system [19] 1330/22
1344/9 1351/13 1354/1
1362/25 1363/3
1364/12 1367/2 1370/9
1370/12 1370/14
1372/1 1373/11 1380/6
1380/9 1390/17
1391/25 1405/25
1408/5
systems [9] 1330/25
1332/5 1358/4 1359/9
1369/25 1379/11
1387/12 1405/24
1415/22

**T**

take [33] 1331/9
1331/22 1342/12
1343/1 1344/21
1344/23 1348/8 1348/9
1361/13 1362/18
1368/24 1369/4
1382/19 1383/13
1383/17 1385/14
1388/23 1393/7 1394/9
1394/10 1397/1
1403/23 1411/15
1420/18 1422/18
1425/14 1425/18
1426/18 1433/17
1433/22 1434/10
1434/13 1447/6
taken [3] 1328/25
1377/7 1392/14
takes [7] 1344/25
1345/15 1346/1
1365/25 1386/12
1387/18 1427/4
taking [2] 1397/7
1411/2
talk [7] 1338/8 1340/13
1347/6 1376/15
1377/10 1430/4
1434/19
talked [15] 1352/25
1357/25 1359/4
1359/21 1366/3
1397/12 1397/24
1406/1 1406/4 1437/17
1442/1 1444/5 1444/13
1446/1 1446/8
talking [11] 1336/8
1359/24 1360/1 1361/1
1370/6 1377/15 1380/3
1397/12 1401/12
1426/22 1446/18
target [3] 1368/2
1408/9 1416/23
targeting [1] 1369/19
targets [2] 1336/5
1427/16
team [65] 1329/6
1335/20 1335/23
1335/25 1336/8 1336/9

1336/17 1336/22
1336/23 1337/5 1337/7
1337/9 1337/9 1337/10
1337/10 1337/13
1338/7 1338/8 1338/24
1342/9 1343/1 1343/2
1343/3 1344/1 1344/2
1345/8 1346/7 1348/12
1349/11 1374/4
1374/14 1374/17
1377/1 1377/21 1378/5
1378/9 1379/19 1389/4
1389/9 1389/12
1389/21 1390/24
1403/7 1431/11
1432/16 1442/14
1442/14 1444/25
1445/1 1445/3 1445/21
1445/21 1446/1 1446/4
1446/13 1446/19
1446/19 1446/20
1446/23 1446/23
1447/1 1447/2 1447/3
team's [1] 1425/11
teams [9] 1336/11
1336/11 1337/2
1337/20 1339/5
1377/20 1378/2 1378/3
1378/14
technical [3] 1356/14
1430/24 1430/25
technique [1] 1386/21
technology [3]
1364/12 1367/4 1371/9
teenager [2] 1408/14
1408/19
tell [6] 1343/16
1346/14 1383/19
1429/4 1445/20 1447/3
telling [1] 1445/1
tells [1] 1446/19
Temu [1] 1350/17
ten [2] 1382/24
1434/13
ten billion [1] 1382/24
tend [1] 1391/19
tends [1] 1392/2
tens [1] 1382/24
tension [2] 1367/8
1367/11
term [32] 1331/12
1331/13 1331/14
1331/16 1331/20
1333/10 1333/11
1333/22 1342/11
1342/12 1342/14
1342/16 1343/10
1343/11 1343/13
1344/3 1344/14
1344/20 1345/12
1347/4 1347/21
1347/24 1362/3
1362/19 1367/4 1386/4
1393/22 1396/11
1413/2 1413/9 1414/10
1433/20
terms [19] 1332/18

1367/8 1369/5 1369/6
1379/17 1396/3
1405/10 1406/17
1412/2 1415/15
1419/23 1419/24
1420/7 1422/8 1426/12
1426/15 1428/21
Terrific [1] 1326/22
testified [2] 1327/5
1368/17
testify [1] 1368/17
testimony [6] 1368/17
1373/21 1374/23
1375/1 1377/5 1447/11
tests [1] 1345/21
text [30] 1346/17
1346/17 1347/16
1348/1 1350/21
1350/22 1350/23
1351/8 1351/13
1351/23 1352/9
1354/18 1354/22
1355/2 1355/3 1355/7
1355/10 1355/13
1355/15 1355/23
1356/2 1356/7 1356/11
1356/16 1356/19
1356/24 1357/1 1357/4
1374/16 1412/4
than [33] 1326/15
1333/18 1335/19
1343/10 1351/11
1357/5 1365/1 1366/15
1367/23 1370/9 1371/6
1379/16 1379/17
1380/7 1380/8 1383/12
1387/2 1394/6 1397/22
1398/19 1399/25
1401/10 1403/20
1405/12 1405/24
1407/16 1408/12
1411/7 1411/13
1416/13 1417/2 1421/5
1440/8
thank [23] 1326/23
1359/2 1360/6 1363/25
1369/5 1375/10
1380/23 1380/24
1385/24 1386/2
1400/8 1403/23 1405/1
1434/8 1434/9 1435/24
1437/13 1441/24
1442/23 1447/5 1447/9
thank you [19]
1326/23 1359/2 1360/6
1363/25 1369/5
1380/23 1380/24
1389/5 1394/25
1400/8 1403/23 1405/1
1434/8 1435/24
1437/13 1441/24
1442/23 1447/5 1447/9
that [602]
that'll [1] 1362/3
that's [64] 1328/22
1329/5 1329/15

1469

T

that's... [61] 1330/21
1331/6 1333/19
1334/12 1334/24
1336/25 1340/3
1340/21 1341/13
1343/6 1344/1 1345/3
1346/23 1347/4
1350/14 1351/5 1351/6
1351/7 1352/4 1352/21
1356/1 1358/7 1359/23
1360/1 1367/6 1369/7
1371/11 1375/2 1376/7
1376/25 1378/16
1378/24 1380/1 1380/9
1384/18 1390/24
1394/23 1395/12
1397/5 1401/10 1402/7
1404/9 1405/6 1407/18
1408/20 1410/1
1411/10 1414/10
1416/8 1416/20
1419/11 1421/13
1435/11 1436/17
1436/24 1438/16
1438/19 1442/13
1445/10 1446/2
1446/21
theater [1] 1415/10
their [100] 1327/21
1327/22 1327/25
1328/19 1329/25
1333/13 1334/10
1334/14 1334/14
1334/17 1346/3
1353/10 1355/9
1355/10 1355/11
1355/23 1356/7
1357/23 1358/14
1358/16 1358/17
1358/24 1358/24
1358/25 1359/5 1359/9
1359/15 1359/15
1362/6 1362/16
1367/16 1367/20
1368/7 1370/21 1371/6
1371/10 1371/11
1371/19 1372/22
1373/8 1373/9 1373/13
1376/18 1381/21
1383/16 1383/25
1384/3 1384/9 1384/18
1384/21 1385/1 1385/9
1385/12 1390/18
1390/20 1390/20
1390/21 1391/7 1392/9
1393/15 1398/17
1398/19 1398/20
1398/22 1398/25
1399/7 1399/16
1399/18 1400/17
1401/8 1401/9 1404/2
1406/10 1408/5 1408/8
1411/22 1412/2
1413/21 1415/18
1418/12 1418/16
1419/8 1419/12 1420/8
1420/20 1421/3 1422/6

1424/22 1425/2 1427/7
1429/5 1430/4 1436/14
1436/15 1437/4
1442/10 1447/4
their ROI [1] 1385/1
them [49] 1327/25
1328/19 1328/21
1328/22 1329/19
1329/21 1329/23
1329/24 1334/6 1334/8
1334/10 1336/20
1339/19 1339/20
1339/25 1343/16
1347/21 1347/22
1351/6 1357/17
1357/17 1359/14
1364/25 1370/25
1371/5 1376/18
1377/23 1377/24
1379/8 1381/21
1391/10 1392/2 1392/3
1393/11 1399/16
1406/24 1416/14
1419/7 1424/20
1424/24 1425/1 1425/9
1426/24 1427/14
1429/5 1430/5 1430/8
1432/11 1433/18
themselves [2] 1360/3
1362/14
then [59] 1328/2
1329/19 1331/16
1334/18 1335/23
1336/21 1337/6
1338/12 1340/12
1341/25 1342/2
1343/15 1343/22
1344/13 1345/9
1348/14 1349/17
1350/19 1351/12
1359/15 1362/3 1372/9
1373/20 1374/7
1377/22 1378/19
1381/22 1387/15
1389/12 1392/2
1396/13 1399/15
1402/1 1402/6 1412/18
1413/13 1413/14
1414/5 1414/21
1415/19 1415/20
1418/8 1419/10
1419/13 1420/16
1423/25 1424/1
1424/18 1425/2
1429/18 1430/6 1430/7
1430/13 1430/14
1430/15 1431/21
1434/13 1441/3 1445/2
there [51] 1331/9
1334/20 1335/6
1336/18 1337/1
1337/20 1337/22
1338/15 1341/7 1342/6
1348/4 1356/14 1367/7
1367/11 1367/11
1369/8 1375/17
1376/13 1376/20

1378/17 1378/19
1379/25 1382/10
1383/6 1386/14
1388/24 1391/12
1393/1 1393/11 1394/5
1394/6 1395/17 1402/3
1409/11 1410/5
1411/12 1411/21
1414/5 1417/14
1418/12 1419/16
1421/14 1425/6 1429/9
1429/13 1440/4
1441/16 1445/23
1446/7
there's [20] 1328/18
1333/1 1336/9 1338/14
1338/15 1341/23
1348/17 1348/20
1349/7 1356/15
1371/17 1380/19
1393/3 1402/17 1403/9
1403/16 1404/6
1409/11 1418/8
1419/20
thereby [1] 1366/23
therefore [4] 1364/25
1368/19 1416/11
1440/14
these [53] 1335/25
1342/14 1342/16
1343/8 1343/24
1344/12 1344/15
1351/1 1351/18
1351/22 1358/4
1358/13 1358/22
1360/10 1366/7
1366/14 1368/9 1370/2
1378/4 1379/14
1382/15 1382/17
1384/9 1388/9 1391/2
1392/10 1393/19
1405/18 1409/23
1412/21 1415/16
1416/24 1417/14
1420/22 1421/21
1422/1 1422/1 1422/4
1422/5 1422/8 1422/9
1422/11 1424/22
1427/8 1427/16
1429/13 1430/1 1432/2
1433/4 1433/4 1433/5
1434/23 1434/25
they [160]
they'll [8] 1357/20
1357/20 1357/22
1359/12 1372/19
1377/19 1430/5 1430/7
they're [52] 1328/1
1328/17 1329/23
1330/12 1333/5
1335/23 1340/2
1341/11 1343/18
1343/19 1345/9 1347/6
1347/17 1354/15
1355/20 1355/21
1355/22 1357/2 1357/3
1366/25 1370/13

1376/16 1376/19
1383/4 1383/24 1384/2
1384/21 1385/11
1391/8 1397/20 1398/7
1398/18 1398/19
1402/5 1402/18 1408/3
1408/4 1408/6 1408/9
1408/10 1409/11
1411/2 1412/1 1412/1
1412/20 1413/20
1420/8 1422/6 1445/2
1445/20
they've [3] 1356/23
1374/7 1383/9
thing [13] 1328/12
1329/12 1331/25
1344/13 1345/7
1358/23 1360/2
1363/15 1364/24
1365/13 1380/3 1400/5
1427/3
things [18] 1338/13
1343/14 1352/2 1363/7
1363/15 1371/20
1376/19 1377/24
1381/7 1390/21
1396/12 1399/13
1400/4 1400/7 1404/24
1415/13 1420/2 1445/8
think [43] 1333/9
1339/15 1340/9
1340/22 1348/8
1348/14 1348/15
1352/8 1356/14
1361/16 1363/3 1367/4
1375/24 1376/5
1376/13 1379/16
1381/22 1383/5
1383/22 1388/7 1394/2
1399/18 1403/16
1404/6 1406/13
1414/12 1414/13
1415/25 1418/2
1421/11 1422/15
1425/21 1426/16
1426/19 1434/20
1435/7 1437/1 1440/1
1442/2 1444/4 1444/13
1445/6 1445/7
thinking [4] 1379/12
1379/18 1413/20
1422/8
third [9] 1350/18
1354/7 1359/12
1382/12 1402/18
1406/5 1409/11 1428/6
1428/9
third-party [4] 1354/7
1382/12 1402/18
1409/11
this [161]
This is Civil [1] 1326/6
those [40] 1328/21
1330/18 1330/18
1332/6 1335/22
1338/11 1338/13
1345/21 1346/25

1517/14 1350/4 1350/5
1350/7 1350/10 1352/2
1356/3 1359/19
1360/10 1363/7
1363/14 1366/20
1376/8 1376/21 1383/7
1390/25 1393/18
1406/2 1408/17
1413/25 1423/10
1425/11 1429/1
1431/12 1435/4 1435/8
1442/13 1443/20
1443/20 1444/13
1445/2
though [2] 1335/12
1421/11
thought [4] 1344/13
1375/2 1414/4 1424/25
thousand [6] 1335/15
1335/16 1335/18
1361/3 1361/4 1361/4
thousands [2] 1353/19
1377/17
thread [1] 1372/15
threat [3] 1374/6
1412/25 1435/7
threatened [1] 1398/25
three [6] 1343/7 1343/8
1343/24 1343/24
1394/7 1425/21
threshold [2] 1332/15
1367/23
through [11] 1355/20
1355/23 1359/17
1359/18 1369/2
1381/20 1386/18
1387/2 1400/11
1412/21 1413/12
throughput [1]
1431/11
ticket [1] 1330/12
tight [2] 1427/9
1427/16
TikTok [16] 1349/16
1382/21 1394/8
1394/14 1394/15
1395/17 1395/22
1395/24 1397/12
1397/14 1397/18
1397/22 1406/23
1418/6 1419/20
1420/15
TikTok's [1] 1383/1
time [47] 1339/19
1340/8 1341/6 1344/25
1345/9 1345/15 1346/1
1346/8 1348/12 1354/8
1355/14 1367/24
1369/9 1374/3 1375/25
1378/5 1378/8 1379/13
1381/21 1387/3 1387/7
1387/15 1387/17
1395/13 1397/7 1401/4
1408/7 1408/18 1410/9
1413/1 1415/5 1422/21
1425/10 1425/15
1425/19 1426/4
1426/13 1426/16

1470

**T**

**time... [9]** 1427/1
1427/4 1427/9 1427/14
1429/23 1429/25
1431/6 1434/8 1441/2
**timelines [1]** 1433/24
**times [2]** 1397/13
1438/13
**tiny [1]** 1361/14
**title [4]** 1435/25
1437/16 1445/4 1445/5
**titled [1]** 1448/4
**today [6]** 1383/3
1400/24 1433/15
1434/18 1436/24
1444/21
**together [12]** 1336/11
1337/21 1337/22
1338/12 1375/17
1427/19 1444/18
1444/22 1445/14
1445/17 1446/16
1446/24
**told [3]** 1400/11
1416/17 1426/17
**too [2]** 1375/22
1433/24
**took [2]** 1326/14
1381/20
**tool [9]** 1358/1 1359/17
1359/18 1359/22
1359/22 1359/24
1360/8 1360/9 1424/14
**tools [4]** 1406/5
1423/10 1429/22
1431/7
**top [9]** 1327/24
1329/19 1350/3 1353/1
1359/8 1383/21
1384/18 1386/19
1440/22
**topic [1]** 1416/25
**topside [1]** 1333/18
**total [10]** 1335/19
1394/9 1394/11
1437/22 1439/22
1440/8 1441/12
1441/23 1443/15
1443/19
**totally [1]** 1432/3
**touched [2]** 1333/17
1388/8
**toward [2]** 1336/13
1370/21
**track [3]** 1369/10
1385/3 1404/11
**tracking [7]** 1384/25
1440/21 1441/2 1441/6
1441/13 1441/17
1441/21
**tradeoff [1]** 1342/13
**tradeoffs [5]** 1431/12
1431/12 1432/17
1432/21 1433/5
**traffic [4]** 1355/23
1392/1 1401/3 1401/4
**train [1]** 1346/10
**trajectory [1]** 1428/9

**transcript [5]** 1322/9
1324/15 1368/25
1374/20 1448/3
**transcription [1]**
1324/15
**translating [1]** 1371/6
**travel [3]** 1346/22
1404/20 1404/21
**traversal [1]** 1419/18
**treat [1]** 1364/25
**treated [1]** 1363/16
**trend [1]** 1356/18
**trends [2]** 1405/9
1405/10
**TRIAL [1]** 1322/9
**tricks [1]** 1343/12
**tries [5]** 1334/10
1334/21 1365/16
1368/8 1372/11
**triggers [1]** 1351/23
**true [3]** 1436/24
1438/16 1438/19
**trust [1]** 1363/9
**truth [2]** 1402/19
1409/12
**try [21]** 1327/12
1344/14 1362/7
1362/16 1363/10
1366/20 1369/9
1369/25 1371/22
1381/6 1381/8 1382/25
1387/9 1390/1 1407/20
1407/20 1414/16
1426/15 1427/20
1429/2 1446/13
**trying [11]** 1340/6
1343/25 1355/22
1375/20 1377/18
1380/10 1420/14
1422/6 1425/5 1432/17
1433/14
**tunings [1]** 1344/8
**turn [14]** 1334/3
1338/2 1341/5 1342/4
1346/12 1360/13
1364/13 1380/17
1410/4 1422/2 1435/12
1440/1 1440/18
1444/16
**turns [1]** 1354/12
**TV [1]** 1349/19
**twice [8]** 1403/25
1404/3 1407/9 1407/17
1407/23 1407/25
1408/1 1431/20
**two [11]** 1342/4
1344/17 1350/21
1350/23 1364/10
1374/19 1376/14
1376/20 1378/16
1425/21 1446/5
**TYLER [1]** 1323/18
**type [12]** 1332/19
1337/1 1349/3 1350/4
1357/12 1358/20
1371/14 1401/17
1407/17 1411/25
1412/11 1420/7

**types [2]** 1332/24
1348/23 1349/21
1357/9 1364/10
1365/24 1378/17
1378/20 1401/25
1417/2 1420/22 1421/4
1436/5
**typical [4]** 1353/21
1366/13 1384/20
1430/1
**typically [14]** 1329/11
1329/17 1335/12
1335/23 1336/17
1344/8 1347/5 1359/11
1366/7 1379/6 1380/1
1398/12 1412/3
1412/18

**U**

**U.S [6]** 1323/2 1395/4
1396/2 1397/19
1403/14 1403/15
**ultimate [2]** 1355/24
1417/2
**ultimately [8]** 1352/22
1379/23 1391/8
1405/20 1412/22
1418/14 1421/1 1422/5
1429/4 1430/7
**UMM [1]** 1441/19
**under [1]** 1422/25
**underlying [5]** 1361/24
1396/17 1397/5
1412/16 1415/19
**underneath [1]**
1445/13
**understand [7]** 1347/3
1358/25 1375/20
1383/23 1385/10
1410/2 1429/21
**understanding [2]**
1363/13 1396/1
**understood [2]**
1339/24 1407/21
**undue [1]** 1353/25
**unhappy [1]** 1366/7
**unique [2]** 1372/22
1418/11
**uniquely [1]** 1417/23
**uniqueness [1]** 1418/9
**unit [3]** 1323/12 1414/7
1417/11
**UNITED [6]** 1322/1
1322/3 1322/10 1323/6
1326/6 1401/7
**United States [1]**
1401/7
**United States of [1]**
1326/6
**universally [1]** 1442/9
**unobjected [1]**
1396/17
**unrelated [1]** 1330/20
**Untapped [2]** 1404/7
1404/7
**up [49]** 1330/6 1330/19
1332/7 1338/24
1339/15 1339/23
1342/17 1344/11

1352/22 1352/24
1354/1 1355/4 1357/20
1360/15 1366/18
1367/21 1369/23
1375/16 1379/25
1380/10 1382/23
1386/4 1386/18
1386/18 1388/10
1388/14 1388/22
1390/11 1390/15
1390/18 1392/12
1395/2 1395/16 1401/7
1405/3 1405/24 1408/4
1409/4 1413/6 1421/4
1421/25 1427/7
1427/22 1427/24
1429/14 1433/24
1439/15
**updated [1]** 1431/1
**upgrade [3]** 1431/6
1431/10 1432/18
**upgraded [1]** 1424/3
**uphold [1]** 1337/13
**upon [1]** 1416/16
**upper [1]** 1415/12
**upside [3]** 1403/16
1404/6 1411/22
**UPX522 [1]** 1388/22
**us [21]** 1327/12 1336/2
1341/19 1346/14
1353/7 1354/20
1367/19 1371/11
1372/8 1372/19 1375/9
1381/16 1383/20
1391/9 1400/11
1401/23 1402/7
1416/17 1426/17
1429/4 1430/7
**usage [1]** 1411/24
**usdoj.gov [1]** 1323/5
**use [30]** 1330/17
1357/12 1363/1
1364/11 1364/11
1367/17 1371/9 1373/1
1381/18 1382/5
1383/25 1386/10
1391/18 1391/20
1393/4 1393/4 1394/19
1414/11 1423/3 1423/7
1423/9 1424/3 1424/24
1427/5 1429/7 1429/19
1430/16 1436/14
1439/17 1445/5
**used [16]** 1344/12
1347/24 1367/4 1380/4
1386/21 1388/22
1413/11 1414/10
1414/15 1414/15
1415/19 1420/2
1423/25 1435/8 1442/3
1442/4
**useful [5]** 1329/5
1329/8 1331/8 1331/9
1442/10
**user [75]** 1329/2
1329/8 1329/11
1329/16 1329/19

1331/10/14 1331/4 1331/6
1331/12 1331/21
1332/2 1332/6 1332/8
1332/10 1332/22
1333/2 1333/13 1337/6
1337/6 1343/9 1343/12
1343/17 1343/20
1343/21 1343/22
1344/6 1344/14
1344/23 1344/24
1345/16 1345/24
1346/2 1347/22 1348/2
1348/13 1351/5
1353/16 1355/9
1361/22 1362/1 1363/3
1363/6 1363/10
1364/19 1364/21
1364/23 1365/4 1365/5
1365/8 1365/11
1365/19 1367/15
1367/20 1368/2 1368/2
1368/6 1383/6 1386/17
1388/1 1392/3 1392/16
1393/3 1401/24
1408/10 1413/19
1413/22 1419/11
1419/12 1419/13
1419/14 1419/15
1424/2 1442/11
1442/11 1446/14
**user's [1]** 1419/3
**users [46]** 1327/19
1327/23 1328/1 1328/3
1328/15 1329/3 1330/2
1331/3 1331/7 1333/3
1334/2 1336/6 1337/19
1338/1 1338/11
1341/19 1343/14
1344/7 1345/6 1345/19
1346/3 1348/16
1351/17 1351/21
1353/4 1353/14
1353/23 1363/4 1367/9
1367/10 1367/10
1367/18 1383/8 1383/9
1383/11 1383/12
1386/24 1386/25
1388/5 1402/2 1408/9
1416/24 1416/24
1418/18 1419/7
1444/12
**users's [1]** 1418/4
**using [5]** 1351/13
1353/22 1371/15
1415/22 1416/12
**utility [1]** 1402/2

**V**

**valuable [2]** 1333/22
1417/23
**value [20]** 1334/7
1336/6 1343/20
1351/21 1357/18
1358/16 1362/2 1362/2
1362/4 1366/16 1371/7
1379/3 1379/24
1380/12 1389/2
1389/25 1390/2 1425/2

**V**

value... [2] 1441/2
1441/17
variety [8] 1328/18
1350/21 1351/10
1371/23 1400/4
1407/11 1407/16
1407/24
various [8] 1335/4
1349/14 1349/19
1357/22 1377/1
1393/16 1409/1 1435/3
vast [2] 1370/17
1408/7
velocity [4] 1446/17
1446/24 1447/2 1447/3
version [4] 1430/5
1430/12 1430/14
1431/2
versions [1] 1435/1
versus [4] 1326/7
1356/23 1404/13
1415/24
vertical [1] 1342/10
verticals [1] 1342/11
very [38] 1329/5
1330/7 1330/7 1330/8
1330/11 1334/24
1336/4 1342/20
1343/20 1345/23
1345/23 1346/8 1347/4
1353/24 1354/14
1354/15 1362/11
1366/8 1370/12
1370/17 1371/8
1371/25 1377/14
1382/25 1390/17
1392/3 1393/18 1398/5
1415/24 1417/7
1417/12 1427/9
1427/10 1427/16
1427/16 1429/12
1445/6 1445/7
via [1] 1360/24
vibrant [1] 1391/21
video [7] 1349/14
1349/15 1382/13
1412/3 1412/8 1419/21
1419/23
videos [2] 1419/25
1420/1
view [5] 1357/2
1379/11 1393/13
1404/4 1414/9
visited [2] 1419/7
1419/9
visiting [2] 1415/9
1418/5
visual [3] 1348/12
1348/13 1356/15
void [1] 1407/18
VP [1] 1442/19
vs [1] 1322/5

**W**

wait [1] 1430/11
waiting [1] 1431/22
walked [1] 1416/10

want [67] 1327/12
1327/15 1327/20
1329/16 1334/6 1334/6
1334/25 1336/5
1339/11 1339/21
1341/18 1341/18
1343/9 1343/10
1343/13 1344/6 1345/7
1346/12 1347/20
1347/21 1347/22
1349/21 1353/5 1355/3
1360/13 1361/20
1361/20 1361/21
1361/22 1361/23
1361/23 1362/1 1362/6
1366/4 1366/9 1367/8
1367/18 1367/19
1368/1 1371/10
1372/18 1375/5
1379/23 1385/14
1392/12 1392/12
1393/12 1397/22
1398/17 1399/20
1402/4 1405/5 1417/6
1417/16 1422/16
1422/22 1423/3
1424/16 1425/7
1427/22 1428/2 1428/8
1428/24 1429/4
1433/11 1433/19
1446/2
wanted [2] 1400/22
1430/11
wanting [3] 1367/10
1367/10 1433/7
wants [3] 1355/9
1428/17 1442/14
was [68] 1326/20
1326/20 1339/13
1339/18 1339/24
1344/13 1353/16
1353/17 1354/3
1354/10 1354/12
1356/14 1359/13
1359/23 1360/25
1367/4 1368/18
1368/19 1368/20
1370/3 1374/15 1375/2
1375/20 1375/21
1377/25 1378/8
1381/19 1383/1
1386/12 1386/17
1386/17 1386/21
1387/9 1387/11
1388/22 1391/10
1391/12 1397/17
1410/11 1412/14
1415/11 1417/12
1423/14 1424/13
1424/21 1425/6
1425/21 1426/3 1426/4
1426/10 1426/25
1428/3 1429/14
1430/14 1430/21
1430/22 1430/25
1431/3 1432/16
1433/22 1435/7 1437/8

1441/9 1444/13
1446/11
Washington [4] 1322/5
1323/3 1324/4 1324/13
watt [1] 1400/23
way [24] 1336/4 1336/5
1337/11 1337/12
1342/20 1353/21
1354/4 1357/4 1357/23
1362/23 1363/12
1363/16 1368/8
1389/16 1394/24
1403/18 1408/11
1416/11 1419/19
1425/5 1425/6 1426/13
1430/10 1433/8
ways [16] 1328/14
1331/10 1333/21
1334/4 1337/20
1337/22 1339/4
1355/20 1363/8
1365/24 1418/5 1418/7
1419/16 1444/10
1444/11 1444/13
wc.com [1] 1324/5
we [316]
we believe [6] 1329/1
1332/13 1403/20
1411/21
We will [1] 1385/16
we'd [1] 1432/7
we'll [17] 1340/3
1343/16 1348/14
1349/13 1349/14
1349/15 1349/17
1349/18 1352/20
1354/16 1369/9
1375/17 1399/25
1428/5 1434/14 1438/2
1447/7
we're [30] 1326/15
1331/25 1332/4 1332/4
1332/21 1332/21
1334/16 1334/17
1343/19 1345/25
1362/7 1369/6 1370/6
1377/5 1377/5 1397/1
1397/8 1399/19
1400/10 1403/14
1405/20 1410/1
1411/17 1422/8
1427/11 1429/2
1434/21 1445/15
1446/3 1447/5
we've [16] 1328/23
1328/24 1331/19
1336/8 1339/23 1340/5
1344/13 1351/10
1360/11 1369/24
1376/18 1382/21
1385/6 1415/20
1421/11 1445/13
weather [1] 1338/3
web [1] 1419/18
WEBB [1] 1323/18
website [9] 1398/12
1418/5 1435/10

1436/13 1436/16
1436/19 1436/23
websites [4] 1347/7
1419/8 1436/5 1436/10
week [1] 1397/15
well [47] 1328/16
1330/4 1331/20
1336/14 1337/24
1340/6 1341/25 1345/6
1346/22 1348/16
1349/18 1362/6
1365/21 1370/8
1370/10 1374/4 1374/9
1374/19 1375/24
1377/17 1378/8
1379/23 1383/4
1389/20 1390/14
1393/5 1393/12 1394/5
1395/25 1397/21
1401/3 1405/12 1406/4
1408/9 1409/7 1414/4
1418/2 1419/17
1423/23 1424/15
1429/24 1430/15
1431/18 1432/25
1437/18 1440/21
1445/10
went [2] 1390/18
1433/22
were [43] 1327/12
1335/6 1346/13
1353/14 1353/15
1354/9 1356/10
1361/10 1361/16
1374/5 1380/3 1380/10
1380/12 1384/23
1386/14 1386/14
1386/15 1388/7
1389/17 1389/17
1390/6 1397/12
1415/16 1419/9
1422/22 1425/2
1425/15 1427/22
1430/9 1430/18
1431/14 1431/21
1433/4 1433/4 1433/7
1433/15 1434/24
1435/20 1441/8
1441/12 1441/16
1442/3 1445/25
weren't [7] 1361/1
1386/16 1390/21
1426/23 1433/7 1441/9
1441/10
wfcavanaugh [1]
1323/20
what [183]
what's [22] 1342/7
1343/7 1347/18
1347/25 1348/7 1349/8
1349/18 1357/11
1357/14 1383/24
1394/13 1396/1
1396/20 1400/25
1404/4 1409/19 1411/4
1414/24 1415/24
1420/6 1426/9 1446/21

whatever [6] 1334/7
1340/4 1358/16
1372/20 1372/22
1429/19
when [45] 1328/1
1328/5 1328/16
1332/13 1332/20
1336/15 1340/17
1345/9 1345/16 1347/5
1350/12 1353/4
1353/15 1360/22
1362/4 1362/12
1362/16 1370/16
1375/16 1377/10
1378/13 1387/12
1387/12 1387/13
1387/25 1389/23
1390/2 1398/9 1398/11
1398/14 1401/12
1414/4 1417/9 1417/21
1421/16 1423/13
1423/24 1425/7
1426/22 1430/16
1437/1 1437/10
1445/19 1445/23
1446/19
whenever [1] 1326/16
where [24] 1327/12
1328/24 1329/22
1331/16 1354/1
1354/25 1367/21
1373/21 1374/11
1377/23 1379/25
1380/6 1382/17
1385/10 1385/11
1402/4 1403/24 1422/5
1422/9 1431/18
1432/16 1433/15
1442/13 1445/25
whereas [1] 1330/13
whether [18] 1338/2
1343/18 1351/17
1356/16 1357/21
1360/8 1373/6 1373/7
1379/12 1386/16
1390/6 1403/18
1416/13 1418/5 1418/5
1426/23 1429/17
1429/22
which [80] 1326/20
1326/21 1329/20
1332/12 1333/21
1336/5 1337/13
1338/16 1339/8 1341/5
1342/2 1342/5 1342/9
1342/12 1342/13
1342/18 1342/20
1346/20 1347/23
1348/2 1350/24 1353/8
1353/22 1353/24
1354/6 1354/14
1355/19 1355/19
1357/25 1359/13
1359/25 1364/9
1364/13 1367/1
1370/19 1371/18
1372/11 1372/13
1374/10 1375/13

1472

## W

**which... [40]** 1382/1
1382/13 1383/13
1383/17 1384/3
1384/11 1384/20
1384/24 1387/6 1391/3
1391/9 1392/2 1392/2
1392/24 1393/17
1398/7 1398/8 1398/24
1399/12 1400/10
1401/6 1402/6 1403/10
1405/24 1406/12
1407/11 1408/11
1417/17 1418/16
1420/16 1422/22
1423/7 1427/16
1430/17 1431/23
1432/1 1432/19
1443/12 1444/4
1445/14
**while [3]** 1340/12
1365/13 1371/13
**who [30]** 1328/3
1330/8 1330/24
1330/25 1331/22
1335/22 1344/10
1354/10 1366/7 1366/9
1367/1 1370/9 1371/8
1376/13 1377/13
1377/18 1378/3
1380/10 1381/20
1391/23 1391/24
1393/4 1393/4 1394/3
1407/17 1408/19
1418/12 1420/14
1421/7 1429/13
**who've [1]** 1419/7
**whole [4]** 1349/16
1389/21 1400/4 1427/3
**whom [1]** 1441/12
**why [28]** 1327/17
1332/25 1335/25
1337/16 1341/16
1344/5 1345/4 1349/6
1353/4 1353/12 1355/3
1355/18 1361/19
1379/5 1386/10
1390/13 1391/18
1392/22 1393/13
1401/22 1407/14
1407/16 1407/23
1409/23 1417/7 1418/1
1429/6 1447/6
**wide [1]** 1383/10
**will [24]** 1331/9
1334/19 1342/3
1345/10 1349/11
1353/7 1354/13 1356/6
1357/8 1358/4 1359/14
1364/1 1378/20 1379/8
1385/16 1387/7
1388/16 1402/20
1409/13 1413/7 1428/9
1430/2 1430/3 1431/23
**William [5]** 1323/17
1324/10 1326/9 1448/2
1448/8
**William Cavanaugh [1]**
1326/9

**willing [3]** 1330/12
1330/14 1342/14
**willingness [2]**
1353/10 1392/9
**WILSON [1]** 1324/6
**win [1]** 1330/6
**winner [3]** 1386/12
1387/2 1387/18
**winner-takes-all [2]**
1386/12 1387/18
**winning [1]** 1386/15
**wish [1]** 1429/19
**withdrawn [4]** 1345/11
1396/13 1422/19
1425/14
**within [7]** 1346/25
1351/9 1381/5 1417/11
1420/17 1427/14
1427/20
**without [5]** 1341/10
1388/18 1429/1 1439/6
1439/13
**witness [5]** 1325/2
1327/4 1339/25 1369/7
1374/24
**witnesses [2]** 1325/4
1340/13
**Women [1]** 1383/10
**won't [3]** 1343/23
1375/6 1421/4
**word [4]** 1365/1
1366/11 1429/21
1445/5
**words [9]** 1363/13
1363/14 1363/15
1364/20 1364/25
1370/10 1435/8 1442/3
1442/4
**work [10]** 1334/10
1336/11 1337/20
1337/22 1338/12
1377/14 1378/7
1426/15 1426/17
1427/19
**working [10]** 1349/8
1378/11 1427/20
1444/17 1444/22
1445/14 1445/17
1445/25 1446/16
1446/24
**world [6]** 1335/2
1362/15 1366/6
1366/10 1377/18
1414/11
**world's [1]** 1442/9
**worse [1]** 1329/1
**would [84]** 1329/17
1329/19 1329/20
1329/25 1330/6 1330/6
1330/18 1333/6 1333/8
1333/9 1333/10
1333/11 1333/11
1342/13 1355/3
1358/15 1358/16
1360/2 1360/2 1360/3
1364/24 1366/25
1367/14 1367/15

1369/21 1372/13
1374/17 1380/14
1380/15 1382/12
1382/13 1388/19
1388/21 1389/9
1389/12 1389/13
1390/15 1390/16
1390/25 1390/25
1391/1 1393/5 1393/25
1394/3 1395/24
1395/24 1399/8
1400/24 1402/4
1404/22 1405/22
1406/9 1414/2 1416/2
1416/6 1419/10
1419/12 1419/13
1422/2 1422/9 1422/11
1424/23 1424/24
1425/1 1425/8 1425/8
1426/23 1430/10
1430/15 1430/16
1430/17 1430/23
1432/22 1432/23
1433/16 1434/10
1438/6 1439/2 1442/8
1442/16 1443/23
1447/1
**wouldn't [1]** 1439/5
**Wow [1]** 1368/12
**write [1]** 1360/3
**writes [1]** 1359/24
**writing [2]** 1384/24
1437/6
**written [1]** 1386/6
**wrong [5]** 1340/23
1390/3 1407/15 1409/3
1410/15
**wsgr.com [1]** 1324/9

## Y

**Yahoo [1]** 1423/24
**yeah [19]** 1330/21
1331/11 1333/25
1337/22 1342/8 1344/1
1354/21 1357/13
1375/9 1375/20
1381/18 1382/18
1383/1 1384/16
1396/24 1400/6
1403/13 1407/22
1410/10
**year [6]** 1344/17
1354/13 1394/17
1431/23 1444/6 1444/6
**years [18]** 1344/18
1348/5 1351/8 1356/20
1361/17 1373/13
1382/21 1383/1
1384/24 1385/4 1394/8
1394/12 1395/9
1400/12 1400/22
1413/11 1425/22
1426/19
**Yep [1]** 1436/2
**yes [137]**
**yesterday [33]** 1326/18
1327/13 1330/5

1346/13 1352/8
1356/10 1358/1
1359/14 1361/10
1370/20 1371/25
1373/12 1380/5
1384/23 1386/5 1388/7
1388/22 1389/17
1390/6 1391/12
1422/23 1423/13
1427/23 1427/25
1428/3 1428/14
1430/18 1437/17
1446/8 1447/10
**yet [1]** 1373/3
**York [2]** 1323/19
1324/8
**you [378]**
**you know [2]** 1348/22
1371/18
**you'd [1]** 1330/7
**you'll [3]** 1339/20
1350/15 1407/15
**you're [14]** 1326/16
1329/13 1340/20
1345/12 1366/21
1375/17 1377/15
1387/17 1401/12
1412/17 1427/8
1427/15 1431/10
1431/19
**you've [5]** 1330/3
1379/10 1382/22
1416/14 1416/17
**younger [2]** 1383/8
1383/9
**your [66]** 1326/5
1327/1 1329/3 1335/20
1338/17 1339/1
1339/10 1339/23
1340/8 1340/14
1349/10 1351/9
1363/21 1363/24
1368/13 1373/5
1374/14 1374/22
1375/4 1376/25 1377/4
1379/11 1379/19
1380/19 1380/21
1380/22 1382/2 1384/6
1384/15 1393/8 1396/1
1396/15 1396/25
1401/18 1402/15
1402/17 1406/16
1407/21 1408/16
1409/10 1413/5 1418/2
1420/2 1420/6 1421/12
1432/6 1434/2 1434/10
1434/20 1435/3
1435/13 1435/15
1435/22 1436/18
1437/15 1440/8
1440/15 1442/1
1442/19 1442/20
1443/11 1444/1 1444/1
1444/5 1447/9 1447/11
**Your Honor [26]**
1326/5 1327/1 1338/17
1339/1 1339/10

1339/23 1340/8
1340/14 1363/21
1363/24 1374/22
1375/4 1377/4 1380/19
1380/21 1380/22
1396/15 1396/25
1402/15 1402/17
1409/10 1413/5
1434/14 1435/15
1435/22 1447/9
**yourself [1]** 1382/16
**YouTube [3]** 1372/12
1372/21 1418/13

## Z

**Zappos [1]** 1351/4
**Zaremba [3]** 1324/10
1324/8
**zero [3]** 1346/18
1382/23 1383/2