1    IN THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF COLUMBIA
2

3    UNITED STATES OF AMERICA,
     et al.,                              Civil Action
4                    Plaintiffs,          No. 1:20-cv-3010

5            vs.                          Washington, DC
                                          September 19, 2023
6    GOOGLE, LLC,                         3:22 p.m.

7                    Defendant.           Day 6
     _____/     Afternoon Session
8

9              **▮▮▮▮▮ PROCEEDINGS**

10            TRANSCRIPT OF BENCH TRIAL
         BEFORE THE HONORABLE AMIT P. MEHTA
11          UNITED STATES DISTRICT JUDGE

12

     APPEARANCES:
13

14   For DOJ Plaintiffs:      KENNETH DINTZER
                              U.S. Department of Justice
15                            1100 L Street, NW
                              Washington, DC 20005
16
                              JOSHUA HAFENBRACK
17                            MATTHEW JONES
                              U.S. Department of Justice
18                            450 Fifth Street, NW
                              Washington, DC 20001
19
                              DAVID DAHLQUIST
20                            U.S Department of Justice
                              209 South LaSalle Street, Suite 600
21                            Chicago, IL 60604

22   For Plaintiff            WILLIAM CAVANAUGH, JR.
     State of Colorado:       Patterson, Belknap, Webb & Tyler, LLP
23                            1133 Avenue of the Americas #2200
                              Suite 2200
24                            New York, NY 10036

25

PROCEEDINGS

1    **APPEARANCES CONT**:

2    **For Plaintiff**          **JONATHAN SALLET**
     **State of Colorado:**     Colorado Department of Law
3                               CPS/Antitrust Section
                                1300 Broadway, 7th Floor
4                               Denver, CO 80203

5


6    **For Defendant Google:**  **JOHN SCHMIDTLEIN**
                                **EDWARD BENNETT**
7                               Williams & Connolly, LLP
                                680 Maine Avenue, SW
8                               Washington, DC 20024

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23   **Court Reporter:**        **JEFF HOOK**
                                Official Court Reporter
24                              U.S. District & Bankruptcy Courts
                                333 Constitution Avenue, NW
25                              Washington, DC 20001

3

PROCEEDINGS

1                              **I N D E X**

2    **WITNESS**                                                  **PAGE**

3    JONATHAN YOO

4        Continued Direct Examination by Mr. Jones                4

5        Cross-Examination by Mr. Bennett                        27

6

7

8

9

10

11                          **E X H I B I T S**

12

13                        (None were marked)

14

15

16

17

18

19

20

21

22

23

24

25

1                      PROCEEDINGS

2          **THE COURT:**  Just to confirm that no one in the

3    courtroom -- or I should say everyone in the courtroom is

4    associated with either side of the case?  Okay, terrific.

5    Let's move forward.

6          **MR. JONES:**  May I proceed, Your Honor?

7          **THE COURT:**  Yes.

8          **CONTINUED DIRECT EXAMINATION OF JONATHAN YOO**

9    BY MR. JONES:

10         **Q.**  Welcome back, Mr. Yoo.  I'd like to talk about Samsung

11   a bit.  Samsung is Google's largest Android OEM partner,

12   correct?

13         **A.**  Yes.

14         **Q.**  You did a lot of work related to Samsung when you were

15   at Google?

16         **A.**  Yes.

17         **Q.**  You built financial models looking at the Samsung

18   revenue share agreement?

19         **A.**  Yes.

20         **Q.**  You know that Samsung puts the Play Store on its

21   phones, right?

22         **A.**  Sorry?

23         **Q.**  Samsung puts the Play Store on its phones?

24         **A.**  Yes.

25         **Q.**  That means Samsung users can download apps from the

1    Play Store and use those apps?

2       **A.**  Yes.

3       **Q.**  Sir, you've expressed the view that there's a near

4    zero probability of Samsung not wanting the Play Store on its

5    phones, correct?

6       **A.**  I believe so.

7       **Q.**  Let's pull up UPX312.  Mr. Yoo, this is an e-mail that

8    you wrote to Joshua O'Connor and others within Google on

9    April 8th, 2019, correct?

10       **A.**  Yes.

11       **Q.**  It has the subject line:  Value of Play to Google via

12    MADA and App Distribution.

13    Do you see that?

14       **A.**  Yes.

15       **Q.**  At the time, Mr. O'Connor, who you were e-mailing, was

16    on the finance team for the Play Store, right?

17       **A.**  Yes.

18       **Q.**  And you worked in finance for Android partnerships?

19       **A.**  Yes.

20       **Q.**  I'll direct your attention to Mr. O'Connor's original

21    e-mail at the bottom of the second page, which has the Bates

22    number ending in 154.  Are you with me?

23       **A.**  Yes.

24       **Q.**  In his e-mail, Mr. O'Connor asks you a question about

25    the value of the Play Store to Google, right?

1    A.   Well, I see, yes, if we should value Play being a

2    premier destination for app installs.

3    Q.   He asked if Google should value Play being a premier

4    destination for app installs for other app distribution and

5    MADA, correct?

6    A.   Yes.

7    Q.   And in the second sentence, he asks what the impact to

8    Google would be if Samsung no longer cared about having the

9    Play Store on its phones, correct?

10   A.   Yes.

11   Q.   And you respond in the next e-mail up, right?

12   A.   Yes.

13   Q.   You start by saying you think there's a near zero

14   probability of Samsung not wanting the Play Store on their

15   phone, right?

16   A.   Yes.

17   Q.   You understood that Samsung wants to offer users a

18   variety of apps on its phones, right?

19   A.   Yes.

20   Q.   And the Play Store let's them do that?

21   A.   Yes.

22   Q.   Now, the fact that Samsung wants the Play Store on its

23   phones gives Google leverage to secure Google's other apps on

24   Samsung's phones as well, correct?

25   A.   So in this hypothetical scenario that I'm presenting

1      to my colleague, this is a thought exercise, let's say.  What I
2      meant by that is at the time how GMS bundle was distributed, it
3      all came together.  And so it's tough to value one component of
4      that, because I believe that although it might not be -- I
5      might not have a direct answer to the value of each of the
6      components, that the sum of the parts was greater than each
7      individual app put together.  And so --

8          Q.  Let's take a look -- I'm sorry, I didn't mean to
9      interrupt you.  Were you done?

10          A.  So that's what I meant by, yes, the Play Store as a
11     part of the bundle, it gets on the device, and there are other
12     apps in that bundle.

13          Q.  That also get on the device?

14          A.  That also get on the device.

15          Q.  Let's take a look at what you wrote.  You wrote to
16     Mr. O'Connor:  "I will say, there is value in the leverage that
17     Play provides to get some of the noncritical GMS apps on a
18     phone.  What I mean by that is that the OEMs want the Play
19     Store on their phone, and in return we are able to get other
20     apps like Google Search and Chrome, Maps and Duo, YouTube and
21     Drive, for instance, on the phone as a result."

22          Do you see that?

23          A.  I see that.  What I meant by this was that -- you
24     know, I knew that the Play Store -- for Samsung, let's say, the
25     Play Store was an important part of their -- an important part

1    to the MADA package that they negotiated with us.

2    ████████████████████████████.  It's tough for me to say

3    what the value of each of these individual components are --

4    which was kind of his original question, but I knew that there

5    was value in the whole package that is presented.  And amongst

6    those, I thought that Samsung might value the Play Store the

7    most.

8        **Q.**  And the MADA secures these other apps on the phone in

9    addition to the Play Store, right?

10       **A.**  Yes.

11       **Q.**  Including search and Chrome?

12       **A.**  Yes.

13       **Q.**  Let's take a look at the top e-mail in the chain,

14   which is an e-mail from you at 5:47 p.m.

15       **A.**  Okay.

16       **Q.**  Sir, you say:  "Right now, we require Play plus other

17   GMS apps.  Yes, we require Samsung to take all or nothing."

18       Do you see that?

19       **A.**  Yes.

20       **Q.**  That refers to the MADA bundle, correct?

21       **A.**  I'm sorry?

22       **Q.**  That refers to the MADA bundle?

23       **A.**  The MADA, so it refers to the MADA in -- in this

24   hypothetical scenario that Josh was trying to present, my

25   belief was that -- and, you know, I'm not a part of these

1    negotiations, but it was -- he was asking for my opinion.  So

2    my opinion was that this -- from the MADA as they had

3    negotiated it at this time, my understanding was that Play is

4    very important to Samsung.  And it was also important to our

5    sort of ecosystem, because Play is a mechanism that allows

6    security updates or allows developers to use some of the APIs

7    that the Play Store or other apps expose to create things like,

8    you know, showing a map within Uber or something like that, a

9    different app.  There's a bunch of APIs that comes with the

10   Play Store.  Not only distribution, but app functionality,

11   let's say, that I thought was valuable in their MADA.

12       Q.  And, sir, I'm not asking you about security updates.

13   When you wrote Mr. O'Connor that Google requires Samsung to

14   take all or nothing, you meant it has to take the whole MADA

15   bundle if it wants any of it, right?

16       A.  It's a negotiated agreement with Samsung.  But as it

17   was, was that the MADA was a package of apps.  It had Play

18   Store amongst search, Chrome, other aspects.  And especially

19   with Samsung, these are negotiated, so there's -- for a time we

20   had, you know, VR integration; I'm not sure about today.  But

21   there were other components to it that was a part of the MADA

22   itself.

23       Q.  And if Samsung wanted the Play Store or anything else

24   in the MADA bundle, it would have to take the whole payload,

25   right?

1    A.  You keep saying bundle.  I'm not saying bundle, but

2    I'm saying that these agreements are negotiated; and that as

3    the MADA was negotiated at this time, as I understood it, it

4    included these other apps.

5    Q.  And it included search and Chrome?

6    A.  It included search and Chrome.

7    Q.  Okay.  You go on to write:  "In this hypothetical

8    world where Samsung no longer wants the Play Store, Maps and

9    YouTube would be the apps that they would independently want

10   out of the current MADA package," correct?

11   A.  Again, in this thought exercise that we set up --

12   which, you know, if you look two e-mails down, I say "as a

13   thought exercise in this scenario."  Within that, my

14   understanding was that if we stack rank the value that an

15   OEM like -- or Samsung specifically in here, my understanding

16   is that the Play Store is very important because it gets them

17   access to the APIs, the updates that come through the Play

18   Store.  But also, Maps and YouTube were very important to make

19   a very competitive phone that they would want to sell.

20   Q.  You didn't say they'd want search or Chrome?

21   A.  Well, it's inherent that they want search and Chrome,

22   because that's also where users search, that's also where the

23   revenue share agreement also comes into play as well.  So there

24   was financial value to them in search and Chrome, too.  In this

25   exercise, out of the apps, what I was trying to highlight was

1    that like from an app functionality perspective and a phone

2    functionality perspective, Samsung couldn't sell a phone that

3    didn't have Maps or YouTube on it to try and compete with Apple

4    in a lot of these markets, especially on the premium side.

5        Q.   And if it wants those, it has to take search and

6    Chrome also?

7        A.   Those were also included in a negotiated MADA.

8        Q.   Thank you, sir.  Your Honor, this document, UPX312,

9    has been admitted.

10       **THE COURT:**  Okay.

11   **BY MR. JONES:**

12       Q.   Mr. Yoo, now, if OEMs no longer needed the Play Store

13   for apps, that would weaken the leverage that MADA provides,

14   right?

15       A.   No, OEMs also have other app stores.  I mean, my view

16   is that if Play Store became less important as the premier app

17   destination, you know, other OEMs have their own app stores,

18   carriers have their own app stores.  But from an ecosystem

19   perspective, if you think about developers, small startup

20   developers trying to make an app for distribution, on an iPhone

21   they can upload it to the App Store and it goes out to all of

22   their devices, it all works.  Similarly, on an Android device,

23   what I believe Play was trying to do was that if a developer

24   then also uploads it on Play, then there's a promise that that

25   app would also work on all the other Android devices, because

1    there's a lot out there, there's a lot of OEMs.

2        If that premier app destination of the Play Store weakens,

3    then, yeah, the developer would have to test their apps on the

4    Verizon app store or Samsung Galaxy app store or Xiaomi's app

5    store, et cetera.  I suppose it's doable, but from a developer

6    and an ecosystem sort of health perspective, it kind of weakens

7    the competitiveness of that ecosystem.

8        Q.  Are you aware of any Android smartphones sold in the

9    United States without the Play Store?

10       A.  No.

11       Q.  Let's take a look at UPX316.  Sir, this is an e-mail

12   you wrote to Mike Herring, Yuki Richardson and others within

13   Google on June 14th, 2019, right?

14       A.  Yes.

15       Q.  Ms. Richardson was your boss at the time?

16       A.  Yes.

17       Q.  And Mr. Herring was the business finance officer for

18   your product area?

19       A.  Yes.

20       Q.  I'll direct your attention to Ms. Richardson's

21   original e-mail to Mr. Herring at the bottom of the second

22   page.  This is the page with the Bates number ending in 9078.

23       Ms. Richardson had just come from a meeting with Phillipp

24   Schindler, right?

25       A.  Yes.

1      Q.   I guess she said she had the meeting yesterday?

2      A.   Yes.

3      Q.   Again, he's the chief business officer of Google -- or

4  if you don't remember his title, he's a very senior executive

5  at Google, right?

6      A.   He was very senior, yes.

7      Q.   I'll focus your attention on the second bullet in

8  Ms. Richardson's e-mail.

9      A.   Okay.

10      Q.   Ms. Richardson writes:  "Phillipp is starting to

11  become comfortable with the payments on Play to OEMs in order

12  to protect our app store.  After learning that losing Play

13  protections could lead to a material drop in the value of MADA,

14  and thus loss of our potential ability to secure search and

15  other apps."

16      Do you see that?

17      A.   I see that.  This was in context of -- so, again, I

18  wasn't in this meeting, but this was in context of our GDAF

19  agreements which was ex Samsung, which wasn't covering the

20  United States, it was covering other OEMs specifically like the

21  fast growing Chinese OEMs like Xiaomi, Oppo, Vivo which don't

22  sell devices in the U.S. to begin with.  But, yes, I just

23  wanted to add a little bit more context.

24      Q.   I appreciate that, sir.  Google was considering ███

25  ████████████████████████████████████████████████████████████

1    right?

2        **A.**  So we were in discussions to propose that ████████

3    ████████████████████████████  to our agreements whereby the

4    OEMs -- specific OEMs, specifically the Chinese OEMs who were

5    fast growing at the time, ████████████████████████████████

6    ████████████  That was the proposal that we were putting together

7    at the time.

8        **Q.**  And Ms. Richardson described this as ████████████

9    ████████████████████ right?

10       **A.**  So I -- I mean, I don't know what she meant

11   specifically by that.  I mean, I didn't write it.  But, again,

12   how I saw -- and, you know, I'm trying to speak of my view of

13   this at the time, is that the ecosystem is only really as

14   strong and competitive as the health of its constituent

15   members.  Amongst those, the app developers were very key, but

16   also was consumer trust.  And one of the things that Play did a

17   really good job of, and invested a lot of money to build, is

18   that user trust; that a user downloading an app through the

19   Play Store knows that it's secure, knows that it's been tested,

20   and it has Google's sort of brand name attached to it.

21       And so if the value or the -- let's say a user downloads

22   the same app on Play Store and then a different store, but they

23   download it on a different store and it crashes their phone, it

24   does something that they don't want.  My view is that that

25   materially could impact the brand equity that Play Store had or

1    the Android device in general.  And then, as a small developer,

2    why would you want to go through all the hoops to upload to all

3    these different stores and develop across these different

4    platforms when you can just upload it to the Apple App Store

5    and have it work to all the premium users that's already on it.

6    So my view is that that is something that is very crucial to

7    Android.

8        Q.  But the consideration that Ms. Richardson mentioned

9    was "loss of our potential ability to secure search and other

10   apps," right?

11       A.  Yes, she wrote that.

12       Q.  Okay.  Let's take a look at your response up at the

13   top.  I'll focus your attention on point number two in your

14   e-mail.  Do you see that?

15       A.  Yes.

16       Q.  I know there's a lot of text here, so feel free to

17   take a minute.  But just above your bullets you say:  "████

18   ███████████████████████████████████████, we believe there is a

19   non-zero risk of the following scenario materializing."

20       Do you see that sentence just before the colon?

21       A.  Yes.

22       Q.  And we don't have to go through each bullet, but you

23   described a scenario here, right?

24       A.  So a part of my job is to think of all the various

25   risks and opportunities that something can make.  And so here

1    in this, I think it's important to kind of consider all of

2    them.  Because at the time, these were sort of all of my -- all

3    of the scenarios that were keeping me up at night, so to speak,

4    something that could happen with the non-zero risk.

5        Q.   Sure.  And the scenario you describe here was the

6    possibility of other entities promoting app stores that would

7    be alternatives to the Play Store, right?

8        A.   Yes.

9        Q.   In your fourth bullet down you say:  "The worst risk

10   to come out of this would be that certain OEMs would no longer

11   need the Play Store for apps on their phones, which would then

12   weaken the leverage that MADA provides," correct?

13       A.   Again, I think that points to what I was explaining

14   before, that my belief of the MADA package as a whole is

15   greater than the sum of its parts.  And therefore, if one of

16   those components becomes weaker, there is or could be the

17   potential for the entire ecosystem to lose more value than any

18   one of those components.

19       Q.   You're referring to the leverage that the MADA

20   provides Google to secure search, Chrome and other apps,

21   correct?

22       A.   The reason I emphasized those is because those were

23   our highest revenue generating sort of apps, and so they're

24   very important to -- in the context of a finance organization,

25   so to speak.  And the leverage that I'm talking about is that

1    there is -- again, not to repeat, but there's a value in all

2    these apps being on a phone pre-loaded when a user first turns

3    on their device.

4        Q.   This is the same leverage you were referring to in the

5    last exhibit, right?

6        A.   I used the same word.  You know, I'm trying to give

7    more context behind what I meant.

8        Q.   Let's take a look at your fifth bullet.  You say:  "At

9    the time, the Google search widget accounted for about

10   ▮ percent of Google's search revenue on an Android device,"

11   right?

12       A.   Yes.

13       Q.   I'm just asking if that's what you said, sir?

14       A.   Yeah, I wrote that, yes.

15       Q.   And Google uses the MADA to secure that widget?

16       A.   Yes.

17       Q.   The widget is part of the Google Search app that the

18   MADA requires to be on the device, right?

19       A.   So, again, in this list of hypotheticals of -- which

20   there is a non-zero risk, it's sort of a domino effect.  I'm

21   highlighting here that if all of these above scenarios sort of

22   materialize, then it might -- yes, it might -- if we can't get

23   the Google Search app on the device, at this time it generated

24   a significant portion of the revenue on a device.  So I was

25   highlighting that risk from a financial perspective.

1      Q.   And I'm just confirming that the widget that you

2  mention here is part of the Google Search app that the MADA

3  requires to be on the device, right?

4      A.   Yes.

5      Q.   And as of the time of your e-mail, that widget was

6  driving ██ percent of Google's search revenue on Android

7  devices, correct?

8      A.   Yes, I wrote that, but I think it should actually say

9  the Google Search app.  Because we don't have a great idea of

10  what the widget versus the rest of the app drives specifically.

11      Q.   All right, sir.  In the United States, this Google

12  Search app, which includes the widget, has grown to dominate as

13  a search access point on Android devices, correct?

14      THE COURT:  I'm sorry, what was the question?

15  BY MR. JONES:

16      Q.   In the United States, this Google Search app, which

17  includes the widget, has grown to dominate as a search access

18  point on Android devices?

19      A.   I wouldn't use that word, but it's -- the Google

20  Search app over time started to become a premier sort of access

21  point that users were using on Android devices.

22      Q.   Let's take a look at UPX1107.  I should note for the

23  record, Your Honor, UPX316 that we were just reviewing has been

24  admitted, and so has UPX1107.

25      Mr. Yoo, UPX1107 is an e-mail from you to Jim Kolotouros

1    and others on April 16th, 2018, correct?

2        A.   Yes.

3        Q.   In this e-mail, you were running some numbers for

4    Mr. Kolotouros about Samsung devices?

5        A.   Yes, so I was trying to estimate the amount of revenue

6    flowing through Chrome on specific Samsung devices.  So here,

7    the Note 10 and Galaxy S10 on these two carriers.

8        Q.   And you labeled it privileged and confidential, right?

9        A.   Yes.

10       Q.   And then you send your data?

11       A.   And I what?

12       Q.   And then you send some data?

13       A.   Yes.

14       Q.   Below your numbers you write:  "While performing this

15   analysis, I also wanted to point out some interesting trends as

16   FYI."  Do you see that?

17       A.   Yes.

18       Q.   You pointed out that in the U.S., GSA had grown to

19   dominate as a distribution search access point, correct?

20       A.   Amongst the traffic in the device, but yes.

21       Q.   At this time, GSA represented nearly ██ percent of

22   search revenue flowing through the devices that you were

23   studying, correct?

24       A.   Yes.

25       Q.   And the MADA requires GSA to be on the device, right?

1      A.  Yes.

2      Q.  Sorry, sir?

3      A.  Yes.

4      Q.  And that's true regardless of whether there's an RSA

5  in place?

6      A.  Yes.

7      Q.  Now, the importance of GSA as an access point is not

8  limited to these particular Samsung devices, fair?

9      A.  Sorry, say the question again.

10      Q.  The importance of GSA as an access point is not

11  limited to these Samsung devices that you were discussing here,

12  correct?

13      A.  Yes, because GSA became a very prominent destination

14  for users to search on an Android device.

15      Q.  I think you mentioned earlier that most Android phones

16  in the U.S. are actually sold by wireless carriers, right?

17      A.  Yes.

18      Q.  And when you were at Google, you had access to data on

19  how Google's search revenue breaks down across the search

20  access points on the devices sold by those carriers, right?

21      A.  It was imperfect, but we knew the revenue flowing

22  through certain search access points for a partner.

23      Q.  Okay.  Let's take a look at UPX146.  This has been

24  admitted.  Mr. Yoo, Your Honor, 146 is a PowerPoint

25  presentation titled Android Commercial Agreements - Executive

1    Discussion.  Do you see that?

2         A.   Yes.

3         Q.   You helped create this document when you were at

4    Google?

5         A.   Yes.

6         Q.   Let's turn to page four, which has the Bates number

7    ending in 388.

8         A.   Okay.

9         Q.   If we can get page four up on the screen.  Mr. Yoo,

10   this slide is titled Carrier Revenue Share and Access Points

11   (TTM through Sept 20).  Do you see that?

12        A.   Yes.

13        Q.   TTM means trailing 12 months?

14        A.   Yes.

15        Q.   And this slide contains data from the 12 months

16   leading up to September of 2020, right?

17        A.   Through September '20.

18        Q.   Through September 2020?

19        A.   Yes.

20        Q.   Thank you, sir.  There's a list of carriers on the

21   left, right?

22        A.   Uh-huh, yes.

23        Q.   And those are carriers with which Google had revenue

24   share agreements as of this time, correct?

25        A.   So one thing I'm not entirely sure of now is whether

1    all of these agreements were active at this time or whether we

2    had an agreement with these carriers at one point, but the

3    tracking for those old devices was still in the system.

4        Q.  I appreciate the clarification.  Google had revenue

5    share agreements with each of the carriers in this list at some

6    point during the trailing 12 months leading up through

7    September of 2020?

8        A.  So I don't know if it was during that trailing 12

9    months or if they were active, let's say, like two years before

10   this.  But those devices were still in the hands of users, and

11   our systems were picking it up.

12       Q.  Google had revenue share agreements with each of these

13   carriers at some point, right?

14       A.  Yes.

15       Q.  Okay.  And again, this list includes -- looking at the

16   top, Verizon, T-Mobile, AT&T and Sprint as well as some

17   carriers in other countries, correct?

18       A.  Yes.

19       Q.  Let's focus on the U.S. carriers.  There's a section

20   on the right that says Access Point Percentage of Rev.  Do you

21   see that?

22       A.  Yes.

23       Q.  And that section shows how the revenue covered by

24   Google's RSAs with these carriers broke down across different

25   search access points on the device, right?

1      **A.**   Yes.

2      **Q.**   For example, the first row is Verizon?

3      **A.**   Yes.

4      **Q.**   And as of this time period, ██ percent of this revenue

5      from Verizon came through the Google Search app, which includes

6      the widget, right?

7      **A.**   So amongst the access points that are covered, with --

8      so sometimes there's -- some of these access points aren't

9      tagged correctly.  But keeping in mind all these caveats, yes,

10     this was generally the proportion of correctly tagged revenue

11     under these RSAs for these partners.

12     **Q.**   About ████████ of the Verizon RSA revenue that was

13     correctly tagged was coming through GSA, correct?

14     **A.**   Yes.

15     **Q.**   And for each of the other carriers, the GSA number is

16     even higher, right?

17     **A.**   Yes.

18     **Q.**   And the MADA requires GSA to be on the device, right?

19     **A.**   The MADA places GSA on the device, yes.

20     **Q.**   And that's true regardless of whether a carrier also

21     signs an RSA with Google, right?

22     **A.**   Yes.

23     **Q.**   The OEM's MADA will apply either way?

24     **A.**   Yes.

25     **Q.**   No further questions on that document, sir.  Now, I

1    think you may have alluded to this before.  There is a portion

2    of Android searches that come from a user manually typing in

3    www.google.com into a browser and entering the query on a web

4    page, right?

5         A.   Yes.

6         Q.   You call those organic queries?

7         A.   Yes.

8         Q.   You refer to all other queries as distribution

9    queries?

10        A.   Yes.

11        Q.   Searches conducted through the widget, the Chrome

12   address bar, the SBrowser address bar, those are all examples

13   of distribution queries, right?

14        A.   Yes.

15        Q.   And when you were at Google, you had access to data on

16   how Android search revenue breaks down between organic queries

17   and distribution queries, right?

18        A.   Yes.

19        Q.   And sir, based on that data, you understand that

20   organic queries account for a very small portion of the

21   searches conducted on Android devices, right?

22        A.   It came down over time, but represented a larger

23   proportion before we made certain UX changes to make the widget

24   more fast, I suppose.

25        Q.   After you made those changes, the percentage of

1    organic queries went down?

2        A.   It started -- it trended down over the years.

3        Q.   I'll direct your attention to UPX1111.  This has been

4    admitted.  Mr. Yoo, UPX1111 is a monthly report that your team

5    sent out, correct?

6        A.   Yes.

7        Q.   It's called the Android Partnership Financials Report?

8        A.   Yes.

9        Q.   And you were the one distributing it here in December

10   of 2020, right?

11       A.   Yes.

12       Q.   It's the October report, but you're distributing it in

13   December, right?

14       A.   Yes.  We wanted to do monthly, but it wasn't ever

15   really cadence.

16       Q.   Totally understand.  I'll direct your attention to

17   page 16 of the exhibit, which has the Bates number ending in

18   014.  This is a slide titled Search Revenue via Android

19   Revshare.  Are you with me?

20       A.   Yes.

21       Q.   Sir, the graph on the left hand side of this page 014

22   shows the percentage of Google's Android search revenue that

23   came from organic queries versus distribution queries, right?

24       A.   For the revenue share partners -- oh, actually hold

25   on, sorry.  Yeah, no, this would be overall on Android, sorry.

PROCEEDINGS

1      Q.   So this would be all of the search revenue that Google

2  is earning through Android devices?

3      A.   Yes.

4      Q.   And in the bars on the graph, the gray part

5  corresponds to the organic queries and the blue part

6  corresponds to distribution queries, right?

7      A.   Yes.

8      Q.   Focusing on the header at the top, the latest month

9  reported here was October of 2020, right?

10      A.   Yes.

11      Q.   As of that time, only ███ percent of Google's Android

12  search revenue came from organic queries?

13      A.   Yes, in that month.

14      Q.   I'll direct your attention to the chart at the bottom,

15  sir.  This covers -- I haven't counted them, but probably about

16  12 months leading up to October of 2020; is that fair?

17      A.   Yes.

18      Q.   And would you agree with me that for each of the

19  months covered here, the percentage of Google's Android search

20  revenue that came from organic queries was less than

21  ██ percent?

22      A.   Yes.

23      Q.   All the rest of the revenue came from distribution

24  queries?

25      A.   So distribution as in anything outside of -- whether

1    paid or unpaid, the Google.com organic queries.

2        **Q.**  The organic queries were less than ▮ percent?

3        **A.**  Yes.

4        **MR. JONES:**  I have no further questions for Mr. Yoo and

5    pass the witness.

6        **THE COURT:**  Thank you.  Anything from the plaintiff states

7    for Mr. Yoo?

8        **MR. CAVANAUGH:**  No, Your Honor.

9        **THE COURT:**  Let's begin the examination in closed session,

10   and then we'll open up the courtroom.

11       **MR. BENNETT:**  I have like two questions, Your Honor.

12       **THE COURT:**  Okay, terrific.  And can you state your name,

13   please.

14       **MR. BENNETT:**  Ed Bennett, Williams & Connolly, on behalf

15   of Google.

16       **THE COURT:**  Mr. Bennett.

17       **CROSS-EXAMINATION OF JONATHAN YOO**

18   BY MR. BENNETT:

19       **Q.**  Good afternoon, Mr. Yoo.  In your testimony just a

20   moment ago, you mentioned something about correctly tagged

21   searches in terms of determining what came in through the

22   Google search app, which includes the widget, and from some

23   other source.

24       What did you mean by correctly tagged?

25       **A.**  Yeah, for these queries to be tagged, our internal

1      systems require something called the web property code, or

2      shortened to something called the client ID.  And it is up to

3      the OEMs or the partners who create the device to correctly add

4      those tags to the various search access points.  And so our

5      data is limited by whether or not those tags are correctly

6      placed.  Sometimes it's not, most times it is.  And so that's

7      what I meant by correct tagging of the different access points,

8      but also browser data or for the revenue share partner.

9           Q.   So if it's not properly tagged, it doesn't show up in

10     the right bucket on that exhibit we looked at; is that right?

11          A.   Yes.

12          Q.   And then just a moment ago you mentioned, looking at

13     Exhibit UPX1111, there's something called organic and

14     distribution.  What does a user have to do to make an organic

15     search on an Android phone?

16          A.   An organic search on an Android phone would be opening

17     up any browser, typing in www.google.com and then searching

18     from the Google website.

19          Q.   So would a search on the widget be an organic search?

20          A.   On the widget, no, that would be a distribution

21     search.

22          Q.   Only if you type in www.google.com does that count as

23     an organic search?

24          A.   Yes.

25          MR. BENNETT:   No further questions, Your Honor.

1        **THE COURT:**  Why don't we open up the courtroom.  Are you

2    done-done with Mr. Yoo or just for the closed portion?

3        **MR. BENNETT:**  I'm done-done with Mr. Yoo.  There is an

4    issue with the next witness that I'd like to address, if the

5    Court's amenable, before we fill the courtroom back up.

6        **THE COURT:**  Well, let me just confirm whether there's any

7    redirect of Mr. Yoo?

8        **MR. JONES:**  No, Your Honor.

9        **THE COURT:**  Mr. Yoo, you're all done.  Thank you for your

10    time and your testimony.

11        **THE WITNESS:**  Thank you.

12        (Brief interruption)

1                    C E R T I F I C A T E

2

3           I, **Jeff M. Hook, Official Court Reporter,**

4     certify that the foregoing is a true and correct transcript of

5     the record of proceedings in the above-entitled matter.

6

7

8

9     September 19, 2023                    _____

10              DATE                              Jeff M. Hook

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25