IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, ET AL.,  )
                                   )
          Plaintiffs,              )
                                   )    CV No. 20-3010
       vs.                         )    Washington, D.C.
                                   )    September 20, 2023
GOOGLE LLC,                        )    9:45 a.m.
                                   )
          Defendant.               )    Day 7
_____)    Morning Session


TRANSCRIPT OF BENCH TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For DOJ Plaintiffs:                 Kenneth M. Dintzer
                                    U.S. DEPARTMENT OF JUSTICE
                                    1100 L Street, NW
                                    Washington, D.C.
                                    (202) 307-0340
                                    Email:
                                    kenneth.dintzer2@usdoj.gov

                                    Joshua Hafenbrack
                                    DOJ-ATR
                                    455 5th Street NW
                                    Washington, D.C. 20530
                                    (202) 603-0857
                                    Email:
                                    joshua.hafenbrack@usdoj.gov

For Plaintiff
State of Colorado:                  Jonathan Bruce Sallet
                                    COLORADO DEPARTMENT OF LAW
                                    Consumer Protection Section,
                                    Antitrust Unit
                                    Ralph L. Carr
                                    Colorado Judicial Center
                                    1300 Broadway
                                    Suite 7th Floor
                                    Denver, CO 80203
                                    (720) 508-6000
                                    Email: jon.sallet@coag.gov

                                    William F. Cavanaugh, Jr.
                                    PATTERSON BELKNAP
                                    WEBB & TYLER LLP
                                    1133 Avenue of the Americas
                                    Suite 2200
                                    New York, NY 10036-6710
                                    (212) 335-2793
                                    Email: wfcavanaugh@pbwt.com

APPEARANCES CONTINUED:

For Defendant Google:          John E. Schmidtlein
                               Kenneth Charles Smurzynski
                               WILLIAMS & CONNOLLY LLP
                               725 12th St., NW
                               Washington, D.C. 20005
                               (202) 434-5000
                               Email: jschmidtlein@wc.com

                               Edward John Bennett
                               WILLIAMS & CONNOLLY LLP
                               680 Maine Avenue, SW
                               Washington, D.C. 20024
                               (202) 434-5083
                               Email: ebennett@wc.com

Court Reporter:                William P. Zaremba
                               Registered Merit Reporter
                               Certified Realtime Reporter
                               Official Court Reporter
                               E. Barrett Prettyman CH
                               333 Constitution Avenue, NW
                               Washington, D.C. 20001
                               (202) 354-3249

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
                          – – –

                      WITNESS INDEX

                          – – –

WITNESSES          DIRECT CROSS REDIRECT RECROSS

PLAINTIFF's:

MIKE ROSZAK          1601  1699

                          – – –

                   INDEX OF EXHIBITS

                          – – –

DEFENDANT'S                          ADMITTED

DX1019                                 1614
```

1600

1    P R O C E E D I N G S

2    (Sealed closed proceedings)



1601



1602



1603

1604

1605



1606





1608





1610





1612



1613



1614



1615



1616



1617

1618

1619

1620



1622

1623

1624



1625





1628



1630

1631

1632

1633



1634



1635



1636

1637



1638

1639



1640

1641



1642







1646



1647



1648





1650



1652



1653





1656





1660



1663



1664



1665



1666





1668





1670

1672



1673



1674



1676



1680

1681



1682



1685

1686



1688

1689

1690



11          One more document, Mr. Roszak.  Let's take a look

12    at UPX38.

13          MR. HAFENBRACK:  And, Your Honor, before we

14    publish -- Mr. Penado -- may we publish UPX38 on the screen?

15          THE COURT:  This is the document we were talking

16    about the end of the day yesterday?

17          MR. HAFENBRACK:  Yes, Your Honor.

18          THE COURT:  Since we're in closed session, we're

19    all in agreement that it can be shown.

20          MR. BENNETT:  That's fine, Your Honor.

21    BY MR. HAFENBRACK:

22       Q    And, Mr. Roszak, before I get into the document, I

23    want to put the metadata for this document up on the screen.

24          And this is the metadata sheet that was produced

25    to us in association with this document by your counsel.

1     And did you see that under both custodial --

2  custodian fields your name is there?

3     A    I see what is highlighted, yes.

4     Q    And you see that that's your name, correct?

5     A    Yes.

6     Q    And you see the e-author is mroszak@google.com?

7     A    Yes.

8     Q    Is that your email address?

9     A    Yes.

10    Q    And you see the file path is a file path for Mike

11 Roszak?

12    A    I see that.

13    Q    And that would be a file path to a folder you have

14 on your work computer or server?

15    A    I do not know what that is.

16    Q    Okay.  And you see the file name is "Search

17 Advertising Speech"?

18    A    Yes.

19    Q    And the date created, July 27, 2017, correct?

20    A    Yes.

21    Q    We can go back to UPX38, Mr. Penado.

22         THE COURT:  I'm sorry.  What was the date again?

23 I missed that.

24         MR. HAFENBRACK:  July 27th, 2017, Your Honor.

25

1    BY MR. HAFENBRACK:

2        Q    And, Mr. Roszak is -- to the best of your

3    recollection, is UPX38 a document you wrote on a Google

4    computer?

5        A    I don't recall, but I would assume so.

6        Q    Okay.

7             Is it your standard practice to write work-related

8    documents on your work computer?

9        A    I write most things on my work computer.

10       Q    Okay.

11            And I believe you testified that you presented --

12   this is notes for a speech; is that right?

13       A    Yes.  I mentioned as part of a training class,

14   there was an afternoon communications course.  And there

15   were some tips around presentation that, you know, jotted

16   this down as part of that communications training.

17       Q    And that was a training at Google?

18       A    It was a training -- it was not on -- it was not

19   on, like, at Google.  It was off-site.  I don't know if

20   that's what you're asking.

21       Q    An off-site training, but hosted or sponsored by

22   Google; is that right?

23       A    Yes.

24       Q    And do you recall how big the class was?

25       A    I don't recall.

1     Q    And were the other attendees at the class also

2    Google employees?

3     A    Attendees, yes.

4     Q    And who gave the -- if there was a leader of the

5    presentation, who was the leader of the training?

6     A    There was an external firm, I forget who.

7     Q    Okay.

8          And you don't recall who the other Google

9    employees at the training were?

10     A    I don't recall.

11     Q    Would it have been members of your team or people

12    you didn't know?

13     A    People I did not know.

14     Q    Okay.  Okay.

15          Let's take a look at UPX38 and direct your

16    attention to the first paragraph, Mr. Roszak, and we'll

17    highlight that on the screen for you.

18          And there's a reference here to a dinner with a

19    person named Christian.  Do you see that?

20     A    Yes.

21     Q    And Christian is Christian Cramer, C-r-a-m-e-r; is

22    that right?

23     A    I think when we touched on this last time, I said

24    that was maybe the case.  I do not think it was him.

25     Q    Who do you think it was?

1    A    I do not know who this Christian was off the top

2   of my head.

3    Q    Between your deposition and today, what made you

4   think -- what made you think it wasn't Mr. Cramer?

5    A    Connecting the date to this training, Christian

6   was not at this training.

7    Q    I see.

8         Were you able to figure out anyone else who was at

9   the training?

10    A    No.

11    Q    Okay.

12         And in the first paragraph here -- strike that.

13         Do you recall who you had this dinner with?

14    A    I don't recall.

15    Q    Okay.

16         The first paragraph, I'm going to read it, it

17   says, "Search advertising is one of the world's greatest

18   business models ever created – maybe Windows is on that same

19   level as Christian and I discussed at dinner.  And there are

20   certainly illicit businesses (cigarettes or drugs) that

21   could rival these economics, but we are fortunate to have an

22   amazing business."

23         Did I read those words correctly?

24    A    I believe so, yes.

25    Q    And that's a bullet point that you wrote; is that

1  right?

2      A    Yes.

3      Q    And the reference to Windows, does that refer to

4  the Microsoft -- the Microsoft computer platform?

5      A    I don't recall the specifics of what we were

6  talking about around that.

7      Q    And, again, just asking about this bullet point.

8  In the context of this bullet point when you say, "We are

9  fortunate to have an amazing business," you're referring

10 there to Google's search business, right?

11     A    Yes.

12     Q    Okay.

13          Let's go to the second and third bullets.

14          And the first bullet says, "Part of what's been so

15 amazing about that is that we've essentially been able to

16 ignore one of the fundamental laws of economics – businesses

17 need to worry about supply and demand-businesses," correct?

18     A    Well, I see that.

19          I don't know if I would say it's correct.

20     Q    I just meant --

21     A    I just know this exercise is -- yeah.

22          I don't necessarily believe that was the case, but

23 that is what -- if you're saying is that what it says,

24 that's what it says.

25     Q    I just meant that I read that correctly, right?

1    A    Yes.

2    Q    And that's another bullet point that you wrote,

3  correct?

4    A    Yes.

5    Q    And the next bullet point down that's highlighted

6  says, "When talking about revenue, we can mostly ignore the

7  demand side of the equation (users and queries), and only

8  focus on supply side of advertisers, ad formats, and sales,"

9  correct?

10    A    Well, again --

11    Q    That's what it says?

12    A    When you say "correct," that's what it says.

13    Q    That's what it says, correct?

14    A    Yes.

15    Q    And you wrote that one as well, right?

16    A    Yes.

17    Q    And the "we" in "we can mostly ignore the demand

18  side of the equation" is Google; is that right?

19    A    So this is where I'm not -- this is where it's,

20  like, full hyperbole and exaggeration.  Like, I don't know

21  if I really had any thoughts in mind around what these

22  things were.  It was much more around, like, playing around

23  with the hyperbole and exaggeration in terms of this

24  document.

25    Q    Okay.  But my question is just when you say, "We

1    could mostly ignore the demand side of the equation," is the

2    "we" there a reference to Google, correct?

3        A    I would assume it was Google.

4        Q    Okay.

5             And then one more bullet point, and the next one

6    says, "Sure.  We had to build the best product, made smart

7    marketing/distribution investments to get our product

8    everywhere, but we could essentially tear the economics

9    textbook in half."

10            Did I read that correctly?

11       A    Yes.

12       Q    And you wrote that sentence as well, correct?

13       A    Yes.

14       Q    And the smart distribution investments that got

15   Google everywhere were defaults, correct?

16       A    I don't recall what I was thinking about at that

17   time.

18       Q    Okay.

19            And with respect to all of these bullet points,

20   you -- at the time you wrote these bullet points, you were

21   the finance director for the Google Search product, correct?

22       A    I believe so, yes.

23       Q    And you'd been in the finance department at Google

24   for almost a decade, correct?

25       A    Yes.

1    Q    And you're a vice president at Google today,

2   correct?

3    A    I am today.

4        MR. HAFENBRACK:  No further questions, Your Honor,

5   at this time.

6        THE COURT:  Okay.  Thank you, Mr. Hafenbrack.

7        MR. HAFENBRACK:  Actually, I do have one more

8   question, if I may, Your Honor.

9        THE COURT:  Okay.

10  BY MR. HAFENBRACK:

11   Q    We briefly discussed a Christian Cramer, and you

12  mentioned you didn't think that the first bullet point in

13  UPX38 was referring to him?

14   A    Yes.

15   Q    Mr. Cramer is an employee at Google, correct?

16   A    Yes.

17   Q    And he, like you, is a finance employee at Google;

18  is that right?

19   A    Yes.

20   Q    Okay.

21       MR. HAFENBRACK:  Thank you, Your Honor.

22       MR. CAVANAUGH:  Your Honor, we have no questions

23  of this witness.

24       THE COURT:  Okay.

25       All right.  We'll begin with Google's examination.

1    MR. BENNETT:  We do, Your Honor.

2              - - -

3         CROSS-EXAMINATION

4    BY MR. BENNETT:

5    Q    Good afternoon.  Ted Bennett from Williams &

6    Connolly on behalf of Google.

7              Good afternoon, Mr. Roszak.  It is afternoon.

8              A few questions for you.  I'll try to be brisk.

9              Just looking at Exhibit 38, which is in front of

10   you, yeah, I noticed in the meta --

11             Can we put the metadata up?

12             The metadata indicates that this document was

13   created and last saved during about an hour-long period, oh,

14   a little over seven years ago.  Does that sound about right

15   when you went to this training?

16   A    Yes, that sounds about right.

17   Q    And you haven't accessed the document in more than

18   seven years?

19   A    No.

20   Q    The metadata doesn't indicate that you sent that

21   document to anybody.  Does that seem about right?

22   A    Oh, yes, I did not spend this to anyone.  I would

23   not have sent this to anyone.

24   Q    This training you went to, did Google assign you

25   to go to the training or was this something you did

1700

```
 1    voluntarily, specifically the public speaking training?
 2        A    It was part of a broader training.  It was part of
 3    like a six-day training one afternoon then.
 4             I don't remember exactly how I ended up in the
 5    overall training.
 6        Q    But was there a menu of things you could take, of
 7    different breakout sessions?
 8        A    No, it was a pretty set curriculum in terms of --
 9    the curriculum was set as we entered the training.
10        Q    Okay.
11             The first four bullets on Exhibit 38, I'm not
12    going to walk back through them.  First of all,
13    do you believe the statements made in those first four
14    bullets to be true?
15        A    No, I do think Google has to care about supply and
16    demand.  I do think Google has to care about demand.
17             Part of this exercise was playing around with,
18    like, how to get attention upfront, and I used this training
19    as an opportunity to work on hyperbole and exaggeration and
20    say things that I do not think are true.
21        Q    Thank you.  You can put that aside.
22
23
24
25
```

1701



1702



1703



1704







1707



1708



1710



11    (Recess from 12:28 p.m. to 1:30 p.m.)

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__September 20, 2023___      

                            William P. Zaremba, RMR, CRR

1712

**BY MR. BENNETT: [2]**
1699/4 1703/12
**BY MR.**
**HAFENBRACK: [18]**
1601/7 1608/6 1614/23
1618/20 1625/2
1633/24 1636/13
1654/9 1654/15 1669/5
1670/21 1678/4 1679/9
1688/8 1689/2 1690/21
1691/25 1698/10
**COURTROOM**
**DEPUTY: [5]** 1600/3
1600/5 1653/24 1654/2
1710/9
**MR. BENNETT: [5]**
1690/20 1699/1
1703/10 1709/19
1709/25
**MR. CAVANAUGH: [1]**
1698/22
**MR. HAFENBRACK:**
**[21]** 1600/21 1600/24
1608/1 1614/12
1614/19 1618/19
1633/22 1636/6 1636/9
1653/17 1653/23
1654/8 1654/13
1668/23 1679/7
1690/13 1690/17
1691/24 1698/4 1698/7
1698/21
**THE COURT: [36]**
1600/4 1600/11
1600/17 1600/23
1608/5 1614/17
1614/20 1624/20
1625/1 1636/5 1636/8
1636/12 1653/20
1654/4 1668/21
1668/24 1670/8
1670/13 1670/16
1670/20 1677/23
1678/3 1688/3 1688/6
1688/15 1690/15
1690/18 1691/22
1698/6 1698/9 1698/24
1703/8 1703/11
1709/16 1709/22
1710/2
**THE WITNESS: [9]**
1624/24 1668/25
1670/10 1670/14
1670/18 1678/2 1688/5
1688/7 1688/18

**0**

**0340 [1]** 1597/4
**0857 [1]** 1597/8

**1**

**10036-6710 [1]**
1597/19
**1100 [1]** 1597/3
**1133 [1]** 1597/18
**12:28 [1]** 1710/11
**12th [1]** 1598/3

**1:30 [1]** 1710/11

**2**

**20 [2]** 1596/5 1711/7
**20-3010 [1]** 1596/4
**20001 [1]** 1598/12
**20005 [1]** 1598/4
**20024 [1]** 1598/7
**2017 [2]** 1691/19
1691/24
**202 [5]** 1597/4 1597/8
1598/4 1598/8 1598/13
**2023 [2]** 1596/5 1711/7
**20530 [1]** 1597/7
**212 [1]** 1597/19
**2200 [1]** 1597/18
**27 [1]** 1691/19
**2793 [1]** 1597/19
**27th [1]** 1691/24

**3**

**3010 [1]** 1596/4
**307-0340 [1]** 1597/4
**3249 [1]** 1598/13
**333 [1]** 1598/12
**335-2793 [1]** 1597/19
**354-3249 [1]** 1598/13
**38 [2]** 1699/9 1700/11

**4**

**434-5000 [1]** 1598/4
**434-5083 [1]** 1598/8
**455 [1]** 1597/7

**5**

**5000 [1]** 1598/4
**508-6000 [1]** 1597/15
**5083 [1]** 1598/8
**5th [1]** 1597/7

**6**

**6000 [1]** 1597/15
**603-0857 [1]** 1597/8
**6710 [1]** 1597/19
**680 [1]** 1598/7

**7**

**720 [1]** 1597/15
**725 [1]** 1598/3
**7th [1]** 1597/14

**8**

**80203 [1]** 1597/14

**9**

**9:45 [1]** 1596/6

**A**

**a.m [1]** 1596/6
**able [2]** 1694/8
1695/15
**about [13]** 1690/16
1695/6 1695/7 1695/15
1695/17 1696/6
1697/16 1699/13
1699/14 1699/16
1699/21 1700/15
1700/16

**above-titled [1]** 1711/4
**accessed [1]** 1699/17
**Actually [1]** 1698/7
**ad [1]** 1696/8
**address [1]** 1691/8
**ADMITTED [1]** 1599/10
**advertisers [1]** 1696/8
**advertising [2]**
1691/17 1694/17
**afternoon [3]** 1692/14
1699/5 1699/7 1699/7
1700/3
**again [3]** 1691/22
1695/7 1696/10
**ago [1]** 1699/14
**agreement [1]** 1690/19
**aided [1]** 1598/14
**AL [1]** 1596/3
**all [4]** 1690/19 1697/19
1698/25 1700/12
**almost [1]** 1697/24
**also [1]** 1693/1
**am [1]** 1698/3
**amazing [3]** 1694/22
1695/9 1695/15
**AMERICA [1]** 1596/3
**Americas [1]** 1597/18
**AMIT [1]** 1596/9
**another [1]** 1696/2
**Antitrust [1]** 1597/12
**any [1]** 1696/21
**anybody [1]** 1699/21
**anyone [3]** 1694/8
1699/22 1699/23
**APPEARANCES [2]**
1596/11 1597/21
**are [4]** 1694/19
1694/21 1695/8
1700/20
**around [6]** 1692/15
1695/6 1696/21
1696/22 1696/22
1700/17
**aside [1]** 1700/21
**asking [2]** 1692/20
1695/7
**assign [1]** 1699/24
**association [1]**
1690/25
**assume [2]** 1692/5
1697/3
**ATR [1]** 1597/6
**attendees [2]** 1693/1
1693/3
**attention [2]** 1693/16
1700/18
**author [1]** 1691/6
**Avenue [3]** 1597/18
1598/7 1598/12

**B**

**back [2]** 1691/21
1700/12

**be [4]** 1690/19 1691/13
1698/8 1700/14
**been [4]** 1693/11
1695/14 1695/15
1697/23
**before [3]** 1596/9
1690/13 1690/22
**begin [1]** 1698/25
**behalf [1]** 1699/6
**believe [5]** 1692/11
1694/24 1695/22
1697/22 1700/13
**BELKNAP [1]** 1597/17
**BENCH [1]** 1596/9
**Bennett [2]** 1598/6
1699/5
**best [3]** 1692/2 1697/6
**Between [1]** 1694/3
**big [1]** 1692/24
**both [1]** 1691/1
**breakout [1]** 1700/7
**briefly [1]** 1698/11
**brisk [1]** 1699/8
**broader [1]** 1700/2
**Broadway [1]** 1597/13
**Bruce [1]** 1597/10
**build [1]** 1697/6
**bullet [10]** 1694/25
1695/7 1695/8 1695/14
1696/2 1696/5 1697/5
1697/19 1697/20
1698/12
**bullets [3]** 1695/13
1700/11 1700/14
**business [4]** 1694/18
1694/22 1695/9
1695/10
**businesses [3]**
1694/20 1695/16
1695/17

**C**

**C-r-a-m-e-r [1]** 1693/21
**can [6]** 1690/19
1691/21 1696/6
1696/17 1699/11
1700/21
**care [2]** 1700/15
1700/16
**Carr [1]** 1597/12
**case [2]** 1693/24
1695/22
**Cavanaugh [1]**
1597/16
**Center [1]** 1597/13
**certainly [1]** 1694/20
**Certified [1]** 1598/10
**certify [1]** 1711/2
**CH [1]** 1598/11
**Charles [1]** 1598/2
**Christian [7]** 1693/19
1693/21 1693/21
1694/1 1694/5 1694/19
1698/11
**cigarettes [1]** 1694/20
**class [3]** 1692/13
1692/24 1693/1

**closed [2]** 1600/2
1690/18
**CO [1]** 1597/14
**coag.gov [1]** 1597/15
**Colorado [3]** 1597/10
1597/11 1597/13
**COLUMBIA [1]** 1596/1
**communications [2]**
1692/14 1692/16
**computer [6]** 1598/14
1691/14 1692/4 1692/8
1692/9 1695/4
**computer-aided [1]**
1598/14
**Connecting [1]** 1694/5
**CONNOLLY [3]** 1598/3
1598/6 1699/6
**Constitution [1]**
1598/12
**Consumer [1]** 1597/11
**context [1]** 1695/8
**CONTINUED [1]**
1598/1
**correct [16]** 1691/4
1691/19 1695/17
1695/19 1696/3 1696/9
1696/12 1696/13
1697/2 1697/12
1697/15 1697/21
1697/24 1698/2
1698/15 1711/3
**correctly [3]** 1694/23
1695/25 1697/10
**could [4]** 1694/21
1697/1 1697/8 1700/6
**counsel [1]** 1690/25
**course [1]** 1692/14
**COURT [3]** 1596/1
1598/9 1598/11
**Cramer [4]** 1693/21
1694/4 1698/11
1698/15
**created [3]** 1691/19
1694/18 1699/13
**CROSS [2]** 1599/4
1699/3
**CROSS-EXAMINATION**
**[1]** 1699/3
**CRR [2]** 1711/2 1711/8
**curriculum [2]** 1700/8
1700/9
**custodial [1]** 1691/1
**custodian [1]** 1691/2
**CV [1]** 1596/4

**D**

**D.C [6]** 1596/5 1597/3
1597/7 1598/4 1598/7
1598/12
**date [4]** 1691/19
1691/22 1694/5 1711/7
**day [3]** 1596/7 1690/16
1700/3
**decade [1]** 1697/24
**defaults [1]** 1697/15
**Defendant [2]** 1596/7
1598/2
**DEFENDANT'S [1]**

**DEFENDANT'S... [1]** 1599/10

**demand [6]** 1695/17 1696/7 1696/17 1697/1 1700/16 1700/16

**demand-businesses [1]** 1695/17

**Denver [1]** 1597/14

**department [3]** 1597/2 1597/11 1697/23

**deposition [1]** 1694/3

**did [7]** 1691/1 1693/13 1694/23 1697/10 1699/22 1699/24 1699/25

**didn't [2]** 1693/12 1698/12

**different [1]** 1700/7

**dinner [3]** 1693/18 1694/13 1694/19

**Dintzer [1]** 1597/2

**direct [2]** 1599/4 1693/15

**director [1]** 1697/21

**discussed [2]** 1694/19 1698/11

**distribution [2]** 1697/7 1697/14

**DISTRICT [3]** 1596/1 1596/1 1596/10

**do [13]** 1691/15 1692/24 1693/19 1693/24 1693/25 1694/1 1694/13 1698/7 1699/1 1700/13 1700/15 1700/16 1700/20

**do you [2]** 1692/24 1694/13

**do you believe [1]** 1700/13

**Do you see [1]** 1693/19

**document [10]** 1690/11 1690/15 1690/22 1690/23 1690/25 1692/3 1696/24 1699/12 1699/17 1699/21

**documents [1]** 1692/8

**does [3]** 1695/3 1699/14 1699/21

**doesn't [1]** 1699/20

**DOJ [2]** 1597/2 1597/6

**DOJ-ATR [1]** 1597/6

**don't [12]** 1692/5 1692/19 1692/25 1693/8 1693/10 1694/14 1695/5 1695/19 1695/22 1696/20 1697/16 1700/4

**down [2]** 1692/16 1696/5

**drugs [1]** 1694/20

**during [1]** 1699/13

---

**e-author [1]** 1691/6

**ebennett [1]** 1598/8

**economics [3]** 1694/21 1695/16 1697/8

**Edward [1]** 1598/6

**else [1]** 1694/8

**email [7]** 1597/4 1597/8 1597/15 1597/20 1598/5 1598/8 1691/8

**employee [2]** 1698/15 1698/17

**employees [2]** 1693/2 1693/9

**end [1]** 1690/16

**ended [1]** 1700/4

**entered [1]** 1700/9

**equation [2]** 1696/7 1696/18 1697/1

**essentially [2]** 1695/1 1697/8

**ET [1]** 1596/3

**ever [1]** 1694/18

**everywhere [2]** 1697/8 1697/15

**exactly [1]** 1700/4

**exaggeration [3]** 1696/20 1696/23 1700/19

**examination [2]** 1698/25 1699/3

**exercise [2]** 1695/21 1700/17

**Exhibit [2]** 1699/9 1700/11

**EXHIBITS [1]** 1599/8

**external [1]** 1693/6

---

**few [1]** 1699/8

**fields [1]** 1691/2

**figure [1]** 1694/8

**file [4]** 1691/10 1691/10 1691/13 1691/16

**finance [3]** 1697/21 1697/23 1698/17

**fine [1]** 1690/20

**firm [1]** 1693/6

**first [8]** 1693/16 1694/12 1694/16 1695/14 1698/12 1700/11 1700/12 1700/13

**Floor [1]** 1597/14

**focus [1]** 1696/8

**folder [1]** 1691/13

**foregoing [1]** 1711/3

**forget [1]** 1693/6

**formats [1]** 1696/8

**fortunate [2]** 1694/21 1695/9

**four [2]** 1700/11 1700/13

**front [1]** 1699/9

**full [1]** 1696/20

**fundamental [1]**

---

**further [1]** 1698/4

---

**G**

**gave [1]** 1693/4

**get [3]** 1690/22 1697/7 1700/18

**go [3]** 1691/21 1695/13 1699/25

**going [2]** 1694/16 1700/12

**Good [2]** 1699/5 1699/7

**GOOGLE [21]** 1596/6 1598/2 1692/3 1692/17 1692/19 1692/22 1693/2 1693/8 1696/18 1697/2 1697/3 1697/15 1697/21 1697/23 1698/1 1698/15 1698/17 1699/6 1699/24 1700/15 1700/16

**Google's [2]** 1695/10 1698/25

**google.com [1]** 1691/6

**got [1]** 1697/14

**greatest [1]** 1694/17

---

**H**

**had [3]** 1694/13 1696/21 1697/6

**Hafenbrack [2]** 1597/6 1698/6

**half [1]** 1697/9

**has [2]** 1700/15 1700/16

**have [7]** 1691/13 1693/11 1694/21 1695/9 1698/7 1698/22 1699/23

**haven't [1]** 1699/17

**he [1]** 1698/17

**head [1]** 1694/2

**here [2]** 1693/18 1694/12

**here -- strike [1]** 1694/12

**highlight [1]** 1693/17

**highlighted [2]** 1691/3 1696/5

**him [1]** 1693/24 1698/13

**Honor [9]** 1690/13 1690/17 1690/20 1691/24 1698/4 1698/8 1698/21 1698/22 1699/1

**HONORABLE [1]** 1596/9

**hosted [1]** 1692/21

**hour [1]** 1699/13

**hour-long [1]** 1699/13

**how [3]** 1692/24 1700/4 1700/18

**hyperbole [3]** 1696/20 1696/23 1700/19

---

**I am [1]** 1698/3

**I believe [1]** 1692/11

**I did [1]** 1693/13

**I do [1]** 1700/20

**I don't [2]** 1695/22 1700/4

**I don't recall [6]** 1692/5 1692/25 1693/10 1694/14 1695/5 1697/16

**I think [1]** 1693/23

**I was [1]** 1697/16

**I'll [1]** 1699/8

**I'm [4]** 1691/22 1694/16 1696/19 1700/11

**I'm going [1]** 1694/16

**I'm not [1]** 1696/19

**I'm sorry [1]** 1691/22

**ignore [4]** 1695/16 1696/6 1696/17 1697/1

**illicit [1]** 1694/20

**INDEX [2]** 1599/2 1599/8

**indicate [1]** 1699/20

**indicates [1]** 1699/12

**investments [2]** 1697/7 1697/14

**is [36]** 1690/15 1690/24 1691/2 1691/3 1691/6 1691/8 1691/10 1691/15 1691/16 1692/2 1692/3 1692/7 1692/12 1692/12 1692/22 1693/21 1693/21 1694/17 1694/18 1694/25 1695/15 1695/21 1695/23 1695/23 1696/18 1696/18 1696/19 1696/19 1696/25 1697/1 1698/15 1698/18 1699/7 1699/7 1711/3

**it [23]** 1690/19 1692/7 1692/18 1692/18 1692/18 1692/19 1693/11 1693/24 1693/25 1694/4 1694/16 1694/16 1695/23 1695/24 1696/11 1696/12 1696/13 1696/22 1697/3 1699/7 1700/2 1700/2 1700/8

**it's [2]** 1695/19 1696/19

---

**J**

**John [2]** 1598/2 1598/6

**jon.sallet [1]** 1597/15

**Jonathan [1]** 1597/10

**Joshua [1]** 1597/9

**joshua.hafenbrack [1]** 1597/9

**jotted [1]** 1692/15

---

**jschmidtlein [1]** 1598/5

**JUDGE [1]** 1596/10

**Judicial [1]** 1597/13

**July [2]** 1691/19 1691/24

**July 27 [1]** 1691/19

**July 27th [1]** 1691/24

**just [6]** 1695/7 1695/20 1695/21 1695/25 1696/25 1699/9

**JUSTICE [1]** 1597/2

---

**K**

**Kenneth [2]** 1597/2 1598/2

**kenneth.dintzer2 [1]** 1597/5

**know [9]** 1691/15 1692/15 1692/19 1693/12 1693/13 1694/1 1695/19 1695/21 1696/20

---

**L**

**last [2]** 1693/23 1699/13

**LAW [1]** 1597/11

**laws [1]** 1695/16

**leader [2]** 1693/4 1693/5

**Let's [3]** 1690/11 1693/15 1695/13

**level [1]** 1694/19

**like [7]** 1692/19 1696/20 1696/20 1696/22 1698/17 1700/3 1700/18

**little [1]** 1699/14

**LLC [1]** 1596/6

**LLP [3]** 1597/17 1598/3 1598/6

**long [1]** 1699/13

**look [2]** 1690/11 1693/15

**looking [1]** 1699/9

---

**M**

**made [4]** 1694/3 1694/4 1697/6 1700/13

**Maine [1]** 1598/7

**marketing [1]** 1697/7

**marketing/distribution [1]** 1697/7

**matter [1]** 1711/4

**may [2]** 1690/14 1698/8

**maybe [2]** 1693/24 1694/18

**meant [2]** 1695/20 1695/25

**mechanical [1]** 1598/14

**MEHTA [1]** 1596/9

**members [1]** 1693/11

**mentioned [2]** 1692/12 1698/12

**M**

menu [1] 1700/6
Merit [1] 1598/10
meta [1] 1699/10
metadata [5] 1690/23
 1690/24 1699/11
 1699/12 1699/20
Microsoft [2] 1695/4
 1695/4
Mike [1] 1691/10
mind [1] 1696/21
missed [1] 1691/23
models [1] 1694/18
more [5] 1690/11
 1696/22 1697/5 1698/7
 1699/17
Morning [1] 1596/7
most [1] 1692/9
mostly [3] 1696/6
 1696/17 1697/1
Mr. [10] 1690/11
 1690/14 1690/22
 1691/21 1692/2
 1693/16 1694/4 1698/6
 1698/15 1699/7
Mr. Cramer [2] 1694/4
 1698/15
Mr. Hafenbrack [1]
 1698/6
Mr. Penado [2]
 1690/14 1691/21
Mr. Roszak [5]
 1690/11 1690/22
 1692/2 1693/16 1699/7
mroszak [1] 1691/6
much [1] 1696/22
my [3] 1692/9 1694/2
 1696/25

**N**

name [3] 1691/2
 1691/4 1691/16
named [1] 1693/19
necessarily [1]
 1695/22
need [1] 1695/17
New [1] 1597/19
next [2] 1696/5 1697/5
no [7] 1596/4 1694/10
 1698/4 1698/22
 1699/19 1700/8
 1700/15
not [12] 1691/15
 1692/18 1692/18
 1693/13 1693/24
 1694/1 1694/6 1696/19
 1699/22 1699/23
 1700/11 1700/20
notes [1] 1692/12
noticed [1] 1699/14
NW [4] 1597/3 1597/7
 1598/3 1598/12
NY [1] 1597/19

**O**

off [3] 1692/19 1692/21
 1694/1
off-site [2] 1692/19

Official [1] 1598/11
oh [2] 1699/13 1699/22
Okay [17] 1691/16
 1692/6 1692/10 1693/7
 1693/14 1693/14
 1694/11 1694/15
 1695/12 1696/25
 1697/4 1697/18 1698/6
 1698/9 1698/20
 1698/24 1700/16
one [8] 1690/11
 1694/17 1695/16
 1696/15 1697/5 1697/5
 1698/7 1700/3
only [1] 1696/7
opportunity [1]
 1700/19
other [2] 1693/1
 1693/8
our [1] 1697/7
out [1] 1694/8
over [1] 1699/14
overall [1] 1700/5

**P**

p.m [2] 1710/11
 1710/11
paragraph [3] 1693/16
 1694/12 1694/16
part [6] 1692/13
 1692/16 1695/14
 1700/2 1700/2 1700/17
path [3] 1691/10
 1691/10 1691/13
PATTERSON [1]
 1597/17
pbwt.com [1] 1597/20
Penado [2] 1690/14
 1691/21
people [2] 1693/11
 1693/13
period [1] 1699/13
person [1] 1693/19
Plaintiff [1] 1597/10
PLAINTIFF's [1]
 1599/5
Plaintiffs [2] 1596/4
 1597/2
platform [1] 1695/4
playing [2] 1696/22
 1700/17
point [7] 1694/25
 1695/7 1695/8 1696/2
 1696/5 1697/5 1698/12
points [2] 1697/19
 1697/20
practice [1] 1692/7
presentation [2]
 1692/15 1693/5
presented [1] 1692/11
president [1] 1698/1
pretty [1] 1700/8
Prettyman [1] 1598/11
proceedings [4]
 1596/9 1598/14 1600/2
 1711/4
produced [2] 1598/14

product [3] 1697/6
 1697/7 1697/21
Protection [1] 1597/11
public [1] 1700/1
publish [2] 1690/14
 1690/14
put [3] 1690/23
 1699/11 1700/21

**Q**

queries [1] 1696/7
question [2] 1696/25
 1698/8
questions [3] 1698/4
 1698/22 1699/8

**R**

Ralph [1] 1597/12
read [4] 1694/16
 1694/23 1695/25
 1697/10
really [1] 1696/21
Realtime [1] 1598/10
recall [9] 1692/5
 1692/24 1692/25
 1693/8 1693/10
 1694/13 1694/14
 1695/5 1697/16
Recess [1] 1710/11
recollection [1] 1692/3
record [1] 1711/3
recorded [1] 1598/14
RECROSS [1] 1599/4
REDIRECT [1] 1599/4
refer [1] 1695/3
reference [3] 1693/18
 1695/3 1697/2
referring [2] 1695/9
 1698/13
Registered [1] 1598/10
related [1] 1692/7
remember [1] 1700/4
Reporter [4] 1598/9
 1598/10 1598/10
 1598/11
respect [1] 1697/19
revenue [1] 1696/6
right [13] 1692/12
 1692/22 1693/22
 1695/1 1695/10
 1695/25 1696/15
 1696/18 1698/18
 1698/25 1699/14
 1699/16 1699/21
rival [1] 1694/21
RMR [2] 1711/2 1711/8
Roszak [6] 1690/11
 1690/22 1691/11
 1692/2 1693/16 1699/7

**S**

said [1] 1693/23
sales [1] 1696/8
Sallet [1] 1597/10
same [1] 1694/18
saved [1] 1699/13
say [5] 1695/8 1695/19

STATES [3] 1596/1
 1596/3 1596/10
stenography [1]
 1598/14
Street [2] 1597/3
 1597/7
strike [1] 1694/12
Suite [2] 1597/14
 1597/18
supply [3] 1695/17
 1696/8 1700/15
Sure [1] 1697/6
SW [1] 1598/7

**T**

take [3] 1690/11
 1693/15 1700/6
talking [3] 1690/15
 1695/6 1696/6
team [1] 1693/11
tear [1] 1697/8
Ted [1] 1699/5
terms [2] 1696/23
 1700/8
testified [1] 1692/11
textbook [1] 1697/9
than [1] 1699/17
Thank [3] 1698/6
 1698/21 1700/21
Thank you [3] 1698/6
 1698/21 1700/21
that [52] 1690/19
 1690/24 1691/1 1691/4
 1691/8 1691/12
 1691/13 1691/15
 1691/23 1692/11
 1692/12 1692/15
 1692/16 1692/17
 1692/22 1693/17
 1693/19 1693/22
 1693/24 1694/12
 1694/18 1694/20
 1694/25 1694/25
 1695/3 1695/6 1695/15
 1695/15 1695/18
 1695/22 1695/25
 1695/23 1695/25
 1695/25 1696/2
 1696/15 1696/18
 1697/10 1697/12
 1697/14 1697/16
 1698/12 1698/18
 1699/12 1699/14
 1699/16 1699/20
 1699/20 1699/21
 1700/20 1700/21
 1711/2
that's [10] 1690/20
 1691/4 1692/20
 1694/25 1695/24
 1696/2 1696/5 1696/11
 1696/12 1696/13
them [1] 1700/12
then [2] 1697/5 1700/3
there [9] 1691/2
 1692/14 1692/14
 1693/4 1693/6 1694/19
 1695/10 1697/2 1700/6

menu M column — (already captured)

saying [1] 1700/20
says [9] 1694/17
 1695/14 1695/23
 1695/24 1696/6
 1696/11 1696/12
 1696/13 1697/6
Schmidtlein [1] 1598/2
screen [3] 1690/14
 1690/23 1693/17
Sealed [1] 1600/2
search [4] 1691/16
 1694/17 1695/10
 1697/21
second [1] 1695/13
Section [1] 1597/11
see [10] 1691/1 1691/3
 1691/4 1691/6 1691/10
 1691/12 1691/16
 1693/19 1694/7
 1695/18
seem [1] 1699/21
sent [2] 1699/20
 1699/23
sentence [1] 1697/12
September [2] 1596/5
 1711/7
server [1] 1691/14
session [2] 1596/7
 1690/18
sessions [1] 1700/7
set [2] 1700/8 1700/9
seven [2] 1699/14
 1699/18
sheet [1] 1690/24
shown [1] 1690/19
side [4] 1696/7 1696/8
 1696/18 1697/1
Since [1] 1690/18
site [2] 1692/19
 1692/21
six [1] 1700/3
six-day [1] 1700/3
smart [2] 1697/6
 1697/14
Smurzynski [1] 1598/2
so [5] 1692/5 1694/24
 1695/14 1696/19
 1697/22
So this is [1] 1696/19
some [1] 1692/15
something [1] 1699/25
sorry [1] 1691/22
sound [1] 1699/14
sounds [1] 1699/16
speaking [1] 1700/1
specifically [1] 1700/1
specifics [1] 1695/5
speech [2] 1691/17
 1692/12
spend [1] 1699/22
sponsored [1] 1692/21
St [1] 1598/3
standard [1] 1692/7
State [1] 1597/10
statements [1]
 1700/13

1715

**T**

there's [1] 1693/18
these [4] 1694/21
1696/21 1697/19
1697/20
things [4] 1692/9
1696/22 1700/6
1700/20
think [9] 1693/23
1693/24 1693/25
1694/4 1694/4 1698/12
1700/15 1700/16
1700/20
thinking [1] 1697/16
third [1] 1695/13
this [27] 1690/15
1690/23 1690/24
1690/25 1692/12
1692/16 1693/23
1694/1 1694/5 1694/6
1694/13 1695/7 1695/8
1695/21 1696/19
1696/19 1696/23
1698/5 1698/23
1699/12 1699/15
1699/22 1699/23
1699/24 1699/25
1700/17 1700/18
those [2] 1694/23
1700/13
thoughts [1] 1696/21
through [1] 1700/12
time [4] 1693/23
1697/17 1697/20
1698/5
tips [1] 1692/15
titled [1] 1711/4
today [3] 1694/3
1698/1 1698/3
top [1] 1694/1
touched [1] 1693/23
training [19] 1692/13
1692/16 1692/17
1692/18 1692/21
1693/5 1693/9 1694/5
1694/6 1694/9 1699/15
1699/24 1699/25
1700/1 1700/2 1700/3
1700/5 1700/9 1700/18
transcript [3] 1596/9
1598/14 1711/3
transcription [1]
1598/14
TRIAL [1] 1596/9
true [2] 1700/14
1700/20
try [1] 1699/8
TYLER [1] 1597/17

**U**

U.S [1] 1597/2
under [1] 1691/1
Unit [1] 1597/12
UNITED [3] 1596/1
1596/3 1596/10
up [3] 1690/23 1699/11
1700/4
upfront [1] 1700/18

1690/14 1691/11
1692/3 1693/15
1698/13
us [1] 1690/25
usdoj.gov [2] 1597/5
1597/9
used [1] 1700/18
users [1] 1696/7

**V**

vice [1] 1698/1
voluntarily [1] 1700/1
vs [1] 1596/5

**W**

walk [1] 1700/12
want [1] 1690/23
was [31] 1690/24
1691/22 1692/14
1692/17 1692/18
1692/18 1692/18
1692/19 1692/24
1693/4 1693/5 1693/6
1693/24 1693/24
1693/25 1694/1 1694/6
1694/8 1695/22
1696/22 1697/3
1697/16 1698/13
1699/12 1699/25
1700/2 1700/2 1700/6
1700/8 1700/9 1700/17
Washington [6] 1596/5
1597/3 1597/7 1598/4
1598/7 1598/12
wasn't [1] 1694/4
wc.com [2] 1598/5
1598/8
we [20] 1690/13
1690/14 1690/15
1691/21 1693/23
1694/21 1695/5 1695/8
1696/6 1696/17
1696/17 1696/25
1697/2 1697/6 1697/8
1698/11 1698/22
1699/1 1699/11 1700/9
we'll [2] 1693/16
1698/25
we're [2] 1690/18
1690/18
we've [1] 1695/15
WEBB [1] 1597/17
well [4] 1695/18
1696/10 1696/15
1697/12
went [2] 1699/15
1699/24
were [9] 1690/15
1692/15 1693/1 1693/9
1694/8 1695/5 1696/22
1697/15 1697/20
wfcavanaugh [1]
1597/20
what [15] 1691/3
1691/15 1691/22
1692/20 1694/3 1694/4
1695/5 1695/23

1696/11 1696/12
1696/13 1696/21
1697/16
what's [1] 1695/14
when [6] 1693/23
1695/8 1696/6 1696/12
1696/25 1699/15
where [2] 1696/19
1696/19
which [1] 1699/9
who [8] 1693/4 1693/5
1693/6 1693/8 1693/25
1694/1 1694/8 1694/13
William [4] 1597/16
1598/9 1711/2 1711/8
WILLIAMS [3] 1598/3
1598/6 1699/5
Windows [2] 1694/18
1695/3
witness [2] 1599/2
1698/23
WITNESSES [1]
1599/4
words [1] 1694/23
work [5] 1691/14
1692/7 1692/8 1692/9
1700/19
work-related [1]
1692/7
world's [1] 1694/17
worry [1] 1695/17
would [6] 1691/13
1692/5 1693/11
1695/19 1697/3
1699/22
write [2] 1692/7 1692/9
wrote [6] 1692/3
1694/25 1696/2
1696/15 1697/12
1697/20

**Y**

yeah [2] 1695/21
1699/10
years [2] 1699/14
1699/18
yes [27] 1690/17
1691/3 1691/5 1691/7
1691/9 1691/18
1691/20 1692/13
1692/23 1693/3
1693/20 1694/24
1695/2 1695/11 1696/1
1696/4 1696/14
1696/16 1697/11
1697/13 1697/22
1697/25 1698/14
1698/16 1698/19
1699/16 1699/22
yesterday [1] 1690/16
York [1] 1597/19
you [48] 1691/1 1691/4
1691/6 1691/10
1691/13 1691/16
1692/3 1692/11
1692/11 1692/15
1692/24 1693/8

1693/19 1693/25
1694/3 1694/4 1694/8
1694/13 1694/13
1694/25 1695/8 1696/2
1696/12 1696/15
1696/25 1697/12
1697/20 1697/20
1697/20 1698/6
1698/11 1698/12
1698/17 1698/21
1699/8 1699/10
1699/15 1699/17
1699/20 1699/24
1699/24 1699/25
1700/6 1700/13
1700/21 1700/21
you'd [1] 1697/23
you're [4] 1692/20
1695/9 1695/23 1698/1
your [20] 1690/13
1690/17 1690/20
1690/25 1691/2 1691/4
1691/8 1691/14
1691/24 1692/2 1692/7
1692/8 1693/11
1693/15 1694/3 1698/4
1698/8 1698/21
1698/22 1699/1
Your Honor [9]
1690/13 1690/17
1690/20 1691/24
1698/4 1698/8 1698/21
1698/22 1699/1

**Z**

Zaremba [3] 1598/9
1711/2 1711/8