IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, ET AL.,    )       ███████

                          )
         Plaintiffs,    )
                          )       CV No. 20-3010
      vs.    )       Washington, D.C.
                          )       September 20, 2023
GOOGLE LLC,    )       9:45 a.m.
                          )
         Defendant.    )       Day 7
_____)       Morning Session

TRANSCRIPT OF BENCH TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For DOJ Plaintiffs:          Kenneth M. Dintzer
                             U.S. DEPARTMENT OF JUSTICE
                             1100 L Street, NW
                             Washington, D.C.
                             (202) 307-0340
                             Email:
                             kenneth.dintzer2@usdoj.gov

                             Joshua Hafenbrack
                             DOJ-ATR
                             455 5th Street NW
                             Washington, D.C. 20530
                             (202) 603-0857
                             Email:
                             joshua.hafenbrack@usdoj.gov

For Plaintiff
State of Colorado:           Jonathan Bruce Sallet
                             COLORADO DEPARTMENT OF LAW
                             Consumer Protection Section,
                             Antitrust Unit
                             Ralph L. Carr
                             Colorado Judicial Center
                             1300 Broadway
                             Suite 7th Floor
                             Denver, CO 80203
                             (720) 508-6000
                             Email: jon.sallet@coag.gov

                             William F. Cavanaugh, Jr.
                             PATTERSON BELKNAP
                             WEBB & TYLER LLP
                             1133 Avenue of the Americas
                             Suite 2200
                             New York, NY 10036-6710
                             (212) 335-2793
                             Email: wfcavanaugh@pbwt.com

APPEARANCES CONTINUED:

For Defendant Google:        John E. Schmidtlein
                             Kenneth Charles Smurzynski
                             WILLIAMS & CONNOLLY LLP
                             725 12th St., NW
                             Washington, D.C. 20005
                             (202) 434-5000
                             Email: jschmidtlein@wc.com

                             Edward John Bennett
                             WILLIAMS & CONNOLLY LLP
                             680 Maine Avenue, SW
                             Washington, D.C. 20024
                             (202) 434-5083
                             Email: ebennett@wc.com

Court Reporter:              William P. Zaremba
                             Registered Merit Reporter
                             Certified Realtime Reporter
                             Official Court Reporter
                             E. Barrett Prettyman CH
                             333 Constitution Avenue, NW
                             Washington, D.C. 20001
                             (202) 354-3249

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

– – –

WITNESS INDEX

– – –

WITNESSES          DIRECT CROSS REDIRECT RECROSS

PLAINTIFF's:

MIKE ROSZAK          1601  1699

– – –

INDEX OF EXHIBITS

– – –

DEFENDANT'S                              ADMITTED

DX1019                                      1614

1  P R O C E E D I N G S

2  (███████ closed proceedings)

3  COURTROOM DEPUTY:  All rise.

4  THE COURT:  Good morning, everyone.

5  COURTROOM DEPUTY:  Good morning Your Honor.  This

6  is Civil Action 20-3010, United States of America, et al.,

7  versus Google LLC.

8  Kenneth Dintzer for the DOJ Plaintiffs.

9  Jonathan Sallet for Plaintiff States.

10  John Schmidtlein on behalf of Google.

11  THE COURT:  All right.

12  Okay.  Could I have just counsel that I've just

13  met in the back with just come up to the bench real quick.

14  Let's keep this off the record.

15  (Discussion held off the record between the Court

16  and counsel.)

17  THE COURT:  All right.  Thank you, everyone.  So

18  with that, why don't we get started and have the witness

19  come on back up.

20  Mr. Roszak, come on back up and we'll get started.

21  MR. HAFENBRACK:  Your Honor, Joshua Hafenbrack for

22  the United States.

23  THE COURT:  Mr. Hafenbrack.

24  MR. HAFENBRACK:  Welcome back, Mr. Roszak.

25  - - -

1    MIKE ROSZAK, WITNESS FOR THE PLAINTIFF, HAVING BEEN

2    PREVIOUSLY SWORN, RESUMED THE STAND AND TESTIFIED FURTHER AS

3    FOLLOWS:

4                    DIRECT EXAMINATION (CONTINUED)

5                             - - -

6                             - - -

7    BY MR. HAFENBRACK:

8        Q    Mr. Roszak, your search finance team has provided

9    financial analysis related to Google Search business on the

10   Mozilla Firefox browser, correct?

11       A    Yes.

12       Q    And the Firefox browser is a browser that users in

13   the United States can download, correct?

14       A    Yes.

15       Q    And is it your understanding that Firefox isn't

16   the default browser on any operating system or device?

17       A    Not that I'm aware of.

18       Q    Okay.

19            It's not the default that you're aware of?

20       A    Right.

21       Q    Okay.

22            And Google today is the default search engine on

23   the Firefox browser for the United States; is that correct?

24       A    Yes, that's my understanding.

25       Q    And Google's also the default search engine for

1    Firefox around the world with a few exceptions; is that

2    right?

3         A    With a few exceptions, I believe that's right.

4         Q    Do you know what the exceptions are off the top of

5    my head?

6         A    I do not.

7         Q    Okay.

8              And your search finance team has been responsible

9    or was responsible for providing financial analysis about

10   Google's distribution agreements with Mozilla; is that

11   right?

12        A    Yes.

13        Q    And, Mr. Roszak, do you recall there was a period

14   when Google was not the default search engine for the

15   Firefox browser, correct?

16        A    In certain countries, yes.

17        Q    In the United States specifically, correct?

18        A    Yes.

19        Q    And that's because about a decade ago, Mozilla

20   switched the Firefox default from Google to Yahoo! for a

21   several-year period; is that right?

22        A    I don't remember the exact year off the top of my

23   head, but they did switch to Yahoo!.

24        Q    Did that switch occur in late 2014?

25        A    That could be right.

1    Q    Okay.

2         And then for the United States, Mozilla then

3    switched the Firefox default back to Google in 2017; is that

4    right?

5    A    I'm not 100 percent certain on the specific year,

6    but I do recall that they switched back to Google in the

7    United States.

8    Q    Okay.

9         And am I correct that the Mozilla episode is the

10   only time during your tenure that you can recall that Google

11   lost a search default that it previously had in the

12   United States?

13   A    Yeah, I can't recall off the top of my head any

14   others.

15   Q    Okay.

16        Now, Mr. Roszak, after Firefox switched the

17   default to Yahoo! -- from Google to Yahoo!, Firefox users

18   still had the option to search with Google, correct?

19   A    I'm not sure exactly how you're defining option

20   but there are certainly ways they could get to Google.

21   Q    They could switch the default back to Google, one

22   option, right?

23   A    Yes.

24   Q    And they could go into the Firefox browser and

25   navigate to Google and search from there, right?

1    A    Yes.

2    Q    And are you aware that during the time that Yahoo!

3  and not Google was the default, Mozilla offered a drop-down

4  menu where users could select Google for a particular

5  search?

6    A    I'm not aware of what the specific UI was.

7    Q    Okay.

8         But, regardless, despite the various avenues that

9  Firefox users had to reach Google -- had the opportunity to

10 reach Google when Yahoo! and not Google was the default,

11 Google still lost material search advertising revenue when

12 it was not the default; is that right?

13   A    I'm not sure how to define "material."  I probably

14 want to see the actual numbers.

15   Q    You recall that your team, your search finance

16 team, called the financial loss material?

17   A    I don't recall that off the top of my head.

18   Q    Do you recall that your team estimated that the

19 default switch from Google to Yahoo! cost Google ████████

20 ████████  dollars in the United States alone in the very first

21 year that Yahoo! and not Google was the default?

22   A    I don't recall the numbers off the top of my head.

23   Q    Do you recall that during the time that Yahoo! and

24 not Google was the default, Google observed a ███ percent

25 default revenue loss with respect to the Firefox browser in

1    the United States?

2        A    I don't know if -- I don't know if I would say

3    exactly observed.  We tried certain ways to get a guess as

4    to what that was.  That number sounds roughly correct.

5        Q    Okay.  But let's look at a document.

6             I mean, if you could -- but we're going to pull

7    UPX66 on the screen, Mr. Roszak.

8             And this document is in evidence, Your Honor.

9             It should be in your binder as well, Mr. Roszak,

10   whichever method you prefer.

11            And you see, Mr. Roszak, this is an email exchange

12   between you and Ben Friedenson and others from May 2018,

13   correct?

14       A    Yes.

15       Q    And Mr. Friedenson was a member of your search

16   finance team at this time in May of 2018; is that correct?

17       A    Yes.

18       Q    And he was the senior-most member of your search

19   finance team, is that correct?

20       A    I'm trying to think of everyone on the team.

21            He was senior.

22       Q    Okay.  He was the senior member of your team,

23   correct?

24       A    Yes.

25       Q    And you see the subject line for this email is

1   "Draft materials for Friday's BG/Nick meeting."

2          Yes, and BG is Ben Gomes, correct?

3   A     Yes.

4   Q     And Nick would be Nick Fox, correct?

5   A     Yes.

6   Q     And both Mr. Gomes and Mr. Fox were vice

7   presidents in Google Search organization; is that right?

8   A     I believe so, yes.

9   Q     Both high ranking figures in the world of Google

10  Search, fair?

11  A     They were both vice presidents, yeah.

12  Q     Okay.

13         And your team prepared a presentation for that

14  meeting with Mr. Gomes and Mr. Fox, correct?

15  A     I don't recall the specifics of this conversation,

16  but it does look like we did prepare some materials.

17  Q     Let's take a look at the second page of the

18  exhibit and there's an email from been Ben -- from

19  Mr. Friedenson.

20         And do you see there the first email, or the first

21  paragraphs of the email, he says he prepared a draft of the

22  finance proportion of materials for Friday's Gomes/Nick

23  meeting and gives a link to the presentation?

24  A     Yes.

25  Q     And under new material, you see Mr. Friedenson

1  references some slides, one of which relating to the Firefox

2  default change?

3       A    Yes.

4       Q    And if we could jump back to the first page,

5  please, Mr. Penado.

6            And there's an email from you at the top of the

7  screen, Mr. Roszak, and there you were providing comments on

8  the presentation that your team had prepared for Mr. Gomes

9  and Mr. Fox; is that right?

10      A    Yes.

11      Q    Let's take a look at the slide on the Firefox

12 data.  I direct your attention to page 10 of this exhibit,

13 Mr. Gomes [sic], and it's Bates 071, if you look at the

14 Bates number on the bottom right.  And we'll put it up on

15 the screen as well for you.

16           And this was the slide that was prepared by your

17 search finance team; is that correct?

18      A    I'm not sure who actually prepared the slide.

19           Yeah, I don't know who would have prepared the

20 slide.

21      Q    This was the analysis around the Firefox episode

22 was done by your search finance team; is that correct?

23      A    We did some analysis of it but also would have

24 been done by separate teams as well.

25      Q    Okay.

1        MR. HAFENBRACK:  And, Your Honor, the red boxes on

2  this document are -- were original to the document, I just

3  didn't want to be confused with some of the confidentiality

4  boxes we've been doing.

5        THE COURT:  Okay.

6  BY MR. HAFENBRACK:

7        Q    And, Mr. Roszak, your team will sometimes put red

8  boxes on slides to show points of emphasis; is that right?

9        A    Sometimes, but I don't know if we did that here or

10  if this was just pasting from some other materials.

11        Q    Okay.

12        You see the middle column says -- let me ask you

13  about, first of all, about the title actually.

14        It says, "November 2014, Firefox signed US DSE

15  partnerships with Y."

16        Do you see that?

17        A    Yes.

18        Q    And that's referring to the fact that in November

19  2014, Mozilla Firefox signed a partnership with Yahoo! to

20  make Yahoo! the default search engine in the Firefox

21  browser; is that right?

22        A    Yes.

23        Q    And now I'll direct your attention to the middle

24  column there where the words are highlighted, and it says,

25  "Many users didn't notice or didn't care enough to fix it."

1        Do you see that?

2    A    Yes.

3    Q    And that's referring to Firefox users, correct?

4    A    I don't know the source of these charts so I'm not

5    100 percent certain.

6    Q    But based on your understanding is that referring

7    to Firefox users?

8    A    I don't know what the -- I don't think our team

9    would have prepared -- we generally don't do user studies so

10   I do not know the source or what this is.

11   Q    Okay.

12        If you look in the right-hand column, see at the

13   top it says, "Revenue loss was material"?

14   A    Yes.

15   Q    And this, the revenue loss calculations, that was

16   work that was performed by your finance team, correct?

17   A    Potentially, but it also could have been, like,

18   the revenue finance team doing that and we were customers of

19   it.

20   Q    And the material revenue loss that's referenced

21   here, revenue loss experienced by Google, correct?

22   A    Yes.

23   Q    And specifically, revenue loss experienced by

24   Google as a result of Firefox switching the default search

25   engine to Yahoo!, correct?

```
 1        A     That's my assumption.

 2        Q     And you see it says the estimated loss of roughly

 3  ██████████ dollars in 2015?

 4        A     Yes.

 5        Q     And below that, there's a ██ percent figure and a

 6  ██ percent figure.  Do you see that?

 7        A     Yes.

 8        Q     And the ██ percent figure refers to DSE traffic.

 9  Do you see that?

10        A     Yes.

11        Q     And that's saying that Google lost ██ percent of

12  the default search engine traffic when it lost the default

13  to Yahoo!, correct?

14        A     I believe that was -- yeah, the estimate.  There

15  was always error bars around these but that was the

16  estimate.

17        Q     ██ percent was the estimate of lost traffic,

18  correct?

19        A     Yes.

20        Q     And traffic is queries in this context, correct?

21        A     Yes.

22        Q     And you see below the ██ percent figure, there's a

23  ██ percent figure of DSE revenue?

24        A     Yes.

25        Q     And that figure is saying that when Google lost
```

1    the default, Google lost ■ percent of the default search

2    revenue it had received when it was the Firefox default,

3    correct?

4        A    Yes.

5        Q    And when Yahoo! and not Google was the default,

6    Google's revenue losses were greater than Google's query

7    losses, correct?

8        A    Again, with the error bars around it, that was the

9    estimate at the time.

10       Q    And the next line down in this chart provides an

11   explanation for why that was the case.  Do you see that?

12       A    I don't know if I would say it was an explanation

13   because we really didn't know, but that was a hypothesis.

14       Q    Okay.

15            And the hypothesis here is that "post-default

16   switch, "clickier" Firefox users were lost, amplifying

17   impact," correct?

18       A    Yes.

19       Q    And that is saying that users who stuck with the

20   Yahoo! default and didn't switch back to Google were more

21   likely to click on search ads; is that right?

22       A    Again, that was the hypothesis, yeah.

23            We don't totally know the user behavior, but

24   I think that was the hypothesis, yes.

25       Q    And that was that's what "clickier" means,

1    correct?

2         A    Yes.

3         Q    Mr. Roszak, if you know, do users who search and

4    stick with the default tend on average to be less tech savvy

5    than those who switch the default?

6         A    I'm not certain.

7         Q    Okay.

8              If we could jump to page 12 of this exhibit,

9    Mr. Penado.

10             We'll put it up on the screen for you.

11             Do you see, Mr. Roszak, that this is a slide that

12   is summarizing some user research that Google had conducted?

13        A    Yes.

14        Q    And you see the headline takeaway at the top there

15   says -- and we'll highlight it for you, it says, "User

16   studies of -- user studies of at-risk users indicate 'good

17   enough' inertia for some, confusion about browser/DSE for

18   others."

19             Do you see that?

20        A    Yes.

21        Q    Did you have an understanding of what an at-risk

22   user is?

23        A    I do not.

24        Q    Would it be a user that might not use Google if

25   it's not the default?

1    A    I don't know what the definition is of that.

2    Q    Do you understand "good enough inertia" to mean if
3  the default option is good enough, some users might not
4  undertake the effort to switch it?

5    A    I don't know exactly.  I was not familiar with
6  this study or the takeaways here because this would have
7  been done by a different team.  I don't know exactly what
8  they meant by that.

9    Q    Okay.

10        And you see the reference to browser about --
11  "confusion about browser/DSE."  And does that refer to
12  confusion among some users about the difference between a
13  browser and a search engine?

14   A    Possibly.  I'm not certain.

15   Q    Okay.  Fair enough.

16        You can put that one aside, Mr. Roszak.

17        Now, Google -- I believe we discussed this briefly
18  earlier.  Google eventually did regain the Firefox default
19  in the United States; is that right?

20   A    Yes.

21   Q    And are you aware that occurred in late 2017?

22   A    I'm not sure on the specific timing exactly, but
23  that sounds roughly right.

24   Q    That sounds roughly right?

25   A    Yeah.

1    Q    And you were involved in analyzing and

2   recommending what Google could and should offer Mozilla to

3   regain the Firefox default; is that right?

4    A    I know we were involved in analyzing.  I don't

5   remember the specifics of what we provided at that time.

6    Q    Okay.

7         Do you recall that in 2017 Google agreed to pay

8   Mozilla an ▇ percent revenue share to regain the Firefox

9   default for the United States?

10    A    I don't know what the rev share percent was off

11   the top of my head.

12         MR. HAFENBRACK:  Let's put DX1019 on the screen,

13   please.

14         And, Your Honor, this is 2017 contract between

15   Google and Mozilla.  This was an exhibit offered by Google,

16   but we have no objection.  We move it into evidence.

17         THE COURT:  Okay.

18         Sorry.  You said DX?

19         MR. HAFENBRACK:  DX1019.

20         THE COURT:  1019.  So that will be admitted.

21                                    (Defendant's Exhibit DX1019

                                         received into evidence.)

22

23   BY MR. HAFENBRACK:

24    Q    If we could -- if you take a look at the top

25   paragraph there, Mr. Roszak, you'll see this is the

1   November 14th, 2017, agreement -- amendment to the agreement

2   between Google and Mozilla.  Do you see that?

3        A    Yes.

4        Q    And if we could go down to the payment terms,

5   please, which is on the bottom of page 1.

6             You see under the "b)" subheading there, it

7   describes Google agreeing to pay an ■ percent revenue share

8   to Mozilla for the United States?

9        A    I see the ■ percent.  Some of it is cut off on

10  the wording, but I see the ■ percent.

11       Q    And does that accord with your recollection of

12  what Google agreed to pay Mozilla to regain the Firefox

13  default in 2017?

14       A    I don't remember the number off the top of my

15  head.

16       Q    You can pull that one down, Mr. Penado.

17            When it comes to the Firefox default, would you

18  agree that Google paid an ■ percent revenue share to save

19  itself from a roughly ■ percent revenue loss?

20       A    I'm not certain.  I would have to -- got to think

21  through that a bit and see the math.

22       Q    Well, you saw the calculation that, when Google

23  was not the default, Google saw a roughly ■ percent revenue

24  loss, correct?

25       A    Yes.

1    Q    And you saw the last document where Google agreed

2    to pay ▮▮ percent to regain the default in the

3    United States, correct?

4    A    Yes.

5    Q    Is it accurate that Google could have doubled that

6    ▮▮ percent revenue share and still seen a net incremental

7    gain from the Firefox default?

8    A    I'm not sure on the math off the top of my head.

9    Q    Okay.

10        Is it, in fact, true, that since 2017, Google has

11   realized a substantial net profit from the Firefox default

12   in the United States?

13   A    I don't know the specifics -- I don't know the

14   numbers or what it looks like off the top of my head.

15   Q    Does the Firefox default -- again, United States

16   only -- deliver net incremental profits to Google of

17   hundreds of millions of dollars per year?

18   A    I'm not sure off the top of my head.

19   Q    Okay.

20        Mr. Roszak, you've heard the phrase "Code Red"

21   during your work at Google, correct?

22   A    Yes.

23   Q    And you've specifically heard the phrase Code Red

24   used in reference to Apple, correct?

25   A    Yes.

1    Q    And a Google Code Red as it relates to Apple

2  refers to the potential for Apple switching the search

3  default from Google to some other provider; is that right?

4    A    Yes.

5    Q    And a Code Red is an emergency, correct?

6    A    Not necessarily.  I don't know the definition of a

7  Code Red.

8    Q    Am I correct that Google reserves the Code Red

9  label for high priority issues facing the business?

10   A    I've never come up with a code color, so I don't

11 know exactly how those come about.

12   Q    Okay.

13        Would you agree Code Red, not a label that Google

14 tosses around lightly?

15   A    That I don't know.

16   Q    Okay.

17        And, Mr. Roszak, your finance team has provided

18 financial modeling, economic modeling of the potential

19 impact of the Code Red scenario relating to Apple, meaning

20 that I'm potentially switching the search default, correct?

21   A    Yes.

22   Q    And do you recall that as of mid-2015, Apple had

23 the right to terminate its distribution agreement with

24 Google?

25   A    I don't know -- I don't know the specifics of the

1    timing of what the terms were.

2        Q    Do you recall generally that in 2015, 2016, there

3    were contract talks between Google and Apple about extending

4    the relationship?

5        A    Yes.

6        Q    Okay.

7             And while those talks were happening, your team

8    was responsible for modeling the financial implications if

9    Apple were to switch the Safari default to another provider,

10   right?

11       A    We were responsible for trying to provide some

12   context around that.  I don't know if I would say

13   "implications" because all of this we did not know for

14   certain, but we were responsible for trying to provide some

15   financial context of what could happen.

16       Q    Okay.  That's fair.

17            Let's take a look at UPX1050, which we'll put on

18   the screen for you.

19            MR. HAFENBRACK:  Your Honor, 1050 is in evidence.

20   BY MR. HAFENBRACK:

21       Q    You see these are emails that you sent and

22   received with Mr. Friedenson?

23       A    Yes.

24       Q    And Mr. Friedenson, again, at this time, worked on

25   your search finance team, correct?

1      A     Sometime around this period, he was on a different

2  finance team.  I don't remember when he shifted to my team.

3      Q     Did he join your team in 2015?

4      A     I'm not 100 percent certain on the timing --

5      Q     Okay.

6      A     -- of when he joined my team.

7      Q     You see on the CC line, Cristina Bita is the first

8  CC?

9      A     Yes.

10     Q     And was she your direct manager at this time?

11     A     Yes.

12     Q     And Patrick Orr was a member of your finance team;

13 is that right?

14     A     Yes.

15     Q     Okay.

16           And in this email, you're discussing estimates of

17 how much revenue Google would expect to recover if Apple

18 switched the default, right?

19     A     Yeah.  I'm not sure on the word "expect" because

20 this is all a guess.  But this was providing some context of

21 what the assumptions were that we were using at this time.

22     Q     Okay.

23           Well, let's look take a look at Mr. Friedenson's

24 email, sort of the third of the way down the page, and I'll

25 direct your attention to a particular portion of it that

1    we'll put on the screen.

2         And you see here the top of the section that we've

3    highlighted on the screen for you, "Mr. Friedenson

4    references a 2016 search plan review deck," and that was a

5    presentation that your team provided to Google CFO Ruth

6    Porat; is that right?

7    A    It was a presentation to Ruth.  I don't know if I

8    would say our team presented it because it usually is more

9    from the business in terms of their plan for the year.

10   Q    Your team provided some content for the

11   presentation to Ms. Porat; is that fair?

12   A    Yes.

13   Q    Okay.  Let's take a look at the first bullet

14   point, and you see there there's a reference of roughly

15   ■ percent recovery on macOS.

16        Do you see that?

17   A    Yes.

18   Q    And macOS refers to Apple Mac computers, correct?

19   A    Yes.

20   Q    And here you are using the Firefox data that we

21   just discussed to estimate Google's recovery rate on Mac

22   computers if Apple switched the default, correct?

23   A    Yeah, we were using that as a starting point, as

24   one potential data point, and then adjusting from there.

25   Q    And you used the Firefox data as a starting point

1    and you adjusted the recovery rate upward, correct?

2         A    Yes.

3         Q    From ██ percent to ██ percent; is that right?

4         A    Yes.

5         Q    And the reason you did that was to account for

6    higher Google usage among Safari users around the world

7    compared to Firefox users in the United States; is that

8    right?

9         A    We estimated that because, you know, again, we

10   don't know like the sort of stats for users.  But we

11   estimated that based on looks like the GDN estimates of

12   search usage.

13        Q    And to define for the Court, GDN, Google

14   Display Network?

15        A    Yes.

16        Q    And Google can use the data it gets from the

17   Google Display Network to approximate query shares on

18   particular browsers, is that right?

19        A    Yeah, query usage on particular back servers --

20   browsers, an approximated given it has some quirks in it

21   too.

22        Q    So you were using the Firefox data as the

23   benchmark for Mac computers and making some adjustments

24   based on the GDN shares you observed in those two browsers?

25        A    Yes.

1     Q    Take a look at the last bullet point, the

2  ██ percent worst case.

3          And the decline in IGMM usage following the launch

4  of Apple Maps refers to the Google Maps data that we

5  discussed yesterday afternoon; is that right?

6     A    Yes.

7     Q    And the ██ percent decline refers to the decline

8  in Google Maps usage after Apple switched the default to

9  Apple Maps in 2012, correct?

10    A    Yes.

11    Q    In the next paragraph here at the bottom of what's

12 on the screen, Mr. Friedenson wrote, "I know that at some

13 point we landed on always using ██ percent for mobile and

14 flexing the desktop, and I'm trying to pin down exactly

15 when."

16         Do you see that?

17    A    Yes.

18    Q    And using ██ percent means using ██ percent as the

19 recovery assumption, correct?

20    A    Yes.

21    Q    And let's take a look at your -- the top email in

22 the string in which you responded to Mr. Friedenson.

23         And you wrote, "if I remember correctly, we

24 started anchoring on the ██ percent mobile and not flexing

25 it when Amit said that was his best guess expectation of

1   what would actually happen."

2          Do you see that?

3      A   Yes.

4      Q   That refers to Mr. Singhal; is that right?

5      A   Yes.

6      Q   And he was the -- was he the head of Google Search

7   organization at this time in 2016?

8      A   He was the head of the search product and

9   engineering team, or at least engineering team.

10  I'm not sure on product, but head of search engineering.

11     Q   Asks you what you mean by this phrase, "anchoring

12  for ■ percent for mobile."  Okay.

13         And that simply means that Google started using

14  ■ percent as your best expectation of what would happen on

15  iPhones if Apple switched the Safari default to another

16  provider; is that right?

17     A   So the point of anchoring, we would often show

18  multiple scenarios, given we did not know what would

19  actually happen.  I think this is saying, across the

20  scenarios, we used ■ percent on them.  And I think you said

21  best expectation, but this says best guess expectation

22  because we really do not know.

23     Q   And to be clear, instead of using a range, you

24  settled on using ■ percent as your best guess expectation

25  of the amount of revenue Google would recover if Apple

1   switched the iPhone search default, right?

2        A    Can you repeat the question.

3        Q    Sure.

4             And when you say not having a range, you meant you

5   settled on using ■ percent in particular as Google's best

6   guess expectation of the percentage of revenue that Google

7   would recover if Apple switched the search default on

8   iPhones, correct?

9        A    Yes, I believe in the multiple scenarios, we

10  used -- like the two scenarios we did, we used ■ percent on

11  it.

12       Q    Okay.

13            And just as a matter of math, a ■ percent

14  estimated recovery rate is another way of saying a

15  ■ percent estimated revenue loss, correct?

16       A    Yes.

17       Q    Let's take a look at the presentation attached to

18  this email, Mr. Roszak.

19            And you see this is --

20            THE COURT:  Sorry to interrupt.

21            Can I just ask a question?

22            The percentages here, is that in reference to

23  usage or revenue?  Or both?

24            THE WITNESS:  It is, in particular, in relation to

25  revenue.

1           THE COURT:  Okay.

2    BY MR. HAFENBRACK:

3        Q    Mr. Roszak, we're on the cover email or the cover

4    page of this slide deck attached to your email.

5             And you're familiar with the ▮▮ scenarios

6    presentation, correct?

7        A    I'd say broadly familiar.

8        Q    Your team prepared multiple iterations of this

9    slide deck around this time in 2016; is that right?

10       A    Yes.

11       Q    Okay.

12            And ▮▮ is the code name that Google used for

13   Apple; is that correct?

14       A    I don't know if Google used that for Apple.  This

15   is what we used for this presentation for Apple.

16       Q    When your team used ▮▮ it was a way of referring

17   to Apple; is that right?

18       A    Yes.

19       Q    And is the ▮▮ code name a play on words on the

20   Big Apple?

21       A    I'm not sure on the origin.  I think that is

22   possible.

23       Q    Okay.

24            Did you come up with the ▮▮

25       A    No.

1626

1      Q    Okay.

2           And your team put in a lot of work related to the

3      financial analysis that's reflected in this presentation;

4      is that fair?

5      A    I don't know how to put an adjective on it.

6           We definitely did work as part of this.

7      Q    There are a lot of very detailed spreadsheets that

8      I'll spare you from today containing your team's

9      calculations and analysis; is that right?

10     A    I think there were multiple spreadsheets of

11     iterations of potential things as part of this time.

12     Q    Okay.

13          Let's take a look at page 22, and that's Bates 886

14     if you want to look in the paper copy, Mr. Roszak.

15          And you see the title of this slide is "Default

16     search recover assumptions"; is that right?

17     A    Yes.

18     Q    And the figures on this slide are presenting

19     assumptions about the percentage of revenues that Google

20     would expect to recover if Apple switched the default to

21     another provider, right?

22     A    This is providing context on the assumptions.

23     I don't know if I would agree with the word "expect" because

24     all throughout this, you know, we had to make assumptions

25     and guesses.

1    But this is providing context on what we assumed

2    in the modeling in this presentation.

3    Q    And the figures here for iPhones and for Mac

4    computers match the figures that were discussed in the cover

5    email; is that right?

6    A    That looks correct.

7    Q    It's a ██ percent recovery for iPhones and a ██

8    percent recovery for Mac computers.  That's the estimate,

9    right?

10   A    In this scenario on the left, yes.

11   Q    And do you see at the top that there's sort of two

12   columns with two recovery -- topline recovery assumptions,

13   one's ██ percent, one's ██ percent?

14   A    Yes.

15   Q    And the ██-percent figure is what you get if you

16   blend together the recovery assumptions for iPhones and Mac

17   computers; is that right?

18   A    Yes, it looks like it's the weighted average.

19   Q    And it's a little more weighted towards the iPhone

20   number ████████████████████████████████████████████████

21   ████████████████████████████████████, specifically from

22   iPhones; is that right?

23   A    I want to see the specific numbers.  But given the

24   weighted average, that roughly makes sense to me.

25   Q    Okay.

1    I'll turn your attention to iOS recovery and it

2    says "■ percent based on."

3    Do you see that?

4    A    Yes.

5    Q    And the first bullet point describes the Google

6    Maps example we've been talking about, right?

7    A    Yes.

8    Q    And you see the second bullet point, says, "Mobile

9    defaults:  Defaults have more prominence in mobile due to

10   screen size and UI."

11   Do you see that?

12   A    Yes.

13   Q    And UI here is user interface, correct?

14   A    Yes.

15   Q    And screen size just refers to the fact that

16   mobile screens are smaller than computer screens, right?

17   A    Yes.

18   Q    And is the idea that if a user has a keyboard and

19   a bigger screen in front of them, it's easier for them to

20   switch or evade the default if they wanted to?

21   A    I don't remember the, like, really underlying

22   hypotheses of why we used this.  That is one potential

23   explanation, but I don't recall why we put this in here

24   specifically.

25   Q    You said that's one potential explanation.  Can

1    you think of any others?

2        A    I think you said keyboard.  It could just be

3    broader screen size and areas to navigate.

4        Q    Okay.

5             Certainly it's easier for -- again, assuming a

6    scenario where Apple switched the default, okay?  It's

7    certainly easier for a user to type in Google.com into the

8    Safari browser if they have a keyboard and a computer screen

9    sitting in front of them than if they're on a mobile phone.

10   You would agree, correct?

11       A    I'm not 100 percent certain on what the user

12   experience would be.  Yeah, I don't know exactly.

13       Q    Okay.

14            But in any event, Google in this slide is assuming

15   a recovery rate on Mac computers that is ███████████ on a

16   percentage basis than the recovery rate you're assuming on

17   iPhones, correct?

18       A    In this slide, yes.

19       Q    Well, let's go to the next page of this exhibit,

20   Mr. Roszak, and that's page 23, Bates 887.

21            And you see the headline here is "Safari default

22   search revenue at risk," correct?

23       A    Yes.

24       Q    And, again here, your team is estimating how much

25   revenue was at risk for Google if Apple switched the

1   default, right?

2        A    Yes.

3        Q    And this is a really important question for

4   Google, right?

5        A    I don't know about the word "really."

6             I mean, I think it was definitely a question we

7   wanted to provide context on.  I don't know, like, the

8   adjective of "really important," but I wanted to provide

9   context certainly.

10       Q    How much the Safari default is worth to Google is

11  an important question for Google, you would agree, correct?

12       A    I think it's an important question.

13       Q    And billions of dollars on the line, correct?

14       A    Potentially, yes.

15       Q    And in conducting this analysis as reflected on

16  this slide, your team used the revenue recovery assumptions

17  that we just discussed from the previous slide, correct?

18       A    Yes.

19       Q    I'll direct your attention to the Net Revenue Gap

20  row.

21            If we could highlight that one.  Thank you,

22  Mr. Penado.

23            And I wondered if you could explain this one for

24  us, Mr. Roszak.  Is this figure projecting the amount that

25  Google would -- you're assuming Google would lose if Apple

```
 1    switched the default minus the savings Google would get from

 2    not making traffic acquisition payments to Apple?

 3         A    Yes, it looks like using these assumptions on

 4    recovery, it is the difference between the net revenue and

 5    the ██ percent recovery scenario and the net revenue in the

 6    first set of columns.

 7         Q    Okay.

 8              And let's look at the more conservative ██ percent

 9    recovery line.

10              And for the year 2020, your team was providing

11    analysis that said, "Google might lose more than $█ billion

12    in the year 2020 on net if Apple switched the Safari

13    default," correct?

14         A    Yes.  And I think the word "might" there is

15    relevant because, yeah, we don't know, we had to make

16    assumptions.

17              But using these assumptions, that is what it came

18    up with.

19         Q    Let's turn to page 30, Bates 894.

20              And the top of this slide says, "Apple traffic by

21    access point."

22              Do you see that, Mr. Roszak?

23         A    I'm sorry.  I'm trying to find the page.

24         Q    Sure.  Take your time.

25         A    Okay.
```

1632

```
1       Q    You're there?

2       A    Yes.

3       Q    And the headline here is "Apple traffic by access

4   point"?

5       A    Yes.

6       Q    And can you tell us what this slide shows?

7       A    This looks like, at some point in time, the

8   queries that came to Google on, I'm assuming iOS, I don't

9   know that for certain but I'm assuming iOS, what access

10  point they came through.

11      Q    And ██ percent of Google's queries came from the

12  Safari default, correct?

13      A    That looks like what that says at a certain point

14  in time.

15      Q    And those would be queries where a user just

16  opened up Safari and typed their query straight into the

17  Safari bar; is that right?

18      A    I don't know the exact UI at this time.  It might

19  have been like a search box that they had, I'm not certain.

20  But those would be users that came to Google through however

21  Apple is providing the default search at that time.

22      Q    Okay.

23           And you see if you add up Safari default with

24  Safari organic, it's ██ percent?

25      A    Yes.
```

1    Q    And would "Safari organic" just simply mean that

2    someone went to the Safari browser and typed in Google and

3    then did the search from Google?

4    A    I think so.

5         There was also some, like, bookmark or other

6    things at this time.  I get a little confused on the

7    specifics.  But, certainly, one example would be coming to

8    www.google.com in Safari.

9    Q    Thank you.

10        You could put that one aside, Mr. Roszak.

11        Mr. Roszak, do you generally recall that around

12   2021 Google was, again, in talks with Apple about extending

13   their relationship?

14   A    I have like a little bit of context on that but

15   not too much.

16   Q    Okay.  Well, let's take a look at a document.

17        148, please.

18        And there's a message or an email at the top of

19   the string from Mr. Friedenson to you, and it's dated

20   December 22nd, 2020.  Do you see that?

21   A    Yes.

22        MR. HAFENBRACK:  And I should say, Your Honor, 148

23   is in evidence.

24   BY MR. HAFENBRACK:

25   Q    Can you tell from the context, it says, "Google

1634

```
1    slides."  Is this -- are these -- is this a comment thread?
2         A    That's what it looks like.
3         Q    You see here that there's a line that says,
4    "Restricted NTK access" and then it says, "What are
5    historical examples of Google retaining users when no longer
6    the DSE?"
7              Do you see that?
8         A    Yes.
9         Q    And does "restricted NTK access" mean that this
10   document was being distributed on a need-to-know basis?
11        A    That's my assumption.
12        Q    Okay.
13             And you see here that then Chris Rhyu makes a
14   request to you and some others for content on the slide
15   about historical examples of Google retaining users when no
16   longer the default.  Do you see that?
17        A    Yes.
18        Q    And was Ms. Rhyu a member of your finance team at
19   this time?
20        A    No, I don't believe so.
21        Q    She'd been previously and then moved on; is that
22   right?
23        A    Yes.
24        Q    Okay.
25             And did she leave your finance team and join
```

 1     another team within Google at some earlier point in 2020?

 2         A     Yes.

 3         Q     Okay.

 4               But let's take a look at the presentation.

 5               If we could go to the cover slide, please.

 6               And this is a presentation entitled "What Would

 7     Apple Do," dated January 2021.  Do you see that?

 8         A     Yes.

 9         Q     And are you generally familiar with this

10     presentation?

11         A     Very little.  We were not very involved in this

12     presentation.

13         Q     Most of this deck was drafted by other teams at

14     Google, correct?

15         A     Yes.

16         Q     And your teem provided content for a couple

17     particular slides; is that right?

18         A     I think maybe -- I would have to look at the deck.

19     I think maybe one slide.  I'm not certain what we provided.

20         Q     Okay.

21               Let's take a look at page 28.  I think that might

22     clear up the issue.

23               And you see it's entitled "Search Historical

24     Implications."  Do you see that?

25         A     Yes.

 1       Q    And is this the slide that your team provided

 2   content for on historical examples where Google was no

 3   longer the default?

 4       A    Yes.

 5            THE COURT:  So what's the Bates on this again?

 6            MR. HAFENBRACK:  For this particular slide,

 7   Your Honor?

 8            THE COURT:  Yes.

 9            MR. HAFENBRACK:  It's page 28.

10            Let me get the Bates number for you.

11            It's Bates 826, I believe, Your Honor.

12            THE COURT:  Okay.  Got you.  Thank you.

13   BY MR. HAFENBRACK:

14       Q    And you're on the right page, correct, Mr. Roszak?

15       A    Yes.

16       Q    Okay.  Great.

17            And you see the recovery assumption figures that

18   your team provided here are the same from the exchange we

19   discussed a few minutes ago from 2016, correct?

20       A    Yes.

21       Q    And do you see next to the ■ percent, there's a

22   number 1 with a blue circle?

23       A    Yes.

24       Q    And that links over to the chart showing the

25   Google Maps data; is that right?

```
 1        A      Yes.

 2        Q      Same chart we discussed yesterday afternoon, yes?

 3        A      Yes.

 4        Q      And then there's a number 2 with another blue

 5   circle next to the ▇ percent recovery assumption for Mac

 6   computers.  Do you see that?

 7        A      Yes.

 8        Q      And that blue circle links over to the chart of

 9   Firefox data that we discussed earlier in your testimony,

10   correct?

11        A      I don't know if we discussed this chart.  This

12   looks like -- the chart looks slightly different.  It looks

13   like it's a search usage chart, versus we had discussed,

14   like, queries and revenue.

15        Q      That's fair.

16               This chart we didn't see in a prior exhibit,

17   correct?

18        A      I don't believe we've seen it yet.

19        Q      But it's using the same Firefox episode as the

20   benchmark for your recovery assumption from Mac computers,

21   correct?

22        A      It is using the same Firefox episode.

23        Q      And the numbers here -- a ▇ percent decline in

24   traffic, a ▇ percent decline in revenues -- are the same

25   here as well, correct?
```

1    A    Yes.

2    Q    You can put that one aside.

3         Mr. Roszak, sitting here today, Google still uses

4    the ▮ percent recovery assumption as its best guess

5    expectation of what would happen if Apple switched the

6    default on iPhones, correct?

7    A    That's a little bit hard to answer because I don't

8    think we've really done any analysis on this for a while

9    and, the chart you just showed us, it's just showing what we

10   had used in the past.  We really have not done, as far as

11   I know, any analysis on this that I can recall in a recent

12   period.

13   Q    Sitting here today, you don't know of any data

14   point that's better than the Google Maps data for a recovery

15   assumption on what might happen if Apple switched the

16   default on iPhones, correct?

17   A    Off the top of my head, I don't know a better data

18   point.

19   Q    You don't know of anything better, correct?

20   A    I don't know all the data that is out there.  We

21   have not really, like, looked at this for a while, and so I

22   don't know -- you know, I don't know if there are others

23   elsewhere across Google, but I do not know anything off the

24   top of my head.

25   Q    Not that your team uses, correct?

1      A     Correct.

2      Q     And with respect to Apple devices, generally,

3   you -- to your knowledge, you're aware of no other events

4   aside from Google Maps and the Firefox default switch, that

5   we've been discussing during your testimony, that Google

6   uses to predict the effects of a default search engine

7   change, correct?

8      A     I don't know what is used all across the company

9   in like Android and others.  I don't know -- I don't think

10  our team -- because we haven't also done this in a while.

11  I don't think we have, as far as I can recall, used anything

12  else of late.

13     Q     Based on your knowledge and what you know about

14  your team, your team still uses Google Maps and Firefox as

15  the best data points for assumptions about the effects of a

16  default search engine change on Apple devices, correct?

17     A     We haven't done this in a while.  So if we looked

18  at a situation, like a modeling, we would probably talk

19  about it again and what we would use.  But I don't know off

20  the top of my head of anything different at this point.

21     Q     Mr. Roszak, your finance team also has provided

22  analysis for Android phones; is that right?

23     A     Not totally sure how to answer.  That's kind of a

24  broad question.

25     Q     Has your team provided data points for recovery

1    assumptions on a similar kind of circumstance that we were

2    discussing with Apple if Android manufacturers were to

3    switch the default search engine?

4         A    I'm not sure off the top of my head.

5         Q    Are you familiar with the Samsung S browser?

6         A    Yes.

7         Q    And that's a preloaded browser on certain Samsung

8    Android phones; is that right?

9         A    I'm less familiar with the Android world so

10   I'm not 100 percent certain, but that sounds roughly right.

11        Q    And is the default search engine on the S browser

12   is Google, is that your understanding?

13        A    I'm not certain, but, yeah, I do not know as much

14   about Android.

15        Q    Based on your knowledge, does Google use the same

16   recovery estimates that we've been discussing for iPhones

17   for the Samsung S browser?

18        A    I'm not sure off the top of my head.

19        Q    Okay.  Let's pull up 323.

20             And UPX323 is in evidence, Your Honor.

21             And there's an email at the top -- or an email or

22   a message at the top from John Yoo to you, do you see that?

23        A    I see a message from John Yoo.  The way comments

24   work, I don't know if this was, like, directly to me or

25   I just see it was commented in Patrick Orr, so I can't

1    totally tell from comments how this works.

2        Q    Okay.

3             Was Mr. Yoo on the Google finance team that deals

4    with Android issues?

5        A    2017.

6              I believe so.

7        Q    And the Court heard from Mr. Yoo yesterday.  Were

8    you're here for Mr. Yoo's testimony?

9        A    I was not.

10       Q    Okay.

11            But let's take a look at the second page.  There's

12   a message from Patrick Orr.

13            And was Mr. Orr a member of your finance team at

14   this time in June of 2017?

15       A    I believe so, yes.

16       Q    Okay.

17            And you see Mr. Orr is providing some figures on

18   clawback assumptions?

19       A    Yes.

20       Q    And in this context, clawback means the same thing

21   as the revenue recovery estimate that we were discussing

22   with Apple devices, right?

23       A    I'm not certain because I don't recall the

24   analysis we were doing here.  But that is, yeah, one

25   assumption.

1    Q    Would you, just looking at this document, come up

2  with any different interpretation?

3    A    Not off the top of my head.

4    Q    And you see Mr. Orr writes, "For S browser, we

5  assume ■ to ■ percent clawback based on the loss we saw

6  from iOS maps default change, ■ percent and our current

7  Google usage on Edge browser, ■ percent."

8         Do you see that?

9    A    Yes.

10    Q    And the -- you understand that the Edge browser is

11  the default browser on Windows PC computers?

12    A    That's my rough understanding.

13    Q    And defaults to the Bing search engine, correct?

14    A    Yes.

15    Q    And the next two paragraphs discuss clawback

16  projections for Chrome in the Google Search app.

17         Do you see that?

18    A    Yes.

19    Q    And it's providing two different scenarios, one

20  with MADA protections and one without MADA protections.

21         Do you see that?

22    A    Yes.

23    Q    And to your understanding, do the MADA protections

24  in this context refer to the requirements that those two

25  applications, Chrome and the Google Search app, come

1    pre-installed on Android phones?

2        A    I don't know what that was assuming.  Again, I do

3    not know the MADA scenario or situation very well.

4        Q    So you can't tell us what the distinction this is

5    drawing between with and without MADA protections?

6        A    No, I do not know that off the top of my head.

7        Q    You can put that one aside.

8            Mr. Roszak, let's switch gears and discuss a

9    slightly different topic.

10           Your search finance team has looked at the

11   financial costs that Apple would face if Apple tried to

12   launch its own search engine as the Safari default.

13           Do you recall that?

14       A    Can you repeat how you worded the question

15   because --

16       Q    Sure, absolutely.

17           Your search finance team, and your boss at the

18   time, Mr. Carlos Kirjner, have looked at the financial cost

19   to Apple if Apple were to try to launch and run its own

20   search engine?

21       A    I believe we tried it in a big thought -- it's

22   not -- a thought exercise to, like, estimate it.  I don't

23   know if I would say we, like, looked at it.  There was a

24   thought exercise to throw out some considerations around

25   that.

1    Q    Okay.  A thought exercise on how much it would

2  cost Apple if Apple tried to launch and run its own general

3  search engine, right?

4    A    Yeah.  I'd want to see the specifics of how it was

5  put together, but around then.

6    Q    Absolutely.  Let's pull it up.  It's UPX2.

7         And UPX2 is in evidence, Your Honor.

8         And, Mr. Roszak, you're familiar with this

9  document, correct?

10   A    Yes.

11   Q    And the majority of this document was written by

12 your boss at the time, Carlos Kirjner, correct?

13   A    Yes.

14   Q    And you provided comments, feedback, and data

15 points for this document, correct?

16   A    Yes.

17   Q    Okay.

18        And this document was prepared the latter half of

19 2020; is that right?

20   A    Sounds roughly right.

21   Q    Okay.

22        And do you see the headline there on the first

23 page is "The strategic value of marketing IGSA."

24        Do you see that?

25   A    Yes.

1    Q    And that's referring to the Google Search

2    application on iOS devices; is that right?

3    A    Yes.

4    Q    And under the title there, it says, "This memo

5    lays out search and ads finance's view on the specific steps

6    we should takes as we explore increasing IGSA marketing

7    spend in general and as a way to mitigate the risk of Apple

8    (potentially) launching its own search engine, replacing us

9    as the default."

10        Do you see that?

11   A    Yes.

12   Q    And the reference -- there's a reference to two

13   different finance teams.  Do you see that?

14   A    Yes.

15   Q    And the search finance team is the one that refers

16   to your finance team, correct?

17   A    Yes.

18   Q    And this memo looked at, among other things, the

19   cost to Apple of launching its own search engine and

20   replacing Google as the default, correct?

21   A    I don't know if I would say "looked at."  There

22   was some, like, thought exercise considerations here.  But

23   we -- we had no idea what that would be.

24   Q    Let's take a look at page 3 of this exhibit.  And

25   ask you about those bullet points on the bottom below

1    Exhibit 2.

2              And I'll direct your attention to the second

3    bullet point there.

4              And the thought exercise for this memo was

5    considering two different and separate sources of negative

6    impact to Apple's cash flows if Apple tried to launch its

7    own search engine, right?

8    A      Without monetizing queries through advertising

9    was, yeah, what this was referencing to, although I don't

10   know why -- why we would have assumed that.

11   Q      If Google monetized queries through advertising,

12   it might negate or mitigate some of the costs that are

13   discussed in this memo, right?

14   A      I think you said if Google -- or maybe I mis --

15   Q      I meant to say Apple.

16             If Apple monetized queries through advertising in

17   the scenario where it launched its own search engine, that

18   might mitigate some of the costs that are discussed in this

19   memo, right?

20   A      Yes, potentially.

21   Q      Okay.

22             And you see it mentions the two separate sources

23   of negative impact; one is loss of revenues and two is

24   increased costs, correct?

25   A      Yes.

1    Q    And the loss of revenues specifically refers to

2    the loss of the revenue share payments that Google makes to

3    Apple for the default, right?

4    A    It is that, plus also it assumes -- well, this

5    says they don't make it up through advertising as well.

6    Q    Okay.

7         And then if you look down to the next bullet, it

8    discusses an Exhibit 3 and Google's TAC payments.

9         Do you see that?

10   A    Yes.

11   Q    And Google's TAC payments are the revenue share

12   payments that Google makes to Apple for the search default,

13   right?

14   A    Yes.

15   Q    And those TAC payments are what, according to this

16   bullet point in this memo, contribute more than $██ billion

17   to Apple's enterprise value; is that right?

18   A    Yes, that's what this says.

19   Q    But let's flip to Exhibit 3, which is on the next

20   page, Mr. Roszak; and it's sort of halfway down the page.

21   We'll blow it up on the screen as well.

22        And the fifth row lists Google's total payment to

23   Apple in billions, correct?

24   A    Yes.

25   Q    And is the total payment figure one that your

1    search finance team tracks?

2        A    I'm not sure how to say tracks.  It's one that we

3    would have access to.

4        Q    Okay.  Access to and awareness of, correct?

5        A    Yes.

6        Q    And this is saying that Google's total payment to

7    Apple was $███ billion in 2018, correct?

8        A    Yes.

9        Q    And just shy of ██ billion in 2019, correct?

10       A    Yes.

11       Q    And if Apple developed its own search engine and

12   displaced Google as the default, Apple would be foregoing

13   these payments from Google, correct?

14       A    I think it would depend on the specific

15   implementation of what they did and what that would mean for

16   our partnership with them.

17       Q    Well, the reason Google pays Apple is for the

18   default, right?

19       A    I mean, it's part of a broader contract of

20   give-gets, but that is one term in there.

21       Q    Can you tell me Google's total payment to Apple

22   for 2022?  If this chart kept going out to 2022, what would

23   2022 show?

24       A    I don't know off the top of my head.

25       Q    Can you tell us to the nearest billion?

1     A     Not off the top of my head.

2     Q     Is it more or less than $█ billion for 2022?

3     A     I wouldn't want to speculate.  I don't know what

4     the number is off the top of my head.

5     Q     Do Google's payments to Apple help mitigate the

6     risk that Apple would launch its own search engine and

7     replace Google as the default?

8     A     I don't know.

9     Q     Did this chart also, if you look a couple lines

10    down, it's the seventh line, calculates Google's payments to

11    Apple as a percentage of Apple's operating income?

12    Do you see that?

13    A     Yes.

14    Q     And that is a calculation that your search finance

15    team has provided on a regular basis; is that right?

16    A     I don't know if I would say regular basis, but it

17    looks like we calculated it here.

18    Q     Does Mr. Friedenson provide that figure on a

19    quarterly basis?

20    A     I believe he used to.  I don't believe he has

21    recently.

22    Q     And you see here that from the time period

23    depicted, 2018 through half of 2020, Google's payments make

24    up ██████████████████ of Apple's operating income,

25    correct?

1    A    Yes.

2    Q    And if you know, has that figure continued to rise

3    after the first half of 2020?

4    A    I don't know off the top of my head.

5    Q    Now, Mr. Roszak, in addition to the revenues Apple

6    might lose, this memo also considered how much it would cost

7    Apple in expenses to stand up and run its own search engine,

8    right?

9    A    It does have some, yeah, context on that, yes.

10   Q    And your search finance team was responsible for

11   generally tracking the costs associated with running Google

12   search engine; is that right?

13   A    Yes.

14   Q    I'll direct your attention to the bottom of page 3

15   and the top of page 4, and it's kind of a spillover

16   paragraph.  We'll put both aspects of it on the screen.

17        And, here, this bullet point is providing an

18   estimate of how much Apple might need to spend on technical

19   infrastructure to launch and scale a general search engine;

20   is that right?

21   A    I'm sorry, I was looking at this.  Can you repeat

22   your question?

23   Q    No worries.  I can repeat.

24   A    Yeah.

25   Q    This memo, in this bullet point, is providing an

1   estimate of how much it might cost Apple in technical

2   infrastructure costs to launch and run a search engine; is

3   that right?

4        A     Yeah.  I would say this is very thought

5   "exercise-y" because we really do not know, and I think this

6   was just trying to provide some context.  But this is very,

7   very back of the envelope.

8        Q     You knew how much Google spends on technical

9   infrastructure, right?

10       A     I think we had to -- you know, I don't know that

11  definitively.

12       Q     And would technical infrastructure include the

13  machines, the computers, the servers that are necessary to

14  run a search engine?

15       A     Yes.

16       Q     A big expense for a search engine, right?

17       A     I don't know how to define "big."  It is an

18  expense for providing a search engine.

19       Q     A multibillion dollars expense, you'd agree,

20  right?

21       A     The all-in cost with the data centers and

22  everything else, I don't know how it splits, and some of the

23  machines versus servers.  I believe the all-in technical

24  infrastructure is, yes, over billions for search.

25       Q     And you see here, this memo estimates it would

1    cost Apple $█ billion a year or more in technical

2    infrastructure costs, right?

3        A    I see it says that, but this is where it is

4    very -- it's -- like the first bullet is, like, assuming

5    they would eat half.  I mean I think we had absolutely no

6    idea and so this was just an illustrative number.

7        Q    That's █ billion assuming Apple could spend half

8    of what Google spends, right?

9        A    Yes.

10       Q    Let's take a look at the next bullet.

11            And the next bullet, Mr. Roszak, refers to

12   something called ENGPM costs.  Do you see that?

13       A    Yes.

14       Q    We'll put it up on the screen for you, too.

15            And ENGPM costs refers to engineering and product

16   management costs; is that right?

17       A    Yes.

18       Q    And running a general search engine requires a lot

19   of engineers, right?

20       A    I don't know another word by -- it definitely

21   requires an engineering team across the three teams that we

22   talked about here.

23       Q    To run a successful general search engine, you

24   need thousands of engineers, don't you?

25       A    I am not a search product person.  I don't know

```
 1   how many people you actually need.
 2        Q    Okay.
 3             And this memo is estimating that "in addition to
 4   the $█ billion in technical infrastructure expenses, Apple
 5   would need to spend another roughly █ billion on engineering
 6   and product management costs."
 7             Do you see that?
 8        A    Yes.
 9        Q    And if you add those two numbers together, roughly
10   $█ billion a year in expenses, correct?
11        A    Yes.
12        Q    And in the next bullet, it mentions "reducing
13   Apple's FCF by roughly another █ billion."
14             And FCF just refers to cash flow, right?
15        A    Free cash flow, yes.
16        Q    Okay.  You can put that one aside.
17             MR. HAFENBRACK:  Your Honor, it's almost 11:00.
18   I'm mindful you usually like to take a break at 11:00.  I'm
19   happy to keep going.  Whatever the Court prefers.
20             THE COURT:  No.  Why don't we go ahead and take a
21   break if you're going to move topics?
22             A little before 11:00.  We will resume at 11:15.
23             MR. HAFENBRACK:  Thank you, Your Honor.
24             COURTROOM DEPUTY:  All rise.  This Court stands in
25   recess.
```

```
 1                    (Recess from 10:58 a.m. to 11:17 a.m.)

 2                    COURTROOM DEPUTY:  All rise.  This Honorable Court

 3      is again in session.  Be seated and come to order.

 4                    THE COURT:  Please be seated.  Thank you,

 5      everyone.

 6                    Mr. Roszak have a seat.

 7                    Mr. Hafenbrack, whenever you're ready.

 8                    MR. HAFENBRACK:  Thank you, Your Honor.

 9      BY MR. HAFENBRACK:

10           Q    Welcome back, Mr. Roszak.

11           A    Thank you.

12           Q    Let's pull up UPX85.

13                    MR. HAFENBRACK:  And, Your Honor, UPX85 is in

14      evidence.

15      BY MR. HAFENBRACK:

16           Q    And, Mr. Roszak, take a look at this document.

17      This is an email exchange and an attachment from October

18      2015.  And I think you'll see, about a third of the way down

19      the first page, there's an email from you to Ruth Porat and

20      others.

21                    Do you see that?

22           A    Yes.

23           Q    And the email has the subject line, "Finance prep

24      2016 search plan review."

25                    Do you see that.
```

1    A    Yes.

2    Q    And you recall the 2016 search plan review slide

3    deck that your team worked on, correct?

4    A    I think we mentioned that was usually created by

5    the business, but we would offer some context or some slides

6    to that potentially.

7    Q    Okay.  Okay.

8         And the email is to Ms. Porat and others.

9         Ms. Porat was Alphabet's CFO at this time; is that

10   right?

11   A    She was definitely -- I don't know when

12   Alphabet -- I forget when Alphabet came about.  Google or

13   Alphabet's CFO.

14   Q    That's a fair point.

15        She was at least Google's CFO, right?

16   A    Yes.

17   Q    And when you provide analysis and materials to

18   Google's CFO, did you take a little extra care to be

19   accurate?

20   A    I try to be accurate.

21   Q    Okay.

22        And you see you provided a link in your email to

23   the 2016 search plan review deck?

24   A    Yes.

25   Q    And you were sending that deck to Ms. Porat and

1    others, right?

2        A    Yes.

3        Q    Okay.  Let's take a look at page 3 of this

4    exhibit.  It's Bates 336.

5            And about halfway down the page, there's a section

6    entitled "Additional Investment Area Context."  Do you see

7    that?

8        A    Yes.

9        Q    And do you see, sort of in the third section

10   there, there's a statement where you wrote, "Maintaining

11   Safari default distribution is paramount."

12           Do you see that?

13       A    Yes.

14       Q    And "paramount" meaning more important than

15   anything else, correct?

16       A    I don't know the exact definition for "paramount."

17       Q    Okay.

18           Is that what you were meant to convey when you

19   were telling Ms. Porat that maintaining Safari default

20   distribution was paramount?

21       A    Well, I sent this, I don't know if I write this

22   because these notes are always a collaboration across

23   multiple people so I don't know who exactly wrote that and

24   the specific intention.

25       Q    Okay.

1           But is your understanding the intent was to convey

2    to Ms. Porat that maintaining Safari default distribution

3    very important for Google, correct?

4        A    I would say "important."

5        Q    Okay.

6             But let's take a look at page 6, which is

7    Bates 192.  It's the cover page of the exhibit or the

8    presentation that you sent to Ms. Porat.

9             And can you just tell me what was your team's

10   involvement in the creation of this deck to your

11   recollection, Mr. Roszak?

12       A    This deck would have been owned by the search and

13   assistant product and engineering teams.  And we would be

14   people that might help offer feedback or if there were

15   specific data or context that they wanted, we might help

16   provide that.

17       Q    Okay.

18            Let's take a look at page 39, Bates 225.

19            And there's something there referred to "Deep Dive

20   █████   Do you see that?

21       A    Sorry, I'm trying to find the page.

22       Q    It's okay.  It's a long exhibit.

23       A    Did you say 229?

24       Q    Bates 225.  It's got -- a blue slide that says

25   "Deep Dive ██████

```
 1      A    Okay.  I'm there.

 2      Q    You're there.

 3           And you're familiar with the project ███ correct?

 4      A    Yes.

 5      Q    And ███  refers to Apple iOS; is that right?

 6      A    It referred to "on iOS," yeah, how to get users to

 7 use Google products.

 8      Q    How to get users to use Google products directly

 9 rather than searching through Safari, right?

10      A    How to use Google products directly to search,

11 yes.

12      Q    And ███████████████████████████████, is

13 that the idea?

14      A    I didn't come up with the code name, but I think

15 that could be it.

16      Q    Okay.

17           And ███ was -- Project ███ was a project Google

18 undertook to try to get Apple iOS users to directly use

19 Google products like Chrome and the Google Search app,

20 right?

21      A    Yes.

22      Q    And one of the goals of Project ███ was to get

23 iPhone users to be less reliant on using the Safari default

24 for their searches, right?

25      A    I mean, specific goal is to get users to use
```

1    Chrome and GSA to come to search.  I don't know if that was

2    a specific goal.  I think it might be a second order impact

3    of that.

4         Q    You knew at the time that Google was getting on

5    the order of ██ percent of its search traffic through

6    Safari, right?

7         A    I know we looked at the chart.  I don't know how

8    that timing relates to this timing.

9         Q    Okay.

10             And wasn't one of the ideas of Project ██ to try

11   to get some of that -- some of those Safari users to --

12   instead of just using Safari, to use Chrome or the Google

13   Search app?

14        A    Yes.

15        Q    Okay.

16             And Project ██ was an effort that began around --

17   strike that.

18             Project ██ was an effort at Google that began

19   around 2015; is that correct?

20        A    Yes.

21        Q    And your search finance team was involved in the

22   working group for Project ██ from the beginning; is that

23   right?

24        A    I don't recall the specifics, but I would assume.

25        Q    You would assume that's true?

1        A       Yes.

2        Q       Let's take a look at slide 41, that Bates 227.

3    That's two slides down.

4                And are you familiar with this slide, Mr. Roszak?

5        A       Somewhat.

6        Q       Is this a slide your search finance team would

7    have either created or provided input for?

8        A       I am not sure.

9        Q       Do you know what it means for Apple to

10   disintermediate Google?

11       A       I'm not certain.

12       Q       Does it mean that -- strike that.

13               Would Apple disintermediate Google by answering

14   queries itself rather than sending those queries to Google?

15       A       Not 100 percent certain on how the term was used,

16   but I do see the examples here, like Spotlight search,

17   proactive, and then ad blocking is separate.

18       Q       And Spotlight search, the one on the left-hand

19   column, that's an example of a product where Apple was

20   starting to answer queries or to send users straight to

21   websites without routing them to the Google Search page; is

22   that right?

23       A       You send them to -- I don't know when they started

24   websites, but send them to apps or other ways to potentially

25   answer a user's interest.

1    Q    And that was a concern for Google, that Apple was,

2    instead of sending queries to Google, sending them

3    elsewhere, right?

4    A    I don't know if I want to say it was a concern,

5    but that implies -- I can't speak on behalf of Google.

6         I think this was context of what we saw Apple was

7    doing.

8    Q    Let's take a look at page 46, which is Bates 232.

9         Mr. Roszak, are you familiar with this slide?

10   A    Vaguely.

11   Q    And you see at the top there, it says, "iOS

12   headwinds.  We need to break the Safari habit, and Safari is

13   a deeply ingrained habit," correct?

14   A    I see that, yes.

15   Q    And breaking the Safari habit was one of the goals

16   of Project ███ is that right?

17   A    I don't know if I would exactly use those words.

18   This looks like it's in the section for marketing, so the

19   marketing team would have put this together and come up with

20   these words.

21   Q    Well, was it not one of the goals to get users to

22   break the Safari habit and instead get into the habit of

23   using the Google Search app on iPhones, for example?

24   A    I mean, I don't think -- I don't recall as part of

25   using those exact terms.  I mean, it was to try to get more

1   direct Google usage through Google Search app in Chrome.

2   Q    Okay.

3        And do you see in the pie chart below the quote,

4   that pie chart is showing that the lion's share of Google

5   Searches on iOS devices come from Safari, right?

6   A    That does look like that is what it is saying.

7   Q    And do you see the right, the first bullet point

8   under had little graphic on the right, it says, "Changing

9   behavior is hard, displacing defaults even harder."

10       Do you see that?

11  A    Yes.

12  Q    Was that your turn of phrase?

13  A    No.

14  Q    Was that someone on your team or it would have

15  been someone else at Google?

16  A    I don't recall the specifics, but I'm pretty

17  certain, given this is in the marketing section, I saw the

18  section break before, that this would have been created by

19  the marketing team.  They typically own their own sections.

20  Q    And in the context of this slide, displacing

21  defaults refers to displacing the Safari default and getting

22  users to use Google products directly instead, correct?

23  A    I'm not 100 percent certain given we didn't write

24  this slide.

25  Q    Did you agree with the sentiment "changing

```
 1   behavior is hard, displacing defaults even harder"?
 2        A    I don't have an opinion on that.
 3        Q    Okay.  Let's go to 49, page 49 of this exhibit.
 4             And that's Bates 235.
 5             And there's some small type on this one, we'll try
 6   to blow it up.  And the highlighting here was original to
 7   the document, that's not highlighting we've added.
 8             And I want to ask you about the first column on
 9   the left that says "Focus."
10             Do you see that?
11        A    Yes.
12        Q    And do you see the first section there under
13   "Brand and Awareness" says, "Position Google app as superior
14   iOS search doorway, establish as daily habit."
15             Do you see that?
16        A    Yes.
17        Q    And am I correct that one of the goals of Project
18   ████ "Break the Safari habit, establish the Google app as a
19   daily habit" for the iPhone users?
20        A    I don't know if I had heard that associated with
21   an explicit Project ███ goal.
22             I mean, this looks like a marketing plan for what
23   they want to do on brand and awareness.  I don't know
24   exactly how this relates specifically to the goals of
25   Project ████
```

1    Q    Under engagement, there's a bit there that's

2    highlighted and it says, "██ percent of users do not do a

3    query on the day they install the app."

4         Do you see that?

5    A    Yes.

6    Q    And is that saying, out of the population of users

7    that download the Google Search app, ██ percent don't do a

8    search on the first day?

9    A    That's my assumption.

10   Q    And do you see on the right it mentions

11   simplifying the onboarding process and reducing steps?

12   A    It says, reducing -- yeah, unnecessary sign-ins,

13   opt-ins.

14   Q    Is it your understanding that during the

15   onboarding process, people who downloaded the app weren't

16   getting through the few clicks to get it up and running?

17   A    I do not know the specific user experience that

18   they were going through on the Google app.

19   Q    You don't know how many steps the onboarding

20   process took?

21   A    I do not know that.

22   Q    Okay.

23        And then below, under retention, it says, "██████

24   ██percent of IGSA installs retained after ten weeks."

25        Do you see that?

1665

1   A   Yes.

2   Q   And that means that of the Apple users who

3   downloaded the Google Search app, between ████████ percent

4   were still using it after ten weeks after download, correct?

5   A   I don't know the specific definition that they

6   used for what retained means here.

7   Q   Is that, the definition I just provided, the one

8   you would assume is a reasonable interpretation?

9   A   I am not certain because there's typically

10  multiple ways you could look at retention.  I don't know

11  exactly what they had meant by that.

12  Q   Okay.

13      Are you familiar that iPhone users who haven't

14  downloaded the Google Search app on their phone might get

15  pop-up promos when they visit a Google site on their phone?

16  A   I don't know the specifics of that.

17  Q   Okay.

18      Is it fair to say that getting iPhone users to

19  download the Google Search app, the act of installing it,

20  only half the battle, right?

21  A   I don't know the percentage.  I do think you would

22  want someone to both download and use it, but I don't know

23  the -- you know, if it's half or what the -- yeah, percent

24  would be.

25  Q   And that second part, getting them to actually use

1    the app on a daily basis, is key, right?

2        A    Getting them to use the app?  I don't know,

3    like -- this is where I'm not a marketing expert.  If it is

4    on a daily basis is key, but I do think, you know, my

5    understanding is engagement, yeah, is something to consider

6    after someone downloads the app.

7        Q    And is it a difficult challenge to keep users --

8    if you know, is it a difficult challenge to keep users

9    engaged with the Google Search app even after they've

10   downloaded it?

11       A    Off the top of my head, I'm not sure.

12       Q    Okay.

13            Mr. Roszak, were there more than ▮▮▮ Google

14   employees working on Project ▮▮▮ at the peak?

15       A    I don't know the number off the top of my head.

16       Q    Does ▮▮▮ sound about right?

17       A    I would have to see -- I don't remember a specific

18   number like that off the top of my head.

19       Q    Do you recall asking Ms. Porat for approval for

20   ▮▮▮ plus people to work on Project ▮▮▮

21       A    I would want to go back to the email.  I don't

22   remember the specific numbers.  I don't want to say what it

23   looks like.

24       Q    Project ▮▮▮ was discontinued a few years ago; is

25   that right?

1    A    Yes, I assume -- I have not heard about Project

2    ██  in multiple years.

3    Q    Do you know exactly when it fell off?

4    A    I do not.

5    Q    Is it fair to say that Project ████████████████

6    ████████████  in moving iPhone users out of the Safari browser

7    and into Google Chrome in the Google Search app?

8    A    I'm not sure.  I would want to see the specific

9    numbers.  And I also, I don't recall off the top of my head,

10   like, what actually happened in terms of Project ████

11   Q    You do know, though, that Google today is paying

12   Apple ████████████  for search queries from the Safari

13   browser, correct?

14   A    I would assume across time as our revenue has

15   increased that the payments have increased.

16   Q    And certainly compared to 2015, Google pays ████

17   ████████████  today what it did then for Safari queries,

18   right?

19   A    I don't know the numbers off the top of my head.

20   Q    Let's take a look at UPX249.

21         And, Your Honor, UPX249 is in evidence.

22         And, Mr. Roszak, this is an email from you to

23   members of your search finance team dated October 2017; is

24   that right?

25   A    That looks like that, yes.

1    Q    And in this email, you're referring to a slide

2  deck in a conversation that you had with John Giannandrea;

3  is that right?

4    A    Based on the first sentence, that does look right.

5    Q    And I believe the Court will hear from

6  Mr. Giannandrea fairly shortly.

7         And in the context of this slide deck, you see

8  it's the 2018JG guidance deck?

9    A    Yes.

10   Q    And was Mr. Giannandrea the head of the Google

11  Search operation at this time?

12   A    I get confused on some of the dates.  Back then

13  I believe he was.

14   Q    Fair amount of turnover in that position, it seems

15  to me.

16        And the context of this deck was setting financial

17  priorities for Google Search looking ahead to 2018; is that

18  right?

19   A    The context of this deck?

20   Q    The email in the deck, yes, sir.

21        THE COURT:  Remind me, Mr. Giannandrea is an

22  employee of Google?

23        MR. HAFENBRACK:  Google at this time, Your Honor.

24        THE COURT:  Google.  Okay.

25        THE WITNESS:  So this was a guidance deck.  It is

```
 1    typically saying this is the first pass that you have been
 2    given on a budget for next year and then we look at that and
 3    say what is that -- what might that imply for how we want to
 4    think about the budget for next year.
 5    BY MR. HAFENBRACK:
 6         Q    And what's the purpose of going through that
 7    exercise?
 8         A    To share context in what the numbers are,
 9    understand, you know, what he might think about that and
10    where we want to take the conversation next.
11         Q    Okay.
12              Let's take a look at page 9, Bates 547.
13              And this slide is entitled "Search machine
14    request."
15              Do you see that?
16         A    Yes.
17         Q    And the top, ask you quickly about the blue bars
18    on the top left.  And there's an actual for 2016 and a
19    forecast for 2017.
20              Do you see that?
21         A    Yes.
22         Q    And is that saying a roughly $███ billion machine
23    spend for 2016 and 2017?
24         A    Roughly, yes.
25         Q    Okay.
```

1           And does Google's machine expense include indexing

2   and crawling on the web?

3       A    I believe it does, but I get a little confused on

4   where that sits, but I believe it does.

5       Q    Okay.

6           I want to ask you about the chart on the bottom

7   left-hand side.

8           THE COURT:  I'm sorry, what was the machine spend

9   again?  I missed that number.

10          THE WITNESS:  What is the machine spend?  So that

11  is an estimate of our internal allocation of how much across

12  servers, machines, data centers is being used by search.

13          THE COURT:  Okay.

14          THE WITNESS:  Or allocated to search, I should

15  say, because it's hard to figure out.

16          THE COURT:  And what's that number?  At least in

17  the slide deck?

18          THE WITNESS:  It is like -- 2017 forecast was

19  ███████████.

20          THE COURT:  I see.  Okay.  All right.  Thank you.

21  BY MR. HAFENBRACK:

22      Q    And, Mr. Roszak, to direct your attention to the

23  chart on the bottom left, do you see that?

24      A    Yes.

25      Q    And can you tell us what this chart is showing,

1   please?

2       A    It looks like based on some units, the blue is

3   showing the monthly queries and the red is showing, based on

4   some unit which I'm not sure about, the index size.

5       Q    Okay.

6            And is the Index Size, the red line, is that the

7   metric of billions of web pages included in Google's index?

8       A    I see the access says billions.  I don't know the

9   exact metric that we use.

10      Q    And whatever the metric is it ███████████████████

11  ██████████████   in 2013 ████████████████████████  by 2017,

12  right?

13      A    Yes.

14      Q    And the blue line, Google's Monthly Search

15  Queries; is that right?

16      A    That's what it looks likes.

17      Q    And is that a worldwide figure to the best of your

18  knowledge?

19      A    I'm not sure.  But given that it doesn't say, I

20  would guess so, but I don't know for sure.

21      Q    And you see Google's monthly query figures grows

22  from under ██████████   in 2013 to close to ███████████████

23  in 2017, right?

24      A    Yes.

25      Q    Google answering more than ███████████  queries a

1672

1    day by 2017, correct?

2        A    Yeah, I think that sounds right.  I'm just trying

3    to do the math on the fly.

4        Q    That sounds right?

5        A    Yes.

6        Q    Do you know what that figure is today?

7        A    I do not off the top of my head.

8        Q    Okay.

9             Let's take a look at the first bullet point there

10   on the right, and it says, "Since 2014, index size ████

11   ██ percent (chart on left), crawl rate ██████ percent, and

12   processing ██████ percent."

13            Do you see that?

14       A    Yes.

15       Q    And the "index size" refers to the number of web

16   pages in Google's index; is that right?

17       A    I think that's what we mentioned before.  I don't

18   know the exact definition for that.

19       Q    Is "crawl rate" how frequently Google crawls

20   websites for new information?

21       A    This is getting into the infrastructure side where

22   I am not an expert at all.  That roughly sounds right.

23       Q    Do you know what the "processing rate" is?

24       A    I am not certain.

25       Q    Let's go to the next page, page 10, Bates 548.

1          And you see the middle column there discusses a

2    request for $■ million in new search features, correct?

3          A    Yes.

4          Q    And the bottom bullet there says, "Search features

5    and launches delayed/blocked in 2017 by delivery failures

6    and CY pressures."

7               Do you see that?

8          A    Yes.

9          Q    What are "CY pressures," if you know?

10         A    I'm not certain.

11         Q    Okay.

12              And do you know what search features and launches

13   were delayed or blocked in 2017?

14         A    I'm not certain.

15         Q    Okay.

16              And in the right-hand column, same page, there's a

17   request for $■ million to improve latency.  Do you see

18   that?

19         A    Yes.

20         Q    And "latency" refers to how fast Google serves

21   results -- search results in response to a user query; is

22   that right?

23         A    Yes.

24         Q    And, if you know, was latency a concern around

25   this time at Google because Bing was providing faster search

 1    results than Google by 2017?

 2        A    I don't recall, but I don't think I necessarily

 3    had heard anything across Bing on that.  But I don't

 4    remember the specifics.

 5        Q    Okay.

 6             And down at the bottom bullet of that third

 7    column, it says, "Budget-only spend for ROI positive latency

 8    launches."

 9             Do you see that?

10        A    Yes.

11        Q    And ROI, return on investment, correct?

12        A    Yes.

13        Q    And Google only spends money to improve latency

14    when it improves the company's profitability, right?

15        A    I don't know if you can make that broad statement

16    from this.  I think it was saying -- I think this was pretty

17    specific to just this request.

18        Q    Let's take a look at page 18, Mr. Roszak.  That's

19    Bates 556.

20             And this slide is entitled "Overall Investment

21    Relative to Benchmarks."  Do you see that?

22        A    Yes.

23        Q    And I want to focus and ask a few questions

24    specifically about the little chart in the upper right-hand

25    corner.  Do you see that chart?

1    A    Yes.

2    Q    And the chart there is showing Google's search

3    expenses ███████████████; is that right?

4    A    That's what it looks like, yes.

5    Q    And are the figures here -- so, for example, for

6    2014, there's -- the blue bar is $███, the yellow bar is

7    $█████.  Are those being expressed -- do you know what the

8    unit -- the metric is for those figures?

9    A    I'm assuming those are dollars per billion

10   queries.

11   Q    And the blue bar is search P&L.  What is "search

12   P&L"?

13   A    That would reflect we internally come up with

14   estimates typically based on an org chart of how much a

15   various team is spending, and so that would be the

16   reflection of this.

17   Q    How much the search team is spending here in this

18   context?

19   A    Yes.

20   Q    And would that include machine technology costs?

21   A    I believe it would.

22   Q    Would it include software engineering costs?

23   A    I believe it would.

24   Q    Would it include Google's algorithm costs?

25   A    I don't know how to think about that.  It's not

```
 1    a -- yeah.
 2        Q    Okay.
 3             Would it include marketing and sales costs?
 4        A    It would include marketing if it's specifically
 5    for search.  I do not believe it would include, like, sales
 6    costs.  It might be some of the sales organization in there.
 7    But if you're thinking about like the Google sales force
 8    more broadly, that is traditionally not in this number.
 9        Q    And in this chart, the blue bar between twenty --
10    between 2014 and 2017 is showing that Google's search
11    expenses ████████████████████████, correct?
12        A    Yes.  I believe the overall expenses ███████████
13    █████████████████████████████████████████████████████████
14    █████████.
15        Q    And the yellow bar is Google's spend on tech or
16    traffic acquisition costs ████████████████████; is that
17    right?
18        A    Yes.
19        Q    And for search, TAC is what Google pays for search
20    defaults, right?
21        A    There might be others things in there, but
22    I believe that is -- you know, that's where those costs
23    would go.
24        Q    And over this same time period, 2014 to 2017, the
25    amount that Google pays for search defaults went up ████
```

1    ████████████████, correct?

2        A    Yes.  As our revenue per query would increase, I'm

3    assuming then these costs would also increase.

4        Q    And this chart is showing, over this time period,

5    2014 to 2017, Google spending ███████████████

6    ██████████████████████████, right?

7        A    No.  I mean, the ████████████████████

8    █████████████████████████████████████

9    █████████████████████████████████████████

10   ██████  ██████████████████████████████

11   ████████████████████████.  If those -- if the revenue

12   was growing, then those costs proportionately would also

13   grow.

14       Q    This chart is showing that -- just take 2016, for

15   example.  In 2016, Google spent ████████████████████

16   ███████████████████████████████████████

17   ███████?

18       A    I don't know if everything in there is for

19   defaults, but this looks like the ████████████████

20   ████████████████████████, this is just the organic

21   search P&L costs.

22       Q    You can put that one aside, Mr. Roszak.

23            THE COURT:  Let me just ask you a quick question.

24   The organic search P&L cost, would that include the cost of

25   the advertising teams and development of advertising

1   technology?

2            THE WITNESS:  No, that would be separate.

3            THE COURT:  Okay.

4   BY MR. HAFENBRACK:

5       Q    Mr. Roszak, are you familiar with a financial

6   analysis at Google that had the project name █████████

7   █████████?

8       A    I don't know if that was the project name was

9   that.  I think there was something I'm familiar with that

10  used the term ██████

11      Q    But whether there was it was a project name or

12  not, there was some analysis that your team called █████

13  █████.  Do you recall that?

14      A    I don't know if the project was that, but there

15  was something that we -- there was a reference to █████

16      Q    And █████████████ was about Bing, correct?

17      A    It was about Microsoft, yes.

18      Q    And the █████████████████████, was

19  Microsoft Bing, right?

20      A    Yes.

21      Q    And, in particular, █████████████ was about

22  assessing whether Bing could profitably match Google's

23  revenue share payments to Apple; is that right?

24      A    I believe it was a thought exercise on what would

25  be, you know, one way to think about, depending on what our

1  payments step would be based on their monetization, which we

2  did not know, what their economics might look like.

3       Q    You made various assumptions about how well they

4  monetize their queries, right?

5       A    Yes.

6       Q    Okay.  Let's take a look at the document, 674.

7            MR. HAFENBRACK:  And, Your Honor, 674 is in

8  evidence.

9  BY MR. HAFENBRACK:

10      Q    You see there's an email at the top from Ben

11 Friedenson to you and others?

12      A    Yes.

13      Q    And it's dated January 2016.  Do you see that?

14      A    Yes.

15      Q    And the subject line is "███████████████████████

16 follow-up this afternoon," correct?

17      A    Yes.

18      Q    And, at this time, I think as we discussed

19 earlier, you had general awareness that Apple and Google

20 were discussing extending their distribution relationship?

21      A    A general awareness.

22      Q    Okay.

23           And let's go to Mr. Friedenson's email halfway

24 down the page.

25           And he writes, "I have added this slide" -- and

```
 1    then he link to the slide.  Do you see that?
 2         A    Yes.
 3         Q    And, "I've added this slide which assesses the
 4    profitability (or lack thereof) for ███████   And "███████
 5    meaning Microsoft Bing, correct?
 6         A    Yes.
 7         Q    "To try to match our payments, taking into account
 8    both expected organic clawback of at-risk traffic and
 9    expected differences in ████████ ability to monetize the
10    traffic they do see."
11              Do you see that?
12         A    Yes.
13         Q    And then, Mr. Penado, if we could jump to the top
14    email just real quickly.
15              I want to flag something for you, Mr. Roszak.
16              Do you see Mr. Friedenson writes that he's boxed
17    what he thinks is the most likely scenario?
18         A    Yes.
19         Q    Let's go to the ████████████████  slide which
20    is -- actually, first, let's go to the cover page, page 7 of
21    the attachment, that's Bates 910.
22              And this is another version of the ████ scenarios.
23              And, Mr. Roszak, this is dated a day later than
24    the one we discussed earlier in your testimony from UPX1050.
25    You're familiar with this presentation, correct?
```

1    A    Yeah, I'm basically familiar.

2    Q    And, again, ████ here is Apple?

3    A    Yes.

4    Q    And let's go to the ████████████ slide.

5  It's page 11, and Bates 914.

6         And, Mr. Roszak, a few questions to orient the

7  slide.  It says "Spice view" in the top left.

8         Do you see that?

9    A    Yes.

10   Q    And is that a way to say it's sort of looking at

11 the view from Microsoft?

12   A    I don't recall why it was called spice view.

13   Q    Okay.

14        Your Honor, again, the red boxes are original to

15 this document.

16        And based on the cover email, do you understand

17 Mr. Friedenson put the red box on Column C because he

18 thought that was the most likely scenario?

19   A    Caveating that -- we have four scenarios, because

20 we really have no idea and we had no data on what

21 Microsoft's RPMs were.

22        I think, based on that, it looks like he was

23 pressured to take a guess and I can he took a guess of one

24 of those as we sometimes have to, do but we had no idea.

25   Q    And the red box shows that under the constraints

1682

1      he was working under, Column C was his best guess, right?

2          A    Yes.

3          Q    I'll direct your attention to the upper left-hand

4      corner.  It says "Part 1 Google offer."

5               Do you see that?

6          A    Yes.

7          Q    And do you see here that what this analysis is

8      assuming is that Google is offering a ████ percent

9      effective revenue share to Apple?

10         A    Based on how it says "Google offer," that's my

11     assumption.  I don't remember the specifics, but that's my

12     assumption.

13         Q    And effective revenue share means it's ████

14     percent after deducting overhead costs; is that right?

15         A    After the net deduction, yes.

16         Q    Okay.

17              And then if we go to the bottom left-hand portion

18     of this slide, there's a section that says, "Part 2, cost to

19     ████ of matching Goog."

20              Do you see that?

21         A    Yes.

22         Q    And ████ here is Bing, right?

23         A    Or Microsoft.

24         Q    Microsoft Bing.

25              And this is giving your team's best guess estimate

1    of the revenue share that Bing would have to pay to Apple to

2    match Google's payments, assuming Google is paying a

3    ████ percent effective revenue share; is that right?

4        A    I don't even know if I'd say best guess estimate,

5    because this was such a thought exercise at this time, and

6    we were putting this together to show, you know, one

7    potential way to look at this.  But there are so many

8    unknowns in this that it would have been presented very

9    humbly and that we really do not know if this is correct.

10       Q    Assuming it's a humble thought exercise, what

11   you're looking at here is what revenue share Bing would have

12   to pay to match Google's payments, right?

13       A    Yes.

14       Q    And let's go to the right-hand portion of this

15   document, and there's some notes on the bottom right and

16   there's three scenarios with blue bullets.

17            Do you see that?

18       A    Yes.

19       Q    And the first bullet says, "Except scenario A,

20   (most optimistic/least likely), it will not be possible for

21   ████ to match our payments profitably."

22            Do you see that?

23       A    Yes.

24       Q    And to try to put that into plain terms, in the

25   scenarios that your search finance team considered most

 1    likely given the information that you had available, Bing

 2    would lose money if it tried to match Google's payments to

 3    Apple, correct?

 4         A    I mean, not necessarily.

 5              There are so many considerations here.

 6              So, first of all, there's what we did on this page

 7    around, like, the four scenarios that we didn't know.

 8              I would also say this would have been presented

 9    that we are looking at across five years.  I think some of

10    the assumptions here are incredibly unreasonable because

11    we're keeping that the same across five years.

12              And there are also ways that they could have done

13    like a different or broader deal that could have considered

14    more economics.  This was a very, like, specific thought

15    exercise view.

16         Q    Okay.

17              But just asking about what bullet point No. 1

18    says, it's -- that is saying that, in the most likely

19    scenarios, according to your team, Bing would lose money if

20    it tried to match Google's payments to Apple, right?

21         A    Based on -- yeah, all the caveats in which we

22    presented it, with all the caveats in that discussion,

23    you know, that is roughly saying that.

24         Q    Do you know how much time your team spent working

25    on these ████████████████ calculations?

1    A    I'm not sure.

2    Q    Okay.

3         Do you know who asked your team to do the

4    calculations?

5    A    I'm not sure.

6    Q    Okay.

7         And then looking down to bullet points 2 and 3,

8    and they discuss remaining scenarios.  Do you see that?

9    A    Yes.

10   Q    And under note number two, that's referring to a

11   scenario, ██████ percent loss scenario, assuming that

12   Google was only paying Apple for traffic that came from the

13   Safari browser; is that right?

14   A    Yes.

15   Q    And bullet point No. 3, the gap widens to ████████

16   percent scenario, that's referring to a scenario where

17   Google pays Apple not only for Safari queries but also for

18   queries that Google gets from the Google Search application

19   and from Chrome, correct?

20   A    It looks like the specifically assumed, yeah, ████

21   promoted Chrome and GSA, I forgot what that is specifically

22   assumed in the promoted term.

23   Q    You're at least paying -- under this scenario,

24   Google would at least by paying Apple for some portion of

25   queries that come from the Google Search app in Chrome,

1686

```
1    correct?

2         A    Yes.

3         Q    And in that scenario, Google would be paying Apple

4    more money, correct?

5         A    Yes.

6         Q    And so Bing would need to increase its revenue

7    share percentage further to match Google, right?

8         A    Either increase the revenue share or do other

9    broader deal or change their monetization.  They would have

10   a variety of probably tools, I would think, that are not all

11   contemplated here, given this was just a simple thought

12   exercise.

13        Q    Okay.

14             And it's -- in the actual contract that ████████

15   ██████████████████████████████████████████████████████████

16   ██████████████████████████████████████████████████████████

17   ██████████████████████████████?

18        A    ██████████████████████████████████████████████

19   ██████████████████████████.  I'm not sure if this is

20   exactly tied to the scenario three you mentioned here or

21   anything else.  That was a separate discussion.

22        Q    Okay.

23             Let's take a look at column C in the Bing chart in

24   the bottom left.

25             In this highlighted column, Column C, this is an
```

1    analysis that's saying that Bing would need to pay a ███

2    percent revenue share to match the amount of money that

3    Google pays to Apple at a ███ percent revenue share,

4    correct?

5         A    Yes, with all the caveats that I offered across

6    multiple years, unreasonably holding things consistent and

7    all the caveats that I mentioned.

8         Q    This analysis is saying, Bing pays ███ percent

9    revenue share, Google pays a ███ percent revenue share,

10   the same money to Apple, right?

11        A    Yep, based on RPMs, which we had no idea about,

12   which is why we had four scenarios.

13        Q    And that's how Bing could offer 100 percent

14   revenue share to Apple and still lose the bidding for the

15   Safari default, correct?

16        A    That is now getting into broader negotiations.

17   I'm assuming they could have offered more, they could have

18   structured a different type of deal, they could have had a

19   very different change of these economics across multiple

20   years.

21             So getting into that, I would not overly rely on

22   this, like, thought exercise in terms of the implications.

23        Q    That's fair.  You're not involved in the actual

24   negotiations between Google and Apple over the contract, are

25   you?

1       A      I am not.

2       Q      Okay.

3              THE COURT:  I'm sorry, could you say, what does

4       RPM stand for again?

5              THE WITNESS:  Revenue per thousand queries.

6              THE COURT:  Okay.  Per thousand queries?

7              THE WITNESS:  Yeah, the M is for thousand.

8       BY MR. HAFENBRACK:

9       Q      And the assumption here that your team was making

10      is Bing doesn't monetize its queries as well as Google does,

11      at least at this time?

12      A      Yeah, on the caveat we had no idea.  We have four

13      scenario with a wide range, but that was the assumption at

14      this time.

15             THE COURT:  And would the assumptions also have

16      included that if Bing became the default, that it's -- the

17      number of queries on Bing would increase on Apple devices?

18             THE WITNESS:  I did not really assume anything in

19      that.  I think I mentioned part of why I think this is

20      unreasonable is because it holds these numbers constant

21      across a five-year period.  Any number of variables of

22      actions of what they could do, the way the industry moves

23      would change these.  And so it just said, based on a guess

24      at that point in time, we're holding that constant for five

25      years, but that was why, in my opinion, it was really hard

1    to rely on this for much of anything.

2    BY MR. HAFENBRACK:

3        Q    Your team sent this analysis to Joan Braddi,

4    correct?

5        A    I see she was on the email before, yes.

6        Q    And the Court will be hearing from Ms. Braddi.

7    She's one of the chief negotiators for Google with respect

8    to Google's deal with Apple, is that your understanding?

9        A    I know she's one of the Apple partnership leads.

10   I don't know her exact role at this time.

11       Q    Do you ever recall telling Ms. Braddi that you

12   thought this analysis was unreasonable or inaccurate?

13       A    Oh, I'm assuming we would have had conversations

14   of, like, all the unknowns and the caveats within this,

15   would be my assumption.

16       Q    In this document, did you express any reservations

17   about the analysis?

18       A    Like, on the page?

19       Q    Yeah, in the document or on the email chain?

20       A    No.  I mean, I think in the conversations we had,

21   everyone kind of knew that we were playing with data that we

22   really did not know and making our best guesses.

23       Q    Did you come up with the ███████████████

24   project name or -- strike that.

25            Did you come up with the ███████████████ term

```
 1   for this analysis?

 2        A    I do not believe so.

 3        Q    Do you know who did?

 4        A    I do not.

 5        Q    Are you familiar with the ███████████████

 6   ██████

 7        A    Very vaguely.

 8        Q    It's about a fantasy world, right?

 9        A    Well, it's about a dream, I think.

10        Q    Okay.  A dream.

11             One more document, Mr. Roszak.  Let's take a look

12   at UPX38.

13             MR. HAFENBRACK:  And, Your Honor, before we

14   publish -- Mr. Penado -- may we publish UPX38 on the screen?

15             THE COURT:  This is the document we were talking

16   about the end of the day yesterday?

17             MR. HAFENBRACK:  Yes, Your Honor.

18             THE COURT:  Since we're in closed session, we're

19   all in agreement that it can be shown.

20             MR. BENNETT:  That's fine, Your Honor.

21   BY MR. HAFENBRACK:

22        Q    And, Mr. Roszak, before I get into the document, I

23   want to put the metadata for this document up on the screen.

24             And this is the metadata sheet that was produced

25   to us in association with this document by your counsel.
```

```
 1              And did you see that under both custodial --
 2    custodian fields your name is there?
 3         A    I see what is highlighted, yes.
 4         Q    And you see that that's your name, correct?
 5         A    Yes.
 6         Q    And you see the e-author is ████████@google.com?
 7         A    Yes.
 8         Q    Is that your email address?
 9         A    Yes.
10         Q    And you see the file path is a file path for Mike
11    Roszak?
12         A    I see that.
13         Q    And that would be a file path to a folder you have
14    on your work computer or server?
15         A    I do not know what that is.
16         Q    Okay.  And you see the file name is "Search
17    Advertising Speech"?
18         A    Yes.
19         Q    And the date created, July 27, 2017, correct?
20         A    Yes.
21         Q    We can go back to UPX38, Mr. Penado.
22              THE COURT:  I'm sorry.  What was the date again?
23    I missed that.
24              MR. HAFENBRACK:  July 27th, 2017, Your Honor.
25
```

1   BY MR. HAFENBRACK:

2       Q    And, Mr. Roszak is -- to the best of your

3   recollection, is UPX38 a document you wrote on a Google

4   computer?

5       A    I don't recall, but I would assume so.

6       Q    Okay.

7            Is it your standard practice to write work-related

8   documents on your work computer?

9       A    I write most things on my work computer.

10      Q    Okay.

11           And I believe you testified that you presented --

12   this is notes for a speech; is that right?

13      A    Yes.  I mentioned as part of a training class,

14   there was an afternoon communications course.  And there

15   were some tips around presentation that, you know, jotted

16   this down as part of that communications training.

17      Q    And that was a training at Google?

18      A    It was a training -- it was not on -- it was not

19   on, like, at Google.  It was off-site.  I don't know if

20   that's what you're asking.

21      Q    An off-site training, but hosted or sponsored by

22   Google; is that right?

23      A    Yes.

24      Q    And do you recall how big the class was?

25      A    I don't recall.

```
 1      Q    And were the other attendees at the class also
 2  Google employees?
 3      A    Attendees, yes.
 4      Q    And who gave the -- if there was a leader of the
 5  presentation, who was the leader of the training?
 6      A    There was an external firm, I forget who.
 7      Q    Okay.
 8           And you don't recall who the other Google
 9  employees at the training were?
10      A    I don't recall.
11      Q    Would it have been members of your team or people
12  you didn't know?
13      A    People I did not know.
14      Q    Okay.  Okay.
15           Let's take a look at UPX38 and direct your
16  attention to the first paragraph, Mr. Roszak, and we'll
17  highlight that on the screen for you.
18           And there's a reference here to a dinner with a
19  person named Christian.  Do you see that?
20      A    Yes.
21      Q    And Christian is Christian Cramer, C-r-a-m-e-r; is
22  that right?
23      A    I think when we touched on this last time, I said
24  that was maybe the case.  I do not think it was him.
25      Q    Who do you think it was?
```

1694

1      A     I do not know who this Christian was off the top

2  of my head.

3      Q     Between your deposition and today, what made you

4  think -- what made you think it wasn't Mr. Cramer?

5      A     Connecting the date to this training, Christian

6  was not at this training.

7      Q     I see.

8            Were you able to figure out anyone else who was at

9  the training?

10     A     No.

11     Q     Okay.

12           And in the first paragraph here -- strike that.

13           Do you recall who you had this dinner with?

14     A     I don't recall.

15     Q     Okay.

16           The first paragraph, I'm going to read it, it

17  says, "Search advertising is one of the world's greatest

18  business models ever created - maybe Windows is on that same

19  level as Christian and I discussed at dinner.  And there are

20  certainly illicit businesses (cigarettes or drugs) that

21  could rival these economics, but we are fortunate to have an

22  amazing business."

23           Did I read those words correctly?

24     A     I believe so, yes.

25     Q     And that's a bullet point that you wrote; is that

1    right?

2        A    Yes.

3        Q    And the reference to Windows, does that refer to

4    the Microsoft -- the Microsoft computer platform?

5        A    I don't recall the specifics of what we were

6    talking about around that.

7        Q    And, again, just asking about this bullet point.

8    In the context of this bullet point when you say, "We are

9    fortunate to have an amazing business," you're referring

10   there to Google's search business, right?

11       A    Yes.

12       Q    Okay.

13            Let's go to the second and third bullets.

14            And the first bullet says, "Part of what's been so

15   amazing about that is that we've essentially been able to

16   ignore one of the fundamental laws of economics – businesses

17   need to worry about supply and demand-businesses," correct?

18       A    Well, I see that.

19            I don't know if I would say it's correct.

20       Q    I just meant --

21       A    I just know this exercise is -- yeah.

22            I don't necessarily believe that was the case, but

23   that is what -- if you're saying is that what it says,

24   that's what it says.

25       Q    I just meant that I read that correctly, right?

1       A      Yes.

2       Q      And that's another bullet point that you wrote,

3    correct?

4       A      Yes.

5       Q      And the next bullet point down that's highlighted

6    says, "When talking about revenue, we can mostly ignore the

7    demand side of the equation (users and queries), and only

8    focus on supply side of advertisers, ad formats, and sales,"

9    correct?

10      A      Well, again --

11      Q      That's what it says?

12      A      When you say "correct," that's what it says.

13      Q      That's what it says, correct?

14      A      Yes.

15      Q      And you wrote that one as well, right?

16      A      Yes.

17      Q      And the "we" in "we can mostly ignore the demand

18   side of the equation" is Google; is that right?

19      A      So this is where I'm not -- this is where it's,

20   like, full hyperbole and exaggeration.  Like, I don't know

21   if I really had any thoughts in mind around what these

22   things were.  It was much more around, like, playing around

23   with the hyperbole and exaggeration in terms of this

24   document.

25      Q      Okay.  But my question is just when you say, "We

     1    could mostly ignore the demand side of the equation," is the

     2    "we" there a reference to Google, correct?

     3         A    I would assume it was Google.

     4         Q    Okay.

     5              And then one more bullet point, and the next one

     6    says, "Sure.  We had to build the best product, made smart

     7    marketing/distribution investments to get our product

     8    everywhere, but we could essentially tear the economics

     9    textbook in half."

    10              Did I read that correctly?

    11         A    Yes.

    12         Q    And you wrote that sentence as well, correct?

    13         A    Yes.

    14         Q    And the smart distribution investments that got

    15    Google everywhere were defaults, correct?

    16         A    I don't recall what I was thinking about at that

    17    time.

    18         Q    Okay.

    19              And with respect to all of these bullet points,

    20    you -- at the time you wrote these bullet points, you were

    21    the finance director for the Google Search product, correct?

    22         A    I believe so, yes.

    23         Q    And you'd been in the finance department at Google

    24    for almost a decade, correct?

    25         A    Yes.

1     Q    And you're a vice president at Google today,

2  correct?

3     A    I am today.

4          MR. HAFENBRACK:  No further questions, Your Honor,

5  at this time.

6          THE COURT:  Okay.  Thank you, Mr. Hafenbrack.

7          MR. HAFENBRACK:  Actually, I do have one more

8  question, if I may, Your Honor.

9          THE COURT:  Okay.

10 BY MR. HAFENBRACK:

11    Q    We briefly discussed a Christian Cramer, and you

12 mentioned you didn't think that the first bullet point in

13 UPX38 was referring to him?

14    A    Yes.

15    Q    Mr. Cramer is an employee at Google, correct?

16    A    Yes.

17    Q    And he, like you, is a finance employee at Google;

18 is that right?

19    A    Yes.

20    Q    Okay.

21         MR. HAFENBRACK:  Thank you, Your Honor.

22         MR. CAVANAUGH:  Your Honor, we have no questions

23 of this witness.

24         THE COURT:  Okay.

25         All right.  We'll begin with Google's examination.

1           MR. BENNETT:  We do, Your Honor.

2                           - - -

3                      CROSS-EXAMINATION

4    BY MR. BENNETT:

5        Q    Good afternoon.  Ted Bennett from Williams &

6    Connolly on behalf of Google.

7             Good afternoon, Mr. Roszak.  It is afternoon.

8             A few questions for you.  I'll try to be brisk.

9             Just looking at Exhibit 38, which is in front of

10   you, yeah, I noticed in the meta --

11            Can we put the metadata up?

12            The metadata indicates that this document was

13   created and last saved during about an hour-long period, oh,

14   a little over seven years ago.  Does that sound about right

15   when you went to this training?

16       A    Yes, that sounds about right.

17       Q    And you haven't accessed the document in more than

18   seven years?

19       A    No.

20       Q    The metadata doesn't indicate that you sent that

21   document to anybody.  Does that seem about right?

22       A    Oh, yes, I did not spend this to anyone.  I would

23   not have sent this to anyone.

24       Q    This training you went to, did Google assign you

25   to go to the training or was this something you did

 1   voluntarily, specifically the public speaking training?

 2        A    It was part of a broader training.  It was part of

 3   like a six-day training one afternoon then.

 4             I don't remember exactly how I ended up in the

 5   overall training.

 6        Q    But was there a menu of things you could take, of

 7   different breakout sessions?

 8        A    No, it was a pretty set curriculum in terms of --

 9   the curriculum was set as we entered the training.

10        Q    Okay.

11             The first four bullets on Exhibit 38, I'm not

12   going to walk back through them.  First of all,

13   do you believe the statements made in those first four

14   bullets to be true?

15        A    No, I do think Google has to care about supply and

16   demand.  I do think Google has to care about demand.

17             Part of this exercise was playing around with,

18   like, how to get attention upfront, and I used this training

19   as an opportunity to work on hyperbole and exaggeration and

20   say things that I do not think are true.

21        Q    Thank you.  You can put that aside.

22             Let's go to UPX002.

23             You looked at this document with the plaintiffs.

24             The first question is, it's got the word

25   "deprecated" at the top.  What does "deprecated" mean?

1    A    That typically means that this file is no longer

2  in use for, you know, whatever reason.

3    Q    That's a phrase within Google, deprecated?

4    A    On docs, yes, it is somewhat common.

5    Q    And was this document, to your knowledge, ever put

6  in final form?  I see this one has comment bubbles.

7    A    I'm not sure.  I'm not sure where this went.

8    Q    If you look at the first page towards the bottom

9  of the second paragraph, it refers to "very rough estimates

10  of the investment required from Apple."

11        Do you see that?

12    A    Yes.

13    Q    Were the estimates of Apple's potential investment

14  rough?

15    A    They were very rough.  Like I mentioned, we had no

16  idea.  In one, we just threw out ██ percent; the other one,

17  I think threw out ██ percent, because we had no idea, very

18  rough.

19    Q    In the next paragraph down, there's a sentence

20  about -- begins with search and ads finance's view, et

21  cetera, and then it reads, "The ROI estimates are highly

22  sensitive to assumptions with no empirical evidence."

23        Do you see that?

24    A    Yes.

25    Q    And then there's some comments off to the side

1  about how to phrase the fact that there was no empirical

2  evidence, and you'll see there's a suggestion, "Sensitive to

3  assumptions with, A, no empirical evidence or, B, empirical

4  observations that nonetheless does not establish a causal

5  relationship."

6        What were you trying to communicate by saying

7  there was no -- the assumptions were based or highly

8  sensitive, rather, on assumptions with no empirical

9  evidence?

10  A    Yeah, there's a variety of things that go into the

11  ROI estimates here around how much the Google app is used

12  across various things, how much it costs to acquire a Google

13  app user.  All of those are, like, you know, we really do

14  not know, so we try to make estimates as part of this, given

15  how much uncertainty there is.

16  Q    And then if we go to the third page of the

17  document, Bates ending 392, I want to look at the first

18  bullet underneath Exhibit 2.

19        The first sentence reads, "We do not have an

20  analytical basis to evaluate the likelihood that Apple would

21  develop and scale a competitive search engine as the Safari

22  default."

23        True statement?

24  A    Yes.

25  Q    You can put that document aside, please.

1        Let's go to UPX66, please.

2        It's a discussion of the Firefox situation.

3        And you discussed this with counsel for the

4   plaintiffs earlier.

5        If you can take us, please, to Bates number 071.

6        And then zoom to the --

7        Thank you very much.

8        THE COURT:  Sorry, could you give me the exhibit

9   number one more time, please.

10       MR. BENNETT:  The exhibit number is 66, UPX66.

11       THE COURT:  Okay.

12  BY MR. BENNETT:

13       Q    Do you recall discussing this in your earlier

14  testimony?

15       A    Yes.

16       Q    Now, there are some bar graphs in the middle

17  column that relate to users.

18       Do you see that?

19       A    Yes.

20       Q    Do you know what sample size was used to gather

21  that data?

22       A    I do not know anything about where that data come

23  from.

24       Q    Okay.

25       And there's some data on here about the traffic

1    changes on Firefox.  Do you see that?  I'm looking at the

2    far right-hand column in revenue loss.

3         A    Yes.

4         Q    Do you know how this revenue loss was measured and

5    how it was determined that there were changes relating to

6    Firefox?

7         A    I have a rough understanding.

8         Q    Was this tracing searches that came in through the

9    Firefox browser after the switch to Yahoo!?

10        A    Tracing, I'm not sure.

11        Q    Let me ask you a different question.

12             Would this data have picked it up if a Firefox

13   user, after the change to the Yahoo! default, moved off of

14   Firefox and did Google Searches on, for example, the Edge

15   browser?

16        A    No, my understanding is that we would have no way

17   to know if users did that.

18        Q    So if a Firefox user was dissatisfied with the

19   change and they went off of Firefox, that would show up as a

20   loss of traffic here but it might be picked up somewhere

21   else?

22        A    Potentially.

23        Q    And, similarly, if Firefox users simply just

24   deleted the Firefox browser and went to Chrome as their

25   browser, it wouldn't pick that up either, correct?

1    A    No.  My understanding is it would not pick that

2    up.

3    Q    So also on this slide, if you go to the far left

4    in the bottom left, do you recall that one of the things

5    that occasioned upon this change to Yahoo! was that Yahoo!

6    adopted a search results page that had a similar design to

7    Google's?

8    A    I see this, yes.

9    Q    And in your analysis where you use the Firefox

10   data point, did you make any adjustments to account for

11   whether a gaining search engine might try to spoof users

12   into believing they were still using Google when, in fact,

13   they were using another search engine?

14   A    No, I don't believe we would have done it.

15   Q    And did you factor in how difficult a browser OEM

16   might make it to switch from their new default back to

17   Google?

18   A    No, we did not factor that in.

19   Q    Did you factor in any of the other elements that

20   an OEM might engage in to prevent users from reverting to

21   using Google?

22   A    No, we did not include that.

23   Q    Let's go to Bates number 73, please.

24        You were shown this slide by the plaintiffs.

25        Do you know anything about the methodology that

1  went into collecting what's on this slide?

2      A    I do not know the methodology that went into

3  collecting this slide.

4      Q    You don't know the sample size, for example?

5      A    I do not know the sample size.

6      Q    You can take that exhibit down, please.

7           Let's turn now to Exhibit UPX0085.

8           And I'm specifically on Bates 336.

9           You were shown by the plaintiffs the bolded

10 writing on here, "Maintaining Safari default distribution is

11 paramount."

12          I want to look at the rest of that sentence which

13 reads:  "If we lose placement to another provider," that's

14 another search engine, "we estimate that only ██ percent of

15 revenue will be recovered organically, leaving $██ billion

16 at risk.  In a doomsday scenario where only ██ percent of

17 revenue is recovered, revenue at risk grows to

18 $██ billion."

19          Was that the assessment at the time this document

20 was circulated in November of 2015?

21     A    The overall paragraph?  Yes, this was the

22 assessment at that time.

23     Q    So there's a ██ percent recovery rate here.  We've

24 seen other recovery rates elsewhere, you were shown a

25 document that used the words "best guess."

1707

1    Were these recovery rates judgmental?  Was there a

2    lot of judgment built into picking the recovery rate?

3    A    Yes.  We did not know -- we have no data on what

4    the recovery rate would be, so we had to make guesses, and

5    across time, our guesses on that would, you know, evolve

6    across time.

7    Q    Let's look at, in fact, the document, the

8    best-guess document that I just referred to, I believe it

9    is -- yeah, 1050, UPX1050.

10   Do you have that in front of you?

11   A    Yes.

12   Q    Okay.

13   And this is the email where it references Amit's

14   best guess.

15   And I want to go down to the bolded area where

16   I think counsel took you earlier where it talks about ■

17   percent recovery.  Do you see that.

18   And --

19   A    Yes.

20   Q    And then below that, it has ■ percent best case

21   and a ■ percent worst case.

22   Do you see that?

23   A    Yes.

24   Q    You mentioned the phrase "error bars," I believe,

25   during your earlier testimony.  Were there error bars around

1  that ■ percent, ■ percent?

2      A    Oh, both of them, yes, we had to pick, kind of,

3  round numbers.  So both of the, you know, underlying data

4  points that were even a starting point for this would have

5  error bars around them as well.

6      Q    And I know you don't like to use adverbs and

7  adjectives, but were those big error bars or are they small

8  error bars?

9      A    I don't know if we have a way to really know.

10     Q    Okay.

11          Was the use of the word "guess" in the top

12  paragraph, is that the right word?

13     A    Yes.

14     Q    You were -- I'm sorry, let's go back to exhibit --

15          I'm sorry, go now, sorry, to Exhibit 85, please,

16  UPX085.

17          I'm sorry to bounce you around like this.  I'm

18  trying to keep it a little bit linear.

19          And I want to go to Bates ending in 235.

20          This is the Project ■ section and you were asked

21  some questions.

22     A    Which number, I'm sorry?

23     Q    It's Bates 235, 8235.

24          And it will be on the screen here in a second.

25          Great, thank you.

1        A      Okay.

2        Q      And so you were asked some questions about whether

3   Google had a hard time getting Safari users to switch to the

4   Google app for iOS.

5               Do you recall that?

6        A      Yes.

7        Q      Now, at this time, a user of the Mac or an iOS

8   device, if they went to Safari, Google was the default

9   search provider, right?

10       A      Yes.

11       Q      And so if they wanted to use Google to search,

12  they didn't have to go to the app, they could just keep

13  going to Safari and use that?

14       A      Yes.

15       Q      You can put that side, please.

16              THE COURT:  Mr. Bennett, can I just ask you how

17  much time you think you have remaining in a closed hearing

18  or closed session?

19              MR. BENNETT:  Fifteen, 20 minutes, maybe,

20  Your Honor.  Maybe a little less if we take a break and

21  I can shorten it.

22              THE COURT:  Well, I'm just trying to determine

23  whether we could finish in closed session before lunch, but

24  looks like that may not be feasible.

25              MR. BENNETT:  I don't think it is.  I'm sorry,

1    Your Honor, and I apologize to the witness as well.

2              THE COURT:  No need to apologize.

3              All right.  Well, let's go ahead and take our

4    lunch break.  It's a little bit before 12:30 now.  We will

5    resume at 1:30.

6              And same reminder as yesterday, please do not

7    discuss your testimony during the lunch break.

8              Thank you, everyone.

9              COURTROOM DEPUTY:  All rise.  This Court stands in

10   recess.

11             (Recess from 12:28 p.m. to 1:30 p.m.)

# C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__September 20, 2023___    

William P. Zaremba, RMR, CRR