IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, ET AL.,   )
                                    )
            Plaintiffs,             )
                                    )      CV No. 20-3010
        vs.                         )      Washington, D.C.
                                    )      September 21, 2023
GOOGLE LLC,                         )      9:45 a.m.
                                    )
            Defendant.              )      Day 8
_____)      Morning Session


TRANSCRIPT OF BENCH TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For DOJ Plaintiffs:            Kenneth M. Dintzer
                               U.S. DEPARTMENT OF JUSTICE
                               1100 L Street, NW
                               Washington, D.C.
                               (202) 307-0340
                               Email:
                               kenneth.dintzer2@usdoj.gov

                               Erin Murdock-Park
                               U.S. DEPARTMENT OF JUSTICE
                               Antitrust Division
                               450 5th Street NW
                               Washington, D.C. 20530
                               (202) 445-8082
                               Email:
                               erin.murdock-park@usdoj.gov

For Plaintiff
State of Colorado:             Jonathan Bruce Sallet
                               COLORADO DEPARTMENT OF LAW
                               Consumer Protection Section,
                               Antitrust Unit
                               Ralph L. Carr
                               Colorado Judicial Center
                               1300 Broadway
                               Suite 7th Floor
                               Denver, CO 80203
                               (720) 508-6000
                               Email: jon.sallet@coag.gov

                               William F. Cavanaugh, Jr.
                               PATTERSON BELKNAP
                               WEBB & TYLER LLP
                               1133 Avenue of the Americas
                               Suite 2200
                               New York, NY 10036-6710
                               (212) 335-2793
                               Email: wfcavanaugh@pbwt.com

APPEARANCES CONTINUED:

For Defendant Google:          John E. Schmidtlein
                               Kenneth Charles Smurzynski
                               WILLIAMS & CONNOLLY LLP
                               725 12th St., NW
                               Washington, D.C. 20005
                               (202) 434-5000
                               Email: jschmidtlein@wc.com

                               Kenneth Charles Smurzynski
                               WILLIAMS & CONNOLLY
                               680 Maine Avenue, SW
                               Washington, D.C. 20024
                               (202) 434-5000
                               Email: ksmurzynski@wc.com

Court Reporter:                William P. Zaremba
                               Registered Merit Reporter
                               Certified Realtime Reporter
                               Official Court Reporter
                               E. Barrett Prettyman CH
                               333 Constitution Avenue, NW
                               Washington, D.C. 20001
                               (202) 354-3249

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

– – –

WITNESS INDEX

– – –

WITNESSES          DIRECT CROSS REDIRECT RECROSS

PLAINTIFF's:

ERIC LEHMAN          1890
MIKE ROSZAK                    1926
GABRIEL WEINBERG     1936

– – –

INDEX OF EXHIBITS

– – –

DEFENDANT'S                              ADMITTED

DX241                                    1917

– – –

INDEX OF EXHIBITS

– – –

PLAINTIFF'S                              ADMITTED

UPX818                                   1982



1        P R O C E E D I N G S

2        (Sealed closed proceedings)

1890





1892



1894

1 ▌  ▬

2 ▬▬▬▬▬▬▬

3 ▬▬▬▬▬▬▬

4 ▬▬  ▬▬▬

5 ▬▬▬▬▬▬▬

6 ▬▬▬▬▬▬▬

7            (Open court)

8   BY MR. SMURZYNSKI:

9       Q    Good morning, Dr. Lehman.

10           Yesterday, the plaintiffs asked you a number of

11  questions about Google's use of clicks and different ranking

12  components.  Do you remember that?

13      A    Yes.

14      Q    What is the relationship between, on the one hand,

15  the number of ranking components that utilize clicks in some

16  way and on the other, the volume of clicks those components

17  need?

18      A    So I guess I would make two notes about that.  One

19  is maybe sort of obvious, which is that it's not additive.

20  That is, if you have 20 components, you don't need 20 times

21  as many clicks.  We've shown the chart showing all the

22  number of clicks for those different components.  Again,

23  it's all the same clicks.

24           There is a more subtle aspect.  I think yesterday

25  we talked about the difference between memorization systems

```
1   and generalization systems.  So now boost would be an
2   example of a memorization system.  It remembers for a
3   particular search query and a particular web page user did
4   or did not click.
5           But the primary effort in use of clicks over the
6   last 10 or 15 years has been on generalization systems.
7   There, the goal is to generalize from situations where we
8   have data to situations where we don't.  So these are kind
9   of like filling in the holes where we don't have data.
10          So I think in terms of how these systems respond
11  to different quantities of available data, a factor to keep
12  in mind is that even though we're adding more systems, many
13  of these are generalization systems.  They're systems that
14  are designed to fill in holes in data.  So I think that adds
15  a kind of a robustness to the system in that if you reduce
16  data, those systems can patch up the holes.
17          Some of the -- those older versions of systems
18  themselves need quite a bit of data train, but the new ones
19  require far less.
20          THE COURT:  Can I ask a question?
21          The systems that you've described as generalized
22  systems, in the development of those systems, was ClicData a
23  component of how those systems were developed?
24          THE WITNESS:  Yes, yes.
25          Roughly, those systems tried to find patterns
```

1  typically in the ClicData so that you can say, Well, I see,

2  for 300 cases like this, people tended to do this kind of

3  click, and hours here's the 301st case which, well, it's

4  sort of like that, so I'm going to bet people click sort of

5  the same way.

6        And the notion of same varies from one

7  generalization system to another.  And gradually, as we sort

8  of move to deep learning, the kinds of patterns these

9  systems could look for to generalize ClicData got more and

10 more complex.

11        THE COURT:  Got it.  Thank you.

12 BY MR. SMURZYNSKI:

13    Q    Dr. Lehman, are you familiar of a principle called

14 diminishing returns?

15    A    Yes.

16    Q    And how, if at all, does that principle impact the

17 value Google obtains from user data?

18    A    So I think there's sort of good empirical evidence

19 that Google's query stream has a certain distribution called

20 Zipfian, Z-i-p-f, and that produces this long tail effect

21 that we talked about previously.

22        I guess one way to think about it is that you can

23 imagine, you start up your search engine one day and so you

24 start processing queries, and over time, the number of

25 queries that you see grows and grows and grows sort of

1    linearly.

2            And then you can say, Well, what is the

3    probability, when I get a new query, that I've seen it

4    before.

5            And I think a reasonable model, it's pretty

6    well-established over decades, is that it grows

7    logarithmically, that is, sort of a classic diminishing

8    returns curve.

9    Q    And what implications, if any, does that have for

10   the value of additional user data to Google and with respect

11   to the quality of Google's search engine?

12   A    Well, for a system like navboost, as the volume of

13   queries that Google has seen in the past grows, the

14   percentage of situations that we've seen before begins to

15   level off, and so you get diminishing returns.

16   Q    We've talked about navboost, and you just

17   referenced it there.

18           With respect to queries that Google has seen only

19   a few times, how does navboost treat that relative to

20   queries that it's seen hundreds, thousands, tens of

21   thousands, millions of times?

22   A    Right.

23           So for many queries in navboost, there's a large

24   number of queries that we've seen a small number of times, a

25   small number of queries that we've seen a large number of

1    times, and for a query that we've seen a small number of

2    times, we'll have scraps of data.  So each click is a little

3    bit of a hint, but they come with caveats.  And if you don't

4    have too of many of them, it's hard to draw a strong

5    conclusion.

6            So, for example, there might be a search query

7    where one person clicked on one result, two people clicked

8    on another result, but, you know, maybe this current user is

9    in Australia and both of those clicks came from people in

10   the United States.  So maybe we should trust them, maybe

11   not.

12           Maybe some other results seem plausible to our

13   other search components, but we're not sure that anybody

14   actually even sort of looked far enough down the page to see

15   them.

16           So that's sort of the typical picture for one of

17   these queries that -- for which we don't have much data.

18   And so I think navboost does kind of the natural thing,

19   which is, in the face of that kind of uncertainty, you take

20   gentler measures.  So you might modify the score of a

21   document but more mildly than if you had more data.

22           THE COURT:  Can I ask another question, I'm sorry.

23           So the world is ever evolving.

24           THE WITNESS:  Yep.

25           THE COURT:  How do -- how does the search engine

1    handle new developments in the world?

2         Here's a terrible example but one that I will

3    understand and some of you may.

4         A lot of people put Taylor Swift into the search

5    engine, right?  So you've already got in navboost lots of

6    connections for Taylor Swift but apparently she's now dating

7    Travis Kelce who's a football player.  So if I want to get

8    the latest on that, how does the search engine -- how does

9    it -- how is it able to identify these new developments and

10   get people to those relevant links?

11        THE WITNESS:  Yeah.  So this is a complex question

12   within Search, we talked about it as the problem of

13   freshness.

14        And there's no single simple answer.

15        Some systems respond very quickly to new

16   developments in the world, while others, others don't.

17        So one kind of system that actually responds very

18   quickly is the sort of the old school techniques.  So if you

19   do Taylor Swift, and I don't know, maybe some other term

20   about her relationships or whatever, then the old systems

21   will still be looking for web pages that talk about Taylor

22   Swift and relationships.  Now, they could be dated pages.

23   But at least they'll work.

24        And I think that's important when something like

25   COVID happens.  Like the word "COVID" wasn't even a word so

1    a lot of our systems didn't know about synonyms for COVID,

2    COVID-19 or whatever.  But still these old school systems

3    work, which is why it's kind of nice to keep them around.

4             There is a special sort of freshness component

5    that tries to look at things like, often news articles will

6    have by-line dates so you can say, well, how old is this

7    article versus this one.  This is about Taylor Swift's

8    relationship two years ago, this is one two weeks ago.  And

9    so it can sort of boost the more recent ones more

10   aggressively.

11            Does that answer the question?

12            THE COURT:  I think so.

13            But it sounds like there are different components

14   that would evaluate these variables.  It's not simply

15   navboost or -- there are multiple systems that operate to

16   identify -- or help promote fresh results?

17            THE WITNESS:  Yes.

18            And Clicks is one of them.  You know, like once we

19   start to get Clicks on a topic, there's sort of a fast

20   response system that tries to make use of those as quickly

21   as possible.

22            But it's something we struggled with for a long

23   time.  And, you know, I think one argument was we should try

24   to think about freshness in all our search components.  I

25   don't know if we've 100 percent succeeded with that though.

1    There's some that -- particularly around COVID, there was a

2    crash effort to try to update our systems to ensure that we

3    had relevant information.  So if everything were working

4    perfectly, that wouldn't have been necessary but it wasn't.

5                    THE COURT:  Got you.

6                    All right.  Thank you.

7    BY MR. SMURZYNSKI:

8         Q    I just want to go back to that concept you were

9    talking about, the weighting of navboost between long-tail

10   queries and what you described yesterday as head queries.

11   Sort of without getting into like the nitty-gritty of the

12   mathematics of it, how does the system do that?

13        A    So qualitatively for these head queries that we've

14   seen many times and for which we have ClicData, we're more

15   confident in that boost data and we can adjust the scores of

16   documents more dramatically or as for queries that are in

17   the long-tail where we have little scraps of data, it's

18   ambiguous, it's harder to figure out what to include.

19   Navboost will adjust the scores of documents more mildly.

20        Q    If you could turn to document UPX228 which is in

21   your binder and we'll just put the cover page on the screen.

22        A    228?  I got it.

23        Q    It should be in the first section, yes.

24        A    Right.

25                   THE COURT:  Sorry, Counsel, I was still taking --

1    what's the number?

2              MR. SMURZYNSKI:  Certainly.

3              It's 228.

4              THE COURT:  Thank you.

5    BY MR. SMURZYNSKI:

6         Q    And yesterday, Dr. Lehman, you said there was a

7    somewhat complicated story behind why you gave this

8    presentation.  What was that story?

9         A    Right.

10             So this was an opportunity for me to talk to the

11   whole Search leadership, which is a rare opportunity for me.

12             And the people to whom I was really targeting this

13   talk were the people who do design of the sort of the user

14   experience of Search, how things look on the screen.  And

15   also the more senior Search people who make decisions about

16   how many special features we put on the page and how busy it

17   is.

18             And the reason that I was speaking to those

19   audiences implicitly is that I was concerned about the

20   connection between the way Search results are visually

21   presented and the ranking of Search results.

22             And I don't think that connection was widely

23   appreciated and so that's something I was trying to drive

24   home in this presentation.

25             In particular, my concern was that our Search

1   results page could get too busy, and sometimes results could

2   be presented in ways that were a little bit hard for people

3   to understand.

4          And because Clicks are an important signal in

5   ranking, if the page is too complicated, then it's hard to

6   interpret Clicks.

7          Remember, the point of Clicks is that we're asking

8   people to sort of read by proxy for us.  Computers couldn't

9   read.  So we have people read the search results and the

10  query and everything else on the page and then we observe

11  their reactions, and those observations are Clicks.

12         But as the page gets busier and more complicated

13  and if Search result previews aren't really clear, then we

14  observe users doing things but we don't know how to

15  interpret them and extract information from them.

16         So my message was to people who work in sort of

17  the visual presentation of results and decide the layout of

18  the page, no, you need to think about this.  We need to

19  learn from our users in the form of Clicks.

20         And I think this was not obvious.  I mean, Search

21  is a huge organization with thousands of people, and I'm

22  getting up as somebody who's kind of a data wonk who deals

23  in algorithms and that kind of stuff and I have to talk to

24  people from a very different world, the sort of user

25  experience people who are kind of more thinking about human

```
 1    behavior and art and visual presentation and say, no, we
 2    need you.
 3               And so one thing I was trying to do in this talk
 4    is motivate those people to help us.  I can't just browbeat
 5    them.
 6               And so that's why I sort of introduced this notion
 7    of Magic.  So I wanted to say, if you help us, then we can
 8    get Google to do these magical things, these things that
 9    seem otherwise impossible.  So I'm trying to sort of inspire
10    the people in those organizations to work a little bit
11    differently, work with us so we can make this really cool
12    stuff.
13               So these are intended to be inspirational
14    examples.
15               MR. SMURZYNSKI:  Your Honor, if I may approach the
16    witness?
17    BY MR. SMURZYNSKI:
18    Q    Dr. Lehman, I put in front of you a document that
19    has been marked as UPX203 which is in evidence.
20               And take a look at the cover slide.
21               What is this presentation?
22    A    So periodically there will be all-hands meetings
23    where everyone from an organization is invited to attend.
24    This looks like it was from the fourth quarter, the end of
25    the year in 2016, it was an all-hands presentation for the
```

1    Search organization.

2        Q    All right.  And if you go in a page, there is an

3    agenda; is that right?

4        A    Yes.  Right.

5        Q    And under "Ranking," there's the name Eric.  Was

6    that you?

7        A    Yes.

8        Q    Much less formal at Google than in court?

9        A    Yes.

10       Q    And if you go forward in the deck to the page that

11   ends in 904, and is this the portion of the presentation

12   that you gave at the end of 2016?

13       A    Yes.

14       Q    All right.

15            And if you go forward one more slide, this is the

16   first slide in your presentation.

17            What's the topic that you're addressing in your

18   presentation?

19       A    So this is a time when sort of the first wave of

20   deep learning had arrived and we were starting to try to

21   understand, you know, what are the implications for the

22   future.

23            And I think as we've discussed, you know, the

24   biggest problem in Search is you're given a web page and a

25   query and you need to figure out whether or not that web

1   page is relevant to the search query.  And the challenge has

2   always been, well, computers can't read so we have to do all

3   these workarounds.

4          But we're starting to wonder if that might

5   possibly change.

6          And I guess the first line here, "Search is a

7   great place to start understanding language."  Maybe there

8   are two sides to that.  One is that Search was, I think, a

9   really powerful driving application for this fundamental

10  scientific problem of how you get computers to understand

11  language, how do you get computers to read.

12         And in this presentation, I also thought Google

13  was a great place to begin exploring that problem, not only

14  because of the motivation but because of the resources.  We

15  have access to large amounts of text, and we also had access

16  to lots of user data, which at this time I thought would

17  probably be an important asset.

18     Q    All right.  And if you turn the page to 905, what

19  are you saying there?

20     A    Right, so this is, I think, a thing that's come up

21  quite a bit lately.

22         So with this fundamental problem of determining

23  whether a web page is relevant to a query, as of this

24  presentation, after just the first wave of deep learning

25  systems, we really couldn't read documents.  It was -- our

1    ability was minimal.  So we played this game of read by

2    proxy.  Show the text to people, we observe their reactions

3    and we adopt them as our own.

4              And this approach, it has limitations, though,

5    that we've talked about.  So, for example, when we show

6    people search results, they don't actually read the whole

7    web page, they just read the preview.  They tend to click on

8    results that are lower quality than we'd like to show, and

9    yet, at this time, that was a really important technique.

10   So user data, you know, is an important source of data and

11   use was used in many Google systems.

12   Q    And there you're describing today which is in the

13   context of this document, December of 2016, correct?

14   A    That's right.  Sort of after the first wave of

15   deep learning systems.

16   Q    If you turn to the page that ends in 919.

17             And on the top of the slide you're positing a

18   task; is that right?

19   A    Yes.

20   Q    And what is that task?

21   A    So in this presentation, we're -- I was starting

22   to contemplate the possibility that rather than this whole

23   mechanism of read by proxy, have people read for us and try

24   to learn from Clicks, that we might -- I guess here I'm

25   saying, we might maybe someday, we might get to a point

1    where -- with a computer we'd be able to understand a

2    document, like a web page or a passage, there are just a few

3    sentences instead of a web page, based just on the content

4    alone.  That is, we wouldn't need humans to interpret it for

5    us.  We could get computers to directly understand a

6    document or a passage just based on the words.

7            And, you know, I think this was a little bit of a

8    crazy idea at the time, and I think I felt pretty anxious

9    about presenting this.

10           You know, the history of artificial intelligence,

11   I guess I would like to say that to sum up the first

12   history, the first 50 or 60 years of AI research, I would

13   say not much happened.  And so I think for people in the

14   field, the idea that we could actually do something like AI,

15   it was almost embarrassing to suggest it.  It felt like AI

16   was a marketing hype term, not real.

17           MR. SMURZYNSKI:  Your Honor, if I may approach?

18           THE COURT:  I guess before you get to the next

19   document, though.

20           So finish your thought, Dr. Lehman.  This was

21   your -- this was the view of the world at the end of 2016.

22   So how has that changed in the ensuing six years?

23           THE WITNESS:  It's been kind of a complicated

24   journey.

25           The next big milestone for me was the arrival of

1    BERT around 2018, and that was just a shock to me on

2    multiple fronts.

3            One was that -- so BERT was developed in

4    connection with something called WebAnswers.  So, you know,

5    when you do a search, sometimes Google will try to guess the

6    answer to your search and put it at the very top.  That's

7    WebAnswer.  So that's a case where there's just a short

8    passage instead of a full web page involved.

9            And so BERT was developed, and that was its first

10   application.  And there was like a Christmas holiday, and

11   what we found out just before that is BERT beat all of our

12   existing systems combined by a large margin.  It just made

13   everything else irrelevant.  So that was kind of a milestone

14   moment for me.

15           And then, you know, in some ways, WebAnswers is

16   sort of like the junior version of Web Search, because you

17   only have to work with just a small passage instead of full

18   web pages.

19           So I think at that point, it started to become

20   clear that we were looking at a change that would kind of

21   knock all the pieces off the board of search probably at

22   some point within the next few years.

23           And then things began to pick up speed, so I -- it

24   felt like at first maybe there would be a breakthrough every

25   four years, and then it got to be like, Hey, wow, every year

1   there's a breakthrough.  And then it's just like every few

2   months.

3            And it's just accelerated and accelerated.

4            So I was just noticing in the news that the

5   quality of systems that take text as input and produce

6   images that are described by that text has actually jumped

7   significantly since lunch yesterday.

8            So I think one of the big surprises to me is --

9   was that -- and I still don't have my head wrapped around

10  it, is that these systems could learn from text alone.

11           I believe, and I think there may be presentations

12  here, that language acquires meaning because it means

13  something to people.  Otherwise, it's just symbols on a

14  page.  And so I thought that for machines to understand

15  language in a humanlike way, they would have to learn from

16  seeing people interact with data.  And so I thought user

17  data would be essential to helping machines learn language.

18           But it turned out not to be the case.  It turned

19  out that these very large machine learning systems can learn

20  simply from text.  So that was another sort of huge

21  milestone.

22           And I guess when I left Google, things had begun

23  to accelerate so fast, and it looked like the implications

24  were just going to be staggering, and not just for search

25  but for the world at large.

1        And I did my very best with it, but at some point

2   I feel like I needed to back away and hand it over to

3   someone who's younger and ready to deal with it, I guess.

4   BY MR. SMURZYNSKI:

5        Q    And, Dr. Lehman, you have in front of you what's

6   been marked as DX237, which is already in evidence.

7            You talked about BERT in your response to the

8   judge.  What was the next sort of milestone in the journey

9   in terms of these large language models?

10       A    Yeah, let me sort of informally say there was sort

11  of these first-generation systems around 2014.  There was

12  BERT around 2018 as a sort of second generation.  For me, at

13  least, this was sort of the third generation.  So this is

14  MUM, which was sort of completed and started to get ready

15  for production use in 2021.

16           I guess this is a presentation of MUM to the head

17  of search at that time, Prabhakar Raghavan.  I think it's

18  kind of a monster document, particularly to give to a senior

19  executive, but I think this one he read through thoroughly.

20       Q    And I used a term there, "large language model."

21  What is a large language model?

22       A    So it's a computational system that tries to, in

23  some way, capture patterns in language.

24           And the name is maybe a little bit deceptive.

25  Language models could be something as simple as noticing

1   that like adjectives usually come before nouns, and united

2   is often followed by states, things like that.

3          And people would try to capture these as models of

4   language, it's sort of systems that reflect the patterns in

5   language.

6          And then people started building larger language

7   models that could capture more patterns in language, and

8   they got larger and larger and larger.

9          And then strange things started to happen.  It

10  seemed that these systems began -- in their effort to find

11  patterns in language, they began to, in some ways, it

12  appears mimmick the cognitive processes of the people who

13  created that language, you know.

14         A sort of trivial example is if you give one of

15  these systems a bunch of school worksheets or something like

16  that where it says 3 plus 5 is 8, 4 plus 7 is 11, and so on,

17  then in its search for patterns in language, it will learn

18  to do math, and so it can begin to do arithmetic questions

19  that it's never know seen before.

20         And that one's fairly clearcut, but then it can do

21  some of the more qualitative cognitive things that people

22  do.  And it's limited.  It's not AI.  Or at least it wasn't

23  then, but it was quite startling to us.

24  Q    This, as you describe, is a long, complicated

25  document, it contains many trade secrets.  But if you go to

1    the third page of the document, there's a section that's

2    marked "TL;DR."  Not what those letters mean, but how is an

3    acronym used within Google?

4         A    As sort of executive summary.

5         Q    Okay.

6              And in the -- about halfway through the paragraph,

7    you write, "These models are significantly more powerful

8    than BERT, demonstrating a large improvement on SuperGLUE

9    benchmarks, and let's just pause there for a second.

10             What is a SuperGLUE benchmark?

11        A    So as people were trying to make computers

12   understand language, and by people here, I mean people at

13   Google, people in academia, people in other U.S.

14   corporations, corporations around the world, particularly in

15   China, they wanted a way to measure progress that we could

16   all agree upon.  And so some folks set up some -- a system

17   called GLUE, and it was a set of several language

18   challenges.

19             And then whenever someone had a new computer

20   system that they believed could understand language better,

21   they could use this GLUE system to check the progress of

22   their work.

23             So they would check how well their system worked

24   on each of those challenges.  There would be taken -- they'd

25   take an average.  And there was sort of a leader board

1   saying, Who's gotten the highest score across all tasks,

2   who's second highest and third highest.  And there were sort

3   of a lot of people competing.

4           And then BERT came along and just demolished

5   everything.  So everything on that leader board became

6   variants of BERT.  And the performance of BERT was so strong

7   that for those tasks, it was performing above human level.

8   But the tasks weren't that hard, so that wasn't that

9   impressive.

10          So the creators of GLUE created a new set of

11  reading comprehension challenges, which they called

12  SuperGLUE that was designed to be the BERT killer.  It's

13  even stickier.  So they were much harder challenges, and

14  BERT exhibited fairly weak performance.  It was scoring

15  about 60, and they speculated this would be much harder for

16  machines.

17          However, within a matter of, I don't know, about a

18  year or so, a system called T5, which later evolved into

19  MUM, among other systems, achieved essentially human-level

20  performance.

21      Q    And in your answer, you mentioned BERT, T5, and

22  MUM.  What was Google's involvement in the creation of each

23  of those systems, if any?

24      A    So BERT was developed by Google researchers

25  working with the WebAnswers team, and then they later

1    constructed sort of the Version 2 of rank embed, which

2    I think we talked about earlier.

3            T5 was a significantly more powerful system that

4    got very high scores on the SuperGLUE benchmark.  It was

5    also developed by Google researchers.  They were sort of off

6    doing their own thing at Google research, but then some of

7    us in search contacted the T5 team and we began working

8    together.  And MUM is -- can be thought of as a much scaled

9    up version of the T5 system developed by Google researchers.

10           And that sentence says -- you continue on, it

11   reads, "And reaching human-level performance for many

12   tasks."

13           Do you see that.

14           Yes.

15   Q    Was among those tasks the ones that, in the 2016

16   document, you had posited maybe someday a machine will be

17   able to do this?

18   A    I don't know if it was exactly the same task.  I'm

19   not sure, you know, which one I was thinking of at that

20   time.  But it was -- but these are challenging reading

21   comprehension tasks.  I think, you know, people find them

22   challenging, they don't score perfectly.  They score about

23   the same as MUM.

24           MR. SMURZYNSKI:  Your Honor, this is DX241.  And

25   at least one of the plaintiffs, I believe, has lodged a

1    hearsay objection to it, but I don't know if they continue

2    to maintain it.

3           MS. MURDOCK-PARK:  Your Honor, our understanding

4    is that this is not a document associated with Dr. Lehman.

5           THE COURT:  Well, is there any objection to its

6    admission?

7           MS. MURDOCK-PARK:  I believe there's a hearsay

8    objection, and I don't -- nope, we have no objection.

9           THE COURT:  Okay.

10          MR. CAVANAUGH:  No objection, Your Honor.

11          THE COURT:  So it will be admitted.  DX241.

12                              (Defendant's Exhibit DX241
                                   received into evidence.)
13

14   BY MR. SMURZYNSKI:

15     Q    Dr. Lehman, if you could turn forward to the slide

16   that begins 448, and this just is to orient you.  The slide

17   reads "MUM, a major milestone in language understanding."

18          MR. SMURZYNSKI:  And, Alan, if you could go

19   forward to the next slide.

20   BY MR. SMURZYNSKI:

21     Q    And we'll go through these, but just at a general

22   level, could you describe for the Court what is being

23   communicated in this slide?

24     A    This looks like a few high-level bullet points

25   about the MUM model, the sort of third-generation language

1    understanding system.

2        Q    Okay.

3            And in the first bullet there, what is being

4    conveyed with regard to the comparison between BERT and MUM?

5        A    So when working with language, I think we found

6    that if you need to memorize a lot of facts about the world,

7    you need a lot of memory but not a lot of computation and

8    systems like QBST work well.

9            But if you want to do reading comprehension and

10   sort of reasoning tasks, you need to do a lot of

11   computation.

12           And what this is saying is that the amount of

13   computation per unit of text is about a thousand times

14   greater in MUM than BERT, and the consequence is that it

15   should be able to understand language more deeply, perform

16   reasoning more effectively.

17       Q    And in the third bullet, there's a reference to

18   "understand and generate human language."

19           What data does MUM use in order to achieve that

20   task?

21       A    So MUM was trained on large volumes of text drawn

22   from the Internet.

23       Q    Was MUM trained on click-and-query data that

24   Google had?

25       A    No, and as I mentioned, it was a shock to me that

1   that's possible, but no, there was -- there are no -- no

2   user data.

3       Q    And the next bullet down refers to "Few-shot

4   learning requiring far fewer data inputs than BERT."

5            And these data inputs, again, are raw text from

6   the Internet?

7       A    This may be a little bit different.

8            So with these sort of language systems like BERT

9   and like MUM, typically you train them initially on lots of

10  language, and in the process, they understand the structure

11  of language and acquire some kind of reasoning abilities.

12  It's a little hard to tell what they're doing, they're just

13  giant masses of numbers.  And then typically you would apply

14  them to some particular task.

15           With BERT, the procedure for applying them to a

16  particular task would be a process called fine-tuning, where

17  after they understand the basic structure of language, you

18  give them some inputs and desired outputs, and that modifies

19  the internal structure of the model a little bit so that it

20  gets really good at that one specific task.

21           So, for example, if BERT were being adapted for

22  WebAnswers, the task that they used for fine-tuning would

23  be, here's a query, this passage is relevant; here's another

24  query, this passage is not relevant.  And you would go to a

25  bunch of those examples, and then it would get very good at

1    that task.

2          For large language models, they can be adapted to

3    specific tasks in a very different way.  These things take

4    text as input and you would just give a few examples written

5    as text as your initial input and then pose your new problem

6    also in text and, based on just those just few examples, in

7    many cases they could just begin to perform that new task.

8    Q    And is that what the reference to few-shot

9    learning is?

10   A    Yes, that's few-shot, each shot is like an example

11   and sometimes, you know, two or three or something are

12   enough.

13   Q    And that's all you need, two or three in order to

14   accomplish this with MUM?

15   A    Yeah.  Yeah.

16   Q    If you could go to the next slide.

17         And to remind you, this is as of July of 2021, we

18   saw on the first slide.

19         And without reading the number out loud, you see

20   halfway down the page, there's a reference to the number of

21   search related teams that are using MUM to improve existing

22   products.  Do you see that?

23   A    Yes.

24   Q    And to your knowledge, that number is accurate as

25   of July of 2021?

1      A     It seems about right, that number started growing

2   very fast and so I don't know exact value, exact dates.

3      Q     Fair enough.  In July of 2021, as of the time you

4   left Google, was that number higher or lower?

5      A     It was higher.

6      Q     Dr. Lehman, I put in front of you a document

7   that's been marked as UPX197 which is in evidence?

8      A     Yes.

9      Q     And I'd like to direct your attention to the top

10  of that email.  And it's an email you write on

11  December 26th, 2018.

12     A     Yes.

13     Q     And then you write, I'd like to offer a thought

14  for contemplation over the break.

15           And then you set forth something in bold text

16  there.  Do you see that?

17     A     Yes.

18     Q     And what did you write at the end of 2018 to the

19  various folks in search leadership who are identified in the

20  top of this email?

21     A     So this is over the Christmas holiday.  And we had

22  just seen the results of BERT for this web-answered problem.

23  We've just seen that it had outperformed everything that

24  we'd done, you know, dozens of engineers over roughly a

25  decade.

1           And so I sent this email to reflect on what the

2    implications of that were for the future.  It was quite a

3    shock.  I always felt that Google's -- you know, it's really

4    big advantage is that by focusing on Search for essentially

5    so many years, we developed this deep body of theory and

6    practices and we made a lot of mistakes but we learned over

7    time.  And I thought that was kind of our treasure chest.

8           And then along comes this system and just like,

9    no, never mind, beats everything.  And at this point we had

10   just seen that this kind of, sort of junior problem,

11   WebAnswers, had experienced this just dramatic disruption,

12   where machine learning made everything previous kind of

13   irrelevant.

14          And the thought I'm considering here is that

15   that's going to happen to Web Search, too.  I was guessing

16   that these kinds of advances would -- yeah, just kind of

17   clear the table of all past work.

18   Q     And if you could scroll down, Alan, to the

19   paragraph that begins at the bottom of the page, one

20   consideration and then carries over.

21   BY MR. SMURZYNSKI:

22   Q     And, Dr. Lehman, could you read that paragraph for

23   us, please.

24   A     "One consideration is that such a deep ML system

25   could well be developed outside of Google - at Microsoft,

1    Baidu, Yandex, Amazon, Apple, or even a startup.  My

2    impression is that the translate team experienced this.

3    Deep ML reset the translation game; past advantages were

4    sort of wiped out.  Fortunately, Google's huge investment in

5    deep ML largely paid off, and we excelled in this new game.

6    Nevertheless, our new ML-based translator was still beaten

7    on benchmarks by a small startup.  The risk that Google

8    could similarly be beaten in relevance by another company is

9    highlighted by a startling conclusion from BERT:  Huge

10   amounts of user feedback can be largely replaced by

11   unsupervised learning from raw text.  That could have heavy

12   implications for Google."

13        Q    And you wrote this at the end of 2018 with BERT.

14   By November of 2022, with the introduction of MUM and

15   further advances in ML, what's your view?

16        A    I think by 2021, with the arrival of MUM, it seems

17   like this is the path we're going down.  And I think, MUM

18   was a big deal in 2021 but now these large language models

19   are everywhere.  You can download them from the web and run

20   on a large PC.  So I think indeed we have seen such deep ML

21   systems developed outside of Google at pretty much, I think,

22   almost every major tech company in the U.S. and many abroad,

23   and a notable startup like OpenAI.

24             So, yeah, I think this is largely come to pass and

25   it's a story that's still unfolding, but I think it seems

```
1    like this is a road we're still on.
2              MR. SMURZYNSKI:  Thank you, Dr. Lehman.  I have no
3    further questions.
4              THE COURT:  Dr. Lehman, just quickly, deep ML
5    system.  ML stands for?
6              THE WITNESS:  Machine learning.
7              THE COURT:  Got you.  All right.  Thank you.
8              MS. MURDOCK-PARK:  If I may have a minute,
9    Your Honor, I will have a few redirect.
10             THE COURT:  Counsel, before you begin your --
11   I'm sorry, go ahead, Ms. Murdock.
12             MS. MURDOCK-PARK:  No.  Please, Your Honor.
13             THE COURT:  No, no.  I was going to ask one more
14   question but just whenever you're ready.
15             MS. MURDOCK-PARK:  Happy to get Your Honor's
16   question before I get started.  It might have been one of
17   mine.
18             THE COURT:  So, Dr. Lehman, could I ask you to
19   project out five years, ten years from now, what would you
20   guess to be the relationship between these deep ML systems
21   and user data in terms of search?
22             THE WITNESS:  So my guess, and it's really hard to
23   guess --
24             THE COURT:  Fair enough.
25             THE WITNESS:  -- is that search engines will shift
```

1    largely from a reliance on user data and all these other

2    tricks we built up over the years to systems that draw upon

3    these deep learning systems largely.

4              I think there will still be a role for user data

5    but I think it will be much diminished, but I think user

6    data does still bring some things.  Maybe the clearest thing

7    would be popularity.

8              So, for example, you know, I don't know, I search

9    for toothpaste.  Well, there are a lot of kinds of

10   toothpaste.  And so all those associated web pages are

11   relevant and a machine-learning system can say, oh, they're

12   relevant.  Okay, but they're not all likely popular.  And

13   I think user data can still help inform something like that.

14             So I think there will still be a role for user

15   data but, you know, trying to get a high resolution picture

16   of the world from user data requires a vast amount, trying

17   to figure out which is the most popular toothpaste and a

18   bunch of things like that I think will require much, much

19   less user data.

20             So generally I think a lot of the function of user

21   data will be replaced but probably not all of it.  But it's

22   a guess.

23             THE COURT:  Thank you.

24

25

```
 1                          - - -

 2                   REDIRECT EXAMINATION

 3   BY MS. MURDOCK-PARK:

 4       Q    Dr. Lehman, I want to ask you -- we'll start at

 5   the last document that your counsel showed you, UPX197.

 6       A    Yes.

 7       Q    And I want to go to the last page.  And the last

 8   page is -- this continues the email that you sent, correct?

 9       A    Yes.

10            Well, I think there's several different people

11   contributing text at this point because people were

12   responding.

13       Q    So I want to go to the top paragraph.  And you

14   wrote, "And we already know one signal could be more

15   powerful than the whole big system on a given metric.  For

16   example, I'm pretty sure that navboost alone was/is more

17   positive on Clicks (and even likely on precision/utility

18   metrics by itself than the rest of ranking).  By the way,

19   engineers outside of navboost team used to be also not happy

20   about the power of navboost and the fact it was 'stealing

21   wins')."

22            You wrote that?

23       A    No.

24       Q    You didn't?  This is in the email that you sent.

25       A    I believe that this section was written by Alex
```

1  Grushetsky.

2         If you see on the first page at the very top,

3  where it says from, Alexander Grushetsky.  So I believe in

4  this text, his comments are being interleaved with mine and

5  I'm pretty sure that that was his comment.

6    Q    And do you disagree with Mr. Grushetsky?

7    A    Well, he's saying a lot of things here.  Parts of

8  it, I agree with.  Parts of it, I question what he's talking

9  about, because they don't seem right to me.  Alex is a

10 really smart guy.  If he were here, I would say, wait, what

11 do you mean, Alex.  We could go through it phrase by phrase

12 and I could point out which parts that make sense to me and

13 which don't, if you want.

14   Q    Well, my biggest question is, you said, "I'm

15 pretty sure that navboost alone was/is more positive on

16 Clicks and likely even on precision/utility metrics by

17 itself than the rest of ranking."

18   A    Right.

19        So there's several assertions there.

20        So the first part is navboost alone was/is more

21 positive on clicks.

22        And that is, I think, true but kind of misleading.

23        So I think at some point we looked at a chart and

24 we talked about how components of ranking could be evaluated

25 using, I call it "live traffic experiments."

1    And the idea of those experiments is, for a given

2    ranking component, you ask, are the search results at that

3    system boosts getting more or fewer clicks than the search

4    results that would otherwise be there.  And so that would be

5    such a system, if such a system -- if a component boosted

6    results that got more clicks than results that were

7    previously there, then we would say it is "positive on

8    clicks."

9         The navboost system is by far the most positive on

10   clicks; that is, it boosts results that in experiments then

11   get lots of clicks.

12        But that is somewhat misleading, and so clicks are

13   not usually used to evaluate navboost.  And the reason it's

14   misleading is because it's almost circular.

15        The navboost system, what it does is observe

16   documents that in the past got lots of clicks, and then it

17   boosts those.

18        So the near circularity is there's some documents

19   or web pages that got clicks in the past, they get boosted

20   up by navboost and then this goes into the evaluation system

21   which says, ah, I see navboost has boosted all these

22   documents and they get lots of clicks.  Well, of course they

23   do.

24        What that measurement of navboost on clicks is

25   really telling you is that people tend to click on the same

 1    results over time.  So the past is fairly predictive of the

 2    future.

 3          And one way to see why that's kind of a bad type

 4    of analysis, I think we've talked about how people often

 5    click on low quality results, bad search results, it's not

 6    super often but there's a tendency.

 7          So you imagine what's going to happen with those

 8    clicks on bad search results.  Well, the navboost system is

 9    going to observe these bad results, got clicks, it's going

10    to boost them, and then an evaluation system, these bad

11    results will be boosted, and they'll continue to get clicks.

12          And so navboost will look even more positive on

13    clicks even though it's doing something that's actually

14    damaging search quality.

15          So, yes, it's true that navboost alone is very,

16    very positive on clicks, but that's deceptive.

17    Q    We can go ahead and put this document aside.

18          I'd like to go back to UPX203, which your counsel

19    showed you, and specifically the page ending in 907, which

20    is Slide 51.

21          And this is the portion of UPX203 that you wrote

22    for the ranking section, correct?

23    A    Let's see.

24          I'm just needing a minute to find it.

25    Q    Of course.  It is not in the binder.  Your counsel

```
 1    handed you binder clipped copies.  I believe it's the
 2    thickest one.
 3         A     The big one.  Okay.
 4               Okay.
 5         Q     And it's page 57, but it ends in Bates 8907.
 6               It's a graphic of some people with arrows to each
 7    other.
 8               Do you see that, Dr. Lehman?
 9         A     Yes.
10         Q     And the graphic says, "Each searcher benefits from
11    responses of past users and contributes responses that
12    benefit future users," right?
13         A     Yes.
14         Q     And you wrote, "So if you search right now, you'll
15    benefit from the billions of past user reactions we've
16    recorded.  And your responses will benefit people who come
17    after you.  Search keeps working by induction."  Right?
18         A     Yes.
19         Q     Okay.
20               We can go ahead and put 203 aside.
21               Now, you talked a little bit about MUM with your
22    counsel.  Is another consequence of the amount of
23    computation needed by a system like MUM is that it adds
24    latency?
25         A     That's a little bit of a complicated question.
```

1   Certainly computation takes time.  There's kind of a whole

2   repertoire of techniques for trying to reduce the time

3   required by these language systems on -- when used in a

4   large-scale application like search.

5          But, yeah, computation takes time.

6      Q    And time is latency in terms of how long it takes

7   to pull up a search result?

8      A    Yes.  And, again, we should be careful because

9   when you do a search, many, many things happen in parallel.

10          So, for example, the DeepRank system which runs on

11  BERT, I believe that adds no latency to Google's search

12  results because we found a spot where we could run it in

13  parallel with other activities that take more time.

14          Latency is a challenge, but there are ways to

15  manage it to a degree.

16     Q    Okay.

17          And another consequence of the amount of

18  computation needed by a system like MUM is expense, right?

19  The systems are expensive?

20     A    Yes, these systems are expensive.

21     Q    When MUM was launched, Google still used more

22  traditional ranking systems, right, with respect to navboost

23  and QBST, certainly?

24     A    Yes, definitely.

25     Q    And you mentioned BERT again.  Any competitor can

```
 1    use BERT, correct?

 2         A    Yes.

 3         Q    But Google had a nice head-start on using BERT

 4    because of the amount of user data available to Google,

 5    right?

 6         A    I don't think that's true.

 7              I think Google's biggest advantage in using BERT

 8    early was that it invented BERT.

 9              The first two applications of BERT were in

10    WebAnswers, where I -- I don't -- I'm not sure if they used

11    user data at all.  ClicData isn't very useful for

12    WebAnswers.

13              And then the second application was DeepRank,

14    where we hustled, we got it launched.

15              I think Microsoft may have, after we launched and

16    announced it, said in some kind of press release, Well, we

17    did it first, but maybe my memory is not clear.

18         Q    If I could show you UPX193, which is a redacted

19    document, and it's in evidence.

20              MS. MURDOCK-PARK:  If I may approach, Your Honor?

21              THE COURT:  Yes.

22    BY MS. MURDOCK-PARK:

23         Q    And this is a document, Dr. Lehman, titled "Bullet

24    Points for Presentation to Sundar."

25              Do you see that?
```

1    A    Yes.

2    Q    This is a document that was in your files.

3         If we could highlight Bullet 4 where it says, "Any

4  competitor can use BERT or similar technologies.

5  Fortunately, our training data gives us a nice head-start.

6  We have the opportunity to maintain and extend our lead by

7  fully using the training data with BERT and serving it to

8  our users.  This needs multiple orders of magnitude more

9  hardware resources (mainly TPUs)."  Right?

10   A    Uh-huh.

11        MS. MURDOCK-PARK:  No further questions,

12 Your Honor.

13        MR. SMURZYNSKI:  Your Honor, since this document

14 was introduced for the first time on redirect, I'd like to

15 ask the witness one or two questions on it.

16        THE COURT:  Could I just ask a question of

17 Dr. Lehman first?

18        When you say "training data" in this bullet point,

19 what are you referring to?

20        THE WITNESS:  Yeah, I think that's a significant

21 thing.

22        So this document appears to be talking about the

23 application of BERT to WebAnswers, which was the first

24 application.  So, like, I think it says in Bullet Point 2,

25 "Applying BERT to WebAnswers demonstrated this huge coverage

1  increase."

2         And then the third bullet point says, "Early

3  experiments with BERT apply to several other areas of

4  search."

5         So I think it's talking about the use of BERT in

6  WebAnswers primarily and saying that we started exploring

7  its use in other areas.

8         So I think here, training data refers to the first

9  application, which is in WebAnswers.

10         So in that case, the training data would be this

11  large bank of query passage pairs, where people employed by

12  vendors hired by Google have marked the answers as good,

13  bad, or somewhere in between, and Google built up that bank

14  of training data over some years.  And I think that's what

15  it's referring to here.

16         I don't think it's referring to ClicData because,

17  for these cases where we show our best attempt at an answer

18  at the top of search results, ClicData is not very helpful

19  because if we show somebody an answer and it answers their

20  question, then they don't need to click.

21         Click is usually at least a weak indication that

22  they're not satisfied with the answer we provided.  So

23  there's a little bit of information.

24         My understanding of the value of user feedback in

25  this WebAnswer system is that it's much less than a ranking

1   of search results.  One person told me a click is worth

2   about a tenth.  Another person disagreed and said it's more.

3   I haven't worked on it and I don't know exactly.

4            But to answer your question directly, I think this

5   training data refers to human-rated answers.

6            THE COURT:  Do you have any follow-up questions,

7   Counsel?

8            MS. MURDOCK-PARK:  No, Your Honor, but we would

9   object to Google having a re-redirect since we asked

10  questions directly relevant to their cross, used a document

11  to do so.

12           MR. SMURZYNSKI:  Your Honor, you asked the

13  question I was going to ask, so I have no further questions.

14           THE COURT:  Okay.

15           All right.  Dr. Lehman, this means you are done.

16  Thank you very much for your time and your testimony, and

17  safe travels home.

18           THE WITNESS:  Thank you.

19           THE COURT:  Thank you.

20           All right.  Plaintiffs ready with their next

21  witness?

22           MR. HOFFMAN:  Yes.  Good morning, Your Honor.

23  Ian Hoffman for the United States of America.

24           Our next witness is Gabriel Weinberg.

25           So you know, Your Honor, we anticipate both an

```
 1    open session and a closed session.

 2              THE COURT:  Okay.

 3              MR. HOFFMAN:  I've been told the witness is in the

 4    hallway, Your Honor.

 5              COURTROOM DEPUTY:  Before you have a seat, please

 6    raise your right hand.

 7              (Witness is placed under oath.)

 8              COURTROOM DEPUTY:  Thank you.

 9              THE COURT:  Mr. Weinberg, welcome.

10              THE WITNESS:  Thank you.

11              MR. HOFFMAN:  May I proceed, Your Honor?

12              THE COURT:  You may.

13                          - - -

14    GABRIEL WEINBERG, WITNESS FOR THE PLAINTIFF, SWORN

15                    DIRECT EXAMINATION

16                          - - -

17    BY MR. HOFFMAN:

18        Q    Good morning, Mr. Weinberg.  My name is Ian

19    Hoffman, and I represent the United States of America in

20    this case.

21              Could you state your name and spell your name for

22    the Court, please.

23        A    Sure.

24              Gabriel, G-a-b-r-i-e-l, Weinberg, W-e-i-n-b-e-r-g.

25        Q    And where do you currently work, Mr. Weinberg?
```

```
 1        A     I work at DuckDuckGo.

 2        Q     And what is your role at DuckDuckGo?

 3        A     I am the CEO, and I founded the company too.

 4        Q     And in what year did you found DuckDuckGo?

 5        A     2008.

 6        Q     And where are DuckDuckGo's headquarters?

 7        A     Paoli, Pennsylvania.

 8        Q     And can you tell the Court what DuckDuckGo is?

 9        A     Sure.

10              So DuckDuckGo is the leading Internet privacy

11   company.

12              We're most well-known for our private search

13   engine.

14              Over the last several years, we have expanded the

15   product vision to be more the easy button for privacy is

16   what we call it.  Our flagship kind of product experience is

17   our free browser, which is a replacement for Chrome.  It has

18   the private search engine built in, along with about

19   12 other privacy protections that also protect your

20   browsing, email, other online activity.

21        Q     And how many people --

22              THE COURT:  I'm sorry to interrupt you.

23              I may have missed it.  What's the name of the

24   browser?

25              THE WITNESS:  DuckDuckGo.  Same name.
```

1    THE COURT:  Oh, same name, okay.  The browser and

2  the search engine are the same name?

3    THE WITNESS:  Yeah.  Our basic pitch is to be the

4  easy button.  And so not have multiple products, we have one

5  product, it's just like pressing the easy button.  You

6  download DuckDuckGo, you get everything.

7    THE COURT:  Got you.  Thank you.

8  BY MR. HOFFMAN:

9    Q    And how many people does DuckDuckGo employ today?

10   A    Right about 250.

11   Q    And how many searches does the DuckDuckGo search

12  engine run every day?

13   A    About a hundred million.

14   Q    One hundred million?

15   A    Yes.

16   Q    Okay.

17        How does DuckDuckGo generate its results?

18   A    So to kind of appreciate that, it might be useful

19  to give a little context.

20   Q    Sure.

21   A    It -- when search engines started back in the

22  '90s, there was like one index of links, and I think that's

23  how people still think about them.

24        But since about the mid-2000s, search engines

25  increasingly put these boxes on top of the results.

1    Sometimes they're on the side, down below, but a lot on top.

2            I'm going to call these search modules, but other

3    people refer to them as one boxes, sometimes the knowledge

4    graph collectively, instant answers.

5            So these search modules actually have their own

6    indexes.  So -- and there's about -- these are things like

7    maps, directions, weather, news, images, things like that.

8            I'd say there's about 20 of them that are

9    essential now.

10           So a search engine today doesn't really just have

11   one index, they're really operating with all of these kind

12   of dozens of indexes.

13           So when I started the company, this was one of the

14   thesis of the company originally was I thought these search

15   modules were the future of Search and I wanted to focus on

16   that because it was the innovative portion.  So I tried to

17   license the traditional links as soon as I could, at the

18   beginning, that was with Yahoo!.  Fast-forward to today,

19   it's pretty much the same.  We license the traditional links

20   from Microsoft, along with some other content, most notably

21   ads, and then we do most of the modules ourselves, which

22   means indexing, calling, as well as working with other

23   partners like we work with Apple for apps, for example.

24       Q    And when you say you license content from

25   Microsoft, is that from Microsoft's search engine Bing?

1    A      The Bing division within Microsoft.

2    Q      Okay.

3           And can you explain for the Court how search

4    results on DuckDuckGo differ from search results on Bing?

5    A      Sure.

6           Another kind of a nonintuitive piece of context

7    may be useful here.

8           So when you have a search results page, it's

9    intuitive that the further down the page you get, the less

10   things are going to be clicked on.  So it might be the case

11   that -- you might expect it to be the case that, you know,

12   things on the top of the first page may be clicked on two or

13   three times more than the bottom.  But in reality it's more

14   like 100X.

15          And the reason for that is the function that we

16   see empirically is about one-half -- things right below the

17   thing above it get about one-half the clicks.  So if the top

18   things gets, like, 100 clicks, the next thing will get 50,

19   25, et cetera.

20          So when you have -- with that context, if you take

21   two pages that look to a casual observer nearly identical

22   and you just flip the top two things, in practice, that's a

23   much different search experience.  And also from the pages

24   that those things are linking to would get much -- a lot

25   different traffic.

1    So with that in mind, we actually choose a lot of

2    different search modules to put on top of the page so that

3    creates a pretty distinct experience from Bing.  And as

4    I just mentioned, most of the search modules, we don't

5    actually get from Bing ourselves so that makes it more

6    different.

7    And then there's some other differences like the

8    links that we get from Bing and the ads are just sometimes

9    different.  So we display less ads on our site than Bing.

10   Also because we're private, you know, the links

11   themselves aren't changed around based on any profiling so

12   that'll make some differences.

13   And then finally like visual treatments are

14   different.  So fonts, colors, layouts, that kind of stuff.

15   Also subtle effects, there, can have huge differences on

16   what people click on.

17   Q    And with respect to the web index from Bing that

18   DuckDuckGo uses, why is it that DuckDuckGo licenses Bing's

19   web index rather than create its own?

20   A    Well, initially as I mentioned, like we had

21   limited resources and I wanted to focus on the -- what I

22   considered to be the innovative portion which were these

23   search modules.

24   Today, it's similar.  We -- it's a very expensive

25   proposition that we can't really afford.

1    But in addition, I'd say we get it from Bing with

2    the ads.  So in addition to links to monetize a search

3    engine, you need ads.  The ads itself have a very strong

4    network effect which is coalesced into two search ad feeds.

5    And then we kind of get the result -- get those

6    link results with the ads which is kind of further incentive

7    not to invest in that when we can invest in search modules.

8    Additionally we invest in other privacy technology

9    as well to make this privacy easy button that I was

10   mentioning earlier.

11   Q    And who does DuckDuckGo consider to be its search

12   engine competitors?

13   A    Really most of our users switch from Google.  So

14   like far and away, we consider Google just our competitor.

15   Other search engines that compete with us are

16   Bing, Yahoo!, Ecosia, and Brave are probably the main ones

17   in the U.S.

18   Q    Does DuckDuckGo consider vertical search engines

19   such as Amazon to be competitors that users are likely to

20   switch to or from?

21   A    No, not really.

22   Q    And today, what is DuckDuckGo's percentage share

23   of the overall U.S. search market?

24   A    We're about two and a half percent in the U.S.

25   Q    And which search engine has the largest percentage

1  of the U.S. search market?

2      A    Google.

3      Q    And does DuckDuckGo try to distinguish its search

4  engine from Google's search engine in any way?

5      A    Yeah.

6           I mean, in a word, it's privacy.

7           You want me to expand on that?

8      Q    Go ahead, please.

9      A    Sure.

10          I mean, so when you go online today, if you don't

11 do anything to protect yourself, it's as if someone is, you

12 know following you around everywhere you go, everything you

13 do and recording that, really, every second.

14          All this information is then added together into,

15 you know, what I would think of as a huge dossier about you

16 or what we would call an online profile.

17          So if you use Google, that is, you know, your

18 search history and most of your browsing history based on

19 what you click on, and from their other products, location

20 history, purchase history as well.  So these profiles can

21 basically be directly used to cause you harm.

22          So, for example, the ad targeting that is enabled

23 by them have been tied to discrimination for just access to

24 essential goods and services like jobs, housing, education,

25 healthcare, even financial products.

1     Additionally, it can be used to charge you

2  different prices as based on your profiles.

3     And then for Search in particular, I mean, there

4  are many of these harms but relating to Search, as I

5  mentioned earlier from Bing, you know, results may differ

6  based on your profile.  So your results may be manipulated,

7  from our perspective at least, based on your user profile

8  without you knowing about it which can bias your kind of

9  conclusions from your search results.

10     So generally we find that a large percentage of

11  Americans would like to avoid these harms.  And so to

12  distinguish that on DuckDuckGo, we don't do any profiling at

13  all.  In fact, we don't have any individual user, browser,

14  or search histories.  A way to think about it is every time

15  you search on DuckDuckGo, it's like it's your first time or

16  sometimes we say, you know, if 100 people search for cat

17  pictures today, we don't really know whether it's like one

18  person or 100 different people.

19     And then I would say also besides harms, just

20  privacy gives you benefits.  A lot of people from some

21  research we do, do not like ads that follow them around the

22  Internet all the time.  And so if you use our browser and

23  search engine, you effectively avoid what we call these kind

24  of creepy ads, and that's just a more pleasant experience

25  overall.

1    Q    And do any of DuckDuckGo's search engine

2    competitors offer by default the level of privacy that

3    DuckDuckGo's search engine offers?

4    A    No, I don't believe so.

5         I mean, there are some other private search

6    engines to varying degrees, like Brave offers some privacy,

7    Ecosia offers some privacy, but we don't think to the level

8    that we do.

9    Q    And does Google offer by default the level of

10   privacy that DuckDuckGo's search engine offers?

11   A    No.

12   Q    Does Google offer, even if a user selects the most

13   secure privacy options, the level of privacy that DuckDuckGo

14   offers its users by default?

15   A    I don't believe so, no.

16   Q    And why is that?

17   A    Because we've done several studies over the years,

18   for example, this notion of changing results around when,

19   based on your user profile, which we would call the filter

20   bubble, because it kind of puts you in a bubble based on

21   your profile and other results are filtered out -- we did

22   two pretty deep studies of that in 2012 and 2018, and in

23   that study we looked at people who were signed out, in

24   incognito mode on Chrome, and found still individual results

25   they were getting were very similar to the signed-in mode

1   relative to other people right around them that were not.

2   And so we controlled for things like location, time of day,

3   missing -- all variables we could think of and that was the

4   only thing remaining.

5       Q    So you described some studies that DuckDuckGo has

6   done.

7            Has DuckDuckGo conducted any studies to evaluate

8   search engine users' level of concern about Internet

9   privacy?

10      A    Yeah.

11           I mean, when we started, there really wasn't a lot

12  of consumer privacy research.  So I'd say just in the last,

13  probably since around 2016 when we got really serious about

14  working on this easy button, we've probably done over 50

15  large scale surveys of the American population.

16      Q    And before you go on and tell us at a high level

17  what those studies have found, can I ask you to describe how

18  DuckDuckGo performs those studies?

19      A    Sure.

20           We generally commission them with a survey panel

21  company who then demographically adjusts them for the

22  American population.  We don't conduct them ourselves.

23           And, you know, we have our own user insights team

24  who -- kind of professional survey people.  And then

25  sometimes we've also commissioned the entire survey from an

```
 1   external research firm.
 2        Q     Okay.
 3              And now back to the question.  At a high level,
 4   what have these studies shown?
 5        A     So at a high level, it shows about 30 to
 6   40 percent of Americans have a strong preference for search
 7   privacy.  To give you some color to that, we often ask a
 8   question, if a new search engine were to come along, pick
 9   the top factor that would motivate you to switch search
10   engines.  And if you've already switched before, what was
11   that factor.
12              So factors include, there's a little more precise
13   language than this in the question, but they're essentially
14   better results; better privacy; fewer ads; better connection
15   to the social values of the company, like climate change;
16   better design; better customization options; and an other
17   category.  So you might expect that better results would be
18   the number one thing that people pick.  That is not what we
19   find.
20              Consistently, we find better privacy as the pick,
21   the number one factor, about 40 percent of the time.  Better
22   results comes in at number two at about 25 percent.  Fewer
23   ads is at 15 percent.  And then all the rest of the
24   categories, so that ads up to 80, are about 20.  So that's
25   one data point.
```

1     The second one that I would give you would be --
2  because people -- often what we hear from that is, like,
3  what people say or people do online may be different.  So we
4  also try to ask very specifically, like, what people are
5  doing and recite back behaviors to us.  So we ask things
6  like, do they regularly clear cookies, do they -- have they
7  ever downloaded a privacy app or extension.  Have they ever
8  subscribed to, like, a privacy app or service.  And we have
9  a number of these.
10     If people say they've done several of them, we put
11  them in what we consider more our target market which is the
12  care and act on privacy group, so they not only have
13  expressed concern, but they've expressly taken actions that
14  show that concern.
15     That comes out about right now at least around a
16  third of Americans and it's been steadily climbing since we
17  started doing this about ten years ago.  So both of those
18  triangulate around the same, I'd say between 30 to
19  40 percent of Americans showing a pretty strong privacy
20  preference for search engines.
21  Q     And has DuckDuckGo --
22     THE COURT:  Counsel, I'm sorry, can I help
23  interrupt?
24     We're a little bit past 11:00, so we're going to
25  take our morning break.  It's 11:00 -- a little after 11:05,

 1  so we'll resume a little after 11:20.

 2           COURTROOM DEPUTY:  All rise.  The court stands in

 3  recess.

 4           (Recess from 11:06 a.m. to 11:22 a.m.)

 5           COURTROOM DEPUTY:  All rise.  The Honorable

 6  Amit P. Mehta presiding.  Again, in session.

 7           THE COURT:  Thank you, all.  Please be seated,

 8  everyone.

 9           All right.  Mr. Hoffman, whenever you're ready.

10           MR. HOFFMAN:  Thank you, Your Honor.

11  BY MR. HOFFMAN:

12      Q    Mr. Weinberg, when we left off, you were answering

13  the question of whether DuckDuckGo had done any studies

14  about users' concerns about Internet privacy.  Had you

15  finished your answer?

16      A    I think so.

17           I mean, I -- conclusion is about 30 to 40 percent

18  of Americans express a strong preference for search privacy.

19      Q    Okay.

20           Then let me ask you this:  Has DuckDuckGo always

21  been a privacy-focused search engine?

22      A    We became privacy focused in around 2010.  So

23  about a year and a half after I started the company.

24      Q    And in 2010 when DuckDuckGo began to emphasize

25  Internet privacy, did that affect the number of searches run

1   on DuckDuckGo?

2       A    Yeah.

3            I mean, early on, we had very little searches,

4   just all around.  And mainly early adopters are coming to us

5   for a variety of reasons, including like the search modules

6   I was referring to earlier.

7            Over that time period, privacy became the salient

8   feature and the reason why most people were switching to

9   DuckDuckGo, and it's just been increasing since.

10      Q    Were there any events you observed that made

11  privacy more relevant to consumers?

12      A    Yeah.

13           I mean, so it was a -- it was more of a hidden

14  issue that people weren't really talking about, I'd say

15  before Snowden in 2013.

16           2013, that -- the Snowden revelations created an

17  international press moment for -- really for an entire year,

18  and that educated a lot of people about certainly government

19  surveillance going on.

20           And then, really from then, awareness of privacy

21  has ticked up slowly over time, over that entire decade,

22  2013 to now.

23           The other big moment where there was a really

24  increased amount -- I'd say a lot of this was driven by,

25  again, press -- was Cambridge Analytica in 2018.  So that

1    really kicked off almost two years, up until the pandemic

2    started, of nonstop privacy revelations in news -- you know,

3    in the media.

4        Q    And you referenced the Snowden revelations.  At a

5    high level, what were those?

6        A    Edward Snowden was a whistleblower who released a

7    lot of secret documents that showed a bunch about government

8    surveillance programs.

9            One of the programs called -- which is relevant to

10   this, called PRISM, was about the government requesting kind

11   of direct access to big technology companies, including

12   Google, so they could get -- easily search email history,

13   that kind of thing.

14       Q    And you referenced Cambridge Analytica and

15   revelations there.  Can you tell the Court what the

16   revelations were in Cambridge Analytica?

17       A    Sure.

18           Cambridge Analytica was more about Facebook, and

19   some researchers had been using some Facebook data to

20   profile American citizens and for political purpose and,

21   arguably, influence the election.

22           I think it opened up people's eyes a bit wider,

23   though, to kind of what user data was out there, how

24   companies could get access to it through APIs, how it was

25   kind of floating around.

1           And so since then, the coverage has been way wider

2    as to what data is out there, how does it get leaked, how

3    does it line up in other places, that kind of thing.

4       Q    So we've talked about the level of privacy the

5    different search engines provide.  Let's talk now about the

6    level of privacy that Internet browsers provide.

7           In your experience, Mr. Weinberg, do leading

8    Internet browsers generally have privacy modes?

9       A    I would say, yeah, most major browsers have a

10   privacy mode.  I don't necessarily believe it provides much

11   privacy protection, but they have a mode.

12      Q    And can you explain why you don't believe that

13   most privacy modes offer privacy protection?

14      A    Yeah.

15          I mean, historically when they started -- this is

16   kind of another -- things were different a long time ago,

17   right?

18          So when the private mode first kicked off, there

19   wasn't as much online tracking going on.  And so the mode

20   was more about wiping your local history.  And so if you

21   used the private browsing mode and then closed the window,

22   that history would be wiped such that, you know, your spouse

23   or someone in your household couldn't see your browsing

24   history.

25          But over time, the real privacy threats were more

1   online and websites tracking you behind the scenes.  The

2   privacy modes did nothing to prevent any of this tracking.

3           I'd say after many years of complaining about this

4   and at least one class-action lawsuit, major browsers have

5   started to put some privacy protection in privacy mode but

6   definitely not enough to stop the privacy harms I was

7   talking about earlier, and generally no search privacy in

8   the mode.

9       Q    And just for reference, do you know the name that

10  Apple gives the privacy mode in its Safari browser?

11      A    I think they just call it private mode.

12      Q    Okay.

13           And the same question for Google's Chrome browser?

14      A    Google calls it incognito mode.

15      Q    And do you know the name that Mozilla's Firefox

16  browser uses?

17      A    I'm not sure if they have a name for it.  I think

18  it's just like new private tab, new private window.

19      Q    Okay.

20           And you said earlier that DuckDuckGo also operates

21  a browser.  Does DuckDuckGo's browser have a privacy mode?

22      A    Our goal is to offer privacy by default.  So all

23  our privacy protections are available in all of our windows.

24      Q    Okay.

25           And when you say privacy by default, what does

1   that mean?

2       A    I mean, when you install the product, you don't

3   have to go into a privacy mode or mess around with settings

4   to make the browser private, it just starts with the privacy

5   protections on by default.

6       Q    Now, Mr. Weinberg, is it possible that even if a

7   browser is set to privacy mode, that a search engine could

8   still track a user's private information?

9       A    Yes.

10      I mean, oftentimes the browser and the search

11  engine are different companies, and so they're not even

12  coordinating.  It just -- generally when you go into a

13  private mode, the browsers aren't stopping online tracking.

14  And so they wouldn't be stopping the search engine that you

15  visit, which could be any search engine, from doing anything

16  on their website.

17      Q    And are there ramifications for the privacy of a

18  consumer who pairs a browser set to privacy mode with a

19  search engine that tracks personal information?

20      A    Yes.

21      I mean, all the harms I was talking about earlier,

22  a lot of them stem from searching and search privacy.  So,

23  you know, if you search for something in private mode, it

24  could follow you around.  Like we were talking about with

25  ads, it could -- those ads could be discriminatory.  Things

1    could still be added to your profile that could be used for

2    changing your search results, like I was talking about,

3    incognito mode.  All of those, tracking could still be

4    happening.

5        Q    Earlier you described some studies that DuckDuckGo

6    has commissioned.  Has DuckDuckGo commissioned studies

7    regarding consumer misconceptions about privacy protections

8    offered by browsers set to a privacy mode?

9        A    Yes.

10           Specifically we went pretty deep into this issue

11   in 2016, and put out a detailed white paper in 2017, that

12   was based on a number of surveys.

13           In general, we found that usage of these modes was

14   very high.  I recall something like 45 percent of people

15   saying they used them at some point.

16           There was wide misconceptions about what they do.

17   So we kind of asked people to check off what it did, and the

18   majority of people could not identify what it actually did.

19           A primary misconception was this search privacy

20   issue you're asking about where people thought their

21   searches would be anonymous in private browsing mode, when

22   they're not.

23           We then went on to ask people -- to tell people

24   what it actually did and then ask people how they felt about

25   it and to identify kind of from a range of emotions, and

```
 1    people generally, again, the majority, felt kind of a range
 2    of negative emotions, confused, misled, that kind of thing.
 3         Q    And did DuckDuckGo study whether informed
 4    consumers would prefer to pair a browser in privacy mode
 5    with a search engine that does not track private
 6    information?
 7         A    Yes.
 8              I mean, generally -- and that was part of the
 9    reason why we're doing this study in particular was, we had
10    a hunch that that was the case.  And, you know, we were
11    trying to make the case to browsers to use us in private
12    mode, and so that is what we found.
13         Q    And for a consumer who prefers pairing a browser
14    in privacy mode with a privacy-focused search engine, is it
15    easy for them to switch device defaults to a search engine
16    like DuckDuckGo?
17         A    No.  I mean, it's generally impossible.  There's
18    no -- there's generally no separate setting for a search
19    engine in private mode versus regular mode.
20         Q    All right.  Well, let's talk about potential
21    methods of extending the reach of DuckDuckGo's search
22    engine.
23              Has DuckDuckGo sought to have its search engine
24    included as an option on any choice screen menus?
25         A    Yes, in Europe.
```

1   Q    And what happened there?

2   A    There was an antitrust case in 2018, and Google

3   put forth their own remedy of a choice screen, which we --

4   we have no formal role in this process.  We weren't kind of

5   asked about it.  The EC Commission didn't really include us

6   in the negotiations.  So from our point of view, it was kind

7   of immediately flawed.

8        The first version, they wanted to charge us money

9   to participate way more than the profits we make per user.

10       So that and many other things, issues with it,

11  we've been complaining about.

12       The only thing that's really changed is it became

13  free, but we think it's still not designed very well.  But

14  we participate now because it's free.

15  Q    Okay.

16       Is DuckDuckGo a non-default search option in any

17  browser?

18  A    Yes.

19  Q    And how effective is it for gaining traffic to be

20  a non-default search engine in a browser?

21  A    In general, just being made the option we found

22  not very helpful because users find -- we can't very well

23  instruct people to go to those settings.

24       There's one exception to that, which is there are

25  browsers where -- and iOS is one of these -- where it is

1    impossible to set the search engine unless you're an option.

2    And so that gives us some boost because otherwise, it was

3    completely impossible.

4           But generally, we find just being an option

5    doesn't give us that much.

6    Q    Do you find any roadblocks that consumers have in

7    resetting defaults?

8    A    Yeah.

9           I mean, I -- so I'd say broadly, the search

10   defaults are kind of the primary barrier for people

11   expressing their search privacy.

12          They're -- like -- as I was just saying, they're

13   extremely powerful.  We find it empirically hard to get

14   people to switch.

15   Q    And could you expand on why it's difficult to get

16   people to switch defaults?

17   A    Sure.

18          So I think there's a few nuances to this.

19          First, it just -- as a practical matter, there's

20   too many steps to get a full substitution of DuckDuckGo to

21   Google.

22          This is because -- Google to DuckDuckGo.

23          This is because there's just so many devices and

24   search defaults.

25          So if you think about it, a typical user is going

1    to have multiple devices they interact with across home,

2    work, family, phone, tablet, desktop, laptop, somewhere

3    between three to seven devices, I would say routinely.

4            Each one of these devices has multiple search

5    defaults on it, the browser defaults and the operating

6    system defaults, some people use multiple browsers,

7    et cetera, sometimes there's multiple search results per

8    device.

9            And so if you just switch one default, say, like,

10   the Android widget, that's just a small fraction of the

11   users' queries, that's not a full substitution of Google to

12   DuckDuckGo, because they're still using and interacting with

13   all their other browser and search defaults.

14           So to really get them to have a real substitution,

15   a real substitute of products, you'd have to switch all the

16   search defaults that they regularly interact with.  That's

17   now on the order of like 30 to 50 steps, not like three to

18   five.  And it's just too many steps.  So, like, that's what

19   we're seeing empirically.

20           We have survey data, we don't have any user data,

21   but we do these surveys of the American population again --

22   we do a lot of surveys because we don't have any user data

23   to see what usage DuckDuckGo gets and, like, how people are

24   using it.  We can segment those surveys by our most avid

25   users.  So these are users who love our search results, they

1 are recommending us multiple times a month to friends and

2 family.  This is like the top end of the range.

3          These people still aren't switching all their

4 search defaults.  They are routinely reporting to us that

5 they're full-time on, say, mobile but not Desktop or they're

6 full-time on one browser but not another.  And so that's why

7 I say kind of empirically, it just is not happening.

8          Two other nuances that might be worth mentioning

9 is -- that we run into is, I think you just said, you know,

10 it resets sometimes.  So that definitely happens.  So like

11 on browser and operating system updates, the default can

12 reset.  Search functionality can also change which is kind

13 of like a de facto reset.  There's a new access point added

14 or it's a little different, and so there's a justification

15 to kind of reset it.

16          What this means essentially is, if you switch some

17 of these defaults, eventually you're going to be forced back

18 on to Google if you do nothing.

19          And then finally I'd say, it's all just way harder

20 than it needs to be.  So on Android, we find it takes

21 currently 15 plus steps, there's more taps if you count all

22 the taps, just to switch everything you can and not

23 everything is switchable like the assistant, for example.

24          But it could be easy.  So it could be the case.

25 Imagine for a second that you had an operating system

1    setting that switched all the search defaults across the

2    device in actually one step, and now imagine that if you

3    downloaded our app or website, we could take you -- or you

4    downloaded our app or went to our website, we could take you

5    to that setting in one click.  That's how easy it could be,

6    but it just doesn't work that way.

7        Q    Is that your choice that it doesn't work that way?

8        A    No.

9        Q    Is there any browser where DuckDuckGo is the

10   default option today?

11       A    I believe we're the default in the Tor browser,

12   which is a privacy focused browser.

13           THE COURT:  I'm sorry, can you spell that browser?

14           THE WITNESS:  T-o-r.

15   BY MR. HOFFMAN:

16       Q    And what percentage of the U.S. browser market

17   does Tor have today?

18       A    Some immeasurable small amount.  I don't know if

19   it's measurable.

20       Q    Well, what have you found to be the most

21   successful method of distributing DuckDuckGo's search

22   engine?

23       A    When we've been the default for brief periods in

24   different times, that's been the best method.

25           Like in this Tor example, even, we weren't the

1962

1    default and then we were the default.

2            Brave made us the default in some countries for a

3    brief period of time.

4            And so we had kind of a taste of what that looks

5    like.  I'd say that's the best way.

6    Q    And is DuckDuckGo search engine the default in the

7    DuckDuckGo browser?

8    A    Yes.

9            I would say that, as I was mentioning earlier,

10   like, it's an all in one privacy product.  So we believe

11   search privacy is essential to get the value proposition of

12   the product.

13   Q    And are there any challenges in trying to

14   distribute the DuckDuckGo browser?

15   A    Yeah.

16           I mean, so, in fact, we made the browser in

17   part -- in large part because of the friction in search

18   defaults.  So believe it or not we find it easier to get

19   people to adopt our browser than to get people to try to

20   convince them to switch to different search defaults.

21           The browser faces its own issues, though, like,

22   for example, it's hard, in some case, to switch the browser

23   default in a similar way.

24           Also, we face competition from Google's use of

25   their other properties, like if you go to Gmail or YouTube,

1    they'll ask you to download Chrome constantly if you're on

2    another browser.

3              THE COURT:  I just want to add, just as a

4    practical question, if I go to an app store and download

5    DuckDuckGo, the DuckDuckGo app is both a browser and search

6    engine or is it just search engine?  Can you tell me what

7    gets downloaded?

8              THE WITNESS:  Yeah, I mean, I think that it's a

9    browser, but it has the search engine built in.

10             I mean, all the browsers since about 2010 have

11   that address bar where you just type, search right into the

12   address bar.

13             THE COURT:  Right.

14             THE WITNESS:  So it's both.

15             THE COURT:  It's both.

16             THE WITNESS:  Yeah.

17             THE COURT:  I wanted to confirm that.  Thank you.

18   BY MR. HOFFMAN:

19        Q    Now, Mr. Weinberg, without naming names and we'll

20   get into that in the closed session later, has DuckDuckGo

21   ever pitched the idea of being the default in a browser's

22   private browsing mode?

23        A    Yes.

24             I mean, we -- after doing -- we had the hunch

25   about people's expectations there, we confirmed it in our

```
 1   research.  And so we thought it was a great pitch to
 2   browsers honestly where -- and the pitch was essentially,
 3   hey, we have direct evidence that we think you're misleading
 4   your users, like, your users think they're getting search
 5   privacy in this mode but they're not, you should really use
 6   a private search engine and we really took that pitch pretty
 7   far and wide.
 8       Q    And when DuckDuckGo made that proposal to
 9   different browsers, did it face any obstacles?
10       A    Yes.
11            I mean, we generally saw a lot of interest.
12   I mean, I think there was a lot of genuine concern about
13   search privacy.
14            But pretty much with all the major browsers, at
15   least, we hit an obstacle with their people's Google's
16   contracts.
17            And we ultimately decided, this was after like
18   three years of trying this, that it was a quixotic exercise
19   because of the contracts.
20            MR. HOFFMAN:  Okay, Your Honor, at this time, that
21   concludes the questions that I think I'm allowed to ask in
22   open court.  I think my colleague from the states has some
23   open court questions and then we could resume in closed
24   session?
25            THE COURT:  Okay.
```

1        MR. CONRAD:  Good morning, Your Honor.  Joseph

2   Conrad for the State of Nebraska and for the plaintiff

3   States.

4        THE COURT:  Good morning.

5   BY MR. CONRAD:

6   Q    Good morning, Mr. Weinberg.

7        First, if you could just satisfy my curiosity,

8   I've been sitting there just curious.

9        What prompted you to name the company DuckDuckGo?

10  A    Oh.

11       Unfortunately it was not a great story.

12       The mascot -- the idea for a mascot came before

13  the name, wanted a cute mascot, tried to think of a name

14  that would go with the cute mascot.

15  Q    Got it.  Thank you.

16       So you talked with my colleague, I think, about

17  what you referred to as search modules.  And could you

18  explain where you get the content that fit into those

19  modules?

20  A    Sure.

21       I mean, as I was saying, there really are many

22  dozens of distinct types of search modules, and each one has

23  its own index, so if you want to get really complicated, set

24  of indexes sometimes.

25       And so because of their vertical nature they're

1    going to come, each one is going to be pretty different as

2    to what the content is going to be.

3            I referenced Apple for maps.  You know, we

4    partnered with Tripadvisor, some of them, like, FAQs -- some

5    of them, like, Calculator, we'll just make ourselves.

6    Something like info about people and places, we generally

7    get from Wikipedia but that's from indexing ourselves, not

8    from them directly.

9    Q    And what motivated DuckDuckGo to first develop

10   these features, or excuse me, those modules?

11   A    Well, I actually started myself.  The whole reason

12   for starting the company myself was to improve my own Google

13   results initially.  And part of the initial motivation was

14   actually going to Wikipedia a lot.  So the first code that I

15   ended up writing was crawling and indexing Wikipedia and

16   making search models for Wikipedia and putting them on top

17   of the search results.

18   Q    And how did that strategy develop over time?

19   A    We -- I thought it was the future.

20           We ended up really making that a core strategy of

21   the company early on from, like, 2000 maybe -- let me get

22   the dates wrong, '11 to '14 maybe.  And we actually created

23   a whole open source platform where developers could code all

24   sorts of different search modules for us and the idea was to

25   get pretty niche modules.  We ended up with basically

1   thousands of these in the end.

2           All sorts of things, like, if you were into a

3   certain programming language, you might have the programming

4   language for that -- modules for that programming language

5   documentation.  Or if you were really into Pokémon cards or

6   something, we could have a Pokémon directed search module.

7           It ended up not being as attractive a way to get

8   people to switch search engines as I would have liked so we

9   stopped focusing on it as much but that was kind of the

10  strategy at that time.

11      Q    And does DuckDuckGo continue to develop these

12  modules?

13      A    Yeah.

14          We -- I had mentioned earlier there's about 20

15  that I think are essential so we now focus our efforts on

16  those essential ones and we continue to develop them.

17      Q    And does DuckDuckGo do any testing or

18  experimentation with regards to these modules?

19      A    Yes.

20      Q    And can you just explain for the Court what this

21  testing or experimentation looks like?

22      A    Sure.

23          I mean, there's not just one type of

24  experimentation or test.  We will -- I think the most common

25  would be like an AB test or what they call a split test

1    where you have two versions of something going on at once

2    and you're looking at what people are clicking on or

3    engaging with on both versions and seeing which one is

4    better by whatever endpoint you want.

5              We also will do other things, though.  We'll do a

6    qualitative test by having people walk through things and

7    tell us what they're thinking or seeing.  We'll do survey

8    tests, like I was -- like, surveys like I was talking about

9    before.  There's a wide range of methodologies you could

10   use.

11       Q    And does the number of users that DuckDuckGo

12   impact the quality of the testing or experimentation it

13   conducts?

14       A    Yeah.

15            I mean, we are very limited in the amount of

16   on-site experimentation we can do, which is partly why we

17   use all these other methodologies to try to be a proxy for

18   what we could get if we could run more AB tests live on the

19   site.

20       Q    Thank you.  Those are my questions.

21            THE COURT:  Can I ask one question, one additional

22   question, which is -- and you may have answered this, I

23   apologize.

24            In terms of search quality and the quality of

25   results, what does DuckDuckGo do with the data it receives

1    from Bing to create its own search results page?

2                 THE WITNESS:  So --

3                 THE COURT:  And to distinguish its search results

4    page?

5                 THE WITNESS:  Yeah.

6                 So we're only getting some of the information that

7    we need to make a search result page from Bing.  We're

8    mainly getting the traditional links and ads.  So all these

9    search modules we have to do ourselves.

10               And so we have to develop -- and I'd say a large

11   part of the technology is developing a relevancy engine of

12   where to place what on the page.  Like, do you put maps on

13   top of the links here, or should you put it under the third

14   link.

15               And if you don't put the thing that people want on

16   top, because of the way people click, so much -- and it gave

17   so much more than the thing on top, you have a perceived

18   quality issue.

19               I would also say, though, that, like, I don't

20   believe there's an overall metric for quality.  I think

21   it's -- each query is kind of subjective to some degree,

22   and, you know, each vertical has its own metrics.  So it's

23   not like we're -- we can make a topline measurement of it.

24               THE COURT:  So if somebody were to enter a query

25   that would fall outside the modules that you've referred to,

1   the 20 or so that you focus on, what would the search

2   results be and where would they come from?

3            THE WITNESS:  Yeah.

4            I mean, I would say they're mainly from Bing at

5   that point.

6            Most searches, I think, now have modules on them.

7   And so, like, if you -- say my Google and Bing, if you

8   search almost any query, there's going to be other stuff on

9   the page.  So that's becoming a more rare experience.

10           But if you just have traditional links, we would

11  be getting those from Bing.

12           There are some changes, like I was saying, that

13  might be different.  The ones that Bing sends us and what

14  they would display for themselves might be different because

15  of, say, like privacy.

16           There are also some other differences that there

17  might be, we have some flexibility around that.

18           THE COURT:  And when you say "traditional links,"

19  I'm not -- can you expound on what you mean by that?

20           THE WITNESS:  Yeah.

21           Otherwise referred to as kind of the 10 blue

22  links.  I think those are the links that people think about

23  when they think about search engines.  They don't often

24  think about the modules, which is why I was talking about

25  them.

 1          And so I just mean like regular links to websites.

 2          THE COURT:  Right.  What we've been referring to

 3  as sort of organic --

 4          THE WITNESS:  Organic links.  Yeah, that would be

 5  a good term, yeah.

 6          THE COURT:  All right.

 7          All right.  Thank you.  I appreciate that.

 8          All right.  So why don't we go ahead and then move

 9  into closed session, and we'll ask if you are not associated

10  with any of the parties or with DuckDuckGo, to please exit

11  from the courtroom.  Thank you.

12          (Sealed closed session)

13  ███████████  ███████████████████████

14  ██████████████████████████████████████

15  ███████████████████████████████████████

16  ███████████████████████████████████████

17  ██████████████████████████████████

18          ███████████  ████████

19          ███████

20          ███████████  ████████████████████

21  ███████████████████

22          ███████████  █████████████████

23          ███████

24          ███████████  ██████████████████

25  ██████████████████

1972



1973



1974

1975



1977

1978



1979



1980



1981



1982



1983



1988



1989

1990

1991



1992

1993



7        (Recess from 12:25 p.m. to 1:30 p.m.)

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__September 21, 2023___      

                  William P. Zaremba, RMR, CRR

1995

**BY MR. CONRAD:** [1]
1965/5
**BY MR. HOFFMAN:**
**[13]** 1936/17 1938/8
1949/11 1961/15
1963/18 1972/11
1977/12 1982/11
1985/16 1986/9
1989/13 1991/9
1991/15
**BY MR.**
**SMURZYNSKI: [9]**
1895/8 1897/12 1902/7
1903/5 1905/17 1912/4
1917/14 1917/20
1922/21
**BY MS.**
**MURDOCK-PARK: [4]**
1893/1 1894/22 1926/3
1932/22
**COURTROOM**
**DEPUTY: [7]** 1889/3
1889/7 1936/5 1936/8
1949/2 1949/5 1993/5
**MR. CAVANAUGH: [1]**
1917/10
**MR. CONRAD: [1]**
1965/1
**MR. HOFFMAN: [15]**
1935/22 1936/3
1936/11 1949/10
1964/20 1971/22
1971/24 1972/2
1972/10 1981/14
1981/19 1981/23
1991/13 1991/23
1992/8
**MR. SAFTY: [5]**
1975/20 1981/20
1988/23 1992/1
1992/16
**MR. SCHMIDTLEIN:**
**[1]** 1989/4
**MR. SMURZYNSKI: [9]**
1889/18 1903/2
1905/15 1909/17
1916/24 1917/18
1924/2 1933/13
1935/12
**MS.**
**MURDOCK-PARK:**
**[12]** 1889/24 1890/3
1892/23 1894/21
1917/3 1917/7 1924/8
1924/12 1924/15
1932/20 1933/11
1935/8
**THE COURT: [74]**
1889/5 1889/14
1889/21 1889/25
1892/22 1894/20
1895/4 1896/20
1897/11 1899/22
1899/25 1901/12
1902/5 1902/25 1903/4
1909/18 1917/5 1917/9
1917/11 1924/4 1924/7

1924/18 1924/24
1925/23 1932/21
1933/16 1935/6
1935/14 1935/19
1936/2 1936/9 1936/12
1937/22 1938/1 1938/7
1948/22 1949/7
1961/13 1963/3
1963/13 1963/15
1963/17 1964/25
1965/4 1968/21 1969/3
1969/24 1970/18
1971/2 1971/6 1971/13
1971/20 1972/1 1972/5
1972/8 1973/24
1975/22 1981/22
1981/24 1982/2 1982/6
1985/5 1985/15 1986/6
1986/8 1988/21 1989/1
1989/6 1991/2 1991/8
1992/6 1992/20
**THE WITNESS: [35]**
1892/25 1896/24
1899/24 1900/11
1901/17 1909/23
1924/6 1924/22
1924/25 1933/20
1935/18 1936/10
1937/25 1938/3
1961/14 1963/8
1963/14 1963/16
1969/2 1969/5 1970/3
1970/20 1971/4
1971/18 1972/4
1973/25 1976/1
1981/17 1982/1 1982/3
1982/9 1985/10 1986/7
1989/9 1991/4

**'**

**'11 [1]** 1966/22
**'14 [1]** 1966/22
**'90s [1]** 1938/22
**'stealing [1]** 1926/20

**0**

**0340 [1]** 1886/4

**1**

**10 [1]** 1896/6
**10 blue [1]** 1970/21
**100 [3]** 1940/18
1944/16 1944/18
**100 percent [1]**
1901/25
**10036-6710 [1]**
1886/19
**100X [1]** 1940/14
**11 [1]** 1913/16
**1100 [1]** 1886/3
**1133 [1]** 1886/18
**11:00 [2]** 1948/24
1948/25
**11:05 [1]** 1948/25
**11:06 [1]** 1949/4
**11:20 [1]** 1949/1
**11:22 [1]** 1949/4

**12:25 [1]** 1993/7
**12th [1]** 1887/3
**1300 [1]** 1886/14
**15 [2]** 1896/6 1960/21
**15 percent [1]** 1947/23
**19 [1]** 1901/2
**1:30 [1]** 1993/7

**2**

**20 [6]** 1895/20 1895/20
1939/8 1947/24
1967/14 1970/1
**20-3010 [1]** 1885/4
**2000 [1]** 1966/21
**20001 [1]** 1887/12
**20005 [1]** 1887/4
**2000s [1]** 1938/24
**20024 [1]** 1887/7
**2008 [1]** 1937/5
**2010 [3]** 1949/22
1949/24 1963/10
**2012 [1]** 1945/22
**2013 [3]** 1950/15
1950/16 1950/22
**2014 [1]** 1912/11
**2016 [7]** 1905/25
1906/12 1908/13
1909/21 1916/15
1946/13 1955/11
**2017 [1]** 1955/11
**2018 [8]** 1910/1
1912/12 1921/11
1921/18 1923/13
1945/22 1950/25
1957/2
**202 [5]** 1886/4 1886/8
1887/4 1887/8 1887/13
**2021 [6]** 1912/15
1920/17 1920/25
1921/3 1923/16
1923/18
**2022 [1]** 1923/14
**2023 [2]** 1885/5 1994/7
**203 [1]** 1930/20
**20530 [1]** 1886/8
**21 [2]** 1885/5 1994/7
**212 [1]** 1886/20
**2200 [1]** 1886/19
**228 [2]** 1902/22 1903/3
**25 [1]** 1940/19
**25 percent [1]** 1947/22
**250 [1]** 1938/10
**26th [1]** 1921/11
**2793 [1]** 1886/20

**3**

**30 [4]** 1947/5 1948/18
1949/17 1959/17
**300 [1]** 1897/2
**3010 [1]** 1885/4
**301st [1]** 1897/3
**307-0340 [1]** 1886/4
**3249 [1]** 1887/12
**333 [1]** 1887/12
**335-2793 [1]** 1886/20
**354-3249 [1]** 1887/13

**40 percent [4]** 1947/6
1947/21 1948/19
1949/17
**434-5000 [2]** 1887/4
1887/8
**445-8082 [1]** 1886/8
**448 [1]** 1917/16
**45 percent [1]** 1955/14
**450 [1]** 1886/7

**5**

**50 [4]** 1909/12 1940/18
1946/14 1959/17
**5000 [2]** 1887/4 1887/8
**508-6000 [1]** 1886/15
**51 [1]** 1929/20
**57 [1]** 1930/5
**5th [1]** 1886/7

**6**

**60 [2]** 1909/12 1915/15
**6000 [1]** 1886/15
**6710 [1]** 1886/19
**680 [1]** 1887/7

**7**

**720 [1]** 1886/15
**725 [1]** 1887/3
**7th [1]** 1886/14

**8**

**80 [1]** 1947/24
**80203 [1]** 1886/15
**8082 [1]** 1886/8
**8907 [1]** 1930/5

**9**

**904 [1]** 1906/11
**905 [1]** 1907/18
**907 [1]** 1929/19
**919 [1]** 1908/16
**9:45 [1]** 1885/6

**A**

**a.m [3]** 1885/6 1949/4
1949/4
**AB [2]** 1967/25
1968/18
**abilities [1]** 1919/11
**ability [1]** 1908/1
**able [4]** 1900/9 1909/1
1916/17 1918/15
**about [94]** 1895/11
1895/18 1895/25
1897/21 1897/22
1898/16 1900/12
1900/20 1900/21
1901/1 1901/7 1901/24
1902/9 1903/15
1903/19 1904/18
1904/25 1908/5 1908/9
1912/7 1914/6 1915/15
1915/17 1916/2
1916/22 1917/25
1918/6 1918/13 1921/1
1926/20 1927/9
1927/24 1929/4

1950/21 1933/22

1934/5 1935/2 1937/18
1938/10 1938/13
1938/23 1938/24
1939/6 1939/8 1940/16
1940/17 1942/24
1943/15 1944/8
1944/14 1946/8
1946/13 1947/5
1947/21 1947/22
1947/24 1948/15
1948/17 1949/14
1949/14 1949/17
1949/23 1950/14
1950/18 1951/7
1951/10 1951/18
1952/4 1952/5 1952/20
1953/3 1953/7 1954/21
1954/24 1955/2 1955/7
1955/16 1955/20
1955/24 1956/20
1957/5 1957/11
1958/25 1963/10
1963/25 1964/12
1965/16 1966/6
1967/14 1968/8
1970/22 1970/23
1970/24 1970/24
**above [3]** 1915/7
1940/17 1994/4
**above-titled [1]** 1994/4
**abroad [1]** 1923/22
**academia [1]** 1914/13
**accelerate [1]** 1911/23
**accelerated [2]** 1911/3
1911/3
**access [6]** 1907/15
1907/15 1943/23
1951/11 1951/24
1960/13
**accomplish [1]**
1920/14
**accurate [1]** 1920/24
**achieve [1]** 1918/19
**achieved [1]** 1915/19
**acquire [1]** 1919/11
**acquires [1]** 1911/12
**acronym [1]** 1914/3
**across [3]** 1915/1
1959/1 1961/1
**act [1]** 1948/12
**action [1]** 1953/4
**actions [1]** 1948/13
**activities [1]** 1931/13
**activity [1]** 1937/20
**actually [15]** 1899/14
1900/17 1908/6
1909/14 1911/6
1929/13 1939/5 1941/1
1941/5 1955/18
1955/24 1961/2
1966/11 1966/14
1966/22
**ad [2]** 1942/4 1943/22
**adapted [1]** 1919/21
1920/2
**add [1]** 1963/3
**added [3]** 1943/14

# A

added... [2] 1955/1 1960/13
adding [1] 1896/12
addition [2] 1942/1 1942/2
additional [2] 1898/10 1968/21
Additionally [2] 1942/8 1944/1
additive [1] 1895/19
address [2] 1963/11 1963/12
addressing [1] 1906/17
adds [3] 1896/14 1930/23 1931/11
adjectives [1] 1913/1
adjust [2] 1902/15 1902/19
adjusts [1] 1946/21
admission [1] 1917/6
admitted [3] 1888/11 1888/16 1917/11
adopt [2] 1908/3 1962/19
adopters [1] 1950/4
ads [15] 1939/21 1941/8 1941/9 1942/2 1942/3 1942/3 1942/6 1944/21 1944/24 1947/14 1947/23 1947/24 1954/25 1954/25 1969/8
advances [2] 1922/16 1923/15
advantage [2] 1922/4 1932/7
advantages [1] 1923/3
affect [1] 1949/25
afford [1] 1941/25
after [14] 1917/24 1908/14 1919/17 1930/17 1932/15 1948/25 1949/1 1949/23 1953/3 1963/24 1964/17
again [8] 1895/22 1919/5 1931/8 1931/25 1949/6 1950/25 1956/1 1959/21
agenda [1] 1906/3
aggressively [1] 1901/10
ago [4] 1901/8 1901/8 1948/17 1952/16
agree [2] 1914/16 1927/8
ah [1] 1928/21
ahead [5] 1924/11 1929/17 1930/20 1943/8 1971/8
AI [4] 1909/12 1909/14 1909/15 1913/22
aided [1] 1887/14
AL [1] 1885/3
Alan [2] 1917/18 1922/18

Alex [3] 1924/25 1927/9 1927/11
Alexander [1] 1927/3
algorithms [1] 1904/23
all [58] 1895/21 1895/23 1897/16 1901/24 1902/6 1905/22 1905/25 1906/2 1906/14 1907/2 1907/18 1910/11 1910/21 1914/16 1915/1 1920/13 1922/17 1924/7 1925/1 1925/10 1925/12 1925/21 1928/21 1932/11 1935/15 1935/20 1939/11 1943/14 1944/13 1944/22 1946/3 1947/23 1949/2 1949/5 1949/7 1949/9 1950/4 1953/22 1953/23 1954/21 1955/3 1956/20 1959/13 1959/15 1960/3 1960/19 1960/21 1961/1 1962/10 1963/10 1964/14 1966/23 1967/2 1968/17 1969/8 1971/6 1971/8
All right [1] 1971/6
all-hands [2] 1905/22 1905/25
allowed [1] 1964/21
almost [5] 1909/15 1923/22 1928/14 1951/1 1970/8
alone [6] 1909/4 1911/10 1926/16 1927/15 1927/20 1929/15
along [5] 1915/4 1922/8 1937/18 1939/20 1947/8
already [4] 1900/5 1912/6 1926/14 1947/10
also [19] 1903/15 1907/12 1907/15 1916/5 1920/6 1926/19 1937/19 1940/23 1941/10 1941/15 1944/19 1946/25 1948/4 1953/20 1960/12 1962/24 1968/5 1969/19 1970/16
always [3] 1907/2 1922/3 1949/20
am [1] 1937/3
Amazon [2] 1923/1 1942/19
ambiguous [1] 1902/18
AMERICA [3] 1885/3 1935/23 1936/19
American [4] 1946/15

1959/21
Americans [5] 1944/11 1947/6 1948/16 1948/19 1949/18
Americas [1] 1886/18
AMIT [2] 1885/9 1949/6
Amit P. Mehta [1] 1949/6
among [2] 1915/19 1916/15
amount [8] 1918/12 1925/16 1930/22 1931/17 1932/4 1950/24 1961/18 1968/15
amounts [2] 1907/15 1923/10
analysis [1] 1929/4
Analytica [4] 1950/25 1951/14 1951/16 1951/18
Android [2] 1959/10 1960/20
announced [1] 1932/16
anonymous [1] 1955/21
another [13] 1897/7 1899/8 1899/22 1911/20 1919/23 1923/8 1930/22 1931/17 1935/2 1940/6 1952/16 1960/6 1963/2
answer [9] 1900/14 1901/11 1910/6 1915/21 1934/17 1934/19 1934/22 1935/4 1949/15
answered [2] 1921/22 1968/22
answering [1] 1949/12
answers [4] 1934/12 1934/19 1935/5 1939/4 1934/19 1934/22
anticipate [1] 1935/25
antitrust [3] 1886/7 1886/12 1957/2
anxious [1] 1909/8
any [27] 1898/9 1915/23 1917/5 1931/25 1933/3 1935/6 1941/11 1943/4 1944/12 1944/13 1945/1 1946/7 1949/13 1950/10 1953/2 1954/15 1956/6 1957/16 1958/6 1959/20 1959/22 1961/9 1962/13 1964/9 1967/17 1970/8 1971/10
anybody [1] 1899/13
anything [2] 1943/11 1954/15
APIs [1] 1951/24
apologize [1] 1968/23
app [6] 1948/7 1948/8 1961/3 1961/4 1963/4

apparently [1] 1900/6
APPEARANCES [2] 1885/11 1886/22
appears [2] 1913/12 1933/22
Apple [4] 1923/1 1939/23 1953/10 1966/3
application [7] 1907/9 1910/10 1931/4 1932/13 1933/23 1933/24 1934/9
applications [1] 1932/9
apply [2] 1919/13 1934/3
applying [2] 1919/15 1933/25
appreciate [2] 1938/18 1971/7
appreciated [1] 1903/23
approach [4] 1905/15 1908/4 1909/17 1932/20
apps [1] 1939/23
are [72] 1896/8 1896/13 1896/14 1897/13 1901/13 1901/15 1902/16 1903/20 1904/4 1904/11 1904/25 1905/13 1906/21 1907/8 1907/19 1908/8 1909/2 1911/6 1914/7 1916/20 1919/1 1919/5 1920/11 1920/21 1921/19 1923/19 1925/9 1925/10 1927/4 1928/2 1928/12 1931/14 1931/19 1931/20 1933/19 1935/15 1937/6 1938/2 1939/6 1939/8 1940/10 1940/24 1941/8 1941/13 1942/15 1942/16 1942/19 1944/4 1945/5 1945/21 1947/24 1948/4 1950/4 1953/23 1954/11 1954/17 1957/24 1958/10 1959/23 1959/25 1960/1 1960/4 1962/13 1965/21 1967/15 1968/2 1968/15 1968/20 1970/12 1970/16 1970/22 1971/9
areas [22] 1934/3 1934/7
aren't [4] 1904/13 1941/11 1954/13 1960/3
arguably [1] 1951/21
argument [1] 1901/23
arithmetic [1] 1913/18
around [21] 1901/3

1912/11 1910/1 1911/9 1912/11 1912/12 1914/14 1941/11 1943/12 1944/21 1945/18 1946/1 1946/13 1948/15 1948/18 1949/22 1950/4 1951/25 1954/3 1954/24 1970/17
arrival [2] 1909/25 1923/16
arrived [1] 1906/20
arrows [1] 1930/6
art [1] 1905/1
article [1] 1901/7
articles [1] 1901/5
artificial [1] 1909/10
as [65] 1895/21 1896/21 1897/7 1898/12 1900/12 1901/20 1901/21 1902/10 1902/16 1904/12 1904/22 1905/19 1906/23 1907/23 1908/3 1911/5 1912/6 1912/12 1912/25 1912/25 1913/3 1913/24 1914/4 1914/11 1916/8 1916/23 1918/25 1920/4 1920/5 1920/5 1920/17 1920/24 1921/3 1921/7 1934/12 1939/3 1939/17 1939/17 1939/22 1939/22 1941/3 1941/20 1942/9 1942/19 1943/11 1943/15 1943/20 1944/2 1944/4 1947/20 1952/2 1952/19 1956/24 1958/12 1958/19 1962/9 1963/3 1965/17 1965/25 1966/1 1967/7 1967/8 1967/9 1970/21 1971/3
aside [2] 1929/17 1930/20
ask [20] 1896/20 1899/22 1924/13 1924/18 1926/4 1928/2 1933/15 1933/16 1935/13 1946/17 1947/7 1948/4 1948/5 1949/20 1955/23 1955/24 1963/1 1964/21 1968/21 1971/9
asked [5] 1895/10 1935/9 1935/12 1955/17 1957/5
asking [2] 1904/7 1955/20
aspect [1] 1895/24
assertions [1] 1927/19
asset [1] 1907/17
assistant [1] 1960/23
associated [3] 1917/4

# A

**associated... [2]** 1925/10 1971/9
**attempt [1]** 1934/17
**attend [1]** 1905/23
**attention [1]** 1921/9
**attractive [1]** 1967/7
**audiences [1]** 1903/19
**Australia [1]** 1899/9
**available [3]** 1896/11 1932/4 1953/23
**Avenue [3]** 1886/18 1887/7 1887/12
**average [1]** 1914/25
**avid [1]** 1959/24
**avoid [2]** 1944/11 1944/23
**awareness [1]** 1950/20
**away [2]** 1912/2 1942/14

# B

**back [7]** 1902/8 1912/2 1929/18 1938/21 1947/3 1948/5 1960/17
**bad [6]** 1929/3 1929/5 1929/8 1929/9 1929/10 1934/13
**Baidu [1]** 1923/1
**bank [2]** 1934/11 1934/13
**bar [2]** 1963/11 1963/12
**Barrett [1]** 1887/11
**barrier [1]** 1958/10
**based [12]** 1909/3 1909/6 1920/6 1923/6 1941/11 1943/18 1944/2 1944/6 1944/7 1945/19 1945/20 1955/12
**basic [2]** 1919/17 1938/3
**basically [2]** 1943/21 1966/25
**Bates [1]** 1930/5
**be [91]** 1896/1 1899/6 1900/21 1900/22 1902/23 1904/2 1905/13 1905/22 1907/17 1909/1 1910/24 1910/25 1911/11 1911/17 1911/18 1911/24 1912/25 1914/24 1915/12 1915/15 1916/8 1916/16 1917/11 1918/15 1919/7 1919/16 1919/23 1920/2 1922/25 1923/8 1923/10 1924/20 1925/4 1925/5 1925/7 1925/14 1925/21 1926/14 1926/19 1927/24 1928/4 1928/4 1929/11 1931/8 1933/22 1934/10
1938/18 1940/7
1940/10 1940/10
1940/11 1940/12
1941/22 1942/11
1942/19 1943/21
1944/1 1944/6 1947/17
1948/1 1948/3 1949/7
1952/22 1954/14
1954/15 1954/25
1955/1 1955/1 1955/3
1955/21 1957/19
1960/8 1960/17
1960/20 1960/24
1960/24 1961/5
1961/20 1966/1 1966/2
1967/25 1968/17
1970/2 1970/8 1970/11
1970/13 1970/14
1970/17 1971/4
**beat [1]** 1910/11
**beaten [2]** 1923/6 1923/8
**beats [1]** 1922/9
**became [4]** 1915/5 1949/22 1950/7 1957/12
**because [30]** 1904/4 1907/14 1907/14 1910/16 1911/12 1926/11 1927/9 1928/14 1931/8 1931/12 1932/4 1934/16 1934/19 1939/16 1941/10 1945/17 1945/20 1948/2 1957/14 1957/22 1958/2 1958/22 1958/23 1959/12 1959/22 1962/17 1964/19 1965/25 1969/16 1970/14
**become [1]** 1910/19
**becoming [1]** 1970/9
**been [20]** 1896/6 1902/4 1905/19 1907/2 1909/23 1912/6 1921/7 1924/16 1936/3 1943/23 1948/16 1949/21 1950/9 1951/19 1952/1 1957/11 1961/23 1961/24 1965/8 1971/2
**before [15]** 1885/9 1898/4 1898/14 1909/18 1910/11 1913/1 1913/19 1924/10 1924/16 1936/5 1946/16 1947/10 1950/15 1965/12 1968/9
**began [5]** 1910/23 1913/10 1913/11 1916/7 1949/24
**begin [4]** 1907/13 1913/18 1920/7 1924/10
**beginning [1]** 1906/2
**begins [3]** 1898/14 1917/16 1922/19
**begun [1]** 1911/22
**behavior [1]** 1905/1
**behaviors [1]** 1948/5
**behind [2]** 1903/7 1953/1
**being [8]** 1917/22 1918/3 1919/21 1927/4 1957/21 1958/4 1963/21 1967/7
**believe [15]** 1911/11 1916/25 1917/7 1926/25 1927/3 1930/1 1931/11 1945/4 1945/15 1952/10 1952/12 1961/11 1962/10 1962/18 1969/20
**believed [1]** 1914/20
**BELKNAP [1]** 1886/17
**below [2]** 1939/1 1940/16
**BENCH [1]** 1885/9
**benchmark [2]** 1914/10 1916/4
**benchmarks [2]** 1914/9 1923/7
**benefit [3]** 1930/12 1930/15 1930/16
**benefits [2]** 1930/10 1944/20
**BERT [36]** 1910/1 1910/3 1910/9 1910/11 1912/7 1912/12 1914/8 1915/4 1915/6 1915/6 1915/12 1915/14 1915/21 1915/24 1918/4 1918/14 1919/4 1919/8 1919/15 1919/21 1921/22 1923/9 1923/13 1931/11 1931/25 1932/1 1932/3 1932/7 1932/8 1932/9 1933/4 1933/7 1933/23 1933/25 1934/3 1934/5
**besides [1]** 1944/19
**best [4]** 1912/1 1934/17 1961/24 1962/5
**bet [1]** 1897/4
**better [10]** 1914/20 1947/14 1947/14 1947/14 1947/17 1947/16 1947/17 1947/20 1947/21 1968/4
**between [9]** 1895/14 1895/25 1902/9 1903/20 1918/4 1924/20 1934/13 1948/18 1959/13
**bias [1]** 1944/8
**big [8]** 1909/25 1911/8 1922/4 1923/18 1926/15 1930/3
**biggest [1]** 1906/24
1927/14 1932/7
**billions [1]** 1930/15
**binder [3]** 1902/21 1929/25 1930/1
**Bing [17]** 1939/25 1940/1 1940/4 1941/3 1941/5 1941/8 1941/9 1941/17 1942/1 1942/16 1944/5 1969/1 1969/7 1970/4 1970/7 1970/11 1970/13 1970/15
**Bing's [1]** 1941/18
**bit [14]** 1896/18 1899/3 1904/2 1905/10 1907/21 1909/7 1912/24 1919/7 1919/19 1930/21 1930/25 1934/23 1948/24 1951/22
**blue [1]** 1970/21
**board [3]** 1910/21 1914/25 1915/5
**body [1]** 1922/5
**bold [1]** 1921/15
**boost [5]** 1896/1 1901/9 1902/15 1929/10 1958/2
**boosted [4]** 1928/5 1928/19 1928/21 1929/11
**boosts [3]** 1928/3 1928/10 1928/17
**both [7]** 1899/9 1935/25 1948/17 1963/5 1963/14 1963/15 1968/3
**bottom [2]** 1922/19 1940/13
**boxes [2]** 1938/25 1939/3
**Brave [3]** 1942/16 1945/6 1962/2
**break [2]** 1921/14 1948/25
**breakthrough [2]** 1910/24 1911/1
**brief [2]** 1961/23 1962/3
**bring [1]** 1925/6
**broadly [1]** 1958/9
**Broadway [1]** 1886/14
**browbeat [1]** 1905/4
**browser [36]** 1937/17 1937/24 1938/1 1944/13 1944/22 1953/10 1953/13 1953/16 1953/21 1953/21 1954/4 1954/7 1954/10 1954/13 1956/4 1956/13 1957/17 1957/20 1959/5 1959/13 1960/6 1960/11 1961/9 1961/11 1961/12 1961/13 1961/16 1962/7 1962/14
**biggest ...** 1906/24 1962/16 1962/19
1962/21 1962/22
1963/2 1963/5 1963/9
**browser's [1]** 1963/21
**browsers [13]** 1952/6 1952/8 1952/9 1953/4 1954/13 1955/8 1956/11 1957/25 1959/6 1963/10 1964/2 1964/9 1964/14
**browsing [6]** 1937/20 1943/18 1952/21 1952/23 1955/21 1963/22
**Bruce [1]** 1886/11
**bubble [2]** 1945/20 1945/20
**building [1]** 1913/6
**built [4]** 1925/2 1934/13 1937/18 1963/9
**bullet [9]** 1917/24 1918/3 1918/17 1919/3 1932/23 1933/3 1933/18 1933/24 1934/2
**bunch [4]** 1913/15 1919/25 1925/18 1951/7
**busier [1]** 1904/12
**busy [2]** 1903/16 1904/1
**button [5]** 1937/15 1938/4 1938/5 1942/9 1946/14

# C

**Calculator [1]** 1966/5
**call [8]** 1927/25 1937/16 1939/2 1943/16 1944/23 1945/19 1953/11 1967/25
**called [9]** 1897/13 1897/19 1910/4 1914/17 1915/11 1915/18 1919/16 1951/9 1951/10
**calling [1]** 1939/22
**calls [1]** 1953/14
**Cambridge [4]** 1950/25 1951/14 1951/16 1951/18
**came [3]** 1899/9 1915/4 1965/12
**can [46]** 1896/16 1896/20 1897/1 1897/22 1898/2 1899/22 1901/6 1901/9 1902/15 1905/7 1905/11 1911/19 1913/18 1913/20 1916/8 1920/2 1923/10 1923/19 1925/11 1925/13 1929/17 1930/20 1931/25 1933/4 1937/8 1940/3 1941/15 1942/7

**can... [18]** 1943/20 1944/1 1944/8 1946/17 1948/22 1951/15 1952/12 1959/24 1960/11 1960/12 1960/22 1961/13 1963/6 1967/20 1968/16 1968/21 1969/23 1970/19
**can't [4]** 1905/4 1907/2 1941/25 1957/22
**capture [3]** 1912/23 1913/3 1913/7
**cards [1]** 1967/5
**care [1]** 1948/12
**careful [1]** 1931/8
**Carr [1]** 1886/13
**carries [1]** 1922/20
**case [12]** 1897/3 1910/7 1911/18 1934/10 1936/20 1940/10 1940/11 1956/10 1956/11 1957/2 1960/24 1962/22
**cases [3]** 1897/2 1920/7 1934/17
**casual [1]** 1940/21
**cat [1]** 1944/16
**categories [1]** 1947/24
**category [1]** 1947/17
**cause [1]** 1943/21
**Cavanaugh [1]** 1886/17
**caveats [1]** 1899/3
**Center [1]** 1886/13
**CEO [1]** 1937/3
**certain [2]** 1897/19 1967/3
**certainly [4]** 1903/2 1931/1 1931/23 1950/18
**Certified [1]** 1887/10
**certify [1]** 1994/2
**cetera [2]** 1940/19 1959/7
**CH [1]** 1887/11
**challenge [2]** 1907/1 1931/14
**challenges [5]** 1914/18 1914/24 1915/11 1915/13 1962/13
**challenging [2]** 1916/20 1916/22
**change [4]** 1907/5 1910/20 1947/15 1960/12
**changed [3]** 1909/22 1941/11 1957/12
**changes [1]** 1970/12
**changing [2]** 1945/18 1955/2
**charge [2]** 1944/1 1957/8
**Charles [2]** 1887/2 1887/6
**chart [2]** 1895/21

**check [3]** 1914/21 1914/23 1955/17
**chest [1]** 1922/7
**China [1]** 1914/15
**choice [3]** 1956/24 1957/3 1961/7
**choose [1]** 1941/1
**Christmas [2]** 1910/10 1921/21
**Chrome [4]** 1937/17 1945/24 1953/13 1963/1
**circular [1]** 1928/14
**circularity [1]** 1928/18
**citizens [1]** 1951/20
**class [1]** 1953/4
**class-action [1]** 1953/4
**classic [1]** 1898/7
**clear [5]** 1904/13 1910/20 1922/17 1932/17 1948/6
**clearcut [1]** 1913/20
**clearest [1]** 1925/6
**ClicData [7]** 1896/22 1897/1 1897/9 1902/14 1932/11 1934/16 1934/18
**click [15]** 1896/4 1897/3 1897/4 1899/2 1908/7 1918/23 1928/25 1929/5 1934/20 1934/21 1935/1 1941/16 1943/19 1961/5 1969/16
**clicked [4]** 1899/7 1899/7 1940/10 1940/12
**clicking [1]** 1968/2
**clicks [36]** 1895/11 1895/15 1895/16 1895/21 1895/22 1895/23 1896/5 1899/9 1901/18 1901/19 1904/4 1904/6 1904/7 1904/11 1904/19 1908/24 1926/17 1927/16 1927/21 1928/3 1928/6 1928/8 1928/10 1928/11 1928/12 1928/16 1928/19 1928/22 1928/24 1929/8 1929/9 1929/11 1929/13 1929/16 1940/17 1940/18
**climate [1]** 1947/15
**climbing [1]** 1948/16
**clipped [1]** 1930/1
**closed [7]** 1889/2 1936/1 1952/21 1963/20 1964/23 1971/9 1971/12
**CO [1]** 1886/15
**coag.gov [1]** 1886/16
**coalesced [1]** 1942/4
**code [2]** 1966/14

**cognitive [2]** 1913/12 1913/21
**colleague [2]** 1964/22 1965/16
**collectively [1]** 1939/4
**color [1]** 1947/7
**Colorado [3]** 1886/11 1886/11 1886/13
**colors [1]** 1941/14
**COLUMBIA [1]** 1885/1
**combined [1]** 1910/12
**come [8]** 1899/3 1907/20 1913/1 1923/24 1930/16 1947/8 1966/1 1970/2
**comes [3]** 1922/8 1947/22 1948/15
**coming [1]** 1950/4
**comment [1]** 1927/5
**comments [1]** 1927/4
**commission [2]** 1946/20 1957/5
**commissioned [3]** 1946/25 1955/6 1955/6
**common [1]** 1967/24
**communicated [1]** 1917/23
**companies [3]** 1951/11 1951/24 1954/11
**company [12]** 1923/8 1923/22 1937/3 1937/11 1939/13 1939/14 1946/21 1947/15 1949/23 1965/9 1966/12 1966/21
**comparison [1]** 1918/4
**compete [1]** 1942/15
**competing [1]** 1915/3
**competition [1]** 1962/24
**competitor [3]** 1931/25 1933/4 1942/14
**competitors [3]** 1942/12 1942/19 1945/2
**complaining [2]** 1953/3 1957/11
**completed [1]** 1912/14
**completely [1]** 1958/3
**complex [1]** 1897/10 1900/11
**complicated [7]** 1903/7 1904/5 1904/12 1909/23 1913/24 1930/25 1965/23
**component [4]** 1896/23 1901/4 1928/2 1928/5
**components [9]** 1895/12 1895/15 1895/16 1895/20 1895/22 1899/13 1901/13 1901/24 1927/24
**comprehension [3]** 1915/11 1916/21

**computation [7]** 1918/7 1918/11 1918/13 1930/23 1931/1 1931/5 1931/18
**computational [1]** 1912/22
**computer [3]** 1887/14 1909/1 1914/19
**computer-aided [1]** 1887/14
**computers [6]** 1904/8 1907/2 1907/10 1907/11 1909/5 1914/11
**concept [1]** 1902/8
**concern [5]** 1903/25 1946/8 1948/13 1948/14 1964/12
**concerned [1]** 1903/19
**concerns [1]** 1949/14
**concludes [1]** 1964/21
**conclusion [3]** 1899/5 1923/9 1949/17
**conclusions [1]** 1944/9
**conduct [1]** 1946/22
**conducted [1]** 1946/7
**conducts [1]** 1968/13
**confident [1]** 1902/15
**confirm [1]** 1963/17
**confirmed [1]** 1963/25
**confused [1]** 1956/2
**connection [4]** 1903/20 1903/22 1910/4 1947/14
**connections [1]** 1900/6
**CONNOLLY [2]** 1887/3 1887/6
**Conrad [1]** 1965/2
**consequence [3]** 1918/14 1930/22 1931/17
**consider [4]** 1942/11 1942/14 1942/18 1948/11
**consideration [2]** 1922/20 1922/24
**considered [1]** 1941/22
**considering [1]** 1922/14
**Consistently [1]** 1947/20
**constantly [1]** 1963/1
**Constitution [1]** 1887/12
**constructed [1]** 1916/1
**consumer [5]** 1886/12 1946/12 1954/18 1955/7 1956/13
**consumers [3]** 1950/11 1956/4 1958/6
**contacted [1]** 1916/7
**contains [1]** 1913/25
**contemplate [1]** 1908/22

**contemplation [1]** 1921/14
**content [5]** 1909/3 1939/20 1939/24 1965/18 1966/2
**context [4]** 1908/13 1938/19 1940/6 1940/20
**continue [5]** 1916/10 1917/1 1929/11 1967/11 1967/16
**CONTINUED [1]** 1887/1
**continues [1]** 1926/8
**contracts [2]** 1964/16 1964/19
**contributes [1]** 1930/11
**contributing [1]** 1926/11
**controlled [1]** 1946/2
**conveyed [1]** 1918/4
**convince [1]** 1962/20
**cookies [1]** 1948/6
**cool [1]** 1905/11
**coordinating [1]** 1954/12
**copies [1]** 1930/1
**core [1]** 1966/20
**corporations [2]** 1914/14 1914/14
**correct [5]** 1908/13 1926/8 1929/22 1932/1 1994/3
**could [60]** 1897/9 1900/22 1902/20 1904/1 1904/1 1909/5 1909/14 1911/10 1912/25 1913/7 1914/15 1914/20 1914/21 1917/15 1917/18 1917/22 1920/7 1920/16 1922/18 1922/22 1922/25 1923/8 1923/11 1924/18 1926/14 1927/11 1927/12 1927/24 1931/12 1932/18 1933/3 1933/16 1936/21 1939/17 1946/3 1951/12 1951/24 1954/7 1954/15 1954/24 1954/25 1955/1 1955/1 1955/3 1955/18 1958/15 1960/24 1960/24 1961/3 1961/4 1961/5 1964/23 1965/7 1965/17 1966/23 1967/6 1968/9 1968/18 1968/18
**couldn't [3]** 1904/8 1907/25 1952/23
**counsel [8]** 1902/25 1924/10 1926/5 1929/18 1929/25

# C

counsel... [3] 1930/22 1935/7 1948/22
count [1] 1960/21
countries [1] 1962/2
course [2] 1928/22 1929/25
court [14] 1885/1 1887/9 1887/11 1895/7 1906/8 1917/22 1936/22 1937/8 1940/3 1949/2 1951/15 1964/22 1964/23 1967/20
courtroom [1] 1971/11
cover [2] 1902/21 1905/20
coverage [2] 1933/25 1952/1
COVID [5] 1900/25 1900/25 1901/1 1901/2 1902/1
COVID-19 [1] 1901/2
crash [1] 1902/2
crawling [1] 1966/15
crazy [1] 1909/8
create [2] 1941/19 1969/1
created [4] 1913/13 1915/10 1950/16 1966/22
creates [1] 1941/3
creation [1] 1915/22
creators [1] 1915/10
creepy [1] 1944/24
cross [2] 1888/4 1935/10
CRR [2] 1994/2 1994/8
curiosity [1] 1965/7
curious [1] 1965/8
current [1] 1899/8
currently [2] 1936/25 1960/21
curve [1] 1898/8
customization [1] 1947/16
cute [2] 1965/13 1965/14
CV [1] 1885/4

# D

D.C [6] 1885/5 1886/3 1886/8 1887/4 1887/7 1887/12
damaging [1] 1929/14
data [50] 1896/8 1896/9 1896/11 1896/14 1896/16 1896/18 1897/17 1898/10 1899/2 1899/17 1899/21 1902/15 1902/17 1904/22 1907/16 1908/10 1908/10 1911/16 1911/17 1918/19 1918/23 1919/2 1919/4 1919/5 1924/21 1925/1 1925/4

1925/15 1925/16 1925/19 1925/21 1932/4 1932/11 1933/5 1933/7 1933/18 1934/8 1934/10 1934/14 1935/5 1947/25 1951/19 1951/23 1952/2 1959/20 1959/20 1959/22 1968/25
Date [1] 1994/7
dated [1] 1900/22
dates [3] 1901/6 1921/2 1966/22
dating [1] 1900/6
day [4] 1885/7 1897/23 1938/12 1946/2
de [1] 1960/13
deal [2] 1912/3 1923/18
deals [1] 1904/22
decade [2] 1921/25 1950/21
decades [1] 1898/6
December [2] 1908/13 1921/11
December 26th [1] 1921/11
deceptive [2] 1912/24 1929/16
decide [1] 1904/17
decided [1] 1964/17
decisions [1] 1903/15
deck [1] 1906/10
deep [14] 1897/8 1906/20 1907/24 1908/15 1922/5 1922/24 1923/3 1923/5 1923/20 1924/4 1924/20 1925/3 1945/22 1955/10
deeply [1] 1918/15
DeepRank [2] 1931/10 1932/13
default [19] 1945/2 1945/9 1945/14 1953/22 1953/25 1954/5 1957/16 1957/20 1959/9 1960/11 1961/10 1961/11 1961/23 1962/1 1962/1 1962/2 1962/6 1962/23 1963/21
defaults [15] 1956/15 1958/7 1958/10 1958/16 1958/24 1959/5 1959/5 1959/6 1959/13 1959/16 1960/4 1960/17 1961/1 1962/18 1962/20
Defendant [1] 1885/7 1887/2
DEFENDANT'S [2] 1888/11 1917/12
definitely [3] 1931/24 1953/6 1960/10

negates [2] 1969/21
degrees [1] 1945/6
demographically [1] 1946/21
demolished [1] 1915/4
demonstrated [1] 1933/25
demonstrating [1] 1914/8
Denver [1] 1886/15
DEPARTMENT [3] 1886/2 1886/6 1886/11
describe [3] 1913/24 1917/22 1946/17
described [5] 1896/21 1902/10 1911/6 1946/5 1955/5
describing [1] 1908/12
design [2] 1903/13 1947/16
designed [3] 1896/14 1915/12 1957/13
desired [1] 1919/18
desktop [2] 1959/2 1960/5
detailed [1] 1955/11
determining [1] 1907/22
develop [5] 1966/9 1966/18 1967/11 1967/16 1969/10
developed [9] 1896/23 1910/3 1910/9 1915/24 1916/5 1916/9 1922/5 1922/25 1923/21
developers [1] 1966/23
developing [1] 1969/11
development [1] 1896/22
developments [3] 1900/1 1900/9 1900/16
device [3] 1956/15 1959/8 1961/2
devices [4] 1958/23 1959/1 1959/3 1959/4
did [15] 1896/3 1896/4 1912/1 1921/18 1932/17 1937/4 1945/21 1949/25 1953/2 1955/17 1955/18 1955/24 1956/3 1964/9 1966/18
did you [2] 1921/18 1937/4
didn't [3] 1901/1 1926/24 1957/5
differ [2] 1940/4 1944/5
difference [1] 1895/25
differences [4] 1941/7 1941/12 1941/15 1970/16
different [28] 1895/11 1895/22 1896/11 1901/13 1904/24

1940/23 1940/25 1941/2 1941/6 1941/9 1941/14 1944/2 1944/18 1948/3 1952/5 1952/16 1954/11 1960/14 1961/24 1962/20 1964/9 1966/1 1966/24 1970/13 1970/14
differently [1] 1905/11
difficult [1] 1958/15
diminished [1] 1925/5
diminishing [3] 1897/14 1898/7 1898/15
Dintzer [1] 1886/2
direct [5] 1888/4 1921/9 1936/15 1951/11 1964/3
direct evidence [1] 1964/3
directed [1] 1967/6
directions [1] 1939/7
directly [5] 1909/5 1935/4 1935/10 1943/21 1966/8
disagree [1] 1927/6
disagreed [1] 1935/2
discrimination [1] 1943/23
discriminatory [1] 1954/25
discussed [1] 1906/23
display [2] 1941/9 1970/14
disruption [1] 1922/11
distinct [2] 1941/3 1965/22
distinguish [3] 1943/3 1944/12 1969/3
distribute [1] 1962/14
distributing [1] 1961/21
distribution [1] 1897/19
DISTRICT [3] 1885/1 1885/1 1885/10
division [2] 1886/7 1940/1
do [58] 1895/12 1897/2 1899/25 1900/19 1902/12 1903/13 1905/3 1905/8 1907/2 1907/11 1909/14 1910/5 1913/18 1913/18 1913/20 1913/22 1916/13 1916/17 1918/19 1918/10 1920/22 1921/16 1927/6 1927/11 1928/23 1930/8 1931/9 1932/25 1935/6 1935/11 1936/25 1939/21 1943/11 1943/13 1944/12 1944/21 1944/21 1945/1 1945/8

1948/3 1948/6 1948/6 1952/7 1953/9 1953/15 1955/16 1958/6 1959/21 1959/22 1960/18 1967/17 1968/5 1968/5 1968/7 1968/16 1968/25 1969/9 1969/12
do you [5] 1895/12 1907/11 1927/6 1936/25 1969/12
Do you have [1] 1935/6
do you know [1] 1953/9
Do you see [5] 1916/13 1920/22 1921/16 1930/8 1932/25
document [21] 1899/21 1902/20 1905/18 1908/13 1909/2 1909/6 1909/19 1912/18 1913/25 1914/1 1916/16 1917/4 1921/6 1926/5 1929/17 1932/19 1932/23 1933/2 1933/13 1933/22 1935/10
documentation [1] 1967/5
documents [7] 1902/16 1902/19 1907/25 1928/16 1928/18 1928/22 1951/7
does [30] 1897/16 1898/9 1898/19 1899/18 1899/25 1900/8 1900/8 1901/11 1902/12 1918/19 1925/6 1928/15 1938/9 1938/11 1938/17 1942/11 1942/18 1943/3 1945/9 1945/12 1952/2 1952/3 1953/21 1953/25 1956/5 1961/17 1967/11 1967/17 1968/11 1968/25
doesn't [4] 1939/10 1958/5 1961/6 1961/7
doing [9] 1904/14 1916/6 1919/12 1929/13 1948/5 1948/17 1954/15 1956/9 1963/24
DOJ [1] 1886/2
don't [45] 1895/20 1896/8 1896/9 1899/3 1899/17 1900/16 1900/19 1901/25 1903/22 1904/14 1908/6 1911/9 1915/17 1916/18 1916/22 1917/1 1917/8 1921/2 1925/8 1927/9 1927/13 1932/6 1932/10

**D**

don't... [22]  1934/16
1934/20 1935/3 1941/4
1943/10 1944/12
1944/13 1944/17
1945/4 1945/7 1945/15
1946/22 1952/10
1952/12 1954/2
1959/20 1959/22
1961/18 1969/15
1969/19 1970/23
1971/8
done [7]  1921/24
1935/15 1945/17
1946/6 1946/14
1948/10 1949/13
dossier [1]  1943/15
down [7]  1899/14
1919/3 1920/20
1922/18 1923/17
1939/1 1940/9
download [4]  1923/19
1938/6 1963/1 1963/4
downloaded [4]
1948/7 1961/3 1961/4
1963/7
dozens [3]  1921/24
1939/12 1965/22
Dr [2]  1912/5 1914/2
Dr. [17]  1895/9
1897/13 1903/6
1905/18 1909/20
1917/4 1917/15 1921/6
1922/22 1924/2 1924/4
1924/18 1926/4 1930/8
1932/23 1933/17
1935/15
Dr. Lehman [17]
1895/9 1897/13 1903/6
1905/18 1909/20
1917/4 1917/15 1921/6
1922/22 1924/2 1924/4
1924/18 1926/4 1930/8
1932/23 1933/17
1935/15
dramatic [1]  1922/11
dramatically [1]
1902/16
draw [2]  1899/4 1925/2
drawn [1]  1918/21
drive [1]  1903/23
driven [1]  1950/24
driving [1]  1907/9
DuckDuckGo [54]
1937/1 1937/2 1937/4
1937/8 1937/10
1937/25 1938/6 1938/9
1938/11 1938/17
1940/4 1941/18
1941/18 1942/11
1942/18 1943/3
1944/12 1944/15
1945/13 1946/5 1946/7
1946/18 1948/21
1949/13 1949/20
1949/24 1950/1 1950/9
1953/20 1955/5 1955/6
1956/3 1956/16

1956/23 1957/16
1958/20 1958/22
1959/12 1959/23
1961/9 1962/6 1962/7
1962/14 1963/5 1963/5
1963/20 1964/8 1965/9
1966/9 1967/11
1967/17 1968/11
1968/25 1971/10
DuckDuckGo's [8]
1937/6 1942/22 1945/1
1945/3 1945/10
1953/21 1956/21
1961/21
DX237 [1]  1912/6
DX241 [3]  1916/24
1917/11 1917/12

**E**

each [11]  1899/2
1914/24 1915/22
1920/10 1930/6
1930/10 1959/4
1965/22 1966/1
1969/21 1969/22
earlier [10]  1916/2
1942/10 1944/5 1950/6
1953/7 1953/20
1954/21 1955/5 1962/9
1967/14
early [5]  1932/8 1934/2
1950/3 1950/4 1966/21
easier [1]  1962/18
easily [1]  1951/12
easy [8]  1937/15
1938/4 1938/5 1942/9
1946/14 1956/15
1960/24 1961/5
EC [1]  1957/5
Ecosia [2]  1942/16
1945/7
educated [1]  1950/18
education [1]  1943/24
Edward [1]  1951/6
effect [2]  1897/20
1942/4
effective [1]  1957/19
effectively [2]  1918/16
1944/23
effects [1]  1941/15
effort [3]  1896/5
1902/2 1913/10
efforts [1]  1967/15
election [1]  1951/21
else [2]  1904/10
1910/13
email [14]  1886/4
1886/9 1886/16
1886/20 1887/5 1887/8
1921/10 1921/10
1921/20 1922/1 1926/8
1926/24 1937/20
1951/12
embarrassing [1]
1909/15
embed [1]  1916/1
emotions [2]  1955/25
1956/2

emphasize [1]  1949/18
empirical [1]  1897/18
empirically [4]  1940/16
1958/13 1959/19
1960/7
employ [1]  1938/9
employed [1]  1934/11
enabled [1]  1943/22
end [7]  1905/24
1906/12 1909/21
1921/18 1923/13
1960/2 1967/1
ended [4]  1966/15
1966/20 1966/25
1967/7
ending [1]  1929/19
endpoint [1]  1968/4
ends [3]  1906/11
1908/16 1930/5
engaging [1]  1968/3
engine [43]  1897/23
1898/11 1899/25
1900/5 1900/8 1937/13
1937/18 1938/2
1938/12 1939/10
1939/25 1942/3
1942/12 1942/25
1943/4 1943/4 1944/23
1945/1 1945/3 1945/10
1946/8 1947/8 1949/21
1954/7 1954/11
1954/14 1954/15
1954/19 1956/5
1956/14 1956/15
1956/19 1956/22
1956/23 1957/20
1958/1 1961/22 1962/6
1963/6 1963/6 1963/9
1964/6 1969/11
engineers [2]  1921/24
1926/19
engines [11]  1924/25
1938/21 1938/24
1942/15 1942/18
1945/6 1947/10
1948/20 1952/5 1967/8
1970/23
enough [5]  1899/14
1920/12 1921/3
1924/24 1953/6
ensuing [1]  1909/22
ensure [1]  1902/2
enter [1]  1969/10
entire [3]  1946/25
1950/17 1950/21
Eric [1]  1906/1
Erin [1]  1886/6
erin.murdock [1]
1886/9
erin.murdock-park [1]
1886/6
essential [6]  1911/17
1939/9 1943/24
1962/11 1967/15
1967/16
essentially [5]  1915/19
1922/4 1947/13
1960/16 1964/2

et [3]  1885/3 1940/19
1959/7
et cetera [2]  1940/19
1959/7
Europe [1]  1956/25
evaluate [3]  1901/14
1928/13 1946/7
evaluated [1]  1927/24
evaluation [2]  1928/20
1929/10
even [14]  1896/12
1899/14 1900/25
1915/13 1923/1
1926/17 1927/16
1929/12 1929/13
1943/25 1945/12
1954/6 1954/11
1961/25
events [1]  1950/10
eventually [1]  1960/17
ever [4]  1899/23
1948/7 1948/7 1963/21
every [7]  1910/24
1910/25 1911/1
1923/22 1938/12
1943/13 1944/14
everyone [2]  1905/23
1949/8
everything [12]  1902/3
1904/10 1910/13
1915/5 1915/5 1921/23
1922/9 1922/12 1938/6
1943/12 1960/22
1960/23
everywhere [2]
1923/19 1943/12
evidence [7]  1897/18
1905/19 1912/16
1917/12 1921/7
1932/19 1964/3
evolved [1]  1915/18
evolving [1]  1899/23
exact [2]  1921/2
1921/2
exactly [2]  1916/18
1935/3
EXAMINATION [2]
1926/2 1936/15
example [16]  1896/2
1899/6 1900/2 1908/5
1913/14 1919/21
1920/10 1925/8
1926/16 1931/10
1939/23 1943/22
1945/18 1960/23
1961/25 1962/22
examples [4]  1905/14
1919/25 1920/4 1920/6
excelled [1]  1923/5
exception [1]  1957/24
excuse [1]  1966/10
executive [2]  1912/19
1914/4
exercise [1]  1964/18
Exhibit [1]  1917/12
exhibited [1]  1915/14
EXHIBITS [1]  1888/9

1908/14

existing [2]  1910/12
1920/21
exit [1]  1971/10
expand [2]  1943/7
1958/15
expanded [1]  1937/14
expect [2]  1940/11
1947/17
expectations [1]
1963/25
expense [1]  1931/18
expensive [3]  1931/19
1931/20 1941/24
experience [8]  1903/14
1904/25 1937/16
1940/23 1941/3
1944/24 1952/7 1970/9
experienced [2]
1922/11 1923/2
experimentation [5]
1967/18 1967/21
1967/24 1968/12
1968/16
experiments [4]
1927/25 1928/1
1928/10 1934/3
explain [4]  1940/3
1952/12 1965/18
1967/20
exploring [2]  1907/13
1934/6
expound [1]  1970/19
express [1]  1949/18
expressed [1]  1948/13
expressing [1]
1958/11
expressly [1]  1948/13
extend [1]  1933/6
extending [1]  1956/21
extension [1]  1948/7
external [1]  1947/1
extract [1]  1904/15
extremely [1]  1958/13
eyes [1]  1951/22

**F**

face [3]  1899/19
1962/24 1964/9
Facebook [2]  1951/18
1951/19
faces [1]  1962/21
fact [3]  1926/20
1944/13 1962/16
facto [1]  1960/13
factor [4]  1897/11
1947/9 1947/11
1947/21
factors [1]  1947/12
facts [1]  1918/6
Fair [2]  1921/3 1924/24
fairly [3]  1913/20
1915/14 1929/1
fall [1]  1969/25
familiar [1]  1897/13
family [2]  1959/2
1960/2
FAQs [1]  1966/4

**F**

far [6] 1896/19 1899/14
1919/4 1928/9 1942/14
1964/7
fast [4] 1901/19
1911/23 1921/2
1939/18
Fast-forward [1]
1939/18
feature [1] 1950/8
features [2] 1903/16
1966/10
feedback [2] 1923/10
1934/24
feeds [1] 1942/4
feel [1] 1912/2
felt [6] 1909/8 1909/15
1910/24 1922/3
1955/24 1956/1
few [12] 1898/19
1909/2 1910/22 1911/1
1917/24 1919/3 1920/4
1920/6 1920/8 1920/10
1924/9 1958/18
few-shot [3] 1919/3
1920/8 1920/10
fewer [4] 1919/4
1928/3 1947/14
1947/22
field [1] 1909/14
figure [3] 1902/18
1906/25 1925/17
files [1] 1933/2
fill [1] 1896/14
filling [1] 1896/9
filter [1] 1945/19
filtered [1] 1945/21
finally [2] 1941/13
1960/19
financial [1] 1943/25
find [13] 1896/25
1913/10 1916/21
1929/24 1944/10
1947/19 1947/20
1957/22 1958/4 1958/6
1958/13 1960/20
1962/18
fine [2] 1919/16
1919/22
fine-tuning [2] 1919/16
1919/22
finish [1] 1909/20
finished [1] 1949/15
Firefox [1] 1953/15
firm [1] 1947/1
first [29] 1902/23
1906/16 1906/19
1907/6 1907/24
1908/14 1909/11
1909/12 1910/9
1910/24 1912/11
1918/3 1920/18 1927/2
1927/20 1932/9
1932/17 1933/14
1933/17 1933/23
1934/8 1940/12
1944/15 1952/18
1957/8 1958/19 1965/7

first-generation [1]
1912/11
fit [1] 1965/18
five [2] 1924/19
1959/18
flagship [1] 1937/16
flawed [1] 1957/7
flexibility [1] 1970/17
flip [1] 1940/22
floating [1] 1951/25
Floor [1] 1886/14
focus [4] 1939/15
1941/21 1967/15
1970/1
focused [4] 1949/21
1949/22 1956/14
1961/12
focusing [2] 1922/4
1967/9
folks [2] 1914/16
1921/19
follow [3] 1935/6
1944/21 1954/24
follow-up [1] 1935/6
followed [1] 1913/2
following [1] 1943/12
fonts [1] 1941/14
football [1] 1900/7
forced [1] 1960/17
foregoing [1] 1994/3
form [1] 1904/19
formal [2] 1906/8
1957/4
forth [1] 1921/15
1957/3
Fortunately [2] 1923/4
1933/5
forward [5] 1906/10
1906/15 1917/15
1917/19 1939/18
found [10] 1910/11
1918/5 1931/12 1937/4
1945/24 1946/17
1955/13 1956/12
1957/21 1961/20
founded [1] 1937/3
four [1] 1910/25
fourth [1] 1905/24
fraction [1] 1959/10
free [3] 1937/17
1957/13 1957/14
fresh [1] 1901/16
freshness [3] 1900/13
1901/4 1901/24
friction [1] 1962/17
friends [1] 1960/1
front [3] 1905/18
1912/5 1921/6
fronts [1] 1910/2
full [6] 1910/8 1910/17
1958/20 1959/11
1960/5 1960/6
full-time [2] 1960/5
1960/6
fully [1] 1933/7
function [2] 1925/20
1940/15

mentionability [1]
1960/12
fundamental [2]
1907/9 1907/22
further [6] 1923/15
1924/3 1933/11
1935/13 1940/9 1942/6
future [6] 1906/22
1922/2 1929/2 1930/12
1939/15 1966/19

**G**

G-a-b-r-i-e-l [1]
1936/24
Gabriel [3] 1935/24
1936/14 1936/24
gaining [1] 1957/19
game [3] 1908/1
1923/3 1923/5
gave [3] 1903/7
1906/12 1969/16
general [2] 1917/21
1955/13 1957/21
generalization [4]
1896/1 1896/6 1896/13
1897/7
generalize [2] 1896/7
1897/9
generalized [1]
1896/21
generally [13] 1925/20
1944/10 1946/20
1952/8 1953/7 1954/12
1956/1 1956/8 1956/17
1956/18 1958/4
1964/11 1966/6
generate [2] 1918/18
1938/17
generation [4] 1912/11
1912/12 1912/13
1917/25
gentler [1] 1899/20
genuine [1] 1964/12
get [49] 1898/3
1898/15 1900/7
1900/10 1901/19
1904/1 1905/8 1907/10
1907/11 1908/25
1909/5 1909/18
1912/14 1919/25
1924/15 1924/16
1925/15 1928/11
1928/19 1928/22
1929/11 1938/6 1940/9
1940/17 1940/18
1940/24 1941/5 1941/8
1942/1 1942/5 1942/5
1951/12 1951/24
1952/2 1958/13
1958/15 1958/20
1959/14 1962/11
1962/18 1962/19
1963/20 1965/18
1965/23 1966/7
1966/21 1966/25
1967/7 1968/18
gets [5] 1904/12
1919/20 1940/18

getting [8] 1902/11
1904/22 1928/3
1945/25 1964/4 1969/6
1969/8 1970/11
giant [1] 1919/13
give [8] 1912/18
1913/14 1919/18
1920/4 1938/19 1947/7
1948/1 1958/5
given [3] 1906/24
1926/15 1928/1
gives [4] 1933/5
1944/20 1953/10
1958/2
GLUE [3] 1914/17
1914/21 1915/10
Gmail [1] 1962/25
go [27] 1902/8 1906/2
1906/10 1906/15
1913/25 1917/18
1917/21 1919/24
1920/16 1924/11
1926/7 1926/13
1927/11 1929/17
1929/18 1930/20
1943/8 1943/10
1943/12 1946/16
1954/3 1954/12
1957/23 1962/25
1963/4 1965/14 1971/8
go ahead [4] 1924/11
1929/17 1930/20
1943/8
goal [2] 1896/7
1953/22
goes [1] 1928/20
going [22] 1897/4
1911/24 1922/15
1923/17 1924/13
1929/7 1929/9 1929/9
1935/13 1939/2
1940/10 1948/24
1950/19 1952/19
1958/25 1960/17
1966/1 1966/1 1966/2
1966/14 1968/1 1970/8
good [11] 1895/9
1897/18 1919/20
1919/25 1934/12
1935/22 1936/18
1965/1 1965/4 1965/6
1971/5
Good morning [3]
1935/22 1936/18
1965/4
goods [1] 1943/24
GOOGLE [45] 1885/6
1887/2 1897/17
1898/10 1898/13
1898/18 1905/8 1906/8
1907/12 1908/11
1910/5 1911/22 1914/3
1914/13 1915/24
1916/5 1916/6 1916/9
1918/24 1921/4
1922/25 1923/7
1923/12 1923/21

1921/21 1932/3 1932/4
1934/12 1934/13
1935/9 1942/13
1942/14 1943/2
1943/17 1945/9
1945/12 1951/12
1953/14 1957/2
1958/21 1958/22
1959/11 1960/18
1966/12 1970/7
Google's [2] 1895/11
1897/19 1898/11
1915/22 1922/3 1923/4
1931/11 1932/7 1943/4
1953/13 1962/23
1964/15
got [17] 1897/9
1897/11 1900/5 1902/5
1902/22 1910/25
1913/8 1916/4 1924/7
1928/6 1928/16
1928/19 1929/9
1932/14 1938/7
1946/13 1965/15
gotten [1] 1915/1
government [3]
1950/18 1951/7
1951/10
gradually [1] 1897/7
graph [1] 1939/4
graphic [2] 1930/6
1930/10
great [4] 1907/7
1907/13 1964/1
1965/11
greater [1] 1918/14
gritty [1] 1902/11
group [1] 1948/12
growing [1] 1921/1
grows [5] 1897/25
1897/25 1897/25
1898/6 1898/13
Grushetsky [3] 1927/1
1927/3 1927/6
guess [14] 1895/18
1897/22 1907/6
1908/24 1909/11
1909/18 1910/5
1911/22 1912/3
1912/16 1924/20
1924/22 1924/23
1925/22
guessing [1] 1922/15
guy [1] 1927/10

**H**

had [23] 1899/21
1902/3 1906/20
1907/15 1911/22
1914/19 1916/16
1918/24 1921/21
1921/23 1922/9
1922/11 1932/3
1941/20 1949/13
1949/14 1950/3
1951/19 1956/9
1960/25 1962/4
1963/24 1967/14

**H**

half [4] 1940/16
1940/17 1942/24
1949/23
halfway [2] 1914/6
1920/20
hallway [1] 1936/4
hand [3] 1895/14
1912/2 1936/6
handed [1] 1930/1
handle [1] 1900/1
hands [2] 1905/22
1905/25
happen [4] 1913/9
1922/15 1929/7 1931/9
1957/1
happened [2] 1909/14
happening [2] 1955/4
1960/7
happens [2] 1900/25
1960/10
happy [2] 1924/15
1926/19
hard [8] 1899/4 1904/2
1904/5 1915/8 1919/12
1924/22 1958/13
1962/22
harder [4] 1902/18
1915/13 1915/15
1960/19
hardware [1] 1933/9
harm [1] 1943/21
harms [5] 1944/4
1944/11 1944/19
1953/6 1954/21
has [28] 1896/6
1897/19 1898/13
1898/18 1905/19
1907/1 1908/4 1909/22
1911/6 1916/25
1928/21 1937/17
1942/25 1946/5 1946/7
1948/21 1949/20
1950/21 1952/1 1955/6
1955/6 1956/23 1959/4
1963/9 1963/20
1964/22 1965/22
1969/22
have [84] 1895/20
1896/8 1896/9 1898/9
1899/2 1899/4 1899/17
1901/6 1902/4 1902/14
1902/17 1904/9
1907/15 1908/23
1910/17 1911/9
1911/15 1912/5 1917/8
1923/11 1923/20
1924/2 1924/8 1924/9
1924/16 1932/15
1933/6 1934/12 1935/6
1935/13 1936/5
1937/14 1937/23
1938/4 1938/4 1939/5
1939/10 1940/8
1940/20 1941/15
1942/3 1943/23
1944/13 1946/17

1948/6 1948/7 1948/8
1948/12 1952/8 1952/9
1952/11 1953/4
1953/17 1953/21
1954/3 1956/23 1957/4
1958/6 1959/1 1959/14
1959/15 1959/20
1959/20 1959/20
1961/17 1961/20
1963/10 1964/3 1967/3
1967/6 1967/8 1968/1
1968/22 1969/9
1969/10 1969/17
1970/6 1970/10
1970/17
haven't [1] 1935/3
having [2] 1935/9
1968/6
he [2] 1912/19 1927/10
he's [2] 1927/7 1927/8
head [6] 1902/10
1902/13 1911/9
1912/16 1932/3 1933/5
head-start [2] 1932/3
1933/5
headquarters [1]
1937/6
healthcare [1] 1943/25
hear [1] 1948/2
hearsay [2] 1917/1
1917/7
heavy [1] 1923/11
help [5] 1901/16
1905/4 1905/7 1925/13
1948/22
helpful [2] 1934/18
1957/22
helping [1] 1911/17
her [1] 1900/20
here [11] 1907/6
1908/24 1911/12
1914/12 1922/14
1927/7 1927/10 1934/8
1934/15 1940/7
1969/13
here's [4] 1897/3
1900/2 1919/23
1919/23
hey [2] 1910/25 1964/3
hidden [1] 1950/13
high [8] 1916/4
1917/24 1925/15
1946/16 1947/3 1947/5
1951/5 1955/14
high-level [1] 1917/24
higher [2] 1921/4
1921/5
highest [3] 1915/1
1915/2 1915/2
highlight [1] 1933/3
highlighted [1] 1923/9
hint [1] 1899/3
hired [1] 1934/12
his [2] 1927/4 1927/5
historically [1]
1952/15
histories [1] 1944/14

1909/12 1943/18
1943/18 1943/20
1943/20 1951/12
1952/20 1952/22
1952/24
hit [1] 1964/15
Hoffman [1] 1935/23
1936/19 1949/9
holes [3] 1896/9
1896/14 1896/16
holiday [2] 1910/10
1921/21
home [3] 1903/24
1935/17 1959/1
honestly [1] 1964/2
Honor [19] 1905/15
1909/17 1916/24
1917/3 1917/10 1924/9
1924/12 1932/20
1933/12 1933/13
1935/8 1935/12
1935/22 1935/25
1936/4 1936/11
1949/10 1964/20
1965/1
Honor's [1] 1924/15
HONORABLE [2]
1885/9 1949/5
hours [1] 1897/3
household [1] 1952/23
housing [1] 1943/24
how [39] 1896/10
1896/23 1897/16
1898/19 1899/25
1899/25 1900/8 1900/8
1900/9 1901/6 1902/12
1903/14 1903/16
1903/16 1904/14
1907/10 1907/11
1909/22 1914/2
1914/23 1927/24
1929/4 1931/6 1937/21
1938/9 1938/11
1938/17 1938/23
1940/3 1946/17
1951/23 1951/24
1952/2 1952/2 1955/24
1957/19 1959/23
1961/5 1966/18
However [1] 1915/17
huge [7] 1904/21
1911/20 1923/4 1923/9
1933/25 1941/15
1943/15
huh [1] 1933/10
human [6] 1904/25
1915/7 1915/19
1916/11 1918/18
1935/5
human-level [2]
1915/19 1916/11
human-rated [1]
1935/5
humanlike [1] 1911/15
humans [1] 1909/4
hunch [2] 1956/10
1963/24

1938/14
hundreds [1] 1898/20
hustled [1] 1932/14
hype [1] 1909/16

**I**

I also [1] 1907/12
I believe [7] 1916/25
1917/7 1926/25 1927/3
1930/1 1931/11
1961/11
I can't [1] 1905/4
I did [1] 1912/1
I don't [9] 1903/22
1917/8 1932/6 1932/10
1934/16 1945/4
1945/15 1952/10
1969/19
I guess [8] 1895/18
1897/22 1908/24
1909/11 1909/18
1911/22 1912/3
1912/16
I have [3] 1904/23
1924/2 1935/13
I haven't [1] 1935/3
I just [4] 1902/8
1933/16 1941/4 1971/1
I mean [25] 1914/12
1943/6 1943/10 1944/3
1945/5 1946/11
1949/17 1950/3
1950/13 1952/15
1954/2 1954/10
1954/21 1956/8
1956/17 1958/9
1962/16 1963/8
1963/10 1964/11
1964/12 1965/21
1967/23 1968/15
1970/4
I recall [1] 1955/14
I say [1] 1960/7
I think [50] 1895/24
1898/5 1900/24
1901/23 1904/20
1906/23 1907/8
1907/20 1909/7 1909/8
1911/8 1911/11
1912/17 1912/19
1916/2 1916/21 1918/5
1923/16 1923/17
1923/21 1923/24
1923/25 1925/4 1925/5
1925/5 1925/13
1925/18 1925/20
1926/10 1927/22
1929/4 1932/7 1932/15
1933/20 1933/24
1935/4 1938/22
1951/22 1953/11
1953/17 1960/9 1963/8
1964/12 1964/21
1964/22 1967/15
1967/24 1969/20
1970/6 1970/22
I thought [5] 1907/16

1939/14 1966/19
I want [3] 1926/4
1926/7 1926/13
I wanted [2] 1905/7
1963/17
I was [22] 1903/12
1903/18 1903/19
1903/23 1905/3
1908/21 1911/4
1916/19 1922/15
1924/13 1935/13
1942/9 1950/6 1953/6
1954/21 1955/2
1958/12 1962/9
1965/21 1968/8
1970/12 1970/24
I will [2] 1900/2 1924/9
I'd [15] 1921/9 1921/13
1929/18 1933/14
1939/8 1942/1 1946/12
1948/18 1950/14
1950/24 1953/3 1958/9
1960/19 1962/5
1969/10
I'm [20] 1897/4
1899/22 1904/21
1905/9 1908/24
1916/18 1922/14
1924/11 1926/16
1927/5 1927/14
1929/24 1932/10
1937/22 1939/2
1948/22 1953/17
1961/13 1964/21
1970/19
I'm going [1] 1939/2
I'm just [1] 1929/24
I'm not [1] 1970/19
I'm not sure [1]
1953/17
I'm sorry [4] 1899/22
1924/11 1948/22
1961/13
I've [3] 1898/3 1936/3
1965/8
Ian [2] 1935/23
1936/18
Ian Hoffman [1]
1935/23
idea [6] 1909/8
1909/14 1928/1
1963/21 1965/12
1966/24
identical [1] 1940/21
identified [1] 1921/19
identify [4] 1900/9
1901/16 1955/18
1955/25
images [2] 1911/6
1939/7
imagine [4] 1897/23
1929/7 1960/25 1961/2
immeasurable [1]
1961/18
immediately [1] 1957/7
impact [2] 1897/16
1968/12

**I**

implications [5]
1898/9 1906/21
1911/23 1922/2
1923/12
implicitly [1] 1903/19
important [5] 1900/24
1904/4 1907/17 1908/9
1908/10
impossible [4] 1905/9
1956/17 1958/1 1958/3
impression [1] 1923/2
impressive [1] 1915/9
improve [2] 1920/21
1966/12
improvement [1]
1914/8
incentive [1] 1942/6
include [3] 1902/18
1947/12 1957/5
included [1] 1956/24
including [2] 1950/5
1951/11
incognito [2] 1945/24
1953/14 1955/3
increase [1] 1934/1
increased [1] 1950/24
increasing [1] 1950/9
increasingly [1]
1938/25
indeed [1] 1923/20
index [8] 1888/2
1888/9 1888/14
1938/22 1939/11
1941/17 1941/19
1965/23
indexes [3] 1939/6
1939/12 1965/24
indexing [3] 1939/22
1966/7 1966/15
indication [1] 1934/21
individual [2] 1944/13
1945/24
induction [1] 1930/17
influence [1] 1951/21
info [1] 1966/6
inform [1] 1925/13
informally [1] 1912/10
information [8] 1902/3
1904/15 1934/23
1943/14 1954/8
1954/19 1956/6 1969/6
informed [1] 1956/3
initial [2] 1920/5
1966/13
initially [3] 1919/9
1941/20 1966/13
innovative [2] 1939/16
1941/22
input [3] 1911/5 1920/4
1920/5
inputs [3] 1919/4
1919/5 1919/18
insights [1] 1946/23
inspirational [1]
1905/13
inspire [1] 1905/9
install [1] 1954/2

instead [3] 1909/3
1910/8 1910/17
instruct [1] 1957/23
intelligence [1]
1909/10
intended [1] 1905/13
interact [3] 1911/16
1959/1 1959/16
interacting [1] 1959/12
interest [1] 1964/11
interleaved [1] 1927/4
internal [1] 1919/19
international [1]
1950/17
Internet [9] 1918/22
1919/6 1937/10
1944/22 1946/8
1949/14 1949/25
1952/6 1952/8
interpret [3] 1904/6
1904/15 1909/4
interrupt [2] 1937/22
1948/23
introduced [2] 1905/6
1933/14
introduction [1]
1923/14
intuitive [1] 1940/9
invented [1] 1932/8
invest [3] 1942/7
1942/7 1942/8
investment [1] 1923/4
invited [1] 1905/23
involved [1] 1910/8
involvement [1]
1915/22
iOS [1] 1957/25
irrelevant [2] 1910/13
1922/13
is [207]
is there [2] 1917/5
1961/9
isn't [1] 1932/11
issue [4] 1950/14
1955/10 1955/20
1969/18
issues [2] 1957/10
1962/21
it [174]
it's [75] 1895/19
1895/23 1897/3 1898/5
1898/20 1899/4 1901/3
1901/14 1901/22
1902/17 1902/18
1903/3 1904/5 1909/23
1911/1 1911/3 1911/13
1912/17 1912/22
1913/4 1913/19
1913/22 1913/22
1915/12 1919/12
1921/10 1922/3
1923/25 1924/22
1925/21 1928/13
1928/14 1929/5 1929/9
1929/13 1929/15
1930/1 1930/5 1930/6
1932/19 1934/5

1934/25 1935/2 1938/5
1939/19 1940/8
1940/13 1941/24
1941/24 1943/6
1943/11 1944/15
1944/15 1944/17
1948/16 1948/25
1950/9 1953/18
1956/17 1957/13
1957/14 1958/15
1959/18 1960/14
1960/19 1961/19
1962/10 1962/22
1963/8 1963/14
1963/15 1969/21
1969/22
it's like [2] 1944/15
1944/17
its [16] 1910/9 1913/17
1917/5 1934/7 1938/17
1941/19 1942/11
1943/3 1945/14
1953/10 1956/23
1962/21 1965/23
1969/1 1969/3 1969/22
itself [3] 1926/18
1927/17 1942/3

**J**

jobs [1] 1943/24
John [1] 1887/2
jon.sallet [1] 1886/16
Jonathan [1] 1886/11
Joseph [1] 1965/1
journey [2] 1909/24
1912/8
Jr [1] 1886/17
jschmidtlein [1]
1887/5
judge [2] 1885/10
1912/8
Judicial [1] 1886/13
July [1] 1920/17
1920/25 1921/3
jumped [1] 1911/6
junior [2] 1910/16
1922/10
just [80] 1898/16
1902/8 1902/21 1905/4
1907/24 1908/7 1909/2
1909/3 1909/6 1910/1
1910/7 1910/11
1910/12 1910/17
1911/1 1911/3 1911/4
1911/13 1911/24
1911/24 1914/9 1915/4
1917/16 1917/21
1919/12 1920/4 1920/6
1920/6 1920/7 1921/22
1921/23 1922/8
1922/10 1922/11
1922/16 1924/4
1924/14 1929/24
1933/16 1938/5
1939/10 1940/22
1941/4 1941/8 1942/14
1943/23 1944/19

1950/4 1950/9 1953/9
1953/11 1953/18
1954/4 1954/12
1957/21 1958/4
1958/12 1958/19
1958/23 1959/9
1959/10 1959/18
1960/7 1960/9 1960/19
1960/22 1961/6 1963/3
1963/3 1963/6 1963/11
1965/7 1965/8 1966/5
1967/20 1967/23
1970/10 1971/1
JUSTICE [2] 1886/2
1886/6
justification [1]
1960/14

**K**

keep [2] 1896/11
1901/3
keeps [1] 1930/17
Kelce [1] 1900/7
Kenneth [3] 1886/2
1887/2 1887/6
kenneth.dintzer2 [1]
1886/5
kicked [2] 1951/1
1952/18
killer [1] 1915/12
kind [54] 1896/8
1896/15 1897/2
1899/18 1899/19
1900/17 1901/3
1904/22 1904/23
1904/25 1909/23
1910/13 1910/20
1912/18 1919/11
1922/7 1922/10
1922/12 1922/16
1927/22 1929/3 1931/1
1932/16 1937/16
1938/18 1939/11
1940/6 1941/14 1942/5
1942/6 1944/8 1944/23
1945/20 1946/24
1951/10 1951/13
1951/23 1951/25
1952/3 1952/16
1955/17 1955/25
1956/1 1956/2 1957/4
1957/6 1958/10 1960/7
1960/12 1960/15
1962/4 1967/9 1969/21
1970/21
kinds [3] 1897/8
1922/16 1925/9
knock [1] 1910/21
know [50] 1899/8
1900/19 1901/1
1901/18 1901/23
1901/25 1904/14
1906/21 1906/23
1908/10 1909/7
1909/10 1910/4
1910/15 1913/13
1913/19 1915/17

1906/18 1916/19
1916/21 1917/1
1920/11 1921/2
1921/24 1922/3 1925/8
1925/8 1925/15
1926/14 1935/3
1935/25 1940/11
1941/10 1943/12
1943/15 1943/17
1944/5 1944/16
1944/17 1946/24
1951/2 1952/22 1953/9
1953/15 1954/23
1956/10 1960/9
1961/18 1966/3
1969/22
knowing [1] 1944/8
knowledge [2] 1920/24
1939/3
known [1] 1937/12
ksmurzynski [1]
1887/8

**L**

language [36] 1907/7
1907/11 1911/12
1911/15 1911/17
1912/9 1912/20
1912/21 1912/23
1912/25 1913/4 1913/5
1913/6 1913/7 1913/11
1913/13 1913/17
1914/12 1914/17
1914/20 1917/17
1917/25 1918/5
1918/15 1918/18
1919/8 1919/10
1919/11 1919/17
1920/2 1923/18 1931/3
1947/13 1967/3 1967/4
1967/17
laptop [1] 1959/2
large [20] 1898/23
1898/25 1907/15
1910/12 1911/19
1911/25 1912/9
1912/20 1912/21
1914/8 1918/21 1920/2
1923/18 1923/20
1931/4 1934/11
1944/10 1946/15
1962/17 1969/10
large-scale [1] 1931/4
largely [5] 1923/5
1923/10 1923/24
1925/1 1925/3
larger [4] 1913/6
1913/8 1913/8 1913/8
largest [1] 1942/25
last [6] 1896/6 1926/5
1926/7 1926/7 1937/14
1946/12
lately [1] 1907/21
latency [4] 1930/24
1931/6 1931/11
1931/14
later [3] 1915/18
1915/25 1963/20

**L**

**latest [1]** 1900/8
**launched [3]** 1931/21 1932/14 1932/15
**LAW [1]** 1886/11
**lawsuit [1]** 1953/4
**layout [1]** 1904/17
**layouts [1]** 1941/14
**lead [1]** 1933/6
**leader [2]** 1914/25 1915/5
**leadership [2]** 1903/11 1921/19
**leading [2]** 1937/10 1952/7
**leaked [1]** 1952/2
**learn [7]** 1904/19 1908/24 1911/10 1911/15 1911/17 1911/19 1913/17
**learned [1]** 1922/6
**learning [12]** 1897/8 1906/20 1907/24 1908/15 1911/19 1919/4 1920/9 1922/12 1923/11 1924/6 1925/3 1925/11
**least [9]** 1900/23 1912/13 1913/22 1916/25 1934/21 1944/7 1948/15 1953/4 1964/15
**left [3]** 1911/22 1921/4 1949/12
**Lehman [18]** 1895/9 1897/13 1903/6 1905/18 1909/20 1912/5 1917/4 1917/15 1921/6 1922/22 1924/2 1924/4 1924/18 1926/4 1930/8 1932/23 1933/17 1935/15
**less [6]** 1896/19 1906/8 1925/19 1934/25 1940/9 1941/9
**let [3]** 1912/10 1949/20 1966/21
**let's [4]** 1914/9 1929/23 1952/5 1956/20
**Let's see [1]** 1929/23
**letters [1]** 1914/2
**level [17]** 1898/15 1915/7 1915/19 1916/11 1917/22 1917/24 1945/2 1945/7 1945/9 1945/13 1946/8 1946/16 1947/3 1947/5 1951/5 1952/4 1952/6
**license [3]** 1937/1 1939/19 1939/24
**licenses [1]** 1941/18
**like [108]** 1896/9 1897/2 1897/4 1898/12 1900/24 1900/25 1901/5 1901/13 1901/18 1902/11 1905/24 1908/8 1909/2
1909/15 1910/10 1910/16 1910/24 1910/25 1911/1 1911/23 1912/2 1913/1 1913/2 1913/15 1917/24 1918/8 1919/8 1919/9 1920/10 1921/9 1921/13 1922/8 1923/17 1923/23 1924/1 1925/13 1925/18 1929/18 1930/23 1931/4 1931/18 1933/14 1933/24 1938/5 1938/22 1939/6 1939/7 1939/23 1940/14 1940/18 1941/7 1941/13 1941/20 1942/14 1943/24 1944/11 1944/15 1944/17 1944/21 1945/6 1946/2 1947/15 1948/2 1948/4 1948/6 1948/8 1950/5 1953/18 1954/24 1955/2 1955/14 1956/16 1958/12 1959/9 1959/17 1959/17 1959/18 1959/23 1960/2 1960/10 1960/13 1960/23 1961/25 1962/5 1962/10 1962/21 1962/25 1964/4 1964/17 1966/4 1966/5 1966/6 1966/21 1967/2 1967/21 1967/25 1968/8 1968/8 1968/8 1969/12 1969/19 1969/23 1970/7 1970/12 1970/15 1971/1
**liked [1]** 1967/8
**likely [4]** 1925/12 1926/17 1927/16 1942/19
**limitations [1]** 1908/4
**limited [3]** 1913/22 1941/21 1968/15
**line [3]** 1901/6 1907/6 1952/3
**linearly [1]** 1898/1
**link [2]** 1942/6 1969/14
**linking [1]** 1940/24
**links [15]** 1900/10 1938/22 1939/17 1939/19 1941/8 1941/10 1942/2 1969/8 1969/13 1970/10 1970/18 1970/22 1970/22 1971/1 1971/4 1971/4
**little [19]** 1899/2 1902/17 1904/2 1905/10 1909/7 1912/24 1919/7 1919/12 1919/19 1930/21 1930/25

1947/12 1948/24 1948/25 1949/1 1950/3 1960/14
**live [2]** 1927/25 1968/18
**LLC [1]** 1885/6
**LLP [2]** 1886/18 1887/3
**local [1]** 1952/20
**location [2]** 1943/19 1946/2
**lodged [1]** 1916/25
**logarithmically [1]** 1898/7
**long [7]** 1897/20 1901/22 1902/9 1902/17 1913/24 1931/6 1952/16
**long-tail [2]** 1902/9 1902/17
**look [6]** 1897/9 1901/5 1903/14 1905/20 1929/12 1940/21
**looked [4]** 1899/14 1911/23 1927/23 1945/23
**looking [3]** 1900/21 1910/20 1968/2
**looks [4]** 1905/24 1917/24 1962/4 1967/21
**lot [24]** 1900/4 1901/1 1915/3 1918/6 1918/7 1918/7 1918/10 1922/6 1925/9 1925/20 1927/7 1939/1 1940/24 1941/1 1944/20 1946/11 1950/18 1950/24 1951/7 1954/22 1959/22 1964/11 1964/12 1966/14
**lots [6]** 1900/5 1907/16 1919/9 1928/11 1928/16 1928/22
**loud [1]** 1920/19
**love [1]** 1959/25
**low [1]** 1929/5
**lower [2]** 1908/8 1921/4
**lunch [1]** 1911/7

**M**

**machine [5]** 1911/19 1916/16 1922/12 1924/6 1925/11
**machine-learning [1]** 1925/11
**machines [3]** 1911/14 1911/17 1915/16
**made [8]** 1910/12 1922/6 1922/12 1950/10 1957/21 1962/2 1962/16 1964/8
**Magic [1]** 1905/7
**magical [1]** 1905/8
**magnitude [1]** 1933/8
**main [1]** 1942/16
**Maine [1]** 1887/7

1950/4 1969/8 1970/4
**maintain [2]** 1917/2 1933/6
**major [5]** 1917/17 1923/22 1952/9 1953/4 1964/14
**majority [2]** 1955/18 1956/1
**make [14]** 1895/18 1901/20 1903/15 1905/11 1914/11 1927/12 1941/12 1942/9 1954/4 1956/11 1957/9 1966/5 1969/7 1969/23
**makes [1]** 1941/5
**making [2]** 1966/16 1966/20
**manage [1]** 1931/15
**manipulated [1]** 1944/6
**many [24]** 1895/21 1896/12 1898/23 1899/4 1902/14 1903/16 1908/11 1913/25 1916/11 1920/7 1922/5 1923/22 1931/9 1931/9 1937/21 1938/9 1938/11 1944/4 1953/3 1957/10 1958/20 1958/23 1959/18 1965/21
**maps [3]** 1939/7 1966/3 1969/12
**margin [1]** 1910/12
**marked [5]** 1905/19 1912/6 1914/2 1921/7 1934/12
**market [4]** 1942/23 1943/1 1948/11 1961/16
**marketing [1]** 1909/16
**mascot [4]** 1965/12 1965/12 1965/13 1965/14
**masses [1]** 1919/13
**math [1]** 1913/18
**mathematics [1]** 1902/12
**matter [3]** 1915/17 1958/19 1994/4
**may [17]** 1900/3 1905/15 1909/17 1911/11 1919/7 1924/8 1932/15 1932/20 1936/11 1936/12 1937/23 1940/7 1940/12 1944/5 1944/6 1948/3 1968/22
**maybe [15]** 1895/19 1899/8 1899/10 1899/10 1899/12 1900/19 1907/7 1908/25 1910/24 1912/24 1916/16 1925/6 1932/17 1966/21 1966/22

**mean [17]** 1903/10 1903/11 1909/25 1910/1 1910/14 1911/8 1912/10 1912/12 1918/25 1927/9 1927/12 1935/1 1943/7 1949/20 1963/6 1966/10 1966/21
**mean [32]** 1904/20 1914/2 1914/12 1927/11 1943/6 1943/10 1944/3 1945/5 1946/11 1949/17 1950/3 1950/13 1952/15 1954/1 1954/2 1954/10 1954/21 1956/8 1956/17 1958/9 1962/16 1963/8 1963/10 1963/24 1964/11 1964/12 1965/21 1967/23 1968/15 1970/4 1970/19 1971/1
**meaning [1]** 1911/12
**means [4]** 1911/12 1935/15 1939/22 1960/16
**measurable [1]** 1961/19
**measure [1]** 1914/15
**measurement [2]** 1928/24 1969/23
**measures [1]** 1899/20
**mechanical [1]** 1887/14
**mechanism [1]** 1908/23
**media [1]** 1951/3
**meetings [1]** 1905/22
**MEHTA [2]** 1885/9 1949/6
**memorization [2]** 1895/25 1896/2
**memorize [1]** 1918/6
**memory [2]** 1918/7 1932/17
**mentioned [7]** 1915/21 1918/25 1931/25 1941/4 1941/20 1944/5 1967/14
**mentioning [3]** 1942/10 1960/8 1962/9
**menus [1]** 1956/24
**Merit [1]** 1887/10
**mess [1]** 1954/3
**message [1]** 1904/16
**method [2]** 1961/21 1961/24
**methodologies [2]** 1968/9 1968/17
**methods [1]** 1956/21
**metric [2]** 1926/15 1969/20
**metrics [3]** 1926/18 1927/16 1969/22
**Microsoft [5]** 1922/25 1932/15 1939/20 1939/25 1940/1

**Microsoft's [1]** 1939/25
**mid [1]** 1938/24
**mid-2000s [1]** 1938/24
**might [16]** 1899/6 1899/20 1907/4 1908/24 1908/25 1908/25 1924/16 1938/18 1940/10 1940/11 1947/17 1960/8 1967/3 1970/13 1970/14 1970/17
**mildly [2]** 1899/21 1902/19
**milestone [5]** 1909/25 1910/13 1911/21 1912/8 1917/17
**million [2]** 1938/13 1938/14
**millions [1]** 1898/21
**mimmick [1]** 1913/12
**mind [3]** 1896/12 1922/9 1941/1
**mine [2]** 1924/17 1927/4
**minimal [1]** 1908/1
**minute [2]** 1924/8 1929/24
**misconception [1]** 1955/19
**misconceptions [2]** 1955/7 1955/16
**misleading [4]** 1927/22 1928/12 1928/14 1964/3
**misled [1]** 1956/2
**missed [1]** 1937/23
**missing [1]** 1946/3
**mistakes [1]** 1922/6
**ML [9]** 1922/24 1923/3 1923/5 1923/6 1923/15 1923/20 1924/4 1924/5 1924/20
**ML-based [1]** 1923/6
**mobile [1]** 1960/5
**mode [28]** 1945/24 1945/25 1952/10 1952/11 1952/18 1952/19 1952/21 1953/5 1953/8 1953/10 1953/11 1953/14 1953/21 1954/3 1954/7 1954/13 1954/18 1954/23 1955/3 1955/8 1955/21 1956/4 1956/12 1956/14 1956/19 1956/19 1963/22 1964/5
**model [5]** 1898/5 1912/20 1912/21 1917/25 1919/19
**models [8]** 1912/9 1912/25 1913/3 1913/7 1914/7 1920/2 1923/18 1966/16
**modes [4]** 1952/8 1952/13 1953/2

**modifies [1]** 1919/18
**modify [1]** 1899/20
**module [1]** 1967/6
**modules [22]** 1939/2 1939/5 1939/15 1939/21 1941/2 1941/4 1941/23 1942/7 1950/5 1965/17 1965/19 1965/22 1966/10 1966/24 1966/25 1967/4 1967/12 1967/18 1969/9 1969/25 1970/6 1970/24
**moment [3]** 1910/14 1950/17 1950/23
**monetize [1]** 1942/2
**money [1]** 1957/8
**monster [1]** 1912/18
**month [1]** 1960/1
**months [1]** 1911/2
**more [50]** 1895/24 1896/12 1897/9 1897/10 1899/21 1899/21 1901/9 1901/9 1902/14 1902/16 1902/19 1903/15 1904/12 1904/25 1906/15 1913/7 1913/21 1914/7 1916/3 1918/15 1918/16 1924/13 1926/14 1926/16 1927/15 1927/20 1928/3 1928/6 1929/12 1931/13 1931/21 1933/8 1935/2 1937/15 1940/13 1940/13 1941/5 1944/24 1947/12 1948/11 1950/11 1950/13 1951/18 1952/20 1952/25 1957/9 1960/21 1968/18 1969/17 1970/9
**morning [8]** 1885/7 1895/9 1935/22 1936/18 1948/25 1965/1 1965/4 1965/6
**most [16]** 1925/17 1928/9 1937/12 1939/20 1939/21 1941/4 1942/13 1943/18 1945/12 1950/8 1952/9 1952/13 1959/24 1961/20 1967/24 1970/6
**motivate [2]** 1905/4 1947/9
**motivated [1]** 1966/9
**motivation [2]** 1907/14 1966/13
**move [2]** 1897/8 1971/8
**Mozilla's [1]** 1953/15
**Mr. [10]** 1927/6 1936/9 1936/18 1936/25

**Mr. Grushetsky [1]** 1927/6
**Mr. Hoffman [1]** 1949/9
**Mr. Weinberg [8]** 1936/9 1936/18 1936/25 1949/12 1952/7 1954/6 1963/19 1965/6
**Ms. [1]** 1924/11
**Ms. Murdock [1]** 1924/11
**much [22]** 1899/17 1906/8 1909/13 1915/13 1915/15 1916/8 1923/21 1925/5 1925/18 1925/18 1934/25 1935/16 1939/19 1940/23 1940/24 1952/10 1952/19 1958/5 1964/14 1967/9 1969/16 1969/17
**multiple [9]** 1901/15 1910/2 1933/8 1938/4 1959/1 1959/4 1959/6 1959/7 1960/1
**MUM [23]** 1912/14 1912/16 1915/19 1915/22 1916/8 1916/23 1917/17 1917/25 1918/4 1918/14 1918/19 1918/21 1918/23 1919/9 1920/14 1920/21 1923/14 1923/16 1923/17 1930/21 1930/23 1931/18 1931/21
**Murdock [2]** 1886/6 1924/11
**Murdock-Park [1]** 1886/6
**my [16]** 1903/25 1904/16 1911/9 1912/1 1923/1 1924/22 1927/14 1932/17 1934/24 1936/18 1964/22 1965/7 1965/16 1966/12 1968/20 1970/7
**myself [2]** 1966/11 1966/12

**N**

**name [15]** 1906/5 1912/24 1936/18 1936/21 1936/21 1937/23 1937/25 1938/1 1938/2 1953/9 1953/15 1953/17 1965/9 1965/13 1965/13
**names [1]** 1963/19
**naming [1]** 1963/19
**natural [1]** 1899/18

**navboost [24]** 1898/12 1898/16 1898/19 1898/23 1899/18 1900/5 1901/15 1902/9 1902/19 1926/16 1926/19 1926/20 1927/15 1927/20 1928/9 1928/13 1928/15 1928/20 1928/21 1928/24 1929/8 1929/12 1929/15 1931/22
**near [1]** 1928/18
**nearly [1]** 1940/21
**Nebraska [1]** 1965/2
**necessarily [1]** 1952/10
**necessary [1]** 1902/4
**need [15]** 1895/17 1895/20 1896/18 1904/18 1904/18 1905/2 1906/25 1909/4 1918/6 1918/7 1918/10 1920/13 1934/20 1942/3 1969/7
**needed [3]** 1912/2 1930/23 1931/18
**needing [1]** 1929/24
**needs [2]** 1933/8 1960/20
**negative [1]** 1956/2
**negotiations [1]** 1957/6
**network [1]** 1942/4
**never [2]** 1913/19 1922/9
**Nevertheless [1]** 1923/6
**new [16]** 1886/19 1896/18 1898/3 1900/1 1900/9 1900/15 1914/19 1915/10 1920/5 1920/7 1923/5 1923/6 1947/8 1953/18 1953/18 1960/13
**news [4]** 1901/5 1911/4 1939/7 1951/2
**next [10]** 1909/18 1909/25 1910/22 1912/8 1917/19 1919/3 1920/16 1935/20 1935/24 1940/18
**nice [3]** 1901/3 1932/3 1933/5
**niche [1]** 1966/25
**nitty [1]** 1902/11
**nitty-gritty [1]** 1902/11
**no [30]** 1885/4 1900/14 1904/18 1905/1 1917/8 1917/10 1918/25 1919/1 1919/1 1919/1 1922/9 1924/2 1924/12 1924/13 1924/13 1926/23 1931/11 1933/11 1935/8 1935/13 1942/21 1945/4 1945/11

1956/17 1956/18 1956/18 1957/4 1961/8
**non [2]** 1957/16 1957/20
**non-default [2]** 1957/16 1957/20
**nonintuitive [1]** 1940/6
**nonstop [1]** 1951/2
**nope [1]** 1917/8
**not [58]** 1895/19 1896/4 1899/11 1899/13 1901/14 1904/20 1906/25 1907/13 1909/13 1909/16 1911/18 1911/24 1913/22 1914/2 1916/19 1917/4 1918/7 1919/24 1925/12 1925/21 1926/19 1928/13 1929/5 1929/25 1932/10 1932/17 1934/18 1934/22 1938/4 1942/7 1942/21 1944/21 1946/1 1947/18 1948/12 1953/6 1953/17 1954/11 1955/18 1955/22 1956/5 1957/13 1957/22 1959/11 1959/17 1960/5 1960/6 1960/7 1960/22 1962/18 1964/5 1965/11 1966/7 1967/7 1967/23 1969/23 1970/19 1971/9
**notable [1]** 1923/23
**notably [1]** 1939/20
**notes [1]** 1895/18
**nothing [2]** 1953/2 1960/18
**noticing [2]** 1911/4 1912/25
**notion [3]** 1897/6 1905/6 1945/18
**nouns [1]** 1913/1
**November [1]** 1923/14
**now [19]** 1896/1 1900/6 1900/22 1923/18 1924/19 1930/14 1930/21 1939/9 1947/3 1948/15 1950/22 1952/5 1954/6 1957/14 1959/17 1961/2 1963/19 1967/15 1970/6
**nuances [2]** 1958/18 1960/8
**number [22]** 1895/10 1895/15 1895/22 1897/24 1898/24 1898/24 1898/25 1898/25 1899/1 1903/1 1920/19 1920/20 1920/24 1921/1 1921/4 1947/18 1947/21

**N**

number... [5] 1947/22
1948/9 1949/25
1955/12 1968/11
numbers [1] 1919/13
NW [4] 1886/3 1886/7
1887/3 1887/12
NY [1] 1886/19

**O**

oath [1] 1936/7
object [1] 1935/9
objection [5] 1917/1
1917/5 1917/8 1917/8
1917/10
observations [1]
1904/11
observe [5] 1904/10
1904/14 1908/2
1928/15 1929/9
observed [1] 1950/10
observer [1] 1940/21
obstacle [1] 1964/15
obstacles [1] 1964/9
obtains [1] 1897/17
obvious [2] 1895/19
1904/20
off [8] 1898/15 1910/21
1916/5 1923/5 1949/12
1951/1 1952/18
1955/17
offer [6] 1921/13
1945/2 1945/9 1945/12
1952/13 1953/22
offered [1] 1955/8
offers [5] 1945/3
1945/6 1945/7 1945/10
1945/14
Official [1] 1887/11
often [7] 1901/5 1913/2
1929/4 1929/6 1947/7
1948/2 1970/23
oftentimes [1] 1954/10
oh [3] 1925/11 1938/1
1965/10
okay [21] 1914/5
1917/9 1918/2 1925/12
1930/3 1930/4 1930/19
1931/16 1935/14
1936/2 1938/1 1938/16
1940/2 1947/2 1949/19
1953/12 1953/19
1953/24 1957/15
1964/20 1964/25
old [4] 1900/18
1900/20 1901/2 1901/6
older [1] 1896/17
once [2] 1901/18
1968/1
one [63] 1895/14
1895/18 1897/6
1897/22 1897/23
1899/7 1899/7 1899/16
1900/2 1900/17 1901/7
1901/8 1901/18
1901/23 1905/3
1906/15 1907/8 1910/3
1911/8 1912/19

1916/25 1919/20
1922/19 1922/24
1924/13 1924/16
1926/14 1929/3 1930/2
1930/3 1933/15 1935/1
1938/4 1938/14
1938/22 1939/3
1939/11 1939/13
1940/16 1940/17
1944/17 1947/18
1947/21 1947/25
1948/1 1951/9 1953/4
1957/24 1957/25
1959/4 1959/9 1960/6
1961/2 1961/5 1962/10
1965/22 1966/1
1967/23 1968/3
1968/21 1968/21
one's [1] 1913/20
one-half [2] 1940/16
1940/17
ones [6] 1896/18
1901/9 1916/15
1942/16 1967/16
1970/13
online [7] 1937/20
1943/10 1943/16
1948/3 1952/19 1953/1
1954/13
only [7] 1898/18
1907/13 1910/17
1946/4 1948/12
1957/12 1969/6
open [5] 1895/7 1936/1
1964/22 1964/23
1966/23
OpenAI [1] 1923/23
opened [1] 1951/22
operate [1] 1901/15
operates [1] 1953/20
operating [4] 1939/11
1959/5 1960/11
1960/25
opportunity [3]
1903/10 1903/11
1933/6
option [6] 1956/24
1957/16 1957/21
1958/1 1958/4 1961/10
options [2] 1945/13
1947/16
order [3] 1918/19
1920/13 1959/17
orders [1] 1933/8
organic [2] 1971/3
1971/4
organization [3]
1904/21 1905/23
1906/1
organizations [1]
1905/10
orient [1] 1917/16
originally [1] 1939/14
other [34] 1895/16
1899/12 1899/13
1900/19 1914/13
1915/19 1925/1 1930/7

1937/19 1937/20
1939/2 1939/20
1939/22 1941/7 1942/8
1942/15 1943/19
1945/5 1945/21 1946/1
1947/16 1950/23
1952/3 1957/10
1959/13 1960/8
1962/25 1968/5
1968/17 1970/8
1970/16
others [2] 1900/16
1900/16
otherwise [5] 1905/9
1911/13 1928/4 1958/2
1970/21
our [41] 1899/12
1901/1 1901/24 1902/2
1903/25 1904/19
1907/25 1908/3
1910/11 1917/3 1922/7
1923/6 1933/5 1933/6
1933/8 1934/17
1935/24 1937/12
1937/16 1937/17
1938/3 1941/9 1942/13
1942/14 1944/7
1944/22 1946/23
1948/11 1948/25
1953/22 1953/23
1953/23 1957/6
1959/24 1959/25
1961/3 1961/4 1961/4
1962/19 1963/25
1967/15
ourselves [6] 1939/21
1941/5 1946/22 1966/5
1966/7 1969/9
out [16] 1902/18
1906/25 1910/11
1911/18 1911/19
1920/19 1923/4
1924/19 1925/17
1927/12 1945/21
1945/23 1948/15
1951/23 1952/2
1955/11
outperformed [1]
1921/23
outputs [1] 1919/18
outside [4] 1922/25
1923/21 1926/19
1969/25
over [20] 1896/5
1897/24 1898/6 1912/2
1921/14 1921/21
1921/24 1922/6
1922/20 1925/22 1929/1
1934/14 1937/14
1945/17 1946/14
1950/7 1950/21
1950/21 1952/25
1966/18
overall [3] 1942/23
1944/25 1969/20
own [11] 1908/3
1916/6 1939/5 1941/19

1962/21 1965/23
1966/12 1969/1
1969/22

**P**

P. [1] 1949/6
p.m [2] 1993/7 1993/7
page [38] 1896/3
1899/14 1902/21
1903/16 1904/1 1904/5
1904/10 1904/12
1904/18 1906/2
1906/10 1906/24
1907/1 1907/18
1907/23 1908/7
1908/16 1909/2 1909/3
1910/8 1911/14 1914/1
1920/20 1922/19
1926/7 1926/8 1927/2
1929/19 1930/5 1940/8
1940/9 1940/12 1941/2
1969/1 1969/4 1969/7
1969/12 1970/9
pages [7] 1900/21
1900/22 1910/18
1925/10 1928/19
1940/21 1940/23
paid [1] 1923/5
pair [1] 1956/4
pairing [1] 1956/13
pairs [2] 1934/11
1954/18
pandemic [1] 1951/1
panel [1] 1946/20
Paoli [1] 1937/7
paper [1] 1955/11
paragraph [4] 1914/6
1922/19 1922/22
1926/13
parallel [2] 1931/9
1931/13
park [2] 1886/6 1886/9
part [6] 1927/20 1956/8
1962/17 1962/17
1966/13 1969/11
participate [2] 1957/9
1957/14
particular [7] 1896/3
1896/3 1903/25
1919/14 1919/16
1944/3 1956/9
particularly [3] 1902/1
1912/18 1914/14
parties [1] 1971/10
partly [1] 1968/16
partnered [1] 1966/4
partners [1] 1939/23
parts [3] 1927/7 1927/8
1927/12
pass [1] 1923/24
passage [2] 1909/2
1909/6 1910/8 1910/17
1919/23 1919/24
1934/11
past [9] 1898/13
1922/17 1923/3
1928/16 1928/19

1969/1 1930/11
1930/15 1948/24
patch [1] 1896/16
path [1] 1923/17
patterns [7] 1896/25
1897/8 1912/23 1913/4
1913/7 1913/11
1913/17
PATTERSON [1]
1886/17
pause [1] 1914/9
pbwt.com [1] 1886/20
PC [1] 1923/20
Pennsylvania [1]
1937/7
people [86] 1897/2
1897/4 1899/7 1899/9
1900/4 1900/10
1903/12 1903/13
1903/15 1904/2 1904/8
1904/9 1904/16
1904/21 1904/24
1904/25 1905/4
1905/10 1908/2 1908/6
1908/23 1909/13
1911/13 1911/16
1913/3 1913/6 1913/12
1913/21 1914/11
1914/12 1914/12
1914/13 1914/13
1915/3 1916/21
1926/10 1926/11
1928/25 1929/4 1930/6
1930/16 1934/11
1937/21 1938/9
1938/23 1939/3
1941/16 1944/16
1944/18 1944/20
1945/23 1946/1
1946/24 1947/18
1948/2 1948/3 1948/3
1948/4 1948/10 1950/8
1950/14 1950/18
1955/14 1955/17
1955/18 1955/20
1955/23 1955/23
1955/24 1956/1
1957/23 1958/10
1958/14 1958/16
1959/6 1959/23 1960/3
1962/19 1962/19
1966/6 1967/8 1968/2
1968/6 1969/15
1969/16 1970/22
people's [3] 1951/22
1963/25 1964/15
per [3] 1918/13 1957/9
1959/7
perceived [1] 1969/17
percent [9] 1901/25
1942/24 1947/6
1947/21 1947/22
1947/23 1948/19
1949/17 1955/14
percentage [5]
1898/14 1942/22
1942/25 1944/10
1961/16

**P**

perfectly [2] 1902/4 1916/22
perform [2] 1918/15 1920/7
performance [4] 1915/6 1915/14 1915/20 1916/11
performing [1] 1915/7
performs [1] 1946/18
period [2] 1950/7 1962/3
periodically [1] 1905/22
periods [1] 1961/23
person [4] 1899/7 1935/1 1935/2 1944/18
personal [1] 1954/19
perspective [1] 1944/7
phone [1] 1959/2
phrase [2] 1927/11 1927/11
pick [4] 1910/23 1947/8 1947/18 1947/20
picture [2] 1899/16 1925/15
pictures [1] 1944/17
piece [1] 1940/6
pieces [1] 1910/21
pitch [4] 1938/3 1964/1 1964/2 1964/6
pitched [1] 1963/21
place [3] 1907/7 1907/13 1969/12
placed [1] 1936/7
places [2] 1952/3 1966/6
plaintiff [3] 1886/10 1936/14 1965/2
PLAINTIFF's [2] 1888/5 1888/16
plaintiffs [5] 1885/4 1886/2 1895/10 1916/25 1935/20
platform [1] 1966/23
plausible [1] 1899/12
played [1] 1908/1
player [1] 1900/7
pleasant [1] 1944/24
please [7] 1922/23 1924/12 1936/6 1936/22 1943/8 1949/7 1971/10
plus [3] 1913/16 1913/16 1960/21
point [17] 1904/7 1908/25 1910/19 1910/22 1912/1 1922/9 1926/11 1927/12 1927/23 1933/18 1933/24 1934/2 1947/25 1955/15 1957/6 1960/13 1970/5
points [2] 1917/24 1932/24
Pokémon [2] 1967/5 1967/6

popular [2] 1925/12 1925/17
popularity [1] 1925/7
population [3] 1946/15 1946/22 1959/21
portion [4] 1906/11 1929/21 1939/16 1941/22
pose [1] 1920/5
posited [1] 1916/16
positing [1] 1908/17
positive [7] 1926/17 1927/15 1927/21 1928/7 1928/9 1929/12 1929/16
possibility [1] 1908/22
possible [3] 1901/21 1919/1 1954/6
possibly [1] 1907/5
potential [1] 1956/20
power [1] 1926/20
powerful [5] 1907/9 1914/7 1916/3 1926/15 1958/13
Prabhakar [1] 1912/17
practical [2] 1958/19 1963/4
practice [1] 1940/22
practices [1] 1922/6
precise [1] 1947/12
precision [2] 1926/17 1927/16
precision/utility [2] 1926/17 1927/16
predictive [1] 1929/1
prefer [1] 1956/4
preference [3] 1947/6 1948/20 1949/18
prefers [1] 1956/13
presentation [14] 1903/8 1903/24 1904/17 1905/1 1905/21 1905/25 1906/11 1906/16 1906/18 1907/12 1907/24 1908/21 1912/16 1932/24
presentations [1] 1911/11
presented [2] 1903/21 1904/2
presenting [1] 1909/9
presiding [1] 1949/6
press [3] 1932/16 1950/17 1950/25
pressing [1] 1938/5
pretty [15] 1898/5 1909/8 1923/21 1926/16 1927/5 1927/15 1939/19 1941/3 1945/22 1948/19 1955/10 1964/6 1964/14 1966/1 1966/25
Prettyman [1] 1887/11
prevent [1] 1953/2
preview [1] 1908/7

previous [1] 1922/12
previously [2] 1897/21 1928/7
prices [1] 1944/2
primarily [1] 1934/6
primary [3] 1896/5 1955/19 1958/10
principle [2] 1897/13 1897/16
PRISM [1] 1951/10
privacy [68] 1937/10 1937/15 1937/19 1942/8 1942/9 1943/6 1944/20 1945/2 1945/6 1945/7 1945/10 1945/13 1945/13 1946/9 1946/12 1947/7 1947/14 1947/20 1948/7 1948/8 1948/12 1948/19 1949/14 1949/18 1949/21 1949/24 1949/25 1950/7 1950/11 1950/20 1951/2 1952/4 1952/6 1952/8 1952/10 1952/11 1952/13 1952/13 1952/25 1953/2 1953/5 1953/5 1953/6 1953/7 1953/10 1953/21 1953/22 1953/23 1953/25 1954/3 1954/4 1954/7 1954/17 1954/18 1954/22 1955/7 1955/8 1955/19 1956/4 1956/14 1958/11 1961/12 1962/10 1962/11 1964/5 1964/13 1970/15
privacy-focused [2] 1949/21 1956/14
private [19] 1937/12 1937/18 1941/10 1945/5 1952/18 1952/21 1953/11 1953/18 1953/18 1954/4 1954/8 1954/13 1954/23 1955/21 1956/5 1956/11 1956/19 1963/22 1964/6
probability [1] 1898/3
probably [6] 1907/17 1910/21 1925/21 1942/16 1946/13 1946/14
problem [8] 1900/12 1906/24 1907/10 1907/13 1907/22 1920/5 1921/22 1922/10
procedure [1] 1919/15
proceed [1] 1936/11
proceedings [4] 1885/9 1887/14 1889/2 1994/4

processes [1] 1913/12
processing [1] 1897/24
produce [1] 1911/5
produced [1] 1887/14
produces [1] 1897/20
product [6] 1937/15 1937/16 1938/5 1954/2 1962/10 1962/12
production [1] 1912/15
products [5] 1920/22 1938/4 1943/19 1943/25 1959/15
professional [1] 1946/24
profile [7] 1943/19 1944/6 1944/7 1945/19 1945/21 1951/20 1955/1
profiles [2] 1943/20 1944/2
profiling [2] 1941/11 1944/12
profits [1] 1957/9
programming [3] 1967/3 1967/3 1967/4
programs [2] 1951/8 1951/9
progress [2] 1914/15 1914/21
project [1] 1924/19
promote [1] 1901/16
prompted [1] 1965/9
properties [1] 1962/25
proposal [1] 1964/8
proposition [2] 1941/25 1962/11
protect [2] 1937/19 1943/11
protection [4] 1886/12 1952/11 1952/13 1953/5
protections [4] 1937/19 1953/23 1954/5 1955/7
provide [2] 1952/5 1952/6
provided [1] 1934/22
provides [1] 1952/10
proxy [4] 1904/8 1908/2 1908/23 1968/17
pull [1] 1931/7
purchase [1] 1943/20
purpose [1] 1951/20
put [17] 1900/4 1902/21 1903/16 1905/18 1910/6 1921/6 1929/17 1930/20 1938/25 1941/2 1948/10 1953/5 1955/11 1957/3 1969/12 1969/13 1969/15
puts [1] 1945/20

**Q**

QBST [2] 1918/8 1931/23
qualitative [2] 1913/21 1968/6
qualitatively [1] 1902/13
quality [10] 1898/11 1908/8 1911/5 1929/5 1929/14 1968/12 1968/24 1968/24 1969/18 1969/20
quantities [1] 1896/11
quarter [1] 1905/24
queries [14] 1897/24 1897/25 1898/13 1898/18 1898/20 1898/23 1898/24 1898/25 1899/17 1902/10 1902/10 1902/13 1902/16 1959/11
query [16] 1896/3 1897/19 1898/3 1899/1 1899/6 1904/10 1906/25 1907/1 1907/23 1918/23 1919/23 1919/24 1934/11 1969/21 1969/24 1970/8
question [21] 1896/20 1899/22 1900/11 1901/11 1924/14 1924/16 1927/8 1927/14 1930/25 1933/16 1934/20 1935/4 1935/13 1947/3 1947/8 1947/13 1949/13 1953/13 1963/4 1968/21 1968/22
questions [11] 1895/11 1913/18 1924/3 1933/11 1933/15 1935/6 1935/10 1935/13 1964/21 1964/23 1968/20
quickly [4] 1900/15 1900/18 1901/20 1924/4
quite [4] 1896/18 1907/21 1913/23 1922/2
quixotic [1] 1964/18

**R**

Raghavan [1] 1912/17
raise [1] 1936/6
Ralph [1] 1886/13
ramifications [1] 1954/17
range [4] 1955/25 1956/1 1960/2 1968/9
rank [1] 1916/1
ranking [12] 1895/11

**R**

**ranking... [11]** 1895/15
1903/21 1904/5 1906/5
1926/18 1927/17
1927/24 1928/2
1929/22 1931/22
1934/25
**rare [2]** 1903/11 1970/9
**rated [1]** 1935/5
**rather [2]** 1908/22
1941/19
**raw [2]** 1919/5 1923/11
**re [1]** 1935/9
**re-redirect [1]** 1935/9
**reach [1]** 1956/21
**reaching [1]** 1916/11
**reactions [3]** 1904/11
1908/2 1930/15
**read [13]** 1904/8
1904/9 1904/9 1907/2
1907/11 1907/25
1908/1 1908/6 1908/7
1908/23 1908/23
1912/19 1922/22
**reading [4]** 1915/11
1916/20 1918/9
1920/19
**reads [2]** 1916/11
1917/17
**ready [5]** 1912/3
1912/14 1924/14
1935/20 1949/9
**real [4]** 1909/16
1952/25 1959/14
1959/15
**reality [1]** 1940/13
**really [34]** 1903/12
1904/13 1905/11
1907/9 1907/25 1908/9
1919/20 1922/3
1928/25 1939/10
1939/11 1941/25
1942/13 1942/21
1943/13 1944/17
1946/11 1946/13
1950/14 1950/17
1950/20 1950/23
1951/1 1957/5 1957/12
1959/14 1964/5 1964/6
1965/21 1965/23
1966/20 1967/5
**Realtime [1]** 1887/10
**reason [6]** 1903/18
1928/13 1940/15
1950/8 1956/9 1966/11
**reasonable [1]** 1898/5
**reasoning [3]** 1918/10
1918/16 1919/11
**reasons [1]** 1950/5
**recall [1]** 1955/14
**received [1]** 1917/12
**receives [1]** 1968/25
**recent [1]** 1901/9
**recess [3]** 1949/3
1949/4 1993/7
**recite [1]** 1948/5
**recommending [1]**

**record [1]** 1994/3
**recorded [2]** 1887/14
1930/16
**recording [1]** 1943/13
**RECROSS [1]** 1888/4
**redacted [1]** 1932/18
**redirect [5]** 1888/4
1924/9 1926/2 1933/14
1935/9
**reduce [2]** 1896/15
1931/2
**refer [1]** 1939/3
**reference [4]** 1918/17
1920/8 1920/20 1953/9
**referenced [4]** 1887/17
1951/4 1951/14 1966/3
**referred [3]** 1965/17
1969/25 1970/21
**referring [5]** 1933/19
1934/15 1934/16
1950/6 1971/2
**refers [3]** 1919/3
1934/8 1935/5
**reflect [2]** 1913/4
1922/1
**regard [1]** 1918/4
**regarding [1]** 1955/7
**regards [1]** 1967/18
**Registered [1]** 1887/10
**regular [2]** 1956/19
1971/1
**regularly [2]** 1948/6
1959/16
**related [1]** 1920/21
**relating [1]** 1944/4
**relationship [3]**
1895/14 1901/8
1924/20
**relationships [2]**
1900/20 1900/22
**relative [1]** 1898/19
1946/1
**release [1]** 1932/16
**released [1]** 1951/6
**relevance [1]** 1923/8
**relevancy [1]** 1969/11
**relevant [11]** 1900/10
1902/3 1907/1 1907/23
1919/23 1919/24
1925/11 1925/12
1935/10 1950/11
1951/9
**reliance [1]** 1925/1
**remaining [1]** 1946/4
**remedy [1]** 1957/3
**remember [2]** 1895/12
1904/7
**remembers [1]** 1896/2
**remind [1]** 1920/17
**repertoire [1]** 1931/2
**replaced [2]** 1923/10
1925/21
**replacement [1]**
1937/17
**Reporter [4]** 1887/9
1887/10 1887/10
1887/11

**represent [1]** 1936/19
**requesting [1]** 1951/10
**require [2]** 1896/19
1925/18
**required [1]** 1931/3
**requires [1]** 1925/16
**requiring [1]** 1919/4
**research [6]** 1909/12
1916/6 1944/21
1946/12 1947/1 1964/1
**researchers [4]**
1915/24 1916/5 1916/9
1951/19
**reset [4]** 1923/3
1960/12 1960/13
1960/15
**resets [1]** 1960/10
**resetting [1]** 1958/7
**resolution [1]** 1925/15
**resources [3]** 1907/14
1933/9 1941/21
**respect [4]** 1898/10
1898/18 1931/22
1941/17
**respond [2]** 1896/10
1900/15
**responding [1]**
1926/12
**responds [1]** 1900/17
**response [2]** 1901/20
1912/7
**responses [3]** 1930/11
1930/11 1930/16
**rest [3]** 1926/18
1927/17 1947/23
**result [6]** 1899/7
1899/8 1904/13 1931/7
1942/5 1969/7
**results [49]** 1899/12
1901/16 1903/20
1903/21 1904/1 1904/1
1904/9 1904/17 1908/6
1908/8 1921/22 1928/2
1928/4 1928/6 1928/6
1928/10 1929/1 1929/5
1929/5 1929/8 1929/9
1929/11 1931/12
1934/18 1935/1
1938/17 1938/25
1940/4 1940/4 1940/8
1942/6 1944/5 1944/6
1944/9 1945/18
1945/21 1945/24
1947/14 1947/17
1947/22 1955/2 1959/7
1959/25 1966/13
1966/17 1968/25
1969/1 1969/3 1970/2
**resume [2]** 1949/1
1964/23
**returns [3]** 1897/14
1898/8 1898/15
**revelations [5]**
1950/16 1951/2 1951/4
1951/15 1951/16
**right [40]** 1898/22
1900/5 1902/6 1902/24

1906/4 1906/14
1907/18 1907/20
1908/14 1908/18
1921/1 1924/7 1927/9
1927/18 1930/12
1930/14 1930/17
1931/18 1931/22
1932/5 1933/9 1935/15
1935/20 1936/6
1938/10 1940/16
1946/1 1948/15 1949/9
1952/17 1956/20
1963/11 1963/13
1971/2 1971/6 1971/7
1971/8
**rise [2]** 1949/2 1949/5
**risk [1]** 1923/7
**RMR [2]** 1994/2 1994/8
**road [1]** 1924/1
**roadblocks [1]** 1958/6
**robustness [1]**
1896/15
**role [4]** 1925/4 1925/14
1937/2 1957/4
**roughly [2]** 1896/25
1921/24
**routinely [2]** 1959/3
1960/4
**run [6]** 1923/19
1931/12 1938/12
1949/25 1960/9
1968/18
**runs [1]** 1931/10

**S**

**Safari [1]** 1953/10
**safe [1]** 1935/17
**said [6]** 1903/6
1927/14 1932/16
1935/2 1953/20 1960/9
**salient [1]** 1950/7
**Sallet [1]** 1886/11
**same [12]** 1895/23
1897/5 1897/6 1916/18
1916/23 1928/25
1937/25 1938/1 1938/2
1939/19 1948/18
1953/13
**satisfied [1]** 1934/22
**satisfy [1]** 1965/7
**saw [2]** 1920/18
1964/11
**say [40]** 1897/1 1898/2
1901/6 1905/1 1905/7
1909/11 1909/13
1912/10 1925/11
1927/10 1928/7
1933/18 1939/8
1939/24 1942/1
1944/16 1944/19
1946/12 1948/3
1948/10 1948/18
1950/14 1950/24
1952/9 1953/3 1953/25
1958/9 1959/3 1959/9
1960/5 1960/7 1960/19
1962/5 1962/9 1969/10

1969/19 1970/4 1970/7
1970/15 1970/18
**saying [10]** 1907/19
1908/25 1915/1
1918/12 1927/7 1934/6
1955/15 1958/12
1965/21 1970/12
**says [8]** 1913/16
1916/10 1927/3
1928/21 1930/10
1933/3 1933/24 1934/2
**scale [2]** 1931/4
1946/15
**scaled [1]** 1916/8
**scenes [1]** 1953/1
**Schmidtlein [1]** 1887/2
**school [3]** 1900/18
1901/2 1913/15
**scientific [1]** 1907/10
**score [4]** 1899/20
1915/1 1916/22
1916/22
**scores [3]** 1902/15
1902/19 1916/4
**scoring [1]** 1915/14
**scraps [1]** 1899/2
1902/17
**screen [4]** 1902/21
1903/14 1956/24
1957/3
**scroll [1]** 1922/18
**Sealed [2]** 1889/2
1971/12
**search [163]**
**searcher [1]** 1930/10
**searches [5]** 1938/11
1949/25 1950/3
1955/21 1970/6
**searching [1]** 1954/22
**seat [1]** 1936/5
**seated [1]** 1949/7
**second [7]** 1912/12
1914/9 1915/2 1932/13
1943/13 1948/1
1960/25
**secret [1]** 1951/7
**secrets [1]** 1913/25
**section [5]** 1886/12
1902/23 1914/1
1926/25 1929/22
**secure [1]** 1945/13
**see [16]** 1897/1
1897/25 1899/14
1916/13 1920/19
1920/22 1921/16
1927/2 1928/21 1929/3
1929/23 1930/8
1932/25 1940/16
1952/23 1959/23
**seeing [4]** 1911/16
1959/19 1968/3 1968/7
**seem [3]** 1899/12
1905/9 1927/9
**seemed [1]** 1913/10
**seems [3]** 1921/1
1923/16 1923/25
**seen [14]** 1898/3
1898/13 1898/14

2009

seen... [11] 1898/18 1898/20 1898/24 1898/25 1899/1 1902/14 1913/19 1921/22 1921/23 1922/10 1923/20

segment [1] 1959/24
selects [1] 1945/12
sends [1] 1970/13
senior [2] 1903/15 1912/18
sense [1] 1927/12
sent [3] 1922/1 1926/8 1926/24
sentence [1] 1916/10
sentences [1] 1909/3
separate [1] 1956/18
September [2] 1885/5 1994/7
serious [1] 1946/13
service [1] 1948/8
services [1] 1943/24
serving [1] 1933/7
session [8] 1885/7 1936/1 1936/1 1949/6 1963/20 1964/24 1971/9 1971/12
set [9] 1914/16 1914/17 1915/10 1921/15 1954/7 1954/18 1955/8 1958/1 1965/23
setting [3] 1956/18 1961/1 1961/5
settings [2] 1954/3 1957/23
seven [1] 1959/3
several [7] 1914/17 1926/10 1927/19 1934/3 1937/14 1945/17 1948/10
share [1] 1942/22
she's [1] 1900/6
shift [1] 1924/25
shock [3] 1910/1 1918/25 1922/3
short [1] 1910/7
shot [4] 1919/3 1920/8 1920/10 1920/10
should [7] 1899/10 1901/23 1902/23 1918/15 1931/8 1964/5 1969/13
show [7] 1908/2 1908/5 1908/8 1932/18 1934/17 1934/19 1948/14
showed [3] 1926/5 1929/19 1951/7
showing [2] 1895/21 1948/19
shown [2] 1895/21 1947/4
shows [1] 1947/5
side [1] 1939/1
sides [1] 1907/8
signal [2] 1904/4

signed [2] 1945/23 1945/25
signed-in [1] 1945/25
significant [1] 1933/20
significantly [3] 1911/7 1914/7 1916/3
similar [4] 1933/4 1941/24 1945/25 1962/23
similarly [1] 1923/8
simple [2] 1900/14 1912/25
simply [2] 1901/14 1911/20
since [9] 1911/7 1933/13 1935/9 1938/24 1946/13 1948/16 1950/9 1952/1 1963/10
single [1] 1900/14
site [3] 1941/9 1968/16 1968/19
sitting [1] 1965/8
situations [3] 1896/7 1896/8 1898/14
six [1] 1909/22
slide [11] 1905/20 1906/15 1906/16 1908/17 1917/15 1917/16 1917/19 1917/23 1920/16 1920/18 1929/20
slowly [1] 1950/21
small [7] 1898/24 1898/25 1899/1 1910/17 1923/7 1959/10 1961/18
smart [1] 1927/10
Smurzynski [2] 1887/2 1887/6
Snowden [4] 1950/15 1950/16 1951/4 1951/6
so [221]
so I think [12] 1896/10 1896/14 1897/18 1899/18 1909/13 1910/19 1923/20 1925/14 1927/23 1934/5 1934/8 1958/18
So it's [3] 1912/22 1963/14 1969/22
So this document [1] 1933/22
so this is [5] 1900/11 1906/19 1907/20 1912/13 1921/21
social [1] 1947/15
some [53] 1895/15 1896/17 1899/12 1900/3 1900/15 1900/19 1902/1 1910/15 1910/22 1912/1 1912/23 1913/11 1913/21 1914/16 1914/16 1916/6 1919/11 1919/14 1919/18

1928/18 1930/6
1932/16 1934/14
1939/20 1941/7
1941/12 1944/20
1945/5 1945/6 1945/7
1946/5 1947/7 1951/19
1951/19 1953/5 1955/5
1955/15 1958/2 1959/6
1960/16 1961/18
1962/2 1962/22
1964/22 1966/4 1966/4
1969/6 1969/21
1970/12 1970/16
1970/17
somebody [3] 1904/22 1934/19 1969/24
someday [2] 1908/25 1916/16
someone [4] 1912/3 1914/19 1943/11 1952/23
something [17] 1900/24 1901/22 1903/23 1909/14 1910/4 1911/13 1912/25 1913/15 1920/11 1921/15 1925/13 1929/13 1954/23 1955/14 1966/6 1967/6 1968/1
sometimes [11] 1904/1 1910/5 1920/11 1939/1 1939/3 1941/8 1944/16 1946/25 1959/7 1960/10 1965/24
somewhat [2] 1903/7 1928/12
somewhere [2] 1934/13 1959/2
soon [1] 1939/17
sorry [6] 1899/22 1902/25 1924/11 1937/22 1948/22 1961/13
sort [43] 1895/19 1897/4 1897/4 1897/7 1897/18 1897/25 1898/7 1899/14 1899/16 1900/18 1901/4 1901/9 1901/19 1902/11 1903/13 1904/8 1904/16 1904/24 1905/6 1905/9 1906/19 1908/14 1910/16 1911/20 1912/8 1912/10 1912/10 1912/12 1912/13 1912/14 1913/4 1913/14 1914/4 1914/25 1915/2 1916/1 1916/5 1917/25 1918/10 1919/8 1922/10 1923/4 1971/3
sorts [2] 1966/24 1967/2
sought [1] 1956/23
sounds [1] 1901/13

source [2] 1901/8 1966/23
speaking [1] 1903/18
special [2] 1901/4 1903/16
specific [2] 1919/20 1920/3
specifically [3] 1929/19 1948/4 1955/10
speculated [1] 1915/15
speed [1] 1910/23
spell [2] 1936/21 1961/13
split [1] 1967/25
spot [1] 1931/12
spouse [1] 1952/22
St [1] 1887/3
staggering [1] 1911/24
stands [2] 1924/5 1949/2
start [7] 1897/23 1897/24 1901/19 1907/7 1926/4 1932/3 1933/5
started [16] 1910/19 1912/14 1913/6 1913/9 1921/1 1924/16 1934/6 1938/21 1939/13 1946/11 1948/17 1949/23 1951/2 1952/15 1953/5 1966/11
starting [4] 1906/20 1907/4 1908/21 1966/12
startling [2] 1913/23 1923/9
starts [1] 1954/4
startup [3] 1923/1 1923/7 1923/23
state [3] 1886/11 1936/21 1965/2
states [9] 1885/1 1885/3 1885/10 1899/10 1913/2 1935/23 1936/19 1964/22 1965/3
steadily [1] 1948/16
stem [1] 1954/22
stenography [1] 1887/14
step [1] 1961/2
steps [4] 1958/20 1959/17 1959/18 1960/21
stickier [1] 1915/13
still [20] 1900/21 1901/2 1902/25 1911/9 1923/6 1923/25 1924/1 1925/4 1925/6 1925/13 1925/14 1931/21 1938/23 1945/24 1954/8 1955/1 1955/3 1957/13 1959/12 1960/3
stop [1] 1953/6
stopped [1] 1967/9

stopping [2] 1954/13 1954/14
store [1] 1963/4
story [4] 1903/7 1903/8 1923/25 1965/11
strange [1] 1913/9
strategy [3] 1966/18 1966/20 1967/10
stream [1] 1897/19
Street [2] 1886/3 1886/7
strong [6] 1899/4 1915/6 1942/3 1947/6 1948/19 1949/18
structure [3] 1919/10 1919/17 1919/19
struggled [1] 1901/22
studies [10] 1945/17 1945/22 1946/5 1946/7 1946/17 1946/18 1947/4 1949/13 1955/5 1955/6
study [3] 1945/23 1956/3 1956/9
stuff [4] 1904/23 1905/12 1941/14 1970/8
subjective [1] 1969/21
subscribed [1] 1948/8
substitute [1] 1959/15
substitution [3] 1958/20 1959/11 1959/14
subtle [2] 1895/24 1941/15
succeeded [1] 1901/25
successful [1] 1961/21
such [6] 1922/24 1923/20 1928/5 1928/5 1942/19 1952/22
suggest [1] 1909/15
Suite [2] 1886/14 1886/19
sum [1] 1909/11
summary [1] 1914/4
Sundar [1] 1932/24
super [1] 1929/6
SuperGLUE [4] 1914/8 1914/10 1915/12 1916/4
sure [17] 1899/13 1916/19 1926/16 1927/5 1927/15 1932/10 1936/23 1937/9 1938/20 1940/5 1943/9 1946/19 1951/17 1953/17 1958/17 1965/20 1967/22
surprises [1] 1911/8
surveillance [2] 1950/19 1951/8
survey [5] 1946/20 1946/24 1946/25 1959/20 1968/7
surveys [6] 1946/15 1955/12 1959/21 1959/22 1959/24

**S**

surveys... [1] 1968/8
SW [1] 1887/7
Swift [4] 1900/4 1900/6
1900/19 1900/22
Swift's [1] 1901/7
switch [13] 1942/13
1942/20 1947/9
1956/15 1958/14
1958/16 1959/9
1959/15 1960/16
1960/22 1962/20
1962/22 1967/8
switchable [1] 1960/23
switched [2] 1947/10
1961/1
switching [2] 1950/8
1960/3
SWORN [1] 1936/14
symbols [1] 1911/13
synonyms [1] 1901/1
system [36] 1896/2
1896/15 1897/7
1898/12 1900/17
1901/20 1902/12
1912/22 1914/16
1914/20 1914/21
1914/23 1915/18
1916/3 1916/9 1918/1
1922/8 1922/24 1924/5
1925/11 1926/15
1928/3 1928/5 1928/5
1928/9 1928/15
1928/20 1929/8
1929/10 1930/23
1931/10 1931/18
1934/25 1959/6
1960/11 1960/25
systems [44] 1895/25
1896/1 1896/6 1896/10
1896/12 1896/13
1896/13 1896/16
1896/17 1896/21
1896/22 1896/22
1896/23 1896/25
1897/9 1900/15
1900/20 1901/1 1901/2
1901/15 1902/2
1907/25 1908/11
1908/15 1910/12
1911/5 1911/10
1911/19 1912/11
1913/4 1913/10
1913/15 1915/19
1915/23 1918/8 1919/8
1923/21 1924/20
1925/2 1925/3 1931/3
1931/19 1931/20
1931/22

**T**

T-o-r [1] 1961/14
T5 [5] 1915/18 1915/21
1916/3 1916/7 1916/9
tab [1] 1953/18
table [1] 1922/17
tablet [1] 1959/2
tail [3] 1897/20 1902/9

take [10] 1899/19
1905/20 1911/5
1914/25 1920/3
1931/13 1940/20
1948/25 1961/3 1961/4
taken [2] 1914/24
1948/13
takes [4] 1931/1
1931/5 1931/6 1960/20
taking [1] 1902/25
talk [7] 1900/21
1903/10 1903/13
1904/23 1905/3 1952/5
1956/20
talked [12] 1895/25
1897/21 1898/16
1900/12 1908/5 1912/7
1916/2 1927/24 1929/4
1930/21 1952/4
1965/16
talking [11] 1902/9
1927/8 1933/22 1934/5
1950/14 1953/7
1954/21 1954/24
1955/2 1968/8 1970/24
taps [2] 1960/21
1960/22
target [1] 1948/11
targeting [2] 1903/12
1943/22
task [10] 1908/18
1908/20 1916/18
1918/20 1919/14
1919/16 1919/20
1919/22 1920/1 1920/7
tasks [8] 1915/1
1915/7 1915/8 1916/12
1916/15 1916/21
1918/10 1920/3
taste [1] 1962/4
Taylor [5] 1900/4
1900/6 1900/19
1900/21 1901/7
team [5] 1915/25
1916/7 1923/2 1926/19
1946/23
teams [1] 1920/21
tech [1] 1923/22
technique [1] 1908/9
techniques [2]
1900/18 1931/2
technologies [1]
1933/4
technology [3] 1942/8
1951/11 1969/11
tell [7] 1919/12 1937/8
1946/16 1951/15
1955/23 1963/6 1968/7
telling [1] 1928/25
ten [2] 1924/19
1948/17
tend [2] 1908/7
1928/25
tended [1] 1897/2
tendency [1] 1929/6
tens [1] 1898/20
tenth [1] 1935/2

1909/16 1912/20
1971/5
terms [5] 1896/10
1912/9 1924/21 1931/6
1968/24
terrible [1] 1900/2
test [4] 1967/24
1967/25 1967/25
1968/6
testimony [1] 1935/16
testing [3] 1967/17
1967/21 1968/12
tests [2] 1968/8
1968/18
text [16] 1907/15
1908/2 1911/5 1911/6
1911/10 1911/20
1918/13 1918/21
1919/5 1920/4 1920/5
1920/6 1921/15
1923/11 1926/11
1927/4
than [21] 1899/21
1906/8 1908/8 1908/22
1914/8 1918/14 1919/4
1926/15 1926/18
1927/17 1928/3 1928/6
1934/25 1940/13
1941/9 1941/19
1947/13 1957/9
1960/20 1962/19
1969/17
Thank [19] 1897/11
1902/6 1903/4 1924/2
1924/7 1925/23
1935/16 1935/18
1935/19 1936/8
1936/10 1938/7 1949/7
1949/10 1963/17
1965/15 1968/20
1971/7 1971/11
Thank you [17]
1897/11 1902/6 1903/4
1924/2 1924/7 1925/23
1935/18 1935/19
1936/8 1936/10 1938/7
1949/7 1949/10
1963/17 1965/15
1968/20 1971/11
Thank you very much
[1] 1935/16
that [352]
that'll [1] 1941/12
that's [37] 1899/16
1900/24 1903/23
1905/6 1907/20
1908/14 1910/6 1910/7
1914/1 1919/1 1920/10
1920/13 1921/7
1922/15 1923/25
1929/3 1929/13
1929/16 1930/25
1932/6 1933/20
1934/14 1938/22
1940/22 1944/24
1947/24 1957/12
1959/10 1959/11

1960/6 1961/5 1961/24
1962/5 1966/7 1970/9
their [20] 1904/11
1908/2 1913/10
1914/22 1914/23
1916/6 1934/19
1935/10 1935/20
1939/5 1943/19
1954/16 1955/20
1957/3 1958/11
1959/13 1960/3
1962/25 1964/15
1965/25
them [39] 1899/4
1899/10 1899/15
1901/3 1901/18
1904/15 1904/15
1905/5 1908/3 1916/21
1919/9 1919/14
1919/15 1919/18
1923/19 1929/10
1938/23 1939/3 1939/8
1943/23 1944/21
1946/1 1946/20
1946/21 1946/22
1948/10 1948/11
1954/22 1955/15
1956/15 1959/14
1962/20 1966/4 1966/5
1966/8 1966/16
1967/16 1970/6
1970/25
themselves [3]
1896/18 1941/11
1970/14
then [55] 1898/2
1900/20 1904/5
1904/10 1904/13
1905/7 1910/15
1910/23 1910/25
1911/1 1913/6 1913/9
1913/17 1913/20
1913/23 1914/19
1915/4 1915/25 1916/6
1919/13 1919/25
1920/5 1921/13
1921/15 1922/8
1922/20 1928/7
1928/10 1928/16
1928/20 1929/10
1932/13 1934/2
1934/20 1939/21
1941/7 1941/13 1942/5
1943/14 1944/3
1944/19 1946/21
1946/24 1947/23
1949/20 1950/20
1950/20 1952/1
1952/21 1955/23
1955/24 1960/19
1962/1 1964/23 1971/8
theory [1] 1922/5
there [62] 1895/24
1896/7 1898/17 1899/6
1901/4 1901/13
1901/15 1902/1 1903/6
1905/22 1906/2 1907/7

1909/2 1910/10
1910/24 1911/11
1912/10 1912/11
1912/20 1914/9
1914/24 1914/25
1915/2 1917/5 1918/3
1919/1 1919/1 1921/16
1925/4 1925/9 1925/14
1927/19 1928/4 1928/7
1931/14 1938/22
1941/15 1944/3 1945/5
1946/11 1950/10
1950/23 1951/15
1951/23 1952/2
1952/18 1954/17
1955/16 1957/1 1957/2
1957/24 1961/9
1962/13 1963/25
1964/12 1965/8
1965/21 1970/12
1970/16 1970/16
there's [37] 1897/18
1898/23 1900/14
1901/19 1902/1 1906/5
1910/7 1911/1 1914/1
1917/7 1918/17
1920/20 1926/10
1927/19 1928/18
1929/6 1931/1 1934/23
1939/6 1939/8 1941/7
1947/12 1956/17
1956/18 1957/24
1958/18 1958/19
1958/23 1959/7
1960/13 1960/14
1960/21 1967/14
1967/23 1968/9
1969/20 1970/8
these [63] 1896/8
1896/10 1896/13
1897/8 1899/17 1900/9
1901/2 1901/14
1902/13 1905/8 1905/8
1905/13 1907/3
1911/10 1911/19
1912/9 1912/11 1913/3
1913/10 1913/15
1914/7 1916/20
1917/21 1919/5 1919/8
1920/3 1922/16
1923/18 1924/20
1925/1 1925/3 1928/21
1929/9 1929/10 1931/3
1931/20 1934/17
1938/25 1939/2 1939/5
1939/6 1939/11
1939/14 1941/22
1943/20 1944/4
1944/11 1944/23
1947/4 1948/9 1955/13
1957/25 1959/25
1959/21 1959/25
1960/3 1960/17
1966/10 1967/1
1967/11 1967/18
1968/17 1969/8
thesis [1] 1939/14

**T**

**they [56]** 1899/3 1900/22 1908/6 1908/7 1908/7 1911/15 1913/8 1913/11 1914/15 1914/20 1914/21 1914/23 1915/11 1915/13 1915/15 1915/25 1916/5 1916/22 1916/22 1917/1 1919/10 1919/17 1919/22 1920/2 1920/7 1927/9 1928/19 1928/22 1928/22 1932/10 1934/20 1945/25 1948/6 1948/6 1948/6 1948/7 1948/12 1951/12 1952/11 1952/15 1953/11 1953/17 1954/14 1955/15 1955/16 1955/24 1957/8 1959/1 1959/16 1959/25 1960/4 1967/25 1970/2 1970/14 1970/23 1970/23

**they'd [1]** 1914/24
**they'll [3]** 1900/23 1929/11 1963/1
**they're [21]** 1896/13 1919/12 1919/12 1925/11 1925/12 1934/22 1939/1 1939/11 1947/13 1954/11 1955/22 1958/12 1958/12 1959/12 1960/5 1960/5 1964/4 1964/5 1965/25 1968/7 1970/4
**they've [2]** 1948/10 1948/13
**thickest [1]** 1930/2
**thing [16]** 1899/18 1905/3 1907/20 1916/6 1925/6 1933/21 1940/17 1940/18 1946/4 1947/18 1951/13 1952/3 1956/2 1957/12 1969/15 1969/17
**things [31]** 1901/5 1903/14 1904/14 1905/8 1905/8 1910/23 1911/22 1913/2 1913/9 1913/21 1920/3 1925/6 1925/18 1927/7 1931/9 1939/6 1939/7 1940/10 1940/12 1940/16 1940/18 1940/22 1940/24 1946/2 1948/5 1952/16 1954/25 1957/10 1967/2 1968/5 1968/6
**think [85]** 1895/24 1896/10 1896/14 1897/18 1897/22 1898/5 1899/18

1901/23 1901/24 1903/22 1904/18 1904/20 1906/23 1907/8 1907/20 1909/7 1909/8 1909/13 1910/19 1911/8 1911/11 1912/17 1912/19 1916/2 1916/21 1918/5 1923/16 1923/17 1923/20 1923/21 1923/24 1923/25 1925/4 1925/5 1925/5 1925/13 1925/14 1925/18 1925/20 1926/10 1927/22 1927/23 1929/4 1932/6 1932/7 1932/15 1933/20 1933/24 1934/5 1934/8 1934/14 1934/16 1935/4 1938/22 1938/23 1943/15 1944/14 1945/7 1946/3 1949/16 1951/22 1953/11 1953/17 1957/13 1958/18 1958/25 1960/9 1963/8 1964/3 1964/4 1964/12 1964/21 1964/22 1965/13 1965/16 1967/15 1967/24 1969/20 1970/6 1970/22 1970/22 1970/23 1970/24
**thinking [3]** 1904/25 1916/19 1968/7
**third [8]** 1912/13 1914/1 1915/2 1917/25 1918/17 1934/2 1948/16 1969/13
**third-generation [1]** 1917/25
**this [122]**
**thoroughly [1]** 1912/19
**those [41]** 1895/16 1895/22 1896/16 1896/17 1896/22 1896/23 1896/25 1899/9 1900/10 1901/20 1903/18 1904/11 1905/4 1905/10 1914/2 1914/24 1915/7 1915/23 1916/15 1919/25 1920/6 1925/10 1928/1 1928/17 1929/7 1940/24 1942/5 1946/17 1946/18 1948/17 1951/5 1954/25 1955/3 1957/23 1959/24 1965/18 1966/10 1967/16 1968/20 1970/11 1970/22
**though [9]** 1896/12

1909/19 1929/13 1951/23 1962/21 1968/5 1969/19
**thought [13]** 1907/12 1907/16 1909/20 1911/14 1911/16 1916/8 1921/13 1922/7 1922/14 1939/14 1955/20 1964/1 1966/19
**thousand [1]** 1918/13
**thousands [4]** 1898/20 1898/21 1904/21 1967/1
**threats [1]** 1952/25
**three [6]** 1920/11 1920/13 1940/13 1959/3 1959/17 1964/18
**through [6]** 1912/19 1914/6 1917/21 1927/11 1951/24 1968/6
**ticked [1]** 1950/21
**tied [1]** 1943/23
**time [33]** 1897/24 1901/23 1906/19 1907/16 1908/9 1909/8 1912/17 1916/20 1921/3 1922/7 1929/1 1931/1 1931/2 1931/5 1931/6 1931/13 1933/14 1935/16 1944/14 1944/15 1944/22 1946/2 1947/21 1950/7 1950/21 1952/16 1952/25 1960/5 1960/6 1962/3 1964/20 1966/18 1967/10
**times [11]** 1895/20 1898/19 1898/21 1898/24 1899/1 1899/2 1902/14 1918/13 1940/13 1960/1 1961/24
**titled [2]** 1932/23 1994/4
**TL [1]** 1914/2
**today [10]** 1908/12 1938/19 1939/10 1939/18 1941/24 1942/22 1943/10 1944/17 1961/10 1961/17
**together [2]** 1916/8 1943/14
**told [2]** 1935/1 1936/3
**too [7]** 1899/4 1904/1 1904/5 1922/15 1937/3 1958/20 1959/18
**took [1]** 1964/6
**toothpaste [1]** 1925/9 1925/10 1925/17
**top [19]** 1908/17 1910/6 1921/9 1921/20 1926/13 1927/2

1939/1 1940/12 1940/17 1940/22 1941/2 1947/9 1960/2 1966/16 1969/13 1969/16 1969/17
**topic [2]** 1901/19 1906/17
**topline [1]** 1969/23
**Tor [3]** 1961/11 1961/17 1961/25
**TPUs [1]** 1933/9
**track [2]** 1954/8 1956/5
**tracking [5]** 1952/19 1953/1 1953/2 1954/13 1955/3
**tracks [1]** 1954/19
**trade [1]** 1913/25
**traditional [6]** 1931/22 1939/17 1939/19 1969/8 1970/10 1970/18
**traffic [3]** 1927/25 1940/25 1957/19
**train [2]** 1896/18 1919/9
**trained [2]** 1918/21 1918/23
**training [7]** 1933/5 1933/7 1933/18 1934/8 1934/10 1934/14 1935/5
**transcript [3]** 1885/9 1887/14 1994/3
**transcription [1]** 1887/14
**translate [1]** 1923/2
**translation [1]** 1923/3
**translator [1]** 1923/6
**travels [1]** 1935/17
**Travis [1]** 1900/7
**treasure [1]** 1922/7
**treat [1]** 1898/19
**treatments [1]** 1941/13
**TRIAL [1]** 1885/9
**triangulate [1]** 1948/18
**tricks [1]** 1925/2
**tried [3]** 1896/25 1939/16 1965/13
**tries [3]** 1901/5 1901/20 1912/22
**Tripadvisor [1]** 1966/4
**trivial [1]** 1913/14
**true [3]** 1927/22 1929/15 1932/6
**trust [1]** 1899/10
**try [10]** 1901/23 1902/2 1906/20 1908/23 1910/5 1913/3 1943/3 1948/4 1962/19 1968/17
**trying [10]** 1903/23 1905/3 1905/9 1914/11 1925/15 1925/16 1931/2 1956/11 1962/13 1964/18
**tuning [2]** 1919/16 1919/22

turn [4] 1902/20 1907/18 1908/16 1917/15
**turned [2]** 1911/18 1911/18
**two [19]** 1895/18 1899/7 1901/8 1901/8 1907/8 1920/11 1920/13 1932/9 1933/15 1940/12 1940/21 1940/22 1942/4 1942/24 1945/22 1947/22 1951/1 1960/8 1968/1
**TYLER [1]** 1886/18
**type [3]** 1929/3 1963/11 1967/23
**types [1]** 1965/22
**typical [2]** 1899/16 1958/25
**typically [3]** 1897/1 1919/9 1919/13

**U**

**U.S [9]** 1886/2 1886/6 1914/13 1923/22 1942/17 1942/23 1942/24 1943/1 1961/16
**Uh [1]** 1933/10
**Uh-huh [1]** 1933/10
**ultimately [1]** 1964/17
**uncertainty [1]** 1899/19
**under [3]** 1906/5 1936/7 1969/13
**understand [13]** 1900/3 1904/3 1906/21 1907/10 1909/1 1909/5 1911/14 1914/12 1914/20 1918/15 1918/18 1919/10 1919/17
**understanding [5]** 1907/7 1917/3 1917/17 1918/1 1934/24
**unfolding [1]** 1923/25
**Unfortunately [1]** 1965/11
**unit [2]** 1886/12 1918/13
**united [7]** 1885/1 1885/3 1885/10 1899/10 1913/1 1935/23 1936/19
**United States [2]** 1899/10 1936/19
**United States of [1]** 1935/23
**unless [1]** 1958/1
**unsupervised [1]** 1923/11
**until [1]** 1951/1
**up [22]** 1896/16 1897/23 1904/22 1907/20 1909/11 1910/23 1914/16 1916/9 1925/2 1928/20

**U**

up... **[12]** 1931/7
1934/13 1935/6
1947/24 1950/21
1951/1 1951/22 1952/3
1966/15 1966/20
1966/25 1967/7
**update [1]** 1902/2
**updates [1]** 1960/11
**upon [2]** 1914/16
1925/2
**UPX193 [1]** 1932/18
**UPX197 [2]** 1921/7
1926/5
**UPX203 [3]** 1905/19
1929/18 1929/21
**UPX228 [1]** 1902/20
**us [25]** 1904/8 1905/4
1905/7 1905/11
1908/23 1909/5
1913/23 1916/7
1922/23 1933/5
1942/15 1946/16
1948/5 1950/4 1956/11
1957/5 1957/8 1958/2
1958/5 1960/1 1960/4
1962/2 1966/24 1968/7
1970/13
**usage [2]** 1955/13
1959/23
**usdoj.gov [2]** 1886/5
1886/9
**use [19]** 1895/11
1896/5 1901/20
1908/11 1912/15
1914/21 1918/19
1932/1 1933/4 1934/5
1934/7 1943/17
1944/22 1956/11
1959/6 1962/24 1964/5
1968/10 1968/17
**used [15]** 1908/11
1912/20 1914/3
1919/22 1926/19
1928/13 1931/3
1931/21 1932/10
1935/10 1943/21
1944/1 1952/21 1955/1
1955/15
**useful [3]** 1932/11
1938/18 1940/7
**user [34]** 1896/3
1897/17 1898/10
1899/8 1903/13
1904/24 1907/16
1908/10 1911/16
1919/2 1923/10
1924/21 1925/1 1925/4
1925/5 1925/13
1925/14 1925/16
1925/19 1925/20
1930/15 1932/4
1932/11 1934/24
1944/7 1944/13
1945/12 1945/19
1946/23 1951/23
1957/9 1958/25
1959/20 1959/22

**users [14]** 1904/14
1904/19 1930/11
1930/12 1933/8
1942/13 1942/19
1945/14 1957/22
1959/25 1959/25
1964/4 1964/4 1968/11
**users' [3]** 1946/8
1949/14 1959/11
**uses [2]** 1941/18
1953/16
**using [8]** 1920/21
1927/25 1932/3 1932/7
1933/7 1951/19
1959/12 1959/24
**usually [3]** 1913/1
1928/13 1934/21
**utility [1]** 1926/17
1927/16
**utilize [1]** 1895/15

**V**

**value [5]** 1897/17
1898/10 1921/2
1934/24 1962/11
**values [1]** 1947/15
**variables [2]** 1901/14
1946/3
**variants [1]** 1915/6
**varies [1]** 1897/6
**variety [1]** 1950/5
**various [1]** 1921/19
**varying [1]** 1945/6
**vast [1]** 1925/16
**vendors [1]** 1934/12
**version [4]** 1910/16
1916/1 1916/9 1957/8
**versions [3]** 1896/17
1968/1 1968/3
**versus [2]** 1901/7
1956/19
**vertical [3]** 1942/18
1965/25 1969/22
**very [26]** 1900/15
1900/17 1904/24
1910/6 1911/19 1912/1
1916/4 1919/25 1920/3
1921/2 1927/2 1929/15
1929/16 1932/11
1934/18 1935/16
1941/24 1942/3
1945/25 1948/4 1950/3
1955/14 1957/13
1957/22 1957/22
1968/15
**view [3]** 1909/21
1923/15 1957/6
**vision [1]** 1937/15
**visit [1]** 1954/15
**visual [3]** 1904/17
1905/1 1941/13
**visually [1]** 1903/20
**volume [2]** 1895/16
1898/12
**volumes [1]** 1918/21
**vs [1]** 1885/5

**W-e-i-n-b-e-r-g [1]**
1936/24
**wait [1]** 1927/10
**walk [1]** 1968/6
**want [12]** 1900/7
1902/8 1918/9 1926/4
1926/7 1926/13
1927/13 1943/7 1963/3
1965/23 1968/4
1969/15
**wanted [7]** 1905/7
1914/15 1939/15
1941/21 1957/8
1963/17 1965/13
**was [139]**
**was/is [3]** 1926/16
1927/15 1927/20
**Washington [6]** 1885/5
1886/3 1886/8 1887/4
1887/7 1887/12
**wasn't [6]** 1900/25
1902/4 1913/22 1915/8
1946/11 1952/19
**wave [3]** 1906/19
1907/24 1908/14
**way [21]** 1895/16
1897/5 1897/22
1903/20 1911/15
1912/23 1914/15
1920/3 1926/18 1929/3
1943/4 1944/14 1952/1
1957/9 1960/19 1961/6
1961/7 1962/5 1962/23
1967/7 1969/16
**ways [4]** 1904/2
1910/15 1913/11
1931/14
**wc.com [2]** 1887/5
1887/8
**we [202]**
**we believe [1]** 1962/10
**We will [1]** 1967/24
**we'd [3]** 1908/8 1909/1
1921/24
**we'll [10]** 1899/2
1902/21 1917/21
1926/4 1949/1 1963/19
1966/5 1968/5 1968/7
1971/9
**we're [19]** 1896/12
1899/13 1902/14
1904/7 1907/4 1908/21
1923/17 1924/1
1937/12 1941/10
1942/24 1948/24
1948/24 1956/9
1959/19 1961/11
1969/6 1969/7 1969/23
**we've [20]** 1895/21
1898/14 1898/16
1898/24 1898/25
1899/1 1901/25
1902/13 1906/23
1908/5 1921/23 1929/4
1930/15 1945/17
1946/14 1946/25
1952/4 1957/11

**weak [2]** 1915/14
1934/21
**weather [1]** 1939/7
**web [18]** 1896/3
1900/21 1906/24
1906/25 1907/23
1908/7 1909/2 1909/3
1910/8 1910/16
1910/18 1921/22
1922/15 1923/19
1925/10 1928/19
1941/17 1941/19
**web-answered [1]**
1921/22
**WebAnswer [2]** 1910/7
1934/25
**WebAnswers [11]**
1910/4 1910/15
1915/25 1919/22
1922/11 1932/10
1932/12 1933/23
1933/25 1934/6 1934/9
**WEBB [1]** 1886/18
**website [3]** 1954/16
1961/3 1961/4
**websites [2]** 1953/1
1971/1
**weeks [1]** 1901/8
**weighting [1]** 1902/9
**Weinberg [1]** 1935/24
1936/9 1936/14
1936/18 1936/24
1936/25 1949/12
1952/7 1954/6 1963/19
1965/6
**welcome [1]** 1936/9
**well [28]** 1897/1
1897/3 1898/2 1898/6
1898/12 1901/6 1907/2
1914/23 1917/5 1918/8
1922/25 1925/9
1926/10 1927/7
1927/14 1928/22
1929/8 1932/16
1937/12 1939/22
1941/20 1942/9
1943/20 1956/20
1957/13 1957/22
1961/20 1966/11
**well-established [1]**
1898/6
**well-known [1]**
1937/12
**went [3]** 1955/10
1955/23 1961/4
**were [39]** 1896/23
1902/3 1902/8 1903/13
1904/2 1906/20
1910/20 1911/24
1914/11 1915/2
1915/13 1916/5
1919/21 1922/2 1923/3
1926/11 1927/10
1928/6 1932/9 1939/15
1941/22 1945/23
1945/25 1945/25
1946/1 1947/8 1949/12

1950/8 1950/10 1951/5
1951/16 1952/16
1952/25 1954/24
1956/10 1962/1 1967/2
1967/5 1969/24
**weren't [4]** 1915/8
1950/14 1957/4
1961/25
**wfcavanaugh [1]**
1886/20
**what [83]** 1895/14
1898/2 1898/9 1902/10
1902/18 1903/8
1905/21 1906/21
1907/18 1908/20
1910/11 1912/8
1912/21 1914/2
1914/10 1915/22
1917/22 1918/3
1918/12 1918/19
1919/12 1920/8
1921/18 1922/1
1924/19 1927/8
1927/10 1928/15
1928/24 1933/19
1934/14 1937/2 1937/4
1937/8 1937/16
1941/16 1941/21
1942/22 1943/15
1943/16 1943/19
1944/23 1946/17
1947/4 1947/10
1947/18 1948/2 1948/3
1948/4 1948/11 1951/5
1951/15 1951/23
1952/2 1953/25
1955/16 1955/17
1955/18 1955/24
1956/12 1957/1
1959/18 1959/23
1960/16 1961/16
1961/20 1962/4 1963/6
1965/9 1965/17 1966/2
1966/9 1967/20
1967/25 1968/2 1968/7
1968/18 1968/25
1969/12 1970/1
1970/13 1970/19
1971/2
**what's [6]** 1903/1
1906/17 1912/5
1923/15 1929/7
1937/23
**whatever [3]** 1900/20
1901/2 1968/4
**when [33]** 1898/3
1900/24 1906/19
1908/5 1910/5 1911/22
1918/5 1931/3 1931/9
1931/21 1933/18
1938/21 1939/13
1939/24 1940/8
1940/20 1942/7
1943/10 1945/18
1946/11 1946/13
1949/12 1949/24
1952/15 1952/18
1953/25 1954/2

2013

**W**

**when... [6]** 1954/12
1955/21 1961/23
1964/8 1970/18
1970/23
**whenever [3]** 1914/19
1924/14 1949/9
**where [32]** 1896/7
1896/8 1896/9 1899/7
1902/17 1905/23
1909/1 1910/7 1913/16
1919/16 1922/12
1927/3 1931/12
1932/10 1932/14
1933/3 1934/17
1934/17 1936/25
1937/6 1950/23
1955/20 1957/25
1957/25 1961/9
1963/11 1964/2
1965/18 1966/23
1968/1 1969/12 1970/2
**whether [5]** 1906/25
1907/23 1944/17
1949/13 1956/3
**which [47]** 1895/19
1897/3 1899/17
1899/19 1901/3
1902/14 1902/20
1903/11 1905/19
1907/16 1908/12
1912/6 1912/14
1915/11 1915/18
1916/1 1916/19 1921/7
1925/17 1927/12
1927/13 1928/21
1929/18 1929/19
1931/10 1932/18
1933/23 1934/9
1937/17 1939/21
1941/22 1942/4 1942/6
1942/25 1944/8
1945/19 1948/11
1951/9 1954/15 1957/3
1957/24 1960/12
1961/12 1968/3
1968/16 1968/22
1970/24
**while [1]** 1900/16
**whistleblower [1]**
1951/6
**white [1]** 1955/11
**who [16]** 1903/13
1903/15 1904/16
1904/22 1904/25
1913/12 1921/19
1930/16 1942/11
1945/23 1946/21
1946/24 1951/6
1954/18 1956/14
1959/25
**who's [5]** 1900/7
1904/22 1912/3 1915/1
1915/2
**whole [7]** 1903/11
1908/6 1908/22
1926/15 1931/1
1966/11 1966/23

**why [14]** 1901/3
1903/7 1905/6 1929/3
1941/18 1945/16
1950/8 1952/12 1956/9
1958/15 1960/6
1968/16 1970/4
1971/8
**wide [3]** 1955/16
1964/7 1968/9
**widely [1]** 1903/22
**wider [2]** 1951/22
1952/1
**widget [1]** 1959/10
**Wikipedia [4]** 1966/7
1966/14 1966/15
1966/16
**will [22]** 1900/2
1900/21 1901/5
1902/19 1905/22
1910/5 1913/17
1916/16 1917/11
1924/9 1924/25 1925/4
1925/5 1925/14
1925/18 1925/21
1929/11 1929/12
1930/16 1940/18
1967/24 1968/5
**William [4]** 1886/17
1887/9 1994/2 1994/8
**WILLIAMS [2]** 1887/3
1887/6
**window [2]** 1952/21
1953/18
**windows [1]** 1953/23
**wins' [1]** 1926/21
**wiped [2]** 1923/4
1952/22
**wiping [1]** 1952/20
**within [5]** 1900/12
1910/22 1914/3
1915/17 1940/1
**without [4]** 1902/11
1920/19 1944/8
1963/19
**witness [8]** 1888/2
1905/16 1933/15
1935/21 1935/24
1936/3 1936/7 1936/14
**WITNESSES [1]**
1888/4
**wonder [1]** 1907/4
**wonk [1]** 1904/22
**word [3]** 1900/25
1900/25 1943/6
**words [1]** 1909/6
**work [15]** 1900/23
1901/3 1904/16
1905/10 1905/11
1910/17 1914/22
1918/8 1922/17
1936/25 1937/1
1939/23 1959/2 1961/6
1961/7
**workarounds [1]**
1907/3
**worked [2]** 1914/23
1935/3

1915/25 1916/7 1918/5
1930/17 1939/22
1946/14
**worksheets [1]**
1913/15
**world [9]** 1899/23
1900/1 1900/16
1904/24 1909/21
1911/25 1914/14
1918/6 1925/16
**worth [2]** 1935/1
1960/8
**would [56]** 1895/18
1896/1 1901/14
1907/16 1909/11
1909/12 1910/20
1910/24 1911/15
1911/17 1913/3
1914/23 1914/24
1915/15 1919/13
1919/16 1919/22
1919/24 1919/25
1920/4 1922/16
1924/19 1925/7
1927/10 1928/4 1928/4
1928/7 1934/10 1935/8
1940/24 1943/15
1943/16 1944/11
1944/19 1945/19
1947/9 1947/17 1948/1
1948/1 1952/9 1952/22
1955/21 1956/4 1959/3
1962/9 1965/14 1967/8
1967/25 1969/19
1969/25 1970/1 1970/2
1970/4 1970/10
1970/14 1971/4
**wouldn't [3]** 1902/4
1909/4 1954/14
**wow [1]** 1910/25
**wrapped [1]** 1911/9
**write [4]** 1914/7
1921/10 1921/13
1921/18
**writing [1]** 1966/15
**written [2]** 1920/4
1926/25
**wrong [1]** 1966/22
**wrote [5]** 1923/13
1926/14 1926/22
1929/21 1930/14

**Y**

**Yahoo [2]** 1939/18
1942/16
**Yandex [1]** 1923/1
**yeah [26]** 1900/11
1912/10 1920/13
1920/15 1922/16
1923/24 1931/5
1933/20 1938/3 1943/5
1946/10 1950/2
1950/12 1952/9
1952/14 1958/8
1962/15 1963/8
1963/16 1967/13
1968/14 1969/5 1970/3

**year [6]** 1905/25
1910/25 1915/18
1937/4 1949/23
1950/17
**years [17]** 1896/6
1901/8 1909/12
1909/22 1910/22
1910/25 1922/5
1924/19 1924/19
1925/2 1934/14
1937/14 1945/17
1948/17 1951/1 1953/3
1964/18
**Yep [1]** 1899/24
**yes [41]** 1895/13
1896/24 1896/24
1897/15 1901/17
1902/23 1906/4 1906/7
1906/9 1906/13
1908/19 1916/14
1920/10 1920/23
1921/8 1921/12
1921/17 1926/6 1926/9
1929/15 1930/9
1930/13 1930/18
1931/8 1931/20
1931/24 1932/2
1932/21 1933/1
1935/22 1938/15
1954/9 1954/20 1955/9
1956/7 1956/25
1957/18 1962/8
1963/23 1964/10
1967/19
**yesterday [5]** 1895/10
1895/24 1902/10
1903/6 1911/7
**yet [1]** 1908/9
**York [1]** 1886/19
**you [288]**
**you know [1]** 1906/23
**you'd [1]** 1959/15
**you'll [1]** 1930/14
**you're [12]** 1906/17
1906/24 1908/12
1908/17 1924/14
1949/9 1955/20 1958/1
1960/17 1963/1 1964/3
1968/2
**you've [4]** 1896/21
1900/5 1947/10
1969/25
**younger [1]** 1912/3
**your [71]** 1897/23
1902/21 1905/15
1906/16 1906/17
1909/17 1909/20
1909/21 1910/6 1912/7
1915/21 1916/24
1917/3 1917/10 1920/5
1920/5 1920/24 1921/9
1923/15 1924/9
1924/10 1924/12
1924/15 1926/5
1929/18 1929/25
1930/16 1930/21
1932/20 1933/2

1933/12 1933/13
1935/4 1935/8 1935/12
1935/16 1935/16
1935/22 1935/25
1936/4 1936/6 1936/11
1936/21 1936/21
1937/2 1937/19
1943/17 1943/18
1944/2 1944/6 1944/6
1944/7 1944/8 1944/9
1944/15 1945/19
1945/21 1949/10
1949/15 1952/7
1952/20 1952/22
1952/23 1952/23
1955/1 1955/2 1961/7
1964/4 1964/4 1964/20
1965/1
**Your Honor [19]**
1905/15 1909/17
1916/24 1917/3
1917/10 1924/9
1924/12 1932/20
1933/12 1933/13
1935/8 1935/12
1935/22 1935/25
1936/4 1936/11
1949/10 1964/20
1965/1
**Your Honor's [1]**
1924/15
**yourself [1]** 1943/11
**YouTube [1]** 1962/25

**Z**

**Z-i-p-f [1]** 1897/20
**Zaremba [3]** 1887/9
1994/2 1994/8
**Zipfian [1]** 1897/20