IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, ET AL.,  )        ████████

                                   )

            Plaintiffs,            )

                                   )    CV No. 20-3010

        vs.                        )    Washington, D.C.

                                   )    September 20, 2023

GOOGLE LLC,                        )    9:45 a.m.

                                   )

            Defendant.             )    Day 8

_____)    Morning Session


TRANSCRIPT OF BENCH TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For DOJ Plaintiffs:                 Kenneth M. Dintzer
                                    U.S. DEPARTMENT OF JUSTICE
                                    1100 L Street, NW
                                    Washington, D.C.
                                    (202) 307-0340
                                    Email:
                                    kenneth.dintzer2@usdoj.gov

                                    Erin Murdock-Park
                                    U.S. DEPARTMENT OF JUSTICE
                                    Antitrust Division
                                    450 5th Street NW
                                    Washington, D.C. 20530
                                    (202) 445-8082
                                    Email:
                                    erin.murdock-park@usdoj.gov

For Plaintiff
State of Colorado:                  Jonathan Bruce Sallet
                                    COLORADO DEPARTMENT OF LAW
                                    Consumer Protection Section,
                                    Antitrust Unit
                                    Ralph L. Carr
                                    Colorado Judicial Center
                                    1300 Broadway
                                    Suite 7th Floor
                                    Denver, CO 80203
                                    (720) 508-6000
                                    Email: jon.sallet@coag.gov

                                    William F. Cavanaugh, Jr.
                                    PATTERSON BELKNAP
                                    WEBB & TYLER LLP
                                    1133 Avenue of the Americas
                                    Suite 2200
                                    New York, NY 10036-6710
                                    (212) 335-2793
                                    Email: wfcavanaugh@pbwt.com

APPEARANCES CONTINUED:

For Defendant Google:        John E. Schmidtlein
                             Kenneth Charles Smurzynski
                             WILLIAMS & CONNOLLY LLP
                             725 12th St., NW
                             Washington, D.C. 20005
                             (202) 434-5000
                             Email: jschmidtlein@wc.com

                             Kenneth Charles Smurzynski
                             WILLIAMS & CONNOLLY
                             680 Maine Avenue, SW
                             Washington, D.C. 20024
                             (202) 434-5000
                             Email: ksmurzynski@wc.com

Court Reporter:              William P. Zaremba
                             Registered Merit Reporter
                             Certified Realtime Reporter
                             Official Court Reporter
                             E. Barrett Prettyman CH
                             333 Constitution Avenue, NW
                             Washington, D.C. 20001
                             (202) 354-3249

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

– – –

WITNESS INDEX

– – –

| WITNESSES | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| PLAINTIFF's: | | | | |
| ERIC LEHMAN | 1890 | | | |
| MIKE ROSZAK | | 1926 | | |
| GABRIEL WEINBERG | 1936 | | | |

– – –

INDEX OF EXHIBITS

– – –

| DEFENDANT'S | ADMITTED |
|---|---|
| DX241 | 1917 |

– – –

INDEX OF EXHIBITS

– – –

| PLAINTIFF'S | ADMITTED |
|---|---|
| UPX818 | 1982 |

P R O C E E D I N G S

1   (█████ closed proceedings)

2   COURTROOM DEPUTY:  All rise.  The Honorable
3   Amit P. Mehta presiding.

4   THE COURT:  Good morning, everyone.  Please be
5   seated.

6   COURTROOM DEPUTY:  Good morning, Your Honor.
7   This is Civil Action 20-3010, United States of America,
8   et al., versus Google LLC.

9   Kenneth Dintzer for the DOJ Plaintiffs.

10   Jonathan Sallet and William Cavanaugh for the
11   Plaintiff States.

12   John Schmidtlein on behalf of Google.

13   THE COURT:  All right.  Good morning, everyone.
14   I hope everybody had a good night.

15   All right.  So I understand that Google is
16   prepared to complete its examination in open session, right?

17   MR. SMURZYNSKI:  Yes, that's right, Your Honor.
18   We rejiggered things, and we'll just proceed in open
19   session.

20   THE COURT:  Terrific.  I appreciate that.
21   Thank you.

22   And the plaintiffs have some limited --

23   MS. MURDOCK-PARK:  Very limited, Your Honor.

24   THE COURT:  -- redirect.

1          Why don't we get started with that and then we'll

2    open up the courtroom.

3          MS. MURDOCK-PARK:  I'm sorry, Erin Murdoch-Park

4    for the United States.

5                         - - -

6    ERIC LEHMAN, WITNESS FOR THE PLAINTIFF, HAVING BEEN

7    PREVIOUSLY SWORN, RESUMED THE STAND AND TESTIFIED FURTHER AS

8    FOLLOWS:

9                   DIRECT EXAMINATION (CONTINUED)

10                        - - -

11                        - - -

12   BY MS. MURDOCH-PARK:

13        Q    Good morning, Dr. Lehman.

14        A    Good morning.

15        Q    Yesterday you were discussing signals with the

16   Court, right?

17        A    Yes.

18        Q    And your counsel asked you about three types of

19   signals listed on UPX4.

20             If we could please pull up UPX4, Slide 2.

21             And it's a slide titled "The Three Pillars of

22   Ranking."  He was asking you about body and anchors.  Do you

23   recall that?

24        A    Yes.

25        Q    And one of the questions your counsel asked was

```
1    with respect to anchors and body and their interaction with

2    clicks.  Do you recall that?

3         A    I don't remember that exact question.

4         Q    Okay.

5              If we could go to -- I want to turn to UPX213,

6    which we looked at in closed session yesterday and it has --

7    this is the encyclopedia of newsletters that you put

8    together.  And if we could go to page 9, which is Bates

9    ending 722.  And it talks about web ranking by signal.

10             Do you see that?

11        A    Yes.

12        Q    And it says, "This section breaks down web ranking

13   by signal.  Four are primitive:  Anchors, body, clicks, and

14   Chrome," right?

15             Right under the --

16        A    Yes.

17        Q    -- first heading.  Okay.

18             Four lines down, you write, "Over time, the

19   importance of anchors has been significantly displaced by

20   clicks."

21             Do you see that?

22        A    Yes.

23        Q    Okay.

24             And you also write -- down under "Body," my

25   apologies.
```

1       You write, "Document text is critical in

2  retrieval, that is, identifying documents worthy of scoring.

3  However, that text plays only a modest role in scoring

4  itself.  Generally, we fake an understanding of documents by

5  observing how our users react to them and adopting those

6  reactions as our own."

7       Do you see that?

8  A    Yes.

9  Q    And for both of these sections, you believed them

10 when you wrote them?

11 A    Let's see.  Yes.  You know, I'd note that the

12 context there on anchors, the next sentence starts with,

13 "But" and goes on to explain a qualifier.

14 Q    Okay.

15      But you believed what you wrote?

16 A    Yes.

17 Q    Okay.

18      And we can go ahead and put 213 aside.

19      Yesterday your counsel also showed you

20 Document UPX255, and I'd like to go to page 9 of that

21 document.

22      THE COURT:  I don't think it's in the binder.

23      MS. MURDOCK-PARK:  It should be, I believe, the

24 binder clipped in front of you.

25      THE WITNESS:  Right.

```
1    BY MS. MURDOCK-PARK:
2        Q     And I think it's actually -- if we can go one more
3    page, so it is the chart that you had looked at.  I believe
4    the last digits are 968.010 and .011?
5        A     Yes.
6        Q     And the listing of the documents are -- if we
7    could go to the chart, please.  Thank you.
8              The listing of the documents are RankBrain,
9    DeepRank, rank embed and rank embed BERT, right?
10       A     Rank BERT, it's listed there, but it later became
11   rank embed Version 2 based on BERT.
12       Q     Thank you.
13             Each of these four systems listed is trained on
14   click-and-query data, right?
15       A     Yes.
16       Q     If we go to Row 5 of the chart, which is "Hashtag
17   Training Examples," that lists how much user data these
18   models are trained on, correct?
19       A     Yes.
20             I should caution that I don't have these numbers
21   still in my head, so I'm relying on the numbers in this
22   documents.
23       Q     Okay.
24             So RankBrain is trained on about ███████
25   examples, right?
```

1      A      Yes.

2      Q      And as currently implemented or as of the date you

3  left Google, these models were trained on ████████████

4  ████████  of examples, right, RankBrain?

5      A      Yes, except for the third one, which had been

6  decommissioned.

7      Q      Okay.

8             And when these systems launched, Google still used

9  its more traditional ranking systems as well, right?

10     A      Yes, that's right.

11     Q      Okay.

12            So as far as you know, Google still uses navboost

13  for ranking?

14     A      When I left, navboost was still a ranking

15  component, yes.

16     Q      And when you left, QBST was still a ranking

17  component?

18     A      That's right, yes.

19     Q      And when MUM was launched --

20            THE COURT:  I'm sorry, when what was launched?

21            MS. MURDOCK-PARK:  MUM, M-U-M.

22  BY MS. MURDOCK-PARK:

23     Q      I believe you referenced a system yesterday

24  that -- did you reference MUM yesterday?

25     A      I forget whether we talked about it yesterday.

1    Q    Okay.

2         Then I will -- if we're not certain, I will skip

3    on from that and we can go to open session.

4         THE COURT:  Okay.  Very good.

5         Well, why don't we open things up.  We'll connect

6    the media line and continue with Dr. Lehman's examination.

7         (Open court)

8    BY MR. SMURZYNSKI:

9    Q    Good morning, Dr. Lehman.

10        Yesterday, the plaintiffs asked you a number of

11   questions about Google's use of clicks and different ranking

12   components.  Do you remember that?

13   A    Yes.

14   Q    What is the relationship between, on the one hand,

15   the number of ranking components that utilize clicks in some

16   way and on the other, the volume of clicks those components

17   need?

18   A    So I guess I would make two notes about that.  One

19   is maybe sort of obvious, which is that it's not additive.

20   That is, if you have 20 components, you don't need 20 times

21   as many clicks.  We've shown the chart showing all the

22   number of clicks for those different components.  Again,

23   it's all the same clicks.

24        There is a more subtle aspect.  I think yesterday

25   we talked about the difference between memorization systems

```
 1    and generalization systems.  So now boost would be an

 2    example of a memorization system.  It remembers for a

 3    particular search query and a particular web page user did

 4    or did not click.

 5            But the primary effort in use of clicks over the

 6    last 10 or 15 years has been on generalization systems.

 7    There, the goal is to generalize from situations where we

 8    have data to situations where we don't.  So these are kind

 9    of like filling in the holes where we don't have data.

10            So I think in terms of how these systems respond

11    to different quantities of available data, a factor to keep

12    in mind is that even though we're adding more systems, many

13    of these are generalization systems.  They're systems that

14    are designed to fill in holes in data.  So I think that adds

15    a kind of a robustness to the system in that if you reduce

16    data, those systems can patch up the holes.

17            Some of the -- those older versions of systems

18    themselves need quite a bit of data train, but the new ones

19    require far less.

20            THE COURT:  Can I ask a question?

21            The systems that you've described as generalized

22    systems, in the development of those systems, was ClicData a

23    component of how those systems were developed?

24            THE WITNESS:  Yes, yes.

25            Roughly, those systems tried to find patterns
```

1    typically in the ClicData so that you can say, Well, I see,

2    for 300 cases like this, people tended to do this kind of

3    click, and hours here's the 301st case which, well, it's

4    sort of like that, so I'm going to bet people click sort of

5    the same way.

6            And the notion of same varies from one

7    generalization system to another.  And gradually, as we sort

8    of move to deep learning, the kinds of patterns these

9    systems could look for to generalize ClicData got more and

10   more complex.

11           THE COURT:  Got it.  Thank you.

12   BY MR. SMURZYNSKI:

13       Q    Dr. Lehman, are you familiar of a principle called

14   diminishing returns?

15       A    Yes.

16       Q    And how, if at all, does that principle impact the

17   value Google obtains from user data?

18       A    So I think there's sort of good empirical evidence

19   that Google's query stream has a certain distribution called

20   Zipfian, Z-i-p-f, and that produces this long tail effect

21   that we talked about previously.

22           I guess one way to think about it is that you can

23   imagine, you start up your search engine one day and so you

24   start processing queries, and over time, the number of

25   queries that you see grows and grows and grows sort of

1    linearly.

2              And then you can say, Well, what is the

3    probability, when I get a new query, that I've seen it

4    before.

5              And I think a reasonable model, it's pretty

6    well-established over decades, is that it grows

7    logarithmically, that is, sort of a classic diminishing

8    returns curve.

9    Q    And what implications, if any, does that have for

10   the value of additional user data to Google and with respect

11   to the quality of Google's search engine?

12   A    Well, for a system like navboost, as the volume of

13   queries that Google has seen in the past grows, the

14   percentage of situations that we've seen before begins to

15   level off, and so you get diminishing returns.

16   Q    We've talked about navboost, and you just

17   referenced it there.

18             With respect to queries that Google has seen only

19   a few times, how does navboost treat that relative to

20   queries that it's seen hundreds, thousands, tens of

21   thousands, millions of times?

22   A    Right.

23             So for many queries in navboost, there's a large

24   number of queries that we've seen a small number of times, a

25   small number of queries that we've seen a large number of

1    times, and for a query that we've seen a small number of

2    times, we'll have scraps of data.  So each click is a little

3    bit of a hint, but they come with caveats.  And if you don't

4    have too of many of them, it's hard to draw a strong

5    conclusion.

6              So, for example, there might be a search query

7    where one person clicked on one result, two people clicked

8    on another result, but, you know, maybe this current user is

9    in Australia and both of those clicks came from people in

10   the United States.  So maybe we should trust them, maybe

11   not.

12             Maybe some other results seem plausible to our

13   other search components, but we're not sure that anybody

14   actually even sort of looked far enough down the page to see

15   them.

16             So that's sort of the typical picture for one of

17   these queries that -- for which we don't have much data.

18   And so I think navboost does kind of the natural thing,

19   which is, in the face of that kind of uncertainty, you take

20   gentler measures.  So you might modify the score of a

21   document but more mildly than if you had more data.

22             THE COURT:  Can I ask another question, I'm sorry.

23             So the world is ever evolving.

24             THE WITNESS:  Yep.

25             THE COURT:  How do -- how does the search engine

1   handle new developments in the world?

2          Here's a terrible example but one that I will

3   understand and some of you may.

4          A lot of people put Taylor Swift into the search

5   engine, right?  So you've already got in navboost lots of

6   connections for Taylor Swift but apparently she's now dating

7   Travis Kelce who's a football player.  So if I want to get

8   the latest on that, how does the search engine -- how does

9   it -- how is it able to identify these new developments and

10  get people to those relevant links?

11         THE WITNESS:  Yeah.  So this is a complex question

12  within Search, we talked about it as the problem of

13  freshness.

14         And there's no single simple answer.

15         Some systems respond very quickly to new

16  developments in the world, while others, others don't.

17         So one kind of system that actually responds very

18  quickly is the sort of the old school techniques.  So if you

19  do Taylor Swift, and I don't know, maybe some other term

20  about her relationships or whatever, then the old systems

21  will still be looking for web pages that talk about Taylor

22  Swift and relationships.  Now, they could be dated pages.

23  But at least they'll work.

24         And I think that's important when something like

25  COVID happens.  Like the word "COVID" wasn't even a word so

1    a lot of our systems didn't know about synonyms for COVID,

2    COVID-19 or whatever.  But still these old school systems

3    work, which is why it's kind of nice to keep them around.

4           There is a special sort of freshness component

5    that tries to look at things like, often news articles will

6    have by-line dates so you can say, well, how old is this

7    article versus this one.  This is about Taylor Swift's

8    relationship two years ago, this is one two weeks ago.  And

9    so it can sort of boost the more recent ones more

10   aggressively.

11          Does that answer the question?

12          THE COURT:  I think so.

13          But it sounds like there are different components

14   that would evaluate these variables.  It's not simply

15   navboost or -- there are multiple systems that operate to

16   identify -- or help promote fresh results?

17          THE WITNESS:  Yes.

18          And Clicks is one of them.  You know, like once we

19   start to get Clicks on a topic, there's sort of a fast

20   response system that tries to make use of those as quickly

21   as possible.

22          But it's something we struggled with for a long

23   time.  And, you know, I think one argument was we should try

24   to think about freshness in all our search components.  I

25   don't know if we've 100 percent succeeded with that though.

1   There's some that -- particularly around COVID, there was a

2   crash effort to try to update our systems to ensure that we

3   had relevant information.  So if everything were working

4   perfectly, that wouldn't have been necessary but it wasn't.

5              THE COURT:  Got you.

6              All right.  Thank you.

7   BY MR. SMURZYNSKI:

8        Q    I just want to go back to that concept you were

9   talking about, the weighting of navboost between long-tail

10  queries and what you described yesterday as head queries.

11  Sort of without getting into like the nitty-gritty of the

12  mathematics of it, how does the system do that?

13       A    So qualitatively for these head queries that we've

14  seen many times and for which we have ClicData, we're more

15  confident in that boost data and we can adjust the scores of

16  documents more dramatically or as for queries that are in

17  the long-tail where we have little scraps of data, it's

18  ambiguous, it's harder to figure out what to include.

19  Navboost will adjust the scores of documents more mildly.

20       Q    If you could turn to document UPX228 which is in

21  your binder and we'll just put the cover page on the screen.

22       A    228?  I got it.

23       Q    It should be in the first section, yes.

24       A    Right.

25              THE COURT:  Sorry, Counsel, I was still taking --

1    what's the number?

2              MR. SMURZYNSKI:  Certainly.

3              It's 228.

4              THE COURT:  Thank you.

5    BY MR. SMURZYNSKI:

6        Q    And yesterday, Dr. Lehman, you said there was a

7    somewhat complicated story behind why you gave this

8    presentation.  What was that story?

9        A    Right.

10             So this was an opportunity for me to talk to the

11   whole Search leadership, which is a rare opportunity for me.

12             And the people to whom I was really targeting this

13   talk were the people who do design of the sort of the user

14   experience of Search, how things look on the screen.  And

15   also the more senior Search people who make decisions about

16   how many special features we put on the page and how busy it

17   is.

18             And the reason that I was speaking to those

19   audiences implicitly is that I was concerned about the

20   connection between the way Search results are visually

21   presented and the ranking of Search results.

22             And I don't think that connection was widely

23   appreciated and so that's something I was trying to drive

24   home in this presentation.

25             In particular, my concern was that our Search

1  results page could get too busy, and sometimes results could

2  be presented in ways that were a little bit hard for people

3  to understand.

4        And because Clicks are an important signal in

5  ranking, if the page is too complicated, then it's hard to

6  interpret Clicks.

7        Remember, the point of Clicks is that we're asking

8  people to sort of read by proxy for us.  Computers couldn't

9  read.  So we have people read the search results and the

10 query and everything else on the page and then we observe

11 their reactions, and those observations are Clicks.

12       But as the page gets busier and more complicated

13 and if Search result previews aren't really clear, then we

14 observe users doing things but we don't know how to

15 interpret them and extract information from them.

16       So my message was to people who work in sort of

17 the visual presentation of results and decide the layout of

18 the page, no, you need to think about this.  We need to

19 learn from our users in the form of Clicks.

20       And I think this was not obvious.  I mean, Search

21 is a huge organization with thousands of people, and I'm

22 getting up as somebody who's kind of a data wonk who deals

23 in algorithms and that kind of stuff and I have to talk to

24 people from a very different world, the sort of user

25 experience people who are kind of more thinking about human

```
 1    behavior and art and visual presentation and say, no, we

 2    need you.

 3             And so one thing I was trying to do in this talk

 4    is motivate those people to help us.  I can't just browbeat

 5    them.

 6             And so that's why I sort of introduced this notion

 7    of Magic.  So I wanted to say, if you help us, then we can

 8    get Google to do these magical things, these things that

 9    seem otherwise impossible.  So I'm trying to sort of inspire

10    the people in those organizations to work a little bit

11    differently, work with us so we can make this really cool

12    stuff.

13             So these are intended to be inspirational

14    examples.

15             MR. SMURZYNSKI:  Your Honor, if I may approach the

16    witness?

17    BY MR. SMURZYNSKI:

18       Q    Dr. Lehman, I put in front of you a document that

19    has been marked as UPX203 which is in evidence.

20             And take a look at the cover slide.

21             What is this presentation?

22       A    So periodically there will be all-hands meetings

23    where everyone from an organization is invited to attend.

24    This looks like it was from the fourth quarter, the end of

25    the year in 2016, it was an all-hands presentation for the
```

1    Search organization.

2        Q    All right.  And if you go in a page, there is an

3    agenda; is that right?

4        A    Yes.  Right.

5        Q    And under "Ranking," there's the name Eric.  Was

6    that you?

7        A    Yes.

8        Q    Much less formal at Google than in court?

9        A    Yes.

10       Q    And if you go forward in the deck to the page that

11   ends in 904, and is this the portion of the presentation

12   that you gave at the end of 2016?

13       A    Yes.

14       Q    All right.

15            And if you go forward one more slide, this is the

16   first slide in your presentation.

17            What's the topic that you're addressing in your

18   presentation?

19       A    So this is a time when sort of the first wave of

20   deep learning had arrived and we were starting to try to

21   understand, you know, what are the implications for the

22   future.

23            And I think as we've discussed, you know, the

24   biggest problem in Search is you're given a web page and a

25   query and you need to figure out whether or not that web

1   page is relevant to the search query.  And the challenge has

2   always been, well, computers can't read so we have to do all

3   these workarounds.

4           But we're starting to wonder if that might

5   possibly change.

6           And I guess the first line here, "Search is a

7   great place to start understanding language."  Maybe there

8   are two sides to that.  One is that Search was, I think, a

9   really powerful driving application for this fundamental

10  scientific problem of how you get computers to understand

11  language, how do you get computers to read.

12          And in this presentation, I also thought Google

13  was a great place to begin exploring that problem, not only

14  because of the motivation but because of the resources.  We

15  have access to large amounts of text, and we also had access

16  to lots of user data, which at this time I thought would

17  probably be an important asset.

18      Q    All right.  And if you turn the page to 905, what

19  are you saying there?

20      A    Right, so this is, I think, a thing that's come up

21  quite a bit lately.

22          So with this fundamental problem of determining

23  whether a web page is relevant to a query, as of this

24  presentation, after just the first wave of deep learning

25  systems, we really couldn't read documents.  It was -- our

1    ability was minimal.  So we played this game of read by

2    proxy.  Show the text to people, we observe their reactions

3    and we adopt them as our own.

4           And this approach, it has limitations, though,

5    that we've talked about.  So, for example, when we show

6    people search results, they don't actually read the whole

7    web page, they just read the preview.  They tend to click on

8    results that are lower quality than we'd like to show, and

9    yet, at this time, that was a really important technique.

10   So user data, you know, is an important source of data and

11   use was used in many Google systems.

12        Q    And there you're describing today which is in the

13   context of this document, December of 2016, correct?

14        A    That's right.  Sort of after the first wave of

15   deep learning systems.

16        Q    If you turn to the page that ends in 919.

17             And on the top of the slide you're positing a

18   task; is that right?

19        A    Yes.

20        Q    And what is that task?

21        A    So in this presentation, we're -- I was starting

22   to contemplate the possibility that rather than this whole

23   mechanism of read by proxy, have people read for us and try

24   to learn from Clicks, that we might -- I guess here I'm

25   saying, we might maybe someday, we might get to a point

1    where -- with a computer we'd be able to understand a

2    document, like a web page or a passage, there are just a few

3    sentences instead of a web page, based just on the content

4    alone.  That is, we wouldn't need humans to interpret it for

5    us.  We could get computers to directly understand a

6    document or a passage just based on the words.

7                And, you know, I think this was a little bit of a

8    crazy idea at the time, and I think I felt pretty anxious

9    about presenting this.

10               You know, the history of artificial intelligence,

11   I guess I would like to say that to sum up the first

12   history, the first 50 or 60 years of AI research, I would

13   say not much happened.  And so I think for people in the

14   field, the idea that we could actually do something like AI,

15   it was almost embarrassing to suggest it.  It felt like AI

16   was a marketing hype term, not real.

17               MR. SMURZYNSKI:  Your Honor, if I may approach?

18               THE COURT:  I guess before you get to the next

19   document, though.

20               So finish your thought, Dr. Lehman.  This was

21   your -- this was the view of the world at the end of 2016.

22   So how has that changed in the ensuing six years?

23               THE WITNESS:  It's been kind of a complicated

24   journey.

25               The next big milestone for me was the arrival of

1    BERT around 2018, and that was just a shock to me on

2    multiple fronts.

3         One was that -- so BERT was developed in

4    connection with something called WebAnswers.  So, you know,

5    when you do a search, sometimes Google will try to guess the

6    answer to your search and put it at the very top.  That's

7    WebAnswer.  So that's a case where there's just a short

8    passage instead of a full web page involved.

9         And so BERT was developed, and that was its first

10   application.  And there was like a Christmas holiday, and

11   what we found out just before that is BERT beat all of our

12   existing systems combined by a large margin.  It just made

13   everything else irrelevant.  So that was kind of a milestone

14   moment for me.

15        And then, you know, in some ways, WebAnswers is

16   sort of like the junior version of Web Search, because you

17   only have to work with just a small passage instead of full

18   web pages.

19        So I think at that point, it started to become

20   clear that we were looking at a change that would kind of

21   knock all the pieces off the board of search probably at

22   some point within the next few years.

23        And then things began to pick up speed, so I -- it

24   felt like at first maybe there would be a breakthrough every

25   four years, and then it got to be like, Hey, wow, every year

1   there's a breakthrough.  And then it's just like every few

2   months.

3            And it's just accelerated and accelerated.

4            So I was just noticing in the news that the

5   quality of systems that take text as input and produce

6   images that are described by that text has actually jumped

7   significantly since lunch yesterday.

8            So I think one of the big surprises to me is --

9   was that -- and I still don't have my head wrapped around

10  it, is that these systems could learn from text alone.

11           I believe, and I think there may be presentations

12  here, that language acquires meaning because it means

13  something to people.  Otherwise, it's just symbols on a

14  page.  And so I thought that for machines to understand

15  language in a humanlike way, they would have to learn from

16  seeing people interact with data.  And so I thought user

17  data would be essential to helping machines learn language.

18           But it turned out not to be the case.  It turned

19  out that these very large machine learning systems can learn

20  simply from text.  So that was another sort of huge

21  milestone.

22           And I guess when I left Google, things had begun

23  to accelerate so fast, and it looked like the implications

24  were just going to be staggering, and not just for search

25  but for the world at large.

1    And I did my very best with it, but at some point

2  I feel like I needed to back away and hand it over to

3  someone who's younger and ready to deal with it, I guess.

4  BY MR. SMURZYNSKI:

5    Q    And, Dr. Lehman, you have in front of you what's

6  been marked as DX237, which is already in evidence.

7    You talked about BERT in your response to the

8  judge.  What was the next sort of milestone in the journey

9  in terms of these large language models?

10   A    Yeah, let me sort of informally say there was sort

11 of these first-generation systems around 2014.  There was

12 BERT around 2018 as a sort of second generation.  For me, at

13 least, this was sort of the third generation.  So this is

14 MUM, which was sort of completed and started to get ready

15 for production use in 2021.

16   I guess this is a presentation of MUM to the head

17 of search at that time, Prabhakar Raghavan.  I think it's

18 kind of a monster document, particularly to give to a senior

19 executive, but I think this one he read through thoroughly.

20   Q    And I used a term there, "large language model."

21 What is a large language model?

22   A    So it's a computational system that tries to, in

23 some way, capture patterns in language.

24   And the name is maybe a little bit deceptive.

25 Language models could be something as simple as noticing

1   that like adjectives usually come before nouns, and united

2   is often followed by states, things like that.

3           And people would try to capture these as models of

4   language, it's sort of systems that reflect the patterns in

5   language.

6           And then people started building larger language

7   models that could capture more patterns in language, and

8   they got larger and larger and larger.

9           And then strange things started to happen.  It

10  seemed that these systems began -- in their effort to find

11  patterns in language, they began to, in some ways, it

12  appears mimmick the cognitive processes of the people who

13  created that language, you know.

14          A sort of trivial example is if you give one of

15  these systems a bunch of school worksheets or something like

16  that where it says 3 plus 5 is 8, 4 plus 7 is 11, and so on,

17  then in its search for patterns in language, it will learn

18  to do math, and so it can begin to do arithmetic questions

19  that it's never know seen before.

20          And that one's fairly clearcut, but then it can do

21  some of the more qualitative cognitive things that people

22  do.  And it's limited.  It's not AI.  Or at least it wasn't

23  then, but it was quite startling to us.

24      Q    This, as you describe, is a long, complicated

25  document, it contains many trade secrets.  But if you go to

1    the third page of the document, there's a section that's

2    marked "TL;DR."  Not what those letters mean, but how is an

3    acronym used within Google?

4         A    As sort of executive summary.

5         Q    Okay.

6              And in the -- about halfway through the paragraph,

7    you write, "These models are significantly more powerful

8    than BERT, demonstrating a large improvement on SuperGLUE

9    benchmarks, and let's just pause there for a second.

10             What is a SuperGLUE benchmark?

11        A    So as people were trying to make computers

12   understand language, and by people here, I mean people at

13   Google, people in academia, people in other U.S.

14   corporations, corporations around the world, particularly in

15   China, they wanted a way to measure progress that we could

16   all agree upon.  And so some folks set up some -- a system

17   called GLUE, and it was a set of several language

18   challenges.

19             And then whenever someone had a new computer

20   system that they believed could understand language better,

21   they could use this GLUE system to check the progress of

22   their work.

23             So they would check how well their system worked

24   on each of those challenges.  There would be taken -- they'd

25   take an average.  And there was sort of a leader board

1    saying, Who's gotten the highest score across all tasks,

2    who's second highest and third highest.  And there were sort

3    of a lot of people competing.

4           And then BERT came along and just demolished

5    everything.  So everything on that leader board became

6    variants of BERT.  And the performance of BERT was so strong

7    that for those tasks, it was performing above human level.

8    But the tasks weren't that hard, so that wasn't that

9    impressive.

10          So the creators of GLUE created a new set of

11   reading comprehension challenges, which they called

12   SuperGLUE that was designed to be the BERT killer.  It's

13   even stickier.  So they were much harder challenges, and

14   BERT exhibited fairly weak performance.  It was scoring

15   about 60, and they speculated this would be much harder for

16   machines.

17          However, within a matter of, I don't know, about a

18   year or so, a system called T5, which later evolved into

19   MUM, among other systems, achieved essentially human-level

20   performance.

21   Q     And in your answer, you mentioned BERT, T5, and

22   MUM.  What was Google's involvement in the creation of each

23   of those systems, if any?

24   A     So BERT was developed by Google researchers

25   working with the WebAnswers team, and then they later

1    constructed sort of the Version 2 of rank embed, which

2    I think we talked about earlier.

3            T5 was a significantly more powerful system that

4    got very high scores on the SuperGLUE benchmark.  It was

5    also developed by Google researchers.  They were sort of off

6    doing their own thing at Google research, but then some of

7    us in search contacted the T5 team and we began working

8    together.  And MUM is -- can be thought of as a much scaled

9    up version of the T5 system developed by Google researchers.

10           And that sentence says -- you continue on, it

11   reads, "And reaching human-level performance for many

12   tasks."

13           Do you see that.

14           Yes.

15   Q    Was among those tasks the ones that, in the 2016

16   document, you had posited maybe someday a machine will be

17   able to do this?

18   A    I don't know if it was exactly the same task.  I'm

19   not sure, you know, which one I was thinking of at that

20   time.  But it was -- but these are challenging reading

21   comprehension tasks.  I think, you know, people find them

22   challenging, they don't score perfectly.  They score about

23   the same as MUM.

24           MR. SMURZYNSKI:  Your Honor, this is DX241.  And

25   at least one of the plaintiffs, I believe, has lodged a

1   hearsay objection to it, but I don't know if they continue

2   to maintain it.

3              MS. MURDOCK-PARK:  Your Honor, our understanding

4   is that this is not a document associated with Dr. Lehman.

5              THE COURT:  Well, is there any objection to its

6   admission?

7              MS. MURDOCK-PARK:  I believe there's a hearsay

8   objection, and I don't -- nope, we have no objection.

9              THE COURT:  Okay.

10             MR. CAVANAUGH:  No objection, Your Honor.

11             THE COURT:  So it will be admitted.  DX241.

12                                    (Defendant's Exhibit DX241
                                         received into evidence.)
13

14   BY MR. SMURZYNSKI:

15       Q    Dr. Lehman, if you could turn forward to the slide

16   that begins 448, and this just is to orient you.  The slide

17   reads "MUM, a major milestone in language understanding."

18             MR. SMURZYNSKI:  And, Alan, if you could go

19   forward to the next slide.

20   BY MR. SMURZYNSKI:

21       Q    And we'll go through these, but just at a general

22   level, could you describe for the Court what is being

23   communicated in this slide?

24       A    This looks like a few high-level bullet points

25   about the MUM model, the sort of third-generation language

1    understanding system.

2        Q    Okay.

3            And in the first bullet there, what is being

4    conveyed with regard to the comparison between BERT and MUM?

5        A    So when working with language, I think we found

6    that if you need to memorize a lot of facts about the world,

7    you need a lot of memory but not a lot of computation and

8    systems like QBST work well.

9            But if you want to do reading comprehension and

10   sort of reasoning tasks, you need to do a lot of

11   computation.

12           And what this is saying is that the amount of

13   computation per unit of text is about a thousand times

14   greater in MUM than BERT, and the consequence is that it

15   should be able to understand language more deeply, perform

16   reasoning more effectively.

17       Q    And in the third bullet, there's a reference to

18   "understand and generate human language."

19           What data does MUM use in order to achieve that

20   task?

21       A    So MUM was trained on large volumes of text drawn

22   from the Internet.

23       Q    Was MUM trained on click-and-query data that

24   Google had?

25       A    No, and as I mentioned, it was a shock to me that

1   that's possible, but no, there was -- there are no -- no

2   user data.

3       Q    And the next bullet down refers to "Few-shot

4   learning requiring far fewer data inputs than BERT."

5            And these data inputs, again, are raw text from

6   the Internet?

7       A    This may be a little bit different.

8            So with these sort of language systems like BERT

9   and like MUM, typically you train them initially on lots of

10  language, and in the process, they understand the structure

11  of language and acquire some kind of reasoning abilities.

12  It's a little hard to tell what they're doing, they're just

13  giant masses of numbers.  And then typically you would apply

14  them to some particular task.

15           With BERT, the procedure for applying them to a

16  particular task would be a process called fine-tuning, where

17  after they understand the basic structure of language, you

18  give them some inputs and desired outputs, and that modifies

19  the internal structure of the model a little bit so that it

20  gets really good at that one specific task.

21           So, for example, if BERT were being adapted for

22  WebAnswers, the task that they used for fine-tuning would

23  be, here's a query, this passage is relevant; here's another

24  query, this passage is not relevant.  And you would go to a

25  bunch of those examples, and then it would get very good at

1    that task.

2           For large language models, they can be adapted to

3    specific tasks in a very different way.  These things take

4    text as input and you would just give a few examples written

5    as text as your initial input and then pose your new problem

6    also in text and, based on just those just few examples, in

7    many cases they could just begin to perform that new task.

8    Q    And is that what the reference to few-shot

9    learning is?

10   A    Yes, that's few-shot, each shot is like an example

11   and sometimes, you know, two or three or something are

12   enough.

13   Q    And that's all you need, two or three in order to

14   accomplish this with MUM?

15   A    Yeah.  Yeah.

16   Q    If you could go to the next slide.

17          And to remind you, this is as of July of 2021, we

18   saw on the first slide.

19          And without reading the number out loud, you see

20   halfway down the page, there's a reference to the number of

21   search related teams that are using MUM to improve existing

22   products.  Do you see that?

23   A    Yes.

24   Q    And to your knowledge, that number is accurate as

25   of July of 2021?

1      A     It seems about right, that number started growing

2   very fast and so I don't know exact value, exact dates.

3      Q     Fair enough.  In July of 2021, as of the time you

4   left Google, was that number higher or lower?

5      A     It was higher.

6      Q     Dr. Lehman, I put in front of you a document

7   that's been marked as UPX197 which is in evidence?

8      A     Yes.

9      Q     And I'd like to direct your attention to the top

10  of that email.  And it's an email you write on

11  December 26th, 2018.

12     A     Yes.

13     Q     And then you write, I'd like to offer a thought

14  for contemplation over the break.

15           And then you set forth something in bold text

16  there.  Do you see that?

17     A     Yes.

18     Q     And what did you write at the end of 2018 to the

19  various folks in search leadership who are identified in the

20  top of this email?

21     A     So this is over the Christmas holiday.  And we had

22  just seen the results of BERT for this web-answered problem.

23  We've just seen that it had outperformed everything that

24  we'd done, you know, dozens of engineers over roughly a

25  decade.

1       And so I sent this email to reflect on what the

2  implications of that were for the future.  It was quite a

3  shock.  I always felt that Google's -- you know, it's really

4  big advantage is that by focusing on Search for essentially

5  so many years, we developed this deep body of theory and

6  practices and we made a lot of mistakes but we learned over

7  time.  And I thought that was kind of our treasure chest.

8       And then along comes this system and just like,

9  no, never mind, beats everything.  And at this point we had

10  just seen that this kind of, sort of junior problem,

11  WebAnswers, had experienced this just dramatic disruption,

12  where machine learning made everything previous kind of

13  irrelevant.

14       And the thought I'm considering here is that

15  that's going to happen to Web Search, too.  I was guessing

16  that these kinds of advances would -- yeah, just kind of

17  clear the table of all past work.

18       Q    And if you could scroll down, Alan, to the

19  paragraph that begins at the bottom of the page, one

20  consideration and then carries over.

21  BY MR. SMURZYNSKI:

22       Q    And, Dr. Lehman, could you read that paragraph for

23  us, please.

24       A    "One consideration is that such a deep ML system

25  could well be developed outside of Google - at Microsoft,

1   Baidu, Yandex, Amazon, Apple, or even a startup.  My

2   impression is that the translate team experienced this.

3   Deep ML reset the translation game; past advantages were

4   sort of wiped out.  Fortunately, Google's huge investment in

5   deep ML largely paid off, and we excelled in this new game.

6   Nevertheless, our new ML-based translator was still beaten

7   on benchmarks by a small startup.  The risk that Google

8   could similarly be beaten in relevance by another company is

9   highlighted by a startling conclusion from BERT:  Huge

10  amounts of user feedback can be largely replaced by

11  unsupervised learning from raw text.  That could have heavy

12  implications for Google."

13       Q    And you wrote this at the end of 2018 with BERT.

14  By November of 2022, with the introduction of MUM and

15  further advances in ML, what's your view?

16       A    I think by 2021, with the arrival of MUM, it seems

17  like this is the path we're going down.  And I think, MUM

18  was a big deal in 2021 but now these large language models

19  are everywhere.  You can download them from the web and run

20  on a large PC.  So I think indeed we have seen such deep ML

21  systems developed outside of Google at pretty much, I think,

22  almost every major tech company in the U.S. and many abroad,

23  and a notable startup like OpenAI.

24            So, yeah, I think this is largely come to pass and

25  it's a story that's still unfolding, but I think it seems

1    like this is a road we're still on.

2              MR. SMURZYNSKI:  Thank you, Dr. Lehman.  I have no

3    further questions.

4              THE COURT:  Dr. Lehman, just quickly, deep ML

5    system.  ML stands for?

6              THE WITNESS:  Machine learning.

7              THE COURT:  Got you.  All right.  Thank you.

8              MS. MURDOCK-PARK:  If I may have a minute,

9    Your Honor, I will have a few redirect.

10             THE COURT:  Counsel, before you begin your --

11   I'm sorry, go ahead, Ms. Murdock.

12             MS. MURDOCK-PARK:  No.  Please, Your Honor.

13             THE COURT:  No, no.  I was going to ask one more

14   question but just whenever you're ready.

15             MS. MURDOCK-PARK:  Happy to get Your Honor's

16   question before I get started.  It might have been one of

17   mine.

18             THE COURT:  So, Dr. Lehman, could I ask you to

19   project out five years, ten years from now, what would you

20   guess to be the relationship between these deep ML systems

21   and user data in terms of search?

22             THE WITNESS:  So my guess, and it's really hard to

23   guess --

24             THE COURT:  Fair enough.

25             THE WITNESS:  -- is that search engines will shift

1    largely from a reliance on user data and all these other

2    tricks we built up over the years to systems that draw upon

3    these deep learning systems largely.

4            I think there will still be a role for user data

5    but I think it will be much diminished, but I think user

6    data does still bring some things.  Maybe the clearest thing

7    would be popularity.

8            So, for example, you know, I don't know, I search

9    for toothpaste.  Well, there are a lot of kinds of

10   toothpaste.  And so all those associated web pages are

11   relevant and a machine-learning system can say, oh, they're

12   relevant.  Okay, but they're not all likely popular.  And

13   I think user data can still help inform something like that.

14           So I think there will still be a role for user

15   data but, you know, trying to get a high resolution picture

16   of the world from user data requires a vast amount, trying

17   to figure out which is the most popular toothpaste and a

18   bunch of things like that I think will require much, much

19   less user data.

20           So generally I think a lot of the function of user

21   data will be replaced but probably not all of it.  But it's

22   a guess.

23           THE COURT:  Thank you.

24

25

```
 1                        - - -

 2                 REDIRECT EXAMINATION

 3   BY MS. MURDOCK-PARK:

 4       Q    Dr. Lehman, I want to ask you -- we'll start at

 5   the last document that your counsel showed you, UPX197.

 6       A    Yes.

 7       Q    And I want to go to the last page.  And the last

 8   page is -- this continues the email that you sent, correct?

 9       A    Yes.

10            Well, I think there's several different people

11   contributing text at this point because people were

12   responding.

13       Q    So I want to go to the top paragraph.  And you

14   wrote, "And we already know one signal could be more

15   powerful than the whole big system on a given metric.  For

16   example, I'm pretty sure that navboost alone was/is more

17   positive on Clicks (and even likely on precision/utility

18   metrics by itself than the rest of ranking).  By the way,

19   engineers outside of navboost team used to be also not happy

20   about the power of navboost and the fact it was 'stealing

21   wins')."

22            You wrote that?

23       A    No.

24       Q    You didn't?  This is in the email that you sent.

25       A    I believe that this section was written by Alex
```

1    Grushetsky.

2              If you see on the first page at the very top,

3    where it says from, Alexander Grushetsky.  So I believe in

4    this text, his comments are being interleaved with mine and

5    I'm pretty sure that that was his comment.

6        Q    And do you disagree with Mr. Grushetsky?

7        A    Well, he's saying a lot of things here.  Parts of

8    it, I agree with.  Parts of it, I question what he's talking

9    about, because they don't seem right to me.  Alex is a

10   really smart guy.  If he were here, I would say, wait, what

11   do you mean, Alex.  We could go through it phrase by phrase

12   and I could point out which parts that make sense to me and

13   which don't, if you want.

14       Q    Well, my biggest question is, you said, "I'm

15   pretty sure that navboost alone was/is more positive on

16   Clicks and likely even on precision/utility metrics by

17   itself than the rest of ranking."

18       A    Right.

19             So there's several assertions there.

20             So the first part is navboost alone was/is more

21   positive on clicks.

22             And that is, I think, true but kind of misleading.

23             So I think at some point we looked at a chart and

24   we talked about how components of ranking could be evaluated

25   using, I call it "live traffic experiments."

1           And the idea of those experiments is, for a given

2   ranking component, you ask, are the search results at that

3   system boosts getting more or fewer clicks than the search

4   results that would otherwise be there.  And so that would be

5   such a system, if such a system -- if a component boosted

6   results that got more clicks than results that were

7   previously there, then we would say it is "positive on

8   clicks."

9           The navboost system is by far the most positive on

10   clicks; that is, it boosts results that in experiments then

11   get lots of clicks.

12          But that is somewhat misleading, and so clicks are

13   not usually used to evaluate navboost.  And the reason it's

14   misleading is because it's almost circular.

15          The navboost system, what it does is observe

16   documents that in the past got lots of clicks, and then it

17   boosts those.

18          So the near circularity is there's some documents

19   or web pages that got clicks in the past, they get boosted

20   up by navboost and then this goes into the evaluation system

21   which says, ah, I see navboost has boosted all these

22   documents and they get lots of clicks.  Well, of course they

23   do.

24          What that measurement of navboost on clicks is

25   really telling you is that people tend to click on the same

1    results over time.  So the past is fairly predictive of the

2    future.

3              And one way to see why that's kind of a bad type

4    of analysis, I think we've talked about how people often

5    click on low quality results, bad search results, it's not

6    super often but there's a tendency.

7              So you imagine what's going to happen with those

8    clicks on bad search results.  Well, the navboost system is

9    going to observe these bad results, got clicks, it's going

10   to boost them, and then an evaluation system, these bad

11   results will be boosted, and they'll continue to get clicks.

12             And so navboost will look even more positive on

13   clicks even though it's doing something that's actually

14   damaging search quality.

15             So, yes, it's true that navboost alone is very,

16   very positive on clicks, but that's deceptive.

17   Q     We can go ahead and put this document aside.

18             I'd like to go back to UPX203, which your counsel

19   showed you, and specifically the page ending in 907, which

20   is Slide 51.

21             And this is the portion of UPX203 that you wrote

22   for the ranking section, correct?

23   A     Let's see.

24             I'm just needing a minute to find it.

25   Q     Of course.  It is not in the binder.  Your counsel

 1   handed you binder clipped copies.  I believe it's the

 2   thickest one.

 3        A    The big one.  Okay.

 4             Okay.

 5        Q    And it's page 57, but it ends in Bates 8907.

 6             It's a graphic of some people with arrows to each

 7   other.

 8             Do you see that, Dr. Lehman?

 9        A    Yes.

10        Q    And the graphic says, "Each searcher benefits from

11   responses of past users and contributes responses that

12   benefit future users," right?

13        A    Yes.

14        Q    And you wrote, "So if you search right now, you'll

15   benefit from the billions of past user reactions we've

16   recorded.  And your responses will benefit people who come

17   after you.  Search keeps working by induction."  Right?

18        A    Yes.

19        Q    Okay.

20             We can go ahead and put 203 aside.

21             Now, you talked a little bit about MUM with your

22   counsel.  Is another consequence of the amount of

23   computation needed by a system like MUM is that it adds

24   latency?

25        A    That's a little bit of a complicated question.

 1    Certainly computation takes time.  There's kind of a whole

 2    repertoire of techniques for trying to reduce the time

 3    required by these language systems on -- when used in a

 4    large-scale application like search.

 5          But, yeah, computation takes time.

 6    Q    And time is latency in terms of how long it takes

 7    to pull up a search result?

 8    A    Yes.  And, again, we should be careful because

 9    when you do a search, many, many things happen in parallel.

10          So, for example, the DeepRank system which runs on

11    BERT, I believe that adds no latency to Google's search

12    results because we found a spot where we could run it in

13    parallel with other activities that take more time.

14          Latency is a challenge, but there are ways to

15    manage it to a degree.

16    Q    Okay.

17          And another consequence of the amount of

18    computation needed by a system like MUM is expense, right?

19    The systems are expensive?

20    A    Yes, these systems are expensive.

21    Q    When MUM was launched, Google still used more

22    traditional ranking systems, right, with respect to navboost

23    and QBST, certainly?

24    A    Yes, definitely.

25    Q    And you mentioned BERT again.  Any competitor can

1  use BERT, correct?

2      A    Yes.

3      Q    But Google had a nice head-start on using BERT

4  because of the amount of user data available to Google,

5  right?

6      A    I don't think that's true.

7           I think Google's biggest advantage in using BERT

8  early was that it invented BERT.

9           The first two applications of BERT were in

10 WebAnswers, where I -- I don't -- I'm not sure if they used

11 user data at all.  ClicData isn't very useful for

12 WebAnswers.

13          And then the second application was DeepRank,

14 where we hustled, we got it launched.

15          I think Microsoft may have, after we launched and

16 announced it, said in some kind of press release, Well, we

17 did it first, but maybe my memory is not clear.

18     Q    If I could show you UPX193, which is a redacted

19 document, and it's in evidence.

20          MS. MURDOCK-PARK:  If I may approach, Your Honor?

21          THE COURT:  Yes.

22 BY MS. MURDOCK-PARK:

23     Q    And this is a document, Dr. Lehman, titled "Bullet

24 Points for Presentation to Sundar."

25          Do you see that?

1      A      Yes.

2      Q      This is a document that was in your files.

3             If we could highlight Bullet 4 where it says, "Any

4      competitor can use BERT or similar technologies.

5      Fortunately, our training data gives us a nice head-start.

6      We have the opportunity to maintain and extend our lead by

7      fully using the training data with BERT and serving it to

8      our users.  This needs multiple orders of magnitude more

9      hardware resources (mainly TPUs)."  Right?

10     A      Uh-huh.

11            MS. MURDOCK-PARK:  No further questions,

12     Your Honor.

13            MR. SMURZYNSKI:  Your Honor, since this document

14     was introduced for the first time on redirect, I'd like to

15     ask the witness one or two questions on it.

16            THE COURT:  Could I just ask a question of

17     Dr. Lehman first?

18            When you say "training data" in this bullet point,

19     what are you referring to?

20            THE WITNESS:  Yeah, I think that's a significant

21     thing.

22            So this document appears to be talking about the

23     application of BERT to WebAnswers, which was the first

24     application.  So, like, I think it says in Bullet Point 2,

25     "Applying BERT to WebAnswers demonstrated this huge coverage

1    increase."

2            And then the third bullet point says, "Early

3    experiments with BERT apply to several other areas of

4    search."

5            So I think it's talking about the use of BERT in

6    WebAnswers primarily and saying that we started exploring

7    its use in other areas.

8            So I think here, training data refers to the first

9    application, which is in WebAnswers.

10           So in that case, the training data would be this

11   large bank of query passage pairs, where people employed by

12   vendors hired by Google have marked the answers as good,

13   bad, or somewhere in between, and Google built up that bank

14   of training data over some years.  And I think that's what

15   it's referring to here.

16           I don't think it's referring to ClicData because,

17   for these cases where we show our best attempt at an answer

18   at the top of search results, ClicData is not very helpful

19   because if we show somebody an answer and it answers their

20   question, then they don't need to click.

21           Click is usually at least a weak indication that

22   they're not satisfied with the answer we provided.  So

23   there's a little bit of information.

24           My understanding of the value of user feedback in

25   this WebAnswer system is that it's much less than a ranking

```
 1    of search results.  One person told me a click is worth
 2    about a tenth.  Another person disagreed and said it's more.
 3    I haven't worked on it and I don't know exactly.
 4           But to answer your question directly, I think this
 5    training data refers to human-rated answers.
 6           THE COURT:  Do you have any follow-up questions,
 7    Counsel?
 8           MS. MURDOCK-PARK:  No, Your Honor, but we would
 9    object to Google having a re-redirect since we asked
10    questions directly relevant to their cross, used a document
11    to do so.
12           MR. SMURZYNSKI:  Your Honor, you asked the
13    question I was going to ask, so I have no further questions.
14           THE COURT:  Okay.
15           All right.  Dr. Lehman, this means you are done.
16    Thank you very much for your time and your testimony, and
17    safe travels home.
18           THE WITNESS:  Thank you.
19           THE COURT:  Thank you.
20           All right.  Plaintiffs ready with their next
21    witness?
22           MR. HOFFMAN:  Yes.  Good morning, Your Honor.
23    Ian Hoffman for the United States of America.
24           Our next witness is Gabriel Weinberg.
25           So you know, Your Honor, we anticipate both an
```