| | |
|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT |
| | FOR THE DISTRICT OF COLUMBIA |
| 2 | |

UNITED STATES OF AMERICA,
et al.,                                      Civil Action
                        Plaintiffs,          No. 1:20-cv-3010

           vs.                               Washington, DC
                                             September 21, 2023
GOOGLE, LLC,                                 4:12 p.m.

                        Defendant.           Day 8
_____/         Afternoon Session



                    TRANSCRIPT OF BENCH TRIAL
              BEFORE THE HONORABLE AMIT P. MEHTA
                  UNITED STATES DISTRICT JUDGE


<u>APPEARANCES</u>:

For DOJ Plaintiffs:      **KENNETH DINTZER**
                         U.S. Department of Justice
                         1100 L Street, NW
                         Washington, DC 20005

                         **IAN HOFFMAN**
                         **JOSHUA HAFENBRACK**
                         U.S. Department of Justice
                         450 Fifth Street, NW
                         Washington, DC 20001

                         **DAVID DAHLQUIST**
                         U.S Department of Justice
                         209 South LaSalle Street, Suite 600
                         Chicago, IL 60604

For Plaintiff            **WILLIAM CAVANAUGH, JR.**
State of Colorado:       Patterson, Belknap, Webb & Tyler, LLP
                         1133 Avenue of the Americas #2200
                         Suite 2200
                         New York, NY 10036

1    **APPEARANCES CONT:**

2    **For Plaintiff**          **STEVEN KAUFMANN**
     **State of Colorado:**     **JONATHAN SALLET**
3                              Colorado Department of Law
                              CPS/Antitrust Section
4                              1300 Broadway, 7th Floor
                              Denver, CO 80203
5

6    **For Plaintiff**          **JOSEPH CONRAD**
     **State of Nebraska:**     OAG-Nebraska
7                              Consumer Protection Division
                              2115 State Capitol Building
8                              Lincoln, NE 68509

9

     **For Defendant Google:**   **GRAHAM SAFTY**
10                             **JOHN SCHMIDTLEIN**
                              **EDWARD BENNETT**
11                             Williams & Connolly, LLP
                              680 Maine Avenue, SW
12                             Washington, DC 20024

13

14   **Also Present:**          **KAREN LENT,** Non-Party Petitioner Apple

15

16

17

18

19

20

21

22

23   **Court Reporter:**        **JEFF HOOK**
                              Official Court Reporter
24                             U.S. District & Bankruptcy Courts
                              333 Constitution Avenue, NW
25                             Washington, DC 20001

1                                **I N D E X**

2        **WITNESS**                                              **PAGE**

3        GABRIEL WEINBERG

4           Continued Cross-Examination by Mr. Safty          2136

5           Redirect Examination by Mr. Hoffman              2155

6

7        JOHN GIANNANDREA

8           Direct Examination by Mr. Dintzer              2163

9

10

11

12                          **E X H I B I T S**

13

14                       (None were marked)

15

16

17

18

19

20

21

22

23

24

25

1          **P R O C E E D I N G S**

2          **THE COURT:**  Mr. Safty, why don't we get started, and the

3     media room line will get connected soon enough.

4          CONTINUED CROSS-EXAMINATION OF GABRIEL WEINBERG

5     BY MR. SAFTY:

6          **Q.**  Mr. Weinberg, in response to a question from

7     Mr. Hoffman earlier today, you provided an estimate of

8     DuckDuckGo's current market share in the United States.  Do you

9     remember that?

10         **A.**  Yes, I think I said two and a half percent.

11         **Q.**  And how did you arrive at that figure?

12         **A.**  Using Cloudflare's latest Q2 report from 2023.

13         **Q.**  Using that same methodology, what is DuckDuckGo's

14    market share in Europe today?

15         **A.**  I'm not sure, because they don't report out Europe as

16    an aggregate.  They report out different countries, and it

17    varies per country pretty significantly from about maybe a half

18    percent up to two and half percent in some.

19         **Q.**  Generally, DuckDuckGo's market share, as you're using

20    that term, is lower in European countries than it is in the

21    United States, right?

22         **A.**  Again, I'm not sure what the aggregate number is, but

23    it's highly variable per country.  But I would say yeah, that's

24    probably true.

25         **Q.**  Variable in the range of about a half percent to about

1    two and a half percent correct?

2        **A.**  Yes.

3        **Q.**  You're aware that in most European countries,

4    consumers who purchase an Android device are required to make a

5    selection from a search engine choice screen that determines

6    which search engine will be set as the default in the Chrome

7    browser and the search box on the home screen on the Android

8    device, right?

9        **A.**  Yeah, it's my view that that is set up in a way where

10   users can't really make a great selection because it's in --

11   for a number of reasons that I'm happy to get into.

12       **Q.**  Since the current choice screen design was introduced

13   in 2021, DuckDuckGo has been included among the search engines

14   that appear in the choice screen in every country where it's

15   used in Europe, right?

16       **A.**  I believe so.

17       **Q.**  And that would include the UK, Germany, France, Spain

18   and Italy, for example, right?

19       **A.**  Yes.

20       **Q.**  And in the vast majority of European countries where

21   the choice screen is used, DuckDuckGo always appears among the

22   first five search engines listed in the choice screen, right?

23       **A.**  I don't think that's accurate, no.  Like in France, I

24   don't think we're in the top five, as an example.

25       **Q.**  I recognize France being an exception here.  But

1    setting aside France, in the majority of European countries

2    where the choice screen is used, DuckDuckGo is always among the

3    first five search engines listed, correct?

4        **A.**  Yes.

5        **Q.**  And among those first five options, the order of

6    search engines is randomized in the list so that DuckDuckGo

7    appears above Google on the list just as often as it appears

8    below Google, right?

9        **A.**  Yes.

10       **Q.**  Do you recall DOJ's attorney asked you questions

11   earlier today about what you characterized as misconceptions

12   among consumers about private browsing mode in browsers?

13       **A.**  Yes.

14       **Q.**  And without getting into any detail that we covered in

15   closed session, you don't know what percent of DuckDuckGo users

16   have misconceptions about whether DuckDuckGo knows their

17   searches or can track their searches, right?

18       **A.**  We do not have individual search histories at all.

19       **Q.**  My question is you testified earlier today that you've

20   done surveys -- DuckDuckGo -- about misconceptions, as you

21   called them, about the effect of private browsing mode, right?

22       **A.**  Yes.

23       **Q.**  And when you do those surveys, they're not broken out

24   by which search engine the user uses, correct?

25       **A.**  Oh, I actually don't know, they might be.  It might be

1    possible, it depends on what the survey -- the full survey

2    question list was.

3        Q.   But sitting here today, based on the testimony you

4    gave to the government earlier, you don't know what percentage

5    of DuckDuckGo users have misconceptions about whether

6    DuckDuckGo knows their searches or can track their searches,

7    correct?

8        A.   I don't understand part of the question, because one

9    is about private browsing, and then you're asking me a question

10   about DuckDuckGo.  Private browsing misconceptions have nothing

11   to do with DuckDuckGo.

12       Q.   Your testimony earlier -- and let me know if I'm

13   misstating it please, Mr. Weinberg, was that there is a

14   misconception, in your opinion, about whether users in private

15   browsing mode believed that their search engine can track their

16   searches or not?

17       A.   Whether in general their searches are tracked in

18   private browsing mode regardless of what search engine they're

19   using.

20       Q.   And you don't know, amongst the percentages you cited,

21   how many of the people who have that misconception use

22   DuckDuckGo versus Google versus Bing versus another search

23   engine, right?

24       A.   Got it, now I understand your question.  No, I mean,

25   not sitting here.  It's possible it's in that survey data.

1    **Q.**  And you don't know sitting here today what percent of

2    DuckDuckGo users have misconceptions about DuckDuckGo's privacy

3    practices generally, right?

4    **A.**  No, that's a totally different question.  I mean --

5    **Q.**  Do you know the answer to that question?

6    **A.**  No.  But, I mean, that could be anything.

7    **Q.**  But we don't know, right?

8    **A.**  You're not specifying any misconception.

9    **Q.**  We don't know what percent of DuckDuckGo users

10   accurately understand the data that DuckDuckGo does and does

11   not collect, correct?

12   **A.**  I mean, we don't have any user search histories to

13   begin with.

14   **Q.**  You don't know what percent of DuckDuckGo users have

15   an accurate understanding of DuckDuckGo's privacy policies and

16   practices writ large, right?

17   **A.**  Okay, I see what you're saying.  No, we haven't done a

18   survey that I know of on do you understand everything about our

19   privacy policy.  Is that what you mean?

20   **Q.**  Correct.  And you personally didn't conduct any of the

21   surveys that you discussed with the government earlier today,

22   correct?

23   **A.**  What do you mean by that?

24   **Q.**  I mean you, Gabriel Weinberg, did not conduct any of

25   those surveys, right?

1    **A.**   I guess I don't know what you mean by conduct.  I was

2    involved in writing and helping write a lot of these surveys.

3    **Q.**   You were not the person who asked survey respondents

4    the questions, right?

5    **A.**   Typically that happens online with a thousand

6    respondents.

7    **Q.**   And you don't know what any of the survey participants

8    may have been thinking when they heard a phrase like "track

9    their searches," correct?

10   **A.**   No.  I mean, we tried different versions of different

11   questions to try to get at understanding, but any typical --

12   any taker of a survey may perceive those questions in different

13   ways.

14   **Q.**   And you recall Mr. Hoffman asked you a series of

15   questions about what he characterized as sort of tracking

16   user's online activity for the purpose of serving ads?

17   **A.**   Which question are you referring to?

18   **Q.**   Do you recall Mr. Hoffman asked you about tracking

19   user's activity online for the purpose of serving targeted

20   advertisements or advertisements tailored to their interests?

21   **A.**   I don't remember a question like that.  I remember

22   explaining that online profiling is used for that.

23   **Q.**   And that's what I was referring to.  Perhaps the

24   explanation was not prompted by a question.

25   **A.**   Got it.

1    **Q.**  I don't recall at this juncture.  But when a

2    DuckDuckGo user clicks a web result on DuckDuckGo's search

3    results page, the user is subject to whatever data collection

4    policies are implemented by the site they land on, right?

5    **A.**  Yes, they are.

6    **Q.**  And some websites choose to implement tracking cookies

7    or pixels to identify devices that visit their sites so that

8    they can later serve re-targeted advertisements, for example?

9    **A.**  Yes, they do.

10   **Q.**  And the fact that a search was conducted using

11   DuckDuckGo instead of another search engine won't affect the

12   extent to which the site the user visits can load a cookie or

13   pixel for the purpose of later serving a re-targeted ad, right?

14   **A.**  Well, using our browser or our extension does, which

15   is why we encourage people to use our full app.  That's why

16   when I initially talk about our product, we have -- the product

17   DuckDuckGo is the browser.

18   **Q.**  Focusing just on the DuckDuckGo search engine, though,

19   and a third-party browser like Safari, say.  It wouldn't make a

20   difference whether you're using DuckDuckGo or another search

21   engine in terms of what the site the user lands on can do with

22   respect to loading a cookie or pixel for the purpose of --

23   **A.**  It depends if they have our extension installed or

24   not -- which typically when we ask people -- or try to instruct

25   people how to use DuckDuckGo, we typically direct them to our

1    extension so that they get these extra privacy protections that

2    we're talking about.

3        Q.   And one of those privacy protections you're talking

4    about is a tracker blocker, right?

5        A.   It's a general term for a lot of different privacy

6    protections.

7        Q.   Does DuckDuckGo offer a tracker blocker feature?

8        A.   Yes.

9        Q.   What's a tracker blocker?

10       A.   Again, it's an umbrella term that could mean a bunch

11   of different things.  We have a number of privacy protections

12   which you could consider tracker blocking.  Different sites

13   embed things, like Google analytics, for example.  A tracker

14   blocker might block that from loading or from setting cookies.

15       Q.   And DuckDuckGo has developed tracker blocker

16   technology that's incorporated into its web browser, right?

17       A.   Yes.

18       Q.   And DuckDuckGo previously configured its web browser

19   to refrain from blocking certain Microsoft ads trackers even

20   though it blocked the equivalent Google ads trackers, right?

21       A.   We have a -- on ad click, we have an agreement with

22   Microsoft not to profile data -- which is part of our public

23   advertiser policy, and it's configured that way in the browser.

24       Q.   You recall that in May 2022, an independent security

25   researcher named Zack Edwards revealed publicly that

1    DuckDuckGo's tracker blocker was not blocking certain Microsoft

2    ads trackers?

3         A.   Yes.  And to be clear, this was nothing about our

4    search engine, this was about some restrictions that Microsoft

5    had placed on our browser which are now resolved.  After this

6    incident, Microsoft changed their policy and allowed us to

7    block these trackers that you're referring to.  Additionally, I

8    would say that it was all public beforehand.  So our browser

9    has been open source since 2018 as well as all these tracker

10   blocking lists that we're referring to.

11        Q.   So prior to the changes you were referencing in 2022,

12   DuckDuckGo's browser was configured to refrain from blocking

13   certain Microsoft ads trackers even though it blocked the

14   equivalent Google ads trackers, right?

15        A.   Judge, part of this involves some confidential

16   information for what I'm allowed to say as regards to

17   Microsoft's contract.

18        THE COURT:  Why don't we move past the issue.

19   BY MR. SAFTY:

20        Q.   Let me ask one last question, because I think you

21   alluded to this already in your answer.  When did you

22   personally learn that DuckDuckGo was refraining from blocking

23   certain Microsoft ads trackers in the manner you addressed

24   publicly in May 2022?

25        A.   Again, Judge, this relates to a confidential Microsoft

1    document.

2         **THE COURT:**  Well, I think he just asked when you learned.

3    **BY MR. SAFTY:**

4         **Q.**  And you've discussed this online, right, Mr. Weinberg?

5    You've posted on the internet about --

6         **A.**  Yes, yes, I'm just saying what I posted is -- if we

7    have that in front of us, I'm happy to show it to me and

8    I'll read it.

9         **Q.**  Without revealing anything having to do with

10   communications with Microsoft or confidential agreements with

11   Microsoft, when did you learn what you described in May 2022

12   about practices with respect to DuckDuckGo's tracker blocker

13   and Microsoft ads?

14        **A.**  I mean, it was part of our contract in 2020 -- I think

15   is when the contract was.  And they have policies that apply to

16   all syndication partners that we were fighting in the

17   background during this period.

18        **Q.**  And DuckDuckGo's business model is predicated on users

19   clicking ads delivered by Microsoft to DuckDuckGo's search

20   results page, right?

21        **A.**  Yes.

22        **Q.**  If we can put up demonstrative -- I believe it's

23   Defendant's Demonstrative No. 4.  I just wanted to clarify a

24   few things based on -- and we'll go to the first slide, please,

25   and clarify a few things about the questions you were asked

1    earlier in open court about modules, just to understand what

2    the DuckDuckGo SERP looks like.  We can start with this first

3    slide.

4         In response to some queries entered on DuckDuckGo, the

5    user sees a carousel of shopping ads on the SERP, as you see on

6    this screen, right, Mr. Weinberg?

7         **A.**  Yes.

8         **MR. HOFFMAN:**  I'm sorry to interrupt, but we don't have a

9    copy of this demonstrative.

10        **MR. SAFTY:**  Oh, I'm very sorry.  Thank you for raising

11   that, Mr. Hoffman.

12        May I approach?

13        **THE COURT:**  You may.

14   **BY MR. SAFTY:**

15        **Q.**  I gave the witness a copy as well.  Mr. Weinberg, in

16   the United States, all of the shopping ads that appear on

17   DuckDuckGo's search results page are delivered by Microsoft,

18   right?

19        **A.**  Yes, I believe so.

20        **Q.**  Turning to the next slide, if we could.  In response

21   to some queries entered on DuckDuckGo, the user also sees text

22   ads on the search results page, again, like you see here on

23   slide two of this demonstrative; is that right?

24        **A.**  Yes.

25        **Q.**  And in the U.S., all of the text ads that appear on

1    DuckDuckGo's search results page are delivered by Microsoft?

2        **A.**   Yes.

3        **Q.**   And DuckDuckGo doesn't re-rank the ads provided by

4    Microsoft, right?

5        **A.**   That's correct.

6        **Q.**   DuckDuckGo hasn't built its own ad auction technology

7    for determining which ads appear on search results page?

8        **A.**   That's correct.

9        **Q.**   If we go to the next slide, in response to a user

10   query on DuckDuckGo, the search results page includes unpaid or

11   organic weblinks like the one you see here to thespruce.com and

12   Amazon.com; is that right?

13       **A.**   Yes.

14       **Q.**   In the U.S., these organic weblinks displayed on

15   DuckDuckGo's search results page are delivered by Microsoft,

16   right?

17       **A.**   Yes.

18       **Q.**   And it's your understanding that the organic weblinks

19   originate with a web index maintained by Microsoft, correct?

20       **A.**   Yes.

21       **Q.**   And the order in which these organic links appear is

22   determined by algorithms and technologies built and maintained

23   by Microsoft, right?

24       **A.**   There are some exceptions to that, but for the most

25   part, yes.

1     Q.  The number of ads that DuckDuckGo shows on its search

2     results page has increased over time, right?

3     A.  Yes.

4     Q.  And today, there are instances where DuckDuckGo

5     displays three or more shopping ads at the top of the search

6     results page?

7     A.  Yes, in the sense that they go right to -- left to

8     right, and you can toggle them in a carousel, yes.

9     Q.  Similar to Google's search results page, right?

10    A.  Yes.

11    Q.  There are also instances where DuckDuckGo will display

12    three text ads at the top of the search results page, right?

13    A.  Yes.  I'd say, in general, our ad load is less than

14    both Google and Bing, substantially.

15    Q.  In response to some of Mr. Hoffman's questions earlier

16    today, you offered testimony to the effect that there is a

17    subset of Americans who both care about and act on privacy.

18    Do you remember using a phrase along those lines?

19    A.  Yes.

20    Q.  And you characterized that as DuckDuckGo's sort of

21    target demographic or audience, right?

22    A.  Yes.

23    Q.  And what percentage of Americans did you sort of place

24    in that category?

25    A.  Approximately a third.

1    Q.   And how do you identify those people?

2    A.   So the survey methodology that I was referencing asks

3  a couple of questions about concern for the care part, and then

4  a couple of questions -- we've used different versions of the

5  algorithm for how to identify care and act so we could

6  triangulate in different ways.  But essentially asking what

7  kind of behaviors people do online.

8    Q.   And some of the behaviors, for example, would include

9  downloading and installing a tracker blocker or other web

10  browser extension, right?

11    A.   I believe that's one of the behaviors we asked for,

12  yes.

13    Q.   So downloading and installing software that doesn't

14  come pre-installed on their browser or device would be one

15  example?

16    A.   If it's privacy-related, yes.

17    Q.   And another type of behavior that DuckDuckGo has asked

18  about in these sorts of surveys would be changing browser

19  settings to a do not track type setting, correct?

20    A.   Yes.

21    Q.   In that instance, the user would be going into the

22  browser's setting menu and making a change in order to satisfy

23  their privacy-related desires, right?

24    A.   Yes.

25    Q.   Again, those are the customers who DuckDuckGo is

1    targeting as its sort of core audience, correct?

2        A.   Yes.

3        Q.   Do you recall Mr. Hoffman asked you some questions

4    about DuckDuckGo's development of its own web browser?

5        A.   Yes.

6        Q.   During some periods in recent years, DuckDuckGo's

7    browser's been the second most frequently downloaded browser on

8    at least Apple devices in the U.S. after Google's Chrome

9    browser, right?

10       A.   At certain times, yes.

11       Q.   DuckDuckGo's browser does not include a search engine

12   choice screen, right?

13       A.   It's our view that -- again, we've covered this a few

14   times, that we're making an easy button for privacy so it's an

15   all-in-one setup to give you privacy protection.  Search

16   privacy is at the core of that.  So if you switch your search

17   engine away to a non-private search engine, you'd be defeating

18   the purpose of our app to begin with.

19       Q.   There's a certain synergy between the search engine

20   and the browser that's reflected in DuckDuckGo's design, right?

21       A.   Certainly with our app in particular.

22       Q.   And DuckDuckGo is the only search engine built into

23   its web browser, right?

24       A.   I would say that exactly.  We have this feature called

25   bangs which enable you to quickly search on other sites, which

1    a lot of our users like.  And so it makes it easy to use and

2    search on really 10,000 different sites.  By using these

3    keywords, you can just type in !G and search Google, !B and

4    search Bing.

5        Q.   There's no sort of radio button or option that a user

6    can select such that every query entered into the address bar

7    going forward will be sent to another search engine instead of

8    DuckDuckGo, correct?

9        A.   No, there's nothing like that.

10       Q.   And that was a decision DuckDuckGo made about how to

11   design its browser, right?

12       A.   Yes.

13       Q.   If we can go ahead and pull up Defendant's

14   Demonstrative Exhibit 4, and go to the fourth line, please.

15   When an iPhone user downloads DuckDuckGo's browser from the

16   Apple App Store and opens the browser for the first time, the

17   user is prompted to set DuckDuckGo's browser as the default

18   browser on their iPhone, right?

19       A.   Yes.

20       Q.   And if we look at the third image in the sequence,

21   there's this bright blue button that says "Set as default

22   browser."  Do you see that?

23       A.   I do.

24       Q.   And if the user clicks that button, they're taken to

25   the settings page in iOS where they can set DuckDuckGo as the

1    default instead of Safari or whatever else they might have as

2    the default?

3        A.   Yes.

4        Q.   And all of the searches entered in the address bar of

5    the default browser will then go to DuckDuckGo, right?

6        A.   Sorry, I'm confused.  They're not the same thing at

7    all.

8        Q.   Well, after --

9        A.   This setting doesn't --

10       Q.   I'm sorry, I didn't mean to interrupt you.

11       A.   This setting isn't a search setting.  In fact, there

12   is no way to click directly to the search setting in iOS, it

13   was removed in 2014.  And so this just clicks to default

14   browser.  Once you have the default browser set, if you click

15   on a link it may open up in our app.  But there's no operating

16   system search box that this would control, and it wouldn't

17   control the Safari one either.

18       Q.   But after a user makes this change following the

19   prompt in DuckDuckGo's browser app, the default browser on the

20   user's iPhone is the DuckDuckGo browser, right?

21       A.   Yes.

22       Q.   And within that browser, the default search engine --

23   and arguably the only search engine, is DuckDuckGo, right?

24       A.   I would say there is no concept of the default in our

25   app, there is no search engine setting.

1      Q.   And it's just because DuckDuckGo's the only integrated

2  search engine, right?

3      A.   It is the DuckDuckGo app, there is no difference with

4  our app.

5      THE COURT:  I'm sorry, can you clarify something.  What

6  does it mean to be the -- for DuckDuckGo to be the default

7  browser, if to get to DuckDuckGo primarily it sounds like

8  people use your app?

9      THE WITNESS:  Yeah, that's what I was trying to clarify.

10  This is like if you are in like Messages and someone sends you

11  a link, like a text message, and it would open up the app.

12      THE COURT:  I see.  So this is, at least what I think of,

13  a hyperlink to --

14      THE WITNESS:  Yes.

15      THE COURT:  Somebody puts a hyperlink to some shopping ad

16  in an e-mail, and --

17      THE WITNESS:  Yes, generally in e-mail or messages is how

18  this would be interacted with.

19      THE COURT:  Gotcha.

20  BY MR. SAFTY:

21      Q.   Mr. Weinberg, after a user downloads the DuckDuckGo

22  private browser, as you see in this demonstrative here, the

23  browser appears on their home screen or a screen on their

24  iPhone, correct?

25      A.   I would say generally not on their home screen, which

1      people typically mean to be the first screen.  And Apple has

2      changed it recently where it appears in that like amalgamation

3      of all your other apps.  So I don't even know if you could call

4      it even appearing on a -- it appears on that list of all your

5      apps.

6           Q.  It appears as an icon on the iPhone that a user can

7      click and open, correct?

8           A.  The current iOS I actually thinks works differently

9      where -- at least on mine, where you swipe and you get this

10     long list of all the apps installed.  Maybe I have it setup

11     differently.

12          Q.  Can an iPhone user replace Safari on the main page of

13     the iPhone --

14          A.  It could.

15          Q.  -- with the DuckDuckGo browser app?

16          A.  Yeah, you could take additional steps to put the app

17     on the home screen.

18          Q.  If we flip to the next slide of the demonstrative, if

19     an Android smartphone user downloads DuckDuckGo's browser from

20     the Google Play Store and opens the browser for the first time,

21     the user is also prompted to set DuckDuckGo's browser as the

22     default on their device, right?

23          A.  Yes.  I would make the same point that there is no

24     operating system search setting or we probably would be doing

25     that as well.

1    **Q.**  And, again, with an Android device, the user can place

2    DuckDuckGo's browser on the home screen of the device in place

3    of or in addition to Chrome or any other browser, right?

4    **A.**  Yes, they could put our app on the home screen.

5    **MR. SAFTY:**  No further questions from Google.  Thank you,

6    Mr. Weinberg.

7    **THE COURT:**  Mr. Safty, thank you.  Any redirect from the

8    plaintiffs?

9    **REDIRECT EXAMINATION OF GABRIEL WEINBERG**

10   **BY MR. HOFFMAN:**

11   **Q.**  Yes, Your Honor.  Mr. Weinberg, during

12   cross-examination, you testified about the European choice

13   screens.  Do you remember that?

14   **A.**  Yes.

15   **Q.**  And I believe you said -- and correct me if I'm wrong,

16   that the choice screens were set in such a way that users could

17   not make a great selection; is that right?

18   **A.**  Yes.

19   **Q.**  Okay.  Can you explain to us in what ways the choice

20   screens were set which prevented users from making a great

21   selection?

22   **A.**  Sure.  I mean, so there's a few different things that

23   I think are doing that, it's a set of circumstances.  The first

24   is that when you set a new device, you get a lot of different

25   screens, and you're trying to get to look at your phone and set

1    it up.  This is like the 14th screen in.  So you're not really

2    in a mode to be doing this action, that's one issue.  Related

3    to that, there is no way to get back to it.  So you literally

4    have to reset your phone to get back to this screen.  There's

5    no operating system search setting, and there's no way --

6    importantly -- when we download our app to take someone back to

7    there, and then go through that process to make DuckDuckGo the

8    default across Android.

9        Then there are issues with the design of the screen

10   itself.  I think there's a lot of subtle changes that were made

11   to make people way more likely to pick Google.  For example,

12   there are no descriptions of other search engines displayed by

13   default, and so we have no real ability to make our pitch.  If

14   you want to look at all the different search engines, you have

15   to go and click on every single one to read the text.

16   Additionally, the text that they do give us at that point is

17   very short, so we can't even really make a full pitch such that

18   a lot of the search engines just end up looking the same, and

19   we can't really convey kind of what makes DuckDuckGo different.

20       I'd say in addition to both of those -- I think some

21   context is important, that we've done a lot of studies on

22   choice screens, and we do find that they could be designed

23   effectively.  And we continue to do this research and think a

24   more well-designed choice screen could have us selected about

25   15 percent of the time in the U.S. right now, and that could go

1    up over time.  A related point, which I think is important when

2    comparing and contrasting Europe in particular, is we're

3    finding that we're measuring these choice screen designs across

4    countries, and selection is very correlated to brand awareness

5    in each country.  So Mr. Safty was asking me earlier why our

6    market share is lower in Europe.  It's in part because we

7    haven't done any marketing in Europe.  Our brand awareness is

8    way lower in Europe, and that's in part because we're not

9    profitable in a lot of European countries enough to spend

10   marketing dollars there.

11        We have done that in the U.S., where our awareness is much

12   higher.  So that means that the same screen in Europe and U.S.,

13   even if you didn't change the design, you would expect us to be

14   picked a lot more in the U.S. just simply because our brand

15   awareness would be higher.  And that should go up over time

16   anyway as our brand awareness increases.

17        Q.  And what would the characteristics of a well-designed

18   choice screen be?

19        A.  So there's a lot of different possibilities.  I think

20   at a high level, we've talked a lot about experimentation.  The

21   best designs have not been experimented with real users,

22   because there's been no way to do that.  And so the real best

23   way to figure this out would be to set up some kind of

24   independent commission or something to be able to run a few

25   different things and make changes quarterly over a few years to

1    get on a choice screen that works well.  That said, from our

2    research -- in other words, I'm saying like we do a lot of

3    survey research, but that's always not the best proxy for the

4    real world.  But our research does show that a card approach

5    would be better.  So instead of a list with no descriptions,

6    you could have cards with bigger logos, bigger text that would

7    enable people to see the options better and understand their

8    differences.

9         Another thing one could do is have a screen in front of

10   the first screen that sets the mode of what you're about to do.

11   Right now, there's a very little text at the top that explains

12   it.  It doesn't make clear everything it's going to change.  It

13   doesn't make clear you can get back to it later, which you

14   can't.  That kind of psychological safety for users is

15   important, that they could return back to a setting later and

16   try out something now.  So that would be another aspect of the

17   design that would be important.

18        The third main thing -- we ultimately developed 10

19   principles, so I could go on and on.  But I'd say another

20   primary one is enabling competitor search engines to be able to

21   get back to the setting in one click.  So our best moment for

22   converting people to the default, as was just shown by

23   Mr. Safty, is when you download our app.  So that's why we're

24   prompting you you already made this decision to download

25   DuckDuckGo, and now is the moment where we could get you to set

1    the default across the whole device, which we currently can't.

2    If the choice screen was enabled such that we could then send

3    people right back to this operating system setting, we'd be

4    able to do that.  And not just in our app, but also on our

5    website.  So if you go to our home page, we'd be able to say

6    click here to change the search engine across the device.

7        MR. HOFFMAN:  Okay, thank you very much.  No further

8    questions.

9        THE COURT:  Mr. Weinberg, just one more -- oh, are there

10   any questions from the plaintiff states?

11       MR. CONRAD:  Not from plaintiff states, Your Honor.

12       THE COURT:  I don't think anybody asked you what your

13   background was before you began the company.  Could you just

14   give me a quick summary of it?

15       THE WITNESS:  Sure.  I went to MIT, undergrad in physics.

16   I have a graduate degree in technology and public policy, and

17   then I started companies after that.

18       THE COURT:  Thank you very much your time and your

19   testimony here today, sir.  Thank you.

20       Mr. Dintzer.

21       MR. DINTZER:  Good afternoon, Your Honor.  So the next

22   witness we're going to call --

23       THE COURT:  Oh, I thought you were going to stand up -- I

24   don't know, should we start somebody now?

25       MR. DINTZER:  I was thinking if we could argue the

1    confidentiality issue surrounding the witness, and then we'll

2    be ready to run.  Obviously we're at the leisure of the Court.

3    If you'd rather us to call it a day, we will.

4        **THE COURT:**  Who's the next witness?

5        **MR. DINTZER:**  John Giannandrea from Apple.

6        **THE COURT:**  Well, let me ask you, how much can you get

7    through in 15 minutes in open session?

8        **MR. DINTZER:**  Oh, I think we can get through the

9    confidentiality issue that I'm going to need to raise before,

10   or we can just do that tomorrow.  But I'm happy to start with

11   the witness, too, really.

12       **THE COURT:**  We've got a bunch -- why don't we just start

13   and we'll go 15 minutes in open session, we'll close at the end

14   of the day and we can take up those issues.

15       **MR. DINTZER:**  Okay.  How much I can do in the open session

16   is the first question.

17       **THE COURT:**  Oh, all right.

18       **MR. DINTZER:**  Apple has expressed a strong preference that

19   nearly every subject that we want to cover is not going to take

20   place in the open session.  And there's at least two subjects

21   that we believe -- I mean, along with the stuff that we've got

22   planned.  One is Apple's search capability, and the second is

23   an Apple analysis comparing Google and Bing.  We think both of

24   those should be done in open session.  I don't want to start

25   them and then have to engage in a competition with them, so I

1    thought we'd raise them now and see if we can get those vetted,

2    if that's okay with the Court.

3         **THE COURT:**  And in terms of the comparisons, to the extent

4    there are percentages, is that something that is the concern?

5    I mean, what's the concern, as you understand it?

6         **MR. DINTZER:**  I'd have to let Apple say that.  Apple did

7    an analysis of comparing the two search engines.  It's not

8    them, it's these two other entities.

9         **THE COURT:**  Right.

10        **MR. DINTZER:**  So I don't understand why they would think

11   that that's not -- I mean, why that's confidential to them, I'd

12   have to let them explain it.  As far as Apple's search

13   capability, you can see the outcome of that on your phone as

14   one of their products.  So I don't know why they think the

15   existence of it -- we're not getting into numbers or stuff.

16   I've got a sheet so that we don't discuss the numbers out loud,

17   but the existence of it I think is something that we should be

18   able to talk about, and sort of the elements of it without

19   crossing any confidentiality lines.  But as I said, they've

20   sent us a letter saying basically all of this is covered.  And

21   we don't want to get started and then have to tussle with them,

22   so we figured we'd raise that now.

23        **THE COURT:**  Is counsel for Apple present?

24        **MS. LENT:**  Thank you, Your Honor.  Karen Lent for Apple.

25   I'm surprised to here Mr. Dintzer raising a confidentiality

1    dispute.  We did send them a letter, they replied to us.  They

2    told us that we were essentially agreed on confidentiality

3    issues.  We've been through the documents, we don't have any

4    open disputes that we're aware of with respect to

5    confidentiality on any Apple documents.  So I'm not sure why

6    this is being raised right now.

7        MR. DINTZER:  Your Honor, we said a majority of the

8    issues.  What we needed from the -- what we'd like from the

9    Court, Your Honor, is clarification.  The breadth of those

10   subjects in their letter would -- as I said, I've got X number

11   of pages in my outline.  The amount that I can do based on

12   their letter without a waiver from the Court is going to be 10

13   pages of my outline.  That amount will double if the Court says

14   that I can discuss theses two -- actually, go up more than

15   that, if I can discuss these two issues.  So I didn't hear

16   counsel explain that she's opposed to us doing this.

17       MS. LENT:  Yes.

18       THE COURT:  I sort of understood that to be implicit.

19   Look, it's 10 of 5:00, so I don't know that -- I know

20   Mr. Giannandrea has been sitting here and waiting for some

21   portion of the day.  Can we at least get through 10 minutes

22   with him?

23       MR. DINTZER:  Sure, yes, Your Honor.

24       THE COURT:  And then we can take these issues up

25   afterwards --

1     MR. DINTZER:  Of course.

2     THE COURT:  -- so he feels like we're using his time.

3     MS. LENT:  And, Your Honor, these 10 minutes would be

4  issues that you --

5     MR. DINTZER:  We could do it in --

6     MS. LENT:  -- agree with us you can do in open court?

7     MR. DINTZER:  I'm sure that I'll be told otherwise, but --

8     THE COURT:  I mean, I'm told you've got 10 pages, so

9  theoretically thought ought to -- even I can figure out a

10  minute a page.  You should be okay.

11     MS. LENT:  Okay, thank you.

12     MR. DINTZER:  So, Your Honor, the DOJ plaintiffs call John

13  Giannandrea to the stand.

14     DEPUTY CLERK:  Do you solemnly swear or affirm that the

15  testimony you're about to provide to the Court will be the

16  truth, the whole truth, and nothing but the truth?

17     THE WITNESS:  I do.

18     THE COURT:  Mr. Giannandrea, welcome.

19     THE WITNESS:  Thank you.

20     <u>DIRECT EXAMINATION OF JOHN GIANNANDREA</u>

21  BY MR. DINTZER:

22     Q.  Sir, can you state and spell your name for the record,

23  please.

24     A.  My name is John Giannandrea, G-I-A-N-N-A-N-D-R-E-A.

25     Q.  Giannandrea?

1          **A.**   Giannandrea.

2          **Q.**   Thank you.  And who do you work for?

3          **A.**   I work for Apple.

4          **Q.**   And what's your position at Apple?

5          **A.**   I am Chief of Machine Learning and AI Strategy is my

6     title.

7          **Q.**   To whom do you report?

8          **A.**   To Tim Cook.

9          **Q.**   And when did you join --

10     **THE COURT:**  I'm sorry, I missed hearing your title.  If I

11     can just ask you to keep your voice up and speak into the

12     microphone.

13     **THE WITNESS:**  Sure.  My title is Chief of Machine Learning

14     and AI Strategy.

15     **BY MR. DINTZER:**

16          **Q.**   And to whom do you report?

17          **A.**   Timothy Cook.

18          **Q.**   And when did you join Apple?

19          **A.**   2018.

20          **Q.**   And just generally, what are you responsible for at

21     Apple?

22          **A.**   I'm responsible for their machine learning and AI

23     strategy as well as a number of different properties including

24     search and Siri.

25          **Q.**   And before Apple, where did you work?

1      **A.**   I worked at Google.

2      **Q.**   And how long did you work at Google for?

3      **A.**   Since 2010, so approximately eight years.

4      **Q.**   And what was your last title at Google?

5      **A.**   I was in charge of research, machine intelligence and

6      search.

7      **Q.**   And more generally, what was your responsibility there

8      at Google?

9      **A.**   Overseeing the computer science researchers, large AI

10     investments and the Google search engine.

11     **Q.**   So you were on top of the search organization?

12     **A.**   I was.

13     **Q.**   And at Google, to whom did you report?

14     **A.**   To Sundar Pichai, the CEO.

15     **Q.**   And just to fill out the rest of your resume, sir, who

16     did you work for before Google?

17     **A.**   I had a startup that I started which Google acquired.

18     **Q.**   And what was that called?

19     **A.**   The startup was called Metaweb Technologies.

20     **Q.**   And are you familiar with a company called Tellme

21     Networks?

22     **A.**   Yeah, that was a prior startup that I did before

23     Metaweb.

24     **Q.**   And who bought that?

25     **A.**   Microsoft.

1      Q.   And did you ever have a relationship working at

2   Netscape?

3      A.   Yes, in the 1990s I was an engineer at Netscape.

4      Q.   And did you rise to CTO at Netscape?

5      A.   Of the browser division, yes.

6      Q.   And Netscape made the first widely available

7   commercial browser; is that right?

8      A.   I think that's correctly characterized, yes.

9      Q.   And you were deposed in the case, sir?

10     A.   In which case?

11     Q.   In this case?

12     A.   Yes, I was.

13     Q.   And prior to your deposition you met with Google's

14   lawyers; is that right?

15     A.   I did, yes.

16     Q.   But you're not represented by Google's lawyers?

17     A.   No, I'm not.

18     Q.   And before your testimony here today, did you meet

19   with Google's lawyers?

20     A.   Yes, once.

21     Q.   For about how long?

22     A.   About 45 minutes to an hour.

23     Q.   And about how long did you spend preparing for your

24   testimony here today?

25     A.   About three days I would say.

1      Q.   Let's start with what a -- briefly what a general

2   search engine is.

3      A.   A general search engine is a tool that you use to

4   search the worldwide web using queries.

5      Q.   And if I use the word web instead of worldwide web,

6   will you understand what I mean?

7      A.   Of course.

8      Q.   Okay.  And general search engines help users find

9   content on the web?

10      A.   Yes, that's their main function.

11      Q.   And they're meant to search -- by users of general

12   search engines, they're meant to search as much of the web as

13   they can; is that right?

14      A.   Yeah, retrieval is -- one of the key goals of a search

15   engine is to find what you're looking for.

16      Q.   And so would you agree that a general search engine is

17   one that takes in queries and then presents multiple results to

18   help you find the information you were looking for on the web?

19      A.   Yeah, different search engines take different forms,

20   but a general web search engine produces multiple results.

21      Q.   Are there many contenders in the space for general web

22   search engine?

23      A.   In the United States?

24      Q.   Yes.

25      A.   There's maybe a half a dozen or so that I'm aware of.

1      Q.   Could you tell me the ones you're aware of, sir?

2      A.   There's Bing, there's Yahoo.  There's some smaller

3   ones like you.com, and there's one called DuckDuckGo that I'm

4   aware of.

5      Q.   And are there websites that have search functionality

6   but that are not general search engines?

7      A.   Yes, of course.

8      Q.   For example, Facebook is a large search property?

9      A.   Yes, or an e-commerce website like Amazon.

10      Q.   And for Facebook, do they search the worldwide web?

11      A.   Typically, no, they do not.

12      Q.   What do they search?

13      A.   They search their own content for their social

14   network.

15      Q.   And for Amazon -- you mentioned Amazon, do they search

16   the worldwide web?

17      A.   No, they search their large database of products.

18      Q.   And TikTok, do they search the worldwide web?

19      A.   No, they would search their content.

20      Q.   So Amazon, TikTok, Facebook, they're not general

21   search engines?

22      A.   I wouldn't consider them so, no.

23      Q.   Are you familiar with the term specialized search

24   engine?

25      A.   Yes, or sometimes called vertical search engines.

1    Q.   Which term do you prefer, sir?

2    A.   Specialized is fine.

3    Q.   Okay.  And what is a specialized search engine?

4    A.   It would be the ones we've just been discussing, like

5    Amazon or kayak.com or anyone that searches a very narrow set

6    of content.

7    Q.   So like Yelp might be one or Expedia?

8    A.   Sure.

9    Q.   And those are not general -- by definition, those are

10   not general search engines?

11   A.   By the definitions we're using, no.

12   Q.   What is Safari?

13   A.   Safari is Apple's web browser.

14   Q.   And Safari's used to navigate the worldwide web, or

15   the web, right?

16   A.   It's a web browser, so that's the main function, yes.

17   Q.   And Google is currently the default search engine on

18   Safari; is that right?

19   A.   In the U.S. it currently is, yes.

20   Q.   And users can change the default search engine on

21   Safari to Yahoo, Bing, DuckDuckGo or Ecosia; is that right?

22   A.   I believe that's the current list, yes.

23   Q.   And we have -- I can hand it up, too.  We have a

24   demonstrative that I think we'd use for a few minutes.  If I

25   could approach, Your Honor.

1        Sir, you're familiar -- and we're going to put it on the

2    screen, too, this might help.  You're familiar with -- we're

3    going to go to Demonstrative 4 at page one.

4        If someone wanted to change the default on Safari --

5    putting aside trying to figure out if they know how to do it

6    and the like, the first step would be to hit the settings

7    button as shown on this screen; is that right?

8        A.   Yeah, that's correct.

9        Q.   And then the second step would be to scroll -- let's

10   go to the second page, would be to scroll down until they found

11   the Safari line on the settings list; is that right?

12       A.   Yes.

13       Q.   And then the third step after they did that would be

14   to hit the search engine, which right now is set at the default

15   at Google, right?

16       A.   Yes, probably the same as making any change to any

17   setting.

18       Q.   Right.  And then the final one is a list of possible

19   search engines.  Here, the ones we just discussed, right?

20       A.   Yeah, that's correct.

21       Q.   And the list of possible search engines that are

22   listed here are all default search engines -- I mean, are all

23   general search engines; is that right?

24       A.   Yes, they are.

25       Q.   And would you agree with me that users expect that

1   when you type a query into the URL bar of a browser, that they

2   would get results from a general search engine?

3       A.   Yes.  This would change the default settings so that

4   this would be the search engine that was defaulted to, yes.

5       Q.   Right, and I didn't ask a good question.  I see that

6   on this list here there's no Amazon, there's no Expedia, there

7   are only just general search engines?

8       A.   Yes, these are intended to be the default search

9   engine in the URL bar of Safari.

10      Q.   And users, when they put something in the URL bar of

11  Safari, they have an expectation that it's going to go to a

12  general search engine?

13      A.   Yes.

14      Q.   Apple has an arrangement with Google to be the default

15  search engine on Safari; is that right?

16      A.   We have an arrangement with all of these search

17  engines.

18      Q.   And Google has a revenue sharing agreement with Apple;

19  is that right?

20      A.   All of these search engines have revenue sharing

21  agreements with Apple.

22      Q.   Fair enough, sir.  And the one with Google, though,

23  gives them the default; is that right?

24      A.   Currently in the U.S., yes.

25      Q.   Do you know if that's planning on changing anytime

1      soon?

2          A.   I have no knowledge of that, no.

3          Q.   You used currently, so I just wanted to check.  The

4      agreement is called the information services agreement, right?

5          A.   I believe that's what it's called, yes.

6          Q.   And Google pays -- I won't say the number, but Google

7      pays, I believe I can say, billions of dollars a year for the

8      default search engine on Safari; is that right?

9          A.   There's a revenue sharing agreement with all these

10     engines, yes.

11         Q.   That wasn't quite my question, sir.  Google pays Apple

12     billions to be the default, the initial out-of-the-box default

13     search engine on Safari; is that right?

14         A.   There is a revenue sharing agreement with Google, and

15     it's currently set as the default.

16         Q.   We're missing the billions part.  And Google pays

17     Apple billions?

18         A.   I think that's generally true, yes.

19         Q.   Now, Safari has a private browsing mode; is that

20     right?

21         A.   That's correct.

22         Q.   And private browsing makes sure that your web browsing

23     doesn't accumulate your history; is that right?

24         A.   Your history on the client, yes.

25         Q.   On the Safari browser?

1      A.   Right.

2      Q.   Now, in Safari's private browsing mode, your browsing

3  will not show up in the history later.  That's what you were

4  talking about, correct?

5      A.   Yes.

6      Q.   Now, iOS is Apple's operating system for the iPhone?

7      A.   That's correct.

8      Q.   And the current iOS is iOS 17?

9      A.   We just released it, yes.

10     Q.   On Monday?

11     A.   Of this week.

12     Q.   Congratulations.  And iOS 17 updates created a

13  separate default for Safari private browsing mode?

14     A.   Yes, you can set a different default for private

15  browsing versus regular browsing.

16     Q.   So before '17, the private browsing automatically had

17  the exact same default as the regular browsing?

18     A.   That's my understanding, yes.

19     Q.   But now you could actually set a different one, right?

20     A.   If you so choose, yeah.

21     Q.   But the default private browser for Safari is still

22  Google, right?

23     A.   For private browsing, I believe that is correct, in

24  the current release, yes.

25     Q.   So let's go to Demonstrative 5 -- and I'm going to

1    hand this out.

2        THE COURT:  Just to make sure I understand, sir.  So in

3    the new iOS, there is a setting by which you can make private

4    browsing mode the default?

5        THE WITNESS:  There's a second setting, so you could

6    choose two different ones if you want to.

7        THE COURT:  Got it, thank you.

8        MR. DINTZER:  May I approach, Your Honor?

9        THE COURT:  You may.

10   BY MR. DINTZER:

11       Q.  You've been handed our Demonstrative Exhibit 5, and

12   we're going to put it up on the screen as well.  So if you

13   follow the settings, as we talked about before -- and if you

14   know what you're looking for here, now you see there's a

15   private search engine, right?

16       A.  Yes.

17       Q.  So this is how you could, if you knew to do it, to set

18   or change a default here, right?

19       A.  Yes.

20       Q.  But if you click that, what you'll find -- if you just

21   take your phone out of the box and you're on the initial

22   default setting, you'll find that it's initially set at Google,

23   correct?

24       A.  Well, it's set the same one as the first setting,

25   yeah.

1    Q.   And the first one out of the box for every Apple

2    device in the United States is set to Google?

3    A.   That's correct.

4    Q.   No further questions on that, sir.

5    THE COURT:  So maybe I just misunderstood.  So I thought

6    you were saying that you could select private browsing mode as

7    sort of the permanent browser mode, but that's not what you're

8    saying.  There's simply a second option here for the search

9    engine in private browsing mode?

10   THE WITNESS:  Yeah, these are the settings for what search

11   engine you get when you type into the bar.  And what was

12   introduced in iOS 17 was the ability to make it different, if

13   you choose to, so you could take two different search engines.

14   THE COURT:  But you still have to click over to private

15   browsing mode in the browser itself?

16   THE WITNESS:  Yes, that's correct.

17   BY MR. DINTZER:

18   Q.   And just to be clear, sir, you have to click to

19   private browsing mode to get to private browsing mode, but you

20   have to click through the settings and the like if you want to

21   get a different search engine other than Google in private

22   browsing mode?

23   A.   In private browsing mode, yes.

24   THE COURT:  Why don't we -- Mr. Giannandrea, we're going

25   to conclude for the day since we've hit 5:00 o'clock, and so

1    we'll resume tomorrow.  Why don't you talk to your counsel

2    about what time to be back here tomorrow.  I just want to have

3    a discussion with the lawyers about timing, okay?

4         THE WITNESS:  Okay.

5         THE COURT:  Thank you, sir.  And I'll ask you not to

6    discuss your testimony overnight with anyone other than your

7    counsel.

8         THE WITNESS:  Of course.

9         THE COURT:  Thank you, sir.

10        MR. DINTZER:  Thank you, sir.

11        (Witness not present)

12        THE COURT:  So can I just get a sense of timing with

13   Mr. Giannandrea?  Is there any expectation he would be done

14   tomorrow?

15        MR. DINTZER:  Oh, from our side, absolutely, Your Honor.

16   I hate to make estimates, but an hour, little over an hour and

17   a halfish at the high end.

18        THE COURT:  Okay, what do other counsel think?

19        MR. SCHMIDTLEIN:  I think Google will obviously have an

20   examination of Mr. Giannandrea as well, but we expect that he

21   will be done tomorrow.

22        THE COURT:  Okay.  And are the plaintiff states on board

23   with that?

24        MR. CONRAD:  They're on board with it, Your Honor.

25        THE COURT:  So if we started at 9:30, do you think we'd be

1    finished with him at 12:30?

2         MR. SCHMIDTLEIN:  Absolutely.  And we have committed -- he

3    cannot bleed over until next week, so I think all parties are

4    in agreement that we will get him done tomorrow.

5         THE COURT:  That's what I was curious about.  I can -- for

6    the afternoon schedule, we have some things, but we could move

7    things around if we needed to extend past 1:30.

8         MR. DINTZER:  We're available to make sure that he gets

9    done tomorrow, Your Honor.

10        THE COURT:  Okay, terrific.  So then let's talk about the

11   next Apple issue, and that's what we need to do in closed

12   session.  Would it make sense to just have a conversation with

13   counsel first or should I sort of break the stalemate if there

14   is one?

15        MR. DINTZER:  We can talk.  My sense is that it's more of

16   this is what they would -- it's not a failure to understand,

17   it's just a failure to agree on this one piece.  But if the

18   Court would prefer, we can do that this evening, and then we'll

19   come back tomorrow morning and see if we can work something

20   out.

21        THE COURT:  I don't want to do if you think it's going to

22   be futile.  If you think you can make a genuine effort at

23   trying to reach resolution, that would be my preference.  But

24   if that's not in the offing, then let's try and resolve it now.

25        MS. LENT:  Your Honor, I think we'd appreciate having an

1      opportunity to discuss it, because I don't frankly know exactly

2      what subjects they want to talk about in open court.  I heard

3      something general, but I don't know what specifically.  So if

4      we could drill down on that, that would help.

5          THE COURT:  And what I would say to you counsel, also, is

6      that to the extent that any of these subjects touch on matters

7      that are sensitive, and if they refer to documents, we don't

8      have to recite numbers here.  There's ways to get to testimony

9      and refer to things in documents without having to close the

10     whole courtroom down.

11         MS. LENT:  Understood.  The general subjects that I heard

12     counsel for the government refer to are general subjects that

13     we hold as confidential, that Apple holds as confidential.  I'm

14     not sure that that would resolve it, but we'd like to talk to

15     them and understand a little bit more exactly what they're

16     talking about.

17         THE COURT:  Okay.  Why don't you all --

18         MR. DINTZER:  Your Honor, just -- and I apologize, I

19     didn't mean to interrupt.  Separate from that, I'm passed a

20     note just to make sure.  My understanding is that witnesses,

21     when they're dismissed during a break, are not to talk about

22     their testimony with anyone.  And perhaps we misheard, but we

23     believe we may have heard the Court case say that he could

24     discuss his testimony with counsel.

25         THE COURT:  Oh, if I said that, I was -- I meant to just

1    say he can confer with his counsel, but not discuss the

2    substance of his testimony is what I meant.  Maybe I should be

3    more precise.

4         **MR. DINTZER:**  No, no, we appreciate that, Your Honor.  We

5    just wanted to make sure we had clarity.

6         **MS. LENT:**  And we understood that.  Thank you.

7         **THE COURT:**  Okay, terrific.  So I think that takes --

8    anything else we need to deal with in terms of the Apple

9    component of this?

10        **MR. DINTZER:**  No, Your Honor.

11        **THE COURT:**  Okay, great.

12        **MS. LENT:**  Thank you, Your Honor.

13        **THE COURT:**  Actually, can I ask counsel for Apple to just

14   approach off the record for a moment.

15        **MS. LENT:**  Sure.

16        (Discussion off the record)

17        **THE COURT:**  So let's talk about I guess a couple of open

18   matters, at least on my list.  One is where the parties are in

19   terms of agreement with respect to public release of exhibits.

20        Have we made any headway on that?

21        **MR. DAHLQUIST:**  Good afternoon, Your Honor.  David

22   Dahlquist on behalf of the United States.  The United States is

23   working on a proposal, it's in draft form.  We're getting some

24   final approval.  As you might imagine, this has to go up a

25   couple levels.  We intend to send it to Google tonight.  We've

1    given them a verbal offer.  We didn't receive anything back.

2    But nonetheless, we'll get a written offer and we'll get a

3    respond.  So I'm happy to give you an update tomorrow morning

4    as to where we're at.

5        **THE COURT:**  Okay.  So that was one issue I had.  And then

6    the other was the one I mentioned yesterday in terms of how we

7    manage with the webinar that we've -- or the web feed we've had

8    for counsel of record.  I'm happy to hear from you all if you

9    have thoughts about that practice moving forward in light of

10   the new policies -- or the reversion to some of the old

11   policies I should say.

12       **MR. SCHMIDTLEIN:**  Your Honor --

13       **THE COURT:**  I'm sorry, Mr. Schmidtlein.  I think the other

14   thing I'd like to know from counsel is sort of what -- to the

15   extent that you think it will actually impact your ability to

16   make presentations in court, because I think that's something I

17   need to think about.

18       **MR. SCHMIDTLEIN:**  I reviewed the documentation that JC

19   helpfully e-mailed us last night.  I guess my read of it is

20   that there can't be -- it's not discretionary, I don't believe,

21   that when we're talking about proceedings involving witness

22   testimony, the rule, as I read it anyway, was ironclad.  It

23   looked to me like it gave the Court flexibility to conduct

24   maybe like a motions hearing, some other aspect of a case.  But

25   that once you were in trial mode and once you were in receiving

1    of witness testimony, that there was no discretion.  I guess we

2    agree with that policy, but I'm not sure -- I didn't understand

3    that there was any discretion there.

4        THE COURT:  Okay.  Is there a different view from the

5    government?

6        MR. KAUFMANN:  Thank you, Your Honor.  Steven Kaufmann on

7    behalf of the State of Colorado.  We view the memorandum which

8    the judge circulated as actually giving complete discretion to

9    the Court with regard to proceedings as to parties in the case,

10   their lawyers in the case -- not to public access, but as the

11   lawyers in the case.  And the Court highlighted actually the

12   relevant portion of that on the bottom of page two of the FAQs.

13       THE COURT:  Oh, that's good.  I didn't know we had done

14   that.

15       MR. KAUFMANN:  So we believe that that provides the Court

16   with discretion in terms of continuing the broadcast for the

17   public sessions to specific attorneys who are of record in the

18   case.  And as to the states in particular, Your Honor, we have

19   38 states who are involved.  As Your Honor has heard, there are

20   lawyers from multiple states who are appearing here that are

21   not always able to be in court.  It facilitates our ability to

22   present our case, and we would be significantly prejudiced if

23   we were not able to be able to continue --

24       THE COURT:  Do I understand you to be saying there are

25   counsel from the states who are not always physically present

1    every day but are watching, and that may then appear to present

2    witnesses?

3        **MR. KAUFMANN:**  Yes, Your Honor.  They may appear to

4    present witnesses, and there may be testimony that may be

5    relevant to what they're going to testify -- or what they will

6    be dealing with witnesses at another time.  The transcripts

7    provide some basis for that, but they don't provide the same

8    feel and look as having something presented in court with the

9    demonstratives.

10       **MR. CAVANAUGH:**  Your Honor, to be even more explicit, when

11   we leave, we go back to our office and we confer with people

12   online who are helping us prepare for witnesses, and who will

13   actually be doing some of those witnesses.

14       **THE COURT:**  Okay.  Well, that's why I asked the question

15   about the impact.  Because there is an exception -- and it's

16   been in the Judicial Policy for sometime, that gives the Court

17   some flexibility to make access available to promote judicial

18   administration.  Now, the examples that are given are different

19   than what we have here -- which is why I asked for the parties'

20   views on this, because frankly I'm not sure anybody's ever

21   contemplated the situation we have here.  But certainly I think

22   it gives me a little bit of flexibility.

23       So I think in light of that, and I do think given the

24   flexibility for -- and the policy talks about the ability to

25   experiment a little bit in order to help judicial personnel,

1    and that would include the presentation of the case -- I would

2    view it that way, I'll continue the webinar link.  I think I'm

3    going to rule, however, to the extent that we've been offering

4    it to counsel for third parties, if we can limit that somehow,

5    I think that's probably the right balance to strike.  And given

6    that -- I think in terms of administration, it really is only

7    the parties and their counsel that have an interest in having

8    the proceedings telecast, I think, consistent with what the

9    rules are.

10        **MR. SCHMIDTLEIN:**  Just to be clear, we don't have any

11   objection to this continuing for counsel who are parties in the

12   case.

13        **THE COURT:**  Right, okay.

14        **MR. KAUFMANN:**  Your Honor, we don't have any concern with

15   that limitation as well.  And I'd note as well that the Court

16   has not broadcast the confidential sessions, and we're fine

17   with that continuing as well.

18        **THE COURT:**  Right, we've not been doing that.  Okay, so

19   we'll continue to do that since that, I think, is allowed under

20   the policy.  There's not more -- whatever one might think about

21   the benefits of having more public access, it's just not

22   something that I'm able to do under the rules that govern the

23   Court -- courts, I should say.

24        Okay, anything else we need to discuss before we adjourn?

25        **MR. DINTZER:**  We don't need to do it right now, but if the

1    Court has three minutes, I think we could do it quickly.  The

2    resolution of Exhibit 38 and the testimony that was taken, this

3    is the one that was done with the witness who -- the Court

4    knows.

5           **THE COURT:**  Right, correct.

6        **MR. DINTZER:**  And so if the Court will hear argument, we

7    have a position about -- well, I'll let --

8        **THE COURT:**  Well, I guess where I had left it is to leave

9    it to you all to discuss whether you could come to agreement on

10   redactions, if any were appropriate.

11       **MR. BENNETT:**  We tried, Your Honor.  They took an

12   absolutist view and weren't willing to meet and confer or

13   compromise at all.  So we offered a redaction of about eight

14   words, and they have rejected that out-of-hand with no response

15   until this morning about half an hour before court.

16       **MR. DINTZER:**  Well, I almost got to say something.  We

17   couldn't come to an agreement.  The position that they took was

18   not reconcilable with what we believe is the public's right to

19   have access.  We'd like to address it if the Court would like

20   to hear it, but I understand if the Court would prefer not to

21   do it right now.

22       **THE COURT:**  No, let's do it right now.

23       **MR. BENNETT:**  If the Court would like, I can hand up our

24   proposed redactions.

25       **THE COURT:**  Yeah, that would be helpful.  That's what I

1    was about to ask, if I could take a look at whatever you all

2    are debating.

3        MR. BENNETT:  And this morning, shortly before court, the

4    government proposed unsealing part of the transcript as well.

5    And we would -- we object to any of this becoming public.  I

6    have some comments about the transcript as well, which we can

7    hear separately.  Just the red part there, Your Honor, would be

8    redacted.

9        THE COURT:  Okay.

10       MR. HAFENBRACK:  Your Honor, Joshua Hafenbrack for the

11   United States, if I may.  The United States would respectfully

12   request that the Court unseal UPX38 and the corresponding

13   portions of yesterday's trial transcript, but where the United

14   States and Google questioned the witness on UPX38.  And those

15   trial transcripts -- this was from September 20th, are from

16   1690, line 11 through 1700, line 21 from the morning --

17       THE COURT:  I'm sorry, can you pause so I can write these

18   down?

19       MR. HAFENBRACK:  Sure, Your Honor.

20       THE COURT:  And repeat them.

21       MR. HAFENBRACK:  So from the morning transcript yesterday,

22   September 20th, page 1690, line 11 through page 1700, line 21.

23       THE COURT:  Okay.

24       MR. HAFENBRACK:  From the afternoon transcript, it's page

25   1741, line 10 through page 1743, line 18.

1          THE COURT:  Okay.

2          MR. HAFENBRACK:  Those are literally the transcript pages

3     talking about this exhibit, and only this exhibit.  We think

4     this document, as Your Honor mentioned from the bench yesterday

5     afternoon, doesn't contain any commercially sensitive or trade

6     secret type information.  In fact, in our initial pretrial

7     exchange of confidentiality designations, Google asserted no

8     confidentiality over any part of this document.  And

9     Google's -- I understand Google's argument about this document

10    to be to dispute the validity of the analysis in it, which is

11    inconsistent with saying that the analysis is a trade secret.

12    And we do think that there is a public interest in seeing this

13    document, Your Honor.  This is, as Your Honor noted yesterday

14    from the bench, a high-ranking Google financial executive

15    providing his analysis of the fundamentals of Google's search

16    business.

17         Google's counsel has suggested a redaction of about 20

18    words in the document, but we don't see any basis to think that

19    those 20 words are any more of a trade secret than anything

20    else in the document.  So that redaction, we don't think that

21    merits sealing any more than anything else.

22         THE COURT:  Okay.

23         MR. BENNETT:  Thank you, Your Honor.  Ted Bennett from

24    Williams & Connolly on behalf of Google.  So the government

25    chose to examine this witness in closed session.  We thought

1    that was the right move.  They've obviously changed their mind.

2    And it was the right move then, because there is no public

3    interest in this document.  Everybody knows, and it's not

4    disputed, it's a fiction.  It was created for a public speaking

5    class.  There were prompts to make it edgy, to make it

6    memorable.  The witness followed those prompts, wrote a piece

7    of fiction that the witness testified he doesn't think is true.

8    There are outside instructors who gave those prompts, he

9    followed them and drafted, again, what is a piece of fiction.

10   We know from the metadata and the testimony the document was

11   never shared with anyone at Google.  In fact, the witness can't

12   recall whether he even presented it.  But he said that if he

13   had presented it, his practice would have been to use it like

14   notes.  So we don't even know what parts of this might have

15   ever been uttered at a training, by an offsite training, a

16   Google training, any kind of training.  So it's a fictional

17   document.  It's not -- he was -- didn't create it for the

18   truth.  It shouldn't have been -- it shouldn't be in the for

19   the truth, and it shouldn't be public, because there's no

20   public interest in the private musings of a witness.  And so

21   we'd submit that it shouldn't be on the public record.

22       If the Court disagrees, we made a compromise offer to the

23   government to redact the words that Your Honor can see there.

24   Again, there's no public interest in this document at all;

25   certainly not in those words; certainly not in a case that has

1    developed as much click bait, even on this issue, as this one

2    has, Your Honor.  So that's what we'd submit.

3         On the transcript request, we are fine -- I mean, we don't

4    think any of it should go in.  But if it goes in, we're fine

5    with their citations with the exception that if it were to

6    become public, we think that lines on page 1694 -- the same

7    language essentially that's in the redacted document, beginning

8    on line 19, ending on line 21; so two and a half lines of the

9    transcript.

10   **THE COURT:**  Okay.

11   **MR. BENNETT:**  Thank you, Your Honor.

12   **THE COURT:**  Well, let me just take a look at things

13   overnight.  I'll look at the transcripts, and then I'll let you

14   all know how we'll proceed.

15        Mr. Dintzer.

16   **MR. DINTZER:**  Yes, Your Honor.  Unfortunately they've

17   misrepresented what I said, and it's important for me that the

18   record reflect that the Department of Justice has not moved or

19   asked for anything to be put in confidential -- to be

20   designated confidential or to be put off from the public.  We

21   have not opposed certain things, because we recognize

22   sensitivity to Google or to third parties.  But we have -- and

23   so it is simply inaccurate to say that I -- and he's

24   representing what I said, that I said that it -- suggested that

25   that be done in closed session.  That's not accurate.  What I

1    did say is after they had raised the confidentiality issue, we

2    said that we would not oppose that to move things along.  I

3    just wanted the record to be clear on that.

4        **THE COURT:**  Okay.  As I said, I'll take a look at the

5    transcript pages and then just think about it overnight, and

6    then I'll let you all know in the morning.

7        Is there anything else we need to talk about?

8        **MR. DINTZER:**  Not from the DOJ plaintiffs, Your Honor.

9        **MR. CAVANAUGH:**  No, Your Honor.

10       **MR. SCHMIDTLEIN:**  No.

11       **THE COURT:**  I am expecting that I will be able to be here

12   by 9:30 tomorrow morning.  I may have to take my daughter to a

13   doctor's appointment which is supposed to start at 8:20 in

14   Chevy Chase.  So hopefully it will be a little short and I can

15   get down here on time.  So if we're a few minutes late, that's

16   the reason for it.

17       **MR. DINTZER:**  We've all been there, Your Honor.

18       **THE COURT:**  Actually, I should ask whether I can do that

19   appointment remotely.  Thanks, everyone.

20       (Proceedings adjourned at 5:22 p.m.)

21

22

23

24

25

1                          **C E R T I F I C A T E**

2

3                    I, **Jeff M. Hook, Official Court Reporter,**

4       certify that the foregoing is a true and correct transcript of

5       the record of proceedings in the above-entitled matter.

6

7

8

9       September 21, 2023                    _____

10             **DATE**                          **Jeff M. Hook**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

'

BY MR. DINTZER: [4]
2163/20 2164/14
2174/9 2175/16
BY MR. HOFFMAN:
[1] 2155/9
BY MR. SAFTY: [5]
2136/4 2144/18
2145/2 2146/13
2153/19
DEPUTY CLERK: [1]
2163/13
MR. BENNETT: [5]
2184/10 2184/22
2185/2 2186/22
2188/10
MR. CAVANAUGH: [2]
2182/9 2189/8
MR. CONRAD: [2]
2159/10 2176/23
MR. DAHLQUIST: [1]
2179/20
MR. DINTZER: [28]
2159/20 2159/24
2160/4 2160/7
2160/14 2160/17
2161/5 2161/9 2162/6
2162/22 2162/25
2163/4 2163/6
2163/11 2174/7
2176/9 2176/14
2177/7 2177/14
2178/17 2179/3
2179/9 2183/24
2184/5 2184/15
2188/15 2189/7
2189/16
MR. HAFENBRACK:
[5] 2185/9 2185/18
2185/20 2185/23
2186/1
MR. HOFFMAN: [2]
2146/7 2159/6
MR. KAUFMANN: [4]
2181/5 2181/14
2182/2 2183/13
MR. SAFTY: [2]
2146/9 2155/4
MR. SCHMIDTLEIN:
[6] 2176/18 2177/1
2180/11 2180/17
2183/9 2189/9
MS. LENT: [10]
2161/23 2162/16
2163/2 2163/5
2163/10 2177/24
2178/10 2179/5
2179/11 2179/14
THE COURT: [71]
THE WITNESS: [12]
2153/8 2153/13
2153/16 2159/14
2163/16 2163/18
2164/12 2174/4
2175/9 2175/15
2176/3 2176/7

'17 [1] 2173/16

1

10 [7] 2158/18
2162/12 2162/19
2162/21 2163/3
2163/8 2185/25
10,000 [1] 2151/2
10036 [1] 2133/24
11 [2] 2185/16
2185/22
1100 [1] 2133/14
1133 [1] 2133/23
12:30 [1] 2177/1
1300 [1] 2134/4
14th [1] 2156/1
15 [2] 2160/7 2160/13
15 percent [1] 2156/25
1690 [2] 2185/16
2185/22
1694 [1] 2188/6
17 [3] 2173/8 2173/12
2175/12
1700 [2] 2185/16
2185/22
1741 [1] 2185/25
1743 [1] 2185/25
18 [1] 2185/25
19 [1] 2188/8
1990s [1] 2166/3
1:20-cv-3010 [1]
2133/4
1:30 [1] 2177/7

2

20 [2] 2186/17
2186/19
20001 [2] 2133/18
2134/25
20005 [1] 2133/15
20024 [1] 2134/2
2010 [1] 2165/3
2014 [1] 2152/13
2018 [2] 2144/9
2164/19
2020 [1] 2145/14
2021 [1] 2137/13
2022 [4] 2143/24
2144/11 2144/24
2145/11
2023 [2] 2133/5
2136/12
209 [1] 2133/20
20th [2] 2185/15
2185/22
21 [3] 2133/5 2185/22
2188/8
21 from [1] 2185/16
2115 [1] 2134/7
2136 [1] 2135/4
2155 [1] 2135/5
2163 [1] 2135/8
2200 [2] 2133/23
2133/23

3

3010 [1] 2133/4
333 [1] 2134/24
38 [2] 2181/19 2184/2

4

45 [1] 2166/22
450 [1] 2133/17
4:12 [1] 2133/6

5

5:00 [2] 2162/19
2175/25
5:22 p.m [1] 2189/20

6

600 [1] 2133/20
60604 [1] 2133/20
680 [1] 2134/11
68509 [1] 2134/8

7

7th [1] 2134/4

8

80203 [1] 2134/4
8:20 in [1] 2189/13

9

9:30 [1] 2176/25
9:30 tomorrow [1]
2189/12

A

ability [5] 2156/13
2175/12 2180/15
2181/21 2182/24
able [10] 2157/24
2158/20 2159/4
2159/5 2161/18
2181/21 2181/23
2181/23 2183/22
2189/11
above [2] 2138/7
2190/5
above-entitled [1]
2190/5
absolutely [2] 2176/15
2177/2
absolutist [1] 2184/12
access [4] 2181/10
2182/17 2183/21
2184/19
accumulate [1]
2172/23
accurate [3] 2137/23
2140/15 2188/25
accurately [1] 2140/10
acquired [1] 2165/17
across [4] 2156/8
2157/3 2159/1 2159/6
act [2] 2148/17 2149/5
action [2] 2133/3
2156/2
activity [2] 2141/16
2141/19
actually [10] 2138/25

2154/8 2162/14
2173/19 2179/13
2180/15 2181/8
2181/11 2182/13
2189/18
ad [5] 2142/13
2143/21 2147/6
2148/13 2153/15
addition [2] 2155/3
2156/20
additional [1] 2154/16
Additionally [2] 2144/7
2156/16
address [3] 2151/6
2152/4 2184/19
addressed [1] 2144/23
adjourn [1] 2183/24
adjourned [1] 2189/20
administration [2]
2182/18 2183/6
ads [18] 2141/16
2143/19 2143/20
2144/2 2144/13
2144/14 2144/23
2145/13 2145/19
2146/5 2146/16
2146/22 2146/25
2147/3 2147/7 2148/1
2148/5 2148/12
advertisements [3]
2141/20 2141/20
2142/8
advertiser [1] 2143/23
affect [1] 2142/11
affirm [1] 2163/14
afternoon [6] 2133/7
2159/21 2177/6
2179/21 2185/24
2186/5
afterwards [1] 2162/25
again [9] 2136/22
2143/10 2144/25
2146/22 2149/25
2150/13 2155/1
2187/9 2187/24
aggregate [2] 2136/16
2136/22
agree [5] 2163/6
2167/16 2170/25
2177/17 2181/2
agreed [1] 2162/2
agreement [10]
2143/21 2171/18
2172/4 2172/4 2172/9
2172/14 2177/4
2179/19 2184/9
2184/17
agreements [2]
2145/10 2171/21
ahead [1] 2151/13
AI [4] 2164/5 2164/14
2164/22 2165/9
al [1] 2133/3
algorithm [1] 2149/5
algorithms [1] 2147/22
all-in-one [1] 2150/15
allowed [3] 2144/6

2144/16 2183/19
alluded [1] 2144/21
almost [1] 2184/16
along [3] 2148/18
2160/21 2189/2
always [5] 2137/21
2138/2 2158/3
2181/21 2181/25
amalgamation [1]
2154/2
Amazon [6] 2168/9
2168/15 2168/15
2168/20 2169/5
2171/6
Amazon.com [1]
2147/12
AMERICA [1] 2133/3
Americans [2] 2148/17
2148/23
Americas [1] 2133/23
AMIT [1] 2133/10
among [5] 2137/13
2137/21 2138/2
2138/5 2138/12
amongst [2] 2139/20
amount [2] 2162/11
2162/13
analysis [5] 2160/23
2161/7 2186/10
2186/11 2186/15
and see [1] 2177/19
Android [5] 2137/4
2137/7 2154/19
2155/1 2156/8
Antitrust [1] 2134/3
apologize [1] 2178/18
app [17] 2142/15
2150/18 2150/21
2151/16 2152/15
2152/19 2152/25
2153/3 2153/4 2153/8
2153/11 2154/15
2154/16 2155/4
2156/6 2158/23
2159/4
appear [7] 2137/14
2146/16 2146/25
2147/7 2147/21
2182/1 2182/3
APPEARANCES [2]
2133/12 2134/1
appearing [2] 2154/4
2181/20
appears [7] 2137/21
2138/7 2138/7
2153/23 2154/2
2154/4 2154/6
Apple [27] 2134/14
2150/8 2151/16
2154/1 2160/5
2160/18 2160/23
2161/6 2161/6
2161/23 2161/24
2162/5 2164/3 2164/4
2164/18 2164/21
2164/25 2171/14

## A

Apple... [9] 2171/18
2171/21 2172/11
2172/17 2175/1
2177/11 2178/13
2179/8 2179/13
Apple's [4] 2160/22
2161/12 2169/13
2173/6
apply [1] 2145/15
appointment [2]
2189/13 2189/19
appreciate [2] 2177/25
2179/4
approach [5] 2146/12
2158/4 2169/25
2174/8 2179/14
appropriate [1]
2184/10
approval [1] 2179/24
approximately [2]
2148/25 2165/3
apps [3] 2154/3
2154/5 2154/10
arguably [1] 2152/23
argue [1] 2159/25
argument [2] 2184/6
2186/9
around [1] 2177/7
arrangement [2]
2171/14 2171/16
arrive [1] 2136/11
aside [2] 2138/1
2170/5
aspect [2] 2158/16
2180/24
asserted [1] 2186/7
attorney [1] 2138/10
attorneys [1] 2181/17
auction [1] 2147/6
audience [2] 2148/21
2150/1
automatically [1]
2173/16
available [3] 2166/6
2177/8 2182/17
Avenue [3] 2133/23
2134/11 2134/24
aware [5] 2137/3
2162/4 2167/25
2168/1 2168/4
awareness [5] 2157/4
2157/7 2157/11
2157/15 2157/16
away [1] 2150/17

## B

back [11] 2156/3
2156/4 2156/6
2158/13 2158/15
2158/21 2159/3
2176/2 2177/19
2180/1 2182/11
background [2]
2145/17 2159/13
bait [1] 2188/1
balance [1] 2183/5

bangs [1] 2150/25
Bankruptcy [1]
2134/24
bar [6] 2151/6 2152/4
2171/1 2171/9
2171/10 2175/11
based [3] 2139/3
2145/24 2162/11
basically [1] 2161/20
basis [2] 2182/7
2186/18
be able [1] 2181/23
become [1] 2188/6
becoming [1] 2185/5
beforehand [1] 2144/8
began [1] 2159/13
begin [2] 2140/13
2150/18
beginning [1] 2188/7
behalf [3] 2179/22
2181/7 2186/24
behavior [1] 2149/17
behaviors [3] 2149/7
2149/8 2149/11
Belknap [1] 2133/22
below [1] 2138/8
bench [3] 2133/10
2186/4 2186/14
benefits [1] 2183/21
BENNETT [2] 2134/10
2186/23
best [4] 2157/21
2157/22 2158/3
2158/21
better [2] 2158/5
2158/7
bigger [2] 2158/6
2158/6
billions [4] 2172/7
2172/12 2172/16
2172/17
Bing [6] 2139/22
2148/14 2151/4
2160/23 2168/2
2169/21
bit [3] 2178/15
2182/22 2182/25
bleed [1] 2177/3
block [2] 2143/14
2144/7
blocked [2] 2143/20
2144/13
blocker [8] 2143/4
2143/7 2143/9
2143/14 2143/15
2144/1 2145/12
2149/9
blocking [6] 2143/12
2143/19 2144/1
2144/10 2144/12
2144/22
blue [1] 2151/21
board [2] 2176/22
2176/24
both [4] 2148/14
2148/17 2156/20
2160/23

bottom [1] 2181/12
bought [1] 2165/24
box [5] 2137/7
2152/16 2172/12
2174/21 2175/1
brand [4] 2157/4
2157/7 2157/14
2157/16
breadth [1] 2162/9
break [2] 2177/13
2178/21
briefly [1] 2167/1
bright [1] 2151/21
broadcast [2] 2181/16
2183/16
Broadway [1] 2134/4
broken [1] 2138/23
browser [50] 2137/7
2142/14 2142/17
2142/19 2143/16
2143/18 2143/23
2144/5 2144/8
2144/12 2149/10
2149/14 2149/18
2150/4 2150/7 2150/9
2150/11 2150/20
2150/23 2151/11
2151/15 2151/16
2151/17 2151/18
2151/22 2152/5
2152/14 2152/14
2152/19 2152/19
2152/20 2152/22
2153/7 2153/22
2153/23 2154/15
2154/19 2154/20
2154/21 2155/2
2155/3 2166/5 2166/7
2169/13 2169/16
2171/1 2172/25
2173/21 2175/7
2175/15
browser's [2] 2149/22
2150/7
browsers [1] 2138/12
browsing [25] 2138/12
2138/21 2139/9
2139/10 2139/15
2139/18 2172/19
2172/22 2172/22
2173/2 2173/2
2173/13 2173/15
2173/15 2173/16
2173/17 2173/23
2174/4 2175/6 2175/9
2175/15 2175/19
2175/19 2175/22
2175/23
Building [1] 2134/7
built [3] 2147/6
2147/22 2150/22
bunch [2] 2143/10
2160/12
business [2] 2145/18
2186/16
button [5] 2150/14
2151/5 2151/21

2151/24 2170/7

## C

call [4] 2154/3 2159/22
2160/3 2163/12
called [9] 2138/21
2150/24 2165/18
2165/19 2165/20
2168/3 2168/25
2172/4 2172/5
can [57] 2138/17
2139/6 2139/15
2142/8 2142/12
2142/21 2145/22
2146/2 2148/8 2151/3
2151/6 2151/13
2151/25 2153/5
2154/6 2154/12
2155/1 2155/19
2158/13 2160/6
2160/8 2160/10
2160/14 2160/15
2161/1 2161/13
2162/11 2162/14
2162/15 2162/21
2162/24 2163/6
2163/9 2163/22
2164/11 2167/13
2169/20 2169/23
2172/7 2173/14
2174/3 2176/12
2177/5 2177/15
2177/18 2177/19
2177/22 2179/1
2179/13 2183/4
2184/23 2185/6
2185/17 2185/17
2187/23 2189/14
2189/18
capability [2] 2160/22
2161/13
Capitol [1] 2134/7
card [1] 2158/4
cards [1] 2158/6
care [3] 2148/17
2149/3 2149/5
carousel [2] 2146/5
2148/8
case [13] 2166/9
2166/10 2166/11
2178/23 2180/24
2181/9 2181/10
2181/11 2181/18
2181/22 2183/1
2183/12 2187/25
category [1] 2148/24
CAVANAUGH [1]
2133/22
CEO [1] 2165/14
certain [7] 2143/19
2144/1 2144/13
2144/23 2150/10
2150/19 2188/24
certainly [4] 2150/21
2182/21 2187/25
2187/25
certify [1] 2190/4

change [10] 2149/22
2152/18 2157/13
2158/12 2159/6
2169/20 2170/4
2170/16 2171/3
2174/18
changed [3] 2144/6
2154/2 2187/1
changes [3] 2144/11
2156/10 2157/25
changing [2] 2149/18
2171/25
characteristics [1]
2157/17
characterized [4]
2138/11 2141/15
2148/20 2166/8
charge [1] 2165/5
Chase [1] 2189/14
check [1] 2172/3
Chevy [1] 2189/14
Chicago [1] 2133/20
Chief [2] 2164/5
2164/13
choice [16] 2137/5
2137/12 2137/14
2137/21 2137/22
2138/2 2150/12
2155/12 2155/16
2155/19 2156/22
2156/24 2157/3
2157/18 2158/1
2159/2
choose [4] 2142/6
2173/20 2174/6
2175/13
chose [1] 2186/25
Chrome [3] 2137/6
2150/8 2155/3
circulated [1] 2181/8
circumstances [1]
2155/23
citations [1] 2188/5
cited [1] 2139/20
Civil [1] 2133/3
clarification [1] 2162/9
clarify [4] 2145/23
2145/25 2153/5
2153/9
clarity [1] 2179/5
class [1] 2187/5
clear [6] 2144/3
2158/12 2158/13
2175/18 2183/10
2189/3
click [12] 2143/21
2152/12 2152/14
2154/7 2156/15
2158/21 2159/6
2174/20 2175/14
2175/18 2175/20
2188/1
clicking [1] 2145/19
clicks [3] 2142/2
2151/24 2152/13
client [2] 2172/24
close [2] 2160/13

**C**

close... [1] 2178/9
closed [4] 2138/15
2177/11 2186/25
2188/25
Cloudflare's [1]
2136/12
CO [1] 2134/4
collect [1] 2140/11
collection [1] 2142/3
Colorado [2] 2133/22
2134/2 2134/3 2181/7
COLUMBIA [1] 2133/1
comments [1] 2185/6
commerce [1] 2168/9
commercial [1] 2166/7
commercially [1]
2186/5
commission [1]
2157/24
committed [1] 2177/2
communications [1]
2145/10
companies [1] 2159/17
company [2] 2159/13
2165/20
comparing [3] 2157/2
2160/23 2161/7
comparisons [1]
2161/3
competition [1]
2160/25
competitor [1] 2158/20
complete [1] 2181/8
component [1] 2179/9
compromise [2]
2184/13 2187/22
computer [1] 2165/9
concept [1] 2152/24
concern [4] 2149/3
2161/4 2161/5
2183/14
conclude [1] 2175/25
conduct [4] 2140/20
2140/24 2141/1
2180/23
conducted [1] 2142/10
confer [3] 2179/1
2182/11 2184/12
confidential [9]
2144/15 2144/25
2145/10 2161/11
2178/13 2178/13
2183/16 2188/19
2188/20
confidentiality [9]
2160/1 2160/9
2161/19 2161/25
2162/2 2162/5 2186/7
2186/8 2189/1
configured [3] 2143/18
2143/23 2144/12
confused [1] 2152/6
Congratulations [1]
2173/12
connected [1] 2136/3
Connolly [2] 2134/11

2186/24
CONRAD [1] 2134/6
consider [2] 2143/12
2168/22
consistent [1] 2183/8
Constitution [1]
2134/24
Consumer [1] 2134/7
consumers [2] 2137/4
2138/12
CONT [1] 2134/1
contain [1] 2186/5
contemplated [1]
2182/21
contenders [1]
2167/21
content [4] 2167/9
2168/13 2168/19
2169/6
context [1] 2156/21
continue [4] 2156/23
2181/23 2183/2
2183/19
Continued [2] 2135/4
2136/4
continuing [3] 2181/16
2183/11 2183/17
contract [3] 2144/17
2145/14 2145/15
contrasting [1] 2157/2
control [2] 2152/16
2152/17
conversation [1]
2177/12
converting [1] 2158/22
convey [1] 2156/19
Cook [2] 2164/8
2164/17
cookie [2] 2142/12
2142/22
cookies [2] 2142/6
2143/14
copy [2] 2146/9
2146/15
core [2] 2150/1
2150/16
correctly [1] 2166/8
correlated [1] 2157/4
corresponding [1]
2185/12
counsel [18] 2161/23
2162/16 2176/1
2176/7 2176/18
2177/13 2178/5
2178/12 2178/24
2179/1 2179/13
2180/8 2180/14
2181/25 2183/4
2183/7 2183/11
2186/17
countries [7] 2136/16
2136/20 2137/3
2137/20 2138/1
2157/4 2157/9
country [4] 2136/17
2136/23 2137/14
2157/5

couple [4] 2149/3
2149/4 2179/17
2179/25
course [4] 2163/1
2167/7 2168/7 2176/8
court [35] 2133/1
2134/23 2134/23
2146/1 2160/2 2161/2
2162/9 2162/12
2162/13 2163/6
2163/15 2177/18
2178/2 2178/23
2180/16 2180/23
2181/9 2181/11
2181/15 2181/21
2182/8 2182/16
2183/15 2183/23
2184/1 2184/3 2184/6
2184/15 2184/19
2184/20 2184/23
2185/3 2185/12
2187/22 2190/3
courtroom [1] 2178/10
courts [2] 2134/24
2183/23
cover [1] 2160/19
covered [3] 2138/14
2150/13 2161/20
CPS [1] 2134/3
CPS/Antitrust [1]
2134/3
create [1] 2187/17
created [2] 2173/12
2187/4
cross [3] 2135/4
2136/4 2155/12
cross-examination [3]
2135/4 2136/4
2155/12
crossing [1] 2161/19
CTO [1] 2166/4
curious [1] 2177/5
current [6] 2136/8
2137/12 2154/8
2169/22 2173/8
2173/24
currently [6] 2159/1
2169/17 2169/19
2171/24 2172/3
2172/15
customers [1] 2149/25
cv [1] 2133/4

**D**

DAHLQUIST [2]
2133/19 2179/22
data [4] 2139/25
2140/10 2142/3
2143/22
database [1] 2168/17
DATE [1] 2190/10
daughter [1] 2189/12
DAVID [2] 2133/19
2179/21
day [6] 2133/7 2160/3
2160/14 2162/21
2175/25 2182/1

days [1] 2166/25
DC [5] 2133/5 2133/15
2133/18 2134/12
2134/25
deal [1] 2179/8
dealing [1] 2182/6
debating [1] 2185/2
decision [2] 2151/10
2158/24
default [37] 2137/6
2151/17 2151/21
2152/1 2152/2 2152/5
2152/13 2152/14
2152/19 2152/22
2152/24 2153/6
2154/22 2156/8
2156/13 2158/22
2159/1 2169/17
2169/20 2170/4
2170/14 2170/22
2171/3 2171/8
2171/14 2171/23
2172/8 2172/12
2172/12 2172/15
2173/13 2173/14
2173/17 2173/21
2174/4 2174/18
2174/22
defaulted [1] 2171/4
defeating [1] 2150/17
Defendant [2] 2133/7
2134/9
Defendant's [2]
2145/23 2151/13
definition [1] 2169/9
definitions [1] 2169/11
degree [1] 2159/16
delivered [4] 2145/19
2146/17 2147/1
2147/15
demographic [1]
2148/21
demonstrative [11]
2145/22 2145/23
2146/9 2146/23
2151/14 2153/22
2154/18 2169/24
2170/3 2173/25
2174/11
demonstratives [1]
2182/9
Denver [1] 2134/4
Department [5]
2133/14 2133/17
2133/19 2134/3
2188/18
depends [2] 2139/1
2142/23
deposed [1] 2166/9
deposition [1] 2166/13
described [1] 2145/11
descriptions [2]
2156/12 2158/5
design [6] 2137/12
2150/20 2151/11
2156/9 2157/13
2158/17

designated [1] 2188/20
designations [1]
2186/7
designed [3] 2156/22
2156/24 2157/17
designs [2] 2157/3
2157/21
desires [1] 2149/23
detail [1] 2138/14
determined [1]
2147/22
determines [1] 2137/5
determining [1] 2147/7
developed [3] 2143/15
2158/18 2188/1
development [1]
2150/4
device [10] 2137/4
2137/8 2149/14
2154/22 2155/1
2155/2 2155/24
2159/1 2159/6 2175/2
devices [2] 2142/7
2150/8
difference [2] 2142/20
2153/3
differences [1] 2158/8
different [28] 2136/16
2140/4 2141/10
2141/10 2141/12
2143/5 2143/11
2143/12 2149/4
2149/6 2151/2
2155/22 2155/24
2156/14 2156/19
2157/19 2157/25
2164/23 2167/19
2167/19 2173/14
2173/19 2174/6
2175/12 2175/13
2175/21 2181/4
2182/18
differently [2] 2154/8
2154/11
DINTZER [5] 2133/13
2135/8 2159/20
2161/25 2188/15
direct [3] 2135/8
2142/25 2163/20
directly [1] 2152/12
disagrees [1] 2187/22
discretion [4] 2181/1
2181/3 2181/8
2181/16
discretionary [1]
2180/20
discuss [9] 2161/16
2162/14 2162/15
2176/6 2178/1
2178/24 2179/1
2183/24 2184/9
discussed [3] 2140/21
2145/4 2170/19
discussing [1] 2169/4
discussion [2] 2176/3
2179/16
dismissed [1] 2178/21

**D**

display [1] 2148/11
displayed [2] 2147/14
 2156/12
displays [1] 2148/5
dispute [2] 2162/1
 2186/10
disputed [1] 2187/4
disputes [1] 2162/4
DISTRICT [4] 2133/1
 2133/1 2133/11
 2134/24
division [2] 2134/7
 2166/5
doctor's [1] 2189/13
document [12] 2145/1
 2186/4 2186/8 2186/9
 2186/13 2186/18
 2186/20 2187/3
 2187/10 2187/17
 2187/24 2188/7
documentation [1]
 2180/18
documents [4] 2162/3
 2162/5 2178/7 2178/9
DOJ [3] 2133/13
 2163/12 2189/8
DOJ's [1] 2138/10
dollars [2] 2157/10
 2172/7
done [13] 2138/20
 2140/17 2156/21
 2157/7 2157/11
 2160/24 2176/13
 2176/21 2177/4
 2177/9 2181/13
 2184/3 2188/25
double [1] 2162/13
down [5] 2170/10
 2178/4 2178/10
 2185/18 2189/15
download [3] 2156/6
 2158/23 2158/24
downloaded [1] 2150/7
downloading [2]
 2149/9 2149/13
downloads [3] 2151/15
 2153/21 2154/19
dozen [1] 2167/25
draft [1] 2179/23
drafted [1] 2187/9
drill [1] 2178/4
DuckDuckGo [54]
 2137/13 2137/21
 2138/2 2138/6
 2138/15 2138/16
 2138/20 2139/5
 2139/6 2139/10
 2139/11 2139/22
 2140/2 2140/9
 2140/10 2140/14
 2142/2 2142/11
 2142/17 2142/18
 2142/20 2142/25
 2143/7 2143/15
 2143/18 2144/22
 2146/2 2146/4

2146/21 2147/3
 2147/6 2147/10
 2148/1 2148/4
 2148/11 2149/17
 2149/25 2150/22
 2151/8 2151/10
 2151/25 2152/5
 2152/20 2152/23
 2153/3 2153/6 2153/7
 2153/21 2154/15
 2156/7 2156/19
 2158/25 2168/3
 2169/21
DuckDuckGo's [26]
 2136/8 2136/13
 2136/19 2140/2
 2140/15 2142/2
 2144/1 2144/12
 2145/12 2145/18
 2145/19 2146/17
 2147/1 2147/15
 2148/20 2150/4
 2150/6 2150/11
 2150/20 2151/15
 2151/17 2152/19
 2153/1 2154/19
 2154/21 2155/2
during [4] 2145/17
 2150/6 2155/11
 2178/21

**E**

e-commerce [1]
 2168/9
e-mail [2] 2153/16
 2153/17
e-mailed [1] 2180/19
earlier [9] 2136/7
 2138/11 2138/19
 2139/4 2139/12
 2140/21 2146/1
 2148/15 2157/5
 2151/1
easy [2] 2150/14
 2151/1
Ecosia [1] 2169/21
edgy [1] 2187/5
EDWARD [1] 2134/10
Edwards [1] 2143/25
effect [2] 2138/21
 2148/16
effectively [1] 2156/23
effort [1] 2177/22
eight [2] 2165/3
 2184/13
either [1] 2152/17
elements [1] 2161/18
else [6] 2152/1 2179/8
 2183/24 2186/20
 2186/21 2189/7
embed [1] 2143/13
enable [2] 2150/25
 2158/7
enabled [1] 2159/2
enabling [1] 2158/20
encourage [1] 2142/15
end [3] 2156/18
 2160/13 2176/17

ending [1] 2188/8
engage [1] 2160/25
engine [44] 2137/5
 2137/6 2138/24
 2139/15 2139/18
 2139/23 2142/11
 2142/18 2142/21
 2144/4 2150/11
 2150/17 2150/17
 2150/19 2150/22
 2151/7 2152/22
 2152/23 2152/25
 2153/2 2159/6
 2165/10 2167/2
 2167/3 2167/15
 2167/16 2167/20
 2167/22 2168/24
 2169/3 2169/17
 2169/20 2170/14
 2171/2 2171/4 2171/9
 2171/12 2171/15
 2172/8 2172/13
 2174/15 2175/9
 2175/11 2175/21
engineer [1] 2166/3
engines [25] 2137/13
 2137/22 2138/3
 2138/6 2156/12
 2156/14 2156/18
 2158/20 2161/7
 2167/8 2167/12
 2167/19 2168/6
 2168/21 2168/25
 2169/10 2170/19
 2170/21 2170/22
 2170/23 2171/7
 2171/17 2171/20
 2172/10 2175/13
enough [3] 2136/3
 2157/9 2171/22
entered [4] 2146/4
 2146/21 2151/6
 2152/4
entities [1] 2161/8
entitled [1] 2190/5
equivalent [2] 2143/20
 2144/14
essentially [3] 2149/6
 2150/24 2162/19
estimate [1] 2136/7
estimates [1] 2176/16
et [1] 2133/3
Europe [8] 2136/14
 2136/15 2137/15
 2157/2 2157/6 2157/7
 2157/8 2157/12
European [6] 2136/20
 2137/3 2137/20
 2138/1 2155/12
 2157/9
even [11] 2143/19
 2144/13 2154/3
 2154/4 2156/17
 2157/13 2163/9
 2182/10 2187/12
 2187/14 2188/1
evening [1] 2177/18

Everybody [2] 2187/3
everyone [1] 2189/19
exact [1] 2173/17
exactly [2] 2150/24
 2178/1 2178/15
examination [8] 2135/4
 2135/5 2135/8 2136/4
 2155/9 2155/12
 2163/20 2176/20
examine [1] 2186/25
example [8] 2137/18
 2137/24 2142/8
 2143/13 2149/8
 2149/15 2156/11
 2168/8
examples [1] 2182/18
exception [3] 2137/25
 2182/15 2188/5
exceptions [1] 2147/24
exchange [1] 2186/7
executive [1] 2186/14
exhibit [5] 2151/14
 2174/11 2184/2
 2186/3 2186/3
Exhibit 38 [1] 2184/2
Exhibit 4 [1] 2151/14
Exhibit 5 [1] 2174/11
exhibits [1] 2179/19
existence [2] 2161/15
 2161/17
expect [3] 2157/13
 2170/25 2176/20
expectation [2]
 2171/11 2176/13
expecting [1] 2189/11
Expedia [2] 2169/7
 2171/6
experiment [1]
 2182/25
experimentation [1]
 2157/20
experimented [1]
 2157/21
explain [3] 2155/19
 2161/12 2162/16
explaining [1] 2141/22
explains [1] 2158/11
explanation [1]
 2141/24
explicit [1] 2182/10
expressed [1] 2160/18
extend [1] 2177/7
extension [4] 2142/14
 2142/23 2143/1
 2149/10
extent [5] 2142/12
 2161/3 2178/6
 2180/15 2183/3
extra [1] 2143/1

**F**

Facebook [3] 2168/8
 2168/10 2168/20
facilitates [1] 2181/21
fact [4] 2142/10
 2152/11 2186/6
 2187/11

failure [2] 2177/16
 2177/17
Fair [1] 2171/22
familiar [4] 2165/20
 2168/23 2170/1
 2170/2
FAQs [1] 2181/12
far [1] 2161/12
feature [2] 2143/7
 2150/24
feed [1] 2180/7
feel [1] 2182/8
feels [1] 2163/2
few [8] 2145/24
 2145/25 2150/13
 2155/22 2157/24
 2157/25 2169/24
 2189/15
fiction [3] 2187/4
 2187/7 2187/9
fictional [1] 2187/16
Fifth [1] 2133/17
fighting [1] 2145/16
figure [4] 2136/11
 2157/23 2163/9
 2170/5
figured [1] 2161/22
fill [1] 2165/15
final [2] 2170/18
 2179/24
financial [1] 2186/14
find [6] 2156/22
 2167/8 2167/15
 2167/18 2174/20
 2174/22
finding [1] 2157/3
fine [4] 2169/2
 2183/16 2188/3
 2188/4
finished [1] 2177/1
first [16] 2137/22
 2138/3 2138/5
 2145/24 2146/2
 2151/16 2154/1
 2154/20 2155/23
 2158/10 2160/16
 2166/6 2170/6
 2174/24 2175/1
 2177/13
five [4] 2137/22
 2137/24 2138/3
 2138/5
flexibility [4] 2180/23
 2182/17 2182/22
 2182/24
flip [1] 2154/18
Floor [1] 2134/4
Focusing [1] 2142/18
follow [2] 2174/13
followed [2] 2187/6
 2187/9
following [1] 2152/18
For Plaintiff [1]
 2133/22
foregoing [1] 2190/4
form [1] 2179/23
forms [1] 2167/19

## F

forward [2] 2151/7
2180/9
found [1] 2170/10
fourth [1] 2151/14
France [4] 2137/17
2137/23 2137/25
2138/1
frankly [2] 2178/1
2182/20
frequently [1] 2150/7
front [2] 2145/7 2158/9
full [3] 2139/1 2142/15
2156/17
function [2] 2167/10
2169/16
functionality [1] 2168/5
fundamentals [1]
2186/15
further [3] 2155/5
2159/7 2175/4
futile [1] 2177/22

## G

G-I-A-N-N-A-N-D-R-E-A [1] 2163/24
GABRIEL [4] 2135/3
2136/4 2140/24
2155/9
gave [4] 2139/4
2146/15 2180/23
2187/8
general [21] 2139/17
2143/5 2148/13
2167/1 2167/3 2167/8
2167/11 2167/16
2167/20 2167/21
2168/6 2168/20
2169/9 2169/10
2170/23 2171/2
2171/7 2171/12
2178/3 2178/11
2178/12
generally [7] 2136/19
2140/3 2153/17
2153/25 2164/20
2165/7 2172/18
genuine [1] 2177/22
Germany [1] 2137/17
gets [1] 2177/8
GIANNANDREA [12]
2135/7 2160/5
2162/20 2163/13
2163/18 2163/20
2163/24 2163/25
2164/1 2175/24
2176/13 2176/20
given [4] 2180/1
2182/18 2182/23
2183/5
gives [3] 2171/23
2182/16 2182/22
giving [1] 2181/8
goals [1] 2167/14
goes [2] 2188/4
good [4] 2159/21
2171/5 2179/21

2181/13
GOOGLE [45] 2133/6
2134/9 2138/7 2138/8
2139/22 2143/13
2143/20 2144/14
2148/14 2151/3
2154/20 2155/5
2156/11 2160/23
2165/1 2165/2 2165/4
2165/8 2165/10
2165/13 2165/16
2165/17 2169/17
2170/15 2171/14
2171/18 2171/22
2172/6 2172/6
2172/11 2172/14
2172/16 2173/22
2174/22 2175/2
2175/21 2176/19
2179/25 2185/14
2186/7 2186/14
2186/24 2187/11
2187/16 2188/22
Google's [9] 2148/9
2150/8 2166/13
2166/16 2166/19
2186/9 2186/9
2186/15 2186/17
Gotcha [1] 2153/19
govern [1] 2183/22
government [7] 2139/4
2140/21 2178/12
2181/5 2185/4
2186/24 2187/23
graduate [1] 2159/16
GRAHAM [1] 2134/9
great [4] 2137/10
2155/17 2155/20
2179/11
guess [5] 2141/1
2179/17 2180/19
2181/1 2184/8

## H

HAFENBRACK [2]
2133/16 2185/10
half [8] 2136/10
2136/17 2136/18
2136/25 2137/1
2167/25 2184/15
2188/8
halfish [1] 2176/17
hand [4] 2169/23
2174/1 2184/14
2184/23
handed [1] 2174/11
happens [1] 2141/5
happy [5] 2137/11
2145/7 2160/10
2180/3 2180/8
hate [1] 2176/16
headway [1] 2179/20
hear [5] 2162/15
2180/8 2184/6
2184/20 2185/7
heard [5] 2141/8
2178/2 2178/11

2178/23 2181/19
hearing [2] 2164/10
2180/24
help [5] 2167/8
2167/18 2170/2
2178/4 2182/25
helpful [1] 2184/25
helpfully [1] 2180/19
helping [2] 2141/2
2182/12
high [3] 2157/20
2176/17 2186/14
high-ranking [1]
2186/14
higher [2] 2157/12
2157/15
highlighted [1] 2181/11
highly [1] 2136/23
histories [2] 2138/18
2140/12
history [3] 2172/23
2172/24 2173/3
hit [3] 2170/6 2170/14
2175/25
HOFFMAN [7] 2133/16
2135/5 2136/7
2141/14 2141/18
2146/11 2150/3
Hoffman's [1] 2148/15
hold [1] 2178/13
holds [1] 2178/13
home [7] 2137/7
2153/23 2153/25
2154/17 2155/2
2155/4 2159/5
Honor [42] 2155/11
2159/11 2159/21
2161/24 2162/7
2162/9 2162/23
2163/3 2163/12
2169/25 2174/8
2176/15 2176/24
2177/9 2177/25
2178/18 2179/4
2179/10 2179/12
2179/21 2180/12
2181/6 2181/18
2181/19 2182/3
2182/10 2183/14
2184/11 2185/7
2185/10 2185/19
2186/4 2186/13
2186/13 2186/23
2187/23 2188/2
2188/11 2188/16
2189/8 2189/9
2189/17
HONORABLE [1]
2133/10
HOOK [3] 2134/23
2190/3 2190/10
hopefully [1] 2189/14
hour [4] 2166/22
2176/16 2176/16
2184/15
hyperlink [2] 2153/13
2153/15

## I

I'll read [1] 2145/8
IAN [1] 2133/16
icon [1] 2154/6
identify [3] 2142/7
2149/1 2149/5
IL [1] 2133/20
image [1] 2151/20
imagine [1] 2179/24
impact [2] 2180/15
2182/15
implement [1] 2142/6
implemented [1]
2142/4
implicit [1] 2162/18
important [5] 2156/21
2157/1 2158/15
2158/17 2188/17
importantly [1] 2156/6
inaccurate [1] 2188/23
incident [1] 2144/6
include [4] 2137/17
2149/8 2150/11
2183/1
included [1] 2137/13
includes [1] 2147/10
including [1] 2164/23
inconsistent [1]
2186/11
incorporated [1]
2143/16
increased [1] 2148/2
increases [1] 2157/16
independent [2]
2143/24 2157/24
index [1] 2147/19
individual [1] 2138/18
information [4]
2144/16 2167/18
2172/4 2186/6
initial [3] 2172/12
2174/21 2186/6
initially [2] 2142/16
2174/22
installed [3] 2142/23
2149/14 2154/10
installing [2] 2149/9
2149/13
instance [1] 2149/21
instances [2] 2148/4
2148/11
instead [5] 2142/11
2151/7 2152/1 2158/5
2167/5
instruct [1] 2142/24
instructors [1] 2187/8
integrated [1] 2153/1
intelligence [1] 2165/5
intend [1] 2179/25
intended [1] 2171/8
interacted [1] 2153/18
interest [5] 2183/7
2186/12 2187/3
2187/20 2187/24
interests [1] 2141/20
internet [1] 2145/5
interrupt [1] 2146/8

2152/10 2178/19
into [10] 2137/11
2138/14 2143/16
2149/21 2150/22
2151/6 2161/15
2164/11 2171/1
2175/11
introduced [2] 2137/12
2175/12
investments [1]
2165/10
involved [2] 2141/2
2181/19
involves [1] 2144/15
involving [1] 2180/21
iOS [9] 2151/25
2152/12 2154/8
2173/6 2173/8 2173/8
2173/12 2174/3
2175/12
iPhone [8] 2151/15
2151/18 2152/20
2153/24 2154/6
2154/12 2154/13
2173/6
ironclad [1] 2180/22
issue [8] 2144/18
2156/2 2160/1 2160/9
2177/11 2180/5
2188/1 2189/1
issues [2] 2156/9
2160/14 2162/3
2162/8 2162/15
2162/24 2163/4
Italy [1] 2137/18

## J

JC [1] 2180/18
JEFF [3] 2134/23
2190/3 2190/10
JOHN [6] 2134/10
2135/7 2160/5
2163/12 2163/20
2163/24
join [2] 2164/9 2164/18
JONATHAN [1] 2134/2
JOSEPH [1] 2134/6
JOSHUA [2] 2133/16
2185/10
JR [1] 2133/22
judge [4] 2133/11
2144/15 2144/25
2181/8
judicial [3] 2182/16
2182/17 2182/25
juncture [1] 2142/1
Justice [4] 2133/14
2133/17 2133/19
2188/18

## K

KAREN [2] 2134/14
2161/24
KAUFMANN [2]
2134/2 2181/6
kayak.com [1] 2169/5
keep [1] 2164/11
KENNETH [1] 2133/13

**K**

key [1] 2167/14
keywords [1] 2151/3
kind [5] 2149/7
2156/19 2157/23
2158/14 2187/16
knew [1] 2174/17
know that [1] 2162/19
knowledge [1] 2172/2
knows [4] 2138/16
2139/6 2184/4 2187/3

**L**

land [1] 2142/4
lands [1] 2142/21
language [1] 2188/7
large [4] 2140/16
2165/9 2168/8
2168/17
LaSalle [1] 2133/20
last [3] 2144/20 2165/4
2180/19
late [1] 2189/15
later [5] 2142/8
2142/13 2158/13
2158/15 2173/3
latest [1] 2136/12
Law [1] 2134/3
lawyers [7] 2166/14
2166/16 2166/19
2176/3 2181/10
2181/11 2181/20
learn [2] 2144/22
2145/11
learned [1] 2145/2
learning [3] 2164/5
2164/13 2164/22
least [6] 2150/8
2153/12 2154/9
2160/20 2162/21
2179/18
leave [2] 2182/11
2184/8
left [2] 2148/7 2184/8
leisure [1] 2160/2
LENT [2] 2134/14
2161/24
less [1] 2148/13
letter [4] 2161/20
2162/1 2162/10
2162/12
letter would [1]
2162/10
level [1] 2157/20
levels [1] 2179/25
light [2] 2180/9
2182/23
likely [1] 2156/11
limit [1] 2183/4
limitation [1] 2183/15
Lincoln [1] 2134/8
line [11] 2136/3
2151/14 2170/11
2185/16 2185/16
2185/22 2185/22
2185/25 2185/25
2188/8 2188/8

lines [4] 2148/18
2161/19 2188/6
2188/8
link [3] 2152/15
2153/11 2183/2
links [1] 2147/21
list [12] 2138/6 2138/7
2139/2 2154/4
2154/10 2158/5
2169/22 2170/11
2170/18 2170/21
2171/6 2179/18
listed [3] 2137/22
2138/3 2170/22
lists [1] 2144/10
literally [2] 2156/3
2186/2
little [6] 2158/11
2176/16 2178/15
2182/22 2182/25
2189/14
LLC [1] 2133/6
LLP [2] 2133/22
2134/11
load [2] 2142/12
2148/13
loading [2] 2142/22
2143/14
logos [1] 2158/6
long [4] 2154/10
2165/2 2166/21
2166/23
look [9] 2151/20
2155/25 2156/14
2162/19 2182/8
2185/1 2188/12
2188/13 2189/4
looked [1] 2180/23
looking [4] 2156/18
2167/15 2167/18
2174/14
looks [1] 2146/2
lot [12] 2141/2 2143/5
2151/1 2155/24
2156/10 2156/18
2156/21 2157/9
2157/14 2157/19
2157/20 2158/2
loud [1] 2161/16
lower [3] 2136/20
2157/6 2157/8

**M**

machine [4] 2164/5
2164/13 2164/22
2165/5
mail [2] 2153/16
2153/17
mailed [1] 2180/19
main [4] 2154/12
2158/18 2167/10
2169/16
Maine [1] 2134/11
maintained [2] 2147/19
2147/22
majority [3] 2137/20
2138/1 2162/7

makes [4] 2151/1
2152/18 2156/19
2172/22
making [4] 2149/22
2150/14 2155/20
2170/16
manage [1] 2180/7
manner [1] 2144/23
many [2] 2139/21
2167/21
marked [1] 2135/14
market [4] 2136/8
2136/14 2136/19
2157/6
marketing [2] 2157/7
2157/10
matter [1] 2190/5
matters [2] 2178/6
2179/18
may [17] 2141/8
2141/12 2143/24
2144/24 2145/11
2146/12 2146/13
2152/15 2174/8
2174/9 2178/23
2182/1 2182/3 2182/4
2182/4 2185/11
2189/12
May 2022 [3] 2143/24
2144/24 2145/11
maybe [6] 2136/17
2154/10 2167/25
2175/5 2179/2
2180/24
mean [23] 2139/24
2140/4 2140/6
2140/12 2140/19
2140/23 2140/24
2141/1 2141/10
2143/10 2145/14
2152/10 2153/6
2154/1 2155/22
2160/21 2161/5
2161/11 2163/8
2167/6 2170/22
2178/19 2188/3
means [1] 2157/12
meant [4] 2167/11
2167/12 2178/25
2179/2
measuring [1] 2157/3
media [1] 2136/3
meet [2] 2166/18
2184/12
MEHTA [1] 2133/10
memorable [1] 2153/17
memorandum [1]
2181/7
mentioned [3] 2168/15
2180/6 2186/4
menu [1] 2149/22
merits [1] 2186/21
message [1] 2153/11
messages [2] 2153/10
2153/17
met [1] 2166/13
metadata [1] 2187/10

Metaweb [2] 2165/19
2165/23
methodology [2]
2136/13 2149/2
microphone [1]
2164/12
Microsoft [19] 2143/19
2143/22 2144/1
2144/4 2144/6
2144/13 2144/23
2144/25 2145/10
2145/11 2145/13
2145/19 2146/17
2147/1 2147/4
2147/15 2147/19
2147/23 2165/25
Microsoft's [1] 2144/17
might [9] 2138/25
2138/25 2143/14
2152/1 2169/7 2170/2
2179/24 2183/20
2187/14
mind [1] 2187/1
mine [1] 2154/9
minute [1] 2163/10
minutes [8] 2160/7
2160/13 2162/21
2163/3 2166/22
2169/24 2184/1
2189/15
misconception [3]
2139/14 2139/21
2140/8
misconceptions [6]
2138/11 2138/16
2138/20 2139/5
2139/10 2140/2
misheard [1] 2178/22
misrepresented [1]
2188/17
missed [1] 2164/10
missing [1] 2172/16
misstating [1] 2139/13
misunderstood [1]
2175/5
MIT [1] 2159/15
mode [19] 2138/12
2138/21 2139/15
2139/18 2156/2
2158/10 2172/19
2173/2 2173/13
2174/4 2175/6 2175/7
2175/9 2175/15
2175/19 2175/19
2175/22 2175/23
2180/25
model [1] 2145/18
modules [1] 2146/1
moment [3] 2158/21
2158/25 2179/14
Monday [1] 2173/10
more [15] 2148/5
2156/11 2156/24
2157/14 2159/9
2162/14 2165/7
2177/15 2178/15
2179/3 2182/10

2183/20 2183/21
2186/19 2186/21
morning [8] 2177/19
2180/3 2184/15
2185/3 2185/16
2185/21 2189/6
2189/12
most [3] 2137/3
2147/24 2150/7
motions [1] 2180/24
move [5] 2144/18
2177/6 2187/1 2187/2
2189/2
moved [1] 2188/18
moving [1] 2180/9
Mr. [28] 2136/2 2136/6
2136/7 2139/13
2141/14 2141/18
2145/4 2146/6
2146/11 2146/15
2148/15 2150/3
2153/21 2155/6
2155/7 2155/11
2157/5 2158/23
2159/9 2159/20
2161/25 2162/20
2163/18 2175/24
2176/13 2176/20
2180/13 2188/15
Mr. Dintzer [3] 2159/20
2161/25 2188/15
Mr. Giannandrea [5]
2162/20 2163/18
2175/24 2176/13
2176/20
Mr. Hoffman [5] 2136/7
2141/14 2141/18
2146/11 2150/3
Mr. Hoffman's [1]
2148/15
Mr. Safty [4] 2136/2
2155/7 2157/5
2158/23
Mr. Schmidtlein [1]
2180/13
Mr. Weinberg [9]
2136/6 2139/13
2145/4 2146/6
2146/15 2153/21
2155/6 2155/11
2159/9
much [7] 2157/11
2159/7 2159/18
2160/6 2160/15
2167/12 2188/1
multiple [3] 2167/17
2167/20 2181/20
musings [1] 2187/20

**N**

name [2] 2163/22
2163/24
named [1] 2143/25
narrow [1] 2169/5
navigate [1] 2169/14
NE [1] 2134/8
nearly [1] 2160/19

**N**

Nebraska [2] 2134/6
2134/6
need [7] 2160/9
2177/11 2179/8
2180/17 2183/24
2183/25 2189/7
needed [2] 2162/8
2177/7
needed from [1]
2162/8
Netscape [4] 2166/2
2166/3 2166/4 2166/6
network [1] 2168/14
Networks [1] 2165/21
new [4] 2133/24
2155/24 2174/3
2180/10
next [7] 2146/20
2147/9 2154/18
2159/21 2160/4
2177/3 2177/11
night [1] 2180/19
No. [1] 2145/23
No. 4 [1] 2145/23
non [2] 2134/14
2150/17
Non-Party [1] 2134/14
non-private [1]
2150/17
None [1] 2135/14
nonetheless [1] 2180/2
note [2] 2178/20
2183/15
noted [1] 2186/13
notes [1] 2187/14
number [7] 2136/22
2137/11 2143/11
2148/1 2162/10
2164/23 2172/6
numbers [3] 2161/15
2161/16 2178/8
NW [3] 2133/14
2133/17 2134/24
NY [1] 2133/24

**O**

o'clock [1] 2175/25
OAG [1] 2134/6
OAG-Nebraska [1]
2134/6
object [1] 2185/5
objection [1] 2183/11
obviously [3] 2160/2
2176/19 2187/1
off [3] 2179/14
2179/16 2188/20
offer [4] 2143/7 2180/1
2180/2 2187/22
offered [2] 2148/16
2184/13
offering [1] 2183/3
office [1] 2182/11
Official [2] 2134/23
2190/3
offing [1] 2177/24
offsite [1] 2187/15

often [1] 2138/7
old [1] 2180/10
on a [1] 2154/4
once [4] 2152/14
2166/20 2180/25
2180/25
one [34] 2139/8
2143/3 2144/20
2147/11 2149/11
2149/14 2150/15
2152/17 2156/2
2156/15 2158/9
2158/20 2158/21
2159/9 2160/22
2161/14 2167/14
2167/17 2168/3
2169/7 2170/3
2170/18 2171/22
2173/19 2174/24
2175/1 2177/14
2177/17 2179/18
2180/5 2180/6
2183/20 2184/3
2188/1
ones [5] 2168/1
2168/3 2169/4
2170/19 2174/6
online [7] 2141/5
2141/16 2141/19
2141/22 2145/4
2149/7 2182/12
only [6] 2150/22
2152/23 2153/1
2171/7 2183/6 2186/3
open [14] 2144/9
2146/1 2152/15
2153/11 2154/7
2160/7 2160/13
2160/15 2160/20
2160/24 2162/4
2163/6 2178/22
2179/17
opens [2] 2151/16
2154/20
operating [5] 2152/15
2154/24 2156/5
2159/3 2173/6
opinion [1] 2139/14
opportunity [1] 2178/1
oppose [1] 2189/2
opposed [2] 2162/16
2188/21
option [2] 2151/5
2175/8
options [2] 2138/5
2158/7
order [4] 2138/5
2147/21 2149/22
2182/25
organic [4] 2147/11
2147/14 2147/18
2147/21
organization [1]
2165/11
originate [1] 2147/19
otherwise [1] 2163/7
ought [1] 2163/9

out [15] 2136/15
2136/16 2138/23
2157/23 2158/16
2161/16 2163/9
2165/15 2170/5
2172/12 2174/1
2174/21 2175/1
2177/20 2184/14
out-of-hand [1]
2184/14
out-of-the-box [1]
2172/12
outcome [1] 2161/13
outline [2] 2162/11
2162/13
outside [1] 2187/8
over [8] 2148/2 2157/1
2157/15 2157/25
2175/14 2176/16
2177/3 2186/8
overnight [3] 2176/6
2188/13 2189/5
Overseeing [1] 2165/9
own [3] 2147/9 2150/4
2168/13

**P**

p.m [2] 2133/6
2189/20
page [25] 2135/2
2142/3 2145/20
2146/17 2146/22
2147/1 2147/7
2147/10 2147/15
2148/2 2148/6 2148/9
2148/12 2151/25
2154/12 2159/5
2163/10 2170/3
2170/10 2181/12
2185/22 2185/22
2185/24 2185/25
2188/6
pages [5] 2162/11
2162/13 2163/8
2186/2 2189/5
part [12] 2139/8
2143/22 2144/15
2145/14 2147/25
2149/3 2157/6 2157/8
2172/16 2185/4
2185/7 2186/8
participants [1] 2141/7
particular [3] 2150/21
2157/2 2181/18
parties [7] 2177/3
2179/18 2181/9
2183/4 2183/7
2183/11 2188/22
parties' [1] 2182/19
partners [1] 2145/16
parts [1] 2187/14
party [2] 2134/14
2142/19
passed [1] 2178/19
past [2] 2144/18
2177/7
Patterson [1] 2133/22

pause [2] 2185/17
pays [4] 2172/6 2172/7
2172/11 2172/16
people [13] 2139/21
2142/15 2142/24
2142/25 2149/1
2149/7 2153/8 2154/1
2156/11 2158/7
2158/22 2159/3
2182/11
per [2] 2136/17
2136/23
perceive [1] 2141/12
percent [10] 2136/10
2136/18 2136/18
2136/25 2137/1
2138/15 2140/1
2140/9 2140/14
2156/25
percentage [2] 2139/4
2148/23
percentages [2]
2139/20 2161/14
perhaps [2] 2141/23
2178/22
period [2] 2145/17
periods [1] 2150/6
permanent [1] 2175/7
person [1] 2141/3
personally [2] 2140/20
2144/22
personnel [1] 2182/25
Petitioner [1] 2134/14
phone [4] 2155/25
2156/4 2161/13
2174/21
phrase [2] 2141/8
2148/18
physically [1] 2181/25
physics [1] 2159/15
Pichai [1] 2165/14
pick [1] 2156/11
picked [1] 2157/14
piece [3] 2177/17
2187/6 2187/9
pitch [2] 2156/13
2156/17
pixel [2] 2142/13
2142/22
pixels [1] 2142/7
place [4] 2148/23
2155/1 2155/2
2160/20
placed [1] 2144/5
plaintiff [6] 2133/22
2134/2 2134/6
2159/10 2159/11
2176/22
plaintiffs [5] 2133/4
2133/13 2155/8
2163/12 2189/8
planned [1] 2160/22
planning [1] 2171/25
Play [1] 2154/20
please [4] 2139/13
2145/24 2151/14
2163/23

point [3] 2154/23
2156/16 2157/1
policies [5] 2140/15
2142/4 2145/15
2180/10 2180/11
policy [8] 2140/19
2143/23 2144/6
2159/16 2181/2
2182/16 2182/24
2183/20
portion [2] 2162/21
2181/12
portions [1] 2185/13
position [3] 2164/4
2184/7 2184/17
possibilities [1]
2157/19
possible [4] 2139/1
2139/25 2170/18
2170/21
posted [2] 2145/5
2145/6
practice [2] 2180/9
2187/13
practices [3] 2140/3
2140/16 2145/12
pre [1] 2149/14
pre-installed [1]
2149/14
precise [1] 2179/3
predicated [1] 2145/18
prefer [3] 2169/1
2177/18 2184/20
preference [2] 2160/18
2177/23
prejudiced [1] 2181/22
prepare [1] 2182/12
preparing [1] 2166/23
present [7] 2134/14
2161/23 2176/11
2181/22 2181/25
2182/1 2182/4
presentation [1]
2183/1
presentations [1]
2180/16
presented [3] 2182/8
2187/12 2187/13
presents [1] 2167/17
pretrial [1] 2186/6
pretty [1] 2136/17
prevented [1] 2155/20
previously [1] 2143/18
primarily [1] 2153/7
primary [1] 2158/20
principles [1] 2158/19
prior [3] 2144/11
2165/22 2166/13
privacy [13] 2140/2
2140/15 2140/19
2143/1 2143/3 2143/5
2143/11 2148/17
2149/16 2149/23
2150/14 2150/15
2150/16
privacy-related [2]
2149/16 2149/23

**P**

private [26] 2138/12
2138/21 2139/9
2139/10 2139/14
2139/18 2150/17
2153/22 2172/19
2172/22 2173/2
2173/13 2173/14
2173/16 2173/21
2173/23 2174/3
2174/15 2175/6
2175/9 2175/14
2175/19 2175/19
2175/21 2175/23
2187/20
probably [4] 2136/24
2154/24 2170/16
2183/5
proceed [1] 2188/14
proceedings [5]
2180/21 2181/9
2183/8 2189/20
2190/5
process [1] 2156/7
produces [1] 2167/20
product [2] 2142/16
2142/16
products [2] 2161/14
2168/17
profile [1] 2143/22
profiling [1] 2141/22
profitable [1] 2157/9
promote [1] 2182/17
prompt [1] 2152/19
prompted [3] 2141/24
2151/17 2154/21
prompting [1] 2158/24
prompts [3] 2187/5
2187/6 2187/8
properties [1] 2164/23
property [1] 2168/8
proposal [1] 2179/23
proposed [2] 2184/24
2185/4
protection [2] 2134/7
2150/15
protections [4] 2143/1
2143/3 2143/6
2143/11
provide [3] 2163/15
2182/7 2182/7
provided [2] 2136/7
2147/3
provides [1] 2181/15
providing [1] 2186/15
proxy [1] 2158/3
psychological [1]
2158/14
public [17] 2143/22
2144/8 2159/16
2179/19 2181/10
2181/17 2183/21
2185/5 2186/12
2187/2 2187/4
2187/19 2187/20
2187/21 2187/24
2188/6 2188/20

public's [1] 2184/18
publicly [2] 2143/25
2144/24
pull [1] 2151/13
purchase [1] 2137/4
purpose [5] 2141/16
2141/19 2142/13
2142/22 2150/18
purpose of [1] 2142/22
put [8] 2145/22
2154/16 2155/4
2170/1 2171/10
2174/12 2188/19
2188/20
puts [1] 2153/15
putting [1] 2170/5

**Q**

Q2 [1] 2136/12
quarterly [1] 2157/25
queries [4] 2146/4
2146/21 2167/4
2167/17
query [3] 2147/10
2151/6 2171/1
quick [1] 2159/14
quickly [2] 2150/25
2184/1
quite [1] 2172/11

**R**

radio [1] 2151/5
raise [3] 2160/9
2161/1 2161/22
raised [2] 2162/6
2189/1
raising [2] 2146/10
2161/25
randomized [1] 2138/6
range [1] 2136/25
rank [1] 2147/3
ranking [1] 2186/14
rather [1] 2160/3
re [3] 2142/8 2142/13
2147/3
re-rank [1] 2147/3
re-targeted [2] 2142/8
2142/13
reach [1] 2177/23
read [4] 2145/8
2156/15 2180/19
2180/22
ready [1] 2160/2
real [4] 2156/13
2157/21 2157/22
2158/4
really [7] 2137/10
2151/2 2156/1
2156/17 2156/19
2160/11 2183/6
reason [1] 2189/16
reasons [1] 2137/11
recall [5] 2138/10
2141/14 2141/18
2142/1 2143/24
2150/3 2187/12
receive [1] 2180/1
receiving [1] 2180/25

recent [2] 2150/6
recently [1] 2154/2
recite [1] 2178/8
recognize [2] 2137/25
2188/21
reconcilable [1]
2184/18
record [9] 2163/22
2179/14 2179/16
2180/8 2181/17
2187/21 2188/18
2189/3 2190/5
red [1] 2185/7
redact [2] 2187/23
redacted [2] 2185/8
2188/7
redaction [3] 2184/13
2186/17 2186/20
redactions [2] 2184/10
2184/24
redirect [3] 2135/5
2155/7 2155/9
refer [3] 2178/7 2178/9
2178/12
referencing [2]
2144/11 2149/2
referring [4] 2141/17
2141/23 2144/7
2144/10
reflect [1] 2188/18
reflected [1] 2150/20
refrain [2] 2143/19
2144/12
refraining [1] 2144/22
regard [1] 2181/9
regardless [1] 2139/18
regards [1] 2144/16
regular [2] 2173/15
2173/17
rejected [1] 2184/14
related [4] 2149/16
2149/23 2156/2
2157/1
relates [1] 2144/25
relationship [1] 2166/1
release [2] 2173/24
2179/19
released [1] 2173/9
relevant [2] 2181/12
2182/5
remember [5] 2136/9
2141/21 2141/21
2148/18 2155/13
remotely [1] 2189/19
removed [1] 2152/13
repeat [1] 2185/20
replace [1] 2154/12
replied [1] 2162/1
report [6] 2136/12
2136/15 2136/16
2164/7 2164/16
2165/13
Reporter [3] 2134/23
2134/23 2190/3
represented [1]
2166/16
representing [1]

2188/24
request [2] 2185/12
2188/3
required [2] 2137/4
research [5] 2156/23
2158/2 2158/3 2158/4
2165/5
researcher [1] 2143/25
researchers [1] 2165/9
reset [1] 2156/4
resolution [2] 2177/23
2184/2
resolve [2] 2177/24
2178/14
resolved [1] 2144/5
respect [4] 2142/22
2145/12 2162/4
2179/19
respectfully [1]
2185/11
respond [2] 2180/3
respondents [2]
2141/3 2141/6
response [6] 2136/6
2146/4 2146/20
2147/9 2148/15
2184/14
responsibility [1]
2165/7
responsible [2]
2164/20 2164/22
rest [1] 2165/15
restrictions [1] 2144/4
result [1] 2142/2
results [15] 2142/3
2145/20 2146/17
2146/22 2147/1
2147/7 2147/10
2147/15 2148/2
2148/6 2148/9
2148/12 2167/17
2167/20 2171/2
resume [2] 2165/15
2176/1
retrieval [1] 2167/14
return [1] 2158/15
revealed [1] 2143/25
revealing [1] 2145/9
revenue [4] 2171/18
2171/20 2172/9
2172/14
reversion [1] 2180/10
reviewed [1] 2180/18
right [93]
rise [1] 2166/4
room [1] 2136/3
rule [2] 2180/22
2183/3
rules [2] 2183/9
2183/22
run [2] 2157/24 2160/2

**S**

Safari [19] 2142/19
2152/1 2152/17
2154/12 2169/12
2169/13 2169/18

2169/21 2170/4
2170/11 2171/9
2171/11 2171/15
2172/8 2172/13
2172/19 2172/25
2173/13 2173/21
Safari's [2] 2169/14
2173/2
safety [1] 2158/14
SAFTY [6] 2134/9
2135/4 2136/2 2155/7
2157/5 2158/23
SALLET [1] 2134/2
same [10] 2136/13
2152/6 2154/23
2156/18 2157/12
2170/16 2173/17
2174/24 2182/7
2188/6
satisfy [1] 2149/22
saying [8] 2140/17
2145/6 2158/2
2161/20 2175/6
2175/8 2181/24
2186/11
schedule [1] 2177/6
SCHMIDTLEIN [2]
2134/10 2180/13
science [1] 2165/9
screen [30] 2137/5
2137/7 2137/12
2137/14 2137/21
2137/22 2138/2
2146/6 2150/12
2153/23 2153/23
2153/25 2154/1
2154/17 2155/2
2155/4 2156/1 2156/4
2156/9 2156/24
2157/3 2157/12
2157/18 2158/1
2158/9 2158/10
2159/2 2170/2 2170/7
2174/12
screens [5] 2155/13
2155/16 2155/20
2155/25 2156/22
scroll [2] 2170/9
2170/10
sealing [1] 2186/21
search [112]
searches [9] 2138/17
2138/17 2139/6
2139/6 2139/16
2139/17 2141/9
2152/4 2169/5
second [6] 2150/7
2160/22 2170/9
2170/10 2174/5
2175/8
secret [3] 2186/6
2186/11 2186/19
Section [1] 2134/3
security [1] 2143/24
seeing [1] 2186/12
sees [2] 2146/5
2146/21

**S**

select [2]  2151/6
2175/6
selected [2]  2156/24
selection [5]  2137/5
2137/10 2155/17
2155/21 2157/4
send [3]  2159/2
2162/1 2179/25
sends [1]  2153/10
sense [4]  2148/7
2176/12 2177/12
2177/15
sensitive [2]  2178/7
2186/5
sensitivity [1]  2188/22
sent [2]  2151/7
2161/20
separate [2]  2173/13
2178/19
separately [1]  2185/7
September [3]  2133/5
2185/15 2185/22
September 20th [2]
2185/15 2185/22
sequence [1]  2151/20
series [1]  2141/14
SERP [2]  2146/2
2146/5
serve [1]  2142/8
services [1]  2172/4
serving [3]  2141/16
2141/19 2142/13
session [10]  2133/7
2138/15 2160/7
2160/13 2160/15
2160/20 2160/24
2177/12 2186/25
2188/25
sessions [2]  2181/17
2183/16
set [23]  2137/6 2137/9
2151/17 2151/21
2151/25 2152/14
2154/21 2155/16
2155/20 2155/23
2155/24 2155/25
2157/23 2158/25
2169/5 2170/14
2172/15 2173/14
2173/19 2174/17
2174/22 2174/24
2175/2
sets [1]  2158/10
setting [19]  2138/1
2143/14 2149/19
2149/22 2152/9
2152/11 2152/11
2152/12 2152/25
2154/24 2156/5
2158/15 2158/21
2159/3 2170/17
2174/3 2174/5
2174/22 2174/24
settings [8]  2149/19
2151/25 2170/6
2170/11 2171/3

2174/13 2175/10
2175/20
setup [2]  2150/15
2154/10
share [4]  2136/8
2136/14 2136/19
2157/6
shared [1]  2187/11
sharing [4]  2171/18
2171/20 2172/9
2172/14
sheet [1]  2161/16
shopping [4]  2146/5
2146/16 2148/5
2153/15
short [2]  2156/17
2189/14
shortly [1]  2185/3
show [3]  2145/7
2158/4 2173/3
shown [2]  2158/22
2170/7
shows [1]  2148/1
side [1]  2176/15
significantly [2]
2136/17 2181/22
Similar [1]  2148/9
simply [3]  2157/14
2175/8 2188/23
single [1]  2156/15
Siri [1]  2164/24
site [3]  2142/4 2142/12
2142/21
sites [4]  2142/7
2143/12 2150/25
2151/2
sitting [4]  2139/3
2139/25 2140/1
2162/20
situation [1]  2182/21
slide [6]  2145/24
2146/3 2146/20
2146/23 2147/9
2154/18
smaller [1]  2168/2
smartphone [1]
2154/19
social [1]  2168/13
software [1]  2149/13
solemnly [1]  2163/14
somebody [2]  2153/15
2159/24
somehow [1]  2183/4
someone [3]  2153/10
2156/6 2170/4
sometime [1]  2182/16
sometimes [1]  2168/25
soon [2]  2136/3
2172/1
sorry [8]  2146/8
2146/10 2152/6
2152/10 2153/5
2164/10 2180/13
2185/17
sort [10]  2141/15
2148/20 2148/23
2150/1 2151/5

2161/18 2162/18
2175/7 2177/13
2180/14
sorts [1]  2149/18
sounds [1]  2153/7
source [1]  2144/9
South [1]  2133/20
space [1]  2167/21
Spain [1]  2137/17
speak [1]  2164/11
speaking [1]  2187/4
specialized [3]
2168/23 2169/2
2169/3
specific [1]  2181/17
specifically [1]  2178/3
specifying [1]  2140/8
spell [1]  2163/22
spend [2]  2157/9
2166/23
stalemate [1]  2177/13
stand [2]  2159/23
2163/13
start [7]  2146/2
2159/24 2160/10
2160/12 2160/24
2167/1 2189/13
started [5]  2136/2
2159/17 2161/21
2165/17 2176/25
startup [3]  2165/17
2165/19 2165/22
state [6]  2133/22
2134/2 2134/6 2134/7
2163/22 2181/7
states [20]  2133/1
2133/3 2133/11
2136/8 2136/21
2146/16 2159/10
2159/11 2167/23
2175/2 2176/22
2179/22 2179/22
2181/18 2181/19
2181/20 2181/25
2185/11 2185/11
2185/14
step [3]  2170/6 2170/9
2170/13
steps [1]  2154/16
STEVEN [2]  2134/2
2181/6
still [2]  2173/21
2175/14
Store [2]  2151/16
2154/20
strategy [3]  2164/5
2164/14 2164/23
Street [3]  2133/14
2133/17 2133/20
strike [1]  2183/5
strong [1]  2164/18
studies [1]  2156/21
stuff [2]  2160/21
2161/15
subject [2]  2142/3
2160/19
subjects [6]  2160/20

2162/0 2178/2
2178/6 2178/11
2178/12
submit [2]  2187/21
2188/2
subset [1]  2148/17
substance [1]  2179/2
substantially [1]
2148/14
subtle [1]  2156/10
suggested [2]  2186/17
2188/24
Suite [2]  2133/20
2133/23
summary [1]  2159/14
Sundar [1]  2165/14
supposed [1]  2189/13
sure [19]  2136/15
2136/22 2155/22
2159/15 2162/5
2162/23 2163/7
2164/13 2169/8
2172/22 2174/2
2177/8 2178/14
2178/20 2179/5
2179/15 2181/2
2182/20 2185/19
surprised [1]  2161/25
surrounding [1]  2160/1
survey [9]  2139/1
2139/1 2139/25
2140/18 2141/3
2141/7 2141/12
2149/2 2158/3
surveys [6]  2138/20
2138/23 2140/21
2140/25 2141/2
2149/18
SW [1]  2134/11
swear [1]  2163/14
swipe [1]  2154/9
switch [1]  2150/16
syndication [1]
2145/16
synergy [1]  2150/19
system [5]  2152/16
2154/24 2156/5
2159/3 2173/6

**T**

tailored [1]  2141/20
taker [1]  2141/12
talk [10]  2142/16
2161/18 2176/1
2177/10 2177/15
2178/2 2178/14
2178/21 2179/17
2189/7
talked [2]  2157/20
2174/13
talking [6]  2143/2
2143/3 2173/4
2178/16 2180/21
2186/3
talks [1]  2182/24
target [1]  2148/21
targeted [3]  2141/19

2142/8 2142/13
targeting [1]  2150/1
technologies [2]
2147/22 2165/19
technology [3]  2143/16
2147/6 2159/16
Ted [1]  2186/23
telecast [1]  2183/8
Tellme [1]  2165/20
term [5]  2136/20
2143/5 2143/10
2168/23 2169/1
terms [7]  2142/21
2161/3 2179/8
2179/19 2180/6
2181/16 2183/6
terrific [2]  2177/10
2179/7
testified [3]  2138/19
2155/12 2187/7
testify [1]  2182/5
testimony [17]  2139/3
2139/12 2148/16
2159/19 2163/15
2166/18 2166/24
2176/6 2178/8
2178/22 2178/24
2179/2 2180/22
2181/1 2182/4 2184/2
2187/10
Thanks [1]  2189/19
theoretically [1]  2163/9
theses [1]  2162/14
thespruce.com [1]
2147/11
thinking [2]  2141/8
2159/25
third [7]  2142/19
2148/25 2151/20
2158/18 2170/13
2183/4 2188/22
third-party [1]  2142/19
though [4]  2142/18
2143/20 2144/13
2171/22
thought [5]  2159/23
2161/1 2163/9 2175/5
2186/25
thoughts [1]  2180/9
thousand [1]  2141/5
three [4]  2148/5
2148/12 2166/25
2184/1
TikTok [2]  2168/18
2168/20
Tim [1]  2164/8
times [2]  2150/10
2150/14
timing [2]  2176/3
2176/12
Timothy [1]  2164/17
title [4]  2164/6 2164/10
2164/13 2165/4
today [12]  2136/7
2136/14 2138/11
2138/19 2139/3
2140/1 2140/21

**T**

today... [5] 2148/4
2148/16 2159/19
2166/18 2166/24
toggle [1] 2148/8
told [3] 2162/2 2163/7
2163/8
tomorrow [10] 2160/10
2176/1 2176/2
2176/14 2176/21
2177/4 2177/9
2177/19 2180/3
2189/12
tonight [1] 2179/25
took [2] 2184/11
2184/17
tool [1] 2167/3
top [5] 2137/24 2148/5
2148/12 2158/11
2165/11
totally [1] 2140/4
touch [1] 2178/6
track [5] 2138/17
2139/6 2139/15
2141/8 2149/19
tracked [1] 2139/17
tracker [10] 2143/4
2143/7 2143/9
2143/12 2143/13
2143/15 2144/1
2144/9 2145/12
2149/9
trackers [7] 2143/19
2143/20 2144/2
2144/7 2144/13
2144/14 2144/23
tracking [3] 2141/15
2141/18 2142/6
trade [3] 2186/5
2186/11 2186/19
training [4] 2187/15
2187/15 2187/16
2187/16
transcript [11] 2133/10
2185/4 2185/6
2185/13 2185/21
2185/24 2186/2
2188/3 2188/9 2189/5
2190/4
transcripts [3] 2182/6
2185/15 2188/13
trial [4] 2133/10
2180/25 2185/13
2185/15
triangulate [1] 2149/6
tried [2] 2141/10
2184/11
true [4] 2136/24
2172/18 2187/7
2190/4
truth [5] 2163/16
2163/16 2163/16
2187/18 2187/19
try [4] 2141/11
2142/24 2158/16
2177/24
trying [4] 2153/9

2155/25 2170/5
2177/23
Turning [1] 2146/20
tussle [1] 2161/21
two [13] 2136/10
2136/18 2137/1
2146/23 2160/20
2161/7 2161/8
2162/14 2162/15
2174/6 2175/13
2181/12 2188/8
two and [1] 2136/18
Tyler [1] 2133/22
type [6] 2149/17
2149/19 2151/3
2171/1 2175/11
2186/6
typical [1] 2141/11
typically [5] 2141/5
2142/24 2142/25
2154/1 2168/11

**U**

U.S [13] 2133/14
2133/17 2133/19
2134/24 2146/25
2147/14 2150/8
2156/25 2157/11
2157/12 2157/14
2169/19 2171/24
UK [1] 2137/17
ultimately [1] 2158/18
umbrella [1] 2143/10
under [2] 2183/19
2183/22
undergrad [1] 2159/15
understood [3]
2162/18 2178/11
2179/6
Unfortunately [1]
2188/16
UNITED [13] 2133/1
2133/3 2133/11
2136/8 2136/21
2146/16 2167/23
2175/2 2179/22
2179/22 2185/11
2185/11 2185/13
unpaid [1] 2147/10
unseal [1] 2185/12
unsealing [1] 2185/4
up [21] 2136/18
2137/9 2145/22
2151/13 2152/15
2153/11 2156/1
2156/18 2157/1
2157/15 2157/23
2159/23 2160/14
2162/14 2162/24
2164/11 2169/23
2173/3 2174/12
2179/24 2184/23
update [1] 2180/3
updates [1] 2173/12
UPX38 [2] 2185/12
2185/14
URL [3] 2171/1 2171/9

2171/10
use [9] 2139/21
2142/15 2142/25
2151/1 2153/8 2167/3
2167/5 2169/24
2187/13
used [7] 2137/15
2137/21 2138/2
2141/22 2149/4
2169/14 2172/3
user [21] 2138/24
2140/12 2142/2
2142/3 2142/12
2142/21 2146/5
2146/21 2147/9
2149/21 2151/5
2151/15 2151/17
2151/24 2152/18
2153/21 2154/6
2154/12 2154/19
2154/21 2155/1
user's [3] 2141/16
2141/19 2152/20
users [18] 2137/10
2138/15 2139/5
2139/14 2140/2
2140/9 2140/14
2145/18 2151/1
2155/16 2155/20
2157/21 2158/14
2167/8 2167/11
2169/20 2170/25
2171/10
uses [1] 2138/24
using [12] 2136/12
2136/13 2136/19
2139/19 2142/10
2142/14 2142/20
2148/18 2151/2
2163/2 2167/4
2169/11
uttered [1] 2187/15

**V**

validity [1] 2186/10
variable [2] 2136/23
2136/25
varies [1] 2136/17
vast [1] 2137/20
verbal [1] 2180/1
versions [2] 2141/10
2149/4
versus [4] 2139/22
2139/22 2139/22
2173/15
vertical [1] 2168/25
vetted [1] 2161/1
view [6] 2137/9
2150/13 2181/4
2181/7 2183/2
2184/12
views [1] 2182/20
visit [1] 2142/7
visits [1] 2142/12
voice [1] 2164/11

**W**

waiting [1] 2162/20

waiver [1] 2162/12
Washington [5] 2133/5
2133/15 2133/18
2134/12 2134/25
watching [1] 2182/1
way [11] 2137/9
2143/23 2152/12
2155/16 2156/3
2156/5 2156/11
2157/8 2157/22
2157/23 2183/2
ways [4] 2141/3
2149/6 2155/19
2178/8
web [24] 2142/2
2143/16 2143/18
2147/19 2149/9
2150/4 2150/23
2167/4 2167/5 2167/5
2167/9 2167/12
2167/18 2167/20
2167/21 2168/10
2168/16 2168/18
2169/13 2169/14
2169/15 2169/16
2172/22 2180/7
Webb [1] 2133/22
webinar [2] 2180/7
2183/2
weblinks [3] 2147/11
2147/14 2147/18
website [2] 2159/5
2168/9
websites [2] 2142/6
2168/5
week [2] 2173/11
2177/3
WEINBERG [13]
2135/3 2136/4 2136/6
2139/13 2140/24
2145/4 2146/6
2146/15 2153/21
2155/6 2155/9
2155/11 2159/9
welcome [1] 2163/18
well-designed [2]
2156/24 2157/17
weren't [1] 2184/12
what a [1] 2167/1
what they [1] 2177/16
what's [3] 2143/9
2161/5 2164/4
when did [1] 2164/9
Who's [1] 2160/4
whole [3] 2159/1
2163/16 2178/10
widely [1] 2166/6
WILLIAM [1] 2133/22
Williams [2] 2134/11
2186/24
willing [1] 2184/12
within [1] 2152/22
without [5] 2138/14
2145/9 2161/18
2162/12 2178/9
witness [16] 2135/2
2146/15 2159/22

2160/1 2160/4
2160/11 2176/11
2180/21 2181/1
2184/3 2185/14
2186/25 2187/6
2187/7 2187/11
2187/20
witnesses [1] 2178/20
2182/2 2182/4 2182/6
2182/12 2182/13
word [1] 2167/5
words [6] 2158/2
2184/14 2186/18
2186/19 2187/23
2187/25
work [6] 2164/2 2164/3
2164/25 2165/2
2165/16 2177/19
worked [1] 2165/1
working [2] 2166/1
2179/23
works [2] 2154/8
2158/1
world [1] 2158/4
worldwide [1] 2167/4
2167/5 2168/10
2168/16 2168/18
2169/14
writ [1] 2140/16
write [2] 2141/2
2185/17
writing [1] 2141/2
written [1] 2180/2
wrong [1] 2155/15
wrote [1] 2187/6

**Y**

Yahoo [2] 2168/2
2169/21
year [2] 2172/7
years [3] 2150/6
2157/25 2165/3
Yelp [1] 2169/7
yesterday [4] 2180/6
2185/21 2186/4
2186/13
yesterday's [1]
2185/13
York [1] 2133/24
you.com [1] 2168/3

**Z**

Zack [1] 2143/25