IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, ET AL.,  )
                                   )
          Plaintiffs,              )
                                   )        CV No. 20-3010
       vs.                         )        Washington, D.C.
                                   )        September 26, 2023
GOOGLE LLC,                        )        9:29 a.m.
                                   )
          Defendant.               )        Day 10
_____)        Morning Session


TRANSCRIPT OF BENCH TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

```
APPEARANCES:

For DOJ Plaintiffs:          Kenneth M. Dintzer
                             U.S. DEPARTMENT OF JUSTICE
                             1100 L Street, NW
                             Washington, D.C.
                             (202) 307-0340
                             Email:
                             kenneth.dintzer2@usdoj.gov

                             Meagan Kara Bellshaw
                             U.S. DEPARTMENT OF JUSTICE
                             Antitrust Division
                             450 5th Street NW
                             Washington, D.C. 20530
                             (202) 445-8082
                             Email:
                             meagan.bellshaw@usdoj.gov

For Plaintiff
State of Colorado:           Jonathan Bruce Sallet
                             COLORADO DEPARTMENT OF LAW
                             Consumer Protection Section,
                             Antitrust Unit
                             Ralph L. Carr
                             Colorado Judicial Center
                             1300 Broadway
                             Suite 7th Floor
                             Denver, CO 80203
                             (720) 508-6000
                             Email: jon.sallet@coag.gov

                             William F. Cavanaugh, Jr.
                             PATTERSON BELKNAP
                             WEBB & TYLER LLP
                             1133 Avenue of the Americas
                             Suite 2200
                             New York, NY 10036-6710
                             (212) 335-2793
                             Email: wfcavanaugh@pbwt.com
```

APPEARANCES CONTINUED:

For Defendant Google:          John E. Schmidtlein
                               Kenneth Charles Smurzynski
                               WILLIAMS & CONNOLLY LLP
                               725 12th St., NW
                               Washington, D.C. 20005
                               (202) 434-5000
                               Email: jschmidtlein@wc.com


Court Reporter:                William P. Zaremba
                               Registered Merit Reporter
                               Certified Realtime Reporter
                               Official Court Reporter
                               E. Barrett Prettyman CH
                               333 Constitution Avenue, NW
                               Washington, D.C. 20001
                               (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
                             - - -

                        WITNESS INDEX

                             - - -

WITNESSES           DIRECT CROSS REDIRECT RECROSS

PLAINTIFF's:

EDDY CUE             2449
EDDY CUE             2543
                             - - -

                     INDEX OF EXHIBITS

                             - - -


PLAINTIFF'S                                ADMITTED

 UPX4001                                     2460

 UPX790                                      2479

 UPX8105                                     2485

 UPX586                                      2502

 UPX626                                      2532
```



1          P R O C E E D I N G S

2        (Sealed closed proceedings)













2424













2430







2433



2434





2436





2438





2440



2441



2442





2444









1

2

3

4

5

6

7

8

9      (Open court)

10      THE COURT:  All right.

11      Just so there's no confusion about the reason

12  we're starting at a little bit later than we usually do, we

13  did have a closed session this morning to discuss the

14  parties' filings last night and then aspects of Mr. Cue's

15  testimony that may raise confidentiality issues.  We have

16  reached some agreement as to what the parameters of his

17  testimony will be and as to what terms can be discussed in

18  open court, all in an effort to promote, to the extent that

19  is reasonable, ensuring that Mr. Cue's testimony will be

20  done in open court, all right?

21      MS. BELLSHAW:  Thank you, Your Honor.  Meagan

22  Bellshaw for the United States, and we call Mr. Eduardo Cue

23  as our next witness.

24      COURTROOM DEPUTY:  Before you have a seat, can you

25  please raise your right hand.

```
 1                    (Witness is placed under oath.)

 2               COURTROOM DEPUTY:  Thank you.

 3               THE COURT:  Hi, Mr. Cue.

 4               THE WITNESS:  Hello, Your Honor.

 5               THE COURT:  Nice to meet you, and welcome.

 6               THE WITNESS:  Thank you, Your Honor.

 7               THE COURT:  Ms. Bellshaw, whenever you're ready to

 8   go.

 9               MS. BELLSHAW:  Thank you, Your Honor.

10                         - - -

11   EDDY CUE, WITNESS FOR THE PLAINTIFF, SWORN

12                    DIRECT EXAMINATION

13                         - - -

14   BY MS. BELLSHAW:

15        Q    Good morning, Mr. Cue.

16             Would you please state and spell your name for the

17   record.

18        A    Eddy Cue.  It's spelled E-d-d-y.  Last name is

19   spelled C-u-e.

20        Q    Mr. Cue, my name is Meagan Bellshaw, and I

21   represent the United States in this matter.  We met once

22   before at your deposition.

23             We have some binders that I'm going to pass up to

24   you.

25               MS. BELLSHAW:  Your Honor, may we approach?
```

2450

1          THE COURT:  Sure.

2    BY MS. BELLSHAW:

3      Q    Mr. Cue, what is your current position?

4      A    I'm the senior vice president of services at

5    Apple.

6      Q    And what are your responsibilities as the senior

7    vice president of services at Apple?

8      A    I run a lot of the applications and services that

9    are provided on our Apple hardware, things from iCloud to

10   Apple TV to music to maps, to applications like Notes,

11   Reminders, iMovie, a variety of things like that.

12     Q    And how long have you been in that role?

13     A    Well, the role has expanded, but I've been running

14   services at Apple for, oh, I don't know, probably 15 years,

15   something like that.

16     Q    And who do you report to?

17     A    I report to Tim Cook, the CEO of Apple.

18     Q    And how long have you worked at Apple?

19     A    Just over -- well, almost 35 years.  It will be

20   35 years at the end of the year.

21     Q    Mr. Cue, you're familiar -- are you familiar with

22   the information services agreement between Google and Apple?

23     A    I am.

24     Q    Is that also known as the ISA?

25     A    That's correct.

2451

1        Q    When did Apple and Google sign the first ISA?

2        A    I believe it was back in 2002.

3        Q    Did you play any role in negotiating the first ISA

4    in 2002?

5        A    I did not.

6        Q    Did you have any role approving the first ISA in

7    2002?

8        A    I did not.

9        Q    Have Apple and Google ever amended or extended the

10   original ISA?

11       A    We have several times.

12       Q    And before 2015, did you play any role in

13   negotiating or approving those ISA amendments?

14       A    I did not.

15       Q    Did Google and Apple amend the ISA in 2016?

16       A    We did.

17       Q    And were you the lead negotiator for Apple in

18   connection with that amendment?

19       A    That's correct.

20       Q    Who was your Google counterpart in those

21   negotiations?

22       A    The CEO of Google, Sundar.

23       Q    Is that Sundar Pichai?

24       A    That's correct.

25       Q    How long did your negotiations over the 2016 ISA

1    take place?

2        A    I think it was roughly a year.

3        Q    And then the amendment was finalized and signed in

4    2016?

5        A    That's correct.

6        Q    Under the ISA, does Apple agree to set Google as

7    Safari's default search engine?

8        A    That's correct, we do.

9        Q    Which Apple devices does the ISA apply to?

10       A    All Apple devices where we have a browser or

11   browser-like technology for searching.

12       Q    Without getting into any specific figures, does

13   Google earn ad revenue from searches generated on Apple

14   devices?

15       A    They do.

16       Q    And under the ISA, does Google split with Apple a

17   percentage of that revenue?

18       A    That's correct, after they recover their costs.

19   So it's a net revenue, not a gross revenue.

20       Q    Thank you.

21            So when Google makes more money in ad revenue on

22   Apple devices, Apple also makes more money?

23       A    That's fair.

24       Q    Mr. Cue, we're not going to put anything on the

25   screen right now, I understand that we're having some

1    difficulty with the screens, but I would just like you to

2    look in your binder at the tab JX33.

3              And, Your Honor, JX33 is in evidence.

4              Mr. Cue, are you there?

5    A    I am.

6              Just looking through to make sure I see which one

7    it is, but yes.

8    Q    Is JX33 the 2016 amendment to the ISA?

9    A    It is.

10   Q    And did you sign JX33 for Apple?

11   A    I did.

12   Q    Apple and Google extended the ISA in JX33 after

13   the 2016 amendment; is that right?

14   A    You mean we extended it another time after?

15   Q    Yes.

16   A    That's correct.

17   Q    When was that extension?

18   A    I believe it was 2020.  I don't remember the exact

19   date but --

20   Q    Was it 2021?

21   A    It might have been, yeah.

22   Q    And without telling me any of the exact dates, is

23   it fair to say that the 2021 amendment extended the

24   termination dates that are set out in the 2016 amendment?

25   A    That's correct, the amendment was just an

1    extension of the dates, nothing else.

2        Q    So other than some dates, the terms reflected in

3    JX33 are still the operative terms of the agreement between

4    Google and Apple?

5        A    That's correct.

6        Q    Mr. Cue, I'd like to direct your attention to

7    Section 1A of JX33, and, again, it's just in your binder.

8            Is this the provision that requires Apple to set

9    Google as the Safari default search provider?

10       A    That's correct.

11       Q    Is Apple's web browser software the Safari

12   browser?

13       A    It is.

14       Q    Does Apple preload Safari on its mobile devices

15   and personal computers?

16       A    We do.

17       Q    Does Apple have any web browsers other than

18   Safari?

19       A    We do not.

20       Q    Assuming for a moment that Apple chose to develop

21   a second browser, if Apple loaded a second browser onto its

22   devices, is it your understanding that the ISA would apply

23   to Apple's second browser?

24       A    I think so, but it's not something we've ever

25   thought about or considered.

1      Q    Do you know what a third-party browser is, like

2   Firefox?

3      A    Yes, I do.

4      Q    Other than Safari, does Apple preload any

5   third-party browsers on its devices?

6      A    We don't preload any third-party apps, including

7   browsers.  We made a decision very early on from the

8   beginning of the iPhone that we were not going to preload

9   third-party software for two reasons.  One, it's extremely

10  easy to download new browsers or new applications of any

11  kind from our app store, so we have an app store that comes

12  preloaded with the iPhone so customers can very easily

13  download anything.

14        And, secondly, we wanted to make sure that any

15  software that came on our phone was something we wrote so we

16  knew the source code, we knew what the software exactly did,

17  and we didn't want to create any kind of bloatware, which is

18  a term that's very common with other manufacturers where

19  they put a bunch of software in there that customers don't

20  really want.

21        And so we don't preload any third-party software,

22  including browsers.

23      Q    And this is probably implicit in your answer, but

24  Apple doesn't preinstall Chrome on its devices, the Google

25  browser?

1     A     That's correct.  It's available on The App Store.

2     Q     And Apple doesn't preinstall the Google Search

3   application on its devices?

4     A     Again, we don't preload any third-party

5   application on our devices.

6     Q     And does Apple plan to preload any third-party

7   applications on its devices?

8     A     No.

9           As I've said, from the very beginning, we haven't

10  done it, and I don't see any scenario in which we would.

11    Q     So Google --

12    A     And I'm speaking specifically to the iPhone.

13          Early on we did this on the Mac before the iPhone

14  and we learned it wasn't the best experience, and we don't

15  do it on the Mac either anymore.

16    Q     So is Google the only preset default search engine

17  on Apple devices?

18    A     Well, you can only have one default so, yes,

19  Google is the default search engine on Safari.

20    Q     You mentioned bloatware earlier.  What did you

21  mean by bloatware?

22    A     On most other devices from other manufacturers,

23  they tend to get paid to put software on their devices, and

24  they load them up with a bunch of applications, generally

25  because of money, not because of any other reason.  So when

1    a customer buys a new device, it comes with a bunch of stuff

2    they don't even really know what the heck is it is and

3    customers don't really like that at.

4           And so one of the things that we love about Apple

5    products is they're very clean, very simple to use.  When

6    they come right out of the box, they work.  And there's

7    nothing like that.  It's worked very effectively.  Our

8    customers really like that.

9    Q    Turning to your negotiations with Mr. Pichai over

10   the 2016 amendment, going into those negotiations, and

11   without saying any specific numbers, was one of Apple's

12   goals to increase the percentage of revenue share that it

13   received?

14   A    Yes.

15          We had a lot of different goals going into it, but

16   that was one of them, yes.

17   Q    One of Apple's goals is to be paid more money,

18   right?

19   A    Well, one of our goals was to increase the

20   rev share back to what it was originally with the agreement.

21   We felt we deserved to get a higher rate than we were

22   getting, and so that was certainly one of my goals.

23   Q    And you wanted to be -- you were asking for a

24   higher revenue share because you wanted Apple to be paid

25   more money; is that fair?

1      A    Well, ultimately, yes, we would make more money.

2   But, again, as I said, it was a -- I thought it was the

3   right thing and the fair thing for us.  We had negotiated

4   and built this technology and had done all this early work

5   that Google was getting the benefits of, and we deserved a

6   higher rev share.

7      Q    Mr. Cue, I'm going to direct your attention to

8   UPX594, which is a tab in your binder, and then, if I may

9   approach, Your Honor, I'm going to pass out some Rosetta

10  Stones that we can use to facilitate this discussion.

11     A    And I apologize, what was the number again?

12     Q    594.

13          We are not going to put this on the screen because

14  we don't have the capability to add the redaction that we

15  discussed.

16     A    I see it.  Thank you.

17          THE COURT:  So do you want to admit it subject to

18  what we discussed earlier?

19          MS. BELLSHAW:  Your Honor, 594 has already been

20  admitted into evidence.

21          THE COURT:  It's already been admitted.  Okay.

22  Thank you.

23          MS. BELLSHAW:  May I approach?

24          THE COURT:  Counsel, feel free to just, you can

25  explain to Mr. Cue precisely what it is that you've handed

1   it out and the reason why we're doing it this way.

2          MS. BELLSHAW:  Yes, Your Honor.

3   BY MS. BELLSHAW:

4      Q   So, Mr. Cue, you've been handed a Rosetta Stone

5   that we have marked as UPX4001.

6          Apple and Google have asked to maintain the

7   confidentiality of certain percentages that you'll see in

8   your binder; they have a red square around them.  I'd ask

9   you not to say any of those percentages aloud.

10         If you look over to the Rosetta Stone that I've

11  handed you, you'll see that they correspond to the certain

12  letter.  I will use the letter in my questions, and I would

13  ask that you use the letter in your answer.

14     A   I understand.  Thank you.

15     Q   Thank you.

16         MS. BELLSHAW:  And, Your Honor, we would move to

17  admit UPX4001 as the Rosetta Stone.

18         THE COURT:  Okay.  It will be admitted.

19         It's a demonstrative.

20         MR. SCHMIDTLEIN:  Yeah, I mean, the only thing --

21  well, I'll -- regarding my questioning, there is a

22  percentage on this document that does not appear in this

23  document.

24         MS. BELLSHAW:  Yes, it appears in the next

25  document that we plan to ask him about.

1          MR. SCHMIDTLEIN:  Okay.

2                         (Plaintiffs' Exhibit UPX4001
                              received into evidence.)
3

4    BY MS. BELLSHAW:

5          Q    Mr. Cue, do you have UPX594 in front of you?

6          A    I do.

7          Q    Thank you.

8               Is UPX594 an email from you to Mr. Cook, dated

9    January 22nd, 2016?

10         A    It is.

11         Q    And, Mr. Cue, I just want to -- I'm not going to

12   ask you questions about this sentence, but there is one

13   sentence that has been redacted as a result of our

14   discussion with your counsel and the Court this morning.

15   It's the second-to-last sentence in your email to Mr. Cook.

16   I'm not going to ask you about it but I --

17         A    The one with the square?

18         Q    It doesn't have a square on it.

19         A    Okay.  Underlined?

20              Fine.  Let's -- ask me the question and then I'll

21   figure it out.

22         Q    If you have any questions, we can take this step

23   by step.

24         A    Okay.  I got it.

25         Q    Okay.

1          Do you see at the bottom of the email that

2    Mr. Cook asks how your meeting went?

3          A    I do.

4          Q    Is it your understanding that was a meeting with

5    Mr. Pichai?

6          A    That's correct.

7          Q    And was that meeting regarding the Google Search

8    contract?

9          A    That's correct.

10         Q    And the next email in the chain, is that your

11    response to Mr. Cook?

12         A    That's correct.

13         Q    And in your response, do you describe your meeting

14    with Mr. Pichai?

15         A    That's also correct.

16         Q    You write, "Good, except for the rev share.  Did

17    not come back with a specific number but said there was no

18    way he could make C percentage work."

19              Does "he" in that sentence refer to Mr. Pichai?

20         A    That's correct.

21         Q    Is the revenue share percentage, C, in that line,

22    the split that you sought in the negotiation?

23         A    That is correct.

24         Q    In the next sentence you write that Mr. Pichai

25    said, "I will pay you for everything so we should keep it at

1    A percentage."

2            Do you see that?

3        A    I do.

4        Q    What did you understand Mr. Pichai to mean by

5    this?

6            MR. SCHMIDTLEIN:  Your Honor, this is where

7    I think --

8            MS. BELLSHAW:  I'll rephrase to avoid the issue.

9            MR. SCHMIDTLEIN:  Thank you.

10   BY MS. BELLSHAW:

11       Q    Did you understand Mr. Pichai's position to be

12   that Google should pay Apple A percentage in the 2016

13   amendment?

14       A    Yes.

15           At this time, Sundar and myself were just starting

16   to get to know each other, we were just starting to discuss

17   this.  Neither of us had been responsible for these

18   agreements in the past.  And so I came into this wanting the

19   rev share to increase to C.

20           Not surprisingly, he came back saying he would

21   like to maintain it at A.  And so that's -- that was the

22   start of our negotiations and our positions.

23       Q    In the last sentence of your email you write,

24   "I told him that him and I," and "him" there is Mr. Pichai?

25       A    That's correct.

1    Q    So you told Mr. Pichai that you and he "need to

2    sit down alone next week and agree to the economic terms or

3    we shouldn't move forward."

4         By "economic terms," you were referring to the

5    revenue share percentage split between Apple and Google?

6    A    That's correct.

7    Q    And did you tell Mr. Pichai that if you and he

8    could not agree on a revenue share percentage split, Apple

9    and Google shouldn't move forward with the ISA?

10    A    I don't know the exact words that I told him at

11    the time, but basically my point was if we're trying to

12    re-negotiate the deal, which we were, him and I had to come

13    to an agreement.  And if we didn't, yeah, we wouldn't have

14    an agreement.

15    Q    The economics of the Google deal were important to

16    Apple; is that fair?

17    A    Yes, they were -- that was important, among other

18    things, that's correct.

19    Q    And the economics of the deal were important

20    enough that Apple was willing to walk away from the ISA if

21    Google wouldn't commit to certain economic terms?

22    A    You know, look, that never was tested.

23         My view, as I got into this agreement with Sundar,

24    was I always felt like it was in Google's best interest and

25    our best interest to get a deal done.  I thought we were a

1    great -- we provided great customers to Google, they did an

2    amazing job on the search engine side, and I always felt we

3    would come to an agreement.

4             So I didn't contemplate or spend a lot of time

5    worrying about not getting a deal done because I felt very

6    confident that I would be able to get a deal done with

7    Sundar.

8        Q    And if you weren't able to reach a deal on the

9    economic terms, you were willing to walk away from the ISA,

10   right?

11       A    I think -- again, you make this all about

12   economics.

13            The deal has a lot more to it than economics.

14   I think ultimately, you have to get a deal across

15   everything, not just economics.  Economics was an important

16   part, of course.

17            And so the question of what would have happened if

18   we hadn't gotten a deal; I don't know.  Like I said,

19   I didn't spend a lot of time thinking about it.

20            You know, I've been fairly clear that I didn't

21   think at the time, nor today, that there's anybody out there

22   who's anywhere near as good as Google at searching.  And so

23   certainly there wasn't a valid alternative that we could

24   have gone to at that time.

25            But what would we have done?  Would we have gone

1    off and -- I don't know.  I don't know what we would have

2    done in that case.  We could have built our own.  I don't

3    know what we would have done.

4         It's not something that we ever really truly

5    considered, investigated, or did.  My objective at this time

6    was to get a deal done, and I felt confident that I would be

7    able to do that.

8    Q    And, Mr. Cue, I'm going to ask you to focus just

9    on the question that I'm asking you.

10        You told Mr. -- you reported to Mr. Cook that you

11   had told Mr. Pichai that if you couldn't agree on the

12   economic terms of the deal, that Apple should walk away from

13   the ISA, correct?

14   A    Again, if we couldn't agree on the deal, economic

15   terms or something else, then ultimately, you have -- it's

16   not a walk away, there's no deal.  So, yes.

17   Q    Apple wanted to get paid its fair share under

18   the ISA?

19   A    Yeah, I agree with that.

20   Q    Again, without saying specific percentages,

21   ultimately were Google and Apple able to agree on the amount

22   of revenue share that Apple would receive under the ISA?

23   A    We were.

24   Q    And then if you look at your Rosetta Stone again,

25   did Google agree to pay Apple the percentage that is

1    reflected in Row B of the net revenue that Google earned

2    from the Safari default on Apple devices?

3         A    That's correct.

4         Q    Has Apple paid -- or has Google paid Apple the

5    percentage reflected in line B since this agreement was

6    signed in 2016?

7         A    That's correct.

8         Q    And that's the same percentage split that Google

9    pays Apple today?

10        A    That's correct.

11        Q    Does the ISA place any limitations on how Apple

12   uses its split of the Google revenue share?

13        A    No.  I mean, the money comes to Apple, and we can

14   do -- the money is just Apple's to decide how to use it.

15        Q    Are those payments designated for any specific use

16   within Apple?

17        A    No, they're not.

18        Q    Mr. Cue, is it your understanding that under the

19   ISA, Apple has agreed to use Google Search in Safari in a

20   manner that remains substantially similar to the way that it

21   was used at the time the -- JX33 was executed in 2016?

22        A    Sorry, repeat the question again.

23        Q    Sure.

24             Is it your understanding that Apple has agreed,

25   under the ISA, to continue to use Google's search services

1    in Safari in a manner that remains substantially similar to

2    its use as of the execution date of the 2016 amendment?

3         A    Yes, I think we've been doing this since 2002.  It

4    hasn't changed at all.  So, yes, it's substantially the same

5    since 2002.

6         Q    Mr. Cue, as you sit here today, is it your

7    understanding that you have a contractual obligation to

8    support and defend the ISA agreement in connection with

9    government actions?

10        A    There's a statement in the agreement that I know

11   is in there, it was put there by our legal counsel and their

12   legal counsel.  I don't know a whole lot about that.  I know

13   the requests came from Google at the time.  They were under

14   some level of investigation by the EU, and they mentioned

15   that and said that they would like that in there.  Our legal

16   counsel said it was fine, so I didn't have a problem with

17   it.

18        Q    And, Mr. Cue, as you sit here today, Apple has a

19   corporate obligation to support and defend the ISA agreement

20   in connection with government actions?

21        A    That's a question from a lawyer to answer.

22   I don't know the answer to that.  I'm not here because of

23   that, I can say that.  I'm here to defend it based on my

24   knowledge of it.

25        Q    And, Mr. Cue, I'm not asking for conversations

1    you've had with your lawyers, just your understanding of the

2    ISA.

3            Is it your understanding, as you sit here today,

4    that Apple has a corporate obligation to support and defend

5    the ISA agreement in connection with government actions?

6    A    Again, I don't have the agreement in front of me.

7    If you put the words, I would say whatever the words are are

8    accurate, I don't have a problem with it, but I don't know

9    exactly what that means from a legal point of view.

10   Q    At the time you entered into the 2016 amendment,

11   the parties were aware that this agreement could be the

12   subject of an action by government regulators?

13   A    Again, the only discussion that I was aware of was

14   related to this EU thing and I don't know anything more

15   about it.

16   Q    Is it your understanding that the parties can

17   choose to terminate the agreement if it is the subject of a

18   lawsuit or enforcement proceeding by a regulatory authority?

19           MR. SUNSHINE:  Your Honor, objection.  We are

20   going beyond what we talked about this morning and getting

21   into privileged areas.  And if perhaps DOJ couches the

22   questions in terms of, you have a knowledge or understanding

23   beyond what the lawyers told him, maybe.  But I think we've

24   seen the limits of this witness's knowledge.

25           THE COURT:  Well, I think where we left it was

2469

1   that you would ask Mr. Cue generally whether he had an

2   understanding that the parties had certain options in the

3   event of government action and see where it went from there.

4           MS. BELLSHAW:  Okay.

5   BY MS. BELLSHAW:

6       Q    Mr. Cue, is it your understanding sitting here

7   today that Google and Apple have certain options as set

8   forth in the ISA as to steps they can take if the ISA is

9   challenged or held unenforceable by a government authority

10  or a court?

11      A    As I said earlier -- and you can show me the

12  language, I'm sure -- whatever language is in there related

13  to that, there was something there, I don't recall exactly

14  what it is, I didn't negotiate that language, that was done

15  by our counsel -- our General Counsel and Google's, so I

16  would let them answer what exactly it means.

17          MS. BELLSHAW:  If I have more specific questions

18  for Mr. Cue about the provisions, should I ask them in --

19          THE COURT:  You can show him the document and see

20  if it refreshes his memory about his understanding about

21  what the provision is.  And then if there are specifics that

22  we talked about earlier, then we can do that in a closed

23  session.

24          MS. BELLSHAW:  Okay.

25

1  BY MS. BELLSHAW:

2      Q    Mr. Cue, would you please turn to JX33 again in

3  your binder.

4           Section 9 of the agreement, which is on page 9,

5  ending in 6801.

6           If you would like to take a moment to look at it.

7      A    I've looked at it.

8      Q    Does this refresh your recollection that under the

9  ISA, Google and Apple have agreed that the parties can take

10 certain steps should the ISA be challenged or held

11 unenforceable by a regulatory authority or a court?

12     A    Again, what I recall about this is the same thing

13 I said before.  Google had stated some level of

14 investigation of some kind in the EU.  I didn't understand

15 what that was.

16          And then this language and these areas that were

17 put in here were done by both counsels related to that.

18 I did not care one way or the other, wasn't my thing, our

19 General Counsel said it was fine, and so I was fine with it

20 from that viewpoint.

21          I assumed that always related to the EU

22 investigation that they talked about.

23     Q    You can set that aside, Mr. Cue.

24          What is a choice screen in the context of a

25 smartphone?

1      A    I don't -- I mean, there's --

2           THE COURT:  Be more specific, Counsel.

3           THE WITNESS:  Yeah.

4   BY MS. BELLSHAW:

5      Q    Does Apple make -- do Apple users make some

6   choices to set up their phones right out of the box?

7      A    Oh, they do.

8           MS. BELLSHAW:  I'd like to pass out a

9   demonstrative.

10          May we approach, Your Honor?

11          THE WITNESS:  Thank you.

12  BY MS. BELLSHAW:

13     Q    I think it should also be on your screen, Mr. Cue.

14     A    It is now.

15     Q    I've handed you what has been marked as UPXD009.

16  This is the United States Demonstrative 9.

17     A    It's very bad resolution on the screen.  We need a

18  Mac.

19          THE COURT:  If Apple would like to make

20  contributions to the judiciary, we'd welcome it.

21  BY MS. BELLSHAW:

22     Q    Mr. Cue, I will represent that we took these

23  images from various support pages on Apple's website.

24          When you start at the left looking at the image on

25  UPXD009, when setting up a new iPhone out of the box, are

2472

1    users presented with a choice about the appearance of their

2    iPhone?

3        A    Yeah, that's correct.

4            When you take a device out of the box, if you

5    think about it, our customers are very excited about getting

6    their phone and getting it up and running and working fast,

7    right.  You just spent a significant amount of money, it's a

8    device you use every day.  And so we try to get them up and

9    running as quickly as possible.  And so the more choices or

10   the more options that you get, it frustrates customers.  So

11   we've spent a great deal of time and effort to minimize the

12   number of questions that we ask.  And we look at those by

13   what do we think are the most critical things that a

14   customer really needs to know at that point in time.

15           And we thought appearance being whether you want

16   to be in a -- what we call the size of the text in the

17   phone, because obviously some people wear glasses, others

18   don't, it's something that we get a lot of requests for

19   people when they're setting up their phones, they want their

20   fonts to be bigger.  And so we provide this capability when

21   you're setting up your phone.

22       Q    So Apple presents users with options and then asks

23   them to select the text size and appearance of the icons on

24   their phones; is that fair?

25       A    That's correct.

2473

1    Q    And then if you would look at the middle image on

2   UPXD009, the first time a user opens the maps app, are they

3   given a choice about whether to allow maps to use their

4   location?

5    A    Yes, but I don't think what you're seeing in the

6   second one is a choice screen around it.  We provide choices

7   at the beginning.  What I see here in the middle, and

8   certainly the next one, are all about privacy decisions that

9   a customer has to make.  And so they're appropriate to ask

10  at the time that they're using those applications.  They're

11  not appropriate to ask at another time.

12   Q    The first time that a user opens up the maps app,

13  Apple presents them with a screen that has three choices on

14  it, right?

15   A    Yes.  Again, I -- you started this by the word

16  "choice," and I just want to make clear, yes, we provide the

17  option for the customer to pick what level of privacy they

18  want in maps, that is correct.

19   Q    Right.

20        The user is offered, they can allow maps to use

21  their location once, they can use it while -- maps can use

22  their location while using the app, or they can choose not

23  to allow location tracking in apps -- maps; is that correct?

24   A    That's correct.

25   Q    And then if you look at the image all the way on

```
 1    the right in UPXD009, do you recognize that image?

 2         A    I do.

 3         Q    Is this the -- are you familiar with app tracking

 4    transparency?

 5         A    I am.

 6         Q    And what is app tracking transparency?

 7         A    We wanted to make sure that if an application was

 8    using the customer's data to be tracked across multiple

 9    applications or websites, that the customer was made aware

10    of them and the customer had a choice of whether to allow

11    that or not allow that.

12         Q    Do you believe that the privacy control afforded

13    by the app tracking transparency is in an Apple user's best

14    interests?

15         A    I do.

16         Q    And am I correct the way that it works is that

17    some applications ask to track users?

18         A    Well, it's, again, the app -- any application that

19    does this is required to prompt the user for this.  If the

20    application doesn't do that, then they're not required to

21    prompt.

22         Q    Can so if a user downloads a new app that is asked

23    to track them, they're presented with this screen on the

24    right in UPXD009 asking -- giving them the choice of whether

25    or not they'd like the app to track them; is that correct?
```

2475

1        A    Yeah, I think that's fair.

2        Q    And this screen appears for every new app the user

3   downloads that has asked to track the user the first time

4   they -- the user opens up the application; is that right?

5        A    That's not the only time.  It can be anytime that

6   an application makes a change, for example.  So it could be

7   an existing application that you already have on your phone.

8        Q    So when it's important, Apple does offer users

9   choices, not just right out of the box but as they use their

10  iPhone?

11       A    Look, if you're comparing this with picking search

12  engines for browsers, I think these are two very different

13  things, completely different things.  I think the appearance

14  one is how to set up a phone, the other one is around

15  privacy, which is a really important component to customers,

16  and we want customers to be aware of what those applications

17  are doing.

18            When we're picking search engines, we pick the

19  best one and we let the customer easily change them.  So

20  I have no problem with that.  I think we're doing the right

21  thing by customers.

22       Q    And, Mr. Cue, I'm simply asking that when Apple

23  thinks it's important, it does allow the user a choice, such

24  as the choice screens that we see in UPXD009?

25       A    We certainly make decisions on when to show these

1    options that you show here.

2        Q    And the ISA does not permit a choice screen for

3    Apple users to set their default search engine out of the

4    box, correct?

5        A    That's correct, it's not something we've ever

6    wanted.  We didn't ask for it in 2002, and it's not

7    something we wanted.  We think it's a mistake to ask the

8    customer something like that.

9            In both of these cases that you show here, it's

10    very clear to the customer what the choice is.  Do you want

11    maps to know your location?  Every customer in the world

12    understands that.

13            Being tracked, every customer pretty much in the

14    world understands that.

15            When you're picking a search engine, we have

16    choices in there that customers have never heard of.

17    DuckDuckGo is a very small one.

18            We have another one called Sconcierge, or

19    something like that.

20            They are -- and so you present a user with a

21    choice for something they don't even know.  We know what

22    happens.  Customers, they don't understand, they're afraid

23    of making the wrong choice.

24            So what we do is we make Google be the default

25    search engine because we've always thought it was the best

1    engine.  And then we make it really easy for customers to

2    switch if they'd like to switch.  And so that's worked

3    extremely well for our customers and we certainly believe

4    we've done the right thing for our customers.

5         Q    And, Mr. Cue, would you agree that the choice of a

6    search engine can affect a user's privacy?

7         A    Yes, to some level, it could, yes.

8         Q    Is the ISA limited to the United States or is it a

9    global agreement?

10        A    It's a global agreement.

11        Q    Under the ISA, can Apple set Google as the default

12   search engine internationally while using a different

13   default search provider in the United States?

14        A    Again, we -- in the agreements, over time, there

15   were certain countries where we found that either Google

16   wasn't the best one or there was another one that we thought

17   was very competitive, and so we carved those out in the

18   agreement.  I believe China was one of those, for example,

19   where we thought the Google search engine was not the best

20   one, and so we carved out the ability of us setting the

21   default there.

22             In the other countries, we felt very comfortable

23   that Google was by far the best one.  So there's no

24   carve-out for any other country other than, I think it's

25   the -- I believe it's China, Russia, and South Korea, if I'm

1    correct.

2        Q    And there's no carve-out for the United States?

3        A    There was no need to.

4        Q    So under the ISA, Apple can't set Google as the

5    search provider internationally and a different search

6    provider in the United States, right?

7        A    Again, yes, but it's not something we thought

8    about or needed.

9        Q    You mentioned earlier some of the different device

10   types that Apple sells, including Mac computers.  Under the

11   ISA, could Apple decide to send search queries from a Mac

12   computer to one search engine that is not Google, while

13   sending, you know, all search queries from iPhone to Google?

14       A    Again, just to be very clear, when we were doing

15   the deal with Google, we wanted the capabilities to provide

16   the best -- the best service, the best application, the best

17   thing for customers.  Google was the best one.  So when we

18   chose and did the deal, we picked it around the world.

19           We don't treat our customers differently around

20   the world.  We want them all to have the best experience.

21   And so in the countries where Google was providing the best

22   experience, we did that.  In the countries where they were

23   not, we did not do that.

24       Q    And it also applies to all devices, right?

25       A    Sure, because, I mean, from an Apple perspective,

```
 1   why would we give an inferior experience on a Mac versus a

 2   phone.  So we want to provide the best experience across all

 3   of our devices.

 4        Q    Mr. Cue, I'd like to direct your attention to

 5   UPX790 in your binder.

 6             Is UPX790 an email that you sent to Apple's CEO,

 7   Tim Cook, on January 10th, 2013?

 8        A    It is.

 9             MS. BELLSHAW:  And, Your Honor, we would move to

10   admit UPX790.

11             THE COURT:  All right.  790 will be admitted.

12             MR. SCHMIDTLEIN:  No objection.

13             THE COURT:  No objection?  All right.  Thank you.

14             790 is admitted.

15             MS. BELLSHAW:  Thank you, Your Honor.

16                                (Plaintiffs' Exhibit UPX790
                                    received into evidence.)
17   BY MS. BELLSHAW:

18        Q    The attachment to UPX790 is a slide deck on

19   privacy that you sent to Mr. Cook.

20             Do you see that?

21        A    I do.

22        Q    If you would please turn to page 2 of UPX790, it

23   ends in Bates number 3668.

24             There's a presentation titled "Competing on

25   Privacy."
```

1           Do you see that?

2      A    That's correct.

3      Q    Why did you send this deck to Mr. Cook?

4      A    I think Apple, back then in 2013 and ever since

5 Apple was started, was a company that led on privacy across

6 the board, and we thought we could compete based on the fact

7 that our devices were -- we respected users' privacy and we

8 did a lot to -- and continue to do a lot -- to make our

9 devices as private and secure as possible.

10     Q    If you would please turn to page 5 of UPX790,

11 ending in Bates number 3671.

12          Do you see a slide entitled "Privacy Timeline"?

13     A    I do.

14     Q    The last event on the top right is, "Google tracks

15 users in Safari against their permission, fined 22.5 million

16 by the FTC."

17          Do you see that?

18     A    I do.

19     Q    What do you understand that to refer to?

20     A    Again, I think it's -- they were tracking users

21 without asking or getting the permission from the users to

22 do that.

23          But I -- I don't know the exact thing, I did not

24 look through or see the exact details of it, that I can

25 recall.

1      Q    And were you aware of Google's 2012 settlement

2  with the FTC for tracking Apple users in Safari without

3  their permission when you were negotiating the amendments to

4  the ISA?

5      A    Yes, I was.

6           Again, I -- we've always thought that we've had

7  better privacy than Google, so that's not a -- I knew that,

8  but we'll talk about it as it relates to the ISA, I'm sure.

9      Q    If you would please turn to page 10 of UPX790,

10 it's the one ending in Bates number 3676.

11          It's a slide entitled "Our Competitors' Approach

12 to Privacy."

13          Do you see that?

14     A    I do.

15     Q    At a high level, does this section of the

16 presentation summarize Apple's view of its competitors'

17 approaches to privacy?

18     A    I think it has, yes, a lot of that, but I don't

19 know if it's -- certainly not comprehensive, but it has a

20 lot of it.

21     Q    And then just looking through, are pages 11

22 through 16 generally about Google?

23     A    They are.

24     Q    If you would please turn to the next page, page 11

25 of UPX790, ending in Bates number 3677.

1              There's a quote from Eric Schmidt, "Google's

2     policy is to get right up to the creepy line but not

3     cross it."

4              Do you see that?

5     A     I do.

6     Q     And who is Eric Schmidt?

7     A     I believe at the time, he was the CEO of Google.

8     Q     If you would turn to page 15.  It's the slide with

9     the heading, "Search Ads," ending in 3681 at the bottom.

10             What is this slide?

11    A     This is comparing what we do versus what Google

12    does for search and for ads.

13    Q     Does Apple believe that its approach to privacy

14    with respect to search and advertising is better than

15    Google's?

16    A     Yes, we do.

17             But, again, when we're comparing it here, let's be

18    clear about something.

19             When we did the deal with Google for search from

20    the very beginning, Google is not allowed to require the

21    user to log in, for example, which it says here, "Searchers

22    are tied to Google accounts," for example.  That's what they

23    do on other platforms.

24             On our platform, they weren't allowed to do that.

25             In addition to that, over time we've added things

```
1    to Safari to make it harder to track.  You gave some
2    examples earlier.  There's also -- ITP is another one.
3              So we're constantly doing things to protect our
4    customers and make sure that the agreements and the things
5    that we have with Google respect our customers' privacy.
6         Q    If you would please turn to the next page, page 16
7    of UPX790.
8              Apple's view of Android is that it's a massive
9    tracking device?
10        A    That's correct.
11             As I stated earlier, we think the iPhone is a much
12   more private device than Android.
13        Q    You can set that one side, Mr. Cue.
14             Do Apple's customers care about online privacy?
15             THE COURT:  Ms. Bellshaw, I'm going to actually
16   interrupt you before Mr. Cue answers that question.
17             Let's take our morning break.  It's about 5 after
18   11:00.  Our clock finally works, so we will resume at 11:20.
19   See everyone shortly.
20             MS. BELLSHAW:  Thank you, Your Honor.
21             THE COURT:  Mr. Cue, I'll ask you not to discuss
22   your testimony with anybody during the break.
23             COURTROOM DEPUTY:  All rise.  This Court stands in
24   recess.
25             (Recess from 11:05 a.m. to 11:21 a.m.)
```

1          THE COURT:  Ms. Bellshaw, whenever you're ready.

2          MS. BELLSHAW:  Thank you, Your Honor.

3   BY MS. BELLSHAW:

4      Q    Mr. Cue, I just have a couple more questions on

5   privacy.

6          Would you agree that users of technology have a

7   significant interest in privacy?

8      A    We think so, yes.

9      Q    And is protecting its users' privacy important to

10  Apple?

11     A    Absolutely.

12     Q    And that includes when Apple's users conduct

13  searches on their Apple devices?

14     A    That's correct.

15     Q    Mr. Cue, I'd like to direct your attention to

16  UPX8105.

17         Are you there?

18     A    I am.

19     Q    Is 8105 Apple's 10-K for the year 2022?

20     A    I assume it is.  This is not something I typically

21  read, but, yes.

22         MS. BELLSHAW:  Your Honor, we would move to admit

23  UPX8105 into evidence.

24         MR. SCHMIDTLEIN:  No objection.

25         THE COURT:  All right.  It will be admitted.

1                          (Plaintiffs' Exhibit UPX8105
                                 received into evidence.)

2

3    BY MS. BELLSHAW:

4        Q    Mr. Cue, if you would turn to page 32 of UPX8015

5    [sic].  It's the one ending in Bates number 0203.

6              And it is page 29 of the 10-K.  The page numbers

7    don't quite line up.

8              It's also on your screen.

9              Am I correct that Apple's 2020 fiscal year ran

10   from September 27th, 2019, to September 26th of 2020?

11       A    That's correct.

12       Q    And if you look on page 32 of UPX8015, do you see

13   that Apple's operating income for 2020 was $66.28 billion?

14       A    I do.

15       Q    And then Apple's worldwide operating income for

16   fiscal year 2021 was $108.949 billion; is that right?

17       A    That's correct.

18       Q    And the ISA accounts for a significant portion of

19   Apple's profits for fiscal year 2020 and fiscal year 2021;

20   is that right?

21       A    I would disagree with that.

22              I don't -- that is not the way we reported or look

23   at it.

24              The ISA itself that comes in is one piece of it.

25   But, for example, all of the engineering that we do on iOS

1   and Safari and all of those things that make the ISA

2   successful are not incorporated into the dollars that come

3   in from Google.  So it's not something we calculate.

4            MS. BELLSHAW:  And, Your Honor, I apologize, we

5   streamlined a little bit on the break, but that is actually

6   the completion of the questions that we have for Mr. Cue in

7   the open session.

8            THE COURT:  Okay.

9            Do the Plaintiff States have any questions of

10  Mr. Cue?

11           MR. CAVANAUGH:  No, Your Honor.

12           THE COURT:  Okay.

13           All right, folks.  So we are going to go into a

14  closed session now, so I'll ask anyone who is not associated

15  with the parties to exit the courtroom, and then we will

16  re-open it when we are able to.  Thank you, everyone.

17           THE COURT:  We just need a few minutes, everyone,

18  to confirm that the media room line is disconnected.

19           THE WITNESS:  Thank you.

20           MS. BELLSHAW:  Thank you.

21           THE WITNESS:  No more Rosetta Stone?

22           MS. BELLSHAW:  No more Rosetta Stone.

23           (Pause)

24           THE COURT:  We've also set up an overflow room

25  today, so I think that's the reason for the extra time today

2487



```
 1    to get connected.
 2              (Pause)
 3              THE COURT:  Ready to go?
 4              MS. BELLSHAW:  Thank you, Your Honor.
 5              (Sealed closed proceedings)
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

2488



2489





2491



2492



2493



2494



2495





2497



2498







2501



2502



2503



2504



2505



2506



2507



2508



2509





2511



2512



2513





2515



2516



2517







2520



2521



2522





2524





2526





2528





2530



2531





2533



2534



2535



2536





2538



2539



2540



2541



2542



2543



2544



19              (Recess from 12:47 p.m. to 1:47 p.m.)

C E R T I F I C A T E

    I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date:__September 26, 2023___    

                              William P. Zaremba, RMR, CRR

2546

**BY MR. CAVANAUGH:**
**[1]** 2543/3
**BY MS. BELLSHAW:**
**[22]** 2449/14 2450/2
2459/3 2460/4 2462/10
2469/5 2469/25 2471/4
2471/12 2471/21
2479/17 2484/3 2485/3
2487/6 2489/11 2496/5
2501/11 2502/25
2523/24 2531/24
2532/23 2539/7
**COURTROOM**
**DEPUTY: [6]** 2417/3
2417/7 2448/24 2449/2
2483/23 2544/17
**MR. CAVANAUGH: [4]**
2486/11 2542/16
2542/22 2544/6
**MR. DINTZER: [1]**
2421/11
**MR. SALLET: [8]**
2426/18 2428/13
2438/15 2438/20
2442/25 2443/5 2445/9
2446/1
**MR. SCHMIDTLEIN:**
**[34]** 2418/24 2419/2
2419/9 2419/17
2419/19 2420/11
2420/15 2421/9 2423/2
2423/6 2423/19
2424/20 2433/18
2434/4 2436/2 2437/21
2438/24 2439/11
2440/19 2441/8
2441/21 2442/6
2442/18 2445/18
2445/24 2459/20
2460/1 2462/6 2462/9
2479/12 2484/24
2501/16 2532/19
2544/12
**MR. SUNSHINE: [12]**
2418/6 2419/21
2419/25 2424/23
2428/19 2435/5 2437/5
2443/11 2445/22
2447/12 2448/7
2468/19
**MS. BARTELS: [5]**
2421/17 2421/25
2422/15 2423/14
2424/1
**MS. BELLSHAW: [54]**
2424/5 2425/14 2428/1
2428/6 2432/20 2433/3
2433/8 2434/6 2434/21
2434/23 2435/19
2438/9 2440/6 2440/15
2440/25 2442/11
2442/22 2444/21
2445/11 2446/10
2446/15 2446/19
2447/11 2448/3
2448/21 2449/9
2449/25 2458/19

2459/16 2459/24
2462/8 2469/4 2469/17
2469/24 2471/8 2479/9
2479/15 2483/20
2484/2 2484/22 2486/4
2486/20 2486/22
2487/4 2489/8 2501/9
2502/16 2502/22
2531/19 2532/17
2539/5 2542/13
**THE COURT: [92]**
2417/5 2417/14 2418/9
2418/25 2419/8
2419/10 2419/18
2419/24 2420/8
2420/14 2420/18
2421/15 2421/18
2422/5 2422/21 2423/5
2423/13 2423/21
2424/2 2425/17
2427/17 2428/5 2430/7
2432/25 2433/7
2433/10 2434/3 2434/9
2434/22 2435/4
2435/16 2436/5 2437/9
2438/8 2438/19
2439/10 2439/12
2440/11 2440/18
2441/12 2442/4
2442/13 2443/4
2443/23 2444/25
2445/10 2445/15
2445/20 2446/7
2446/13 2446/17
2446/24 2447/21
2448/4 2448/8 2448/10
2449/3 2449/5 2449/7
2450/1 2458/17
2458/21 2458/24
2459/18 2468/25
2469/19 2471/2
2471/19 2479/11
2479/13 2483/15
2483/21 2484/1
2484/25 2486/8
2486/12 2486/17
2486/24 2487/3
2494/15 2495/24
2496/2 2496/4 2502/21
2522/3 2531/16
2531/20 2532/20
2542/21 2542/23
2544/7 2544/14
**THE WITNESS: [12]**
2449/4 2449/6 2471/3
2471/11 2486/19
2486/21 2494/20
2496/1 2496/3 2501/17
2522/6 2544/16

**$**

**$108.949 [1]** 2485/16
**$66.28 [1]** 2485/13
**$66.28 billion [1]**
2485/13

**0203 [1]** 2485/5
**0340 [1]** 2414/4

**1**

**10 [2]** 2413/7 2481/9
**10-K [2]** 2484/19
2485/6
**10036-6710 [1]**
2414/19
**10th [1]** 2479/7
**11 [2]** 2481/21 2481/24
**1100 [1]** 2414/3
**1133 [1]** 2414/8
**11:00 [1]** 2483/18
**11:05 [1]** 2483/25
**11:20 [1]** 2483/18
**11:21 [1]** 2483/25
**12:47 [1]** 2544/19
**12th [1]** 2415/3
**1300 [1]** 2414/1
**15 [2]** 2450/14 2482/8
**16 [2]** 2481/22 2483/6
**1:47 [1]** 2544/19
**1A [1]** 2454/7

**2**

**20-3010 [1]** 2413/4
**20001 [1]** 2415/9
**20005 [1]** 2415/4
**2002 [6]** 2451/2 2451/4
2451/7 2467/3 2467/5
2476/6
**2012 [1]** 2481/1
**2013 [2]** 2479/7 2480/4
**2015 [1]** 2451/12
**2016 [13]** 2451/15
2451/25 2452/4 2453/8
2453/13 2453/24
2457/10 2460/9
2462/12 2466/6
2466/21 2467/2
2468/10
**2019 [1]** 2485/10
**202 [4]** 2414/4 2414/8
2415/4 2415/9
**2020 [5]** 2453/18
2485/9 2485/10
2485/13 2485/19
**2021 [4]** 2453/20
2453/23 2485/16
2485/19
**2022 [1]** 2484/19
**2023 [2]** 2413/5 2545/7
**20530 [1]** 2414/8
**212 [1]** 2414/20
**22.5 million [1]**
2480/15
**2200 [1]** 2414/19
**22nd [1]** 2460/9
**26 [2]** 2413/5 2545/7
**26th [1]** 2485/10
**2793 [1]** 2414/20
**27th [1]** 2485/10
**29 [1]** 2485/6

**3**

**3010 [1]** 2413/4

**32 [2]** 2485/4 2485/12
**3249 [1]** 2415/9
**333 [1]** 2415/8
**335-2793 [1]** 2414/20
**35 [1]** 2450/19
**35 years [1]** 2450/20
**354-3249 [1]** 2415/9
**3668 [1]** 2479/23
**3671 [1]** 2480/11
**3676 [1]** 2481/10
**3677 [1]** 2481/25
**3681 [1]** 2482/9

**4**

**434-5000 [1]** 2415/4
**445-8082 [1]** 2414/8
**450 [1]** 2414/7

**5**

**5000 [1]** 2415/4
**508-6000 [1]** 2414/15
**594 [2]** 2458/12
2458/19
**5th [1]** 2414/7

**6**

**6000 [1]** 2414/15
**6710 [1]** 2414/19
**6801 [1]** 2470/5

**7**

**720 [1]** 2414/15
**725 [1]** 2415/3
**790 [2]** 2479/11
2479/14
**7th [1]** 2414/14

**8**

**80203 [1]** 2414/15
**8082 [1]** 2414/8
**8105 [1]** 2484/19

**9**

**9:29 [1]** 2413/6

**A**

**a.m [3]** 2413/6 2483/25
2483/25
**ability [1]** 2477/20
**able [5]** 2464/6 2464/8
2465/7 2465/21
2486/16
**about [29]** 2448/11
2454/25 2457/4
2459/25 2460/12
2460/16 2464/5
2464/11 2464/19
2467/12 2468/15
2468/20 2469/18
2469/20 2469/20
2469/22 2470/12
2470/22 2472/1 2472/5
2472/5 2473/3 2473/8
2478/8 2481/8 2481/22
2482/18 2483/14
2483/17
**above [1]** 2545/4
**above-titled [1]** 2545/4

**absolutely [1]** 2484/11
**accounts [2]** 2482/22
2485/18
**accurate [1]** 2468/8
**across [4]** 2464/14
2474/8 2479/2 2480/5
**action [2]** 2468/12
2469/3
**actions [3]** 2467/9
2467/20 2468/5
**actually [2]** 2483/15
2486/5
**ad [2]** 2452/13 2452/21
**add [1]** 2458/14
**added [1]** 2482/25
**addition [1]** 2482/25
**admit [4]** 2458/14
2459/17 2479/10
2484/22
**admitted [7]** 2416/10
2458/20 2458/21
2459/18 2479/11
2479/14 2484/25
**ads [2]** 2482/9 2482/12
**advertising [1]**
2482/14
**affect [1]** 2477/6
**afforded [1]** 2474/12
**afraid [1]** 2476/22
**after [4]** 2452/18
2453/12 2453/14
2483/17
**again [21]** 2454/7
2456/4 2458/2 2458/11
2464/11 2465/14
2465/20 2465/24
2466/22 2468/6
2468/13 2470/2
2470/12 2473/15
2474/18 2477/14
2478/7 2478/14
2480/20 2481/6
2482/17
**against [1]** 2480/19
**agree [10]** 2452/6
2463/2 2463/8 2465/11
2465/14 2465/19
2465/21 2465/25
2477/5 2484/6
**agreed [3]** 2466/9
2466/24 2470/9
**agreement [20]**
2448/16 2450/22
2454/3 2457/20
2463/13 2463/14
2463/23 2464/3 2466/5
2467/8 2467/10
2467/19 2468/5 2468/6
2468/11 2468/17
2470/4 2477/9 2477/10
2477/18
**agreements [3]**
2462/18 2477/14
2483/4
**aided [1]** 2415/11
**AL [1]** 2413/3
**all [20]** 2448/10
2448/14 2448/20

**A**

all... [17] 2452/10
2458/4 2464/11 2467/4
2473/8 2473/25
2478/13 2478/20
2478/24 2479/2
2479/11 2479/13
2483/23 2484/25
2485/25 2486/1
2486/13
**all right [1]** 2448/20
**allow [6]** 2473/3
2473/20 2473/23
2474/10 2474/11
2475/23
**allowed [2]** 2482/20
2482/24
**almost [1]** 2450/19
**alone [1]** 2463/2
**aloud [1]** 2459/9
**already [3]** 2458/19
2458/21 2475/7
**also [8]** 2450/24
2452/22 2461/15
2471/13 2478/24
2483/2 2485/8 2486/24
**alternative [1]** 2464/23
**always [5]** 2463/24
2464/2 2470/21
2476/25 2481/6
**am [6]** 2450/23 2453/5
2474/5 2474/16
2484/18 2485/9
**amazing [1]** 2464/2
**amend [1]** 2451/15
**amended [1]** 2451/9
**amendment [11]**
2451/18 2452/3 2453/8
2453/13 2453/23
2453/24 2453/25
2457/10 2462/13
2467/2 2468/10
**amendments [2]**
2451/13 2481/3
**AMERICA [1]** 2413/4
**Americas [1]** 2414/18
**AMIT [1]** 2413/9
**among [1]** 2463/17
**amount [2]** 2465/21
2472/7
**Android [2]** 2483/8
2483/12
**another [5]** 2453/14
2473/11 2476/18
2477/16 2483/2
**answer [5]** 2455/23
2459/13 2467/21
2467/22 2469/16
**answers [1]** 2483/16
**Antitrust [2]** 2414/7
2414/12
**any [24]** 2451/3 2451/6
2451/12 2452/12
2453/22 2454/17
2455/4 2455/6 2455/10
2455/14 2455/17
2455/21 2456/4 2456/6
2456/10 2456/25

2460/22 2466/11
2485/19
**application [9]** 2456/3
2456/5 2474/7 2474/18
2474/20 2475/4 2475/6
2475/7 2478/16
**applications [9]**
2450/8 2450/10
2455/10 2456/7
2456/24 2473/10
2474/9 2474/17
2475/16
**applies [1]** 2478/24
**apply [2]** 2452/9
2454/22
**approach [6]** 2449/25
2458/9 2458/23
2471/10 2481/11
2482/13
**approaches [1]**
2481/17
**appropriate [2]** 2473/9
2473/11
**approving [2]** 2451/6
2451/13
**apps [2]** 2455/6
2473/23
**are [28]** 2450/6 2450/9
2450/21 2453/4
2453/24 2454/3
2458/13 2466/15
2468/7 2468/7 2468/19
2469/21 2471/25
2472/5 2472/13 2473/2
2473/8 2474/3 2475/12
2475/17 2476/20
2481/21 2481/23
2482/22 2484/17
2486/2 2486/13
2486/16
**areas [2]** 2468/21
2470/16
**around [5]** 2459/8
2473/6 2475/14
2478/18 2478/19
**as [33]** 2448/16
2448/17 2448/23
2450/6 2450/24 2452/6
2454/9 2456/9 2458/2
2459/5 2459/17
2460/13 2463/23
2464/22 2464/22
2467/2 2467/6 2467/18
2468/3 2469/7 2469/8
2469/11 2471/15
2472/9 2472/9 2475/9
2475/24 2477/11
2478/4 2480/9 2480/9
2481/8 2483/11
**aside [1]** 2470/23
**ask [17]** 2459/8
2459/13 2459/25
2460/12 2460/16
2460/20 2465/8 2469/1
2469/18 2472/12
2473/9 2473/11
2474/17 2476/6 2476/7
2483/21 2486/14

2485/19
**asked [3]** 2474/12
2474/22 2475/3
**asking [6]** 2457/23
2465/9 2467/25
2474/24 2475/22
2480/21
**asks [2]** 2461/2
2472/22
**aspects [1]** 2448/14
**associated [1]** 2486/14
**assume [1]** 2484/20
**assumed [1]** 2470/21
**Assuming [1]** 2454/20
**attachment [1]**
2479/18
**attention [4]** 2454/6
2458/7 2479/4 2484/15
**authority [3]** 2468/18
2469/9 2470/11
**available [1]** 2456/1
**Avenue [2]** 2414/18
2415/8
**avoid [1]** 2462/8
**aware [5]** 2468/11
2468/13 2474/9
2475/16 2481/1
**away [4]** 2463/20
2464/9 2465/12
2465/16

**B**

**back [5]** 2451/2
2457/20 2461/17
2462/20 2480/4
**bad [1]** 2471/17
**Barrett [2]** 2415/8
2480/6
**based [2]** 2467/23
2480/6
**basically [1]** 2463/11
**Bates [5]** 2479/23
2480/11 2481/10
2481/25 2485/5
**be [26]** 2448/17
2448/17 2448/19
2450/19 2457/17
2457/23 2457/24
2459/18 2462/11
2464/6 2465/6 2468/11
2470/10 2471/2
2471/13 2472/16
2472/20 2474/8 2475/5
2475/6 2475/16
2476/24 2478/14
2479/11 2482/17
2484/25
**because [9]** 2456/25
2456/25 2457/24
2458/13 2464/5
2467/22 2472/17
2476/25 2478/25
**been [11]** 2450/12
2450/13 2453/21
2458/19 2458/21
2459/4 2460/13
2462/17 2464/20
2467/3 2471/15
**before [7]** 2413/9
2448/24 2449/22

2456/13
2470/13 2483/16
**beginning [2]** 2455/8
2456/9 2473/7 2482/22
**being [2]** 2472/15
2476/13
**believe [8]** 2451/2
2453/18 2474/12
2477/3 2477/18
2477/25 2482/7
2482/13
**BELKNAP [1]** 2414/17
**Bellshaw [5]** 2414/6
2448/22 2449/7
2449/20 2483/15
**BENCH [1]** 2413/9
**benefits [2]** 2458/5
**best [17]** 2456/14
2463/24 2463/25
2474/13 2475/19
2476/25 2477/16
2477/19 2477/23
2478/16 2478/16
2478/16 2478/16
2478/17 2478/20
2478/21 2479/2
**better [2]** 2481/7
2482/14
**between [3]** 2450/22
2454/3 2463/5
**beyond [2]** 2468/20
2468/23
**bigger [1]** 2472/20
**billion [2]** 2485/13
2485/16
**binder [6]** 2453/2
2454/7 2458/8 2459/8
2470/3 2479/5
**binders [1]** 2449/23
**bit [2]** 2448/12 2486/5
**bloatware [3]** 2455/17
2456/20 2456/21
**board [1]** 2480/6
**both [2]** 2470/17
2476/9
**bottom [2]** 2461/1
2482/9
**box [6]** 2457/6 2471/6
2471/25 2472/4 2475/9
2476/4
**break [3]** 2483/17
2483/22 2486/5
**Broadway [1]** 2414/14
**browser [9]** 2452/10
2452/11 2454/11
2454/12 2454/21
2454/21 2454/23
2455/1 2455/25
**browser-like [1]**
2452/11
**browsers [6]** 2454/17
2455/5 2455/7 2455/10
2455/22 2475/12
**Bruce [1]** 2414/11
**built [2]** 2458/4 2465/2
**bunch [3]** 2455/19
2456/24 2457/1

**Apple [78]** 2450/5
2450/7 2450/9 2450/10
2450/14 2450/17
2450/18 2450/22
2451/1 2451/9 2451/15
2451/17 2452/6 2452/9
2452/10 2452/13
2452/16 2452/22
2452/22 2453/10
2453/12 2454/4 2454/8
2454/14 2454/17
2454/20 2454/21
2455/4 2455/24 2456/2
2456/6 2456/17 2457/4
2457/24 2459/6
2462/12 2463/5 2463/8
2463/16 2463/20
2465/12 2465/17
2465/21 2465/22
2465/25 2466/2 2466/4
2466/4 2466/9 2466/11
2466/13 2466/16
2466/19 2466/24
2467/18 2468/4 2469/7
2470/9 2471/5 2471/5
2471/19 2472/22
2473/13 2474/13
2475/8 2475/22 2476/3
2477/11 2478/4
2478/10 2478/11
2478/25 2480/4 2480/5
2481/2 2482/13
2484/10 2484/13
**Apple's [16]** 2454/11
2454/23 2457/11
2457/17 2466/14
2471/23 2479/6
2481/16 2483/8
2483/14 2484/12
2484/19 2485/9

**B**

buys [1] 2457/1

**C**

C-u-e [1] 2449/19
calculate [1] 2486/3
call [2] 2448/22
 2472/16
called [1] 2476/18
came [4] 2455/15
 2462/18 2462/20
 2467/13
can [26] 2448/17
 2448/24 2455/12
 2456/18 2458/10
 2458/24 2460/22
 2466/13 2467/23
 2468/16 2469/8
 2469/11 2469/19
 2469/22 2470/9
 2470/23 2473/20
 2473/21 2473/21
 2473/22 2474/22
 2475/5 2477/6 2477/11
 2480/24 2483/13
can't [1] 2478/4
capabilities [1]
 2478/15
capability [2] 2458/14
 2472/20
care [2] 2470/18
 2483/14
Carr [1] 2414/13
carve [2] 2477/24
 2478/2
carve-out [2] 2477/24
 2478/2
carved [2] 2477/17
 2477/20
case [1] 2465/2
cases [1] 2476/9
Cavanaugh [1]
 2414/17
Center [4] 2459/7
CEO [4] 2450/17
 2451/22 2479/6 2482/7
certain [6] 2459/7
 2459/11 2463/21
 2469/2 2469/7 2470/10
 2477/15
certainly [6] 2457/22
 2464/23 2473/8
 2475/25 2477/3
 2481/19
Certified [1] 2415/7
certify [1] 2545/2
CH [1] 2415/8
chain [1] 2461/10
challenged [2] 2469/9
 2470/10
change [2] 2475/6
 2475/19
changed [1] 2467/4
Charles [1] 2415/2
China [3] 2477/18
 2477/25
choice [14] 2470/24
 2472/1 2473/3 2473/6

choices [6] 2471/6
 2472/9 2473/6 2473/13
 2475/9 2476/16
choose [2] 2468/17
 2473/22
chose [2] 2454/20
 2478/18
Chrome [1] 2455/24
clean [1] 2457/5
clear [5] 2464/20
 2473/16 2476/10
 2478/14 2482/18
clock [1] 2483/18
closed [5] 2417/2
 2448/13 2469/22
 2486/14 2487/5
CO [1] 2414/15
coag.gov [1] 2414/16
code [1] 2455/16
Colorado [3] 2414/11
 2414/11 2414/13
COLUMBIA [1] 2413/1
come [5] 2457/6
 2461/17 2463/12
 2464/3 2486/2
comes [4] 2455/11
 2457/1 2466/13
 2485/24
comfortable [1]
 2477/22
commit [1] 2463/21
common [1] 2455/18
company [1] 2480/5
comparing [3] 2475/11
 2482/11 2482/17
compete [1] 2480/6
Competing [1] 2479/24
competitive [1]
 2477/17
competitors' [2]
 2481/11 2481/16
completely [1] 2475/13
completion [1] 2486/6
component [1]
 2475/15
comprehensive [1]
 2481/19
computer [2] 2415/11
 2478/12
computer-aided [1]
 2415/11
computers [2] 2454/15
 2478/10
conduct [1] 2484/12
confident [2] 2464/6
 2465/6
confidentiality [2]
 2448/15 2459/7
confirm [1] 2486/18
confusion [1] 2448/11
connected [1] 2487/1
connection [4]
 2451/18 2467/8

CONNOLLY [1] 2415/3
considered [2]
 2454/25 2465/5
constantly [1] 2483/3
Constitution [1]
 2415/8
Consumer [1] 2414/12
contemplate [1]
 2464/4
context [1] 2470/24
continue [2] 2466/25
 2480/8
CONTINUED [1]
 2415/1
contract [1] 2461/8
contractual [1] 2467/7
contributions [1]
 2471/20
control [1] 2474/12
conversations [1]
 2467/25
Cook [9] 2450/17
 2460/8 2460/15 2461/2
 2461/11 2465/10
 2479/7 2479/19 2480/3
corporate [2] 2467/19
 2468/4
correct [41] 2450/25
 2451/19 2451/24
 2452/5 2452/8 2452/18
 2453/16 2453/25
 2454/5 2454/10 2456/1
 2461/6 2461/9 2461/12
 2461/15 2461/20
 2461/23 2462/25
 2463/6 2463/18
 2465/13 2466/3 2466/7
 2466/10 2472/3
 2472/25 2473/18
 2473/23 2473/24
 2474/16 2474/25
 2476/4 2476/5 2478/1
 2480/2 2483/10
 2484/14 2485/9
 2485/11 2485/17
 2545/3
correspond [1]
 2459/11
costs [1] 2452/18
couches [1] 2468/21
could [9] 2461/18
 2463/8 2464/23 2465/2
 2468/11 2475/6 2477/7
 2478/11 2480/6
couldn't [2] 2465/11
 2465/14
counsel [9] 2458/24
 2460/14 2467/11
 2467/12 2467/16
 2469/15 2469/15
 2470/19 2471/2
counsels [1] 2470/17
counterpart [1]
 2451/20
countries [4] 2477/15
 2477/22 2478/21
 2478/22

couple [4] 2484/4
course [1] 2464/16
court [10] 2413/1
 2415/6 2415/7 2448/9
 2448/18 2448/20
 2460/14 2469/10
 2470/11 2483/23
courtroom [1] 2486/15
create [1] 2455/17
creepy [1] 2482/2
critical [1] 2472/13
cross [2] 2416/4
 2482/3
cross it [1] 2482/3
CRR [2] 2545/2 2545/8
Cue [39] 2448/22
 2449/3 2449/11
 2449/15 2449/18
 2449/20 2450/3
 2450/21 2452/24
 2453/4 2454/6 2458/7
 2458/25 2459/4 2460/5
 2460/11 2465/8
 2466/18 2467/6
 2467/18 2467/25
 2469/1 2469/6 2469/18
 2470/2 2470/23
 2471/13 2471/22
 2475/22 2477/5 2479/4
 2483/13 2483/16
 2483/21 2484/4
 2484/15 2485/4 2486/6
 2486/10
Cue's [2] 2448/14
 2448/19
current [1] 2450/3
customer [11] 2457/1
 2472/14 2473/9
 2473/17 2474/9
 2474/10 2475/19
 2476/8 2476/10
 2476/11 2476/13
customer's [1] 2474/8
customers [19]
 2455/12 2455/19
 2457/3 2457/8 2464/1
 2472/5 2472/10
 2475/15 2475/16
 2475/21 2476/16
 2476/22 2477/1 2477/3
 2477/4 2478/17
 2478/19 2483/4
 2483/14
customers' [1] 2483/5
CV [1] 2413/4

**D**

D.C [5] 2413/5 2414/3
 2414/8 2415/4 2415/9
data [1] 2474/8
date [3] 2453/19
 2467/2 2545/7
dated [1] 2460/8
dates [4] 2453/22
 2453/24 2454/1 2454/2
day [2] 2413/7 2472/8
deal [18] 2463/12

country [1] 2470/7
 2463/25 2464/5 2464/6
 2464/8 2464/13
 2464/14 2464/18
 2465/6 2465/12
 2465/14 2465/16
 2472/11 2478/15
 2478/18 2482/19
decide [2] 2466/14
 2478/11
decision [1] 2455/7
decisions [2] 2473/8
 2475/25
deck [2] 2479/18
 2480/3
default [11] 2452/7
 2454/9 2456/16
 2456/18 2456/19
 2466/2 2476/3 2476/24
 2477/11 2477/13
 2477/21
defend [4] 2467/8
 2467/19 2467/23
 2468/4
Defendant [2] 2413/7
 2415/2
demonstrative [3]
 2459/19 2471/9
 2471/16
Denver [1] 2414/15
DEPARTMENT [3]
 2414/2 2414/6 2414/11
deposition [1] 2449/22
describe [1] 2461/13
deserved [1] 2457/21
 2458/5
designated [1]
 2466/15
details [1] 2480/24
develop [1] 2454/20
device [6] 2457/1
 2472/4 2472/8 2478/9
 2483/9 2483/12
devices [20] 2452/9
 2452/10 2452/14
 2452/22 2454/14
 2454/22 2455/5
 2455/24 2456/3 2456/5
 2456/7 2456/17
 2456/22 2456/23
 2466/2 2478/24 2479/3
 2480/7 2480/9 2484/13
did [31] 2448/13
 2451/1 2451/3 2451/5
 2451/6 2451/8 2451/12
 2451/14 2451/15
 2451/16 2451/25
 2453/10 2453/11
 2455/16 2456/10
 2456/20 2461/16
 2462/4 2462/11 2463/7
 2464/1 2465/5 2465/25
 2470/18 2478/18
 2478/22 2478/23
 2480/3 2480/8 2480/23
 2482/19
did you [3] 2451/12
 2453/10 2480/3

2549

**D**

didn't [9]  2455/17
 2463/13 2464/4
 2464/19 2464/20
 2467/16 2469/14
 2470/14 2476/6
different [6]  2457/15
 2475/12 2475/13
 2477/12 2478/5 2478/9
differently [1]  2478/19
difficulty [1]  2453/1
Dintzer [1]  2414/2
direct [6]  2416/4
 2449/12 2454/6 2458/7
 2479/4 2484/15
disagree [1]  2485/21
disconnected [1]
 2486/18
discuss [3]  2448/13
 2462/16 2483/21
discussed [3]  2448/17
 2458/15 2458/18
discussion [3]  2458/10
 2460/14 2468/13
DISTRICT [3]  2413/1
 2413/1 2413/10
Division [1]  2414/7
do [54]  2448/12
 2450/16 2452/8
 2452/15 2454/16
 2454/19 2455/1 2455/3
 2456/15 2458/17
 2460/5 2460/6 2461/1
 2461/3 2461/13 2462/2
 2462/3 2465/7 2466/14
 2469/22 2471/5 2471/7
 2472/13 2474/1 2474/2
 2474/12 2474/15
 2474/20 2476/10
 2476/24 2478/23
 2479/20 2479/21
 2480/1 2480/8 2480/12
 2480/13 2480/17
 2480/18 2480/19
 2480/22 2481/13
 2481/14 2482/4 2482/5
 2482/11 2482/16
 2482/23 2482/24
 2483/14 2485/12
 2485/14 2485/25
 2486/9
do you [3]  2450/16
 2461/13 2480/19
Do you believe [1]
 2474/12
do you have [1]
 2460/5
do you recognize [1]
 2474/1
do you see [9]  2461/1
 2462/2 2479/20 2480/1
 2480/12 2480/17
 2481/13 2482/4
 2485/12
document [4]  2459/22
 2459/23 2459/25
 2469/19
does [20]  2452/6

2452/12 2454/14
2454/17 2455/4 2456/6
2459/22 2461/19
2466/11 2470/8 2471/5
2474/19 2475/8
2475/23 2476/2
2481/15 2482/12
2482/13
doesn't [4]  2455/24
 2456/2 2460/18
 2474/20
doing [6]  2459/1
 2467/3 2475/17
 2475/20 2478/14
 2483/3
DOJ [2]  2414/2
 2468/21
dollars [1]  2486/2
don't [33]  2450/14
 2453/18 2455/6
 2455/19 2455/21
 2456/4 2456/10
 2456/14 2457/2 2457/3
 2458/14 2463/10
 2464/18 2465/1 2465/1
 2465/2 2467/12
 2467/22 2468/6 2468/8
 2468/8 2468/14
 2469/13 2471/1
 2472/18 2473/5
 2476/21 2476/22
 2478/19 2480/23
 2481/18 2485/7
 2485/22
done [13]  2448/20
 2456/10 2458/4
 2463/25 2464/5 2464/6
 2464/25 2465/2 2465/3
 2465/6 2469/14
 2470/17 2477/4
down [1]  2463/2
download [2]  2455/10
 2455/13
downloads [2]
 2474/22 2475/3
DuckDuckGo [1]
 2476/17
during [1]  2483/22

**E**

E-d-d-y [1]  2449/18
each [1]  2462/16
earlier [7]  2456/20
 2458/18 2469/11
 2469/22 2478/9 2483/2
 2483/11
early [3]  2455/7
 2456/13 2458/4
earn [1]  2452/13
earned [1]  2466/1
easily [2]  2455/12
 2475/19
easy [2]  2455/10
 2477/1
economic [6]  2463/2
 2463/4 2463/21 2464/9
 2465/12 2465/14

economics [6]  2463/5
 2463/19 2464/12
 2464/13 2464/15
 2464/15
EDDY [2]  2449/11
 2449/18
Eddy Cue [1]  2449/18
Eduardo [2]  2448/22
effectively [1]  2457/7
effort [2]  2448/18
 2472/11
either [2]  2456/15
 2477/15
else [2]  2454/1
 2465/15
email [11]  2414/4
 2414/9 2414/16
 2414/20 2415/5 2460/8
 2460/15 2461/1
 2461/10 2462/23
 2479/6
end [1]  2450/20
ending [6]  2470/5
 2480/11 2481/10
 2481/25 2482/9 2485/5
ends [1]  2479/23
enforcement [1]
 2468/18
engine [12]  2452/7
 2456/16 2456/19
 2464/2 2476/3 2476/15
 2476/25 2477/1 2477/6
 2477/12 2477/19
 2478/12
engineering [1]
 2485/25
engines [2]  2475/12
 2475/18
enough [1]  2463/20
ensuring [1]  2448/19
entered [1]  2468/10
entitled [2]  2480/12
 2481/11
Eric [2]  2482/1 2482/6
Eric Schmidt [1]
 2482/6
ET [1]  2413/3
EU [4]  2467/14
 2468/14 2470/14
 2470/21
even [2]  2457/2
 2476/21
event [2]  2469/3
 2480/14
ever [5]  2451/9
 2454/24 2465/4 2476/5
 2480/4
every [4]  2472/8
 2475/2 2476/11
 2476/13
everyone [3]  2483/19
 2486/16 2486/17
everything [2]  2461/25
 2464/15
evidence [6]  2453/3
 2458/20 2460/2
 2479/16 2484/23
 2485/1

2453/22 2463/10
2480/23 2480/24
exactly [4]  2455/16
 2468/9 2469/13
 2469/16
EXAMINATION [1]
 2449/12
example [5]  2475/6
 2477/18 2482/21
 2482/22 2485/25
examples [1]  2483/2
except [1]  2461/16
excited [1]  2472/5
executed [1]  2466/21
execution [1]  2467/2
Exhibit [3]  2460/2
 2479/16 2485/1
EXHIBITS [1]  2416/8
existing [1]  2475/7
exit [1]  2486/15
expanded [1]  2450/13
experience [5]  2456/14
 2478/20 2478/22
 2479/1 2479/2
explain [1]  2458/25
extended [4]  2451/9
 2453/12 2453/14
 2453/23
extension [2]  2453/17
 2454/1
extent [1]  2448/18
extra [1]  2486/25
extremely [2]  2455/9
 2477/3

**F**

facilitate [1]  2458/10
fact [1]  2480/6
fair [8]  2452/23
 2453/23 2457/25
 2458/3 2463/16
 2465/17 2472/24
 2475/1
fairly [1]  2464/20
familiar [3]  2450/21
 2450/21 2474/3
far [1]  2477/23
fast [1]  2472/6
feel [1]  2458/24
felt [6]  2457/21
 2463/24 2464/2 2464/5
 2465/6 2477/22
few [1]  2486/17
figure [1]  2460/21
figures [1]  2452/12
filings [1]  2448/14
finalized [1]  2452/3
finally [1]  2483/18
fine [4]  2460/20
 2467/16 2470/19
 2470/19
fined [1]  2480/15
Firefox [1]  2455/2
first [6]  2451/1 2451/3
 2451/6 2473/2 2473/12
 2475/3
fiscal [4]  2485/9

2485/19
Floor [1]  2414/14
focus [1]  2465/8
folks [1]  2486/13
fonts [1]  2472/20
foregoing [2]  2545/3
forth [1]  2469/8
forward [2]  2463/3
 2463/9
found [1]  2477/15
free [1]  2458/24
front [2]  2460/5 2468/6
frustrates [1]  2472/10
FTC [2]  2480/16
 2481/2

**G**

gave [1]  2483/1
General [2]  2469/15
 2470/19
generally [3]  2456/24
 2469/1 2481/22
generated [1]  2452/13
get [13]  2456/23
 2457/21 2462/16
 2463/25 2464/6
 2464/14 2465/6
 2465/17 2472/8
 2472/10 2472/18
 2482/2 2487/1
getting [8]  2452/12
 2457/22 2458/5 2464/5
 2468/20 2472/5 2472/6
 2480/21
give [1]  2479/1
given [1]  2473/3
giving [1]  2474/24
glasses [1]  2472/17
global [2]  2477/9
 2477/10
go [3]  2449/8 2486/13
 2487/3
goals [5]  2457/12
 2457/15 2457/17
 2457/19 2457/22
going [14]  2449/20
 2452/24 2455/8
 2457/10 2457/15
 2458/7 2458/9 2458/13
 2460/1 2460/10
 2465/8 2468/20
 2483/15 2486/13
gone [2]  2464/24
 2464/25
good [3]  2449/15
 2461/16 2464/22
Good morning [1]
 2449/15
GOOGLE [62]  2413/6
 2415/2 2450/22 2451/1
 2451/9 2451/15
 2451/20 2451/22
 2452/6 2452/13
 2452/16 2452/21
 2453/12 2454/4 2454/9
 2455/24 2456/2
 2456/11 2456/16

**GOOGLE... [43]**
2456/19 2458/5 2459/6
2461/7 2462/12 2463/5
2463/9 2463/15
2463/21 2464/1
2464/22 2465/21
2465/25 2466/1 2466/4
2466/8 2466/12
2466/19 2467/13
2469/7 2470/9 2470/13
2476/24 2477/11
2477/15 2477/19
2477/23 2478/4
2478/12 2478/13
2478/15 2478/17
2478/21 2480/14
2481/7 2481/22 2482/7
2482/11 2482/19
2482/20 2482/22
2483/5 2486/3
**Google's [6]** 2463/24
2466/25 2469/15
2481/1 2482/1 2482/15
**got [2]** 2460/24
2463/23
**gotten [1]** 2464/18
**government [6]** 2467/9
2467/20 2468/5
2468/12 2469/3 2469/9
**great [3]** 2464/1 2464/1
2472/11
**gross [1]** 2452/19

**H**

**had [12]** 2457/15
2458/3 2458/4 2462/17
2463/12 2465/11
2468/1 2469/1 2469/2
2470/13 2474/10
2481/6
**hadn't [1]** 2464/18
**hand [1]** 2448/25
**handed [4]** 2458/25
2459/4 2459/11
2471/15
**happened [1]** 2464/17
**happens [1]** 2476/22
**harder [1]** 2483/1
**hardware [1]** 2450/9
**has [16]** 2450/13
2458/19 2460/13
2464/13 2466/4 2466/4
2466/19 2466/24
2467/18 2468/4
2471/15 2473/9
2473/13 2475/3
2481/18 2481/19
**hasn't [1]** 2467/4
**have [50]** 2448/13
2448/15 2448/24
2449/23 2450/12
2450/18 2451/6 2451/9
2451/11 2452/10
2453/21 2454/17
2455/11 2456/18
2458/14 2459/5 2459/6
2459/8 2460/5 2460/18

2464/14 2464/17
2464/24 2464/25
2464/25 2465/1 2465/2
2465/3 2465/15 2467/7
2467/16 2468/6 2468/8
2468/22 2469/7
2469/17 2470/9 2475/7
2475/20 2476/15
2476/16 2476/18
2478/20 2483/5 2484/4
2484/6 2486/6 2486/9
**haven't [1]** 2456/9
**having [1]** 2452/25
**he [8]** 2461/18 2461/19
2462/20 2462/20
2463/1 2463/7 2469/1
2482/7
**heading [1]** 2482/9
**heard [1]** 2476/16
**heck [1]** 2457/2
**held [2]** 2469/9
2470/10
**Hello [1]** 2449/4
**here [12]** 2467/6
2467/18 2467/22
2467/23 2468/3 2469/6
2470/17 2473/7 2476/1
2476/9 2482/17
2482/21
**Hi [1]** 2449/3
**high [1]** 2481/15
**higher [3]** 2457/21
2457/24 2458/6
**him [8]** 2459/25
2462/24 2462/24
2462/24 2463/10
2463/12 2468/23
2469/19
**his [3]** 2448/16
2469/20 2469/20
**Honor [21]** 2448/21
2449/4 2449/6 2449/9
2449/25 2453/3 2458/9
2458/19 2459/2
2459/16 2462/6
2468/19 2471/10
2479/9 2479/15
2483/20 2484/2
2484/22 2486/4
2486/11 2487/4
**HONORABLE [1]**
2413/9
**how [7]** 2450/12
2450/18 2451/25
2461/2 2466/11
2466/14 2475/14

**I**

**I am [4]** 2450/23
2453/5 2474/5 2484/18
**I apologize [1]** 2486/4
**I assume [1]** 2484/20
**I assumed [1]** 2470/21
**I believe [5]** 2451/2
2453/18 2477/18
2477/25 2482/7
**I can [2]** 2467/23

**I did [6]** 2451/5 2451/8
2451/14 2453/11
2470/18 2480/23
**I didn't [3]** 2464/4
2464/19 2469/14
**I don't [5]** 2453/18
2467/22 2471/1 2473/5
2485/22
**I don't have [2]** 2468/6
2468/8
**I don't recall [1]**
2469/13
**I have [1]** 2475/20
**I just [3]** 2460/11
2473/16 2484/4
**I know [2]** 2467/10
2467/12
**I mean [4]** 2459/20
2466/13 2471/1
2478/25
**I recall [1]** 2470/12
**I think [15]** 2452/2
2462/7 2464/11
2464/14 2467/3
2468/23 2468/25
2471/13 2475/1
2475/13 2475/20
2477/24 2480/4
2480/20 2481/18
**I thought [2]** 2458/2
2463/25
**I told [2]** 2462/24
2463/10
**I understand [2]**
2452/25 2459/14
**I was [2]** 2468/13
2470/19
**I will [3]** 2459/12
2461/25 2471/22
**I'd [5]** 2454/6 2459/8
2471/8 2479/4 2484/15
**I'll [5]** 2459/21 2460/20
2462/8 2483/21
2486/14
**I'm [17]** 2449/7
2450/4 2456/12 2458/7
2458/9 2460/11
2460/16 2465/8 2465/9
2467/22 2467/23
2467/25 2469/12
2475/22 2477/25
2481/8 2483/15
**I'm going [5]** 2449/23
2458/7 2458/9 2465/8
2483/15
**I'm not [1]** 2467/25
**I'm sure [1]** 2481/8
**I've [6]** 2450/13 2456/9
2459/10 2464/20
2470/7 2471/15
**iCloud [1]** 2450/9
**icons [1]** 2472/23
**image [4]** 2471/24
2473/1 2473/25 2474/1
**images [1]** 2471/23
**iMovie [1]** 2450/11
**implicit [1]** 2455/23

**important [2]** 2461/18
2463/17 2463/19
2464/15 2475/8
2475/15 2475/23
2484/9
**includes [1]** 2484/12
**including [3]** 2455/6
2455/22 2478/10
**income [1]** 2485/13
2485/15
**incorporated [1]**
2486/2
**increase [3]** 2457/12
2457/19 2462/19
**INDEX [2]** 2416/2
2416/8
**inferior [1]** 2479/1
**information [1]**
2450/22
**interest [3]** 2463/24
2463/25 2484/7
**interests [1]** 2474/14
**internationally [2]**
2477/12 2478/5
**interrupt [1]** 2483/16
**investigated [1]**
2465/5
**investigation [3]**
2467/14 2470/14
2470/22
**iOS [1]** 2485/25
**iPhone [9]** 2455/8
2455/12 2456/12
2456/13 2471/25
2472/2 2475/10
2478/13 2483/11
**is [108]** 2448/19
2449/1 2449/18
2449/20 2450/3
2450/24 2451/23
2453/3 2453/7 2453/8
2453/9 2453/13
2453/22 2454/8
2454/11 2454/13
2454/22 2455/1
2455/17 2455/23
2456/16 2456/19
2457/2 2457/2 2457/5
2457/17 2457/25
2458/8 2458/25
2459/21 2460/8
2460/10 2460/12
2461/4 2461/10
2461/21 2461/23
2462/6 2462/24
2463/16 2465/25
2466/14 2466/18
2466/24 2467/6
2467/11 2468/3
2468/16 2468/17
2469/6 2469/8 2469/12
2469/14 2469/21
2470/4 2470/12
2470/24 2471/14
2471/16 2472/24
2473/6 2473/18
2473/20 2473/23
2474/3 2474/6 2474/13

2463/17 2463/19
2464/15 2475/8
2475/15 2475/23
2484/9
**includes [1]** 2484/12
2474/22 2474/25
2475/4 2475/14
2475/14 2475/15
2476/10 2476/17
2476/24 2477/8 2477/8
2478/12 2479/6 2479/8
2479/14 2479/18
2480/14 2482/2 2482/6
2482/10 2482/11
2482/14 2482/20
2482/3 2483/8 2483/11
2484/9 2484/19
2484/20 2484/20
2485/6 2485/16
2485/20 2485/22
2485/24 2486/5
2486/14 2486/18
2545/3
**is that correct [1]**
2474/25
**is that fair [3]** 2457/25
2463/16 2472/24
**is that right [1]**
2453/13
**ISA [41]** 2450/24
2451/1 2451/3 2451/6
2451/10 2451/13
2451/15 2451/25
2452/6 2452/9 2452/16
2453/8 2453/12
2454/22 2463/9
2463/20 2464/9
2465/13 2465/18
2465/22 2466/11
2466/19 2466/25
2467/8 2467/19 2468/2
2468/5 2469/8 2469/8
2470/9 2470/10 2476/2
2477/8 2477/11 2478/4
2478/11 2481/4 2481/8
2485/18 2485/24
2486/1
**issue [1]** 2462/8
**issues [1]** 2448/15
**it [105]** 2450/19 2451/2
2452/2 2453/7 2453/9
2453/14 2453/18
2453/20 2453/21
2453/23 2454/13
2454/22 2456/10
2456/14 2456/15
2457/1 2457/2 2457/12
2457/15 2457/20
2458/2 2458/2 2458/16
2458/17 2458/25
2459/1 2459/1 2459/18
2459/24 2460/10
2460/16 2460/18
2460/19 2460/21
2460/24 2461/4
2461/25 2462/21
2463/24 2464/13
2464/19 2466/14
2466/18 2466/20
2466/24 2467/3 2467/6
2467/11 2467/16
2467/17 2467/23

**I**

it... [54] 2467/24
2468/3 2468/8 2468/15
2468/16 2468/17
2468/25 2469/3 2469/6
2469/14 2469/16
2469/20 2470/6 2470/7
2470/19 2470/19
2471/13 2471/14
2471/20 2472/5 2472/6
2472/10 2473/6
2473/14 2473/21
2474/16 2475/5 2475/6
2475/23 2476/6
2476/25 2477/1 2477/7
2477/8 2478/18
2478/24 2479/8
2479/22 2480/24
2481/8 2481/8 2481/18
2481/19 2481/20
2482/3 2482/17
2482/21 2483/1
2484/20 2484/25
2485/6 2485/23
2485/24 2486/16
**it's** [37] 2449/18
2452/19 2454/7
2454/24 2455/9 2456/1
2457/7 2458/21
2459/19 2460/15
2465/4 2465/15 2467/4
2471/7 2472/7
2472/18 2474/18
2475/8 2475/23 2476/5
2476/6 2476/7 2476/9
2477/10 2477/24
2477/25 2478/7
2480/20 2481/10
2481/11 2481/19
2482/8 2483/8 2483/17
2485/5 2485/8 2486/3
**ITP** [1] 2483/2
**its** [12] 2454/14
2454/21 2455/5
2455/24 2456/3 2456/7
2465/17 2466/12
2467/2 2481/16
2482/13 2484/9
**itself** [1] 2485/24

**J**

**January** [2] 2460/9
2479/7
**job** [1] 2464/2
**John** [1] 2415/2
**jon.sallet** [1] 2414/16
**Jonathan** [1] 2414/11
**Jr** [1] 2414/17
**jschmidtlein** [1]
2415/5
**JUDGE** [1] 2413/10
**Judicial** [1] 2414/13
**judiciary** [1] 2471/20
**just** [21] 2448/11
2450/19 2453/1 2453/6
2453/25 2454/7
2458/24 2460/11
2462/15 2462/16

2466/14 2468/1 2472/7
2473/16 2475/9
2478/14 2481/21
2484/4 2486/17
**JUSTICE** [2] 2414/2
2414/6
**JX33** [9] 2453/2 2453/3
2453/8 2453/10
2453/12 2454/3 2454/7
2466/21 2470/2

**K**

**Kara** [1] 2414/6
**keep** [1] 2461/25
**Kenneth** [2] 2414/2
2415/2
**kenneth.dintzer2** [1]
2414/5
**kind** [3] 2455/11
2455/17 2470/14
**knew** [3] 2455/16
2455/16 2481/7
**know** [24] 2450/14
2455/1 2457/2 2462/16
2463/10 2463/22
2464/18 2464/20
2465/1 2465/1 2465/3
2467/10 2467/12
2467/12 2467/22
2468/8 2468/14
2472/14 2476/11
2476/21 2476/21
2478/13 2480/23
2481/19
**knowledge** [3] 2467/24
2468/22 2468/24
**known** [1] 2450/24
**Korea** [1] 2477/25

**L**

**language** [4] 2469/12
2469/12 2469/14
2470/16
**last** [5] 2448/14
2449/18 2460/15
2462/23 2480/14
**later** [1] 2448/12
**LAW** [1] 2414/11
**lawsuit** [1] 2468/18
**lawyer** [1] 2467/21
**lawyers** [2] 2468/1
2468/23
**lead** [1] 2451/17
**learned** [1] 2456/14
**led** [1] 2480/5
**left** [2] 2468/25
2471/24
**legal** [4] 2467/11
2467/12 2467/15
2468/9
**let** [2] 2469/16 2475/19
**let's** [3] 2460/20
2482/17 2483/17
**letter** [3] 2459/12
2459/12 2459/13
**level** [5] 2467/14
2470/13 2470/17

**like** [23] 2450/10
2450/11 2450/15
2452/11 2453/1 2454/6
2455/1 2457/3 2457/7
2457/8 2462/21
2463/24 2464/18
2467/15 2470/6 2471/8
2471/19 2474/25
2476/8 2476/19 2477/2
2479/4 2484/15
**limitations** [1] 2466/11
**limited** [1] 2477/8
**limits** [1] 2468/24
**line** [5] 2461/21 2466/5
2482/2 2485/7 2486/18
**little** [2] 2448/12
2486/5
**LLC** [1] 2413/6
**LLP** [2] 2414/18 2415/3
**load** [1] 2456/24
**loaded** [1] 2454/21
**location** [5] 2473/4
2473/21 2473/22
2473/23 2476/11
**log** [1] 2482/21
**long** [3] 2450/12
2450/18 2451/25
**look** [12] 2453/2
2459/10 2463/22
2465/24 2470/6
2472/12 2473/1
2473/25 2475/11
2480/24 2485/12
2485/22
**looked** [1] 2470/7
**looking** [3] 2453/6
2471/24 2481/21
**lot** [11] 2450/8 2457/15
2464/4 2464/13
2464/19 2467/12
2472/18 2480/8 2480/8
2481/18 2481/20
**love** [1] 2457/4

**M**

**Mac** [6] 2456/13
2456/15 2471/18
2478/10 2478/11
2479/1
**made** [2] 2455/7
2474/9
**maintain** [2] 2459/6
2462/21
**make** [18] 2453/6
2455/14 2458/1
2461/18 2464/11
2471/5 2471/5 2471/19
2473/9 2473/16 2474/7
2475/25 2476/24
2477/1 2480/8 2483/1
2483/4 2486/1
**makes** [3] 2452/21
2452/22 2475/6
**making** [1] 2476/23
**manner** [2] 2466/20
2467/1
**manufacturers** [2]

**maps** [9] 2450/10
2473/2 2473/3 2473/12
2473/18 2473/20
2473/21 2473/23
2476/11
**marked** [2] 2459/5
2471/15
**massive** [1] 2483/8
**matter** [2] 2449/21
2545/4
**may** [5] 2448/15
2449/25 2458/8
2458/23 2471/10
**maybe** [1] 2468/23
**me** [4] 2453/22
2460/20 2468/6
2469/11
**Meagan** [3] 2414/6
2448/21 2449/20
**meagan.bellshaw** [1]
2414/9
**mean** [7] 2453/14
2456/21 2459/20
2462/4 2466/13 2471/1
2478/25
**means** [2] 2468/9
2469/16
**mechanical** [1]
2415/10
**media** [1] 2486/18
**meet** [1] 2449/5
**meeting** [4] 2461/2
2461/4 2461/7 2461/13
**MEHTA** [1] 2413/9
**memory** [1] 2469/20
**mentioned** [3] 2456/20
2467/14 2478/9
**Merit** [1] 2415/6
**met** [1] 2449/21
**middle** [2] 2473/1
2473/7
**might** [1] 2453/21
**million** [1] 2480/15
**minimize** [1] 2472/11
**minutes** [1] 2486/17
**mistake** [1] 2476/7
**mobile** [1] 2454/14
**moment** [2] 2454/20
2470/6
**money** [9] 2452/21
2452/22 2456/25
2457/17 2457/25
2458/1 2466/13
2466/14 2472/7
**more** [15] 2452/21
2452/22 2457/17
2457/25 2458/1
2464/13 2468/14
2469/17 2471/2 2472/9
2472/10 2483/12
2484/4 2486/21
2486/22
**morning** [6] 2413/7
2448/13 2449/15
2460/14 2468/20
2483/17
**most** [1] 2456/22

**move** [5] 2459/16
2463/3 2463/9 2479/9
2484/22
**Mr** [1] 2465/20
**Mr.** [57] 2448/14
2448/19 2448/22
2449/3 2449/15
2449/20 2450/3
2450/21 2452/24
2453/4 2454/6 2457/9
2458/7 2458/25 2459/4
2460/5 2460/8 2460/11
2460/15 2461/2 2461/5
2461/11 2461/14
2461/19 2461/24
2462/4 2462/11
2462/24 2463/1 2463/7
2465/8 2465/10
2465/11 2466/18
2467/6 2467/18
2467/25 2469/1 2469/6
2469/18 2470/2
2470/20 2471/13
2471/22 2475/22
2477/5 2479/4 2479/19
2480/3 2483/13
2483/16 2483/21
2484/4 2484/15 2485/4
2486/6 2486/10
**Mr. Cook** [7] 2460/8
2460/15 2461/2
2461/11 2465/10
2479/19 2480/3
**Mr. Cue** [36] 2449/3
2449/15 2449/20
2450/3 2450/21
2452/24 2453/4 2454/6
2458/7 2458/25 2459/4
2460/5 2460/11 2465/8
2466/18 2467/6
2467/18 2467/25
2469/1 2469/6 2469/18
2470/2 2470/23
2471/13 2471/22
2475/22 2477/5 2479/4
2483/13 2483/16
2483/21 2484/4
2484/15 2485/4 2486/6
2486/10
**Mr. Cue's** [2] 2448/14
2465/11
**Mr. Eduardo** [1]
2448/22
**Mr. Pichai** [10] 2457/9
2461/5 2461/14
2461/19 2461/24
2462/4 2462/24 2463/1
2463/7 2465/11
**Mr. Pichai's** [1]
2462/11
**Ms.** [3] 2449/7 2483/15
2484/1
**Ms. Bellshaw** [3]
2449/7 2483/15 2484/1
**much** [2] 2476/13
2483/11
**multiple** [1] 2474/8

**M**

music [1] 2450/10
my [9] 2449/20
2457/22 2459/12
2459/21 2463/11
2463/23 2465/5
2467/23 2470/18
myself [1] 2462/15

**N**

name [3] 2449/16
2449/18 2449/20
near [1] 2464/22
need [4] 2463/1
2471/17 2478/3
2486/17
needed [1] 2478/8
needs [1] 2472/14
negotiate [2] 2463/12
2469/14
negotiated [1] 2458/3
negotiating [3] 2451/13 2481/3
negotiation [1]
2461/22
negotiations [5]
2451/21 2451/25
2457/9 2457/10
2462/22
negotiator [1] 2451/17
Neither [1] 2462/17
net [2] 2452/19 2466/1
never [2] 2463/22
2476/16
new [7] 2414/19
2455/10 2455/10
2457/1 2471/25
2474/22 2475/2
next [8] 2448/23
2459/24 2461/10
2461/24 2463/2 2473/8
2481/24 2483/6
Nice [1] 2449/5
night [1] 2448/14
no [17] 2413/4 2448/11
2456/8 2461/17
2465/16 2466/13
2466/17 2475/20
2477/23 2478/2 2478/3
2479/12 2479/13
2484/24 2486/11
2486/21 2486/22
not [51] 2451/5 2451/8
2451/14 2452/19
2452/24 2454/19
2454/24 2455/8
2456/25 2458/13
2459/9 2459/22
2460/11 2460/16
2461/17 2462/20
2463/8 2464/5 2464/15
2465/4 2465/16
2466/17 2467/22
2467/25 2470/18
2473/11 2473/22
2474/11 2474/20
2474/25 2475/5 2475/9
2476/2 2476/5 2476/6

2478/12 2478/23
2478/23 2480/23
2481/7 2481/19 2482/2
2482/20 2483/21
2484/20 2485/22
2486/2 2486/3 2486/14
Notes [1] 2450/10
nothing [2] 2454/1
2457/7
now [5] 2452/25
2471/14 2486/14
number [8] 2458/11
2461/17 2472/12
2479/23 2480/11
2481/10 2481/25
2485/5
numbers [2] 2457/11
2485/6
NW [4] 2414/3 2414/7
2415/3 2415/8
NY [1] 2414/19

**O**

oath [1] 2449/1
objection [4] 2468/19
2479/12 2479/13
2484/24
objective [1] 2465/5
obligation [3] 2467/7
2467/19 2468/4
obviously [1] 2472/17
off [1] 2465/1
offer [1] 2475/8
offered [1] 2473/20
Official [1] 2415/7
oh [2] 2450/14 2471/7
Okay [10] 2458/21
2459/18 2460/1
2460/19 2460/24
2460/25 2469/4
2469/24 2486/8
2486/12
once [2] 2449/21
2473/21
one [31] 2453/6 2455/9
2456/18 2457/4
2457/11 2457/16
2457/17 2457/19
2457/22 2460/12
2460/17 2470/18
2473/6 2473/8 2475/14
2475/14 2475/19
2476/17 2476/18
2477/16 2477/16
2477/18 2477/20
2477/23 2478/12
2478/17 2481/10
2483/2 2483/13 2485/5
2485/24
online [1] 2483/14
only [5] 2456/16
2456/18 2459/20
2468/13 2475/5
open [5] 2448/9
2448/18 2448/20
2486/7 2486/16
opens [3] 2473/2

operating [2] 2485/13
2485/15
operative [1] 2454/3
option [1] 2473/17
options [5] 2469/2
2469/7 2472/10
2472/22 2476/1
original [1] 2451/10
originally [1] 2457/20
other [15] 2454/2
2454/17 2455/4
2455/18 2456/22
2456/22 2456/25
2462/16 2463/17
2470/18 2475/14
2477/22 2477/24
2477/24 2482/23
others [1] 2472/17
our [30] 2448/23
2450/9 2455/11
2455/15 2456/5 2457/7
2457/19 2460/13
2462/22 2462/22
2463/25 2465/2
2467/11 2467/15
2469/15 2469/15
2470/18 2472/5 2477/3
2477/4 2478/19 2479/3
2480/7 2480/8 2481/11
2482/24 2483/3 2483/5
2483/17 2483/18
out [16] 2453/24
2457/6 2458/9 2459/1
2460/21 2464/21
2471/6 2471/8 2471/25
2472/4 2475/9 2476/3
2477/17 2477/20
2477/24 2478/2
over [6] 2450/19
2451/25 2457/9
2459/10 2477/14
2482/25
overflow [1] 2486/24
own [1] 2465/2

**P**

p.m [2] 2544/19
2544/19
page [13] 2470/4
2479/22 2480/10
2481/9 2481/24
2481/24 2482/8 2483/6
2483/6 2485/4 2485/6
2485/6 2485/12
page 10 [1] 2481/9
page 2 [1] 2479/22
page 5 [1] 2480/10
pages [2] 2471/23
2481/21
paid [1] 2456/23
2457/17 2457/24
2465/17 2466/4 2466/4
parameters [1]
2448/16
part [1] 2464/16
parties [2] 2468/11
2468/16 2469/2 2470/9

parties' [1] 2448/14
party [7] 2455/1 2455/5
2455/6 2455/9 2455/21
2456/4 2456/6
pass [3] 2449/23
2458/9 2471/8
past [1] 2462/18
PATTERSON [1]
2414/17
Pause [2] 2486/23
2487/2
pay [3] 2461/25
2462/12 2465/25
payments [1] 2466/15
pays [1] 2466/9
pbwt.com [1] 2414/20
people [2] 2472/17
2472/19
percentage [12]
2452/17 2457/12
2459/22 2461/18
2461/21 2462/1
2462/12 2463/5 2463/8
2465/25 2466/5 2466/8
percentages [3]
2459/7 2459/9 2465/20
perhaps [1] 2468/21
permission [3]
2480/15 2480/21
2481/3
permit [1] 2476/2
personal [1] 2454/15
perspective [1]
2478/25
phone [7] 2455/15
2472/6 2472/17
2472/21 2475/7
2475/14 2479/2
phones [3] 2471/6
2472/19 2472/24
Pichai [11] 2451/23
2457/9 2461/5 2461/14
2461/19 2461/24
2462/4 2462/24 2463/1
2463/7 2465/11
Pichai's [1] 2462/11
pick [2] 2473/17
2475/18
picked [1] 2478/18
picking [3] 2475/11
2475/18 2476/15
piece [1] 2485/24
place [2] 2452/1
2466/11
placed [1] 2449/1
Plaintiff [2] 2414/10
2449/11 2486/9
PLAINTIFF's [2]
2416/5 2416/10
Plaintiffs [2] 2413/4
2414/2
Plaintiffs' [3] 2460/2
2479/16 2485/1
plan [2] 2456/6
2459/25
platform [1] 2482/24
platforms [1] 2482/23

parties' [1] ...
play [2] 2451/3
2451/12
please [8] 2448/25
2449/16 2470/2
2479/22 2480/10
2481/9 2481/24 2483/6
point [3] 2463/11
2468/9 2472/14
policy [1] 2482/2
portion [1] 2485/24
position [3] 2450/3
2462/11
positions [1] 2462/22
possible [2] 2472/9
2480/9
precisely [1] 2458/25
preinstall [2] 2455/24
2456/2
preload [7] 2454/14
2455/4 2455/6 2455/8
2455/21 2456/4 2456/6
preloaded [2] 2455/12
2455/12
present [1] 2476/20
presentation [2]
2479/24 2481/16
presented [2] 2472/1
2474/23
presents [2] 2472/2
2473/13
preset [1] 2456/16
president [2] 2450/4
2450/7
pretty [1] 2476/13
Prettyman [1] 2415/8
privacy [19] 2473/8
2473/17 2474/12
2475/15 2477/6
2479/19 2479/25
2480/5 2480/7 2480/12
2481/7 2481/12
2481/17 2482/13
2483/5 2483/14 2484/5
2484/7 2484/9
private [2] 2480/9
2483/12
privileged [1] 2468/21
probably [2] 2450/14
2455/23
problem [3] 2467/16
2468/8 2475/20
proceeding [1]
2468/18
proceedings [5]
2413/9 2415/10 2417/2
2487/5 2545/4
produced [1] 2415/11
products [1] 2457/5
profits [1] 2485/19
promote [1] 2448/18
prompt [2] 2474/19
2474/21
protect [1] 2483/3
protecting [1] 2484/9
Protection [1] 2414/12
provide [5] 2472/20
2473/6 2473/16
2478/15 2479/2
provided [2] 2450/9

**P**

provided... [1] 2464/1
provider [4] 2454/9 2477/13 2478/5 2478/6
providing [1] 2478/21
provision [2] 2454/8 2469/21
provisions [1] 2469/18
put [7] 2452/24 2455/19 2456/23 2458/13 2467/11 2468/7 2470/17

**Q**

queries [2] 2478/11 2478/13
question [6] 2460/20 2464/17 2465/9 2466/22 2467/21 2483/16
questioning [1] 2459/21
questions [9] 2459/12 2460/12 2460/22 2468/22 2469/17 2472/12 2484/4 2486/6 2486/9
quickly [1] 2472/9
quite [1] 2485/7
quote [1] 2482/1

**R**

raise [2] 2448/15 2448/25
Ralph [1] 2414/13
ran [1] 2485/9
rate [1] 2457/21
re [2] 2463/12 2486/16
re-negotiate [1] 2463/12
re-open [1] 2486/16
reach [1] 2464/8
reached [1] 2448/16
read [1] 2484/21
ready [3] 2449/7 2484/1 2487/3
really [8] 2455/20 2457/2 2457/3 2457/8 2465/4 2472/14 2475/15 2477/1
Realtime [1] 2415/7
reason [4] 2448/11 2456/25 2459/1 2486/25
reasonable [1] 2448/19
reasons [1] 2455/9
recall [3] 2469/13 2470/12 2470/24
receive [1] 2465/22
received [4] 2457/13 2460/2 2479/16 2485/1
recess [3] 2483/24 2483/25 2544/19
recognize [1] 2474/1
recollection [1] 2470/8
record [2] 2449/17 2545/3

recorded [1] 2459/19
recover [1] 2452/18
RECROSS [1] 2416/4
red [1] 2459/8
redacted [1] 2460/13
redaction [1] 2458/14
REDIRECT [1] 2416/4
refer [2] 2461/19 2480/19
referring [1] 2463/4
reflected [2] 2454/2 2466/1 2466/5
refresh [1] 2470/8
refreshes [1] 2469/20
regarding [2] 2459/21 2461/7
Registered [1] 2415/6
regulators [1] 2468/12
regulatory [2] 2468/18 2470/11
related [4] 2468/14 2469/12 2470/17 2470/21
relates [1] 2481/8
remains [2] 2466/20 2467/1
remember [1] 2453/18
Reminders [1] 2450/11
repeat [1] 2466/22
rephrase [1] 2462/8
report [2] 2450/16 2450/17
reported [2] 2465/10 2485/22
Reporter [4] 2415/6 2415/6 2415/7 2415/7
represent [2] 2449/21 2471/22
requests [2] 2467/13 2472/18
require [1] 2482/20
required [2] 2474/19 2474/20
requires [1] 2454/8
resolution [1] 2471/17
respect [2] 2482/14 2483/5
respected [1] 2480/7
response [2] 2461/11 2461/13
responsibilities [1] 2450/6
responsible [1] 2462/17
result [1] 2460/13
resume [1] 2483/18
rev [4] 2457/20 2458/6 2461/16 2462/19
rev share [4] 2457/20 2458/6 2461/16 2462/19
revenue [13] 2452/13 2452/17 2452/19 2452/19 2452/21 2457/12 2457/24 2461/21 2463/5 2463/8 2465/22 2466/1 2466/12

right [29] 2448/20 2448/25 2452/25 2453/13 2457/6 2457/18 2458/3 2464/10 2471/6 2472/7 2473/14 2473/19 2474/1 2474/24 2475/4 2475/9 2475/20 2477/4 2478/6 2478/24 2479/11 2479/13 2480/14 2482/2 2484/25 2485/16 2485/20 2486/13
rise [1] 2483/23
RMR [2] 2545/2 2545/8
role [5] 2450/12 2450/13 2451/2 2451/6 2451/12
room [2] 2486/18 2486/24
Rosetta [7] 2458/9 2459/4 2459/10 2459/17 2465/24 2486/21 2486/22
roughly [1] 2452/2
Row [1] 2466/1
run [1] 2450/8
running [3] 2450/13 2472/6 2472/9
Russia [1] 2477/25

**S**

Safari [13] 2454/9 2454/11 2454/14 2454/18 2455/4 2456/19 2466/2 2466/19 2467/1 2480/15 2481/2 2483/1 2486/1
Safari's [1] 2452/7
said [10] 2456/9 2458/2 2461/17 2461/25 2464/18 2467/15 2467/16 2469/11 2470/13 2470/19
Sallet [1] 2414/11
same [3] 2466/8 2467/4 2470/12
say [4] 2453/23 2459/9 2467/23 2468/7
saying [3] 2457/11 2462/20 2465/20
says [1] 2482/21
scenario [1] 2456/10
Schmidt [2] 2482/1 2482/6
Schmidtlein [1] 2415/2
Sconcierge [1] 2476/18
screen [11] 2452/25 2458/13 2470/24 2471/13 2471/17 2473/6 2473/13 2474/23 2475/2 2476/2 2485/8
screens [2] 2453/1 2475/24

search [27] 2452/7 2454/9 2456/2 2456/16 2456/19 2461/7 2464/2 2466/19 2466/25 2475/11 2475/18 2476/3 2476/15 2476/5 2477/6 2477/12 2477/13 2477/19 2478/5 2478/5 2478/11 2478/12 2478/13 2482/9 2482/12 2482/14 2482/19
Searchers [1] 2482/21
searches [2] 2452/13 2484/13
searching [2] 2452/11 2464/22
seat [1] 2448/24
second [5] 2454/21 2454/21 2454/23 2460/15 2473/6
secondly [1] 2455/14
section [4] 2414/12 2454/7 2470/4 2481/15
Section 1A [1] 2454/7
Section 9 [1] 2470/4
secure [1] 2480/9
see [20] 2453/6 2456/10 2453/16 2459/7 2459/11 2461/1 2462/2 2469/3 2469/19 2473/7 2475/24 2479/20 2480/1 2480/12 2480/17 2480/24 2481/13 2482/4 2483/19 2485/12
seeing [1] 2473/5
seen [1] 2468/24
select [1] 2472/23
sells [1] 2478/10
send [2] 2478/11 2480/3
sending [1] 2478/13
senior [2] 2450/4 2450/6
sent [2] 2479/6 2479/19
sentence [6] 2460/12 2460/13 2460/15 2461/19 2461/24 2462/23
September [4] 2413/5 2485/10 2485/10 2545/7
service [1] 2478/16
services [6] 2450/4 2450/7 2450/8 2450/14 2466/22 2466/25
session [5] 2413/7 2448/13 2469/23 2486/7 2486/14
set [12] 2452/6 2453/24 2454/8 2469/7 2470/23 2471/6

Sealed [2] 2487/5 2477/11 2478/4 2483/13 2486/24
setting [4] 2471/25 2472/19 2472/25 2477/20
settlement [1] 2481/1
several [1] 2451/11
share [12] 2457/12 2457/20 2457/24 2458/6 2461/16 2461/21 2462/19 2463/5 2463/8 2465/17 2465/22 2466/12
shortly [1] 2483/19
should [6] 2461/25 2462/12 2465/12 2469/18 2470/10 2471/13
shouldn't [2] 2463/3 2463/9
show [5] 2469/11 2469/19 2475/25 2476/1 2476/9
sic [1] 2485/5
side [2] 2464/2 2483/13
sign [2] 2451/1 2453/10
signed [2] 2452/3 2466/6
significant [3] 2472/7 2484/7 2485/18
similar [2] 2466/20 2467/1
simple [1] 2457/5
simply [1] 2475/22
since [4] 2466/5 2467/3 2467/5 2480/4
sit [4] 2463/2 2467/6 2467/18 2468/3
sitting [1] 2469/6
size [2] 2472/16 2472/23
slide [5] 2479/18 2480/12 2481/11 2482/8 2482/10
small [1] 2476/17
smartphone [1] 2470/25
Smurzynski [1] 2415/2
so [57] 2448/11 2452/19 2452/21 2454/2 2454/24 2455/11 2455/12 2455/15 2455/21 2456/11 2456/16 2456/18 2456/25 2457/4 2457/22 2458/17 2459/4 2461/25 2462/18 2462/21 2463/1 2464/4 2464/17 2464/22 2465/16 2467/4 2467/16 2469/15 2470/19 2472/8 2472/9 2472/10 2472/20 2472/22 2473/9

**so... [22]** 2474/22
2475/6 2475/8 2475/19
2476/20 2476/24
2477/2 2477/17
2477/20 2477/23
2478/4 2478/17
2478/21 2479/2 2481/7
2483/3 2483/18 2484/8
2486/3 2486/13
2486/14 2486/25
**So it's [1]** 2452/19
**software [7]** 2454/11
2455/9 2455/15
2455/16 2455/19
2455/21 2456/23
**some [14]** 2448/16
2449/23 2452/25
2454/2 2458/9 2467/14
2470/13 2470/14
2471/5 2472/17
2474/17 2477/7 2478/9
2483/1
**something [16]**
2450/15 2454/24
2455/15 2465/4
2465/15 2469/13
2472/18 2476/5 2476/7
2476/8 2476/19
2476/21 2478/7
2482/18 2484/20
2486/3
**Sorry [1]** 2466/22
**sought [1]** 2461/22
**source [1]** 2455/16
**South [1]** 2477/25
**speaking [1]** 2456/12
**specific [7]** 2452/12
2457/11 2461/17
2465/20 2466/15
2469/17 2471/2
**specifically [1]**
2456/12
**specifics [1]** 2469/21
**spell [1]** 2449/16
**spelled [2]** 2449/18
2449/19
**spend [2]** 2464/4
2464/19
**spent [2]** 2472/7
2472/11
**split [6]** 2452/16
2461/22 2463/5 2463/8
2466/8 2466/12
**square [3]** 2459/8
2460/17 2460/18
**St [1]** 2415/3
**stands [1]** 2483/23
**start [2]** 2462/22
2471/24
**started [2]** 2473/15
2480/5
**starting [3]** 2448/12
2462/15 2462/16
**state [2]** 2414/11
2449/16
**stated [2]** 2470/13
2483/11

**statement [1]** 2467/1
**STATES [11]** 2413/1
2413/3 2413/10
2448/22 2449/21
2471/16 2477/8
2477/13 2478/2 2478/6
2486/9
**stenography [1]**
2415/10
**step [2]** 2460/22
2460/23
**steps [2]** 2469/8
2470/10
**still [1]** 2454/3
**Stone [6]** 2459/4
2459/10 2459/17
2465/24 2486/21
2486/22
**Stones [1]** 2458/10
**store [3]** 2455/11
2455/11 2456/1
**streamlined [1]** 2486/5
**Street [2]** 2414/3
2414/7
**stuff [1]** 2457/1
**subject [3]** 2458/17
2468/12 2468/17
**substantially [3]**
2466/20 2467/1 2467/4
**successful [1]** 2486/2
**such [1]** 2475/23
**Suite [2]** 2414/14
2414/19
**summarize [1]** 2481/16
**Sundar [5]** 2451/22
2451/23 2462/15
2463/23 2464/7
**support [4]** 2467/8
2467/19 2468/4
2471/23
**sure [9]** 2450/1 2453/6
2455/14 2466/23
2469/12 2474/7
2478/25 2481/8 2483/4
**surprisingly [1]**
2462/20
**switch [2]** 2477/2
2477/2
**SWORN [1]** 2449/11

**T**

**tab [2]** 2453/2 2458/8
**take [7]** 2452/1
2460/22 2469/8 2470/6
2470/9 2472/4 2483/17
**talk [1]** 2481/8
**talked [3]** 2468/20
2469/22 2470/22
**technology [3]**
2452/11 2458/4 2484/6
**tell [1]** 2463/7
**telling [1]** 2453/22
**tend [1]** 2456/23
**term [1]** 2455/18
**terminate [1]** 2468/17
**termination [1]**
2453/24
**terms [10]** 2448/17

2463/4 2463/21 2464/9
2465/12 2465/15
2468/22
**tested [1]** 2463/22
**testimony [4]** 2448/15
2448/17 2448/19
2483/22
**text [2]** 2472/16
2472/23
**than [10]** 2448/12
2454/2 2454/17 2455/4
2457/21 2464/13
2477/24 2481/7
2482/14 2483/12
**Thank [20]** 2448/21
2449/2 2449/6 2449/9
2452/20 2458/16
2458/22 2459/14
2459/15 2460/7 2462/9
2471/11 2479/13
2479/15 2483/20
2484/2 2486/16
2486/19 2486/20
2487/4
**Thank you [17]**
2448/21 2449/2
2452/20 2458/16
2458/22 2459/14
2459/15 2460/7 2462/9
2479/13 2479/15
2483/20 2484/2
2486/16 2486/19
2486/20 2487/4
**that [205]**
**that's [42]** 2450/25
2451/19 2451/24
2452/5 2452/8 2452/18
2452/23 2453/16
2453/25 2454/5
2454/10 2455/18
2456/1 2461/6 2461/9
2461/12 2461/15
2461/20 2462/21
2462/25 2463/6
2463/18 2466/3 2466/7
2466/8 2466/10
2467/21 2472/3
2472/25 2473/24
2475/1 2475/5 2476/5
2477/2 2480/2 2481/7
2482/22 2483/10
2484/14 2485/11
2485/17 2486/25
**their [17]** 2452/18
2456/23 2467/11
2471/6 2472/1 2472/6
2472/19 2472/19
2472/24 2473/3
2473/21 2473/22
2475/9 2476/3 2480/15
2481/3 2484/13
**them [14]** 2456/24
2457/16 2459/18
2469/16 2469/18
2472/8 2472/23
2473/13 2474/10
2474/23 2474/24

2478/20
**then [18]** 2448/14
2452/3 2458/8 2460/20
2465/15 2465/24
2469/21 2469/22
2470/16 2472/22
2473/1 2473/25
2474/20 2477/1 2480/4
2481/21 2485/15
2486/15
**there [22]** 2453/4
2455/19 2459/21
2460/12 2461/17
2462/24 2464/21
2464/23 2467/1
2467/11 2467/15
2469/3 2469/12
2469/13 2469/13
2469/21 2476/16
2477/14 2477/16
2477/21 2478/3
2484/17
**there's [11]** 2448/11
2457/6 2464/21
2465/16 2467/10
2471/1 2477/23 2478/2
2479/24 2482/1 2483/2
**these [6]** 2462/17
2470/16 2471/22
2475/12 2475/25
2476/9
**they [34]** 2452/15
2452/18 2455/19
2456/23 2456/24
2457/2 2457/6 2457/6
2459/8 2459/11
2463/17 2464/1
2467/13 2467/14
2467/15 2469/8
2470/22 2471/7
2472/19 2473/2
2473/17 2473/20
2473/21 2473/22
2475/4 2475/9 2476/20
2476/21 2476/22
2478/22 2480/20
2481/23 2482/22
**they'd [2]** 2474/25
2477/2
**they're [9]** 2457/5
2466/17 2472/19
2473/9 2473/10
2473/10 2474/20
2474/23 2476/22
**thing [10]** 2458/3
2458/3 2459/20
2468/14 2470/12
2470/18 2475/21
2477/4 2478/17
2480/23
**things [11]** 2450/9
2450/11 2457/4
2463/18 2472/13
2475/13 2475/13
2482/25 2483/3 2483/4
2486/1

2454/24 2462/7
2464/11 2464/14
2464/21 2467/3
2468/23 2468/25
2471/13 2472/5
2472/13 2473/5 2475/1
2475/12 2475/13
2475/20 2476/7
2477/24 2480/4
2480/20 2481/18
2483/11 2484/8
2486/25
**thinking [1]** 2464/19
**thinks [1]** 2475/23
**third [7]** 2455/1 2455/5
2455/6 2455/9 2455/21
2456/4 2456/6
**third-party [7]** 2455/1
2455/5 2455/6 2455/9
2455/21 2456/4 2456/6
**this [47]** 2448/13
2449/21 2454/8
2455/23 2456/13
2458/4 2458/4 2458/10
2458/13 2459/1
2459/22 2459/22
2460/12 2460/14
2460/22 2462/5 2462/6
2462/15 2462/17
2462/18 2463/23
2464/11 2465/5 2466/5
2467/3 2468/11
2468/14 2468/20
2468/24 2470/8
2470/12 2470/16
2471/16 2472/20
2473/15 2474/3
2474/19 2474/19
2474/23 2475/2
2475/11 2480/3
2481/15 2482/10
2482/11 2483/23
2484/20
**those [11]** 2451/13
2451/20 2457/10
2459/9 2466/15
2472/12 2473/10
2475/16 2477/7
2477/18 2486/1
**thought [10]** 2454/25
2458/2 2463/25
2472/15 2476/25
2477/16 2477/19
2478/7 2480/6 2481/6
**three [1]** 2473/13
**through [4]** 2453/6
2480/24 2481/21
2481/22
**tied [1]** 2482/22
**Tim [2]** 2450/17 2479/7
**Tim Cook [1]** 2479/7
**time [23]** 2453/14
2462/15 2463/11
2464/4 2464/19
2464/21 2464/24
2465/5 2466/21
2467/13 2468/10

2555

**T**

**time... [12]** 2472/11 2472/14 2473/2 2473/10 2473/11 2473/12 2475/3 2475/5 2477/14 2482/7 2482/25 2486/25
**Timeline [1]** 2480/12
**times [1]** 2451/11
**titled [2]** 2479/24 2545/4
**today [8]** 2464/21 2466/9 2467/6 2467/18 2468/3 2469/7 2486/25 2486/25
**told [6]** 2462/24 2463/1 2463/10 2465/10 2465/11 2468/23
**took [1]** 2471/22
**top [1]** 2480/14
**track [5]** 2474/17 2474/23 2474/24 2475/3 2483/1
**tracked [2]** 2474/8 2476/13
**tracking [7]** 2473/23 2474/3 2474/6 2474/13 2480/20 2481/2 2483/9
**tracks [1]** 2480/14
**transcript [3]** 2413/9 2415/10 2545/3
**transcription [1]** 2415/11
**transparency [3]** 2474/4 2474/6 2474/13
**treat [1]** 2478/19
**TRIAL [1]** 2413/9
**truly [1]** 2465/4
**try [1]** 2472/8
**trying [1]** 2463/11
**turn [8]** 2470/2 2479/22 2480/10 2481/9 2481/24 2482/8 2483/6 2485/4
**Turning [1]** 2457/9
**TV [1]** 2450/10
**two [2]** 2455/9 2475/12
**TYLER [1]** 2414/18
**types [1]** 2478/10
**typically [1]** 2484/20

**U**

**U.S [2]** 2414/2 2414/6
**ultimately [4]** 2458/1 2464/14 2465/15 2465/21
**under [12]** 2449/1 2452/6 2452/16 2465/17 2465/22 2466/18 2466/25 2467/13 2470/8 2477/11 2478/4 2478/10
**Underlined [1]** 2460/19
**understand [7]** 2452/25 2459/14 2462/4 2462/11 2470/14 2476/22

**understanding [12]** 2454/22 2461/4 2466/18 2466/24 2467/7 2468/1 2468/3 2468/16 2468/22 2469/2 2469/6 2469/20
**understands [2]** 2476/12 2476/14
**unenforceable [2]** 2469/9 2470/11
**Unit [1]** 2414/12
**UNITED [10]** 2413/1 2413/3 2413/10 2448/22 2449/21 2471/16 2477/8 2477/13 2478/2 2478/6
**United States [7]** 2448/22 2449/21 2471/16 2477/8 2477/13 2478/2 2478/6
**up [14]** 2449/23 2456/24 2471/6 2471/25 2472/6 2472/8 2472/19 2472/21 2473/12 2475/4 2475/14 2482/2 2485/7 2486/24
**UPX4001 [3]** 2459/5 2459/17 2460/2
**UPX594 [3]** 2458/8 2460/5 2460/8
**UPX790 [10]** 2479/5 2479/6 2479/10 2479/16 2479/18 2479/22 2480/10 2481/9 2481/25 2483/7
**UPX8015 [2]** 2485/4 2485/12
**UPX8105 [3]** 2484/16 2484/23 2485/1
**UPXD009 [6]** 2471/15 2471/25 2473/2 2474/1 2474/24 2475/24
**us [3]** 2458/3 2462/17 2477/20
**usdoj.gov [2]** 2414/5 2414/9
**use [15]** 2457/5 2458/10 2459/12 2459/13 2466/14 2466/15 2466/19 2466/25 2467/2 2472/8 2473/3 2473/20 2473/21 2473/21 2475/9
**used [1]** 2466/21
**user [11]** 2473/2 2473/12 2473/20 2474/19 2474/22 2475/2 2475/3 2475/4 2475/23 2476/20 2482/21
**user's [2]** 2474/13 2477/6
**users [12]** 2471/5 2472/1 2472/22 2474/17 2475/8 2476/3

2480/21 2481/2 2484/6 2484/12
**users' [2]** 2480/7 2484/9
**uses [1]** 2466/12
**using [4]** 2473/10 2473/22 2474/8 2477/12
**usually [1]** 2448/12

**V**

**valid [1]** 2464/23
**variety [1]** 2450/11
**various [1]** 2471/23
**versus [2]** 2479/1 2482/11
**very [17]** 2455/7 2455/12 2455/18 2456/9 2457/5 2457/5 2457/7 2464/5 2471/17 2472/5 2475/12 2476/10 2476/17 2477/17 2477/22 2478/14 2482/20
**vice [2]** 2450/4 2450/7
**view [4]** 2463/23 2468/9 2481/16 2483/8
**viewpoint [1]** 2470/20
**vs [1]** 2413/5

**W**

**walk [4]** 2463/20 2464/9 2465/12 2465/16
**want [12]** 2455/17 2455/20 2458/17 2460/11 2472/15 2472/19 2473/16 2473/18 2475/16 2476/10 2478/20 2479/2
**wanted [8]** 2455/14 2455/23 2457/24 2465/17 2474/7 2476/6 2476/7 2478/15
**wanting [1]** 2462/18
**was [60]** 2451/2 2451/20 2452/2 2452/3 2453/17 2453/18 2453/20 2453/25 2455/15 2457/11 2457/16 2457/19 2457/20 2457/22 2458/2 2458/2 2458/5 2458/11 2461/4 2461/7 2461/17 2462/21 2463/11 2463/17 2463/20 2463/22 2463/24 2463/24 2464/15 2465/6 2466/5 2466/21 2466/21 2467/11 2467/16 2468/13 2468/13 2468/25 2469/13 2469/14 2470/15 2470/19 2470/19 2474/7 2474/9 2476/25

2477/18 2477/19 2477/23 2478/3 2478/17 2478/21 2480/5 2480/5 2481/5 2482/7 2485/13 2485/16
**Washington [5]** 2413/5 2414/3 2414/8 2415/4 2415/9
**wasn't [4]** 2456/14 2464/23 2470/18 2477/16
**way [7]** 2459/1 2461/18 2466/20 2470/18 2473/25 2474/16 2485/22
**wc.com [1]** 2415/5
**we [141]**
**we will [2]** 2483/18 2486/15
**we wouldn't [1]** 2463/13
**we'd [1]** 2471/20
**we'll [1]** 2481/8
**we're [9]** 2448/12 2452/24 2452/25 2459/1 2463/11 2475/18 2475/20 2482/17 2483/3
**we've [11]** 2454/24 2467/3 2468/23 2472/11 2476/5 2476/7 2477/4 2481/6 2481/6 2482/25 2486/24
**wear [1]** 2472/17
**web [2]** 2454/11 2454/17
**WEBB [1]** 2414/18
**website [1]** 2471/23
**websites [1]** 2474/9
**week [1]** 2463/2
**welcome [2]** 2449/5 2471/20
**well [9]** 2450/13 2450/19 2456/18 2457/19 2458/1 2459/21 2468/25 2474/18 2477/3
**went [2]** 2461/2 2469/3
**were [26]** 2451/17 2455/8 2457/21 2457/23 2462/15 2462/16 2463/4 2463/12 2463/15 2463/17 2463/19 2463/25 2464/9 2465/21 2465/23 2467/13 2468/11 2470/16 2477/15 2478/14 2478/22 2480/7 2480/20 2481/1 2481/3 2482/24
**weren't [2]** 2464/8 2482/24
**wfcavanaugh [1]** 2414/20

**wl [142]** 2448/16 2448/17 2450/3 2450/6 2455/1 2455/16 2456/20 2457/2 2457/20 2458/11 2458/18 2458/25 2462/4 2464/17 2464/25 2465/1 2465/3 2468/9 2468/20 2468/23 2469/14 2469/16 2469/21 2470/12 2470/15 2470/24 2471/15 2472/13 2472/16 2473/5 2473/7 2473/17 2474/6 2475/16 2476/10 2476/21 2476/24 2480/19 2482/10 2482/11 2482/11 2482/22 **whatever [2]** 2468/7 2469/12
**when [22]** 2451/1 2452/21 2453/17 2456/25 2457/5 2471/24 2471/25 2472/4 2472/19 2472/20 2475/8 2475/18 2475/22 2475/25 2476/15 2478/14 2478/17 2481/3 2482/17 2482/19 2484/12 2486/16
**whenever [2]** 2449/7 2484/1
**where [9]** 2452/10 2455/18 2462/6 2468/25 2469/3 2477/15 2477/19 2478/21 2478/22
**whether [5]** 2469/1 2472/15 2473/3 2474/10 2474/24 2478/22
**which [9]** 2452/9 2453/6 2455/17 2456/10 2458/8 2463/12 2470/4 2475/15 2482/21
**while [4]** 2473/21 2473/22 2477/12 2478/12
**who [4]** 2450/16 2451/20 2482/6 2486/14
**who's [1]** 2464/22
**whole [2]** 2467/12 2468/11
**why [3]** 2459/1 2479/1 2480/3
**will [11]** 2448/17 2448/19 2450/19 2459/12 2459/19 2461/25 2471/22 2479/11 2483/18 2484/25 2486/15
**William [4]** 2414/17 2415/6 2545/2 2545/8
**WILLIAMS [1]** 2415/3

2556

**W**

willing [2] 2463/20
2464/9
within [1] 2466/16
without [6] 2452/12
2453/22 2457/11
2465/20 2480/21
2481/2
witness [4] 2416/2
2448/23 2449/1
2449/11
witness's [1] 2468/24
WITNESSES [1]
2416/4
word [1] 2473/15
words [3] 2463/10
2468/7 2468/7
work [3] 2457/6 2458/4
2461/18
worked [3] 2450/18
2457/7 2477/2
working [1] 2472/6
works [2] 2474/16
2483/18
world [4] 2476/11
2476/14 2478/18
2478/20
worldwide [1] 2485/15
worrying [1] 2464/5
would [38] 2449/16
2453/1 2454/22
2456/10 2458/1
2459/12 2459/16
2462/20 2464/3 2464/6
2464/17 2464/25
2464/25 2465/1 2465/3
2465/6 2465/22
2467/15 2468/7 2469/1
2469/16 2470/2 2470/6
2471/19 2473/1 2477/5
2479/1 2479/9 2479/22
2480/10 2481/9
2481/24 2482/8 2483/6
2484/6 2484/22 2485/4
2485/21
wouldn't [2] 2463/13
2463/21
write [3] 2461/16
2461/24 2462/23
wrong [1] 2476/23
wrote [1] 2455/15

**Y**

yeah [7] 2453/21
2459/20 2463/13
2465/19 2471/3 2472/3
2475/1
year [7] 2450/20
2452/2 2484/19 2485/9
2485/16 2485/19
2485/19
years [3] 2450/14
2450/19 2450/20
yes [25] 2453/7
2453/15 2455/3
2456/18 2457/14
2457/16 2458/1 2459/2
2459/24 2462/14

2467/3 2467/4 2473/5
2473/15 2473/16
2477/7 2477/7 2478/7
2481/5 2481/18
2482/16 2484/8
2484/21
York [1] 2414/19
you [147]
you'll [2] 2459/7
2459/11
you're [7] 2449/7
2450/21 2472/21
2473/5 2475/11
2476/15 2484/1
you've [3] 2458/25
2459/4 2468/1
your [66] 2448/21
2448/25 2449/4 2449/6
2449/9 2449/16
2449/22 2449/25
2450/3 2450/6 2451/20
2451/25 2453/2 2453/3
2454/6 2454/7 2454/22
2455/23 2457/9 2458/7
2458/8 2458/9 2458/19
2459/2 2459/8 2459/13
2459/16 2460/14
2460/15 2461/2 2461/4
2461/10 2461/13
2461/13 2462/6
2462/23 2465/24
2466/18 2466/24
2467/6 2468/1 2468/1
2468/3 2468/16
2468/19 2469/6 2470/3
2470/8 2471/10
2471/13 2472/21
2475/7 2476/11 2479/4
2479/5 2479/9 2479/15
2483/20 2483/22
2484/2 2484/15
2484/22 2485/8 2486/4
2486/11 2487/4
Your Honor [17]
2448/21 2449/25
2453/3 2458/19 2459/2
2459/16 2462/6
2468/19 2471/10
2479/9 2479/15
2483/20 2484/2
2484/22 2486/4
2486/11 2487/4

**Z**

Zaremba [3] 2415/6
2545/2 2545/8