IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA, ET AL.,   )      ███████
                                    )
            Plaintiffs,             )
                                    )      CV No. 20-3010
        vs.                         )      Washington, D.C.
                                    )      September 26, 2023
GOOGLE LLC,                         )      9:29 a.m.
                                    )
            Defendant.              )      Day 10
_____ )      Morning Session


TRANSCRIPT OF BENCH TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For DOJ Plaintiffs:                     Kenneth M. Dintzer
                                        U.S. DEPARTMENT OF JUSTICE
                                        1100 L Street, NW
                                        Washington, D.C.
                                        (202) 307-0340
                                        Email:
                                        kenneth.dintzer2@usdoj.gov

                                        Meagan Kara Bellshaw
                                        U.S. DEPARTMENT OF JUSTICE
                                        Antitrust Division
                                        450 5th Street NW
                                        Washington, D.C. 20530
                                        (202) 445-8082
                                        Email:
                                        meagan.bellshaw@usdoj.gov

For Plaintiff
State of Colorado:                      Jonathan Bruce Sallet
                                        COLORADO DEPARTMENT OF LAW
                                        Consumer Protection Section,
                                        Antitrust Unit
                                        Ralph L. Carr
                                        Colorado Judicial Center
                                        1300 Broadway
                                        Suite 7th Floor
                                        Denver, CO 80203
                                        (720) 508-6000
                                        Email: jon.sallet@coag.gov

                                        William F. Cavanaugh, Jr.
                                        PATTERSON BELKNAP
                                        WEBB & TYLER LLP
                                        1133 Avenue of the Americas
                                        Suite 2200
                                        New York, NY 10036-6710
                                        (212) 335-2793
                                        Email: wfcavanaugh@pbwt.com

```
APPEARANCES CONTINUED:

For Defendant Google:      John E. Schmidtlein
                           Kenneth Charles Smurzynski
                           WILLIAMS & CONNOLLY LLP
                           725 12th St., NW
                           Washington, D.C. 20005
                           (202) 434-5000
                           Email: jschmidtlein@wc.com

Court Reporter:            William P. Zaremba
                           Registered Merit Reporter
                           Certified Realtime Reporter
                           Official Court Reporter
                           E. Barrett Prettyman CH
                           333 Constitution Avenue, NW
                           Washington, D.C. 20001
                           (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

```
                           -  -  -

                      WITNESS INDEX

                           -  -  -

WITNESSES          DIRECT CROSS REDIRECT RECROSS

PLAINTIFF's:

EDDY CUE              2449
EDDY CUE              2543
                           -  -  -

                   INDEX OF EXHIBITS

                           -  -  -


PLAINTIFF'S                              ADMITTED

UPX4001                                    2460

UPX790                                     2479

UPX8105                                    2485

UPX586                                     2502

UPX626                                     2532
```

2448

1  ████████████████    ████████████████████

2  ██████████████████████████████████

3          ████████████    ██████████████

4          ████████    ██████████

5          ████████████    ████████████    ██████████████

6  ██████████████████████

7          ████████████    ██████████████

8          ████████████    ██████████    ██████████████

9          (Open court)

10          THE COURT:  All right.

11          Just so there's no confusion about the reason

12  we're starting at a little bit later than we usually do, we

13  did have a closed session this morning to discuss the

14  parties' filings last night and then aspects of Mr. Cue's

15  testimony that may raise confidentiality issues.  We have

16  reached some agreement as to what the parameters of his

17  testimony will be and as to what terms can be discussed in

18  open court, all in an effort to promote, to the extent that

19  is reasonable, ensuring that Mr. Cue's testimony will be

20  done in open court, all right?

21          MS. BELLSHAW:  Thank you, Your Honor.  Meagan

22  Bellshaw for the United States, and we call Mr. Eduardo Cue

23  as our next witness.

24          COURTROOM DEPUTY:  Before you have a seat, can you

25  please raise your right hand.

2449

```
 1                (Witness is placed under oath.)

 2                COURTROOM DEPUTY:  Thank you.

 3                THE COURT:  Hi, Mr. Cue.

 4                THE WITNESS:  Hello, Your Honor.

 5                THE COURT:  Nice to meet you, and welcome.

 6                THE WITNESS:  Thank you, Your Honor.

 7                THE COURT:  Ms. Bellshaw, whenever you're ready to

 8     go.

 9                MS. BELLSHAW:  Thank you, Your Honor.

10                          - - -

11     EDDY CUE, WITNESS FOR THE PLAINTIFF, SWORN

12                     DIRECT EXAMINATION

13                          - - -

14     BY MS. BELLSHAW:

15         Q    Good morning, Mr. Cue.

16              Would you please state and spell your name for the

17     record.

18         A    Eddy Cue.  It's spelled E-d-d-y.  Last name is

19     spelled C-u-e.

20         Q    Mr. Cue, my name is Meagan Bellshaw, and I

21     represent the United States in this matter.  We met once

22     before at your deposition.

23              We have some binders that I'm going to pass up to

24     you.

25                MS. BELLSHAW:  Your Honor, may we approach?
```

2450

1          THE COURT:  Sure.

2    BY MS. BELLSHAW:

3       Q    Mr. Cue, what is your current position?

4       A    I'm the senior vice president of services at

5    Apple.

6       Q    And what are your responsibilities as the senior

7    vice president of services at Apple?

8       A    I run a lot of the applications and services that

9    are provided on our Apple hardware, things from iCloud to

10   Apple TV to music to maps, to applications like Notes,

11   Reminders, iMovie, a variety of things like that.

12      Q    And how long have you been in that role?

13      A    Well, the role has expanded, but I've been running

14   services at Apple for, oh, I don't know, probably 15 years,

15   something like that.

16      Q    And who do you report to?

17      A    I report to Tim Cook, the CEO of Apple.

18      Q    And how long have you worked at Apple?

19      A    Just over -- well, almost 35 years.  It will be

20   35 years at the end of the year.

21      Q    Mr. Cue, you're familiar -- are you familiar with

22   the information services agreement between Google and Apple?

23      A    I am.

24      Q    Is that also known as the ISA?

25      A    That's correct.

1    Q    When did Apple and Google sign the first ISA?

2    A    I believe it was back in 2002.

3    Q    Did you play any role in negotiating the first ISA

4    in 2002?

5    A    I did not.

6    Q    Did you have any role approving the first ISA in

7    2002?

8    A    I did not.

9    Q    Have Apple and Google ever amended or extended the

10   original ISA?

11   A    We have several times.

12   Q    And before 2015, did you play any role in

13   negotiating or approving those ISA amendments?

14   A    I did not.

15   Q    Did Google and Apple amend the ISA in 2016?

16   A    We did.

17   Q    And were you the lead negotiator for Apple in

18   connection with that amendment?

19   A    That's correct.

20   Q    Who was your Google counterpart in those

21   negotiations?

22   A    The CEO of Google, Sundar.

23   Q    Is that Sundar Pichai?

24   A    That's correct.

25   Q    How long did your negotiations over the 2016 ISA

2452

```
 1    take place?
 2         A    I think it was roughly a year.
 3         Q    And then the amendment was finalized and signed in
 4    2016?
 5         A    That's correct.
 6         Q    Under the ISA, does Apple agree to set Google as
 7    Safari's default search engine?
 8         A    That's correct, we do.
 9         Q    Which Apple devices does the ISA apply to?
10         A    All Apple devices where we have a browser or
11    browser-like technology for searching.
12         Q    Without getting into any specific figures, does
13    Google earn ad revenue from searches generated on Apple
14    devices?
15         A    They do.
16         Q    And under the ISA, does Google split with Apple a
17    percentage of that revenue?
18         A    That's correct, after they recover their costs.
19    So it's a net revenue, not a gross revenue.
20         Q    Thank you.
21              So when Google makes more money in ad revenue on
22    Apple devices, Apple also makes more money?
23         A    That's fair.
24         Q    Mr. Cue, we're not going to put anything on the
25    screen right now, I understand that we're having some
```

1   difficulty with the screens, but I would just like you to

2   look in your binder at the tab JX33.

3               And, Your Honor, JX33 is in evidence.

4               Mr. Cue, are you there?

5      A    I am.

6               Just looking through to make sure I see which one

7   it is, but yes.

8      Q    Is JX33 the 2016 amendment to the ISA?

9      A    It is.

10     Q    And did you sign JX33 for Apple?

11     A    I did.

12     Q    Apple and Google extended the ISA in JX33 after

13  the 2016 amendment; is that right?

14     A    You mean we extended it another time after?

15     Q    Yes.

16     A    That's correct.

17     Q    When was that extension?

18     A    I believe it was 2020.  I don't remember the exact

19  date but --

20     Q    Was it 2021?

21     A    It might have been, yeah.

22     Q    And without telling me any of the exact dates, is

23  it fair to say that the 2021 amendment extended the

24  termination dates that are set out in the 2016 amendment?

25     A    That's correct, the amendment was just an

1    extension of the dates, nothing else.

2        Q    So other than some dates, the terms reflected in

3    JX33 are still the operative terms of the agreement between

4    Google and Apple?

5        A    That's correct.

6        Q    Mr. Cue, I'd like to direct your attention to

7    Section 1A of JX33, and, again, it's just in your binder.

8             Is this the provision that requires Apple to set

9    Google as the Safari default search provider?

10       A    That's correct.

11       Q    Is Apple's web browser software the Safari

12   browser?

13       A    It is.

14       Q    Does Apple preload Safari on its mobile devices

15   and personal computers?

16       A    We do.

17       Q    Does Apple have any web browsers other than

18   Safari?

19       A    We do not.

20       Q    Assuming for a moment that Apple chose to develop

21   a second browser, if Apple loaded a second browser onto its

22   devices, is it your understanding that the ISA would apply

23   to Apple's second browser?

24       A    I think so, but it's not something we've ever

25   thought about or considered.

1       Q    Do you know what a third-party browser is, like

2  Firefox?

3       A    Yes, I do.

4       Q    Other than Safari, does Apple preload any

5  third-party browsers on its devices?

6       A    We don't preload any third-party apps, including

7  browsers.  We made a decision very early on from the

8  beginning of the iPhone that we were not going to preload

9  third-party software for two reasons.  One, it's extremely

10  easy to download new browsers or new applications of any

11  kind from our app store, so we have an app store that comes

12  preloaded with the iPhone so customers can very easily

13  download anything.

14            And, secondly, we wanted to make sure that any

15  software that came on our phone was something we wrote so we

16  knew the source code, we knew what the software exactly did,

17  and we didn't want to create any kind of bloatware, which is

18  a term that's very common with other manufacturers where

19  they put a bunch of software in there that customers don't

20  really want.

21            And so we don't preload any third-party software,

22  including browsers.

23       Q    And this is probably implicit in your answer, but

24  Apple doesn't preinstall Chrome on its devices, the Google

25  browser?

1    A    That's correct.  It's available on The App Store.

2    Q    And Apple doesn't preinstall the Google Search

3  application on its devices?

4    A    Again, we don't preload any third-party

5  application on our devices.

6    Q    And does Apple plan to preload any third-party

7  applications on its devices?

8    A    No.

9         As I've said, from the very beginning, we haven't

10  done it, and I don't see any scenario in which we would.

11    Q    So Google --

12    A    And I'm speaking specifically to the iPhone.

13         Early on we did this on the Mac before the iPhone

14  and we learned it wasn't the best experience, and we don't

15  do it on the Mac either anymore.

16    Q    So is Google the only preset default search engine

17  on Apple devices?

18    A    Well, you can only have one default so, yes,

19  Google is the default search engine on Safari.

20    Q    You mentioned bloatware earlier.  What did you

21  mean by bloatware?

22    A    On most other devices from other manufacturers,

23  they tend to get paid to put software on their devices, and

24  they load them up with a bunch of applications, generally

25  because of money, not because of any other reason.  So when

1  a customer buys a new device, it comes with a bunch of stuff

2  they don't even really know what the heck is it is and

3  customers don't really like that at.

4         And so one of the things that we love about Apple

5  products is they're very clean, very simple to use.  When

6  they come right out of the box, they work.  And there's

7  nothing like that.  It's worked very effectively.  Our

8  customers really like that.

9         Q    Turning to your negotiations with Mr. Pichai over

10  the 2016 amendment, going into those negotiations, and

11  without saying any specific numbers, was one of Apple's

12  goals to increase the percentage of revenue share that it

13  received?

14         A    Yes.

15             We had a lot of different goals going into it, but

16  that was one of them, yes.

17         Q    One of Apple's goals is to be paid more money,

18  right?

19         A    Well, one of our goals was to increase the

20  rev share back to what it was originally with the agreement.

21  We felt we deserved to get a higher rate than we were

22  getting, and so that was certainly one of my goals.

23         Q    And you wanted to be -- you were asking for a

24  higher revenue share because you wanted Apple to be paid

25  more money; is that fair?

1       A    Well, ultimately, yes, we would make more money.

2   But, again, as I said, it was a -- I thought it was the

3   right thing and the fair thing for us.  We had negotiated

4   and built this technology and had done all this early work

5   that Google was getting the benefits of, and we deserved a

6   higher rev share.

7       Q    Mr. Cue, I'm going to direct your attention to

8   UPX594, which is a tab in your binder, and then, if I may

9   approach, Your Honor, I'm going to pass out some Rosetta

10  Stones that we can use to facilitate this discussion.

11      A    And I apologize, what was the number again?

12      Q    594.

13           We are not going to put this on the screen because

14  we don't have the capability to add the redaction that we

15  discussed.

16      A    I see it.  Thank you.

17           THE COURT:  So do you want to admit it subject to

18  what we discussed earlier?

19           MS. BELLSHAW:  Your Honor, 594 has already been

20  admitted into evidence.

21           THE COURT:  It's already been admitted.  Okay.

22  Thank you.

23           MS. BELLSHAW:  May I approach?

24           THE COURT:  Counsel, feel free to just, you can

25  explain to Mr. Cue precisely what it is that you've handed

1    it out and the reason why we're doing it this way.

2            MS. BELLSHAW:  Yes, Your Honor.

3    BY MS. BELLSHAW:

4        Q    So, Mr. Cue, you've been handed a Rosetta Stone

5    that we have marked as UPX4001.

6            Apple and Google have asked to maintain the

7    confidentiality of certain percentages that you'll see in

8    your binder; they have a red square around them.  I'd ask

9    you not to say any of those percentages aloud.

10           If you look over to the Rosetta Stone that I've

11   handed you, you'll see that they correspond to the certain

12   letter.  I will use the letter in my questions, and I would

13   ask that you use the letter in your answer.

14       A    I understand.  Thank you.

15       Q    Thank you.

16           MS. BELLSHAW:  And, Your Honor, we would move to

17   admit UPX4001 as the Rosetta Stone.

18           THE COURT:  Okay.  It will be admitted.

19           It's a demonstrative.

20           MR. SCHMIDTLEIN:  Yeah, I mean, the only thing --

21   well, I'll -- regarding my questioning, there is a

22   percentage on this document that does not appear in this

23   document.

24           MS. BELLSHAW:  Yes, it appears in the next

25   document that we plan to ask him about.

1        MR. SCHMIDTLEIN:  Okay.

2                        (Plaintiffs' Exhibit UPX4001
                            received into evidence.)
3

4   BY MS. BELLSHAW:

5        Q    Mr. Cue, do you have UPX594 in front of you?

6        A    I do.

7        Q    Thank you.

8             Is UPX594 an email from you to Mr. Cook, dated

9   January 22nd, 2016?

10       A    It is.

11       Q    And, Mr. Cue, I just want to -- I'm not going to

12  ask you questions about this sentence, but there is one

13  sentence that has been redacted as a result of our

14  discussion with your counsel and the Court this morning.

15  It's the second-to-last sentence in your email to Mr. Cook.

16  I'm not going to ask you about it but I --

17       A    The one with the square?

18       Q    It doesn't have a square on it.

19       A    Okay.  Underlined?

20            Fine.  Let's -- ask me the question and then I'll

21  figure it out.

22       Q    If you have any questions, we can take this step

23  by step.

24       A    Okay.  I got it.

25       Q    Okay.

1          Do you see at the bottom of the email that

2    Mr. Cook asks how your meeting went?

3          A    I do.

4          Q    Is it your understanding that was a meeting with

5    Mr. Pichai?

6          A    That's correct.

7          Q    And was that meeting regarding the Google Search

8    contract?

9          A    That's correct.

10         Q    And the next email in the chain, is that your

11   response to Mr. Cook?

12         A    That's correct.

13         Q    And in your response, do you describe your meeting

14   with Mr. Pichai?

15         A    That's also correct.

16         Q    You write, "Good, except for the rev share.  Did

17   not come back with a specific number but said there was no

18   way he could make C percentage work."

19              Does "he" in that sentence refer to Mr. Pichai?

20         A    That's correct.

21         Q    Is the revenue share percentage, C, in that line,

22   the split that you sought in the negotiation?

23         A    That is correct.

24         Q    In the next sentence you write that Mr. Pichai

25   said, "I will pay you for everything so we should keep it at

```
 1   A percentage."

 2          Do you see that?

 3      A   I do.

 4      Q   What did you understand Mr. Pichai to mean by

 5   this?

 6          MR. SCHMIDTLEIN:  Your Honor, this is where

 7   I think --

 8          MS. BELLSHAW:  I'll rephrase to avoid the issue.

 9          MR. SCHMIDTLEIN:  Thank you.

10   BY MS. BELLSHAW:

11      Q   Did you understand Mr. Pichai's position to be

12   that Google should pay Apple A percentage in the 2016

13   amendment?

14      A   Yes.

15          At this time, Sundar and myself were just starting

16   to get to know each other, we were just starting to discuss

17   this.  Neither of us had been responsible for these

18   agreements in the past.  And so I came into this wanting the

19   rev share to increase to C.

20          Not surprisingly, he came back saying he would

21   like to maintain it at A.  And so that's -- that was the

22   start of our negotiations and our positions.

23      Q   In the last sentence of your email you write,

24   "I told him that him and I," and "him" there is Mr. Pichai?

25      A   That's correct.
```

1      Q     So you told Mr. Pichai that you and he "need to

2    sit down alone next week and agree to the economic terms or

3    we shouldn't move forward."

4           By "economic terms," you were referring to the

5    revenue share percentage split between Apple and Google?

6      A     That's correct.

7      Q     And did you tell Mr. Pichai that if you and he

8    could not agree on a revenue share percentage split, Apple

9    and Google shouldn't move forward with the ISA?

10     A     I don't know the exact words that I told him at

11    the time, but basically my point was if we're trying to

12    re-negotiate the deal, which we were, him and I had to come

13    to an agreement.  And if we didn't, yeah, we wouldn't have

14    an agreement.

15     Q     The economics of the Google deal were important to

16    Apple; is that fair?

17     A     Yes, they were -- that was important, among other

18    things, that's correct.

19     Q     And the economics of the deal were important

20    enough that Apple was willing to walk away from the ISA if

21    Google wouldn't commit to certain economic terms?

22     A     You know, look, that never was tested.

23           My view, as I got into this agreement with Sundar,

24    was I always felt like it was in Google's best interest and

25    our best interest to get a deal done.  I thought we were a

 1   great -- we provided great customers to Google, they did an

 2   amazing job on the search engine side, and I always felt we

 3   would come to an agreement.

 4          So I didn't contemplate or spend a lot of time

 5   worrying about not getting a deal done because I felt very

 6   confident that I would be able to get a deal done with

 7   Sundar.

 8   Q    And if you weren't able to reach a deal on the

 9   economic terms, you were willing to walk away from the ISA,

10   right?

11   A    I think -- again, you make this all about

12   economics.

13          The deal has a lot more to it than economics.

14   I think ultimately, you have to get a deal across

15   everything, not just economics.  Economics was an important

16   part, of course.

17          And so the question of what would have happened if

18   we hadn't gotten a deal; I don't know.  Like I said,

19   I didn't spend a lot of time thinking about it.

20          You know, I've been fairly clear that I didn't

21   think at the time, nor today, that there's anybody out there

22   who's anywhere near as good as Google at searching.  And so

23   certainly there wasn't a valid alternative that we could

24   have gone to at that time.

25          But what would we have done?  Would we have gone

1    off and -- I don't know.  I don't know what we would have

2    done in that case.  We could have built our own.  I don't

3    know what we would have done.

4            It's not something that we ever really truly

5    considered, investigated, or did.  My objective at this time

6    was to get a deal done, and I felt confident that I would be

7    able to do that.

8        Q    And, Mr. Cue, I'm going to ask you to focus just

9    on the question that I'm asking you.

10           You told Mr. -- you reported to Mr. Cook that you

11   had told Mr. Pichai that if you couldn't agree on the

12   economic terms of the deal, that Apple should walk away from

13   the ISA, correct?

14       A    Again, if we couldn't agree on the deal, economic

15   terms or something else, then ultimately, you have -- it's

16   not a walk away, there's no deal.  So, yes.

17       Q    Apple wanted to get paid its fair share under

18   the ISA?

19       A    Yeah, I agree with that.

20       Q    Again, without saying specific percentages,

21   ultimately were Google and Apple able to agree on the amount

22   of revenue share that Apple would receive under the ISA?

23       A    We were.

24       Q    And then if you look at your Rosetta Stone again,

25   did Google agree to pay Apple the percentage that is

1    reflected in Row B of the net revenue that Google earned

2    from the Safari default on Apple devices?

3        A    That's correct.

4        Q    Has Apple paid -- or has Google paid Apple the

5    percentage reflected in line B since this agreement was

6    signed in 2016?

7        A    That's correct.

8        Q    And that's the same percentage split that Google

9    pays Apple today?

10       A    That's correct.

11       Q    Does the ISA place any limitations on how Apple

12   uses its split of the Google revenue share?

13       A    No.  I mean, the money comes to Apple, and we can

14   do -- the money is just Apple's to decide how to use it.

15       Q    Are those payments designated for any specific use

16   within Apple?

17       A    No, they're not.

18       Q    Mr. Cue, is it your understanding that under the

19   ISA, Apple has agreed to use Google Search in Safari in a

20   manner that remains substantially similar to the way that it

21   was used at the time the -- JX33 was executed in 2016?

22       A    Sorry, repeat the question again.

23       Q    Sure.

24            Is it your understanding that Apple has agreed,

25   under the ISA, to continue to use Google's search services

1    in Safari in a manner that remains substantially similar to

2    its use as of the execution date of the 2016 amendment?

3        A    Yes, I think we've been doing this since 2002.  It

4    hasn't changed at all.  So, yes, it's substantially the same

5    since 2002.

6        Q    Mr. Cue, as you sit here today, is it your

7    understanding that you have a contractual obligation to

8    support and defend the ISA agreement in connection with

9    government actions?

10       A    There's a statement in the agreement that I know

11   is in there, it was put there by our legal counsel and their

12   legal counsel.  I don't know a whole lot about that.  I know

13   the requests came from Google at the time.  They were under

14   some level of investigation by the EU, and they mentioned

15   that and said that they would like that in there.  Our legal

16   counsel said it was fine, so I didn't have a problem with

17   it.

18       Q    And, Mr. Cue, as you sit here today, Apple has a

19   corporate obligation to support and defend the ISA agreement

20   in connection with government actions?

21       A    That's a question from a lawyer to answer.

22   I don't know the answer to that.  I'm not here because of

23   that, I can say that.  I'm here to defend it based on my

24   knowledge of it.

25       Q    And, Mr. Cue, I'm not asking for conversations

1    you've had with your lawyers, just your understanding of the

2    ISA.

3            Is it your understanding, as you sit here today,

4    that Apple has a corporate obligation to support and defend

5    the ISA agreement in connection with government actions?

6    A    Again, I don't have the agreement in front of me.

7    If you put the words, I would say whatever the words are are

8    accurate, I don't have a problem with it, but I don't know

9    exactly what that means from a legal point of view.

10   Q    At the time you entered into the 2016 amendment,

11   the parties were aware that this agreement could be the

12   subject of an action by government regulators?

13   A    Again, the only discussion that I was aware of was

14   related to this EU thing and I don't know anything more

15   about it.

16   Q    Is it your understanding that the parties can

17   choose to terminate the agreement if it is the subject of a

18   lawsuit or enforcement proceeding by a regulatory authority?

19           MR. SUNSHINE:  Your Honor, objection.  We are

20   going beyond what we talked about this morning and getting

21   into privileged areas.  And if perhaps DOJ couches the

22   questions in terms of, you have a knowledge or understanding

23   beyond what the lawyers told him, maybe.  But I think we've

24   seen the limits of this witness's knowledge.

25           THE COURT:  Well, I think where we left it was

1  that you would ask Mr. Cue generally whether he had an

2  understanding that the parties had certain options in the

3  event of government action and see where it went from there.

4          MS. BELLSHAW:  Okay.

5  BY MS. BELLSHAW:

6      Q    Mr. Cue, is it your understanding sitting here

7  today that Google and Apple have certain options as set

8  forth in the ISA as to steps they can take if the ISA is

9  challenged or held unenforceable by a government authority

10 or a court?

11     A    As I said earlier -- and you can show me the

12 language, I'm sure -- whatever language is in there related

13 to that, there was something there, I don't recall exactly

14 what it is, I didn't negotiate that language, that was done

15 by our counsel -- our General Counsel and Google's, so I

16 would let them answer what exactly it means.

17         MS. BELLSHAW:  If I have more specific questions

18 for Mr. Cue about the provisions, should I ask them in --

19         THE COURT:  You can show him the document and see

20 if it refreshes his memory about his understanding about

21 what the provision is.  And then if there are specifics that

22 we talked about earlier, then we can do that in a closed

23 session.

24         MS. BELLSHAW:  Okay.

25

1   BY MS. BELLSHAW:

2     Q   Mr. Cue, would you please turn to JX33 again in

3   your binder.

4         Section 9 of the agreement, which is on page 9,

5   ending in 6801.

6         If you would like to take a moment to look at it.

7     A   I've looked at it.

8     Q   Does this refresh your recollection that under the

9   ISA, Google and Apple have agreed that the parties can take

10  certain steps should the ISA be challenged or held

11  unenforceable by a regulatory authority or a court?

12     A   Again, what I recall about this is the same thing

13  I said before.  Google had stated some level of

14  investigation of some kind in the EU.  I didn't understand

15  what that was.

16         And then this language and these areas that were

17  put in here were done by both counsels related to that.

18  I did not care one way or the other, wasn't my thing, our

19  General Counsel said it was fine, and so I was fine with it

20  from that viewpoint.

21         I assumed that always related to the EU

22  investigation that they talked about.

23     Q   You can set that aside, Mr. Cue.

24         What is a choice screen in the context of a

25  smartphone?

```
 1        A     I don't -- I mean, there's --
 2              THE COURT:  Be more specific, Counsel.
 3              THE WITNESS:  Yeah.
 4   BY MS. BELLSHAW:
 5        Q     Does Apple make -- do Apple users make some
 6   choices to set up their phones right out of the box?
 7        A     Oh, they do.
 8              MS. BELLSHAW:  I'd like to pass out a
 9   demonstrative.
10              May we approach, Your Honor?
11              THE WITNESS:  Thank you.
12   BY MS. BELLSHAW:
13        Q     I think it should also be on your screen, Mr. Cue.
14        A     It is now.
15        Q     I've handed you what has been marked as UPXD009.
16   This is the United States Demonstrative 9.
17        A      It's very bad resolution on the screen.  We need a
18   Mac.
19              THE COURT:  If Apple would like to make
20   contributions to the judiciary, we'd welcome it.
21   BY MS. BELLSHAW:
22        Q     Mr. Cue, I will represent that we took these
23   images from various support pages on Apple's website.
24              When you start at the left looking at the image on
25   UPXD009, when setting up a new iPhone out of the box, are
```

```
 1    users presented with a choice about the appearance of their

 2    iPhone?

 3         A    Yeah, that's correct.

 4              When you take a device out of the box, if you

 5    think about it, our customers are very excited about getting

 6    their phone and getting it up and running and working fast,

 7    right.  You just spent a significant amount of money, it's a

 8    device you use every day.  And so we try to get them up and

 9    running as quickly as possible.  And so the more choices or

10    the more options that you get, it frustrates customers.  So

11    we've spent a great deal of time and effort to minimize the

12    number of questions that we ask.  And we look at those by

13    what do we think are the most critical things that a

14    customer really needs to know at that point in time.

15              And we thought appearance being whether you want

16    to be in a -- what we call the size of the text in the

17    phone, because obviously some people wear glasses, others

18    don't, it's something that we get a lot of requests for

19    people when they're setting up their phones, they want their

20    fonts to be bigger.  And so we provide this capability when

21    you're setting up your phone.

22         Q    So Apple presents users with options and then asks

23    them to select the text size and appearance of the icons on

24    their phones; is that fair?

25         A    That's correct.
```

2473

1    Q    And then if you would look at the middle image on

2    UPXD009, the first time a user opens the maps app, are they

3    given a choice about whether to allow maps to use their

4    location?

5    A    Yes, but I don't think what you're seeing in the

6    second one is a choice screen around it.  We provide choices

7    at the beginning.  What I see here in the middle, and

8    certainly the next one, are all about privacy decisions that

9    a customer has to make.  And so they're appropriate to ask

10   at the time that they're using those applications.  They're

11   not appropriate to ask at another time.

12   Q    The first time that a user opens up the maps app,

13   Apple presents them with a screen that has three choices on

14   it, right?

15   A    Yes.  Again, I -- you started this by the word

16   "choice," and I just want to make clear, yes, we provide the

17   option for the customer to pick what level of privacy they

18   want in maps, that is correct.

19   Q    Right.

20       The user is offered, they can allow maps to use

21   their location once, they can use it while -- maps can use

22   their location while using the app, or they can choose not

23   to allow location tracking in apps -- maps; is that correct?

24   A    That's correct.

25   Q    And then if you look at the image all the way on

1    the right in UPXD009, do you recognize that image?

2         A    I do.

3         Q    Is this the -- are you familiar with app tracking

4    transparency?

5         A    I am.

6         Q    And what is app tracking transparency?

7         A    We wanted to make sure that if an application was

8    using the customer's data to be tracked across multiple

9    applications or websites, that the customer was made aware

10   of them and the customer had a choice of whether to allow

11   that or not allow that.

12        Q    Do you believe that the privacy control afforded

13   by the app tracking transparency is in an Apple user's best

14   interests?

15        A    I do.

16        Q    And am I correct the way that it works is that

17   some applications ask to track users?

18        A    Well, it's, again, the app -- any application that

19   does this is required to prompt the user for this.  If the

20   application doesn't do that, then they're not required to

21   prompt.

22        Q    Can so if a user downloads a new app that is asked

23   to track them, they're presented with this screen on the

24   right in UPXD009 asking -- giving them the choice of whether

25   or not they'd like the app to track them; is that correct?

1      A    Yeah, I think that's fair.

2      Q    And this screen appears for every new app the user

3 downloads that has asked to track the user the first time

4 they -- the user opens up the application; is that right?

5      A    That's not the only time.  It can be anytime that

6 an application makes a change, for example.  So it could be

7 an existing application that you already have on your phone.

8      Q    So when it's important, Apple does offer users

9 choices, not just right out of the box but as they use their

10 iPhone?

11      A    Look, if you're comparing this with picking search

12 engines for browsers, I think these are two very different

13 things, completely different things.  I think the appearance

14 one is how to set up a phone, the other one is around

15 privacy, which is a really important component to customers,

16 and we want customers to be aware of what those applications

17 are doing.

18           When we're picking search engines, we pick the

19 best one and we let the customer easily change them.  So

20 I have no problem with that.  I think we're doing the right

21 thing by customers.

22      Q    And, Mr. Cue, I'm simply asking that when Apple

23 thinks it's important, it does allow the user a choice, such

24 as the choice screens that we see in UPXD009?

25      A    We certainly make decisions on when to show these

1    options that you show here.

2        Q    And the ISA does not permit a choice screen for

3    Apple users to set their default search engine out of the

4    box, correct?

5        A    That's correct, it's not something we've ever

6    wanted.  We didn't ask for it in 2002, and it's not

7    something we wanted.  We think it's a mistake to ask the

8    customer something like that.

9            In both of these cases that you show here, it's

10   very clear to the customer what the choice is.  Do you want

11   maps to know your location?  Every customer in the world

12   understands that.

13           Being tracked, every customer pretty much in the

14   world understands that.

15           When you're picking a search engine, we have

16   choices in there that customers have never heard of.

17   DuckDuckGo is a very small one.

18           We have another one called Sconcierge, or

19   something like that.

20           They are -- and so you present a user with a

21   choice for something they don't even know.  We know what

22   happens.  Customers, they don't understand, they're afraid

23   of making the wrong choice.

24           So what we do is we make Google be the default

25   search engine because we've always thought it was the best

1    engine.  And then we make it really easy for customers to

2    switch if they'd like to switch.  And so that's worked

3    extremely well for our customers and we certainly believe

4    we've done the right thing for our customers.

5         Q    And, Mr. Cue, would you agree that the choice of a

6    search engine can affect a user's privacy?

7         A    Yes, to some level, it could, yes.

8         Q    Is the ISA limited to the United States or is it a

9    global agreement?

10        A    It's a global agreement.

11        Q    Under the ISA, can Apple set Google as the default

12   search engine internationally while using a different

13   default search provider in the United States?

14        A    Again, we -- in the agreements, over time, there

15   were certain countries where we found that either Google

16   wasn't the best one or there was another one that we thought

17   was very competitive, and so we carved those out in the

18   agreement.  I believe China was one of those, for example,

19   where we thought the Google search engine was not the best

20   one, and so we carved out the ability of us setting the

21   default there.

22             In the other countries, we felt very comfortable

23   that Google was by far the best one.  So there's no

24   carve-out for any other country other than, I think it's

25   the -- I believe it's China, Russia, and South Korea, if I'm

1  correct.

2       Q    And there's no carve-out for the United States?

3       A    There was no need to.

4       Q    So under the ISA, Apple can't set Google as the

5  search provider internationally and a different search

6  provider in the United States, right?

7       A    Again, yes, but it's not something we thought

8  about or needed.

9       Q    You mentioned earlier some of the different device

10 types that Apple sells, including Mac computers.  Under the

11 ISA, could Apple decide to send search queries from a Mac

12 computer to one search engine that is not Google, while

13 sending, you know, all search queries from iPhone to Google?

14      A    Again, just to be very clear, when we were doing

15 the deal with Google, we wanted the capabilities to provide

16 the best -- the best service, the best application, the best

17 thing for customers.  Google was the best one.  So when we

18 chose and did the deal, we picked it around the world.

19           We don't treat our customers differently around

20 the world.  We want them all to have the best experience.

21 And so in the countries where Google was providing the best

22 experience, we did that.  In the countries where they were

23 not, we did not do that.

24      Q    And it also applies to all devices, right?

25      A    Sure, because, I mean, from an Apple perspective,

1   why would we give an inferior experience on a Mac versus a

2   phone.  So we want to provide the best experience across all

3   of our devices.

4       Q    Mr. Cue, I'd like to direct your attention to

5   UPX790 in your binder.

6           Is UPX790 an email that you sent to Apple's CEO,

7   Tim Cook, on January 10th, 2013?

8       A    It is.

9           MS. BELLSHAW:  And, Your Honor, we would move to

10  admit UPX790.

11          THE COURT:  All right.  790 will be admitted.

12          MR. SCHMIDTLEIN:  No objection.

13          THE COURT:  No objection?  All right.  Thank you.

14          790 is admitted.

15          MS. BELLSHAW:  Thank you, Your Honor.

16                              (Plaintiffs' Exhibit UPX790
                                  received into evidence.)

17  BY MS. BELLSHAW:

18      Q    The attachment to UPX790 is a slide deck on

19  privacy that you sent to Mr. Cook.

20          Do you see that?

21      A    I do.

22      Q    If you would please turn to page 2 of UPX790, it

23  ends in Bates number 3668.

24          There's a presentation titled "Competing on

25  Privacy."

2480

1         Do you see that?

2    A    That's correct.

3    Q    Why did you send this deck to Mr. Cook?

4    A    I think Apple, back then in 2013 and ever since

5   Apple was started, was a company that led on privacy across

6   the board, and we thought we could compete based on the fact

7   that our devices were -- we respected users' privacy and we

8   did a lot to -- and continue to do a lot -- to make our

9   devices as private and secure as possible.

10   Q    If you would please turn to page 5 of UPX790,

11  ending in Bates number 3671.

12         Do you see a slide entitled "Privacy Timeline"?

13   A    I do.

14   Q    The last event on the top right is, "Google tracks

15  users in Safari against their permission, fined 22.5 million

16  by the FTC."

17         Do you see that?

18   A    I do.

19   Q    What do you understand that to refer to?

20   A    Again, I think it's -- they were tracking users

21  without asking or getting the permission from the users to

22  do that.

23         But I -- I don't know the exact thing, I did not

24  look through or see the exact details of it, that I can

25  recall.

1        Q    And were you aware of Google's 2012 settlement

2    with the FTC for tracking Apple users in Safari without

3    their permission when you were negotiating the amendments to

4    the ISA?

5        A    Yes, I was.

6             Again, I -- we've always thought that we've had

7    better privacy than Google, so that's not a -- I knew that,

8    but we'll talk about it as it relates to the ISA, I'm sure.

9        Q    If you would please turn to page 10 of UPX790,

10   it's the one ending in Bates number 3676.

11            It's a slide entitled "Our Competitors' Approach

12   to Privacy."

13            Do you see that?

14       A    I do.

15       Q    At a high level, does this section of the

16   presentation summarize Apple's view of its competitors'

17   approaches to privacy?

18       A    I think it has, yes, a lot of that, but I don't

19   know if it's -- certainly not comprehensive, but it has a

20   lot of it.

21       Q    And then just looking through, are pages 11

22   through 16 generally about Google?

23       A    They are.

24       Q    If you would please turn to the next page, page 11

25   of UPX790, ending in Bates number 3677.

2482

1              There's a quote from Eric Schmidt, "Google's

2      policy is to get right up to the creepy line but not

3      cross it."

4              Do you see that?

5      A    I do.

6      Q    And who is Eric Schmidt?

7      A    I believe at the time, he was the CEO of Google.

8      Q    If you would turn to page 15.  It's the slide with

9      the heading, "Search Ads," ending in 3681 at the bottom.

10             What is this slide?

11     A    This is comparing what we do versus what Google

12     does for search and for ads.

13     Q    Does Apple believe that its approach to privacy

14     with respect to search and advertising is better than

15     Google's?

16     A    Yes, we do.

17             But, again, when we're comparing it here, let's be

18     clear about something.

19             When we did the deal with Google for search from

20     the very beginning, Google is not allowed to require the

21     user to log in, for example, which it says here, "Searchers

22     are tied to Google accounts," for example.  That's what they

23     do on other platforms.

24             On our platform, they weren't allowed to do that.

25             In addition to that, over time we've added things

1    to Safari to make it harder to track.  You gave some

2    examples earlier.  There's also -- ITP is another one.

3         So we're constantly doing things to protect our

4    customers and make sure that the agreements and the things

5    that we have with Google respect our customers' privacy.

6    Q    If you would please turn to the next page, page 16

7    of UPX790.

8         Apple's view of Android is that it's a massive

9    tracking device?

10   A    That's correct.

11        As I stated earlier, we think the iPhone is a much

12   more private device than Android.

13   Q    You can set that one side, Mr. Cue.

14        Do Apple's customers care about online privacy?

15        THE COURT:  Ms. Bellshaw, I'm going to actually

16   interrupt you before Mr. Cue answers that question.

17        Let's take our morning break.  It's about 5 after

18   11:00.  Our clock finally works, so we will resume at 11:20.

19   See everyone shortly.

20        MS. BELLSHAW:  Thank you, Your Honor.

21        THE COURT:  Mr. Cue, I'll ask you not to discuss

22   your testimony with anybody during the break.

23        COURTROOM DEPUTY:  All rise.  This Court stands in

24   recess.

25        (Recess from 11:05 a.m. to 11:21 a.m.)

1          THE COURT:  Ms. Bellshaw, whenever you're ready.

2          MS. BELLSHAW:  Thank you, Your Honor.

3    BY MS. BELLSHAW:

4      Q    Mr. Cue, I just have a couple more questions on

5    privacy.

6          Would you agree that users of technology have a

7    significant interest in privacy?

8      A    We think so, yes.

9      Q    And is protecting its users' privacy important to

10   Apple?

11     A    Absolutely.

12     Q    And that includes when Apple's users conduct

13   searches on their Apple devices?

14     A    That's correct.

15     Q    Mr. Cue, I'd like to direct your attention to

16   UPX8105.

17          Are you there?

18     A    I am.

19     Q    Is 8105 Apple's 10-K for the year 2022?

20     A    I assume it is.  This is not something I typically

21   read, but, yes.

22          MS. BELLSHAW:  Your Honor, we would move to admit

23   UPX8105 into evidence.

24          MR. SCHMIDTLEIN:  No objection.

25          THE COURT:  All right.  It will be admitted.

1          (Plaintiffs' Exhibit UPX8105
                              received into evidence.)

2

3    BY MS. BELLSHAW:

4        Q    Mr. Cue, if you would turn to page 32 of UPX8015

5    [sic].  It's the one ending in Bates number 0203.

6             And it is page 29 of the 10-K.  The page numbers

7    don't quite line up.

8             It's also on your screen.

9             Am I correct that Apple's 2020 fiscal year ran

10   from September 27th, 2019, to September 26th of 2020?

11       A    That's correct.

12       Q    And if you look on page 32 of UPX8015, do you see

13   that Apple's operating income for 2020 was $66.28 billion?

14       A    I do.

15       Q    And then Apple's worldwide operating income for

16   fiscal year 2021 was $108.949 billion; is that right?

17       A    That's correct.

18       Q    And the ISA accounts for a significant portion of

19   Apple's profits for fiscal year 2020 and fiscal year 2021;

20   is that right?

21       A    I would disagree with that.

22             I don't -- that is not the way we reported or look

23   at it.

24             The ISA itself that comes in is one piece of it.

25   But, for example, all of the engineering that we do on iOS

1    and Safari and all of those things that make the ISA

2    successful are not incorporated into the dollars that come

3    in from Google.  So it's not something we calculate.

4           MS. BELLSHAW:  And, Your Honor, I apologize, we

5    streamlined a little bit on the break, but that is actually

6    the completion of the questions that we have for Mr. Cue in

7    the open session.

8           THE COURT:  Okay.

9           Do the Plaintiff States have any questions of

10   Mr. Cue?

11          MR. CAVANAUGH:  No, Your Honor.

12          THE COURT:  Okay.

13          All right, folks.  So we are going to go into a

14   closed session now, so I'll ask anyone who is not associated

15   with the parties to exit the courtroom, and then we will

16   re-open it when we are able to.  Thank you, everyone.

17          THE COURT:  We just need a few minutes, everyone,

18   to confirm that the media room line is disconnected.

19          THE WITNESS:  Thank you.

20          MS. BELLSHAW:  Thank you.

21          THE WITNESS:  No more Rosetta Stone?

22          MS. BELLSHAW:  No more Rosetta Stone.

23          (Pause)

24          THE COURT:  We've also set up an overflow room

25   today, so I think that's the reason for the extra time today

```
 1   to get connected.

 2              (Pause)

 3              THE COURT:  Ready to go?

 4              MS. BELLSHAW:  Thank you, Your Honor.

 5              (███████████proceedings)

 6   BY MS. BELLSHAW:

 7        Q    Mr. Cue, since signing the 2016 amendment to the

 8   ISA, has the total amount of search revenue that Google

 9   sends to Apple in absolute dollars increased?

10        A    It has.

11        Q    I'd ask you to please turn to UPX1109 in your

12   binder.

13              Is it -- is UPX1109 an internal email to you and

14   others at Apple?

15        A    That's correct.

16        Q    Dated September 18th, 2021?

17        A    That's correct.

18        Q    And the subject of the email is "Google revenue

19   share - August 2021"?

20        A    That's correct.

21        Q    Do you receive monthly reports of the payments

22   that Google splits with Apple under the ISA?

23        A    Yes, our finance team does an analysis of the

24   amount of money that they pay us and looks at overall

25   Google's numbers to ensure that we feel like we're getting
```

2488

```
1   paid fairly.
2        Q    The email starts with the headline, "Google
3   reported ███████████."  Is that approximately ██ billion?
4        A    That's correct.
5        Q    So Google report  ██ billion revenue share for
6   the month of August of '21 -- August 2021.
7             Do you see that?
8        A    I do.
9        Q    So in 2021, Google paid Apple approximately
10  ██ billion in revenue share for the month of August of
11  2021?
12       A    That's correct.
13       Q    Do you see the parentheses in that first sentence,
14  (plus ██ percent Y/Y)?
15       A    I do.
16       Q    Somewhat does that refer to?
17       A    It means that if you compare the month of August
18  in 2020 to August 2021, it was up by ██ percent.
19       Q    ████████████████████████████████████████████████
20  ██████████████████████████████████████████
21            Was ███ billion for the month of August 2021 the
22  ████████████████████████████████████████████
23  ██████████████████?
24       A    I believe it was.
25       Q    And was that t  ██████████████████████████████
```

1     ████████████████████████████?

2     A     That's correct.

3     Q     ██████████████████████████████████?

4     A     It's continued to grow, so I would assume it's --

5     I don't know of every single month since then has been the

6     case, but overall it's continued to grow.

7     Q     If you would please turn to the third --

8            MS. BELLSHAW:  Oh, and is this one in evidence?

9            Your Honor, just for the Court, UPX1109 has been

10    admitted into evidence.

11    BY MS. BELLSHAW:

12    Q     If you would please turn to the third attachment,

13    which starts on page 8.  It's the page ending in Bates stamp

14    0033.

15           As part of your monthly email with Google's

16    revenue share payment information, do you receive one of

17    these search revenue monthly reports?

18    A     Yes.

19           As I've stated, our finance team tries to do an

20    analysis looking at Google's overall numbers versus our

21    numbers to see if the numbers sort of jive up, making sure

22    that they're living up to the agreement that we have.

23    Q     If you would turn forward a few pages to page 11

24    of UPX1109, which ends in Bates number 0036.

25           It's a slide entitled "Apple total search

 1    revenue."  It's also on your screen if that's helpful.

 2              Looking at the graph on page 11 of UPX1109, is the

 3    Y axis here the revenue share dollars in millions, starting

 4    at 0 and going up to ███ billion?

 5        A    That's correct.

 6        Q    And then along the Y axis are the months starting

 7    in January 2017 and going up through August of 2021?

 8        A    That's correct.

 9        Q    And then does each of the bars on this chart

10    represent Apple's split of Google's revenue for the

11    particular corresponding month?

12        A    That's correct.

13        Q    Overall, would you agree that these revenue

14    payments have been on a pretty steady upward trajectory?

15        A    They have been.

16              I would -- we expected them to be.  We've done

17    very well selling iPhones, Macs and iPads.  Our business has

18    grown as well, and Google, as I said, has done a very good

19    job of growing their business as well.

20        Q    So the payments start in January of 2017 with a

21    monthly revenue share of ███ million?

22        A    That's correct.

23        Q    And then they go all the way up to the last

24    payment in August of 2021 at ███ billion?

25        A    That's correct.

1        Q    If you would please turn to page 13, that's two

2   pages ahead, the slide, "Apple revenue share," it's the one

3   ending in Bates number 38.

4             Does page 13 of UPX1109 list out Apple's split of

5   Google's monthly revenue from January 2019 to August of

6   2021?

7        A    That's correct.

8        Q    If you look all the way on the right, there's a

9   column, "Total rev share in millions."

10            Do you see that?

11       A    I do.

12       Q    And then each of the numbers in this column is the

13  total revenue share payment that -- made to Apple for each

14  month, right?

15       A    That's correct.

16       Q    So to add up the total payments to Apple in fiscal

17  year 2020, would you look to the months from October 2019 to

18  September of 2020?

19       A    Okay.

20       Q    Is that correct based on the fiscal year dates

21  that we saw earlier, you would look from --

22       A    That's correct.

23       Q    Okay.

24            So based on this chart, Google paid Apple over

25  $█ billion in fiscal year 2020?

1      A    I haven't done the exact math but that sounds

2  about right.

3      Q    So if I did the math and it added up to

4  ████ million, which turns out -- I'm sorry, ████ billion,

5  if my math is correct based on this chart, that means that

6  Apple's share of the Google revenue payments for fiscal year

7  '20 was ████ billion?

8      A    I would agree with that.

9      Q    And then for fiscal year 2021, do you see that

10  UPX1109 shows that payments from October 2020 to August

11  2021?

12      A    I do.

13      Q    So it's one month short of the full fiscal year?

14      A    That's correct.

15      Q    In the first 11 months of fiscal year 2021, I'll

16  represent to you that those columns -- or those rows add up

17  to ████ billion.

18          If my math is correct, would you agree that in the

19  first 11 months of fiscal year 2021, Google had already paid

20  Apple nearly $██ billion?

21      A    I would agree.

22      Q    Do you know the total amount that Google paid

23  Apple under the ISA in fiscal year 2021?

24      A    I believe it was arou  ██ billion, but I'm not,

25  you know -- plus or minus a little bit.



1      Q    If you look at the fourth column from the right,

2   there's one identified as ██████████████.

3      A    I apologize.

4           I believe when I said the ██ billion was for 2022.

5      Q    2022.  Thank you for the clarification.

6      A    So I apologize for that.

7      Q    Do you see the colu     ██████████████████?

8      A    I do.

9      Q    What do the figures in this column represent?

10     A    These are     ████████████████████

11  ████████████████████████████████████████

12  ████████████████████████████████████

13  ████████

14     Q    ████████████████████████████

15  ████████████████████████████████████

16  ████████████

17     A    ██████████

18     Q    ██████████████████████████████████

19  ██████████████████████████████

20  ██████████████████████████

21     A    ██████████████████████████████

22  ██████████████████████████████████

23  ████████████████████████

24       ██████████████████████████████████

25  ██████████████████    ████████████████████

2494



```
 1  ████████████████████████████████████
 2  ███████████████████████
 3       ███████████████████████████████
 4  ██████████████████████████████████████
 5  █████████████████████████████████████
 6  ████████████████████████████████████████
 7  ██████████████████████  ██████████████████
 8  ███████████████████████
 9     Q    ██████████████████████████████████
10  ████████████████████████████████████████
11     A    ████████████████████████████████
12  ████████████████████████████████████████
13  ████████████████████████████████████████
14     Q    In terms of -- okay.
15          THE COURT:  Sorry.
16          Mr. Cue, can I ask you a follow-up, and that is,
17  why do you say that ███████████████████████
18  ████████████████████████████████████████
19  ██████████████████████████████████████
20       ██████████████  ████████████████████
21  ███████████
22       ████████████████████████████████████
23  ████████████████████████████████████████
24  ████████████████████████████████
25       ██████████████████████████████████
```



2496

1 ██████████  ██████████

2 ██████████  ████████

3 ██████████  ██████

4 ██████████  ██████

5 BY MS. BELLSHAW:

6     Q    So was it -- did you think that a downloaded

7 search app didn't provide as good of an experience as the

8 Safari browser for Apple customers conducting searches?

9     A    I did.

10       And I do.

11     Q    Mr. Cue, what is Siri?

12     A    It is an assistant, an audio assistant for your

13 iPhone and also for the Mac.

14       It tries to help you get things done.

15     Q    Does Apple run ads on Siri?

16     A    We do not.

17     Q    And what is Spotlight?

18     A    Spotlight is a way to search within your device.

19 In particular, if you use your finger on any screen on the

20 phone, like the home screen on the phone and you slide down,

21 you get a search field.  And you can search for things on

22 your device and things that you've done with your device.

23     Q    And does Apple show ads in Spotlight?

24     A    We do not.

25     Q    If you would please turn to tab -- back to tab

1   JX33, which is the 2016 ISA.

2          I'd like to direct your attention to the fourth

3   page, 

2498



18      Q    Mr. Cue, under the 2016 amendment to the ISA, did

19 the parties have the option to mutually agree to extend the

20 agreement until ▊▊▊▊

21      A    We did.

22      Q    And despite options to extend the ISA unt    ▊▊▊▊

23 at some point, did you approach Google about extending it

24 early?

25      A    I did.  I wanted to extend it early.

2499

1        Q    And when did you reach out to Google?

2        A    I don't recall the exact date.  It's sometime

3   maybe in 2020, but I don't know the exact date.

4        Q    And who at Google did you reach out to?

5        A    Philipp Schindler.

6        Q    And who is Mr. Schindler?

7        A    Mr. Schindler -- after I'd completed the deal in

8   2016, Sundar had introduced me to Philipp, and he was the

9   person that we dealt with from then on on the extension, and

10  he also was the business representative on the Google side

11  to the deal.

12       Q    Is Mr. Schindler the chief business officer at

13  Google?

14       A    He may be.  Actually, I don't know the answer to

15  that, but that wouldn't surprise me.

16       Q    What kind of extension did you propose to

17  Mr. Schindler in 2020?

18       A    A very simple one:  Let's extend the deal out for

19  ██████████████

20       Q    So you wanted to extend the agreement without

21  re-negotiating any of the key terms?

22       A    Yeah, that's a simple way to say it, but the

23  reality is, this is a very complicated deal.  It took me a

24  year to do it the last time.  The last thing that I wanted

25  to do was to go through that process again.  It would open

1    up discussions around every issue.

2            Things were working well between us.  Customers

3    were getting great search results.  It seemed like the work

4    that we were doing was very positive.  And so I didn't see a

5    need to start opening up all the negotiations again.

6    I was -- I was okay continuing the deal as it was.

7        Q    And what was Mr. Schindler's response to your

8    proposal that the parties extend out the existing ISA

9    in 2020?

10       A    As I recall it, and I don't know if it was the

11   first one or not, but he had said that this wasn't a good

12   time to do it because of the investigations going on in

13   the U.S.

14       Q    And by "the investigations in the U.S.," did you

15   understand Mr. Schindler to be referring to the Department

16   of Justice's investigation of Google?

17       A    I believe that was the case.  I don't recall.  We

18   didn't have any discussions specifically about it, but

19   I believe that's the case.

20       Q    And we talked about this briefly earlier, but

21   Apple and Google did ultimately negotiate an extension of

22   the ISA, correct?

23       A    That's correct.

24       Q    And when does the current contract expire?

25            It's not a memory test.  If you'd like to look at

 1   it, I can tell you.

 2        A    Sure.

 3        Q    In your binder, it's --

 4        A    I believe it ████████ and it can be extended to

 5   ████ or something like that, but I want to look exactly to

 6   give you the right date.

 7        Q    It's JX97.

 8        A    Thank you.

 9             MS. BELLSHAW:  And, Your Honor, JX97 has been

10   admitted into evidence.

11   BY MS. BELLSHAW:

12        Q    So, Mr. Cue, pointing you to the Section 1, "Term

13   and Termination," the fourth paragraph, did the -- do Apple

14   and Google have the ability to extend the ISA on its current

15   terms until ███████████████████?

16             MR. SCHMIDTLEIN:  Objection.  She's misstating it.

17             THE WITNESS:  Yeah, again, we have to go through

18   each one.  ████████████████████████████████

19   ████████████████████████████████

20        ████████████████████████████████

21   ████████████████████    ██████████████

22   ████████████████████████████████████

23   ████████████████████

24        ████████████████████████████████

25   ████████████████████████████████

1 ██████████████████████████████████

2 ████████████████

3     Q    Focusing ████████████, if both Apple and

4 Google exercised their options to extend, as set out in

5 JX97, the current agreement that requires Apple to set

6 Google as the default search engine and Safari could remain

7 in place until ██████████████████?

8     A    That's correct.  You know, just to be clear here,

9 I don't look at it as that Google requires.  It's the

10 agreement that we like and that we think is great for our

11 customers.  So it's not a "We're doing something because we

12 don't want to and the agreement requires us to."

13         So, yes, the agreement does require that Google be

14 the default, but it's something we're very comfortable with,

15 we think it's the best choice for our consumers.

16     MS. BELLSHAW:  And, Your Honor, just a quick

17 housekeeping matter before I forget.  I ended up not showing

18 the witness UPX586.  It's one of the exhibits that we talked

19 about this morning, and I just would like to move it into

20 evidence.

21         THE COURT:  Okay.  So 586 will be admitted.

22         MS. BELLSHAW:  Thank you, Your Honor.

23                         (Plaintiffs' Exhibit UPX586
                            received into evidence.)
24

25

```
1    BY MS. BELLSHAW:
2        Q    Mr. Cue, moving away from the ISA, are you
3    familiar with DuckDuckGo?
4        A    I am.
5        Q    Do you know DuckDuckGo's CEO, Gabriel Weinberg?
6        A    I met him once.  He called me and we had a
7    discussion, and I set him up with meetings with my teams.
8        Q    Did Mr. Weinberg reach out to you in 2021?
9        A    I believe that's correct.
10       Q    Do you recall what you and Mr. Weinberg discussed?
11       A    We did.
12            One of the things we're always trying to do is
13   help our developers.  Mr. Weinberg is a developer on our
14   platform.
15            We were already helping him in DuckDuckGo because
16   we were giving him our maps capabilities.  So that, for
17   example, when you search something on DuckDuckGo, you got
18   map tiles that came from us.
19            And I initiate -- I said, you know, We'd love to
20   hear more about how we can help make your product better.
21            And so I had brought a whole litany of my team
22   from music to payments to see if there were any other
23   opportunities to make DuckDuckGo better.
24       Q    Mr. Cue, could you please turn to UPX631 in your
25   binder.
```

1           Is UPX631 a meeting invitation from you -- or

2    you're listed as the organizer, to various attendees at

3    Google and individuals at DuckDuckGo?

4        A    That's correct.

5        Q    Is this the meeting that you're referring to that

6    you set up between DuckDuckGo and some people on your team

7    at Apple?

8        A    That's correct.

9        Q    If you would, please, if I could direct your

10   attention to sort of the middle of the page on UPX631,

11   do you see there's -- in the "Notes" section, there are

12   discussion points?

13       A    Okay.

14       Q    Does this list out topics for the meeting.

15       A    That's correct.

16       Q    And the first topic is "Privacy Overlap:  Are

17   there more areas we can work together to provide more

18   privacy to users?"

19           Do you see that?

20       A    I do.

21       Q    And then the second topic is "Apple Integrated

22   Search:  Is there content beside maps that Apple can

23   leverage DuckDuckGo search to highlight to users with the

24   goal to create a more holistic search experience together?"

25           Was that the second topic of discussion for this

1    meeting with DuckDuckGo in March of 2021?

2        A    That's correct.

3        Q    So in 2021, was Apple considering ways to partner

4    with DuckDuckGo on privacy-related projects?

5        A    Again, we were -- as I stated earlier, we were

6    interested in helping any developer.  DuckDuckGo was a

7    developer.  We wanted to make them -- help them in any way

8    we can to be better.  And so that was certainly of interest

9    to us.

10            One thing that is a problem with DuckDuckGo and

11   one of the other reasons, again, we were trying to be

12   helpful, is DuckDuckGo's back-in basically searches Bing, so

13   it doesn't have its own search engine.  And so they're

14   dependent on Bing.  Bing certainly wasn't anywhere near as

15   good as Google.  And so we wanted to help DuckDuckGo get

16   better.

17       Q    If you would like at No. IV, Roman numeral IV, it

18   says, "Joint A/B testing in Safari to optimize

19   privacy-centric search monetization.  Should DuckDuckGo and

20   Apple collaborate on A/B testing various approaches to

21   privacy-centric search monetization."

22            Do you see that?

23       A    I do.

24       Q    Do you understand what that refers to?

25       A    Yeah, DuckDuckGo still did advertising on their

2506

1    platform, so it wasn't that it was ad free.

2    ████████████████████████████████████

3    ███████████████    I don't know the specifics of it.  I

4    wasn't involved in that part of it.

5           But, again, this all relates to the same issue,

6    which is, we're trying to help DuckDuckGo be a better

7    product.

8           And so the discussion we wanted to have with them

9    was, How can Apple help you be a better product?

10    Q    Do you consider DuckDuckGo to be a privacy --

11    friendly search engine?

12    A    I do, but as I stated, unfortunately, it is not a

13    great search engine.  The search results that you get are

14    from Bing, not DuckDuckGo.  And so I think they've done a

15    good job of what they have with them, but it's not good

16    enough.

17    Q    Do you view's DuckDuckGo's approach to privacy as

18    generally consistent with Apple's?

19    A    I haven't looked at every feature of DuckDuckGo

20    from a privacy point to make that.

21           I -- I'd like the fact that DuckDuckGo is talking

22    about privacy and is interested.  So, yes, that was of

23    interest to us.  We like that.  We like app developers out

24    there trying to innovate and do new things.

25    Q    Would you consider DuckDuckGo as an option to be

1    set as the default in the Safari browser?

2        A    No, I would not.  That would not be a good thing

3    for our customers.

4        Q    And did you consider DuckDuckGo as an option to be

5    set as the default in the Safari browser in 2016?

6        A    No, we did not.

7             Again, that is not a good choice for customers.

8             We do have DuckDuckGo as a choice so they can

9    switch if they'd like, but, again, the quality of the search

10   results of DuckDuckGo are not up to par.  And so one of the

11   things we've been very clear on from an Apple point of view

12   is, privacy is of utmost importance, but you can't to

13   privacy by providing an inferior product.

14            And so for us, it has to be the best product and

15   it has to have privacy.  And those are things that are very

16   difficult to do.  It's hard to do.  That's what Apple does.

17            In the case of DuckDuckGo, they were doing some --

18   you know, trying to be innovative and trying to push

19   privacy.  But unfortunately they didn't have the goods on

20   search.  And so the problem that you have is customers are

21   not going to give up their primary function they're going

22   for, which is to search for something, and not get the best

23   results and get good results because it had some privacy

24   features.

25            So I don't think it was a good choice to make as a

1    default then, and certainly not a good choice -- it's an

2    even worse choice today.

3        Q    Mr. Cue, I'd like now to switch gears to ask you

4    about discussions between Apple and Microsoft in the 2015,

5    2016 time period.

6        A    Yes.

7        Q    In 2015, did Microsoft approach Apple about the

8    possibility of a search partnership?

9        A    Yes.

10           Satya reached out to Tim about it.

11        Q    And is Satya, Satya Nadella, the CEO of Microsoft?

12        A    That's correct.

13        Q    Did you attend a meeting with Mr. Cook,

14   Mr. Nadella, and other executives from Microsoft in August

15   of 2015?

16        A    I did.

17        Q    If I could refer you to UPX613 in your binder.

18   That's an email from Mr. Nadella dated August 12th, 2015.

19           At the bottom.

20           Or, I'm sorry, that one's in the middle, the email

21   from Mr. Nadella is in the middle of UPX613.

22           Do you see that?

23        A    On page 1?

24        Q    Yes, on page 1.

25        A    Yes.

1    Q    And Mr. Nadella writes, "Thanks for meeting today.

2    Attached is the slides we took you through."

3          Do you see that?

4    A    I do.

5    Q    And the email is dated August 11th, 2015?

6    A    That's correct.

7    Q    And Mr. Cook forwards these slides to you and

8    others at Apple?

9    A    That's correct.

10   Q    And is this the meeting that you attended with

11   Mr. Cook and executives from Microsoft?

12   A    It is.

13   Q    If you would please turn to 614.

14         And 613 and 614 have been admitted into evidence.

15         Are these -- do you recognize 614 as the slides

16   that Microsoft presented during that meeting in August 2015?

17   A    That's correct.

18   Q    And at that meeting, was Microsoft proposing that

19   Apple set Bing as the default search engine in Safari?

20   A    Microsoft was proposing that and proposing the

21   fact that they were incredibly great at search and all kinds

22   of things.  So they talked a big game, yes.

23   Q    If I could direct your attention to the first

24   bullet on the first page of UPX614, it says, "There is

25   natural alignment between Microsoft and Apple in search.

2510

1    The combination of the large search volumes on Apple devices

2    with Microsoft's global search platform enables a high

3    quality search platform that will be an asset for both

4    companies."

5         Microsoft told you that access to Apple's search

6    query volume would allow Microsoft to make improvements to

7    Bing's quality; is that right?

8    A    That's correct, but they already thought they had

9    great quality and they said that with our search volume,

10   they could be even better.  But not an accurate statement,

11   but they said that, yes.

12   Q    If you would please turn to page 2 of UPX614.

13        Do you see the proposed structure?

14   A    I do.

15   Q    Is this summary consistent with the proposal

16   Microsoft made to Apple during this meeting in 2015?

17   A    Yeah, this is a presentation they made to us, and

18   this was a slide of what they thought a structure could be.

19   Q    If you look at the third bullet, it says, "TAC

20   rate equal to ▉ percent of Microsoft contribution margin

21   from search on Apple devices."

22        What did you understand Microsoft to be offering

23   Apple?

24   A    Apple was offering -- sorry, Apple was offering.

25        Microsoft was offering Apple a margin, there

1  again, net revenue of ■ percent versus the ■ percent that

2  we were getting from Google, but -- which sounds very

3  promising and exciting if you're looking at it from a

4  financial point of view, certainly ■ is bigger than ■

5        But that's not the way to look at it.  The

6  question with Microsoft was, were they able to really

7  monetize advertising.

8        We already had a deal with Microsoft as a search

9  provider, and they were horrible at monetizing advertising.

10  And so giving you ■ percent of something that small is not

11  really that interesting, but that's what that is.

12  Q    And did Microsoft later increase its offer to

13  ■ percent of revenue share?

14  A    As they got more desperate, they increased their

15  offer to ■ percent.  They offered to have us invest in

16  Bing.  And at one point, offered to us to buy Bing.  And

17  then ultimately offered to basically give us Bing.

18  ████████████████████████████

19  ██████████████████████████████████

20  ██████████████████████████████

21  ███████████████  ██████████████

22  Q    Even ■  ■ percent revenue share,

23  Microsoft's financial offer was lower than Google's?

24  A    Well, again, Microsoft, in order -- Microsoft

25  search quality, their investment in search, everything was

 1    not significant at all.  And so everything was lower.  So

 2    the search quality itself wasn't as good.  They weren't

 3    investing at any level comparable to Google or to what

 4    Microsoft could invest in.  And their advertising

 5    organization and how they monetize was not very good either.

 6         Q    And, Mr. Cue, even    ███    ███ percent revenue

 7    share that Microsoft was offering, Microsoft couldn't come

 8    close to the finances that Google was able to put on the

 9    table; is that fair?

10         A    Not with an inferior search engine, no.  If you

11    have an inferior search engine, customers wouldn't use it,

12    and so, therefore, I don't know how you could monetize it

13    well.

14              That leaves out the fact that they weren't very

15    good at monetizing as well.  And so their advertising team

16    monetized very poorly.

17              So, sure, there's no way.  If they had a great

18    search engine and they knew how to monetize, then, sure,

19    they could have done that and more.

20         Q    And, Mr. Cue, you don't have any personal

21    knowledge of the amount of investment that Microsoft had

22    made in Bing, correct?

23         A    No, that's not true.

24              I don't know the dollars, I wasn't in Microsoft to

25    know the dollars.  But I can see the investments they were

1   making by, you know, were -- how many engineers they claim

2   they had.

3        When we looked at the search results and were they

4   getting better over time, they did not get better over time.

5   They've gotten worse over time.

6        We looked at how they were monetizing on

7   advertising.  Again, that didn't get better, that was

8   getting worse.

9        They didn't introduce any new countries.

10        They, when we first met with them, they did not

11   have -- you know, one of the most important things for

12   search is you have to go and find all of the information

13   that's available on the Internet.  So you're basically

14   crawling the Internet, as they call it, to find as much

15   information as possible.

16        And Microsoft was investing a significant amount

17   less in doing that.  So, you know, it was clear that, you

18   know, they -- ultimately it was clear to us that there's no

19   way they were an alternative or a choice that we could make

20   for our customers.

21   Q    Mr. Cue, you don't have any personal experience

22   developing a web-based general search engine, right?

23   A    That's correct.  I've worked on search engines but

24   not general ones.

25   Q    And you've never personally developed a web

1  crawler?

2       A     My team has.

3       Q     And you've never personally worked to index web

4  pages?

5       A     Again, my team has.

6       Q     Following the August 2015 meeting with Microsoft,

7  did Apple's financial team conduct analyses about the impact

8  of a potential switch from Google to Bing?

9       A     We at the time were very interested in what

10 Microsoft said, right.  They sounded promising, right.  Our

11 search is better, we'll give you ██ percent, all of that

12 standpoint.  ████████████████████████████████████

13 ████████████████████████  ████████████████████████

14 ██████████████

15             And so we did a lot of analysis.  We did things

16 from, you know, what is -- what are the results that they're

17 getting when you're searching, what do you find from that

18 standpoint.  So how good is the product.  We went and looked

19 at Microsoft.  We already had an existing search deal with

20 them so we looked at how they were monetizing.  We looked

21 how it was potentially monetized in the future.

22             So, yes, we took the proposals seriously to make

23 sure that we were not leaving anything and making sure that,

24 is this going to possibly be true, that they actually have

25 something really great that we're missing.

2515

1    Q    Did you personally conduct an assessment of Bing's

2    search results?

3    A    I did.

4    Q    And what did you personally do to conduct an

5    assessment of Bing's search results?

6    A    I went to Safari on my iPad, my Mac, and my iPhone

7    and I set the default search engine to Bing.

8         I downloaded the Bing.  Bing had an iOS app

9    similar to the Google GSA app, and I downloaded that.

10        And then I used it as my primary search engine for

11   weeks.

12        So one of the best ways to test something like

13   that, made it easy, right, it's easy to switch the default.

14   And so I was able to use Bing for weeks on end using just my

15   everyday usage of the Internet.

16        And one of the things that you find as you search

17   quite a bit when you're using the web and the Internet.  And

18   so I would use it and then at times when I looked at and ran

19   into issues or did assessment, I would go to Google and open

20   up Google and compare and do the same search results on

21   Google and see what the results were.

22   Q    Mr. Cue, I'd like to direct your attention to

23   UPX273.

24        Or, I'm sorry, it's directing your attention for

25   the first time to UPX273.

1          And this email is in evidence.

2          This is an email from you to Mr. Cook and others

3   at Apple dated April 27th, 2016.

4          Do you see that?

5     A    I do.

6     Q    And how long had Apple and Microsoft been in

7   discussions about Bing at the time of this email?

8     A    Many months.  I don't remember the exact amount

9   but...

10    Q    If you would look at page 2 of UPX273, there's an

11  email from Mr. Schiller to Mr. Cook and you and others at

12  Apple dated April 17th, 2016.

13         Do you see that?

14    A    I do.

15    Q    And the top of Mr. Schiller's email says, "Here is

16  an updated search revenue share analysis based on our latest

17  discussions."

18         So Mr. Schiller is circulating as revised

19  financial analysis of a potential deal with Bing?

20    A    He's doing an analysis based on the proposal that

21  Bing made.

22         And to be fair, he didn't do the analysis,

23  somebody on the finance team did the analysis and he's

24  forwarded it on to us.

25    Q    And the analysis prepared by your finance team

2517



1   include a revenue share analysis for both Google and Bing?

2       A    That's correct.

2518



1

2

3          And so my view around this was, at the time,

4   it's like, okay, Let's propose a guarantee that's

5   reasonable.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25          Q    And just to be clear, if Microsoft had agreed to

2519



1    pay Apple a guarantee, that's money that Microsoft would owe

2    Apple regardless of the amount of revenue that Microsoft

3    itself generated on searches on Apple devices?

4    ██  ████████████████████████    █████████████

5    ████████████████████████████████████████████████████

6    ████████████████████████████████████████████████████

7    ███████████████████████████████████████████████

8    ████████████████████████████████████████████████████

9    ██████████  ████████████████████████████

10   █████████████████████████████████████████████

11   ██████████████████████████████████

12        Q    And Google's contract with Apple didn't have a

13   guarantee, right?

14        A    We didn't need a guarantee.  We've been doing

15   business with Google for years, and so we knew what it was.

16   ██  ████████████████████████████████████

17   ████████████████████████████████████████████████████

18   ████████

19   ██  ██████████████████████████████

20   ██████████████████████

21   ██  ████████████████████████████████

22   ████████████████████████████████████████████████████

23   ██████

24        ████████████████████████████████████████

25   █████████████████████████████████████████

2520



2521

         A    I don't recall the exact number that Microsoft was

proposing.  So that wasn't important to us.  Again, we knew

what the -- Microsoft didn't know what we were making from

Google.  We never shared numbers with Microsoft of the deal

that we had with Google or what the search results were.  So

we knew the numbers, Microsoft didn't.

         What we did is, we assessed, if Microsoft was, "as

good as Google" and we were to drive customers to Bing from

that standpoint, what did we think the economics would look

like around it.

         And so it's -- you know, it's an estimation based

on what we know.

2522

1        Microsoft had no idea how many searches, how many

2   customers, any of that.

3   ████████████    ████████████████████████████

4   ██████████████████████████████████████████

5   ████████████████████████

6        ████████████████    ████████

7   ████████████████████████████████████████████

8   ████████████████████████████████████

9   ██████████████████████████████████████████

10  ██████████████████████    ██████████████████████

11  ████████████████████    ██████████████████████

12  ██████████████████████████

13  █████████████████████████████████████████████

14  ████████████████████████████████    ██████████████

15  ████████████████████████████████████████████████

16  ████████████████████████████    ██████████████████

17  ████████████████████████████████████████████

18  ████████████████████████████████████████████

19  ████████████████

20        Now, I want to be careful because I've noticed,

21   you know, that this question of looking at this, did we have

22   a deal, were we close to getting a deal.

23        We were never close to a deal.  There's no deal

24   terms that were ever shared back and forth that said, Here's

25   what the deal term looks like and, you know, we're crossing

 1    things out or itemizing or here's what we've agreed to.  We

 2    never did a draft of an agreement or anything like that.  We

 3    were still in conversations going back and forth around it.

 4           And it's very difficult for us to ultimately

 5    assess what they could do.

 6           Now we were comfortable that we knew what they

 7    were, we had done enough assessment on that.  But then they

 8    were making, you know, big claims of what they could do, and

 9    I didn't think they were capable of doing it.  And I know

10    I'm right about that, as we've seen post that.

11           Microsoft is a large company.  They're certainly

12    of equal of our size, equal of Google's size.  So if they

13    wanted to invest and they wanted to do something, I

14    certainly believe they had resources to do that.  But they

15    didn't seem to.

16           You know, their product wasn't as good.  They

17    didn't see the investment in it.  And I didn't think their

18    engineers were very good.  You know, our experience with

19    Microsoft is, you know, we beat them on Mac versus Windows,

20    we beat them on versus theirs.  We meet them on iPod versus

21    Zune.  So our view is we were comfortable with competing and

22    knowing what it's like to work with them, and so ultimately,

23    we never reached a point where we were discussing a deal.

24    BY MS. BELLSHAW:

25           Q    Mr. Cue, I'd like to direct your attention back to

 1    UPX614.  It's the presentation that Microsoft made to Apple

 2    in August of 2015.  We looked at it a moment ago.

 3        A    Sure.

 4        Q    And I'd like to direct your attention to the third

 5    page of UPX614.

 6             Do you see the slide entitled "Economics"?

 7        A    I do.

 8        Q    And then at the bottom, the second-to-last row is

 9    "Apple's Share of Profit."  And that's Microsoft's proposal

10    that it would pay Apple ■ percent of any revenue generated

11    on Apple devices?

12        A    That's correct.

13        Q    And then if you look underneath, it says Apple's

14    Share of Profit in Billions."

15             Do you see that?

16        A    I do.

17        Q    Do you understand this to be the amount that

18    Microsoft was projecting that a ■ percent revenue share, it

19    would pay Apple in each of these years 1 through 5?

20        A    Again, Microsoft had no idea the volume, the rates

21    of advertising, et cetera, so they put this up here without

22    any knowledge of what Apple had.

23    ███████████████████████████    █████████████

24    ██████████████████████████████████████████

25    ████████████████    ██████████████████████

2525



6    Q    So Microsoft's initial projections were that at a

7    ██ percent revenue share, it would pay Apple ██ billion in

8    the first year and then increase until it got to ██ billion

9    in the fifth year; is that right?

10    A    Again, based on their numbers that have nothing to

11    do with our numbers, that's correct, but it's not -- it's

12    not an accurate portrayal.

13    Q    And that adds up to approximatel ██ billion?

14    A    That's correct.

15    Q    If you would turn back to UPX273.

16         You would agree that the $██ billion guarantee

17    that you're proposing in your email in UPX273 is a

18    significant increase over Microsoft's initial estimates of

19    what it would pay Apple at ██ percent revenue share, right?

20    A    Yes.

24    Q    In the next paragraph of your email, you write,



15    Obviously, we felt the product as it existed was

16  not.  And so we would have had to gone -- if we were doing

17  something like that, what I would have expected we would

18  have done is then said, Okay, let's go through a much more

19  detailed plan over the next two, three years, of all the

20  things that you're going to do and why you think you will be

21  competitive with having a search engine as good or better

22  than Google.

23

24

25    Q    In the last paragraph of your email you write,

2527



21    So you viewed sticking with Google as as close to

22 a sure thing as can be that Apple would receive the revenue

23 that it was anticipating?

24    A    Well, again, Google has the best search engine.

25    You have to remember, advertising and the revenue

1    doesn't just come in.  It doesn't quite work that way.  That

2    would be easy if it were true.

3            The way that it works is customers have to go and

4    search on Google or search on Bing, in this example, and

5    then they have to provide great results so the customers

6    keep doing it and customers want to keep doing it and using

7    it, otherwise, it's very easy to switch.  If you don't have

8    the best one, it's easy to switch over to another one.

9            And, secondarily, you have to know how to do

10   advertising.  So you have to be, understand how to sell ads,

11   how to put ads, all the UI elements that go along with that.

12   Microsoft was not good at that.

13           And so Google's a sure thing.  They have the best

14   search engine, they know how to advertise, and they're

15   monetizing really well.

16           And so for Apple, yeah, I viewed it as a sure

17   thing.

18   ███████████████████████████████████████████████

19   ███████████████████████████████████████████████

20   ███████████████████████████████████████████████

21   █████████████████████████

22       Q    And you concluded that it was a sure thing that

23   Google would remain the best search engine in the

24   United States for the duration of Apple's ISA agreement with

25   Google?

1    A    Yeah, I believe that to be the case.  We've been

2  working with Google for over 20 years.  They've continued to

3  invest and improve the product in a significant way.

4         And ultimately, these agreements, as we shared

5  together earlier, they end up having expiration dates, they

6  have an expiration date in one country or another.  At the

7  end of the day, if Google, over time, for some reason

8  somebody else came in and was better, we'd have the ability

9  to switch.  And in the short term, customers would have the

10  ability to switch.

11         And my experience with this is really clear.  I've

12  always believed the best product always wins.  And when you

13  look at Microsoft, Microsoft had 80 percent, 90 percent of

14  the PC market.  Apple was very, very small, we owned about

15  10 percent of the market.  Microsoft had Windows, had

16  Internet Explorer, which was the browser that was the

17  default and came with Microsoft, they made it very difficult

18  to switch, and they had Bing.  And so they controlled the

19  whole environment.  They had 80 percent market share of

20  every PC in the world, 90 percent really, of every PC in the

21  world.  They had Windows, they had Internet Explorer and

22  they had Bing the search engine.  And over time, they lost

23  the market share, because it's easy for people to switch

24  off.  If you don't have the best product, you will lose.

25         And so our viewpoint around this is if Google

1    didn't have the best product, you know, it wasn't going to

2    happen in a year, but if somehow somebody, and you could

3    see -- if we go through other emails that I have, I was

4    always interested in hearing what anybody else was doing to

5    develop any new product around search and around anything

6    that makes a better experience for our customers, a better

7    product for our customers.

8          And so I called all these other search providers,

9    I did things to look at that.  But I didn't see anything on

10   the horizon that was going to be better than Microsoft --

11   than Google's, and Microsoft certainly wasn't it.  And so,

12   sure, I didn't have a problem with agreeing to the terms

13   that we did.

14   ■        ████████████████████████████████████████████

15   ███████████████████████████████████████████████████

16   ████████████████████████████████████████████

17   ■        █████████████████████████████████████████████

18   ███████████████████████    █████████████████████████████

19   ██████    ████████████████████████████    We're not

20   going to take something that isn't as good and provide that

21   to our customers.  Our customers are too important to us.

22          One of the reasons Apple's been so successful is

23   the fact that we treat the customer as the most important

24   thing in the world.  Much more important than the revenue.

25   It's not to say, and I don't want to belittle the revenue,

1    it's a significant amount of money.  I understand that.  But

2    we deviate searches from Google that would monetize because

3    it's in the best interest of the customer.  So we're after

4    what's best for the customer.  And if we do the best thing

5    for the customer, Apple wins.

6            So taking some check or something from Microsoft,

7    yeah, sure, it's a short-term thing.  We're not interested

8    in that.  We're after the long-term of this.  I've been at

9    Apple for 34 years.  We want to do what's best.  We want to

10   make the best product.  We don't want to make the most, but

11   we want to make the best product in the world.

12           Sorry, I'm very adamant about that.  This is near

13   and dear to my heart and what we do at Apple.

14   Q    Mr. Cue, I'd like to switch gears now and ask you

15   about a different topic.

16           THE COURT:  Counsel, if I could interrupt you.

17   It's now 12:30.  How much longer do you think you'll be in

18   closed session?

19           MS. BELLSHAW:  Maybe about 20 minutes, Your Honor.

20           THE COURT:  Everybody hang with us for 20 minutes

21   so we can then break at that time.

22           Let's go for another 20, and then we'll break for

23   lunch.  Thank you.

24   BY MS. BELLSHAW:

25   Q    Mr. Cue, are you familiar wi ███████ at Apple?

```
 1        A     I am.

 2        Q     Did you have responsibility f  ██████  when you

 3   oversaw the Siri team?

 4        A     I did.

 5        Q     And what period of time did you oversee Siri?

 6        A     I think -- and I'm going to give you some rough

 7   estimates.

 8              Between like 2012, 2017, in that area.

 9        Q     And the Siri team now reports to Mr. Giannandrea?

10        A     That's correct.

11        Q     If you would please look at UPX626.

12              UPX626 is an email chain reflecting emails between

13   you and Bill Stasior on July 13, 2014.  Do you see that?

14        A     That's correct.

15        Q     And who is Mr. Stasior?

16        A     Mr. Stasior ran Siri for me.

17              MS. BELLSHAW:  Your Honor, we would move to admit

18   UPX626 into evidence.

19              MR. SCHMIDTLEIN:  No objection.

20              THE COURT:  All right.  It will be admitted.

21                                  (Plaintiffs' Exhibit 626
                                     received into evidence.)
22

23

24

25
```

1    BY MS. BELLSHAW:

2        Q    Did you see that the subject line of your email

3    is -- or of Mr. Stasior's email is, "Re:  ET

4    off-site-search"?

5        A    That's correct.

6        Q    What does ET refer to?

7        A    It's the executive team, the executive team with

8    Apple was having an off-site and I was going to present.

9        Q    Is the executive team Mr. Cook's direct reports?

10        A    It's a subset of his direct reports.

11        Q    And what is an off-site?

12        A    It's a meeting, but we were -- instead of doing it

13    inside of Apple, we were doing it at an outside location.

14        Q    If I could direct your attention to the bottom of

15    UPX626, do you see your email to Mr. Stasior?

16        A    I do.

17        Q    You write, "I need to give an update on search at

18    the ET off-site."

19             And then you ask a few questions about Parsec.

20             Do you see that?

21        A    I do.

22        Q    And you ask in the middle of the second row, "What

23    are the future plans for search in the next year?"

24             Do you see that?

25        A    I do.

2534



1

2

3

4          And you sent this email on July 10th of 2014?

5     A    That's correct.

6     Q    And was that approximately one year before you

7  began negotiating the 2016 ISA with Mr. Pichai?

8     A    I think that's correct.

9     Q    If you look at the top of UPX626, you'll see

10  Mr. Stasior's -- am I pronouncing that correctly?

11    A    You are.

12    Q    Mr. Stasior's email back to you.

13         And he starts by giving you some stats about

14  Parsec.

15         Do you see that?

16    A    I do.

17

18

19

20

21

22

23

24

25

2535

1    █████

2     █    ████    ██████████████████████

3    ████████████████

4         We still have that.  We're trying to answer more

5    questions on Siri today.  So it's still a goal today.

6     █    ██████████████████████

7    █████████████████

8       █████████████████████████

9    █████████████████

10      █████████████████████████████

11   ███████████████████████████

12   ████████████████████

13     █████████████████████████

14   ████████████████████████████████

15   ████████████

16     ██████████████████████████████

17   █████████████████

18     █    ██████████████████████████

19   ████████████████

20         And let me explain what Siri is again, we talked

21   about this earlier.  It's a voice assistant.

22         And so when you ask a voice assistant for a

23   question like, for example, what's the weather, what's the

24   score, what meeting do I have today, call my mom, you know,

25   general facts, what's Tim Cook's birthday, you want Siri to

2536

1    respond with an answer, not with search results.  And so the

2    goal of Siri is to answer as much as possible of what

3    customers ask.

4              And so as you can see from here, and we've

5    continued to do this, we want to expand Siri's knowledge as

6    much as possible to be able to answer questions, rather than

7    do the fallback.  And the fallback is if we don't know the

8    answer, then we just drop you into a list of search results.

9              But that's not a great experience for the

10   customer.  If you think about it logically, I'm saying

11   something to my device, you want an answer, you don't really

12   want to go scrolling through and clicking on things to go.

13             And so that's the goal of Siri then and still the

14   goal today.



23             The privacy concerns that we have around this is,

24   again, we don't like the idea of taking people's searches

25   and using them for something else.  People assume that when

2537

1    they're searching and using our products, we're not taking

2    those search terms and doing something else with them.

3    That's not the search itself.

4            And so I agree that that was a privacy concern

5    around it.  And this is something we never decided to

6    proceed.  And so we never did this.

7    Q    If I could direct your attention back up to where

8    we were looking at the future plans for search for the next

9    year in UPX626, this was part of Mr. Stasior's response.

10           So we talked about the first one, "███████████

11    ██████████."

12           And if you look at the fourth one, it says, ████

13    ████████████████████████████████████████."

14    █████████████████████████████████████

15    ████████████████████████████████████████

16    █    █████

17       ████████████████████████████████████████████

18    ███████████████████████████████████████████

19    ███████████████████████████████████████████

20    ███████████████████████████████████████

21       █████████████████████████

22       ████████████████████████████████

23    ████████████████████████████████████

24       ████████████████████████████████████

25    ████████████████████████████████████████████

2538



24        Q    Mr. Cue, if you would please turn to UPX625 in

25    your binder.

1          This is an email from you to Mr. Stasior

2    three days later on July 13th, 2014.

3          Do you see that?

4    A    I do.

5          MS. BELLSHAW:  And, Your Honor, UPX625 has already

6    been admitted into evidence.

7    BY MS. BELLSHAW:

8    Q    The subject of your email i    ███████

9          Do you see that?

10   A    It is.

11   Q    And you write    ████████████████████████

12   ████."

13        Are these the updates you were planning to give at

14   the executive team off-site?

15   A    They are.

16   Q    The first update that you identify i    ████████

17   ██████"

18        Do you see that?

19   A    I do.

20   Q    And then there are a list of goals?

21   A    I do.

22   Q    And one of Apple's goals wa    █████████████

23   ██████████████████████"?

24   A    It's our number one goal, as I've stated before.

25   Q    And another goal wa    ███████████████

2540

8    Q    You can set that one aside.

9         Mr. Cue, we've talked about how Bing and

10   DuckDuckGo were not viable options for Apple to set as the

11   Safari default in the 2015/2016 time period.  Did Apple

12   consider setting any other search engines as the default in

13   Safari in 2015, 2016?

14   A    No, we did not.

15   Q    If you were unable to reach a deal with Google in

16   2016, what would Apple have done?

17   A    It's a lot of speculating.  It's not something I

18   spent any time thinking about in any significance because

19   I thought that I would be able to do a deal with Google.

20        Ultimately -- I don't know the answer, but

21   I'm going to speculate a little bit, and that is, it wasn't

22   a choice to pick any of the existing search engines, so we

23   probably would have been left with no other choice than

24   potentially building our own.  But, again, not something we

25   went off and investigated.

1          You have to understand that even as successful and

2     as big as Apple is, we have limited resources, and we want

3     to spend our resources in the areas that we think we can

4     make a material difference for our customers.

5          In the case of search, we have somebody that we're

6     working with who is the best in the world at it, is

7     investing significant amounts of money, and we have found a

8     way to work with them on that.

9          We don't want to take our resources and do that

10    and invest in there because I'd rather spend our resources

11    building, you know, the Apple watch I'm wearing, Vision Pro

12    that we just announced, iOS 17.

13         And so if we took all of our resources and started

14    spending them on search, sure, we could have competed with

15    Google and -- you know, look, I believe Apple can do all

16    kinds of things.  But that meant we wouldn't have done other

17    things.  And at the end of the day, the customer was getting

18    a great experience with Google.  So it would be idiotic for

19    us to do that.

20         So we chose, and continue to choose, and that's

21    why I was -- I wanted to have the deal done with Google,

22    which is, Let's keep providing the best search results for

23    customers and let's make sure we continue to invest and

24    innovate in the areas that we were really good at.

25         And so I viewed it as a perfect way to work

1    together, in particular for our customers.

2        Q    So if you had been unable to reach a deal with

3    Google in 2016, in your view, Apple's next-best option would

4    have been to develop its own search engine?

5        A    Again, I said I was speculating because I haven't

6    spent a lot of time thinking about that.

7            What I do know is that search engines that were

8    out there weren't good enough.  And so that makes it very

9    difficult to pick one of those.  So that's not a choice.

10           So I don't know.  You know, that's -- that would

11   be my guess right now.  If we had to do that, that's

12   probably my guess.

13           MS. BELLSHAW:  If I could have just a moment,

14   Your Honor.

15           Thank you, Your Honor.  We pass the witness.

16           MR. CAVANAUGH:  Your Honor, I have two or three

17   questions.  I could probably ask them in public session.

18   It's based on the confidential testimony he gave, but

19   I don't think I'm going to elicit anything that is

20   confidential.  Do you want me to ask them now?

21           THE COURT:  How long do you think you'll be?

22           MR. CAVANAUGH:  Five minutes.

23           THE COURT:  Why don't you just go ahead and take

24   the five minutes, Mr. Cavanaugh.

25

```
 1                        - - -

 2                  DIRECT EXAMINATION

 3    BY MR. CAVANAUGH:

 4        Q    Good afternoon, Mr. Cue.  My name's Bill

 5    Cavanaugh.

 6             You were asked some questions about revenue share

 7    payments from Google to Apple in '20 and '21.

 8             In 2022, did Google have record high ad revenues?

 9        A    I'm not sure, but, again, we -- they've done very

10    well, so it wouldn't surprise me if they did.

11        Q    And as a result, did Apple's revenue share

12    payments from Google increase from 2021 to 2022?

13        A    Yeah, but, again, it's not that simple.  That

14    implies that we do nothing --

15        Q    Mr. Cue, I didn't ask you what was simple.  I just

16    asked you, did they increase.  Is the answer yes?

17        A    Again, ask me the question again.

18        Q    Okay.

19             Did Apple's revenue share payments from Google to

20    Apple increase from 2021 to 2022?

21        A    Again, that wasn't quite the exact question, but

22    that's fine, that's yes.

23        Q    Thank you.

24             Now, if Google were losing search ad revenue as a

25    result of increased use by advertisers of social media sites
```

2544

 1  in 2022, that would reduce revenue share payments from

 2  Google to Apple, would it not?

 3      A    I have no idea.  That's a -- the ad market for

 4  online is growing, so I have no idea what you mean by that,

 5  but tell me where you want to go.

 6          MR. CAVANAUGH:  Nothing further, Your Honor.

 7          THE COURT:  Okay.  Thank you.

 8          All right.  Let's go ahead and take our lunch

 9  break.  It is now just a little past 12:45.  We will resume

10  a little after 1:45.

11          Mr. Schmidtlein, any sense of length of time?

12          MR. SCHMIDTLEIN:  Certainly less than an hour, and

13  I'm going to see if I can pare it back as much as I can.

14          THE COURT:  All right.  Thank you, all.  We'll see

15  you shortly.  Thank you, everybody.

16          THE WITNESS:  Thank you, Your Honor.

17          COURTROOM DEPUTY:  All rise.  The Court stands in

18  recess.

19          (Recess from 12:47 p.m. to 1:47 p.m.)

20

21

22

23

24

25

# C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:___September 26, 2023___     

William P. Zaremba, RMR, CRR