1           IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA
2

3    UNITED STATES OF AMERICA,
     et al.,                            Civil Action
4                    Plaintiffs,        No. 1:20-cv-3010

5            vs.                        Washington, DC
                                        September 26, 2023
6    GOOGLE, LLC,                       1:49 p.m.

7                    Defendant.         Day 10
     _____/  Afternoon Session
8

9              **▮▮▮▮  PROCEEDINGS**

10              TRANSCRIPT OF BENCH TRIAL
          BEFORE THE HONORABLE AMIT P. MEHTA
11             UNITED STATES DISTRICT JUDGE

12

     APPEARANCES:
13

     For DOJ Plaintiffs:    KENNETH DINTZER
14                          U.S. Department of Justice
                            1100 L Street, NW
15                          Washington, DC 20005

16                          MEAGAN BELLSHAW
                            DIANA AGUILAR
17                          U.S. Department of Justice
                            450 Fifth Street, NW
18                          Washington, DC 20001

19                          DAVID DAHLQUIST
                            U.S Department of Justice
20                          209 South LaSalle Street, Suite 600
                            Chicago, IL 60604
21

22   For Plaintiffs
     State of Colorado &
23   State of Nebraska:     WILLIAM CAVANAUGH, JR.
                            Patterson, Belknap, Webb & Tyler, LLP
24                          1133 Avenue of the Americas #2200
                            Suite 2200
25                          New York, NY 10036

1    APPEARANCES CONT:

2    For Plaintiff
     State of Colorado:        JONATHAN SALLET
3                              Colorado Department of Law
                               CPS/Antitrust Section
4                              1300 Broadway, 7th Floor
                               Denver, CO 80203
5

6

7    For Defendant Google:     JOHN SCHMIDTLEIN
                               KENNETH SMURZYNSKI
8                              Williams & Connolly, LLP
                               680 Maine Avenue, SW
9                              Washington, DC 20024

10

11

12

13

14

15

16

17

18

19

20

21

22

23   Court Reporter:           JEFF HOOK
                               Official Court Reporter
24                             U.S. District & Bankruptcy Courts
                               333 Constitution Avenue, NW
25                             Washington, DC 20001

1                          **I N D E X**

2     **WITNESS**                                          **PAGE**

3     EDDY CUE

4        Cross-Examination by Mr. Schmidtlein              2574

5        Redirect Examination by Ms. Bellshaw              2601

6        Redirect Examination by Mr. Cavanaugh             2602

7

8

9

10

11

12

13                      **E X H I B I T S**

14    **EXHIBIT**                                          **PAGE**

15    Exhibit DX380        ......Admitted into evidence......    2603

16

17

18

19

20

21

22

23

24

25

1                                    ███████████ **PROCEEDINGS**

2          **THE COURT:**  Mr. Schmidtlein, I'm ready when you are.

3          **CROSS-EXAMINATION OF EDDY CUE**

4    BY MR. SCHMIDTLEIN:

5          **Q.**  Thank you, Your Honor.

6          Good afternoon, Mr. Cue.

7          **A.**  Good afternoon.

8          **Q.**  Earlier this morning, you were asked some questions

9    about your role in the 2015-16 negotiations that you had with

10   Google.  Do you recall that?

11         **A.**  I do.

12         **Q.**  And I believe you testified that you were the lead

13   negotiator for that agreement for Apple?

14         **A.**  That's correct.

15         **Q.**  What were the most important factors that you

16   considered when evaluating which default search engine to

17   select for Safari during that 2015-16 timeframe?

18         **A.**  We were interested in making sure that we picked the

19   best one, the one that provided the best results to customers.

20   Obviously we looked at it across multiple countries around the

21   world.  Those were the primary functions of it.  Secondarily

22   was how well they monetized.  But primarily, as I said, we

23   wanted to have the best search results for our customers.

24         **Q.**  And I know you testified you were not the lead

25   negotiator in prior agreements that Apple has entered into with

1    Google.  But based on your decades of experience as a senior

2    executive as Apple, is the process and the factors you

3    considered in 2015 and '16, do you believe, consistent with

4    factors that had previously been considered by Apple?

5        A.   They were.  As an executive team member and a person

6    who worked directly for Steve Jobs for a long time, we were

7    always interested in having the best experience for our

8    customers.

9        Q.   In evaluating which search engine to select, has Apple

10   evaluated questions like which default would a majority of our

11   users be most likely to prefer; is that a question you've

12   considered?

13       A.   No, that's not -- not in those terms.  We were

14   interested in what search engine did customers experience be

15   the best one, and therefore they would like it to be the best

16   one.  But the default doesn't -- that's an effect of when we

17   pick what we think is the best one, that's what we do with it.

18   But we don't think of it in those terms.  As I said, we make it

19   relatively easy to change the default if you want to, so that's

20   not the issue.

21       Q.   Did Apple ever get information or feedback that

22   suggested that its decision about the default had been --

23   making Google the default was the wrong decision?

24       A.   No, we've never felt that way.

25       Q.   Now, you testified about, I think, certain goals or

2576

1   things that you wanted to accomplish in the 2015-16 agreement.

2   I think you've testified one of those was increasing the rev

3   share; is that right?

4        A.   That's correct.

5        Q.   And you wanted to increase it from ███████████████

6   ████████?

7        A.   That's correct.

8        Q.   Did Mr. Pichai push back on your request for

9   ████████?

10       A.   Yes.  Look, I mean, it was a negotiation.  We took a

11   long time.  There was push back from him and push back from me.

12       Q.   So on that first goal, did the companies end up

13   reaching a compromise?

14       A.   We did, we compromised on that and a few other things.

15       Q.   Okay.  I think a second goal that you testified to was

16   █████████████████████████████████████████████████████████████

17   ████████████████████

18       ██  ██████████████████

19       ██  ██████████████████████████████████

20       ██  ██████████████

21       ██  █████████████████████████████████████████████

22       ██  ██████████  ██████████████████████████████████  █

23   ████████████████████████████████████████████████  ██████████

24   ████████████████████████████████████████████████████

25   ████████████████████████████████████████████████.

PROCEEDINGS

 1     █

 2

 3     █

 4     █

 5

 6     █  █

 7     █

 8

 9     █

10

11

12

13

14     █

15

16     █

17

18     █  █

19

20

21     █

22

23

24

25          Q.   And then I think the third thing you testified to as a

1    goal was the term of the deal, that you wanted a long-term

2    deal; is that right?

3         A.   Those were the big things, that's correct.

4         Q.   And you wanted a ██████ deal?

5         A.   I did.

6         Q.   And Google pushed back on that; is that right?

7         A.   That's also correct, they didn't wanted to do a

8    long-term deal.

9         Q.   And did the parties end up compromising on that term

10   as well?

11        A.   I believe so.

12        Q.   Does Apple today have agreements with other search

13   providers to be promoted in Safari?

14        A.   We do.

15        Q.   And who does Apple have agreements with today?

16        A.   We have agreements with Bing, with Yahoo!, with

17   DuckDuckGo and a few others.

18        Q.   And has Apple had those agreements for a number of

19   years?

20        A.   We've had since -- for a long time.

21        Q.   Why does Apple have agreements with other search

22   providers that are not the default search engine in Safari?

23        A.   Again, everyone gets a benefit, because it's easy to

24   switch.  And so we give customers the ability to easily switch

25   to one of those search providers, and then they would get the

1    traffic and the advertising and the other things and they would

2    share that with us.  And so it's all about the fact that we

3    make our customers and our software be integrated with those

4    search engines to make it really easy for customers to use.

5        Q.    And do those search engines pay a revenue share to

6    Apple pursuant to those agreements?

7        A.    They do.

8        Q.    And if Apple believed that those other search engines

9    were superior to Google and users preferred them, would Apple

10   switch the default at the conclusion of a Google agreement?

11       A.    We would.

12       Q.    Now, you talked a little bit earlier this morning

13   about some geographic carve-outs that were included in the

14   Google-Safari agreement.  Do you recall that?

15       A.    I do.

16       Q.    And did Apple seek those carve-outs from Google?

17       A.    We did.

18       Q.    And did Apple ever seek a carve-out for the United

19   States?

20       A.    No, there was no reason to.  We picked carve-outs for

21   countries where there was either somebody who was -- we thought

22   already was better than Google at providing search results, or

23   there was an area where it was a little bit of a question and

24   we weren't sure, but it was clear that there was somebody who

25   was close.  And so we wanted to have the ability to switch.

1    Q.   Did Google retaliate against Apple when Apple demanded

2    the carve-outs for particular foreign countries?

3    A.   I'm not aware of anything.

4    Q.   Now, you also talked about some discussions that took

5    place between Apple and Google -- excuse me, some discussions

6    that took place between Apple and Microsoft in 2018.  Do you

7    recall that?

8    A.   That's correct.

9    Q.   And in 2018, did Microsoft approach Apple and offer to

10   engage and to do some sort of either joint venture or

11   acquisition or partnership?

12   A.   Microsoft, over the years, has continued to approach

13   us:  They approached us in 2018, they've approached us later.

14   And so that's correct, they approached us in 2018, again,

15   saying that their search engine had improved even further from

16   2015-2016, from the last time, and that they had gotten better

17   and we should do a deal together.

18   Q.   Were you involved in those 2018 discussions?

19   A.   I was, not as much as the last time, honestly, because

20   I knew they weren't good enough.  And we had had JG, who was an

21   expert in search, that had started, and he was going to do an

22   evaluation.  And so I knew he would do the evaluation, and so I

23   didn't want to have a lot of discussions with Microsoft about

24   promises or whatever else they had.  But I had discussions with

25   Tim around it, and once I saw the evaluation and the results,

1    it was clear not only was it not good enough, but it had

2    actually gotten worse than from 2016.

3        Q.   And just so the Court knows, JG is a reference to John

4    Giannandrea?

5        A.   Yes, I'm sorry.  As you can see by the name, most

6    people don't know how to say it -- and you did very well, but

7    we call him JG.

8    ██  ████████████████████████████████████████████

9    ████████████████████████████████

10   ██  ████████████████████████████████████████████

11   ████████████████████████████████

12   ██  ████████████████████████████

13   ██  ████████████

14       Q.   Did you consider Mr. Giannandrea's opinions valuable

15   on this issue of whether or not to acquire or invest in Bing?

16       A.   I did, I thought he was -- at least at Apple, I

17   thought he was one of, if not the most experienced and relevant

18   in understanding technologies and the engineerings of search to

19   do that.  So, yes, I thought it was highly valuable.

20       Q.   Did you have a reaction to Microsoft offering to sell

21   Bing to Apple in terms of Microsoft's belief and commitment to

22   the Bing search product?

23       A.   I did.  █████████████████████████████

24   ████████████████████     It was clear they were not investing, as

25   I've stated earlier.  They didn't want to continue investing,

1   and so, to me, it was just a desperate move to get rid of it.

2   And so I didn't see it as anything else.  I mean, if it was any

3   good, why would you -- if you think of it logically, if it was

4   a great product -- I mean, we would never give away iOS to

5   Microsoft for free, that's not something we would ever

6   consider.  So it's a weird offer.

7   **Q.**  At the time that you were having these conversations

8   about Bing, were Apple and Microsoft engaged in discussions

9   about other commercial issues?

10  **A.**  Yeah.  In a way, that's the reason we kept talking to

11  Microsoft.  They kept bringing up search.  We were interested

12  in other things.



1      Q.  I want to skip ahead to the -- to 2020-2021.  And I

2   believe you testified earlier that you had reached out to

3   Mr. Schindler at Google about renewing the Google agreement

4   sometime around 2020; is that right?

5      A.  That's correct.

6      Q.  And the term of the 2016 agreement I believe we went

7   over this morning:  ████████████████████████████████████████

8   ███████████████████████████████████████.  Does that comport

9   with your memory?

10     A.  Correct.

11     Q.  So in this 2020-2021 time period, Apple had the

12  ability to switch default search providers; is that right?

13     A.  It was coming up, that's correct.

14     Q.  And did Apple again consider whether or not to use

15  Google or some other search provider as the default search

16  engine for Safari?

17     A.  Yeah, we're constantly keeping aware of what's

18  happening in the industry, and what other opportunities we have

19  to improve the product.  And so we certainly didn't see

20  anything that was anywhere close to Google as far as its

21  capabilities and what it did, and so I was quite comfortable

22  and wanted to extend the deal.

23     Q.  Can we have DX380.  Mr. Cue, DX380 appears to be an

24  e-mail that you wrote to Mr. Schindler in April 2020; is that

25  correct?

PROCEEDINGS

1          **A.**   That's correct.

2          **Q.**   And is this the outreach that you testified to earlier

3    this morning about contacting Google about renewing the search

4    agreement?

5          **A.**   Yeah, I believe I may have called them ahead of time

6    and had given them -- you know, we had started some discussion

7    about it, telling them that I wanted to do that.  But this was

8    the details that I proposed.

9          **Q.**   And this is April 2020, so this is COVID times that we

10   all remember, correct?

11         **A.**   Unfortunately, that's correct.

12         **Q.**   Okay.  And you write in the second paragraph there:

13   "Our companies have not worked closer or been in a better

14   relationship since we started the iPhone.  Rather than having

15   both sides wondering what the other is planning to do, given

16   the deal ending, I want to preempt this and make sure we keep

17   working on making it even better.  I believe we both have the

18   trust and incentives to extend without worrying."

19         What were you conveying to Mr. Schindler there?

20         **A.**   Yeah, there's -- look, this is a long history, a long

21   relationship that started back in 2002.  By the time that I got

22   involved in 2015, the relationship between Google and Apple was

23   horrible.  There was no communication between the two parties.

24   It had just deviated over time.  And one of the concerns that I

25   had, it's hard to make the product better if you're not

1    communicating with each other.  And so there was a lack of

2    trust, a lack of working relationship between the two parties.

3    And one of the things that I wanted to fix as part of this is I

4    wanted to make sure that we had a very open relationship with

5    Google where they could tell us what they thought would make

6    the product better or what they wanted to do, and likewise, and

7    we'd have those interactions.  And that was the way the whole

8    thing started.

9         Google was great at search.  We were building Safari on

10   the Mac, and it was all about taking two great things and

11   making it even better for our customers.  Honestly, I thought

12   the companies had kind of deviated away from that, and I wanted

13   to change that.  And I thought that Sundar and Phillipp had

14   done -- and ourselves had done a good job of doing that.  We

15   started learning to trust each other.  I told them the things

16   that were important to us, we came to a compromise on the

17   agreement.  It wasn't everything I wanted, I know it wasn't

18   everything he wanted.  And the teams started working and

19   bringing up ideas of how to make the products better.

20        And so my concern at this point is, so now we're working

21   well together.  And anytime a deal of this kind comes up, my

22   experience with this is it causes anxiety; and it causes

23   anxiety on both parties about, oh, are they thinking about

24   doing something else.  And my viewpoint around this is I didn't

25   want any of the anxiety that had happened before.  At that

1    time, I looked at it and said Google still has the best search

2    engine by far, even more so than when I started back in 2015.

3    And so let's just extend this deal further and not get to the

4    point where all of a sudden we want to open this all up for

5    renegotiations again.  And so I thought that was the right

6    thing for us, and honestly, the right thing for Google as well.

7        Q.  Do you believe that the Safari agreement with Google

8    has produced a better search experience on Safari?

9        A.  I think there's no question about that.  It's been

10    true for -- since the beginning, and like I said, continues to

11    be true today.

12        Q.  And do you think that the collaboration between Google

13    and Apple on the Safari default agreement has benefitted

14    Apple's consumers?

15        A.  I think it's benefitted the consumers, it's benefitted

16    Apple, it's benefitted Google.  I think everyone has won in

17    this.

18        Q.  Now, again, you've testified about conversations that

19    you had in 2015 with Microsoft around considering Bing to be

20    the default search engine.  You later had more conversations --

21    or were involved in meetings with Microsoft about potential

22    acquisitions or partnerships.

23        Have you ever told anyone at Microsoft that you believed

24    that Bing was good enough for Apple to switch from Google to

25    Bing as the Safari default search engine in the United States?

1      **A.**  Just even the words "good enough," that's not who

2  Apple is.  We don't do things that are good enough, we do

3  things that are great, things that are the best.  So there's --

4  those aren't the words that we would use.  We don't use the

5  words -- we don't make our products good enough, that's just an

6  unacceptable thing, and so that's not what we would do.  We

7  pick the best products.

8      **Q.**  Are you aware of anyone at Apple who has told anyone

9  at Microsoft that Bing was good enough for Apple to switch from

10  Google to Bing as the Safari default search engine in the

11  United States?

12      **A.**  Again, I can't imagine anyone would, but I'm not aware

13  of it.  I know I didn't do it; I know Tim didn't do it; I know

14  Phil Schiller didn't do it; I know Craig Federighi didn't do

15  it.  We're the executives at Apple that are responsible for

16  Safari search, we never felt that way.

17      **THE COURT:**  Mr. Schmidtlein, if I can just interrupt for a

18  moment and just ask you to be mindful if some of these

19  questions we can push into open session.  And I know they're

20  sort of predicated upon topics that were -- and I understand

21  the difficulty in structuring it.  But if there's specifics

22  about, again, numbers, percentages that are in the documents,

23  if we could get to that, and then we can open up the courtroom

24  again.

25      **MR. SCHMIDTLEIN:**  I mean, these are, again, conversations

1    during these negotiations which counsel had done in closed

2    session.  So I was trying to tighten those up.

3         THE COURT:  I understand.

4         MR. SCHMIDTLEIN:  I'll move forward here after -- I just

5    have like one or two more around these.

6         THE COURT:  Okay.

7    BY MR. SCHMIDTLEIN:

8         Q.  Have you been in meetings with Mr. Cook and Microsoft

9    senior executives, including Mr. Nadella, where the issue of

10   the default search engine for the Safari browser was discussed?

11        A.  Again, yes.  I mean, they came in and presented the

12   idea of it, their search engine was as good or better than

13   Google, and they were interested in us pursuing that.  So

14   that's been their story, and was their story in 2018, and was

15   their story again in 2021.

16        Q.  In any of these meetings with Microsoft, did you or

17   anyone else from Apple indicate that you believed that

18   switching from Google to Bing would be a better user experience

19   for Apple customers?

20        A.  No.  It's not true, so we wouldn't -- we're not going

21   to lie to them.

22        Q.  Have you ever believed that it would be in Apple's

23   best interests to switch to Bing in the United States but keep

24   Google as the Safari default in certain countries outside the

25   United States?

1      A.   No.  Again, we look at it country by country.  In the

2    United States, Google is the best search engine by far -- in

3    most countries they are, actually.  And in a few countries

4    they're not, and in those we try to carve it out.

5      Q.   Did you or anyone else from Apple ever tell anyone at

6    Microsoft that Apple was prepared to switch the Safari default

7    from Google to Bing in the United States, but it was prevented

8    from doing so by Apple's contract with Google?

9      A.   No, we wouldn't -- again, I didn't view that we were

10   prevented from doing it.  We were prevented from doing it over

11   a time period.  If we thought that Bing was the best search

12   engine, even if we were under contract, we would have continued

13   the discussions and done a deal with Bing whenever the term

14   expired.  There was no point in time where there was any deal

15   to be done with Microsoft -- I've stated this before.  It was

16   never close.  We never traded term sheets, we never traded a

17   contract.  Yes, it is true they came and made big offers and

18   big statements about what they could do, but we never believed

19   it.  All of our data showed it wasn't true.

20     Q.   Did you ever have any concern that if Apple decided to

21   switch from Google to Bing for the default search engine in any

22   country, including the United States, that Google would

23   retaliate against Apple in some way?

24     A.   Again -- look, Apple's a big company, Google's a big

25   company.  I wasn't worried about Google retaliating to Apple.

1    It's not something I ever experienced, it wasn't something I

2    ever heard from Google.  So, no, that was not a concern for me.

3        Q.  Are you aware of anyone at Apple, including Mr. Cook,

4    expressing concerns that Google would retaliate against Apple

5    if Apple switched the Safari default search engine from Bing to

6    Google in the United States?

7        A.  I don't ever recall having that discussion with

8    anybody at Apple, and certainly with Mr. Cook.

9        Q.  Now, there was a period of time when Bing was the

10   backfill in Siri; is that correct?

11       A.  That's correct.

12       Q.  And did you get some familiarity with Bing as the

13   backfill for Siri?

14       A.  We did.  At the time, we would have --

15       THE COURT:  I'm sorry, can you ask him what -- well, what

16   do you mean by backfill?  I didn't quite --

17       THE WITNESS:  Yeah, let me describe it.  So, as I

18   mentioned with Siri, the goal as an assistant was really to

19   give you answers.  But if we didn't find an answer for what you

20   were looking for, because we weren't smart enough yet to make

21   the answer, we would give you search results.  We wanted to do

22   that deal with Google, but at the time Google wasn't interested

23   in doing it with us.  As I said, the discussions between the

24   two companies at the time was not great.  And so we looked at

25   Bing as a can we use it as a backdrop.  And I say backdrop

1    meaning if I don't have an answer, then I would put the search

2    results and we used Bing as the backdrop for Siri.  So

3    obviously it gave us some experience with Bing, as search

4    results were, in Siri for backdrops.  And then when we did the

5    deal in 2015, that was something that Google was interested in

6    doing, and I was very interested in replacing Bing, because the

7    search results would be better.

8        **THE COURT:**  Can you help me understand, with Siri, when

9    you say producing search results if there's no answer, the

10   search results would appear on --

11       **THE WITNESS:**  Yeah, instead of saying -- if I asked you

12   what's the weather in Los Angeles right now, it says

13   84 degrees.  But if I said, you know, is there a hurricane in

14   Los Angeles today, Siri may not know how to answer that and so

15   it would just, on your screen, show you search results.

16       **THE COURT:**  Thank you.

17       **THE WITNESS:**  And so, just to continue, basically at the

18   time we did the 2015 deal, we were able to switch Siri's search

19   results from Bing to Google which I think improved the

20   product -- 2016, I apologize.

21   BY MR. SCHMIDTLEIN:

22       **Q.**  Are you familiar with a search engine called Neeva?

23       **A.**  I am.  I was reading an article, as I recall,

24   somewhere on the web that mentioned it.  And it was started by

25   a Google engineer.  The article was basically starting this new

1  search engine that was supposed to be really cool.  He had some

2  new ideas that he thought would make search better.  So I

3  reached out to him personally, because I wanted to see what it

4  was about to see if there was something actually interesting or

5  innovative that would be of interest to us.

6      Q.  And did you evaluate the Neeva search engine?

7      A.  We did.  It was very early on, so when I first called

8  him there was nothing yet that actually worked.  So he told me

9  what they were working on, but I couldn't evaluate it because

10  it wasn't available.  I think it was several months later -- I

11  don't recall the exact timing of it, it became available, and

12  so he sent me a note and said you can go try it.  And I did,

13  and just it was way too early, it was an early product.  It had

14  some interesting ideas, I will say, but it was in no shape to

15  be a general search engine at that point.

16      Q.  Did Apple have any discussions with Neeva about adding

17  Neeva to the list of search engines that could be made the

18  default in Safari?

19      A.  I'm not aware of any discussions with Neeva at all

20  that Apple had besides the one that I had, so no.

21      Q.  Before a search engine could be added to that list of

22  search providers that could be made the default, would that

23  have to be run by you?

24      A.  It wouldn't be run by me.  We have a process that the

25  team uses that I'm not involved with that basically evaluates

1    the search engine to make sure that it's actually a legitimate

2    search engine, right, that it provides at least some basic

3    functionality.  We don't want to put things in there that

4    really aren't general search engines.  And so there's sort of a

5    bar to cross that the team evaluates, but it's a fairly low

6    bar.

7        Q.  And did Apple evaluate whether or not to include Neeva

8    as a potential default search option?

9        A.  I don't know, I was not involved in that.  I would be

10   surprised, but I don't know.  I don't know the answer.

11       Q.  And then just one question on DuckDuckGo, to follow up

12   on the questions you were asked earlier.  Do you know how

13   DuckDuckGo tries to distinguish itself with its search product?

14       A.  Yeah, it generally markets itself as a private -- the

15   most private search engine.

16       Q.  Do you think that DuckDuckGo's differentiation

17   proposition makes it preferred by a majority of Apple users?

18       A.  No, it's not.  I think it's preferred by a small

19   minority.  I think that -- as I said, you have to -- look,

20   privacy is incredibly important, but it's only important if

21   you're creating a great product.  So what we're trying to do is

22   make a great product that has privacy components.  In the case

23   of DuckDuckGo, it is the Bing search results, and so it suffers

24   from that issue.  So no matter what you do on the privacy side,

25   you have the issue that the search results just aren't good

1    enough.  And so from a customer point of view, even if you're

2    interested in it, when you give it a try -- and maybe the

3    privacy thing causes you to have some interest in it, you'll

4    try it and you won't like it, and you'll default back or switch

5    back -- or you won't even switch, which is generally the case.

6    But to a small minority of customers that may like that, it's,

7    again, very easy to switch and they can do that.

8        **MR. SCHMIDTLEIN:**  Your Honor, I can do the rest of mine, I

9    think, in open session.

10       **THE COURT:**  Okay, terrific.  I did have a couple of follow

11   up questions for Mr. Cue relating to a closed matter.  █

12   ██████████████████████████████████████████████████████████████

13   ██████████████████████████████████████████████████████████

14   ████████████████████████████████████

15       ████████████  ████████████

16       **THE COURT:**  ████████████  Why has Apple not invested

17   incrementally more to develop its own search engine so that it

18   could monetize the ad revenue that could be generated from that

19   search engine?

20       **THE WITNESS:**  That's a great question.  I think it goes

21   back to the comment I made:  Doing a general search engine is a

22   huge amount of work, and so it's not an insignificant amount of

23   work.  It's hard, it's difficult.  I think we could do it,

24   certainly Apple can do a lot of things if it sets its mind to.

25   But if we do that, we can't do other things.  So you have to

1    make choices in life:  If you have limited engineers and

2    resources, do you want to put all of your energies there.  And

3    our viewpoint was Google's doing a great job at general search.

4    We have the capability in our agreement -- and this is

5    something we haven't talked about.  ████████████████████

6    ████████████████████████████████████████████████████

7    ████████████████████████████████████████████████████████

8    ████████████████████████████████████████████████████████

9    ████████████    And so our goal was there's things where they're

10   not general search, the customer's just looking for a specific

11   answer, and we'd like to give them that answer and not have it

12   go to Google or anybody else.  And so we think that's an area

13   that we can invest in that makes a great experience for our

14   customers.

15       But building a general search engine, our viewpoint around

16   it is Google does a great job in it.  Okay, we can be as good,

17   maybe we can be even better from that standpoint.  █████████

18   ████████████████████████████████████████████████████████████

19   ████████████████████████████████████████████████

20   ████████    These are all engineers, and so you have -- ultimately

21   we have to pick where we invest our resources, and so that just

22   didn't make a lot of sense for us.

23       **THE COURT:**  And in your consideration of that issue, did

24   the potential loss of Google revenue share, even in the short

25   term, did that play a role in thinking about that issue?

1      **THE WITNESS:**  Look, something I'm unhappy with, we went

2   from ▮▮▮▮▮▮▮▮▮, so we tested this in a way.  My view

3   around it was, again, we ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4   ▮▮▮▮    I don't know -- I think it's difficult for me to imagine

5   that we would have gone off and built our own given the choices

6   that we had.  But honestly, I don't know; at some point, if you

7   have some discussion.  I was more worried -- less about that,

8   and more worried about making sure that Google was always

9   providing the best search results for our customers.  In other

10  words, what I worried about was that Google would -- we compete

11  with Google aggressively.  If you look at the biggest

12  competitor for iPhone, it's Android.  And so one of my worries

13  was always that Google would give a better search capability

14  for Android than they would give for Apple, and so I wanted to

15  make sure that was never the case.

16  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

17  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.  I

18  always thought we would come to an agreement with them, because

19  they were getting significant benefits from our customers and

20  so we deserved that.

21  ▮▮▮▮▮▮▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

22  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

23  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

24  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

25  ▮▮▮▮▮▮▮  ▮▮▮▮▮▮▮  ▮▮▮▮▮▮▮

PROCEEDINGS

1 ████████████████████████████████████████████

2 ██████████████████

3     ████████████  ██████████████████████████████

4     ████████████  ██████████████

5     ████████████  ██████████████████████

6     **THE WITNESS:**  ████████████████████████████

7 ████████████████████████████████    Again, I think it

gets down to I can see -- and maybe your question -- because

I've thought of it in a way, it's like if you do your own and

you keep a hundred percent, you make even more money, right?

     **THE COURT:**  Right.

     **THE WITNESS:**  And so, sure, I've thought of that, but

again, it gets back to this isn't a money play.  And I know

it's hard for people to understand this when we're talking

about the kind of money that we're talking about.  But we --

this deal I said was a $██ billion deal.  We're a $400 billion

company, so we have to keep everything in the perspective of

the size of the company.  And so, from our point of view, we

have to choose what we can do and what we want to do.  So we

felt that us working in these other areas would differentiate

our products and let us compete with Google and others in a way

that would be better.  Doing it with just search and not being

able to develop these other products, I think, would be a

detriment for us.

     So, as long as we had a partner that we could work with --

2598

1    and, again, that periodically if something better came along

2    that we could switch to, I thought it was a win for us.

3         **THE COURT:** Any follow up, Mr. Schmidtlein, on those

4    questions?

5    **BY MR. SCHMIDTLEIN:**

6         **Q.** Yeah, just a quick follow up. ████████████████

7    ████████████████████████████████████████████████████

8    ██████████████████████████████████      ██████████████

9    ██████████████████████████████████████████████

10   ████████████████████████████████████████████████████

11   ███████████████████████████████████████

12   ██    ████████████████

13        **Q.** And does Apple today have any capabilities -- or I

14   should say technologies or development of search advertising

15   technology in the way that Google has search advertising

16   technology?

17        **A.** No, we don't.

18        **Q.** And is one of the issues that Apple would have to

19   confront, if it ever decided to build its own general search

20   engine, would be how would Apple begin to either develop or

21   implement search advertising technology?

22        **A.** Yeah, you're just making the -- which is exactly the

23   point I was trying to make, the work to build what Google has

24   done over a more than 20-year period with some incredible

25   engineers is not an insignificant amount of work to recreate.

1    And so, sure, it's all of the search capabilities, all of that

2    knowledge, all of the advertising capabilities and all of that

3    knowledge.  So it is not -- it is a huge, huge project to do.

4    But we shouldn't -- you know, because we need to be careful

5    here.  As I said, our number one goal here is to provide the

6    best results for our customers.

7         And so our work in Siri, and our work in Spotlight, and

8    even our work in Safari -- for example, if you type in NY in

9    Safari, and you are an existing Safari customer, we know based

10   on your search history -- and that's within the device, not

11   Apple, the device knows that you go to the New York Times, for

12   example, every day.  And so we'll autofill the New York Times

13   there, and you can just click and go, and it doesn't go to

14   Google at all.  So we're just trying to make the best

15   experience for our customers irrespective of whether it goes to

16   Google or with Google.  Now, when it goes to Google, we would

17   like to have the best experience there as well.

18        But let's not mistake the point that our number one

19   objective and goal is to make sure we give the best answers to

20   customers, and the best experience when they're using Safari,

21   using Siri or using Spotlight.  And if that means answering the

22   question or giving them a different result than Google, we do

23   that -- and we do that every day.  We've done that since the

24   beginning, and we continue to do that today, which is let's

25   give the customers exactly what they want, if we know that.  We

1    haven't always been great at that; sometimes we've made

2    mistakes.  Sometimes Google has showed:  Hey, you guys are

3    making a mistake here, you should fix this.  But that's the way

4    we think about it.

5        Q.    And does that implementation lead to situations where

6    Apple actually forgoes revenue that it could generate if they

7    had just sent the results to Google?

8        A.    Look, I'm sure the answer to your question is yes.  We

9    don't know of a way to measure that, so it's not like we've

10   measured that or anything like that.  And the teams that do

11   that aren't even thinking, in a way, about that.  We don't tell

12   them -- you know, it's like there are people that think about

13   it, but the teams that are doing the work, we basically -- you

14   know, they do the work, make sure that you give the best

15   experience for the customer, you don't worry about that.  And

16   honestly, we don't even know, because we don't understand -- we

17   don't get detailed information from Google on how it monetizes.

18   So I wouldn't know -- I can guess, I can do that, but I don't

19   really know.

20       Q.    And those are -- the teams that are working on that

21   are teams that report up to Mr. Giannandrea?

22       A.    That's correct.

23       MR. SCHMIDTLEIN:    Okay.

24       THE COURT:    Any redirect in the closed session?

25       REDIRECT EXAMINATION OF EDDY CUE

1    BY MS. BELLSHAW:

2         Q.   Just briefly, Your Honor.

3         Mr. Cue, in response to the question from the Court, █

1    ███ ████████████████████████████████████████████

2    ████████████████████████   ████████████████████████

3    █████████████████████████████   ████████████████████

4    █████████████████████

5    ███ ████████████████████████████████████████████████

6    ████████████████████████████████████████████████

7    ███████████████████████████████████████████████

8    █████████████████████

9    ███ ████████████████████   ██████████████████████████

10   ████████████████████   ██████████████████████████████

11   █████████████████████████████████████████████████

12   ████████████████████████   ██████████████████████████

13   █████████████████████████████████

14        **MS. BELLSHAW:**  And, Your Honor, the rest of my redirect

15   can take place in open session.

16        **THE COURT:**  Terrific.  Let's go ahead and -- I'm sorry,

17   Mr. Cavanaugh, did you have redirect in closed session?

18        <u>**REDIRECT EXAMINATION OF EDDY CUE**</u>

19   BY MR. CAVANAUGH:

20        **Q.**  Very quickly, Your Honor.

21        Mr. Cue, if you'd look to Exhibit DX380 which

22   Mr. Schmidtlein handed to you.

23        **A.**  Sorry, that was handed to me?

24        **Q.**  Yeah, I think it's just one document.  I just want to

25   understand the timing.  So in April of 2020, you wrote to

1      Mr. Schindler:  "Rather than having both sides wondering what

2      the other is planning to do, given the deal ending, I want to

3      preempt this and make sure we keep working on making it even

4      better.  I believe we both have the trust and incentives to

5      extend without worrying."

6          That's what you wrote, correct?

7      **A.**  That's correct.

8      **Q.**  And you go on to state:

9

10

11

12      correct?

13      **A.**  I believe that's correct.

14      **Q.**  And in between when you wrote this memo -- this e-mail

15      in April of 2020 talking about trust and incentives to extend

16      without worrying, and when you had your big check-in, in

17      between that, you had further discussions with Microsoft,

18      correct?

19      **A.**  We did.

20      **MR. CAVANAUGH:**  Thank you.  Nothing further, Your Honor.

21      **MR. SCHMIDTLEIN:**  Your Honor, I inadvertently did not move

22      in 380, but I'd like to do so now.

23      **THE COURT:**  Okay, 380 will be admitted.

24      (Exhibit DX380 admitted into evidence)

25      **THE COURT:**  Just give us a couple of minutes, folks, we'll

2607

1          **C E R T I F I C A T E**

2

3              I, **Jeff M. Hook, Official Court Reporter,**

4     certify that the foregoing is a true and correct transcript of

5     the record of proceedings in the above-entitled matter.

6

7

8

9     September 26, 2023

10         **DATE**                          **Jeff M. Hook**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25