IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA, ET AL.,   )
                                    )
          Plaintiffs,               )
                                    )   CV No. 20-3010
      vs.                           )   Washington, D.C.
                                    )   September 27, 2023
GOOGLE LLC,                         )   9:39 a.m.
                                    )
          Defendant.                )   Day 11
_____ )   Morning Session


TRANSCRIPT OF BENCH TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For DOJ Plaintiffs:             Kenneth M. Dintzer
                                U.S. DEPARTMENT OF JUSTICE
                                1100 L Street, NW
                                Washington, D.C.
                                (202) 307-0340
                                Email:
                                kenneth.dintzer2@usdoj.gov

                                Diana Arlen Aguilar Aldape
                                U.S. DEPARTMENT OF JUSTICE
                                450 Golden Gate Avenue
                                Room 10-101
                                San Francisco, CA 94102
                                (415) 934-5300
                                Email: diana.aguilar@usdoj.gov

For Plaintiff
State of Colorado:              Jonathan Bruce Sallet
                                COLORADO DEPARTMENT OF LAW
                                Consumer Protection Section,
                                Antitrust Unit
                                Ralph L. Carr
                                Colorado Judicial Center
                                1300 Broadway
                                Suite 7th Floor
                                Denver, CO 80203
                                (720) 508-6000
                                Email: jon.sallet@coag.gov

                                William F. Cavanaugh, Jr.
                                PATTERSON BELKNAP
                                WEBB & TYLER LLP
                                1133 Avenue of the Americas
                                Suite 2200
                                New York, NY 10036-6710
                                (212) 335-2793
                                Email: wfcavanaugh@pbwt.com

APPEARANCES CONTINUED:

For Defendant Google:          John E. Schmidtlein
                               Kenneth Charles Smurzynski
                               WILLIAMS & CONNOLLY LLP
                               725 12th St., NW
                               Washington, D.C. 20005
                               (202) 434-5000
                               Email: jschmidtlein@wc.com

                               Mark Samuel Popofsky
                               ROPES & GRAY LLP
                               2099 Pennsylvania Avenue NW
                               Washington, D.C. 20006
                               (202) 508-4624
                               Email:
                               mark.popofsky@ropesgray.com

For Non-Party Petitioner
Microsoft Corporation:         Allen Robert Davis
                               ORRICK,
                               HERRINGTON & SUTCLIFFE LLP
                               1152 15th Street, NW
                               Washington, D.C. 20005
                               (202) 339-8612
                               Email: allen.davis@orrick.com

                               Julia Chapman
                               DECHERT LLP
                               Cira Centre
                               2929 Arch Street
                               Philadelphia, PA 19104
                               (215) 994-2060
                               Email:
                               julia.chapman@dechert.com

Court Reporter:                William P. Zaremba
                               Registered Merit Reporter
                               Certified Realtime Reporter
                               Official Court Reporter
                               E. Barrett Prettyman CH
                               333 Constitution Avenue, NW
                               Washington, D.C. 20001
                               (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

– – –

WITNESS INDEX

– – –

WITNESSES          DIRECT CROSS REDIRECT RECROSS

PLAINTIFF's:

MIKHAIL PARAKHIN    2717  2726    2762
SVETLANA KARTASHEVA 2780
                         – – –

INDEX OF EXHIBITS

– – –

| DEFENDANT'S | ADMITTED |
|---|---|
| 725 | 2737 |
| 301 | 2740 |

– – –

INDEX OF EXHIBITS

– – –

| PLAINTIFF'S | ADMITTED |
|---|---|
| UPX538 | 2756 |
| UPX688 | 2756 |
| UPX664 | 2788 |
| UPX1067 | 2807 |
| UPX694 | 2810 |
| UPX609 | 2818 |

1                    P R O C E E D I N G S

2          COURTROOM DEPUTY:  All rise.  The Honorable

3   Amit P. Mehta presiding.

4          THE COURT:  Good morning, everyone.  Please be

5   seated, everyone.

6          COURTROOM DEPUTY:  Good morning, Your Honor.

7   This is Civil Action 20-3010, United States of America

8   versus Google LLC.

9              Kenneth Dintzer for the DOJ Plaintiffs.

10             William Cavanaugh for Plaintiff States.

11             John Schmidtlein on behalf of Google.

12         THE COURT:  All right.  Good morning, everyone.

13  Apologies for the delay; we were finishing up a plea.

14         All right.  We are ready to continue.

15         Is Mr. Parakhin --

16         MR. CAVANAUGH:  Yes, we are, Your Honor.

17         THE COURT:  Mr. Parakhin, why don't you come on

18  back up, sir.

19         You can have a seat, Mr. Parakhin.  Thank you.

20         Mr. Cavanaugh, whenever you're ready.

21         MR. CAVANAUGH:  Thank you.

22

23

24

25

1                              - - -

2   MIKHAIL PARAKHIN, WITNESS FOR THE PLAINTIFF, HAVING BEEN

3   PREVIOUSLY SWORN, RESUMED THE STAND AND TESTIFIED FURTHER AS

4   FOLLOWS:

5                    DIRECT EXAMINATION (CONTINUED)

6   BY MR. CAVANAUGH:

7        Q    Good morning, Mr. Parakhin.

8             You noted yesterday that at a certain point in

9   terms of relative scale, there's diminishing returns with

10  respect to search quality.  Is the same true for advertising

11  revenue?

12       A    In my belief, no, it is not true.  It doesn't --

13       Q    Why not?

14       A    Well, because -- let me explain it to you.  It's a

15  little bit like cornering the market.  If you get bigger and

16  bigger percentage of overall market, you can charge higher

17  prices.  If you have full ownership of search market, you

18  can charge significantly more.

19            THE COURT:  Mr. Cavanaugh, I'm sorry to interrupt.

20            Can I ask someone in the back to close the door to

21  the courtroom.  Thank you.

22            Mr. Cavanaugh.

23  BY MR. CAVANAUGH:

24       Q    Let's turn to international markets.

25            Based on your experience at Yandex and Microsoft,

```
1   have you become familiar with general search engine
2   competition in other countries other than the United States?
3        A    Very familiar, yes.
4        Q    Okay.
5             Are there international markets where Google faces
6   general search rivals with a more significant share of
7   queries than they face here in the United States?
8        A    Essentially two markets, Russian, South Korea,
9   maybe a few of ex-Soviet republics.
10            There is one market, Japan, which technically has
11  significant portion of Yahoo! Japan, but Yahoo! Japan uses
12  Google Search results.
13       Q    So in markets like Russia and South Korea, what
14  have you seen in terms of Google's efforts to compete
15  against rivals?
16       A    Well, obviously, we've seen evidence that Google
17  invests much more in those markets than in others, like
18  Spain, for example.
19       Q    In your view, have you seen Google focus on any
20  particular aspects of search in efforts to compete where
21  there's rivals with a much larger share of queries?
22       A    Yeah, we are -- we do run side by side
23  measurements on quality in different markets for both Google
24  and Bing.  And we've seen that Google clearly was better in
25  markets where it had competition, even in Turkey where
```

1    Google still had significant share but Yandex was investing

2    and trying to take share, versus markets -- Spain is one of

3    my examples where it would be an important market but it

4    clearly was not invested as much as Turkey or Russia.

5         Q    And has Google focused on any particular areas in

6    which they tried to improve their quality in those markets

7    where they face significant competition?

8         A    At least according to measurements we've done, you

9    know, and it's in the nature of -- they intend to focus, of

10   course, on things that are local specific, meaning things

11   that would serve local queries; again, those restaurants and

12   local businesses we discussed, quality of maps, maps are

13   very important for that.

14        And local, you know, making sure that local, like

15   celebrities while they represent local football teams and

16   things of that nature.

17        Q    In these markets where Google faces more

18   significant competition in terms of search, have Google --

19   do Google's competitors have comparable quality?

20        A    At least according to our measurements, back in

21   the day, Yandex tended to have higher quality than Google.

22   Now it's a little bit harder to measure, but it is our

23   belief that the Naver has higher quality than Google in

24   South Korea.

25             THE COURT:  I'm sorry, what's the name of the

```
 1   search engine in South Korea?
 2               THE WITNESS:  N-a-v-e-r, Naver.
 3               THE COURT:  N-a-v-e-r, okay.
 4   BY MR. CAVANAUGH:
 5        Q    In your view based on your experience, why are
 6   these search engines able to compete with Google's quality?
 7        A    Empirically what we have seen is first-comer has a
 8   strong advantage.  Once you take them in position in the
 9   market, it is nearly impossible to dislodge.  We've seen,
10   for example, in Yandex case, Yandex had majority of share
11   and Google started getting serious about Russian market, I
12   would say about 2005, maybe thereabouts, and they invested a
13   lot.  And they are on desktop, they were able to take maybe
14   20, 25 percent and never could go above that.
15               It was a similar story in South Korea, when Naver
16   was just sort of the incumbent on the scene.  And it's, once
17   you have the advantage of scale, it is very difficult even
18   for Google to dislodge.
19               We've seen historically several attempts by search
20   companies to invade somebody else's turf, so to speak.
21   Baidu tried in Latin America.
22               THE COURT:  Who did in Latin America?
23               THE WITNESS:  Baidu is the largest Chinese search
24   engine.
25               Naver really tried in Japan.  They succeeded in
```

1   creating ironically the most popular messenger app in Japan,

2   LINE, but they were not successful in getting any searcher.

3           And it worked for Google as well.  Once you coming

4   into the market where there is dominant player, it's very,

5   very hard to dislodge.

6   BY MR. CAVANAUGH:

7       Q    Are you familiar with the phrase "competition is

8   only a click away"?

9       A    Yes.

10      Q    What's your view of that phrase, as it applies to

11  general search engines?

12      A    Well, unfortunately, like, I mean, technically it

13  is true.  It's also very misleading because, you know, for

14  us, people in the industry, it's very well-known that to

15  make people click is very hard.  You know, even when

16  people -- just to ground you on how difficult it is, even

17  when people issue search query, like, they're actually

18  looking for something.  The probability that they will click

19  on top results, which is it best result, is about

20  20 percent.

21          The probability of you clicking on, you know, on

22  the most, you know, best targeted ad is about 3 percent.

23          You know, if you actually didn't ask and don't see

24  in front of you that there's some competition somewhere

25  there hidden, probability of you doing that is essentially

1    zero.

2        Q    How does this concept of difficulty getting people

3    to click apply to something like default search?

4        A    It is, I believe well-documented fact that people

5    very rarely switch defaults.

6             You know, even in a situation where you make it

7    reasonably easy, empirically people don't switch defaults.

8    That's why yesterday I mentioned this turning of defaults

9    situation.  Whoever owns default will gain share no matter

10   what the quality.

11       Q    What are the implications of requiring multiple

12   clicks to be able to do something?

13       A    It just makes it proportionally more difficult.

14       Q    I'll turn to a different topic.

15            Since you returned to Microsoft in 2019, have you

16   participated in any discussions with Apple?

17       A    I have.

18       Q    Can you tell us about any discussions you've had

19   with them regarding Bing?

20       A    Well, usually -- we talked a lot about importance

21   of scale.

22            We are subscale in mobile.  And without default,

23   like we were never able to, you know, make any ground.

24            If we were able to convince Apple to use Bing

25   instead of Google as default, it would be transformational

1    for us, similar to how Yahoo! partnership was early, in

2    about 2010.  So we're always trying to convince Apple to use

3    our search engine.

4         Q    Was Apple a potential source for significant

5    mobile traffic?

6         A    It would be game changing, yes.

7         Q    Did Microsoft have a plan on how it would invest

8    in Bing if it could utilize Apple's significant mobile

9    traffic?

10        A    We -- yeah, obviously, we presented that plan

11   multiple times.

12             Our -- usually our sales pitch is, you know,

13   please, do side-by-side on desktop.  You will see that we're

14   better on side by side than Google on desktop.

15             We are worse on mobile because we don't have

16   traffic.

17             And we can -- if you'll give us a chance, we can

18   start growing traffic on mobile and then we will invest more

19   into mobile and then we will -- we can gradually get mobile

20   up to the same quality as desktop.

21        Q    Did you have a meeting with Apple in 2020, 2021

22   time period?

23             MR. DAVIS:  Objection, Your Honor.  We're getting

24   into much more details of the substance of Microsoft's

25   negotiations with Apple, and this is territory that we

1    probably prefer to be covered in closed session.

2            THE COURT:  Let's keep going.  I don't know if

3    there's anything been revealed at least --

4            MR. CAVANAUGH:  I'm not going to go into any

5    details, Your Honor.

6            THE COURT:  I'm sorry, could you restate the

7    question?

8            MR. CAVANAUGH:  Sure.

9    BY MR. CAVANAUGH:

10   Q    Mr. Parakhin, did you participate in a meeting

11   with Apple in the 2020, 2021 time period?

12   A    We have them fairly regularly so I'm sure I deal

13   with at least one meeting.

14   Q    What was your takeaway from the meeting you had

15   with Apple regarding Bing?

16   A    Well, John G., sort of my counterpart, if you can,

17   in Apple, essentially, you know, at least in my

18   conversation, confirmed that they also see that, on desktop,

19   our Bing's results are better than Google's.

20           They also confirmed, they did independent

21   investigation.  They also confirmed that, on mobile, we're

22   trailing.

23           They were worried about -- they were worried --

24   they had sort of unspecified worries about switching search

25   engine, and eventually we weren't able to make progress.

1    Q    Did you think they were taking you seriously at

2  this meeting?

3            MR. DAVIS:  Your Honor, again, we're getting into

4  specific negotiations with Apple.  I think he's been asked

5  to relay information not specific discussions with

6  Mr. Giannandrea and this is more appropriate for closed

7  session.

8            MR. SCHMIDTLEIN:  Again, I'll just note Apple's

9  counsel is obviously not here.

10            THE COURT:  What's the last question again?

11            MR. CAVANAUGH:  Can you read it back?

12            (Question read back by reporter.)

13            THE COURT:  Yeah, that doesn't trouble me.  He can

14  answer.

15            THE WITNESS:  My impression is that Apple doesn't

16  really consider seriously switching the -- at least it was

17  my impression always, that they use us as a bargaining chip

18  because the threat of them switching allows them to extract

19  better conditions from Google.  It is no secret that Apple

20  is making more money on Bing existing than Bing does.

21            MR. CAVANAUGH:  Nothing further, Your Honor.

22  Thank you.

23            THE COURT:  All right.  Thank you.

24            All right.  Let's start with Google's examination.

25            MR. SMURZYNSKI:  Yes, Your Honor.

```
 1                            - - -

 2                    CROSS-EXAMINATION

 3    BY MR. SMURZYNSKI:

 4        Q    Good morning, Mr. Parakhin.

 5        A    Good morning.

 6        Q    Yesterday, do you recall you were shown a total of

 7    two exhibits, one was a collection of screenshots and the

 8    other was a document from Microsoft's files.

 9             Do you recall that?

10        A    A document I think had the title of search and the

11    screenshots were of Bing chat.  Correct?

12        Q    Correct.  And do you have that document, it was

13    UPX270, in front you still?

14        A    Here on the screen, yes.

15        Q    Well, let me get you a copy so you have it.

16             MR. SMURZYNSKI:  Your Honor, may I approach?

17             Your Honor, do you need another copy or

18    do you have it?

19             THE COURT:  I have it.  Thank you.

20    BY MR. SMURZYNSKI:

21        Q    And, Mr. Parakhin, yesterday you were asked with

22    regard to this document from the attorney from the

23    Department of Justice, "Was this presentation prepared in

24    the ordinary course?"

25             And you replied, I believe so.
```

1          Do you recall that testimony?

2     A    I do.

3     Q    Do you know whether Exhibit UPX270 was or was not

4   a business document created and used by businesspeople for

5   business purposes at Microsoft?

6     A    I'm sorry, what do you mean by businesspeople?

7     Q    Well, was this a document prepared by search

8   engineers, advertising executives for purposes of Microsoft

9   carrying on its advertising business and search business?

10    A    Well, at least judging by the names of people who

11  are on the thread working on it, Raj was our head of Ensen

12  engineer and such and was program manager, so I believe so.

13    Q    Were those the only people that worked on that

14  deck of slides?

15    A    I assume not.  It's usually, you know, the deck

16  seems to be fairly extensive, so probably multiple people

17  worked on it.

18    Q    Do you know a gentleman by the name of David

19  Schneider who worked at Microsoft at least in 2020?

20    A    I do recall the name.  Honestly, I don't remember

21  what he particularly did.

22    Q    I can refresh your recollection.

23    A    Yes, I believe he's still with Microsoft actually.

24    Q    Yes.

25          And looking at DX2017, which we've just marked for

1    identification purposes at this point, do you recall that

2    David Schneider was an attorney at Microsoft?

3         A    I believe he still is.

4         Q    Still is an attorney.

5              And do you understand that his area of

6    specialization within Microsoft is on antitrust issues?

7         A    I do.

8         Q    Let's go back to DX270.

9              And if you'll look at the slide that's at .002;

10   you'll see in the upper left corner, there's a notation.

11   Does that indicate that somebody commented on the slide?

12        A    I honestly don't know.  It might be.

13        Q    All right.  It's a PowerPoint, it's a Microsoft

14   product, though, right, yes?

15        A    We usually don't track changes in PowerPoint, we

16   usually track changes in Word documents.  But, you know,

17   I assume that it is possible, yeah.

18        Q    If we could go to the next page, .003; and there

19   you see that that comment DS3 is associated with a gentleman

20   named David Schneider.  That's the antitrust Microsoft

21   antitrust lawyer, correct?

22        A    Yes.

23        Q    And this indicates that he made edits on that

24   slide deck; is that correct?

25        A    Yes.

1    Q    Okay.

2         Let's go further into .005.  This is another

3    slide.  And, again, in the upper left-hand corner, there's a

4    notation DS2.  Do you see that?

5    A    Uh-huh.

6    Q    And do you understand that notation to be, again,

7    that there was an edit on this slide?

8    A    It would appear to be in the same system as the

9    previous slide, yes.

10   Q    Okay.

11        And then if you go to the following slide at .006,

12   here's the comment from Microsoft's lawyer.  "I think we

13   need to work on this graphic" and then it goes -- "it

14   doesn't get across the idea that Google log data and

15   third-party data can still be consolidated but only in

16   Google's Cloud" and then it goes on.

17        Do you see that?

18   A    I do.

19   Q    If we could go back to the slide that that was

20   commenting on, there's some language that was struck out on

21   the right side.  And the language that was struck out is

22   "Leverages its dominance to insert itself as an

23   intermediary."  Do you see that?

24   A    Yes.

25   Q    That's lawyer speak, isn't it?

1      A    I doubt it.  It was actually -- judging from the

2  history of edits you just showed, it was typed by engineer

3  and corrected by lawyer.

4      Q    If you turn to the second page, I'm sorry, .002,

5  there's a collection of discussion, and all of this

6  discussion refers to percentages in Europe.  Do you see

7  that?

8      A    Yes.

9      Q    Having looked at all that, Mr. Parakhin, isn't it

10  obvious to you that this was an advocacy document being

11  prepared for use in the EU, not an ordinary course business

12  document of Microsoft?

13      A    It actually, to me from looking at this amount of

14  data, it looks the opposite.

15          It looks like the document was prepared by

16  engineers.  It is a standard course for us to have somebody

17  from civil look over for documents that are going to have

18  wide distribution in the team to make sure that, you know,

19  they're not saying anything improper.

20          You could see that they've actually changed and

21  watered down language even the comments, in his comments,

22  he said, no, look, you're saying, you know, you cannot do it

23  actually you can do it except in Google Cloud.  So it was

24  from the comments that you showed, he was defending Google.

25          In terms of Europe reference, that was exactly the

1    time and that was very widely discussed.  When Google

2    introduced voluntary and a choice screen in Europe and there

3    was big discussion in the team whether Bing should

4    participate.  My opinion that we shouldn't.  It was not a --

5    at least my opinion back then, it was that it was more of a

6    marketing ploy.

7         But it was a heated debate whether Bing should

8    participate and pay or not.  And so I think part of that

9    debate, because that's exactly coincides on the dates, you

10    know, since it was top of mind for people, I think it's

11    leaking through.

12         I mean, that's my interpretation, not necessarily

13    correct but from the data that you showed me.

14    Q    Not necessarily correct because you were never in

15    a meeting at Microsoft among businesspeople in which you had

16    a discussion about this presentation, correct?

17    A    I think I can state I was not in a meeting with

18    businesspeople, at least I don't remember.

19         THE COURT:  I'm sorry, can you put that back up?

20         Maybe I'm missing it.  Is that in 270 or what was

21    just up on the screen, the discussion portion?

22         MR. SMURZYNSKI:  I'm sorry, Your Honor.

23         THE COURT:  Up on the screen was something that

24    said "Discussion" and then there were some comments after.

25    Is that in 270?

1        MR. SMURZYNSKI:  Yes, I'm sorry, Your Honor.  That

2   appears at .002 on the right side of the slide.

3        THE COURT:  Oh, I see.  Okay.  Got you.  Sorry.

4   I wasn't focused on that.

5        MR. SMURZYNSKI:  I'm going too fast, Your Honor.

6        THE COURT:  No, no.  I thought there was more

7   comments.  Thank you.

8        MR. SMURZYNSKI:  Thank you.

9   BY MR. SMURZYNSKI:

10   Q    You spent some time yesterday talking to the

11   lawyer from the Department of Justice about the flywheel

12   that appears on UPX270.  Do you recall that?

13   A    I do.

14   Q    If we could put that up on the screen.

15        And that's there over on the right.

16        And we prepared a demonstrative.

17        MR. CAVANAUGH:  Allen, if you could show the next

18   slide.

19   BY MR. CAVANAUGH:

20   Q    Same slide but different words.

21        And my question to you, Mr. Parakhin, is does this

22   feedback loop also correct, that is to say, when you have

23   worse search and less relevant ads, that will lead to less

24   revenue to invest in development and distribution and lead

25   to fewer users, which will lead to fewer advertisers, which

```
 1   will lead to less data?
 2            You need to answer audibly.  I'm sorry.
 3       A    Hmm?
 4       Q    You were nodding your head but you need to answer
 5   audibly for the court reporter?
 6       A    I was just -- sorry, I was just trying to
 7   formulate.
 8            Yes, the loop, the loop is the loop.  So no matter
 9   where you start, it would be correct.
10            So if it was in a positive direction and a
11   negative direction.
12       Q    Since 2019, your return to Microsoft from Yandex,
13   there have been enormous developments in the field of deep
14   learning; is that correct?
15       A    I would assume -- I would state so, yes.
16       Q    And those developments in deep learning have
17   impact on search quality, correct?
18       A    Correct.
19       Q    And in 2019, Microsoft, among other companies, had
20   breakthroughs in natural language understanding?
21       A    We believe we are best in the world in that.
22       Q    And that best in the world status at Microsoft has
23   led to improvements in search quality, correct?
24       A    Correct.
25       Q    I'll show you -- well, let me get you a binder of
```

1    materials.

2              MR. CAVANAUGH:  Can I approach?

3    BY MR. CAVANAUGH:

4         Q    And, Mr. Parakhin, if you could turn to the

5    exhibit that's marked DX275 which is in evidence in this

6    case.

7              This is a blog post from November 18, 2019 that

8    appeared on Microsoft's website?

9         A    Yep.

10        Q    And the headline is, "Bing delivers its largest

11   improvement in search experience using Azure GPUs."

12             And if you look at the first paragraph of text on

13   that same page, the blog post writes, "Over the last couple

14   of years, deep learning has become widely adopted across the

15   Bing search stack and powers a vast number of our

16   intelligent features."

17             And that was correct, yes?

18        A    Yes.

19        Q    And that effort, that deep learning, is described

20   here and the blog post continues, "We use natural language

21   models to improve our core search algorithms' understanding

22   of a user's search intent and the related web pages so that

23   Bing can deliver the most relevant search results to our

24   users."

25             And that was the status approaching 2019, that was

1  the couple years before 2019; is that right?

2      A    Sorry, what was the status before?

3      Q    This -- in this blog post, there's an indication

4  that over the last couple of years, that's written in 2019,

5  that this deep learning had been used across Microsoft for

6  Search.

7           And my question is, do you agree with that?

8      A    Deep learning was being used, you know, more and

9  more.

10          I think deep learning existed since '80s.  Deep

11 learning became wildly popular after so-called image net

12 contest breakthrough.  And I want to say about 2012.  And

13 then 2012 onwards, it was, you know, rapidly -- usage of

14 deep learning was rapidly expanding throughout the industry

15 and through Bing.  So it was -- you know, certainly it was

16 for several years growing up until 2019 and it's been

17 growing since 2019 up to this day, you know, Bing Chat is

18 100 percent imploding, essentially.

19     Q    If you turn the page on the blog post to the

20 second page, there's a reference in the first full paragraph

21 to "Recently, there was a breakthrough in natural language

22 understanding with a type of model called transformers (as

23 popularized by) -- I'm just going to abbreviate it --

24 (BERT). "

25          Do you see that?

1     A     Uh-huh.

2     Q     And BERT was an invention of Google, is that

3  correct?

4     A     Debatable.  BERT's system was -- BERT was actually

5  a trained model and it was coming from Google.

6     Q     And Google open sourced that, made it available to

7  the world, including Microsoft?

8     A     I believe so.

9     Q     And if you go down in the page, continuing on, how

10  the blog post reports that "Starting from April of this

11  year," that meaning 2019, "we used large transformer models

12  to deliver the largest quality improvement to our Bing

13  customers in the past year."

14          Is that an accurate statement?

15     A     I believe so.

16     Q     Let's turn now in your binder to DX725, which is

17  another Microsoft blog post.

18          As to this one, there's a hearsay objection, but I

19  don't know whether that's going to be maintained.

20          725.

21          MS. AGUILAR:  Do we have that?

22          We withdraw the objection, Your Honor.

23          MR. SMURZYNSKI:  Your Honor, I ask that DX725 be

24  admitted.

25          THE COURT:  It will be admitted.

1                                          (Defendant's Exhibit 725
                                            received into evidence.)

2

3    BY MR. SMURZYNSKI:

4        Q    Mr. Parakhin, this is a blog post that has an

5    interview with Rangan Majumdar?

6        A    It's pronounced Rangan, yeah.

7        Q    Rangan.

8             Do you know this gentleman?

9        A    Very well.

10       Q    And who is he?

11       A    He is head of our core search division.

12       Q    All right.

13            And if you would go forward in the document to the

14   bottom of the third page, there's a question asked in this

15   interaction from the host, "Well, much of what we call AI is

16   still a work in progress."  And it goes on.

17            And then if you turn the page, there is, in the

18   second paragraph, a statement from your colleague.

19            And it's the --

20            Allen, if you could do the one that follows "Huh."

21            And there he describes a trend with these large

22   pretrained models.

23            Do you see that?

24            And these pretrained models are trained on web

25   data that's available to anyone, correct?

1      A     I would say not fully correct.

2            It depends on the model and it depends on who's

3    training.

4            You know, it is certainly -- like, just from last

5    week, Getty Images announced that they will be using models

6    that are trained on data not available to the public and

7    copyright protected.

8            It depends -- I honestly don't know, for example,

9    while training BERT, which data was used.

10     Q     Let me ask you about Microsoft.  The model, the

11   large pretrained model that Rangan is describing there, that

12   was trained on web data that's available to anyone, correct?

13     A     In the time, at the time, I think, I think it

14   was -- yeah, it was still smaller, so it probably used just

15   Wikipedia.  But I think that model was trained on data that

16   is available for everyone.

17     Q     And the team was shocked by how good the results

18   were from using this type of model in 2019, correct?

19     A     Uh-huh.

20     Q     And if you read down there, he indicates that with

21   only 10 percent of the team working with those models, they

22   were achieving greater results improvement in search quality

23   than the other 90 percent of the team, correct?

24            THE COURT:  Sorry, what do you mean by the team?

25            MR. SMURZYNSKI:  I'm sorry, Your Honor.  Let me --

```
 1    if you --
 2            Allen, if you highlight in the middle there, in
 3    the blog post, or -- there's an indication.
 4    BY MR. SMURZYNSKI:
 5        Q    Just to give you an example, like, let's say the
 6    search team was about 100 people.  And they're working on
 7    various parts of search all the time.  So what we did is
 8    take about ten folks and said, "Okay, I want you guys to
 9    look at these large transformer networks and see what kind
10    of impact could you have."  So in just like a few months
11    they were able to ship an improvement so large that it was
12    larger than all the other, like, 90 folks, all the work they
13    did combined.
14            That was what you saw at Microsoft as well,
15    correct?
16        A    Right.
17        Q    And that was 2019.  Microsoft has continued to use
18    these large language models to improve search quality?
19        A    But this was 2020, but, yes.
20        Q    I apologize, you're correct, the last document was
21    2019.
22            But, regardless, Microsoft has continued to use
23    those large natural language models to improve search
24    quality?
25        A    Not only continued but increased usage
```

2740

1    dramatically.

2        Q    And you recall mentioning OpenAI yesterday?

3        A    I do.

4        Q    And OpenAI is a company that Microsoft has

5    invested in and partnered with?

6        A    Correct.

7        Q    And OpenAI, in doing its work, again, is using

8    data that's available out there in the web, et cetera, for

9    anybody to use?

10       A    Yeah.  To the best of my knowledge, the current

11   model is trained using open crawl, so you're correct.

12       Q    OpenAI hasn't taken Microsoft's user interaction

13   data and used that as its training base, correct?

14       A    I believe it's correct.

15       Q    If you turn in your binder to DX301, this is

16   another Microsoft blog to which the States have a relevance

17   objection.

18            MR. CAVANAUGH:  We'll withdraw that objection,

19   Your Honor.

20            THE COURT:  Okay.

21            MR. SMURZYNSKI:  Your Honor, I ask that DX301 be

22   admitted.

23            THE COURT:  It will be admitted.

24                                (Defendant's Exhibit 301
                                 received into evidence.)
25

1    BY MR. SMURZYNSKI:

2    Q    Mr. Parakhin, you have in front of you what's been

3    marked as DX301, which is the official Microsoft blog, and

4    it's dated February 7, 2023.

5         Do you see that?

6    A    Yes.

7    Q    And if you go down the first page, you'll see a

8    paragraph that begins "Today."

9         "Today, we're launching an all new, AI-powered

10   Bing search engine and Edge browser, available in preview

11   now at Bing.com, to deliver better search, more complete

12   answers, a new chat experience, and the ability to generate

13   content.  We think of these tools as an AI copilot for the

14   web."

15        You agreed with Microsoft putting that out there

16   as its public statement about the new Bing?

17   A    Certainly, I probably participated in drafting

18   that sentence.

19   Q    Okay.

20        And then in the next paragraph, there's a quote

21   from Satya Nadella, the chairman and CEO of Microsoft, and

22   he writes -- or the quote states, "AI will fundamentally

23   change every software category, starting with the largest

24   category of all - search."

25        And you agreed with the CEO of Microsoft's

1    statement there?

2         A    I did and I do.

3         Q    If you go in two pages in the blog, there's a

4    heading, "Reinventing search with AI."

5              And there are a number of bullets there.

6              And under the -- you say the new Bing experience

7    is a culmination of four technical breakthroughs.  And the

8    first one that's written there in the blog is, "We're

9    excited to announce the new Bing is running on a new, next

10   generation OpenAI large language model that is more powerful

11   than ChatGPT and customized specifically for search.  It

12   takes key learnings and advancements from ChatGPT and

13   ChatGPT 3.5 and it is even faster, more accurate, and more

14   capable."

15             And that was accurate as of February of 2023 at

16   Microsoft, correct?

17        A    I think it's accurate even still today.

18        Q    Okay.

19             And if you go down to the third bullet point, you

20   say, "We've also applied the AI model to our core Bing

21   search ranking engine, which led to the largest jump in

22   relevance in two decades."

23        A    Correct.

24        Q    And that's an accurate statement?

25        A    Very much.

2743

1      Q    And relevance is one of the key metrics within

2    Microsoft for measuring search quality, correct?

3      A    Correct.

4      Q    You can take that down.

5           Mr. Parakhin, yesterday we talked a little bit

6    about latency.  Do you recall that?

7      A    Briefly talked about latency.

8      Q    And latency refers to basically the time -- in the

9    context of search, the time between when someone issues a

10   query and when the result comes back and renders on the

11   page?

12     A    Correct.

13     Q    And users expect an extremely fast experience in

14   search; is that right?

15     A    They came to expect extremely fast experience in

16   search, correct.

17     Q    And latency is a dimension of search quality.  If

18   there are various things that fit into search quality,

19   latency is one of them; is that fair?

20     A    Yes.

21     Q    And a company's ability to control or minimize

22   latency is primarily driven by the engineering the company

23   does and the hardware resources that the company applies,

24   correct?

25     A    As we discussed yesterday, that is not correct.

1          This is one of examples of counterintuitive scale

2    advantages that if you have more usage, then for the same

3    machines in the same -- the same exact algorithm, your

4    latency will be reducing because it's more likely that this

5    query was issued before and you precomputed results.

6       Q    Mr. Parakhin, I think you missed a word in my

7    question, which is, latency is driven primarily by

8    engineering and hardware resources.

9          Would you agree with that?

10      A    I don't think I agree actually.

11          Primarily -- I think there -- I think it's

12    about -- I mean, on par -- like contributions of different

13    facets is roughly on par.

14          Engineering in terms of latency right now is, lots

15    of it is kind of standard off-the-shelf components that are

16    available to everyone, certain amount of propriety, so about

17    30 percent is coming from engineering.

18          Certainly, you know, maybe 25 percent coming from

19    just making sure that you have enough resources.

20          Part of it is coming from partnerships, such as am

21    I making sure that your distribution network and, you know,

22    just the natural itself, natural delay is not large and

23    that's usually not controlled by you.

24          And part of it is coming from the fact that if

25    you're being used and your Bing search caches is high, cache

1    has huge impact on latency, I mean it's a factor of five

2    maybe.  So once you get results from the cache, it is much,

3    much faster.

4            So it's not ignorable.  You know, all of those

5    contribute.

6        Q    In the United States, is it your view that

7    Microsoft's latency is better, worse, or the same as Google

8    Search?

9        A    It depends on whether we're talking about desktop

10   or mobile in United States.

11           I would say on desktop, we are roughly on par,

12   give or take, maybe slightly worse.

13           On mobile, we are significantly worse.

14       Q    Today, if a Microsoft user is using the Edge

15   browser, Microsoft's browser, and they have opted in to

16   allow for optional data collection, Microsoft will collect

17   what that user sees on the page and what they do next,

18   correct?

19       A    In certain situations, specified in terms of

20   service.

21       Q    So, for example, if someone is in the Edge browser

22   and they navigate to Google.com -- and, by the way, is

23   Google.com the single largest search query issued on Bing?

24       A    It used to be at some point.  I don't know if it

25   is right now, but it's one of the largest.

2746

1      Q     Okay.

2            So Microsoft user is in Edge, navigates to

3      Google.com and performs a search, and they've opted in to

4      Microsoft's data collection.

5            Microsoft captures what Google shows that user and

6      what the user clicks on, correct?

7      A     In certain situations, yes.  And --

8      Q     I'm sorry.

9      A     Just that it's not -- I'm trying to be careful

10     with a blanket statements like that because, you know, there

11     are more details in terms of service, but there are

12     situations when Microsoft would capture results and things,

13     yes.

14     Q     And Microsoft uses that copying of Google's search

15     results page in an effort to improve Bing, correct?

16     A     Microsoft very much does not copy Google's search

17     results page.

18           Microsoft does collect, just as Google does

19     collect, just as any other browser does collect results that

20     people click on in order to get popularity of those results

21     in order to get user preferences.  You know, we want, for

22     example, offer people coupons even if they use Google as

23     their search engine and we need to know what they need

24     coupons for.  That's one of our important features in Edge.

25           So -- and you also know -- want to know that the

1    results that, you know, people skip, which problem is their

2    lower quality.

3            And practically, Microsoft does not copy Google's

4    results, which is easy to verify by issuing a new query.

5    You'll see very different results.

6        Q    But Microsoft captures the search results page

7    that Google put up and sees which links were clicked on and

8    which ones were not, correct?

9        A    Incorrect.

10           Microsoft's capturing user behavior.  As we

11   discussed, user behavior is super important for quality and,

12   I mean, that's what we spent yesterday so much discussing.

13           So Microsoft is trying to get every single ounce

14   of user behavior data to optimize its algorithm.  So whether

15   users are clicking on the results on Bing or Google or, you

16   know, browsing -- you know, just, you know, direct

17   navigating to URLs, we try -- if user allows us, we try to

18   utilize that for the goal to follow them everywhere.

19       Q    And you described user behavior and I'm describing

20   a particular case of user behavior, which is a user who has

21   navigated to Google.com and to just make sure your testimony

22   is clear:  In that instance if they've opted in, Microsoft

23   is capturing not just where they go, but the links they

24   skipped over that appeared on the Google results page,

25   correct?

1    A    That is correct.

2         And it's also correct of a few other spaces like

3    Pinterest or Bid-it.

4         MR. SMURZYNSKI:  Your Honor, the additional

5    questions I have are on documents that Microsoft has

6    indicated are confidential, and so I think I'm constrained

7    to go into closed session now.

8         THE COURT:  Okay.

9         I mean, is there a way to elicit the testimony

10   without specifically referring to the contents of the

11   documents so perhaps that could move towards --

12        MR. SMURZYNSKI:  It would be unless the witness --

13   it all depends on how the witness answers, Your Honor.

14        I can try.  And if we get to a point where --

15   I will do my best.

16        THE COURT:  Okay.

17        MR. SMURZYNSKI:  I appreciate it.

18        THE COURT:  No, I appreciate that, Counsel.

19        MR. SMURZYNSKI:  Okay.

20        MR. DAVIS:  Your Honor, we've negotiated on these

21   topics and the documents quite extensively and understanding

22   the belief that it all depends on how Mr. Parakhin answers,

23   we would certainly be more comfortable moving into closed

24   session with him agreeing to it.

25        THE COURT:  Look, if there are specifics that need

```
1   to be elicited that are clearly confidential, then we'll

2   certainly go into closed session to do that.  But if we can

3   manage without eliciting those specifics and putting a

4   document up on the screen, then let's proceed in that

5   fashion.

6            MR. SMURZYNSKI:  Yeah, I will put no documents on

7   the screen and hopefully it doesn't draw an objection and

8   I'll try to be mindful of navigating that.

9            THE COURT:  Okay.

10  BY MR. SMURZYNSKI:

11       Q    Mr. Parakhin, Microsoft has invested less in

12  search than Google has, correct?

13       A    Oh, I don't know how much Google invested.

14            I know Microsoft lost more money than Google in

15  Search, that's for sure.

16       Q    So you don't -- you described in earlier testimony

17  interaction with Apple in which Microsoft said to Apple, if

18  you give us a deal, we'll invest more in mobile, do you

19  recall that testimony?

20            MR. DAVIS:  Apologies.  To the extent we're going

21  to into more Apple --

22            Apologies.  To the extent we're going to get into

23  more Apple-related information, we believe that the

24  courtroom should be closed.

25            MR. SMURZYNSKI:  My next -- I'm just trying to
```

```
 1   orient the witness to that testimony.  I am not inquiring

 2   beyond what he already has said in open court.

 3               THE COURT:  Okay.

 4               THE WITNESS:  From that perspective, at least

 5   according to publications like Wall Street Journal, Google

 6   is paying Apple more than Bing's revenue.

 7   BY MR. SMURZYNSKI:

 8       Q    My question, sir, is, Microsoft believes it could

 9   invest more in mobile and told Apple it could but was only

10   willing to do so if it first secured the deal from Apple,

11   correct?

12               MS. AGUILAR:  Objection, mischaracterizes the

13   witness's testimony.

14               THE COURT:  Well, he can clarify if the question

15   is mischaracterizing what he said previously.

16               Go ahead.

17               THE WITNESS:  What I said --

18               THE COURT:  I'm sorry.  I'm sorry, Counsel, could

19   you finish or repeat the question?

20               MR. SMURZYNSKI:  Sure, I'm happy to, Your Honor.

21               THE COURT:  I don't know if the whole question was

22   actually asked.

23               MR. SMURZYNSKI:  Certainly, Your Honor.

24   BY MR. SMURZYNSKI:

25       Q    Mr. Parakhin, it is the case that Microsoft told
```

1    Apple that it could invest more in mobile search but it

2    would not do so unless Apple gave it further distribution in

3    mobile?

4        A    It is uneconomical for Microsoft right now to

5    invest more in mobile because even -- any -- like, it's our

6    belief that no amount of investment without securing some

7    way to do distribution in mobile will result in any share

8    gain.  And so Microsoft, unless -- it is correct that unless

9    Microsoft gets a more significant or a more firmer guarantee

10   of distribution, then it makes it uneconomical for Microsoft

11   to invest in mobile quality and in mobile search mode.

12       Q    And that's something that Microsoft told Apple,

13   correct?

14            MR. DAVIS:  Your Honor, again, we're going to

15   object.  I mean, to the extent that this is something that's

16   already been said, that's one thing.  But one thing we can't

17   control is how much Mr. Parakhin is responding to the

18   question and giving full and correct answers.  He's only

19   understanding the efforts being made with the questioning,

20   you know, one reason why we negotiate all this stuff is

21   because we can't exactly control what the witness is going

22   to say in response.

23            MR. SMURZYNSKI:  Your Honor, I'll withdraw that

24   question.

25            THE COURT:  Okay.  Let me just make it clear to

```
 1    all the parties and third parties.  I'm not part of your
 2    negotiations so let's make that clear.
 3              Go ahead, Counsel.
 4              MR. SMURZYNSKI:  Understood, Your Honor.
 5    BY MR. SMURZYNSKI:
 6       Q    With respect to headcount, it's correct that
 7    Microsoft has a smaller team working on Search than Google?
 8       A    I believe so, yes.
 9       Q    And you have described that team as being just a
10    small fraction of Google's, correct?
11       A    I don't recall but I might have -- I don't know
12    about small but a fraction, yeah.
13              MR. SMURZYNSKI:  Don't put this on the screen.
14    BY MR. SMURZYNSKI:
15       Q    If you could turn to DX688 in your binder.
16              MR. SMURZYNSKI:  And, Your Honor, there was a
17    hearsay objection to this document but we've also received a
18    902(11) declaration from Microsoft.  So I suspect it's
19    resolved but let me ask my colleagues.
20              MS. AGUILAR:  I think at the bottom of the page,
21    there appears to be some embedded hearsay.  If that doesn't
22    come in for the truth of the matter, we're fine with the
23    rest of the document.
24              THE COURT:  Is that something you're relying on?
25              MR. SMURZYNSKI:  Your Honor, I can -- if you're
```

```
 1    referring to the Gustav's feedback.  Your Honor, I'm not
 2    going to ask any questions about that, so we need not
 3    resolve whether that's embedded hearsay in a business record
 4    or not.
 5               THE COURT:  Okay.
 6    BY MR. SMURZYNSKI:
 7         Q    Mr. Parakhin, this is a May 25, 2021 email from --
 8    the second email, excuse me, is from you?
 9         A    Yes.
10         Q    And in the section of the email that has three
11    bullet points, you see one that refers to stepwise change in
12    impact?
13         A    Yes.
14         Q    And there's a sentence and then a second sentence
15    and it ends with the phrase, "With a team that's a small
16    fraction of G's."
17               Do you see that?
18         A    I do see that.  It's a -- I do want to clarify
19    that, you know, it's a little bit wider than just search.
20    So, like here the wider team is referred to, not just
21    search.
22               But search team also is a fraction of Google's.
23         Q    A small fraction of Google's?
24         A    Again, here a comparison is wider than search and
25    Google has, for example, YouTube that is way larger.  So
```

1    here, the comparison is with a bigger or Google's

2    organization.

3              I would say that search is not a small fraction

4    but still a fraction, probably 10 percent of Google's rate.

5        Q    When you returned to Microsoft in 2019, you saw

6    that one of the factors that was holding back Microsoft was

7    the size of its index, correct?

8        A    That was one of the priorities identified that we

9    need to increase index size, yes.

10       Q    And the reason you need to do that is because if a

11   document is not in the index, no matter how good everything

12   else is, you can't provide it to the user?

13       A    That is correct.

14       Q    And that's referred to in the industry as a "not

15   in index" error?

16       A    NII.

17       Q    NII, not in index.

18             And the fact that Microsoft's index was smaller

19   than it needed to be, was something that was recognized

20   within Microsoft for over a decade before you arrived in

21   2019 -- or excuse me, before you returned in 2019?

22             MS. AGUILAR:  Objection; foundation.

23             THE COURT:  Well, I mean, he can answer based upon

24   his time at Microsoft and then his understanding when he

25   came back.

1              THE WITNESS:  Size of the index is a tradeoff.

2              The larger the index, the harder it is to refresh.

3    So it's exponentially straining, like, all the process.

4              But you reduce not in index errors as you all

5    opined.

6              There were debates going on for decades what the

7    optimal size is from user experience perspective.  You know,

8    is it better to have fresher results but sometimes miss some

9    versus always have old results but sometimes be outdated.

10             I strongly pushed for improving and increasing the

11   size of the index.

12             In general, of course, you know, every search

13   engine tries to be infinitely fast and infinitely big.

14   BY MR. SMURZYNSKI:

15        Q    And if you would turn to Exhibit DX538 in your

16   binder, please.

17             And this is another document that currently has a

18   hearsay objection but there's a 902(11) declaration.  538.

19   DX538.

20             MS. AGUILAR:  We withdraw the objection.

21             THE COURT:  All right.  Thank you.

22             So 538, and you want 688 admitted as well.

23             MR. SMURZYNSKI:  Yes, please.  Thank you,

24   Your Honor.

25             THE COURT:  They'll be admitted.

1                          (Plaintiffs' Exhibit 538 and 688
                                  received into evidence.)

2    BY MR. SMURZYNSKI:

3        Q    Because we're doing this in closed court -- excuse

4    me, open court, Mr. Parakhin, I'd ask you and the Judge to

5    turn to page 3 of 538, and at the top there, there's a

6    description of a project.

7             Do you see that?

8        A    I think it's page 4, but, yes.

9             No, 3, you're correct, sorry.

10       Q    So it's the page sending in .003?

11       A    Yes.

12       Q    And there, you describe a project to dramatically

13   increase index scale?

14       A    Correct.

15       Q    And Microsoft then proceeded to do that, correct?

16       A    Yes, one of our big successes.

17       Q    And it was a big success because it improved

18   Microsoft's relevance metric, correct?

19       A    Among other things, but not only relevance, yes.

20       Q    And it improved search quality in other ways, as

21   well, correct?

22       A    Yes.

23       Q    And Microsoft didn't need additional user scale to

24   complete that project, did it?

25       A    That is correct, it did not need additional user

1    scale to complete that project.

2        Q    We talked some about local searching yesterday, or

3    you did.

4            Would you agree that device optimization is an

5    important dimension of search quality?

6        A    Sorry, what do you mean by device optimization?

7        Q    Fair.

8            What I mean is being able to tailor the search

9    engine's response based on the type of device being used to

10   conduct the search, say mobile or desktop?

11       A    Being able to tailor to the form factor is an

12   important consideration, yes.

13       Q    If you turn to DX533 in your binder, please.

14           And, Your Honor, this is in evidence, there's no

15   objection.

16           THE COURT:  Okay.

17   BY MR. SMURZYNSKI:

18       Q    And this is a slide deck with respect to local

19   relevance.

20           Do you see that?

21           THE COURT:  I just want to ask, is this a document

22   that Microsoft has raised the concern about?

23           MR. SMURZYNSKI:  Yes, I think I need to do this in

24   this fashion.

25           THE COURT:  Okay.

1          THE WITNESS:  Uh-huh.

2  BY MR. SMURZYNSKI:

3      Q    If you'll turn to the page that ends in .003,

4  there's an executive summary.

5          Do you have that in front of you?

6      A    Yes.

7      Q    And in the third bullet of the executive summary,

8  there is a statement about the web ranking stack and its

9  location awareness.

10          Do you see that?

11      A    Yes.

12      Q    And that statement was correct as of 2020 within

13  Microsoft?

14      A    It needs to be put in context.

15          It mentions specific systems.  It doesn't mean

16  that the search wasn't using location to formulate its

17  results.  But search has multiple subsystems and layers.

18  And here it says that "make everything binary.  It may be a

19  rank of LAM layers."

20          And we try significant portion that high influence

21  results don't take location into account, and that we need

22  to propagate location information to those subsystems as

23  well.  That's the meaning of it.

24          MR. DAVIS:  Your Honor, again, I would just note

25  that document's been designated, and we can't control

```
 1   exactly how Mr. Parakhin is going to respond.  To the extent
 2   the response might incorporate from perhaps reading from a
 3   document, again, that that would be more appropriate to do
 4   this in closed session.
 5              THE COURT:  All right.
 6              MR. SMURZYNSKI:  I'm going to try and -- so I'll
 7   do my best to skating through this, Your Honor.
 8   BY MR. SMURZYNSKI:
 9      Q    At the bottom of the executive summary, you see
10   there's a goal listed.  And I'm not going to read it aloud,
11   but you see that there?
12      A    Yes.
13      Q    And this is 2020.  At that point in time, that was
14   Microsoft's goal?
15      A    Well, that was the team's goal.  I wouldn't say
16   it's Microsoft's goal.
17              It's just, you know, this portion is, you know,
18   fairly -- about fairly technical details inside, but,
19   I mean, that was -- that was the team was pushing for.
20              The, basically, the argument was, do we make the
21   main search stack location versus having special subsystem
22   outside of the location and where -- and correcting results.
23   And this team was, I believe, rightfully so, saying it's
24   better engineering approach to make the main search stack
25   location aware, and they were taking goals in that
```

1    direction.

2        Q    And in the next page, there's a section entitled

3    "Customer DSATs."

4            Do you see that in the .004?

5        A    The DSATs amounts, yes.

6        Q    Could you say again what DSAT stands for?

7        A    DSAT is basically suboptimal results.  They're

8    not -- you know, since search is imprecise subject, you

9    never know what the -- exactly the right answer and what

10   exactly the wrong answer, but you can measure things which

11   you suspect lead to dissatisfaction of the user, hence DSAT.

12       Q    And if you turn to the next page in the slide deck

13   at .005, this refers to the search engine result page in

14   response to the query, "air quality forecast."

15           Do you see that?

16           MS. CHAPMAN:  Your Honor, Julia Chapman for

17   Microsoft.  And I apologize for the multiple voices.

18           The concern is that the witness necessarily in

19   answering the questions is reading into the record documents

20   that have been designated confidential, documents that are

21   incredibly sensitive.  And it seems impossible for this

22   examination to be happening in open session.

23           And so we would respectfully request that we

24   transition to closed session given the subject matter that's

25   being addressed.  I think we're seeing that it's impossible

```
 1    for it to happen in open court without revealing sensitive
 2    information.
 3                THE COURT:  Okay.
 4                How much more do you have on this document?  Are
 5    there other matters you can go to?
 6                MR. SMURZYNSKI:  I have -- this is my last
 7    document, and I have six questions left on it.
 8                THE COURT:  But are there other topics?
 9                MR. SMURZYNSKI:  No, Your Honor.
10                THE COURT:  This is the very last one?
11                MR. SMURZYNSKI:  This is the very last thing I
12    wish to ask the witness about.
13                THE COURT:  Okay.
14                MS. CHAPMAN:  And respectfully, Your Honor, while
15    we are on this document, we're repeatedly seeing disclosure
16    of confidential information and, again, I would just
17    respectfully ask that we close while we are addressing these
18    confidential materials.
19                THE COURT:  Okay.
20                I mean, again, Counsel, I don't know that there's
21    that much that has been referred to here that has -- there
22    have been a couple of things but, you know, we are at a
23    public trial.
24                So let's do this.  Let's do our redirect based on
25    the open session, and then we'll break and then come back in
```

```
 1   a short closed session where you can then redirect on the
 2   close, just so that we don't have to move people around any
 3   more than we will need to, okay?
 4              MR. SMURZYNSKI:  Understood, Your Honor.
 5              MS. CHAPMAN:  Thank you, Your Honor.
 6              THE COURT:  All right.  So let's begin our open
 7   redirect, and you can -- we'll go till about 11:00 or so,
 8   and if there's more to do, that's fine, we can do it after
 9   the closed session, closed session concludes after the
10   break.
11              MS. AGUILAR:  Thank you, Your Honor.
12                              - - -
13                        REDIRECT EXAMINATION
14   BY MS. AGUILAR:
15      Q    Mr. Parakhin, during open -- during counsel's
16   questioning, you were asked about deep learning models.
17              Do you remember that?
18      A    I do.
19      Q    And you were asked about how some deep learning
20   models can be trained on openly available data.
21              Do you remember that?
22      A    I do.
23      Q    And can deep learning models be trained on
24   click-and-query data?
25      A    They certainly can, and they become much more
```

```
1   powerful and better if you do.

2        Q    Okay.

3             And is that training of a deep learning model more

4   applicable to search?

5             THE COURT:  Sorry, can you ask the question again?

6             MS. AGUILAR:  Sorry, I'll ask a better question,

7   Your Honor.

8   BY MS. AGUILAR:

9        Q    Does that sort of training of a deep learning

10  model have a more useful effect on search?

11       A    Definitely.

12            Training using data -- user interaction data is

13  one of the most powerful things, and that's what we observe

14  consistently.  Like, in general, as I stated yesterday,

15  using open data, using deep models, using better search

16  algorithms, you can mitigate effects of scale to certain

17  degree.

18            We haven't seen like them being able to reverse

19  effects of scale.  And even now our announcement on February

20  7th that we just discussed, you know, showing that even if

21  you have the best possible system far ahead of competition

22  built on the open data, and I believe it is real

23  breakthrough, it does not lead to, you know, market change

24  in market share situation or position in the market.

25            THE COURT:  I'm sorry, can I just ask you a
```

1    question, Mr. Parakhin.

2            In your opinion, do you think today it is possible

3    to build a search engine based solely on a large language

4    model?

5            A good search engine, I shouldn't say just a

6    search engine.  A high quality search engine?

7            THE WITNESS:  This -- if -- Your Honor, if I can

8    use an analogy, this is a little bit like self-driving.  It

9    is very easy to build search engine that would do reasonably

10   well and, you know, even very well in certain segments of

11   queries.  And if you use large language models, it will do,

12   you know, better than if you don't.

13           Just like it's very easy to build a self-driving

14   car that drives, you know, around in a parking lot, in an

15   empty parking lot.

16           It is an -- empirically we've seen large language

17   models were around, I want to say, since 2018, since seminal

18   paper of, you know, attention is all you need, scientific

19   paper that actually described both algorithms that are used

20   in BERT and everywhere else.

21           We haven't seen -- we have seen -- we've seen

22   companies trying.  We have not seen anybody succeeding.

23           And there were myriads of attempts.

24           I think empirically, we just -- empirically it's

25   shown that even with best algorithms, even the language

```
 1    models and so far to build a competitive fully functioning
 2    search engine is extremely hard.
 3               THE COURT:  Thank you.
 4    BY MS. AGUILAR:
 5       Q    Now, Mr. Parakhin, Counsel also asked you about
 6    device optimization.  Do you remember that?
 7       A    Yes.
 8       Q    Okay.
 9            And does scale affect device optimization?
10       A    I'm thinking how to answer it best.
11            If you have scale, you will have -- in the
12    particular form factor, it makes it much easier to optimize
13    for the form factor.  In fact, even if you do nothing, that
14    form factor will improve by itself simply by having more
15    data in that -- you know, in that location and in that type
16    of device.
17            So, you know, it also changes your priorities
18    because if you have scale, then there are economic benefits
19    in continuing optimizing for that form factor.
20            If you don't have scale, then it just, you know,
21    optimization is not going to lead to economic results so
22    you're just not going to prioritize it.
23       Q    And you were also asked about indexing.  Do you
24    remember that?
25       A    Yes.
```

1    Q    And do you associate the ability to grow an index

2  with scale?

3    A    So there are two portions to it.  There's

4  technical ability to grow index, which is, you know, fairly

5  scale independent.  You can do project like our 2 by 4 and

6  have -- and just invest more in computers and servers and

7  grow larger index.

8        There is market dynamic of that component which we

9  discussed yesterday that, you know, websites once led to

10  index them if you're not the -- not a big search engine.

11        And then, you know, it does matter that you

12  physically can index the data if websites in their

13  robots.txt say you're not allowed.

14        And then large, even large websites sometimes do

15  that.  One example for Bing right now is Quora, which is

16  significant website that is present on Google, is not

17  present on Bing.  They prohibited Bing from indexing.

18        So we have to separate ability to grow index for

19  engineering ability, that is scale independent and sort of

20  marketplace ability that takes permissions into account,

21  which is very much scale dependent.

22  BY MS. AGUILAR:

23    Q    Has there been any effort to standardize the

24  ability to index so it's more even across search engines?

25    A    This has been one of our top priorities.  One

1    example of effort to standardize this is IndexNow.  The

2    protocol that Bing proposed and right now is supported by

3    all the major small search engines, including Naver, Yandex

4    and Seznum and other even non-search engine companies that

5    require index, it's basically saying, let's team up together

6    and be -- you know, for the website, we would altogether

7    look like essentially one search engine.  So you need to do

8    work only once and then you reap benefit across the whole

9    ecosystem.

10            I believe for major search engines, only Google is

11   not participating in that initiative for those reasons.  You

12   know, it's reduces their moat.  And it reduces barrier for

13   entry.

14            So this one initiative that we've spent a lot of

15   effort on at Bing.

16   Q    And what did you mean by moat or barriers to

17   entry?

18   A    If you're a dominant player, you don't want a

19   level playing field, right.  You want each website to go and

20   have to do the same amount of work for every other player

21   because then this equation comes into effect that you do for

22   the most important search engine, you get a lot of ROI, you

23   do the same amount of work for second most important, you

24   get very little ROI.

25            So, you know, if you're not a dominant player,

1     then you want as level playing field as possible.  You're

2     basically saying, hey, we want the situation that if one

3     search engine can index the website, all search engines

4     should be able to index that website.

5          Q    And I think you said, and maybe I misheard you

6     that when talking about BERT, that you thought it was

7     debatable whether Google invented BERT?

8          A    Yes.

9               I mean, again, BERT is a system, it wasn't

10    invented, it was built.

11              The invention is that scientific paper which is,

12    again, very seminal, very famous and one of the most highly

13    cited papers, attention is all you need.

14              Some engineers on BERT, they actually were, you

15    know, built BERT, they literally were ex Microsoft engineers

16    recently switching to Google.  So I would -- you know, from

17    that perspective, BERT -- I would say that, you know, as an

18    invention, it's hard to say that Google invented BERT.

19    Google -- BERT was built in Google and, you know, was open

20    sourced by Google.  It just --

21              You know, if I write text, it doesn't mean I

22    invented process of writing, right, but I did write that

23    text and probably incorporated it.

24              THE COURT:  I'm sorry, can you go back to what you

25    were just explaining previously in terms of smaller search

1    engines trying to collectivize to do the indexing.  Is that

2    right?  Do you mean by that that the crawling, which is

3    necessary to create an index, that would be done

4    collectively, is that what you have -- is being

5    contemplated?

6              THE WITNESS:  That is roughly -- yeah, roughly,

7    that's the thing.

8              And we're trying to solve two problems,

9    Your Honor, one is that we share collectively crawling.  And

10    so the webmasters need to do only one set of integrations to

11    integrate with everybody.  And the other is reducing

12    overhead of indexing on websites.

13              So remember I mentioned yesterday that if you're a

14    large website, crawlers become significant load on your

15    resources.  The IndexNow initiative basically says that

16    rather than all the search engines trying to discover and

17    keep crawling, you can tell what changed and then only that

18    portion will be crawled and you will have to pay less.

19              THE COURT:  Okay.

20              MS. AGUILAR:  Your Honor, no further questions.

21    I pass the witness.

22              THE COURT:  Okay.  Mr. Cavanaugh.

23              MR. CAVANAUGH:  No, I don't have any questions on

24    redirect, Your Honor.

25              THE COURT:  Okay.  Terrific.

1          All right.  Well, let's go ahead and take our

2     break and then we will resume just before 11:20.  We'll

3     resume in a closed session.  So then Mr. Smurzynski can

4     complete the examination and then we will re-open and have

5     our next witness.  Thank you, everyone.

6          COURTROOM DEPUTY:  All rise.  This court stands in

7     recess.

8          (Recess from 11:03 a.m. to 11:21 a.m.)

9          (Sealed closed session)





2773







2776



2777





23          (Pause)

24          THE COURT:  Let me just ask:  Who's the next

25  witness?

1           MR. DINTZER:  Ms. Ana Kartasheva.

2           THE COURT:  All right.

3           And what's the current thinking on open v. closed?

4           MR. DINTZER:  I had a place where we were going to

5    go closed.  But given where she and you, the Court, can see

6    it and the audience can't.

7           And if the Court --

8           THE COURT:  Let's not do that just because --

9           MR. DINTZER:  Okay.

10          THE COURT:  I don't know what folks' sight lines

11   are and the likes, just in terms of numbers, if we can

12   look -- if it's something that can be done by pointing to it

13   in the record, I mean, pointing it out.

14          MR. DINTZER:  Most of it can, we can do that.

15          THE COURT:  If not, then we'll go into a closed

16   session.

17          MR. DINTZER:  We'll let Google and their

18   objections guide us on this, but it's been divided.  The

19   first part was designed to be open.

20          THE COURT:  Okay.  Terrific.

21          MR. DINTZER:  So, Your Honor, the plaintiffs, the

22   DOJ Plaintiffs call Ms. Ana Kartasheva to the stand.

23          COURTROOM DEPUTY:  Before you have a seat, please

24   raise your right hand.

25          (Witness is placed under oath.)

```
 1                  COURTROOM DEPUTY:  Thank you.
 2                  THE COURT:  All right.  Ms. Kartasheva, welcome.
 3                  THE WITNESS:  Thank you.
 4                  MR. DINTZER:  Your Honor, if we may hand up a
 5      binder.
 6                  THE COURT:  Sure.
 7                            -  -  -
 8      SVETLANA KARTASHEVA, WITNESS FOR THE PLAINTIFF, SWORN
 9                          DIRECT EXAMINATION
10      BY MR. DINTZER:
11          Q    Ma'am, if you could please state your name and
12      where you work.
13          A    Svetlana Kartasheva.  I work for Google.
14          Q    If you could spell it for the record, please.
15          A    S like sugar, V like Victor, E like Edward, T like
16      Thomas, L like lane, A like apple, N like Nancy, A like
17      apple; K like kitchen, A like apple, R like rain, T like
18      Thomas, A like apple, S like sugar, H like Henry, E like
19      Edward, V like Victor, A like apple.
20          Q    Thank you, ma'am.
21               I want to make sure I'm pronouncing it right.  Is
22      it Kartasheva?
23          A    Yes.
24          Q    Ms. Kartasheva, where do you work?
25          A    I work for Google.
```

1     Q     And you joined Google in March of 2016; is that

2  right?

3     A     Correct.

4     Q     As a senior manager on Android sales and

5  operations strategy?

6     A     Yes.

7     Q     And are you familiar with the term "business

8  development team"?

9     A     Yes.

10    Q     And sometimes it goes by BD?

11    A     Yes.

12    Q     What is that?

13    A     It's a partnership team.  So it's a team that

14 works with the Android partners, carriers, phone

15 manufacturers.

16    Q     And as senior manager, you supported the Android

17 business development team that was negotiating MADAs and

18 RSAs?

19    A     Yes.

20    Q     And you tracked MADA and RSA negotiations for the

21 Android teams?

22    A     The status of negotiations, yes.

23    Q     And you prepared MADA and RSA training materials

24 for the business development teams?

25    A     I supported preparation of the training materials.

1        Q    And when you say support, you were part of a team

2   that did it?

3        A    Correct.

4        Q    And you summarized the MADA and RSA requirements

5   for Google executives?

6        A    Yes, sometimes.

7        Q    And what's an OKR?

8        A    It's an objective key result.  So it is a high

9   level goal that senior leadership team agrees on and then

10  the execution team are conducting activities in pursuit of

11  that goal.

12       Q    And those are kind of telling people what is

13  expected of them in a given month or year?

14       A    Correct.

15       Q    And the OKR for your team included being experts

16  in the smartphone industry and to produce Android

17  agreements, right?

18       A    I do not remember exactly, because these are OKRs

19  change on a quarterly basis.  I would need to see that

20  specific OKR for that  quarter to be able to confirm or

21  deny.

22       Q    Okay.

23            Just so more generally, am I right that the OKRs

24  for your team were to be knowledgeable about the smartphone

25  industry?

```
 1        A     Yes.

 2        Q     And to help produce Android agreements?

 3        A     To help support BD team when our team was

 4   supporting that.

 5              It probably is worth clarifying that our team and

 6   my job was supporting the video organization, lasted for

 7   about two years and since 2018, my focus shifted

 8   predominantly to supporting product teams and product

 9   strategies.

10        Q     So in 2019, you were promoted to director; is that

11   right?

12        A     I think I was promoted to director in 2021.

13        Q     Director of product -- maybe I have it wrong.

14              Director of product operations and strategies?

15        A     Correct.

16        Q     That's 2021?

17        A     I think so.

18              I think I was promoted about two and a half years

19   ago.

20        Q     And that strategy, that team leads strategy for

21   the Android ecosystem?

22        A     For Android product.

23        Q     For Android product, which includes the whole

24   Android ecosystem, right?

25        A     Correct.
```

1         But the way Google operates is that there's a
2    product team that is focused on the product and the BD
3    partnership organization is completely separate and they
4    have their own strategy and operations team that supports
5    the contracting and the operations of the partnership team,
6    and I am not part of that team.
7         And it's probably worth clarifying that I'm no
8    longer part of the Android product team either.  I have
9    changed jobs over the summer.
10   Q    Okay.
11        And you're familiar with -- Samsung is one of the
12   Android partners; is that right?
13   A    Yes.
14   Q    And you're familiar with a feature on Samsung
15   devices called Samsung Finder?
16   A    Yes.
17   Q    And it's also referred to as the S Finder or just
18   the Finder; is that right?
19   A    I think so.
20   Q    Okay.
21        MR. DINTZER:  And, Your Honor, we have a
22   demonstrative.  If I may approach?
23        THE COURT:  Sure.
24   BY MR. DINTZER:
25   Q    Ma'am, you've been handed a printout from,

2785

1    I believe, Samsung's -- a Samsung page.  Do you see this?

2            And it's stickered UPXD002.

3            Do you see what I handed you?

4    A    Yes.

5    Q    And I really just want to focus on the picture.

6    Do you see the picture at the bottom of the first page?

7    A    Yes.

8    Q    And do you have an understanding of what that is?

9    A    Looks like I'm looking at the home screen of the

10   Samsung device.

11   Q    Right.

12           And so if you scroll down or swipe down on the

13   Samsung -- on the home screen, if you go to the next page,

14   do you see the pictures on the second page of this

15   demonstrative?

16   A    I do.

17           This picture seems very out of date.  It is

18   mentioned here that it is running Marshmallow and Lollipop,

19   and we are far past those operating systems.  So on the

20   modern Samsung operating system it actually -- the UI looks

21   a little bit better.

22   Q    So just a little slower.

23           So this is done on an older -- the pictures that

24   we've downloaded here are from an older Android operating

25   system; is that right?

2786

1      A      Correct.

2             And in the modern one, it looks different.

3      Q      Okay.

4             Do you recognize, though, that the pictures here

5      shown are the S Finder?

6      A      Again, this is not how it looks on the devices

7      that I'm looking on now, because they have a different

8      operating system.

9      Q      Is the S Finder still found in the same way, you

10     swipe down on the home page and you get to the S Finder?

11     A      Looks slightly different.

12            So you swipe, and then instead of looking at the

13     icon that you are depicting here, you see a bar that looks

14     like a search bar, and that's how you approach S Finder or

15     find S Finder now.

16     Q      And just to close the loop with my demonstrative,

17     do you recognize that the pictures here on the second page

18     were what the S Finder looked like maybe a few operating

19     system versions ago?

20     A      I do not know because I actually didn't witness

21     the Lollipop and Marshmallow that pre-dated my time at

22     Google.

23     Q      Okay.  Okay.  No further questions on the

24     demonstrative.

25            So you understand that that box that you described

```
 1    on the S Finder, that's a place that people can type in
 2    questions or queries, right?
 3         A    Yes.
 4         Q    And the S Finder is a tool for searching for apps
 5    on a Samsung device?
 6         A    Correct.
 7         Q    Okay.
 8              Now we're going to go to a document in your
 9    binder, it's going to be UPX664.  And we're going to go --
10              MR. DINTZER:  And we'll offer this, Your Honor.
11              MR. POPOFSKY:  Your Honor, Mark Popofsky, Ropes
12    and Gray, on behalf of Google.
13              There is embedded hearsay, deep embedded double
14    and triple hearsay on page ending in 454.  As long as that
15    is not being offered for the truth of the matter asserted,
16    no objection to the document.
17              MR. DINTZER:  Your Honor, we're going to get to
18    that box, and I believe we can take care of the hearsay
19    concern there.  So if what we would propose, Your Honor, is
20    letting me start and when we get to that box, we'll work
21    through the hearsay then.
22              THE COURT:  Okay.
23              All right.  So otherwise, there's no objection to
24    the admission of the email.
25              MR. POPOFSKY:  No objection other than the
```

```
 1    hearsay, Your Honor.

 2              THE COURT:  All right.

 3              So we'll admit 664 with the caveat that we'll

 4    discuss the hearsay issue when we get to it.

 5              MR. DINTZER:  Thank you, Your Honor.

 6                                   (Plaintiffs' Exhibit 664
                                       received into evidence.)
 7    BY MR. DINTZER:

 8        Q    Ma'am, you've seen this email chain before; is

 9    that right?

10        A    Yes.

11        Q    And you're on the email chain; is that right?

12        A    Yes.

13        Q    And if you go all the way to the end of the

14    document, which would be the first one in the chain, let me

15    know when you're there.  It's on page 456.

16              And if you want, you can always look at the

17    screen, we're putting it up there as well.

18              Oh, I'm sorry, ma'am, the screen directly in front

19    of you.

20        A    Sorry.

21        Q    Of course.

22        A    Thank you.

23        Q    So this is an email chain -- this email is one

24    that the bottom part, there was an invitation sent, right?

25        A    Correct.
```

1    Q    And it was sent on -- around June 3rd; is that

2  right?

3    A    Looks like June 4th.

4    Q    Okay.

5         And the proposed meeting was June 4th at

6  10:00 a.m., correct?

7    A    Correct.

8    Q    And it's regarding the subject matter is, if you

9  look at the bottom, is AT&T/Branch technology.  Do you see

10 that?

11   A    Yes.

12   Q    And what is Branch?

13   A    The way I understand it is Branch is an

14 advertising technology company that works with a number of

15 apps within certain verticals, and they index their content

16 that allows users to search within those apps and it allows

17 these apps show ads to these users that are customized based

18 on user activity.

19   Q    Okay.

20        And Mr. Patel sent the meeting invite; is that

21 right?

22   A    It's actually not clear who organized it because

23 usually you see, like, the organizer next to the names.

24 I don't see it here.

25        But it could have been Kesh.

1    Q    And who is Kesh Patel?

2    A    So he's the partner/manager who was at the time

3    responsible for Google's relationship with the carrier in

4    question.

5    Q    And the carrier in question is AT&T?

6    A    Yes.

7    Q    Okay.

8         And so Mr. Patel had a question about AT&T's

9    contract; is that right?

10   A    He was relaying a question that he received from

11   AT&T.

12   Q    Okay.

13        And then -- and you accepted this invite so that

14   you would go to the meeting, correct?

15   A    Yes.

16   Q    Okay.

17        And then at the top, you write, "Without Chris, it

18   is hard to get a resolution here."  Do you see that?

19   A    Yes.

20   Q    And you meant Chris Li; is that right?

21   A    Yes.

22   Q    And who is Chris Li?

23   A    Chris Lee was a partner/development manager who

24   was responsible for our relationship with Samsung.

25   Q    Okay.

1          And what was -- what did you understand was the

2    AT&T/Branch issue you were seeking to resolve?

3          A    So what I understood from the context that

4    Mr. Kesh -- Mr. Patel and his technical counterpart, Sarika

5    Mittal, relate to me was that AT&T sent them a question that

6    stated that on Samsung phones, Samsung was implementing a

7    technology powered by Branch that AT&T was wandering whether

8    implementation of that technology was consistent with the

9    terms of their revenue share agreement, and because it was a

10   Samsung device, I wanted to make sure that Chris Li was also

11   in the meeting so he could represent the Samsung perspective

12   here.

13         Q    Okay.

14              And the way it works is, I mean, Samsung makes

15   some phones that it just distributes itself, right?

16         A    Correct.

17         Q    And then it makes a lot of phones where it

18   provides them to a carrier and then the carrier distributes

19   them, right?

20         A    Correct.

21         Q    And that's why you had AT&T talking about Samsung

22   phones is because these were phones that were being made for

23   AT&T by Samsung?

24         A    Correct.

25         Q    Okay.

1       And on June 3rd, 2020, if you go farther up in the

2   chain, Mr. Patel writes, "Chris will join; however, he does

3   not know much about Branch but can take questions to SS."

4   Do you see that?

5       A    Yes.

6       Q    And SS is Samsung?

7       A    Correct.

8       Q    And Mr. Patel writes, "In the meantime, what's the

9   best way to understand if Verizon, Sprint or T-Mobile have

10  this enabled on Samsung finder."  Do you see that?

11      A    Yes.

12      Q    Okay.  And when he writes "this," he's referring

13  to the Branch technology?

14      A    I think so.

15      Q    Okay.

16           And then who is Sarika Mittal?

17      A    She is Kesh's technical counterpart.

18           So Kesh works with the business side of the AT&T

19  and Sarika works with engineers to make sure that all the

20  technical questions that AT&T may have are resolved and

21  supported.

22      Q    So then moving up on this email chain, you have,

23  it's Ms. Mittal; is that right?

24      A    Yes.

25      Q    Ms. Mittal sends an email, she adds a few other

```
1   people, she adds Carol Lin and Matt Schwartz with the
2   TMO VZ BD.  So that means that these are people who work for
3   T-Mobile and -- with T-Mobile and Verizon, right?
4        A    Not for, they are Google employees who represent
5   Google in partnership with T-Mobile and Verizon.
6        Q    Okay.
7             And then one of the things she does is she has a
8   heading that says, "Additional info from AT&T."  Do you see
9   that?
10       A    Yes.
11            MR. DINTZER:  And so, Your Honor, we have two
12   things here:  First, we have a red box which -- this is
13   information coming from AT&T.  It's been identified by the
14   other side.  We believe that this can be talked about in
15   open court but obviously we defer.
16            MR. POPOFSKY:  Your Honor, there actually is no
17   pending confidentiality designation from us on the box which
18   is being displayed right now in open court.  This is the
19   embedded hearsay however --
20            MR. DINTZER:  Okay.
21            MR. POPOFSKY:  -- that we object to the admission
22   for the truth of the matter asserted.
23            MR. DINTZER:  So we'll work through that,
24   Your Honor, and then we'll ask the Court to admit that
25   portion of it.
```

1          And I withdraw my comment.  I have a note here

2   that actually they withdrew all concerns about the document

3   so we can talk about this one.

4          THE COURT:  But just back to the hearsay issue, I

5   mean, are you suggesting that you're going to want to try to

6   lay the foundation either to admit it for the truth or for

7   some other purpose?

8          MR. DINTZER:  We're going to lay -- it is our

9   intent to lay the foundation to admit it for the truth.

10  It's easier if we just go through it first and then I'll

11  show the supporting material that we have for it to be

12  admitted for the truth.

13         THE COURT:  Okay.  All right.

14  BY MR. DINTZER:

15  Q    So, ma'am, it says -- so Ms. Mittal writes -- she

16  writes, "Additional info from AT&T."

17         Was it your understanding that the very next thing

18  that she has here was cut and pasted from -- it looks like

19  it's in a different font, from an AT&T email?

20  A    To be frank, I saw what she pasted from AT&T, but

21  I choose not to believe something that is copied and pasted

22  from a partner that is talking about what other partners or

23  what Samsung is doing.

24         My approach would always, and in this case, it was

25  the same, to go to the source of truth in that case, Samsung

1    and other carriers and ask them questions directly, rather

2    than rely on something that somebody relayed to me from

3    something that somebody else relayed to them.

4         Q    I understand, but you worked with Mr. Mittal,

5    right?

6         A    Yes.

7         Q    Okay.

8              And so what she cut and pasted from AT&T said was,

9    "Samsung informed us that the feature has been turned on in

10   the finder app on Samsung devices sold by TMO --"

11   You understand TMO is T-Mobile, right?

12        A    Yes.

13        Q    -- "Verizon and Sprint and that it wants to make

14   the functionality standard across all of Samsung's upcoming

15   devices -- including those distributed by AT&T."  Do you see

16   that?

17        A    Yes.

18        Q    Okay.

19             And so you understood when you read this, forget

20   about truth or not, you understand when you read this that

21   AT&T was saying that Samsung's distributing Branch, right?

22        A    I understood that this was AT&T's understanding.

23             I chose not to rely on that understanding and

24   conduct our own research into the matter.

25        Q    Okay.

1          And so the next sentence is, "AT&T is considering

2    working directly with Branch, ideally standardizing and

3    bettering the below user experience across various OEMs and

4    to return more relevant results."

5          Do you see that?

6    A    Yes.

7    Q    And did you understand that was Mr. Mittal

8    reporting what AT&T told her?

9    A    Yes.

10    Q    And you understood that AT&T was reporting that it

11    was considering working with Branch?

12    A    Yes.

13    Q    And then she writes, "Branch may have deep links

14    to various places within the Pizza Hut app or other relevant

15    apps."

16          Do you see that?

17    A    Yes.

18    Q    And did you understand what a deep link is?

19    A    Yes, I generally understand how deep links work.

20    Q    If you could just explain very briefly what a deep

21    link is.

22    A    Sure.

23          So the way that deep link into the app works is

24    that you could conduct a search and if there's no deep link

25    but there's an app that could contain the information that

1    is relevant, it will point user to the home page of the app.

2         So let's say you type pizza, and the search knows

3    that, okay, Yelp might show pizza delivery result.  It will

4    send you to the home Apple view, you will then have to

5    retype the word pizza and conduct a new search within Yelp.

6    That's how the world works without deep linking.

7         If you have a deep link, instead of sending you to

8    the home page of the app, it will send you to a particular

9    result page within the app that will show you the pizza

10   restaurant so you won't have to do the search twice.

11   Q    And you understood based on this that Branch's

12   technology used apps on the phone to find information?

13   A    It used apps on the phone, but it used its own

14   indexing of the information within those apps to show the

15   results.

16   Q    And that Branch's technology used deep links?

17   A    Yes.

18   Q    Okay.

19        And then it says farther down on this page, and

20   then this turns to the next page, "Branch does not do an

21   Internet search on pizza to return results to websites.  We

22   have confirmed with Branch that it doesn't return Internet

23   search results and that it draws from its own index database

24   of deep links."

25        Do you see that?

```
 1        A    Yes.

 2        Q    So you understood that Branch didn't run an

 3   Internet search engine like Google?

 4        A    Again, this was hearsay from AT&T.  I believed

 5   that Google needed to look into the matter and understand

 6   how it works on our own.

 7        Q    But you understood this is what AT&T was

 8   reporting?

 9        A    Yes.

10        MR. DINTZER:  And so now, Your Honor, it would

11   help us if Google identified what language it's challenging

12   at that point so that we can address it.

13        MR. POPOFSKY:  Your Honor, I think Ms. Kartasheva

14   eloquently described what we're challenging.  It's under the

15   bullet, "Additional information from AT&T, what Samsung

16   informed us others were doing."

17        So we object specifically as embedded hearsay

18   within embedded hearsay to information as to what Samsung

19   informed AT&T.

20        THE COURT:  Okay.

21        MR. DINTZER:  And if that's their only challenge,

22   Your Honor, that one sentence, "Samsung informed us that

23   feature had been turned on in Finder," then we'll -- that

24   one sentence we'll exclude for the truth of the matter.

25        THE COURT:  Okay.
```

1           Look, I'll -- is it just that paragraph?

2           MR. DINTZER:  That sentence just to make sure.

3           MR. POPOFSKY:  Just that paragraph, Your Honor.

4           The rest I understand establishing what

5    Ms. Kartasheva understood from Ms. Mittal.  We would object

6    that that itself is hearsay.

7           There's no duty on Ms. Mittal's part that's been

8    established to verify it or to report it accurately or any

9    of the prerequisites you laid out the other day for embedded

10   hearsay.

11          THE COURT:  I guess I disagree with the last

12   statement.  She has a duty to accurately report what she was

13   told.  The person reporting to her has no such duty.

14          But, look, I think the bottom line is I understand

15   this to be a precursor to what Google does, and so I'll take

16   it for what Google's understanding was, its state of mind in

17   explaining what its actions were thereafter.

18          MR. POPOFSKY:  Thank you, Your Honor.

19          MR. DINTZER:  So, Your Honor, because I can go

20   deeper on our support for the paragraph that begins "AT&T is

21   considering," if that's not being entered for the truth,

22   we're asking for that to be entered for the truth.

23          THE COURT:  I mean, if that is a portion that --

24   this is written by Ms. -- because the various fonts --

25   that's, we believe, written by Ms. Mittal --

1           MR. DINTZER:  Mittal.

2           And obviously this is -- Ms. Mittal is a worker

3    for Google so we have -- I mean, her comments are covered.

4           THE COURT:  Right, but if her statements are based

5    upon a third party that doesn't have a duty, how can I

6    accept the underlying statement for its truth from a party

7    that doesn't have a duty to report it accurately?

8           MR. DINTZER:  And previously, Your Honor, and --

9           THE COURT:  Don't get me wrong.  She has a duty to

10   report what she understood accurately, and I could accept it

11   for that.  But for the underlying fact itself, I don't know

12   that I have that -- that I can do that.

13          MR. DINTZER:  I understand, Your Honor.

14          And earlier -- and I don't mean to characterize

15   the Court's statement, prior statement so if I'm wrong -- my

16   understanding is that the Court has invited us, if we can

17   support the outside statement that it could come in, and

18   that's where I have further support if I could just take

19   just a moment.

20          THE COURT:  Okay.  Well, is this something that

21   the witness needs to verify?

22          MR. DINTZER:  No, we could to do this afterwards.

23          THE COURT:  Let's hear testimony from the witness.

24   We can deal with evidentiary issues.

25          MR. DINTZER:  No, I appreciate that, Your Honor.

1    BY MR. DINTZER:

2        Q    So you met with Chris Li and Kesh Patel to talk

3    about the Branch issue; is that right?

4        A    So we met -- according to the invite, we met with

5    Kesh; Mary Mackey, who was the contract attorney supporting

6    the AT&T contract; Sarika; and looks like Chris Li, yes.

7        Q    And you obtained Samsung phones with Branch

8    features; is that right?

9        A    Yes, and also I use a Samsung phone as my personal

10    device.

11        Q    And did you obtain those Samsung phones -- and you

12    investigated how the S Finder looked on Samsung devices; is

13    that right?

14        A    That is exactly right.  We investigated how it

15    looked.

16        Q    And did you do that before you met with Ms. Patel

17    and Mr. Li or -- Mr. Patel and Mr. Li, or after?

18        A    After.  When I was meeting them for the first

19    time, I wasn't -- I just was being familiarized with the

20    issue.

21        Q    And you investigated how the S Finder looked and

22    you took screenshots of the S Finder on Android devices?

23        A    On Samsung device specifically.

24        Q    And on the Samsung device.

25            And you typed things into the Finder and took

1    screenshots of the results?

2         A    Correct.

3         Q    And then in your June 4th email at 1:00, you sent

4    this after the planned meeting, right, then you met with

5    everybody and you said this, as you write, to summarize this

6    thread for the new people?

7         A    I think so.

8         Q    And you wrote, "We've discovered that Samsung

9    Finder in its current implementation (incorporating Branch

10   IO API) does appear to conduct off-device web search across

11   multiple apps which conflicts with our definition of the

12   alternative search."

13             Do you see that?

14        A    Yes.

15        Q    And this is the S Finder that incorporated

16   Branch's technology, right?

17        A    Yes.

18        Q    And when you talk about alternative search, you

19   mean the definition of alternative search in AT&T's

20   agreement, right?

21        A    Yes.

22        Q    AT&T's RSA agreement?

23        A    Correct.

24        Q    And now, Google's contracts don't prohibit Samsung

25   or AT&T from installing apps like Yelp or Netflix, right?

1    A    Correct.

2    Q    And what you understood Branch was doing was

3    reaching into those apps to do search, right?

4    A    I'm not a very technical person so I did not think

5    about what Branch technology was doing or how it was

6    retrieving results.

7         As we just discussed, I was comparing the

8    appearance of the results with how the results in search

9    looked, and what it seemed to me like was that the Branch

10   results resembled some aspects of search, and that's why

11   I thought it might be conflicting with the definition of

12   alternative search in the AT&T agreement.

13   Q    And, in fact, you write, "Example, when we search

14   for 'pizza,' we see results from Netflix, Pinterest, Yelp,

15   Galaxy Store, Play Store and other third-party apps,

16   et cetera, when the Samsung phone has connectivity."

17        You wrote that?

18   A    Yes.

19   Q    And connectivity means it's online, it's

20   connecting to the Internet?

21   A    Correct.

22   Q    And then -- now, the results were different when

23   you ran the search when the phone was not connected to the

24   Internet?

25   A    Correct.

1    Q    And that's how you determined or concluded that

2    you had a concern with whether there was a violation of the

3    AT&T agreement?

4    A    When phone wasn't connected to the Internet and it

5    performed only search within the local storage of the

6    device, so, you know, it was looking for pictures or

7    messages that I sent, the results looked very, very

8    different than how they would look like if I conducted a

9    search on Google.

10        When the connectivity was on, the results started

11   to look and resembled some of the aspects of Google Search.

12   That's what I noticed.

13   Q    And then, so you wrote, "Provided that AT&T

14   communicated this is done by Samsung on all U.S. carrier

15   devices, possibly on open market devices, too, and TBC if

16   this is also happening globally, we agreed on the following

17   next steps."

18        Do you see that?

19   A    Yes.

20   Q    And TBC means what?

21   A    To be confirmed.

22   Q    And so -- and "we" is who?  You said, "We agreed."

23   Who's "we"?

24   A    I would think these are the people who met, so

25   Kesh, Marie, myself, Sarika and Chris Li.

1        Q    And the first sentence has U.S./CA.  That's

2   United States and Canada, is that right?

3        A    Correct.

4        Q    And the first step says, "With all U.S./CA

5   carriers, confirm that other carriers have language, they

6   should, that gives us the ability to ask them to discontinue

7   this practice.  And if so, we would need to work with them

8   on removing the functionality."

9            Do you see that?

10       A    Yes.

11       Q    And you assigned this to Adrienne McCallister,

12  Kate Lee; is that right?

13       A    Both of them were superior to me.  I wasn't

14  assigning anything.  I was just merely commenting on the

15  fact that so far we've only had facts from AT&T relationship

16  and we knew nothing about what was happening with other

17  carriers and we needed to understand what was happening with

18  them.

19            We also needed to understand what language we had

20  in the revenue-sharing agreements with them because some of

21  the agreements have different language.

22       Q    And item number two is -- and Ms. McCallister

23  worked on the Samsung agreement; is that right?

24       A    No, Adrienne McCallister was in charge of the U.S.

25  partnerships -- U.S. and Canada carrier partnerships team.

1    Q    You looped Ms. McCallister in so she understood

2   that Samsung could be using Branch devices on carriers other

3   than the AT&T network, right?

4    A    No.

5         Again, Adrienne was in charge of the entire team.

6   I was just notifying Adrienne that we will be reaching out

7   to members of her team to understand what other U.S. and

8   Canada carriers were doing.

9    Q    The next step is, "With Samsung, confirm if they

10  are doing it globally and check what our alternative search

11  definition allows us to do, whether it is a breach."

12        Right?

13   A    Again, it's a similar thing.  We needed to

14  understand what was Samsung doing and what their revenue

15  share agreement with us said about the alternative search,

16  because that was the definition that was important here.

17   Q    And the third one was, "With AT&T, Kesh is owning

18  the outreach to AT&T specifically to get this resolved."

19        Right?

20   A    Correct.

21        This was just to establish that Kesh is the one

22  running point with AT&T, not Sarika, because it was a

23  business issue, not a technical issue, and we wanted to make

24  sure that we, as Google, had one voice communicating with

25  AT&T.

1    Q    And when you say "resolved," you meant that AT&T

2  was going with to address the Branch issue with -- strike

3  that.

4         By "resolved," you meant that Google was going to

5  address the Branch issue with AT&T and see if it violated

6  their RSA?

7    A    No.

8         "Resolved" meaning that we provided AT&T an answer

9  to the question they were seeking to get answered.

10   Q    Which is whether this violated their RSA?

11   A    Correct.

12   Q    Okay.

13        No further questions on that document.

14        Let's go to 1067.

15        MR. DINTZER:  And we'll offer, Your Honor.

16        MR. POPOFSKY:  No objection, Your Honor.

17        THE COURT:  Okay.  1067 will be admitted.

18                          (Plaintiffs' Exhibit 1067
                              received into evidence.)
19

20  BY MR. DINTZER:

21   Q    And, ma'am, you understand that this is an email

22  chain that you're on, as well as Adrienne McCallister; is

23  that right?

24   A    Yes, correct.

25   Q    And we go to the last page of it, we see an email

1    from Ms. McCallister that she writes after she puts

2    attorney-client privilege, she says, "Thanks for re-sending

3    with pictures.  Yes, we can do partner outreach.  I'd like

4    to confirm set of talking points, specific areas where this

5    is in conflict with RSA."

6              Do you see that?

7        A    Yes.

8        Q    And the subject of all of this is "Embedded link

9    screens."

10             Do you see?

11             That's at the top of the first page.

12        A    Okay.

13        Q    Okay.

14             And this is on June 8th, a few days after your

15    concerns about Branch, right?

16        A    Yes.

17        Q    And then at the very top of the top email,

18    Ms. McCallister writes, there's a fair amount redacted here,

19    "Thanks, Kesh.  Let's "-- and then she goes @MattSchwartz,

20    @ CarolLin -- "let's track to make sure we reach out to VZ

21    at TMO as well."

22             Do you see that?

23        A    Yes.

24        Q    And you understood that Ms. McCallister was going

25    to reach out to Verizon and T-Mobile about the Branch issue

1    as well?

2        A    Not about the Branch issues.  So as you see at the

3    beginning of the email, I say, "Adrienne, can we reach out

4    to these carriers," and Adrienne is saying, "Well, of course

5    we can but what are we trying to do here."

6            And then it was clarified that we just wanted to

7    ask them questions and understand what they were doing with

8    respect to Samsung devices and Branch technology.

9            So it was an investigative outreach rather than an

10   action.

11       Q    I'm sorry, the last thing you said was it

12   wasn't...

13       A    It was an investigative outreach to understand

14   what they were doing, rather than an action that we were

15   planning to take.

16       Q    Okay.

17           MR. POPOFSKY:  Your Honor, just rising to remind

18   counsel not to read passages that are specifically redacted.

19   This one is not a big deal but in the future.

20           MR. DINTZER:  Sorry, Counsel.

21   BY MR. DINTZER:

22       Q    Okay.

23           Let's go to UPX694.

24           This is an email you wrote on -- okay, and it's an

25   email chain that you appear on; is that right?

```
 1        A     Yes.

 2              MR. DINTZER:  We'll offer it, Your Honor.

 3              MR. POPOFSKY:  One minute, Your Honor.

 4              No objection.

 5              THE COURT:  Okay.  694 is admitted.

 6                                    (Plaintiffs' Exhibit 694
                                       received into evidence.)
 7

 8   BY MR. DINTZER:

 9        Q     And so let's go to the very bottommost email,

10   June 10th, 2020.  Do you see that, ma'am?

11        A     Yes.

12        Q     It's an email you wrote to Jon Dreyfus;

13   is that correct?

14        A     Yes.

15        Q     And who's Jon Dreyfus?

16        A     He was one of the lead PMs on the search team,

17   search product team.

18        Q     And you wrote in the second paragraph, "It was

19   brought to Android BD team attention recently that Samsung

20   partnered with Branch IO for building out Samsung Finder."

21   Do you see that?

22        A     Yes.

23        Q     And why are you telling this to Mr. Dreyfus?

24        A     So the reason why I reached out to Mr. Dreyfus was

25   because once we gathered the information about how the
```

2811

```
 1    Branch implementation looked and I thought, like I said to
 2    you, that it resembled some of the aspects of how Google
 3    Search looked, I, in my opinion, I thought that it was
 4    important for the search team to help us understand whether,
 5    in their opinion, the implementation that we saw constituted
 6    a service that was substantially similar to Google Search,
 7    because that would ultimately help us decide whether the
 8    implementation of Branch was consistent or not consistent
 9    with revenue share experience.
10          So Jon Dreyfus was one of the decision-makers on
11    this issue.
12    Q    The next sentence says, "Samsung Finder is an
13    on-device search that appears at the top of a screen and
14    looks like a generic search box with a magnifying glass when
15    user swipes up from any screen."  That's what we talked
16    about, right?
17    A    Yes.
18    Q    And then you write, "It started a couple of years
19    ago as on-device search across contacts, settings, photos in
20    the gallery, and we have allowed it everywhere, even on
21    devices covered by search rev share deals because Samsung
22    pointed to gaps in what Google Search was able to do with
23    this type of search."  Right?
24    A    Google was not conducting on-device search, simply
25    put.
```

2812

1      Q    So one of the reasons that Google allowed Samsung

2  to do this kind of searching is because Google was not doing

3  it?

4      A    Yes, it was not allowed -- it was clarified that,

5  yes, of course, Samsung wanted to provide functionality to

6  the users and they did so and Google didn't because it was

7  not conducting this type of search.

8      Q    And you write, "Now with Branch partnership,

9  Samsung Finder has grown into search experience across

10  multiple apps through deep linking."

11         Do you see that?

12      A    Yes.

13      Q    And so the Branch partnership grew from Samsung

14  Finder into a search experience, right?

15      A    Into a deep linking into apps.

16      Q    And you wrote, "We believe this goes beyond the

17  scope of what we originally allowed Samsung and U.S.

18  carriers and have started pushing back on them."

19         Right?

20      A    So there's two parts to it.

21      Q    All I said was "right," you wrote that, right?

22      A    I did write that.

23      Q    Okay.

24         And when you say "we," who do you mean?

25      A    I believe I wrote it on behalf of myself and maybe

```
 1   Margaret who helped me take the screenshots.  Margaret Lam

 2   was a person on my team.

 3       Q    And you say, "have started pushing back on them."

 4            Which people specifically started pushing back on

 5   Samsung?

 6       A    Nobody started pushing back on Samsung.

 7            This here says U.S. carriers, and this relates to

 8   the request that we received from AT&T, and AT&T was

 9   pressuring us to give them answer quickly.

10            We, myself, and Margaret believed that we needed

11   the time to investigate because, like you saw on the kind of

12   original group that met, none of us were the decision-makers

13   so we needed time and we pushed back on AT&T asking them for

14   time.

15       Q    So when you wrote, and we have -- "and have

16   started pushing back on them," you meant -- you didn't mean

17   that you'd started pushing back on Samsung and the U.S.

18   carriers' use of Branch?

19       A    Correct, we did not push back on the use of Branch

20   because we haven't made the determination of whether we

21   should or not.

22       Q    But this says, "We originally allowed Samsung and

23   U.S. carriers and have started pushing back on them."

24            Correct?

25            I mean, that's what you wrote?
```

1      A      That is what I wrote.

2             What I meant specifically is that we started

3      pushing back on AT&T's pressure to give them answer quickly.

4      Q      Right.  And it just doesn't say that?

5      A      Well, that was what I meant.

6      Q      The next part says, "And we're wondering, does

7      Google Search do something similar to this and can we pivot

8      the conversation with Samsung and carriers from asking them

9      to take it down to seeing if Google could power this

10     experience."

11            Do you see that?

12     A      Yes.

13     Q      So you were trying to throw them an alternative if

14     you were going to ask them or when you were going to ask

15     them to take it down, right?

16     A      No.

17            So as I mentioned at this time, I was focused on

18     Android product experience, and 95 percent of my focus was

19     on figuring out how do we create delightful user experience

20     for our users to better compete with Apple.

21            I tried Branch experience, it's not a good user

22     experience.  Apple was doing something much, much better.

23            And I was wondering from that perspective, could

24     our search team develop an experience that would be as

25     compelling as what Apple was offering to its users, and

1    that's why I was asking this question.

2        Q    And earlier when you say, "And we have allowed it

3    everywhere... because Samsung pointed to gaps," do you see

4    that, who's the "we have allowed it"?  Who's the "we"?

5        A    I was pointing out to the fact that there was no

6    language in the Samsung revenue share deals that disallowed

7    Samsung to conduct the on-device search experience.

8        Q    So Google allowed it?

9        A    Sure.

10       Q    Okay.

11            And so then we go up to the response that you get

12   from, who's Ela Beres?

13       A    She was one of the PMs on Jon Dreyfus's team.

14       Q    And she writes, "We did have an on-device search

15   experience on the Android search box that let users search

16   through previously visited app deep links, along with apps

17   and contacts.  We unlaunched this last year due to poor

18   usage, though we did keep app launches, the most widely used

19   of all the on-device content types."

20            Do you see that?

21       A    Yes.

22       Q    And unlaunched means that they deprecated, they

23   stopped it?

24       A    Correct.

25            And I had -- I understood from further

1    conversations with Ela and product team that, again, the

2    usage was low because the experience was not compelling.

3    They did not -- they did not like it and that's why they

4    deprecated it.

5         Q    Google's?

6         A    Google's PM.

7         Q    Google's version of this was not compelling?

8         A    Neither was Branch's.

9         Q    Well, we haven't gone there yet.  I'm just asking

10   about Google's.

11            You said we are unlaunching, you said, because it

12   was not compelling.  You mean Google's provision of these

13   deep links was not compelling?

14        A    Google's experiment that they tried to launch in

15   prior to 2020, the team that was conducting that experiment

16   concluded that they didn't like it.

17        Q    Now, Samsung renewed their RSA agreement; is that

18   right?

19            THE COURT:  I'm sorry to interrupt.

20            Can I just ask a follow-up?

21            Do you mean to say this Google feature, was it run

22   as an experiment or was actually a feature on multiple and

23   across devices that was pulled back?

24            THE WITNESS:  Small experiment.

25            THE COURT:  A small experiment.

2817

```
1              THE WITNESS:  Yes.

2              THE COURT:  Okay.

3    BY MR. DINTZER:

4        Q    And when you say small, how many devices?

5        A    Usually the way Google runs the experiments it's

6    less than one percent of users that get exposed to the

7    experiment.

8        Q    And that's one of their A/B experiments, where

9    they give some people something, they don't give others and

10   they see if people like it?

11       A    I won't be able to comment on the details of how

12   this particular experiment was conducted.

13       Q    Samsung signed a new RSA; is that right?

14       A    Correct.

15       Q    And you helped lead the efforts to restructure the

16   Samsung RSA?

17       A    No, I contributed to some aspects of the

18   restructure.  Specifically, I was responsible for figuring

19   out the go-to market part of the deal that focused on

20   competition with Apple.

21       Q    And you reviewed the term sheets for the OEM team

22   negotiating the RSA?

23       A    Yes.

24       Q    And you commented on it?

25       A    Yes.
```

2818

1      Q    And then that term sheet was sent to Samsung; is

2  that right?

3      A    Eventually, I would imagine.

4      Q    Okay.

5           Let's go to --

6           MR. DINTZER:  Now, this one, Your Honor, just so

7  we're keeping score, this was originally going to be in

8  closed session.  I'm going to see if I can do it in open

9  session.

10          THE COURT:  Okay.

11          MR. DINTZER:  Okay.

12          So we're going to UPX069 and we'll offer.

13          MR. POPOFSKY:  No objection, Your Honor.

14          THE COURT:  So 609 will be admitted.

15                              (Plaintiffs' Exhibit 609
                                 received into evidence.)
16

17  BY MR. DINTZER:

18      Q    And so if you see, ma'am, these were comments made

19  to the Samsung RSA 2020 term sheet, deal 1; is that right?

20      A    Yes.

21      Q    And some of these comments are yours?

22      A    Yes.

23      Q    And you write, "We should add" -- you see that

24  sentence?

25          It's about halfway down the page.  It says,

2819

1    "Ana Kartasheva knew, we should add"?

2        A    No, I don't see that.

3            Say that it says, "Should we clarify."  Unless I'm

4    looking at something else.

5        Q    Yes, ma'am, go --

6            Let's start at the top.  We have Samsung RSA 2020.

7        A    "We should add," okay.  Yeah, I see that.

8        Q    Do you see it, ma'am?

9        A    Yes.

10       Q    We're not going to put it on the screen.

11           You write, "We should add."  So you're making a

12   recommendation.  Who's the "we" you're talking about?

13       A    The team that was drafting the language.  So that

14   would be Chris Li and Richard Lee, who was the contract

15   counsel who was supporting the drafting of the deal.

16       Q    And you write, "We should add that search within

17   Google Assistant must default to Google and they can't

18   promote, suggest that end users change that."

19           Do you see that?

20       A    Yes.

21       Q    That was one of your recommendations?

22       A    It was not my recommendation.  There was an

23   approved set of terms that the decision-makers put forth.

24   When I looked at the template, I saw that they were missing

25   one of the terms that was approved.  So this was my reminder

2820

```
 1    to the team to go and compare what was approved to what was
 2    reflected in the term sheet and make sure they match.
 3        Q    And then further down --
 4             And this one has a red box, although, Your Honor,
 5    we don't -- I mean, we would challenge that -- but if -- we
 6    don't need to read that in.
 7             That's another -- you wrote that sentence as well,
 8    the one that says, "Per discussion," right?
 9        A    I did.
10        Q    And which -- who did you discuss that with before
11    you wrote this about Branch?
12        A    So you see the date on this thread, it's at the
13    very top, it's June 4th.
14             So I think it was a follow-up to the meeting that
15    we had earlier that day during which we discussed that there
16    might be questions around whether it -- or how we should
17    treat the Branch technology.
18             I should note that, again, none of the
19    decision-makers were in that meeting so that's the meeting
20    that we started this conversation with.  So Kesh Patel,
21    Marie Mackey, Chris Li, where we discussed what needs to
22    happen with Branch.  And so I was asking, in the term sheet,
23    should we clarify, once we finalize the term sheet, of what
24    should happen with the implementation of S Finder or not.
25             MR. DINTZER:  Okay.  Your Honor, we have a new
```

```
1   exhibit.  May I approach?
2              THE COURT:  Sure.
3              MR. DINTZER:  This is UPX2003.  This was provided
4   to Google, I believe this morning, maybe last night, but
5   I believe this morning.
6   BY MR. DINTZER:
7       Q    And the first page, ma'am, is an email.  And
8   I'm not going to ask you --
9              MR. DINTZER:  We move to admit this, Your Honor.
10  It's a Google document.
11             MR. POPOFSKY:  No objection, Your Honor.
12             In terms of confidentiality, this is a term sheet.
13  I just want counsel to be mindful of that.
14             MR. DINTZER:  No, that's fair.
15             And, in fact, my first question was going to go to
16  the second page.
17  BY MR. DINTZER:
18      Q    Ma'am, you understand that this was the term
19  sheet, the June 2020 Google Samsung term sheet that you were
20  commenting on, right?
21      A    I do know because I am not on the To line on this
22  email.
23      Q    I understand so I'm not asking you about the
24  email.
25             Go to the next page, please.
```

```
1              Now, you were commenting on a term sheet on UPX609
2    in June 2020, and this is the June 2020 term sheet.
3    So this is the document you were commenting on, right?
4         A    I don't know.  It could be a different version of
5    the document.  I am not on the To line.  How can I comment
6    on it?
7         Q    Okay.  So let's go to the next page, the one
8    that's 992, under the heading.  "All other search access
9    points."
10             Do you see that?
11        A    Yes.
12        Q    And the very last sentence of that paragraph --
13             I believe I can read this unless counsel is going
14   to have a problem with it.
15             THE COURT:  Hang on.
16             Before you launch.
17             MR. DINTZER:  That's why I was checking.
18             MR. POPOFSKY:  We maintain confidentiality over
19   that sentence, Your Honor.
20             MR. DINTZER:  I don't see how that could be a
21   problem, Your Honor.  But if they want to keep me from
22   reading it, then I won't.
23             THE COURT:  Is this something that was ultimately
24   incorporated into the --
25             MR. POPOFSKY:  No.  In fact, it was not,
```

1    Your Honor.

2              THE COURT:  So then is there an issue with --

3              MR. SCHMIDTLEIN:  It does reflect a back-and-forth

4    between the parties, and I mean this is one of the problems

5    with providing us with the document this morning.

6              THE COURT:  All right.  Well --

7              MR. SCHMIDTLEIN:  He can ask the witness without

8    reading it word for word into the record.

9              THE COURT:  Why don't you just ask her a general

10   question without referring to the specific text.

11             MR. DINTZER:  Sure.

12   BY MR. DINTZER:

13        Q    This last sentence in this term sheet proposes to

14   limit S Finder's functionality; is that right?

15        A    I don't know.  Let me read.

16             I'm sorry, I think it's saying the exact opposite

17   of what you're saying.

18             I don't know how to make this point without

19   reading it, Your Honor.

20             If you start with "for clarity," this does not

21   restrict company, and then mentions the service in question.

22             I might be misinterpreting again, because I have

23   not seen this document, but that's how I'm reading it now.

24   BY MR. DINTZER:

25        Q    It limits certain functionality that requires a

```
 1   connection to the Internet; is that right?
 2        A    I don't -- that's --
 3             I don't know because it's just --
 4             THE COURT:  Why don't we go --
 5             THE WITNESS:  -- to me it says, for clarity, this
 6   particular service is allowed.
 7             THE COURT:  All right.  Well, why don't we go
 8   ahead and just --
 9             MR. DINTZER:  I think we're looking at a different
10   sentence.
11             THE COURT:  I think so, too, but that's part of
12   the challenge here.
13             Why don't we go ahead and just take a lunch break,
14   and then you and I, we can just have a conversation about
15   how much --
16             THE WITNESS:  I'm sorry, I'm really trying to
17   be --
18             THE COURT:  No, don't worry, Ms. Kartasheva.
19             All right.  So we're going to take our lunch break
20   now and we will ask you to please be back a little bit
21   before 1:30.  And please do not discuss your testimony
22   during the lunch break.  Thank you.
23             MR. DINTZER:  Thank you, Your Honor.
24             THE COURT:  I want to talk to the parties and I'll
25   ask Ms. Kartasheva to step out of the courtroom.
```

 1              (Pause)

 2              THE COURT:  All right.  Is there a plan -- you had

 3    said that you were trying to close or winnow your

 4    examination down to only a limited closed portion; is that

 5    right?

 6              MR. DINTZER:  Yes.

 7              THE COURT:  So to the extent that -- and when you

 8    say limited, what are we talking about?

 9              MR. DINTZER:  In all honesty, Your Honor, I might

10    be able -- there's one document that that's edgy, and so I

11    might not be able, quite honestly, I probably have to close.

12              THE COURT:  When you say edgy, I take it you

13    mean --

14              MR. DINTZER:  Not like we're all going to be real

15    excited.

16              THE COURT:  I just want to be clear about that.

17              MR. DINTZER:  The economists might.

18              THE COURT:  Edgy in terms of the line that we've

19    been using here.

20              MR. DINTZER:  Yes, Your Honor.  That's right, yes,

21    Your Honor.

22              It's probably easier to just do that one in

23    closed.

24              THE COURT:  Okay.  Well, let's do this.  When we

25    return from lunch, why don't we do that one document in a

1  closed session.  You can cross on that particular document.

2  If you want to examine about this particular line and have

3  it read into the record, that's fine, that doesn't sound

4  like it's going to take very long, and then we can re-open

5  and move forward.

6          MR. DINTZER:  Thank you, Your Honor.

7          THE COURT:  All right?  See everybody after lunch.

8          COURTROOM DEPUTY:  All rise.

9          This Court stands in recess.

10          (Recess from 12:32 p.m. to 1:30 p.m.)

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__September 27, 2023___    

William P. Zaremba, RMR, CRR

BY MR. CAVANAUGH:
**[7]** 2717/6 2717/23
2720/4 2721/6 2724/9
2732/19 2734/3
BY MR. DINTZER: **[14]**
2780/10 2784/24
2788/7 2794/14 2801/1
2807/20 2809/21
2810/8 2817/3 2818/17
2821/6 2821/17
2823/12 2823/24
BY MR.
SMURZYNSKI: **[19]**
2726/3 2726/20 2732/9
2737/3 2739/4 2741/1
2749/10 2750/7
2750/24 2752/5
2752/14 2753/6
2755/14 2756/2
2757/17 2758/2 2759/8
2770/19 2776/7
BY MS. AGUILAR: **[4]**
2762/14 2763/8 2765/4
2766/22
**COURTROOM
DEPUTY: [7]** 2716/2
2716/6 2770/6 2770/10
2779/23 2780/1 2826/8
MR. CAVANAUGH:
**[11]** 2716/16 2716/21
2724/4 2724/8 2725/11
2725/21 2732/17
2734/2 2740/18
2769/23 2778/19
MR. DAVIS: **[6]**
2723/23 2725/3
2748/20 2749/20
2751/14 2758/24
MR. DINTZER: **[44]**
2779/1 2779/4 2779/9
2779/14 2779/17
2779/21 2780/4
2784/21 2787/10
2787/17 2788/5
2793/11 2793/20
2793/23 2794/8
2798/10 2798/21
2799/2 2799/19 2800/1
2800/8 2800/13
2800/22 2800/25
2807/15 2809/20
2810/2 2818/6 2818/11
2820/25 2821/3 2821/9
2821/14 2822/17
2822/20 2823/11
2824/9 2824/23 2825/6
2825/9 2825/14
2825/17 2825/20
2826/6
MR. POPOFSKY: **[14]**
2787/11 2787/25
2793/16 2793/21
2798/13 2799/3
2799/18 2807/16
2809/17 2810/3
2818/13 2821/11
2822/18 2822/25

**[3]** 2725/8 2823/3
2823/7
**MR. SMURZYNSKI:**
**[31]** 2725/25 2726/16
2731/22 2732/1 2732/5
2732/8 2736/23
2738/25 2740/21
2748/4 2748/12
2748/17 2748/19
2749/6 2749/25
2750/20 2750/23
2751/23 2752/4
2752/13 2752/16
2752/25 2755/23
2757/23 2759/6 2761/6
2761/9 2761/11 2762/4
2770/18 2778/13
**MS. AGUILAR: [9]**
2736/21 2750/12
2752/20 2754/22
2755/20 2762/11
2763/6 2769/20
2778/17
**MS. CHAPMAN: [3]**
2760/16 2761/14
2762/5
**THE COURT: [106]**
2716/4 2716/12
2716/17 2717/19
2719/25 2720/3
2720/22 2724/2 2724/6
2725/10 2725/13
2725/23 2726/19
2731/19 2731/23
2732/3 2732/6 2736/25
2738/24 2740/20
2740/23 2748/8
2748/16 2748/18
2748/25 2749/9 2750/3
2750/14 2750/18
2750/21 2751/25
2752/24 2753/5
2754/23 2755/21
2755/25 2757/10
2757/21 2757/25
2759/5 2761/3 2761/8
2761/10 2761/13
2761/19 2762/6 2763/5
2763/25 2765/3
2768/24 2769/19
2769/22 2769/25
2770/13 2775/3 2776/6
2778/6 2778/15
2778/18 2778/20
2778/24 2779/2 2779/8
2779/10 2779/15
2779/20 2780/2 2780/6
2784/23 2787/22
2788/2 2794/4 2794/13
2798/20 2798/25
2799/11 2799/23
2800/4 2800/9 2800/20
2800/23 2807/17
2810/5 2816/19
2816/25 2817/2
2818/10 2818/14
2821/2 2822/15

2823/9 2824/4 2824/7
2824/11 2824/18
2824/24 2825/2 2825/7
2825/12 2825/16
2825/18 2825/24
2826/7
**THE WITNESS: [16]**
2720/2 2720/23
2725/15 2750/4
2750/17 2755/1 2758/1
2764/7 2769/6 2775/5
2778/11 2780/3
2816/24 2817/1 2824/5
2824/16

**,**

**'80s [1]** 2735/10
**'pizza,' [1]** 2803/14

**.**

**.002 [3]** 2728/9 2730/4
2732/2
**.003 [1]** 2728/18
2756/10 2758/3
**.004 [1]** 2760/4
**.005 [2]** 2729/2
2760/13
**.006 [1]** 2729/11

**0**

**0340 [1]** 2713/4

**1**

**10 percent [2]** 2738/21
2754/4
**10-101 [1]** 2713/7
**100 [1]** 2739/6
**100 percent [1]**
2735/18
**10036-6710 [1]**
2713/19
**101 [1]** 2713/7
**1067 [3]** 2807/14
2807/17 2807/18
**10:00 a.m [1]** 2789/6
**10th [1]** 2810/10
**11 [3]** 2712/7 2752/18
2755/18
**1100 [1]** 2713/3
**1133 [1]** 2713/18
**1152 [1]** 2714/12
**11:00 [1]** 2762/7
**11:03 [1]** 2770/8
**11:20 [1]** 2770/2
**11:21 [1]** 2770/8
**12:32 [1]** 2826/10
**12th [1]** 2714/3
**1300 [1]** 2713/13
**15th [1]** 2714/12
**18 [1]** 2734/7
**19104 [1]** 2714/16
**1:00 [1]** 2802/3
**1:30 [2]** 2824/21
2826/10

**2**

**20 [1]** 2720/14
**20 percent [1]** 2721/20

2716/7
**20001 [1]** 2714/22
**20005 [2]** 2714/4
2714/12
**20006 [1]** 2714/7
**2005 [1]** 2720/12
**2010 [1]** 2723/2
**2012 [2]** 2735/12
2735/13
**2016 [1]** 2781/1
**2018 [2]** 2764/17
2783/7
**2019 [17]** 2722/15
2733/12 2733/19
2734/7 2734/25 2735/1
2735/4 2735/16
2735/17 2736/11
2738/18 2739/17
2739/21 2754/5
2754/21 2754/21
2783/10
**202 [5]** 2713/4 2714/4
2714/8 2714/13
2714/22
**2020 [14]** 2723/21
2724/11 2727/19
2739/19 2758/12
2759/13 2792/1
2810/10 2816/15
2818/19 2819/6
2821/19 2822/2 2822/2
**2021 [5]** 2723/21
2724/11 2753/7
2783/12 2783/16
**2023 [4]** 2712/5 2741/4
2742/15 2827/7
**2060 [1]** 2714/17
**2099 [1]** 2714/7
**212 [1]** 2713/19
**215 [1]** 2714/17
**2200 [1]** 2713/18
**25 [1]** 2753/7
**25 percent [2]** 2720/14
2744/18
**27 [2]** 2712/5 2827/7
**270 [2]** 2731/20
2731/25
**2793 [1]** 2713/19
**2929 [1]** 2714/16

**3**

**3 percent [1]** 2721/22
**3.5 [1]** 2742/13
**30 percent [1]** 2744/17
**301 [1]** 2740/24
**3010 [2]** 2712/4 2716/7
**307-0340 [1]** 2713/4
**3249 [1]** 2714/22
**333 [1]** 2714/21
**335-2793 [1]** 2713/19
**339-8612 [1]** 2714/13
**354-3249 [1]** 2714/22
**3rd [2]** 2789/1 2792/1

**4**

**415 [1]** 2713/8
**434-5000 [1]** 2714/4

2713/7
**454 [1]** 2787/14
**456 [1]** 2788/15
**4624 [1]** 2714/8
**4th [4]** 2789/3 2789/5
2802/3 2820/13

**5**

**5000 [1]** 2714/4
**508-4624 [1]** 2714/8
**508-6000 [1]** 2713/15
**5300 [1]** 2713/8
**538 [4]** 2755/18
2755/22 2756/1 2756/5

**6**

**6000 [1]** 2713/15
**609 [2]** 2818/14
2818/15
**664 [2]** 2788/3 2788/6
**6710 [1]** 2713/19
**688 [2]** 2755/22 2756/1
**694 [2]** 2810/5 2810/6

**7**

**720 [1]** 2713/15
**725 [3]** 2714/3 2736/20
2737/1
**7th [2]** 2713/7
2763/20

**8**

**80203 [1]** 2713/14
**8612 [1]** 2714/13
**8th [1]** 2808/14

**9**

**90 [2]** 2738/23 2739/12
**902 [2]** 2752/18
2755/18
**934-5300 [1]** 2713/8
**94102 [1]** 2713/8
**95 [1]** 2814/18
**992 [1]** 2822/8
**994-2060 [1]** 2714/17
**9:39 [1]** 2712/6

**A**

**a.m [4]** 2712/6 2770/8
2770/8 2789/6
**abbreviate [1]** 2735/23
**ability [9]** 2741/12
2743/21 2766/1 2766/4
2766/18 2766/19
2766/20 2766/24
2805/6
**able [16]** 2720/6
2720/13 2722/12
2722/23 2722/24
2724/25 2739/11
2757/8 2757/11
2763/18 2768/4
2782/20 2811/22
2817/11 2825/10
2825/11
**about [64]** 2720/11
2720/12 2721/19
2721/22 2722/18
2722/20 2723/2

**about... [57]** 2724/23 2724/24 2731/16 2732/11 2735/12 2738/10 2739/6 2739/8 2741/16 2743/6 2743/7 2744/12 2744/16 2745/9 2752/12 2753/2 2757/2 2757/22 2758/8 2759/18 2761/12 2762/7 2762/16 2762/19 2765/5 2765/23 2768/6 2782/24 2783/7 2783/18 2790/8 2791/21 2792/3 2793/14 2794/2 2794/3 2794/22 2795/20 2801/3 2802/18 2803/5 2805/16 2806/15 2808/15 2808/25 2809/2 2810/25 2811/16 2816/10 2818/25 2819/12 2820/11 2821/23 2824/14 2825/8 2825/16 2826/2
**above [2]** 2720/14 2827/4
**above-titled [1]** 2827/4
**accept [2]** 2800/6 2800/10
**accepted [1]** 2790/13
**access [1]** 2822/8
**according [4]** 2719/8 2719/20 2750/5 2801/4
**account [2]** 2758/21 2766/20
**accurate [5]** 2736/14 2742/13 2742/15 2742/17 2742/24
**accurately [4]** 2799/8 2799/12 2800/7 2800/10
**achieving [1]** 2738/22
**across [11]** 2729/14 2734/14 2735/5 2766/24 2767/8 2795/14 2796/3 2802/10 2811/19 2812/9 2816/23
**action [3]** 2716/7 2809/10 2809/14
**actions [1]** 2799/17
**activities [1]** 2782/10
**activity [1]** 2789/18
**actually [18]** 2721/17 2721/23 2727/23 2730/1 2730/13 2730/20 2730/23 2736/4 2744/10 2750/22 2764/19 2768/14 2785/20 2786/20 2789/22 2793/16 2794/2 2816/22
**ad [1]** 2721/22
**add [5]** 2818/23 2819/1

2819/16
**additional [6]** 2748/4 2756/22 2756/25 2793/8 2794/16 2798/15
**address [3]** 2798/12 2807/2 2807/5
**addressed [1]** 2760/25
**addressing [1]** 2761/17
**adds [2]** 2792/25 2793/1
**admission [2]** 2787/24 2793/21
**admit [5]** 2788/3 2793/24 2794/6 2794/9 2821/9
**admitted [12]** 2715/10 2715/16 2736/24 2736/25 2740/22 2740/23 2755/22 2755/25 2794/12 2807/17 2810/5 2818/14
**adopted [1]** 2734/14
**Adrienne [7]** 2805/11 2805/24 2806/5 2806/6 2807/22 2809/3 2809/4
**ads [2]** 2732/23 2789/17
**advancements [1]** 2742/12
**advantage [2]** 2720/8 2720/17
**advantages [1]** 2744/2
**advertisers [1]** 2732/25
**advertising [4]** 2717/10 2727/8 2727/9 2789/14
**advocacy [1]** 2730/10
**affect [1]** 2765/9
**after [10]** 2731/24 2735/11 2762/8 2762/9 2801/17 2801/18 2802/4 2808/1 2808/14 2826/7
**afterwards [1]** 2800/22
**again [24]** 2719/11 2725/3 2725/8 2725/10 2729/3 2729/6 2740/7 2758/24 2759/3 2760/6 2761/16 2761/20 2763/5 2768/9 2768/12 2786/6 2798/4 2806/5 2820/18 2823/22
**against [2]** 2718/15
**ago [3]** 2783/19 2786/19 2811/19
**agree [4]** 2735/7 2744/9 2744/10 2757/4
**agreed [4]** 2741/15 2741/25 2804/16 2804/22
**agreeing [1]** 2748/24

agreement [8] 2720/18 2802/20 2802/22 2803/12 2804/3 2805/23 2806/15 2816/17
**agreements [4]** 2782/17 2783/2 2805/20 2805/21
**agrees [1]** 2782/9
**Aguilar [1]** 2713/6
**ahead [6]** 2750/16 2752/3 2763/21 2770/1 2824/8 2824/13
**AI [6]** 2737/15 2741/9 2741/13 2741/22 2742/4 2742/20
**AI-powered [1]** 2741/9
**aided [1]** 2714/24
**air [1]** 2760/14
**AL [1]** 2712/3
**Aldape [1]** 2713/6
**algorithm [2]** 2744/3 2747/14
**algorithms [3]** 2763/16 2764/19 2764/25
**algorithms' [1]** 2734/21
**all [54]** 2716/2 2716/12 2716/14 2725/23 2725/24 2728/13 2730/5 2730/9 2737/12 2739/7 2739/12 2739/12 2741/9 2741/24 2745/4 2748/13 2748/22 2751/20 2752/1 2755/3 2755/4 2755/21 2759/5 2762/6 2764/18 2767/3 2768/3 2768/13 2769/16 2770/1 2770/6 2779/2 2780/2 2787/23 2788/2 2788/13 2792/19 2794/2 2794/13 2795/14 2804/14 2805/4 2808/8 2812/21 2815/19 2822/8 2823/6 2824/7 2824/19 2825/2 2825/9 2825/14 2826/7 2826/8 2826/8 2826/16
**All right [3]** 2759/5 2788/2 2826/7
**Allen [4]** 2714/10 2732/17 2737/20 2739/2
**allen.davis [1]** 2714/13
**allow [1]** 2745/16
**allowed [10]** 2766/13 2811/20 2812/1 2812/4 2812/17 2813/22 2815/2 2815/4 2815/8 2824/6
**allows [5]** 2725/18 2747/17 2789/16 2789/16 2806/11
**along [1]** 2815/16
**aloud [1]** 2759/10
**already [2]** 2750/2 2751/16

2724/18 2724/20 2724/21 2732/22 2742/20 2746/25 2748/2 2752/17 2753/22 2765/5 2765/17 2765/23 2784/17 2791/10 2801/9 2804/16 2805/19
**alternative [7]** 2802/12 2802/18 2802/19 2803/12 2806/10 2806/15 2814/13
**although [1]** 2820/4
**altogether [1]** 2767/6
**always [5]** 2723/2 2725/17 2755/9 2788/16 2794/24
**am [6]** 2744/20 2750/1 2782/23 2784/6 2821/21 2822/5
**AMERICA [4]** 2712/3 2716/7 2720/21 2720/22
**Americas [1]** 2713/18
**AMIT [2]** 2712/9 2716/3
**Amit P [1]** 2716/3
**among [3]** 2731/15 2733/19 2756/19
**amount [6]** 2730/13 2744/16 2751/6 2767/20 2767/23 2808/18
**amounts [1]** 2760/5
**Ana [3]** 2779/1 2779/22 2819/1
**Ana Kartasheva [1]** 2819/1
**analogy [1]** 2764/8
**Android [17]** 2781/4 2781/16 2781/16 2781/21 2782/16 2783/2 2783/21 2783/22 2783/23 2783/24 2784/8 2784/12 2785/24 2801/22 2810/19 2814/18 2815/15
**announce [1]** 2742/9
**announced [1]** 2738/5
**announcement [1]** 2763/19
**another [6]** 2726/17 2729/2 2736/17 2740/16 2755/17 2820/7
**answer [10]** 2725/14 2733/2 2733/4 2754/23 2760/9 2760/10 2765/10 2807/8 2813/9 2814/3
**answered [1]** 2807/9
**answering [1]** 2763/19
**answers [4]** 2741/12 2748/13 2748/22 2751/18
**antitrust [4]** 2713/12

2728/20 2728/21
**any [16]** 2718/19 2719/5 2721/2 2722/16 2722/18 2722/23 2724/4 2746/19 2751/5 2751/7 2753/2 2762/2 2766/23 2769/23 2799/8 2811/15
**anybody [2]** 2740/9 2764/22
**anyone [5]** 2737/15 2738/12
**anything [3]** 2724/3 2730/19 2805/14
**API [5]** 2802/10
**Apologies [3]** 2716/13 2749/20 2749/22
**apologize [2]** 2739/20 2760/17
**app [10]** 2721/1 2795/10 2796/14 2796/23 2796/25 2797/1 2797/8 2797/9 2815/16 2815/18
**appear [3]** 2729/8 2802/10 2809/25
**appearance [1]** 2803/8
**APPEARANCES [2]** 2712/11 2713/21
**appeared [2]** 2734/8 2747/24
**appears [4]** 2732/2 2732/12 2752/21 2811/13
**apple [32]** 2722/16 2722/24 2723/2 2723/4 2723/21 2723/25 2724/11 2724/15 2724/17 2725/4 2725/15 2725/19 2749/17 2749/17 2749/21 2749/23 2750/6 2750/9 2750/10 2751/1 2752/2 2751/12 2780/16 2780/17 2780/17 2780/18 2780/19 2797/4 2814/20 2814/22 2814/25 2817/20
**Apple's [2]** 2723/8 2725/8
**Apple-related [1]** 2749/23
**applicable [1]** 2763/4
**applied [1]** 2742/20
**applies [2]** 2721/10 2743/23
**apply [1]** 2722/3
**appreciate [3]** 2748/17 2748/18 2800/25
**approach [2]** 2726/16 2734/2 2759/24 2784/22 2786/14 2794/24 2821/1
**approaching [1]** 2734/25
**appropriate [2]** 2725/6

**A**

appropriate... [1]
2759/3
approved [3] 2819/23
2819/25 2820/1
apps [15] 2787/4
2789/15 2789/16
2789/17 2796/15
2797/12 2797/13
2797/14 2802/11
2802/25 2803/3
2803/15 2812/10
2812/15 2815/16
April [1] 2736/10
Arch [1] 2714/16
are [63] 2716/14
2716/16 2718/5
2718/22 2719/10
2719/12 2720/5
2720/13 2721/7
2722/11 2722/22
2723/15 2724/19
2727/11 2730/17
2733/21 2737/24
2738/6 2742/5 2743/18
2744/15 2745/11
2745/13 2746/11
2746/11 2747/15
2748/5 2748/6 2748/25
2749/1 2760/20 2761/4
2761/8 2761/15
2761/17 2761/22
2764/19 2765/18
2766/3 2779/11 2781/7
2782/10 2782/12
2782/18 2785/19
2785/24 2786/5
2786/13 2789/17
2792/20 2793/2 2793/4
2794/5 2800/3 2800/4
2804/24 2806/10
2809/5 2809/18
2810/23 2816/11
2818/21 2825/8
area [1] 2728/5
areas [2] 2719/5
2808/4
argument [1] 2759/20
Arlen [1] 2713/6
around [5] 2762/2
2764/14 2764/17
2789/1 2820/16
arrived [1] 2754/20
as [59] 2717/3 2719/4
2719/4 2721/3 2721/10
2722/25 2723/20
2725/17 2729/8
2729/22 2735/22
2736/18 2739/14
2740/13 2741/3
2741/13 2741/16
2742/15 2743/25
2744/20 2745/7
2746/18 2746/19
2746/22 2747/10
2752/9 2754/14 2755/4
2755/22 2756/20
2758/12 2758/22

2768/17 2781/4
2781/16 2784/17
2787/14 2787/14
2788/17 2798/17
2798/18 2801/9 2802/5
2803/7 2806/24
2807/22 2807/22
2808/21 2809/1 2809/2
2811/19 2814/17
2814/24 2814/25
2816/22 2820/7
ask [27] 2717/20
2721/23 2730/25
2738/10 2740/21
2752/19 2753/2 2756/4
2757/21 2761/12
2761/17 2763/5 2763/6
2763/25 2778/24
2793/24 2795/1 2805/6
2809/7 2814/14
2814/14 2816/20
2821/8 2823/7 2823/9
2824/20 2824/25
asked [8] 2725/4
2726/21 2737/14
2750/22 2762/16
2762/19 2765/5
2765/23
asking [7] 2799/22
2813/13 2814/8 2815/1
2816/9 2820/22
2821/23
aspects [5] 2718/20
2803/10 2804/11
2811/2 2817/17
asserted [2] 2787/15
2793/22
assigned [1] 2805/11
assigning [1] 2805/14
Assistant [1] 2819/17
associate [1] 2766/1
associated [3] 2728/19
2727/15
2728/17 2733/15
assume [3] 2727/15
2728/17 2733/15
attempts [2] 2720/19
2764/23
attention [3] 2764/18
2768/13 2810/19
attorney [2] 2726/22
2728/2 2728/4 2801/5
2808/2
attorney-client [1]
2808/2
audibly [2] 2733/2
2733/5
audience [1] 2779/6
available [9] 2736/6
2737/25 2738/6
2738/12 2738/16
2740/8 2741/10
2744/16 2762/20
Avenue [4] 2713/7
2713/18 2714/7
2714/21
aware [1] 2759/25
awareness [1] 2758/9
away [1] 2721/8

**B**

back [28] 2716/18
2717/20 2719/20
2725/11 2725/12
2728/8 2729/19 2731/5
2731/19 2743/10
2754/6 2754/25
2761/25 2768/24
2794/4 2812/18 2813/3
2813/4 2813/6 2813/13
2813/16 2813/17
2813/19 2813/23
2814/3 2816/23 2823/3
2824/20
Baidu [2] 2720/17
2720/23
bar [2] 2786/13
2786/14
bargaining [1] 2725/17
Barrett [1] 2714/21
barrier [1] 2767/12
barriers [1] 2767/16
base [1] 2740/13
based [9] 2717/25
2720/5 2754/23 2757/9
2761/24 2764/3
2789/17 2797/11
2800/4
basically [6] 2743/8
2759/20 2760/7 2767/5
2768/2 2769/15
basis [1] 2782/19
BD [5] 2781/10 2783/3
2784/2 2793/2 2810/19
be [73] 2716/4 2719/3
2722/12 2722/25
2723/6 2724/1 2727/16
2728/12 2729/6 2729/8
2729/15 2733/9
2736/19 2736/23
2736/25 2738/5
2740/21 2740/23
2744/4 2745/24 2746/9
2748/12 2748/23
2749/1 2749/8 2749/24
2752/21 2754/19
2755/9 2755/13
2755/25 2758/14
2758/18 2759/3
2760/22 2762/20
2762/23 2767/6 2768/4
2769/3 2769/18
2779/12 2779/19
2782/20 2782/24
2787/9 2788/14
2793/14 2794/11
2794/20 2799/15
2799/22 2803/11
2804/21 2806/2 2806/6
2807/17 2814/24
2817/11 2818/7
2818/14 2819/14
2820/16 2821/13
2822/4 2822/20
2823/22 2824/17
2824/20 2825/10

2825/16
became [2] 2735/11
because [40] 2717/14
2721/13 2723/15
2725/18 2731/9
2731/14 2744/4
2746/10 2751/5
2751/21 2754/10
2756/3 2756/17
2765/18 2767/21
2779/8 2782/18 2786/7
2786/20 2789/22
2791/9 2791/22
2799/19 2799/24
2805/20 2806/16
2806/22 2810/25
2811/7 2811/21 2812/2
2812/6 2813/11
2813/20 2815/3 2816/2
2816/11 2821/21
2823/22 2824/3
become [4] 2718/1
2734/14 2762/25
2769/14
been [22] 2717/2
2724/3 2725/4 2733/13
2735/5 2735/16 2741/2
2751/16 2758/25
2760/20 2761/21
2761/22 2766/23
2766/25 2779/18
2784/25 2789/25
2793/13 2795/9
2798/23 2799/7
2825/19
before [13] 2712/9
2735/1 2735/2 2744/5
2754/20 2754/21
2770/2 2779/23 2788/8
2801/16 2820/10
2822/16 2824/21
begin [1] 2762/6
beginning [1] 2809/3
begins [2] 2741/8
2799/20
behalf [3] 2716/11
2787/12 2812/25
behavior [5] 2747/10
2747/11 2747/14
2747/19 2747/20
being [17] 2730/10
2735/8 2744/25
2751/19 2752/9 2757/8
2757/9 2757/11
2760/25 2763/18
2769/4 2782/15
2787/15 2791/22
2793/18 2799/21
2801/19
belief [4] 2717/12
2719/23 2748/22
2751/6
believe [24] 2722/4
2726/25 2727/12
2727/23 2728/3
2733/21 2736/8
2736/15 2740/14

2825/16
2759/23 2763/22
2767/10 2785/1
2787/18 2793/14
2794/21 2799/25
2812/16 2812/25
2821/4 2821/5 2822/13
believed [2] 2798/4
2813/10
believes [1] 2750/8
BELKNAP [1] 2713/17
below [1] 2796/3
BENCH [1] 2712/9
benefit [1] 2767/8
benefits [1] 2765/18
Beres [1] 2815/12
BERT [13] 2735/24
2736/2 2736/4 2738/9
2764/20 2768/6 2768/7
2768/9 2768/14
2768/15 2768/17
2768/18 2768/19
BERT's [1] 2736/4
best [11] 2721/19
2721/22 2733/25
2733/22 2740/10
2748/15 2759/7
2763/21 2764/25
2765/10 2792/9
better [15] 2718/24
2723/14 2724/19
2725/19 2741/11
2745/7 2755/8 2759/24
2763/1 2763/6 2763/15
2764/12 2785/21
2814/20 2814/22
bettering [1] 2796/3
between [2] 2743/9
2823/4
beyond [2] 2750/2
2812/16
Bid [1] 2748/3
Bid-it [1] 2748/3
big [6] 2731/3 2755/13
2756/16 2756/17
2766/10 2809/19
bigger [3] 2717/15
2717/16 2754/1
binary [1] 2758/18
binder [8] 2733/25
2736/16 2740/15
2752/15 2756/16
2757/13 2780/5 2787/9
Bing [30] 2718/24
2722/19 2722/24
2723/8 2724/15
2725/20 2725/20
2726/11 2731/3 2731/7
2734/10 2734/15
2734/23 2735/15
2735/17 2736/12
2741/10 2741/16
2742/6 2742/9 2742/20
2744/25 2745/23
2746/15 2747/15
2766/15 2766/17
2767/2
2767/15

**Bing's [2]** 2724/19 2750/6

**Bing.com [1]** 2741/11

**bit [7]** 2717/15 2719/22 2743/5 2753/19 2764/8 2785/21 2824/20

**blanket [1]** 2746/10

**blog [13]** 2734/7 2734/13 2734/20 2735/3 2735/19 2736/10 2736/17 2737/4 2739/3 2740/16 2741/3 2742/3 2742/8

**both [3]** 2718/23 2764/19 2805/13

**bottom [7]** 2737/14 2752/20 2759/9 2785/6 2788/24 2789/9 2799/14

**bottommost [1]** 2810/9

**box [8]** 2786/25 2787/18 2787/20 2793/12 2793/17 2811/14 2815/15 2820/4

**Branch [38]** 2789/9 2789/12 2789/13 2791/2 2791/7 2792/3 2792/13 2795/21 2796/3 2797/20 2797/22 2798/2 2801/3 2801/7 2802/9 2803/2 2803/5 2803/9 2806/2 2807/2 2807/5 2808/15 2808/25 2809/2 2809/8 2810/20 2811/1 2811/8 2812/8 2812/13 2813/18 2813/19 2814/21 2820/11 2820/17 2820/22

**Branch's [4]** 2797/11 2797/16 2802/16 2816/8

**breach [1]** 2806/11

**break [6]** 2761/25 2762/10 2770/2 2824/13 2824/19 2824/22

**breakthrough [3]** 2735/12 2735/21 2763/23

**breakthroughs [2]** 2733/20 2742/7

**briefly [2]** 2743/7 2796/20

**Broadway [1]** 2713/13

**brought [1]** 2810/19

**browser [5]** 2741/10 2745/15 2745/15 2745/21 2746/19

**browsing [1]** 2747/16

**Bruce [1]** 2713/10

**build [4]** 2764/3 2764/9 2764/13 2765/1

**building [1]** 2810/20

**built [4]** 2763/22
2768/19

**bullet [4]** 2742/19 2753/11 2758/7 2798/15

**bullets [1]** 2742/5

**business [11]** 2727/4 2727/5 2727/9 2727/9 2730/11 2753/3 2781/7 2781/17 2781/24 2792/18 2806/23

**businesses [1]** 2719/12

**businesspeople [4]** 2727/4 2727/6 2731/15 2731/18

**C**

**CA [3]** 2713/8 2805/1 2805/4

**cache [2]** 2744/25 2745/2

**caches [1]** 2744/25

**call [2]** 2737/15 2779/22

**called [3]** 2735/11 2735/22 2784/15

**came [2]** 2743/15 2754/25

**can [71]** 2716/19 2717/16 2717/18 2717/20 2722/18 2723/17 2723/17 2723/19 2724/16 2725/11 2725/13 2727/22 2729/15 2730/23 2731/17 2731/19 2734/2 2734/23 2743/4 2748/14 2749/2 2750/14 2752/25 2754/23 2760/10 2761/5 2762/1 2762/7 2762/8 2762/20 2762/23 2762/25 2763/5 2763/16 2763/25 2764/7 2766/5 2766/12 2768/3 2768/24 2769/17 2770/3 2779/5 2779/11 2779/12 2779/14 2779/14 2787/1 2787/18 2788/16 2792/3 2793/14 2794/3 2798/12 2799/19 2800/5 2800/12 2800/16 2800/24 2808/3 2809/3 2809/5 2814/7 2816/20 2818/8 2822/5 2822/13 2823/7 2824/14 2826/1 2826/4

**can't [6]** 2751/16 2751/21 2754/12 2758/25 2779/6 2819/17

**Canada [3]** 2805/2 2805/25 2806/10

**cannot [1]** 2730/22
**capable [1]** 2746/15

**capture [2]** 2746/12

**captures [2]** 2746/5 2747/6

**capturing [2]** 2747/10 2747/23

**car [1]** 2764/14

**care [1]** 2787/18

**careful [2]** 2746/9

**Carol [1]** 2793/1

**CarolLin [1]** 2808/20

**Carr [1]** 2713/12

**carrier [6]** 2790/3 2790/5 2791/18 2791/18 2804/14 2805/25

**carriers [12]** 2781/14 2795/1 2805/5 2805/5 2805/17 2806/2 2806/8 2809/4 2812/18 2813/7 2813/23 2814/8

**carriers' [1]** 2813/18

**carrying [1]** 2727/9

**case [6]** 2720/10 2734/6 2747/20 2750/25 2794/24 2794/25

**category [2]** 2741/23 2741/24

**Cavanaugh [6]** 2713/16 2716/10 2716/20 2717/19 2717/22 2769/22

**caveat [1]** 2788/3

**celebrities [1]** 2719/15

**Center [1]** 2713/13

**Centre [1]** 2714/15

**CEO [2]** 2741/21 2741/25

**certain [8]** 2717/8 2744/16 2745/19 2746/7 2763/16 2764/10 2789/15 2823/25

**certainly [8]** 2735/15 2738/4 2741/17 2744/18 2748/23 2749/2 2750/23 2762/25

**Certified [1]** 2714/20

**certify [1]** 2827/2

**cetera [2]** 2740/8 2803/16

**CH [1]** 2714/21

**chain [8]** 2788/8 2788/11 2788/14 2788/23 2792/2 2792/22 2807/22 2809/25

**chairman [1]** 2741/21

**challenge [3]** 2798/21 2820/5 2824/12

**challenging [2]** 2798/11 2798/14

**chance [1]** 2723/17

**change [5]** 2741/23 2753/11 2763/23 2782/19 2819/18
**changed [1]** 2769/17 2784/9

**changes [3]** 2728/15 2728/16 2765/17

**changing [1]** 2723/6

**Chapman [2]** 2714/14 2760/16

**characterize [1]** 2800/14

**charge [4]** 2717/16 2717/18 2805/24 2806/5

**Charles [1]** 2714/2

**chat [3]** 2726/11 2735/17 2741/12

**ChatGPT [3]** 2742/11 2742/12 2742/13

**check [1]** 2806/10

**checking [1]** 2822/17

**Chinese [1]** 2720/23

**chip [1]** 2725/17

**choice [1]** 2731/2

**choose [1]** 2794/21

**chose [1]** 2795/23

**Chris [11]** 2790/17 2790/20 2790/22 2790/23 2791/10 2792/2 2801/2 2801/6 2804/25 2819/14 2820/21

**Cira [1]** 2714/15

**cited [1]** 2768/13

**civil [2]** 2716/7 2730/17

**clarified [2]** 2809/6 2812/4

**clarify [4]** 2750/14 2753/18 2819/3 2820/23

**clarifying [2]** 2783/5 2784/7

**clarity [2]** 2823/20 2824/5

**clear [5]** 2747/22 2751/25 2752/2 2789/22 2825/16

**clearly [3]** 2718/24 2719/4 2749/1

**click [6]** 2721/8 2721/15 2721/18 2722/3 2746/20 2762/24

**clicked [1]** 2747/7

**clicking [2]** 2721/21 2747/15

**clicks [2]** 2722/12 2746/6

**client [1]** 2808/2

**close [6]** 2717/20 2761/17 2762/2 2786/16 2825/3 2825/11

**closed [21]** 2724/1 2725/6 2748/7 2748/23 2749/2 2749/24 2756/3 2759/4 2760/24 2762/1 2762/9 2762/9 2770/3 2770/9 2779/3 2779/5
**T-Mobile [1] [sic]** 2818/5 2818/8 2825/4 2825/23 2826/1

**Cloud [2]** 2729/16 2730/23

**CO [1]** 2713/14

**coag.gov [1]** 2713/15

**coincides [1]** 2731/9

**colleague [1]** 2737/18

**colleagues [1]** 2752/19

**collect [4]** 2745/16 2746/18 2746/19 2746/19

**collection [4]** 2726/7 2730/5 2745/16 2746/4

**collectively [2]** 2769/4 2769/9

**collectivize [1]** 2769/1

**Colorado [3]** 2713/10 2713/11 2713/13

**COLUMBIA [1]** 2712/1

**combined [1]** 2739/13

**come [4]** 2716/17 2752/22 2761/25 2800/17

**comer [1]** 2720/7

**comes [2]** 2743/10 2767/21

**comfortable [1]** 2748/23

**coming [7]** 2721/3 2736/5 2744/17 2744/18 2744/20 2744/24 2793/13

**comment [5]** 2728/19 2729/12 2794/1 2817/11 2822/5

**commented [2]** 2728/11 2817/24

**commenting [5]** 2729/20 2805/14 2821/20 2822/1 2822/3

**comments [8]** 2730/21 2730/21 2730/24 2731/24 2732/7 2800/3 2818/18 2818/21

**communicated [1]** 2804/14

**communicating [1]** 2806/24

**companies [4]** 2720/20 2733/19 2764/22 2767/4

**company [5]** 2740/4 2743/22 2743/23 2789/14 2823/21

**company's [1]** 2743/21

**comparable [1]** 2719/19

**compare [1]** 2820/1

**comparing [1]** 2803/7

**comparison [2]** 2753/24 2754/1

**compelling [5]** 2814/25 2816/2 2816/7 2816/12 2816/13

**compete [4]** 2718/14 2718/20 2720/6 2814/20

**C**

**competition [8]** 2718/2 2718/25 2719/7 2719/18 2721/7 2721/24 2763/21 2817/20

**competitive [1]** 2765/1

**competitors [1]** 2719/19

**complete [4]** 2741/11 2756/24 2757/1 2770/4

**completely [1]** 2784/3

**component [1]** 2766/8

**components [1]** 2744/15

**computer [1]** 2714/24

**computer-aided [1]** 2714/24

**computers [1]** 2766/6

**concept [1]** 2722/2

**concern [4]** 2757/22 2760/18 2787/19 2804/2

**concerns [2]** 2794/2 2808/15

**concluded [2]** 2804/1 2816/16

**concludes [1]** 2762/9

**conditions [1]** 2725/19

**conduct [6]** 2757/10 2795/24 2796/24 2797/5 2802/10 2815/7

**conducted [2]** 2804/8 2817/12

**conducting [4]** 2782/10 2811/24 2812/7 2816/15

**confidential [5]** 2748/6 2749/1 2760/20 2761/6 2761/18

**confidentiality [3]** 2793/17 2821/12 2822/18

**confirm [4]** 2782/20 2805/5 2806/9 2808/4

**confirmed [5]** 2724/18 2724/20 2724/21 2797/22 2804/21

**conflict [1]** 2808/5

**conflicting [1]** 2803/11

**conflicts [1]** 2802/11

**connected [2]** 2803/23 2804/4

**connecting [1]** 2803/20

**connection [1]** 2824/1

**connectivity [3]** 2803/16 2803/19 2804/10

**CONNOLLY [1]** 2714/3

**consider [1]** 2725/16

**consideration [1]** 2757/12

**considering [3]** 2796/1 2796/11 2799/21

**consistent [3]** 2791/8 2811/8 2811/8

**consistently [1]**

**consolidated [1]** 2729/15

**constituted [1]** 2811/5

**Constitution [1]** 2714/21

**constrained [1]** 2748/6

**Consumer [1]** 2713/11

**contacts [2]** 2811/19 2815/17

**contain [1]** 2796/25

**contemplated [1]** 2769/5

**content [3]** 2741/13 2789/15 2815/19

**contents [1]** 2748/10

**contest [1]** 2735/12

**context [3]** 2743/9 2758/14 2791/3

**continue [1]** 2716/14

**continued [5]** 2714/1 2717/5 2739/17 2739/22 2739/25

**continues [1]** 2734/20

**continuing [2]** 2736/9 2765/19

**contract [4]** 2790/9 2801/5 2801/6 2819/14

**contracting [1]** 2784/5

**contracts [1]** 2802/24

**contribute [1]** 2745/5

**contributed [1]** 2817/17

**contributions [1]** 2744/12

**control [4]** 2743/21 2751/17 2751/21 2758/25

**controlled [1]** 2744/23

**conversation [4]** 2724/18 2814/8 2820/20 2824/14

**conversations [1]** 2816/1

**convince [2]** 2722/24 2723/2

**copied [1]** 2794/21

**copilot [1]** 2741/13

**copy [4]** 2726/15 2726/17 2746/16 2747/3

**copying [1]** 2746/14

**copyright [1]** 2738/7

**core [3]** 2734/21 2737/11 2742/20

**corner [2]** 2728/10 2729/3

**cornering [1]** 2717/15

**Corporation [1]** 2714/10

**correct [88]** 2726/11 2726/12 2728/21 2728/24 2731/13 2731/14 2731/16 2732/22 2733/9 2733/14 2733/17 2733/18 2733/23 2733/24 2734/17

**consolidated** — 2738/12 2738/18 2738/23 2739/15 2739/20 2740/6 2740/11 2740/13 2740/14 2742/16 2742/23 2743/2 2743/3 2743/12 2743/16 2743/24 2743/25 2745/18 2746/6 2746/15 2747/8 2747/25 2748/1 2748/2 2749/12 2750/11 2751/8 2751/13 2751/18 2752/6 2752/10 2754/7 2754/13 2756/9 2756/14 2756/15 2756/18 2756/21 2756/25 2758/12 2781/3 2782/3 2782/14 2783/15 2783/25 2786/1 2787/6 2788/25 2789/6 2789/7 2790/14 2791/16 2791/20 2791/24 2792/7 2802/2 2802/23 2803/1 2803/21 2803/25 2805/3 2806/20 2807/11 2807/24 2810/13 2813/19 2813/24 2815/24 2817/14 2827/3

**corrected [1]** 2730/3

**correcting [1]** 2759/22

**could [34]** 2720/14 2723/8 2724/6 2728/18 2729/19 2730/20 2732/14 2732/17 2734/4 2737/20 2739/10 2748/11 2750/8 2750/9 2750/18 2751/1 2752/15 2760/6 2780/11 2780/14 2789/25 2791/11 2796/20 2796/24 2796/25 2800/10 2800/17 2800/18 2800/22 2806/2 2814/9 2814/23 2822/4 2822/20

**counsel [11]** 2725/9 2748/18 2750/18 2752/3 2761/20 2765/5 2809/18 2809/20 2819/15 2821/13 2822/13

**counsel's [1]** 2762/15

**counterintuitive [1]** 2744/1

**counterpart [3]** 2724/16 2791/4 2792/17

**countries [1]** 2718/2

**couple [5]** 2734/13 2735/1 2735/4 2761/22 2811/18

**coupons [2]** 2746/22

**course [8]** 2719/10 2726/24 2730/11 2730/16 2755/12 2788/21 2809/4 2812/5

**court [16]** 2712/1 2714/19 2714/20 2733/5 2750/2 2756/3 2756/4 2761/1 2770/6 2779/5 2779/7 2793/15 2793/18 2793/24 2800/16 2826/9

**court reporter [1]** 2733/5

**Court's [1]** 2800/15

**courtroom [3]** 2717/21 2749/24 2824/25

**covered [3]** 2724/1 2800/3 2811/21

**crawl [1]** 2740/11

**crawled [1]** 2769/18

**crawlers [1]** 2769/14

**crawling [3]** 2769/2 2769/9 2769/17

**create [2]** 2769/3 2814/19

**created [1]** 2727/4

**creating [1]** 2721/1

**cross [3]** 2715/4 2726/2 2826/1

**CROSS-EXAMINATION [1]** 2726/2

**CRR [2]** 2827/2 2827/8

**culmination [1]** 2742/7

**current [3]** 2740/10 2779/3 2802/9

**currently [1]** 2755/17

**Customer [1]** 2760/3

**customers [1]** 2736/13

**customized [2]** 2742/11 2789/17

**cut [2]** 2794/18 2795/8

**CV [1]** 2712/4

**D**

**D.C [6]** 2712/5 2713/3 2714/4 2714/7 2714/12 2714/22

**data [23]** 2729/14 2729/15 2730/14 2731/13 2733/1 2737/25 2738/6 2738/9 2738/12 2738/15 2740/8 2740/13 2745/16 2746/4 2747/14 2762/20 2762/24 2763/12 2763/12 2763/15 2763/22 2765/15 2766/12

**database [1]** 2797/23

**date [3]** 2785/17 2820/12 2827/7

**dated [2]** 2741/4 2786/21

**dates [1]** 2731/9

**David [3]** 2727/18 2728/2 2728/20

**David Schneider [1]** 2728/20

**Davis [1]** 2714/10

**day [5]** 2712/7 2719/21 2735/17 2799/9 2820/15

**days [1]** 2808/14

**deal [8]** 2724/12 2749/18 2750/10 2800/24 2809/19 2817/19 2818/19 2819/15

**deals [2]** 2811/21 2815/6

**debatable [2]** 2736/4 2768/7

**debate [2]** 2731/7 2731/9

**debates [1]** 2755/6

**decade [1]** 2754/20

**decades [2]** 2742/22 2755/6

**DECHERT [1]** 2714/15

**dechert.com [1]** 2714/18

**decide [1]** 2811/7

**decision [4]** 2811/10 2813/12 2819/23 2820/19

**decision-makers [4]** 2811/10 2813/12 2819/23 2820/19

**deck [5]** 2727/14 2727/15 2728/24 2757/18 2760/12

**declaration [2]** 2752/18 2755/18

**deep [30]** 2733/13 2733/16 2734/14 2734/19 2735/5 2735/8 2735/10 2735/10 2735/14 2762/16 2762/19 2762/23 2763/3 2763/9 2763/15 2787/13 2796/3 2796/18 2796/19 2796/20 2796/23 2796/24 2797/6 2797/7 2797/16 2797/24 2812/10 2812/15 2815/16 2816/13

**deeper [1]** 2799/20

**default [5]** 2722/3 2722/9 2722/22 2722/25 2819/17

**defaults [3]** 2722/5 2722/7 2722/8

**Defendant [2]** 2712/7 2714/2

**DEFENDANT'S [3]** 2715/10 2737/1 2740/24

**defending [1]** 2730/24

**defer [1]** 2793/15

**Definitely [1]** 2763/11

**definition [5]** 2802/11 2802/19 2803/11 2806/11 2806/16

**degree [1]** 2763/17
**delay [2]** 2716/13
2744/22
**delightful [1]** 2814/19
**deliver [3]** 2734/23
2736/12 2741/11
**delivers [1]** 2734/10
**delivery [1]** 2797/3
**demonstrative [5]**
2732/16 2784/22
2785/15 2786/16
2786/24
**Denver [1]** 2713/14
**deny [1]** 2782/21
**DEPARTMENT [5]**
2713/2 2713/6 2713/11
2726/23 2732/11
**dependent [1]** 2766/21
**depends [6]** 2738/2
2738/2 2738/8 2745/9
2748/13 2748/22
**depicting [1]** 2786/13
**deprecated [2]**
2815/22 2816/4
**describe [1]** 2756/12
**described [7]** 2734/19
2747/19 2749/16
2752/9 2764/19
2786/25 2798/14
**describes [1]** 2737/24
**describing [2]** 2738/11
2747/19
**description [1]** 2756/6
**designated [2]**
2758/25 2760/20
**designation [1]**
2793/17
**designed [1]** 2779/19
**desktop [8]** 2720/13
2723/13 2723/14
2723/20 2724/18
2745/9 2745/11
2757/10
**details [5]** 2723/24
2724/5 2746/11
2759/18 2817/11
**determination [1]**
2813/20
**determined [1]** 2804/1
**develop [1]** 2814/24
**development [5]**
2732/24 2781/8
2781/17 2781/24
2790/23
**developments [2]**
2733/13 2733/16
**device [20]** 2757/4
2757/6 2757/9 2765/6
2765/9 2765/16
2785/10 2787/5
2791/10 2801/10
2801/23 2801/24
2802/10 2804/6
2811/13 2811/19
2811/24 2815/7
2815/14 2815/19
**devices [13]** 2784/15

2795/15 2801/12
2801/22 2804/15
2804/15 2806/2 2809/8
2811/21 2816/23
2817/4
**Diana [1]** 2713/6
**diana.aguilar [1]**
2713/9
**did [31]** 2720/22
2723/7 2723/21
2724/10 2724/20
2725/1 2727/21 2739/7
2739/13 2742/2
2756/24 2756/25
2757/3 2767/16
2768/22 2782/2 2791/1
2796/7 2796/18
2801/11 2801/16
2803/4 2812/6 2812/22
2813/19 2815/14
2815/18 2816/3 2816/3
2820/9 2820/10
**did you [3]** 2724/10
2801/11 2820/10
**didn't [7]** 2721/23
2756/23 2786/20
2798/2 2812/6 2813/16
2816/16
**different [14]** 2718/23
2722/14 2732/20
2744/12 2747/5 2786/2
2786/7 2786/11
2794/19 2803/22
2804/8 2805/21 2822/4
2824/9
**difficult [3]** 2720/17
2721/16 2722/13
**difficulty [1]** 2722/2
**dimension [2]** 2743/17
2757/5
**diminishing [1]** 2717/9
**Dintzer [2]** 2713/2
2716/9
**direct [4]** 2715/4
2717/5 2747/16 2780/9
**direction [2]** 2733/10
2733/11 2760/1
**directly [3]** 2788/18
2795/1 2796/2
**director [4]** 2783/10
2783/12 2783/13
2783/14
**disagree [1]** 2799/11
**disallowed [1]** 2815/6
**disclosure [1]** 2761/15
**discontinue [1]** 2805/6
**discover [1]** 2769/16
**discovered [1]** 2802/8
**discuss [3]** 2788/4
2820/10 2824/21
**discussed [2]** 2719/12
2731/1 2743/25
2747/11 2763/20
2766/9 2803/7 2820/15
2820/21
**discussing [1]** 2747/12
**discussion [7]** 2730/5

2731/21 2731/24
2820/8
**discussions [3]**
2722/16 2722/18
2722/23
**dislodge [3]** 2720/9
2720/18 2721/5
**displayed [1]** 2793/14
**dissatisfaction [1]**
2760/11
**distributed [1]** 2795/15
**distributes [2]** 2791/15
2791/18
**distributing [1]**
2795/21
**distribution [6]**
2730/18 2732/24
2744/21 2751/2 2751/7
2751/10
**DISTRICT [3]** 2712/1
2712/1 2712/10
**divided [1]** 2717/18
**division [1]** 2737/11
**do [146]**
**do you [17]** 2726/6
2726/9 2726/17 2727/1
2728/1 2728/5 2729/6
2732/12 2735/7 2743/6
2749/18 2762/17
2762/21 2765/6
2765/23 2766/1
2780/24
**do you have [3]**
2726/18 2758/5 2785/8
**Do you know [1]**
2737/8
**do you recognize [2]**
2786/4 2786/17
**do you see [39]** 2729/4
2729/17 2729/23
2730/6 2735/25
2737/23 2741/5
2753/17 2757/20
2758/10 2760/4
2760/15 2785/1 2785/3
2785/6 2785/14 2789/9
2790/18 2792/4
2792/10 2793/8
2795/15 2796/5
2796/16 2797/25
2802/13 2804/18
2805/9 2808/6 2808/10
2810/10 2810/21
2812/11 2814/11
2815/3 2815/20 2819/8
2819/19 2822/10
**document [34]** 2726/8
2726/10 2726/12
2726/22 2727/4 2727/7
2730/10 2730/12
2730/15 2737/13
2739/20 2749/4
2752/17 2752/23
2754/11 2755/17
2757/21 2759/3 2761/4
2761/7 2761/15 2787/8
2787/16 2788/14

2821/10 2822/3 2822/5
2823/5 2823/23
2825/10 2825/25
2826/1
**document's [1]**
2758/25
**documented [1]**
2722/4
**documents [8]**
2728/16 2730/17
2748/5 2748/11
2748/21 2749/6
2760/19 2760/20
**does [22]** 2722/2
2725/20 2728/11
2732/21 2743/23
2746/16 2746/18
2746/18 2746/19
2747/3 2763/9 2763/23
2765/9 2766/11 2792/2
2793/7 2797/20
2799/15 2802/10
2814/6 2823/3 2823/20
**doesn't [13]** 2717/12
2725/13 2725/15
2729/14 2749/7
2752/21 2758/15
2768/21 2797/22
2800/5 2800/7 2814/4
2826/3
**doing [14]** 2721/25
2740/7 2756/3 2794/23
2798/16 2803/2 2803/5
2806/8 2806/10
2806/14 2809/7
2809/14 2812/2
2814/22
**DOJ [3]** 2713/2 2716/9
2779/22
**dominance [1]**
2729/22
**dominant [3]** 2721/4
2767/18 2767/25
**don't [48]** 2716/17
2721/23 2722/7
2723/15 2724/2
2727/20 2728/12
2728/15 2731/18
2736/19 2738/8
2744/10 2745/24
2749/13 2749/16
2750/21 2752/11
2752/11 2752/13
2758/21 2761/20
2762/2 2764/12
2765/20 2767/18
2769/23 2779/10
2789/24 2800/9
2800/11 2800/14
2802/24 2817/9 2819/2
2820/5 2820/6 2822/4
2822/20 2823/9
2823/15 2823/18
2824/2 2824/3 2824/4
2824/7 2824/13
2824/18 2825/25
**done [5]** 2719/8 2769/3

2821/9 2785/23
2804/14
**door [1]** 2717/20
**double [1]** 2787/13
**doubt [1]** 2730/1
**down [15]** 2730/21
2736/9 2738/20 2741/7
2742/19 2743/4
2785/12 2785/12
2786/10 2797/19
2814/9 2814/15
2818/25 2820/3 2825/4
**downloaded [1]**
2785/24
**drafting [3]** 2741/17
2819/13 2819/15
**dramatically [2]**
2740/1 2756/12
**draw [1]** 2749/7
**draws [1]** 2797/23
**Dreyfus [5]** 2810/12
2810/15 2810/23
2810/24 2811/10
**Dreyfus's [1]** 2815/13
**driven [2]** 2743/22
2744/7
**drives [1]** 2764/14
**driving [2]** 2764/8
2764/13
**DS2 [1]** 2729/4
**DS3 [1]** 2728/19
**DSAT [1]** 2760/6
2760/7 2760/11
**DSATs [2]** 2760/3
2760/5
**due [1]** 2815/17
**during [4]** 2762/15
2762/15 2820/15
2824/22
**duty [6]** 2799/7
2799/12 2799/13
2800/5 2800/7 2800/9
**DX2017 [1]** 2727/25
**DX270 [1]** 2728/8
**DX275 [1]** 2734/5
**DX301 [3]** 2740/15
2740/21 2741/3
**DX533 [1]** 2757/13
**DX538 [2]** 2755/15
2755/19
**DX688 [1]** 2752/15
**DX725 [1]** 2736/16
2736/23
**dynamic [1]** 2766/8

**E**

**each [1]** 2767/19
**earlier [4]** 2749/16
2800/14 2815/2
2820/15
**early [1]** 2723/1
**easier [1]** 2765/12
2794/10 2825/22
**easy [4]** 2722/7 2747/4
2764/9 2764/13
**economic [2]** 2765/18
2765/21
**economists [1]**

2834

**economists...** [1]
2825/17

**ecosystem** [3] 2767/9
2783/21 2783/24

**Edge** [5] 2741/10
2745/14 2745/21
2746/2 2746/24

**edgy** [3] 2825/10
2825/12 2825/18

**edit** [1] 2729/7

**edits** [2] 2728/23
2730/2

**Edward** [2] 2780/15
2780/19

**effect** [2] 2763/10
2767/21

**effects** [2] 2763/16
2763/19

**effort** [5] 2734/19
2746/15 2766/23
2767/1 2767/15

**efforts** [4] 2718/14
2718/20 2751/19
2817/15

**either** [2] 2784/8
2794/6

**Ela** [2] 2815/12 2816/1

**elicit** [1] 2748/9

**elicited** [1] 2749/1

**eliciting** [1] 2749/3

**eloquently** [1] 2798/14

**else** [4] 2754/12
2764/20 2795/3 2819/4

**else's** [1] 2720/20

**email** [31] 2713/4
2713/9 2713/15
2713/20 2714/5 2714/8
2714/13 2714/17
2753/7 2753/8 2753/10
2787/24 2788/8
2788/11 2788/23
2788/23 2792/22
2792/25 2794/19
2802/3 2807/21
2807/25 2808/17
2809/3 2809/24
2809/25 2810/9
2810/12 2821/7
2821/22 2821/24

**embedded** [9] 2752/21
2753/3 2787/13
2787/13 2793/19
2798/17 2798/18
2799/9 2808/8

**empirically** [5] 2720/7
2722/7 2764/16
2764/24 2764/24

**employees** [1] 2793/4

**empty** [1] 2764/15

**enabled** [1] 2792/10

**end** [2] 2788/13
2819/18

**ending** [1] 2787/14

**ends** [2] 2753/15
2758/3

**engine** [22] 2718/1
2720/1 2720/24 2723/3

2742/21 2746/23
2755/13 2760/13
2764/3 2764/5 2764/6
2764/6 2764/9 2765/2
2766/10 2767/4 2767/7
2767/22 2768/3 2798/3

**engine's** [1] 2757/9

**engineer** [2] 2727/12
2730/2

**engineering** [6]
2743/22 2744/8
2744/14 2744/17
2759/24 2766/19

**engineers** [5] 2727/8
2730/16 2768/14
2768/15 2792/19

**engines** [8] 2720/6
2721/11 2766/24
2767/3 2767/10 2768/3
2769/1 2769/16

**enormous** [1] 2733/13

**enough** [1] 2744/15

**Ensen** [1] 2727/11

**entered** [2] 2799/21
2799/22

**entire** [1] 2806/5

**entitled** [1] 2760/2

**entry** [2] 2767/13
2767/17

**equation** [1] 2767/21

**error** [1] 2754/15

**errors** [1] 2755/4

**essentially** [5] 2718/8
2721/25 2724/17
2735/18 2767/7

**establish** [1] 2806/21

**established** [1] 2799/8

**establishing** [1]
2799/4

**et** [3] 2712/3 2740/8
2803/16

**et cetera** [2] 2740/8
2803/16

**EU** [1] 2730/11

**Europe** [3] 2730/6
2730/25 2731/2

**even** [20] 2718/25
2720/17 2721/15
2721/16 2722/6
2730/21 2742/13
2742/17 2746/22
2751/5 2763/19
2763/20 2764/10
2764/25 2764/25
2765/13 2766/14
2766/24 2767/4
2811/20

**eventually** [2] 2724/25
2818/3

**every** [4] 2741/23
2747/13 2755/12
2767/20

**everybody** [3] 2769/11
2802/5 2826/7

**everyone** [6] 2716/4
2716/5 2716/12
2738/16 2744/16

**everything** [2] 2754/11
2758/18

**everywhere** [4]
2747/18 2764/20
2811/20 2815/3

**evidence** [10] 2718/16
2734/5 2737/1 2740/24
2756/1 2757/14 2788/6
2807/18 2810/6
2818/15

**evidentiary** [1] 2800/24

**ex** [2] 2718/9 2768/15

**ex-Soviet** [1] 2718/9

**exact** [2] 2744/3
2823/16

**exactly** [8] 2730/25
2731/9 2751/21 2759/1
2760/9 2760/10
2782/18 2801/14

**examination** [8]
2717/5 2725/24 2726/2
2760/22 2762/13
2770/4 2780/9 2825/4

**examine** [1] 2826/2

**example** [10] 2718/18
2720/10 2738/8 2739/5
2745/21 2746/22
2753/25 2766/15
2767/1 2803/13

**examples** [2] 2719/3
2744/1

**except** [1] 2730/23

**excited** [2] 2742/9
2825/15

**exclude** [1] 2798/24

**excuse** [3] 2753/8
2754/21 2756/3

**execution** [1] 2782/10

**executive** [3] 2758/4
2758/7 2759/9

**executives** [2] 2727/8
2782/5

**exhibit** [11] 2727/3
2734/5 2737/1 2740/24
2755/15 2756/1 2788/6
2807/18 2810/6
2818/15 2821/1

**exhibits** [3] 2715/8
2715/14 2726/7

**existed** [1] 2735/10

**existing** [1] 2725/20

**expanding** [1] 2735/14

**expect** [2] 2743/13
2743/15

**expected** [1] 2782/13

**experience** [21]
2717/25 2720/5
2734/11 2741/12
2742/6 2743/13
2743/15 2776/5 2796/3
2811/9 2812/9 2812/14
2814/10 2814/18
2814/19 2814/21
2814/22 2814/24
2815/7 2815/15 2816/2

**experiment** [7]
2816/14 2816/15

2816/25 2817/7
2817/12

**experiments** [2]
2817/5 2817/8

**experts** [1] 2782/15

**explain** [2] 2717/14
2796/20

**explaining** [2] 2768/25
2799/17

**exponentially** [1]
2755/3

**exposed** [1] 2817/6

**extensive** [1] 2727/16

**extensively** [1]
2748/21

**extent** [5] 2749/20
2749/22 2751/15
2759/1 2825/7

**extract** [1] 2725/18

**extremely** [3] 2743/13
2743/15 2765/2

**F**

**face** [2] 2718/7 2719/7

**faces** [2] 2718/5
2719/17

**facets** [1] 2744/13

**fact** [10] 2722/4
2744/24 2754/18
2765/13 2800/11
2803/13 2805/15
2815/5 2821/15
2822/25

**factor** [6] 2745/1
2757/11 2765/12
2765/13 2765/14
2765/19

**factors** [1] 2754/6

**facts** [1] 2805/15

**fair** [4] 2743/19 2757/7
2808/18 2821/14

**fairly** [5] 2724/12
2727/16 2759/18
2759/18 2766/4

**familiar** [6] 2718/1
2718/3 2721/7 2781/7
2784/11 2784/14

**familiarized** [1]
2801/19

**famous** [1] 2768/12

**far** [4] 2763/21 2765/1
2785/19 2805/15

**farther** [2] 2792/1
2797/19

**fashion** [2] 2749/5
2757/24

**fast** [4] 2732/5 2743/13
2743/15 2755/13

**faster** [2] 2742/13
2745/3

**feature** [5] 2784/14
2795/9 2798/23
2816/21 2816/22

**features** [3] 2734/16
2746/24 2801/8

**February** [3] 2741/4
2742/15 2763/19

**feedback** [2] 2732/22
2753/1

**few** [6] 2718/9 2739/16
2748/2 2786/18
2792/25 2808/14

**fewer** [2] 2732/25
2732/25

**field** [3] 2733/13
2767/19 2768/1

**figuring** [2] 2814/19
2817/18

**files** [1] 2726/8

**finalize** [1] 2820/23

**find** [2] 2786/15
2797/12

**finder** [25] 2784/15
2784/17 2784/18
2786/5 2786/9 2786/10
2786/14 2786/15
2786/18 2787/1 2787/4
2792/10 2795/10
2798/23 2801/12
2801/21 2801/22
2801/25 2802/9
2802/15 2810/20
2811/12 2812/9
2812/14 2820/24

**Finder's** [1] 2823/14

**fine** [3] 2752/22 2762/8
2826/3

**finish** [1] 2750/19

**finishing** [1] 2716/13

**firmer** [1] 2751/9

**first** [17] 2720/7
2734/12 2735/20
2741/7 2742/8 2750/10
2779/19 2785/6
2788/14 2793/12
2794/10 2801/18
2805/1 2805/4 2808/11
2821/7 2821/15

**first-comer** [1] 2720/7

**fit** [1] 2743/18

**five** [1] 2745/1

**Floor** [1] 2713/14

**flywheel** [1] 2732/11

**focus** [5] 2718/19
2719/9 2783/7 2785/5
2814/18

**focused** [5] 2719/5
2732/4 2784/2 2814/17
2817/19

**folks** [2] 2739/8
2739/12

**folks'** [1] 2779/10

**follow** [3] 2747/18
2816/20 2820/14

**follow-up** [2] 2816/20
2820/14

**following** [2] 2729/11
2804/16

**follows** [2] 2717/4
2737/20

**font** [1] 2794/19

**fonts** [1] 2799/24

**football** [1] 2719/15

**forecast** [1] 2760/14

**foregoing** [1] 2827/3

**F**

forget [1] 2795/19
form [5] 2757/11
2765/12 2765/13
2765/14 2765/19
formulate [2] 2733/7
2758/16
forth [2] 2819/23
2823/3
forward [2] 2737/13
2826/5
found [1] 2786/9
foundation [3] 2754/22
2794/6 2794/9
four [1] 2742/7
fraction [7] 2752/10
2752/12 2753/16
2753/22 2753/23
2754/3 2754/4
Francisco [1] 2713/8
frank [1] 2794/20
fresher [1] 2755/8
front [5] 2721/24
2726/13 2741/2 2758/5
2788/18
full [3] 2717/17
2735/20 2751/18
fully [2] 2738/1 2765/1
functionality [5]
2795/14 2805/8 2812/5
2823/14 2823/25
functioning [1] 2765/1
fundamentally [1]
2741/22
further [10] 2717/3
2725/21 2729/2 2751/2
2769/20 2786/23
2800/18 2807/13
2815/25 2820/3
future [1] 2809/19

**G**

G's [1] 2753/16
gain [2] 2722/9 2751/8
Galaxy [1] 2803/15
gallery [1] 2811/20
game [1] 2723/6
gaps [2] 2811/22
2815/3
Gate [1] 2713/7
gathered [1] 2810/25
gave [1] 2751/2
general [6] 2718/1
2718/6 2721/11
2755/12 2763/14
2823/9
generally [2] 2782/23
2796/19
generate [1] 2741/12
generation [1] 2742/10
generic [1] 2811/14
gentleman [3] 2727/18
2728/19 2737/8
get [23] 2717/15
2723/19 2726/15
2729/14 2733/25
2745/2 2746/20
2746/21 2747/13

2767/22 2767/25
2786/10 2787/17
2787/20 2788/4
2790/18 2800/9
2806/18 2807/9
2815/11 2817/6
gets [1] 2751/9
getting [5] 2720/11
2721/2 2722/2 2723/23
2725/3
Getty [1] 2738/5
Giannandrea [1]
2725/6
give [8] 2723/17
2739/5 2745/12
2749/18 2813/9 2814/3
2817/9 2817/9
given [3] 2760/24
2779/5 2782/13
gives [1] 2805/6
giving [1] 2751/18
glass [1] 2811/14
globally [2] 2804/16
2806/10
go [48] 2720/14 2724/4
2728/8 2728/18 2729/2
2729/11 2729/19
2736/9 2737/13 2741/7
2742/3 2742/19
2747/23 2748/7 2749/2
2750/16 2752/3 2761/5
2762/7 2767/19
2768/24 2770/1 2779/5
2779/15 2785/13
2787/8 2787/9 2788/13
2790/14 2792/1
2794/10 2794/25
2799/19 2807/14
2807/25 2809/23
2810/9 2815/11
2817/19 2818/5 2819/5
2820/1 2821/15
2821/25 2822/7 2824/4
2824/7 2824/13
go ahead [2] 2750/16
2770/1
go-to [1] 2817/19
goal [7] 2747/18
2759/10 2759/14
2759/15 2759/16
2782/9 2782/11
goals [1] 2759/25
goes [6] 2729/13
2729/16 2737/16
2781/10 2808/19
2812/16
going [39] 2724/2
2724/4 2730/17 2732/5
2735/23 2736/19
2749/20 2749/22
2751/14 2751/21
2753/2 2755/6 2759/1
2759/6 2759/10
2765/21 2765/22
2779/4 2787/8 2787/9
2787/9 2787/17 2794/5
2794/8 2807/2 2807/4

2814/14 2818/7 2818/8
2818/12 2819/10
2821/8 2821/15
2822/13 2824/19
2825/14 2826/4
**Golden** [1] 2713/7
**gone** [1] 2816/9
**good** [10] 2716/4
2716/6 2716/12 2717/7
2726/4 2726/5 2738/17
2754/11 2764/5
2814/21
**Good morning** [5]
2716/4 2716/12 2717/7
2726/4 2726/5
**GOOGLE** [86] 2712/6
2714/2 2716/8 2716/11
2718/5 2718/12
2718/16 2718/19
2718/23 2718/24
2719/1 2719/5 2719/17
2719/18 2719/21
2719/23 2720/11
2720/18 2721/3
2722/25 2723/14
2725/19 2729/14
2730/23 2730/24
2731/1 2736/2 2736/5
2736/6 2745/7 2746/5
2746/18 2746/22
2747/7 2747/15
2747/24 2749/12
2749/13 2749/14
2750/5 2752/7 2753/25
2766/16 2767/10
2768/7 2768/16
2768/18 2768/19
2768/19 2768/20
2779/17 2780/13
2780/25 2781/1 2782/5
2784/1 2786/22
2787/12 2793/4 2793/5
2798/3 2798/5 2798/11
2799/15 2800/3 2804/9
2804/11 2806/24
2807/4 2811/2 2811/6
2811/22 2811/24
2812/1 2812/2 2812/6
2814/7 2814/9 2815/8
2816/21 2817/5
2819/17 2819/17
2821/4 2821/10
2821/19
**Google LLC** [1] 2716/8
**Google's** [23] 2718/14
2719/19 2720/6
2724/19 2725/24
2729/16 2746/14
2746/16 2747/3
2752/10 2753/22
2753/23 2754/1 2754/4
2790/3 2799/16
2802/24 2816/5 2816/6
2816/7 2816/10
2816/12 2816/14
**Google.com** [4]
2745/22 2745/23

2761/4 2799/3 2799/13
2800/9 2800/16
2803/16 2805/1 2812/9
2820/4
**hasn't** [1] 2740/12
**have** [102] 2716/19
2717/17 2718/1
2718/14 2718/19
2719/18 2719/19
2719/21 2720/7
2720/17 2722/15
2722/7 2723/7
2723/15 2723/21
2724/12 2726/12
2726/15 2726/18
2726/19 2730/16
2730/17 2732/22
2733/13 2733/16
2736/21 2739/10
2740/16 2741/2 2744/2
2744/19 2745/15
2748/5 2752/9 2752/11
2755/8 2755/9 2758/5
2760/20 2761/4 2761/6
2761/7 2761/22 2762/2
2763/10 2763/21
2764/21 2764/22
2765/11 2765/11
2765/18 2765/20
2766/6 2766/18
2767/20 2769/4
2769/18 2769/23
2770/4 2779/23
2783/13 2784/4 2784/8
2784/21 2785/8 2786/7
2789/25 2792/9
2792/20 2792/22
2793/11 2793/12
2794/1 2794/11
2796/13 2797/4 2797/7
2797/10 2797/22
2800/3 2800/5 2800/7
2800/12 2800/18
2805/5 2805/21
2811/20 2812/18
2813/3 2813/15
2813/15 2813/23
2815/2 2815/4 2815/14
2819/6 2820/25
2822/14 2823/22
2824/14 2825/11
2826/2
**haven't** [4] 2763/18
2764/21 2813/20
2816/9
**having** [4] 2717/2
2730/9 2759/21
2765/14
**he** [23] 2725/13
2727/21 2728/3
2728/23 2730/22
2730/24 2737/10
2737/11 2737/21
2738/20 2741/22
2750/2 2750/14
2750/15 2754/23
2754/24 2790/10
2790/10 2791/11

**Got** [1] 2732/3
**GPUs** [1] 2734/11
**gradually** [1] 2723/19
**graphic** [1] 2729/13
**GRAY** [2] 2714/6
2787/12
**greater** [2] 2738/22
**grew** [1] 2812/13
**ground** [2] 2721/16
2722/23
**group** [1] 2813/12
**grow** [4] 2766/1 2766/4
2766/7 2766/18
**growing** [3] 2723/18
2735/16 2735/17
**grown** [1] 2812/9
**guarantee** [1] 2751/9
**guess** [1] 2799/11
**guide** [1] 2779/18
**Gustav's** [1] 2753/1
**guys** [1] 2739/8

**H**

had [21] 2718/25
2719/1 2720/10
2722/18 2724/14
2724/24 2726/10
2731/15 2733/19
2735/5 2779/4 2790/8
2791/21 2798/23
2804/2 2805/15
2805/19 2806/24
2815/25 2820/15
2825/2
**half** [1] 2783/18
**halfway** [1] 2818/25
**hand** [3] 2729/3
2779/24 2780/4
**handed** [2] 2784/25
2785/3
**Hang** [1] 2822/15
**happen** [3] 2761/1
2820/22 2820/24
**happening** [4] 2760/22
2804/16 2805/16
2805/17
**happy** [1] 2750/20
**hard** [5] 2721/5
2721/15 2765/2
2768/18 2790/18
**harder** [2] 2719/22
2755/2
**hardware** [2] 2743/23
2744/8
**has** [37] 2718/10
2719/5 2719/23 2720/7
2733/22 2734/14
2737/4 2739/17
2739/22 2740/4 2745/1
2747/20 2748/5
2749/11 2749/12
2750/2 2752/7 2753/10
2753/25 2755/17
2757/22 2758/17
2761/21 2761/21
2766/23 2766/25
2793/7 2794/18 2795/9

2799/13

2836

**he... [4]** 2792/2
2792/12 2810/16
2823/7
**he said [2]** 2730/22
2750/15
**he's [5]** 2725/4
2727/23 2751/18
2790/2 2792/12
**head [3]** 2727/11
2733/4 2737/11
**headcount [1]** 2752/6
**heading [3]** 2742/4
2793/8 2822/8
**headline [1]** 2734/10
**hear [1]** 2800/23
**hearsay [18]** 2736/18
2752/17 2752/21
2753/3 2755/18
2787/13 2787/14
2787/18 2787/21
2788/1 2788/4 2793/19
2794/4 2798/4 2798/17
2798/18 2799/6
2799/10
**heated [1]** 2731/7
**help [5]** 2783/2 2783/3
2798/11 2811/4 2811/7
**helped [2]** 2813/1
2817/15
**hence [1]** 2760/11
**Henry [1]** 2780/18
**her [6]** 2796/8 2799/13
2800/3 2800/4 2806/7
2823/9
**here [26]** 2718/7
2725/9 2726/14
2734/20 2753/20
2753/24 2754/1
2758/18 2761/21
2785/18 2785/24
2786/4 2786/13
2786/17 2789/24
2790/18 2791/12
2793/12 2794/1
2794/18 2806/16
2808/18 2809/5 2813/7
2824/12 2825/19
**here's [1]** 2729/12
**HERRINGTON [1]**
2714/11
**hey [1]** 2768/2
**hidden [1]** 2721/25
**high [4]** 2744/25
2758/20 2764/6 2782/8
**higher [3]** 2717/16
2719/21 2719/23
**highlight [1]** 2739/2
**highly [1]** 2768/12
**him [1]** 2748/24
**his [5]** 2728/5 2730/21
2754/24 2754/24
2791/4
**historically [1]**
2720/19
**history [1]** 2730/2
**Hmm [1]** 2733/3
**holding [1]** 2754/6

2785/13 2786/10
2797/1 2797/4 2797/8
**honestly [4]** 2727/20
2728/12 2738/8
2825/11
**honesty [1]** 2825/9
**Honor [84]** 2716/6
2716/16 2723/23
2724/5 2725/3 2725/21
2725/25 2726/16
2726/17 2731/22
2732/1 2732/5 2736/22
2736/23 2738/25
2740/19 2740/21
2748/4 2748/13
2748/20 2750/20
2750/23 2751/14
2751/23 2752/4
2752/16 2752/25
2753/1 2755/24
2757/14 2758/24
2759/7 2760/16 2761/9
2761/14 2762/4 2762/5
2762/11 2763/7 2764/7
2769/9 2769/20
2769/24 2779/21
2780/4 2784/21
2787/10 2787/11
2787/17 2787/19
2788/1 2788/5 2793/11
2793/16 2793/24
2798/10 2798/13
2798/22 2799/3
2799/18 2799/19
2800/8 2800/13
2800/25 2807/15
2807/16 2809/17
2810/2 2810/3 2818/6
2818/13 2820/4
2820/25 2821/9
2821/11 2822/19
2822/21 2823/1
2823/19 2824/23
2825/9 2825/20
2825/21 2826/6
**HONORABLE [2]**
2712/9 2716/2
**hopefully [1]** 2749/7
**host [1]** 2737/15
**how [39]** 2721/16
2722/2 2723/1 2723/7
2736/9 2738/17
2748/13 2748/22
2749/13 2751/17
2754/11 2759/1 2761/4
2762/19 2765/10
2786/6 2786/14
2796/19 2797/6 2798/6
2800/5 2801/12
2801/14 2801/21
2803/5 2803/8 2804/1
2804/8 2810/25 2811/2
2814/19 2817/4
2817/11 2820/16
2822/5 2822/20
2823/18 2823/23
2824/15

2793/19
**huge [1]** 2745/1
**huh [5]** 2729/5 2736/1
2737/20 2738/19
2758/11
**Hut [1]** 2796/14

**I**

**I am [4]** 2750/1 2784/6
2821/21 2822/5
**I apologize [2]** 2739/20
2728/17
**I assume [2]** 2727/15
2728/17
**I believe [13]** 2722/4
2727/23 2728/3
2740/14 2759/23
2763/22 2767/10
2785/1 2787/18
2812/25 2821/4 2821/5
2822/13
**I can [7]** 2727/22
2731/17 2748/14
2752/25 2799/19
2800/12 2822/13
**I did [5]** 2742/2
2768/22 2803/4
2812/22 2820/9
**I don't [5]** 2727/20
2731/18 2744/10
2789/24 2824/2
**I don't have [1]**
2769/23
**I don't recall [1]**
2752/11
**I guess [1]** 2799/11
**I have [10]** 2722/17
2726/19 2748/5 2761/6
2761/7 2783/12 2784/8
2794/1 2800/12
2823/22
**I just [3]** 2757/21
2801/19 2825/16
**I know [1]** 2749/14
**I mean [15]** 2745/1
2747/12 2748/9
2751/15 2754/23
2757/8 2759/19
2761/20 2768/9
2779/13 2799/23
2800/3 2813/25 2820/5
2823/4
**I pass [1]** 2769/21
**I say [1]** 2809/3
**I think [26]** 2725/4
2726/10 2729/12
2731/10 2731/17
2735/10 2738/13
2738/13 2738/15
2742/17 2744/6
2744/11 2744/14
2752/20 2756/8
2757/23 2760/25
2764/24 2768/5
2783/12 2783/18
2798/13 2799/14
2820/14 2823/16
2824/9

2803/11 2811/1 2811/3
**I understand [5]**
2789/13 2795/4 2799/4
2799/14 2821/23
**I want [4]** 2735/12
2764/17 2780/21
2824/24
**I wanted [1]** 2791/10
**I was [14]** 2731/17
2733/6 2733/6 2783/12
2783/18 2801/18
2805/14 2806/6
2814/17 2814/23
2815/5 2817/18
2820/22 2822/17
**I wasn't [1]** 2732/4
**I will [2]** 2748/15
2749/6
**I work [2]** 2780/13
2780/25
**I wouldn't [1]** 2759/15
**I'd [2]** 2756/4 2808/3
**I'll [11]** 2722/14 2725/8
2733/25 2749/8
2751/23 2759/6 2763/6
2794/10 2799/1
2799/15 2824/24
**I'm [48]** 2717/19
2719/25 2724/4 2724/6
2724/12 2727/6 2730/4
2731/19 2731/20
2731/22 2732/1 2732/5
2733/2 2735/23
2738/25 2746/8 2746/9
2747/19 2748/6
2749/25 2750/18
2750/18 2750/20
2752/1 2753/1 2759/6
2759/10 2763/25
2765/10 2768/24
2780/21 2784/7 2785/9
2786/7 2788/18
2800/15 2803/4
2809/11 2816/9
2816/19 2818/8 2819/3
2821/8 2821/23
2823/16 2823/23
2824/16 2824/16
**I'm going [3]** 2732/5
2759/6 2818/8
**I'm just [3]** 2735/23
2749/25 2816/9
**I'm not [4]** 2752/1
2759/10 2821/8
2821/23
**I'm sorry [16]** 2719/25
2724/6 2727/6 2730/4
2731/19 2731/22
2738/25 2746/8
2750/18 2750/18
2763/25 2768/24
2788/18 2809/11
2823/16 2824/16
**I'm sure [1]** 2724/12
**I'm thinking [1]**
2765/10
**icon [1]** 2786/13

**ideally [1]** 2796/2
**identification [1]**
2728/1
**identified [3]** 2754/8
2793/13 2798/11
**ignorable [1]** 2745/4
**image [1]** 2735/11
**Images [1]** 2738/5
**imagine [1]** 2818/3
**impact [4]** 2733/17
2739/10 2745/1
2753/12
**implementation [6]**
2791/8 2802/9 2811/1
2811/5 2811/8 2820/24
**implementing [1]**
2791/6
**implications [1]**
2722/11
**imploding [1]** 2735/18
**importance [1]**
2722/20
**important [10]** 2719/3
2719/13 2746/24
2747/11 2757/5
2757/12 2767/22
2767/23 2806/16
2811/4
**impossible [3]** 2720/9
2760/21 2760/25
**imprecise [1]** 2760/8
**impression [2]**
2725/15 2725/17
**improper [1]** 2730/19
**improve [6]** 2719/6
2734/21 2739/18
2739/23 2746/15
2765/14
**improved [2]** 2756/17
2756/20
**improvement [4]**
2734/11 2736/12
2738/22 2739/11
**improvements [1]**
2733/23
**improving [1]** 2755/10
**included [1]** 2782/15
**includes [1]** 2783/23
**including [3]** 2736/7
2767/3 2795/15
**incorporate [1]** 2759/2
**incorporated [3]**
2768/23 2802/15
2822/24
**incorporating [1]**
2802/9
**Incorrect [1]** 2747/9
**increase [2]** 2754/9
2756/13
**increased [1]** 2739/25
**increasing [1]** 2755/10
**incredibly [1]** 2760/21
**incumbent [1]** 2720/16
**independent [3]**
2724/20 2766/5
2766/19
**index [27]** 2715/2

**I**

index... [26] 2715/8
2715/14 2754/7 2754/9
2754/11 2754/15
2754/17 2754/18
2755/1 2755/2 2755/4
2755/11 2756/13
2766/1 2766/4 2766/7
2766/10 2766/12
2766/18 2766/24
2767/5 2768/3 2768/4
2769/3 2789/15
2797/23
**indexing [5]** 2765/23
2766/17 2769/1
2769/12 2797/14
**IndexNow [2]** 2767/1
2769/15
**indicate [1]** 2728/11
**indicated [1]** 2748/6
**indicates [2]** 2728/23
2738/20
**indication [2]** 2735/3
2739/3
**industry [5]** 2721/14
2735/14 2754/14
2782/16 2782/25
**infinitely [2]** 2755/13
2755/13
**influence [1]** 2758/20
**info [2]** 2793/8 2794/16
**information [12]**
2725/5 2749/23
2758/22 2761/2
2761/16 2793/13
2796/25 2797/12
2797/14 2798/15
2798/18 2810/25
**informed [4]** 2795/9
2798/16 2798/19
2798/22
**initiative [3]** 2767/11
2767/14 2769/15
**inquiring [1]** 2750/1
**insert [1]** 2729/22
**inside [1]** 2759/18
**installing [1]** 2802/25
**instance [1]** 2747/22
**instead [3]** 2722/25
2786/12 2797/7
**integrate [1]** 2769/11
**integrations [1]**
2769/10
**intelligent [1]** 2734/16
**intend [1]** 2719/9
**intent [2]** 2734/22
2794/9
**interaction [4]** 2737/15
2740/12 2749/17
2763/12
**intermediary [1]**
2729/23
**international [2]**
2717/24 2718/5
**Internet [7]** 2797/21
2797/22 2798/3
2803/20 2803/24
2804/4 2824/1

**interpretation [1]**
2731/12
**interrupt [2]** 2717/19
2816/19
**interview [1]** 2737/5
**introduced [1]** 2731/2
**invade [1]** 2720/20
**invented [4]** 2768/7
2768/10 2768/18
2768/22
**invention [3]** 2736/2
2768/11 2768/18
**invest [9]** 2723/7
2723/18 2732/24
2749/18 2750/9 2751/1
2751/5 2751/11 2766/6
**invested [5]** 2719/4
2720/12 2740/5
2749/11 2749/13
**investigate [1]** 2813/11
**investigated [3]**
2801/12 2801/14
2801/21
**investigation [1]**
2724/21
**investigative [2]**
2809/9 2809/13
**investing [1]** 2719/1
**investment [1]** 2751/6
**invests [1]** 2718/17
**invitation [1]** 2788/24
**invite [3]** 2789/20
2790/13 2801/4
**invited [1]** 2800/16
**IO [2]** 2802/10 2810/20
**ironically [1]** 2721/1
**is [312]**
**is that correct [3]**
2728/24 2733/14
2810/13
**is that fair [1]** 2743/19
**is that right [3]**
2805/12 2817/13
2818/19
**is there [3]** 2748/9
2823/2 2825/2
**isn't [2]** 2729/25
2730/9
**issue [13]** 2721/17
2788/4 2791/2 2794/4
2801/3 2801/20
2806/23 2806/23
2807/2 2807/5 2808/25
2811/11 2823/2
**issued [2]** 2744/5
2745/23
**issues [4]** 2728/6
2743/9 2800/24 2809/2
**issuing [1]** 2747/4
**it [269]**
**it would be [4]**
2722/25 2723/6 2733/9
2748/12
**it's [75]** 2717/14
2719/9 2719/22
2720/16 2721/4
2721/13 2721/14
2727/15 2728/13

**interpretation [1]** 2731/6
2735/16 2737/6
2737/19 2740/14
2741/4 2742/17 2744/4
2744/11 2745/1 2745/4
2745/25 2746/9 2748/2
2751/5 2752/6 2752/18
2753/18 2753/19
2755/3 2756/8 2756/10
2759/16 2759/17
2759/23 2760/25
2764/13 2764/24
2766/24 2767/5
2767/12 2768/18
2779/12 2779/18
2781/13 2781/13
2782/8 2784/7 2784/17
2785/2 2787/9 2788/15
2789/8 2789/22
2792/23 2793/13
2794/10 2794/19
2798/11 2798/14
2803/19 2803/19
2806/13 2809/24
2810/12 2814/21
2817/5 2818/25
2820/12 2820/13
2821/10 2823/16
2824/3 2825/22 2826/4
**item [1]** 2805/22
**its [17]** 2727/9 2729/22
2734/10 2740/7
2740/13 2741/16
2747/14 2754/7 2758/8
2758/16 2797/13
2797/23 2799/16
2799/17 2800/6 2802/9
2814/25
**itself [6]** 2729/22
2744/22 2765/14
2791/15 2799/6
2800/11

**J**

**Japan [5]** 2718/10
2718/11 2718/11
2720/25 2721/1
**job [1]** 2783/6
**jobs [1]** 2784/9
**John [3]** 2714/2
2716/11 2724/16
**John Schmidtlein [1]**
2716/11
**join [1]** 2792/2
**joined [1]** 2781/1
**Jon [4]** 2810/12
2810/15 2811/10
2815/13
**jon.sallet [1]** 2713/15
**Jonathan [1]** 2713/10
**Journal [1]** 2750/5
**Jr [1]** 2713/16
**jschmidtlein [1]**
2714/5
**JUDGE [2]** 2712/10
2756/4
**judging [1]** 2727/10
2730/1

**Judicial [1]** 2713/6
**Julia [2]** 2714/14
2760/16
**julia.chapman [1]**
2714/18
**jump [1]** 2742/21
**June [11]** 2789/1
2789/3 2789/5 2792/1
2802/3 2808/14
2810/10 2820/13
2821/19 2822/2 2822/2
**June 10th [1]** 2810/10
**just [79]** 2720/16
2721/19 2722/13
2725/8 2727/25 2730/2
2731/21 2733/6 2733/6
2735/23 2738/4
2738/14 2739/5
2739/10 2744/19
2744/22 2746/9
2746/18 2746/19
2747/16 2747/21
2747/23 2749/25
2751/25 2752/9
2753/19 2753/20
2757/21 2758/24
2759/17 2761/16
2762/2 2763/20
2763/25 2764/5
2764/13 2764/24
2765/20 2765/22
2766/6 2768/20
2768/25 2770/2
2778/24 2779/8
2779/11 2782/23
2784/17 2785/5
2785/22 2786/16
2791/15 2794/4
2794/10 2796/20
2799/1 2799/2 2799/3
2800/18 2800/19
2801/19 2803/7
2805/14 2806/6
2806/21 2809/6
2809/17 2814/4 2816/9
2816/20 2818/6
2821/13 2823/9 2824/3
2824/8 2824/13
2824/14 2825/16
2825/22
**JUSTICE [4]** 2713/2
2713/6 2726/23
2732/11

**K**

**Kartasheva [12]**
2779/1 2779/22 2780/2
2780/8 2780/13
2780/22 2780/24
2798/13 2799/5 2819/1
2824/18 2824/25
**Kate [1]** 2805/12
**keep [4]** 2724/2
2769/17 2815/18
2822/21
**keeping [1]** 2818/7
**Kenneth [3]** 2713/2
2714/2 2716/9

**kenneth.dintzer2 [1]**
2713/5
**Kesh [5]** 2739/9
2790/1 2791/4 2792/18
2801/2 2801/5 2804/25
2806/17 2806/21
2808/19 2820/20
**Kesh's [1]** 2792/17
**key [3]** 2742/12 2743/1
2782/8
**kind [5]** 2739/9
2744/15 2782/12
2812/2 2813/11
**kitchen [1]** 2780/17
**knew [2]** 2805/16
2819/1
**know [86]** 2719/16
2719/14 2721/13
2721/15 2721/21
2721/22 2721/23
2722/6 2722/23
2723/12 2724/2
2724/17 2727/3
2727/15 2727/18
2728/12 2728/16
2730/18 2730/22
2731/10 2735/8
2735/13 2735/15
2735/17 2736/19
2737/8 2738/4 2738/8
2744/18 2744/21
2745/4 2745/24
2746/10 2746/21
2746/23 2746/25
2746/25 2747/1
2747/16 2747/16
2747/16 2749/13
2749/14 2750/21
2751/20 2752/11
2753/19 2755/7
2755/12 2759/17
2759/17 2760/8 2760/9
2761/20 2761/22
2763/20 2763/23
2764/10 2764/12
2764/14 2764/18
2765/15 2765/17
2765/20 2766/4 2766/9
2766/11 2767/6
2767/12 2767/25
2768/15 2768/16
2768/17 2768/19
2768/21 2779/10
2786/20 2788/21
2792/3 2800/11 2804/6
2821/21 2822/4
2823/15 2823/18
2824/3
**knowledge [1]** 2740/10
**knowledgeable [1]**
2782/24
**known [1]** 2721/14
**knows [1]** 2797/13
**Korea [5]** 2718/8
2718/13 2719/24
2720/1 2720/15

**LAM [2]** 2758/19
2813/1
**lane [1]** 2780/16
**language [19]** 2729/20
2729/21 2730/21
2733/20 2734/20
2735/21 2739/18
2739/23 2742/10
2764/3 2764/11
2764/16 2764/25
2798/11 2805/5
2805/19 2805/21
2815/6 2819/13
**large [15]** 2736/11
2737/21 2738/11
2739/9 2739/11
2739/18 2739/23
2742/10 2744/22
2764/3 2764/11
2764/16 2766/14
2766/14 2769/14
**larger [5]** 2718/21
2739/12 2753/25
2755/2 2766/7
**largest [7]** 2720/23
2734/10 2736/12
2741/23 2742/21
2745/23 2745/25
**last [15]** 2725/10
2734/13 2735/4 2738/4
2739/20 2761/6
2761/10 2761/11
2799/11 2807/25
2809/11 2815/17
2821/4 2822/12
2823/13
**lasted [1]** 2783/6
**latency [11]** 2743/6
2743/7 2743/8 2743/17
2743/19 2743/22
2744/4 2744/7 2744/14
2745/1 2745/7
**Latin [2]** 2720/21
2720/22
**launch [2]** 2816/14
2822/16
**launches [1]** 2815/18
**launching [1]** 2741/9
**LAW [1]** 2713/11
**lawyer [5]** 2728/21
2729/12 2729/25
2730/3 2732/11
**lay [3]** 2794/6 2794/8
2794/9
**layers [2]** 2758/17
2758/19
**lead [9]** 2732/23
2732/24 2732/25
2733/1 2760/11
2763/23 2765/21
2810/16 2817/15
**leadership [1]** 2782/9
**leads [1]** 2783/20
**leaking [1]** 2731/11
**learning [14]** 2733/14
2733/16 2734/14
2734/19 2735/5 2735/8

2735/14 2762/16
2762/19 2762/23
2763/3 2763/9
**learnings [1]** 2742/12
**least [11]** 2719/8
2719/20 2724/3
2724/13 2724/17
2725/16 2727/10
2727/19 2731/5
2731/18 2750/4
**led [3]** 2733/23
2742/21 2766/9
**Lee [3]** 2790/23
2805/12 2819/14
**left [3]** 2728/10 2729/3
2761/7
**left-hand [1]** 2729/3
**less [6]** 2732/23
2732/23 2733/1
2749/11 2769/18
2817/6
**let [12]** 2717/14
2726/15 2733/25
2738/10 2738/25
2751/25 2752/19
2778/24 2779/17
2788/14 2815/15
2823/15
**let's [26]** 2717/24
2724/2 2725/24 2728/8
2729/2 2736/16 2739/5
2749/4 2752/2 2761/24
2761/24 2762/6 2767/5
2770/1 2779/8 2797/2
2800/23 2807/14
2808/19 2808/20
2809/23 2810/9 2818/5
2819/6 2822/7 2825/24
**letting [1]** 2787/20
**level [3]** 2767/19
2768/1 2782/9
**Leverages [1]** 2729/22
**Li [10]** 2790/20
2790/22 2791/10
2801/2 2801/6 2801/17
2801/17 2804/25
2819/14 2820/21
**like [64]** 2717/15
2718/13 2718/17
2719/14 2721/12
2721/17 2722/3
2722/23 2730/15
2738/4 2739/5 2739/10
2739/12 2744/12
2746/10 2748/2 2750/5
2751/5 2753/20 2755/3
2763/14 2763/18
2764/8 2764/13 2766/5
2767/7 2780/15
2780/15 2780/15
2780/15 2780/16
2780/16 2780/16
2780/16 2780/17
2780/17 2780/17
2780/17 2780/17
2780/18 2780/18
2780/18 2780/19

2786/14 2786/18
2789/3 2789/23
2794/18 2798/3 2801/6
2802/25 2803/9 2804/8
2808/3 2811/1 2811/14
2813/11 2816/3
2816/16 2817/10
2825/14 2826/4
**likely [1]** 2744/4
**likes [1]** 2779/11
**limit [1]** 2823/14
**limited [2]** 2825/4
2825/8
**limits [1]** 2823/25
**Lin [1]** 2793/1
**line [6]** 2721/2 2799/14
2821/21 2822/5
2825/18 2826/2
**lines [1]** 2779/10
**link [6]** 2796/18
2796/21 2796/23
2796/24 2797/7 2808/8
**linking [3]** 2797/6
2812/10 2812/15
**links [8]** 2747/7
2747/23 2796/13
2796/19 2797/16
2797/24 2815/16
2816/13
**listed [1]** 2759/10
**literally [1]** 2768/15
**little [9]** 2717/15
2719/22 2743/5
2753/19 2764/8
2767/24 2785/21
2785/22 2824/20
**LLC [2]** 2712/6 2716/8
**LLP [2]** 2713/17 2714/3
2714/6 2714/11
2714/15
**load [1]** 2769/14
**local [9]** 2719/10
2719/11 2719/12
2719/14 2719/14
2719/15 2757/2
2757/18 2804/5
**location [8]** 2758/9
2758/16 2758/21
2758/22 2759/21
2759/22 2759/25
2765/15
**log [1]** 2729/14
**Lollipop [2]** 2785/18
2786/21
**long [2]** 2787/14
2826/4
**longer [1]** 2784/8
**look [15]** 2728/9
2730/17 2730/22
2734/12 2739/9
2748/25 2767/7
2779/12 2788/16
2789/9 2798/5 2799/1
2799/14 2804/8
2804/11
**looked [10]** 2730/9
2786/18 2801/12

2803/9 2804/7 2811/1
2811/3 2819/24
**looking [9]** 2721/18
2727/25 2730/13
2785/9 2786/7 2786/12
2804/6 2819/4 2824/9
**looks [12]** 2730/14
2730/15 2785/9
2785/20 2786/2 2786/6
2786/11 2786/13
2789/3 2794/18 2801/6
2811/14
**loop [5]** 2732/22
2733/8 2733/8 2733/8
2786/16
**looped [1]** 2806/1
**lost [1]** 2749/14
**lot [7]** 2720/13 2722/20
2764/14 2764/15
2767/14 2767/22
2791/17
**lots [1]** 2744/14
**low [1]** 2816/2
**lower [1]** 2747/2
**lunch [5]** 2824/13
2824/19 2824/22
2825/25 2826/7

---

**M**

**ma'am [13]** 2780/11
2780/20 2784/25
2788/8 2788/18
2794/15 2807/21
2810/10 2818/18
2819/5 2819/8 2821/7
2821/18
**machines [1]** 2744/3
**Mackey [2]** 2801/5
2820/21
**MADA [3]** 2781/20
2781/23 2782/4
**MADAs [1]** 2781/17
**made [6]** 2728/23
2736/6 2751/19
2791/22 2813/20
2818/18
**magnifying [1]**
2811/14
**main [2]** 2759/21
2759/24
**maintain [1]** 2822/18
**maintained [1]**
2736/19
**major [2]** 2767/3
2767/10
**majority [1]** 2720/10
**Majumdar [1]** 2737/5
**make [20]** 2721/15
2722/6 2722/23
2724/25 2730/18
2747/21 2751/25
2752/2 2758/18
2759/20 2759/24
2780/21 2791/10
2792/19 2795/13
2799/2 2806/23
2808/20 2820/2

**makers [4]** 2811/10
2813/12 2819/23
2820/19
**makes [5]** 2722/13
2751/10 2765/12
2791/14 2791/17
**making [5]** 2719/14
2725/20 2744/19
2744/21 2819/11
**manage [1]** 2749/3
**manager [5]** 2727/12
2781/4 2781/16 2790/2
2790/23
**manufacturers [1]**
2781/15
**many [2]** 2817/4
**maps [2]** 2719/12
2719/12
**March [1]** 2781/1
**Margaret [3]** 2813/1
2813/1 2813/10
**Marie [2]** 2804/25
2820/21
**Mark [2]** 2714/6
2787/11
**mark.popofsky [1]**
2714/9
**marked [3]** 2727/25
2734/5 2741/3
**market [14]** 2717/15
2717/16 2717/17
2718/10 2719/3 2720/9
2720/11 2721/4
2763/23 2763/24
2763/24 2766/8
2804/15 2817/19
**market share [1]**
2763/24
**marketing [1]** 2731/6
**marketplace [1]**
2766/20
**markets [10]** 2717/24
2718/5 2718/8 2718/13
2718/17 2718/23
2718/25 2719/2 2719/6
2719/17
**Marshmallow [2]**
2785/18 2786/21
**Mary [1]** 2801/5
**match [1]** 2820/2
**material [1]** 2794/11
**materials [4]** 2734/1
2761/18 2781/23
2781/25
**Matt [1]** 2793/1
**matter [13]** 2722/9
2733/8 2752/22
2754/11 2760/24
2766/11 2787/15
2789/8 2793/22
2795/24 2798/5
2798/24 2827/4
**matters [1]** 2761/5
**MattSchwartz [1]**
2808/19
**may [8]** 2726/16
2753/7 2758/18 2780/4

may... [4] 2784/22
2792/20 2796/13
2821/1
maybe [12] 2718/9
2720/12 2720/13
2731/20 2744/18
2745/2 2745/12 2768/5
2783/13 2786/18
2812/25 2821/4
McCallister [8]
2805/11 2805/22
2805/24 2806/1
2807/22 2808/1
2808/18 2808/24
me [25] 2717/14
2725/13 2726/15
2730/13 2731/13
2733/25 2738/10
2738/25 2751/25
2752/19 2753/8
2754/21 2756/4
2778/24 2787/20
2788/14 2791/5 2795/2
2800/9 2803/9 2805/13
2813/1 2822/21
2823/15 2824/5
mean [34] 2721/12
2727/6 2731/12
2738/24 2744/12
2745/1 2747/12 2748/9
2751/15 2754/23
2757/6 2757/8 2758/15
2759/19 2761/20
2767/16 2768/9
2768/21 2769/2
2779/13 2791/14
2794/5 2799/23 2800/3
2800/14 2802/19
2812/24 2813/16
2813/25 2816/12
2816/21 2820/5 2823/4
2825/13
meaning [4] 2719/10
2736/11 2758/23
2807/8
means [4] 2793/2
2803/19 2804/20
2815/22
meant [6] 2790/20
2807/1 2807/4 2813/16
2814/2 2814/7
meantime [1] 2792/8
measure [2] 2719/22
2760/10
measurements [3]
2718/23 2719/8
2719/20
measuring [1] 2743/2
mechanical [1]
2714/23
meeting [16] 2723/21
2724/10 2724/13
2724/14 2725/2
2731/15 2731/17
2789/5 2789/20
2790/14 2791/11
2801/18 2802/4

2820/19
MEHTA [2] 2712/9
2716/3
members [1] 2806/7
mentioned [4] 2722/8
2769/13 2785/18
2814/17
mentioning [1] 2740/2
mentions [2] 2758/15
2823/21
merely [1] 2805/14
Merit [1] 2714/19
messages [1] 2804/7
messenger [1] 2721/1
met [7] 2801/2 2801/4
2801/4 2801/16 2802/4
2804/24 2813/12
metric [1] 2756/18
metrics [1] 2743/1
Microsoft [66] 2714/10
2717/25 2722/15
2723/7 2727/5 2727/8
2727/19 2727/23
2728/2 2728/6 2728/13
2728/20 2730/12
2731/15 2733/12
2733/19 2733/22
2735/5 2736/7 2736/17
2738/10 2739/14
2739/17 2739/22
2740/4 2740/16 2741/3
2741/15 2741/21
2742/16 2743/2
2745/14 2745/16
2746/2 2746/5 2746/12
2746/14 2746/16
2746/18 2747/3 2747/6
2747/13 2747/22
2748/5 2749/11
2749/14 2749/17
2750/8 2750/25 2751/4
2751/8 2751/9 2751/10
2751/12 2752/7
2752/18 2754/5 2754/6
2754/20 2754/24
2756/15 2756/23
2757/22 2758/13
2760/17 2768/15
Microsoft's [14]
2723/24 2726/8
2729/12 2734/8
2740/12 2741/25
2745/7 2745/15 2746/4
2747/10 2754/18
2756/18 2759/14
2759/16
middle [1] 2739/2
might [10] 2728/12
2752/11 2759/2 2797/13
2803/11 2820/16
2823/22 2825/9
2825/11 2825/17
MIKHAIL [1] 2717/2
mind [2] 2731/10
2799/16
mindful [2] 2749/8
2821/13

minutes [1] 2811/22
minute [1] 2810/3
mischaracterizes [1]
2750/12
mischaracterizing [1]
2750/15
misheard [1] 2768/5
misinterpreting [1]
2823/22
misleading [1] 2721/13
miss [1] 2755/8
missed [1] 2744/6
missing [2] 2731/20
2819/24
mitigate [1] 2763/16
Mittal [11] 2791/5
2792/16 2792/23
2792/25 2794/15
2795/4 2796/7 2799/5
2799/25 2800/1 2800/2
Mittal's [1] 2799/7
moat [2] 2767/12
2767/16
mobile [25] 2722/22
2723/5 2723/8 2723/15
2723/18 2723/19
2723/19 2724/21
2745/10 2745/13
2749/18 2750/9 2751/1
2751/3 2751/5 2751/7
2751/11 2751/11
2757/10 2792/9 2793/3
2793/3 2793/5 2795/11
2808/25
mode [1] 2751/11
model [13] 2735/22
2736/5 2738/2 2738/10
2738/11 2738/15
2738/18 2740/11
2742/10 2742/20
2763/3 2763/10 2764/4
models [15] 2734/21
2736/11 2737/22
2737/24 2738/5
2738/21 2739/18
2739/23 2762/16
2762/20 2762/23
2763/15 2764/11
2765/1 2765/1
modern [2] 2785/20
2786/2
moment [1] 2800/19
money [2] 2725/20
2749/14
month [1] 2782/13
months [1] 2739/10
more [43] 2717/18
2718/6 2718/17
2719/17 2722/13
2723/18 2723/24
2725/6 2725/20 2731/5
2732/6 2735/8 2735/9
2741/11 2742/10
2742/13 2742/13
2744/2 2744/4 2746/11
2748/23 2749/14
2749/18 2749/21
2749/23 2750/6 2750/9

minute [1] 2810/3
2751/9 2759/3 2761/4
2762/3 2762/8 2762/25
2763/3 2763/10
2765/14 2766/6
2766/24 2782/23
2796/4
morning [10] 2712/7
2716/4 2716/6 2716/12
2717/7 2726/4 2726/5
2821/4 2821/5 2823/5
most [9] 2721/1
2721/22 2734/23
2763/13 2767/22
2767/23 2768/12
2779/14 2815/18
move [4] 2748/11
2762/2 2821/9 2826/5
moving [2] 2748/23
2792/22
Mr [1] 2759/1
Mr. [42] 2716/15
2716/17 2716/19
2716/20 2717/7
2717/19 2717/22
2724/10 2725/6 2726/4
2726/21 2730/9
2732/21 2734/4 2737/4
2741/2 2743/5 2744/6
2748/22 2749/11
2750/25 2751/17
2753/7 2756/4 2762/15
2764/1 2765/5 2769/22
2770/3 2789/20 2790/8
2791/4 2791/4 2792/2
2792/8 2795/4 2796/7
2801/17 2801/17
2801/17 2810/23
2810/24
Mr. Cavanaugh [4]
2716/20 2717/19
2717/22 2769/22
Mr. Dreyfus [2]
2810/23 2810/24
Mr. Giannandrea [1]
2725/6
Mr. Kesh [1] 2791/4
Mr. Li [2] 2801/17
2801/17
Mr. Mittal [2] 2795/4
2796/7
Mr. Parakhin [23]
2716/15 2716/17
2716/19 2717/7
2724/10 2726/4
2726/21 2730/9
2732/21 2734/4 2737/4
2741/2 2743/5 2744/6
2748/22 2749/11
2750/25 2751/17
2753/7 2756/4 2762/15
2764/1 2765/5
Mr. Patel [6] 2789/20
2790/8 2791/4 2792/2
2792/8 2801/17
Mr. Smurzynski [1]
2770/3
Ms [4] 2779/1 2799/5

Ms. [18] 2779/22
2780/2 2780/24
2792/23 2792/25
2794/15 2798/13
2799/5 2799/7 2799/25
2800/2 2805/22 2806/1
2808/1 2808/18
2808/24 2824/18
2824/25
Ms. Ana [1] 2779/22
Ms. Kartasheva [6]
2780/2 2780/24
2798/13 2799/5
2824/18 2824/25
Ms. McCallister [5]
2805/22 2806/1 2808/1
2808/18 2808/24
Ms. Mittal [5] 2792/23
2792/25 2794/15
2799/25 2800/2
Ms. Mittal's [1] 2799/7
much [21] 2718/17
2718/21 2719/4
2723/24 2737/15
2742/25 2745/2 2745/3
2746/16 2747/12
2749/13 2751/17
2761/4 2761/21
2762/25 2765/12
2766/21 2792/3
2814/22 2814/22
2824/15
multiple [8] 2722/11
2723/11 2727/16
2758/17 2760/17
2802/11 2812/10
2816/22
must [1] 2819/17
my [33] 2717/12
2719/3 2724/16
2724/17 2725/15
2725/17 2731/4 2731/5
2731/12 2732/21
2735/7 2740/10 2744/6
2748/15 2749/25
2750/8 2752/19 2759/7
2761/6 2783/6 2783/7
2786/16 2786/21
2794/1 2794/24
2800/15 2801/9 2811/3
2813/2 2814/18
2819/22 2819/25
2821/15
myriads [1] 2764/23
myself [3] 2804/25
2812/25 2813/10

N
N-a-v-e-r [2] 2720/2
2720/3
Nadella [1] 2741/21
name [4] 2719/25
2727/18 2727/20
2780/11
named [1] 2728/20
names [2] 2727/10
2789/23

2840

# N

**Nancy [1]** 2780/16
**natural [6]** 2733/20
2734/20 2735/21
2739/23 2744/22
2744/22
**nature [2]** 2719/9
2719/16
**Naver [5]** 2719/23
2720/2 2720/15
2720/25 2767/3
**navigate [2]** 2745/22
**navigated [1]** 2747/21
**navigates [1]** 2746/2
**navigating [2]** 2747/17
2749/8
**nearly [1]** 2720/9
**necessarily [3]**
2731/12 2731/14
2760/18
**necessary [1]** 2769/3
**need [22]** 2726/17
2729/13 2733/2 2733/4
2746/23 2746/23
2748/25 2753/2 2754/9
2754/10 2756/23
2756/25 2757/23
2758/21 2762/3
2764/18 2767/7
2768/13 2769/10
2782/19 2805/7 2820/6
**needed [7]** 2754/19
2798/5 2805/17
2805/19 2806/13
2813/10 2813/13
**needs [3]** 2758/14
2800/21 2820/21
**negative [1]** 2733/11
**negotiate [1]** 2751/20
**negotiated [1]** 2748/20
**negotiating [2]**
2781/17 2817/22
**negotiations [5]**
2723/25 2725/4 2752/2
2781/20 2781/22
**Neither [1]** 2816/8
**net [1]** 2735/11
**Netflix [2]** 2802/25
2803/14
**network [2]** 2744/21
2806/3
**networks [1]** 2739/9
**never [4]** 2720/14
2722/23 2731/14
2760/9
**new [12]** 2713/19
2741/9 2741/12
2741/16 2742/6 2742/9
2742/9 2747/4 2797/5
2802/6 2817/13
2820/25
**next [21]** 2728/18
2732/17 2741/20
2742/9 2745/17
2749/25 2760/2
2760/12 2770/5
2778/24 2785/13
2789/23 2794/17

2804/17 2806/9
2811/12 2814/6
2821/25 2822/7
**night [1]** 2821/4
**NII [2]** 2754/16 2754/17
**no [43]** 2712/4 2717/12
2722/9 2725/19
2730/22 2732/6 2732/6
2733/8 2748/18 2749/6
2751/6 2754/11 2756/9
2757/14 2761/9
2769/20 2769/23
2784/7 2786/23
2787/16 2787/25
2787/25 2793/16
2796/24 2799/7
2799/13 2800/22
2800/25 2805/24
2806/4 2807/7 2807/13
2807/16 2810/4
2814/16 2815/5
2817/17 2818/13
2819/2 2821/11
2821/14 2822/25
2824/18
**Nobody [1]** 2813/6
**nodding [1]** 2733/4
**non [2]** 2714/10 2767/4
**Non-Party [1]** 2714/10
**non-search [1]** 2767/4
**none [2]** 2813/12
2820/18
**not [104]** 2717/12
2717/13 2719/4 2721/2
2724/4 2725/5 2725/9
2727/3 2727/15
2730/11 2730/19
2731/4 2731/8 2731/12
2731/14 2731/17
2738/1 2738/6 2739/25
2743/25 2744/22
2744/23 2745/4 2746/9
2746/16 2747/3 2747/8
2747/23 2750/1 2751/2
2752/1 2753/1 2753/2
2753/4 2753/20 2754/3
2754/11 2754/14
2754/17 2755/4
2756/19 2756/25
2759/10 2760/8
2763/23 2764/22
2765/21 2765/22
2766/10 2766/10
2766/13 2766/16
2767/11 2767/25
2779/8 2779/15
2782/18 2784/6 2786/6
2786/20 2787/15
2789/22 2792/3 2793/4
2794/21 2795/20
2795/23 2797/20
2799/21 2803/4 2803/4
2803/23 2806/22
2806/23 2809/2
2809/18 2809/19
2811/8 2811/24 2812/2
2812/4 2812/7 2813/19

2816/2 2816/3 2816/3
2816/7 2816/12
2816/13 2819/10
2819/22 2820/24
2821/8 2821/21
2821/23 2822/5
2822/25 2823/20
2823/23 2824/21
2825/11 2825/14
**notation [3]** 2728/10
2729/4 2729/6
**note [4]** 2725/8
2758/24 2794/1
2820/18
**noted [1]** 2717/8
**nothing [3]** 2725/21
2765/13 2805/16
**noticed [1]** 2804/12
**notifying [1]** 2806/6
**November [1]** 2734/7
**now [24]** 2719/22
2736/16 2741/11
2744/14 2745/25
2748/7 2751/4 2763/19
2765/5 2766/15 2767/2
2786/7 2786/15 2787/8
2793/18 2798/10
2802/24 2803/22
2812/8 2816/17 2818/6
2822/1 2823/23
2824/20
**number [4]** 2734/15
2742/5 2789/14
2805/22
**numbers [1]** 2779/11
**NW [5]** 2713/3 2714/3
2714/7 2714/12
2714/21
**NY [1]** 2713/19

# O

**oath [1]** 2779/25
**object [4]** 2751/15
2793/21 2798/17
2799/5
**objection [19]** 2723/23
2736/18 2736/22
2740/17 2740/18
2749/7 2750/12
2752/17 2754/22
2755/18 2755/20
2757/15 2787/16
2787/23 2787/25
2807/16 2810/4
2818/13 2821/11
**objections [1]** 2779/18
**objective [1]** 2782/8
**observe [1]** 2763/13
**obtain [1]** 2801/11
**obtained [1]** 2801/7
**obvious [1]** 2730/10
**obviously [5]** 2718/16
2723/10 2725/9
2793/15 2800/2
**OEM [1]** 2817/21
**OEMs [1]** 2796/3
**off [2]** 2744/15 2802/10

2767/8 device [30]/34 2767/14 2768/2
**offer [5]** 2746/22
2787/10 2807/15
2810/2 2818/12
**offered [1]** 2787/15
**offering [1]** 2814/25
**official [2]** 2714/20
2741/3
**Oh [3]** 2732/3 2749/13
2788/18
**okay [77]** 2718/4
2720/3 2729/1 2729/10
2732/3 2739/8 2740/20
2741/19 2742/18
2746/1 2748/8 2748/16
2748/19 2749/9 2750/3
2751/25 2753/5
2757/16 2757/25
2761/3 2761/13
2761/19 2762/3 2763/2
2765/8 2769/19
2769/22 2769/25
2779/9 2779/20
2782/22 2784/10
2784/20 2786/3
2786/23 2786/23
2787/7 2787/22 2789/4
2789/19 2790/7
2790/12 2790/16
2790/25 2791/13
2791/25 2792/12
2792/15 2793/6
2793/20 2794/13
2795/7 2795/18
2795/25 2797/3
2797/18 2798/20
2798/25 2800/20
2807/12 2807/17
2808/12 2808/13
2809/16 2809/22
2809/24 2810/5
2812/23 2815/10
2817/2 2818/4 2818/10
2818/11 2819/7
2820/25 2822/7
2825/24
**OKR [3]** 2782/7
2782/15 2782/20
**OKRs [2]** 2782/18
2782/23
**old [1]** 2755/9
**older [2]** 2785/23
2785/24
**once [8]** 2720/8
2720/16 2721/3 2745/2
2766/9 2767/8 2810/25
2820/23
**one [59]** 2718/10
2719/2 2724/13 2726/7
2736/18 2737/20
2742/8 2743/1 2743/19
2744/1 2745/25
2746/24 2751/16
2751/16 2751/20
2753/11 2754/6 2754/8
2756/16 2761/10
2763/13 2766/15
2766/25 2766/25

2768/12 2769/9
2769/10 2784/11
2786/2 2788/14
2788/23 2793/7 2794/3
2798/22 2798/24
2806/17 2806/21
2806/24 2809/19
2810/3 2810/16
2811/10 2812/1
2815/13 2817/6 2817/8
2818/6 2819/21
2819/25 2820/4 2820/8
2822/7 2823/4 2825/10
2825/22 2825/25
**ones [1]** 2747/8
**online [1]** 2803/19
**only [16]** 2721/8
2727/13 2729/15
2738/21 2739/25
2750/9 2751/18
2756/19 2767/8
2767/10 2769/10
2769/17 2798/21
2804/5 2805/15 2825/4
**onwards [1]** 2735/13
**open [20]** 2736/6
2740/11 2750/2 2756/4
2760/22 2761/1
2761/25 2762/6
2762/15 2763/15
2763/22 2768/19
2770/4 2779/3 2779/19
2793/15 2793/18
2804/15 2818/8 2826/4
**OpenAI [5]** 2740/2
2740/4 2740/7 2740/12
2742/10
**openly [1]** 2762/20
**operates [1]** 2784/1
**operating [5]** 2785/19
2785/20 2785/24
2786/8 2786/18
**operations [4]** 2781/5
2783/14 2784/4 2784/5
**opined [1]** 2755/5
**opinion [5]** 2731/4
2731/5 2764/2 2811/3
2811/5
**opposite [2]** 2730/14
2823/16
**opted [3]** 2745/15
2746/3 2747/22
**optimal [1]** 2755/7
**optimization [5]**
2757/4 2757/6 2765/6
2765/9 2765/21
**optimize [2]** 2747/14
2765/12
**optimizing [1]** 2765/19
**optional [1]** 2745/14
**order [2]** 2746/20
2746/21
**ordinary [2]** 2726/24
2730/11
**organization [3]**
2754/2 2783/6 2784/3
**organized [1]** 2789/22

**O**

owns [1] 2722/18

organizer [1] 2789/23
orient [1] 2750/1
original [1] 2813/12
originally [3] 2812/17 2813/22 2818/7
ORRICK [1] 2714/14
orrick.com [1] 2714/13
other [29] 2718/2 2718/2 2726/8 2733/19 2738/23 2739/12 2746/19 2748/2 2756/19 2756/20 2761/5 2761/8 2767/4 2767/20 2769/11 2787/25 2792/25 2793/14 2794/7 2794/22 2795/1 2796/14 2799/9 2803/15 2805/5 2805/16 2806/2 2806/7 2822/8
others [3] 2718/17 2798/16 2817/9
otherwise [1] 2787/23
ounce [1] 2747/13
our [35] 2719/20 2719/22 2723/3 2723/12 2723/12 2724/19 2727/11 2734/15 2734/21 2734/23 2736/12 2737/11 2742/20 2746/24 2751/5 2756/16 2761/24 2762/6 2763/19 2766/5 2766/25 2770/1 2770/5 2783/3 2783/5 2790/24 2794/8 2795/24 2798/6 2799/20 2802/11 2806/10 2814/20 2814/24 2824/19
out [17] 2729/20 2729/21 2740/8 2741/15 2779/13 2785/17 2799/9 2806/6 2808/20 2808/25 2809/3 2810/20 2810/24 2814/19 2815/5 2817/19 2824/25
outdated [1] 2755/9
outreach [4] 2806/18 2808/3 2809/9 2809/13
outside [2] 2759/22 2800/17
over [8] 2730/17 2732/15 2734/13 2735/4 2747/24 2754/20 2784/9 2822/18
overall [1] 2717/16
overhead [1] 2769/12
own [5] 2784/4 2795/24 2797/13 2797/23 2798/6
ownership [1] 2717/17
owning [1] 2806/17

**P**

p.m [2] 2826/10 2826/10
PA [1] 2714/16
page [43] 2728/18 2730/4 2734/13 2735/19 2735/20 2736/9 2737/14 2737/17 2741/7 2743/11 2745/17 2746/15 2746/17 2747/6 2747/24 2752/20 2756/5 2756/8 2756/10 2758/3 2760/2 2760/12 2760/13 2785/1 2785/6 2785/13 2785/14 2786/10 2786/17 2787/14 2788/15 2797/1 2797/8 2797/9 2797/19 2797/20 2807/25 2808/11 2818/25 2821/7 2821/16 2821/25 2822/7
page 3 [1] 2756/5
page 4 [1] 2756/8
page 456 [1] 2788/15
pages [2] 2734/22 2742/3
paper [3] 2764/18 2764/19 2768/11
papers [1] 2768/13
par [3] 2744/12 2744/13 2745/11
paragraph [10] 2734/12 2735/20 2737/18 2741/8 2741/20 2799/1 2799/3 2799/20 2810/18 2822/12
Parakhin [25] 2716/15 2716/17 2716/19 2717/2 2717/7 2724/10 2726/4 2726/21 2730/9 2732/21 2734/4 2737/4 2741/2 2743/5 2744/6 2748/22 2749/11 2750/25 2751/17 2753/7 2756/4 2759/1 2762/15 2764/1 2765/5
parking [2] 2764/14 2764/15
part [13] 2731/8 2744/20 2744/24 2752/1 2779/19 2782/1 2784/6 2784/8 2788/24 2799/7 2814/6 2817/19 2824/11
participate [3] 2724/10 2731/4 2731/8
participated [2] 2722/16 2741/17
participating [1] 2767/11
particular [9] 2718/20 2719/5 2747/20

**owns** [1] 2722/18

2817/12 2824/6 2826/1 2826/2
particularly [1] 2727/21
parties [4] 2752/1 2752/1 2823/4 2824/24
partner [4] 2790/2 2790/23 2794/22 2808/3
partner/development [1] 2790/23
partner/manager [1] 2790/2
partnered [2] 2740/5 2810/20
partners [3] 2781/14 2784/12 2794/22
partnership [7] 2723/1 2781/13 2784/3 2784/5 2793/5 2812/8 2812/13
partnerships [3] 2744/20 2805/25 2805/25
parts [2] 2739/7 2812/20
party [5] 2714/10 2729/15 2800/5 2800/6 2803/15
pass [1] 2769/21
passages [1] 2809/18
past [2] 2736/13 2785/19
pasted [4] 2794/18 2794/20 2794/21 2795/8
Patel [10] 2789/20 2790/1 2790/8 2791/4 2792/2 2792/8 2801/2 2801/16 2801/17 2820/20
PATTERSON [1] 2713/17
Pause [2] 2778/23 2825/1
pay [2] 2731/8 2769/18
paying [1] 2750/6
pbwt.com [1] 2713/20
pending [1] 2793/17
Pennsylvania [1] 2714/7
people [25] 2721/14 2721/15 2721/16 2721/17 2722/2 2722/4 2722/7 2727/10 2727/13 2727/16 2731/10 2739/6 2746/20 2746/22 2747/1 2762/2 2782/12 2787/1 2793/1 2793/2 2802/6 2804/24 2813/4 2817/9 2817/10
Per [1] 2820/8
percent [11] 2720/14 2721/20 2721/22 2735/18 2738/21 2738/23 2744/17 2744/18 2754/4

percentage [1] 2717/16
percentages [1] 2730/6
performed [1] 2804/5
performs [1] 2746/3
perhaps [2] 2748/11 2759/2
period [2] 2723/22 2724/11
permissions [1] 2766/20
person [3] 2799/13 2803/4 2813/2
personal [1] 2801/9
perspective [5] 2750/4 2755/7 2768/17 2791/11 2814/23
Petitioner [1] 2714/10
Philadelphia [1] 2714/16
phone [7] 2781/14 2797/12 2797/13 2801/9 2803/16 2803/23 2804/4
phones [7] 2791/6 2791/15 2791/17 2791/22 2791/22 2801/7 2801/11
photos [1] 2811/19
phrase [3] 2721/7 2721/10 2753/15
physically [1] 2766/12
picture [3] 2785/5 2785/6 2785/17
pictures [6] 2785/14 2785/23 2786/4 2786/17 2804/6 2808/3
Pinterest [2] 2748/3 2803/14
pitch [1] 2723/12
pivot [1] 2814/7
pizza [6] 2796/14 2797/2 2797/3 2797/5 2797/9 2797/21
place [2] 2779/4 2787/1
placed [1] 2779/25
places [1] 2796/14
Plaintiff [4] 2713/10 2716/10 2717/2 2780/8
PLAINTIFF's [2] 2715/5 2715/16
plaintiffs [5] 2712/4 2713/2 2716/9 2779/21 2779/22
Plaintiffs' [5] 2756/1 2788/6 2807/18 2810/6 2818/15
plan [3] 2723/7 2723/10 2825/2
planned [1] 2802/4
planning [1] 2809/15
Play [1] 2803/15
player [4] 2721/4 2767/18 2767/20 2767/25

playing [2] 2767/19 2768/1
plea [1] 2716/13
please [11] 2716/4 2723/13 2755/16 2755/23 2757/13 2779/23 2780/11 2780/14 2821/25 2824/20 2824/21
ploy [1] 2731/6
PM [1] 2816/6
PMs [2] 2810/16 2815/13
point [10] 2717/8 2728/1 2742/19 2745/24 2748/14 2759/13 2797/1 2798/12 2806/22 2823/18
pointed [2] 2811/22 2815/3
pointing [3] 2779/12 2779/13 2815/5
points [3] 2753/11 2808/4 2822/9
poor [1] 2815/17
Popofsky [2] 2714/6 2787/11
popular [2] 2721/1 2735/11
popularity [1] 2746/20
popularized [1] 2735/23
portion [8] 2718/11 2731/21 2758/20 2759/17 2769/18 2793/25 2799/23 2825/4
portions [1] 2766/3
position [2] 2720/8 2763/24
positive [1] 2733/10
possible [4] 2728/17 2763/21 2764/2 2768/1
possibly [1] 2804/15
post [9] 2734/7 2734/13 2734/20 2735/3 2735/19 2736/10 2736/17 2737/4 2739/3
potential [1] 2723/4
power [1] 2814/9
powered [2] 2741/9 2791/7
powerful [3] 2742/10 2763/1 2763/13
PowerPoint [2] 2728/13 2728/15
powers [1] 2734/15
practically [1] 2747/3
practice [1] 2805/7
pre [1] 2786/21
pre-dated [1] 2786/21
precomputed [1] 2744/5
precursor [1] 2799/15
predominantly [1] 2783/8

**P**

prefer [1] 2724/1
preferences [1] 2746/21
preparation [1] 2781/25
prepared [6] 2726/23 2727/7 2730/11 2730/15 2732/16 2781/23
prerequisites [1] 2799/9
present [2] 2766/16 2766/17
presentation [2] 2726/23 2731/16
presented [1] 2723/10
presiding [1] 2716/3
pressure [1] 2814/3
pressuring [1] 2813/9
pretrained [2] 2737/22 2737/24 2738/11
Prettyman [1] 2714/21
preview [1] 2741/10
previous [1] 2729/9
previously [5] 2717/3 2750/15 2768/25 2800/8 2815/10
prices [1] 2717/17
primarily [3] 2743/22 2744/7 2744/11
printout [1] 2784/25
prior [2] 2800/15 2816/15
priorities [3] 2754/8 2765/17 2766/25
prioritize [1] 2765/22
privilege [1] 2808/2
probability [2] 2721/18 2721/21 2721/25
probably [10] 2724/1 2727/16 2738/14 2741/17 2754/4 2768/23 2783/5 2784/7 2825/11 2825/22
problem [3] 2747/1 2822/14 2822/21
problems [2] 2769/8 2823/4
proceed [1] 2749/4
proceeded [1] 2756/15
proceedings [3] 2712/9 2714/23 2827/4
process [2] 2755/3 2768/22
produce [2] 2782/16 2783/2
produced [1] 2714/24
product [13] 2728/14 2783/8 2783/8 2783/13 2783/14 2783/22 2783/23 2784/2 2784/2 2784/8 2810/17 2814/18 2816/1
program [1] 2727/12
progress [2] 2724/25 2737/16
prohibit [1] 2802/24
prohibited [1] 2736/25

project [5] 2756/6 2756/12 2756/24 2757/1 2766/5
promote [1] 2819/18
promoted [3] 2783/10 2783/12 2783/18
pronounced [1] 2737/6
pronouncing [1] 2780/21
propagate [2] 2758/22
proportionally [1] 2722/13
propose [1] 2787/19
proposed [2] 2767/2 2789/5
proposes [1] 2823/13
propriety [1] 2744/16
protected [1] 2738/7
Protection [1] 2713/11
protocol [1] 2767/2
provide [2] 2754/12 2812/5
provided [3] 2804/13 2807/8 2821/3
provides [1] 2791/18
providing [1] 2823/5
provision [1] 2816/12
public [3] 2738/6 2741/16 2761/23
publications [1] 2750/5
pulled [1] 2816/23
purpose [1] 2794/7
purposes [3] 2727/5 2727/8 2728/1
pursuit [1] 2782/10
push [1] 2813/19
pushed [2] 2755/10 2813/13
pushing [9] 2759/19 2812/18 2813/3 2813/4 2813/6 2813/16 2813/17 2813/23 2814/3
put [9] 2731/19 2732/14 2747/7 2749/6 2752/13 2758/14 2811/25 2819/10 2819/23
puts [1] 2808/1
putting [3] 2741/15 2749/3 2788/17

**Q**

quality [26] 2717/10 2718/23 2719/6 2719/12 2719/19 2719/21 2719/23 2720/6 2722/10 2723/20 2733/17 2733/23 2736/12 2738/22 2739/18 2739/24 2743/2 2743/17 2743/18 2747/2 2747/11 2751/11 2756/20

quarter [1] 2782/20
quarterly [1] 2782/19
queries [5] 2718/7 2718/21 2719/11 2764/11 2787/2
query [7] 2721/17 2743/10 2744/5 2745/23 2747/4 2760/14 2762/24
question [26] 2724/7 2725/10 2725/12 2732/21 2735/7 2737/14 2744/7 2750/8 2750/14 2750/19 2750/21 2751/18 2751/24 2763/5 2763/6 2764/1 2790/4 2790/5 2790/8 2790/10 2791/5 2807/9 2815/1 2821/15 2823/10 2823/21
questioning [2] 2751/19 2762/16
questions [14] 2748/5 2753/2 2760/19 2761/7 2769/20 2769/23 2786/23 2787/2 2792/3 2792/20 2795/1 2807/13 2809/7 2820/16
quickly [2] 2813/9 2814/3
quite [2] 2748/21 2825/11
Quora [1] 2766/15
quote [2] 2741/20 2741/22

**R**

rain [1] 2780/17
raise [1] 2779/24
raised [1] 2757/22
Raj [1] 2727/11
Ralph [1] 2713/12
ran [1] 2803/23
Rangan [4] 2737/5 2737/6 2737/7 2738/11
rank [1] 2758/19
ranking [2] 2742/21 2758/8
rapidly [2] 2735/13 2735/14
rarely [1] 2722/5
rate [1] 2754/4
rather [4] 2769/16 2795/1 2809/9 2809/14
re [3] 2770/4 2808/2 2826/4
re-open [2] 2770/4 2826/4
re-sending [1] 2808/2
reach [3] 2808/20 2808/25 2809/3
reached [1] 2810/24
reaching [2] 2803/3 2806/6
read [11] 2725/11 2725/12 2738/20

quarter 2795/20 2809/18
2820/6 2822/13
2823/15 2826/3
reading [6] 2759/2
2760/19 2822/22
2823/8 2823/19
2823/23
ready [2] 2716/14
2716/20
real [2] 2763/22
2825/14
really [4] 2720/25
2725/16 2785/5
2824/16
Realtime [1] 2714/20
reap [1] 2767/8
reason [3] 2751/20
2754/10 2810/24
reasonably [2] 2722/7
2764/9
reasons [2] 2767/11
2812/1
recall [10] 2726/6
2726/9 2727/1 2727/20
2728/1 2732/12 2740/2
2743/6 2749/19
2752/11
received [10] 2737/1
2740/24 2752/17
2756/1 2788/6 2790/10
2807/18 2810/6 2813/8
2818/15
recently [3] 2735/21
2768/16 2810/19
recess [4] 2770/7
2770/8 2826/9 2826/10
recognize [2] 2786/4
2786/17
recognized [1]
2754/19
recollection [1]
2727/22
recommendation [2]
2819/12 2819/22
recommendations [1]
2819/21
record [7] 2753/3
2760/19 2779/13
2780/14 2823/8 2826/3
2827/3
recorded [1] 2714/23
RECROSS [1] 2715/4
red [2] 2793/12 2820/4
redacted [2] 2808/18
2809/18
redirect [6] 2715/4
2761/24 2762/1 2762/7
2762/13 2769/24
reduce [1] 2755/4
reduces [2] 2767/12
2767/12
reducing [2] 2744/4
2769/11
reference [2] 2730/25
2735/20
referred [4] 2753/2
2754/14 2761/21

referring [4] 2748/10
2753/1 2792/12
2823/10
refers [4] 2730/6
2743/8 2753/11
2760/13
reflect [1] 2823/3
reflected [1] 2820/2
refresh [2] 2727/22
2755/2
regard [1] 2726/22
regarding [3] 2722/19
2724/15 2789/8
regardless [1] 2739/22
Registered [1] 2714/19
regularly [1] 2724/12
Reinventing [1] 2742/4
relate [1] 2791/5
related [2] 2734/22
2749/23
relates [1] 2813/7
relationship [3] 2790/3
2790/24 2805/15
relative [1] 2717/9
relay [1] 2725/5
relayed [1] 2795/2
2795/3
relaying [1] 2790/10
relevance [6] 2740/16
2742/22 2743/1
2756/18 2756/19
2757/19
relevant [5] 2732/23
2734/23 2796/4
2796/14 2797/1
rely [2] 2795/2 2795/23
relying [1] 2752/24
remember [8] 2727/20
2731/18 2762/17
2762/21 2765/6
2765/24 2769/13
2782/18
remind [1] 2809/17
reminder [1] 2819/25
removing [1] 2805/8
renders [1] 2743/10
renewed [1] 2816/17
repeat [1] 2750/19
repeatedly [1] 2761/15
replied [1] 2726/25
report [4] 2799/8
2799/12 2800/7
2800/10
reporter [6] 2714/19
2714/19 2714/20
2714/20 2725/12
2733/5
reporting [4] 2796/8
2796/10 2798/8
2799/13
reports [1] 2736/10
represent [3] 2719/15
2791/11 2793/4
republics [1] 2718/9
request [2] 2760/23
2813/8
require [1] 2767/5

**requirements [1]**
2782/4
**requires [1]** 2823/25
**requiring [1]** 2722/11
**research [1]** 2795/24
**resembled [3]** 2803/10
2804/11 2811/2
**resolution [1]** 2790/18
**resolve [2]** 2753/3
2791/2
**resolved [6]** 2752/19
2792/20 2806/18
2807/1 2807/4 2807/8
**resources [4]** 2743/23
2744/8 2744/19
2769/15
**respect [4]** 2717/10
2752/6 2757/18 2809/8
**respectfully [3]**
2760/23 2761/14
2761/17
**respond [1]** 2759/1
**responding [1]**
2751/17
**response [5]** 2751/22
2757/9 2759/2 2760/14
2815/11
**responsible [3]** 2790/3
2790/24 2817/18
**rest [2]** 2752/23 2799/4
**restate [1]** 2724/6
**restaurant [1]** 2797/10
**restaurants [1]**
2719/11
**restrict [1]** 2823/21
**restructure [2]**
2817/15 2817/18
**result [7]** 2721/19
2743/10 2751/7
2760/13 2782/8 2797/3
2797/9
**results [39]** 2718/12
2721/19 2724/19
2734/23 2738/17
2738/22 2744/5 2745/2
2746/12 2746/15
2746/17 2746/19
2746/20 2747/1 2747/4
2747/5 2747/6 2747/15
2747/24 2755/8 2755/9
2758/17 2758/21
2759/22 2760/7
2765/21 2796/4
2797/15 2797/21
2797/23 2802/1 2803/6
2803/8 2803/8 2803/10
2803/14 2803/22
2804/7 2804/10
**resume [2]** 2770/2
2770/3
**RESUMED [1]** 2717/3
**retrieving [1]** 2803/6
**return [5]** 2733/12
2796/4 2797/21
2797/22 2825/25
**returned [3]** 2722/15
2754/5 2754/21

**retype [1]** 2797/5
**rev [1]** 2811/21
**rev share [1]** 2811/21
**revealed [1]** 2724/3
**revealing [1]** 2761/1
**revenue [8]** 2717/11
2732/24 2750/6 2791/9
2805/20 2806/14
2811/9 2815/6
**revenue-sharing [1]**
2805/20
**reverse [1]** 2763/18
**reviewed [1]** 2817/21
**Richard [1]** 2819/14
**right [101]** 2716/12
2716/14 2725/23
2725/24 2728/13
2728/14 2729/21
2732/2 2732/15 2735/1
2737/12 2739/16
2743/14 2744/14
2745/25 2751/4
2755/21 2759/5 2760/9
2762/6 2766/15 2767/2
2767/19 2768/22
2769/2 2770/1 2779/2
2779/24 2780/2
2780/21 2781/2
2782/17 2782/25
2783/11 2783/24
2784/12 2784/18
2785/11 2785/25
2787/2 2787/23 2788/2
2788/9 2788/11
2788/24 2789/2
2789/21 2790/9
2790/20 2791/15
2791/19 2792/23
2793/3 2793/18
2794/13 2795/5
2795/11 2795/21
2800/4 2801/3 2801/8
2801/13 2801/14
2802/4 2802/16
2802/20 2802/25
2803/3 2805/2 2805/12
2805/23 2806/3
2806/12 2806/19
2807/23 2808/15
2809/25 2811/16
2811/23 2812/14
2812/19 2812/21
2812/21 2814/4
2814/15 2816/18
2817/13 2818/2
2818/19 2820/8
2821/20 2822/3 2823/6
2823/14 2824/1 2824/7
2824/19 2825/2 2825/5
2825/20 2826/7
**rightfully [1]** 2759/23
**rise [3]** 2716/2 2770/6
2826/8
**rising [1]** 2809/17
**rivals [3]** 2718/6
2718/15 2718/21
**RMR [2]** 2827/2 2827/8

**robots.txt [1]** 2766/13
**ROI [2]** 2767/22
2767/24
**Room [1]** 2713/7
**ROPES [2]** 2714/6
2787/11
**ropesgray.com [1]**
2714/9
**roughly [4]** 2744/13
2745/11 2769/6 2769/6
**RSA [13]** 2781/20
2781/23 2782/4
2802/22 2807/6
2807/10 2808/5
2816/17 2817/13
2817/16 2817/22
2818/19 2819/6
**RSAs [1]** 2781/18
**run [3]** 2718/22 2798/2
2816/21
**running [3]** 2742/9
2785/18 2806/22
**runs [1]** 2817/5
**Russia [2]** 2718/13
2719/4
**Russian [2]** 2718/8
2720/11

**S**

**said [19]** 2730/22
2731/24 2739/8
2749/17 2750/2
2750/15 2750/17
2751/16 2768/5 2795/8
2802/5 2804/22
2806/15 2809/11
2811/1 2812/21
2816/11 2816/11
2825/3
**sales [2]** 2723/12
2781/4
**Sallet [1]** 2713/10
**same [13]** 2717/10
2723/20 2729/8
2732/20 2734/13
2744/2 2744/3 2744/3
2745/7 2767/20
2767/23 2786/9
2794/25
**Samsung [64]** 2784/11
2784/14 2784/15
2785/1 2785/10
2785/13 2785/20
2787/5 2790/24 2791/6
2791/6 2791/10
2791/11 2791/14
2791/21 2791/23
2792/6 2792/10
2794/23 2794/25
2795/9 2795/10
2798/15 2798/18
2798/22 2801/7 2801/9
2801/11 2801/12
2801/23 2801/24
2802/8 2802/24
2803/16 2804/14
2805/23 2806/2 2806/9

**2810/19 2810/20**
2811/12 2811/17
2812/1 2812/5 2812/9
2812/13 2812/17
2813/5 2813/6 2813/17
2813/22 2814/8 2815/3
2815/6 2815/7 2816/17
2817/13 2817/16
2818/1 2818/19 2819/6
2821/19
**Samsung's [3]** 2785/1
2795/14 2795/21
**Samuel [1]** 2714/6
**San [1]** 2713/8
**Sarika [6]** 2791/4
2792/16 2792/19
2801/6 2804/25
2806/22
**Satya [1]** 2741/21
**saw [6]** 2739/14
2754/5 2794/20 2811/5
2813/11 2819/24
**say [31]** 2720/12
2732/22 2735/12
2738/1 2739/5 2742/6
2742/20 2745/11
2751/22 2754/3
2757/10 2759/15
2760/6 2764/5 2764/17
2766/13 2768/17
2768/18 2782/1 2797/2
2807/1 2809/3 2812/24
2813/3 2814/4 2815/2
2816/21 2817/4 2819/3
2825/8 2825/12
**saying [9]** 2730/19
2730/22 2759/23
2767/5 2768/2 2795/21
2809/4 2823/16
2823/17
**says [15]** 2758/18
2769/15 2793/8
2794/15 2797/19
2805/4 2808/2 2811/12
2813/7 2813/22 2814/6
2818/25 2819/3 2820/8
2824/5
**scale [17]** 2717/9
2720/17 2722/21
2744/1 2756/13
2756/23 2757/1
2763/16 2763/19
2765/9 2765/11
2765/18 2765/20
2766/2 2766/5 2766/19
2766/21
**scene [1]** 2720/16
**Schmidtlein [2]** 2714/2
2716/11
**Schneider [3]** 2727/19
2728/2 2728/20
**Schwartz [1]** 2793/1
**scientific [2]** 2764/18
2768/11
**scope [1]** 2812/12
**score [1]** 2818/7
**screen [15]** 2726/14

**2731/23 2732/14**
2749/4 2749/7 2752/13
2785/9 2785/10
2788/17 2788/18
2811/13 2811/15
2819/10
**screens [1]** 2808/9
**screenshots [5]**
2726/7 2726/11
2801/22 2802/1 2813/1
**scroll [1]** 2785/12
**Sealed [1]** 2770/9
**search [142]**
**searcher [1]** 2721/2
**searching [2]** 2757/2
2787/4 2812/2
**seat [2]** 2716/19
2779/23
**seated [1]** 2716/5
**second [10]** 2730/4
2735/20 2737/18
2753/8 2753/14
2767/23 2785/14
2786/17 2810/18
2821/16
**secret [1]** 2725/19
**section [3]** 2713/11
2753/10 2760/2
**secured [1]** 2750/10
**securing [1]** 2751/6
**see [73]** 2721/23
2723/13 2724/18
2728/10 2728/19
2729/4 2729/17
2729/23 2730/6
2730/20 2732/3
2735/25 2737/23
2739/9 2741/5 2741/7
2747/5 2753/11
2753/17 2753/18
2756/7 2757/20
2758/10 2759/9
2759/11 2760/4
2760/15 2779/5
2782/19 2785/1 2785/3
2785/6 2785/14
2786/13 2789/9
2789/23 2789/24
2790/18 2792/4
2792/10 2793/8
2795/15 2796/5
2796/16 2797/25
2802/13 2803/14
2804/18 2805/9 2807/5
2807/25 2808/6
2808/10 2808/22
2809/2 2810/10
2810/21 2812/11
2814/11 2815/3
2815/20 2817/10
2818/8 2818/18
2818/23 2819/2 2819/7
2819/8 2819/19
2820/12 2822/10
2822/20 2826/7
**seeing [3]** 2760/25
2761/15 2814/9

**S**

**seeking [2]** 2791/2
2807/9
**seemed [1]** 2803/9
**seems [3]** 2727/16
2760/21 2785/17
**seen [15]** 2718/14
2718/16 2718/19
2718/24 2720/7 2720/9
2720/19 2763/18
2764/16 2764/21
2764/21 2764/21
2764/22 2788/8
2823/23
**sees [2]** 2745/17
2747/7
**segments [1]** 2764/10
**self [2]** 2764/8 2764/13
**self-driving [2]** 2764/8
2764/13
**seminal [2]** 2764/17
2768/12
**send [2]** 2797/4 2797/8
**sending [3]** 2756/10
2797/7 2808/2
**sends [1]** 2792/25
**senior [3]** 2781/4
2781/16 2782/9
**sensitive [2]** 2760/21
2761/1
**sent [7]** 2788/24
2789/1 2789/20 2791/5
2802/3 2804/7 2818/1
**sentence [15]** 2741/18
2753/14 2753/14
2796/1 2798/22
2798/24 2799/2 2805/1
2811/12 2818/24
2820/7 2822/12
2822/19 2823/13
2824/10
**separate [2]** 2766/18
2784/3
**September [2]** 2712/5
2827/7
**serious [1]** 2720/11
**seriously [2]** 2725/1
2725/16
**serve [1]** 2719/11
**servers [1]** 2766/6
**service [5]** 2745/20
2746/11 2811/6
2823/21 2824/6
**session [19]** 2712/7
2724/1 2725/7 2748/7
2748/24 2749/2 2759/4
2760/22 2760/24
2761/25 2762/1 2762/9
2762/9 2770/3 2770/9
2779/16 2818/8 2818/9
2826/1
**set [3]** 2769/10 2808/4
2819/23
**settings [1]** 2811/19
**several [2]** 2720/19
2735/16
**Seznum [1]** 2767/4
**share [14]** 2718/6

2720/10 2722/9 2751/7
2763/24 2769/9 2791/9
2806/15 2811/9
2811/21 2815/6
**sharing [1]** 2805/20
**she [22]** 2779/5
2792/17 2792/25
2793/1 2793/7 2793/7
2794/15 2794/18
2794/20 2795/8
2796/13 2799/12
2799/12 2800/9
2800/10 2806/1 2808/1
2808/1 2808/2 2808/19
2815/13 2815/14
**sheet [11]** 2818/1
2818/19 2820/2
2820/22 2820/23
2821/12 2821/19
2821/19 2822/1 2822/2
2823/13
**sheets [1]** 2817/21
**shelf [1]** 2744/15
**shifted [1]** 2783/7
**ship [1]** 2739/11
**shocked [1]** 2738/17
**short [1]** 2762/1
**should [16]** 2731/3
2731/7 2749/24 2768/4
2805/6 2813/21
2818/23 2819/1 2819/3
2819/7 2819/11
2819/16 2820/16
2820/18 2820/23
2820/24
**shouldn't [2]** 2731/4
2764/5
**show [7]** 2732/17
2733/25 2789/17
2794/11 2797/3 2797/9
2797/14
**showed [3]** 2730/2
2730/24 2731/13
**showing [1]** 2763/20
**shown [3]** 2726/6
2764/25 2786/5
**shows [1]** 2746/5
**side [10]** 2718/22
2718/22 2723/13
2723/13 2723/14
2723/14 2729/21
2732/2 2792/18
2793/14
**sight [1]** 2779/10
**signed [1]** 2817/13
**significant [11]** 2718/6
2718/11 2719/1 2719/7
2719/18 2723/4 2723/8
2751/9 2758/20
2766/16 2769/14
**significantly [2]**
2717/18 2745/13
**similar [5]** 2720/15
2723/1 2806/13 2811/6
2814/7
**simply [2]** 2765/14
2811/24

**someone [3]** 2717/20
2743/9 2745/21
**something [18]**
2721/18 2722/3
2722/12 2731/23
2751/12 2751/15
2752/24 2754/19
2779/12 2794/21
2795/2 2795/3 2800/20
2814/7 2814/22 2817/9
2819/4 2822/23
**sometimes [4]** 2755/8
2755/9 2766/14
2781/10 2782/6
**somewhere [1]**
2721/24
**sorry [30]** 2717/19
2719/25 2724/6 2727/6
2730/4 2731/19
2731/22 2732/1 2732/3
2733/2 2733/6 2735/2
2738/24 2738/25
2746/8 2750/18
2750/18 2756/9 2757/6
2763/5 2763/6 2763/25
2768/24 2788/18
2788/20 2809/11
2809/20 2816/19
2823/16 2824/16
**sort [5]** 2720/16
2724/16 2724/24
2763/9 2766/19
**sound [1]** 2826/3
**source [2]** 2723/4
2794/25
**sourced [2]** 2736/6
2768/20
**South [5]** 2718/8
2718/13 2719/24
2720/1 2720/15
**Soviet [1]** 2718/9
**spaces [1]** 2748/2
**Spain [2]** 2718/18
2719/2
**speak [2]** 2720/20
2729/25
**special [1]** 2759/21
**specialization [1]**
2728/6
**specific [7]** 2719/10
2725/4 2725/5 2758/15
2782/20 2808/4
2823/10
**specifically [9]**
2742/11 2748/10
2798/17 2801/23
2806/18 2809/18
2813/4 2814/2 2817/18
**specifics [2]** 2748/25
2749/3
**specified [1]** 2745/19
**spell [1]** 2780/14
**spent [3]** 2732/10
2747/12 2767/14
**Sprint [2]** 2792/9
2795/13
**somebody [5]** 2720/20
2728/11 2730/16

**stack [4]** 2734/15
2758/8 2759/21
2759/24
**stand [2]** 2717/3
2779/22
**standard [3]** 2730/16
2744/15 2795/14
**standardize [2]**
2766/23 2767/1
**standardizing [1]**
2796/2
**stands [3]** 2760/6
2770/6 2826/9
**start [6]** 2723/18
2725/24 2733/9
2787/20 2819/6
2823/20
**started [12]** 2720/11
2804/10 2811/18
2812/18 2813/3 2813/4
2813/6 2813/16
2813/17 2813/23
2814/2 2820/20
**starting [2]** 2736/10
2741/23
**state [5]** 2713/10
2731/17 2733/15
2780/11 2799/16
**stated [2]** 2763/14
2791/6
**statement [12]**
2736/14 2737/18
2741/16 2742/1
2742/24 2758/8
2758/12 2799/12
2800/6 2800/15
2800/15 2800/17
**statements [2]**
2746/10 2800/4
**states [12]** 2712/1
2712/3 2712/10 2716/7
2716/10 2718/2 2718/7
2740/16 2741/22
2745/6 2745/10 2805/2
**status [4]** 2733/22
2734/25 2735/2
2781/22
**stenography [1]**
2714/23
**step [3]** 2805/4 2806/9
2824/25
**steps [1]** 2804/17
**stepwise [1]** 2753/11
**stickered [1]** 2785/2
**still [11]** 2719/1
2726/13 2727/23
2728/3 2728/4 2729/15
2737/16 2738/14
2742/17 2754/4 2786/9
**stopped [1]** 2815/23
**storage [1]** 2804/5
**Store [2]** 2803/15
2803/15
**story [1]** 2720/15
**straining [1]** 2755/3
**strategies [2]** 2783/9
2783/14

**strategy [4]** 2781/5 2783/20 2783/20 2784/4
**Street [4]** 2713/3 2714/12 2714/16 2750/5
**strike [1]** 2807/2
**strong [1]** 2720/8
**strongly [1]** 2755/10
**struck [2]** 2729/20 2729/21
**stuff [1]** 2751/20
**subject [4]** 2760/8 2760/24 2789/8 2808/8
**suboptimal [1]** 2760/7
**subscale [1]** 2722/22
**substance [1]** 2723/24
**substantially [1]** 2811/6
**subsystem [1]** 2759/21
**subsystems [2]** 2758/17 2758/22
**succeeded [1]** 2720/25
**succeeding [1]** 2764/22
**success [1]** 2756/17
**successes [1]** 2756/16
**successful [1]** 2721/2
**such [3]** 2727/12 2744/20 2799/13
**sugar [2]** 2780/15 2780/18
**suggest [1]** 2819/18
**suggesting [1]** 2794/5
**Suite [2]** 2713/14 2713/18
**summarize [1]** 2802/5
**summarized [1]** 2782/4
**summary [3]** 2758/4 2758/7 2759/9
**summer [1]** 2784/9
**super [1]** 2747/11
**superior [1]** 2805/13
**support [5]** 2782/1 2783/3 2799/20 2800/17 2800/18
**supported [4]** 2767/2 2781/16 2781/25 2792/21
**supporting [6]** 2783/4 2783/6 2783/8 2794/11 2801/5 2819/15
**supports [1]** 2784/4
**sure [22]** 2719/14 2724/8 2724/12 2730/18 2744/19 2744/21 2747/21 2749/15 2750/20 2780/6 2780/21 2784/23 2791/10 2792/19 2796/22 2799/2 2806/24 2808/20 2815/9 2820/2 2821/2 2823/11
**suspect [2]** 2752/18 2760/11

**SUITCASE [1]** 2714/11
**SVETLANA [2]** 2780/8 2780/13
**swipe [3]** 2785/12 2786/10 2786/12
**swipes [1]** 2811/15
**switch [2]** 2722/5 2722/7
**switching [4]** 2724/24 2725/16 2725/18 2768/16
**SWORN [2]** 2717/3 2780/8
**system [8]** 2729/8 2736/4 2763/21 2768/9 2785/20 2785/25 2786/8 2786/19
**systems [2]** 2758/15 2785/19

**T**

**T's [5]** 2790/8 2795/22 2802/19 2802/22 2814/3
**T-Mobile [6]** 2792/9 2793/3 2793/3 2793/5 2795/11 2808/25
**T/Branch [2]** 2789/9 2791/2
**tailor [2]** 2757/8 2757/11
**take [20]** 2719/2 2720/8 2720/13 2739/8 2743/4 2745/12 2758/21 2770/1 2787/18 2792/3 2799/15 2800/18 2809/15 2813/1 2814/9 2814/15 2824/13 2824/19 2825/12 2826/4
**takeaway [1]** 2724/14
**taken [1]** 2740/12
**takes [2]** 2742/12 2766/20
**taking [2]** 2725/1 2759/25
**talk [4]** 2794/3 2801/2 2802/18 2824/24
**talked [6]** 2722/20 2743/5 2743/7 2757/2 2793/14 2811/15
**talking [8]** 2732/10 2745/9 2768/6 2791/21 2794/22 2808/4 2819/12 2825/8
**targeted [1]** 2721/22
**TBC [2]** 2804/15 2804/20
**team [48]** 2730/18 2731/3 2738/17 2738/21 2738/23 2738/24 2739/6 2752/7 2752/9 2753/15 2753/20 2753/22 2759/19 2759/23 2767/5 2781/8 2781/13

2782/1 2782/9 2782/10 2782/15 2782/24 2783/3 2783/3 2783/5 2783/20 2784/2 2784/4 2784/5 2784/6 2784/8 2805/25 2806/5 2806/7 2810/16 2810/17 2810/19 2811/4 2813/2 2814/24 2815/13 2816/1 2816/15 2817/21 2819/13 2820/1
**team's [1]** 2759/15
**teams [4]** 2719/15 2781/21 2781/24 2783/8
**technical [8]** 2742/7 2759/18 2766/4 2791/4 2792/17 2792/20 2803/4 2806/23
**technically [2]** 2718/10 2721/12
**technology [11]** 2789/9 2789/14 2791/7 2791/8 2792/13 2797/12 2797/16 2802/16 2803/5 2809/8 2820/17
**tell [2]** 2722/18 2769/17
**telling [2]** 2782/12 2810/23
**template [1]** 2819/24
**ten [1]** 2739/8
**tended [1]** 2719/21
**term [13]** 2781/7 2817/21 2818/1 2818/19 2820/2 2820/22 2820/23 2821/12 2821/18 2821/19 2822/1 2822/2 2823/13
**terms [14]** 2717/9 2718/14 2719/18 2730/25 2744/14 2745/19 2746/11 2768/25 2779/11 2791/9 2819/23 2819/25 2821/12 2825/18
**Terrific [2]** 2769/25 2779/20
**territory [1]** 2723/25
**TESTIFIED [1]** 2717/3
**testimony [9]** 2727/1 2747/21 2748/9 2749/16 2749/19 2750/1 2750/13 2800/23 2824/21
**text [4]** 2734/12 2768/21 2768/23 2823/10
**than [28]** 2718/2 2718/7 2718/17 2719/21 2719/23 2723/14 2724/19 2725/20 2738/23

2749/12 2749/14 2750/6 2752/7 2753/19 2753/24 2754/19 2762/3 2764/12 2769/16 2787/25 2795/2 2804/8 2806/3 2809/9 2809/14 2817/6
**Thank [23]** 2716/19 2716/21 2717/21 2725/22 2725/23 2726/19 2732/7 2732/8 2755/21 2755/23 2762/5 2762/11 2765/3 2770/5 2780/1 2780/3 2780/20 2788/5 2788/22 2799/18 2824/22 2824/23 2826/6
**Thank you [20]** 2716/19 2717/21 2725/22 2725/23 2726/19 2732/8 2755/21 2755/23 2762/5 2762/11 2765/3 2780/1 2780/3 2780/20 2788/5 2788/22 2799/18 2824/22 2824/23 2826/6
**Thanks [2]** 2808/2 2808/19
**that [555]**
**that's [61]** 2722/8 2728/9 2728/20 2729/25 2731/9 2731/12 2732/15 2734/5 2735/4 2736/19 2737/25 2738/12 2740/8 2742/8 2742/24 2744/23 2746/24 2747/12 2749/15 2751/12 2751/15 2751/16 2753/3 2753/15 2754/4 2758/23 2760/24 2762/8 2763/13 2769/7 2783/16 2786/14 2787/1 2791/21 2797/6 2798/21 2799/7 2799/21 2799/25 2800/18 2803/10 2804/1 2804/12 2805/1 2808/11 2811/15 2813/25 2815/1 2816/3 2817/8 2820/7 2820/10 2821/14 2822/8 2822/17 2823/23 2824/2 2824/11 2825/10 2825/20 2826/3
**their [16]** 2719/6 2746/23 2747/1 2766/12 2767/12 2779/17 2784/4 2789/15 2791/9 2798/21 2806/14 2807/6 2807/10 2811/5 2816/17 2817/8

**chain [33]** 2720/8
2722/19 2724/12 2725/18 2725/18 2743/19 2747/18 2763/25 2766/10 2782/13 2791/5 2791/18 2791/19 2795/1 2795/3 2801/18 2805/6 2805/7 2805/13 2805/18 2805/20 2809/7 2812/18 2813/3 2813/9 2813/13 2813/16 2813/23 2814/3 2814/8 2814/13 2814/14 2814/15
**then [65]** 2723/18 2723/19 2729/11 2729/13 2729/16 2731/5 2731/24 2735/13 2737/17 2741/20 2744/2 2749/1 2749/4 2751/10 2753/14 2754/24 2756/15 2761/25 2761/25 2762/1 2765/18 2765/20 2766/11 2766/14 2767/8 2767/21 2768/1 2769/17 2770/2 2770/3 2770/4 2779/15 2782/9 2786/12 2787/21 2790/13 2790/17 2791/17 2791/18 2792/16 2792/22 2793/7 2793/24 2794/10 2796/13 2797/4 2797/19 2797/20 2798/23 2802/3 2802/4 2803/22 2804/13 2808/17 2808/19 2809/6 2811/18 2815/11 2818/1 2820/3 2822/22 2823/2 2823/21 2824/14 2826/4
**there [57]** 2718/5 2718/10 2721/4 2721/25 2728/18 2729/7 2731/2 2731/24 2732/6 2732/15 2733/13 2735/21 2737/17 2737/21 2738/11 2738/20 2739/2 2740/8 2741/15 2742/1 2742/5 2742/5 2742/8 2743/18 2744/11 2746/10 2746/11 2748/9 2748/25 2752/16 2752/1 2755/6 2756/5 2756/12 2758/8 2759/11 2761/5 2761/8 2761/21 2764/23 2765/18 2766/3 2766/8 2766/23 2787/13 2787/19 2788/15 2788/17 2788/24 2793/16 2804/2 2815/5

2846

there... [5] 2816/9
2819/22 2820/15
2823/2 2825/2
there's [33] 2717/9
2718/21 2721/24
2724/3 2728/10 2729/3
2729/20 2730/5 2735/3
2735/20 2736/18
2737/14 2739/3
2741/20 2742/3
2753/14 2755/18
2756/5 2757/14 2758/4
2759/10 2760/2
2761/20 2762/8 2766/3
2784/1 2787/23
2796/24 2796/25
2799/7 2808/18
2812/20 2825/10
thereabouts [1]
2720/12
thereafter [1] 2799/17
these [19] 2719/17
2720/6 2737/21
2737/24 2739/9
2739/18 2741/13
2748/20 2761/17
2782/18 2789/17
2789/17 2791/22
2793/2 2804/24 2809/4
2816/12 2818/18
2818/21
they [64] 2718/7
2719/6 2719/7 2719/9
2719/15 2720/12
2720/13 2720/13
2720/25 2721/2
2721/18 2724/18
2724/20 2724/20
2724/21 2724/23
2724/23 2724/24
2725/1 2725/17 2738/5
2738/21 2739/11
2739/12 2743/15
2745/15 2745/17
2745/22 2746/22
2746/23 2747/23
2747/23 2759/25
2762/25 2762/25
2766/17 2768/14
2768/15 2784/3 2786/7
2789/15 2793/4 2794/2
2804/8 2805/5 2806/9
2807/9 2809/7 2809/14
2812/6 2815/22
2815/22 2816/3 2816/3
2816/3 2816/14
2816/16 2817/9 2817/9
2817/10 2819/11
2819/24 2820/2
2822/21
They'll [1] 2755/25
they're [4] 2721/17
2730/19 2739/6 2760/7
they've [3] 2730/20
2746/3 2747/22
thing [7] 2751/16
2751/16 2761/11

2806/13 2809/11
things [12] 2719/10
2719/10 2719/16
2743/18 2746/12
2756/19 2760/10
2761/22 2763/13
2793/7 2793/12
2801/25
think [39] 2725/1
2725/4 2726/10
2729/12 2731/8
2731/10 2731/17
2735/10 2738/13
2738/13 2738/15
2741/13 2742/17
2744/6 2744/10
2744/11 2744/11
2748/6 2752/20 2756/8
2757/23 2760/25
2764/2 2764/24 2768/5
2783/12 2783/17
2783/18 2784/19
2792/14 2798/13
2799/14 2802/7 2803/4
2804/24 2820/14
2823/16 2824/9
2824/11
thinking [2] 2765/10
2779/3
third [8] 2729/15
2737/14 2742/19
2752/1 2758/7 2800/5
2803/15 2806/17
third-party [2] 2729/15
2803/15
this [163]
This is Civil [1] 2716/7
Thomas [2] 2780/16
2780/18
those [19] 2718/17
2719/6 2719/11
2727/13 2733/16
2738/21 2739/23
2745/4 2746/20 2749/3
2758/22 2767/11
2782/12 2785/19
2789/16 2795/15
2797/14 2801/11
2803/3
though [3] 2728/14
2786/4 2815/18
thought [5] 2732/6
2768/6 2803/11 2811/1
2811/3
thread [3] 2727/11
2802/6 2820/12
threat [1] 2725/18
three [1] 2753/10
through [8] 2731/11
2735/15 2759/7
2787/21 2793/23
2794/10 2812/10
2815/16
throughout [1]
2735/14
throw [1] 2814/13
till [1] 2762/7

2724/11 2731/1
2732/10 2738/13
2738/13 2739/7 2743/8
2743/9 2754/24
2759/13 2786/21
2790/2 2801/19
2813/11 2813/13
2813/14 2814/17
times [1] 2723/11
title [1] 2726/10
titled [1] 2827/4
TMO [4] 2793/2
2795/10 2795/11
2808/21
TMO VZ BD [1] 2793/2
today [5] 2741/8
2741/9 2742/17
2745/14 2764/2
together [1] 2767/5
told [5] 2750/9 2750/25
2751/12 2796/8
2799/13
too [3] 2732/5 2804/15
2824/11
took [2] 2801/22
2801/25
tool [1] 2787/4
tools [1] 2741/13
top [11] 2721/19
2731/10 2756/5
2766/25 2790/17
2808/11 2808/17
2808/17 2811/13
2819/6 2820/13
topic [1] 2722/14
topics [2] 2748/21
2761/8
total [1] 2726/6
towards [1] 2748/11
track [3] 2728/15
2728/16 2808/20
tracked [1] 2781/20
tradeoff [1] 2755/1
traffic [4] 2723/5
2723/9 2723/16
2723/18
trailing [1] 2724/22
trained [8] 2736/5
2737/24 2738/6
2738/12 2738/15
2740/11 2762/20
2762/23
training [8] 2738/3
2738/9 2740/13 2763/3
2763/9 2763/12
2781/23 2781/25
transcript [3] 2712/9
2714/23 2827/3
transcription [1]
2714/24
transformational [1]
2722/25
transformer [2]
2736/11 2739/9
transformers [1]
2735/22
transition [1] 2760/24

trend [1] 2737/21
trial [2] 2712/9 2761/23
tried [5] 2719/6
2720/21 2720/25
2814/21 2816/14
tries [1] 2755/13
triple [1] 2787/14
trouble [1] 2725/13
true [3] 2717/10
2717/12 2721/13
truth [12] 2752/22
2787/15 2793/22
2794/6 2794/9 2794/12
2794/25 2795/20
2798/24 2799/21
2799/22 2800/6
try [7] 2747/17 2747/17
2748/14 2749/8
2758/20 2759/6 2794/5
trying [14] 2719/2
2723/2 2733/6 2746/9
2747/13 2749/25
2764/22 2769/1 2769/8
2769/16 2809/5
2814/13 2824/16
2825/3
turf [1] 2720/20
Turkey [2] 2718/25
2719/4
turn [14] 2717/24
2722/14 2730/4 2734/4
2735/19 2736/16
2737/17 2740/15
2752/15 2755/15
2756/5 2757/13 2758/3
2760/12
turned [2] 2795/9
2798/23
turning [1] 2722/8
turns [1] 2797/10
twice [1] 2797/10
two [11] 2718/8 2726/7
2742/3 2742/22 2766/3
2769/8 2783/7 2783/18
2793/1 2805/22
2812/20
TYLER [1] 2713/17
type [8] 2735/22
2738/18 2757/9
2765/15 2787/1 2797/2
2811/23 2812/7
typed [2] 2730/2
2801/25
types [1] 2815/19

U

U.S [10] 2713/2 2713/6
2804/14 2805/24
2805/25 2806/7
2812/17 2813/7
2813/17 2813/23
U.S. [2] 2805/1 2805/4
U.S./CA [2] 2805/1
2805/4
Uh [4] 2729/5 2736/1
2738/19 2758/1
Uh-huh [4] 2729/5

2738/19 2758/1
UI [1] 2785/20
ultimately [2] 2811/7
2822/23
under [4] 2742/6
2779/25 2798/14
2822/8
underlying [2] 2800/6
2800/11
understand [26]
2728/5 2729/6 2786/25
2789/13 2791/1 2792/9
2795/4 2795/11
2795/20 2796/7
2796/18 2796/19
2798/5 2799/4 2799/14
2800/13 2805/17
2805/19 2806/7
2806/14 2807/21
2809/7 2809/13 2811/4
2821/18 2821/23
understanding [12]
2733/20 2734/21
2735/22 2748/21
2751/19 2754/24
2785/8 2794/17
2795/22 2795/23
2799/16 2800/16
understood [15]
2752/4 2762/4 2791/3
2795/19 2795/22
2796/10 2797/11
2798/2 2798/7 2799/5
2800/10 2803/2 2806/1
2808/24 2815/25
uneconomical [2]
2751/4 2751/10
unfortunately [1]
2721/12
Unit [2] 2713/12
UNITED [9] 2712/1
2712/3 2712/10 2716/7
2718/2 2718/7 2745/6
2745/10 2805/2
United States [5]
2718/2 2718/7 2745/6
2745/10 2805/2
unlaunched [2]
2815/17 2815/22
unlaunching [1]
2816/11
unless [6] 2748/12
2751/2 2751/8 2751/8
2819/3 2822/13
unspecified [1]
2724/24
until [1] 2735/16
up [20] 2716/13
2716/18 2723/20
2731/19 2731/21
2731/23 2732/14
2735/16 2735/17
2747/7 2749/4 2767/5
2780/4 2788/17 2792/1
2792/22 2811/15
2815/11 2816/20
2820/14
upcoming [1] 2795/14

**upon [2]** 2754/23
2800/5
**upper [2]** 2728/10
2729/3
**UPX069 [1]** 2818/12
**UPX2003 [1]** 2821/3
**UPX270 [3]** 2726/13
2727/3 2732/12
**UPX609 [1]** 2822/1
**UPX664 [1]** 2787/9
**UPX694 [1]** 2809/23
**UPXD002 [1]** 2785/2
**URLs [1]** 2747/17
**us [23]** 2721/14
2722/18 2723/1
2723/17 2725/17
2730/16 2747/17
2749/18 2779/18
2793/17 2795/9
2798/11 2798/16
2798/22 2800/16
2805/6 2806/11
2806/15 2811/4 2811/7
2813/9 2813/12 2823/5
**usage [5]** 2735/13
2739/25 2744/2
2815/18 2816/2
**usdoj.gov [2]** 2713/5
2713/9
**use [14]** 2722/24
2723/2 2725/17
2730/11 2734/20
2739/17 2739/22
2740/9 2746/22 2764/8
2764/11 2801/9
2813/18 2813/19
**used [16]** 2727/4
2735/5 2735/8 2736/11
2738/9 2738/14
2740/13 2744/25
2745/24 2757/9
2764/19 2797/12
2797/13 2797/13
2797/16 2815/18
**useful [1]** 2763/10
**user [26]** 2740/12
2745/14 2745/17
2746/2 2746/5 2746/6
2746/21 2747/10
2747/11 2747/14
2747/17 2747/19
2747/20 2747/20
2754/12 2755/7
2756/23 2756/25
2760/11 2763/12
2789/18 2796/3 2797/1
2811/15 2814/19
2814/21
**user's [1]** 2734/22
**users [12]** 2732/25
2734/24 2743/13
2747/15 2789/16
2789/17 2812/6
2814/20 2814/25
2815/15 2817/6
2819/18
**uses [2]** 2718/11

**using [13]** 2734/11
2738/5 2738/18 2740/7
2740/11 2745/14
2758/16 2763/12
2763/15 2763/15
2763/15 2806/2
2825/19
**usually [8]** 2722/20
2723/12 2727/15
2728/15 2728/16
2744/23 2789/23
2817/5
**utilize [2]** 2723/8
2747/18

**V**

**various [5]** 2739/7
2743/18 2796/3
2796/14 2799/24
**vast [1]** 2734/15
**verify [3]** 2747/4
2799/8 2800/21
**Verizon [5]** 2792/9
2793/3 2793/5 2795/13
2808/25
**version [2]** 2816/7
2822/4
**versions [1]** 2786/19
**versus [4]** 2716/8
2719/2 2755/9 2759/21
**verticals [1]** 2789/15
**very [34]** 2718/3
2719/13 2720/17
2721/4 2721/5 2721/13
2721/14 2721/15
2722/5 2731/1 2737/9
2742/25 2746/16
2747/5 2761/10
2761/11 2764/9
2764/10 2764/13
2766/21 2767/24
2768/12 2768/12
2785/17 2794/17
2796/20 2803/4 2804/7
2804/7 2808/17 2810/9
2820/13 2822/12
2826/4
**Victor [2]** 2780/15
2780/19
**video [1]** 2783/6
**view [5]** 2718/19
2720/5 2721/10 2745/6
2797/4
**violated [2]** 2807/5
2807/10
**violation [1]** 2804/2
**visited [1]** 2815/16
**voice [1]** 2806/24
**voices [1]** 2760/17
**voluntary [1]** 2731/2
**vs [1]** 2712/5
**VZ [2]** 2793/2 2808/20

**W**

**Wall [1]** 2750/5
**wandering [1]** 2791/7
**want [21]** 2735/12

2746/25 2753/18
2755/22 2757/21
2764/17 2767/18
2767/19 2768/1 2768/2
2780/21 2785/5
2788/16 2794/5
2821/13 2822/21
2824/24 2825/16
2826/2
**wanted [4]** 2791/10
2806/23 2809/6 2812/5
**wants [1]** 2795/13
**was [218]**
**Washington [6]** 2712/5
2713/3 2714/4 2714/7
2714/12 2714/22
**wasn't [7]** 2732/4
2758/16 2768/9
2801/19 2804/4
2805/13 2809/12
**watered [1]** 2730/21
**way [12]** 2745/22
2748/9 2751/7 2753/25
2784/1 2786/9 2788/13
2789/13 2791/14
2792/9 2796/23 2817/5
**ways [1]** 2756/20
**wc.com [1]** 2714/5
**we [203]**
**we believe [5]** 2733/21
2749/23 2793/14
2799/25 2812/16
**we will [7]** 2723/18
2723/19 2762/3 2770/2
2770/4 2806/6 2824/20
**we would [1]** 2767/6
**we'll [19]** 2740/18
2749/1 2749/18
2761/25 2762/7 2770/2
2779/15 2779/17
2787/10 2787/20
2788/3 2788/3 2793/23
2793/24 2798/23
2798/24 2807/15
2810/2 2818/12
**we're [30]** 2723/2
2723/13 2723/23
2724/21 2725/3 2741/9
2742/8 2745/9 2749/20
2749/22 2751/14
2752/22 2756/3
2760/25 2761/15
2769/8 2787/8 2787/9
2787/17 2788/17
2794/8 2798/1
2799/22 2814/6 2818/7
2818/12 2819/10
2824/9 2824/19
2825/14
**we've [16]** 2718/16
2718/24 2719/8 2720/9
2720/19 2727/25
2742/20 2748/20
2752/17 2764/16
2764/21 2767/14
2785/24 2802/8
2805/15 2825/18

2737/24 2738/12
2740/8 2741/14 2758/8
2802/10
**WEBB [1]** 2713/17
**webmasters [1]**
2769/10
**website [7]** 2734/8
2766/16 2767/6
2767/19 2768/3 2768/4
2769/14
**websites [5]** 2766/9
2766/12 2766/14
2769/12 2797/21
**week [1]** 2738/5
**welcome [1]** 2780/2
**well [36]** 2717/14
2718/16 2721/3
2721/12 2721/14
2722/4 2722/20
2724/16 2726/15
2727/7 2727/10
2733/25 2737/9
2737/15 2739/14
2750/14 2754/23
2755/22 2756/21
2758/23 2759/15
2764/10 2764/10
2770/1 2788/17
2800/20 2807/22
2808/21 2809/1 2809/4
2814/5 2816/9 2820/7
2823/6 2824/7 2825/24
**well-documented [1]**
2722/4
**well-known [1]**
2721/14
**were [58]** 2716/13
2720/13 2721/2
2722/23 2722/24
2724/23 2724/23
2725/1 2726/6 2726/11
2726/21 2727/13
2731/14 2731/24
2733/4 2738/18
2738/22 2739/11
2747/7 2747/8 2755/6
2759/25 2762/16
2762/19 2764/17
2764/23 2765/23
2768/14 2768/15
2768/25 2779/4 2782/1
2782/24 2783/10
2786/18 2791/2
2791/22 2791/22
2798/16 2799/17
2803/22 2805/13
2806/8 2807/9 2809/7
2809/14 2809/14
2813/12 2814/13
2814/14 2814/14
2818/18 2819/24
2820/19 2821/19
2822/1 2822/3 2825/3
**weren't [1]** 2724/25
**wfcavanaugh [1]**
2713/20
**what [93]** 2718/13

2722/10
2722/11 2724/14
2727/6 2727/21
2731/20 2735/2
2737/15 2738/24
2739/7 2739/9 2739/14
2745/17 2745/17
2746/5 2746/6 2746/23
2747/12 2750/2
2750/15 2750/17
2751/21 2755/6 2757/6
2757/8 2760/6 2760/9
2760/9 2763/13
2767/16 2768/24
2769/4 2769/17
2779/10 2781/12
2782/12 2785/3 2785/8
2786/18 2787/19
2789/12 2791/1 2791/1
2791/3 2794/20
2794/22 2794/23
2795/8 2796/8 2796/18
2796/20 2798/7
2798/11 2798/14
2798/15 2798/18
2799/4 2799/12
2799/15 2799/16
2799/17 2800/10
2803/2 2803/5 2803/9
2804/12 2804/20
2805/16 2805/17
2805/19 2806/7
2806/10 2806/14
2806/14 2809/5 2809/7
2809/14 2811/15
2811/22 2812/17
2813/25 2814/1 2814/2
2814/5 2814/25 2820/1
2820/1 2820/21
2820/23 2823/17
2825/8
**what's [7]** 2719/23
2721/10 2725/10
2741/2 2779/3 2782/7
2792/8
**when [38]** 2720/15
2721/15 2721/17
2731/1 2732/22 2743/9
2743/10 2746/12
2754/5 2754/24 2768/6
2782/1 2783/3 2787/20
2788/4 2788/15
2792/12 2795/19
2795/20 2801/18
2802/18 2803/13
2803/16 2803/22
2803/23 2804/4
2804/10 2807/1
2811/14 2812/24
2813/15 2814/14
2815/2 2817/4 2819/24
2825/7 2825/12
2825/24
**whenever [1]** 2716/20
**where [23]** 2718/5
2718/20 2718/25
2718/25 2719/3 2719/7
2719/17 2721/4 2722/6

2848

**where... [14]** 2733/9
2747/23 2748/14
2759/22 2762/1 2779/4
2779/5 2780/12
2780/24 2791/17
2800/18 2808/4 2817/3
2820/21
**whether [16]** 2727/3
2731/3 2731/7 2736/19
2745/9 2747/14 2753/3
2768/7 2791/7 2804/2
2806/11 2807/10
2811/4 2811/7 2813/20
2820/16
**which [36]** 2718/10
2719/6 2721/19
2727/25 2731/15
2732/25 2732/25
2734/5 2736/16 2738/9
2740/16 2741/3
2742/21 2744/7 2747/1
2747/4 2747/7 2747/8
2747/20 2749/17
2760/10 2766/4 2766/8
2766/15 2766/21
2768/11 2769/2
2783/23 2788/14
2793/12 2793/17
2802/11 2807/10
2813/4 2820/10
2820/15
**while [4]** 2719/15
2738/9 2761/14
2761/17
**who [21]** 2720/22
2727/10 2727/10
2737/10 2747/20
2789/22 2790/1 2790/2
2790/22 2790/23
2792/16 2793/2 2793/4
2801/5 2802/22
2804/24 2812/24
2813/1 2819/14
2819/15 2820/10
**who's [8]** 2738/2
2778/24 2804/23
2810/15 2815/4 2815/4
2815/12 2819/12
**Whoever [1]** 2722/9
**whole [3]** 2750/21
2767/8 2783/23
**why [17]** 2716/17
2717/13 2720/5 2722/8
2751/20 2791/21
2803/10 2810/23
2810/24 2815/1 2816/3
2822/17 2823/9 2824/4
2824/7 2824/13
2825/25
**wide [1]** 2730/18
**widely [3]** 2731/1
2734/14 2815/18
**wider [3]** 2753/19
2753/20 2753/24
**Wikipedia [1]** 2738/15
**wildly [1]** 2735/11
**will [35]** 2721/18

2723/18 2723/19
2732/23 2732/25
2733/1 2736/25 2738/5
2740/23 2741/22
2744/4 2745/16
2748/15 2749/6 2751/7
2762/3 2764/11
2765/11 2765/14
2769/18 2769/18
2770/2 2770/4 2792/2
2797/1 2797/3 2797/4
2797/8 2797/9 2806/6
2807/17 2818/14
2824/20
**William [5]** 2713/16
2714/19 2716/10
2827/2 2827/8
**William Cavanaugh [1]**
2716/10
**WILLIAMS [1]** 2714/3
**willing [1]** 2750/10
**winnow [1]** 2825/3
**wish [1]** 2761/12
**withdraw [5]** 2736/22
2740/18 2751/23
2755/20 2794/1
**withdrew [1]** 2794/2
**within [13]** 2728/6
2743/1 2754/20
2758/12 2789/15
2789/16 2796/14
2797/5 2797/9 2797/14
2798/18 2804/5
2819/16
**without [10]** 2722/22
2748/10 2749/3 2751/6
2761/1 2790/17 2797/6
2823/7 2823/10
2823/18
**witness [17]** 2715/2
2717/2 2748/12
2748/13 2750/1
2751/21 2760/18
2761/12 2770/18
2770/5 2778/25
2779/25 2780/8
2786/20 2800/21
2800/23 2823/7
**witness's [1]** 2750/13
**WITNESSES [1]**
2715/4
**won't [3]** 2797/10
2817/11 2822/22
**wondering [2]** 2814/6
2814/23
**word [5]** 2728/16
2744/6 2797/5 2823/8
2823/8
**words [1]** 2732/20
**work [16]** 2729/13
2737/16 2739/12
2740/7 2767/8 2767/20
2767/23 2780/12
2780/13 2780/24
2780/25 2787/20
2793/2 2793/23
2796/19 2805/7

2727/13 2727/17
2727/19 2795/4
2805/23
**worker [1]** 2800/2
**working [6]** 2727/11
2738/21 2739/6 2752/7
2796/2 2796/11
**works [8]** 2781/14
2789/14 2791/14
2792/18 2792/19
2796/23 2797/6 2798/6
**world [4]** 2733/21
2733/22 2736/7 2797/6
**worried [2]** 2724/23
2724/23
**worries [1]** 2724/24
**worry [1]** 2824/18
**worse [5]** 2723/15
2732/23 2745/7
2745/12 2745/13
**worth [2]** 2783/5
2784/7
**would [45]** 2719/3
2719/11 2720/12
2722/25 2723/6 2723/7
2729/8 2733/9 2733/15
2733/15 2737/13
2738/1 2744/9 2745/11
2746/12 2748/12
2748/23 2751/2 2754/3
2755/15 2757/4
2758/24 2759/3
2760/23 2761/16
2764/9 2767/6 2768/16
2768/17 2769/3
2782/19 2787/19
2788/14 2790/14
2794/24 2798/10
2799/5 2804/8 2804/24
2805/7 2811/7 2814/24
2818/3 2819/14 2820/5
**wouldn't [1]** 2759/15
**write [11]** 2768/21
2768/22 2790/17
2802/5 2803/13
2811/18 2812/8
2812/22 2818/23
2819/11 2819/16
**writes [11]** 2734/13
2741/22 2792/2 2792/8
2792/12 2794/15
2794/16 2796/13
2794/16 2796/13
2815/14
**writing [1]** 2768/22
**written [4]** 2735/4
2742/8 2799/24
2799/25
**wrong [4]** 2760/10
2783/13 2800/9
2800/15
**wrote [14]** 2802/8
2803/17 2804/13
2809/24 2810/12
2810/18 2812/16
2812/21 2812/25
2813/15 2813/25

**Y**

**Yahoo [3]** 2718/11
2718/11 2723/1
**Yandex [7]** 2717/25
2719/1 2719/21
2720/10 2720/10
2733/12 2767/3
**yeah [11]** 2718/22
2723/10 2725/13
2728/17 2737/6
2738/14 2740/10
2749/6 2752/12 2769/6
2819/7
**year [4]** 2736/11
2736/13 2782/13
2815/17
**years [7]** 2734/14
2735/1 2735/4 2735/16
2783/7 2783/18
2811/18
**Yelp [4]** 2797/3 2797/5
2802/25 2803/14
**Yep [1]** 2734/9
**yes [113]** 2716/16
2718/3 2721/9 2723/6
2725/25 2726/14
2727/23 2727/24
2728/14 2728/22
2728/25 2729/9
2729/24 2730/8 2732/1
2733/8 2733/15
2734/17 2734/18
2739/19 2741/6
2743/20 2746/7
2746/13 2752/8 2753/9
2753/13 2754/9
2755/23 2756/8
2756/11 2756/16
2756/19 2756/22
2757/12 2757/23
2758/6 2758/11
2759/12 2760/5 2765/7
2765/25 2768/8
2780/23 2781/6 2781/9
2781/11 2781/19
2781/22 2782/6 2783/1
2784/13 2784/16
2785/4 2785/7 2787/3
2788/10 2788/12
2789/11 2790/6
2790/15 2790/19
2790/21 2792/5
2792/11 2792/24
2793/10 2795/6
2795/12 2795/17
2796/6 2796/9 2796/12
2796/17 2796/19
2797/17 2798/1 2798/9
2801/6 2801/9 2802/14
2802/17 2802/21
2803/18 2804/19
2805/10 2807/24
2808/3 2808/7 2808/16
2808/23 2810/1
2810/11 2810/14
2810/22 2811/17

2814/12 2815/21
2817/1 2817/23
2817/25 2818/20
2818/22 2819/5 2819/9
2819/20 2822/11
2825/6 2825/20
2825/20
**yesterday [13]** 2717/8
2722/8 2726/6 2726/21
2732/10 2740/2 2743/5
2743/25 2747/12
2757/2 2763/14 2766/9
2769/13
**yet [1]** 2816/9
**York [1]** 2713/19
**you [481]**
**you know [5]** 2721/22
2730/22 2735/13
2755/12 2759/17
**you understand [3]**
2786/25 2795/11
2821/18
**you'd [1]** 2813/17
**you'll [6]** 2723/17
2728/9 2728/10 2741/7
2747/5 2758/3
**you're [24]** 2716/20
2730/22 2739/20
2740/11 2744/25
2752/24 2752/25
2756/9 2765/22
2766/10 2766/13
2767/18 2767/25
2768/1 2769/13
2784/11 2784/14
2788/11 2788/15
2794/5 2807/22
2819/11 2819/12
2823/17
**you've [3]** 2722/18
2784/25 2788/8
**your [119]**
**Your Honor [82]**
2716/6 2716/16
2723/23 2724/5 2725/3
2725/21 2725/25
2726/16 2726/17
2731/22 2732/1 2732/5
2736/22 2736/23
2738/25 2740/19
2740/21 2748/4
2748/20 2750/23
2751/14 2751/23
2752/4 2752/16
2752/25 2753/1
2755/24 2757/14
2758/24 2759/7
2760/16 2761/9
2761/14 2762/4 2762/5
2762/11 2763/7 2764/7
2769/9 2769/20
2769/24 2779/21
2780/4 2784/21
2787/10 2787/11
2787/17 2787/19
2793/16 2793/24

**Y**

**Your Honor... [29]**
2798/10 2798/13
2798/22 2799/3
2799/18 2799/19
2800/8 2800/13
2800/25 2807/15
2807/16 2809/17
2810/2 2810/3 2818/6
2818/13 2820/4
2820/25 2821/9
2821/11 2822/19
2822/21 2823/1
2823/19 2824/23
2825/9 2825/20
2825/21 2826/6
**yours [1]** 2818/21
**YouTube [1]** 2753/25

**Z**

**Zaremba [3]** 2714/19
2827/2 2827/8
**zero [1]** 2722/1

2849