```
        IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA, ET AL.,  )     ▓▓▓▓▓
                                   )
         Plaintiffs,               )
                                   )     CV No. 20-3010
     vs.                           )     Washington, D.C.
                                   )     September 27, 2023
GOOGLE LLC,                        )     9:39 a.m.
                                   )
         Defendant.                )     Day 11
_____)     Morning Session


            TRANSCRIPT OF BENCH TRIAL PROCEEDINGS
           BEFORE THE HONORABLE AMIT P. MEHTA
               UNITED STATES DISTRICT JUDGE
```

```
APPEARANCES:

For DOJ Plaintiffs:           Kenneth M. Dintzer
                              U.S. DEPARTMENT OF JUSTICE
                              1100 L Street, NW
                              Washington, D.C.
                              (202) 307-0340
                              Email:
                              kenneth.dintzer2@usdoj.gov

                              Diana Arlen Aguilar Aldape
                              U.S. DEPARTMENT OF JUSTICE
                              450 Golden Gate Avenue
                              Room 10-101
                              San Francisco, CA 94102
                              (415) 934-5300
                              Email: diana.aguilar@usdoj.gov

For Plaintiff
State of Colorado:            Jonathan Bruce Sallet
                              COLORADO DEPARTMENT OF LAW
                              Consumer Protection Section,
                              Antitrust Unit
                              Ralph L. Carr
                              Colorado Judicial Center
                              1300 Broadway
                              Suite 7th Floor
                              Denver, CO 80203
                              (720) 508-6000
                              Email: jon.sallet@coag.gov

                              William F. Cavanaugh, Jr.
                              PATTERSON BELKNAP
                              WEBB & TYLER LLP
                              1133 Avenue of the Americas
                              Suite 2200
                              New York, NY 10036-6710
                              (212) 335-2793
                              Email: wfcavanaugh@pbwt.com
```

APPEARANCES CONTINUED:

For Defendant Google:        John E. Schmidtlein
                             Kenneth Charles Smurzynski
                             WILLIAMS & CONNOLLY LLP
                             725 12th St., NW
                             Washington, D.C. 20005
                             (202) 434-5000
                             Email: jschmidtlein@wc.com

                             Mark Samuel Popofsky
                             ROPES & GRAY LLP
                             2099 Pennsylvania Avenue NW
                             Washington, D.C. 20006
                             (202) 508-4624
                             Email:
                             mark.popofsky@ropesgray.com

For Non-Party Petitioner
Microsoft Corporation:       Allen Robert Davis
                             ORRICK,
                             HERRINGTON & SUTCLIFFE LLP
                             1152 15th Street, NW
                             Washington, D.C. 20005
                             (202) 339-8612
                             Email: allen.davis@orrick.com

                             Julia Chapman
                             DECHERT LLP
                             Cira Centre
                             2929 Arch Street
                             Philadelphia, PA 19104
                             (215) 994-2060
                             Email:
                             julia.chapman@dechert.com

Court Reporter:              William P. Zaremba
                             Registered Merit Reporter
                             Certified Realtime Reporter
                             Official Court Reporter
                             E. Barrett Prettyman CH
                             333 Constitution Avenue, NW
                             Washington, D.C. 20001
                             (202) 354-3249

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

- - -

## WITNESS INDEX

- - -

WITNESSES         DIRECT CROSS REDIRECT RECROSS

PLAINTIFF's:

MIKHAIL PARAKHIN      2717  2726    2762
SVETLANA KARTASHEVA 2780

- - -

## INDEX OF EXHIBITS

- - -

DEFENDANT'S                              ADMITTED

725                                      2737

301                                      2740

- - -

## INDEX OF EXHIBITS

- - -

PLAINTIFF'S                              ADMITTED

UPX538                                   2756

UPX688                                   2756

UPX664                                   2788

UPX1067                                  2807

UPX694                                   2810

UPX609                                   2818

1           All right.  Well, let's go ahead and take our
2  break and then we will resume just before 11:20.  We'll
3  resume in a closed session.  So then Mr. Smurzynski can
4  complete the examination and then we will re-open and have
5  our next witness.  Thank you, everyone.
6           COURTROOM DEPUTY:  All rise.  This court stands in
7  recess.
8           (Recess from 11:03 a.m. to 11:21 a.m.)
9           (███████ closed session)
10          COURTROOM DEPUTY:  All rise.  The Honorable
11 Amit P. Mehta presiding.  This Honorable Court is again in
12 session.  Be seated and come to order.
13          THE COURT:  Thank you, everyone.  Please be
14 seated.
15          All right.  Just to confirm, we only have counsel
16 for the parties and for Microsoft present?
17          Okay.  Terrific.
18          MR. SMURZYNSKI:  Thank you, Your Honor.
19 BY MR. SMURZYNSKI:
20    Q    Mr. Parakhin, if you could turn in your binder to
21 DX533, which is the deck entitled "Local Relevance" that we
22 were looking at earlier.
23    A    Yes.
24    Q    Okay.
25          And then moving forward to the page that ends in

1  .005.
2       A    Yes.
3       Q    And you see on 005, there are search engine result
4  pages in response to the query, "air quality forecast"?
5       A    Yes.
6       Q    Is air quality forecast as a query a head query, a
7  torso query, or a tail query?
8       A    I wouldn't know for sure but I would assume
9  it's -- it's complicated.  As a query itself, it is fairly
10 common.  The query, depending on your location, if you're in
11 New York City, it will be a head query.  If you're in --
12 somewhere in Athens, Ohio, it probably would be a tail
13 query.
14      Q    But to understand the query itself, air quality
15 forecast, Microsoft has thousands upon thousands of
16 instances in which users have entered the query "air quality
17 forecast" somewhere in the world?
18      A    Since this query is what we call local query,
19 meaning the results will and have to change depending on
20 where you are, you have to include location into a
21 definition of head or tail.
22           And so for certain locations, popular locations,
23 as I said, like, it's like New York City, it would be head
24 query.  For -- if you're querying it from less popular
25 locations somewhere in the field, like, nobody ever might

1  have queried in that area ever.
2      Q    What about Seattle, Washington in the
3  United States.
4      A    I think for Seattle, if I have to hypothesize,
5  it's probably fairly head, fairly popular query.
6      Q    And what the slide deck shows is that in 2020 on
7  that sort of query, the Google results were far superior to
8  the Bing results, correct?
9      A    Very well might be, yeah.
10     Q    If you go forward into the document at .007,
11 there's a query here for museum.  Again, is that query a
12 head query, a torso query, or a tail query?
13     A    Given that it's in Burien, Washington, it might be
14 a torso or even tail-ish because, like, I never heard of
15 Burien so I assume it's a small place.
16     Q    Okay.
17          But the Bing search engine doesn't have any
18 trouble understanding the concept of a museum, does it?
19     A    Hopefully not.
20     Q    And what it needs to do then is marry up that with
21 the fact that this query has been issued from some location
22 in particular?  That's the location piece of it, right?
23     A    It is a little bit more complicated than that.
24 You know, there might be, depending on location, the word
25 even museum, just to give a little bit of context here, can

 1   mean different things.  Like, you might be in some location
 2   where people query museum and they mean some sort of local
 3   famous bar, for example, which it's just called Museum
 4   because then you obviously know, you know, nobody is
 5   querying from museums in that location.  You have to
 6   understand that all people in this case mean it's a local
 7   bar and not tail.
 8           You know, the word Eiffel Tower, if you're in
 9   Paris would mean Eiffel Tower.  If you're somewhere else, it
10   might mean like local attraction, Las Vegas Eiffel Tower or,
11   again, restaurant with the same name so it's a little bit
12   more complicated than that.
13           It's not as simple, like, that's where complexity
14   with search engine is coming from.  Sometimes what is --
15   seems simple for us humans is not so simple once you go into
16   details.
17      Q    So if you turn to the page that's ends in .014,
18   this is a roadmap for fixing Microsoft's ███████████████
19   ████████, correct?
20      A    Uh-huh.
21      Q    And for fiscal year '20, the idea is ████████████
22   ██████████████████████████████?
23      A    Uh-huh.
24      Q    And that's because prior to fiscal year 2020,
25   Microsoft ████████████████████████████████████████████████,

```
 1   correct?
 2        A    That is exactly the opposite.
 3             Prior to year 2020, Microsoft was ███████
 4   ██████████████████.
 5             The whole deck, as I alluded to previously, is
 6   about saying, look, we should ██████████████████████
 7   ████████████████████████████████████████████████████
 8   ████████████████████████████████████████████████████
 9   ████████████████████████████████████████████████
10   ██████████████████████████████████████████████
11   ████████
12             ████████████████████████████████████████
13   ████████████████████████████████████████████████████
14   ████████████████████████████████████████████████████
15   ██████████████████████████████████████████████████
16   ████████████████████████████████████████████████████
17   ████████████████████████████████████████████████████
18   ██████████████████████████████████████████████
19   ████████████████████████████.
20             So the whole slide deck is really not about, oh,
21   the local relevance wasn't measured.  Obviously it was
22   measured and obviously it was worked up on.  ██████████
23   ████████████████████████████████████████████████████
24   ██████████████████████████████████████████████████
25   ████████████████    ████████████████████████████████
```

2775



```
 1    ████████████████████████████████
 2         ██████████████████████████████████████████
 3    ████████████████████████████████████████████████
 4    ████████████████████████████████████████████████████
 5    ██████████████████████████████████████████████████.
 6              THE COURT:  Thank you.
 7    BY MR. SMURZYNSKI:
 8         Q    And then if you look forward to a year down the
 9    road, for fiscal year '21 at the bottom, the goal is to ████
10    ████████████████████████████████ and that was a plan
11    for the future at Microsoft.
12              We can go back to the executive summary at .003.
13              The middle bullet there says, "Local relevance is
14    bound by capacity."
15              Do you have that in front of you?
16         A    Just if you give me a second.
17         Q    Certainly, it's .003.
18         A    Uh-huh.
19         Q    And the team states that, "Passing location signal
20    breaks the cache, increases server load."
21              And when you're talking about capacity in the
22    server load, you're talking about a matter of resources,
23    correct?
24         A    And latency.
25              I think here it's more about latency than
```

1  resources.

2  Q    But if you had more resources, the server load
3  would be less, correct?

4  A    The server load would be less.  Latency would
5  slightly be less.

6  Q    And that would require investment from Microsoft,
7  correct?

8  A    It's always -- I mean, the amount of investment in
9  both headcount and hardware, it's always a tradeoff.  Yes,
10 you can -- you know, it's always better to have more, right,
11 you get more or you get good.

12       There's usually a point where the returns are
13 incremental.  And then we try to identify that point and
14 then invest up to that point when it's not going to matter
15 too much.  It's always, you know, bigger is better.

16       In this particular case what the team was trying
17 to say, if I may give a little bit of context, is that since
18 local queries, we have to treat them as different based on
19 the location and the location, there are multitudes of
20 locations.  You know, they tend not to be cached and that
21 means you have high latency.  That means, we maybe need to
22 focus more on optimizing other parts of search because cache
23 is not going to be working as well.

24       I don't read it as people asking for more
25 machines.  Usually when they ask for more servers, they say,

1  hey, we need more servers here.
2             In this particular case, it is my opinion that in
3  terms of the quality, certainly for local certainly does
4  have enough of servers.
5             In terms of latency, there is work to be done.
6             THE COURT:  Would it be accurate to say that the
7  relevance of local queries, the quality of relevance of
8  local queries would increase the more mobile traffic you
9  have, because local queries are more likely on mobile
10 devices?
11            THE WITNESS:  That is one of the most kind of
12 standard examples of why mobile traffic is important, yes.
13            MR. SMURZYNSKI:  Your Honor, I have no further
14 questions.
15            THE COURT:  Okay.  Thank you, Counsel.
16            Any --
17            MS. AGUILAR:  No further questions, Your Honor.
18            THE COURT:  -- closed session?
19            MR. CAVANAUGH:  No further questions, Your Honor.
20            THE COURT:  All right.  Terrific.
21            All right.  Mr. Parakhin, thank you very much for
22 your time and testimony.  Safe travels home, sir.
23            (Pause)
24            THE COURT:  Let me just ask:  Who's the next
25 witness?