UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>Plaintiffs<br><br>v.<br><br>GOOGLE, LLC,<br><br>Defendants. | Case No. 1:20-cv-03010-APM |

## NOTICE OF SUBSTITUTION

PLEASE TAKE NOTICE that the Plaintiff State of Wisconsin substitutes as its attorneys of record in this action Laura E. McFarlane, Assistant Attorney General, in place of Gwendolyn J. Lindsay Cooley. All pleadings and other papers should be served upon Assistant Attorney General Laura E. McFarlane at Post Office Box 7857, Madison, Wisconsin 53707-7857, mcfarlanele@doj.state.wi.us or via the Court's ECF system. Assistant Attorney General Gwendolyn J. Lindsay Cooley should be removed as attorney of record for the State of Wisconsin.

Dated this 21st day of May, 2024.

                                      Respectfully submitted,

                                      JOSHUA L. KAUL
                                      Wisconsin Attorney General

                                      <u>s/Laura E. McFarlane</u>
                                      LAURA E. MCFARLANE
                                      Wisconsin Assistant Attorney General
                                      State of Wisconsin Bar No. 1089358
                                      *Pro Hac Vice Forthcoming*
                                      Attorneys for Plaintiff State of Wisconsin

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-8911
(608) 294-2907 (Fax)
mcfarlanele@doj.state.wi.us