IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA, ET AL.,   )
                                    )
          Plaintiffs,               )
                                    )     CV No. 20-3010
      vs.                           )     Washington, D.C.
                                    )     September 28, 2023
GOOGLE LLC,                         )     8:15 a.m.
                                    )
          Defendant.                )     Day 12
_____)     Morning Session


              TRANSCRIPT OF BENCH TRIAL PROCEEDINGS
              BEFORE THE HONORABLE AMIT P. MEHTA
                 UNITED STATES DISTRICT JUDGE

```
APPEARANCES:

For DOJ Plaintiffs:              Kenneth M. Dintzer
                                 U.S. DEPARTMENT OF JUSTICE
                                 1100 L Street, NW
                                 Washington, D.C.
                                 (202) 307-0340
                                 Email:
                                 kenneth.dintzer2@usdoj.gov

                                 Meagan Kara Bellshaw
                                 U.S. DEPARTMENT OF JUSTICE
                                 Antitrust Division
                                 450 Fifth Street NW
                                 Suite 4000
                                 Washington, D.C. 20001
                                 (202) 598-2307
                                 Email:
                                 meagan.bellshaw@usdoj.gov

For Plaintiff
State of Colorado:               Jonathan Bruce Sallet
                                 COLORADO DEPARTMENT OF LAW
                                 Consumer Protection Section,
                                 Antitrust Unit
                                 Ralph L. Carr
                                 Colorado Judicial Center
                                 1300 Broadway
                                 Suite 7th Floor
                                 Denver, CO 80203
                                 (720) 508-6000
                                 Email: jon.sallet@coag.gov

                                 William F. Cavanaugh, Jr.
                                 PATTERSON BELKNAP
                                 WEBB & TYLER LLP
                                 1133 Avenue of the Americas
                                 Suite 2200
                                 New York, NY 10036-6710
                                 (212) 335-2793
                                 Email: wfcavanaugh@pbwt.com
```

```
APPEARANCES CONTINUED:

For Defendant Google:          John E. Schmidtlein
                               Benjamin M. Greenblum
                               WILLIAMS & CONNOLLY LLP
                               680 Maine Avenue, SW
                               Washington, D.C. 20024
                               (202) 434-5000
                               Email: jschmidtlein@wc.com
                               Email: bgreenblum@wc.com

                               Matthew L McGinnis
                               ROPES & GRAY LLP
                               Prudential Tower
                               800 Boylston Street
                               Boston, MA 02199
                               (617) 951-7000
                               Email:
                               matthew.mcginnis@ropesgray.com


For Third Party Defendant
Microsoft Corporation:         Matthew Lloyd Larrabee
                               Dechert, LLP
                               1095 Avenue of The Americas
                               27th Floor Mailroom
                               New York, NY 10036
                               (212) 698-3671
                               Email:
                               matthew.larrabee@dechert.com


Court Reporter:                William P. Zaremba
                               Registered Merit Reporter
                               Certified Realtime Reporter
                               Official Court Reporter
                               E. Barrett Prettyman CH
                               333 Constitution Avenue, NW
                               Washington, D.C. 20001
                               (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

- - -

WITNESS INDEX

- - -

WITNESSES          DIRECT CROSS REDIRECT RECROSS

PLAINTIFF's:

ALEXANDER AUSTIN              3043    3069
JONATHAN TINTER      3088
JONATHAN TINTER      3140

- - -

INDEX OF EXHIBITS

- - -

DEFENDANT'S                              ADMITTED

DX726                                    3053

DX4000                                   3068

DX4001                                   3068

- - -

INDEX OF EXHIBITS

- - -

PLAINTIFF'S                              ADMITTED

PSX671                                   3085

UPX246                                   3128

PSX00713                                 3154

PSX7110                                  3160

PSX00378                                 3165

PSX00433                                 3168

PSX00472                                 3174

1                    P R O C E E D I N G S

2              COURTROOM DEPUTY:  All rise.  This court is in

3    session.  The Honorable Amit P. Mehta presiding.

4              THE COURT:  Good morning, everyone.

5              COURTROOM DEPUTY:  Good morning, Your Honor.

6    This is Civil Action 20-3010, United States of America,

7    et al., versus Google LLC.

8              Kenneth Dintzer for the DOJ Plaintiffs.

9              Jonathan Sallet and William Cavanaugh for

10   Plaintiff States.

11             John Schmidtlein on behalf of Google.

12             THE COURT:  All right.  Good morning, everyone.

13   Thank you for the early start.

14             All right.  Mr. McGinnis, are we ready to

15   continue?

16             MR. McGINNIS:  We are.  We just need a witness.

17             THE COURT:  Okay.  Mr. Austin outside?

18             MR. HOFFMAN:  He is, Your Honor.  We were just

19   making sure there were no preliminary matters.

20             THE COURT:  Mr. Austin, good morning.

21             THE WITNESS:  Good morning.  I made it.

22

23

24

25

```
 1                          - - -

 2    ALEXANDER AUSTIN, WITNESS FOR THE PLAINTIFFS, HAVING BEEN

 3    PREVIOUSLY SWORN, RESUMED THE STAND AND TESTIFIED FURTHER AS

 4    FOLLOWS:

 5                    CROSS-EXAMINATION (CONTINUED)

 6                          - - -

 7    BY MR. McGINNIS:

 8         Q    Good morning, Mr. Austin.  I'd like to pick up

 9    where we left off yesterday.

10         A    Okay.

11         Q    There was some discussion at the end of the day

12    yesterday about what results you get with Branch's search

13    functionality when the Internet is turned off on a device.

14              Do you recall that?

15         A    Uh-huh.

16         Q    To be clear, the current implementation of the

17    Branch technology on S Finder actually does use an Internet

18    connection, correct?

19         A    It does, yes.

20         Q    And Samsung does not restrict the use of that

21    Internet connection in connection with the Branch app search

22    technology, correct?

23         A    As far as we can tell, that integration is not

24    subject to the new terms, from what we can --

25         Q    So the only reason your results in a search in the
```

1    Samsung S Finder would be limited would be if a user were to

2    turn off their Internet connection, correct?

3         A    I mean, again, as we talked about yesterday, it's

4    limited extensively because of the, like, number of apps,

5    not ability to link to the web, the restriction on the

6    number of apps.

7         Q    Sir, my question was, the results would be limited

8    in the way that you described in response to the Judge's

9    question yesterday by the Internet connection would be only

10   if the user turned off the Internet connection, yes or no?

11        A    If the Internet connection was turned off, then

12   those results from the first integration would not show.

13        Q    Sir, you also talked yesterday about trying to do

14   a deal with -- a monetization deal with Samsung, correct?

15        A    In the second iteration, yes.

16        Q    And the monetization deal here would allow for

17   revenue sharing where you're able to earn some advertising

18   revenue and you share a portion of that are Samsung,

19   correct?

20        A    That's right.

21        Q    That deal, I believe your testimony was, did not

22   happen?

23        A    We were not able to make any more progress beyond

24   that first integration.

25        Q    Let's look at DX614, please; which should be in

```
1    your binder.
2           Sir, this is a series of emails between you and
3    some individuals at Samsung in February -- or January and
4    February of 2021.
5           Do you see that?
6    A     I do, yes.
7    Q     And if you turn to the very first email on the
8    bottom of page 3, sir, I believe in the version that's
9    displayed for the Court, the name of the person you're
10   emailing has been redacted at Branch's request.  But this is
11   an email you're sending to a senior product person at
12   Samsung, correct?
13   A     Yeah, it was the executive in charge of the
14   monetization-related partnerships.
15   Q     And you're making your pitch to him in this email
16   about the monetization deal that you want to do with
17   Samsung, correct?
18   A     At this point, it was clear that the deal was on
19   pause.  I think we had heard word that there would be no
20   further work on Branch-related contracts or partnerships,
21   and I was saying, you know, I think I put, "I'm not asking
22   to change your mind," I think in that second paragraph
23   there.
24   Q     Sir, I'm just asking you -- and, again, I'm trying
25   to do this, I want to move this along so when I ask you a
```

1    yes-or-no question, I'd ask for a yes-or-no answer.

2    Do you understand, sir?

3        A    Yes, I understand.

4        Q    Here you are making your pitch for the

5    monetization deal you want to do, correct?

6        A    Again, the deal was off, but I was asking to

7    reconsider, given, you know, new proposals or terms or new

8    information I could propose.

9        Q    Turning to the bottom of page 2, someone at

10   Samsung responds to you, correct?

11       A    That's right.

12       Q    And there they say, this is in the email at 2:44

13   a.m.

14       A    I don't think it's up yet on the --

15           MR. McGINNIS:  I see.

16           Your Honor, I think it's not on the -- if we could

17   actually move this into evidence as well.  I don't know if

18   there as on objection to it.

19           MR. HOFFMAN:  Your Honor, we have no objection.

20   I assume this hearsay is going in to show Samsung's state of

21   mind.  If the documents that the United States moved into

22   evidence yesterday can show Samsung's state of mind, too,

23   then we have no objection.

24           THE COURT:  Well, this is the issue I raised

25   yesterday, which is that both sides are objecting but both

```
 1   sides want to get it in for the truth.  So you all can tell
 2   me which way you want to go and I'll rule but...
 3            MR. McGINNIS:  So with respect to this document,
 4   I'm offering only it for Samsung's state of mind and for the
 5   impact on the listener, which is here, Mr. Austin.  Those
 6   are, I think, not for the truth but actually for other
 7   purposes that are permitted under the hearsay rule.
 8            THE COURT:  Okay.  Sure.
 9   BY MR. McGINNIS:
10       Q    All right.  We should now have this up on the
11   screen in front of you.  Do you see that, sir?
12       A    I do, yeah.
13       Q    And this is Samsung responding to your email,
14   correct?
15       A    That's -- they're responding to my email, correct.
16       Q    And here, Samsung says, "As there is our own
17   search on recommendation solution/roadmap and S Finder being
18   developed by Samsung R&D, we have found it will be
19   potentially conflicting with third-party solutions, such as
20   Branch, so we are not in a position to move forward as you
21   propose."
22            That's what Samsung told you, correct, sir?
23       A    Yeah, but the context here is important.
24       Q    Sir, my question was, that's what Samsung told
25   you, correct, sir?
```

1          A     The words say that, but I think without the

2     context, it's difficult to interpret them, the meaning of

3     it.

4          Q     Sir, so your answer is yes, that's what they say,

5     correct?

6          A     The answer is yes, yeah.

7          Q     You follow up again with further details on a

8     different monetization proposal, correct?

9          A     That's correct, an expanded one.

10         Q     Then the same individual at Samsung responds again

11    at the very top of the email thread on page 1, and here

12    again this individual says, "Basically our decision was made

13    with the Branch business opportunity in mind, and explaining

14    transparently, it was not a matter of monetary value but a

15    priority of our own product roadmap."

16              That's what Samsung told you, correct, sir?

17         A     Yeah, but I had direct interaction with a Samsung

18    employee who talked to the senior executive --

19         Q     Sir, my question was, that's what it said.  Your

20    counsel can ask questions if they would like.

21         A     It was in the board deck that we just reviewed

22    that cites Google being the main issue.  Of course they're

23    not going to put that in the email to me.

24         Q     Sir, please answer my questions yes or no.  That

25    is what the email said, correct?

1       A       That's what the email says, yeah.

2       Q       You can put that to the side.

3               I'd like to talk about carriers briefly.  You

4       talked about carriers yesterday, correct?

5       A       Yep.

6       Q       Verizon.

7               Branch's app search, the functionality, is

8       available on Verizon Android phones today, correct?

9       A       A very small number of Android phones on Verizon,

10      I think, under 10,000 devices, Motorola devices, I believe.

11      Q       Well, Motorola devices and Samsung devices offered

12      by Verizon have Branch app search technology, correct?

13      A       Okay.  Well, no, I mean there's a lot more detail.

14              The Samsung devices are only the original version

15      of the product, the version that never saw any further

16      progress.  The Motorola devices are the much more reduced

17      scope functionality of navigation, and that was -- that

18      happened through the Verizon direct relationship.

19      Q       Sir, I'm going to ask you again.  My question was

20      very simple.  The plaintiffs' counsel can ask you additional

21      questions if they like.

22              There are Verizon, Motorola and Samsung phones on

23      the market today with Branch's app search technology; yes or

24      no?

25      A       With the extra information that I added, yes.

1    Q    And you have a monetization agreement in place

2  with Verizon today?

3    A    We do.  I think that's still intact.

4    Q    AT&T.  You were asked some questions about UPX656

5  by the plaintiffs' counsel yesterday.

6         Do you recall that?

7    A    I do, yeah.

8         MR. McGINNIS:  If you could please pull that up.

9         I believe this is in so it can also be displayed.

10  BY MR. McGINNIS:

11    Q    And you had testified that AT&T had asked you some

12  questions about the Branch app search technology and whether

13  it conflicted with Google, correct?

14    A    In that the document that we reviewed yesterday,

15  that's right.

16    Q    That's right.

17         And you then directed, or I believe ghostwrote

18  responses for Mr. Wolfson to send back to AT&T, correct?

19    A    Yeah.

20    Q    And then AT&T responds at the very top of the

21  email.

22         If you could please put up the top email on -- of

23  the exhibit.

24         Oh, okay.  We don't actually have this in redacted

25  form.

1        A    Okay.

2        Q    So I'll actually -- but you have if in front of

3    you, sir, correct?

4        A    I need to find it.  What's the best one of these?

5        Q    This would be in the Department of Justice's

6    binder, the white binder.

7        A    Okay.  Give me a second.

8        Q    And directing your attention, sir, to the top

9    email here.  And this is what the individual at AT&T, Eli

10   Trowbridge writes back to Mr. Wolfson, correct?

11       A    Yes.

12       Q    And he says there, "thanks, Gary, this is

13   helpful."

14            Skipping down a couple of sentences.

15            "I think what you've mentioned," what Mr. Wolfson

16   mentioned, "is valid.  Google delivers results after

17   crawling the web, whereas Branch returns app pages based on

18   app providers sharing the data proactively with Branch.

19   I can see how those would be two different delivery paths

20   from the information source to the end user."

21            That's what AT&T said back to you, correct?

22       A    Yes, and he was to pass this info along to the

23   team that would actually review it.  But from his

24   perspective, as we heard typically from our channels --

25       Q    Sir, my question is simply whether the email said

1    that.

2         A    It did.

3         Q    After that email, AT&T and Branch continued to

4    negotiate a potential monetization deal about app promotion,

5    correct?

6         A    Eli wanted to continue talking about other terms

7    while this was under review.

8         Q    Actually, for several months, until late 2020,

9    AT&T and Branch continued to negotiate a monetization deal

10   about app promotion, correct?

11        A    I mean, years, we kept talking to them for sure.

12        Q    And Branch is the party that walked away from

13   doing a deal with AT&T on the monetization, correct?

14        A    No, that's not correct.

15        Q    All right.  Let's take a look at DX726, please.

16   It should be in the black binder, sir.

17             And this one, I believe --

18        A    Oh, it's redacted.  It's up here.

19             MR. McGINNIS:  This is a series of emails, again

20   between Mr. Wolfson and Mr. Trowbridge as well.

21             I would move this one into evidence as well.

22   I don't know if there is an objection.

23             MR. HOFFMAN:  I'm sorry, which document was it?

24             MR. McGINNIS:  DX726.

25             MR. HOFFMAN:  No objection, Your Honor.

1          THE COURT:  It will be admitted.

2                              (Defendant's Exhibit DX726
                                received into evidence.)

3

4    BY MR. McGINNIS:

5          Q    Mr. Austin, this is a series of emails between

6    Mr. Wolfson and Mr. Trowbridge that -- in November of 2020,

7    correct?

8          A    Yes.  That's right.

9          Q    And if you look at some of the earlier emails,

10   some of which is going to be redacted from the screen here,

11   but AT&T and Branch are going back on terms of a

12   monetization proposal, rev share, correct?

13         A    Yeah.  It's one of the terms under "Negotiation".

14         Q    This email talks about monetization, correct, sir?

15         A    This email is referring to the monetization terms,

16   yeah.

17         Q    All right.

18              At the bottom of page 2, on November 11th, 2020,

19   Mr. Trowbridge proposes some terms for rev share between

20   AT&T and Branch, and this is, again, six plus months after

21   the email we just looked at before, correct?

22         A    Yeah.

23         Q    And those terms are redacted, but you see that

24   those are rev share terms, correct?

25         A    Yeah, I'm familiar with this exchange.

1      Q    And then Mr. Wolfson responds, at the top of that

2  same page, and says, "Thanks for getting back to me.

3  Unfortunately, I cannot propose anything close to your terms

4  to my CFO for approval, sorry.

5           "I'm happy to connect down the road should things

6  change."

7           That's what Mr. Wolfson wrote, correct?

8      A    He wrote that, but, again, this was exclusively

9  about the revenue share terms.  The Google contract terms in

10  our conflict was --

11     Q    Sir, I'm going to say again, that's what the email

12  said, correct?

13     A    But you previously stated that we walked away from

14  a deal because of this, and that was not the case.

15     Q    Moving on to Apple.

16          Branch has explored a partnership with Apple,

17  correct?

18     A    That's right.

19     Q    Apple rejected a partnership with Branch, correct?

20     A    You could describe it that way.  But I don't know

21  if "rejected" is -- strong terms.

22     Q    And the proposal that Branch was pursuing with

23  Apple related to integrating Branch's app search

24  functionality into Spotlight, correct?

25     A    Correct.

1    Q    And Spotlight is the on-device search product for

2    an iPhone, correct?

3    A    Yes.

4    Q    The reason that Apple rejected a partnership with

5    Branch, sir, was because Apple was concerned about privacy

6    issues with respect to Branch's technology, correct?

7    A    That was the feedback that we'd received at that

8    time, yes.

9    Q    Because Apple is concerned about sharing iPhone

10   user data with a third party like Branch?

11   A    That's correct.

12   Q    And the product, the app, the Branch app search

13   product, requires the provision of user data to Branch.

14   That's that consent page we looked at yesterday, correct?

15   A    We had a solution, but they had, you know, I would

16   say extreme conservatism about data sharing overall that led

17   to pausing that conversation.

18   Q    And it was because of privacy that they -- and

19   what you call their extreme conservatism was their privacy

20   policy, they did not want to work with Branch, correct?

21   A    Yeah, but there was, you know, extreme desire.

22   And I have to say typically in the life cycle of a

23   conversation with any distribution partner, you know,

24   privacy, data typically comes up earlier in the

25   conversation, and then as we progress, we learn more and

1    more about the issues, and that was very early conversations

2    that we were seeing.

3         Q    Early conversation, and they said no, correct?

4         A    Yeah.

5              But, you know, I don't think it was a permanent

6    no.  We were --

7         Q    Microsoft --

8         A    -- going to return back --

9         Q    Sir, let me move on -- sorry, I apologize.  I've

10   had my coffee this morning.

11             Moving on to another party, Microsoft, do you have

12   an understanding of whether Microsoft offers Android devices

13   in the United States?

14        A    Do they offer Android devices?  Not that I'm aware

15   of, but it's possible that they do.

16        Q    You just don't know one way or another?

17        A    Yeah.

18        Q    Sir, yesterday you also testified that you can,

19   I think, sort of reconstruct what the Google agreements say

20   based on what you've heard from snippets of information from

21   different people; is that right?

22        A    Yeah.

23        Q    But it's correct, sir, that you actually don't

24   know whether Google's agreements apply to OEMs and carriers

25   on a device-by-device basis or across all of the devices

```
 1   distributed by a particular OEM or carrier, correct?

 2        A    I feel like I've heard information about this, but

 3   I'm not -- you know, I couldn't confidently say otherwise.

 4        Q    But your sense is that you think those agreements

 5   must apply to all devices distributed by an OEM or carrier,

 6   correct?

 7        A    What I thought I had heard, but, you know, it's --

 8   again, I'm not that confident -- is that it is more device

 9   by device, it's more like revision based and has scope of

10   certain devices.

11        Q    Sir, at the time of your deposition, your sense,

12   though, was that this must be -- that the agreements must

13   apply to all devices --

14        A    I mean, I imagine --

15        Q    -- offered by an OEM carrier?

16        A    It's possible that we were talking to one where

17   that might have -- they might have given us that feedback,

18   but, you know, recently we heard otherwise, so...

19        Q    You've heard otherwise, and you've been -- excuse

20   me.  You've been following some of the developments in this

21   trial, correct?

22        A    No, no, no, I mean from OEMs recently that we were

23   having conversation with in the last year since the

24   deposition.

25        Q    Sir, we've been talking a lot yesterday, I think,
```

1    about what you see as Google as the source for the reasons

2    that OEMs and carriers did not want to work with Branch in

3    the way that Branch would prefer.  Do you recall that

4    testimony yesterday?

5        A    Yes.

6        Q    It's true, though, sir, that OEMs and carriers

7    actually had a variety of reasons for not wanting to

8    implement Branch in the way that Branch preferred, correct?

9        A    I mean, again, we're talking about six years of a

10   whole bunch of different product pivots.  The issue with

11   Google primarily focused, in the first couple of years,

12   where the original vision of broad app search was, you know,

13   in many ways limited, although, after we had to pivot the

14   product and dramatically reduce functionality, we absolutely

15   heard a lot of feedback about, Is there much value add

16   compared to what we can do on our own, you know --

17       Q    Sir --

18       A    -- other types of problems.

19       Q    Sir, it was a simple question.  It was a yes-or-no

20   question.

21            OEMs and carriers have a variety of reasons for

22   not implementing Branch in the way that Branch prefers,

23   correct?

24       A    I just think you can't make a very broad statement

25   like that without the extra details, but, yes, you could

1  say so.

2      Q    So, for example, privacy, we talked about the fact

3  that Apple said no because of its privacy concerns with

4  Branch, correct?

5      A    Yes.

6      Q    Verizon also raised privacy concerns with the

7  implementation, correct?

8      A    I mean, everyone is concerned about data sharing,

9  but typically, we would solve that via, you know, inside

10  into our infrastructure, our privacy policy, you know, other

11  information that we would share.

12      Q    Other carriers also raised privacy concerns before

13  implementing Branch, correct?

14      A    It's a pretty universal concern among everybody.

15          I mean, I don't want to say privacy concerns.

16  It's, you know, are you a good steward of the data that you

17  get from the devices, is the key question, which is -- one

18  of the core components is, are you protecting the privacy of

19  our users.

20          But there's other concerns like are you storing

21  the data, do you have proper security protocols, et cetera,

22  et cetera.

23      Q    Product strategy, some partners concluded they

24  didn't want to work with Branch in the way that Branch

25  wanted to because they had their own product strategy,

1  correct?

2      A    Yeah, that.

3           But, again, this is after we --

4      Q    Yes or no, sir.

5           That was -- Samsung told you that, correct?

6      A    Yes, the restricted --

7      Q    Samsung had its own product strategy?

8      A    The restricted altered version of the product,

9  they gave us that feedback, although we had heard that the

10  primary concern was Google.  It just was not documented in

11  an email.

12      Q    Sir, once again, I'm asking yes-or-no questions so

13  that we can try to move this on.  Samsung told you --

14      A    I don't know if --

15      Q    Sir, Samsung told you that they had their own

16  product strategy, which is why they did not want to do a

17  monetization deal that Branch preferred --

18      A    You would --

19      Q    -- correct, yes or no?

20      A    You would need to --

21      Q    Yes or no?

22      A    You would need to ask Samsung.

23           THE COURT:  Hang on, folks.  Let's -- if there's a

24  simpler answer, it's probably easier to do that to avoid the

25  back-and-forth.

1          THE WITNESS:  Uh-huh.

2          THE COURT:  Plaintiffs' counsel will have an

3    opportunity to give you a chance to provide more fulsome

4    answers on redirect.

5          Go ahead.

6          THE WITNESS:  Yes.

7          Then it was in an email.  I can't tell you whether

8    or not that was the truth of their situation.

9    BY MR. McGINNIS:

10         Q    Some partners were also turned off by the way that

11   Branch tried to negotiate these deals with them, correct?

12         A    I'm not -- I can't recall anything, but if there

13   is something you want to refer to, I'm...

14         Q    Well, one thing that Branch did was they tried --

15   you understand, sir, that the relationships between OEMs and

16   carriers can often be fairly difficult or challenging and

17   hard-fought negotiations, correct?

18         A    Yes, I understand that.

19         Q    And sometimes Branch tried to play off carriers

20   and OEMs against each other, correct?

21         A    That was a -- I know that was a discussed

22   strategy.  I don't think that ever worked particularly well

23   as far as we knew.

24         Q    It didn't work well, but it did blow up in your

25   face at one point, correct?

1    A    Is there something you're -- I can't recall the

2    specific instance.  Is there an instance that you want to --

3    Q    Sir, do you recall trying to play the carriers and

4    OEMs off each other by negotiating with the carriers to put

5    pressure on the OEMs --

6    A    And I know --

7    Q    -- in your case?

8    A    I know we had discussed that strategy, but I can't

9    recall the specific instance that we actually deployed it

10   and saw it blow up in our face, or whatever your words were.

11   Q    Well, one of your strategies, sir, was to make

12   those carriers greedy for more money, right?  And you tried

13   to put good terms in front of them so they put pressure on

14   the OEMs to do deals?

15   A    So one of the -- so the difficulty of working with

16   carriers overall is that the carrier can't actually deploy

17   the product themselves, they have to go to the OEM and say,

18   you guys need to integrate Branch, you know, assign an

19   engineering team and also take on some of the, you know,

20   responsibility of quality and some other things.

21        And so typically the OEM would be resistant to

22   doing that work for the carrier.  So we would try to, you

23   know, make sure that the, you know, carrier was incentivized

24   either with better rev share terms or whatever to go, you

25   know, push the OEM to integrate the product in a better way.

1     Q     And you can understand, sir, why that would

2     probably rub the OEM the wrong way sometimes, right?

3     A     They definitely would not be supportive of it,

4     but, you know, that was a pretty standard thing for any

5     service that the carrier wanted to install on an OEM device.

6     Q     And you can see, sir, why that may leave some of

7     those OEMs thinking that Branch is not an entirely

8     trustworthy partner?

9     A     I'm trying to recall what -- I can't --

10     Q     If you don't know, you don't know.

11     A     Yeah, I don't -- I can't recall exactly what

12     you're referring to.

13     Q     Okay.

14           Some partners also concluded or had concerns about

15     the customers -- or the user experience provided with the

16     Branch app search on their mobile devices, correct?

17     A     Generally, you know, they were very involved in

18     building out the user interface and the user experience and

19     they had a, you know, important voice in adding in any sort

20     of custom features, or anything, it was kind of like a joint

21     development on the overall experience for the user,

22     especially on opt-in flows and things like that.

23           So they definitely, you know, had concerns that we

24     would typically collaborate with them to build a better

25     product together.

1      Q    Sir, it was a yes-or-no question again.

2           Some partners had concern about the user

3    experience provided with the Branch app search?

4      A    Yeah, but it was not a blocking concern, it was

5    just a part of a normal course of business in doing a deal.

6      Q    Sir, you've heard -- well, in your capacity as

7    CEO, you certainly kept an eye on product feedback;

8    is that fair?

9      A    Absolutely, yeah.

10     Q    And you looked at what news publications were

11   saying about the Branch app search functionality?

12     A    Yeah.

13     Q    And there were some critical reviews of the Branch

14   app search functionality, correct?

15     A    There were critical reviews -- if I -- I don't

16   know if I recall exactly what you're referring to.  There

17   were critical reviews of the way that the product was

18   integrated.  But not necessarily the quality of the search

19   or the things that we did, but the way that the OEM

20   presented it was, you know, the elements that the press, or

21   I think it was like a review site, had focused on.  But, you

22   know, if there's a specific, like, product feature or

23   article that you want to pull up, we can talk through the

24   details of.

25     Q    You're familiar with The Verge?

1    A    Yeah.

2    Q    That's a product review website?

3    A    Yes.

4    Q    Fairly common in the tech industry?

5    A    Yes.

6    Q    Please look at DX4000 which is in your binder.

7    A    This is in your binder?

8    Q    This is in the black binder, yes, sir.

9    A    Oh, it's up here.

10   Q    Sir, this is a review of a Motorola phone from

11   2022?

12   A    That's right.

13   Q    Do you see that?

14        And this is a phone that had Branch app search

15   technology integrated into it, correct?

16   A    That's correct, yeah.

17   Q    Please turn to page 4 of this review.

18        If you look at the third full paragraph from the

19   top that starts with "But Motorola," that's blown up on the

20   screen in case that's easier for you, sir.

21   A    Yeah.

22   Q    That reads, "But Motorola has done a little

23   rearranging in the app drawer, adding a suggested links

24   section that takes up a lot of space and, at least so far in

25   my experience, hasn't been terribly useful.  I also agreed

1    to let a company called Branch use my data to personalize my

2    suggestions based on my behavior, and even after a few days,

3    it doesn't seem to be any better at understanding what

4    I want to do with my phone."

5              That's what this review said, correct?

6    A    Yeah.

7              And, again, this is our limited product that we

8    were constantly struggling to add differentiation and value

9    because of its on-device nature.  But I don't think that

10   review is fair, personally, but I understand where he's

11   coming from.

12   Q    That's what the review said, correct, sir?

13   A    Yeah.

14   Q    Please now look at --

15   A    That was also not about search.  That was about

16   specifically this newer product that we'd introduced called

17   Suggested Links, just to make sure it's there.

18   Q    Please look at DX4001, sir.

19             This is another review of a Motorola phone by The

20   Verge.  Do you see this?

21   A    I do, yeah.

22   Q    And this is also a Motorola phone that had Branch

23   app search functionality integrated into it, correct?

24   A    I am not entirely sure, but I'll assume so.

25   Q    And if you -- let's turn to the bottom of page 4

 1    of this article.  There is an indented paragraph, a

 2    carryover paragraph from four to five at the bottom of the

 3    page that begins, "The Moto G Stylist 5G."

 4           Do you see that?

 5    A     I do, yeah.

 6    Q     And it's up on the screen and may be a little bit

 7    easier to read there.

 8           And you'll see in this paragraph it says, "The

 9    system will prompt you to opt into a suggested app feature

10    on the home page powered by a company called Branch.  In my

11    testing, its suggestions aren't all that smart and it just

12    takes up space, but it's easy enough to just not opt in to

13    that particular feature."

14           That's what this review said about the Branch app

15    search technology?

16    A     It's not search.  He's referring to -- again, it's

17    referring to that newer product of suggesting links.

18           I mean, he says it's called suggested app feature.

19    And the top suggested apps are actually powered by Google,

20    and then the link component of it is powered by us.

21           But, again, it's unrelated to search, and it's our

22    newer, you know, restricted product just to make sure that's

23    clear.

24           MR. McGINNIS:  I would move DX4000 and DX4001 into

25    evidence.

1              MR. HOFFMAN:  Objection on hearsay grounds,

2    Your Honor.

3              THE COURT:  I'll admit this.  We'll have a

4    conversation about this after Mr. Austin's finished his

5    testimony.

6              Go ahead.

7              MR. McGINNIS:  Thank you, Your Honor.

8                        (Defendant's Exhibits DX4000 and DX4001
                                  received into evidence.)
9

10   BY MR. McGINNIS:

11        Q    On that user experience topic, there's not just

12   reviews, some of your partners have also raised concerns

13   about the consumer experience provided by Branch, correct?

14        A    Yeah.  As I testified before, that's typically

15   part of an integration cycle so we work with them to

16   accommodate their requests or, you know, feedback or

17   concerns that they have about how we would integrate with

18   the product.

19        Q    Well, it's more fundamental than that, sir.  Some

20   of your partners were concerned about displaying ads or

21   suggested apps on a page of the device where people think

22   they're just looking for information in the apps on their

23   device, correct; that's a concern that you've heard from

24   partners?

25        A    We have heard concerns about ads being shown too

```
 1   frequently on a device inside the, you know, app drawer and
 2   search.
 3       Q    That's something that AT&T had a concern about,
 4   correct?
 5       A    Not that I recall or I'm aware of.
 6            MR. McGINNIS:  No further questions, Your Honor.
 7            THE COURT:  All right.
 8            Any redirect?
 9            MR. HOFFMAN:  Just a little bit, Your Honor.
10            If I could get help from the defense.  If we could
11   show Exhibit 614, I'd appreciate that.
12                          - - -
13                    REDIRECT EXAMINATION
14   BY MR. HOFFMAN:
15       Q    Good morning, Mr. Austin.
16       A    Good morning.
17       Q    I guess we never showed it on the screen, but you
18   have it in your binder.
19       A    I have it right here, yeah.
20       Q    Okay.  Thank you.
21            In your testimony about this Exhibit DX614, you
22   said there was extra context that you needed to give --
23       A    Yes.
24       Q    -- to give a full answer.
25            What extra context were you referring to?
```

```
 1       A     Yeah.

 2             So we had heard -- so the one of the -- the main

 3   executive there, and I don't know maybe for whatever reason

 4   I won't say the name in case that -- but it's in the email

 5   for other people can see it, the -- you know, we had heard

 6   that the deal was paused and we were trying to figure out

 7   why, you know, how, and, of course, I'm trying to figure out

 8   how can we make more progress which is the purpose of this

 9   email.

10             The -- one of his good friends had just joined as

11   the head of the investment arm that had previously led the

12   investment in Branch.  And I had asked him, can you go try

13   to figure out sort of the inside deal of why Branch is on

14   pause.

15             And so he went, flew to Korea and met with the

16   person in the document in that email that never actually

17   replied but his -- you know, one of his reports did; and

18   informed me -- first, he would not put it in a text or

19   email, it's like we've got to get on the call to tell you

20   the feedback.  And I get on the call and he said, "It's

21   Google and you have no hope of ever getting past that."

22             And at that point, you know, I thought, well,

23   maybe if I offer enough money, and I can't remember the

24   exact sequence, I might have -- I think that might have

25   happened before I sent this email, maybe that was after,
```

1    I think it's documented well on the board slides if you want

2    to look at the timeline.  I still had hope that maybe if we

3    offered enough money to Samsung, they would be willing to

4    stand up to Google and, you know, fight to have some sort of

5    carve-out or protect the functionality that we originally

6    discussed.  So that was the purpose of the email.

7           And, of course, you know, they're not going to

8    document the -- like, senior execs are not going to document

9    in an email exchange that Google is the reason.  That would

10   be the sacred subject.

11       Q    Did you find that Branch could not offer enough

12   money to --

13       A    To Samsung?

14       Q    -- to Samsung to get Samsung to fight Google?

15       A    Yeah, I mean, that was the feedback here.

16          And from the word that we had heard from, you

17   know, the folks internally who did a little bit of digging

18   was basically that they didn't believe the numbers that we

19   were offering.  They thought that the monetization offer,

20   which I think I had ascribed to changing how we would

21   monetize from the original proposal, they thought would not

22   be workable in the product or, you know, that it would be

23   somehow blocked, I think, because it was never entirely

24   clear but there was some concern about monetizing via app

25   installs, and I think that was documented -- I don't know --

1    probably not in this email exchange but somewhere.  And that

2    would be a condition of making the amount of money that we

3    would need to make to actually cover this deal, and I think

4    there was some concern of whether that was in conflict or

5    some other issue about app installs that made them not

6    necessarily believe that number.

7           Q    Okay.  Thank you.

8                And you were asked if your partners had a variety

9    of concerns about implementing Branch.  Do you remember

10   that?

11          A    I do.

12          Q    Were the concerns that people raised raised after

13   the discovery app search idea had already been rejected?

14          A    Yeah, I mean, our first partnership generally was

15   with Samsung in that 2018, 2019 era.  We were starting to

16   have initial conversations with other OEMs but had not

17   really progressed to the point of, you know, meaningful

18   scale-up.

19               So by the time that we had actually started to

20   work with these OEMs, the other OEMs non-Samsung, it was

21   well after we had pivoted the product to the reduced scope

22   functionality, which, you know, as I mentioned before, when

23   we had cut all the functionality and features, and as you

24   saw in The Verge articles, it's really hard for us to offer

25   much value to the end user or to the OEMs because there's

```
 1    just not that much different that we can do compared to the
 2    original vision.
 3         Q    And in this period we talked about yesterday, in
 4    March 2018 to March 2019, when there finally was a version
 5    of discovery reached on a Samsung phone, was there a primary
 6    objection to Branch that you heard from people you were
 7    negotiating with?
 8         A    I mean, in the early days, there was a lot of
 9    back-and-forth about, like, product functionality, how it
10    would integrate.  We had all sorts of design sessions, and
11    so, yeah, there was a lot of discussion about, because we
12    kind of view it as a joint venture, like we're integrating
13    very, very deeply into their device.
14              And -- but like those are things you just -- are
15    the natural course of doing an integration that you hear
16    those types of feedback.  And then -- but the only
17    meaningful, like, existential feedback that we had heard was
18    regarding the Google contract.
19         Q    And what was the feedback you heard regarding the
20    Google contract?
21         A    Well, that it was -- you know, at first blush,
22    our, you know, product was in violation of the contract and
23    that we need to cut functionality and cut scope of the
24    product in order to continue to proceed.
25         Q    And then these other concerns you discussed just
```

1    now in the cross-examination, those were raised after the

2    Discovery --

3         A    The scope --

4         Q    -- search app --

5         A    Was modified?

6         Q    Okay.

7         A    Correct, yeah.

8         Q    Thank you.

9              You were shown -- and we won't bother putting them

10   up, but you were shown two reviews of phones that used some

11   of Branch's technology, and those were DX4000 and 4001?

12        A    Yes.

13        Q    Were those phones released in the time when Branch

14   had already scaled back Discovery's functionality?

15        A    Yeah, all the -- you know, all the progress we

16   made with the product was after we modified it so

17   significantly that it was, you know, not that valuable, to

18   be frank.  And -- but it didn't violate with -- it didn't

19   violate the contracts with Google, which is why the OEMs

20   were willing to proceed.

21        Q    Did it surprise you to read negative views of

22   Branch's reduced functionality?

23        A    I mean, well, first off, it wasn't about our

24   search product, it was about this new nascent suggested

25   links thing that was kind of an experiment, but it was very

1    prominent and, I think, maybe why it got so much attention.

2            But it was, you know, a little bit painful to read

3    those reviews, I have to admit.  I think, you know -- I

4    mean, you could probably see in documents produced, that

5    internally we were always struggling, even with team members

6    calling out that the core product, this newer version of the

7    product wasn't that different from what the OEMs had, you

8    know, and over the last few months, it's become like a major

9    issue, I think, about whether or not we'll continue to

10   proceed with the strategy.

11       Q    Was the newer version of the product different

12   from what Branch originally conceived of with Discovery?

13       A    Yeah, I mean, as we discussed yesterday, the

14   original vision was this broad app search that could do for

15   apps would Google did for the web, that could lead to this

16   paradigm shift in, you know, engagement and search and

17   discovery on a phone.

18           And the, you know, the version that we pivoted to

19   was a slightly modified version of what Android had already.

20   And the hope was that we could make progress with the

21   limited version until we could start to remove the barriers

22   to introduce the broader vision again.

23       Q    And I'm glad you brought up paradigm shift because

24   that was the last question I wanted to ask you.

25           What was the paradigm shift that Branch imagined

1    was possible when the company was founded?

2        A    I mean, today, you go and you search the web and

3    you -- primarily on Google on your phone, on your Android

4    phone, you go and search the web, and you can get a bunch of

5    different websites.

6             But, you know, generally the web experience is

7    considered to be inferior than the mobile app experience,

8    and the ability to search broadly across apps you have and

9    apps you don't have, we felt would be a much, much better

10   experience, as confirmed by just the, you know, raw usage

11   of apps.

12            And so the hope was that after we started to show

13   people what's possible, got them using it, a lot of the web

14   searches that had happened, you know, that were more of a

15   legacy type of, you know, search behavior would shift over

16   to mobile app search.

17       Q    Did Branch ever get the chance to show the world

18   what that technology could look like?

19       A    No.

20            MR. HOFFMAN:  Thank you.  No further questions.

21            THE COURT:  Mr. Austin, thank you very much for

22   staying with us overnight, and safe travels home.

23            THE WITNESS:  Thank you so much.

24            THE COURT:  Thank you.

25            MR. McGINNIS:  Your Honor, if I may, you recall

 1  that Mr. Dintzer read an excerpt of the deposition of

 2  Mr. Ezell, and we have a counter-excerpt to share with the

 3  Court --

 4            THE COURT:  Okay.

 5            MR. McGINNIS:  -- with the Court's permission.

 6  And I appreciate you may not want more paper.  I do have a

 7  paper copy for you.

 8            THE COURT:  I think we crossed the Rubicon a long

 9  time ago on that.

10            MR. McGINNIS:  For the record, this is an excerpt

11  of the deposition of Jeffrey Ezell of AT&T, page 247,

12  line 6, through 249, line 9, one question, one answer.

13            "Why did AT&T not enter into" --

14            THE COURT:  I'm sorry, we're at page 247, correct?

15            MR. McGINNIS:  We're at page 247, line 6.

16            THE COURT:  Right, got you.

17            MR. McGINNIS:  "Why did AT&T not enter into a

18  partnership with Branch?"

19            "Answer:  Well, as I stated earlier, we typically

20  look at a number of dimensions.  One is economics, as we

21  discussed a second ago.  It didn't appear that the economic

22  upside from Branch was significant enough to, you know,

23  potentially put at risk a device not being eligible for our

24  Google Search revenue.

25            "And then from a customer experience perspective,

1    the main difference between what Branch was proposing to do

2    with us versus what they were already doing with Samsung is

3    that an on-device search of Samsung today is literally just

4    what's on your device.  It's almost a different way to

5    navigate to something that you already have on your device.

6    And that seems like a fairly, you know, useful or

7    utilitarian function.

8            "What Branch was proposing to monetize those

9    on-device queries by returning results that weren't only

10   limited to what you had on your device but suggestions of

11   things you might do that were related to that.

12           "And so, you know, we weren't really sure exactly

13   if that was a user experience that customers would want or,

14   in fact, it would be a detractor where they would say, Hey,

15   I used to do this on-device search, it was useful, it just

16   brought me back, it helped me to get something I already

17   had.  Now it feels like there's a whole bunch of ads of

18   stuff I don't want to see.

19           "So again, it's one of the general things that we

20   always balance.  It's not like we are solely driven by the

21   financial returns.  We have to look at this customer

22   experience dimension because ultimately, it's nice to make

23   the search revenue, but it's small in the scheme of AT&T's

24   overall business and the revenues that we generate in our

25   total wireless business.

1          "So we can't put at risk the customer satisfaction

2     with AT&T and have them decide to leave us and go to Verizon

3     or T-Mobile just because we got, you know, a little more

4     aggressive on putting ads in front of them through an

5     experience."

6          THE COURT:  Okay.

7          MR. McGINNIS:  Thank you.

8          THE COURT:  Thank you.

9          So, look, you know, just to -- "tie up" isn't the

10    right word, but there was a fair amount of testimony and

11    evidence elicited through this witness of what third parties

12    were communicating to Branch.  I got objections from both

13    sides about hearsay and whether those are being offered for

14    the truth.

15          If you all want to come to some agreement as to

16    how I ought to consider that evidence, I'm happy to hear it

17    I mean, as a strict evidentiary matter, none of it comes in

18    for the truth.

19          Now, you know, some of this may get corroborated

20    through deposition testimony or other witnesses that are

21    coming in, and that may give it a different flavor than just

22    through his testimony.

23          But, you all ought to at least give some thought

24    about that, and then we can circle back and figure out how

25    it ought to be dealt with ultimately because, at least, as I

1    said, as a strict evidentiary matter, absent some further

2    foundation, I don't think those statements come in, for the

3    truth at least.

4              All right.  As I said yesterday, I've got a quick

5    matter at 9:00.  We should probably be ready to resume by

6    9:15.  Thanks, everyone.

7              COURTROOM DEPUTY:  All rise.  This court stands in

8    recess.

9              (Recess from 9:00 a.m. to 9:18 a.m.)

10             THE COURT:  All right.

11             MS. BELLSHAW:  Good morning, Your Honor.

12             Meagan Bellshaw for the United States.

13             THE COURT:  So Mr. Tinter is next, is that right,

14    Ms. Bellshaw?

15             MS. BELLSHAW:  Yes, Your Honor.

16             THE COURT:  So, what is your sense of how much, if

17    at all, you all will need or ask to go into closed session?

18             MS. BELLSHAW:  So, Microsoft has asserted

19    confidentiality over certain internal strategy

20    communications, economic models, and financial analyses, and

21    so we would expect to cover that in a closed session.

22             I think it will probably be about 45 minutes open,

23    is my best guess, before we ask to go into a closed session,

24    although I would first turn it over to the State

25    co-plaintiffs, the State Plaintiffs.

1          MR. CAVANAUGH:  Your Honor, Mr. Sallet just

2    stepped out.  I know he has a portion that'll be open, and

3    there will be a portion closed.

4          THE COURT:  Okay.

5          MR. CAVANAUGH:  And I think closed -- as to what's

6    open, what's closed, there may be issues as to some of the

7    documents, and we may have to just play that -- see how that

8    plays out.

9          THE COURT:  Okay.

10         And then in terms of the length of the closed

11   portion.

12         MS. BELLSHAW:  We had estimated approximately

13   two hours for Mr. Tinter's testimony for the Department of

14   Justice, so a little over an hour, hour and a half maybe.

15         THE COURT:  Did we -- do you think you can move

16   any of that into the open session?

17         MS. BELLSHAW:  So we have tried to cover as much

18   as possible in the open session.  And then the closed

19   session will focus on financial models that were prepared

20   and then communications Mr. Tinter, who is a senior

21   executive at Microsoft, had with the Microsoft CEO.

22         You know, Microsoft has asserted confidentiality

23   over those types -- those specific documents.  I think

24   it would be hard to discuss them in open session, but I am

25   willing to try if that would be Your Honor's preference.

1          THE COURT:  It certainly would be my preference to

2     at least try.  Let's see where we end up with that.

3          Mr. Sallet.

4          MR. SALLET:  As to the question of what we'll be

5     doing in closed.

6          THE COURT:  At least how much or how long.

7          MR. SALLET:  Yes.

8          Your Honor, it falls into two pieces, if I might.

9          THE COURT:  Make sure you're at a microphone,

10    Mr. Sallet.

11         MR. SALLET:  Apologies.

12         It falls into two pieces, Your Honor.

13         There's a document which had been marked PSX761,

14    which is an agreement to which Google has made a foundation

15    and relevancy objection.  We would like to move into

16    evidence.  We would, in closed session, if it's necessary,

17    if Google wishes to proceed on its objection, we would be

18    questioning the witness for purposes of establishing the

19    foundation and relevancy of that agreement.  It may be --

20    and the agreement is referenced in other places, so it's

21    important to us that it be in the record.

22         If that can be resolved, then we would not use

23    closed -- we would not need to use the closed session to

24    move that document into evidence.

25         Then there are a few --

```
 1              THE COURT:  I'm sorry, that was what?  PS --
 2              MR. SALLET:  PSX761.
 3              THE COURT:  And what's Google's position on that
 4    document now?
 5              MR. GREENBLUM:  Your Honor, Ben Greenblum from
 6    Williams & Connolly.  Good morning.
 7              THE COURT:  Mr. Greenblum, good morning.
 8              MR. GREENBLUM:  Our position on that document
 9    is -- my understanding is it's relevant only for the limited
10    purpose of establishing the reason that different senior
11    executives at the companies had to discuss disputes between
12    them.  It set up sort of a process for discussing that.
13    I don't think it's relevant for any other purpose.
14              We had not had any objection from the government
15    to our confidentiality position before, I think, 11:00 p.m.,
16    I can't remember if it was last night or the night before,
17    and we haven't had a chance to finish that 48-hour window.
18              Our position is that, for the limited relevance
19    that it has, it can be done in closed session while we work
20    that out with Mr. Sallet's team.
21              MR. SALLET:  There's two issues, Your Honor.
22              If this can be moved into evidence, and let me
23    take just one second and a moment to explain why it is
24    relevant, then I could work my questioning so that we could
25    deal with issues in open session without delving into the
```

1    intricacies of the agreement.

2           But the existence of an agreement between Google

3    and Microsoft to try to work cooperatively to deal with

4    business disagreements is the process by which the

5    conversations we're going to be discussing today take place.

6    It's clearly relevant for establishing the fact of that

7    process and to which both parties have voluntarily entered.

8    So we think it is clearly relevant.

9           If we're going to -- if I can move its admission

10   for these purposes, I move in the admission of PSX761.

11          MR. GREENBLUM:  I think we can -- unless

12   Your Honor prefers otherwise, we can deal with moving it in

13   when there's a witness and a foundation.

14          But I don't have an objection in open session to

15   the level of generality with which Mr. Sallet is describing

16   using the document in open session.

17          MR. SALLET:  Then I'll take the time in closed

18   session to establish the foundation.

19          THE COURT:  It doesn't sound like foundation is at

20   issue.  In other words --

21          MR. SCHMIDTLEIN:  Your Honor, we're going to

22   withdraw the objection.  We don't think it's relevant, we

23   don't think he needs to use it.  We think this is a

24   sideshow.  But I'm 100 percent confident you will sort that

25   out in due course and make whatever relevancy.  So we'll

```
 1    withdraw the objection, they can move it in and let's see if
 2    we can't navigate this as best as we can in open session.
 3              THE COURT:  Terrific.
 4              MR. SALLET:  We agree.  We so move it in, PSX671.
 5              THE COURT:  PSX761 will be admitted.
 6                                  (Plaintiffs' Exhibit PSX671
 7                                    received into evidence.)
 8              THE COURT:  All right.  Well, why don't we get
 9    started --
10              MR. SALLET:  Your Honor, I apologize.  Can I just
11    give the second part of my answer.
12              THE COURT:  Sure.
13              MR. SALLET:  So there are three other documents
14    that we would propose to use in closed.
15              THE COURT:  In closed?
16              MR. SALLET:  In closed.
17              And let me explain the process with which
18    Mr. Greenblum and I have discussed this morning.
19              There are some documents here to which we, this
20    morning, we and Google, received word from Microsoft their
21    willingness -- Microsoft's willingness to allow these.
22              THE COURT:  I'm sorry, can I just ask you to move
23    the mic toward you, Mr. Sallet.
24              Yeah, thank you.
25              MR. SALLET:  You mentioned to me once in a status
```

 1    conference, Your Honor, that you had trouble hearing me and

 2    I said I'm one of the few soft-spoken litigators that appear

 3    before you.  So I apologize.

 4         Microsoft has gone back and looked at some

 5    documents and determined that they need not be treated as

 6    confidential to the scope Microsoft previously indicated.

 7    That was -- that information was provided to both we and

 8    Google at about 7 a.m. this morning.

 9         We would be fine proceeding with these in open

10    session.  But I don't mean to speak for Google.

11    Mr. Greenblum has said, rightly, that he's only got these

12    this morning and would prefer a closed session.

13         Have I got that right?

14         MR. GREENBLUM:  Yes.

15         What I would say, Your Honor, is that since we

16    haven't had a chance to review whatever portions, if

17    Mr. Sallet would intend to use in open session, of the

18    Google portions of those documents, we don't have an

19    objection to them being used in open session provided that

20    they're redacted in a fashion that only unseals the

21    Microsoft statements in the Microsoft emails and not the

22    Google confidential information, because we did have a

23    process where we conferred with that and with the States on

24    that and we reached what we thought was agreement and

25    I haven't chance to review what Microsoft is withdrawing

1    from confidentiality at 7:00 a.m.

2              MR. SALLET:  And that's correct, it would be most

3    expeditious, given the interplay of content, to just do

4    these in closed.

5              THE COURT:  Let's get started with the DOJ

6    questioning.  We'll see where we are in terms of timing, I'm

7    happy to take a look at the documents.  You'll have the

8    opportunity, or maybe somebody on your team in the interim

9    can take a look at the documents, and we can then make some

10   decisions about the proper forum in which to use them.

11   Okay?

12             MR. SALLET:  Thank you, Your Honor.

13             THE COURT:  All right.  Why don't we bring

14   Mr. Tinter in and have him take the stand.

15             MS. BELLSHAW:  Thank you, Your Honor.

16             COURTROOM DEPUTY:  Before you sit down, please

17   raise your right hand.

18             (Witness is placed under oath.)

19             COURTROOM DEPUTY:  Thank you.

20             THE COURT:  Mr. Tinter, welcome.

21             THE WITNESS:  Good morning.

22             THE COURT:  All right.  Ms. Bellshaw.

23             THE WITNESS:  Can I just ask something up front

24   because I noticed it when he started.  I'm a little hard of

25   hearing and have hearing aids, so I will tell you, just

```
 1   warning for everyone involved, like, without direct eye
 2   contact or sort of cross-talk, it's a little hard to me.
 3            THE COURT:  Mr. Tinter, would it help you to
 4   have --
 5            THE WITNESS:  No, I have the hearing aids in,
 6   I have extra batteries.
 7            THE COURT:  Okay.
 8            THE WITNESS:  I had a harder time hearing him
 9   because he has a quiet voice, so it's just a good reminder
10   for people.
11            THE COURT:  I appreciate the heads-up.
12            MS. BELLSHAW:  Mr. Tinter, if you need me to speak
13   louder or make sure I'm maintaining contact --
14            THE WITNESS:  That's good.  If there's cross-talk.
15            THE COURT:  That means fewer objections.
16                         - - -
17   JONATHAN TINTER, WITNESS FOR THE PLAINTIFFS, SWORN
18                    DIRECT EXAMINATION
19   BY MS. BELLSHAW:
20       Q    Good morning, sir.  Would you please state your
21   name and spell it for the record.
22       A    Yeah.
23            Jonathan Tinter.  J-o-n-a-t-h-a n.  T-i-n-t-e-r.
24       Q    Good morning, Mr. Tinter.  My name is Meagan
25   Bellshaw and I are represent the United States in this
```

1   matter.

2           Have we met before?

3       A   No, we have not.

4           MS. BELLSHAW:  I have a few binders to hand up,

5   Your Honor.

6           May I approach?

7           THE COURT:  Sure.

8   BY MS. BELLSHAW:

9       Q   Mr. Tinter, where do you work?

10      A   Microsoft.

11      Q   And how long have you worked at Microsoft?

12      A   I think I started March 2007.

13      Q   What is your current position?

14      A   Corporate vice president of business development.

15      Q   And what are your responsibilities in that role?

16      A   Well, the way my 11-year-old daughter describes it

17  is, I get other companies to be friends with Microsoft.

18          No, in all -- the business development team,

19  there's -- the way we describe it is there's a strategy

20  element to it and an execution element to the role.

21  Strategy is how the company thinks about growth, how we

22  think about opportunities to grow and where we pursue growth

23  through partnerships, strategic investments, mergers and

24  acquisitions, and then execution if we do decide to go down

25  one of those inorganic paths and negotiate a partnership and

 1    strategic investment acquisition, the team leads that.

 2        Q    And while at Microsoft, have you had any

 3    responsibilities for search?

 4        A    Yes.  It's one of the businesses I support.

 5        Q    And over what time period at Microsoft have you

 6    had search-related responsibilities?

 7        A    Almost continuously since I started.  I think

 8    there was a three or four-month period probably in the '08

 9    period where I was working on some other things, but outside

10    of that, I've been working on search continuously.

11        Q    And do you have responsibility for search today?

12        A    Yes.

13        Q    Can you briefly describe for the Court your

14    search-related roles and responsibilities while at

15    Microsoft?

16        A    Yes.

17             So it is -- all of the partnership activity that

18    we have to support our search business that tends, broadly

19    speaking, to fall into two big buckets.  Bucket number one

20    is principally around licensing content, licensing

21    information, licensing IP and technology that we need to

22    help build the product.

23             Bucket two is what we describe as distribution, so

24    essentially how we work with other third parties to

25    distribute Bing and help grow Bing market share.

1    Q    Was part of your role to familiarize yourself and

2    keep abreast of what's going on in the search industry?

3    A    Yes.

4         I have been a member -- or was a member for a long

5    time of the search leadership team so the cross-functional

6    team that was responsible for managing that business.  And

7    so as part of being a member of that team, it's obviously

8    really important for you to have a pretty broad

9    understanding of the industry and the competitive trends and

10   the competitive dynamics, and even to do the job that I

11   described that I'm responsible for, it's hard to do that

12   effectively if you don't learn what you're doing.

13   Q    Did you play a role in negotiating Microsoft's

14   search distribution agreements?

15   A    Yes.

16   Q    Who do you -- what role did you play?

17   A    So for -- the team that I led was responsible for

18   negotiating those agreements; and in many cases, I was

19   personally the senior executive responsible for negotiating

20   the agreement for some of the business and largest ones.  So

21   some of is was supervisory, some of it was doing it myself.

22        I'm also, by the nature of my role, we had to

23   decide negotiating strategies, what partnerships to go

24   after, kind of the strategy of partnerships, I have lead

25   responsibility for that and I would work with, you know, our

```
 1    senior executive team on the strategy and approach.
 2         Q    And who do you --
 3              THE COURT:  I'm sorry, Mr. Tinter, I'm sorry,
 4    we've got a court reporter so if you could just slow down
 5    your pace a little bit, I would appreciate it.  Thank you.
 6    BY MS. BELLSHAW:
 7         Q    And who do you report to at Microsoft?
 8         A    His name is Chris Young.
 9         Q    And what is Mr. Young's role?
10         A    He is -- his title is executive vice president
11    business development, strategy, and ventures.  So in
12    addition to my role of business development, he also manages
13    our corporate strategy team and our corporate venture
14    investing group.
15         Q    I'd like to ask you a little bit of background --
16    a little bit about search at Microsoft.
17              When did Microsoft launch its first general search
18    engine?
19         A    I don't know.  It was before I came to the
20    company.
21         Q    Was there a search engine -- did Microsoft have a
22    search engine when you started at Microsoft in 2007?
23         A    Yes, it did.
24         Q    And what was the name of that search engine?
25         A    It was either Live Search or Windows Live Search.
```

1    I honestly don't remember if it was Live and we added

2    Windows or it was Windows Live and then we dropped the

3    Windows.

4         Q    And when did Microsoft first launch Bing?

5         A    I believe it was June of 2009.

6         Q    Thinking about today, what are the different ways

7    that a consumer can access Bing to run a search?

8         A    Sorry, say that again.

9         Q    What are the different ways that a consumer today

10   can access Bing if they want to run a search?

11        A    There are a variety of different mechanisms.

12            The first one is something that we refer to as

13   direct navigation.  It's opening up a browser on your PC or

14   opening up a browser on your phone and typing "Bing.com."

15            The second way you can do it is through the search

16   engine being configured into one of the entry points on the

17   browser.  So, for example, if you have a phone, you can

18   often type a query directly into the address bar, and that's

19   a way of accessing Bing if Bing is configured as the default

20   there.

21            We have mobile applications that can be either

22   pre-installed on a mobile device or that a user can choose

23   to download from an app store and install.

24            I think at this point you can probably put, if you

25   have a phone operating system that supports widgets and more

3094

```
 1   to the apps, downloading an app, you can put a widget on
 2   your phone device.
 3           We have an integration of Bing, you can search
 4   directly from the task bar in windows.
 5           I'm sure I'm missing some, but I think I got most
 6   of the ones that probably drive most of the volume.
 7   Q    And you used the term "PC."  What were you
 8   referring to with PC?
 9   A    A desktop computer, kind of similar to what most
10   of the people in here are staring at.  I was trying to draw
11   a distinction from a phone.
12   Q    Understood.
13           So you were referring to all desktop computers and
14   laptops; is that fair?
15   A    Yeah.
16           I mean, we tend to -- probably overly
17   simplistically when we think about the business, we talk
18   about PC search and mobile search, where the two primary
19   sort of explanators of the differences:  One is a large
20   screen device that typically comes with a keyboard that is
21   not particularly mobile; the second is a smaller device that
22   typically does not come with a keyboard that tends to be
23   more mobile, and so that's -- we tend to refer to that as PC
24   and mobile.
25   Q    Are you familiar with the term "default search
```

3095

```
 1   engine"?

 2        A    Maybe.

 3             And the reason I say that is -- yeah -- in what

 4   context?

 5        Q    On a PC or a mobile device.

 6        A    So I'm not -- yes and no.  Let me try and explain

 7   sort of what I mean by that.

 8             And it kind of goes back to the question you asked

 9   earlier around this concept of entry points.

10             The way I would describe it and the way I tend to

11   think about it is at any search entry point, that entry

12   point has a default setting, the thing that it does if the

13   user does not take any action to change it.

14             So, for example, if you use Chrome as your

15   browser, the default search engine in the entry points in

16   Chrome are Google.  If you use -- you know, as an example.

17             And so I wouldn't describe it as there's a single

18   thing called a default search engine on a device, I tend to

19   think of it as every entry point has a default.

20             Now, in most cases, those defaults are consistent

21   where a single device will have all the defaults set to the

22   same search engine, but it happens at the individual entry

23   point level.

24        Q    Thank you.

25             Does Bing come preset as the default search engine
```

1    on a search entry point on any desktop or PC computers in

2    the U.S. today?

3        A    Sorry, can you ask that again.

4        Q    Sure.

5             Does Bing come preset as the default search engine

6    on any search entry point on desktops in the U.S. today?

7        A    Yes.

8        Q    And which search entry points in the U.S. today

9    does Bing come set as the default search engine?

10       A    So Microsoft has co-marketing programs that we

11   make available for manufacturers of Windows computers if

12   they take advantage -- and there's a bunch of things they

13   need to do to earn the co-marketing funds.

14            One of the things they need to do is to set Bing

15   as the default search entry point.  So in that particular

16   case, Edge, which would be the browser that is the default

17   on that device, would have Bing as the default search engine

18   through all of the entry points on the device.

19            I talked about how the task bar in Windows also

20   will have Bing as a default search engine in it.

21       Q    Does Bing come preset as the default search engine

22   on any search entry points on mobile devices in the U.S.

23   today?

24       A    So -- maybe, and it's small, and I'll explain why

25   it says maybe in a second.  If you had asked me this

```
 1   question in 2021, I would have said, Yes, it was.
 2             Microsoft produced a device called the Surface
 3   Duo.  It's an Android-based device, two-screen folding phone
 4   device.  Bing was the default search engine in some of the
 5   entry points on Duo.
 6             I am not aware if we are currently selling Duo in
 7   the United States today, so I don't want to say for certain
 8   that it is today, but I will say that it has been in the
 9   past.
10             I cannot think of -- off the top of my head,
11   I'm not aware of another mobile device today that comes with
12   Bing set as a default entry point.
13        Q    Can you please describe briefly for the Court what
14   the search industry was like when Bing first launched in
15   2009?
16        A    So in 2009, when Bing first launched, searches
17   were still predominantly on PCs, though mobile was, at that
18   point in time, a growing search entry point.  I don't
19   know -- I don't remember the specific sort of percentage.
20   It was still majority of PC, but mobile was starting to grow
21   at that particular point in time.
22             The by and far market share leader at that point
23   in time was Google.
24             The second largest player at that point in time
25   would have been Yahoo!.
```

1              Microsoft would have been third.

2              And then there was a -- in 2009, there were

3     probably some smaller players who kind of had, you know, de

4     minimis but measurable market share, ask.com, AOL, just kind

5     of rough with the dynamics of the industry back then.

6         Q    And thinking about the market today, who are

7     Bing's search competitors?

8         A    So, again, if you go through the trends in the way

9     I talked about it, the market today is predominantly mobile,

10    so it's kind of flipped from being predominantly PC to

11    predominantly mobile.

12             It's -- most of those smaller players that I sort

13    of talked about have sort of gone from measurably de minimis

14    to non-measurably de minimis.  I don't want to say they're

15    never used, but they're, you know, very, very small.

16             Bing and Yahoo! have obviously flipped, with Bing

17    now being larger than Yahoo! and both of them being powered

18    by the same underlying technology platform.

19             Google is still the market share leader.  And if

20    anything, I'd say the Google market share is probably

21    greater today than it was in 2009.  The reason I say that is

22    even though Bing had grown share, the growth of share in

23    Bing has been predominantly in PC, and because Google has a

24    much stronger position in mobile, the fact that mobile is

25    now the predominant part of the market has kind of

1    accelerated their market advantage.

2            Candidly, when we talk about competition, it's one

3    company, it's Google.

4    Q    Mr. Tinter, the Court has already heard a lot

5    about the importance of scale, so I'm not going to ask you

6    really to go into that, other than are you familiar with the

7    concept of scale as it relates to general search engines?

8    A    Yeah.

9    Q    Is scale something that you think about when

10   negotiating search distribution deals?

11   A    Absolutely.

12           I think it's -- you know, if you ask the question

13   at the most basic level, why do we do it, right, why does my

14   team exist in the context of our search business, it is

15   about how do we think about scale.

16           Now, we tend to think about two types of scale,

17   and so you kind of aggregate it together.  I tend to think

18   about it as sort of a disaggregated thing.

19           There is scale that we think about in the context

20   of query volume, the number of search queries that you see,

21   and there are lots of reasons that maybe you all have

22   already talked about already on why a large number of search

23   queries and scale inquiries is important.  So some of our

24   activity is specifically and explicitly around query scale.

25           And then the other thing is around revenue scale

```
 1   or ad marketplace scale and how do you think about, you
 2   know, the -- building up the scale of your ad marketplace.
 3   And again, there are dynamics and reasons why scale matters
 4   in the ad marketplace.
 5          And those two things are interrelated, but we tend
 6   to think about them as distinct but interrelated in that
 7   there are things that we will do just for the purpose of
 8   building ad marketplace scale that don't actually provide
 9   query scale.  There are occasionally things that we do that
10   are principally around getting query scale.  There are
11   things that we will do, that while the partnership itself
12   provides both, we have tilt one way or the other in terms of
13   what is the strategic motivation for it.
14   Q    So you mentioned a search ad marketplace, I think.
15   Does Microsoft offer search ads on Bing?
16   A    Yes.
17   Q    And are you familiar with the term "revenue per
18   search"?
19   A    Yes.
20   Q    Is that sometimes referred to as RPS?
21   A    Yeah, you'll see it referred to as RPS, which is
22   revenue per search.
23          You will often hear it referred to a lot often as
24   RPM, which is revenue per thousand searches.  We tend to
25   be -- half the time say RPS, half the time we say RPM.  It's
```

1    the same underlying concept, just different math.

2         Q    And what is RPS or RPM, the underlying concept?

3         A    It is the average revenue that we generate on a

4    search query.

5         Q    And when negotiating distribution deals for Bing,

6    do you consider the impact of those deals on Bing's RPS or

7    RPM?

8         A    Yes, we do.

9              So as I talked about, there is these concepts of

10   scale, right.

11             So as you increase the number of queries that you

12   see in your ad marketplace, that there are returns to scale

13   in the marketplace that will actually increase RPS.

14             And so when you are evaluating the potential

15   partnership, we tended to look at the evaluations on

16   two dimensions.  So Dimension No. 1 was, what is the revenue

17   margin profit associated with that particular partnership,

18   how much revenue will the queries that you get from that

19   partner deliver, and that's what we thought of as sort of

20   direct revenue.

21             We also looked at indirect revenue.  So if I add

22   that volume of queries to my marketplace, what will be the

23   overall uplift on revenue per search across the entirety of

24   the marketplace.  And we kind of would look at sort of both

25   dynamics.

1          And in particular, when you looked at the largest
2    and the most strategically important partnerships that we
3    pursued, that second aspect, that sort of second order
4    effect, the indirect effect where how does it drive an
5    increase in revenue across your entire marketplace.  Tended
6    to be the primary motivation that we were doing it.
7          Q    In your experience, what is the most effective way
8    today for a search provider to grow mobile scale?
9          A    Can you clarify the question?  I want to make sure
10   I understand it.
11         Q    Sure.
12               We've talked about distribution agreements.
13   Do you view distribution -- search distribution agreements
14   as an effective way for a search provider like Bing to grow
15   its mobile scale?
16         A    Yes.
17               So mobile is -- it's interesting.  And the user
18   behavior dynamics on mobile tend to be different than they
19   are on PC, right.  Again, some of that's the function of
20   smaller screen real estate, lack of keyboard in terms of how
21   people interact with them.
22               And so the usage, the percentage of queries that
23   are gone through one of the built-in entry points relative
24   to the percentage of queries that is direct navigation is
25   much higher on a phone, right.  So on a PC, lots of people

1    go and type Bing.com or Google.com and that's how they get

2    there.  On a phone, much fewer people open it up and type

3    Bing.com or Google.com.  They tend to use one of the default

4    entry points.  So therefore the default entry, so that's

5    kind of dynamic number one.

6              Dynamic number two is very -- because the process

7    of changing a default entry point is not necessarily easy,

8    right.  You know, I think if you want to do it on an iPhone,

9    it's, you've got to go settings, browser, search engine,

10   then find the list and sort of change it.  And, you know,

11   it's a relatively high friction activity, you know.  And

12   like I can at least sort of remember how to do it on iPhone.

13   I don't think I've -- I think -- I just got a new Android

14   phone the other day, I think it took me like 45 minutes and

15   I do this all the time to get it reconfigured from Google to

16   Bing.

17             And so, you know, so I think in our estimates, we

18   thought that -- and, you know, that 95 percent of all

19   searches through the default entry points on an iPhone are

20   people who never change the configurations and only 5

21   percent of them we believe change the configuration.  In

22   some of our conversations with people in the industry, we

23   kind of -- they sort of confirmed that assumption.

24             And so when you look at that, right, you say,

25   okay, this is a platform where the users tend to use

```
 1   whatever it is you put in front of them and whatever it is
 2   the default, being the default becomes unbelievably
 3   important, right.  It's like, in some ways, everything else
 4   is chipping away at around the margins.
 5           And then the other interesting aspect of this
 6   dynamic is if you look at the mobile phone business in the
 7   United States, it's essentially two companies, right.  It's
 8   Apple and it's Samsung, Samsung selling an Android phone.
 9   I think they collectively represent the majority -- you
10   know -- you know, a large majority of sort of the market.
11           And so ultimately, you would have to come down to
12   and say, okay, if I'm going to grow mobile in the
13   United States, I have to either figure out what is my
14   relationship going to be with Apple or what is my
15   relationship going to be with, you know, Samsung and sort of
16   Android.  There are unique challenges in each one of those
17   that I can talk about.
18           And everything else -- and trust me, we have tried
19   an enormous amount of everything else, right, because this
20   is -- you know, it's not that we haven't experimented, we
21   haven't tried, we have a litany of things that we've
22   attempted to do to sort of grow, but ultimately it comes
23   down to one of those two things.  And if you can't secure
24   one of those two things, it's very, very, very hard to
25   achieve any quality scale.
```

1    Q    Has Microsoft tried to enter deals to set Bing as

2    the default search engine in a search entry point on mobile

3    devices in the United States?

4    A    Yes, we have.

5    Q    And has -- setting aside the Duo, has Microsoft

6    been successful in those efforts?

7    A    What's your definition of success?

8    Q    Has Microsoft successfully set -- negotiated to

9    set Bing as the default search entry point -- or the default

10   search engine on a search entry point in a mobile device in

11   the United States?

12   A    There was a period of time, roughly, and

13   I apologize, like we're just far enough in history right now

14   that dates merge together a little bit for me.

15        There's a period of time, I want to say probably

16   somewhere around 2012, 2013, where we had entered into a

17   partnership with Apple where they had created a new search

18   entry point behind Siri, which was their voice assistant,

19   and that new search entry point was powered by Bing.

20        Approximately, if I remember, 12 months after

21   that, they created another new search entry point, which is

22   what they called Spotlight, it was an on-device search, that

23   was also powered by Bing.

24        We had those, I want to say, from launch through

25   roughly '26 or 2017.  And then in 2017, Apple -- I still

1    remember where I was when I got the phone call from Apple

2    and they said, hey, we just re-negotiated the broader Google

3    Search deal and we're going to be shifting the Siri and

4    Spotlight from Bing to Google.

5             So that's the only -- so that, again, it was

6    available for a period of time.  It was a small emergent

7    entry point that was just starting to see the small amounts

8    of traction and success, and just as we were starting to see

9    tractions and success, it was sort of cut off.  If you look

10   at the major entry points, besides Duo, nothing that I would

11   characterize as successful.

12   Q    Are you familiar with the term "backfill" with

13   respect to providing results on Siri and Spotlight?

14   A    I'm familiar with the term backfill.  I don't know

15   that I would have used backfill to describe what we were

16   doing on Siri and Spotlight, though I can understand why

17   others may have used that.  That's not how I would have

18   characterized it.

19   Q    What benefits did Microsoft expect to receive from

20   Bing set as the default search engine to provide results on

21   Siri and Spotlight?

22   A    So there was two theories, one was more short term

23   and one was more long term.

24            The short-term theory was, and it went back to

25   that dynamic that I said that it is very, very hard for a

1    user to initiate a change, right.  That's a very complicated

2    process, it's full of a lot of high friction.

3              THE COURT:  Sorry, you said initiate what?

4              THE WITNESS:  A change, a change in the search

5    default settings.

6              Apple had made available an API.  The essence of

7    the way the API worked is if you had user intent to use your

8    search engine, if a user visited Bing.com, you could show

9    them this API and say, would you like to change your search

10   defaults to Bing?

11             And so then the challenge became, how can I get

12   people to visit Bing.com.

13             And we looked at Siri and Spotlight as a way to

14   get people to visit Bing.com.  So there was a -- below the

15   results, there was a little link that said, "See more on

16   Bing."

17             People clicked on that and, in clicking on that,

18   they would visit Bing.  When they visited Bing, we would

19   have an opportunity to show them the screen that basically

20   said, would you like to switch to Bing; a percentage of them

21   would do that, and then we actually then had the default

22   position.

23             And so I don't remember the exact numbers, but

24   even to this day, the -- we believe the majority of Apple

25   phones that have Bing set as the search default were

1    customers that changed the default settings using this

2    mechanism when it existed.  Unfortunately, there were others

3    in the industry who, Apple represented to us, were abusing

4    the API and so, therefore, they depreciated it and it was no

5    longer available so we stopped getting this benefit.  But

6    that was the short-term thesis on Siri and Spotlight.

7            The long-term thesis on Siri and Spotlight was if

8    Apple was effective at changing user behavior, right, if

9    Apple was able to get people to use the voice assistant and

10   the voice entry point instead of going to the browser to do

11   a search and if that became a meaningful percentage of the

12   volume, then it would make the browser entry point

13   controlled by Google a little bit less important and we were

14   sort of a test of the new thing.

15           Again, I think, in practice, that thesis did not

16   play out as people did not -- there was not a significant

17   user behavior shift from searching in Safari, which was

18   their browser, to searching with Siri and Spotlight, but

19   that was the thesis of why we did it.

20   BY MS. BELLSHAW:

21       Q    And did Microsoft see benefits from Bing aside

22   from the API benefits that you discussed already?  Did

23   Microsoft see benefits from being set -- you know, providing

24   search results in Siri and Spotlight?

25       A    Yeah, there were multiple benefits.

1          One, I don't want to diminish the intersect

2     between Siri and Spotlight and API.  It generated value.

3          The second thing, it was brand exposure.  Every

4     time somebody did a search, they'd see "Powered by Bing,

5     click here to see more on Bing."  That was brand exposure.

6          It actually helped us with advertisers.  We were

7     able when we were out marketing to advertisers, why should

8     you come and spend money on the Bing ads platform, we were

9     able to say, you know, one of the places where users access

10    Bing is on an Apple device through Siri and Spotlight, so

11    provided benefits to there.

12         It gave us some credibility in the industry.

13    Again, when I was talking to other partners and they'd say,

14    who are the people that you work with, and you could

15    reference Siri and Spotlight.

16         It gave us a chance to learn about, you know,

17    different user behaviors; that is, search entry are the

18    searches that you see through these entry points different

19    than you see on the browser.  Give us a chance to learn,

20    gives us a chance to experiment.

21         We were not happy when it went away.

22    Q    In your view, does Bing's smaller scale affect

23    Microsoft's ability to successfully negotiate search

24    distribution deals?

25    A    Yes.

1          Q    How does it affect Bing's -- Microsoft's ability

2     to negotiate search distribution deals?

3          A    So there are two principal reasons for that.  One

4     is, and I assume -- and I'm happy to elaborate if other

5     people haven't talked about this yet, there's a very, very

6     strong correlation and determination between the scale of

7     your search engine and the quality of the search results.

8     And, you know, obviously there's a -- strong incentives for

9     partners to pick the best possible results they can.

10          And, you know, to the extent that Bing's results

11     are lower quality because we are smaller scale, that is

12     certainly an impact that comes up in negotiations; and in a

13     lot of my negotiations over the years, discussions around

14     what is the quality of the search, is it good enough, is --

15     you know, was certainly a major determinant in the

16     decision-making.

17          The second dimension is more direct to the

18     economics, which is, because Bing is smaller scale, it's

19     revenue per search is smaller than the larger scale

20     marketplace.  And so if you -- in terms of ability to pay

21     when you get into an auction, right, you know, you are --

22     you know, at the extreme if you sort of say, hey, I have to

23     pay 100 percent of the revenue that I get to sort of win

24     this particular negotiation, you knew that you were -- not

25     you were always going to lose, but, like, you were always

1   negotiating sort of at a significant disadvantage, right.

2   So there was a lot of conversations with partners about what

3   is the economic risk of sort of shifting to Bing.

4           It was interesting.  We were just big enough to

5   play but probably not big enough to win, if that makes

6   sense.  What I would sort of say is I certainly think that,

7   you know, our bidding and participating in the market

8   certainly, you know, probably drove up what partners were

9   getting from it.  You know, we're getting back what

10  ultimately Google would have to bid to secure business over

11  us.

12          But, you know, when we're in a situation where,

13  you know, where bidding 100 percent of our revenue and

14  Google can bid 60 percent of your revenue, that's a really

15  challenging spot to be in.

16      Q    Were there -- without naming specific partners,

17  were there deals where Microsoft offered 100 percent of its

18  revenue in an attempt to secure a distribution deal?

19      A    Yeah.

20          I mean, there were deals where we offered greater

21  than 100 percent of our revenue in order to secure

22  distribution deal.

23          And, again, if you go back to that concept that I

24  talked about about first order and second order, there were

25  deals where the second order benefits were so high, that we

1    could be negative economically on the first order benefits.

2    And so, yes, there were often places where, you know, we

3    would go to, you know, 100 percent of revenue, 100 percent

4    of gross profit, we would offer to do more.

5            We'd often talk about various structures of

6    guarantees that we can put in place to remove economic risks

7    for partners.

8            We tried to get very creative in terms of how we

9    could be aggressive in making the economics work for a

10   partner.

11           MS. BELLSHAW:  This is one of the areas that

12   I think we may run into some confidentiality issues, so I'm

13   going to just proceed slowly and hope that we can do this in

14   open court.

15           THE COURT:  Okay.

16   BY MS. BELLSHAW:

17   Q    So I'm going to start with some general questions.

18           Has Microsoft ever approached Apple, other than

19   the Siri Spotlight distribution deal that you referenced

20   earlier, about setting Bing as the default search engine in

21   Safari?

22   A    Yes.

23   Q    Approximately how many times has Microsoft engaged

24   with Apple about the Safari default?

25   A    Could we save that one for closed?

1        Q     Sure.

2        A     The reason I say that is you put me in a very

3   awkward spot because all these discussions I've been having

4   with people were all done under NDA, including the timing

5   and when they happened and everything else.  So that's why

6   I'm -- the existence of them is fine, I just think the

7   details --

8             THE COURT:  Can you provide a range that

9   wouldn't -- is it 5 to 10, 10 to 15?

10            THE WITNESS:  It is in the probably 3 to 8 range.

11            THE COURT:  Okay.

12   BY MS. BELLSHAW:

13        Q     Why has Microsoft tried a number of times to have

14   Bing set as the Safari default?

15        A     It goes back to the market structure dynamic that

16   I described earlier, which is ultimately in the

17   United States, there were mobile matter and there were

18   two forms.  There were only two deals that really mattered

19   in mobile, and, you know, Apple was the far and away most

20   important one you can get.

21        Q     Has Microsoft made any effort to become a default

22   search provider on Android devices?

23        A     Yes.

24        Q     Other than the Duo, can you describe in a few

25   sentences for the Court what efforts Microsoft has made to

3114

1    get Bing distribution on Android devices.

2        A    We have worked with mobile device manufacturers,

3    the folks who manufacture the Android devices, to set search

4    defaults on -- search defaults at individual entry points on

5    those devices to Bing.

6        Q    And has Microsoft been successful in getting

7    distribution for Bing with Android OEMs in the United

8    States?

9        A    No -- no, we have not.

10       Q    In the last decade, has Microsoft been successful

11   in getting distribution for Bing with Android carriers in

12   the United States?

13       A    No.

14       Q    Did Microsoft ever have a distribution deal with

15   Verizon?

16       A    Yes.

17       Q    What was the nature of Microsoft's distribution

18   deal with Verizon?

19       A    It was a long time ago, so I don't remember all

20   the specifics.  But at the high level, Bing would have been

21   set on the default entry point on Verizon's Android devices,

22   Verizon's BlackBerry devices, and Verizon's -- at that point

23   in time, they had a kind of low-end phone platform called

24   BREW, so on their BREW devices.

25       Q    Do you recall the time period during which

1    Microsoft and Verizon had a distribution deal for Bing?

2         A    I want to say it was probably entered into, my

3    best guess would have been, 2009, but if you had said to me

4    it was '08, I wouldn't necessarily just say you were wrong.

5    It's kind of in that general range.

6              And I think we ultimately ended up unwinding the

7    deal '11, but, again, if you had said it was '10 or '12,

8    it's kind of that general range.

9         Q    So at some point between 2010 --

10        A    Yeah, we were --

11        Q    -- and 2012?

12        A    Yeah, we were kind of -- I would have said roughly

13   the 2009ish time frame to roughly the 2011ish time frame,

14   give or take a little on either side.

15        Q    And since 2011 or 2012, has Verizon distributed

16   Bing on any of its Android devices?

17        A    When we restructured the agreement, if I remember

18   correctly, they continued to distribute Bing on their

19   BlackBerry devices, but then I don't remember when they

20   discontinued carrying BlackBerry.

21        Q    Did Verizon continue to distribute Bing on any of

22   its Android devices?

23        A    No.

24        Q    What is your understanding as to why Bing hasn't

25   been successful in getting distribution on Android devices?

1      A    So the principal reason, based on my

2   understanding, is a function of the way Android is licensed.

3           So while Android itself is open source, the

4   variant of Android that's on, effectively I think, every

5   phone that's sold in the United States, I don't want to say

6   it's every one, but effectively every one in the

7   United States, is the Google varied of Android.

8           So while Android is open source, it is something

9   which is often referred to as sort of GMS, or Google Mobile

10  Services.  That is a proprietary layer that sits on top

11  of it.  You have Play Store, which is the Google app store

12  for getting apps on your devices.

13          In order to license that, in order to license GMS

14  and to license Google Play and all the services you need to

15  support that, those licenses, it's been represented to us,

16  require Google to be set as the default entry point on the

17  device and, as it's been represented to us, prohibit, in

18  some ways, the ability of other search entry points not

19  configured to Google to be on the device.

20      Q    And what is your basis -- what is the basis for

21  your understanding about the nature of the Android license

22  agreement and Google Play Store?

23      A    It comes from a couple different places.  One is

24  things that have represented to us by Android device

25  manufacturers.  When we are talking to them about

```
 1    partnerships, they'll say, I have contractual restrictions
 2    with Google, this is what I can do, this is what I can't do.
 3              Obviously we signed a MADA, which is the name of
 4    that license agreement, for Duo.
 5              Now, our MADA was negotiated.  It allowed us to
 6    set Bing as some defaults, not all the defaults but some of
 7    the defaults.
 8              Google was pretty clear with us during those
 9    negotiations that they were giving us more flexibility to
10    set search entry points than they typically give licensees
11    who take the MADA.
12              If I remember correctly, there was actually an
13    early MADA that came out in some litigation with Motorola
14    and Skyhook or something like that that actually became
15    public and so I think there was -- you know, we read --
16    there was like one from 2010, 2011, that was public that we
17    had reviewed.
18       Q    And you've mentioned the Microsoft Duo a few
19    times.  What is the Duo, just briefly?
20       A    It's a two-screen phone.  So it kind of flips
21    close, opens up.
22              It's an Android device.
23              MS. BELLSHAW:  And actually, to aid in this part,
24    we actually have a demonstrative.
25              May I approach, Your Honor?
```

3118

1              THE COURT:  You may.

2    BY MS. BELLSHAW:

3        Q    Mr. Tinter, you should see on your screen what

4    we've marked as UPXD11.

5              Is this -- does UPXD11, the image in that

6    demonstrative, accurately reflect the picture of the

7    Microsoft Duo?

8        A    Yeah, that is it.  That is a Duo.

9        Q    Okay.

10             And so that's the two screens that you were

11   talking about?

12       A    Yeah.

13             And then it folds closed.

14       Q    Why did Microsoft design the Duo?

15       A    I was not the person who made the decision to do

16   it.  I don't know that I'm the best person to, you know,

17   sort of describe what was the underlying motivation for it.

18             I can certainly tell you some of what was sort of

19   shared with me, but that was not a -- again, in the nature

20   of my responsibilities, that wasn't a strategy decision

21   I was responsible for.

22       Q    Okay.  That's fair enough.

23             What operating system comes on the Duo?

24       A    Android.

25       Q    Is that Google's version of Android?

1    A    Yes.

2    Q    Now, why did Microsoft build the Duo using

3   Google's version of the Android operating system?

4    A    So the value proposition for the Duo, and I don't

5   remember if this was our actual marketing slogan or just the

6   creative brief that went into it, was, "The Android you

7   know, the Microsoft you love."  Right?

8        So it was positioned as a device which is, if you

9   were a deep lover of Microsoft services, if you use Office

10  as your productivity applications, if you're sort of into

11  the Microsoft ecosystem, this is a phone that represents the

12  best manifestation of those services.

13       But it's also the Android device you know.  So it

14  works just like an Android device works.  It has all the

15  same apps that you would expect to be available on an

16  Android device.  And so that was the way it was positioned.

17       And ultimately, without a large, vibrant app

18  store, our belief, and I think if you look at the history,

19  the industry would prove that this is true, the device was

20  not going to be useful enough to customers to be successful.

21       And so we had made the decision that to make this

22  device successful, it had to have the Google Play Store on

23  it and be able to have the full suite of applications that

24  customers expected to be able to install.

25    Q    And why was it -- why did you choose the Google

1    Play Store as the App Store to load on the Microsoft Duo?

2        A    There wasn't really an alternative.

3        Q    What steps did Microsoft have to take before it

4    could preinstall the Google Play Store on the Duo?

5        A    We had to sign a license agreement with Google.

6        Q    And that's a MADA?

7        A    We actually had to sign -- in order to license, we

8    had to sign two and a half agreements.  There was an

9    agreement, which is the MADA.  That is the agreement which

10   is the license to GMS services in Google Play.

11           We had to sign something -- I do not remember now

12   if we signed something called an ACA or we signed something

13   called an ACC.  At some point in time, Google renamed it.

14   But essentially it was either an Android compatibility

15   agreement or Android compatibility, and I have no idea what

16   the C stands for.

17           But essentially, it was an agreement to not

18   fragment the Android ecosystem, that if you were shipping a

19   device with Google's variance of Android, then all the

20   Android devices you manufactured and shipped had to be the

21   Google Android device.  So we had to sign those two.

22           And then when we introduced the Duo in Europe, we

23   had to sign a variant of the MADA, which I think we referred

24   to as EMADA, Europe MADA, which was just -- it was --

25   because they had a slightly different licensing regime in

3121

```
1    Europe than they did in the United States, we had to sign
2    another agreement.
3         Q    What role did you play in Microsoft's MADA
4    negotiations with Google?
5         A    I was the sort of executive responsible who led
6    the negotiations.  So there was an individual in my team who
7    kind of did the day-to-day, and then I was the executive who
8    sponsored it working with the senior folks at Google.
9         Q    And when did the MADA negotiation take place?
10        A    So I want to say over the course of 2020,
11   I believe.  I think it was 2020.
12             Yeah, because it was mostly -- a lot of it was
13   done in my basement so it was pandemic, so, yes, it would
14   have been 2020.
15             We first disclosed to Google our desire to do this
16   in the spring, and then we negotiated from the spring
17   through the summer, and if I remember, I think the device
18   was launched in August, September-ish time frame, and
19   I think we sort of shook hands like 3:00 a.m. the morning of
20   the announcement.  I think we actually didn't technically
21   sign the agreement until, like, three days later.
22        Q    Did part of Microsoft's MADA negotiations with
23   Google involve discussions about search?
24        A    Yes.
25        Q    And can you describe briefly what those
```

3122

1  discussions were.

2      A    We wanted the search entry points on the device to

3  be Bing.  They wanted the search entry points on the device

4  to be Google.

5      Q    And did you reach an agreement with Google over

6  the search entry points on the Microsoft Duo?

7      A    Yeah.

8          As you can see in the device, it ultimately

9  shipped, there was a compromise.  Some of the search entry

10 points in the device were Google and some of the search

11 entry points in the device were Bing.

12     Q    Which search entry points on the Microsoft Duo

13 were set to Google?

14     A    So if you can see on this screen, you can see on

15 the left-hand screen at the top, there's a search box that's

16 the search widget, that is set to Google.

17         If you can see, it's a little harder to see on the

18 screen, on the right screen in the rows of apps on the

19 second row on the left, there is a folder there that says

20 Google.  Inside that folder was the Chrome browser.  The

21 search entry point on the Chrome browser was set to Google.

22         I believe, but I don't remember exactly, but

23 I think if I'm looking at the picture I'm seeing it, inside

24 that folder was also the Google Search app and the search

25 entry point in the search app is set to Google.

1    Q    And which search entry points on the Duo are set

2    to Bing?

3    A    So if you notice in the app dock at the bottom,

4    all the way on the left is Edge.  Edge was actually the

5    preconfigured default browser on the device, and Edge had

6    Bing as the search entry point.

7         And then, you can't see this on the picture, but

8    if you swipe the device to the right, there was something

9    that got referred to as the minus 1 screen, and the minus 1

10   scene was a feed of news and information and calendar and a

11   bunch of other things, and there was a search box on top of

12   that.  The search box on the minus 1 screen was Bing.

13   Q    It does Bing have its own search widget?

14   A    We do have our own search widget.

15        Oh, my last thing is, I think, but I am not

16   certain, that the Bing app was in the Microsoft folder, just

17   for completeness, but I don't remember that to be clear.

18   Q    So if you look on the image in Plaintiffs'

19   Demonstrative 11, you see the Google Search widget at the

20   top of the screen on the left?

21   A    Yeah.

22   Q    Does Bing have a similar search widget that it

23   could preload on a device?

24   A    So the way Android works, as I understand it, is

25   the widgets are part of the app package.  So basically when

1    I installed the Android app, Android apps can come with

2    certain widgets that can be installed on them.

3          So if the Bing app is on the device, either

4    because it is pre-installed on the device or because the

5    user downloads it, then in some ways, the ability for the

6    user to add the Bing widgets is there also, right.

7          Now, you use kind of preloaded, and so not knowing

8    what that term means, let me explain to you how the actual

9    experience on the Duo worked.

10          If a user wanted, a user could add the Bing

11    widget.  Again, it's a relatively sort of complicated

12    process, but you kind of long press on the home screen and

13    then it pops something up, and then you click add widget,

14    and then you scroll down through the widgets, and you will

15    see Bing and you can sort of add the widget.

16          If the user wanted, the user could have deleted

17    the Google widget at that same point in time through sort of

18    a similar process.

19          The thing that we could not do is, one of the

20    restrictions in the MADA that we signed was around this

21    concept of programmatic changes, right, where essentially

22    you couldn't have an app that was pre-installed on the

23    device that programmatically changed any of the search entry

24    points or encouraged the user to change any of the search

25    entry points.

1          So, for example, you couldn't configure a

2    notification in the Bing app that says, you know, did you

3    know you can add the Bing widget to your home page, click

4    here, we couldn't have APIs that the users could do to do

5    it.

6          Yeah, the Bing widget was there.  But in practice,

7    it wasn't -- I don't believe it was used because just the

8    level of friction involved in sort of getting to it and

9    picking it up and reconfiguring it.

10    Q    But Microsoft does offer a widget that it could

11    have, in theory, loaded onto the Duo?

12    A    Yes.

13          To be very clear, our initial conception of what

14    we would have wanted to do with this device would have had

15    this box here that was Google would have been Bing.

16    Q    And why didn't Microsoft put the Bing search

17    widget on the Duo?

18    A    Because ultimately we needed -- for Duo to be

19    successful, we needed the license from Google, and in the

20    compromise that we came to through that negotiation, we --

21    they were -- that was not a compromise -- part of the

22    compromise that was made.

23    Q    Is it your understanding that it was an option for

24    Bing -- the Bing search widget to be loaded somewhere else

25    on the screen, as long as the Google Search widget was also

1    present?

2         A    I don't -- I don't remember.

3         Q    Do you have an understanding as to why Microsoft

4    didn't load a second widget on the Duo?

5         A    I don't remember if there were contractual

6    provisions that prevented us from doing it.

7              I do remember us having some conversations that

8    from a user-interface standpoint, it would be really

9    confusing if there were two boxes there, and it wouldn't be

10   a good product for the user.

11             THE COURT:  Can I ask you a question, Mr. Tinter?

12             If you had not been restricted in -- you said

13   there was a feature of the MADA regarding a prohibition on

14   encouraging users to switch the default or instructing the

15   user on how to switch the default, this is a hypothetical,

16   but what might have Microsoft done differently if that

17   prohibition wasn't there?

18             THE WITNESS:  Again, it is a hypothetical.

19             THE COURT:  Right, of course.

20             THE WITNESS:  I would say, you know, we certainly

21   could have used notifications.  You know, the Bing app could

22   have pushed a notification to the device that said, you

23   know, click here to sort of undo it.

24             We may have evaluated whether we made sort of, you

25   know, programmatic changes, click here, and we'll kind of do

```
 1    all the setting changes for you.

 2           So because we couldn't, we didn't spend a lot of

 3    time talking about it.

 4           THE COURT:  Right.  Okay.  Thank you.

 5           MS. BELLSHAW:  If I could just have a moment,

 6    Your Honor, I'm trying to see if there are other documents

 7    that I could put in front of the witness without showing

 8    them that we could do in open session.

 9    BY MS. BELLSHAW:

10    Q    Mr. Tinter, I'd like to direct your attention --

11    and if we could not put the document on the screen -- to

12    UPX246.

13    A    I'm sorry, am I going into my binder?

14    Q    Oh, sorry, yes.  In your binder.

15           You see a tab with the number UPX246?

16    A    0246?

17    Q    Yes.

18    A    Yeah, I see that.

19           Do you want me to open that up?

20    Q    Yes, please.

21    A    Okay.

22    Q    And this is a document over which Microsoft has

23    asserted confidentiality, so I'm going to try and navigate

24    you through it without saying some of the specific language

25    on the document aloud.
```

1           Do you recognize UPX246?

2      A    Yes.

3      Q    What is it?

4      A    It is an email that I sent to executives at Apple

5  cc'ing some executives at Microsoft.

6           MS. BELLSHAW:  Your Honor, we would move to admit

7  UPX246 into evidence.

8           MR. GREENBLUM:  No objection.

9           THE COURT:  246 will be admitted.

10                              (Plaintiffs' Exhibit UPX246
                                   received into evidence.)
11

12  BY MS. BELLSHAW:

13     Q    Mr. Tinter, looking at the date on this email,

14  during the time this email was sent, were you involved in

15  discussions with Apple about search?

16     A    Yes.

17     Q    Let me see if I can ask this question.

18          But if you look at the attached -- if you would

19  please look at page 6 of UPX246.

20     A    Sorry, when you say page 6, are you counting the

21  email as page 1?

22     Q    I am.

23          And so there's a little number on the bottom

24  right-hand corner, it's called a Bates number, and it ends

25  in 3259.

1       A    Yes, I do see that.

2       Q    And the title of the document is "Search economic

3    model."

4            Do you see that?

5       A    Yes.

6       Q    And at a high level, why did you send a search

7    economic model to Apple in this time period?

8       A    Just, can I take like a few moments just to

9    familiarize myself with what this thing is?

10      Q    Yes, of course.

11      A    Yeah, okay.

12           So -- and I apologize for being vague, but let me

13   see if I can answer this without treading into the

14   confidential thing.

15           One of the questions that Apple had as we entered

16   into the negotiations was what would the economics of the

17   switch be.

18           We had made a series of assumptions and estimates

19   that we had presented to them on what we thought the

20   economics of that switch would be.

21           We had had a meeting where we presented that to

22   them.  As you can see, the email I sent was a follow-up on

23   that meeting.  One of the things that had come up in that

24   meeting was questions of wanting to better understand how we

25   had built that model and what assumptions we had made.

```
 1              And this document was an attempt to describe how
 2   we built the model and what assumptions we had made.
 3        Q    Is it fair to say that Apple had asked Microsoft
 4   for certain information regarding its economic modeling and,
 5   in response, Microsoft provided that information as
 6   reflected in UPX246?
 7        A    Yes.
 8              THE COURT:  Ms. Bellshaw, can I interrupt you for
 9   a moment?
10              MS. BELLSHAW:  Sure.
11              (Pause)
12              THE COURT:  Go ahead.
13   BY MS. BELLSHAW:
14        Q    If you look at the bottom of the first paragraph
15   at the top of page 6 of UPX246?
16        A    The paragraph that starts "This document
17   explains"?
18        Q    Yes.
19        A    Okay.
20        Q    And the last sentence references RPM momentum.
21   Do you see that?
22        A    Yes.
23        Q    What is RPM momentum?
24        A    Hold on one second.  Let me read the paragraph.
25              So I'm trying to figure out how to --
```

1          When we built the model and as referenced in this

2   document, we had a historical trajectory on a year-over-year

3   basis what was happening to RPM in the Bing marketplace.

4          THE COURT:  You mean historically or projected

5   into the future?

6          THE WITNESS:  I'll get to that.

7          There was a historic.

8          And then we made a projection into the future

9   based partially by the historic trend we had been on.

10          And then we took that baseline trend and we

11   modeled, if you added the Apple scale, again, back to that

12   second-order effect that I described earlier.  We then had a

13   newer, steeper trajectory.  Does that, kind of picture that?

14          And so I think in that context what RPM momentum

15   here refers to is we have a baseline plan, based on this

16   history and our go forward projections.

17          And then, you know, the second half of the

18   sentence basically then says, and there will be an

19   incremental on top as a result of the Apple deal.

20   BY MS. BELLSHAW:

21     Q    So is it fair to say that one of the purposes of

22   this economic model was to model the expected impact of the

23   increased volume -- search query volume from a deal with

24   Apple on Microsoft's RPM -- or on Bing's RPM?

25     A    I'm sorry, can you -- I missed the first part of

1    your question.

2         Q    Yeah, sorry.

3              Is it fair to say that the search economic model

4    in UPX246 was an attempt by Microsoft to model the impact of

5    the increased volume from an Apple deal on Bing's RPM?

6         A    Yep.

7              So just -- so we're really clear, because, again,

8    I'm a little confused by the question, but let me try.

9              We built a model.  The model was, What did we

10   think would happen, what would happen to our RPM, how much

11   money did we think we could make, how much money did we

12   think Apple could make, right.  We had a model, we had

13   built it.

14             The specific purpose of this document was to

15   answer questions that Apple had about how that model worked.

16        Q    If you would look at the bottom of page 6 of

17   UPX246, do you see there's a section that starts "Scale

18   Model," and it goes on to the top of page 7?

19        A    Yes.

20        Q    Does -- and feel free to take a look at it if you

21   need to.

22             Does this section accurately reflect how Microsoft

23   was modeling the impact of Apple's search query volume on

24   Bing's advertising marketplace?

25             MR. GREENBLUM:  Ms. Bellshaw, I'm sorry, could you

3133

```
 1    just use a Bates number.  I'm not sure what you mean by
 2    "page 6," and since it's -- it's not on the screen, I want
 3    to make sure I'm following.
 4            MS. BELLSHAW:  Sure, no problem.
 5            So page 6 is the one ending in 3259.  And page 7
 6    is the one ending in 3260.
 7            MR. GREENBLUM:  Thank you.
 8            MS. BELLSHAW:  Sure.
 9            THE WITNESS:  So just so we're really precise,
10    because I want to make sure I'm sort of tracking the
11    question, this section is more theory than the model itself,
12    right.
13            So what this section essentially describes is, you
14    know, here is how we think about scale, right, here are the
15    four benefits of scale that positively impact the RPM in an
16    ad marketplace.
17            It then goes through and explains each of those
18    four benefits.  It uses examples from history, where we had
19    other partnerships and the different benefits.  It explained
20    the underlying sort of economic marketplace logic or
21    computer science experimentation logic that would sort of do
22    it.  And so this was very much one of a more, Apple, let us
23    help you understand the theory that went behind the numbers
24    we presented to you.
25
```

1    BY MS. BELLSHAW:

2        Q    And at a high level, how did Microsoft project

3    that the Apple deal would affect Bing's search advertising

4    ecosystem?

5        A    At a high level, we thought it would have a highly

6    positive impact that would materially increase our RPM.

7        Q    I think we can set that one aside.

8        A    Yeah.

9            THE COURT:  Can I ask a couple questions, and

10   I don't -- you don't need to descend into particulars on

11   this.

12           But did you have a sense of what Google's revenue

13   share payment was to Apple at the time you -- and I'm not

14   asking you to give me a number, but does Microsoft have

15   something in its mind as to what the revenue share payment

16   Google was providing to Apple?

17           THE WITNESS:  So, we did.

18           There was a point in time in one of the

19   negotiations, and I think it was in this negotiation,

20   I'm not certain, where there was a conversation between the

21   CEOs of the companies, two companies.  The Apple CEO

22   communicated to our CEO, Here is my expected numbers for the

23   next four years, the -- in some ways you want to win the

24   business, you're going to have to his these numbers.

25           Whether that was his actual numbers or some -- his

 1    numbers plus something because he was negotiating, we don't

 2    know, but we sort of -- we took those as one baseline input.

 3          We spent a lot of time looking at Google's

 4    financial statements, things that Google said publicly,

 5    Apple's financial statements, estimates from analysts.

 6    I mean, there was a huge amount of interest in the industry

 7    about what the size of that check was.

 8          THE COURT:  You're trying to triangulate a number.

 9          THE WITNESS:  We tried to triangulate it.

10          I think we were generally able to triangulate

11    very, very close to that high-level number that Apple had

12    given us, which gave us more confidence that it was right.

13          We then -- the thing that we never knew as well is

14    the exact structure of what was the specific percentage

15    rev share, how did all that sort of work.

16          Like, we had some guesses that we thought, but I

17    would say we felt highly confident in our understanding of

18    the topline number, less confident in our understanding of

19    the mechanics of how the agreement worked.

20          Does that answer your question?

21          THE COURT:  It does.

22          And then my follow-up, and maybe we'll get into

23    this a little more closely in a closed session, but what

24    conclusion did Microsoft come to in its ability to meet

25    those numbers, whatever they were?  And whether it would be

```
 1    able to do so at any point during a proposed relationship?

 2              THE WITNESS:  So this might be better when we can

 3    actually talk about the numbers, but let me try.

 4              THE COURT:  Sure.

 5              THE WITNESS:  There was two aspects of it, right.

 6    There was the aspect of it, what did we think we could

 7    generate, like just in absolute, if this ran through the

 8    Bing marketplace, what did we think we could generate.

 9              And then there was an aspect of it, which was

10    willingness to pay because of that first-order, second-order

11    effect.

12              THE COURT:  When you say a "willingness to pay" --

13              THE WITNESS:  Well, how much is -- let me sort of

14    give you a sense of what I mean.

15              If I remember correctly, in the 2016 time frame,

16    we could not meet the number -- we did not believe at that

17    point in time we could meet the numbers that Apple was

18    representing to us.

19              However, when we looked at the numbers we thought

20    we could meet and we looked at the gap -- the gap relative

21    to the numbers, we said, That is an investment that is worth

22    making.  And we were prepared to negotiate with Apple with a

23    deal.

24              And, again, there would have been a lot of

25    structure and form that that would have taken where we would
```

3137

```
 1   have lost money on the direct Apple relationship but felt

 2   that strategically overall, we were better off.

 3           And so, therefore, we thought we could make Apple

 4   whole to what they said their expectations were economically

 5   and make it -- and make it a -- but it would have

 6   represented a multibillion-dollar investment on Microsoft's

 7   part in order to do that.

 8           THE COURT:  And still would have been negative in

 9   terms of --

10           THE WITNESS:  It would have been --

11           THE COURT:  At least in the short run.

12           THE WITNESS:  In the short term, it would have

13   been highly negative.

14           I mean, we had conversations with the Board, you

15   know, We are thinking about making a multibillion-dollar

16   negative investment to secure this, and the Board was very,

17   very supportive, they saw the strategic value in it.

18           But, you know, we were talking about how would we

19   explain this to investors, how would we explain it, because

20   it would have shown up as a significant loss.

21           THE COURT:  Sure.

22           THE WITNESS:  In the 20 -- the next time we did

23   this, which was a couple of years later, we had obviously

24   made some more improvements over the years.  We had higher

25   fidelity models.
```

1           At that point in time, we actually believed that

2    the level of investment required for us to secure it sort of

3    would have been less.

4           Now, it played on an interesting dynamic, which is

5    while I know your focus in the room is very U.S. based, it

6    is a global agreement, right.

7           And ultimately, the conclusion that we sort of

8    made was, we thought, based on our best estimates of the

9    revenue payments that Google was making to Apple in the

10   United States, that we could actually beat that.

11          We actually thought we could beat that relatively

12   sort of materially because we were prepared to share a much

13   higher percentage of the profit, and we're sort of, Hey, if

14   we give Apple a much higher percentage of the profits, we

15   can actually net it's a win in the United States.  It would

16   have still been a loss in the rest of the world but kind of

17   net overall.  It was -- it worked out.

18          The optimal thing for Apple to have done -- and,

19   again, I think in closed session, maybe we'll end up looking

20   at some of the sort of math on this -- would have been to

21   have switched to Microsoft in the United States, taken our

22   aggressive offer there, continue to work with sort of Google

23   and the rest of the world.

24          That would have been the profit-maximizing thing

25   for them, though, as -- because of their -- the way they

1    ultimately described the app -- their relationship dynamics

2    with Google, they couldn't do that.

3            THE COURT:  Okay.  Thank you.

4            MS. BELLSHAW:  And, Your Honor, I think that

5    probably concludes the questioning from DOJ for the open

6    session.

7            THE COURT:  Okay.  All right.

8            Well, why don't we begin with the States.

9    Ms. Bellshaw, I'll ask you to just do another look-through

10   of your exhibits and see if -- I'll invite you back up to do

11   something in opening if that's feasible.

12           So why don't we get started with the States.

13   Mr. Sallet.

14           MR. SALLET:  Yes, Your Honor.  Could I just ask,

15   one thing I've learned is I need to get to the mic, so let

16   me do that.

17           Could I just ask, Your Honor, when we were talking

18   earlier, there were some documents that Google was going to

19   review and has the right to review.  It would help me just

20   to know if Google has made any decision on those documents.

21           MR. GREENBLUM:  If we could confer at a break with

22   Mr. Sallet, Your Honor, I'm confident we can resolve the

23   issue and let him do what he needs to do in open court.

24           THE COURT:  Okay.  Do you have 20 minutes' worth

25   before?

 1          MR. SALLET:  I could do 15 or 20 minutes.  But if

 2    I could do some opening questions and then we could take a

 3    break, even if it's a little before 11:00 --

 4          THE COURT:  Sure.

 5          MR. SALLET:  -- I think that would work.

 6                         - - -

 7                   DIRECT EXAMINATION

 8    BY MR. SALLET:

 9     Q    So, Mr. Tinter, just before we begin, if I'm not

10    speaking loud enough --

11     A    As long as you're in the microphone, you're good.

12     Q    -- you tell me.

13     A    Everyone has been great.

14          I appreciate it.

15          If you could get my kids microphones for the

16    dinner table, everything will be better.

17     Q    Mr. Tinter, during your career, have you had any

18    roles where you worked with the search advertising industry?

19     A    What do you mean by "the search advertising

20    industry"?

21     Q    Well, where you worked in -- at a company that was

22    engaged in, for example, purchasing search advertising.

23     A    Yes, yeah, I have.

24          So prior to coming to Microsoft, I was the Chief

25    Marketing Officer of a company called Drugstore.com.  It was

1    an e-commerce retailer of health and beauty products.  We

2    were -- search advertising was one of our most important

3    customer acquisition vehicles.

4            Prior to Drugstore, I actually ran the e-commerce

5    business for Cingular Wireless.  I think at that point in

6    time, I may have been one of the top ten search advertisers

7    on Google.

8       Q    And in your -- you described earlier, Mr. Tinter,

9    your responsibilities at Microsoft.  Did I understand you

10   correctly to say that among those responsibilities is the

11   management of the broad relationship between Microsoft and

12   Google?

13      A    Yes.

14           I -- sorry, let me be a little more precise on

15   that and why I paused and hesitated for a second.

16           The two companies had put in place an agreement to

17   govern our relationships and how we manage disputes between

18   the two companies to try and find ways to sort of

19   collaborate and cooperate.  That agreement designated

20   executive sponsors on both sides who were responsible for

21   engaging in that.

22           The designated executive sponsor on the Microsoft

23   side for most of the time was a woman named Peggy Johnson,

24   who was my boss at the time.

25           In practice, Peggy delegated those

```
1    responsibilities to me.  I don't remember if we ended up
2    formally amending the agreement to declare me the executive
3    sponsor, but I was -- in practice, I ended up sort of
4    playing that role.
5              And then more broadly than kind of what was
6    governed by the sort of formal dispute process, my team is
7    the team that ultimately, where there are opportunities to,
8    collaborate with Google.
9              And while we majoritively [sic] compete in almost
10   everything we do, there are still places where we
11   collaborate, and my team is responsible for that, and I am
12   the Microsoft executive sponsor of that relationship in
13   collaboration.
14        Q    The process that you described in your answer, is
15   that attached to a document that's entitled "Settlement
16   agreement"?
17        A    I don't know what it was entitled, but there was a
18   legal agreement that we entered into.  I don't remember the
19   title that prescribed the process.
20        Q    Have you heard the term "escalation" or
21   "escalation process" used to describe that process?
22        A    Yeah, I've probably used that also.
23        Q    Yes.
24              And did Microsoft have a view during this time
25   period, 2019, 2020, I'm not asking for a specific date,
```

 1    about when it would be useful for Microsoft for this
 2    escalation process to be used?
 3         A    So, as you can imagine, in a relationship as
 4    complicated as a relationship between Microsoft and Google,
 5    there's lots that goes back and forth, right.
 6              And there are often issues that come up.  You have
 7    to, at some point, decide if those issues are significant
 8    enough and material enough that you want to invoke a
 9    relatively complicated process to manage them.
10              So, yeah, sometimes people would come and say,
11    Hey, I've got issue X, Y, or Z with Google and we should
12    "escalate" it, and we would occasionally have discussions
13    and decide if we did that or didn't do that.  I would say we
14    almost never did.  Our dominant thing was, go see if you can
15    work it out.
16         Q    And were there times in 2019 or 2020 when you did,
17    in fact, invoke the escalation process?
18         A    There was one time, yes.
19         Q    And what was that one time?
20         A    We have -- I'm just trying to think how I can say
21    this without breaching confidentiality.
22              I do not know how to answer the question without
23    breaching confidentiality.
24              MR. SALLET:  Can I try to help just by asking a
25    question?

1           THE COURT:  Sure.

2           THE WITNESS:  Yeah.

3   BY MR. SALLET:

4       Q    Did a time come, Mr. Tinter, when this escalation

5   process was formally invoked by Microsoft as part of a set

6   of discussions with Google about the extent to which

7   Microsoft ad features would be supported by Google's SA360?

8       A    Yes.

9       Q    Thank you.

10          And just -- and you may have said this and I

11  apologize if I missed it, but in that -- in those

12  discussions, who was the lead negotiators or discussants for

13  Google?

14      A    So you asked about two different things, so I want

15  to say, you want to know who is the executive at Google

16  responsible for the escalation or you want to know who was

17  the negotiator?

18      Q    Well, it's a fair point, Mr. Tinter.  Let me go

19  with the latter, who was engaged in the negotiation on

20  behalf of Google?

21      A    I don't remember.  I was not dealing with that

22  person.  There was somebody on my team who did the

23  day-to-day negotiations.

24      Q    And with whom did you deal at Google?

25      A    A gentleman named Don Harrison.

3145

1      Q    And who is he?

2      A    I believe Don's title is some president's

3  partnership corporate development, or something or other.

4  He was the designated executive sponsor at Google with a

5  Microsoft relationship.  He was the one I tended to deal

6  with on a variety of issues.

7      Q    Did you ever deal with a Google executive named

8  Joan Braddi?

9      A    I remember Joan's name.  I think she may have been

10  on Don's team.  She could have been the person who was

11  involved in some of the issues with my team.  I think she

12  may have been involved in some of the Duo issues.  But I

13  don't ever remember personally negotiating with her.

14      Q    And who from your team at Microsoft was engaged in

15  these discussions?  Do you recall?

16      A    I believe it was a gentleman named Chris Weinstein

17  but I'm not -- I think it was Chris.

18      Q    And do you recall a Microsoft executive named

19  Shirley Heath?

20      A    Shirley worked in our ad business group.

21          And if I remember correctly, Shirley was, for lack

22  of a better term, considered the business owner of the

23  Microsoft relationship with SA360.

24      Q    And was she involved in this work with you?

25      A    Yes.

1    Q    Can I go back to your earlier explanation of your

2    work at Drugstore.com and Cingular just to change topics.

3         When did you first become acquainted with the

4    operation of search engine management tool providers?

5    A    I don't believe we used a search engine management

6    tool provider at either Cingular or Drugstore.  I think we

7    managed it all ourselves, but honestly that's so long ago.

8    Q    Okay.

9         Well, let me ask it this way.  Based on your

10   experience, Mr. Tinter, how do advertisers use what I'll

11   call SEM tools, if I might?

12   A    Yeah, look, I will be honest, I'm not probably the

13   best person at Microsoft to talk about this topic.  Like I

14   had people in my team who were very deep on it, who spent a

15   lot of time day to day on it.

16   Q    Of course.

17   A    As opposed to some of the other things we've

18   talked about where I had a lot of personal time, this was

19   not one.  Like, I would periodically be asked to play or

20   review a role in a partnership or, in this case, had to play

21   this executive escalation role.

22        So repeat the question with the caveat that

23   probably the wrong Microsoft guy.

24   Q    Yes.

25        Well, based on your experience, how do advertisers

1    use SEM tools?

2            MR. GREENBLUM:  Objection; foundation, Your Honor.

3            THE COURT:  Well, he can answer to the extent he's

4    testified he's got some experience in the industry, and so

5    to the extent he has an understanding, he can answer.

6            Go ahead, sir.

7            THE WITNESS:  I believe they used them to manage

8    ad campaigns on search engines.

9            MR. SALLET:  If we could hand up the binders,

10   there's one public document that I will use, and then if we

11   could take the break just to be able to deal with the

12   question, what can be done in opened and closed.

13           THE COURT:  Okay.

14   BY MR. SALLET:

15       Q    Mr. Tinter, we're going to hand you --

16           MR. SALLET:  And may we approach the witness?

17           THE WITNESS:  Thank you.

18   BY MR. SALLET:

19       Q    As did the Department of Justice, this is in

20   numerical order, not necessarily the order with which

21   we will review documents.

22           But I'd like to show you in evidence that --

23   I'm sorry, a document that is in evidence marked as

24   PSX00909.

25       A    I'm sorry?

3148

1    Q    Could you take a moment?

2    A    PSX00 --

3    Q    909.

4         The last three digits are 909.

5    A    All right.  I'm sorry.  It's deep in the binder.

6    Q    It is, yes, sir.

7    A    I'll start putting these in first.

8    Q    So can you just look at this briefly.

9    A    Yeah.

10        You need more toner in your printer.

11   Q    Mr. Tinter, let me just say if the success of the

12   States' case would depend on my ability to use a printer.

13        I'll represent to you that this is a reproduction

14   of a public facing document, a Google blog.

15        And do you see that it's dated September 18th,

16   2019?

17   A    Yes.

18   Q    And do you see that it's entitled "Google ads

19   auction-time bidding comes to Search Ads 360"?

20   A    Yes.

21   Q    And do you see that the author is listed as Jason

22   Krueger, product manager Search Ads 360?

23   A    Yes.

24   Q    I'd like to direct your attention to two sentences

25   that appear in the paragraph at the bottom of the first

1  page, Mr. Tinter.

2          The first sentence, "Smart bidding in Google ads

3  uses machine learning to set bids at AuctionTime by

4  factoring in a wide range of signals that help predict

5  performance."

6          Do you see that?

7      A   Yes.

8      Q   And then the last sentence, it starts with the

9  word during.  "During beta testing, hundreds of Search Ad

10 360 advertisers enabled Google ads AuctionTime bidding and

11 saw an average lift in conversions of 15 to 30 percent at

12 the same or better ROI."

13         Do you see that?

14     A   Yes.

15     Q   Now, just for the clarity of the record, what

16 do you understand the word "conversions" to mean in this

17 context?

18     A   So my assumption in this context, and obviously

19 I didn't write the blog, but just reading it --

20     Q   Of course.

21     A   -- as someone who spent a lot of money on search

22 engines is, a conversion is -- tends to be someone who sees

23 an ad who ultimately buys, right.  So I sort of take this as

24 somebody who saw or clicked on an ad, who then went to the

25 advertiser's website and completed a purchase.

1     Q    So from an advertiser's point of view, a

2   successful sale?

3     A    Yes, that's my assumption.

4     Q    Okay.

5          And the reference to Google ads AuctionTime

6   bidding, at this time -- this time is September 2019 -- had

7   Microsoft developed a similar ad feature that would permit

8   advertisers to use realtime bidding?

9     A    I don't know.

10    Q    Okay.

11         Did you come to understand in the fall of 2019

12  whether Microsoft had a realtime bidding feature?

13    A    So --

14         THE COURT:  I'm sorry, this is Microsoft ads?

15  Platform?

16         MR. SALLET:  Yes.

17  BY MR. SALLET:

18    Q    Whether Microsoft had developed a realtime bidding

19  feature.

20         If the time period is the issue, Mr. Tinter, I'm

21  happy --

22    A    No, no.  The issue partially for me is we now get

23  into the substance of the escalation, and my comfort in

24  discussing the substance of the escalation in a big open

25  room.

1      Q    I'm only asking you, and if you're not

2   comfortable, right, but I'm simply asking you whether there

3   was in existence a Microsoft ad feature to support realtime

4   bidding?

5      A    Over the course of that escalation process that we

6   discussed, I became aware that there was a realtime

7   auction-time bidding system that Microsoft had.  I don't

8   know when we introduced it, I don't know a lot of the

9   details.  So whether we also had one in September of 2019,

10  I don't know.

11     Q    Right.

12          Looking at the last sentence again, you see the

13  reference to "an average lift in conversions of 15 to

14  30 percent at same or better ROI"?

15     A    Yes.

16     Q    In the industry, based on your experience, what

17  does ROI mean?

18     A    Return on investment.

19     Q    In your experience would advertisers view

20  favorably a new ad feature that would provide an average

21  lift in conversions of 15 to 30 percent at the same or

22  better ROI?

23     A    When I was an advertiser, I would have.

24     Q    Thank you.

25          MR. SALLET:  Your Honor, if we're close enough to

1   11:00, this would be a useful time to take a break.

2          THE COURT:  Okay.

3          All right.  It's about 5 of 11:00, give or take.

4   Why don't we take about 20 minutes so you can have your

5   discussion and then we will resume at 11:15.

6          Mr. Tinter, I'll ask you to please not discuss

7   your testimony with anyone during the break.  Thank you,

8   sir.

9          COURTROOM DEPUTY:  All rise.

10          This Court stands in recess.

11          (Recess from 10:54 a.m. to 11:17 a.m.)

12          THE COURT:  Thank you, everyone.  Please be

13   seated.

14          All right.  Mr. Sallet, do we have those documents

15   issues resolved?

16          MR. SALLET:  Yes, sir.

17          Might I just briefly explain?

18          THE COURT:  Sure.

19          MR. SALLET:  After consulting with Google and

20   Microsoft, we're going to continue our entire direct in

21   open.

22          There's one document I'll come to where there's a

23   partial redaction.  We will not show that on the screen.

24   We will provide -- I believe you have -- each have redacted

25   versions of it, and I will avoid asking about the redacted

1   language.

2          THE COURT:  Okay.  Terrific.  Thank you.

3          THE WITNESS:  I'm sorry, just for --

4   BY MR. SALLET:

5      Q    Yes, sir.

6      A    -- my clarifications, you're telling me I'm

7   supposed to ignore all my confidentiality concerns for the

8   remainder of this?

9      Q    Yes, sir.

10     A    Sorry.  All right.  That'll take a little getting

11  used to, but we'll make it work.

12         MR. SALLET:  Sorry, Your Honor, I lost my place.

13  BY MR. SALLET:

14     Q    Mr. Tinter, I'd like you to look at the document

15  that's been marked PSX00713.

16         MR. SALLET:  Your Honor, this is a document that's

17  been admitted --

18     A    You said 00 --

19  BY MR. SALLET:

20     Q    It ends with --

21     A    -- 713.

22     Q    Yes.

23     A    Okay.  Yeah, sorry.  Got it.

24         MR. SALLET:  And it ends -- oh, Your Honor, this

25  is a document that's been put into evidence without

1    objection.

2              THE COURT:  Okay.

3                        (Plaintiffs' Exhibit PSX00713
                          received into evidence.)
4

5    BY MR. SALLET:

6         Q    So, Mr. Tinter, this is an email to you from

7    Shirley Heath; is that correct?

8         A    Yes, that's correct.

9         Q    And you identified Ms. Heath a few minutes ago?

10        A    Yes.

11        Q    And it was sent to you October 14th, 2019?

12        A    Sorry, was that a question?

13        Q    It is, yes, sir.

14        A    What is the question?

15        Q    And am I correct that it was sent to you on

16   October 14th, 2019?

17        A    Yes, it was.

18        Q    And just looking at the first sentence, do you see

19   the words "Attached is a brief one-page memorandum" --

20   I'm sorry.  "Attached is a brief one-page memo outlining

21   critical areas of functionality that we are working with

22   SA360."

23        A    Yes, I see that.

24        Q    So I would now like you to turn to that

25   attachment, which has been marked as 714.  It should be the

1    next tab in the way the binders are put together.

2              MR. SALLET:  This, Your Honor, is the partially

3    redacted document.  You should each have a version that

4    shows one portion of the first bullet to be redacted.

5    BY MR. SALLET:

6         Q    I just want to make sure that -- Mr. Tinter,

7    do you have such a document that shows the redaction?

8         A    So I see a document that has nothing redacted but

9    has several sentences that are highlighted.

10        Q    The highlights were provided to us by Microsoft as

11   the redaction.  That will not be the subject of my

12   questioning, that language.

13        A    Okay.

14        Q    In the middle of the first bullet --

15        A    I'm sorry, can I --

16        Q    Yes, sir?

17        A    -- rapidly equate myself with what this thing is?

18        Q    Of course.

19        A    And I'm sorry, just so I'm very clear, this was

20   the attachment referenced in the email?

21        Q    Yes, sir.

22        A    Okay.

23             Okay.  Yeah, I generally get the document.

24        Q    Looking at the sentence immediately preceding the

25   redaction, there's a sentence that begins with the word

1   "integration."  Can you find that, Mr. Tinter?

2       A    It begins with the word "integration"?  Oh,

3   "Integration of Microsoft"?

4       Q    Right.  It reads, please tell me if I'm correct,

5   "Integration of Microsoft" --

6       A    Yeah, "Integration of Microsoft advertising bid

7   strategies," that sentence?

8       Q    Yes.

9       A    Yeah, I see that.

10      Q    And it continues, "Is the top priority ask to

11  SA360 for their next development cycle?"

12           Do you see that?

13      A    Yes.

14      Q    Are you familiar with the term "development

15  cycle"?

16      A    I believe I understand what it means in this

17  context.

18      Q    Could you give us your understanding.

19      A    Yeah.

20           So software tends to be development, developed on

21  some calendar cadence where you spend a period of time

22  writing code and then that code is tested and released, and

23  that tends to happen in sort of a cycle where you go through

24  plan CodeShip, and I assume that's what this refers to here.

25      Q    And do you recall the length of the development

3157

1    cycles as referenced here?

2        A    No.   This is a Google development cycle so

3    I wouldn't know.

4        Q    Thank you.

5            Moving to the next bullet, do you see a sentence

6    that is at the very beginning of the second bullet that

7    says, "SA360 shared recently that a major contributor to

8    their value proposition is their Floodlight tag."

9            Do you see that?

10       A    Yes.

11       Q    And then do you see, later in the paragraph, it's

12   the -- skip a sentence -- a sentence that says, "Clients can

13   use a single set of Floodlight tags to track conversions

14   from both display and search"?

15       A    Yes, I see that.

16       Q    Do you see that?

17       A    Yes.

18       Q    And you previously discussed what a -- what a

19   conversion was?

20       A    Yes.

21       Q    The sentence -- there's also a sentence in this,

22   it's about five lines down.   "Because of this, SA360 defines

23   and is the true source of conversions for clients."

24           Do you see that?

25       A    Yes.

1        Q    Was it the understanding of Microsoft at this time

2   that SA360 supported the use of conversion data?

3        A    I'm sorry, say that again.

4        Q    Was it Microsoft's understanding at this time that

5   SA360 supported the use of conversion data?

6        A    I -- I'm sorry, I'm not tracking the question.

7             Did who understand?

8        Q    Did Microsoft understand that at this time, SA360

9   was supporting the use of conversion data in the operation

10  of that search engine management tool?

11       A    So, again, just in the spirit of being precise

12  because we're looking at a document that I don't ever -- I

13  mean, was sent to me like many years ago that I don't

14  remember at all.

15       Q    Sure.

16       A    The document was written by somebody at Microsoft

17  that says --

18       Q    Yes.

19       A    -- that SA360 was using conversion data.

20       Q    And this document was written as a brief

21  memorandum to you, correct?

22       A    Correct.

23       Q    And it was written by people that you relied upon

24  for information; is that correct?

25       A    So, again, I don't know who wrote this document.

1    I'm assuming it was Shirley, given Shirley was the person
2    who attached the email --
3         Q    Yes.
4         A    -- but I don't know.  I always found Shirley to be
5    sort of reliable.
6              Again, as I talked about earlier, this is not a
7    topic where I had any expertise, so I very much relied on
8    the people who were -- to describe to me what we needed to
9    discuss in the escalation.
10        Q    Thank you.
11             There's a discussion here of the sentence which
12   follows that one, "SA360 enables conversion sharing with
13   Google, and Google controls the AuctionTime bid."
14        A    I'm sorry, where -- say that again.
15        Q    Sure.  There's a sentence that follows the one we
16   were looking at, I think.
17             "Because of this, SA360 defines and is the true
18   source of conversions for clients" --
19        A    Okay, yeah.  SA360 enables conversion sharing,
20   okay, I see that.
21        Q    Are you familiar with conversion sharing in this
22   context?
23        A    No.
24        Q    Are you familiar with a process by which
25   advertisers can connect conversion data back to the

```
 1    operation of ads on general search engine platforms?

 2         A    I mean, I know in general the various platforms

 3    have some ability to do it, but I'm not familiar with it in

 4    any level of detail at all.

 5         Q    I'd like to show you the next document, which

 6    I want to represent, Microsoft counsel is here, has been

 7    fully freed from redactions --

 8         A    That is --

 9         Q    -- by Microsoft.

10         A    I'm sorry, just so we're very clear, that's PSX --

11         Q    7110.

12         A    -- 715?

13         Q    No, I'd like you to turn to 7110.

14         A    7110 is very much not the next document.

15              Okay.

16         Q    Sorry.  Next in the order of my questioning, not

17    by mathematics.

18         A    Well, no, the order in the binder.

19              That's all right.  Go ahead.

20         Q    Yes, that's correct.

21              MR. SALLET:  Your Honor, this has been admitted

22    into evidence without objection.

23                              (Plaintiffs' Exhibit PSX7110
                                     received into evidence.)
24

25
```

3161

```
 1   BY MR. SALLET:

 2       Q    Mr. Tinter, this is an email from you to

 3   Mr. Harrison on December 19th, 2019?

 4       A    Correct.

 5       Q    And I'd like to ask you about certain statements,

 6   and -- if I might?

 7       A    Okay.

 8       Q    But before we do that, I just want to note, the

 9   second sentence of the email says, "I wanted to follow up on

10   the call you and I had with Peggy."

11            Do you think that that Peggy was Peggy Johnson who

12   you identified earlier?

13       A    Yes.

14       Q    Thank you.

15            Looking at the third paragraph, there's a

16   sentence, "On Office support for Chromebooks, we want to

17   better understand the specific ask."

18            Do you see that?

19       A    Yes.

20       Q    Do you recall what was Google's ask with regard to

21   Chromebooks?

22       A    I don't remember the specific ask at this

23   particular point in time.  I know at various points in time,

24   Google expressed a desire for Office apps to work as well as

25   possible on Chromebooks, and so I imagine it was something
```

1    underneath that generic, but I don't remember their specific

2    ask at this point in time.

3        Q    Thank you.

4            Do you see that there's a paragraph underneath

5    your name but before there's -- before a chart?

6        A    Yes.

7        Q    And the end of that, the penultimate line in that

8    paragraph refers to a "final answer expected in January."

9            Do you see that?

10       A    Yes.

11       Q    Looking at this, do you recall what -- looking at

12   this document, do you recall what final answer was expected

13   in January?

14       A    So with the caveat that I am conjecturing a little

15   bit reading the document, there's a list of things here, you

16   know, some of which we're saying where a decision had

17   already been made that it was not going to be done, those

18   are things described as BTL.  And some of things listed here

19   as UC, or under consideration, my assumption in the context

20   is that refers to we expected a final answer on the things

21   that were under consideration to be incoming in January.

22       Q    Thank you.

23           And the chart to which you just referred, there's

24   a chart on this page, and the heading on the left-hand side

25   is "MSA prioritization."

3163

1          Do you see that?

2     A     Yes.

3     Q     Looking at the construction of this chart, can you

4     tell which features were the most important to Microsoft at

5     this time?

6     A     Well, I mean, again, if you look at it, there

7     appears to be a label that's high, a label that's medium,

8     and a label that's RMF.  And so I assume the most important

9     ones were the ones underneath high.

10    Q     And in the first row underneath high is the text,

11    "Auto bidding (text plus product ads), coding parity.

12    Including conversions."

13          Do you see this?

14    A     Yes.

15    Q     And this is listed among the requests Microsoft

16    was making to Google, correct?

17    A     Yes.

18    Q     We used the term, and please correct me if I have

19    it wrong, Mr. Tinter, but Microsoft realtime bidding, right

20    before the break, as an ad feature that Microsoft came to

21    offer advertisers.

22          Do you recall that?

23    A     Yes.

24    Q     And --

25          THE COURT:  Just to be clear, Mr. Sallet, when

1   you -- are you talking about Microsoft's own ad platform

2   contained a realtime bidding component, correct?

3           MR. SALLET:  I'm --

4           THE COURT:  Or maybe I should ask the witness, but

5   I thought that's what you were asking beforehand.

6           MR. SALLET:  I can ask the witness a question on

7   this.

8           THE COURT:  Sure.  Thank you.

9   BY MR. SALLET:

10      Q    Mr. Tinter, earlier you said you recall that at

11  some point there was such a Microsoft realtime bidding ad

12  feature, you weren't certain of the time.  Do you recall

13  that?

14      A    Yeah, we talked about it.  I don't know when it

15  was shipped, but at some point I became aware we had one.

16      Q    Yes.  Do you recall a time when Microsoft

17  requested that Google allow advertisers to use Microsoft

18  realtime bidding through the operation of SA360?

19      A    That was one of the topics that was discussed as

20  part of the escalation process I referred to earlier.  And

21  as I remember, before it would have gotten to the escalation

22  process, it would have something that the two companies

23  would have been discussing for a period of time.

24      Q    Yes.

25           And is that what is being referred to in this

1    first line, "auto bidding coding parity including

2    conversions"?

3        A    Yes.

4        Q    On the right-hand side, do you see the words,

5    "Only a conversion sharing test was under consideration"?

6        A    Yes.

7        Q    Do you recall why Microsoft viewed the conversion

8    sharing test as a high priority item?

9        A    No.

10        Q    Do you recall whether there was a conversion

11    sharing test with Google that began in 2020?

12        A    No.

13        Q    I'd like to show you the document that's marked

14    378, it ends with the digits 378.

15        A    I'm sorry, PSX00 --

16        Q    PSX00378.

17            MR. SALLET:  This is a document, Your Honor,

18    that's been introduced into evidence without objection.

19            THE COURT:  Okay.

20            THE WITNESS:  Okay.

21                                (Plaintiffs' Exhibit PSX00378
                                  received into evidence.)
22

23    BY MR. SALLET:

24        Q    And I'd like you to turn to page 3 of the

25    document, the Bates number ends in 460.

1    A    Yep.

2    Q    And this is an email that you sent to Mr. Harrison

3  on March 3rd, 2020; is that correct?

4    A    Yes.

5    Q    And the reference, the subject line is "SA360,"

6  correct?

7    A    Correct.

8    Q    And the first sentence is, "What is the status on

9  this?"

10        Do you see that?

11    A    Yes.

12    Q    And then in the second paragraph you say, "Our

13  team has not heard anything back.  Temperatures inside

14  Microsoft on this topic are rising rapidly.  Satya is

15  pushing me to figure out how we make progress."

16        Do you see that?

17    A    Yes.

18    Q    Who is Satya?

19    A    Satya Nadella, who's the Microsoft CEO.

20    Q    Mr. Nadella?

21    A    Yes.

22    Q    Do you recall what you meant when you said,

23  "Temperatures inside Microsoft on this topic are rising

24  rapidly"?

25    A    So the Bing ads team cared very passionately about

1    this issue, they were pushing on it very hard.

2        This was a period of time where we were more

3    broadly trying to evaluate, you know, are there better

4    places of cooperation that we should be exploring with

5    Google.  You know, for example, Microsoft at this point in

6    time was one of the largest developers on the Android

7    platform with our office applications and, like, should we

8    be doing -- does that open up strategic cooperation

9    opportunities inside Microsoft during this period of time.

10   We were talking about should we go down the Duo path which

11   would involve a more deeper collaboration with Google.

12       So there was a lot of debate over how much should

13   we work with Google or not.  And obviously the Bing ads team

14   was advocating very strongly that they should, that we

15   should not because we should address these things.

16       And I think in my conversations with Don, we had

17   both expressed a mutual desire to decrease the level of

18   suspicion between the companies and where it made sense for

19   our customers and our businesses to cooperate.  And

20   so I think, you know, my reference to him was to say, hey,

21   this is one of those issues where there's a lot of sort of

22   internal debate, can we find a way to make progress in the

23   spirit of that.

24       Q    And, Mr. Tinter, when you use the phrase "this

25   issue," do you mean to refer to the question of the extent

1    to which SA360 would support Microsoft ad features?

2        A    Yes.

3        Q    Thank you.

4            And the sentence that says that "Mr. Nadella is

5    pushing me," do you recall any communications with

6    Mr. Nadella that form the basis for that sentence?

7        A    Sorry, say that again.

8        Q    The sentence that refers to Mr. Nadella,

9    Mr. Nadella is "pushing me," do you recall any

10   communications with Mr. Nadella that were the basis for that

11   sentence?

12       A    Not specifically.

13       Q    Do you recall if you heard anything back from

14   Google as a response to this email?

15       A    I'm trying to remember actually.

16           I don't remember, no, sorry.

17           MR. SALLET:  Your Honor, I'd like to use a

18   document to refresh Mr. Tinter's recollection.

19                              (Plaintiffs' Exhibit PSX00433
                                   received into evidence.)
20

21   BY MR. SALLET:

22       Q    Mr. Tinter, could you turn to tab PSX00433.

23           This is a document, Your Honor, that's been

24   admitted into evidence without objection.

25           Mr. Tinter, please take a minute to orient

1   yourself, but do you see that this is an email from a

2   gentleman at Google dated March 6th, 2020?

3       A    Yes.

4       Q    A few days after the email we just looked at?

5       A    Yes.

6       Q    And it was addressed to a person at Microsoft

7   named Tareq Humphrey?

8       A    Yes.

9       Q    Are you familiar with that person?

10      A    Yep.

11      Q    Okay.

12           I'm just asking you to look at the paragraph that

13  begins, after the bullets, "For this planning cycle."

14           It reads, "For this planning cycle, we have

15  elected to defer running in Microsoft AuctionTime

16  autobidding test but remain open to revisiting this in the

17  future [sic] based on customer demand in future planning

18  cycles."

19           Do you see that?

20      A    Yes.

21      Q    Does this refresh your recollection as to whether

22  you heard from Google shortly after your note to

23  Mr. Harrison?

24      A    Not really.  I mean, obviously, you're showing me

25  an email that I have never seen before that wasn't sent to

1    me.

2          I mean it was clearly a response, but no, it

3    doesn't change my personal memories.

4    Q    Okay.

5          Could you turn please to the document that's been

6    marked PSX715.

7          MR. SALLET:  Now, Your Honor, there is a hearsay

8    and speculation objection to this document.  I believe I

9    could with some questions -- a set of questions, establish

10   the foundation for it if Google wishes to continue the

11   objection.

12         MR. GREENBLUM:  Why don't we just hear the

13   questions and we'll --

14         MR. SALLET:  Sure.

15   BY MR. SALLET:

16   Q    Mr. Tinter, do you see the bottom email from you

17   to a Mr. Panay on March 9th, 2020?

18   A    Yes.

19   Q    Who was Mr. Panay?

20   A    He was the -- I don't remember his specific job at

21   this moment in time, but he was the head of our devices

22   business and the team that was building Duo.

23   Q    Do you see anybody else on this email chain?

24   A    No.

25   Q    Then there's an email above that later in the day

1    on March 9, 2020; is that correct?

2        A    Yes.

3        Q    And it is to Mr. Panay, correct?

4        A    Yes.

5        Q    There's a sentence that is three lines up from the

6    bottom of the first paragraph that reads, "They dragged

7    their feet for the second half of last year until I formally

8    escalated to Don in December."

9            Do you see that?

10       A    Yes.

11       Q    Who is the "I" in that sentence?

12       A    I think it is me.  This looks an email thread that

13   was going back and forth, but I don't know why it says

14   "Sender unspecified" on the top email, but I'm pretty sure

15   that was me responding back to Panos.

16       Q    In fact, there's nobody else shown as a recipient

17   or a sender of the top email either, correct?

18       A    Yeah, it just says "Sender unspecified."

19            I think "I" is me.

20            MR. SALLET:  Your Honor, on this basis, I would

21   move the admission of this document, PSX00715.

22            MR. GREENBLUM:  Your Honor, I think the basis for

23   our objection is that we understand the reason it says

24   "sender unspecified" is that it was a draft that was never

25   sent and so that's the reason we object.  I don't object to

1    Mr. Sallet using the document otherwise, but I don't believe

2    the email was actually sent.

3            MR. SALLET:  It's fine.  We can use it on that

4    basis.

5            THE COURT:  Okay.  Well, I don't know whether

6    Mr. Tinter would be able to confirm that or not, but you can

7    ask him.

8    BY MR. SALLET:

9        Q    Correct.

10           So let me turn your attention to the email that

11   was sent, an email that was certainly sent, the email that's

12   at the bottom of the page from you to Mr. Panay, correct?

13       A    Yes.

14       Q    You say in this, "This issue took a very negative

15   turn end of last week," correct?

16       A    Yes.

17       Q    You say "The proposal G came back to us -- back

18   with was very narrow and doesn't address any of the

19   issues/feedback."  Correct?

20       A    Yes.

21       Q    And G refers to Google?

22       A    Yes.

23       Q    And you say, "Lack of progress here is having

24   accelerating negative impact on Bing business," correct?

25       A    Yes.

1      Q    Now, you say, in the third paragraph, "I am

2   working on a note to Satya and Brad."

3           Satya is Mr. Nadella, correct?

4      A    Yes.

5      Q    Who is Brad?

6      A    Brad Smith, who is Microsoft.  I think he was

7   General Counsel at that point in time.

8      Q    Is he currently president?

9      A    I believe so.  I can't keep track of his title.

10     Q    It says, "This is their call to make, and both

11  have asked for an update."

12          Do you see that?

13     A    Yes.

14     Q    Now, I'm going to reverse directions on you,

15  Mr. Tinter, because I should have asked you about a sentence

16  before, so I apologize.

17          The beginning of the paragraph before says,

18  "I have tried to keep this from becoming a formal escalation

19  but think that is going to be increasingly hard to do."

20          So my question is, with reference to their call,

21  was that referencing, do you think, the initiation of a

22  formal escalation process?

23     A    Ultimately the decision to make a formal

24  escalation was a sen- -- what we would call senior

25  leadership team decision at Microsoft.  It's the relevant

1    members of our most senior executive team, you know, which

2    would have been exclusive of sort of Satya and Brad.

3        Q    Thank you.

4             You can put that document -- well, you can close

5    your binder from that document.  I'm going to show you a

6    document marked as PSX00472.

7             MR. SALLET:  And this has been admitted into

8    evidence without objection, Your Honor.

9                              (Plaintiffs' Exhibit PSX00472
                                  received into evidence.)

10   BY MR. SALLET:

11       Q    So, Mr. Tinter, I'm going to ask you about an

12   email that starts at the bottom half of the first page.

13       A    Yep.

14       Q    And it's from Peggy Johnson to Mr. Harrison on

15   March 9th, 2020; is that correct?

16       A    Yes.

17       Q    And both yourself and Mr. Smith are copied?

18       A    Correct.

19       Q    And do you see a sentence in the first paragraph,

20   it starts at the end of the fifth line, "Pursuant to

21   Section 6.2.2 of the settlement agreement, Microsoft is

22   providing you with notice that we are escalating this

23   dispute to the resolution committee"?

24       A    Yes.

25       Q    And is this the formal escalation to which you

```
 1   just referred?

 2        A    Yes.

 3        Q    And do you see --

 4        A    Yes.

 5        Q    Yes.  Thank you, Mr. Tinter.

 6             And do you see, in the second sentence of that

 7   paragraph, "I know you, Joan, and Jon have had follow-up

 8   discussions, as have others at our two companies, but no

 9   acceptable resolution could be reached."  Correct?

10        A    I see that.

11        Q    And the subject of this email is entitled "SA360

12   Support," correct?

13        A    Yes.

14        Q    Is the Jon referenced here -- both you and I spell

15   our names the same way, and it's this way, but is this you,

16   Mr. Tinter?

17        A    I believe so.

18        Q    And is Joan, Joan Braddi?

19        A    I assume so, but I don't know.

20        Q    Okay.

21             Do you see the language at the end of the

22   third line from the bottom of that page, the word is

23   "While"?

24        A    Yes.

25        Q    And the sentence reads, in part, "While we
```

1    understand your point of view that there is less demand for

2    Bing than for Google Search and, thus, less need to support

3    Bing Microsoft search advertising features to the level

4    Google does for its services" --

5        A    I see that.

6        Q    Do you see that?

7        A    Yes.

8        Q    And then on the next page -- oh, I'm sorry.

9    Before we leave that; am I correct in understanding that the

10   reference to your point of view in the context of this email

11   is Google, Google's point of view?

12       A    Yes.

13       Q    And then on the next page, at the top of the

14   second page is a sentence that includes these words:

15   "Google's dominant search advertising position means that

16   there will be inherently -- there will inherently be less

17   advertiser demand for Bing features."

18            Do you see that?

19       A    Yes.

20       Q    Now, this morning -- I think it was morning,

21   actually still is.

22            This morning you were asked about scale.  Do you

23   recall that, in general search engine?

24       A    Yes.

25       Q    And you talked about a strong correlation between

1    scale and the quality of results.  Do you recall that?

2        A    Yes, I remember that.

3        Q    And you testified about the relationship between

4    search distribution agreements and Microsoft's ability to

5    achieve scale in general search.  Do you recall that?

6        A    Yes.

7        Q    And I believe you said, and please correct me if

8    I'm wrong, that particularly in mobile, Bing has a much

9    smaller share of queries than Google; is that correct?

10       A    Yes.

11       Q    So I wanted to ask you, Mr. Tinter.  In your

12   experience, how does having fewer users on Microsoft affect

13   advertiser interest in Bing ads?

14       A    So if you're an advertiser and you're trying to

15   make a decision, on what ad platforms are you going to run

16   campaigns, you ultimately have to look at the size of that

17   platform, how many users will it give me overall, are those

18   the users who want to buy from my services, and other things

19   like that.

20           There is a fixed cost to supporting a new ad

21   platform, right; and so it's kind of it's -- you know,

22   there's a certain amount of costs.  Whether it has got one

23   user, a billion users, there's a cost associated with it.

24           And so if you're an advertiser, you have to make

25   the decision that says there's enough users and it's a big

 1    enough opportunity to justify the fixed cost and the

 2    investment and the effort.

 3            If you are smaller, fewer advertisers will make

 4    that decision.  One of the reasons why there are, you know,

 5    fewer advertisers participating in the Bing marketplace than

 6    the Google ads marketplace is because Google has greater

 7    market share and, therefore, a larger audience for

 8    advertisers.

 9    Q    And in your experience, Mr. Tinter, if Microsoft

10    is less relevant to advertisers, then are you -- is

11    Microsoft less likely -- I'm sorry, can I strike that and

12    begin.

13            Mr. Tinter, in your experience, does less

14    advertiser interest in Bing lead to less interest by

15    independent tool providers in supporting Bing ads and its

16    features?

17    A    So I don't know the answer to that generic

18    question.

19            What I do know is specific to this, one of the

20    things that -- I believe it was Don at Google who

21    communicated to me on why Google was not supporting these

22    features in SA360 was because they were not hearing demand

23    from advertisers to demand for their customers to support

24    this.

25            So I don't know -- you asked a very generic

1    question, all I know is the specific thing here.

2        Q    Do you believe, Mr. Tinter, that less scale from

3    Bing leads to less advertiser interest, which can lead SEM

4    search tools to be less interested in supporting Bing ad

5    features?

6        A    I genuinely don't know.

7            And let me explain why I don't know, is that one

8    of the benefits of something like a tool provider is it's

9    done to extract multiple platforms and reduce that fixed

10   cost, right.

11       Q    Yes.

12       A    So instead of having to support a campaign in Bing

13   and a campaign in Google, I can support it in a tool

14   provider, and then it extracts for me, it lowers the sort of

15   fixed costs.

16           So in some ways, if you are an advertiser, one of

17   the reasons I could theoretically imagine you would go to a

18   tool provider is so you could work with multiple platforms

19   and potentially lower the fixed costs of the smaller

20   platforms.

21           I don't know how advertisers think about what

22   features they ask a tool provider to provide, right, so --

23   which is kind of what your question was about.  That's

24   just -- I've never been part of those conversations.

25       Q    Sure.

1        A      I don't have an expertise.

2               What I know and what we were attempting to address

3        is this specific set of sentences we've looked at was

4        specific feedback from Google that they weren't doing this

5        because they weren't hearing advertiser demand.  That's

6        the --

7        Q      And do you think Bing's smaller scale, as you've

8        described it today, played any role in the extent to which

9        advertiser demand was being heard by Google?

10       A      So I would say two things.  One, there was a

11       dispute about was there advertiser demand for this or not,

12       because when Don shared the feedback with me that says, No

13       advertisers are asking for this, one of the first things

14       I did was go back to our team and say, Hey, Google just told

15       me that there's no advertiser demand for this, are you guy

16       hearing it?

17              And my team was saying, Yes, we are hearing it

18       from -- you know, we are hearing it from advertisers.  And

19       one of the pieces of coaching I gave to the team was, If

20       you're hearing it from advertisers, you should share that

21       feedback directly to Google.

22              So I never necessarily agreed with Don that there

23       wasn't demand for this.

24       Q      Right.

25              I just want to say, because I may have missed the

1  precise formulation of your answer, what you were hearing

2  from the people at Microsoft was that there was advertiser

3  demand for Bing ads?

4      A    Yes.

5           So, to be very specific, right, the way that the

6  kind of -- before we invoked -- the way the informal

7  conversations worked was I would call up Don or Don would

8  call up me and we'd say, Hey, the teams have an issue,

9  here's the issue.

10          And in a lot of cases -- a lot of times we

11  wouldn't have a lot of the details and say, Hey, let me go

12  look at that and get back to you, right.

13          And so if I remember, Don went and talked to some

14  people.  He came back to me and said, Hey, I talked to my

15  team.  One of the things I heard from my team was there

16  wasn't a lot of advertiser demand for that, and I would have

17  done some form of, That's interesting, let me go talk to my

18  team.

19          And I would have gone to my team and said, Hey,

20  guys, what I just heard from Google is this.

21      Q    Yes.

22      A    And they said, No, actually, we are hearing

23  advertiser demand.

24          And my then feedback was great, Well, you should

25  share that with Google because this is one of the reasons

3182

1    they're saying they're not doing it.

2         Q    Great.  Thank you very much.

3              I'd like to just ask you -- well, is it correct --

4    we've been looking at emails in March of 2020, correct,

5    Mr. Tinter?

6         A    Yes.

7         Q    Did conversations through the escalation process

8    continue for some months in 2020, do you recall?

9         A    Yeah.

10             So if I recall what happened, these emails we've

11   been talking reference that Brad and a gentleman named

12   Kent Walker, who I believe was roughly Brad's counterpart at

13   Google, should have been conversation.

14             If I remember correctly, they had a conversation.

15   In that conversation, we shared our concerns.

16             Google actually then came back and expressed some

17   concerns that they had, right.  So I think we ended up

18   with -- if I remember correctly, there were four issues in

19   total where -- two issues were Microsoft expressed concerns

20   on things that Google was doing, SA360.

21             And at that point in time, we were trying to

22   distribute our Xbox Game Pass application through the

23   Android store, Google had a couple of issues that they came

24   back that they were concerned with us about.

25             I don't remember if Brad and Kent decided or Don

1    and I decided that two of those issues, one on either side,

2    we said, hey, the teams haven't really talked, we should

3    make the teams go talk and not make this an escalation of

4    people who don't know anything, let's go have working teams

5    talk.  Again, I don't remember if that decision was made by

6    Brad and Kent or Don and I.

7            But we then said, hey, there are two issues that

8    are probably worth discussing at our level.  Google's SA360

9    support for Bing ad features, and then Microsoft at that

10   time had a program called the Cloud Storage Partner Program.

11   It was a program where if you had a third party cloud

12   storage, like a box or a Dropbox, how you could then use

13   office editing tools to edit files that were stored in that

14   cloud.  Google wanted to participate in that program with

15   Google Drive.

16       Q    Yes.

17       A    There were a bunch of -- that program, because it

18   was a general broadly available to a lot of people, had a

19   set of standard terms and conditions.  They found those

20   standard terms and conditions unacceptable.  They basically

21   said, hey, we'd like you to change the standard terms and

22   conditions.

23           We had a conversation, and we went -- basically

24   went back to them and said, you know, the standard terms and

25   conditions, we think make sense.  But that being said, if

1    the companies are able to resolve the SA360 issues,

2    Microsoft is prepared to support the -- what you're asking

3    for on Cloud Storage Partner Program.

4         We then split into two parallel tracks of

5    negotiations.  One was an attempt to negotiate the agreement

6    that documented the Cloud Storage Partner Program changes,

7    the other was an agreement around the support for Bing ads

8    and SA360.

9         The cloud storage partner, we ultimately came to

10   agreement, if I remember correctly, I think we had a

11   contract that was signature ready, that we had decided we

12   were going to hold because we weren't going to sign unless

13   the we resolved the other one.

14        We then, through the summer, the teams continued

15   to try and work through the SA360 issues.

16        And then ultimately, I don't remember exactly

17   when, I think it was probably late summer, maybe it spilled

18   over into the fall, Don and I had a conversation and we sort

19   of reached the conclusion that we were not going to agree

20   and that we were at this point wasting time on both

21   companies' sides, so we just said, I think the phrase was,

22   you know, pens down, go away, agreeing to disagree, and we

23   stopped attempting to resolve the SA360 issues and then we

24   never signed the Cloud Storage Partner Program changes.

25        Q    Thank you.

1          Do you remember, Mr. Tinter, when we looked at

2    Exhibit 710.  Feel free to look at it.

3    A    Say that again, 7 --

4    Q    It ends with the digits 710.

5    A    Yes.

6    Q    Do you remember that the text in the top row on

7    the left side has language that says, "including

8    conversions"?  Correct?

9    A    Yes.

10   Q    And on the right-hand side, "Only a conversion

11   sharing test was under consideration."

12   A    Yes.

13   Q    Do you recall, when these SA360 issues were being

14   discussed as you just related, whether a time came when

15   Google said it would not include conversion data in SA360

16   support of Microsoft realtime bidding?

17   A    So what I remember was we slowly ground down

18   issues.  The remaining -- the last issue was around broadly

19   that topic of realtime data and what got supported and how

20   it got supported and everything else.

21        And I think there was a lot of confusion on

22   exactly what it was that Microsoft was asking for.  And

23   there was a push and a desire to create more clarity.

24        As we created more clarity, we got into this weird

25   back-and-forth in the negotiation over whether we were

1    asking for something new or we were -- people were confused

2    and we'd always been asking for the same thing all the time

3    and we had a bunch of very unproductive debates on that.

4         But ultimately Google was very definitive around

5    both what they were prepared to do, what they were not

6    prepared to do, and the timing of doing it.  And we

7    ultimately looked at that and said, we did not feel like it

8    sufficiently addressed our concerns, which is why we both

9    walked away.

10   Q    And in that process when you achieved clarity as

11   you just described it, is it correct that Google did not

12   agree to support Microsoft realtime bidding as part of SA360

13   in the manner that Microsoft was seeking?

14        MR. GREENBLUM:  Objection.  He's leading the

15   witness.

16        THE WITNESS:  So --

17        THE COURT:  Hang on, sir.  Just an objection.

18        Mr. Sallet, why don't you go ahead and rephrase

19   the question, please.

20        MR. SALLET:  Sure.

21   BY MR. SALLET:

22   Q    When the clarity was achieved to which you just

23   referred, Mr. Tinter, was there a resolution of Microsoft's

24   requests that we've looked at before to support its realtime

25   bidding through SA360?

3187

1       A      So, no, as I previously said, we ultimately walked

2    away and did not enter into an agreement.

3            I will be honest, I do not remember the specific

4    things that Google was willing to do and not willing to do

5    by the end.

6       Q      Sure.

7       A      What I was telling you is the experts on our side

8    effectively said that they found those to be insufficient to

9    meet the needs and they didn't meet the thing that we were

10   asking for.

11           And, you know, after several attempts to explain

12   what we wanted, Google had reached a definitive point on

13   both what they were willing to do and timing, which is why

14   we walked away.

15      Q      During these discussions between you and

16   Mr. Harrison, did Microsoft ever offer to pay for expenses

17   connected to supporting SA -- connected to supporting

18   Microsoft realtime bidding through SA360?

19      A      Informally, yes.

20           So there was one point in time where Don and I

21   were talking and I think he made the point that says, you

22   know, we don't see enough advertiser demand relative to the

23   engineering work required to do this, or some point on that.

24           And I sort of said, I said, hey, look, if this is

25   really just about money, I'm certainly willing to consider

3188

1    where we would pay you some form of NRE or otherwise

2    reimburse your engineering expenses to do this.

3              And he kind of laughed and said, you know, maybe,

4    and then it never came up again and we didn't really explore

5    it.

6              I said it honestly, because it was half

7    negotiating strategy of trying to ferret out what the real

8    issue was and I'm like, if this is really about money,

9    let's see if I can take money off the table.

10   Q    What were the engineering costs to which you

11   allude?

12   A    Google would have had to write code to support the

13   integration.

14   Q    And that was what you offered to pay?

15   A    Again, you're putting a level of specificity on

16   something that was mostly a --

17   Q    Totally understand.

18   A    He said, this is too expensive.  I said, great,

19   let me pay for it.

20   Q    Great.  Thank you very much.

21             MR. SALLET:  Your Honor, can I just look at my

22   outline for a second?

23             THE COURT:  Sure.

24             MR. SALLET:  Can I consult with my colleagues?

25             (Plaintiffs' counsel conferred off the record.)

 1          MR. SALLET:  Your Honor, we have no further

 2   questions at this time.

 3          THE COURT:  Okay.  Thank you.

 4          All right.  Ms. Bellshaw, have you been able to

 5   take a look at your outline and see whether we can make more

 6   progress?

 7          MS. BELLSHAW:  Your Honor, we have -- I have a

 8   couple of questions that I can start with and that might

 9   allow me to ask some follow-ups.  But if it doesn't,

10   unfortunately, the rest of the exam involves financial

11   documents and some communications of internal strategy

12   between Mr. Tinter and the Microsoft CEO.

13          THE COURT:  Okay.

14          All right.  Well, why don't we go ahead then and

15   why don't we just take an early break for lunch today.  It's

16   been a longer day than usual.

17          So it's a little after noon.  Why don't we plan to

18   resume -- we'll just give everybody a little bit of extra

19   break and resume at 1:15.  I still think that ought to put

20   us on course to finish Mr. Tinter today.  I'm asking, I'm

21   not predicting.

22          MR. GREENBLUM:  Do we know how much longer the

23   plaintiffs have in closed session?

24          MS. BELLSHAW:  So we went a little bit longer than

25   I thought earlier.  I'm hopeful that it won't be more than

1  an hour, but it's possible that it might be a little bit.

2  We can try and streamline on the break.

3          THE COURT:  Okay.

4          MR. GREENBLUM:  And I assume Mr. Sallet has closed

5  session questions or no?

6          MR. SALLET:  No, Your Honor, based on redactions

7  and such, we have no closed questions.

8          THE COURT:  Okay.

9          Why don't we just come back at 1:00 then.

10          All right, Mr. Tinter, I'll just ask you to just

11  be ready to go at 1:00.

12          THE WITNESS:  You said 1:00?

13          THE COURT:  Yeah.

14          And please doesn't discuss your testimony on the

15  break with anybody.

16          Thank you, sir.

17          Let me just talk to counsel.

18          Mr. Tinter, I'll just ask you to step outside.

19          Microsoft counsel can remain if they wish, or they

20  probably want to, I should put it differently.

21          (Pause)

22          THE COURT:  I just want to make sure, if we're

23  going into closed, it really is on the topics that we've put

24  on the other side of the line, that is, numbers.  And if it

25  is internal strategy regarding Microsoft's internal

```
 1   strategy, then I think that's probably appropriate.
 2            But, you know, we've been in closed sessions
 3   before where, for example, we've seen emails between Google
 4   and another company, and that's not what I want to be doing
 5   in closed session because I'm not sure that -- it belongs in
 6   closed session.
 7            MS. BELLSHAW:  So, Your Honor, I would defer to
 8   Microsoft's counsel.
 9            We do -- we would like to ask about some of their
10   internal discussions regarding the negotiations they've had
11   with Apple.  Mr. Tinter was reluctant earlier to go into
12   some of the details about his discussion, but I would be
13   happy to defer to Microsoft's counsel.
14            MR. LARRABEE:  Good morning, Your Honor.
15            Matthew Larrabee from Dechert on behalf of
16   Microsoft.
17            THE COURT:  Mr. Larrabee, I'm going to ask you to
18   come forward so our court reporter can hear you.
19            MR. LARRABEE:  My apologies.
20            Matthew Larrabee from Dechert for Microsoft and
21   the witness.
22            Yes, the internal conversations that are at issue
23   are deemed competitively sensitive.
24            You know, from Mr. Tinter's job, this is his
25   business of negotiating with these people.  There are -- all
```

```
1    of the conversations at issue are under NDAs, and these are

2    repeat players, Apple, Samsung, Google for the reasons we've

3    talked about.

4            It's definitely harmful for the public and

5    therefore these competitors to know what their internal

6    deliberations and strategies are.

7            THE COURT:  So can I just -- let's be precise

8    here, because I'll tell you the NDAs don't worry me.

9            MR. LARRABEE:  Yeah, they do worry him.

10           THE COURT:  I understand.  I can excuse him from

11   whatever restrictions that are in the NDA.

12           But, again, I mean, if these are communications,

13   for example, that talk about numbers, you know, what

14   Microsoft is prepared to offer as a rev share, what

15   Microsoft is estimating it would have to pay in total

16   dollars, those kind of numbers and that kind of strategy,

17   I'm in agreement, because that is sensitive, confidential

18   information that I think is warranted.

19           But only you all know whether what is coming is of

20   that variety.  And if it's not, I'd rather have it be in

21   open session.

22           MR. LARRABEE:  Understood, Your Honor, and we will

23   revisit with them over lunch.

24           The other thing that the witness is particularly

25   sensitive about, he is a trusted advisor to the CEO on these
```

1  things, and those internal deliberate -- they're all

2  multibillion dollar, multiyear issues, and those

3  deliberations are particularly sensitive for the witness

4  and --

5          THE COURT:  I understand the sensitivity.

6          MR. LARRABEE:  Yeah.

7          THE COURT:  But I'll ask you all to please take

8  another look over the lunch break and minimize what it is

9  that really needs to be done in closed session so that we

10  can continue apace this afternoon.

11          MR. LARRABEE:  Understood.  Thank you, Your Honor.

12          THE COURT:  See everyone at 1:00.  Thank you.

13          COURTROOM DEPUTY:  All rise.

14          This Court stands in recess.

15          (Recess from 12:06 p.m. to 1:00 p.m.)

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__September 28, 2023___    

                        William P. Zaremba, RMR, CRR

BY MR. HOFFMAN: [1]
3069/14
BY MR. McGINNIS: [6]
3043/7 3047/9 3050/10
3053/4 3061/9 3068/10
BY MR. SALLET: [18]
3140/8 3144/3 3147/14
3147/18 3150/17
3153/4 3153/13
3153/19 3154/5 3155/5
3160/25 3164/9
3165/23 3168/21
3170/15 3172/8
3174/10 3186/21
BY MS. BELLSHAW:
[12]  3088/19 3089/8
3092/6 3108/20
3112/16 3113/12
3118/2 3127/9 3128/12
3130/13 3131/20
3133/25
COURTROOM
DEPUTY: [7]  3042/2
3042/5 3080/7 3087/16
3087/19 3152/9
3193/13
MR. CAVANAUGH: [2]
3081/1 3081/5
MR. GREENBLUM:
[14]  3083/5 3083/8
3084/11 3086/14
3128/8 3132/25 3133/7
3139/21 3147/2
3170/12 3171/22
3186/14 3189/22
3190/4
MR. HOFFMAN: [7]
3042/18 3046/19
3052/23 3052/25
3068/1 3069/9 3076/20
MR. LARRABEE: [6]
3191/14 3191/19
3192/9 3192/22 3193/6
3193/11
MR. McGINNIS: [15]
3042/16 3046/15
3047/3 3050/8 3052/19
3052/24 3067/24
3068/7 3069/6 3076/25
3077/5 3077/10
3077/15 3077/17
3079/7
MR. SALLET: [42]
3082/4 3082/7 3082/11
3083/2 3083/21
3084/17 3085/4
3085/10 3085/13
3085/16 3085/25
3087/2 3087/12
3139/14 3140/1 3140/5
3143/24 3147/9
3147/16 3150/16
3151/25 3152/16
3152/19 3153/12
3153/16 3153/24
3155/2 3160/21 3164/3
3164/6 3165/17

3170/14 3171/20
3172/3 3174/7 3186/20
3188/21 3188/24
3189/1 3190/6
MR. SCHMIDTLEIN:
[1]  3084/21
MS. BELLSHAW: [19]
3080/11 3080/15
3080/18 3081/12
3081/17 3087/15
3088/12 3089/4
3112/11 3117/23
3127/5 3128/6 3130/10
3133/4 3133/8 3139/4
3189/7 3189/24 3191/7
THE COURT: [100]
3042/4 3042/12
3042/17 3042/20
3046/24 3047/8 3053/1
3060/23 3061/2 3068/3
3069/7 3076/21
3076/24 3077/4 3077/8
3077/14 3077/16
3079/6 3079/8 3080/10
3080/13 3080/16
3081/4 3081/9 3081/15
3082/1 3082/6 3082/9
3083/1 3083/3 3083/7
3084/19 3085/3 3085/5
3085/8 3085/12
3085/15 3085/22
3087/5 3087/13
3087/20 3087/22
3088/3 3088/7 3088/11
3088/15 3089/7 3092/3
3107/3 3112/15 3113/8
3113/11 3118/1
3126/11 3126/19
3127/4 3128/9 3130/8
3130/12 3131/4 3134/9
3135/8 3135/21 3136/4
3136/12 3137/8
3137/11 3137/21
3139/3 3139/7 3139/24
3140/4 3144/1 3147/3
3147/13 3150/14
3152/2 3152/12
3152/18 3153/2 3154/2
3163/25 3164/4 3164/8
3165/19 3172/5
3186/17 3188/23
3189/3 3189/13 3190/3
3190/8 3190/13
3190/22 3191/17
3192/7 3192/10 3193/5
3193/7 3193/12
THE WITNESS: [30]
3042/21 3061/1 3061/6
3076/23 3087/21
3087/23 3088/5 3088/8
3088/14 3107/4
3113/10 3126/18
3126/20 3131/6 3133/9
3134/17 3135/9 3136/2
3136/5 3136/13
3137/10 3137/12
3137/22 3144/2 3147/7

3165/20 3186/16
3190/12

'
'08 [2]  3090/8 3115/4
'10 [1]  3115/7
'11 [1]  3115/7
'12 [1]  3115/7
'26 [1]  3105/25

0
00 [1]  3153/18
02199 [1]  3040/8
0246 [1]  3127/16
0340 [1]  3039/4

1
10 [2]  3113/9 3113/9
10,000 [1]  3049/10
100 percent [7]
3084/24 3110/23
3111/13 3111/17
3111/21 3112/3 3112/3
10036 [1]  3040/14
10036-6710 [1]
3039/20
1095 [1]  3040/13
10:54 [1]  3152/11
11 [1]  3123/19
11-year-old [1]
3089/16
1100 [1]  3039/3
1133 [1]  3039/19
11:00 [4]  3083/15
3140/3 3152/1 3152/3
11:15 [1]  3152/5
11:17 [1]  3152/11
11th [1]  3053/18
12 [2]  3038/7 3105/20
12:06 [1]  3193/15
1300 [1]  3039/14
14th [2]  3154/11
3154/16
15 [5]  3113/9 3140/1
3149/11 3151/13
3151/21
18th [1]  3148/15
19th [1]  3161/3
1:00 [5]  3190/9
3190/11 3190/12
3193/12 3193/15
1:15 [1]  3189/19

2
20 [4]  3137/22 3139/24
3140/1 3152/4
20-3010 [2]  3038/4
3042/6
20001 [2]  3039/8
3040/19
20024 [1]  3040/4
2007 [2]  3089/12
3092/22
2009 [6]  3093/5
3097/15 3097/16
3098/2 3098/21 3115/3
2009ish [1]  3115/13
2010 [2]  3115/9

2011 [2]  3115/15
3117/16
2011ish [1]  3115/13
2012 [3]  3105/16
3115/11 3115/15
2013 [1]  3105/16
2016 [1]  3136/15
2017 [2]  3105/25
3105/25
2018 [2]  3072/15
3073/4
2019 [11]  3072/15
3073/4 3142/25
3143/16 3148/16
3150/6 3150/11 3151/9
3154/11 3154/16
3161/3
202 [4]  3039/4 3039/9
3040/4 3040/20
2020 [16]  3052/8
3053/6 3053/18
3121/10 3121/11
3121/4 3142/25
3143/16 3165/11
3166/3 3169/2 3170/17
3171/1 3174/15 3182/4
3182/8
2021 [2]  3045/4 3097/1
2022 [1]  3065/11
2023 [2]  3038/5 3194/7
212 [2]  3039/20
3040/14
2200 [1]  3039/19
2307 [1]  3039/9
246 [1]  3128/9
247 [3]  3077/11
3077/14 3077/15
249 [1]  3077/12
2793 [1]  3039/20
27th [1]  3040/13
28 [2]  3038/5 3194/7
2:44 [1]  3046/12

3
30 percent [3]  3149/11
3151/14 3151/21
3010 [2]  3038/4 3042/6
307-0340 [1]  3039/4
3249 [1]  3040/20
3259 [2]  3128/25
3133/5
3260 [1]  3133/6
333 [1]  3040/19
335-2793 [1]  3039/20
354-3249 [1]  3040/20
360 [3]  3148/19
3148/22 3149/10
3671 [1]  3040/14
378 [2]  3165/14
3165/14
3:00 [1]  3121/19
3rd [1]  3166/3

4
4000 [1]  3039/8
4001 [1]  3074/11
434-5000 [1]  3040/4

450 [1]  3039/7
460 [1]  3165/25
48-hour [1]  3083/17

5
5000 [1]  3040/4
508-6000 [1]  3039/16
598-2307 [1]  3039/9
5G [1]  3067/3

6
6.2.2 [1]  3174/21
60 [1]  3111/14
6000 [1]  3039/16
614 [1]  3069/11
617 [1]  3040/9
6710 [1]  3039/20
680 [1]  3040/3
698-3671 [1]  3040/14
6th [1]  3169/2

7
7000 [1]  3040/9
710 [2]  3185/2 3185/4
7110 [3]  3160/11
3160/13 3160/14
713 [1]  3153/21
714 [1]  3154/25
715 [1]  3160/14
720 [1]  3039/16
7:00 [1]  3087/1
7th [1]  3039/15

8
800 [1]  3040/8
80203 [1]  3039/15
8:15 [1]  3038/6

9
909 [2]  3148/3 3148/4
95 [1]  3103/18
951-7000 [1]  3040/9
9:00 [2]  3080/5 3080/9
9:15 [1]  3080/6
9:18 [1]  3080/9
9th [2]  3170/17
3174/15

A
a.m [9]  3038/6 3046/13
3080/9 3080/9 3086/8
3087/1 3121/19
3152/11 3152/11
ability [11]  3044/5
3076/8 3109/23 3110/1
3110/20 3116/18
3124/5 3135/24
3148/12 3160/3 3177/4
able [13]  3044/17
3044/23 3108/9 3109/7
3109/9 3119/23
3119/24 3135/10
3136/1 3147/11 3172/6
3184/1 3189/4
about [126]  3043/12
3044/3 3044/13
3045/16 3049/3 3049/4
3050/4 3050/12 3052/4

**about... [117]** 3052/6
3052/10 3053/14
3054/9 3055/5 3055/9
3055/16 3056/1 3057/2
3058/1 3058/9 3058/15
3059/2 3059/8 3063/14
3064/2 3064/11
3066/15 3066/15
3067/14 3068/4
3068/13 3068/17
3068/20 3068/25
3069/3 3069/21
3071/24 3072/5 3072/9
3073/3 3073/9 3073/11
3074/23 3074/24
3075/9 3079/13
3079/24 3080/22
3086/8 3087/10
3089/21 3089/22
3092/16 3093/6
3094/17 3094/18
3095/11 3096/19
3098/6 3098/9 3098/13
3099/2 3099/5 3099/9
3099/15 3099/15
3099/16 3099/18
3099/19 3099/22
3100/1 3100/6 3101/9
3102/12 3104/17
3109/16 3110/5 3111/2
3111/24 3111/24
3112/5 3112/20
3112/24 3116/21
3116/25 3118/11
3121/23 3127/3
3128/15 3132/15
3133/14 3135/7 3136/3
3137/15 3137/18
3143/1 3144/6 3144/14
3146/13 3146/18
3152/3 3152/4 3152/25
3157/22 3159/6 3161/5
3164/1 3164/14
3166/25 3167/10
3173/15 3174/11
3176/22 3176/25
3177/3 3179/21
3179/23 3180/11
3182/24 3187/25
3188/8 3191/9 3191/12
3192/3 3192/13
3192/25
**above [2]** 3170/25
3194/4
**above-titled [1]** 3194/4
**abreast [1]** 3091/2
**absent [1]** 3080/1
**absolute [1]** 3136/7
**absolutely [3]** 3058/14
3064/9 3099/11
**abusing [1]** 3108/3
**ACA [1]** 3120/12
**ACC [1]** 3120/13
**accelerated [1]** 3099/1
**accelerating [1]**
3172/24
**acceptable [1]** 3175/9

**access [2]** 3093/7
3093/10 3109/9
**accessing [1]** 3093/19
**accommodate [1]**
3068/16
**accurately [2]** 3118/6
3132/22
**achieve [2]** 3104/25
3177/5
**achieved [2]** 3186/10
3186/22
**acquainted [1]** 3146/3
**acquisition [2]** 3090/1
3141/3
**acquisitions [1]**
3089/24
**across [4]** 3056/25
3076/8 3101/23 3102/5
**action [2]** 3042/6
3095/13
**activity [3]** 3090/17
3099/24 3103/11
**actual [3]** 3119/5
3124/8 3134/25
**actually [37]** 3043/17
3046/17 3047/6
3050/24 3051/2
3051/23 3052/8
3056/23 3058/7 3062/9
3062/16 3067/19
3070/16 3072/3
3072/19 3100/8
3101/13 3107/21
3109/6 3117/12
3117/14 3117/23
3117/24 3120/7
3121/20 3123/4 3136/3
3138/1 3138/10
3138/11 3138/15
3141/4 3168/15 3172/2
3176/21 3181/22
3182/16
**ad [24]** 3100/1 3100/2
3100/4 3100/8 3100/14
3101/12 3133/16
3144/7 3145/20 3147/8
3149/9 3149/23
3149/24 3150/7 3151/3
3151/20 3163/20
3164/1 3164/11 3168/1
3177/15 3177/20
3179/4 3183/9
**add [8]** 3058/15 3066/8
3101/21 3124/6
3124/10 3124/13
3124/15 3125/5
**added [3]** 3049/25
3093/1 3131/11
**adding [2]** 3063/19
3065/23
**addition [1]** 3092/12
**additional [1]** 3049/20
**address [4]** 3093/18
3167/15 3172/18
3180/2
**addressed [2]** 3169/6
3186/8
**admission [3]** 3084/9

**admit [3]** 3068/3
3075/3 3128/6
**admitted [9]** 3041/11
3041/18 3053/1 3085/5
3128/9 3153/17
3160/21 3168/24
3174/7
**ads [22]** 3068/20
3068/25 3078/17
3079/4 3100/15 3109/8
3148/18 3148/19
3148/22 3149/2
3149/10 3150/5
3150/14 3160/1
3163/11 3166/25
3167/13 3177/13
3178/6 3178/15 3181/3
3184/7
**advantage [2]** 3096/12
3099/1
**advertiser [16]**
3151/23 3176/17
3177/13 3177/14
3177/24 3178/14
3179/3 3179/16 3180/5
3180/9 3180/11
3180/15 3181/2
3181/16 3181/23
3187/22
**advertiser's [2]**
3149/25 3150/1
**advertisers [20]**
3109/6 3109/7 3141/6
3146/10 3146/25
3149/10 3150/8
3151/19 3159/25
3163/21 3164/17
3178/3 3178/5 3178/8
3178/10 3178/23
3179/21 3180/13
3180/18 3180/20
**advertising [10]**
3044/17 3132/24
3134/3 3140/18
3140/19 3140/22
3141/2 3156/6 3176/3
3176/15
**advisor [1]** 3192/25
**advocating [1]**
3167/14
**affect [4]** 3109/22
3110/1 3134/3 3177/12
**after [21]** 3051/16
3052/3 3053/20
3058/13 3060/3 3066/2
3068/4 3070/25
3072/12 3072/21
3074/1 3074/16
3076/12 3091/24
3105/20 3152/19
3169/4 3169/13
3169/22 3187/11
3189/17
**afternoon [1]** 3193/10
**again [51]** 3044/3
3045/24 3046/6 3048/7
3048/10 3048/12

3053/20 3054/8
3054/11 3057/8 3058/9
3060/3 3060/12 3064/1
3066/7 3067/16
3067/21 3075/22
3078/19 3093/8 3096/3
3098/8 3100/3 3102/19
3106/5 3108/15
3109/13 3111/23
3115/7 3118/19
3124/11 3126/18
3131/11 3132/7
3136/24 3138/19
3151/12 3158/3
3158/11 3158/25
3159/6 3159/14 3163/6
3168/7 3183/5 3185/3
3188/4 3188/15
3192/12
**against [1]** 3061/20
**aggregate [1]** 3099/17
**aggressive [3]** 3079/4
3112/9 3138/22
**ago [6]** 3077/9 3077/21
3114/19 3146/7 3154/9
3158/13
**agree [3]** 3085/4
3184/19 3186/12
**agreed [2]** 3065/25
3180/22
**agreeing [1]** 3184/22
**agreement [33]** 3050/1
3079/15 3082/14
3082/19 3082/20
3084/1 3084/2 3086/24
3091/20 3115/17
3116/22 3117/4 3120/5
3120/9 3120/9 3120/15
3120/17 3121/2
3121/21 3122/5
3135/19 3138/6
3141/16 3141/19
3142/2 3142/16
3142/18 3174/21
3184/5 3184/7 3184/10
3187/2 3192/17
**agreements [10]**
3056/19 3056/24
3057/4 3057/12
3091/14 3091/18
3102/12 3102/13
3120/8 3177/4
**ahead [7]** 3061/5
3068/6 3130/12 3147/6
3160/19 3186/18
3189/14
**aid [1]** 3117/23
**aided [1]** 3040/21
**aids [2]** 3087/25
3088/5
**al [2]** 3038/3 3042/7
**ALEXANDER [1]**
3043/2
**all [65]** 3042/2 3042/12
3042/14 3047/1
3047/10 3052/15
3053/17 3056/25

3057/13 3057/13
3067/11 3069/7
3072/23 3073/10
3074/15 3074/15
3079/15 3079/23
3080/4 3080/7 3080/10
3080/17 3080/17
3085/8 3087/13
3087/22 3089/18
3090/7 3094/13
3095/21 3096/18
3099/21 3103/15
3103/18 3113/3 3113/4
3114/19 3116/14
3117/6 3119/14
3120/19 3123/4 3127/1
3135/15 3139/7 3146/7
3148/5 3152/3 3152/9
3152/14 3153/7
3153/10 3158/14
3160/4 3160/19 3179/1
3186/2 3189/4 3189/14
3190/10 3191/25
3192/19 3193/1 3193/7
3193/13
**allow [4]** 3044/16
3085/21 3164/17
3189/9
**allowed [1]** 3117/5
**allude [1]** 3188/11
**almost [4]** 3078/4
3090/7 3142/9 3143/14
**along [2]** 3045/25
3051/22
**aloud [1]** 3127/25
**already [11]** 3072/13
3074/14 3075/19
3078/2 3078/5 3078/16
3099/4 3099/22
3099/22 3108/22
3162/17
**also [24]** 3044/13
3050/9 3056/18 3059/6
3059/12 3061/10
3062/19 3063/14
3065/25 3066/15
3066/22 3068/12
3091/22 3092/12
3096/19 3101/21
3105/23 3119/13
3122/24 3124/6
3125/25 3142/22
3151/9 3157/21
**altered [1]** 3060/3
**alternative [1]** 3120/2
**although [3]** 3058/13
3060/9 3080/24
**always [6]** 3075/5
3078/20 3110/25
3110/25 3159/4 3186/2
**am [11]** 3066/24
3081/24 3097/6
3123/15 3127/13
3128/22 3142/11
3154/15 3162/14
3173/1 3176/9
**amending [1]** 3142/2
**AMERICA [2]** 3038/3

AMERICA... [1] 3042/6
Americas [2] 3039/19
3040/13
AMIT [2] 3038/9 3042/3
Amit P [1] 3042/3
among [3] 3059/14
3141/10 3163/15
amount [5] 3072/2
3079/10 3104/19
3135/6 3177/22
amounts [1] 3106/7
analyses [1] 3080/20
analysts [1] 3135/5
Android [45] 3049/8
3049/9 3056/12
3056/14 3075/19
3076/3 3097/3 3103/13
3104/8 3104/16
3113/22 3114/1 3114/3
3114/7 3114/11
3114/21 3115/16
3115/22 3115/25
3116/2 3116/3 3116/4
3116/7 3116/8 3116/21
3116/24 3117/22
3118/24 3118/25
3119/3 3119/6 3119/13
3119/14 3119/16
3120/14 3120/15
3120/18 3120/19
3120/20 3120/21
3123/24 3124/1 3124/1
3167/6 3182/23
Android-based [1]
3097/3
announcement [1]
3121/20
another [9] 3056/11
3056/16 3066/19
3097/11 3105/21
3121/2 3139/9 3191/4
3193/8
answer [21] 3046/1
3048/4 3048/6 3048/24
3060/24 3069/24
3077/12 3077/19
3085/11 3129/13
3132/15 3135/20
3142/14 3143/22
3147/3 3147/5 3162/8
3162/12 3162/20
3178/17 3181/1
answers [1] 3061/4
Antitrust [2] 3039/7
3039/13
any [31] 3044/23
3049/15 3055/23
3063/4 3063/19 3066/3
3069/8 3081/16
3083/13 3083/14
3090/2 3095/11
3095/13 3096/1 3096/6
3096/22 3104/25
3113/21 3115/16
3115/21 3124/23
3124/24 3136/1
3139/20 3140/17

3168/9 3172/18 3180/8
3190/15
anybody [2] 3170/23
3190/15
anyone [1] 3152/7
anything [7] 3054/3
3061/12 3063/20
3098/20 3166/13
3168/13 3183/4
AOL [1] 3098/4
apace [1] 3193/10
API [6] 3107/6 3107/7
3107/9 3108/4 3108/22
3109/2
APIs [1] 3125/4
apologies [2] 3082/11
3191/19
apologize [7] 3056/9
3085/10 3086/3
3105/13 3129/12
3144/11 3173/16
app [47] 3043/21
3049/7 3049/12
3049/23 3050/12
3051/17 3051/18
3052/4 3052/10
3054/23 3055/12
3055/12 3058/12
3063/16 3064/3
3064/11 3064/14
3065/14 3065/23
3066/23 3067/9
3067/14 3067/18
3069/1 3071/24 3072/5
3072/13 3074/4
3075/14 3076/7
3076/16 3093/23
3094/1 3116/11
3119/17 3120/1
3122/24 3122/25
3123/3 3123/16
3123/25 3124/1 3124/1
3124/22 3125/2
3126/21 3139/1
appear [3] 3077/21
3086/2 3148/25
APPEARANCES [2]
3038/11 3039/22
appears [1] 3163/7
Apple [48] 3054/15
3054/16 3054/19
3054/23 3055/4 3055/5
3055/9 3059/3 3104/8
3104/14 3105/17
3105/25 3106/11 3107/6
3107/24 3108/3 3108/8
3108/9 3109/10
3112/18 3112/24
3113/19 3128/4
3128/15 3129/7
3129/15 3130/3
3131/11 3131/19
3131/24 3132/5
3132/12 3132/15
3133/22 3134/3
3134/13 3134/16
3134/21 3135/11
3136/17 3136/22

3138/14 3138/18
3191/11 3192/2
Apple's [2] 3132/23
3135/5
application [1]
3182/22
applications [4]
3093/21 3119/10
3119/23 3167/7
apply [3] 3056/24
3057/5 3057/13
appreciate [5] 3069/11
3077/6 3088/11 3092/5
3140/14
approach [4] 3089/6
3092/1 3117/25
3147/16
approached [1]
3112/18
appropriate [1] 3191/1
approval [1] 3054/4
approximately [3]
3081/12 3105/20
3112/23
apps [15] 3044/4
3044/6 3067/19
3068/21 3068/22
3075/15 3076/8 3076/9
3076/11 3094/1
3116/12 3119/15
3122/18 3124/1
3161/24
are [110] 3042/14
3042/16 3044/18
3046/4 3046/25 3047/6
3047/7 3047/20
3049/14 3049/16
3049/22 3053/11
3053/23 3053/24
3059/16 3059/18
3059/20 3067/19
3071/8 3073/14
3073/14 3078/20
3079/13 3079/20
3082/25 3085/13
3085/19 3087/6
3088/25 3089/15
3093/6 3093/9 3093/11
3094/10 3094/25
3095/16 3095/20
3097/6 3098/6 3099/6
3099/21 3100/3 3100/5
3100/7 3100/9 3100/10
3100/10 3100/17
3101/12 3101/14
3102/19 3102/23
3103/19 3104/16
3106/12 3109/14
3109/17 3110/3
3110/11 3110/11
3110/21 3116/25
3123/1 3123/25 3127/6
3128/20 3133/14
3137/15 3142/7
3142/10 3143/6 3143/7
3148/4 3154/21 3155/1
3155/9 3156/14

3162/13 3164/1
3166/14 3166/23
3167/3 3169/9 3174/17
3174/22 3177/15
3177/17 3178/3 3178/4
3178/10 3179/16
3180/13 3180/15
3180/17 3180/18
3181/22 3183/7 3183/8
3184/1 3191/22
3191/23 3191/25
3192/1 3192/1 3192/6
3192/11 3192/12
3193/3
aren't [1] 3067/11
arm [1] 3070/11
around [12] 3090/20
3095/9 3099/24
3099/25 3100/10
3104/4 3105/16
3110/13 3124/20
3184/7 3185/18 3186/4
article [2] 3064/23
3067/1
articles [1] 3072/24
as [142] 3043/3
3043/23 3043/23
3044/3 3046/17
3046/18 3047/16
3047/19 3047/20
3051/24 3052/20
3052/21 3055/25
3058/1 3058/1 3061/23
3061/23 3064/6
3068/14 3070/10
3072/22 3072/23
3073/12 3075/13
3076/10 3077/19
3077/20 3079/15
3079/17 3079/25
3080/1 3080/4 3081/5
3081/6 3081/17
3081/18 3082/4 3085/2
3085/2 3086/5 3090/23
3091/7 3093/12
3093/19 3094/23
3095/14 3095/16
3095/17 3095/19
3095/25 3096/5 3096/9
3096/15 3096/17
3096/20 3096/21
3097/12 3099/7
3099/18 3100/6
3100/20 3100/21
3100/23 3101/9
3101/11 3101/19
3102/14 3105/1 3105/9
3106/8 3106/11
3106/20 3107/13
3107/25 3108/16
3112/20 3113/14
3115/24 3116/9
3116/16 3116/17
3117/6 3118/4 3119/8
3119/10 3120/1

3123/9 3123/24
3125/25 3125/25
3126/3 3128/21
3129/15 3129/22
3130/5 3131/1 3131/19
3134/15 3135/2
3135/13 3137/20
3138/25 3140/11
3140/11 3143/3 3143/3
3143/4 3144/5 3146/17
3147/19 3147/23
3148/21 3149/21
3149/23 3154/25
3155/10 3157/1
3158/20 3159/6
3161/24 3161/24
3162/18 3162/19
3163/20 3164/19
3164/21 3165/8
3168/14 3169/21
3171/16 3174/6 3175/8
3180/7 3185/14
3185/24 3186/10
3186/12 3187/1
3192/14
ascribed [1] 3071/20
aside [3] 3105/5
3108/21 3134/7
ask [42] 3045/25
3046/1 3048/20
3049/19 3049/20
3060/22 3075/24
3080/17 3080/23
3085/22 3087/23
3092/15 3096/3 3099/5
3099/12 3126/11
3128/17 3134/9 3139/9
3139/14 3139/17
3146/9 3152/6 3156/10
3161/5 3161/17
3161/20 3161/22
3162/2 3164/4 3164/6
3172/7 3174/11
3177/11 3179/22
3182/3 3189/9 3190/10
3190/18 3191/9
3191/17 3193/7
ask.com [1] 3098/4
asked [13] 3050/4
3050/11 3070/12
3072/8 3095/8 3096/25
3130/3 3144/14
3146/19 3173/11
3173/15 3176/22
3178/25
asking [19] 3045/21
3045/24 3046/6
3060/12 3134/14
3142/25 3143/24
3151/1 3151/2 3152/25
3164/5 3169/12
3180/13 3184/2
3185/22 3186/1 3186/2
3187/10 3189/20
aspect [4] 3102/3
3104/5 3136/6 3136/9
aspects [1] 3136/5

**A**

**asserted [3]** 3080/18
3081/22 3127/23
**assign [1]** 3062/19
**assistant [2]** 3105/18
3108/9
**associated [2]** 3101/17
3177/23
**assume [7]** 3046/20
3066/24 3110/4
3156/24 3163/8
3175/19 3190/4
**assuming [1]** 3159/1
**assumption [4]**
3103/23 3149/18
3150/3 3162/19
**assumptions [3]**
3129/18 3129/25
3130/2
**attached [5]** 3128/18
3142/15 3154/19
3154/20 3159/2
**attachment [2]**
3154/25 3155/20
**attempt [4]** 3111/18
3130/1 3132/4 3184/5
**attempted [1]** 3104/22
**attempting [2]** 3180/2
3184/23
**attempts [1]** 3187/11
**attention [5]** 3051/8
3075/1 3127/10
3148/24 3172/10
**auction [3]** 3110/21
3148/19 3151/7
**auction-time [2]**
3148/19 3151/7
**AuctionTime [5]**
3149/3 3149/10 3150/5
3159/13 3169/15
**audience [1]** 3178/7
**August [1]** 3121/18
**Austin [8]** 3042/17
3042/20 3043/2 3043/8
3047/5 3053/5 3069/15
3076/21
**Austin's [1]** 3068/4
**author [1]** 3148/21
**auto [2]** 3163/11
3165/1
**autobidding [1]**
3169/16
**available [7]** 3049/8
3096/11 3106/6 3107/6
3108/5 3119/15
3183/18
**Avenue [4]** 3039/19
3040/3 3040/13
3040/19
**average [4]** 3101/3
3149/11 3151/13
3151/20
**avoid [2]** 3060/24
3152/25
**aware [6]** 3056/14
3069/5 3097/6 3097/11
3151/6 3164/15
**away [9]** 3052/12

3109/21 3113/19
3184/22 3186/9 3187/2
3187/14
**awkward [1]** 3113/3

**B**

**back [37]** 3050/18
3051/10 3051/21
3053/11 3054/2 3056/8
3060/25 3073/9
3074/14 3078/16
3079/24 3086/4 3095/8
3098/5 3106/24 3111/9
3111/23 3113/15
3131/11 3139/10
3143/5 3146/1 3159/25
3166/13 3168/13
3171/13 3171/15
3172/17 3172/17
3180/14 3181/12
3181/14 3182/16
3182/24 3183/24
3185/25 3190/9
**backfill [3]** 3106/12
3106/14 3106/15
**background [1]**
3092/15
**balance [1]** 3078/20
**bar [3]** 3093/18 3094/4
3096/19
**Barrett [1]** 3040/18
**barriers [1]** 3075/21
**based [15]** 3051/17
3056/20 3057/9 3066/2
3097/3 3116/1 3131/9
3131/15 3138/5 3138/8
3146/9 3146/25
3151/16 3169/17
3190/6
**baseline [3]** 3131/10
3131/15 3135/2
**basement [1]** 3121/13
**basic [1]** 3099/13
**basically [7]** 3048/12
3071/18 3107/19
3123/25 3131/18
3183/20 3183/23
**basis [9]** 3056/25
3116/20 3116/20
3131/3 3168/6 3168/10
3171/20 3171/22
3172/4
**Bates [3]** 3128/24
3133/1 3165/25
**batteries [1]** 3088/6
**be [127]** 3043/16
3044/1 3044/1 3044/7
3044/9 3044/25
3045/19 3047/18
3050/9 3051/5 3051/19
3052/16 3053/1
3053/10 3057/12
3061/16 3062/21
3063/3 3066/3 3067/6
3071/3 3071/10
3071/22 3071/22
3072/2 3074/18 3076/7

3079/25 3080/5
3080/22 3081/2 3081/3
3081/6 3081/24
3081/25 3082/1 3082/4
3082/17 3082/19
3082/21 3082/22
3083/19 3083/22
3084/5 3085/5 3086/5
3086/9 3087/2 3089/17
3093/21 3094/22
3096/16 3100/25
3101/22 3102/6
3102/18 3104/14
3104/15 3106/3
3111/15 3112/1 3112/9
3116/16 3116/19
3119/15 3119/20
3119/20 3119/23
3119/24 3120/20
3122/3 3122/4 3123/17
3124/2 3125/13
3125/18 3125/24
3126/8 3126/9 3128/9
3129/17 3129/20
3131/18 3135/25
3136/2 3140/16
3141/14 3143/1 3143/2
3144/7 3146/12
3146/19 3147/11
3147/12 3149/22
3152/1 3152/12
3154/25 3155/4
3155/11 3156/20
3159/4 3162/17
3162/21 3163/7
3163/25 3167/4 3167/8
3172/6 3173/19 3175/9
3176/16 3176/16
3179/4 3181/5 3187/3
3187/8 3189/25 3190/1
3190/11 3191/4
3191/12 3192/7
3192/20 3193/9
**beat [2]** 3138/10
3138/11
**beauty [1]** 3141/1
**became [5]** 3107/11
3108/11 3117/14
3151/6 3164/15
**because [55]** 3044/4
3054/14 3055/5 3055/9
3055/18 3059/3
3059/25 3066/9
3071/23 3072/25
3073/11 3075/23
3078/22 3079/3
3079/25 3086/22
3087/24 3088/9
3098/23 3103/6
3104/19 3110/11
3110/18 3113/3
3120/25 3121/12
3124/4 3124/4 3125/7
3125/18 3127/2 3132/7
3133/10 3135/1
3136/10 3137/19
3138/12 3138/25

3159/17 3167/15
3173/15 3178/6
3178/22 3180/5
3180/12 3180/25
3181/25 3183/17
3184/12 3188/6 3191/5
3192/8 3192/17
**become [3]** 3075/8
3113/21 3146/3
**becomes [1]** 3104/2
**becoming [1]** 3173/18
**been [61]** 3043/2
3045/10 3057/19
3057/20 3057/25
3065/25 3072/13
3082/13 3090/10
3091/4 3097/8 3097/25
3098/1 3098/23 3105/6
3113/3 3114/6 3114/10
3114/20 3115/3
3115/25 3116/15
3116/17 3121/14
3125/15 3126/12
3131/9 3136/24 3137/8
3137/10 3137/13
3138/3 3138/16
3138/20 3138/24
3140/13 3141/6 3145/9
3145/10 3145/12
3153/15 3153/17
3153/25 3154/25
3160/6 3160/21
3162/17 3164/23
3165/18 3168/23
3170/5 3174/2 3174/7
3179/24 3182/4
3182/11 3182/13
3186/2 3189/4 3189/16
3191/2
**before [29]** 3038/9
3053/21 3059/12
3068/14 3070/25
3072/22 3080/23
3083/15 3083/16
3086/3 3087/16 3089/2
3092/19 3120/3
3139/25 3140/3 3140/9
3161/8 3162/5 3162/5
3163/20 3164/21
3169/25 3173/16
3173/17 3176/9 3181/6
3186/24 3191/3
**beforehand [1]** 3164/5
**began [1]** 3165/11
**begin [3]** 3139/8
3140/9 3178/12
**beginning [2]** 3157/6
3173/17
**begins [4]** 3067/3
3155/25 3156/2
3169/13
**behalf [3]** 3042/11
3144/20 3191/15
**behavior [5]** 3066/2
3076/15 3102/18
3108/8 3108/17
**behaviors [1]** 3109/17

**behind [2]** 3105/18
3133/23
**being [19]** 3047/17
3048/22 3068/25
3077/23 3079/13
3086/19 3091/7
3093/16 3098/10
3098/17 3098/17
3104/2 3108/23
3129/12 3158/11
3164/25 3180/9
3183/25 3185/13
**belief [1]** 3119/18
**believe [29]** 3044/21
3045/8 3049/10 3050/4
3050/17 3052/17
3071/18 3072/6 3093/5
3103/21 3107/24
3121/11 3122/22
3125/7 3136/16 3145/2
3145/16 3146/5 3147/7
3152/24 3156/16
3170/8 3172/1 3173/9
3175/17 3177/7
3178/20 3179/2
3182/12
**believed [1]** 3138/1
**BELKNAP [1]** 3039/18
**Bellshaw [9]** 3039/6
3080/12 3080/14
3087/22 3088/25
3130/8 3132/25 3139/9
3189/4
**belongs [1]** 3191/5
**below [1]** 3107/14
**Ben [3]** 3083/5
**BENCH [1]** 3038/9
**benefit [1]** 3108/5
**benefits [12]** 3106/19
3108/21 3108/22
3108/23 3108/25
3109/11 3111/25
3112/1 3133/15
3133/18 3133/19
3179/8
**Benjamin [1]** 3040/2
**besides [1]** 3106/10
**best [9]** 3051/4
3080/23 3085/2 3110/9
3115/3 3118/16
3119/12 3138/8
3146/13
**beta [1]** 3149/9
**better [15]** 3062/24
3062/25 3063/24
3066/3 3076/9 3129/24
3136/2 3137/2 3140/16
3145/22 3149/12
3151/14 3151/22
3161/17 3167/3
**between [21]** 3045/2
3052/20 3053/5
3053/19 3061/15
3078/1 3083/11 3084/2
3109/2 3110/6 3115/9
3134/20 3141/11
3141/17 3143/4
3167/18 3176/25

3199

**B**

between... **[4]** 3177/3
3187/15 3189/12
3191/3
**beyond [1]** 3044/23
**bgreenblum [1]** 3040/5
**bid [4]** 3111/10
3111/14 3156/6
3159/13
**bidding [21]** 3111/7
3111/13 3148/19
3149/2 3149/10 3150/6
3150/8 3150/12
3150/18 3151/4 3151/7
3163/11 3163/19
3164/2 3164/11
3164/18 3165/1
3185/16 3186/12
3186/25 3187/18
**bids [1]** 3149/3
**big [5]** 3090/19 3111/4
3111/5 3150/24
3177/25
**billion [1]** 3177/23
**binder [13]** 3045/1
3051/6 3051/6 3052/16
3065/6 3065/7 3065/8
3069/18 3127/13
3127/14 3148/5
3160/18 3174/5
**binders [3]** 3089/4
3147/9 3155/1
**Bing [98]** 3090/25
3090/25 3093/4 3093/7
3093/10 3093/19
3093/19 3094/3
3095/25 3096/5 3096/9
3096/14 3096/17
3096/20 3096/21
3097/4 3097/12
3097/14 3097/16
3098/16 3098/16
3098/22 3098/23
3100/15 3101/5
3102/14 3103/16
3105/1 3105/9 3105/19
3105/23 3106/4
3106/20 3107/10
3107/16 3107/18
3107/18 3107/20
3107/25 3108/21
3109/4 3109/5 3109/8
3109/10 3110/18
3111/3 3112/20
3113/14 3114/1 3114/5
3114/7 3114/11
3114/20 3115/1
3115/16 3115/18
3115/21 3115/24
3117/6 3122/3 3122/11
3123/2 3123/6 3123/12
3123/13 3123/16
3123/22 3124/3 3124/6
3124/10 3124/15
3125/2 3125/3 3125/6
3125/15 3125/16
3125/24 3125/24
3126/21 3131/3 3136/8

3172/24 3176/2 3176/3
3176/17 3177/8
3177/13 3178/5
3178/14 3178/15
3179/3 3179/4 3179/12
3181/3 3183/9 3184/7
**Bing's [10]** 3098/7
3101/6 3109/22 3110/1
3110/10 3131/24
3132/5 3132/24 3134/3
3180/7
**Bing.com [6]** 3093/14
3103/1 3103/3 3107/8
3107/12 3107/14
**bit [13]** 3067/6 3069/9
3071/17 3075/2 3092/5
3092/15 3092/16
3105/14 3108/13
3162/15 3189/18
3189/24 3190/1
**black [2]** 3052/16
3065/8
**BlackBerry [3]** 3114/22
3115/19 3115/20
**blocked [1]** 3071/23
**blocking [1]** 3064/4
**blog [2]** 3148/14
3149/19
**blow [2]** 3061/24
3062/10
**blown [1]** 3065/19
**blush [1]** 3073/21
**board [4]** 3048/21
3071/1 3137/14
3137/16
**boss [1]** 3141/24
**Boston [1]** 3040/8
**both [18]** 3046/25
3046/25 3079/12
3084/7 3086/7 3098/17
3100/12 3101/24
3141/20 3157/14
3167/17 3173/10
3174/17 3175/14
3184/20 3186/5 3186/8
3187/13
**bother [1]** 3074/9
**bottom [15]** 3045/8
3046/9 3053/18
3066/25 3067/2 3123/3
3128/23 3130/14
3132/16 3148/25
3170/16 3171/6
3172/12 3174/12
3175/22
**box [5]** 3122/15
3123/11 3123/12
3125/15 3183/12
**boxes [1]** 3126/9
**Boylston [1]** 3040/8
**Brad [7]** 3173/2 3173/5
3173/6 3174/2 3182/11
3182/25 3183/6
**Brad's [1]** 3182/12
**Braddi [2]** 3145/8
3175/18
**Branch [62]** 3043/17

3047/20 3048/13
3049/12 3050/12
3051/17 3051/18
3052/3 3052/9 3052/12
3053/11 3053/20
3054/16 3054/19
3054/22 3055/5
3055/10 3055/12
3055/13 3055/20
3058/2 3058/3 3058/8
3058/8 3058/22
3058/22 3059/4
3059/13 3059/24
3059/24 3060/17
3061/11 3061/14
3061/19 3062/18
3063/7 3063/16 3064/3
3064/11 3064/13
3065/14 3066/1
3066/22 3067/10
3067/14 3068/13
3070/12 3070/13
3071/11 3072/9 3073/6
3074/13 3075/12
3075/25 3076/17
3077/18 3077/22
3078/1 3078/8 3079/12
**Branch's [8]** 3043/12
3045/10 3049/7
3049/23 3054/23
3055/6 3074/11
3074/22
**Branch-related [1]**
3045/20
**brand [2]** 3109/3
3109/5
**breaching [2]** 3143/21
3143/23
**break [11]** 3139/21
3140/3 3147/11 3152/1
3152/7 3163/20
3189/15 3189/19
3190/2 3190/15 3193/8
**BREW [2]** 3114/24
3114/24
**brief [4]** 3119/6
3154/19 3154/20
3158/20
**briefly [7]** 3049/3
3090/13 3097/13
3117/19 3121/25
3148/8 3152/17
**bring [1]** 3087/13
**broad [5]** 3058/12
3058/24 3075/14
3091/8 3141/11
**broader [2]** 3075/22
3106/2
**broadly [6]** 3076/8
3090/18 3142/5 3167/3
3183/18 3185/18
**Broadway [1]** 3039/14
**brought [2]** 3075/23
3078/16
**browser [13]** 3093/13
3093/14 3093/17
3095/15 3096/16

3108/12 3108/18
3109/19 3122/20
3122/21 3123/5
**Bruce [1]** 3039/11
**BTL [1]** 3162/18
**Bucket [2]** 3090/19
3090/23
**buckets [1]** 3090/19
**build [3]** 3063/24
3090/22 3119/2
**building [4]** 3063/18
3100/2 3100/8 3170/22
**built [6]** 3102/23
3129/25 3130/2 3131/1
3132/9 3132/13
**built it [1]** 3132/13
**built-in [1]** 3102/23
**bullet [4]** 3155/4
3155/14 3157/5 3157/6
**bullets [1]** 3169/13
**bunch [7]** 3058/10
3076/4 3078/17
3096/12 3123/11
3183/17 3186/3
**business [23]** 3048/13
3064/5 3078/24
3078/25 3084/4
3089/14 3089/18
3090/18 3091/6
3091/20 3092/11
3092/12 3094/17
3099/14 3104/6
3111/10 3134/24
3141/5 3145/20
3145/22 3170/22
3172/24 3191/25
**businesses [2]** 3090/4
3167/19
**buy [1]** 3177/18
**buys [1]** 3149/23

**C**

**cadence [1]** 3156/21
**calendar [2]** 3123/10
3156/21
**call [11]** 3055/19
3070/19 3070/20
3106/1 3146/11
3161/10 3173/10
3173/20 3173/24
3181/7 3181/8
**called [13]** 3066/1
3066/16 3067/10
3067/18 3095/18
3097/2 3105/22
3114/23 3120/12
3120/13 3128/24
3140/25 3183/10
**calling [1]** 3075/6
**came [11]** 3092/19
3117/13 3125/20
3163/20 3172/17
3181/14 3182/16
3182/23 3184/9
3185/14 3188/4
**campaign [2]** 3179/12
3179/13

**campaigns [2]** 3147/8
3177/16
**can [118]** 3043/23
3043/24 3046/22
3047/1 3048/20 3049/2
3049/20 3050/9
3051/19 3056/18
3058/16 3060/13
3061/16 3063/1 3063/6
3064/23 3070/5 3070/8
3070/12 3073/1 3076/4
3079/24 3081/15
3082/22 3083/19
3083/22 3084/9
3084/11 3084/12
3085/1 3085/2 3085/10
3085/22 3087/9 3087/9
3087/23 3090/12
3093/7 3093/10
3093/15 3093/17
3093/21 3093/22
3093/24 3094/1 3094/3
3096/3 3097/13 3102/9
3103/12 3104/17
3106/16 3107/11
3110/9 3111/14 3112/6
3112/13 3113/8
3113/20 3113/24
3117/2 3118/18
3121/25 3122/8
3122/14 3122/14
3122/17 3124/1 3124/2
3124/15 3125/3
3126/11 3128/17
3129/8 3129/13
3129/22 3130/8
3131/25 3134/7 3134/9
3136/2 3138/15
3139/22 3143/3
3143/14 3143/20
3143/24 3146/1 3147/3
3147/5 3147/12 3148/8
3152/4 3155/15 3156/1
3157/12 3159/25
3163/3 3164/6 3167/22
3172/3 3172/6 3174/4
3174/4 3178/11 3179/3
3179/13 3188/9
3188/21 3188/24
3189/5 3189/8 3190/2
3190/19 3191/18
3192/7 3192/10
3193/10
**can't [16]** 3058/24
3061/7 3061/12 3062/1
3062/8 3062/16 3063/9
3063/11 3070/23
3079/1 3083/16 3085/2
3104/23 3117/2 3123/7
3173/9
**Candidly [1]** 3099/2
**cannot [2]** 3054/3
3097/10
**capacity [1]** 3064/6
**cared [1]** 3166/25
**career [1]** 3140/17
**Carr [1]** 3039/13
**carrier [7]** 3057/1

**C**

**carrier... [6]** 3057/5
3057/15 3062/16
3062/22 3062/23
3063/5
**carriers [14]** 3049/3
3049/4 3056/24 3058/2
3058/6 3058/21
3059/12 3061/16
3061/19 3062/3 3062/4
3062/12 3062/16
3114/11
**carrying [1]** 3115/20
**carryover [1]** 3067/2
**carve [1]** 3071/5
**carve-out [1]** 3071/5
**case [7]** 3054/14
3062/7 3065/20 3070/4
3096/16 3146/20
3148/12
**cases [3]** 3091/18
3095/20 3181/10
**Cavanaugh [2]**
3039/17 3042/9
**caveat [2]** 3146/22
3162/14
**cc'ing [1]** 3128/5
**Center [1]** 3039/14
**CEO [7]** 3064/7
3081/21 3134/21
3134/22 3166/19
3189/12 3192/25
**CEOs [1]** 3134/21
**certain [10]** 3057/10
3080/19 3097/7
3123/16 3124/2 3130/4
3134/20 3161/5
3164/12 3177/22
**certainly [10]** 3064/7
3082/1 3110/12
3110/15 3111/6 3111/8
3118/18 3126/20
3172/11 3187/25
**Certified [1]** 3040/17
**certify [1]** 3194/2
**cetera [2]** 3059/21
3059/22
**CFO [1]** 3054/4
**CH [1]** 3040/18
**chain [1]** 3170/23
**challenge [1]** 3107/11
**challenges [1]** 3104/16
**challenging [2]**
3061/16 3111/15
**chance [8]** 3061/3
3076/17 3083/17
3086/16 3086/25
3109/16 3109/19
3109/20
**change [14]** 3045/22
3054/6 3095/13
3103/10 3103/20
3103/21 3107/1 3107/4
3107/4 3107/9 3124/24
3146/2 3170/3 3183/21
**changed [2]** 3108/1
3124/23
**changes [5]** 3124/21

3184/24
**changing [1]** 3071/20
3103/7 3108/8
**channels [1]** 3051/24
**characterize [1]**
3106/11
**characterized [1]**
3106/18
**charge [1]** 3045/13
**chart [4]** 3162/5
3162/23 3162/24
3163/3
**check [1]** 3135/7
**Chief [1]** 3140/24
**chipping [1]** 3104/4
**choose [1]** 3093/22
3119/25
**Chris [3]** 3092/8
3145/16 3145/17
**Chrome [4]** 3095/14
3095/16 3122/20
3122/21
**Chromebooks [3]**
3161/16 3161/23
3161/25
**Cingular [3]** 3141/5
3146/2 3146/6
**circle [1]** 3079/24
**cites [1]** 3048/22
**Civil [1]** 3042/6
**clarifications [1]**
3153/6
**clarify [1]** 3102/9
**clarity [5]** 3149/15
3185/23 3185/24
3186/10 3186/22
**clear [11]** 3043/16
3045/18 3067/23
3071/24 3117/8
3123/17 3125/13
3132/7 3155/19
3160/10 3163/25
**clearly [3]** 3084/6
3084/8 3170/2
**click [5]** 3109/5
3124/13 3125/3
3126/23 3126/25
**clicked [2]** 3107/17
3149/24
**clicking [1]** 3107/17
**clients [3]** 3157/12
3157/23 3159/18
**close [5]** 3054/3
3117/21 3135/11
3151/25 3174/4
**closed [32]** 3080/17
3080/21 3080/23
3081/3 3081/5 3081/6
3081/10 3081/18
3082/5 3082/16
3082/23 3082/23
3083/19 3084/17
3085/14 3085/15
3085/16 3086/12
3087/4 3112/25
3118/13 3135/23
3138/19 3147/12

3190/23 3191/2 3191/5
3191/6 3193/9
**closely [1]** 3135/23
**cloud [7]** 3183/10
3183/11 3183/14
3184/3 3184/6 3184/9
3184/24
**co [4]** 3039/15 3080/25
3096/10 3096/13
**co-marketing [2]**
3096/10 3096/13
**co-plaintiffs [1]**
3080/25
**coaching [1]** 3180/19
**coag.gov [1]** 3039/16
**code [3]** 3156/22
3156/22 3188/12
**CodeShip [1]** 3156/24
**coding [2]** 3163/11
3165/1
**coffee [1]** 3056/10
**collaborate [4]**
3063/24 3141/19
3142/8 3142/11
**collaboration [2]**
3142/13 3167/11
**colleagues [1]** 3188/24
**collectively [1]** 3104/9
**Colorado [3]** 3039/11
3039/12 3039/14
**COLUMBIA [1]** 3038/1
**come [19]** 3079/15
3080/2 3094/22
3095/25 3096/5 3096/9
3096/21 3104/11
3109/8 3124/1 3129/23
3135/24 3143/6
3143/10 3144/4
3150/11 3152/22
3190/9 3191/18
**comes [9]** 3055/24
3079/17 3094/20
3097/11 3104/22
3110/12 3116/23
3118/23 3148/19
**comfort [1]** 3150/23
**comfortable [1]** 3151/2
**coming [4]** 3066/11
3079/21 3140/24
3192/19
**commerce [2]** 3141/1
3141/4
**committee [1]** 3174/23
**common [1]** 3065/4
**communicated [2]**
3134/22 3178/21
**communicating [1]**
3079/12
**communications [6]**
3080/20 3081/20
3168/5 3168/10
3189/11 3192/12
**companies [11]**
3083/11 3089/17
3104/7 3134/21
3134/21 3141/16
3141/18 3164/22

**companies' [1]**
3184/21
**company [9]** 3066/4
3067/10 3076/1
3089/21 3092/20
3099/3 3140/21
3140/25 3191/4
**compared [2]** 3058/16
3073/1
**compatibility [2]**
3120/14 3120/15
**compete [1]** 3142/9
**competition [1]** 3099/2
**competitive [2]** 3091/9
3091/10
**competitively [1]**
3191/23
**competitors [2]** 3098/7
3192/5
**completed [1]** 3149/25
**completeness [1]**
3123/17
**complicated [4]**
3107/1 3124/11 3143/4
3143/9
**component [2]**
3067/20 3164/2
**components [1]**
3059/18
**compromise [4]**
3122/9 3125/20
3125/21 3125/22
**computer [3]** 3040/21
3094/9 3133/21
**computer-aided [1]**
3040/21
**computers [3]** 3094/13
3096/1 3096/11
**conceived [1]** 3075/12
**concept [6]** 3095/9
3099/7 3101/1 3101/2
3111/23 3124/21
**conception [1]**
3125/13
**concepts [1]** 3101/9
**concern [8]** 3059/14
3060/10 3064/2 3064/4
3068/23 3069/3
3071/24 3072/4
**concerned [5]** 3055/5
3055/9 3059/8 3068/20
3182/24
**concerns [18]** 3059/3
3059/6 3059/12
3059/15 3059/20
3063/14 3063/23
3068/12 3068/17
3068/25 3072/9
3072/12 3073/25
3153/7 3182/15
3182/17 3182/19
3186/8
**concluded [2]** 3059/23
3063/14
**concludes [1]** 3139/5
**conclusion [3]**
3135/24 3138/7

**condition [1]** 3072/2
**conditions [4]** 3183/19
3183/20 3183/22
3183/25
**confer [1]** 3139/21
**conference [1]** 3086/1
**conferred [2]** 3086/23
3188/25
**confidence [1]**
3135/12
**confident [5]** 3057/8
3084/24 3135/17
3135/18 3139/22
**confidential [4]** 3086/6
3086/22 3129/14
3192/17
**confidentiality [9]**
3080/19 3081/22
3083/15 3087/1
3112/12 3127/23
3143/21 3143/23
3153/7
**confidently [1]** 3057/3
**configuration [1]**
3103/21
**configurations [1]**
3103/20
**configure [1]** 3125/1
**configured [3]** 3093/16
3093/19 3116/19
**confirm [1]** 3172/6
**confirmed [2]** 3076/10
3103/23
**conflict [2]** 3054/10
3072/4
**conflicted [1]** 3050/13
**conflicting [1]** 3047/19
**confused [2]** 3132/8
3186/1
**confusing [1]** 3126/9
**confusion [1]** 3185/21
**conjecturing [1]**
3162/14
**connect [2]** 3054/5
3159/25
**connected [2]** 3187/17
3187/17
**connection [7]**
3043/18 3043/21
3043/21 3044/2 3044/9
3044/10 3044/11
**CONNOLLY [2]** 3040/3
3083/6
**consent [1]** 3055/14
**conservatism [2]**
3055/16 3055/19
**consider [3]** 3079/16
3101/6 3187/25
**consideration [4]**
3162/19 3162/21
3165/5 3185/11
**considered [2]** 3076/7
3145/22
**consistent [1]** 3095/20
**constantly [1]** 3066/8
**Constitution [1]**
3040/19

**C**

**construction [1]**
3163/3
**consult [1]** 3188/24
**consulting [4]** 3152/19
**consumer [4]** 3039/12
3068/13 3093/7 3093/9
**contact [2]** 3088/2
3088/13
**contained [1]** 3164/2
**content [2]** 3087/3
3090/20
**context [14]** 3047/23
3048/2 3069/22
3069/25 3095/4
3099/14 3099/19
3131/14 3149/17
3149/18 3156/17
3159/22 3162/19
3176/10
**continue [10]** 3042/15
3052/6 3073/24 3075/9
3115/21 3138/22
3152/20 3170/10
3182/8 3193/10
**continued [6]** 3040/1
3043/5 3052/3 3052/9
3115/18 3184/14
**continues [1]** 3156/10
**continuously [2]**
3090/7 3090/10
**contract [5]** 3054/9
3073/18 3073/20
3073/22 3184/11
**contracts [2]** 3045/20
3074/19
**contractual [2]** 3117/1
3126/5
**contributor [1]** 3157/7
**controlled [1]** 3108/13
**controls [1]** 3159/13
**conversation [12]**
3055/17 3055/23
3055/25 3056/3
3057/23 3068/4
3134/20 3182/13
3182/14 3182/15
3183/23 3184/18
**conversations [13]**
3056/1 3072/16 3084/5
3103/22 3111/2 3126/7
3137/14 3167/16
3179/24 3181/7 3182/7
3191/22 3192/1
**conversion [15]**
3149/22 3157/19
3158/2 3158/5 3158/9
3158/19 3159/12
3159/19 3159/21
3159/25 3165/5 3165/7
3165/10 3185/10
3185/15
**conversions [10]**
3149/11 3149/16
3151/13 3151/21
3157/13 3157/23
3159/18 3163/12
3165/2 3185/8

cooperate [2] 3041/7
3167/19
**cooperation [2]** 3167/4
3167/8
**cooperatively [1]**
3084/3
**copied [1]** 3174/17
**copy [1]** 3077/7
**core [2]** 3059/18
3075/6
**corner [1]** 3128/24
**corporate [4]** 3089/14
3092/13 3092/13
3145/3
**Corporation [1]**
3040/12
**correct [112]** 3043/18
3043/22 3044/2
3044/14 3044/19
3045/12 3045/17
3046/5 3046/10
3047/14 3047/15
3047/22 3047/25
3048/5 3048/8 3048/9
3048/16 3048/25
3049/4 3049/8 3049/12
3050/13 3050/18
3051/3 3051/10
3051/21 3052/5
3052/10 3052/13
3052/14 3053/7
3053/12 3053/14
3053/21 3053/24
3054/7 3054/12
3054/17 3054/19
3054/24 3054/25
3055/2 3055/6 3055/11
3055/14 3055/20
3056/3 3056/23 3057/1
3057/6 3057/21 3058/8
3058/23 3059/4 3059/7
3059/13 3060/1 3060/5
3060/19 3061/11
3061/17 3061/20
3061/25 3063/16
3064/14 3065/15
3065/16 3066/5
3066/12 3066/23
3068/13 3068/23
3069/4 3074/7 3077/14
3087/2 3154/7 3154/8
3154/15 3156/4
3158/21 3158/22
3158/24 3160/20
3161/4 3163/16
3163/18 3164/2 3166/3
3166/6 3166/7 3171/1
3171/3 3171/17 3172/9
3172/12 3172/15
3172/19 3172/24
3173/3 3174/15
3174/18 3175/9
3175/12 3176/9 3177/7
3177/9 3182/3 3182/4
3185/8 3186/11 3194/3
**correctly [8]** 3115/18
3117/12 3136/15
3141/10 3145/21

3184/10
**correlation [2]** 3110/6
3176/25
**corroborated [1]**
3079/19
**cost [4]** 3177/20
3177/23 3178/1
3179/10
**costs [4]** 3177/22
3179/15 3179/19
3188/10
**could [66]** 3046/8
3046/16 3050/8
3050/22 3054/20
3058/25 3069/10
3069/10 3071/11
3075/4 3075/14
3075/15 3075/20
3075/21 3076/18
3083/24 3083/24
3092/4 3107/8 3109/14
3112/1 3112/9 3112/25
3120/4 3123/23
3124/10 3124/16
3124/19 3125/4
3125/10 3126/21
3126/21 3127/5 3127/7
3127/8 3127/11
3132/11 3132/12
3132/25 3136/6 3136/8
3136/16 3136/17
3136/20 3137/3
3138/10 3138/11
3139/14 3139/17
3139/21 3140/1 3140/2
3140/2 3140/15
3145/10 3147/9
3147/11 3148/1
3156/18 3168/22
3170/5 3170/9 3175/9
3179/17 3179/18
3183/12
**couldn't [6]** 3057/3
3124/22 3125/1 3125/4
3127/2 3139/2
**counsel [11]** 3048/20
3049/20 3050/5 3061/2
3160/6 3173/7 3188/25
3190/17 3190/19
3191/8 3191/13
**counter [1]** 3077/2
**counter-excerpt [1]**
3077/2
**counterpart [1]**
3182/12
**counting [1]** 3128/20
**couple [7]** 3051/14
3058/11 3116/23
3134/9 3137/23
3182/23 3189/8
**course [14]** 3048/22
3064/5 3070/7 3071/7
3073/15 3084/25
3121/10 3126/19
3129/10 3146/16
3149/20 3151/5
3155/18 3189/20

3040/16 3040/18
3042/2 3045/9 3077/3
3080/7 3090/13 3092/4
3097/13 3099/4
3112/14 3113/25
3139/23 3152/10
3191/18 3193/14
**Court's [1]** 3077/5
**cover [3]** 3072/3
3080/21 3081/17
**crawling [1]** 3051/17
**create [1]** 3185/23
**created [3]** 3105/17
3105/21 3185/24
**creative [2]** 3112/8
3119/6
**credibility [1]** 3109/12
**critical [4]** 3064/13
3064/15 3064/17
3154/21
**cross [6]** 3041/4
3043/5 3074/1 3088/2
3088/14 3091/5
**cross-examination [2]**
3043/5 3074/1
**cross-functional [1]**
3091/5
**cross-talk [2]** 3088/2
3088/14
**crossed [1]** 3077/8
**CRR [2]** 3194/2 3194/8
**current [2]** 3043/16
3089/13
**currently [2]** 3097/6
3173/8
**custom [1]** 3063/20
**customer [5]** 3077/25
3078/21 3079/1 3141/3
3169/17
**customers [7]** 3063/15
3078/13 3108/1
3119/20 3119/24
3167/19 3178/23
**cut [4]** 3072/23
3073/23 3073/23
3106/9
**CV [1]** 3038/4
**cycle [8]** 3055/22
3068/15 3156/11
3156/15 3156/23
3157/2 3169/13
3169/14
**cycles [2]** 3157/1
3169/18

**D**

**D.C [5]** 3038/5 3039/3
3039/8 3040/4 3040/19
**data [16]** 3051/18
3055/10 3055/13
3055/16 3055/24
3059/8 3059/16
3059/21 3066/1 3158/2
3158/5 3158/9 3158/19
3159/25 3185/15
3185/19
**date [3]** 3128/13

3040/25 3194/7
**dated [2]** 3148/15
3169/2
**dates [1]** 3105/14
**daughter [1]** 3089/16
**day [12]** 3038/7
3043/11 3103/14
3107/24 3121/7 3121/7
3144/23 3144/23
3146/15 3146/15
3170/25 3189/16
**days [4]** 3066/2 3073/8
3121/21 3169/4
**de [3]** 3098/3 3098/13
3098/14
**deal [37]** 3044/14
3044/14 3044/16
3044/21 3045/16
3045/18 3046/5 3046/6
3052/4 3052/9 3052/13
3054/14 3060/17
3064/5 3070/6 3070/13
3072/3 3083/25 3084/3
3084/12 3106/3
3111/18 3111/22
3112/19 3114/14
3114/18 3115/1 3115/7
3131/19 3131/23
3132/5 3134/3 3136/23
3144/24 3145/5 3145/7
3147/11
**dealing [1]** 3144/21
**deals [12]** 3061/11
3062/14 3099/10
3101/5 3101/6 3105/1
3109/24 3110/2
3111/17 3111/20
3111/25 3113/18
**dealt [1]** 3079/25
**debate [2]** 3167/12
3167/22
**debates [1]** 3186/3
**decade [1]** 3114/10
**December [2]** 3161/3
3171/8
**Dechert [3]** 3040/12
3191/15 3191/20
**dechert.com [1]**
3040/15
**decide [5]** 3079/2
3089/24 3091/23
3143/7 3143/13
**decided [3]** 3182/25
3183/1 3184/11
**decision [13]** 3048/12
3110/16 3118/15
3118/20 3119/21
3139/20 3162/16
3173/23 3173/25
3177/15 3177/25
3178/4 3183/5
**decision-making [1]**
3110/16
**decisions [1]** 3087/10
**deck [1]** 3048/21
**declare [1]** 3142/2
**decrease [1]** 3167/12
**deemed [1]** 3191/23

deep [3] 3119/9
3146/14 3148/5
deeper [1] 3167/11
deeply [1] 3073/13
default [39] 3093/19
3094/23 3095/12
3095/15 3095/18
3095/19 3095/25
3096/5 3096/9 3096/15
3096/16 3096/17
3096/20 3096/21
3097/4 3097/12 3103/3
3103/4 3103/7 3103/19
3104/2 3104/2 3105/2
3105/9 3105/9 3106/20
3107/5 3107/21
3107/25 3108/1
3112/20 3112/24
3113/14 3113/21
3114/21 3116/16
3123/5 3126/14
3126/15
defaults [8] 3095/20
3095/21 3107/10
3114/4 3114/4 3117/6
3117/6 3117/7
Defendant [3] 3038/7
3040/2 3040/11
DEFENDANT'S [3]
3041/11 3053/2 3068/8
defense [1] 3069/10
defer [3] 3169/15
3191/7 3191/13
defines [2] 3157/22
3159/17
definitely [3] 3063/3
3063/23 3192/4
definition [1] 3105/7
definitive [2] 3186/4
3187/12
delegated [1] 3141/25
deleted [1] 3124/16
deliberate [1] 3193/1
deliberations [2]
3192/6 3193/3
deliver [1] 3101/19
delivers [1] 3051/16
delivery [1] 3051/19
delving [1] 3083/25
demand [14] 3169/12
3176/1 3176/17
3178/22 3178/23
3180/5 3180/9 3180/11
3180/15 3180/23
3181/3 3181/16
3181/23 3187/22
demonstrative [3]
3117/24 3118/6
3123/19
Denver [1] 3039/15
DEPARTMENT [6]
3039/2 3039/6 3039/12
3051/5 3081/13
3147/19
depend [1] 3148/12
deploy [1] 3062/16
deployed [1] 3062/9

deposition [5] 3057/15
3057/24 3077/1
3077/11 3079/20
depreciated [1] 3108/4
descend [1] 3134/10
describe [14] 3054/20
3089/19 3090/13
3090/23 3095/10
3095/17 3097/13
3106/15 3113/24
3118/17 3121/25
3130/1 3142/21 3159/8
described [10] 3044/8
3091/11 3113/16
3131/12 3139/1 3141/8
3142/14 3162/18
3180/8 3186/11
describes [2] 3089/16
3133/13
describing [1] 3084/15
design [2] 3073/10
3118/14
designated [3]
3141/19 3141/22
3145/4
desire [5] 3055/21
3121/15 3161/24
3167/17 3185/23
desktop [3] 3094/9
3094/13 3096/1
desktops [1] 3096/6
detail [2] 3049/13
3160/4
details [7] 3048/7
3058/25 3064/24
3113/7 3151/9 3181/11
3191/12
determinant [1]
3110/15
determination [1]
3110/6
determined [1] 3086/5
detractor [1] 3078/14
developed [4] 3047/18
3150/7 3150/18
3156/20
developers [1] 3167/6
development [11]
3063/21 3089/14
3089/18 3092/11
3092/12 3145/3
3156/11 3156/14
3156/20 3156/25
3157/2
developments [1]
3057/20
device [62] 3043/13
3055/1 3056/25
3056/25 3057/8 3057/9
3063/5 3066/9 3068/21
3068/23 3069/1
3073/13 3077/23
3078/3 3078/4 3078/5
3078/9 3078/10
3078/15 3093/22
3094/2 3094/20
3094/21 3095/5
3095/18 3095/21

3097/2 3097/3 3097/4
3097/11 3105/10
3105/22 3109/10
3114/2 3116/17
3116/19 3116/24
3117/22 3119/8
3119/13 3119/14
3119/16 3119/19
3119/22 3120/19
3120/21 3121/17
3122/2 3122/3 3122/8
3122/10 3122/11
3123/5 3123/8 3123/23
3124/3 3124/4 3124/23
3125/14 3126/22
devices [30] 3049/10
3049/10 3049/11
3049/11 3049/14
3049/16 3056/12
3056/14 3056/25
3057/5 3057/10
3057/13 3059/17
3063/16 3096/22
3105/3 3113/22 3114/1
3114/3 3114/5 3114/21
3114/22 3114/24
3115/16 3115/19
3115/22 3115/25
3116/12 3120/20
3170/21
did [77] 3044/21
3052/2 3055/20 3058/2
3060/16 3061/14
3061/24 3064/19
3070/17 3071/11
3071/17 3074/21
3075/15 3076/17
3077/13 3077/17
3081/15 3086/22
3091/13 3091/16
3092/17 3092/21
3092/23 3093/4
3106/19 3108/15
3108/16 3108/19
3108/21 3108/22
3109/4 3114/14
3115/21 3118/14
3119/2 3119/25 3120/3
3121/1 3121/3 3121/7
3121/9 3121/22 3122/5
3125/2 3129/6 3132/9
3132/11 3132/11
3134/2 3134/12
3134/17 3135/15
3135/24 3136/6 3136/8
3136/16 3137/22
3141/9 3142/24
3143/13 3143/14
3143/16 3144/4
3144/22 3144/24
3145/7 3146/3 3147/19
3150/11 3158/7 3158/8
3180/14 3182/7 3186/7
3186/11 3187/2
3187/16
did you [9] 3091/16
3119/25 3121/3 3122/5

didn't [14] 3059/24
3061/24 3071/18
3074/18 3074/18
3077/21 3121/20
3125/16 3126/4 3127/2
3143/13 3149/19
3187/9 3188/4
difference [1] 3078/1
differences [1]
3094/19
different [22] 3048/8
3051/19 3056/21
3058/10 3073/1 3075/7
3075/11 3076/5 3078/4
3079/21 3083/10
3093/6 3093/9 3093/11
3101/1 3102/18
3109/17 3109/18
3116/23 3120/25
3133/19 3144/14
differentiation [1]
3066/8
differently [2] 3126/16
3190/20
difficult [2] 3048/2
3061/16
difficulty [1] 3062/15
digging [1] 3071/17
digits [3] 3148/4
3165/14 3185/4
dimension [3] 3078/22
3101/16 3110/17
dimensions [2]
3077/20 3101/16
diminish [1] 3109/1
dinner [1] 3140/16
Dintzer [3] 3039/2
3042/8 3077/1
direct [14] 3041/4
3048/17 3049/18
3088/1 3088/18
3093/13 3101/20
3102/24 3110/17
3127/10 3137/1 3140/7
3148/24 3152/20
directed [3] 3050/17
directing [1] 3051/8
directions [1] 3173/14
directly [3] 3093/18
3094/4 3180/21
disadvantage [1]
3111/1
disaggregated [1]
3099/18
disagree [1] 3184/22
disagreements [1]
3084/4
disclosed [1] 3121/15
discontinued [1]
3115/20
discovery [5] 3072/13
3073/5 3074/2 3075/12
3075/17
Discovery's [1]
3074/14
discuss [5] 3081/24

discussants [1]
3144/12
discussed [12]
3061/21 3062/8 3071/6
3073/25 3075/13
3077/21 3085/18
3108/22 3151/6
3157/18 3164/19
3185/14
discussing [5] 3083/12
3084/5 3150/24
3164/23 3183/8
discussion [5] 3043/11
3073/11 3152/5
3159/11 3191/12
discussions [12]
3110/13 3113/3
3121/23 3122/1
3128/15 3143/12
3144/6 3144/12
3145/15 3175/8
3187/15 3191/10
display [1] 3157/14
displayed [2] 3045/9
3050/9
displaying [1] 3068/20
dispute [3] 3142/6
3174/23 3180/11
disputes [2] 3083/11
3141/17
distinct [1] 3100/6
distinction [1] 3094/11
distribute [4] 3090/25
3115/18 3115/21
3182/22
distributed [3] 3057/1
3057/5 3115/15
distribution [21]
3055/23 3090/23
3091/14 3099/10
3101/5 3102/12
3102/13 3102/13
3109/24 3110/2
3111/18 3111/22
3112/19 3114/1 3114/7
3114/11 3114/14
3114/17 3115/1
3115/25 3177/4
DISTRICT [3] 3038/1
3038/1 3038/10
Division [1] 3039/7
do [184]
do you [32] 3043/14
3050/6 3058/3 3062/3
3072/9 3089/9 3091/16
3092/2 3092/7 3101/6
3102/13 3114/25
3145/15 3145/18
3156/25 3161/20
3162/11 3162/12
3163/22 3164/12
3164/16 3165/7
3165/10 3166/22
3168/5 3168/9 3168/13
3176/22 3177/1 3177/5
3182/8 3185/6

deposition [5] 3057/15
3057/24 3077/1
3077/11 3079/20
3146/3 3150/11
3190/14
3152/6 3159/9

**D**

**Do you believe [1]**
3179/2
**do you have [5]**
3059/21 3090/11
3126/3 3139/24 3155/7
**Do you recognize [1]**
3128/1
**Do you remember [1]**
3185/1
**do you see [38]** 3045/5
3047/11 3065/13
3066/20 3067/4 3129/4
3130/21 3132/17
3148/15 3148/18
3148/21 3149/13
3154/18 3156/12
3157/5 3157/9 3157/11
3157/16 3157/24
3161/18 3162/4 3162/9
3163/1 3163/13 3165/4
3166/10 3166/16
3169/1 3169/19
3170/16 3170/23
3171/9 3173/12
3174/19 3175/6
3175/21 3176/6
3176/18
**do you think [1]**
3081/15
**do you understand [2]**
3046/2 3149/16
**dock [1]** 3123/3
**document [51]** 3047/3
3050/14 3052/23
3070/16 3071/8 3071/8
3082/13 3082/24
3083/4 3083/8 3084/16
3127/11 3127/22
3127/25 3129/2 3130/1
3130/16 3131/2
3132/14 3142/15
3147/10 3147/23
3148/14 3152/22
3153/14 3153/16
3153/25 3155/3 3155/7
3155/8 3155/23
3158/12 3158/16
3158/20 3158/25
3160/5 3160/14
3162/12 3162/15
3165/13 3165/17
3165/25 3168/18
3168/23 3170/5 3170/8
3171/21 3172/1 3174/4
3174/5 3174/6
**documented [4]**
3060/10 3071/1
3071/25 3184/6
**documents [16]**
3046/21 3075/4 3081/7
3081/23 3085/13
3085/19 3086/5
3086/18 3087/7 3087/9
3127/6 3139/18
3139/20 3147/21
3152/14 3189/11
**does [31]** 3043/17

3094/22 3095/12
3095/13 3095/25
3096/5 3096/9 3096/21
3099/13 3100/15
3102/4 3109/22 3110/1
3118/5 3123/13
3123/22 3125/10
3131/13 3132/20
3132/22 3134/14
3135/20 3135/21
3151/17 3167/8
3169/21 3176/4
3177/12 3178/13
**doesn't [6]** 3066/3
3084/19 3170/3
3172/18 3189/9
3190/14
**doing [17]** 3052/13
3062/22 3064/5
3073/15 3078/2 3082/5
3091/12 3091/21
3102/6 3106/16 3126/6
3167/8 3180/4 3182/1
3182/20 3186/6 3191/4
**DOJ [4]** 3039/2 3042/8
3087/5 3139/5
**dollar [3]** 3137/6
3137/15 3193/2
**dollars [1]** 3192/16
**dominant [2]** 3143/14
3176/15
**Don [13]** 3144/25
3167/16 3171/8
3178/20 3180/12
3180/22 3181/7 3181/7
3181/13 3182/25
3183/6 3184/18
3187/20
**Don's [2]** 3145/2
3145/10
**don't [100]** 3046/14
3046/17 3050/24
3052/22 3054/20
3056/5 3056/16
3056/23 3059/15
3060/14 3061/22
3063/10 3063/10
3063/11 3064/15
3066/9 3070/3 3071/25
3076/9 3078/18 3080/2
3083/13 3084/14
3084/22 3084/23
3085/8 3086/10
3086/18 3087/13
3091/12 3092/19
3093/1 3097/7 3097/18
3097/19 3098/14
3100/8 3103/13
3106/14 3107/23
3109/1 3114/19
3115/19 3116/5
3118/16 3119/4
3122/22 3123/17
3125/7 3126/2 3126/2
3126/5 3134/10
3134/10 3135/1 3139/8
3139/12 3142/1

3144/21 3145/13
3146/5 3150/9 3151/7
3151/8 3151/10 3152/4
3158/12 3158/13
3158/25 3159/4
3161/22 3162/1
3164/14 3168/16
3170/12 3170/20
3171/13 3171/25
3172/1 3172/5 3175/19
3178/17 3178/25
3179/6 3179/7 3179/21
3180/1 3182/25 3183/4
3183/5 3184/16
3186/18 3187/22
3189/14 3189/15
3189/17 3190/9 3192/8
**done [11]** 3065/22
3083/19 3113/4
3121/13 3126/16
3138/18 3147/12
3162/17 3179/9
3181/17 3193/9
**down [12]** 3051/14
3054/5 3087/16
3089/24 3092/4
3104/11 3104/23
3124/14 3157/22
3167/10 3184/22
3185/17
**download [1]** 3093/23
**downloading [1]**
3094/1
**downloads [1]** 3124/5
**draft [1]** 3171/24
**dragged [1]** 3171/6
**dramatically [1]**
3058/14
**draw [1]** 3094/10
**drawer [2]** 3065/23
3069/1
**drive [3]** 3094/6 3102/4
3183/15
**driven [1]** 3078/20
**Dropbox [1]** 3183/12
**dropped [1]** 3093/2
**drove [1]** 3111/8
**Drugstore [2]** 3141/4
3146/6
**Drugstore.com [2]**
3140/25 3146/2
**due [1]** 3084/25
**Duo [29]** 3097/3
3097/5 3097/6 3105/5
3106/10 3113/24
3117/4 3117/18
3117/19 3118/7 3118/8
3118/14 3118/23
3119/2 3119/4 3120/1
3120/4 3120/22 3122/6
3122/12 3123/1 3124/9
3125/11 3125/17
3125/18 3126/4
3145/12 3167/10
3170/22
**during [11]** 3114/25
3117/8 3128/14 3136/1

3149/9 3149/9 3152/7
3167/9 3187/15
**DX4000 [4]** 3065/6
3067/24 3068/8
3074/11
**DX4001 [3]** 3066/18
3067/24 3068/8
**DX614 [2]** 3044/25
3069/21
**DX726 [3]** 3052/15
3052/24 3053/2
**dynamic [6]** 3103/5
3103/6 3104/6 3106/25
3113/15 3138/4
**dynamics [6]** 3091/10
3098/5 3100/3 3101/25
3102/18 3139/1

**E**

**e-commerce [2]**
3141/1 3141/4
**each [6]** 3061/20
3062/4 3104/16
3133/17 3152/24
3155/3
**earlier [16]** 3053/9
3055/24 3077/19
3095/9 3112/20
3113/16 3131/12
3139/18 3141/8 3146/1
3159/6 3161/12
3164/10 3164/20
3189/25 3191/11
**early [6]** 3042/13
3056/1 3056/3 3073/8
3117/13 3189/15
**earn [3]** 3044/17
3096/13
**easier [3]** 3060/24
3065/20 3067/7
**easy [2]** 3067/12
3103/7
**economic [10]** 3077/21
3080/20 3111/3 3112/6
3129/2 3129/7 3130/4
3131/22 3132/3
3133/20
**economically [2]**
3112/1 3137/4
**economics [5]** 3077/20
3110/18 3112/9
3129/16 3129/20
**ecosystem [3]** 3119/11
3120/18 3134/4
**Edge [4]** 3096/16
3123/4 3123/4 3123/5
**edit [1]** 3183/13
**editing [1]** 3183/13
**effect [4]** 3102/4
3102/4 3131/12
3136/11
**effective [3]** 3102/7
3102/14 3108/8
**effectively [4]** 3091/12
3116/4 3116/6 3187/8
**effort [2]** 3113/21
3178/2

**efforts [2]** 3105/6
3113/25
**either [10]** 3062/24
3092/25 3093/21
3104/13 3115/14
3120/14 3124/3 3146/6
3171/17 3183/1
**elaborate [1]** 3110/4
**elected [1]** 3169/15
**element [2]** 3089/20
3089/20
**elements [1]** 3064/20
**Eli [2]** 3051/9 3052/6
**elicited [1]** 3079/11
**eligible [1]** 3077/23
**else [8]** 3104/3
3104/18 3104/19
3113/5 3125/24
3170/23 3171/16
3185/20
**EMADA [1]** 3120/24
**email [65]** 3039/4
3039/9 3039/16
3039/21 3040/5 3040/5
3040/9 3040/15 3045/7
3045/11 3045/15
3046/12 3047/13
3047/15 3048/11
3048/23 3048/25
3049/1 3050/21
3050/22 3051/9
3051/25 3052/3
3053/14 3053/15
3053/21 3054/11
3060/11 3061/7 3070/4
3070/9 3070/16
3070/19 3070/25
3071/6 3071/9 3072/1
3128/4 3128/13
3128/14 3128/21
3129/22 3154/6
3155/20 3159/2 3161/2
3161/9 3166/2 3168/14
3169/1 3169/4 3169/25
3170/16 3170/23
3170/25 3171/12
3171/14 3171/17
3172/2 3172/10
3172/11 3172/11
3174/12 3175/11
3176/10
**emailing [1]** 3045/10
**emails [8]** 3045/2
3052/19 3053/5 3053/9
3086/21 3182/4
3182/10 3191/3
**emergent [1]** 3106/6
**employee [1]** 3048/18
**enabled [1]** 3149/10
**enables [2]** 3159/12
3159/19
**encouraged [1]**
3124/24
**encouraging [1]**
3126/14
**end [11]** 3043/11
3051/20 3072/25
3082/2 3114/23

end... [6] 3138/19
3162/7 3172/15
3174/20 3175/21
3187/5
ended [4] 3115/6
3142/1 3142/3 3182/17
ending [2] 3133/5
3133/6
ends [6] 3128/24
3153/20 3153/24
3165/14 3165/25
3185/4
engaged [4] 3112/23
3140/22 3144/19
3145/14
engagement [1]
3075/16
engaging [1] 3141/21
engine [28] 3092/14
3092/21 3092/22
3092/24 3093/16
3095/1 3095/15
3095/18 3095/22
3095/25 3096/5 3096/9
3096/17 3096/20
3096/21 3097/4 3103/9
3105/2 3105/10
3106/20 3107/8 3110/7
3112/20 3146/4 3146/5
3158/10 3160/1
3176/23
engineering [4]
3062/19 3187/23
3188/2 3188/10
engines [3] 3099/7
3147/8 3149/22
enormous [1] 3104/19
enough [18] 3067/12
3070/23 3071/3
3071/11 3077/22
3105/13 3110/14
3111/4 3111/5 3118/22
3119/20 3140/10
3143/8 3143/8 3151/25
3177/25 3178/1
3187/22
enter [4] 3077/13
3077/17 3105/1 3187/2
entered [5] 3084/7
3105/16 3115/2
3129/15 3142/18
entire [2] 3102/5
3152/20
entirely [3] 3063/7
3066/24 3071/23
entirety [1] 3101/23
entitled [4] 3142/15
3142/17 3148/18
3175/11
entry [50] 3093/16
3095/9 3095/11
3095/11 3095/15
3095/19 3095/22
3096/1 3096/6 3096/8
3096/15 3096/18
3096/22 3097/5
3097/12 3097/18

3103/2 3103/4/3103/4
3103/7 3103/19 3105/2
3105/9 3105/10
3105/18 3105/19
3105/21 3106/7
3107/10 3108/10
3108/12 3109/17
3109/18 3114/4
3114/21 3116/16
3116/18 3117/10
3122/2 3122/3 3122/6
3122/9 3122/11
3122/12 3122/21
3122/25 3123/1 3123/6
3124/23 3124/25
equate [1] 3155/17
era [1] 3072/15
escalate [1] 3143/12
escalated [1] 3171/8
escalating [1] 3174/22
escalation [19]
3142/20 3142/21
3143/2 3143/17 3144/4
3144/16 3146/21
3150/23 3150/24
3151/5 3159/9 3164/20
3164/21 3173/18
3173/22 3173/24
3174/25 3182/7 3183/3
especially [1] 3063/22
essence [1] 3107/6
essentially [6] 3090/24
3104/7 3120/14
3120/17 3124/21
3133/13
establish [2] 3084/18
3170/9
establishing [3]
3082/18 3083/10
3084/6
estate [1] 3102/20
estimated [1] 3081/12
estimates [4] 3103/17
3129/18 3135/5 3138/8
estimating [1] 3192/15
et [4] 3038/3 3042/7
3059/21 3059/22
et al [1] 3042/7
et cetera [1] 3059/22
Europe [3] 3120/22
3120/24 3121/1
evaluate [1] 3167/3
evaluated [1] 3126/24
evaluating [1] 3101/14
evaluations [1]
3101/15
even [6] 3066/2 3075/5
3091/10 3098/22
3107/24 3140/3
ever [9] 3061/22
3070/21 3076/17
3112/18 3114/14
3145/7 3145/13
3158/12 3187/16
every [5] 3095/19
3109/3 3116/4 3116/6
3116/6
everybody [2] 3059/14

everyone [8] 3042/4
3042/12 3059/8 3080/6
3088/1 3140/13
3152/12 3193/12
everything [7] 3104/3
3104/18 3104/19
3113/5 3140/16
3142/10 3185/20
evidence [26] 3046/17
3046/22 3052/21
3053/2 3067/25 3068/8
3079/11 3079/16
3082/16 3082/24
3083/22 3085/6 3128/7
3128/10 3147/22
3147/23 3153/25
3154/3 3160/22
3160/23 3165/18
3165/21 3168/19
3168/24 3174/8 3174/9
evidentiary [2] 3079/17
3080/1
exact [3] 3070/24
3107/23 3135/14
exactly [6] 3063/11
3064/16 3078/12
3122/22 3184/16
3185/22
exam [1] 3189/10
examination [5]
3043/5 3069/13 3074/1
3088/18 3140/7
example [9] 3059/2
3093/17 3095/14
3095/16 3125/1
3140/22 3167/5 3191/3
3192/13
examples [1] 3133/18
excerpt [3] 3077/1
3077/2 3077/10
exchange [3] 3053/25
3071/9 3072/1
exclusive [1] 3174/2
exclusively [1] 3054/8
excuse [2] 3057/19
3192/10
execs [1] 3071/8
execution [2] 3089/20
3089/24
executive [19] 3045/13
3048/18 3070/3
3081/21 3091/19
3092/1 3092/10 3121/5
3121/7 3141/20
3141/22 3142/2
3142/12 3144/15
3145/4 3145/7 3145/18
3146/21 3174/1
executives [3] 3083/11
3128/4 3128/5
exhibit [12] 3050/23
3053/2 3069/11
3069/21 3085/6
3128/10 3154/3
3160/23 3165/21
3168/19 3174/9 3185/2
exhibits [4] 3041/9

everyone [8] 3042/4
exist [1] 3099/14
existed [1] 3108/2
existence [3] 3084/2
3113/6 3151/3
existential [1] 3073/17
expanded [1] 3048/9
expect [3] 3080/21
3106/19 3119/15
expectations [1]
3137/4
expected [6] 3119/24
3131/22 3134/22
3162/8 3162/12
3162/20
expeditious [1] 3087/3
expenses [2] 3187/16
3188/2
expensive [1] 3188/18
experience [24]
3063/15 3063/18
3063/21 3064/3
3065/25 3068/11
3068/13 3076/6 3076/7
3076/10 3077/25
3078/13 3078/22
3079/5 3102/7 3124/9
3146/10 3146/25
3147/4 3151/16
3151/19 3177/12
3178/9 3178/13
experiment [2]
3074/25 3109/20
experimentation [1]
3133/21
experimented [1]
3104/20
expertise [2] 3159/7
3180/1
experts [1] 3187/7
explain [10] 3083/23
3085/17 3095/6
3096/24 3124/8
3137/19 3137/19
3152/17 3179/7
3187/11
explained [1] 3133/19
explaining [1] 3048/13
explains [2] 3130/17
3133/17
explanation [1] 3146/1
explanators [1]
3094/19
explicitly [1] 3099/24
explore [1] 3188/4
explored [1] 3054/16
exploring [1] 3167/4
exposure [2] 3109/3
3109/5
expressed [4] 3161/24
3167/17 3182/16
3182/19
extensively [1] 3044/4
extent [6] 3110/10
3144/6 3147/3 3147/5
3167/25 3180/8
extra [6] 3049/25

3139/10
3139/10
existed [1] 3108/2
3069/25 3088/6
3189/18
extract [1] 3179/9
extracts [1] 3179/14
extreme [4] 3055/16
3055/19 3055/21
3110/22
eye [2] 3064/7 3088/1
Ezell [2] 3077/2
3077/11

F
face [2] 3061/25
3062/10
facing [1] 3148/14
fact [6] 3059/2 3078/14
3084/6 3098/24
3143/17 3171/16
factoring [1] 3149/4
fair [9] 3064/8 3066/10
3079/10 3094/14
3118/22 3130/3
3131/21 3132/3
3144/18
fairly [3] 3061/16
3065/4 3078/6
fall [3] 3090/19
3150/11 3184/18
falls [2] 3082/8
3082/12
familiar [12] 3053/25
3064/25 3094/25
3099/6 3100/17
3106/12 3106/14
3156/14 3159/21
3159/24 3160/3 3169/9
familiarize [2] 3091/1
3129/9
far [6] 3043/23 3061/23
3065/24 3097/22
3105/13 3113/19
fashion [1] 3086/20
favorably [1] 3151/20
feasible [1] 3139/11
feature [1] 3064/22
3067/9 3067/13
3067/18 3126/13
3150/7 3150/12
3150/19 3151/3
3151/20 3163/20
3164/12
features [12] 3063/20
3072/23 3144/7 3163/4
3168/1 3176/3 3176/17
3178/16 3178/22
3179/5 3179/22 3183/9
February [2] 3045/3
3045/4
feed [1] 3123/10
feedback [16] 3055/7
3057/17 3058/15
3060/9 3064/7 3068/16
3070/20 3071/15
3073/16 3073/17
3073/19 3172/19
3180/4 3180/12
3180/21 3181/24

**F**

feel [4] 3057/2 3132/20 3185/2 3186/7
feels [1] 3078/17
feet [1] 3171/7
felt [3] 3076/9 3135/17 3137/1
ferret [1] 3188/7
few [10] 3066/2 3075/8 3082/25 3086/2 3089/4 3113/24 3117/18 3129/8 3154/9 3169/4
fewer [5] 3088/15 3103/2 3177/12 3178/3 3178/5
fidelity [1] 3137/25
fifth [2] 3039/7 3174/20
fight [2] 3071/4 3071/14
figure [7] 3070/6 3070/7 3070/13 3079/24 3104/13 3130/25 3166/15
files [1] 3183/13
final [3] 3162/8 3162/12 3162/20
finally [1] 3073/4
financial [6] 3078/21 3080/20 3081/19 3135/4 3135/5 3189/10
find [6] 3051/4 3071/11 3103/10 3141/18 3156/1 3167/22
Finder [3] 3043/17 3044/1 3047/17
fine [3] 3086/9 3113/6 3172/3
finish [2] 3083/17 3189/20
finished [1] 3068/4
first [34] 3044/12 3044/24 3045/7 3058/11 3070/18 3072/14 3073/21 3074/23 3080/24 3092/17 3093/4 3093/12 3097/14 3097/16 3111/24 3112/1 3121/15 3130/14 3131/25 3136/10 3146/3 3148/7 3148/25 3149/2 3154/18 3155/4 3155/14 3163/10 3165/1 3166/8 3171/6 3174/12 3174/19 3180/13
first-order [1] 3136/10
five [2] 3067/2 3157/22
fixed [5] 3177/20 3178/1 3179/9 3179/15 3179/19
flavor [1] 3079/21
flew [1] 3070/15
flexibility [1] 3117/9
flipped [2] 3098/10 3098/16
flips [1] 3117/20

Floodlight [2] 3157/11 3157/13
Floor [2] 3039/15 3040/13
flows [1] 3063/22
focus [2] 3081/19 3138/5
focused [2] 3058/11 3064/21
folder [4] 3122/19 3122/20 3122/24 3123/16
folding [1] 3097/3
folds [1] 3118/13
folks [4] 3060/23 3071/17 3114/3 3121/8
follow [6] 3048/7 3129/22 3135/22 3161/9 3175/7 3189/9
follow-up [3] 3129/22 3135/22 3175/7
follow-ups [1] 3189/9
following [2] 3057/20 3133/3
follows [3] 3043/4 3159/12 3159/15
foregoing [1] 3194/3
form [5] 3050/25 3136/25 3168/6 3181/17 3188/1
formal [5] 3142/6 3173/18 3173/22 3173/23 3174/25
formally [3] 3142/2 3144/5 3171/7
forms [1] 3113/18
formulation [1] 3181/1
forth [5] 3060/25 3073/9 3143/5 3171/13 3185/25
forum [1] 3087/10
forward [3] 3047/20 3131/16 3191/18
fought [1] 3061/17
found [4] 3047/18 3159/4 3183/19 3187/8
foundation [8] 3080/2 3082/14 3082/19 3084/13 3084/18 3084/19 3147/2 3170/10
founded [1] 3076/1
four [6] 3067/2 3090/8 3133/15 3133/18 3134/23 3182/18
four-month [1] 3090/8
fragment [1] 3120/18
frame [4] 3115/13 3115/13 3121/18 3136/15
frank [1] 3074/18
free [2] 3132/20 3185/2
freed [1] 3160/7
frequently [1] 3069/1
friction [3] 3103/11 3107/2 3125/8
friends [2] 3070/10 3089/17

front [5] 3050/4 3051/2 3062/13 3079/4 3087/23 3104/1 3127/7
full [4] 3065/18 3069/24 3107/2 3119/23
fully [1] 3160/7
fulsome [1] 3061/3
function [3] 3078/7 3102/19 3116/2
functional [1] 3091/5
functionality [16] 3043/13 3049/17 3049/17 3054/24 3058/14 3064/11 3064/14 3066/23 3071/5 3072/22 3072/23 3073/9 3073/23 3074/14 3074/22 3154/21
fundamental [1] 3068/19
funds [1] 3096/13
further [8] 3043/3 3045/20 3048/7 3049/15 3069/6 3076/20 3080/1 3189/1
future [4] 3131/5 3131/8 3169/17 3169/17

**G**

Game [1] 3182/22
gap [2] 3136/20 3136/20
Gary [1] 3051/12
gave [5] 3060/9 3109/12 3109/16 3135/12 3180/19
general [12] 3078/19 3092/17 3099/7 3112/17 3115/5 3115/8 3160/1 3160/2 3173/7 3176/23 3177/5 3183/18
generality [1] 3084/15
generally [5] 3063/17 3072/14 3076/6 3135/10 3155/23
generate [4] 3078/24 3101/3 3136/7 3136/8
generated [1] 3109/2
generic [3] 3162/1 3178/17 3178/25
gentleman [4] 3144/25 3145/16 3169/2 3182/11
genuinely [1] 3179/6
get [33] 3043/12 3047/1 3059/17 3069/10 3070/19 3070/20 3071/14 3076/4 3076/17 3078/16 3079/16 3085/8 3087/5 3089/17 3101/18 3103/1 3103/15 3107/11 3107/14 3108/9

3112/8 3113/20 3114/1 3131/6 3135/22 3139/12 3139/15 3140/15 3150/22 3155/23 3181/12
getting [12] 3054/2 3070/21 3100/10 3108/5 3111/9 3111/9 3114/6 3114/11 3115/25 3116/12 3125/8 3153/10
ghostwrote [1] 3050/17
give [17] 3051/7 3061/3 3069/22 3069/24 3079/21 3079/23 3085/11 3109/19 3115/14 3117/10 3134/14 3136/14 3138/14 3152/3 3156/18 3177/17 3189/18
given [5] 3046/7 3057/17 3087/3 3135/12 3159/1
gives [1] 3109/20
giving [1] 3117/9
glad [1] 3075/23
global [1] 3138/6
GMS [3] 3116/9 3116/13 3120/10
go [39] 3047/2 3061/5 3062/17 3062/24 3068/6 3070/12 3076/2 3076/4 3079/2 3080/17 3080/23 3089/24 3091/23 3098/8 3099/6 3103/1 3103/9 3111/23 3112/3 3130/12 3131/16 3143/14 3144/18 3146/1 3147/6 3156/23 3160/19 3167/10 3177/7 3180/14 3181/11 3181/17 3183/3 3183/4 3184/22 3186/18 3189/14 3190/11 3191/11
Go ahead [3] 3068/6 3130/12 3147/6
goes [5] 3095/8 3113/15 3132/18 3133/17 3143/5
going [41] 3046/20 3048/23 3049/19 3053/10 3053/11 3054/11 3056/8 3071/7 3071/8 3084/5 3084/9 3084/21 3091/2 3099/5 3104/12 3104/14 3104/15 3106/3 3108/10 3110/25 3112/13 3112/17 3119/20 3127/13 3127/23 3134/24 3139/18 3147/15 3152/20 3162/17

3173/13 3173/14
3173/19 3174/5
3174/11 3177/15
3184/12 3184/12
3184/19 3190/23
3191/17
gone [4] 3086/4 3098/13 3102/23 3181/19
good [23] 3042/4 3042/5 3042/12 3042/20 3042/21 3043/8 3059/16 3062/13 3069/15 3069/16 3070/10 3080/11 3083/6 3083/7 3087/21 3088/9 3088/14 3088/20 3088/24 3110/14 3126/10 3140/11 3191/14
good morning [10] 3042/4 3042/12 3043/8 3069/16 3083/6 3083/7 3087/21 3088/20 3088/24 3191/14
GOOGLE [146] 3038/6 3040/2 3042/7 3042/11 3049/22 3050/13 3051/16 3054/9 3056/19 3058/1 3058/11 3060/10 3067/19 3070/21 3071/4 3071/9 3071/14 3073/18 3073/20 3074/19 3075/15 3076/3 3077/24 3082/14 3082/17 3084/2 3085/20 3086/8 3086/10 3086/18 3086/22 3095/16 3097/23 3098/19 3098/20 3098/23 3099/3 3103/15 3106/2 3106/4 3108/13 3111/10 3111/14 3116/7 3116/9 3116/11 3116/14 3116/16 3116/19 3116/22 3117/2 3117/8 3119/22 3119/25 3120/4 3120/5 3120/10 3120/13 3120/21 3121/4 3121/8 3121/15 3121/23 3122/4 3122/5 3122/10 3122/13 3122/16 3122/20 3122/21 3122/24 3122/25 3123/19 3124/17 3125/15 3125/19 3125/25 3134/16 3135/4 3138/9 3138/22 3139/2 3139/18 3139/20 3141/7 3141/12 3142/8 3143/4 3143/11 3144/6 3144/13 3144/15 3144/20 3144/24

**GOOGLE... [52]**
3145/4 3145/7 3148/14
3148/18 3149/2
3149/10 3150/5
3152/19 3157/2
3159/13 3159/13
3161/24 3163/16
3164/17 3165/11
3167/5 3167/11
3167/13 3168/14
3169/2 3169/22
3170/10 3172/21
3176/2 3176/4 3176/11
3177/9 3178/6 3178/6
3178/20 3178/21
3179/13 3180/4 3180/9
3180/14 3180/21
3181/20 3181/25
3182/13 3182/16
3182/20 3182/23
3183/14 3183/15
3185/15 3186/4
3186/11 3187/4
3187/12 3188/12
3191/3 3192/2
**Google LLC [1]** 3042/7
**Google's [12]** 3056/24
3083/3 3118/25 3119/3
3120/19 3134/12
3135/3 3144/7 3161/20
3176/11 3176/15
3183/8
**Google.com [2]**
3103/1 3103/3
**got [22]** 3070/19
3075/1 3076/13
3077/16 3079/3
3079/12 3080/4
3086/11 3086/13
3092/4 3094/5 3103/9
3103/13 3106/1 3123/9
3143/11 3147/4
3153/23 3177/22
3185/19 3185/20
3185/24
**gotten [1]** 3164/21
**govern [1]** 3141/17
**governed [1]** 3142/6
**government [1]**
3083/14
**GRAY [1]** 3040/7
**great [5]** 3140/13
3181/24 3182/2
3188/18 3188/20
**greater [3]** 3098/21
3111/20 3178/6
**greedy [1]** 3062/12
**Greenblum [5]** 3040/2
3083/5 3083/7 3085/18
3086/11
**gross [1]** 3112/4
**ground [1]** 3185/17
**grounds [1]** 3068/1
**group [2]** 3092/14
3145/20
**grow [7]** 3089/22
3090/25 3097/20

**growing [1]** 3097/18
**grown [1]** 3098/22
**growth [3]** 3089/21
3089/22 3098/22
**guarantees [1]** 3112/6
**guess [3]** 3069/17
3080/23 3115/3
**guesses [1]** 3135/16
**guy [2]** 3146/23
3180/15
**guys [2]** 3062/18
3181/20

## H

**had [138]** 3045/19
3048/17 3050/11
3050/11 3055/15
3055/15 3056/10
3057/7 3058/7 3058/13
3059/25 3060/7 3060/9
3060/15 3062/8
3063/14 3063/19
3063/23 3064/2
3064/21 3065/14
3066/22 3069/3 3070/2
3070/5 3070/10
3070/11 3070/12
3071/2 3071/16
3071/20 3072/8
3072/13 3072/16
3072/19 3072/21
3072/23 3073/10
3073/17 3074/14
3075/7 3075/19
3076/14 3078/10
3078/17 3081/12
3081/21 3082/13
3083/11 3083/14
3083/14 3083/17
3086/1 3086/16 3088/8
3090/2 3090/6 3091/22
3096/25 3098/3
3098/22 3105/16
3105/17 3105/24
3107/6 3107/7 3107/21
3114/23 3115/1 3115/3
3115/7 3117/17
3119/21 3119/22
3120/5 3120/7 3120/8
3120/11 3120/20
3120/21 3120/23
3120/25 3121/1 3123/5
3125/14 3126/12
3129/15 3129/18
3129/19 3129/21
3129/21 3129/23
3129/25 3129/25
3130/2 3130/3 3131/2
3131/9 3131/12
3132/12 3132/12
3132/15 3133/18
3135/11 3135/16
3137/14 3137/23
3137/24 3140/17
3141/16 3146/14
3146/18 3146/20

3150/18 3151/7 3151/9
3159/7 3161/10
3162/16 3164/15
3167/16 3175/7
3172/14 3182/17
3182/23 3183/10
3183/11 3183/18
3183/23 3184/10
3184/11 3184/18
3186/3 3187/12
3188/12 3191/10
**half [8]** 3081/14
3100/25 3100/25
3120/8 3131/17 3171/7
3174/12 3188/6
**hand [9]** 3087/17
3089/4 3122/15
3128/24 3147/9
3147/15 3162/24
3165/4 3185/10
**hands [1]** 3121/19
**Hang [2]** 3060/23
3186/17
**happen [4]** 3044/22
3132/10 3132/10
3156/23
**happened [5]** 3049/18
3070/25 3076/14
3113/5 3182/10
**happening [1]** 3131/3
**happens [1]** 3095/22
**happy [7]** 3054/5
3079/16 3087/7
3109/21 3110/4
3150/21 3191/13
**hard [10]** 3061/17
3072/24 3081/24
3087/24 3088/2
3091/11 3104/24
3106/25 3167/1
3173/19
**hard-fought [1]**
3061/17
**harder [2]** 3088/8
3122/17
**harmful [1]** 3192/4
**Harrison [6]** 3144/25
3161/3 3166/2 3169/23
3174/14 3187/16
**has [50]** 3045/10
3054/16 3057/9
3065/22 3080/18
3081/2 3081/22
3082/14 3083/19
3086/4 3086/11 3088/9
3095/12 3095/19
3096/10 3097/8
3098/23 3098/23
3098/25 3099/4 3105/1
3105/5 3105/5 3105/8
3112/18 3112/23
3113/13 3113/21
3113/25 3114/6
3114/10 3115/15
3119/14 3127/22
3139/19 3139/20
3140/13 3147/5

3160/6 3160/21
3166/13 3174/7 3177/8
3177/22 3178/6 3185/7
3190/4
**hasn't [2]** 3065/25
3115/24
**have [190]**
**haven't [7]** 3083/17
3086/16 3086/25
3104/20 3104/21
3110/5 3183/2
**having [7]** 3043/2
3057/23 3113/3 3126/7
3172/23 3177/12
3179/12
**he [31]** 3042/18
3051/12 3051/22
3054/8 3067/18
3070/15 3070/18
3070/20 3081/2
3084/23 3087/24
3088/9 3092/10
3092/12 3135/1
3139/23 3145/1 3145/4
3145/5 3147/3 3147/5
3147/5 3170/20
3170/21 3173/6 3173/8
3181/14 3187/21
3188/3 3188/18
3192/25
**he said [2]** 3070/20
3188/18
**he's [6]** 3066/10
3067/16 3086/11
3147/3 3147/4 3186/14
**head [3]** 3070/11
3097/10 3170/21
**heading [1]** 3162/24
**heads [1]** 3088/11
**heads-up [1]** 3088/11
**health [1]** 3141/1
**hear [5]** 3073/15
3079/16 3100/23
3170/12 3191/18
**heard [26]** 3045/19
3051/24 3056/20
3057/2 3057/7 3057/18
3057/19 3058/15
3060/9 3064/6 3068/23
3068/25 3070/2 3070/5
3071/16 3073/6
3073/17 3073/19
3099/4 3142/20
3166/13 3168/13
3169/22 3180/9
3181/15 3181/20
**hearing [13]** 3086/1
3087/25 3087/25
3088/5 3088/8 3178/22
3180/5 3180/16
3180/17 3180/18
3180/20 3181/1
3181/22
**hearsay [5]** 3046/20
3047/7 3068/1 3079/13
3170/7
**Heath [3]** 3145/19

**help [8]** 3069/10
3088/3 3090/22
3090/25 3133/23
3139/19 3143/24
3149/4
**helped [2]** 3078/16
3109/6
**helpful [1]** 3051/13
**her [1]** 3145/13
**here [33]** 3044/16
3046/4 3047/5 3047/16
3047/23 3048/11
3051/9 3052/18
3053/10 3065/9
3069/19 3071/15
3085/19 3094/10
3109/5 3125/4 3125/15
3126/23 3126/25
3131/15 3133/14
3133/14 3134/22
3156/24 3157/1
3159/11 3160/6
3162/15 3162/18
3172/23 3175/14
3179/1 3192/8
**here's [1]** 3181/9
**hesitated [1]** 3141/15
**hey [15]** 3078/14
3106/2 3110/22
3138/13 3143/11
3167/20 3180/14
3181/8 3181/11
3181/14 3181/19
3183/2 3183/7 3183/21
3187/24
**high [12]** 3103/11
3107/2 3111/25
3114/20 3129/6 3134/2
3134/5 3135/11 3163/7
3163/9 3163/10 3163/16
**high-level [1]** 3135/11
**higher [4]** 3102/25
3137/24 3138/13
3138/14
**highlighted [1]** 3155/9
**highlights [1]** 3155/10
**highly [3]** 3134/5
3137/5 3137/13
**him [9]** 3045/15
3070/12 3087/14
3088/8 3139/23
3167/20 3172/7 3192/9
3192/10
**his [15]** 3051/23
3068/4 3070/10
3070/17 3070/17
3079/22 3092/8
3092/10 3134/24
3134/25 3134/25
3170/20 3173/9
3191/12 3191/24
**historic [2]** 3131/7
3131/9
**historical [1]** 3131/2
**historically [1]** 3131/4
**history [4]** 3105/13
3119/18 3131/16

**history... [1]** 3133/18
**hold [2]** 3130/24
3184/12
**home [4]** 3067/10
3076/22 3124/12
3125/3
**honest [2]** 3146/12
3187/3
**honestly [3]** 3093/1
3146/7 3188/6
**Honor [54]** 3042/5
3042/18 3046/16
3046/19 3052/25
3068/2 3068/7 3069/6
3069/9 3076/25
3080/11 3080/15
3081/1 3082/8 3082/12
3083/5 3083/21
3084/12 3084/21
3085/10 3086/1
3086/15 3087/12
3087/15 3089/5
3117/25 3127/6 3128/6
3139/4 3139/14
3139/17 3139/22
3147/2 3151/25
3153/12 3153/16
3153/24 3155/2
3160/21 3165/17
3168/17 3168/23
3170/7 3171/20
3171/22 3174/8
3188/21 3189/1 3189/7
3190/6 3191/7 3191/14
3192/22 3193/11
**Honor's [1]** 3081/25
**HONORABLE [2]**
3038/9 3042/3
**hope [5]** 3070/21
3071/2 3075/20
3076/12 3112/13
**hopeful [1]** 3189/25
**hour [4]** 3081/14
3081/14 3083/17
3190/1
**hours [1]** 3081/13
**how [58]** 3051/19
3068/17 3070/7 3070/8
3071/20 3073/9
3079/16 3079/24
3080/16 3081/7 3082/6
3082/6 3089/11
3089/21 3089/21
3090/24 3096/19
3099/15 3100/1
3101/18 3102/4
3102/20 3103/1
3103/12 3106/17
3107/11 3110/1 3112/8
3112/23 3124/8
3126/15 3129/24
3130/1 3130/25
3132/10 3132/11
3132/15 3132/22
3133/14 3134/2
3135/15 3135/19
3136/13 3137/18

3143/20 3143/22
3146/10 3146/25
3166/15 3167/12
3177/12 3177/17
3179/21 3183/12
3185/19 3189/22
**However [1]** 3136/19
**huge [1]** 3135/6
**huh [2]** 3043/15 3061/1
**Humphrey [1]** 3169/7
**hundreds [1]** 3149/9
**hypothetical [2]**
3126/15 3126/18

**I**

**I also [1]** 3065/25
**I am [8]** 3066/24
3081/24 3097/6
3123/15 3128/22
3142/11 3162/14
3173/1
**I apologize [3]** 3086/3
3105/13 3173/16
**I assume [6]** 3046/20
3110/4 3156/24 3163/8
3175/19 3190/4
**I believe [18]** 3044/21
3045/8 3049/10 3050/9
3050/17 3052/17
3093/5 3121/11
3122/22 3145/2
3145/16 3147/7
3152/24 3156/16
3170/8 3177/7 3178/20
3182/12
**I can [11]** 3051/19
3103/12 3104/17
3106/16 3117/2
3118/18 3143/20
3164/6 3179/13 3189/8
3192/10
**I can't [4]** 3061/7
3063/9 3117/2 3173/9
**I cannot [1]** 3097/10
**I couldn't [1]** 3057/3
**I did [1]** 3180/14
**I didn't [1]** 3149/19
**I don't [56]** 3046/14
3052/22 3054/20
3061/22 3063/11
3066/9 3070/3 3071/25
3080/2 3083/13
3086/10 3092/19
3097/18 3097/19
3103/13 3106/14
3107/23 3114/19
3115/19 3118/16
3119/4 3122/22 3125/7
3126/2 3126/2 3126/5
3134/10 3142/1
3142/17 3142/18
3144/21 3146/5 3150/9
3151/7 3151/8 3151/10
3158/13 3158/25
3159/4 3161/22 3162/1
3164/14 3168/16
3170/20 3171/13

3175/19 3178/17
3178/25 3179/7
3179/21 3182/25
3183/5 3184/16
**I don't have [2]**
3084/14 3180/1
**I gave [1]** 3180/19
**I guess [1]** 3069/17
**I have [15]** 3055/22
3069/19 3075/3
3085/18 3088/5 3088/6
3089/4 3091/4 3091/24
3104/13 3110/22
3117/1 3120/15
3169/25 3173/18
**I haven't [1]** 3086/25
**I just [9]** 3058/24
3103/13 3139/14
3152/17 3155/6 3161/8
3180/25 3181/20
3190/22
**I know [9]** 3061/21
3062/6 3081/2 3138/5
3160/2 3161/23 3175/7
3179/1 3180/2
**I mean [23]** 3044/3
3049/13 3052/11
3057/22 3058/9
3059/15 3067/18
3071/15 3072/14
3073/8 3074/23
3075/13 3076/2
3079/17 3094/16
3095/7 3111/20 3135/6
3136/14 3160/2 3163/6
3170/2 3192/12
**I recall [1]** 3069/5
**I say [3]** 3095/3
3098/21 3113/2
**I should [2]** 3164/4
3190/20
**I think [74]** 3045/19
3045/21 3045/22
3046/16 3047/6 3048/1
3049/10 3050/3
3051/15 3056/19
3057/25 3064/21
3070/24 3071/1
3071/20 3071/23
3071/25 3072/3 3075/1
3075/3 3075/9 3077/8
3080/22 3081/5
3081/23 3083/15
3084/11 3089/12
3090/7 3093/24 3094/5
3099/12 3100/14
3103/8 3103/13
3103/14 3104/9
3108/15 3112/12
3115/6 3116/4 3119/18
3120/23 3121/11
3121/17 3121/19
3121/20 3122/23
3123/15 3134/7
3134/19 3135/10
3138/19 3139/4 3140/5
3141/5 3145/9 3145/11

3159/16 3167/16
3171/12 3171/19
3171/22 3173/6
3176/20 3184/10
3184/17 3184/21
3185/21 3187/21
3191/1 3192/18
**I thought [4]** 3057/7
3070/22 3164/5
3189/25
**I understand [7]**
3046/3 3066/10
3102/10 3123/24
3156/16 3192/10
3193/5
**I want [10]** 3045/25
3066/4 3102/9 3105/15
3115/2 3121/10 3133/2
3144/14 3160/6 3191/4
**I was [11]** 3045/21
3046/6 3091/18
3094/10 3118/15
3118/21 3121/5 3121/7
3140/24 3144/21
3187/7
**I will [6]** 3087/25
3097/8 3146/12
3147/10 3152/25
3187/3
**I wouldn't [2]** 3115/4
3157/3
**I'd [18]** 3043/8 3046/1
3049/3 3069/11
3092/15 3098/20
3127/10 3147/22
3148/24 3153/14
3160/5 3160/13 3161/5
3165/13 3165/24
3168/17 3182/3
3192/20
**I'll [18]** 3047/2 3051/2
3066/24 3068/3
3084/17 3096/24
3131/6 3139/9 3139/10
3146/10 3148/7
3148/13 3152/6
3152/22 3190/10
3190/18 3192/8 3193/7
**I'm [104]** 3045/21
3045/24 3045/24
3047/4 3049/19
3052/23 3053/25
3054/5 3054/11
3056/14 3057/3 3057/8
3060/12 3061/12
3061/13 3063/9 3069/5
3070/7 3075/23
3077/14 3079/16
3083/1 3084/24
3085/22 3086/2 3087/6
3087/24 3088/13
3091/11 3091/22
3092/3 3092/3 3094/1
3094/5 3095/6 3097/11
3099/5 3104/12
3106/14 3110/4
3112/12 3112/17

3061/18 3118/16
3122/23 3122/23
3127/6 3127/13
3127/23 3130/25
3131/25 3132/8
3132/25 3133/1 3133/3
3133/10 3134/13
3134/20 3139/22
3140/9 3142/25
3143/20 3145/17
3146/12 3147/23
3147/25 3148/5
3150/14 3150/20
3151/1 3151/2 3153/3
3153/6 3154/20
3155/15 3155/19
3155/19 3156/4 3158/3
3158/6 3158/6 3159/1
3159/14 3160/3
3160/10 3164/3
3165/15 3168/15
3169/12 3171/14
3173/14 3174/5
3174/11 3176/8 3177/8
3178/11 3187/25
3188/8 3189/20
3189/20 3189/25
3191/5 3191/17
3192/17
**I'm going [6]** 3049/19
3104/12 3112/17
3127/23 3173/14
3174/11
**I'm just [2]** 3045/24
3169/12
**I'm not [12]** 3045/21
3057/3 3061/12 3095/6
3097/11 3099/5
3134/13 3134/20
3142/25 3146/12
3158/6 3160/3
**I'm not sure [1]** 3191/5
**I'm sorry [24]** 3052/23
3077/14 3083/1
3085/22 3092/3 3092/3
3127/13 3131/25
3132/25 3147/23
3147/25 3148/5
3150/14 3153/3
3154/20 3155/15
3155/19 3158/3 3158/6
3159/14 3160/10
3165/15 3176/8
3178/11
**I'm sure [1]** 3094/5
**I've [10]** 3056/9 3057/2
3080/4 3090/10
3103/13 3113/3
3139/15 3142/22
3143/11 3179/24
**idea [2]** 3072/13
3120/15
**identified [2]** 3154/9
3161/12
**ignore [1]** 3153/7
**image [2]** 3118/5
3123/18
**imagine [4]** 3057/14

**I**

imagine... [3] 3143/3 3161/25 3179/17
imagined [1] 3075/25
immediately [1] 3155/24
impact [9] 3047/5 3101/6 3110/12 3131/22 3132/4 3132/23 3133/15 3134/6 3172/24
implement [1] 3058/8
implementation [2] 3043/16 3059/7
implementing [3] 3058/22 3059/13 3072/9
importance [1] 3099/5
important [12] 3047/23 3063/19 3082/21 3091/8 3099/23 3102/2 3104/3 3108/13 3113/20 3141/2 3163/4 3163/8
improvements [1] 3137/24
incentives [1] 3110/8
incentivized [1] 3062/23
include [1] 3185/15
includes [1] 3176/14
including [4] 3113/4 3163/12 3165/1 3185/7
incoming [1] 3162/21
increase [4] 3101/11 3101/13 3102/5 3134/6
increased [2] 3131/23 3132/5
increasingly [1] 3173/19
incremental [1] 3131/19
indented [1] 3067/1
independent [1] 3178/15
INDEX [3] 3041/2 3041/9 3041/16
indicated [1] 3086/6
indirect [2] 3101/21 3102/4
individual [6] 3048/10 3048/12 3051/9 3095/22 3114/4 3121/6
individuals [1] 3045/3
industry [14] 3065/4 3091/2 3091/9 3097/14 3098/5 3103/22 3108/3 3109/12 3119/19 3135/6 3140/18 3140/20 3147/4 3151/16
inferior [1] 3076/7
info [1] 3051/22
informal [1] 3181/6
Informally [1] 3187/19
information [15] 3046/8 3049/25 3051/20 3056/20

3067/14 3068/11 3068/22 3086/7 3086/22 3090/21 3123/10 3130/4 3130/5 3158/24 3192/18
informed [1] 3070/18
infrastructure [1] 3059/10
inherently [2] 3176/16 3176/16
initial [2] 3072/16 3125/13
initiate [2] 3107/1 3107/3
initiation [1] 3173/21
inorganic [1] 3089/25
input [1] 3135/2
inquiries [1] 3099/23
inside [8] 3059/9 3069/1 3070/13 3122/20 3122/23 3166/13 3166/23 3167/9
install [3] 3063/5 3093/23 3119/24
installed [5] 3093/22 3124/1 3124/2 3124/4 3124/22
installs [2] 3071/25 3072/5
instance [3] 3062/2 3062/2 3062/9
instead [2] 3108/10 3179/12
instructing [1] 3126/14
insufficient [1] 3187/8
intact [1] 3050/3
integrate [4] 3062/18 3062/25 3068/17 3073/10
integrated [3] 3064/18 3065/15 3066/23
integrating [2] 3054/23 3073/12
integration [12] 3043/23 3044/12 3044/24 3068/15 3073/15 3094/3 3156/1 3156/2 3156/3 3156/5 3156/6 3188/13
intend [1] 3086/17
intent [1] 3107/7
interact [1] 3102/21
interaction [1] 3048/17
interest [5] 3135/6 3177/13 3178/14 3178/14 3179/3
interested [1] 3179/4
interesting [5] 3102/17 3104/5 3111/4 3138/4 3181/17
interface [2] 3063/18 3126/8
interim [1] 3087/8
internal [9] 3080/19 3167/22 3189/11 3190/25 3190/25 3191/10 3191/22

internally [2] 3071/17 3075/5
Internet [7] 3043/13 3043/17 3043/21 3044/2 3044/9 3044/10 3044/11
interplay [1] 3087/3
interpret [1] 3048/2
interrelated [2] 3100/5 3100/6
interrupt [1] 3130/8
intersect [1] 3109/1
intricacies [1] 3084/1
introduce [1] 3075/22
introduced [4] 3066/16 3120/22 3151/8 3165/18
investing [1] 3092/14
investment [9] 3070/11 3070/12 3090/1 3136/21 3137/6 3137/16 3138/2 3151/18 3178/2
investments [1] 3089/23
investors [1] 3137/19
invite [1] 3139/10
invoke [2] 3143/8 3143/17
invoked [2] 3144/5 3181/6
involve [2] 3121/23 3167/11
involved [7] 3063/17 3088/1 3125/8 3128/14 3145/11 3145/12 3145/24
involves [1] 3189/10
IP [1] 3090/21
iPhone [5] 3055/2 3055/9 3103/8 3103/12 3103/19
is [360]
is that correct [5] 3154/7 3158/24 3166/3 3171/1 3177/9
is that fair [2] 3064/8 3094/14
Is there [3] 3058/15 3062/1 3062/2
ish [1] 3121/18
isn't [1] 3079/9
issue [19] 3046/24 3048/22 3058/10 3072/5 3075/9 3084/20 3139/23 3143/11 3150/20 3150/22 3167/1 3167/25 3172/14 3181/8 3181/9 3185/18 3188/8 3191/22 3192/1
issues [25] 3055/6 3056/1 3081/6 3083/21 3083/25 3112/12 3143/6 3143/7 3145/6 3145/11 3145/12 3152/15 3167/21

3182/19 3182/23 3183/1 3183/7 3184/1 3184/15 3184/23 3185/13 3185/18 3193/2
issues/feedback [1] 3172/19
it [374]
it would be [7] 3071/22 3078/14 3081/24 3087/2 3126/8 3155/23 3143/1
it's [103] 3044/3 3046/14 3046/16 3048/2 3052/18 3052/18 3053/13 3056/15 3056/23 3057/7 3057/9 3057/16 3058/6 3059/14 3059/16 3060/24 3065/9 3066/17 3067/6 3067/12 3067/16 3067/16 3067/18 3067/21 3067/21 3068/19 3070/4 3070/19 3070/20 3071/1 3072/24 3075/8 3078/4 3078/19 3078/20 3078/22 3078/23 3082/16 3082/20 3083/9 3083/13 3084/6 3084/22 3088/2 3088/9 3090/4 3091/7 3091/11 3093/13 3096/24 3097/3 3098/10 3098/12 3099/2 3099/3 3099/12 3100/25 3102/17 3103/9 3103/11 3104/3 3104/7 3104/7 3104/8 3104/20 3104/24 3107/2 3110/18 3115/5 3115/8 3116/6 3116/15 3116/17 3117/20 3117/22 3119/13 3122/17 3124/11 3128/24 3133/2 3133/2 3138/15 3140/3 3144/18 3148/15 3148/15 3148/18 3152/3 3157/11 3157/22 3172/3 3173/25 3174/14 3175/15 3177/21 3177/21 3177/25 3179/8 3189/15 3189/17 3190/1 3192/4 3192/20
it's like [2] 3070/19 3088/23
item [1] 3165/8
iteration [1] 3044/15
its [18] 3059/3 3060/7 3066/9 3067/11 3082/17 3084/9 3092/17 3102/15

3087/3 3115/16 3115/22 3123/13 3130/4 3134/15 3135/24 3176/4 3178/15 3186/24
itself [3] 3100/11 3116/3 3133/11

**J**

J-o-n-a-t-h-a [1] 3088/23
January [4] 3045/3 3162/8 3162/13 3162/21
Jason [1] 3148/21
Jeffrey [1] 3077/11
Joan [4] 3145/8 3175/7 3175/18 3175/18
Joan Braddi [2] 3145/8 3175/18
Joan's [1] 3145/9
job [3] 3091/10 3170/20 3191/24
John [2] 3040/2 3042/11
John Schmidtlein [1] 3042/11
Johnson [3] 3141/23 3161/11 3174/14
joined [1] 3070/10
joint [2] 3063/20 3073/12
Jon [2] 3175/7 3175/14
jon.sallet [1] 3039/16
Jonathan [4] 3039/11 3042/9 3088/17 3088/23
Jr [1] 3039/17
jschmidtlein [1] 3040/5
JUDGE [1] 3038/10
Judge's [1] 3044/8
Judicial [1] 3039/14
June [1] 3093/5
just [111] 3042/16 3042/18 3045/24 3048/21 3053/21 3056/16 3058/24 3060/10 3064/5 3066/17 3067/11 3067/12 3067/22 3068/11 3068/22 3069/9 3070/10 3073/1 3073/14 3073/25 3076/10 3078/3 3078/15 3079/3 3079/9 3079/21 3081/1 3081/7 3083/23 3085/10 3085/22 3087/3 3087/23 3087/25 3088/9 3092/4 3098/4 3100/7 3101/1 3103/13 3106/8 3111/4 3112/13 3113/6 3115/4 3117/19 3119/5 3119/14 3120/24 3123/16 3125/7 3127/5 3129/8

3209

**J**

**just... [55]** 3129/8
3132/7 3133/1 3133/9
3136/7 3139/9 3139/14
3139/17 3139/19
3140/9 3143/20
3143/24 3144/10
3146/2 3147/11 3148/8
3148/11 3149/15
3149/19 3152/17
3153/3 3154/18 3155/6
3155/19 3158/11
3160/10 3161/8
3162/23 3163/25
3169/4 3169/12
3170/12 3171/18
3175/1 3179/24
3180/14 3180/25
3181/20 3182/3
3184/21 3185/14
3186/11 3186/17
3186/22 3187/25
3188/21 3189/15
3189/18 3190/9
3190/10 3190/10
3190/17 3190/18
3190/22 3192/7
**JUSTICE [4]** 3039/2
3039/6 3081/14
3147/19
**Justice's [1]** 3051/5
**justify [1]** 3178/1

**K**

**Kara [1]** 3039/6
**keep [3]** 3091/2 3173/9
3173/18
**Kenneth [2]** 3039/2
3042/8
**kenneth.dintzer2 [1]**
3039/5
**Kent [3]** 3182/12
3182/25 3183/6
**Kent Walker [1]**
3182/12
**kept [2]** 3052/11
3064/7
**key [1]** 3059/17
**keyboard [3]** 3094/20
3094/22 3102/20
**kids [1]** 3140/15
**kind [32]** 3063/20
3073/12 3074/25
3091/24 3094/9 3095/8
3098/3 3098/4 3098/10
3098/25 3099/17
3101/24 3103/5
3103/23 3114/23
3115/5 3115/8 3115/12
3117/20 3121/7 3124/7
3124/12 3126/25
3131/13 3138/16
3142/5 3177/21
3179/23 3181/6 3188/3
3192/16 3192/16
**knew [3]** 3061/23
3110/24 3135/13
**know [171]**

**knowing [1]** 3162/4
**Korea [1]** 3070/15
**Krueger [1]** 3148/22

**L**

**label [3]** 3163/7 3163/7
3163/8
**lack [3]** 3102/20
3145/21 3172/23
**language [5]** 3127/24
3153/1 3155/12
3175/21 3185/7
**laptops [1]** 3094/14
**large [4]** 3094/19
3099/22 3104/10
3119/17
**larger [3]** 3098/17
3110/19 3178/7
**largest [4]** 3091/20
3097/24 3102/1 3167/6
**Larrabee [4]** 3040/12
3191/15 3191/17
3191/20
**last [13]** 3057/23
3075/8 3075/24
3083/16 3114/10
3123/15 3130/20
3148/4 3149/8 3151/12
3171/7 3172/15
3185/18
**late [2]** 3052/8 3184/17
**later [4]** 3121/21
3137/23 3157/11
3170/25
**latter [1]** 3144/19
**laughed [1]** 3188/3
**launch [3]** 3092/17
3093/4 3105/24
**launched [3]** 3097/14
3097/16 3121/18
**LAW [1]** 3039/12
**layer [1]** 3116/10
**lead [5]** 3075/15
3091/24 3144/12
3178/14 3179/3
**leader [2]** 3097/22
3098/19
**leadership [2]** 3091/5
3173/25
**leading [1]** 3186/14
**leads [2]** 3090/1
3179/3
**learn [4]** 3055/25
3091/12 3109/16
3109/19
**learned [1]** 3139/15
**learning [1]** 3149/3
**least [8]** 3065/24
3079/23 3079/25
3080/3 3082/2 3082/6
3103/12 3137/11
3176/9
**leave [1]** 3063/6 3079/2
3176/9
**led [4]** 3055/16
3070/11 3091/17
3121/5
**left [7]** 3043/9 3122/15
3122/19 3123/4

**left-hand [2]** 3122/15
3162/24
**legacy [1]** 3076/15
**legal [2]** 3142/18
**length [2]** 3081/10
3156/25
**less [13]** 3108/13
3135/18 3138/3 3176/1
3176/2 3176/16
3178/10 3178/11
3178/13 3178/14
3179/2 3179/3 3179/4
3181/17 3188/19
**let [25]** 3056/9 3066/1
3083/22 3085/17
3095/6 3124/8 3128/17
3129/12 3130/24
3132/8 3133/22 3136/3
3136/13 3139/15
3139/23 3141/14
3144/18 3146/9
3148/11 3172/10
3179/7 3181/11
3181/17 3188/19
**let's [10]** 3044/25
3052/15 3060/23
3066/25 3082/2 3085/1
3087/5 3183/4 3188/9
3192/7
**let's see [3]** 3082/2
3085/1 3188/9
**level [15]** 3084/15
3095/23 3099/13
3114/20 3125/8 3129/6
3134/2 3134/5 3135/11
3138/2 3160/4 3167/17
3176/3 3183/8 3188/15
**license [9]** 3116/13
3116/13 3116/14
3116/21 3117/4 3120/5
3120/7 3120/10
3125/19
**licensed [1]** 3116/2
**licensees [1]** 3117/10
**licenses [1]** 3116/15
**licensing [4]** 3090/20
3090/20 3090/21
3120/25
**life [1]** 3055/22
**lift [3]** 3149/11 3151/13
3151/21
**like [69]** 3043/8 3044/4
3048/20 3049/3
3049/21 3055/10
3057/2 3057/9 3058/25
3059/20 3063/20
3063/22 3064/21
3064/22 3070/19
3071/8 3073/9 3073/12
3073/14 3073/17
3075/8 3076/18 3078/6
3078/17 3078/20
3082/15 3084/19
3088/1 3092/15
3097/14 3102/14
3103/12 3103/14

3107/20 3110/25
3117/14 3117/16
3119/14 3121/19
3121/21 3127/10
3129/8 3135/16 3136/7
3146/13 3146/19
3147/22 3148/24
3153/14 3154/24
3158/13 3160/5
3160/13 3161/5
3165/13 3165/24
3167/7 3168/17
3177/19 3179/8 3182/3
3183/12 3183/21
3186/7 3188/8 3191/9
**likely [1]** 3178/11
**limited [9]** 3044/1
3044/4 3044/7 3058/13
3066/7 3075/21
3078/10 3083/9
3083/18
**line [9]** 3077/12
3077/12 3077/15
3162/7 3165/1 3166/5
3170/24 3175/22
3190/24
**line 6 [1]** 3077/12
**lines [2]** 3157/22
3171/5
**link [3]** 3044/5 3067/20
3107/15
**links [4]** 3065/23
3066/17 3067/17
3074/25
**list [2]** 3103/10
3162/15
**listed [3]** 3148/21
3162/18 3163/15
**listener [1]** 3047/5
**litany [1]** 3104/21
**literally [1]** 3078/3
**litigation [1]** 3117/13
**litigators [1]** 3086/2
**little [28]** 3065/22
3067/6 3069/9 3071/17
3075/2 3079/3 3081/14
3087/24 3088/2 3092/5
3092/15 3092/16
3105/14 3107/15
3108/13 3115/14
3122/17 3128/23
3132/8 3135/23 3140/3
3141/14 3153/10
3162/14 3189/17
3189/18 3189/24
3190/1
**Live [4]** 3092/25
3092/25 3093/1 3093/2
**LLC [2]** 3038/6 3042/7
**Lloyd [1]** 3040/12
**LLP [4]** 3039/18 3040/3
3040/7 3040/12
**load [2]** 3120/1 3126/4
**loaded [2]** 3125/11
3125/24
**logic [2]** 3133/20
3133/21

3077/8
3082/6 3089/11 3091/4
3106/23 3108/7
3114/19 3124/12
3125/25 3140/11
3146/7
**long-term [1]** 3108/7
**longer [4]** 3108/5
3189/16 3189/22
3189/24
**look [39]** 3044/25
3052/15 3053/9 3065/6
3065/18 3066/14
3066/18 3071/2
3076/18 3077/20
3078/21 3079/9 3087/7
3087/9 3101/15
3101/24 3103/24
3104/6 3106/9 3119/18
3123/18 3128/18
3128/19 3130/14
3132/16 3132/20
3139/9 3146/12 3148/8
3153/14 3163/6
3169/12 3177/16
3181/12 3185/2
3187/24 3188/21
3189/5 3193/8
**look-through [1]**
3139/9
**looked [14]** 3053/21
3055/14 3064/10
3086/4 3101/21 3102/1
3107/13 3136/19
3136/20 3169/4 3180/3
3185/1 3186/7 3186/24
**looking [15]** 3068/22
3122/23 3128/13
3135/3 3138/19
3151/12 3154/18
3155/24 3158/12
3159/16 3161/15
3162/11 3162/11
3163/3 3182/4
**looks [3]** 3171/12
**lose [1]** 3110/25
**loss [2]** 3137/20
3138/16
**lost [2]** 3137/1 3153/12
**lot [28]** 3049/13
3057/25 3058/15
3065/24 3073/8
3073/11 3076/13
3099/4 3100/23 3107/2
3110/13 3111/2
3121/12 3127/2 3135/3
3136/24 3146/15
3146/18 3149/21
3151/8 3167/12
3181/10 3181/11
3181/16 3183/18
3185/21
**lots [3]** 3099/21
3102/25 3143/5
**loud [1]** 3140/10
**louder [1]** 3088/13
**love [1]** 3119/7

**lover [1]** 3119/9
**low [1]** 3114/23
**low-end [1]** 3114/23
**lower [2]** 3110/11 3179/19
**lowers [1]** 3179/14
**lunch [3]** 3189/15 3192/23 3193/8

**M**

**MA [1]** 3040/8
**machine [1]** 3149/3
**MADA [13]** 3117/3 3117/5 3117/11 3117/13 3120/6 3120/9 3120/23 3120/24 3124/20 3126/13
**made [23]** 3042/21 3048/12 3072/5 3074/16 3082/14 3107/6 3113/21 3113/25 3118/15 3119/21 3125/22 3126/24 3129/18 3129/25 3130/2 3131/8 3137/24 3138/8 3139/20 3162/17 3167/18 3183/5 3187/21
**Mailroom [1]** 3040/13
**main [3]** 3048/22 3070/2 3078/1
**Maine [1]** 3040/3
**maintaining [1]** 3088/13
**major [4]** 3075/8 3106/10 3110/15 3157/7
**majoritively [1]** 3142/9
**majority [4]** 3097/20 3104/9 3104/10 3107/24
**make [39]** 3044/23 3058/24 3062/11 3062/23 3066/17 3067/22 3070/8 3072/3 3075/20 3078/22 3082/9 3084/25 3087/9 3088/13 3096/11 3102/9 3108/12 3119/21 3132/11 3132/12 3133/3 3133/10 3137/3 3137/5 3137/5 3153/11 3155/6 3166/15 3167/22 3173/10 3173/23 3177/15 3177/24 3178/3 3183/3 3183/3 3183/25 3189/5 3190/22
**makes [1]** 3111/5
**making [10]** 3042/19 3045/15 3046/4 3072/2 3110/16 3112/9 3136/22 3137/15 3138/9 3163/16

**manage [1]** 3147/7
**manages [1]** 3146/7
**management [4]** 3141/11 3146/4 3146/5 3158/10
**manager [1]** 3148/22
**manages [1]** 3092/12
**managing [1]** 3091/6
**manifestation [1]** 3119/12
**manner [1]** 3186/13
**manufacture [1]** 3114/3
**manufactured [1]** 3120/20
**manufacturers [3]** 3096/11 3114/2 3116/25
**many [5]** 3058/13 3091/18 3112/23 3158/13 3177/17
**March [9]** 3073/4 3073/4 3089/12 3166/3 3169/2 3170/17 3171/1 3174/15 3182/4
**margin [1]** 3101/17
**margins [1]** 3104/4
**marked [8]** 3082/13 3118/4 3147/23 3153/15 3154/25 3165/13 3170/6 3174/6
**market [14]** 3049/23 3090/25 3097/22 3098/4 3098/6 3098/9 3098/19 3098/20 3098/25 3099/1 3104/10 3111/7 3113/15 3178/7
**market share [5]** 3090/25 3098/4 3098/19 3098/20 3178/7
**marketing [5]** 3096/10 3096/13 3109/7 3119/5 3140/25
**marketplace [18]** 3100/1 3100/2 3100/4 3100/8 3100/14 3101/12 3101/13 3101/22 3101/24 3102/5 3110/20 3131/3 3132/24 3133/16 3133/20 3136/8 3178/5 3178/6
**material [1]** 3143/8
**materially [2]** 3134/6 3138/12
**math [2]** 3101/1 3138/20
**mathematics [1]** 3160/17
**matter [7]** 3048/14 3079/17 3080/1 3080/5 3089/1 3113/17 3194/4
**mattered [1]** 3113/18
**matters [2]** 3042/19 3100/3

**matt [1]** 3040/12 3191/15 3191/20
**matthew.larrabee [1]** 3040/15
**matthew.mcginnis [1]** 3040/10
**maximizing [1]** 3138/24
**may [21]** 3063/6 3067/6 3076/25 3077/6 3079/19 3079/21 3081/6 3081/7 3082/19 3089/6 3106/17 3112/12 3117/25 3118/1 3126/24 3141/6 3144/10 3145/9 3145/12 3147/16 3180/25
**maybe [16]** 3070/3 3070/23 3070/25 3071/2 3075/1 3081/14 3087/8 3095/2 3096/24 3096/25 3099/21 3135/22 3138/19 3164/4 3184/17 3188/3
**McGinnis [2]** 3040/6 3042/14
**me [71]** 3047/2 3048/23 3051/7 3054/2 3056/9 3057/20 3070/18 3078/16 3078/16 3083/22 3085/17 3085/25 3086/1 3088/2 3088/12 3095/6 3096/25 3103/14 3104/18 3105/14 3113/2 3115/3 3118/19 3124/8 3127/19 3128/17 3129/12 3130/24 3132/8 3134/14 3136/3 3136/13 3139/16 3139/19 3140/12 3141/14 3142/1 3142/2 3144/18 3146/9 3148/11 3150/22 3153/6 3156/4 3158/13 3159/8 3163/18 3166/15 3168/5 3168/9 3169/24 3170/1 3171/12 3171/15 3171/19 3172/10 3177/7 3177/7 3178/21 3179/7 3179/14 3180/12 3180/15 3181/8 3181/11 3181/14 3181/17 3188/19 3189/9 3190/17 3192/8
**Meagan [3]** 3039/6 3080/12 3088/24
**meagan.bellshaw [1]** 3039/10
**mean [36]** 3044/3 3049/13 3052/11 3057/14 3057/22 3058/9 3059/8 3059/15

**matthew [3]** 3072/14 3073/8 3074/23 3075/4 3075/13 3076/2 3079/17 3086/10 3094/16 3095/7 3111/20 3131/4 3133/1 3135/6 3136/14 3137/14 3140/19 3149/16 3151/17 3158/13 3160/2 3163/6 3167/25 3169/24 3170/2 3192/12
**meaning [1]** 3048/2
**meaningful [3]** 3072/17 3073/17 3108/11
**means [4]** 3088/15 3124/8 3156/16 3176/15
**meant [1]** 3166/22
**measurable [1]** 3098/4
**measurably [2]** 3098/13 3098/14
**mechanical [1]** 3040/21
**mechanics [1]** 3135/19
**mechanism [1]** 3108/2
**mechanisms [1]** 3093/11
**medium [1]** 3163/7
**meet [6]** 3135/24 3136/16 3136/17 3136/20 3187/9 3187/9
**meeting [3]** 3129/21 3129/23 3129/24
**MEHTA [2]** 3038/9 3042/3
**member [3]** 3091/4 3091/4 3091/7
**members [2]** 3075/5 3174/1
**memo [1]** 3154/20
**memorandum [2]** 3154/19 3158/21
**memories [1]** 3170/3
**mentioned [6]** 3051/15 3051/16 3072/22 3085/25 3100/14 3117/18
**merge [1]** 3105/14
**mergers [1]** 3089/23
**Merit [1]** 3040/17
**met [2]** 3070/15 3089/2
**mic [2]** 3085/23 3139/15
**microphone [2]** 3082/9 3140/11
**microphones [1]** 3140/15
**Microsoft [144]** 3040/12 3088/24 3056/11 3056/12 3080/18 3081/21 3081/21 3081/22 3084/3 3085/20 3086/4 3086/6 3086/21 3086/21 3086/25

**matt [1]** 3089/17 3090/2 3090/5 3090/15 3092/7 3092/16 3092/17 3092/21 3092/22 3093/4 3096/10 3097/2 3098/1 3100/15 3105/1 3105/5 3105/8 3106/19 3108/21 3108/23 3111/17 3112/18 3112/23 3113/13 3113/21 3113/25 3114/6 3114/10 3114/14 3115/1 3117/18 3118/7 3118/14 3119/2 3119/7 3119/9 3119/11 3120/1 3120/3 3122/6 3122/12 3123/16 3125/10 3126/16 3127/22 3128/5 3130/3 3130/5 3132/4 3132/22 3134/2 3134/14 3135/24 3138/21 3140/24 3141/9 3141/11 3141/22 3142/12 3142/24 3143/1 3143/4 3144/5 3144/7 3145/5 3145/14 3145/18 3145/23 3146/13 3146/23 3150/7 3150/12 3150/14 3150/18 3151/3 3151/7 3152/20 3155/10 3156/3 3156/5 3156/6 3158/1 3158/8 3158/16 3160/6 3160/9 3163/4 3163/15 3163/19 3163/20 3164/11 3164/16 3164/17 3165/7 3166/14 3166/19 3166/23 3167/5 3167/9 3168/1 3169/6 3169/15 3173/6 3173/25 3174/21 3176/3 3177/12 3178/9 3178/11 3181/2 3182/19 3183/9 3184/2 3185/16 3185/22 3186/12 3186/13 3187/16 3187/18 3189/12 3190/19 3191/16 3191/20 3192/14 3192/15
**Microsoft's [16]** 3085/21 3091/13 3109/23 3110/1 3114/17 3121/3 3121/22 3131/24 3137/6 3158/4 3164/1 3177/4 3186/23 3190/25 3191/8 3191/13
**middle [1]** 3155/14
**might [13]** 3057/17 3057/17 3070/24 3070/24 3078/11

**M**

might... [8] 3082/8
3126/16 3136/2
3146/11 3152/17
3161/6 3189/8 3190/1
mind [6] 3045/22
3046/21 3046/22
3047/4 3048/13
3134/15
minimis [3] 3098/4
3098/13 3098/14
minimize [1] 3193/8
minus [3] 3123/9
3123/9 3123/12
minute [1] 3168/25
minutes [5] 3080/22
3103/14 3140/1 3152/4
3154/9
minutes' [1] 3139/24
missed [3] 3131/25
3144/11 3180/25
missing [1] 3094/5
mobile [32] 3063/16
3076/7 3076/16 3079/3
3093/21 3093/22
3094/18 3094/21
3094/23 3094/24
3095/5 3096/22
3097/11 3097/17
3097/20 3098/9
3098/11 3098/24
3098/24 3102/8
3102/15 3102/17
3102/18 3104/6
3104/12 3105/2
3105/10 3113/17
3113/19 3114/2 3116/9
3177/8
model [15] 3129/3
3129/7 3129/25 3130/2
3131/1 3131/22
3131/22 3132/3 3132/4
3132/9 3132/9 3132/12
3132/15 3132/18
3133/11
modeled [1] 3131/11
modeling [2] 3130/4
3132/23
models [3] 3080/20
3081/19 3137/25
modified [3] 3074/5
3074/16 3075/19
moment [5] 3083/23
3127/5 3130/9 3148/1
3170/21
moments [1] 3129/8
momentum [3]
3130/20 3130/23
3131/14
monetary [1] 3048/14
monetization [15]
3044/14 3044/16
3045/14 3045/16
3046/5 3048/8 3050/1
3052/4 3052/9 3052/13
3053/12 3053/14
3053/15 3060/17
3071/19
monetization-related
[1] 3045/14
monetize [2] 3071/21
3078/8
monetizing [1]
3071/24
money [13] 3062/12
3070/23 3071/3
3071/12 3072/2 3109/8
3132/11 3132/11
3137/1 3149/21
3187/25 3188/8 3188/9
month [1] 3090/8
months [5] 3052/8
3053/20 3075/8
3105/20 3182/8
more [37] 3044/23
3049/13 3049/16
3055/25 3056/1 3057/8
3057/9 3061/3 3062/12
3068/18 3070/8
3076/14 3077/6 3079/3
3093/25 3094/23
3106/22 3106/23
3107/15 3109/5
3110/17 3112/4 3117/9
3133/11 3133/22
3135/12 3135/23
3137/24 3141/14
3142/5 3148/10 3167/2
3167/11 3185/23
3185/24 3189/5
3189/25
morning [25] 3038/7
3042/4 3042/5 3042/12
3042/20 3042/21
3043/8 3056/10
3069/15 3069/16
3080/11 3083/6 3083/7
3085/18 3085/20
3086/8 3086/12
3087/21 3088/20
3088/24 3121/19
3176/20 3176/20
3176/22 3191/14
most [15] 3087/2
3094/5 3094/6 3094/9
3095/20 3098/12
3099/13 3102/2 3102/7
3113/19 3141/2
3141/23 3163/4 3163/8
3174/1
mostly [2] 3121/12
3188/16
motivation [3] 3100/13
3102/6 3118/17
Moto [1] 3067/3
Motorola [10] 3049/10
3049/11 3049/16
3049/22 3065/10
3065/19 3065/22
3066/19 3066/22
3117/13
move [17] 3045/25
3046/17 3047/20
3052/21 3056/9
3060/13 3067/24
3081/15 3082/15
move... [not visible]
3084/10 3085/1 3085/4
3085/22 3128/6
3171/21
moved [2] 3046/21
3083/22
moving [4] 3054/15
3056/11 3084/12
3157/5
Mr [2] 3084/15 3191/17
Mr. [111] 3042/14
3042/17 3042/20
3043/8 3047/5 3050/18
3051/10 3051/15
3052/20 3052/20
3053/5 3053/6 3053/6
3053/19 3054/1 3054/7
3068/4 3069/15
3076/21 3077/1 3077/2
3080/13 3081/1
3081/13 3081/20
3082/3 3082/10 3083/7
3083/20 3085/18
3085/23 3086/11
3086/17 3087/14
3087/20 3088/3
3088/12 3088/24
3089/9 3092/3 3092/9
3099/4 3118/3 3126/11
3127/10 3128/13
3139/13 3139/22
3140/9 3140/17 3141/8
3144/4 3144/18
3146/10 3147/15
3148/11 3149/1
3150/20 3152/6
3152/14 3153/14
3154/6 3155/6 3156/1
3161/2 3161/3 3163/19
3163/25 3164/10
3166/2 3166/20
3167/24 3168/4 3168/6
3168/18 3168/22
3168/25 3169/23
3170/16 3170/17
3170/19 3171/3 3172/1
3172/6 3172/12 3173/3
3173/15 3174/11
3174/14 3174/17
3175/5 3175/16
3177/11 3178/9
3178/13 3179/2 3182/5
3185/1 3186/23
3186/23 3187/16
3189/12 3189/20
3190/4 3190/10
3191/11
Mr. Harrison [5]
3161/3 3166/2 3169/23
3174/14 3187/16
Mr. McGinnis [1]
3042/14
Mr. Nadella [7]
3166/20 3168/4 3168/6
3168/8 3168/9 3168/10
3173/3
Mr. Panay [4] 3170/17
3170/19 3171/3
3172/12
Mr. Sallet [12] 3081/1
3082/3 3082/10
3085/23 3086/17
3139/13 3139/22
3152/14 3163/25
3172/1 3186/18 3190/4
Mr. Sallet's [1]
3083/20
Mr. Smith [1] 3174/17
Mr. Tinter [5] 3080/13
3081/20 3087/14
3087/20 3088/3
3088/12 3088/24
3089/9 3092/3 3099/4
3118/3 3126/11
3127/10 3128/13
3140/9 3140/17 3141/8
3144/4 3144/18
3146/10 3147/15
3148/11 3149/1
3150/20 3152/6
3153/14 3154/6 3155/6
3156/1 3161/2 3163/19
3164/10 3167/24
3168/22 3168/25
3170/16 3172/6
3173/15 3174/11
3175/5 3175/16
3177/11 3178/9
3178/13 3179/2 3182/5
3185/1 3186/23
3189/12 3189/20
3190/10 3190/18
3191/11
Mr. Tinter's [3]
3081/13 3168/18
3191/24
Mr. Trowbridge [3]
3052/20 3053/6
3053/19
Mr. Wolfson [7]
3050/18 3051/10
3051/15 3052/20
3053/6 3054/1 3054/7
Mr. Young's [1] 3092/9
Ms. [7] 3080/14
3087/22 3130/8
3132/25 3139/9 3154/9
3189/4
Ms. Bellshaw [6]
3080/14 3087/22
3130/8 3132/25 3139/9
3189/4
Ms. Heath [1] 3154/9
MSA [1] 3162/25
much [29] 3049/16
3058/15 3072/25
3073/1 3075/1 3076/9
3076/9 3076/21
3076/23 3080/16
3081/17 3082/6
3098/24 3101/18
3102/25 3103/2
3132/10 3132/11
3133/22 3136/13
3138/12 3138/14
3159/7 3160/14
3167/12 3177/8 3182/2
3188/20 3189/22
multibillion [3] 3137/6
3137/15 3193/2
multibillion-dollar [2]
3137/6 3137/15
multiple [3] 3108/25
3179/9 3179/18
multiyear [1] 3193/2
must [3] 3057/5
3057/12 3057/12
mutual [1] 3167/17
my [70] 3044/7
3047/15 3047/24
3048/19 3048/24
3049/19 3051/25
3054/4 3056/10
3065/25 3066/1 3066/1
3066/2 3066/4 3067/10
3080/23 3082/1 3083/9
3083/24 3085/11
3088/24 3089/16
3091/22 3092/12
3097/10 3099/13
3101/22 3104/13
3104/14 3110/13
3115/2 3116/1 3118/20
3121/6 3121/13
3123/15 3127/13
3134/22 3135/22
3140/15 3141/24
3142/6 3142/11
3144/22 3145/11
3146/14 3148/12
3149/18 3150/3
3150/23 3153/6 3153/7
3153/12 3155/11
3160/16 3162/19
3167/16 3167/20
3170/3 3173/20
3177/18 3180/17
3181/14 3181/15
3181/17 3181/19
3181/24 3188/21
3188/24 3191/19
myself [3] 3091/21
3129/9 3155/17

**N**

Nadella [8] 3166/19
3166/20 3168/4 3168/6
3168/8 3168/9 3168/10
3173/3
name [9] 3045/9
3070/4 3088/21
3088/24 3092/8

3212

N

name... [4] 3092/24
3117/3 3145/9 3162/5
named [7] 3141/23
3144/25 3145/7
3145/16 3145/18
3169/7 3182/11
names [1] 3175/15
naming [1] 3111/16
narrow [1] 3172/18
nascent [1] 3074/24
natural [1] 3073/15
nature [5] 3066/9
3091/22 3114/17
3116/21 3118/19
navigate [3] 3078/5
3085/2 3127/23
navigation [3] 3049/17
3093/13 3102/24
NDA [2] 3113/4
3192/11
NDAs [2] 3192/1
3192/8
necessarily [6]
3064/18 3072/6 3103/7
3115/4 3147/20
3180/22
necessary [1] 3082/16
need [20] 3042/16
3051/4 3060/20
3060/22 3062/18
3072/3 3073/23
3080/17 3082/23
3086/5 3088/12
3090/21 3096/13
3096/14 3116/14
3132/21 3134/10
3139/15 3148/10
3176/2
needed [4] 3069/22
3125/18 3125/19
3159/8
needs [4] 3084/23
3139/23 3187/9 3193/9
negative [5] 3074/21
3112/1 3137/8 3137/13
3137/16 3172/14
3172/24
negotiate [8] 3052/4
3052/9 3061/11
3089/25 3109/23
3110/2 3136/22 3184/5
negotiated [4] 3105/8
3106/2 3117/5 3121/16
negotiating [13]
3062/4 3073/7 3091/13
3091/18 3091/19
3091/23 3099/10
3101/5 3111/1 3135/1
3145/13 3188/7
3191/25
negotiation [7]
3053/13 3110/24
3121/9 3125/20
3134/19 3144/19
3185/25
negotiations [12]
3061/17 3110/12

3110/18 3117/9 3118/23
3121/6 3121/22
3129/16 3134/19
3144/23 3184/5
3191/10
negotiator [1] 3144/17
negotiators [1]
3144/12
net [2] 3138/15
3138/17
never [14] 3049/15
3069/17 3070/16
3071/23 3098/15
3103/20 3113/15
3143/14 3169/25
3171/24 3179/24
3180/22 3184/24
3188/4
new [14] 3039/20
3040/14 3043/24
3046/7 3046/7 3074/24
3103/13 3105/17
3105/19 3105/21
3108/14 3151/20
3177/20 3186/1
newer [6] 3066/16
3067/17 3067/22
3075/6 3075/11
3131/13
news [2] 3064/10
3123/10
next [11] 3080/13
3134/23 3137/22
3155/1 3156/11 3157/5
3160/5 3160/14
3160/16 3176/8
3176/13
nice [1] 3078/22
night [2] 3083/16
3083/16
no [62] 3038/4 3042/19
3044/10 3045/19
3046/1 3046/1 3046/19
3046/23 3048/24
3049/13 3049/24
3052/14 3052/25
3056/3 3056/6 3057/22
3057/22 3057/22
3058/19 3059/3 3060/4
3060/12 3060/19
3060/21 3064/1 3069/6
3070/21 3076/19
3076/20 3088/5 3089/3
3089/18 3095/6
3101/16 3108/4 3114/9
3114/9 3114/13
3115/23 3120/15
3128/8 3133/4 3150/22
3150/22 3157/2
3159/23 3160/13
3160/18 3165/9
3165/12 3168/16
3170/2 3170/24 3175/8
3180/12 3180/15
3181/22 3187/1 3189/1
3190/5 3190/6 3190/7
nobody [1] 3171/16
non [2] 3072/20

non-measurably [1]
3098/14
non-Samsung [1]
3072/20
none [1] 3079/17
noon [1] 3189/17
normal [1] 3064/5
not [134] 3043/23
3043/23 3044/5
3044/12 3044/21
3044/23 3045/21
3046/16 3047/6
3047/20 3048/14
3048/23 3052/14
3054/14 3055/20
3056/14 3057/3 3057/8
3058/2 3058/7 3058/22
3060/10 3060/16
3061/8 3061/12 3063/3
3063/7 3064/4 3064/18
3066/15 3066/24
3067/12 3067/16
3068/11 3069/5
3070/18 3071/7 3071/8
3071/11 3071/21
3072/1 3072/5 3072/16
3073/1 3074/17 3075/9
3077/6 3077/13
3077/17 3077/23
3078/20 3082/22
3082/23 3083/14
3086/5 3086/21 3089/3
3094/21 3094/22
3095/6 3095/13 3097/6
3097/11 3099/5 3103/7
3104/20 3106/17
3108/15 3108/16
3108/16 3109/21
3110/24 3111/5 3114/9
3116/18 3117/6
3118/15 3118/19
3119/20 3120/11
3120/17 3123/15
3124/7 3124/19
3125/21 3126/12
3127/11 3133/1 3133/2
3134/13 3134/20
3136/16 3136/16
3140/9 3142/25
3143/22 3144/21
3145/17 3146/12
3146/19 3147/20
3151/1 3152/6 3152/23
3155/11 3158/6 3159/6
3160/3 3160/14
3160/16 3162/17
3166/13 3167/13
3167/15 3168/12
3169/24 3172/6
3178/21 3178/22
3180/11 3182/1 3183/3
3184/19 3185/15
3186/5 3186/7 3186/11
3187/2 3187/3 3187/4
3189/21 3191/4 3191/5
3192/20
note [3] 3161/8

nothing [2] 3106/10
3155/8
notice [2] 3123/3
3174/22
noticed [1] 3087/24
notification [2] 3125/2
3126/22
notifications [1]
3126/21
November [2] 3053/6
3053/18
now [23] 3047/10
3066/14 3074/1
3078/17 3079/19
3083/4 3095/20
3098/17 3098/25
3099/16 3105/13
3117/5 3119/2 3120/11
3124/7 3138/4 3149/15
3150/22 3154/24
3170/7 3173/1 3173/14
3176/20
NRE [1] 3188/1
number [22] 3044/4
3044/6 3049/9 3072/6
3077/20 3090/19
3099/20 3099/22
3101/11 3103/5 3103/6
3113/13 3127/15
3128/23 3128/24
3133/1 3134/14 3135/8
3135/11 3135/18
3136/16 3165/25
numbers [15] 3071/18
3107/23 3133/23
3134/22 3134/24
3134/25 3135/1
3135/25 3136/3
3136/17 3136/19
3136/21 3190/24
3192/13 3192/16
numerical [1] 3147/20
NW [3] 3039/3 3039/7
3040/19
NY [2] 3039/20
3040/14

O

oath [1] 3087/18
object [2] 3171/25
3171/25
objecting [1] 3046/25
objection [26] 3046/18
3046/19 3046/23
3052/22 3052/25
3068/1 3073/6 3082/15
3082/17 3083/14
3084/14 3084/22
3085/1 3086/19 3128/8
3147/2 3154/1 3160/22
3165/18 3168/24
3170/8 3170/11
3171/23 3174/8
3186/14 3186/17
objections [2] 3079/12
3088/15
obviously [8] 3091/7

3106/6 3110/8 3117/3
3137/23 3149/18
3167/13 3169/24
occasionally [2]
3100/9 3143/12
October [2] 3154/11
3154/16
OEM [9] 3057/1 3057/5
3057/15 3062/17
3062/21 3062/25
3063/2 3063/5 3064/19
OEMs [18] 3056/24
3057/22 3058/2 3058/6
3058/21 3061/15
3061/20 3062/4 3062/5
3062/14 3063/7
3072/16 3072/20
3072/20 3072/25
3074/19 3075/7 3114/7
off [15] 3043/9 3043/13
3044/2 3044/10
3044/11 3046/6
3061/10 3061/19
3062/4 3074/23
3097/10 3106/9 3137/2
3188/9 3188/25
offer [12] 3056/14
3070/23 3071/11
3071/19 3072/24
3100/15 3112/4
3125/10 3138/22
3163/21 3187/16
3192/14
offered [7] 3049/11
3057/15 3071/3
3079/13 3111/17
3111/20 3188/14
offering [2] 3047/4
3071/19
offers [1] 3056/12
office [5] 3119/9
3161/16 3161/24
3167/7 3183/13
Officer [1] 3140/25
Official [1] 3040/18
often [36] 3061/16
3093/18 3100/23
3100/23 3112/2 3112/5
3116/9 3143/6
oh [8] 3050/24 3052/18
3065/9 3123/15
3127/14 3153/24
3156/2 3176/8
okay [55] 3042/17
3043/10 3047/8
3049/13 3050/24
3051/1 3051/7 3063/13
3069/20 3072/7 3074/6
3077/4 3079/6 3081/4
3081/9 3087/11 3088/7
3103/25 3104/12
3112/15 3113/11
3118/9 3118/22 3127/4
3127/21 3129/11
3130/19 3139/3 3139/7
3139/24 3146/8
3147/13 3150/4
3150/10 3152/2 3153/2

**O**

okay... [19] 3153/23
3154/2 3155/13
3155/22 3155/23
3159/19 3159/20
3160/15 3161/7
3165/19 3165/20
3169/11 3170/4 3172/5
3175/20 3189/3
3189/13 3190/3 3190/8
old [1] 3089/16
once [2] 3060/12
3085/25
one [92] 3048/9 3051/4
3052/17 3052/21
3053/13 3056/16
3057/16 3059/17
3061/14 3061/25
3062/11 3062/15
3070/2 3070/10
3070/17 3077/12
3077/12 3077/20
3078/19 3083/23
3086/2 3089/25 3090/4
3090/19 3093/12
3093/16 3094/19
3096/14 3099/2
3100/12 3102/23
3103/3 3103/5 3104/16
3104/23 3104/24
3106/22 3106/23
3109/1 3109/9 3110/3
3112/11 3112/25
3113/20 3116/6 3116/6
3116/23 3117/16
3124/19 3129/15
3129/23 3130/24
3131/21 3133/5 3133/6
3133/22 3134/7
3134/18 3135/2
3139/15 3141/2 3141/6
3143/18 3143/19
3145/5 3146/19
3147/10 3151/9
3152/22 3154/19
3154/20 3155/4
3159/12 3159/15
3164/15 3164/19
3167/6 3167/21
3177/22 3178/4
3178/19 3179/7
3179/16 3180/10
3180/13 3180/19
3181/15 3181/25
3183/1 3184/5 3184/13
3187/20
one-page [2] 3154/19
3154/20
ones [4] 3091/20
3094/6 3163/9 3163/9
only [16] 3043/25
3044/9 3047/4 3049/14
3073/16 3078/9 3083/9
3086/11 3086/20
3103/20 3106/5
3113/18 3151/1 3165/5
3185/10 3192/19
open [26] 3080/22

3081/18 3081/24
3083/25 3084/14
3084/16 3085/2 3086/9
3086/17 3086/19
3103/2 3112/14 3116/3
3116/8 3127/8 3127/19
3139/5 3139/23
3150/24 3152/21
3167/8 3169/16
3192/21
opened [1] 3147/12
opening [4] 3093/13
3093/14 3139/11
3140/2
opens [1] 3117/21
operating [3] 3093/25
3118/23 3119/3
operation [4] 3146/4
3158/9 3160/1 3164/18
opportunities [3]
3089/22 3142/7 3167/9
opportunity [5]
3048/13 3061/3 3087/8
3107/19 3178/1
opposed [1] 3146/17
opt [3] 3063/22 3067/9
3067/12
opt-in [1] 3063/22
optimal [1] 3138/18
option [1] 3125/23
order [18] 3073/24
3102/3 3111/21
3111/24 3111/24
3111/25 3112/1
3116/13 3116/13
3120/7 3131/12
3136/10 3136/10
3137/7 3147/20
3147/20 3160/16
3160/18
orient [1] 3168/25
original [5] 3049/14
3058/12 3071/21
3073/2 3075/14
originally [2] 3071/5
3075/12
other [42] 3047/6
3052/6 3058/18
3059/10 3059/12
3059/20 3061/20
3062/4 3062/20 3070/5
3072/5 3072/16
3072/20 3073/25
3079/20 3082/20
3083/13 3084/20
3085/13 3089/17
3090/9 3090/24 3099/6
3099/25 3100/12
3103/14 3104/5
3109/13 3110/4
3112/18 3113/24
3116/18 3123/11
3127/6 3133/19 3145/3
3146/17 3177/18
3184/7 3184/13
3190/24 3192/24
others [3] 3106/17

otherwise [6] 3057/3
3057/18 3057/19
3084/12 3172/1 3188/1
3189/19
our [66] 3047/16
3048/12 3048/15
3051/24 3054/10
3058/16 3059/10
3059/10 3059/19
3062/10 3066/7
3067/21 3072/14
3073/22 3074/23
3077/23 3078/24
3083/8 3083/15
3083/18 3090/18
3091/25 3092/13
3092/13 3099/14
3099/23 3103/17
3103/22 3111/7
3111/13 3111/21
3117/5 3119/5 3119/18
3121/15 3123/14
3125/13 3131/16
3132/10 3134/6
3134/22 3135/17
3135/18 3138/8
3138/21 3141/2
3141/17 3143/14
3145/20 3152/20
3166/12 3167/7
3167/19 3167/19
3170/21 3171/23
3174/1 3175/8 3175/15
3180/14 3182/15
3182/22 3183/8 3186/8
3187/7 3191/18
ourselves [1] 3146/7
out [20] 3063/18
3070/6 3070/7 3070/13
3071/5 3075/6 3079/24
3081/2 3081/8 3083/20
3084/25 3104/13
3108/16 3109/7
3117/13 3130/25
3138/17 3143/15
3166/15 3188/7
outline [2] 3188/22
3189/5
outlining [1] 3154/20
outside [3] 3042/17
3090/9 3190/18
over [20] 3075/8
3076/15 3080/19
3080/24 3081/14
3081/23 3090/5
3110/13 3111/10
3121/10 3122/5
3127/22 3131/2
3137/24 3151/5
3167/12 3184/18
3185/25 3192/23
3193/8
overall [8] 3055/16
3062/16 3063/21
3078/24 3101/23

3177/17
overly [1] 3094/16
overnight [1] 3076/22
own [9] 3047/16
3048/15 3058/16
3059/25 3060/7
3060/15 3123/13
3123/14 3164/1
owner [1] 3145/22

**P**

p.m [3] 3083/15
3193/15 3193/15
pace [1] 3092/5
package [1] 3123/25
page [35] 3045/8
3046/9 3048/11
3053/18 3054/2
3055/14 3065/17
3066/25 3067/3
3067/10 3068/21
3077/11 3077/14
3077/15 3125/3
3128/19 3128/20
3128/21 3130/15
3132/16 3132/18
3133/2 3133/5 3133/5
3149/1 3154/19
3154/20 3162/24
3165/24 3172/12
3174/12 3175/22
3176/8 3176/13
3176/14
page 1 [2] 3048/11
3128/21
page 2 [2] 3046/9
3053/18
page 247 [3] 3077/11
3077/14 3077/15
page 3 [2] 3045/8
3165/24
page 4 [2] 3065/17
3066/25
page 6 [6] 3128/19
3128/20 3130/15
3132/16 3133/2 3133/5
page 7 [2] 3132/18
3133/5
pages [1] 3051/17
painful [1] 3075/2
Panay [4] 3170/17
3170/19 3171/3
3172/12
pandemic [1] 3121/13
Panos [1] 3171/15
paper [2] 3077/6
3077/7
paradigm [3] 3075/16
3075/23 3075/25
paragraph [20]
3045/22 3065/18
3067/1 3067/2 3067/8
3130/14 3130/16
3130/24 3148/25
3157/11 3161/15
3162/4 3162/8 3166/12
3169/2 3171/6 3173/1

3175/7
parallel [1] 3184/4
parity [2] 3163/11
3165/1
part [17] 3064/5
3068/15 3085/11
3091/1 3091/7 3098/25
3117/23 3121/22
3123/25 3125/21
3131/25 3137/7 3144/5
3164/20 3175/25
3179/24 3186/12
partial [1] 3152/23
partially [3] 3131/9
3150/22 3155/2
participate [1] 3183/14
participating [2]
3111/7 3178/5
particular [8] 3057/1
3067/13 3096/15
3097/21 3101/17
3102/1 3110/24
3161/23
particularly [5]
3061/22 3094/21
3177/8 3192/24 3193/3
particulars [1] 3134/10
parties [3] 3079/11
3084/7 3090/24
partner [9] 3055/23
3063/8 3101/19
3112/10 3183/10
3184/3 3184/6 3184/9
3184/24
partners [14] 3059/23
3061/10 3063/14
3064/2 3068/12
3068/20 3068/24
3072/8 3109/13 3110/9
3111/2 3111/8 3111/16
3112/7
partnership [13]
3054/16 3054/19
3055/4 3072/14
3077/18 3089/25
3090/17 3100/11
3101/15 3101/17
3105/17 3145/3
3146/20
partnerships [8]
3045/14 3045/20
3089/23 3091/23
3091/24 3102/2 3117/1
3133/19
party [6] 3040/11
3047/19 3052/12
3055/10 3056/11
3183/11
pass [2] 3051/22
3182/22
passionately [1]
3166/25
past [2] 3070/21
3097/9
path [1] 3167/10
paths [2] 3051/19
3089/25

**P**

**PATTERSON [1]** 3039/18

**pause [4]** 3045/19 3070/14 3130/11 3190/21

**paused [2]** 3070/6 3141/15

**pausing [1]** 3055/17

**pay [9]** 3110/20 3110/23 3136/10 3136/12 3187/16 3188/1 3188/14 3188/19 3192/15

**payment [2]** 3134/13 3134/15

**payments [1]** 3138/9

**pbwt.com [1]** 3039/21

**PC [12]** 3093/13 3094/7 3094/8 3094/18 3094/23 3095/5 3096/1 3097/20 3098/10 3098/23 3102/19 3102/25

**PCs [1]** 3097/17

**Peggy [6]** 3141/23 3141/25 3161/10 3161/11 3161/11 3174/14

**pens [1]** 3184/22

**penultimate [1]** 3162/7

**people [31]** 3056/21 3068/21 3070/5 3072/12 3073/6 3076/13 3088/10 3094/10 3102/21 3102/25 3103/2 3103/20 3103/22 3107/12 3107/14 3107/17 3108/9 3108/16 3109/14 3110/5 3113/4 3143/10 3146/14 3158/23 3159/8 3181/2 3181/14 3183/4 3183/18 3186/1 3191/25

**per [5]** 3100/17 3100/22 3100/24 3101/23 3110/19

**percent [13]** 3084/24 3103/18 3103/21 3110/23 3111/13 3111/14 3111/17 3111/21 3112/3 3112/3 3149/11 3151/14 3151/21

**percentage [8]** 3097/19 3102/22 3102/24 3107/20 3108/11 3135/14 3138/13 3138/14

**performance [1]** 3149/5

**period [15]** 3073/3 3090/5 3090/8 3090/9 3105/12 3105/15 3106/6 3114/25 3129/7 3142/25 3150/20

**periodically [1]** 3146/19

**permanent [1]** 3056/5

**permission [1]** 3077/5

**permit [1]** 3150/7

**permitted [1]** 3047/7

**person [11]** 3045/9 3045/11 3070/16 3118/15 3118/16 3144/22 3145/10 3146/13 3159/1 3169/6 3169/9

**personal [2]** 3146/18 3170/3

**personalize [1]** 3066/1

**personally [3]** 3066/10 3091/19 3145/13

**perspective [2]** 3051/24 3077/25

**phone [25]** 3065/10 3065/14 3066/4 3066/19 3066/22 3073/5 3075/17 3076/3 3076/4 3093/14 3093/17 3093/25 3094/2 3094/11 3097/3 3102/25 3103/2 3103/14 3104/6 3104/8 3106/1 3114/23 3116/5 3117/20 3119/11

**phones [6]** 3049/8 3049/9 3049/22 3074/10 3074/13 3107/25

**phrase [2]** 3167/24 3184/21

**pick [2]** 3043/8 3110/9

**picking [1]** 3125/9

**picture [4]** 3118/6 3122/23 3123/7 3131/13

**pieces [3]** 3082/8 3082/12 3180/19

**pitch [2]** 3045/15 3046/4

**pivot [1]** 3058/13

**pivoted [2]** 3072/21 3075/18

**pivots [1]** 3058/10

**place [6]** 3050/1 3084/5 3112/6 3121/9 3141/16 3153/12

**placed [1]** 3087/18

**places [6]** 3082/20 3109/9 3112/2 3116/23 3142/10 3167/4

**Plaintiff [2]** 3039/11 3042/10

**PLAINTIFF's [2]** 3041/5 3041/18

**plaintiffs [8]** 3038/4 3039/2 3042/8 3043/2 3080/25 3080/25 3088/17 3189/23

**plaintiffs' [12]** 3049/20 3050/5 3061/2 3085/6

**plan [3]** 3131/15 3156/24 3189/17

**planning [3]** 3169/13 3169/14 3169/17

**platform [9]** 3098/18 3103/25 3109/8 3114/23 3150/15 3164/1 3167/7 3177/17 3177/21

**platforms [6]** 3160/1 3160/2 3177/15 3179/9 3179/18 3179/20

**play [17]** 3061/19 3062/3 3063/17 3091/13 3091/16 3108/16 3111/5 3116/11 3116/14 3116/22 3119/22 3120/1 3120/4 3120/10 3121/3 3146/19 3146/20

**played [2]** 3138/4 3180/8

**player [1]** 3097/24

**players [3]** 3098/3 3098/12 3192/2

**playing [1]** 3142/4

**plays [1]** 3081/8

**please [24]** 3044/25 3048/24 3050/8 3050/22 3052/15 3065/6 3065/17 3066/14 3066/18 3087/16 3088/20 3097/13 3127/20 3128/19 3152/6 3152/12 3156/4 3163/18 3168/25 3170/5 3177/7 3186/19 3190/14 3193/7

**plus [3]** 3053/20 3135/1 3163/11

**point [60]** 3045/18 3061/25 3070/22 3072/17 3093/24 3095/11 3095/12 3095/19 3095/23 3096/1 3096/6 3096/15 3097/12 3097/18 3097/21 3097/22 3097/24 3103/7 3105/2 3105/9 3105/10 3105/18 3105/19 3105/21 3106/7 3108/10 3108/12 3114/21 3114/22 3115/9 3116/16 3120/13 3122/21 3122/25 3123/6 3124/17 3134/18 3136/1 3136/17 3138/1 3141/5 3143/7 3144/18 3150/1 3161/23 3162/2 3164/11 3164/15

**plan [3]** 3131/15 3156/24 3189/17

**pointing [3]** see above

**points [25]** 3093/16 3095/9 3095/15 3096/8 3096/18 3096/22 3097/5 3102/23 3103/4 3103/19 3106/10 3109/18 3114/4 3116/18 3117/10 3122/2 3122/3 3122/6 3122/10 3122/11 3122/12 3123/1 3124/24 3124/25 3161/23

**policy [2]** 3055/20 3059/10

**pops [1]** 3124/13

**portion [5]** 3044/18 3081/2 3081/3 3081/11 3155/4

**portions [2]** 3086/16 3086/18

**position [9]** 3047/20 3083/3 3083/8 3083/15 3083/18 3089/13 3098/24 3107/22 3176/15

**positioned [2]** 3119/8 3119/16

**positive [1]** 3134/6

**positively [1]** 3133/15

**possible [8]** 3056/15 3057/16 3076/1 3076/13 3081/18 3110/9 3161/25 3190/1

**potential [2]** 3052/4 3101/14

**potentially [3]** 3047/19 3077/23 3179/19

**powered [7]** 3067/10 3067/19 3067/20 3098/17 3105/19 3105/23 3109/4

**practice [4]** 3108/15 3125/6 3141/25 3142/3

**pre [3]** 3093/22 3124/4 3124/22

**pre-installed [3]** 3093/22 3124/4 3124/22

**preceding [1]** 3155/24

**precise [5]** 3133/9 3141/14 3158/11 3181/1 3192/7

**preconfigured [1]** 3123/5

**predict [1]** 3149/4

**predicting [1]** 3189/21

**predominant [1]** 3098/25

**predominantly [5]** 3097/17 3098/9 3098/10 3098/11 3098/23

**prefer [2]** 3058/3

**preference [2]** 3081/25 3082/1

**preferred [2]** 3058/6 3060/17

**prefers [2]** 3058/22 3084/12

**preinstall [1]** 3120/4

**preliminary [1]** 3042/19

**preload [1]** 3123/23

**preloaded [1]** 3124/7

**prepared [2]** 3081/19 3136/22 3138/12 3184/2 3186/5 3186/6 3192/14

**prescribed [1]** 3142/19

**present [1]** 3126/1

**presented [4]** 3064/20 3129/19 3129/21 3133/24

**preset [3]** 3095/25 3096/5 3096/21

**president [3]** 3089/14 3092/10 3173/8

**president's [1]** 3145/2

**presiding [1]** 3042/3

**press [2]** 3064/20 3124/12

**pressure [2]** 3062/5 3062/13

**pretty [5]** 3059/14 3063/4 3091/8 3117/8 3171/14

**Prettyman [1]** 3040/18

**prevented [1]** 3126/6

**previously [6]** 3043/3 3054/13 3070/11 3086/6 3157/18 3187/1

**primarily [2]** 3058/11 3076/3

**primary [4]** 3060/10 3073/5 3094/18 3102/6

**principal [2]** 3110/3 3116/1

**principally [2]** 3090/20 3100/10

**printer [2]** 3148/10 3148/12

**prior [2]** 3140/24 3141/4

**prioritization [1]** 3162/25

**priority [3]** 3048/15 3156/10 3165/8

**privacy [11]** 3055/5 3055/18 3055/19 3055/24 3059/2 3059/3 3059/6 3059/10 3059/12 3059/15 3059/18

**proactively [1]** 3051/18

**probably [25]** 3060/24 3063/2 3072/1 3075/4 3080/5 3080/22 3090/8 3093/24 3094/6 3094/16 3098/3 3098/20 3105/15

**P**

**probably... [12]** 3111/5
3111/8 3113/10 3115/2
3139/5 3142/22
3146/12 3146/23
3183/8 3184/17
3190/20 3191/1
**problem [1]** 3133/4
**problems [1]** 3058/18
**proceed [5]** 3073/24
3074/20 3075/10
3082/17 3112/13
**proceeding [1]** 3086/9
**proceedings [3]**
3038/9 3040/21 3194/4
**process [25]** 3083/12
3084/4 3084/7 3085/17
3086/23 3103/6 3107/2
3124/12 3124/18
3142/6 3142/14
3142/19 3142/21
3142/21 3143/2 3143/9
3143/17 3144/5 3151/5
3159/24 3164/20
3164/22 3173/22
3182/7 3186/10
**produced [3]** 3040/21
3075/4 3097/2
**product [39]** 3045/11
3048/15 3049/15
3055/1 3055/12
3055/13 3058/10
3058/14 3059/23
3059/25 3060/7 3060/8
3060/16 3062/17
3062/25 3063/25
3064/7 3064/17
3064/22 3065/2 3066/7
3066/16 3067/17
3067/22 3068/18
3071/22 3072/21
3073/9 3073/22
3073/24 3074/16
3074/24 3075/6 3075/7
3075/11 3090/22
3126/10 3148/22
3163/11
**productivity [1]**
3119/10
**products [1]** 3141/1
**profit [4]** 3101/17
3112/4 3138/13
3138/24
**profit-maximizing [1]**
3138/24
**profits [1]** 3138/14
**program [8]** 3183/10
3183/10 3183/11
3183/14 3183/17
3184/3 3184/6 3184/24
**programmatic [2]**
3124/21 3126/25
**programmatically [1]**
3124/23
**programs [1]** 3096/10
**progress [10]** 3044/23
3049/16 3055/25
3070/8 3074/15

3167/23 3172/23
3189/6
**progressed [1]**
3072/17
**prohibit [1]** 3116/17
**prohibition [2]**
3126/13 3126/17
**project [1]** 3134/2
**projected [1]** 3131/4
**projection [1]** 3131/8
**projections [1]**
3131/16
**prominent [1]** 3075/1
**promotion [2]** 3052/4
3052/10
**prompt [1]** 3067/9
**proper [2]** 3059/21
3087/10
**proposal [5]** 3048/8
3053/12 3054/22
3071/21 3172/17
**proposals [1]** 3046/7
**propose [4]** 3046/8
3047/21 3054/3
3085/14
**proposed [1]** 3136/1
**proposes [1]** 3053/19
**proposing [2]** 3078/1
3078/8
**proposition [2]** 3119/4
3157/8
**proprietary [1]**
3116/10
**protect [1]** 3071/5
**protecting [1]** 3059/18
**Protection [1]** 3039/12
**protocols [1]** 3059/21
**prove [1]** 3119/19
**provide [7]** 3061/3
3100/8 3106/20 3113/8
3151/20 3152/24
3179/22
**provided [8]** 3063/15
3064/3 3068/13 3086/7
3086/19 3109/11
3130/5 3155/10
**provider [8]** 3102/8
3102/14 3113/22
3146/6 3179/8 3179/14
3179/18 3179/22
**providers [3]** 3051/18
3146/4 3178/15
**provides [1]** 3100/12
**providing [4]** 3106/13
3108/23 3134/16
3174/22
**provision [1]** 3055/13
**provisions [1]** 3126/6
**Prudential [1]** 3040/7
**PS [1]** 3083/1
**PSX [1]** 3160/10
**PSX00 [2]** 3148/2
3165/15
**PSX00378 [2]** 3165/16
3165/21
**PSX00433 [2]** 3168/19
3168/22

**PSX00472 [2]** 3174/7
3174/9
**PSX00713 [2]** 3153/15
3154/3
**PSX00715 [1]** 3171/21
**PSX00909 [1]** 3147/24
**PSX671 [2]** 3085/4
3085/6
**PSX7110 [1]** 3160/23
**PSX715 [1]** 3170/6
**PSX761 [4]** 3082/13
3083/2 3084/10 3085/5
**public [5]** 3117/15
3117/16 3147/10
3148/14 3192/4
**publications [1]**
3064/10
**publicly [1]** 3135/4
**pull [2]** 3050/8 3064/23
**purchase [1]** 3149/25
**purchasing [1]**
3140/22
**purpose [6]** 3070/8
3071/6 3083/10
3083/13 3100/7
3132/14
**purposes [4]** 3047/7
3082/18 3084/10
3131/21
**Pursuant [1]** 3174/20
**pursue [1]** 3089/22
**pursued [1]** 3102/3
**pursuing [1]** 3054/22
**push [2]** 3062/25
3185/23
**pushed [1]** 3126/22
**pushing [4]** 3166/15
3167/1 3168/5 3168/9
**put [25]** 3045/21
3048/23 3049/2
3050/22 3062/4
3062/13 3062/13
3070/18 3077/23
3079/1 3093/24 3094/1
3104/1 3112/6 3113/2
3125/16 3127/7
3127/11 3141/16
3153/25 3155/1 3174/4
3189/19 3190/20
3190/23
**putting [4]** 3074/9
3079/4 3148/7 3188/15

**Q**

**quality [7]** 3062/20
3064/18 3104/25
3110/7 3110/11
3110/14 3177/1
**queries [9]** 3078/9
3099/20 3099/23
3101/11 3101/18
3101/22 3102/22
3102/24 3177/9
**query [8]** 3093/18
3099/20 3099/24
3100/9 3100/10 3101/4
3131/23 3132/23
**question [38]** 3044/7

3048/19 3049/19
3051/25 3058/19
3058/20 3059/17
3064/1 3075/24
3077/12 3082/4 3095/8
3097/1 3099/12 3102/9
3126/11 3128/17
3132/1 3132/8 3133/11
3135/20 3143/22
3143/25 3146/22
3147/12 3154/12
3154/14 3158/6 3164/6
3167/25 3173/20
3178/18 3179/1
3179/23 3186/19
**questioning [6]**
3082/18 3083/24
3087/6 3139/5 3155/12
3160/16
**questions [21]**
3048/20 3048/24
3049/21 3050/4
3050/12 3060/12
3069/6 3076/20
3112/17 3129/15
3129/24 3132/15
3134/9 3140/2 3170/9
3170/9 3170/13 3189/2
3189/8 3190/5 3190/7
**quick [1]** 3080/4
**quiet [1]** 3088/9

**R**

**raise [1]** 3087/17
**raised [7]** 3046/24
3059/6 3059/12
3068/12 3072/12
3072/12 3074/1
**Ralph [1]** 3039/13
**ran [2]** 3136/7 3141/4
**range [5]** 3113/8
3113/10 3115/5 3115/8
3149/4
**rapidly [3]** 3155/17
3166/14 3166/24
**rather [1]** 3192/20
**raw [1]** 3076/10
**re [1]** 3106/2
**re-negotiated [1]**
3106/2
**reach [1]** 3122/5
**reached [5]** 3073/5
3086/24 3175/9
3184/19 3187/12
**read [6]** 3067/7
3074/21 3075/2 3077/1
3117/15 3130/24
**reading [2]** 3149/19
3162/15
**reads [5]** 3065/22
3156/4 3169/14 3171/6
3175/25
**ready [4]** 3042/14
3080/5 3184/11
3190/11
**real [2]** 3102/20 3188/7
**really [18]** 3072/17

3091/8 3099/6 3111/14
3113/18 3120/2 3126/8
3132/7 3133/9 3169/24
3183/2 3187/25 3188/4
3188/8 3190/23 3193/9
**realtime [15]** 3040/17
3150/8 3150/12
3150/18 3151/3 3151/6
3163/19 3164/2
3164/11 3164/18
3185/16 3185/19
3186/12 3186/24
3187/18
**rearranging [1]**
3065/23
**reason [11]** 3043/25
3055/4 3070/3 3071/9
3083/10 3095/3
3098/21 3113/2 3116/1
3171/23 3171/25
**reasons [10]** 3058/1
3058/7 3058/21
3099/21 3100/3 3110/3
3178/4 3179/17
3181/25 3192/2
**recall [35]** 3043/14
3050/6 3058/3 3061/12
3062/1 3062/3 3062/9
3063/9 3063/11
3064/16 3069/5
3076/25 3114/25
3145/15 3145/18
3156/25 3161/20
3162/11 3162/12
3163/22 3164/10
3164/12 3164/16
3165/7 3165/10
3166/22 3168/5 3168/9
3168/13 3176/23
3177/1 3177/5 3182/8
3182/10 3185/13
**receive [1]** 3106/19
**received [11]** 3053/2
3055/7 3068/8 3085/6
3085/20 3128/10
3154/3 3160/23
3165/21 3168/19
3174/9
**recently [3]** 3057/18
3057/22 3157/7
**recess [6]** 3080/8
3080/9 3152/10
3152/11 3193/14
3193/15
**recipient [1]** 3171/16
**recognize [1]** 3128/1
**recollection [2]**
3168/18 3169/21
**recommendation [1]**
3047/17
**reconfigured [1]**
3103/15
**reconfiguring [1]**
3125/9
**reconsider [1]** 3046/7
**reconstruct [1]**
3056/19

**record [6]** 3077/10 3082/21 3088/21 3149/15 3188/25 3194/3

**recorded [1]** 3040/21

**RECROSS [1]** 3041/4

**redacted [11]** 3045/10 3050/24 3052/18 3053/10 3053/23 3086/20 3152/24 3152/25 3155/3 3155/4 3155/8

**redaction [4]** 3152/23 3155/7 3155/11 3155/25

**redactions [2]** 3160/7 3190/6

**redirect [4]** 3041/4 3061/4 3069/8 3069/13

**reduce [2]** 3058/14 3179/9

**reduced [3]** 3049/16 3072/21 3074/22

**refer [4]** 3061/13 3093/12 3094/23 3167/25

**reference [8]** 3109/15 3150/5 3151/13 3166/5 3167/20 3173/20 3176/10 3182/11

**referenced [6]** 3082/20 3112/19 3131/1 3155/20 3157/1 3175/14

**references [1]** 3130/20

**referencing [1]** 3173/21

**referred [11]** 3100/20 3100/21 3100/23 3116/9 3120/23 3123/9 3162/23 3164/20 3164/25 3175/1 3186/23

**referring [8]** 3053/15 3063/12 3064/16 3067/16 3067/17 3069/25 3094/8 3094/13

**refers [6]** 3131/15 3156/24 3162/8 3162/20 3168/8 3172/21

**reflect [2]** 3118/6 3132/22

**reflected [1]** 3130/6

**refresh [2]** 3168/18 3169/21

**regard [1]** 3161/20

**regarding [6]** 3073/18 3073/19 3126/13 3130/4 3190/25 3191/10

**regime [1]** 3120/25

**Registered [1]** 3040/17

**reimburse [1]** 3188/2

**rejected [4]** 3054/19 3054/21 3055/4

**related [7]** 3045/14 3045/20 3054/23 3078/11 3090/6 3090/14 3185/14

**relates [1]** 3099/7

**relationship [13]** 3049/18 3104/14 3104/15 3136/1 3137/1 3139/1 3141/11 3142/12 3143/3 3143/4 3145/5 3145/23 3177/3

**relationships [2]** 3061/15 3141/17

**relative [3]** 3102/23 3136/20 3187/22

**relatively [4]** 3103/11 3124/11 3138/11 3143/9

**released [2]** 3074/13 3156/22

**relevance [1]** 3083/18

**relevancy [3]** 3082/15 3082/19 3084/25

**relevant [8]** 3083/9 3083/13 3083/24 3084/6 3084/8 3084/22 3173/25 3178/10

**reliable [1]** 3159/5

**relied [2]** 3158/23 3159/7

**reluctant [1]** 3191/11

**remain [3]** 3169/16 3190/19

**remainder [1]** 3153/8

**remaining [1]** 3185/18

**remember [47]** 3070/23 3072/9 3083/16 3093/1 3097/19 3103/12 3105/20 3106/1 3107/23 3114/19 3115/17 3115/19 3117/12 3119/5 3120/11 3121/17 3122/22 3123/17 3126/2 3126/5 3126/7 3136/15 3142/1 3142/18 3144/21 3145/9 3145/13 3145/21 3158/14 3161/22 3162/1 3164/21 3168/15 3168/16 3170/20 3177/2 3181/13 3182/14 3182/18 3182/25 3183/5 3184/10 3184/16 3185/1 3185/6 3185/17 3187/3

**reminder [1]** 3088/9

**remove [2]** 3075/21 3112/6

**renamed [1]** 3120/13

**repeat [2]** 3146/22 3192/2

**rephrase [1]** 3186/18

**replied [1]** 3070/17

**report [5]** 3049/4 3089/14 3090/25

**reporter [6]** 3040/16 3040/17 3040/17 3040/18 3092/4 3191/18

**reports [1]** 3070/17

**represent [4]** 3088/25 3104/9 3148/13 3160/6

**represented [5]** 3108/3 3116/15 3116/17 3116/24 3137/6

**representing [1]** 3136/18

**represents [3]** 3119/11

**reproduction [1]** 3148/13

**request [1]** 3045/10

**requested [1]** 3164/17

**requests [3]** 3068/16 3163/15 3186/24

**require [1]** 3116/16

**required [2]** 3138/2 3187/23

**requires [1]** 3055/13

**resistant [1]** 3062/21

**resolution [3]** 3174/23 3175/9 3186/23

**resolve [3]** 3139/22 3184/1 3184/23

**resolved [3]** 3082/22 3152/15 3184/13

**respect [3]** 3047/3 3055/6 3106/13

**responding [3]** 3047/13 3047/15 3171/15

**responds [4]** 3046/10 3048/10 3050/20 3054/1

**response [4]** 3044/8 3130/5 3168/14 3170/2

**responses [1]** 3050/18

**responsibilities [8]** 3089/15 3090/3 3090/6 3090/14 3118/20 3141/9 3141/10 3142/1

**responsibility [3]** 3062/20 3090/11 3091/25

**responsible [9]** 3091/6 3091/11 3091/17 3091/19 3118/21 3121/5 3141/20 3142/11 3144/16

**rest [3]** 3138/16 3138/23 3189/10

**restrict [1]** 3043/20

**restricted [4]** 3060/6 3060/8 3067/22 3126/12

**restriction [1]** 3044/5

**restrictions [3]** 3117/1 3124/20 3192/11

**restructured [1]** 3115/17

**result [1]** 3131/19

**results [14]** 3043/12 3043/25 3044/7

**3078/9** 3106/13

**3106/20** 3107/15

**3108/24** 3110/7 3110/9

**3110/10** 3177/1

**resume [4]** 3080/5 3152/5 3189/18 3189/19

**RESUMED [1]** 3043/3

**retailer [1]** 3141/1

**return [2]** 3056/8 3151/18

**returning [1]** 3078/9

**returns [3]** 3051/17 3078/21 3101/12

**rev [6]** 3053/12 3053/19 3053/24 3062/24 3135/15 3192/14

**rev share [6]** 3053/12 3053/19 3053/24 3062/24 3135/15 3192/14

**revenue [26]** 3044/17 3044/18 3054/9 3077/24 3078/23 3099/25 3100/17 3100/22 3100/24 3101/3 3101/16 3101/18 3101/20 3101/21 3101/23 3102/5 3110/19 3110/23 3111/13 3111/14 3111/18 3111/21 3112/3 3134/12 3134/15 3138/9

**revenues [1]** 3078/24

**reverse [1]** 3173/14

**review [17]** 3051/23 3052/7 3064/21 3065/2 3065/10 3065/17 3066/5 3066/10 3066/12 3066/19 3067/14 3086/16 3086/25 3139/19 3139/19 3146/20 3147/21

**reviewed [3]** 3048/21 3050/14 3117/17

**reviews [6]** 3064/13 3064/15 3064/17 3068/12 3074/10 3075/3

**revision [1]** 3057/9

**revisit [1]** 3192/23

**revisiting [1]** 3169/16

**right [80]** 3042/12 3042/14 3044/20 3046/11 3047/10 3050/15 3050/16 3052/15 3053/8 3053/17 3054/18 3056/21 3062/12 3063/2 3065/12 3069/7 3069/19 3077/16 3079/10 3080/4 3080/10 3080/13

**3087/13** 3087/17

**3087/22** 3099/13

**3101/10** 3102/19

**3102/25** 3103/8

**3103/24** 3104/3 3104/7

**3104/19** 3105/13

**3107/1** 3108/8 3110/21

**3111/1** 3119/7 3122/18

**3123/8** 3124/6 3124/21

**3126/19** 3127/4

**3128/24** 3132/12

**3133/12** 3133/14

**3135/12** 3136/5 3138/6

**3139/7** 3139/19 3143/5

**3148/5** 3149/23 3151/2

**3151/11** 3152/3

**3152/14** 3153/10

**3156/4** 3160/19

**3163/19** 3165/4

**3177/21** 3179/10

**3179/22** 3180/24

**3181/5** 3181/12

**3182/17** 3185/10

**3189/4** 3189/14

**3190/10**

**right-hand [3]** 3128/24 3165/4 3185/10

**rightly [1]** 3086/11

**rise [4]** 3042/2 3080/7 3152/9 3193/13

**rising [2]** 3166/14 3166/23

**risk [3]** 3077/23 3079/1 3111/3

**risks [1]** 3112/6

**RMF [1]** 3163/8

**RMR [2]** 3194/2 3194/8

**road [1]** 3054/5

**roadmap [2]** 3047/17 3048/15

**ROI [4]** 3149/12 3151/14 3151/17 3151/22

**role [13]** 3089/15 3089/20 3091/1 3091/13 3091/16 3091/22 3092/9 3092/12 3121/3 3142/4 3146/20 3146/21 3180/8

**roles [2]** 3090/14 3140/18

**room [2]** 3138/5 3150/25

**ROPES [1]** 3040/7

**ropesgray.com [1]** 3040/10

**rough [1]** 3098/5

**roughly [5]** 3105/12 3105/25 3115/12 3115/13 3182/12

**row [3]** 3122/19 3163/10 3185/6

**rows [1]** 3122/18

**RPM [14]** 3100/24 3100/25 3101/2 3101/7 3130/20 3130/23

Case 1:20-cv-03010-APM Document 950 Filed 05/30/24 Page 180 of 188

**RPM...** [8] 3131/3
3131/14 3131/24
3131/24 3132/5
3132/10 3133/15
3134/6
**RPS** [6] 3100/20
3100/21 3100/25
3101/2 3101/6 3101/13
**rub** [1] 3063/2
**Rubicon** [1] 3077/8
**rule** [2] 3047/2 3047/7
**run** [5] 3093/7 3093/10
3112/12 3137/11
3177/15
**running** [1] 3169/15

**S**

**SA** [1] 3187/17
**SA360** [29] 3144/7
3145/23 3154/22
3156/11 3157/7
3157/22 3158/2 3158/5
3158/8 3158/19
3159/12 3159/17
3159/19 3164/18
3166/5 3168/1 3175/11
3178/22 3182/20
3183/8 3184/1 3184/8
3184/15 3184/23
3185/13 3185/15
3186/12 3186/25
3187/18
**sacred** [1] 3071/10
**Safari** [4] 3108/17
3112/21 3112/24
3113/14
**safe** [1] 3076/22
**said** [55] 3048/19
3048/25 3051/21
3051/25 3054/12
3056/3 3059/3 3066/5
3066/12 3067/14
3069/22 3070/20
3080/1 3080/4 3086/2
3086/11 3097/1 3106/2
3106/25 3107/3
3107/15 3107/20
3115/3 3115/7 3115/12
3126/12 3126/22
3135/4 3136/21 3137/4
3144/10 3153/18
3164/10 3166/22
3177/7 3181/14
3181/19 3181/22
3183/2 3183/7 3183/21
3183/24 3183/25
3184/21 3185/15
3186/7 3187/1 3187/8
3187/24 3187/24
3188/3 3188/6 3188/18
3188/18 3190/12
**sale** [1] 3150/2
**Sallet** [15] 3039/11
3042/9 3081/1 3082/3
3082/10 3084/15
3085/23 3086/17
3139/13 3139/22
3172/1 3186/18 3190/4
**Sallet's** [1] 3083/20
**same** [12] 3048/10
3054/2 3095/22
3098/18 3101/1
3119/15 3124/17
3149/12 3151/14
3151/21 3175/15
3186/2
**Samsung** [37] 3043/20
3044/1 3044/14
3044/18 3045/3
3045/12 3045/17
3046/10 3047/13
3047/16 3047/18
3047/22 3047/24
3048/10 3048/16
3048/17 3049/11
3049/14 3049/22
3060/5 3060/7 3060/13
3060/15 3060/22
3071/3 3071/13
3071/14 3071/14
3072/15 3072/20
3073/5 3078/2 3078/3
3104/8 3104/8 3104/15
3192/2
**Samsung's** [3]
3046/20 3046/22
3047/4
**satisfaction** [1] 3079/1
**Satya** [6] 3166/14
3166/18 3166/19
3173/2 3173/3 3174/2
**save** [1] 3112/25
**saw** [6] 3049/15
3062/10 3072/24
3137/17 3149/11
3149/24
**say** [66] 3046/12
3048/1 3048/4 3054/11
3055/16 3055/22
3056/19 3057/3 3059/1
3059/15 3062/17
3070/4 3078/14
3086/15 3093/8 3095/3
3097/7 3097/8 3098/14
3098/20 3098/21
3100/25 3100/25
3103/24 3104/12
3105/15 3105/24
3107/9 3109/9 3109/13
3110/22 3111/6 3113/2
3115/2 3115/4 3116/5
3117/1 3121/10
3126/20 3128/20
3130/3 3131/21 3132/3
3135/17 3136/12
3141/10 3143/10
3143/13 3143/20
3144/15 3148/11
3158/3 3159/14
3166/12 3167/20
3168/7 3172/14
3172/17 3172/23
3173/1 3180/10
3180/14 3180/25
**say so** [1] 3059/1
**saying** [6] 3045/21
3064/11 3127/24
3162/16 3180/17
3182/1
**says** [25] 3047/16
3048/12 3049/1
3051/12 3054/2 3067/8
3067/18 3096/25
3122/19 3125/2
3131/18 3157/7
3157/12 3158/17
3161/9 3168/4 3171/13
3171/18 3171/23
3173/10 3173/17
3177/25 3180/12
3185/7 3187/21
**scale** [35] 3072/18
3099/5 3099/7 3099/9
3099/15 3099/16
3099/19 3099/23
3099/24 3099/25
3100/1 3100/2 3100/3
3100/8 3100/9 3100/10
3101/10 3101/12
3102/8 3102/15
3104/25 3109/22
3110/6 3110/11
3110/18 3110/19
3131/11 3132/17
3133/14 3133/15
3176/22 3177/1 3177/5
3179/2 3180/7
**scale-up** [1] 3072/18
**scaled** [1] 3074/14
**scene** [1] 3123/10
**scheme** [1] 3078/23
**Schmidtlein** [2] 3040/2
3042/11
**science** [1] 3133/21
**scope** [6] 3049/17
3057/9 3072/21
3073/23 3074/3 3086/6
**screen** [23] 3047/11
3053/10 3065/20
3067/6 3069/17
3094/20 3097/3
3102/20 3107/19
3117/20 3118/3
3122/14 3122/15
3122/18 3122/18
3123/9 3123/12
3123/20 3124/12
3125/25 3127/11
3133/2 3152/23
**screens** [1] 3118/10
**scroll** [1] 3124/14
**search** [181]
**search-related** [2]
3090/6 3090/14
**searches** [5] 3076/14
3097/16 3100/24
3103/19 3109/18
**searching** [2] 3108/17
3108/18
**seated** [1] 3152/13
**second** [30] 3044/15
3077/21 3083/23
3085/11 3093/15
3094/21 3096/25
3097/24 3102/3 3102/3
3109/3 3110/17
3111/24 3111/25
3122/19 3126/4
3130/24 3131/12
3131/17 3136/10
3141/15 3157/6 3161/9
3166/12 3171/7 3175/6
3176/14 3188/22
**second-order** [2]
3131/12 3136/10
**section** [7] 3039/12
3065/24 3132/17
3132/22 3133/11
3133/13 3174/21
**Section 6.2.2** [1]
3174/21
**secure** [6] 3104/23
3111/10 3111/18
3111/21 3137/16
3138/2
**security** [1] 3059/21
**see** [95] 3045/5
3046/15 3047/11
3051/19 3053/23
3058/1 3063/6 3065/13
3066/20 3067/4 3067/8
3070/5 3075/4 3078/18
3081/7 3082/2 3085/1
3087/6 3099/20
3100/21 3101/12
3106/7 3106/8 3107/15
3108/21 3108/23
3109/4 3109/5 3109/18
3109/19 3118/3 3122/8
3122/14 3122/14
3122/17 3122/17
3123/7 3123/19
3124/15 3127/6
3127/15 3127/18
3128/17 3129/1 3129/4
3129/13 3129/22
3130/21 3132/17
3139/10 3143/14
3148/15 3148/18
3148/21 3149/6
3149/13 3151/12
3154/18 3154/23
3155/8 3156/9 3156/12
3157/5 3157/9 3157/11
3157/15 3157/16
3157/24 3159/20
3161/18 3162/4 3162/9
3163/1 3163/13 3165/4
3166/10 3166/16
3169/1 3169/19
3170/16 3170/23
3171/9 3173/12
3174/19 3175/3 3175/6
3175/10 3175/21
3176/5 3176/6 3176/18
3187/22 3188/9 3189/5
3193/12
**seeing** [2] 3056/2
**seeking** [1] 3186/13
**seem** [1] 3066/3
**seems** [1] 3078/6
**seen** [2] 3169/25
3191/3
**sees** [1] 3149/22
**selling** [2] 3097/6
3104/8
**SEM** [3] 3146/11
3147/1 3179/3
**sen** [1] 3173/24
**send** [2] 3050/18
3129/6
**sender** [4] 3171/14
3171/17 3171/18
3171/24
**sending** [1] 3045/11
**senior** [10] 3045/11
3048/18 3071/8
3081/20 3083/10
3091/19 3092/1 3121/8
3173/24 3174/1
**sense** [8] 3057/4
3057/11 3080/16
3111/6 3134/12
3136/14 3167/18
3183/25
**sensitive** [4] 3191/23
3192/17 3192/25
3193/3
**sensitivity** [1] 3193/5
**sent** [13] 3070/25
3128/4 3128/14
3129/22 3154/11
3154/15 3158/13
3166/2 3169/25
3171/25 3172/2
3172/11 3172/11
**sentence** [30] 3130/20
3131/18 3149/2 3149/8
3151/12 3154/18
3155/24 3155/25
3156/7 3157/5 3157/12
3157/12 3157/21
3157/21 3159/11
3159/15 3161/9
3161/16 3166/8 3168/4
3168/6 3168/8 3168/11
3171/5 3171/11
3173/15 3174/9
3175/6 3175/25
3176/14
**sentences** [5] 3051/14
3113/25 3148/24
3155/9 3180/3
**September** [6] 3038/5
3121/18 3148/15
3150/6 3151/9 3194/7
**September-ish** [1]
3121/18
**sequence** [1] 3070/24
**series** [4] 3045/2
3052/19 3053/5
3129/18
**service** [1] 3063/5
**services** [7] 3116/10
3116/14 3119/9

**services... [4]** 3119/12
3120/10 3176/4
3177/18
**session [31]** 3038/7
3042/3 3080/17
3080/21 3080/23
3081/16 3081/18
3081/19 3081/24
3082/16 3082/23
3083/19 3083/25
3084/14 3084/16
3084/18 3085/2
3086/10 3086/12
3086/17 3086/19
3127/8 3135/23
3138/19 3139/6
3189/23 3190/5 3191/5
3191/6 3192/21 3193/9
**sessions [2]** 3073/10
3191/2
**set [29]** 3083/12
3095/21 3096/9
3096/14 3097/12
3105/1 3105/8 3105/9
3106/20 3107/25
3108/23 3113/14
3114/3 3114/21
3116/16 3117/6
3117/10 3122/13
3122/16 3122/21
3122/25 3123/1 3134/7
3144/5 3149/3 3157/13
3170/9 3180/3 3183/19
**setting [4]** 3095/12
3105/5 3112/20 3127/1
**settings [3]** 3103/9
3107/5 3108/1
**settlement [2]** 3142/15
3174/21
**several [3]** 3052/8
3155/9 3187/11
**share [24]** 3044/18
3053/12 3053/19
3053/24 3054/9
3059/11 3062/24
3077/2 3090/25
3097/22 3098/4
3098/19 3098/20
3098/22 3098/22
3134/13 3134/15
3135/15 3138/12
3177/9 3178/7 3180/20
3181/25 3192/14
**shared [4]** 3118/19
3157/7 3180/12
3182/15
**sharing [12]** 3044/17
3051/18 3055/9
3055/16 3059/8
3159/12 3159/19
3159/21 3165/5 3165/8
3165/11 3185/11
**she [4]** 3145/9 3145/10
3145/11 3145/24
**shift [5]** 3075/16
3075/23 3075/25
3076/15 3108/17
**shifting [1]** 3106/5
**ship [1]** 3106/8
3111/3
**shipped [3]** 3120/20
3122/9 3164/15
**shipping [1]** 3120/18
**Shirley [7]** 3145/19
3145/20 3145/21
3154/7 3159/1 3159/1
3159/4
**shook [1]** 3121/19
**short [5]** 3106/22
3106/24 3108/6
3137/11 3137/12
**short-term [2]** 3106/24
3108/6
**shortly [1]** 3169/22
**should [24]** 3044/25
3047/10 3052/16
3054/5 3080/5 3109/7
3118/3 3143/11
3154/25 3155/3 3164/4
3167/4 3167/7 3167/10
3167/12 3167/14
3167/15 3167/15
3173/15 3180/20
3181/24 3182/13
3183/2 3190/20
**show [13]** 3044/12
3046/20 3046/22
3069/11 3076/12
3076/17 3107/8
3107/19 3147/22
3152/23 3160/5
3165/13 3174/5
**showed [1]** 3069/17
**showing [2]** 3127/7
3169/24
**shown [5]** 3068/25
3074/9 3074/10
3137/20 3171/16
**shows [2]** 3155/4
3155/7
**sic [2]** 3142/9 3169/17
**side [10]** 3049/2
3115/14 3141/23
3162/24 3165/4 3183/1
3185/7 3185/10 3187/7
3190/24
**sides [2]** 3046/25
3047/1 3079/13
3141/20 3184/21
**sideshow [1]** 3084/24
**sign [9]** 3120/5 3120/7
3120/8 3120/11
3120/21 3120/23
3121/1 3121/21
3184/12
**signals [1]** 3149/4
**signature [1]** 3184/11
**signed [5]** 3117/3
3120/12 3120/12
3124/20 3184/24
**significant [5]** 3077/22
3108/16 3111/1
3137/20 3143/7
**significantly [1]**
3074/17
**similar [4]** 3094/9
**150/7**
**simple [2]** 3049/20
3058/19
**simpler [1]** 3060/24
**simplistically [1]**
3094/17
**simply [2]** 3051/25
3151/2
**since [5]** 3057/23
3086/15 3090/7
3115/15 3133/2
**single [3]** 3095/17
3095/21 3157/13
**sir [58]** 3044/7 3044/13
3045/2 3045/8 3045/24
3046/2 3047/11
3047/22 3047/24
3047/25 3048/4
3048/16 3048/19
3048/24 3049/19
3051/3 3051/8 3051/25
3052/16 3053/14
3054/11 3055/5 3056/9
3056/18 3056/23
3057/11 3057/25
3058/6 3058/17
3058/19 3060/4
3060/12 3060/15
3061/15 3062/3
3062/11 3063/1 3063/6
3064/1 3064/6 3065/8
3065/10 3065/20
3066/12 3066/18
3068/19 3088/20
3147/6 3148/6 3152/8
3152/16 3153/5 3153/9
3154/13 3155/16
3155/21 3186/17
3190/16
**Siri [14]** 3105/18
3106/3 3106/13
3106/16 3106/21
3107/13 3108/6 3108/7
3108/18 3108/24
3109/2 3109/10
3109/15 3112/19
**sit [3]** 3087/16
**site [1]** 3064/21
**sits [1]** 3116/10
**situation [2]** 3061/8
3111/12
**six [2]** 3053/20 3058/9
**size [2]** 3135/7 3177/16
**skip [1]** 3157/12
**Skipping [1]** 3051/14
**Skyhook [1]** 3117/14
**slides [1]** 3071/1
**slightly [2]** 3075/19
3120/25
**slogan [1]** 3119/5
**slow [1]** 3092/4
**slowly [2]** 3112/13
3185/17
**small [6]** 3049/9
3078/23 3096/24
3098/15 3106/6 3106/7
**smaller [1]** 3094/21
**150/7**
3102/20 3109/22
3110/11 3110/18
3110/19 3177/9 3178/3
3179/19 3180/7
**smart [2]** 3067/11
3149/2
**Smith [2]** 3173/6
3174/17
**snippets [1]** 3056/20
**so [220]**
**so I think [5]** 3103/17
3117/15 3131/14
3167/20 3182/17
**so it's [5]** 3082/20
3088/9 3098/10
3177/21 3189/17
**soft [1]** 3086/2
**soft-spoken [1]** 3086/2
**software [1]** 3156/20
**sold [1]** 3116/5
**solely [1]** 3078/20
**solution [2]** 3047/17
3055/15
**solution/roadmap [1]**
3047/17
**solutions [1]** 3047/19
**solve [1]** 3059/9
**some [90]** 3043/11
3044/17 3045/3 3050/4
3050/11 3053/9
3053/10 3053/19
3057/20 3059/23
3061/10 3062/19
3062/20 3063/6
3063/14 3064/2
3064/13 3068/12
3068/19 3071/4
3071/24 3072/4 3072/5
3074/10 3079/15
3079/19 3079/23
3080/1 3081/6 3085/19
3086/4 3087/9 3090/9
3091/20 3091/21
3091/21 3094/5 3097/4
3098/3 3099/23
3102/19 3103/22
3104/3 3109/12
3112/12 3112/17
3115/9 3116/18 3117/6
3117/6 3117/13
3118/18 3120/13
3122/9 3122/10 3124/5
3126/7 3127/24 3128/5
3134/23 3134/25
3135/16 3137/24
3138/20 3139/18
3140/2 3143/7 3145/2
3145/11 3145/12
3146/17 3147/4
3156/21 3160/3
3162/16 3162/18
3164/11 3164/15
3170/9 3179/16
3181/13 3181/17
3182/8 3182/16
3187/23 3188/1 3189/9
3189/11 3191/9
**somebody [5]** 3087/8
3109/4 3144/22
3149/24 3158/16
**somehow [1]** 3071/23
**someone [3]** 3046/9
3149/21 3149/22
**something [24]**
3061/13 3062/1 3069/3
3078/5 3078/16
3087/23 3093/12
3099/9 3116/8 3117/14
3120/11 3120/12
3120/12 3123/8
3124/13 3134/15
3135/1 3139/11 3145/3
3161/25 3164/22
3179/8 3186/1 3188/16
**sometimes [4]** 3061/19
3063/2 3100/20
3143/10
**somewhere [3]** 3072/1
3105/16 3125/24
**sorry [40]** 3052/23
3054/4 3056/9 3077/14
3083/1 3085/22 3092/3
3092/3 3093/8 3096/3
3107/3 3127/13
3127/14 3128/20
3131/25 3132/2
3132/25 3141/14
3147/23 3147/25
3148/5 3150/14 3153/3
3153/10 3153/12
3153/23 3154/12
3154/20 3155/15
3155/19 3158/3 3158/6
3159/14 3160/10
3160/16 3165/15
3168/7 3168/16 3176/8
3178/11
**sort [64]** 3056/19
3063/19 3070/13
3071/4 3083/12
3084/24 3088/2
3094/19 3095/7
3097/19 3098/12
3098/13 3099/18
3101/19 3101/24
3102/3 3103/10
3103/12 3103/23
3104/10 3104/11
3104/22 3106/9
3108/14 3110/22
3110/23 3111/1 3111/3
3111/6 3116/9 3118/17
3118/18 3119/10
3121/5 3121/19
3124/11 3124/15
3124/17 3125/8
3126/23 3126/24
3133/10 3133/20
3133/21 3135/2
3135/15 3136/13
3138/2 3138/7 3138/12
3138/13 3138/20
3138/22 3141/18
3142/3 3142/6 3149/23

**sort... [7]** 3156/23
3159/5 3167/21 3174/2
3179/14 3184/18
3187/24

**sorts [1]** 3073/10

**sound [1]** 3084/19

**source [6]** 3051/20
3058/1 3116/3 3116/8
3157/23 3159/18

**space [2]** 3065/24
3067/12

**speak [2]** 3086/10
3088/12

**speaking [2]** 3090/19
3140/10

**specific [20]** 3062/2
3062/9 3064/22
3081/23 3097/19
3111/16 3127/24
3132/14 3135/14
3142/25 3161/17
3161/22 3162/1
3170/20 3178/19
3179/1 3180/3 3180/4
3181/5 3187/3

**specifically [3]**
3066/16 3099/24
3168/12

**specificity [1]** 3188/15

**specifics [1]** 3114/20

**speculation [1]** 3170/8

**spell [2]** 3088/21
3175/14

**spend [3]** 3109/8
3127/2 3156/21

**spent [3]** 3135/3
3146/14 3149/21

**spilled [1]** 3184/17

**spirit [2]** 3158/11
3167/23

**split [1]** 3184/4

**spoken [1]** 3086/2

**sponsor [4]** 3141/22
3142/3 3142/12 3145/4

**sponsored [1]** 3121/8

**sponsors [1]** 3141/20

**spot [2]** 3111/15
3113/3

**Spotlight [16]** 3054/24
3055/1 3105/22 3106/4
3106/13 3106/16
3106/21 3107/13
3108/6 3108/7 3108/18
3108/24 3109/2
3109/10 3109/15
3112/19

**spring [2]** 3121/16
3121/16

**stand [3]** 3043/3
3071/4 3087/14

**standard [5]** 3063/4
3183/19 3183/20
3183/21 3183/24

**standpoint [1]** 3126/8

**stands [4]** 3080/7
3120/16 3152/10
3193/14

**start [5]** 3042/13
3075/21 3112/17
3148/7 3189/8

**started [9]** 3072/19
3076/12 3085/9 3087/5
3087/24 3089/12
3090/7 3092/22
3139/12

**starting [4]** 3072/15
3097/20 3106/7 3106/8

**starts [6]** 3065/19
3130/16 3132/17
3149/8 3174/12
3174/20

**state [7]** 3039/11
3046/20 3046/22
3047/4 3080/24
3080/25 3088/20

**stated [2]** 3054/13
3077/19

**statement [1]** 3058/24

**statements [5]** 3080/2
3086/21 3135/4 3135/5
3161/5

**STATES [26]** 3038/1
3038/3 3038/10 3042/6
3042/10 3046/21
3056/13 3080/12
3086/23 3088/25
3097/7 3104/7 3104/13
3105/3 3105/11
3113/17 3114/8
3114/12 3116/5 3116/7
3121/1 3138/10
3138/15 3138/21
3139/8 3139/12

**States' [1]** 3148/12

**status [2]** 3085/25
3166/8

**staying [1]** 3076/22

**steeper [1]** 3131/13

**stenography [1]**
3040/21

**step [1]** 3190/18

**stepped [1]** 3081/2

**steps [1]** 3120/3

**steward [1]** 3059/16

**still [11]** 3050/3 3071/2
3097/17 3097/20
3098/19 3105/25
3137/8 3138/16
3142/10 3176/21
3189/19

**stopped [2]** 3108/5
3184/23

**storage [6]** 3183/10
3183/12 3184/3 3184/6
3184/9 3184/24

**store [10]** 3093/23
3116/11 3116/11
3116/22 3119/18
3119/22 3120/1 3120/1
3120/4 3182/23

**stored [1]** 3183/13

**storing [1]** 3059/20

**strategic [5]** 3089/23
3090/1 3100/13

**strategically [2]**
3102/2 3137/2

**strategies [4]** 3062/11
3091/23 3156/7 3192/6

**strategy [20]** 3059/23
3059/25 3060/7
3060/16 3061/22
3062/8 3075/10
3080/19 3089/19
3089/21 3091/24
3092/1 3092/11
3092/13 3118/20
3188/7 3189/11
3190/25 3191/1
3192/16

**streamline [1]** 3190/2

**Street [3]** 3039/3
3039/7 3040/8

**strict [2]** 3079/17
3080/1

**strike [1]** 3178/11

**strong [4]** 3054/21
3110/6 3110/8 3176/25

**stronger [1]** 3098/24

**strongly [1]** 3167/14

**structure [3]** 3113/15
3135/14 3136/25

**structures [1]** 3112/5

**struggling [2]** 3066/8
3075/5

**stuff [1]** 3078/18

**Stylist [1]** 3067/3

**subject [5]** 3043/24
3071/10 3155/11
3166/5 3175/11

**substance [2]** 3150/23
3150/24

**success [4]** 3105/7
3106/8 3106/9 3148/11

**successful [9]** 3105/6
3106/11 3114/6
3114/10 3115/25
3119/20 3119/22
3125/19 3150/2

**successfully [2]**
3105/8 3109/23

**such [4]** 3047/19
3155/7 3164/11 3190/7

**sufficiently [1]** 3186/8

**suggested [7]** 3065/23
3066/17 3067/9
3067/18 3067/19
3068/21 3074/24

**suggesting [1]**
3067/17

**suggestions [3]**
3066/2 3067/11
3078/10

**suite [4]** 3039/8
3039/15 3039/19
3119/23

**summer [3]** 3121/17
3184/14 3184/17

**supervisory [1]**
3091/21

**support [18]** 3090/4
3090/18 3116/15

**strategically [2]**
3175/12 3176/2
3178/23 3179/12
3179/13 3183/9 3184/2
3184/7 3185/16
3186/12 3186/24
3188/12

**supported [5]** 3144/7
3158/2 3158/5 3185/19
3185/20

**supporting [7]** 3158/9
3177/20 3178/15
3178/21 3179/4
3187/17 3187/17

**supportive [2]** 3063/3
3137/17

**supports [1]** 3093/25

**supposed [1]** 3153/7

**sure [40]** 3042/19
3047/8 3052/11
3062/23 3066/17
3066/24 3067/22
3078/12 3082/9
3085/12 3088/13
3089/7 3094/5 3096/4
3102/9 3102/11 3113/1
3130/10 3133/1 3133/3
3133/4 3133/8 3133/10
3136/4 3137/21 3140/4
3144/1 3152/18 3155/6
3158/15 3159/15
3164/8 3170/14
3171/14 3179/25
3186/20 3187/6
3188/23 3190/22
3191/5

**Surface [1]** 3097/2

**surprise [1]** 3074/21

**suspicion [1]** 3167/18

**SW [1]** 3040/3

**swipe [1]** 3123/8

**switch [5]** 3107/20
3126/14 3126/15
3129/17 3129/20

**switched [1]** 3138/21

**SWORN [2]** 3043/3
3088/17

**system [5]** 3067/9
3093/25 3118/23
3119/3 3151/7

**T**

**T's [1]** 3078/23

**T-i-n-t-e-r [1]** 3088/23

**T-Mobile [1]** 3079/3

**tab [3]** 3127/15 3155/1
3168/22

**table [2]** 3140/16
3188/9

**tag [1]** 3157/8

**tags [1]** 3157/13

**take [29]** 3052/15
3062/19 3083/23
3084/5 3084/17 3087/7
3087/9 3087/14
3095/13 3096/12
3115/14 3117/11
3120/3 3121/9 3129/8

3175/12 3176/2
3147/11 3148/1
3149/23 3152/1 3152/3
3152/4 3153/10
3168/25 3188/9 3189/5
3190/15 3193/7

**taken [2]** 3136/25
3138/21

**takes [2]** 3065/24
3067/12

**talk [15]** 3049/3
3064/23 3088/2
3088/14 3094/17
3099/2 3104/17 3112/5
3136/3 3146/13
3181/17 3183/3 3183/5
3190/17 3192/13

**talked [22]** 3044/3
3044/13 3048/18
3049/4 3059/2 3073/3
3096/19 3098/9
3098/13 3099/22
3101/9 3102/12 3110/5
3111/24 3146/18
3159/6 3164/14
3176/25 3181/13
3181/14 3183/2 3192/3

**talking [15]** 3052/6
3052/11 3057/16
3057/25 3058/9
3109/13 3116/25
3118/11 3127/3
3137/18 3139/17
3164/1 3167/10
3182/11 3187/21

**talks [1]** 3053/14

**Tareq [1]** 3169/7

**task [2]** 3094/4
3096/19

**team [36]** 3051/23
3062/19 3075/5
3083/20 3087/8
3089/18 3090/1 3091/5
3091/6 3091/7 3091/17
3092/1 3092/13
3099/14 3121/6 3142/6
3142/7 3142/12
3144/22 3145/10
3145/11 3145/14
3146/14 3166/13
3166/25 3167/13
3170/22 3173/25
3174/1 3180/14
3180/17 3180/19
3181/15 3181/15
3181/18 3181/19

**teams [5]** 3181/8
3183/2 3183/3 3183/4
3184/14

**tech [1]** 3065/4

**technically [1]** 3121/20

**technology [12]**
3043/17 3043/22
3049/12 3049/23
3050/12 3055/6
3065/15 3067/15
3074/11 3076/18
3090/21 3098/18

3220

**T**

tell [10] 3043/23
3047/1 3061/7 3070/19
3087/25 3118/18
3140/12 3156/4 3163/4
3192/8
telling [2] 3153/6
3187/7
Temperatures [2]
3166/13 3166/23
ten [1] 3141/6
tend [11] 3094/16
3094/23 3095/10
3095/18 3099/16
3099/17 3100/5
3100/24 3102/18
3103/3 3103/25
tended [3] 3101/15
3102/5 3145/5
tends [5] 3090/18
3094/22 3149/22
3156/20 3156/23
term [16] 3094/7
3094/25 3100/17
3106/12 3106/14
3106/22 3106/23
3106/24 3108/6 3108/7
3124/8 3137/12
3142/20 3145/22
3156/14 3163/18
terms [26] 3043/24
3046/7 3052/6 3053/11
3053/13 3053/15
3053/19 3053/23
3053/24 3054/3 3054/9
3054/9 3054/21
3062/13 3062/24
3081/10 3087/6
3100/12 3102/20
3110/20 3112/8 3137/9
3183/19 3183/20
3183/21 3183/24
terribly [1] 3065/25
Terrific [2] 3085/3
3153/2
test [6] 3108/14 3165/5
3165/8 3165/11
3169/16 3185/11
tested [1] 3156/22
testified [6] 3043/3
3050/11 3056/18
3068/14 3147/4 3177/3
testimony [10]
3044/21 3058/4 3068/5
3069/21 3079/10
3079/20 3079/22
3081/13 3152/7
3190/14
testing [2] 3067/11
3149/9
text [4] 3070/18
3163/10 3163/11
3185/6
than [22] 3068/19
3076/7 3079/21
3098/17 3098/21
3099/6 3102/18
3109/19 3110/19

3113/24 3117/10
3121/1 3133/11 3142/5
3176/2 3177/9 3178/5
3189/16 3189/24
3189/25
thank [42] 3042/13
3068/7 3069/20 3072/7
3074/8 3076/20
3076/21 3076/23
3076/24 3079/7 3079/8
3085/24 3087/12
3087/15 3087/19
3092/5 3095/24 3127/4
3133/7 3139/3 3144/9
3147/17 3151/24
3152/7 3152/12 3153/2
3157/4 3159/10
3161/14 3162/3
3162/22 3164/8 3168/3
3174/3 3175/5 3182/2
3184/25 3188/20
3189/3 3190/16
3193/11 3193/12
thank you [35]
3042/13 3069/20
3072/7 3074/8 3076/20
3076/21 3076/24
3079/7 3085/24
3087/12 3087/15
3087/19 3092/5
3095/24 3127/4 3133/7
3139/3 3144/9 3147/17
3151/24 3152/7 3153/2
3157/4 3159/10
3161/14 3162/3
3162/22 3164/8 3168/3
3174/3 3175/5 3184/25
3189/3 3193/11
3193/12
Thank you very much
[2] 3182/2 3188/20
thanks [3] 3051/12
3054/2 3080/6
that [763]
that'll [2] 3081/2
3153/10
that's [80] 3044/20
3045/8 3046/11
3047/15 3047/22
3047/24 3048/4 3048/9
3048/16 3048/19
3049/1 3050/3 3050/15
3050/16 3051/21
3052/14 3053/8 3054/7
3054/11 3054/18
3055/11 3055/14
3065/2 3065/12
3065/16 3065/19
3065/20 3066/5
3066/12 3067/14
3067/22 3068/14
3068/23 3069/3 3087/2
3088/14 3093/18
3094/23 3101/19
3102/19 3103/1 3103/4
3106/5 3106/17 3107/1
3111/14 3113/5 3116/4

3118/22 3120/6
3122/15 3139/11
3142/15 3146/7 3150/3
3153/15 3153/16
3153/25 3154/8
3156/24 3160/10
3160/19 3160/20
3163/7 3163/7 3163/8
3164/5 3165/13
3165/18 3168/23
3170/5 3171/25
3172/11 3179/23
3180/5 3181/17 3191/1
3191/4
their [29] 3044/2
3055/19 3055/19
3059/25 3060/15
3061/8 3063/16
3068/16 3068/22
3073/13 3085/20
3099/1 3105/18
3108/18 3114/24
3115/18 3137/4
3138/25 3139/1
3156/11 3157/8 3157/8
3162/1 3171/7 3173/10
3173/20 3178/23
3191/9 3192/5
them [34] 3048/2
3052/11 3061/11
3062/13 3063/24
3068/15 3072/5 3074/9
3076/13 3079/2 3079/4
3081/24 3083/12
3086/19 3087/10
3098/17 3100/6
3102/21 3103/21
3104/1 3107/9 3107/19
3107/20 3113/6
3116/25 3124/2 3127/8
3129/19 3129/22
3138/25 3143/9 3147/7
3183/24 3192/23
themselves [1]
3062/17
then [80] 3044/11
3046/23 3048/10
3050/17 3050/20
3054/1 3055/25 3061/7
3067/20 3073/16
3073/25 3077/25
3079/24 3081/10
3081/18 3081/20
3082/22 3082/25
3083/24 3084/17
3087/9 3089/24 3093/2
3098/2 3098/5 3099/25
3103/10 3104/5
3105/25 3107/11
3107/21 3107/21
3108/12 3115/19
3118/13 3120/19
3120/22 3121/7
3121/16 3123/7 3124/5
3124/13 3124/13
3124/14 3131/8
3131/10 3131/12

3133/17 3135/13
3135/22 3136/9 3140/2
3142/5 3147/10 3149/8
3149/24 3152/5
3156/22 3157/11
3166/12 3170/25
3176/8 3176/13
3178/10 3179/14
3181/24 3182/16
3183/7 3183/9 3183/12
3184/4 3184/14
3184/16 3184/23
3188/4 3189/14 3190/9
3191/1
theoretically [1]
3179/17
theories [1] 3106/22
theory [4] 3106/24
3125/11 3133/11
3133/23
there [132] 3042/19
3043/11 3045/19
3045/23 3046/12
3046/18 3047/16
3049/22 3051/12
3052/22 3055/21
3058/15 3061/12
3062/1 3062/2 3064/13
3064/15 3064/16
3066/17 3067/1 3067/7
3069/22 3070/3
3071/24 3072/4 3073/4
3073/5 3073/8 3073/11
3079/10 3081/3 3081/6
3082/25 3085/13
3085/19 3090/8
3092/21 3093/11
3093/20 3098/2 3098/2
3099/19 3099/21
3100/3 3100/7 3100/9
3100/10 3101/9
3101/12 3103/2
3104/16 3105/12
3106/22 3107/14
3107/15 3108/2
3108/16 3108/25
3109/11 3110/3 3111/2
3111/16 3111/17
3111/20 3111/24
3112/2 3113/17
3113/17 3113/18
3117/12 3117/15
3117/16 3120/2 3120/8
3121/6 3122/9 3122/19
3122/19 3123/8
3123/11 3124/6 3125/6
3126/5 3126/9 3126/9
3126/13 3126/17
3127/6 3131/7 3131/18
3134/18 3134/20
3135/6 3136/5 3136/6
3136/9 3136/24
3138/22 3139/18
3142/7 3142/10
3142/17 3143/6
3143/16 3143/18
3144/22 3151/2 3151/6

3165/10 3167/3
3165/10 3167/3
3167/12 3170/7 3176/1
3176/16 3176/16
3177/20 3178/4
3180/10 3180/11
3180/22 3181/2
3181/15 3182/18
3183/7 3183/17
3185/21 3185/23
3186/23 3187/20
3191/25
there's [42] 3049/13
3059/20 3060/23
3064/22 3068/11
3072/25 3078/17
3082/13 3083/21
3084/13 3088/14
3089/19 3089/19
3095/17 3096/12
3105/15 3110/5 3110/8
3122/15 3128/23
3132/17 3143/5
3147/10 3152/22
3152/22 3155/25
3157/21 3159/11
3159/15 3161/15
3162/4 3162/5 3162/15
3162/23 3167/21
3170/25 3171/5
3171/16 3177/22
3177/23 3177/25
3180/15
therefore [5] 3103/4
3108/4 3137/3 3178/7
3192/5
these [26] 3051/4
3061/11 3072/20
3073/25 3084/10
3085/21 3086/9
3086/11 3087/4 3101/9
3109/18 3113/3
3134/24 3145/15
3148/7 3167/15
3176/14 3178/21
3182/10 3185/13
3187/15 3191/25
3192/1 3192/5 3192/12
3192/25
thesis [4] 3108/6
3108/7 3108/15
3108/19
they [87] 3046/12
3048/4 3048/20
3049/21 3055/15
3055/18 3055/20
3056/3 3056/14
3056/15 3057/17
3059/23 3059/25
3060/9 3060/15
3060/16 3061/14
3062/13 3062/17
3063/3 3063/17
3063/19 3063/23
3068/17 3071/3
3071/18 3071/19
3071/21 3078/2
3078/14 3085/1 3086/5

**T**

they... [55] 3093/10
3096/12 3096/12
3096/14 3102/18
3103/1 3103/3 3103/23
3104/9 3105/17
3105/21 3105/22
3106/2 3107/18
3107/18 3108/4 3110/9
3113/5 3114/23
3115/18 3115/19
3117/9 3117/10
3120/25 3121/1 3122/3
3125/21 3135/25
3137/4 3137/17
3138/25 3139/2 3147/7
3167/1 3167/14 3171/6
3178/22 3179/22
3180/4 3180/5 3181/22
3182/14 3182/17
3182/23 3182/24
3183/19 3183/20
3186/5 3186/5 3187/8
3187/9 3187/13
3190/19 3190/19
3192/9
they'd [2] 3109/4
3109/13
they'll [1] 3117/1
they're [10] 3047/15
3048/22 3068/22
3071/7 3086/20
3098/14 3098/15
3182/1 3182/1 3193/1
they've [1] 3191/10
thing [23] 3061/14
3063/4 3074/25
3095/12 3095/18
3099/18 3099/25
3108/14 3109/3
3123/15 3124/19
3129/9 3129/14
3135/13 3138/18
3138/24 3139/15
3143/14 3155/17
3179/1 3186/2 3187/9
3192/24
things [36] 3054/5
3062/20 3063/22
3064/19 3073/14
3078/11 3078/19
3090/9 3096/12
3096/14 3100/5 3100/7
3100/9 3100/11
3104/21 3104/23
3104/24 3116/24
3123/11 3129/23
3135/4 3144/14
3146/17 3162/15
3162/18 3162/18
3162/20 3167/15
3177/18 3178/20
3180/10 3180/13
3181/15 3182/20
3187/4 3193/1
think [122] 3045/19
3045/21 3045/22
3046/14 3046/16

3047/8 3048/1 3049/1
3050/3 3051/15 3056/5
3056/19 3057/4
3057/25 3058/24
3061/22 3064/21
3066/9 3068/21
3070/24 3071/1
3071/20 3071/23
3071/25 3072/3 3075/1
3075/3 3075/9 3077/8
3080/2 3080/22 3081/5
3081/15 3081/23
3083/13 3083/15
3084/8 3084/11
3084/23 3089/12
3089/22 3090/7
3093/24 3094/5
3094/17 3095/11
3095/19 3097/10
3099/9 3099/12
3099/15 3099/16
3099/17 3099/19
3100/1 3100/6 3100/14
3103/8 3103/13
3103/13 3103/14
3103/17 3104/9
3108/15 3111/6
3112/12 3113/6 3115/6
3116/4 3117/15
3119/18 3120/23
3121/11 3121/17
3121/19 3121/20
3122/23 3123/15
3131/14 3132/10
3132/11 3132/12
3133/14 3134/7
3134/19 3135/10
3136/6 3136/8 3138/19
3139/4 3140/5 3141/5
3143/20 3145/9
3145/11 3145/17
3146/6 3159/16
3161/11 3167/16
3167/20 3171/12
3171/19 3171/22
3173/6 3173/19
3173/21 3176/20
3179/21 3180/7
3182/17 3183/25
3184/10 3184/17
3184/21 3185/21
3187/21 3189/19
3191/1 3192/18
thinking [4] 3063/7
3093/6 3098/6 3137/15
thinks [1] 3089/21
third [11] 3040/11
3047/19 3055/10
3065/18 3079/11
3090/24 3098/1
3161/15 3173/1
3175/22 3183/11
third line [1] 3175/22
third-party [1] 3047/19
this [249]
This is Civil [1] 3042/6
those [56] 3044/12

3053/23 3053/24
3057/4 3062/12 3063/7
3073/14 3073/16
3074/1 3074/11
3074/13 3075/3 3078/8
3079/13 3080/2
3081/23 3081/23
3086/18 3089/25
3091/18 3095/20
3098/12 3100/5 3101/6
3104/16 3104/23
3104/24 3105/6
3105/24 3114/5
3116/15 3117/8
3119/12 3120/21
3121/25 3133/17
3135/2 3135/25
3139/20 3141/10
3141/25 3143/7
3144/11 3152/14
3162/17 3167/21
3177/17 3179/24
3183/1 3183/19 3187/8
3192/16 3193/1 3193/2
though [6] 3057/12
3058/6 3097/17
3098/22 3106/16
3138/25
thought [17] 3057/7
3070/22 3071/19
3071/21 3079/23
3086/24 3101/19
3103/18 3129/19
3134/5 3135/16
3136/19 3137/3 3138/8
3138/11 3164/5
3189/25
thousand [1] 3100/24
thread [2] 3048/11
3171/12
three [5] 3085/13
3090/8 3121/21 3148/4
3171/5
through [32] 3049/18
3064/23 3077/12
3079/4 3079/11
3079/20 3079/22
3089/23 3093/15
3096/18 3098/8
3102/23 3103/19
3105/24 3109/10
3109/18 3121/17
3124/14 3124/17
3125/20 3127/24
3133/17 3136/7 3139/9
3156/23 3164/18
3182/7 3182/22
3184/14 3184/18
3186/25 3187/18
thus [1] 3176/2
tie [1] 3079/9
tilt [1] 3100/12
time [76] 3055/8
3057/11 3072/19
3074/13 3077/9
3084/17 3088/8 3090/5
3091/5 3097/18

3097/24 3100/25
3100/25 3103/15
3105/12 3105/15
3106/6 3109/4 3114/19
3114/23 3114/25
3115/13 3115/13
3120/13 3121/18
3124/17 3127/3
3128/14 3129/7
3134/13 3134/18
3135/3 3136/15
3136/17 3137/22
3138/1 3141/6 3141/23
3141/24 3142/24
3143/18 3143/19
3144/4 3146/15
3146/18 3148/19
3150/6 3150/6 3150/20
3151/7 3152/1 3156/21
3158/1 3158/4 3158/8
3161/23 3161/23
3162/2 3163/5 3164/12
3164/16 3164/23
3167/2 3167/6 3167/9
3170/21 3173/7
3182/21 3183/10
3184/20 3185/14
3186/2 3187/20 3189/2
timeline [1] 3071/2
times [5] 3112/23
3113/13 3117/19
3143/16 3181/10
timing [4] 3087/6
3113/4 3186/6 3187/13
Tinter [55] 3080/13
3081/20 3087/14
3087/20 3088/3
3088/12 3088/17
3088/23 3088/24
3089/9 3092/3 3099/4
3118/3 3126/11
3127/10 3128/13
3140/9 3140/17 3141/8
3144/4 3144/18
3146/10 3147/15
3148/11 3149/1
3150/20 3152/6
3153/14 3154/6 3155/6
3156/1 3161/2 3163/19
3164/10 3167/24
3168/22 3168/25
3170/16 3172/6
3173/15 3174/11
3175/5 3175/16
3177/11 3178/9
3178/13 3179/2 3182/5
3185/1 3186/23
3189/12 3189/20
3190/10 3190/18
3191/11
Tinter's [3] 3081/13
3168/18 3191/24
title [5] 3092/10 3129/2
3142/19 3145/2 3173/9
titled [1] 3194/4
today [23] 3049/8
3049/23 3050/2 3076/2

3093/6 3093/9 3096/2
3096/6 3096/8 3096/23
3097/7 3097/8 3097/11
3098/6 3098/9 3098/21
3102/8 3180/8 3189/15
3189/20
together [4] 3063/25
3099/17 3105/14
3155/1
told [7] 3047/22
3047/24 3048/16
3060/5 3060/13
3060/15 3180/14
toner [1] 3148/10
too [3] 3046/22
3068/25 3188/18
took [4] 3103/14
3131/10 3135/2
3172/14
tool [8] 3146/4 3146/6
3158/10 3178/15
3179/8 3179/13
3179/18 3179/22
tools [4] 3146/11
3147/1 3179/4 3183/13
top [21] 3048/11
3050/20 3050/22
3051/8 3054/1 3065/19
3067/19 3097/10
3116/10 3122/15
3123/11 3123/20
3130/15 3131/19
3132/18 3141/6
3156/10 3171/14
3171/17 3176/13
3185/6
topic [6] 3068/11
3146/13 3159/7
3166/14 3166/23
3185/19
topics [3] 3146/2
3164/19 3190/23
topline [1] 3135/18
total [3] 3078/25
3182/19 3192/15
Totally [1] 3188/17
toward [1] 3085/23
Tower [1] 3040/7
track [2] 3157/13
3173/9
tracking [2] 3133/10
3158/6
tracks [1] 3184/4
traction [1] 3106/8
tractions [1] 3106/9
trajectory [2] 3131/2
3131/13
transcript [3] 3038/9
3040/21 3194/3
transcription [1]
3040/21
transparently [1]
3048/14
travels [1] 3076/22
treading [1] 3129/13
treated [1] 3086/5
trend [2] 3131/9

**trend... [1]** 3131/10
**trends [2]** 3091/9
3098/8
**trial [2]** 3038/9 3057/21
**triangulate [3]** 3135/8
3135/9 3135/10
**tried [12]** 3061/11
3061/14 3061/19
3062/12 3081/17
3104/18 3104/21
3105/1 3112/8 3113/13
3135/9 3173/18
**trouble [1]** 3086/1
**Trowbridge [4]**
3051/19 3052/20
3053/6 3053/19
**true [4]** 3058/6 3119/19
3157/23 3159/17
**trust [1]** 3104/18
**trusted [1]** 3192/25
**trustworthy [1]** 3063/8
**truth [6]** 3047/1 3047/6
3061/8 3079/14
3079/18 3080/3
**try [14]** 3060/13
3062/22 3070/12
3081/25 3082/2 3084/3
3095/6 3127/23 3132/8
3136/3 3141/18
3143/24 3184/15
3190/2
**trying [16]** 3044/13
3045/24 3062/3 3063/9
3070/6 3070/7 3094/10
3127/6 3130/25 3135/8
3143/20 3167/3
3168/15 3177/14
3182/21 3188/7
**turn [12]** 3044/2
3045/7 3065/17
3066/25 3080/24
3154/24 3160/13
3165/24 3168/22
3170/5 3172/10
3172/15
**turned [4]** 3043/13
3044/10 3044/11
3061/10
**Turning [1]** 3046/9
**two [39]** 3051/19
3074/10 3081/13
3082/8 3082/12
3083/21 3090/18
3090/23 3094/18
3097/3 3099/16 3100/5
3101/16 3103/6 3104/7
3104/23 3104/24
3106/22 3110/3
3113/18 3113/18
3117/20 3118/10
3120/8 3120/21 3126/9
3134/21 3136/5
3141/16 3141/18
3144/14 3148/24
3164/22 3175/8
3180/10 3182/19
3183/1 3183/7 3184/4
3101/16
**two forms [1]** 3113/18
**two hours [1]** 3081/13
**two-screen [2]** 3097/3
3117/20
**TYLER [1]** 3039/18
**type [4]** 3076/15
3093/18 3103/1 3103/2
**types [4]** 3058/18
3073/16 3081/23
3099/16
**typically [11]** 3051/24
3055/22 3055/24
3059/9 3062/21
3063/24 3068/14
3077/19 3094/20
3094/22 3117/10
**typing [1]** 3093/14

**U**

**U.S [7]** 3039/2 3039/6
3096/2 3096/6 3096/8
3096/22 3138/5
**UC [1]** 3162/19
**Uh [2]** 3043/15 3061/1
**Uh-huh [2]** 3043/15
3061/1
**ultimately [21]** 3078/22
3079/25 3104/11
3104/22 3111/10
3113/16 3115/6
3119/17 3122/8
3125/18 3138/7 3139/1
3142/7 3149/23
3173/23 3177/16
3184/9 3184/16 3186/4
3186/7 3187/1
**unacceptable [1]**
3183/20
**unbelievably [1]**
3104/2
**under [11]** 3047/7
3049/10 3052/7
3053/13 3087/18
3113/4 3162/19
3162/21 3165/5
3185/11 3192/1
**underlying [5]** 3098/18
3101/1 3101/2 3118/17
3133/20
**underneath [4]** 3162/1
3162/4 3163/9 3163/10
**understand [23]**
3046/2 3046/3 3061/15
3061/18 3063/1
3066/10 3102/10
3106/16 3123/24
3129/24 3133/23
3141/9 3149/16
3150/11 3156/16
3158/7 3158/8 3161/17
3171/23 3176/1
3188/17 3192/10
3193/5
**understanding [16]**
3056/12 3066/3 3083/9
3091/9 3115/24 3116/2
3126/3 3135/17
3135/18 3147/5
3156/18 3158/1 3158/4
3176/9
**Understood [3]**
3094/12 3192/22
3193/11
**undo [1]** 3126/23
**unfortunately [3]**
3054/3 3108/2 3189/10
**unique [1]** 3104/16
**Unit [1]** 3039/13
**UNITED [22]** 3038/1
3038/3 3038/10 3042/6
3046/21 3056/13
3080/12 3088/25
3097/7 3104/7 3104/13
3105/3 3105/11
3113/17 3114/7
3114/12 3116/5 3116/7
3121/1 3138/10
3138/15 3138/21
**United States [16]**
3046/21 3056/13
3088/25 3097/7 3104/7
3104/13 3105/3
3105/11 3113/17
3114/12 3116/5 3116/7
3121/1 3138/10
3138/15 3138/21
**United States of [1]**
3042/6
**universal [1]** 3059/14
**unless [2]** 3084/11
3184/12
**unproductive [1]**
3186/3
**unrelated [1]** 3067/21
**unseals [1]** 3086/20
**unspecified [3]**
3171/14 3171/18
3171/24
**until [4]** 3052/8
3075/21 3121/21
3171/7
**unwinding [1]** 3115/6
**up [55]** 3043/8 3046/14
3047/10 3048/7 3050/8
3050/22 3052/18
3055/24 3061/24
3062/10 3064/23
3065/9 3065/19
3065/24 3067/6
3067/12 3071/4
3072/18 3074/10
3075/23 3079/9 3082/2
3083/12 3087/23
3088/11 3089/4
3093/13 3093/14
3100/2 3103/2 3110/12
3111/8 3115/6 3117/21
3124/13 3125/9
3127/19 3129/22
3129/23 3135/22
3137/20 3138/19
3139/10 3142/1 3142/3
3143/6 3147/9 3161/9

**Understood [3]**
3094/12 3192/22
3193/11

**update [1]** 3173/11
**uplift [1]** 3101/23
**upon [1]** 3158/23
**ups [1]** 3189/9
**upside [1]** 3077/22
**UPX246 [10]** 3127/12
3127/15 3128/1 3128/7
3128/10 3128/19
3130/6 3130/15 3132/4
3132/17
**UPX656 [1]** 3050/4
**UPXD11 [2]** 3118/4
3118/5
**us [33]** 3057/17 3060/9
3067/20 3072/24
3076/22 3078/2 3079/2
3082/21 3108/3 3109/6
3109/12 3109/16
3109/19 3109/20
3111/11 3116/15
3116/17 3116/24
3117/5 3117/8 3117/9
3126/6 3126/7 3133/22
3135/12 3135/12
3136/18 3138/2
3155/10 3156/18
3172/17 3182/24
3183/12
**usage [2]** 3076/10
3102/22
**usdoj.gov [2]** 3039/5
3039/10
**use [32]** 3043/17
3043/20 3066/1
3082/22 3082/23
3084/23 3085/14
3086/17 3087/10
3095/14 3095/16
3103/3 3103/25 3107/7
3108/9 3119/9 3124/7
3133/1 3146/10 3147/1
3147/10 3148/12
3150/8 3157/13 3158/2
3158/5 3158/9 3164/17
3167/24 3168/17
3172/3 3183/12
**used [16]** 3074/10
3078/15 3086/19
3094/7 3098/15
3106/15 3106/17
3125/7 3126/21
3142/21 3142/22
3143/2 3146/5 3147/7
3153/11 3163/18
**useful [6]** 3065/25
3078/6 3078/15
3119/20 3143/1 3152/1
**user [33]** 3044/1
3044/10 3051/20
3055/10 3055/13
3063/15 3063/18
3063/18 3063/21
3064/2 3068/11
3072/25 3078/13
3093/22 3095/13

**user-interface [1]**
3126/8
**users [10]** 3059/19
3103/25 3109/9 3125/4
3126/14 3177/12
3177/17 3177/18
3177/23 3177/25
**uses [2]** 3133/18
3149/3
**using [6]** 3076/13
3084/16 3108/1 3119/2
3158/19 3172/1
**usual [5]** 3189/16
**utilitarian [1]** 3078/7

**V**

**vague [1]** 3129/12
**valid [1]** 3051/16
**valuable [1]** 3074/7
**value [8]** 3048/14
3058/15 3066/8
3072/25 3109/2 3119/4
3137/17 3157/8
**variance [1]** 3120/19
**variant [2]** 3116/4
3120/23
**varied [1]** 3116/7
**variety [6]** 3058/7
3058/21 3072/8
3093/11 3145/6
3192/20
**various [3]** 3112/5
3160/2 3161/23
**vehicles [1]** 3141/3
**venture [2]** 3073/12
3092/13
**ventures [1]** 3092/11
**Verge [3]** 3064/25
3066/20 3072/24
**Verizon [14]** 3049/6
3049/8 3049/9 3049/12
3049/18 3049/22
3050/2 3059/6 3079/2
3114/15 3114/18
3115/1 3115/15
3115/21
**Verizon's [3]** 3114/21
3114/22 3114/22
**version [13]** 3045/8
3049/14 3049/15
3060/8 3073/4 3075/6
3075/11 3075/18
3075/19 3075/21
3118/25 3119/3 3155/3
**versions [1]** 3152/25
**versus [2]** 3042/7
3078/2
**very [49]** 3045/7
3048/11 3049/9
3049/20 3050/20

**V**

**very... [44]** 3056/1
3058/24 3063/17
3073/13 3073/13
3074/25 3076/21
3098/15 3098/15
3103/6 3104/24
3104/24 3104/24
3106/25 3106/25
3107/1 3110/5 3110/5
3112/8 3113/2 3125/13
3133/22 3135/11
3135/11 3137/16
3137/17 3138/5
3146/14 3155/19
3157/6 3159/7 3160/10
3160/14 3166/25
3167/1 3167/14
3172/14 3172/18
3178/25 3181/5 3182/2
3186/3 3186/4 3188/20
**via [2]** 3059/9 3071/24
**vibrant [1]** 3119/17
**vice [2]** 3089/14
3092/10
**view [9]** 3073/12
3102/13 3109/22
3142/24 3150/1
3151/19 3176/1
3176/10 3176/11
**viewed [1]** 3165/7
**views [1]** 3074/21
**violate [2]** 3074/18
3074/19
**violation [1]** 3073/22
**vision [4]** 3058/12
3073/2 3075/14
3075/22
**visit [3]** 3107/12
3107/14 3107/18
**visited [2]** 3107/8
3107/18
**voice [5]** 3063/19
3088/9 3105/18 3108/9
3108/10
**volume [8]** 3094/6
3099/20 3101/22
3108/12 3131/23
3131/23 3132/5
3132/23
**voluntarily [1]** 3084/7
**vs [1]** 3038/5

**W**

**walked [5]** 3052/12
3054/13 3186/9 3187/1
3187/14
**Walker [1]** 3182/12
**want [47]** 3045/16
3045/25 3046/5 3047/1
3047/2 3055/20 3058/2
3059/15 3059/24
3060/16 3061/13
3062/2 3064/23 3066/4
3071/1 3077/6 3078/13
3078/18 3079/15
3093/10 3097/7
3098/14 3102/9 3103/8

3109/1 3115/2 3116/5
3121/10 3127/19
3133/2 3133/10
3134/23 3143/8
3144/14 3144/15
3144/16 3155/6 3160/6
3161/8 3161/16
3177/18 3180/25
3190/20 3190/22
3191/4
**wanted [13]** 3052/6
3059/25 3063/5
3075/24 3122/2 3122/3
3124/10 3124/16
3125/14 3161/9
3177/11 3183/14
3187/12
**wanting [2]** 3058/7
3129/24
**warning [1]** 3088/1
**warranted [1]** 3192/18
**was [380]**
**Washington [5]** 3038/5
3039/3 3039/8 3040/4
3040/19
**wasn't [9]** 3074/23
3075/7 3118/20 3120/2
3125/7 3126/17
3169/25 3180/23
3181/16
**wasting [1]** 3184/20
**way [38]** 3044/8 3047/2
3054/20 3056/16
3058/3 3058/8 3058/22
3059/24 3061/10
3062/25 3063/2
3064/17 3064/19
3078/4 3089/16
3089/19 3093/15
3093/19 3095/10
3095/10 3098/8
3100/12 3102/7
3102/14 3107/7
3107/13 3116/2
3119/16 3123/4
3123/24 3138/25
3146/9 3155/1 3167/22
3175/15 3175/15
3181/5 3181/6
**ways [9]** 3058/13
3093/6 3093/9 3104/3
3116/18 3124/5
3134/23 3141/18
3179/16
**wc.com [2]** 3040/5
3040/5
**we [464]**
**we believe [2]** 3103/21
3107/24
**we will [5]** 3100/7
3147/21 3152/5
3152/24 3192/22
**we'd [6]** 3055/7
3066/16 3112/5 3181/8
3183/21 3186/2
**we'll [11]** 3068/3
3075/9 3082/4 3084/25

3135/22 3138/19
3153/11 3170/13
3189/18
**we're [21]** 3058/9
3073/12 3077/14
3077/15 3084/5 3084/9
3084/21 3105/13
3106/3 3111/9 3111/12
3132/7 3133/9 3138/13
3147/15 3151/25
3152/20 3158/12
3160/10 3162/16
3190/22
**we've [15]** 3057/25
3070/19 3092/4
3102/12 3104/21
3118/4 3146/17 3180/3
3182/4 3182/10
3186/24 3190/23
3191/2 3191/3 3192/2
**web [7]** 3044/5
3051/17 3075/15
3076/2 3076/4 3076/6
3076/13
**WEBB [1]** 3039/18
**website [2]** 3065/2
3149/25
**websites [1]** 3076/5
**week [1]** 3172/15
**Weinstein [1]** 3145/16
**weird [1]** 3185/24
**welcome [1]** 3087/20
**well [36]** 3046/17
3046/24 3049/11
3049/13 3052/20
3052/21 3061/14
3061/22 3061/24
3062/11 3064/6
3068/19 3070/22
3071/1 3072/21
3073/21 3074/23
3077/19 3085/8
3089/16 3135/13
3136/13 3139/8
3140/21 3144/18
3146/9 3146/25 3147/3
3160/18 3161/24
3163/6 3172/5 3174/4
3181/24 3182/3
3189/14
**went [10]** 3070/15
3106/24 3109/21
3119/6 3133/23
3149/24 3181/13
3183/23 3183/24
3189/24
**were [130]** 3042/18
3042/19 3044/1
3044/23 3050/4 3056/2
3056/6 3057/16
3057/22 3061/10
3062/10 3063/17
3064/10 3064/13
3064/15 3064/17
3066/8 3068/20
3069/25 3070/6
3071/19 3072/8

3073/6 3074/1 3074/9
3074/10 3074/11
3074/13 3074/20
3075/5 3076/14 3078/2
3078/11 3079/12
3081/19 3094/7
3094/13 3097/17
3098/2 3102/6 3106/8
3106/15 3107/25
3108/2 3108/3 3108/13
3108/25 3109/6 3109/7
3109/8 3109/21
3110/24 3110/25
3110/25 3111/4 3111/8
3111/16 3111/17
3111/20 3111/24
3111/25 3112/2 3113/4
3113/17 3113/17
3113/18 3115/4
3115/10 3115/12
3117/9 3118/10 3119/9
3120/18 3122/1
3122/10 3122/11
3122/13 3125/21
3126/5 3126/9 3128/14
3135/10 3135/25
3136/22 3137/2 3137/4
3137/18 3138/12
3139/17 3139/18
3141/2 3141/20
3143/16 3146/14
3155/10 3159/8
3159/16 3162/21
3163/4 3163/9 3164/5
3167/1 3167/2 3167/10
3168/10 3176/22
3178/22 3180/2 3181/1
3182/18 3182/19
3182/21 3182/24
3183/13 3183/17
3184/12 3184/19
3184/20 3185/13
3185/25 3186/1 3186/1
3186/5 3186/5 3187/9
3187/13 3187/21
3188/10
**weren't [6]** 3078/9
3078/12 3164/12
3180/4 3180/5 3184/12
**wfcavanaugh [1]**
3039/21
**what [172]**
**what's [8]** 3051/4
3076/13 3078/4 3081/5
3081/6 3083/3 3091/2
3105/7
**whatever [9]** 3062/10
3062/24 3070/3
3084/25 3086/16
3104/1 3104/1 3135/25
3192/11
**when [59]** 3043/13
3045/25 3072/22
3073/4 3074/13 3076/1
3084/13 3087/24
3092/17 3092/22
3093/4 3094/17

3099/2 3099/9 3101/5
3101/14 3102/1
3103/24 3106/1
3107/18 3108/2 3109/7
3109/13 3109/21
3110/21 3111/12
3113/5 3115/17
3115/19 3116/25
3120/22 3121/9
3123/25 3128/20
3131/1 3136/2 3136/12
3136/19 3139/17
3143/1 3143/16 3144/4
3146/3 3151/8 3151/23
3163/25 3164/14
3164/16 3166/22
3167/24 3180/12
3184/17 3185/1
3185/13 3185/14
3186/10 3186/22
**where [51]** 3043/9
3044/17 3057/16
3058/12 3066/10
3068/21 3078/14
3082/2 3086/23 3087/6
3089/9 3089/22 3090/9
3094/18 3095/21
3102/4 3103/25
3105/16 3105/17
3106/1 3109/9 3111/12
3111/13 3111/17
3111/20 3111/25
3112/2 3124/21
3129/21 3133/18
3134/20 3136/25
3140/18 3140/21
3142/7 3142/10
3146/18 3152/22
3156/21 3156/23
3159/7 3159/14
3162/16 3167/2
3167/18 3167/21
3182/19 3183/11
3187/20 3188/1 3191/3
**whereas [1]** 3051/17
**whether [23]** 3050/12
3051/25 3056/12
3056/24 3061/7 3072/4
3075/9 3079/13
3126/24 3134/25
3135/25 3150/12
3150/18 3151/2 3151/9
3165/10 3169/21
3172/5 3177/22
3185/14 3185/25
3189/5 3192/19
**which [67]** 3044/25
3046/25 3047/2 3047/5
3052/23 3053/10
3059/17 3060/16
3065/6 3070/8 3071/20
3072/22 3074/19
3082/13 3082/14
3082/14 3084/4 3084/7
3084/15 3085/17
3085/19 3087/10
3096/8 3096/16

**which... [43]** 3100/21
3100/24 3105/18
3105/21 3108/17
3110/18 3113/16
3114/25 3116/9
3116/11 3117/3 3119/8
3120/9 3120/9 3120/23
3120/24 3122/12
3123/1 3127/22
3135/12 3136/9
3137/23 3138/4 3144/6
3147/20 3154/25
3159/11 3159/24
3160/5 3162/16
3162/23 3163/4
3167/10 3168/1 3174/1
3174/25 3179/3
3179/23 3180/8 3186/8
3186/22 3187/13
3188/10
**while [11]** 3052/7
3083/19 3090/2
3090/14 3100/11
3116/3 3116/8 3138/5
3142/9 3175/23
3175/25
**white [1]** 3051/6
**who [48]** 3048/18
3071/17 3081/20
3091/16 3092/2 3092/7
3098/3 3098/6 3103/20
3108/3 3109/14 3114/3
3117/11 3118/15
3121/5 3121/6 3121/7
3141/20 3141/24
3144/12 3144/15
3144/16 3144/19
3144/22 3145/1
3145/10 3145/14
3146/14 3146/14
3149/21 3149/22
3149/23 3149/24
3149/24 3158/7
3158/25 3159/2 3159/8
3161/11 3166/18
3170/19 3171/11
3173/5 3173/6 3177/18
3178/20 3182/12
3183/4
**who's [1]** 3166/19
**whole [3]** 3058/10
3078/17 3137/4
**whom [1]** 3144/24
**why [47]** 3060/16
3063/1 3063/6 3070/7
3070/13 3074/19
3075/1 3077/13
3077/17 3083/23
3085/8 3087/13
3096/24 3099/13
3099/13 3099/22
3100/3 3106/16
3108/19 3109/7 3113/5
3113/13 3115/24
3118/14 3119/2
3119/25 3119/25
3125/16 3126/3 3129/6

3141/15 3152/4 3165/7
3170/12 3171/13
3178/4 3178/21 3179/7
3186/8 3186/18
3187/13 3189/14
3189/15 3189/17
3190/9
**wide [1]** 3149/4
**widget [17]** 3094/1
3122/16 3123/13
3123/14 3123/19
3123/22 3124/11
3124/13 3124/15
3124/17 3125/3 3125/6
3125/10 3125/17
3125/24 3125/25
3126/4
**widgets [5]** 3093/25
3123/25 3124/2 3124/6
3124/14
**will [38]** 3047/18
3053/1 3061/2 3067/9
3080/17 3080/22
3081/3 3081/19
3084/24 3085/5
3087/25 3095/21
3096/20 3097/8 3100/7
3100/11 3100/23
3101/13 3101/18
3101/22 3124/14
3128/9 3131/18
3140/16 3146/12
3147/10 3147/21
3152/5 3152/23
3152/24 3152/25
3155/11 3176/16
3176/16 3177/17
3178/3 3187/3 3192/22
**William [5]** 3039/17
3040/16 3042/9 3194/2
3194/8
**William Cavanaugh [1]**
3042/9
**WILLIAMS [2]** 3040/3
3083/6
**willing [7]** 3071/3
3074/20 3081/25
3187/4 3187/4 3187/13
3187/25
**willingness [4]**
3085/21 3085/21
3136/10 3136/12
**win [4]** 3110/23 3111/5
3134/23 3138/15
**window [1]** 3083/17
**windows [7]** 3092/25
3093/2 3093/2 3093/3
3094/4 3096/11
3096/19
**wireless [2]** 3078/25
3141/5
**wish [1]** 3190/19
**wishes [2]** 3082/17
3170/10
**withdraw [2]** 3084/22
3085/1
**withdrawing [1]**

**without [16]** 3048/1
3058/25 3083/25
3088/1 3111/16
3119/17 3127/7
3127/24 3129/13
3143/21 3143/22
3153/25 3160/22
3165/18 3168/24
3174/8
**witness [16]** 3041/2
3042/16 3043/2
3079/11 3082/18
3084/13 3087/18
3088/17 3127/7
3147/16 3164/4 3164/6
3186/15 3191/21
3192/24 3193/3
**witnesses [2]** 3041/4
3079/20
**Wolfson [7]** 3050/18
3051/10 3051/15
3052/20 3053/6 3054/1
3054/7
**woman [1]** 3141/23
**won't [3]** 3070/4
3074/9 3189/25
**word [9]** 3045/19
3071/16 3079/10
3085/20 3149/9
3149/16 3155/25
3156/2 3175/22
**words [6]** 3048/1
3062/10 3084/20
3154/19 3165/4
3176/14
**work [28]** 3045/20
3055/20 3058/2
3059/24 3061/24
3062/22 3068/15
3072/20 3083/19
3083/24 3084/3 3089/9
3090/24 3091/25
3109/14 3112/9
3135/15 3138/22
3140/5 3143/15
3145/24 3146/2
3153/11 3161/24
3167/13 3179/18
3184/15 3187/23
**workable [1]** 3071/22
**worked [12]** 3061/22
3089/11 3107/7 3114/2
3124/9 3132/15
3135/19 3138/17
3140/18 3140/21
3145/20 3181/7
**working [7]** 3062/15
3090/9 3090/10 3121/8
3154/21 3173/2 3183/4
**works [3]** 3119/14
3119/14 3123/24
**world [3]** 3076/17
3138/16 3138/23
**worry [2]** 3192/8
3192/9
**worth [3]** 3136/21
3139/24 3183/8

**would [157]** 3044/4
3044/12 3044/16
3044/19 3048/20
3051/5 3051/19
3051/23 3052/21
3055/15 3058/3 3059/9
3059/11 3060/18
3060/20 3060/22
3062/21 3062/22
3063/1 3063/3 3063/24
3067/24 3068/17
3070/18 3071/3 3071/9
3071/20 3071/21
3071/22 3072/2 3072/3
3073/10 3075/15
3076/9 3076/15
3078/13 3078/14
3078/14 3080/21
3080/24 3081/24
3081/25 3082/1
3082/13 3082/16
3082/17 3082/22
3082/23 3085/14
3086/9 3086/12
3086/15 3086/17
3087/2 3088/3 3088/20
3091/25 3092/5
3095/10 3096/16
3096/17 3097/1
3097/25 3098/1
3101/24 3104/11
3106/10 3106/15
3106/17 3107/9
3107/18 3107/18
3107/20 3107/21
3108/12 3111/6
3111/10 3112/3 3112/4
3114/20 3115/3
3115/12 3119/15
3119/19 3121/13
3125/14 3125/14
3125/15 3126/8
3126/20 3128/6
3128/18 3129/16
3129/20 3132/10
3132/10 3132/16
3133/21 3134/3 3134/5
3134/6 3135/17
3135/25 3136/24
3136/25 3136/25
3137/5 3137/8 3137/10
3137/12 3137/18
3137/19 3137/20
3138/3 3138/15
3138/20 3138/24
3139/19 3140/5 3143/1
3143/10 3143/12
3143/13 3144/7
3146/19 3146/17
3150/7 3151/19
3151/20 3151/23
3152/1 3154/24
3164/21 3164/22
3164/23 3167/11
3168/1 3171/20 3172/6
3173/24 3174/2
3179/17 3180/10

3044/1 3044/7 3044/9
3045/19 3048/20
3048/6 3048/17 3049/1
3050/7 3050/19
3053/13 3053/16
3053/22 3053/25
3055/21 3056/4
3056/17 3056/22
3060/2 3063/11 3064/4
3064/9 3064/12 3065/1
3065/16 3065/21
3066/6 3066/13
3066/21 3067/5
3068/14 3069/19
3070/1 3071/15
3072/14 3073/11
3074/7 3074/15
3075/13 3085/24
3088/22 3094/15
3095/3 3099/8 3100/21
3108/25 3111/19
3115/10 3115/12
3118/8 3118/12
3121/12 3122/7
3123/21 3125/6
3127/18 3129/11
3132/2 3134/8 3140/23
3142/22 3143/10
3144/2 3146/12 3148/9
3153/23 3155/23
3156/6 3156/9 3156/19
3159/19 3164/14
3171/18 3182/9
3190/13 3192/9 3193/6
**year [5]** 3057/23
3089/16 3131/2 3131/2
3171/7
**year-over-year [1]**
3131/2
**years [8]** 3052/11
3058/9 3058/11
3110/13 3134/23

**wouldn't [6]** 3095/17
3113/9 3115/4 3126/9
3157/3 3181/11
**write [2]** 3149/19
3188/12
**writes [1]** 3051/10
**writing [1]** 3156/22
**written [3]** 3158/16
3158/20 3158/23
**wrong [5]** 3063/2
3115/4 3146/23
3163/19 3177/8
**wrote [3]** 3054/7
3054/8 3158/25

X

**Xbox [1]** 3182/22

Y

**Yahoo [3]** 3097/25
3098/16 3098/17
**yeah [75]** 3045/13
3047/12 3047/23
3048/6 3048/17 3049/1

**Y**

years... **[3]** 3137/23
3137/24 3158/13
**Yep [5]** 3049/5 3132/6
3166/1 3169/10
3174/13
**yes [167]**
**yesterday [17]** 3043/9
3043/12 3044/3 3044/9
3044/13 3046/22
3046/25 3049/4 3050/5
3050/14 3055/14
3056/18 3057/25
3058/4 3073/3 3075/13
3080/4
**yet [2]** 3046/14 3110/5
**York [2]** 3039/20
3040/14
**you [672]**
**you know [2]** 3071/7
3110/22
**you understand [1]**
3061/15
**you'll [3]** 3067/8
3087/7 3100/21
**you're [24]** 3044/17
3045/9 3045/11
3045/15 3062/1
3063/12 3064/16
3064/25 3082/9
3091/12 3119/10
3134/24 3135/8
3140/11 3140/11
3151/1 3153/6 3169/24
3177/14 3177/14
3177/24 3180/20
3184/2 3188/15
**you've [10]** 3051/15
3056/20 3057/19
3057/19 3057/20
3064/6 3068/23 3103/9
3117/18 3180/7
**Young [1]** 3092/8
**Young's [1]** 3092/9
**your [154]** 3042/5
3042/18 3043/25
3044/21 3045/1
3045/15 3045/22
3046/4 3046/16
3046/19 3047/13
3048/4 3048/19 3051/8
3052/25 3054/3 3057/4
3057/11 3057/11
3061/24 3062/7
3062/10 3062/11
3064/6 3065/6 3065/7
3068/2 3068/7 3068/12
3068/20 3069/6 3069/9
3069/18 3069/21
3072/8 3076/3 3076/3
3076/25 3078/4 3078/5
3078/10 3080/11
3080/15 3080/16
3081/1 3081/25 3082/8
3082/12 3083/5
3083/21 3084/12
3084/21 3085/10
3086/1 3086/15 3087/8

3087/12 3087/15
3087/17 3088/20
3089/5 3089/13
3089/15 3090/13
3091/1 3092/5 3093/13
3093/14 3094/2
3095/14 3100/2
3101/12 3102/5 3102/7
3105/7 3107/7 3107/9
3109/22 3110/7
3111/14 3115/24
3116/12 3116/20
3116/21 3117/25
3118/3 3119/10 3125/3
3125/23 3127/6
3127/10 3127/14
3128/6 3132/1 3135/20
3138/5 3139/4 3139/10
3139/14 3139/17
3139/22 3140/17
3141/8 3141/9 3142/14
3145/14 3146/1 3146/1
3146/9 3146/25 3147/2
3148/10 3148/24
3151/16 3151/19
3151/25 3152/4 3152/7
3153/12 3153/16
3153/24 3155/2
3156/18 3160/21
3162/5 3165/17
3168/17 3168/23
3169/21 3169/22
3170/7 3171/20
3171/22 3172/10
3174/5 3174/8 3176/1
3176/10 3177/11
3178/9 3178/13
3179/23 3181/1 3188/2
3188/21 3189/1 3189/5
3189/7 3190/6 3190/14
3191/7 3191/14
3192/22 3193/11
**Your Honor [52]**
3042/5 3042/18
3046/16 3046/19
3052/25 3068/2 3069/6
3069/9 3076/25
3080/11 3080/15
3081/1 3082/8 3082/12
3083/21 3084/12
3084/21 3085/10
3086/1 3086/15
3087/12 3087/15
3089/5 3117/25 3127/6
3128/6 3139/4 3139/14
3139/17 3139/22
3147/2 3151/25
3153/12 3153/16
3153/24 3155/2
3160/21 3165/17
3168/17 3168/23
3170/7 3171/20
3171/22 3174/8
3188/21 3189/1 3189/7
3190/6 3191/7 3191/14
3192/22 3193/11
**Your Honor's [1]**
3081/25

yourself **[3]** 3089/4
3169/1 3174/17

**Z**

**Zaremba [3]** 3040/16
3194/2 3194/8