## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | |
| Google LLC, | HON. AMIT P. MEHTA |
| Defendant. | |

| |
|---|
| State of Colorado, *et al.*, |
| Plaintiffs, |
| v. |
| Google LLC, |
| Defendant. |

## NOTICE OF WITHDRAWAL OF COUNSEL

Kenneth M. Dintzer respectfully notifies the Court of his withdrawal as counsel for the United States of America in *United States v. Google, LLC*, Case No. 1:20-cv-03010. Meagan K. Bellshaw, David E. Dahlquist, and Adam T. Severt will continue to represent the United States as counsel of record.

1

Dated: May 28, 2024                     Respectfully submitted,

*/s/ Karl E. Herrmann*
Kenneth M. Dintzer
Karl E. Herrmann (D.C. Bar #1022464)
U.S. Department of Justice
Antitrust Division
Technology & Digital Platforms Section
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: (202) 227-1967
Kenneth.Dintzer2@usdoj.gov
Karl.Herrmann@usdoj.gov

*Counsel for Plaintiff*
*United States of America*