IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA, ET AL.,    )
                                     )
            Plaintiffs,              )
                                     )    CV No. 20-3010
        vs.                          )    Washington, D.C.
                                     )    October 3, 2023
GOOGLE LLC,                          )    9:30 a.m.
                                     )
            Defendant.               )    Day 15
_____)    Morning Session


TRANSCRIPT OF BENCH TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

3770

APPEARANCES:

For DOJ Plaintiffs:          Kenneth M. Dintzer
                             U.S. DEPARTMENT OF JUSTICE
                             1100 L Street, NW
                             Washington, D.C.
                             (202) 307-0340
                             Email:
                             kenneth.dintzer2@usdoj.gov

                             Lara E.V. Trager
                             DOJ-ATR
                             Antitrust Division
                             450 Fifth Street, NW
                             Suite 7100
                             Washington, D.C. 20530
                             (202) 307-6158
                             Email: lara.trager@usdoj.gov

For Plaintiff
State of Colorado:           Jonathan Bruce Sallet
                             COLORADO DEPARTMENT OF LAW
                             Consumer Protection Section,
                             Antitrust Unit
                             Ralph L. Carr
                             Colorado Judicial Center
                             1300 Broadway
                             Suite 7th Floor
                             Denver, CO 80203
                             (720) 508-6000
                             Email: jon.sallet@coag.gov

                             William F. Cavanaugh, Jr.
                             PATTERSON BELKNAP
                             WEBB & TYLER LLP
                             1133 Avenue of the Americas
                             Suite 2200
                             New York, NY 10036-6710
                             (212) 335-2793
                             Email: wfcavanaugh@pbwt.com

```
APPEARANCES CONTINUED:

For Plaintiff
State of Nebraska:              Matthew Keith McKinley
                               NEBRASKA
                               DEPARTMENT OF JUSTICE,
                               OFFICE OF ATTORNEY GENERAL
                               Consumer Protection Bureau
                               2115 State Capitol Building
                               Lincoln, NE 68509
                               (402) 471-2683
                               Email:
                               matt.mckinley@nebraska.gov


For Plaintiff
State of North Carolina:       Kunal Janak Choksi
                               NC DEPARTMENT OF JUSTICE
                               Consumer Protection
                               114 W. Edenton St.
                               Raleigh, NC 27603
                               (919) 716-6032
                               Email: kchoksi@ncdoj.gov


For Defendant Google:          John E. Schmidtlein
                               Kenneth Charles Smurzynski
                               WILLIAMS & CONNOLLY LLP
                               680 Maine Avenue, SW
                               Washington, D.C. 20024
                               (202) 434-5000
                               Email: jschmidtlein@wc.com
                               Email: ksmurzynski@wc.com

                               Michael Sommer
                               WILSON SONSINI
                               GOODRICH & ROSATI
                               1301 Avenue of the Americas
                               40th Floor
                               New York, NY 10019
                               (212) 497-7728
                               Email: msommer@wsgr.com
```

```
APPEARANCES CONTINUED:

Court Reporter:              William P. Zaremba
                            Registered Merit Reporter
                            Certified Realtime Reporter
                            Official Court Reporter
                            E. Barrett Prettyman CH
                            333 Constitution Avenue, NW
                            Washington, D.C. 20001
                            (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

– – –

WITNESS INDEX

– – –

| WITNESSES | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|

PLAINTIFF's:

| SRIDHAR RAMASWAMY | | 3775 | 3799 | |
|---|---|---|---|---|
| JOSHUA LOWCOCK | 3801 | 3877 | | |
| JOSHUA LOWCOCK | 3851 | | | |

– – –

INDEX OF EXHIBITS

– – –

| DEFENDANT'S | ADMITTED |
|---|---|
| DX690 | 3781 |
| DX299 | 3787 |

– – –

INDEX OF EXHIBITS

– – –

| PLAINTIFF'S | ADMITTED |
|---|---|
| UPX926 | 3807 |
| UPX450 | 3833 |

1                    P R O C E E D I N G S

2              COURTROOM DEPUTY:  All rise.  This Court is in

3    session.  The Honorable Amit P. Mehta now presiding.

4              THE COURT:  Good morning, everyone.

5              COURTROOM DEPUTY:  Good morning, Your Honor.

6              This is Civil Action 20-3010, United States of

7    America, et al., versus Google LLC.

8              Kenneth Dintzer for the DOJ.

9              William Cavanaugh on behalf of Plaintiff States.

10             John Schmidtlein on behalf of Google.

11             THE COURT:  All right.  Good morning, everyone.

12             Mr. Ramaswamy, good morning to you.

13             All right.  Are we ready to proceed?

14             MR. SMURZYNSKI:  Yes, Your Honor.

15             THE COURT:  All right.  Mr. Smurzynski.

16             MR. SMURZYNSKI:  Thank you, Your Honor.

17

18

19

20

21

22

23

24

25

1                          - - -

2    SRIDHAR RAMASWAMY, WITNESS FOR THE PLAINTIFFS, HAVING BEEN

3    PREVIOUSLY SWORN, RESUMED THE STAND AND TESTIFIED FURTHER AS

4    FOLLOWS:

5                    CROSS-EXAMINATION (CONTINUED)

6    BY MR. SMURZYNSKI:

7        Q    Good morning, Dr. Ramaswamy.

8        A    Good morning, sir.

9        Q    There came a time when Neeva developed its own

10   search engine as opposed to relying on the Bing API; is that

11   right?

12       A    That's correct.  The efforts started late 2019.

13   And we were gradually replacing Bing with the results of our

14   own search engine.

15       Q    And part of doing that was developing a system to

16   crawl and index the web; is that right?

17       A    That's correct.

18       Q    And you believed that Neeva could build a web

19   index that allowed it to compete with Google; is that right?

20       A    Yes, I definitely did believe that in 2019, and

21   over the space of the next two years we went about doing

22   exactly that.

23            There were things like international coverage that

24   we needed to work on because we had been releasing the

25   product in the United States first and then in western

1    Europe.

2            But, yes, we definitely believed that we could

3    crawl the web and build an index which is roughly to figure

4    out sort of where the most useful pages out of the crawl and

5    then be able to serve it, so to say, which is hold it in

6    such a way that you could answer user queries off of it.

7        Q    And at least with respect to the United States,

8    Neeva accomplished building such an index that would allow

9    it to compete with a search engine like Google?

10       A    That is correct.

11       Q    Neeva also developed its own techniques for

12   ranking web results?

13       A    That's also correct.

14       Q    And at least by 2022, Neeva was in a position

15   where, for the vast majority of its -- the queries it

16   received, it would use its own systems to respond?

17       A    That's correct.

18            We, if I remember correctly, had crossed

19   60-odd percent, and we felt very confident that we could get

20   that number to 80, 90 percent off the queries that we

21   received.

22            And there were specific projects that we had to do

23   to take care of quality in different verticals as it's

24   called, different classes of queries.

25            But by 2022, we also realized that by, you know,

1   using language models and AI technology, we could change the

2   nature of the search product itself.  So from 2022, our

3   efforts went on a dual track off not only increasing

4   coverage and serving more queries but also using our systems

5   and building additional software systems to be able to

6   generate AI-powered answers.

7       Q    And I'll get to the AI-powered answers in a

8   moment.  I do want to talk to you about that.

9           But before we get there, there came a point when

10  you've done this work where you thought Neeva's results

11  were, in fact, better than Bing's; is that right?

12      A    In certain categories.  We can get into that if

13  you like.

14          But as a small and more nimble search engine, we

15  had more flexibility in how we innovated and for, you know,

16  classes of queries, especially technical queries, we

17  believed that our quality was better than that of Bing and

18  very comparable to Google.

19          THE COURT:  Sir, when you say "technical queries,"

20  what do you mean?

21          THE WITNESS:  So these are queries having to do

22  with technical fields, software engineering, programming.

23          And the nature of these queries is a little bit

24  different from other fields.  There's a lot of information,

25  for example, about programming that is online.  And software

1    engineers, they just approach search engines slightly

2    differently from, say, you know, a non-software engineer.

3            So these queries would often be long.  People look

4    for error messages, very arcane documentation.

5            And so being good at that is its own little

6    specialized skill in itself.

7            THE COURT:  Thank you.

8    BY MR. SMURZYNSKI:

9    Q    As you looked out at the landscape, you believed

10   that if you could get to 2.5 percent of the users that Neeva

11   would have a sufficient scale that it could successfully

12   compete as a search engine in the markets you were focused

13   on; is that right?

14   A    So the 2.5 number is exceptionally specific.  So

15   there, you know, you need additional context.  I'm reluctant

16   to a comment to a number like that without the specifics.

17           But roughly speaking, we felt that if we had

18   several million subscribers as opposed to users, then, you

19   know, like our estimate was that if we made between, call it

20   like 200- to $300 million in annual revenue; or if we had a

21   clear path for getting there, we could be more

22   self-sustaining, and this revenue would support both a

23   somewhat larger engineering team than the one that, you

24   know, we had.  We were about 50 people at the time, and my

25   estimate was that we would need to roughly between double

```
 1    and triple.  So, you know, not thousands but 100 to 150

 2    engineers.

 3              But also being able to run a search system that

 4    would at least serve the United States and western Europe

 5    well, and running that has its costs.  And so the

 6    2.5 percent number likely needs to be looked at with the

 7    lens of like fraction of U.S. investor in Euro population.

 8    If you roughly assume that that's about 800 million people,

 9    the 2.5 percent then gives you about 20 million subscribers

10    at $50 a year, you know, then you end up with a certain

11    amount of revenue.

12              So these are sort of rough numerals that we had in

13    mind with regards to how we thought about the business of

14    Neeva, and we used it to also answer questions like, "Hey,

15    should we be raising another round."

16              We were funded to continue to operate until like

17    the middle of this year, so this was last year.  So these

18    were some of the calculations that we would use in order to

19    figure out whether there was a viable path forward for the

20    company.

21         Q    And I appreciate that 2.5 sounds more specific

22    than perhaps you were thinking about it, but at roughly that

23    scale, you believe Neeva could compete successfully with

24    Google, correct?

25         A    Yes.
```

1    Q    In front of you in the black binder -- excuse me,

2   not in the black binder.  Let me get for you a document.

3         MR. SMURZYNSKI:  Your Honor, may I approach?

4   BY MR. SMURZYNSKI:

5    Q    Dr. Ramaswamy, we have in front of you a document

6   that's been marked as DX690.

7    A    Yes, sir.

8    Q    And we won't show all of it on the screen, we can

9   show some of the pages.

10        Do you recognize that deck?

11   A    You should give me like at least the -- like the

12  rough time when this was used.  I can guess, but it's easier

13  for me if you tell me the time frame when this document was

14  prepared.

15   Q    I believe this is circa 2019.

16   A    Okay.

17   Q    Does that help you place it?

18   A    It establishes context for the document certainly.

19        Please go ahead.

20   Q    And you recognized this as a presentation that

21  Neeva put together?

22   A    Yes, sir.

23        MR. SMURZYNSKI:  Your Honor, we move DX290 into

24  evidence.  Excuse me, 690.  My apologies.

25        MR. DINTZER:  Your Honor, we have no objection to

3781

```
 1   this exhibit, admitting it.

 2              THE COURT:  Okay.  So 690 is admitted.

 3                           (Defendant's Exhibit DX690

 4                             received into evidence.)

 5   BY MR. SMURZYNSKI:

 6        Q    And if you would turn to the page 15 on the bottom

 7   center, you'll see there are certain, what we call Bates

 8   numbers, and at the page .015.

 9        A    Yeah, okay.  It's in front of me.  Yes, sir.

10        Q    And this is a slide entitled "The Tech Vision"?

11        A    Yes.

12        Q    And in the bottom bullet, you write, "Reimagine

13   search ranking using modern ML."

14        A    Yes.

15        Q    And then below that, "Use learn to rank and deep

16   learning in lieu of traditional information retrieval"?

17        A    Yes.

18        Q    And below that, "Use deep learning NLP for content

19   understanding and personal language models."

20              My first question is very simple.  What does "NLP"

21   mean in that sentence?

22        A    It's natural language processing.

23        Q    And what were you communicating would be different

24   about Neeva's approach to search ranking in that slide?

25        A    See, we spoke yesterday about the part of scale
```

 1    and how scale was important to develop a search engine which

 2    uses things like query ClicData in order to figure out the

 3    most popular domains in order to figure out the best pages

 4    for search queries.

 5              Investors understand that.  And so one of the

 6    questions that they always have is how an upstart -- how a

 7    startup, which definitely has no users to start with, is

 8    able to create a search experience that can compare with

 9    both the years of software expertise that, say, a Google or

10    a Bing has put in but also needs like the data from users

11    and usage.

12              And directionally what, you know, this slide talks

13    about are the techniques that we thought at the time, 2019,

14    that we could use in order to catch up with Google so as to

15    have a realistic chance of having a good product of

16    acquiring more users and setting off, you know, what you can

17    think of as a virtuous flywheel of user acquisition and

18    comments are increases in the quality of the search engine.

19              Natural language processing, it's not -- you know,

20    has gone more into things like language models that we all

21    hear about.

22              Offered the tantalizing possibility, this is now

23    four years ago, that it could be used as a short circuit to

24    make ranking better in ways that Google and Bing did not --

25    did not do.

1            And so that was the rough idea.  And as I said, in

2    a number of cases, for example, when it comes to figuring

3    out concepts for a query, related queries, or correcting

4    misspellings that people often have when they type in or

5    speak queries, we were able to very, very successfully do

6    that.

7            We were also able to use content understanding,

8    which is roughly to understand what the main intent of a

9    pretty long page is.  Documents are often, you know, 1500,

10   2,000, sometimes longer words and more.  And it's a

11   formidable problem to figure out whether a document is

12   relevant to a query.  And so content understanding becomes

13   very useful because it gives you a way to succinctly talk

14   about what's in a document.

15           So we've used a number of these techniques to --

16   in order to make the quality of the search experience

17   better.

18           So like many of the technical hypotheses up here

19   were things that we proved over the course of the following

20   three years after this presentation.

21   Q    And Neeva grew that with its own talent and staff;

22   is that right?

23   A    That's correct.

24   Q    And in growing those models, Neeva didn't have

25   access to the click-and-query data that, say, a Google had

1    or a Bing had; is that right?

2        A    So we were able to license some anonymous

3    information that served as basically a bootstrap for some of

4    these models.  And so -- but this is widely accessible,

5    certainly, to, you know, to Google and Bing.  And in that

6    sense, these were small datasets, these were not special.

7    And definitely much of the software, the rating systems that

8    we use, the data that we got from raters, these were all

9    things that we invested in ourselves.

10       Q    And you mentioned licensing a certain dataset.

11   Approximately how much did Neeva pay to license that

12   dataset?

13       A    I need to confirm that it is.  I'm pretty sure it

14   was several million dollars a year.

15       Q    Okay.

16            But some number under, say, 5 million a year?

17       A    I think that's a pretty reasonable bet.

18            You know, we had raised our -- startups are

19   exceptionally conscious about how much money they have to

20   spend because they have limited amounts to spend, you know,

21   spend at it.  And so honestly we could not offer to spend

22   very large amounts, so it was -- I'm pretty sure it's in the

23   small single-digit millions.

24       Q    And there came a point in time, and you've

25   mentioned this, where Neeva launched what it called Neeva

1    AI?

2         A    Yes, sir.

3         Q    And that was released in early 2023?

4         A    That was like the first week of January this year.

5         Q    And what was the functionality that Neeva AI added

6    that the regular Neeva did not have?

7         A    So Neeva, generally speaking, search engines, for

8    the past 25 years, have been the business of providing links

9    to users.  Google used to famously be proud of how little

10   time people spent on its search result pages.

11        But, you know, people that work in search have

12   always known that this was actually a, you know, an

13   approximation to the thing that people really wanted which

14   is that for many, many queries, they wanted the answer to

15   the question that they asked.  You can imagine for factual

16   queries, I don't know, how tall is Mount Everest, you might

17   just want the answer, you might not want to click on, you

18   know, on a link.

19        And especially like these days where many pages

20   that you go to have unpleasant experiences, lots of ads and

21   stuff like that, there's more intuition to believe that

22   people would prefer answers whenever possible.  Obviously if

23   you're in the business of buying a shoe, you want to go to a

24   place that can sell you that shoe.

25        And so Neeva AI takes this to the next sort of --

```
1    you know, takes the next logical step here, which is by

2    deeply understanding the web, by being able to index and

3    retrieve the best pages for a query, and by understanding

4    the content of these pages.

5              We -- and using AI models, language models, we

6    would be able to generate a succinct.  We, you know, we shot

7    for about 80 or so words.  But we would be able to generate

8    a succinct answer for the question that people were asking.

9              And I'm sure all of you are familiar with things

10   like ChatGPT which has similar functionality, but because it

11   does not use a retrieval system is very prone to, well, you

12   know, what we as computer scientists euphemistically call

13   hallucination which is making up stuff.

14             But so we wanted Neeva AI answers to be believable

15   so we develop technology where we would cite every sentence

16   that we would write in the answer to the source where it

17   came from.  And by virtue of the fact that we continuously

18   crawl the web in real time, we would also be able to answer

19   topical questions, for example, about breaking news.

20             So that was Neeva AI, which is for 50, 60 percent

21   of queries, we would generate this single summary answer

22   that would answer the question that the user was looking to

23   get more information about.

24             And by all accounts, this was an amazing

25   experience and both the anecdotal feedback as well as the
```

1  stats that we measured showed that people are very happy

2  with this experience.

3          You know, we talked earlier about why an upstart

4  search engine would even want to come into existence.  It

5  was because of this firm belief that we had that we could in

6  fact create a better search experience if we were open to

7  doing it and opportunistic about it.  And in my mind, UII

8  represents the culmination of that belief that there was a

9  better way to search and that there was a better way for

10  users to get at what they were looking for.

11          MR. SMURZYNSKI:  If I may approach, Your Honor?

12  BY MR. SMURZYNSKI:

13      Q    Dr. Ramaswamy, you have a document in front of you

14  that's been marked as DX299.  Is this the blog post that

15  Neeva issued in connection with the launch of Neeva AI?

16      A    That's right.  I co-wrote this blog post.

17          MR. SMURZYNSKI:  Your Honor, we offer DX299 into

18  evidence.

19          MR. DINTZER:  No objection, Your Honor.

20          THE COURT:  Okay.  It will be admitted.

21                              (Defendant's Exhibit DX299
                                 received into evidence.)
22

23

24

25

1    BY MR. SMURZYNSKI:

2        Q    And I think, Dr. Ramaswamy, you described much of

3    what's in this blog post already but I'd like to focus you

4    on the second page of it and then the -- the bottom portion

5    and in the paragraph that writes, "Neeva integrates search

6    and AI deep in its core."

7            And you write, "Thanks to Neeva's independent

8    search stack as we look at a page, we understand its

9    contents, incoming links, and other authority signals that

10   tell us whether the page is important and useful."

11           Do you see that?

12       A    Yes, sir.

13       Q    And there, you're referring to the documents that

14   have been stored in Neeva's index; is that right?

15       A    That's right.

16       Q    And you are using these large language models to

17   understand the contents of those documents, correct?

18       A    That's right.

19       Q    I want to switch topics now.

20           You recall yesterday talking about the visibility

21   of Neeva on Apple Safari browser or the lack thereof?

22       A    I would not use the word "visibility" since there

23   was none, perhaps "accessibility" is a more appropriate

24   word.

25       Q    Understood.

1          Let's put up, we have a demonstrative we used

2     before, DXD6.

3          And, Dr. Ramaswamy, this is a collection of

4     screenshots from an iOS device.  Do you recognize that?

5     A     Yes, I do.

6     Q     And I want to focus on the right-most screenshot.

7     A     Yes, sir.

8     Q     And make sure I understand your testimony.

9          Your request of Apple was that Neeva be listed

10    along with the other five search engines that are currently

11    listed on that screenshot; is that correct?

12    A     That's correct.

13    Q     And Apple did not agree to that; is that right?

14    A     All our discussions just didn't go anywhere.

15    Q     And to your knowledge, there was nothing about any

16    agreement between Google on the one hand and Apple on the

17    other hand that would have prevented Apple from listing

18    Neeva as the sixth search engine on that page?

19          MR. DINTZER:  Objection; foundation.

20          THE COURT:  Just rephrase the question.

21    BY MR. SMURZYNSKI:

22    Q     To your knowledge, is there anything about any

23    agreement between Google and Apple which would prevent Apple

24    from listing Neeva on that page with the other five search

25    engines?

1      A      Look, I don't know the point of this question.

2             Yes, of course, to my knowledge, there is not.

3   But a lack of my knowledge doesn't imply anything about the

4   presence or absence of any such agreement.  I'm not sure I

5   follow what you're asking.

6      Q      My only question is your knowledge, sir.

7      A      Yes, to my knowledge, there is nothing that would

8   prevent Apple from adding Neeva there.  You know, I'm one

9   person, my knowledge is limited.

10     Q      Let me change topics.

11            You testified that in May of 2023, Neeva was --

12            THE COURT:  Could I interrupt?

13            I want to ask a follow-up.

14            MR. SMURZYNSKI:  Certainly.

15            THE COURT:  What's your understanding of why Apple

16  did not advance the discussions to include Neeva in the list

17  of alternative search engines?

18            THE WITNESS:  I honestly don't know.

19            You know, some of these -- there is not a clear

20  process.

21            Again, this is hearsay, you should take it for

22  what it is.

23            THE COURT:  We've had a lot of that.

24            THE WITNESS:  It's not even -- you know, it is not

25  even clear, by the way, that all of the people that were

1    listed there have commercial agreements with Apple.

2            We were perfectly willing to enter a commercial

3    agreement, pay Apple money, if that's sort of what it would

4    take, because it was, you know, it was important for Neeva

5    as a company.

6            It's one of these situations in which, you know,

7    you spend sometimes months negotiating and things sort of

8    peter out and somebody doesn't want to engage.

9            And I'm well connected with Apple, but it doesn't

10   mean that I can get answers.

11           MR. SMURZYNSKI:  If Your Honor's questions are

12   answered, let me switch topics.

13   BY MR. SMURZYNSKI:

14       Q    Dr. Ramaswamy, in May of 2023, Neeva was sold to

15   Snowflake; is that right?

16       A    Yes, sir.

17       Q    And the amount that Snowflake paid for Neeva was

18   $185 million, correct?

19       A    That is a confidential transaction between Neeva

20   and Snowflake and I'm not, you know, I'm not at liberty to

21   disclose the amounts.

22       Q    Let me hand you a document which is Snowflake's

23   10Q to assuage your concerns about talking about the number.

24       A    Sure.

25           MR. SMURZYNSKI:  If I might approach, Your Honor.

3792

1           THE WITNESS:  I'm sure you're going to tell me

2    which page I should be looking at.

3    BY MR. SMURZYNSKI:

4      Q    Dr. Ramaswamy, I'll represent to you that this is

5    Snowflake's Form 10Q for the period ended -- for the quarter

6    ended July 31, 2023.  Do you see that?

7      A    That's right.

8      Q    And if you would turn, please, to page -- it's

9    page 28 of the document, and it's got a -- it actually has a

10   page 23 on the bottom, they're sort of two-page systems.

11     A    Yep.

12     Q    And this 10Q of Snowflake's indicates that

13   Snowflake acquired all the outstanding stock of Neeva, Inc.

14   for a total preliminary consideration of 185.4 million in

15   cash.  Do you see that?

16     A    I do.

17     Q    And it says "preliminary consideration."

18          Is there potentially further consideration?

19     A    There's -- this is largely correct.

20          There is, as I'm sure you likely know, a bunch of

21   accounting conditions that happen at the end of every

22   transaction, but they changed this amount in very minor

23   ways.

24     Q    And I believe you testified yesterday that

25   Neeva's -- the capital that Neeva raised was approximately

3793

1    $80 million; is that right?

2         A    I don't recall testifying that.

3         Q    Okay.

4              Let me ask you a different question.

5              Did Neeva raise approximately $80 million in its

6    lifetime?

7         A    It was somewhat more than that but that's in the

8    rough ballpark.

9         Q    Rough ballpark.

10             And doing the math, when Neeva sold to Snowflake,

11   there was at least a 2X return on the investment, correct?

12        A    So the way that venture funding works is that the

13   investors get what is called, you know, a preference in the

14   return.

15             And the -- if the amount paid for a company is

16   between the preferred amount that was invested into the

17   company and the valuation of the previous round, which we

18   have publicly said was $300 million, if the company sells

19   for between the amount raised and the 300 million, the

20   investors just get their money back, and the remaining money

21   is allocated to the common, which is the employees,

22   including me, of the company.

23             So the investors themselves, and as I've testified

24   yesterday, I was one of the investors in the first round,

25   the investors basically got their money back.  And in the

1    realm of venture investing that is not considered a success,

2    and so -- but it was not a complete failure in the sense

3    that investors got their money back.

4        Q    I don't want to focus on the waterfall or the

5    specifics of the preference --

6        A    Oh, no.  There's a black-and-white difference

7    between a 1X return and a 2X return.  I'm merely pointing

8    out that this was a 1X return for investors.

9        Q    For investors.

10            But in the aggregate, Neeva was sold for more than

11   twice as much as had been cumulatively invested in the

12   company; is that correct?

13       A    That is correct.

14       Q    And Snowflake's business is an enterprise

15   business, correct?

16       A    That is correct.

17       Q    And what Snowflake -- the reason Snowflake stated

18   it was acquiring Neeva was because of Neeva's enterprise

19   search capacity; is that right?

20       A    It was a number of things.

21            One is definitely the technology that we had built

22   in the area of word crawl and search.

23            Crawl, it turns out, is an important asset in the

24   business of language models which clearly has become an

25   important and hot field.

1              Sit was for our expertise in crawl, definitely our

2      expertise in search.

3              But just as importantly, in the last 18-ish months

4      of Neeva's existence, we dialed up both expertise and

5      software for being able to use language models effectively,

6      inexpensively, and accurately.

7              As I said earlier in the testimony, the techniques

8      that we dial up for Neeva AI, for example, that you

9      hopefully showed the blog post for, are ones that mainstream

10     search engines are still in the process of launching.

11             And similar techniques, especially having to do

12     with retrieval, are pretty valuable even in an enterprise

13     context.

14             So Neeva was -- Snowflake acquired Neeva both for

15     the technology that we had developed in a way that was

16     applicable in its business but also for the team that we had

17     assembled.

18             You know, we have experts in a number of areas,

19     including crawl and search and language models, and

20     Snowflake was very keen on having them work at Snowflake on

21     these technologies.

22             So this represents consideration both for the

23     technology as was the talent that was part of Neeva.

24             MR. SMURZYNSKI:  Thank you, Your Honor.  I have no

25     further questions.

1              THE COURT:  All right.  Thank you.

2              Before we begin the redirect, let me -- can I

3     follow-up on a topic we covered yesterday?

4              THE WITNESS:  Yes, sir.

5              THE COURT:  We talked about defaults, and you

6     expressed your views about defaults and the importance of

7     defaults.

8              Let me ask you a question that has been sort of

9     central to this case and that is why Google pays for

10    defaults, your understanding of why it pays billions of

11    dollars a year to secure default search engine.  You know,

12    what's your understanding of the business justification for

13    that, making those payments?

14             THE WITNESS:  Basically, when it comes to a number

15    of things in our online lives, on the phone or on a

16    computer, the defaults that these devices ship with are the

17    ones that the vast majority of people are going to simply

18    stick with, they're not going to change them.

19             And so being the default in that sense is

20    enormously powerful because, you know, pious prose around

21    "competition being a click away," notwithstanding in

22    practice, they don't change.  And so it is a very powerful

23    place to be.

24             Not that there's anything wrong in being in

25    powerful places, but it is a very powerful place to be, and

```
 1   it's across the board.  And search is one of the most
 2   profitable businesses ever.  And so defaults in search,
 3   therefore, have a very meaningful impact on, you know,
 4   Google's top and bottom line.  That's part one.
 5            The payments that are made to various entities,
 6   whether it is Apple or the mobile carriers or browsers,
 7   provide an incredibly strong incentive for the ecosystem to
 8   not do anything.
 9            Is it hard for Firefox, which, you know, came off
10   age as a user first, privacy focused browser, is it really
11   hard for them to offer a choice screen that says, "Hey, pick
12   your search engine.  We understand this is important for
13   you.  And Neeva is no longer there."
14            But, you know, that -- because it's different, we
15   can quibble with exactly how much privacy it offers, but
16   it's a real company and they try really hard to do the right
17   thing.
18            Is it hard for Firefox to offer this choice
19   screen?  Absolutely not.  It is a matter of a few days of
20   work, but it represents a disruption to, you know by all
21   accounts, several hundred million dollars of payments that
22   they receive every year.  And so there's a strong incentive
23   to not do anything.
24            So you ask about what do the payments accomplish?
25   The payments effectively make the ecosystem exceptionally
```

1    resistance to change.

2            And all of these things can happen with no

3    mal-intent whatsoever.

4            It's like do you really want to disturb the things

5    that makes most of your money.  I'm sure there are other

6    ways to innovate.  It's the rough thinking that prorates the

7    ecosystem.

8            And then when it comes to mobile operating

9    systems, these payments are shrouded in exceptionally

10   complicated contracts that will basically freeze even the

11   exec staff of most of these companies into not wanting to

12   touch it, because if you wanted to --

13           I think, I told you folks earlier, that we had a

14   pretty senior exec from one of the mobile carriers that, you

15   know, he truly fell in love with Neeva, loved the product,

16   he's like, I'm going to make this happen.  You know, he

17   goes, talks to like his superiors and to his lawyers, and

18   they're like "this is a headache, drop it," you know; and he

19   drops it.

20           And so that's the net effect of the -- of the

21   payments.  They basically freeze the ecosystem in place

22   effectively.

23           THE COURT:  Thank you.

24           Any follow-up to the questions?

25           MR. SMURZYNSKI:  No, Your Honor.

```
 1                    THE COURT:  All right.

 2                    Mr. Dintzer, redirect?

 3                    MR. DINTZER:  Thank you, Your Honor.

 4                                - - -

 5                         REDIRECT EXAMINATION

 6    BY MR. DINTZER:

 7        Q    I just want to follow-up, sir, on the 2.5 percent

 8    number.  That was the number of subscribers that Neeva would

 9    have; is that right?

10        A    Roughly, yes.

11        Q    The number of users would be a good deal greater

12    than that?

13        A    Again, the -- sort of the time component is

14    important.  You know, that document in 2019 was written at a

15    time when we had not contemplated a premium model.  The

16    premium model came later.

17                    But, you know, roughly speaking, in order to

18    sustain a company that's in the business of running a search

19    task for, you know, a billion people and also support an

20    engineering and product staff that can create and maintain

21    that, our estimate was that it would be several hundred

22    million dollars to get to that point and then things like

23    the 2.5 percent are honestly reverse engineered from, you

24    know, approximately $250 million.

25                    MR. DINTZER:  Okay.  No further questions,
```

3800

```
 1    Your Honor.

 2              MR. CAVANAUGH:  No questions, Your Honor.

 3              THE COURT:  Dr. Ramaswamy, thank you very much for

 4    being here and your time --

 5              THE WITNESS:  Thank you.

 6              THE COURT:  -- and safe travels home.

 7              All right.  Are plaintiffs prepared to call their

 8    next witness?

 9              MS. TRAGER:  Lara Trager for the United States.

10              The United States --

11              THE COURT:  Is it -- remind me what --

12              MS. TRAGER:  L-a-r-a, T-r-a-g-e-r.

13              The United States calls Joshua Lowcock.

14              COURTROOM DEPUTY:  Before you have a seat, could

15    you please raise your right hand.

16              (Witness is placed under oath.)

17              COURTROOM DEPUTY:  Thank you.

18              THE COURT:  Mr. Lowcock, welcome.

19              THE WITNESS:  Thank you.

20              MS. TRAGER:  Your Honor, we've prepared binders.

21    May I approach?

22              THE COURT:  Sure.

23

24

25
```

```
 1                              - - -

 2   JOSHUA LOWCOCK, WITNESS FOR THE PLAINTIFFS, SWORN

 3                       DIRECT EXAMINATION

 4   BY MS. TRAGER:

 5        Q    Good morning, Mr. Lowcock.

 6        A    Good morning.

 7        Q    My name is Lara Trager.  I represent the

 8   United States, and I'll be asking you some questions this

 9   morning.

10             Would you please say and spell your full name for

11   the record.

12        A    My name is Joshua Lowcock.  It's spelled

13   J-o-s-h-u-a.  Lowcock is L-o-w-c-o-c-k.

14        Q    And, Mr. Lowcock, we haven't met before, have we?

15        A    No.

16        Q    Mr. Lowcock, where do you work?

17        A    I work for Universal McCann, part of Interpublic

18   Group.

19        Q    And could you please describe Universal McCann's

20   and Interpublic Group's business?

21        A    So Interpublic Group is a holding company.

22   It holds mobile advertising and media agencies.

23             I work for Universal McCann, otherwise known as

24   UM.  UM is a media agency.  We buy advertising on behalf of

25   clients.  I always like to distinguish a media agency from a
```

1    creative agency.  So we buy ads; we don't make, create.

2    Q    So IPG purchases and places advertisements on

3    behalf of its clients?

4    A    That's correct.

5    Q    And what is your current title?

6    A    I'm the global chief media officer at UM.

7    Q    And how long have you held that position?

8    A    I've had that position for about three years.

9    Q    And could you describe your responsibilities as

10   global chief media officer?

11   A    My responsibilities, I'm an advocate on behalf of

12   clients, I negotiate with media partners, I advise clients

13   on where to invest their advertising budgets.

14   Q    And prior to your current role, what was your

15   previous role?

16   A    My previous roles at UM, I was the chief digital

17   officer.  I was the global brand safety officer.  Prior to

18   UM, I worked at Mediavest, which is part of Publicis Groupe,

19   another holding company, a competitor to IPG where I worked

20   on a number of other accounts.

21            THE COURT:  And, I'm sorry, just to make sure

22   I have all the acronyms.

23            THE WITNESS:  Apologies.

24            THE COURT:  No, no.  It's all right.

25            So Universal McCann is UM.

3803

1              And then IPG?
2              THE WITNESS:  Is Interpublic Group.
3              THE COURT:  Interpublic.  Okay.  I missed the
4    "inter" part.  All right.  Thank you, sir.
5    BY MS. TRAGER:
6         Q    At this point, how long have you worked in the
7    business of digital advertising?
8         A    About 20 years.
9         Q    So we'll be talking about digital advertising
10   today.  Could you tell us how you define "digital
11   advertising"?
12        A    Digital advertising is any advertising that is
13   bought and sold on digital properties, whether that be
14   search engines, online websites, social media platforms, but
15   also includes connect to television and other digital
16   delivery channels.
17        Q    And those delivery channels -- let me start over.
18             For digital, I heard you mention search; is that
19   right?
20        A    That's correct.
21        Q    Could we focus on search advertising for a moment?
22   How do you define "search advertising"?
23        A    Search advertising can be defined as advertising
24   that you buy in response to people conducting a search on a
25   search engine or platform.

1      Q     And search advertising appears on a search engine

2   results page or SERP?

3      A     That's correct.

4      Q     And could you describe for us, what is the primary

5   use case of search advertising?

6      A     The primary use case of search advertising is to

7   capture users' intent.

8      Q     So could you elaborate on what you mean by

9   "capturing users' intent"?

10      A     So when an individual goes to a search -- a search

11   engine, as an example, they type in a query.  When they type

12   in a query, they're expressing intent.  A search engine

13   results page, SERP, will load in response to that, and we

14   can bid on advertising to appear at the top of the search

15   engine results page.

16      Q     And how are search ads priced?

17      A     Search ads are priced in an auction format.  So

18   you bid in an auction that's conducted in real time and

19   they're priced on a CPC, a cost per click.

20      Q     So the advertiser only pays if the user clicks?

21      A     That's correct.

22      Q     Okay.

23            And what is the typical role that you and your

24   business play in determining the objectives and budgets for

25   your clients?

3805

1      A     That's a two-part question.

2            So clients determine the objectives of their

3    advertising campaign on a campaign basis and they set an

4    overall budget for their entire advertising spend.

5            And then what we do on search specifically is, we

6    determine the budget allocation to search and then the

7    keywords that are going to be used that we're going to bid

8    on because when people type something in, we bid on the key

9    words that they type in and we determine what the budget

10   thresholds we're prepared to pay for a keyword.

11     Q     So let's pull up a document to help ground our

12   discussion.

13           MS. TRAGER:  Could we please pull up UPX926.

14   BY MS. TRAGER:

15     Q     And, Mr. Lowcock, I've handed you a binder; it's

16   tabbed by exhibit number.  Could you turn, please, to

17   UPX926.

18           Do you recognize this document?

19     A     Yes, I do.

20     Q     What is UPX926?

21     A     It's an internal document for Reprise, which is

22   our agency that specializes in search advertising and it's

23   information for employees on how to set up a paid search

24   campaign.

25     Q     And do you oversee Reprise's work for your

1  clients?

2      A    Yes, I do.

3      Q    Please direct your attention to Section 1.3 on

4  page 3 of UPX926 at the header labeled "Campaign."

5           It's the page with Bates stamp ending 2683, and it

6  should also be on the screen in front of you.

7           The first sentence there, reads, "Depending on the

8  goal, there are different types of campaigns you can

9  select."

10          And you mentioned that clients set their

11 objectives.

12          The types of campaigns that you recommend to your

13 clients, could you explain how those depend on their

14 objectives or goals.

15     A    Yes.

16          So within search, there's mobile campaign types

17 that you can buy.

18          I'll ground it again.  Regardless of the campaign

19 type you're buying, you're paying on a CPC, a cost-per-click

20 basis, but you can optimize for share of voice.  And so what

21 that means is based on the number of queries, you want to

22 maximize an amount of time that you appear in the search

23 results as a paid search result.

24          You can optimize for clicks, so you're optimizing

25 for them, the number of clicks that you receive, so you want

3807

1   more clicks on your ads.

2          You can optimize for conversion events, and so a

3   conversion event is, there will be data on your client's

4   website, someone clicks on an ad, you're expecting an action

5   to occur on the website so you're actually -- you're paying

6   for the click but you're optimizing for some behavior on the

7   end website, maybe to complete a transaction or download a

8   file, something like that.

9       Q    And let's actually take a step back and turn to

10  page 5, the tiles at the top of that page of UPX926, it has

11  the Bates stamp ending 2685?

12          MR. SOMMER:  I'm sorry to interrupt, Your Honor.

13          Is this in evidence since it's up on the screen

14  and we're reading from it?  I don't have the list in front

15  of me.

16          MS. TRAGER:  No, it is not.

17          Move to admit UPX926.

18          MR. SOMMER:  No objection.

19          THE COURT:  926 will be admitted.

20                              (Plaintiffs' Exhibit UPX926
                                    received into evidence.)
21

22  BY MS. TRAGER:

23      Q    And do you see the boxes at the top under the

24  header "Select Campaign Type" that break out search,

25  display, shopping, video, and discovery separately?

3808

1          A     Yes, I do.

2          Q     So broadly speaking, what are some examples of the

3    overarching goals an advertiser might have for an ad

4    campaign, whether it be search or other --

5          A     I mean --

6          Q     -- tasks?

7          A     -- in search campaigns, the primary goal is always

8    to obtain a click and drive it to the advertiser's own

9    website or destination that the advertiser has determined.

10          In the other examples that are on here, they get

11    into sort of very specific detail.  So if I take as an

12    example the shopping ad, if a client had products for sale,

13    then they were retailing them to consumers directly.

14          One of the things might be to do is to surface

15    specific products to drive someone not to the home page of

16    the website, but to a specific product page on a website.

17    BY MS. TRAGER:

18          Q     And you just -- so are there different types of

19    search ads?  You mentioned shopping.  Is that another type

20    of search ad?

21          A     Shopping is another type of search ad.

22          The examples on here are different types of -- on

23    this page 5, are different types of search ads.

24          Q     Would you like some water, Mr. Lowcock?

25          A     I'm good.  Thank you.

1    Q    So let's turn for a second to the second tile here

2    that's labeled "display."

3          These are not search ads, are they?

4    A    No, they are not.

5    Q    Okay.

6          Let's focus first before we turn to the display

7    ads on the two that you mentioned are search ads, the first

8    tile and the third tile, labeled "Search and Shopping."

9          Do you see where underneath search it says, "Reach

10   customers interested in your product or service with text

11   ads"?

12   A    Yes, I do.

13   Q    What is a text ad?

14   A    I'll have to walk through an example.

15         So if you start on a search engine, you type in a

16   search query, the page loads, the page essentially is

17   divided into two parts, the top part of the page will have

18   paid search ads, they appear as text so that's what a text

19   ad is.

20         Below the fold is organic results which are

21   determined by the search engine based on their algorithm.

22   So a text ad is just simply text, there's no image, there's

23   no video, it is text only.

24   Q    And perhaps if it would be helpful to have

25   something to ground this visually.

1          MS. TRAGER:  Could we please pull up page 5 of

2    UPX12.  We've marked that page as UPD12.  This page is in

3    evidence.

4          MR. SOMMER:  I'm sorry.  Just one moment.  Our

5    screen is not working here so I want to be able to follow

6    along.

7          We're good.  Thank you.

8    BY MS. TRAGER:

9    Q    And you spoke to this a bit a moment ago, but

10   visually how do the text ads compare to the organic links

11   that a general search engine returns?

12   A    So that's an excellent question.

13        So text ads, the advertiser determines the content

14   of the text ad.  So if we use the example that's on my

15   screen here, in the blue box which is labeled "Text Ads,"

16   every line item there is determined by the advertiser, in my

17   case, the agency and my teams.

18        It also has the descriptor "ad" next to it.

19        The organic results -- red is content that's

20   determined by the search engine itself, and that content is

21   obtained from the web pages in the search engine's index or

22   the database that the search engine is using to surface

23   results.

24   Q    And what can text ads be used to advertise?

25   A    Text ads can be used to broadly advertise any

1    product or service.

2        Q    Assuming that they meet the policy requirements of

3    the platform, are there any categories of advertisers unable

4    to advertise with text ads?

5        A    No.

6        Q    And focusing on the second search ad category that

7    we looked at, the shopping ads, are those sometimes referred

8    to as product listing ads or PLAs?

9        A    That is correct.

10       Q    And could you describe the characteristics of

11   shopping ads?

12       A    So shopping ads, there's a number of requirements

13   for shopping ads.

14            Shopping ads require you to provide a data feed to

15   the search engine.  And so what that means is, and I'll say

16   a retailer as an example, a retailer needs to provide access

17   to the search engine of what inventory they have available.

18   They also provide images as well.

19            The difference with shopping ads is it's not

20   broadly available to all advertisers because, again, you

21   need to provide a fee to the search engine.

22       Q    So in order for an advertiser to use a shopping

23   ad, the advertiser needs to sell a product?

24       A    Yes.

25       Q    And the Court has heard some testimony on this

```
 1   before, so we'll try to keep this brief, but you mentioned
 2   the text ad "Auction."  For shopping ads, how are shopping
 3   ads sold?
 4       A    There's two parts to the way shopping ads are
 5   sold.
 6            So shopping ads can be sold on an auction basis.
 7            In certain times like during the pandemic,
 8   shopping ads were serviced all organically at the time.
 9       Q    And when shopping ads are sold in an auction, is
10   that the same auction or a different auction than the
11   auction for text ads?
12       A    It's a different auction.
13       Q    How does the auction for shopping ads differ from
14   the auction for text ads?
15       A    They're two separate auctions.
16       Q    If we could turn for a moment back to UPX926 at
17   page 18?
18            THE COURT:  I'm sorry, could I ask a question
19   quickly?
20            With respect to shopping ads, would it be fair to
21   draw the conclusion that advertisers with greater means and
22   greater advertising budgets are in a better position to
23   place shopping ads than, say, a small mom-and-pop retailer?
24            THE WITNESS:  That would be an oversimplification.
25            It requires a level of sophistication to be able
```

```
 1    to run a shopping ad because you have to upload product
 2    inventory into Google.
 3              It's more likely that a more sophisticated
 4    business would be able to -- would do that.  So it's not
 5    necessary precluded from mom-and-dad -- -pop advertisers,
 6    it's just less likely to occur.
 7              THE COURT:  And the software to provide inventory
 8    information, how is that acquired?
 9              THE WITNESS:  Google provides tools to do that,
10    and there's third-party tools available to do that as well.
11              THE COURT:  Okay.  Thank you.
12    BY MS. TRAGER:
13         Q    So if we could focus on page 18 of UPX926 at the
14    header 1.11.1.  Let me know when you're there.
15         A    I'm there.
16         Q    The third sentence following the shopping header
17    reads, "It is not keyword based so it is fundamentally
18    different from standard search campaigns."
19              Do you see that?
20         A    Yes.
21         Q    Could you -- well, first, is standard search
22    campaigns there, what is that referring to?
23         A    Standard search campaigns refer to, I'll say,
24    non-shopping based campaigns where people enter a keyword
25    and we bid in the auction environment.
```

1      Q    So the text ads we've been discussing?

2      A    That's correct.

3      Q    And what does it mean that shopping ads are not

4  keyword based?

5      A    So shopping ads rely on product information to

6  actually occur and exist.

7           And, I mean, we're getting into now details of the

8  way the search engines work.

9           Search engines have, if you think about a search

10  engine result page at the top, there'll be different tabs or

11  buttons, one of the buttons will be shopping.  Shopping ads

12  can appear sometimes only in the shopping tab.

13     Q    Let's turn for a moment to page 4 of this same

14  document, UPX926.  It's the page with Bates stamp ending

15  2684 and take a look at the top of the page under the header

16  "Campaign Structure."

17          Do you see that?

18     A    Yes, I do.

19     Q    The second sentence there reads, "Orienting these

20  campaigns with the customer journey is critical so that you

21  can align all assets housed within the campaign to a common

22  and consistent goal."

23          Do you see that?

24     A    Yes, I do.

25     Q    How would you describe the customer journey in the

1    context of your work at IPG?

2         A    It's a great question.

3              The customer journey is complex.  Consumers don't

4    consume media in a silo, so they experience media across all

5    channels.

6              The purpose of advertising is to capture

7    consumers' attention and drive them through to a point of

8    conversion, and conversion is to purchase a product or

9    service.

10             So the customer journey, if you think about it, is

11   capturing their awareness -- like oversimplifying:  Driving

12   awareness, capturing intent, driving consideration, and

13   driving a decision to purchase.

14        Q    And are you familiar with the marketing funnel?

15        A    That is essentially what I described.

16        Q    Okay.

17             Does a customer need to be aware of a product

18   before they can buy it?

19        A    Yes.

20        Q    And how is that reflected in the marketing funnel?

21        A    Awareness is -- so if -- and I'm grossly

22   oversimplifying.  If you think of attention, interest

23   consideration, and decision is the marketing funnel with

24   decision the narrowest point of the funnel, awareness is

25   driven through brand campaigns.

1          Q     And in terms of the marketing funnel, where do
2    brand campaigns fall?
3          A     I'm not sure I understand the question.
4          Q     So are you familiar with the terms "upper funnel"
5    and "lower funnel"?
6          A     Yes.
7          Q     For advertising that as a tool is designed to
8    drive awareness, as you just mentioned, where in the funnel
9    is that type of advertising most effectively used?
10         A     To drive awareness is an upper funnel campaign
11   type.
12               THE COURT:  Mr. Lowcock, can I ask you a question?
13               The document that we're looking at is an internal
14   document.  Would you agree that the descriptions that are
15   contained here of digital advertising are sort of unique to
16   your company and your approach or do you think they are more
17   widely understood within the industry?
18               THE WITNESS:  I've worked at other agencies and
19   holding companies, it's consistent with what occurs across
20   the industry.
21               THE COURT:  Okay.  Thank you.
22   BY MS. TRAGER:
23         Q     So as an advertising tool, where does search
24   advertising fall in terms of the marketing funnel?
25         A     Search advertising sits in the lower part of the

1    funnel.

2        Q    Is advertising aimed at driving brand awareness?

3    You referred to that as brand advertising.  Did I hear that

4    right?

5        A    That's correct.

6        Q    And for search and lower funnel, are those types

7    of advertisements often referred to as performance

8    advertising?

9        A    That's correct.

10            THE COURT:  Could we just back up a second.

11            I think you sort of went through the points of the

12    funnel relatively quickly.  Could you restate how you view

13    that construct and what the stages are at a very high level?

14            THE WITNESS:  Yes, not a problem.

15            So, again, simplifying, awareness is at the top

16    end of the funnel.  So the purpose of awareness is to make

17    people aware of a product or a service.

18            The next step of the funnel is to drive, like,

19    intent and consideration, which is sort of the middle part

20    of the funnel.  So if you think -- imagine an advertising

21    campaign, and it's best to talk in examples, you would run a

22    brand campaign to announce a new motor vehicle or a new

23    movie, getting people excited about it.

24            The middle part of the funnel is to try and drive

25    some sort of -- like getting them closer to driving some

1    sort of behavior so to learn more about the product or

2    service.

3            And then the last step of the funnel, you know,

4    the decision phase, is driving that conversion.  So you're

5    trying to get them to actually take that final action.  So

6    you want them to go to a retailer, either physically or

7    online, or purchase a ticket or do something that actually

8    leads to that final sale.

9            THE COURT:  Got you.  Thank you.

10           THE WITNESS:  Not a problem.

11   BY MS. TRAGER:

12   Q    And turning back to the tiles on page 5, let's

13   focus briefly on the second box that was labeled display.

14           How would you define display advertising?

15   A    Display advertising is -- it's also called banner

16   advertising.  Display advertising consists of a visual image

17   displayed as a graphic in various sizes and formats.

18           It requires you to create a display advertising

19   banner and it can be bought in multiple different ways.

20   Q    And how does IPG use display ads -- well, actually

21   first, could you give an example of what one might see out

22   there on the Internet of a display ad?

23   A    So I'll give an example of a display

24   advertisement.  If you imagine that you visit a website, not

25   a search engine but a general publisher that has other

```
 1   content and information, you may be familiar with --
 2   typically there's a large banner at the top of the page with
 3   an advertisement or there will be rectangular boxes on the
 4   page featuring advertisements, say, solid images, graphics,
 5   it'll have images, text.
 6        Q    And in terms of the marketing funnel we were just
 7   discussing, where in the funnel is display advertising most
 8   effectively used?
 9        A    It's an upper funnel brand awareness tactic.
10        Q    As an advertising tool, what does display
11   advertising do with demand in the market?
12        A    Display advertising is primarily intended to drive
13   or create demand and drive awareness.
14        Q    And as an advertising tool, what does search
15   advertising do with demand in the market?
16        A    Search advertising is there to capture intent
17   after you have driven awareness.
18        Q    Okay.
19             THE COURT:  Can I ask a different question?
20             I'm on thewashingtonpost.com website, there's a
21   banner at the top.  How is -- can you help me understand how
22   that banner appears there and what the relationship is
23   between a Google or a Bing and The Washington Post that's
24   actually hosting or seemingly hosting the ad?
25             THE WITNESS:  Yes.
```

1          So that's a great question.  There's a lot to

2     unpack there.

3          So display ads can be bought on a direct basis,

4     and so direct basis is the agency negotiates directly with

5     the publisher to buy inventory.

6          Display advertising can also be bought on a

7     programmatic basis, and that's a very complex system of

8     demand and supply and real-time bidding to determine where

9     the advertising gets placed.

10          The relationship between Google and Bing in those

11     environments, it's unrelated -- it's broadly unrelated to

12     search.

13          Google may be the ad service so when display

14     advertising is served or delivered, it's delivered by an ad

15     server so the publisher is not putting the ad on the page,

16     and ad server is putting the ad on the page, and Google

17     operates in ad service, so we might be serving the ad

18     through Google's ad server products.

19          THE COURT:  So if you were on an ad server

20     product, could an advertiser designate the publishers that

21     it would like to put display ads on or categories of

22     publishers?

23          THE WITNESS:  It can be done.  It's complex, but

24     it can be done.

25          THE COURT:  Okay.  Thank you.

1    BY MS. TRAGER:

2        Q    And speaking still of display ads, are display ads

3    priced CPC, cost per click?

4        A    Display ads are priced in a myriad of different

5    ways.

6        Q    What is the most common way that display ads are

7    priced?

8        A    The most common way that display advertisers is

9    priced is on CPM, or cost per thousand.

10       Q    Cost per thousand what?

11       A    Cost per thousand impressions.

12       Q    And could you explain what an impression is.

13       A    An impression is the delivery of an ad.

14       Q    So when a user sees that ad?

15       A    It doesn't necessarily -- it doesn't necessarily

16   mean a user sees the ad.  There's a whole industry debate

17   about viewability.

18       Q    Understood.

19       A    But it means that there's a high probability that

20   the user has seen the ad.

21       Q    Are there impressions served on search ads that

22   the advertiser never pays for because they're not clicked

23   on?

24       A    That's correct.

25       Q    And turning back one -- for one last moment to

1    these tiles on page 5 of UPX926, do you see where under

2    "Discovery," it says YouTube and Gmail.  Is it your

3    understanding that this screenshot is from a Google product?

4        A    That's correct.

5        Q    Okay.

6             We can set that one aside.

7             And if you would turn to UPX449 in your binder.

8        A    I have that document.

9        Q    Do you recognize UPX449?

10       A    Yes, I do.

11       Q    What is UPX449?

12       A    So in a public group received a questionnaire out

13   of Europe regarding, I'll say, Google's practices in Europe.

14       Q    And were you involved in the preparation of the

15   process to respond to this request for information?

16       A    Yes, I was.

17       Q    What was your involvement in that process?

18       A    I was the primary drafter of the document.

19       Q    And were the responses in UPX449 the final

20   versions that were submitted ultimately to the European

21   commission?

22       A    Yes, they were.

23       Q    And was it important to you that the contents of

24   these responses be accurate?

25       A    Yes, it was.

1      Q    Let's turn to page --

2            MR. SOMMER:  Sorry, is this being offered?

3            MS. TRAGER:  Yes, we offer.

4            MR. SOMMER:  I object, Your Honor.  This is not --

5      it's hearsay.  It's also irrelevant.  It's not a business

6      record.  It was created in response to a request from the

7      European commission.  So it was not made in the ordinary

8      course.  And it involves proceedings and issues in Europe,

9      not in the United States, which is the subject matter in

10     this case.

11           MS. TRAGER:  So, Your Honor, we do have a 902

12     declaration and we have the primary drafter here on the

13     stand, he has personal knowledge.  And --

14           THE COURT:  So I understand there's a declaration,

15     but this almost by definition is not a regular course

16     document.  So I don't -- notwithstanding the declaration,

17     I don't think it qualifies as a business record.

18           I understand he has personal knowledge of the

19     contents and he can certainly testify about that, but

20     whether you're actually seeking to introduce the document

21     itself, I think I'm not -- it is hearsay, and it doesn't

22     qualify as a business record.

23           MS. TRAGER:  I'll endeavor to lay some foundation

24     for its relevance.

25           THE COURT:  If there's another basis I'm not

3824

```
 1   thinking of, I'm happy to consider it, but those are the
 2   obvious ones.
 3            MS. TRAGER:  We would offer it under Rule 807.
 4   It has all the indicia of reliability and I can lay some
 5   foundation with respect to his process and its relevance.
 6            MR. SOMMER:  Your Honor, I think Your Honor's
 7   suggestion to counsel is the right one.  I'm not objecting
 8   to her making inquiry on the subject matters in there, but
 9   it's plainly hearsay, and it's also irrelevant.  It involves
10   proceedings in Europe, not in the United States.  As I said,
11   I'm not objecting to the --
12            THE COURT:  Let's proceed.  Why don't you ask
13   him -- try and elicit the information you're seeking without
14   relying on the document.  If there is something you need to
15   point out to him to refresh his memory or jog his memory,
16   it would be appropriate to do that.  But I'm just not
17   convinced yet that the document is admissible.
18            MS. TRAGER:  Thank you, Your Honor.
19   BY MS. TRAGER:
20       Q    Mr. Lowcock, could you explain the differences in
21   your mind between "search" and "display" and whether or not
22   they are substitutable from your perspective in your
23   business?
24       A    Display advertising is primarily to drive
25   awareness, what we would call brand advertising.  Search
```

1    advertising is lower funnel, primarily intended to capture

2    intent.

3              I would not consider them substitutable.

4              MS. TRAGER:  And, Your Honor, in the event that we

5    offer this not for the truth of the matter, may I utilize it

6    in my questioning?

7              MR. SOMMER:  I move that --

8              THE COURT:  I'm not sure what other purpose

9    it would be offered for that's relevant.

10             MS. TRAGER:  Okay.

11   BY MS. TRAGER:

12        Q    And, Mr. Lowcock, if the price of Google's text

13   ads increased by 5 percent, would you recommend to your

14   clients to move their ad spend elsewhere?

15        A    No.

16        Q    Why not?

17        A    Because search advertising captures intent, the

18   consumer intent is -- advertising is always about reaching

19   an audience, and increasing price in search ads doesn't mean

20   that the audience has left the platform because that's --

21   pricing is independent of where, like -- if a price went up,

22   the audience is not going to shift away, they would still

23   continue to use a search engine, we would want to continue

24   to capture that intent.

25        Q    And, in fact, during your time at IPG has the

1    price of Google's text ads, even adjusted for inflation,

2    increased by more than 5 percent?

3         A    We haven't done that depth of analysis.

4         Q    Have you seen a trend with respect to CPCs of

5    Google's text ads?

6         A    There has been an increase in price of CPC on text

7    ads.

8         Q    And have your clients moved their ad spend away

9    from Google Search?

10        A    No.

11        Q    Mr. Lowcock, could you please explain whether you

12   consider any particular ad inventories or platforms to be

13   less tabs for an online ad campaign?

14        A    I would go so far as search would be mandatory in

15   any advertising campaign.

16        Q    And why is that?

17        A    Because it captures user intent and search

18   behavior can be driven by other advertising channels.

19        Q    And for what proportion of your advertisers do you

20   recommend that they --

21             THE COURT:  I'm sorry.  What do you mean "search

22   behavior driven by other channels"?

23             THE WITNESS:  So as an example, you might see an

24   ad on television or you might see an out-of-home

25   advertisement or hear an ad on the radio about a product or

```
 1   service.  Then when you have an opportunity to be in front
 2   of a computer or on your mobile phone, you'll actually
 3   conduct a search to discover more information about the
 4   product or service.
 5              THE COURT:  I see.  All right.  Thank you.
 6              So the difference in your -- this isn't the days
 7   of when you'd see an ad for a car on TV and you'd go to the
 8   dealership.  Today, you see an ad for a car on TV and the
 9   first thing you do is go to your computer to get more
10   information.
11              THE WITNESS:  Yeah, or your mobile phone, correct.
12              THE COURT:  Okay.  Got you.
13   BY MS. TRAGER:
14       Q    And for what proportion of your advertisers do you
15   recommend that they advertise on Google Search?
16       A    Every advertiser.
17       Q    And what proportion of your advertisers do, in
18   fact, advertise on Google Search?
19       A    Every client.
20       Q    And despite the trend in increasing CPC that you
21   referenced, do you plan to continue recommending that your
22   clients purchase Google Search ads?
23       A    Yes.
24       Q    And you mentioned the auction environment that
25   Google's text ads are sold in.  Are you familiar with the
```

1    concept of "reserve price"?

2         A    Yes.

3         Q    What is the reserve price in the text ad auction?

4         A    The reserve price is the minimum price you need to

5    bid and to be able to participate in the auction.

6         Q    And what determines the reserve price?  To your

7    knowledge?

8         A    The honest answer of what determines reserve price

9    is it's -- it's two factors, which is the platform itself

10   can determine the reserve price, and, separately, the

11   auction environment itself, the demand that other

12   advertisers have for the keyword can determine the price.

13        Q    What effect --

14             THE COURT:  Sorry to interrupt.

15             You said that you've noticed a trend of increasing

16   prices without quantifying what it may be.

17             Help me understand how you're able to identify an

18   increase in price when the price of an ad is then auction

19   driven -- is auction driven and not necessarily set by the

20   platform or perhaps there's a combination of the two

21   factors.

22             THE WITNESS:  There's a combination of factors

23   that determine the price at an auction, specifically for

24   search.

25             So plat -- it's best to sort of -- we need to go

 1   in -- apologies, but we need to go into detail to do it

 2   justice.

 3          So when you conduct a search query and a page --

 4   the search engine results page loads and the auction occurs

 5   and you're bidding on keywords.  The search platform

 6   itself -- and this is documented on the platform's own

 7   websites -- determines the legitimacy of you bidding on a

 8   keyword.

 9          So if you're trying to buy a keyword that's

10   unrelated to the content on your page, you might be required

11   to pay more to appear in that result because search engines

12   want to drive a relevant paid result.

13          The platforms also then have their own cost basis

14   to participate in the auction.  We have no visibility in how

15   they determine that cost basis, but there's that cost basis.

16          THE COURT:  What do you mean "cost basis," a

17   floor?

18          THE WITNESS:  They have their own floor.

19          And then the auction environment, while dynamic,

20   because it's an auction, you have the same advertisers

21   typically bidding on the same set of keywords because all

22   competitors sort of focus on the same set of keywords.  So

23   you can see -- we get reports and we get reports when the

24   campaign runs showing the average price we paid for a click,

25   and we can see that prices have gone up over time.

1              THE COURT:  And what do you attribute that to?

2              THE WITNESS:  I mean, I could speculate, but

3   it would be --

4              THE COURT:  You can speculate.

5              THE WITNESS:  I mean, it could be for a myriad of

6   reasons.  It could be because the platforms have increased

7   the floor price.

8              It's possibly because people are deciding to pay a

9   lot more for keywords.

10             It can be changes in the way the platforms run the

11  bidding system.

12             There have been changes -- like in my time working

13  in the industry, there's been changes by the platform to

14  consolidate or change the way that you bid to sort of

15  consolidate demand.  Consolidating demand around certain

16  keywords can drive inflation in prices independent of actual

17  advertisers driving an increase in price.

18             THE COURT:  So number of factors.

19             THE WITNESS:  There's a number of factors,

20  correct.

21             THE COURT:  Thank you.

22  BY MS. TRAGER:

23      Q    So, Mr. Lowcock, I think you just touched on a

24  number of these, but to be clear, would you expect more

25  bidders in an auction -- or what effect on CPC would you

1    expect an increase in bidders in an auction to have?

2        A    It would increase the -- it should increase the

3    price.

4        Q    And what effect, if any, would you expect the

5    ability to increase the reserve price or that pre-determined

6    auction floor you referenced have on the CPC paid by

7    advertisers in the text ad auction?

8        A    It would force a price increase.

9        Q    I'd like to pivot now and focus for a moment on

10   scale issues in advertising.

11           Are you familiar with the concept of scale in the

12   context of search advertising platforms?

13       A    Yes.

14       Q    Could you explain that?

15       A    The primary purpose of advertising is to reach

16   audiences and to reach people at scale like -- and "scale"

17   means large audience sizes.  And so the more scale a search

18   engine has the more important it is to buy advertising on

19   that platform.

20       Q    And what types of search advertising platforms

21   does IPG purchase and place search advertisements on, on

22   behalf of its clients?

23       A    I mean, we -- primarily, we buy search advertising

24   on Google, but we also buy advertising on Bing and Yahoo!.

25       Q    And do you -- and what are the main factors you

```
 1   consider when determining on which general search engine to

 2   buy text ads on behalf of your clients?

 3       A    There's two factors that come into that.

 4            The first one is always scale.  The second one is

 5   audience and data available to us about that audience.

 6       Q    You mentioned scale.  Do you have sources that you

 7   consult for search engine market share analysis in your

 8   work?

 9       A    Yes.

10       Q    What sources do you typically consult for search

11   engine market share analysis?

12       A    There's independent research services like

13   eMarketer.  There's open publicly available sources like

14   Statista.

15       Q    Do you also consult Nielsen?

16       A    We consult Nielsen generally for advertising.

17   It's not so relevant for search.

18       Q    Do you consult Comscore?

19       A    For general advertising, not necessarily for

20   search.

21       Q    Do you consult StatCounter?

22       A    Yes.

23       Q    And for search, do you consider StatCounter

24   reliable?

25       A    Yes.
```

1      Q     And you mentioned eMarketer and Statista, do you

2   consider those reliable resources?

3      A     Yes.

4      Q     Mr. Lowcock, let's turn to UPX450 in your binder.

5            Do you recognize UPX450?

6      A     Yes, I do.

7      Q     What is UPX450?

8      A     It's a document that was prepared for one of our

9   clients to educate them on search basics and how the paid

10  search works.

11     Q     And could you describe your familiarity with this

12  type of document?

13     A     This document is prepared to educate clients.

14  I've been involved in both the preparation of this document

15  and the presentation of it to clients, and we use this

16  similar sort of document to educate other clients who want

17  to be educated on paid search.

18     Q     And how many times would you say approximately

19  you've given this type of presentation to clients?

20     A     Dozens of times.

21           MS. TRAGER:  Move to admit UPX450.

22           MR. SOMMER:  No objection.

23           THE COURT:  Okay.  450 will be admitted.

24                                (Plaintiffs' Exhibit UPX450
                                   received into evidence.)
25

1    BY MS. TRAGER:

2        Q    And let's turn to page 17 of UPX450, which is the

3    page with Bates stamp ending 016.

4            Do you see the graph with header "Market Share for

5    Search Engines in the U.S.A. ... It Isn't Even Close" on

6    page 17?

7        A    Yes, I do.

8        Q    Why does IPG include this information in a deck to

9    educate its clients on search advertising?

10       A    The purpose of this is to indicate why we always

11   buy Google Search ads.

12       Q    And according to page 17 of UPX450, what was

13   Google Search share during the period November 2018 through

14   November 2019?

15       A    88.43 percent.

16       Q    And what was Bing's search share during that same

17   period?

18       A    6.21 percent.

19       Q    Does that have an effect on what your clients

20   could profitably spend on Bing?

21       A    I'm not sure I understand the question.

22       Q    So is there a limit to what your clients could

23   profitably spend on Bing?

24       A    The profitability question part of the question is

25   difficult to answer, but based on market share, there's a

1    limit to the amount of keywords we could buy on Bing.

2        Q    And in your experience, does the fact that Google

3    has more users and more queries make the platform more

4    attractive to IPG's clients?

5        A    Yes.

6        Q    Why is that?

7        A    There are a number of factors with that one is, as

8    the document is titled, the market share of Google makes it

9    more attractive.

10           There's some other factors specifically with

11   Google.  Google, as a platform, has other data available

12   that, because of its -- like the user base and that other

13   data means we can get more insight so be more effective in

14   the way that we buy advertising.

15       Q    Before we leave this document, if we could please

16   turn to page 7 of UPX450 which has the Bates stamp ending

17   006.

18           On the left-hand side of page 7 of UPX450, is this

19   an example of the marketing funnel we discussed earlier?

20       A    It's a simplified example, yes.

21       Q    And in UPX450, what does this indicate is the goal

22   of upper funnel advertising?

23       A    The goal of upper funnel advertising in this

24   document is to drive awareness.

25       Q    And what does this indicate is the goal of low

1    funnel advertising?

2        A    The goal of lower funnel advertising is to drive

3    conversion.

4        Q    And if you see the green language sort of in the

5    middle of the page near the bottom, what part of the funnel

6    does page 7 of UPX450 indicate paid search ads are operating

7    in?

8        A    It indicates that page search advertising is

9    operating in the lower funnel to capture any demand driven

10    from upper funnel activity.

11        Q    And next to the language that reads "Operating in

12    the lowest part of the funnel," there's a picture of a

13    phone.  Does paid search here refer to text ads?

14        A    Yes, it does.

15        Q    And those images are text ads on the phone, right?

16        A    That's correct.

17        Q    Do you recommend to your clients that they use

18    search advertising for building awareness or branding?

19        A    Not necessarily.

20        Q    Why not?

21        A    It's not an effective method for driving

22    awareness.  If people aren't aware of a product, they're not

23    going to search for it.

24        Q    And is search advertising used by your IPG clients

25    for branding?

1      A    No, not generally.

2      Q    And would it be cost effective to use search

3  advertising for building a brand?

4      A    It would be highly ineffective.

5      Q    Let's pivot again.

6           THE COURT:  Before you do, why don't we take our

7  morning break.  It's 11:00.  We'll resume at 11:15.

8           Mr. Lowcock, I'll just ask you not to discuss your

9  testimony with anyone during the break.  Thank you, sir.

10           THE WITNESS:  Thank you.

11           COURTROOM DEPUTY:  All rise.

12           This Court stands in recess.

13           (Recess from 11:00 a.m. to 11:18 a.m.)

14           COURTROOM DEPUTY:  All rise.  This Honorable Court

15  is again in session.  Be seated and come to order.

16           THE COURT:  Thank you, everyone.

17           Please be seated.

18           Ms. Trager, go ahead.

19  BY MS. TRAGER:

20      Q    Mr. Lowcock, let's focus for a moment on social

21  advertising.

22           Could you define social advertising for us.

23      A    Social advertising is advertising that's bought on

24  social-media platforms such as Meta.

25      Q    And in your view, can social advertising

1   effectively be used in place of search advertising?

2       A    No.

3       Q    Why not?

4       A    The primary user behavior on social media

5   platforms is to scroll through what's described as a feed.

6   So it's a page, you scroll through the page.

7            Advertising is inserted in the page, similar to a

8   display advertising.

9       Q    And do you have campaigns for which you would not

10  recommend using social advertising?

11      A    Yes.

12      Q    Could you give us an example.

13      A    Social advertising can occur across a number of

14  social platforms, so Snapchat, Pinterest, Facebook,

15  Instagram.  We might not recommend social advertising

16  because the product -- social advertising can involve users'

17  audiences having discussions or commenting on the

18  advertising.  We might not recommend that advertisers

19  advertise on social platforms because we don't want to

20  engage in a conversation about the ad or product or service

21  offering.

22           The advertiser might not have a presence on

23  certain social platforms, and to advertise on social

24  platforms ostensibly you should have a presence because you

25  should be engaging with the community.

1           It's not -- there's not a specific category or

2   reason why, it's just, it's a whole host of decisions that

3   weigh into why we might not recommend it.

4       Q    And for those campaigns that you do not recommend

5   social advertising for, would you recommend that those

6   campaigns use general search advertising?

7       A    We would always recommend general search

8   advertising.

9       Q    Do social ads reach consumers that are not on the

10  social network?

11      A    That's a good question.  It's a complicated

12  answer.

13          Some social media platforms do have the ability to

14  target the users off the platform through open web

15  programmatic buys.

16      Q    When that occurs, is the ultimate ad that's served

17  considered a display ad?

18      A    The ultimate ad is --

19          MR. SOMMER:  Objection to the leading, Your Honor,

20  just maybe a little less.

21          THE COURT:  Just rephrase the question, please.

22  BY MS. TRAGER:

23      Q    What type of ad is served off of the social

24  platform when it's done programmatically as you just said?

25      A    If a social media ad is served off the social

3840

```
 1    media platform, it would be a display-type advertisement to

 2    drive awareness.

 3         Q    And how does the audience available on, for

 4    example, you mentioned Meta or the social network Facebook,

 5    how does the universe available there compare to the

 6    universe of consumers searching on Google Search?

 7         A    There's a smaller subset of users on social

 8    platforms relative to general search.

 9         Q    When you say "subset," can you elaborate on what

10    you mean?

11         A    In general terms, everybody uses a search engine,

12    not everybody is present on social media platforms.

13         Q    And how in your business at IPG, are you able to

14    confirm that the audience on Facebook is a subset of the

15    audience available on Google Search?

16         A    We can use third-party sources like Nielsen and

17    Comscore which rank the amount of traffic or users that

18    websites have, whether it be a search engine or a publisher

19    or a platform.

20         Q    And I have the same question for TikTok.  What's

21    your understanding of how the universe of consumers

22    available on TikTok compares to the universe of users

23    available searching on Google Search?

24         A    It's a smaller and different subset audience.

25         Q    And what's your understanding as to whether or not
```

1  it's completely contained within the universe available on

2  Google Search?

3      A    Google Search is the entire universe of user --

4  like users, notwithstanding market share.

5      Q    So a little bit of a separate question.  Would

6  your recommendation to an advertiser in terms of recommended

7  channels or recommended budget for channels, differ based on

8  the size of the advertiser?

9      A    Can you define "size of the advertiser"?

10     Q    So, for example, for a Fortune 500 company versus

11  a, say, medium-sized company.

12     A    Yes, broadly speaking.

13     Q    How so?

14     A    The larger your advertising budget, the more

15  choices available to you because some advertising channels

16  are precluded from certain types of advertisers.

17          So, for example, television advertising is not

18  necessarily available to all advertisers because it requires

19  a larger budget to be able to purchase television

20  advertising.

21     Q    I see.

22          But for all sizes of advertisers, do you recommend

23  advertising on Google Search?

24     A    Yes.

25     Q    Let's pivot for a moment and focus on Google's

```
 1    search ad auctions for a moment.
 2              In your experience and to your knowledge, does
 3    Google make changes to the mechanisms of its search ads
 4    auctions?
 5        A    Yes.
 6        Q    How, if at all, are those changes communicated by
 7    Google to you and your business?
 8        A    They're communicated to us by -- we have Google
 9    account managers, which are employees of Google, who will
10    point us to Google blog posts announcing changes.
11        Q    And in your experience, how much advanced notice
12    has Google provided when it made changes to its auction
13    mechanics?
14        A    It can vary depending on the change.
15        Q    On average?
16              MR. SOMMER:  Objection.
17              THE COURT:  It's overruled.
18              THE WITNESS:  There's not really a rule of thumb.
19    It can vary from four to six weeks to several months.
20    BY MS. TRAGER:
21        Q    And in your experience, how far in advance do your
22    advertising clients typically plan campaigns, including
23    allocating budgets?
24        A    So campaigns are typically planned three to four
25    months in advance.
```

1    Q    In your experience, how, if at all, would your

2  clients benefit from having more advanced notice of auction

3  changes by Google?

4    A    That's a reasonable question.  It's difficult to

5  answer.

6    Q    Has IPG requested that Google provide advanced

7  notice of expected auction changes?

8    A    We've requested additional time once we've been

9  notified of a change.

10   Q    And what was Google's response when you asked?

11        MR. SOMMER:  Objection, Your Honor.

12        Is this a specific request?  Is it something we're

13  generalizing?  I just don't think this is probative.

14        THE COURT:  It is probative.

15        I think the issue is what you're talking about.

16  So, I mean, I need you focus -- I'll ask you to focus on a

17  particular time frame, an instance, a particular change;

18  otherwise, it doesn't really have a whole lot of meaning.

19  BY MS. TRAGER:

20   Q    Have you personally had discussions with Google

21  regarding the amount of advanced notice at any point in

22  time?

23   A    Yes.

24   Q    Approximately when were those communications?

25   A    We've -- I mean, you're testing my memory.

1            Several years ago, there were changes when Google

2    merged desktop and mobile search together so that those

3    channels weren't -- once upon a time, we were able to bid

4    separately between desktop and mobile.  They converted it to

5    one single auction.  Had a conversation with them at a time

6    that we required more notice to adjust our campaign

7    strategy.

8        Q    And in that particular instance, what was Google's

9    response to the request for more advanced notice?

10       A    Google denied the request.

11       Q    Has Google --

12            THE COURT:  How much notice did you get and how

13   much would you have liked to have had?

14            THE WITNESS:  Typically, we would like more than

15   six months' notice.  I honestly can't recall the amount of

16   notice that we had at the time.

17            THE COURT:  Thank you.

18   BY MS. TRAGER:

19       Q    Has Google made changes to the ad auction process

20   without providing any notice?

21       A    Not that I can recall.

22       Q    And what information, if any, is not available to

23   you about Google's auction processes that would be helpful

24   to you in your business?

25            THE COURT:  I'm sorry.  Can you repeat the

1    question?

2    BY MS. TRAGER:

3        Q    Sure.

4            What information, if any, that is not available to

5    you about Google's auction would be helpful to you in your

6    business?

7        A    I mean, because there's a -- there's a lot of

8    changes that have occurred in a way that the auction process

9    work or how Google determines ranking.

10            And I need to sort of go down a different path

11    momentarily because there's organic results that appear

12    organically on the page and there's paid results that appear

13    that we buy as an advertiser.

14            Changes to organic results can determine the way

15    we change and structure the way we think about paid search.

16    So some of the information that would be important or useful

17    for us is changes to organic and how they think about

18    organic in servicing organic results because that can change

19    the way we think about how we participate in paid search.

20        Q    Are you familiar with the term "SEO" or "search

21    engine optimization"?

22        A    Yes, I am.

23        Q    Briefly, what is SEO?

24        A    So SEO, search engine optimization, is the process

25    of attempting to optimize your page, your website, so that

1    it appears organically in search results.

2           So "organic" is someone types in a query and you

3    want to surface on the first page of search results,

4    preferably in the top three or four positions.

5        Q    Do you ever recommend that your clients rely on

6    SEO in lieu of purchasing search ads?

7           MR. SOMMER:  Objection; leading.

8           THE COURT:  I'll allow that question.  Go ahead.

9           THE WITNESS:  Sorry.  Can you repeat the question?

10   BY MS. TRAGER:

11       Q    Do you ever recommend that your clients rely on

12   SEO in lieu of purchasing search ads?

13       A    No.

14       Q    In your experience, how long does it take for an

15   SEO campaign to change an organic listings' position on the

16   SERP?

17       A    It can take months, years.  It might not even have

18   an impact.

19       Q    In your experience, how real time an impact can a

20   search ads campaign have on where an advertiser appears on

21   the SERP?

22       A    Immediate.

23       Q    Turning for a moment to performance, understanding

24   ads performance, does Google provide something called a

25   "search query report" to its advertisers?

1        A    Yes.

2        Q    What is a search query report?

3        A    A search query report, or SQR, shows the number of

4   times a keyword is searched for.

5        Q    Does it include any other information?

6        A    It includes volume.  It can include pricing

7   indicators.

8        Q    And how, if at all, is the SQR used to help better

9   understand the performance of a search ad campaign?

10       A    It's used to determine what terms we should be

11  bidding on and whether we're getting an effective result for

12  our clients.

13            THE COURT:  I'm sorry.  Can you help me?

14            You've referenced this concept of bidding on

15  terms.  I'm not quite sure I understand what you mean by

16  that.

17            THE WITNESS:  So when I say the word "terms," I'm

18  talking about keywords.

19            THE COURT:  Right.

20            THE WITNESS:  And so it's always better to talk in

21  real examples, rather than --

22            THE COURT:  Sure.

23            THE WITNESS:  -- hypothetical examples.

24            So if you go to a search engine and you search for

25  "flowers," the search term you might bid on is the term

1   "flowers."

2          And so we will buy mobile keywords because people

3   might search for flowers or florist or red roses, and then

4   people can also add other terms or keywords to search so you

5   might say flowers near me or flowers in Washington, D.C.,

6   and so we would add those to the keyword list, a list of

7   terms that we're bidding on.

8          THE COURT:  And who devises the related terms?

9   Is that something that you come up with, you know, sort of

10  the synonyms for flowers or is that something Google or a

11  search engine provides recommendations?

12         THE WITNESS:  There's a mix of art and science

13  involved in that.  So we have search specialists who

14  specialize in identifying terms or querying.  Like, Google

15  and Bing provide tools that you can go in and understand the

16  volume based on words.

17         Google specifically has, I mean, products like

18  keyword matching and broad match modifier, which means the

19  algorithm of a machine that the search engine is running can

20  look for synonyms or understand what might be associated.

21  So, for example, if you use flowers, you might write flower,

22  but you don't have to add S because it knows that flower and

23  flowers are similar terms.  So I don't have to necessarily

24  add every keyword.  The system itself can look for adjacent

25  or similar keywords.

```
 1              THE COURT:  Okay.  Thank you.
 2    BY MS. TRAGER:
 3         Q    What is ROI in the context of advertising
 4    campaigns?
 5         A    ROI is return on investment.
 6         Q    And can ROI be compared across advertising
 7    channels?
 8         A    Not necessarily.
 9         Q    Why not?
10         A    ROI is a metric, is typically used to look at the
11    overall profitability of running advertising.  So you're
12    looking at your total advertising spend to determine if it
13    was profitable for the company.
14         Q    And turning back just for a moment to the SQRs,
15    the search query reports, how, if at all, has Google changed
16    over time the amount of information it provides clients in
17    the SQRs?
18         A    There have been limits, and Google has deprecated
19    or limited certain types of information that's available.
20         Q    And what was the explanation Google provided for
21    the reason for this reduction in --
22         A    It cited privacy reasons.
23         Q    Did you find that explanation plausible?
24         A    Yes and no.
25         Q    Why?
```

1      A    I can understand that there's privacy laws coming

2  in and platforms can be concerned with obeying and complying

3  with privacy regulations.

4           Separately and idly, the privacy function within

5  UM, I know what is permissible to do, and it would be

6  reasonable to continue to share that sort of information

7  with us without breaching privacy regulations.

8      Q    Broadly speaking, how would you describe the

9  visibility into pricing on Google -- for Google Search ads?

10     A    I would need you to define what you mean by

11 "visibility."

12     Q    Have you ever used the term "black box" to refer

13 to Google Search?

14     A    Yes.

15     Q    Could you explain what you meant by that.

16     A    I mean, we know what price we paid.  We have no

17 true visibility in the way that the price is determined and

18 how the auction is conducted.

19           MS. TRAGER:  No further questions, Your Honor.

20           MR. CHOKSI:  Your Honor, Kunal Choksi from the

21 state of North Carolina on behalf of the Colorado, Nebraska

22 Plaintiffs.

23           THE COURT:  Mr. Choksi.

24           MR. CHOKSI:  Would you like me to spell that?

25           THE COURT:  For the court reporter, please.

```
 1            MR. CHOKSI:  Yeah.

 2            K-u-n-a-l.  Last name is C-h-o-k-s-i.

 3                     DIRECT EXAMINATION

 4   BY MR. CHOKSI:

 5       Q    Good morning, Mr. Lowcock.  So I just want to

 6   start off, you spoke to Ms. Trager about advertisements that

 7   appear on a general search engine results page;

 8   is that right?

 9       A    That's correct.

10       Q    All right.  What are examples of those

11   advertisements?

12       A    It could be any type of advertisement.  There's no

13   restriction on -- aside from platform policy, there's no

14   restrictions on the types of advertisements that can be --

15       Q    So I think you mentioned text ads?

16       A    Correct.

17       Q    Shopping ads?

18       A    Correct.

19       Q    And I think you mentioned that they're otherwise

20   known as PLAs; is that right?

21       A    Correct.

22       Q    Okay.

23            And you also gave Ms. Trager a definition of the

24   funnel, the marketing funnel.  Do you remember that?

25       A    Yes, I do.
```

1      Q    And you described the lowest part of the funnel.

2  Can you describe that again?

3           MR. SOMMER:  Objection; cumulative.

4           THE COURT:  I'll allow it.

5           Go ahead.

6           THE WITNESS:  The lowest part of the funnel is

7  designed to capture consumer demand or intent.

8  BY MR. CHOKSI:

9      Q    Okay.

10          And you mentioned that you want to send a user to

11  a place where they can purchase; is that right?

12     A    That's correct.

13     Q    Can a user purchase a product on Google itself?

14     A    No.

15     Q    Where do you send users to purchase?

16     A    We send them to a client's website or we might

17  send someone to a client's website with the intent of

18  actually driving them to a physical location.

19     Q    Okay.

20          Physical location, clients' website.  Are there

21  other sites on the Internet that person can purchase from?

22     A    Yes.

23     Q    What are those sites?

24     A    Like a retailer's website.

25     Q    What about an e-commerce site?

3853

1       A    Well, that's what I would define as a retailer

2   website.

3       Q    Okay.

4            What's an example of a retailer website?

5       A    An example would be Amazon or Walmart.

6       Q    And these sites, do they have sort of a search

7   function?

8       A    Yes, they do.

9       Q    And that search function, what does it search?

10      A    So that people can find products that are

11  available to purchase on the website.

12      Q    And do these sites sell ads that are responsive to

13  a search query?

14      A    If you mean in response to a search query on that

15  retailer's website, yes.

16      Q    And which -- you mentioned a couple of sites.

17  Which of these sites sell ads that are responsive to a

18  search query?

19      A    Amazon, Walmart.  Most retailers now offer some

20  sort of advertising product.

21      Q    And do you have experience recommending the

22  purchase of these ads on retailer sites that are responsive

23  to a search query?

24      A    Yes.

25      Q    Which ones?

3854

1       A       Amazon and Walmart.

2       Q       Okay.

3               So let's focus on Amazon.  What are the names of

4       these ads that they sell on Amazon?

5       A       I mean, they call them search ads.

6       Q       Okay.

7               "Sponsored search," have you heard that term?

8       A       Sponsored search, correct.

9       Q       And under what circumstances do you recommend to

10      your clients that they purchase sponsored search ads on

11      Amazon?

12      A       There's a number of circumstances that apply.

13              First of all, the client needs to have their

14      product or services available for purchase on these online

15      retailer websites.

16      Q       Okay.

17      A       Yeah.

18      Q       Anything else?

19      A       The other one is based on the relationship that

20      the advertiser might have with these retailers as well.

21      Q       Okay.

22              We'll come back to the first point but just can

23      you explain what you mean by the relationship these clients

24      had with the retailer?

25      A       I mean, retailing is a complicated business, like

1    brands and manufacturers require shelf space.  Sometimes in

2    exchange for getting quality shelf space in a physical

3    digital environment, it's required to demonstrate some sort

4    of commitment to the partnership so therefore you would buy

5    advertising on the retailer's website.

6         Q    Okay.

7              Is that a consideration that you have to take into

8    account when you advertise on Google, for example?

9         A    No.

10        Q    And you also said you need to have a product being

11   sold there, right?

12        A    That's correct.

13        Q    So I think you talked to Ms. Trager about search

14   text ads that are available to every advertiser.  Is that

15   generally what you said?

16        A    That's generally what I said.

17        Q    And for PLAs, you have to have a product to be

18   sold, right?

19        A    That's correct.

20        Q    Do you have clients that sell products but choose

21   not to sell on Amazon?

22        A    Yes.

23        Q    Okay.

24             And why not?

25        A    They might compete with Amazon.

1    Q    Okay.

2        I mean, how, just generally?  Can you name an

3    example of a client who might compete with Amazon?  You

4    don't have to name a client, but just generally.

5    A    Clients in the health care category, for example,

6    Amazon offers a broad range of services in the healthcare.

7    So some clients see that as a competitive threat and

8    therefore determine not to buy ads or sell their products on

9    Amazon.

10    Q    Okay.

11        And do these same clients believe they compete

12    with Google?

13        MR. SOMMER:  Objection.

14        MR. CHOKSI:  I can rephrase.

15        THE COURT:  Basis?

16        MR. CHOKSI:  Umm --

17        THE COURT:  Hang on.  I'm sorry.

18        MR. SOMMER:  He's asking what the clients believe.

19    I just -- maybe he could rephrase the question.

20        THE COURT:  If you could just rephrase.  It's just

21    a matter of...

22    BY MR. CHOKSI:

23    Q    Based on your experience and discussions, you have

24    discussions with these clients all the time, right?

25    A    Correct.

1      Q    And you understand what they view as their

2  competition based on your discussions with those clients,

3  right?

4      A    Correct.

5      Q    Okay.

6           So do these clients believe they compete with

7  Google on the same basis?

8           MR. SOMMER:  Objection; hearsay.

9           THE COURT:  Why don't you just ask him his own

10  views on things.

11           MR. CHOKSI:  Yeah, okay.

12  BY MR. CHOKSI:

13      Q    Do these clients compete, in your opinion, with

14  Google on the same basis?

15      A    My clients do not see themselves as competitors

16  with Google.

17      Q    Okay.

18           When a user clicks a PLA on a general search

19  engine, where is that user directed?

20      A    It would be directed to e-commerce or retail

21  destination.

22      Q    Could it be the client's own website?

23      A    It might be.

24      Q    Okay.

25           Is that different than when a user clicks on an

3858

1    Amazon-sponsored product ad?

2        A    Yes.

3        Q    How?

4        A    Ads that you buy on retailers' own websites only

5    direct them within the platform itself.

6            There's an industry term that we use called

7    "walled garden" which means it's only available within the

8    garden itself.  So if you buy an ad on Amazon or Walmart and

9    you click on that ad, it would drive you to another page

10   within that retailer's website.

11       Q    Does a difference matter to advertisers you work

12   with?

13           MR. SOMMER:  Objection.

14   BY MR. CHOKSI:

15       Q    Do you think this difference matters to

16   advertisers?

17       A    This difference matters both to advertisers and to

18   agencies.

19       Q    Why does it matter to advertisers?

20       A    Because you lose access to data and you lose

21   access to your own customer.

22       Q    Why does that matter?

23       A    There's a number of reasons why that matters.

24   There's broad changes in the industry about access to data,

25   the deprecation of cookies and mobile device IDs.

1           So there's a lot of talk in the industry about

2   access to first-party data.  It's important that advertisers

3   have access to first-party data because they want to earn

4   that customer relationship.

5           THE COURT:  I'm sorry, when you say "access to

6   data," in other words, there's greater access to data on a

7   general search engine than there are on these retail search

8   engines like Walmart and Amazon?

9           THE WITNESS:  Correct.

10          THE COURT:  And I take it, the other attributor

11  here is that if you purchase on Amazon or Walmart versus a

12  website, Amazon take a percentage of that -- from a purchase

13  that otherwise would not be taken if it was done directly on

14  the retailer's website.

15          THE WITNESS:  I mean, there's -- what you're sort

16  of talking about is direct to consumer versus retailing.

17          THE COURT:  Right.

18          THE WITNESS:  And so retailers always take a,

19  like, take a margin.

20          So, like, brands, there's been a big shift in

21  advertisers that can sell direct to consumers wanting to

22  have people come direct and buy from them directly because

23  it's more profitable for them.

24          THE COURT:  Right.  Okay.

25          THE WITNESS:  As well as you get access to the

```
 1   data.
 2   BY MR. CHOKSI:
 3        Q    And that includes online and in person?
 4        A    Correct.
 5        Q    Okay.
 6             So how do you view generally a potential consumer
 7   in terms of their probability of purchase when they're on a
 8   website like Amazon?
 9             MR. SOMMER:  Objection.
10             THE COURT:  I don't quite understand the question.
11             MR. CHOKSI:  Yeah.
12   BY MR. CHOKSI:
13        Q    So how do you -- let's just do this.
14             Users search on Amazon, right?
15        A    Yes.
16        Q    Do you view a user searching on Amazon as
17   different than a user searching on a general search engine?
18        A    Yes.
19        Q    How?
20        A    So if a user goes to a retailer's website, they've
21   got a high probability and intent to buy.  And if they type
22   something into search, typically they type in the brand and
23   product that they're specifically looking for.  So they know
24   what they're going to do.
25             On a general search engine, you could be doing
```

3861

 1    research into the product, so you're trying to learn more.

 2    So you're lower in the funnel but you might be trying to

 3    determine like what do I do next, do I need to go buy it, do

 4    I need to learn more about the product or service from the

 5    person who makes the product or service.

 6         Q    Got it.

 7              Would you recommend that clients use these ads on

 8    retailer websites in place of general search ads?

 9         A    No.

10         Q    Why not?

11         A    There's a number of factors.

12              One is, brands sell through typically mobile

13    retailers so you don't want to favor one retailer over

14    another that tends to be higher volume of search on general

15    search engine.  So you want to capture that as the first

16    primary objective in terms of buying search ads.

17              THE COURT:  I'm sorry, can you repeat that.

18    I missed you -- I wasn't following from the beginning.

19    Sorry about that.

20              THE WITNESS:  Yeah, not a problem.

21              So on retailer websites, if you conduct a search

22    and you have to step back a bit and think about the brand.

23              The brand doesn't just sell at Amazon, it might

24    sell at Amazon, Walmart, CVS, and a host of other different

25    retail destinations.  And so you don't want to favor one

1    retailer over another because that can hurt your overall

2    relationship for distribution of your product and services.

3            THE COURT:  I see.

4            THE WITNESS:  And on general search, you know that

5    there's -- like, we know from the data that's available to

6    us, there's more volume of search on general search engines.

7    And one of the things that we can do because clients want to

8    obtain data about their users, we can -- if you search for a

9    product on a general search engine, we can drive you through

10   to our own website, our own website being the manufacturer's

11   website, and then from that website, we can give you a list

12   of retailers on which to then make your final purchase.

13           And because we're interested in understanding

14   consumer behavior and collecting data, that can give the

15   manufacturer more insights about what retailer relationships

16   are more important, as well as data about that user and

17   what's driving performance.

18   BY MR. CHOKSI:

19       Q    Anything else?

20       A    Not that I can think of right now.

21       Q    And do you remember you talked to Ms. Trager about

22   substitutes of ads products, do you remember that?

23       A    Yes, I do.

24       Q    Okay.

25           So considering what you just said, do you view

```
1    Amazon ads as substitutes for shopping ads on general search
2    engines?
3         A    No.
4         Q    Can you please turn to your binder to --
5    Ms. Trager used this document with you, UPX926, and
6    I believe she got it into evidence.
7              MR. CHOKSI:  Yes, it's in evidence, Your Honor.
8    BY MR. CHOKSI:
9         Q    And we're going to go to page 21, if you don't
10   mind.
11             THE COURT:  I'm sorry.  What was the number again?
12             MR. CHOKSI:  UPX926.
13   BY MR. CHOKSI:
14        Q    Are you there?
15        A    Yes.
16        Q    And it's also on the screen.
17             Let's focus on the top chart there.
18             And you see at the bottom, there's something that
19   says "brand name."  Do you see that?
20        A    Yes.
21        Q    What does that mean?
22        A    That means someone is searching for a specific
23   brand by it's brand name.
24        Q    Okay.
25             And do you have an understanding about why users
```

1  on general search engines search brand names?

2      A    I mean, there's no polite way to define it.

3  People typically search on brand names because they haven't

4  added a website to their favorite or they're uncertain of

5  what the actual brand's website is.

6          The general way I would describe it is mostly

7  because people are lazy and don't want to type in the brand

8  name in the address bar of their browser.

9      Q    Are you describing, like, navigation.  They're

10 trying to navigate to a website?

11     A    Correct.

12     Q    Okay.  All right.

13         And do you recommend to advertisers that they

14 purchase advertisements on those keywords, their brand name?

15     A    It depends on the category.

16     Q    Okay.  Which categories do you recommend it?

17     A    In categories where there might be competitor

18 conquesting occurring.

19     Q    What is competitive conquesting?

20     A    Competitor conquesting is, and it's -- in this

21 instance, it will be better to use absolute examples.

22         If you think of Netflix and Hulu as two examples,

23 someone might search -- because they want to go to Netflix

24 to watch content but rather than typing netflix.com into the

25 address bar, they'll type Netflix into the search engine and

1  then click on the link to get to Netflix.

2          Hulu, as an example, might decide to buy paid

3  search ads on that term in the hope that the user would

4  click on that and go to Hulu instead.

5      Q    So where does this practice of competitive

6  conquesting, where does that generally occur?

7      A    I'm not sure I understand the question.

8      Q    On what websites do advertisers buy ads on their

9  competitor's brand names?

10      A    General search.

11      Q    Why does it occur on general search?

12      A    Because web browsers -- to navigate the web, you

13  require a web browser.  Web browsers typically default to a

14  search engine page when you load it, and they -- and

15  users -- getting back to my impolite comment about people

16  being lazy rather than typing in the address bar -- they

17  will type in the search engine box to get to the destination

18  for the brand that they're looking to visit.

19          THE COURT:  To be concrete is what you mean here

20  that if I want to -- I'm a user, I want to buy Nike shoes, I

21  type in Nike shoes instead of nike.com, and the advantage to

22  a competitor of nike.com is Adidas could bid on the keyword

23  Nike.

24          THE WITNESS:  Correct.

25

1    BY MR. CHOKSI:

2        Q    And in your view, if a user made the same search

3    for a brand term on a retailer website, would that user be,

4    in your view, the same as one on general search engine?

5                MR. SOMMER:  Object to the form.

6                THE COURT:  Rephrase the question.

7                MR. CHOKSI:  Yeah.

8    BY MR. CHOKSI:

9        Q    Is there any difference between a user who makes a

10   search for a brand term on a retailer website and the same

11   search for a brand term on a general search engine website?

12       A    Yes, there's some difference.

13       Q    What is that difference?

14       A    The difference on a retailer website is it

15   ultimately involves some sort of -- the intent of the

16   consumers to spend money and make a transaction.  So,

17   therefore, if they type in a brand term already, they know

18   what they're looking for, they intend to buy that product,

19   they intend to open their wallet and make a transaction on

20   that product.

21       Q    And, yeah, how is that different than a general

22   search engine?

23       A    It gets back to the statement that I said before

24   about when a browser -- browsers open up to a search page by

25   default, and people can type in a brand name, not

1    necessarily to make a purchase.

2            In the Netflix and Hulu example, they might

3    already have a subscription to Netflix, they're simply

4    typing it in so they can get to Netflix to watch content.

5    Q    Got it.

6            I'm going to switch topics here.

7            You can take that down, please.

8            Are you familiar with search engine management

9    tools?

10   A    Yes.

11   Q    What are they?

12   A    Search engine management tools, or SEM tools,

13   they're used to buy keywords and manage search advertising

14   campaigns.

15   Q    And do you recommend to your clients they use

16   search engine management tools?

17   A    Yes.

18   Q    Why?

19   A    Because keyword lists and the ads associated with

20   keywords are extensive and long, and it simplifies the

21   process of both managing keywords, managing the advertising

22   lists, and managing your campaign budget off flighting.  And

23   by "flighting," I mean the length, like making sure that the

24   campaign runs for the right duration.

25   Q    And you mentioned search as your management tools

1    helps purchase advertisements.  On what platforms do search

2    engine management tools help purchase advertisements?

3        A    They help you buy advertisements on general search

4    engines.

5        Q    Okay.

6            Do you have particular search engine management

7    tools that you recommend to advertisers?

8        A    Not necessarily recommend, but we have tools that

9    we use.

10       Q    What are those tools?

11       A    Historically, it's tools -- these tools constantly

12   rename themselves, but Google has SA360.  There's tools like

13   Kenshoo or Marin.

14       Q    Okay.

15           And Kenshoo, also known as Skai?

16       A    Correct.

17       Q    Okay.

18           THE COURT:  I'm sorry.  What was the other one?

19   You said Kenshoo and?

20           THE WITNESS:  Marin, M-a-r-i-n.

21   BY MR. CHOKSI:

22       Q    And you mentioned SA360, and your agency uses

23   SA360?

24       A    That's correct.

25       Q    And you're familiar with it?

1    A    Yes.

2    Q    And do you view -- what's your general view of

3  which -- if an advertiser asks you, "Which one should I

4  use," what would you respond?

5    A    I mean, as a general rule, SA360.

6    Q    Okay.

7         Why?

8    A    There's certain data that's only available within

9  SA360.

10        SA360 is also integrated broadly into the rest of

11  Google's stack, so it provides more data and ways to

12  optimize your ads.

13    Q    Okay.

14        So you said SA360 is better integrated in the rest

15  of Google's stack.  What do you mean by that?

16    A    So stepping outside of search for a minute, Google

17  has YouTube, it has the Android operating system, it has

18  Gmail.  And users can be logged in to those platforms.  And

19  so there's other data signals that Google obtains from those

20  services that can be used to inform search advertising.

21    Q    Got it.

22        Go ahead.  Sorry.

23        Are you familiar with different bidding strategies

24  you can utilize to purchase search ads?

25    A    Yes.

1      Q    What are the strategies?

2      A    There's manual real time, auction based.

3      Q    Okay.

4           What is real-time bidding?

5      A    Real-time bidding is we set a price that we're

6 prepared to pay, and the auction is determined in real time

7 based on other people's bidding in the auction.

8      Q    And does Google have a particular name for their

9 real-time bidding strategy?

10     A    I cannot recall it at the moment.

11     Q    Okay.

12          Are you familiar with the term "auction-time

13 bidding"?

14     A    Yes.

15     Q    And is that a real-time bidding strategy?

16     A    Yes, but there's additional data available in

17 auction-time bidding.

18     Q    What additional data is available in auction-time

19 bidding?

20     A    Google can layer in other -- they can layer in

21 location data, time of day, device type as examples.

22     Q    And when you say it's "available," you mean is it

23 not available in the other bidding strategies?

24     A    It's only available in SA360.

25     Q    Okay.

1           Does Bing also have a form of real-time bidding to

2    purchase ads?

3       A    Yes.

4       Q    Okay.

5           Is that strategy available in SA360 to purchase

6    Bing ads?

7       A    With some limitations, yes.

8       Q    What are those limitations?

9       A    There's less availability of certain types of

10   data.

11      Q    And that's less availability as compared to buying

12   it from Bing directly?

13      A    Correct.

14      Q    Okay.

15          Do your clients have a preference on which bidding

16   strategy to use?

17      A    Not generally.

18      Q    Do they have one that they generally use?

19      A    I mean, the auction, like the real-time

20   auction-based bidding is generally preferred.

21      Q    Why?

22      A    Because the more data available, the more

23   effectively we can optimize and determine whether we should

24   be buying certain terms, keywords.

25      Q    Is there an impact on an advertising campaign if

```
 1    you're using a non-real-time bidding strategy versus using a

 2    real-time bidding strategy?

 3        A    Yes.

 4        Q    What does that impact?

 5        A    It gets back to the fact that other media channels

 6    can drive search behavior.  So the less real-time data that

 7    we have, the less either my teams or the systems can

 8    automatically optimize to changes in consumer behavior on

 9    general search engines.

10        Q    Okay.

11            So you mentioned that auction-time bidding --

12    well, let me rephrase.

13            You mentioned that SA360 did not fully support

14    auction-time bidding to purchase Bing ads.  Did I have that

15    right?  Correct me if I am wrong.

16        A    The products are called different things, but it

17    doesn't support -- there's a difference between what we can

18    do on SA360 on Google versus how we can use SA360 for Bing.

19        Q    Okay.

20            Do you think your clients would benefit if SA360

21    fully supported real-time bidding on Bing?

22            MR. SOMMER:  Objection.

23            THE COURT:  It's overruled.

24            You can answer that.

25            THE WITNESS:  Broadly, yes.
```

1  BY MR. CHOKSI:

2      Q    Why?

3      A    Because we would be able to make better -- it's a

4  complicated answer.  Because we would be able to make more

5  informed decisions about how we buy ads on Bing.

6           The flip side is, while the data would be more

7  useful, it wouldn't necessarily change usual behavioral

8  dynamics.

9      Q    And when you said you've been making better

10 decisions, how does that translate into benefits for your

11 clients?

12     A    We can obtain better prices, we can capture more

13 intent and demand, we can better drive performance or

14 conversion actions.

15     Q    You mentioned conversion.  Do you share conversion

16 data with the SEM tool provider you're using for a

17 particular client?

18     A    For some clients, yes.

19     Q    Why do you share that data?

20     A    To better optimize our bidding strategy.

21     Q    Do your clients often switch between SEM tools?

22     A    No.

23     Q    Why not?

24     A    There's cost barriers to switching.  It involves

25 labor, like.  So our goal is to run ads, our goal is not to

3874

1    switch platforms.

2            You can lose performance because the more

3    consistently you use a platform, the more the search -- the

4    SEM tool learns about what drives performance.  So switching

5    to a new platform means you effectively need to retrain the

6    machine which comes at some risk.

7            There's all this sort of technical integration

8    reasons why as well.  So you might need to drop -- if you

9    switch from SA360 to Marin, as an example, you might need to

10   change the pixels that are available on your website.

11   There's a whole governance process to deploying new pixels.

12   It's a complicated process.

13           THE COURT:  I'm sorry.  Can I just -- may be a

14   very simple question, but I take it's your company that's

15   running the 360 -- the SA360 ad management tool, as opposed

16   to the client?

17           THE WITNESS:  So SA360 is a web-based platform

18   that Google operates.

19           THE COURT:  Right.

20           THE WITNESS:  We will have a license to use that

21   platform or the client might have the license to the

22   platform and give us permission to use their license.

23           THE COURT:  Right.

24           But the bottom line is, you're using the tool on

25   behalf of -- to execute your client's marketing strategies?

3875

1              THE WITNESS:  That's correct.

2    BY MR. CHOKSI:

3         Q    So going back to switching costs, you mentioned

4    effort.  Does it also take time?

5         A    Yes.

6         Q    Do you ever recommend that a single advertiser use

7    multiple SEM tools at the same time?

8         A    No.

9         Q    Why not?

10        A    It would be inefficient, it wouldn't make sense.

11   It would have additional costs.  It wouldn't drive

12   performance or efficiency.

13        Q    Okay.

14             And do you know how long it would typically take

15   to switch SEM tools?

16        A    It's a subject of labor and result -- like time

17   and resources.  So it's like how long is a piece of string?

18   There's no reasonable answer I can give you to that.

19        Q    Okay.

20             But for that time it takes, is that an efficient

21   use of an advertiser's time?

22        A    No.

23        Q    Why not?

24        A    Because the benefits of switching are minimal

25   or -- and the risk of loss of performance is high.

1          MR. CHOKSI:  Your Honor, if I could just have one

2     second.  That's all the questions the States have for now.

3     Thank you, Mr. Lowcock.  I pass the witness to the

4     defendant.

5          THE COURT:  All right.  Is Google ready to begin

6     its examination?

7          MR. SOMMER:  Yes, Judge.  Just need a moment to

8     set up.

9          THE COURT:  Sure.

10          MR. SOMMER:  Your Honor, before I begin my

11     examination, IPG's counsel, John Schneider is in the

12     courtroom.  Virtually the entire deposition transcript was

13     requested by IPG to be highly confidential.  I'm not sure

14     how much of it I'm going to use.  I've given Mr. Schneider

15     the transcript.

16          So what I'm going propose as a protocol is I will

17     identify the page and lines before they're displayed.

18     Your Honor will be able to look at it because I'm going to

19     hand you the transcript.  And if Mr. Schneider has an

20     objection, Your Honor can rule.  If there's no objection,

21     then I'll just proceed.

22          THE COURT:  Okay.

23          MR. SOMMER:  And I'll do the same thing if there's

24     a confidential -- a document that's been marked

25     confidential.  I'll show him the portion I intend to use.

3877

```
 1   And if there's heartache, he'll let us know.
 2             THE COURT:  Just so everybody knows, Mr. Schneider
 3   and I have known each other for a long time.  We were
 4   roommates in law school.
 5             MR. SOMMER:  Judge, if I may, I'll just hand you
 6   up a copy of the deposition transcript so you have it.
 7             THE COURT:  Is this something we expect to need?
 8             MR. SOMMER:  We'll find out.
 9             It's a mystery.
10                           -  -  -
11                      CROSS-EXAMINATION
12   BY MR. SOMMER:
13        Q    Good afternoon, Mr. Lowcock.
14        A    Good afternoon.
15        Q    My name is Michael Sommer.  We've never met
16   before, correct?
17        A    That's correct.
18        Q    Good to see you.
19             I'm going to put up DX3038, which you'll be able
20   to take a look at because -- Interpublic Group is affiliated
21   with several companies, correct?
22        A    That's correct.
23        Q    Okay.
24             And I've not tried to list them all here but I've
25   listed some here.
```

 1              Are each of these companies that are affiliated

 2    with Interpublic Group that I've listed on this

 3    demonstrative?

 4         A    The -- yes.

 5         Q    Okay.

 6              And the reason I listed these is some of the

 7    documents I may show you are authored by --

 8              MS. TRAGER:  May we have a copy?  Is this a

 9    demonstrative?

10              MR. SOMMER:  Yeah, sure, let me get counsel a

11    copy.

12              You know what?  Let me hand out the binders.  It's

13    in this binder?

14              MS. TRAGER:  Yes.

15              MR. SOMMER:  May I approach the witness,

16    Your Honor?

17              THE COURT:  You may.

18    BY MR. SOMMER:

19         Q    So 3038 is up on the screen.

20              And Reprise, which is right in the middle in the

21    blue, do you see that there?

22         A    Yes.

23         Q    And am I correct that that is the entity that

24    specializes in advising clients on purchasing search and

25    social ads; is that right?

3879

```
 1        A     Generally speaking, yes.

 2        Q     Okay.

 3              And you oversee Reprise's work with clients,

 4   correct?

 5        A     That's correct.

 6        Q     Okay.

 7              Now, Mr. Lowcock, in your examination earlier

 8   today in your testimony, you talked a little bit -- we can

 9   take that down -- you talked a little bit about this

10   purchase funnel, correct?

11        A     That's correct.

12        Q     Okay.

13              I'm going to start there.

14              Let's put up DXD10.02 as a demonstrative or

15   10.002.

16              This, Mr. Lowcock, is from the

17   Department of Justice's complaint in this case.

18   Do you recognize this as a version of the purchase funnel?

19        A     It's a variant on the purchase funnel.

20        Q     Okay.

21              And let's take a look next at DXD-10.003 which was

22   from the State's opening statement.

23              Do you recognize this as a version of the purchase

24   funnel?

25        A     It's a very simplified version of the funnel.
```

3880

1        Q     Okay.

2              And you may recall in your deposition, you

3        identified five levels as generally being in the purchase

4        funnel.  Those were awareness, intent, consideration,

5        decision, and purchase.  Do you remember that?

6        A     Yes.

7        Q     Okay.  So we made a rendition of that.  That's the

8        next slide.  That's slide 4.  Can we advance to that,

9        please.  There we are.

10             And does that fairly depict how you described the

11       funnel?

12       A     Yep.

13       Q     Okay.

14             And so if we go to the next slide -- and, again,

15       I'm not trying to belabor this -- all of these different

16       iterations of the funnel, even though they have different

17       levels, three or five or seven, they're all essentially

18       identifying a path from being aware of something, then

19       considering it, and from the advertiser's perspective,

20       hopefully, buying it.  Fair to say?

21       A     That's fair to say.

22       Q     Okay.

23             Now, I take it from the images we see on the

24       screen here, would you agree that there's no clear consensus

25       on precisely how many levels are in the purchase funnel,

3881

1   correct?

2       A    I wouldn't necessarily agree with that.

3       Q    Okay.

4            So do you think your, the one on the right, your

5   version, is more accurate than either DOJ's or the States'?

6       A    I wouldn't argue about the accuracy of either

7   funnel.

8       Q    Okay.

9            I think my only point is, I mean, I'll just ask

10  you:  Are there seven levels to the funnel, five levels to

11  the funnel, three levels to the funnel?  Some other number?

12      A    There's a tendency to sometimes over-sophisticate

13  the level of the funnel.  It's always to drive intent and --

14  like drive awareness and end in driving purchase.

15      Q    Can we agree, sir --

16           MR. SOMMER:  We can take that down.

17  BY MR. SOMMER:

18      Q    Can we agree, sir, that however many levels one

19  person or another says may be in the purchase funnel, it is

20  not some rigid hierarchy in today's digital advertising

21  world, correct?

22      A    I wouldn't necessarily agree with that statement.

23      Q    Well, let me ask it a different way.

24           Would you agree that the images of the purchase

25  funnel depicted by both the Department of Justice and the

1  States relate to a traditional or historical perception of

2  consumer purchase patterns that today are much more

3  complicated.  Would you agree with that?

4      A    I would say similar to what I've said previously,

5  that consumers don't consume media in a silo, so they can

6  engage with different media formats at different times as

7  part of their journey to purchase.

8      Q    But would you agree that today in the digital

9  advertising world, this concept of the purchase funnel is a

10  traditional or historical concept that is today much more

11  complicated?

12      A    No.

13      Q    Would you agree that people, consumers, can enter

14  and exit the purchase funnel at any of those points that we

15  see depicted on those images?

16      A    People can enter and exit the funnel at any stage.

17      Q    Okay.

18          MR. SOMMER:  So I'm going to ask counsel to refer

19  to page 76 of the deposition transcript of Mr. Lowcock at

20  line 20 through 77, line 3.  I'll just give counsel a moment

21  to look at that.

22          THE COURT:  I'm sorry, 76 what?

23          MR. SOMMER:  Page 76, line 20, through page 77,

24  line 3, which was designated by IPG as highly confidential.

25          No objection, great.

1          Let me put that up on the screen.

2    BY MR. SOMMER:

3    Q    I'm going to read it to you, sir.  This is a

4    question at your deposition:  How would you describe a

5    customer journey in the context of your work at IPG.

6          Answer:  Traditionally it was sort of like

7    awareness, intent, consideration, decision, purchase.  That

8    is what you would call a traditional marketing funnel.

9    These days in marketing, we appreciate and understand that

10   purchase funnel is much more complicated and people can

11   enter it and exit it at any point.  Do you see that?

12         THE WITNESS:  Yes.

13         MS. TRAGER:  Objection, Your Honor.  Improper

14   impeachment; it's consistent.

15         THE COURT:  Yeah, it doesn't seem -- I don't see a

16   lot of variance between what he's already answered.

17         MR. SOMMER:  I'll follow-up, Your Honor.

18   BY MR. SOMMER:

19   Q    A moment ago you said you disagreed with me that

20   these days, the purchase funnel is much more complicated.

21   Do you remember giving me that answer just a moment ago?

22   A    Yes.

23   Q    So I'm just curious which is your answer.  Is it,

24   do you -- is it your position today that it's not more

25   complicated, or are we going with it is more complicated,

3884

```
1   which you told us last year under oath?
2        A    I'll say --
3        Q    Just tell me which one we're going with.
4        A    I gave you the answer today that people can enter
5   and exit the funnel at any point.
6        Q    That part I'm not quibbling with you.  I heard
7   that one.  I'm talking about the complicated.  It's much
8   more complicated today than the traditional purchase funnel
9   concept.  Do you agree with that?
10       A    Yes.
11       Q    Thank you.
12            And by complicated -- withdrawn.
13            Now, would you agree that the consumer journey is
14   not necessarily a linear path from top to bottom that these
15   various iterations of the purchase funnel depict?
16       A    Yes.
17       Q    Thank you.  And would you also agree that the
18   reason it's no longer linear is that consumers are exposed
19   to various touch points in their consumer journey.  Would
20   you agree with that?
21       A    People are exposed to multiple media channels in
22   their journey.
23       Q    I'm sorry.  You lost me.
24       A    People are exposed to multiple media channels in
25   their journey.
```

1      Q    And just to make clear to the Court what we mean

2   by nonlinear, what I mean by that -- so you'll tell me if

3   you agree -- is that different types of digital ads can be

4   used for multiple levels depicted in the traditional

5   purchase funnel; is that right?

6      A    That's an oversimplification.

7      Q    Is it -- so are you saying that each ad format can

8   only be used for one level?

9           Let's take the DOJ one.

10          MR. SOMMER:  Could we put up Slide 2 for a second.

11  BY MR. SOMMER:

12     Q    So I just want to understand your testimony.

13          Is it your position, Mr. Lowcock, that a

14  particular ad format would only fit into one of these levels

15  of the purchase funnel or can it fit into multiple levels?

16     A    It may fit into multiple levels, but its primary

17  purpose might not be effective at a different level.

18     Q    Okay.

19          Would you agree, sir, that the goal of advertisers

20  is to achieve a consumer purchase -- ultimately achieve a

21  conversion?  Would you agree with that?

22     A    The ultimate purpose of advertising is to drive

23  sales.

24     Q    Okay.

25          Would you agree, Mr. Lowcock, that your company,

3886

```
 1   Universal McCann, seeks to break down traditional funnel
 2   thinking into more agile, fluid consumer journeys that meet
 3   consumers where they are and thereby know where best to take
 4   them next?
 5       A    I'm not really sure I understand the question.
 6       Q    Okay.  Let's take a look at DX -- sorry -- 3002,
 7   which is in the binder.  If you can find that.
 8            And just, sir, it's organized numerically.
 9   There's some prefixes before the numbers, but it goes
10   numerically.  That might make it a little easier.
11            Let me get out mine.
12            DX3002 is a document we received from IPG, and
13   it's a UM document, correct?
14       A    Correct.  It comes from our website.
15       Q    Okay.
16            And what is this type of document used for at UM?
17            MS. TRAGER:  You said this was received from IPG.
18   I just don't see an IPG Bates stamp on it.  Could you
19   clarify the source of this document?
20            MR. SOMMER:  Sure.  Maybe we printed it off the
21   internet.
22   BY MR. SOMMER:
23       Q    Do you see bottom, the www.umww?  Do you see that?
24       A    Yes, I do.
25       Q    Is that the UM website?
```

1      A    That is correct.

2      Q    I may have misspoken that we got that from you

3  because the ones we got say IPG.

4           MR. SOMMER:  Thank you, Lara.

5  BY MR. SOMMER:

6      Q    What is the purpose for UM putting this type of

7  document on its website?

8      A    The purpose of this document is general marketing

9  collateral that we prepare to secure our new clients.

10     Q    Great.

11          MR. SOMMER:  Your Honor, we offer DX3002 into

12  evidence.

13          MS. TRAGER:  We just received this for the first

14  time.  We'll have to take a look at it.

15          THE COURT:  Okay.

16          MR. SOMMER:  May I proceed subject to any

17  objection?

18          THE COURT:  You may.

19  BY MR. SOMMER:

20     Q    I'd like to put on the screen the very first page

21  of this document.

22          And what's "future proof"?

23     A    Future proof, which we've now deprecated, was our

24  positioning statement about the way we approach marketing

25  advertising for clients.

3888

1        Q    And do you see the sentence, the third sentence,

2   I think, if I'm counting correctly.  It says, "We break down

3   traditional funnel-thinking into more agile, fluid consumer

4   journeys that meet consumers where they are now and know

5   where best where to take them next."

6             Do you see that?

7        A    Yes, I see that.

8        Q    And do you recall your company promoting its

9   approach to the traditional funnel in this way?

10       A    Vaguely.

11       Q    Okay.

12            And is this -- was this an accurate statement at

13  the time, UM had this on its website?

14       A    I'll be honest, I don't regularly visit the UM

15  website, so I assume it's accurately what was presented on

16  our website.

17       Q    Well, just to be clear, as you sit here, do have

18  any basis for saying this statement is not accurate?

19       A    It's one of our positioning statements.

20       Q    Thank you.

21            Let me just explore for a moment what that --

22            Let's leave that up, please.

23            -- what that statement means.

24            The point here that "meeting consumers where they

25  are and knowing best where to take them," would that include

1   someone who was on a social media platform, you would try to

2   reach those users on those platforms and try to take them to

3   a purchase point?

4        A    It might.

5        Q    Now we can take that down.

6             I want to now discuss with you some different

7   types of digital ads that you discussed with counsel this

8   morning, okay?

9             The first thing you were asked about was different

10  types of search ads.  Do you remember that?

11       A    Yes.

12       Q    Let's see if we can agree on a list.

13            You told us text was a type of search ad, correct?

14       A    Correct.

15       Q    Then we have shopping ads/PLAs.  They're search

16  ads, correct?

17       A    Correct.

18       Q    Local search ads are also search ads, right?

19       A    Yes.  We didn't discuss it previously, but, yes.

20       Q    I'm expanding the list now.

21       A    Yes.

22       Q    Video search ads are search ads, correct?

23       A    I wouldn't -- that would be an oversimplification.

24       Q    Okay.  We'll get back to that one in a moment.

25            Travel search is a search ad?

1    A    You mind need to define what you mean by "search

2  ad."

3    Q    Okay.

4         And would you agree retail search is a search ad?

5    A    Again, you would need to define what you mean by

6  search ad.

7    Q    Okay.

8         Let's it -- do you have that transcript?  Did I

9  give you a copy of your transcript?  I apologize.  That was

10  inadvertent.

11        MR. SOMMER:  May I approach, Your Honor?

12  BY MR. SOMMER:

13   Q    Let's take a -- let's go to page 20 of your

14  deposition.

15        And just to give counsel a chance to catch up, 20,

16  line 5 to 6 to start.

17        Do you remember being asked at your depo, "What

18  are the different types of search advertisements?"

19        Do you remember being asked that question?

20   A    Yes.

21        MS. TRAGER:  Objection.  Is this impeachment?

22        MR. SOMMER:  No, it's not impeachment.  I'm trying

23  to refresh his recollection.

24        MS. TRAGER:  Did he not recall specifics?

25        MR. SOMMER:  He didn't recall -- I went through my

 1   list.

 2          THE COURT:  Hang on.  Let's not talk over one

 3   another.

 4          I just think if we're going to turn to the

 5   deposition, it would be helpful to signal how you're using

 6   it.  And if it's to refresh his memory, please just indicate

 7   that.  If it's otherwise, that'll be evident from the fact

 8   that you haven't indicated that it's being used to refresh.

 9          MR. SOMMER:  Okay.

10   BY MR. SOMMER:

11   Q    Sir, let me -- I'm going to try to refresh your

12   memory or at least eliminate the -- you said it depends on

13   you define something so let me try to clarify that.

14          I'm going to ask you to look at page 21 to 22,

15   starting at line 19 on page 21, and continuing on to

16   page 22.  And after you've had a chance looking at that,

17   just look up and I'll know you've had a chance.

18   A    Yeah.

19   Q    Okay.  Great.

20          So you recall at your deposition identifying text

21   ads as a type of search ad, correct?

22   A    That's correct.

23   Q    Okay.

24          And then as we move to page 22, you also

25   identified shopping ads.  That's at line 9, correct?

1        A     That's correct.

2        Q     And then you also at line 11 identified product

3   listing ads, correct?

4        A     Correct.

5        Q     And then at line 19, you identified local search

6   ads, right?

7        A     That's correct.

8        Q     Okay.

9              MS. TRAGER:  Objection.  Counsel is reading from

10  the transcript and has it up on the screen.

11             MR. SOMMER:  Well, I'm happy to take it down from

12  the screen.

13  BY MR. SOMMER:

14       Q     Do you disagree with any of the ones you've

15  identified so far, sir?

16       A     Not at this time.

17             THE COURT:  Just to avoid any further objections

18  here, if we're going to use it to refresh, let him look at

19  it and then ask him the questions you're going to ask --

20             MR. SOMMER:  I didn't know it was on the screen.

21             THE COURT:  -- as opposed to --

22             MR. SOMMER:  My screen is covered.

23             THE COURT:  -- just reading from the transcripts.

24             If we follow those rules, we won't draw any

25  objections.

3893

```
 1              MR. SOMMER:  Good.
 2   BY MR. SOMMER:
 3       Q    And then if you turn the page to page 23.
 4       A    Yes.
 5       Q    You identified another type of search ad as a
 6   video search ad.  Do you see that?
 7       A    Yes.
 8       Q    And do we stand by that one today?
 9       A    Yes.
10              THE COURT:  I thought --
11              MS. TRAGER:  Your Honor.
12              THE COURT:  Why don't we take our lunch break and
13   we can talk about how this should be done, at least in my
14   courtroom.
15              MR. SOMMER:  Sorry, Judge.
16              THE COURT:  So, Mr. Lowcock, you're going to
17   return at 1:30, and I'll ask you please not to discuss your
18   testimony during the lunch break.  Thank you, sir.
19              THE WITNESS:  Okay.
20              THE COURT:  You can step down.  Thank you.
21              THE WITNESS:  Thank you.
22              THE COURT:  You can leave all that there.  It will
23   be waiting for you upon your return, I promise.
24              So, you know, the way I've -- the way I treat this
25   is if you want to impeach, you can use the deposition to
```

```
 1    impeach.  If he has said something inconsistent with what he

 2    has said during his deposition, obviously you can use the

 3    testimony in the deposition.

 4              If you simply want to refresh his memory, give him

 5    the opportunity to review whatever it is, whether it's the

 6    deposition or some other document to refresh, and then ask

 7    him, does it refresh your memory as to the previous question

 8    that you could not remember the answer to.

 9              MR. SOMMER:  Understood, Judge.

10              THE COURT:  You know, I don't -- if you're seeking

11    to use a deposition to refresh, I don't think it's

12    appropriate to then essentially read the answers back to him

13    from the deposition.

14              MR. SOMMER:  Got it.

15              THE COURT:  Okay.

16              All right.  See everybody at 1:30.  Thank you,

17    all.

18              COURTROOM DEPUTY:  All rise.  This Court stands in

19    recess.

20              (Recess from 12:30 p.m. to 1:30 p.m.)

21

22

23

24

25
```

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__October 3, 2023_____          

       William P. Zaremba, RMR, CRR

**BY MR. CHOKSI: [15]**
3851/4 3852/8 3856/22
3857/12 3858/14
3860/2 3860/12
3862/18 3863/8
3863/13 3865/25
3866/8 3868/21 3873/1
3875/2
**BY MR. DINTZER: [1]**
3799/6
**BY MR. SMURZYNSKI: [9]**
3775/6 3778/8 3780/4
3781/5 3787/12
3787/22 3789/21
3791/13 3792/3
**BY MR. SOMMER: [13]** 3877/12 3878/18
3881/17 3883/2
3883/18 3885/11
3886/22 3887/5
3887/19 3890/12
3891/10 3892/13
3893/2
**BY MS. TRAGER: [23]**
3801/4 3803/5 3805/14
3807/22 3808/17
3810/8 3813/12
3816/22 3818/11
3821/1 3824/19
3825/11 3827/13
3830/22 3834/1
3837/19 3839/22
3842/20 3843/19
3844/18 3845/2
3846/10 3849/2
**COURTROOM DEPUTY: [7]** 3774/2
3774/5 3800/14
3800/17 3837/11
3837/14 3894/18
**MR. CAVANAUGH: [1]**
3800/2
**MR. CHOKSI: [11]**
3850/20 3850/24
3851/1 3856/14
3856/16 3857/11
3860/11 3863/7
3863/12 3866/7 3876/1
**MR. DINTZER: [5]**
3780/25 3787/19
3789/19 3799/3
3799/25
**MR. SMURZYNSKI: [11]** 3774/14 3774/16
3780/3 3780/23
3787/11 3787/17
3790/14 3791/11
3791/25 3795/24
3798/25
**MR. SOMMER: [47]**
3807/12 3807/18
3810/4 3823/2 3823/4
3824/6 3825/7 3833/22
3839/19 3842/16
3843/11 3846/7 3852/3
3856/13 3856/18

3866/5 3872/22 3876/7
3876/10 3876/23
3877/5 3877/8 3878/10
3878/15 3881/16
3882/18 3882/23
3883/17 3885/10
3886/20 3887/4
3887/11 3887/16
3890/11 3890/22
3890/25 3891/9
3892/11 3892/20
3892/22 3893/1
3893/15 3894/9
3894/14
**MS. TRAGER: [24]**
3800/9 3800/12
3800/20 3805/13
3807/16 3810/1 3823/3
3823/11 3823/23
3824/3 3824/18 3825/4
3825/10 3833/21
3850/19 3878/8
3878/14 3883/13
3886/17 3887/13
3890/21 3890/24
3892/9 3893/11
**THE COURT: [105]**
3774/4 3774/11
3774/15 3777/19
3778/7 3781/2 3787/20
3789/20 3790/12
3790/15 3790/23
3796/1 3796/5 3798/23
3799/1 3800/3 3800/6
3800/11 3800/18
3800/22 3802/21
3802/24 3803/3
3807/19 3812/18
3813/7 3813/11
3816/12 3816/21
3817/10 3818/9
3819/19 3820/19
3820/25 3823/14
3823/25 3824/12
3825/8 3826/21 3827/5
3827/12 3828/14
3829/16 3830/1 3830/4
3830/18 3830/21
3833/23 3837/6
3837/16 3839/21
3842/17 3843/14
3844/12 3844/17
3844/25 3846/8
3847/13 3847/19
3847/22 3848/8 3849/1
3850/23 3850/25
3852/4 3856/15
3856/17 3856/20
3857/9 3859/5 3859/10
3859/17 3859/24
3860/10 3861/17
3862/3 3863/11
3865/19 3866/6
3868/18 3872/23
3874/13 3874/19
3874/23 3876/5 3876/9
3876/22 3877/2 3877/7

3883/15 3887/15
3887/18 3891/2
3892/17 3892/21
3892/23 3893/10
3893/12 3893/16
3893/20 3893/22
3894/10 3894/15
**THE WITNESS: [48]**
3777/21 3790/18
3790/24 3792/1 3796/4
3796/14 3800/5
3800/19 3802/23
3803/2 3812/24 3813/9
3816/18 3817/14
3818/10 3819/25
3820/23 3826/23
3827/11 3828/22
3829/18 3830/2 3830/5
3830/19 3837/10
3842/18 3844/14
3846/9 3847/17
3847/20 3847/23
3848/12 3852/6 3859/9
3859/15 3859/18
3859/25 3861/20
3862/4 3865/24
3868/20 3872/25
3874/17 3874/20
3875/1 3883/12
3893/19 3893/21

**$**
**$185 [1]** 3791/18
**$250 [1]** 3799/24
**$300 [2]** 3778/20
3793/18
**$300 million [1]**
3778/20
**$50 [1]** 3779/10
**$80 [2]** 3793/1 3793/5

**-**
**-pop [1]** 3813/5

**.**
**.015 [1]** 3781/8

**0**
**006 [1]** 3835/17
**016 [1]** 3834/3
**0340 [1]** 3770/4

**1**
**1.11.1 [1]** 3813/14
**1.3 [1]** 3806/3
**10.002 [1]** 3879/15
**10.003 [1]** 3879/21
**100 [1]** 3779/1
**10019 [1]** 3771/19
**10036-6710 [1]**
3770/19
**10Q [3]** 3791/23 3792/5
3792/12
**11 [1]** 3892/2
**1100 [1]** 3770/3
**1133 [1]** 3770/18
**114 [1]** 3771/10
**11:00 [2]** 3837/7

**11:15 [1]** 3837/7
**11:18 [1]** 3837/13
**12:30 [1]** 3894/20
**1300 [1]** 3770/14
**1301 [1]** 3771/18
**15 [2]** 3769/7 3781/6
**150 [1]** 3779/1
**1500 [1]** 3783/9
**17 [3]** 3834/2 3834/6
3834/12
**18 [2]** 3812/17 3813/13
**18-ish [1]** 3795/3
**185.4 million [1]**
3792/14
**19 [2]** 3891/15 3892/5
**1:30 [3]** 3893/17
3894/16 3894/20
**1X [2]** 3794/7 3794/8

**2**
**2,000 [1]** 3783/10
**2.5 [1]** 3779/21
**2.5 number [1]**
3778/14
**2.5 percent [5]**
3778/10 3779/6 3779/9
3799/7 3799/23
**20 [5]** 3803/8 3882/20
3882/23 3890/13
3890/15
**20 million [1]** 3779/9
**20-3010 [2]** 3769/4
3774/6
**200 [1]** 3778/20
**20001 [1]** 3772/5
**20024 [1]** 3771/14
**2018 [1]** 3834/13
**2019 [6]** 3775/12
3775/20 3780/15
3782/13 3799/14
3834/14
**202 [4]** 3770/4 3770/9
3771/15 3772/5
**2022 [3]** 3776/14
3776/25 3777/2
**2023 [6]** 3769/5 3785/3
3790/11 3791/14
3792/6 3895/7
**20530 [1]** 3770/8
**21 [3]** 3863/9 3891/14
3891/15
**2115 [1]** 3771/5
**212 [2]** 3770/20
3771/20
**22 [3]** 3891/14 3891/16
3891/24
**2200 [1]** 3770/19
**23 [2]** 3792/10 3893/3
**25 [1]** 3785/8
**2683 [2]** 3771/6 3806/5
**2684 [1]** 3814/15
**2685 [1]** 3807/11
**27603 [1]** 3771/10
**2793 [1]** 3770/20
**28 [1]** 3792/9
**2X [2]** 3793/11 3794/7

**300 [1]** 3793/19
**3002 [1]** 3886/6
**3010 [2]** 3769/4 3774/6
**3038 [1]** 3878/19
**307-0340 [1]** 3770/4
**307-6158 [1]** 3770/9
**31 [1]** 3792/6
**3249 [1]** 3772/5
**333 [1]** 3772/4
**335-2793 [1]** 3770/20
**354-3249 [1]** 3772/5
**360 [1]** 3874/15

**4**
**402 [1]** 3771/6
**40th [1]** 3771/19
**434-5000 [1]** 3771/15
**450 [2]** 3770/7 3833/23
**471-2683 [1]** 3771/6
**497-7728 [1]** 3771/20

**5**
**5 million [1]** 3784/16
**5 percent [2]** 3825/13
3826/2
**50 [2]** 3778/24 3786/20
**500 [1]** 3841/10
**5000 [1]** 3771/15
**508-6000 [1]** 3770/15

**6**
**6.21 [1]** 3834/18
**60 [1]** 3786/20
**60-odd percent [1]**
3776/19
**6000 [1]** 3770/15
**6032 [1]** 3771/11
**6158 [1]** 3770/9
**6710 [1]** 3770/15
**680 [1]** 3771/14
**68509 [1]** 3771/5
**690 [2]** 3780/24 3781/2

**7**
**7100 [1]** 3770/8
**716-6032 [1]** 3771/11
**720 [1]** 3770/15
**76 [3]** 3882/19 3882/22
3882/23
**77 [2]** 3882/20 3882/23
**7728 [1]** 3771/20
**7th [1]** 3770/14

**8**
**80 [2]** 3776/20 3786/7
**800 million [1]** 3779/8
**80203 [1]** 3770/15
**807 [1]** 3823/4
**88.43 percent [1]**
3834/15

**9**
**90 percent [1]** 3776/20
**902 [1]** 3823/11
**919 [1]** 3771/11
**926 [1]** 3807/19
**9:30 [1]** 3769/6

3897

**a.m [3]** 3769/6 3837/11 3837/13
**ability [2]** 3831/5 3839/13
**able [24]** 3776/5 3777/5 3779/3 3782/8 3783/5 3783/7 3784/2 3786/2 3786/6 3786/7 3786/18 3795/5 3810/5 3812/25 3813/4 3828/5 3828/17 3840/13 3841/19 3844/3 3873/3 3873/4 3876/18 3877/19
**about [73]** 3775/21 3777/8 3777/25 3778/24 3779/8 3779/9 3779/13 3779/22 3781/24 3781/25 3782/13 3782/21 3783/14 3784/19 3786/7 3786/19 3786/23 3787/3 3787/7 3788/20 3789/15 3789/22 3790/3 3791/23 3791/23 3796/5 3796/6 3797/24 3802/8 3803/8 3803/9 3814/9 3815/10 3817/23 3818/1 3821/17 3823/19 3825/18 3826/25 3827/3 3832/5 3838/20 3843/15 3844/23 3845/5 3845/15 3845/17 3845/19 3847/18 3851/6 3852/25 3855/13 3858/24 3859/1 3859/16 3861/4 3861/19 3861/22 3862/8 3862/15 3862/16 3862/21 3863/25 3865/15 3866/24 3873/5 3874/4 3879/9 3881/6 3884/7 3887/24 3889/9 3893/13
**above [1]** 3895/4
**above-titled [1]** 3895/4
**absence [1]** 3790/4
**absolute [1]** 3864/21
**Absolutely [1]** 3797/19
**access [10]** 3783/25 3811/16 3858/20 3858/21 3858/24 3859/2 3859/3 3859/5 3859/6 3859/25
**accessibility [1]** 3788/23
**accessible [1]** 3784/4
**accomplish [1]** 3797/24
**accomplished [1]** 3776/8
**according [1]** 3834/12
**account [2]** 3842/9

**accounting [1]** 3792/21
**accounts [3]** 3786/24 3797/21 3802/20
**accuracy [1]** 3881/6
**accurate [4]** 3822/24 3881/5 3888/12 3888/18
**accurately [2]** 3795/6 3888/15
**achieve [2]** 3885/20 3885/20
**acquired [3]** 3792/13 3795/14 3813/8
**acquiring [2]** 3782/16 3794/18
**acquisition [1]** 3782/17
**acronyms [1]** 3802/22
**across [5]** 3797/1 3815/4 3816/19 3838/13 3849/6
**action [3]** 3774/6 3807/4 3818/5
**actions [1]** 3873/14
**activity [1]** 3836/10
**actual [2]** 3830/16 3864/5
**actually [12]** 3785/12 3792/9 3807/5 3807/9 3814/6 3818/5 3818/7 3818/20 3819/24 3823/20 3827/2 3852/18
**ad [63]** 3807/4 3808/3 3808/12 3808/20 3808/21 3809/13 3809/19 3809/22 3810/14 3810/18 3811/6 3811/23 3812/2 3813/1 3818/22 3819/24 3820/13 3820/14 3820/15 3820/16 3820/16 3820/17 3820/17 3820/18 3820/19 3821/13 3821/14 3821/16 3821/20 3825/14 3826/8 3826/12 3826/13 3826/24 3826/25 3827/7 3827/8 3828/3 3828/18 3831/7 3838/20 3839/16 3839/17 3839/18 3839/23 3839/25 3842/1 3844/19 3847/9 3858/1 3858/8 3858/9 3874/15 3885/7 3885/14 3889/13 3889/25 3890/2 3890/4 3890/6 3891/21 3893/5 3893/6
**add [4]** 3848/4 3848/6 3848/22 3848/24
**added [2]** 3785/5 3864/4

**additional [6]** 3777/5 3778/15 3843/8 3870/16 3870/18 3875/11
**address [3]** 3864/8 3864/25 3865/16
**Adidas [1]** 3865/22
**adjacent [1]** 3848/24
**adjust [1]** 3844/6
**adjusted [1]** 3826/1
**admissible [1]** 3824/17
**admit [2]** 3807/17 3833/21
**admitted [6]** 3773/11 3773/17 3781/2 3787/20 3807/19 3833/23
**admitting [1]** 3781/1
**ads [108]** 3785/20 3802/1 3804/16 3804/17 3807/1 3808/19 3808/23 3809/3 3809/7 3809/7 3809/11 3809/18 3810/10 3810/13 3810/15 3810/24 3810/25 3811/4 3811/7 3811/8 3811/11 3811/12 3811/13 3811/14 3811/19 3812/2 3812/3 3812/4 3812/6 3812/8 3812/9 3812/11 3812/13 3812/14 3812/20 3812/23 3814/1 3814/3 3814/5 3814/11 3818/20 3820/3 3820/21 3821/2 3821/2 3821/4 3821/6 3821/21 3825/13 3825/19 3826/1 3826/5 3826/7 3827/22 3827/25 3832/2 3834/11 3836/6 3836/13 3836/15 3839/9 3842/3 3846/6 3846/12 3846/20 3846/24 3850/9 3851/15 3851/17 3853/12 3853/17 3853/22 3854/4 3854/5 3854/10 3855/14 3856/8 3858/4 3861/7 3861/8 3861/16 3862/22 3863/1 3863/1 3865/3 3865/8 3867/19 3869/12 3869/24 3871/2 3871/6 3872/14 3873/5 3873/25 3878/25 3885/3 3889/7 3889/10 3889/15 3889/16 3889/18 3889/18 3889/22 3889/22 3891/21 3891/25 3892/3 3892/6
**ads/PLAs [1]** 3889/15
**advance [4]** 3790/16 3842/21 3842/25

**advanced [5]** 3842/11 3843/2 3843/6 3843/21 3844/9
**advantage [1]** 3865/21
**advertise [8]** 3810/24 3810/25 3811/4 3827/15 3827/18 3838/19 3838/23 3855/8
**advertisement [5]** 3818/24 3819/3 3826/25 3840/1 3851/12
**advertisements [12]** 3802/2 3817/7 3819/4 3831/21 3851/6 3851/11 3851/14 3864/14 3868/1 3868/2 3868/3 3890/18
**advertiser [20]** 3804/20 3808/3 3808/9 3810/13 3810/16 3811/22 3811/23 3820/20 3821/22 3827/16 3838/22 3841/6 3841/8 3841/9 3845/13 3846/20 3854/20 3855/14 3869/3 3875/6
**advertiser's [3]** 3808/8 3875/21 3880/19
**advertisers [27]** 3811/3 3811/20 3812/21 3813/5 3821/8 3826/19 3827/14 3827/17 3828/12 3829/20 3830/17 3831/7 3838/18 3841/16 3841/18 3841/22 3846/25 3858/11 3858/16 3858/17 3858/19 3859/2 3859/21 3864/13 3865/8 3868/7 3885/19
**advertising [108]** 3801/22 3801/24 3802/13 3803/7 3803/9 3803/11 3803/12 3803/12 3803/21 3803/22 3803/23 3803/23 3804/1 3804/5 3804/6 3804/14 3805/3 3805/4 3805/22 3812/22 3815/6 3816/7 3816/9 3816/15 3816/23 3816/24 3816/25 3817/2 3817/3 3817/8 3817/20 3818/14 3818/15 3818/16 3818/16 3818/19 3819/7 3819/10 3819/11 3819/12 3819/14 3819/15 3819/16 3820/6 3820/9 3820/14 3824/24 3824/25

3825/18 3826/15 3826/18 3831/10 3831/12 3831/15 3831/18 3831/20 3831/23 3831/24 3832/16 3832/19 3834/9 3835/14 3835/22 3835/23 3836/1 3836/2 3836/8 3836/18 3836/24 3837/3 3837/21 3837/22 3837/23 3837/23 3837/25 3838/1 3838/7 3838/8 3838/10 3838/13 3838/15 3838/16 3838/18 3839/5 3839/6 3839/8 3841/14 3841/15 3841/17 3841/20 3841/23 3842/22 3849/3 3849/6 3849/11 3849/12 3853/20 3855/5 3867/13 3867/21 3869/20 3871/25 3881/20 3882/9 3885/22 3887/25 3890/4
**advise [1]** 3802/12
**advising [1]** 3878/24
**advocate [1]** 3802/11
**affiliated [2]** 3877/20 3878/1
**after [3]** 3783/20 3819/17 3891/16
**afternoon [2]** 3877/13 3877/14
**again [11]** 3790/21 3799/13 3806/18 3811/20 3817/15 3837/5 3837/15 3852/2 3863/11 3880/14 3890/5
**age [1]** 3797/10
**agencies [3]** 3801/22 3816/18 3858/18
**agency [7]** 3801/24 3801/25 3802/1 3805/22 3810/17 3820/4 3868/22
**aggregate [1]** 3794/10
**agile [2]** 3886/2 3888/3
**ago [5]** 3782/23 3810/9 3844/1 3883/19 3883/21
**agree [21]** 3789/13 3816/14 3880/24 3881/2 3881/15 3881/18 3881/22 3881/24 3882/3 3882/8 3882/2 3882/3 3882/8 3883/4 3884/9 3884/13 3884/17 3884/20 3885/3 3885/19 3885/21 3885/25 3889/12 3890/4
**agreement [4]** 3789/16 3789/23 3790/4 3791/3

**A**

**agreements [1]** 3791/1
**ahead [5]** 3780/19
3837/18 3846/8 3852/5
3869/22
**AI [12]** 3777/1 3777/6
3777/7 3785/1 3785/5
3785/25 3786/5
3786/14 3786/20
3787/15 3788/6 3795/8
**AI-powered [2]** 3777/6
3777/7
**aided [1]** 3772/7
**aimed [1]** 3817/2
**al [2]** 3769/3 3774/7
**algorithm [2]** 3809/21
3848/19
**align [1]** 3814/21
**all [49]** 3774/2 3774/11
3774/13 3774/15
3780/8 3782/20 3784/8
3786/9 3786/24
3789/14 3790/25
3792/13 3796/1
3797/20 3798/2 3799/1
3800/7 3802/22
3802/24 3803/4
3811/20 3812/8
3814/21 3815/4 3824/4
3827/5 3829/21
3837/11 3837/14
3841/18 3841/22
3842/6 3843/1 3847/8
3849/15 3851/10
3854/13 3856/24
3864/12 3874/7 3876/2
3876/5 3877/24
3880/15 3880/17
3893/22 3894/16
3894/17 3894/18
**all right [1]** 3802/24
**allocated [1]** 3793/21
**allocating [1]** 3842/23
**allocation [1]** 3805/6
**allow [3]** 3776/8
3846/8 3852/4
**allowed [1]** 3775/19
**almost [1]** 3823/15
**along [2]** 3789/10
3810/6
**already [4]** 3788/3
3866/17 3867/3
3883/16
**also [34]** 3776/11
3776/13 3776/25
3777/4 3779/3 3779/14
3782/10 3783/7
3786/18 3795/16
3799/19 3803/15
3806/6 3810/18
3811/18 3818/15
3820/6 3823/5 3824/9
3829/13 3831/24
3832/15 3848/4
3851/23 3855/10
3863/16 3868/15
3869/10 3871/1 3875/4
3884/17 3889/18

**alternative [1]** 3790/17
**always [11]** 3782/6
3785/12 3801/25
3808/7 3825/18 3832/4
3834/10 3839/7
3847/20 3859/18
3881/13
**am [3]** 3845/22
3872/15 3878/23
**amazing [1]** 3786/24
**Amazon [22]** 3853/5
3853/19 3854/1 3854/3
3854/4 3854/11
3855/21 3855/25
3856/3 3856/6 3856/9
3858/1 3858/8 3859/8
3859/11 3859/12
3860/8 3860/14
3860/16 3861/23
3861/24 3863/1
**Amazon-sponsored [1]**
3858/1
**AMERICA [1]** 3769/3
3774/7
**Americas [2]** 3770/18
3771/18
**AMIT [2]** 3769/9 3774/3
**amount [12]** 3779/11
3791/17 3792/22
3793/15 3793/16
3793/19 3806/22
3835/1 3840/17
3843/21 3844/15
3849/16
**amounts [3]** 3784/20
3784/22 3791/21
**analysis [3]** 3826/3
3832/7 3832/11
**Android [1]** 3869/17
**anecdotal [1]** 3786/25
**announce [1]** 3817/22
**announcing [1]**
3842/10
**annual [1]** 3778/20
**anonymous [1]** 3784/2
**another [11]** 3779/15
3802/19 3808/19
3808/21 3823/25
3858/9 3861/14 3862/1
3881/19 3891/3 3893/5
**answer [21]** 3776/6
3779/14 3785/14
3785/17 3786/8
3786/16 3786/18
3786/21 3786/22
3828/8 3834/25
3839/12 3843/5
3872/24 3873/4
3875/18 3883/6
3883/21 3883/23
3884/4 3894/8
**answered [2]** 3791/12
3883/16
**answers [6]** 3777/6
3777/7 3785/22
3786/14 3791/10
3894/12

**and list [2]** 3770/7
3770/12
**any [27]** 3789/15
3789/22 3790/4
3798/24 3803/12
3810/25 3811/3
3826/12 3826/15
3831/4 3836/9 3843/21
3844/20 3844/22
3845/4 3847/5 3851/12
3866/9 3882/14
3882/16 3883/11
3884/5 3887/16
3888/18 3892/14
3892/17 3892/24
**anyone [1]** 3837/9
**anything [7]** 3789/22
3790/3 3796/24 3797/8
3797/23 3854/18
3862/19
**anywhere [1]** 3789/14
**API [1]** 3775/10
**apologies [3]** 3780/24
3802/23 3829/1
**apologize [1]** 3890/9
**appear [8]** 3804/14
3806/22 3809/18
3814/12 3829/11
3845/11 3845/12
3851/7
**APPEARANCES [3]**
3769/11 3770/22
3771/21
**appears [4]** 3804/1
3819/22 3846/1
3846/20
**Apple [13]** 3788/21
3789/9 3789/13
3789/16 3789/17
3789/23 3789/23
3790/8 3790/15 3791/1
3791/3 3791/9 3797/6
**applicable [1]** 3795/16
**apply [1]** 3854/12
**appreciate [2]** 3779/21
3883/9
**approach [11]** 3778/1
3780/3 3781/24
3787/11 3791/25
3800/21 3816/16
3878/15 3887/24
3888/9 3890/11
**appropriate [3]**
3788/23 3824/16
3894/12
**approximately [6]**
3784/11 3792/25
3793/5 3799/24
3833/18 3843/24
**approximation [1]**
3785/13
**arcane [1]** 3778/4
**are [116]** 3774/13
3777/21 3779/12
3781/7 3782/13
3782/18 3783/9
3784/18 3786/9 3787/1
3788/16 3789/10

3795/10 3795/12
3796/16 3796/17
3797/5 3798/5 3798/9
3799/23 3800/7
3804/16 3804/17
3805/7 3806/8 3808/2
3808/10 3808/18
3808/22 3808/23
3809/3 3809/3 3809/4
3809/7 3809/20 3811/3
3811/7 3812/2 3812/4
3812/9 3812/22 3814/3
3815/14 3816/4
3816/14 3816/15
3816/16 3817/6
3817/13 3821/2 3821/4
3821/6 3821/21 3824/1
3824/22 3827/25
3827/25 3830/8
3831/11 3831/25
3835/7 3836/6 3836/15
3839/9 3840/13
3841/16 3842/6 3842/9
3842/24 3845/20
3848/23 3851/10
3852/20 3852/23
3853/10 3853/12
3853/17 3853/22
3854/3 3855/14 3859/7
3862/16 3863/14
3864/7 3864/9 3867/8
3867/11 3867/20
3868/10 3869/23
3870/1 3870/12 3871/8
3872/16 3874/10
3875/24 3878/1 3878/1
3878/7 3880/9 3880/25
3881/10 3882/2
3883/25 3884/18
3884/21 3884/24
3885/7 3886/3 3888/4
3888/25 3889/18
3889/22 3890/18
3892/11 3892/12
3893/17 3894/6

**area [1]** 3794/22
**areas [1]** 3795/18
**aren't [1]** 3836/22
**argue [1]** 3881/6
**around [2]** 3796/20
3830/15
**art [1]** 3848/12
**as [98]** 3775/3 3775/10
3776/23 3777/14
3778/9 3778/12
3778/18 3780/6
3780/20 3782/14
3782/17 3782/23
3783/1 3784/3 3786/12
3786/25 3786/25
3787/14 3788/8
3789/18 3791/5
3792/20 3793/23
3794/11 3794/11
3795/3 3795/7 3795/23
3797/10 3801/23
3802/9 3803/23
3804/11 3806/23
3804/11 3809/18

3795/10 3795/12
**and [116]** 3774/13

3811/8 3811/9 3811/16
3811/18 3813/10
3816/7 3816/8 3816/23
3817/3 3817/7 3818/17
3819/10 3819/14
3823/17 3823/22
3824/10 3826/14
3826/23 3835/7
3835/11 3837/24
3838/5 3839/24
3840/25 3845/13
3851/20 3853/1
3854/20 3856/7 3857/1
3857/15 3859/25
3859/25 3860/16
3861/15 3862/16
3862/16 3863/1
3864/22 3865/2 3866/4
3867/25 3868/15
3869/5 3870/21
3871/11 3874/8 3874/9
3874/15 3876/16
3879/14 3879/18
3879/23 3880/3 3882/6
3882/24 3888/17
3891/21 3891/24
3892/21 3893/5 3894/7
**aside [2]** 3822/6
3851/13
**ask [19]** 3790/13
3793/4 3796/8 3797/24
3812/18 3816/12
3819/19 3824/12
3837/8 3843/16 3857/9
3881/9 3881/23
3882/18 3891/14
3892/19 3892/19
3893/17 3894/6
**asked [5]** 3785/15
3843/10 3889/9
3890/17 3890/19
**asking [4]** 3786/8
3790/5 3801/8 3856/18
**asks [1]** 3869/3
**assembled [1]** 3795/17
**asset [1]** 3794/23
**assets [1]** 3814/21
**associated [2]** 3848/20
3867/19
**assuage [1]** 3791/23
**assume [2]** 3779/8
3888/15
**Assuming [1]** 3811/2
**ATR [1]** 3770/6
**attempting [1]** 3845/25
**attention [3]** 3806/3
3815/7 3815/22
**ATTORNEY [1]** 3771/4
**attractive [1]** 3835/4
3835/9
**attribute [1]** 3830/1
**attributor [1]** 3859/10
**auction [46]** 3804/17
3804/18 3812/2 3812/6
3812/9 3812/10
3812/10 3812/11
3812/12 3812/13
3812/14 3813/25

**A**

**auction... [34]** 3827/24
3828/3 3828/5 3828/11
3828/18 3828/19
3828/23 3829/4
3829/14 3829/19
3829/20 3830/25
3831/1 3831/6 3831/7
3842/12 3843/2 3843/7
3844/5 3844/19
3844/23 3845/5 3845/8
3850/18 3870/2 3870/6
3870/7 3870/12
3870/17 3870/18
3871/19 3871/20
3872/11 3872/14
**auction-based [1]**
3871/20
**auction-time [5]**
3870/12 3870/17
3870/18 3872/11
3872/14
**auctions [3]** 3812/15
3842/1 3842/4
**audience [10]** 3825/19
3825/20 3825/22
3831/17 3832/5 3832/5
3840/3 3840/14
3840/15 3840/24
**audiences [2]** 3831/16
3838/17
**authored [1]** 3878/7
**authority [1]** 3788/9
**automatically [1]**
3872/8
**availability [2]** 3871/9
3871/11
**available [31]** 3811/17
3811/20 3813/10
3832/5 3832/13
3835/11 3840/3 3840/5
3840/15 3840/22
3840/23 3841/1
3841/15 3841/18
3844/22 3845/4
3849/19 3853/11
3854/14 3855/14
3858/7 3862/5 3869/8
3870/16 3870/18
3870/22 3870/23
3870/24 3871/5
3871/22 3874/10
**Avenue [4]** 3770/18
3771/14 3771/18
3772/4
**average [2]** 3829/24
3842/15
**avoid [1]** 3892/17
**aware [4]** 3815/17
3817/17 3836/22
3880/18
**awareness [20]**
3815/11 3815/12
3815/21 3815/24
3816/8 3816/10 3817/2
3817/15 3817/16
3819/9 3819/13
3819/17 3824/25

3836/12 3836/13
3836/22 3840/2 3880/4
3881/14 3883/7
**away [3]** 3796/21
3825/22 3826/8

**B**

**back [17]** 3793/20
3793/25 3794/3 3807/9
3812/16 3817/10
3818/12 3821/25
3849/14 3854/22
3861/22 3865/15
3866/23 3872/5 3875/3
3889/24 3894/12
**ballpark [2]** 3793/8
3793/9
**banner [5]** 3818/15
3818/19 3819/12
3819/21 3819/22
**bar [3]** 3864/8 3864/25
3865/16
**Barrett [1]** 3772/4
**barriers [1]** 3873/24
**base [1]** 3835/12
**based [15]** 3806/21
3809/21 3813/17
3813/24 3814/4
3834/25 3841/7
3848/16 3854/19
3856/23 3857/2 3870/2
3870/7 3871/20
3874/17
**basically [5]** 3784/3
3793/25 3796/14
3798/10 3798/21
**basics [1]** 3833/9
**basis [15]** 3805/3
3806/20 3812/6 3820/3
3820/4 3820/7 3823/25
3829/13 3829/15
3829/15 3829/16
3856/15 3857/7
3857/14 3888/18
**Bates [7]** 3781/7
3806/5 3807/11
3814/14 3834/3
3835/16 3886/18
**be [123]** 3776/5 3777/5
3778/3 3778/21 3779/6
3779/15 3781/23
3782/23 3785/9 3786/6
3786/7 3786/14
3786/18 3787/20
3789/9 3792/2 3796/23
3796/25 3799/11
3799/21 3801/8 3803/9
3803/13 3803/23
3805/7 3806/6 3807/3
3807/19 3808/4
3808/14 3809/24
3810/5 3810/24
3810/25 3812/6
3812/20 3812/24
3812/25 3813/4
3814/10 3814/11
3815/17 3818/19
3819/1 3819/3 3820/3

3820/17 3820/23
3820/24 3822/24
3824/16 3825/9
3826/12 3826/14
3826/18 3827/1 3828/5
3828/16 3829/10
3830/3 3830/5 3830/6
3830/10 3830/24
3833/17 3833/23
3835/13 3837/2 3837/4
3837/15 3837/17
3838/1 3838/25 3840/1
3840/18 3841/19
3844/23 3845/5
3845/16 3847/10
3848/20 3849/6 3850/2
3850/5 3851/12
3851/14 3853/5
3855/17 3857/20
3857/22 3857/23
3859/13 3860/25
3861/2 3861/14
3864/17 3864/21
3865/19 3866/3
3869/18 3869/20
3871/24 3873/3 3873/4
3873/6 3874/13
3875/10 3876/13
3876/18 3877/19
3881/19 3885/3 3885/8
3885/17 3888/14
3888/17 3889/23
3891/5 3891/7 3893/13
3893/23
**because [52]** 3775/24
3783/13 3784/20
3786/10 3787/5 3791/4
3794/18 3796/20
3797/14 3798/12
3805/8 3811/20 3813/1
3821/22 3825/17
3825/20 3826/17
3829/11 3829/20
3829/21 3830/6 3830/8
3835/12 3838/16
3838/19 3838/24
3841/15 3841/18
3845/7 3845/11
3845/18 3848/2
3848/22 3858/20
3859/3 3859/22 3862/1
3862/7 3862/13 3864/3
3864/7 3864/23
3865/12 3867/19
3871/22 3873/3 3873/4
3874/2 3875/24
3876/18 3877/20
3887/3
**become [1]** 3794/24
**becomes [1]** 3783/12
**been [18]** 3775/2
3775/24 3780/6 3785/8
3787/14 3788/14
3794/11 3796/8 3814/1
3826/6 3830/12
3830/13 3833/14
3843/8 3849/18

3876/24
**before [16]** 3769/9
3777/9 3789/2 3796/2
3800/14 3801/14
3809/6 3812/1 3815/18
3835/15 3837/6
3866/23 3876/10
3876/17 3877/16
3886/9
**begin [3]** 3796/2
3876/5 3876/10
**beginning [1]** 3861/18
**behalf [9]** 3774/9
3774/10 3801/24
3802/3 3802/11
3831/22 3832/2
3850/21 3874/5
**behavior [8]** 3807/6
3818/1 3826/18
3826/22 3838/4
3862/14 3872/6 3872/8
**behavioral [1]** 3813/7
**being [17]** 3778/5
3779/3 3786/2 3795/5
3796/19 3796/21
3796/24 3800/4 3823/2
3855/10 3862/10
3865/16 3880/3
3880/18 3890/17
3890/19 3891/8
**belabor [1]** 3880/15
**belief [2]** 3787/5
3787/8
**believable [1]** 3786/14
**believe [9]** 3775/20
3779/23 3780/15
3785/21 3792/24
3856/11 3856/18
3857/6 3863/6
**believed [4]** 3775/18
3776/2 3777/17 3778/9
**BELKNAP [1]** 3770/17
**below [3]** 3781/15
3781/18 3809/20
**BENCH [1]** 3769/9
**benefit [2]** 3843/2
3872/20
**benefits [2]** 3873/10
3875/24
**best [7]** 3782/3 3786/3
3817/21 3828/25
3886/3 3888/5 3888/25
**bet [1]** 3784/17
**better [17]** 3777/11
3777/17 3782/24
3783/17 3787/6 3787/9
3787/9 3812/22 3847/8
3847/20 3864/21
3869/14 3873/3 3873/9
3873/12 3873/13
3873/20
**between [16]** 3778/19
3778/25 3789/16
3789/23 3791/19
3793/16 3793/19
3794/7 3819/23
3820/10 3824/21

3876/24
**bid [1]** 3804/14
**bidders [2]** 3830/25
3831/1
**bidding [27]** 3820/8
3829/5 3829/7 3829/21
3830/11 3847/11
3847/14 3848/7
3869/23 3870/4 3870/5
3870/7 3870/9 3870/13
3870/15 3870/17
3870/19 3870/23
3871/1 3871/15
3871/20 3872/1 3872/2
3872/11 3872/14
3872/21 3873/5
**big [1]** 3859/20
**billion [1]** 3799/19
**billions [1]** 3796/10
**binder [8]** 3780/1
3780/2 3805/15 3822/7
3833/4 3863/4 3878/13
3886/7
**binders [2]** 3800/20
3878/12
**Bing [21]** 3775/10
3775/13 3777/17
3782/10 3782/24
3784/1 3784/5 3819/23
3820/10 3831/24
3834/20 3834/23
3835/1 3848/15 3871/1
3871/6 3871/12
3871/14 3872/18
3872/21 3873/5
**Bing's [2]** 3777/11
3834/16
**bit [6]** 3777/23 3810/9
3841/5 3861/22 3879/8
3879/9
**black [4]** 3780/1
3780/2 3794/6 3850/12
**blog [5]** 3787/14
3787/16 3788/3 3795/9
3842/10
**blue [2]** 3810/15
3878/21
**board [1]** 3797/1
**bootstrap [1]** 3784/3
**both [10]** 3778/22
3782/9 3786/25 3795/4
3795/14 3795/22
3833/14 3858/17
3867/21 3881/25
**bottom [10]** 3781/6
3781/12 3788/4
3792/10 3797/4 3836/5
3863/18 3874/24
3884/14 3886/23
**bought [5]** 3803/13
3818/19 3820/3 3820/6
3837/23
**box [4]** 3810/15

**box... [3]** 3818/13 3850/12 3865/17
**boxes [2]** 3807/23 3819/3
**brand [26]** 3802/17 3815/25 3816/2 3817/2 3817/3 3817/22 3819/9 3824/25 3837/3 3860/22 3861/22 3861/23 3863/19 3863/23 3863/23 3864/1 3864/3 3864/7 3864/14 3865/9 3865/18 3866/3 3866/10 3866/11 3866/17 3866/25
**brand's [1]** 3864/5
**branding [2]** 3836/18 3836/25
**brands [3]** 3855/1 3859/20 3861/12
**breaching [1]** 3850/7
**break [7]** 3807/24 3837/7 3837/9 3886/1 3888/2 3893/12 3893/18
**breaking [1]** 3786/19
**brief [1]** 3812/1
**briefly [2]** 3818/13 3845/23
**broad [3]** 3848/18 3856/6 3858/24
**broadly [8]** 3808/2 3810/25 3811/20 3820/11 3841/12 3850/8 3869/10 3872/25
**Broadway [1]** 3770/14
**browser [5]** 3788/21 3797/10 3864/8 3865/13 3866/24
**browsers [4]** 3797/6 3865/12 3865/13 3866/24
**Bruce [1]** 3770/11
**budget [7]** 3805/4 3805/6 3805/9 3841/7 3841/14 3841/19 3867/22
**budgets [4]** 3802/13 3804/24 3812/22 3842/23
**build [2]** 3775/18 3776/3
**building [5]** 3771/5 3776/8 3777/5 3836/18 3837/3
**built [1]** 3794/21
**bullet [1]** 3781/12
**bunch [1]** 3792/20
**Bureau [1]** 3771/4
**business [22]** 3779/13 3785/8 3785/23 3794/14 3794/15 3794/24 3795/16 3796/12 3799/18 3801/20 3803/7

**box... [3]** 3818/13
3823/17 3823/22
3824/23 3840/13
3842/7 3844/24 3845/6
3854/25
**businesses [1]** 3797/2
**buttons [2]** 3814/11 3814/11
**buy [30]** 3801/24 3802/1 3803/24 3806/17 3815/18 3820/5 3829/9 3831/18 3831/23 3831/24 3832/2 3834/11 3835/1 3835/14 3845/13 3848/2 3855/4 3856/8 3858/4 3858/8 3859/22 3860/21 3861/3 3865/2 3865/8 3865/20 3866/18 3867/13 3868/3 3873/5
**buying [6]** 3785/23 3806/19 3861/16 3871/11 3871/24 3880/20
**buys [1]** 3839/15

**C**

**C-h-o-k-s-i [1]** 3851/2
**calculations [1]** 3779/18
**call [7]** 3778/19 3781/7 3786/12 3800/7 3824/25 3854/5 3883/8
**called [7]** 3776/24 3784/25 3793/13 3818/15 3846/24 3858/6 3872/16
**calls [1]** 3800/13
**came [6]** 3775/9 3777/9 3784/24 3786/17 3797/9 3799/16
**campaign [23]** 3805/3 3805/3 3805/24 3806/4 3806/16 3806/18 3807/24 3808/4 3814/16 3814/21 3816/10 3817/21 3817/22 3826/13 3826/15 3829/24 3844/6 3846/15 3846/20 3847/9 3867/22 3867/24 3871/25
**campaigns [17]** 3806/8 3806/12 3808/7 3813/18 3813/22 3813/23 3813/24 3814/20 3815/25 3816/2 3838/9 3839/4 3839/6 3842/22 3842/24 3849/4 3867/14
**can [130]**
**can't [1]** 3844/15
**cannot [1]** 3870/10
**capacity [1]** 3794/19

**Capitol [1]** 3771/5
**capture [9]** 3804/7 3815/6 3819/16 3825/1 3825/24 3836/9 3852/7 3861/15 3873/12
**captures [2]** 3825/17 3826/17
**capturing [3]** 3804/9 3815/11 3815/12
**car [2]** 3827/7 3827/8
**care [2]** 3776/23 3856/5
**Carolina [2]** 3771/8 3850/21
**Carr [1]** 3770/13
**carriers [2]** 3797/6 3798/14
**case [6]** 3796/9 3804/5 3804/6 3810/17 3823/10 3879/17
**cases [1]** 3783/2
**cash [1]** 3792/15
**catch [2]** 3782/14 3890/15
**categories [5]** 3777/12 3811/3 3820/21 3864/16 3864/17
**category [4]** 3811/6 3839/1 3856/5 3864/15
**Cavanaugh [2]** 3770/17 3774/9
**center [2]** 3770/13 3781/7
**central [1]** 3796/9
**certain [12]** 3777/12 3779/10 3781/7 3784/10 3812/7 3830/15 3838/23 3841/16 3849/19 3869/8 3871/9 3871/24
**certainly [4]** 3780/18 3784/5 3790/14 3823/19
**Certified [1]** 3772/3
**certify [1]** 3895/2
**CH [1]** 3772/4
**chance [4]** 3782/15 3890/15 3891/16 3891/17
**change [14]** 3777/1 3790/10 3796/18 3796/22 3798/1 3830/14 3842/14 3843/9 3843/17 3845/15 3845/18 3846/15 3873/7 3874/10
**changed [2]** 3792/22 3849/15
**changes [16]** 3830/10 3830/12 3830/13 3842/3 3842/6 3842/10 3842/12 3843/3 3843/7 3844/1 3844/19 3845/8 3845/14 3845/17 3858/24 3872/8
**channels [13]** 3803/16

**file [1]** 3751/17
**3826/18 3826/22
3841/7 3841/7 3841/15
3844/3 3849/7 3872/5
3884/21 3884/24
**characteristics [1]** 3811/10
**Charles [1]** 3771/13
**chart [1]** 3863/17
**ChatGPT [1]** 3786/10
**chief [3]** 3802/6 3802/10 3802/16
**choice [2]** 3797/11 3797/18
**choices [1]** 3841/15
**Choksi [3]** 3771/8 3850/20 3850/23
**choose [1]** 3855/20
**circa [1]** 3780/15
**circuit [1]** 3782/23
**circumstances [2]** 3854/9 3854/12
**cite [1]** 3786/15
**cited [1]** 3849/22
**Civil [1]** 3774/6
**clarify [2]** 3886/19 3891/13
**classes [2]** 3776/24 3777/16
**clear [7]** 3778/21 3790/19 3790/25 3830/24 3880/24 3885/1 3888/17
**clearly [1]** 3794/24
**ClicData [1]** 3782/2
**click [12]** 3783/25 3785/17 3796/21 3804/19 3806/19 3807/6 3808/8 3821/3 3829/24 3858/9 3865/1 3865/4
**clicked [1]** 3821/22
**clicks [7]** 3804/20 3806/24 3806/25 3807/1 3807/4 3857/18 3857/25
**client [8]** 3808/12 3827/19 3854/13 3856/3 3856/4 3873/17 3874/16 3874/21
**client's [5]** 3807/3 3852/16 3852/17 3857/22 3874/25
**clients [55]** 3801/25 3802/3 3802/12 3802/12 3804/25 3805/2 3806/1 3806/10 3806/13 3825/14 3826/8 3827/22 3831/22 3832/2 3833/9 3833/13 3833/15 3833/16 3833/19 3834/9 3834/19 3834/22 3835/4 3836/17 3836/24 3842/22 3843/2 3846/5 3846/11 3847/12 3849/16 3854/10

**3856/5 3856/7 3856/11
3856/18 3856/24
3857/2 3857/6 3857/13
3857/15 3861/7 3862/7
3867/15 3871/15
3872/20 3873/11
3873/18 3873/21
3878/24 3879/3 3887/9
3887/25
**clients' [1]** 3852/20
**Close [1]** 3834/5
**closer [1]** 3817/25
**co [2]** 3770/15 3787/16
**co-wrote [1]** 3787/16
**coag.gov [1]** 3770/16
**collateral [1]** 3887/9
**collecting [1]** 3862/14
**collection [1]** 3789/3
**Colorado [4]** 3770/11 3770/11 3770/13 3850/21
**COLUMBIA [1]** 3769/1
**combination [2]** 3828/20 3828/22
**come [6]** 3787/4 3832/3 3837/15 3848/9 3854/22 3859/22
**comes [5]** 3783/2 3796/14 3798/8 3874/6 3886/14
**coming [1]** 3850/1
**comment [3]** 3778/16 3865/15
**commenting [1]** 3838/17
**comments [1]** 3782/18
**commerce [2]** 3852/25 3857/20
**commercial [2]** 3791/1 3791/2
**commission [2]** 3822/21 3823/7
**commitment [1]** 3855/4
**common [4]** 3793/21 3814/21 3821/6 3821/8
**communicated [2]** 3842/6 3842/8
**communicating [1]** 3781/23
**communications [1]** 3843/24
**community [1]** 3838/25
**companies [4]** 3798/11 3816/19 3877/21 3878/1
**company [18]** 3779/25 3791/5 3793/15 3793/17 3793/18 3793/22 3794/12 3797/16 3799/18 3801/21 3802/19 3816/16 3841/10 3841/11 3849/19 3874/14 3885/25 3888/8

**C**

comparable [1] 3777/18
compare [3] 3782/8 3810/10 3840/5
compared [2] 3849/6 3871/11
compares [1] 3840/19
compete [9] 3775/19 3776/9 3778/12 3779/23 3855/25 3856/3 3856/11 3857/6 3857/13
competition [2] 3796/21 3857/2
competitive [3] 3856/7 3864/19 3865/5
competitor [4] 3802/19 3864/17 3864/20 3865/22
competitor's [1] 3865/9
competitors [2] 3829/22 3857/15
complaint [1] 3879/17
complete [2] 3794/2 3807/7
completely [1] 3841/1
complex [3] 3815/3 3820/7 3820/23
complicated [14] 3798/10 3839/11 3854/25 3873/4 3874/12 3882/3 3882/11 3883/10 3883/20 3883/25 3883/25 3884/7 3884/8 3884/12
complying [1] 3850/2
component [1] 3799/13
computer [5] 3772/7 3786/12 3796/16 3827/2 3827/9
computer-aided [1] 3772/7
Comscore [2] 3832/18 3840/17
concept [6] 3828/1 3831/11 3847/14 3882/9 3882/10 3884/9
concepts [1] 3783/3
concerned [1] 3850/2
concerns [1] 3791/23
conclusion [1] 3812/21
concrete [1] 3865/19
conditions [1] 3792/21
conduct [3] 3827/3 3829/3 3861/21
conducted [2] 3804/18 3850/18
conducting [1] 3803/24
confident [1] 3776/19
confidential [5] 3791/19 3876/13 3876/24 3876/25

confirm [2] 3784/13 3840/14
connect [1] 3803/15
connected [1] 3791/9
connection [1] 3787/15
CONNOLLY [1] 3771/13
conquesting [4] 3864/18 3864/19 3864/20 3865/6
conscious [1] 3784/19
consensus [1] 3880/24
consider [6] 3824/1 3825/3 3826/12 3832/1 3832/23 3833/2
consideration [10] 3792/14 3792/17 3792/18 3795/22 3815/12 3815/23 3817/19 3855/7 3880/4 3883/7
considered [2] 3794/1 3839/17
considering [2] 3862/25 3880/19
consistent [3] 3814/22 3816/19 3883/14
consistently [1] 3874/3
consists [1] 3818/16
consolidate [2] 3830/14 3830/15
Consolidating [1] 3830/15
constantly [1] 3868/11
Constitution [1] 3772/4
construct [1] 3817/13
consult [6] 3832/7 3832/10 3832/15 3832/16 3832/18 3832/21
consume [2] 3815/4 3882/5
consumer [15] 3770/12 3771/4 3771/9 3825/18 3852/7 3859/16 3860/6 3862/14 3872/8 3882/2 3884/13 3884/19 3885/20 3886/2 3888/3
consumers [13] 3808/13 3815/3 3839/9 3840/6 3840/21 3859/21 3866/16 3882/5 3882/13 3884/18 3886/3 3888/4 3888/24
consumers' [1] 3815/7
contained [2] 3816/15 3841/1
contemplated [1] 3799/15
content [11] 3781/18 3783/7 3783/12 3786/4 3810/13 3810/19

3829/10 3864/24 3867/4
contents [4] 3788/9 3788/17 3822/23 3823/19
context [7] 3778/15 3780/18 3795/13 3815/1 3831/12 3849/3 3883/5
continue [5] 3779/16 3825/23 3825/23 3827/21 3850/6
CONTINUED [3] 3771/1 3772/1 3775/5
continuing [1] 3891/15
continuously [1] 3786/17
contracts [1] 3798/10
conversation [2] 3838/20 3844/5
conversion [10] 3807/2 3807/3 3815/8 3815/8 3818/4 3836/3 3873/14 3873/15 3873/15 3885/21
converted [1] 3844/4
convinced [1] 3824/17
cookies [1] 3858/25
copy [4] 3877/6 3878/8 3878/11 3890/9
core [1] 3788/6
correct [76] 3775/12 3775/17 3776/10 3776/13 3776/17 3779/24 3783/23 3788/17 3789/11 3789/12 3791/18 3792/19 3793/11 3794/12 3794/13 3794/15 3794/16 3802/4 3803/20 3804/3 3804/21 3811/9 3814/2 3817/5 3817/9 3821/24 3822/4 3827/11 3830/20 3836/16 3851/9 3851/16 3851/18 3851/21 3852/12 3853/4 3855/12 3855/19 3856/25 3857/4 3859/9 3860/4 3864/11 3865/24 3868/16 3868/24 3871/13 3872/15 3875/1 3877/16 3877/17 3877/21 3877/22 3878/23 3879/4 3879/5 3879/10 3879/11 3881/1 3881/21 3886/13 3886/14 3887/1 3889/13 3889/14 3889/16 3889/17 3889/22 3891/21 3891/22 3891/25 3892/1 3892/3 3892/4 3892/7 3895/3
correcting [1] 3783/3

correctly [2] 3876/18 3888/2
cost [12] 3804/19 3806/19 3821/3 3821/9 3821/10 3821/11 3829/13 3829/15 3829/15 3829/16 3837/2 3837/24
cost-per-click [1] 3806/19
costs [3] 3779/5 3875/3 3875/11
could [59] 3775/8 3776/2 3776/6 3776/19 3777/1 3778/10 3778/11 3778/21 3779/23 3782/14 3782/23 3784/21 3787/5 3790/12 3800/14 3801/19 3802/9 3803/10 3803/21 3804/4 3804/8 3805/13 3805/16 3806/13 3810/1 3811/10 3812/16 3812/18 3813/13 3813/21 3817/10 3817/12 3818/21 3820/20 3821/12 3824/20 3826/11 3830/2 3830/5 3830/6 3831/14 3833/11 3834/20 3834/22 3835/1 3835/15 3837/22 3838/12 3850/15 3851/12 3856/19 3856/20 3857/22 3860/25 3865/22 3876/1 3885/10 3886/18 3894/8
counsel [8] 3824/7 3876/11 3878/10 3882/18 3882/20 3889/7 3890/15 3892/9
counting [1] 3888/2
couple [1] 3853/16
course [4] 3783/19 3790/2 3823/8 3823/15
court [10] 3769/1 3772/2 3772/3 3774/2 3811/25 3837/12 3837/14 3850/25 3885/1 3894/18
courtroom [2] 3876/12 3893/14
coverage [2] 3775/23 3777/4
covered [2] 3796/3 3892/22
CPC [7] 3804/19 3806/19 3821/3 3826/6 3827/20 3830/25 3831/6
CPCs [1] 3826/4
CPM [1] 3821/9
crawl [8] 3775/16 3776/3 3776/4 3786/18

correctly [2] 3876/18 3888/2
create [6] 3782/8 3787/6 3799/20 3802/1 3818/18 3819/13
created [1] 3823/6
creative [1] 3802/1
critical [1] 3814/20
CROSS [3] 3773/4 3775/5 3877/11
CROSS-EXAMINATION [2] 3775/5 3877/11
crossed [1] 3776/18
CRR [2] 3895/2 3895/8
culmination [1] 3787/8
cumulative [1] 3852/3
cumulatively [1] 3794/11
curious [1] 3883/23
current [2] 3802/5 3802/14
currently [1] 3789/10
customer [8] 3814/20 3814/25 3815/3 3815/10 3815/17 3858/21 3859/4 3883/5
customers [2] 3809/10 3814/20
CV [1] 3769/4
CVS [1] 3861/24

**D**

D.C [6] 3769/5 3770/3 3770/8 3771/14 3772/5 3848/5
dad [1] 3813/5
data [31] 3782/10 3783/25 3784/8 3807/3 3811/14 3832/5 3835/11 3835/13 3858/20 3858/24 3859/2 3859/3 3859/6 3859/6 3860/1 3862/5 3862/8 3862/14 3862/16 3869/8 3869/11 3869/19 3870/16 3870/18 3870/21 3871/10 3871/22 3872/6 3873/6 3873/16 3873/19
database [1] 3810/22
dataset [2] 3784/10 3784/12
datasets [1] 3784/6
Date [1] 3895/7
day [2] 3769/7 3870/21
days [5] 3785/19 3797/19 3827/6 3883/9 3883/20
deal [1] 3799/11
dealership [1] 3827/8
debate [1] 3821/16
decide [1] 3865/2
deciding [1] 3830/8
decision [6] 3815/13 3815/23 3815/24 3818/4 3880/5 3883/7
decisions [3] 3839/2 3873/5 3873/10

**deck [2]** 3780/10
3834/8
**declaration [3]**
3823/12 3823/14
3823/16
**deep [3]** 3781/15
3781/18 3788/6
**deeply [1]** 3786/2
**default [4]** 3796/11
3796/19 3865/13
3866/25
**defaults [6]** 3796/5
3796/6 3796/7 3796/10
3796/16 3797/2
**defendant [3]** 3769/7
3771/12 3876/4
**DEFENDANT'S [3]**
3773/11 3781/3
3787/21
**define [11]** 3803/10
3803/22 3818/14
3837/22 3841/9
3850/10 3853/1 3864/2
3890/1 3890/5 3891/13
**defined [1]** 3803/23
**definitely [6]** 3775/20
3776/2 3782/7 3784/7
3794/21 3795/1
**definition [2]** 3823/15
3851/23
**delivered [2]** 3820/14
3820/14
**delivery [3]** 3803/16
3803/17 3821/13
**demand [10]** 3819/12
3819/13 3819/15
3820/8 3828/11
3830/15 3830/15
3836/9 3852/7 3873/13
**demonstrate [1]**
3855/3
**demonstrative [4]**
3789/1 3878/3 3878/9
3879/14
**denied [1]** 3844/10
**Denver [1]** 3770/15
**DEPARTMENT [6]**
3770/2 3770/11 3771/3
3771/9 3879/17
3881/25
**depend [1]** 3806/13
**depending [2]** 3806/7
3842/14
**depends [2]** 3864/15
3891/12
**depict [2]** 3880/10
3884/15
**depicted [3]** 3881/25
3882/15 3885/4
**deploying [1]** 3874/11
**depo [15]** 3890/17
**deposition [14]**
3876/12 3877/6 3880/2
3882/19 3883/4
3890/14 3891/5
3891/20 3893/25
3894/2 3894/3 3894/6

**deprecated [2]**
3849/18 3887/23
**deprecation [1]**
3858/25
**depth [1]** 3826/3
**describe [10]** 3801/19
3802/9 3804/4 3811/10
3814/25 3833/11
3850/8 3852/2 3864/6
3883/4
**described [5]** 3788/2
3815/15 3838/5 3852/1
3880/10
**describing [1]** 3864/9
**descriptions [1]**
3816/14
**descriptor [1]** 3810/18
**designate [1]** 3820/20
**designated [1]**
3882/24
**designed [2]** 3816/7
3852/7
**desktop [2]** 3844/2
3844/4
**despite [1]** 3827/20
**destination [3]** 3808/9
3857/21 3865/17
**destinations [1]**
3861/25
**detail [2]** 3808/11
3829/1
**details [1]** 3814/7
**determine [14]** 3805/2
3805/6 3805/9 3820/8
3828/10 3828/12
3828/23 3829/15
3845/14 3847/10
3849/12 3856/8 3861/3
3871/23
**determined [7]** 3808/9
3809/21 3810/16
3810/20 3831/5
3850/17 3870/6
**determines [5]**
3810/13 3828/6 3828/8
3829/7 3845/9
**determining [2]**
3804/24 3832/1
**develop [2]** 3782/1
3786/15
**developed [3]** 3775/9
3776/11 3795/15
**developing [1]**
3775/15
**device [3]** 3789/4
3858/25 3870/21
**devices [1]** 3796/16
**devises [1]** 3848/8
**dial [1]** 3795/8
**dialed [1]** 3795/4
**did [15]** 3775/20
3782/24 3782/25
3784/11 3785/6
3789/13 3790/16
3793/5 3817/3 3844/12
3849/23 3872/13
3872/14 3890/8

**did you [1]** 3844/12
**didn't [5]** 3783/24
3789/14 3889/19
3890/25 3892/20
**differ [2]** 3812/13
3841/7
**difference [11]** 3794/6
3811/19 3827/6
3858/11 3858/15
3858/17 3866/9
3866/12 3866/13
3866/14 3872/17
**differences [1]**
3824/20
**different [35]** 3776/23
3776/24 3777/24
3781/23 3793/4
3797/14 3806/8
3808/18 3808/22
3808/23 3812/10
3812/12 3813/18
3814/10 3818/19
3819/19 3821/4
3840/24 3845/10
3857/25 3860/17
3861/24 3866/21
3869/23 3872/16
3880/15 3880/16
3881/23 3882/6 3882/6
3885/3 3885/17 3889/6
3889/9 3890/18
**differently [1]** 3778/2
**difficult [2]** 3834/25
3843/4
**digit [1]** 3784/23
**digital [14]** 3802/16
3803/7 3803/9 3803/10
3803/12 3803/13
3803/15 3803/18
3816/15 3855/3
3881/20 3882/8 3885/3
3889/7
**Dintzer [3]** 3770/2
3774/8 3799/2
**direct [10]** 3773/4
3801/3 3806/3 3820/3
3820/4 3851/3 3858/5
3859/16 3859/21
3859/22
**directed [2]** 3857/19
3857/20
**directionally [1]**
3782/12
**directly [5]** 3808/13
3820/4 3859/13
3859/22 3871/12
**disagree [1]** 3892/14
**disagreed [1]** 3883/19
**disclose [1]** 3791/21
**discover [1]** 3827/3
**discovery [2]** 3807/25
3822/2
**discuss [4]** 3837/8
3889/6 3889/19
3893/17
**discussed [2]** 3835/19
3889/7

**discussing [2]** 3818/24
3819/7
**discussion [1]** 3805/12
**discussions [7]**
3789/14 3790/16
3838/17 3843/20
3856/23 3856/24
3857/2
**display [28]** 3807/25
3809/2 3809/6 3818/13
3818/14 3818/15
3818/16 3818/18
3818/20 3818/22
3818/23 3819/7
3819/10 3819/12
3820/3 3820/6 3820/13
3820/21 3821/2 3821/2
3821/4 3821/6 3821/8
3824/21 3824/24
3838/8 3839/17 3840/1
**display-type [1]**
3840/1
**displayed [2]** 3818/17
3876/17
**disruption [1]** 3797/20
**distinguish [1]**
3801/25
**distribution [1]** 3862/2
**DISTRICT [3]** 3769/1
3769/1 3769/10
**disturb [1]** 3798/4
**divided [1]** 3809/17
**Division [1]** 3770/7
**do [153]**
**do you [36]** 3798/4
3801/16 3803/22
3805/25 3826/19
3827/14 3827/21
3831/25 3832/10
3832/15 3832/18
3832/21 3832/23
3833/1 3836/17
3841/22 3851/24
3852/15 3854/9 3860/6
3860/13 3860/16
3862/22 3862/25
3864/13 3864/16
3867/15 3869/2
3873/15 3873/19
3880/5 3883/24 3884/9
3888/8 3889/10
3892/14
**Do you ever [1]** 3875/6
**do you have [7]**
3832/6 3838/9 3853/21
3855/20 3863/25
3868/6 3890/8
**do you know [1]**
3875/14
**Do you recognize [7]**
3780/10 3789/4
3805/18 3822/9 3833/5
3879/18 3879/23
**do you remember [4]**
3862/21 3883/21
3890/17 3890/19
**do you see [17]**
3788/11 3792/6

3809/9 3813/19
3814/17 3814/23
3822/1 3834/4 3863/19
3878/21 3883/11
3886/23 3888/1 3888/6
3893/6
**document [40]** 3780/2
3780/5 3780/13
3780/18 3783/11
3783/14 3787/13
3791/22 3792/9
3799/14 3805/11
3805/18 3805/21
3814/14 3816/13
3816/14 3822/8
3822/18 3823/16
3823/20 3824/14
3824/17 3833/8
3833/12 3833/13
3833/14 3833/16
3835/8 3835/15
3835/24 3863/5
3876/24 3886/12
3886/13 3886/16
3886/19 3887/7 3887/8
3887/21 3894/6
**documentation [1]**
3778/4
**documented [1]**
3829/6
**documents [4]** 3783/9
3788/13 3788/17
3878/7
**does [40]** 3780/17
3781/20 3786/11
3812/13 3814/3
3815/17 3816/23
3818/20 3819/10
3819/14 3831/21
3834/8 3834/19 3835/2
3835/21 3835/25
3836/6 3836/13
3836/14 3840/3 3840/5
3842/2 3846/14
3846/24 3847/5 3853/9
3858/11 3858/19
3858/22 3863/21
3865/5 3865/6 3865/11
3870/8 3871/1 3872/4
3873/10 3875/4
3880/10 3894/7
**doesn't [11]** 3790/3
3791/8 3791/9 3821/15
3821/15 3823/21
3825/19 3843/18
3861/23 3872/17
3883/15
**doing [5]** 3775/15
3775/21 3787/7
3793/10 3860/25
**DOJ [4]** 3770/2 3770/6
3774/8 3885/9
**DOJ's [1]** 3881/5
**DOJ-ATR [1]** 3770/6
**dollars [4]** 3784/14
3796/11 3797/21
3799/22

3903

**domains [1]** 3782/3
**don't [31]** 3785/16
3790/1 3790/18 3793/2
3794/4 3796/22 3802/1
3807/14 3815/3
3823/16 3823/17
3824/12 3837/6
3838/19 3843/13
3848/22 3848/23
3856/4 3857/9 3860/10
3861/13 3861/25
3863/9 3864/7 3882/5
3883/15 3886/18
3888/14 3893/12
3894/10 3894/11
**done [7]** 3777/10
3820/23 3820/24
3826/3 3839/24
3859/13 3893/13
**double [1]** 3778/25
**down [9]** 3845/10
3867/7 3879/9 3881/16
3886/1 3888/2 3889/5
3892/11 3893/20
**download [1]** 3807/7
**Dozens [1]** 3833/20
**Dr. [8]** 3775/7 3780/5
3787/13 3788/2 3789/3
3791/14 3792/4 3800/3
**Dr. Ramaswamy [8]**
3775/7 3780/5 3787/13
3788/2 3789/3 3791/14
3792/4 3800/3
**drafter [2]** 3822/18
3823/12
**draw [2]** 3812/21
3892/24
**drive [23]** 3808/8
3808/15 3815/7 3816/8
3816/10 3817/18
3817/24 3819/12
3819/13 3824/24
3829/12 3830/16
3835/24 3836/2 3840/2
3858/9 3862/9 3872/6
3873/13 3875/11
3881/13 3881/14
3885/22
**driven [7]** 3815/25
3819/17 3826/18
3826/22 3828/19
3828/19 3836/9
**drives [7]** 3874/4
**driving [11]** 3815/11
3815/12 3815/13
3817/2 3817/25 3818/4
3830/17 3836/21
3852/18 3862/17
3881/14
**drop [2]** 3798/18
3874/8
**drops [1]** 3798/19
**dual [1]** 3777/3
**duration [1]** 3867/24
**during [7]** 3812/7
3825/25 3834/13
3834/16 3837/9

**DX [1]** 3886/6
**DX290 [1]** 3780/23
**DX299 [3]** 3787/14
3787/17 3787/21
**DX3002 [2]** 3886/12
3887/11
**DX3038 [1]** 3877/19
**DX690 [2]** 3780/6
3781/3
**DXD [1]** 3879/21
**DXD-10.003 [1]**
3879/21
**DXD10.02 [1]** 3879/14
**DXD6 [1]** 3789/2
**dynamic [1]** 3829/19
**dynamics [1]** 3873/8

**E**

**e-commerce [2]**
3852/25 3857/20
**E.V [1]** 3770/6
**each [3]** 3877/3 3878/1
3885/7
**earlier [5]** 3787/3
3795/7 3798/13
3835/19 3879/7
**early [1]** 3785/3
**earn [1]** 3859/3
**easier [2]** 3780/12
3886/10
**ecosystem [4]** 3797/7
3797/25 3798/7
3798/21
**Edenton [1]** 3771/10
**educate [4]** 3833/9
3833/13 3833/16
3834/9
**educated [1]** 3833/17
**effect [5]** 3798/20
3828/13 3830/25
3831/4 3834/19
**effective [5]** 3835/13
3836/21 3837/2
3847/11 3885/17
**effectively [8]** 3795/5
3797/25 3798/22
3816/9 3819/8 3838/1
3871/23 3874/5
**efficiency [1]** 3875/12
**efficient [1]** 3875/20
**effort [1]** 3875/4
**efforts [2]** 3775/12
3777/3
**either [4]** 3818/6
3872/7 3881/5 3881/6
**elaborate [2]** 3804/8
3840/9
**elicit [1]** 3824/13
**eliminate [1]** 3891/12
**else [2]** 3854/18
3862/19
**elsewhere [1]** 3825/14
**Email [9]** 3770/4
3770/9 3770/16
3770/20 3771/6
3771/11 3771/15
3771/19 3771/20

**marketer [2]** 3832/5
3833/1
**employees [2]** 3793/21
3805/23 3842/9
**end [5]** 3779/10
3792/21 3807/7
3817/16 3881/14
**endeavor [1]** 3823/23
**ended [2]** 3792/5
3792/6
**ending [5]** 3806/5
3807/11 3814/14
3834/3 3835/16
**engage [3]** 3791/8
3838/20 3882/6
**engaging [1]** 3838/25
**engine [57]** 3775/10
3775/14 3776/9
3777/14 3778/12
3782/1 3782/18 3787/4
3789/18 3796/11
3797/12 3803/25
3804/1 3804/11
3804/12 3804/15
3809/15 3809/21
3810/11 3810/20
3810/22 3811/15
3811/17 3811/21
3814/10 3818/25
3825/23 3829/4
3831/18 3832/1 3832/7
3832/11 3840/11
3840/18 3845/21
3845/24 3847/24
3848/11 3848/19
3851/7 3857/19 3859/7
3860/17 3860/25
3861/15 3862/9
3864/25 3865/14
3865/17 3866/4
3866/11 3866/22
3867/8 3867/12
3867/16 3868/2 3868/6
**engine's [1]** 3810/21
**engineer [1]** 3778/2
**engineered [1]**
3799/23
**engineering [3]**
3777/22 3778/23
3799/20
**engineers [2]** 3778/1
3779/2
**engines [17]** 3778/1
3785/7 3789/10
3789/25 3790/17
3795/10 3803/14
3814/8 3814/9 3829/11
3834/5 3859/8 3862/6
3863/2 3864/1 3868/4
3872/9
**enormously [1]**
3796/20
**enter [6]** 3791/2
3813/24 3882/13
3882/16 3883/11
3884/4
**enterprise [3]** 3794/14
3794/18 3795/12

**entities [2]** 3832/5
3841/3 3876/12
**entities [1]** 3797/5
**entitled [1]** 3781/10
**entity [1]** 3878/23
**environment [5]**
3813/25 3827/24
3828/11 3829/19
3855/3
**environments [1]**
3820/11
**error [1]** 3778/4
**especially [3]** 3777/16
3785/19 3795/11
**essentially [4]** 3809/16
3815/15 3880/17
3894/12
**establishes [1]**
3780/18
**estimate [3]** 3778/19
3778/25 3799/21
**et [2]** 3769/3 3774/7
**et al [1]** 3774/7
**euphemistically [1]**
3786/12
**Euro [1]** 3779/7
**Europe [6]** 3776/1
3779/4 3822/13
3822/13 3823/8
3824/10
**European [2]** 3822/20
3823/7
**even [9]** 3787/4
3790/24 3790/25
3795/12 3798/10
3826/1 3834/5 3846/17
3880/16
**event [2]** 3807/3
3825/4
**events [1]** 3807/2
**ever [5]** 3797/2 3846/5
3846/11 3850/12
3875/6
**Everest [1]** 3785/14
**every [8]** 3786/15
3792/21 3797/22
3810/16 3827/16
3827/19 3848/24
3855/14
**everybody [4]** 3840/11
3840/12 3877/2
3894/16
**everyone [3]** 3774/4
3774/11 3837/16
**evidence [11]** 3780/24
3781/3 3787/18
3787/21 3807/13
3807/20 3810/3
3833/24 3863/6 3863/7
3887/12
**evident [1]** 3891/7
**exactly [2]** 3775/22
3797/15
**examination [8]**
3775/5 3799/5 3801/3
3851/3 3876/6 3876/11
3877/11 3879/7
**example [27]** 3777/25

**entire [3]** 3799/3
3804/11 3808/12
3809/14 3810/14
3811/16 3818/21
3818/23 3826/23
3835/19 3835/20
3838/12 3840/4
3841/10 3841/17
3848/21 3853/4 3853/5
3855/8 3856/3 3856/5
3865/2 3867/2 3874/9
**examples [10]** 3808/2
3808/10 3808/22
3817/21 3847/21
3847/23 3851/10
3864/21 3864/22
3870/21
**excellent [1]** 3810/12
**exceptionally [4]**
3778/14 3784/19
3797/25 3798/9
**exchange [1]** 3855/2
**excited [1]** 3817/23
**excuse [2]** 3780/1
3780/24
**exec [2]** 3798/11
3798/14
**execute [1]** 3874/25
**exhibit [6]** 3781/1
3781/3 3787/21
3805/16 3807/20
3833/24
**EXHIBITS [2]** 3773/9
3773/15
**exist [1]** 3814/6
**existence [2]** 3787/4
3795/4
**exit [4]** 3882/14
3882/16 3883/11
3884/5
**expanding [1]** 3889/20
**expect [4]** 3830/24
3831/1 3831/4 3877/7
**expected [1]** 3843/7
**expecting [1]** 3807/4
**experience [15]** 3782/8
3783/16 3786/25
3787/2 3787/6 3815/4
3835/2 3842/2 3842/11
3842/21 3843/1
3846/14 3846/19
3853/21 3856/23
**experiences [1]**
3785/20
**expertise [4]** 3782/9
3795/1 3795/2 3795/4
**experts [1]** 3795/18
**explain [7]** 3806/13
3821/12 3824/20
3826/11 3831/14
3850/15 3854/23
**explanation [2]**
3849/20 3849/23
**explore [1]** 3888/21
**exposed [3]** 3884/18
3884/21 3884/24
**expressed [1]** 3796/6
**expressing [1]**

**E**

expressing... [1] 3804/12
extensive [1] 3867/20

**F**

Facebook [3] 3838/14
3840/4 3840/14
fact [8] 3777/11
3786/17 3787/6
3825/25 3827/18
3835/2 3872/5 3891/7
factors [10] 3828/9
3828/21 3828/22
3830/18 3830/19
3831/25 3832/3 3835/7
3835/10 3861/11
factual [1] 3785/15
failure [1] 3794/2
fair [3] 3812/20
3880/20 3880/21
fairly [1] 3880/10
fall [2] 3816/2 3816/24
familiar [11] 3786/9
3815/14 3816/4 3819/1
3827/25 3831/11
3845/20 3867/8
3868/25 3869/23
3870/12
familiarity [1] 3833/11
famously [1] 3785/9
far [3] 3826/14 3842/21
3892/15
favor [2] 3861/13
3861/25
favorite [1] 3864/4
featuring [1] 3819/4
fee [1] 3811/21
feed [2] 3811/14
3838/5
feedback [1] 3786/25
fell [1] 3798/15
felt [2] 3776/19
3778/17
few [1] 3797/19
field [1] 3794/25
fields [2] 3777/22
3777/24
Fifth [1] 3770/7
figure [5] 3776/3
3779/19 3782/2 3782/3
3783/11
figuring [1] 3783/2
file [1] 3807/8
final [4] 3818/5 3818/8
3822/19 3862/12
find [4] 3849/23
3853/10 3877/8 3886/7
Firefox [2] 3797/9
3797/18
firm [1] 3787/5
first [21] 3775/25
3781/20 3785/4
3793/24 3797/10
3806/7 3809/6 3809/7
3813/21 3818/21
3827/9 3832/4 3846/3
3854/13 3854/22

3887/13 3887/20
3889/9
first-party [2] 3859/2
3859/3
fit [3] 3885/14 3885/15
3885/16
five [5] 3789/10
3789/24 3880/3
3880/17 3881/10
flexibility [1] 3777/15
flighting [2] 3867/22
3867/23
flip [1] 3873/6
floor [6] 3770/14
3771/19 3829/17
3829/18 3830/7 3831/6
florist [1] 3848/3
flower [2] 3848/21
3848/22
flowers [8] 3847/25
3848/1 3848/3 3848/5
3848/5 3848/10
3848/21 3848/23
fluid [2] 3886/2 3888/3
flywheel [1] 3782/17
focus [15] 3788/3
3789/6 3794/4 3803/21
3809/6 3813/13
3818/13 3829/22
3831/9 3837/20
3841/25 3843/16
3843/16 3854/3
3863/17
focused [2] 3778/12
3797/10
focusing [1] 3811/6
fold [1] 3809/20
folks [1] 3798/13
follow [8] 3790/5
3790/13 3796/3
3798/24 3799/7 3810/5
3883/17 3892/24
follow-up [5] 3790/13
3796/3 3798/24 3799/7
3883/17
following [3] 3783/19
3813/16 3861/18
FOLLOWS [1] 3775/4
force [1] 3831/8
foregoing [1] 3895/3
form [3] 3792/5 3866/5
3871/1
format [3] 3804/17
3885/7 3885/14
formats [2] 3818/17
3882/6
formidable [1] 3783/11
Fortune [1] 3841/10
forward [1] 3779/19
foundation [3] 3789/19
3823/23 3824/5
four [4] 3782/23
3842/19 3842/24
3846/4
fraction [1] 3779/7
frame [2] 3780/13
3843/17

3798/21
front [7] 3780/1 3780/5
3781/9 3787/13 3806/6
3807/14 3827/1
full [1] 3801/10
fully [2] 3872/13
3872/21
function [3] 3850/4
3853/7 3853/9
functionality [2]
3785/5 3786/10
fundamentally [1]
3813/17
funded [1] 3779/16
funding [1] 3793/12
funnel [66] 3815/14
3815/20 3815/23
3815/24 3816/1 3816/4
3816/5 3816/8 3816/10
3816/24 3817/1 3817/6
3817/12 3817/16
3817/18 3817/20
3817/24 3818/3 3819/6
3819/7 3819/9 3825/1
3835/19 3835/22
3835/23 3836/1 3836/2
3836/5 3836/9 3836/10
3836/12 3851/24
3851/24 3852/1 3852/6
3861/2 3879/10
3879/18 3879/19
3879/24 3879/25
3880/4 3880/11
3880/16 3880/25
3881/7 3881/10
3881/11 3881/11
3881/13 3881/19
3881/25 3882/9
3882/14 3882/16
3883/8 3883/10
3883/20 3884/5 3884/8
3884/15 3885/5
3885/15 3886/1 3888/3
3888/9
funnel-thinking [1]
3888/3
further [6] 3775/3
3792/18 3795/25
3799/25 3850/19
3892/17
future [2] 3887/22
3887/23

**G**

garden [2] 3858/7
3858/8
gave [2] 3851/23
3884/4
general [32] 3771/4
3810/11 3818/25
3832/1 3832/19 3839/6
3839/7 3840/8 3840/11
3851/7 3857/18 3859/7
3860/17 3860/25
3861/8 3861/14 3862/4
3862/6 3862/9 3863/1
3864/1 3864/6 3865/10

3866/11 3866/21
3868/3 3869/2 3869/5
3872/9 3887/8
generalizing [1]
3843/13
generally [14] 3785/7
3832/16 3837/1
3855/15 3855/16
3856/2 3856/4 3860/6
3865/6 3871/17
3871/18 3871/20
3879/1 3880/3
generate [4] 3777/6
3786/6 3786/7 3786/21
get [26] 3776/19
3777/7 3777/9 3777/12
3778/10 3780/2
3786/23 3787/10
3791/10 3793/13
3793/20 3799/22
3808/10 3818/5 3827/9
3829/23 3829/23
3835/13 3844/12
3859/25 3865/1
3865/17 3867/4
3878/10 3886/11
3889/24
gets [3] 3820/9
3866/23 3872/5
getting [7] 3778/21
3814/7 3817/23
3817/25 3847/11
3855/2 3865/15
give [12] 3780/11
3818/21 3818/23
3838/12 3862/11
3862/14 3874/22
3875/18 3882/20
3890/9 3890/15 3894/4
given [2] 3833/19
3876/14
gives [2] 3779/9
3783/13
giving [1] 3883/21
global [3] 3802/6
3802/10 3802/17
Gmail [2] 3822/2
3869/18
go [23] 3780/19
3785/20 3785/23
3789/14 3818/6
3826/14 3827/7 3827/9
3828/25 3829/1
3837/18 3845/10
3846/8 3847/24
3848/15 3852/5 3861/3
3863/9 3864/23 3865/4
3869/22 3880/14
3890/13
go ahead [5] 3780/19
3837/18 3846/8 3852/5
3869/22
goal [10] 3806/8
3808/7 3814/22
3835/21 3835/23
3835/25 3836/2
3873/25 3873/25

goals [2] 3806/14
3808/3
goes [4] 3798/17
3804/10 3860/20
3886/9
going [27] 3792/1
3796/17 3796/18
3798/16 3805/7 3805/7
3825/22 3836/23
3860/24 3863/9 3867/6
3875/3 3876/14
3876/16 3876/18
3877/19 3879/13
3882/18 3883/3
3883/25 3884/3 3891/4
3891/11 3891/14
3892/18 3892/19
3893/16
gone [2] 3782/20
3829/25
good [19] 3774/4
3774/5 3774/11
3774/12 3775/7 3775/8
3778/5 3782/15
3799/11 3801/5 3801/6
3808/25 3810/7
3839/11 3851/5
3877/13 3877/14
3877/18 3893/1
good morning [6]
3774/4 3774/11
3774/12 3801/5 3801/6
3851/5
GOODRICH [1]
3771/18
GOOGLE [79] 3769/6
3771/12 3774/7
3774/10 3775/19
3776/9 3777/18
3779/24 3782/9
3782/14 3782/24
3783/25 3784/5 3785/9
3789/16 3789/23
3796/9 3813/2 3813/9
3819/23 3820/10
3820/13 3820/16
3822/3 3826/9 3827/15
3827/18 3827/22
3831/24 3834/11
3834/13 3835/2 3835/8
3835/11 3835/15
3840/6 3840/15
3840/23 3841/2 3841/3
3841/23 3842/3 3842/7
3842/8 3842/9 3842/10
3842/12 3843/3 3843/6
3843/20 3844/1
3844/10 3844/11
3844/19 3845/9
3846/24 3848/10
3848/14 3848/17
3849/15 3849/18
3849/20 3850/9 3850/9
3850/13 3852/13
3855/8 3856/12 3857/7
3857/14 3857/16
3868/12 3869/16

**G**

**GOOGLE... [6]**
3869/19 3870/8
3870/20 3872/18
3874/18 3876/5
**Google LLC [1]** 3774/7
**Google's [14]** 3797/4
3820/18 3822/13
3825/12 3826/1 3826/5
3827/25 3841/25
3843/10 3844/8
3844/23 3845/5
3869/11 3869/15
**got [14]** 3784/8 3792/9
3793/25 3794/3 3818/9
3827/12 3860/21
3861/6 3863/6 3867/5
3869/21 3887/2 3887/3
3894/14
**governance [1]**
3874/11
**gradually [1]** 3775/13
**graph [1]** 3834/4
**graphic [1]** 3818/17
**graphics [1]** 3819/4
**great [5]** 3815/2 3820/1
3882/25 3887/10
3891/19
**greater [4]** 3799/11
3812/21 3812/22
3859/6
**green [1]** 3836/4
**grew [1]** 3783/21
**grossly [1]** 3815/21
**ground [3]** 3805/11
3806/18 3809/25
**group [6]** 3801/18
3801/21 3803/2
3822/12 3877/20
3878/2
**Group's [1]** 3801/20
**Groupe [1]** 3802/18
**growing [1]** 3783/24
**guess [1]** 3780/12

**H**

**had [29]** 3775/24
3776/18 3776/22
3777/15 3778/17
3778/20 3778/24
3779/12 3783/25
3784/1 3784/18 3787/5
3790/23 3794/11
3794/21 3795/15
3795/16 3798/13
3799/15 3802/8
3808/12 3843/20
3844/5 3844/13
3844/16 3854/24
3888/13 3891/16
3891/17
**hallucination [1]**
3786/13
**hand [8]** 3789/16
3789/17 3791/22
3800/15 3835/18
3876/19 3877/5
3878/12

**Hang [2]** 3856/17
3891/2
**happen [3]** 3792/21
3798/2 3798/16
**happy [3]** 3787/1
3824/1 3892/11
**hard [4]** 3797/9
3797/11 3797/16
3797/18
**has [39]** 3779/5 3782/7
3782/10 3782/20
3786/10 3792/9
3794/24 3796/8
3807/10 3808/9
3810/18 3811/25
3818/25 3821/20
3823/13 3823/18
3824/4 3825/20
3825/25 3826/6
3831/18 3835/3
3835/11 3835/16
3842/12 3843/6
3844/11 3844/19
3848/17 3849/15
3849/18 3868/12
3869/17 3869/17
3869/17 3876/19
3892/10 3894/1 3894/2
**have [115]** 3778/11
3780/5 3780/25 3782/6
3782/15 3783/4
3783/24 3784/19
3784/20 3785/6 3785/8
3785/11 3785/20
3787/13 3788/14
3789/1 3789/17 3791/1
3793/18 3795/18
3795/24 3797/3 3799/9
3800/14 3801/14
3802/7 3802/22 3803/6
3807/14 3808/3
3809/14 3809/17
3809/24 3811/17
3813/1 3814/9 3819/5
3819/17 3822/8
3823/11 3823/12
3826/4 3826/8 3827/1
3828/12 3829/13
3829/14 3829/18
3829/20 3829/25
3830/6 3830/12 3831/1
3831/6 3832/6 3834/19
3838/9 3838/22
3838/24 3839/13
3840/18 3840/20
3842/8 3843/18
3843/20 3844/13
3844/13 3845/8
3846/17 3846/20
3848/13 3848/22
3848/23 3849/18
3850/12 3850/16
3853/6 3853/21 3854/7
3854/13 3854/20
3855/7 3855/10
3855/17 3855/17
3855/20 3856/4

3859/22 3861/22
3863/25 3867/3 3868/6
3868/8 3870/8 3871/1
3871/15 3871/18
3872/7 3872/14
3874/20 3874/21
3875/11 3876/1 3876/2
3877/3 3876/7 3878/8
3880/16 3887/2
3887/14 3888/17
3889/15 3890/8
**haven't [4]** 3801/14
3826/3 3864/3 3891/8
**having [7]** 3775/2
3777/21 3782/15
3795/11 3795/20
3838/17 3843/2
**he [11]** 3798/15
3798/16 3798/18
3823/13 3823/18
3823/19 3856/19
3890/24 3890/25
3894/1 3894/1
**he'll [1]** 3877/1
**he's [3]** 3798/16
3856/18 3883/16
**headache [1]** 3798/18
**header [6]** 3806/4
3807/24 3813/14
3813/16 3814/15
3834/4
**health [1]** 3856/5
**healthcare [1]** 3856/6
**hear [3]** 3782/21
3817/3 3826/25
**heard [4]** 3803/18
3811/25 3854/7 3884/6
**hearsay [5]** 3790/21
3823/5 3823/21 3824/9
3857/8
**heartache [1]** 3877/1
**held [1]** 3802/7
**help [8]** 3780/17
3805/11 3819/21
3828/17 3847/8
3847/13 3868/2 3868/3
**helpful [4]** 3809/24
3844/23 3845/5 3891/5
**helps [1]** 3868/1
**her [1]** 3824/8
**here [20]** 3783/18
3786/1 3800/4 3808/10
3808/22 3809/1 3810/5
3810/15 3816/15
3823/12 3836/13
3859/11 3865/19
3867/6 3877/24
3877/25 3880/24
3888/17 3888/24
3892/18
**Hey [2]** 3779/14
3797/11
**hierarchy [1]** 3881/20
**high [4]** 3817/13
3821/19 3860/21
3875/25
**higher [1]** 3861/14

**him [9]** 3824/13
3824/15 3857/9
3876/25 3892/18
3892/19 3894/4 3894/7
3894/12
**his [10]** 3789/17
3798/17 3824/5
3824/15 3824/15
3857/9 3890/23 3891/6
3894/2 3894/4
**historical [2]** 3882/1
3882/10
**Historically [1]**
3868/11
**hold [1]** 3776/5
**holding [3]** 3801/21
3802/19 3816/19
**holds [1]** 3801/22
**home [3]** 3800/6
3808/15 3826/24
**honest [2]** 3828/8
3888/14
**honestly [4]** 3784/21
3790/18 3799/23
3844/15
**Honor [37]** 3774/5
3774/14 3774/16
3780/3 3780/23
3780/25 3787/11
3787/17 3787/19
3791/25 3795/24
3798/25 3799/3 3800/1
3800/2 3800/20
3807/12 3823/4
3823/11 3824/6
3824/18 3825/4
3839/19 3843/11
3850/19 3850/20
3863/7 3876/1 3876/10
3876/18 3876/20
3878/16 3883/13
3883/17 3887/11
3890/11 3893/11
**Honor's [2]** 3791/11
3824/6
**HONORABLE [3]**
3769/9 3774/3 3837/14
**hope [1]** 3865/3
**hopefully [2]** 3795/9
3880/20
**host [2]** 3839/2
3861/24
**hosting [2]** 3819/24
3819/24
**hot [1]** 3794/25
**housed [1]** 3814/21
**how [69]** 3777/15
3779/13 3782/1 3782/6
3782/6 3784/1
3784/19 3785/9
3785/16 3797/15
3802/7 3803/6 3803/10
3803/22 3804/16
3805/23 3806/13
3810/10 3812/2
3812/13 3813/8

3817/12 3818/14
3818/20 3819/21
3819/21 3828/17
3829/14 3833/9
3833/18 3840/3 3840/5
3840/13 3840/21
3841/13 3842/6
3842/11 3842/21
3843/1 3844/12
3844/12 3845/9
3845/17 3845/19
3846/14 3846/19
3847/8 3849/15 3850/8
3850/18 3856/2 3858/3
3860/6 3860/13
3860/19 3866/21
3872/18 3873/5
3873/10 3875/14
3875/17 3876/14
3880/10 3880/25
3883/4 3891/5 3893/13
**however [1]** 3881/18
**Hulu [4]** 3864/22
3865/2 3865/4 3867/2
**hundred [2]** 3797/21
3799/21
**hurt [1]** 3862/1
**hypotheses [1]**
3783/18
**hypothetical [1]**
3847/23

**I**

**I always [1]** 3801/25
**I apologize [1]** 3890/9
**I assume [1]** 3888/15
**I believe [3]** 3780/15
3792/24 3863/6
**I can [8]** 3780/12
3791/10 3824/4
3844/21 3850/1
3856/14 3862/20
3875/18
**I cannot [1]** 3870/10
**I didn't know [1]**
3892/20
**I don't [8]** 3785/16
3790/1 3823/16
3823/17 3860/10
3888/14 3894/10
3894/11
**I don't have [2]**
3807/14 3848/23
**I don't recall [1]**
3793/2
**I gave [1]** 3884/4
**I have [6]** 3795/24
3802/22 3822/8
3840/20 3872/14
3877/3
**I just [5]** 3799/7
3843/13 3856/19
3885/12 3891/4
**I know [1]** 3850/5
**I mean [19]** 3808/5
3814/7 3830/2 3830/5
3831/23 3843/16

**I mean... [13]** 3843/25
3845/7 3848/17
3850/16 3854/5
3854/25 3856/2
3859/15 3864/2 3869/5
3871/19 3881/9 3885/2
**I missed [1]** 3861/18
**I think [11]** 3784/17
3788/2 3798/13
3817/11 3823/21
3824/6 3830/23
3843/15 3851/19
3881/9 3888/2
**I thought [1]** 3893/10
**I told [1]** 3798/13
**I understand [8]**
3789/8 3816/3 3823/14
3823/18 3834/21
3847/15 3865/7 3886/5
**I want [5]** 3788/19
3789/6 3810/5 3865/20
3889/6
**I was [4]** 3793/24
3802/16 3802/17
3822/18
**I went [1]** 3890/25
**I will [1]** 3876/16
**I work [2]** 3801/17
3801/23
**I worked [1]** 3802/18
**I wouldn't [3]** 3881/6
3881/22 3889/23
**I'd [3]** 3788/3 3831/9
3887/20
**I'll [25]** 3777/7 3792/4
3801/8 3806/18
3809/14 3811/15
3813/23 3818/23
3822/13 3823/23
3837/8 3843/16 3846/8
3852/4 3876/21
3876/23 3876/25
3877/5 3881/9 3882/20
3883/17 3884/2
3888/14 3891/17
3893/17
**I'm [68]** 3778/15
3784/13 3784/22
3786/9 3790/4 3790/8
3791/9 3791/20
3791/20 3792/1
3792/20 3794/7 3798/5
3802/11 3802/21
3807/12 3808/25
3810/4 3812/18
3813/15 3815/21
3816/3 3819/20
3823/21 3823/25
3824/1 3824/7 3824/11
3824/16 3825/8
3826/21 3834/21
3844/25 3847/13
3847/15 3847/17
3856/17 3859/5
3861/17 3863/11
3865/7 3865/20 3867/6

3868/15 3874/11
3876/13 3876/14
3876/16 3876/18
3877/19 3879/13
3880/15 3882/18
3882/22 3883/3
3883/23 3884/6 3884/7
3884/23 3886/5 3888/2
3889/20 3890/22
3891/11 3891/14
3892/11
**I'm going [7]** 3798/16
3867/6 3876/16
3877/19 3879/13
3883/3 3891/14
**I'm just [1]** 3883/23
**I'm not [9]** 3791/20
3791/20 3823/25
3824/7 3824/11
3847/15 3880/15
3884/6 3886/5
**I'm not sure [6]** 3790/4
3816/3 3825/8 3834/21
3865/7 3876/13
**I'm sorry [12]** 3802/21
3807/12 3812/18
3826/21 3844/25
3847/13 3859/5
3861/17 3868/18
3874/13 3882/22
3884/23
**I'm sure [4]** 3786/9
3792/1 3792/20 3798/5
**I've [11]** 3793/23
3802/8 3805/15
3816/18 3833/14
3876/14 3877/24
3877/24 3878/2 3882/4
3893/24
**idea [1]** 3783/1
**identified [6]** 3880/3
3891/25 3892/2 3892/5
3892/15 3893/5
**identify [2]** 3828/17
3876/17
**identifying [3]** 3848/14
3880/18 3891/20
**idly [1]** 3850/4
**IDs [1]** 3858/25
**image [2]** 3809/22
3818/16
**images [7]** 3811/18
3819/4 3819/5 3836/15
3880/23 3881/24
3882/15
**imagine [3]** 3785/15
3817/20 3818/24
**Immediate [1]** 3846/22
**impact [5]** 3797/3
3846/18 3846/19
3871/25 3872/4
**impeach [2]** 3893/25
3894/1
**impeachment [3]**
3883/14 3890/21
3890/22
**imply [1]** 3790/3
**impolite [1]** 3865/15

**importance [2]** 3770/6
**important [12]** 3782/1
3788/10 3791/4
3794/23 3794/25
3797/12 3799/14
3822/23 3831/18
3845/16 3859/2
3862/16
**importantly [1]** 3795/3
**impression [2]**
3821/12 3821/13
**impressions [2]**
3821/11 3821/21
**Improper [1]** 3883/13
**inadvertent [1]**
3890/10
**Inc [1]** 3792/13
**incentive [2]** 3797/7
3797/22
**include [5]** 3790/16
3834/8 3847/5 3847/6
3888/25
**includes [3]** 3803/15
3847/6 3860/3
**including [3]** 3793/22
3795/19 3842/22
**incoming [1]** 3788/9
**inconsistent [1]**
3894/1
**increase [8]** 3826/6
3828/18 3830/17
3831/1 3831/2 3831/2
3831/5 3831/8
**increased [3]** 3825/13
3826/2 3830/6
**increases [1]** 3782/18
**increasing [4]** 3777/3
3825/19 3827/20
3828/15
**incredibly [1]** 3797/7
**independent [4]**
3788/7 3825/21
3830/16 3832/12
**index [10]** 3773/2
3773/9 3773/15
3775/16 3775/19
3776/3 3776/8 3786/2
3788/14 3810/21
**indicate [5]** 3834/10
3835/21 3835/25
3836/6 3891/6
**indicated [1]** 3891/8
**indicates [2]** 3792/12
3836/8
**indicators [1]** 3847/7
**indicia [1]** 3824/4
**individual [1]** 3804/10
**industry [7]** 3816/17
3816/20 3821/16
3830/13 3858/6
3858/24 3859/1
**ineffective [1]** 3837/4
**inefficient [1]** 3875/10
**inexpensively [1]**
3795/6
**inflation [2]** 3826/1
3830/16
**inform [1]** 3869/20

**information [20]** 3770/5
3777/24 3781/16
3784/3 3786/23
3805/23 3813/8 3814/5
3819/1 3822/15
3824/13 3827/3
3827/10 3834/8
3844/22 3845/4
3845/16 3847/5
3849/16 3849/19
3850/6
**informed [1]** 3873/5
**innovate [1]** 3798/6
**innovated [1]** 3777/15
**inquiry [1]** 3824/8
**insight [1]** 3835/13
**insights [1]** 3862/15
**Instagram [1]** 3838/15
**instance [3]** 3843/17
3844/8 3864/21
**instead [2]** 3865/4
3865/21
**integrated [2]** 3869/10
3869/14
**integrates [1]** 3788/5
**integration [1]** 3874/7
**intend [3]** 3866/18
3866/19 3876/25
**intended [2]** 3819/12
3825/1
**intent [21]** 3783/8
3798/3 3804/7 3804/9
3804/12 3815/12
3817/19 3819/16
3825/2 3825/17
3825/18 3825/24
3826/17 3852/7
3852/17 3860/21
3866/15 3873/13
3880/4 3881/13 3883/7
**inter [1]** 3803/4
**interest [1]** 3815/22
**interested [2]** 3809/10
3862/13
**internal [2]** 3805/21
3816/13
**international [1]**
3775/23
**internet [3]** 3818/22
3852/21 3886/21
**Interpublic [7]** 3801/17
3801/20 3801/21
3803/2 3803/3 3877/20
3878/2
**interrupt [3]** 3790/12
3807/12 3828/14
**introduce [1]** 3823/20
**intuition [1]** 3785/21
**inventories [1]**
3826/12
**inventory [4]** 3811/17
3813/2 3813/7 3820/5
**invest [1]** 3802/15
**invested [3]** 3784/9
3793/16 3794/11
**investing [1]** 3794/1
**investment [2]**

**investor [1]** 3779/7
**investors [9]** 3782/5
3793/13 3793/20
3793/23 3793/24
3793/25 3794/3 3794/8
3794/9
**involve [1]** 3838/16
**involved [3]** 3822/14
3833/14 3848/13
**involvement [1]**
3822/17
**involves [4]** 3823/8
3824/9 3866/15
3873/24
**iOS [1]** 3789/4
**IPG [18]** 3802/2
3802/19 3803/1 3815/1
3818/20 3825/25
3831/21 3834/8
3836/24 3840/13
3843/6 3876/13
3882/24 3883/5
3886/12 3886/17
3886/18 3887/3
**IPG's [2]** 3835/4
3876/11
**irrelevant [2]** 3823/5
3824/9
**is [350]**
**Is that [1]** 3848/9
**is that correct [2]**
3789/11 3794/12
**is that right [13]**
3775/16 3775/19
3777/11 3778/13
3791/15 3793/1
3794/19 3799/9 3851/8
3851/20 3852/11
3878/25 3885/5
**is there [5]** 3789/22
3792/18 3834/22
3866/9 3871/25
**ish [1]** 3795/3
**isn't [2]** 3827/6 3834/5
**issue [1]** 3843/15
**issued [1]** 3787/15
**issues [2]** 3823/8
3831/10
**it [236]**
**It has [1]** 3824/4
**it holds [1]** 3801/22
**it would be [11]**
3799/21 3809/24
3824/16 3825/9 3830/3
3837/4 3840/1 3850/5
3857/20 3875/10
3891/5
**it'll [1]** 3819/5
**it's [102]** 3776/23
3780/12 3781/9
3781/22 3782/19
3783/10 3784/22
3790/24 3791/6 3792/8
3792/9 3797/1 3797/14
3797/16 3798/4 3798/6
3801/12 3802/24
3805/15 3805/21

3907

**I**

it's... **[82]** 3805/22
3806/5 3807/13
3811/19 3812/12
3813/3 3813/4 3813/6
3814/14 3815/2
3816/19 3817/21
3818/15 3819/9
3820/11 3820/11
3820/14 3820/23
3823/5 3823/5 3823/5
3824/9 3824/9 3828/9
3828/9 3828/25
3829/20 3830/8
3832/17 3833/8
3835/20 3836/21
3837/7 3838/6 3839/1
3839/2 3839/2 3839/11
3839/24 3840/24
3841/1 3842/17 3843/4
3847/10 3847/20
3855/3 3856/20 3858/7
3859/2 3859/23 3863/7
3863/16 3863/23
3864/20 3868/11
3870/22 3870/24
3872/23 3873/3
3874/12 3874/14
3875/16 3875/17
3877/9 3878/12
3879/19 3879/25
3881/13 3883/14
3883/24 3884/7
3884/18 3886/8
3886/13 3888/15
3888/19 3890/22
3891/6 3891/7 3891/8
3894/5 3894/11
**It's like [1]** 3798/4
**It's the [1]** 3798/6
**item [1]** 3810/16
**iterations [2]** 3880/16
3884/15
**its [26]** 3775/9 3776/11
3776/15 3776/16
3778/5 3779/5 3783/21
3785/10 3788/6 3788/8
3793/5 3795/16 3802/3
3823/24 3824/5
3831/22 3834/9
3835/12 3842/3
3842/12 3846/25
3876/6 3885/16 3887/7
3888/8 3888/13
**itself [11]** 3777/2
3778/6 3810/20
3823/21 3828/9
3828/11 3829/6
3848/24 3852/13
3858/5 3858/8

**J**

**J-o-s-h-u-a [1]** 3801/13
**Janak [1]** 3771/8
**January [1]** 3785/4
**jog [1]** 3824/15
**John [3]** 3771/12
3774/10 3876/11

**John.Schmidtlein [1]**
3774/10
**jon.sallet [1]** 3770/16
**Jonathan [1]** 3770/11
**Joshua [3]** 3800/13
3801/2 3801/12
**journey [10]** 3814/20
3814/25 3815/3
3815/10 3882/7 3883/5
3884/13 3884/19
3884/22 3884/25
**journeys [2]** 3886/2
3888/4
**Jr [1]** 3770/17
**jschmidtlein [1]**
3771/15
**JUDGE [5]** 3769/10
3876/7 3877/5 3893/15
3894/9
**Judicial [1]** 3770/13
**July [1]** 3792/6
**just [59]** 3778/1
3785/17 3789/14
3789/20 3793/20
3795/3 3799/7 3802/21
3808/18 3809/22
3810/4 3813/6 3816/8
3817/10 3819/6
3824/16 3830/23
3837/8 3839/2 3839/20
3839/21 3839/24
3843/13 3849/14
3851/5 3854/22 3856/2
3856/4 3856/19
3856/20 3856/20
3857/9 3860/13
3861/23 3862/25
3874/13 3876/1 3876/7
3876/21 3877/2 3877/5
3881/9 3882/20
3883/21 3883/23
3884/3 3885/1 3885/12
3886/8 3886/18
3887/13 3888/17
3888/21 3890/15
3891/4 3891/6 3891/17
3892/17 3892/23
**justice [5]** 3770/2
3771/3 3771/9 3829/2
3881/25
**Justice's [1]** 3879/17
**justification [1]**
3796/12

**K**

**kchoksi [1]** 3771/11
**keen [1]** 3795/20
**keep [1]** 3812/1
**Keith [1]** 3771/2
**Kenneth [3]** 3770/2
3771/13 3774/8
**kenneth.dintzer2 [1]**
3770/5
**Kenshoo [3]** 3868/13
3868/15 3868/19
**key [1]** 3805/8
**keyword [13]** 3805/10
3813/17 3813/24

3829/9 3847/4 3848/6
3848/18 3848/24
3865/22 3867/19
**keywords [16]** 3805/7
3829/5 3829/21
3829/22 3830/9
3830/16 3835/1
3847/18 3848/2 3848/4
3848/25 3864/14
3867/13 3867/20
3867/21 3871/24
**know [65]** 3776/25
3777/15 3778/2
3778/15 3778/19
3778/24 3779/1
3779/10 3782/12
3782/16 3782/19
3783/9 3784/5 3784/18
3784/20 3785/11
3785/12 3785/16
3785/18 3786/1 3786/6
3786/12 3787/3 3790/1
3790/8 3790/18
3790/19 3790/24
3791/4 3791/6 3791/20
3792/20 3793/13
3795/18 3796/11
3796/20 3797/3 3797/9
3797/14 3797/20
3798/15 3798/16
3798/18 3799/14
3799/17 3799/19
3799/24 3813/14
3818/3 3848/9 3850/5
3850/16 3860/23
3862/4 3862/5 3866/17
3875/14 3877/1
3878/12 3886/3 3888/4
3891/17 3892/20
3893/24 3894/10
**knowing [1]** 3888/25
**knowledge [11]**
3789/15 3789/22
3790/2 3790/3 3790/6
3790/7 3790/9 3823/13
3823/18 3828/7 3842/2
**known [5]** 3785/12
3801/23 3851/20
3868/15 3877/3
**knows [2]** 3848/22
3877/2
**ksmurzynski [1]**
3771/16
**Kunal [2]** 3771/8
3850/20

**L**

**L-a-r-a [1]** 3800/12
**L-o-w-c-o-c-k [1]**
3801/13
**labeled [5]** 3806/4
3809/2 3809/8 3810/15
3818/13
**labor [2]** 3873/25
3875/16
**lack [2]** 3788/21
3790/3

**language [12]** 3777/1
3781/19 3781/22
3782/19 3782/20
3786/5 3788/16
3794/24 3795/5
3795/19 3836/4
3836/11
**Lara [4]** 3770/6 3800/9
3801/7 3887/4
**lara.trager [1]** 3770/9
**large [4]** 3784/22
3788/16 3819/2
3831/17
**largely [1]** 3792/19
**larger [3]** 3778/23
3841/14 3841/19
**last [6]** 3779/17 3795/3
3818/3 3821/25 3851/2
3884/1
**late [1]** 3775/12
**later [1]** 3799/16
**launch [1]** 3787/15
**launched [2]** 3784/25
**launching [1]** 3795/10
**law [2]** 3770/11 3877/4
**laws [1]** 3850/1
**lawyers [1]** 3798/17
**lay [2]** 3823/23 3824/4
**layer [2]** 3870/20
3870/20
**lazy [2]** 3864/7 3865/16
**leading [2]** 3839/19
3846/7
**leads [1]** 3818/8
**learn [4]** 3781/15
3818/1 3861/1 3861/4
**learning [2]** 3781/16
3781/18
**learns [1]** 3874/4
**least [7]** 3776/7
3776/14 3779/4
3780/11 3793/11
3891/12 3893/13
**leave [3]** 3835/15
3888/22 3893/22
**left [2]** 3825/20
3835/18
**left-hand [1]** 3835/18
**legitimacy [1]** 3829/7
**length [1]** 3867/23
**lens [1]** 3779/7
**less [7]** 3813/6
3826/13 3839/20
3871/9 3871/11 3872/6
3872/7
**let [20]** 3780/2 3790/10
3791/12 3791/22
3793/4 3796/2 3796/8
3803/17 3813/14
3872/12 3877/1
3878/10 3878/12
3881/23 3883/1
3886/11 3888/21
3891/11 3891/13
3892/18
**let's [27]** 3789/1
3805/11 3807/9 3809/1

3814/13
3818/12 3823/1
3824/12 3833/4 3834/2
3837/5 3837/20
3841/25 3854/3
3860/13 3863/17
3879/14 3879/21
3885/9 3886/6 3888/22
3889/12 3890/8
3890/13 3890/13
3891/2
**Let's see [1]** 3889/12
**level [5]** 3812/25
3817/13 3881/13
3885/8 3885/17
**levels [11]** 3880/3
3880/17 3880/25
3881/10 3881/10
3881/11 3881/18
3885/4 3885/14
3885/15 3885/16
**liberty [1]** 3791/20
**license [5]** 3784/2
3784/11 3874/20
3874/21 3874/22
**licensing [1]** 3784/10
**lieu [3]** 3781/16 3846/6
3846/12
**lifetime [1]** 3793/6
**like [64]** 3775/23
3776/9 3777/13
3778/16 3778/19
3778/20 3779/7
3779/14 3779/16
3780/11 3780/11
3782/2 3782/10
3782/20 3783/18
3785/4 3785/19
3785/21 3786/10
3788/3 3798/4 3798/16
3798/17 3798/18
3799/22 3801/25
3807/8 3808/24 3812/7
3815/11 3817/18
3817/25 3820/21
3825/21 3830/12
3831/9 3831/16
3832/12 3832/13
3835/12 3840/16
3841/4 3844/14
3848/14 3848/17
3850/24 3852/24
3854/25 3859/8
3859/19 3859/20
3860/8 3861/3 3862/5
3864/9 3867/23
3868/12 3871/19
3873/25 3875/16
3875/17 3881/14
3883/6 3887/20
**liked [1]** 3844/13
**likely [1]** 3792/20 3813/3 3813/6
**limit [2]** 3834/22
3835/1
**limitations [2]** 3871/7
3871/8
**limited [3]** 3784/20

**L**

**limited...** [1] 3790/9
3849/19
**limits** [1] 3849/18
**Lincoln** [1] 3771/5
**line** [12] 3797/4
3810/16 3874/24
3882/20 3882/20
3882/23 3882/24
3890/16 3891/15
3891/25 3892/2 3892/5
**line 19** [1] 3891/15
**line 3** [1] 3882/24
**line 5** [1] 3890/16
**line 9** [1] 3891/25
**linear** [2] 3884/14
3884/18
**lines** [1] 3876/17
**link** [3] 3785/18 3865/1
**links** [3] 3785/8 3788/9
3810/10
**list** [9] 3790/16
3807/14 3848/6 3848/6
3862/11 3877/24
3889/12 3889/20
3891/1
**listed** [6] 3789/9
3789/11 3791/1
3877/25 3878/2 3878/6
**listing** [4] 3789/17
3789/24 3811/8 3892/3
**listings'** [1] 3846/15
**lists** [2] 3867/19
3867/22
**little** [8] 3777/23
3778/5 3785/9 3839/20
3841/5 3879/8 3879/9
3886/10
**lives** [1] 3796/15
**LLC** [2] 3769/6 3774/7
**LLP** [2] 3770/18
3771/13
**load** [2] 3804/13
3865/14
**loads** [2] 3809/16
3829/4
**local** [2] 3889/18
3892/5
**location** [3] 3852/18
3852/20 3870/21
**logged** [1] 3869/18
**logical** [1] 3786/1
**long** [9] 3778/3 3783/9
3802/7 3803/6 3846/14
3867/20 3875/14
3875/17 3877/3
**longer** [3] 3783/10
3797/13 3884/18
**look** [16] 3778/3
3788/8 3790/1 3814/15
3848/20 3848/24
3849/10 3876/18
3877/20 3879/21
3882/21 3886/6
3887/14 3891/14
3891/17 3892/18
**looked** [3] 3778/9
3779/6 3811/7

**looking** [9] 3786/20
3787/10 3792/2
3816/13 3849/12
3860/23 3865/18
3866/18 3891/16
**lose** [3] 3858/20
3858/20 3874/2
**loss** [1] 3875/25
**lost** [1] 3884/23
**lot** [8] 3777/24 3790/23
3820/1 3830/9 3843/18
3845/7 3859/1 3883/16
**lots** [1] 3785/20
**love** [1] 3798/15
**loved** [1] 3798/15
**low** [1] 3835/25
**Lowcock** [27] 3800/13
3800/18 3801/2 3801/5
3801/12 3801/13
3801/14 3801/16
3805/15 3808/24
3816/12 3824/20
3825/12 3826/11
3830/23 3833/4 3837/8
3837/20 3851/5 3876/3
3877/13 3879/7
3879/16 3882/19
3885/13 3885/25
3893/16
**lower** [7] 3816/5
3816/25 3817/6 3825/1
3836/2 3836/9 3861/2
**lowest** [3] 3836/12
3852/1 3852/6
**lunch** [2] 3893/12
3893/18

**M**

**M-a-r-i-n** [2] 3868/20
**machine** [2] 3848/19
3874/6
**made** [7] 3778/19
3797/5 3823/7 3842/12
3844/19 3866/2 3880/7
**main** [2] 3783/8
3831/25
**Maine** [1] 3771/14
**mainstream** [1] 3795/9
**maintain** [1] 3799/20
**majority** [2] 3776/15
3796/17
**make** [19] 3782/24
3783/16 3789/8
3797/25 3798/16
3802/1 3802/21
3817/16 3835/3 3842/3
3862/12 3866/16
3866/19 3867/1 3873/3
3873/4 3875/10 3885/1
3886/10
**makes** [4] 3798/5
3835/8 3861/5 3866/9
**making** [5] 3786/13
3796/13 3824/8
3867/23 3873/9
**mal** [1] 3798/3
**mal-intent** [1] 3798/3
**manage** [1] 3867/13

**management** [7]
3867/8 3867/12
3867/16 3867/25
3868/2 3868/6 3874/15
**managers** [1] 3842/9
**managing** [1] 3867/21
3867/21 3867/22
**mandatory** [1] 3826/14
**manual** [1] 3870/2
**manufacturer** [1]
3862/15
**manufacturer's** [1]
3862/10
**manufacturers** [1]
3855/1
**many** [7] 3783/18
3785/14 3785/14
3785/19 3833/18
3880/25 3881/18
**margin** [1] 3859/19
**Marin** [3] 3868/13
3868/20 3874/9
**marked** [4] 3780/6
3787/14 3810/2
3876/24
**market** [8] 3819/11
3819/15 3832/7
3832/11 3834/4
3834/25 3835/8 3841/4
**marketing** [13]
3815/14 3815/20
3815/23 3816/1
3816/24 3819/6
3835/19 3851/24
3874/25 3883/8 3883/9
3887/8 3887/24
**markets** [1] 3778/12
**match** [1] 3848/18
**matching** [1] 3848/18
**math** [1] 3793/10
**matt.mckinley** [1]
3771/7
**matter** [8] 3797/19
3823/9 3825/5 3856/21
3858/11 3858/19
3858/22 3895/4
**matters** [4] 3824/8
3858/15 3858/17
3858/23
**Matthew** [1] 3771/2
**maximize** [1] 3806/22
**may** [22] 3780/3
3787/11 3790/11
3791/14 3800/21
3819/1 3820/13 3825/5
3828/16 3874/13
3877/5 3878/7 3878/8
3878/15 3878/17
3880/2 3881/19
3885/16 3887/2
3887/16 3887/18
3890/11
**maybe** [4] 3807/7
3839/20 3856/19
3886/20
**McCann** [4] 3801/17
3801/23 3802/25
3886/1

**McCann's** [1] 3801/19
**McKinley** [1] 3771/2
**me** [39] 3780/1 3780/2
3780/13 3780/24
3781/9 3790/10
3791/12 3791/22
3792/1 3793/4 3793/22
3796/2 3796/8 3800/11
3803/17 3807/15
3813/14 3819/21
3828/17 3847/13
3848/5 3850/24
3872/12 3872/15
3878/10 3878/12
3881/23 3883/1
3883/19 3883/21
3884/3 3884/23 3885/2
3886/11 3888/21
3891/11 3891/13
**mean** [41] 3777/20
3781/21 3791/10
3804/8 3808/5 3814/3
3814/7 3821/16
3825/19 3826/21
3829/16 3830/2 3830/5
3831/23 3840/10
3843/16 3843/25
3845/7 3847/15
3848/17 3850/10
3850/16 3853/14
3854/5 3854/23
3854/25 3856/2
3859/15 3863/21
3864/2 3865/19
3867/23 3869/5
3869/15 3870/22
3871/19 3881/9 3885/1
3885/2 3890/1 3890/5
**meaning** [1] 3843/18
**meaningful** [1] 3797/3
**means** [11] 3806/21
3811/15 3812/21
3821/19 3831/17
3835/13 3848/18
3858/7 3863/22 3874/5
3888/23
**meant** [1] 3850/15
**measured** [1] 3787/1
**mechanical** [1] 3772/6
**mechanics** [1] 3842/13
**mechanisms** [1]
3842/3
**media** [21] 3801/22
3801/24 3801/25
3802/6 3802/10
3802/12 3803/14
3815/4 3815/4 3837/24
3838/4 3839/13
3839/25 3840/1
3840/12 3872/5 3882/5
3882/6 3884/21
3884/24 3889/1
**Mediavest** [1] 3802/18
**medium** [1] 3841/11
**medium-sized** [1]
3841/11
**meet** [3] 3811/2 3886/2

**meeting** [1] 3888/24
**MEHTA** [2] 3769/9
3774/3
**memory** [7] 3824/15
3824/15 3843/25
3891/6 3891/12 3894/4
3894/7
**mention** [1] 3803/18
**mentioned** [21]
3784/10 3784/25
3806/10 3808/19
3809/7 3812/1 3816/8
3827/24 3832/6 3833/1
3840/4 3851/15
3851/19 3852/10
3853/16 3867/25
3868/22 3872/11
3872/13 3873/15
3875/3
**merely** [1] 3794/7
**merged** [1] 3844/2
**Merit** [1] 3772/2
**messages** [1] 3778/4
**met** [2] 3801/14
3877/15
**Meta** [2] 3837/24
3840/4
**method** [1] 3836/21
**metric** [1] 3849/10
**Michael** [1] 3771/17
3877/15
**middle** [5] 3779/17
3817/19 3817/24
3836/5 3878/20
**might** [37] 3785/16
3785/17 3791/25
3808/3 3808/14
3818/21 3820/17
3826/23 3826/24
3829/10 3838/15
3838/18 3838/22
3839/3 3846/17
3847/25 3848/3 3848/5
3848/20 3848/21
3852/16 3854/20
3855/25 3856/3
3857/23 3861/2
3861/23 3864/17
3864/23 3865/2 3867/2
3874/8 3874/9 3874/21
3885/17 3886/10
3889/4
**million** [15] 3778/18
3778/20 3779/8 3779/9
3784/14 3784/16
3791/18 3792/14
3793/3 3793/5 3793/18
3793/19 3797/21
3799/22 3799/24
**millions** [1] 3784/23
**mind** [5] 3779/13
3787/7 3824/21
3863/10 3890/1
**mine** [1] 3886/11
**minimal** [1] 3875/24
**minimum** [1] 3828/4
**minor** [1] 3792/22

**minute [1]** 3869/16
**missed [2]** 3803/3 3861/18
**misspellings [1]** 3783/4
**misspoken [1]** 3887/2
**mix [1]** 3848/12
**ML [1]** 3781/13
**mobile [12]** 3797/6 3798/8 3798/14 3801/22 3806/16 3827/2 3827/11 3844/2 3844/4 3848/2 3858/25 3861/12
**model [2]** 3799/15 3799/16
**models [11]** 3777/1 3781/19 3782/20 3783/24 3784/4 3786/5 3786/5 3788/16 3794/24 3795/5 3795/19
**modern [1]** 3781/13
**modifier [1]** 3848/18
**mom [2]** 3812/23 3813/5
**moment [20]** 3777/8 3803/21 3810/4 3810/9 3812/16 3814/13 3821/25 3831/9 3837/20 3841/25 3842/1 3846/23 3849/14 3870/10 3876/7 3882/20 3883/19 3883/21 3888/21 3889/24
**momentarily [1]** 3845/11
**money [8]** 3784/19 3791/3 3793/20 3793/20 3793/25 3794/3 3798/5 3866/16
**months [5]** 3791/7 3795/3 3842/19 3842/25 3846/17
**months' [1]** 3844/15
**more [61]** 3777/4 3777/14 3777/15 3778/21 3779/21 3782/16 3782/20 3783/10 3785/21 3786/23 3788/23 3793/7 3794/10 3807/1 3813/3 3813/3 3816/16 3818/1 3826/2 3827/3 3827/9 3829/11 3830/9 3830/24 3831/17 3831/18 3835/3 3835/3 3835/3 3835/9 3835/13 3835/13 3841/14 3843/2 3844/6 3844/9 3844/14 3859/23 3861/1 3861/4 3862/6 3862/15 3862/16 3869/11 3871/22 3871/22 3873/4 3873/6 3873/12 3874/2 3874/3

**morning [13]** 3769/7 3774/4 3774/5 3774/11 3774/12 3775/7 3775/8 3801/5 3801/6 3801/9 3837/7 3851/5 3889/8
**most [11]** 3776/4 3782/3 3789/6 3797/1 3798/5 3798/11 3816/9 3819/7 3821/6 3821/8 3853/19
**mostly [1]** 3864/6
**motor [1]** 3817/22
**Mount [1]** 3785/16
**move [6]** 3780/23 3807/17 3825/7 3825/14 3833/21 3891/24
**moved [1]** 3826/8
**movie [1]** 3817/23
**Mr. [30]** 3774/12 3774/15 3799/22 3800/18 3801/5 3801/14 3801/16 3805/15 3808/24 3816/12 3824/20 3825/12 3826/11 3830/23 3833/4 3837/8 3837/20 3850/23 3851/5 3876/3 3876/14 3876/19 3877/2 3877/13 3879/7 3879/16 3882/19 3885/13 3885/25 3893/16
**Mr. Choksi [1]** 3850/23
**Mr. Dintzer [1]** 3799/2
**Mr. Lowcock [23]** 3800/18 3801/5 3801/14 3801/16 3805/15 3808/24 3816/12 3824/20 3825/12 3826/11 3830/23 3833/4 3837/8 3837/20 3851/5 3876/3 3877/13 3879/7 3879/16 3882/19 3885/13 3885/25 3893/16
**Mr. Ramaswamy [1]** 3774/12
**Mr. Schneider [3]** 3876/14 3876/19 3877/2
**Mr. Smurzynski [1]** 3774/15
**Ms. [6]** 3837/18 3851/6 3851/23 3855/13 3862/21 3863/5
**Ms. Trager [6]** 3837/18 3851/6 3851/23 3855/13 3862/21 3863/5
**msommer [1]** 3771/20
**much [16]** 3784/7

**N**

3788/2 3794/11 3797/15 3800/3 3842/11 3844/12 3844/13 3876/14 3882/2 3882/10 3883/10 3883/20 3884/7
**multiple [7]** 3818/19 3875/7 3884/21 3884/24 3885/4 3885/15 3885/16
**my [28]** 3778/24 3780/24 3781/20 3787/7 3790/2 3790/3 3790/6 3790/7 3790/9 3801/7 3801/12 3802/11 3802/16 3810/14 3810/16 3810/17 3825/6 3830/12 3843/25 3857/15 3865/15 3872/7 3876/10 3877/15 3881/9 3890/25 3892/22 3893/13
**myriad [2]** 3821/4 3830/5
**mystery [1]** 3877/9

**N**

**name [13]** 3801/7 3801/10 3801/12 3851/2 3856/2 3856/4 3863/19 3863/23 3864/8 3864/14 3866/25 3870/8 3877/15
**names [4]** 3854/3 3864/1 3864/3 3865/9
**narrowest [1]** 3815/24
**natural [2]** 3781/22 3782/19
**nature [2]** 3777/2 3777/23
**navigate [2]** 3864/10 3865/12
**navigation [1]** 3864/9
**NC [2]** 3771/9 3771/10
**ncdoj.gov [1]** 3771/11
**NE [1]** 3771/5
**near [2]** 3836/5 3848/5
**Nebraska [3]** 3771/2 3771/3 3850/21
**nebraska.gov [1]** 3771/7
**necessarily [14]** 3821/15 3821/15 3828/19 3832/19 3836/19 3841/18 3848/23 3849/8 3867/1 3868/8 3873/7 3881/2 3881/22 3884/14
**necessary [1]** 3813/5
**need [22]** 3778/15 3778/25 3784/13 3811/21 3815/17 3824/14 3828/4

3843/16 3845/10 3850/10 3855/10 3861/3 3861/4 3874/5 3874/8 3874/9 3876/7 3877/7 3890/1 3890/5
**needed [1]** 3775/24
**needs [5]** 3779/6 3782/10 3811/16 3811/23 3854/13
**Neeva [47]** 3775/9 3775/18 3776/8 3776/11 3776/14 3778/10 3779/14 3779/23 3780/21 3783/21 3783/24 3784/11 3784/25 3784/25 3785/5 3785/6 3785/7 3785/25 3786/14 3786/20 3787/15 3787/15 3788/5 3788/21 3789/9 3789/18 3789/24 3790/8 3790/11 3790/16 3791/4 3791/14 3791/17 3791/19 3792/13 3792/25 3793/5 3793/10 3794/10 3794/18 3795/8 3795/14 3795/14 3795/23 3797/13 3798/15 3799/8
**Neeva's [7]** 3777/10 3781/24 3788/7 3788/14 3792/25 3794/18 3795/4
**negotiate [1]** 3802/12
**negotiates [1]** 3820/4
**negotiating [1]** 3791/7
**net [1]** 3798/20
**Netflix [7]** 3864/22 3864/23 3864/25 3865/1 3867/2 3867/3 3867/4
**netflix.com [1]** 3864/24
**network [2]** 3839/10 3840/4
**never [2]** 3821/22 3877/15
**new [7]** 3770/19 3771/19 3817/22 3817/22 3874/5 3874/11 3887/9
**news [1]** 3786/19
**next [13]** 3775/21 3785/25 3786/1 3800/8 3810/18 3817/18 3836/11 3861/3 3879/21 3880/8 3880/14 3886/4 3888/5
**Nielsen [3]** 3832/15 3832/16 3840/16
**Nike [3]** 3865/20 3865/21 3865/23
**nike.com [2]** 3865/21 3865/22

**nimble [1]** 3777/14
**NLP [2]** 3781/18 3781/20
**no [47]** 3769/4 3780/25 3782/7 3787/19 3794/6 3795/24 3797/13 3798/2 3798/25 3799/25 3800/2 3801/15 3802/24 3802/24 3807/16 3807/18 3809/4 3809/22 3809/23 3811/5 3825/15 3826/10 3829/14 3833/22 3837/1 3838/2 3846/13 3849/24 3850/16 3850/19 3851/12 3851/13 3852/12 3855/9 3861/9 3863/3 3864/2 3873/22 3875/8 3875/18 3875/22 3876/20 3880/24 3882/12 3882/25 3884/18 3890/22
**non [3]** 3778/2 3813/24 3872/1
**non-real-time [1]** 3872/1
**non-shopping [1]** 3813/24
**non-software [1]** 3778/2
**none [1]** 3788/23
**nonlinear [1]** 3885/2
**North [3]** 3771/8 3850/21
**North Carolina [1]** 3850/21
**not [127]** 3777/3 3779/1 3780/2 3782/19 3782/24 3782/25 3784/6 3784/21 3785/6 3785/17 3786/11 3788/22 3789/13 3790/2 3790/4 3790/16 3790/19 3790/24 3790/24 3791/20 3791/20 3794/1 3794/2 3796/18 3796/24 3797/8 3797/19 3797/23 3798/11 3799/15 3807/16 3808/15 3809/3 3809/4 3810/5 3811/19 3813/4 3813/17 3814/3 3816/3 3817/14 3818/10 3818/24 3820/15 3821/22 3823/4 3823/5 3823/7 3823/9 3823/15 3823/21 3823/25 3824/7 3824/10 3824/11 3824/16 3824/21 3825/3 3825/5 3825/8 3825/16 3825/22 3828/19 3832/17 3832/19 3834/21 3836/19

**N**

**not... [60]** 3836/20
3836/21 3836/22
3837/1 3837/8 3838/3
3838/9 3838/15
3838/18 3838/22
3839/1 3839/1 3839/3
3839/4 3839/9 3840/12
3840/25 3841/17
3842/18 3844/21
3844/22 3845/4
3846/17 3847/15
3849/8 3849/9 3855/21
3855/24 3856/8
3857/15 3859/13
3861/10 3861/20
3862/20 3865/7
3866/25 3868/8
3870/23 3871/17
3872/13 3873/23
3873/25 3875/9
3875/23 3876/13
3877/24 3880/15
3881/20 3883/24
3884/6 3884/14
3885/17 3886/5
3888/18 3890/22
3890/24 3891/2
3892/16 3893/17
3894/8
**nothing [2]** 3789/15
3790/7
**notice [10]** 3842/11
3843/2 3843/7 3843/21
3844/6 3844/9 3844/12
3844/15 3844/16
3844/20
**noticed [1]** 3828/15
**notified [1]** 3843/9
**notwithstanding [3]**
3796/21 3823/16
3841/4
**November [2]** 3834/13
3834/14
**now [16]** 3774/3
3782/22 3788/19
3814/7 3831/9 3853/19
3862/20 3876/2 3879/7
3880/23 3884/13
3887/23 3888/4 3889/5
3889/6 3889/20
**number [30]** 3776/20
3778/14 3778/16
3779/6 3783/2 3783/15
3784/16 3791/23
3794/20 3795/18
3796/14 3799/8 3799/8
3799/11 3802/20
3806/25 3811/12
3830/18 3830/19
3830/24 3835/7
3838/13 3847/13
3854/12 3858/23
3861/11 3863/11
3881/11
**numbers [2]** 3781/8
3886/9

**numerals [1]** 3780/24
**numerically [2]** 3886/8
3886/10
**NW [3]** 3770/3 3770/7
3772/4
**NY [2]** 3770/19
3771/19

**O**

**oath [2]** 3800/16
3884/1
**obeying [1]** 3850/2
**object [2]** 3823/4
3866/5
**objecting [2]** 3824/7
3824/11
**objection [22]** 3780/25
3787/19 3789/19
3807/18 3833/22
3839/19 3842/16
3843/11 3846/7 3852/3
3856/13 3857/8
3858/13 3860/9
3872/22 3876/20
3876/20 3882/25
3883/13 3887/17
3890/21 3892/9
**objections [2]** 3892/17
3892/25
**objective [1]** 3861/16
**objectives [4]** 3804/24
3805/2 3806/11
3806/14
**obtain [3]** 3808/8
3862/8 3873/12
**obtained [1]** 3810/21
**obtains [1]** 3869/19
**obvious [1]** 3824/2
**obviously [2]** 3785/22
3894/2
**occur [6]** 3807/5
3813/6 3814/6 3838/13
3865/6 3865/11
**occurred [1]** 3845/8
**occurring [1]** 3864/18
**occurs [3]** 3816/19
3829/4 3839/16
**October [2]** 3769/5
3895/7
**odd [1]** 3776/19
**off [11]** 3776/6 3776/20
3777/3 3782/16 3797/9
3839/14 3839/23
3839/25 3851/6
3867/22 3886/20
**offer [9]** 3784/21
3787/17 3797/11
3797/18 3823/3 3824/3
3825/5 3853/19
3887/11
**offered [3]** 3782/22
3823/2 3825/9
**offering [1]** 3838/21
**offers [2]** 3797/15
3856/6
**OFFICE [1]** 3771/4
**officer [4]** 3802/6
3802/10 3802/17

**Official [1]** 3772/3
**often [5]** 3778/3 3783/4
3783/9 3817/7 3873/21
**Oh [1]** 3794/6
**okay [86]** 3780/16
3781/2 3781/9 3784/15
3787/20 3793/3
3799/25 3803/3
3804/22 3809/5
3813/11 3815/16
3816/21 3819/18
3820/25 3822/5
3825/10 3827/12
3833/23 3849/1
3851/22 3852/9
3852/19 3853/3 3854/2
3854/6 3854/16
3854/21 3855/6
3855/23 3856/1
3856/10 3857/5
3857/11 3857/17
3857/24 3859/24
3860/5 3862/24
3863/24 3864/12
3864/16 3868/5
3868/14 3868/17
3869/6 3869/13 3870/3
3870/11 3870/25
3871/4 3871/14
3872/10 3872/19
3875/13 3875/19
3876/22 3877/23
3878/5 3879/2 3879/6
3879/12 3879/20
3880/1 3880/7 3880/13
3880/22 3881/3 3881/8
3882/17 3885/18
3885/24 3886/6
3886/15 3887/15
3888/11 3889/8
3889/24 3890/3 3890/7
3891/9 3891/19
3891/23 3892/8
3893/19 3894/15
**once [2]** 3843/8 3844/3
**one [44]** 3778/23
3782/5 3789/16 3790/8
3791/6 3793/24
3794/21 3797/1 3797/4
3798/14 3800/14
3810/4 3814/11
3818/21 3821/25
3821/25 3822/6 3824/7
3832/4 3832/4 3833/8
3835/7 3844/5 3854/19
3861/12 3861/13
3861/25 3862/7 3866/4
3868/18 3869/3
3871/18 3876/1 3881/4
3881/18 3884/3 3884/7
3885/8 3885/9 3885/1
3888/19 3889/24
3891/2 3893/8
**ones [6]** 3795/9
3796/17 3824/2
3853/25 3887/3
3892/14

**online [7]** 3796/4
3796/15 3803/14
3818/7 3826/13
3854/14 3860/3
**only [12]** 3777/3
3790/6 3804/20
3809/23 3814/12
3858/4 3858/7 3869/8
3870/24 3881/9 3885/8
3885/14
**open [5]** 3787/6
3832/13 3839/14
3866/19 3866/24
**opening [1]** 3879/22
**operate [1]** 3779/16
**operates [2]** 3820/17
3874/18
**operating [5]** 3798/8
3836/6 3836/9 3836/11
3869/17
**opinion [1]** 3857/13
**opportunistic [1]**
3787/7
**opportunity [2]** 3827/1
3894/5
**opposed [4]** 3775/10
3778/18 3874/15
3892/21
**optimization [2]**
3845/21 3845/24
**optimize [8]** 3806/20
3806/24 3807/2
3845/25 3869/12
3871/23 3872/8
3873/20
**optimizing [2]** 3806/24
3807/6
**order [8]** 3779/18
3782/2 3782/3 3782/14
3783/16 3799/17
3811/22 3837/15
**ordinary [1]** 3823/7
**organic [10]** 3809/20
3810/10 3810/19
3845/11 3845/14
3845/17 3845/18
3845/18 3846/2
3846/15
**organically [3]** 3812/8
3845/12 3846/1
**organized [1]** 3886/8
**Orienting [1]** 3814/19
**ostensibly [1]** 3838/24
**other [36]** 3777/24
3788/9 3789/10
3789/17 3789/24
3798/5 3802/20
3803/15 3808/4
3808/10 3816/18
3818/25 3825/8
3826/18 3826/22
3828/11 3833/16
3835/10 3835/11
3835/12 3847/5 3848/4
3852/21 3854/19
3859/6 3859/10
3861/24 3868/18
3869/19 3870/7

**online [7]** ... 3870/23
3872/5 3877/3 3881/11
3894/6
**otherwise [5]** 3801/23
3843/18 3851/19
3859/13 3891/7
**our [29]** 3775/13
3777/2 3777/4 3777/17
3778/19 3784/18
3789/14 3795/1 3795/1
3796/15 3799/21
3805/11 3805/22
3810/4 3833/8 3837/6
3844/6 3847/12
3862/10 3862/10
3873/20 3873/25
3873/25 3886/14
3887/9 3887/23
3888/16 3888/19
3893/12
**ourselves [1]** 3784/9
**out [19]** 3776/4 3776/4
3778/9 3779/19 3782/2
3782/3 3783/3 3783/11
3791/8 3794/8 3794/23
3807/24 3818/21
3822/12 3824/15
3826/24 3877/8
3878/12 3886/11
**outside [1]** 3869/16
**outstanding [1]**
3792/13
**over [9]** 3775/21
3783/19 3803/17
3829/25 3849/16
3861/13 3862/1
3881/12 3891/2
**over-sophisticate [1]**
3881/12
**overall [3]** 3805/4
3849/11 3862/1
**overarching [1]** 3808/3
**overruled [2]** 3842/17
3872/23
**oversee [1]** 3805/25
3879/3
**oversimplification [3]**
3812/24 3885/6
3889/23
**oversimplifying [2]**
3815/11 3815/22
**own [16]** 3775/9
3775/14 3776/11
3776/16 3778/5
3783/21 3808/8 3829/6
3829/13 3829/18
3857/9 3857/22 3858/4
3858/21 3862/10
3862/10

**P**

**p.m [2]** 3894/20
3894/20
**page [77]** 3781/6
3781/8 3783/9 3788/4
3788/8 3788/10
3789/18 3789/24
3792/3 3792/8 3792/9

3911

P

**page... [66]** 3792/10
3792/10 3804/2
3804/13 3804/15
3806/4 3806/5 3807/10
3807/10 3808/15
3808/16 3808/23
3809/16 3809/16
3809/17 3810/1 3810/2
3810/2 3812/17
3813/13 3814/10
3814/13 3814/14
3814/15 3818/12
3819/2 3819/4 3820/15
3820/16 3822/1 3823/1
3829/3 3829/4 3829/10
3834/2 3834/3 3834/6
3834/12 3835/16
3835/18 3836/5 3836/6
3836/8 3838/6 3838/6
3838/7 3845/12
3845/25 3846/3 3851/7
3858/9 3863/9 3865/14
3866/24 3876/17
3882/19 3882/23
3882/23 3887/20
3890/13 3891/14
3891/15 3891/16
3891/24 3893/3 3893/3
**page 15 [1]** 3781/6
**page 17 [3]** 3834/2
3834/6 3834/12
**page 20 [1]** 3890/13
**page 21 [3]** 3863/9
3891/14 3891/15
**page 22 [2]** 3891/16
3891/24
**page 3 [1]** 3806/4
**page 4 [1]** 3814/13
**page 5 [5]** 3807/10
3808/23 3810/1
3818/12 3822/1
**page 7 [3]** 3835/16
3835/18 3836/6
**pages [8]** 3776/4
3780/9 3782/3 3785/10
3785/19 3786/3 3786/4
3810/21
**paid [17]** 3791/17
3793/15 3805/23
3806/23 3809/18
3829/12 3829/24
3831/6 3833/9 3833/17
3836/6 3836/13
3845/12 3845/15
3845/19 3850/16
3865/2
**pandemic [1]** 3812/7
**paragraph [1]** 3788/5
**part [19]** 3775/15
3781/25 3795/23
3797/4 3801/17
3802/18 3803/4 3805/1
3809/17 3816/25
3817/19 3817/24
3834/24 3836/5
3836/12 3852/1 3852/6
3882/7 3884/6

**participate [3]** 3826/15
3829/14 3845/19
**particular [8]** 3826/12
3843/17 3843/17
3844/8 3868/6 3870/8
3873/17 3885/14
**partners [1]** 3802/12
**partnership [1]** 3855/4
**parts [2]** 3809/17
3812/4
**party [4]** 3813/10
3840/16 3859/2 3859/3
**pass [1]** 3876/3
**past [1]** 3785/8
**path [5]** 3778/21
3779/19 3845/10
3880/18 3884/14
**patterns [1]** 3882/2
**PATTERSON [1]**
3770/17
**pay [6]** 3784/11 3791/3
3805/10 3829/11
3830/8 3870/6
**paying [2]** 3806/19
3807/5
**payments [7]** 3796/13
3797/5 3797/21
3797/24 3797/25
3798/9 3798/21
**pays [4]** 3796/9
3796/10 3804/20
3821/22
**pbwt.com [1]** 3770/20
**people [35]** 3778/3
3778/24 3779/8 3783/4
3785/10 3785/11
3785/13 3785/22
3786/8 3787/1 3790/25
3796/17 3799/19
3803/24 3805/8
3813/24 3817/17
3817/23 3830/8
3831/16 3836/22
3848/2 3848/4 3853/10
3859/22 3864/3 3864/7
3865/15 3866/25
3882/13 3882/16
3883/10 3884/4
3884/21 3884/24
**people's [1]** 3870/7
**per [6]** 3804/19
3806/19 3821/3 3821/9
3821/10 3821/11
**percent [12]** 3776/19
3776/20 3778/10
3779/6 3779/9 3786/20
3799/7 3799/23
3825/13 3826/2
3834/15 3834/18
**percentage [1]**
3859/12
**perception [1]** 3882/1
**perfectly [1]** 3791/2
**performance [10]**
3817/7 3846/23
3846/24 3847/9
3862/17 3873/13
3874/2 3874/4 3875/12

**perhaps [4]** 3779/22
3788/23 3809/24
3828/20
**period [3]** 3792/5
3834/13 3834/17
**permissible [1]** 3850/5
**permission [1]**
3874/22
**person [5]** 3790/9
3852/21 3860/3 3861/5
3881/19
**personal [3]** 3781/19
3823/13 3823/18
**personally [1]** 3843/20
**perspective [2]**
3824/22 3880/19
**peter [1]** 3791/8
**phase [1]** 3818/4
**phone [5]** 3796/15
3827/2 3827/11
3836/13 3836/15
**physical [3]** 3852/18
3852/20 3855/2
**physically [1]** 3818/6
**pick [1]** 3797/11
**picture [1]** 3836/12
**piece [1]** 3875/17
**Pinterest [1]** 3838/14
**pious [1]** 3796/20
**pivot [3]** 3831/9 3837/5
3841/25
**pixels [2]** 3874/10
3874/11
**PLA [1]** 3857/18
**place [10]** 3780/17
3785/24 3796/23
3796/25 3798/21
3812/23 3831/21
3838/1 3852/11 3861/8
**placed [2]** 3800/16
3820/9
**places [2]** 3796/25
3802/2
**plainly [1]** 3824/9
**Plaintiff [4]** 3770/10
3771/2 3771/8 3774/9
**PLAINTIFF's [2]**
3773/5 3773/17
**plaintiffs [6]** 3769/4
3770/2 3775/2 3800/7
3801/2 3850/22
**Plaintiffs' [2]** 3807/20
3833/24
**plan [2]** 3827/21
3842/22
**planned [1]** 3842/24
**PLAs [4]** 3811/8
3851/20 3855/17
3889/15
**plat [1]** 3828/25
**platform [22]** 3803/25
3811/3 3825/20 3828/9
3828/20 3829/5
3830/13 3831/19
3835/3 3835/11
3839/14 3839/24
3840/1 3840/19

**practices [1]** 3822/13
**pre [1]** 3831/5
**pre-determined [1]**
3831/5
**precisely [1]** 3880/25
**precluded [2]** 3813/5
3841/16
**prefer [1]** 3785/22
**preferably [1]** 3846/4
**preference [3]** 3793/13
3794/5 3871/15
**preferred [3]** 3793/16
3871/20
**prefixes [1]** 3886/9
**preliminary [2]**
3792/14 3792/17
**premium [1]** 3799/15
3799/16
**preparation [2]**
3822/14 3833/14
**prepare [1]** 3887/9
**prepared [7]** 3780/14
3800/7 3800/20
3805/10 3833/8
3833/13 3870/6
**presence [3]** 3790/4
3838/22 3838/24
**present [1]** 3840/12
**presentation [4]**
3780/20 3783/20
3833/15 3833/19
**presented [1]** 3888/15
**presiding [1]** 3774/3
**pretty [6]** 3783/9
3784/13 3784/17
3784/22 3795/12
3798/14
**Prettyman [1]** 3772/4
**prevent [2]** 3789/23
3790/8
**prevented [1]** 3789/17
**previous [4]** 3793/17
3802/15 3802/16
3894/7
**previously [3]** 3775/3
3882/4 3889/19
**price [25]** 3825/12
3825/19 3825/21
3826/1 3826/6 3828/1
3828/3 3828/4 3828/8
3828/6 3828/8 3828/10
3828/12 3828/18
3828/18 3828/23
3829/24 3830/7
3830/17 3831/3 3831/5
3831/8 3850/16
3850/17 3870/5
**priced [7]** 3804/16
3804/17 3804/19
3821/3 3821/4 3821/7
3821/9
**prices [4]** 3828/16
3829/25 3830/16
3873/12
**pricing [3]** 3825/21
3847/6 3850/9
**primarily [4]** 3819/12

**3874/5 3874/17
3874/21 3874/22
3889/1
**platform's [1]** 3829/6
**platforms [21]** 3803/14
3826/12 3829/13
3830/6 3830/10
3831/12 3831/20
3837/24 3838/5
3838/14 3838/19
3838/23 3838/24
3839/13 3840/8
3840/12 3850/2 3868/1
3869/18 3874/1 3889/2
**plausible [1]** 3849/23
**play [1]** 3804/24
**please [20]** 3780/19
3792/8 3800/15
3801/10 3801/19
3805/13 3805/16
3806/3 3810/1 3826/11
3835/15 3837/17
3839/21 3850/25
3863/4 3867/7 3880/9
3888/22 3891/6
3893/17
**point [16]** 3777/9
3784/24 3790/1
3799/22 3803/6 3815/7
3815/24 3824/15
3842/10 3843/21
3854/22 3881/9
3883/11 3884/5
3888/24 3889/3
**pointing [1]** 3794/7
**points [3]** 3817/11
3882/14 3884/19
**policy [2]** 3811/2
3851/13
**polite [1]** 3864/2
**pop [2]** 3812/23 3813/5
**popular [1]** 3782/3
**population [1]** 3779/7
**portion [2]** 3788/4
3876/25
**position [7]** 3776/14
3802/7 3802/8 3812/22
3846/15 3883/24
3885/13
**positioning [2]**
3887/24 3888/19
**positions [1]** 3846/4
**possibility [1]** 3782/22
**possible [1]** 3785/22
**possibly [1]** 3830/8
**post [5]** 3787/14
3787/16 3788/3 3795/9
3819/23
**posts [1]** 3842/10
**potential [1]** 3860/6
**potentially [1]** 3792/18
**powered [2]** 3777/6
3777/7
**powerful [4]** 3796/20
3796/22 3796/25
3796/25
**practice [2]** 3796/22

3912

**P**

**primarily... [3]** 3824/24 3825/1 3831/23

**primary [9]** 3804/4 3804/6 3808/7 3822/18 3823/12 3831/15 3838/4 3861/16 3885/16

**printed [1]** 3886/20

**prior [2]** 3802/14 3802/17

**privacy [7]** 3797/10 3797/15 3849/22 3850/1 3850/3 3850/4 3850/7

**probability [3]** 3821/19 3860/7 3860/21

**probative [2]** 3843/13 3843/14

**problem [4]** 3783/11 3817/14 3818/10 3861/20

**proceed [4]** 3774/13 3824/12 3876/21 3887/16

**proceedings [5]** 3769/9 3772/6 3823/8 3824/10 3895/4

**process [11]** 3790/20 3795/10 3822/15 3822/17 3824/5 3844/19 3845/8 3845/24 3867/21 3874/11 3874/12

**processes [1]** 3844/23

**processing [2]** 3781/22 3782/19

**produced [1]** 3772/7

**product [38]** 3775/25 3777/2 3782/15 3798/15 3799/20 3808/16 3809/10 3811/1 3811/8 3811/23 3813/1 3814/5 3815/8 3815/17 3817/17 3818/1 3820/20 3822/3 3826/25 3827/4 3836/22 3838/16 3838/20 3852/13 3853/20 3854/14 3855/10 3855/17 3858/1 3860/23 3861/1 3861/4 3861/5 3862/2 3862/9 3866/18 3866/20 3892/2

**products [9]** 3808/12 3808/15 3820/18 3848/17 3853/10 3855/20 3856/8 3862/22 3872/16

**profitability [2]** 3834/24 3849/11

**profitable [3]** 3797/2 3849/13 3859/23

**profitably [2]** 3834/20 3834/23

**programmatic [2]** 3820/7 3839/15

**programmatically [1]** 3839/24

**programming [2]** 3777/22 3777/25

**projects [1]** 3776/22

**promise [1]** 3893/23

**promoting [1]** 3888/8

**prone [1]** 3786/11

**proof [2]** 3887/22 3887/23

**properties [1]** 3803/13

**proportion [3]** 3826/19 3827/14 3827/17

**propose [1]** 3876/16

**prorates [1]** 3798/6

**prose [1]** 3796/20

**Protection [3]** 3770/12 3771/4 3771/9

**protocol [1]** 3876/16

**proud [1]** 3785/9

**proved [1]** 3783/19

**provide [9]** 3797/7 3811/14 3811/16 3811/18 3811/21 3813/7 3843/6 3846/24 3848/15

**provided [2]** 3842/12 3849/20

**provider [1]** 3873/16

**provides [4]** 3813/9 3848/11 3849/16 3869/11

**providing [2]** 3785/8 3844/20

**public [1]** 3822/12

**Publicis [1]** 3802/18

**publicly [2]** 3793/18 3832/13

**publisher [4]** 3818/25 3820/5 3820/15 3840/18

**publishers [2]** 3820/20 3820/22

**pull [3]** 3805/11 3805/13 3810/1

**purchase [49]** 3815/8 3815/13 3818/7 3827/22 3831/21 3841/19 3852/11 3852/13 3852/15 3852/21 3853/11 3853/22 3854/10 3854/14 3859/11 3859/12 3860/7 3862/12 3864/14 3867/1 3868/1 3868/2 3869/24 3871/2 3871/5 3872/14 3879/10 3879/18 3879/19 3879/23 3880/3 3880/5 3880/25 3881/14 3881/19 3881/24 3882/2 3882/7 3882/9 3882/14 3883/7 3883/10 3883/20 3884/8 3884/15 3885/5 3885/15 3885/20 3889/3

**purchases [1]** 3846/6

**purchasing [3]** 3846/6 3846/12 3878/24

**purpose [9]** 3815/6 3817/16 3825/8 3817/16 3834/10 3885/17 3885/22 3887/6 3887/8

**put [9]** 3780/21 3782/10 3789/1 3820/21 3877/19 3879/14 3883/1 3885/10 3887/20

**putting [1]** 3820/15 3820/16 3887/6

**Q**

**qualifies [1]** 3823/17

**qualify [1]** 3823/22

**quality [5]** 3776/23 3777/17 3782/18 3783/16 3855/2

**quantifying [1]** 3828/16

**quarter [1]** 3792/5

**queries [19]** 3776/6 3776/15 3776/20 3776/24 3777/4 3777/16 3777/16 3777/19 3777/21 3777/23 3778/3 3782/4 3783/3 3783/5 3785/14 3785/16 3786/21 3806/21 3835/3

**query [18]** 3782/2 3783/3 3783/12 3783/25 3786/3 3804/11 3804/12 3809/16 3829/3 3846/2 3846/25 3847/2 3847/3 3849/15 3853/13 3853/14 3853/18 3853/23

**querying [1]** 3848/14

**question [37]** 3781/20 3785/15 3786/8 3786/22 3789/20 3790/1 3790/6 3793/4 3796/8 3805/1 3810/12 3812/18 3815/2 3816/3 3816/12 3819/19 3820/1 3834/21 3834/24 3834/24 3839/11 3839/21 3840/20 3841/5 3843/4 3845/1 3846/8 3846/9 3856/19 3860/10 3865/7 3866/6 3874/14 3883/4 3886/5 3890/19 3894/7

**questioning [1]** 3825/6

**questionnaire [1]** 3822/12

**questions [12]** 3779/14 3782/6 3786/19 3791/11 3795/25 3798/24 3799/25 3800/2 3801/8

**R**

**radio [1]** 3826/25

**raise [2]** 3793/5 3800/15

**raised [3]** 3784/18 3792/25 3793/19

**raising [1]** 3779/15

**Raleigh [1]** 3771/10

**Ralph [1]** 3770/13

**Ramaswamy [10]** 3774/12 3775/2 3775/7 3780/5 3787/13 3788/2 3789/3 3791/14 3792/4 3800/3

**range [1]** 3856/6

**rank [2]** 3781/15 3840/17

**ranking [5]** 3776/12 3781/13 3781/24 3782/24 3845/9

**raters [1]** 3784/8

**rather [3]** 3847/21 3864/24 3865/16

**rating [1]** 3784/7

**reach [5]** 3809/9 3831/15 3831/16 3839/9 3889/2

**reaching [1]** 3825/18

**read [2]** 3883/3 3894/12

**reading [3]** 3807/14 3892/9 3892/23

**reads [4]** 3806/7 3813/17 3814/19 3836/11

**ready [2]** 3774/13 3876/5

**real [18]** 3786/18 3797/16 3804/18 3820/8 3846/19 3847/21 3870/2 3870/4 3870/5 3870/6 3870/9 3870/15 3871/1 3871/19 3872/1 3872/2 3872/6 3872/21

**real-time [10]** 3820/8 3870/4 3870/5 3870/9 3870/15 3871/1 3871/19 3872/2 3872/6 3872/21

**realistic [1]** 3782/15

**realized [1]** 3776/25

**really [7]** 3785/13 3797/10 3797/16 3798/4 3842/18 3843/18 3886/5

**realm [1]** 3794/1

**Realtime [1]** 3772/3

**reason [5]** 3794/17

**quibble [1]** 3797/15

**quibbling [1]** 3884/6

**quickly [2]** 3812/19 3817/12

**quite [1]** 3847/15 3860/10

**reasonable [4]** 3784/17 3843/4 3850/6 3875/18

**reasons [4]** 3830/6 3849/22 3858/23 3874/8

**recall [10]** 3788/20 3793/2 3844/15 3844/21 3870/10 3880/2 3888/8 3890/24 3890/25 3891/20

**receive [2]** 3797/22 3806/25

**received [10]** 3776/16 3776/21 3781/3 3787/21 3807/20 3822/12 3833/24 3886/12 3886/17 3887/13

**recess [4]** 3837/12 3837/13 3894/19 3894/20

**recognize [7]** 3780/10 3789/4 3805/18 3822/9 3833/5 3879/18 3879/23

**recognized [1]** 3780/20

**recollection [1]** 3890/23

**recommend [23]** 3806/12 3825/13 3826/20 3827/15 3836/17 3838/10 3838/15 3838/18 3839/3 3839/4 3839/5 3839/7 3841/22 3846/9 3846/11 3854/9 3861/7 3864/13 3864/14 3867/15 3868/7 3868/8 3875/6

**recommendation [1]** 3841/6

**recommendations [1]** 3848/11

**recommended [2]** 3841/6 3841/7

**recommending [2]** 3827/21 3853/21

**record [5]** 3801/11 3823/6 3823/17 3823/22 3895/3

**recorded [1]** 3772/6

**RECROSS [1]** 3773/4

**rectangular [1]** 3819/3

**red [2]** 3810/19 3848/3

**redirect [4]** 3773/4 3796/2 3799/2 3799/5

**reduction [1]** 3849/21

**refer [4]** 3813/23 3836/13 3850/12 3882/18

**referenced [3]** 3827/21 3831/6 3847/14

**referred [3]** 3811/7 3817/3 3817/7

**R**

**referring [2]** 3788/13
3813/22
**reflected [1]** 3815/20
**refresh [10]** 3824/15
3890/23 3891/6 3891/8
3891/11 3892/18
3894/4 3894/6 3894/7
3894/11
**regarding [2]** 3822/13
3843/21
**Regardless [1]**
3806/18
**regards [1]** 3779/13
**Registered [1]** 3772/2
**regular [2]** 3785/6
3823/15
**regularly [1]** 3888/12
**regulations [2]** 3850/3
3850/7
**Reimagine [1]** 3781/12
**relate [1]** 3882/1
**related [2]** 3783/3
3848/8
**relationship [6]**
3819/22 3820/10
3854/19 3854/23
3859/4 3862/2
**relationships [1]**
3862/15
**relative [1]** 3840/8
**relatively [1]** 3817/12
**released [1]** 3785/3
**releasing [1]** 3775/24
**relevance [2]** 3823/24
3824/5
**relevant [4]** 3783/12
3825/9 3829/12
3832/17
**reliability [1]** 3824/4
**reliable [2]** 3832/24
3833/2
**reluctant [1]** 3778/15
**rely [3]** 3814/5 3846/5
3846/11
**relying [2]** 3775/10
3824/14
**remaining [1]** 3793/20
**remember [10]**
3776/18 3851/24
3862/21 3862/22
3880/5 3883/21
3889/10 3890/17
3890/19 3894/8
**remind [1]** 3800/11
**rename [1]** 3868/12
**rendition [1]** 3880/7
**repeat [3]** 3844/25
3846/9 3861/17
**rephrase [7]** 3789/20
3839/21 3856/14
3856/19 3856/20
3866/6 3872/12
**replacing [1]** 3775/13
**report [3]** 3846/25
3847/2 3847/3
**reporter [5]** 3772/2
3772/2 3772/3 3772/3

**reports [3]** 3829/23
3829/23 3849/15
**represent [2]** 3792/4
3801/7
**represents [3]** 3787/8
3795/22 3797/20
**Reprise [2]** 3805/21
3878/20
**Reprise's [2]** 3805/25
3879/3
**request [6]** 3789/9
3822/15 3823/6
3843/12 3844/9
3844/10
**requested [3]** 3843/6
3843/8 3876/13
**require [3]** 3811/14
3855/1 3865/13
**required [3]** 3829/10
3844/6 3855/3
**requirements [2]**
3811/2 3811/12
**requires [3]** 3812/25
3818/18 3841/18
**research [3]** 3832/12
3861/1
**reserve [7]** 3828/1
3828/3 3828/4 3828/6
3828/8 3828/10 3831/5
**resistance [1]** 3798/1
**resources [2]** 3833/2
3875/17
**respect [4]** 3776/7
3812/20 3824/5 3826/4
**respond [3]** 3776/16
3822/15 3869/4
**response [6]** 3803/24
3804/13 3823/6
3843/10 3844/9
3853/14
**responses [2]** 3822/19
3822/24
**responsibilities [2]**
3802/9 3802/11
**responsive [3]**
3853/12 3853/17
3853/22
**rest [2]** 3869/10
3869/14
**restate [1]** 3817/12
**restriction [1]** 3851/13
**restrictions [1]**
3851/14
**result [7]** 3785/10
3806/23 3814/10
3829/11 3829/12
3847/11 3875/16
**results [18]** 3775/13
3776/12 3777/10
3804/2 3804/13
3804/15 3806/23
3809/20 3810/19
3810/23 3829/4
3845/11 3845/12
3846/14 3845/18
3846/1 3846/3 3851/7
**resume [1]** 3837/7

**RESUMED [1]** 3775/5
**retail [4]** 3857/20
3859/7 3861/25 3893/24
**retailer [17]** 3811/16
3811/16 3812/23
3818/6 3853/1 3853/4
3853/22 3854/15
3854/24 3861/8
3861/13 3861/21
3862/1 3862/15 3866/3
3866/10 3866/14
**retailer's [6]** 3852/24
3853/15 3855/5
3858/10 3859/14
3860/20
**retailers [5]** 3853/19
3854/20 3859/18
3861/13 3862/12
**retailers' [1]** 3858/4
**retailing [3]** 3808/13
3854/25 3859/16
**retrain [1]** 3874/5
**retrieval [3]** 3781/16
3786/11 3795/12
**retrieve [1]** 3786/3
**return [8]** 3793/11
3793/14 3794/7 3794/7
3794/8 3849/5 3893/17
3893/23
**returns [1]** 3810/11
**revenue [3]** 3778/20
3778/22 3779/11
**reverse [1]** 3799/23
**review [1]** 3894/5
**right [59]** 3774/11
3774/13 3774/15
3775/11 3775/16
3775/19 3777/11
3778/13 3783/22
3784/1 3787/16
3788/14 3788/15
3788/18 3789/6
3789/13 3791/15
3792/7 3793/1 3794/19
3796/1 3797/16 3799/1
3799/9 3800/7 3800/15
3802/24 3803/4
3803/19 3817/4 3824/7
3827/5 3836/15
3847/19 3851/8
3851/10 3851/20
3852/11 3855/11
3855/18 3856/24
3857/3 3859/17
3859/24 3860/14
3862/20 3864/12
3867/24 3872/15
3874/19 3874/23
3876/5 3878/20
3878/25 3881/4 3885/5
3889/18 3892/6
3894/16
**right-most [1]** 3789/6
**rigid [1]** 3881/20
**rise [4]** 3774/2 3837/11
3837/14 3894/18
**risk [2]** 3874/6 3875/25
**RMR [2]** 3895/2 3895/8

3849/6 3849/10
**role [3]** 3802/14
3802/15 3804/23
**roles [1]** 3802/16
**roommates [1]** 3877/4
**ROSATI [1]** 3771/18
**roses [1]** 3848/3
**rough [6]** 3779/12
3780/12 3783/1 3793/8
3793/9 3798/6
**roughly [8]** 3776/3
3778/17 3778/25
3779/8 3779/22 3783/8
3799/10 3799/17
**round [3]** 3779/15
3793/17 3793/24
**rule [4]** 3824/3 3842/18
3869/5 3876/20
**rules [1]** 3892/24
**run [5]** 3779/3 3813/1
3817/21 3830/10
3873/25
**running [5]** 3779/5
3799/18 3848/19
3849/11 3874/15
**runs [2]** 3829/24
3867/24

**S**

**SA360 [16]** 3868/12
3868/22 3868/23
3869/5 3869/9 3869/10
3869/14 3870/24
3871/5 3872/13
3872/18 3872/18
3872/20 3874/9
3874/15 3874/17
**Safari [1]** 3788/21
**safe [1]** 3800/6
**safety [1]** 3802/17
**said [20]** 3783/1
3793/18 3795/7
3824/10 3828/15
3839/24 3855/10
3855/15 3855/16
3862/25 3866/23
3868/19 3869/14
3873/9 3882/4 3883/19
3886/17 3891/12
3894/1 3894/2
**sale [2]** 3808/12
3818/8
**sales [1]** 3885/23
**Sallet [1]** 3770/11
**same [15]** 3812/10
3814/13 3829/20
3829/21 3829/22
3834/16 3840/20
3856/11 3857/7
3857/14 3866/2 3866/4
3866/10 3875/7
3876/23
**say [24]** 3776/5
3777/19 3778/2 3782/9
3783/25 3784/16
3801/10 3811/15
3812/23 3813/23

3822/13 3822/13
3833/18 3840/9
3841/11 3847/17
3848/5 3859/5 3870/22
3880/20 3880/21
3882/4 3884/2 3887/3
**saying [2]** 3885/7
3888/18
**says [7]** 3792/17
3797/11 3809/9 3822/2
3863/19 3881/19
3888/2
**scale [11]** 3778/11
3779/23 3781/25
3782/1 3831/10
3831/11 3831/16
3831/16 3831/17
3832/4 3832/6
**Schmidtlein [2]**
3771/12 3774/10
**Schneider [2]** 3876/11
3876/14 3876/19
3877/2
**school [1]** 3877/4
**science [1]** 3848/12
**scientists [1]** 3786/17
**screen [16]** 3780/8
3797/11 3797/19
3806/6 3807/13 3810/5
3810/15 3863/16
3878/19 3880/24
3883/1 3887/20
3892/19 3892/12
3892/20 3892/22
**screenshot [3]** 3789/6
3789/11 3822/3
**screenshots [1]**
3789/4
**scroll [2]** 3838/5
3838/6
**search [262]**
**searched [1]** 3847/4
**searching [5]** 3840/6
3840/23 3860/16
3860/17 3863/22
**seat [1]** 3800/14
**seated [2]** 3837/15
3837/17
**second [10]** 3788/4
3809/1 3809/1 3811/6
3814/19 3817/10
3818/13 3832/4 3876/2
3885/10
**Section [2]** 3770/12
3806/3
**Section 1.3 [1]** 3806/3
**secure [2]** 3796/11
3887/9
**see [42]** 3781/7
3781/25 3788/11
3792/6 3792/15
3807/23 3809/9
3813/19 3814/17
3814/23 3818/21
3822/1 3826/23
3826/24 3827/5 3827/7
3827/8 3829/23
3829/25 3834/4 3836/4

**see... [21]** 3841/21
3856/7 3857/15 3862/3
3863/18 3863/19
3877/18 3878/21
3880/23 3882/15
3883/11 3883/15
3886/18 3886/23
3886/23 3888/1 3888/6
3888/7 3889/12 3893/6
3894/16
**seeking [3]** 3823/20
3824/13 3894/10
**seeks [1]** 3886/1
**seem [1]** 3883/15
**seemingly [1]** 3819/24
**seen [2]** 3821/20
3826/4
**sees [2]** 3821/14
3821/16
**select [2]** 3806/9
3807/24
**self [1]** 3778/22
**self-sustaining [1]**
3778/22
**sell [12]** 3785/24
3811/23 3853/12
3853/17 3854/4
3855/20 3855/21
3856/8 3859/21
3861/12 3861/23
3861/24
**sells [1]** 3793/18
**SEM [6]** 3867/12
3873/16 3873/21
3874/4 3875/7 3875/15
**send [4]** 3852/10
3852/15 3852/16
3852/17
**senior [1]** 3798/14
**sense [4]** 3784/6
3794/2 3796/19
3875/10
**sentence [7]** 3781/21
3786/15 3806/7
3813/16 3814/19
3888/1 3888/1
**SEO [6]** 3845/20
3845/23 3845/24
3846/6 3846/12
3846/15
**separate [2]** 3812/15
3841/5
**separately [4]** 3807/25
3828/10 3844/4 3850/4
**SERP [4]** 3804/2
3804/13 3846/16
3846/21
**serve [2]** 3776/5
3779/4
**served [6]** 3784/3
3820/14 3821/21
3839/16 3839/23
3839/25
**server [4]** 3820/15
3820/16 3820/18
3820/19
**service [12]** 3809/10

3818/2 3820/13
3820/18 3827/1 3827/4
3838/20 3861/4 3861/5
**serviced [1]** 3812/8
**services [5]** 3832/12
3854/14 3856/6 3862/2
3869/20
**servicing [1]** 3845/18
**serving [2]** 3777/4
3820/17
**session [3]** 3769/7
3774/3 3837/15
**set [9]** 3805/3 3805/23
3806/10 3822/6
3828/19 3829/21
3829/22 3870/5 3876/8
**setting [1]** 3782/16
**seven [2]** 3880/17
3881/10
**several [7]** 3778/18
3784/14 3797/21
3799/21 3842/19
3844/1 3877/21
**share [12]** 3806/20
3832/7 3832/11 3834/4
3834/13 3834/16
3834/25 3835/8 3841/4
3850/6 3873/15
3873/19
**she [1]** 3863/6
**shelf [2]** 3855/1 3855/2
**shift [2]** 3825/22
3859/20
**ship [1]** 3796/16
**shoe [2]** 3785/23
3785/24
**shoes [2]** 3865/20
3865/21
**shopping [33]** 3807/25
3808/12 3808/19
3808/21 3809/8 3811/7
3811/11 3811/12
3811/13 3811/14
3811/19 3811/22
3812/2 3812/2 3812/4
3812/6 3812/8 3812/9
3812/13 3812/20
3812/23 3813/1
3813/16 3813/24
3814/3 3814/5 3814/11
3814/11 3814/12
3851/17 3863/1
3889/15 3891/25
**short [1]** 3782/23
**shot [1]** 3786/6
**should [12]** 3779/15
3780/11 3790/21
3792/2 3806/6 3831/2
3838/24 3838/25
3847/10 3869/3
3871/23 3893/13
**show [4]** 3780/8
3780/9 3876/25 3878/7
**showed [2]** 3787/1
3795/9
**showing [1]** 3829/24
**shows [1]** 3847/3

**side [2]** 3835/18
3873/6
**signal [1]** 3891/5
**signals [2]** 3788/9
3869/19
**silo [2]** 3815/4 3882/5
**similar [7]** 3786/10
3795/11 3833/16
3838/7 3848/23
3848/25 3882/4
**simple [2]** 3781/20
3874/14
**simplified [2]** 3835/20
3879/25
**simplifies [1]** 3867/20
**simplifying [1]**
3817/15
**simply [4]** 3796/17
3809/22 3867/3 3894/4
**since [2]** 3788/22
3807/13
**single [4]** 3784/23
3786/21 3844/5 3875/6
**single-digit [1]**
3784/23
**sir [22]** 3775/8 3777/19
3780/7 3780/22 3781/9
3785/2 3788/12 3789/7
3790/6 3791/16 3796/4
3799/7 3803/4 3837/9
3881/15 3881/18
3883/3 3885/19 3886/8
3891/11 3892/15
3893/18
**sit [2]** 3795/1 3888/17
**site [1]** 3852/25
**sites [7]** 3852/21
3852/23 3853/6
3853/12 3853/16
3853/17 3853/22
**sits [1]** 3816/25
**situations [1]** 3791/6
**six [2]** 3842/19
3844/15
**sixth [1]** 3789/18
**size [2]** 3841/8 3841/9
**sized [1]** 3841/11
**sizes [3]** 3818/17
3831/17 3841/22
**Skai [1]** 3868/15
**skill [1]** 3778/6
**slide [7]** 3781/10
3781/24 3782/12
3880/8 3880/8 3880/14
3885/10
**Slide 2 [1]** 3885/10
**slide 4 [1]** 3880/8
**slightly [1]** 3778/1
**small [4]** 3777/14
3784/6 3784/23
3812/23
**smaller [2]** 3840/7
3840/24
**Smurzynski [2]**
3771/13 3774/15
**Snapchat [1]** 3838/14
**Snowflake [10]**

3791/20 3792/13
3793/10 3794/17
3794/17 3795/14
3795/20 3795/20
**Snowflake's [4]**
3791/22 3792/5
3792/12 3794/14
**so [197]**
**So I think [1]** 3855/13
**so it's [4]** 3813/4
3838/6 3847/20
3875/17
**So that's [1]** 3810/12
**So this represents [1]**
3795/22
**social [27]** 3803/14
3837/20 3837/22
3837/23 3837/24
3837/25 3838/4
3838/10 3838/13
3838/14 3838/15
3838/16 3838/19
3838/23 3838/23
3839/5 3839/9 3839/10
3839/13 3839/23
3839/25 3839/25
3840/4 3840/7 3840/12
3878/25 3889/1
**social-media [1]**
3837/24
**software [8]** 3777/5
3777/22 3777/25
3778/2 3782/9 3784/7
3795/5 3813/7
**sold [11]** 3791/14
3793/10 3794/10
3803/13 3812/3 3812/5
3812/6 3812/9 3827/25
3855/11 3855/18
**solid [1]** 3819/4
**some [34]** 3779/18
3780/9 3784/2 3784/3
3784/16 3790/19
3801/8 3807/6 3808/2
3808/24 3811/25
3817/25 3817/25
3823/23 3824/4
3835/10 3839/13
3841/15 3845/16
3853/19 3855/3 3856/7
3866/12 3866/15
3871/7 3873/18 3874/6
3877/25 3878/6
3881/11 3881/20
3886/9 3889/6 3894/6
**somebody [1]** 3791/8
**someone [7]** 3807/4
3808/15 3846/2
3852/17 3863/22
3864/23 3889/1
**something [15]** 3805/8
3807/8 3809/25 3818/7
3824/14 3843/12
3846/24 3848/9
3848/10 3860/22
3863/18 3877/7
3880/18 3891/13

**sometimes [6]** 3783/10
3791/7 3811/7 3814/12
3855/1 3881/12
**somewhat [2]** 3778/23
3793/7
**Sommer [2]** 3771/17
3877/15
**SONSINI [1]** 3771/17
**sophisticate [1]**
3881/12
**sophisticated [1]**
3813/3
**sophistication [1]**
3812/25
**sorry [22]** 3802/21
3807/12 3810/4
3812/18 3823/2
3826/21 3828/14
3844/25 3846/9
3847/13 3856/17
3859/5 3861/17
3861/19 3863/11
3868/18 3869/22
3874/13 3882/22
3884/23 3886/6
3893/15
**sort [29]** 3776/4
3779/12 3785/25
3791/3 3791/7 3792/10
3796/8 3799/13
3808/11 3816/15
3817/11 3817/19
3817/25 3818/1
3828/25 3829/22
3830/14 3833/16
3836/4 3845/10 3848/9
3850/6 3853/6 3853/20
3855/3 3859/15
3866/15 3874/7 3883/6
**sounds [1]** 3779/21
**source [2]** 3786/16
3886/19
**sources [4]** 3832/6
3832/10 3832/13
3840/16
**space [3]** 3775/21
3855/1 3855/2
**speak [1]** 3783/5
**speaking [8]** 3778/17
3785/7 3799/17 3808/2
3821/2 3841/12 3850/8
3879/1
**special [1]** 3784/6
**specialists [1]** 3848/13
**specialize [1]** 3848/14
**specialized [1]** 3778/6
**specializes [2]**
3805/22 3878/24
**specific [9]** 3776/22
3778/14 3779/21
3808/11 3808/15
3808/16 3839/1
3843/12 3863/22
**specifically [5]** 3805/5
3828/23 3835/10
3848/17 3860/23
**specifics [3]** 3778/16

**S**

specifics... [2] 3794/5 3890/24
speculate [2] 3830/2 3830/4
spell [2] 3801/10 3850/24
spelled [1] 3801/12
spend [12] 3784/20 3784/20 3784/21 3784/21 3791/7 3805/4 3825/14 3826/8 3834/20 3834/23 3849/12 3866/16
spent [1] 3785/10
spoke [3] 3781/25 3810/9 3851/6
sponsored [4] 3854/7 3854/8 3854/10 3858/11
SQR [2] 3847/3 3847/8
SQRs [2] 3849/14 3849/17
SRIDHAR [1] 3775/2
St [1] 3771/10
stack [3] 3788/8 3869/11 3869/15
staff [3] 3783/21 3798/11 3799/20
stage [1] 3882/16
stages [1] 3817/13
stamp [6] 3806/5 3807/11 3814/14 3834/3 3835/16 3886/18
stand [3] 3775/3 3823/13 3893/8
standard [3] 3813/18 3813/21 3813/23
stands [2] 3837/12 3894/18
start [6] 3782/7 3803/17 3809/15 3851/6 3879/13 3890/16
started [1] 3775/12
starting [1] 3891/15
startup [1] 3782/7
startups [1] 3784/18
StatCounter [2] 3832/21 3832/23
state [5] 3770/11 3771/2 3771/5 3771/8 3850/21
State's [1] 3879/22
stated [1] 3794/17
statement [7] 3866/23 3879/22 3881/22 3887/24 3888/12 3888/18 3888/23
statements [1] 3888/19
STATES [16] 3769/1 3769/3 3769/10 3774/6 3774/9 3775/25 3776/7 3779/4 3800/9 3800/10 3800/13 3801/8 3823/9 3824/10 3876/2 3882/1
States' [1] 3881/5

StatsAPI [1] 3833/1
stats [1] 3787/1
stenography [1] 3772/6
step [6] 3786/1 3807/9 3817/18 3818/3 3861/22 3893/20
stepping [1] 3869/16
stick [1] 3796/18
still [3] 3795/10 3821/2 3825/22
stock [1] 3792/13
stored [1] 3788/14
strategies [4] 3869/23 3870/1 3870/23 3874/25
strategy [8] 3844/7 3870/9 3870/15 3871/5 3871/16 3872/1 3872/2 3873/20
Street [2] 3770/3 3770/7
string [1] 3875/17
strong [2] 3797/7 3797/22
structure [2] 3814/16 3845/15
stuff [2] 3785/21 3786/13
subject [4] 3823/9 3824/8 3875/16 3887/16
submitted [1] 3822/20
subscribers [3] 3778/18 3779/9 3799/8
subscription [1] 3867/3
subset [4] 3840/7 3840/9 3840/14 3840/24
substitutable [2] 3824/22 3825/3
substitutes [2] 3862/22 3863/1
success [1] 3794/1
successfully [3] 3778/11 3779/23 3783/5
succinct [2] 3786/6 3786/8
succinctly [1] 3783/13
such [4] 3776/6 3776/8 3790/4 3837/24
sufficient [1] 3778/11
suggestion [1] 3824/7
Suite [3] 3770/8 3770/14 3770/19
summary [1] 3786/21
superiors [1] 3798/17
supply [1] 3820/8
support [2] 3778/22 3799/19 3872/13 3872/17
supported [1] 3872/21
sure [24] 3784/13 3784/22 3786/9 3789/8 3790/4 3791/24 3792/1

3800/22 3802/21 3816/3 3825/8 3834/21 3845/3 3847/15 3847/22 3865/7 3867/23 3876/9 3876/13 3878/10 3886/5 3886/20
surface [3] 3808/14 3810/22 3846/3
sustain [1] 3799/18
sustaining [1] 3778/22
SW [1] 3771/14
switch [7] 3788/19 3791/12 3867/6 3873/21 3874/1 3874/9 3875/15
switching [4] 3873/24 3874/4 3875/3 3875/24
SWORN [2] 3775/3 3801/2
synonyms [2] 3848/10 3848/20
system [7] 3775/15 3779/3 3786/11 3820/7 3830/11 3848/24 3869/17
systems [7] 3776/16 3777/4 3777/5 3784/7 3792/10 3798/9 3872/7

**T**

T-r-a-g-e-r [1] 3800/12
tab [1] 3814/12
tabbed [1] 3805/16
tabs [2] 3814/10 3826/13
tactic [1] 3819/9
take [35] 3776/23 3790/21 3791/4 3807/9 3808/11 3814/15 3818/5 3837/6 3846/14 3846/17 3855/7 3859/10 3859/12 3859/18 3859/19 3867/7 3874/14 3875/4 3875/14 3877/20 3879/9 3879/21 3880/23 3881/16 3885/9 3886/3 3886/6 3887/14 3888/5 3888/25 3889/2 3889/5 3890/13 3892/11 3893/12
taken [1] 3859/13
takes [3] 3785/25 3786/1 3875/20
talent [2] 3783/21 3795/23
talk [7] 3777/8 3783/13 3817/21 3847/20 3859/1 3891/2 3893/13
talked [6] 3787/3 3796/5 3855/13 3862/21 3879/8 3879/9 3891/23 3803/9 3843/15 3847/18

talks [2] 3782/12 3798/17
tall [1] 3785/16
tantalizing [1] 3782/22
target [1] 3839/14
task [1] 3799/19
tasks [1] 3808/6
team [2] 3778/23 3795/16
teams [2] 3810/17 3872/7
Tech [1] 3781/10
technical [5] 3777/16 3777/19 3777/22 3783/18 3874/7
techniques [5] 3776/11 3782/13 3783/15 3795/7 3795/11
technologies [1] 3795/21
technology [5] 3777/1 3786/15 3794/21 3795/15 3795/23
television [4] 3803/15 3826/24 3841/17 3841/19
tell [6] 3780/13 3788/10 3792/1 3803/10 3884/3 3885/2
tendency [1] 3881/12
tends [1] 3861/14
term [12] 3845/20 3847/25 3847/25 3850/12 3854/7 3858/6 3865/3 3866/3 3866/10 3866/11 3866/17 3870/12
terms [17] 3816/1 3816/4 3816/24 3819/6 3840/11 3841/6 3847/10 3847/15 3847/17 3848/4 3848/7 3848/8 3848/14 3848/23 3860/7 3861/16 3871/24
testified [4] 3775/3 3790/11 3792/24 3793/23
testify [1] 3823/19
testifying [1] 3793/2
testimony [8] 3789/8 3795/7 3811/25 3837/9 3879/8 3885/12 3893/18 3894/3
testing [1] 3843/25
text [33] 3809/10 3809/13 3809/18 3809/18 3809/22 3809/22 3809/23 3810/10 3810/13 3810/14 3810/15 3810/24 3810/25 3811/4 3812/2 3812/11 3812/14 3814/1 3819/5 3825/12 3826/1 3826/5 3826/6 3827/25 3828/3

3824/6 3825/14 3832/2 3836/13 3836/15 3851/15 3855/14 3889/13 3891/20
than [20] 3777/11 3777/17 3778/23 3779/22 3793/7 3794/10 3799/12 3812/10 3812/23 3826/2 3844/14 3847/21 3857/25 3859/7 3860/17 3864/24 3865/16 3866/21 3881/5 3884/8
thank [34] 3774/16 3778/7 3795/24 3796/1 3798/23 3799/3 3800/3 3800/5 3800/17 3800/19 3803/4 3808/25 3810/7 3813/11 3816/21 3818/9 3820/25 3824/18 3827/5 3830/21 3837/10 3844/17 3849/1 3876/3 3884/1 3884/17 3887/4 3888/20 3893/20 3893/21 3894/16
thank you [30] 3778/7 3795/24 3796/1 3798/23 3799/3 3800/3 3800/17 3800/19 3803/4 3808/25 3810/7 3813/11 3816/21 3818/9 3820/25 3824/18 3827/5 3830/21 3837/10 3844/17 3849/1 3876/3 3884/11 3887/4 3888/20 3893/18 3893/20 3893/21 3894/16
Thanks [1] 3788/7
that [525]
that'll [1] 3891/7
that's [73] 3775/12 3775/17 3776/13 3776/17 3779/8 3780/6 3783/23 3784/17 3787/14 3787/16 3788/15 3788/18 3789/12 3791/3 3792/7 3793/7 3797/4 3798/20 3799/18 3802/4 3803/20 3804/3 3804/18 3804/21 3805/1 3809/2 3809/18 3810/12 3810/14 3810/19 3814/2 3817/5 3817/9 3819/23 3820/1 3820/7 3821/24 3822/4 3825/9 3825/20 3829/9 3836/16 3837/23 3839/11 3839/16 3843/4 3849/19 3851/9 3852/12 3853/1

**that's... [23]** 3855/12
3855/16 3855/19
3862/5 3868/24 3869/8
3871/11 3874/14
3875/1 3876/2 3876/24
3877/17 3877/22
3879/5 3879/11 3880/7
3880/8 3880/21 3885/6
3891/22 3891/25
3892/1 3892/7
**their [31]** 3793/20
3793/25 3794/3 3800/7
3802/13 3805/2 3805/4
3806/10 3806/13
3809/21 3815/11
3825/14 3826/8
3829/13 3829/18
3854/13 3856/8 3857/1
3860/7 3862/8 3864/4
3864/8 3864/14 3865/8
3866/19 3870/8
3874/22 3882/7
3884/19 3884/22
3884/25
**them [23]** 3795/20
3796/18 3797/11
3806/25 3808/13
3815/7 3817/25 3818/5
3818/6 3825/3 3833/9
3844/5 3852/16
3852/18 3854/5 3858/5
3859/22 3859/23
3877/24 3886/4 3888/5
3888/25 3889/2
**themselves [3]**
3793/23 3857/15
3868/12
**then [32]** 3775/25
3776/5 3778/18 3779/9
3779/10 3781/15
3788/4 3798/8 3799/22
3803/1 3805/5 3805/6
3808/13 3818/3 3827/1
3828/18 3829/13
3829/19 3848/3
3862/11 3862/12
3865/1 3876/21
3880/18 3889/15
3891/24 3892/2 3892/5
3892/19 3893/3 3894/6
3894/12
**there [64]** 3775/9
3775/23 3776/22
3777/9 3777/9 3778/15
3778/21 3779/19
3781/7 3784/24 3787/8
3787/9 3788/13
3788/22 3789/15
3789/22 3790/2 3790/7
3790/8 3790/19 3791/1
3792/18 3792/20
3793/11 3797/13
3798/5 3806/7 3806/8
3807/3 3808/18
3810/16 3811/3
3813/14 3813/15
3813/22 3814/19

3819/16 3819/22
3820/2 3821/21 3824/8
3824/14 3826/6
3830/12 3834/22
3835/7 3840/5 3844/1
3849/18 3852/20
3855/11 3859/7
3863/14 3863/17
3864/17 3866/9
3871/25 3878/21
3879/13 3880/9
3881/10 3893/22
**there'll [1]** 3814/10
**there's [72]** 3777/24
3785/21 3792/19
3794/6 3796/24
3797/22 3806/16
3809/22 3809/22
3811/12 3812/4
3813/10 3819/2
3819/20 3820/1
3821/16 3821/19
3823/14 3823/25
3828/20 3828/22
3829/15 3830/13
3830/19 3832/3
3832/12 3832/13
3834/25 3835/10
3836/12 3839/1 3840/7
3842/18 3845/7 3845/7
3845/11 3845/12
3848/12 3850/1
3851/12 3851/13
3854/12 3858/6
3858/23 3858/24
3859/1 3859/6 3859/15
3859/20 3861/11
3862/5 3862/6 3863/18
3864/2 3866/12
3868/12 3869/8
3869/19 3870/2
3870/16 3871/9
3872/17 3873/24
3874/7 3874/11
3875/18 3876/20
3876/23 3877/1
3880/24 3881/12
3886/9
**thereby [1]** 3886/3
**therefore [4]** 3797/3
3855/4 3856/8 3866/17
**thereof [1]** 3788/21
**these [47]** 3777/21
3777/23 3778/3
3779/12 3779/17
3783/15 3784/4 3784/6
3784/6 3784/8 3785/19
3786/4 3788/16
3790/19 3791/6
3795/21 3796/16
3798/2 3798/9 3798/11
3809/3 3814/19 3822/1
3822/24 3830/24
3853/6 3853/12
3853/17 3853/22
3854/4 3854/14
3854/20 3854/23

3857/6 3857/13 3859/7
3861/7 3868/11 3878/1
3878/6 3880/15 3883/9
3883/20 3884/14
3885/14
**thewashingtonpost.co
m [1]** 3819/20
**they [74]** 3778/1
3782/6 3783/4 3784/19
3784/20 3785/14
3785/15 3787/10
3792/22 3796/22
3797/16 3797/22
3798/21 3804/11
3804/11 3805/3 3805/9
3808/10 3808/13
3809/3 3809/4 3809/18
3811/2 3811/17
3811/18 3815/4
3815/18 3816/16
3822/22 3824/22
3825/22 3826/20
3827/15 3829/15
3829/18 3836/17
3844/4 3845/17
3852/11 3853/6 3853/8
3854/4 3854/5 3854/10
3855/25 3856/11
3857/1 3857/6 3859/3
3860/21 3860/22
3860/23 3864/3
3864/13 3864/23
3865/14 3865/16
3866/17 3866/17
3866/18 3866/19
3867/2 3867/4 3867/11
3867/15 3868/3
3870/20 3871/18
3871/18 3880/16
3882/5 3886/3 3888/4
3888/24
**they'll [1]** 3864/25
**they're [22]** 3792/10
3796/18 3798/18
3804/12 3804/19
3812/15 3821/22
3836/22 3842/8
3851/19 3860/7
3860/23 3860/24
3864/4 3864/9 3865/18
3866/18 3867/3
3867/13 3876/17
3880/17 3889/15
**they've [1]** 3860/20
**thing [5]** 3785/13
3797/17 3827/9
3876/23 3889/9
**things [16]** 3775/23
3782/2 3782/20
3783/19 3784/9 3786/9
3791/7 3794/20
3796/15 3798/2 3798/4
3799/22 3808/14
3857/10 3862/7
3872/16
**think [32]** 3782/17
3784/17 3788/2

3815/10 3815/22
3816/16 3817/11
3817/20 3823/17
3823/21 3824/6
3830/23 3845/15
3845/17 3845/19
3851/15 3851/19
3855/13 3858/15
3861/22 3862/20
3864/22 3872/20
3881/4 3881/9 3888/2
3891/4 3894/11
**thinking [5]** 3779/22
3798/6 3824/1 3886/2
3888/3
**third [5]** 3809/8
3813/10 3813/16
3840/16 3888/1
**third-party [2]** 3813/10
3840/16
**this [116]** 3774/2
3774/6 3777/10
3778/22 3779/17
3779/17 3780/12
3780/13 3780/15
3780/20 3781/1
3781/10 3782/12
3782/22 3783/20
3784/4 3784/25 3785/4
3785/12 3785/25
3786/21 3786/24
3787/2 3787/5 3787/14
3787/16 3788/3 3789/3
3790/1 3790/21 3792/4
3792/12 3792/19
3792/22 3794/8
3795/22 3796/9
3797/12 3797/18
3798/16 3798/18
3801/8 3803/6 3805/18
3807/13 3808/23
3809/25 3810/2 3810/9
3811/25 3812/1
3814/13 3822/3
3822/15 3823/2 3823/4
3823/10 3823/15
3825/5 3827/6 3829/6
3833/11 3833/13
3833/14 3833/15
3833/19 3834/8
3834/10 3835/15
3835/18 3835/25
3835/23 3835/25
3837/12 3837/14
3843/12 3843/13
3847/14 3849/21
3858/15 3858/17
3860/13 3863/5
3864/20 3865/5 3874/7
3877/7 3878/2 3878/8
3878/13 3879/9
3879/16 3879/17
3879/18 3879/23
3880/15 3882/9 3883/3
3886/16 3886/17
3886/19 3887/6 3887/8

3888/9 3888/12
3888/12 3888/13
3888/18 3889/7
3890/21 3892/16
3893/13 3893/24
3894/18
**This is [1]** 3774/6
**those [31]** 3783/24
3788/17 3796/13
3803/17 3806/13
3811/7 3817/6 3820/10
3824/1 3833/2 3836/15
3839/4 3839/5 3842/6
3851/10 3852/23
3857/2 3864/14
3868/10 3869/18
3869/19 3871/8 3880/4
3882/14 3882/15
3889/2 3889/2 3892/24
3893/10
**though [1]** 3880/16
**thought [4]** 3777/10
3779/13 3782/13
3893/10
**thousand [3]** 3821/9
3821/10 3821/11
**thousands [1]** 3779/1
**threat [1]** 3856/7
**three [6]** 3783/20
3802/8 3842/24 3846/4
3880/17 3881/11
**thresholds [1]** 3805/10
**through [14]** 3809/14
3815/7 3815/25
3817/11 3820/18
3834/13 3838/5 3838/6
3839/14 3861/12
3862/9 3882/20
3882/23 3890/25
**thumb [1]** 3842/18
**ticket [1]** 3818/7
**TikTok [2]** 3840/20
3840/22
**tile [3]** 3809/1 3809/8
3809/8
**tiles [3]** 3807/10
3818/12 3822/1
**time [54]** 3775/9
3778/24 3780/12
3780/13 3782/13
3784/24 3785/10
3786/18 3799/13
3799/15 3800/4
3804/18 3806/22
3812/8 3820/8 3825/25
3829/25 3830/12
3843/8 3843/17
3843/22 3844/3 3844/5
3844/16 3846/19
3849/16 3856/24
3870/2 3870/4 3870/5
3870/6 3870/9 3870/12
3870/15 3870/17
3870/18 3870/21
3871/1 3871/19 3872/1
3872/2 3872/6 3872/11
3872/14 3872/21

**T**

time... [9] 3875/4
3875/7 3875/16
3875/20 3875/21
3877/3 3887/14
3888/13 3892/16
times [5] 3812/7
3833/18 3833/20
3847/4 3882/6
title [1] 3802/5
titled [2] 3835/8 3895/4
today [10] 3803/10
3827/8 3879/8 3882/2
3882/8 3882/10
3883/24 3884/4 3884/8
3893/8
today's [1] 3881/20
together [2] 3780/21
3844/2
told [3] 3798/13 3884/1
3889/13
tool [8] 3816/7 3816/23
3819/10 3819/14
3873/16 3874/4
3874/15 3874/24
tools [18] 3813/9
3813/10 3848/15
3867/9 3867/12
3867/12 3867/16
3867/25 3868/2 3868/7
3868/8 3868/10
3868/11 3868/11
3868/12 3873/21
3875/7 3875/15
top [13] 3797/4
3804/14 3807/10
3807/23 3809/17
3814/10 3814/15
3817/15 3819/2
3819/21 3846/4
3863/17 3884/14
topic [1] 3796/3
topical [1] 3786/19
topics [4] 3788/19
3790/10 3791/12
3867/6
total [2] 3792/14
3849/12
touch [2] 3798/12
3884/19
touched [1] 3830/23
track [1] 3777/3
traditional [9] 3781/16
3882/1 3882/10 3883/8
3884/8 3885/4 3886/1
3888/3 3888/9
Traditionally [1]
3883/6
traffic [1] 3840/17
Trager [9] 3770/6
3800/9 3801/7 3837/18
3851/6 3851/23
3855/13 3862/21
3863/5
transaction [5]
3791/19 3792/22
3807/7 3866/16
3866/19

transcript [11] 3769/19
3772/6 3876/12
3876/15 3876/19
3877/6 3882/19 3890/8
3890/9 3892/10 3895/3
transcription [1]
3772/7
transcripts [1] 3892/23
translate [1] 3873/10
Travel [1] 3889/25
travels [1] 3800/6
treat [1] 3893/24
trend [3] 3826/4
3827/20 3828/15
TRIAL [1] 3769/9
tried [1] 3877/24
triple [1] 3779/1
true [1] 3850/17
truly [1] 3798/15
truth [1] 3825/5
try [8] 3797/16 3812/1
3817/24 3824/13
3889/1 3889/2 3891/11
3891/13
trying [7] 3818/5
3829/9 3861/1 3861/2
3864/10 3880/15
3890/22
turn [16] 3781/6
3792/8 3805/16 3807/9
3809/1 3809/6 3812/16
3814/13 3822/7 3823/1
3833/4 3834/2 3835/16
3863/4 3891/4 3893/3
turning [4] 3818/12
3821/25 3846/23
3849/14
turns [1] 3794/23
TV [2] 3827/7 3827/8
twice [1] 3794/11
two [11] 3775/21
3792/10 3805/1 3809/7
3809/17 3812/4
3812/15 3828/9
3828/20 3832/3
3864/22
two-page [1] 3792/10
two-part [1] 3805/1
TYLER [1] 3770/18
type [31] 3783/4
3804/11 3804/11
3805/8 3805/9 3806/19
3807/24 3808/19
3808/21 3809/15
3816/9 3816/11
3833/12 3833/19
3839/23 3840/1
3851/12 3860/21
3860/22 3864/7
3864/25 3865/17
3865/21 3866/17
3866/25 3870/21
3886/16 3887/6
3889/13 3891/21
3893/5
types [17] 3806/8
3806/12 3806/16
3808/18 3808/22

3831/20 3841/16
3846/2 3849/19
3851/14 3871/9 3885/3
3889/7 3889/10
3890/18
typical [2] 3804/23
typically [12] 3819/2
3829/21 3832/10
3842/22 3842/24
3844/14 3849/10
3860/22 3861/12
3864/3 3865/13
3875/14
typing [3] 3864/24
3865/16 3867/4

**U**

U.S [2] 3770/2 3779/7
U.S.A [1] 3834/5
UII [1] 3787/7
ultimate [1] 3839/16
3839/18 3885/22
ultimately [3] 3822/20
3866/15 3885/20
UM [13] 3801/24
3801/24 3802/6
3802/16 3802/18
3802/25 3850/5
3886/13 3886/16
3886/25 3887/6
3888/13 3888/14
Umm [1] 3856/16
unable [1] 3811/3
uncertain [1] 3864/4
under [8] 3784/16
3800/16 3807/23
3814/15 3822/1 3824/3
3854/9 3884/1
underneath [1] 3809/9
understand [23]
3782/5 3783/8 3788/8
3788/17 3789/8
3797/12 3816/3
3819/21 3823/14
3823/18 3828/17
3834/21 3847/9
3847/15 3848/15
3848/20 3850/1 3857/1
3860/10 3865/7 3883/9
3885/12 3886/5
understanding [14]
3781/19 3783/7
3783/12 3786/2 3786/3
3790/15 3796/10
3796/12 3822/3
3840/21 3840/25
3846/23 3862/13
3863/25
understood [4]
3788/25 3816/17
3821/18 3894/9
unique [1] 3816/15
Unit [1] 3770/12
UNITED [13] 3769/1
3769/3 3769/10 3774/6
3775/25 3776/7 3779/4
3800/9 3800/10

3824/10
United States [9]
3775/25 3776/7 3779/4
3800/9 3800/10
3800/13 3801/8 3823/9
3824/10
United States of [1]
3774/6
Universal [5] 3801/17
3801/19 3801/23
3802/25 3886/1
universe [6] 3840/5
3840/6 3840/21
3840/22 3841/1 3841/3
unpack [1] 3820/2
unpleasant [1]
3785/20
unrelated [3] 3820/11
3820/11 3829/10
until [1] 3779/16
up [33] 3779/10
3782/14 3783/18
3786/13 3789/1
3790/13 3795/4 3795/8
3796/3 3798/24 3799/7
3805/11 3805/13
3805/23 3807/13
3810/1 3817/10
3825/21 3829/25
3848/9 3866/24 3876/8
3877/6 3877/19
3878/19 3879/14
3883/1 3883/17
3885/10 3888/22
3890/15 3891/17
3892/10
UPD12 [1] 3810/2
upload [1] 3813/1
upon [2] 3844/3
3893/23
upper [6] 3816/4
3816/10 3819/9
3835/22 3835/23
3836/10
upstart [2] 3782/6
3787/3
UPX12 [1] 3810/2
UPX449 [4] 3822/7
3822/9 3822/11
3822/19
UPX450 [11] 3833/4
3833/5 3833/7 3833/21
3833/24 3834/2
3834/12 3835/16
3835/18 3835/21
3836/6
UPX926 [13] 3805/13
3805/17 3805/20
3806/4 3807/10
3807/17 3807/20
3812/16 3813/13
3814/14 3822/1 3863/5
3863/12
us [15] 3788/10
3803/10 3804/4 3832/5
3837/22 3838/12
3842/8 3842/10

3874/22 3877/1 3884/1
3889/13
usage [1] 3782/11
usdoj.gov [2] 3770/5
3770/9
use [42] 3776/16
3779/18 3781/15
3781/18 3782/14
3783/7 3784/8 3786/11
3788/22 3795/5 3804/5
3804/6 3810/14
3811/22 3818/20
3825/23 3833/15
3836/17 3837/2 3839/6
3840/16 3848/21
3858/6 3861/7 3864/21
3867/15 3868/9 3869/4
3871/16 3871/18
3872/18 3874/3
3874/20 3874/22
3875/6 3875/21
3876/14 3876/25
3892/18 3893/25
3894/2 3894/11
used [24] 3779/14
3780/12 3782/23
3783/15 3785/9 3789/1
3805/7 3810/24
3810/25 3816/9 3819/8
3836/24 3838/1 3847/8
3847/10 3849/10
3850/12 3863/5
3867/13 3869/20
3885/4 3885/8 3886/16
3891/8
useful [5] 3776/4
3783/13 3788/10
3845/16 3873/7
user [26] 3776/6
3782/17 3786/22
3797/10 3804/20
3821/14 3821/16
3821/20 3826/17
3835/12 3838/4 3841/3
3852/10 3852/13
3857/18 3857/19
3857/25 3860/16
3860/17 3860/20
3862/16 3865/3
3865/20 3866/2 3866/3
3866/9
users [21] 3778/10
3778/18 3782/7
3782/10 3782/16
3785/9 3787/10
3799/11 3835/3
3839/14 3840/7
3840/17 3840/22
3841/4 3852/15
3860/14 3862/8
3863/25 3865/15
3869/18 3889/2
users' [3] 3804/1
3804/9 3838/16
uses [3] 3782/2
3840/11 3868/22
using [12] 3777/1

**using... [11]** 3777/4
3781/13 3786/5
3788/16 3810/22
3838/10 3872/1 3872/1
3873/16 3874/24
3891/5
**usual [1]** 3873/7
**utilize [1]** 3825/5
3869/24

**V**

**Vaguely [1]** 3888/10
**valuable [1]** 3795/12
**valuation [1]** 3793/17
**variance [1]** 3883/16
**variant [1]** 3879/19
**various [4]** 3797/5
3818/17 3884/15
3884/19
**vary [2]** 3842/14
3842/19
**vast [2]** 3776/15
3796/17
**vehicle [1]** 3817/22
**venture [2]** 3793/12
3794/1
**version [4]** 3879/18
3879/23 3879/25
3881/5
**versions [1]** 3822/20
**versus [6]** 3774/7
3841/10 3859/11
3859/16 3872/1
3872/18
**verticals [1]** 3776/23
**very [22]** 3776/19
3777/18 3778/4
3781/20 3783/5 3783/5
3783/13 3784/22
3786/11 3787/1
3792/22 3795/20
3796/22 3796/25
3797/3 3800/3 3808/11
3817/13 3820/7
3874/14 3879/25
3887/20
**viable [1]** 3779/19
**video [4]** 3807/25
3809/23 3889/22
3893/6
**view [10]** 3817/12
3837/25 3857/1 3860/6
3860/16 3862/25
3866/2 3866/4 3869/2
3869/2
**viewability [1]** 3821/17
**views [2]** 3796/6
3857/10
**Virtually [1]** 3876/12
**virtue [1]** 3786/17
**virtuous [1]** 3782/17
**visibility [6]** 3788/20
3788/22 3829/14
3850/9 3850/11
3850/17
**Vision [1]** 3781/10
**visit [3]** 3818/24

**visual [1]** 3818/16
**visually [2]** 3809/25
3810/10
**voice [1]** 3806/20
**volume [4]** 3847/6
3848/16 3861/14
3862/6
**vs [1]** 3769/5

**W**

**waiting [1]** 3893/23
**walk [1]** 3809/14
**walled [1]** 3858/7
**wallet [1]** 3866/19
**Walmart [7]** 3853/5
3853/19 3854/1 3858/8
3859/8 3859/11
3861/24
**want [36]** 3777/8
3785/17 3785/17
3785/23 3787/4
3788/19 3789/6
3790/13 3791/8 3794/4
3798/4 3799/7 3806/21
3806/25 3810/5 3818/6
3825/23 3829/12
3833/16 3838/19
3846/3 3851/5 3852/10
3859/3 3861/13
3861/15 3861/25
3862/7 3864/7 3864/23
3865/20 3865/20
3885/12 3889/6
3893/25 3894/4
**wanted [4]** 3785/13
3785/14 3786/14
3798/12
**wanting [2]** 3798/11
3859/21
**was [86]** 3775/15
3776/14 3777/17
3778/19 3778/25
3779/17 3779/19
3780/12 3780/13
3782/1 3783/1 3784/14
3784/22 3785/3 3785/4
3785/5 3785/12
3786/20 3786/22
3786/24 3787/5 3787/8
3787/9 3788/23 3789/9
3892/18
3789/15 3790/11
3791/4 3791/4 3791/14
3791/17 3792/25
3793/7 3793/11
3793/16 3793/18
3793/24 3794/2 3794/8
3794/10 3794/18
3794/18 3794/20
3795/1 3795/14
3795/15 3795/20
3795/23 3795/23
3799/8 3799/14
3799/21 3802/14
3802/16 3802/17
3818/13 3822/16
3822/17 3822/18
3822/23 3822/25

3834/12 3834/16
3843/10 3844/8
3849/13 3849/20
3859/13 3863/11
3868/18 3876/12
3879/21 3882/24
3883/6 3886/17
3887/23 3888/12
3888/15 3889/1 3889/9
3889/13 3890/9
3892/20
**Washington [7]** 3769/5
3770/3 3770/8 3771/14
3772/5 3819/23 3848/5
**wasn't [1]** 3861/18
**watch [2]** 3864/24
3867/4
**water [1]** 3808/24
**waterfall [1]** 3794/4
**way [26]** 3776/6
3783/13 3787/9 3787/9
3790/25 3793/12
3795/15 3812/4 3814/8
3821/6 3821/8 3830/10
3830/14 3835/14
3845/8 3845/14
3845/15 3845/19
3850/17 3864/2 3864/6
3881/23 3887/24
3888/9 3893/24
3893/24
**ways [6]** 3782/24
3792/23 3798/6
3818/19 3821/5
3869/11
**wc.com [2]** 3771/15
3771/16
**we [223]**
**we will [2]** 3848/2
3874/20
**we'll [7]** 3803/9 3812/1
3837/7 3854/22 3877/8
3887/14 3889/24
**we're [15]** 3805/7
3805/10 3807/14
3810/7 3814/7 3816/13
3843/12 3847/11
3848/7 3862/13 3863/9
3870/5 3884/3 3891/4
3892/18
**we've [2]** 3783/15
3790/23 3800/20
3810/2 3814/1 3843/8
3843/8 3843/25
3877/15 3887/23
**web [13]** 3775/16
3775/18 3776/3
3776/12 3786/2
3786/18 3810/21
3839/14 3865/12
3865/12 3865/13
3865/13 3874/17
**web-based [1]** 3874/17
**WEBB [1]** 3770/18
**website [42]** 3807/4
3807/5 3807/7 3808/9
3808/16 3808/16

3845/25 3852/16
3852/17 3852/20
3852/24 3853/2 3853/4
3853/11 3853/15
3855/5 3857/22
3858/10 3859/12
3859/14 3860/8
3860/20 3862/10
3862/10 3862/11
3862/11 3864/4 3864/5
3864/10 3866/3
3866/10 3866/11
3866/14 3874/10
3886/14 3886/25
3887/7 3888/13
3888/15 3888/16
**websites [8]** 3803/14
3829/7 3840/18
3854/15 3858/4 3861/8
3861/21 3865/9
**week [1]** 3785/4
**weeks [1]** 3842/19
**weigh [1]** 3839/3
**welcome [1]** 3800/18
**well [17]** 3779/5
3786/11 3786/25
3791/9 3811/18
3813/10 3813/21
3818/20 3853/1
3854/20 3859/25
3862/16 3872/12
3874/8 3881/23
3888/17 3892/11
**went [5]** 3775/21
3777/3 3817/11
3825/21 3890/25
**were [36]** 3775/13
3775/23 3776/22
3777/11 3778/12
3778/24 3779/16
3779/18 3779/22
3781/23 3783/5 3783/7
3783/19 3784/2 3784/8
3784/6 3784/8 3786/8
3787/6 3787/10
3790/25 3791/2
3808/13 3812/8 3819/6
3820/19 3822/14
3822/19 3822/20
3822/22 3843/24
3844/1 3844/3 3877/3
3880/4 3889/9
**weren't [1]** 3844/3
**western [2]** 3775/25
3779/4
**wfcavanaugh [1]**
3770/20
**what [146]**
**what's [11]** 3783/14
3788/3 3790/15
3796/12 3838/15
3840/20 3840/25
3853/4 3862/17 3869/2
3887/22
**whatever [1]** 3894/5
**whatsoever [1]** 3798/3
**when [41]** 3775/9

3780/12 3780/13
3783/2 3783/4 3793/10
3796/14 3798/8
3799/15 3804/10
3804/11 3805/8 3812/9
3813/14 3820/13
3821/14 3827/1 3827/7
3828/18 3829/3
3829/23 3832/1
3839/16 3839/24
3840/9 3842/12
3843/10 3843/24
3844/1 3847/17 3855/8
3857/18 3857/25
3859/5 3860/7 3865/14
3866/24 3870/22
3873/9
**whenever [1]** 3785/22
**where [33]** 3776/4
3776/15 3777/10
3784/25 3785/19
3786/15 3786/16
3801/16 3802/13
3802/19 3809/9
3813/24 3816/1 3816/8
3816/23 3819/7 3820/8
3822/1 3825/21
3846/20 3852/11
3852/15 3857/19
3864/17 3865/5 3865/6
3886/3 3886/3 3888/4
3888/5 3888/5 3888/24
3888/25
**whether [14]** 3779/19
3783/11 3788/10
3797/6 3803/13 3808/4
3823/20 3824/21
3826/11 3840/18
3840/25 3847/11
3871/23 3894/5
**which [51]** 3776/3
3776/5 3782/1 3782/7
3783/8 3785/13 3786/1
3786/10 3786/13
3786/20 3789/23
3791/6 3791/22 3792/2
3793/17 3793/21
3794/24 3797/9
3802/18 3805/21
3809/20 3810/15
3817/19 3823/9 3828/9
3832/1 3834/2 3835/16
3838/9 3840/17 3842/9
3848/18 3853/16
3853/17 3853/25
3858/7 3862/12
3864/16 3869/3 3869/3
3871/15 3874/6
3877/19 3878/20
3879/21 3882/24
3883/23 3884/1 3884/3
3886/7 3887/23
**while [2]** 3829/19
3873/6
**white [1]** 3794/6
**who [8]** 3833/16
3842/9 3848/8 3848/13

**W**

who... **[4]** 3856/3
3861/5 3866/9 3889/1
whole **[4]** 3821/16
3839/2 3843/18
3874/11
why **[35]** 3787/3
3790/15 3796/9
3796/10 3824/12
3825/16 3826/16
3834/8 3834/10 3835/6
3836/20 3837/6 3838/3
3839/2 3839/3 3849/9
3849/25 3855/24
3857/9 3858/19
3858/22 3858/23
3861/10 3863/25
3865/11 3867/18
3869/7 3871/21 3873/2
3873/19 3873/23
3874/8 3875/9 3875/23
3893/12
widely **[2]** 3784/4
3816/17
will **[17]** 3787/20
3798/10 3804/13
3807/3 3807/19
3809/17 3814/11
3819/3 3833/23 3842/9
3848/2 3864/21
3865/17 3874/20
3876/16 3876/18
3893/22
William **[5]** 3770/17
3772/2 3774/9 3895/2
3895/8
William Cavanaugh **[1]**
3774/9
WILLIAMS **[1]** 3771/13
willing **[1]** 3791/2
WILSON **[1]** 3771/17
withdrawn **[1]** 3884/12
within **[9]** 3806/16
3814/21 3816/17
3841/1 3850/4 3858/5
3858/7 3858/10 3869/8
without **[5]** 3778/16
3824/13 3828/16
3844/20 3850/7
witness **[7]** 3773/2
3775/2 3800/8 3800/16
3801/2 3876/3 3878/15
WITNESSES **[1]**
3773/4
won't **[2]** 3780/8
3892/24
word **[4]** 3788/22
3788/24 3794/22
3847/17
words **[5]** 3783/10
3786/7 3805/9 3848/16
3859/6
work **[16]** 3775/24
3777/10 3785/11
3795/20 3797/20
3801/16 3801/17
3801/23 3805/25
3814/8 3815/1 3832/8

3883/5
worked **[4]** 3802/18
3802/19 3803/6
3816/18
working **[2]** 3810/5
3830/12
works **[2]** 3793/12
3833/10
world **[2]** 3881/21
3882/9
would **[115]** 3776/8
3776/16 3778/3
3778/11 3778/22
3778/25 3779/4
3779/18 3781/6
3781/23 3785/22
3786/6 3786/7 3786/15
3786/16 3786/18
3786/21 3786/22
3787/4 3788/22
3789/17 3789/23
3790/7 3791/3 3792/8
3799/8 3799/11
3799/21 3801/10
3808/24 3809/24
3812/20 3812/24
3813/4 3813/4 3814/25
3816/14 3817/21
3818/14 3820/21
3822/7 3824/3 3824/16
3824/25 3825/3 3825/9
3825/13 3825/22
3825/23 3826/14
3826/14 3830/3
3830/24 3830/25
3831/2 3831/4 3831/8
3833/18 3837/2 3837/4
3838/9 3839/5 3839/7
3840/1 3841/5 3843/1
3844/13 3844/14
3844/23 3845/5
3845/16 3848/6 3850/5
3850/8 3850/10
3850/24 3853/1 3853/5
3855/4 3857/20 3858/9
3859/13 3861/7 3864/6
3865/3 3866/3 3869/4
3872/20 3873/3 3873/4
3873/6 3875/10
3875/11 3875/14
3880/24 3881/24
3882/3 3882/4 3882/8
3882/13 3883/4 3883/8
3884/13 3884/17
3884/19 3885/14
3885/19 3885/21
3885/25 3888/25
3889/1 3889/23 3890/4
3890/5 3891/5
wouldn't **[7]** 3873/7
3875/10 3875/11
3881/2 3881/6 3881/22
3889/23
write **[4]** 3781/12
3786/16 3788/7
3848/21
writes **[1]** 3788/5

wrong **[2]** 3796/24
3872/15
wrote **[1]** 3787/16
wsgr.com **[1]** 3771/20
www.umww **[1]**
3886/23

**Y**

Yahoo **[1]** 3831/24
yeah **[12]** 3781/9
3827/11 3851/1
3854/17 3857/11
3860/11 3861/20
3866/7 3866/21
3878/10 3883/15
3891/18
year **[9]** 3779/10
3779/17 3779/17
3784/14 3784/16
3785/4 3796/11
3797/22 3884/1
years **[9]** 3775/21
3782/9 3782/23
3783/20 3785/8 3802/8
3803/8 3844/1 3846/17
Yep **[2]** 3792/11
3880/12
yes **[104]** 3774/14
3775/20 3776/2
3779/25 3780/7
3780/22 3781/9
3781/11 3781/14
3781/17 3785/2
3788/12 3789/5 3789/7
3790/2 3790/7 3791/16
3796/4 3799/10
3805/19 3806/2
3806/15 3808/1
3809/12 3811/24
3813/20 3814/18
3814/24 3815/19
3816/6 3817/14
3819/25 3822/10
3822/16 3822/22
3822/25 3823/2
3827/23 3828/2
3831/13 3832/9
3832/22 3832/25
3833/3 3833/6 3834/7
3835/5 3835/20
3836/14 3838/11
3841/12 3841/24
3842/5 3843/23
3845/22 3847/1
3849/24 3850/14
3851/25 3852/22
3853/8 3853/15
3853/24 3855/22
3858/2 3860/15
3860/18 3862/23
3863/7 3863/15
3863/20 3866/12
3867/10 3867/17
3869/1 3869/25
3870/14 3870/16
3871/3 3871/7 3872/3
3872/25 3873/18

3878/14 3878/22
3879/1 3880/6 3883/12
3883/22 3884/10
3884/16 3886/24
3888/7 3889/11
3889/19 3889/19
3889/21 3890/20
3893/4 3893/7 3893/9
yesterday **[5]** 3781/25
3788/20 3792/24
3793/24 3796/3
yet **[1]** 3824/17
York **[2]** 3770/19
3771/19
you **[556]**
you know **[3]** 3778/2
3791/20 3797/9
you understand **[1]**
3857/1
you'd **[2]** 3827/7
3827/7
you'll **[4]** 3781/7
3827/2 3877/19 3885/2
you're **[32]** 3785/23
3788/13 3790/5 3792/1
3806/19 3806/19
3806/24 3807/4 3807/5
3807/5 3807/6 3813/14
3818/4 3823/20
3824/13 3828/17
3829/5 3829/9 3843/15
3843/25 3849/11
3859/15 3861/1 3861/2
3868/25 3872/1
3873/16 3874/24
3891/5 3892/19
3893/16 3894/10
you've **[9]** 3777/10
3784/24 3828/15
3833/19 3847/14
3873/9 3891/16
3891/17 3892/14
your **[166]**
Your Honor **[34]**
3774/5 3774/14 3780/3
3780/23 3780/25
3787/11 3787/17
3787/19 3791/25
3795/24 3798/25
3799/3 3800/1 3800/2
3800/20 3807/12
3823/4 3823/11 3824/6
3824/18 3825/4
3843/11 3850/19
3850/20 3863/7 3876/1
3876/10 3876/18
3876/20 3878/16
3883/13 3883/17
3890/11 3893/11
Your Honor's **[2]**
3791/11 3894/20
YouTube **[2]** 3822/2
3869/17

**Z**

Zaremba **[3]** 3772/2
3895/2 3895/8