1                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
2

United States of America,      )
3   et al.,                      )
                                 )
4                   Plaintiffs, )
                                 ) CV No. 20-3010
5                        vs. ) Washington, D.C.
                                 ) October 3, 2023
6   GOOGLE LLC,                  ) 1:30 p.m.
                                 )
7                   Defendant. )
    _____)
8

9                    TRANSCRIPT OF BENCH TRIAL
                 BEFORE THE HONORABLE AMIT P. MEHTA
10                  UNITED STATES DISTRICT JUDGE

11   APPEARANCES:
     For DOJ Plaintiffs:        **Kenneth M. Dintzer**
12                              U.S. DEPARTMENT OF JUSTICE
                                1100 L Street, NW
13                              Washington, D.C.
                                (202) 307-0340
14                              Email:  Kenneth.dintzer2@usdoj.gov
                                **Lara E.V. Trager**
15                              U.S. DEPARTMENT OF JUSTICE
                                450 5th Street, NW
16                              Suite 4000 South
                                Washington, DC  20001
17                              (202) 598-2685
                                Email:  Lara.trager@usdoj.gov
18                              **David E. Dahlquist**
                                U.S. DEPARTMENT OF JUSTICE
19                              209 South LaSalle Street
                                Suite 600
20                              Chicago, IL  60604
                                (202) 805-8563
21                              Email:  David.dahlquist@usdoj.gov

22   For Plaintiff
     State of Colorado:        **William J. Cavanaugh, Jr.**
23                              Patterson Belknap Webb & Tyler LLP
                                1133 Avenue of the Americas
24                              Suite 2200
                                New York, NY 10036
25                              (212) 335-2793
                                Email:  Wfcavanaugh@pbwt.com

```
 1      Plaintiff
          North Carolina:        Kunal Choksi
 2                               NC Department of Justice
                                 114 W Edenton Street
 3                               Raleigh, NC  27603
                                 (919) 716-6031
 4                               Email:  Kchoksi@ncdoj.gov

 5      For Defendant Google:    John E. Schmidtlein
                                 WILLIAMS & CONNOLLY LLP
 6                               725 12th St., NW
                                 Washington, D.C. 20005
 7                               (202) 434-5000
                                 Email:  Jschmidtlein@wc.com
 8                               Michael Sommer
                                 Wendy Huang Waszmer
 9                               Wilson Sonsini Goodrich & Rosati
                                 1301 Avenue of the Americas
10                               40th Floor
                                 New York, NY  10019
11                               (212) 497-7728
                                 Email:  Msommer@wsgr.com
12                               (212) 999-5800
                                 Email:  Wwaszmer@wsgr.com
13
        Court Reporter:          Janice E. Dickman, RMR, CRR, CRC
14                               Official Court Reporter
                                 United States Courthouse, Room 6523
15                               333 Constitution Avenue, NW
                                 Washington, DC  20001
16                               202-354-3267
                                          *   *   *
17

18

19

20

21

22

23

24

25
```

```
 1          *  *  *  *  *  *  *P R O C E E D I N G S*  *  *  *  *  *  *
 2                  THE COURT:  All right.  Welcome back, everybody.
 3      Hope everybody had a nice lunch.
 4                  Mr. Sommers, we are ready when you are.
 5                  MR. SOMMERS:  Thank you, Judge.
 6                        JOSHUA LOWCOCK,
 7                  DIRECT EXAMINATION (Cont.)
 8      MR. SOMMERS:
 9      Q.  Good afternoon, Mr. Lowcock.
10          When we broke I was taking you through some different
11      types of search ads.  Do you recall that?
12      A.  Yes.
13      Q.  You identified text ads?
14      A.  Yes.
15      Q.  And you identified shopping ads or PLAs?
16      A.  Correct.
17      Q.  By the way, His Honor asked a question about smaller
18      businesses.  You are aware, sir, that Google provides free
19      tools to small businesses who want to participate in shopping
20      ads, correct?
21      A.  Correct.
22      Q.  And then another one you identified was local search ads,
23      is that right?
24      A.  Correct.
25      Q.  And then we were just up to video search ads.  Do you --
```

1    would you consider video search ads a type of search ad?

2    A.  It's a type of search ad.

3    Q.  And then another one, would you consider vertical search

4    engines another type of search ads, the ads placed on those

5    platforms?

6    A.  Broadly speaking, yes.

7    Q.  And would you agree, Mr. Lowcock, that search ads can serve

8    multiple purposes that are identified in the traditional

9    purchase file?  Would you agree with that?

10   A.  No.

11   Q.  Let me start by trying to refresh your recollection.  If

12   you turn to page 286 of your transcript from your deposition.

13   And just ask you to read lines 3 and 4.  If you need to read a

14   little before it to put it in context, by all means take your

15   time.

16   A.  That was page 28 --

17   Q.  286, lines 3 to 4.  Just look up when you've had a chance

18   to look at that.

19   A.  Yep.

20   Q.  Does that refresh your recollection that search ads can

21   serve different purposes in the purchase funnel?

22   A.  That refreshes my recollection that search ads can serve

23   different purposes.

24   Q.  Thank you.  You testified earlier this morning,

25   Mr. Lowcock, that paid search is not an effective -- excuse me,

1    that paid search is not an effective method for driving

2    awareness.  Do you recall that testimony?

3    A.  Yes.

4    Q.  In fact, sir, is it true that your company trains its

5    employees that search ads can be a highly effective channel in

6    developing awareness?  Is that true?

7    A.  That's not necessarily true.

8    Q.  Okay.  Let me ask you to turn to page 296 of the transcript

9    of your deposition, at line 2 through line 6, and just read

10   that to yourself a moment.

11   A.  Yep.

12   Q.  Look up when you've had a chance.

13   A.  Yep.

14   Q.  Does that refresh your recollection that Reprise trains its

15   employees that paid search can play a role as a highly

16   effective channel in developing high-funnel awareness?

17   A.  It refreshes my recollection that I made that statement.

18   Q.  Separate and apart from the face of the transcript, as you

19   sit here today, sir, do you agree that paid search can be a

20   highly effective means -- can be a highly effective means of

21   developing awareness?

22   A.  I would say that -- I would argue the point on highly

23   effective.

24   Q.  It's the "highly effective" term that you're quibbling

25   with?

```
1    A.  Correct.

2    Q.  Let me ask you to turn in your binder to DX410.

3            MR. SOMMERS:  Your Honor, that's already in evidence

4    as PSX682.  I apologize for the duplicate sequencing.

5    BY MR. SOMMERS:

6    Q.  You recognize this is another one of Reprise's documents?

7    A.  Yes, I do.

8    Q.  I'm going to ask you to turn to page 3, Bates stamp 405.

9            THE COURT:  Sorry.  Mr. Sommers, could you just state

10   the exhibit again?

11           MR. SOMMERS:  Sure.  It's DX410.  I believe it's in

12   evidence as PSX682.  It came in in the big group.

13   BY MR. SOMMERS:

14   Q.  And we'll go to the screen here on page 3.  And I'm going

15   to draw your attention to the top paragraph, where it says paid

16   search can play a dual role as a highly effective channel in

17   developing a high-funnel awareness vehicle.  Let me stop there

18   for a moment.  Do you see those records?

19   A.  Yes, I see those words.

20   Q.  So this publication for your company -- or, the company you

21   oversee, do you disagree with it?

22   A.  It requires clarification on the definition of "paid

23   search."

24   Q.  Well, okay.  Why don't you give me your definition of "paid

25   search"?
```

1    A.  So, paid search is ads that you can buy on general search

2    engines in other locations.  So, for example, on YouTube I can

3    buy -- because on YouTube you can search, I can buy paid search

4    on YouTube and it's different to a general search engine in

5    paid search.

6    Q.  Do you agree that paid search, as you have just defined it,

7    can play a highly effective role in developing high-funnel

8    awareness?

9    A.  If the understanding of defining it as paid search on

10   different platforms can play different roles, yes.

11   Q.  I'm not sure I understood your answer.  Let me try one more

12   time.

13        In paid search -- in your view, is paid search a highly

14   effective channel in developing high-funnel awareness?

15   A.  So, the answer to that is yes and no.  And it depends on

16   where the paid search occurs.

17   Q.  This morning you were asked some questions and you

18   described someone being on a retail site and doing a search

19   there, and I think you described that as very close to a

20   purchase point, or something like that.  Do you remember that?

21   A.  Yes, I do.

22   Q.  And then you contrasted that to Google doing a search on

23   Google that may not be as close to the purchase point.  Do you

24   remember that?

25   A.  Yes, I do.

1    Q.  And would you agree, Mr. Lowcock, that someone doing a

2    search on Google could be at any stage of the purchase funnel?

3    Would you agree with that?

4    A.  It's possible.

5    Q.  Okay.  Let me turn to social advertising.

6         You said this morning that you might not recommend

7    social advertising to certain advertisers.  Do you remember

8    that testimony?

9    A.  Yes.

10   Q.  And do you have advertisers that take your advice and don't

11   buy social advertising?

12   A.  Yes.

13   Q.  So let me ask you to turn to page 57 of your deposition

14   transcript, at line 18 to 20.  Do you remember being asked this

15   question and giving this answer:  Do you have any --

16   A.  Give me a moment, please.  Sorry.

17   Q.  I'm sorry sir.

18   A.  Page 57.

19   Q.  Page 57.  Lines 18 to 20.  Question:  Do you have any

20   clients that do not purchase social ads?  Answer:  No.

21         Do you remember --

22   A.  Yes, I recall that.

23   Q.  -- being asked that question and giving that answer?

24   A.  Yes, I recall that.

25   Q.  Let's try to see if we're on the same page in terms of

1    social media.

2         When we talk about social media platforms, that would

3    include Facebook or Meta, correct?

4    A.   Correct.

5    Q.   And it would include Instagram?

6    A.   Correct.

7    Q.   It would include Twitter, right?

8    A.   It would.  I mean, that's a complicated one.  So, yes, it

9    would include Twitter, but let's take that one out for the time

10   being.

11   Q.   Would it include Snapchat?

12   A.   Yes.

13   Q.   Would it include TikTok?

14   A.   Yes.

15   Q.   Do you believe, Mr. Lowcock, that social platforms tend to

16   attract younger audiences?

17   A.   That would be a generalization.

18   Q.   Is it a generalization you would agree with?

19   A.   No, because it would depend on the platform.

20   Q.   Okay.  So let me try to limit it then.  Something like --

21   let's take Instagram and TikTok and Snapchat, would you agree

22   that those tend to attract younger audiences?

23   A.   I would exclude Instagram from that category.  But TikTok

24   and Snapchat tend to index towards younger audiences.

25   Q.   And do advertisers primarily want to reach younger

1    audiences?

2    A.  No.

3    Q.  If you could turn to page 105 of your deposition

4    transcript.  And I'm referring you to lines 19 and 20.  I'll

5    start by seeing if this refreshes your recollection.  Just read

6    that to yourself, please.

7              THE COURT:  You said page 105?

8              MR. SOMMERS:  Page 105, lines 19 and 20.

9    BY MR. SOMMERS:

10   Q.  Or if you need to read a little more behind it or in front

11   of it to put it in context, that's fine.

12   A.  Yes, I read that.

13   Q.  Does it refresh your recollection that advertisers

14   primarily want to reach younger audiences?

15   A.  Referring to page 105, 19 to 20?

16   Q.  Yes.

17   A.  Yes.

18   Q.  Thank you.  Would you agree that social advertising also

19   can achieve all the stages of the traditional purchase funnel

20   that we've looked at?  Would you agree with that?

21   A.  Yes and no.

22   Q.  Okay.  Let's take the "yes" part first.  So, social

23   advertising can create awareness, correct?

24   A.  Correct.

25   Q.  And social advertising can create consideration, correct?

```
1    A.  Correct.

2    Q.  And so social advertising can also lead to purchases,

3    right?

4    A.  Correct.

5    Q.  Let's turn to display advertising.  You described that this

6    morning, right?

7    A.  Correct.

8    Q.  Can display advertising also achieve each of the stages of

9    the traditional purchase funnel?

10   A.  It can, but it's not effective at all stages of the funnel.

11   Q.  Let me just break that down then.  Display advertising can

12   create awareness, right?

13   A.  Yes.

14   Q.  And consideration?

15   A.  Yes.

16   Q.  And it can lead to purchases, right?

17   A.  Not effectively.

18   Q.  Let me give you a personal example that the Court has heard

19   of.  I was on Instagram, I probably clicked on a golf video.  I

20   got fed an ad for shorts.  That's a display ad, correct?

21   A.  Not having seen your ad, but sounds like one, yes.

22   Q.  Okay.  Thanks.  And in a matter of three clicks I had

23   purchased those shorts.  That's not an unusual story for you to

24   hear, correct?

25   A.  It's not an unusual story.
```

1    Q.  In fact, the advertiser who placed that ad, I assume, was

2    hoping that that very thing that I just described would occur,

3    correct?

4    A.  I think all of advertising is to drive sales, so yes.

5    Q.  Is that an example of display advertising leading to a

6    purchase?

7    A.  Yes.

8    Q.  Thank you.

9         Would you agree that advertisers will put ads on various

10   mediums hoping to catch the eye of the consumer and hoping that

11   they'll click through and buy a product?  Would you agree with

12   that general proposition?

13   A.  I want to step back because that would be specific to

14   digital advertising because certain advertising you can't click

15   on.

16   Q.  I take your modification.  I'm going to restate my

17   question.

18        In the world of digital advertising, would you agree

19   that advertisers will put ads on various digital mediums,

20   hoping to catch the eye of a consumer with the hope that they

21   will click through and purchase a product?

22   A.  The answer to that -- there's a complicated answer to that.

23   I'm happy to --

24   Q.  I didn't mean to cut you off.  Go ahead.

25   A.  I'm happy to entertain you with the complexity of the way

```
 1    it works.
 2    Q.  I'll move on, Mr. Lowcock, if you can't answer that one.
 3         Let me put up a demonstrative, DXD03.009.  This is
 4    something that the Court saw in opening statement.
 5         And just to orient this on this demonstrative,
 6    Mr. Lowcock, these are various ads for running shoes that we
 7    see on Macy's, TikTok, Google --
 8              MS. TRAGER:  Counsel, may we have a copy?
 9              MR. SOMMERS:  Sure.
10         My colleague just corrected me.  It wasn't from
11    opening, it was from the testimony of a prior witness in the
12    case.
13    BY MR. SOMMERS:
14    Q.  We see CNN, we see Instagram.  Have you had a chance to
15    familiarize yourself with the demonstrative.
16    A.  Broadly familiarized myself.
17    Q.  And before, when I was asking about the different types of
18    mediums that advertisers would use to catch a consumer's eye,
19    these would all fall into that category, right?  These ads are
20    placed on these different mediums in the hope that a consumer
21    will be attracted to the ad and take some action, correct?
22    A.  I will say broadly correct.  Modification that I would make
23    is in the Macy's example, that may or may not be a display ad.
24    It does say "sponsored."  But it may be the retailer's own
25    advertisement.
```

1    Q.  But the goal of the advertiser is really what I was

2    focusing on.  These are placed in order to attract the eye of a

3    potential consumer with the hope that the consumer will then

4    take some action in response to the ad, is that right?

5    A.  That's the goal of all advertising.

6    Q.  Let's take that down.  Let me ask you briefly about

7    YouTube.  You're familiar with that platform?

8    A.  Yes.

9    Q.  And do clients of yours buy ads on YouTube?

10   A.  Yes, we do.

11   Q.  And again, ad purchases on YouTube can lead to awareness,

12   consideration, and purchase, correct?

13   A.  That would be a generalization.  But, yes.

14   Q.  And let me -- well, I have a demonstrative for YouTube.

15   Let me quickly show it to you.  This is DXD10...6.

16           MR. SOMMERS:  Let me give counsel -- I'm with you,

17   Lara.  Give me one second.

18   BY MR. SOMMERS:

19   Q.  You've been on YouTube, sir?

20   A.  Yes.

21   Q.  Okay.  And, well, let's just run the demonstration.  So,

22   there is -- when YouTube opens there are -- maybe you would

23   agree -- awareness ads, right?  They're ads posted that could

24   create awareness?

25   A.  Yes.

3934

1    Q.  And -- but it can also lead to purchase, correct?  If

2    someone clicks, puts in running shoes -- that just happened on

3    the top.  They do running shoes and click on that and they can

4    click on something called shop now, and they add something to

5    their cart and buy it, right?

6    A.  That's an extension that's available on YouTube.

7    Q.  Okay.  An ad on YouTube -- all I'm trying to establish is

8    an ad on YouTube can accomplish the goal of purchase, correct?

9    A.  I'm going to separate.  It can drive people to a point

10   where they could make a purchase.

11   Q.  Let me ask you about Amazon, that you talked a little bit

12   about this morning.  Do your clients buy ads on Amazon?

13   A.  I have clients that buy ads on Amazon.

14   Q.  Can the purchase of those ads on Amazon also achieve the

15   goals of awareness, consideration, and purchase?

16   A.  Yes.

17   Q.  Let me ask you to turn to DX410 in your binder.  I think

18   it's the one we were just in.  Yep.  Same one.  And I'm going

19   to ask you to turn to page 008 or, alternatively, in the lower

20   right-hand corner -- hold on a second.  Let me get myself

21   oriented.

22        I'm sorry.  So there's all sorts of numbers on these.

23   So it's page 6, or 007, or Bates 408.  Are you with me?

24   A.  I'm with you, on the page.

25   Q.  I'm sorry there are all these numbers.

1          And we see a chart.  Let's put this up on the screen.

2     Let's just blow up that chart.  Perfect.

3          Now, we see a chart here that identifies Google and Bing

4     as playing a role of awareness, consideration, and purchase,

5     both of them, right?

6     A.  Correct.

7     Q.  Okay.  Now you just told me that YouTube can also drive

8     purchase, correct?

9     A.  Correct.

10    Q.  And you also told me that Amazon can drive awareness,

11    correct?

12    A.  Correct.

13    Q.  So let's go to the next iteration of your slide.

14         So taking your slide -- and I've added in those two

15    words for each of YouTube and Amazon.  Let's put that up.

16    Okay.  And can we agree, Mr. Lowcock, that each of these

17    platforms can play the role of awareness, consideration, and

18    purchase?  Can we agree on that?

19    A.  Yes, we can agree to that.

20    Q.  Thank you.

21         MR. SOMMERS:  Your Honor, I offer DXD10.12 in

22    evidence.

23         MS. TRAGER:  Objection.  We have the underlying

24    document here.  This isn't demonstrative.

25         MR. SOMMERS:  I'm offering it as substantive evidence

1    in light of his testimony, Your Honor.

2              THE COURT:  We'll admit.  Look, the line between

3    demonstrative and substantive evidence has been erased a long

4    time ago.  So let's move on.

5              MR. SOMMERS:  In this case.

6    BY MR. SOMMERS:

7    Q.  Okay.  TikTok, you're familiar with that one?  You've told

8    us about that a little bit, right?

9    A.  Yes.

10   Q.  Would you agree that TikTok -- not that one.

11            Would you agree that TikTok also can play the role of

12   awareness, consideration, and purchase?

13   A.  Yes.

14   Q.  And I take it, there probably are other platforms we could

15   add to this list that would accomplish the same?

16            MS. TRAGER:  Your Honor, there appears to be an

17   inconsistency between the demonstrative and the document.

18            MR. CHOKSI:  He added words.

19            THE COURT:  I know he added words.  That was the

20   whole point of what he was trying to accomplish.

21            MS. TRAGER:  But if it's being admitted as

22   substantive evidence --

23            THE COURT:  Look, I understand the context in which

24   this is all coming in.  And you're not with a jury here, so as

25   I said, the line between demonstrative and substantive is a

1    little fuzzy.  I understand what he's trying to accomplish and

2    the testimony is really, ultimately, what matters.  I'm not

3    going to rely on the demonstrative for substantive evidence.

4    BY MR. SOMMERS:

5    Q.  Mr. Lowcock, in May 2019, do you recall that the Department

6    of Justice hosted a program on competition in television and

7    digital advertising and you participated in that program?

8    A.  Yes, I do.

9    Q.  You spoke at the program, correct?  You were on a panel?

10   A.  That's correct.

11   Q.  And I -- I know you weren't under oath, but I take it you

12   tried to be honest with your audience?

13   A.  Always try to be honest.

14   Q.  Thank you.

15        Let's pull up DX3003.  If you can find that in your

16   binder.

17        And you've seen this before?  This is the transcript of

18   the panel discussion at that presentation, right?

19   A.  Yes.

20        MR. SOMMERS:  Your Honor, we offer DX3003 in

21   evidence.

22        MS. TRAGER:  Your Honor, this is an excerpt.  This is

23   just from the one panel, it's incomplete.

24        MR. SOMMERS:  It's the only panel I'm going to be

25   asking about.

```
 1                THE COURT:  I think the issue --
 2                MS. TRAGER:  And it's hearsay.
 3                THE COURT:  It is hearsay, and so if you want to ask
 4       him about prior statements, sure.  If he disagrees with them,
 5       then you can confront him with his prior statement.
 6                MR. SOMMERS:  Sure.
 7       BY MR. SOMMERS:
 8       Q.  Do you recall, Mr. Lowcock, one of the topics you spoke
 9       about was search ads?
10       A.  Yes.
11       Q.  You spoke about the platforms that are search destinations.
12       Do you remember that?
13       A.  Yes.
14       Q.  Do you recall telling your DoJ audience that Amazon is
15       increasingly considered a search destination?  Do you recall
16       that?
17       A.  Yes.
18       Q.  And do you recall also telling your audience that Facebook
19       is a search destination?
20       A.  Yes.
21       Q.  And do you also recall telling your audience that Pinterest
22       was increasingly a search destination?
23       A.  Yes.
24       Q.  Now, you told us that some of your clients buy ads on
25       Amazon, right?
```

1    A.  Correct.

2    Q.  I take it as a result of that, you pretty much had a front

3    row seat to watching the growth of Amazon advertising over the

4    last five to seven years, correct?

5    A.  Yes.

6    Q.  And fair to say that it has exploded over the past five to

7    seven years?  Would you agree with that?

8    A.  I would say that we're investing more money in Amazon

9    advertising.

10   Q.  Your clients are investing more and more in Amazon,

11   correct?

12   A.  Some clients, yes.

13   Q.  And the same would be true of Facebook, your clients are

14   investing more and more in Facebook.  Would you agree with

15   that?

16   A.  I would say our spend on Facebook has slowed, but continues

17   to grow, just not at the same rate.

18   Q.  How about TikTok?  You're aware that just a few years ago

19   TikTok had no advertising at all, right?

20   A.  Yes.

21   Q.  And are you aware of the size of its business now?  Do you

22   have any insight into that from your position?

23   A.  I have insights into our spend on TikTok.  I don't know

24   their total advertising revenue.

25   Q.  You do or do not?

```
1    A.  I do not know their total advertising revenue.

2    Q.  From your perspective with your advertisers, the ad spend

3    on TikTok has grown exponentially over the last few years,

4    correct?

5    A.  That one is more complicated.

6    Q.  Okay.  Let's break it down and try to -- maybe you can give

7    me an answer.  I'll try a different question.

8         Has your customer ad spend on TikTok in the last three

9    years grown?

10   A.  Yes.

11   Q.  And has it grown dramatically in that period of time?

12   A.  It's gone in fits and starts.

13   Q.  Has it grown dramatically in that period of time?

14   A.  It's grown -- it has grown.

15         MR. SOMMERS:  Just one moment, Your Honor.

16   BY MR. SOMMERS:

17   Q.  How about Instagram?  Do your clients spend advertising

18   money on Instagram?

19   A.  Yes, they do.

20   Q.  And over the past five years, has that also grown?

21   A.  The spend has grown.

22   Q.  Would you agree, Mr. Lowcock, that what constitutes a

23   search destination has grown increasingly more complex?

24   A.  I would agree, it's a complicated conversation.

25   Q.  And if you're trying to define a market of search engines,
```

```
 1    there is a lot of complexity today in defining such a market,
 2    specifically because these new platforms have emerged.  Would
 3    you agree with that?
 4    A.  I wouldn't necessarily agree with that.  That's an
 5    oversimplification.
 6    Q.  Let me ask you to turn, in Exhibit 3003 --
 7              MR. SOMMERS:  Which, by the way, Your Honor, is not
 8    an excerpt, it's a full download from the DoJ website.  But I
 9    understand the Court's ruling.
10    MR. SOMMERS:
11    Q.  Turn to page 9 of this document.  And I want to draw your
12    attention to the sixth paragraph down.  And to orient you,
13    sir --
14    A.  Sorry, what page?
15    Q.  Yeah, sure.
16    A.  Which document again?
17    Q.  It's 3003.
18    A.  Yep.
19    Q.  Okay.  And it's page -- I'm going to draw you first to page
20    52, or .008.  Just look up when you're there.
21    A.  Yep.
22    Q.  And you see that this -- at the bottom half of this page
23    begins your statements, correct?  Some of your comments, right?
24    A.  Correct.
25    Q.  And those continue on to the next page, right?
```

1    A.  Correct.

2    Q.  Okay.  So I want to draw your attention to the paragraph on

3    the next page, page 53, where it says, "Where search gets

4    really interesting."

5    A.  Yep, I see.

6    Q.  Do you see that?  Okay.

7         And first I'm going to ask you to read that paragraph to

8    yourself.

9    A.  I've read that paragraph.

10    Q.  And does that fairly and accurately reflect a statement you

11    made to the Department of Justice at that seminar?

12    A.  It reflects, from my recollection, the statements I made at

13    the time of that event.

14    Q.  Okay.  And I'm going to read that one paragraph.

15         "Where search gets really interesting today, it is --

16    it's very easy, from a market definition perspective, to talk

17    about Google and Bing as search engines.  But Amazon is

18    increasingly considered a search destination.  Pinterest is

19    increasingly considered a search destination.  Facebook is a

20    search designation.  And all of these environments are where

21    you're buying search keywords."

22         Did I read that accurately?

23         MS. TRAGER:  The ruling was that it was hearsay, and

24    he's reading it directly into the record.

25         MR. SOMMERS:  My next question will be:  Does that

1    fairly reflect what you said at the conference?  It's not

2    someone else's statement.

3              THE COURT:  As a technical matter, this is hearsay,

4    it's out of court, if it's being introduced for the truth.  If

5    he disagrees with it, you can confront him with it.  And that's

6    what you're doing, I suppose, to some extent.  So he's

7    acknowledged that he said this statement.

8              MR. SOMMERS:  I'll move on.

9    MR. SOMMERS:

10   Q.  Let me show you a demonstrative, DXD3.005.

11             MS. TRAGER:  Copy?

12             MR. SOMMERS:  I've given you a copy already.  I'll

13   give you another one.

14   BY MR. SOMMERS:

15   Q.  This is a chart showing share of U.S. digital advertising

16   revenue from 2008 to 2022, just to orient you.

17        You with me?

18   A.  Yep.

19   Q.  And you told us that you've seen Amazon spend, through the

20   lens of your company, over the last five to seven years

21   increase, correct?

22   A.  That's correct.

23   Q.  And you've seen Facebook spend increase from IPG clients?

24   A.  That's correct.

25   Q.  And you've seen TikTok -- which is the pink one -- over the

1    last three years increase, correct?

2    A.   That's correct.

3    Q.   And by the way, in 2023, the trend with TikTok has

4    continued, the spend has continued to grow?

5    A.   Again, TikTok is a complicated one.

6    Q.   But can you answer my question?

7    A.   It's continued to attract advertiser spend.

8    Q.   Okay.  More advertiser spend than in 2022, correct?

9    A.   For us it's relatively flat.

10   Q.   Okay.  And in that same period of time has your experience

11   with Google been that Google spend has slowed and declined with

12   your clients?

13   A.   I wouldn't agree with that.

14   Q.   You would not agree from the IPG perspective that's not

15   been the case?

16   A.   That's not been the case.

17   Q.   Thank you.  TikTok is not the only recent development that

18   has impacted your business with your clients at IPG, correct?

19       That's a mysterious question.

20   A.   I'm not sure what the question is.

21   Q.   Have you heard of Chat GPT?

22   A.   Yes.

23   Q.   Do you recall, we all woke up one morning in February of

24   this year to this, sort of, frenzy over this release of Chat

25   GPT.  Do you remember that?

1   A.  I recall that everybody was talking about it.

2   Q.  And did you appreciate, when you heard about it, that this

3   new technology stood to have an impact on search and how you

4   advised your advertising clients?

5   A.  I would say the understanding, it would impact everything,

6   not just search.

7   Q.  Everything.  Do you know who Chris Schimkat is?

8   A.  The name rings a bell.

9   Q.  Do you recall that he's the global head of analytics at

10  Reprise?

11  A.  Yes.

12  Q.  Okay.  Thank you.

13       I'm going to ask you to take a look at DX3008 in your

14  binder.

15       Have you see this blog from Reprise before today?

16  A.  I haven't read it before today.

17  Q.  You've not seen it at all?

18  A.  No.

19  Q.  Let me just ask you about a couple of things in there, and

20  you can tell me whether you have any awareness or view on it.

21       Were you aware that Reprise -- withdrawn.

22       You oversee Reprise, correct?

23  A.  I oversee employees of Reprise.

24  Q.  Employees of Reprise?

25  A.  Correct.

1    Q.  Were you aware that Reprise, shortly after the release of

2    Chat GPT, put out a blog that described that event as -- this

3    is on page 2 of the document, at the very bottom -- as a

4    paradigmatic shift in search, as well as a core transformation

5    for how we source information?

6    A.  I mean, that's a statement from Schimkat.  I don't track

7    every, sort of, media comment that's given by staff.

8    Q.  Did you agree with that?  Did you agree at that time with

9    that sentiment?

10   A.  I'll preface it by I didn't endorse the sentiment and I

11   haven't read it before.  I would agree that Chat GPT will be

12   disruptive to the advertising industry.

13   Q.  Would you view it, like Mr. Schimkat did, as

14   transformational?

15   A.  I mean, I have a different view of -- I can't speak for

16   him.  I have a different view on transformational.

17   Q.  You're the guy in the box, as they say, so I'm just asking

18   you.

19   A.  It will have a significant impact.  It's hard to predict

20   right now what the impact will be.

21   Q.  Did you have -- withdrawn.

22         Did your clients contact you and ask you about, like,

23   what's this going to mean for me for this industry?

24   A.  It's a good question.  I can't recall clients necessarily

25   contacting us, asking what that means for the industry.  They

1    might have said, Hey, have you seen or read about Chat GPT,

2    what do you think?

3    Q.  Are you familiar with something called IPG Media Lab?

4    A.  Yes.

5    Q.  What's that?

6    A.  IPG Media Lab is a business unit within Mediabrands that

7    specifically focuses on innovative, early adoption products

8    that don't necessarily have scale.

9    Q.  Does it publish blogs or articles for IPG's clients to see?

10   A.  It publishes, sort of, public opinion pieces of our

11   clients.  So, anyone who subscribes to their newsletters.

12   Q.  During your testimony on direct this morning, you read from

13   a document that showed Google's market share up -- I think it

14   was 88.3 percent.  Do you remember that document?

15   A.  I remember that document.  I can't remember the exact

16   number.

17   Q.  I couldn't either, but that was my memory.  We can look at

18   it again.  But it was in the 80s, right?

19   A.  Yeah, 85 percent plus.

20   Q.  And do you know what -- do you recall what companies were

21   included to lead to that percentage?

22   A.  Vaguely.

23   Q.  Do you recall that it did not include Amazon, for example?

24   A.  I can't necessarily recall.  It would be unlikely to

25   include Amazon.

1    Q.  Do you recall it did not include TikTok or Facebook?

2    A.  Yes.

3    Q.  Let's go back quickly to DXD3.05, the digital ad spend

4    chart.  This is not a math test, sir.

5         But if we were to include just Meta, Amazon, Bing, and

6    TikTok, would you accept that the percentage goes down to 28

7    percent?

8    A.  No.

9    Q.  Okay.  Take that down.

10        You were asked about the expression ROI, do you remember

11   that?  Return on investment.

12   A.  Yes.

13   Q.  In your experience, is return on investment something

14   that's important to your clients?

15   A.  Clients look at ROI and ROA as return on ad spend.

16   Q.  Return on ad spend is ROAS?

17   A.  Correct.

18   Q.  We're all learning a lot of acronyms.

19   A.  Apologies.

20   Q.  Both of those are important to your clients, correct?

21   A.  Return on ad spend is typically looked at as a primary

22   measurement.

23   Q.  Is it your testimony that your clients do not care about

24   ROI?

25   A.  No, it's just that -- measurement of ROI requires

1    measurement of financial data confidential to a client's

2    business operations, which is not necessarily shared with other

3    marketing functions.

4    Q.  Maybe I was unclear.  I wasn't asking what was shared with

5    you.  I'm asking, from your perspective at IPG, in your view,

6    is return on investment important to your clients?

7    A.  It should be.

8    Q.  Your clients generally spend on ads across multiple

9    channels, is that right?

10   A.  That's correct.

11   Q.  And by channels, that relates to different ad types,

12   correct?

13   A.  I wouldn't define it as ad types.  That's probably where we

14   would argue semantics based on me working in the industry.

15   Channels would be defined as more radio.  Ostensibly, yes,

16   there are different ad types that can exist on different

17   channels.

18   Q.  Let me ask -- I'll take your definition.  Let me re-ask my

19   question:  Do your clients generally spend across multiple ad

20   formats on digital advertising?

21   A.  Yes, when they can.

22   Q.  And do you and your company recommend to your clients that

23   if one of those ad formats is not achieving ROI goals, that

24   they shift their ad spend budget to another ad format?

25   A.  The answer to that is complex because some ad channels you

1    can't actually flex spend away from.  So during a campaign it

2    might be underperforming, but there might not be the ability to

3    move the spend away from it.

4    Q.  Okay.  Then let me rephrase the question.  Do you advise

5    some of your clients that if a particular ad format is not

6    achieving their ROI goals, that they shift their ad spend to

7    another ad format?

8    A.  Only if it's possible to do so.

9    Q.  And you say only if it's possible to do so because that

10   would be preferred, if it's possible, is that fair to say?

11   A.  Again, it's complex.

12   Q.  Let me ask you to turn to DX411 in your binder.

13          MR. SOMMERS:  I believe this is in evidence, but

14   we're just checking, Your Honor.

15   BY MR. SOMMERS:

16   Q.  Do you recognize this as another one of these Reprise

17   source guides?

18   A.  Correct.

19          MR. SOMMERS:  Your Honor, I offer 411, if it's not

20   already in.

21          MS. TRAGER:  No objection, Your Honor.

22          THE COURT:  411 will be admitted.

23   BY MR. SOMMERS:

24   Q.  If you turn to page 2 of this document, at the very top it

25   says Key Principles.  Do you see that section?

1    A.   Yes.

2    Q.   And I want to draw your attention -- can we get that up on

3    the screen, please -- to the second paragraph that begins, "If

4    the performance."

5         Let's highlight that.  "If the performance measured is

6    across multiple channels and the client has a fluid approach to

7    budget allocation, we may recommend reallocating the budget to

8    the channel that has higher head room within the agreed KPIs.

9    For example, if paid social is performing well within the

10   target ROI, but paid search is not achieving the ROI, we may

11   recommend moving the budget to ensure we spend in the next most

12   efficient channel."

13        Do you see those words?

14   A.   Yes, I see those words.

15   Q.   Now, I'm going to follow up on a couple of the terms in

16   here because I want to make sure we're all together.

17        In the context of this document, multiple channels is

18   referring to different ad formats, because we can see that in

19   the example given of moving money from paid search to paid

20   social, correct?

21   A.   I'll say yes, but in this context it actually relates

22   specifically to performance, advertising that's bought on a

23   performance basis.

24   Q.   What is KPI?  We see that term here also.

25   A.   KPI is a key performance indicator.

1    Q.  Am I understanding this correctly, that Reprise, one of the

2    IPG companies, will advise its clients that, if possible, if

3    paid social is performing well, but paid search is not

4    performing so well, that they should move their budget from

5    paid search to paid social?  Am I understanding what this says

6    correctly?

7    A.  I mean, this is an internal training document, it's not a

8    client advise.  It's not a client advise.  It's a hypothetical

9    example.

10   Q.  Let me ask my question again.  Have I understood it

11   correctly, what it says?

12   A.  I would say yes.

13   Q.  So it's a training document, so IPG is training its

14   employees that this is what they should be telling clients,

15   correct?

16   A.  No.

17   Q.  What type of training is this for?

18   A.  This is to educate team members of Reprise how to think

19   about optimizing performance.

20   Q.  I'll try one last time.  Does Reprise train its employees

21   that it is appropriate to move budget, under certain

22   circumstances, from search to social, if search is not

23   achieving -- excuse me.  Withdrawn.  Let me try again.

24        Does Reprise specifically train its employees that it is

25   appropriate to move budget from search ads to social ads if the

```
 1   search ads are not achieving the desired ROI?

 2   A.  So we try and start to optimize performance, yes.  If your

 3   question is:  Do we train them to move between channels to

 4   optimize performance, the answer is yes.

 5   Q.  Thank you.  I take it your clients -- the reason they hire

 6   you is to take your advice, right, you hope?

 7   A.  One would hope.

 8   Q.  And, so, if you recommend to them to move ad spend from

 9   search to social because social is performing better, they

10   listen to you, right?

11   A.  One would hope.

12   Q.  And as we just saw in the document, the driver of whether

13   to make that shift from one format to another, at least in this

14   document, is described as ROI, correct?

15   A.  That's correct.

16   Q.  And the goal here is to shift or replace one ad type with

17   another in order to try to achieve the best possible ROI, is

18   that correct?

19   A.  That's correct.

20   Q.  Do you recall -- you used the word "substitute" or

21   "substitutable" this morning?

22   A.  I recall that it came up in conversation.

23   Q.  Do you remember at your deposition you were asked to define

24   that term?

25   A.  Yes.
```

1    Q.  Let me ask you to turn -- by the way, do you remember the

2    definition you gave?

3    A.  No, I do not.

4    Q.  Then I'm going to try to refresh your recollection.

5         If you could turn to page 222 in the transcript.  And I

6    would ask you to look at lines 20 to 25.

7    A.  Yes.

8    Q.  Have you had a chance to read that?

9    A.  Yes.

10   Q.  Does it refresh your recollection, sir, that substitutable

11   would mean a shift of budget from one to another?

12   A.  Based on the purpose I'm trying to achieve, yes.

13        MR. SOMMERS:  Just one moment, Your Honor.

14        (Pause.)

15   BY MR. SOMMERS:

16   Q.  Now, beyond you and your colleagues -- or, the training to

17   your employees to advise clients to make these shifts in ad

18   spend, IPG and its subsidiaries also have proprietary software

19   systems that will make those substitutions for your clients,

20   correct?

21   A.  They don't automatically make those substitutions.

22   Q.  Let me rephrase the question.  IPG has optimization

23   engines, correct?

24   A.  We have optimization tools.

25   Q.  And those tools will guide, among other things, shifting ad

1    spend from one format to another?

2    A.  They will make recommendations.

3    Q.  To clients or to --

4    A.  To us, like agency staff, not to clients directly.

5    Q.  And do you communicate those recommendations to clients?

6    A.  Depending on what the campaign objectives are and what --

7    like, subject to constraints for the campaign.

8    Q.  Will you communicate those recommendations to clients?

9    A.  Yes.  When we can, yes.

10   Q.  In those instances will your clients follow your advice, or

11   at least you hope they will?

12   A.  Sometimes they don't follow our advice.  We hope they do.

13   Q.  And sometimes they do?

14   A.  And sometimes they do.

15   Q.  Let me ask you to turn to DX3004 in your binder.

16        Now, this one has been marked confidential, so I'm not

17   going to put this up on the screen.

18        This is a presentation or a pitch that IPG made to a

19   potential client, is that right?

20   A.  Reading the document, I believe that's the case.

21   Q.  Okay.  And where I want to -- one of the things that IPG

22   informed its client, if you turn to the second -- excuse me,

23   page 8, there's a section called Optimization Engine.  Do you

24   see that?  At the bottom of page 8, going onto page 9?

25   A.  Yes.

1              MR. SOMMERS:  I would like to display that portion of

2      this document, but I want to wait for Mr. Snyder to have a

3      chance to look at it.

4              MR. SNYDER:  You're not going to identify the client.

5              MR. SOMMERS:  I'm not going to identify the client.

6              Let's put it up on the screen, starting at page 8, at

7      the bottom.

8      MR. SOMMERS:

9      Q.  "Optimization engine, what is it?"  Okay.  Now, you're

10     familiar with IPG's optimization engine, is that right?

11     A.  I'm familiar with the optimization engine.  It's a product

12     of Initiative, which is another agency within IPG.

13     Q.  Okay.  It's within the IPG family?

14     A.  It's within the IPG family.

15     Q.  The first bullet point is a realtime budget performance and

16     optimizer for the brand's inflight campaigns.  Do you see that?

17     A.  Yes.

18     Q.  And inflight means the campaign is already going on,

19     correct?

20     A.  Inflight is an industry term for a campaign that's running.

21     Q.  This is designed to optimize performance in realtime while

22     the campaign is going, correct?

23     A.  Correct.

24     Q.  And then the next bullet point says:  It's purpose-built to

25     provide insights about both businesses, outcomes, and media

1    performance.

2          And what does media performance refer to there?

3    A.  It -- ostensibly, it's referring to the relationship

4    between the cost of media and business outcomes, or ROI, or

5    return on ad spend.

6    Q.  And the third bullet point describes how -- it sounds very

7    detailed, but it performs a coefficient factor analysis to

8    identify targeting attributes that have the most positive or

9    negative impact on media performance in a channel.  And then it

10   lists some of the ad formats we've been talking about, correct?

11   A.  Correct.

12   Q.  That just means that what it's focused on is looking at

13   each of these channels, trying to assess where can I get the

14   biggest bang for my buck; is that fair?

15   A.  It's a generalization, but yes.

16   Q.  A fair one?

17   A.  I would say it's not a fair one because, again -- I don't

18   want to get into the technicalities of the way coefficient

19   models work, but you can set rules and constraints on

20   optimizing -- on optimization.  So, for example, digital --

21   like, out-of-home advertising you buy on a reservation basis

22   for a period of time.  Whether it's performing or not you can't

23   necessarily take it down and shift the money somewhere else.

24   So some things are hard-locked.

25   Q.  But on the digital one, things are a little more fluid in

1    terms of being able to shift, correct, digital ads?

2    A.  If it's not a direct IO buy, correct.

3    Q.  Let's go to the top of the next page.  And the next bullet

4    point describes how the optimization engine, quote,

5    Simultaneously it recommends budget reallocations away from

6    underperforming channels to outperforming channels for more

7    impactful business outcomes and better ROI verse in channel

8    optimization only.  Do you see that?

9    A.  Yes.

10    Q.  Let me just see if I understand this one.  The engine will

11    recommend moving spend from one ad format to another in order

12    to improve ROI; fair?

13    A.  Yes.  It also talks about -- I mean, all in-channel

14    optimization.

15    Q.  Within a particular channel?

16    A.  Within a particular channel.

17    Q.  And then the last bullet point is:  Performs pacing

18    analysis against any recommended budgetary shifts to ensure the

19    ability of a campaign to spend the budget.  What does that

20    mean?

21    A.  I apologize in advance for the complexity of our industry.

22    What this means is before, when I spoke about that there can be

23    hard locks on shifting budgets, there's a couple of things to

24    unpack here because these tools look across all advertising.

25    But certain advertising you cannot flex or move between

1    channels because -- you take TV, it's an upfront buy.  You're

2    committed to it, you can't pull that money out without

3    financial penalty.  There's other considerations that come into

4    mind.  So, other channels might not exist as a place to move

5    money into.  Because one of the things that we haven't spoken

6    about today is media requires assets, so the creative that goes

7    into the channel.  So if someone is not currently buying TV or

8    video advertising, you can't necessarily recommend they buy

9    video advertising because video assets don't exist to move into

10   that channel.

11   Q.  Got it.  Then this last couple I'm going to ask you about.

12   Can we go to the next paragraph?

13          THE COURT:  Can I ask a question?  The search

14   optimization, is one of the variables it considers a placing of

15   the advertisements?

16          THE WITNESS:  Yes.

17          THE COURT:  So if the optimization engine were to

18   recognize an increase in price of one channel of advertising,

19   can you give me a sense of how the optimization analysis might

20   change or not change?

21          THE WITNESS:  Yeah.  So again, apologies because

22   this -- it's not a simple answer.

23          THE COURT:  I didn't think it was.

24          THE WITNESS:  So, the challenge -- some pricing is

25   fixed, some pricing is auction-based and dynamic.  And one of

1    the factors you're looking at is return on investment, or
2    return on ad spend.  And so you're looking to sort of go, okay,
3    how much does it cost?  Are we driving the outcomes that we
4    need based on the campaign objectives?  And does it -- is price
5    more efficient by shifting between channels?  The complexity in
6    it is -- I know it's better to stick with auction-based
7    environments.  If there's a whole lot of competitor activity in
8    the market, that can drive up the auction price and, therefore,
9    it degrades return on investment, return on ad spend because
10   rules of supply and demand, the more you pay, the less
11   efficient it becomes.
12            THE COURT:  So say that were to be the case, that you
13   were in an environment where the auction model was driving up
14   pricing, can you share with me a -- so what channels might the
15   optimization suggest a shift, if at all?
16            THE WITNESS:  Well, again -- and this is the
17   complexity of the tools and where advertising is a mixture of
18   art and science.  So before you even would think about that,
19   you would step back and go, what's the factor that's actually
20   driving up the price?  So if there's an increase in competitor
21   activity, you wouldn't necessarily cede ground to a competitor,
22   you would just remain in the channel and explain to the client,
23   look, if we remove ourselves from here, there's a cost for you
24   because you could end up losing market share and opportunities.
25            In terms of if such was getting more expensive --

1    candidly, I've not had the experience where we would optimize

2    away from search.  Because, again, it's -- the difference

3    between search and other advertising is search you've got

4    multiple paid ads on a page, and more often or not you'll have

5    competitors -- we spoke earlier today about conquesting.  So to

6    pull your money away from there, even if price is increasing,

7    you're ceding opportunity to competitors.

8              THE COURT:  Thank you.

9              MR. SOMMERS:  May I continue?

10             THE COURT:  Yes, of course.  Thank you.

11   BY MR. SOMMERS:

12   Q.  I want to follow up on your answer to the judge.  We just

13   looked at an example from Reprise's own documents where the

14   example it gave was moving budget from paid search to paid

15   social.  Do you remember that document?

16   A.  I remember that document.

17   Q.  And your testimony is you're not aware of that ever

18   happening, even though that's the example that Reprise gives.

19   Did I understand that?

20   A.  That's correct.

21   Q.  Just a couple last points on the document we're currently

22   looking at, 3004.

23             The third bullet point in this paragraph provides cause

24   and effect analysis of the shift.  This gives a different

25   example.  This is shifting ad spend from display to social.  Do

1    you see that?

2    A.  Yes.

3    Q.  Okay.  Have you ever heard of that happening?

4    A.  I have heard of that happening.

5    Q.  And then the last bullet point is:  Typically leads to

6    between 10 percent to 30 percent lift in business outcomes.  By

7    "lift," improved?

8    A.  Improved performance.

9    Q.  Thank you.

10           MR. SOMMERS:  Your Honor, I didn't offer 3004, I

11    offer it now.

12           MS. TRAGER:  No objection, Your Honor.

13           THE COURT:  3004 will be admitted.

14    BY MR. SOMMERS:

15    Q.  Mr. Lowcock, can we agree that IPG and its subsidiaries or

16    affiliates are not the only agency with such proprietary

17    optimization tools, correct?

18    A.  Correct.

19    Q.  Would you agree that almost all, if not all, large

20    advertising agencies have similar type tools?

21    A.  I would reluctantly agree.  I would like to think our tools

22    are better.

23    Q.  In fact, there's not a single agency of any real size that

24    you can think of that does not have such optimization tools,

25    correct?

1    A.  Sorry, can you repeat the question?

2    Q.  I'll make it a little less grandiose.

3        Is there a single significantly-sized advertising agency

4    that you're aware of that doesn't have such optimization tools?

5    A.  Not that I'm aware of.

6    Q.  Thank you.  And have you noticed, sir, in your years of

7    employment at IPG, that more and more of your customers are

8    availing themselves of what these optimization engines advise?

9    A.  If you mean do they listen to the recommendations from the

10   engines?  Like one would hope.  Sometimes they do, sometimes

11   they don't.  Again, based on comments I made previously, which

12   is other market factors may mean that they would ignore the

13   recommendation.

14   Q.  All right.  I'm going to shift gears.

15       You testified this morning a little bit about SA360.  Do

16   you remember that?

17   A.  Yes.

18   Q.  So, one of the things I think you said this morning was

19   that SA360 doesn't have certain tools for Microsoft.  Is that a

20   fair characterization?

21   A.  Certain data.  Certain datasets.

22   Q.  Certain datasets.

23       You were asked about auction time bidding.  Do you

24   remember that?

25   A.  I remember that.

1    Q.  Now, SA360 has auction time bidding for Google ads, right?

2    A.  That's correct.

3    Q.  But you also do auction time bidding for Google on Google

4    ads directly, right?

5    A.  Like outside of SA360?

6    Q.  Yeah.

7    A.  I honestly can't recall.

8    Q.  You can also do auction time bidding on Microsoft's Native

9    Tool, correct?

10   A.  A form of that, yes.

11   Q.  You can also do auction time bidding on Skai, correct?

12   A.  I'm not as familiar with that product these days.  I assume

13   that's the case.

14   Q.  You testified that there's certain data that's only

15   available within SA360.  Do you remember that testimony from

16   this morning?

17   A.  Yes, I do.

18   Q.  And what you were referring to there was conversion data,

19   correct?

20   A.  And other Google datasets.

21   Q.  Let's start with conversion data.  Conversion data is

22   provided by the advertisers, correct?

23   A.  Yes.

24   Q.  Are you aware that Google is restricted from sharing

25   advertising data with other advertisers?

1   A.  So the answer is broadly, yes, but the IAB terms are

2   complicated.

3   Q.  Broadly, yes, is that what you said?

4   A.  Broadly, yes.

5   Q.  You testified this morning as a general rule you recommend

6   SA360 to your clients.  Do you remember that?

7   A.  Yes.

8   Q.  You told us in your experience clients don't switch SEM

9   tools, correct?

10  A.  Correct.

11  Q.  There's time and there's money involved.  We heard all

12  about that?

13  A.  Correct.

14  Q.  Let me ask you to turn to page 171 of your deposition.

15  Actually 170.  And please start at line 21 and read to yourself

16  onto 171, line 2?

17           MR. CHOKSI:  Objection.  What's this being used for?

18           THE COURT:  I don't know yet.

19           MR. SOMMERS:  First I'm going to try to refresh his

20  recollection.

21           MR. CHOKSI:  He didn't say something false.

22           THE COURT:  Let me take a look at what's going on

23  here.

24           MR. SOMMERS:  That's fair.  I'm not going to try to

25  refresh his recollection because counsel is right, he didn't

```
 1    have a failure of recollection.  I want to give the witness a
 2    opportunity to answer.
 3              THE COURT:  There was a question pending, why don't
 4    we start there.
 5              MR. SOMMERS:  I'll withdraw the question.  I've asked
 6    him to read the transcript to himself, let me start there.
 7              THE COURT:  That's typically -- ask the question
 8    first.
 9              MR. SOMMERS:  Okay.
10              THE COURT:  Mr. Lowcock, I'm going to actually ask
11    you to shut the transcript, close that up.
12              Ask him a question.  If he doesn't recall or if he
13    needs his memory refreshed, then you can turn to the
14    transcript.  If he says something inconsistent with what you
15    believe was said in the transcript, then you can confirm with
16    the transcript.
17    BY MR. SOMMERS:
18    Q.  I'll re-ask the question I asked a moment ago, sir.
19              Do you recall testifying this morning that as a general
20    rule you recommend SA360 to your clients?
21    A.  Yes.
22    Q.  And do you recall being asked this question and giving this
23    answer in your deposition:  Which search engine -- withdrawn.
24              Which search engine marketing tool does IPG license the
25    most on behalf of its clients?
```

1         Answer:  It's an excellent question.  I'm going to get

2    the names of them wrong because they -- they get acquired and

3    merged and changed all the time.  But historically the two

4    tools that we would use is Kenshoo and Marin.

5         Were you asked that question and did you give that

6    answer?

7    A.  Yeah, I recall that answer.

8    Q.  And, sir, you didn't mention SA360 in that answer, did you?

9    A.  No, I did not at the time.

10   Q.  Is it true that historically the two tools that IPG uses

11   with its clients is Kenshoo and Marin?

12   A.  Can you repeat the question?

13   Q.  Is it true that historically the two tools that IPG uses

14   with its clients is Kenshoo and Marin?

15   A.  There's some complexly to that answer.

16   Q.  I would appreciate -- if you can't answer it yes or no,

17   tell me.

18   A.  I can't answer it yes or no.

19   Q.  You were asked a little bit this morning about search query

20   reports.  Do you remember that?

21   A.  Yes.

22   Q.  Google actually puts online help pages.  You're familiar

23   with that, right?

24   A.  They have support pages, yes.

25   Q.  Support pages.  Thank you.

1          And these are pages that are publicly available for you,

2     your clients, or, quite frankly, anyone to go look at to

3     understand certain technologies, right?

4     A.  Yes.

5     Q.  Let me show you DX3014 in your binder.  Is this such a

6     reference source that Google puts out online?

7     A.  In the photo it says support.google.com which is, they have

8     support website.

9     Q.  Do you have occasion to read these support documents?

10    A.  I don't stay up-to-date with all of them, but on occasions

11    I do read them, yes.

12    Q.  Do you remember seeing this one, that discussed the

13    importance to Google of privacy?

14    A.  I recall, like, seeing this document.

15    Q.  You recall seeing it.

16              MR. SOMMERS:  Your Honor, I offer DX3014 in evidence.

17              MS. TRAGER:  No objection, Your Honor.

18              MR. SOMMERS:  Let's put that up on the screen.

19              MR. CHOKSI:  I think it's hearsay, Your Honor.

20              THE COURT:  What's it being offered for?

21              MR. SOMMERS:  Now that there's an objection, I'm

22    happy to use it in a different way.  I won't offer it.  I'll

23    withdraw the offer, but I'll -- since the a witness is familiar

24    with it, I'll ask a couple questions about it.

25    BY MR. SOMMERS:

1    Q.  Let me back up one sec.

2         Would you agree, Mr. Lowcock, that there's a tension

3    between advertisers wanting as much information about users on

4    the one hand, and users wanting to maintain some privacy on the

5    other?  There's some tension there?

6    A.  There may or may not be tension.

7    Q.  Well, let me break it down then.  Would you agree that

8    advertisers are trying to get as much information about users

9    as possible, so they can more effectively target ads?

10   A.  It's not necessarily about targeting ads.

11   Q.  Just so I have it clear, your view is that advertisers are

12   not interested in getting as much information about users as

13   possible?

14   A.  My view, and I'll be candid, which is advertisers are

15   interested in obtaining information about users because in some

16   instances they want to have relationships directly with

17   customers themselves, because they might sell direct to

18   consumers, they might want that data to improve their

19   advertising effectiveness or for market research for other

20   purposes.

21   Q.  There are a variety of reasons why advertisers would want

22   user information?

23   A.  Yes.

24   Q.  In your experience, do users express an interest at least

25   in having some amount of privacy from advertisers getting that

1    information?

2    A.  Depends on the category.

3    Q.  Okay.  You testified this morning that there came a time

4    when there was less -- I think the word you used "visibility"

5    in the information Google was given and Google articulated

6    privacy concerns as its reasons.  Do you remember that this

7    morning?

8    A.  Yes, I do.

9    Q.  And are you familiar with something called clean rooms?

10   A.  Yes, I am.

11   Q.  One of your related companies has a clean room, right,

12   that's Axiom?

13   A.  Yes, broadly speaking.

14   Q.  Can you describe to the Court what a clean room is?

15   A.  Give me a moment to think of the best way to describe it.

16       If you imagine that there's two different companies

17   that don't want to share their information with each other, but

18   they want to actually compare the datasets or something about

19   their customers.  So clean room is effectively an independent

20   third party or a neutral party that can allow the analysis to

21   be done without party A and Party B sharing the data directly

22   with each other.

23       So you place it into the clean room.  The party

24   that's operating the clean room either conducts the analysis

25   for you, or you can access the clean room and do the analysis,

1    but you actually don't have access to the raw data yourself.

2    Q.  An example the clean room is used for, if there's

3    insufficient click data -- in other words, a user could

4    actually be identified -- one of the things the clean room

5    would do is anonymize who that person is before the information

6    goes to the advertiser?

7    A.  Again, there's a complex answer to that because what you're

8    talking about is ostensibly what data is provided into the

9    clean room.  You may or may not provide customer data into a

10   clean room.

11   Q.  And you're aware that Google is not the only company that

12   has made changes to its platforms to try to accommodate or be

13   sensitive or appropriately address privacy considerations, and

14   other platforms do that too, right?

15   A.  The industry as a whole is making efforts towards changing

16   the way things work because of privacy regulations.

17   Q.  In fact, Amazon also created a clean room.  Are you aware

18   of that?

19   A.  Yes.

20   Q.  You're aware that Facebook created a clean room?

21   A.  Yes.

22   Q.  So this is really an industrywide movement, right?

23   A.  Yes.

24   Q.  And you have your own, too?

25   A.  Yes.

1    Q.   Okay.  I want to ask you just a few questions about the ad

2    auction.  You described the reserve price, the floor, the

3    basement this morning, right?

4    A.   Yes.

5    Q.   Is it your understanding that the reserve price is

6    determined by the marketplace?

7    A.   There's multiple factors that determine the price.

8    Q.   Do you recall, sir, being asked at your deposition how the

9    reserve price was determined?

10   A.   I'm assuming it came up in the deposition.  I can't recall

11   what statements I made.

12   Q.   Let me just ask you to look at page 108, at lines 5 through

13   9.

14   A.   Sorry, what was --

15   Q.   108, it's 5 through 9.  Just read that to yourself for a

16   moment.

17   A.   Yes.

18   Q.   Does that refresh your recollection that you were asked at

19   your deposition about who sets the reserve price?

20   A.   Yes.

21   Q.   And who sets the reserve price, sir?

22   A.   I said it's determined by the marketplace, but it's

23   provided to us by Google.

24   Q.   Does Google provide you with information as to how that

25   reserve price is set?

1    A.  It provides incomplete information.

2    Q.  It provides you something called a quality score, correct?

3    A.  And quality score is an input into price.

4    Q.  I think you said this morning you had no visibility into

5    how Google determines the cost of an ad.  Do you recall that?

6    A.  Yes.

7    Q.  It provides you with the quality score, right?

8    A.  It's -- it's one data point.  It's not the entire set of

9    data points.

10   Q.  It provides you with information about how it calculates

11   the quality score, correct?

12   A.  It broadly describes how it calculates the quality score,

13   yes.

14   Q.  It provides advertisers with guidance on how it can use

15   quality score, how it can improve advertising performance,

16   correct?

17   A.  Again, quality score is one data point that determines the

18   auction.  So, yes.

19   Q.  And you inform your clients of all of that, isn't that

20   right?

21   A.  As -- because quality score requires SEO, we have -- SEO is

22   search engine optimization -- we have conversations with

23   clients about quality scores.

24   Q.  I've just handed -- Ms. Trager has just handed back to you

25   the government binder.  I'm asking you to turn to UPX -- UPX450

```
1    is the document.  And turn to page 28 of that document.  Let's

2    put that up on the screen, please.

3                 THE COURT:  Sorry.  Can I get the Exhibit number

4    again?

5                 MR. SOMMERS:  Yes.  The exhibit, Your Honor, is

6    UPX450.

7                 THE COURT:  Okay.

8                 MR. SOMMERS:  In the DoJ binder.

9    BY MR. SOMMERS:

10   Q.  And this says, at the top:  How does it work?  How is the

11   CPC determined in auction.  Do you see that?

12   A.  Yes, I do.

13   Q.  Okay.  Now, we see a bunch of stuff here.  First we see

14   something referred to as the second-price auction.  Do you see

15   that?

16   A.  Yes.

17   Q.  And that just refers to the fact that the winner is paying

18   the second bid, is that right?

19   A.  Broadly speaking, yes.

20   Q.  Okay.  And if we could go to the next page, page 28.

21        This is a discussion that IPG sends to its clients about

22   bid and quality score, correct?

23   A.  Correct.

24   Q.  It describes each of the various factors that will factor

25   into bid and quality score, correct?
```

1  A.  Correct.

2  Q.  So you at least have enough visibility into how Google is

3  determining pricing that you can communicate something to your

4  clients, right?

5  A.  I'll say there's some information.

6  Q.  Okay.

7  A.  It's incomplete.

8  Q.  I just wanted to make clear that this morning your

9  testimony was you had no information.  Are you prepared to

10  modify that answer?

11  A.  I'm prepared to say that we have limited information

12  available to us.

13  Q.  Thank you.  Let me just ask you one last thing about CPC --

14  that's cost per click, right?

15  A.  Correct.

16  Q.  Would you agree with me, that CPC going up may or may not

17  impact ROI?

18  A.  Correct.

19  Q.  Let me just break that down.  If CPC is going up and

20  quality is not also going up, then ROI will go down, right?

21  A.  I'm not sure what you mean by "quality."

22  Q.  When you testified this morning that CPC prices have

23  generally gone up, over what period of time were you referring

24  to?

25  A.  Since I've started working in the industry to the present

1    day.

2    Q.  And just one last try on this ROI connected point.

3        CPCs going up does not necessarily mean that ROI is

4    going down, correct?

5    A.  It can mean that ROI is going down.

6    Q.  And it can mean the opposite too, right?

7    A.  It's -- it's complicated.

8    Q.  Okay.  Are you aware that Google has more than 100 ads

9    quality launches each year?

10   A.  Sorry.  Can you repeat?

11   Q.  Are you aware that Google has more than 100 ads quality

12   launches each year?

13   A.  I'm not really sure I understand the -- so --

14   Q.  Let me rephrase.  Are you aware that Google has millions of

15   advertising customers?

16   A.  Yes.

17   Q.  And are you aware that when Google launches changes to

18   auction, that it can have a variety of impacts on different

19   customers?  Are you aware of that?

20   A.  I would accept that that would be true.

21   Q.  It would be true.

22       And I take it that you appreciate the challenge Google

23   would face if it tried to determine for each of its millions of

24   customers, what each launch meant for that individual customer?

25   You appreciate that would be a rather large undertaking?

1    A.  It's a large undertaking.

2    Q.  At the end of the day, sir, whether CPC prices are going up

3    in a particular period of time or not, it is up to the

4    individual advertiser to determine what they're willing to bid

5    in the ad auction, correct?

6    A.  It's up to the advertiser to determine what they're

7    prepared to pay, yes.

8    Q.  And last one on this point:  Search text ads are no more

9    expensive on Google then other search engines, correct?

10   A.  I mean, it depends on the category.

11   Q.  You can't answer that question?

12   A.  I can't answer that question.

13   Q.  Can you turn to page 107 of your deposition transcript?

14   And I would ask you to look at lines 15 through 17.

15            MR. CHOKSI:  Your Honor --

16            THE COURT:  Sorry, what's the page and line numbers

17   again?

18            MR. SOMMERS:  Page 107, lines 5 through 17.

19            MS. TRAGER:  Your Honor, given the question that was

20   just asked, it might be more appropriate to start at line 10.

21            THE COURT:  Sure.

22   BY MR. SOMMERS:

23   Q.  As I said several times, you should feel free to read

24   before, after to put it in context.

25            Now, a moment ago you told me it was too complicated to

1    give me an answer to my question of whether search text ads on

2    Google are any more expensive than other search engines.  Do

3    you remember that testimony from a moment ago?

4    A.  Yes, I do.

5    Q.  Do you recall being asked this question and giving this

6    answer:

7        Question:  Are search text ads more or less expensive on

8    Google than other search engines?

9        Answer:  No.

10       MR. CHOKSI:  Objection.  This is inconsistent, is

11   that what he's offering it for?  It's two different questions.

12       THE COURT:  It's appropriate impeachment.

13   BY MR. SOMMERS:

14   Q.  Do you remember being asked that question and giving that

15   answer?

16   A.  Yes.

17   Q.  And, sir, do you -- is it your position today that Google

18   ads are no more expensive -- Google search text ads are no more

19   expensive than those on other search engines?

20       THE COURT:  I mean, I'm looking at this again and

21   it's a differently worded question than what you asked.  He was

22   asked:  Are search text ads more or less expensive on Google

23   than other search engines?  His answer was:  No.

24       It's not clear to me it's actually responsive to your

25   question, at least as it's phrased.  I don't know if it's a

```
 1    transcription error or not, but --
 2              MR. SOMMERS:  We got the record.  I'll move on.
 3              THE COURT:  I don't know that he answered the next
 4    question, if you want to ask it.
 5    BY MR. SOMMERS:
 6    Q.  Let me put it to you one more time.  Maybe eliminate any
 7    confusion.
 8        I'm just curious.  Do you believe that Google search
 9    text ads are more expensive to advertisers than search text ads
10    are on another search engine?
11    A.  For certain categories, yes.
12    Q.  For other categories?
13    A.  For some categories, it's line-bold.  It's line-bold, like
14    it's about equivalent.
15              MR. SOMMERS:  If I could have a moment, Your Honor.
16              (Pause.)
17              MR. SOMMERS:  Judge, no further questions.
18              THE COURT:  All right.  Terrific.  Thank you,
19    Counsel.
20              Let's go ahead and take our afternoon break.  It's a
21    little before 3.  We'll come back and complete the redirect and
22    then conclude with this witness.  So we'll resume at 3:15.
23              (Recess.)
24              THE COURT:  All right.  Ms. Trager, redirect
25    examination.
```

 1              MS. TRAGER:  Thank you, Your Honor.

 2                     REDIRECT EXAMINATION

 3      BY MS. TRAGER:

 4      Q.  Just a few more questions, Mr. Lowcock.

 5              Defense counsel asked you about how you define

 6      substitutable.  Do you recall that?

 7      A.  Yes.

 8      Q.  And asked you if substitutable would mean shifting budget

 9      from one channel to another.  And you responded:  Based on the

10      purpose I'm trying to achieve, yes.  Do you recall that?

11      A.  Yes.

12      Q.  Could you explain that?

13      A.  Yes.  So, we'll get back to the debated marketing funnel

14      driving awareness.  And so the ability to substitute or shift

15      spend between channels really depends on what you're trying to

16      drive in the funnel.  The other part of that -- and I believe I

17      referenced it in my deposition -- is different channels can

18      drive different sorts of behavior as well.

19              So you wouldn't necessarily move out of a channel

20      that -- that might individually look like it's not performing

21      because you know it actually contributes to driving media

22      performance everywhere.  And as I've said previously in my

23      testimony, consumers don't consume media in a vacuum.  So they

24      experience different types of media and there can be hard locks

25      on what we can and can't shift based on budget constraints or

1    how we bought media or access, or lack of access, to the assets

2    needed to move into a different channel.

3    Q.  Can a billboard also drive awareness and purchase?

4    A.  Yes.

5    Q.  Would you consider billboards substitutes for search ads?

6    A.  No.

7    Q.  In response to some questioning from defense counsel, I

8    heard you reference the fact that certain data or measurement

9    of data are not always shared with your marketing function.  Do

10    you recall saying that?

11    A.  Yes.

12    Q.  Did you mean ROI is difficult to measure in certain

13    circumstances?

14    A.  Again, because ROI requires confidential client

15    information, we might not be -- the client might not share that

16    data with us, nor would it then be provided to third parties to

17    optimize ROI.

18    Q.  Would that make it more difficult to measure ROI

19    accurately?

20    A.  Yes.

21    Q.  You were asked some questions by counsel about this chart,

22    a brief history of digital advertising.  Do you recall those

23    questions?

24    A.  I recall that chart.

25    Q.  Does digital advertising include more than just search

1    advertising?

2    A.  Yes.

3    Q.  What else is included in digital advertising?

4    A.  Display, video, audio, there's digital out-of-home.

5    Q.  And you also mentioned that some of your clients are

6    investing more on Amazon, is that right?

7    A.  That's correct.

8    Q.  And the -- that's only some of your clients, those that

9    advertise on Amazon, is that right?

10   A.  It's only some of our clients.

11   Q.  And are some of your clients investing more on TikTok?

12              MR. SOMMERS:  Objection.  Leading, Your Honor.

13              THE COURT:  Sustained.  Rephrase the question.

14              MS. TRAGER:  Sure.

15              THE COURT:  Well, actually, that's actually an okay

16   question.  It's not leading.

17   BY MS. TRAGER:

18   Q.  Are some of your clients investing more on TikTok?

19   A.  Some.  As I said in my previous testimony, TikTok is

20   complicated.

21   Q.  And are those --

22              THE COURT:  Can I ask why?  You said that earlier.

23   Can you explain why TikTok is complicated?

24              THE WITNESS:  TikTok is complicated because there's

25   ongoing debate, both in regulatory circles and in the industry,

1    about the foreign ownership of TikTok and the potential

2    national security risks of TikTok.  So certain clients have an

3    aversion of being embroiled in any public debate about

4    advertising on TikTok.

5    BY MS. TRAGER:

6    Q.  For those advertising clients that are increasing their

7    spend on Amazon and TikTok, are those advertisers also

8    increasing spend on search advertising?

9    A.  Yes.

10    Q.  And are all of your advertising clients increasing their

11    search advertising spend?

12    A.  Yes.

13         MS. TRAGER:  No further questions, Your Honor.

14                   REDIRECT EXAMINATION

15    BY MR. CHOKSI:

16    Q.  Just one question.  Well, maybe two.  Sorry.

17         You testified earlier on cross about the historical SEM

18    provider that IPG uses, being Kenshoo and Marin.  Do you

19    remember that?

20    A.  Yes, I do.

21    Q.  Your answer was that it's complicated?

22    A.  Yes.

23    Q.  Can you explain how it's complicated?

24    A.  The reason why it's complicated is Kenshoo and Marin also

25    provide functionality outside of SEM tools.  So Kenshoo and

1    Marin can be used to buy social media or manage social media

2    spends, if you buy the appropriate license on those platforms.

3              MR. CHOKSI:  That's all.  Thank you.

4              THE COURT:  Can you help me understand what you mean

5    by that?  In other words, those two items are something more

6    than an SEM tool.

7              THE WITNESS:  They're something more than an SEM

8    tool.  You can license them primarily as an SEM tool, you can

9    also use them as an SEM tool and they have a substantive

10   functionality that is also a social media management buying

11   tool.

12             THE COURT:  I see.  So you can buy social media ads

13   directly through Kenshoo and Marin?

14             THE WITNESS:  Yes.  You need to think about sort of

15   like Microsoft Office having different components, one of their

16   components is a SEM tool, one of their components is a social

17   media buying tool.

18             THE COURT:  Understood.  That's all.  Thank you, sir.

19             Thank you for your time and your testimony, sir.

20             THE WITNESS:  Thank you.

21             THE COURT:  Safe travels.

22             MR. DAHLQUIST:  Good afternoon, Your Honor.

23             THE COURT:  Good afternoon.

24             MR. DAHLQUIST:  David Dahlquist on behalf of the

25   United States.

```
 1              If you can give us a moment to transition, we will
 2     transition.
 3              MS. WASZMER:  Good afternoon, Your Honor.  Wendy
 4     Waszmer on behalf of Google.
 5              Mr. Dahlquist and I have had some conversations about
 6     confidentiality for Dr. Juda.  I believe the substance of the
 7     questions will ask more about Google's ad auction.  So, I think
 8     we've worked out any issues with regard to the exhibits.  Some
 9     of the things that we've still redacted are numbers,
10     percentages, non-public.
11              And what we've agreed upon is let's see how far we
12     can go.  Like with every witness, our preference is that we do
13     it all in public.  But I will be standing up slowly if I sense
14     that there's something really proprietary that's coming out and
15     we'll see how it goes.
16              THE COURT:  Thank you.
17              MR. DAHLQUIST:  And I will say, for full record, we
18     do intend to do this entire examination in open.  And I thank
19     Ms. Waszmer and her team for being able to facilitate that.  I
20     am going to dancing on the head of a pin a couple times, but
21     we'll do our best to keep it open.  There might be one or two
22     documents we would keep for a very limited set.  But I think
23     we're able to do it.
24              But since some of this just happened in the last hour
25     or two, the documents may not tie together on the display.  So
```

1    we will have them in the binders though and we'll see what we

2    need to do.

3              THE COURT:  Okay.

4              MR. DAHLQUIST:  But get ready for a deep dive into

5    ads auction.  Best way to spend an afternoon.

6                            ADAM JUDA,

7    was called as a witness and, having been first duly sworn, was

8    examined and testified as follows:

9              THE COURT:  Mr. Juda, welcome.

10             Whenever you're ready, Mr. Dahlquist.

11             MR. DAHLQUIST:  Thank you, Your Honor.

12                       DIRECT EXAMINATION

13   BY MR. DAHLQUIST:

14   Q.  Hello, Mr. Juda.  My name is David Dahlquist and I

15   represent the United States Department of Justice.  Good to

16   meet you.

17   A.  Likewise.

18   Q.  We've never met before, correct?

19   A.  That is correct.

20   Q.  I understand you have a Ph.D.  Do you prefer to be called

21   Mr. Juda or Dr. Juda?

22   A.  I defer to your preference.  Most will refer to me as

23   doctor.  But, frankly, most people call me Adam.

24   Q.  Well, I don't have a Ph.D., so I'll refer to you as

25   Dr. Juda, if that's okay?

1    A.   Sure.

2    Q.   For purposes of the Court, what's your Ph.D. in?  Or -- yes,

3    what's your Ph.D. in?  What did you do your dissertation on?

4    A.   So the program was information technology and management.

5    It was a program that was jointly sponsored by Harvard School

6    of Engineering and Applied Sciences, as well as the Harvard

7    Business School.  Most of my dissertation was focusing on

8    auction design, primarily studying eBay auctions, as well as a

9    proposal for the FAA on how to allocate airport landing rights

10   at congested airports within the United States.

11   Q.   Thank you, sir.

12        Dr. Juda, you were deposed three separate times in this

13   matter in October of 2021.  To you vaguely recall that?

14   A.   Vaguely, yes.

15   Q.   October 14, 15, and October 19.  Does that ring a bell?

16   A.   That sounds correct.

17   Q.   And you are currently the Vice President of Project

18   Management at Google, correct?

19   A.   Product Management.  I've been involved in product

20   management.  Otherwise, yes.

21            THE COURT:  I'm sorry.  Could you just -- your title

22   was what?

23   A.   Vice President of Product Management.

24            THE COURT:  Oh, product.  Okay.

25   BY MR. DAHLQUIST:

```
 1    Q.  What is the product that you manage?

 2    A.  The search ads quality system.

 3    Q.  And you first joined Google in the fall of 2007, correct?

 4    A.  That is correct.

 5    Q.  And you've held a variety of positions at Google, but all

 6    have been related to the search ads in various flavors,

 7    correct?  The search ads business.

 8    A.  That sounds fair.

 9    Q.  And you've held your current position since the fall of

10    2020, correct?

11    A.  Yes.

12    Q.  You've been promoted numerous times throughout your career

13    at Google, correct?

14    A.  Can you define "numerous"?

15    Q.  How many times have you been promoted?

16    A.  I think seven.

17    Q.  Seven equals numerous.  Do we agree?

18    A.  I'm happy to agree with that, if that works for you.

19    Q.  And you're also currently the manager or supervisor for a

20    number of other product managers in the search ads quality

21    group, correct?

22    A.  So that was true through a few months ago.  Over the past

23    few months I've started to transition to an individual

24    contributing responsibility, but in the same area.

25    Q.  What does it mean to have an individual contributing
```

1    responsibility?

2    A.  So many of my reports in organization now report to one of

3    my peers within Google.  But I continue to be a launch approver

4    and someone who's working with the engineers to try and

5    innovate on the system.

6    Q.  Sir, I would like to talk -- Dr. Juda, I would like to talk

7    to you today about some of the products, the search engine

8    products that are sold at Google.

9        Let's define a few terms.  And this is going to continue

10   throughout the day and probably tomorrow.  Whenever we

11   encounter a term that we need to define, please let me know and

12   we'll make sure we define it for the Court.

13       Let's start simple.  A SERP is a search engine results

14   page, correct?

15   A.  Correct.

16   Q.  And a CPC is a cost per click, correct?

17   A.  It stands for a cost per click.  What it can mean can vary

18   depending on the circumstance.

19   Q.  You would agree that a CPC, or cost per click, is the

20   amount that an advertiser will be charged if a user clicks on

21   an ad in response to a search query, correct?

22   A.  That's certainly one of the interpretations.

23   Q.  You also define search ads as an advertisement that's

24   served in response to user intent, correct?

25   A.  I believe so.

1    Q.  And for you, in the search ads business, the most common

2    flavor of user intent is when a user enters a query into the

3    Google search box, correct?

4    A.  It's certainly a common one.  I'm not sure on the

5    statistics if it's the most common one in practice.

6    Q.  At Google you believe that a common form of user intent is

7    when a user inserts a search query into the search box,

8    correct?

9    A.  Correct.

10   Q.  If we can put up UPX32.

11           MR. DAHLQUIST:  And, Your Honor, the other -- the

12   good news today, I believe every document we're going to be

13   using is already in evidence.  And every document is fully

14   public, but there will be some limitations with redactions as

15   we go through.  But UPX32 is in evidence.

16           MS. WASZMER:  Can we have a copy?

17           MR. DAHLQUIST:  Yes.  I apologize.

18           Your Honor, permission to approach.

19           THE WITNESS:  Thank you.

20   BY MR. DAHLQUIST:

21   Q.  Mr. Juda, I've handed -- Dr. Juda, I've handed you a binder

22   with a variety of documents.  They should be numbered

23   consecutively as we go through.  They all begin with this

24   wonderful label, UPX and then a number behind it.  So as we go

25   through, you should be able to guide to it.  If you can't find

1     it, just let me know and we'll make sure we get to it.

2          The first one we're going to start with is UPX32, which

3     should be in the first quarter of the binder.  Let me know when

4     you've found it.

5     A.   I have.

6     Q.   And, sir, UPX32 is a document entitled ad formats on

7     Google.  Have you ever seen this before?  Does this appear to

8     be something that would be produced by your group or someone in

9     your group?

10    A.   May I take a moment to browse this?

11    Q.   Of course.

12    A.   Thank you.

13    Q.   We're just going to focus on the first three or four pages.

14         (Pause.)

15    A.   So I don't believe I've seen this deck before.  It's hard

16    to say if this would have been authored by someone within my

17    group or someone, perhaps, adjacent to my group.

18    Q.   Let's turn to page 2, which the title is Text Ad.  And

19    would you agree that there is an example of a text ad that

20    shows a Google search engine results page?

21    A.   It does appear so.

22    Q.   And a search ad here, it identifies a few components.

23    Location is on a SERP, or the search engine results page,

24    correct?

25    A.   So this is labeled as a text ad, rather than a search ad.

1    Otherwise, you're correct.

2    Q.  But a text ad appears on a search engine results page,

3    correct?

4    A.  It can.

5    Q.  And the interaction is a click.  Do you, looking at this

6    document, have an understanding of the meaning "interaction"?

7    A.  I do.

8    Q.  What's your understanding?

9    A.  So, I believe this is trying to say that the advertiser

10   would incur an expense if a user were to click on this ad.

11   Q.  And the last line says, Revenue Recognition.  Is the

12   interaction similar to the revenue recognition, a click?

13   A.  I believe so.

14   Q.  And bidding -- we'll get into more of this deeper, but

15   bidding would be a part of an auction process, correct?

16   A.  So usually I think of it as happening prior to the auction

17   process, from a flow perspective.

18   Q.  Understood.  And it says CPC, which is a cost per click, is

19   the method at which an advertiser would bid for a text ad in

20   this example, correct?

21   A.  One of multiple bidding methods that are enumerated here.

22   Q.  Is tCPA a form of automated bidding?

23   A.  It is.

24   Q.  And there could be other ways that an advertiser could bid

25   on a text ad, correct?

1    A.  That is correct.

2    Q.  But is CPC the most common way that an advertiser bids for

3    a text ad?

4    A.  These days, I'm not sure.

5    Q.  This document is UPX32, is dated 2020.  As of 2020 do you

6    believe the most common way that an advertiser would bid on a

7    text ad is through a CPC?

8    A.  I'm not sure.

9    Q.  Sir, you defined a text ad --

10              THE COURT:  I'm sorry, Mr. Dahlquist.

11              MR. DAHLQUIST:  I'm sorry.  Please.

12              THE COURT:  What do you mean, bid through a CPC?  In

13   other words, that's the primary variable through which a bid is

14   entered?

15              THE WITNESS:  So one of the options available for

16   advertisers is they can express a maximum willingness to pay

17   per click.  It's usually referred to as max CPC bidding, rather

18   than CPC bidding.  I'm assuming that's what this document is

19   referencing.

20              THE COURT:  Got you.  Okay.  That I've heard of.

21   Thank you.

22              THE WITNESS:  You're welcome.

23   BY MR. DAHLQUIST:

24   Q.  Dr. Juda, staying with this example, you define a text ad

25   as an advertiser ad format that is relatively rich in text

1    content and presented in response to a specific query or user

2    intent, correct?

3            MS. WASZMER:  Were you reading from a document or

4    transcript?

5            MR. DAHLQUIST:  I'm asking a question.

6            MS. WASZMER:  Okay.  Thank you.

7    BY MR. DAHLQUIST:

8    Q.  Sir, let me repeat the question.

9    A.  Thank you.

10   Q.  Sir, would you define a text ad as an advertiser ad format

11   that is relatively rich in text content and presented in

12   response to a specific query or user intent?

13   A.  I'm not sure those would be the exact words I would use,

14   but they sound fair to me at first blush.

15   Q.  Okay.  I want to make sure that you're very comfortable.

16   So let's -- I'll ask the question again.  If there's any piece

17   of it that you don't agree with, please let me know.

18           But, sir, would you agree and define a text ad as an

19   advertiser ad format that is relatively rich in text content

20   and presented in response to a specific user query or user

21   intent?

22   A.  That sounds fair.

23   Q.  And, sir, would you also agree that a text ad generally

24   includes three things?  One -- we'll break it down one by one.

25   Would you agree that a text ad generally includes, one, a

1    title, to the text ad?

2    A.  Title could be multiple things.  In the context of this, I

3    think there is a title.  We may not be thinking of the same

4    thing when referencing that term.

5    Q.  Let me ask the broader question, then we can break it down

6    as needed.

7         Would you agree that a text ad generally includes, one,

8    a title to the text ad; two, text body; and, three, a link to a

9    website?

10   A.  That sounds fair to me.

11   Q.  Text ads can be purchased by any approved advertiser on

12   Google, correct?

13   A.  So, usually I don't think of advertisers as being approved.

14   But otherwise, what you're saying sounds fair.

15   Q.  There's some advertisers that violate Google's internal

16   policies and practices and they're not permitted to advertise

17   on Google, correct?

18   A.  Depending on how egregious the violations would be.

19   Q.  The text ads can be purchased by any type of advertiser

20   that's selling a service or a product, correct?

21   A.  So we don't permit the promotion of any product and service

22   under the sun.  There's a limited subset of things that we'll

23   permit.

24   Q.  That's where I insert the word "approved."  You would agree

25   that any advertiser who is approved by Google can purchase a

1    text ad, whether it's a product or a service, correct?

2    A.  So, I guess usually my mental model is less that the

3    advertiser is approved, versus they haven't been disapproved.

4    I appreciate it probably has a similar outcome in practice.

5    Q.  So let's make sure we got it.  So would you agree that any

6    non-disapproved advertiser can purchase a text ad for the sale

7    of any good or service on Google?

8    A.  Provided those goods and services are policy compliant,

9    yes.

10   Q.  Let's turn to the next page, which are shopping ads.  So

11   staying on UPX32, page 3.  Would you agree this is an example

12   of shopping ads on Google?

13   A.  It appears to be the case, although usually I refer to

14   these as product listing ads, myself.

15   Q.  Product listing ad, also known as a PLA, are synonymous,

16   correct?

17   A.  They are in my mind.

18   Q.  And would you agree that a shopping ad is a type of an ad

19   format where the advertiser can include a picture of a product,

20   together with other information, such as a price?

21   A.  So that's probably a bit too general because images can

22   also be included in text ads as an optional format.

23   Q.  My question wasn't about text ads.  We can go back a

24   minute.  But we can ask the question about shopping ads.  Would

25   you agree that a shopping ad is a type of an ad format where

1    the advertiser can include a picture of a product, together

2    with a price?

3    A.  Yes.

4    Q.  UPX32, page 3 here has an example of a shopping ad with

5    additional information; the location, it appears on a search

6    engine results page, correct?

7    A.  I'm sorry.  You referenced to page 3?  Can you please

8    give --

9    Q.  I'm in the same document.  We're looking at -- it's UPX32.

10    The title is Shopping Ads.  The Bates number -- we'll look at

11    numbers on the bottom of the right-hand side sometimes if we're

12    confused.  This one ends in 145.

13    A.  Okay.

14    Q.  Are we in the same place?

15    A.  Yes, I'm on the same slide.

16    Q.  Great.  And it gives some additional information as to the

17    location, interaction bidding, and revenue recognition for a

18    shopping ad.  Do you see that?

19    A.  I do.

20    Q.  And a shopping ad appears on a search engine results page,

21    correct?

22    A.  It can.

23    Q.  And the interaction or revenue recognition is also a click,

24    correct?

25    A.  Correct.

1    Q.  And a bidding here, a bidding also can occur most commonly

2    with a CPC, correct?

3    A.  I'm not sure if CPC is the most common for that format.

4    Q.  Are you aware if, in 2020, when this document was produced

5    by Google, if CPC was the most common?

6    A.  I'm not sure.

7    Q.  Okay.  Shopping ads are only used to advertise products,

8    correct?

9    A.  I believe so.

10   Q.  Are you familiar with the term "display ads"?

11   A.  I am.

12   Q.  And in your role for the search ads quality group at

13   Google, you do not have any direct responsibility for display

14   ads at Google, correct?

15   A.  I guess it depends on the definition of "direct."  Some of

16   my responsibilities include working on advertising

17   infrastructure that the display ad system leverages.

18   Q.  There's some back-end systems and some shared

19   infrastructure with the whole advertising group, correct?

20   A.  I'm not sure the infrastructure is always universally

21   shared across all the advertising products, but there certainly

22   are some components that are shared across multiple formats.

23   Q.  Other than this shared infrastructure components, you do

24   not have any direct responsibility for search ads or for the

25   sale or pricing of search ads at Google, correct?

1    A.  For search ads, I do have responsibilities.

2    Q.  Let me state a better question.

3         Other than the shared infrastructure components, you do

4    not have any direct responsibility for display ads, correct?

5    A.  That is correct.

6    Q.  Thank you.  I misstated my prior question.

7         Let's look at another document, UPX842?

8              MR. DAHLQUIST:  And again, Your Honor, this is

9    already in evidence.

10   BY MR. DAHLQUIST:

11   Q.  Dr. Juda, UPX842, which should be in your binder and also

12   on the screen -- let me know when you've found it.

13   A.  I have found it.

14   Q.  UPX842 is entitled -- it's a Google document entitled

15   Search Overview, Marketing Mastery.  Are you familiar with

16   these types of documents?

17   A.  May I take a moment to look through it?

18   Q.  Of course.  We're really going to focus on page 6 of this

19   one, I believe.

20              (Pause.)

21              MS. WASZMER:  For the record, the Bates number or --

22   there's no page numbers.

23              MR. DAHLQUIST:  I agree, there's no page numbers.  It

24   makes it a little difficult.  I can give you a Bates number for

25   this one.  One second.  After the prefatory question, we'll

1 look at Bates 995.

2 A.  So this kind of document is less so something that I would

3 be seeing on a regular basis, day-to-day.

4 BY MR. DAHLQUIST:

5 Q.  Do you have an understanding, these are marketing mastery

6 session documents that Google sends out to its advertising

7 customers to help educate them on how the search ads auction

8 process -- or, how the search ads process works at Google?

9 A.  I'm sorry.  Was there a question there?

10 Q.  Yes.  I'm just asking, is it your understanding that

11 UPX842, which is in front of you, is an example of documents

12 that are shared by Google with its advertising customers?

13 A.  I wouldn't know.

14 Q.  Let's proceed forward and look at Bates stamp 995, in the

15 bottom right-hand corner.  And the title is Side-by-Side

16 Comparison of Networks.

17    MS. WASZMER:  Your Honor, objection.  Foundation.

18    THE COURT:  It's in evidence, he can be asked about

19 it.

20    MS. WASZMER:  Thank you.

21 BY MR. DAHLQUIST:

22 Q.  Have you found the page 995?

23 A.  I have.

24 Q.  The title, or the very top, it says Side-by-Side

25 Comparison?

1    A.  Yes, that's what it says.

2    Q.  And where -- would you agree this is a side-by-side

3    comparison of an example of search ads and an example of a

4    display ad?

5    A.  There appears to be content on the slide that goes beyond

6    that, but it does appear that there are search ads and display

7    ads on this slide.

8    Q.  And I'm just asking about the graphics.  Are these examples

9    of a search ad and example of the graphic of -- it's a web page

10   with a display ad on it, correct?

11   A.  Portions of this content, yes.

12   Q.  And on the side labeled Search, do you see that?

13   A.  I do.

14   Q.  This is an example of text ads, correct?

15   A.  Yes.

16   Q.  And it states:  Targets a user who is actively searching

17   for something and is interested in visiting a site.

18        Do you see that?

19   A.  I do.

20   Q.  And do you agree that a search ad targets a user who is

21   actively searching for something?

22   A.  I do not.  Or at least I don't consider this a

23   comprehensive definition.

24   Q.  My question wasn't about a comprehensive definition.  I

25   understand there's a lot of complexity below this, and we're

1    going to get into a ton of complexity today.

2         However, in general, would you agree that a search ad

3    targets a user who is actively searching for something and is

4    interested in visiting a site?

5    A.   Certainly that can be an example of a search ads

6    experience.

7    Q.   Let's look on the right-hand side, on the display side.  It

8    states:  Targets a passive user who may be interested in

9    products/services but is not actively looking for them.

10        Do you see that statement?

11   A.   I do see that.

12   Q.   And I want to ask the same question.  Do you agree that a

13   display ad targets a passive user who may be interested in a

14   product or service but is not actively looking for it?

15   A.   So this, too, seems somewhat restrictive because I could

16   imagine there being both passive and active instances in the

17   display case.

18   Q.   And in this -- all I'm asking for is in general.  And I get

19   there might be a lot more complexity below this, but in

20   general, would you agree that a display ad targets a passive

21   user who may be interested in a product or service?

22             MS. WASZMER:  Objection.  Asked and answered.

23             THE COURT:  It's overruled.

24   A.   So I don't have statistics on how often display is being

25   shown to users in a passive state versus an active state, so I

1    can't definitively say what the ratios are.

2    BY MR. DAHLQUIST:

3    Q.  I doesn't ask you if you know ratios or statistics.  I'm

4    simply asking:  Do you agree that in general, a display ad

5    targets a passive user?  That's my question.

6    A.  So my interpretation of the word "in general" would imply a

7    majority of the time, and then so that's why I was starting to

8    go towards the percentage path.  And so since I don't study

9    display, I can't speak to whether it's the general situation or

10    a less frequent situation.

11    Q.  So you don't know what a display ad -- you do not know if a

12    display ad targets an active or passive user.  Is that your

13    testimony?

14            THE COURT:  I don't think that's what he said.  Why

15    don't we move forward.

16            MR. DAHLQUIST:  Thank you, Your Honor.

17    BY MR. DAHLQUIST:

18    Q.  Sir -- we can take that down.

19            Sir, would you agree that a display ad is more likely

20    intended to drive awareness?

21    A.  More likely relative to a search ad, probably.

22    Q.  And your definition of display ad is an advertisement that

23    is not in response to user intent, correct?

24    A.  No, I don't think that would be my definition of a display

25    ad.

1    Q.  Let me ask one more time.  Would you agree that a display

2    ad is an advertising of commercial information that is not in

3    response to user intent but, instead, intended to drive

4    awareness?

5    A.  Personally, I wouldn't singly define a display ad as such.

6              MR. DAHLQUIST:  Your Honor, may I approach?

7    BY MR. DAHLQUIST:

8    Q.  Dr. Juda, I've handed you another binder which says

9    Depositions.  And as we have talked about, there's multiple

10   depositions in there.  I would like to turn your attention,

11   please, to the deposition dated October 14, 2021.  Let me know

12   when you've found that.  And then we're going to be looking at

13   page 22.

14   A.  Okay.  I believe I'm at page 22.

15   Q.  Sir, in your deposition on October 14, 2021, at page 22,

16   line 23, through 23, line 4, were you asked the following

17   question and did you give the following answer:

18             Question:  How would you define display ads?

19             Answer:  That's an interesting question.  I would

20   probably think of display ads as advertisements of commercial

21   information that aren't in response to user intent and -- and

22   likely intending to drive awareness to the user about some

23   topic.

24             Did you give -- were you asked that question and did you

25   give that answer?

4005

```
 1    A.  It appears to be the case.

 2    Q.  Thank you.  You can put that away.

 3         Sir -- Dr. Juda, do you agree that search ads are

 4    fundamentally different than display ads because search ads are

 5    targeted to a user's query?

 6    A.  Probably depends on the lens through which one is trying to

 7    identify the fundamental difference.

 8    Q.  In your binder there's a document -- another document we'll

 9    put up on the screen.

10         MR. DAHLQUIST:  And, Your Honor, we're going to go to

11    UPX459, and this is in evidence.

12    BY MR. DAHLQUIST:

13    Q.  And UPX459 is an email chain a couple pages long.  Feel

14    free to start at the back and look to the front.  I'm going to

15    focus on your email, which is on the first page, dated March

16    1st, 2017.  Let me know when you've found the document.

17    A.  Okay.  I have found the document and I'm going to start

18    reading it from the back.

19         THE COURT:  Counsel, if there's a particular portion

20    you want to address, to move things along?

21    BY MR. DINTZER:

22    Q.  Dr. Juda, I'm going to focus in your email, on the first

23    page, dated Wednesday March 1st, 2017, where you write:  Thanks

24    for adding me.  Two lines of thought cross my mind here -- and

25    then you have a 1 and a 2.  I would like to focus you on No. 2.
```

1    You give a couple statements there, but really I want to focus

2    on your point on the second full line where you state:  Search

3    ads are fundamentally different than display ads because

4    they're targeted to the user's query.

5        Do you see that?

6    A.  I do.

7    Q.  So let me re-ask my question.

8        Sir, would you agree that search ads are fundamentally

9    different than display ads because that are targeted to the

10   user's query?

11   A.  As I mentioned before, I think it depends on the

12   perspective of the audience.  I think, from the perspective of

13   a user, they would be fundamentally different.

14   Q.  From the perspective of Google, do you believe search ads

15   and display ads are fundamentally different?

16   A.  Not necessarily.  I think they would have some aspects that

17   are and some aspects that aren't.

18   Q.  Search ads participate in an ad auction, correct, in order

19   to be priced?  Let me give a more specific question.

20       In order to arrive at the pricing, search ads

21   participate in a search ads auction, correct?

22   A.  Correct.

23   Q.  Display ads do not participate in an ad auction together

24   with text ads or shopping ads, correct?

25   A.  I don't believe so.

1    Q.  Search ads are sold -- you know, we'll get to that point in

2    a minute.

3           We're done with that document, sir.

4           Dr. Juda, do you know what the total search ads revenue

5    for Google was in the year 2022?

6    A.  No.

7    Q.  Do you know approximately what the total search ads revenue

8    was last year?

9    A.  I would imagine something north of $100 billion, as a

10   ballpark.

11   Q.  And you would agree that your work at Google has helped to

12   increase Google's revenue in search ads throughout the time of

13   your employment, correct?

14   A.  I believe so.

15   Q.  I believe you referenced earlier that you have

16   responsibility for the core ads quality team.  Is that still

17   true today, or in your recent shift has that changed?

18   A.  I would still say it's something to which I co-lead, even

19   if many of the product managers no longer directly report to

20   me.

21   Q.  Who do you co-lead core ads quality team with today?

22   A.  There's probably four of us in total.  There's two

23   engineering partners, Ramakrishnan Srikant and Vivek Rathod,

24   and then a product manager/partner of mine, first name is

25   Omkar, last name which I will unfortunately probably butcher

1    is, like, Muralidharan.

2    Q.  We will have to help madam court reporter with those

3    spellings after today's testimony.

4    A.  Certainly.

5    Q.  Prior to the recent change, you had direct responsibility

6    for the core ads quality team, correct?

7    A.  So, the product managers would have directly reported to

8    me, not the engineers.

9    Q.  The core ads quality team at Google is responsible for the

10   collection of systems which estimate the quality of ads that

11   appear on Google, correct?

12   A.  Among other responsibilities, yes.

13   Q.  And the core ads quality team is also responsible for the

14   set of algorithms that conduct the search ads auction at

15   Google, correct?

16   A.  Yes.

17   Q.  Let's put up UPX842 at 7000, which is about -- this is

18   another document -- we looked at this before, but we're coming

19   become to it.  UPX842, 7000.  It's also page 11 in your binder.

20   Let me know when you've found it.

21   A.  I believe I've found it.

22   Q.  Great.  And the title of this document states:  For every

23   search we hold a split-second silent auction.

24          Do you see that statement?

25   A.  I do.

1    Q.  Do you agree that every second Google -- for every search,

2    Google holds a split-second silent auction?

3    A.  Yes.

4    Q.  Google conducts a search auction that happens hundreds of

5    millions or even billion times each day, correct?

6    A.  It's certainly possible.

7    Q.  And the search ads auction is a collection of algorithms

8    that are operated and run by Google, correct?

9    A.  I believe so.

10   Q.  And this document here in front of us states:  Google's

11   auction is anything but traditional.

12        Do you agree with that statement?

13   A.  I'm not sure I do.

14   Q.  Rather than -- the next line states:  Rather than solely

15   considering your keywords bid, we also consider its quality

16   score.

17        Do you see that statement?

18   A.  I do.

19   Q.  And as part of the bid auction process -- let me restart

20   that sentence.

21        As part of the search ads auction process, Google

22   considers a quality score, correct?

23   A.  No.

24   Q.  Okay.  The next line states:  Each keyword is a quality

25   score from 1 to 10.  It's determined by a top-secret formula.

1           Do you see that statement?

2     A.   I do.

3     Q.   Do you agree with that statement?

4     A.   It's using a bunch of poorly defined terms, so it probably

5     would be a function of how these terms get defined.

6     Q.   And this is a document that is sent out to the advertising

7     community by Google to try to inform them or give them some

8     information as to how the auction process works, correct?

9     A.   I don't know how this document gets used.

10    Q.   So you stated you do or do not agree with the statement

11    that the quality score is determined by a top-secret formula

12    inside of Google?

13    A.   So, I'm not really sure what the definition of "top-secret"

14    is.  When I look at that, I think of some sort of, like,

15    government annotation noninformation which I wouldn't apply to

16    our quality score computation.

17    Q.   Does Google share the components or all the algorithms with

18    its advertising customers in how it calculates a quality score?

19    A.   We do not.

20    Q.   States here that the quality score is determined by a

21    combination of landing page experience, ad relevance, and

22    expected click-through rate.

23           Do you see that statement?

24    A.   I do see that statement.

25    Q.   Would you agree that is a very rough approximation of some

1    information that's included in determining quality of search

2    ads at Google?

3    A.  When it comes to evaluating quality, I think these factors

4    are considered.

5    Q.  In addition to other factors, correct?

6    A.  Correct.

7    Q.  And next line states:  Ad rank equals bid times quality

8    score.

9         Would you agree that this is a rough formulation of how

10   Google thinks about a quality score in relation to ad rank?

11   A.  So there's a bit of conflation in this slide regarding

12   quality core, the concept, and what actually happenings at

13   auction time.  I think this is potentially a reasonable

14   conceptual model, but it's not how ad rank actually works in

15   practice.

16   Q.  In every search ads auction -- let me restart the question,

17   starting maybe at the top.

18        For every search, Google conducts a search ad auction to

19   determine at least three things:  One, which ads will appear in

20   response to user query; two, the order in which they will

21   appear; and, three, the CPC, or cost per click, for each add.

22        Would you agree?

23   A.  Among other things, yes.

24             THE COURT:  That's the output of an auction?

25             MR. DAHLQUIST:  Pardon me?

```
1              THE COURT:  You said that's the output of an auction.
2              MR. DAHLQUIST:  These are the outputs, correct.  One,
3    which ads will appear in response to a query; two, in which
4    order they will appear; and three, the CPC, or cost per click,
5    for each add.
6    BY MR. DAHLQUIST:
7    Q.  In order to purchase a search ad on Google, an advertiser
8    can start at ads.google.com and provide a variety of inputs
9    into the system, correct?
10   A.  Correct.
11   Q.  And are you familiar with the term API?
12   A.  I am.
13   Q.  What -- define for the Court, what is an API?
14   A.  I can't remember what the A stands for, but in general,
15   it's a programming interface.  It's a different means by which
16   one can communicate between two different machine protocols.
17   Q.  An application programming interface?
18   A.  Sounds right.
19   Q.  I had to look it up as well.
20        An API is a computer interface that allows an advertiser
21   to speak to the Google network and provide a variety of inputs,
22   correct?
23   A.  Correct.
24   Q.  An advertiser inputs -- strike that.
25        By submitting information to Google, an advertiser's
```

1    ultimately submitting a bid for clicks in response to searches,

2    correct?

3    A.  That is one of the things that an advertiser could

4    communicate.  They don't have to communicate such.

5    Q.  And before we leave this slide, you had -- I think you had

6    taken issue with the term that we also consider its quality

7    score; is that right?  You didn't agree with that statement?

8    A.  That sounds correct.  It's -- it's correct that I disagree

9    with that statement.

10   Q.  And, sir, why do you not agree that Google -- let me strike

11   the negatives.

12        Can you please state, do you believe that Google also

13   considers a quality score?

14   A.  So, within the auction we don't look at that 1 through 10

15   quality score when making determinations.  We look at a more

16   refined estimate of quality.

17   Q.  The 1 through 10 quality score, that's not a number that

18   Google uses inside its systems to run an ad auction, correct?

19   A.  That is correct.

20   Q.  The 1 through 10 quality score as reflected here, that's

21   not information that's given to advertisers, correct?

22   A.  Incorrect.  We do provide that to advertisers.

23   Q.  Okay.  I think we're done there.

24        Sir, we're going to go back in your binder -- or, still

25   on the same document, 842, at 7001.  I think it's page --

1    around page 12.

2                    THE COURT:  Sorry.  Just to be clear, there is a

3    distinction between the quality score, in your mind, that's

4    referenced here on 7000, and the quality score that's actually

5    used in the auction that you say is more refined than what is

6    referenced here?

7                    THE WITNESS:  That's correct.

8                    THE COURT:  Thank you.

9    BY MR. DAHLQUIST:

10   Q.  To assist the Court, it is the refinement that you're

11   speaking of called an LTV, or a long-term value?

12   A.  No.

13   Q.  What quality score are you -- is, in your mind, an answer

14   to that question?

15   A.  So I would view it as a collection of quality signals, most

16   notably a prediction of click-through rate, an estimate of the

17   quality of the ad copy with respect to the user's particular

18   search, and an estimate of the quality of the landing page

19   experience to which an ad is pointing with respect to a search.

20   Q.  Is that reference to the PCTR value?

21   A.  For the first of those three signals that I mentioned, yes.

22   Q.  What is the -- is the beta value of the third -- the other

23   piece you were talking about?

24   A.  No.

25   Q.  What is the other value that you're referencing?

1    A.  So usually, internally, we would be referring to the ad

2    copy quality as a PCQ, or a prediction of creative quality.

3    And for the landing page, it would usually be referred to

4    internally as a PLQ, a prediction of landing page quality.

5    Q.  Are those all below the PCTR component of the LTV's

6    formula?

7    A.  I wouldn't think of there being a spacial relationship

8    between the two.

9           MR. DAHLQUIST:  Your Honor, we're going to get all

10   into this shortly, but --

11          THE COURT:  I followed that, clearly.

12          MR. DAHLQUIST:  I told you it was going to be a fun

13   afternoon, Your Honor.

14   BY MR. DAHLQUIST:

15   Q.  Let's set a little more foundation and table before we get

16   into the computation.

17       Google calls its ad auction process a generalized

18   second-price auction, correct?

19   A.  Some do, yes.

20   Q.  Would you refer to Google's ad auction as a generalized

21   second-price auction?

22   A.  Probably.

23   Q.  And in front of you we have UPX842 --

24          MS. WASZMER:  Could you show us what it is that's

25   showing?

1          MR. DAHLQUIST:  I am just about to.  We're looking at

2    UPX842, at 7001.  And, Your Honor, this is a document that is,

3    again, in evidence.  It's the next page of the one we were just

4    looking at.

5    BY MR. DAHLQUIST:

6    Q.  The title of this:  Showing an ad is free.  If the user

7    clicks on it, you're charged.

8          Do you see that title?

9    A.  I do.

10   Q.  Would you agree that in search ads on the SERP, the display

11   of an ad is free?  It's when the user clicks on it that an

12   advertiser is charged?

13   A.  Yes.

14   Q.  And that's not true for display ads, correct?  Display ads

15   are sold based on impressions and not clicks?

16   A.  Depends on the display ad.  Sometimes they are charged on a

17   per-click basis, is my understanding.

18   Q.  Would you agree, in general, that display ads are sold

19   based on impressions or reviews and not clicks?

20   A.  I don't have statistics to know what's the general or the

21   less common scenario.

22   Q.  And -- because display ads don't fall under your purview at

23   Google, correct?

24   A.  No.  So there was the infrastructure exception we mentioned

25   before, but otherwise, I'm not looking at display ad stats in

1    general.

2    Q.  But search ads, such as shopping ads and text ads, do fall

3    under your purview, correct?

4    A.  Yes.

5    Q.  If we look at the bold heading, it says:  Your price equals

6    ad rank of the person below you over your quality score plus

7    0.01.

8         Can you explain to the Court what that means?

9    A.  So this appears to be a conceptual representation of how

10   the auction computes the price of an ad, where this is an

11   attempt at sort of the mathematically equivalent statement of

12   charging someone the least they could have bid in order to

13   receive their allocation in the auction.

14   Q.  And is this an over-generalized view of what a

15   second-priced auction is, that the price of the winner depends

16   on the ad rank of the person below them plus a penny?

17   A.  So, I wouldn't necessarily say that's true for all

18   second-price auctions, but I think it's a fair description of

19   how the Google Search second-price auction works.

20   Q.  And a fair qualification.  Today and tomorrow I'm going to

21   be asking you about the search ad auction process at Google,

22   your employer.  Do we agree on that?

23   A.  If you say so.

24   Q.  Okay.  So at Google, would you agree that it runs a

25   generalized second-price auction where the price that's paid by

1    the auction winner depends on the ad rank and the bid of the

2    person below?

3    A.   Yes.   More so the ad rank than the bid of the person below.

4    Q.   The bid is a component of the ad rank though, correct?

5    A.   Correct.

6    Q.   And I believe, just for clarity, both text ads and shopping

7    ads are sold through this second-price auction process,

8    correct?

9         I'm sorry.  You like PLAs.  Let me restate it.

10        Both text ads and PLAs, or shopping ads, are sold

11   through an action process -- a second-price auction process;

12   correct?

13   A.   Correct.  Although, they are not identical between the two

14   formats.

15   Q.   They're different ad auctions.  There's one ad auction for

16   text ads and a second action for PLAs, or shopping ads,

17   correct?

18   A.   So there's components of it that are independent, but then

19   other components that think about both formats simultaneously.

20   It's a little bit of both.

21   Q.   An ad can enter -- an ad can enter one auction and not the

22   other?

23        That's a terrible question.  Let me restart.

24        Google runs an ad auction for text ads, correct?

25   A.   We do.

1   Q.  And Google runs a separate ad auction for shopping ads, or

2   PLAs, correct?

3   A.  That is correct.

4   Q.  An advertiser can enter both auctions, if it chooses,

5   correct?

6   A.  They could attempt to do so.

7   Q.  They may not succeed.  They may not get through and

8   actually appear on a SERP, correct?

9   A.  That is correct.

10  Q.  And does Google also run a separate auction for other types

11  of advertisements, like hotel ads?

12  A.  I'm sorry.  Who is the --

13  Q.  Google.

14  A.  Google does, yes.

15  Q.  And the hotel ads auction process is different than the

16  text ads or the shopping ads, PLA, auction process, correct?

17  A.  I believe so.  It doesn't report to me so I don't have as

18  much insight into that auction process.

19  Q.  Similar to display ads, it's not under your purview --

20  hotel ads are not under your purview, correct?

21  A.  Correct.  With the noted exception around there's sometimes

22  being some shared infrastructure.

23  Q.  The price paid by an advertiser is impacted, in part, by

24  their quality score as shown here on UPX842, correct?

25  A.  Which slide are you referencing?

1    Q.   Same slide we're on.  We didn't move.

2    A.   So, again, the 1 through 10 quality score is more of a

3    conceptual representation than how things work at auction

4    times.  That's what is making it a little bit trickier for me

5    to answer that question directly.

6    Q.   Would you agree that the price paid by an advertiser is

7    impacted, in part, by their quality score?

8    A.   I would say no.  Because there is a difference between the

9    conceptual 1 through 10 quality score and the actual quality

10   signals that are computed at search time.

11   Q.   The more specific signals that you were referencing a few

12   minutes ago?

13   A.   Those would be influencing price.

14   Q.   Okay.  I think we're done with that document.

15        All right.  We're going to dive deeper down the rabbit

16   hole and talk about LTV and quality.

17        Sir, would you agree that Google Search ad systems try

18   to estimate the quality of a particular advertisement through a

19   set of algorithms run by Google, correct?

20   A.   Correct.

21   Q.   Would you agree that a high-quality ad is one in which a

22   user finds informative, relevant, and responsive to a search

23   query?

24   A.   In general, that sounds like an adequate description.

25   Q.   And a low-quality ad, conversely, is an ad that's less

1    informative, less useful, and less likely to contain

2    information relevant to the search query; agreed?

3    A.  On this relative spectrum, that sounds fair.

4    Q.  If we can please put up UPX925.

5          And this document is titled:  Ad Quality From A to Z in

6    16 Chapters.

7          Do you see that title?

8    A.  I do.

9    Q.  Sir, does this look like a document that would have been

10   prepared by someone in the ads quality group?

11   A.  I'm not sure.  Can I take a moment to look through that?

12   Q.  Of course.  And this is a very lengthy document.  We're not

13   going to spend the whole time, but you're free to look at it

14   all.  But the first page that I would reference you to is

15   around page 15, Bates stamp ending 759.

16          (Pause.)

17   A.  So I don't immediately recognize the author's name.  But,

18   at first blush, this person may have been associated with the

19   ads quality team at some point in time.

20   Q.  This document is a little dated.  It's January 2008; is

21   that correct?

22   A.  That appeared to be what the cover slide said.

23   Q.  I would like to ask you about a couple pages in here.  If

24   we can go to right around page 15, Bates stamp ends 759.

25          MR. DAHLQUIST:  And, again, Your Honor, UPX925 is in

1    evidence.  And I believe this is one that we resolved, is now

2    fully public as of today.  But I'm sure Ms. Waszmer will

3    correct me if I go somewhere that I'm not supposed to.

4    BY MR. DAHLQUIST:

5    Q.  Do you see this slide, sir, with the title:  How Do We Use

6    Quality?

7    A.  I do.

8    Q.  The slide states that Google uses quality in five

9    enumerated ways.  Let's take them one by one.

10          Dr. Juda, do you agree that Google uses quality in

11   ranking?

12   A.  I do.

13   Q.  And with reference to that, it is showing the highest

14   quality ads first, correct?

15   A.  So I'm not necessarily sure that definitively is what

16   happens within the action.

17   Q.  But you would agree that Google uses quality to determine

18   where an advertisement ranks or appears on a SERP after an ad

19   auction, correct?

20   A.  That is correct.

21   Q.  And Google controls that calculation as to where an ad will

22   appear on a SERP, correct?

23   A.  I think "controls" probably is more strong language than I

24   would use.

25   Q.  What word would you like to use?

1    A.  So in my mind, advertisers, users, and Google will have a

2    role in determining where ads appear on the page.  So it's not

3    exclusively a Google decision.

4    Q.  Google runs an algorithm that determines where an ad ranks

5    on a SERP after an ad auction, correct?

6    A.  That sounds correct.

7    Q.  The second use of quality is disabling.

8        Do you see that?

9    A.  I do.

10   Q.  Would you agree that Google uses quality to disable ads as

11   part of an ad auction?

12   A.  Yeah.  Yes.

13   Q.  And it continues to say:  By prevent low-quality ads from

14   showing at all.

15       Do you agree with that statement?

16   A.  I do.

17   Q.  Would you agree that Google runs an algorithm that

18   determines when an ad is disabled from entering or exiting a

19   search ad auction?

20   A.  I do.

21   Q.  The third is broadening.  Do you agree that Google uses

22   quality in broadening?

23   A.  So this term is pretty unfamiliar to me.  I'm not sure I

24   can definitively say whether this is happening today or not.

25   Q.  The statement continues:  Find opportunities to expand

1    advertisers' targeting to other highly relevant queries.

2         Does that give you additional information as to whether

3    you believe Google is using quality for broadening?

4    A.   To me, it only seems to indicate that perhaps in 2008 it

5    was used in this fashion.  I'm not sure it necessarily reflects

6    what happens today.

7    Q.   Item 4:  Does Google use quality for display or UI, user

8    interface?

9    A.   So I don't necessarily fully agree with what's beside that,

10   but we do show search ads on the search results page, and

11   quality informs those decisions.

12   Q.   The display is just how it shows up, how it looks, what the

13   image looks like on the SERP after a search query is run,

14   correct?

15   A.   That is my inference of the text before me.

16   Q.   Mine as well.

17        And the fifth element, would you agree that Google uses

18   quality in pricing?

19   A.   Yes.

20   Q.   And the description is:  You use economic incentives --

21   parens, discounts -- to encourage high-quality ads and price

22   out low-quality ads with QS/Min bid.

23        Do you agree with that statement?

24   A.   So, I think there's a number of terms here that don't

25   necessarily reflect how the system works today.

1    Q.  Based on your understanding or knowledge in 2008, do you

2    think this is how it works?

3    A.  Portions of it, yes.  Perhaps not all of it.

4    Q.  Let's make reference to today.  Would you agree that --

5    maybe not as precisely defined here -- Google continues to use

6    quality in pricing of search ads?

7    A.  Yes.

8    Q.  And the pricing of search ads is run by another algorithm

9    inside of Google, correct?

10   A.  Correct.

11   Q.  Sir, would you agree that Google has portrayed the search

12   ads quality and auction process, at times, as a black box

13   process?

14   A.  Can you repeat the question?

15   Q.  Would you agree that Google has, at times, portrayed the

16   search ads quality and auction process as a black box process?

17   A.  I'm not sure.

18   Q.  Have you ever used the word "black box" to describe the

19   Google Search ads process?

20         I mean -- let me restate the word.

21         Dr. Juda, have you ever used the word "black box" to

22   refer to the Google Search ads auction?

23   A.  No such instances immediately come to my recollection.

24   Q.  Let's stay in the Document UPX925, couple pages in, at 765,

25   page 21.  The title is:  Google's ad serving system.

1              Do you see that title?

2    A.  I do.

3    Q.  And on this slide, it shows a number of inputs, a black

4    box, and then a number of outputs.  Do you see that?

5    A.  I do.

6    Q.  Would you agree with the characterization that Google's ad

7    serving system could be described as a black box?

8    A.  I mean, I suppose anyone could describe something as

9    anything, so, yes.

10   Q.  Has anyone on your team used "black box" to describe the

11   search ads auction process?

12   A.  I'm not sure I have any recollections of anyone using that

13   precise language.

14   Q.  Here on UPX925, at Bates 765, it shows some inputs of query

15   geolocation, language, and other user preferences into a black

16   box.  And the output is:  Ads to show, order to show them in,

17   and price to charge per click.

18              Do you see that?

19   A.  I do.

20   Q.  Do you agree, generally, that at the top, those are some of

21   the inputs into the Google algorithm for the search ads

22   auction?

23   A.  I do.

24   Q.  And do you agree at the bottom, that those are some of the

25   outputs of the Google algorithm that runs the search ad auction

1    process?  Ads to show, order to show them, and price to charge

2    per click?

3    A.  I do.

4    Q.  And in between the input and the output, there's a complex

5    process of algorithms.  Do we agree on that?

6    A.  I believe so.

7    Q.  We can take that document down.

8        Google attempts to measure the quality of an ad through

9    something called an LTV score, correct?

10   A.  I wouldn't view the LTV score as just being about measuring

11   the quality of an ad.

12   Q.  Would you agree that an LTV, in part, measures the quality

13   of an ad?

14   A.  I wouldn't view it as measuring versus sort of an output

15   from measurements of qualities.

16   Q.  Let's take a step back.  What is a LTV?

17   A.  So, usually, internally, references to LTV refer to the

18   score that we provide to an ad when evaluating it for ranking

19   decisions.

20   Q.  "LTV" stands for long-term value, correct?

21   A.  I believe so.

22   Q.  And Google calculates an LTV, or a long-term value, score

23   for every search ad on Google, correct?

24   A.  I wouldn't necessarily say for every search ad.  It's

25   scoped more to the ads that we're considering in response to a

1    particular search.

2    Q.  Fair point.

3         Would you agree that Google calculates an LTV score for

4    every ad that enters an ad auction?

5    A.  Yes.

6    Q.  I would like to show you a document, UPX10.  It should be

7    in your binder, towards the front.

8              THE COURT:  Just a small question.

9              MR. DAHLQUIST:  Sure.

10             THE COURT:  In terms of when the score is calculated,

11   is it calculated after the auction begins, or is the score --

12   does the score precede the auction?

13             THE WITNESS:  It's probably a function where you

14   would want to draw the boundary.  The score is calculated after

15   we've already determined individual quality components.  So,

16   you can almost imagine the flow as we figure out what an

17   advertiser wants to show, and it will come along with a bid

18   that's come from the bidding systems as well.

19             If one then says the auction starts after we've

20   received those inputs, then within the auction we would be

21   computing quality score, quality estimates, and then we would

22   be combining those quality estimates along with the

23   advertisers' max CPC bid to develop an LTV score.  And then we

24   would be processing those LTV scores to determine who is going

25   to show where, as well as what the cost per click will be.

```
 1              Yeah.  So our service level agreement is roughly a
 2    quarter of a second, so 250 milliseconds or so is our ambition.
 3              THE COURT:  Thank you.  I wish I could write opinions
 4    that fast.
 5    BY MR. DAHLQUIST:
 6    Q.  Dr. Juda, if we can go back to UPX10 in your binder.  I'll
 7    put it up on the screen again.
 8              MR. DAHLQUIST:  Your Honor, this is in evidence.
 9    There's some portions redacted, so the version on the screen
10    should only display the public versions.
11    BY MR. DAHLQUIST:
12    Q.  Sir, let me first ask you generally, this is a paper
13    entitled:  How search ads are ranked and priced on Google, a
14    briefing paper presented to the Competition and Markets
15    Authority.
16              Did you -- have you seen this document before and were
17    you a contributor or an author of this document?
18    A.  Yes.  And I was a contributor to the document.
19    Q.  I assume this was written by several people, a
20    collaboration at Google; correct?
21    A.  That's my recollection.
22    Q.  If I can draw your attention to UPX10, at page 5.
23    Actually, let me -- I'm sorry.  Let me back up for a minute.
24              Go back to the first page, please, under Introduction.
25    I believe in the first full paragraph it states that it was in
```

1    response to a request dated the 14 of February 2020.

2         Do you see that?

3         Just trying to ground us as to when this was, the time

4    period.  Do you agree that this paper was written around

5    February 2020?

6    A.  I personally don't recall then, but I have no reason to

7    think that this is a misrepresentation of the date.

8    Q.  So around 2020 is when this paper was written.

9         The next line -- or, the next paragraph states:  As part

10   of its focus on search advertising on Google, this paper

11   provides a deep dive into components of ad rank, including the

12   inputs, variables, and features of Google's algorithms,

13   including how and why the ad rank algorithms were designed.

14        Do you see that?

15   A.  I do.

16   Q.  And we talked a minute ago about LTV, and this uses ad

17   rank.  Would you agree that LTV and ad rank are synonymous?

18   A.  Yes.

19   Q.  I think this paper uses both terms a little bit

20   interchangeably, as we'll see.

21        If we can turn to page 5.  Towards the bottom, the last

22   full paragraph and the last, I guess, last two sentences.  The

23   sentence that begins "At its most basic level" is where I want

24   to ask you about.  Let me know when you've found that.

25   A.  I found it.  I'm currently reading it.

```
1    Q.  Sure.  Read it.
2         (Pause.)
3    A.  Okay.
4    Q.  Sir, would you agree that at its most basic level, the LTV
5    score of each add is a function of the advertiser's bid, the
6    quality of the bid itself, i.e., the ad copy or the ad
7    creative, and the quality of the landing page, i.e., the page
8    on the advertiser's website where the user lands after clicking
9    on the ad?
10        Do you agree with that statement?
11   A.  So you had a brief misspeak when you quoted it, but I think
12   what's written in here is accurate.
13   Q.  Ignoring my misspeak for a minute, would you agree that at
14   its most basic level, the LTV score of each ad is a function of
15   the various components listed on UPX10, in that paragraph?
16   A.  I do.
17   Q.  The next sentence states:  The higher the combination of
18   bidding quality, the higher the LTV score, i.e., the higher the
19   ad rank.
20        Do you see that statement?
21   A.  I do.
22   Q.  And so would you agree that advertisers can increase their
23   LTV score by increasing their bid, correct?
24   A.  Correct.
25   Q.  And an advertiser can also increase their LTV score by
```

1    increasing the quality of an ad, correct?

2    A.  Correct.

3    Q.  And Google -- I know I used the word "controls," and you

4    didn't like that word, so we'll look for another word.

5         Google runs the algorithm that determines the LTV score,

6    correct?

7    A.  Correct.

8    Q.  Google's calculation of an LTV score is an attempt to

9    capture a holistic estimate of the value of a search ad; would

10   you agree?

11   A.  Yes.

12   Q.  And the ad with the highest LTV score generally gets top

13   placement on the SERP in response to a search query, correct?

14   A.  Generally, yes.

15   Q.  Staying in the same document, a couple pages in, we're

16   going to go to footnote 15.  I wanted to ask you about the

17   first sentence.

18        Sir, would you agree, as in footnote 15 on UPX10, that:

19   LTV is critically -- is a critically important underpinning of

20   ad rank because it helps ensure that Google doesn't earn quick,

21   short-term gains at the expense of longer-term profitability?

22        Do you agree with that statement?

23   A.  It's certainly the aspiration for LTV.  There can

24   inevitably be instances where unexpected things can happen in

25   practice.

1    Q.  And the reference to long-term profitability is Google's

2    long-term profitability, correct?

3    A.  Don't think it has to be limited in scope to Google.

4    Q.  Would you agree that the LTV calculation is an estimate of

5    the long-term value to Google?

6    A.  Yes.

7    Q.  And in the definition of "long-term," how long are we

8    talking about?  In that calculation, what is your estimate of

9    "long"?  Is it a week?  A day?  A year?  Infinity?

10   A.  It's probably intended to be an estimate of steady state.

11   When it comes to our fidelity to measure such, we're probably

12   talking about order months in practice today.

13   Q.  Around the time that this was drafted in 2020 -- let me ask

14   the question -- has your definition of "long-term" changed as a

15   value of time in the last five years?

16   A.  Probably not.

17   Q.  And so an LTV calculation is a -- let me strike the

18   question.  Start over.

19        Would you agree that the LTV calculation is a critically

20   important part to ensure that Google doesn't take short-term

21   gains at the expense of long-term gains for Google, correct?

22   A.  So I think potentially, in addition to long-term gains for

23   Google, there could also be long-term gains for users and

24   advertisers.  But I think Google would be included in that

25   long-term.

1    Q.  Sir, let me ask the question again.

2         Do you agree that an LTV -- actually, we can step back.

3         In simple terms, if an LTV score is positive, then an ad

4    is eligible to enter a search ads auction, correct?

5    A.  Correct.

6    Q.  And actually, I'm looking right -- if we can pull that

7    down, the blowup, and blow up the paragraph -- the last full

8    paragraph of this page.  Right there.

9         And there's certain parts that were redacted.

10        So in your -- I should have referenced this earlier,

11   Dr. Juda.  In your binder you have red boxes around the things

12   that you're not supposed to read, and I won't ask you about

13   those things, or I'll do my best to not.

14   A.  Okay.

15   Q.  So we'll both try to do our best and not read those pieces.

16   So I'm going to ask you about the pieces that are not in the

17   red boxes.

18        But would you agree here that ads with a positive LTV

19   score, a LTV greater than zero, are eligible to show on a SERP?

20   A.  I would agree with that.

21   Q.  So the last two lines there's a reference to:  A LTV with a

22   negative score will have failed to clear its threshold, or an

23   LTV less than zero, and will be ineligible to show?

24   A.  I agree with that.

25   Q.  In general, therefore, an ad with a negative LTV score

1   won't show up on a SERP.  It won't even be eligible to enter a

2   search ad auction, correct?

3   A.  For that particular search instance.

4   Q.  It might be relevant or it might get a higher score for

5   another user query, but for that specific auction, if its

6   negative, it doesn't enter the auction?

7   A.  So, I would probably say it enters the auction, but it

8   won't be eligible to receive an impression.

9   Q.  If we could stay on this document, go to footnote 38.  If

10  we can blow up footnote 38.

11      States:  For this example, keep in mind the inverse

12  relationship between bid and quality.  When a particular ad

13  isn't showing on a SERP, the advertiser must either increase

14  its bid or increase the ad's quality, or both, to help move the

15  base LTV score from negative to positive.

16      Do you agree with that statement?

17  A.  There's some edge cases here, but I mostly agree with this.

18  Q.  All right.  I think we're done with that document.

19      All right.  Dive in deeper.  If we can go to UPX8 in

20  your binder.  And the title of this is:  Introduction to the

21  search ads auction.  And I guess I'll -- this is dated around

22  2019.

23      And my first question will be:  Who is JF Crespo?

24  A.  So JF is an engineering director within the search ads

25  quality team.

1          MR. DAHLQUIST:  And again, Your Honor, I should have

2     said, UPX8 is in evidence, and there's some redactions

3     throughout it.

4     BY MR. DAHLQUIST:

5     Q.  Is UPX8, Introduction to the Search Ads Auction, a document

6     you've seen before or would have seen before in your role of

7     running search ads auction team?

8     A.  I'm not sure.  May I take a moment to look through it?

9     Q.  Please do.

10         (Pause.)

11    A.  So at first blush, this appears to be, relatively speaking,

12    more introductory material.  So I'm not sure it's the kind of

13    thing that would have been presented to me in practice.

14    Q.  For purposes of us in this courtroom, we're starting and

15    ending with introductory materials.  We night not dive as deep

16    as you might.

17         But looks like this was prepared by someone on the

18    search ads auction team, correct?

19    A.  I believe by the time -- it was 2019, JF was already on the

20    auction team, yes.

21    Q.  If we could turn to UPX8 at 8054, which is, I think,

22    page 3.

23         MR. DAHLQUIST:  And, Your Honor, I promised we were

24    going to get more complicated.  We'll get simpler in the end,

25    but we're going to get more complicated before we get there.

```
1    BY MR. DAHLQUIST:

2    Q.  Sir, do you see the formula in front of you?

3    A.  I do.

4    Q.  The formula is LTV equal bids times PCTR minus B, or beta.

5         Do you see that?

6    A.  I do.

7    Q.  Would you agree that this is the basic, and very basic

8    formula that Google uses to calculate LTV?

9    A.  Yes.

10   Q.  In this equation, LTV is a function of three variables.

11   The first one is bid.  Do you see that?

12   A.  I do.

13   Q.  Would you agree that the bid is a variable that is direct

14   input from the advertiser?

15   A.  It can be, but doesn't have to be.

16   Q.  What else can be -- what, in addition to the advertiser's

17   bid, can be included in the bid variable in the LTV formula on

18   UPX8?

19   A.  So, advertisers have the opportunity to specify a maximum

20   cost-per-click bid.  In that kind of instance, this would

21   probably just be verbatim what the advertiser specified.

22   Advertisers also have the option to leverage automated bidding,

23   where they'll specify a different business objective to our

24   system and then that system will construct a maximum

25   cost-per-click bid on their behalf.  And, so, this bid could
```

1    also reflect the output of one of those automated bidding

2    systems, rather than being something directly specified by the

3    advertiser.

4    Q.  So the bid variable in the LTV formula on UPX8 could be

5    either a direct input from the advertiser as a CPC, or a

6    variety of inputs that are through an automated bidding

7    platform that's initiated by the advertiser but run by Google,

8    correct?

9    A.  Correct.

10   Q.  The second variable is PCTR.  And PCTR stands for the

11   prediction of a click-through rate, correct?

12   A.  Yeah.  Usually I say predicted click-through rate.  But,

13   yes.

14   Q.  We're happy to use your words.  Predicted click-through

15   rate?

16   A.  Yes.

17   Q.  The PCTR has a value of between zero and 1, or zero and 100

18   percent, correct?

19   A.  Correct.

20   Q.  A PCTR value would generally be low if it was around .2;

21   would you agree?

22   A.  No.

23   Q.  What would be your estimate of a low PCTR value?

24   A.  Probably something less than 1 percent, or .01.

25   Q.  And what would be your estimate of a high PCTR value?

1    A.  Perhaps something in that 20 to 30 percent range would

2    already be relatively high by my standards.

3    Q.  And in a PCTR formula, that would be reflected as a .2 or a

4    .3?

5    A.  Correct.

6    Q.  So a number like a .6 or a .7 would be extraordinarily

7    high?

8    A.  I mean, it would depend on the circumstances, but usually

9    that would be, you know, pretty high.

10   Q.  And the PCTR formula is run by a Google algorithm, correct?

11   A.  Correct.

12   Q.  The third variable in the LTV calculation is beta, or

13   blindness, correct?

14   A.  I'm not sure I've usually heard it standing for blindness,

15   but it is usually what we refer to as the beta term.

16   Q.  Here on UPX8, in front of you, underneath the beta, it

17   states:  Blindness cost.

18        Do you see that?

19   A.  I do.

20   Q.  Can you define for the Court what is intended by the

21   variable beta, or blindness, here on UPX10, to the best of your

22   knowledge?

23   A.  So, I would say beta, in general, is trying to capture the

24   lack of quality for an ad which, in turn, can influence

25   blindness.  Blindness is this phenomenon where if we were to

4040

1    start showing users lower-quality ads relative to normal, we've

2    been able to empirically observe that not only will advertisers

3    click less on those lower-quality ads, but they'll actually

4    learn to issue fewer searches in the future, as well as learn

5    to click on ads less in the future.  And so that learning

6    phenomena that we observe users do is referred to as blindness.

7    Q.  And to Google, a high blindness factor would be bad,

8    correct?

9    A.  Not only to Google, but, yes.

10   Q.  And a low -- to Google, a low blindness value, or beta

11   value, is positive, or good, correct?

12   A.  Certainly better.  Good or bad could be a little more

13   qualitative than I think we think about these things.

14            THE COURT:  Can we just say once more, reiterate what

15   this beta term means?

16            THE WITNESS:  So I think you can sort of think about

17   it as our estimate of the ad lacking in quality.  So, if we

18   think that an ad is very lacking in quality, then the beta term

19   will be very high, which then means that when you're

20   subtracting this very high value, the LTV score would be very

21   low.

22            Alternatively, if we think that an ad is of very high

23   quality, this beta term would be very small, and so then the

24   overall LTV would be relatively higher, all else equal.

25            THE COURT:  This variable is independent of price?

1              THE WITNESS:  Correct.  This is computed using things

2       like the predicted click-through rate, the prediction of

3       creative quality, and the prediction of landing page quality.

4              THE COURT:  Got you.  Thank you.

5              THE WITNESS:  Yep.

6       BY MR. DAHLQUIST:

7       Q.  Dr. Juda, would you agree that blindness is an effort to

8       measure the output of a search ads auction, specifically, the

9       change in click-through rates associated with the ad auction

10      over time?

11      A.  I'm sorry.  There was a lot to that question.

12      Q.  Sure.  Understood.  I know.  There's a lot to all of this.

13             Would you agree that blindness is an effort to measure

14      the output of a search ads auction, specifically, the change in

15      a click-through rate associated with the auction over time?

16      A.  Mostly our ability to definitively measure blindness at the

17      individual auction level is relatively limited, so it's usually

18      more of a phenomena thinking about a collection of auction

19      outputs.

20      Q.  And, again, Google runs the algorithm that determines the

21      beta, or blindness, variable in this equation, correct?

22      A.  Correct.

23      Q.  I think we talked about before, an ad must have an LTV of

24      over zero, or a positive LTV, in order to participate or be

25      eligible for an auction; correct?

1    A.  Correct.

2    Q.  And if no other ads have a positive LTV, then the second

3    price, as we talked about in a second-price auction, is based

4    on an LTV of zero, correct?

5    A.  I'm sorry.  Can you repeat the question?

6    Q.  Certainly.  We talked earlier how Google runs a

7    second-price auction process, correct?

8    A.  Um-hum.

9    Q.  And the winning bid is based off of the LTV -- in part, on

10   the LTV of the bid directly below it, correct?

11   A.  Of the advertiser directly below, sure.

12   Q.  The advertiser.  Thank you.

13        If no other ads have a positive LTV, so there's only one

14   ad eligible to win the auction, then the second price is based

15   on a LTV of zero, correct?

16   A.  Yes.

17   Q.  Would you agree, then, that the beta, or blindness, feature

18   can act as an additional type of a reserve price in the LTV

19   equation?

20   A.  What's your definition of "reserve price"?

21   Q.  Sure.  A minimum price, a floor, in order to win the

22   auction.

23   A.  I think for that definition, it's valid.  Although, we're

24   talking about the edge case where there isn't someone -- there

25   isn't another advertiser beneath the advertiser in question.

1    Q.  But an advertiser must bid above the beta, or blindness,

2    cost in order to show up -- in order to win an ad auction,

3    correct?

4    A.  So the bid is multiplied by a predicted click-through rate,

5    so there's not a direct comparison between bid and beta.

6    Q.  The beta variable is subtracted out of this equation,

7    correct?

8    A.  Correct.

9    Q.  So you must at least exceed beta in order to have a

10   positive LTV to show in an ad auction, agreed?

11   A.  Correct.  Through the combination of bid and PCTR.

12   Q.  Google doesn't -- now, we can see this simplified formula

13   in front of us here, but Google does not provide LTV scores, or

14   even the calculation -- the detailed calculation for LTV scores

15   to advertising customers, correct?

16   A.  So, I think there was multiple things you had mentioned

17   there.

18   Q.  Sure.  Let me break it up.

19        Would you agree that Google does not provide the details

20   of its LTV calculation to advertisers?

21   A.  I do.

22   Q.  Google also does not provide the output or the final result

23   of the LTV calculation to advertisers, correct?

24   A.  Not explicitly.  Although, one can certainly see whether

25   you won auctions or not and infer whether your scores were

4044

```
 1    above or below zero.
 2    Q.  They only know if they've won the auction, correct?
 3    A.  Correct -- actually, I'm sorry.  That's not fully correct
 4    because we also tell advertisers estimates of how many auctions
 5    they participated in without winning an impression.  So you can
 6    get both the sense for how many auctions you've won as well as
 7    how many auctions you've lost.
 8    Q.  Are these SQR reports?
 9    A.  No.  These are impression share reports.
10    Q.  Is that part of an SQR report?
11    A.  No.  It's a separate part of our advertising reporting.
12    Q.  Do you know what that report is called?
13    A.  I usually don't think of it as existing in its own
14    standalone report.  It's a reporting metric that's called
15    impression share.
16    Q.  Google does not provide its advertising customers with
17    their ultimate LTV score that results from an ad auction,
18    correct?
19    A.  For each individual auction, correct.
20    Q.  They'll get a report on it if they were shown in an ad,
21    correct?
22    A.  Correct.
23    Q.  Or if they were charged for an ad, correct?
24    A.  Correct.  Albeit at varying levels of aggregation.
25    Q.  All right.  We're going to come back to LTV scores in a
```

 1    few.

 2              MR. DAHLQUIST:  Your Honor, I'm entering a new

 3    substantive topic that I'm happy to continue to dive deeper

 4    into or pause, since it is ten to five, and start again in the

 5    morning.  Whatever you prefer.

 6              THE COURT:  Is there something discrete you can

 7    finish in ten minutes?

 8              MR. DAHLQUIST:  Maybe.

 9              THE COURT:  If not, we can start in the morning.

10    That's fine.

11              MR. DAHLQUIST:  Unfortunately, perhaps, Your Honor, I

12    need this foundation to get to the next thing, so we'll just

13    keep going.

14    BY MR. DAHLQUIST:

15    Q.  All right.  Dr. Juda, we're going to talk about the search

16    ad auction process and a thing called launches and tunings.

17              Over time, Google has revised its search ad auction

18    process, perhaps hundreds or thousands of times, correct?

19    A.  It's conceivable.  Thousands already starts to get to a

20    large number, so I'm less confident about the thousands than I

21    am the hundreds.

22    Q.  Approximately how many times in your tenure at Google has

23    Google revised, updated its search ad auction algorithms?

24    A.  I'm not sure I've kept track of such things.

25    Q.  What would be your ballpark estimate?

1    A.  I'm not even sure.  Because usually, inasmuch as I think

2    about these things, I'm thinking about the totality of launches

3    made throughout, sort of, the search ad system, rather than

4    just those pertaining to the auction.

5    Q.  You have participated in, reviewed, and approved dozens of

6    ad launches, at minimum, correct?

7    A.  That's fair.

8    Q.  Would you agree that you've been part of, reviewed, and

9    evaluated hundreds of ad auction launches?

10   A.  Certainly search ads launches specific to the auction.  I'm

11   less confident when we start to go into hundreds.

12   Q.  And in your reference to "search ads" in that question, are

13   you referencing the search ads auction for text ads, PLAs, or

14   both?

15   A.  All of the above.

16   Q.  Do you recall if you've had more launches to the search --

17   or, let me strike the question.

18        Do you believe you've had more launches to the text ad

19   auction process than any other auction?

20   A.  It's hard to say.  My responsibilities connected to the

21   search ad auction have been for a much longer duration of time

22   compared to my responsibilities for shopping, so there's a lot

23   of things that may have predated me.

24   Q.  Understood.  And in addition to the lunches that were

25   actually implemented, Google also runs a myriad of experiments,

1    launched that are contemplated but never actually run, correct?

2    A.  Yes.

3    Q.  And each time Google introduces a collection of algorithmic

4    changes to the search ad auction, it introduces those through

5    what's called a lunch.  Do we agree on that?

6    A.  I believe so.

7    Q.  You're one of the people at Google who has the ability to

8    approve launches?  You're not the only one, but you're one of a

9    collection of people that approves launches, correct?

10   A.  That's correct.

11   Q.  And some launches are purely cosmetic, changing the color

12   of a link or other appearance features on a user interface,

13   correct?

14   A.  Correct.

15   Q.  And other launches can help target additional keywords that

16   should match in an auction, such as misspelled words, correct?

17   A.  Correct.

18   Q.  Some launches are complex algorithms -- let me strike that

19   question.

20       Let's go to UPX509.  It should be in your binder.  And

21   this is an email that -- an email chain.  And it's really the

22   document attached to it, is what I want to ask you about.

23   You're not on the email, but you have commented on the

24   document.  So, I really want to ask you about the attachment

25   and some of your comments.  So take a minute to look at UPX509.

1    A.  Just to confirm, you want to focus my attention on the

2    document, rather than the email?

3    Q.  Correct.  I'm not going to ask you any questions about the

4    cover email.  You can look at it for time reference.  It's

5    dated January 2019, and it's to Mr. Raghavan.  And who is

6    Mr. Raghavan?

7    A.  He is the general manager of several Google products, one

8    of which is the ad systems.

9    Q.  He's one of your superiors, one of your bosses?

10   A.  He's in my management chain, correct.

11   Q.  This document was sent to him in January 2019.  And I want

12   to focus on the attachment, which the title is:  How Should AQ,

13   ads quality, think about pricing.

14        We'll start walking through, but it's really -- pages 1

15   and pages 2 are where I'm going to ask you some questions.

16   A.  Okay.  I'll focus my attention, then, on reading those

17   first two pages.

18   Q.  Certainly.

19        (Pause.)

20   A.  Okay.

21   Q.  Sir, do you recall reviewing this document around January

22   2018?

23   A.  I do not.

24   Q.  If you look back at the comments, you've -- there are -- a

25   number of the comments that are in here are from you, correct?

1    A.  If you say so.  I'm not sure I saw that in the first two

2    pages.

3    Q.  Sure.  I want to make sure.  I want to show you.  If you

4    look at the end of the document, it goes -001, 002.  There's a

5    comment from you on 002, there's a comment from you on 003,

6    multiple comment 004, multiple comment 005, as well as nothing

7    on 006.  Do you see that?

8    A.  I do.

9    Q.  So sitting here today, do you have any recollection of

10   reviewing this document and commenting on it in 2018?

11   A.  No.  But I can imagine that I did, given the comments that

12   you called out.

13   Q.  This is a type of document that would have been sent to you

14   and your team for review and comment, correct?

15   A.  I'm not sure how broadly it would have been shared, but it

16   certainly appears to be a document that was sent to several

17   people.

18   Q.  It was sent up to one of your bosses, Mr. Raghavan;

19   correct?

20   A.  Based on the email, it appears so.  Although it's probably

21   worth calling out, from a timing perspective, that the document

22   has an authorship date that's a full year before the email.

23   So, I'm not sure how early Prabhaker had been involved.

24   Q.  This is part of how Google works; there's some emails and

25   you can link to documents that are on a cloud system somewhere,

1    correct?

2    A.   Correct.

3    Q.   And this appears to be a link that was from this email that

4    linked to this document, which -- and I will state for the

5    record that the attachment focused on UPX509, is Bates stamped

6    ending in 869, is where the attachment starts.

7    A.   That appears to be the case.

8    Q.   Okay.  So let's look at the --

9         THE COURT:  Excuse me.  I want to pause at the end of

10   the day, before we dive into this document -- unless you're

11   going to only spend a minute or two.

12        MR. DAHLQUIST:  No, I'll spend a little time on this.

13        THE COURT:  That's what I figured.  Okay.

14        All right.  So, Mr. Juda, we are going to adjourn for

15   the day, and we'll start tomorrow at 9:30.  I'll just ask you

16   to please not discuss your testimony with anyone overnight.

17        THE WITNESS:  Okay.

18        THE COURT:  Thank you.  Step down and step outside

19   the courtroom.

20        MR. DAHLQUIST:  Thank you, Dr. Juda.  See you

21   tomorrow.

22        THE COURT:  Okay.  Everyone, anything we need to

23   discuss before we adjourn for the night?

24        MR. DINTZER:  Your Honor, we have documents that we

25   sought to move in with Dr. Ramaswamy that Google said they

1    wouldn't have any problem with.  We sent them the list and we

2    would like to go ahead and move them in now.

3              THE COURT:  Go ahead.

4              MR. SMURZYNSKI:  Your Honor, I'm happy to look at

5    them.  I don't recall receiving the list.  That could be a

6    breakdown within our team.  And, if so, I apologize for that.

7    But I would like an opportunity to look at them, and I'll give

8    an answer to the government tomorrow morning.

9              MR. DINTZER:  That's fine.

10             THE COURT:  That's fine.

11             Mr. Cavanaugh?

12             MR. CAVANAUGH:  No, Your Honor.

13             THE COURT:  Mr. Schmidtlein?

14             MR. SCHMIDTLEIN:  No, Your Honor.

15             THE COURT:  All right.  So we've received -- we did

16   get the three transcripts last evening.  I've not had a chance

17   to personally go through it, and I hope to do that this evening

18   and have the final transcripts available by tomorrow.  So, at

19   least that's the goal.

20             I do have a sentencing tomorrow at 8:30, so there's

21   some chance that we might get started a little late, but I'm

22   hoping we'll be done by 9:30.

23             Thanks, everyone.  We'll see you in the morning.

24                           *   *   *

25

4052

1                 CERTIFICATE OF OFFICIAL COURT REPORTER

2

3        I, JANICE DICKMAN, do hereby certify that the above and

4    foregoing constitutes a true and accurate transcript of my

5    stenographic notes and is a full, true and complete transcript

6    of the proceedings to the best of my ability.

7                          Dated this 4th day of October, 2023

8

9

10                         _____

11                         Janice E. Dickman, CRR, CMR, CCR
                           Official Court Reporter
12                         Room 6523
                           333 Constitution Avenue, N.W.
13                         Washington, D.C.  20001

14

15

16

17

18

19

20

21

22

23

24

25

1                                    INDEX

2

3       WITNESSES:

4           Joshua Lowcock
                Cross Examination (Cont.)  By Mr. Sommers........3922
5               Redirect Examination By Ms. Trager...............3980
                Redirect Examination By Mr. Choksi...............3983
6
            Adam Juda
7               Direct Examination By Mr. Dahlquist..............3986

8

9       EXHIBITS ADMITTED:

10          DX411............................................3950
11          DX3004...........................................3962

11                              *   *   *

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4054

## $

**$100** [1] - 4007:9

## 0

**0.01** [1] - 4017:7
**001** [1] - 4049:4
**002** [2] - 4049:4, 4049:5
**003** [1] - 4049:5
**004** [1] - 4049:6
**005** [1] - 4049:6
**006** [1] - 4049:7
**007** [1] - 3934:23
**008** [2] - 3934:19, 3941:20
**01** [1] - 4038:24

## 1

**1** [10] - 4005:25, 4009:25, 4013:14, 4013:17, 4013:20, 4020:2, 4020:9, 4038:17, 4038:24, 4048:14
**10** [8] - 3962:6, 3977:20, 4009:25, 4013:14, 4013:17, 4013:20, 4020:2, 4020:9
**100** [3] - 3976:8, 3976:11, 4038:17
**10019** [1] - 3921:10
**10036** [1] - 3920:24
**105** [4] - 3929:3, 3929:7, 3929:8, 3929:15
**107** [2] - 3977:13, 3977:18
**108** [2] - 3972:12, 3972:15
**11** [1] - 4008:19
**1100** [1] - 3920:12
**1133** [1] - 3920:23
**114** [1] - 3921:2
**12** [1] - 4014:1
**12th** [1] - 3921:6
**1301** [1] - 3921:9
**14** [4] - 3987:15, 4004:11, 4004:15, 4030:1
**145** [1] - 3997:12
**15** [6] - 3977:14, 3987:15, 4021:15, 4021:24, 4032:16, 4032:18
**16** [1] - 4021:6
**17** [2] - 3977:14,

3977:18
**170** [1] - 3965:15
**171** [2] - 3965:14, 3965:16
**18** [2] - 3927:14, 3927:19
**19** [4] - 3929:4, 3929:8, 3929:15, 3987:15
**1:30** [1] - 3920:6
**1st** [2] - 4005:16, 4005:23

## 2

**2** [10] - 3924:9, 3946:3, 3950:24, 3965:16, 3991:18, 4005:25, 4038:20, 4039:3, 4048:15
**20** [7] - 3927:14, 3927:19, 3929:4, 3929:8, 3929:15, 3954:6, 4039:1
**20-3010** [1] - 3920:4
**20001** [3] - 3920:16, 3921:15, 4052:13
**20005** [1] - 3921:6
**2007** [1] - 3988:3
**2008** [4] - 3943:16, 4021:20, 4024:4, 4025:1
**2017** [2] - 4005:16, 4005:23
**2018** [2] - 4048:22, 4049:10
**2019** [5] - 3937:5, 4035:22, 4036:19, 4048:5, 4048:11
**202** [4] - 3920:13, 3920:17, 3920:20, 3921:7
**202-354-3267** [1] - 3921:16
**2020** [8] - 3988:10, 3993:5, 3998:4, 4030:1, 4030:5, 4030:8, 4033:13
**2021** [3] - 3987:13, 4004:11, 4004:15
**2022** [3] - 3943:16, 3944:8, 4007:5
**2023** [3] - 3920:5, 3944:3, 4052:7
**209** [1] - 3920:19
**21** [2] - 3965:15, 4025:25
**212** [3] - 3920:25, 3921:11, 3921:12
**22** [3] - 4004:13,

4004:14, 4004:15
**2200** [1] - 3920:24
**222** [1] - 3954:5
**23** [2] - 4004:16
**25** [1] - 3954:6
**250** [1] - 4029:2
**27603** [1] - 3921:3
**28** [4] - 3923:16, 3948:6, 3974:1, 3974:20
**286** [2] - 3923:12, 3923:17
**296** [1] - 3924:8

## 3

**3** [11] - 3920:5, 3923:13, 3923:17, 3925:8, 3925:14, 3979:21, 3996:11, 3997:4, 3997:7, 4036:22, 4039:4
**30** [2] - 3962:6, 4039:1
**3003** [2] - 3941:6, 3941:17
**3004** [3] - 3961:22, 3962:10, 3962:13
**307-0340** [1] - 3920:13
**333** [2] - 3921:15, 4052:12
**335-2793** [1] - 3920:25
**38** [2] - 4035:9, 4035:10
**3:15** [1] - 3979:22

## 4

**4** [4] - 3923:13, 3923:17, 4004:16, 4024:7
**4000** [1] - 3920:16
**405** [1] - 3925:8
**408** [1] - 3934:23
**40th** [1] - 3921:10
**411** [2] - 3950:19, 3950:22
**434-5000** [1] - 3921:7
**450** [1] - 3920:15
**497-7728** [1] - 3921:11
**4th** [1] - 4052:7

## 5

**5** [5] - 3972:12, 3972:15, 3977:18, 4029:22, 4030:21
**52** [1] - 3941:20
**53** [1] - 3942:3
**57** [3] - 3927:13, 3927:18, 3927:19

**598-2685** [1] - 3920:17
**5th** [1] - 3920:15

## 6

**6** [4] - 3924:9, 3934:23, 3999:18, 4039:6
**600** [1] - 3920:19
**60604** [1] - 3920:20
**6523** [2] - 3921:14, 4052:12

## 7

**7** [1] - 4039:6
**7000** [3] - 4008:17, 4008:19, 4014:4
**7001** [2] - 4013:25, 4016:2
**716-6031** [1] - 3921:3
**725** [1] - 3921:6
**759** [2] - 4021:15, 4021:24
**765** [1] - 4025:24, 4026:14

## 8

**8** [3] - 3955:23, 3955:24, 3956:6
**805-8563** [1] - 3920:20
**8054** [1] - 4036:21
**80s** [1] - 3947:18
**842** [1] - 4013:25
**85** [1] - 3947:19
**869** [1] - 4050:6
**88.3** [1] - 3947:14
**8:30** [1] - 4051:20

## 9

**9** [3] - 3941:11, 3955:24, 3972:13, 3972:15
**919** [1] - 3921:3
**995** [3] - 4000:1, 4000:14, 4000:22
**999-5800** [1] - 3921:12
**9:30** [2] - 4050:15, 4051:22

## A

**ability** [6] - 3950:2, 3958:19, 3980:14, 4041:16, 4047:7, 4052:6
**able** [5] - 3958:1, 3985:19, 3985:23,

4055

3990:25, 4040:2

**accept** [2] - 3948:6, 3976:20

**access** [4] - 3970:25, 3971:1, 3981:1

**accommodate** [1] - 3971:12

**accomplish** [4] - 3934:8, 3936:15, 3936:20, 3937:1

**accurate** [2] - 4031:12, 4052:4

**accurately** [3] - 3942:10, 3942:22, 3981:19

**achieve** [6] - 3929:19, 3930:8, 3934:14, 3953:17, 3954:12, 3980:10

**achieving** [5] - 3949:23, 3950:6, 3951:10, 3952:23, 3953:1

**acknowledged** [1] - 3943:7

**acquired** [1] - 3967:2

**acronyms** [1] - 3948:18

**act** [1] - 4042:18

**action** [5] - 3932:21, 3933:4, 4018:11, 4018:16, 4022:16

**active** [3] - 4002:16, 4002:25, 4003:12

**actively** [5] - 4001:16, 4001:21, 4002:3, 4002:9, 4002:14

**activity** [2] - 3960:7, 3960:21

**actual** [1] - 4020:9

**ad** [188] - 3923:1, 3923:2, 3930:20, 3930:21, 3931:1, 3932:21, 3932:23, 3933:4, 3933:11, 3934:7, 3934:8, 3940:2, 3940:8, 3948:3, 3948:15, 3948:16, 3948:21, 3949:11, 3949:13, 3949:16, 3949:19, 3949:23, 3949:24, 3949:25, 3950:5, 3950:6, 3950:7, 3951:18, 3953:8, 3953:16, 3954:17, 3954:25, 3957:5, 3957:10, 3958:11, 3960:2, 3960:9, 3961:25, 3972:1,

3973:5, 3977:5, 3985:7, 3989:21, 3991:6, 3991:19, 3991:22, 3991:25, 3992:2, 3992:10, 3992:19, 3992:25, 3993:3, 3993:7, 3993:9, 3993:24, 3993:25, 3994:10, 3994:18, 3994:19, 3994:23, 3994:25, 3995:1, 3995:7, 3995:8, 3996:1, 3996:6, 3996:15, 3996:18, 3996:25, 3997:4, 3997:18, 3997:20, 3998:17, 4001:4, 4001:9, 4001:10, 4001:20, 4002:2, 4002:13, 4002:20, 4003:4, 4003:11, 4003:12, 4003:19, 4003:21, 4003:22, 4003:25, 4004:2, 4004:5, 4006:18, 4006:23, 4010:21, 4011:7, 4011:10, 4011:14, 4011:18, 4012:7, 4013:18, 4014:17, 4014:19, 4015:1, 4015:17, 4015:20, 4016:6, 4016:11, 4016:16, 4016:25, 4017:6, 4017:10, 4017:16, 4017:21, 4018:1, 4018:3, 4018:4, 4018:15, 4018:21, 4018:24, 4019:1, 4020:17, 4020:21, 4020:25, 4021:5, 4022:18, 4022:21, 4023:4, 4023:5, 4023:11, 4023:18, 4023:19, 4025:25, 4026:6, 4026:25, 4027:8, 4027:11, 4027:13, 4027:18, 4027:23, 4027:24, 4028:4, 4030:11, 4030:13, 4030:16, 4030:17, 4031:6, 4031:9, 4031:14, 4031:19, 4032:1, 4032:9, 4032:12, 4032:20, 4034:3, 4034:25, 4035:2, 4035:12, 4039:24, 4040:17, 4040:18, 4040:22, 4041:9, 4041:23,

4042:14, 4043:2, 4043:10, 4044:17, 4044:20, 4044:23, 4045:16, 4045:17, 4045:23, 4046:3, 4046:6, 4046:9, 4046:18, 4046:21, 4047:4, 4048:8

**Ad** [1] - 3991:18

**ad's** [1] - 4035:14

**Adam** [2] - 3986:23, 4053:6

**ADAM** [1] - 3986:6

**add** [5] - 3934:4, 3936:15, 4011:21, 4012:5, 4031:5

**added** [3] - 3935:14, 3936:18, 3936:19

**adding** [1] - 4005:24

**addition** [4] - 4011:5, 4033:22, 4037:16, 4046:24

**additional** [5] - 3997:5, 3997:16, 4024:2, 4042:18, 4047:15

**address** [2] - 3971:13, 4005:20

**adequate** [1] - 4020:24

**adjacent** [1] - 3991:17

**adjourn** [2] - 4050:14, 4050:23

**admit** [1] - 3936:2

**admitted** [3] - 3936:21, 3950:22, 3962:13

**ADMITTED** [1] - 4053:8

**adoption** [1] - 3947:7

**ads** [174] - 3922:11, 3922:13, 3922:15, 3922:20, 3922:22, 3922:25, 3923:1, 3923:4, 3923:7, 3923:20, 3923:22, 3924:5, 3926:1, 3927:20, 3931:9, 3931:19, 3932:6, 3932:19, 3933:9, 3933:23, 3934:12, 3934:13, 3934:14, 3938:9, 3938:24, 3949:8, 3952:25, 3953:1, 3958:1, 3961:4, 3964:1, 3964:4, 3969:9, 3969:10, 3976:8, 3976:11, 3977:8, 3978:1, 3978:7,

3978:18, 3978:22, 3979:9, 3981:5, 3984:12, 3986:5, 3988:2, 3988:6, 3988:7, 3988:20, 3989:23, 3990:1, 3995:11, 3995:19, 3996:10, 3996:12, 3996:14, 3996:22, 3996:23, 3996:24, 3998:7, 3998:10, 3998:12, 3998:14, 3998:24, 3998:25, 3999:1, 3999:4, 4000:7, 4000:8, 4001:3, 4001:6, 4001:7, 4001:14, 4002:5, 4004:18, 4004:20, 4005:3, 4005:4, 4006:3, 4006:8, 4006:9, 4006:14, 4006:15, 4006:18, 4006:20, 4006:21, 4006:23, 4006:24, 4007:1, 4007:4, 4007:7, 4007:12, 4007:16, 4007:21, 4008:6, 4008:9, 4008:10, 4008:13, 4008:14, 4009:7, 4009:21, 4011:2, 4011:16, 4011:19, 4012:3, 4016:10, 4016:14, 4016:18, 4016:22, 4017:2, 4018:6, 4018:7, 4018:10, 4018:16, 4018:24, 4019:1, 4019:11, 4019:15, 4019:16, 4019:19, 4019:20, 4021:10, 4021:19, 4022:14, 4023:2, 4023:10, 4023:13, 4024:10, 4024:21, 4024:22, 4025:6, 4025:8, 4025:12, 4025:16, 4025:19, 4025:22, 4026:11, 4026:16, 4026:21, 4027:1, 4027:25, 4029:13, 4034:4, 4034:18, 4035:21, 4035:24, 4036:7, 4036:18, 4040:1, 4040:3, 4040:5, 4041:8, 4041:14, 4042:2, 4042:13, 4046:10, 4046:12, 4046:13, 4048:13

**Ads** [2] - 3997:10,

4036:5
  **ads.google.com** [1] - 4012:8
  **advance** [1] - 3958:21
  **advertise** [3] - 3982:9, 3995:16, 3998:7
  **advertisement** [5] - 3932:25, 3989:23, 4003:22, 4020:18, 4022:18
  **advertisements** [3] - 3959:15, 4004:20, 4019:11
  **advertiser** [44] - 3931:1, 3933:1, 3944:7, 3944:8, 3971:6, 3977:4, 3977:6, 3989:20, 3992:9, 3992:19, 3992:24, 3993:2, 3993:6, 3993:25, 3994:10, 3994:19, 3995:11, 3995:19, 3995:25, 3996:3, 3996:6, 3996:19, 3997:1, 4012:7, 4012:20, 4012:24, 4013:3, 4016:12, 4019:4, 4019:23, 4020:6, 4028:17, 4031:25, 4035:13, 4037:14, 4037:21, 4038:3, 4038:5, 4038:7, 4042:11, 4042:12, 4042:25, 4043:1
  **advertiser's** [4] - 4012:25, 4031:5, 4031:8, 4037:16
  **advertisers** [33] - 3927:7, 3927:10, 3928:25, 3929:13, 3931:9, 3931:19, 3932:18, 3940:2, 3964:22, 3964:25, 3969:3, 3969:8, 3969:11, 3969:14, 3969:21, 3969:25, 3973:14, 3979:9, 3983:7, 3993:16, 3995:13, 3995:15, 4013:21, 4013:22, 4023:1, 4031:22, 4033:24, 4037:19, 4037:22, 4040:2, 4043:20, 4043:23, 4044:4
  **advertisers'** [2] - 4024:1, 4028:23
  **advertising** [63] -

3927:5, 3927:7, 3927:11, 3929:18, 3929:23, 3929:25, 3930:2, 3930:5, 3930:8, 3930:11, 3931:4, 3931:5, 3931:14, 3931:18, 3933:5, 3937:7, 3939:3, 3939:9, 3939:19, 3939:24, 3940:1, 3940:17, 3943:15, 3945:4, 3946:12, 3949:20, 3951:22, 3957:21, 3958:24, 3958:25, 3959:8, 3959:9, 3959:18, 3960:17, 3961:3, 3962:20, 3963:3, 3964:25, 3969:19, 3973:15, 3976:15, 3981:22, 3981:25, 3982:1, 3982:3, 3983:4, 3983:6, 3983:8, 3983:10, 3983:11, 3998:16, 3998:19, 3998:21, 4000:6, 4000:12, 4004:2, 4010:6, 4010:18, 4030:10, 4043:15, 4044:11, 4044:16
  **advice** [4] - 3927:10, 3953:6, 3955:10, 3955:12
  **advise** [6] - 3950:4, 3952:2, 3952:8, 3954:17, 3963:8
  **advised** [1] - 3945:4
  **affiliates** [1] - 3962:16
  **afternoon** [7] - 3922:9, 3979:20, 3984:22, 3984:23, 3985:3, 3986:5, 4015:13
  **agencies** [1] - 3962:20
  **agency** [5] - 3955:4, 3956:12, 3962:16, 3962:23, 3963:3
  **aggregation** [1] - 4044:24
  **ago** [8] - 3936:4, 3939:18, 3966:18, 3977:25, 3978:3, 3988:22, 4020:12, 4030:16
  **agree** [122] - 3923:7, 3923:9, 3924:19, 3926:6, 3927:1, 3927:3, 3928:18, 3928:21, 3929:18, 3929:20, 3931:9,

3931:11, 3931:18, 3933:23, 3935:16, 3935:18, 3935:19, 3936:10, 3936:11, 3939:7, 3939:14, 3940:22, 3940:24, 3941:3, 3941:4, 3944:13, 3944:14, 3946:8, 3946:11, 3962:15, 3962:19, 3962:21, 3969:2, 3969:7, 3975:16, 3988:17, 3988:18, 3989:19, 3991:19, 3994:17, 3994:18, 3994:23, 3994:25, 3995:7, 3995:24, 3996:5, 3996:11, 3996:18, 3996:25, 3999:23, 4001:2, 4001:20, 4002:2, 4002:12, 4002:20, 4003:4, 4003:19, 4004:1, 4005:3, 4006:8, 4007:11, 4009:1, 4009:12, 4010:3, 4010:10, 4010:25, 4011:9, 4011:22, 4013:7, 4013:10, 4016:10, 4016:18, 4017:22, 4017:24, 4020:6, 4020:17, 4020:21, 4022:10, 4022:17, 4023:10, 4023:15, 4023:17, 4023:21, 4024:9, 4024:17, 4024:23, 4025:4, 4025:11, 4025:15, 4026:6, 4026:20, 4026:24, 4027:5, 4027:12, 4028:3, 4030:4, 4030:17, 4031:4, 4031:10, 4031:13, 4031:22, 4032:10, 4032:18, 4032:22, 4033:4, 4033:19, 4034:2, 4034:18, 4034:20, 4034:24, 4035:16, 4035:17, 4037:7, 4037:13, 4038:21, 4041:7, 4041:13, 4042:17, 4043:19, 4046:8, 4047:5
  **agreed** [4] - 3951:8, 3985:11, 4021:2, 4043:10
  **agreement** [1] - 4029:1
  **ahead** [4] - 3931:24,

3979:20, 4051:2, 4051:3
  **airport** [1] - 3987:9
  **airports** [1] - 3987:10
  **al** [1] - 3920:3
  **albeit** [1] - 4044:24
  **algorithm** [8] - 4023:4, 4023:17, 4025:8, 4026:21, 4026:25, 4032:5, 4039:10, 4041:20
  **algorithmic** [1] - 4047:3
  **algorithms** [9] - 4008:14, 4009:7, 4010:17, 4020:19, 4027:5, 4030:12, 4030:13, 4045:23, 4047:18
  **allocate** [1] - 3987:9
  **allocation** [2] - 3951:7, 4017:13
  **allow** [1] - 3970:20
  **allows** [1] - 4012:20
  **almost** [2] - 3962:19, 4028:16
  **alternatively** [2] - 3934:19, 4040:22
  **Amazon** [20] - 3934:11, 3934:12, 3934:13, 3934:14, 3935:10, 3935:15, 3938:14, 3938:25, 3939:3, 3939:8, 3939:10, 3942:17, 3943:19, 3947:23, 3947:25, 3948:5, 3971:17, 3982:6, 3982:9, 3983:7
  **ambition** [1] - 4029:2
  **America** [1] - 3920:2
  **Americas** [2] - 3920:23, 3921:9
  **AMIT** [1] - 3920:9
  **amount** [2] - 3969:25, 3989:20
  **analysis** [7] - 3957:7, 3958:18, 3959:19, 3961:24, 3970:20, 3970:24, 3970:25
  **analytics** [1] - 3945:9
  **annotation** [1] - 4010:15
  **anonymize** [1] - 3971:5
  **answer** [40] - 3926:11, 3926:15, 3927:15, 3927:20, 3927:23, 3931:22, 3932:2, 3940:7, 3944:6,

4057

3949:25, 3953:4, 3959:22, 3961:12, 3965:1, 3966:2, 3966:23, 3967:1, 3967:6, 3967:7, 3967:8, 3967:15, 3967:16, 3967:18, 3971:7, 3975:10, 3977:11, 3977:12, 3978:1, 3978:6, 3978:9, 3978:15, 3978:23, 3983:21, 4004:17, 4004:19, 4004:25, 4014:13, 4020:5, 4051:8

**answered** [2] - 3979:3, 4002:22

**apart** [1] - 3924:18

**API** [3] - 4012:11, 4012:13, 4012:20

**apologies** [2] - 3948:19, 3959:21

**apologize** [4] - 3925:4, 3958:21, 3990:17, 4051:6

**appear** [11] - 3991:7, 3991:21, 4001:6, 4008:11, 4011:19, 4011:21, 4012:3, 4012:4, 4019:8, 4022:22, 4023:2

**appearance** [1] - 4047:12

**APPEARANCES** [1] - 3920:11

**appeared** [1] - 4021:22

**application** [1] - 4012:17

**Applied** [1] - 3987:6

**apply** [1] - 4010:15

**appreciate** [5] - 3945:2, 3967:16, 3976:22, 3976:25, 3996:4

**approach** [3] - 3951:6, 3990:18, 4004:6

**appropriate** [5] - 3952:21, 3952:25, 3977:20, 3978:12, 3984:2

**appropriately** [1] - 3971:13

**approve** [1] - 4047:8

**approved** [6] - 3995:11, 3995:13, 3995:24, 3995:25, 3996:3, 4046:5

**approver** [1] - 3989:3

**approves** [1] - 4047:9

**approximation** [1] - 4010:25

**AQ** [1] - 4048:12

**area** [1] - 3988:24

**argue** [2] - 3924:22, 3949:14

**arrive** [1] - 4006:20

**art** [1] - 3960:18

**articles** [1] - 3947:9

**articulated** [1] - 3970:5

**aspects** [2] - 4006:16, 4006:17

**aspiration** [1] - 4032:23

**assess** [1] - 3957:13

**assets** [3] - 3959:6, 3959:9, 3981:1

**assist** [1] - 4014:10

**associated** [3] - 4021:18, 4041:9, 4041:15

**assume** [3] - 3931:1, 3964:12, 4029:19

**assuming** [2] - 3972:10, 3993:18

**attached** [1] - 4047:22

**attachment** [4] - 4047:24, 4048:12, 4050:5, 4050:6

**attempt** [3] - 4017:11, 4019:6, 4032:8

**attempts** [1] - 4027:8

**attention** [8] - 3925:15, 3941:12, 3942:2, 3951:2, 4004:10, 4029:22, 4048:1, 4048:16

**attract** [4] - 3928:16, 3928:22, 3933:2, 3944:7

**attracted** [1] - 3932:21

**attributes** [1] - 3957:8

**auction** [115] - 3959:25, 3960:6, 3960:8, 3960:13, 3963:23, 3964:1, 3964:3, 3964:8, 3964:11, 3972:2, 3973:18, 3974:11, 3974:14, 3976:18, 3977:5, 3985:7, 3986:5, 3987:8, 3992:15, 3992:16, 4000:7, 4006:18, 4006:21, 4006:23, 4008:14, 4008:23, 4009:2, 4009:4, 4009:7, 4009:11, 4009:19, 4009:21,

4010:8, 4011:13, 4011:16, 4011:18, 4011:24, 4012:1, 4013:14, 4013:18, 4014:5, 4015:17, 4015:18, 4015:20, 4015:21, 4017:10, 4017:13, 4017:15, 4017:19, 4017:21, 4017:25, 4018:1, 4018:7, 4018:11, 4018:15, 4018:21, 4018:24, 4019:1, 4019:10, 4019:15, 4019:16, 4019:18, 4020:3, 4022:19, 4023:5, 4023:11, 4023:19, 4025:12, 4025:16, 4025:22, 4026:11, 4026:22, 4026:25, 4028:4, 4028:11, 4028:12, 4028:19, 4028:20, 4034:4, 4035:2, 4035:5, 4035:6, 4035:7, 4035:21, 4036:7, 4036:18, 4036:20, 4041:8, 4041:9, 4041:14, 4041:15, 4041:17, 4041:18, 4041:25, 4042:3, 4042:7, 4042:14, 4042:22, 4043:2, 4043:10, 4044:2, 4044:17, 4044:19, 4045:16, 4045:17, 4045:23, 4046:4, 4046:9, 4046:10, 4046:13, 4046:19, 4046:21, 4047:4, 4047:16

**Auction** [1] - 4036:5

**auction-based** [2] - 3959:25, 3960:6

**auctions** [8] - 3987:8, 4017:18, 4018:15, 4019:4, 4043:25, 4044:4, 4044:6, 4044:7

**audience** [5] - 3937:12, 3938:14, 3938:18, 3938:21, 4006:12

**audiences** [5] - 3928:16, 3928:22, 3928:24, 3929:1, 3929:14

**audio** [1] - 3982:4

**author** [1] - 4029:17

**author's** [1] - 4021:17

**authored** [1] - 3991:16

**Authority** [1] - 4029:15

**authorship** [1] - 4049:22

**automated** [4] - 3992:22, 4037:22, 4038:1, 4038:6

**automatically** [1] - 3954:21

**available** [6] - 3934:6, 3964:15, 3968:1, 3975:12, 3993:15, 4051:18

**availing** [1] - 3963:8

**Avenue** [4] - 3920:23, 3921:9, 3921:15, 4052:12

**aversion** [1] - 3983:3

**aware** [18] - 3922:18, 3939:18, 3939:21, 3945:21, 3946:1, 3961:17, 3963:4, 3963:5, 3964:24, 3971:11, 3971:17, 3971:20, 3976:8, 3976:11, 3976:14, 3976:17, 3976:19, 3998:4

**awareness** [23] - 3924:2, 3924:6, 3924:16, 3924:21, 3925:17, 3926:8, 3926:14, 3929:23, 3930:12, 3933:11, 3933:23, 3933:24, 3934:15, 3935:4, 3935:10, 3935:17, 3936:12, 3945:20, 3980:14, 3981:3, 4003:20, 4004:4, 4004:22

**Axiom** [1] - 3970:12

## B

**back-end** [1] - 3998:18

**bad** [2] - 4040:7, 4040:12

**ballpark** [2] - 4007:10, 4045:25

**bang** [1] - 3957:14

**base** [1] - 4035:15

**based** [15] - 3949:14, 3954:12, 3959:25, 3960:4, 3960:6, 3963:11, 3980:9, 3980:25, 4016:15, 4016:19, 4025:1, 4042:3, 4042:9,

4058

4042:14, 4049:20
**basement** [1] - 3972:3
**basic** [5] - 4030:23,
4031:4, 4031:14,
4037:7
**basis** [4] - 3951:23,
3957:21, 4000:3,
4016:17
**Bates** [11] - 3925:8,
3934:23, 3997:10,
3999:21, 3999:24,
4000:1, 4000:14,
4021:15, 4021:24,
4026:14, 4050:5
**become** [1] - 4008:19
**becomes** [1] - 3960:11
**BEFORE** [1] - 3920:9
**begin** [1] - 3990:23
**begins** [4] - 3941:23,
3951:3, 4028:11,
4030:23
**behalf** [4] - 3966:25,
3984:24, 3985:4,
4037:25
**behavior** [1] - 3980:18
**behind** [2] - 3929:10,
3990:24
**Belknap** [1] - 3920:23
**bell** [2] - 3945:8,
3987:15
**below** [10] - 4001:25,
4002:19, 4015:5,
4017:6, 4017:16,
4018:2, 4018:3,
4042:10, 4042:11,
4044:1
**BENCH** [1] - 3920:9
**beneath** [1] - 4042:25
**beside** [1] - 4024:9
**best** [8] - 3953:17,
3970:15, 3985:21,
3986:5, 4034:13,
4034:15, 4039:21,
4052:6
**beta** [17] - 4014:22,
4037:4, 4039:12,
4039:15, 4039:16,
4039:21, 4039:23,
4040:10, 4040:15,
4040:18, 4040:23,
4041:21, 4042:17,
4043:1, 4043:5,
4043:6, 4043:9
**better** [6] - 3953:9,
3958:7, 3960:6,
3962:22, 3999:2,
4040:12
**between** [20] - 3936:2,
3936:17, 3936:25,
3953:3, 3957:4,

3958:25, 3960:5,
3961:3, 3962:6,
3969:3, 3980:15,
4012:16, 4014:3,
4015:8, 4018:13,
4020:8, 4027:4,
4035:12, 4038:17,
4043:5
**beyond** [2] - 3954:16,
4001:5
**bid** [39] - 3974:18,
3974:22, 3974:25,
3977:4, 3992:19,
3992:24, 3993:6,
3993:12, 3993:13,
4009:15, 4009:19,
4011:7, 4013:1,
4017:12, 4018:1,
4018:3, 4018:4,
4024:22, 4028:17,
4028:23, 4031:5,
4031:6, 4031:23,
4035:12, 4035:14,
4037:11, 4037:13,
4037:17, 4037:20,
4037:25, 4038:4,
4042:9, 4042:10,
4043:1, 4043:4,
4043:5, 4043:11
**bidding** [19] - 3963:23,
3964:1, 3964:3,
3964:8, 3964:11,
3992:14, 3992:15,
3992:21, 3992:22,
3993:17, 3993:18,
3997:17, 3998:1,
4028:18, 4031:18,
4037:22, 4038:1,
4038:6
**bids** [2] - 3993:2,
4037:4
**big** [1] - 3925:12
**biggest** [1] - 3957:14
**billboard** [1] - 3981:3
**billboards** [1] - 3981:5
**billion** [2] - 4007:9,
4009:5
**binder** [21] - 3925:2,
3934:17, 3937:16,
3945:14, 3950:12,
3955:15, 3968:5,
3973:25, 3974:8,
3990:21, 3991:3,
3999:11, 4004:8,
4005:8, 4008:19,
4013:24, 4028:7,
4029:6, 4034:11,
4035:20, 4047:20
**binders** [1] - 3986:1
**Bing** [3] - 3935:3,

3942:17, 3948:5
**bit** [9] - 3934:11,
3936:8, 3963:15,
3967:19, 3996:21,
4011:11, 4018:20,
4020:4, 4030:19
**black** [8] - 4025:12,
4025:16, 4025:18,
4025:21, 4026:3,
4026:7, 4026:10,
4026:15
**blindness** [15] -
4039:13, 4039:14,
4039:17, 4039:21,
4039:25, 4040:6,
4040:7, 4040:10,
4041:7, 4041:13,
4041:16, 4041:21,
4042:17, 4043:1
**blog** [2] - 3945:15,
3946:2
**blogs** [1] - 3947:9
**blow** [3] - 3935:2,
4034:7, 4035:10
**blowup** [1] - 4034:7
**blush** [3] - 3994:14,
4021:18, 4036:11
**body** [1] - 3995:8
**bold** [3] - 3979:13,
4017:5
**bosses** [2] - 4048:9,
4049:18
**bottom** [8] - 3941:22,
3946:3, 3955:24,
3956:7, 3997:11,
4000:15, 4026:24,
4030:21
**bought** [2] - 3951:22,
3981:1
**boundary** [1] -
4028:14
**box** [11] - 3946:17,
3990:3, 3990:7,
4025:12, 4025:16,
4025:18, 4025:21,
4026:4, 4026:7,
4026:10, 4026:16
**boxes** [2] - 4034:11,
4034:17
**brand's** [1] - 3956:16
**break** [8] - 3930:11,
3940:6, 3969:7,
3975:19, 3979:20,
3994:24, 3995:5,
4043:18
**breakdown** [1] -
4051:6
**brief** [2] - 3981:22,
4031:11
**briefing** [1] - 4029:14

**briefly** [1] - 3933:6
**broadening** [3] -
4023:21, 4023:22,
4024:3
**broader** [1] - 3995:5
**broadly** [10] - 3923:6,
3932:16, 3932:22,
3965:1, 3965:3,
3965:4, 3970:13,
3973:12, 3974:19,
4049:15
**broke** [1] - 3922:10
**browse** [1] - 3991:10
**buck** [1] - 3957:14
**budget** [14] - 3949:24,
3951:7, 3951:11,
3952:4, 3952:21,
3952:25, 3954:11,
3956:15, 3958:5,
3958:19, 3961:14,
3980:8, 3980:25
**budgetary** [1] -
3958:18
**budgets** [1] - 3958:23
**built** [1] - 3956:24
**bullet** [7] - 3956:15,
3956:24, 3957:6,
3958:3, 3958:17,
3961:23, 3962:5
**bunch** [2] - 3974:13,
4010:4
**Business** [1] - 3987:7
**business** [10] -
3939:21, 3944:18,
3947:6, 3949:2,
3957:4, 3958:7,
3962:6, 3988:7,
3990:1, 4037:23
**businesses** [3] -
3922:18, 3922:19,
3956:25
**butcher** [1] - 4007:25
**buy** [17] - 3926:1,
3926:3, 3927:11,
3931:11, 3933:9,
3934:5, 3934:12,
3934:13, 3938:24,
3957:21, 3958:2,
3959:1, 3959:8,
3984:1, 3984:2,
3984:12
**buying** [4] - 3942:21,
3959:7, 3984:10,
3984:17
**BY** [45] - 3925:5,
3925:13, 3929:9,
3932:13, 3936:6,
3937:4, 3938:7,
3943:14, 3950:23,
3954:15, 3961:11,

4059

3966:17, 3968:25, 3974:9, 3977:22, 3978:13, 3979:5, 3980:3, 3982:17, 3983:5, 3983:15, 3986:13, 3987:25, 3990:20, 3993:23, 3994:7, 3999:10, 4000:4, 4000:21, 4003:2, 4003:17, 4004:7, 4005:12, 4005:21, 4012:6, 4014:9, 4015:14, 4016:5, 4022:4, 4029:5, 4029:11, 4036:4, 4037:1, 4041:6, 4045:14

## C

**calculate** [1] - 4037:8
**calculated** [3] - 4028:10, 4028:11, 4028:14
**calculates** [5] - 3973:10, 3973:12, 4010:18, 4027:22, 4028:3
**calculation** [11] - 4022:21, 4032:8, 4033:4, 4033:8, 4033:17, 4033:19, 4039:12, 4043:14, 4043:20, 4043:23
**campaign** [8] - 3950:1, 3955:6, 3955:7, 3956:18, 3956:20, 3956:22, 3958:19, 3960:4
**campaigns** [1] - 3956:16
**candid** [1] - 3969:14
**candidly** [1] - 3961:1
**cannot** [1] - 3958:25
**capture** [2] - 4032:9, 4039:23
**care** [1] - 3948:23
**career** [1] - 3988:12
**Carolina** [1] - 3921:1
**cart** [1] - 3934:5
**case** [12] - 3932:12, 3936:5, 3944:15, 3944:16, 3955:20, 3960:12, 3964:13, 3996:13, 4002:17, 4005:1, 4042:24, 4050:7
**cases** [1] - 4035:17
**catch** [3] - 3931:10, 3931:20, 3932:18

**categories** [3] - 3979:11, 3979:12, 3979:13
**category** [4] - 3928:23, 3932:19, 3970:2, 3977:10
**Cavanaugh** [1] - 3920:22
**cavanaugh** [1] - 4051:11
**CAVANAUGH** [1] - 4051:12
**CCR** [1] - 4052:11
**cede** [1] - 3960:21
**ceding** [1] - 3961:7
**certain** [15] - 3927:7, 3931:14, 3952:21, 3958:25, 3963:19, 3963:21, 3963:22, 3964:14, 3968:3, 3979:11, 3981:8, 3981:12, 3983:2, 4034:9
**certainly** [13] - 3989:22, 3990:4, 3998:21, 4002:5, 4008:4, 4009:6, 4032:23, 4040:12, 4042:6, 4043:24, 4046:10, 4048:18, 4049:16
**CERTIFICATE** [1] - 4052:1
**certify** [1] - 4052:3
**chain** [3] - 4005:13, 4047:21, 4048:10
**challenge** [2] - 3959:24, 3976:22
**chance** [7] - 3923:17, 3924:12, 3932:14, 3954:8, 3956:3, 4051:16, 4051:21
**change** [5] - 3959:20, 4008:5, 4041:9, 4041:14
**changed** [3] - 3967:3, 4007:17, 4033:14
**changes** [3] - 3971:12, 3976:17, 4047:4
**changing** [2] - 3971:15, 4047:11
**channel** [18] - 3924:5, 3924:16, 3925:16, 3926:14, 3951:8, 3951:12, 3957:9, 3958:7, 3958:13, 3958:15, 3958:16, 3959:7, 3959:10, 3959:18, 3960:22, 3980:9, 3980:19,

3981:2
**channels** [17] - 3949:9, 3949:11, 3949:15, 3949:17, 3949:25, 3951:6, 3951:17, 3953:3, 3957:13, 3958:6, 3959:1, 3959:4, 3960:5, 3960:14, 3980:15, 3980:17
**Chapters** [1] - 4021:6
**characterization** [2] - 3963:20, 4026:6
**charge** [2] - 4026:17, 4027:1
**charged** [5] - 3989:20, 4016:7, 4016:12, 4016:16, 4044:23
**charging** [1] - 4017:12
**chart** [7] - 3935:1, 3935:2, 3935:3, 3943:15, 3948:4, 3981:21, 3981:24
**Chat** [5] - 3944:21, 3944:24, 3946:2, 3946:11, 3947:1
**checking** [1] - 3950:14
**Chicago** [1] - 3920:20
**CHOKSI** [8] - 3936:18, 3965:17, 3965:21, 3968:19, 3977:15, 3978:10, 3983:15, 3984:3
**Choksi** [1] - 3921:1
**Choksi................ 3983** [1] - 4053:5
**chooses** [1] - 4019:4
**Chris** [1] - 3945:7
**circles** [1] - 3982:25
**circumstance** [1] - 3989:18
**circumstances** [3] - 3952:22, 3981:13, 4039:8
**clarification** [1] - 3925:22
**clarity** [1] - 4018:6
**clean** [13] - 3970:9, 3970:11, 3970:14, 3970:19, 3970:23, 3970:24, 3970:25, 3971:2, 3971:4, 3971:9, 3971:10, 3971:17, 3971:20
**clear** [5] - 3969:11, 3975:8, 3978:24, 4014:2, 4034:22
**clearly** [1] - 4015:11
**click** [35] - 3931:11, 3931:14, 3931:21,

3934:3, 3934:4, 3971:3, 3975:14, 3989:16, 3989:17, 3989:19, 3992:5, 3992:10, 3992:12, 3992:18, 3993:17, 3997:23, 4010:22, 4011:21, 4012:4, 4014:16, 4016:17, 4026:17, 4027:2, 4028:25, 4037:20, 4037:25, 4038:11, 4038:12, 4038:14, 4040:3, 4040:5, 4041:2, 4041:9, 4041:15, 4043:4
**click-through** [9] - 4010:22, 4014:16, 4038:11, 4038:12, 4038:14, 4041:2, 4041:9, 4041:15, 4043:4
**clicked** [1] - 3930:19
**clicking** [1] - 4031:8
**clicks** [8] - 3930:22, 3934:2, 3989:20, 4013:1, 4016:7, 4016:11, 4016:15, 4016:19
**client** [10] - 3951:6, 3952:8, 3955:19, 3955:22, 3956:4, 3956:5, 3960:22, 3981:14, 3981:15
**client's** [1] - 3949:1
**clients** [55] - 3927:20, 3933:9, 3934:12, 3934:13, 3938:24, 3939:10, 3939:12, 3939:13, 3940:17, 3943:23, 3944:12, 3944:18, 3945:4, 3946:22, 3946:24, 3947:9, 3947:11, 3948:14, 3948:15, 3948:20, 3948:23, 3949:6, 3949:8, 3949:19, 3949:22, 3950:5, 3952:2, 3952:14, 3953:5, 3954:17, 3954:19, 3955:3, 3955:4, 3955:5, 3955:8, 3955:10, 3965:6, 3965:8, 3966:20, 3966:25, 3967:11, 3967:14, 3968:2, 3973:19, 3973:23, 3974:21, 3975:4, 3982:5, 3982:8,

4060

3982:10, 3982:11, 3982:18, 3983:2, 3983:6, 3983:10
**close** [3] - 3926:19, 3926:23, 3966:11
**cloud** [1] - 4049:25
**CMR** [1] - 4052:11
**CNN** [1] - 3932:14
**co** [2] - 4007:18, 4007:21
**co-lead** [2] - 4007:18, 4007:21
**coefficient** [2] - 3957:7, 3957:18
**collaboration** [1] - 4029:20
**colleague** [1] - 3932:10
**colleagues** [1] - 3954:16
**collection** [6] - 4008:10, 4009:7, 4014:15, 4041:18, 4047:3, 4047:9
**color** [1] - 4047:11
**Colorado** [1] - 3920:22
**COLUMBIA** [1] - 3920:1
**combination** [3] - 4010:21, 4031:17, 4043:11
**combining** [1] - 4028:22
**comfortable** [1] - 3994:15
**coming** [3] - 3936:24, 3985:14, 4008:18
**comment** [6] - 3946:7, 4049:5, 4049:6, 4049:14
**commented** [1] - 4047:23
**commenting** [1] - 4049:10
**comments** [6] - 3941:23, 3963:11, 4047:25, 4048:24, 4048:25, 4049:11
**commercial** [2] - 4004:2, 4004:20
**committed** [1] - 3959:2
**common** [9] - 3990:1, 3990:4, 3990:5, 3990:6, 3993:2, 3993:6, 3998:3, 3998:5, 4016:21
**commonly** [1] - 3998:1

**communicate** [6] - 3955:5, 3955:8, 3975:3, 4012:16, 4013:4
**community** [1] - 4010:7
**companies** [4] - 3947:20, 3952:2, 3970:11, 3970:16
**company** [6] - 3924:4, 3925:20, 3943:20, 3949:22, 3971:11
**compare** [1] - 3970:18
**compared** [1] - 4046:22
**Comparison** [2] - 4000:16, 4000:25
**comparison** [2] - 4001:3, 4043:5
**Competition** [1] - 4029:14
**competition** [1] - 3937:6
**competitor** [3] - 3960:7, 3960:20, 3960:21
**competitors** [2] - 3961:5, 3961:7
**complete** [2] - 3979:21, 4052:5
**complex** [6] - 3940:23, 3949:25, 3950:11, 3971:7, 4027:4, 4047:18
**complexity** [8] - 3931:25, 3941:1, 3958:21, 3960:5, 3960:17, 4001:25, 4002:1, 4002:19
**complexly** [1] - 3967:15
**compliant** [1] - 3996:8
**complicated** [16] - 3928:8, 3931:22, 3940:5, 3940:24, 3944:5, 3965:2, 3976:7, 3977:25, 3982:20, 3982:23, 3982:24, 3983:21, 3983:23, 3983:24, 4036:24, 4036:25
**component** [2] - 4015:5, 4018:4
**components** [13] - 3984:15, 3984:16, 3991:22, 3998:22, 3998:23, 3999:3, 4010:17, 4018:18, 4018:19, 4028:15, 4030:11, 4031:15

**comprehensive** [2] - 4001:23, 4001:24
**computation** [2] - 4010:16, 4015:16
**computed** [2] - 4020:10, 4041:1
**computer** [1] - 4012:20
**computes** [1] - 4017:10
**computing** [1] - 4028:21
**conceivable** [1] - 4045:19
**concept** [1] - 4011:12
**conceptual** [4] - 4011:14, 4017:9, 4020:3, 4020:9
**concerns** [1] - 3970:6
**conclude** [1] - 3979:22
**conduct** [1] - 4008:14
**conducts** [3] - 3970:24, 4009:4, 4011:18
**conference** [1] - 3943:1
**confident** [2] - 4045:20, 4046:11
**confidential** [3] - 3949:1, 3955:16, 3981:14
**confidentiality** [1] - 3985:6
**confirm** [2] - 3966:15, 4048:1
**conflation** [1] - 4011:11
**confront** [2] - 3938:5, 3943:5
**confused** [1] - 3997:12
**confusion** [1] - 3979:7
**congested** [1] - 3987:10
**connected** [2] - 3976:2, 4046:20
**CONNOLLY** [1] - 3921:5
**conquesting** [1] - 3961:5
**consecutively** [1] - 3990:23
**consider** [6] - 3923:1, 3923:3, 3981:5, 4001:22, 4009:15, 4013:6
**consideration** [7] - 3929:25, 3930:14, 3933:12, 3934:15,

3935:4, 3935:17, 3936:12
**considerations** [2] - 3959:3, 3971:13
**considered** [4] - 3938:15, 3942:18, 3942:19, 4011:4
**considering** [2] - 4009:15, 4027:25
**considers** [3] - 3959:14, 4009:22, 4013:13
**constitutes** [2] - 3940:22, 4052:4
**Constitution** [2] - 3921:15, 4052:12
**constraints** [3] - 3955:7, 3957:19, 3980:25
**construct** [1] - 4037:24
**consume** [1] - 3980:23
**consumer** [5] - 3931:10, 3931:20, 3932:20, 3933:3
**consumer's** [1] - 3932:18
**consumers** [2] - 3969:18, 3980:23
**Cont** [2] - 3922:7, 4053:4
**contact** [1] - 3946:22
**contacting** [1] - 3946:25
**contain** [1] - 4021:1
**contemplated** [1] - 4047:1
**content** [5] - 3994:1, 3994:11, 3994:19, 4001:5, 4001:11
**context** [7] - 3923:14, 3929:11, 3936:23, 3951:17, 3951:21, 3977:24, 3995:2
**continue** [5] - 3941:25, 3961:9, 3989:3, 3989:9, 4045:3
**continued** [3] - 3944:4, 3944:7
**continues** [4] - 3939:16, 4023:13, 4023:25, 4025:5
**contrasted** [1] - 3926:22
**contributes** [1] - 3980:21
**contributing** [2] - 3988:24, 3988:25
**contributor** [2] -

4061

4029:17, 4029:18
**controls** [3] - 4022:21, 4022:23, 4032:3
**conversation** [2] - 3940:24, 3953:22
**conversations** [2] - 3973:22, 3985:5
**conversely** [1] - 4020:25
**conversion** [3] - 3964:18, 3964:21
**copy** [7] - 3932:8, 3943:11, 3943:12, 3990:16, 4014:17, 4015:2, 4031:6
**core** [7] - 3946:4, 4007:16, 4007:21, 4008:6, 4008:9, 4008:13, 4011:12
**corner** [2] - 3934:20, 4000:15
**correct** [262] - 3922:16, 3922:20, 3922:21, 3922:24, 3925:1, 3928:3, 3928:4, 3928:6, 3929:23, 3929:24, 3929:25, 3930:1, 3930:4, 3930:7, 3930:20, 3930:24, 3931:3, 3932:21, 3932:22, 3933:12, 3934:1, 3934:8, 3935:6, 3935:8, 3935:9, 3935:11, 3935:12, 3937:9, 3937:10, 3939:1, 3939:4, 3939:11, 3940:4, 3941:23, 3941:24, 3942:1, 3943:21, 3943:22, 3943:24, 3944:1, 3944:2, 3944:8, 3944:18, 3945:22, 3945:25, 3948:17, 3948:20, 3949:10, 3949:12, 3950:18, 3951:20, 3952:15, 3953:14, 3953:15, 3953:18, 3953:19, 3954:20, 3954:23, 3956:19, 3956:22, 3956:23, 3957:10, 3957:11, 3958:1, 3958:2, 3961:20, 3962:17, 3962:18, 3962:25, 3964:2, 3964:9, 3964:11, 3964:19, 3964:22, 3965:9, 3965:10,

3965:13, 3973:2, 3973:11, 3973:16, 3974:22, 3974:23, 3974:25, 3975:1, 3975:15, 3975:18, 3976:4, 3977:5, 3977:9, 3982:7, 3986:18, 3986:19, 3987:16, 3987:18, 3988:3, 3988:4, 3988:7, 3988:10, 3988:13, 3988:21, 3989:14, 3989:15, 3989:16, 3989:21, 3989:24, 3990:3, 3990:8, 3990:9, 3991:24, 3992:1, 3992:3, 3992:15, 3992:20, 3992:25, 3993:1, 3994:2, 3995:12, 3995:17, 3995:20, 3996:1, 3996:16, 3997:6, 3997:21, 3997:24, 3997:25, 3998:2, 3998:8, 3998:14, 3998:19, 3998:25, 3999:4, 3999:5, 4001:10, 4001:14, 4003:23, 4006:18, 4006:21, 4006:22, 4006:24, 4007:13, 4008:6, 4008:11, 4008:15, 4009:5, 4009:8, 4009:22, 4010:8, 4011:5, 4011:6, 4012:2, 4012:9, 4012:10, 4012:22, 4012:23, 4013:2, 4013:8, 4013:18, 4013:19, 4013:21, 4014:7, 4015:18, 4016:14, 4016:23, 4017:3, 4018:4, 4018:5, 4018:8, 4018:12, 4018:13, 4018:17, 4018:24, 4019:2, 4019:3, 4019:5, 4019:8, 4019:9, 4019:16, 4019:20, 4019:21, 4019:24, 4020:19, 4020:20, 4021:21, 4022:3, 4022:14, 4022:19, 4022:20, 4022:22, 4023:5, 4023:6, 4024:14, 4025:9, 4025:10, 4027:9, 4027:20, 4027:23, 4029:20, 4031:23,

4031:24, 4032:1, 4032:2, 4032:6, 4032:7, 4032:13, 4033:2, 4033:21, 4034:4, 4034:5, 4035:2, 4036:18, 4038:8, 4038:9, 4038:11, 4038:18, 4038:19, 4039:5, 4039:10, 4039:11, 4039:13, 4040:8, 4040:11, 4041:1, 4041:21, 4041:22, 4041:25, 4042:1, 4042:4, 4042:7, 4042:10, 4042:15, 4043:3, 4043:7, 4043:8, 4043:11, 4043:15, 4043:23, 4044:2, 4044:3, 4044:18, 4044:19, 4044:21, 4044:22, 4044:23, 4044:24, 4045:18, 4046:6, 4047:1, 4047:9, 4047:10, 4047:13, 4047:14, 4047:16, 4047:17, 4048:3, 4048:10, 4048:25, 4049:14, 4049:19, 4050:1, 4050:2
**corrected** [1] - 3932:10
**correctly** [3] - 3952:1, 3952:6, 3952:11
**cosmetic** [1] - 4047:11
**cost** [16] - 3957:4, 3960:3, 3960:23, 3973:5, 3975:14, 3989:16, 3989:17, 3989:19, 3992:18, 4011:21, 4012:4, 4028:25, 4037:20, 4037:25, 4039:17, 4043:2
**cost-per-click** [2] - 4037:20, 4037:25
**counsel** [7] - 3932:8, 3933:16, 3965:25, 3980:5, 3981:7, 3981:21, 4005:19
**Counsel** [1] - 3979:19
**couple** [12] - 3945:19, 3951:15, 3958:23, 3959:11, 3961:21, 3968:24, 3985:20, 4005:13, 4006:1, 4021:23, 4025:24, 4032:15
**course** [4] - 3961:10,

3991:11, 3999:18, 4021:12
**court** [2] - 3943:4, 4008:2
**Court** [12] - 3921:13, 3921:14, 3930:18, 3932:4, 3970:14, 3987:2, 3989:12, 4012:13, 4014:10, 4017:8, 4039:20, 4052:11
**COURT** [75] - 3920:1, 3922:2, 3925:9, 3929:7, 3936:2, 3936:19, 3936:23, 3938:1, 3938:3, 3943:3, 3950:22, 3959:13, 3959:17, 3959:23, 3960:12, 3961:8, 3961:10, 3962:13, 3965:18, 3965:22, 3966:3, 3966:7, 3966:10, 3968:20, 3974:3, 3974:7, 3977:16, 3977:21, 3978:12, 3978:20, 3979:3, 3979:18, 3979:24, 3982:13, 3982:15, 3982:22, 3984:4, 3984:12, 3984:18, 3984:21, 3984:23, 3985:16, 3986:3, 3986:9, 3987:21, 3987:24, 3993:10, 3993:12, 3993:20, 4000:18, 4002:23, 4003:14, 4005:19, 4011:24, 4012:1, 4014:2, 4014:8, 4015:11, 4028:8, 4028:10, 4029:3, 4040:14, 4040:25, 4041:4, 4045:6, 4045:9, 4050:9, 4050:13, 4050:18, 4050:22, 4051:3, 4051:10, 4051:13, 4051:15, 4052:1
**Court's** [1] - 3941:9
**Courthouse** [1] - 3921:14
**courtroom** [2] - 4036:14, 4050:19
**cover** [2] - 4021:22, 4048:4
**CPC** [21] - 3974:11, 3975:13, 3975:16, 3975:19, 3975:22, 3977:2, 3989:16,

4062

3989:19, 3992:18, 3993:2, 3993:7, 3993:12, 3993:17, 3993:18, 3998:2, 3998:3, 3998:5, 4011:21, 4012:4, 4028:23, 4038:5

**CPCs** [1] - 3976:3

**CRC** [1] - 3921:13

**create** [4] - 3929:23, 3929:25, 3930:12, 3933:24

**created** [2] - 3971:17, 3971:20

**creative** [4] - 3959:6, 4015:2, 4031:7, 4041:3

**Crespo** [1] - 4035:23

**critically** [3] - 4032:19, 4033:19

**cross** [2] - 3983:17, 4005:24

**Cross** [1] - 4053:4

**CRR** [2] - 3921:13, 4052:11

**curious** [1] - 3979:8

**current** [1] - 3988:9

**customer** [3] - 3940:8, 3971:9, 3976:24

**customers** [11] - 3963:7, 3969:17, 3970:19, 3976:15, 3976:19, 3976:24, 4000:7, 4000:12, 4010:18, 4043:15, 4044:16

**cut** [1] - 3931:24

**CV** [1] - 3920:4

# D

**D.C** [4] - 3920:5, 3920:13, 3921:6, 4052:13

**DAHLQUIST** [52] - 3984:22, 3984:24, 3985:17, 3986:4, 3986:11, 3986:13, 3987:25, 3990:11, 3990:17, 3990:20, 3993:11, 3993:23, 3994:5, 3994:7, 3999:8, 3999:10, 3999:23, 4000:4, 4000:21, 4003:2, 4003:16, 4003:17, 4004:6, 4004:7, 4005:10, 4005:12, 4011:25, 4012:2, 4012:6, 4014:9, 4015:9, 4015:12,

4015:14, 4016:1, 4016:5, 4021:25, 4022:4, 4028:9, 4029:5, 4029:8, 4029:11, 4036:1, 4036:4, 4036:23, 4037:1, 4041:6, 4045:2, 4045:8, 4045:11, 4045:14, 4050:12, 4050:20

**Dahlquist** [6] - 3920:18, 3984:24, 3985:5, 3986:10, 3986:14, 3993:10

**Dahlquist...............3986** [1] - 4053:6

**dancing** [1] - 3985:20

**data** [19] - 3949:1, 3963:21, 3964:14, 3964:18, 3964:21, 3964:25, 3969:18, 3970:21, 3971:1, 3971:3, 3971:8, 3971:9, 3973:8, 3973:9, 3973:17, 3981:8, 3981:9, 3981:16

**datasets** [4] - 3963:21, 3963:22, 3964:20, 3970:18

**date** [3] - 3968:10, 4030:7, 4049:22

**dated** [8] - 3993:5, 4004:11, 4005:15, 4005:23, 4021:20, 4030:1, 4035:21, 4048:5

**Dated** [1] - 4052:7

**David** [3] - 3920:18, 3984:24, 3986:14

**David.dahlquist@usdoj.gov** [1] - 3920:21

**day-to-day** [1] - 4000:3

**days** [2] - 3964:12, 3993:4

**DC** [2] - 3920:16, 3921:15

**debate** [2] - 3982:25, 3983:3

**debated** [1] - 3980:13

**decision** [1] - 4023:3

**decisions** [2] - 4024:11, 4027:19

**deck** [1] - 3991:15

**declined** [1] - 3944:11

**deep** [3] - 3986:4, 4030:11, 4036:15

**deeper** [4] - 3992:14, 4020:15, 4035:19,

4045:3

**Defendant** [2] - 3920:7, 3921:5

**defense** [2] - 3980:5, 3981:7

**defer** [1] - 3986:22

**define** [16] - 3940:25, 3949:13, 3953:23, 3980:5, 3988:14, 3989:9, 3989:11, 3989:12, 3989:23, 3993:24, 3994:10, 3994:18, 4004:5, 4004:18, 4012:13, 4039:20

**defined** [6] - 3926:6, 3949:15, 3993:9, 4010:4, 4010:5, 4025:5

**defining** [2] - 3926:9, 3941:1

**definition** [15] - 3925:22, 3925:24, 3942:16, 3949:18, 3954:2, 3998:15, 4001:23, 4001:24, 4003:22, 4003:24, 4010:13, 4033:7, 4033:14, 4042:20, 4042:23

**definitively** [4] - 4003:1, 4022:15, 4023:24, 4041:16

**degrades** [1] - 3960:9

**demand** [1] - 3960:10

**demonstration** [1] - 3933:21

**demonstrative** [10] - 3932:3, 3932:5, 3932:15, 3933:14, 3935:24, 3936:3, 3936:17, 3936:25, 3937:3, 3943:10

**DEPARTMENT** [3] - 3920:12, 3920:15, 3920:18

**Department** [4] - 3921:2, 3937:5, 3942:11, 3986:15

**deposed** [1] - 3987:12

**deposition** [14] - 3923:12, 3924:9, 3927:13, 3929:3, 3953:23, 3965:14, 3966:23, 3972:8, 3972:10, 3972:19, 3977:13, 3980:17, 4004:11, 4004:15

**Depositions** [1] - 4004:9

**depositions** [1] -

4004:10

**describe** [5] - 3970:14, 3970:15, 4025:18, 4026:8, 4026:10

**described** [8] - 3926:18, 3926:19, 3930:5, 3931:2, 3946:2, 3953:14, 3972:2, 4026:7

**describes** [4] - 3957:6, 3958:4, 3973:12, 3974:24

**description** [3] - 4017:18, 4020:24, 4024:20

**design** [1] - 3987:8

**designation** [1] - 3942:20

**designed** [2] - 3956:21, 4030:13

**desired** [1] - 3953:1

**destination** [6] - 3938:15, 3938:19, 3938:22, 3940:23, 3942:18, 3942:19

**destinations** [1] - 3938:11

**detailed** [2] - 3957:7, 4043:14

**details** [1] - 4043:19

**determinations** [1] - 4013:15

**determine** [7] - 3972:7, 3976:23, 3977:4, 3977:6, 4011:19, 4022:17, 4028:24

**determined** [8] - 3972:6, 3972:9, 3972:22, 3974:11, 4009:25, 4010:11, 4010:20, 4028:15

**determines** [6] - 3973:5, 3973:17, 4023:4, 4023:18, 4032:5, 4041:20

**determining** [3] - 3975:3, 4011:1, 4023:2

**develop** [1] - 4028:23

**developing** [6] - 3924:6, 3924:16, 3924:21, 3925:17, 3926:7, 3926:14

**development** [1] - 3944:17

**Dickman** [2] - 3921:13, 4052:11

**DICKMAN** [1] - 4052:3

**difference** [3] -

4063

3961:2, 4005:7, 4020:8

**different** [35] -
3922:10, 3923:21,
3923:23, 3926:4,
3926:10, 3932:17,
3932:20, 3940:7,
3946:15, 3946:16,
3949:11, 3949:16,
3951:18, 3961:24,
3968:22, 3970:16,
3976:18, 3978:11,
3980:17, 3980:18,
3980:24, 3981:2,
3984:15, 4005:4,
4006:3, 4006:9,
4006:13, 4006:15,
4012:15, 4012:16,
4018:15, 4019:15,
4037:23

**differently** [1] -
3978:21

**difficult** [3] - 3981:12,
3981:18, 3999:24

**digital** [14] - 3931:14,
3931:18, 3931:19,
3937:7, 3943:15,
3948:3, 3949:20,
3957:20, 3957:25,
3958:1, 3981:22,
3981:25, 3982:3,
3982:4

**DINTZER** [3] -
4005:21, 4050:24,
4051:9

**Dintzer** [1] - 3920:11
**Direct** [1] - 4053:6
**DIRECT** [2] - 3922:7,
3986:12

**direct** [11] - 3947:12,
3958:2, 3969:17,
3998:13, 3998:15,
3998:24, 3999:4,
4008:5, 4037:13,
4038:5, 4043:5

**directly** [12] - 3942:24,
3955:4, 3964:4,
3969:16, 3970:21,
3984:13, 4007:19,
4008:7, 4020:5,
4038:2, 4042:10,
4042:11

**director** [1] - 4035:24
**disable** [1] - 4023:10
**disabled** [1] - 4023:18
**disabling** [1] - 4023:7
**disagree** [2] -
3925:21, 4013:8
**disagrees** [2] -
3938:4, 3943:5
**disapproved** [2] -

3996:3, 3996:6
**discounts** [1] -
4024:21
**discrete** [2] - 4045:6
**discuss** [2] - 4050:16,
4050:23
**discussed** [1] -
3968:12
**discussion** [2] -
3937:18, 3974:21
**display** [49] - 3930:5,
3930:8, 3930:11,
3930:20, 3931:5,
3932:23, 3956:1,
3961:25, 3982:4,
3985:25, 3998:10,
3998:13, 3998:17,
3999:4, 4001:4,
4001:6, 4001:10,
4002:7, 4002:13,
4002:17, 4002:20,
4002:24, 4003:4,
4003:9, 4003:11,
4003:12, 4003:19,
4003:22, 4003:24,
4004:1, 4004:5,
4004:18, 4004:20,
4005:4, 4006:3,
4006:9, 4006:15,
4006:23, 4016:10,
4016:14, 4016:16,
4016:18, 4016:22,
4016:25, 4019:19,
4024:7, 4024:12,
4029:10
**disruptive** [1] -
3946:12
**dissertation** [2] -
3987:3, 3987:7
**distinction** [1] -
4014:3
**DISTRICT** [3] - 3920:1,
3920:1, 3920:10
**dive** [7] - 3986:4,
4020:15, 4030:11,
4035:19, 4036:15,
4045:3, 4050:10
**doctor** [1] - 3986:23
**document** [72] -
3935:24, 3936:17,
3941:11, 3941:16,
3946:3, 3947:13,
3947:14, 3947:15,
3950:24, 3951:17,
3952:7, 3952:13,
3953:12, 3953:14,
3955:20, 3956:3,
3961:15, 3961:16,
3961:21, 3968:14,
3974:11, 3990:12,

3990:13, 3991:6,
3992:6, 3993:5,
3993:18, 3994:3,
3997:9, 3998:4,
3999:7, 3999:14,
4000:2, 4005:8,
4005:16, 4005:17,
4007:3, 4008:18,
4008:22, 4009:10,
4010:6, 4010:9,
4013:25, 4016:2,
4020:14, 4021:5,
4021:9, 4021:12,
4021:20, 4027:7,
4028:6, 4029:16,
4029:17, 4029:18,
4032:15, 4035:9,
4035:18, 4036:5,
4047:22, 4047:24,
4048:2, 4048:11,
4048:21, 4049:4,
4049:10, 4049:13,
4049:16, 4049:21,
4050:4, 4050:10
**Document** [1] -
4025:24
**documents** [11] -
3925:6, 3961:13,
3968:9, 3985:22,
3985:25, 3990:22,
3999:16, 4000:6,
4000:11, 4049:25,
4050:24
**DoJ** [3] - 3938:14,
3941:8, 3974:8
**DOJ** [1] - 3920:11
**done** [6] - 3970:21,
4007:3, 4013:23,
4020:14, 4035:18,
4051:22
**down** [19] - 3930:11,
3933:6, 3940:6,
3941:12, 3948:6,
3948:9, 3957:23,
3969:7, 3975:19,
3975:20, 3976:4,
3976:5, 3994:24,
3995:5, 4003:18,
4020:15, 4027:7,
4034:7, 4050:18
**download** [1] - 3941:8
**dozens** [1] - 4046:5
**dr** [1] - 4041:7
**Dr** [19] - 3985:6,
3986:21, 3986:25,
3987:12, 3989:6,
3990:21, 3993:24,
3999:11, 4004:8,
4005:3, 4005:22,
4007:4, 4022:10,

4025:21, 4029:6,
4034:11, 4045:15,
4050:20, 4050:25
**drafted** [1] - 4033:13
**dramatically** [2] -
3940:11, 3940:13
**draw** [7] - 3925:15,
3941:11, 3941:19,
3942:2, 3951:2,
4028:14, 4029:22
**drive** [11] - 3931:4,
3934:9, 3935:7,
3935:10, 3960:8,
3980:16, 3980:18,
3981:3, 4003:20,
4004:3, 4004:22
**driver** [1] - 3953:12
**driving** [6] - 3924:1,
3960:3, 3960:13,
3960:20, 3980:14,
3980:21
**dual** [1] - 3925:16
**duly** [1] - 3986:7
**duplicate** [1] - 3925:4
**duration** [1] - 4046:21
**during** [2] - 3947:12,
3950:1
**DX3003** [2] - 3937:15,
3937:20
**DX3004** [1] - 3955:15
**DX3004......................
..........................3962**
[1] - 4053:10
**DX3008** [1] - 3945:13
**DX3014** [2] - 3968:5,
3968:16
**DX410** [3] - 3925:2,
3925:11, 3934:17
**DX411** [1] - 3950:12
**dX411......................
..........................3950**
[1] - 4053:9
**DXD03.009** [1] -
3932:3
**DXD10...6** [1] -
3933:15
**DXD10.12** [1] -
3935:21
**DXD3.005** [1] -
3943:10
**DXD3.05** [1] - 3948:3
**dynamic** [1] - 3959:25

---

**E**

**E.V** [1] - 3920:14
**early** [2] - 3947:7,
4049:23
**earn** [1] - 4032:20
**easy** [1] - 3942:16

4064

**eBay** [1] - 3987:8
**economic** [1] -
4024:20
**Edenton** [1] - 3921:2
**edge** [2] - 4035:17,
4042:24
**educate** [2] - 3952:18,
4000:7
**effect** [1] - 3961:24
**effective** [12] -
3923:25, 3924:1,
3924:5, 3924:16,
3924:20, 3924:23,
3924:24, 3925:16,
3926:7, 3926:14,
3930:10
**effectively** [3] -
3930:17, 3969:9,
3970:19
**effectiveness** [1] -
3969:19
**efficient** [3] - 3951:12,
3960:5, 3960:11
**effort** [2] - 4041:7,
4041:13
**efforts** [1] - 3971:15
**egregious** [1] -
3995:18
**either** [4] - 3947:17,
3970:24, 4035:13,
4038:5
**element** [1] - 4024:17
**eligible** [6] - 4034:4,
4034:19, 4035:1,
4035:8, 4041:25,
4042:14
**eliminate** [1] - 3979:6
**email** [12] - 3920:25,
4005:13, 4005:15,
4005:22, 4047:21,
4047:23, 4048:2,
4048:4, 4049:20,
4049:22, 4050:3
**Email** [7] - 3920:14,
3920:17, 3920:21,
3921:4, 3921:7,
3921:11, 3921:12
**emails** [1] - 4049:24
**embroiled** [1] - 3983:3
**emerged** [1] - 3941:2
**empirically** [1] -
4040:2
**employees** [8] -
3924:5, 3924:15,
3945:23, 3945:24,
3952:14, 3952:20,
3952:24, 3954:17
**employer** [1] -
4017:22
**employment** [2] -

3963:7, 4007:13
**encounter** [1] -
3989:11
**encourage** [1] -
4024:21
**end** [6] - 3960:24,
3977:2, 3998:18,
4036:24, 4049:4,
4050:9
**ending** [3] - 4021:15,
4036:15, 4050:6
**endorse** [1] - 3946:10
**ends** [2] - 3997:12,
4021:24
**engine** [18] - 3926:4,
3956:9, 3956:10,
3956:11, 3958:4,
3958:10, 3959:17,
3966:23, 3966:24,
3973:22, 3979:10,
3989:7, 3989:13,
3991:20, 3991:23,
3992:2, 3997:6,
3997:20
**Engine** [1] - 3955:23
**engineering** [2] -
4007:23, 4035:24
**Engineering** [1] -
3987:6
**engineers** [2] -
3989:4, 4008:8
**engines** [12] - 3923:4,
3926:2, 3940:25,
3942:17, 3954:23,
3963:8, 3963:10,
3977:9, 3978:2,
3978:8, 3978:19,
3978:23
**ensure** [4] - 3951:11,
3958:18, 4032:20,
4033:20
**enter** [6] - 4018:21,
4019:4, 4034:4,
4035:1, 4035:6
**entered** [1] - 3993:14
**entering** [2] - 4023:18,
4045:2
**enters** [3] - 3990:2,
4028:4, 4035:7
**entertain** [1] - 3931:25
**entire** [2] - 3973:8,
3985:18
**entitled** [4] - 3991:6,
3999:14, 4029:13
**enumerated** [2] -
3992:21, 4022:9
**environment** [1] -
3960:13
**environments** [2] -
3942:20, 3960:7

**equal** [2] - 4037:4,
4040:24
**equals** [3] - 3988:17,
4011:7, 4017:5
**equation** [4] -
4037:10, 4041:21,
4042:19, 4043:6
**equivalent** [2] -
3979:14, 4017:11
**erased** [1] - 3936:3
**error** [1] - 3979:1
**establish** [1] - 3934:7
**estimate** [13] -
4008:10, 4013:16,
4014:16, 4014:18,
4020:18, 4032:9,
4033:4, 4033:8,
4033:10, 4038:23,
4038:25, 4040:17,
4045:25
**estimates** [3] -
4028:21, 4028:22,
4044:4
**et** [1] - 3920:3
**evaluated** [1] - 4046:9
**evaluating** [2] -
4011:3, 4027:18
**evening** [2] - 4051:16,
4051:17
**event** [2] - 3942:13,
3946:2
**everywhere** [1] -
3980:22
**evidence** [19] -
3925:3, 3925:12,
3935:22, 3935:25,
3936:3, 3936:22,
3937:3, 3937:21,
3950:13, 3968:16,
3990:13, 3990:15,
3999:9, 4000:18,
4005:11, 4016:3,
4022:1, 4029:8, 4036:2
**exact** [2] - 3947:15,
3994:13
**examination** [2] -
3979:25, 3985:18
**Examination** [4] -
4053:4, 4053:4,
4053:5, 4053:6
**EXAMINATION** [4] -
3922:7, 3980:2,
3983:14, 3986:12
**examined** [1] - 3986:8
**example** [26] - 3926:2,
3930:18, 3931:5,
3932:23, 3947:23,
3951:9, 3951:19,
3952:9, 3957:20,
3961:13, 3961:14,

3961:18, 3961:25,
3971:2, 3991:19,
3992:20, 3993:24,
3996:11, 3997:4,
4000:11, 4001:3,
4001:9, 4001:14,
4002:5, 4035:11
**examples** [1] - 4001:8
**exceed** [1] - 4043:9
**excellent** [1] - 3967:1
**exception** [2] -
4016:24, 4019:21
**excerpt** [2] - 3937:22,
3941:8
**exclude** [1] - 3928:23
**exclusively** [1] -
4023:3
**excuse** [4] - 3923:25,
3952:23, 3955:22,
4050:9
**Exhibit** [2] - 3941:6,
3974:3
**exhibit** [2] - 3925:10,
3974:5
**exhibits** [1] - 3985:8
**EXHIBITS** [1] - 4053:8
**exist** [3] - 3949:16,
3959:4, 3959:9
**existing** [1] - 4044:13
**exiting** [1] - 4023:18
**expand** [1] - 4023:25
**expected** [1] - 4010:22
**expense** [3] - 3992:10,
4032:21, 4033:21
**expensive** [8] -
3960:25, 3977:9,
3978:2, 3978:7,
3978:18, 3978:19,
3978:22, 3979:9
**experience** [9] -
3944:10, 3948:13,
3961:1, 3965:8,
3969:24, 3980:24,
4002:6, 4010:21,
4014:19
**experiments** [1] -
4046:25
**explain** [5] - 3960:22,
3980:12, 3982:23,
3983:23, 4017:8
**explicitly** [1] - 4043:24
**exploded** [1] - 3939:6
**exponentially** [1] -
3940:3
**express** [2] - 3969:24,
3993:16
**expression** [1] -
3948:10
**extension** [1] - 3934:6
**extent** [1] - 3943:6

4065

**extraordinarily** [1] - 4039:6
**eye** [4] - 3931:10, 3931:20, 3932:18, 3933:2

## F

**FAA** [1] - 3987:9
**face** [2] - 3924:18, 3976:23
**Facebook** [9] - 3928:3, 3938:18, 3939:13, 3939:14, 3939:16, 3942:19, 3943:23, 3948:1, 3971:20
**facilitate** [1] - 3985:19
**fact** [6] - 3924:4, 3931:1, 3962:23, 3971:17, 3974:17, 3981:8
**factor** [4] - 3957:7, 3960:19, 3974:24, 4040:7
**factors** [6] - 3960:1, 3963:12, 3972:7, 3974:24, 4011:3, 4011:5
**failed** [1] - 4034:22
**failure** [1] - 3966:1
**fair** [18] - 3939:6, 3950:10, 3957:14, 3957:16, 3957:17, 3958:12, 3963:20, 3965:24, 3988:8, 3994:14, 3994:22, 3995:10, 3995:14, 4017:18, 4017:20, 4021:3, 4028:2, 4046:7
**fairly** [2] - 3942:10, 3943:1
**fall** [5] - 3932:19, 3988:3, 3988:9, 4016:22, 4017:2
**false** [1] - 3965:21
**familiar** [12] - 3933:7, 3936:7, 3947:3, 3956:10, 3956:11, 3964:12, 3967:22, 3968:23, 3970:9, 3998:10, 3999:15, 4012:11
**familiarize** [1] - 3932:15
**familiarized** [1] - 3932:16
**family** [2] - 3956:13, 3956:14
**far** [1] - 3985:11

**fashion** [1] - 4024:5
**fast** [1] - 4029:4
**feature** [1] - 4042:17
**features** [2] - 4030:14, 4047:12
**February** [3] - 3944:23, 4030:1, 4030:5
**fed** [1] - 3930:20
**few** [10] - 3939:18, 3940:3, 3972:1, 3980:4, 3988:22, 3988:23, 3989:9, 3991:22, 4020:11, 4045:1
**fewer** [1] - 4040:4
**fidelity** [1] - 4033:11
**fifth** [1] - 4024:17
**figure** [1] - 4028:16
**figured** [1] - 4050:13
**file** [1] - 3923:9
**final** [2] - 4043:22, 4051:18
**financial** [2] - 3949:1, 3959:3
**fine** [4] - 3929:11, 4045:10, 4051:9, 4051:10
**finish** [1] - 4045:7
**first** [29] - 3929:22, 3941:19, 3942:7, 3956:15, 3965:19, 3966:8, 3974:13, 3986:7, 3988:3, 3991:2, 3991:3, 3991:13, 3994:14, 4005:15, 4005:22, 4007:24, 4014:21, 4021:14, 4021:18, 4022:14, 4029:12, 4029:24, 4029:25, 4032:17, 4035:23, 4036:11, 4037:11, 4048:17, 4049:1
**fits** [1] - 3940:12
**five** [7] - 3939:4, 3939:6, 3940:20, 3943:20, 4022:8, 4033:15, 4045:4
**fixed** [1] - 3959:25
**flat** [1] - 3944:9
**flavor** [1] - 3990:2
**flavors** [1] - 3988:6
**flex** [2] - 3950:1, 3958:25
**floor** [2] - 3972:2, 4042:21
**Floor** [1] - 3921:10
**flow** [2] - 3992:17, 4028:16

**fluid** [2] - 3951:6, 3957:25
**focus** [10] - 3991:13, 3999:18, 4005:15, 4005:22, 4005:25, 4006:1, 4030:10, 4048:1, 4048:12, 4048:16
**focused** [2] - 3957:12, 4050:5
**focuses** [1] - 3947:7
**focusing** [2] - 3933:2, 3987:7
**follow** [4] - 3951:15, 3955:10, 3955:12, 3961:12
**followed** [1] - 4015:11
**following** [2] - 4004:16, 4004:17
**follows** [1] - 3986:8
**footnote** [4] - 4032:16, 4032:18, 4035:9, 4035:10
**FOR** [1] - 3920:1
**foregoing** [1] - 4052:4
**foreign** [1] - 3983:1
**form** [3] - 3964:10, 3990:6, 3992:22
**format** [13] - 3949:24, 3950:5, 3950:7, 3953:13, 3955:1, 3958:11, 3993:25, 3994:10, 3994:19, 3996:19, 3996:22, 3996:25, 3998:3
**formats** [8] - 3949:20, 3949:23, 3951:18, 3957:10, 3991:6, 3998:22, 4018:14, 4018:19
**formula** [11] - 4009:25, 4010:11, 4015:6, 4037:2, 4037:4, 4037:8, 4037:17, 4038:4, 4039:3, 4039:10, 4043:12
**formulation** [1] - 4011:9
**forward** [2] - 4000:14, 4003:15
**foundation** [2] - 4015:15, 4045:12
**Foundation** [1] - 4000:17
**four** [2] - 3991:13, 4007:22
**frankly** [2] - 3968:2, 3986:23
**free** [6] - 3922:18, 3977:23, 4005:14,

4016:6, 4016:11, 4021:13
**frenzy** [1] - 3944:24
**frequent** [1] - 4003:10
**front** [10] - 3929:10, 3939:2, 4000:11, 4005:14, 4009:10, 4015:23, 4028:7, 4037:2, 4039:16, 4043:13
**full** [8] - 3941:8, 3985:17, 4006:2, 4029:25, 4030:22, 4034:7, 4049:22, 4052:5
**fully** [4] - 3990:13, 4022:2, 4024:9, 4044:3
**fun** [1] - 4015:12
**function** [6] - 3981:9, 4010:5, 4028:13, 4031:5, 4031:14, 4037:10
**functionality** [2] - 3983:25, 3984:10
**functions** [1] - 3949:3
**fundamental** [1] - 4005:7
**fundamentally** [5] - 4005:4, 4006:3, 4006:8, 4006:13, 4006:15
**funnel** [11] - 3923:21, 3924:16, 3925:17, 3926:7, 3926:14, 3927:2, 3929:19, 3930:9, 3930:10, 3980:13, 3980:16
**future** [2] - 4040:4, 4040:5
**fuzzy** [1] - 3937:1

## G

**gains** [5] - 4032:21, 4033:21, 4033:22, 4033:23
**gears** [1] - 3963:14
**general** [20] - 3926:1, 3926:4, 3931:12, 3965:5, 3966:19, 3996:21, 4002:2, 4002:18, 4002:20, 4003:4, 4003:6, 4003:9, 4012:14, 4016:18, 4016:20, 4017:1, 4020:24, 4034:25, 4039:23, 4048:7
**generalization** [4] - 3928:17, 3928:18,

4066

3933:13, 3957:15

**generalized** [4] - 4015:17, 4015:20, 4017:14, 4017:25

**generally** [11] - 3949:8, 3949:19, 3975:23, 3994:23, 3994:25, 3995:7, 4026:20, 4029:12, 4032:12, 4032:14, 4038:20

**geolocation** [1] - 4026:15

**given** [7] - 3943:12, 3946:7, 3951:19, 3970:5, 3977:19, 4013:21, 4049:11

**global** [1] - 3945:9

**goal** [5] - 3933:1, 3933:5, 3934:8, 3953:16, 4051:19

**goals** [3] - 3934:15, 3949:23, 3950:6

**golf** [1] - 3930:19

**Goodrich** [1] - 3921:9

**goods** [1] - 3996:8

**Google** [155] - 3921:5, 3922:18, 3926:22, 3926:23, 3927:2, 3932:7, 3935:3, 3942:17, 3944:11, 3964:1, 3964:3, 3964:20, 3964:24, 3967:22, 3968:6, 3968:13, 3970:5, 3971:11, 3972:23, 3972:24, 3973:5, 3975:2, 3976:8, 3976:11, 3976:14, 3976:17, 3976:22, 3977:9, 3978:2, 3978:8, 3978:17, 3978:18, 3978:22, 3979:8, 3985:4, 3987:18, 3988:3, 3988:5, 3988:13, 3989:3, 3989:8, 3990:3, 3990:6, 3991:7, 3991:20, 3995:12, 3995:17, 3995:25, 3996:7, 3996:12, 3998:5, 3998:13, 3998:14, 3998:25, 3999:14, 4000:6, 4000:8, 4000:12, 4006:14, 4007:5, 4007:11, 4008:9, 4008:11, 4008:15, 4009:1, 4009:2, 4009:4,

4009:8, 4009:21, 4010:7, 4010:12, 4010:17, 4011:2, 4011:10, 4011:18, 4012:7, 4012:21, 4012:25, 4013:10, 4013:12, 4013:18, 4015:17, 4016:23, 4017:19, 4017:21, 4017:24, 4018:24, 4019:1, 4019:10, 4019:13, 4019:14, 4020:17, 4020:19, 4022:8, 4022:10, 4022:17, 4022:21, 4023:1, 4023:3, 4023:4, 4023:10, 4023:17, 4023:21, 4024:3, 4024:7, 4024:17, 4025:5, 4025:9, 4025:11, 4025:15, 4025:19, 4025:22, 4026:21, 4026:25, 4027:8, 4027:22, 4027:23, 4028:3, 4029:13, 4029:20, 4030:10, 4032:3, 4032:5, 4032:20, 4033:3, 4033:5, 4033:20, 4033:21, 4033:23, 4033:24, 4037:8, 4038:7, 4039:10, 4040:7, 4040:9, 4040:10, 4041:20, 4042:6, 4043:12, 4043:13, 4043:19, 4043:22, 4044:16, 4045:17, 4045:22, 4045:23, 4046:25, 4047:3, 4047:7, 4048:7, 4049:24, 4050:25

**GOOGLE** [1] - 3920:6

**Google's** [11] - 3947:13, 3985:7, 3995:15, 4007:12, 4009:10, 4015:20, 4025:25, 4026:6, 4030:12, 4032:8, 4033:1

**government** [3] - 3973:25, 4010:15, 4051:8

**GPT** [5] - 3944:21, 3944:25, 3946:2, 3946:11, 3947:1

**grandiose** [1] - 3963:2

**graphic** [1] - 4001:9

**graphics** [1] - 4001:8

**great** [1] - 4008:22

**Great** [1] - 3997:16

**greater** [1] - 4034:19

**ground** [2] - 3960:21, 4030:3

**group** [9] - 3925:12, 3988:21, 3991:8, 3991:9, 3991:17, 3998:12, 3998:19, 4021:10

**grow** [2] - 3939:17, 3944:4

**grown** [9] - 3940:3, 3940:9, 3940:11, 3940:13, 3940:14, 3940:20, 3940:21, 3940:23

**growth** [1] - 3939:3

**guess** [4] - 3996:2, 3998:15, 4030:22, 4035:21

**guidance** [1] - 3973:14

**guide** [2] - 3954:25, 3990:25

**guides** [1] - 3950:17

**guy** [1] - 3946:17

## H

**half** [1] - 3941:22

**hand** [5] - 3934:20, 3969:4, 3997:11, 4000:15, 4002:7

**handed** [5] - 3973:24, 3990:21, 4004:8

**happenings** [1] - 4011:12

**happy** [7] - 3931:23, 3931:25, 3968:22, 3988:18, 4038:14, 4045:3, 4051:4

**hard** [6] - 3946:19, 3957:24, 3958:23, 3980:24, 3991:15, 4046:20

**hard-locked** [1] - 3957:24

**Harvard** [2] - 3987:5, 3987:6

**head** [3] - 3945:9, 3951:8, 3985:20

**heading** [1] - 4017:5

**hear** [1] - 3930:24

**heard** [9] - 3930:18, 3944:21, 3945:2, 3962:3, 3962:4, 3965:11, 3981:8, 3993:20, 4039:14

**hearsay** [5] - 3938:2,

3938:3, 3942:23, 3943:3, 3968:19

**held** [2] - 3988:5, 3988:9

**hello** [1] - 3986:14

**help** [6] - 3967:22, 3984:4, 4000:7, 4008:2, 4035:14, 4047:15

**helped** [1] - 4007:11

**helps** [1] - 4032:20

**hereby** [1] - 4052:3

**high** [14] - 3924:16, 3925:17, 3926:7, 3926:14, 4020:21, 4024:21, 4038:25, 4039:2, 4039:7, 4039:9, 4040:7, 4040:19, 4040:20, 4040:22

**high-funnel** [4] - 3924:16, 3925:17, 3926:7, 3926:14

**high-quality** [2] - 4020:21, 4024:21

**higher** [6] - 3951:8, 4031:17, 4031:18, 4035:4, 4040:24

**highest** [2] - 4022:13, 4032:12

**highlight** [1] - 3951:5

**highly** [10] - 3924:5, 3924:15, 3924:20, 3924:22, 3924:24, 3925:16, 3926:7, 3926:13, 4024:1

**himself** [1] - 3966:6

**hire** [1] - 3953:5

**historical** [1] - 3983:17

**historically** [3] - 3967:3, 3967:10, 3967:13

**history** [1] - 3981:22

**hold** [2] - 3934:20, 4008:23

**holds** [1] - 4009:2

**hole** [1] - 4020:16

**holistic** [1] - 4032:9

**home** [2] - 3957:21, 3982:4

**honest** [2] - 3937:12, 3937:13

**honestly** [1] - 3964:7

**Honor** [48] - 3922:17, 3925:3, 3935:21, 3936:1, 3936:16, 3937:20, 3937:22, 3940:15, 3941:7, 3950:14, 3950:19,

4067

3950:21, 3954:13, 3962:10, 3962:12, 3968:16, 3968:17, 3968:19, 3974:5, 3977:15, 3977:19, 3979:15, 3980:1, 3982:12, 3983:13, 3984:22, 3985:3, 3986:11, 3990:11, 3990:18, 3999:8, 4000:17, 4003:16, 4004:6, 4005:10, 4015:9, 4015:13, 4016:2, 4021:25, 4029:8, 4036:1, 4036:23, 4045:2, 4045:11, 4050:24, 4051:4, 4051:12, 4051:14

**HONORABLE** [1] - 3920:9

**hope** [11] - 3922:3, 3931:20, 3932:20, 3933:3, 3953:6, 3953:7, 3953:11, 3955:11, 3955:12, 3963:10, 4051:17

**hoping** [5] - 3931:2, 3931:10, 3931:20, 4051:22

**hosted** [1] - 3937:6

**hotel** [4] - 4019:11, 4019:15, 4019:20

**hour** [1] - 3985:24

**Huang** [1] - 3921:8

**hum** [1] - 4042:8

**hundreds** [5] - 4009:4, 4045:18, 4045:21, 4046:9, 4046:11

**hypothetical** [1] - 3952:8

## I

**i.e** [3] - 4031:6, 4031:7, 4031:18

**IAB** [1] - 3965:1

**identical** [1] - 4018:13

**identified** [5] - 3922:13, 3922:15, 3922:22, 3923:8, 3971:4

**identifies** [2] - 3935:3, 3991:22

**identify** [4] - 3956:4, 3956:5, 3957:8, 4005:7

**ignore** [1] - 3963:12

**ignoring** [1] - 4031:13

**IL** [1] - 3920:20

**image** [1] - 4024:13

**images** [1] - 3996:21

**imagine** [5] - 3970:16, 4002:16, 4007:9, 4028:16, 4049:11

**immediately** [2] - 4021:17, 4025:23

**impact** [6] - 3945:3, 3945:5, 3946:19, 3946:20, 3957:9, 3975:17

**impacted** [3] - 3944:18, 4019:23, 4020:7

**impactful** [1] - 3958:7

**impacts** [1] - 3976:18

**impeachment** [1] - 3978:12

**implemented** [1] - 4046:25

**imply** [1] - 4003:6

**importance** [1] - 3968:13

**important** [5] - 3948:14, 3948:20, 3949:6, 4032:19, 4033:20

**impression** [4] - 4035:8, 4044:5, 4044:9, 4044:15

**impressions** [2] - 4016:15, 4016:19

**improve** [3] - 3958:12, 3969:18, 3973:15

**improved** [2] - 3962:7, 3962:8

**IN** [1] - 3920:1

**in-channel** [1] - 3958:13

**inasmuch** [1] - 4046:1

**incentives** [1] - 4024:20

**include** [14] - 3928:3, 3928:5, 3928:7, 3928:9, 3928:11, 3928:13, 3947:23, 3947:25, 3948:1, 3948:5, 3981:25, 3996:19, 3997:1, 3998:16

**included** [6] - 3947:21, 3982:3, 3996:22, 4011:1, 4033:24, 4037:17

**includes** [3] - 3994:24, 3994:25, 3995:7

**including** [2] - 4030:11, 4030:13

**incomplete** [3] - 3937:23, 3973:1, 3975:7

**inconsistency** [1] - 3936:17

**inconsistent** [2] - 3966:14, 3978:10

**incorrect** [1] - 4013:22

**increase** [10] - 3943:21, 3943:23, 3944:1, 3959:18, 3960:20, 4007:12, 4031:22, 4031:25, 4035:13, 4035:14

**increasing** [6] - 3961:6, 3983:6, 3983:8, 3983:10, 4031:23, 4032:1

**increasingly** [5] - 3938:15, 3938:22, 3940:23, 3942:18, 3942:19

**incur** [1] - 3992:10

**independent** [3] - 3970:19, 4018:18, 4040:25

**INDEX** [1] - 4053:1

**index** [1] - 3928:24

**indicate** [1] - 4024:4

**indicator** [1] - 3951:25

**individual** [7] - 3976:24, 3977:4, 3988:23, 3988:25, 4028:15, 4041:17, 4044:19

**individually** [1] - 3980:20

**industry** [9] - 3946:12, 3946:23, 3946:25, 3949:14, 3956:20, 3958:21, 3971:15, 3975:25, 3982:25

**industrywide** [1] - 3971:22

**ineligible** [1] - 4034:23

**inevitably** [1] - 4032:24

**infer** [1] - 4043:25

**inference** [1] - 4024:15

**infinity** [1] - 4033:9

**inflight** [3] - 3956:16, 3956:18, 3956:20

**influence** [1] - 4039:24

**influencing** [1] - 4020:13

**inform** [2] - 3973:19, 4010:7

**information** [29] - 3946:5, 3969:3, 3969:8, 3969:12, 3969:15, 3969:22,

3970:1, 3970:5, 3970:17, 3971:5, 3972:24, 3973:1, 3973:10, 3975:5, 3975:9, 3975:11, 3981:15, 3987:4, 3996:20, 3997:5, 3997:16, 4004:2, 4004:21, 4010:8, 4011:1, 4012:25, 4013:21, 4021:2, 4024:2

**informative** [2] - 4020:22, 4021:1

**informed** [1] - 3955:22

**informs** [1] - 4024:11

**infrastructure** [7] - 3998:17, 3998:19, 3998:20, 3998:23, 3999:3, 4016:24, 4019:22

**initiated** [1] - 4038:7

**Initiative** [1] - 3956:12

**innovate** [1] - 3989:5

**innovative** [1] - 3947:7

**input** [4] - 3973:3, 4027:4, 4037:14, 4038:5

**inputs** [9] - 4012:8, 4012:21, 4012:24, 4026:3, 4026:14, 4026:21, 4028:20, 4030:12, 4038:6

**insert** [1] - 3995:24

**inserts** [1] - 3990:7

**inside** [3] - 4010:12, 4013:18, 4025:9

**insight** [2] - 3939:22, 4019:18

**insights** [2] - 3939:23, 3956:25

**Instagram** [7] - 3928:5, 3928:21, 3928:23, 3930:19, 3932:14, 3940:17, 3940:18

**instance** [2] - 4035:3, 4037:20

**instances** [5] - 3955:10, 3969:16, 4002:16, 4025:23, 4032:24

**instead** [1] - 4004:3

**insufficient** [1] - 3971:3

**intend** [1] - 3985:18

**intended** [4] - 4003:20, 4004:3, 4033:10, 4039:20

**intending** [1] -

4068

4004:22
**intent** [9] - 3989:24, 3990:2, 3990:6, 3994:2, 3994:12, 3994:21, 4003:23, 4004:3, 4004:21
**interaction** [5] - 3992:5, 3992:6, 3992:12, 3997:17, 3997:23
**interchangeably** [1] - 4030:20
**interest** [1] - 3969:24
**interested** [7] - 3969:12, 3969:15, 4001:17, 4002:4, 4002:8, 4002:13, 4002:21
**interesting** [3] - 3942:4, 3942:15, 4004:19
**interface** [5] - 4012:15, 4012:17, 4012:20, 4024:8, 4047:12
**internal** [2] - 3952:7, 3995:15
**internally** [3] - 4015:1, 4015:4, 4027:17
**interpretation** [1] - 4003:6
**interpretations** [1] - 3989:22
**introduced** [1] - 3943:4
**introduces** [2] - 4047:3, 4047:4
**Introduction** [2] - 4029:24, 4036:5
**introduction** [1] - 4035:20
**introductory** [2] - 4036:12, 4036:15
**inverse** [1] - 4035:11
**investing** [6] - 3939:8, 3939:10, 3939:14, 3982:6, 3982:11, 3982:18
**investment** [5] - 3948:11, 3948:13, 3949:6, 3960:1, 3960:9
**involved** [3] - 3965:11, 3987:19, 4049:23
**IO** [1] - 3958:2
**IPG** [22] - 3943:23, 3944:14, 3944:18, 3947:3, 3947:6, 3949:5, 3952:2, 3952:13, 3954:18, 3954:22, 3955:18,

3955:21, 3956:12, 3956:13, 3956:14, 3962:15, 3963:7, 3966:24, 3967:10, 3967:13, 3974:21, 3983:18
**IPG's** [2] - 3947:9, 3956:10
**issue** [3] - 3938:1, 4013:6, 4040:4
**issues** [1] - 3985:8
**item** [1] - 4024:7
**items** [1] - 3984:5
**iteration** [1] - 3935:13
**itself** [1] - 4031:6

**J**

**Janice** [2] - 3921:13, 4052:11
**JANICE** [1] - 4052:3
**January** [4] - 4021:20, 4048:5, 4048:11, 4048:21
**JF** [3] - 4035:23, 4035:24, 4036:19
**John** [1] - 3921:5
**joined** [1] - 3988:3
**jointly** [1] - 3987:5
**joshua** [2] - 3922:6, 4053:3
**Jr** [1] - 3920:22
**jschmidtlein@wc. com** [1] - 3921:7
**Juda** [22] - 3985:6, 3986:9, 3986:21, 3986:25, 3987:12, 3989:6, 3990:21, 3993:24, 3999:11, 4004:8, 4005:3, 4005:22, 4007:4, 4022:10, 4025:21, 4034:11, 4045:15, 4050:14, 4050:20, 4053:6
**JUDA** [1] - 3986:6
**juda** [3] - 3986:14, 4029:6, 4041:7
**JUDGE** [1] - 3920:10
**Judge** [1] - 3922:5
**judge** [2] - 3961:12, 3979:17
**jury** [1] - 3936:24
**Justice** [4] - 3921:2, 3937:6, 3942:11, 3986:15
**JUSTICE** [3] - 3920:12, 3920:15, 3920:18

**K**

**Kchoksi@ncdoj.gov** [1] - 3921:4
**keep** [4] - 3985:21, 3985:22, 4035:11, 4045:13
**Kenneth** [1] - 3920:11
**kenneth.dintzer2@ usdoj.gov** [1] - 3920:14
**Kenshoo** [7] - 3967:4, 3967:11, 3967:14, 3983:18, 3983:24, 3983:25, 3984:13
**kept** [1] - 4045:24
**Key** [1] - 3950:25
**key** [1] - 3951:25
**keyword** [1] - 4009:24
**keywords** [3] - 3942:21, 4009:15, 4047:15
**kind** [3] - 4000:2, 4036:12, 4037:20
**knowledge** [2] - 4025:1, 4039:22
**known** [1] - 3996:15
**KPI** [2] - 3951:24, 3951:25
**KPIs** [1] - 3951:8
**Kunal** [1] - 3921:1

**L**

**Lab** [2] - 3947:3, 3947:6
**label** [1] - 3990:24
**labeled** [2] - 3991:25, 4001:12
**lack** [2] - 3981:1, 4039:24
**lacking** [2] - 4040:17, 4040:18
**landing** [7] - 3987:9, 4010:21, 4014:18, 4015:3, 4015:4, 4031:7, 4041:3
**lands** [1] - 4031:8
**language** [3] - 4022:23, 4026:13, 4026:15
**Lara** [2] - 3920:14, 3933:17
**lara.trager@usdoj. gov** [1] - 3920:17
**large** [4] - 3962:19, 3976:25, 3977:1, 4045:20
**LaSalle** [1] - 3920:19
**last** [24] - 3939:4, 3940:3, 3940:8,

3943:20, 3944:1, 3952:20, 3958:17, 3959:11, 3961:21, 3962:5, 3975:13, 3976:2, 3977:8, 3985:24, 3992:11, 4007:8, 4007:25, 4030:21, 4030:22, 4033:15, 4034:7, 4034:21, 4051:16
**late** [1] - 4051:21
**launch** [2] - 3976:24, 3989:3
**launched** [1] - 4047:1
**launches** [15] - 3976:9, 3976:12, 3976:17, 4045:16, 4046:2, 4046:6, 4046:9, 4046:10, 4046:16, 4046:18, 4047:8, 4047:9, 4047:11, 4047:15, 4047:18
**lead** [7] - 3930:2, 3930:16, 3933:11, 3934:1, 3947:21, 4007:18, 4007:21
**leading** [3] - 3931:5, 3982:12, 3982:16
**leads** [1] - 3962:5
**learn** [2] - 4040:4
**learning** [2] - 3948:18, 4040:5
**least** [10] - 3953:13, 3955:11, 3969:24, 3975:2, 3978:25, 4001:22, 4011:19, 4017:12, 4043:9, 4051:19
**leave** [1] - 4013:5
**lengthy** [1] - 4021:12
**lens** [2] - 3943:20, 4005:6
**less** [18] - 3960:10, 3963:2, 3970:4, 3978:7, 3978:22, 3996:2, 4000:2, 4003:10, 4016:21, 4020:25, 4021:1, 4034:23, 4038:24, 4040:3, 4040:5, 4045:20, 4046:11
**level** [5] - 4029:1, 4030:23, 4031:4, 4031:14, 4041:17
**levels** [1] - 4044:24
**leverage** [1] - 4037:22
**leverages** [1] - 3998:17
**license** [3] - 3966:24,

4069

3984:2, 3984:8
**lift** [2] - 3962:6, 3962:7
**light** [1] - 3936:1
**likely** [4] - 4003:19, 4003:21, 4004:22, 4021:1
**likewise** [1] - 3986:17
**limit** [1] - 3928:20
**limitations** [1] - 3990:14
**limited** [5] - 3975:11, 3985:22, 3995:22, 4033:3, 4041:17
**line** [19] - 3924:9, 3927:14, 3936:2, 3936:25, 3965:15, 3965:16, 3977:16, 3977:20, 3979:13, 3992:11, 4004:16, 4006:2, 4009:14, 4009:24, 4011:7, 4030:9
**line-bold** [2] - 3979:13
**lines** [11] - 3923:13, 3923:17, 3927:19, 3929:4, 3929:8, 3954:6, 3972:12, 3977:14, 3977:18, 4005:24, 4034:21
**link** [4] - 3995:8, 4047:12, 4049:25, 4050:3
**linked** [1] - 4050:4
**list** [3] - 3936:15, 4051:1, 4051:5
**listed** [1] - 4031:15
**listen** [2] - 3953:10, 3963:9
**listing** [2] - 3996:14, 3996:15
**lists** [1] - 3957:10
**LLC** [1] - 3920:6
**LLP** [2] - 3920:23, 3921:5
**local** [1] - 3922:22
**location** [3] - 3991:23, 3997:5, 3997:17
**locations** [1] - 3926:2
**locked** [1] - 3957:24
**locks** [2] - 3958:23, 3980:24
**long-term** [12] - 4014:11, 4027:20, 4027:22, 4033:1, 4033:2, 4033:5, 4033:7, 4033:14, 4033:21, 4033:22, 4033:23, 4033:25
**longer-term** [1] - 4032:21

**look** [42] - 3923:17, 3923:18, 3924:12, 3936:2, 3936:23, 3941:20, 3945:13, 3947:17, 3948:15, 3954:6, 3956:3, 3958:24, 3960:23, 3965:22, 3968:2, 3972:12, 3977:14, 3980:20, 3997:10, 3999:7, 3999:17, 4000:1, 4000:14, 4002:7, 4005:14, 4010:14, 4012:19, 4013:14, 4013:15, 4017:5, 4021:9, 4021:11, 4021:13, 4032:4, 4036:8, 4047:25, 4048:4, 4048:24, 4049:4, 4050:8, 4051:4, 4051:7
**looked** [4] - 3929:20, 3948:21, 3961:13, 4008:18
**looking** [14] - 3957:12, 3960:1, 3960:2, 3961:22, 3978:20, 3992:5, 3997:9, 4002:9, 4002:14, 4004:12, 4016:1, 4016:4, 4016:25, 4034:6
**looks** [3] - 4024:12, 4024:13, 4036:17
**losing** [1] - 3960:24
**lost** [1] - 4044:7
**low** [8] - 4020:25, 4023:13, 4024:22, 4038:20, 4038:23, 4040:10, 4040:21
**low-quality** [3] - 4020:25, 4023:13, 4024:22
**LOWCOCK** [1] - 3922:6
**Lowcock** [16] - 3922:9, 3923:7, 3923:25, 3927:1, 3928:15, 3932:2, 3932:6, 3935:16, 3937:5, 3938:8, 3940:22, 3962:15, 3966:10, 3969:2, 3980:4, 4053:3
**lower** [3] - 3934:19, 4040:1, 4040:3
**lower-quality** [2] - 4040:1, 4040:3
**LTV** [59] - 4014:11, 4020:16, 4027:9,

4027:10, 4027:12, 4027:16, 4027:17, 4027:20, 4027:22, 4028:3, 4028:23, 4028:24, 4030:16, 4030:17, 4031:4, 4031:14, 4031:18, 4031:23, 4031:25, 4032:5, 4032:8, 4032:12, 4032:19, 4032:23, 4033:4, 4033:17, 4033:19, 4034:2, 4034:3, 4034:18, 4034:19, 4034:21, 4034:23, 4034:25, 4035:15, 4037:4, 4037:8, 4037:10, 4037:17, 4038:4, 4039:12, 4040:20, 4040:24, 4041:23, 4041:24, 4042:2, 4042:4, 4042:9, 4042:10, 4042:13, 4042:15, 4042:18, 4043:10, 4043:13, 4043:14, 4043:20, 4043:23, 4044:17, 4044:25
**LTV's** [1] - 4015:5
**lunch** [2] - 3922:3, 4047:5
**lunches** [1] - 4046:24

**M**

**machine** [1] - 4012:16
**Macy's** [2] - 3932:7, 3932:23
**madam** [1] - 4008:2
**maintain** [1] - 3969:4
**majority** [1] - 4003:7
**manage** [2] - 3984:1, 3988:1
**Management** [3] - 3987:18, 3987:19, 3987:23
**management** [4] - 3984:10, 3987:4, 3987:20, 4048:10
**manager** [2] - 3988:19, 4048:7
**manager/partner** [1] - 4007:24
**managers** [3] - 3988:20, 4007:19, 4008:7
**March** [2] - 4005:15, 4005:23
**Marin** [7] - 3967:4, 3967:11, 3967:14,

3983:18, 3983:24, 3984:1, 3984:13
**marked** [1] - 3955:16
**market** [8] - 3940:25, 3941:1, 3942:16, 3947:13, 3960:8, 3960:24, 3963:12, 3969:19
**marketing** [5] - 3949:3, 3966:24, 3980:13, 3981:9, 4000:5
**Marketing** [1] - 3999:15
**marketplace** [2] - 3972:6, 3972:22
**Markets** [1] - 4029:14
**Mastery** [1] - 3999:15
**mastery** [1] - 4000:5
**match** [1] - 4047:16
**material** [1] - 4036:12
**materials** [1] - 4036:15
**math** [1] - 3948:4
**mathematically** [1] - 4017:11
**matter** [3] - 3930:22, 3943:3, 3987:13
**matters** [1] - 3937:2
**max** [2] - 3993:17, 4028:23
**maximum** [3] - 3993:16, 4037:19, 4037:24
**mean** [26] - 3928:8, 3931:24, 3946:6, 3946:15, 3946:23, 3952:7, 3954:11, 3958:13, 3958:20, 3963:9, 3963:12, 3975:21, 3976:3, 3976:5, 3976:6, 3977:10, 3978:20, 3980:8, 3981:12, 3984:4, 3988:25, 3989:17, 3993:12, 4025:20, 4026:8, 4039:8
**meaning** [1] - 3992:6
**means** [11] - 3923:14, 3924:20, 3946:25, 3956:18, 3957:12, 3958:22, 4012:15, 4017:8, 4040:15, 4040:19
**meant** [1] - 3976:24
**measure** [7] - 3981:12, 3981:18, 4027:8, 4033:11, 4041:8, 4041:13, 4041:16
**measured** [1] - 3951:5

4070

**measurement** [4] -
3948:22, 3948:25,
3949:1, 3981:8
**measurements** [1] -
4027:15
**measures** [1] -
4027:12
**measuring** [2] -
4027:10, 4027:14
**Media** [2] - 3947:3,
3947:6
**media** [17] - 3928:1,
3928:2, 3946:7,
3956:25, 3957:2,
3957:4, 3957:9,
3959:6, 3980:21,
3980:23, 3980:24,
3981:1, 3984:1,
3984:10, 3984:12,
3984:17
**Mediabrands** [1] -
3947:6
**mediums** [4] -
3931:10, 3931:19,
3932:18, 3932:20
**meet** [1] - 3986:16
**MEHTA** [1] - 3920:9
**members** [1] -
3952:18
**memory** [2] - 3947:17,
3966:13
**mental** [1] - 3996:2
**mention** [1] - 3967:8
**mentioned** [5] -
3982:5, 4006:11,
4014:21, 4016:24,
4043:16
**merged** [1] - 3967:3
**met** [1] - 3986:18
**Meta** [2] - 3928:3,
3948:5
**method** [2] - 3924:1,
3992:19
**methods** [1] - 3992:21
**metric** [1] - 4044:14
**Michael** [1] - 3921:8
**Microsoft** [2] -
3963:19, 3984:15
**Microsoft's** [1] -
3964:8
**might** [19] - 3927:6,
3947:1, 3950:2,
3959:4, 3959:19,
3960:14, 3969:17,
3969:18, 3977:20,
3980:20, 3981:15,
3985:21, 4002:19,
4035:4, 4036:16,
4051:21
**millions** [3] - 3976:14,

3976:23, 4009:5
**milliseconds** [1] -
4029:2
**mind** [7] - 3959:4,
3996:17, 4005:24,
4014:3, 4014:13,
4023:1, 4035:11
**mine** [2] - 4007:24,
4024:16
**minimum** [2] -
4042:21, 4046:6
**minus** [1] - 4037:4
**minute** [7] - 3996:24,
4007:2, 4029:23,
4030:16, 4031:13,
4047:25, 4050:11
**minutes** [2] - 4020:12,
4045:7
**misrepresentation** [1]
- 4030:7
**misspeak** [2] -
4031:11, 4031:13
**misspelled** [1] -
4047:16
**misstated** [1] - 3999:6
**mixture** [1] - 3960:17
**model** [3] - 3960:13,
3996:2, 4011:14
**models** [1] - 3957:19
**modification** [2] -
3931:16, 3932:22
**modify** [1] - 3975:10
**moment** [16] -
3924:10, 3925:18,
3927:16, 3940:15,
3954:13, 3966:18,
3970:15, 3972:16,
3977:25, 3978:3,
3979:15, 3985:1,
3991:10, 3999:17,
4021:11, 4036:8
**money** [8] - 3939:8,
3940:18, 3951:19,
3957:23, 3959:2,
3959:5, 3961:6,
3965:11
**months** [3] - 3988:22,
3988:23, 4033:12
**morning** [24] -
3923:24, 3926:17,
3927:6, 3930:6,
3934:12, 3944:23,
3947:12, 3953:21,
3963:15, 3963:18,
3964:16, 3965:5,
3966:19, 3967:19,
3970:3, 3970:7,
3972:3, 3973:4,
3975:8, 3975:22,
4045:5, 4045:9,

4051:8, 4051:23
**most** [16] - 3951:11,
3957:8, 3966:25,
3986:23, 3987:7,
3990:1, 3990:5,
3993:2, 3993:6,
3998:1, 3998:3,
3998:5, 4014:15,
4030:23, 4031:4,
4031:14
**Most** [1] - 3986:22
**mostly** [2] - 4035:17,
4041:16
**move** [21] - 3932:2,
3936:4, 3943:8,
3950:3, 3952:4,
3952:21, 3952:25,
3953:3, 3953:8,
3958:25, 3959:4,
3959:9, 3979:2,
3980:19, 3981:2,
4003:15, 4005:20,
4020:1, 4035:14,
4050:25, 4051:2
**movement** [1] -
3971:22
**moving** [4] - 3951:11,
3951:19, 3958:11,
3961:14
**MR** [128] - 3922:5,
3922:8, 3925:3,
3925:5, 3925:11,
3925:13, 3929:8,
3929:9, 3932:9,
3932:13, 3933:16,
3933:18, 3935:21,
3935:25, 3936:5,
3936:6, 3936:18,
3937:4, 3937:20,
3937:24, 3938:6,
3938:7, 3940:15,
3940:16, 3941:7,
3941:10, 3942:25,
3943:8, 3943:9,
3943:12, 3943:14,
3950:13, 3950:15,
3950:23, 3954:13,
3954:15, 3956:1,
3956:4, 3956:5,
3956:8, 3961:9,
3961:11, 3962:10,
3962:14, 3965:17,
3965:19, 3965:21,
3965:24, 3966:5,
3966:9, 3966:17,
3968:16, 3968:19,
3968:21, 3968:25,
3974:5, 3974:8,
3974:9, 3977:15,
3977:18, 3977:22,

3978:10, 3978:13,
3979:2, 3979:5,
3979:15, 3979:17,
3982:12, 3983:15,
3984:3, 3984:22,
3984:24, 3985:17,
3986:4, 3986:11,
3986:13, 3987:25,
3990:11, 3990:17,
3990:20, 3993:11,
3993:23, 3994:5,
3994:7, 3999:8,
3999:10, 3999:23,
4000:4, 4000:21,
4003:2, 4003:16,
4003:17, 4004:6,
4004:7, 4005:10,
4005:12, 4005:21,
4011:25, 4012:2,
4012:6, 4014:9,
4015:9, 4015:12,
4015:14, 4016:1,
4016:5, 4021:25,
4022:4, 4028:9,
4029:5, 4029:8,
4029:11, 4036:1,
4036:4, 4036:23,
4037:1, 4041:6,
4045:2, 4045:8,
4045:11, 4045:14,
4050:12, 4050:20,
4050:24, 4051:4,
4051:9, 4051:12,
4051:14
**MS** [27] - 3932:8,
3935:23, 3936:16,
3936:21, 3937:22,
3938:2, 3942:23,
3943:11, 3950:21,
3962:12, 3968:17,
3977:19, 3980:1,
3980:3, 3982:14,
3982:17, 3983:5,
3983:13, 3985:3,
3990:16, 3994:3,
3994:6, 3999:21,
4000:17, 4000:20,
4002:22, 4015:24
**msommer@wsgr.
com** [1] - 3921:11
**multiple** [14] - 3923:8,
3949:8, 3949:19,
3951:6, 3951:17,
3961:4, 3972:7,
3992:21, 3995:2,
3998:22, 4004:9,
4043:16, 4049:6
**multiplied** [1] - 4043:4
**Muralidharan** [1] -
4008:1

4071

**must** [4] - 4035:13, 4041:23, 4043:1, 4043:9
**myriad** [1] - 4046:25
**mysterious** [1] - 3944:19

## N

**N.W** [1] - 4052:12
**name** [5] - 3945:8, 3986:14, 4007:24, 4007:25, 4021:17
**names** [1] - 3967:2
**national** [1] - 3983:2
**Native** [1] - 3964:8
**NC** [2] - 3921:2, 3921:3
**necessarily** [19] - 3924:7, 3941:4, 3946:24, 3947:8, 3947:24, 3949:2, 3957:23, 3959:8, 3960:21, 3969:10, 3976:3, 3980:19, 4006:16, 4017:17, 4022:15, 4024:5, 4024:9, 4024:25, 4027:24
**need** [8] - 3923:13, 3929:10, 3960:4, 3984:14, 3986:2, 3989:11, 4045:12, 4050:22
**needed** [2] - 3981:2, 3995:6
**needs** [1] - 3966:13
**negative** [5] - 3957:9, 4034:22, 4034:25, 4035:6, 4035:15
**negatives** [1] - 4013:11
**network** [1] - 4012:21
**Networks** [1] - 4000:16
**neutral** [1] - 3970:20
**never** [2] - 3986:18, 4047:1
**New** [2] - 3920:24, 3921:10
**new** [3] - 3941:2, 3945:3, 4045:2
**news** [1] - 3990:12
**newsletters** [1] - 3947:11
**next** [20] - 3935:13, 3941:25, 3942:3, 3942:25, 3951:11, 3956:24, 3958:3, 3959:12, 3974:20,

3979:3, 3996:10, 4009:14, 4009:24, 4011:7, 4016:3, 4030:9, 4031:17, 4045:12
**nice** [1] - 3922:3
**night** [2] - 4036:15, 4050:23
**non** [2] - 3985:10, 3996:6
**non-disapproved** [1] - 3996:6
**non-public** [1] - 3985:10
**noninformation** [1] - 4010:15
**normal** [1] - 4040:1
**North** [1] - 3921:1
**north** [1] - 4007:9
**notably** [1] - 4014:16
**noted** [1] - 4019:21
**notes** [1] - 4052:5
**nothing** [1] - 4049:6
**noticed** [1] - 3963:6
**number** [14] - 3947:16, 3974:3, 3988:20, 3990:24, 3997:10, 3999:21, 3999:24, 4013:17, 4024:24, 4026:3, 4026:4, 4039:6, 4045:20, 4048:25
**numbered** [1] - 3990:22
**numbers** [7] - 3934:22, 3934:25, 3977:16, 3985:9, 3997:11, 3999:22, 3999:23
**numerous** [3] - 3988:12, 3988:14, 3988:17
**NW** [4] - 3920:12, 3920:15, 3921:6, 3921:15
**NY** [2] - 3920:24, 3921:10

## O

**oath** [1] - 3937:11
**objection** [10] - 3935:23, 3950:21, 3962:12, 3965:17, 3968:17, 3968:21, 3978:10, 3982:12, 4000:17, 4002:22
**objective** [1] - 4037:23
**objectives** [2] - 3955:6, 3960:4

**observe** [2] - 4040:2, 4040:6
**obtaining** [1] - 3969:15
**occasion** [1] - 3968:9
**occasions** [1] - 3968:10
**occur** [2] - 3931:2, 3998:1
**occurs** [1] - 3926:16
**October** [7] - 3920:5, 3987:13, 3987:15, 4004:11, 4004:15, 4052:7
**OF** [6] - 3920:1, 3920:9, 3920:12, 3920:15, 3920:18, 4052:1
**offer** [8] - 3935:21, 3937:20, 3950:19, 3962:10, 3962:11, 3968:16, 3968:22, 3968:23
**offered** [1] - 3968:20
**offering** [2] - 3935:25, 3978:11
**Office** [1] - 3984:15
**Official** [2] - 3921:14, 4052:11
**OFFICIAL** [1] - 4052:1
**often** [2] - 3961:4, 4002:24
**Omkar** [1] - 4007:25
**once** [1] - 4040:14
**one** [103] - 3922:22, 3923:3, 3925:6, 3926:11, 3928:8, 3928:9, 3930:21, 3932:2, 3933:17, 3934:18, 3936:7, 3936:10, 3937:23, 3938:8, 3940:5, 3940:15, 3942:14, 3943:13, 3943:25, 3944:5, 3944:23, 3949:23, 3950:16, 3952:1, 3952:20, 3953:7, 3953:11, 3953:13, 3953:16, 3954:11, 3954:13, 3955:1, 3955:16, 3955:21, 3957:16, 3957:17, 3957:25, 3958:10, 3958:11, 3959:5, 3959:14, 3959:18, 3959:25, 3963:10, 3963:18, 3968:12, 3969:1, 3969:4, 3970:11, 3971:4, 3973:8,

3973:17, 3975:13, 3976:2, 3977:8, 3979:6, 3980:9, 3983:16, 3984:15, 3984:16, 3985:21, 3989:2, 3989:22, 3990:4, 3990:5, 3991:2, 3992:21, 3993:15, 3994:24, 3994:25, 3995:7, 3997:12, 3999:19, 3999:25, 4004:1, 4005:6, 4011:19, 4012:2, 4012:16, 4013:3, 4016:3, 4018:15, 4018:21, 4020:21, 4022:1, 4022:9, 4028:19, 4037:11, 4038:1, 4042:13, 4043:24, 4047:7, 4047:8, 4048:7, 4048:9, 4049:18
**ongoing** [1] - 3982:25
**online** [2] - 3967:22, 3968:6
**open** [2] - 3985:18, 3985:21
**opening** [2] - 3932:4, 3932:11
**opens** [1] - 3933:22
**operated** [1] - 4009:8
**operating** [1] - 3970:24
**operations** [1] - 3949:2
**opinion** [1] - 3947:10
**opinions** [1] - 4029:3
**opportunities** [2] - 3960:24, 4023:25
**opportunity** [4] - 3961:7, 3966:2, 4037:19, 4051:7
**opposite** [1] - 3976:6
**optimization** [18] - 3954:22, 3954:24, 3956:9, 3956:10, 3956:11, 3957:20, 3958:4, 3958:8, 3958:14, 3959:14, 3959:17, 3959:19, 3960:15, 3962:17, 3962:24, 3963:4, 3963:8, 3973:22
**Optimization** [1] - 3955:23
**optimize** [5] - 3953:2, 3953:4, 3956:21, 3961:1, 3981:17
**optimizer** [1] -

4072

**3956**:16

**optimizing** [2] - 3952:19, 3957:20

**option** [1] - 4037:22

**optional** [1] - 3996:22

**options** [1] - 3993:15

**order** [17] - 3933:2, 3953:17, 3958:11, 4006:18, 4006:20, 4011:20, 4012:4, 4012:7, 4017:12, 4026:16, 4027:1, 4033:12, 4041:24, 4042:21, 4043:2, 4043:9

**organization** [1] - 3989:2

**orient** [3] - 3932:5, 3941:12, 3943:16

**oriented** [1] - 3934:21

**Ostensibly** [1] - 3949:15

**ostensibly** [2] - 3957:3, 3971:8

**otherwise** [3] - 3992:1, 3995:14, 4016:25

**Otherwise** [1] - 3987:20

**ourselves** [1] - 3960:23

**out-of-home** [2] - 3957:21, 3982:4

**outcome** [1] - 3996:4

**outcomes** [5] - 3956:25, 3957:4, 3958:7, 3960:3, 3962:6

**outperforming** [1] - 3958:6

**output** [9] - 4011:24, 4012:1, 4026:16, 4027:4, 4027:14, 4038:1, 4041:8, 4041:14, 4043:22

**outputs** [4] - 4012:2, 4026:4, 4026:25, 4041:19

**outside** [3] - 3964:5, 3983:25, 4050:18

**over-generalized** [1] - 4017:14

**overall** [1] - 4040:24

**overnight** [1] - 4050:16

**overruled** [1] - 4002:23

**oversee** [3] - 3925:21, 3945:22, 3945:23

**oversimplification** [1] - 3941:5

**Overview** [1] - 3999:15

**own** [4] - 3932:24, 3961:13, 3971:24, 4044:13

**ownership** [1] - 3983:1

## P

**p.m** [1] - 3920:6

**pacing** [1] - 3958:17

**page** [84] - 3923:12, 3923:16, 3924:8, 3925:8, 3925:14, 3927:13, 3927:18, 3927:19, 3927:25, 3929:3, 3929:7, 3929:8, 3929:15, 3934:19, 3934:23, 3934:24, 3941:11, 3941:14, 3941:19, 3941:22, 3941:25, 3942:3, 3946:3, 3950:24, 3954:5, 3955:23, 3955:24, 3956:6, 3958:3, 3961:4, 3965:14, 3972:12, 3974:1, 3974:20, 3977:13, 3977:16, 3977:18, 3989:14, 3991:18, 3991:20, 3991:23, 3992:2, 3996:10, 3996:11, 3997:4, 3997:6, 3997:7, 3997:20, 3999:18, 3999:22, 3999:23, 4000:22, 4001:9, 4004:13, 4004:14, 4004:15, 4005:15, 4005:23, 4008:19, 4010:21, 4013:25, 4014:1, 4014:18, 4015:3, 4015:4, 4016:3, 4021:14, 4021:15, 4021:24, 4023:2, 4024:10, 4025:25, 4029:22, 4029:24, 4030:21, 4031:7, 4034:8, 4036:22, 4041:3

**pages** [13] - 3967:22, 3967:24, 3967:25, 3968:1, 3991:13, 4005:13, 4021:23, 4025:24, 4025:24, 4048:14, 4048:15, 4048:17, 4049:2

**paid** [29] - 3923:25, 3924:1, 3924:15,

3924:19, 3925:15, 3925:22, 3925:24, 3926:1, 3926:3, 3926:5, 3926:6, 3926:9, 3926:13, 3926:16, 3951:9, 3951:10, 3951:19, 3952:3, 3952:5, 3961:4, 3961:14, 4017:25, 4019:23, 4020:6

**panel** [4] - 3937:9, 3937:18, 3937:23, 3937:24

**paper** [6] - 4029:12, 4029:14, 4030:4, 4030:8, 4030:10, 4030:19

**paradigmatic** [1] - 3946:4

**paragraph** [15] - 3925:15, 3941:12, 3942:2, 3942:7, 3942:9, 3942:14, 3951:3, 3959:12, 3961:23, 4029:25, 4030:9, 4030:22, 4031:15, 4034:7, 4034:8

**pardon** [1] - 4011:25

**parens** [1] - 4024:21

**part** [16] - 3929:22, 3980:16, 3992:15, 4009:19, 4009:21, 4019:23, 4020:7, 4023:11, 4027:12, 4030:9, 4033:20, 4042:9, 4044:10, 4044:11, 4046:8, 4049:24

**participate** [5] - 3922:19, 4006:18, 4006:21, 4006:23, 4041:24

**participated** [3] - 3937:7, 4044:5, 4046:5

**particular** [10] - 3950:5, 3958:15, 3958:16, 3977:3, 4005:19, 4014:17, 4020:18, 4028:1, 4035:3, 4035:12

**parties** [1] - 3981:16

**partners** [1] - 4007:23

**parts** [1] - 4034:9

**party** [4] - 3970:20, 3970:21, 3970:23

**Party** [1] - 3970:21

**passive** [7] - 4002:8, 4002:13, 4002:16,

4002:20, 4002:25, 4003:5, 4003:12

**past** [3] - 3939:6, 3940:20, 3988:22

**path** [1] - 4003:8

**Patterson** [1] - 3920:23

**Pause** [1] - 3979:16

**pause** [9] - 3954:14, 3991:14, 3999:20, 4021:16, 4031:2, 4036:10, 4045:4, 4048:19, 4050:9

**pay** [3] - 3960:10, 3977:7, 3993:16

**paying** [1] - 3974:17

**PCQ** [1] - 4015:2

**PCTR** [12] - 4014:20, 4015:5, 4037:4, 4038:10, 4038:17, 4038:20, 4038:23, 4038:25, 4039:3, 4039:10, 4043:11

**peers** [1] - 3989:3

**penalty** [1] - 3959:3

**pending** [1] - 3966:3

**penny** [1] - 4017:16

**people** [6] - 3934:9, 3986:23, 4029:19, 4047:7, 4047:9, 4049:17

**per** [14] - 3975:14, 3989:16, 3989:17, 3989:19, 3992:18, 3993:17, 4011:21, 4012:4, 4016:17, 4026:17, 4027:2, 4028:25, 4037:20, 4037:25

**per-click** [1] - 4016:17

**percent** [8] - 3947:14, 3947:19, 3948:7, 3962:6, 4038:18, 4038:24, 4039:1

**percentage** [3] - 3947:21, 3948:6, 4003:8

**percentages** [1] - 3985:10

**perfect** [1] - 3935:2

**performance** [16] - 3951:4, 3951:5, 3951:22, 3951:23, 3951:25, 3952:19, 3953:2, 3953:4, 3956:15, 3956:21, 3957:1, 3957:2, 3957:9, 3962:8, 3973:15, 3980:22

**performing** [6] -

4073

3951:9, 3952:3, 3952:4, 3953:9, 3957:22, 3980:20

**performs** [2] - 3957:7, 3958:17

**perhaps** [6] - 3991:17, 4024:4, 4025:3, 4039:1, 4045:11, 4045:18

**period** [7] - 3940:11, 3940:13, 3944:10, 3957:22, 3975:23, 3977:3, 4030:4

**permission** [1] - 3990:18

**permit** [2] - 3995:21, 3995:23

**permitted** [1] - 3995:16

**person** [6] - 3971:5, 4017:6, 4017:16, 4018:2, 4018:3, 4021:18

**personal** [1] - 3930:18

**personally** [3] - 4004:5, 4030:6, 4051:17

**perspective** [9] - 3940:2, 3942:16, 3944:14, 3949:5, 3992:17, 4006:12, 4006:14, 4049:21

**pertaining** [1] - 4046:4

**Ph.D** [4] - 3986:20, 3986:24, 3987:2, 3987:3

**phenomena** [2] - 4040:6, 4041:18

**phenomenon** [1] - 4039:25

**photo** [1] - 3968:7

**phrased** [1] - 3978:25

**picture** [2] - 3996:19, 3997:1

**piece** [2] - 3994:16, 4014:23

**pieces** [3] - 3947:10, 4034:15, 4034:16

**pin** [1] - 3985:20

**pink** [1] - 3943:25

**Pinterest** [2] - 3938:21, 3942:18

**pitch** [1] - 3955:18

**PLA** [2] - 3996:15, 4019:16

**place** [3] - 3959:4, 3970:23, 3997:14

**placed** [4] - 3923:4, 3931:1, 3932:20, 3933:2

**placement** [1] - 4032:13

**placing** [1] - 3959:14

**Plaintiff** [2] - 3920:22, 3921:1

**Plaintiffs** [2] - 3920:4, 3920:11

**PLAs** [6] - 3922:15, 4018:9, 4018:10, 4018:16, 4019:2, 4046:13

**platform** [3] - 3928:19, 3933:7, 4038:7

**platforms** [11] - 3923:5, 3926:10, 3928:2, 3928:15, 3935:17, 3936:14, 3938:11, 3941:2, 3971:12, 3971:14, 3984:2

**play** [3] - 3924:15, 3925:16, 3926:7, 3926:10, 3935:17, 3936:11

**playing** [1] - 3935:4

**PLQ** [1] - 4015:4

**plus** [3] - 3947:19, 4017:6, 4017:16

**point** [20] - 3924:22, 3926:20, 3926:23, 3934:9, 3936:20, 3956:15, 3956:24, 3957:6, 3958:4, 3958:17, 3961:23, 3962:5, 3973:8, 3973:17, 3976:2, 3977:8, 4006:2, 4007:1, 4021:19, 4028:2

**pointing** [1] - 4014:19

**points** [2] - 3961:21, 3973:9

**policies** [1] - 3995:16

**policy** [1] - 3996:8

**poorly** [1] - 4010:4

**portion** [2] - 3956:1, 4005:19

**portions** [3] - 4001:11, 4025:3, 4029:9

**portrayed** [2] - 4025:11, 4025:15

**position** [3] - 3939:22, 3978:17, 3988:9

**positions** [1] - 3988:5

**positive** [9] - 3957:8, 4034:3, 4034:18, 4035:15, 4040:11, 4041:24, 4042:2, 4042:13, 4043:10

**possible** [9] - 3927:4,

3950:8, 3950:9, 3950:10, 3952:2, 3953:17, 3969:9, 3969:13, 4009:6

**posted** [1] - 3933:23

**potential** [2] - 3933:3, 3955:19, 3983:1

**potentially** [2] - 4011:13, 4033:22

**Prabhaker** [1] - 4049:23

**practice** [6] - 3990:5, 3996:4, 4011:15, 4032:25, 4033:12, 4036:13

**practices** [1] - 3995:16

**precede** [1] - 4028:12

**precise** [1] - 4026:13

**precisely** [1] - 4025:5

**predated** [1] - 4046:23

**predict** [1] - 3946:19

**predicted** [4] - 4038:12, 4038:14, 4041:2, 4043:4

**prediction** [6] - 4014:16, 4015:2, 4015:4, 4038:11, 4041:2, 4041:3

**preface** [1] - 3946:10

**prefatory** [1] - 3999:25

**prefer** [2] - 3986:20, 4045:5

**preference** [2] - 3985:12, 3986:22

**preferences** [1] - 4026:15

**preferred** [1] - 3950:10

**prepared** [5] - 3975:9, 3975:11, 3977:7, 4021:10, 4036:17

**present** [1] - 3975:25

**presentation** [2] - 3937:18, 3955:18

**presented** [5] - 3994:1, 3994:11, 3994:20, 4029:14, 4036:13

**President** [2] - 3987:17, 3987:23

**pretty** [3] - 3939:2, 4023:23, 4039:9

**prevent** [1] - 4023:13

**previous** [1] - 3982:19

**previously** [2] - 3963:11, 3980:22

**price** [41] - 3959:18, 3960:4, 3960:8, 3960:20, 3961:6, 3972:2, 3972:5, 3972:7, 3972:9,

3972:19, 3972:21, 3972:25, 3973:3, 3974:14, 3996:20, 3997:2, 4015:18, 4015:21, 4017:5, 4017:10, 4017:15, 4017:18, 4017:19, 4017:25, 4018:7, 4018:11, 4019:23, 4020:6, 4020:13, 4024:21, 4026:17, 4027:1, 4040:25, 4042:3, 4042:7, 4042:14, 4042:18, 4042:20, 4042:21

**priced** [3] - 4006:19, 4017:15, 4029:13

**prices** [2] - 3975:22, 3977:2

**pricing** [10] - 3959:24, 3959:25, 3960:14, 3975:3, 3998:25, 4006:20, 4024:18, 4025:6, 4025:8, 4048:13

**primarily** [4] - 3928:25, 3929:14, 3984:8, 3987:8

**primary** [2] - 3948:21, 3993:13

**Principles** [1] - 3950:25

**privacy** [6] - 3968:13, 3969:4, 3969:25, 3970:6, 3971:13, 3971:16

**problem** [1] - 4051:1

**proceed** [1] - 4000:14

**proceedings** [1] - 4052:6

**process** [27] - 3992:15, 3992:17, 4000:8, 4009:19, 4009:21, 4010:8, 4015:17, 4017:21, 4018:7, 4018:11, 4019:15, 4019:16, 4019:18, 4025:12, 4025:13, 4025:16, 4025:19, 4026:11, 4027:1, 4027:5, 4042:7, 4045:16, 4045:18, 4046:19

**processing** [1] - 4028:24

**produced** [2] - 3991:8, 3998:4

**Product** [1] - 3987:23

**product** [21] - 3931:11, 3931:21,

4074

3956:11, 3964:12, 3987:19, 3987:24, 3988:1, 3988:20, 3995:20, 3995:21, 3996:1, 3996:14, 3996:15, 3996:19, 3997:1, 4002:14, 4002:21, 4007:19, 4007:24, 4008:7
  **products** [6] - 3947:7, 3989:7, 3989:8, 3998:7, 3998:21, 4048:7
  **products/services** [1] - 4002:9
  **profitability** [3] - 4032:21, 4033:1, 4033:2
  **program** [5] - 3937:6, 3937:7, 3937:9, 3987:4, 3987:5
  **programming** [2] - 4012:15, 4012:17
  **Project** [1] - 3987:17
  **promised** [1] - 4036:23
  **promoted** [2] - 3988:12, 3988:15
  **promotion** [1] - 3995:21
  **proposal** [1] - 3987:9
  **proposition** [1] - 3931:12
  **proprietary** [3] - 3954:18, 3962:16, 3985:14
  **protocols** [1] - 4012:16
  **provide** [12] - 3956:25, 3971:9, 3972:24, 3983:25, 4012:8, 4012:21, 4013:22, 4027:18, 4043:13, 4043:19, 4043:22, 4044:16
  **provided** [5] - 3964:22, 3971:8, 3972:23, 3981:16, 3996:8
  **provider** [1] - 3983:18
  **provides** [8] - 3922:18, 3961:23, 3973:1, 3973:2, 3973:7, 3973:10, 3973:14, 4030:11
  **PSX682** [2] - 3925:4, 3925:12
  **public** [7] - 3947:10, 3983:3, 3985:10, 3985:13, 3990:14,

4022:2, 4029:10
  **publication** [1] - 3925:20
  **publicly** [1] - 3968:1
  **publish** [1] - 3947:9
  **publishes** [1] - 3947:10
  **pull** [4] - 3937:15, 3959:2, 3961:6, 4034:6
  **purchase** [24] - 3923:9, 3923:21, 3926:20, 3926:23, 3927:2, 3927:20, 3929:19, 3930:9, 3931:6, 3931:21, 3933:12, 3934:1, 3934:8, 3934:10, 3934:14, 3934:15, 3935:4, 3935:8, 3935:18, 3936:12, 3981:3, 3995:25, 3996:6, 4012:7
  **purchased** [3] - 3930:23, 3995:11, 3995:19
  **purchases** [3] - 3930:2, 3930:16, 3933:11
  **purely** [1] - 4047:11
  **purpose** [3] - 3954:12, 3956:24, 3980:10
  **purpose-built** [1] - 3956:24
  **purposes** [6] - 3923:8, 3923:21, 3923:23, 3969:20, 3987:2, 4036:14
  **purview** [4] - 4016:22, 4017:3, 4019:19, 4019:20
  **put** [20] - 3923:14, 3929:11, 3931:9, 3931:19, 3932:3, 3935:1, 3935:15, 3946:2, 3955:17, 3956:6, 3968:18, 3974:2, 3977:24, 3979:6, 3990:10, 4005:2, 4005:9, 4008:17, 4021:4, 4029:7
  **puts** [3] - 3934:2, 3967:22, 3968:6

## Q

**QS/Min** [1] - 4024:22
**qualification** [1] - 4017:20
  **qualitative** [1] -

4040:13
  **qualities** [1] - 4027:15
  **quality** [103] - 3973:2, 3973:3, 3973:7, 3973:11, 3973:12, 3973:15, 3973:17, 3973:21, 3973:23, 3974:22, 3974:25, 3975:20, 3975:21, 3976:9, 3976:11, 3988:2, 3988:20, 3998:12, 4007:16, 4007:21, 4008:6, 4008:9, 4008:10, 4008:13, 4009:15, 4009:22, 4009:24, 4010:11, 4010:16, 4010:18, 4010:20, 4011:1, 4011:3, 4011:7, 4011:10, 4011:12, 4013:6, 4013:13, 4013:15, 4013:16, 4013:17, 4013:20, 4014:3, 4014:4, 4014:13, 4014:15, 4014:17, 4014:18, 4015:2, 4015:4, 4017:6, 4019:24, 4020:2, 4020:7, 4020:9, 4020:16, 4020:18, 4020:21, 4020:25, 4021:10, 4021:19, 4022:8, 4022:10, 4022:14, 4022:17, 4023:7, 4023:10, 4023:13, 4023:22, 4024:3, 4024:7, 4024:11, 4024:18, 4024:21, 4024:22, 4025:6, 4025:12, 4025:16, 4027:8, 4027:11, 4027:12, 4028:15, 4028:21, 4028:22, 4031:6, 4031:7, 4031:18, 4032:1, 4035:12, 4035:14, 4035:25, 4039:24, 4040:1, 4040:3, 4040:17, 4040:18, 4040:23, 4041:3, 4048:13
  **Quality** [2] - 4021:5, 4022:6
  **quarter** [2] - 3991:3, 4029:2
  **queries** [1] - 4024:1
  **query** [18] - 3967:19, 3989:21, 3990:2, 3990:7, 3994:1,

3994:12, 3994:20, 4005:5, 4006:4, 4006:10, 4011:20, 4012:3, 4020:23, 4021:2, 4024:13, 4026:14, 4032:13, 4035:5
  **questioning** [1] - 3981:7
  **questions** [12] - 3926:17, 3968:24, 3972:1, 3978:11, 3979:17, 3980:4, 3981:21, 3981:23, 3983:13, 3985:7, 4048:3, 4048:15
  **quibbling** [1] - 3924:24
  **quick** [1] - 4032:20
  **quickly** [2] - 3933:15, 3948:3
  **quite** [1] - 3968:2
  **quote** [1] - 3958:4
  **quoted** [1] - 4031:11

## R

**rabbit** [1] - 4020:15
**radio** [1] - 3949:15
**raghavan** [2] - 4048:5, 4048:6
  **Raghavan** [1] - 4049:18
  **Raleigh** [1] - 3921:3
  **Ramakrishnan** [1] - 4007:23
  **ramaswamy** [1] - 4050:25
  **range** [1] - 4039:1
  **rank** [14] - 4011:7, 4011:10, 4011:14, 4017:6, 4017:16, 4018:1, 4018:3, 4018:4, 4030:11, 4030:13, 4030:17, 4031:19, 4032:20
  **ranked** [1] - 4029:13
  **ranking** [2] - 4022:11, 4027:18
  **ranks** [2] - 4022:18, 4023:4
  **rate** [9] - 3939:17, 4010:22, 4014:16, 4038:11, 4038:12, 4038:15, 4041:2, 4041:15, 4043:4
  **rates** [1] - 4041:9
  **rather** [8] - 3976:25, 3991:25, 3993:17, 4009:14, 4038:2,

4046:3, 4048:2

**Rathod** [1] - 4007:23

**ratios** [2] - 4003:1, 4003:3

**raw** [1] - 3971:1

**re** [3] - 3949:18, 3966:18, 4006:7

**re-ask** [3] - 3949:18, 3966:18, 4006:7

**reach** [2] - 3928:25, 3929:14

**read** [24] - 3923:13, 3924:9, 3929:5, 3929:10, 3929:12, 3942:7, 3942:9, 3942:14, 3942:22, 3945:16, 3946:11, 3947:1, 3947:12, 3954:8, 3965:15, 3966:6, 3968:9, 3968:11, 3972:15, 3977:23, 4031:1, 4034:12, 4034:15

**reading** [6] - 3942:24, 3955:20, 3994:3, 4005:18, 4030:25, 4048:16

**ready** [3] - 3922:4, 3986:4, 3986:10

**real** [1] - 3962:23

**reallocating** [1] - 3951:7

**reallocations** [1] - 3958:5

**really** [14] - 3933:1, 3937:2, 3942:4, 3942:15, 3971:22, 3976:13, 3980:15, 3985:14, 3999:18, 4006:1, 4010:13, 4047:21, 4047:24, 4048:14

**realtime** [2] - 3956:15, 3956:21

**reason** [3] - 3953:5, 3983:24, 4030:6

**reasonable** [1] - 4011:13

**reasons** [2] - 3969:21, 3970:6

**receive** [2] - 4017:13, 4035:8

**received** [2] - 4028:20, 4051:15

**receiving** [1] - 4051:5

**recent** [3] - 3944:17, 4007:17, 4008:5

**recess** [1] - 3979:23

**Recognition** [1] - 3992:11

**recognition** [3] - 3992:12, 3997:17, 3997:23

**recognize** [4] - 3925:6, 3950:16, 3959:18, 4021:17

**recollection** [17] - 3923:11, 3923:20, 3923:22, 3924:14, 3924:17, 3929:5, 3929:13, 3942:12, 3954:4, 3954:10, 3965:20, 3965:25, 3966:1, 3972:18, 4025:23, 4029:21, 4049:9

**recollections** [1] - 4026:12

**recommend** [9] - 3927:6, 3949:22, 3951:7, 3951:11, 3953:8, 3958:11, 3959:8, 3965:5, 3966:20

**recommendation** [1] - 3963:13

**recommendations** [4] - 3955:2, 3955:5, 3955:8, 3963:9

**recommended** [1] - 3958:18

**recommends** [1] - 3958:5

**record** [5] - 3942:24, 3979:2, 3985:17, 3999:21, 4050:5

**records** [1] - 3925:18

**red** [2] - 4034:11, 4034:17

**redacted** [3] - 3985:9, 4029:9, 4034:9

**redactions** [2] - 3990:14, 4036:2

**Redirect** [2] - 4053:4, 4053:5

**redirect** [2] - 3979:21, 3979:24

**REDIRECT** [2] - 3980:2, 3983:14

**refer** [8] - 3957:2, 3986:22, 3986:24, 3996:13, 4015:20, 4025:22, 4027:17, 4039:15

**reference** [10] - 3968:6, 3981:8, 4014:20, 4021:14, 4022:13, 4025:4, 4033:1, 4034:21, 4046:12, 4048:4

**referenced** [6] - 3980:17, 3997:7, 4007:15, 4014:4, 4014:6, 4034:10

**references** [1] - 4027:17

**referencing** [6] - 3993:19, 3995:4, 4014:25, 4019:25, 4020:11, 4046:13

**referred** [4] - 3974:14, 3993:17, 4015:3, 4040:6

**referring** [7] - 3929:4, 3929:15, 3951:18, 3957:3, 3964:18, 3975:23, 4015:1

**refers** [1] - 3974:17

**refined** [2] - 4013:16, 4014:5

**refinement** [1] - 4014:10

**reflect** [4] - 3942:10, 3943:1, 4024:25, 4038:1

**reflected** [2] - 4013:20, 4039:3

**reflects** [2] - 3942:12, 4024:5

**refresh** [9] - 3923:11, 3923:20, 3924:14, 3929:13, 3954:4, 3954:10, 3965:19, 3965:25, 3972:18

**refreshed** [1] - 3966:13

**refreshes** [3] - 3923:22, 3924:17, 3929:5

**regard** [1] - 3985:8

**regarding** [1] - 4011:11

**regular** [1] - 4000:3

**regulations** [1] - 3971:16

**regulatory** [1] - 3982:25

**reiterate** [1] - 4040:14

**related** [2] - 3970:11, 3988:6

**relates** [2] - 3949:11, 3951:21

**relation** [1] - 4011:10

**relationship** [3] - 3957:3, 4015:7, 4035:12

**relationships** [1] - 3969:16

**relative** [3] - 4003:21, 4021:3, 4040:1

**relatively** [8] - 3944:9, 3993:25, 3994:11, 3994:19, 4036:11, 4039:2, 4040:24, 4041:17

**release** [2] - 3944:24, 3946:1

**relevance** [1] - 4010:21

**relevant** [4] - 4020:22, 4021:2, 4024:1, 4035:4

**reluctantly** [1] - 3962:21

**rely** [1] - 3937:3

**remain** [1] - 3960:22

**remember** [27] - 3926:20, 3926:24, 3927:7, 3927:14, 3927:21, 3938:12, 3944:25, 3947:14, 3947:15, 3948:10, 3953:23, 3954:1, 3961:15, 3961:16, 3963:16, 3963:24, 3963:25, 3964:15, 3965:6, 3967:20, 3968:12, 3970:6, 3978:3, 3978:14, 3983:19, 4012:14

**remove** [1] - 3960:23

**repeat** [6] - 3963:1, 3967:12, 3976:10, 3994:8, 4025:14, 4042:5

**rephrase** [4] - 3950:4, 3954:22, 3976:14, 3982:13

**replace** [1] - 3953:16

**report** [7] - 3989:2, 4007:19, 4019:17, 4044:10, 4044:12, 4044:14, 4044:20

**reported** [1] - 4008:7

**REPORTER** [1] - 4052:1

**reporter** [1] - 4008:2

**Reporter** [3] - 3921:13, 3921:14, 4052:11

**reporting** [2] - 4044:11, 4044:14

**reports** [4] - 3967:20, 3989:2, 4044:8, 4044:9

**represent** [1] - 3986:15

**representation** [2] - 4017:9, 4020:3

**Reprise** [14] - 3924:14, 3945:10, 3945:15, 3945:21, 3945:22,

4076

3945:23, 3945:24, 3946:1, 3950:16, 3952:1, 3952:18, 3952:20, 3952:24, 3961:18

**Reprise's** [2] - 3925:6, 3961:13

**request** [1] - 4030:1

**requires** [5] - 3925:22, 3948:25, 3959:6, 3973:21, 3981:14

**research** [1] - 3969:19

**reservation** [1] - 3957:21

**reserve** [8] - 3972:2, 3972:5, 3972:9, 3972:19, 3972:21, 3972:25, 4042:18, 4042:20

**resolved** [1] - 4022:1

**respect** [2] - 4014:17, 4014:19

**responded** [1] - 3980:9

**response** [16] - 3933:4, 3981:7, 3989:21, 3989:24, 3994:1, 3994:12, 3994:20, 4003:23, 4004:3, 4004:21, 4011:20, 4012:3, 4013:1, 4027:25, 4030:1, 4032:13

**responsibilities** [5] - 3998:16, 3999:1, 4008:12, 4046:20, 4046:22

**responsibility** [7] - 3988:24, 3989:1, 3998:13, 3998:24, 3999:4, 4007:16, 4008:5

**responsible** [2] - 4008:9, 4008:13

**responsive** [2] - 3978:24, 4020:22

**restart** [3] - 4009:19, 4011:16, 4018:23

**restate** [3] - 3931:16, 4018:9, 4025:20

**restricted** [1] - 3964:24

**restrictive** [1] - 4002:15

**result** [2] - 3939:2, 4043:22

**results** [8] - 3989:13, 3991:20, 3991:23, 3992:2, 3997:6, 3997:20, 4024:10,

4044:17

**resume** [1] - 3979:22

**retail** [1] - 3926:18

**retailer's** [1] - 3932:24

**return** [11] - 3948:11, 3948:13, 3948:15, 3948:16, 3948:21, 3949:6, 3957:5, 3960:1, 3960:2, 3960:9

**revenue** [9] - 3939:24, 3940:1, 3943:16, 3992:12, 3997:17, 3997:23, 4007:4, 4007:7, 4007:12

**Revenue** [1] - 3992:11

**review** [1] - 4049:14

**reviewed** [2] - 4046:5, 4046:8

**reviewing** [2] - 4048:21, 4049:10

**reviews** [1] - 4016:19

**revised** [2] - 4045:17, 4045:23

**rich** [3] - 3993:25, 3994:11, 3994:19

**right-hand** [4] - 3934:20, 3997:11, 4000:15, 4002:7

**rights** [1] - 3987:9

**ring** [1] - 3987:15

**rings** [1] - 3945:8

**risks** [1] - 3983:2

**RMR** [1] - 3921:13

**ROA** [1] - 3948:15

**ROAS** [1] - 3948:16

**ROI** [23] - 3948:10, 3948:15, 3948:24, 3948:25, 3949:23, 3950:6, 3951:10, 3953:1, 3953:14, 3953:17, 3957:4, 3958:7, 3958:12, 3975:17, 3975:20, 3976:2, 3976:3, 3976:5, 3981:12, 3981:14, 3981:17, 3981:18

**role** [9] - 3924:15, 3925:16, 3926:7, 3935:4, 3935:17, 3936:11, 3998:12, 4023:2, 4036:6

**roles** [1] - 3926:10

**room** [13] - 3951:8, 3970:11, 3970:14, 3970:19, 3970:23, 3970:24, 3970:25, 3971:2, 3971:4, 3971:9, 3971:10, 3971:17, 3971:20

**Room** [2] - 3921:14, 4052:12

**rooms** [1] - 3970:9

**Rosati** [1] - 3921:9

**rough** [2] - 4010:25, 4011:9

**roughly** [1] - 4029:1

**row** [1] - 3939:3

**rule** [2] - 3965:5, 3966:20

**rules** [2] - 3957:19, 3960:10

**ruling** [2] - 3941:9, 3942:23

**run** [10] - 3933:21, 4009:8, 4013:18, 4019:10, 4020:19, 4024:13, 4025:8, 4038:7, 4039:10, 4047:1

**running** [5] - 3932:6, 3934:2, 3934:3, 3956:20, 4036:7

**runs** [10] - 4017:24, 4018:24, 4019:1, 4023:4, 4023:17, 4026:25, 4032:5, 4041:20, 4042:6, 4046:25

## S

**SA360** [8] - 3963:15, 3963:19, 3964:1, 3964:5, 3964:15, 3965:6, 3966:20, 3967:8

**safe** [1] - 3984:21

**sale** [2] - 3996:6, 3998:25

**sales** [1] - 3931:4

**saw** [3] - 3932:4, 3953:12, 4049:1

**scale** [1] - 3947:8

**scenario** [1] - 4016:21

**Schimkat** [3] - 3945:7, 3946:6, 3946:13

**SCHMIDTLEIN** [1] - 4051:14

**Schmidtlein** [2] - 3921:5, 4051:13

**School** [2] - 3987:5, 3987:7

**science** [1] - 3960:18

**Sciences** [1] - 3987:6

**scope** [1] - 4033:3

**scoped** [1] - 4027:25

**score** [59] - 3973:2, 3973:3, 3973:7, 3973:11, 3973:12,

3973:15, 3973:17, 3973:21, 3974:22, 3974:25, 4009:16, 4009:22, 4009:25, 4010:11, 4010:16, 4010:18, 4010:20, 4011:8, 4011:10, 4013:7, 4013:13, 4013:15, 4013:17, 4013:20, 4014:3, 4014:4, 4014:13, 4017:6, 4019:24, 4020:2, 4020:7, 4020:9, 4027:9, 4027:10, 4027:18, 4027:22, 4028:3, 4028:10, 4028:11, 4028:12, 4028:14, 4028:21, 4028:23, 4031:5, 4031:14, 4031:18, 4031:23, 4031:25, 4032:5, 4032:8, 4032:12, 4034:3, 4034:19, 4034:22, 4034:25, 4035:4, 4035:15, 4040:20, 4044:17

**scores** [6] - 3973:23, 4028:24, 4043:13, 4043:14, 4043:25, 4044:25

**screen** [11] - 3925:14, 3935:1, 3951:3, 3955:17, 3956:6, 3968:18, 3974:2, 3999:12, 4005:9, 4029:7, 4029:9

**search** [185] - 3922:11, 3922:22, 3922:25, 3923:1, 3923:2, 3923:3, 3923:4, 3923:7, 3923:20, 3923:22, 3923:25, 3924:1, 3924:5, 3924:15, 3924:19, 3925:16, 3925:23, 3925:25, 3926:1, 3926:3, 3926:4, 3926:5, 3926:6, 3926:9, 3926:13, 3926:16, 3926:18, 3926:22, 3927:2, 3938:9, 3938:11, 3938:15, 3938:19, 3938:22, 3940:23, 3940:25, 3942:3, 3942:15, 3942:17, 3942:18, 3942:19, 3942:20, 3942:21, 3945:3, 3945:6, 3946:4, 3951:10,

4077

3951:19, 3952:3, 3952:5, 3952:22, 3952:25, 3953:1, 3953:9, 3959:13, 3961:2, 3961:3, 3961:14, 3966:23, 3966:24, 3967:19, 3973:22, 3977:8, 3977:9, 3978:1, 3978:2, 3978:7, 3978:8, 3978:18, 3978:19, 3978:22, 3978:23, 3979:8, 3979:9, 3979:10, 3981:5, 3981:25, 3983:8, 3983:11, 3988:2, 3988:6, 3988:7, 3988:20, 3989:7, 3989:13, 3989:21, 3989:23, 3990:1, 3990:3, 3990:7, 3991:20, 3991:22, 3991:23, 3991:25, 3992:2, 3997:5, 3997:20, 3998:12, 3998:24, 3998:25, 3999:1, 4000:7, 4000:8, 4001:3, 4001:6, 4001:9, 4001:20, 4002:2, 4002:5, 4003:21, 4005:3, 4005:4, 4006:2, 4006:8, 4006:14, 4006:18, 4006:20, 4006:21, 4007:1, 4007:4, 4007:7, 4007:12, 4008:14, 4008:23, 4009:1, 4009:4, 4009:7, 4009:21, 4011:1, 4011:16, 4011:18, 4012:7, 4014:18, 4014:19, 4016:10, 4017:2, 4017:21, 4020:10, 4020:22, 4021:2, 4023:19, 4024:10, 4024:13, 4025:6, 4025:8, 4025:11, 4025:16, 4026:11, 4026:21, 4026:25, 4027:23, 4027:24, 4028:1, 4029:13, 4030:10, 4032:9, 4032:13, 4034:4, 4035:2, 4035:3, 4035:21, 4035:24, 4036:7, 4036:18, 4041:8, 4041:14, 4045:15, 4045:17, 4045:23,

4046:3, 4046:10, 4046:12, 4046:13, 4046:16, 4046:21, 4047:4
  **Search** [7] - 3999:15, 4001:12, 4017:19, 4020:17, 4025:19, 4025:22, 4036:5
  **searches** [2] - 4013:1, 4040:4
  **searching** [3] - 4001:16, 4001:21, 4002:3
  **seat** [1] - 3939:3
  **sec** [1] - 3969:1
  **second** [27] - 3933:17, 3934:20, 3951:3, 3955:22, 3974:14, 3974:18, 3999:25, 4006:2, 4008:23, 4009:1, 4009:2, 4015:18, 4015:21, 4017:15, 4017:18, 4017:19, 4017:25, 4018:7, 4018:11, 4018:16, 4023:7, 4029:2, 4038:10, 4042:2, 4042:3, 4042:7, 4042:14
  **second-price** [10] - 3974:14, 4015:18, 4015:21, 4017:18, 4017:19, 4017:25, 4018:7, 4018:11, 4042:3, 4042:7
  **second-priced** [1] - 4017:15
  **secret** [3] - 4009:25, 4010:11, 4010:13
  **section** [2] - 3950:25, 3955:23
  **security** [1] - 3983:2
  **see** [62] - 3925:18, 3925:19, 3927:25, 3932:7, 3932:14, 3935:1, 3935:3, 3941:22, 3942:5, 3942:6, 3945:15, 3947:9, 3950:25, 3951:13, 3951:14, 3951:18, 3951:24, 3955:24, 3956:16, 3958:8, 3958:10, 3962:1, 3974:11, 3974:13, 3974:14, 3984:12, 3985:11, 3985:15, 3986:1, 3997:18, 4001:12, 4001:18, 4002:10, 4002:11, 4006:5,

4008:24, 4009:17, 4010:1, 4010:23, 4010:24, 4016:8, 4021:7, 4022:5, 4023:8, 4026:1, 4026:4, 4026:18, 4030:2, 4030:14, 4030:20, 4031:20, 4037:2, 4037:5, 4037:11, 4039:18, 4043:12, 4043:24, 4049:7, 4050:20, 4051:23
  **seeing** [5] - 3929:5, 3968:12, 3968:14, 3968:15, 4000:3
  **sell** [1] - 3969:17
  **selling** [1] - 3995:20
  **SEM** [8] - 3965:8, 3983:17, 3983:25, 3984:6, 3984:7, 3984:8, 3984:9, 3984:16
  **semantics** [1] - 3949:14
  **seminar** [1] - 3942:11
  **sends** [2] - 3974:21, 4000:6
  **sense** [3] - 3959:19, 3985:13, 4044:6
  **sensitive** [1] - 3971:13
  **sent** [6] - 4010:6, 4048:11, 4049:13, 4049:16, 4049:18, 4051:1
  **sentence** [4] - 4009:20, 4030:23, 4031:17, 4032:17
  **sentences** [1] - 4030:22
  **sentencing** [1] - 4051:20
  **sentiment** [2] - 3946:9, 3946:10
  **SEO** [2] - 3973:21
  **separate** [6] - 3924:18, 3934:9, 3987:12, 4019:1, 4019:10, 4044:11
  **sequencing** [1] - 3925:4
  **SERP** [12] - 3989:13, 3991:23, 4016:10, 4019:8, 4022:18, 4022:22, 4023:5, 4024:13, 4032:13, 4034:19, 4035:1, 4035:13
  **serve** [3] - 3923:7, 3923:21, 3923:22

**served** [1] - 3989:24
  **service** [7] - 3995:20, 3995:21, 3996:1, 3996:7, 4002:14, 4002:21, 4029:1
  **services** [1] - 3996:8
  **serving** [2] - 4025:25, 4026:7
  **session** [1] - 4000:6
  **set** [7] - 3957:19, 3972:25, 3973:8, 3985:22, 4008:14, 4015:15, 4020:19
  **sets** [2] - 3972:19, 3972:21
  **seven** [5] - 3939:4, 3939:7, 3943:20, 3988:16, 3988:17
  **several** [4] - 3977:23, 4029:19, 4048:7, 4049:16
  **share** [9] - 3943:15, 3947:13, 3960:14, 3960:24, 3970:17, 3981:15, 4010:17, 4044:9, 4044:15
  **shared** [11] - 3949:2, 3949:4, 3981:9, 3998:18, 3998:21, 3998:22, 3998:23, 3999:3, 4000:12, 4019:22, 4049:15
  **sharing** [2] - 3964:24, 3970:21
  **shift** [14] - 3946:4, 3949:24, 3950:6, 3953:13, 3953:16, 3954:11, 3957:23, 3958:1, 3960:15, 3961:24, 3963:14, 3980:14, 3980:25, 4007:17
  **shifting** [5] - 3954:25, 3958:23, 3960:5, 3961:25, 3980:8
  **shifts** [2] - 3954:17, 3958:18
  **shoes** [3] - 3932:6, 3934:2, 3934:3
  **shop** [1] - 3934:4
  **shopping** [19] - 3922:15, 3922:19, 3996:10, 3996:12, 3996:18, 3996:24, 3996:25, 3997:4, 3997:18, 3997:20, 3998:7, 4006:24, 4017:2, 4018:6, 4018:10, 4018:16, 4019:1, 4019:16,

4078

4046:22

**Shopping** [1] - 3997:10

**short** [2] - 4032:21, 4033:20

**short-term** [2] - 4032:21, 4033:20

**shortly** [2] - 3946:1, 4015:10

**shorts** [2] - 3930:20, 3930:23

**show** [18] - 3933:15, 3943:10, 3968:5, 4015:24, 4024:10, 4026:16, 4027:1, 4028:6, 4028:17, 4028:25, 4034:19, 4034:23, 4035:1, 4043:2, 4043:10, 4049:3

**showed** [1] - 3947:13

**showing** [7] - 3943:15, 4015:25, 4016:6, 4022:13, 4023:14, 4035:13, 4040:1

**shown** [3] - 4002:25, 4019:24, 4044:20

**shows** [4] - 3991:20, 4024:12, 4026:3, 4026:14

**shut** [1] - 3966:11

**side** [6] - 3997:11, 4001:2, 4001:12, 4002:7

**Side** [4] - 4000:15, 4000:24

**Side-by-Side** [2] - 4000:15, 4000:24

**side-by-side** [1] - 4001:2

**signals** [4] - 4014:15, 4014:21, 4020:10, 4020:11

**significant** [1] - 3946:19

**significantly** [1] - 3963:3

**significantly-sized** [1] - 3963:3

**silent** [2] - 4008:23, 4009:2

**similar** [4] - 3962:20, 3992:12, 3996:4, 4019:19

**simple** [3] - 3959:22, 3989:13, 4034:3

**simpler** [1] - 4036:24

**simplified** [1] - 4043:12

**simply** [1] - 4003:4

**simultaneously** [1] - 4018:19

**Simultaneously** [1] - 3958:5

**single** [2] - 3962:23, 3963:3

**singly** [1] - 4004:5

**sit** [1] - 3924:19

**site** [3] - 3926:18, 4001:17, 4002:4

**sitting** [1] - 4049:9

**situation** [2] - 4003:9, 4003:10

**sixth** [1] - 3941:12

**size** [2] - 3939:21, 3962:23

**sized** [1] - 3963:3

**Skai** [1] - 3964:11

**slide** [13] - 3935:13, 3935:14, 3997:15, 4001:5, 4001:7, 4011:11, 4013:5, 4019:25, 4020:1, 4021:22, 4022:5, 4022:8, 4026:3

**slowed** [2] - 3939:16, 3944:11

**slowly** [1] - 3985:13

**small** [3] - 3922:19, 4028:8, 4040:23

**smaller** [1] - 3922:17

**SMURZYNSKI** [1] - 4051:4

**Snapchat** [3] - 3928:11, 3928:21, 3928:24

**Snyder** [1] - 3956:2

**SNYDER** [1] - 3956:4

**social** [26] - 3927:5, 3927:7, 3927:11, 3927:20, 3928:1, 3928:2, 3928:15, 3929:18, 3929:22, 3929:25, 3930:2, 3951:9, 3951:20, 3952:3, 3952:5, 3952:22, 3952:25, 3953:9, 3961:15, 3961:25, 3984:1, 3984:10, 3984:12, 3984:16

**software** [1] - 3954:18

**sold** [6] - 3989:8, 4007:1, 4016:15, 4016:18, 4018:7, 4018:10

**solely** [1] - 4009:14

**someone** [13] - 3926:18, 3927:1, 3934:2, 3943:2,

3959:7, 3989:4, 3991:8, 3991:16, 3991:17, 4017:12, 4021:10, 4036:17, 4042:24

**sometimes** [8] - 3955:12, 3955:13, 3955:14, 3963:10, 3997:11, 4016:16, 4019:21

**somewhat** [1] - 4002:15

**somewhere** [3] - 3957:23, 4022:3, 4049:25

**Sommer** [1] - 3921:8

**Sommers** [2] - 3922:4, 3925:9

**SOMMERS** [63] - 3922:5, 3922:8, 3925:3, 3925:5, 3925:11, 3925:13, 3929:8, 3929:9, 3932:9, 3932:13, 3933:16, 3933:18, 3935:21, 3935:25, 3936:5, 3936:6, 3937:4, 3937:20, 3937:24, 3938:6, 3938:7, 3940:15, 3940:16, 3941:7, 3941:10, 3942:25, 3943:8, 3943:9, 3943:12, 3943:14, 3950:13, 3950:15, 3950:19, 3950:23, 3954:13, 3954:15, 3956:1, 3956:5, 3956:8, 3961:9, 3961:11, 3962:10, 3962:14, 3965:19, 3965:24, 3966:5, 3966:9, 3966:17, 3968:16, 3968:18, 3968:21, 3968:25, 3974:5, 3974:8, 3974:9, 3977:18, 3977:22, 3978:13, 3979:2, 3979:5, 3979:15, 3979:17, 3982:12

**Sommers.........3922** [1] - 4053:4

**Sonsini** [1] - 3921:9

**sorry** [24] - 3925:9, 3927:16, 3927:17, 3934:22, 3934:25, 3941:14, 3963:1, 3972:14, 3974:3, 3976:10, 3977:16,

3983:16, 3987:21, 3993:10, 3993:11, 3997:7, 4000:9, 4014:2, 4018:9, 4019:12, 4029:23, 4041:11, 4042:5, 4044:3

**sort** [10] - 3944:24, 3946:7, 3947:10, 3960:2, 3984:14, 4010:14, 4017:11, 4027:14, 4040:16, 4046:3

**sorts** [2] - 3934:22, 3980:18

**sought** [1] - 4050:25

**sound** [1] - 3994:14

**sounds** [12] - 3930:21, 3957:6, 3987:16, 3988:8, 3994:22, 3995:10, 3995:14, 4012:18, 4013:8, 4020:24, 4021:3, 4023:6

**source** [3] - 3946:5, 3950:17, 3968:6

**South** [2] - 3920:16, 3920:19

**spacial** [1] - 4015:7

**speaking** [5] - 3923:6, 3970:13, 3974:19, 4014:11, 4036:11

**specific** [8] - 3931:13, 3994:1, 3994:12, 3994:20, 4006:19, 4020:11, 4035:5, 4046:10

**specifically** [6] - 3941:2, 3947:7, 3951:22, 3952:24, 4041:8, 4041:14

**specified** [2] - 4037:21, 4038:2

**specify** [2] - 4037:19, 4037:23

**spectrum** [1] - 4021:3

**spellings** [1] - 4008:3

**spend** [40] - 3939:16, 3939:23, 3940:2, 3940:8, 3940:17, 3940:21, 3943:19, 3943:23, 3944:4, 3944:7, 3944:8, 3944:11, 3948:3, 3948:15, 3948:16, 3948:21, 3949:8, 3949:19, 3949:24, 3950:1, 3950:3, 3950:6, 3951:11, 3953:8, 3954:18,

4079

3955:1, 3957:5,
3958:11, 3958:19,
3960:2, 3960:9,
3961:25, 3980:15,
3983:7, 3983:8,
3983:11, 3986:5,
4021:13, 4050:11,
4050:12
**spends** [1] - 3984:2
**split** [2] - 4008:23,
4009:2
**split-second** [2] -
4008:23, 4009:2
**spoken** [1] - 3959:5
**sponsored** [2] -
3932:24, 3987:5
**SQR** [2] - 4044:8,
4044:10
**Srikant** [1] - 4007:23
**St** [1] - 3921:6
**staff** [2] - 3946:7,
3955:4
**stage** [1] - 3927:2
**stages** [3] - 3929:19,
3930:8, 3930:10
**stamp** [4] - 3925:8,
4000:14, 4021:15,
4021:24
**stamped** [1] - 4050:5
**standalone** [1] -
4044:14
**standards** [1] - 4039:2
**standing** [2] -
3985:13, 4039:14
**stands** [4] - 3989:17,
4012:14, 4027:20,
4038:10
**start** [20] - 3923:11,
3929:5, 3953:2,
3964:21, 3965:15,
3966:4, 3966:6,
3977:20, 3989:13,
3991:2, 4005:14,
4005:17, 4012:8,
4033:18, 4040:1,
4045:4, 4045:9,
4046:11, 4048:14,
4050:15
**started** [3] - 3975:25,
3988:23, 4051:21
**starting** [4] - 3956:6,
4003:7, 4011:17,
4036:14
**starts** [4] - 3940:12,
4028:19, 4045:19,
4050:6
**State** [1] - 3920:22
**state** [8] - 3925:9,
3999:2, 4002:25,
4006:2, 4013:12,

4033:10, 4050:4
**statement** [26] -
3924:17, 3932:4,
3938:5, 3942:10,
3943:2, 3943:7,
3946:6, 4002:10,
4008:24, 4009:12,
4009:17, 4010:1,
4010:3, 4010:10,
4010:23, 4010:24,
4013:7, 4013:9,
4017:11, 4023:15,
4023:25, 4024:23,
4031:10, 4031:20,
4032:22, 4035:16
**statements** [5] -
3938:4, 3941:23,
3942:12, 3972:11,
4006:1
**STATES** [2] - 3920:1,
3920:10
**states** [14] - 4001:16,
4002:8, 4008:22,
4009:10, 4009:14,
4009:24, 4010:20,
4011:7, 4022:8,
4029:25, 4030:9,
4031:17, 4035:11,
4039:17
**States** [5] - 3920:2,
3921:14, 3984:25,
3986:15, 3987:10
**statistics** [4] - 3990:5,
4002:24, 4003:3,
4016:20
**stats** [1] - 4016:25
**stay** [3] - 3968:10,
4025:24, 4035:9
**staying** [3] - 3993:24,
3996:11, 4032:15
**steady** [1] - 4033:10
**stenographic** [1] -
4052:5
**step** [6] - 3931:13,
3960:19, 4027:16,
4034:2, 4050:18
**stick** [1] - 3960:6
**still** [4] - 3985:9,
4007:16, 4007:18,
4013:24
**stood** [1] - 3945:3
**stop** [1] - 3925:17
**story** [2] - 3930:23,
3930:25
**Street** [4] - 3920:12,
3920:15, 3920:19,
3921:2
**strike** [5] - 4012:24,
4013:10, 4033:17,
4046:17, 4047:18

**strong** [1] - 4022:23
**study** [1] - 4003:8
**studying** [1] - 3987:8
**stuff** [1] - 3974:13
**subject** [1] - 3955:7
**submitting** [2] -
4012:25, 4013:1
**subscribes** [1] -
3947:11
**subset** [1] - 3995:22
**subsidiaries** [2] -
3954:18, 3962:15
**substance** [1] -
3985:6
**substantive** [7] -
3935:25, 3936:3,
3936:22, 3936:25,
3937:3, 3984:9, 4045:3
**substitutable** [4] -
3953:21, 3954:10,
3980:6, 3980:8
**substitute** [2] -
3953:20, 3980:14
**substitutes** [1] -
3981:5
**substitutions** [2] -
3954:19, 3954:21
**subtracted** [1] -
4043:6
**subtracting** [1] -
4040:20
**succeed** [1] - 4019:7
**suggest** [1] - 3960:15
**Suite** [3] - 3920:16,
3920:19, 3920:24
**sun** [1] - 3995:22
**superiors** [1] - 4048:9
**supervisor** [1] -
3988:19
**supply** [1] - 3960:10
**support** [4] - 3967:24,
3967:25, 3968:8,
3968:9
**support.google.com**
[1] - 3968:7
**suppose** [2] - 3943:6,
4026:8
**supposed** [2] -
4022:3, 4034:12
**sustained** [1] -
3982:13
**switch** [1] - 3965:8
**sworn** [1] - 3986:7
**synonymous** [2] -
3996:15, 4030:17
**system** [11] - 3988:2,
3989:5, 3998:17,
4012:9, 4024:25,
4025:25, 4026:7,
4037:24, 4046:3,

4049:25
**systems** [8] - 3954:19,
3998:18, 4008:10,
4013:18, 4020:17,
4028:18, 4038:2,
4048:8

## T

**table** [1] - 4015:15
**talks** [1] - 3958:13
**target** [3] - 3951:10,
3969:9, 4047:15
**targeted** [3] - 4005:5,
4006:4, 4006:9
**targeting** [3] - 3957:8,
3969:10, 4024:1
**targets** [8] - 4001:16,
4001:20, 4002:3,
4002:8, 4002:13,
4002:20, 4003:5,
4003:12
**tCPA** [1] - 3992:22
**team** [15] - 3952:18,
3985:19, 4007:16,
4007:21, 4008:6,
4008:9, 4008:13,
4021:19, 4026:10,
4035:25, 4036:7,
4036:18, 4036:20,
4049:14, 4051:6
**technical** [1] - 3943:3
**technicalities** [1] -
3957:18
**technologies** [1] -
3968:3
**technology** [2] -
3945:3, 3987:4
**television** [1] - 3937:6
**ten** [2] - 4045:4,
4045:7
**tend** [3] - 3928:15,
3928:22, 3928:24
**tension** [3] - 3969:2,
3969:5, 3969:6
**tenure** [1] - 4045:22
**term** [29] - 3924:24,
3951:24, 3953:24,
3956:20, 3989:11,
3995:4, 3998:10,
4012:11, 4013:6,
4014:11, 4023:23,
4027:20, 4027:22,
4032:21, 4033:1,
4033:2, 4033:5,
4033:7, 4033:14,
4033:20, 4033:21,
4033:22, 4033:23,
4033:25, 4039:15,
4040:15, 4040:18,

4080

4040:23
**terms** [12] - 3927:25, 3951:15, 3958:1, 3960:25, 3965:1, 3989:9, 4010:4, 4010:5, 4024:24, 4028:10, 4030:19, 4034:3
**terrible** [1] - 4018:23
**terrific** [1] - 3979:18
**test** [1] - 3948:4
**testified** [8] - 3923:24, 3963:15, 3964:14, 3965:5, 3970:3, 3975:22, 3983:17, 3986:8
**testifying** [1] - 3966:19
**testimony** [17] - 3924:2, 3927:8, 3932:11, 3936:1, 3937:2, 3947:12, 3948:23, 3961:17, 3964:15, 3975:9, 3978:3, 3980:23, 3982:19, 3984:19, 4003:13, 4008:3, 4050:16
**text** [45] - 3922:13, 3977:8, 3978:1, 3978:7, 3978:18, 3978:22, 3979:9, 3991:19, 3991:25, 3992:2, 3992:19, 3992:25, 3993:3, 3993:7, 3993:9, 3993:24, 3993:25, 3994:10, 3994:11, 3994:18, 3994:19, 3994:23, 3994:25, 3995:1, 3995:7, 3995:8, 3995:11, 3995:19, 3996:1, 3996:6, 3996:22, 3996:23, 4001:14, 4006:24, 4017:2, 4018:6, 4018:10, 4018:16, 4018:24, 4019:16, 4024:15, 4046:13, 4046:18
**Text** [1] - 3991:18
**THE** [93] - 3920:1, 3920:1, 3920:9, 3922:2, 3925:9, 3929:7, 3936:2, 3936:19, 3936:23, 3938:1, 3938:3, 3943:3, 3950:22, 3959:13, 3959:16, 3959:17, 3959:21,

3959:23, 3959:24, 3960:12, 3960:16, 3961:8, 3961:10, 3962:13, 3965:18, 3965:22, 3966:3, 3966:7, 3966:10, 3968:20, 3974:3, 3974:7, 3977:16, 3977:21, 3978:12, 3978:20, 3979:3, 3979:18, 3979:24, 3982:13, 3982:15, 3982:22, 3982:24, 3984:4, 3984:7, 3984:12, 3984:14, 3984:18, 3984:20, 3984:21, 3984:23, 3985:16, 3986:3, 3986:9, 3987:21, 3987:24, 3990:19, 3993:10, 3993:12, 3993:15, 3993:20, 3993:22, 4000:18, 4002:23, 4003:14, 4005:19, 4011:24, 4012:1, 4014:2, 4014:7, 4014:8, 4015:11, 4028:8, 4028:10, 4028:13, 4029:3, 4040:14, 4040:16, 4040:25, 4041:1, 4041:4, 4041:5, 4045:6, 4045:9, 4050:9, 4050:13, 4050:17, 4050:18, 4050:22, 4051:3, 4051:10, 4051:13, 4051:15
**themselves** [2] - 3963:8, 3969:17
**therefore** [2] - 3960:8, 4034:25
**they've** [1] - 4044:2
**thinking** [3] - 3995:3, 4041:18, 4046:2
**thinks** [1] - 4011:10
**third** [7] - 3957:6, 3961:23, 3970:20, 3981:16, 4014:22, 4023:21, 4039:12
**thousands** [3] - 4045:18, 4045:19, 4045:20
**three** [13] - 3930:22, 3940:8, 3944:1, 3987:12, 3991:13, 3994:24, 3995:8, 4011:19, 4011:21, 4012:4, 4014:21, 4037:10, 4051:16

**threshold** [1] - 4034:22
**throughout** [5] - 3988:12, 3989:10, 4007:12, 4036:3, 4046:3
**tie** [1] - 3985:25
**TikTok** [27] - 3928:13, 3928:21, 3928:23, 3932:7, 3936:7, 3936:10, 3936:11, 3939:18, 3939:19, 3939:23, 3940:3, 3940:8, 3943:25, 3944:3, 3944:5, 3944:17, 3948:1, 3948:6, 3982:11, 3982:18, 3982:19, 3982:23, 3982:24, 3983:1, 3983:2, 3983:4, 3983:7
**timing** [1] - 4049:21
**title** [18] - 3987:21, 3991:18, 3995:1, 3995:2, 3995:3, 3995:8, 3997:10, 4000:15, 4000:24, 4008:22, 4016:6, 4016:8, 4021:7, 4022:5, 4025:25, 4026:1, 4035:20, 4048:12
**titled** [1] - 4021:5
**today** [21] - 3924:19, 3941:1, 3942:15, 3945:15, 3945:16, 3959:6, 3961:5, 3978:17, 3989:7, 3990:12, 4002:1, 4007:17, 4007:21, 4017:20, 4022:2, 4023:24, 4024:6, 4024:25, 4025:4, 4033:12, 4049:9
**today's** [1] - 4008:3
**together** [5] - 3951:16, 3985:25, 3996:20, 3997:1, 4006:23
**tomorrow** [7] - 3989:10, 4017:20, 4050:15, 4050:21, 4051:8, 4051:18, 4051:20
**ton** [1] - 4002:1
**Tool** [1] - 3944:9
**tool** [8] - 3966:24, 3984:6, 3984:8, 3984:9, 3984:11, 3984:16, 3984:17
**tools** [16] - 3922:19,

3954:24, 3954:25, 3958:24, 3960:17, 3962:17, 3962:20, 3962:21, 3962:24, 3963:4, 3963:19, 3965:9, 3967:4, 3967:10, 3967:13, 3983:25
**top** [12] - 3925:15, 3934:3, 3950:24, 3958:3, 3974:10, 4000:24, 4009:25, 4010:11, 4010:13, 4011:17, 4026:20, 4032:12
**top-secret** [3] - 4009:25, 4010:11, 4010:13
**topic** [2] - 4004:23, 4045:3
**topics** [1] - 3938:8
**total** [5] - 3939:24, 3940:1, 4007:4, 4007:7, 4007:22
**totality** [1] - 4046:2
**towards** [5] - 3928:24, 3971:15, 4003:8, 4028:7, 4030:21
**track** [2] - 3946:6, 4045:24
**traditional** [4] - 3923:8, 3929:19, 3930:9, 4009:11
**Trager** [3] - 3920:14, 3973:24, 3979:24
**TRAGER** [18] - 3932:8, 3935:23, 3936:16, 3936:21, 3937:22, 3938:2, 3942:23, 3943:11, 3950:21, 3962:12, 3968:17, 3977:19, 3980:1, 3980:3, 3982:14, 3982:17, 3983:5, 3983:13
**Trager................3980** [1] - 4053:4
**train** [3] - 3952:20, 3952:24, 3953:3
**training** [5] - 3952:7, 3952:13, 3952:17, 3954:16
**trains** [2] - 3924:4, 3924:14
**TRANSCRIPT** [1] - 3920:9
**transcript** [16] - 3923:12, 3924:8, 3924:18, 3927:14, 3929:4, 3937:17,

3954:5, 3966:6, 3966:11, 3966:14, 3966:15, 3966:16, 3977:13, 3994:4, 4052:4, 4052:5

**transcription** [1] - 3979:1

**transcripts** [2] - 4051:16, 4051:18

**transformation** [1] - 3946:4

**transformational** [2] - 3946:14, 3946:16

**transition** [3] - 3985:1, 3985:2, 3988:23

**travels** [1] - 3984:21

**trend** [1] - 3944:3

**TRIAL** [1] - 3920:9

**trickier** [1] - 4020:4

**tried** [2] - 3937:12, 3976:23

**true** [14] - 3924:4, 3924:6, 3924:7, 3939:13, 3967:10, 3967:13, 3976:20, 3976:21, 3988:22, 4007:17, 4016:14, 4017:17, 4052:4, 4052:5

**truth** [1] - 3943:4

**try** [19] - 3926:11, 3927:25, 3928:20, 3937:13, 3940:6, 3940:7, 3952:20, 3952:23, 3953:2, 3953:17, 3954:4, 3965:19, 3965:24, 3971:12, 3976:2, 3989:4, 4010:7, 4020:17, 4034:15

**trying** [14] - 3923:11, 3934:7, 3936:20, 3937:1, 3940:25, 3954:12, 3957:13, 3969:8, 3980:10, 3980:15, 3992:9, 4005:6, 4030:3, 4039:23

**tunings** [1] - 4045:16

**turn** [29] - 3923:12, 3924:8, 3925:2, 3925:8, 3927:5, 3927:13, 3929:3, 3930:5, 3934:17, 3934:19, 3941:6, 3941:11, 3950:12, 3950:24, 3954:1, 3954:5, 3955:15, 3955:22, 3965:14, 3966:13, 3973:25,

3974:1, 3977:13, 3991:18, 3996:10, 4004:10, 4030:21, 4036:21, 4039:24

**TV** [2] - 3959:1, 3959:7

**Twitter** [2] - 3928:7, 3928:9

**two** [23] - 3935:14, 3967:3, 3967:10, 3967:13, 3970:16, 3978:11, 3983:16, 3984:5, 3985:21, 3985:25, 3995:8, 4005:24, 4007:22, 4011:20, 4012:3, 4012:16, 4015:8, 4018:13, 4030:22, 4034:21, 4048:17, 4049:1, 4050:11

**Tyler** [1] - 3920:23

**type** [11] - 3923:1, 3923:2, 3923:4, 3952:17, 3953:16, 3962:20, 3995:19, 3996:18, 3996:25, 4042:18, 4049:13

**types** [8] - 3922:11, 3932:17, 3949:11, 3949:13, 3949:16, 3980:24, 3999:16, 4019:10

**typically** [3] - 3948:21, 3962:5, 3966:7

# U

**U.S** [4] - 3920:12, 3920:15, 3920:18, 3943:15

**UI** [1] - 4024:7

**ultimate** [1] - 4044:17

**ultimately** [2] - 3937:2, 4013:1

**um-hum** [1] - 4042:8

**unclear** [1] - 3949:4

**under** [8] - 3937:11, 3952:21, 3995:22, 4016:22, 4017:3, 4019:19, 4019:20, 4029:24

**underlying** [1] - 3935:23

**underneath** [1] - 4039:16

**underperforming** [2] - 3950:2, 3958:6

**underpinning** [1] - 4032:19

**understood** [6] - 3926:11, 3952:10,

3984:18, 3992:18, 4041:12, 4046:24

**undertaking** [2] - 3976:25, 3977:1

**unexpected** [1] - 4032:24

**unfamiliar** [1] - 4023:23

**unfortunately** [2] - 4007:25, 4045:11

**unit** [1] - 3947:6

**United** [4] - 3921:14, 3984:25, 3986:15, 3987:10

**UNITED** [2] - 3920:1, 3920:10

**united** [1] - 3920:2

**universally** [1] - 3998:20

**unless** [1] - 4050:10

**unlikely** [1] - 3947:24

**unpack** [1] - 3958:24

**unusual** [2] - 3930:23, 3930:25

**up** [50] - 3922:25, 3923:17, 3924:12, 3932:3, 3935:1, 3935:2, 3935:15, 3937:15, 3941:20, 3944:23, 3947:13, 3951:2, 3951:15, 3953:22, 3955:17, 3956:6, 3960:8, 3960:13, 3960:20, 3960:24, 3961:12, 3966:11, 3968:10, 3968:18, 3969:1, 3972:10, 3974:2, 3975:16, 3975:19, 3975:20, 3975:23, 3976:3, 3977:2, 3977:3, 3977:6, 3985:13, 3990:10, 4005:9, 4008:17, 4012:19, 4021:4, 4024:12, 4029:7, 4029:23, 4034:7, 4035:1, 4035:10, 4043:2, 4043:18, 4049:18

**up-to-date** [1] - 3968:10

**updated** [1] - 4045:23

**upfront** [1] - 3959:1

**UPX** [2] - 3973:25, 3990:24

**UPX10** [6] - 4028:6, 4029:6, 4029:22, 4031:15, 4032:18, 4039:21

**UPX32** [8] - 3990:10, 3990:15, 3991:2, 3991:6, 3993:5, 3996:11, 3997:4, 3997:9

**UPX450** [2] - 3973:25, 3974:6

**UPX459** [2] - 4005:11, 4005:13

**UPX509** [3] - 4047:20, 4047:25, 4050:5

**UPX8** [7] - 4035:19, 4036:2, 4036:5, 4036:21, 4037:18, 4038:4, 4039:16

**UPX842** [9] - 3999:7, 3999:11, 3999:14, 4000:11, 4008:17, 4008:19, 4015:23, 4016:2, 4019:24

**UPX925** [4] - 4021:4, 4021:25, 4025:24, 4026:14

**useful** [1] - 4021:1

**user** [35] - 3969:22, 3971:3, 3989:20, 3989:24, 3990:2, 3990:6, 3990:7, 3992:10, 3994:1, 3994:12, 3994:20, 4001:16, 4001:20, 4002:3, 4002:8, 4002:13, 4002:21, 4003:5, 4003:12, 4003:23, 4004:3, 4004:21, 4004:22, 4006:13, 4011:20, 4016:6, 4016:11, 4020:22, 4024:7, 4026:15, 4031:8, 4035:5, 4047:12

**user's** [4] - 4005:5, 4006:4, 4006:10, 4014:17

**users** [11] - 3969:3, 3969:4, 3969:8, 3969:12, 3969:15, 3969:24, 4002:25, 4023:1, 4033:23, 4040:1, 4040:6

**uses** [13] - 3967:10, 3967:13, 3983:18, 4013:18, 4022:8, 4022:10, 4022:17, 4023:10, 4023:21, 4024:17, 4030:16, 4030:19, 4037:8

4082

## V

**vacuum** [1] - 3980:23
**vaguely** [3] - 3947:22, 3987:13, 3987:14
**valid** [1] - 4042:23
**value** [16] - 4014:11, 4014:20, 4014:22, 4014:25, 4027:20, 4027:22, 4032:9, 4033:5, 4033:15, 4038:17, 4038:20, 4038:23, 4038:25, 4040:10, 4040:11, 4040:20
**variable** [10] - 3993:13, 4037:13, 4037:17, 4038:4, 4038:10, 4039:12, 4039:21, 4040:25, 4041:21, 4043:6
**variables** [3] - 3959:14, 4030:12, 4037:10
**variety** [7] - 3969:21, 3976:18, 3988:5, 3990:22, 4012:8, 4012:21, 4038:6
**various** [6] - 3931:9, 3931:19, 3932:6, 3974:24, 3988:6, 4031:15
**vary** [1] - 3989:17
**varying** [1] - 4044:24
**vehicle** [1] - 3925:17
**verbatim** [1] - 4037:21
**verse** [1] - 3958:7
**version** [1] - 4029:9
**versions** [1] - 4029:10
**versus** [3] - 3996:3, 4002:25, 4027:14
**vertical** [1] - 3923:3
**Vice** [1] - 3987:17
**vice** [1] - 3987:23
**video** [7] - 3922:25, 3923:1, 3930:19, 3959:8, 3959:9, 3982:4
**view** [12] - 3926:13, 3945:20, 3946:13, 3946:15, 3946:16, 3949:5, 3969:11, 3969:14, 4014:15, 4017:14, 4027:10, 4027:14
**violate** [1] - 3995:15
**violations** [1] - 3995:18
**visibility** [3] - 3970:4, 3973:4, 3975:2
**visiting** [2] - 4001:17,

4002:4
**Vivek** [1] - 4007:23
**vs** [1] - 3920:5

## W

**wait** [1] - 3956:2
**walking** [1] - 4048:14
**wants** [1] - 4028:17
**Washington** [6] - 3920:5, 3920:13, 3920:16, 3921:6, 3921:15, 4052:13
**Waszmer** [4] - 3921:8, 3985:4, 3985:19, 4022:2
**WASZMER** [9] - 3985:3, 3990:16, 3994:3, 3994:6, 3999:21, 4000:17, 4000:20, 4002:22, 4015:24
**watching** [1] - 3939:3
**ways** [2] - 3992:24, 4022:9
**web** [1] - 4001:9
**Webb** [1] - 3920:23
**website** [4] - 3941:8, 3968:8, 3995:9, 4031:8
**Wednesday** [1] - 4005:23
**week** [1] - 4033:9
**welcome** [3] - 3922:2, 3986:9, 3993:22
**Wendy** [2] - 3921:8, 3985:3
**Wfcavanaugh@pbwt .com** [1] - 3920:25
**whole** [5] - 3936:20, 3960:7, 3971:15, 3998:19, 4021:13
**William** [1] - 3920:22
**WILLIAMS** [1] - 3921:5
**willing** [1] - 3977:4
**willingness** [1] - 3993:16
**Wilson** [1] - 3921:9
**win** [3] - 4042:14, 4042:21, 4043:2
**winner** [3] - 3974:17, 4017:15, 4018:1
**winning** [2] - 4042:9, 4044:5
**wish** [1] - 4029:3
**withdraw** [2] - 3966:5, 3968:23
**withdrawn** [4] - 3945:21, 3946:21, 3952:23, 3966:23
**WITNESS** [17] -

3959:16, 3959:21, 3959:24, 3960:16, 3982:24, 3984:7, 3984:14, 3984:20, 3990:19, 3993:15, 3993:22, 4014:7, 4028:13, 4040:16, 4041:1, 4041:5, 4050:17
**witness** [6] - 3932:11, 3966:1, 3968:23, 3979:22, 3985:12, 3986:7
**WITNESSES** [1] - 4053:2
**woke** [1] - 3944:23
**won** [3] - 4043:25, 4044:2, 4044:6
**wonderful** [1] - 3990:24
**word** [11] - 3953:20, 3970:4, 3995:24, 4003:6, 4022:25, 4025:18, 4025:20, 4025:21, 4032:3, 4032:4
**worded** [1] - 3978:21
**words** [12] - 3925:19, 3935:15, 3936:18, 3936:19, 3951:13, 3951:14, 3971:3, 3984:5, 3993:13, 3994:13, 4038:14, 4047:16
**works** [9] - 3932:1, 3988:18, 4000:8, 4010:8, 4011:14, 4017:19, 4024:25, 4025:2, 4049:24
**world** [1] - 3931:18
**worth** [1] - 4049:21
**write** [2] - 4005:23, 4029:3
**written** [4] - 4029:19, 4030:4, 4030:8, 4031:12
**wwaszmer@wsgr. com** [1] - 3921:12

## Y

**year** [7] - 3944:24, 3976:9, 3976:12, 4007:5, 4007:8, 4033:9, 4049:22
**years** [10] - 3939:4, 3939:7, 3939:18, 3940:3, 3940:9, 3940:20, 3943:20, 3944:1, 3963:6,

4033:15
**York** [2] - 3920:24, 3921:10
**younger** [5] - 3928:16, 3928:22, 3928:24, 3928:25, 3929:14
**yourself** [7] - 3924:10, 3929:6, 3932:15, 3942:8, 3965:15, 3971:1, 3972:15
**YouTube** [14] - 3926:2, 3926:3, 3926:4, 3933:7, 3933:9, 3933:11, 3933:14, 3933:19, 3933:22, 3934:6, 3934:7, 3934:8, 3935:7, 3935:15

## Z

**zero** [8] - 4034:19, 4034:23, 4038:17, 4041:24, 4042:4, 4042:15, 4044:1