IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA, ET AL.,  )
                                   )
          Plaintiffs,              )
                                   )      CV No. 20-3010
      vs.                          )      Washington, D.C.
                                   )      October 4, 2023
GOOGLE LLC,                        )      9:30 a.m.
                                   )
          Defendant.               )      Day 16
_____)      Morning Session


TRANSCRIPT OF BENCH TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For DOJ Plaintiffs:             Kenneth M. Dintzer
                                U.S. DEPARTMENT OF JUSTICE
                                1100 L Street, NW
                                Washington, D.C.
                                (202) 307-0340
                                Email:
                                kenneth.dintzer2@usdoj.gov

                                David E. Dahlquist
                                UNITED STATES
                                DEPARTMENT OF JUSTICE
                                Antitrust Division
                                209 South LaSalle Street
                                Suite 600
                                Chicago, IL 60604
                                (202) 805-8563
                                Email:
                                david.dahlquist@usdoj.gov

For Plaintiff
State of Colorado:              Jonathan Bruce Sallet
                                COLORADO DEPARTMENT OF LAW
                                Consumer Protection Section,
                                Antitrust Unit
                                Ralph L. Carr
                                Colorado Judicial Center
                                1300 Broadway
                                Suite 7th Floor
                                Denver, CO 80203
                                (720) 508-6000
                                Email: jon.sallet@coag.gov

                                William F. Cavanaugh, Jr.
                                PATTERSON BELKNAP
                                WEBB & TYLER LLP
                                1133 Avenue of the Americas
                                Suite 2200
                                New York, NY 10036-6710
                                (212) 335-2793
                                Email: wfcavanaugh@pbwt.com

APPEARANCES CONTINUED:

For Defendant Google:          John E. Schmidtlein
                               Kenneth Charles Smurzynski
                               WILLIAMS & CONNOLLY LLP
                               680 Maine Avenue, SW
                               Washington, D.C. 20024
                               (202) 434-5000
                               Email: jschmidtlein@wc.com
                               Email: ksmurzynski@wc.com

                               Wendy W.H. Waszmer
                               WILSON SONSINI
                               GOODRICH & ROSATI
                               1301 Avenue of the Americas
                               40th Floor
                               New York, NY 10019
                               (212) 497-7702
                               Email: wwaszmer@wsgr.com

Court Reporter:                William P. Zaremba
                               Registered Merit Reporter
                               Certified Realtime Reporter
                               Official Court Reporter
                               E. Barrett Prettyman CH
                               333 Constitution Avenue, NW
                               Washington, D.C. 20001
                               (202) 354-3249

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

- - -

WITNESS INDEX

- - -

WITNESSES          DIRECT CROSS REDIRECT RECROSS

PLAINTIFF's:

ADAM JUDA          4088  4192

1                    P R O C E E D I N G S

2              COURTROOM DEPUTY:  All rise.  The Honorable

3    Amit P. Mehta presiding.

4              THE COURT:  Good morning.  Please be seated,

5    everyone.

6              COURTROOM DEPUTY:  Good morning, Your Honor.

7    This is Civil Action 20-3010, United States of America,

8    et al., versus Google LLC.

9                   Kenneth Dintzer for the DOJ Plaintiffs.

10                   William Cavanaugh for Plaintiff States.

11                   John Schmidtlein on behalf of Google.

12              THE COURT:  All right.  Good morning, everyone.

13    It's nice to be with all of you.

14              So are we ready to continue with Mr. Juda.

15              MR. DAHLQUIST:  We are.

16              We understand Google had something they wanted to

17    put on the record.

18              MR. SCHMIDTLEIN:  We'll decide it later.

19              This has to do with Professor Whinston's testimony

20    tomorrow and a *Daubert* motion we had filed directed to that,

21    but we can address that later.

22              THE COURT:  Okay.

23              MR. DAHLQUIST:  Good morning, Your Honor.

24    David Dahlquist again on behalf of the United States.

25              THE COURT:  All right.  Mr. Juda, good morning,

 1   and welcome back.

 2           THE WITNESS:  Good morning.  Thank you.

 3           THE COURT:  All right.  Mr. Dahlquist, when you

 4   are ready.

 5           MR. DAHLQUIST:  Thank you, Your Honor.

 6                       - - -

 7   ADAM JUDA, WITNESS FOR THE PLAINTIFFS, HAVING BEEN

 8   PREVIOUSLY SWORN, RESUMED THE STAND AND TESTIFIED FURTHER AS

 9   FOLLOWS:

10              DIRECT EXAMINATION (CONTINUED)

11   BY MR. DAHLQUIST:

12       Q    Good morning, Dr. Juda.

13       A    Good morning.

14       Q    I hope you had a good night.

15           Dr. Juda, I'd like to pick up -- well, I'd like to

16   take a little bit of a step back and rewind because we

17   covered a lot yesterday, and then we'll continue to move

18   forward.

19           Yesterday, I think we established that an

20   advertiser can start to submit an advertisement on Google by

21   entering info into Google's API.  It is information

22   including a max CPC bid, or a max cost-per-click bid,

23   correct?

24       A    That's one of the things they can submit.

25       Q    And with that information, Google's algorithms

4089

1  take the advertisers' bid and try to estimate the quality of

2  that particular advertisement, correct?

3      A    So bid isn't an input into quality, but the ad

4  associated with the bid will have its quality estimated.

5      Q    Let me make sure I understand.

6          The bid, the CPC, the max CPC bid is not an input

7  into quality?

8      A    That is correct.

9      Q    But the Google's algorithms try to estimate the

10 quality of the bid -- I'm sorry, let me restate.

11         The quality of the ad?

12     A    Correct.

13     Q    Okay.

14         And Google's algorithms try to estimate the

15 quality of the ad.  And they use that quality estimate in a

16 number of ways, including ranking, correct?

17     A    Correct.

18     Q    And yesterday the Court asked a question about a

19 quality score of -- a 1 through 10 quality score that we

20 saw, and that is an -- that's information -- quality

21 information that's given to an advertiser, correct?

22     A    Correct.

23     Q    But the 1 through 10 score is not actually used in

24 the quality computation used inside of the Google algorithm,

25 correct?

1          A     That is correct.

2          Q     As the ads are ranked -- or let me take one more

3    step back.  We talked yesterday the ad rank is also known as

4    an LTV?

5          A     LTV internal, yes.

6          Q     They are overlapping concepts, I think is a term

7    we talked about, correct?

8          A     That is correct.

9          Q     So we have a bid that goes in, the Google systems

10   try to estimate the quality of an ad, Google determines an

11   ad rank and does that through an LTV computation.

12               Do we agree with that very basic setup of events?

13         A     We do.

14         Q     Now, I think that's where we left off yesterday.

15   A lot of effort to get to there.

16               So now we're going to talk more about LTV today.

17               Yesterday, we talked a little bit about LTV, which

18   is long-term value, correct?

19         A     That's what it stands for.

20         Q     And I asked you a question of how long are we

21   talking about, and I think your answer was a steady state,

22   correct?

23         A     That sounds familiar.  I don't remember exactly

24   what I said.

25         Q     How do you define a steady state?

1      A    So it's a bit of a concept because the system's

2  very dynamic, so arguably it never truly achieves a steady

3  state.

4          But I would sort of think about it as some sort of

5  answer to a hypothetical of, if nothing were to ever happen

6  on a going-forward basis when it comes to the inputs that

7  advertisers were providing, where might user behavior in

8  response to ads kind of settle down over time.

9      Q    Would you agree, and I pulled up this definition

10 last night, that a steady state is a condition that does not

11 change in time or changes negligibly over time?

12     A    That sounds reasonable.

13     Q    Okay.

14          Another question that we looked at is long-term

15 value to whom, I think was a question that we asked.

16          And with respect to that question, let's go back

17 to a document we looked at, UPX10, should be in your binders

18 still there, the document binder.

19          And UPX10 was the paper that was submitted to the

20 Competition and Markets Authority entitled "How search ads

21 are ranked and priced."

22          And again UPX10 is in evidence, Your Honor.

23          Let me know when you've found that document again.

24     A    I am on UPX10.

25     Q    Great.

1           And sorry we've given you too many waters there,

2   Dr. Juda.

3       A    Totally okay.

4       Q    We have a surplus of hydration today.

5           That's an indication of how long the day might be.

6           THE COURT:  That's what I was worried about.

7   BY MR. DAHLQUIST:

8       Q    UPX10, if we can turn to page 6.

9       A    Would that be Bates number 55?

10      Q    Correct.

11          And let's start at the very, very top.

12          Yesterday, we looked at an equation that was, and

13  I don't have this on the screen right now, but it was

14  basically LTV equals bid times PCTR minus beta.

15          Do you remember that equation?

16      A    I do.

17      Q    I want to look at, on page 6, the very, very top,

18  is this a very -- and it's redacted so we can't read it, but

19  is this a rudimentary version of that same equation, the LTV

20  equation?

21      A    I believe it's intended to be so, yes.

22      Q    Okay.

23          So looking at the very top line, which is public

24  so I think we can --

25          Do we have these on the screen?  It's not on my

1    screen for some reason.  Do we know how to fix that?

2            I apologize.  And if not, I can run with it.

3    Thank you very much.

4            Now I know where the "on" button is.  Thank you.

5            The very top line says, "Google's LTV algorithms

6    seek to predict whether or not the benefits of showing a

7    particular ad will exceed the costs."

8            Do you agree with that statement?

9    A    That does appear to be what the document says.

10   Q    I agree.

11           You helped draft this document, correct?

12   A    I recall having conversations with the document.

13   I forget how active of a drafter I was in it.

14   Q    Okay.

15           You helped to draft at least significant portions

16   of UPX10, correct, that's what we talked about yesterday?

17   A    I'm not sure I recall having that particular

18   conversation yesterday.  I only remember saying that I had

19   contributed to its authorship or, like, helped, you know,

20   author it.  I don't remember how much of it I had actually

21   drafted it.

22   Q    Let's focus on the statement then.  Do you agree

23   with the first statement that "Google's LTV algorithms seek

24   to predict whether or not the benefits of showing a

25   particular ad will exceed the costs."  Yes or no?

1        A      That seems fair.

2        Q      And it has the basic LTV formula there.

3               Moving down to the next full paragraph of text --

4    I'm sorry, the last full paragraph of text above the other

5    one that starts, "The predicted benefits."

6               Do you see that paragraph?

7               Let me know when you're ready.  I'm just going to

8    ask you about the first sentence real quick.

9        A      Okay.  I think I'm ready.

10       Q      The first sentence, or I guess clause, states,

11   "The predicted benefits to Google of an ad impression are

12   then offset by the predicted costs to Google of showing the

13   ad."  And let's stop there.

14              Do you agree with that statement?

15       A      So I think it's probably a bit simplified because

16   I don't think that the benefits to Google are restricted in

17   scope to just the first term in the equation.

18       Q      And I agree it's simplified, and I think that's

19   where we're starting from, that this is a basic explanation

20   of how the LTV equation works.

21              Would you agree with that?

22       A      I would.

23       Q      Okay.

24              And so you would agree that the LTV equation tries

25   to estimate the predicted benefits to Google offset by the

1    predicted costs to Google, correct?

2         A    So as I just mentioned, I think there are some

3    benefits to Google which are not captured by the equation as

4    it's expressed.  So I think it's capturing some benefits to

5    Google but not all benefits to Google.

6         Q    Okay.

7              There are additional benefits to Google that might

8    not be fully captured in this paragraph on UPX10?

9         A    Less so the paragraph and more so the equation.

10        Q    Okay.

11             The equation is an estimate, correct?

12        A    It is.

13        Q    And so it's an attempt to capture the benefits to

14   Google and the costs to Google but it may not capture all of

15   them?

16        A    That sounds fair.

17        Q    Now, the LTV formula that we're looking at here

18   does not include -- let me strike that question.

19             The simplified LTV formula that we're looking at

20   here on page 6 of UPX10 does not include any computation of

21   benefits to an advertiser, correct?

22        A    I disagree.

23        Q    The line we just read, the predicted benefits to

24   Google and the predicted costs to Google, doesn't say

25   advertisers, correct?

1        A    It does not say the word "advertiser," I agree.

2        Q    And yesterday when we had this discussion, you

3    stated that you thought there could be long-term gains for

4    users or advertisers, but that's not part of the equation

5    that we're looking at at UPX10, page 6, correct?

6        A    I disagree.

7        Q    And when we had this discussion yesterday, you

8    referenced two formulas, the PCQ and the PLQ?

9        A    I do recall referring to those.

10       Q    Is that what you're referencing with respect to

11   some -- you think there could be gains for users of

12   advertisers.  Are those embedded in the PCQ and PLQ?

13       A    In part but not only within those signals.

14       Q    Okay.

15            Looking at this same page 6, the PCQ and the PLQ,

16   which are important terms to talk about because we're going

17   to see those a bit more, if you look at the top of the

18   page 7, and it's redacted so we're not going to read it, but

19   the formula, again, another but more complex version of the

20   LTV formula on the top of page 7, would you agree that the

21   PCQ and PLQ variables are embedded in the beta variable that

22   we looked at in the very simplified version?

23       A    I would.

24       Q    With that as a baseline, I think we can pick up

25   back to where we left off.  We can go back to --

1            Now, I'd like to talk about how the LTV formula is

2    used with regard to pricing, and we talked about that

3    yesterday, that one of the elements, that Google uses

4    quality through the LTV formula is pricing.

5            Do you remember that discussion?

6       A    I do.

7       Q    And you would agree that Google uses the LTV

8    formula in pricing, correct?

9       A    I would.

10      Q    So let's look at UPX509, which is where we left

11   off, which is a memo entitled "How Should AQ, Ads Quality,

12   Think About Pricing."

13           Let me know when you've found it.

14      A    I have found the document.

15      Q    Great.

16           And we're going to focus on the first page.

17           Under strategic considerations, it says, "Pricing

18   today."

19           Do you see that?

20      A    I do see that header.

21      Q    The first paragraph states, "If we think of

22   pricing as the action of defining the cost our advertisers

23   pay per unit of value (e.g., costs per click or cost per

24   conversion) then pricing on Google.com happens today in

25   small touches all throughout the year."

1          Do you agree with that statement?

2     A    It's kind of a tricky question to answer because

3  it's an assertion by the author, and so they presumably have

4  the right to assert whatever they want.

5          It's not the definition that I would use if trying

6  to define pricing.

7     Q    Okay.

8          This document, UPX509, was a memo that you

9  reviewed in 2018.  I think we looked at the comments before

10  and that you had a multitude of comments that you made on

11  this document.  Do you recall that?

12     A    I recall certainly providing some comments.

13  I don't know if I would describe them as "a multitude."

14     Q    You provided many comments, correct?

15     A    I don't think we counted the number of comments,

16  so I'm not sure if I would classify it as --

17     Q    Would you like to count -- how would you like to

18  describe how many comments you made?

19          THE COURT:  Why don't we move forward.

20          MR. DAHLQUIST:  We'll move past this point.

21  BY MR. DAHLQUIST:

22     Q    In the comments that you made, you didn't make any

23  comments to page 1?

24     A    I'm not sure because all the comments were at the

25  end, and I didn't see to what pages they were annotated.

4099

```
1          Q    We'll turn to that in a minute.

2               So would you agree -- well, let me move to the

3     next point then.

4               In the next paragraph it states, "Most AQ" -- that

5     stands for "ads quality"?

6          A    Presumably.

7          Q    "Most ads quality launches, in addition to trying

8     to improve the value for users and advertisers (e.g.,

9     quality improvements, driving better conversions, new

10    formats driving higher CTRs, et cetera) have some CPC or CPA

11    component."

12              Do you agree with that statement?

13         A    So the word "component" isn't defined at least

14    within this sentence.  I could probably some come up with

15    some definitions where that would be true but perhaps other

16    definitions where that would not be true.

17         Q    And let me get to the next sentence, and then I'll

18    round back to it.

19              "But we'll call this incidental pricing."

20              Do you see that?

21         A    I do see that sentence.

22         Q    And so taking a step back, the ads quality group

23    institutes multiple launches throughout a year, correct?

24    I think we established that yesterday.

25         A    Correct.
```

1   Q    And would you agree the statement is saying that

2   most ads quality launches have some CPC or CPA component, it

3   impacts pricing in some way?

4   A    So I agree that it is unlikely for most launches

5   for there to be zero changes to the totality of CPCs in

6   place.

7        I'm not sure I necessarily describe that as a CPC

8   component, but I agree that it's rare that you could have

9   identical CPCs heading into and coming out of a launch.

10  Q    A CPC is a cost per click, right?

11  A    Yeah.  When I was referring to CPC just then,

12  I was referring to the individual cost at the individual ad

13  level that an advertiser would play if the ad were clicked.

14  Q    And what's a "CPA"?

15  A    Usually that stands for something like cost per

16  acquisition.

17       It's more of an aggregated metric from a

18  nomenclature perspective, and it can reflect a concept like

19  if an advertiser is reporting the number of sales on their

20  website that are driven from advertising traffic, you can

21  compute the total amount in advertising they spent, you can

22  divide it by the total number of sales, and then you would

23  get a cost per sale or a cost per acquisition.

24  Q    When Google makes most ad quality launches, it has

25  some "incidental" impact on CPCs or CPAs, correct?

1    A    So that certainly is what this doc is saying.  I'm

2  not sure, frankly, what the true definition of the word

3  "incidental" to say if I would sort of consider that myself.

4    Q    Let's go to the next sentence.

5         "We also directly affect pricing through tunings

6  of our auction mechanisms, in general through the three

7  levers that are format pricing, squashing, or reserves.

8  We'll call this 'intentional' pricing."

9         Do you agree with those sentences?

10   A    I think no.

11        Or I don't think it's as straightforward as this

12  sentence is articulating.

13   Q    In addition -- well, we just talked about

14  incidental pricing where an ads quality launch may impact

15  price in some way.

16        But there's another version of "intentional

17  pricing," where the Google ads quality team can

18  intentionally change the price or have an ad quality launch

19  that is focused on a price, correct?

20   A    So as I just noted, I'm not sure I would

21  necessarily characterize things that way, but I acknowledge

22  that the document does.

23   Q    A member of your team characterized it that way in

24  2018, correct?

25   A    Correct, a relatively junior member of the team

1    characterized it this way.

2        Q    On a document that you commented on, correct?

3        A    Correct.

4        Q    Okay.

5            Let's turn to your comments then.  Let me make

6    sure I have this.

7            Would you agree that some of the ads quality

8    launches that are done by the ads quality team can directly

9    impact pricing through tunings of Google's option

10   mechanisms?

11       A    So my concern there, I guess, is with the word

12   "directly."

13           In my mind, the CPC is the output of the auction.

14   So we can directly change how the auction works which can

15   have an outcome of changing the prices.  But in my mind

16   conceptually that doesn't imply that we are directly

17   impacting the price.

18       Q    I believe you're saying is you can directly change

19   how the auction works which impacts pricing, correct?

20       A    Correct.

21           So, for example, if we decide to place a greater

22   emphasis on quality within a ranking function, that would

23   sort of be a direct input into the auction.  We want to care

24   more about quality.  And in so doing, that could result in

25   some ads, albeit not all ads, experiencing a change in price

1    that could go up or down, which then an aggregate could

2    cause the overall average prices to go up or down.

3         Q    And we're going to talk about this a lot today.

4    And if we need to specify today, we can; but I'm going to

5    ask a lot about on average.  I understand some go down, some

6    go up, but on average, that's what my questions are going to

7    be focused on.

8              And so returning back to the last line here on

9    UPX509 here, it's on the screen in front of you, would you

10   agree that in general or on average, you have three levers,

11   at least three levers, that you can directly impact pricing?

12        A    So as I previously mentioned, in my mind, I don't

13   necessarily view us as being able to directly impact

14   pricing.

15        Q    Do you agree that Google can directly raise prices

16   through format pricing?

17        A    No.

18        Q    Do you agree that Google can directly impact

19   pricing through squashing?

20        A    No.

21             As evidenced by the fact that I believe when we

22   launched that, 40 percent of the CPCs went down rather than

23   up.

24        Q    We're going to get into some of those details

25   today.

4104

```
 1                If we can stay on this document, page 509 -- or
 2    UPX509 at 2870, which I think is the next page in.
 3        A    I'm sorry, 2870?
 4        Q    Correct.
 5                Sorry.  Hang on.  Let me make sure I get you to
 6    the right place.
 7                Actually, we're going to go look at one of your
 8    comments on page -- all the way in the back, UPX509 at
 9    874-002.
10                And do you see -- look towards comment 15 which is
11    a comment from you.
12                Let me know when you're there.
13        A    I'm there.
14                I'm currently reading the comment.
15        Q    Sure.
16        A    Okay.
17        Q    At UPX509, at 874-002, do you see your comment?
18    I think it's marked as comment 15.
19        A    I do.
20        Q    And this is a comment you made to the second page,
21    if you need to reference it, of the memo.
22                And you state, "I wonder how much value plays into
23    this in reality."
24                Do you see that statement?
25        A    I do.
```

1    Q    And you say, "For example, I think there's a

2    belief that when auctions become thicker and increase

3    prices, that might be safer than raising the prices in a

4    thin auction, because in the former we are likely closing in

5    on the 'actual' value of the click; whereas in the latter

6    prices might exceed the true value."

7          Do you agree with your statement?

8    A    I don't think this is a technically accurate

9    statement.

10   Q    You made this statement on January 30th, 2018,

11   correct?

12   A    It appears so.

13   Q    And maybe let's take a step back.

14         Do you agree that thicker auctions -- a thicker

15   auction is when there's more bidders, correct?

16   A    Yeah.

17         Or I would probably say maybe a little bit more

18   refined.

19         More bidders who are able to participate in the

20   auction.

21   Q    And in search ads more bidders means more auction

22   competition, correct?

23   A    Sounds right.

24   Q    And more auction competition on average leads to

25   higher prices, correct?

4106

1      A    So I can certainly think of examples in both

2  directions.

3           I haven't run statistics on this.  It sounds

4  plausible that that is true, but I can't say so

5  definitively.

6      Q    And, again, I understand that there can be,

7  I think you said, Edge cases, there can be exceptions, but

8  on average when you have more participants in an auction,

9  prices go up?

10     A    They don't have to.

11          You know, you could imagine an instance where if a

12 new advertiser enters the auction, they may have an

13 unusually low bid but absolutely outstanding quality such

14 that they win the auction in that instance.

15          It's quite possible that their CPC is going to be

16 lower than all of the other previous auction participants

17 and so the CPCs would actually be going down in that

18 instance rather than up.

19     Q    And Google's estimate of quality that you just

20 referenced for a high quality bid would be entered into the

21 LTV calculation, correct?

22     A    I'm sorry.  Can you ask the question again.

23     Q    Certainly.

24          You just had an imaginary case where the quality

25 of an ad is so superior that it didn't cause the price to go

1  up but went down.  But that quality measurement is

2  computated as part of the LTV equation that we've been

3  talking about today, correct?

4      A    That is correct.

5      Q    And a thin auction is one in which there's only a

6  few bidders, perhaps only one bidder, correct?

7      A    That has made it to the auction stage, yes.

8      Q    And your statement here says that you think it's

9  safer to raise prices in a thick auction with more bidders

10 than a thin auction, correct?

11         MS. WASZMER:  Objection, Your Honor.  Misread the

12 document.

13         MR. DAHLQUIST:  I can restate the question,

14 Your Honor.

15         THE COURT:  If you would, please.  Thanks.

16 BY MR. DAHLQUIST:

17     Q    Dr. Juda, would you agree that it's safer to raise

18 prices in a thick auction as opposed to a thin auction?

19     A    So I think the challenge there is an implication

20 that we have the ability to just sort of systemically raise

21 prices, which I don't think we have.

22     Q    You do it through part of the ad auction process,

23 correct?

24     A    So, again, I think even that through statement is

25 a little bit too particular.

1          We make changes to the auction, and the outcome of

2     the auction can be a change in prices either up or down, but

3     we can't, for example, dictate to the auction that prices

4     should go exclusively up.

5          Q    Google has made ad launches that have impacted the

6     pricing of search ads, correct?

7          A    That's correct.

8          Q    And Google has used launches to increase ad prices

9     because it believed that the cost per click was unusually

10    low, correct?

11         A    So there's a -- there's a level of granularity

12    that makes that question sort of non-trivial to answer.

13         There certainly have been launches where the net

14    aggregate outcome of the launch is that CPCs were higher

15    after the fact rather than before the fact.

16         Q    Sir, would you agree that -- let me strike the

17    question.

18         You have described ad launches at Google that

19    raise prices where the new prices are higher than the old

20    ones as more fair to Google, correct?

21         A    I don't believe that's what I said.

22         Q    Let me ask it one more time.

23         Would you agree that Google can raise prices and

24    that in coming up with better prices that are more fair to

25    Google where those new prices are higher than the previous

1    ones?

2         A    So as I previously mentioned, I think this notion

3    of, like, Google's ability to just systemically raise

4    prices, isn't available which in my mind negates the rest of

5    the sentence that you just said.

6         Q    If I could have you take a look at your

7    deposition.

8              Page 318.

9              THE WITNESS:  Excuse me, sir.  Am I allowed to use

10   this shelf as well?

11             THE COURT:  Sure.

12             THE WITNESS:  Thank you.

13             MS. WASZMER:  Counsel, which date are you going to

14   go?

15             MR. DAHLQUIST:  Certainly.

16             October 14th, 2021, page 318, line 3, to 318,

17   line 8.

18             THE WITNESS:  Could you repeat those pages for me,

19   please?

20   BY MR. DAHLQUIST:

21        Q    Certainly.

22             October 14th, 2021, line -- or page 318, 318,

23   line 3, through 318, line 8.

24             Let me know when you're there, page 318.

25        A    I'm on 318.  And you said line 3?

1       Q     Line 3.

2             Sir, on October 14th, were you asked the following

3       question and did you give the following answer?

4             "Question:  So, yes, ads quality sometimes does

5       try and raise prices.

6             "Answer:  I would describe it less as raising

7       prices and more coming up with better prices or more fair

8       prices, where those new prices are higher than the previous

9       ones."

10            Did you give that answer to that question, sir?

11      A     It would appear so.

12      Q     Thank you.

13            You can close your deposition.

14            MS. WASZMER:  Your Honor, just to flag, I think

15      yesterday the Court asked for us not to be reading testimony

16      where the witness had not been impeached.  I do not believe

17      that was inconsistent.

18            MR. DAHLQUIST:  I was reeding that for

19      impeachment, Your Honor.  I believe it was proper

20      impeachment.  We can move forward though.

21            THE COURT:  That's what I understood counsel to be

22      trying to do so I didn't think it was at odds with what we

23      talked about yesterday.

24            Go ahead.

25            MR. DAHLQUIST:  Thank you, Your Honor.

1   BY MR. DAHLQUIST:

2        Q    Google has implemented --

3             Hang on, let me make sure I was done with UPX509.

4             I think we're done with 509, we can take that

5   down.  Thank you.

6             Google has implemented ad launches that have

7   increased Google's revenue, correct?

8        A    I believe so.

9        Q    And you're familiar with the concept of tuning in

10  regards to Google's ad auction process, correct?

11       A    I believe so.

12       Q    And you defined a tuning as a mechanism by which

13  the weights in the auction function are adjusted.

14            Would you agree on that?

15       A    That sounds reasonable to me.

16       Q    Tunings can impact pricing, correct?

17       A    They can.

18       Q    Let's look at a document, UPX43, which should be

19  in your binder as well.

20            And the document UPX43 is titled "Tuning for

21  smarties, (ads quality).  We're no dummies."

22            Do you see that.

23       A    No.  Maybe I'm on the wrong --

24       Q    Oh, sure.  UPX43.

25            And there's a cover email which I'm not going to

4112

1    dwell on, I'm going to the attachment.

2        A    Okay.  My apologies.  I was on the email.

3        Q    You can skip the email for now.  Let's go to Bates

4    stamp 580.

5        A    Okay.

6        Q    Do you recall this presentation, "Tuning for

7    smarties, (ads quality):  We're no dummies"?

8        A    Not at first blush, no.

9        Q    Google impacts pricing at ad auctions through

10   tunings, correct?

11       A    That sounds correct.

12       Q    Let's go to the, let's see, next page, Bates stamp

13   581.

14            And this is "Tunings in a nutshell:

15            1, measure things.  2, do math.  3, profit."

16            Do you see that?

17       A    I do see that.

18       Q    Google can achieve increased profits through

19   tunings, correct?

20       A    The answer to that is probably a function of the

21   time duration over which one is looking.

22       Q    And as we talked about with the LTV equation, the

23   goal of the LTV equation is have it steady state, correct,

24   over the course of time?

25       A    That is correct.

1    Q    Let's turn to the next page, Bates stamp 582.  The

2    heading states, "What are we tuning again?  Prices."

3         Do you see that heading?

4    A    I do.

5    Q    The third bullet says, "Tuning is just adjusting

6    ranking/pricing."

7         Do you agree with that?

8    A    I don't think I do.

9    Q    And in this document, the confidential portions

10   that are redacted are the detailed computations that are

11   part of the ad -- search ad's algorithmic process, correct,

12   or at least components of it, would you agree?

13   A    Some of these might be dated, but otherwise

14   I think probably for that moment in time, this seems

15   correct.

16   Q    Would you agree that the LTV formula can be tuned?

17   Would you agree with that general statement?

18   A    I do.

19   Q    Google can adjust the CPCs through the tuning

20   process, correct?

21   A    There, I don't think the relationship is as direct

22   as you stated.

23   Q    Okay.

24        Let's go to the next page, please.

25        The title is "Long term value function, Roman I."

1          Do you see that statement?

2     A    I do.

3     Q    And it states, "A tuning equals equals adjusting

4    the cost of different types of clicks and impressions."

5          Do you see that statement?

6     A    I do.

7     Q    Let's do another.  Thank you.

8          Would you agree that Google can indirectly affect

9    CPC pricing through a tuning?

10     A    It depends on the particular set of conditions.

11   It can be possible.

12     Q    Let's go to UPX889.

13          And this document is titled "Adventures in

14   pricing."

15          Let me know when you're there.

16     A    I am there.

17     Q    UPX889, again, I think this is a familiar name.

18   Who is JF Crespo?

19     A    JF is an engineering director on the auction team.

20     Q    He's part of your ads quality auction team,

21   correct?

22     A    I wouldn't necessarily put the possessive as mine,

23   but certainly a member of the ads quality team.

24     Q    Understood.  I'm sure he appreciates not a

25   possessive.

1          THE COURT:  I'm sorry to interrupt, Mr. Dahlquist.

2     Can I just ask a question, Mr. Juda?

3          Can you just clarify what -- I think you made a

4     statement earlier or agreed with counsel's question that

5     long-term value, or LTV, is an effort to capture or reflect

6     a steady state over time.

7          Can you explain what you mean by that?

8          THE WITNESS:  Sure.

9          So naively one might think that the value of an ad

10    to Google could be limited by, like, the amount of revenue

11    it might generate right there in that moment.  But I think

12    we try and take a more holistic assessment of the

13    contribution of that ad.

14         You can imagine an ad that overpromises and

15    underdelivers.  Maybe it says, you know, "click me and we'll

16    give you a thousand dollars," and you go to a landing page

17    and it's not actually going to give you a thousand dollars.

18         That ad would generate some revenue at that moment

19    in time, but odds are it's going to be terribly

20    disappointing to the user who clicked on it and that user

21    may even subsequently say, "Let me stop looking at ads in

22    the future, let me stop clicking on ads in the future, maybe

23    I'll even install an ad blocker and just never see ads."

24         So there's this distinction between sort of the

25    in-the-moment value that an ad may provide, as well as maybe

1    some of the longer term ramifications of an ad, and these

2    quality components try and capture some of those longer term

3    effects that you're not going to see in the moment, but,

4    rather, trying to ask this hypothetical question of where

5    might users end up in the long run given the quality of the

6    ads that they're seeing today, and let's try and take that

7    more holistic perspective into account when evaluating ads.

8               THE COURT:  Thank you.  I appreciate that.

9               THE WITNESS:  You're welcome.

10   BY MR. DAHLQUIST:

11        Q    Dr. Juda, I'd like to bring you back to UPX889,

12   the adventures in pricing document.

13        A    I am there.

14        Q    If we can turn in a page or two.  I'm looking at

15   Bates stamp 77 3.

16               I'm sorry, 772.

17               Auction recap.

18        A    I am on that slide.

19        Q    The top header I think we've already established,

20   Google runs a generalized second price auction.  Agreed?

21        A    Agreed.

22        Q    And then it has five bullet points with some more

23   detail.

24               At least focusing on the second bullet, "Each

25   candidate," that's a candidate ad, correct?

1          A     Correct.

2          Q     And it's a candidate to enter the ads auction,

3     correct?

4          A     Correct.

5          Q     Each candidate gets a score called long term value

6     or LTV score, correct?

7          A     Correct.

8          Q     And then "For each position, we rank the ads" --

9     I'm looking at the next bullet, sorry.

10              "For each position, we rank ads according to LTV

11     (LTV must be greater than zero)."

12              Do you see that?

13          A     I do.

14          Q     And this is consistent what we talked about

15     yesterday.  Google runs its computation, develops an LTV

16     score, and if the LTV score is greater than zero, it can

17     appear on a SERP in response to an inquiry, correct?

18          A     Correct.

19          Q     Let's go one more page in, and we'll see a

20     familiar equation now.

21              "Long term value:  The basic vanilla flavor."

22              Do you see that statement?

23          A     I do.

24          Q     And, again, we have the familiar LTV equation.

25     "LTV equals bid times PCTR minus beta."

1        Do you see that statement?

2    A    I do.

3    Q    And "vanilla" is -- let me strike that question.

4        Google refers to the LTV equation as the "vanilla

5    flavor"; is that correct?

6    A    It appears to on this slide.

7    Q    Have you ever used it -- described it as a vanilla

8    flavor?

9    A    Yeah, I can imagine that.

10   Q    The vanilla -- strike that question.

11       The vanilla equation of LTV is the way that Google

12   impacts price ads through a search ads auction, correct?

13   A    Can you repeat the question.

14   Q    Certainly.  It was not well formulated.

15       Would you agree that the LTV equation is a basic,

16   or a vanilla way, that Google can impact pricing through the

17   search ads auction process?

18   A    I believe so.  I mean -- I think, as noted, there

19   is no vanilla function in the system.  The vanilla here is

20   just an allusion to the fact that this is a simplified

21   functional form.  So the vanilla equation doesn't do kind of

22   anything because it's not what we actually use.

23   Q    I would never refer to the LTV equation as

24   vanilla.  It's not vanilla to me.

25       However, you and others at Google have described

1    the LTV equation as a basic vanilla flavor of impacting

2    pricing, correct?

3        A    So I believe vanilla here is an allusion to the

4    fact that this is a simplified functional form, rather than

5    the fully enumerated function.

6        Q    And this is a simplified equation, agreed?

7        A    Correct.

8        Q    Let's go to the next page.  783.

9        A    Did you say 783?

10       Q    I apologize.  We're jumping a couple pages.

11   Page 783.  The title is "When vanilla pricing may no be

12   sufficient."  I think that's probably a typo, means "may not

13   be sufficient"?

14       A    That would be my inference.

15       Q    So at times, "vanilla pricing through LTV may not

16   be sufficient," would you agree?

17       A    I'm not sure.  I'd probably have to read some more

18   slides to see what point it's trying to make.

19       Q    Okay.  You're welcome to look at any of the pages

20   in here.

21            But I'm going to call your attention to the first

22   line.  It says, "Second pricing" -- and that's the second --

23   the second price auction process is the reference there,

24   right?

25       A    Presumably.

1    Q    "Second pricing works great most of the time, but

2    there are failure scenarios."

3         Do you see that statement?

4    A    I do.

5    Q    And it identifies at least two failure scenarios

6    here.  One "where there's weak or lack of auction pressure."

7         Do you see that scenario?

8    A    I do.

9    Q    And it states, "When no competition is present or

10   when competition is of inferior quality."

11        Do you agree with that statement?

12   A    Would you mind enumerating the statement just to

13   make sure I know what I'm agreeing to?

14   Q    Of course.

15        I'm at the sub-bullet under "weak or lack of

16   auction pressure."

17   A    Right.

18   Q    And would you agree that the vanilla pricing

19   through the LTV equation may not be sufficient when there's

20   no competition, when it's a thin auction?

21   A    I think it would depend on one's definition of

22   "sufficiency."  I think there's some definitions where I

23   would agree and other definitions where I would disagree.

24   Q    Or "Vanilla pricing through the LTV equation may

25   not be sufficient when the competition is of inferior

1    quality in the ad auction, where an LTV is below zero."

2         A    Same answer.  It would be a function of one's

3    definition of sufficiency.

4         Q    The second component that it says where "Vanilla

5    pricing may not be sufficient is reserve pricing."

6              Do you see that heading?

7         A    I do.

8         Q    And it says, "Reserve prices are generally lower

9    than their second price counterparts."

10             Do you see that statement?

11        A    I do.

12        Q    And that means that when the reserve pricing

13   that's set through the LTV equation, if it's too low, it

14   might not -- the vanilla pricing might not be sufficient,

15   correct?

16        A    I'm not sure that's what that sentence is saying.

17        Q    The next heading or the next statement says, "We

18   need a way to extract value more directly."

19             Do you see that?

20        A    I do.

21        Q    And below it states, "We need pricing mechanisms

22   with pricing knobs."

23             Do you see that?

24        A    I do.

25        Q    And do you agree that Google has pricing

1    mechanisms with pricing knobs that can extract more value

2    and more pricing through the search ad auction process?

3    A    So the totality of that sentence is not something

4    that I necessarily agree with.

5    Q    Do you agree that Google has pricing mechanisms

6    that it can use in the search ad auction process?

7    A    Yes, the auction itself is a mechanism which

8    establishes price.

9    Q    And would you agree that Google has pricing knobs

10   that it can use in order to impact pricing through the

11   search ad auction process?

12   A    So pricing knobs is not a concept that I

13   necessarily use myself, so it probably would depend on what

14   the author's definition of this term was intended to be.

15   Q    You're familiar, members of your team have used

16   pricing knobs.  I think, at least the way I'm reading it,

17   it's part of the tuning process or part of a tuning

18   definition?

19   A    Plausible but I can't say with absolute certainty.

20   Q    Would you agree that the pricing mechanisms and

21   pricing knobs that are referenced here on UPX889 are

22   examples of the intentional pricing that we talked about on

23   the earlier document?

24   A    I can't say so definitively.

25        We have two documents with two authors, so

1    I'm not sure they were thinking about each others' documents

2    when writing their prose.

3         Q    So let's stay with this document, that "sometimes

4    the LTV formula is not enough to impact pricing," and

5    so this document is looking for pricing mechanisms in order

6    to directly impact pricing?

7         A    I wouldn't agree with that characterization.

8         Q    Sorry.  I'm going to find a page here real quick.

9              Dr. Juda, can I ask you to turn back a couple

10   pages to 779?

11        A    Sure.

12        Q    And this slide is confidential so we're not going

13   to read -- at least in my -- I think it's -- in my version

14   it is, so let's make sure it's going to come up redacted or

15   not.

16             Let's just -- you see 779?

17        A    I do see 779.

18        Q    Call your attention to the first bullet point.

19   And without reading it --

20             MS. WASZMER:  Your Honor, we're just checking to

21   make sure.  We think this is unredacted.  If you want to

22   just go ahead and question while we're checking.

23             MR. DAHLQUIST:  Sure.

24             Do we have an unredacted version?  Oh, we do.

25   Okay.

```
1              Let's go ahead and show it.  We have it loaded as
2    that it was unredacted.  Okay.
3    BY MR. DAHLQUIST:
4        Q    Dr. Juda, looking at 779, the title is "Auction
5    Pricing Mechanisms."
6              Do you see that?
7        A    I do.
8        Q    And the title is -- subtitle is "What are auction
9    pricing mechanisms designed to do?"
10             Do you see that statement?
11       A    I do.
12       Q    And the first bullet point, "They're specifically
13   designed to extract value from advertisers."
14             Do you agree with that statement?
15       A    It's potentially fair.
16             I mean, I guess what's going through my mind is if
17   the absence of there being a pricing mechanism would mean
18   that all advertising on Google should be free and so
19   therefore any price naturally means that advertisers paying
20   for the ads means that Google's generating some revenue from
21   the ads and therefore has value extraction, it seems like a
22   fair statement.
23       Q    And Google does not give away ads for free on
24   Google, correct?
25       A    That is correct, we charge for ads.
```

1      Q    It charges for them.

2           And to the amount, I think we said a hundred

3    billion dollars last year, correct?

4      A    Something like that, in ballpark, in aggregate.

5    There's many clicks that go into that, rather than one.

6      Q    In the same document, if we can turn to page 792,

7    we're going to talk about holistic pricing, which I think

8    Your Honor asked a question about or at least there was --

9    in response to your question, there was an answer about

10   holistic pricing.

11          Do you see it "Handling contributions over time:

12   holistic pricing effort"?

13     A    I do see that slide.

14     Q    And going to the first bullet, it says, "Teams

15   across ads quality create value and move prices around."

16          Do you see that first bullet?

17     A    I do.

18     Q    And the second bullet states, "It's lower risk

19   when we move prices along with value."

20          Do you see that statement?

21     A    I do.

22     Q    And you're familiar with the term "holistic

23   pricing," correct?

24     A    Somewhat.  It's a dated concept, but I have

25   somewhat of a recollection of it still.

1      Q    And you defined -- you define holistic pricing as

2    an -- let me re-start.

3           You define holistic pricing as an effort to

4    identify areas where the price was unusually low relative to

5    where Google believed prices should be?

6      A    I have no recollection of making that statement.

7      Q    Okay.

8           Let's -- if I can refresh your recollection.

9           Look at your deposition, please.  October 15th,

10   2021.

11          And we're not going to read it.  I'm just going to

12   have you read it to yourself.

13          October 15th, 2021, page 401.

14     A    I am on that page.

15     Q    401, line 19 through 402, line 1.  Just read that

16   Q&A for a moment.  And if you need to look above or below,

17   feel free as well, and then I'll re-ask my question.

18     A    So to confirm, you said page 401 --

19     Q    Certainly.  October 15th, page 401, line 19,

20   through 402/1.

21     A    Okay.

22     Q    Oh, I'm sorry, it's October 15.  Did I misdirect

23   you?

24     A    I believe I'm reading what you intended for me to

25   read.

1                Okay.  I've read this.

2        Q    Okay.

3                You can close it, and let me re-ask the question.

4        A    Do you mind if I have it open while you ask the

5    question?

6        Q    Sure.

7        A    Thank you.

8        Q    Sir, let me ask the question.

9                Would you agree, you defined holistic pricing as

10   an effort to identify areas that are unusually low relative

11   to where Google believed prices should be?

12       A    It appears that's what I said back then.

13       Q    And returning back to the document we're looking

14   at, UPX889, Google believes that it's lower risk if it

15   increases prices at the same time that it increases value,

16   correct?

17       A    So I don't consider that a fair characterization

18   of what the slide says.

19       Q    Okay.

20               The holistic pricing project at Google in general

21   raised prices for search ads.

22               Would you agree with that?

23       A    Not necessarily.

24       Q    Let me ask a more specific question.

25               Would you agree that an aggregate sum, the

1  summation of the CPCs under the holistic pricing were

2  positive in value?

3      A    Not necessarily depending on where one draws the

4  boundaries of the effort.

5      Q    Okay.

6          Now, if I could turn you back to your deposition,

7  October 15th, 2021, and this one we will read together.

8          Page 412 and 413.

9          So October 15, page 412.  Let me know when you're

10 there.

11     A    I believe I am there.

12     Q    Great.

13         Sir, on October 15th, 2021, were you deposed, at

14 line -- page 412, line 24, through 413, line 5, were you

15 asked this question and did you give this answer?

16         "Overall, did the holistic pricing project raise

17 CPCs?

18         "Answer:  So, again, there's the verbiage of

19 raise, which I take issue, but I can imagine that if one

20 were to sum the aggregate change in aggregate CPCs, it is

21 possible that in summation the value is positive."

22         Did you make that statement?

23     A    It appears that I did.

24     Q    Thank you, sir.

25         Okay.  Moving forward.  I think we're done with

```
 1    that document.
 2            Let's take a look at UPX467, which should be in
 3    your binder.
 4            And UPX467 is a document that you wrote, your name
 5    is right at the top, "Juda at."
 6            Do you agree?
 7    A     I agree.
 8    Q     Sounds like you're familiar with this document,
 9    you remember it at least?
10    A     Yes, I do remember it.
11    Q     The title is "Why leaning on ads quality to
12    deliver plus 20 percent long term Rasta RPM for all of
13    search ads is a fragile strategy (TL;DR:  It's likely not
14    possible)."
15            Let's ask about that title, let's define a few
16    words.
17            AQ is ads quality, correct?
18    A     Yes.
19    Q     20 percent is a 20 percent goal that was imposed
20    on the ads quality team -- or a goal to increase revenue by
21    20 percent, correct, that was the goal?
22    A     Incorrect.
23    Q     What was the 20 percent goal?
24    A     It's in reference to the words that come after
25    that, the long-term Rasta RPM.
```

1       Q     And Rasta is the platform that Google uses to run

2    experiments in, correct?

3       A     Correct.

4       Q     And RPM is revenue per thousand, correct?

5       A     Correct.

6       Q     And this is something I've always -- RPM stands

7    for revenue per mille, which is French for thousand,

8    correct?

9       A     Correct.

10      Q     And TL;DR there is "Too long; didn't read"?

11      A     Correct.

12      Q     That's a euphemism?

13      A     It's an acronym to note that a summary is

14   forthcoming.

15      Q     So maybe we should go right to the summary in

16   order to give us a little more definition.

17            Under the heading of summary, you say,

18   "Historically the overwhelming majority of search ads

19   20 percent revenue per thousand OKR," and OKR is a goal that

20   is part of the Google company, correct?

21            Let me restate the question.

22            What's an OKR?

23      A     It's an acronym that stands for objective and key

24   results.  It's a way that teams organize their goals over

25   varying time periods, along with how they're going to try

1    and measure whether they've made progress against said

2    objective.

3         Q    So historically -- we'll start over.

4              "Historically the overwhelming majority of search

5    ads 20 percent revenue per thousand OKR has rested on the

6    shoulders of the search ads quality team.  This document

7    articulates why that strategy is structurally becoming more

8    fragile over time and likely is not one on which to rely in

9    2020."

10             Is that -- you wrote that.  Is that a good summary

11   of what the rest of the memo shows?

12        A    It is.

13             Although, I'll note that I said 2020 plus, so it's

14   a more forward-looking thing than just limited to the

15   calendar year.

16        Q    Appreciate that.

17             You were writing in this memo because you believe

18   that the search ads team, all of the revenue goals have been

19   imposed on your team, and you're saying, we can't meet them

20   all the time anymore, we need help?

21        A    I disagree with that characterization.

22        Q    Okay.

23             "Issue 1, external structural headwinds."

24             And there's numbers here that are confidential, so

25   I'm not going to read them and I'd ask you not to read them,

1    so I'm just going to gap over them as we're reviewing this.

2            The first sentence, "PLAs appear that they will

3    likely be touching X of spend in 2019."

4            Do you see that statement?

5    A    I do.

6    Q    And so just to put us in time, you wrote this memo

7    around 2019 because you're looking forward to 2020 and

8    beyond, correct?

9    A    That would be my inference, yes.

10   Q    And yesterday we talked about PLAs are shopping

11   ads?

12   A    That is correct.

13   Q    And before this, let's read the next sentence

14   perhaps.

15           "So at most X of Google.com spend comes from

16   search ads and perhaps much less if travel is included in

17   query nav.  I can't tell."

18           Do you see that statement?

19   A    I do.

20   Q    So without referencing -- in that statement,

21   search ads, are you referencing text ads in that statement?

22   A    I believe so.

23   Q    Okay.

24           So you're giving numbers as to the numbers of

25   revenue that comes from search ads and an amount of revenue

1    that comes from shopping ads, correct?

2        A    Correct.

3        Q    And without giving specific numbers, would you

4    agree that the text ads represent the overwhelming majority

5    of revenue in search ads?

6        A    So the document notes that there was potentially

7    some other formats that were included in that number, the

8    sum of all or those though seems to be a large majority,

9    yes.

10        Q    Like travel, you can't tell if travel is in there

11    or not?

12        A    That's correct.  The particular dashboard that

13    I was using for sourcing these numbers wasn't clear to me

14    regarding which formats were included or excluded.

15        Q    And your best estimate, how much would travel ads

16    represent of that total search ads number; small amount most

17    likely, correct?

18        A    Probably relatively modest in percentage terms.

19        Q    The next sentence states, "Therefore," I'll remove

20    the formula, "more is being asked of ads quality relative to

21    a long time ago if they alone need to get to 20 percent."

22            Do you see that statement?

23        A    I do.

24        Q    And there you're saying if the ads quality team

25    alone has to get to 20 percent, we might not be able to make

1   it anymore; agree?

2       A    That was my concern.

3       Q    Okay.

4            Let's go down to issue 2, internal structural

5   headwinds.

6            The first statement, "Relative to the past when

7   the OKR was still 20 percent, we're now dramatically more

8   conservative in how we translate Rasta RPM to bookable RPM."

9            Do you see that statement?

10      A    I do.

11      Q    And we talked about it a minute ago, Rasta is the

12  experiment platform that you use to run various ad launches

13  or ad tuning experiments, correct?

14      A    That is correct.

15      Q    And you run them there before you launch them onto

16  the full ad network through Google.com, correct?

17      A    That's a general best practice, yes.

18      Q    And if your goal in the Rasta is to hit 20 percent

19  when you actually launch it for real, you may or may not hit

20  that exact 20 percent, right; it may be above, it may be

21  below?

22      A    Can you ask the question again?

23      Q    Certainly.

24           The 20 percent OKR goal, which we agree that was

25  the goal for ads quality group, right, was to hit

4135

1    20 percent?

2        A    From a long-term Rasta RPM perspective, yes.

3        Q    When you run an experiment in Rasta, when you

4    actually launch it out into the Google.com, it may be higher

5    or lower than what the experiment ran?

6        A    When you say "it," to what are you referring to?

7        Q    The launch or the tuning.

8        A    So can you please reframe the question?

9        Q    Certainly.

10       A    Thank you.

11       Q    I'm looking at the last part of this sentence.

12   "More conservative in how we translate Rasta RPM to bookable

13   RPM."

14           The percentage of revenue increase that you

15   estimate in the Rasta experimental platform may or may not

16   be total bookable RPM.  Agree?

17       A    Agreed.

18           But we may have different definitions of bookable

19   in our mind when answering and asking that question.

20       Q    Okay.

21           I'm focused on your memo and the definition that

22   you had in mind when you wrote that sentence.

23       A    Okay.

24           Then, yes, the progress that we may record against

25   our OKR objective is likely to be a smaller number than what

1    Rasta is indicating as the RPM.

2        Q    And, Dr. Juda, would you agree that the search ads

3    quality team historically contributed the overwhelming

4    majority of search ads' 20 percent revenue goals at Google?

5        A    No, because you're referencing a revenue goal and

6    long-term Rasta RPM is a distinct concept from revenue.

7        Q    Let's define, how do you define long-term Rasta

8    RPM?

9        A    So long-term Rasta RPM, going back to this concept

10   of a steady state, is trying to approximate what would the

11   hypothetical change be in RPM over a period of time, subject

12   to holding the rest of the world equal, which is an

13   unusually strong assumption.

14           But sort of at a high level, it takes the

15   immediate term estimate of the revenue impact of a launch,

16   it then tries to bake in an estimate of how users are going

17   to respond to the launch over time, because if you have --

18   so if we go back to the previous example where someone

19   clicks on a low quality ad and they stop clicking in the

20   future, that would be something that, in the Rasta

21   experiment, would show high revenue.

22           But if we start to estimate the user response, we

23   would then be estimating much less revenue over time because

24   we would want to factor in the fact that users are clicking

25   on our ads less.  So it's short of like the short-term

1    revenue estimate.

2            We try and account for the long-term user

3    response.  We try to then factor in the long-term advertiser

4    response to the launch.  We then try and factor in the

5    long-term system response to the launch.  And then that

6    tries to give us a more holistic perspective on what this

7    launch is going to do over time.  And that would be the

8    long-term Rasta RPM.

9            At times, it can be almost disjoint from how much

10   revenue the company actually makes in practice from a search

11   ad system.

12   Q    Let's turn to the next page of your memo, your

13   2019 memo.

14           THE COURT:  So just -- I'm sorry to interrupt you.

15           So the Rasta RPM is a, in layman's term, an

16   estimate, a long-term estimate?

17           THE WITNESS:  So the one in Rasta is actually a

18   short-term estimate.

19           THE COURT:  Short term.

20           THE WITNESS:  So one can sort of think -- the way

21   we run experiments can sometimes be thought of as every

22   single time a user issues a search, we'll flip a coin, and

23   if it lands in tails, it'll be like our normal production

24   setup.  And if it lands on heads, we'll apply the

25   experimental treatment to the experiment.

1           THE COURT:  That is what the intended launch will

2    be?

3           THE WITNESS:  Correct.  It's the change to our

4    status quo that we want to try and collect data on.

5           THE COURT:  Right.

6           THE WITNESS:  You can then ask yourself over the

7    life of the experiment what was the total revenue divided by

8    total searches when landing on tails.

9           And you can ask yourself what the total revenue

10   was divided by total searches for when the coin landed on

11   heads.  And that would sort of then give you an RPM estimate

12   for the control group and an RPM estimate for the treatment

13   group.

14          And then our user interface will automatically

15   compare those two numbers to each other and tell you what --

16   a change.

17          So it would sort of tell you that while the

18   experiment was running, the treatment group was experiencing

19   1 percent higher revenue per search on average than the

20   control.

21          But all these things are very much an "in

22   real-time estimate," and so it doesn't have the luxury of

23   yet knowing how are users going to respond over time, how

24   are advertisers going to respond over time, because there

25   hasn't necessarily been enough time that has passed.

1          In addition, most of our experiments are running

2     at relatively low levels of traffic.  You can imagine

3     1 percent of traffic, half a percent of traffic.  So it's

4     not necessarily yet at the magnitude where a user would

5     surely see enough of the experience or that the advertiser

6     would see enough of the experience to yet bake their

7     response into the new normal if we were to actually launch.

8          And so that's what creates the discrepancy between

9     the immediate term estimate and our long-term beliefs for

10    where we think things will settle.

11          THE COURT:  And so 20 percent long-term Rasta RPM

12    means a 20 percent target positive delta between the

13    launched -- the new -- the postlaunch ad -- postlaunch ad

14    from the baseline prelaunch ad, is that --

15          THE WITNESS:  That's correct.

16          THE COURT:  Okay.

17          THE WITNESS:  Where I think what's happened over

18    the years is we've become ever more adept at measuring some

19    of these longer term responses.  So, you know, I mean,

20    I guess, as mentioned in this paragraph --

21          Oh, please.

22          THE COURT:  Sorry.

23          So is the idea here that there is a 20 percent --

24    there's a goal that changes to the equation or a launch will

25    result in a 20 percent rise in revenue?

1          THE WITNESS:  It's less on a per launch basis and

2  so more -- there's launches continuously happening

3  throughout the year.  When you -- the way you measure some

4  as being positive .1, negative .2, positive .3.  And so we

5  try and take the sum --

6          THE COURT:  I see.

7          THE WITNESS:  -- overall of the launches and the

8  idea is that ideally over the course of the entire year, the

9  sum of all those individual values will be 20 percent.

10          THE COURT:  Got you.  All right.

11          So it's not a per launch.  This is a --

12          THE WITNESS:  Correct.

13          THE COURT:  -- recognition that some launches may

14  actually result in lower revenue; but over the long run, the

15  collection of some number of launches, whether it's annually

16  or semiannually, whatever the case may be, should be a

17  positive 20 percent.

18          THE WITNESS:  That's right, where the positive 20

19  was an annual objective that we would try to get to over the

20  course of an entire year.

21          THE COURT:  Okay.  Thank you.

22          THE WITNESS:  You're welcome.

23          MR. DAHLQUIST:  Thank you, Your Honor.

24  BY MR. DAHLQUIST:

25      Q    And in following up with the Court's questions,

1    historically, your group has hit or exceeded the 20 percent

2    OKR, correct?  That's the start of your memo?

3         A    That's my recollection.

4         Q    And now in 2019, you were expressing some concern,

5    "we might not be able to hit our aggregate 20 percent goal"?

6         A    That is right.

7              THE COURT:  Can I ask you another question?

8              THE WITNESS:  Yeah.

9              THE COURT:  Who's this -- who's the audience for

10   this?

11             THE WITNESS:  Sure.

12             So the original --

13             THE COURT:  It's not a federal judge, let me

14   assure you of that.

15             THE WITNESS:  Yeah, no.

16             So the original audience was my manager, where my

17   rough intention was, "Dear manager, other teams are starting

18   to work on ads products, and if the overall aggregate goal

19   is solely lying on the shoulders of a team that's touching

20   ever less of the revenue, you're effectively asking my team

21   to work ever harder.  It would sure be nice if everyone put

22   forth an effort to innovate versus just my team with respect

23   to this goal because that's probably a more stable and

24   enduring solution and less likely to lead to burn out."

25             So it was kind of a call to arms to my manager to

```
 1   help other people chip in to the cause.

 2             THE COURT:  Okay.  Thank you.

 3             THE WITNESS:  You're welcome.

 4   BY MR. DAHLQUIST:

 5        Q    Looking at the same document, UPX467, on the

 6   second page, there's a header and there's a number of bullet

 7   points.  Do you see that?

 8             And this the Bates stamp ending 332.

 9        A    I do.

10        Q    Calling your attention to the top, you wrote, "Is

11   search ads more broken than ever in creating RPM?"

12             And you answer your own question by saying, "If

13   anything, I'd argue the opposite."

14             Do you see that?

15        A    I do.

16        Q    And let's look through each bullet point.

17             Targeting.

18             What is targeting?

19        A    So here I think it was in reference to the general

20   set of processes that match advertiser keywords to user

21   searches.

22        Q    You state, "Probably an area which still has a lot

23   of headroom, but capturing that headroom has proven very

24   challenging."

25             Do you see that statement?
```

1          A     I do.

2          Q     And we haven't defined this term yet.  Headroom,

3     would you agree, is the difference between what an

4     advertiser has bid on and the difference between the next

5     runner-up bid?

6          A     Not in this context, no.

7          Q     Okay.

8                How would you define "headroom"?

9          A     So in this particular context, what I would have

10    had in mind is there is a set of searches that people are

11    issuing on google.com that would be relevant to an

12    advertiser and the good or service that they're advertising.

13               And then there is a smaller set of searches that

14    an advertiser is likely matching in practice.

15               And so headroom here would be all of the searches

16    that people are issuing that would be good for an advertiser

17    to be matching against but in practice aren't for whatever

18    reason.

19         Q     So in your definition of headroom, it's that you

20    could have advertisers' ads appear in response to more

21    queries, simply put?

22         A     I think that's a fair characterization.

23         Q     The next bullet, Prediction Stack.

24               You state, "If anything, we may be generating too

25    much revenue versus too little."

1              Do you see that statement?

2    A    I do.

3    Q    And what's a "prediction stack"?

4    A    So these would be the collection of our systems

5    that try and predict quality, the PCTR, PLQ, and PCQ that

6    I've referenced in the past.

7    Q    And going to your last full sentence, "Within

8    ClickQuality, I think that the general belief is that we're

9    likely showing more low quality ads that we ought to not be

10   showing relative to high quality ads that are not making

11   their way through the auction."

12             Did you make that statement?

13   A    I believe that I did or it looks like I did.

14   Q    The next bullet, Auction/Pricing.

15             THE COURT:  I'm sorry.  What is -- can you explain

16   what "ClickQuality" is?  Is that a different group?

17             THE WITNESS:  Sure.

18             THE COURT:  If so, what do they do?

19             THE WITNESS:  Yeah.  So it's an overloaded term.

20             So here I was probably referencing a team whose

21   name is the click quality team.  That ClickQuality team are

22   the sort of like engineers/stewards of our landing page

23   prediction and creative quality prediction models.

24             THE COURT:  I see.

25             Just also to be clear, these bullets points are --

1    if I understand correctly, these are other areas where you

2    are suggesting improvements can be made to hit the

3    20 percent -- the 20 percent number?

4         THE WITNESS:  Yeah.

5         So I guess probably back when I was authoring this

6    paper, this was sort of my mental model for how the ads

7    quality team is organized.  There's teams that are doing

8    like keyword search matching.  There's teams that are

9    working on predicting quality.  There's teams that are

10   working on the auction.  There's teams that are working on

11   the look and feel of the ads.  And I was trying to provide

12   commentary on what kinds of opportunities might there be

13   within each team to innovate and how might those innovations

14   contribute either positively or negatively to the LT RPM

15   estimate.

16        So in the case of this prediction stack, final

17   sentence that we just read, you know, I think this was me

18   theorizing at the time that probably there was more

19   opportunity for us to identify lower quality ads that we are

20   showing that we should probably stop showing, relative to

21   high quality ads that we aren't showing but should.

22        And so, therefore, if as we improve quality, we'll

23   be taking away more ads than we're identifying to show, my

24   expectation would then be that you'd have a negative net

25   impact to revenue, and so therefore it would be a drag

 1   against an LT RPM OKR.

 2            THE COURT:  Okay.

 3   BY MR. DAHLQUIST:

 4       Q    To the next bullet point, Auction/Pricing, you

 5   state, "The general belief here is that there's more juice

 6   in getting prices right (higher) than in improving the

 7   allocation of ads."

 8            Did you make that statement?

 9       A    It appears that I did.

10       Q    The next bullet point, Ads UI.

11            And Ads UI is user interface, correct?

12       A    I'm sorry, what was that?

13       Q    Sir, the UI is user interface, correct?

14       A    Correct.

15       Q    And the bullet under Ads UI, you stated, "The

16   fraction of clicks going to ads on pages with ads climbing

17   ever higher and there is seemingly a real risk that we might

18   be approaching some asymptote for what is possible here.  If

19   anything, 100 percent of clicks going to ads is a clear

20   ceiling."

21            Did you make that statement?

22       A    It appears so.

23       Q    And let me make sure I understand that.

24            You were saying that the number of users that are

25   clicking on ads is climbing higher and higher every day,

1    agree?

2         A    No, I don't believe that's what I'm saying.

3         Q    You're stating that there is an asymptote which

4    would be 100 percent of clicks going to ads in response to a

5    user query?

6         A    That I think I'm saying as a, you know, the laws

7    of physics would only permit all of the clicks to go to ads

8    as a limit.

9         Q    You can't get more than 100 percent of clicks

10   going to ads, right?

11        A    That is correct.

12        Q    But you say you're reaching some asymptote, a

13   ceiling, that could reach to 100 percent, correct?

14        A    I'm not sure that's what I'm saying here.

15             I'm saying that we might be approaching an

16   asymptote.  I'm not declaring necessarily what that

17   asymptote is that we're approaching.  I only note that

18   obviously the numbers is never going to go above 100

19   percent.

20        Q    Thank you.

21             THE COURT:  In other words, there is some ceiling

22   that's less than 100?  I mean --

23             THE WITNESS:  That would be -- my expectation is

24   that it is unlikely to think we'll reach a point where users

25   are exclusively clicking on ads -- on searches that are

1    showing ads.

2            THE COURT:  Right.

3            THE WITNESS:  But I'm not sure what that number

4    may be in practice, just that there must be some upper bound

5    to it.

6            THE COURT:  Okay.

7    BY MR. DAHLQUIST:

8        Q    And, Dr. Juda, in this memo, UPX467, you reference

9    some of the external structural headwinds and internal

10   structural headwinds that you were facing that might not

11   allow you and your group to reach your 20 percent OKR.

12           Would we agree with that generalization?

13       A    That sounds right.

14       Q    Nowhere in this memo at UPX467 do you have any

15   mention of competitors, correct?

16       A    As in other search engines?

17       Q    Correct.

18       A    Or in other advertising platforms or?

19       Q    Nowhere in UPX467 do you mention other competitors

20   as a reason why you may not hit your 20 percent OKR revenue

21   goals, correct?

22       A    I'd have to read the document in full, but

23   certainly the parts that we've referenced to date, I haven't

24   seen such reference.

25       Q    It's a two-page memo; please take a minute to read

```
 1   it.
 2            And my question is, nowhere in your memo do you
 3   mention competitors as a reason why you will not hit your
 4   20 percent revenue goals?
 5       A    So there's some implicit references here to
 6   competitors and competition, but I agree it's not explicitly
 7   called out.
 8       Q    We're done with that document.
 9            Let's go to UPX465.
10            THE COURT:  I'm sorry, we're a little bit shy of
11   11:00, so why don't we go ahead and take a break before you
12   move to another document.
13            So why don't we -- we'll take about 15 minutes and
14   we'll resume a little bit after ten after 11:00.  Thank you,
15   all, very much.
16            MR. DAHLQUIST:  Thank you, Your Honor.
17            COURTROOM DEPUTY:  All rise.  This Court stands in
18   recess.
19            (Recess from 10:55 a.m. to 11:13 a.m.)
20            COURTROOM DEPUTY:  All rise.  This Honorable Court
21   is again in session.  Be seated and come to order.
22            THE COURT:  Please be seated, everyone.
23            Mr. Dahlquist, can I just ask where you see
24   yourself in your examination?
25            MR. DAHLQUIST:  That's a great question.  I've
```

1   been asking myself that question.

2          I conservatively have 45 minutes.  Hopefully I can

3   get it done in that.  So I certainly anticipate finishing

4   before lunch, I guess, is the goal.

5          THE COURT:  Okay.

6          MR. DAHLQUIST:  But I do have a little bit more

7   material, Your Honor.

8          THE COURT:  Why don't you proceed.  Thank you.

9          MR. DAHLQUIST:  Thank you, Your Honor.

10  BY MR. DAHLQUIST:

11    Q    Dr. Juda, welcome back.  If we could please turn

12  to UPX465.

13         The title is "Pitch on Adam Juda delivering next

14  level performance."  And let me know when you're there.

15    A    I am there.

16    Q    Okay.

17         UPX465 was a memo you wrote to your supervisor

18  looking for a promotion, would you agree with that very

19  general characterization?

20    A    That sounds right.

21         Probably more so like informing him on how to

22  advocate on my behalf.

23    Q    And at this time in February of 2020, who did you

24  report to; was it Mr. Tischler?

25    A    No, I believe at this point it was Darshan Kantak.

1          Q     And who does Darshan Kantak report to?

2          A     At the time, it may have been Shiv, Shivakumar

3    Venkataraman.

4          Q     Okay.

5                And let me ask.  Did you receive the promotion

6    that you advocated for yourself?

7          A     Eventually, yes.  That spring promotion cycle was

8    canceled on account of COVID complexities.

9          Q     Looking at UPX465, I'd like to ask you some

10   questions about it.

11               You say at the top, "You are the PM project

12   manager lead for the core ads quality, both search and

13   shopping."

14               Do you see that statement?

15         A     I do.

16         Q     And there you're referencing search, are you

17   meaning text ads?

18         A     I am.

19         Q     As well as search ads syndication.  What is search

20   ad syndication?

21         A     So one of the services that we provide as an ads

22   organization is third-party search engines can outsource to

23   us the display of ads on their website in response to intent

24   or queries.

25         Q     You hope to send search ads out to other search

1    engines who would contract with Google for the service,

2    correct?

3        A    Not only search engines, but yes.

4        Q    You state, "We manage and optimize the serving,

5    quality and pricing of the," and there's an X number in

6    there, "business that is search ads."

7            Do you see that?

8        A    I do.

9        Q    And I believe we talked about earlier, or I stated

10   that you recall the search ads business being over

11   $100 billion a year business, correct?

12       A    I recall saying that.

13       Q    The next statement that you made is "Over the past

14   five years, we have launched X percent of revenue innovation

15   per year on average, while additionally enabling a few

16   points of growth each year via companion pricing and tuning

17   launches of our sibling Ads UI team's work."

18           Do you see that?

19       A    I do.

20       Q    And earlier with the Court, we had a discussion of

21   you had a 20 percent OKR, or objective or key result,

22   correct?

23       A    Correct.

24       Q    And is this number here, which is redacted so

25   we're not going to read it, but would you agree that number

1    is the actual translation of revenue goal that came from

2    your 20 percent OKR?

3         A    No.

4              As alluded to by me using the word "innovation"

5    and not just revenue as a standalone term.

6         Q    Would you agree that over -- as you stated in this

7    memo in February of 2020 that over the past five years, you

8    launched X percent of revenue innovation per year on

9    average, agree?

10        A    Agree.

11             THE COURT:  I'm sorry, how would you distinguish

12   revenue from revenue innovation?

13             THE WITNESS:  Yeah.

14             So to me, the number here would be in like the

15   same units as that plus 20 percent long-term Rasta RPM

16   objective.

17             That number can be somewhat orthogonal from how

18   much additional revenue the company actually makes in

19   practice, so this isn't intended to necessarily mean me

20   making a statement like the such ads revenue that we report

21   to Wall Street was surely 9 percent higher than it otherwise

22   would have been, but it's rather just saying, with respect

23   to that 20 percent goal, you know, the number of percentage

24   share goes against that 20 point objective.

25             THE COURT:  So this percentage is a measure, if

4154

```
 1   one were to look at this number, it's to be measured against

 2   the 20?

 3              THE WITNESS:  The 20 percent, not against the

 4   amount of revenue that the company actually made.

 5              THE COURT:  Got you.  Okay.

 6   BY MR. DAHLQUIST:

 7      Q    And you agree that you -- I think we said earlier,

 8   your work in the search ads team, you believe you've helped

 9   to increase revenue at Google over the time?

10      A    Directionally, yes.

11      Q    At the bottom of the next paragraph states, you

12   describe yourself as one of the most prolific reviewers of

13   ads quality launches in history.

14              Would you agree with that statement?

15      A    I certainly did at the time.  It's now been three

16   years of people who've also been posting, so I'm not sure

17   what the comparison would be these days.

18      Q    So you also state that you spend an incredible

19   amount of time with tons of lawyers ensuring people

20   throughout the planet appreciate that we operate a clean and

21   law abiding product.

22              Do you see that statement?

23      A    I do.

24      Q    What is the reference that you spend a ton of time

25   with lawyers mean?
```

1          MS. WASZMER:  Objection, privilege.

2          MR. DAHLQUIST:  Sorry, I'm not -- let me withdraw

3     the question.  I'll move on.

4     BY MR. DAHLQUIST:

5          Q    Let's go to the next page.

6               Or, I'm sorry, staying on here, the next heading

7     is "Some major accomplishments" -- "some historical major

8     accomplishments," to be specific.

9               Do you see that heading?

10         A    I do.

11         Q    The last sentence in this first paragraph here

12    states, "I was the project manager of the LTV project,

13    whereby we explicitly incorporated other quality signals

14    into the ranking function and which has subsequently spawned

15    several billions dollars per year of further improvements."

16              Do you agree with that statement?

17         A    So it's probably a bit incomplete because I would

18    still say it's referring to the Rasta RPM goal rather than

19    explicit Google revenue; otherwise, I still buy that.

20         Q    Sir, on UPX465, which is a memo you drafted on

21    February 2020, correct?

22         A    It appears so.

23         Q    And you state that you're the project man of the

24    LTV project right there, correct?

25         A    Yes.

1    Q    Would you agree that the LTV project subsequently

2    spawned several billions dollars per year of further

3    improvements?  Yes or no?

4    A    As measured in RPM OKR terms or as measured as

5    realized revenue reported to main street by the company?

6    Q    I'm using your words.

7         Do you agree that in February of 2020, when you

8    wrote this memo, you stated that "As the project manager of

9    the LTV project, you helped to spawn several billion dollars

10   per year of further improvements"; yes or no?

11   A    So I agree that's what this document says.

12   Q    Thank you.

13        If we go down.

14        And they're incorporating the impact of formats

15   into the auction.

16        Do you see that heading?

17   A    I do.

18   Q    And, again, these numbers are redacted.

19        Let me try to expedite this.

20        Let's go down to the last line of that.  You're

21   talking about an ads formats.  An ad format was a launch

22   that was made to the ad auction process, correct?

23   A    Can you repeat the question?

24   Q    Certainly.

25        Google and your group, the ads quality group, made

1    a number of launches that impacted the ads format to the

2    search ads auction process, correct?

3        A    I'd probably describe it more as incorporating

4    formats into the auction, rather than necessarily impacting

5    the formats themselves.

6        Q    And the last sentence of this document, UPX465, in

7    this paragraph states, "Since that launch, several billion

8    dollars per year of additional revenue has been generated by

9    pairing Ads UI launches with pricing adjustments (where to

10   my team's credit, the pricing mechanisms have improved since

11   the original launch)."

12            Did you make that statement?

13       A    It appears that I did.

14       Q    The next paragraph has a heading of "FTC versus

15   1-800 contacts."

16            Do you see that heading?

17       A    I do.

18       Q    Towards the bottom, you state that you're also "a

19   contributor to Google's original defense to the DOJ on

20   antitrust concerns Project Eagle."

21            Do you see that statement?

22       A    I do.

23       Q    Sir, what is Project Eagle?

24       A    So that was the internal reference to -- and it

25   was probably the FTC rather than DOJ -- investigation into

1   Google many years ago.

2          MS. WASZMER:  And, counsel, here I'm just going to

3   object to further questions if they would elicit privileged

4   information.

5          MR. DAHLQUIST:  I am moving on.

6   BY MR. DAHLQUIST:

7     Q    To next page, please, sir, Bates stamp ends 455.

8   Up at the top, the first full paragraph has the header,

9   "Keeper of many skeletons within ads."

10         Do you see that heading?

11    A    I do.

12    Q    What do you mean by "you're the keeper of many

13  skeletons within ads"?

14    A    So there's many aspects of the ads system that are

15  relatively thankless and grungy tasks, but it's important

16  that someone pay attention to them and continue to be their

17  steward.  And I was the steward of such thankless tasks.

18    Q    And I think the next topic, we're going to ask you

19  about one of those.

20         Are you familiar with a proposal at Google called

21  "Incognito"?

22    A    I'm not sure of the name of the proposal was

23  "Incognito."  I certainly am familiar what, like, an

24  incognito mode is.

25    Q    Okay.

1          Let's go down to the next -- another paragraph on

2     this same document.

3          Actually, it's on next page, top of the next page

4     that ends 456.

5          The first full paragraph with the heading

6     "Incognito."

7          You state that you've been "collaborating with the

8     search team on their incognito ambitions."

9          Do you see that statement?

10    A     I do.

11    Q     And was Incognito a proposal at Google to have

12    more privacy at Google?

13    A     That's not my recollection of what the effort was.

14    Q     We'll get to a document that'll provide some more

15    specificity.

16          But while we're on this one, you helped define

17    that "the privacy initiative at Google would potentially

18    cost Google billions per year in revenue."

19          Do you see that statement?

20    A     I do see that statement.

21    Q     And you credit, in this memo where you're seeking

22    a promotion, your efforts from -- efforts that would have

23    cost Google billions to which "ultimate user needs and

24    impact Google Search ads by revenue only" -- and it's

25    X number right there.

4160

1          Do you see that statement?

2     A    I do.

3     Q    You helped to work with the team on Incognito to

4   scale it back in order to make it less of a lower revenue

5   impact on Google, correct?

6     A    That's not how I would characterize my

7   contribution.

8     Q    In 2019, would you agree that Google considered an

9   Incognito Proposal that would have applied across all Google

10  properties at a server level?

11    A    I'm not sure.  I'd have to look at the

12  documentation to know.

13    Q    We can do just that.

14         If we can please -- I think we're done with this

15  document.  And go to UPX811, which should be in your binder.

16         And on this one, we're not going to focus on

17  email, we're going to go right to the attachment which

18  starts at 4407.

19         And, sir, do you agree that -- do you recognize

20  this presentation as part of the Incognito project at Google

21  at UPX811?

22    A    I don't immediately recall it.  It seems

23  plausible.

24    Q    And if we can turn to the next page, Bates stamp

25  ending 4420, I think this one might be redacted so we'll be

1    cautious but I'd like to ask you some questions about it.

2          Well, here -- actually, let's do this first.

3    Let's start earlier at 4408, which is the first page after

4    the title page.

5          And you see the heading is Product Proposal.

6    That's what we can share today.  Do you see that heading?

7    A    I do.

8    Q    And under Product Proposal, there were a number of

9    bullets there, and we won't read any of them specifically,

10   but it was a proposal where Google would have collected

11   significantly less data from users.

12         Would you agree with that?

13   A    Not necessarily.

14   Q    In the Incognito Proposal, Google would is

15   implemented it on the server side of Google, not only

16   limited to Chrome; isn't that correct?

17   A    I'm not sure.

18   Q    Google's Incognito Proposal was never implemented

19   to the best of your knowledge; is that correct?

20   A    I mean, so we have an incognito mode.  I forget

21   what, if any, changes to the incognito mode were made in

22   response to this proposal.

23   Q    And the incognito mode is a mode on Chrome,

24   correct, that a user can select?

25   A    Certainly, the Google Chrome incognito mode is.

4162

 1    I believe there's other web browsers that also have

 2    variations of that functionality.  It may not be called

 3    incognito everywhere.

 4         Q    I'm focused on the Google product.  There's an

 5    incognito mode on Chrome, correct?

 6         A    Correct.

 7         Q    The proposal -- the privacy proposal in front of

 8    you is more, in addition to what is available on Google

 9    Chrome in the incognito mode, agree?

10         A    I'd probably characterize maybe more different

11    than in addition.

12         Q    So it's more different than what is currently

13    available in Chrome incognito mode, agree?

14         A    Agreed.

15         Q    And as part of this proposal, let's go to the

16    original page I was sending you to, 4420.

17              So we're at UPX811, Bates stamp 4420.  And, again,

18    this is confidential and redacted so we're not going to call

19    any specifics.

20              But there, Google compares itself to another

21    search engine.  Do you agree with that?

22         A    I'm not sure if this is a search engine or a

23    browser comparison.

24              MR. DAHLQUIST:  And, Your Honor, can I say the

25    name?

1            Your Honor, I would request permission to identify

2    the other entity that is on this page.

3            Google, I don't know if they have an objection to

4    that?

5            MS. WASZMER:  I think you can ask him the question

6    of the name.  I just don't -- the content below it is

7    redacted.

8            MR. DAHLQUIST:  I won't go into the content,

9    Your Honor.

10           THE COURT:  Okay.

11   BY MR. DAHLQUIST:

12       Q    Sir, on UPX811 is Google comparing itself to

13   DuckDuckGo?

14       A    That appears to be the case.

15       Q    And Google is comparing the privacy proposal at

16   Google, which is proposed in a UPX811, against what

17   DuckDuckGo, at least, was as of that day.  Do you agree with

18   that?

19       A    That's my read of the slide.

20       Q    And there's -- without going into specifics,

21   there's five boxes and DuckDuckGo is checked on all the

22   boxes, agreed?

23           MS. WASZMER:  Counsel, objection.  You're going

24   into confidential material now.

25           MR. DAHLQUIST:  Okay.  Let me try to restate the

1    question.

2            Your Honor, I guess I'd like a ruling on the

3    confidentiality of this document and how far I can go.

4            On behalf of the United States, we don't believe

5    this document, certainly not the checkboxes, should be

6    confidential.

7            THE COURT:  So, I'm sorry, can we be more

8    specific?  When you say "document," it's a very long

9    document.

10           MR. DAHLQUIST:  Certainly.

11           Understood, Your Honor.

12           I'll reference a specific page, UPX811, Bates

13   stamp 4420.

14           We understand there's a number of product

15   proposals which were never implemented, and I don't need to

16   disclose those.

17           THE COURT:  So you want to just refer to the box?

18           MR. DAHLQUIST:  I want to refer to the boxes,

19   correct, Your Honor.

20           MS. WASZMER:  Your Honor, the reason this was

21   redacted is it describes Google's proposed product design as

22   compared with other companies, which is highly confidential

23   and sensitive.

24           It is at the core of product design that the

25   company considered.

1              THE COURT:  Right.

2              But these are fairly basic -- the box -- these

3     titles that are in the first line -- you know, the first

4     column don't seem to me to be the kind of thing that is sort

5     of a trade secret of Google's.  I mean, these are fairly

6     high level --

7              MS. WASZMER:  Your Honor, this was a product

8     design that has not been disclosed outside of the company

9     that was considered.

10             THE COURT:  No, I understand that.

11             But this is just a comparison of the two products

12    at the time.  If you want to not -- if the last column is a

13    concern, then I'm not sure what the first three columns, why

14    that's an issue.

15             MS. WASZMER:  Your Honor, the first three columns

16    include information about Google's proposal.  You see,

17    Google is one of the columns.  And there's features on the

18    left-hand side.  There's checkboxes that reflect the

19    company's discussion of what it was considering.

20             THE COURT:  I'm maybe not reading this.

21             You've got features in column 1, DuckDuckGo;

22    whether it has those features or not in 2; whether

23    presumably Google at this point in time, when the document

24    is written, has those features or not.  And then column 4 is

25    what Google would look like with the -- if the proposal were

4166

1    implemented.

2            MS. WASZMER:  Correct, Your Honor.  That's the

3    part that I'm talking about is the proposal.

4            THE COURT:  Right.

5            And I'm saying, I don't think he's getting into

6    the proposal.

7            MS. WASZMER:  If counsel would like to ask about

8    what features another search engine has, there's no issue.

9            THE COURT:  Well, look, I -- what do you propose

10   to get into, Mr. Dahlquist?

11           MR. DAHLQUIST:  I'm trying to establish

12   Your Honor, that -- one, that Google compared itself to

13   DuckDuckGo, so I think we've got that.

14           THE COURT:  Right.

15           MR. DAHLQUIST:  And, two, that Google was lacking

16   in multiple of these features as of the time of this

17   proposal, and Google ultimately decided to not implement a

18   feature which would have matched many of those same

19   elements.

20           MS. WASZMER:  Your Honor, if he wants to ask the

21   witness those questions, I have no issue.  It's really he

22   just doesn't need this slide to do it.

23           MR. DAHLQUIST:  Well, I can certainly start as a

24   minimum predicate that, Your Honor.

25           But I would -- I respectfully submit even the

```
1    titles in the box --

2              Sure.

3              THE COURT:  Let's do this.

4              I think the box is fine; the chart is fine.  It is

5    not the kind of thing that it seems to me weighing the

6    factors I have to -- I mean, if the point here is that

7    Google contemplated a particular set of features, and in

8    doing so, it was comparing itself against what we now know

9    to be DuckDuckGo, and it made certain decisions about

10   whether to implement those features or not, that at least,

11   in this context, sort of goes to the core of the case.

12             We're not talking about the level of detail that's

13   on the left side of the slide.  So if just the box can be

14   shown, then that is fine.  I don't think that is -- that

15   does not rise to the level of something that, in my view,

16   needs to be sealed.

17             MR. DAHLQUIST:  Thank you, Your Honor.

18             MS. WASZMER:  We understand, Your Honor.

19             MR. DAHLQUIST:  We don't have this slide prepared

20   to display publicly.

21   BY MR. DAHLQUIST:

22       Q    Sir, just focusing on, not on any of the detail

23   under product proposal, the chart on the right-hand side,

24   there's five boxes there, and that DuckDuckGo checks every

25   one.  Let's just run through a couple of them.
```

1          On the first one, DuckDuckGo doesn't save IP

2    addresses, correct?

3      A    My arm's length understanding is that it's a

4    little bit complicated due to DuckDuckGo's relationship with

5    Bing and what kind of information goes back and forth

6    between those two parties.

7      Q    Looking at UPX811, on page 4420, solely at the

8    chart, in this presentation, stated that Google -- that

9    DuckDuckGo doesn't save IP addresses, correct?

10     A    I agree that's what this slide reflects, though

11   I'm not actually convinced that's factually accurate.

12     Q    And has a box that says for Google has an X, it

13   says, "Eventually expires."

14          Do you see that?

15     A    I do.

16     Q    And under this proposal, it would have been a

17   check that Google would not have saved IP addresses,

18   correct?

19     A    I guess all I can say is that the slide contains a

20   check.  It's relatively unexpressed regarding what the check

21   implies.

22     Q    Okay.

23          And we'll get to it in a minute.  You did a whole

24   analysis of the Incognito program, and that's the next

25   document we're going to get to, but let's focus here on this

1    chart.

2              The next box says "Doesn't save user agent."

3              Do you see that?

4              There's a check next to DuckDuckGo that they don't

5    save user agent.  Agree?

6       A    I agree there's a check there.

7       Q    And Google has an X meaning that it does save user

8    agent.  Agree?

9       A    I agree there's an X there.

10      Q    And, sir, do you have an understanding -- do you

11   agree that Google, as of this time, does save user agent

12   data?

13      A    I'm not sure what we're saving or not saving at

14   the moment.

15      Q    Okay.

16              And under this -- it says, "With this proposal --"

17   it would have been a check.

18              THE COURT:  Can I interrupt, please?

19              What does "user agent" mean?

20              THE WITNESS:  So what comes to my mind for user

21   agent is various metadata that a browser would be expressing

22   to a server when issuing a search.  So it might say

23   something like Chrome Version 10 on a Windows 95 machine

24   might be the user agent.

25              THE COURT:  Okay.  So it's technical information?

1          THE WITNESS:  Technical information, usually about

2    the state of the user's machine.

3          THE COURT:  Okay.  Thank you.

4    BY MR. DAHLQUIST:

5      Q    And under the Incognito Proposal, Google would not

6    have retained that information, agree?

7      A    So the table just says a check.  I'm not sure what

8    was necessarily proposing regarding the information.

9      Q    The third column is "Doesn't save cookie ID."  See

10   that?  It says DuckDuckGo doesn't save cookie ID, agree?

11     A    That's what the slide says.

12     Q    Under Google it has a red X again, that Google

13   saving a cookie IDs eventually expires.

14          Do you see that?

15     A    I do see that.

16     Q    And under the proposal would have been a check

17   that Google wouldn't have saved cookie IDs?

18     A    I see the check.

19     Q    And then the next two boxes, DuckDuckGo and Google

20   are aligned.  There's two things that DuckDuckGo does that

21   even under current but under a proposal, Google does do,

22   agree?

23          And I almost need new glasses to read it all.

24     A    Yeah, I mean, so I see some pseudonymous

25   references, as well as some personalization controls that

1    are being referenced.

2        Q    Sure.

3        A    So I see sort of just a lot of checks on that

4    side.

5        Q    It's a check minus, correct, to be more specific?

6        A    The graphic is a check minus.

7        Q    Okay.

8             And under the proposal, the Incognito Proposal

9    would have gone with to a clear check, correct?

10       A    The check is a standalone, yes.

11       Q    All right.  Let's move to a document that you

12   actually wrote and will have maybe a little more information

13   on.

14            UPX9.

15            It's entitled, "Ads PA ramifications of

16   Incognito++."  It says, "Adam, 'drawer of short straw'

17   Juda."

18            Is this a document you wrote?

19       A    Yes.

20       Q    And before when you were talking about keeper of

21   skeletons is this perhaps one of the examples of things that

22   you were a drawer of the short straw on?

23       A    So it wasn't in that same section, but probably it

24   shares some of the characteristics of things that were in

25   that section.

1      Q    And this is a proposal that you created, correct?

2      A    I would have to look through the entire deck, but

3   I suspect it's something to which I largely contributed.

4      Q    And so as we talked about before, the Incognito

5   Proposal would have blinded the IP addresses from users,

6   similar to DuckDuckGo, correct?

7      A    So, again, I think the comparison at DuckDuckGo

8   here is challenging given their partnership with the third

9   party.

10     Q    Let's turn to -- and a lot of this is still

11  confidential, but let's go to the third page, I think, Bates

12  stamp ending 4470.

13          It starts, one summary -- "One slide summary of

14  what follows."

15          Do you see that?

16     A    I do.

17     Q    And when you wrote this document in UPX9, you

18  stated that, "If Incognito actual adoption," and that number

19  is percent, "is less than X, the monetary impact is likely,

20  again, X, per year, (perhaps well less)."

21          Do you see that number?

22     A    I do.

23     Q    And so you had an estimate of what an actual

24  adoption -- a prediction of what an actual adoption of full

25  Incognito might be, correct?

1      A    I would probably describe this less as a

2   prediction and more as a case analysis of a number of

3   different scenarios.

4      Q    Okay.

5           You ran a case analysis.  You analyzed what the

6   Incognito Program, if implemented, would have on Google,

7   agree?

8      A    So Incognito mode already existed, so there was an

9   Incognito mode with a certain level of adoption that was

10  already estimated by us.

11          So this is asking more of a hypothetical of, if

12  people were to use Incognito at this rate under the

13  proposal, what might the impact be.

14     Q    But this is a proposal of Incognito++.  This is

15  taking the current Incognito to a different level.  Agree?

16     A    So I guess I wouldn't necessarily describe this as

17  levels of Incognito, but, rather, what would have happened

18  if Incognito mode functioned differently than it does today,

19  or did at that time.

20     Q    You stated that if the adoption was X percent,

21  that it would have an impact of, and I think from back to

22  your memo, we can say this word, not the actual number, but

23  it would cost billions of dollars to Google, correct?

24     A    So the slide here expresses an inequality, where

25  it's noting less than rather than providing an absolute

1    estimate.  So that would be an upper bound on the impact,

2    not necessarily a best effort estimate.

3        Q    Okay.

4             And then the next bullet point you say,

5    "If Incognito adoptions become mainstream," right -- and

6    that's a much larger view than what your first bullet point

7    was, correct?  Mainstream would be more, do we agree with

8    that?

9        A    I agree.

10       Q    "Monetary impact could be X percent as a lower

11   bound."

12            Do you see that statement?

13       A    I do.

14       Q    And that number is a magnitude -- is significantly

15   higher than your number in the first bullet point.  Agree?

16       A    For some definition of significant.

17       Q    It's still billions of dollars, but it's more

18   billions of dollars than in the first bullet point.  Agree?

19       A    I agree.

20       Q    If Incognito mode, as proposed in your memo on

21   UPX9, was implemented, it would have significantly harmed

22   Google's revenue.  Agree?

23       A    I think that's hard to surmise depending on the

24   time frame over which one applies it.

25       Q    If Google had implemented Incognito mode has

1    proposed in UPX9, Google would have been limited in

2    opportunities to serve search ads and earn revenue.  Agree?

3        A    Not necessarily.

4            And I think the ads that we serve might have been

5    different.  I'm not sure we would have forwent the

6    opportunity to be able to serve ads.

7        Q    Let's go to another document.

8            You're familiar -- so we're done with that

9    document.  Thank you, sir.

10            You're familiar with the search ads auction launch

11    called rGSP.  Agree?

12        A    I am.

13        Q    And rGSP stands for randomized general second

14    price auction.  Correct?

15        A    I usually refer to it as generalized rather than

16    general, but, yes.

17        Q    If we can go to UPX1045, which should be in your

18    binder.

19            And try to expedite this.

20            Let's go to Bates stamp 3390.

21        A    I'm sorry, can you please repeat the UPX number?

22        Q    Of course.

23            So UPX1045.

24        A    Okay.

25        Q    And we're going to the -- skipping the email,

```
1    going to the -- one of the title pages of the deck, Bates

2    stamp 3390.

3         A    Thank you.  I've now found it.

4         Q    The title is "rGSP AQ ER."  Do you see that?

5         A    I do.

6         Q    And AQ ER stands for ads quality engineering

7    review?

8         A    It does.

9         Q    rGSP was a launch that was incorporated into the

10   Google ad auction in around 2019; is that correct?

11        A    Seems right.

12        Q    And rGSP is still running in the Google ad

13   auction today, correct?

14        A    That is correct.

15        Q    And there's a lot of complexity here, but let's

16   try to simplify this.

17             Slide deck 3393, we'll turn a couple pages in,

18   says "In a nutshell."

19             Do you see that slide?

20        A    I do.

21        Q    So "In a nutshell, rGSP introduces a probability

22   of swapping between two ads when the LTV scores are close."

23             Do you agree with that statement at a high level?

24        A    At a high level, I do.

25        Q    "rGSP introduces the probability that the top
```

1   two ads, ad positions on a SERP can be switched."  Agree?

2       A    Agreed.

3       Q    The second bullet states -- and it's when they're

4   close, agree, as stated here?  When the ultimate LTV scores

5   of those two ads are close, they can be swapped?

6       A    As a general description, that's what's being said

7   here.

8       Q    The second bullet says, "Where FP," which is

9   format pricing, correct?

10      A    Probably.

11      Q    "Where format pricing defined a click cost curve

12  by selling uplift, rGSP defines a click cost curve by

13  selling a winning probability."

14           Do you see that statement?

15      A    I do.

16      Q    As part of rGSP, Google is selling not only the

17  LTV but selling a winning probability.  Would you agree with

18  that?

19      A    Not necessarily.

20      Q    RGSP swapping only happens when LTV scores are

21  close.  So an advertiser can increase its bid to avoid being

22  swapped.

23           Would you agree with that?

24      A    It's not the only mechanism by which swapping

25  could be avoided, but it is one of them, yes.

1    Q    And all else being equal, how much higher would an

2    advertiser need to bid in order to exceed the next closest

3    bid and avoid swapping under rGSP?

4    A    I don't recall the magnitude.

5    Q    Is it 2X or 3X?  Do you recall?

6    A    I don't recall.  We'd have to look at

7    documentation.

8    Q    Would you agree that a bidder -- the next bidder

9    needs to bid 3.7 times higher in order to avoid swapping

10   under rGSP?

11   A    I'm not sure.

12   Q    Do you think that's probable?

13   A    I wouldn't go as far as to say probable.  I'd say

14   possible.

15   Q    And to get into the nitty-gritty a little more,

16   rGSP applies an exponential factor the PCTR term that is

17   part of the LTV function.  Agree?

18   A    Can you repeat the question?

19   Q    Certainly.

20        rGSP is a mechanism that applies an additional

21   exponentially factor to the PCTR term within the LTV ad

22   auction function?

23   A    I disagree.

24   Q    What -- think back to the simplified LTV equation.

25   LTV equals bid times PCTR minus beta.  Agree?

1              Where does the rGSP exponent apply in that

2      equation?

3          A     There is no rGSP exponent.

4          Q     All right.

5              Let me ask this very simple question:  Would you

6      agree that rGSP applies to an exponential factor to a

7      subset of the PCTR terms within the auction ranking

8      function?

9          A     No.

10         Q     If you can please turn to your deposition,

11     October 14th, 2021, page 53, line 12.  Let me know when

12     you're there.  October 14, 2021, page 53, line 12, through

13     53, line 17.

14         A     Okay.

15         Q     Sir, were you deposed on October 14th and were you

16     asked the following question and give the following answer?

17              "What does rGSP do?  Strike my question about

18     impact.  What does rGSP do?

19              "Answer:  rGSP applies an exponential factor to

20     a subset of the PCTR terms within the auction ranking

21     function."

22              Were you asked that question?  Did you give that

23     answer?

24         A     It looks like I was asked that question.  It looks

25     like I provided that answer, but it also looks like I

1    confused "launches" when providing that answer.

2         Q    Let me -- and we're done with the deposition.

3         A    Okay.

4         Q    Let me try to take a step back.

5         A    Sure.

6         Q    The rGSP changes the ad auction LTV equation,

7    agree?

8         A    No.

9              There's another launch that I think we were

10   discussing during the deposition that does such.

11        Q    rGSP is still running today, agree?

12        A    Agreed.

13        Q    Let's turn in the same document to page 3412.

14             And rGSP has the --

15        A    I'm sorry.  Which UPX are we looking at?

16        Q    Certainly.

17             We're still in the same UPX, UPX1045, and the

18   Bates number is 3412.

19        A    Okay.

20             I'm there.

21        Q    Within the ads quality team, the rGSP was given

22   the code name, "Polyjuice."  Do you agree with that?

23        A    Seems plausible.

24        Q    And do you understand that Polyjuice is a Harry

25   Potter reference?

4181

1        A    Correct.

2        Q    I have daughters and during COVID, we read all of

3    the books so I am very familiar with this, unfortunately.

4             Polyjuice, in Harry Potter, is a magic potion that

5    allows someone to disguise themselves as someone else.

6    Would you agree with that?  Do you know that?  Do you know

7    what the Harry Potter reference to Polyjuice is?

8        A    I did read all the books.  I can't say I committed

9    to memory every single function of each magical item.  What

10   you're describing sounds plausible to me.

11       Q    I didn't memorize all the potions either, but I

12   remember that one.

13            As of 2019, when rGSP was being tested, did your

14   team -- wait.  Let me strike the question.

15            As of 2019, when rGSP was being tested, your

16   team did not see any evidence that rGSP led to better

17   quality of ads.  Do you agree with that?

18       A    I'm not sure.  I'd have to look at the data to see

19   that.

20       Q    Okay.

21            In this same document, we're going to go back to

22   the front of the email so UPX1045, first page.  This is a

23   summary of meeting notes from October 17, 2019, and it looks

24   like you were one of the attendees at this meeting.

25            Do you see that?

4182

1      A    I do.

2      Q    If we can go to the second page that ends Bates

3   stamp 4064, there's a couple comments here, one, two,

4   three -- the fourth comment down is from somebody that,

5   I think, you've referenced before as Shiv?

6      A    Correct.

7      Q    And Shiv asks, "Does exploration lead to better

8   quality?"  And the answer from another one of your team

9   members is "Haven't seen that it does."

10          Do you see that?

11     A    I do.

12     Q    And do you agree that as of 2019 when rGSP is

13  being tested, your team did not see that any evidence that

14  rGSP led to better quality of ads, correct?

15     A    I'm not sure.

16     Q    Okay.

17          However, rGSP did result in price increases

18  across all ads on Google, correct?

19     A    Incorrect.

20          My recollection is that rGSP resulted in a

21  decrease in costs per click for roughly 40 percent of the ad

22  clicks.

23          MR. DAHLQUIST:  Your Honor, if I may approach?

24  BY MR. DAHLQUIST:

25     Q    Sir, I've handed you a document that's marked

4183

1    UPX1046.

2              And this document is confidential, so we won't be

3    able to show it up on the screen.  But I'd like to ask you a

4    question or I'd like to call your attention.

5              UPX1046.

6              MR. DAHLQUIST:  And I think, Your Honor, this is

7    the same topic we've been talking about.  So with your

8    permission, can I read the title?

9              THE COURT:  Any objection?

10              MS. WASZMER:  No objection.

11              THE COURT:  All right.

12   BY MR. DAHLQUIST:

13       Q    UPX1046 is entitled "Impact of Polyjuice rGSP

14   launch on call ads and formats."

15              Do you see that?

16       A    I do.

17       Q    In the first full paragraph -- or at the bottom,

18   the last full paragraph under the heading "Call Only Ads."

19   Do you see that heading?

20       A    I do.

21       Q    There's a sentence towards the -- the

22   second-to-last full sentence that starts, "While the."

23   Do you see that?

24       A    I do.

25              Can I please read the entire paragraph just to

4184

```
 1   acquire some context?

 2        Q    Of course.  Please.

 3        A    Thank you.

 4             Okay.

 5        Q    And let me re-ask my question then in reference

 6   while you're looking at 1046.

 7             Would you agree that rGSP resulted in a price

 8   increase across all ads?

 9        A    I do not.

10        Q    All right.

11             Sticking on the same topic of rGSP, let's turn

12   to UPX59.

13        A    Okay.  I'm on UPX59.

14        Q    You're faster than me.

15             UPX59 is entitled "Randomization we can explain to

16   advertisers."

17             Do you see that heading?

18        A    I do.

19        Q    Here, this is a reference to randomization is

20   rGSP.  Do we agree on that?

21        A    I'm not sure based only on that title.

22        Q    Okay.

23             If you look at the memo, I think the memo here

24   you're talking about rGSP, maybe some others as well, but,

25   at a minimum, you're talking about rGSP.
```

1           Let me look -- let's talk about the -- let's see.

2   What is confidential in this one?

3           MR. DAHLQUIST:  Ms. Gatas-Johnson, could you pull

4   out for a minute, is the first -- okay.  Great.  Thank you.

5   BY MR. DAHLQUIST:

6      Q    Under "Background," let's look at the first full

7   sentence.

8           States, "There are few important metrics to

9   advertisers we need to be cognizant of if we want to launch

10  randomization (and especially if we aim to use these as a

11  way to replace format pricing)."

12          Do you see that statement?

13     A    I do.

14     Q    Do you now agree that randomization relates to

15  rGSP?

16     A    It's plausible.

17     Q    In this memo, your team discussed how to explain

18  rGSP to advertisers, correct?

19     A    Maybe.

20     Q    Let's go -- stay on the first page, about middle,

21  there's a heading "What are some relevant things" with a

22  couple bullets below it.

23          Do you see that?

24     A    I do see that section.

25     Q    States, "What are some relevant things that we

1    communicate?"

2            The first bullet point, "The ad with the highest

3    ad rank gets the highest position, auction position."

4            Do you see that statement?

5    A    I do.

6    Q    The second bullet says "NB."  Do you know what

7    "NB" stands for?

8    A    Oh, I think it's some Latin.  I forget what it

9    stands for, though.

10   Q    It states, "We used to say, 'you pay the minimum

11   to beat the runner-up' but now we just say that your CPC is

12   based on your competition and the ad rank threshold.  This

13   gives us freedom to do things like config pricing."

14           Do you see that statement?

15   A    I do.

16   Q    And would you agree that config pricing is another

17   type of launch at Google?

18   A    Immediately coming to mind is more configuration

19   auctions than a concept of configuration pricing so I'm not

20   necessarily sure about that term itself.

21   Q    Configuration pricing is part of the search ads

22   auction.  Would you agree with that?

23   A    It might be an outcome ramification of the

24   configuration option but, even of that, I'm not entirely

25   confident.

1      Q    And thanks to my team who just handed me a note

2   that NB is perhaps nota bene.  It means not well.  Do you

3   agree with that?  Or note well, meaning, like, well noted?

4      A    Yes, so it sounds like it's probably "please

5   note."

6      Q    Please note?

7      A    Is probably the vernacular interpretation for

8   that.

9      Q    Let's turn to the second page where there's a

10  comment that you made.

11          And I should have asked -- I mean -- well, you'll

12  see in a minute.  I believe you commented on this memo.

13  Do you agree with that?

14      A    It's conceivable.  It's been a while.

15      Q    I agree.

16          And I'd like to -- on the second page, under the

17  heading, "What are some other important considerations" --

18  and I know this is small print so it's probably using the

19  paper copy is best.

20          Do you see the heading "What are some important

21  considerations."  And I want to talk about the last two

22  bullets in that section.

23          And maybe we can pull up together with comment 22,

24  which I believe is your comment.  Do you see both of those?

25      A    Could I take a moment to review?

4188

1     Q    Of course.

2     A    I don't see an attribution on comment 22 so I'm

3    not necessarily sure who definitively authored it.

4     Q    I think in your deposition you agreed that this

5    was something you most likely said.  I can show you that if

6    you'd like.

7     A    I'm happy to believe you that that was what was in

8    the deposition.

9     Q    Looking under this, what are some other important

10   considerations, the bullet on the screen in front of you,

11   with reference to UPX59 states, "Easy to tune with the

12   ability to raise prices (shift the curve upwards or make it

13   steeper at the higher end) in small increments over time,

14   (aka 'inflation')."

15          Do you see that?

16    A    I do see that.

17    Q    And do you agree that rGSP gave Google ability to

18   raise prices in small increments over time?

19    A    Not necessarily as reflected by the large

20   parenthetical that's trying to clarify what that thing is

21   trying to say.

22    Q    The next bullet on UPX59 states, "We don't want to

23   have to stay 'We randomize' – that will have perception

24   problems."

25          Do you see that?

4189

1          A    I do.

2          Q    And this is the element that you gave a comment

3    to, I believe, and you have comment 22, and this is your

4    statement, I believe, "If we say things like 'We run an

5    auction focused on clicks' – we give the most expected

6    clicks to the highest ranked advertiser, and so on, then,

7    yes, I think we can tell a good story."

8               Do you see that statement?

9          A    I do.

10         Q    And do you agree you made that statement?

11         A    It sounds like a previous instance of me said that

12    I did.

13              I at the moment don't have a recollection of

14    saying so.

15         Q    Okay.  I'll take that as a yes.

16              Your next statement, "If I have to say we randomly

17    disable you if you don't bid high enough, then I'm going to

18    have another bad year at GMN, wink emoji."

19              Do you see that?

20         A    I do.

21         Q    And GMN is what?

22         A    I believe that acronym was Google Marketing Next.

23         Q    And you supported a message to advertisers that

24    would be the ad auction runs and we give the most clicks to

25    the highest rank advertiser.  Correct?  That's what you're

1    saying if we say things like that?

2        A    So it appears that I'm making a hypothetical

3    conjecture here where I say, if we say things like.

4        Q    And you had a wink emoji because you knew that

5    giving that message, "if we randomly disable you," your

6    statement wouldn't be entirely correct, right?

7            Let me withdraw the question.  Let me state a

8    better question.

9            You were worried about what you would tell

10   advertising customers at the next GMN meeting on how to

11   explain rGSP.  Agree?

12       A    I'm not sure that's what I can infer from this

13   comment.

14       Q    And you added a wink emoji because you knew that

15   your proposed messaging, being proposed by you and the team,

16   was not entirely accurate.  Agree?

17       A    No, that's not my interpretation of this comment

18   as I read it today.

19       Q    Okay.

20            Your Honor, if I can have a minute.

21            THE COURT:  Sure.

22            (Plaintiff's counsel conferred off the record.)

23   BY MR. DAHLQUIST:

24       Q    Sir, we just made a reference here to GMN.

25   Is that Google Marketing Next?

4191

```
 1        A    I believe so, yes.

 2        Q    And is that a forum where you engage and speak to

 3   advertisers?

 4        A    Varies on the year in terms of how active of a

 5   participant I am, but it is such a forum in general.

 6        Q    And you've attended GMN before, correct?

 7        A    I believe so, yes.

 8             MR. DAHLQUIST:  Your Honor, no further questions

 9   at this time.

10             THE COURT:  All right.  Mr. Cavanaugh, anything

11   from States?

12             MR. CAVANAUGH:  No questions, Your Honor.

13             THE COURT:  Ms. Waszmer.

14             MS. WASZMER:  Your Honor, we're just going to take

15   a minute to switch up.  Thank you.

16             (Pause)

17             MS. WASZMER:  And, Your Honor, before we get

18   started, we're just going to pass out some binders with a

19   hard copy of demonstratives that we'll show on the screen.

20   None of it's confidential.

21             May I approach?

22             THE COURT:  You may.

23

24

25
```

4192

1                          - - -

2                    CROSS-EXAMINATION

3   BY MS. WASZMER:

4       Q    Okay.

5            Dr. Juda, nice to see you.  We're going to liven

6   things up a bit before lunch.

7            MS. WASZMER:  Just to make my appearance, Wendy

8   Waszmer on behalf of Google.

9   BY MS. WASZMER:

10      Q    Dr. Juda, just let me start by getting some

11  background picked up that wasn't picked up yesterday.

12           Let's just repeat:  What is your current role at

13  Google?

14      A    I'm a vice president of product management at

15  Google.

16      Q    Okay.

17           And I think Mr. Dahlquist asked you briefly about

18  your education, but can you just tell the Court what degrees

19  you had before you came to Google.

20           THE COURT:  I'm sorry, can I just ask you to

21  either move that mic a little closer or keep your voice up.

22           MS. WASZMER:  Sure.

23  BY MS. WASZMER:

24      Q    Can you start by telling the Court what degrees

25  you had before you came to Google?

4193

1      A      Sure.

2              So I guess working backwards, my most recent

3      degree is a Ph.D. in information technology and management

4      offered by the Harvard Business School and Harvard School of

5      Engineering and Applied Sciences.

6              Two years prior, I acquired a master's of science

7      in computer science from Harvard School of Engineering and

8      Applied Sciences, the computer science department.

9              And four years prior to then, I had received a

10     bachelor's of science in engineering -- in civil and

11     environmental engineering from Princeton University where I

12     graduated summa cum laude.

13     Q      Okay.

14             And I think Mr. Dahlquist asked you about your

15     Ph.D. just to go back to that for a second.

16             At any point during your studies, did you study ad

17     auctions?

18     A      I did.

19     Q      And what did you study, just generally?

20     A      A variety of -- so I guess, in general, auction

21     design and sort of the place where economic auction design

22     meets computer science and what's sort of computationally

23     possible.  So from an ads auction perspective, we were

24     already studying things like search ad auctions, wireless

25     spectrum auctions, eBay, all sort of kidney exchanges, all

4194

1    sorts of mechanisms to get goods from one set of parties to

2    another set of parties.

3        Q    And we've heard the term "ads quality."  Let me

4    just do ads quality, AQ.  At Google what does that team do?

5        A    So I think of us in general as managing all of the

6    processes between a user hitting enter on google.com and

7    actually seeing search ads in response.

8             So it ranges from identifying which advertisers

9    would like to show on the search and what ads they would

10   like to show, followed by evaluating whether we think users

11   would be interested in seeing said ads.

12            And then finally conducting the auction that

13   determines which advertisers are going to show on a page.

14       Q    And just if it's not obvious from your testimony

15   yesterday and today, can you explain to the Court why does

16   Google care about the quality of ads?

17       A    So in my mind it's directly consistent with our

18   company's mission.

19            So Google's mission is to organize the world's

20   information and make it universally accessible and useful.

21            Ads are commercial information.  So in my mind

22   they very much are directly spoken to within Google's

23   mission, and so we try to make the ads awesome.

24       Q    If Google is able to increase ads quality, what

25   do you see as flowing from that in terms of any benefits for

4195

1    users or advertisers?

2         A    I'm sorry, can you repeat the question?

3         Q    Yes.

4              If Google increases ads quality, what, if any,

5    benefits do you see flowing to users and advertisers from

6    that?

7         A    So on the user front, improving the quality of the

8    ads that a user sees is more likely to help them achieve

9    whatever their search goal is, sort of more quickly, more

10   effectively, which should ultimately result in a happier,

11   more delighted user population.

12             On the advertiser side, if we're consistently

13   showing higher quality ads, it increases the likelihood both

14   of users interacting with those ads in the near term.  And

15   so sending traffic to advertisers' websites, that can help

16   them sort of sell their goods and services.

17             It also increases the likelihood of users

18   considering ads in the future, and so should also give

19   advertisers a greater likelihood on a going-forward basis of

20   also being able to effectively sell their goods and services

21   via our ads.

22        Q    And, Dr. Juda, yesterday I think Mr. Dahlquist

23   asked you about the terms "ads blindness" and "ads

24   sightedness."

25             Do you remember that?

4196

1      A      I do.

2      Q      How, if at all, do those terms play into your

3   thinking about long-term value and quality of ads?

4      A      So as I've been mentioning earlier, in general

5   when we're evaluating launches, we try and estimate a more

6   steady-state, longer-term view on whether launches are good

7   or bad.  And so not only is it interesting to know about the

8   short-term implications of a launch, but because if the

9   quality of the experience is changing for users, users'

10  propensity for clicking on the ads may increase or decrease

11  in the future, where, if the propensity to click decreases,

12  that's what we usually refer to as user blindness; if the

13  propensity for users to click on ads increases, that would

14  be user sightedness.

15            We want to take into consideration those long-term

16  user behavior changes when evaluating a launch.

17     Q      And we'll get this in more detail, but, Dr. Juda,

18  in the course of your work with ads quality, have you ever

19  been involved with launches that you predicted would be

20  rev -- short-term revenue negative?

21     A      Certainly.

22     Q      And have you ever been involved with launches that

23  you predicted would be revenue neutral?

24     A      Certainly.

25     Q      Okay.

4197

1              Now, let me ask you, in terms of the value to

2      advertisers and value to users that you just identified,

3      would the hope be -- what's the hope if advertisers see

4      value and users see value with regard to long-term revenue?

5          A    That it should hopefully increase over time in a

6      way that benefits users and advertisers and Google alike.

7          Q    Okay.

8              I'm going to just address a few of the documents

9      that Mr. Dahlquist raised before we go to the lunch break.

10             Can you turn in your binder back to UPX467?

11         A    In the old binders?

12         Q    I'm not going to put this on the screen.  UPX467

13     in the government's binder.

14             And I'm not going to refer to specific language,

15     I'm just going to ask you quickly about some of your

16     discussion with the Court.  Or just have a look at it.

17         A    So I am at 467.

18         Q    Okay.

19             And as you recall, this was a document in which

20     Mr. Dahlquist and the Court asked you questions about Rasta

21     RPM.

22             Do you recall that?

23         A    I do.

24         Q    I think in sum and substance you've answered some

25     of the Court's questions making a distinction between Rasta

4198

```
 1    RPM and revenue that Google may ultimately make as a
 2    company?
 3         A    Uh-huh.
 4         Q    Okay.
 5              Could you explain that?  Why is there a
 6    distinction?
 7         A    I think it's still a phenomena that we're still
 8    trying to observe to this date.
 9              You know, I think, probably in a nutshell, the
10    answer is, because advertisers respond to our launches in
11    more magnificent ways than our current methodologies allow
12    us to estimate.
13              And so even when a launch appears that an
14    advertiser should be spending, for example, an extra $10, it
15    seems in aggregate we don't actually see a $10 increase in
16    spend and so something must be happening there.
17         Q    Okay.
18              And let me link up your comment to something you
19    said yesterday.
20              I believe Mr. Dahlquist asked you some questions
21    about who impacts the auction.  Do you recall that?
22         A    I do.
23         Q    And in some of your testimony, I believe you
24    mentioned users, advertisers, and Google.  Can you explain
25    what you meant by that?
```

4199

1          A     Sure.

2                So users, advertisers, and Google all have roles

3     to play in terms of what the auction determines as a final

4     outcome.

5                So if we focus on advertisers first, they're

6     providing us things like ad copy, and they're providing us

7     with landing pages so that the quality signals are a

8     function of what they're providing us as inputs.

9     Advertisers also give us a maximum cost-per-click bid on an

10    optional basis, which is going to create the upper bounds at

11    how much they can possibly be charged.  So those are

12    elements that an advertiser participates in when it comes to

13    ranking and pricing.

14               From a user perspective, interesting signals in

15    our function are things like predict the click-through rate.

16    Predict the click-through rate is trying to predict the

17    likelihood of a user to click on ads.  And it's -- the

18    machine learning models that try and come up with that

19    prediction are grounded on actual user activity.  So it

20    looks like -- it looks at a selection of historical

21    impressions and a collection of historical clicks to try and

22    predict the current click-through rate.

23               So if users aren't clicking on an ad, I would

24    expect our systems to predict a click-through rate that is

25    extraordinarily low and so then those ads are unlikely to

4200

1    appear at all on the page.

2            And then, finally, on the Google side, we have,

3    you know, roles to play such as engineering the functional

4    form that tries to combine some of the short-term revenue

5    versus quality aspects of the ads.  We're engineering these

6    machine learning systems to try and predict click-through

7    rate correctly.  We're doing the -- you know, the

8    multiplication and the subtraction and whatnot to actually

9    compute a number.

10    Q    And I think Mr. Dahlquist has used the term

11    "control," I'm going to put that in quotes, over the past

12    two days with questions about whether you and the ads

13    quality team can control prices.

14            Does the ads quality team control prices at

15    Google?

16    A    I don't believe so.

17    Q    And I also believe with regard to this document,

18    Mr. Dahlquist questions went to whether, through ads

19    launches, the ads quality team could essentially deliver

20    20 percent revenue to Google.  Is that true?

21    A    I don't believe we have that capability.

22    Q    Okay.

23            Let's pause and go back to the basics of the ad

24    auction.  And just before --

25            MS. WASZMER:  Your Honor, I'll see if I have time.

4201

1   I'm going to go into the simulation of the ad auction.

2   Maybe I can do that after lunch but just some basics for

3   Dr. Juda.

4   BY MS. WASZMER:

5       Q    Can you just describe -- because we're going to go

6   from query to how the ad auction works to the ad showing.

7   Just to start out, an advertiser would like to use -- buy

8   Google ads and go into the ad auction.  How does an

9   advertiser start with Google?

10      A    So one option is that they can use a web browser

11  to navigate to ads.google.com.  That would enable this

12  business to enter an account creation flow where they would

13  begin to specify a variety of inputs into the advertising

14  system, ranging from billing information, such as their

15  credit card or checking account, an expression of the kinds

16  of searches they would like to show their ads against, how

17  much they're willing to pay per click.

18          They may specify a variety of high level targeting

19  dimensions so they may want to say something like, "Please

20  only show my ads between 9:00 a.m. and 5:00 p.m. because my

21  business is only open between those hours."

22          And they would also then provide examples of the

23  advertising copy.  So what is the text that, you know, the

24  advertiser would like to show the user, as well as to where

25  should the user be taken if they were the click on an ad.

1    Q    And, Dr. Juda, throughout this trial I think the

2    Court is going to hear testimony about small advertisers,

3    large advertisers.  In your experience, what size of

4    advertisers buy Google ads via this interface that you're

5    talking about?

6    A    So it's a full spectrum.  You know, I would say

7    usually the number of keywords that are physically

8    convenient to manipulate through the website, I think

9    typically results in some of our smaller advertisers using

10   the website in practice.

11        Whereas some of our larger advertisers, if they

12   have millions or billions of keywords, are usually

13   operationalizing that through the API because it's

14   computationally feasible.

15   Q    Okay.

16        And just to pause on what the advertiser is able

17   to do when they start with Google, can advertisers pick

18   their own keywords if they'd like to as they start to buy

19   advertising?

20   A    For text ads, they can.

21   Q    Okay.

22        And for text ads, staying with text ads, can

23   advertisers set their max CPC or their max bid before they

24   start to buy advertising?

25   A    That's --

4203

1        Q      Is that --

2        A      That's an option available to them.

3        Q      Now, just staying on max CPCs with text

4   advertising in the auction, if an advertiser decides to set

5   a max CPC in a text ad auction, is the cost that they would

6   pay, will it ever exceed that max CPC?

7        A      No.  By construction, the actual cost per click

8   will always be less than or equal to the bid.

9        Q      Okay.

10             Are there instances where they'll pay less than

11   their max CPC once the auction runs?

12       A      Yes.

13       Q      So let's put up --

14             MS. WASZMER:  Your Honor, we're going to give a

15   table of contents to where I'm going with the exam.

16             Okay.  Dr. Juda --

17             THE COURT:  I'm sorry to interrupt.

18             Can I ask you a question?

19             I'm coming to the Google website for the first

20   time to become an advertiser.  Does Google provide me any

21   information that would help me determine what my max CPC is?

22   In other words, I may not have any idea what a competitive

23   bid is.  So how would I know that if I'm visiting the

24   website for the first time?

25             THE WITNESS:  Sure.

1           So it's an imperfect methodology.  But there are

2     some tools that we provide to advertisers where, if an

3     advertiser specifies the kinds of searches that they're

4     interested in advertising on, they can be provided some,

5     like, rough estimates of what the cost per clicks are on a

6     particular search.

7           It's a very imprecise estimate because we don't

8     yet know the quality of the advertisements, we don't know

9     the margins of the business to know what would be

10    sustainable or not sustainable.

11          But it can provide at least some basic grounding

12    of how much clicks for a particular topic might cost.

13          But performance very much can vary.

14          THE COURT:  Okay.

15          So I could go to the API -- I don't know if that's

16    the right word or not.  But, in other words, I could provide

17    certain variables concerning my ads and Google would provide

18    me some information on potential pricing?

19          THE WITNESS:  Yeah.

20          So I don't know if those reports are available via

21    the API or not, but certainly my recollection is that one

22    can log into the ads.google.com website, and during the

23    flow, it can provide you some basic sense for how much costs

24    might click on average.

25          THE COURT:  Thank you.

4205

1              MS. WASZMER:  And, Your Honor, I'm about to start

2      a new section.  Would you like me to pause for lunch?

3              THE COURT:  Yeah.  Why don't we go ahead and just

4      do that before you launch into the new section.

5              So why don't we take lunch, we'll start at 1:30.

6              Mr. Juda, I'll just ask you not to please discuss

7      your testimony with anyone during the lunch break.

8              We'll see you all then -- thank you -- afterwards.

9      Thank you.

10             COURTROOM DEPUTY:  All rise.  The Court stands in

11     recess.

12             (Recess from 12:25 p.m. to 1:30 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date:__October 4, 2023_____     

       William P. Zaremba, RMR, CRR

4207

**BY MR. DAHLQUIST:**
**[23]** 4088/11 4092/7
4098/21 4107/16
4109/20 4111/1
4116/10 4124/3
4140/24 4142/4 4146/3
4148/7 4150/10 4154/6
4155/4 4158/6 4163/11
4167/21 4170/4
4182/24 4183/12
4185/5 4190/23
**BY MS. WASZMER:**
**[4]** 4192/3 4192/9
4192/23 4201/4
**COURTROOM**
**DEPUTY: [5]** 4087/2
4087/6 4149/17
4149/20 4205/10
**MR. CAVANAUGH: [1]**
4191/12
**MR. DAHLQUIST: [30]**
4087/15 4087/23
4088/5 4098/20
4107/13 4109/15
4123/23 4140/23
4149/16 4149/25
4150/6 4150/9 4155/2
4158/5 4162/24 4163/8
4163/25 4164/10
4164/18 4166/11
4166/15 4166/23
4167/17 4167/19
4182/23 4183/6 4185/3
4191/8
**MR. SCHMIDTLEIN:**
**[1]** 4087/18
**MS. WASZMER: [23]**
4107/11 4109/13
4110/14 4123/20
4155/1 4158/2 4163/5
4163/23 4164/20
4165/7 4165/15 4166/2
4166/7 4166/20
4167/18 4183/10
4191/14 4191/17
4192/7 4192/22
4200/25 4203/14
4205/1
**THE COURT: [65]**
4087/4 4087/12
4087/22 4087/25
4088/3 4092/6 4098/19
4107/15 4109/11
4110/21 4115/1 4116/8
4137/14 4137/19
4138/1 4138/5 4139/11
4139/16 4139/22
4140/6 4140/10
4140/13 4140/21
4141/7 4141/9 4141/13
4142/2 4144/15
4144/18 4144/24
4146/2 4147/21 4148/2
4148/6 4149/10
4149/22 4150/5 4150/8
4153/11 4153/25

4164/17 4165/1
4165/10 4165/20
4166/4 4166/9 4166/14
4167/3 4169/18
4169/25 4170/3 4183/9
4183/11 4190/21
4191/10 4191/13
4191/22 4192/20
4203/17 4204/14
4204/25 4205/3
**THE WITNESS: [32]**
4088/2 4109/9 4109/12
4109/18 4115/8 4116/9
4137/17 4137/20
4138/3 4138/6 4139/15
4139/17 4140/1 4140/7
4140/12 4140/18
4140/22 4141/8
4141/11 4141/15
4142/3 4144/17
4144/19 4145/4
4147/23 4148/3
4153/13 4154/3
4169/20 4170/1
4203/25 4204/19

**$**

**$10 [2]** 4198/14
4198/15
**$100 [1]** 4152/11
**$100 billion [1]**
4152/11

**'**

**'actual' [1]** 4105/5
**'drawer' [1]** 4171/16
**'inflation' [1]** 4188/14
**'intentional' [1]** 4101/8
**'We [2]** 4188/23 4189/4
**'you [1]** 4186/10

**.**

**.1 [1]** 4140/4
**.2 [1]** 4140/4
**.3 [1]** 4140/4

**0**

**002 [2]** 4104/9 4104/17
**0340 [1]** 4084/4

**1**

**1 percent [2]** 4138/19
4139/3
**1-800 [1]** 4157/15
**10 [3]** 4089/19 4089/23
4169/23
**100 [2]** 4147/18
4147/22
**100 percent [4]**
4146/19 4147/4 4147/9
4147/13
**10019 [1]** 4085/9
**10036-6710 [1]**
4084/20
**1046 [1]** 4184/6
**10:55 [1]** 4149/19
**1100 [1]** 4084/3
**1133 [1]** 4084/19

4149/14
**11:13 [1]** 4149/19
**12 [2]** 4179/11 4179/12
**12:25 [1]** 4205/12
**1300 [1]** 4084/15
**1301 [1]** 4085/8
**14 [1]** 4179/12
**14th [5]** 4109/16
4109/22 4110/2
4179/11 4179/15
**15 [5]** 4104/10 4104/18
4126/22 4128/9
4149/13
**15th [5]** 4126/9
4126/13 4126/19
4128/7 4128/13
**16 [1]** 4083/7
**17 [2]** 4179/13 4181/23
**19 [2]** 4126/15 4126/19
**1:30 [2]** 4205/5
4205/12

**2**

**20 [3]** 4140/18 4153/24
4154/2
**20 percent [34]**
4129/12 4129/19
4129/19 4129/21
4129/23 4130/19
4131/5 4133/21
4133/25 4134/7
4134/18 4134/20
4134/24 4135/1 4136/4
4139/11 4139/12
4139/23 4139/25
4140/9 4140/17 4141/1
4141/5 4145/3 4145/3
4148/11 4148/20
4149/4 4152/21 4153/2
4153/15 4153/23
4154/3 4200/20
**20-3010 [2]** 4083/4
4087/7
**20001 [1]** 4085/14
**20024 [1]** 4085/4
**2018 [3]** 4098/9
4101/24 4105/10
**2019 [10]** 4132/3
4132/7 4137/13 4141/4
4160/8 4176/10
4181/13 4181/15
4181/23 4182/12
**202 [4]** 4084/4 4084/9
4085/4 4085/14
**2020 [7]** 4131/9
4131/13 4132/7
4150/23 4153/7
4155/21 4156/7
**2021 [8]** 4109/16
4109/22 4126/10
4126/13 4128/7
4128/13 4179/11
4179/12
**2023 [2]** 4083/5 4206/7
**209 [1]** 4084/8
**212 [2]** 4084/21 4085/9
**22 [3]** 4187/23 4188/2

**2200 [1]** 4084/20
**24 [1]** 4128/14
**2793 [1]** 4084/21
**2870 [2]** 4104/2 4104/3
**2X [1]** 4178/5

**3**

**3.7 [1]** 4178/9
**3010 [2]** 4083/4 4087/7
**307-0340 [1]** 4084/4
**30th [1]** 4105/10
**318 [8]** 4109/8 4109/16
4109/16 4109/22
4109/22 4109/23
4109/24 4109/25
**3249 [1]** 4085/14
**332 [1]** 4142/8
**333 [1]** 4085/13
**335-2793 [1]** 4084/21
**3390 [2]** 4175/20
4176/2
**3393 [1]** 4176/17
**3412 [2]** 4180/13
4180/18
**354-3249 [1]** 4085/14
**3X [1]** 4178/5

**4**

**40 percent [2]** 4103/22
4182/21
**401 [4]** 4126/13
4126/15 4126/18
4126/19
**402 [1]** 4126/15
**402/1 [1]** 4126/20
**4064 [1]** 4182/3
**40th [1]** 4085/3
**412 [3]** 4128/8 4128/9
4128/14
**413 [2]** 4128/8 4128/14
**434-5000 [1]** 4085/4
**4407 [1]** 4160/18
**4408 [1]** 4161/3
**4420 [5]** 4160/25
4162/16 4162/17
4164/13 4168/7
**4470 [1]** 4172/12
**45 [1]** 4150/2
**455 [1]** 4158/7
**456 [1]** 4159/4
**467 [1]** 4197/17
**497-7702 [1]** 4085/9

**5**

**5000 [1]** 4085/4
**508-6000 [1]** 4084/16
**509 [2]** 4104/1 4111/4
**53 [3]** 4179/11 4179/12
4179/13
**55 [1]** 4092/9
**580 [1]** 4112/4
**581 [1]** 4112/13
**582 [1]** 4113/1
**5:00 p.m [1]** 4201/20

**6**

**600 [1]** 4084/8
**6000 [1]** 4084/16

**6063 [1]** 4084/9
**6710 [1]** 4084/20
**680 [1]** 4085/3

**7**

**720 [1]** 4084/16
**77 [1]** 4116/15
**7702 [1]** 4085/9
**772 [1]** 4116/16
**779 [4]** 4123/10
4123/16 4123/17
4124/4
**783 [3]** 4119/8 4119/9
4119/11
**792 [1]** 4125/6
**7th [1]** 4084/15

**8**

**800 [1]** 4157/15
**80203 [1]** 4084/16
**805-8563 [1]** 4084/9
**8563 [1]** 4084/9
**874-002 [2]** 4104/9
4104/17

**9**

**95 [1]** 4169/23
**9:00 a.m [1]** 4201/20
**9:30 [1]** 4083/6

**A**

**a.m [4]** 4083/6 4149/19
4149/19 4201/20
**abiding [1]** 4154/21
**ability [4]** 4107/20
4109/3 4188/12
4188/17
**able [9]** 4103/13
4105/19 4133/25
4141/5 4175/6 4183/3
4194/24 4195/20
4202/16
**about [65]** 4089/18
4090/7 4090/16
4090/17 4090/21
4091/4 4092/6 4093/16
4094/8 4096/16 4097/1
4097/2 4097/12
4101/13 4102/24
4103/3 4103/5 4107/3
4110/23 4112/22
4117/14 4122/22
4123/1 4125/7 4125/8
4125/9 4129/15
4132/10 4134/11
4149/13 4151/10
4152/9 4156/21
4158/19 4161/1
4165/16 4166/3 4166/7
4167/9 4167/12 4170/1
4171/20 4172/4
4179/17 4183/7
4184/24 4184/25
4185/1 4185/20
4186/20 4187/21
4190/9 4192/17
4193/14 4194/16
4195/23 4196/3 4196/7
4197/15 4197/20

**about... [5]** 4198/21
4200/12 4202/2 4202/5
4205/1
**above [5]** 4094/4
4126/16 4134/20
4147/18 4206/4
**above-titled [1]** 4206/4
**absence [1]** 4124/17
**absolute [2]** 4122/19
4173/25
**absolutely [1]** 4106/13
**accessible [1]** 4194/20
**accomplishments [2]**
4155/7 4155/8
**according [1]** 4117/10
**account [5]** 4116/7
4137/2 4151/8 4201/12
4201/15
**accurate [3]** 4105/8
4168/11 4190/16
**achieve [2]** 4112/18
4195/8
**achieves [1]** 4091/2
**acknowledge [1]**
4101/21
**acquire [1]** 4184/1
**acquired [1]** 4193/6
**acquisition [2]**
4100/16 4100/23
**acronym [3]** 4130/13
4130/23 4189/22
**across [4]** 4125/15
4160/9 4182/18 4184/8
**action [2]** 4087/7
4097/22
**active [2]** 4093/13
4191/4
**activity [1]** 4199/1
**actual [7]** 4153/1
4172/18 4172/23
4172/24 4173/22
4199/19 4203/7
**actually [21]** 4089/23
4093/20 4104/7
4106/17 4115/17
4118/22 4134/19
4135/4 4137/10
4137/17 4139/7
4140/14 4153/18
4154/4 4159/3 4161/2
4168/11 4171/12
4194/7 4198/15 4200/8
**ad [67]** 4089/3 4089/11
4089/15 4090/3
4090/10 4090/11
4093/7 4093/25
4094/11 4094/13
4100/12 4100/13
4100/24 4101/18
4106/25 4107/22
4108/5 4108/8 4108/18
4111/6 4111/10 4112/9
4113/11 4115/9
4115/13 4115/14
4115/18 4115/23
4115/25 4116/1
4116/25 4121/1 4122/2

4134/12 4134/13
4134/16 4136/19
4137/11 4139/13
4139/13 4139/14
4151/20 4156/21
4156/22 4176/10
4176/12 4177/1
4178/21 4180/6
4182/21 4186/2 4186/3
4186/12 4189/24
4193/16 4193/24
4199/6 4199/23
4200/23 4201/1 4201/6
4201/6 4201/8 4201/25
4203/5

**ad's [1]** 4113/11
**ADAM [3]** 4088/7
4150/13 4171/16
**added [1]** 4190/14
**addition [5]** 4099/7
4101/13 4131/9 4162/8
4162/11
**additional [4]** 4095/7
4153/18 4157/8
4178/20
**additionally [1]**
4152/15
**address [2]** 4087/21
4197/8
**addresses [4]** 4168/2
4168/9 4168/17 4172/5
**adept [1]** 4139/18
**adjust [1]** 4113/19
**adjusted [1]** 4111/13
**adjusting [2]** 4113/5
4114/3
**adjustments [1]**
4157/9
**adoption [5]** 4172/18
4172/24 4172/24
4173/9 4173/20
**adoptions [1]** 4174/5
**ads [159]**
**ads' [1]** 4136/4
**ads.google.com [2]**
4201/11 4204/22
**adventures [2]**
4114/13 4116/12
**advertisement [2]**
4088/20 4089/2
**advertisements [1]**
4204/8
**advertiser [28]**
4088/20 4089/21
4095/21 4096/1
4100/13 4100/19
4106/12 4137/3 4139/5
4142/20 4143/4
4143/12 4143/14
4143/16 4177/21
4178/2 4189/6 4189/25
4195/12 4198/14
4199/12 4201/7 4201/9
4201/24 4202/16
4203/4 4203/20 4204/3
**advertisers [35]**
4091/7 4095/25 4096/4

4099/8 4124/13
4124/19 4138/24
4184/16 4185/9
4185/18 4189/23
4191/3 4194/8 4194/13
4195/1 4195/5 4195/19
4197/2 4197/3 4197/6
4198/10 4198/24
4199/2 4199/5 4199/9
4202/2 4202/3 4202/4
4202/9 4202/11
4202/17 4202/23
4204/2
**advertisers' [3]** 4089/1
4143/20 4195/15
**advertising [12]**
4100/20 4100/21
4124/18 4143/12
4148/18 4190/10
4201/13 4201/23
4202/19 4202/24
4203/4 4204/4
**advocate [4]** 4150/22
**advocated [1]** 4151/6
**affect [2]** 4101/5
4114/8
**after [6]** 4108/15
4129/24 4149/14
4149/14 4161/3 4201/2
**afterwards [1]** 4205/8
**again [18]** 4087/24
4091/22 4091/23
4096/19 4106/6
4106/22 4107/24
4113/2 4114/17
4117/24 4128/18
4134/22 4149/21
4156/18 4162/7
4170/12 4172/7
4172/20
**against [10]** 4131/1
4135/24 4143/17
4146/1 4153/24 4154/1
4154/3 4163/16 4167/8
4201/16
**agent [7]** 4169/2
4169/5 4169/8 4169/11
4169/19 4169/21
4169/24
**aggregate [9]** 4103/1
4108/14 4125/4
4127/25 4128/20
4128/20 4141/5
4141/18 4198/15
**aggregated [1]**
4100/17
**ago [3]** 4133/21
4134/11 4158/1
**agree [124]** 4090/12
4091/9 4093/8 4093/10
4093/22 4094/14
4094/18 4094/21
4094/24 4096/1
4096/20 4097/7 4098/1
4099/2 4099/12 4100/1
4100/4 4100/8 4101/9
4102/7 4103/10

4105/7 4105/14
4107/17 4108/16
4108/23 4111/14
4113/7 4113/12
4113/16 4113/17
4114/8 4118/15
4119/16 4120/11
4120/18 4120/23
4121/25 4122/4 4122/5
4122/9 4122/20 4123/7
4124/14 4127/9
4127/22 4127/25
4129/6 4129/7 4133/4
4134/1 4134/24
4135/16 4136/2 4143/3
4147/1 4148/12 4149/6
4150/18 4152/25
4153/6 4153/9 4153/10
4154/7 4154/14
4155/16 4156/1 4156/7
4156/11 4160/8
4160/19 4161/12
4162/9 4162/13
4162/21 4163/17
4168/10 4169/5 4169/6
4169/8 4169/9 4169/11
4170/6 4170/10
4170/22 4173/7
4173/15 4174/7 4174/9
4174/15 4174/18
4174/19 4174/22
4175/2 4175/11
4176/23 4177/1 4177/4
4177/17 4177/23
4178/8 4178/17
4178/25 4179/6 4180/7
4180/11 4180/22
4181/6 4181/17
4182/12 4184/7
4184/20 4185/14
4186/16 4186/22
4187/3 4187/13
4187/15 4188/17
4189/10 4190/11
4190/16
**agreed [10]** 4115/4
4116/20 4116/21
4119/6 4135/17
4162/14 4163/22
4177/2 4180/12 4188/4
**agreeing [1]** 4120/13
**ahead [5]** 4110/24
4123/22 4124/1
4149/11 4205/3
**aided [1]** 4085/16
**aim [1]** 4185/10
**aka [1]** 4188/14
**al [2]** 4083/3 4087/8
**albeit [1]** 4102/25
**algorithm [1]** 4089/24
**algorithmic [1]**
4113/11
**algorithms [5]** 4088/25
4089/9 4089/14 4093/5
4093/23
**aligned [1]** 4170/20
**alike [1]** 4197/6

4087/12 4087/12
4087/13 4087/25
4088/3 4095/5 4095/14
4097/25 4098/24
4102/25 4104/8
4106/16 4124/18
4129/12 4131/18
4131/20 4133/8
4138/21 4140/9
4140/10 4143/15
4147/7 4149/15
4149/17 4149/20
4160/9 4163/21
4168/19 4170/23
4171/11 4178/1 4179/4
4181/2 4181/8 4181/11
4182/18 4183/11
4184/8 4184/10
4191/10 4193/25
4193/25 4194/5 4196/2
4199/2 4200/1 4205/8
4205/10
**All right [7]** 4140/10
**allocation [2]** 4146/7
**allow [2]** 4148/11
4198/11
**allowed [1]** 4109/4
**allows [1]** 4181/5
**alluded [1]** 4153/4
**allusion [2]** 4118/20
4119/3
**almost [2]** 4137/9
4170/23
**alone [2]** 4133/21
4133/25
**along [2]** 4125/19
4130/25
**already [4]** 4116/19
4173/8 4173/10
4193/24
**also [14]** 4090/3
4101/5 4144/25
4154/16 4154/18
4157/18 4162/1
4179/25 4195/17
4195/18 4195/20
4199/9 4200/17
4201/22
**Although [1]** 4131/13
**always [2]** 4130/6
4203/8
**am [15]** 4091/24
4109/9 4114/16
4116/13 4116/18
4126/14 4128/11
4150/15 4151/18
4158/5 4158/23
4175/12 4181/3 4191/5
4197/17
**ambitions [1]** 4159/8
**AMERICA [2]** 4083/3
4087/7
**Americas [2]** 4084/19
4085/8
**AMIT [2]** 4083/9 4087/3
**Amit P [1]** 4087/3
**amount [7]** 4100/21
4115/10 4125/2

4209

**A**

**amount... [4]** 4132/25 4133/16 4154/4 4154/19
**analysis [3]** 4168/24 4173/2 4173/5
**analyzed [1]** 4173/5
**annotated [1]** 4098/25
**annual [1]** 4140/19
**annually [1]** 4140/15
**another [15]** 4091/14 4096/19 4101/16 4114/7 4141/7 4149/12 4159/1 4162/20 4166/8 4175/7 4180/9 4182/8 4186/16 4189/18 4194/2
**answer [20]** 4090/21 4091/5 4098/2 4108/12 4110/3 4110/6 4110/10 4112/20 4121/2 4125/9 4128/15 4128/18 4142/12 4179/16 4179/19 4179/23 4179/25 4180/1 4182/8 4198/10
**answered [1]** 4197/24
**answering [1]** 4135/19
**anticipate [1]** 4150/3
**antitrust [3]** 4084/7 4084/13 4157/20
**any [17]** 4095/20 4098/22 4119/19 4124/19 4148/14 4161/9 4161/21 4162/19 4167/22 4181/16 4182/13 4183/9 4193/16 4194/25 4195/4 4203/20 4203/22
**anymore [2]** 4131/20 4134/1
**anyone [1]** 4205/7
**anything [5]** 4118/22 4142/13 4143/24 4146/19 4191/10
**API [4]** 4088/21 4202/13 4204/15 4204/21
**apologies [1]** 4112/2
**apologize [2]** 4093/2 4119/10
**appear [6]** 4093/9 4110/11 4117/17 4132/2 4143/20 4200/1
**appearance [1]** 4192/7
**APPEARANCES [2]** 4083/11 4084/23
**appears [11]** 4105/12 4118/6 4127/12 4128/23 4146/9 4146/22 4155/22 4157/13 4163/14 4190/2 4198/13
**applied [3]** 4160/9 4193/5 4193/8
**applies [5]** 4174/24 4178/16 4178/20

**apply [2]** 4137/24 4179/1
**appreciate [3]** 4116/8 4131/16 4154/20
**appreciates [1]** 4114/24
**approach [2]** 4182/23 4191/21
**approaching [3]** 4146/18 4147/15 4147/17
**approximate [1]** 4136/10
**AQ [6]** 4097/11 4099/4 4129/17 4176/4 4176/6 4194/4
**are [100]** 4087/14 4087/15 4088/4 4090/2 4090/6 4090/20 4091/21 4094/11 4094/16 4095/2 4095/3 4095/7 4096/12 4096/16 4096/21 4100/20 4101/7 4102/8 4102/16 4103/6 4105/4 4105/19 4108/19 4108/24 4108/25 4109/13 4110/8 4111/13 4113/2 4113/10 4113/10 4113/10 4115/19 4120/2 4121/8 4122/21 4122/21 4124/8 4127/10 4131/24 4132/10 4132/21 4135/6 4136/16 4136/24 4138/21 4138/23 4138/24 4139/1 4141/17 4143/10 4143/16 4144/10 4144/21 4144/25 4145/1 4145/2 4145/7 4145/8 4145/9 4145/10 4145/19 4146/24 4147/25 4147/25 4151/11 4151/16 4156/18 4158/14 4158/20 4165/2 4165/3 4165/5 4170/20 4171/1 4176/22 4177/5 4177/20 4180/15 4185/8 4185/21 4185/25 4187/17 4187/20 4188/9 4194/13 4194/21 4194/22 4196/6 4199/7 4199/11 4199/15 4199/19 4199/25 4202/7 4202/12 4203/10 4204/1 4204/5 4204/20
**area [1]** 4142/22
**areas [3]** 4126/4 4127/10 4145/1
**aren't [3]** 4143/17 4145/21 4199/23

**argue [1]** 4142/13
**arm's [1]** 4168/3
**arms [1]** 4141/25
**around [3]** 4125/15 4132/7 4176/10
**articulates [1]** 4131/7
**articulating [1]** 4101/12
**as [111]** 4088/8 4090/2 4090/3 4091/4 4095/2 4095/3 4096/24 4097/22 4098/13 4098/16 4100/7 4101/11 4101/11 4101/20 4103/12 4103/13 4103/21 4104/18 4107/2 4107/18 4108/20 4109/2 4109/10 4110/6 4111/12 4111/19 4112/22 4113/21 4113/22 4114/22 4115/25 4115/25 4118/4 4118/7 4118/18 4118/23 4119/1 4124/1 4126/1 4126/3 4126/17 4127/9 4132/1 4132/24 4136/1 4137/21 4139/20 4140/4 4145/22 4147/6 4147/8 4148/16 4148/20 4149/3 4151/19 4151/19 4151/21 4153/4 4153/5 4153/6 4153/15 4154/12 4156/4 4156/4 4156/4 4156/8 4157/3 4160/20 4162/15 4163/17 4164/21 4166/16 4166/23 4169/11 4170/25 4170/25 4172/4 4173/1 4173/2 4173/16 4174/10 4174/20 4175/15 4177/4 4177/6 4177/16 4178/13 4178/13 4181/5 4181/13 4182/12 4184/24 4185/10 4188/19 4189/15 4190/18 4194/5 4194/25 4196/4 4196/12 4197/19 4198/1 4199/3 4199/8 4200/3 4201/14 4201/24 4201/24 4202/18
**ask [34]** 4094/8 4103/5 4106/22 4108/22 4115/2 4116/4 4123/9 4126/17 4127/3 4127/4 4127/8 4127/24 4129/15 4131/25 4134/22 4138/6 4138/9 4141/7 4149/23 4151/5 4151/9 4158/18 4161/1 4163/5 4166/7 4166/20

4192/20 4197/1
4197/15 4203/18
4205/6
**asked [17]** 4089/18 4090/20 4091/15 4110/2 4110/15 4125/8 4128/15 4133/20 4179/16 4179/22 4179/24 4187/11 4192/17 4193/14 4195/23 4197/20 4198/20
**asking [4]** 4135/19 4141/20 4150/1 4173/11
**asks [1]** 4182/7
**aspects [2]** 4158/14 4200/5
**assert [1]** 4098/4
**assertion [1]** 4098/3
**assessment [1]** 4115/12
**associated [1]** 4089/4
**assumption [1]** 4136/13
**assure [1]** 4141/14
**asymptote [5]** 4146/18 4147/3 4147/12 4147/16 4147/17
**attachment [2]** 4112/1 4160/17
**attempt [1]** 4095/13
**attended [1]** 4191/6
**attendees [1]** 4181/24
**attention [5]** 4119/21 4123/18 4142/10 4158/16 4183/4
**attribution [1]** 4188/2
**auction [77]** 4101/6 4102/13 4102/14 4102/19 4102/23 4105/4 4105/15 4105/20 4105/21 4105/24 4106/8 4106/12 4106/14 4106/16 4107/5 4107/7 4107/9 4107/10 4107/17 4107/18 4107/22 4108/1 4108/2 4108/3 4111/10 4111/13 4114/19 4114/20 4116/17 4116/20 4117/2 4118/12 4118/17 4119/23 4120/6 4120/16 4120/20 4121/1 4122/2 4122/6 4122/7 4122/11 4124/4 4124/8 4144/11 4144/14 4145/10 4146/4 4156/15 4156/22 4157/2 4157/4 4175/10 4175/14 4176/10 4176/13 4178/22 4179/7 4179/20 4180/6 4186/3 4186/22 4189/5

4193/20 4193/23
4193/21 4193/23
4194/12 4198/21
4199/3 4200/24 4201/1
4201/6 4201/8 4203/4
4203/5 4203/11
**Auction/Pricing [2]** 4144/14 4146/4
**auctions [7]** 4105/2 4105/14 4112/9 4186/19 4193/17 4193/24 4193/25
**audience [1]** 4141/9 4141/16
**author [2]** 4093/20 4098/3
**author's [1]** 4122/14
**authored [1]** 4188/3
**authoring [1]** 4145/5
**Authority [1]** 4091/20
**authors [1]** 4122/25
**authorship [1]** 4093/19
**automatically [1]** 4138/14
**available [5]** 4109/4 4162/8 4162/13 4203/2 4204/20
**Avenue [4]** 4084/19 4085/3 4085/8 4085/13
**average [10]** 4103/2 4103/5 4103/6 4103/10 4105/24 4106/8 4138/19 4152/15 4153/9 4204/24
**avoid [3]** 4177/21 4178/3 4178/9
**avoided [1]** 4177/25
**away [2]** 4124/23 4163/17
**awesome [1]** 4194/23

**B**

**bachelor's [1]** 4193/10
**back [29]** 4088/1 4088/16 4090/3 4091/16 4096/25 4096/25 4099/18 4099/22 4103/8 4104/8 4105/13 4116/11 4123/9 4127/12 4127/13 4128/6 4136/9 4136/18 4145/5 4150/11 4160/4 4168/5 4173/21 4178/24 4180/4 4181/21 4193/15 4197/10 4200/23
**background [2]** 4185/6 4192/11
**backwards [1]** 4193/2
**bad [2]** 4189/18 4196/7
**bake [2]** 4136/16 4139/6
**ballpark [1]** 4125/4
**Barrett [1]** 4085/13
**based [2]** 4184/21 4186/12
**baseline [2]** 4096/24

**B**

**baseline... [1]** 4139/14
**basic [9]** 4090/12
4094/2 4094/19
4117/21 4118/15
4119/1 4165/2 4204/11
4204/23
**basically [1]** 4092/14
**basics [2]** 4200/23
4201/2
**basis [4]** 4091/6
4140/1 4195/19
4199/10
**Bates [15]** 4092/9
4112/3 4112/12 4113/1
4116/15 4142/8 4158/7
4160/24 4162/17
4164/12 4172/11
4175/20 4176/1
4180/18 4182/2
**be [135]**
**beat [1]** 4186/11
**because [25]** 4088/16
4091/1 4094/15
4096/16 4098/2
4098/24 4105/4 4108/9
4118/22 4131/17
4132/7 4136/5 4136/17
4136/23 4138/24
4141/23 4155/17
4190/4 4190/14 4196/8
4198/10 4201/5
4201/20 4202/13
4204/7
**become [4]** 4105/2
4139/18 4174/5
4203/20
**becoming [1]** 4131/7
**been [24]** 4088/7
4107/2 4108/13
4110/16 4131/18
4138/25 4150/1 4151/2
4153/22 4154/15
4154/16 4157/8 4159/7
4165/8 4168/16
4169/17 4170/16
4175/1 4175/4 4183/7
4187/14 4196/4
4196/19 4196/22
**before [19]** 4083/9
4098/9 4108/15
4132/13 4134/15
4149/11 4150/4
4171/20 4172/4 4182/5
4191/6 4191/17 4192/6
4192/19 4192/25
4197/9 4200/24
4202/23 4205/4
**begin [1]** 4201/13
**behalf [5]** 4087/11
4087/24 4150/22
4164/4 4192/8
**behavior [2]** 4091/7
4196/16
**being [14]** 4103/13
4124/17 4133/20
4140/4 4152/10 4171/1
4177/6 4177/21 4178/1

**B**

4182/13 4190/15
4195/20
**belief [3]** 4105/2
4144/8 4146/5
**beliefs [1]** 4139/9
**believe [34]** 4092/21
4102/18 4103/21
4108/21 4110/16
4110/19 4111/8
4111/11 4118/18
4119/3 4126/24
4128/11 4131/17
4132/22 4144/13
4147/2 4150/25 4152/9
4154/8 4162/1 4164/4
4187/12 4187/24
4188/7 4189/3 4189/4
4189/22 4191/1 4191/7
4198/20 4198/23
4200/16 4200/17
4200/21
**believed [3]** 4108/9
4126/5 4127/11
**believes [1]** 4127/14
**BELKNAP [1]** 4084/18
**below [6]** 4121/1
4121/21 4126/16
4134/21 4163/6
4185/22
**BENCH [1]** 4083/9
**bene [1]** 4187/2
**benefits [16]** 4093/6
4093/24 4094/5
4094/11 4094/16
4094/25 4095/3 4095/4
4095/5 4095/7 4095/13
4095/21 4095/23
4194/25 4195/5 4197/6
**best [5]** 4133/15
4134/17 4161/19
4174/2 4187/19
**beta [4]** 4092/14
4096/21 4117/25
4178/25
**better [7]** 4099/9
4108/24 4110/7
4181/16 4182/7
4182/14 4190/8
**between [11]** 4115/24
4139/8 4139/12 4143/3
4143/4 4168/6 4176/22
4194/6 4197/25
4201/20 4201/21
**beyond [1]** 4132/8
**bid [25]** 4088/22
4088/22 4089/1 4089/3
4089/4 4089/6 4089/6
4089/10 4090/9
4092/14 4106/13
4106/20 4117/25
4143/4 4143/5 4177/21
4178/2 4178/3 4178/9
4178/25 4189/17
4199/9 4202/23 4203/8
4203/23
**bidder [3]** 4107/2
4178/8 4178/8

**B**

4105/19 4105/21
4107/6 4107/9
**billing [1]** 4201/14
**billion [4]** 4125/3
4152/11 4156/9 4157/7
**billions [8]** 4155/15
4156/2 4159/18
4159/23 4173/23
4174/17 4174/18
4202/12
**binder [7]** 4091/18
4111/19 4129/3
4160/15 4175/18
4197/10 4197/13
**binders [3]** 4091/17
4191/18 4197/11
**Bing [1]** 4168/5
**bit [13]** 4088/16
4090/17 4091/1
4094/15 4096/17
4105/17 4107/25
4149/10 4149/14
4150/6 4155/17 4168/4
4192/6
**blinded [1]** 4172/5
**blindness [2]** 4195/23
4196/12
**blocker [1]** 4115/23
**blush [1]** 4112/8
**bookable [4]** 4134/8
4135/12 4135/16
4135/18
**books [2]** 4181/3
4181/8
**both [4]** 4106/1
4151/12 4187/24
4195/13
**bottom [3]** 4154/11
4157/18 4183/17
**bound [3]** 4148/4
4174/1 4174/11
**boundaries [1]** 4128/4
**bounds [1]** 4199/10
**box [7]** 4164/7 4165/2
4167/1 4167/4 4167/13
4168/12 4169/2
**boxes [5]** 4163/21
4163/22 4164/18
4167/24 4170/19
**break [3]** 4149/11
4197/9 4205/7
**briefly [1]** 4192/17
**bring [1]** 4116/11
**Broadway [1]** 4084/15
**broken [1]** 4142/11
**browser [3]** 4162/23
4169/21 4201/10
**browsers [1]** 4162/1
**Bruce [1]** 4084/12
**bullet [27]** 4113/5
4116/22 4116/24
4117/9 4120/15
4123/18 4124/12
4125/14 4125/16
4125/18 4142/6
4142/16 4143/23
4144/14 4146/4

**B**

4174/4 4174/6 4174/15
4174/18 4177/3 4177/8
4186/2 4186/6 4188/10
4188/22
**bullets [4]** 4144/25
4161/9 4185/22
4187/22
**burn [1]** 4141/24
**business [7]** 4152/6
4152/10 4152/11
4193/4 4201/12
4201/21 4204/9
**button [1]** 4093/4
**buy [5]** 4155/19 4201/7
4202/4 4202/18
4202/24

**C**

**calculation [1]** 4106/21
**calendar [1]** 4131/15
**call [9]** 4099/19 4101/8
4119/21 4123/18
4141/25 4162/18
4183/4 4183/14
4183/18
**called [5]** 4117/5
4149/7 4158/20 4162/2
4175/11
**Calling [1]** 4142/10
**came [3]** 4153/1
4192/19 4192/25
**can [124]** 4087/21
4088/20 4088/24
4092/8 4092/24 4093/2
4096/24 4096/25
4100/18 4100/20
4100/21 4101/17
4102/8 4102/14
4102/14 4102/18
4103/4 4103/11
4103/15 4103/18
4104/1 4106/1 4106/6
4106/7 4106/22
4107/13 4108/2
4108/23 4110/13
4110/20 4111/4
4111/16 4111/17
4112/3 4112/18
4113/16 4113/19
4114/8 4114/11 4115/2
4115/3 4115/7 4115/14
4116/14 4117/16
4118/9 4118/13
4118/16 4122/1 4122/6
4122/10 4123/9 4125/6
4126/8 4127/3 4128/19
4134/22 4135/8 4137/9
4137/20 4137/21
4138/6 4138/9 4139/2
4141/7 4144/15 4145/2
4149/23 4150/2
4151/22 4153/17
4156/23 4160/13
4160/14 4160/24
4161/6 4161/24
4162/24 4163/5 4164/3
4164/7 4166/23

**C**

4168/3 4168/19
4169/18 4173/22
4175/17 4175/21
4177/1 4177/5 4177/21
4178/18 4179/10
4182/2 4183/8 4183/25
4184/15 4187/23
4188/5 4189/7 4190/12
4190/20 4192/18
4192/20 4192/24
4194/15 4195/2
4195/15 4197/10
4198/24 4199/11
4200/13 4201/2 4201/5
4201/10 4202/17
4202/20 4202/22
4203/18 4204/4
4204/11 4204/13
4204/22 4204/23
**can't [10]** 4092/18
4106/4 4108/3 4122/19
4122/24 4131/19
4132/17 4133/10
4147/9 4181/8
**canceled [1]** 4151/8
**candidate [4]** 4116/25
4116/25 4117/2 4117/5
**capability [1]** 4200/21
**capture [4]** 4095/13
4095/14 4115/5 4116/2
**captured [1]** 4095/3
4095/8
**capturing [2]** 4095/4
4142/23
**card [1]** 4201/15
**care [2]** 4102/23
4194/16
**Carr [1]** 4084/14
**case [7]** 4106/24
4140/16 4145/16
4163/14 4167/11
4173/2 4173/5
**cases [1]** 4106/7
**cause [3]** 4103/2
4106/25 4142/1
**cautious [1]** 4161/1
**Cavanaugh [3]**
4084/18 4087/10
4191/10
**ceiling [3]** 4146/20
4147/13 4147/21
**Center [1]** 4084/14
**certain [3]** 4167/9
4173/9 4204/17
**certainly [26]** 4098/12
4101/1 4106/1 4106/23
4108/13 4109/15
4109/21 4114/23
4118/14 4126/19
4134/23 4135/9
4148/23 4150/3
4154/15 4156/24
4158/23 4161/25
4164/5 4164/10
4166/23 4178/19
4180/16 4196/21
4196/24 4204/21
**certainty [1]** 4122/19

**Certified [1]** 4085/12
**certify [1]** 4206/2
**cetera [1]** 4099/10
**CH [1]** 4085/13
**challenge [1]** 4107/19
**challenging [2]**
4142/24 4172/8
**change [10]** 4091/11
4101/18 4102/14
4102/18 4102/25
4108/2 4128/20
4136/11 4138/3
4138/16
**changes [7]** 4091/11
4100/5 4108/1 4139/24
4161/21 4180/6
4196/16
**changing [2]** 4102/15
4196/9
**characteristics [1]**
4171/24
**characterization [5]**
4123/7 4127/17
4131/21 4143/22
4150/19
**characterize [3]**
4101/21 4160/6
4162/10
**characterized [2]**
4101/23 4102/1
**charge [1]** 4124/25
**charged [1]** 4199/11
**charges [1]** 4125/1
**Charles [1]** 4085/2
**chart [4]** 4167/4
4167/23 4168/8 4169/1
**check [13]** 4168/17
4168/20 4168/20
4169/4 4169/6 4169/17
4170/7 4170/16
4170/18 4171/5 4171/6
4171/9 4171/10
**checkboxes [2]** 4164/5
4165/18
**checked [1]** 4163/21
**checking [3]** 4123/20
4123/22 4201/15
**checks [2]** 4167/24
4171/3
**Chicago [1]** 4084/9
**chip [1]** 4142/1
**Chrome [7]** 4161/16
4161/23 4161/25
4162/5 4162/9 4162/13
4169/23
**civil [2]** 4087/7
4193/10
**clarify [2]** 4115/3
4188/20
**classify [1]** 4098/16
**clause [1]** 4094/10
**clean [1]** 4154/20
**clear [4]** 4133/13
4144/25 4146/19
4171/9
**click [23]** 4088/22
4097/23 4100/10

4144/21 4177/11
4177/12 4182/21
4196/11 4196/13
4199/16 4199/17
4199/22 4199/24
4200/6 4201/17
4201/25 4203/7
4204/24
**click-through [5]**
4199/15 4199/16
4199/22 4199/24
4200/6
**clicked [2]** 4100/13
4115/20
**clicking [7]** 4115/22
4136/19 4136/24
4146/25 4147/25
4196/10 4199/23
**ClickQuality [3]** 4144/8
4144/16 4144/21
**clicks [14]** 4114/4
4125/5 4136/19
4146/16 4146/19
4147/4 4147/7 4147/9
4182/22 4189/6
4189/24 4199/21
4204/5 4204/12
**clicks' [1]** 4189/5
**climbing [2]** 4146/16
4146/25
**close [6]** 4110/13
4127/3 4176/22 4177/4
4177/5 4177/21
**closer [1]** 4192/21
**closest [1]** 4178/2
**closing [1]** 4105/4
**CO [1]** 4084/16
**coag.gov [1]** 4084/17
**code [1]** 4180/22
**cognizant [1]** 4185/9
**coin [2]** 4137/22
4138/10
**collaborating [1]**
4159/7
**collect [1]** 4138/4
**collected [1]** 4161/10
**collection [3]** 4140/15
4144/4 4199/21
**Colorado [3]** 4084/12
4084/12 4084/14
**COLUMBIA [1]** 4083/1
**column [5]** 4165/4
4165/12 4165/21
4165/24 4170/9
**columns [3]** 4165/13
4165/15 4165/17
**combine [1]** 4200/4
**come [5]** 4099/14
4123/14 4129/24
4149/21 4199/18
**comes [6]** 4091/6
4132/15 4132/25
4133/1 4169/20
4199/12
**coming [5]** 4100/9
4108/24 4110/7

**comment [16]** 4104/10
4104/11 4104/14
4104/17 4104/18
4104/20 4182/4
4187/10 4187/23
4187/24 4188/2 4189/2
4189/3 4190/13
4190/17 4198/18
**comment 15 [2]**
4104/10 4104/18
**comment 22 [1]**
4187/23
**commentary [1]**
4145/12
**commented [2]** 4102/2
4187/12
**comments [12]** 4098/9
4098/10 4098/12
4098/14 4098/15
4098/18 4098/22
4098/23 4098/24
4102/5 4104/8 4182/3
**commercial [1]**
4194/21
**committed [1]** 4181/8
**communicate [1]**
4186/1
**companies [1]** 4164/22
**companion [1]**
4152/16
**company [8]** 4130/20
4137/10 4153/18
4154/4 4156/5 4164/25
4165/8 4198/2
**company's [2]** 4165/19
4194/18
**compare [1]** 4138/15
**compared [2]** 4164/22
4166/12
**compares [1]** 4162/20
**comparing [3]** 4163/12
4163/15 4167/8
**comparison [4]**
4154/17 4162/23
4165/11 4172/7
**competition [9]**
4091/20 4105/22
4105/24 4120/9
4120/10 4120/20
4120/25 4149/6
4186/12
**competitive [1]**
4203/22
**competitors [4]**
4148/15 4148/19
4149/3 4149/6
**complex [1]** 4096/19
**complexities [1]**
4151/8
**complexity [1]** 4176/15
**complicated [1]**
4168/4
**component [5]**
4099/11 4099/13
4100/2 4100/8 4121/4
**components [2]**
4113/12 4116/2

**computation [4]**
4089/24 4090/11
4095/20 4117/15
**computationally [2]**
4193/22 4202/14
**computations [1]**
4113/10
**compute [2]** 4100/21
4200/9
**computer [4]** 4085/16
4193/7 4193/8 4193/22
**computer-aided [1]**
4085/16
**conceivable [1]**
4187/14
**concept [8]** 4091/1
4100/18 4111/9
4122/12 4125/24
4136/6 4136/9 4186/19
**concepts [1]** 4090/6
**conceptually [1]**
4102/16
**concern [4]** 4102/11
4134/2 4141/4 4165/13
**concerning [1]**
4204/17
**concerns [1]** 4157/20
**condition [1]** 4091/10
**conditions [1]** 4114/10
**conducting [1]**
4194/12
**conferred [1]** 4190/22
**confident [1]** 4186/25
**confidential [11]**
4113/9 4123/12
4131/24 4162/18
4163/24 4164/6
4164/22 4172/11
4183/2 4185/2 4191/20
**confidentiality [1]**
4164/3
**config [2]** 4186/13
4186/16
**configuration [4]**
4186/18 4186/19
4186/21 4186/24
**confirm [1]** 4126/18
**confused [1]** 4180/1
**conjecture [1]** 4190/3
**CONNOLLY [1]** 4085/3
**conservative [2]**
4134/8 4135/12
**conservatively [1]**
4150/2
**consider [2]** 4101/3
4127/17
**consideration [1]**
4196/15
**considerations [4]**
4097/17 4187/17
4187/21 4188/10
**considered [3]** 4160/8
4164/25 4165/9
**considering [2]**
4165/19 4195/18
**consistent [2]** 4117/14
4194/17

**consistently [1]**
4195/12
**Constitution [1]**
4085/13
**construction [1]**
4203/7
**Consumer [1]** 4084/13
**contacts [1]** 4157/15
**contains [1]** 4168/10
**contemplated [1]**
4167/7
**content [4]** 4163/6
4163/8
**contents [1]** 4203/15
**context [4]** 4143/6
4143/9 4167/11 4184/1
**continue [3]** 4087/14
4088/17 4158/16
**CONTINUED [2]**
4085/1 4088/10
**continuously [1]**
4140/2
**contract [1]** 4152/1
**contribute [1]** 4145/14
**contributed [3]**
4093/19 4136/3 4172/3
**contribution [2]**
4115/13 4160/7
**contributions [1]**
4125/11
**contributor [1]**
4157/19
**control [5]** 4138/12
4138/20 4200/11
4200/13 4200/14
**controls [1]** 4170/25
**convenient [1]** 4202/8
**conversation [1]**
4093/18
**conversations [1]**
4093/12
**conversion [1]**
4097/24
**conversions [1]**
4099/9
**convinced [1]** 4168/11
**cookie [4]** 4170/9
4170/10 4170/13
4170/17
**copy [4]** 4187/19
4191/19 4199/6
4201/23
**core [3]** 4151/12
4164/24 4167/11
**correct [150]**
**correctly [1]** 4145/1
4200/7
**cost [20]** 4088/22
4097/22 4097/23
4100/10 4100/12
4100/15 4100/23
4100/23 4108/9 4114/4
4159/18 4159/23
4173/23 4177/11
4177/12 4199/9 4203/5
4203/7 4204/5 4204/12
**cost-per-click [2]**
4088/22 4199/9

**costs [9]** 4093/7 4093/25 4094/12 4095/1 4095/14 4095/24 4097/23 4182/21 4204/23
**could [23]** 4096/3 4096/11 4099/14 4100/8 4102/24 4103/1 4103/1 4106/11 4109/6 4109/18 4115/10 4128/6 4143/20 4147/13 4150/11 4174/10 4177/25 4185/3 4187/25 4198/5 4200/19 4204/15 4204/16
**counsel [6]** 4109/13 4110/21 4158/2 4163/23 4166/7 4190/22
**counsel's [1]** 4115/4
**count [1]** 4098/17
**counted [1]** 4098/15
**counterparts [1]** 4121/9
**couple [6]** 4119/10 4123/9 4167/25 4176/17 4182/3 4185/22
**course [8]** 4112/24 4120/14 4140/8 4140/20 4175/22 4184/2 4188/1 4196/18
**COURT [15]** 4083/1 4085/11 4085/12 4089/18 4110/15 4149/17 4149/20 4152/20 4192/18 4192/24 4194/15 4197/16 4197/20 4202/2 4205/10
**Court's [2]** 4140/25 4197/25
**cover [1]** 4111/25
**covered [1]** 4088/17
**COVID [2]** 4151/8 4181/2
**CPA [3]** 4099/10 4100/2 4100/14
**CPAs [1]** 4100/25
**CPC [17]** 4088/22 4089/6 4089/6 4099/10 4100/2 4100/7 4100/10 4100/11 4102/13 4106/15 4114/9 4186/11 4202/23 4203/5 4203/6 4203/11 4203/21
**CPCs [11]** 4100/5 4100/9 4100/25 4103/22 4106/17 4108/14 4113/19 4128/1 4128/17 4128/20 4203/3
**create [2]** 4125/15 4199/10
**created [1]** 4172/1
**creates [1]** 4139/8

**creating [1]** 4142/11
**creation [1]** 4201/12
**creative [1]** 4144/23
**credit [3]** 4157/10 4159/21 4201/15
**Crespo [1]** 4114/18
**CROSS [2]** 4086/4 4192/2
**CROSS-EXAMINATION [1]** 4192/2
**CRR [2]** 4206/2 4206/8
**CTRs [1]** 4099/10
**cum [1]** 4193/12
**current [5]** 4170/21 4173/15 4192/12 4198/11 4199/22
**currently [2]** 4104/14 4162/12
**curve [3]** 4177/11 4177/12 4188/12
**customers [1]** 4190/10
**CV [1]** 4083/4
**cycle [1]** 4151/7

**D**

**D.C [4]** 4083/5 4084/3 4085/4 4085/14
**Dahlquist [14]** 4084/6 4087/24 4088/3 4115/1 4149/23 4166/10 4192/17 4193/14 4195/22 4197/9 4197/20 4198/20 4200/10 4200/18
**Darshan [2]** 4150/25 4151/1
**dashboard [1]** 4133/12
**data [4]** 4138/4 4161/11 4169/12 4181/18
**date [4]** 4109/13 4148/23 4198/8 4206/7
**dated [2]** 4113/13 4125/24
**Daubert [1]** 4087/20
**daughters [1]** 4181/2
**David [2]** 4084/6 4087/24
**David Dahlquist [1]** 4087/24
**david.dahlquist [1]** 4084/10
**day [14]** 4083/7 4092/5 4146/25 4163/17
**days [2]** 4154/17 4200/12
**Dear [1]** 4141/17
**decide [2]** 4087/18 4102/21
**decided [1]** 4166/17
**decides [1]** 4203/4
**decisions [1]** 4167/9
**deck [3]** 4172/2 4176/1 4176/17
**declaring [1]** 4147/16
**decrease [2]** 4182/21 4196/10

**decreases [1]** 4196/25
**Defendant [2]** 4083/7 4085/2
**defense [1]** 4157/19
**define [9]** 4090/25 4098/6 4126/1 4126/3 4129/15 4136/7 4136/7 4143/8 4159/16
**defined [6]** 4099/13 4111/12 4126/1 4127/9 4143/2 4177/11
**defines [1]** 4177/12
**defining [1]** 4097/22
**definition [11]** 4091/9 4098/5 4101/2 4120/21 4121/3 4122/14 4122/18 4130/16 4135/21 4143/19 4174/16
**definitions [5]** 4099/15 4099/16 4120/22 4120/23 4135/18
**definitively [3]** 4106/5 4122/24 4188/3
**degree [1]** 4193/3
**degrees [2]** 4192/18 4192/24
**delighted [1]** 4195/11
**deliver [2]** 4129/12 4200/19
**delivering [1]** 4150/13
**delta [1]** 4139/12
**demonstratives [1]** 4191/19
**Denver [1]** 4084/16
**department [4]** 4084/2 4084/7 4084/12 4193/8
**depend [2]** 4120/21 4122/13
**depending [2]** 4128/3 4174/23
**depends [1]** 4114/10
**deposed [2]** 4128/13 4179/15
**deposition [9]** 4109/7 4110/13 4126/9 4128/6 4179/10 4180/2 4180/10 4188/4 4188/8
**describe [9]** 4098/13 4098/18 4100/7 4110/6 4154/12 4157/3 4173/1 4173/16 4201/5
**described [3]** 4108/18 4118/7 4118/25
**describes [1]** 4164/21
**describing [1]** 4181/10
**description [1]** 4177/6
**design [5]** 4164/21 4164/24 4165/8 4193/21 4193/21
**designed [2]** 4124/9 4124/13
**detail [4]** 4116/23 4167/12 4167/22 4196/17
**detailed [1]** 4113/10
**details [1]** 4103/24
**determine [1]** 4203/21

**determines [1]** 4090/14
**develops [1]** 4117/15
**dictate [1]** 4108/3
**did [31]** 4110/3 4110/10 4119/9 4126/22 4128/15 4128/16 4128/22 4128/23 4144/12 4144/13 4144/13 4146/8 4146/9 4146/21 4150/23 4151/5 4154/15 4157/10 4157/13 4168/23 4173/19 4179/22 4181/8 4181/13 4181/16 4182/13 4182/17 4189/12 4193/16 4193/18 4193/19
**did you [12]** 4110/3 4110/10 4128/22 4144/12 4146/8 4146/21 4150/23 4151/5 4157/12 4179/22 4193/16 4193/19
**didn't [6]** 4098/22 4098/25 4106/25 4110/22 4130/10 4181/11
**difference [2]** 4143/3 4143/4
**different [8]** 4114/4 4135/18 4144/16 4162/10 4162/12 4173/3 4173/15 4175/5
**differently [1]** 4173/18
**dimensions [1]** 4201/19
**Dintzer [2]** 4084/2 4087/9
**direct [4]** 4086/4 4088/10 4102/23 4113/21
**directed [1]** 4087/20
**directer [1]** 4114/19
**Directionally [1]** 4154/10
**directions [1]** 4106/2
**directly [14]** 4101/5 4102/8 4102/12 4102/14 4102/16 4102/18 4103/11 4103/13 4103/15 4103/18 4121/18 4123/6 4194/17 4194/22
**disable [1]** 4189/17 4190/5
**disagree [5]** 4095/22 4096/6 4120/23 4131/21 4178/23
**disappointing [1]** 4115/20
**disclose [1]** 4164/16
**disclosed [1]** 4165/8

**discrepancy [1]** 4139/8
**discuss [2]** 4205/6
**discussed [1]** 4185/17
**discussing [1]** 4180/10
**discussion [6]** 4096/2 4096/7 4097/5 4152/20 4165/19 4197/16
**disguise [1]** 4181/5
**disjoint [1]** 4137/3
**display [2]** 4151/23 4167/20
**distinct [1]** 4136/6
**distinction [3]** 4115/24 4197/25 4198/6
**distinguish [1]** 4153/11
**DISTRICT [2]** 4083/1 4083/10
**divide [1]** 4100/22
**divided [2]** 4138/7 4138/10
**Division [1]** 4084/7
**do [238]**
**do you [40]** 4090/25 4092/15 4093/8 4093/22 4094/14 4097/5 4098/1 4098/11 4099/12 4101/9 4103/15 4103/18 4105/7 4113/7 4120/11 4121/25 4122/5 4124/14 4136/7 4148/19 4149/2 4155/16 4156/7 4160/19 4162/21 4163/17 4166/9 4169/10 4176/23 4178/5 4180/22 4180/24 4181/17 4188/17 4189/17 4195/25 4197/22 4198/21
**do you have [2]** 4148/14 4169/10
**Do you know [2]** 4181/6 4181/6
**do you recognize [1]** 4160/19
**do you see [72]** 4094/6 4097/19 4099/20 4104/10 4104/17 4104/24 4111/22 4112/16 4113/3 4114/1 4114/5 4117/12 4117/22 4118/1 4120/3 4120/7 4121/6 4121/10 4121/19 4121/23 4124/6 4124/10 4125/11 4125/16 4125/20 4132/4 4132/18 4133/22 4134/9 4142/7 4142/14 4142/25 4144/1 4151/14 4152/7 4152/18 4154/22 4155/9 4156/16

**D**

**do you see... [33]**
4157/16 4157/21
4158/10 4159/9
4159/19 4160/1 4161/6
4168/14 4169/3
4170/14 4172/15
4174/12 4176/4
4176/19 4177/14
4181/25 4182/10
4183/15 4183/19
4183/23 4184/17
4185/12 4185/23
4186/4 4186/14
4187/20 4187/24
4188/15 4188/25
4189/8 4189/19
4194/25 4195/5

**doc [1]** 4101/1
**document [54]**
4091/17 4091/18
4091/23 4093/9
4093/11 4093/12
4097/14 4098/8
4098/11 4101/22
4102/2 4104/1 4107/12
4111/18 4111/20
4113/9 4114/13
4116/12 4122/23
4123/3 4123/5 4125/6
4127/13 4129/1 4129/4
4129/8 4131/6 4133/6
4142/5 4148/22 4149/8
4149/12 4156/11
4157/6 4159/2 4159/14
4160/15 4164/3 4164/5
4164/8 4164/9 4165/23
4168/25 4171/11
4171/18 4172/17
4175/7 4175/9 4180/13
4181/21 4182/25
4183/2 4197/19
4200/17

**documentation [2]**
4160/12 4178/7
**documents [3]**
4122/25 4123/1 4197/8
**does [29]** 4090/11
4091/10 4093/9
4095/18 4095/20
4096/1 4101/22 4110/4
4124/23 4151/1
4167/15 4169/7
4169/11 4169/19
4170/20 4170/21
4173/18 4176/8 4179/1
4179/17 4179/18
4180/10 4182/7 4182/9
4194/4 4194/15
4200/14 4201/8
4203/20
**doesn't [10]** 4095/24
4102/16 4118/21
4138/22 4166/22
4168/1 4168/9 4169/2
4170/9 4170/10
**doing [4]** 4102/24
4145/7 4167/8 4200/7

**do you see... [33]**
4157/19 4157/25
**dollars [10]** 4115/16
4115/17 4125/3
4155/15 4156/2 4156/9
4157/8 4173/23
4174/17 4174/18
**don't [45]** 4090/23
4092/13 4093/20
4094/16 4098/13
4098/15 4098/19
4101/11 4103/12
4105/8 4106/10
4107/21 4108/21
4113/8 4113/21
4127/17 4147/2
4149/11 4149/13
4150/8 4160/22 4163/3
4163/6 4164/4 4164/15
4165/4 4166/5 4167/14
4167/19 4169/4 4178/4
4178/6 4188/2 4188/22
4189/13 4189/17
4198/15 4200/16
4200/21 4204/7 4204/8
4204/15 4204/20
4205/3 4205/5
**done [9]** 4102/8 4111/3
4111/4 4128/25 4149/8
4150/3 4160/14 4175/8
4180/2
**down [15]** 4091/8
4094/3 4103/1 4103/2
4103/5 4103/22
4106/17 4107/1 4108/2
4111/5 4134/4 4156/13
4156/20 4159/1 4182/4
**Dr [4]** 4092/2 4129/13
4130/10 4196/17
**Dr. [15]** 4088/12
4088/15 4107/17
4116/11 4123/9 4124/4
4136/2 4148/8 4150/11
4192/5 4192/10
4195/22 4201/3 4202/1
4203/16
**Dr. Juda [15]** 4088/12
4088/15 4107/17
4116/11 4123/9 4124/4
4136/2 4148/8 4150/11
4192/5 4192/10
4195/22 4201/3 4202/1
4203/16
**draft [2]** 4093/11
4093/15
**drafted [2]** 4093/21
4155/20
**drafter [1]** 4093/13
**drag [1]** 4145/25
**dramatically [1]**
4134/7
**drawer [1]** 4171/22
**draws [1]** 4128/3
**driven [1]** 4100/20
**driving [2]** 4099/9
4099/10
**DuckDuckGo [15]**
4163/13 4163/17

4166/13 4167/9
4167/24 4168/1 4168/9
4169/4 4170/10
4170/19 4170/20
4172/6 4172/7
**DuckDuckGo's [1]**
4168/4
**due [1]** 4168/4
**dummies [2]** 4111/21
4112/7
**duration [1]** 4112/21
**during [5]** 4180/10
4181/2 4193/16
4204/22 4205/7
**dwell [1]** 4112/1
**dynamic [1]** 4091/2

**E**

**e.g [2]** 4097/23 4099/8
**each [10]** 4116/24
4117/5 4117/8 4117/10
4123/1 4138/15
4142/16 4145/13
4152/16 4181/9
**Eagle [2]** 4157/20
4157/23
**earlier [7]** 4115/4
4122/23 4152/9
4152/20 4154/7 4161/3
4196/4
**earn [1]** 4175/2
**Easy [1]** 4188/11
**eBay [1]** 4193/25
**economic [1]** 4193/21
**Edge [1]** 4106/7
**education [1]** 4192/18
**effectively [3]** 4141/20
4195/10 4195/20
**effects [1]** 4116/3
**effort [9]** 4090/15
4115/5 4125/12 4126/3
4127/10 4128/4
4141/22 4159/13
4174/2
**efforts [2]** 4159/22
4159/22
**either [4]** 4108/2
4145/14 4181/11
4192/21
**element [1]** 4189/2
**elements [3]** 4097/3
4166/19 4199/12
**elicit [1]** 4158/3
**else [2]** 4178/1 4181/5
**email [13]** 4084/4
4084/10 4084/17
4084/21 4085/5 4085/5
4085/10 4111/25
4112/2 4112/3 4160/17
4175/25 4181/22
**embedded [2]** 4096/12
4096/21
**emoji [3]** 4189/18
4190/4 4190/14
**emphasis [1]** 4102/22
**enable [1]** 4201/11
**enabling [1]** 4152/15

4188/13
**ending [3]** 4142/8
4160/25 4172/12
**ends [3]** 4158/7 4159/4
4182/2
**enduring [1]** 4141/24
**engage [1]** 4191/2
**engine [3]** 4162/21
4162/22 4166/8
**engineering [8]**
4114/19 4176/6 4193/5
4193/7 4193/10
4193/11 4200/3 4200/5
**engineers [1]** 4144/22
**engineers/stewards [1]**
4144/22
**engines [4]** 4148/16
4151/2 4152/1 4152/3
**enough [5]** 4123/4
4138/25 4139/5 4139/6
4189/17
**ensuring [1]** 4154/19
**enter [3]** 4117/2 4194/6
4201/12
**entered [1]** 4106/20
**entering [1]** 4088/21
**enters [1]** 4106/12
**entire [4]** 4140/8
4140/20 4172/2
4183/25
**entirely [1]** 4186/24
4190/6 4190/16
**entitled [5]** 4091/20
4097/11 4171/15
4183/13 4184/15
**entity [1]** 4163/2
**enumerated [1]** 4119/5
**enumerating [1]**
4120/12
**environmental [1]**
4193/11
**equal [3]** 4136/12
4178/1 4203/8
**equals [5]** 4092/14
4114/3 4114/3 4117/25
4178/25
**equation [30]** 4092/12
4092/15 4092/19
4092/20 4094/17
4094/20 4094/24
4095/3 4095/9 4095/11
4096/4 4107/2 4112/22
4112/23 4117/20
4117/24 4118/4
4118/11 4118/15
4118/21 4118/23
4119/1 4119/6 4120/19
4120/24 4121/13
4139/24 4178/24
4179/2 4180/6
**ER [2]** 4176/4 4176/6
**especially [1]** 4185/10
**essentially [1]** 4200/19
**establish [1]** 4166/11
**established [3]**
4088/19 4099/24
4116/19

**establishes [1]** 4122/8

**estimate [28]** 4089/11
4089/9 4089/14
4089/15 4090/10
4094/25 4095/11
4106/19 4133/15
4135/15 4136/15
4136/16 4136/22
4137/1 4137/16
4137/16 4137/18
4138/11 4138/12
4138/22 4139/9
4145/15 4172/23
4174/1 4174/2 4196/5
4198/12 4204/7
**estimated [2]** 4089/4
4173/10
**estimates [1]** 4204/5
**estimating [1]** 4136/23
**et [3]** 4083/3 4087/8
4099/10
**et al [1]** 4087/8
**et cetera [1]** 4099/10
**euphemism [1]**
4130/12
**evaluating [4]** 4116/7
4194/10 4196/5
4196/16
**even [7]** 4107/24
4115/21 4115/23
4166/25 4170/21
4186/24 4198/13
**events [1]** 4090/12
**eventually [3]** 4151/7
4168/13 4170/13
**ever [10]** 4091/5
4118/7 4139/18
4141/20 4141/21
4142/11 4146/17
4196/18 4196/22
4203/6
**every [4]** 4137/21
4146/25 4167/24
4181/9
**everyone [4]** 4087/5
4087/12 4141/21
4149/22
**everywhere [1]** 4162/3
**evidence [3]** 4091/22
4181/16 4182/13
**evidenced [1]** 4103/21
**exact [1]** 4134/20
**exactly [1]** 4090/23
**exam [1]** 4203/15
**examination [3]**
4088/10 4149/24
4192/2
**example [5]** 4102/21
4105/1 4108/3 4136/18
4198/14
**examples [1]** 4106/1
4122/22 4171/21
4201/22
**exceed [5]** 4093/7
4093/25 4105/6 4178/2
4203/6
**exceeded [1]** 4141/1
**exceptions [1]** 4106/7

4214

## E

**exchanges [1]** 4193/25
**excluded [1]** 4133/14
**exclusively [2]** 4108/4 4147/25
**Excuse [1]** 4109/9
**existed [1]** 4173/8
**expect [1]** 4199/24
**expectation [2]** 4145/24 4147/23
**expected [1]** 4189/5
**expedite [2]** 4156/19 4175/19
**experience [4]** 4139/5 4139/6 4196/9 4202/3
**experiencing [2]** 4102/25 4138/18
**experiment [7]** 4134/12 4135/3 4135/5 4136/21 4137/25 4138/7 4138/18
**experimental [2]** 4135/15 4137/25
**experiments [4]** 4130/2 4134/13 4137/21 4139/1
**expires [2]** 4168/13 4170/13
**explain [8]** 4115/7 4144/15 4184/15 4185/17 4190/11 4194/15 4198/5 4198/24
**explanation [1]** 4094/19
**explicit [1]** 4155/19
**explicitly [2]** 4149/6 4155/13
**exploration [1]** 4182/7
**exponent [2]** 4179/1 4179/3
**exponential [3]** 4178/16 4179/6 4179/19
**exponentially [1]** 4178/21
**expressed [1]** 4095/4
**expresses [1]** 4173/24
**expressing [2]** 4141/4 4169/21
**expression [1]** 4201/15
**external [2]** 4131/23 4148/9
**extra [1]** 4198/14
**extract [3]** 4121/18 4122/1 4124/13
**extraction [1]** 4124/21
**extraordinarily [1]** 4199/25

## F

**facing [1]** 4148/10
**fact [6]** 4103/21 4108/15 4108/15 4118/20 4119/4 4136/24
**factor [7]** 4136/24

4178/21 4179/6 4179/19
**factors [1]** 4167/6
**factually [1]** 4168/11
**failure [2]** 4120/2 4120/5
**fair [9]** 4094/1 4095/16 4108/20 4108/24 4110/7 4124/15 4124/22 4127/17 4143/22
**fairly [2]** 4165/2 4165/5
**familiar [13]** 4090/23 4111/9 4114/17 4117/20 4117/24 4122/15 4125/22 4129/8 4158/20 4158/23 4175/8 4175/10 4181/3
**far [2]** 4164/3 4178/13
**faster [1]** 4184/14
**feasible [1]** 4202/14
**feature [1]** 4166/18
**features [8]** 4165/17 4165/21 4165/22 4165/24 4166/8 4166/16 4167/7 4167/10
**February [4]** 4150/23 4153/7 4155/21 4156/7
**federal [1]** 4141/13
**feel [2]** 4126/17 4145/11
**few [5]** 4107/6 4129/15 4152/15 4185/8 4197/8
**filed [1]** 4087/20
**final [2]** 4145/16 4199/3
**finally [2]** 4194/12 4200/2
**find [1]** 4123/8
**fine [3]** 4167/4 4167/4 4167/14
**finishing [1]** 4150/3
**first [36]** 4093/23 4094/8 4094/10 4094/17 4097/16 4097/21 4112/8 4119/21 4123/18 4124/12 4125/14 4125/16 4132/2 4134/6 4155/11 4158/8 4159/5 4161/2 4161/3 4165/3 4165/3 4165/13 4165/15 4168/1 4174/6 4174/15 4174/18 4181/22 4183/17 4185/4 4185/6 4185/20 4186/2 4199/5 4203/19 4203/24
**five [5]** 4116/22 4152/14 4153/7 4163/21 4167/24
**fix [1]** 4093/1
**flag [1]** 4110/14
**flavor [4]** 4117/21 4118/5 4118/8 4119/1

**Floor [2]** 4084/15 4085/8
**flow [2]** 4201/12 4204/23
**flowing [2]** 4194/25 4195/5
**focus [5]** 4093/22 4097/16 4160/16 4168/25 4199/5
**focused [5]** 4101/19 4103/7 4135/21 4162/4 4189/5
**focusing [2]** 4116/24 4167/22
**followed [1]** 4194/10
**following [5]** 4110/2 4110/3 4140/25 4179/16 4179/16
**follows [1]** 4088/9 4172/14
**foregoing [1]** 4206/3
**forget [3]** 4093/13 4161/20 4186/8
**form [3]** 4118/21 4119/4 4200/4
**format [7]** 4101/7 4103/16 4156/21 4157/1 4177/9 4177/11 4185/11
**formats [8]** 4099/10 4133/7 4133/14 4156/14 4156/21 4157/4 4157/5 4183/14
**former [1]** 4105/4
**formula [11]** 4094/2 4095/17 4095/19 4096/19 4096/20 4097/1 4097/4 4097/8 4113/16 4123/4 4133/20
**formulas [1]** 4096/8
**formulated [1]** 4118/14
**forth [2]** 4141/22 4168/5
**forthcoming [1]** 4130/14
**forum [2]** 4191/2 4191/5
**forward [8]** 4088/18 4091/6 4098/19 4110/20 4128/25 4131/14 4132/7 4195/19
**forward-looking [1]** 4131/14
**forwent [1]** 4175/5
**found [4]** 4091/23 4097/13 4097/14 4176/3
**four [5]** 4193/9
**fourth [1]** 4182/4
**FP [1]** 4177/8
**fraction [1]** 4146/16
**fragile [2]** 4129/13 4131/8
**frame [1]** 4174/24
**frankly [1]** 4101/2

4124/23 4126/17
**freedom [1]** 4186/13
**French [1]** 4130/7
**front [5]** 4103/9 4162/7 4181/22 4188/10 4195/7
**FTC [2]** 4157/14 4157/25
**full [13]** 4094/3 4094/4 4134/16 4144/7 4148/22 4158/4 4159/5 4172/24 4183/17 4183/18 4183/22 4185/6 4202/6
**fully [2]** 4095/8 4119/5
**function [15]** 4102/22 4111/13 4112/20 4113/25 4118/19 4119/5 4121/2 4155/14 4178/17 4178/22 4179/8 4179/21 4181/9 4199/8 4199/15
**functional [3]** 4118/21 4119/4 4200/3
**functionality [1]** 4162/2
**functioned [1]** 4173/18
**further [6]** 4088/8 4155/15 4156/2 4156/10 4158/3 4191/8 4195/18 4196/11
**future [5]** 4115/22 4115/22 4136/20 4157/4 4157/5

## G

**gains [2]** 4096/3 4096/11
**gap [1]** 4132/1
**Gatas [1]** 4185/3
**gave [2]** 4188/17 4189/2
**general [16]** 4101/6 4103/10 4113/17 4127/20 4134/17 4142/19 4144/8 4146/5 4150/19 4175/13 4175/16 4177/6 4191/5 4193/20 4194/5 4196/4
**generalization [1]** 4148/12
**generalized [2]** 4116/20 4175/15
**generally [2]** 4121/8 4193/19
**generate [2]** 4115/11 4115/18
**generated [1]** 4157/8
**generating [2]** 4124/20 4143/24
**get [18]** 4090/15 4099/17 4102/20 4103/24 4104/5 4133/21 4133/25 4140/19 4147/9 4150/3 4159/14 4166/10 4168/23 4168/25 4178/15 4191/17

**gets [2]** 4117/5 4186/3
**getting [3]** 4146/6 4166/5 4192/10
**give [16]** 4110/3 4110/10 4115/16 4115/17 4124/23 4128/15 4130/16 4137/6 4138/11 4179/16 4179/22 4189/5 4189/24 4195/18 4199/9 4203/14
**given [5]** 4089/21 4092/1 4116/5 4172/8 4180/21
**gives [1]** 4186/13
**giving [3]** 4132/24 4133/3 4190/5
**glasses [1]** 4170/23
**GMN [5]** 4189/18 4189/21 4190/10 4190/24 4191/6
**go [55]** 4091/16 4096/25 4101/4 4103/1 4103/2 4103/5 4103/6 4104/7 4106/9 4106/25 4108/4 4109/14 4110/24 4112/3 4112/12 4113/24 4114/12 4115/16 4117/19 4119/8 4123/22 4124/1 4125/5 4130/15 4134/4 4136/18 4147/7 4147/18 4149/9 4149/11 4155/5 4156/13 4156/20 4159/1 4160/15 4160/17 4162/15 4163/8 4164/3 4172/11 4175/7 4175/17 4175/20 4178/13 4181/21 4182/2 4185/20 4193/15 4197/9 4200/23 4201/1 4201/1 4201/8 4204/15 4205/3
**go ahead [3]** 4110/24 4123/22 4124/1
**goal [19]** 4112/23 4129/19 4129/20 4129/21 4129/23 4130/19 4134/18 4134/24 4134/25 4136/5 4139/24 4141/5 4141/18 4141/23 4150/4 4153/1 4153/23 4155/18 4195/9
**goals [5]** 4130/24 4131/18 4136/4 4148/21 4149/4
**goes [4]** 4090/9 4153/24 4167/11 4168/5
**going [71]** 4090/16 4091/6 4094/7 4096/16 4096/18 4097/16

**going... [65]** 4103/3
4103/4 4103/6 4103/24
4104/7 4106/15
4106/17 4109/13
4111/25 4112/1
4115/17 4115/19
4116/3 4119/21 4123/8
4123/12 4123/14
4124/16 4125/7
4125/14 4126/11
4126/11 4130/25
4131/25 4132/1 4136/9
4136/16 4137/7
4138/23 4138/24
4144/7 4146/16
4146/19 4147/4
4147/10 4147/18
4152/25 4158/2
4158/18 4160/16
4160/17 4162/18
4163/20 4163/23
4168/25 4175/25
4176/1 4181/21
4189/17 4191/14
4191/18 4192/5
4194/13 4195/19
4197/8 4197/12
4197/14 4197/15
4199/10 4200/11
4201/1 4201/5 4202/2
4203/14 4203/15
**going-forward [2]**
4091/6 4195/19
**gone [1]** 4171/9
**good [14]** 4087/4
4087/6 4087/12
4087/23 4087/25
4088/2 4088/12
4088/13 4088/14
4131/10 4143/12
4143/16 4189/7 4196/6
**good morning [5]**
4087/12 4087/25
4088/2 4088/12
4088/13
**GOODRICH [1]** 4085/7
**goods [3]** 4194/1
4195/16 4195/20
**GOOGLE [140]**
**Google LLC [1]** 4087/8
**Google's [20]** 4088/21
4088/25 4089/9
4089/14 4093/5
4093/23 4102/9
4106/19 4109/3 4111/7
4111/10 4124/20
4157/19 4161/18
4164/21 4165/5
4165/16 4174/22
4194/19 4194/22
**google.com [6]**
4097/24 4132/15
4134/16 4135/4
4143/11 4194/6
**got [4]** 4140/10 4154/5
4165/21 4166/13
**government's [1]**

**graduated [1]** 4193/12
**granularity [1]** 4108/11
**graphic [1]** 4171/6
**great [6]** 4091/25
4097/15 4120/1
4128/12 4149/25
4185/4
**greater [4]** 4102/21
4117/11 4117/16
4195/19
**gritty [1]** 4178/15
**grounded [1]** 4199/19
**grounding [1]** 4204/11
**group [10]** 4099/22
4134/25 4138/12
4138/13 4138/18
4141/1 4144/16
4148/11 4156/25
4156/25
**growth [1]** 4152/16
**grungy [1]** 4158/15
**guess [11]** 4094/10
4102/11 4124/16
4139/20 4145/5 4150/4
4164/2 4168/19
4173/16 4193/2
4193/20

# H

**had [20]** 4087/16
4087/20 4088/14
4093/18 4093/20
4096/2 4096/7 4098/10
4106/24 4110/16
4135/22 4143/10
4152/20 4152/21
4172/23 4174/25
4190/4 4192/19
4192/25 4193/9
**half [1]** 4139/3
**hand [2]** 4165/18
4167/23
**handed [2]** 4182/25
4187/1
**Handling [1]** 4125/11
**Hang [2]** 4104/5
4111/3
**happen [1]** 4091/5
**happened [2]** 4139/17
4173/17
**happening [2]** 4140/2
4198/16
**happens [2]** 4097/24
4177/20
**happier [1]** 4195/10
**happy [1]** 4188/7
**hard [2]** 4174/23
4191/19
**harder [1]** 4141/21
**harmed [1]** 4174/21
**Harry [3]** 4180/24
4181/4 4181/7
**Harvard [3]** 4193/4
4193/4 4193/7
**has [35]** 4087/19
4094/2 4100/24 4107/7
4108/5 4108/8 4111/2

4121/25 4122/5 4122/9
4124/21 4131/5
4133/25 4138/25
4141/1 4142/22
4142/23 4143/4
4155/14 4157/8
4157/14 4158/8 4165/8
4165/22 4165/24
4166/8 4168/12
4168/12 4169/7
4170/12 4174/25
4180/14 4200/10
**hasn't [1]** 4138/25
**have [102]** 4089/4
4090/9 4092/4 4092/13
4092/25 4097/14
4098/3 4099/10 4100/2
4100/8 4101/18 4102/6
4102/15 4103/10
4106/8 4106/10
4106/12 4107/20
4107/21 4108/5
4108/13 4108/18
4109/6 4111/6 4112/23
4117/24 4118/7
4118/25 4119/17
4122/15 4122/25
4123/24 4124/1
4125/24 4126/6
4126/12 4127/4
4131/18 4135/18
4136/17 4138/22
4143/9 4143/20
4145/24 4148/14
4148/22 4150/2 4150/6
4151/2 4152/14
4153/22 4157/10
4159/11 4159/22
4160/9 4160/11
4161/10 4161/20
4162/1 4163/3 4166/18
4166/21 4167/6
4167/19 4168/16
4168/17 4169/10
4169/17 4170/16
4170/16 4170/17
4171/9 4171/12 4172/2
4172/5 4173/6 4173/17
4173/21 4174/21
4175/1 4175/4 4175/5
4178/6 4181/2 4181/18
4187/11 4188/23
4188/23 4189/3
4189/13 4189/16
4189/18 4190/20
4196/18 4196/22
4197/16 4199/2 4200/2
4200/21 4200/25
4202/12 4203/22
**haven't [4]** 4106/3
4143/2 4148/23 4182/9
**having [3]** 4088/7
4093/12 4093/17
**he [3]** 4114/24 4166/20
4166/21
**he's [2]** 4114/20
4166/5

4116/19 4142/6 4158/8
**heading [21]** 4100/9
4113/2 4113/3 4121/6
4121/17 4130/17
4155/6 4155/9 4156/16
4157/14 4157/16
4158/10 4159/5 4161/5
4161/6 4183/18
4183/19 4184/17
4185/21 4187/17
4187/20
**headroom [6]** 4142/23
4142/23 4143/2 4143/8
4143/15 4143/19
**heads [2]** 4137/24
4138/11
**headwinds [4]** 4131/23
4134/5 4148/9 4148/10
**hear [1]** 4202/2
**heard [1]** 4194/3
**help [5]** 4131/20
4142/1 4195/8 4195/15
4203/21
**helped [7]** 4093/11
4093/15 4093/19
4154/8 4156/9 4159/16
4160/3
**here [38]** 4095/17
4095/20 4103/8 4103/9
4107/8 4118/19 4119/3
4119/20 4120/6
4122/21 4123/8
4131/24 4139/23
4142/19 4143/15
4144/20 4146/5
4146/18 4147/14
4149/5 4152/24
4153/14 4155/6
4155/11 4158/2 4161/2
4167/6 4168/25 4172/8
4173/24 4176/15
4177/4 4177/7 4182/3
4184/19 4184/23
4190/3 4190/24
**high [10]** 4106/20
4136/14 4136/21
4144/10 4145/21
4165/6 4176/23
4176/24 4189/17
4201/18
**higher [18]** 4099/10
4105/25 4108/14
4108/19 4108/25
4110/8 4135/4 4138/19
4146/6 4146/17
4146/25 4146/25
4153/21 4174/15
4178/1 4178/9 4188/13
4195/13
**highest [4]** 4186/2
4186/3 4189/6 4189/25
**highly [1]** 4164/22
**him [2]** 4150/21 4163/5
**historical [3]** 4155/7
4199/20 4199/21
**historically [5]**
4130/18 4131/3 4131/4

**history [1]** 4154/13
**hit [8]** 4134/18 4134/19
4134/25 4141/1 4141/5
4145/2 4148/20 4149/3
**hitting [1]** 4194/6
**holding [1]** 4136/12
**holistic [13]** 4115/12
4116/7 4125/7 4125/10
4125/12 4125/22
4126/1 4126/3 4127/9
4127/20 4128/1
4128/16 4137/6
**Honor [40]** 4087/6
4087/23 4088/5
4091/22 4107/11
4107/14 4110/14
4110/19 4110/25
4123/20 4125/8
4140/23 4149/16
4150/7 4150/9 4162/24
4163/1 4163/9 4164/2
4164/11 4164/19
4164/20 4165/7
4165/15 4166/2
4166/12 4166/20
4166/24 4167/17
4167/18 4182/23
4183/6 4190/20 4191/8
4191/12 4191/14
4191/17 4200/25
4203/14 4205/1
**HONORABLE [3]**
4083/9 4087/2 4149/20
**hope [4]** 4088/14
4151/25 4197/3 4197/3
**hopefully [2]** 4150/2
4197/5
**hours [1]** 4201/21
**how [44]** 4090/20
4090/25 4091/20
4092/5 4093/1 4093/13
4093/20 4094/20
4097/1 4097/11
4098/17 4098/18
4102/14 4102/19
4104/22 4130/25
4133/15 4134/8
4135/12 4136/7
4136/16 4137/9
4138/23 4138/23
4143/8 4145/6 4145/13
4150/21 4153/11
4153/17 4160/6 4164/3
4178/1 4185/17
4190/10 4191/4 4196/2
4199/11 4201/6 4201/8
4201/16 4203/23
4204/12 4204/23
**However [3]** 4118/25
4182/17
**huh [1]** 4198/3
**hundred [1]** 4125/2
**hydration [1]** 4092/4
**hypothetical [5]**
4091/5 4116/4 4136/11
4173/11 4190/2

**I**

**I am [13]** 4091/24
4114/16 4116/13
4116/18 4126/14
4128/11 4150/15
4151/18 4158/5
4175/12 4181/3 4191/5
4197/17

**I apologize [1]** 4119/10

**I believe [18]** 4092/21
4102/18 4110/19
4119/3 4126/24
4128/11 4144/13
4150/25 4152/9 4162/1
4187/12 4187/24
4189/3 4189/22 4191/1
4191/7 4198/20
4198/23

**I can [12]** 4093/2
4106/1 4107/13 4118/9
4128/19 4150/2 4164/3
4166/23 4168/19
4188/5 4190/12 4201/2

**I can't [1]** 4132/17

**I did [8]** 4128/23
4144/13 4144/13
4146/9 4157/13 4181/8
4189/12 4193/18

**I didn't [1]** 4181/11

**I didn't see [1]** 4098/25

**I don't [21]** 4090/23
4093/20 4094/16
4098/13 4098/15
4101/11 4103/12
4105/8 4107/21
4108/21 4113/8
4113/21 4127/17
4160/22 4163/3
4164/15 4166/5
4200/16 4200/21
4204/15 4204/20

**I don't have [1]**
4092/13

**I don't recall [2]**
4178/4 4178/6

**I guess [10]** 4094/10
4102/11 4124/16
4139/20 4145/5 4150/4
4164/2 4173/16 4193/2
4193/20

**I have [7]** 4097/14
4102/6 4125/24 4126/6
4166/21 4167/6 4181/2
4148/23

**I haven't [2]** 4106/3
4148/23

**I hope [1]** 4088/14

**I just [2]** 4095/2
4101/20

**I know [4]** 4093/4
4120/13 4187/18
4203/23

**I mean [9]** 4118/18
4124/16 4139/19
4147/22 4161/20
4165/5 4167/6 4170/24
4187/11

**I recall [4]** 4093/12
4093/17 4098/12

**I say [1]** 4190/3

**I should [1]** 4187/11

**I think [64]** 4088/19
4090/6 4090/14
4090/21 4091/15
4094/9 4094/18 4095/2
4096/24 4098/9
4099/24 4101/10
4104/2 4104/18 4105/1
4106/7 4107/24 4109/2
4110/14 4111/4
4113/14 4114/17
4115/3 4115/11
4116/19 4118/18
4119/12 4120/21
4120/22 4122/16
4123/13 4125/7
4128/25 4139/17
4142/19 4143/22
4144/8 4145/17 4147/6
4154/7 4158/18
4160/14 4160/25
4163/5 4167/4 4172/7
4172/11 4173/21
4174/23 4175/4 4180/9
4182/5 4184/23 4186/8
4188/4 4189/7 4192/17
4193/14 4195/22
4197/24 4198/9
4200/10 4202/1 4202/8

**I understand [4]**
4089/5 4106/6 4146/23
4165/10

**I want [3]** 4092/17
4164/18 4187/21

**I was [14]** 4092/6
4093/13 4100/12
4110/18 4111/3 4112/2
4133/13 4144/20
4145/5 4145/11
4155/12 4158/17
4162/16 4179/24

**I wouldn't [4]** 4114/22
4123/7 4173/16
4178/13

**I'd [19]** 4088/15
4088/15 4097/1
4116/11 4119/17
4131/25 4142/13
4148/22 4151/9 4157/3
4160/11 4161/1
4162/10 4164/2
4178/13 4181/18
4183/3 4183/4 4187/16

**I'll [10]** 4099/17
4115/23 4126/17
4131/13 4133/19
4155/3 4164/12
4189/15 4200/25
4205/6

**I'm [100]** 4089/10
4093/17 4094/4 4094/7
4094/9 4098/16
4098/24 4100/7 4101/1
4101/20 4103/4 4104/3
4104/13 4104/14
4106/22 4109/25

**I'm going [6]** 4103/4
4112/1 4123/8 4197/8
4200/11 4203/15

**I'm just [4]** 4094/7
4126/11 4132/1
4197/15

**I'm not [11]** 4093/17
4098/24 4111/25
4131/25 4147/16
4155/2 4168/11
4169/13 4184/21
4186/19 4197/14

**I'm not sure [17]**
4098/16 4100/7
4101/20 4119/17
4121/16 4123/1 4148/3
4158/22 4160/11
4161/17 4162/22
4165/13 4170/7
4178/11 4181/18
4182/15 4190/12

**I'm sorry [15]** 4089/10
4094/4 4104/3 4106/22
4116/16 4126/22
4144/15 4146/12
4149/10 4153/11
4155/6 4164/7 4175/21
4192/20 4195/2

**I'm sure [1]** 4114/24

**I've [7]** 4127/1 4130/6
4144/6 4149/25 4176/3

**ID [2]** 4170/9 4170/10

**idea [3]** 4139/23
4140/8 4203/22

**ideally [1]** 4140/8

**identical [1]** 4100/9

**identified [1]** 4197/2

**identifies [1]** 4120/5

**identify [4]** 4126/4
4127/10 4145/19
4163/1

**identifying [2]** 4145/23
4194/8

**IDs [2]** 4170/13
4170/17

**IL [1]** 4084/9

**imaginary [1]** 4106/24

**imagine [5]** 4106/11
4115/14 4118/9
4128/19 4139/2

**immediate [2]** 4136/15
4139/9

**immediately [2]**
4160/22 4186/18

**impact [23]** 4100/25
4101/14 4102/9
4103/11 4103/13
4103/18 4111/16
4118/16 4122/10
4123/4 4123/6 4136/15
4145/25 4156/14
4159/24 4160/5
4172/19 4173/13
4173/21 4174/1
4174/10 4179/18
4183/13

**impacted [2]** 4108/5
4157/1

**impacting [3]** 4102/17
4119/1 4157/4

**impacts [5]** 4100/3
4102/19 4112/9
4118/12 4198/21

**impeached [1]** 4110/16

**impeachment [2]**
4110/19 4110/20

**imperfect [1]** 4204/1

**implement [2]** 4166/17
4167/10

**implemented [9]**
4111/2 4111/6 4161/15
4161/18 4164/15
4166/1 4173/6 4174/21
4174/25

**implication [1]**
4107/19

**implications [1]**
4196/8

**implicit [1]** 4149/5

**implies [1]** 4168/21

**imply [1]** 4102/16

**important [2]** 4096/16
4158/15 4185/8
4187/17 4187/20
4188/9

**imposed [2]** 4129/19
4131/19

**imprecise [1]** 4204/7

**Impression [1]**
4094/11

**impressions [2]**
4114/4 4199/21

**improve [2]** 4099/8
4145/22

**improved [1]** 4157/10

**improvements [5]**
4099/9 4145/2 4155/15
4156/3 4156/10

**improving [2]** 4146/6
4195/7

**incidental [4]** 4099/19
4100/25 4101/3
4101/14

**include [3]** 4095/18
4095/20 4165/16

**included [3]** 4132/16
4133/7 4133/14

**including [2]** 4088/22
4089/16

**incognito [37]** 4158/21
4158/23 4158/24
4159/6 4159/8 4159/11
4160/3 4160/9 4160/20
4161/14 4161/18
4161/20 4161/21
4161/23 4161/25
4162/3 4162/5 4162/9
4162/13 4168/24
4170/5 4171/8 4171/16
4172/4 4172/18
4172/25 4173/6 4173/8
4173/9 4173/12
4173/14 4173/15
4173/17 4173/18
4174/5 4174/20
4174/25

**incomplete [1]**
4155/17

**inconsistent [1]**
4110/17

**incorporated [2]**
4155/13 4176/9

**incorporating [2]**
4156/14 4157/3

**incorrect [2]** 4129/22
4182/19

**increase [1]** 4105/2
4108/8 4129/20
4135/14 4154/9
4177/21 4184/8
4194/24 4196/10
4197/5 4198/15

**increased [2]** 4111/7
4112/18

**increases [7]** 4127/15
4127/15 4182/17
4195/4 4195/13
4195/17 4196/13

**incredible [1]** 4154/18

**increments [2]**
4188/13 4188/18

**INDEX [1]** 4086/2

**indicating [1]** 4136/1

**indication [1]** 4092/5

**indirectly [1]** 4114/8

**individual [3]** 4100/12

**I**

individual... [2] 4100/12 4140/9

inequality [1] 4173/24

infer [1] 4190/12

inference [2] 4119/14 4132/9

inferior [2] 4120/10 4120/25

info [1] 4088/21

information [18] 4088/21 4088/25 4089/20 4089/21 4158/4 4165/16 4168/5 4169/25 4170/1 4170/6 4170/8 4171/12 4193/3 4194/20 4194/21 4201/14 4203/21 4204/18

informing [1] 4150/21

initiative [1] 4159/17

innovate [2] 4141/22 4145/13

innovation [4] 4152/14 4153/4 4153/8 4153/12

innovations [1] 4145/13

input [3] 4089/3 4089/6 4102/23

inputs [3] 4091/6 4199/8 4201/13

inquiry [1] 4117/17

inside [1] 4089/24

install [1] 4115/23

instance [4] 4106/11 4106/14 4106/18 4189/11

instances [1] 4203/10

institutes [1] 4099/23

intended [5] 4092/21 4122/14 4126/24 4138/1 4153/19

intent [1] 4151/23

intention [1] 4141/17

intentional [2] 4101/16 4122/22

intentionally [1] 4101/18

interacting [1] 4195/14

interested [2] 4194/11 4204/4

interesting [2] 4196/7 4199/14

interface [4] 4138/14 4146/11 4146/13 4202/4

internal [4] 4090/5 4134/4 4148/9 4157/24

interpretation [2] 4187/7 4190/17

interrupt [4] 4115/1 4137/14 4169/18 4203/17

introduces [2] 4176/21 4176/25

investigation [1] 4157/25

involved [2] 4196/19

**IP [4]** 4168/1 4168/9 4168/17 4172/5

is [309]

Is that [1] 4190/25

is that correct [2] 4161/19 4176/10

is there [1] 4198/5

isn't [5] 4089/3 4099/13 4109/4 4153/19 4161/16

isn't that correct [1] 4161/16

issue [6] 4128/19 4131/23 4134/4 4165/14 4166/8 4166/21

issues [1] 4137/22

issuing [3] 4143/11 4143/16 4169/22

it [201]

it would be [2] 4121/2 4145/25

it'll [1] 4137/23

it's [92] 4087/13 4091/1 4092/18 4092/21 4092/25 4094/15 4094/18 4095/4 4095/4 4095/13 4096/18 4098/2 4098/3 4098/5 4100/8 4100/17 4101/11 4103/9 4104/18 4106/15 4107/8 4107/17 4115/17 4115/19 4117/2 4118/22 4118/24 4119/18 4120/20 4121/13 4122/17 4123/13 4123/14 4124/15 4125/18 4125/24 4126/22 4127/14 4129/13 4129/24 4130/13 4130/23 4130/24 4131/13 4136/25 4138/3 4139/3 4140/1 4140/11 4140/15 4141/13 4143/19 4144/19 4148/25 4149/6 4153/22 4154/1 4154/15 4155/17 4155/18 4158/15 4159/3 4159/24 4162/12 4164/8 4166/21 4168/3 4168/20 4169/25 4171/5 4171/15 4172/3 4173/25 4174/17 4174/17 4177/3 4177/24 4185/16 4186/8 4187/4 4187/14 4187/14 4187/18 4191/20 4194/14 4194/17 4198/7 4199/17 4202/6 4202/13 4204/1 4204/7

item [1] 4181/9

4117/15 4177/21

itself [6] 4122/7 4162/20 4163/12 4166/12 4167/8 4186/20

**J**

January [1] 4105/10

January 30th [1] 4105/10

JF [2] 4114/18 4114/19

John [2] 4085/2 4087/11

John Schmidtlein [1] 4087/11

Johnson [1] 4185/3

jon.sallet [1] 4084/17

Jonathan [1] 4084/12

Jr [1] 4084/18

jschmidtlein [1] 4085/5

Juda [25] 4087/14 4087/25 4088/7 4088/12 4088/15 4092/2 4107/17 4115/2 4116/11 4123/9 4124/4 4129/5 4136/2 4148/8 4150/11 4150/13 4171/17 4192/5 4192/10 4195/22 4196/17 4201/3 4202/1 4203/16 4205/6

judge [2] 4083/10 4141/13

Judicial [1] 4084/14

juice [1] 4146/5

jumping [1] 4119/10

junior [1] 4101/25

just [73] 4094/7 4094/17 4095/2 4095/23 4100/11 4101/3 4101/20 4106/19 4106/24 4107/20 4109/3 4109/5 4110/14 4113/5 4115/2 4115/3 4115/23 4118/20 4120/12 4123/16 4123/20 4123/22 4126/11 4126/15 4131/14 4132/1 4132/6 4137/14 4141/22 4144/25 4145/17 4148/4 4149/23 4153/5 4153/22 4158/2 4160/13 4163/6 4164/17 4165/11 4166/22 4167/13 4167/22 4167/25 4170/7 4171/3 4183/25 4186/11 4187/1 4190/24 4191/14 4191/18 4192/7 4192/10 4192/12 4192/18 4192/20 4193/15 4193/19 4194/4 4194/14 4197/2

**K**

Kantak [2] 4150/25 4151/1

keep [1] 4192/21

keeper [3] 4158/9 4158/12 4171/20

Kenneth [3] 4084/2 4085/2 4087/9

kenneth.dintzer2 [1] 4084/5

key [2] 4130/23 4152/21

keyword [1] 4145/8

keywords [4] 4142/20 4202/7 4202/12 4202/18

kidney [1] 4193/25

kind [7] 4091/8 4098/2 4118/21 4141/25 4165/4 4167/5 4168/5

kinds [2] 4145/12 4201/15 4204/3

knew [2] 4190/4 4190/14

knobs [6] 4121/22 4122/1 4122/9 4122/12 4122/16 4122/21

know [40] 4091/23 4093/1 4093/4 4093/19 4094/7 4097/13 4098/13 4104/12 4106/11 4109/24 4114/15 4115/15 4120/13 4128/9 4139/19 4145/17 4147/6 4150/14 4153/23 4160/12 4163/3 4165/3 4167/8 4179/11 4181/6 4181/6 4186/6 4187/18 4196/7 4198/9 4200/3 4200/7 4201/23 4202/6 4203/23 4204/8 4204/8 4204/9 4204/15 4204/20

knowing [1] 4138/23

knowledge [1] 4161/19

known [1] 4090/3

ksmurzynski [1] 4085/5

**L**

lack [2] 4120/6 4120/15

lacking [1] 4166/15

landed [1] 4138/10

landing [4] 4115/16 4138/8 4144/22 4199/7

lands [2] 4137/23 4137/24

4197/16 4200/24 4201/2 4201/5 4201/7 4202/16 4203/3 4205/3 4205/6

JUSTICE [2] 4084/2 4084/7

**K** (continued)

**language [1]** 4197/14

large [3] 4133/8 4188/19 4202/3

largely [1] 4172/3

larger [2] 4174/6 4202/11

LaSalle [1] 4084/8

last [13] 4091/10 4094/4 4103/8 4125/3 4135/11 4144/7 4155/11 4156/20 4157/6 4165/12 4183/18 4183/22 4187/21

later [2] 4087/18 4087/18

Latin [1] 4186/8

latter [1] 4105/5

laude [1] 4193/12

launch [31] 4100/9 4101/14 4101/18 4108/14 4134/15 4134/19 4135/4 4135/7 4136/15 4136/17 4137/4 4137/5 4137/7 4138/1 4139/7 4139/24 4140/1 4140/11 4156/21 4157/7 4157/11 4175/10 4176/9 4180/9 4183/14 4185/9 4186/17 4196/8 4196/16 4198/13 4205/4

launched [4] 4103/22 4139/13 4152/14 4153/8

launches [27] 4099/7 4099/23 4100/2 4100/4 4100/24 4102/8 4108/5 4108/8 4108/13 4108/18 4111/6 4134/12 4140/2 4140/7 4140/13 4140/15 4152/17 4154/13 4157/1 4157/9 4180/1 4196/5 4196/6 4196/19 4196/22 4198/10 4200/19

law [2] 4084/12 4154/21

laws [1] 4147/6

lawyers [2] 4154/19 4154/25

layman's [1] 4137/15

lead [3] 4141/24 4151/12 4182/7

leads [1] 4105/24

leaning [1] 4129/11

learning [2] 4199/18 4200/6

least [13] 4093/15 4099/13 4103/11 4113/12 4116/24 4120/5 4122/16 4123/13 4125/8 4129/9 4163/17 4167/10 4204/11

led [2] 4181/16

4217

**L**

led... [1] 4182/14
left [5] 4090/14
4096/25 4097/10
4165/18 4167/13
left-hand [1] 4165/18
length [1] 4168/3
less [17] 4095/9
4110/6 4132/16
4136/23 4136/25
4140/1 4141/20
4141/24 4147/22
4160/4 4161/11
4172/19 4172/20
4173/1 4173/25 4203/8
4203/10
let [46] 4089/5 4089/10
4090/2 4091/23 4094/7
4095/18 4097/13
4099/2 4099/17 4102/5
4104/5 4104/12
4108/16 4108/22
4109/24 4111/3
4114/15 4115/21
4115/22 4118/3 4126/2
4127/3 4127/8 4127/24
4128/9 4130/21
4141/13 4146/23
4150/14 4151/5 4155/2
4156/19 4163/25
4179/5 4179/11 4180/2
4180/4 4181/14 4184/5
4185/1 4190/7 4190/7
4192/10 4194/3 4197/1
4198/18
let's [58] 4091/16
4092/11 4093/22
4094/13 4097/10
4101/4 4102/5 4105/13
4111/18 4112/3
4112/12 4112/12
4113/1 4113/24 4114/7
4114/12 4116/6
4117/19 4119/8 4123/3
4123/14 4123/16
4124/1 4126/8 4129/2
4129/15 4129/15
4132/13 4134/4 4136/7
4137/12 4142/16
4149/9 4155/5 4156/20
4159/1 4161/2 4161/3
4162/15 4167/3
4167/25 4168/25
4171/11 4172/10
4172/11 4175/7
4175/20 4176/15
4180/13 4184/11
4185/1 4185/1 4185/6
4185/20 4187/9
4192/12 4200/23
4203/13
let's see [2] 4112/12
4185/1
level [13] 4100/13
4108/11 4136/14
4150/14 4160/10
4165/6 4167/12
4167/15 4173/9

4176/24 4201/18
levels [2] 4139/2
4173/17
levers [3] 4101/7
4103/10 4103/11
life [1] 4138/7
like [58] 4088/15
4088/15 4093/19
4097/1 4098/17
4098/17 4100/15
4100/18 4109/3
4115/10 4116/11
4124/21 4125/4 4129/8
4133/10 4136/25
4137/23 4144/13
4144/22 4145/8
4150/21 4151/9
4153/14 4153/20
4158/23 4161/1 4164/2
4165/25 4166/7
4169/23 4179/24
4179/25 4179/25
4181/24 4183/3 4183/4
4186/13 4187/3 4187/4
4187/16 4188/6 4189/4
4189/11 4190/1 4190/3
4193/24 4194/9
4194/10 4199/6
4199/15 4199/20
4201/7 4201/16
4201/19 4201/24
4202/18 4204/5 4205/2
likelihood [4] 4195/13
4195/17 4195/19
4199/17
likely [12] 4105/4
4129/13 4131/8 4132/3
4133/17 4135/25
4141/24 4143/14
4144/9 4172/19 4188/5
4195/8
limit [1] 4147/8
limited [4] 4115/10
4131/14 4161/16
4175/1
line [23] 4092/23
4093/5 4095/23 4103/8
4109/16 4109/17
4109/22 4109/23
4109/23 4109/25
4110/1 4119/22
4126/15 4126/15
4126/19 4128/14
4128/14 4128/14
4156/20 4165/3
4179/11 4179/12
4179/13
line 1 [1] 4126/15
line 12 [2] 4179/11
4179/12
line 17 [1] 4179/13
line 19 [2] 4126/15
4126/19
line 3 [1] 4109/23
line 8 [1] 4109/17
link [1] 4198/18
little [13] 4088/16

4107/25 4130/16
4143/25 4149/10
4149/14 4150/6 4168/4
4171/12 4178/15
4192/21
liven [1] 4192/5
LLC [2] 4083/6 4087/8
LLP [2] 4084/19 4085/3
loaded [1] 4124/1
log [1] 4204/22
long [31] 4090/18
4090/20 4091/14
4092/5 4096/3 4113/25
4115/5 4116/5 4117/5
4117/21 4129/12
4129/25 4130/10
4133/21 4135/2 4136/6
4136/7 4136/9 4137/2
4137/3 4137/5 4137/8
4137/16 4139/9
4139/11 4140/14
4153/15 4164/8 4196/3
4196/15 4197/4
long-term [20] 4090/18
4091/14 4096/3 4115/5
4129/25 4135/2 4136/6
4136/7 4136/9 4137/2
4137/3 4137/5 4137/8
4137/16 4139/9
4139/11 4153/15
4196/3 4196/15 4197/4
longer [4] 4116/1
4116/2 4139/19 4196/6
longer-term [1] 4196/6
look [24] 4092/17
4096/17 4097/10
4104/7 4104/10 4109/6
4111/18 4119/19
4126/9 4126/16 4129/2
4142/16 4145/11
4154/1 4160/11
4165/25 4166/9 4172/2
4178/6 4181/18
4184/23 4185/1 4185/6
4197/16
looked [5] 4091/14
4091/17 4092/12
4096/22 4098/9
looking [22] 4092/23
4095/17 4095/19
4096/5 4096/15
4112/21 4115/21
4116/14 4117/9 4123/5
4124/4 4127/13
4131/14 4132/7
4135/11 4142/5
4150/18 4151/9 4168/7
4180/15 4184/6 4188/9
looks [7] 4144/13
4179/24 4179/24
4179/25 4181/23
4199/20 4199/20
lot [8] 4088/17 4090/15
4103/3 4103/5 4142/22
4171/3 4172/10
low [9] 4106/13

4126/4 4127/10
4136/19 4139/2 4144/9
4199/25
lower [9] 4106/16
4121/8 4125/18
4127/14 4135/5
4140/14 4145/19
4160/4 4174/10
LT [2] 4145/14 4146/1
LT RPM [2] 4145/14
4146/1
LTV [55] 4090/4 4090/5
4090/11 4090/16
4090/17 4092/14
4092/19 4093/5
4093/23 4094/2
4094/20 4094/24
4095/17 4095/19
4096/20 4097/1 4097/4
4097/7 4106/21 4107/2
4112/22 4112/23
4113/16 4115/5 4117/6
4117/10 4117/11
4117/15 4117/16
4117/24 4117/25
4118/4 4118/11
4118/15 4118/23
4119/1 4119/15
4120/19 4120/24
4121/1 4121/13 4123/4
4155/12 4155/24
4156/1 4156/9 4176/22
4177/4 4177/17
4177/20 4178/17
4178/21 4178/24
4178/25 4180/6
lunch [7] 4150/4
4192/6 4197/9 4201/2
4205/2 4205/5 4205/7
luxury [1] 4138/22
lying [1] 4141/19

**M**

machine [4] 4169/23
4170/2 4199/18 4200/6
made [19] 4098/10
4098/18 4098/22
4104/20 4105/10
4107/7 4108/5 4115/3
4131/1 4145/2 4152/13
4154/4 4156/22
4156/25 4161/21
4167/9 4187/10
4189/10 4190/24
magic [1] 4181/4
magical [1] 4181/9
magnificent [1]
4198/11
magnitude [3] 4139/4
4174/14 4178/4
main [1] 4156/5
Maine [1] 4085/3
mainstream [2] 4174/5
4174/7
major [2] 4155/7
4155/7
majority [5] 4130/18

4133/4 4133/18
4136/4
make [23] 4089/5
4098/22 4102/5 4104/5
4108/1 4111/3 4119/18
4120/13 4123/14
4123/21 4128/22
4133/25 4144/12
4146/8 4146/21
4146/23 4157/12
4160/4 4188/12 4192/7
4194/20 4194/23
4198/1
makes [4] 4100/24
4108/12 4137/10
4153/18
making [5] 4126/6
4144/10 4153/20
4190/2 4197/25
man [1] 4155/23
manage [1] 4152/4
management [2]
4192/14 4193/3
manager [6] 4141/16
4141/17 4141/25
4151/12 4155/12
4156/8
managing [4] 4194/5
manipulate [1] 4202/8
many [9] 4092/1
4098/14 4098/18
4125/5 4158/1 4158/9
4158/12 4158/14
4166/18
margins [1] 4204/9
marked [2] 4104/18
4182/25
Marketing [2] 4189/22
4190/25
Markets [1] 4091/20
master's [1] 4193/6
match [1] 4142/20
matched [1] 4166/18
matching [3] 4143/14
4143/17 4145/8
material [1] 4150/7
4163/24
math [1] 4112/15
matter [1] 4206/4
max [10] 4088/22
4088/22 4089/6
4202/23 4202/23
4203/3 4203/5 4203/6
4203/11 4203/21
maximum [1] 4199/9
may [35] 4095/14
4101/14 4106/12
4115/21 4115/25
4119/11 4119/12
4119/15 4120/19
4120/24 4121/5
4134/19 4134/19
4134/20 4134/20
4135/4 4135/15
4135/15 4135/18
4135/24 4140/13
4140/16 4143/24
4148/4 4148/20 4151/2

**M**

may... [9] 4162/2
4182/23 4191/21
4191/22 4196/10
4198/1 4201/18
4201/19 4203/22
maybe [14] 4105/13
4105/17 4111/23
4115/15 4115/22
4115/25 4130/15
4162/10 4165/20
4171/12 4184/24
4185/19 4187/23
4201/2
me [67] 4089/5
4089/10 4090/2
4091/23 4094/7
4095/18 4097/13
4099/2 4099/17 4102/5
4104/5 4104/12
4108/16 4108/22
4109/9 4109/18
4109/24 4111/3
4111/15 4114/15
4115/15 4115/21
4115/22 4118/3
4118/24 4126/2
4126/24 4127/3 4127/8
4127/24 4128/9
4130/21 4133/13
4141/13 4145/17
4146/23 4150/14
4151/5 4153/4 4153/14
4153/19 4155/2
4156/19 4163/25
4165/4 4167/5 4179/5
4179/11 4180/2 4180/4
4181/10 4181/14
4184/5 4184/14 4185/1
4187/1 4189/11 4190/7
4190/7 4192/10 4194/3
4197/1 4198/18
4203/20 4203/21
4204/18 4205/2
mean [15] 4115/7
4118/18 4124/16
4124/17 4139/19
4147/22 4153/19
4154/25 4158/12
4161/20 4165/5 4167/6
4169/19 4170/24
4187/11
meaning [3] 4151/17
4169/7 4187/3
means [7] 4105/21
4119/12 4121/12
4124/19 4124/20
4139/12 4187/2
meant [1] 4198/25
measure [4] 4112/15
4131/1 4140/3 4153/25
measured [3] 4154/1
4156/4 4156/4
measurement [1]
4107/1
measuring [1] 4139/18
mechanical [1]
4085/15

mechanism [5]
4111/12 4122/7
4124/17 4177/24
4178/20
mechanisms [11]
4101/6 4102/10
4121/21 4122/1 4122/5
4122/20 4123/5 4124/5
4124/9 4157/10 4194/1
meet [1] 4131/19
meeting [3] 4181/23
4181/24 4190/10
meets [1] 4193/22
MEHTA [2] 4083/4
4087/3
member [3] 4101/23
4101/25 4114/23
members [2] 4122/15
4182/9
memo [25] 4097/11
4098/8 4104/21
4131/11 4131/17
4132/6 4135/21
4137/12 4137/13
4141/2 4148/8 4148/14
4148/25 4149/2
4150/17 4153/7
4155/20 4156/8
4159/21 4173/22
4174/20 4184/23
4184/23 4185/17
4187/12
memorize [1] 4181/11
memory [1] 4181/9
mental [1] 4145/6
mention [3] 4148/15
4148/19 4149/3
mentioned [5] 4095/2
4103/12 4109/2
4139/20 4198/24
mentioning [1] 4196/4
Merit [1] 4085/11
message [2] 4189/23
4190/5
messaging [1] 4190/15
metadata [1] 4169/21
methodologies [1]
4198/11
methodology [1]
4204/1
metric [1] 4100/17
metrics [1] 4185/8
mic [1] 4192/21
middle [1] 4185/20
might [27] 4091/7
4092/5 4095/7 4105/3
4105/6 4113/13 4115/9
4115/11 4116/5
4121/14 4121/14
4133/25 4141/5
4145/12 4145/13
4146/17 4147/15
4148/10 4160/25
4169/22 4169/24
4172/25 4173/13
4175/4 4186/23
4204/12 4204/24
mille [1] 4130/7

mind [14] 4102/13
4102/15 4103/12
4109/4 4120/12
4124/16 4127/4
4135/19 4135/22
4143/10 4169/20
4186/18 4194/17
4194/21
mine [1] 4114/22
minimum [3] 4166/24
4184/25 4186/10
minus [5] 4092/14
4117/25 4171/5 4171/6
4178/25
minute [8] 4099/1
4134/11 4148/25
4168/23 4185/4
4187/12 4190/20
4191/15
minutes [2] 4149/13
4150/2
misdirect [1] 4126/22
Misread [1] 4107/11
mission [3] 4194/18
4194/19 4194/23
mode [14] 4158/24
4161/20 4161/21
4161/23 4161/23
4161/25 4162/5 4162/9
4162/13 4173/8 4173/9
4173/18 4174/20
4174/25
model [1] 4145/6
models [2] 4144/23
4199/18
modest [1] 4133/18
moment [9] 4113/14
4115/11 4115/18
4115/25 4116/3
4126/16 4169/14
4187/25 4189/13
monetary [2] 4172/19
4174/10
more [70] 4090/2
4090/16 4095/9
4096/17 4096/19
4100/17 4102/24
4105/15 4105/17
4105/19 4105/21
4105/21 4105/24
4106/8 4107/9 4108/20
4108/22 4108/24
4110/7 4110/7 4115/12
4116/7 4116/22
4117/19 4119/17
4121/18 4122/1 4122/2
4127/24 4130/16
4131/7 4131/14
4133/20 4134/7
4135/12 4137/6
4139/18 4140/2
4141/23 4142/11
4143/20 4144/9
4145/18 4145/23
4146/5 4147/9 4150/6
4150/21 4157/3
4159/12 4159/14

4162/12 4164/7 4171/5
4171/12 4173/2
4173/11 4174/7
4174/17 4178/15
4186/18 4195/8 4195/9
4195/9 4195/11 4196/5
4196/17 4198/11
morning [9] 4083/7
4087/4 4087/6 4087/12
4087/23 4087/25
4088/2 4088/12
4088/13
most [14] 4099/4
4099/7 4100/2 4100/4
4100/24 4120/1
4132/15 4133/16
4139/1 4154/12 4188/5
4189/5 4189/24 4193/2
motion [1] 4087/20
move [11] 4088/17
4098/19 4098/20
4099/2 4110/20
4125/15 4125/19
4149/12 4155/3
4171/11 4192/21
moving [3] 4094/3
4128/25 4158/5
Mr. [18] 4087/14
4087/25 4088/3 4115/1
4115/2 4149/23
4150/24 4166/10
4191/10 4192/17
4193/14 4195/22
4197/9 4197/20
4198/20 4200/10
4200/18 4205/6
Mr. Cavanaugh [1]
4191/10
Mr. Dahlquist [12]
4088/3 4115/1 4149/23
4166/10 4192/17
4193/14 4195/22
4197/9 4197/20
4198/20 4200/10
4200/18
Mr. Juda [4] 4087/14
4087/25 4115/2 4205/6
Mr. Tischler [1]
4150/24
Ms. [2] 4185/3 4191/13
Ms. Gatas-Johnson [1]
4185/3
Ms. Waszmer [1]
4191/13
much [19] 4093/3
4093/20 4104/22
4132/16 4133/15
4136/23 4137/9
4138/21 4143/25
4149/15 4153/18
4174/6 4178/1 4194/22
4199/11 4201/17
4204/12 4204/13
4204/23
multiple [2] 4099/23
4166/16
multiplication [1]

multitude [2] 4098/10
4098/13
must [3] 4117/11
4148/4 4198/16
my [47] 4092/25
4102/11 4102/13
4102/15 4103/6
4103/12 4109/4 4112/2
4119/14 4123/13
4123/13 4124/16
4126/17 4132/9 4134/2
4141/3 4141/16
4141/16 4141/20
4141/22 4141/25
4145/6 4145/23
4147/23 4149/2
4150/22 4157/10
4159/13 4160/6
4163/19 4167/15
4168/3 4169/20
4179/17 4182/20
4184/5 4187/1 4190/17
4192/7 4193/2 4194/17
4194/21 4201/20
4201/20 4203/21
4204/17 4204/21
myself [3] 4101/3
4122/13 4150/1

**N**

naively [1] 4115/9
name [7] 4114/17
4129/4 4144/21
4158/22 4162/25
4163/6 4180/22
naturally [1] 4124/19
nav [1] 4132/17
navigate [1] 4201/11
NB [3] 4186/6 4186/7
4187/2
near [1] 4195/14
necessarily [22]
4100/7 4101/21
4103/13 4114/22
4122/4 4122/13
4127/23 4128/3
4138/25 4139/4
4147/16 4153/19
4157/4 4161/13 4170/8
4173/16 4174/2 4175/3
4177/19 4186/20
4188/3 4188/19
need [12] 4103/4
4104/21 4121/18
4121/21 4126/16
4131/20 4133/21
4164/15 4166/22
4170/23 4178/2 4185/9
needs [3] 4159/23
4167/16 4178/9
negates [1] 4109/4
negative [3] 4140/4
4145/24 4196/20
negatively [1] 4145/14
negligibly [1] 4091/11
net [2] 4108/13
4145/24

**N**

**network [1]** 4134/16
**neutral [1]** 4196/23
**never [6]** 4091/2
4115/23 4118/23
4147/18 4161/18
4164/15
**new [12]** 4084/20
4085/9 4099/9 4106/12
4108/19 4108/25
4110/8 4139/7 4139/13
4170/23 4205/2 4205/4
**next [45]** 4094/3
4099/3 4099/4 4099/17
4101/4 4104/2 4112/12
4113/1 4113/24 4117/9
4119/8 4121/17
4121/17 4132/13
4133/19 4137/12
4143/4 4143/23
4144/14 4146/4
4146/10 4150/13
4152/13 4154/11
4155/5 4155/6 4157/14
4158/7 4158/18 4159/1
4159/3 4159/3 4160/24
4168/24 4169/2 4169/4
4170/19 4174/4 4178/2
4178/8 4188/22
4189/16 4189/22
4190/10 4190/25
**nice [3]** 4087/13
4141/21 4192/5
**night [2]** 4088/14
4091/10
**nitty [1]** 4178/15
**nitty-gritty [1]** 4178/15
**no [33]** 4083/4 4093/25
4101/10 4103/17
4103/20 4111/21
4111/23 4112/7 4112/8
4118/19 4119/11
4120/9 4120/20 4126/6
4136/5 4141/15 4143/6
4147/2 4150/25 4153/3
4156/3 4156/10
4165/10 4166/8
4166/21 4179/3 4179/9
4180/8 4183/10
4190/17 4191/8
4191/12 4203/7
**nomenclature [1]**
4100/18
**non [1]** 4108/12
**non-trivial [1]** 4108/12
**None [1]** 4191/20
**normal [2]** 4137/23
4139/7
**not [145]**
**nota [1]** 4187/2
**nota bene [1]** 4187/2
**note [7]** 4130/13
4131/13 4147/17
4187/1 4187/3 4187/5
4187/6
**noted [3]** 4101/20
4118/18 4187/3
**notes [2]** 4133/6

**nothing [1]** 4091/5
**noting [1]** 4173/25
**notion [1]** 4109/2
**now [19]** 4090/14
4090/16 4092/13
4093/4 4095/17 4097/1
4112/3 4117/20 4128/6
4134/7 4141/4 4154/15
4163/24 4167/8 4176/3
4185/14 4186/11
4197/1 4203/3
**nowhere [3]** 4148/14
4148/19 4149/2
**number [34]** 4089/16
4092/9 4098/15
4100/19 4100/22
4133/7 4133/16
4135/25 4140/15
4142/6 4145/3 4146/24
4148/3 4152/5 4152/24
4152/25 4153/14
4153/17 4153/23
4154/1 4157/1 4159/25
4161/8 4164/14
4172/18 4172/21
4173/2 4173/22
4174/14 4174/15
4175/21 4180/18
4200/9 4202/7
**numbers [8]** 4131/24
4132/24 4132/24
4133/3 4133/13
4138/15 4147/18
4156/18
**nutshell [4]** 4112/14
4176/18 4176/21
4198/9
**NW [2]** 4084/3 4085/13
**NY [2]** 4084/20 4085/9

**O**

**object [1]** 4158/3
**objection [6]** 4107/11
4155/1 4163/3 4163/23
4183/9 4183/10
**objective [7]** 4130/23
4131/2 4135/25
4140/19 4152/21
4153/16 4153/24
**observe [1]** 4198/8
**obvious [1]** 4194/14
**obviously [1]** 4147/18
**October [16]** 4083/5
4109/16 4109/22
4110/2 4126/9 4126/13
4126/19 4126/22
4128/7 4128/9 4128/13
4179/11 4179/12
4179/15 4181/23
4206/7
**October 14 [1]** 4179/12
**October 14th [1]**
4179/11
**October 15 [1]** 4126/22
**October 15th [4]**
4126/9 4126/13 4128/7
4128/13

**odds [2]** 4110/22
4115/19
**off [4]** 4090/14 4096/25
4097/11 4190/22
**offered [1]** 4193/4
**Official [1]** 4085/12
**offset [2]** 4094/12
4094/25
**Oh [5]** 4111/24
4123/24 4126/22
4139/21 4186/8
**okay [78]** 4087/22
4089/13 4091/13
4092/3 4092/22
4093/14 4094/9
4094/23 4095/6
4095/10 4096/14
4098/7 4102/4 4104/16
4112/2 4112/5 4113/23
4119/19 4123/25
4124/2 4126/7 4126/21
4127/1 4127/2 4127/19
4128/5 4128/25
4131/22 4132/23
4134/3 4135/20
4135/23 4139/16
4140/21 4142/2 4143/7
4146/2 4148/6 4150/5
4150/16 4151/4 4154/5
4158/25 4163/10
4163/25 4168/22
4169/15 4169/25
4170/3 4171/7 4173/4
4174/3 4175/24
4179/14 4180/3
4180/19 4181/20
4182/16 4184/4
4184/13 4184/22
4185/4 4189/15
4190/19 4192/4
4192/16 4193/13
4196/25 4197/7
4197/18 4198/4
4198/17 4200/22
4202/15 4202/21
4203/9 4203/16
4204/14
**OKR [14]** 4130/19
4130/19 4130/22
4131/5 4134/7 4134/24
4135/25 4141/2 4146/1
4148/11 4148/20
4152/21 4153/2 4156/4
**old [2]** 4108/19
4197/11
**once [1]** 4203/11
**one [44]** 4088/24
4090/2 4094/5 4097/3
4104/7 4107/5 4107/6
4108/22 4112/21
4115/9 4117/19 4120/6
4125/5 4128/3 4128/7
4128/19 4131/8
4137/17 4137/20
4151/21 4154/1
4154/12 4158/19
4159/16 4160/16

4166/12 4167/25
4168/1 4171/21
4172/13 4172/13
4174/24 4176/1
4177/25 4181/12
4181/24 4182/3 4182/8
4185/2 4194/1 4201/10
4204/21
**one's [2]** 4120/21
4121/2
**ones [3]** 4108/20
4109/1 4110/9
**only [17]** 4093/18
4096/13 4107/5 4107/6
4147/7 4147/17 4152/3
4159/24 4161/15
4177/16 4177/20
4177/24 4183/18
4184/21 4196/7
4201/20 4201/21
**open [2]** 4127/4
4201/21
**operate [1]** 4154/20
**operationalizing [1]**
4202/13
**opportunities [2]**
4145/12 4175/2
**opportunity [2]**
4145/19 4175/6
**opposed [1]** 4107/18
**opposite [1]** 4142/13
**optimize [1]** 4152/4
**option [4]** 4102/9
4186/24 4201/10
4203/2
**optional [1]** 4199/10
**order [7]** 4122/10
4123/5 4130/16
4149/21 4160/4 4178/2
4178/9
**organization [1]**
4151/22
**organize [2]** 4130/24
4194/19
**organized [1]** 4145/7
**original [5]** 4141/12
4141/16 4157/11
4157/19 4162/16
**orthogonal [1]**
4153/17
**other [22]** 4094/24
4099/15 4106/16
4120/23 4133/7
4138/15 4141/17
4142/1 4145/1 4147/21
4148/16 4148/18
4148/19 4151/25
4155/13 4162/1 4163/2
4164/22 4187/17
4188/9 4203/22
4204/16
**others [2]** 4118/25
4184/24
**others' [1]** 4123/1
**otherwise [3]** 4113/13
4153/21 4155/19
**ought [1]** 4144/9

**P.m [3]** 4201/20
4205/12 4205/12
**PA [1]** 4171/15
**page [60]** 4092/8
4092/17 4095/20
4096/5 4096/15
4096/18 4096/20
4097/16 4098/23
4104/1 4104/2 4104/8
4104/20 4109/8
4109/16 4109/22
4109/24 4112/12
4113/1 4113/24
4115/16 4116/14
4117/19 4119/8

**N**

**network [1]** 4134/16
4097/22

4101/6 4135/19
4135/25 4136/25
4137/23 4138/3
4138/14 4139/1 4139/9
4141/5 4144/4 4144/22
4152/17 4194/17
4195/21 4198/10
4198/11 4199/15
4199/24 4202/9
4202/11
**out [8]** 4100/9 4135/4
4141/24 4149/7
4151/25 4185/4
4191/18 4201/7
**outcome [5]** 4102/15
4108/1 4108/14
4186/23 4199/4
**output [1]** 4102/13
**outside [1]** 4165/8
**outsource [1]** 4151/22
**outstanding [1]**
4106/13
**over [31]** 4091/8
4091/11 4112/21
4112/24 4115/6
4125/11 4130/24
4131/3 4131/8 4132/1
4136/11 4136/17
4136/23 4137/7 4138/6
4138/23 4138/24
4139/17 4140/8
4140/14 4140/19
4152/10 4152/13
4153/6 4153/7 4154/9
4174/24 4188/13
4188/18 4197/5
4200/11
**overall [4]** 4103/2
4128/16 4140/7
4202/9
**overlapping [1]** 4090/6
**overloaded [1]**
4144/19
**overpromises [1]**
4115/14
**overwhelming [4]**
4130/18 4131/4 4133/4
4136/3
**own [2]** 4142/12
4202/18

**P**

page... [36] 4119/11
4123/8 4125/6 4126/13
4126/14 4126/18
4126/19 4128/8 4128/9
4128/14 4137/12
4142/6 4144/22
4148/25 4155/5 4158/7
4159/3 4159/3 4160/24
4161/3 4161/4 4162/16
4163/2 4164/12 4168/7
4172/11 4179/11
4179/12 4180/13
4181/22 4182/2
4185/20 4187/9
4187/16 4194/13
4200/1
page 1 [1] 4098/23
page 318 [3] 4109/16
4109/22 4109/24
page 3412 [1] 4180/13
page 401 [3] 4126/13
4126/18 4126/19
page 412 [3] 4128/8
4128/9 4128/14
page 509 [1] 4104/1
page 53 [2] 4179/11
4179/12
page 6 [4] 4092/8
4095/20 4096/5
4096/15
page 7 [2] 4096/18
4096/20
Page 783 [1] 4119/11
page 792 [1] 4125/6
pages [9] 4098/25
4109/18 4119/10
4119/19 4123/10
4146/16 4176/1
4176/17 4199/7
pairing [1] 4157/9
paper [3] 4091/19
4145/6 4187/19
paragraph [18] 4094/3
4094/4 4094/6 4095/8
4095/9 4097/21 4099/4
4139/20 4154/11
4155/11 4157/7
4157/14 4158/8 4159/1
4159/5 4183/17
4183/18 4183/25
parenthetical [1]
4188/20
part [16] 4096/4
4096/13 4107/2
4107/22 4113/11
4114/20 4122/17
4122/17 4130/20
4135/11 4160/20
4162/15 4166/3
4177/16 4178/17
4186/21
participant [1] 4191/5
participants [2] 4106/8
4106/16
participate [1] 4105/19
participates [1]
4199/12

particular [11] 4092/2
4093/7 4093/17
4093/25 4107/25
4114/10 4133/12
4143/9 4167/7 4204/6
4204/12
parties [3] 4168/6
4194/1 4194/2
partnership [1] 4172/8
parts [1] 4148/23
party [2] 4151/22
4172/9
pass [1] 4191/18
passed [1] 4138/25
past [6] 4098/20
4134/6 4144/6 4152/13
4153/7 4200/11
PATTERSON [1]
4084/18
pause [4] 4191/16
4200/23 4202/16
4205/2
pay [6] 4097/23
4158/16 4186/10
4201/17 4203/6
4203/10
paying [1] 4124/19
pbwt.com [1] 4084/21
PCQ [5] 4096/8
4096/12 4096/15
4096/21 4144/15
PCTR [8] 4092/14
4117/25 4144/5
4178/16 4178/21
4178/25 4179/7
4179/20
people [6] 4142/1
4143/10 4143/16
4154/16 4154/19
4173/12
per [29] 4088/22
4097/23 4097/23
4097/23 4100/10
4100/15 4100/23
4100/23 4108/9 4130/4
4130/7 4130/19 4131/5
4138/19 4140/1
4140/11 4152/15
4153/8 4155/15 4156/2
4156/10 4157/8
4159/18 4172/20
4182/21 4199/9
4201/17 4203/7 4204/5
percent [50] 4103/22
4129/12 4129/19
4129/19 4129/21
4129/23 4130/19
4131/5 4133/21
4133/25 4134/7
4134/18 4134/20
4134/24 4135/1 4136/4
4138/19 4139/3 4139/3
4139/11 4139/12
4139/23 4139/25
4140/9 4140/17 4141/1
4141/5 4145/3 4145/3
4146/19 4147/4 4147/9
4147/13 4147/19

4149/4 4152/14
4152/21 4153/2 4153/8
4153/15 4153/21
4153/23 4154/3
4172/19 4173/20
4174/10 4182/21
4200/20
percentage [4]
4133/18 4135/14
4153/23 4153/25
perception [1] 4188/23
performance [2]
4150/14 4204/13
perhaps [7] 4099/15
4107/6 4132/14
4132/16 4171/21
4172/20 4187/2
period [1] 4136/11
periods [1] 4130/25
permission [2] 4163/1
4183/8
permit [1] 4147/7
personalization [1]
4170/25
perspective [6]
4100/18 4116/7 4135/2
4137/6 4193/23
4199/14
Ph.D [2] 4193/3
4193/15
phenomena [1] 4198/7
physically [1] 4202/7
physics [1] 4147/7
pick [3] 4088/15
4096/24 4202/17
picked [2] 4192/11
4192/11
Pitch [1] 4150/13
place [4] 4100/6
4102/21 4104/6
4193/21
Plaintiff [2] 4084/11
4087/10
PLAINTIFF's [2]
4086/5 4190/22
Plaintiffs [4] 4083/4
4084/2 4087/9 4088/7
PLAs [2] 4132/2
4132/10
platform [3] 4130/1
4134/12 4135/15
platforms [1] 4148/18
plausible [6] 4106/4
4122/19 4160/23
4180/23 4181/10
4185/16
play [4] 4100/13
4196/2 4199/3 4200/3
plays [1] 4104/22
please [21] 4087/4
4107/15 4109/19
4113/24 4126/9 4135/8
4139/21 4148/25
4149/22 4150/11
4158/7 4160/14
4169/18 4175/21

4184/2 4187/4 4187/6
4201/19 4205/6
PLQ [5] 4096/8
4096/12 4096/15
4096/21 4144/15
plus [3] 4129/12
4131/13 4153/15
PM [1] 4151/11
point [19] 4098/20
4099/3 4119/18
4123/18 4124/12
4142/16 4146/4
4146/10 4147/24
4150/25 4153/24
4165/23 4167/6 4174/4
4174/6 4174/15
4174/18 4186/2
4193/16
points [4] 4116/22
4142/7 4144/25
4152/16
Polyjuice [5] 4180/22
4180/24 4181/4 4181/7
4183/13
population [1] 4195/11
portions [2] 4093/15
4113/9
position [4] 4117/8
4117/10 4186/3 4186/3
positions [1] 4177/1
positive [7] 4128/2
4128/21 4139/12
4140/4 4140/4 4140/17
4140/18
positively [1] 4145/14
possessive [2]
4114/22 4114/25
possible [7] 4106/15
4114/11 4128/21
4129/14 4146/18
4178/14 4193/23
possibly [1] 4199/11
posting [1] 4154/16
postlaunch [2]
4139/13 4139/13
potential [1] 4204/18
potentially [3] 4124/15
4133/6 4159/17
potion [1] 4181/4
potions [1] 4181/11
Potter [3] 4180/25
4181/4 4181/7
practice [7] 4134/17
4137/10 4143/14
4143/17 4148/4
4153/19 4202/10
predicate [1] 4166/24
predict [9] 4093/6
4093/24 4144/5
4199/15 4199/16
4199/16 4199/22
4199/24 4200/6
predicted [9] 4094/5
4094/11 4094/12
4094/25 4095/1
4094/25 4095/24
4196/19 4196/23

predicting [1] 4145/9
prediction [8] 4143/23
4144/3 4144/23
4144/23 4145/16
4172/24 4173/2
4199/19
prelaunch [1] 4139/14
prepared [1] 4167/19
present [1] 4120/9
presentation [3]
4112/6 4160/20 4168/8
president [1] 4192/14
presiding [1] 4087/3
pressure [2] 4120/6
4120/16
presumably [4] 4098/3
4099/6 4119/25
4165/23
Prettyman [1] 4085/13
previous [5] 4106/16
4108/25 4110/8
4136/18 4189/11
previously [4] 4088/8
4103/12 4109/2
price [16] 4101/15
4101/18 4101/19
4102/17 4102/25
4106/25 4116/20
4118/12 4119/23
4121/9 4122/8 4124/19
4126/4 4175/14
4182/17 4184/7
priced [1] 4091/21
prices [38] 4102/15
4103/2 4103/15 4105/3
4105/3 4105/6 4105/25
4106/9 4107/9 4107/18
4107/21 4108/2 4108/3
4108/8 4108/19
4108/19 4108/23
4108/23 4108/25
4109/4 4110/5 4110/7
4110/7 4110/8 4110/8
4113/2 4121/8 4125/15
4125/19 4126/5
4127/11 4127/15
4127/21 4146/6
4188/12 4188/18
4200/13 4200/14
pricing [84] 4097/2
4097/4 4097/8 4097/12
4097/17 4097/22
4097/24 4098/6
4099/19 4100/3 4101/5
4101/7 4101/8 4101/14
4101/17 4102/9
4102/19 4103/11
4103/14 4103/16
4103/19 4108/6
4111/16 4112/9 4113/6
4114/9 4114/14
4116/12 4118/16
4119/2 4119/11
4119/15 4119/22
4120/1 4120/18
4120/24 4121/5 4121/5
4121/12 4121/14
4121/21 4121/22

**P**

pricing... [42] 4121/25
4122/1 4122/2 4122/5
4122/9 4122/10
4122/12 4122/16
4122/20 4122/21
4122/22 4123/4 4123/5
4123/6 4124/5 4124/9
4124/17 4125/7
4125/10 4125/12
4125/23 4126/1 4126/3
4127/9 4127/20 4128/1
4128/16 4144/14
4146/4 4152/5 4152/16
4157/9 4157/10 4177/9
4177/11 4185/11
4186/13 4186/16
4186/19 4186/21
4199/13 4204/18
**Princeton [1]** 4193/11
**print [1]** 4187/18
**prior [2]** 4193/6 4193/7
**privacy [4]** 4159/12
4159/17 4162/7
4163/15
**privilege [1]** 4155/1
**privileged [1]** 4158/3
**probability [4]** 4176/21
4176/25 4177/13
4177/17
**probable [2]** 4178/12
4178/13
**probably [27]** 4094/15
4099/14 4105/17
4112/20 4113/14
4119/12 4119/17
4122/13 4133/18
4141/23 4142/22
4144/20 4145/5
4145/18 4145/20
4150/21 4155/17
4157/3 4157/25
4162/10 4171/23
4173/1 4177/10 4187/4
4187/7 4187/18 4198/9
**problems [1]** 4188/24
**proceed [1]** 4150/8
**proceedings [3]**
4083/9 4085/15 4206/4
**process [12]** 4107/22
4111/10 4113/11
4113/20 4118/17
4119/23 4122/2 4122/6
4122/11 4122/17
4156/22 4157/2
**processes [2]** 4142/20
4194/6
**produced [1]** 4085/16
**product [10]** 4154/21
4161/5 4161/8 4162/4
4164/14 4164/21
4164/24 4165/7
4167/23 4192/14
**production [1]**
4137/23
**products [2]** 4141/18
4165/11
**Professor [1]** 4087/19

**Professor Whinston...**
[1] 4087/19
**profit [1]** 4112/15
**profits [1]** 4112/18
**program [2]** 4168/24
4173/6
**progress [2]** 4131/1
4135/24
**project [13]** 4127/20
4128/16 4151/11
4155/12 4155/12
4155/23 4155/24
4156/1 4156/8 4156/9
4157/20 4157/23
4160/20
**prolific [1]** 4154/12
**promotion [4]** 4150/18
4151/5 4151/7 4159/22
**propensity [3]** 4196/10
4196/11 4196/13
**proper [1]** 4110/19
**properties [1]** 4160/10
**proposal [31]** 4158/20
4158/22 4159/11
4160/9 4161/5 4161/8
4161/10 4161/14
4161/18 4161/22
4162/7 4162/7 4162/15
4163/15 4165/16
4165/25 4166/3 4166/6
4166/17 4167/23
4168/16 4169/16
4170/5 4170/16
4170/21 4171/8 4171/8
4172/1 4172/5 4173/13
4173/14
**proposals [1]** 4164/15
**propose [1]** 4166/9
**proposed [6]** 4163/16
4164/21 4174/20
4175/1 4190/15
4190/15
**proposing [1]** 4170/8
**prose [1]** 4123/2
**Protection [1]** 4084/13
**proven [1]** 4142/23
**provide [11]** 4115/25
4145/11 4151/21
4159/14 4201/22
4203/20 4204/21
4204/11 4204/16
4204/17 4204/23
**provided [3]** 4098/14
4179/25 4204/4
**providing [7]** 4091/7
4098/12 4173/25
4180/1 4199/6 4199/6
4199/8
**pseudonymous [1]**
4170/24
**public [1]** 4092/23
**publicly [1]** 4167/20
**pull [2]** 4185/3 4187/23
**pulled [1]** 4091/9
**put [8]** 4087/17
4114/22 4132/6
4141/21 4143/21
4197/12 4200/11

**Q**

**quality [88]** 4089/1
4089/3 4089/4 4089/7
4089/10 4089/11
4089/15 4089/15
4089/19 4089/19
4089/20 4089/24
4090/10 4097/4
4097/11 4099/5 4099/7
4099/9 4099/22 4100/2
4100/24 4101/14
4101/17 4101/18
4102/7 4102/8 4102/22
4104/20 4104/23
4106/19 4106/20
4106/24 4107/1 4110/4
4111/21 4112/7
4114/20 4114/23
4116/2 4116/5 4120/10
4121/1 4125/15
4129/11 4129/17
4129/20 4131/6
4133/20 4133/24
4134/25 4136/3
4136/19 4144/5 4144/9
4144/10 4144/21
4144/23 4145/7 4145/9
4145/19 4145/21
4145/22 4151/12
4152/5 4154/13
4155/13 4156/25
4176/6 4180/21
4181/17 4182/8
4182/14 4194/3 4194/4
4194/16 4194/24
4195/4 4195/7 4195/13
4196/3 4196/9 4196/18
4199/7 4200/5 4200/13
4200/14 4200/19
4204/8
**queries [2]** 4143/21
4151/24
**query [3]** 4132/17
4147/5 4201/6
**question [55]** 4089/18
4090/20 4091/14
4091/15 4091/16
4095/18 4098/22
4106/22 4107/13
4108/12 4108/17
4110/3 4110/4 4110/10
4115/2 4115/4 4116/4
4118/3 4118/10
4118/13 4123/22
4125/8 4125/9 4126/17
4127/3 4127/5 4127/8
4127/24 4128/15
4130/21 4134/22
4135/8 4135/19 4141/7
4142/12 4149/2
4149/25 4150/1 4155/3
4156/23 4163/5 4164/1
4178/18 4179/5
4179/16 4179/17
4179/22 4179/24
4181/14 4183/4 4184/5

**questions [13]** 4103/6
4140/25 4151/10
4158/3 4161/1 4166/21
4191/8 4191/12
4197/20 4197/25
4198/20 4200/12
4200/18
**quick [2]** 4094/8
4123/8
**quickly [2]** 4195/9
4197/15
**quite [1]** 4106/15
**quo [1]** 4138/4
**quotes [1]** 4200/11

**R**

**raise [12]** 4103/15
4107/9 4107/17
4107/20 4108/19
4108/23 4109/3 4110/5
4128/16 4128/19
4188/12 4188/18
**raised [2]** 4127/21
4197/9
**raising [2]** 4105/3
4110/6
**Ralph [1]** 4084/14
**ramification [1]**
4186/23
**ramifications [2]**
4116/1 4171/15
**ran [2]** 4135/5 4173/5
**randomization [4]**
4184/15 4184/19
4185/10 4185/14
**randomize' [1]**
4188/23
**randomized [1]**
4175/13
**randomly [2]** 4189/16
4190/5
**ranges [1]** 4194/8
**ranging [1]** 4201/14
**rank [7]** 4090/3
4090/11 4117/8
4117/10 4186/3
4186/12 4189/25
**ranked [3]** 4090/2
4091/21 4189/6
**ranking [7]** 4089/16
4102/22 4113/6
4155/14 4179/7
4179/20 4199/13
**ranking/pricing [1]**
4113/6
**rare [1]** 4100/8
**Rasta [23]** 4129/12
4129/25 4130/1 4134/8
4134/11 4134/18
4135/2 4135/3 4135/12
4135/15 4136/1 4136/6
4136/7 4136/9 4136/20
4137/8 4137/15
4137/17 4139/11
4153/15 4155/18
4197/20 4197/25

**rather [13]** 4103/22
4106/18 4108/15
4116/4 4119/4 4125/5
4153/22 4155/18
4157/4 4157/25
4173/17 4173/25
4175/15
**re [4]** 4126/2 4126/17
4127/3 4184/5
**re-ask [3]** 4126/17
4127/3 4184/5
**re-start [1]** 4126/2
**reach [3]** 4147/13
4147/24 4148/11
**reaching [1]** 4147/12
**read [27]** 4092/18
4095/23 4096/18
4119/17 4123/13
4126/11 4126/12
4126/15 4126/25
4127/1 4128/7 4130/10
4131/25 4131/25
4132/13 4145/17
4148/22 4148/25
4152/25 4161/9
4163/19 4170/23
4181/2 4181/8 4183/8
4183/25 4190/18
**reading [6]** 4104/14
4110/15 4122/16
4123/19 4126/24
4165/20
**ready [4]** 4087/14
4088/4 4094/7 4094/9
**real [5]** 4094/8 4123/8
4134/19 4138/22
4146/17
**real-time [1]** 4138/22
**reality [1]** 4104/23
**realized [1]** 4156/5
**really [1]** 4166/21
**Realtime [1]** 4085/12
**reason [5]** 4093/1
4143/18 4148/20
4149/3 4164/20
**reasonable [2]**
4091/12 4111/15
**recall [15]** 4092/16
4093/17 4096/9
4098/11 4098/12
4112/6 4152/10
4152/12 4160/22
4178/4 4178/5 4178/6
4197/19 4197/22
4198/21
**recap [1]** 4116/17
**receive [1]** 4151/5
**received [1]** 4193/9
**recent [1]** 4193/2
**recess [4]** 4149/18
4149/19 4205/11
4205/12
**recognition [1]**
4140/13

4223

**R**

recognize [1] 4160/19
recollection [8]
4125/25 4126/6 4126/8
4141/3 4159/13
4182/20 4189/13
4204/21
record [4] 4087/17
4135/24 4190/22
4206/3
recorded [1] 4085/15
RECROSS [1] 4086/4
red [1] 4170/12
redacted [10] 4092/18
4096/18 4113/10
4123/14 4152/24
4156/18 4160/25
4162/18 4163/7
4164/21
REDIRECT [1] 4086/4
reeding [1] 4110/18
refer [6] 4118/23
4164/17 4164/18
4175/15 4196/12
4197/14
reference [15] 4104/21
4119/23 4129/24
4142/19 4148/8
4148/24 4154/24
4157/24 4164/12
4180/25 4181/7 4184/5
4184/19 4188/11
4190/24
referenced [7] 4096/8
4106/20 4122/21
4144/6 4148/23 4171/1
4182/5
references [2] 4149/5
4170/25
referencing [6]
4096/10 4132/20
4132/21 4136/5
4144/20 4151/16
referring [5] 4096/9
4100/11 4100/12
4135/6 4155/18
refers [1] 4118/4
refined [1] 4105/18
reflect [3] 4100/18
4115/5 4165/18
reflected [1] 4188/19
reflects [1] 4168/10
reframe [1] 4135/8
refresh [1] 4126/8
regard [3] 4097/2
4197/4 4200/17
regarding [3] 4133/14
4168/20 4170/8
regards [1] 4111/10
Registered [1] 4085/11
relates [1] 4185/14
relationship [2]
4113/21 4168/4
relative [6] 4126/4
4127/10 4133/20
4134/6 4144/10
4145/20
relatively [5] 4101/25

4158/15 4168/20
relevant [3] 4143/11
4185/21 4185/25
rely [1] 4131/8
remember [9] 4090/23
4092/15 4093/18
4093/20 4097/5 4129/9
4129/10 4181/12
4195/25
remove [1] 4133/19
repeat [7] 4109/18
4118/13 4156/23
4175/21 4178/18
4192/12 4195/2
replace [1] 4185/11
report [3] 4150/24
4151/1 4153/20
reported [1] 4156/5
Reporter [4] 4085/11
4085/11 4085/12
4085/12
reporting [1] 4100/19
reports [1] 4204/20
represent [2] 4133/4
4133/16
request [1] 4163/1
reserve [3] 4121/5
4121/8 4121/12
reserves [1] 4101/7
respect [4] 4091/16
4096/10 4141/22
4153/22
respectively [1]
4166/25
respond [4] 4136/17
4138/23 4138/24
4198/10
response [13] 4091/8
4117/17 4125/9
4136/22 4137/3 4137/4
4137/5 4139/7 4143/20
4147/4 4151/23
4161/22 4194/7
responses [1] 4139/19
rest [3] 4109/4 4131/11
4136/12
restate [4] 4089/10
4107/13 4130/21
4163/25
rested [1] 4131/5
restricted [1] 4094/16
result [6] 4102/24
4139/25 4140/14
4152/21 4182/17
4195/10
resulted [2] 4182/20
4184/7
results [2] 4130/24
4202/9
resume [1] 4149/14
RESUMED [1] 4088/8
retained [1] 4170/6
returning [2] 4103/8
4127/13
rev [1] 4196/20
revenue [56] 4111/7
4115/10 4115/18

4130/4 4130/7 4130/19
4131/5 4131/18
4132/25 4132/25
4133/5 4135/14 4136/4
4136/5 4136/6 4136/15
4136/21 4136/23
4137/1 4137/10 4138/7
4138/9 4138/19
4139/25 4140/14
4141/20 4143/25
4145/25 4148/20
4149/4 4152/14 4153/1
4153/5 4153/8 4153/12
4153/12 4153/18
4153/20 4154/4 4154/9
4155/19 4156/5 4157/8
4159/18 4159/24
4160/4 4174/22 4175/2
4196/20 4196/23
4197/4 4198/1 4200/4
4200/20
review [2] 4176/7
4187/25
reviewed [1] 4098/9
reviewers [1] 4154/12
reviewing [1] 4132/1
rewind [1] 4088/16
rGSP [41] 4175/11
4175/13 4176/4 4176/9
4176/12 4176/21
4176/25 4177/12
4177/16 4177/20
4178/3 4178/10
4178/16 4178/20
4179/1 4179/3 4179/6
4179/17 4179/18
4179/19 4180/6
4180/11 4180/14
4180/21 4181/13
4181/15 4181/16
4182/12 4182/14
4182/17 4182/20
4183/13 4184/7
4184/11 4184/20
4184/24 4184/25
4185/15 4185/18
4188/17 4190/11
right [40] 4087/12
4087/25 4088/3
4092/13 4098/4
4100/10 4104/6
4105/23 4115/11
4119/24 4120/17
4129/5 4130/15
4134/20 4134/25
4138/5 4140/10
4140/18 4141/6 4146/6
4147/10 4148/2
4148/13 4150/20
4155/24 4159/25
4160/17 4165/1 4166/4
4166/14 4167/23
4171/11 4174/5
4176/11 4179/4
4183/11 4184/10
4190/6 4191/10
4204/16

right-hand [1] 4141/6
rise [6] 4087/2 4139/25
4149/17 4149/20
4167/15 4205/10
risk [3] 4125/18
4127/14 4146/12
RMR [2] 4206/2 4206/8
role [1] 4192/12
roles [2] 4199/2 4200/3
Roman [1] 4113/25
ROSATI [1] 4085/7
rough [2] 4141/17
4204/5
roughly [1] 4182/21
round [1] 4099/18
RPM [28] 4129/12
4129/25 4130/4 4130/6
4134/8 4134/8 4135/2
4135/12 4135/13
4135/16 4136/1 4136/6
4136/8 4136/9 4136/11
4137/8 4137/15
4138/11 4138/12
4139/11 4142/11
4145/14 4146/1
4153/15 4155/18
4156/4 4197/21 4198/1
rudimentary [1]
4092/19
ruling [1] 4164/2
run [11] 4093/2 4106/3
4116/5 4130/1 4134/12
4134/15 4135/3
4137/21 4140/14
4167/25 4189/4
runner [2] 4143/5
4186/11
runner-up [1] 4143/5
runner-up' [1] 4186/11
running [4] 4138/18
4139/1 4176/12
4180/11
runs [4] 4116/20
4117/15 4189/24
4203/11

**S**

safer [3] 4105/3 4107/9
4107/17
said [16] 4090/24
4106/7 4108/21 4109/5
4109/25 4125/2
4126/18 4127/12
4131/1 4131/13 4154/7
4177/6 4188/5 4189/11
4194/11 4198/19
sale [1] 4100/23
sales [2] 4100/19
4100/22
Sallet [1] 4084/12
same [15] 4092/19
4096/15 4121/2 4125/6
4127/15 4142/5
4153/15 4159/2
4166/18 4171/23
4180/13 4180/17
4181/21 4183/7
4204/11

right-hand [1] 4168/1 4168/9
4169/2 4169/5 4169/7
4169/11 4170/9
4170/10
saved [2] 4168/17
4170/17
saving [3] 4169/13
4169/13 4170/13
saw [1] 4089/20
say [34] 4095/24
4096/1 4101/3 4105/1
4105/17 4106/4
4115/21 4119/9
4122/19 4122/24
4130/17 4135/6
4147/12 4151/11
4155/18 4162/24
4164/8 4168/19
4169/22 4173/22
4174/4 4178/13
4178/13 4181/8
4186/10 4186/11
4188/21 4189/4
4189/16 4190/1 4190/3
4190/3 4201/19 4202/6
saying [18] 4093/18
4100/1 4101/1 4102/18
4121/16 4131/19
4133/24 4142/12
4146/24 4147/2 4147/6
4147/14 4147/15
4152/12 4153/22
4166/5 4189/14 4190/1
says [24] 4093/5
4093/9 4097/17 4107/8
4113/5 4115/15
4119/22 4121/4 4121/8
4121/17 4125/14
4127/18 4156/11
4168/12 4168/13
4169/2 4169/16 4170/7
4170/10 4170/11
4171/16 4176/16
4177/8 4186/6
scale [1] 4160/4
scenario [1] 4120/7
scenarios [3] 4120/2
4120/5 4173/3
Schmidtlein [2] 4085/2
4087/11
School [3] 4193/4
4193/4 4193/7
science [5] 4193/6
4193/7 4193/8 4193/10
4193/22
Sciences [3] 4193/5
4193/8
scope [1] 4094/17
score [7] 4089/19
4089/19 4089/23
4117/5 4117/6 4117/16
4117/16
scores [3] 4176/22
4177/4 4177/20
screen [8] 4092/13
4092/25 4093/1 4103/9
4183/3 4188/10
4191/19 4197/12

**sealed [1]** 4167/16
**search [54]** 4091/20
4105/21 4108/6
4113/11 4118/12
4118/17 4122/2 4122/6
4122/11 4127/21
4129/13 4130/18
4131/4 4131/6 4131/18
4132/16 4132/21
4132/25 4133/5
4133/16 4136/2 4136/4
4137/10 4137/22
4138/19 4142/11
4145/8 4148/16
4151/12 4151/16
4151/19 4151/19
4151/22 4151/25
4151/25 4152/3 4152/6
4152/10 4154/8 4157/2
4159/8 4159/24
4162/21 4162/22
4166/8 4169/22 4175/2
4175/10 4186/21
4193/24 4194/7 4194/9
4195/9 4204/6
**searches [9]** 4138/8
4138/10 4142/21
4143/10 4143/13
4143/15 4147/25
4201/16 4204/3
**seated [3]** 4087/4
4149/21 4149/22
**second [20]** 4104/20
4116/20 4116/24
4119/22 4119/22
4119/23 4120/1 4121/4
4121/9 4125/18 4142/6
4175/13 4177/3 4177/8
4182/2 4183/22 4186/6
4187/9 4187/16
4193/15
**secret [1]** 4165/5
**section [7]** 4084/13
4171/23 4171/25
4185/24 4187/22
4205/2 4205/4
**see [113]** 4094/6
4096/17 4097/19
4097/20 4098/25
4099/20 4099/21
4104/10 4104/17
4104/24 4111/22
4112/12 4112/16
4112/17 4113/3 4114/1
4114/5 4115/23 4116/3
4117/12 4117/19
4117/22 4118/1
4119/18 4120/3 4120/7
4121/6 4121/10
4121/19 4121/23
4123/16 4123/17
4124/6 4124/10
4125/11 4125/13
4125/16 4125/20
4132/4 4132/18
4133/22 4134/9 4139/5
4139/6 4140/6 4142/7

4144/1 4144/24
4149/23 4151/14
4152/7 4152/18
4154/22 4155/9
4156/16 4157/16
4157/21 4158/10
4159/9 4159/19
4159/20 4160/1 4161/5
4161/6 4165/16
4168/14 4169/3 4170/9
4170/14 4170/15
4170/18 4170/24
4171/3 4172/15
4172/21 4174/12
4176/4 4176/19
4177/14 4181/16
4181/18 4181/25
4182/10 4182/13
4183/15 4183/19
4183/23 4184/17
4185/1 4185/12
4185/23 4185/24
4186/4 4186/14
4187/12 4187/20
4187/24 4188/2
4188/15 4188/16
4188/25 4189/8
4189/19 4192/5
4194/25 4195/5 4197/3
4197/4 4198/15
4200/25 4205/8
**seeing [3]** 4116/6
4194/7 4194/11
**seek [2]** 4093/6
4093/23
**seeking [1]** 4159/21
**seem [1]** 4165/4
**seemingly [1]** 4146/17
**seems [9]** 4094/1
4113/14 4124/21
4133/8 4160/22 4167/5
4176/11 4180/23
4198/15
**seen [2]** 4148/24
4182/9
**sees [1]** 4195/8
**select [1]** 4161/24
**selection [1]** 4199/20
**sell [2]** 4195/16
4195/20
**selling [4]** 4177/12
4177/13 4177/16
4177/17
**semiannually [1]**
4140/16
**send [1]** 4151/25
**sending [2]** 4162/16
4195/15
**sense [1]** 4204/23
**sensitive [1]** 4164/23
**sentence [22]** 4094/8
4094/10 4099/14
4099/17 4099/21
4101/4 4101/12 4109/5
4121/16 4122/3 4132/2
4132/13 4133/19
4135/11 4135/22

4155/11 4157/6
4183/21 4183/22
4185/7
**sentences [1]** 4101/9
**SERP [2]** 4117/17
4177/1
**serve [3]** 4175/2
4175/4 4175/6
**server [3]** 4160/10
4161/15 4169/22
**service [2]** 4143/12
4152/1
**services [3]** 4151/21
4195/16 4195/20
**serving [1]** 4152/4
**session [2]** 4083/7
4149/21
**set [10]** 4114/10
4121/13 4142/20
4143/10 4143/13
4167/7 4194/1 4194/2
4202/23 4203/4
**settle [2]** 4091/8
4139/10
**setup [2]** 4090/12
4137/24
**several [4]** 4155/15
4156/2 4156/9 4157/7
**share [2]** 4153/24
4161/6
**shares [1]** 4171/24
**shelf [1]** 4109/10
**shift [1]** 4188/12
**Shiv [3]** 4151/2 4182/5
4182/7
**Shivakumar [1]** 4151/2
**shopping [3]** 4132/10
4133/1 4151/13
**short [9]** 4136/25
4136/25 4137/18
4137/19 4171/16
4171/22 4196/8
4196/20 4200/4
**short-term [5]** 4136/25
4137/18 4196/8
4196/20 4200/4
**should [21]** 4091/17
4097/11 4108/4
4111/18 4124/18
4126/5 4127/11 4129/2
4130/15 4140/16
4145/20 4145/21
4160/15 4164/5
4175/17 4187/11
4195/10 4195/18
4197/5 4198/14
4201/25
**shoulders [2]** 4131/6
4141/19
**show [12]** 4124/1
4136/21 4145/23
4183/3 4188/5 4191/19
4194/9 4194/10
4194/13 4201/16
4201/20 4201/24
**showing [11]** 4093/6
4093/24 4094/12

4145/20 4145/20
4145/21 4148/1
4195/13 4201/6
**shown [1]** 4167/14
**shows [1]** 4131/11
**shy [1]** 4149/10
**sibling [1]** 4152/17
**side [7]** 4161/15
4165/18 4167/13
4167/23 4171/4
4195/12 4200/2
**sightedness [2]**
4195/24 4196/14
**signals [4]** 4096/13
4155/13 4199/7
4199/14
**significant [2]** 4093/15
4174/16
**significantly [3]**
4161/11 4174/14
4174/21
**similar [1]** 4172/6
**simple [1]** 4179/5
**simplified [8]** 4094/15
4094/18 4095/19
4096/22 4118/20
4119/4 4119/6 4178/24
**simplify [1]** 4176/16
**simply [1]** 4143/21
**simulation [1]** 4201/1
**since [2]** 4157/7
4157/10
**single [2]** 4137/22
4181/9
**sir [19]** 4108/16 4109/9
4110/2 4110/10 4127/8
4128/13 4128/24
4146/13 4155/20
4157/23 4158/7
4160/19 4163/12
4167/22 4169/10
4175/9 4179/15
4182/25 4190/24
**size [1]** 4202/3
**skeletons [3]** 4158/9
4158/13 4171/21
**skip [1]** 4112/3
**skipping [1]** 4175/25
**slide [16]** 4116/18
4118/6 4123/12
4125/13 4127/18
4163/19 4166/22
4167/13 4167/19
4168/10 4168/19
4170/11 4172/13
4173/24 4176/17
4176/19
**slides [1]** 4119/18
**small [6]** 4097/25
4133/16 4187/18
4188/13 4188/18
4202/2
**smaller [3]** 4135/25
4143/13 4202/9
**smarties [2]** 4111/21
4112/7
**Smurzynski [1]** 4085/2

**so I think [6]** 4092/24
4094/15 4095/4
4107/19 4166/13
4194/5
**so it's [11]** 4091/1
4095/13 4136/25
4139/3 4144/19
4155/17 4162/12
4169/25 4187/18
4202/6 4204/1
**so this document [1]**
4123/5
**So this is [1]** 4173/11
**so this isn't [1]**
4153/19
**So this percentage [1]**
4153/25
**solely [2]** 4141/19
4168/7
**solution [1]** 4141/12
**some [70]** 4091/4
4093/1 4095/2 4095/4
4096/11 4098/12
4099/10 4099/14
4099/15 4100/2 4100/3
4100/25 4101/15
4102/7 4102/25 4103/5
4103/5 4103/24
4113/13 4115/18
4116/1 4116/2 4116/22
4119/17 4120/22
4124/20 4133/7
4139/18 4140/3
4140/13 4140/15
4141/4 4146/18
4147/12 4147/21
4148/4 4148/9 4149/5
4151/9 4155/7 4155/7
4159/14 4161/1
4170/24 4170/25
4171/24 4174/16
4184/1 4184/24
4185/21 4185/25
4186/8 4187/17
4187/20 4188/9
4191/18 4192/10
4197/15 4197/24
4198/20 4198/23
4200/4 4201/2 4202/9
4202/11 4204/2 4204/4
4204/11 4204/18
4204/23
**somebody [1]** 4182/4
**someone [4]** 4136/18
4158/16 4181/5 4181/5
**something [13]**
4087/16 4100/15
4122/3 4125/4 4130/6
4136/20 4167/15
4169/23 4172/3 4188/5
4198/16 4198/18
4201/19
**sometimes [3]** 4110/4
4123/3 4137/21
**somewhat [3]** 4125/24
4125/25 4153/17
**SONSINI [1]** 4085/7

**sorry [25]** 4089/10
4092/1 4094/4 4104/3
4104/5 4106/22 4115/1
4116/16 4117/9 4123/8
4126/22 4137/14
4139/22 4144/15
4146/12 4149/10
4153/11 4155/2 4155/6
4164/7 4175/21
4180/15 4192/20
4195/2 4203/17
**sort [21]** 4091/4 4091/4
4101/3 4102/23
4107/20 4108/12
4115/24 4136/14
4137/20 4138/11
4138/17 4144/22
4145/6 4165/4 4167/11
4171/3 4193/21
4193/22 4193/25
4195/9 4195/16
**sorts [1]** 4194/1
**sounds [13]** 4090/23
4091/12 4095/16
4105/23 4106/3
4111/15 4112/11
4129/8 4148/13
4150/20 4181/10
4187/4 4189/11
**sourcing [1]** 4133/12
**South [1]** 4084/8
**spawn [1]** 4156/9
**spawned [2]** 4155/14
4156/2
**speak [1]** 4191/2
**specific [7]** 4127/24
4133/3 4155/8 4164/8
4164/12 4171/5
4197/14
**specifically [2]**
4124/12 4161/9
**specificity [1]** 4159/15
**specifics [2]** 4162/19
4163/20
**specifies [1]** 4204/3
**specify [3]** 4103/4
4201/13 4201/18
**spectrum [2]** 4193/25
4202/6
**spend [5]** 4132/3
4132/15 4154/18
4154/24 4198/16
**spending [1]** 4198/14
**spent [1]** 4100/21
**spoken [1]** 4194/22
**spring [1]** 4151/7
**squashing [2]** 4101/7
4103/19
**stable [1]** 4141/23
**stack [3]** 4143/23
4144/3 4145/16
**stage [1]** 4107/7
**stamp [13]** 4112/4
4112/12 4113/1
4116/15 4142/8 4158/7
4160/24 4162/17
4164/13 4172/12

**stamp 4064 [1]** 4182/3
**stamp 4420 [1]**
4164/13
**STAND [1]** 4088/8
**standalone [2]** 4153/5
4171/10
**stands [11]** 4090/19
4099/5 4100/15 4130/6
4130/23 4149/17
4175/13 4176/6 4186/7
4186/9 4205/10
**start [17]** 4088/20
4092/11 4126/2 4131/3
4136/22 4141/2 4161/3
4166/23 4192/10
4192/24 4201/7 4201/9
4202/17 4202/18
4202/24 4205/1 4205/5
**started [1]** 4191/18
**starting [2]** 4094/19
4141/17
**starts [4]** 4094/5
4160/18 4172/13
4183/22
**state [20]** 4084/12
4090/21 4090/25
4091/3 4091/10
4104/22 4112/23
4115/6 4136/10
4142/22 4143/24
4146/5 4152/4 4154/18
4155/23 4157/18
4159/7 4170/2 4190/7
4196/6
**stated [10]** 4096/3
4113/22 4146/15
4152/9 4153/6 4156/8
4168/8 4172/18
4173/20 4177/4
**statement [65]** 4093/8
4093/22 4093/23
4094/14 4098/1
4099/12 4100/1
4104/24 4105/7 4105/9
4105/10 4107/8
4107/24 4113/17
4114/1 4114/5 4115/4
4117/22 4118/1 4120/3
4120/11 4120/12
4121/10 4121/17
4124/10 4124/14
4124/22 4125/20
4126/6 4128/22 4132/4
4132/18 4132/20
4132/21 4133/22
4134/6 4134/9 4142/25
4144/1 4144/12 4146/8
4146/21 4151/14
4152/13 4153/20
4154/14 4154/22
4155/16 4157/12
4157/21 4159/9
4159/19 4159/20
4160/1 4174/12
4176/23 4177/14
4185/12 4186/4
4186/14 4189/4 4189/8

4190/6
**states [27]** 4083/1
4083/3 4083/10 4084/6
4087/7 4087/10
4087/24 4094/10
4097/21 4099/4 4113/2
4114/3 4120/9 4121/21
4125/18 4133/19
4154/11 4155/12
4157/7 4164/4 4177/3
4185/8 4185/25
4186/10 4188/11
4188/22 4191/11
**stating [1]** 4147/3
**statistics [1]** 4106/3
**status [1]** 4138/4
**stay [4]** 4104/1 4123/3
4185/20 4188/23
**staying [3]** 4155/6
4202/22 4203/3
**steady [8]** 4090/21
4090/25 4091/2
4091/10 4112/23
4115/6 4136/10 4196/6
**steady-state [1]**
4196/6
**steeper [1]** 4188/13
**stenography [1]**
4085/15
**step [5]** 4088/16
4090/3 4099/22
4105/13 4180/4
**steward [2]** 4158/17
4158/17
**stewards [1]** 4144/22
**Sticking [1]** 4184/11
**still [13]** 4091/18
4125/25 4134/7
4142/22 4155/18
4155/19 4172/10
4174/17 4176/12
4180/11 4180/17
4198/7 4198/7
**stop [5]** 4094/13
4115/21 4115/22
4136/19 4145/20
**story [1]** 4189/7
**straightforward [1]**
4101/11
**strategic [1]** 4097/17
**strategy [2]** 4129/13
4131/7
**straw [1]** 4171/22
**straw' [1]** 4171/16
**street [4]** 4084/3
4084/8 4153/21 4156/5
**strike [6]** 4095/18
4108/16 4118/3
4118/10 4179/17
4181/14
**strong [1]** 4136/13
**structural [4]** 4131/23
4134/4 4148/9 4148/10
**structurally [1]** 4131/7
**studies [1]** 4193/16
**study [2]** 4193/16
4193/19

**sub [1]** 4120/15
**sub-bullet [1]** 4120/15
**subject [1]** 4136/11
**submit [3]** 4088/20
4088/24 4166/25
**submitted [1]** 4091/19
**subsequently [3]**
4115/21 4155/14
4156/1
**subset [2]** 4179/7
4179/20
**substance [1]** 4197/24
**subtitle [1]** 4124/8
**subtraction [1]** 4200/8
**such [8]** 4106/13
4148/24 4153/20
4158/17 4180/10
4191/5 4200/3 4201/14
**sufficiency [2]** 4120/22
4121/3
**sufficient [7]** 4119/12
4119/13 4119/16
4120/19 4120/25
4121/5 4121/14
**suggesting [1]** 4145/2
**Suite [3]** 4084/8
4084/15 4084/20
**sum [6]** 4127/25
4128/20 4133/8 4140/5
4140/9 4197/24
**summa [1]** 4193/12
**summary [7]** 4130/13
4130/15 4130/17
4131/10 4172/13
4172/13 4181/23
**summation [2]** 4128/1
4128/21
**superior [1]** 4106/25
**supervisor [1]** 4150/17
**supported [1]** 4189/23
**sure [54]** 4089/5
4093/17 4098/16
4098/24 4100/7 4101/2
4101/20 4102/6 4104/5
4104/15 4109/11
4111/3 4111/24
4114/24 4115/8
4119/17 4120/13
4121/16 4123/1
4123/11 4123/14
4123/21 4123/23
4127/6 4141/11
4141/21 4144/17
4146/23 4147/14
4148/3 4154/16
4158/22 4160/11
4161/17 4162/22
4165/13 4167/2
4169/13 4170/7 4171/2
4175/5 4178/11 4180/5
4181/18 4182/15
4184/21 4186/20
4188/3 4190/12
4190/21 4192/22
4193/1 4199/1 4203/25
**surely [2]** 4139/5
4153/21

**surprise [1]** 4174/23
**surplus [1]** 4092/4
**suspect [1]** 4172/3
**sustainable [2]**
4204/10 4204/10
**SW [1]** 4085/3
**swapped [2]** 4177/5
4177/22
**swapping [5]** 4176/22
4177/20 4177/24
4178/3 4178/9
**switch [1]** 4191/15
**switched [1]** 4177/1
**SWORN [1]** 4088/8
**syndication [2]**
4151/19 4151/20
**system [5]** 4118/19
4137/5 4137/11
4158/14 4201/14
**system's [1]** 4091/1
**systemically [2]**
4107/20 4109/3
**systems [4]** 4090/9
4144/4 4199/24 4200/6

**T**

**table [2]** 4170/7
4203/15
**tails [2]** 4137/23
4138/8
**take [20]** 4088/16
4089/1 4090/2 4105/13
4109/6 4111/4 4115/12
4116/6 4128/19 4129/2
4140/5 4148/25
4149/11 4149/13
4180/4 4187/25
4189/15 4191/14
4196/15 4205/5
**taken [1]** 4201/25
**takes [1]** 4136/14
**taking [3]** 4099/22
4145/23 4173/15
**talk [7]** 4090/16
4096/16 4097/1 4103/3
4125/7 4185/1 4187/21
**talked [14]** 4090/3
4090/7 4090/17
4093/16 4097/2
4101/13 4110/23
4112/22 4117/14
4122/22 4132/10
4134/11 4152/9 4172/4
**talking [10]** 4090/21
4107/3 4156/21 4166/3
4167/12 4171/20
4183/7 4184/24
4184/25 4202/5
**target [1]** 4139/12
**targeting [3]** 4142/17
4142/18 4201/18
**tasks [2]** 4158/15
4158/17
**team [37]** 4101/17
4101/23 4101/25
4102/8 4114/19
4114/20 4114/23
4122/15 4129/20

4226

**T**

**team... [28]** 4131/6
4131/18 4131/19
4133/24 4136/3
4141/19 4141/20
4141/22 4144/20
4144/21 4144/21
4145/7 4145/13 4154/8
4159/8 4160/3 4180/21
4181/14 4181/16
4182/8 4182/13
4185/17 4187/1
4190/15 4194/4
4200/13 4200/14
4200/19

**team's [2]** 4152/17
4157/10

**teams [7]** 4125/14
4130/24 4141/17
4145/7 4145/8 4145/9
4145/10

**technical [2]** 4169/25
4170/1

**technically [1]** 4105/8

**technology [1]** 4193/3

**tell [7]** 4132/17
4133/10 4138/15
4138/17 4189/7 4190/9
4192/18

**telling [1]** 4192/24

**ten [1]** 4149/14

**term [50]** 4090/6
4090/18 4091/14
4094/17 4096/3
4113/25 4115/5 4116/1
4116/2 4117/5 4117/21
4122/14 4125/22
4129/12 4129/25
4135/2 4136/6 4136/7
4136/9 4136/15
4136/25 4137/2 4137/3
4137/5 4137/8 4137/15
4137/16 4137/18
4137/19 4139/9 4139/9
4139/11 4139/19
4143/2 4144/19 4153/5
4153/15 4178/16
4178/21 4186/20
4194/3 4195/14 4196/3
4196/6 4196/8 4196/15
4196/20 4197/4 4200/4
4200/10

**terms [11]** 4096/16
4133/18 4156/4 4179/7
4179/20 4191/4
4194/25 4195/23
4196/2 4197/1 4199/3

**terribly [1]** 4115/19

**tested [3]** 4181/13
4181/15 4182/13

**TESTIFIED [1]** 4088/8

**testimony [6]** 4087/19
4110/15 4194/14
4198/23 4202/2 4205/7

**text [11]** 4094/3 4094/4
4132/21 4133/4
4151/17 4201/23
4202/20 4202/22

**than [42]** 4103/22
4105/3 4106/16
4106/18 4107/10
4108/15 4108/19
4108/25 4110/8
4117/11 4117/16
4119/4 4121/9 4125/5
4131/14 4135/5
4135/25 4138/19
4142/11 4145/23
4146/6 4147/9 4147/22
4153/21 4155/18
4157/4 4157/25
4162/11 4162/12
4172/19 4173/18
4173/25 4173/25
4174/6 4174/15
4174/18 4175/15
4184/14 4186/19
4198/11 4203/8
4203/10

**thank [32]** 4088/2
4088/5 4093/3 4093/4
4109/12 4110/12
4110/25 4111/5 4114/7
4116/8 4127/7 4128/24
4135/10 4140/21
4140/23 4142/2
4147/20 4149/14
4149/16 4150/8 4150/9
4156/12 4167/17
4170/3 4175/9 4176/3
4184/3 4185/4 4191/15
4204/25 4205/8 4205/9

**thank you [29]** 4088/2
4088/5 4093/4 4109/12
4110/12 4110/25
4111/5 4114/7 4116/8
4127/7 4128/24
4140/21 4140/23
4142/2 4147/20
4149/14 4149/16
4150/8 4150/9 4156/12
4167/17 4170/3 4175/9
4176/3 4184/3 4185/4
4191/15 4204/25
4205/8

**Thank you very much
[1]** 4093/3

**thankless [2]** 4158/15
4158/17

**thanks [2]** 4107/15
4187/1

**that [652]**

**that'll [1]** 4159/14

**that's [60]** 4088/24
4089/20 4089/21
4090/14 4090/19
4092/5 4092/6 4093/16
4094/18 4096/4 4103/6
4108/7 4108/21
4110/21 4116/25
4119/12 4119/22
4121/13 4121/16
4127/12 4130/12
4133/12 4134/17
4139/8 4139/15

**T**
4141/19 4141/23
4143/22 4147/2
4147/14 4147/22
4149/25 4156/11
4159/13 4160/6 4161/6
4163/19 4165/14
4166/2 4167/12
4168/10 4168/11
4168/24 4170/11
4174/6 4174/23 4177/6
4178/12 4182/25
4188/20 4189/25
4190/12 4190/17
4196/12 4202/25
4203/2 4204/15

**their [20]** 4100/19
4106/15 4121/9 4123/2
4130/24 4139/6
4144/11 4151/23
4158/16 4159/8 4172/8
4195/9 4195/16

**them [16]** 4095/15
4098/13 4125/1
4131/19 4131/25
4131/25 4132/1
4134/15 4134/15
4158/16 4161/9
4167/25 4177/25
4195/8 4195/16 4203/2

**themselves [2]** 4157/5
4181/5

**then [39]** 4088/17
4093/22 4094/12
4097/24 4099/3
4099/17 4100/11
4100/22 4102/5 4103/1
4116/22 4117/8
4126/17 4127/12
4135/24 4136/16
4136/23 4137/3 4137/4
4137/5 4138/6 4138/11
4138/14 4143/13
4145/24 4165/13
4165/24 4167/14
4170/19 4174/4 4184/5
4189/6 4189/17 4193/9
4194/12 4199/25
4200/2 4201/22 4205/8

**theorizing [1]** 4145/18

**there [67]** 4090/15
4091/18 4092/1 4094/2
4094/13 4095/2 4095/7
4096/3 4096/11 4100/5
4102/11 4104/12
4104/13 4106/6 4106/7
4107/8 4108/13
4109/24 4113/21
4114/15 4114/16
4115/11 4116/13
4118/18 4119/23
4120/2 4124/17 4125/8
4125/9 4128/10
4128/11 4130/10

4133/24 4134/15
4138/24 4139/23
4143/10 4143/13
4145/12 4145/18
4146/17 4147/3
4147/21 4148/4
4150/14 4150/15
4151/16 4152/6
4155/24 4159/25
4161/8 4161/9 4162/20
4167/24 4169/6 4169/9
4173/8 4179/3 4179/12
4180/20 4185/8 4198/5
4198/16 4203/10
4204/1

**there's [45]** 4101/16
4105/1 4105/15 4107/5
4108/11 4108/11
4111/25 4115/24
4120/6 4120/19
4120/22 4125/5
4128/18 4131/24
4139/24 4140/2 4142/6
4142/6 4145/7 4145/8
4145/9 4145/10 4146/5
4149/5 4152/5 4158/14
4162/1 4162/4 4163/20
4163/21 4164/14
4165/17 4165/18
4166/8 4167/24 4169/4
4169/6 4169/9 4170/20
4176/15 4180/9 4182/3
4183/21 4185/21
4187/9

**therefore [5]** 4124/19
4124/21 4133/19
4145/22 4145/25

**these [17]** 4092/25
4113/13 4116/1
4133/13 4138/21
4139/19 4144/4
4144/25 4145/1
4154/17 4156/18
4165/2 4165/2 4165/5
4166/16 4185/10
4200/5

**they [38]** 4087/16
4088/24 4089/15
4090/6 4098/3 4098/4
4098/25 4100/21
4106/10 4106/12
4106/14 4111/17
4123/1 4132/2 4133/21
4136/19 4144/18
4158/3 4163/3 4169/4
4177/5 4194/9 4194/22
4199/11 4201/10
4201/12 4201/16
4201/18 4201/19
4201/22 4201/25
4202/11 4202/17
4202/18 4202/20
4202/23 4203/5 4204/4

**they'd [1]** 4202/18

**they'll [1]** 4203/10

**they're [11]** 4116/6
4124/12 4130/25

4177/3 4199/5 4199/6
4199/8 4201/17 4204/3

**they've [1]** 4131/1

**thick [2]** 4107/9
4107/18

**thicker [3]** 4105/2
4105/14 4105/14

**thin [5]** 4105/4 4107/5
4107/10 4107/18
4120/20

**thing [4]** 4131/14
4165/4 4167/5 4188/20

**things [18]** 4088/24
4101/21 4112/15
4138/21 4139/10
4170/20 4171/21
4171/24 4185/21
4185/25 4186/13
4189/4 4190/1 4190/3
4192/6 4193/24 4199/6
4199/15

**think [97]** 4088/19
4090/6 4090/14
4090/21 4091/4
4091/15 4092/24
4094/9 4094/15
4094/16 4094/18
4095/2 4095/4 4096/11
4096/24 4097/12
4097/21 4098/9
4098/15 4099/24
4101/10 4101/11
4104/2 4104/18 4105/1
4105/8 4106/1 4106/7
4107/8 4107/19
4107/21 4107/24
4109/2 4110/14
4110/22 4111/4 4113/8
4113/14 4113/21
4114/17 4115/3 4115/9
4115/11 4116/19
4118/18 4119/12
4120/21 4120/22
4122/16 4123/13
4123/21 4125/2 4125/7
4128/25 4137/20
4139/10 4139/17
4142/19 4143/22
4144/8 4145/17 4147/6
4147/24 4154/7
4158/18 4160/14
4160/25 4163/5 4166/5
4166/13 4167/4
4167/14 4172/7
4172/11 4173/21
4174/23 4175/4
4178/12 4178/24
4180/9 4182/5 4183/6
4184/23 4186/8 4188/4
4189/7 4192/17
4193/14 4194/5
4194/10 4195/22
4197/24 4198/7 4198/9
4200/10 4202/1 4202/8

**thinking [2]** 4123/1
4196/3

**third [5]** 4113/5

**third... [4]** 4151/22
4170/9 4172/8 4172/11
**third-party [1]** 4151/22
**this [167]**
**This is Civil [1]** 4087/7
**those [31]** 4096/9
4096/12 4096/13
4096/17 4101/9
4103/24 4108/25
4109/18 4110/8 4116/2
4133/8 4138/15 4140/9
4145/13 4158/19
4164/16 4165/22
4165/24 4166/18
4166/21 4167/10
4168/6 4177/5 4187/24
4195/14 4196/2
4196/15 4199/11
4199/25 4201/21
4204/20
**though [4]** 4110/20
4133/8 4168/10 4186/9
**thought [2]** 4096/3
4137/21
**thousand [6]** 4115/16
4115/17 4130/4 4130/7
4130/19 4131/5
**three [7]** 4101/6
4103/10 4103/11
4154/15 4165/13
4165/15 4182/4
**threshold [1]** 4186/12
**through [42]** 4089/19
4089/23 4090/11
4097/4 4101/5 4101/6
4102/9 4103/16
4103/19 4107/22
4107/24 4109/23
4112/9 4112/18
4113/19 4114/9
4118/12 4118/16
4119/15 4120/19
4120/24 4121/13
4122/2 4122/10
4124/16 4126/15
4126/20 4128/14
4134/16 4142/16
4144/11 4167/25
4172/2 4179/12
4199/15 4199/16
4199/22 4199/24
4200/6 4200/18 4202/8
4202/13
**throughout [5]**
4097/25 4099/23
4140/3 4154/20 4202/1
**time [46]** 4091/8
4091/11 4091/11
4108/22 4112/21
4112/24 4113/14
4115/6 4115/19 4120/1
4125/11 4127/15
4130/25 4131/8
4131/20 4132/6
4133/21 4136/11
4136/17 4136/23
4137/7 4137/22

4138/24 4138/25
4145/18 4150/23
4151/2 4154/9 4154/15
4154/19 4154/24
4165/12 4165/23
4166/16 4169/11
4173/19 4174/24
4188/13 4188/18
4191/9 4197/5 4200/25
4203/20 4203/24
**times [6]** 4092/14
4117/25 4119/15
4137/9 4178/9 4178/25
**Tischler [1]** 4150/24
**title [12]** 4113/25
4119/11 4124/4 4124/8
4129/11 4129/15
4150/13 4161/4 4176/1
4176/4 4183/8 4184/21
**titled [3]** 4111/20
4114/13 4206/4
**titles [5]** 4165/3 4167/1
4176/6 4130/25 4137/2
4137/3 4137/4 4138/4
4140/5 4140/19 4144/5
4156/19 4163/25
4175/19 4176/16
4180/4 4194/23 4196/5
4199/18 4199/21
4200/6
**trying [12]** 4098/5
4099/7 4110/22 4116/4
4119/18 4136/10
4145/11 4166/11
4188/20 4188/21
4198/8 4199/16
**tune [1]** 4188/11
**tuned [1]** 4113/16
**tuning [14]** 4111/9
4111/12 4111/20
4112/6 4113/2 4113/5
4113/19 4114/3 4114/9
4122/17 4122/17
4134/13 4135/7
4152/16
**tunings [6]** 4101/5
4102/9 4111/16
4112/10 4112/14
4112/19
**turn [18]** 4092/8
4099/1 4102/5 4113/1
4116/14 4123/9 4125/6
4128/6 4137/12
4150/11 4160/24
4172/10 4176/17
4179/10 4180/13
4184/11 4187/9
4197/10
**two [19]** 4096/8
4116/14 4120/5
4122/25 4122/25
4138/15 4148/25
4165/11 4166/15
4168/6 4170/19
4170/20 4176/22
4177/1 4177/5 4182/3
4187/21 4193/6
4200/12

**TYLER [1]** 4084/19
**type [1]** 4186/17
**types [1]** 4114/4
**typically [1]** 4202/9
**typo [1]** 4119/12

**U**
**U.S [1]** 4084/2
**Uh [1]** 4198/3
**Uh-huh [1]** 4198/3
**UI [6]** 4146/10 4146/11
4146/13 4146/15
4152/17 4157/9
**ultimate [2]** 4159/23
4177/4
**ultimately [3]** 4166/17
4195/10 4198/1
**under [22]** 4097/17
4120/15 4128/1
4130/17 4146/15
4161/8 4167/23
4168/16 4169/16
4170/5 4170/12
4170/16 4170/21
4170/21 4171/8
4173/12 4178/3
4178/10 4183/18
4185/6 4187/16 4188/9
**underdelivers [1]**
4115/15
**understand [10]**
4087/16 4089/5 4103/5
4106/6 4145/1 4146/23
4164/14 4165/10
4167/18 4180/24
**understanding [2]**
4168/3 4169/10
**understood [3]**
4110/21 4114/24
4164/11
**unexpressed [1]**
4168/20
**unfortunately [1]**
4181/3
**unit [2]** 4084/13
4097/23
**UNITED [7]** 4083/1
4083/3 4083/10 4084/6
4087/7 4087/24 4164/4
**United States [3]**
4087/7 4087/24 4164/4
**units [1]** 4153/15
**universally [1]** 4194/20
**University [1]** 4193/11
**unlikely [3]** 4100/4
4147/24 4199/25
**unredacted [3]**
4123/21 4123/24
4124/2
**unusually [5]** 4106/13
4108/9 4126/4 4127/10
4136/13
**up [30]** 4088/15 4091/9
4096/24 4099/14
4103/1 4103/2 4103/6
4103/23 4106/9
4106/18 4107/1 4108/2

4108/24 4110/7
4116/5 4123/14
4140/25 4143/5 4158/8
4183/3 4187/23
4191/15 4192/6
4192/11 4192/11
4192/21 4198/18
4199/18 4203/13
**up' [1]** 4186/11
**uplift [1]** 4177/12
**upper [3]** 4148/4
4174/1 4199/10
**upwards [1]** 4188/12
**UPX [3]** 4175/21
4180/15 4180/17
**UPX10 [9]** 4091/17
4091/19 4091/22
4091/24 4092/8
4093/16 4095/8
4095/20 4096/5
**UPX1045 [4]** 4175/17
4175/23 4180/17
4181/22
**UPX1046 [3]** 4183/1
4183/5 4183/13
**UPX43 [3]** 4111/18
4111/20 4111/24
**UPX465 [6]** 4149/9
4150/12 4150/17
4151/9 4155/20 4157/6
**UPX467 [8]** 4129/2
4129/4 4142/5 4148/8
4148/14 4148/19
4197/10 4197/12
**UPX509 [7]** 4097/10
4098/8 4103/9 4104/2
4104/8 4103/17 4111/3
**UPX59 [5]** 4184/12
4184/13 4184/15
4188/11 4188/22
**UPX811 [7]** 4160/15
4160/21 4162/17
4163/12 4163/16
4164/12 4168/7
**UPX889 [5]** 4114/12
4114/17 4116/11
4122/21 4127/14
**UPX9 [4]** 4171/14
4172/17 4174/21
4175/1
**us [15]** 4103/13
4110/15 4130/16
4132/6 4137/6 4145/19
4151/23 4173/10
4186/13 4194/5
4198/12 4199/6 4199/6
4199/8 4199/9
**usdoj.gov [2]** 4084/5
4084/10
**use [12]** 4089/15
4098/5 4109/9 4118/22
4122/6 4122/10
4122/13 4134/12
4173/12 4185/10
4201/7 4201/10
**used [8]** 4089/23
4089/24 4097/2 4108/8
4118/7 4122/15

**work [3]** 4098/18
4108/23 4111/19
**working [2]** 4089/25
4094/23
**works [3]** 4098/3
4103/1 4124/4
**world [1]** 4116/20
**worse [1]** 4148/4
**worth [1]** 4094/3
**would [45]**
**wouldn't [4]** 4098/19
4100/4 4119/20 4177/6
**write [1]** 4206/8
**written [2]** 4118/23
4123/22
**wrong [3]** 4110/16
4113/6 4130/5
**wrote [1]** 4123/18

**Y**
**Yandex [1]** 4089/9
**year [10]** 4106/20
4107/10 4126/25
4135/11 4135/12
4154/24 4155/1
4155/13 4158/16
4158/20
**year-over-year [3]**
4154/24 4155/1
4155/13
**years [6]** 4130/17
4130/23 4151/11
4154/6 4165/21
4165/21

**T**
4138/24 4138/25
4085/16
**translate [2]** 4134/8
4135/12
**translation [1]** 4153/1
**travel [4]** 4132/16
4133/10 4133/10
4133/15
**treatment [3]** 4137/25
4138/12 4138/18
**trial [2]** 4083/9 4202/1
**tricky [1]** 4098/2
**tries [4]** 4094/24
4136/16 4137/6 4200/4
**trivial [1]** 4108/12
**true [6]** 4099/15
4099/16 4101/2 4105/6
4106/4 4200/20
**truly [1]** 4091/2
**try [26]** 4089/1 4089/9
4089/14 4090/10
4110/5 4115/12 4116/2
4116/6 4130/25 4137/2
4137/3 4137/4 4138/4
4140/5 4140/19 4144/5
4156/19 4163/25
4175/19 4176/16
4180/4 4194/23 4196/5
4199/18 4199/21
4200/6

**U**

used... [2] 4186/10
4200/10
useful [1] 4194/20
user [33] 4091/7
4115/20 4115/20
4136/22 4137/2
4137/22 4138/14
4139/4 4142/20
4146/11 4146/13
4147/5 4159/23
4161/24 4169/2 4169/5
4169/7 4169/11
4169/19 4169/20
4169/24 4194/6 4195/7
4195/8 4195/11
4196/12 4196/14
4196/16 4199/14
4199/17 4199/19
4201/24 4201/25
user's [1] 4170/2
users [24] 4096/4
4096/11 4099/8 4116/5
4136/16 4136/24
4138/23 4146/24
4147/24 4161/11
4172/5 4194/10 4195/1
4195/5 4195/14
4195/17 4196/9
4196/13 4197/2 4197/4
4197/6 4198/24 4199/2
4199/23
users' [1] 4196/9
uses [3] 4097/3 4097/7
4130/1
using [5] 4133/13
4153/4 4156/6 4187/18
4202/9
usually [6] 4100/15
4170/1 4175/15
4196/12 4202/7
4202/12

**V**

value [27] 4090/18
4091/15 4097/23
4099/8 4104/22 4105/5
4105/6 4113/25 4115/5
4115/9 4115/25 4117/5
4117/21 4121/18
4122/1 4124/13
4124/21 4125/15
4125/19 4127/15
4128/2 4128/21 4196/3
4197/1 4197/2 4197/4
4197/4
values [1] 4140/9
vanilla [20] 4117/21
4118/3 4118/4 4118/7
4118/10 4118/11
4118/16 4118/19
4118/19 4118/21
4118/24 4118/24
4119/1 4119/3 4119/11
4119/15 4120/18
4120/24 4121/4
4121/14
variable [1] 4096/21

variables [2] 4096/24
4204/17
variations [1] 4162/2
Varies [1] 4191/4
variety [3] 4193/20
4201/13 4201/18
various [2] 4134/12
4169/21
vary [1] 4204/13
varying [1] 4130/25
Venkataraman [1]
4151/3
verbiage [1] 4128/18
vernacular [1] 4187/7
version [7] 4092/19
4096/19 4096/22
4101/16 4123/13
4123/24 4169/23
versus [5] 4087/8
4141/22 4143/25
4157/14 4200/5
very [21] 4090/12
4091/2 4092/11
4092/11 4092/17
4092/17 4092/18
4092/23 4093/3 4093/5
4096/22 4138/21
4142/23 4149/15
4150/18 4164/8 4179/5
4181/3 4194/22 4204/7
4204/13
via [4] 4152/16 4195/21
4202/4 4204/20
vice [1] 4192/14
view [4] 4103/13
4167/15 4174/6 4196/6
visiting [1] 4203/23
voice [1] 4192/21
vs [1] 4083/5

**W**

W.H [1] 4085/6
wait [1] 4181/14
Wall [1] 4153/21
want [14] 4092/17
4098/4 4102/23
4123/21 4136/24
4138/4 4164/17
4164/18 4165/12
4185/9 4187/21
4188/22 4196/15
4201/19
wanted [1] 4087/16
wants [1] 4166/20
was [91] 4090/21
4091/15 4091/19
4091/19 4092/6
4092/12 4092/13
4093/13 4098/8
4100/11 4100/12
4108/9 4110/17
4110/18 4110/19
4110/22 4111/3 4112/2
4118/14 4122/14
4124/2 4125/8 4125/9
4126/4 4129/19
4129/21 4129/23
4133/6 4133/13 4134/2

4134/25 4138/7
4138/10 4138/18
4138/18 4140/19
4141/16 4141/17
4141/25 4142/19
4144/20 4145/5 4145/6
4145/11 4145/17
4145/18 4146/12
4150/17 4150/24
4150/25 4151/7
4153/21 4155/12
4156/21 4156/22
4157/24 4157/25
4158/17 4158/22
4159/11 4159/13
4161/10 4161/18
4162/16 4163/17
4164/20 4165/7 4165/9
4165/19 4166/15
4167/8 4170/8 4173/8
4173/9 4173/20 4174/7
4174/21 4176/9 4176/9
4179/24 4180/21
4181/13 4181/15
4188/5 4188/7 4188/7
4189/22 4190/16
4197/19
Washington [4] 4083/5
4084/3 4085/4 4085/14
wasn't [3] 4133/13
4171/23 4192/11
Waszmer [3] 4085/6
4191/13 4192/8
waters [1] 4092/1
way [16] 4100/3
4101/15 4101/21
4101/23 4102/1 4104/8
4118/11 4118/16
4121/18 4122/16
4130/24 4137/20
4140/3 4144/11
4185/11 4197/6
ways [2] 4089/16
4198/11
wc.com [2] 4085/5
4085/5
we [189]
We understand [1]
4087/16
we will [1] 4128/7
We'd [1] 4178/6
we'll [23] 4087/18
4088/17 4098/20
4099/1 4099/19 4101/8
4115/15 4117/19
4131/3 4137/22
4137/24 4145/22
4147/24 4149/13
4149/14 4159/14
4160/25 4168/23
4176/17 4191/19
4196/17 4205/5 4205/8
we're [55] 4090/16
4094/19 4095/17
4095/19 4096/5
4096/16 4096/18
4097/16 4103/3

4111/21 4112/7
4119/10 4123/12
4123/20 4123/22
4125/7 4126/11
4127/13 4128/25
4132/1 4134/7 4144/8
4145/23 4147/17
4149/8 4149/10
4152/25 4158/18
4159/16 4160/14
4160/16 4160/17
4162/17 4162/18
4167/12 4168/25
4169/13 4175/8
4175/25 4180/2
4180/17 4181/21
4191/14 4191/18
4192/5 4195/12 4196/5
4198/7 4200/5 4200/7
4201/5 4203/14
we've [8] 4092/1
4107/2 4116/19
4139/18 4148/23
4166/13 4183/7 4194/3
weak [1] 4120/6
4120/15
web [2] 4162/1
4201/10
WEBB [1] 4084/19
website [7] 4100/20
4151/23 4202/8
4202/10 4203/19
4203/24 4204/22
websites [1] 4195/15
weighing [1] 4167/5
weights [1] 4111/13
welcome [6] 4088/1
4116/9 4119/19
4140/22 4142/3
4150/11
well [20] 4088/15
4099/2 4101/13
4109/10 4111/19
4115/25 4118/14
4126/17 4151/19
4161/2 4166/9 4166/23
4170/25 4172/20
4184/24 4187/2 4187/3
4187/3 4187/11
4201/24
Wendy [2] 4085/6
4192/7
went [3] 4103/22
4107/1 4200/18
were [36] 4091/5
4091/7 4098/24
4098/25 4100/13
4108/14 4110/2 4123/1
4128/1 4128/13
4128/14 4128/20
4131/17 4133/7
4133/14 4139/7 4141/4
4146/24 4148/10
4154/1 4161/8 4161/21
4164/15 4165/25
4171/20 4171/22
4171/24 4173/12

4179/22 4180/9
4181/24 4190/9
4193/23 4201/25
wfcavanaugh [1]
4084/21
what [123] 4090/19
4090/24 4092/6 4093/9
4093/16 4096/10
4098/25 4101/1 4101/2
4103/6 4108/21
4110/21 4110/22
4113/2 4115/3 4115/7
4117/14 4118/22
4119/18 4120/13
4121/16 4122/13
4124/8 4126/24
4127/12 4127/18
4129/23 4131/11
4135/5 4135/6 4135/25
4136/10 4137/6 4138/1
4138/7 4138/9 4138/15
4139/8 4142/18 4143/3
4143/9 4144/15
4144/16 4144/18
4145/12 4146/12
4146/18 4147/2
4147/14 4147/16
4148/3 4151/19
4154/17 4154/24
4156/11 4157/23
4158/12 4158/23
4159/13 4161/6
4161/21 4162/8
4162/12 4163/16
4165/13 4165/19
4165/25 4166/8 4166/9
4167/8 4168/5 4168/10
4168/20 4169/13
4169/19 4169/20
4170/7 4170/11
4172/14 4172/23
4172/24 4173/5
4173/13 4173/17
4174/6 4178/24
4179/17 4179/18
4181/7 4181/9 4185/2
4185/21 4185/25
4186/6 4186/8 4187/17
4187/20 4188/7 4188/9
4188/20 4189/21
4189/25 4190/9
4190/12 4192/12
4192/18 4192/24
4193/19 4194/4 4194/9
4194/24 4195/4
4196/12 4198/25
4199/3 4199/8 4201/23
4202/3 4202/16
4203/21 4203/22
4204/5 4204/9
what's [8] 4100/14
4124/16 4130/22
4139/17 4144/3 4177/6
4193/22 4197/3
whatever [4] 4098/4
4140/16 4143/17
4195/9

**whatnot [1]** 4200/8
**when [59]** 4088/3
4091/6 4091/23 4094/7
4096/2 4096/7 4097/13
4100/11 4100/24
4103/21 4104/12
4105/2 4105/15 4106/8
4109/24 4114/15
4116/7 4119/11 4120/9
4120/10 4120/19
4120/20 4120/25
4121/12 4123/2
4125/19 4128/9 4134/6
4134/19 4135/3 4135/3
4135/6 4135/19
4135/22 4138/8
4138/10 4140/3 4145/5
4150/14 4156/7 4164/8
4165/23 4169/22
4171/20 4172/17
4176/22 4177/3 4177/4
4177/20 4179/11
4180/1 4181/13
4181/15 4182/12
4196/5 4196/16
4198/13 4199/12
4202/17
**where [54]** 4090/14
4091/7 4093/4 4094/19
4096/25 4097/10
4099/15 4099/16
4101/14 4101/17
4106/11 4106/24
4108/13 4108/19
4108/25 4110/8
4110/16 4116/4 4120/6
4120/22 4120/23
4121/1 4121/4 4126/4
4126/5 4127/11 4128/3
4136/18 4139/4
4139/10 4139/17
4140/18 4141/16
4145/1 4147/24
4149/23 4157/9
4159/21 4161/10
4173/24 4177/8
4177/11 4179/1 4187/9
4190/3 4191/2 4193/11
4193/21 4196/11
4201/12 4201/24
4203/10 4203/15
4204/2
**whereas [2]** 4105/5
4202/11
**whereby [1]** 4155/13
**whether [11]** 4093/6
4093/24 4131/1
4140/15 4165/22
4165/22 4167/10
4194/10 4196/6
4200/12 4200/18
**which [53]** 4090/17
4092/23 4095/3
4096/16 4097/10
4097/11 4102/14
4102/19 4103/1 4104/2
4104/10 4107/5

4109/13 4111/12
4111/18 4111/25
4112/21 4122/7 4125/7
4128/19 4129/2 4130/7
4131/8 4133/14
4134/24 4136/12
4142/22 4147/3
4152/24 4155/14
4155/20 4159/23
4160/15 4160/17
4161/3 4163/16
4164/15 4164/22
4166/18 4172/7
4174/24 4175/17
4177/8 4177/24
4180/15 4187/24
4194/8 4194/13
4195/10 4197/19
4199/10
**while [8]** 4123/22
4127/4 4138/17
4152/15 4159/16
4183/22 4184/6
4187/14
**Whinston's [1]**
4087/19
**who [9]** 4105/19
4114/18 4115/20
4150/23 4151/1 4152/1
4187/1 4188/3 4198/21
**who's [2]** 4141/9
4141/9
**who've [1]** 4154/16
**whole [1]** 4168/23
**whom [1]** 4091/15
**whose [1]** 4144/20
**why [13]** 4098/19
4129/11 4131/7
4148/20 4149/3
4149/11 4149/13
4150/8 4165/13
4194/15 4198/5 4205/3
4205/5
**will [15]** 4089/4 4093/7
4093/25 4128/7 4132/2
4138/1 4138/14
4139/10 4139/24
4140/9 4149/3 4171/12
4188/23 4203/6 4203/8
**William [5]** 4084/18
4085/11 4087/10
4206/2 4206/8
**William Cavanaugh [1]**
4087/10
**WILLIAMS [1]** 4085/3
**willing [1]** 4201/17
**WILSON [1]** 4085/7
**win [1]** 4106/14
**Windows [1]** 4169/23
**wink [3]** 4189/18
4190/4 4190/14
**winning [1]** 4177/13
4177/17
**wireless [1]** 4193/24
**withdraw [2]** 4155/2
4190/7
**within [12]** 4096/13

4144/7 4145/13 4158/9
4158/13 4178/21
4179/7 4179/20
4180/21 4194/22
**without [4]** 4123/19
4132/20 4133/3
4163/20
**witness [4]** 4086/2
4088/7 4110/16
4166/21
**WITNESSES [1]**
4086/4
**won't [3]** 4161/9
4163/8 4183/2
**wonder [1]** 4104/22
**word [7]** 4096/1
4099/13 4101/2
4102/11 4153/4
4173/22 4204/16
**words [6]** 4129/16
4129/24 4147/21
4156/6 4203/22
4204/16
**work [6]** 4141/18
4141/21 4152/17
4154/8 4160/3 4196/18
**working [4]** 4145/9
4145/10 4145/10
4193/2
**works [5]** 4094/20
4102/14 4102/19
4120/1 4201/6
**world [1]** 4136/12
**world's [1]** 4194/19
**worried [1]** 4092/6
4190/9
**would [163]**
**wouldn't [6]** 4114/22
4123/7 4170/17
4173/16 4178/13
4190/6
**writing [2]** 4123/2
4131/17
**written [1]** 4165/24
**wrong [1]** 4111/23
**wrote [10]** 4129/4
4131/10 4132/6
4135/22 4142/10
4150/17 4156/8
4171/12 4171/18
4172/17
**wsgr.com [1]** 4085/10
**wwaszmer [1]** 4085/10

**X**

**X number [1]** 4159/25

**Y**

**Yeah [11]** 4100/11
4105/16 4118/9 4141/8
4141/15 4144/19
4145/4 4153/13
4170/24 4204/19
4205/3
**year [19]** 4097/25
4099/23 4125/3
4131/15 4140/3 4140/8

4152/5 4152/16
4153/8 4155/15 4156/2
4156/10 4157/8
4159/18 4172/20
4159/18 4194/1
**years [7]** 4139/18
4152/14 4153/7
4154/16 4158/1 4193/6
4193/9
**yes [30]** 4090/5
4092/21 4093/25
4107/7 4110/4 4122/7
4129/10 4129/18
4132/9 4133/9 4134/17
4135/2 4135/24 4151/7
4152/3 4154/10
4155/25 4156/3
4156/10 4171/10
4171/19 4175/16
4177/25 4187/4 4189/7
4189/15 4191/1 4191/7
4195/3 4203/12
**yesterday [21]** 4088/17
4088/19 4089/18
4090/3 4090/14
4090/17 4092/12
4093/16 4093/18
4096/2 4096/7 4097/3
4099/24 4110/15
4110/23 4117/15
4132/10 4192/11
4194/15 4195/22
4198/19
**yet [5]** 4138/23 4139/4
4139/6 4143/2 4204/8
**York [2]** 4084/20
4085/9
**you [504]**
**you know [1]** 4145/17
**you'd [2]** 4145/24
4188/6
**you'll [1]** 4187/11
**you're [42]** 4094/7
4096/10 4102/18
4104/12 4109/24
4111/9 4114/15 4116/3
4116/9 4119/19
4122/15 4125/22
4128/9 4129/8 4131/19
4132/7 4132/24
4133/24 4136/5
4140/22 4141/20
4142/3 4147/3 4147/12
4150/14 4151/16
4155/23 4156/20
4157/18 4158/12
4159/21 4163/23
4175/8 4175/10
4179/12 4181/10
4184/6 4184/14
4184/24 4184/25
4189/25 4202/4
**you've [8]** 4091/23
4097/13 4154/8 4159/7
4165/21 4182/5 4191/6
4197/24
**your [122]** 4087/6

4090/21 4091/17
4091/22 4101/23
4102/5 4104/7 4104/17
4105/7 4107/8 4107/11
4107/14 4109/6
4110/13 4110/14
4110/19 4110/25
4111/19 4114/20
4119/21 4122/15
4123/18 4123/20
4125/8 4125/9 4126/8
4126/9 4128/6 4129/3
4129/4 4131/19
4133/15 4134/18
4135/21 4137/12
4137/12 4140/23
4141/1 4141/2 4142/10
4142/12 4143/19
4144/7 4148/11
4148/11 4148/20
4149/2 4149/3 4149/16
4149/24 4150/7 4150/9
4150/17 4153/2 4154/8
4156/6 4156/25
4159/22 4161/15
4161/19 4162/24
4163/1 4163/9 4164/2
4164/11 4164/19
4164/20 4165/7
4165/15 4166/2
4166/12 4166/20
4166/24 4167/17
4167/18 4173/22
4174/6 4174/15
4174/20 4175/17
4179/10 4181/13
4181/15 4182/8
4182/13 4182/23
4183/4 4183/6 4183/7
4185/17 4186/11
4186/12 4187/24
4188/4 4189/3 4189/16
4190/5 4190/15
4190/20 4191/8
4191/12 4191/14
4191/17 4192/12
4192/18 4192/21
4193/14 4193/16
4194/14 4196/2
4196/18 4197/10
4197/15 4198/18
4198/23 4200/25
4202/3 4203/14 4205/1
4205/7
**Your Honor [39]**
4087/6 4087/23 4088/5
4091/22 4107/11
4107/14 4110/14
4110/25 4123/20
4125/8 4140/23
4149/16 4150/7 4150/9
4162/24 4163/1 4163/9
4164/2 4164/11
4164/19 4164/20
4165/7 4165/15 4166/2
4166/12 4166/20
4166/24 4167/17

## Y

**Your Honor... [11]**
4167/18 4182/23
4183/6 4190/20 4191/8
4191/12 4191/14
4191/17 4200/25
4203/14 4205/1
**yourself [6]** 4126/12
4138/6 4138/9 4149/24
4151/6 4154/12

## Z

**Zaremba [3]** 4085/11
4206/2 4206/8
**zero [4]** 4100/5
4117/11 4117/16
4121/1