4399

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, ET AL.,  )
                                   )
          Plaintiffs,              )
                                   )      CV No. 20-3010
       vs.                         )      Washington, D.C.
                                   )      October 5, 2023
GOOGLE LLC,                        )      9:30 a.m.
                                   )
          Defendant.               )      Day 17
_____)      Morning Session


TRANSCRIPT OF BENCH TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For DOJ Plaintiffs:                    Kenneth M. Dintzer
                                       U.S. DEPARTMENT OF JUSTICE
                                       1100 L Street, NW
                                       Washington, D.C.
                                       (202) 307-0340
                                       Email:
                                       kenneth.dintzer2@usdoj.gov

                                       Erin Murdock-Park
                                       U.S. DEPARTMENT OF JUSTICE
                                       Antitrust Division
                                       450 5th Street NW
                                       Washington, D.C. 20530
                                       (202) 445-8082
                                       Email:
                                       erin.murdock-park@usdoj.gov

For Plaintiff
State of Colorado:                     Jonathan Bruce Sallet
                                       COLORADO DEPARTMENT OF LAW
                                       Consumer Protection Section,
                                       Antitrust Unit
                                       Ralph L. Carr
                                       Colorado Judicial Center
                                       1300 Broadway
                                       Suite 7th Floor
                                       Denver, CO 80203
                                       (720) 508-6000
                                       Email: jon.sallet@coag.gov

                                       William F. Cavanaugh, Jr.
                                       PATTERSON BELKNAP
                                       WEBB & TYLER LLP
                                       1133 Avenue of the Americas
                                       Suite 2200
                                       New York, NY 10036-6710
                                       (212) 335-2793
                                       Email: wfcavanaugh@pbwt.com

```
APPEARANCES CONTINUED:

For Defendant Google:          John E. Schmidtlein
                               Aaron Philip Maurer
                               WILLIAMS & CONNOLLY LLP
                               680 Maine Avenue, SW
                               Washington, D.C. 20024
                               (202) 434-5000
                               Email: jschmidtlein@wc.com
                               Email: amaurer@wc.com

                               Matthew L McGinnis
                               ROPES & GRAY LLP
                               Prudential Tower
                               800 Boylston Street
                               Boston, MA 02199
                               (617) 951-7000
                               Email:
                               matthew.mcginnis@ropesgray.com


Court Reporter:                William P. Zaremba
                               Registered Merit Reporter
                               Certified Realtime Reporter
                               Official Court Reporter
                               E. Barrett Prettyman CH
                               333 Constitution Avenue, NW
                               Washington, D.C. 20001
                               (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

– – –

WITNESS INDEX

– – –

WITNESSES          DIRECT CROSS REDIRECT RECROSS

PLAINTIFF's:

RYAN KRUEGER          4404  4434    4477
PATRICK CHANG         4483
                          – – –

INDEX OF EXHIBITS

– – –

| PLAINTIFF'S | ADMITTED |
|---|---|
| 586A | 4416 |
| 1194 | 4481 |
| PSX952 | 4510 |
| UPX686 | 4515 |
| 663 | 4519 |

– – –

INDEX OF EXHIBITS

– – –

| DEFENDANT'S | ADMITTED |
|---|---|
| DX165A | 4461 |

4403

<pre>
 1                    P R O C E E D I N G S
 2              COURTROOM DEPUTY:  All rise.  The Honorable Amit
 3   P. Mehta presiding.
 4              THE COURT:  Good morning, everyone.  Please be
 5   seated.
 6              COURTROOM DEPUTY:  Good morning, Your Honor.
 7   This is Civil Action 20-3010, United States of America,
 8   et al., versus Google LLC.
 9              Kenneth Dintzer for the DOJ.
10              William Cavanaugh on behalf of Plaintiff States.
11              John Schmidtlein on behalf of Google.
12         MR. MAURER:  Good morning, Your Honor.
13         THE COURT:  Good morning.
14         MR. MAURER:  Aaron Maurer on behalf of Google.
15              Yesterday, I made an objection on grounds of
16   confidentiality during the examination of the witness on
17   Exhibit 586.  That was an error.  As you know, we've been
18   working on de-designating things.  That was one of the
19   things we had de-designated, and I missed it.  I apologize.
20         THE COURT:  Not a problem.  Thanks for letting me
21   know that, Mr. Maurer.  I appreciate it.
22         MR. CAVANAUGH:  It was probably 50/50, it was my
23   mistake or theirs.
24         THE COURT:  As long as it wasn't mine.
25         MR. CAVANAUGH:  Your Honor, the only other
</pre>

```
 1   housekeeping matter.
 2            Yesterday I mentioned a number of exhibits.
     I didn't tell you they were already in evidence.  It was
 3
     645, 462, 571, 457, 441.
 4
 5            THE COURT:  Okay.  Thanks, Mr. Cavanaugh.
 6                          - - -
 7   RYAN KRUEGER, WITNESS FOR THE PLAINTIFFS, HAVING BEEN
 8   PREVIOUSLY SWORN, RESUMED THE STAND AND TESTIFIED FURTHER AS
 9   FOLLOWS:
10                DIRECT EXAMINATION (CONTINUED)
11                          - - -
12                          - - -
13   BY MR. CAVANAUGH:
14       Q    Good morning, Mr. Krueger.
15            Yesterday you mentioned to the judge that SA360
16   has some stacking over Google ads.
17            I thought just to clarify, so we're all on the
18   same page as to how this works, I'm going to try to draw it.
19   You can tell me what I'm getting right and what I'm getting
20   wrong, okay.
21            So let's start with an advertiser who's going to
22   utilize SA360, okay?
23            Now, within SA360, there are bidding strategies,
24   correct?
25       A    That's right.
```

1          Q    And they're unique to SA360?

2          A    We -- yeah, we build -- that's -- we have our

3    unique bid strategies that have both what we call interlay

4    bidding, which is our in-house bidder, that sets, from the

5    engine's perspective, manual bids but we set the bids.

6               And then -- but they're contained within bid

7    strategies or portfolios which are groups of campaigns that

8    the customer's defined.

9          Q    Okay.

10              So we have bid strategies there.

11              And those bid strategies that are in SA360, those

12   can be used across different search engines, right?

13         A    That's correct.

14         Q    Okay.

15              That's one of the benefits of SA360 as -- or of

16   any SEM tool, right?

17         A    I'm not sure about other tools.  Presumably, they

18   have similar technology, yes.

19         Q    So it can be used across multiple search engines?

20         A    That's right.

21         Q    All right.

22              Now, for our advertisers that's using SA360, as

23   you testified yesterday, they can also utilize Google ads,

24   right?

25         A    Is that denoting Google ads auction-time bidding?

1    I presume that's what you're talking about.

2         Q    Yes.

3         A    Yes.

4         Q    Okay.

5              And Google ads has bidding strategies within it as

6    well?

7         A    That's right.

8         Q    It also has auction-time bidding, right?

9         A    That's right.

10        Q    Different case, sorry.

11             So an advertiser utilizing SA360 can utilize an

12   SA360 bidding strategy and also use Google ads auction-time

13   bidding feature?

14        A    That's right.

15        Q    Okay.

16             Now, if that advertiser also wanted to place ads

17   on Bing through Microsoft ads, okay?  All right.

18             Now, there, Microsoft ads has its own bidding

19   strategies?

20        A    That's right.

21        Q    Okay.

22             And it also has its version of auction-time

23   bidding?

24        A    That's right.

25        Q    Okay.

4407

1          And it also has intraday bidding?

2     A    I'm not as familiar with those ones, but I'm --

3 I'll take your word for it.

4     Q    And intraday bidding is, you get information every

5 six or eight hours?

6     A    Our intraday bidding we get data in real time, but

7 we adjust typically anywhere from four to six times a day,

8 the bids.

9     Q    So now, am I correct that an advertiser utilizing

10 SA360 and one of its bidding strategies, if they want to run

11 an ad on Bing, they can't -- currently, they can't use

12 Microsoft ads auction-time bidding feature?

13     A    My understanding is as of today, there is a

14 limited alpha for that feature.  I think there's a --

15 I don't know how many customers are the full scope of it.

16 That's not my remit.

17          But as of today, there is a limited alpha for

18 customers, but it's not fully launched.

19     Q    All right.

20          So you're talking about the testing -- the alpha

21 testing that Google is currently undertaking?

22     A    Yes.  I don't have all the details of it.  Another

23 product manager owns it right now.

24     Q    But for everyone else who isn't involved in that

25 limited alpha testing, they can only utilize the intraday

4408

1    bidding feature, correct?

2        A    Yeah, maybe I could break this into two parts.

3            So they can -- any customer at any point, if

4    they're our customer or not, they can go to Microsoft, use

5    Microsoft auction-time bidding with Microsoft's conversion

6    measurement source or whatever Microsoft supports.  So even

7    if they're our customer, they can go directly to Microsoft

8    to do that.

9            The same with Google, they don't have to use your

10   platform.  They can use our platform or not.  And in our

11   platform for Google ads, they can use, via our bid

12   strategies, activate auction-time bidding.

13           I don't know about Microsoft's intraday bidding,

14   but our customers, if they're using bidding in our platform,

15   they could only use our intraday bidder.  But they can go to

16   Microsoft to use their features with whatever tools

17   Microsoft offers.

18       Q    But we are clear that other than whoever is

19   involved in this alpha testing, anyone else can't use the

20   Microsoft's ad feature if they're going through SA360?

21       A    Well, I think that's the distinction I'm trying to

22   make, is they --

23       Q    Right.

24       A    If they're trying to activate it in our platform,

25   that is not possible.  But they can go to Microsoft directly

1    to use the feature is what I was trying to explain.

2         Q    Sure.

3              THE COURT:  Maybe this is just a small point.

4              But when you say "go directly to Microsoft," you

5    mean through the SA360 portal or do you mean outside the

6    portal to go to Microsoft ads as an independent, standalone

7    piece of software?

8              THE WITNESS:  The second part.

9              So they would go to -- I don't know the URL, but

10   let's say it's microsoftadvertising.com, whatever the URL,

11   bingads.com, whatever it is, they could log into their

12   account that they own with Microsoft, go to their campaigns,

13   turn on auction-time bidding, set it up however Microsoft's

14   best practices are, and they can use the feature.  That

15   would not be managed through our bidding, it would be

16   directly with them.

17             So it's -- and this is the same for any engine we

18   support.  So even though you're our customer, syncing the

19   campaigns to our platform -- just because you're our

20   customer and sync into our platform does not mean you can't

21   go to the engine to use their features, and that's a very

22   common workflow even for Google.

23             I think for one of the bigger -- recent Google

24   launches, we didn't have support for a feature for, I think,

25   almost a year.  Our customers went to Google.  They used the

```
 1    feature in their platform and then when we supported it,
 2    there's a process that we could help them use our features
 3    natively in a platform.
 4              And it's the same way for this particular feature.
 5    So if someone was not happy with our intraday bidder,
 6    I think even the case where we left off before, they went
 7    directly to Microsoft to run with their version of the test,
 8    and they were able to use Microsoft auction-time bidding.
 9              So I think that's the one distinction.
10    I'm not sure if that's what you were trying to say but I
11    wanted to make sure it was clear.
12    BY MR. CAVANAUGH:
13    Q    And one of the value propositions of SA360 is
14    telling the advertiser, "you're not going to have to go
15    around and go directly here to Microsoft," correct?
16    A    For features that we support, that's right.
17    Q    Right.
18              And for features you don't support, they have to
19    do this?  They have to go around, they can't go through
20    SA360 for that feature?
21    A    That's right, yeah.  They would have to open
22    another tab in their browser, log into the publisher of the
23    engine, and they could use the feature there, that's right.
24    Q    Right.
25              And Google's charged a fee to the advertiser for
```

4411

1    utilizing SA360?

2        A    For the platform as a whole, that's right.

3        Q    Right.

4            And so the advertiser now has to use two -- go

5    through two separate engines, right?  Or tools?

6        A    Well, yes.

7            So if they wanted to use Microsoft auction-time

8    bidding besides the alpha customers, they would have to log

9    into Microsoft directly.  That's right.

10            THE COURT:  Could I -- let me ask some more

11    clarifying questions.

12            As I understand what you've just said is that

13    SA360, that top line, contains what you've called "bidding

14    strategies."  If I am an advertiser, I select an SA360

15    bidding strategy.  The benefit of doing that is that same

16    bidding strategy can apply to all of the other platforms on

17    SA360, correct?

18            THE WITNESS:  Yes.  So the customer defines what

19    campaigns go in each portfolio bid strategy and then, for

20    the features we support, whether -- for the intraday, we

21    would set bids.  For Google ads auction-time bidding we

22    would set the targets for that engine.

23            THE COURT:  But it also sounds like a -- through

24    SA360, an advertiser could say, "I don't want to use SA360's

25    bidding strategies, I want to use Google ads' bidding

1    strategies," it goes directly to Google ads through SA360?

2              THE WITNESS:  So it in the current platform,

3    there's limited features of -- for both engines that we

4    support.  We don't support everything for both.  But if

5    there's something we don't have, they can not use our tool,

6    there's nothing that prevents them from doing that.  They

7    could just open --

8              THE COURT:  I'm just trying to understand the

9    basics.

10             THE WITNESS:  Yeah.  Yeah.

11             THE COURT:  But, again, I can access SA360 as a

12   standalone -- excuse me.  I can access Google ad as a

13   standalone ads platform through SA360 and take advantage of

14   the bidding strategies offered by Google ads under the SA360

15   rubric, correct?

16             THE WITNESS:  Sorry, could you repeat the

17   question.  I want to make sure I understand.

18             THE COURT:  That's fine.  Maybe I'm --

19             Mr. Cavanaugh.

20   BY MR. CAVANAUGH:

21       Q    Yeah.

22             So let's assume an advertiser decides to go

23   directly to Google ads?

24       A    Yeah.

25       Q    Google ads has bidding strategies in it, correct?

4413

1          A     That's right.

2          Q     All right.

3                The downside is, they can't use that bidding

4     strategy across other search engines?

5          A     That's correct.

6                THE COURT:  Okay.

7                So maybe this is just in my own head.  But, in

8     other words, to go to Google ads, as you've said before, you

9     have to open another browser and open up another portal to

10    get to -- it's not as if you can get to Google ads through

11    SA360?

12               THE WITNESS:  Not the full Google ads experience.

13    It would be only the features that we support of Google ads,

14    and the same for Microsoft, whatever features we support.

15               But, you know, the key point was, I wanted to make

16    sure it was clear from -- it's not that people can't use

17    Microsoft auction-time bidding because they're our customer.

18               THE COURT:  Right, I understand that.

19               THE WITNESS:  But, yes, they would have to go to

20    another browser tab to log into Microsoft or Google to use a

21    feature we don't support, and I was just making the point

22    that's a fairly common, at least from our customers where we

23    don't have something, because we haven't built it yet or,

24    you know, whatever the reasons, yeah.

25               THE COURT:  So is it accurate to say that a

1    customer, a SA360 customer could choose an SA360 bidding

2    strategy, have that applied to Bing, but then supplement

3    that strategy with, for example, auction-time bidding, but

4    that would just simply require them to take the additional

5    step -- or that would require them to take the additional

6    step of going to the Microsoft ads platform separately?

7              THE WITNESS:  In that workflow, our bidding would

8    actually not be operating.  It would be -- we would --

9    I don't know -- there's some nuance there, but basically,

10   auction-time bidding would be in control.  Our bidding,

11   whatever bids were set were just ignored.

12             But the workflow you described would be accurate

13   other than that, yeah.

14   BY MR. CAVANAUGH:

15   Q    So essentially if I choose the auction-time

16   bidding featured in Microsoft ads, that doesn't sync up with

17   the SA360 bidding strategy, correct?

18   A    It does not.

19             But anything that was -- anything that we would --

20   we would still be passing information, but Microsoft would

21   be effectively not using it because it uses its own bidder.

22             So the two are not -- they would be separate.  We

23   wouldn't be impacting anything at that point.  So it's as if

24   they didn't use our bidding at all, function.

25   Q    But on the Google ads side, you can use an SA360

1    bidding strategy and also use Google ads auction-time

2    bidding feature?

3         A    Yeah, the main difference is, we would be

4    informing Google ads what CPA or ROAS, which is like the

5    underlying goal for the customer, that would be what we

6    would functionally be doing for that strategy.

7         Q    So the answer to my question is yes, you can avail

8    yourself of the SA360 bidding strategy and also utilize

9    Google ads auction-time bidding feature?

10        A    Yeah, that's right.

11             THE COURT:  Thank you.  That's helpful.

12   BY MR. CAVANAUGH:

13        Q    Could you turn to 586 in your binder.

14        A    Yep.

15        Q    I believe you testified yesterday you weren't

16   familiar with this document.

17             MR. CAVANAUGH:  Your Honor, may I approach?

18             THE COURT:  You may.

19   BY MR. CAVANAUGH:

20        Q    We've marked this as PSX586A.

21             Mr. Krueger, I'll represent to you this is the

22   metadata for this document.

23             And do you see under file path, your name?

24        A    I do.

25        Q    This indicates it came from -- this document came

```
1    from your files, correct?

2         A    I'm not sure what it means, but -- are you saying

3    this is in my documents?

4         Q    Yes.

5         A    Okay.

6              I'll take your word for it.

7         Q    Okay.

8         A    I don't recall this but...

9         Q    All right.

10             Does that refresh your recollection anyway that

11   this is -- that you had in fact reviewed this document?

12        A    No, I don't remember it.  It was -- it looks like

13   it's from 2020.  I don't remember this one in particular.

14             MR. CAVANAUGH:  Your Honor, we'd move 586A into

15   evidence.

16             THE COURT:  All right.  It will be admitted.

17                                 (Plaintiffs Exhibit 586A
                                     received into evidence.)
18

19             MR. CAVANAUGH:  Let's turn to where we left off

20   yesterday.

21             Exhibit 441.

22   BY MR. CAVANAUGH:

23        Q    This is a series of emails regarding some tests

24   that were done by two entities, G company and U company,

25   correct?
```

1    A    That's right.

2    Q    All right.

3         Let me ask you to start with -- turn to Bates

4    page 907, which I believe is the last page in the document,

5    second-to-last page.

6         And this is an email from Matthew Hallal to you

7    and Shirin, correct?

8    A    That's right.

9    Q    And he says, "Curious if you've heard news from

10   regions/customers on recent performance strength for Bing

11   auction-time bidding.  Kunal reported to me that U company

12   and G company are both seeing strong results using Bing

13   auction-time bid opt, so figured I'd ask."

14        Do you recall these emails?

15   A    I do recall them.

16   Q    Okay.

17        If you could turn to page 906 is, this is an email

18   from Allison Schaffer.  Was she the account representative

19   for G company?

20   A    I believe so.

21   Q    Okay.

22        She states, "Thanks for getting this thread

23   started, Matt.  G company has been leveraging Microsoft ad's

24   CPA strategy for an apples-to-apples comparison and is

25   seeing better performance."

4418

1           Correct.

2     A     I could see that, yep.

3     Q     All right.

4           And below it, there's a chart which has been

5     redacted.  But that's a comparison of SA360 and Bing UI

6     bidding, correct?

7     A     I'm just going to read a couple of the other notes

8     just to get the full context.

9     Q     Sure.  Okay.

10    A     So what I'm recollecting reading here is this is

11    what we call a pre/post test so this means they -- at one

12    point were using our bidding, switched over to Microsoft

13    bidding, presumably for the same set of campaigns, and

14    observed the difference over time.  So it's not -- typically

15    when they say apples to apples, they mean both are running

16    concurrently but this is what we call a pre/post based test

17    so over different time periods.

18    Q     And what they're comparing is running the campaign

19    on Bing and running it on SA360, correct?

20    A     Yes, I believe so.

21    Q     Okay.

22          It goes on to say, "Allison can provide more

23    context but this is a high priority for us as G company is

24    citing this, plus recent bugs has justification that SA360

25    value proposition for their business is not strong."

 1          So there was some concern over the results of this

 2   testing, correct?

 3      A    Yes, they were basically citing that the customer

 4   was after the -- or I don't know if it's their

 5   interpretation of it or the customer mentioned it, but it

 6   sounds like they were happy with the Microsoft performance

 7   in this case.

 8      Q    And if we turn to 906?

 9          THE COURT:  I'm sorry, can I just, if I could

10   interrupt.

11          Am I reading this right, that what this is showing

12   is that in this testing that they did, that their campaign

13   on Bing had a lower cost per click but generated more

14   revenue because there were more orders, total orders?

15          THE WITNESS:  So the main column you would want to

16   look at, because it's a CPA-based bid strategy cost per

17   acquisition would be the CPA column so that I believe that

18   would be NC CPA, and it's showing for presume -- I don't

19   know the exact time periods but it's presumably over the

20   same time period, Search Ads 360 had a 29.9 percent higher

21   cost per acquisition.  Cost is a little bit lower on the --

22   so actually in this case, the spend was lower with the Bing

23   strategy but it was more efficient on the cost per

24   acquisition.

25          The part that is not clear in the email is what

```
 1   was the goal.  So the customer would have to specifically
 2   say I want a 75 or 100 CPA.  Unclear what the CPA goal was.
 3              So, for example, if the goal was 110, this, in my
 4   view, would mean SA360 was doing a better job because we're
 5   hitting that goal.  If the goal was closer to 75, then I
 6   would say the Bing side.  So I think the hard part is we
 7   don't know what the objective was of this, so it's hard to
 8   say what, from where I'm sitting, what was doing the better
 9   job.
10              But from the -- it sounds like from the customer's
11   point of view, they were happy with the results, so that's
12   all I guess I can share from the data.
13              But I'd say the CPA column would be the one that
14   would be the -- what the bidding system was optimizing to.
15   But we don't know what the goal was or at least I didn't see
16   it yet in the document.
17              THE COURT:  But help me out here.
18              If the goal was a higher goal more in line with
19   the SA360, why would that be a better performance than the
20   lower CPA?  I mean, isn't a lower CPA, in other words, a
21   lower cost per acquisition sort of always better?
22              THE WITNESS:  It depends on the customer's goal.
23   Sometimes they want to -- they're fine with a higher CPA
24   because it pushes more volume or because -- customers
25   determine their CPA so it's up to them.
```

1           So the system just says, tell us what you want and

2     we'll get it for you.

3           So in this example if they wanted 110 CPA, that's

4     their choice.  Our system would just get that.

5           If they wanted a lower CPA, then they can go ahead

6     and get that too.

7           But generally from a business perspective, you

8     would think, yeah, lower CPA is better but the system

9     doesn't think like that.  It just says, we'll get whatever

10    you want and then you can adjust that over time based on

11    your business needs.

12          THE COURT:  Okay.  Thank you.

13    BY MR. CAVANAUGH:

14    Q    But certainly G company was apparently pleased

15    that Bing had produced a lower CPA, correct?

16    A    That's my understanding of the email, yep.

17    Q    As a matter of fact, it's described by Mr. Mehta

18    as seeing better performance?

19    A    That's right.

20    Q    So if you could turn to 904?

21          And there, Jen Mader provides some information

22    about U company's test.  And states, "Wanted to provide some

23    context on U company's Bing performance as well.  On 10/28,

24    U company moved five Bing text campaigns from SA360 tCPA to

25    Bing tCPA.

1          And then goes on to provide a chart with that

2    data, correct?

3      A    That's right.

4      Q    And goes on to say, "I also attach a note from

5    U company detailing that essentially they felt that while

6    SA360 was overly efficient and limiting Bing volume, when

7    they moved to Bing tCPA, they were able to get more volume

8    and eventually, efficiency leveled out (see week of 11/16

9    below)."

10         Did I read that correctly?

11     A    That's what I understand as well.

12     Q    Okay.

13         And then Ms. Mader follows up, "Sent too soon.

14   It's important to note that a result of these five initial

15   campaigns they tested, they moved the remainder of Bing text

16   campaigns from SA360 tCPA to Bing tCPA."

17         Do you see that?

18     A    I do.

19     Q    All right.

20         Now, let's move up that page.

21         In response to apparently something you said,

22   Ms. Schaffer says, "Ryan, while I completely understand

23   pre/post is not a fair evaluation.  The client has limited

24   seasonality and only had the goal to get similar/consistent

25   performance."

```
 1              It then goes on to say, "At this point, it looks
 2    like they are successful in being able to move campaigns
 3    over to Bing tCPA with performance actually improving.
 4    The Bing tCPA strategy drove X percent more conversions at
 5    exactly the same CPA, while Google saw consistent orders at
 6    a higher CPA."
 7              So, again, similar to what we'd be seeing with
 8    G company, correct?
 9        A    Well, I'm not sure about the exact percentage;
10    but, yes, both customers saw, from their perspective, better
11    performance.
12        Q    Right.
13              Well, you can see the actual number there?
14        A    I can.
15        Q    Your client has asked that it be redacted.
16              You'd agree with me the percentage reflected there
17    from an advertisers' standpoint seeing X percent more
18    conversions, that would be a good thing for an advertiser,
19    wouldn't it?
20        A    In this case, it was, yes.
21        Q    Staying on page 904, there's -- you follow up with
22    an email on December 3rd, 2020, "Thanks for all the details.
23    As much as it's difficult to say, I'm not terribly surprised
24    Microsoft auction-time bidding is performing better than
25    intraday (for the same reason Google auction-time bidding
```

4424

1    does)."

2              You wrote that?

3        A    I did.

4        Q    And the reason you weren't surprised is that you

5    assumed that Microsoft's auction-time bidding would function

6    better -- would produce better results than its intraday --

7    than intraday bidding, correct?

8        A    At that point, I didn't have any reason or data on

9    either side of the fence, is my -- I think there might have

10   been one other customer case where they didn't see good

11   performance.  But we didn't have -- we have very limited

12   data so as someone who understands the impact of Google

13   auction-time bidding, I had no reason to believe at that

14   time that it wouldn't perform better, but we didn't have

15   scaled data to show either way.

16       Q    Okay.

17             And when you say, "As much as it's difficult to

18   say," the reason you thought it was difficult to say was

19   that you knew that Bing's auction-time bidding feature was

20   not available through SA360, correct?

21       A    Yeah.

22             And maybe just to clarify also.

23       Q    Well, you can clarify --

24       A    I'm sorry.

25       Q    -- but is the answer to my question yes?

1        A    Can you repeat the question?  Sorry.

2        Q    Sure.

3             The reason you say, "It's difficult to say," is

4   that you knew at this time that Bing's auction-time bidding

5   feature was not available through SA360, correct?

6        A    It was not available at that time.

7             And the point of clarity I was going to add is our

8   sales team, you know, obviously, this would, in their case,

9   mean the customer might not use our platform so I was trying

10  to empathize with the sellers that this is their customer,

11  and if they choose to no longer be our customer, that would

12  impact their situation.

13            So I was empathizing with our sellers who are --

14  could be directly impacted as a result of this.

15       Q    Let's turn to the first page of this.

16            Now, this is an email from Mr. Mehta, who outlines

17  the immediate implications and the long-term implications

18  from this testing, correct?

19       A    That's right.

20       Q    And for G company, he states, "The immediate

21  implication of this for G company is that they will be one

22  step closer towards severing their partnership with SA360.

23            "For them, SA360's X engine bidding strategy is

24  one of the value props they pay for; and if we cannot show

25  stronger performance, the investment with SA360 will come

1    under greater scrutiny."

2            Do you agree with that?

3        A    That's right.

4        Q    And then as to U company, he states, quote,

5    "Microsoft ads is a relatively decent share of their spend

6    and without engine parity on bidding it dents their overall

7    perception of SA360's capability as an enterprise SEM

8    platform and puts our shopping automation efforts at risk

9    too."

10           Correct?

11       A    I could see that, yep.

12       Q    All right.

13           And in terms of long-term implications, he writes,

14   "My long-term concern is that this creates a negative

15   perception about SA360 for its enterprise SEM platform if we

16   are unable to demonstrate parity with engine features and

17   stronger performance."

18       A    I see that, yep.

19       Q    And then he also notes that a third company had

20   reached out, the name of which has been redacted, that

21   they're being asked to test Microsoft auction-time bidding

22   and "will not be surprised if other advertisers follow

23   suit"?

24       A    Yep.

25       Q    All right.

1              So there were a number of advertisers who were

2     interested in having the availability of the Bing

3     auction-time bidding strategy through SA360, correct?

4     A       Yeah, this is late 2020, and this is when we

5     started first seeing some demand.

6              We have tens of thousands of advertisers so these

7     are a few, but this is when we started to see customers

8     begin to be interested in.  And as we described in the

9     diagram, is they went to Microsoft to use it.  And when they

10    had success cases if we didn't have it, they sometimes

11    stayed, sometimes left.

12             But this is late 2020 when they started to -- this

13    is the first signs that we started to see customers actually

14    testing it or at least from my desk, yeah.

15    Q       And if you had started doing that testing in the

16    first half of 2020 as you had anticipated doing, you would

17    have seen advertisers' reaction, correct?

18    A       Possibly.

19             Maybe it's helpful context.  When we did the

20    Google ads auction-time bidding, when that started,

21    customers were leaving in droves from our platform, and so

22    it was very obvious quickly to the product team that there

23    was a lot of demand.

24             I would say this has been a slightly slower

25    evolution in that direction.  But this is, again, like one

```
 1   of the first times we started seeing customers reporting
 2   that they're leaving the platform.
 3              But prior to that in I think it was late 2019, we
 4   had not seen that level -- well, any demand from my
 5   perspective.  So this is about a year later and we're
 6   starting to see it.
 7              So I just wanted to make a clarifying point that,
 8   you know, customers, they can always go to the engine, they
 9   can use it.  Up until this point, we had not seen that level
10   of interest from customers.
11              And, again, we have tens of thousands, upwards of
12   100,000 customers.  This is two customers so --
13              But I think the sales team, to your point, is
14   saying, you know, we might start to see other customers
15   so this is kind of the, I guess, the start of that process.
16        Q    Okay.  Can you turn to 448.
17              MR. CAVANAUGH:  Your Honor, this is already in
18   evidence.
19   BY MR. CAVANAUGH:
20        Q    This is an email from you to one of your
21   colleagues at Google, correct?
22        A    You're looking at the 2/18 at the top?
23        Q    Yes.
24        A    That's right.
25        Q    And your email is in response to an email you had
```

1    gotten from Adam Morris at Microsoft?

2         A    Let me read the email real quick.

3              It appears we had a conversation about a bidding

4    checklist.  I don't actually remember the specifics of that.

5    But, yes, we must have had a conversation a few days --

6    recently with Adam, I had a conversation with Adam.  He's

7    the new engineer.

8         Q    Regarding auto bidding?

9         A    That's my understanding.

10        Q    All right.

11             And in response in your discussion with Jason

12   Krueger, you state -- in terms of how to respond to

13   Mr. Morris, you state, "In all these scenarios, we can

14   highlight that this is not a feature that has been

15   funded/prioritized.  So any exploration in this space is not

16   a commitment to building such features."

17             That's what you proposed Microsoft be told as of

18   February of 2021, correct?

19        A    I had a few options for the product team, just

20   trying to understand where they're coming from.

21             But at this point, I know the team was just

22   overall trying to understand what it would -- we knew what

23   it would take for Google, but we wanted to understand what

24   it would take for Microsoft to be integrated.  But we didn't

25   have secured engineering resources to build it at that point

 1    is my understanding.

 2         Q    Okay.

 3         A    But it was mostly on the product side to evaluate

 4    so I was giving them options of how they would like to

 5    reply.

 6         Q    All right.  I have one more document for you, sir.

 7              MR. CAVANAUGH:  Your Honor, may I approach?

 8    BY MR. CAVANAUGH:

 9         Q    Mr. Krueger, yesterday we were talking about your

10    use of Google chats.  Do you recall that?

11         A    I do.

12         Q    All right.

13              Well, we actually do have a chat from you which

14    we've marked as PSX1194.  And it's from -- it's dated

15    September 1, 2021.

16              Who is Seamas Leddy?

17         A    He was my manager at the time.

18         Q    And who was Ryan Fitzgibbon?

19         A    He would have been one of my peers.

20         Q    Okay.

21              And if you could turn to Bates page 4891.

22         A    Okay.

23         Q    Mr. Leddy asks, "Do we plan to support X-engine

24    broad match, plus FACB depth metric."

25              What is X-engine broad match?

1       A     X-engine refers to cross engine.  So Google, Bing,

2    Microsoft, those are the engines we support.  Baidu.

3            And broad match is a targeting method for

4    campaigns.  So you can -- for example, if I'm a retailer and

5    I want to only put bids on red shoes, I can do an exact

6    match or a broad match allows the search engine to match it

7    against a more -- variety of queries, basically.

8            So broad match is an engine level targeting

9    mechanism.

10       Q     So then you and your colleagues go on to have a

11   discussion about issues relating to the utilization of broad

12   match, correct?

13       A     Yes.

14           So the specific context is our sellers have

15   different metrics that they target, whether it's featured

16   option, things like that.

17           And the question was, is broad match something

18   that we want to include or modify as part of those

19   bidding-related metrics.  So that's the context of Seamas'

20   question.

21       Q     And four lines down, Mr. Fitzgibbon says, "We

22   cannot guarantee that broad match plus intraday would

23   perform well," correct?

24       A     Yeah.  At that point, I think broad match was

25   quite new so we didn't know -- we hadn't tested how our

1    bidding system would be able to work with broad match for

2    our intraday bidding.  That's right.

3         Q    And then if you turn to 4892, at the top

4    Mr. Fitzgibbon says, "It would have a huge Google bias,"

5    correct?

6         A    Yes, that's right.

7         Q    And then three up from the bottom, he states, "I

8    push to turn on broad plus -- plus bidding across all

9    engines."

10             Correct?

11        A    I'm sorry.  Let me just read real quick.

12        Q    Sure.

13        A    I think that's a continuation of -- he tends to

14   write and pressing enter very quickly before sentences are

15   done.  But that is part of some of his statements.  Yes,

16   that's right.

17        Q    And then if you could turn to page 4893?

18        A    Yep.

19        Q    In the third item down, Mr. Fitzgibbon states,

20   "But activating across all engines would re-emphasize the

21   criticism in the Colorado case."

22             That's this case, right?

23        A    I believe so, yes.

24        Q    Okay.

25             And then he goes on to say that "We biased to make

1   Google looking better."

2          So you understood that was the criticism in this

3   case?

4      A    I'm not familiar with all the details of this

5   case, but I think he's -- maybe just to clarify my

6   understanding of this, is he was making the statement that

7   we, and I think the conclusion of the conversation is, we

8   should not be changing our metric because we do not want to

9   have a bias.

10         And I should call out that, you know, that's in

11  line with -- even before the case was filed, that's how we

12  operated.  I'm not sure why we had to call that out

13  specifically here.  But his intention was how do we not have

14  bias for this decision, and we decided that we would not

15  change our sales metrics because we didn't feel comfortable

16  with it.

17     Q    And so what we see as in PX1194, this is

18  illustrative of the type of discussions you have with

19  colleagues on Google Chat, correct?

20     A    Yeah, these were what we would call, I guess,

21  business-related conversations over chat, yes, that's very

22  normal.

23         MR. CAVANAUGH:  Nothing further, Your Honor.

24         Pass the witness.

25         THE COURT:  Okay.  I take it no examination from

4434

```
 1    the Department of Justice?

 2              MS. BELLSHAW:  No, Your Honor.

 3              THE COURT:  I'll turn to Google then.

 4              Mr. Maurer.

 5                        - - -

 6                    CROSS-EXAMINATION

 7    BY MR. MAURER:

 8        Q    Good morning, Mr. Krueger.

 9        A    Good morning.

10        Q    We're going to be referring to some of the same

11    documents that counsel for Plaintiff States referred to.

12    Rather than give you a whole other binder, I'm just going to

13    try to use theirs and there might be a few extra that I hand

14    up to you.

15        A    Okay.

16        Q    Let's start with Chats, where we just left off.

17              When remember you informed about your obligations

18    to maintain materials?

19        A    In September of 2021.

20        Q    And what was your position at Google at that time?

21        A    I was a global product lead.

22        Q    Did you have anybody reporting to you in that

23    position?

24        A    I did not.

25        Q    Were you considered part of the leadership team of
```

1    SA360 in that position?

2        A    No.

3        Q    As a global product lead, did you have any

4    authority to decide whether or not auction-time bidding or

5    any other functionality was included in SA360?

6        A    No.

7        Q    When did you leave your position as a global

8    product lead?

9        A    I joined the product -- I became a product manager

10   in December of 2021.

11       Q    So three months after you got the litigation hold?

12       A    That's right.

13       Q    And what did that job change mean with respect to

14   your responsibilities regarding the integration of

15   auction-time bidding or any other feature in SA360?

16       A    I moved to a new role where I was focused on our

17   new platform, the onboarding and the migration experience.

18   I was no longer involved in auction-time bidding for

19   Microsoft.

20       Q    Did you have any responsibilities in that new job

21   with respect to building auction-time bidding or any other

22   feature in SA360?

23       A    Other features, yes, but not Microsoft

24   auction-time bidding, no.

25       Q    As of September 2021 when you got the litigation

4436

1    hold, do you know whether or not the SA360 team was working

2    on building a Microsoft auction-time bidding functionality?

3        A    The product team continued to assess the feature.

4    I wasn't directly involved, but they were -- I know it was

5    still top of mind for the team.

6        Q    And now Plaintiff States' counsel asked you a

7    series of questions from late 2019 and early 2020, around

8    the conversations with Microsoft.  Do you recall those

9    questions?

10       A    I do.

11       Q    Had you received the litigation hold at that time?

12       A    No.

13            THE COURT:  I'm sorry, at what time?

14            MR. MAURER:  Late 2019, early 2020.

15   BY MR. MAURER:

16       Q    Do you know the date that the States filed their

17   lawsuit in this case?

18       A    I don't know the date.

19       Q    It was December 2020.  Do you know that?

20       A    Well, you refreshed my memory.  Now, it makes

21   sense, yeah.

22       Q    Okay.

23            Do you have a practice with respect to how you

24   communicate about material decision points regarding whether

25   or not to build features in SA360?

4437

1      A    So the product team determines what features are

2   built or not.  They -- they're the ones that have to secure

3   the resources from engineering.  So the product managers are

4   responsible for that.

5           And then as the GPL team, we would put that into

6   the roadmap deck or from the marketing, go to market

7   perspective and then we would distribute that to our

8   customers and partners.

9      Q    And in terms of documenting that process and those

10  decisions, how would you document it?

11     A    So product decisions would be made by the product

12  team.  Those would always be in some written form like docs,

13  emails, et cetera.

14          Any decisions that I was proposing would have to

15  also be an email or docs that have explicit sign off from

16  either my manager or the relevant senior stakeholder on the

17  product.

18     Q    And that's because you lack the authority to do it

19  yourself?

20     A    That -- well, yeah, at the time, yeah.

21     Q    Do you recall any decisions with respect to

22  whether the Microsoft ads auction-time bidding functionality

23  or any other functionality for that matter, was to be built

24  for SA360 where chat was your sole or primary means of

25  communication about that?

4438

1       A    No.

2       Q    Did you participate in any chats where you

3  deliberately rediscussed deliberately delaying building

4  auction-time bidding or any other feature for Microsoft?

5       A    No.

6       Q    How do you know that?

7       A    That's a pretty important decision that we

8  would -- even if we discussed it over chats, would not be

9  something that would be, like, something I could approve or

10  have authority over, but B, that's not how we operated.  We

11  don't -- we never intentionally tried to delay anything for

12  Microsoft.

13       Q    Do you still have the exhibit that Mr. Cavanaugh

14  just handed you, Exhibit PSX1194 in front of you?

15       A    I do.

16       Q    Let's actually look at that first page of this

17  exhibit for a second.  What are you discussing here in the

18  chat on the first page?

19       A    It looks like I started talking about our Search

20  Ads 360 gathering event.

21       Q    And about two-thirds of the way down the page, you

22  have a chat that says, "Also, somewhat related, when is

23  the -- I assume -- when is the new GPL coming on board,

24  approximately?  Good first test to organize."  Smily face.

25  Do you see that?

1      A      I do.

2      Q      Why did you put a smiley face there?

3      A      I was hoping somebody else could organize the

4   event of a few hundred people since I did it the previous

5   year.  It wasn't the most fun work.

6      Q      It was a pain and you were making a joke?

7      A      Yeah.

8      Q      Is that in line with the typical use of chats?

9      A      Yeah, this was typical.  I mean, it's business

10  related, but fairly informal, yeah.

11      Q      And if we turn a couple of pages further on where

12  you were asked, this is on page 892 up at the top?

13      A      Yep.

14      Q      And plaintiffs' counsel pointed you to the top

15  line where Mr. Fitzgibbon said it would have a huge Google

16  bias.  Do you see where I am?

17      A      I see it, yep.

18      Q      Did you understand Mr. Fitzgibbon to be pointing

19  that out as a good thing or a bad thing?

20      A      He was trying to avoid that.  So he was saying,

21  this would not be a good thing, and not something we wanted

22  to do.

23      Q      All right.  You can put that to the side.

24          Maybe to clarify, what's the relationship between

25  SA360 and Google ads?

1    A    We're separate products within the company.

2    Q    Is there any overlap in the teams or budget or

3    things like that?

4    A    We have engineering teams that we can -- like, the

5    engineering team works a little different than the product

6    team but the product team is separate.

7    Q    So in terms of making the decisions of what to

8    support, those are separate teams?

9    A    That's right.

10   Q    And you discussed yesterday, and I think also

11   today, the SA360 support for Google ads auction-time

12   bidding, which was in 2019; is that right?

13   A    I believe that was some -- in 2019, we launched

14   the feature is my recollection.

15   Q    On SA360?

16   A    That's right.

17   Q    But it had been available for years before that on

18   Google ads itself?

19   A    Many years, yes.

20   Q    Do you know how long it took your team or the

21   SA360 team to build the support for auction-time bidding for

22   Google ads into SA360?

23   A    Several years.

24   Q    Why did it take that long?

25

4441

1           MR. CAVANAUGH:  Objection, Your Honor.

2           Lay some foundation that he knows about the

3    engineering work.

4    BY MR. MAURER:

5    Q    Do you have an understanding as to why it took

6    three years to -- or a number of years, as you testified, to

7    build it?

8    A    I know how complex the product is and we even

9    today have a lot of serviceability challenges with the

10   features so it's one of our most complex features on the

11   product.

12   Q    How does that complexity of auction-time bidding

13   compare to the other bidding features available on SA360?

14   A    So the intraday bidding system had been around

15   since before I was at Google so that had been long tested

16   and tried and many iterations of it.  And it's completely

17   contained within our product and a lot of the complexity

18   with auction-time bidding is we have to integrate with

19   another product which brings its own level of complexity,

20   not just on the initial creation and compatibility but also

21   the long-term maintenance as things change on both

22   platforms, it's, you know, something we monitor closely.

23   Q    If there's an error or mistake and the

24   auction-time bidder gets it wrong, what are the consequences

25   for SA360?

4442

1          A     Well, it takes some time to troubleshoot.

2     Typically, it's not one thing that goes wrong, it has a

3     cascading impact and many of our customers, they request

4     credits from us or they go to the Google ads to request

5     credits.  So it gets pretty messy when there's issues.

6          Q     When you say they request credits for you, it's

7     because when the auction-time bidding system has an issue

8     that causes money to be spent, that's actually customers'

9     money and then SA360 has to reimburse them for it?

10         A     That's right.

11         Q     Did this project to build the Google ads

12    auction-time bidding functionality for SA360 have a code

13    name or a project name?

14         A     The Google -- well, both Google and Microsoft we

15    had separate code names, yeah.

16         Q     Actually maybe I asked the question wrong.  Let me

17    break it up.

18         A     Yeah.

19         Q     For the Google, for the project in SA360 to build

20    the Google ads version of auction-time bidding, what was

21    that project name?

22         A     Project MYX, M-Y-X.

23         Q     And what was the project name for the project to

24    build Bing's auction-time bidding?

25         A     BYX, B-Y-X.

1    Q    Is there a reason you chose BYX?

2    A    I thought it was fun at the time.  I don't know if

3  it was me or a group of people in the room were like, we

4  just put at B at the beginning of it and everybody

5  understood what it meant.

6    Q    The B at the beginning of it for Bing?

7    A    Yes.

8    Q    And you testified, in response to some questions

9  this morning, that there's an alpha test of the Microsoft

10  auction-time bidding functionality going on now in SA360?

11    A    That's right.  I'm not involved in that directly.

12  There's a product manager that oversees that.  But it is

13  ongoing, is my understanding.

14    Q    What is an alpha test?

15    A    It's usually a limited set of functionality or

16  early-stage testing of a feature that we've built into our

17  product.

18    Q    So to have an alpha test, do you actually have to

19  have the feature built?

20    A    That's right.

21    Q    And how does alpha testing relate to -- well, let

22  me withdraw that and try a different question.

23         Is alpha testing in any way related to whether or

24  not a product is going to be launched?

25    A    It's the -- after development has been completed,

1    that's the first step, is we start to recruit customers to

2    test the feature and stress test it is.

3            Sometimes there is lower, like, smaller features

4    that are still in flight that we add on as we go.  And then

5    it goes to a beta, which is a much larger group of

6    customers, so that's where we start to see scaled activation

7    feature.

8            And once we feel that the product quality is up to

9    our standards and we're -- as you talked about with credits,

10   we're not going to be at risk of -- because one thing is

11   customers sign up for alphas and betas, they understand that

12   they're in earlier -- it's not a launched feature that we're

13   going to back if there's, like, a major credit -- or,

14   sorry -- if there's a major spend increase.

15           So customers understand that there's -- they're

16   helping us, but they're also -- we're not liable for issuing

17   credits in the event of an outage.

18   Q    So Project BYX is on its way to a product launch.

19   Is that your understanding?

20   A    That's right.

21   Q    Let's turn to some of the late 2019 and early 2020

22   communications back and forth with Microsoft.

23           THE COURT:  Counsel, I'm sorry to interrupt.

24           Can I ask a follow-up question, which is:  What is

25   the -- is there a time horizon estimate that you're aware of

1    between where a product is currently in the alpha stage to

2    when it would become an active new feature available to all

3    users?

4              THE WITNESS:  I'm not directly involved, so

5    I'm not sure in this particular case.

6              But, generally, it depends on the size and the

7    complexity.

8              You know, some features we put in an alpha and

9    beta maybe for a couple weeks because it's quite small and

10   not a risk.  Other features like this, it could be an alpha

11   and beta for many, many months because if we -- and if

12   engineering finds a problem, they have to go secure

13   resources and fund and fix it, or improve it, and that --

14   you know, depending on how bad the problem is, that could

15   take time.  So I wouldn't be surprised something like this

16   could be many, many months.

17             THE COURT:  Okay.  Thank you.

18             THE WITNESS:  And also one thing to clarify, it

19   depends how quickly customers come on to use it.  So if we

20   can't recruit customers fast enough, they have their own

21   business priorities, it's coming into retail season in Q4,

22   customers don't like to make big changes or take on the

23   risk, then that could also slow things down as well.

24             MR. CAVANAUGH:  Your Honor, I'll note an objection

25   here.  None of this has obviously been subject to fact

```
 1   discovery, what they're currently doing.
 2   BY MR. MAURER:
 3       Q    Let's look at PSX668.
 4            This is something you looked at with the Plaintiff
 5   States counsel.
 6            MR. MAURER:  And we can put this one up on the
 7   screen, please, Mr. Schliesske.
 8   BY MR. MAURER:
 9       Q    This is the email chain you discussed yesterday
10   with the list of features at the end from Microsoft.  Do you
11   recall that?
12       A    Yes.
13       Q    Let's start with that top email.  It's from Bashar
14   Kachachi to Shirley Heath.  Who's Bashar Kachachi?
15       A    He was the lead project manager on search A360 at
16   the time.
17       Q    And who is Shirley Heath?
18       A    I don't know her exact role, but she was one of
19   the more senior people at Microsoft that we communicated
20   with.
21       Q    And so this is an email from your team to the
22   Microsoft team?
23       A    That's right.
24       Q    What's the date of this email?
25       A    I don't see the date on the top of the page.
```

4447

1    Q    Fair enough.

2         The date underneath that one is November 26th,

3    2019; is that right?

4    A    That's right.

5    Q    Okay.

6         And what, if anything, did the SA360 team tell

7    Microsoft about whether or not it was going to build the

8    features or functionality that is listed in this table?

9    A    We've had, you know, consistent regular meetings,

10   including the, I think, the reference -- the meeting on

11   11/13 where we took their input and it goes into our

12   prioritization process and we build based off of customer

13   demand.

14   Q    And so when Mr. Kachachi here says in this email

15   at the top, "As we've mentioned in our prior meetings, SA360

16   prioritizes feature investments based primarily on feedback

17   from our customers," is that consistent with the message

18   that you are familiar with that was given to Microsoft?

19   A    Yes.

20   Q    And when you say "customers," who do you mean?

21   A    Advertisers on our platform that hold contracts

22   with us.

23   Q    And as of this time in late 2019, were you aware

24   of any advertiser demand for Microsoft's auction-time

25   bidding feature?

4448

1      A    I was not.

2      Q    Let's look at the list of features then starting

3  on page 311 and then continue.

4           Let's actually turn to page 312.

5           If you remember, the rows that have the dark

6  square are the high priority items identified by Microsoft.

7  Do you recall that?

8      A    That's right.

9      Q    Of those, which do you understand to be the most

10 complex or challenging to build?

11     A    The bidding related ones so the ones at the bottom

12 of the page.

13          ECPC is probably the easiest of all of them

14 because that's an engine side bidding system that we have no

15 part of.  But the other ones would be the harder ones to

16 integrate.

17     Q    I want to talk to you about those ones at the

18 bottom of the page, and I guess they continue over to the

19 next page, in a second.

20          But let me start with, up higher on that page,

21 there's dynamic search ads, DSA; is that right?

22     A    Yep.

23     Q    Do you know whether SA360 supports now DSA for

24 Microsoft?

25     A    It does.

1       Q     And then below that, there's responsive search

2   ads.  Does SA360 currently support responsive search ads'

3   functionality for Microsoft?

4       A     We do.

5       Q     So then returning to these ones at the bottom of

6   page 312, those seven highlighted features, including the

7   one on the next page -- I think we see auction-time bidding

8   on that page?

9       A     Yep.

10      Q     Is there any relationship between auction-time

11  bidding and these other -- the functionalities that are

12  listed there?

13      A     The three above it would be Microsoft's bid

14  strategy types that presumably use their auction-time

15  bidding.  In itself, it's not -- it's not its own thing to

16  build, it's part of all the other strategy types.

17      Q     And in order to build auction-time bidding are any

18  of these other functionalities required to be built first or

19  simultaneously?

20      A     The conversion sharing is a fundamental part of

21  it.  I think that's on the next page.  So that would have to

22  be built.  So that's the piece where we send the

23  advertisers' data to Microsoft.

24           And then the other ones are individual strategy

25  types that would have to be developed and tested

4450

1    individually because they're all different.

2        Q    And if you -- let's turn back to the prior page,

3    page 311, and let's look at this email at the top of the

4    page which is from Mr. La Force and you discussed with

5    plaintiffs' counsel yesterday.

6            MR. MAURER:   La Force.   Just like it sounds.

7    BY MR. MAURER:

8        Q    In his email, he asked the SA360 team to review

9    Microsoft's compilation of this table because it was based

10   on public documents and see whether or not it was accurate.

11   Do you see that?

12       A    I do.

13       Q    And did you undertake that task?

14       A    I did, and I looked in some of the product team

15   that would know more about some of the features that I

16   wasn't as familiar with.

17       Q    And I believe you testified yesterday that there

18   were some inaccuracies; is that correct?

19       A    Yes, there were a few inaccuracies.

20       Q    Do you recall which ones they were?

21       A    Not off the top of my head, no.

22            I think it was directionally right.   There was

23   probably maybe, I'd say, 20 -- 15, 20 percent that were not

24   right.

25       Q    And underneath that, there's a list of action

1    items?

2              THE COURT:  I'm sorry, when you say there are

3    "inaccuracies," what do you mean?  In the list that was

4    provided to you by Microsoft?

5              THE WITNESS:  Meaning something was marked yes and

6    it was a no or a partial or something like that on either

7    the Google or the Microsoft side.

8              THE COURT:  I see.  Okay.

9              THE WITNESS:  I'd say that it was directionally

10   accurate.  It was just -- you know, it's a long list so

11   there's a lot of details under each of these.

12   BY MR. MAURER:

13       Q    Right.

14            So for some of the ones where Microsoft indicated

15   that Google supported something perhaps Google didn't or

16   they indicated Google didn't support something and perhaps

17   Google did, things of that nature?

18       A    Correct.

19       Q    Back up then to this action items list from

20   Mr. La Force.

21            You were asked about that first bullet which you

22   testified referred to some of the testing that was being

23   discussed.  I want to ask you about the second bullet, we'll

24   come back to the testing.

25            That second bullet says, "SA360," meaning this was

1    a task for the SA360 team, right?

2        A    Yes.

3        Q    And it says, "Provide Microsoft with data showing

4    that Microsoft SOW isn't negatively impacted when in

5    combined portfolio with the Google ads and Google ads

6    auction-time bidding is enabled."

7             What did you understand Mr. La Force from

8    Microsoft to be asking the SA360 team to do?

9        A    They wanted to understand what happens if a

10   customer turned on Google ads auction-time bidding in a bid

11   strategy that contained Microsoft campaigns.

12       Q    And so this was a comparison between -- or

13   analysis of what happened to the Microsoft -- the spend on

14   Microsoft in the SA360 version as it then existed.  So you

15   had Google ads auction-time bidding, Microsoft intraday

16   bidding, and they asked your team to do an analysis of what

17   happened to the Microsoft spend; is that right?

18       A    Yeah, they wanted to make -- they wanted to

19   understand what happened to their spend and, like,

20   performance in that shared portfolio, that's right.

21       Q    And did you do that analysis?

22       A    We did.

23       Q    What was the result?

24       A    We saw that the Microsoft spend was slightly

25   increasing over time after auction-time bidding for Google

1    is enabled on those portfolios.

2              MR. MAURER:  May I approach, Your Honor?

3              THE COURT:  Sure.

4              I'm sorry.  Just to be clear, what you're saying

5    the analysis showed is that the spending on the Microsoft

6    ads through campaigns through Microsoft went up after Google

7    itself enabled auction-time bidding for the same ad campaign

8    but on Google's platform?

9              THE WITNESS:  More specifically, so if you had a

10   bid strategy, let's say it had ten Google and ten Bing

11   campaigns they were both running on intraday bidding.

12             If you turned on auction-time bidding for the

13   Google ads' ten campaigns, that's when the analysis started

14   to show the impact of the spend of the portfolio and there's

15   a line in here that shows the Bing spend and it was moving

16   up and to the right over time.

17             So we did not see any correlation of negative

18   impact to Bing spend as it relates to turning on Google ads

19   auction-time bidding and we had some theories as to why that

20   would be the case that I'm happy to explain but that was

21   what I was describing.

22   BY MR. MAURER:

23        Q    Now I've handed you, this is for the record

24   PSX00537.  It was produced by Google in native format and I

25   see that we have printed it and unfortunately the sticker

1  didn't make it on to the copy I've handed you but this is

2  PSX537 which is admitted.  It's also confidential so we're

3  not going to put it on the screen.

4          But let me ask you what is this document?

5      A    So this was produced by our engineering team, as I

6  described.  So as customers turned on auction-time bidding,

7  we measured the change in spend across the portfolio,

8  including the Bing portion, to see how that specific action

9  returning on auction-time bidding impacted the spend of

10  Bing.  That was what they requested.

11      Q    So this reflects the results of the analysis you

12  were just discussing with the judge?

13      A    That's right.

14      Q    Now, you could put that one to the side.

15      A    I should add, the scale is a little bit hard to

16  see but if you look at the raw numbers, it's moving up and

17  to the right.

18      Q    Now, taking you back to Exhibit 668, this

19  correspondence that happened in November of 2019, and then

20  you were asked about some other correspondence in, I think

21  it was January, February and March of 2020.  So late 2019,

22  early 2020.

23          At some point, do you have an understanding as to

24  whether these issues got escalated to a higher level between

25  Google and Microsoft?

1    A    Yeah.

2         After the -- there was a meeting in November where

3    things were a little bit, I want to say, tense and

4    controversial in the meeting, that I understand there was a

5    leadership level escalation on both sides but I was not

6    involved in those.

7    Q    So after it was escalated, you no longer had any

8    involvement in that discussion?

9    A    No.

10   Q    I'm sorry, does that mean you agree?

11   A    I would agree I was not involved in those

12   discussions, no.

13   Q    I just want to make sure the record is clear.

14   I asked a bad question.

15        And you said that there was a tense meeting.  This

16   email chain that we're looking at, PSX668, is this the email

17   chain that followed that meeting?

18   A    Yes.

19   Q    So let's talk about some of this testing from 2019

20   or the discussions about the testing in 2019 and 2020.  Was

21   the testing that was being discussed and contemplated a test

22   of auction-time bidding for Microsoft on the SA360 platform?

23   A    No, it was just the sharing of the data to

24   Microsoft for Microsoft's platform bidding.

25   Q    Were there concerns on the part of the SA360 team

1    as to whether or not the Microsoft auction-time-time

2    functionality could actually be built for the SA360 platform

3    at that time?

4        A    There was specific features as we understood, that

5    Microsoft didn't support, so the full suite of features

6    wouldn't have been able -- even if we had infinite resources

7    at that time, we couldn't build everything, and we shared

8    some of those features with them.

9        Q    And what comes to mind as some of the issues that

10   Microsoft had that they would have to address before SA360

11   could be -- could support Microsoft auction-time bidding?

12       A    I believe we shared at least two or three with

13   them.

14            At the time, the biggest one was fractional

15   conversion so that's the -- it was like partial credit

16   that's applied to each click leading up to individual

17   conversion events.  That's -- that was not available in

18   their APIs for us to connect to or not available in their

19   platform.

20            The second was data exclusion events so we talked

21   about like outages, things like that.  That's the way to

22   inform the bidder that there is a problem with the data,

23   don't use it.

24            And I believe the third one which we shared in

25   March was ROAS-based bidding which is rev -- like if you're

1    a retailer, you have revenue, ROAS is the bidding system

2    that ingests like revenue or values, that was not available

3    as was our understanding.

4        Q    And I take it you -- did the SA360 team identify

5    these concerns to Microsoft?

6        A    We did.

7        Q    Let me just talk about fractional conversions for

8    a second.

9            What's the relationship of fractional conversions

10   in the auction-time bidding functionality?  Is it required

11   or how does that work?

12       A    For our customers that use those data driven

13   attribution models or models that use -- the output of that

14   is fractional conversions, they would not be able to use

15   that same data in Microsoft without Microsoft being able to

16   ingest that data.

17       Q    And what percentage of SA360 customers use

18   fractional conversions?

19       A    It's a good question.

20           Not -- I don't have it offhand but it's quite

21   high.

22           It's the most sophisticated measurement model that

23   we have.

24       Q    Let's look at -- let's turn in your binder to

25   PSX765.

4458

1          Are you there?

2     A    Yep.

3          MR. MAURER:  We can put this one up on the screen,

4     please, Mr. Schliesske.

5     BY MR. MAURER:

6     Q    You were asked about this yesterday.  And in

7     particular, I'm going to ask you to turn to page 2, where

8     there's an email from you to the Microsoft team at the top.

9     Do you see that?

10    A    Uh-huh.

11    Q    And there's a section for general inquiries.

12         What's the first bullet point discussing those

13    general inquiries?

14    A    It says, "Attribution.  Does Microsoft bidding

15    support uploading non-last click attribution and/or

16    fractional attribution from offline sources."

17    Q    And why were you mentioning fractional attribution

18    there at Microsoft?

19    A    That was the conversation we just had about our

20    customers use those features, and that would be a

21    requirement.

22    Q    Yeah.

23         All right.  Let's turn to PSX462 which is an email

24    chain from January of 2020 that you looked at yesterday.

25         THE COURT:  I'm sorry, could I get the number

1    again?

2              MR. MAURER:  462.

3              THE COURT:  Thank you.

4    BY MR. MAURER:

5         Q    Are you there, Mr. Krueger?

6         A    I am.

7         Q    And this top email is from Mr. La Force to you.

8    And below that you forward that to Amit and Jason;

9    is that right?

10        A    That's right.

11        Q    And we looked at this yesterday with plaintiffs'

12   counsel and they asked you, if you turn to the next page to

13   the body of that email, they asked you about the first line

14   and the third line but I want to ask you about the second

15   line.

16             There's a tag there for @Jason Krueger.

17   Do you see where I am?

18        A    Yes.

19        Q    What are you asking there in that request to Jason

20   Krueger?

21        A    I'm asking Jason to put together what we call --

22   we call them one shooters, sometimes they're longer.

23             But basically a perspective on BYX from a product

24   POV.  This is usually a precursor to a full product

25   requirements document.

1          So they understand, like, what is it, what do we

2   need to build, what is limitations that they know of, it's,

3   I guess, a lighter form so it's easier to review so that it

4   could be brought to the leadership team to understand if it

5   could be funded as part of the roadmap.

6          Q    Would the SA360 team have spent the time and

7   resources to perform that analysis about auction-time

8   bidding from Microsoft if it had already decided not to

9   build that feature?

10         A    No.

11         Q    To address the elephant in the room, is Jason

12   Krueger, I notice he shares a last name with you.  Are you

13   any relation?

14         A    Yeah, he's my brother.

15         Q    What was his role in the team?

16         A    He was the product manager for this feature or for

17   bidding overall.

18         Q    Were you at this time in the same, I guess,

19   group -- I know you both work on SA360 but were you working

20   with each other or under the same manager or did you have

21   separate chains of reporting?

22         A    Separate lines of business.

23         So I was his sales counterpart on the product side

24   and he was under the product team directly.

25         Q    Let us turn to some of the -- or to a different

1    topic now.

2              Let's look at DX165.  This isn't in your notebook,

3    I'm going to hand you a copy.

4              I'm actually going to hand you two things.  One is

5    DX165 but because it's kind of small, we have got a clearer,

6    more blown-up version that we've marked as DX165A.

7              DX165 is in evidence.

8              MR. MAURER:  Your Honor, I'd like to move DX165A

9    into evidence.

10             MR. CAVANAUGH:  No objection.

11             THE COURT:  It will be admitted.

12             MR. MAURER:  And I believe I misspoke.  Actually

13   DX165 is not yet in evidence.  There's a hearsay objection

14   so let me move that into evidence as well.

15             MR. CAVANAUGH:  Your Honor, subject to whatever

16   embedded hearsay might be in here, no objection.

17             THE COURT:  Okay.

18                              (Defendant's Exhibit DX165A
                                   received into evidence.)

19

20   BY MR. MAURER:

21        Q    Do you recognize Exhibit DX165?

22        A    I do.

23        Q    What is it?

24        A    It's twice a year, we hold a sales services --

25   people who are basically front line with customers, we hold

```
 1   a round of collection of what they are hearing from
 2   customers, what they're -- asking the product team to build
 3   in future roadmaps, and they're -- this is across all
 4   regions, not just the U.S., so the European and Asia Pacific
 5   region and we ask them -- it's basically kind of their wish
 6   list for the product team for the next planning cycle.
 7        Q    And we looked at, this morning and also yesterday,
 8   Exhibit PSX457.  Is that another -- is this -- is the
 9   exhibit we're looking at now DS165 just another in a series
10   of these?
11        A    That's right.  I think I'm looking at it now.
12             The 457 was for the 2020 second half roadmap
13   request, and this is for the first half of that same year.
14        Q    All right.
15             So what's the time frame for Exhibit DX165, the
16   2020 first half product prioritization guide?
17        A    We usually like to do it ahead of the time period.
18   So in this case, it looks like it was October of 2019 when
19   we collected this for the product team so they could plan
20   for 2020.
21        Q    And if we look at turning the document to page 3,
22   starting there and then spanning over the next several
23   pages, can you explain what we see there?
24        A    You want me to explain what I see?
25        Q    Just generically at a high level, what are we
```

1  looking at in this table?

2      A    So in this case, we pulled the top 20 features

3  that were requested and ordered them in priority based on

4  the most occurrences that we've heard and had the highest

5  customer demand for these features.

6      Q    And in this list as of late 2019, is there

7  anything that reflects advertiser demand for Microsoft

8  auction-time bidding?

9      A    It does not appear to be in this list, no.

10     Q    And if a feature appears on this list, does that

11  mean it will get built?

12     A    No.

13     Q    Let's look now at what we looked earlier.  So

14  that's H1, 2020H1.  Let's look at PSX457, which you

15  discussed in your earlier testimony with plaintiffs'

16  counsel, which is 2020H2.

17          Let me know when you're there.

18     A    Yep, I'm here.

19     Q    And if we turn to page 740, the page ending 740 --

20          Can we put this up?

21          You testified yesterday that the -- we looked at

22  row 8, and you testified yesterday that the only client

23  mentioned in this, the specific client, is this Japanese

24  advertiser, correct?

25     A    That's right.

1    Q    Do you know if SA360 ever built the auction-time

2  bidding functionality for Yahoo! Japan that this advertiser

3  was requesting?

4    A    We haven't built it, no.

5    Q    Why not?

6    A    It's very expensive and complicated, and we

7  haven't seen more than a handful of customers ask for it.

8    Q    And on the same row, you were pointed to this

9  little box icon in the upper right-hand corner with the

10  yellow, and that, I believe you testified, indicated that it

11  was -- that the issue was raised in the American customer

12  survey?

13    A    Yeah, that means it was part of the customer

14  survey, like -- yeah.

15    Q    This was -- I'm sorry.

16    A    I don't remember that bubble specifically.  But on

17  the few pages before, it says, "Raised in AMER customer

18  survey."

19    Q    Well, let's look at 746.  This is the start of the

20  section of this exhibit talking about that AMER customer

21  survey?

22    A    That's right.

23    Q    And what was the survey asking?

24    A    I believe on the next slide, it was three simple

25  questions.  One was, "What features could SA360 build or

 1    improve upon that would have the biggest impact on your

 2    business."

 3            The second one is the same question just asking

 4    for their second priority, which was optional.

 5            Ask then the third was also optional for any other

 6    feedback that you would have so kind of more of a free

 7    forum.

 8    Q    And then if we turn to the page you were directed

 9    to, page 748, under Engine Requests, the first bullet point

10    says, "More Bing parity," and then lists "RSA, audiences,

11    and other formats."

12            You were asked about those yesterday.

13            Are any of those features Microsoft auction-time

14    bidding?

15    A    No.

16    Q    You could put that to one side.

17            The judge asked you yesterday, I think, a question

18    about roadmaps.  And I just want to make sure we're clear on

19    what a roadmap is, so let me ask you if you could just give

20    us, again, what a roadmap is.

21    A    So the roadmap is the official public-facing

22    document that we put out to our customers and the engines.

23    We share with anybody who's our customer or partner.  And it

24    shares what we are -- we have secured engineering resources

25    for to start building or deliver in that half of year.

1    Q    And I think this is clear, but is a roadmap

2    limited to just Microsoft features and functionality?

3    A    No.

4    Q    How does the SA360 team determine what goes on the

5    roadmap?

6    A    So the product and engineering team to do a

7    planning cycle, it's actually every quarter; but the roadmap

8    is every six months so they do subplanning.

9         But for the roadmap specifically, we look at

10   generally three categories.  First is engineering

11   investments to keep the lights on, so, you know, back-end

12   infrastructure, things, pipeline changes, engineering-led

13   initiatives that are not customer facing.

14        There's a second category which is new products

15   offerings that are not related to engine features but are

16   our own in-house innovations.  So we have features that we

17   offer that help customers automate certain tasks or, you

18   know, we have a rules feature where customers set up a rule

19   and it automatically does things.  So we have our own

20   features that as product team we want to innovate on.

21        And then a third is supporting engine features

22   that our customers are asking for.

23   Q    And what steps does SA360 take in deciding whether

24   to list an engine feature that customers are asking for on

25   the roadmap?

1      A     So to even get on to the roadmap, the product team

2  would have to produce articles.  But we won't mention

3  requirements document, so there would have to be a product

4  requirement document of what is explicitly asking to be

5  built, what is --

6          It typically has, you know, everything from what

7  is the opportunity, what evidence do you have that shows

8  this is a good thing for the product and the business, what

9  are the specific feature requirements, what are the risks,

10 anything that, you know, the product team wants to call out.

11          If it's a customer-facing feature, there would

12 have to be designs so the user experience team has -- we

13 have designers that show what it would look like in the

14 product.

15          The engineering team would have to have a design

16 document that shows that they can technically feasibly build

17 it.  So there's an -- engineering goes through their own

18 design review processes.

19          And then the last piece is, during the planning

20 cycle, we would actually have the right resources to build

21 the feature.

22          And, again, it doesn't mean it's delivered in that

23 half of the year, but we would at least have to have some

24 resources to start some pieces of that project.

25     Q     And in the time period that we're sort of

4468

1    discussing in this case, like starting in late 2019 and

2    running for the next few years, was there some project that

3    was going on that was resource intensive in SA360?

4        A    So we had Project Amalgam, which is now the new

5    Search Ads 360, and that took up almost the majority of our

6    resources because we were rebuilding the platform.

7        Q    Do I have it right, there was a prior version of

8    SA360 and then now there's a new version?

9        A    That's right.

10        Q    Is there any relation to the two or was it sort of

11    a complete rewrite?

12        A    It's a completely new product.  And we had to

13    basically rebuild all of our features on to the new product,

14    plus migrate customers' data and settings and everything to

15    the new product as well.

16        Q    And I understand, was that resource intensive?

17        A    It's taken up most of our team for, I think --

18    I don't know when it originally started but sometime in 2016

19    or 2017.  So it's -- and we're not done yet.

20        Q    And in the launch of this new version of SA360,

21    were there any Microsoft features included?

22        A    Yes, we launched new features in the new platform.

23        Q    Do you recall any of those features?

24        A    I don't remember off the top of my head if there

25    was -- we had several new features.

```
 1              MR. MAURER:  One second, please.

 2              One moment, Your Honor.

 3              It turns out we don't have that much, so I'll just

 4    move on.

 5    BY MR. MAURER:

 6         Q    Let's look at PSX433.

 7              THE COURT:  Actually, Mr. Maurer, before we do

 8    that, why don't we go ahead and take our morning break.

 9    It's approaching 11:00.

10              So why don't we resume -- we'll resume at 11:15.

11    So we'll see everybody shortly.  Thank you.

12              COURTROOM DEPUTY:  All rise.

13              This Court stands in recess.

14              (Recess from 10:59 a.m. to 11:17 a.m.)

15              COURTROOM DEPUTY:  All rise.  The Honorable

16    Amit P. Mehta presiding.

17              THE COURT:  Thank you, everyone.  Please be

18    seated, everyone.

19              Mr. Maurer.

20              MR. MAURER:  Thank you, Your Honor.

21    BY MR. MAURER:

22         Q    Let's, if we could, Mr. Krueger, please look at

23    PSX433.  It's the March 2020 email that we looked at

24    yesterday.

25              MR. MAURER:  We can put up on the screen, please,
```

```
 1   Mr. Schliesske.

 2   BY MR. MAURER:

 3       Q    I believe it was the very first one in that

 4   binder.

 5       A    Yep.

 6       Q    I want to direct your attention to the bottom

 7   part.  This is an email from you to Tareq Humphrey at

 8   Microsoft; is that right?

 9       A    That's right.

10       Q    And if we look at this bottom part, you are

11   explaining to Mr. Humphrey that the SA360 team has elected

12   to defer running Microsoft auction-time bidding auto test at

13   that time; is that right?

14       A    That's right.

15       Q    What did you tell him about whether or not you're

16   open to maybe doing it in the future?

17       A    We said, "But remain open to revisiting this

18   feature based on customer demand in future planning cycles."

19       Q    And the last sentence there, you say, you know,

20   "Additionally, for further considerations we would need to

21   see broadened support of features," and then you list some

22   things.

23            What were you telling Mr. Humphrey by that

24   sentence?

25       A    That -- to build the feature there that we were
```

1    discussing, we would need to see fractional conversions and

2    the ROAS-based bidding strategies.

3        Q    And when you say the "feature that you were

4    discussing," you mean Microsoft's auction-time bidding for

5    SA360?

6        A    That's right.

7        Q    Did the SA360 team ever tell Microsoft they were

8    not going to build Microsoft auction-time bidding for SA360?

9        A    No.

10        Q    And, in fact, as we understand it, that is

11    actually now in alpha testing; is that right?

12        A    That's right.

13        Q    Okay.

14            What would be the impact of not having fractional

15    conversions available for Microsoft or for Microsoft?

16        A    A good portion of our customers that wanted to use

17    Microsoft auction-time bidding with their Floodlight data,

18    we wouldn't be able to get it into Microsoft so they

19    couldn't use the feature.

20        Q    So for their -- there's some portion of customers

21    that would not be able to avail themselves of the feature.

22    Is that what I understand you to say?

23        A    Correct.

24        Q    And how does that impact the SA360 team's analysis

25    as to whether or not to build Microsoft auction-time

1    bidding?

2        A    Well, we even -- well, that would mean that if we

3    built it, again, a good portion of the customers couldn't

4    even use it.  That was the impact.  So we -- you know,

5    beyond customer demand, it's more of a feasibility analysis

6    of would it work in our product based on how customers are

7    using it today.

8        Q    You can put that to the side.

9            You were asked some questions about the G company

10   and the U company.  Do you remember the email this morning?

11           And you said in your testimony that you had

12   received other feedback from other customers that wasn't

13   quite along the same lines.  Do you recall that?

14       A    I do.

15       Q    So let me put it to you this way.

16           Did you ever receive feedback from advertisers who

17   tested the Microsoft auction-time bidding and were not

18   satisfied?

19       A    We did.

20           MR. MAURER:  May I approach, Your Honor?

21           THE COURT:  Sure.

22           MR. MAURER:  I'm going to hand up what's been

23   marked as PSX435.

24

25

BY MR. MAURER:

Q    All right.

So this is confidential, and we're not going to
put it on the screen, and I'm going to ask you to be careful
not to use the advertisers' name, much as we did with the
other mail.

But can you explain what this is?

A    If I recall correctly, this is emails from a
customer to our Google team explaining their experience
using Microsoft auction-time bidding, and it has a bunch of
information, but their -- what the test details was, the
results, and their final conclusions.

Q    And if we look at their final thoughts, what was
the conclusion of this advertiser?  This is on page 675 up
near the top.

A    I could read it.  It's only two sentences.

Q    Well, I want to be careful not to -- can you
summarize it?

A    Okay.  I can summarize it.

They use the words "interesting, however, it's
lack of data exclusion abilities," I think I described that
one earlier.

I just want to make sure I'm not saying anything I
shouldn't.

"Coupled with cost-cutting type optimization led

1    to large decreases in conversion volume and revenue that we

2    found unacceptable."  So they were not happy with their

3    experience using the feature.

4         Q    You can put that to the side.

5              And now let's look at a new exhibit which I will

6    hand you which is PSX00572.

7              MR. MAURER:  This one also is in evidence.

8    BY MR. MAURER:

9         Q    What's the -- do you recognize this document?

10        A    I do.

11        Q    And it's an email chain.  What's the date of it?

12        A    November 12th of 2021.

13        Q    And it's from Jolyn Yao.

14             Who is Jolyn Yao?

15        A    She was a product manager on Search Ads 360 at the

16   time.

17        Q    And what was the subject matter of this email?

18        A     It was a launch email to our global team, so

19   sales, services, product engineering, announcing new, what

20   we call, other engine features in the new Search Ads 360 or

21   amalgam.

22        Q    The subject here is:  "Launched other engines

23   feature set in amalgam!"; is that right?

24        A    That's right.

25        Q    And as we discussed earlier, amalgam is the new

1    version, rewritten version of SA360, correct?

2        A    That's right.

3        Q    And I asked you about some Microsoft features in

4    there and you didn't recall.

5             But let me point you to a couple points and see if

6    this refreshes your recollection.

7             If we look on that first page right under the

8    TL;DR, what does that stand for in Google speak?

9        A    Too long; didn't read.

10       Q    All right.  Sort of a summary?

11       A    That's right.

12       Q    Jolyn writes to this very long list of people that

13   they've launched a suite of 12 Microsoft and other engine

14   features in the new version of SA360.  And is one of those

15   responsive search ads?

16       A    That is, yes, it's there.

17       Q    And if we go down, let's look at the second page,

18   there's a full list of bullet points, we don't need to look

19   at all of them, but I want to ask you to look at the third

20   bullet point on the second page, page sending in 749, what

21   feature is it that amalgam is reported to support there?

22       A    "Now supports full management of dynamic search

23   ads for Microsoft and Yahoo! Japan."

24       Q    And that's something that is newly supported in

25   the new SA360 but wasn't available in the prior one?

4476

1      A    That's right.

2      Q    Was there any DSA availability -- or capability in

3    the prior version?

4      A    Not that I'm aware of.

5      Q    Let me point to where it says, "The dynamic search

6    ads continue to be read-only in the previous SA360";

7    is that right?

8      A    Oh, I guess -- okay, yeah, I missed that part.

9           Yeah.  So it sounds like read-only means that you

10    can report on that data, but you couldn't manage it.  So to

11    do full management and you would have to use the new

12    platform so I correct myself.

13      Q    And then the fourth bullet point, what does that

14    relate to?

15      A    "Customers can opt their shopping campaigns

16    online."

17      Q    Is this a local inventory support?

18      A    Yes, that's a campaign type for Microsoft that we

19    would support.

20      Q    And if we then go to the bottom of that second

21    page, there's a box underneath the heading, "Meet the team."

22    Do you see where I am?

23      A    Yep.

24      Q    And are you listed here?

25      A    I'm under sales/G tech since I was in the GPL role

```
 1   at the time, yes.
 2       Q    And the top row has a lot of names in it, it's
 3   labeled "ENG."  Who are those people?
 4       A    Those are our engineers.
 5       Q    And in your experience, how does this number of
 6   engineers that were involved in this process compare to
 7   other development efforts?
 8       A    This is a lot of engineers.
 9            MR. MAURER:  One second, Your Honor.
10            Thank you, Mr. Krueger.
11            THE COURT:  All right.  Thank you, Mr. Maurer.
12            Mr. Cavanaugh.
13            MR. CAVANAUGH:  Thank you, Your Honor.
14                         - - -
15                   REDIRECT EXAMINATION
16   BY MR. CAVANAUGH:
17       Q    Mr. Krueger, just a couple questions.
18            The exhibit, Exhibit 527, that counsel handed you,
19   yep, you got it, that's only for one month, right?
20       A    Looks like the date range on this is 2019, October
21   10th, through 2019, November 11th.
22       Q    So 34 days?
23       A    Let me just see if there's anything -- yeah, that
24   seems about right.
25       Q    And if you could just explain -- total spend, is
```

```
 1    that the blue line?
 2              THE COURT:  I'm sorry, what are we looking at
 3    again?
 4              Oh, okay.  Sorry.  I wasn't with you.
 5              So all right, 34 days.  Got you.
 6              MR. CAVANAUGH:  Yeah.  Got it.
 7    BY MR. CAVANAUGH:
 8         Q    And the -- on the right -- on the left-hand side,
 9    it says "total spend."  What is meant by total spend?
10         A    This is the total spend of all the campaigns in
11    the bid strategy across all of the engines that whatever --
12    however the customer configured it.  So it could be Google,
13    Bing, Yahoo! or Baidu would be the limited set.
14         Q    Worldwide?
15         A    I'm sorry.
16         Q    Worldwide or just U.S.?
17         A    This is whichever customers used Google ads
18    auction-time bidding.  So it would have been any customer
19    across the world, yeah.
20         Q    So anyone using SA360?
21         A    Only customers that had Bing spend in a bid
22    strategy where Google ads auction-time bidding was enabled
23    but I was mentioning other campaigns could be in there as
24    well.
25         Q    So my question is are we talking about -- let me
```

```
1    just go back to my handy-dandy chart.
2              So are we talking about the total spend is what
3    went through SA360 or it's more than that?
4         A    Specifically SA360 bid strategies, which are
5    individual entities, like there are multiple per advertiser
6    potentially, that had Google ads auction-time bidding
7    enabled that also had at least one Microsoft campaign in
8    that bid strategy.
9         Q    Okay.  One other question related to this, when we
10   were talking before about this, now when an advertiser goes
11   through SA360, that generates conversion data, doesn't it?
12        A    The conversion data is -- yes, you have to be an
13   advertiser of ours -- well, sorry, I should clarify.
14             Floodlight data is a Google marketing platform
15   measurement product so you don't have to be an SA360
16   customer but you have to be a Google marketing platform
17   customer to use Floodlight, but generally a lot of our
18   customers use our product but not everybody.
19        Q    Sure.
20             But if I'm using -- an advertiser is going through
21   SA360 and the campaign is out there, it's generating
22   conversion data within SA360, correct?
23        A    If they set up Floodlight, yes.
24        Q    Okay.
25             And that SA360 conversion data that's being
```

4480

1    generated here in SA360, that can't be used by Microsoft's

2    auction-time bidding feature if the advertiser is seeking to

3    use that as well, right?

4        A    They would have to take that data out of the

5    platform themself and give it to Microsoft.  But we did

6    not -- if you're talking about the 2019 time period, at the

7    time we did not have a feature that offered that service for

8    them.

9        Q    You mentioned customers.  Now, customers on SA360

10   are both Google and Microsoft advertisers, correct?

11       A    Some of them only buy on Google, some of them

12   might only buy on Microsoft, some of them buy on both.  And

13   some of them might not buy on either.  Presumably they could

14   be only Yahoo! Japan as an example.

15            But there -- yeah.  So the way we define our

16   customer is they have an advertiser set up in the account

17   and they're a contract holder of ours and that could be

18   directly with a retailer or that could be through an ad

19   agency or a partner.

20       Q    But someone utilizing SA360 and paying the fee for

21   that is an advertiser who's interested in utilizing multiple

22   search engines, right?

23       A    Generally speaking, yes.

24       Q    When you were asked a question about when this

25   litigation was filed and they refreshed your recollection

1    that it was in December of 2020, can you tell us when the

2    States' investigation began?

3         A    That, I don't know.

4         Q    All right.

5              MR. CAVANAUGH:  Your Honor, I'm being told I did

6    not move into admission 1194 which was the Google Chat.

7              THE COURT:  Okay.  It will be admitted.

8              MR. MAURER:  No objection.

9              THE COURT:  Okay.  It will be admitted.

10                                    (Plaintiffs' Exhibit 1194

                                       received into evidence.)

11

12             MR. CAVANAUGH:  Nothing further.

13   Thank you very much.

14             THE COURT:  All right.

15             MR. CAVANAUGH:  Thank you, Mr. Krueger.

16             THE COURT:  Mr. Krueger, thank you very much for

17   your time and testimony.  Safe travels home.

18             MS. MURDOCK-PARK:  Good morning, Your Honor.

19             Erin Murdock-Park on behalf of the United States.

20             THE COURT:  Ms. Murdock-Park.

21             MS. MURDOCK-PARK:  We are calling next Patrick

22   Chang as our witness and he is the former director at

23   Samsung NEXT.

24             And while we're getting him, I understand that

25   Google wants to put on the record its standing objection.

4482

```
 1              THE COURT:  You can have a seat, Mr. Chang.

 2              MR. MCGINNIS:  Good morning, Your Honor.

 3   Matt McGinnis on behalf of Google.

 4              As Mr. Schmidtlein mentioned yesterday and if the

 5   Court is okay with this, we'll just have a standing

 6   objection to the extent there's any hearsay, and that will

 7   hopefully prevent me during Ms. Murdock-Park's and the same,

 8   and the opposite from us bumping up and down on hearsay

 9   issues.

10              THE COURT:  Sure.  Okay.

11              MR. MCGINNIS:  Thank you.

12              THE COURT:  Thank you.

13              COURTROOM DEPUTY:  Please stand and raise your

14   right hand.

15              (Witness is placed under oath.)

16              COURTROOM DEPUTY:  Thank you.

17              THE COURT:  All right.  Mr. Chang.

18              THE WITNESS:  Hello.

19              THE COURT:  Welcome.  Thank you for being here.

20              THE WITNESS:  Thank you for having me.

21

22

23

24

25
```

4483

```
 1                          - - -

 2   PATRICK CHANG, WITNESS FOR THE PLAINTIFF, SWORN

 3                     DIRECT EXAMINATION

 4   BY MS. MURDOCK-PARK:

 5        Q    Good morning, Mr. Chang.  My name is Erin

 6   Murdock-Park.  I represent the United States.  I'm going to

 7   ask you a few questions today.

 8             You're a former employee of Samsung NEXT, correct?

 9        A    Correct.

10        Q    And when you were at Samsung, did you recommend

11   that Samsung invest in Branch Metrics?

12        A    I did.

13        Q    Very briefly, what is Branch Metrics?

14        A    At the time of when we made the investment, Branch

15   Metrics was a deep linking company that enabled linking

16   between mobile applications.

17        Q    And following your recommendation, did Samsung

18   invest in Branch Metrics?

19        A    Yes, Samsung did invest in Branch Metrics.

20        Q    So we're going to discuss your time at Samsung

21   NEXT and Branch Metrics today but a few preliminaries.

22             Are you represented by counsel today?

23        A    I believe so, yes.

24        Q    And who represents you?

25        A    Crowell or Juan.
```

1           MS. WASZMER:  I'm sorry for interrupting, but

2    we're having a little trouble hearing Mr. Chang so.

3           THE WITNESS:  I'll speak louder.  Sorry about

4    that.

5           THE COURT:  If you would just speak into the

6    microphone.

7           THE WITNESS:  Oh, speak into the microphone.

8           THE COURT:  Unfortunately, the chair does not move

9    towards to the microphone.

10          THE WITNESS:  I'll speak closer.  I apologize.

11   BY MS. MURDOCK-PARK:

12   Q    Did you say Crowell and Mr. Arteaga?

13   A    Yes.  Correct.

14   Q    Thank you.

15        Do you know who's paying for your counsel today?

16   A    I believe Samsung is.

17   Q    Can you tell the Court briefly about your

18   educational background?

19   A    Sure.

20        My educational background, went to undergrad.

21   I have an MBA, and, yeah, I studied finance and business.

22   Q    And where is your MBA from?

23   A    My MBA is from which Columbia University, Columbia

24   Business School.

25   Q    When did you begin working at Samsung NEXT?

1      A     I began working at Samsung NEXT in 2014.

2      Q     At a high level, what is Samsung NEXT?

3      A     Samsung NEXT has evolved over times, but when I

4  first joined, it was kind of in the inception of phases of

5  Samsung NEXT.  But at a high level, Samsung NEXT was an

6  innovation arm for Samsung, really trying to focus on

7  capturing innovation within the Silicon Valley but also

8  enabling Samsung Electronics to tap into some of these key

9  technology partners.

10     Q     Have you heard of it described as a corporate

11 venture capital firm?

12     A     Yes.

13           So, you know, Samsung NEXT isn't -- as a whole,

14 when I joined, wasn't only just a corporate venture capital

15 firm.  I was part of the venture capital team that was the

16 corporate venture capital arm of Samsung NEXT.

17     Q     And, again, at a high level, can you explain what

18 a corporate venture capital firm is?

19     A     In general, for corporate venture capital firms,

20 usually it's a venture arm within a big, you know, corporate

21 entity.  Many firms have, you know, different focus areas.

22           You know, for us, at Samsung NEXT, we were

23 primarily looking to invest in, you know, very innovative

24 companies and, hopefully, independently can be successful;

25 but at the end of the day also serve -- you know adding

1    value back to Samsung by either partnerships, insights, and

2    many more.

3        Q    And when you were at Samsung NEXT, what were your

4    job duties?

5        A    When I was at Samsung NEXT, you know, the job

6    duties were really two prongs.  One was sourcing,

7    diligencing, early stage companies, and, you know, making

8    sure that they had the right merits to be successful on

9    their own.

10            The second part of it was working very closely

11   with different business units within Samsung to see what

12   their priorities were and how can various different startups

13   that we potentially invest in or have seen in the market can

14   work with Samsung's business units.

15       Q    What was your title when you left Samsung?

16       A    I was a director within the Samsung NEXT ventures

17   team.

18       Q    And when did you leave Samsung?

19       A    I left Samsung in early 2021.

20       Q    Did you continue to consult with Samsung after you

21   left?

22       A    I consulted with Samsung only for a brief period

23   of time.

24       Q    Do you have an understanding as to why you were

25   asked to continue consulting?

1        A     It was for multiple reasons.

2              I was one of the early members of the team, but

3    also was there for a significant period of time with some of

4    the better performing companies within the portfolio but

5    also had established relationships between these portfolio

6    companies and Samsung's different business units.

7              So they wanted to keep that relationship going,

8    and I was helping Samsung, also advise them on some of these

9    collaborations but also technology insights.

10       Q     Was one of those companies Branch Metrics?

11       A     It was -- yeah, one of many.

12       Q     What is your current job?

13       A     Currently, I am the founder and managing partner

14   of Dispersion Capital, which is an early stage precede and

15   seed venture fund that invests in innovative companies from

16   day one.

17             But, yeah, we primarily focus on innovative

18   startups and, you know, luckily I was able to start this

19   fund, given, you know, close to 20 years of venture

20   experience and been very, very fortunate to have been able

21   to have invested in multiple companies that became from the

22   seed stage up to unicorn or even decacorn status.

23       Q     And for the -- I guess, for clarification of the

24   Court, what is a unicorn or a decacorn?

25       A     Yeah.

4488

1          So in Silicon Valley terms, we use these phrases,

2     unicorn and decacorn, more so as companies that are valued

3     at over a billion dollars, which is a unicorn, and then

4     decacorns are companies that are valued close to or

5     exceeding $10 billion.

6     Q     Thank you.

7          Learn something new every day.

8     A     Yeah.

9     Q     In your job at Dispersion Capital, do you

10    currently with work with anyone from Samsung?

11    A     I do not work with anyone at Samsung in any

12    official capacity.

13    Q     Do you work with anyone in an unofficial capacity?

14    A     Sure.

15         Like I am really close with the Samsung NEXT team

16    still.  We established a very good relationship.

17         One of my former colleagues within Samsung NEXT is

18    kind of, you know, still a mentor and unofficial advisor to

19    Dispersion Capital.

20    Q     Is one of the individuals you work with -- who you

21    had worked with at Samsung NEXT David Eun?

22    A     Yes, yes.

23    Q     Who is David Eun?

24    A     David Eun is the -- he was the former president of

25    Samsung NEXT but also the chief innovation officer of

4489

```
 1   Samsung Electronics.
 2        Q    Do you know if Mr. Eun ever worked at Google?
 3        A    Yes, he used to work at Google.
 4        Q    Do you have an understanding of what Mr. Eun's
 5   role was when he worked at Google?
 6        A    I don't know the exact specifics of what Mr. Eun
 7   worked -- yeah, what his responsibilities were at Google,
 8   just what I've heard about his background.
 9        Q    Do you also work with Raymond Liao currently?
10        A    Yes, I work with Raymond.
11        Q    Who is Raymond Liao?
12        A    So Raymond Liao is more the person I have more
13   regular conversations with, but he was the person that
14   I worked with hand in hand with at Samsung NEXT.  At the
15   time, we covered the same area and I look to him while at
16   Dispersion as a, you know, technology specialist.  He's more
17   the person that I was mentioning as acting as an unofficial
18   advisor.
19        Q    And do you recall what Mr. Liao's title was when
20   he was at Samsung NEXT?
21        A    Yes, he was an MD and vice president at Samsung
22   NEXT.
23        Q    By "MD," do you mean managing director?
24        A    Correct.  Sorry, managing director.
25        Q    And was Mr. Liao your first-level supervisor?
```

```
 1          A     Yes.
 2                I mean, yeah, I don't exactly know the reporting
 3    structure; but I believe he was, I guess, what you call
 4    first level supervisor.
 5          Q     And I'm not asking for any specific investment
 6    information about Dispersion, but did Dispersion Capital
 7    receive any financing from Samsung or individuals associated
 8    with Samsung?
 9          A     No.  Dispersion Capital has zero dollars from
10    Samsung and Samsung employees.
11          Q     And the same question for Google.  Did Dispersion
12    Capital receive any financing from anyone associated with
13    Google?
14          A     No, I do not believe -- yeah, Samsung -- I mean,
15    sorry, Dispersion does not have any investment from anyone
16    from Google or Google entities or anything related to Google
17    that I know of.
18          Q     Thank you for confirming.
19                Mr. Chang, is one of -- you mentioned that Samsung
20    NEXT is a corporate venture capital firm.  Is one of the
21    priorities of a corporate venture capital firm how
22    investments might be beneficial to the corporate parent?
23          A     Sorry.  Can you repeat that question?
24          Q     Sure.
25                Is one of the considerations for investments at a
```

1  corporate venture capital firm whether an investment might

2  be beneficial to the corporate parent?

3      A    Sure.

4           Well, from the whole scope of corporate venture

5  capital, some of them are structured where they're very --

6  they're what you call a strategic venture group where some

7  of the main priorities are the benefit to the corporate

8  mother ship.

9           Within Samsung NEXT, that was a key consideration.

10     Q    At a high level, how would you decide which

11  companies to recommend for investment when you were working

12  at Samsung?

13     A    When I was there -- the models changed

14  significantly.

15          But during my time at Samsung NEXT, the key

16  criteria for investment decisions was mostly based on the

17  company's merits themselves, where our main focus was always

18  around software innovation.  That was what we leaned more

19  heavily on, that they were innovative software companies but

20  that they could be successful on their own with or without

21  Samsung's help.

22     Q    Was one of your considerations as well the

23  consumer experience?

24     A    Yes, consumers' experiences is one of the areas

25  that we take a look at or we consider.

4492

1       Q    Can you explain that a little bit more, how that

2   factored into your decision about recommending investments.

3       A    You know, I don't know if we would say that

4   consumer experience was something that we, like, factored

5   in, but consumer experience can mean many different things.

6            But, you know, some of the stuff that we looked at

7   was around these portfolio companies; and if they could

8   help -- you know, what I would say consumer experiences is,

9   is help improve the lives of, you know, Samsung consumers

10  via either better technology, better UXUI, some sort of

11  value add could be really almost anything.  It's a wide

12  ranging thing.

13      Q    And when you say UXUI, can you please explain what

14  that is?

15      A    Sorry, yeah.  Just user experience and user

16  interface.

17      Q    Why did you recommend that Samsung invest in

18  Branch Metrics?

19      A    So the initial investment when we decided that

20  Samsung should invest in Branch Metrics was mostly based on

21  the -- you know, the potential technical innovation that

22  we believe that they had at the initial onset of the

23  investment.

24           During that time -- this was very, very early in

25  the kind of mobile app era, and they were seen as one of the

1    rising leaders in mobile deep linking, which was very, very

2    early in the phase.

3        Q    You said very early in the app process.

4             Approximately, when did you first recommend that

5    Samsung invest in Branch?

6        A    We were talking to Branch roughly right when I

7    joined around 2014 time frame, and we made the investment

8    after doing a few months of diligence in 2015, late 2015.

9        Q    Did Samsung invest in Branch multiple times?

10       A    We did.  We participated -- well, Samsung NEXT

11   participated in multiple follow-on investments.

12       Q    Who at Samsung made the decision to invest in

13   Branch?

14       A    I made the recommendation to invest in Branch.

15   There's a few decision points that happened, but the team,

16   the Samsung NEXT ventures team approve the investment, which

17   then goes up and eventually David Eun approves, which then

18   goes up to Samsung Electronics to approve.

19       Q    And without going into anything confidential, can

20   you please briefly explain the diligence process that you

21   went through when recommending that Samsung invest in

22   Branch.

23       A    Sure.

24             You know, for Branch and any investments that

25   Samsung makes, usually they go through a rigorous diligence

1    process.

2            You know, first and foremost is always as I

3    mentioned is leaning more heavily towards technology, so

4    understanding deeply what technology that they had, why was

5    it interesting, and how could it be used in the real world.

6            And then secondly is understanding their --

7    depending on the stage of the company, if they have

8    commercial attraction and if they didn't, you know, what was

9    the likelihood of commercial attraction, who are their key

10   partners, what was the business model that was involved

11   here.

12           And then lastly, we discuss with potentially, you

13   know, while holding back some confidential information, we

14   talk to various different business units within Samsung to

15   just -- you know, we don't need their approval put we just

16   needed to see if it was something of interest for various

17   different Samsung groups, if it fit their products or it

18   didn't fit their products or if there was any potential

19   opportunity in the future to work with this company.

20      Q    Who are your main contacts at Branch?

21      A    I had multiple contacts at Branch.  But when we

22   made the initial investment, it was Alex Austin.

23      Q    And who is Alex Austin?

24      A    Alex Austin was one of the cofounders and CEO of

25   Branch.

1     Q     Have you heard the name Colin Behr before?

2     A     Yes, of course.

3     Q     Who's Colin Behr?

4     A     Colin Behr was also another point of contact at

5   Branch Metrics.

6           At the time when we were interacting, I believe he

7   was VP -- I think his title was VP of partnerships but his

8   main focus area was around this product called Discovery.

9     Q     And the Court has heard some testimony about

10  Discovery before but at a high level, can you please explain

11  what Discovery is?

12    A     Yes.

13          Discovery also is a product that kind of evolved

14  over time.

15          But initially when Discovery was fist started, it

16  was supposed to be targeted as a mobile app search product.

17    Q     With respect to your role working with Branch

18  after you recommended investment, can you please explain a

19  little bit more of what you did?

20    A     So do you mean what I did with Branch and how we

21  worked together or...

22    Q     Yeah, if you could explain a little bit more to

23  the Court what your role was after Samsung invested in

24  Branch.

25    A     Sure.

1          So my role, once we make an investment, regardless

2    if it's Branch or any company, is, we act as a -- kind of as

3    a outsource BDR for those companies but also for Samsung's

4    focus is almost like a partnership's tech sensing team as

5    well.

6          So we kind of sit as a middleman between our

7    portfolio companies and Samsung Electronics serving the

8    interests of both companies, where we want to see a lot of

9    our portfolio companies succeed, and we also, you know, as

10   investors, have the best interest in them, but at the same

11   time, we also want to make sure it makes sense for Samsung

12   Electronics.

13        Q    Would you consider part of your role in working

14   with Branch Metrics as business development?

15        A    Yes, that's -- it was one of many roles that I did

16   for Branch Metrics as an investor for Samsung NEXT.

17        Q    Were you the main point of contact for Branch

18   Metrics from Samsung?

19        A    I would say I was -- I don't know if I was their

20   main point of contact but I was their main point of contact

21   via the investments and for Samsung NEXT ventures.

22        Q    Was Branch technology integrated on any Samsung

23   device in the United States?

24        A    Yes.

25             So they -- initially it was released on the S10

```
1   device.
2        Q     And what is the S10?
3        A     The S10 is a flagship device, at the time, it was
4   the flagship device for Samsung Electronics, mobile device.
5        Q     It's a mobile device, you said?
6        A     It's a mobile device.  Mobile phone.
7        Q     Was Branch preloaded on the S10?
8        A     Branch was integrated -- on the initial launch,
9   Branch was integrated within a product called S Finder.
10             The capabilities were preloaded.
11       Q     Can you explain what S Finder is?
12       A     S Finder is Samsung's own on-device search
13  product.
14       Q     When did Branch begin to be integrated on S10
15  devices in the United States?
16       A     So the process took quite a long time, but the --
17  I don't exactly remember the date on when S10 was launched.
18       Q     Hopefully I'll show you something later that'll
19  refresh your memory.
20             Was Branch's full functionality integrated on S10
21  devices in the United States?
22       A     Branch's full functionality that it was capable of
23  was not fully integrated.
24       Q     Do you have an understanding as to why not?
25       A     There was many -- it went through lots of
```

4498

1    iterations, and, yes, there was many different reasons why

2    not all of the functionalities were integrated.

3         Q    What were some of those reasons?

4         A    Depending on what functionalities we're talking

5    about, but some of them point to UXUI, some of them point to

6    business reasons, some of them point to priorities within

7    Samsung.

8         Q    And when you say business reasons, what do you

9    mean?

10        A    You know, Samsung's a very, very big company and

11   there's lots of different stakeholders within Samsung.  And

12   depending on, you know, various different groups which could

13   be some business groups and some of the products group, each

14   of them have different business priorities that they're

15   trying to work with.

16        Q    With respect to the functionality that was

17   integrated on S10 devices, was the Discovery feature

18   integrated on S10 devices in the United States?

19        A    Yes, the Discovery features were integrated into

20   the --

21        Q    It was integrated in the S10?

22        A    Yes.

23        Q    Okay.

24             And could Discovery do off-device search

25   initially?

4499

1        A      No.

2               S -- within the S10 launch, the Discovery

3        off-device search was not -- as I recall, not integrated on

4        to the device at launch.

5        Q      Was the functionality of Branch limited to certain

6        apps?

7        A      Yes.

8        Q      Can you please explain that a little bit more.

9        A      Yeah, I don't exactly remember the number of apps.

10       But when Branch was launched -- or in discussion over the

11       many months of integration and vetting, there was a select

12       number of applications that Samsung had agreed to with

13       Branch that were going to be integrated within the

14       functionalities of the Discovery product that was integrated

15       within S Finder.

16       Q      Switching topics a little bit, do you have an

17       understanding that Google and Samsung had a revenue share

18       agreement?

19       A      I understood that Google and Samsung had an

20       agreement, but I do not know the details of any revenue

21       share or the exact specifics of the agreement.

22       Q      To your knowledge, did Google and Samsung have an

23       agreement in effect when Branch was implemented on S10

24       devices in the United States?

25       A      In general, I knew that Samsung and Google had an

4500

 1    agreement.

 2         When Branch was launched, yes, there was an

 3    agreement in place.

 4    Q    Do you know whether there is a carve-out in the

 5    Samsung-Google agreement for -- that permitted Branch to be

 6    preloaded on Samsung devices?

 7    A    There was a carve-out that we worked with in a --

 8    in an early iteration of the agreement, but it was more

 9    focused around flexibility for Samsung.  And one of them, it

10    was inspired by Branch Metrics.  So as an investor for

11    Branch Metrics, we were hoping that it left some room for

12    Branch Metrics to be integrated into Samsung devices.

13    Q    You mentioned "we."  Who is we?

14    A    Sorry.

15         We as in Samsung NEXT ventures.

16    Q    Who drafted the carve-out, was that Samsung NEXT?

17    A    The exact -- so our focus was very narrow and it

18    was only around this carve-out.

19         The carve-out was drafted by Samsung NEXT.

20    Q    So I'd like to walk through a few documents about

21    Branch and your experience trying to get Branch implemented,

22    and so I have a binder of documents for you.

23         MS. MURDOCK-PARK:  May I approach, Your Honor?

24         THE COURT:  You may.

25

4501

BY MS. MURDOCK-PARK:

Q    And I'd like you to first turn to PSX952.

MS. MURDOCK-PARK:  And we have worked out confidentiality, Your Honor, with Samsung, and these are all redacted versions that we'll be using today.

THE COURT:  Terrific.  Thank you.

BY MS. MURDOCK-PARK:

Q    And, Mr. Chang, we'll have the document in the binder in front of you and on the screen as well if that's easier.

A    Got it.

Q    Did you draft PSX952?

A    I did.  I was one of the main authors of this document.

Q    Approximately when was PSX952 drafted?

A    This was roughly -- you know, I don't recall the exact date of when it was drafted, but somewhere around after July 2020.

Q    Why did you draft PSX952?

A    The reason for drafting this document was to give a few executives and many different parties involved a brief summary of the history -- or like a more exhaustive summary of the history of our efforts as an investment group and Branch Metrics, and their, over the years, relationship and discussions with Samsung.

4502

1    Q    And you mentioned some executives.  Did you share

2    PSX952 with these executives?

3    A    We shared this with executives internally of

4    Samsung NEXT from what I recall.

5    Q    Who are some of the executives that you shared the

6    document with?

7    A    The executive that I believe this was shared with

8    was David Eun, who was the President, and the head of

9    Samsung NEXT ventures, Brendon Kim, and also Raymond Liao.

10   Q    Now, on the first page of PSX952, you listed

11   directory of people towards the top.  Do you see that?

12   A    Yes, I see this.

13   Q    Can you please explain why you listed these

14   individuals?

15   A    Yes.

16        These individuals were individuals that had

17   discussion with Samsung NEXT -- I'm sorry, with Branch

18   Metrics over the years.

19   Q    And if we could zoom in on the strategy and

20   S Finder.

21        What is the strategy team?

22   A    You are speaking of the individuals under strategy

23   team?

24   Q    Broadly speaking, you'd mentioned business units

25   earlier?

4503

1       A    Right.

2       Q    Is the strategy team one of the business units to

3   which you were referring?

4       A    You know, I don't think the strategy team is

5   considered a business unit per se.  They are a group that

6   does more generalized product strategy.

7            I believe the people listed under here were

8   focused around multiple strategies, so they worked under the

9   mobile division.

10      Q    And you also list S Finder.  What is the S Finder

11  team?

12      A    The S Finder team here were the actual product

13  owners of S Finder.  So it ranged from the executive that

14  was responsible for S Finder and also many individual

15  contributors who may have been developers that worked on

16  S Finder.

17      Q    Who was in charge of the S Finder team?

18      A    From a product and -- a product development

19  perspective, it was VP Sally listed here.

20      Q    And were the strategy team and the S Finder team

21  based out of Korea?

22      A    Correct, they were based out of Korea.

23      Q    If we can go to page 2, there is an entry

24  March 2017 towards the top of the page.  And it starts with

25  "JK Shin/Peter Koo meeting with DE for follow-on

4504

1    investment."

2           Who are JK Shin and Peter Koo?

3    A    I don't exactly remember their titles, but

4    I believe JK Shin was the head of mobile at that time.  But

5    I could be incorrect.

6           And Peter Koo was one of the -- I believe, one of

7    the senior directors of kind of partnership -- I don't

8    exactly remember his title.

9           But both of them were executives within Samsung.

10   And this was during that time where we needed executive

11   approvals.

12   Q    And who is "DE" that's listed?

13   A    DE is short for David Eun.

14   Q    The second bullet says that "Peter Koo, Yejin Lee,

15   and DJ Koh all gave their approval on the investment."

16          Who is DJ Koh?

17   A    At that time, I don't exactly remember DJ Koh's

18   title.  But by the time I left, he was one of the CEOs of

19   Samsung Mobile.

20   Q    And when you say "approval on the investment," are

21   you referring to Branch Metrics?

22   A    Correct.

23   Q    If we can go now to the bottom of page 2 and the

24   top of page 3 which is the September 2017 entry.

25          You write, "Google MDSA carve-out specifically for

4505

1   Branch."

2           Is that the carve-out that we were discussing a

3   few minutes ago?

4       A    Yes.

5       Q    In the first bullet you wrote "future-proofing,"

6   and the remainder of the bullets are redacted so I ask you

7   not to reveal anything confidential.

8       A    Sure.

9       Q    But what did you mean when you wrote

10  "future-proofing" under Google MDSA carve-out specifically

11  for Branch?

12      A    So here, this is exactly what I was speaking about

13  earlier, was that this was not really specifically for

14  Branch despite it saying specific for Branch.

15          For future-proofing, it really more meant that we

16  were trying to keep things a little more vague so that

17  Samsung could have more flexibility in creating various

18  different products or features that would enable things that

19  helped the topics that are listed in the redacted portions.

20      Q    And because this is listed under Google MDSA, was

21  future-proofing an attempt to avoid conflicting with the

22  Google agreement?

23      A    Yes.

24          So I think -- I don't know if it meant that it was

25  trying to avoid conflicting with the Google agreement.

4506

1    I think it was more trying to give us the flexibility to do

2    things and which, when trying to do flexibility, is, you

3    know, Samsung honors their agreement so they don't want to

4    conflict with any type of agreements so that's why there's a

5    carve-out.

6        Q    So they don't want to conflict with any type of

7    agreement, including the Google agreement?

8        A    Potentially, yes.

9        Q    And if we can show pages 4 and 5, there's several

10   meetings listed in Suwon.  Is Suwon where Samsung

11   headquarters is located in Korea?

12       A    Correct.

13       Q    It looks like Alex Austin is listed as one of the

14   attendees at some of those meetings, right?

15       A    Yes.  I see that.

16       Q    And he's an attendee at some of the meetings also

17   on page 5, it looks like in Barcelona.  Nice place to go for

18   a meeting.

19            The top of page 5, you write, "Meeting resulted in

20   the Finder team being satisfied with the quality of Branch

21   results and agreeing to launch the service on the

22   Samsung S10."

23            When you wrote PSX952, was the S Finder team

24   satisfied with the quality of Branch's results?

25       A    When I wrote this document, it depends.

1           So the product, when I wrote this document, was

2    different from the product that we highlighted here in this

3    bullet.

4      Q     What product are you referring to?

5      A     The Discovery product.

6      Q     Okay.

7            So the bullet on page 5 of PSX952 refers to the

8    Discovery product?

9      A     Correct, yes.

10           The Discovery product is the product that was

11   integrated into Finder.

12     Q     And on page 5, under January 2019, the next bullet

13   down, you write, "Various conversations between Samsung,

14   Branch, and carriers (T-Mobile, Verizon, AT&T) to discuss

15   approval of the product for launch.  There were more than

16   ten separate calls and in-person meetings."

17           Did you attend some of those calls and meetings

18   with carriers?

19     A     Yes.  I attended only a handful of meetings with

20   carriers.

21     Q     What do you recall about those meetings with

22   carriers in the winter of 2019?

23     A     My responsibility within, you know, Samsung NEXT

24   and, you know, where I kind of mention where we sit is

25   playing this middleman role in trying to get our portfolio

4508

1    companies the highest likelihood of success in integrating

2    with Samsung products.  And Samsung has a very complex

3    business relationship with multiple different parties.

4          During -- you know, at this time, where, you know,

5    Samsung has these discussions with carriers, it's around,

6    you know, product discussions.

7          My role in these discussions were more trying to

8    advocate why Branch made sense to be integrated within

9    Samsung.

10         So it was mostly kind of one-sided discussion with

11   me and a carrier.

12   Q    Do you recall carriers expressing concerns with

13   Branch integration on their products?

14   A    I personally never heard those directly.

15         Anytime I heard anything on carriers about having

16   concern with Branch Metrics were through the team that was

17   responsible for the -- the people that were actually

18   responsible for the Samsung and carrier relationships.

19   Q    Who were the people who were responsible for the

20   Samsung carrier relationships?

21   A    So there's a team within this entity called SCA.

22   I believe it means Samsung Electronics America.  And they

23   handle all the business relationships between Samsung and

24   the carriers.

25         I don't remember all the people that are

 1    responsible for it, but there's a lot -- it's what I think

 2    was a big team.

 3        Q    And you said that you heard from those individuals

 4    about concerns.  What is your understanding of why carriers

 5    had concerns with integrating Branch?

 6            THE COURT:  I'm sorry.  Could we specify a time

 7    when these concerns were raised with him?  Are we still

 8    talking about January 2019?

 9            MS. MURDOCK-PARK:  Yes, Your Honor, the winter of

10    2019.

11            THE COURT:  Okay.

12            THE WITNESS:  Yes.

13            Again, you know, where we sat, we -- we heard --

14    since we were not responsible for any of these business

15    relationships between Samsung and the carriers, we go out

16    and talk to the various teams that are responsible.

17            And the feedback that we heard were that it

18    conflicted with their existing agreement -- I'm sorry.

19    Those Samsung team members said the carriers said it

20    conflicted with their existing potential agreements.

21    BY MS. MURDOCK-PARK:

22        Q    Potential agreements with Google?

23        A    Yes, that was one of them.

24            MS. MURDOCK-PARK:  And, Your Honor, I move to

25    admit PSX952.

4510

1          MR. MCGINNIS:  Subject to our standing objection

2    with respect to embedded hearsay, no other objection.

3          THE COURT:  Okay.

4          All right.  So 952 will be admitted.

5                              (Plaintiffs' Exhibit PSX952
                                received into evidence.)
6

7    BY MS. MURDOCK-PARK:

8     Q    And you can go ahead and put PSX952 aside.

9          And I'm going show you UPX686, and this is a

10   February 2019 email chain with the top email from David Eun.

11         And you're cc'ed on this, Mr. Chang?  Do you see

12   that?

13    A    Yes.

14         I'm going to review this document really quickly.

15    Q    Please.

16    A    Okay.

17    Q    And the subject of UPX686 is "Branch collaboration

18   update and help request."

19    A    Yeah.

20    Q    We could go to page 5.  And there's an email from

21   you at 1:53 p.m. to Mr. Eun.  And you're asking him for help

22   connecting with Travis Warren and Justin Denison.

23         Are those two of the individuals who were part of

24   the Samsung Electronics America team responsible for

25   carriers?

1    A    From my memory, I believe they were.  They were

2    one of the team members responsible for carriers.  But

3    I'm not exactly sure today.

4    Q    Why were you asking Mr. Eun for help connecting

5    with Travis Warren and Justin Denison?

6    A    I think here -- you know, I did not have an

7    established relationship with Travis or Justin.  And I was

8    asking David, as a senior executive, to discuss Branch

9    Metrics with these individuals.

10    Q    You write under "Barriers -- carriers blocking

11    Branch's search product from S10 Finder.  Carriers believe

12    it violates their agreement with Google (rev share search

13    rev)"?

14    A    Right.

15    Q    Why were you explaining these barriers to Mr. Eun?

16    A    I believe, from my memory, when I was writing this

17    email, we came across challenges with the carriers.

18         And if you see from a follow-up email later, what

19    we're more talking about -- what we're really talking about

20    here was the carriers had concerns it cannibalized their

21    existing search revenues.

22    Q    And which e-mail email are you referring to?

23    We can pull it up on the screen.

24    A    The email on February 3rd, 2019.

25    Q    Is it on page --

4512

```
 1        A     Oh --

 2        Q     -- 3?

 3        A     1, 2, 3 -- 4.

 4        Q     The one that you sent at 9:11 p.m.?

 5        A     February 3rd, 11:29 p.m.

 6              THE COURT:  Sorry.  What exhibit are we on?

 7              Oh, we're moving forward in this.

 8              No?  We're in a different exhibit.

 9              MS. MURDOCK-PARK:  We're moving, I guess, back

10    towards the beginning of the exhibit, of UPX686.  I want to

11    make sure we're all looking at the same thing.

12              THE WITNESS:  686, yes.

13              MS. MURDOCK-PARK:  The bottom of the page is -130.

14              Okay.  I see.

15              THE COURT:  Right.  I was there but then he was

16    referring to another --

17              THE WITNESS:  I was referring to this email on

18    bottom of 130 where --

19              THE COURT:  Okay.

20              THE WITNESS:  Yes.

21    BY MS. MURDOCK-PARK:

22        Q     If we could pull up, please, page 4, the bottom

23    half of the screen.  And you said your 11:29 p.m. email,

24    Mr. Chang?

25        A     Yes.  Correct.
```

4513

1      Q    And you referred to "carriers being concerned

2   about cannibalizing revenue"?

3      A    Correct.

4      Q    Can you explain that a little bit more?

5      A    So I don't exactly know any of the agreements

6   between Google and the carriers.  But from the information

7   that was told to me from other team members from

8   Samsung's -- you know, what I'm currently calling "carrier

9   team."  I don't exactly remember what the team was called.

10  They relayed to me that they generate revenue from search

11  and that this product potentially may take away revenue from

12  that search.

13     Q    What was your response to these carrier concerns

14  about cannibalizing Google revenue?

15     A    Our response was -- well, my response to the

16  concerns was that Branch Metrics operated in a space that is

17  more seen as app search, and it was not anything web

18  related, and that this would only complement their revenue.

19  So the carriers would actually see more money coming in

20  rather than cannibalizing any of their existing search

21  revenue.

22     Q    If we could go to the top of page 2 of UPX686.

23          And Mr. Eun had asked you for a one-sentence

24  explanation of Branch.  Do you see that?

25     A    I see this, yes.

4514

1        Q    And did you send him that explanation?

2        A    I did send him that explanation.

3        Q    I'm actually going to point you to page 1, where

4   Mr. Eun tweaked your description of Branch.

5             And he wrote, "How about 'Branch is a service that

6   allows apps to link and have the current within the app

7   searched.' It is not possible for Google Search to crawl

8   inside apps, which makes this a huge potential opportunity

9   as well as a complement to Google Search."

10            Do you agree with Mr. Eun's description of Branch?

11       A    Yes, I think it is an accurate description of what

12  Branch does, and you know, from his commentary at the end,

13  you know, where we sat, you know, this was subjective but we

14  thought it was a big opportunity, correct, yeah.

15       Q    In February 2019, to your understanding, was

16  Google Search able to crawl inside apps?

17       A    From our understanding, you know, obviously

18  I didn't work at Google or understand the true capabilities

19  of what Google Search could do.

20            But from where I sat in an understanding of the

21  Google product was that it did not have the capability to

22  search within inside-app content.

23            MS. MURDOCK-PARK:  And we can put UPX686 aside and

24  I move to admit.

25            THE COURT:  So it's moved in subject to the

4515

1    standing objection.

2              MS. MURDOCK-PARK:  Yes.  Thank you, Your Honor.

3                              (Plaintiffs' Exhibit UPX686
                                  received into evidence.)
4

5    BY MS. MURDOCK-PARK:

6         Q    Do you have an understanding if Samsung wanted to

7    limit the scope of Branch features on the S10 as

8    implemented?

9         A    Yes, Samsung's product team had interest in

10   limiting the scope, correct.

11        Q    Why did they have an interest in limiting the

12   scope?

13        A    You know, I think it had multiple different

14   factors involved.  One from a product perspective and

15   another from a business perspective.

16        Q    What was the concern from a business perspective?

17        A    From a business perspective, Samsung had multiple

18   different teams working on new business agreements and new

19   type of services, and they were looking to integrate

20   S Finder directly with certain applications, mainly big

21   applications and having their own direct rev share

22   agreements with them.

23        Q    I'd like to fast-forward in time a little bit to

24   July 2020.  Was the S Finder integrated on S10 devices by

25   that point in time?

4516

```
 1        A      January 2020?

 2        Q      I'm sorry, July 2020.

 3        A      July 2020?

 4               Yes -- yes, it was integrated within S Finder --

 5        Q      To your understanding --

 6        A      -- I believe.

 7        Q      -- was Samsung negotiating a new agreement with

 8   Google in July 2020?

 9        A      I believe so, yes.

10               I think during that time, Samsung was in

11   negotiations with Google on a new agreement.

12        Q      I'd like to show you UPX663.

13               And this appears to be a chat or a Slack message

14   between you and Jeff Chen on July 28th, 2020.  Who is Jeff

15   Chen?

16        A      Jeff Chen was the Chief of Staff for David Eun.

17               THE COURT:  I'm sorry, for who?

18               THE WITNESS:  David Eun.

19               THE COURT:  Oh, okay.

20   BY MS. MURDOCK-PARK:

21        Q      And I'd like to draw your attention to your longer

22   chat at 2:47 a.m.

23               And you write at first, "But I believe we need

24   DE's intervention here since this is ultra time-sensitive."

25               What was time-sensitive?
```

4517

1         A    You know, at the time when I sent this message,

2    you know, we get most of our information from, you know,

3    various different parties in Korea that work with various

4    different team members.

5              You know, I had gotten information from Harry, who

6    is a colleague of mine based in Korea, who interacts with a

7    lot of the various different team members from business

8    units to partnerships team and contract negotiation team.

9              And the information that I was getting from him,

10   I thought it was an urgent matter to discuss certain

11   agreements that may impact Branch's likelihood of being

12   integrated into S Finder.

13        Q    And you referenced Harry.  Is that Harry Eun?

14        A    Harry Eun, correct.

15        Q    You go on to write, "When Jim was here in the last

16   negotiations, he carved out for me Branch in app content

17   search."

18              Who is Jim?

19        A    Jim was a former team member at Samsung NEXT.  He

20   was part of the partnership's team and one of the

21   individuals that helped create that carve-out that we

22   discussed earlier in a previous exhibit.

23        Q    And you write, "The current agreement is looking

24   like Google will own all search on device.  Samsung is

25   allowed to do search as long as it doesn't connect to the

4518

```
 1    Internet or ping a server.  Only look at things on device

 2    such as messages, settings, et cetera.  This will completely

 3    kill all potential for any Branch search and other future

 4    services."

 5            What did you mean by the current agreement?

 6       A    Again, you know, so we never exactly -- you know,

 7    I personally never exactly looked at any of the Google

 8    agreements.  But, you know, I was reacting here from what

 9    Harry had told me about what the potential Google agreement

10    could look like.

11            And from what I was told, you know, here,

12    I thought that he meant that Samsung was not going to be

13    allowed to do any type of connected Internet or ping a

14    server-type of searches, which I thought, at that time,

15    would impact Branch Metrics' capability and product.

16       Q    Was Samsung allowed to preload connected search

17    products under the 2017 Samsung-Google agreement?

18       A    I think so.

19            I don't know the exact whole scope of it.  But

20    I thought that carve-out that we had put in place allowed

21    for it.

22       Q    And your last sentence you write, "But all this

23    will be killed if this Google agreement happens"?

24       A    Right.

25       Q    What did you mean by "all this will be killed"?
```

4519

1    All of Branch?

2        A    I think it -- what I was stating here is the

3    efforts would be killed, you know, it was something that we

4    worked on for so many years, getting Branch integrated into

5    the Samsung devices.  And the information that we were being

6    told, I had thought that potentially all of this work that

7    we've been doing in efforts on getting this collaboration to

8    happen would end.

9            MS. MURDOCK-PARK:  And we can put 663 aside and I

10    move to admit.

11            THE COURT:  6 -- 663 will be admitted.

12                                    (Plaintiffs' Exhibit 663
                                        received into evidence.)
13

14            MS. MURDOCK-PARK:  And, Your Honor, I'm about to

15    move to another document and I know it's our lunchtime.

16            THE COURT:  Why don't we go ahead and take our

17    lunch break.  We'll resume at 1:30.

18            Mr. Chang, we're going to break now for lunch.

19    And during your lunch break, I will ask you to please not

20    discuss your testimony with anyone.

21            THE WITNESS:  Yes, sir.

22            THE COURT:  See everybody at 1:30.

23            COURTROOM DEPUTY:  All rise.  This Court stands in

24    recess.

25            (Recess from 12:29 p.m. to 1:30 p.m.)

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__October 5, 2023_____    

William P. Zaremba, RMR, CRR

**BY MR. CAVANAUGH:**
**[12]** 4404/13 4410/12
4412/20 4414/14
4415/12 4415/19
4416/22 4421/13
4428/19 4430/8
4477/16 4478/7
**BY MR. MAURER: [16]**
4434/7 4436/15 4441/4
4446/2 4446/8 4450/7
4451/12 4453/22
4458/5 4459/4 4461/20
4469/5 4469/21 4470/2
4472/24 4474/8
**BY MS.**
**MURDOCK-PARK: [9]**
4483/4 4484/11
4500/25 4501/7
4509/21 4510/7
4512/21 4515/5
4516/20
**COURTROOM**
**DEPUTY: [7]** 4403/2
4403/6 4469/12
4469/15 4482/13
4482/16 4519/23
**MR. CAVANAUGH:**
**[17]** 4403/22 4403/25
4415/17 4416/14
4416/19 4428/17
4430/7 4433/23
4440/25 4445/24
4461/10 4461/15
4477/13 4478/6 4481/5
4481/12 4481/15
**MR. MAURER: [18]**
4403/12 4403/14
4436/14 4446/6 4450/6
4453/2 4458/3 4459/2
4461/8 4461/12 4469/1
4469/20 4469/25
4472/20 4472/22
4474/7 4477/9 4481/8
**MR. MCGINNIS: [3]**
4482/2 4482/11 4510/1
**MS. BELLSHAW: [1]**
4434/2
**MS.**
**MURDOCK-PARK:**
**[12]** 4481/18 4481/21
4500/23 4501/3 4509/9
4509/24 4512/9
4512/13 4514/23
4515/2 4519/9 4519/14
**MS. WASZMER: [1]**
4484/1
**THE COURT: [63]**
4403/4 4403/13
4403/20 4403/24
4404/5 4409/3 4411/10
4411/23 4412/8
4412/11 4412/18
4413/6 4413/18
4413/25 4415/11
4415/18 4416/16
4419/9 4420/17
4421/12 4433/25

4444/23 4445/17
4451/2 4451/8 4453/3
4458/25 4459/3
4461/11 4461/17
4469/7 4469/17
4472/21 4477/11
4478/2 4481/7 4481/9
4481/14 4481/16
4481/20 4482/1
4482/10 4482/12
4482/17 4482/19
4484/5 4484/8 4500/24
4501/6 4509/6 4509/11
4510/3 4512/6 4512/15
4512/19 4514/25
4516/17 4516/19
4519/11 4519/16
4519/22
**THE WITNESS: [26]**
4409/8 4411/18 4412/2
4412/10 4412/16
4413/12 4413/19
4414/7 4419/15
4420/22 4445/4
4445/18 4451/5 4451/9
4453/9 4482/18
4482/20 4484/3 4484/7
4484/10 4509/12
4512/12 4512/17
4512/20 4516/18
4519/21

**$**
**$10 [1]** 4488/5
**$10 billion [1]** 4488/5

**'**
**'Branch [1]** 4514/5

**0**
**02199 [1]** 4401/8
**0340 [1]** 4400/4

**1**
**10/28 [1]** 4421/23
**100 [1]** 4420/2
**100,000 [1]** 4428/12
**10036-6710 [1]**
4400/19
**10:59 [1]** 4469/14
**10th [1]** 4477/21
**11/13 [1]** 4447/11
**11/16 [1]** 4422/8
**110 [2]** 4420/3 4421/3
**1100 [1]** 4400/3
**1133 [1]** 4400/18
**1194 [2]** 4481/6
4481/10
**11:00 [1]** 4469/9
**11:15 [1]** 4469/10
**11:17 [1]** 4469/14
**11:29 p.m [1]** 4512/5
4512/23
**11th [1]** 4477/21
**12 [1]** 4475/13
**12:29 [1]** 4519/25
**12th [1]** 4474/12
**13 [1]** 4447/11

4512/18
**1300 [1]** 4400/14
**15 [1]** 4450/23
**16 [1]** 4422/8
**17 [1]** 4399/7
**18 [1]** 4428/22
**1:30 [1]** 4519/17
4519/22 4519/25
**1:53 [1]** 4510/21

**2**
**2/18 [1]** 4428/22
**20 [2]** 4450/23 4463/2
**20 percent [1]** 4450/23
**20 years [1]** 4487/19
**20-3010 [2]** 4399/4
4403/7
**20001 [1]** 4401/14
**20024 [1]** 4401/4
**2014 [2]** 4485/1 4493/7
**2015 [2]** 4493/8 4493/8
**2016 [1]** 4468/18
**2017 [4]** 4468/19
4503/24 4504/24
4518/17
**2019 [25]** 4428/3
4436/7 4436/14
4440/12 4440/13
4444/21 4447/3
4447/23 4454/19
4454/21 4455/19
4455/20 4462/18
4463/6 4468/1 4477/20
4477/21 4480/6
4507/12 4507/22
4509/8 4509/10
4510/10 4511/24
4514/15
**202 [4]** 4400/4 4400/8
4401/4 4401/15
**2020 [25]** 4416/13
4423/22 4427/4
4427/12 4427/16
4436/7 4436/14
4436/19 4444/21
4454/21 4454/22
4455/20 4458/24
4462/12 4462/16
4462/20 4469/23
4481/1 4501/18
4515/24 4516/1 4516/2
4516/3 4516/8 4516/14
**2020H1 [1]** 4463/14
**2020H2 [1]** 4463/16
**2021 [7]** 4429/18
4430/15 4434/19
4435/10 4435/25
4474/12 4486/19
**2023 [2]** 4399/5 4520/7
**20530 [1]** 4400/8
**212 [1]** 4400/20
**2200 [1]** 4400/19
**26th [1]** 4477/21
**2793 [1]** 4400/20
**28 [1]** 4421/23
**28th [1]** 4516/14
**29.9 [1]** 4419/20

**3**
**3010 [2]** 4399/4 4403/7
**307-0340 [1]** 4400/4
**311 [2]** 4448/3 4450/3
**312 [2]** 4448/4 4449/6
**3249 [1]** 4401/15
**333 [1]** 4401/14
**335-2793 [1]** 4400/20
**34 [2]** 4477/22 4478/5
**354-3249 [1]** 4401/15
**360 [5]** 4419/20
4438/20 4468/5
4474/15 4474/20
**3rd [3]** 4423/22
4511/24 4512/5

**4**
**434-5000 [1]** 4401/4
**441 [2]** 4404/4 4416/21
**445-8082 [1]** 4400/8
**448 [1]** 4428/16
**450 [1]** 4400/7
**457 [2]** 4404/4 4462/12
**462 [2]** 4404/4 4459/2
**4891 [1]** 4430/21
**4892 [1]** 4432/3
**4893 [1]** 4432/17

**5**
**50 [1]** 4403/22
**50/50 [1]** 4403/22
**5000 [1]** 4401/4
**508-6000 [1]** 4400/15
**527 [1]** 4477/18
**571 [1]** 4404/4
**586 [2]** 4403/17
4415/13
**586A [2]** 4416/14
4416/17
**5th [1]** 4400/7

**6**
**6000 [1]** 4400/15
**617 [1]** 4401/9
**645 [1]** 4404/4
**663 [3]** 4519/9 4519/11
4519/12
**668 [1]** 4454/18
**6710 [1]** 4400/19
**675 [1]** 4473/14
**680 [1]** 4401/3
**686 [1]** 4512/12

**7**
**7000 [1]** 4401/9
**720 [1]** 4400/15
**740 [2]** 4463/19
4463/19
**746 [1]** 4464/19
**748 [1]** 4465/9
**749 [1]** 4475/20
**75 [2]** 4420/2 4420/5
**7th [1]** 4400/14

**8**
**800 [1]** 4401/8
**80203 [1]** 4400/15

**8084 [1]** 4400/8
**892 [1]** 4439/12

**9**
**904 [2]** 4421/20
4423/21
**906 [2]** 4417/17 4419/8
**907 [1]** 4417/4
**951-7000 [1]** 4401/9
**952 [1]** 4510/4
**9:11 p.m [1]** 4512/4
**9:30 [1]** 4399/6

**A**
**a.m [4]** 4399/6 4469/14
4469/14 4516/22
**A360 [1]** 4446/15
**Aaron [2]** 4401/2
4403/14
**abilities [1]** 4473/21
**able [12]** 4410/8
4422/7 4423/2 4432/1
4456/6 4457/14
4457/15 4471/18
4471/21 4487/18
4487/20 4514/16
**about [65]** 4405/17
4406/1 4407/20
4408/13 4421/22
4423/9 4426/15 4428/5
4429/3 4430/9 4431/11
4434/17 4436/24
4437/25 4438/19
4438/21 4441/2 4444/9
4447/7 4448/17
4450/15 4451/21
4451/23 4454/20
4455/19 4455/20
4456/21 4457/7 4458/6
4458/19 4459/13
4459/14 4460/7
4464/20 4465/12
4465/18 4470/15
4472/9 4475/3 4477/24
4478/25 4479/2
4479/10 4480/6
4480/24 4484/3
4484/17 4489/8 4490/6
4492/2 4495/9 4498/5
4500/20 4505/12
4507/21 4508/15
4509/4 4509/8 4511/19
4511/19 4513/2
4513/14 4514/5 4518/7
4519/14
**above [2]** 4449/13
4520/4
**above-titled [1]** 4520/4
**access [2]** 4412/11
4412/12
**account [3]** 4409/12
4417/18 4480/16
**accurate [5]** 4413/25
4414/12 4450/10
4451/10 4514/11
**acquisition [4]**
4419/17 4419/21
4419/24 4420/21

**across [10]** 4405/12
4405/19 4413/4 4432/8
4432/20 4454/7 4462/3
4478/11 4478/19
4511/17
**act [1]** 4496/2
**acting [1]** 4489/17
**action [4]** 4403/7
4450/25 4451/19
4454/8
**activate [2]** 4408/12
4408/24
**activating [1]** 4432/20
**activation [1]** 4444/6
**active [1]** 4445/2
**actual [2]** 4423/13
4503/12
**actually [21]** 4414/8
4419/22 4423/3
4427/13 4429/4
4430/13 4438/16
4442/8 4442/16
4443/18 4448/4 4456/2
4461/4 4461/12 4466/7
4467/20 4469/7
4471/11 4508/17
4513/19 4514/3
**ad [5]** 4407/11 4408/20
4412/12 4453/7
4480/18
**ad's [1]** 4417/23
**Adam [3]** 4429/1
4429/6 4429/6
**add [4]** 4425/7 4444/4
4454/15 4492/11
**adding [1]** 4485/25
**additional [2]** 4414/4
4414/5
**Additionally [1]**
4470/20
**address [2]** 4456/10
4460/11
**adjust [2]** 4407/7
4421/10
**admission [1]** 4481/6
**admit [3]** 4509/25
4514/24 4519/10
**admitted [9]** 4402/10
4402/19 4416/16
4454/2 4461/11 4481/7
4481/9 4510/4 4519/11
**ads [56]** 4404/16
4405/23 4405/25
4406/5 4406/12
4406/16 4406/17
4406/18 4407/12
4408/11 4409/6
4411/21 4412/1
4412/13 4412/14
4412/23 4412/25
4413/8 4413/10
4413/12 4413/13
4414/6 4414/16
4414/25 4415/1 4415/4
4415/9 4419/20 4426/5
4427/20 4437/22
4438/20 4439/25

4440/2 4440/11
4440/22 4442/4
4442/11 4442/20
4448/21 4449/2 4452/5
4452/5 4452/10
4452/15 4453/6
4453/18 4468/5
4474/15 4474/20
4475/15 4475/23
4476/6 4478/17
4478/22 4479/6
**ads' [3]** 4411/25
4449/2 4453/13
**advantage [1]** 4412/13
**advertiser [23]**
4404/21 4406/11
4406/16 4407/9
4410/14 4410/25
4411/4 4411/14
4411/24 4412/22
4423/18 4447/24
4463/7 4463/24 4464/2
4473/14 4479/5
4479/10 4479/13
4479/20 4480/2
4480/16 4480/21
**advertisers [7]**
4405/22 4426/22
4427/1 4427/6 4447/21
4472/16 4480/10
**advertisers' [4]**
4423/17 4427/17
4449/23 4473/5
**advise [1]** 4487/8
**advisor [2]** 4488/18
4489/18
**advocate [1]** 4508/8
**after [12]** 4419/4
4435/11 4443/25
4452/25 4453/6 4455/2
4455/7 4486/20 4493/8
4495/18 4495/23
4501/18
**again [12]** 4412/11
4423/7 4427/25
4428/11 4459/1
4465/20 4467/22
4472/3 4478/3 4485/17
4509/13 4518/6
**against [1]** 4431/7
**agency [1]** 4480/19
**ago [1]** 4505/3
**agree [5]** 4423/16
4426/2 4455/10
4455/11 4514/10
**agreed [1]** 4499/12
**agreeing [1]** 4506/21
**agreement [22]**
4499/18 4499/20
4499/21 4499/23
4500/1 4500/3 4500/5
4500/8 4505/22
4505/25 4506/3 4506/7
4506/7 4509/18
4511/12 4516/7
4516/11 4517/23
4518/5 4518/9 4518/17
4518/23

**agreements [5]** 4436/25
4509/20 4509/22
4513/5 4515/18
4515/22 4517/11
4518/8
**ahead [5]** 4421/5
4462/17 4469/8 4510/8
4519/16
**aided [1]** 4401/16
**al [2]** 4399/3 4403/8
**Alex [4]** 4494/22
4494/23 4494/24
4506/13
**all [60]** 4403/2 4404/17
4405/21 4406/17
4407/19 4407/22
4411/16 4413/2
4414/24 4416/9
4416/16 4417/2 4418/3
4420/12 4422/19
4423/22 4426/12
4426/25 4429/10
4429/13 4430/6
4430/12 4432/8
4432/20 4433/4
4439/23 4445/2
4448/13 4449/16
4450/1 4458/23 4462/3
4462/14 4468/13
4469/12 4469/15
4473/2 4475/10
4475/19 4477/11
4478/5 4478/10
4478/11 4481/4
4481/14 4482/17
4498/2 4501/4 4504/15
4508/23 4508/25
4510/4 4512/11
4517/24 4518/3
4518/22 4518/25
4519/1 4519/6 4519/23
**all right [4]** 4406/17
4407/19 4473/2 4478/5
**Allison [2]** 4417/18
4418/22
**allowed [4]** 4517/25
4518/13 4518/16
4518/20
**allows [2]** 4431/6
4514/6
**almost [4]** 4409/25
4468/5 4492/11 4496/4
**along [1]** 4472/13
**alpha [15]** 4407/14
4407/17 4407/20
4407/25 4408/19
4411/8 4443/9 4443/14
4443/18 4443/21
4443/23 4445/1 4445/8
4445/10 4471/11
**alphas [1]** 4444/11
**already [3]** 4404/3
4428/17 4460/8
**also [41]** 4405/23
4406/8 4406/12
4406/16 4406/22
4407/1 4411/23 4415/1
4415/8 4422/4 4424/22

4438/22 4440/10
4441/20 4444/10
4445/18 4445/23
4454/2 4462/7 4465/5
4474/7 4479/7 4485/7
4485/25 4487/3 4487/5
4487/8 4487/9 4488/25
4489/9 4495/4 4495/13
4496/3 4496/9 4496/11
4502/9 4503/10
4503/14 4506/16
**always [5]** 4420/21
4428/8 4437/12
4491/17 4494/2
**am [9]** 4407/9 4411/14
4419/11 4439/16
4459/6 4459/17
4476/22 4487/13
4488/15
**amalgam [5]** 4468/4
4474/21 4474/23
4474/25 4475/21
**amaurer [1]** 4401/1
**AMER [2]** 4464/17
4464/20
**AMERICA [4]** 4399/3
4403/7 4508/22
4510/24
**American [1]** 4464/11
**Americas [1]** 4400/18
**AMIT [4]** 4399/3 4403/2
4459/8 4469/16
**Amit P. Mehta [1]**
4469/16
**analysis [9]** 4452/13
4452/16 4452/21
4453/5 4453/13
4454/11 4460/7
4471/24 4472/5
**announcing [1]**
4474/19
**another [12]** 4407/22
4410/22 4413/9 4413/9
4413/20 4441/19
4462/8 4462/9 4495/4
4512/16 4515/15
4519/15
**answer [2]** 4415/7
4424/25
**anticipated [1]**
4427/16
**Antitrust [2]** 4400/7
4400/12
**any [51]** 4405/16
4408/3 4408/3 4409/17
4424/8 4428/4 4429/15
4435/3 4435/5 4435/15
4435/20 4435/21
4437/14 4437/21
4437/23 4438/2 4438/4
4440/2 4443/23
4447/24 4449/10
4449/17 4453/17
4455/7 4460/13 4465/5
4465/13 4468/10
4468/21 4468/23
4476/2 4478/18 4482/6

4490/12 4490/15
4493/24 4494/18
4496/2 4496/22
4499/20 4506/4 4506/6
4509/14 4513/5
4513/20 4518/3 4518/7
4518/13
**anybody [2]** 4434/22
4465/23
**anyone [8]** 4408/19
4478/20 4488/10
4488/11 4488/13
4490/12 4490/15
4519/20
**anything [15]** 4414/19
4414/19 4414/23
4438/11 4447/6 4463/7
4467/10 4473/23
4477/23 4490/16
4492/11 4493/19
4505/7 4508/15
4513/17
**Anytime [1]** 4508/15
**anyway [1]** 4416/10
**anywhere [1]** 4407/7
**APIs [1]** 4456/18
**apologize [2]** 4403/19
4484/10
**app [7]** 4492/25 4493/3
4495/16 4513/17
4514/6 4514/22
4517/10
**apparently [2]** 4421/14
4422/21
**appear [1]** 4463/9
**APPEARANCES [2]**
4399/11 4400/22
**appears [3]** 4429/3
4463/10 4516/13
**apples [4]** 4417/24
4417/24 4418/15
4418/15
**applications [4]**
4483/16 4499/12
4515/20 4515/21
**applied [2]** 4414/2
4456/16
**apply [1]** 4411/16
**appreciate [1]** 4403/21
**approach [5]** 4415/17
4430/7 4453/2 4472/20
4500/23
**approaching [1]**
4469/9
**approval [4]** 4494/15
4504/15 4504/20
4507/15
**approvals [1]** 4504/11
**approve [3]** 4438/9
4493/16 4493/18
**approves [1]** 4493/17
**approximately [3]**
4438/24 4493/4
4501/15
**apps [5]** 4499/6 4499/9
4514/6 4514/8 4514/16
**are [79]** 4404/23

Case 1:20-cv-03010-APM Document 961 Filed 05/30/24 Page 125 of 146

**A**

**are... [78]** 4405/7
4405/11 4407/15
4408/18 4409/14
4414/22 4416/2
4417/12 4418/15
4423/2 4425/13
4426/16 4427/7 4431/2
4432/14 4437/1 4437/3
4438/17 4440/8
4441/24 4444/4
4447/18 4448/6
4449/11 4449/17
4449/24 4451/2 4458/1
4459/5 4459/19
4460/12 4461/25
4462/1 4462/25
4465/13 4465/24
4466/13 4466/15
4466/15 4466/22
4466/24 4467/9 4467/9
4470/10 4472/6
4476/24 4477/3 4477/4
4478/2 4478/25 4479/2
4479/4 4479/5 4480/10
4481/21 4483/22
4488/2 4488/4 4488/4
4491/5 4491/7 4494/9
4494/20 4501/4 4502/5
4502/22 4503/5 4504/2
4504/20 4505/6
4505/19 4507/4
4508/25 4509/7
4509/16 4510/23
4511/22 4512/6
**area [2]** 4489/15
4495/8
**areas [2]** 4485/21
4491/24
**arm [3]** 4485/6 4485/16
4485/20
**around [13]** 4410/15
4410/19 4436/7
4441/14 4491/18
4492/7 4493/7 4495/8
4500/9 4500/18
4501/17 4503/8 4508/5
**Arteaga [1]** 4484/12
**articles [1]** 4467/2
**as [112]** 4403/17
4403/24 4403/24
4404/8 4404/18
4405/15 4405/22
4406/5 4407/2 4407/13
4407/17 4409/6 4411/2
4411/12 4412/11
4412/12 4413/8
4413/10 4414/23
4415/20 4418/23
4421/17 4421/18
4421/23 4422/11
4423/23 4423/23
4424/12 4424/17
4424/17 4425/14
4426/4 4426/7 4427/8
4427/16 4429/17
4430/14 4431/18
4433/17 4435/3 4435/7

4439/19 4441/5 4441/6
4441/21 4444/4 4444/9
4445/23 4447/15
4447/23 4450/16
4452/14 4453/18
4453/19 4454/5 4454/6
4454/23 4456/1 4456/4
4456/9 4457/3 4460/5
4461/6 4461/14 4463/6
4466/20 4468/15
4471/10 4471/25
4472/23 4473/5
4474/25 4478/23
4480/3 4480/14
4481/22 4482/4
4485/10 4485/13
4486/24 4488/2
4489/16 4489/17
4489/17 4491/22
4492/25 4494/2
4495/16 4496/2 4496/2
4496/4 4496/6 4496/9
4496/14 4496/16
4497/24 4499/3
4500/10 4500/15
4501/9 4501/23
4506/13 4511/8
4513/17 4514/9 4514/9
4515/7 4517/25
4517/25 4518/2
**Asia [1]** 4462/4
**aside [3]** 4510/8
4514/23 4519/9
**ask [17]** 4411/10
4417/3 4417/13
4444/24 4451/23
4454/4 4458/7 4459/14
4462/5 4464/7 4465/5
4465/19 4473/4
4475/19 4483/7 4505/6
4519/19
**asked [20]** 4423/15
4426/21 4436/6
4439/12 4442/16
4450/8 4451/21
4452/16 4454/20
4455/14 4458/6
4459/12 4459/13
4465/12 4465/17
4472/9 4475/3 4480/24
4486/25 4513/23
**asking [13]** 4452/8
4459/19 4459/21
4462/2 4464/23 4465/3
4466/22 4466/24
4467/4 4490/5 4510/21
4511/4 4511/8
**asks [1]** 4430/23
**assess [1]** 4436/3
**associated [2]** 4490/7
4490/12
**assume [2]** 4412/22
4438/23
**assumed [1]** 4424/5
**attach [1]** 4422/4
**attempt [1]** 4505/21
**attend [1]** 4507/17

**attended [1]** 4506/16
**attendee [1]** 4506/16
**attendees [1]** 4506/14
**attention [2]** 4470/6
4516/21
**attraction [2]** 4494/8
4494/9
**attribution [5]** 4457/13
4458/14 4458/15
4458/16 4458/17
**auction [79]** 4405/25
4406/8 4406/12
4406/22 4407/12
4408/5 4408/12
4409/13 4410/8 4411/7
4411/21 4413/17
4414/3 4414/10
4414/15 4415/9 4415/9
4417/11 4417/13
4423/24 4423/25
4424/5 4424/13
4424/19 4425/4
4426/21 4427/3
4427/20 4435/4
4435/15 4435/18
4435/21 4435/24
4436/2 4437/22 4438/4
4440/11 4440/21
4441/12 4441/18
4441/24 4442/7
4442/12 4442/20
4442/24 4443/10
4447/24 4449/7
4449/10 4449/14
4449/17 4452/6
4452/10 4452/15
4452/25 4453/7
4453/12 4453/19
4454/6 4454/9 4455/22
4456/11 4456/11
4457/10 4460/7 4463/8
4464/1 4465/13
4470/12 4471/4 4471/8
4471/17 4471/25
4472/17 4473/10
4478/18 4478/22
4479/6 4480/2
**auction-time [78]**
4405/25 4406/8
4406/12 4406/22
4407/12 4408/5
4408/12 4409/13
4410/8 4411/7 4411/21
4413/17 4414/3
4414/10 4414/15
4415/9 4415/9 4417/11
4417/13 4423/24
4423/25 4424/5
4424/13 4424/19
4425/4 4426/21 4427/3
4427/20 4435/4
4435/15 4435/18
4435/21 4435/24
4436/2 4437/22 4438/4
4440/11 4440/21
4441/12 4441/18
4441/24 4442/7
4442/12 4442/20

**and-red [1]** 4507/9
4447/24 4449/7
4449/10 4449/14
4449/17 4452/6
4452/10 4452/15
4452/25 4453/7
4453/12 4453/19
4454/6 4454/9 4455/22
4456/11 4457/17
4460/7 4463/8 4464/1
4465/13 4470/12
4471/4 4471/8 4471/17
4471/25 4472/17
4473/10 4478/18
4478/22 4479/6 4480/2
**auction-time-time [1]**
4456/1
**audiences [1]** 4405/25
**Austin [4]** 4494/22
4494/23 4494/24
4506/13
**authority [3]** 4435/4
4437/18 4438/10
**authors [1]** 4501/13
**auto [2]** 4429/8
4470/12
**automate [1]** 4466/17
**automatically [1]**
4466/19
**automation [1]** 4426/8
**avail [2]** 4415/7
4471/21
**availability [2]** 4427/2
4476/2
**available [11]** 4424/20
4425/5 4425/6 4440/17
4441/13 4445/2
4456/17 4456/18
4457/2 4471/15
4475/25
**Avenue [3]** 4400/18
4401/3 4401/14
**avoid [3]** 4439/20
4505/21 4505/25
**aware [3]** 4444/25
4447/23 4476/4
**away [1]** 4513/11

**B**

**B-Y-X [1]** 4442/25
**back [11]** 4444/13
4444/22 4450/2
4451/19 4451/24
4454/18 4466/11
4479/1 4486/1 4494/13
4512/9
**back-end [1]** 4466/11
**background [3]**
4484/18 4484/20
4489/8
**bad [3]** 4439/19
4445/14 4455/14
**Baidu [2]** 4431/2
4478/13
**Barcelona [1]** 4506/17
**Barrett [1]** 4401/13
**barriers [2]** 4511/10
4511/15

**based [16]** 4418/16
4419/16 4421/10
4447/12 4447/16
4450/9 4456/25 4463/3
4470/18 4471/2 4472/6
4491/16 4492/20
4503/21 4503/22
4518/16
**Bashar [2]** 4446/13
4446/14
**basically [7]** 4414/9
4419/3 4431/7 4459/23
4461/25 4462/5
4468/13
**basics [1]** 4412/9
**Bates [2]** 4417/3
4430/21
**BDR [1]** 4496/3
**be [114]** 4403/4
4405/12 4405/19
4409/15 4409/15
4413/13 4414/8 4414/8
4414/10 4414/12
4414/20 4414/21
4414/22 4414/23
4415/3 4415/5 4415/6
4416/16 4419/17
4419/18 4420/13
4420/14 4420/19
4423/7 4423/15
4423/18 4425/11
4425/14 4425/21
4426/22 4427/8
4429/17 4429/24
4432/1 4433/8 4434/10
4434/13 4437/11
4437/12 4437/15
4437/23 4438/8 4438/9
4439/18 4439/21
4442/8 4443/24
4444/10 4445/10
4445/15 4445/16
4448/9 4448/15
4449/13 4449/18
4449/22 4449/25
4452/8 4453/4 4453/20
4456/2 4456/11
4457/14 4458/20
4460/4 4460/5 4461/11
4461/16 4463/9 4467/3
4467/4 4467/12
4469/17 4471/14
4471/18 4471/21
4473/4 4473/17 4476/6
4478/12 4478/13
4478/23 4479/12
4479/15 4479/16
4480/1 4480/14
4480/17 4480/18
4481/7 4481/9 4485/24
4486/8 4490/22 4491/2
4492/20 4492/11
4494/5 4495/16
4497/14 4498/13
4499/13 4500/5
4500/12 4501/5 4504/5
4508/8 4510/4 4516/13
4518/12 4518/23

be... [3] 4518/25
4519/3 4519/11
became [2] 4435/9
4487/21
because [22] 4409/19
4413/17 4413/23
4414/21 4419/14
4419/16 4420/4
4420/24 4420/24
4433/8 4433/15
4437/18 4442/7
4444/10 4445/9
4445/11 4448/14
4450/1 4450/9 4461/5
4468/6 4505/20
become [2] 4445/2
been [21] 4403/17
4404/7 4417/23 4418/4
4424/10 4426/20
4427/24 4429/14
4430/19 4440/17
4441/14 4441/15
4443/25 4445/25
4456/6 4472/22
4478/18 4487/20
4487/20 4503/15
4519/7
before [13] 4399/9
4410/6 4413/8 4432/14
4433/11 4440/17
4441/15 4456/10
4464/17 4469/7
4479/10 4495/1
4495/10
began [2] 4481/2
4485/1
begin [3] 4427/8
4484/25 4497/14
beginning [3] 4443/4
4443/6 4512/10
behalf [5] 4403/10
4403/11 4403/14
4481/19 4482/3
Behr [3] 4495/1 4495/3
4495/4
being [12] 4423/2
4426/21 4451/22
4455/21 4457/15
4479/25 4481/5
4482/19 4506/20
4513/1 4517/11 4519/5
believe [32] 4415/15
4417/4 4417/20
4418/20 4419/17
4424/13 4432/23
4440/13 4450/17
4456/12 4456/24
4464/24 4470/3
4483/23 4484/16
4490/3 4490/14
4492/22 4495/6 4502/7
4503/7 4504/4 4504/6
4508/22 4511/1
4511/11 4511/16
4516/6 4516/9 4516/23
BELKNAP [1] 4400/17

below [4] 4418/2
4422/9 4449/1 4459/8
BENCH [1] 4399/9
beneficial [2] 4490/22
4491/2
benefit [2] 4411/15
4491/7
benefits [1] 4405/15
besides [1] 4411/8
best [2] 4409/14
4496/10
beta [3] 4444/5 4445/9
4445/11
betas [1] 4444/11
better [16] 4417/25
4420/4 4420/8 4420/19
4420/21 4421/8
4421/18 4423/10
4423/24 4424/6 4424/6
4424/14 4433/1 4487/4
4492/10 4492/10
between [13] 4439/24
4445/1 4449/10
4452/12 4454/24
4483/16 4487/5 4496/6
4507/13 4508/23
4509/15 4513/6
4516/14
beyond [1] 4472/5
bias [4] 4432/4 4433/9
4433/14 4439/16
biased [1] 4432/25
bid [15] 4405/3 4405/6
4405/10 4405/11
4408/11 4411/19
4417/13 4419/16
4449/13 4452/10
4453/10 4478/11
4478/21 4479/4 4479/8
bidder [6] 4405/4
4408/15 4410/5
4414/21 4441/24
4456/22
bidding [129]
bidding-related [1]
4431/19
bids [6] 4405/5 4405/5
4407/8 4411/21
4414/11 4431/5
big [6] 4445/22
4485/20 4498/10
4509/2 4514/14
4515/20
bigger [1] 4409/23
biggest [2] 4456/14
4465/1
billion [2] 4488/3
4488/5
binder [6] 4415/13
4434/12 4457/24
4470/4 4500/22 4501/9
Bing [31] 4406/17
4407/11 4414/2
4417/10 4417/12
4418/5 4418/19
4419/13 4419/22
4420/6 4421/15
4421/23 4421/24

412 9514422 Filed 05/33/24 45
4422/15 4422/16
4423/3 4423/4 4427/2
4431/1 4443/6 4453/10
4453/15 4453/18
4454/8 4454/10
4465/10 4478/13
4478/21
Bing's [3] 4424/19
4425/4 4442/24
bingads.com [1]
4409/11
bit [10] 4419/21
4454/15 4455/3 4492/1
4495/19 4495/22
4499/8 4499/16 4513/4
4515/23
blocking [1] 4511/10
blown [1] 4461/6
blown-up [1] 4461/6
blue [1] 4478/1
board [1] 4438/23
body [1] 4459/13
Boston [1] 4401/8
both [15] 4405/3
4412/3 4412/4 4417/12
4418/15 4423/10
4441/21 4442/14
4453/11 4455/5
4460/19 4480/10
4480/12 4496/8 4504/9
bottom [11] 4432/7
4448/11 4448/18
4449/5 4470/6 4470/10
4476/20 4504/23
4512/13 4512/18
4512/22
box [2] 4464/9 4476/21
Boylston [1] 4401/8
Branch [69] 4483/11
4483/13 4483/14
4483/18 4483/19
4483/21 4487/10
4492/18 4492/20
4493/5 4493/6 4493/9
4493/13 4493/14
4493/22 4493/24
4494/20 4494/21
4494/25 4495/5
4495/17 4495/20
4495/25 4496/2
4496/14 4496/16
4496/17 4496/22
4497/7 4497/8 4497/9
4497/14 4499/5
4499/10 4499/13
4499/23 4500/2 4500/5
4500/10 4500/11
4500/12 4500/21
4500/21 4501/24
4502/17 4504/21
4505/1 4505/11
4505/14 4505/14
4506/20 4507/14
4508/8 4508/13
4508/16 4509/5
4510/17 4511/8
4513/16 4513/24

4514/12 4515/7
4517/16 4518/3
4518/15 4519/1 4519/4
Branch's [5] 4497/20
4497/22 4506/24
4511/1 4517/11
break [6] 4408/2
4442/17 4469/8
4519/17 4519/18
4519/19
Brendon [1] 4502/9
brief [2] 4486/22
4501/21
briefly [3] 4483/13
4484/17 4493/20
brings [1] 4441/19
broad [11] 4430/24
4430/25 4431/3 4431/6
4431/8 4431/11
4431/17 4431/22
4431/24 4432/1 4432/8
broadened [1] 4470/21
Broadly [1] 4502/24
Broadway [1] 4400/14
brother [1] 4460/14
brought [1] 4460/4
browser [3] 4410/22
4413/9 4413/20
Bruce [1] 4400/11
bubble [1] 4464/16
budget [1] 4440/2
bugs [1] 4418/24
build [23] 4405/2
4429/25 4436/25
4440/21 4441/7
4442/11 4442/19
4442/24 4447/7
4447/12 4448/10
4449/16 4449/17
4456/7 4460/2 4460/9
4462/2 4464/25
4467/16 4467/20
4470/25 4471/8
4471/25
building [5] 4429/16
4435/21 4436/2 4438/3
4465/25
built [13] 4413/23
4437/2 4437/23
4443/16 4443/19
4449/18 4449/22
4456/2 4463/11 4464/1
4464/4 4467/5 4472/3
bullet [13] 4451/21
4451/23 4451/25
4458/12 4465/9
4475/18 4475/20
4476/13 4504/14
4505/5 4507/3 4507/7
4507/12
bullets [1] 4505/6
bumping [1] 4482/8
bunch [1] 4473/10
business [32] 4418/25
4421/7 4421/11
4433/21 4439/9
4445/21 4460/22

4467/8 4484/21
4484/24 4486/11
4486/14 4487/6
4494/10 4494/14
4496/14 4498/6 4498/8
4498/13 4498/14
4502/24 4503/2 4503/5
4508/3 4508/23
4509/14 4515/15
4515/16 4515/17
4515/18 4517/7
business-related [1]
4433/21
buy [4] 4480/11
4480/12 4480/12
4480/13
BYX [4] 4442/25
4443/1 4444/18
4459/23

**C**

call [12] 4405/3
4418/11 4418/16
4433/10 4433/12
4433/20 4459/21
4459/22 4467/10
4474/20 4490/3 4491/6
called [5] 4411/13
4495/8 4497/9 4508/21
4513/9
calling [2] 4481/21
4513/8
calls [2] 4507/16
4507/17
came [3] 4415/25
4415/25 4511/17
campaign [6] 4418/18
4419/12 4453/7
4476/18 4479/7
4479/21
campaigns [17] 4405/7
4409/12 4409/19
4411/19 4418/13
4421/24 4422/15
4452/11 4453/6
4453/11 4453/13
4476/15 4478/10
4478/23
can [77] 4404/19
4405/12 4405/19
4405/23 4406/11
4407/25 4408/3 4408/4
4408/7 4408/10
4408/11 4408/15
4408/25 4409/14
4411/16 4412/5
4412/11 4412/12
4413/10 4414/25
4415/7 4418/22 4419/9
4420/12 4421/5
4421/10 4423/13
4423/14 4424/23
4425/1 4428/8 4428/9
4428/16 4429/13
4431/4 4431/5 4439/23
4444/4 4444/24 4446/6
4458/3 4462/23

**C**

**can... [35]** 4463/20
4467/16 4469/25
4472/8 4473/7 4473/17
4473/19 4474/4
4476/10 4476/15
4481/1 4482/1 4484/17
4485/17 4485/24
4486/12 4486/13
4490/23 4492/1 4492/5
4492/13 4493/19
4495/10 4495/18
4497/11 4499/8
4502/13 4503/23
4504/23 4506/9 4510/8
4511/23 4513/4
4514/23 4519/9
**can't [9]** 4407/11
4407/11 4408/19
4409/20 4410/19
4413/3 4413/16
4445/20 4480/1
**cannibalized [1]**
4511/20
**cannibalizing [3]**
4513/2 4513/14
4513/20
**cannot [2]** 4425/24
4431/22
**capabilities [2]**
4497/10 4514/18
**capability [4]** 4426/7
4476/2 4514/21
4518/15
**capable [1]** 4497/22
**capacity [2]** 4488/12
4488/13
**capital [16]** 4485/11
4485/14 4485/15
4485/16 4485/18
4485/19 4487/14
4488/9 4488/19 4490/6
4490/9 4490/12
4490/20 4490/21
4491/1 4491/5
**capturing [1]** 4485/7
**careful [2]** 4473/4
4473/17
**Carr [1]** 4400/13
**carrier [5]** 4508/11
4508/18 4508/20
4513/8 4513/13
**carriers [20]** 4507/14
4507/18 4507/20
4507/22 4508/5
4508/12 4508/15
4508/24 4509/4
4509/15 4509/19
4510/25 4511/2
4511/10 4511/11
4511/17 4511/20
4513/1 4513/6 4513/19
**carve [11]** 4500/4
4500/7 4500/16
4500/18 4500/19
4504/25 4505/2
4505/10 4506/5
4517/21 4518/20

**carve... [11]** 4500/1
4500/7 4500/16
4500/18 4500/19
4504/25 4505/2
4505/10 4506/5
4517/21 4518/20
**carved [1]** 4517/16
**cascading [1]** 4442/3
**case [18]** 4406/10
4410/6 4419/7 4419/22
4423/20 4424/10
4425/8 4432/21
4432/22 4433/3 4433/5
4433/11 4436/17
4445/5 4453/20
4462/18 4463/2 4468/1
**cases [1]** 4427/10
**categories [1]** 4466/10
**category [1]** 4466/11
**causes [1]** 4442/8
**Cavanaugh [6]**
4400/17 4403/10
4404/5 4412/19
4438/13 4477/12
**cc'ed [1]** 4510/11
**Center [1]** 4400/13
**CEO [1]** 4494/24
**CEOs [1]** 4504/18
**certain [4]** 4466/17
4499/5 4515/20
4517/10
**certainly [1]** 4421/14
**Certified [1]** 4401/12
**certify [1]** 4520/2
**cetera [2]** 4437/13
4518/2
**CH [1]** 4401/13
**chain [6]** 4446/9
4455/16 4455/17
4458/24 4474/11
4510/10
**chains [1]** 4460/21
**chair [1]** 4484/8
**challenges [2]** 4441/9
4511/17
**challenging [1]**
4448/10
**Chang [11]** 4481/22
4482/1 4482/17 4483/2
4483/5 4484/2 4490/19
4501/8 4510/11
4512/24 4519/18
**change [4]** 4433/15
4435/13 4441/21
4454/7
**changed [1]** 4491/13
**changes [2]** 4445/22
4466/12
**changing [1]** 4433/8
**charge [1]** 4503/17
**charged [1]** 4410/25
**chart [3]** 4418/4 4422/1
4479/1
**chat [9]** 4430/13
4433/19 4433/21
4437/24 4438/18
4438/22 4481/6
4516/13 4516/22

4434/16 4438/2 4438/8
4439/8
**checklist [1]** 4429/4
**Chen [3]** 4516/14
4516/15 4516/16
**chief [2]** 4488/25
4516/16
**choice [1]** 4421/4
**choose [1]** 4414/1
4414/15 4425/11
**chose [1]** 4443/1
**citing [2]** 4418/24
4419/3
**Civil [1]** 4403/7
**clarification [1]**
4487/23
**clarify [7]** 4404/17
4424/22 4424/23
4433/5 4439/24
4445/18 4479/13
**clarifying [2]** 4411/11
4428/7
**clarity [1]** 4425/7
**clear [8]** 4408/18
4410/11 4413/16
4419/25 4453/4
4455/13 4465/18
4466/1
**clearer [1]** 4461/5
**click [3]** 4419/13
4456/16 4458/15
**client [4]** 4422/23
4423/15 4463/22
4463/23
**close [3]** 4487/19
4488/4 4488/15
**closely [2]** 4441/22
4486/10
**closer [3]** 4420/5
4425/22 4484/10
**CO [1]** 4400/15
**coag.gov [1]** 4400/16
**code [2]** 4442/12
4442/15
**cofounders [1]**
4494/24
**Colin [3]** 4495/1
4495/3 4495/4
**collaboration [2]**
4510/17 4519/7
**collaborations [1]**
4487/9
**colleague [1]** 4517/6
**colleagues [4]** 4428/21
4431/10 4433/19
4488/17
**collected [1]** 4462/19
**collection [1]** 4462/1
**Colorado [4]** 4400/11
4400/11 4400/13
4432/21
**COLUMBIA [3]** 4399/1
4484/23 4484/23
**column [3]** 4419/15
4419/17 4420/13
**combined [1]** 4452/5
**come [1]** 4425/25

**comes [1]** 4456/9
**comfortable [1]**
4433/15
**coming [4]** 4429/20
4438/23 4445/21
4513/19
**commentary [1]**
4514/12
**commercial [2]** 4494/8
4494/9
**commitment [1]**
4429/16
**common [2]** 4409/22
4413/22
**communicate [1]**
4436/24
**communicated [1]**
4446/19
**communication [1]**
4437/25
**communications [1]**
4444/22
**companies [17]**
4485/24 4486/7 4487/4
4487/6 4487/10
4487/15 4487/21
4488/2 4488/4 4491/11
4491/19 4492/7 4496/3
4496/7 4496/8 4496/9
4508/1
**company [23]** 4416/24
4416/24 4417/11
4417/12 4417/19
4417/23 4418/23
4421/14 4421/24
4422/5 4423/8 4425/20
4425/21 4426/4
4426/19 4440/1 4472/9
4472/10 4483/15
4494/7 4494/19 4496/2
4498/10
**company's [3]** 4421/22
4421/23 4491/17
**compare [2]** 4441/13
4477/6
**comparing [1]** 4418/18
**comparison [3]**
4417/24 4418/5
4452/12
**compatibility [1]**
4441/20
**compilation [1]** 4450/9
**complement [2]**
4513/18 4514/9
**complete [1]** 4468/11
**completed [1]** 4443/25
**completely [4]** 4422/22
4441/16 4468/12
4518/2
**complex [4]** 4441/8
4441/10 4448/10
4508/2
**complexity [4]** 4441/12
4441/17 4441/19
4445/7
**complicated [1]**
4464/6

**computer [1]** 4401/16
**computer-aided [1]**
4401/16
**concern [4]** 4419/1
4426/14 4508/16
4515/16
**concerned [1]** 4513/1
**concerns [9]** 4455/25
4457/5 4508/12 4509/4
4509/5 4509/7 4511/20
4513/13 4513/16
**conclusion [2]** 4433/7
4473/14
**conclusions [1]**
4473/12
**concurrently [1]**
4418/16
**confidential [5]** 4454/2
4473/3 4493/19
4494/13 4505/7
**confidentiality [1]**
4403/6 4501/4
**configured [1]** 4478/12
**confirming [1]** 4490/18
**conflict [2]** 4506/4
4506/6
**conflicted [2]** 4509/18
4509/20
**conflicting [2]** 4505/21
4505/25
**connect [1]** 4456/18
4517/25
**connected [2]** 4518/13
4518/16
**connecting [2]**
4510/22 4511/4
**CONNOLLY [1]** 4401/3
**consequences [1]**
4441/24
**consider [2]** 4491/25
4496/13
**consideration [1]**
4491/9
**considerations [3]**
4470/20 4490/25
4491/22
**considered [2]**
4434/25 4503/5
**consistent [4]** 4422/24
4423/5 4447/9 4447/17
**Constitution [1]**
4401/14
**consult [1]** 4486/20
**consulted [1]** 4486/22
**consulting [1]** 4486/25
**consumer [5]** 4400/12
4491/23 4492/4 4492/5
4492/8
**consumers [1]** 4492/9
**consumers' [1]**
4491/24
**contact [4]** 4495/4
4496/17 4496/20
4496/20
**contacts [2]** 4494/20
4494/21
**contained [3]** 4405/6
4441/17 4452/11

**C**

contains [1] 4411/13
contemplated [1]
  4455/21
content [2] 4514/22
  4517/16
context [6] 4418/8
  4418/23 4421/23
  4427/19 4431/14
  4431/19
continuation [1]
  4432/13
continue [5] 4448/3
  4448/18 4476/6
  4486/20 4486/25
continued [3] 4401/1
  4404/10 4436/3
contract [2] 4480/17
  4517/8
contracts [1] 4447/21
contributors [1]
  4503/15
control [1] 4414/10
controversial [1]
  4455/4
conversation [5]
  4429/3 4429/5 4429/6
  4433/7 4458/19
conversations [4]
  4433/21 4436/8
  4489/13 4507/13
conversion [9] 4408/5
  4449/20 4456/15
  4456/17 4474/1
  4479/11 4479/12
  4479/22 4479/25
conversions [8]
  4423/4 4423/18 4457/7
  4457/9 4457/14
  4457/18 4471/1
  4471/15
copy [2] 4454/1 4461/3
corner [1] 4464/9
corporate [13] 4485/10
  4485/14 4485/16
  4485/18 4485/19
  4485/20 4490/20
  4490/21 4490/22
  4491/1 4491/2 4491/4
  4491/7
correct [56] 4404/24
  4405/13 4407/9 4408/1
  4410/15 4411/17
  4412/15 4412/25
  4413/5 4414/17 4416/1
  4416/25 4417/7 4418/1
  4418/6 4418/19 4419/2
  4421/15 4422/2 4423/8
  4424/7 4424/20 4425/5
  4425/18 4426/10
  4427/3 4427/17
  4428/21 4429/18
  4431/12 4431/23
  4432/5 4432/10
  4433/19 4450/18
  4451/18 4463/24
  4471/23 4475/1
  4476/12 4479/22
CPA [18] 4415/4
  4417/24 4419/16
  4419/17 4419/18
  4420/2 4420/2 4420/13
  4420/20 4420/20
  4420/23 4420/25
  4421/3 4421/5 4421/8
  4421/15 4423/5 4423/6
CPA-based [1]
  4419/16
crawl [2] 4514/7
  4514/16
create [1] 4517/21
creates [1] 4426/14
creating [1] 4505/17
creation [1] 4441/20
credit [2] 4444/13
  4456/15
credits [5] 4442/4
  4442/5 4442/6 4444/9
  4444/17
criteria [1] 4491/16
criticism [2] 4432/21
  4433/2
cross [3] 4402/4
  4431/1 4434/6
CROSS-EXAMINATION
  [1] 4434/6
Crowell [2] 4483/25
  4484/12
CRR [2] 4520/2 4520/8
Curious [1] 4417/9
current [5] 4412/2
  4487/12 4514/6
  4517/23 4518/5
currently [9] 4407/11
  4407/21 4445/1 4446/1
  4449/2 4487/13
  4488/10 4489/9 4513/8
customer [35] 4408/3
  4408/4 4408/7 4409/18
  4409/20 4411/18
  4413/17 4414/1 4414/1
  4415/5 4419/3 4419/5
  4420/1 4424/10 4425/9
  4425/10 4425/11
  4447/12 4452/10
  4463/5 4464/11
  4464/13 4464/17
  4464/20 4465/23
  4466/13 4467/11
  4470/18 4472/5 4473/9
  4478/12 4478/18
  4479/16 4479/17
  4480/16
customer's [3] 4405/8
  4420/10 4420/22
customer-facing [1]
  4467/11
customers [52]
  4407/15 4407/18
  4408/14 4409/25
  4411/8 4413/22
  4417/10 4420/24
  4423/10 4427/7
  4427/13 4427/21
  4428/1 4428/8 4428/10

correctly [2] 4422/10
  4473/8
correlation [1] 4453/17
correspondence [2]
  4454/19 4454/20
cost [7] 4419/13
  4419/16 4419/21
  4419/21 4419/23
  4420/21 4473/25
cost-cutting [1]
  4473/25
could [60] 4408/2
  4408/15 4409/11
  4410/2 4410/23
  4411/10 4411/24
  4412/7 4412/16 4414/1
  4415/13 4417/17
  4418/2 4419/9 4421/20
  4425/14 4426/11
  4430/21 4432/17
  4438/9 4439/3 4445/10
  4445/14 4445/16
  4445/23 4454/14
  4456/2 4456/11
  4456/11 4458/25
  4460/4 4460/5 4462/19
  4464/25 4465/16
  4465/19 4469/22
  4473/16 4477/25
  4478/12 4478/23
  4480/13 4480/17
  4480/18 4491/20
  4492/7 4492/11 4494/5
  4495/22 4498/12
  4498/24 4502/19
  4504/5 4505/17 4509/6
  4510/20 4512/22
  4513/22 4515/14
  4518/10
couldn't [4] 4456/7
  4471/19 4472/3
  4476/10
counsel [11] 4434/11
  4436/6 4439/14
  4444/23 4446/5 4450/5
  4459/12 4463/16
  4477/18 4483/22
  4484/15
counterpart [1]
  4460/23
couple [5] 4418/7
  4439/11 4445/9 4475/5
  4477/17
Coupled [1] 4473/25
course [1] 4495/2
COURT [10] 4399/1
  4401/11 4401/13
  4469/13 4482/5
  4484/17 4487/24
  4495/9 4495/23
  4519/23

4428/14 4437/8 4442/3
4444/1 4444/6 4444/11
4444/15 4445/19
4445/20 4445/22
4447/17 4447/20
4454/6 4457/12
4457/17 4458/20
4461/25 4462/2 4464/7
4465/22 4466/17
4466/18 4466/22
4466/24 4471/16
4471/20 4472/3 4472/6
4472/12 4476/15
4478/17 4478/21
4479/18 4480/9 4480/9
customers' [2] 4442/8
  4468/14
cutting [1] 4473/25
CV [1] 4399/4
cycle [3] 4462/6
  4466/7 4467/20
cycles [1] 4470/18

**D**

D.C [5] 4399/5 4400/3
  4400/8 4401/4 4401/14
dandy [1] 4479/1
dark [1] 4448/5
data [24] 4407/6
  4420/12 4422/2 4424/8
  4424/12 4424/15
  4449/23 4452/3
  4455/23 4456/20
  4456/22 4457/12
  4457/15 4457/16
  4468/14 4471/17
  4473/21 4476/10
  4479/11 4479/22
  4479/25 4480/4
date [10] 4436/16
  4436/18 4446/24
  4446/25 4447/2
  4474/11 4477/20
  4497/17 4501/17
  4520/7
dated [1] 4430/14
David [10] 4488/21
  4488/23 4488/24
  4493/17 4502/8
  4504/13 4510/10
  4511/8 4516/16
  4516/18
day [5] 4399/7 4407/7
  4485/25 4487/16
  4488/7
days [3] 4429/5
  4477/22 4478/5
de [5] 4403/18 4403/19
  4503/25 4504/12
  4504/13
DE's [1] 4516/24
de-designated [1]
  4403/19
de-designating [1]
  4403/18
decacorn [3] 4487/22

decacorns [1] 4488/4
December [4] 4423/22
  4435/10 4436/19
  4481/1
December 3rd [1]
  4423/22
decent [1] 4426/5
decide [2] 4435/4
  4491/10
decided [3] 4433/14
  4460/8 4492/19
decides [1] 4412/22
deciding [1] 4466/23
decision [6] 4433/14
  4436/24 4438/7 4492/2
  4493/12 4493/15
decisions [6] 4437/10
  4437/11 4437/14
  4437/21 4440/7
  4491/16
deck [1] 4437/6
decreases [1] 4474/1
deep [2] 4483/15
  4493/1
deeply [1] 4494/4
Defendant [2] 4399/7
  4401/2
DEFENDANT'S [2]
  4402/19 4461/18
defer [1] 4470/12
define [1] 4480/15
defined [1] 4405/8
defines [1] 4411/18
delay [1] 4438/11
delaying [1] 4438/3
deliberately [2] 4438/3
  4438/3
deliver [1] 4465/25
delivered [1] 4467/22
demand [9] 4427/5
  4427/23 4428/4
  4447/13 4447/24
  4463/5 4463/7 4470/17
  4472/5
demonstrate [1]
  4426/16
Denison [2] 4510/22
  4511/5
denoting [1] 4405/25
dents [1] 4426/6
Denver [1] 4400/15
DEPARTMENT [4]
  4400/2 4400/6 4400/11
  4434/1
depending [4] 4445/14
  4494/7 4498/4 4498/12
depends [4] 4420/22
  4445/6 4445/19
  4506/25
depth [1] 4430/24
described [6] 4414/12
  4421/17 4427/8 4454/6
  4473/21 4485/10
describing [1] 4453/21
description [3] 4514/4
  4514/10 4514/11
design [2] 4467/15

**design... [1]** 4467/18
**designated [1]**
4403/19
**designating [1]**
4403/18
**designers [1]** 4467/16
**designs [1]** 4467/12
**desk [1]** 4427/14
**despite [1]** 4505/14
**detailing [1]** 4422/5
**details [6]** 4407/22
4423/22 4433/4
4451/11 4473/11
4499/20
**determine [2]** 4420/25
4466/4
**determines [1]** 4437/1
**developed [1]** 4449/25
**developers [1]**
4503/15
**development [4]**
4443/25 4477/7
4496/14 4503/18
**device [13]** 4496/23
4497/1 4497/3 4497/4
4497/4 4497/5 4497/6
4497/12 4498/24
4499/3 4499/4 4517/24
4518/1
**devices [9]** 4497/15
4497/21 4498/17
4498/18 4499/24
4500/6 4500/12
4515/24 4519/5
**diagram [1]** 4427/9
**did [67]** 4419/12
4422/10 4424/3
4427/19 4434/22
4434/24 4435/3 4435/7
4435/13 4435/20
4438/2 4439/2 4439/4
4439/18 4440/24
4442/11 4447/6
4450/13 4450/14
4451/17 4452/7
4452/21 4452/22
4453/17 4457/4 4457/6
4460/20 4470/15
4471/7 4472/16
4472/19 4473/5 4480/5
4480/7 4481/5 4483/10
4483/12 4483/17
4483/19 4484/12
4484/25 4486/18
4486/20 4490/6
4490/11 4492/17
4493/4 4493/9 4493/10
4495/19 4495/20
4496/15 4497/14
4499/22 4501/12
4501/13 4501/19
4502/1 4505/9 4507/17
4511/6 4514/1 4514/2
4514/21 4515/11
4518/5 4518/25
**did you [13]** 4435/7
4439/2 4450/13

4486/18 4492/17
4493/4 4501/12
4501/19 4502/1
4507/17 4514/1
**didn't [21]** 4404/3
4409/24 4414/24
4420/15 4424/8
4424/10 4424/11
4424/14 4427/10
4429/24 4431/25
4433/15 4451/15
4451/16 4454/1 4456/5
4475/4 4475/9 4494/8
4494/18 4514/18
**difference [2]** 4415/3
4418/14
**different [29]** 4405/12
4406/10 4418/17
4431/15 4440/5
4443/22 4450/1
4460/25 4485/21
4486/11 4486/12
4487/6 4492/5 4494/14
4494/17 4498/1
4498/11 4498/12
4498/14 4501/21
4505/18 4507/2 4508/3
4512/8 4515/13
4515/18 4517/3 4517/4
4517/7
**difficult [4]** 4423/23
4424/17 4424/18
4425/3
**diligence [3]** 4493/8
4493/20 4493/25
**diligencing [1]** 4486/7
**Dintzer [2]** 4400/2
4403/9
**direct [5]** 4402/4
4404/10 4470/6 4483/3
4515/21
**directed [1]** 4465/8
**direction [1]** 4427/25
**directionally [2]**
4450/22 4451/9
**directly [17]** 4408/7
4408/25 4409/4
4409/16 4410/7
4410/15 4411/9 4412/1
4412/23 4425/14
4436/4 4443/11 4445/4
4460/24 4480/18
4508/14 4515/20
**director [4]** 4481/22
4486/16 4489/23
4489/24
**directors [1]** 4504/7
**directory [1]** 4502/11
**discovery [14]** 4446/1
4495/8 4495/10
4495/11 4495/13
4495/15 4498/17
4498/19 4498/24
4499/2 4499/14 4507/5
4507/8 4507/10
**discuss [6]** 4483/20
4494/12 4507/14

4519/20
**discussed [2]** 4438/8
4440/10 4446/9 4450/4
4451/23 4455/21
4463/15 4474/25
4517/22
**discussing [7]** 4438/17
4454/12 4458/12
4468/1 4471/1 4471/4
4505/2
**discussion [6]** 4429/11
4431/11 4455/8
4499/10 4502/17
4508/10
**discussions [7]**
4433/18 4455/12
4455/20 4501/25
4508/5 4508/6 4508/7
**Dispersion [9]** 4487/14
4488/9 4488/19
4489/16 4490/6 4490/6
4490/9 4490/11
4490/15
**distinction [2]** 4408/21
4410/9
**distribute [1]** 4437/7
**DISTRICT [3]** 4399/1
4399/1 4399/10
**division [2]** 4400/7
4503/9
**DJ [3]** 4504/15 4504/16
4504/17
**DJ Koh [2]** 4504/15
4504/16
**DJ Koh's [1]** 4504/17
**do [99]** 4408/8 4409/5
4410/19 4415/23
4415/24 4417/14
4417/15 4422/17
4422/18 4426/2
4430/10 4430/11
4430/13 4430/23
4431/5 4433/8 4433/13
4436/1 4436/8 4436/10
4436/16 4436/19
4436/23 4437/18
4437/21 4438/6
4438/13 4438/15
4438/25 4439/1
4439/16 4439/22
4440/20 4441/5
4443/18 4446/10
4447/20 4448/7 4448/9
4448/23 4449/4
4450/11 4450/12
4450/20 4451/3 4452/8
4452/16 4452/21
4454/23 4458/9
4459/17 4460/1
4461/21 4461/22
4462/17 4464/1 4466/6
4466/8 4467/7 4468/7
4468/23 4469/7
4472/10 4472/13
4472/14 4474/9
4474/10 4476/11
4476/22 4484/15

4488/11 4488/13
4489/2 4489/4 4489/9
4489/19 4489/23
4490/14 4495/20
4497/24 4498/8
4498/24 4499/16
4499/20 4500/4
4502/11 4506/1 4506/2
4507/21 4508/12
4510/11 4513/24
4514/10 4514/19
4515/6 4517/25
4518/13
**do you [19]** 4417/14
4426/2 4430/10 4436/8
4438/13 4443/18
4446/10 4448/7
4450/20 4461/21
4468/23 4472/13
4488/9 4488/13 4489/9
4489/19 4507/21
4508/12 4514/10
**do you have [7]**
4436/23 4441/5
4454/23 4467/7 4489/4
4499/16 4515/6
**do you know [4]**
4436/1 4436/16
4436/19 4438/6
**do you recognize [1]**
4474/9
**Do you remember [1]**
4472/10
**do you see [11]**
4415/23 4422/17
4438/25 4439/16
4450/11 4458/9
4459/17 4476/22
4502/11 4510/11
4513/24
**do you understand [1]**
4448/9
**docs [2]** 4437/12
4437/15
**document [24]**
4415/16 4415/22
4415/25 4416/11
4417/4 4420/16 4430/6
4437/10 4454/4
4459/25 4462/21
4465/22 4467/3 4467/4
4467/16 4474/9 4501/8
4501/14 4501/20
4502/6 4506/25 4507/1
4510/14 4519/15
**documenting [1]**
4437/9
**documents [5]** 4416/3
4434/11 4450/10
4500/20 4500/22
**does [24]** 4409/20
4414/18 4416/10
4424/1 4441/12
4443/21 4448/25
4449/2 4455/10
4457/11 4458/14
4463/9 4463/10 4466/4

4469/13 4466/23
4471/24 4475/8
4476/13 4477/5 4484/8
4490/15 4503/6
4514/12
**doesn't [5]** 4414/16
4421/9 4467/22
4479/11 4517/25
**doing [11]** 4411/15
4412/6 4415/6 4420/4
4420/8 4427/15
4427/16 4446/1
4470/16 4493/8 4519/7
**DOJ [2]** 4400/2 4403/9
**dollars [2]** 4488/3
4490/9
**don't [57]** 4407/15
4407/22 4408/9
4408/13 4409/9
4410/18 4411/24
4412/4 4412/5 4413/21
4413/23 4414/9 4416/8
4416/12 4416/13
4419/4 4419/18 4420/7
4420/15 4429/4
4436/18 4438/11
4443/2 4445/22
4446/18 4446/25
4456/23 4457/20
4464/16 4468/18
4468/24 4469/3 4469/8
4469/10 4475/18
4479/15 4481/3 4489/6
4490/2 4492/3 4494/15
4496/19 4497/17
4499/9 4501/16 4503/4
4504/3 4504/7 4504/17
4505/24 4506/3 4506/6
4508/25 4513/5 4513/9
4518/19 4519/16
**done [3]** 4416/24
4432/15 4468/19
**down [7]** 4431/21
4432/19 4438/21
4445/23 4475/17
4482/8 4507/13
**downside [1]** 4413/3
**DR [1]** 4475/8
**draft [2]** 4501/12
4501/19
**drafted [4]** 4500/16
4500/19 4501/15
4501/17
**drafting [1]** 4501/20
**draw [2]** 4404/18
4516/21
**driven [1]** 4457/12
**drove [1]** 4423/4
**droves [1]** 4427/21
**DS165 [1]** 4462/9
**DSA [3]** 4448/21
4448/23 4476/2
**during [9]** 4403/24
4467/19 4482/7
4491/15 4492/24
4504/10 4508/4
4516/10 4519/19
**duties [2]** 4486/4

**D**

duties... [1] 4486/6
DX165 [6] 4461/2
4461/5 4461/7 4461/13
4461/21 4462/15
DX165A [3] 4461/6
4461/8 4461/18
dynamic [3] 4448/21
4475/22 4476/5

**E**

e-mail [1] 4511/22
each [5] 4411/19
4451/11 4456/16
4460/20 4498/13
earlier [8] 4444/12
4463/13 4463/15
4473/22 4474/25
4502/25 4505/13
4517/22
early [13] 4436/7
4436/14 4443/16
4444/21 4454/22
4486/7 4486/19 4487/2
4487/14 4492/24
4493/2 4493/3 4500/8
early-stage [1]
4443/16
easier [2] 4460/3
4501/10
easiest [1] 4448/13
ECPC [1] 4448/13
educational [2]
4484/18 4484/20
effect [1] 4499/23
effectively [1] 4414/21
efficiency [1] 4422/8
efficient [2] 4419/23
4422/6
efforts [5] 4426/8
4477/7 4501/23 4519/3
4519/7
eight [1] 4407/5
either [7] 4424/9
4424/15 4437/16
4451/6 4480/13 4486/1
4492/10
elected [1] 4470/11
Electronics [8] 4485/8
4489/1 4493/18 4496/7
4496/12 4497/4
4508/22 4510/24
elephant [1] 4460/11
else [3] 4407/24
4408/19 4439/3
email [46] 4400/4
4400/9 4400/16
4400/20 4401/5 4401/5
4401/9 4417/6 4417/17
4419/25 4421/16
4423/22 4425/16
4428/20 4428/25
4428/25 4429/2
4437/15 4446/9
4446/13 4446/21
4446/24 4447/14
4450/3 4450/8 4455/16
4455/16 4458/8

4459/13 4469/23
4470/7 4472/10
4474/11 4474/17
4474/18 4510/10
4510/10 4510/20
4511/17 4511/18
4511/22 4511/24
4512/17 4512/23
emails [4] 4416/23
4417/14 4437/13
4473/8
embedded [2] 4461/16
4510/2
empathize [1] 4425/10
empathizing [1]
4425/13
emphasize [1] 4432/20
employee [1] 4483/8
employees [1] 4490/10
enable [1] 4505/18
enabled [6] 4452/6
4453/1 4453/7 4478/22
4479/7 4483/15
enabling [1] 4485/8
end [5] 4446/10
4466/11 4485/25
4514/12 4519/8
ending [1] 4463/19
ending 740 [1] 4463/19
ENG [1] 4477/3
engine [21] 4409/17
4409/21 4410/23
4411/22 4425/23
4426/6 4426/16 4428/8
4430/23 4430/25
4431/1 4431/1 4431/6
4431/8 4448/14 4465/9
4466/15 4466/21
4466/24 4474/20
4475/13
engine's [1] 4405/5
engineer [1] 4429/7
engineering [14]
4429/25 4437/3 4440/4
4440/5 4441/3 4445/12
4454/5 4465/24 4466/6
4466/10 4466/12
4467/15 4467/17
4474/19
engineering-led [1]
4466/12
engineers [3] 4477/4
4477/6 4477/9
engines [12] 4405/12
4405/19 4411/5 4412/3
4413/4 4431/2 4432/9
4432/20 4465/22
4474/22 4478/11
4480/22
enough [2] 4445/20
4447/1
enter [1] 4432/14
enterprise [2] 4426/7
4426/15
entities [3] 4416/24
4479/5 4490/16
entity [2] 4485/21

entry [2] 4503/23
4504/24
era [1] 4492/25
Erin [3] 4400/6
4481/19 4483/5
erin.murdock [1]
4400/9
erin.murdock-park [1]
4400/9
error [2] 4403/17
4441/23
escalated [2] 4454/24
4455/7
escalation [1] 4455/5
essentially [2] 4414/15
4422/5
established [5] 4487/5
4488/16 4511/7
estimate [1] 4444/25
et [4] 4399/3 4403/8
4437/13 4518/2
et al [1] 4403/8
et cetera [1] 4437/13
4518/2
Eun [18] 4488/21
4488/23 4488/24
4489/2 4489/6 4493/17
4502/8 4504/13
4510/10 4510/21
4511/4 4511/15
4513/23 4514/4
4516/16 4516/18
4517/13 4517/14
Eun's [2] 4489/4
4514/10
European [1] 4462/4
evaluate [1] 4430/3
evaluation [1] 4422/23
even [12] 4408/6
4409/18 4409/22
4410/6 4433/11 4438/8
4441/8 4456/6 4467/1
4472/2 4472/4 4487/22
event [3] 4438/20
4439/4 4444/17
events [2] 4456/17
4456/20
eventually [2] 4422/8
4493/17
ever [4] 4464/1 4471/7
4472/16 4489/2
every [4] 4407/4
4466/7 4466/8 4488/7
everybody [4] 4443/4
4469/11 4479/18
4519/22
everyone [4] 4403/4
4407/24 4469/17
4469/18
everything [4] 4412/4
4456/7 4467/6 4468/14
evidence [15] 4404/3
4416/15 4416/17
4428/18 4461/7 4461/9
4461/13 4461/14
4461/18 4467/7 4474/7
4481/10 4510/5 4515/3

evolution [1] 4427/25
evolved [2] 4485/3
4495/13
exact [9] 4419/19
4423/9 4431/5 4446/18
4489/6 4499/21
4500/17 4501/17
4518/19
exactly [13] 4423/5
4490/2 4497/17 4499/9
4504/3 4504/8 4504/17
4505/12 4513/1 4513/5
4513/9 4518/6 4518/7
examination [6]
4403/16 4404/10
4433/25 4434/6
4477/15 4483/3
example [5] 4414/3
4420/3 4421/3 4431/4
4480/14
exceeding [1] 4488/5
exclusion [2] 4456/20
4473/21
excuse [1] 4412/12
executive [4] 4502/7
4503/13 4504/10
4511/8
executives [6] 4501/21
4502/1 4502/2 4502/3
4502/5 4504/9
exhaustive [1] 4501/22
exhibit [24] 4403/17
4416/17 4416/21
4438/13 4438/14
4438/17 4454/18
4461/18 4461/21
4462/8 4462/9 4462/15
4464/20 4477/18
4477/18 4477/18
4481/10 4510/5 4512/6
4512/8 4512/10 4515/3
4517/22 4519/12
Exhibit 586 [1]
4403/17
exhibits [3] 4402/8
4402/17 4404/2
existed [1] 4452/14
existing [4] 4509/18
4509/20 4511/21
4513/20
expensive [1] 4464/6
experience [12]
4413/12 4435/17
4467/12 4473/9 4474/3
4477/5 4487/20
4491/23 4492/4 4492/5
4492/15 4500/21
experiences [2]
4491/24 4492/8
explain [17] 4409/1
4453/20 4462/23
4462/24 4473/7
4477/25 4485/17
4492/1 4492/13
4493/20 4495/10
4495/18 4495/22
4497/11 4499/8

explaining [3] 4470/11
4473/9 4511/15
explanation [3]
4513/24 4514/1 4514/2
explicit [1] 4437/15
explicitly [1] 4467/4
exploration [1]
4429/15
expressing [1]
4508/12
extent [1] 4482/6
extra [1] 4434/13

**F**

FACB [1] 4430/24
face [2] 4438/24
4439/2
facing [1] 4465/21
4466/13 4467/11
fact [4] 4416/11
4421/17 4445/25
4471/10
factored [2] 4492/2
4492/4
factors [1] 4515/14
fair [2] 4422/23 4447/1
fairly [2] 4413/22
4439/10
familiar [5] 4407/2
4415/16 4433/4
4447/18 4450/16
fast [2] 4445/20
4515/23
fast-forward [1]
4515/23
feasibility [1] 4472/5
feasibly [1] 4467/16
feature [50] 4406/13
4407/12 4407/14
4408/1 4408/20 4409/17
4409/14 4409/24
4410/1 4410/4 4410/20
4410/23 4413/21
4415/2 4415/9 4424/19
4425/5 4429/14
4435/15 4435/22
4436/3 4438/4 4440/14
4443/16 4443/19
4444/2 4444/7 4444/12
4445/2 4447/16
4447/25 4460/9
4460/16 4463/10
4466/18 4466/24
4467/9 4467/11
4467/21 4470/18
4470/25 4471/3
4471/19 4471/21
4474/3 4474/23
4475/21 4480/2 4480/7
4498/17
featured [2] 4414/16
4431/15
features [50] 4408/16
4409/21 4410/2
4410/16 4410/18
4411/20 4412/3
4413/13 4413/14

4524

**features... [41]**
4426/16 4429/16
4435/23 4436/25
4437/1 4441/10
4441/10 4441/13
4444/3 4445/8 4445/10
4446/10 4447/8 4448/2
4449/6 4450/15 4456/4
4456/5 4456/8 4458/20
4463/2 4463/5 4464/25
4465/13 4466/2
4466/15 4466/16
4466/20 4466/21
4468/13 4468/21
4468/22 4468/23
4468/25 4470/21
4474/20 4475/3
4475/14 4498/19
4505/14 4515/7

**February [6]** 4429/16
4454/21 4510/10
4511/24 4512/5
4514/15

**February 3rd [2]**
4511/24 4512/5

**fee [2]** 4410/25
4480/20

**feedback [5]** 4447/16
4465/6 4472/12
4472/16 4509/17

**feel [2]** 4433/15 4444/8

**felt [1]** 4422/5

**fence [1]** 4424/9

**few [15]** 4427/7 4429/5
4429/19 4434/13
4439/4 4450/19
4464/17 4468/2 4483/7
4483/21 4493/8
4493/15 4500/20
4501/21 4505/3

**figured [1]** 4417/13

**file [1]** 4415/23

**filed [3]** 4433/11
4436/16 4480/25

**files [1]** 4416/1

**final [2]** 4473/12
4473/13

**finance [1]** 4484/21

**financing [2]** 4490/7
4490/12

**Finder [21]** 4497/9
4497/11 4497/12
4499/15 4502/20
4503/10 4503/10
4503/12 4503/13
4503/14 4503/16
4503/17 4503/20
4506/20 4506/23
4507/11 4511/11
4515/20 4515/24
4516/4 4517/12

**finds [1]** 4445/12

**fine [2]** 4412/18
4420/23

**firm [6]** 4485/11
4485/15 4485/18
4490/20 4490/21

**firms [2]** 4485/19
4485/21

**first [28]** 4425/15
4427/5 4427/13
4427/16 4428/1
4438/16 4438/18
4438/24 4444/1
4449/18 4451/21
4458/12 4459/13
4462/13 4462/16
4465/9 4466/10 4470/3
4475/7 4485/4 4489/25
4490/4 4493/4 4494/2
4501/2 4502/10 4505/5
4516/23

**first-level [1]** 4489/25

**fist [1]** 4495/15

**fit [2]** 4494/17 4494/18

**Fitzgibbon [6]** 4430/18
4431/21 4432/4
4432/19 4439/15
4439/18

**five [2]** 4421/24
4422/14

**fix [1]** 4445/13

**flagship [2]** 4497/3
4497/4

**flexibility [4]** 4500/9
4505/17 4506/1 4506/2

**flight [1]** 4444/4

**Floodlight [4]** 4471/17
4479/14 4479/17
4479/23

**Floor [1]** 4400/14

**focus [7]** 4485/6
4485/21 4487/17
4491/17 4495/8 4496/4
4500/17

**focused [3]** 4435/16
4500/9 4503/8

**follow [6]** 4423/21
4426/22 4444/24
4493/11 4503/25
4511/18

**follow-on [2]** 4493/11
4503/25

**follow-up [2]** 4444/24
4511/18

**followed [1]** 4455/17

**following [1]** 4483/17

**follows [2]** 4404/9
4422/13

**Force [5]** 4450/4
4450/6 4451/20 4452/7
4459/7

**foregoing [1]** 4520/3

**foremost [1]** 4494/2

**form [2]** 4437/12
4460/3

**format [1]** 4453/24

**formats [1]** 4465/11

**former [5]** 4481/22
4483/8 4488/17
4488/24 4517/19

**forth [1]** 4444/22

**fortunate [1]** 4487/20

**forum [1]** 4465/7

**forward [3]** 4418/9
4512/7 4515/23

**found [1]** 4474/2

**foundation [1]** 4441/2

**founder [1]** 4487/13

**four [2]** 4407/7
4431/21

**fourth [1]** 4476/13

**fractional [9]** 4456/14
4457/7 4457/9 4457/14
4457/18 4458/16
4458/17 4471/1
4471/14

**frame [2]** 4462/13
4493/7

**free [1]** 4465/6

**front [3]** 4438/14
4461/25 4501/9

**full [10]** 4407/15
4413/12 4418/8 4456/5
4459/24 4475/18
4475/22 4476/11
4497/20 4497/22

**fully [2]** 4407/18
4497/23

**fun [1]** 4439/5 4443/2

**function [2]** 4414/24
4424/5

**functionalities [5]**
4449/11 4449/18
4498/2 4498/4 4499/14

**functionality [17]**
4435/5 4436/2 4437/22
4437/23 4442/12
4443/10 4443/15
4447/8 4449/3 4456/2
4457/10 4464/2 4466/2
4497/20 4497/22
4498/16 4499/5

**functionally [1]** 4415/6

**fund [3]** 4445/13
4487/15 4487/19

**fundamental [1]**
4449/20

**funded [2]** 4429/15
4460/5

**funded/prioritized [1]**
4429/15

**further [5]** 4404/8
4433/23 4439/11
4470/20 4481/12

**future [9]** 4462/3
4470/16 4470/18
4494/19 4505/5
4505/10 4505/15
4505/21 4518/3

**future-proofing [4]**
4505/5 4505/10
4505/15 4505/21

---

**G**

**G company [7]**
4416/24 4418/23
4421/14 4423/8
4425/20 4425/21
4472/9

**gathering [1]** 4438/20

**gave [1]** 4504/15

**general [4]** 4450/1
4458/13 4485/19
4499/25

**generalized [1]** 4503/6

**generally [5]** 4421/7
4445/6 4466/10
4479/17 4480/23

**generate [1]** 4513/10

**generated [2]** 4419/13
4480/1

**generates [1]** 4479/11

**generating [1]** 4479/21

**generically [1]** 4462/25

**get [18]** 4407/4 4407/6
4413/10 4413/10
4418/8 4421/2 4421/4
4421/6 4421/9 4422/7
4422/24 4458/25
4463/11 4467/1
4471/18 4500/21
4507/25 4517/2

**gets [2]** 4441/24
4442/5

**getting [7]** 4404/19
4404/19 4417/22
4481/24 4517/9 4519/4
4519/7

**give [5]** 4434/12
4465/19 4480/5
4501/20 4506/1

**given [2]** 4447/18
4487/19

**giving [1]** 4430/4

**global [4]** 4434/21
4435/3 4435/7 4474/18

**go [39]** 4408/4 4408/7
4408/15 4408/25
4409/4 4409/6 4409/9
4409/12 4409/21
4410/14 4410/15
4410/19 4410/19
4411/4 4411/19
4412/22 4413/8
4413/19 4421/5 4428/8
4431/10 4437/6 4442/4
4444/4 4445/12 4469/8
4475/17 4476/20
4479/1 4493/25
4503/23 4504/23
4506/17 4509/15
4510/8 4510/20
4513/22 4517/15
4519/16

**go ahead [2]** 4510/8
4519/16

**goal [11]** 4415/5
4420/1 4420/2 4420/3
4420/5 4420/5 4420/15
4420/18 4420/18
4420/22 4422/24

**goes [14]** 4412/1
4418/22 4422/1 4422/4
4423/1 4432/25 4442/2
4444/5 4447/11 4466/4
4467/17 4479/10
4493/17 4493/18

**going [34]** 4404/18
4404/21 4408/20

**general [4]** 4413/13 4485/19
4499/25

**generalized [1]** 4503/6

**general [4]** 4414/6 4414/6 4418/7
4425/7 4434/10
4434/12 4443/10
4443/24 4444/10
4444/13 4447/7 4454/3
4458/7 4461/3 4461/4
4468/3 4471/8 4472/22
4473/3 4473/4 4479/20
4483/6 4483/20 4487/7
4493/19 4499/13
4510/9 4510/14 4514/3
4518/12 4519/18

**good [20]** 4403/4
4403/6 4403/12
4403/13 4404/14
4423/18 4424/10
4434/8 4434/9 4438/24
4439/19 4439/21
4457/19 4467/8
4471/16 4472/3
4481/18 4482/2 4483/5
4488/16

**Good morning [7]**
4403/4 4403/12
4403/13 4434/8 4434/9
4481/18 4483/5

**GOOGLE [123]**

**Google LLC [1]** 4403/8

**Google's [2]** 4410/25
4453/8

**got [8]** 4435/11
4435/25 4454/24
4461/5 4477/19 4478/5
4478/6 4501/11

**gotten [2]** 4429/1
4517/5

**GPL [3]** 4437/5
4438/23 4476/25

**GRAY [1]** 4401/7

**greater [1]** 4426/1

**grounds [1]** 4403/15

**group [7]** 4443/3
4444/5 4460/19 4491/6
4498/13 4501/23
4503/5

**groups [4]** 4405/7
4494/17 4498/12
4498/13

**guarantee [1]** 4431/22

**guess [10]** 4420/12
4428/15 4433/20
4448/18 4460/3
4460/18 4476/8
4487/23 4490/3 4512/9

**guide [1]** 4462/16

---

**H**

**H1 [1]** 4463/14

**had [63]** 4403/19
4416/11 4419/13
4419/20 4421/15
4422/24 4424/13
4426/19 4427/10
4427/15 4427/16
4428/4 4428/9 4428/25
4429/3 4429/5 4429/6
4429/19 4433/12
4436/11 4440/17

4530

**H**

had... [42] 4441/14
4441/15 4442/15
4447/9 4452/15 4453/9
4453/10 4453/19
4455/7 4456/6 4456/10
4458/19 4460/8 4463/4
4468/4 4468/12
4468/25 4472/11
4478/21 4479/6 4479/7
4486/8 4487/5 4488/21
4492/22 4494/4
4494/21 4499/12
4499/17 4499/19
4499/25 4502/16
4509/5 4511/20
4513/23 4515/9
4515/13 4515/17
4517/5 4518/9 4518/20
4519/6
hadn't [1] 4431/25
half [7] 4427/16
4462/12 4462/13
4462/16 4465/25
4467/23 4512/23
Hallal [1] 4417/6
hand [10] 4434/13
4461/3 4461/4 4464/9
4472/22 4474/6 4478/8
4482/14 4489/14
4489/14
handed [4] 4438/14
4453/23 4454/1
4477/18
handful [2] 4464/7
4507/19
handle [1] 4508/23
handy [1] 4479/1
handy-dandy [1]
4479/1
happen [1] 4519/8
happened [5] 4452/13
4452/17 4452/19
4454/19 4493/15
happens [2] 4452/9
4518/23
happy [5] 4410/5
4419/6 4420/11
4453/20 4474/2
hard [3] 4420/6 4420/7
4454/15
harder [1] 4448/15
Harry [5] 4517/5
4517/13 4517/13
4517/14 4518/9
has [31] 4404/16
4406/5 4406/8 4406/18
4406/22 4407/1 4411/4
4412/25 4417/23
4418/4 4418/24
4422/23 4423/15
4426/20 4427/24
4429/14 4442/2 4442/7
4442/9 4443/25
4445/25 4467/6
4467/12 4470/11
4473/10 4477/2 4485/3
4490/9 4495/9 4508/2

have [128]
haven't [3] 4413/23
4464/4 4464/7
having [7] 4404/7
4427/2 4471/14
4482/20 4484/2
4508/15 4515/21
he [34] 4417/9 4425/20
4426/4 4426/13
4426/19 4430/17
4430/19 4432/7
4432/13 4432/25
4433/6 4439/20
4439/20 4441/2
4446/15 4450/8
4460/12 4460/16
4460/24 4481/22
4488/24 4489/3 4489/5
4489/13 4489/20
4489/21 4490/3 4495/6
4504/18 4512/15
4514/5 4517/16
4517/19 4518/12
he's [5] 4429/6 4433/5
4460/14 4489/16
4506/16
head [5] 4413/7
4450/21 4468/24
4502/8 4504/4
heading [1] 4476/21
headquarters [1]
4506/11
heard [11] 4417/9
4463/4 4485/10 4489/8
4495/1 4495/9 4508/14
4508/15 4509/3
4509/13 4509/17
hearing [2] 4462/1
4484/2
hearsay [5] 4461/13
4461/16 4482/6 4482/8
4510/2
Heath [2] 4446/14
4446/17
heavily [2] 4491/19
4494/3
Hello [1] 4482/18
help [9] 4410/2
4420/17 4466/17
4491/21 4492/8 4492/9
4510/18 4510/21
4511/4
helped [2] 4505/19
4517/21
helpful [2] 4415/11
4427/19
helping [2] 4444/16
4487/8
her [1] 4446/18
here [27] 4410/15
4418/10 4420/17
4433/13 4438/17
4445/25 4447/14
4453/15 4461/16
4463/18 4474/22
4476/24 4480/1
4482/19 4494/11

4503/19 4505/12
4507/2 4511/6 4511/20
4516/24 4517/15
4518/8 4518/11 4519/2
high [9] 4418/23
4448/6 4457/21
4462/25 4485/2 4485/5
4485/17 4491/10
4495/10
higher [6] 4419/20
4420/18 4420/23
4423/6 4448/20
4454/24
highest [2] 4463/4
4508/1
highlight [1] 4429/14
highlighted [2] 4449/6
4507/2
him [8] 4470/15
4481/24 4489/15
4509/7 4510/21 4514/1
4514/2 4517/9
his [11] 4432/15
4433/13 4450/8
4460/15 4460/23
4489/7 4489/8 4495/7
4495/7 4504/8 4514/12
history [2] 4501/22
4501/23
hitting [1] 4420/5
hold [6] 4435/11
4436/1 4436/11
4447/21 4461/24
4461/25
holder [1] 4480/17
holding [1] 4494/13
home [1] 4481/17
Honor [28] 4403/6
4403/12 4403/25
4415/17 4416/14
4428/17 4430/7
4433/23 4434/2 4441/1
4445/24 4453/2 4461/8
4461/15 4469/2
4469/20 4472/20
4477/9 4477/13 4481/5
4481/18 4482/2
4500/23 4501/4 4509/9
4509/24 4515/2
4519/14
HONORABLE [3]
4399/9 4403/2 4469/15
honors [1] 4506/3
hopefully [3] 4482/7
4485/24 4497/18
hoping [2] 4439/3
4500/11
horizon [1] 4444/25
hours [1] 4407/5
house [2] 4405/4
4466/16
housekeeping [1]
4404/1
how [30] 4404/18
4407/15 4429/12
4430/4 4431/25
4433/11 4433/13

4438/6 4438/10
4440/20 4441/8
4441/12 4443/21
4445/14 4445/19
4454/8 4457/11 4466/4
4471/24 4472/6 4477/5
4486/12 4490/21
4491/10 4492/1 4494/5
4495/20 4514/5
however [3] 4409/13
4473/20 4478/12
huge [3] 4432/4
4439/15 4514/8
huh [1] 4458/10
Humphrey [3] 4470/7
4470/11 4470/23
hundred [1] 4439/4

**I**

I also [1] 4422/4
I am [5] 4411/14
4459/6 4459/17
4476/22 4488/15
I apologize [1] 4484/10
I asked [1] 4455/14
I assume [1] 4438/23
I believe [24] 4415/15
4417/4 4440/13
4450/17 4456/12
4456/24 4461/12
4464/10 4464/24
4470/3 4484/16 4490/3
4495/6 4502/7 4503/7
4504/4 4504/6 4508/22
4511/1 4511/16
4516/23
I can [6] 4412/11
4412/12 4420/12
4423/14 4431/5
4473/19
I did [11] 4424/3
4434/24 4439/4
4450/14 4481/5
4483/12 4495/20
4496/15 4501/13
4511/6 4514/2
I didn't [2] 4404/3
4514/18
I don't [29] 4407/15
4408/13 4414/9
4416/13 4419/4
4419/18 4429/4
4436/18 4443/2
4446/18 4464/16
4468/18 4468/24
4481/3 4489/6 4490/2
4492/3 4496/19
4497/17 4499/9 4503/4
4504/3 4504/7 4504/17
4505/24 4508/25
4513/5 4513/9 4518/19
I don't have [2]
4407/22 4457/20
I don't recall [2]
4416/8 4501/16
I guess [10] 4420/12
4428/15 4433/20

4518/6 4460/3
4460/18 4476/8
4487/23 4490/3 4512/9
I have [4] 4430/6
4468/7 4484/21
4500/22
I just [4] 4428/7
4455/13 4465/18
4473/23
I know [5] 4429/21
4436/4 4441/8 4460/19
4490/17
I mean [3] 4420/20
4439/9 4490/2
I misspoke [1] 4461/12
I recall [2] 4499/3
4502/4
I see [1] 4462/24
I should [1] 4433/10
4454/15 4479/13
I think [29] 4407/14
4408/21 4409/24
4410/6 4424/9 4428/3
4428/13 4431/24
4432/13 4433/5 4433/7
4440/10 4447/10
4449/21 4450/22
4454/20 4462/11
4465/17 4466/1
4468/17 4473/21
4495/7 4506/1 4509/1
4511/6 4514/11
4515/13 4516/10
4519/2
I thought [6] 4404/17
4443/2 4517/10
4518/12 4518/14
4518/20
I understand [7]
4411/12 4412/17
4413/18 4422/11
4455/4 4468/16
4471/22
I want [11] 4411/25
4412/17 4420/2 4431/5
4448/17 4451/23
4455/3 4459/14 4470/6
4473/17 4512/10
I wanted [1] 4413/15
I was [33] 4409/1
4425/7 4425/9 4425/13
4430/4 4434/21
4435/18 4439/3
4441/15 4448/1
4453/21 4455/5
4455/11 4460/23
4476/25 4478/23
4486/16 4487/2 4487/8
4487/18 4489/17
4496/19 4496/20
4501/13 4505/12
4511/7 4511/16
4512/15 4512/17
4517/9 4518/8 4518/11
4519/2
I will [1] 4519/19
I work [1] 4489/10
I worked [1] 4489/14

**I**

**I wouldn't [1]** 4445/15
**I'd [10]** 4417/13
4420/13 4450/23
4451/9 4461/8 4500/20
4501/2 4515/23
4516/12 4516/21
**I'll [9]** 4407/3 4415/21
4416/6 4434/3 4445/24
4469/3 4484/3 4484/10
4497/18
**I'm [63]** 4404/18
4404/19 4404/19
4405/17 4407/2 4407/2
4408/21 4410/10
4412/8 4412/18 4416/2
4418/7 4418/10 4419/9
4420/8 4423/9 4423/23
4424/24 4431/4
4432/11 4433/4
4433/12 4434/12
4436/13 4443/11
4444/23 4445/4 4445/5
4451/2 4453/4 4453/20
4455/10 4458/7
4458/25 4459/21
4461/3 4461/4 4462/11
4463/18 4464/15
4472/22 4473/4
4473/23 4476/4
4476/25 4478/2
4478/15 4479/20
4481/5 4483/6 4484/1
4490/5 4502/17 4509/6
4509/18 4510/9
4510/14 4511/3 4513/8
4514/3 4516/2 4516/17
4519/14
**I'm going [8]** 4404/18
4458/7 4461/3 4472/22
4473/4 4483/6 4510/9
4510/14
**I'm just [2]** 4412/8
4418/7
**I'm not [8]** 4407/2
4423/23 4433/4
4443/11 4445/4
4473/23 4490/5 4511/3
**I'm not sure [5]**
4405/17 4410/10
4416/2 4423/9 4445/5
**I'm sorry [17]** 4419/9
4424/24 4432/11
4436/13 4451/2 4453/4
4455/10 4458/25
4464/15 4478/2
4478/15 4484/1
4502/17 4509/6
4509/18 4516/2
4516/17
**I've [3]** 4453/23 4454/1
4489/8
**icon [1]** 4464/9
**identified [1]** 4448/6
**identify [1]** 4457/4
**ignored [1]** 4414/11
**illustrative [1]** 4433/18
**immediate [2]** 4425/17

**impact [11]** 4424/12
4425/12 4442/3
4453/14 4453/18
4465/1 4471/14
4471/24 4472/4
4517/11 4518/15
**impacted [3]** 4425/14
4452/4 4454/9
**impacting [1]** 4414/23
**implemented [3]**
4499/23 4500/21
4515/8
**implication [1]**
4425/21
**implications [3]**
4425/17 4425/17
4426/13
**important [2]** 4422/14
4438/7
**improve [3]** 4445/13
4465/1 4492/9
**improving [1]** 4423/3
**inaccuracies [3]**
4450/18 4450/19
4451/3
**inception [1]** 4485/4
**include [1]** 4431/18
**included [2]** 4435/5
4468/21
**including [4]** 4447/10
4449/6 4454/8 4506/7
**incorrect [1]** 4504/5
**increase [1]** 4444/14
**increasing [1]** 4452/25
**independent [1]**
4409/6
**independently [1]**
4485/24
**INDEX [3]** 4402/2
4402/8 4402/17
**indicated [3]** 4451/14
4451/16 4464/10
**indicates [1]** 4415/25
**individual [4]** 4449/24
4456/16 4479/5
4503/14
**individually [1]** 4450/1
**individuals [10]**
4488/20 4490/7
4502/14 4502/16
4502/16 4502/22
4509/3 4510/23 4511/9
4517/21
**infinite [1]** 4456/6
**inform [1]** 4456/22
**informal [1]** 4439/10
**information [11]**
4407/4 4414/20
4421/21 4473/11
4490/6 4494/13 4513/6
4517/2 4517/5 4517/9
4519/5
**informed [1]** 4434/17
**informing [1]** 4415/4
**infrastructure [1]**
4466/12
**ingest [1]** 4457/16

**initial [6]** 4422/14
4441/20 4492/19
4492/22 4494/22
4497/8
**initially [3]** 4495/15
4496/25 4498/25
**initiatives [1]** 4466/13
**innovate [1]** 4466/20
**innovation [5]** 4485/6
4485/7 4488/25
4491/18 4492/21
**innovations [1]**
4466/16
**innovative [4]** 4485/23
4487/15 4487/17
4491/19
**input [1]** 4447/11
**inquiries [2]** 4458/11
4458/13
**inside [3]** 4514/8
4514/16 4514/22
**inside-app [1]** 4514/22
**insights [2]** 4486/1
4487/9
**inspired [1]** 4500/10
**integrate [3]** 4441/18
4448/16 4515/19
**integrated [22]**
4429/24 4496/22
4497/8 4497/9 4497/14
4497/20 4497/23
4498/2 4498/17
4498/18 4498/19
4498/21 4499/3
4499/13 4499/14
4500/12 4507/11
4508/8 4515/24 4516/4
4517/12 4519/4
**integrating [2]** 4508/1
4509/5
**integration [3]** 4435/14
4499/11 4508/13
**intensive [2]** 4468/3
4468/16
**intention [1]** 4433/13
**intentionally [1]**
4438/11
**interacting [1]** 4495/6
**interacts [1]** 4517/6
**interest [5]** 4428/10
4494/16 4496/10
4515/9 4515/11
**interested [3]** 4427/2
4427/8 4480/21
**interesting [2]** 4473/20
4494/5
**interests [1]** 4496/8
**interface [1]** 4492/16
**interlay [1]** 4405/3
**internally [1]** 4502/3
**Internet [2]** 4518/1
4518/13
**interpretation [1]**
4419/5
**interrupt [2]** 4419/10
4444/23
**interrupting [1]** 4484/1

**intervention [2]**
4516/24
**intraday [16]** 4407/1
4407/4 4407/6 4407/25
4408/13 4408/15
4410/5 4411/20
4423/25 4424/6 4424/7
4431/22 4432/2
4441/14 4452/15
4453/11
**inventory [1]** 4476/17
**invest [12]** 4483/11
4483/18 4483/19
4485/23 4486/13
4492/17 4492/20
4493/5 4493/9 4493/12
4493/14 4493/21
**invested [2]** 4487/21
4495/23
**investigation [1]**
4481/2
**investment [18]**
4425/25 4483/14
4490/5 4490/15 4491/1
4491/11 4491/16
4492/19 4492/23
4493/7 4493/16
4494/22 4495/18
4496/1 4501/23 4504/1
4504/15 4504/20
**investments [8]**
4447/16 4466/11
4490/22 4490/25
4492/2 4493/11
4493/24 4496/21
**investor [2]** 4496/16
4500/10
**investors [1]** 4496/10
**invests [1]** 4487/15
**involved [12]** 4407/24
4408/19 4435/18
4436/4 4443/11 4445/4
4455/6 4455/11 4477/6
4494/10 4501/21
4515/14
**involvement [1]** 4455/8
**is [299]**
**is -130 [1]** 4512/13
**is that correct [1]**
4450/18
**is that right [7]**
4440/12 4448/21
4452/17 4459/9
4471/11 4474/23
4476/7
**is there [6]** 4440/2
4443/1 4444/25
4449/10 4463/6
4463/15
**isn't [5]** 4407/24
4420/20 4452/4 4461/2
4485/13
**issue [2]** 4442/7
4464/11
**issues [5]** 4431/11
4442/5 4454/24 4456/9
4482/9
**issuing [1]** 4444/16

**it would be [4]**
4409/15 4413/13
4414/8 4449/13
**it's [77]** 4407/18
4409/10 4409/17
4410/4 4413/10
4413/16 4414/23
4416/13 4418/14
4419/4 4419/16
4419/18 4419/19
4420/7 4420/25
4421/17 4422/14
4423/23 4424/17
4425/3 4427/19
4430/14 4430/14
4431/15 4439/9
4441/10 4441/16
4441/22 4442/2 4442/6
4443/15 4443/25
4444/12 4445/9
4445/21 4446/13
4449/15 4449/15
4449/16 4451/10
4454/2 4454/16
4457/19 4457/20
4457/22 4460/2 4460/3
4461/5 4461/24 4462/5
4464/6 4466/7 4467/11
4467/22 4468/12
4468/17 4468/19
4469/9 4469/23 4472/5
4473/16 4473/20
4474/11 4474/13
4475/16 4477/2 4479/3
4479/21 4485/20
4492/11 4496/2 4497/5
4497/6 4508/5 4509/1
4514/25 4519/15
**item [1]** 4432/19
**items [3]** 4448/6
4451/1 4451/19
**iteration [1]** 4500/8
**iterations [2]** 4441/16
4498/1
**its [10]** 4406/18
4406/22 4407/10
4414/21 4424/6
4426/15 4441/19
4444/18 4449/15
4481/25
**itself [3]** 4440/18
4449/15 4453/7

**J**

**January [5]** 4454/21
4458/24 4507/12
4509/8 4516/1
**January 2019 [1]**
4507/12
**Japan [3]** 4464/2
4475/23 4480/14
**Japanese [1]** 4463/23
**Jason [6]** 4429/11
4459/8 4459/16
4459/19 4459/21
4460/11
**Jeff [3]** 4516/14

**Jeff... [2]** 4516/14
4516/16
**Jen [1]** 4421/21
**Jim [3]** 4517/15
4517/18 4517/19
**JK [3]** 4503/25 4504/2
4504/4
**JK Shin [2]** 4504/2
4504/4
**JK Shin/Peter [1]**
4503/25
**job [8]** 4420/4 4420/9
4435/13 4435/20
4486/4 4486/5 4487/12
4488/9
**John [2]** 4401/2
4403/11
**John Schmidtlein [1]**
4403/11
**joined [4]** 4435/9
4485/4 4485/14 4493/7
**joke [1]** 4439/6
**Jolyn [3]** 4474/13
4474/14 4475/12
**jon.sallet [1]** 4400/16
**Jonathan [1]** 4400/11
**Jr [1]** 4400/17
**jschmidtlein [1]**
4401/5
**Juan [1]** 4483/25
**judge [4]** 4399/10
4404/15 4454/12
4465/17
**Judicial [1]** 4400/13
**July [6]** 4501/18
4515/24 4516/2 4516/3
4516/8 4516/14
**just [56]** 4404/17
4409/3 4409/19
4411/12 4412/7 4412/8
4413/7 4413/21 4414/4
4414/11 4418/7 4418/8
4419/9 4421/1 4421/4
4421/9 4424/22 4428/7
4429/19 4429/21
4432/11 4433/5
4434/12 4434/16
4438/14 4441/20
4443/4 4450/6 4451/10
4453/4 4454/12
4455/13 4455/23
4457/7 4458/19 4462/4
4462/9 4462/25 4465/3
4465/18 4465/19
4466/2 4469/3 4473/23
4477/17 4477/21
4477/25 4478/16
4479/1 4482/5 4484/5
4485/14 4489/8
4492/15 4494/15
4494/15
**JUSTICE [3]** 4400/2
4400/6 4434/1
**justification [1]**
4418/24
**Justin [3]** 4510/22
4511/5 4511/7

**K**
**Kachachi [3]** 4446/14
4446/14 4447/14
**keep [3]** 4466/11
4487/7 4505/16
**Kenneth [2]** 4400/2
4403/9
**kenneth.dintzer2 [1]**
4400/5
**key [5]** 4413/15 4485/8
4491/9 4491/15 4494/9
**kill [1]** 4518/3
**killed [3]** 4518/23
4518/25 4519/3
**Kim [1]** 4502/9
**kind [13]** 4428/15
4461/5 4462/5 4465/6
4485/4 4488/18
4492/25 4495/13
4496/2 4496/6 4504/7
4507/24 4508/10
**knew [4]** 4424/19
4425/4 4429/22
4499/25
**know [110]** 4403/17
4403/21 4407/15
4408/13 4409/9
4413/15 4413/24
4414/9 4419/4 4419/19
4420/7 4420/15 4425/8
4428/8 4428/14
4429/21 4431/25
4433/10 4436/1 4436/4
4436/16 4436/18
4436/19 4438/6
4440/20 4441/8
4441/22 4443/2 4445/8
4445/14 4446/18
4447/9 4448/23
4450/15 4451/10
4460/2 4460/19
4463/17 4464/1
4466/11 4466/18
4467/6 4467/10
4468/18 4470/19
4472/4 4481/3 4484/15
4485/13 4485/20
4485/21 4485/22
4485/23 4485/25
4486/5 4486/7 4487/18
4487/19 4488/18
4489/2 4489/6 4489/16
4490/2 4490/17 4492/3
4492/3 4492/6 4492/8
4492/9 4492/21
4493/24 4494/2 4494/8
4494/13 4494/15
4496/9 4496/19
4498/10 4498/12
4499/20 4500/4
4501/16 4503/4
4505/24 4506/3
4507/23 4507/24
4508/4 4508/4 4508/6
4509/13 4511/6 4513/5
4513/8 4514/12
4514/13 4514/13
4514/17 4515/13
4517/5 4518/6 4518/6
4518/8 4518/11
4518/19 4519/3
4519/15
**knowledge [1]** 4499/22
**knows [1]** 4441/2
**Koh [2]** 4504/15
4504/16
**Koh's [1]** 4504/17
**Koo [4]** 4503/25
4504/2 4504/6 4504/14
**Korea [5]** 4503/21
4503/22 4506/11
4517/3 4517/6
**KRUEGER [15]** 4404/7
4404/14 4415/21
4429/12 4430/9 4434/8
4459/5 4459/16
4459/20 4460/12
4469/22 4477/10
4477/17 4481/15
4481/16
**Kunal [1]** 4417/11

**L**
**La [5]** 4450/4 4450/6
4451/20 4452/7 4459/7
**labeled [1]** 4477/3
**lack [2]** 4437/18
4473/21
**large [1]** 4474/1
**larger [1]** 4444/5
**last [8]** 4417/4 4417/5
4458/15 4460/12
4467/19 4470/19
4517/15 4518/22
**lastly [1]** 4494/12
**late [1]** 4427/4
4427/12 4428/3 4436/7
4436/14 4444/21
4447/23 4454/21
4463/6 4468/1 4493/8
**later [3]** 4428/5
4497/18 4511/18
**launch [8]** 4444/18
4468/20 4474/18
4497/8 4499/2 4499/4
4506/21 4507/15
**launched [10]** 4407/18
4440/13 4443/24
4444/12 4468/22
4474/22 4475/13
4497/17 4499/10
4500/2
**launches [1]** 4409/24
**LAW [1]** 4400/11
**lawsuit [1]** 4436/17
**Lay [1]** 4441/2
**lead [4]** 4434/21
4435/3 4435/8 4446/15
**leaders [1]** 4493/1
**leadership [3]** 4434/25
4455/5 4460/4
**leading [1]** 4456/16
**leaned [1]** 4491/18
**leaning [1]** 4494/3
**Learn [1]** 4488/7
**knowledge [1]**
4420/15 4427/14
4456/12 4467/23
4479/7
**leave [2]** 4435/7
4486/18
**leaving [2]** 4427/21
4428/2
**led [2]** 4466/12
4473/25
**Leddy [2]** 4430/16
4430/23
**Lee [1]** 4504/14
**left [10]** 4410/6
4416/19 4427/11
4434/16 4478/8
4486/15 4486/19
4486/21 4500/11
4504/18
**left-hand [1]** 4478/8
**let [18]** 4411/10 4417/3
4429/2 4432/11
4442/16 4443/21
4448/20 4454/4 4457/7
4460/25 4461/14
4463/17 4465/19
4472/15 4475/5 4476/5
4477/23 4478/25
**let's [28]** 4404/21
4409/10 4412/22
4416/19 4422/20
4425/15 4434/16
4438/16 4444/21
4446/3 4446/13 4448/2
4448/4 4450/2 4450/3
4453/10 4455/19
4457/24 4457/24
4458/23 4461/2
4463/13 4463/14
4464/19 4469/6
4469/22 4474/5
4475/17
**letting [1]** 4403/20
**level [14]** 4428/4
4428/9 4431/8 4441/19
4454/24 4455/5
4462/25 4485/2 4485/5
4485/17 4489/25
4490/4 4491/10
4495/10
**leveled [1]** 4422/8
**leveraging [1]** 4417/23
**liable [1]** 4444/16
**Liao [5]** 4489/9
4489/11 4489/12
4489/25 4502/9
**Liao's [1]** 4489/19
**lighter [1]** 4460/3
**lights [1]** 4466/11
**like [52]** 4411/23
4415/4 4416/12 4419/6
4420/10 4421/9 4423/2
4427/25 4430/4
4431/16 4437/12
4438/9 4438/19 4440/3
4440/4 4443/3 4444/3
4444/13 4445/10
4445/15 4445/22
4456/15 4456/21
4456/21 4456/25
4457/2 4460/1 4461/8
4462/17 4462/18
4464/14 4467/13
4468/1 4476/9 4477/20
4479/5 4488/15 4492/4
4496/4 4500/20 4501/2
4501/22 4506/13
4506/17 4515/23
4516/12 4516/21
4517/24 4518/10
**likelihood [3]** 4494/9
4508/1 4517/11
**limit [1]** 4515/7
**limitations [1]** 4460/2
**limited [10]** 4407/14
4407/17 4407/25
4412/3 4422/23
4424/11 4443/15
4466/2 4478/13 4499/5
**limiting [3]** 4422/6
4515/10 4515/11
**line [11]** 4411/13
4420/18 4433/11
4439/8 4439/15
4453/15 4459/13
4459/14 4459/15
4461/25 4478/1
**lines [3]** 4421/17
4460/22 4472/13
**link [1]** 4514/6
**linking [3]** 4483/15
4483/15 4493/1
**list [15]** 4446/10
4448/2 4450/25 4451/3
4451/10 4451/19
4462/6 4463/6 4463/9
4463/10 4466/24
4470/21 4475/12
4475/18 4503/10
**listed [12]** 4447/8
4449/12 4476/24
4502/10 4502/13
4503/7 4503/19
4504/12 4505/19
4505/20 4506/10
4506/13
**lists [1]** 4465/10
**litigation [4]** 4435/11
4435/25 4436/11
4480/25
**little [14]** 4419/21
4440/5 4454/15 4455/3
4464/9 4484/2 4492/1
4495/19 4495/22
4499/8 4499/16
4505/16 4513/4
4515/23
**lives [1]** 4492/9
**LLC [2]** 4399/6 4403/8
**LLP [3]** 4400/18 4401/3
4401/7
**local [1]** 4476/17
**located [1]** 4506/11
**log [4]** 4409/11
4410/22 4411/8

4533

**L**

log... [1] 4413/20
long [13] 4403/24
4425/17 4426/13
4426/14 4440/20
4440/24 4441/15
4441/21 4451/10
4475/9 4475/12
4497/16 4517/25
long-term [4] 4425/17
4426/13 4426/14
4441/21
longer [5] 4425/11
4435/18 4455/7
4459/22 4516/21
look [27] 4419/16
4438/16 4446/3 4448/2
4450/3 4454/16
4457/24 4461/2
4462/21 4463/13
4463/14 4464/19
4466/9 4467/13 4469/6
4469/22 4470/10
4473/13 4474/5 4475/7
4475/17 4475/18
4475/19 4489/15
4491/25 4518/1
4518/10
looked [10] 4446/4
4450/14 4458/24
4459/11 4462/7
4463/13 4463/21
4469/23 4492/6 4518/7
looking [11] 4428/22
4433/1 4455/16 4462/9
4462/11 4463/1 4478/2
4485/23 4512/11
4515/19 4517/23
looks [7] 4416/12
4423/1 4438/19
4462/18 4477/20
4506/13 4506/17
lot [10] 4427/23 4441/9
4441/17 4451/11
4477/2 4477/8 4479/17
4496/8 4509/1 4517/7
lots [2] 4497/25
4498/11
louder [1] 4484/3
lower [10] 4419/13
4419/21 4419/22
4420/20 4420/20
4420/21 4421/5 4421/8
4421/15 4444/3
luckily [1] 4487/18
lunch [3] 4519/17
4519/18 4519/19
lunchtime [1] 4519/15

**M**

M-Y-X [1] 4442/22
MA [1] 4401/8
made [8] 4403/15
4437/11 4483/14
4493/7 4493/12
4493/14 4494/22
4508/8
Mader [2] 4421/14

mail [2] 4473/6
4511/22
main [10] 4415/3
4419/15 4491/7
4491/17 4494/20
4495/8 4496/17
4496/20 4496/20
4501/13
Maine [1] 4401/3
mainly [1] 4515/20
maintain [1] 4434/18
maintenance [1]
4441/21
major [2] 4444/13
4444/14
majority [1] 4468/5
make [15] 4408/22
4410/11 4412/17
4413/15 4428/7
4432/25 4445/22
4452/18 4454/1
4455/13 4465/18
4473/23 4496/1
4496/11 4512/11
makes [4] 4436/20
4493/25 4496/11
4514/8
making [5] 4413/21
4433/6 4439/6 4440/7
4486/7
manage [1] 4476/10
managed [1] 4409/15
management [2]
4475/22 4476/11
manager [9] 4407/23
4430/17 4435/9
4437/16 4443/12
4446/15 4460/16
4460/20 4474/15
managers [1] 4437/3
managing [3] 4487/13
4489/23 4489/24
manual [1] 4405/5
many [19] 4407/15
4440/19 4441/16
4442/3 4445/11
4445/11 4445/16
4445/16 4485/21
4486/2 4487/11 4492/5
4496/15 4497/25
4498/1 4499/11
4501/21 4503/14
4519/4
March [4] 4454/21
4456/25 4469/23
4503/24
March 2017 [1]
4503/24
marked [5] 4415/20
4430/14 4451/5 4461/6
4472/23
market [2] 4437/6
4486/13
marketing [3] 4437/6
4479/14 4479/16
match [12] 4430/24
4430/25 4431/3 4431/6

4431/12 4431/17
4431/22 4431/24
4432/1
material [1] 4436/24
materials [1] 4434/18
Matt [2] 4417/23
4482/3
Matt McGinnis [1]
4482/3
matter [6] 4404/1
4421/17 4437/23
4474/17 4517/10
4520/4
Matthew [2] 4401/6
4417/6
matthew.mcginnis [1]
4401/10
Maurer [7] 4401/2
4403/14 4403/21
4434/4 4469/7 4469/19
4477/11
may [10] 4415/17
4415/18 4430/7 4453/2
4472/20 4500/23
4500/24 4503/15
4513/11 4517/11
maybe [12] 4408/2
4409/3 4412/18 4413/7
4424/22 4427/19
4433/5 4439/24
4442/16 4445/9
4450/23 4470/16
MBA [3] 4484/21
4484/22 4484/23
McGinnis [2] 4401/6
4482/3
MD [2] 4489/21
4489/23
MDSA [3] 4504/25
4505/10 4505/20
me [32] 4403/20
4404/19 4411/10
4412/12 4417/3
4417/11 4420/17
4423/16 4429/2
4432/11 4442/16
4443/3 4443/22
4448/20 4454/4 4457/7
4461/14 4462/24
4463/17 4465/19
4472/15 4475/5 4476/5
4477/23 4478/25
4482/7 4482/20
4508/11 4513/7
4513/10 4517/16
4518/9
mean [25] 4409/5
4409/5 4409/20
4418/15 4420/4
4420/20 4425/9
4435/13 4439/9
4447/20 4451/3
4455/10 4463/11
4467/22 4471/4 4472/2
4489/23 4490/2
4490/14 4492/5
4495/20 4498/9 4505/9

meaning [2] 4451/5
4451/25
means [6] 4416/2
4418/11 4437/24
4464/13 4476/9
4508/22
meant [5] 4443/5
4478/9 4505/15
4505/24 4518/12
measured [1] 4454/7
measurement [3]
4408/6 4457/22
4479/15
mechanical [1]
4401/16
mechanism [1] 4431/9
Meet [1] 4476/21
meeting [8] 4447/10
4455/2 4455/4 4455/15
4455/17 4503/25
4506/18 4506/19
meetings [9] 4447/9
4447/15 4506/10
4506/14 4506/16
4507/16 4507/17
4507/19 4507/21
MEHTA [5] 4399/9
4403/3 4421/17
4425/16 4469/16
member [1] 4517/19
members [6] 4487/2
4509/19 4511/2 4513/7
4517/4 4517/7
memory [4] 4436/20
4497/19 4511/1
4511/16
mention [2] 4467/2
4507/24
mentioned [12] 4404/2
4404/15 4419/15
4447/15 4463/23
4480/9 4482/4 4490/19
4494/3 4500/13 4502/1
4502/24
mentioning [3]
4458/17 4478/23
4489/17
mentor [1] 4488/18
Merit [1] 4401/12
merits [2] 4486/8
4491/17
message [3] 4447/17
4516/13 4517/1
messages [1] 4518/2
messy [1] 4442/5
metadata [1] 4415/22
method [1] 4431/3
metric [2] 4430/24
4433/8
metrics [25] 4431/15
4431/19 4433/15
4483/11 4483/13
4483/15 4483/18
4483/19 4483/21
4487/10 4492/18
4492/20 4495/5
4496/14 4496/16

meaning 4500/10
4500/11 4500/12
4501/24 4502/18
4504/21 4508/16
4511/9 4513/16
Metrics' [1] 4518/15
microphone [3] 4484/6
4484/7 4484/9
Microsoft [105]
4406/17 4406/18
4407/12 4408/4 4408/5
4408/6 4408/7 4408/16
4408/17 4408/25
4409/4 4409/6 4409/12
4410/7 4410/8 4410/15
4411/7 4411/9 4413/14
4413/17 4413/20
4414/6 4414/16
4414/20 4417/23
4418/12 4419/6
4423/24 4426/5
4426/21 4427/9 4429/1
4429/17 4429/24
4431/2 4435/19
4435/23 4436/2 4436/8
4437/22 4438/4
4438/12 4442/14
4443/9 4444/22
4446/10 4446/19
4446/22 4447/7
4447/18 4448/6
4448/24 4449/3
4449/23 4451/4 4451/7
4451/14 4452/3 4452/4
4452/8 4452/11
4452/13 4452/14
4452/15 4452/17
4452/24 4453/5 4453/6
4454/25 4455/22
4455/24 4456/1 4456/5
4456/10 4456/11
4457/5 4457/15
4457/15 4458/8
4458/14 4458/18
4460/8 4463/7 4465/13
4466/2 4468/21 4470/8
4470/12 4471/7 4471/8
4471/15 4471/15
4471/17 4471/18
4471/25 4472/17
4473/10 4475/3
4475/13 4475/23
4476/18 4479/7 4480/5
4480/10 4480/12
Microsoft's [11]
4408/5 4408/13
4408/20 4409/13
4424/5 4447/24
4449/13 4450/9
4455/24 4471/4 4480/1
microsoftadvertising.c
om [1] 4409/10
middleman [2] 4496/6
4507/25
might [9] 4424/9
4425/9 4428/14
4434/13 4461/16
4480/12 4480/13

4534

# M

might... [2] 4490/22 4491/1
migrate [1] 4468/14
migration [1] 4435/17
mind [2] 4436/5 4456/9
mine [2] 4403/24 4517/6
minutes [1] 4505/3
missed [2] 4403/19 4476/8
misspoke [1] 4461/12
mistake [2] 4403/23 4441/23
mobile [12] 4483/16 4492/25 4493/1 4495/16 4497/4 4497/5 4497/6 4497/6 4503/9 4504/4 4504/19 4507/14
model [2] 4457/22 4494/10
models [3] 4457/13 4457/13 4491/13
modify [1] 4431/18
moment [1] 4469/2
money [3] 4442/8 4442/9 4513/19
monitor [1] 4441/22
month [1] 4477/19
months [6] 4435/11 4445/11 4445/16 4466/8 4493/8 4499/11
more [45] 4411/10 4418/22 4419/13 4419/14 4419/23 4420/18 4420/24 4422/7 4423/4 4423/17 4430/6 4431/7 4446/19 4450/15 4453/9 4461/6 4464/7 4465/6 4465/10 4472/5 4479/3 4486/2 4488/2 4489/12 4489/12 4489/16 4491/18 4492/1 4494/3 4495/19 4495/22 4499/8 4500/8 4501/22 4503/6 4505/15 4505/16 4505/17 4506/1 4507/15 4508/7 4511/19 4513/4 4513/17 4513/19
morning [15] 4399/7 4403/4 4403/6 4403/12 4403/13 4404/14 4434/8 4434/9 4443/9 4462/7 4469/8 4472/10 4481/18 4482/2 4483/5
Morris [2] 4429/1 4429/13
most [7] 4439/5 4441/10 4448/9 4457/22 4463/4 4468/17 4517/2
mostly [4] 4430/3 4491/16 4492/20 4508/10
mother [1] 4491/8
mobile [12] 4418/24 4422/20 4423/2 4461/8 4461/14 4469/4 4481/6 4484/8 4509/24 4514/24 4519/10 4519/15
moved [5] 4421/24 4422/7 4422/15 4435/16 4514/25
moving [4] 4453/15 4454/16 4512/7 4512/9
Mr [2] 4421/17 4482/1
Mr. [58] 4403/21 4404/5 4404/14 4412/19 4415/21 4425/16 4429/13 4430/9 4430/23 4431/21 4432/4 4432/19 4434/4 4434/8 4438/13 4439/15 4439/18 4446/7 4447/14 4450/4 4451/20 4452/7 4458/4 4459/5 4459/7 4469/7 4469/19 4469/22 4470/1 4470/11 4470/23 4477/10 4477/11 4477/12 4477/17 4481/15 4481/16 4482/4 4482/17 4483/5 4484/2 4484/12 4489/2 4489/4 4489/6 4489/19 4489/25 4490/19 4501/8 4510/11 4510/21 4511/1 4511/15 4512/24 4513/23 4514/4 4514/10 4519/18
Mr. Arteaga [1] 4484/12
Mr. Cavanaugh [4] 4404/5 4412/19 4438/13 4477/12
Mr. Chang [8] 4482/17 4483/5 4484/2 4490/19 4501/8 4510/11 4512/24 4519/18
Mr. Eun [7] 4489/2 4489/6 4510/21 4511/4 4511/15 4513/23 4514/4
Mr. Eun's [2] 4489/4 4514/10
Mr. Fitzgibbon [5] 4431/21 4432/4 4432/19 4439/15 4439/18
Mr. Humphrey [2] 4470/11 4470/23
Mr. Kachachi [1] 4447/14
Mr. Krueger [10] 4404/14 4415/21 4430/9 4434/8 4459/5 4469/22 4477/10 4477/17 4481/15 4481/16
Mr. La Force [3] 4450/4 4451/20 4452/7
Mr. Leddy [1] 4430/23
Mr. Liao [1] 4489/25
Mr. Liao's [1] 4489/19
Mr. Maurer [5] 4403/21 4434/4 4469/7 4469/19 4477/11
Mr. Mehta [1] 4425/16
Mr. Morris [1] 4429/13
Mr. Schliesske [3] 4446/7 4458/4 4470/1
Mr. Schmidtlein [1] 4482/4
Ms [1] 4482/7
Ms. [3] 4422/13 4422/22 4481/20
Ms. Mader [1] 4422/13
Ms. Murdock-Park [1] 4481/20
Ms. Schaffer [1] 4422/22
much [7] 4423/23 4424/17 4444/5 4469/3 4473/5 4481/13 4481/16
multiple [12] 4405/19 4479/5 4480/21 4487/1 4487/21 4493/9 4493/11 4494/21 4503/8 4508/3 4515/13 4515/17
Murdock [5] 4400/6 4481/19 4481/20 4482/7 4483/6
Murdock-Park [3] 4400/6 4481/19 4483/6
Murdock-Park's [1] 4482/7
must [1] 4475/24
my [38] 4403/22 4407/13 4407/16 4413/7 4415/7 4416/3 4420/3 4421/16 4424/9 4424/25 4426/14 4427/14 4428/4 4429/9 4430/1 4430/17 4430/19 4433/5 4436/20 4437/16 4440/14 4443/13 4450/21 4460/14 4468/24 4478/25 4479/1 4483/5 4484/20 4484/23 4488/17 4491/15 4496/1 4507/23 4508/7 4511/1 4511/16 4513/15
myself [1] 4476/12
MYX [1] 4442/22

# N

name [10] 4415/23 4426/20 4442/13 4442/13 4442/21 4442/23 4460/12 4473/5 4483/5 4495/1
names [2] 4442/15

narrow [1] 4500/17
native [1] 4453/24
natively [1] 4410/3
nature [1] 4451/17
NC [1] 4419/18
near [1] 4473/15
need [6] 4460/2 4470/20 4471/1 4475/18 4494/15 4516/23
needed [2] 4494/16 4504/10
needs [1] 4421/11
negative [1] 4426/14 4453/17
negatively [1] 4452/4
negotiating [1] 4516/7
negotiation [1] 4517/8
negotiations [2] 4516/11 4517/16
never [4] 4438/11 4508/14 4518/6 4518/7
new [30] 4400/19 4429/7 4431/25 4435/16 4435/17 4435/20 4438/23 4445/2 4466/14 4468/4 4468/8 4468/12 4468/13 4468/15 4468/20 4468/22 4468/22 4468/25 4474/5 4474/19 4474/20 4474/25 4475/14 4475/25 4476/11 4488/7 4515/18 4515/18 4516/7 4516/11
newly [1] 4475/24
news [1] 4417/9
next [47] 4448/19 4449/7 4449/21 4459/12 4462/6 4462/22 4464/24 4468/2 4481/21 4481/23 4483/8 4483/21 4484/25 4485/1 4485/2 4485/3 4485/5 4485/5 4485/13 4485/16 4485/22 4486/3 4486/5 4486/16 4488/15 4488/17 4488/21 4488/25 4489/14 4489/20 4489/22 4490/20 4491/9 4491/15 4493/10 4493/16 4496/16 4496/21 4500/15 4500/16 4500/19 4502/4 4502/9 4502/17 4502/17 4507/23 4517/19
Nice [1] 4506/17
no [35] 4399/4 4416/12 4424/13 4425/11 4433/25 4434/2 4435/2 4435/6 4435/18 4435/24 4436/12

narrow... (right continuation)
4450/21 4451/6 4455/7 4455/9 4455/12 4455/23 4460/10 4461/10 4461/16 4463/9 4463/12 4464/4 4465/15 4466/3 4471/9 4481/8 4490/9 4490/14 4499/1 4510/2 4512/8
non [1] 4458/15
non-last [1] 4458/15
None [1] 4445/25
normal [1] 4433/22
not [126]
note [3] 4422/4 4422/14 4445/24
notebook [1] 4461/2
notes [2] 4418/7 4426/19
nothing [3] 4412/6 4433/23 4481/12
notice [1] 4460/12
November [5] 4447/2 4454/19 4455/2 4474/12 4477/21
November 26th [1] 4447/2
now [30] 4404/23 4405/22 4406/16 4406/18 4407/9 4407/23 4411/4 4422/20 4425/16 4436/6 4436/20 4443/10 4448/23 4453/23 4454/14 4454/18 4461/1 4462/9 4462/11 4463/13 4468/4 4468/8 4471/11 4474/5 4475/22 4479/10 4480/9 4502/10 4504/23 4519/18
nuance [1] 4414/9
number [8] 4404/2 4423/13 4427/1 4441/6 4458/25 4477/5 4499/9 4499/12
numbers [1] 4454/16
NW [3] 4400/3 4400/7 4401/14
NY [1] 4400/19

# O

oath [1] 4482/15
objection [12] 4403/15 4440/25 4445/24 4461/10 4461/13 4461/16 4481/8 4481/25 4482/6 4510/1 4510/2 4515/1
objective [1] 4420/7
obligations [1] 4434/17
observed [1] 4418/14
obvious [1] 4427/22
obviously [3] 4425/8 4445/25 4514/17
occurrences [1]

occurrences... [1] 4463/4

October [4] 4399/5 4462/18 4477/20 4520/7

off [9] 4410/6 4416/19 4434/10 4437/15 4447/12 4450/21 4468/24 4498/24 4499/3

off-device [2] 4498/24 4499/3

offer [1] 4466/17

offered [2] 4412/14 4480/7

offerings [1] 4466/15

offers [1] 4408/17

offhand [1] 4457/20

officer [1] 4488/25

official [3] 4401/13 4465/21 4488/12

offline [1] 4458/16

Oh [6] 4476/8 4478/4 4484/7 4512/1 4512/7 4516/19

okay [50] 4404/5 4404/20 4404/22 4405/9 4405/14 4406/4 4406/15 4406/17 4406/21 4406/25 4413/6 4416/5 4416/7 4417/16 4417/21 4418/9 4418/21 4421/12 4422/12 4424/16 4428/16 4430/2 4430/20 4430/22 4432/24 4433/25 4434/15 4436/22 4445/17 4447/5 4451/8 4461/17 4471/13 4473/19 4476/8 4478/4 4479/9 4479/24 4481/7 4481/9 4482/5 4482/10 4498/23 4507/6 4509/11 4510/3 4510/16 4512/14 4512/19 4516/19

onboarding [1] 4435/17

once [2] 4444/8 4496/1

one [73] 4403/18 4405/15 4407/10 4409/23 4410/9 4410/13 4416/13 4418/11 4420/13 4424/10 4425/21 4425/24 4427/25 4428/20 4430/6 4430/19 4441/10 4442/2 4444/10 4445/18 4446/6 4446/18 4447/2 4449/7 4454/14 4456/14 4456/24 4458/3 4459/22 4461/4 4464/25 4465/3

4470/3 4473/22 4474/7 4475/14 4475/25 4477/9 4477/19 4479/7 4479/9 4486/6 4487/2 4487/10 4487/11 4487/16 4488/17 4488/20 4490/19 4490/20 4490/25 4491/22 4491/24 4492/25 4494/24 4496/15 4500/9 4501/13 4503/2 4504/6 4504/6 4504/18 4506/13 4508/10 4509/23 4511/2 4512/4 4513/23 4515/14 4517/20

one-sentence [1] 4513/23

one-sided [1] 4508/10

ones [11] 4407/2 4437/2 4448/11 4448/11 4448/15 4448/17 4448/15 4448/17 4449/5 4449/24 4450/20 4451/14

ongoing [1] 4443/13

online [1] 4476/16

only [21] 4403/25 4407/25 4408/15 4413/13 4422/24 4431/5 4463/22 4473/16 4476/6 4476/9 4477/19 4478/21 4480/11 4480/12 4480/14 4485/14 4486/22 4500/18 4507/19 4513/18 4518/1

onset [1] 4492/22

open [6] 4410/21 4412/7 4413/9 4413/9 4470/16 4470/17

operated [3] 4433/12 4438/10 4513/16

operating [1] 4414/8

opportunity [4] 4467/7 4494/19 4514/8 4514/14

opposite [1] 4482/8

opt [2] 4417/13 4476/15

optimization [1] 4473/25

optimizing [1] 4420/14

option [1] 4431/16

optional [2] 4465/4 4465/5

options [2] 4429/19 4430/4

order [1] 4449/17

ordered [1] 4463/3

orders [3] 4419/14 4419/14 4423/5

organize [2] 4438/24 4439/3

originally [1] 4468/18

4405/17 4408/18 4411/16 4413/4 4413/8 4414/13 4418/7 4420/20 4424/10 4426/22 4428/14 4434/12 4435/5 4435/15 4435/21 4435/23 4437/23 4438/4 4441/13 4445/10 4448/15 4449/11 4449/16 4449/18 4449/24 4454/20 4460/20 4465/5 4465/11 4472/12 4472/12 4473/6 4474/20 4474/22 4475/13 4477/7 4478/23 4479/9 4510/2 4513/7 4518/3

our [86] 4405/2 4405/4 4405/22 4407/6 4408/4 4408/7 4408/10 4408/10 4408/11 4408/10 4408/11 4408/14 4408/14 4408/15 4408/24 4409/15 4409/18 4409/20 4409/19 4409/20 4409/25 4410/2 4410/5 4412/5 4413/17 4413/22 4414/7 4414/10 4414/24 4418/12 4421/4 4425/7 4425/9 4425/11 4425/13 4426/8 4427/21 4431/14 4431/25 4432/2 4433/8 4433/15 4435/16 4437/7 4438/19 4441/10 4441/17 4442/3 4443/16 4444/9 4447/11 4447/15 4447/17 4447/21 4454/5 4457/3 4457/12 4458/19 4465/22 4465/23 4466/16 4466/19 4466/22 4468/5 4468/13 4468/17 4469/8 4471/16 4472/6 4473/9 4474/18 4477/4 4479/17 4479/18 4480/15 4481/22 4491/17 4496/6 4496/9 4500/17 4501/23 4507/25 4510/1 4513/15 4514/17 4517/2 4519/15 4519/16

ours [2] 4479/13 4480/17

out [27] 4420/17 4422/8 4426/20 4433/10 4433/12 4439/19 4465/22 4467/10 4469/3 4479/21 4480/4 4500/4

4500/18 4500/19 4501/3 4503/21 4503/22 4504/25 4505/2 4505/10 4506/5 4509/15 4517/16 4517/21 4518/20

outage [1] 4444/17

outages [1] 4456/21

outlines [1] 4425/16

output [1] 4457/13

outside [1] 4409/5

outsource [1] 4496/3

over [21] 4404/16 4418/12 4418/14 4418/17 4419/1 4419/19 4421/10 4423/3 4433/21 4438/8 4438/10 4448/18 4452/25 4453/16 4462/22 4485/3 4488/3 4495/14 4499/10 4501/24 4502/18

overall [3] 4426/6 4429/22 4460/17

overlap [1] 4440/2

overly [1] 4422/6

oversees [1] 4443/12

own [15] 4406/18 4409/12 4413/7 4414/21 4444/19 4445/20 4449/15 4466/16 4466/19 4467/17 4486/9 4491/20 4497/12 4515/21 4517/24

owners [1] 4503/13

owns [1] 4407/23

**P**

P. [1] 4469/16

p.m [6] 4510/21 4512/4 4512/5 4512/23 4519/25 4519/25

Pacific [1] 4462/4

page [56] 4404/18 4417/4 4417/4 4417/5 4417/17 4422/20 4423/21 4425/15 4430/21 4431/2 4432/17 4438/16 4438/18 4438/21 4439/12 4446/25 4448/3 4448/4 4448/12 4448/18 4448/19 4448/20 4449/6 4449/7 4449/8 4449/21 4450/2 4450/3 4450/4 4458/7 4459/12 4462/21 4463/19 4463/9 4465/8 4465/9 4473/14 4475/7 4475/20 4476/21 4502/10 4503/23 4503/24 4504/23 4504/24 4506/17 4506/19 4507/7 4507/12 4507/20

4500/10 4500/19 4501/3 4503/21 4503/22 4504/25 4505/2 4505/10 4506/5 4509/15 4517/16 4517/21 4518/20

page 1 [1] 4514/3

page 2 [4] 4458/7 4503/23 4504/23 4513/22

page 3 [2] 4462/21 4504/24

page 311 [2] 4448/3 4450/3

page 312 [2] 4448/4 4449/6

page 4 [1] 4512/22

page 4891 [1] 4430/21

page 4893 [1] 4432/17

page 5 [1] 4506/17 4506/19 4507/7 4507/12 4510/20

page 675 [1] 4473/14

page 740 [1] 4463/19

page 748 [1] 4465/9

page 892 [1] 4439/12

page 904 [1] 4423/21

page 907 [1] 4417/4

pages [4] 4439/11 4462/23 4464/17 4506/9

pages 4 [1] 4506/9

pain [1] 4439/6

parent [2] 4490/22 4491/2

parity [3] 4426/6 4426/16 4465/10

park [5] 4400/6 4400/9 4481/19 4481/20 4483/6

Park's [1] 4482/7

part [20] 4409/8 4419/25 4420/6 4431/18 4432/15 4434/25 4448/15 4449/16 4449/20 4455/25 4460/5 4464/13 4470/7 4470/10 4476/8 4485/15 4486/10 4496/13 4510/23 4517/20

partial [2] 4451/6 4456/15

participate [1] 4438/2

participated [2] 4493/10 4493/11

particular [4] 4410/4 4416/13 4445/5 4458/7 4450/7 4459/12 4450/2 4450/3 4458/7 4459/12 4462/21 4463/19 4463/9 4465/8 4465/9 4473/14 4475/7 4475/20 4476/21

parties [3] 4501/21 4508/3 4517/3

partner [3] 4465/23 4480/19 4487/13

partners [3] 4437/8 4485/9 4494/10

partnership [2] 4425/22 4504/7

partnership's [2] 4496/4 4517/20

partnerships [3] 4486/1 4495/7 4517/8

**P**

parts [1]  4408/2
**Pass [1]**  4433/24
**passing [1]**  4414/20
path [1]  4415/23
4518/13
Patrick [2]  4481/21
4483/2
PATTERSON [1]
4400/17
pay [1]  4425/24
paying [2]  4480/20
4484/15
pbwt.com [1]  4400/20
peers [1]  4430/19
people [12]  4413/16
4439/4 4443/3 4446/19
4461/25 4475/12
4477/3 4502/11 4503/7
4508/17 4508/19
4508/25
per [7]  4419/13
4419/16 4419/21
4419/23 4420/21
4479/5 4503/5
percent [4]  4419/20
4423/4 4423/17
4450/23
percentage [3]  4423/9
4423/16 4457/17
perception [4]  4426/7
4426/15
perform [3]  4424/14
4431/23 4460/7
performance [13]
4417/10 4417/25
4419/6 4420/19
4421/18 4421/23
4422/25 4423/3
4423/11 4424/11
4425/25 4426/17
4452/20
performing [2]
4423/24 4487/4
perhaps [2]  4451/15
4451/16
period [6]  4419/20
4462/17 4467/25
4480/6 4486/22 4487/3
periods [2]  4418/17
4419/19
permitted [1]  4500/5
person [4]  4489/12
4489/13 4489/17
4507/16
personally [2]  4508/14
4518/7
perspective [11]
4405/5 4421/7 4423/10
4428/5 4437/7 4459/23
4503/19 4515/14
4515/15 4515/16
4515/17
Peter [4]  4503/25
4504/2 4504/6 4504/14
phase [1]  4493/2
phases [1]  4485/4
Philip [1]  4401/2
phone [1]  4497/6

phrases [1]  4483/24
piece [3]  4409/7
4449/22 4467/19
pieces [1]  4467/24
ping [2]  4518/1
4518/13
pipeline [1]  4466/12
place [4]  4406/16
4500/3 4506/17
4518/20
placed [1]  4482/15
Plaintiff [6]  4400/10
4403/10 4434/11
4436/6 4446/4 4483/2
PLAINTIFF's [2]
4402/5 4402/10
Plaintiffs [4]  4399/4
4400/2 4404/7 4416/17
plaintiffs' [8]  4439/14
4450/5 4459/11
4463/15 4481/10
4510/5 4515/3 4519/12
plan [2]  4430/23
4462/19
planning [4]  4462/6
4466/7 4467/19
4470/18
platform [31]  4408/10
4408/10 4408/11
4408/14 4408/24
4409/19 4409/20
4410/1 4410/3 4411/2
4412/2 4412/13 4414/6
4425/9 4426/8 4426/15
4427/21 4428/2
4435/17 4447/21
4453/8 4455/22
4455/24 4456/2
4456/19 4468/6
4468/22 4476/12
4479/14 4479/16
4480/5
platforms [2]  4411/16
4441/22
playing [1]  4507/25
please [17]  4403/4
4446/7 4458/4 4469/1
4469/17 4469/22
4469/25 4482/13
4492/13 4493/20
4495/10 4495/18
4499/8 4502/13
4510/15 4512/22
4519/19
pleased [1]  4421/14
plus [6]  4418/24
4420/24 4431/22
4432/8 4432/8 4468/14
point [32]  4408/3
4409/3 4413/15
4413/21 4414/23
4418/12 4420/11
4423/1 4424/8 4425/7
4428/7 4428/9 4428/13
4429/21 4429/25
4431/24 4454/23
4458/12 4465/9 4475/5
4475/20 4476/5

4496/17 4496/20
4496/20 4498/5 4498/5
4498/6 4514/3 4515/25
pointed [2]  4439/14
4464/8
pointing [1]  4439/18
points [2]  4436/24
4475/5 4475/18
4493/15
portal [3]  4409/5
4409/6 4413/9
portfolio [1]  4411/19
4452/5 4452/20
4453/14 4454/7 4487/4
4487/5 4492/7 4496/7
4496/9 4507/25
portfolios [2]  4405/7
4453/1
portion [4]  4454/8
4471/16 4471/20
4472/3
portions [1]  4505/19
position [4]  4434/20
4434/23 4435/1 4435/7
possible [2]  4408/25
4514/7
Possibly [1]  4427/18
post [3]  4418/11
4418/16 4422/23
potential [7]  4492/21
4494/18 4509/20
4509/22 4514/8 4518/3
4518/9
potentially [6]  4479/6
4486/13 4494/12
4506/8 4513/11 4519/6
POV [1]  4459/24
practice [1]  4436/23
practices [1]  4409/14
pre [3]  4418/11
4418/16 4422/23
pre/post [3]  4418/11
4418/16 4422/23
precede [1]  4487/14
precursor [1]  4459/24
preliminaries [1]
4483/21
preload [1]  4518/16
preloaded [3]  4497/7
4497/10 4500/6
president [3]  4488/24
4489/21 4502/8
presiding [2]  4403/3
4469/16
pressing [1]  4432/14
presumably [5]
4405/17 4418/13
4419/19 4449/14
4480/13
presume [2]  4406/1
4419/18
pretty [2]  4438/7
4442/5
Prettyman [1]  4401/13
prevent [1]  4482/7
prevents [1]  4412/6
previous [1]  4439/4

PREVIOUSLY [1]
4404/8
primarily [3]  4447/16
4485/23 4487/17
primary [1]  4437/24
printed [1]  4453/25
prior [6]  4428/3
4447/15 4450/2 4468/7
4475/25 4476/3
priorities [6]  4445/21
4486/12 4490/21
4491/7 4498/6 4498/14
prioritization [2]
4447/12 4462/16
prioritized [1]  4429/15
prioritizes [1]  4447/16
priority [4]  4418/23
4448/6 4463/3 4465/4
probably [3]  4403/22
4448/13 4450/23
problem [4]  4403/20
4445/12 4445/14
4456/22
proceedings [3]
4399/9 4401/16 4520/4
process [9]  4410/2
4428/15 4437/9
4447/12 4477/6 4493/3
4493/20 4494/1
4497/16
processes [1]  4467/18
produce [2]  4424/6
4467/2
produced [4]  4401/16
4421/15 4453/24
4454/5
product [77]  4407/23
4427/22 4429/19
4430/3 4434/21 4435/3
4435/8 4435/9 4435/9
4436/3 4437/1 4437/3
4437/11 4437/11
4437/17 4440/5 4440/6
4441/8 4441/11
4441/17 4441/19
4443/12 4443/17
4443/24 4444/8
4444/18 4445/1
4450/14 4459/23
4459/24 4460/16
4460/23 4460/24
4462/2 4462/6 4462/16
4462/19 4466/6
4466/20 4467/1 4467/3
4467/8 4467/10
4467/14 4468/12
4468/13 4468/15
4472/6 4474/15
4474/19 4479/15
4479/18 4495/8
4495/13 4495/16
4497/9 4497/13
4499/14 4503/6
4503/12 4503/18
4503/18 4507/1 4507/2
4507/4 4507/5 4507/8
4507/10 4507/10

4511/11 4513/11
4514/21 4515/5
4515/14 4518/15
products [9]  4440/1
4466/14 4494/17
4494/18 4498/13
4505/18 4508/2
4508/13 4518/17
project [12]  4442/11
4442/13 4442/19
4442/21 4442/22
4442/23 4442/23
4444/18 4446/15
4467/24 4468/2 4468/4
Project BYX [1]
4444/18
Project MYX [1]
4442/22
prongs [1]  4486/6
proofing [4]  4505/5
4505/10 4505/15
4505/21
proposed [1]  4429/17
proposing [1]  4437/14
proposition [1]
4418/25
propositions [1]
4410/13
props [1]  4425/24
Protection [1]  4400/12
provide [4]  4418/22
4421/22 4422/1 4452/3
provided [1]  4451/4
provides [1]  4421/21
Prudential [1]  4401/7
PSX00537 [1]  4453/24
PSX00572 [1]  4474/6
PSX1194 [2]  4430/14
4438/14
PSX433 [2]  4469/6
4469/23
PSX435 [1]  4472/23
PSX457 [2]  4462/8
4463/14
PSX462 [1]  4458/23
PSX537 [1]  4454/2
PSX586A [1]  4415/20
PSX668 [2]  4446/3
4455/16
PSX765 [1]  4457/25
PSX952 [11]  4501/2
4501/12 4501/15
4501/19 4502/2
4502/10 4506/23
4507/7 4509/25 4510/5
4510/8
public [2]  4450/10
4465/21
public-facing [1]
4465/21
publisher [1]  4410/22
pull [2]  4511/23
4512/22
pulled [1]  4463/2
push [1]  4432/8
pushes [1]  4420/24
put [25]  4431/5 4437/5

4537

## P

put... [23] 4439/2
4439/23 4443/4 4445/6
4446/6 4454/3 4454/14
4458/3 4459/21
4463/20 4465/16
4465/22 4469/25
4472/8 4472/15 4473/4
4474/4 4481/25
4494/15 4510/8
4514/23 4518/20
4519/9
puts [1] 4426/8
PX1194 [1] 4433/17

## Q

Q4 [1] 4445/21
quality [3] 4444/8
4506/20 4506/24
quarter [1] 4466/7
queries [1] 4431/7
question [18] 4412/17
4415/7 4424/25 4425/1
4431/17 4431/20
4442/16 4443/22
4444/24 4455/14
4457/19 4465/3
4465/17 4478/25
4479/9 4480/24
4490/11 4490/23
questions [8] 4411/11
4436/7 4436/9 4443/8
4464/25 4472/9
4477/17 4483/7
quick [2] 4429/2
4432/11
quickly [4] 4427/22
4432/14 4445/19
4510/14
quite [5] 4431/25
4445/9 4457/20
4472/13 4497/16
quote [1] 4426/4

## R

raise [1] 4482/13
raised [3] 4464/11
4464/17 4509/7
Ralph [1] 4400/13
range [1] 4477/20
ranged [1] 4503/13
ranging [1] 4492/12
rather [2] 4434/12
4513/20
raw [1] 4454/16
Raymond [5] 4489/9
4489/10 4489/11
4489/12 4502/9
re [1] 4432/20
re-emphasize [1]
4432/20
reached [1] 4426/20
reacting [1] 4518/8
reaction [1] 4427/17
read [8] 4418/7
4422/10 4429/2
4432/11 4473/16
4475/9 4476/6 4476/9

4476/9
reading [2] 4418/10
4419/11
real [4] 4407/6 4429/2
4432/11 4494/5
really [8] 4485/6
4486/6 4488/15
4492/11 4505/13
4505/15 4510/14
4511/19
Realtime [1] 4401/12
reason [8] 4423/25
4424/4 4424/8 4424/13
4424/18 4425/3 4443/1
4501/20
reasons [6] 4413/24
4487/1 4498/1 4498/3
4498/6 4498/8
rebuild [1] 4468/13
rebuilding [1] 4468/6
recall [19] 4416/8
4417/14 4417/15
4430/10 4436/8
4437/21 4446/11
4448/7 4450/20
4468/23 4472/13
4473/8 4475/4 4489/19
4499/3 4501/16 4502/4
4507/21 4508/12
receive [3] 4472/16
4490/7 4490/12
received [8] 4416/17
4436/11 4461/18
4472/12 4481/10
4510/5 4515/3 4519/12
recent [3] 4409/23
4417/10 4418/24
recently [1] 4429/6
recess [4] 4469/13
4469/14 4519/24
4519/25
recognize [2] 4461/21
4474/9
recollecting [1]
4418/10
recollection [4]
4416/10 4440/14
4475/6 4480/25
recommend [4]
4483/10 4491/11
4492/17 4493/4
recommendation [2]
4483/17 4493/14
recommended [1]
4495/18
recommending [2]
4492/2 4493/21
record [4] 4453/23
4455/13 4481/25
4520/3
recorded [1] 4401/16
RECROSS [1] 4402/4
recruit [2] 4444/1
4445/20
red [1] 4431/5
redacted [6] 4418/5
4423/15 4426/20

REDIRECT [2] 4402/4
4477/15
rediscussed [1]
4438/3
reference [1] 4447/10
referenced [1] 4517/13
referred [3] 4434/11
4451/22 4513/1
4505/15 4510/14
referring [7] 4434/10
4503/3 4504/21 4507/4
4511/22 4512/16
4512/17
refers [2] 4431/1
4507/7
reflected [1] 4423/16
reflects [2] 4454/11
4463/7
refresh [2] 4416/10
4497/19
refreshed [2] 4436/20
4480/25
refreshes [1] 4475/6
regarding [4] 4416/23
4429/8 4435/14
4436/24
regardless [1] 4496/1
region [1] 4462/5
regions [2] 4417/10
4462/4
regions/customers [1]
4417/10
Registered [1] 4401/12
regular [2] 4447/9
4489/13
reimburse [1] 4442/9
relate [2] 4443/21
4476/14
related [10] 4431/19
4433/21 4438/22
4439/10 4443/23
4448/11 4466/15
4479/9 4490/16
4513/18
relates [1] 4453/18
relating [1] 4431/11
relation [2] 4460/13
4468/10
relationship [8]
4439/24 4449/10
4457/9 4487/7 4488/16
4501/24 4508/3 4511/7
relationships [5]
4487/5 4508/18
4508/20 4508/23
4509/15
relatively [1] 4426/5
relayed [1] 4513/10
released [1] 4496/25
relevant [1] 4437/16
remain [1] 4470/17
remainder [2] 4422/15
4505/6
remember [15]
4416/12 4416/13
4429/4 4434/17 4448/5
4464/16 4468/24
4472/10 4497/17

4504/17 4508/25
4513/9
remit [1] 4407/16
repeat [3] 4412/16
4425/1 4490/23
reply [1] 4430/5
report [1] 4476/10
reported [2] 4417/11
4475/21
Reporter [4] 4401/11
4401/12 4401/12
4401/13
reporting [4] 4428/1
4434/22 4460/21
4490/2
represent [2] 4415/21
4483/6
representative [1]
4417/18
represented [1]
4483/22
represents [1] 4483/24
request [6] 4442/3
4442/4 4442/6 4459/19
4462/13 4510/18
requested [2] 4454/10
4463/3
requesting [1] 4464/3
Requests [1] 4465/9
require [2] 4414/4
4414/5
required [2] 4449/18
4457/10
requirement [2]
4458/21 4467/4
requirements [3]
4459/25 4467/3 4467/9
resource [2] 4468/3
4468/16
resources [9] 4429/25
4437/3 4445/13 4456/6
4460/7 4465/24
4467/20 4467/24
4468/6
respect [7] 4435/13
4435/21 4436/23
4437/21 4495/17
4498/16 4510/2
respond [1] 4429/12
response [7] 4422/21
4428/25 4429/11
4443/8 4513/13
4513/15 4513/16
responsibilities [3]
4435/14 4435/20
4489/7
responsibility [1]
4507/23
responsible [10]
4437/4 4503/14
4508/17 4508/18
4508/19 4509/1
4509/14 4509/16
4510/24 4511/2
responsive [3] 4449/1
4449/2 4475/15
result [3] 4422/14

resulted [1] 4506/19
results [8] 4417/12
4419/1 4420/11 4424/6
4454/11 4473/12
4506/21 4506/24
resume [3] 4469/10
4469/10 4519/17
RESUMED [1] 4404/8
retail [1] 4445/21
retailer [3] 4431/4
4457/1 4480/18
returning [1] 4449/5
4454/9
rev [4] 4456/25
4511/12 4511/13
4515/21
rev share [2] 4511/12
4515/21
reveal [1] 4505/7
revenue [12] 4419/14
4457/1 4457/2 4474/1
4499/17 4499/20
4513/2 4513/10
4513/11 4513/14
4513/18 4513/21
revenues [1] 4511/21
review [4] 4450/8
4460/3 4467/18
4510/14
reviewed [1] 4416/11
revisiting [1] 4470/17
rewrite [1] 4468/11
rewritten [1] 4475/1
right [122] 4404/19
4404/25 4405/12
4405/16 4405/20
4405/21 4405/24
4406/7 4406/8 4406/9
4406/14 4406/17
4406/20 4406/24
4407/19 4407/23
4408/23 4410/16
4410/17 4410/21
4410/23 4410/24
4411/2 4411/3 4411/5
4411/9 4413/1 4413/2
4413/18 4415/10
4416/9 4416/16 4417/1
4417/2 4417/8 4418/3
4419/11 4421/19
4422/3 4422/19
4423/12 4425/19
4426/25 4428/24
4429/10 4430/6
4430/12 4432/2 4432/6
4432/16 4432/22
4435/12 4439/23
4440/9 4440/12
4440/16 4442/10
4443/11 4443/20
4444/20 4446/23
4447/3 4447/4 4448/8
4448/21 4450/22
4450/24 4451/13
4452/1 4452/17
4452/20 4453/16

right... [48] 4454/13
4454/17 4458/23
4459/9 4459/10
4462/11 4462/14
4463/25 4464/9
4464/22 4467/20
4468/7 4468/9 4470/8
4470/9 4470/13
4470/14 4471/6
4471/11 4471/12
4473/2 4474/23
4474/24 4475/2 4475/7
4475/10 4475/11
4476/1 4476/7 4477/11
4477/19 4477/24
4478/5 4478/8 4480/3
4480/22 4481/4
4481/14 4482/14
4482/17 4486/8 4493/6
4503/1 4506/14 4510/4
4511/14 4512/15
4518/24
right-hand [1] 4464/9
rigorous [1] 4493/25
rise [4] 4403/2 4469/12
4469/15 4519/23
rising [1] 4493/1
risk [4] 4426/8 4444/10
4445/10 4445/23
risks [1] 4467/9
RMR [2] 4520/2 4520/8
roadmap [12] 4437/6
4460/5 4462/12
4465/19 4465/20
4465/21 4466/1 4466/5
4466/7 4466/9 4466/25
4467/1
roadmaps [2] 4462/3
4465/18
ROAS [4] 4415/4
4456/25 4457/1 4471/2
ROAS-based [2]
4456/25 4471/2
role [11] 4435/16
4446/18 4460/15
4476/25 4489/5
4495/17 4495/23
4496/1 4496/13
4507/25 4508/7
roles [1] 4496/15
room [3] 4443/3
4460/11 4500/11
ROPES [1] 4401/7
ropesgray.com [1]
4401/10
roughly [2] 4493/6
4501/16
round [1] 4462/1
row [3] 4463/22 4464/8
4477/2
row 8 [1] 4463/22
rows [1] 4448/5
RSA [1] 4465/10
rubric [1] 4412/15
rule [1] 4466/18
rules [1] 4466/18
run [2] 4407/10 4410/7

running [5] 4413/6
4418/18 4418/19
4453/11 4468/2
4470/12
RYAN [3] 4404/7
4422/22 4430/18

S
S Finder [18] 4497/9
4497/11 4497/12
4499/15 4502/20
4503/10 4503/10
4503/12 4503/13
4503/14 4503/16
4503/17 4503/20
4506/23 4515/20
4515/24 4516/4
4517/12
S10 [16] 4496/25
4497/2 4497/3 4497/7
4497/14 4497/17
4497/20 4498/17
4498/18 4498/21
4499/2 4499/23
4506/22 4511/11
4515/7 4515/24
SA360 [105] 4404/15
4404/22 4404/23
4405/1 4405/11
4405/15 4405/22
4406/11 4406/12
4407/10 4408/20
4409/5 4410/13
4410/20 4411/1
4411/13 4411/14
4411/17 4411/24
4412/1 4412/11
4412/13 4412/14
4413/11 4414/1 4414/1
4414/17 4414/25
4415/8 4418/5 4418/19
4418/24 4420/4
4420/19 4421/24
4422/6 4422/16
4424/20 4425/5
4425/22 4425/25
4426/15 4427/3 4435/1
4435/5 4435/15
4435/22 4436/1
4436/25 4437/24
4439/25 4440/11
4440/15 4440/21
4440/22 4441/13
4441/25 4442/9
4442/12 4442/19
4443/10 4447/6
4447/15 4448/23
4449/2 4450/8 4451/25
4452/1 4452/8 4452/14
4455/22 4455/25
4456/2 4456/10 4457/4
4457/17 4460/6
4460/19 4464/1
4464/25 4466/4
4466/23 4468/3 4468/8
4468/20 4470/11
4471/5 4471/7 4471/8
4471/24 4475/1

4476/6 4478/20 4479/3
4479/4 4479/11
4479/15 4479/21
4479/22 4479/25
4480/1 4480/9 4480/20
SA360's [3] 4411/24
4425/23 4426/7
Safe [1] 4481/17
said [13] 4411/12
4413/8 4422/21
4439/15 4455/15
4470/17 4472/11
4493/3 4497/5 4509/3
4509/19 4509/19
4512/23
sales [7] 4425/8
4428/13 4433/15
4460/23 4461/24
4474/19 4476/25
sales/G [1] 4476/25
Sallet [1] 4400/11
Sally [1] 4503/19
same [24] 4404/18
4408/9 4409/17 4410/4
4411/15 4413/14
4418/13 4419/20
4423/5 4423/25
4434/10 4453/7
4457/15 4460/18
4460/20 4462/13
4464/8 4465/3 4472/13
4482/7 4489/15
4490/11 4496/10
4512/11
Samsung [118]
4481/23 4483/8
4483/10 4483/11
4483/17 4483/19
4483/20 4484/16
4484/25 4485/1 4485/2
4485/3 4485/5 4485/5
4485/6 4485/8 4485/13
4485/16 4485/22
4486/1 4486/3 4486/5
4486/11 4486/15
4486/16 4486/18
4486/22 4487/8
4488/10 4488/11
4488/15 4488/17
4488/21 4488/25
4489/1 4489/14
4489/20 4489/21
4490/7 4490/8 4490/10
4490/10 4490/14
4490/19 4491/9
4491/12 4491/15
4492/9 4492/17
4492/20 4493/5 4493/9
4493/10 4493/12
4493/16 4493/18
4493/21 4493/25
4494/14 4494/17
4495/23 4496/7
4496/11 4496/16
4496/18 4496/21
4496/22 4497/14 4498/7

4499/17 4499/19
4499/22 4499/25
4500/5 4500/6 4500/9
4500/12 4500/15
4500/16 4500/19
4501/4 4501/25 4502/4
4502/9 4502/17 4504/9
4504/19 4505/17
4506/3 4506/10
4506/22 4507/13
4507/23 4508/2 4508/2
4508/5 4508/9 4508/18
4508/20 4508/22
4508/23 4509/15
4509/19 4510/24
4515/6 4515/17 4516/7
4516/10 4517/19
4517/24 4518/12
4518/16 4518/17
4519/5
Samsung S10 [1]
4506/22
Samsung's [8]
4486/14 4487/6
4491/21 4496/3
4497/12 4498/10
4513/8 4515/9
Samsung-Google [2]
4500/5 4518/17
sat [3] 4509/13
4514/13 4514/20
satisfied [3] 4472/18
4506/20 4506/24
saw [3] 4423/5
4423/10 4452/24
say [38] 4409/4
4409/10 4410/10
4411/24 4413/25
4418/15 4418/22
4420/2 4420/6 4420/8
4420/13 4422/4 4423/1
4423/23 4424/17
4424/18 4424/18
4425/3 4425/3 4427/24
4432/25 4442/6
4447/20 4450/23
4451/2 4451/9 4453/10
4455/3 4470/19 4471/3
4471/22 4484/12
4492/3 4492/8 4492/13
4496/19 4498/8
4504/20
saying [6] 4416/2
4428/14 4439/20
4453/4 4473/23
4505/14
says [16] 4417/9
4421/1 4421/9 4422/22
4431/21 4432/4
4438/22 4447/14
4451/25 4452/3
4458/14 4464/17
4465/10 4476/5 4478/9
4504/14
SCA [1] 4508/21
scale [1] 4454/15
scaled [2] 4424/15

scenarios [1] 4429/13
Schaffer [2] 4417/18
4422/22
Schliesske [3] 4446/7
4458/4 4470/1
Schmidtlein [3] 4401/2
4403/11 4482/4
School [1] 4484/24
scope [6] 4407/15
4491/4 4515/7 4515/10
4515/12 4518/19
screen [8] 4446/7
4454/3 4458/3 4469/25
4473/4 4501/9 4511/23
4512/23
scrutiny [1] 4426/1
se [1] 4503/5
Seamas [1] 4430/16
Seamas' [1] 4431/19
search [38] 4405/12
4405/19 4413/4
4419/20 4431/6
4438/19 4446/15
4448/21 4449/1 4449/2
4468/5 4474/15
4474/20 4475/15
4475/22 4476/5
4480/22 4495/16
4497/12 4498/24
4499/3 4511/11
4511/12 4511/21
4513/10 4513/12
4513/17 4513/20
4514/7 4514/9 4514/16
4514/19 4514/22
4517/17 4517/24
4517/25 4518/3
4518/16
Search Ads 360 [1]
4468/5
searched.' [1] 4514/7
searches [1] 4518/14
season [1] 4445/21
seasonality [1]
4422/24
seat [1] 4482/1
seated [2] 4403/5
4469/18
second [20] 4409/8
4417/5 4438/17
4448/19 4451/23
4451/25 4456/20
4457/8 4459/14
4462/12 4465/3 4465/4
4466/14 4469/1
4475/17 4475/20
4476/20 4477/9
4486/10 4504/14
secondly [1] 4494/6
section [3] 4400/12
4458/11 4464/20
secure [2] 4437/2
4445/12
secured [2] 4429/25
4465/24
see [50] 4415/23
4418/2 4420/15 4422/8

**see... [46]** 4422/17
4423/13 4424/10
4426/11 4426/18
4427/7 4427/13 4428/6
4428/14 4433/17
4438/25 4439/16
4439/17 4444/6
4446/25 4449/7
4450/10 4450/11
4451/8 4453/17
4453/25 4454/8
4454/16 4458/9
4459/17 4462/23
4462/24 4469/11
4470/21 4471/1 4475/5
4476/22 4477/23
4486/11 4494/16
4496/8 4502/11
4502/12 4506/15
4510/11 4511/18
4512/14 4513/19
4513/24 4513/25
4519/22
**seed [2]** 4487/15
4487/22
**seeing [7]** 4417/12
4417/25 4421/18
4423/7 4423/17 4427/5
4428/1
**seeking [1]** 4480/2
**seems [1]** 4477/24
**seen [7]** 4427/17
4428/4 4428/9 4464/7
4486/13 4492/25
4513/17
**select [2]** 4411/14
4499/11
**sellers [3]** 4425/10
4425/13 4431/14
**SEM [3]** 4405/16
4426/7 4426/15
**send [3]** 4449/22
4514/1 4514/2
**sending [1]** 4475/20
**senior [4]** 4437/16
4446/19 4504/7 4511/8
**sense [3]** 4436/21
4496/11 4508/8
**sensing [1]** 4496/4
**sensitive [2]** 4516/24
4516/25
**sent [3]** 4422/13
4512/4 4517/1
**sentence [4]** 4470/19
4470/24 4513/23
4518/22
**sentences [2]** 4432/14
4473/16
**separate [9]** 4411/5
4414/22 4440/1 4440/6
4440/8 4442/15
4460/21 4460/22
4507/16
**separately [1]** 4414/6
**September [4]** 4430/15
4434/19 4435/25
4504/24

4430/15
**series [3]** 4416/23
4436/7 4462/9
**serve [1]** 4485/25
**server [2]** 4518/1
4518/14
**server-type [1]**
4518/14
**service [3]** 4480/7
4506/21 4514/5
**serviceability [1]**
4441/9
**services [4]** 4461/24
4474/19 4515/19
4518/4
**serving [1]** 4496/7
**Session [1]** 4399/7
**set [12]** 4405/5
4409/13 4411/21
4411/22 4414/11
4418/13 4443/15
4466/18 4474/23
4478/13 4479/23
4480/16
**sets [1]** 4405/4
**settings [2]** 4468/14
4518/2
**seven [1]** 4449/6
**several [4]** 4440/23
4462/22 4468/25
4506/9
**severing [1]** 4425/22
**share [8]** 4420/12
4426/5 4465/23
4499/17 4499/21
4502/1 4511/12
4515/21
**shared [7]** 4452/20
4456/7 4456/12
4456/24 4502/3 4502/5
4502/7
**shares [2]** 4460/12
4465/24
**sharing [2]** 4449/20
4455/23
**she [4]** 4417/18
4417/22 4446/18
4474/15
**Shin [3]** 4503/25
4504/2 4504/4
**ship [1]** 4491/8
**Shirin [1]** 4417/7
**Shirley [2]** 4446/14
4446/17
**shoes [1]** 4431/5
**shooters [1]** 4459/22
**shopping [2]** 4426/8
4476/15
**short [1]** 4504/13
**shortly [1]** 4469/11
**should [5]** 4433/8
4433/10 4454/15
4479/13 4492/20
**shouldn't [1]** 4473/24
**show [8]** 4424/15
4425/24 4453/14
4467/13 4497/18

showed [1] 4453/5
showing [3] 4419/11
4419/18 4452/3
shows [3] 4453/15
4467/7 4467/16
side [13] 4414/25
4420/6 4424/9 4430/3
4439/23 4448/14
4451/7 4454/14
4460/23 4465/16
4472/8 4474/4 4478/8
sided [1] 4508/10
sides [1] 4455/5
sign [2] 4437/15
4444/11
significant [1] 4487/3
significantly [1]
4491/14
signs [1] 4427/13
Silicon [2] 4485/7
4488/1
similar [3] 4405/18
4422/24 4423/7
similar/consistent [1]
4422/24
simple [1] 4464/24
simply [1] 4414/4
simultaneously [1]
4449/19
since [5] 4439/4
4441/15 4476/25
4509/14 4516/24
sir [2] 4430/6 4519/21
sit [2] 4496/6 4507/24
sitting [1] 4420/8
situation [1] 4425/12
six [3] 4407/5 4407/7
4466/8
size [1] 4445/6
Slack [1] 4516/13
slide [1] 4464/24
slightly [2] 4427/24
4452/24
slow [1] 4445/23
slower [1] 4427/24
small [3] 4409/3
4445/9 4461/5
smaller [1] 4444/3
smiley [1] 4439/2
Smily [1] 4438/24
so [194]
So I think [3] 4410/9
4418/14 4420/7
4420/25 4441/10
4460/3 4468/19
4514/25
so this is [3] 4428/5
4428/15 4446/21
so this means [1]
4418/11
So this reflects [1]
4454/11
software [3] 4409/7
4491/18 4491/19
sole [1] 4437/24

4411/10 4414/9
4416/23 4417/9
4421/21 4421/22
4427/5 4432/15
4434/10 4437/12
4440/13 4441/2 4442/1
4443/8 4444/21 4445/8
4450/14 4450/15
4450/18 4451/14
4451/22 4453/19
4454/20 4454/23
4455/19 4456/8 4456/9
4460/25 4467/23
4467/24 4468/2
4470/21 4471/20
4472/9 4475/3 4480/11
4480/11 4480/12
4480/13 4485/8 4487/3
4487/8 4491/5 4491/6
4492/6 4492/10
4494/13 4495/9 4498/3
4498/5 4498/5 4498/6
4498/13 4498/13
4500/11 4502/1 4502/5
4506/14 4506/16
4507/17
**somebody [1]** 4439/3
**someone [3]** 4410/5
4424/12 4480/20
**something [20]** 4412/5
4413/23 4422/21
4431/17 4438/9 4438/9
4439/21 4441/22
4445/15 4446/4 4451/5
4451/6 4451/15
4451/16 4475/24
4488/7 4492/4 4494/16
4497/18 4519/3
**sometime [1]** 4468/18
**sometimes [5]** 4420/23
4427/10 4427/11
4444/3 4459/22
**somewhat [1]** 4438/22
**somewhere [1]**
4501/17
**soon [1]** 4422/13
**sophisticated [1]**
4457/22
**sorry [31]** 4406/10
4412/16 4419/9
4424/24 4425/1
4432/11 4436/13
4444/14 4444/23
4451/2 4453/4 4455/10
4458/25 4464/15
4478/2 4478/4 4478/15
4479/13 4484/1 4484/3
4489/24 4490/15
4490/23 4492/15
4500/14 4502/17
4509/6 4509/18 4512/6
4516/2 4516/17
**sort [5]** 4420/21
4467/25 4468/10
4475/10 4492/10
**sounds [5]** 4411/23
4416/9 4420/10 4450/6

source [1] 4408/6
sources [1] 4458/16
sourcing [1] 4486/6
SOW [1] 4452/4
space [2] 4429/15
4513/16
spanning [1] 4462/22
speak [5] 4475/8
4484/3 4484/5 4484/7
4484/10
speaking [4] 4480/23
4502/22 4502/24
4505/12
specialist [1] 4489/16
specific [7] 4431/14
4454/8 4456/4 4463/23
4467/9 4490/5 4505/14
specifically [9] 4420/1
4433/13 4453/9
4464/16 4466/9 4479/4
4504/25 4505/10
4505/13
specifics [3] 4429/4
4489/6 4499/21
specify [1] 4509/6
spend [18] 4419/22
4426/5 4444/14
4452/13 4452/17
4452/19 4452/24
4453/14 4453/15
4453/18 4454/7 4454/9
4477/25 4478/9 4478/9
4478/10 4478/21
4479/2
spending [1] 4453/5
spent [2] 4442/8
4460/6
square [1] 4448/6
stacking [1] 4404/16
Staff [1] 4516/16
stage [6] 4443/16
4445/1 4486/7 4487/14
4487/22 4494/7
stakeholder [1]
4437/16
stakeholders [1]
4498/11
stand [3] 4404/8
4475/8 4482/13
standalone [3] 4409/6
4412/12 4412/13
standards [1] 4444/9
standing [4] 4481/25
4482/5 4510/1 4515/1
standpoint [1] 4423/17
stands [2] 4469/13
4519/23
start [13] 4404/21
4417/3 4428/14
4428/15 4434/16
4444/1 4444/6 4446/13
4448/20 4464/19
4465/25 4467/24
4487/18
started [12] 4417/23
4427/5 4427/7 4427/12
4427/13 4427/15

4540

**started... [6]** 4427/20
4428/1 4438/19
4453/13 4468/18
4495/15
**starting [4]** 4428/6
4448/2 4462/22 4468/1
**starts [1]** 4503/24
**startups [2]** 4486/12
4487/18
**state [3]** 4400/11
4429/12 4429/13
**statement [1]** 4433/6
**statements [1]**
4432/15
**states [21]** 4399/11
4399/3 4399/10 4403/7
4403/10 4417/22
4421/22 4425/20
4426/4 4432/7 4432/19
4434/11 4436/16
4446/5 4481/19 4483/6
4496/23 4497/15
4497/21 4498/18
4499/24
**States' [2]** 4436/6
4481/2
**stating [1]** 4519/2
**status [1]** 4487/22
**stayed [1]** 4427/11
**Staying [1]** 4423/21
**stenography [1]**
4401/16
**step [4]** 4414/5 4414/6
4425/22 4444/1
**steps [1]** 4466/23
**sticker [1]** 4453/25
**still [7]** 4414/20 4436/5
4438/13 4444/4
4488/16 4488/18
4509/7
**strategic [1]** 4491/6
**strategies [17]**
4404/23 4405/3 4405/7
4405/10 4405/11
4406/5 4406/19
4407/10 4408/12
4411/14 4411/25
4412/1 4412/14
4412/25 4471/2 4479/4
4503/8
**strategy [32]** 4406/12
4411/15 4411/16
4411/19 4413/4 4414/2
4414/3 4414/17 4415/1
4415/6 4415/8 4417/24
4419/16 4419/23
4423/4 4425/23 4427/3
4449/14 4449/16
4449/24 4452/11
4453/10 4478/11
4478/22 4479/8
4502/19 4502/21
4502/22 4503/2 4503/4
4503/6 4503/20
**Street [3]** 4400/3
4400/7 4401/8
**strength [1]** 4417/10

**stress [1]** 4444/2
**strong [2]** 4417/12
4418/25
**stronger [2]** 4425/25
4426/17
**structure [1]** 4490/3
**structured [1]** 4491/5
**studied [1]** 4484/21
**stuff [1]** 4492/6
**subject [7]** 4445/25
4461/15 4474/17
4474/22 4510/1
4510/17 4514/25
**subjective [1]** 4514/13
**subplanning [1]**
4466/8
**succeed [1]** 4496/9
**success [2]** 4427/10
4508/1
**successful [4]** 4423/2
4485/24 4486/8
4491/20
**such [2]** 4429/16
4518/2
**suit [1]** 4426/23
**suite [4]** 4400/14
4400/19 4456/5
4475/13
**summarize [2]** 4473/18
4473/19
**summary [3]** 4475/10
4501/22 4501/22
**supervisor [2]** 4489/25
4490/4
**supplement [1]** 4414/2
**support [24]** 4409/18
4409/24 4410/16
4410/18 4411/20
4412/4 4412/4 4413/13
4413/14 4413/21
4430/23 4431/2 4440/8
4440/11 4440/21
4449/2 4451/16 4456/5
4456/11 4458/15
4470/21 4475/21
4476/17 4476/19
**supported [3]** 4410/1
4451/15 4475/24
**supporting [1]**
4466/21
**supports [3]** 4408/6
4448/23 4475/22
**supposed [1]** 4495/16
**sure [31]** 4405/17
4409/2 4410/10
4410/11 4412/17
4413/16 4416/2 4418/9
4423/9 4425/2 4432/12
4433/12 4445/5 4453/3
4455/13 4465/18
4472/21 4473/23
4479/19 4482/10
4484/19 4486/8
4488/14 4490/24
4491/3 4493/23
4495/25 4496/11
4505/8 4511/3 4512/11
**surprised [4]** 4423/23

4445/15
**survey [5]** 4464/12
4464/14 4464/18
4464/21 4464/23
**Suwon [2]** 4506/10
4506/10
**SW [1]** 4401/3
**switched [1]** 4418/12
**Switching [1]** 4499/16
**SWORN [2]** 4404/8
4483/2
**sync [2]** 4409/20
4414/16
**syncing [1]** 4409/18
**system [9]** 4420/14
4421/1 4421/4 4421/8
4432/1 4441/14 4442/7
4448/14 4457/1

---

**T**

**T-Mobile [1]** 4507/14
**tab [2]** 4410/22
4413/20
**table [3]** 4447/8 4450/9
4463/1
**tag [1]** 4459/16
**take [18]** 4407/3
4412/13 4414/4 4414/5
4416/6 4429/23
4429/24 4433/25
4440/24 4445/15
4445/22 4457/4
4466/23 4469/8 4480/4
4491/25 4513/11
4519/16
**taken [1]** 4468/17
**takes [1]** 4442/1
**taking [1]** 4454/18
**talk [5]** 4448/17
4455/19 4457/7
4494/14 4509/16
**talked [2]** 4444/9
4456/20
**talking [14]** 4406/1
4407/20 4430/9
4438/19 4464/20
4478/25 4479/2
4479/10 4480/6 4493/6
4498/4 4509/8 4511/19
4511/19
**tap [1]** 4485/8
**Tareq [1]** 4470/7
**target [1]** 4431/15
**targeted [1]** 4495/16
**targeting [2]** 4431/3
4431/8
**targets [1]** 4411/22
**task [2]** 4450/13
4452/1
**tasks [1]** 4466/17
**tCPA [7]** 4421/24
4421/25 4422/7
4422/16 4422/16
4423/3 4423/4
**team [83]** 4425/8
4427/22 4428/13
4429/19 4429/21

4436/5 4437/1 4437/5
4437/12 4440/5 4440/6
4440/6 4440/20
4440/21 4446/21
4446/22 4447/6 4450/8
4450/14 4452/1 4452/8
4452/16 4454/5
4455/25 4457/4 4458/8
4460/4 4460/6 4460/15
4460/24 4462/2 4462/6
4462/19 4466/4 4466/6
4466/20 4467/1
4467/10 4467/12
4467/15 4468/17
4470/11 4471/7 4473/9
4474/18 4476/21
4485/15 4486/17
4487/2 4488/15
4493/15 4493/16
4496/4 4502/21
4502/23 4503/2 4503/4
4503/11 4503/12
4503/17 4503/20
4503/20 4506/20
4506/23 4508/16
4508/21 4509/2
4509/19 4510/24
4511/2 4513/7 4513/9
4513/9 4515/9 4517/4
4517/7 4517/8 4517/8
4517/19 4517/20
4519/22 4519/24
**team's [1]** 4471/24
**teams [5]** 4440/2
4440/4 4440/8 4509/16
4515/18
**tech [2]** 4476/25
4496/4
**technical [1]** 4492/21
**technically [1]** 4467/16
**technology [8]**
4405/18 4485/9 4487/9
4489/16 4492/10
4494/3 4494/4 4496/22
**tell [8]** 4404/3 4404/19
4421/1 4447/6 4470/15
4471/7 4481/1 4484/17
**telling [2]** 4410/14
4470/23
**ten [4]** 4453/10
4453/10 4453/13
4507/16
**tends [1]** 4432/13
**tens [2]** 4427/6
4428/11
**tense [2]** 4455/3
4455/15
**term [4]** 4425/17
4426/13 4426/14
4441/21
**terms [5]** 4426/13
4429/12 4437/9 4440/7
4488/1
**terribly [1]** 4423/23
**Terrific [1]** 4501/6
**test [14]** 4410/7
4418/11 4418/16
4421/22 4426/21

4443/14 4443/18
4444/2 4444/2 4455/21
4470/12 4473/11
**tested [5]** 4422/15
4431/25 4441/15
4449/25 4472/17
**testified [10]** 4404/8
4405/23 4415/15
4441/6 4443/8 4450/17
4451/22 4463/21
4463/22 4464/10
**testimony [5]** 4463/15
4472/11 4481/17
4495/9 4519/20
**testing [18]** 4407/20
4407/21 4407/25
4408/19 4419/2
4419/12 4425/18
4427/14 4427/15
4443/16 4443/23
4443/23 4451/22
4451/24 4455/19
4455/20 4455/21
4471/11
**tests [1]** 4416/23
**text [2]** 4421/24
4422/15
**than [12]** 4408/18
4414/13 4420/19
4423/24 4424/6 4424/7
4434/12 4440/5 4464/7
4479/3 4507/15
4513/20
**thank [23]** 4415/11
4421/12 4445/17
4459/3 4469/11
4469/17 4469/20
4477/10 4477/11
4477/13 4481/13
4481/15 4481/16
4482/11 4482/12
4482/16 4482/19
4482/20 4484/14
4488/6 4490/18 4501/6
4515/2
**thank you [19]**
4415/11 4421/12
4445/17 4459/3
4469/11 4469/20
4477/10 4477/11
4477/13 4481/16
4482/11 4482/12
4482/16 4482/19
4482/20 4488/6
4490/18 4501/6 4515/2
**Thank you very much
[1]** 4481/13
**Thanks [4]** 4403/20
4404/5 4417/22
4423/22
**that [507]**
**that'll [1]** 4497/18
**that's [99]** 4404/25
4405/2 4405/13
4405/15 4405/20
4405/22 4406/1 4406/7
4406/9 4406/14

**that's... [89]** 4406/20
4406/24 4407/16
4408/21 4409/21
4410/9 4410/10
4410/16 4410/21
4410/23 4411/2 4411/9
4412/18 4413/1 4413/5
4413/22 4415/10
4415/11 4417/1 4417/8
4418/5 4420/11 4421/3
4421/16 4421/19
4422/3 4422/11
4425/19 4426/3
4428/24 4429/9
4429/17 4431/19
4432/2 4432/6 4432/13
4432/16 4432/22
4433/10 4433/11
4433/21 4435/12
4437/18 4438/7
4438/10 4440/9
4440/16 4442/8
4442/10 4443/11
4443/20 4444/1 4444/6
4444/20 4446/23
4447/4 4448/8 4448/14
4449/21 4449/22
4452/20 4453/13
4454/13 4456/15
4456/16 4456/17
4456/21 4459/10
4462/11 4463/14
4463/25 4464/22
4468/9 4470/9 4470/14
4471/6 4471/12
4474/24 4475/2
4475/11 4475/24
4476/1 4476/18
4477/19 4479/25
4496/15 4501/9
4504/12 4506/4
**their [59]** 4408/16
4409/11 4409/12
4409/21 4410/1 4410/7
4410/22 4418/25
4419/4 4419/12
4420/25 4421/4
4423/10 4425/8
4425/10 4425/12
4425/22 4426/5 4426/6
4436/16 4445/20
4447/11 4449/14
4452/19 4456/16
4456/18 4462/5 4465/4
4467/17 4471/17
4471/20 4473/9
4473/11 4473/12
4473/13 4474/2
4476/15 4486/9
4486/12 4491/20
4494/6 4494/9 4494/15
4494/17 4494/18
4496/19 4496/20
4501/24 4504/3
4504/15 4506/3
4508/13 4509/18
4509/20 4511/12

4513/20 4515/21
**theirs [2]** 4403/23
4434/13
**them [33]** 4409/16
4410/2 4412/6 4414/4
4414/5 4417/15
4420/25 4425/23
4430/4 4442/9 4448/13
4456/8 4456/13
4459/22 4462/5 4463/3
4475/19 4480/8
4480/11 4480/11
4480/12 4480/13
4487/8 4491/5 4496/10
4498/5 4498/5 4498/6
4498/14 4500/9 4504/9
4509/23 4515/22
**themself [1]** 4480/5
**themselves [2]**
4471/21 4491/17
**then [47]** 4405/6
4410/1 4411/19 4414/2
4420/5 4421/5 4421/10
4422/1 4422/13 4423/1
4426/4 4426/19
4431/10 4432/3 4432/7
4432/17 4432/25
4434/3 4437/5 4437/7
4442/9 4444/4 4445/23
4448/2 4448/3 4449/1
4449/5 4449/24
4451/19 4452/14
4454/19 4462/22
4465/5 4465/8 4465/10
4466/21 4467/19
4468/8 4470/21
4476/13 4476/20
4488/3 4493/17
4493/17 4494/6
4494/12 4512/15
**theories [1]** 4453/19
**there [71]** 4404/23
4405/10 4406/18
4407/13 4407/17
4410/23 4414/9 4419/1
4419/14 4421/21
4423/13 4423/16
4424/9 4427/1 4427/22
4434/13 4439/2 4440/2
4443/1 4444/3 4444/25
4449/10 4449/12
4450/17 4450/19
4450/22 4451/2 4455/2
4455/4 4455/15
4455/25 4456/4
4456/22 4458/1
4458/18 4459/5
4459/16 4459/19
4462/22 4462/23
4463/6 4463/17 4467/3
4467/11 4468/2 4468/7
4468/10 4468/21
4468/24 4470/19
4470/25 4475/4
4475/16 4475/21
4476/2 4478/23 4479/5
4479/21 4480/15

4494/18 4497/25
4498/1 4499/11 4500/2
4500/4 4500/7 4503/23
4507/15 4512/15
**there's [39]** 4407/14
4410/2 4412/3 4412/5
4412/6 4414/9 4418/4
4423/21 4441/23
4442/5 4443/9 4443/12
4444/13 4444/14
4444/15 4448/21
4449/1 4450/25
4451/11 4453/14
4458/8 4458/11
4459/16 4461/13
4466/14 4467/17
4468/8 4471/20
4475/18 4476/21
4477/23 4482/6
4493/15 4498/11
4506/4 4506/9 4508/21
4509/1 4510/20
**these [29]** 4417/14
4422/14 4427/6
4429/13 4433/20
4449/5 4449/11
4449/18 4451/11
4454/24 4457/5
4462/10 4463/5 4485/8
4487/5 4487/8 4488/1
4492/7 4501/4 4502/2
4502/13 4502/16
4508/5 4508/7 4509/7
4509/14 4511/9
4511/15 4513/13
**they [126]**
**they're [26]** 4405/1
4405/6 4408/4 4408/7
4408/14 4408/20
4408/24 4413/17
4418/18 4420/23
4426/21 4428/2
4429/20 4437/2
4444/12 4444/15
4444/16 4446/1 4450/1
4459/22 4462/2 4462/3
4480/17 4491/5 4491/6
4498/14
**they've [1]** 4475/13
**thing [11]** 4423/18
4439/19 4439/19
4439/21 4442/2
4444/10 4445/18
4449/15 4467/8
4492/12 4512/11
**things [18]** 4403/18
4403/19 4431/16
4440/3 4441/21
4445/23 4451/17
4455/3 4456/21 4461/4
4466/12 4466/19
4470/22 4492/5
4505/16 4505/18
4506/2 4518/1
**think [38]** 4407/14
4408/21 4409/23
4409/24 4410/6 4410/9

4424/9 4428/3 4428/13
4431/24 4432/13
4433/5 4433/7 4440/10
4447/10 4449/7
4449/21 4450/22
4454/20 4462/11
4465/17 4466/1
4468/17 4473/21
4495/7 4503/4 4505/24
4506/1 4509/1 4511/6
4514/11 4515/13
4516/10 4518/18
4519/2
**third [7]** 4426/19
4432/19 4456/24
4459/14 4465/5
4466/21 4475/19
**thirds [1]** 4438/21
**this [204]**
This is [1] 4403/7
**those [35]** 4405/11
4405/11 4407/2 4431/2
4431/18 4436/8 4437/9
4437/12 4440/8 4448/9
4448/17 4449/6 4453/1
4455/6 4455/11 4456/8
4457/12 4458/12
4458/20 4465/12
4465/13 4468/23
4475/14 4477/3 4477/4
4487/10 4496/3 4498/3
4506/14 4507/17
4507/21 4508/14
4509/3 4509/19
4510/23
**though [1]** 4409/14
**thought [9]** 4404/17
4424/18 4443/2
4514/14 4517/10
4518/12 4518/14
4518/20 4519/6
**thoughts [1]** 4473/13
**thousands [2]** 4427/6
4428/11
**thread [1]** 4417/22
**three [7]** 4432/7
4435/11 4441/6
4449/13 4456/12
4464/24 4466/10
**through [26]** 4406/17
4408/20 4409/5
4409/15 4410/19
4411/5 4411/23 4412/1
4412/13 4413/10
4424/20 4425/5 4427/3
4453/6 4453/6 4467/17
4477/21 4479/3
4479/11 4479/20
4480/18 4493/21
4493/25 4497/25
4500/20 4508/16
**time [142]**
**time-sensitive [1]**
4516/24 4516/25
**times [4]** 4407/7
4428/1 4485/3 4493/9
**title [5]** 4486/15

4504/18
**titled [1]** 4520/4
**titles [1]** 4504/3
**TL [1]** 4475/8
**today [11]** 4407/13
4407/17 4440/11
4441/9 4472/7 4483/7
4483/21 4483/22
4484/15 4501/5 4511/3
**together [2]** 4459/21
4495/21
**told [6]** 4429/17 4481/5
4513/7 4518/9 4518/11
4519/6
**too [4]** 4421/6 4422/13
4426/9 4475/9
**took [5]** 4440/20
4441/5 4447/11 4468/5
4497/16
**tool [2]** 4405/16 4412/5
**tools [3]** 4405/17
4408/16 4411/5
**top [23]** 4411/13
4428/22 4432/3 4436/5
4439/12 4439/14
4446/13 4446/25
4447/15 4450/3
4450/21 4458/8 4459/7
4463/2 4468/24
4473/15 4477/2
4502/11 4503/24
4504/24 4506/19
4510/10 4513/22
**topic [1]** 4461/1
**topics [2]** 4499/16
4505/19
**total [6]** 4419/14
4477/25 4478/9 4478/9
4478/10 4479/2
**towards [6]** 4425/22
4484/9 4494/3 4502/11
4503/24 4512/10
**Tower [1]** 4401/7
**transcript [3]** 4399/9
4401/16 4520/3
**transcription [1]**
4401/16
**travels [1]** 4481/17
**Travis [3]** 4510/22
4511/5 4511/7
**TRIAL [1]** 4399/9
**tried [2]** 4438/11
4441/16
**trouble [1]** 4484/2
**troubleshoot [1]**
4442/1
**true [1]** 4514/18
**try [3]** 4404/18 4434/13
4443/22
**trying [18]** 4408/21
4408/24 4409/1
4410/10 4412/8 4425/9
4429/20 4429/22
4439/20 4485/6
4498/15 4500/21
4505/16 4505/25
4506/1 4506/2 4507/25

## T

trying... [1] 4508/7
turn [26] 4409/13
4415/13 4416/19
4417/3 4417/17 4419/8
4421/20 4425/15
4428/16 4430/21
4432/3 4432/8 4432/17
4434/3 4439/11
4444/21 4448/4 4450/2
4457/24 4458/7
4458/23 4459/12
4460/25 4463/19
4465/8 4501/2
turned [3] 4452/10
4453/12 4454/6
turning [2] 4453/18
4462/21
turns [1] 4469/3
tweaked [1] 4514/4
twice [1] 4461/24
two [13] 4408/2 4411/4
4411/5 4414/22
4416/24 4428/12
4438/21 4456/12
4461/4 4468/10
4473/16 4486/6
4510/23
two-thirds [1] 4438/21
TYLER [1] 4400/18
type [8] 4433/18
4473/25 4476/18
4506/4 4506/6 4515/19
4518/13 4518/14
types [3] 4449/14
4449/16 4449/25
typical [2] 4439/8
4439/9
typically [4] 4407/7
4418/14 4442/2 4467/6

## U

U company [6]
4416/24 4417/11
4421/24 4422/5 4426/4
4472/10
U company's [2]
4421/22 4421/23
U.S [4] 4400/2 4400/6
4462/4 4478/16
Uh [1] 4458/10
Uh-huh [1] 4458/10
UI [1] 4418/5
ultra [1] 4516/24
unable [1] 4426/16
unacceptable [1]
4474/2
Unclear [1] 4420/2
under [18] 4412/14
4415/23 4426/1
4451/11 4460/20
4460/24 4465/9 4475/7
4476/25 4482/15
4502/22 4503/7 4503/8
4505/10 4505/20
4507/12 4511/10
4518/17
undergrad [1] 4484/20

underneath [3] 4447/2
4450/25 4476/21
understand [24]
4411/12 4412/8
4412/17 4413/18
4422/11 4422/22
4429/20 4429/22
4429/23 4439/18
4444/11 4444/15
4448/9 4452/7 4452/9
4452/19 4455/4 4460/1
4460/4 4468/16
4471/10 4471/22
4481/24 4514/18
understanding [22]
4407/13 4421/16
4429/9 4430/1 4433/6
4441/5 4443/13
4444/19 4454/23
4457/3 4486/24 4489/4
4494/4 4494/6 4497/24
4499/17 4509/4
4514/15 4514/17
4514/20 4515/6 4516/5
understands [1]
4424/12
understood [4] 4433/2
4443/5 4456/4 4499/19
undertake [1] 4450/13
undertaking [1]
4407/21
unfortunately [2]
4453/25 4484/8
unicorn [4] 4487/22
4487/24 4488/2 4488/3
unique [2] 4405/1
4405/3
unit [2] 4400/12 4503/5
UNITED [11] 4399/1
4399/3 4399/10 4403/7
4481/19 4483/6
4496/23 4497/15
4497/21 4498/18
4499/24
United States [4]
4496/23 4497/15
4497/21 4499/24
United States of [1]
4403/7
units [7] 4486/11
4486/14 4487/6
4494/14 4502/24
4503/2 4517/8
University [1] 4484/23
unofficial [3] 4488/13
4488/18 4489/17
until [1] 4428/9
up [40] 4409/13 4413/9
4414/16 4420/25
4422/13 4422/20
4423/21 4428/9 4432/7
4434/14 4439/12
4442/17 4444/8
4444/11 4444/24
4446/6 4448/20
4451/19 4453/6
4453/16 4454/16

4463/20 4466/18
4468/5 4468/17
4469/25 4472/22
4473/14 4479/23
4480/16 4482/8
4487/22 4493/17
4493/18 4511/18
4511/23 4512/22
update [1] 4510/18
uploading [1] 4458/15
upon [1] 4465/1
upper [1] 4464/9
upwards [1] 4428/11
UPX663 [1] 4516/12
UPX686 [6] 4510/9
4510/17 4512/10
4513/22 4514/23
4515/3
urgent [1] 4517/10
URL [2] 4409/9
4409/10
us [12] 4407/13 4421/1
4442/4 4444/16
4447/22 4456/18
4460/25 4465/20
4481/1 4482/8 4485/22
4506/1
usdoj.gov [2] 4400/5
4400/9
use [50] 4406/12
4407/11 4408/4 4408/9
4408/10 4408/11
4408/15 4408/16
4408/19 4409/1
4409/14 4409/21
4410/2 4410/8 4410/23
4411/4 4411/7 4411/24
4411/25 4412/5 4413/3
4413/16 4413/20
4414/24 4414/25
4415/1 4425/9 4427/9
4428/9 4430/10
4434/13 4439/8
4445/19 4449/14
4456/23 4457/12
4457/13 4457/14
4457/17 4458/20
4471/16 4471/19
4472/4 4473/5 4473/20
4476/11 4479/17
4479/18 4480/3 4488/1
4494/5
used [7] 4405/12
4405/19 4409/25
4478/17 4480/1 4489/3
4494/5
user [3] 4467/12
4492/15 4492/15
users [1] 4445/3
uses [1] 4414/21
using [11] 4405/22
4408/14 4414/21
4417/12 4418/12
4472/7 4473/10 4474/3
4478/20 4479/20
4501/5
usually [5] 4443/15
4459/24 4462/17

utilization [1] 4431/11
utilize [5] 4404/22
4405/23 4406/11
4407/25 4415/8
utilizing [5] 4406/11
4407/9 4411/1 4480/20
4480/21
UXUI [3] 4492/10
4492/13 4498/5

## V

vague [1] 4505/16
Valley [2] 4485/7
4488/1
value [5] 4410/13
4418/25 4425/24
4486/1 4492/11
valued [2] 4488/2
4488/4
values [1] 4457/2
variety [1] 4431/7
various [10] 4486/12
4494/14 4494/16
4498/12 4505/17
4507/13 4509/16
4517/3 4517/3 4517/7
venture [14] 4485/11
4485/14 4485/15
4485/16 4485/18
4485/19 4485/20
4487/15 4487/19
4490/20 4490/21
4491/1 4491/4 4491/6
ventures [5] 4486/16
4493/16 4496/21
4500/15 4502/9
Verizon [1] 4507/14
version [12] 4406/22
4410/7 4442/20
4452/14 4461/6 4468/7
4468/8 4468/20 4475/1
4475/1 4475/14 4476/3
versions [1] 4501/5
versus [1] 4403/2
very [26] 4409/21
4424/11 4427/22
4432/14 4433/21
4464/6 4470/3 4475/12
4481/13 4481/16
4483/13 4485/23
4486/10 4487/20
4487/20 4488/16
4491/5 4492/24
4492/24 4493/1 4493/1
4493/3 4498/10
4498/10 4500/17
4508/2
vetting [1] 4499/11
via [3] 4408/11 4492/10
4496/21
vice [1] 4489/21
view [2] 4420/4
4420/11
violates [1] 4511/12
volume [4] 4420/24
4422/6 4422/7 4474/1
VP [3] 4495/7 4495/7

VP Sally [1] 4503/19
vs [1] 4399/5

## W

walk [1] 4500/20
want [29] 4407/10
4411/24 4411/25
4412/17 4419/15
4420/2 4420/23 4421/1
4421/10 4431/5
4431/18 4433/8
4448/17 4451/23
4455/3 4455/13
4459/14 4462/24
4465/18 4466/20
4470/6 4473/17
4473/23 4475/19
4496/8 4496/11 4506/3
4506/6 4512/10
wanted [16] 4406/16
4410/11 4411/7
4413/15 4421/3 4421/5
4421/22 4428/7
4429/23 4439/21
4452/9 4452/18
4452/18 4471/16
4487/7 4515/6
wants [2] 4467/10
4481/25
Warren [2] 4510/22
4511/5
was [305]
Washington [5] 4399/5
4400/3 4400/8 4401/4
4401/14
wasn't [8] 4403/24
4436/4 4439/5 4450/16
4472/12 4475/25
4478/4 4485/14
way [8] 4410/4 4424/15
4438/21 4443/23
4444/18 4456/21
4454/2 4454/16
wc.com [2] 4401/3
4401/5
we [284]
we believe [1] 4492/22
We can [1] 4511/23
we'd [2] 4416/14
4423/7
we'll [9] 4421/2 4421/9
4451/23 4469/10
4469/11 4482/5 4501/5
4501/8 4519/17
we're [27] 4404/17
4420/4 4420/5 4434/10
4440/1 4444/9 4444/10
4444/12 4444/16
4454/2 4455/16 4462/9
4465/18 4467/25
4468/19 4473/3
4481/24 4483/20
4484/2 4498/4 4511/19
4511/19 4512/7 4512/8
4512/9 4512/11
4519/18
we've [9] 4403/17

we've... [8] 4415/20
4430/14 4443/16
4447/9 4447/15 4461/6
4463/4 4519/7
web [1] 4513/17
WEBB [1] 4400/18
week [1] 4422/8
weeks [1] 4445/9
Welcome [1] 4482/19
well [33] 4406/6
4408/21 4411/6
4421/23 4422/11
4423/9 4423/13
4424/23 4428/4
4430/13 4431/23
4436/20 4437/20
4442/1 4442/14
4443/21 4445/23
4461/14 4464/19
4468/15 4472/2 4472/2
4473/17 4478/24
4479/13 4480/3 4491/4
4491/22 4493/10
4496/5 4501/9 4513/15
4514/9
went [8] 4409/25
4410/6 4427/9 4453/6
4479/3 4484/20
4493/21 4497/25
were [98] 4404/3
4410/8 4410/10
4414/11 4414/11
4416/24 4418/12
4419/3 4419/6 4419/14
4420/11 4422/7 4427/1
4427/1 4427/21 4430/9
4433/20 4434/25
4436/4 4439/6 4439/12
4443/3 4447/23
4450/18 4450/19
4450/20 4450/23
4451/21 4453/11
4454/12 4454/20
4455/3 4455/25 4458/6
4458/17 4460/18
4460/19 4463/3 4464/8
4465/8 4465/12 4468/6
4468/21 4470/23
4470/25 4471/3 4471/7
4472/9 4472/17 4474/2
4477/6 4479/10
4480/24 4483/10
4485/22 4486/3 4486/3
4486/6 4486/12
4486/24 4489/7
4491/11 4491/19
4492/25 4493/6 4495/6
4496/17 4497/10
4498/2 4498/3 4498/19
4499/13 4500/11
4502/16 4503/3 4503/7
4503/12 4503/20
4503/22 4504/9 4505/2
4505/16 4507/15
4508/7 4508/16
4508/17 4508/19
4508/19 4509/7

4510/23 4511/1 4511/1
4511/4 4511/15
4515/19 4519/5
weren't [2] 4415/15
4424/4
wfcavanaugh [1]
4400/20
what [158]
what's [8] 4439/24
4446/24 4457/9
4458/12 4462/15
4472/22 4474/9
4474/11
whatever [10] 4408/6
4408/16 4409/10
4409/11 4413/14
4413/24 4414/11
4421/9 4461/15
4478/11
when [73] 4409/4
4410/1 4418/15 4422/6
4424/17 4427/4 4427/7
4427/9 4427/12
4427/19 4427/20
4434/17 4435/7
4435/25 4438/22
4438/23 4442/5 4442/6
4442/7 4445/2 4447/14
4447/20 4451/2 4452/4
4453/13 4462/18
4463/17 4468/18
4471/3 4479/9 4479/10
4480/24 4480/24
4481/1 4483/10
4483/14 4484/25
4485/3 4485/14 4486/3
4486/5 4486/15
4486/18 4489/5
4489/19 4491/11
4491/13 4492/13
4492/19 4493/4 4493/6
4493/21 4494/21
4495/6 4495/15
4497/14 4497/17
4498/8 4499/10
4499/23 4500/2
4501/15 4501/17
4504/20 4505/9 4506/2
4506/23 4506/25
4507/1 4509/7 4511/16
4517/1 4517/15
where [40] 4410/6
4413/22 4416/19
4420/8 4424/10
4429/20 4434/16
4435/16 4437/24
4438/2 4439/11
4439/15 4439/16
4444/6 4445/1 4447/11
4449/22 4451/14
4455/2 4458/7 4459/17
4466/18 4476/5
4476/22 4478/22
4484/22 4491/5 4491/6
4491/17 4496/8
4504/10 4506/10
4507/24 4507/24

4512/18 4514/3
4514/13 4514/20
whether [17] 4411/20
4431/15 4435/4 4436/1
4436/24 4437/22
4443/23 4447/7
4448/23 4450/10
4454/24 4456/1
4466/23 4470/15
4471/25 4491/1 4500/4
which [42] 4405/4
4405/7 4415/4 4417/4
4418/4 4426/20
4430/13 4440/12
4441/19 4444/5
4444/24 4448/9 4450/4
4450/20 4451/21
4454/2 4456/24
4456/25 4458/23
4463/14 4463/16
4465/4 4466/14 4468/4
4474/5 4474/6 4479/4
4481/6 4484/23
4487/14 4488/3
4491/10 4493/1
4493/16 4493/17
4498/12 4503/3
4504/24 4506/2
4511/22 4514/8
4518/14
whichever [1] 4478/17
while [6] 4422/5
4422/22 4423/5
4481/24 4489/15
4494/13
who [38] 4407/24
4424/12 4425/13
4425/16 4427/1
4430/16 4430/18
4446/17 4447/20
4461/25 4472/16
4474/14 4477/3
4483/24 4488/20
4488/23 4489/11
4493/12 4494/9
4494/20 4494/23
4500/13 4500/16
4502/5 4502/8 4503/15
4503/17 4504/2
4504/12 4504/16
4508/19 4508/19
4510/23 4516/14
4516/17 4517/5 4517/6
4517/18
who's [6] 4404/21
4446/14 4465/23
4480/21 4484/15
4495/3
whoever [1] 4408/18
whole [5] 4411/2
4434/12 4485/13
4491/4 4518/19
why [24] 4420/19
4433/12 4439/2
4440/24 4441/5
4453/19 4458/17
4464/5 4469/8 4469/10

4494/4 4497/24 4498/1
4501/19 4502/13
4506/4 4508/8 4509/4
4511/4 4511/15
4515/11 4519/16
wide [1] 4492/11
will [17] 4416/16
4425/21 4425/25
4426/22 4461/11
4463/11 4474/5 4481/7
4481/9 4482/6 4510/4
4517/24 4518/2
4518/23 4518/25
4519/11 4519/19
William [5] 4400/17
4401/11 4403/10
4520/2 4520/8
William Cavanaugh [1]
4403/10
WILLIAMS [1] 4401/3
winter [2] 4507/22
4509/9
wish [1] 4462/5
withdraw [1] 4443/22
within [27] 4404/23
4405/6 4406/5 4440/1
4441/17 4479/22
4485/7 4485/20
4486/11 4486/16
4487/4 4488/17 4491/9
4494/14 4497/9 4498/6
4498/11 4499/2
4499/13 4499/15
4504/9 4507/23 4508/8
4508/21 4514/6
4514/22 4516/4
without [4] 4426/6
4457/15 4491/20
4493/19
witness [7] 4402/2
4403/16 4404/7
4433/24 4481/22
4482/15 4483/2
WITNESSES [1]
4402/4
won't [1] 4467/2
word [2] 4407/3 4416/6
words [3] 4413/8
4420/20 4473/20
work [19] 4432/1
4439/5 4441/3 4457/11
4460/19 4472/6
4486/14 4488/10
4488/11 4488/13
4488/20 4489/3 4489/9
4489/10 4494/19
4498/15 4514/18
4517/3 4519/6
worked [11] 4488/21
4489/2 4489/5 4489/7
4489/14 4495/21
4500/7 4501/3 4503/8
4503/15 4519/4
workflow [3] 4409/22
4414/7 4414/12
working [10] 4403/18
4436/1 4460/19

4486/25 4485/1
4486/10 4491/11
4495/17 4496/13
4515/18
works [2] 4404/18
4440/5
world [9] 4478/19
4494/5
Worldwide [2] 4478/19
4478/16
would [107] 4409/9
4409/15 4409/15
4410/21 4411/8
4411/21 4411/22
4413/13 4413/19
4414/4 4414/5 4414/7
4414/8 4414/8 4414/10
4414/12 4414/19
4414/20 4414/20
4414/22 4415/3 4415/5
4415/6 4419/15
4419/17 4419/18
4420/1 4420/4 4420/6
4420/13 4420/14
4420/19 4421/4 4421/8
4423/18 4424/5 4424/6
4425/8 4425/11
4427/16 4427/24
4429/22 4429/23
4429/24 4430/4
4430/19 4431/22
4432/1 4432/4 4432/20
4433/14 4433/20
4437/5 4437/7 4437/10
4437/11 4437/12
4437/14 4438/8 4438/8
4438/9 4439/15
4439/21 4445/2
4448/15 4449/13
4449/21 4449/25
4450/15 4453/20
4455/11 4456/10
4457/14 4458/20
4460/6 4465/1 4465/6
4467/2 4467/3 4467/11
4467/13 4467/15
4467/20 4467/23
4470/20 4471/1
4471/14 4471/21
4472/2 4472/6 4476/11
4476/19 4478/13
4478/18 4480/4 4484/5
4491/10 4492/3 4492/8
4496/13 4496/19
4505/18 4513/18
4513/19 4518/15
4519/3 4519/8
wouldn't [6] 4414/23
4423/19 4424/14
4445/15 4456/6
4471/18
write [9] 4432/14
4504/25 4506/19
4507/13 4511/10
4516/23 4517/15
4517/23 4518/22
writes [2] 4426/13
4475/12

**writing [1]** 4511/16
**written [1]** 4437/12
**wrong [4]** 4404/20
4441/24 4442/2
4442/16
**wrote [7]** 4424/2
4505/5 4505/9 4506/23
4506/25 4507/1 4514/5

**X**

**X engine [1]** 4425/23
**X percent [2]** 4423/4
4423/17
**X-engine [3]** 4430/23
4430/25 4431/1

**Y**

**Yahoo [4]** 4464/2
4475/23 4478/13
4480/14
**Yao [2]** 4474/13
4474/14
**yeah [50]** 4405/2
4408/2 4410/21
4412/10 4412/10
4412/21 4412/24
4413/24 4414/13
4415/3 4415/10 4421/8
4424/21 4427/4
4427/14 4431/24
4433/20 4436/21
4437/20 4437/20
4439/7 4439/9 4439/10
4442/15 4442/18
4452/18 4455/1
4458/22 4460/14
4464/13 4464/14
4476/8 4476/9 4477/23
4478/6 4478/19
4480/15 4484/21
4487/11 4487/17
4487/25 4488/8 4489/7
4490/2 4490/14
4492/15 4495/22
4499/9 4510/19
4514/14
**year [7]** 4409/25
4428/5 4439/5 4461/24
4462/13 4465/25
4467/23
**years [10]** 4440/17
4440/19 4440/23
4441/6 4441/6 4468/2
4487/19 4501/24
4502/18 4519/4
**Yejin [1]** 4504/14
**yellow [1]** 4464/10
**yep [16]** 4415/14
4418/2 4421/16
4426/11 4426/18
4426/24 4432/18
4439/13 4439/17
4448/22 4449/9 4458/2
4463/18 4470/5
4476/23 4477/19
**yes [81]** 4405/18
4406/2 4406/3 4407/22

4413/19 4415/7 4416/4
4418/20 4419/3
4423/10 4423/20
4424/25 4428/23
4429/5 4431/13 4432/6
4432/15 4432/23
4433/21 4435/23
4440/19 4443/7
4446/12 4447/19
4450/19 4451/5 4452/2
4455/18 4459/18
4468/22 4475/16
4476/18 4477/1
4479/12 4479/23
4480/23 4483/19
4483/23 4484/13
4485/12 4488/22
4488/22 4489/3
4489/10 4489/21
4490/1 4491/24 4495/2
4495/12 4496/15
4496/24 4498/1
4498/19 4498/22
4499/7 4500/2 4502/12
4502/15 4505/4
4505/23 4506/8
4506/15 4507/9
4507/19 4509/9
4509/12 4509/23
4510/13 4512/12
4512/20 4512/25
4513/25 4514/11
4515/2 4515/9 4516/4
4516/4 4516/9 4519/21
**yesterday [21]** 4403/15
4404/2 4404/15
4405/23 4415/15
4416/20 4430/9
4440/10 4446/9 4450/5
4450/17 4458/6
4458/24 4459/11
4462/7 4463/21
4463/22 4465/12
4465/17 4469/24
4482/4
**yet [4]** 4413/23
4420/16 4461/13
4468/19
**York [1]** 4400/19
**you [462]**
**you know [6]** 4428/8
4428/14 4486/7
4514/13 4517/2 4518/6
**you'd [2]** 4423/16
4502/24
**you're [15]** 4406/1
4407/20 4409/18
4409/19 4410/14
4428/22 4444/25
4453/4 4456/25
4463/17 4470/15
4480/6 4483/8 4510/11
4510/21
**you've [4]** 4411/12
4411/13 4413/8 4417/9
**your [93]** 4403/6
4403/12 4403/25

4415/17 4415/23
4416/1 4416/6 4416/10
4416/14 4421/11
4423/15 4428/13
4428/17 4428/20
4428/25 4429/11
4430/7 4430/9 4431/10
4433/23 4434/2
4434/17 4434/20
4435/7 4435/14
4437/24 4440/20
4441/1 4444/19
4445/24 4446/21
4452/16 4453/2
4457/24 4461/2 4461/8
4461/15 4463/15
4465/1 4469/2 4469/20
4470/6 4472/11
4472/20 4475/6 4477/5
4477/9 4477/13
4480/25 4481/5
4481/17 4481/18
4482/2 4482/13
4483/17 4483/20
4484/15 4484/17
4484/22 4486/3
4486/15 4487/12
4488/9 4489/25
4491/22 4492/2
4494/20 4495/17
4495/23 4496/13
4497/19 4499/22
4500/21 4500/23
4501/1 4500/23
4501/4 4509/4 4509/9
4509/24 4512/23
4513/13 4514/4
4514/15 4515/2 4516/5
4516/21 4516/21
4518/22 4519/14
4519/19 4519/20
**Your Honor [26]**
4403/6 4403/12
4403/25 4415/17
4416/14 4428/17
4430/7 4433/23 4434/2
4441/1 4445/24 4453/2
4461/8 4461/15 4469/2
4469/20 4472/20
4477/9 4477/13 4481/5
4481/18 4500/23
4501/4 4509/9 4509/24
4515/2
**yourself [2]** 4415/8
4437/19

**Z**

**Zaremba [3]** 4401/11
4520/2 4520/8
**zero [1]** 4490/9
**zoom [1]** 4502/19

4544