1       IN THE UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF COLUMBIA
2

3    UNITED STATES OF AMERICA,
     et al.,                              Civil Action
4                   Plaintiffs,           No. 1:20-cv-3010

5            vs.                          Washington, DC
                                          October 5, 2023
6    GOOGLE, LLC,                         1:32 p.m.

7                   Defendant.            Day 17
     _____/    Afternoon Session
8

9

10                  TRANSCRIPT OF BENCH TRIAL
          BEFORE THE HONORABLE AMIT P. MEHTA
11             UNITED STATES DISTRICT JUDGE

12

     APPEARANCES:
13

     For DOJ Plaintiffs:      KENNETH DINTZER
14                            U.S. Department of Justice
                              1100 L Street, NW
15                            Washington, DC 20005

16                            ERIN MURDOCK-PARK
                              ADAM SEVERT
17                            MEAGAN BELLSHAW
                              U.S. Department of Justice
18                            450 Fifth Street, NW
                              Washington, DC 20001
19
                              DAVID DAHLQUIST
20                            U.S Department of Justice
                              209 South LaSalle Street, Suite 600
21                            Chicago, IL 60604

22   For Plaintiffs
     State of Colorado &
23   State of Nebraska:       WILLIAM CAVANAUGH, JR.
                              Patterson, Belknap, Webb & Tyler, LLP
24                            1133 Avenue of the Americas #2200
                              Suite 2200
25                            New York, NY 10036

1     **APPEARANCES CONT**:

2     **For Plaintiff**
      **State of Colorado:**        **JONATHAN SALLET**
3                                   Colorado Department of Law
                                    CPS/Antitrust Section
4                                   1300 Broadway, 7th Floor
                                    Denver, CO 80203
5

6     **For Plaintiff**
      **State of New York:**        **MORGAN FEDER**
7                                   OAG-NY
                                    28 Liberty Street, 23rd Floor
8                                   New York, NY 10005

9

10    **For Defendant Google:**     **JOHN SCHMIDTLEIN**
                                    **KENNETH SMURZYNSKI**
11                                  Williams & Connolly, LLP
                                    680 Maine Avenue, SW
12                                  Washington, DC 20024

13
                                    **MATTHEW MCGINNIS**
14                                  Ropes & Gray LLP
                                    800 Boylston Street
15                                  Boston, MA 02199

16

17

18

19

20

21

22

23    **Court Reporter:**          **JEFF HOOK**
                                    Official Court Reporter
24                                  U.S. District & Bankruptcy Courts
                                    333 Constitution Avenue, NW
25                                  Washington, DC 20001

**I N D E X**

| **WITNESS** | **PAGE** |
|---|---|

PATRICK CHANG

  Continued Direct Examination by Ms. Murdock-Park     4548

  Direct Examination by Ms. Feder     4558

  Cross-Examination by Mr. McGinnis     4560

  Redirect Examination by Ms. Murdock-Park     4591


MICHAEL WHINSTON

  Direct Examination by Mr. Severt     4594

**E X H I B I T S**

| **EXHIBIT** | **PAGE** |
|---|---|

Exhibit UPX690     ......Admitted into evidence......     4554

Exhibit PSX00818     ......Admitted into evidence......     4560

Exhibit DX696     ......Admitted into evidence......     4571

Exhibit DX695     ......Admitted into evidence......     4573

Exhibit DX698     ......Admitted into evidence......     4580

Exhibit DX697     ......Admitted into evidence......     4585

1          **P R O C E E D I N G S**

2          **THE COURT:**  Welcome back, everybody.  Ms. Murdock-Park.

3          **CONTINUED DIRECT EXAMINATION OF PATRICK CHANG**

4     BY MS. MURDOCK-PARK:

5          **Q.**  Thank you, Your Honor.  Welcome back, Mr. Chang.

6          **A.**  Thank you.

7          **Q.**  I'd like you to turn to UPX690, please.  UPX690 is

8     another chat between you and Jeff Chen, but this one also

9     includes David Eun and Raymond Liao.  I'm going to draw your

10    attention to the large chat that you have at 11:55 a.m.  You

11    start your message with:  "Meeting with Jay Kim unfortunately

12    did not go well.  It looks like we will need all the help we

13    can get as they are sticking to the Google terms pretty hard."

14         Why did you write "we will need all the help we can get"?

15         **A.**  Here, we are in this -- the context of this discussion

16    was around integrating Branch Metrics onto the devices.  So we

17    were coming across some challenges that we needed to get some

18    help which, you know, I am discussing with Jeff Chen to try to

19    get some help from people that might have more influence than I

20    do.

21         **Q.**  And to what Google terms were you referring?

22         **A.**  Here -- you know, I was not in this meeting with Jay

23    Kim, but this was a summary of what I was told from some of our

24    team members that had got the summary from Jay Kim's team.  The

25    terms are what is listed in the rest of the -- in the

1    paragraph.

2        **Q.**  So these are Google terms?

3        **A.**  Correct, yes.

4        **Q.**  And I don't think we've talked about Jay Kim before.

5    Who is Jay Kim?

6        **A.**  I clearly don't exactly remember his exact title, but

7    from our context, Jay Kim was the person responsible for the

8    negotiations between Samsung and Google.

9        **Q.**  If we go partway down the chat, it says:  "According

10   to Jay and his team" -- it says, "According to Jay and his

11   team, Netflix/Spotify, Galaxy Store and Branch will be impacted

12   by this Google RSA amendment."  And then you go on to explain:

13   "Jay's team said they'd try to carve it out, but Google has a

14   strong stance on this."  And then towards the end you write:

15   "This is probably Google being aware of Branch, as you

16   mentioned on their call, and attempting to kill all of Branch's

17   attempts."

18       What details did you understand would be risky to

19   negotiate with Google, based on your conversations with Mr. Kim

20   and his team?

21       **A.**  So I never had any direct conversations with Mr. Kim,

22   but what I am referring to here was his team members had

23   mentioned there was an update to the Google agreement which

24   would impact the said products, such as the Netflix/Spotify

25   agreement, Galaxy Store and Branch.

1    Q.   You said you never had contact with Mr. Kim.  Do you

2    mean about this meeting in August 2020 or you're saying you've

3    never spoke to Mr. Kim at all?

4    A.   I've never spoken to Mr. Kim directly.

5    Q.   So you never reached out to Mr. Kim and Mr. Chomet to

6    find out what was going on in the Samsung-Google negotiations?

7    A.   I definitely reached out to them, but I have not had

8    direct personal conversations regarding those --

9    Q.   So when you --

10   A.   -- details.

11   Q.   I'm sorry.

12   A.   Oh, sorry.

13   Q.   I didn't mean to cut you off.  When you said you

14   reached out to them, what do you mean?

15   A.   So, over the period of time as we are working on this

16   integration with Branch Metrics.  There's so many different

17   parties that are involved within a big company like Samsung, so

18   there are times where we reach out to people like, as you

19   mentioned, Patrick Chomet, Jay Kim and his team regarding

20   certain things -- you know, either get their buy-in or

21   challenges that we're facing.

22   Q.   And at the end you write:  "Attempting to kill all of

23   Branch's attempts."

24        What attempts did you understand Google was making to kill

25   Branch?

1    **A.**  So, here I -- so, I think here, I am more talking

2    about addressing kind of this discussion that I think it's

3    David Eun and Branch had about -- right here it says "as you

4    mentioned on their call."  We're speculating around that they

5    were aware, and also trying to prevent it.  But, again, these

6    were more around like speculation or assumptions that David Eun

7    was potentially having.

8    **Q.**  And Mr. Eun was reporting back to you on some of these

9    discussions, right?

10   **A.**  He has reported back to me -- or in cases he has

11   reported back to me, but in other cases, we were all on the

12   calls together.

13   **Q.**  Did you send this message to Colin Behr at Branch?

14   **A.**  I can't remember if I sent this exact message to Colin

15   Behr, but I have sent Colin Behr messages, including many

16   details.

17   **Q.**  And Mr. Eun responded to your chat in UPX690 with a

18   series of messages at the bottom of page one?

19   **THE COURT:**  Before we move on, Mr. Chang, can I just ask

20   you a question?

21   **THE WITNESS:**  Yes.

22   **THE COURT:**  The August 21, 2020 text that we've just been

23   talking about, the information that is contained in here about

24   impact on Netflix/Spotify, Galaxy Store and Branch, is this a

25   summary of a meeting you attended personally, if not with Jay

1    Kim, the members of his team?  Is that the source of this

2    information?

3         **THE WITNESS:**  Yes, Your Honor.  This information is a

4    summary from Jay Kim's team members and our team members in

5    Korea.  This was not a meeting I personally attended.

6         **THE COURT:**  You didn't personally attend the meeting, but

7    do I understand you correctly that someone from your team

8    provided you with this information?

9         **THE WITNESS:**  Correct.

10         **THE COURT:**  Okay, thank you.

11   BY MS. MURDOCK-PARK:

12        **Q.**  And Mr. Chang, I'm not sure if I asked you about this

13   before, but did you regularly use chat or Slack conversations

14   to discuss Branch Metrics in reporting back and forth between

15   Samsung headquarters?

16        **A.**  Yes, definitely, Slack messages were a common means of

17   communication.

18        **Q.**  I'd like to draw your attention to the messages from

19   David Eun at the bottom of UPX690, the first page.  In his

20   first message from 12:19 p.m., he writes at the end:  "Google

21   is clearly buying its way to squelch competitors."  Do you see

22   that?

23        **A.**  I see it.

24        **Q.**  And then in his next message at 12:21:02, Mr. Eun

25   writes:  "Outside of a potential antitrust action, I don't see

1    Samsung being able to refuse the money."

2        You responded to Mr. Eun's messages, right?

3        A.   I did respond to Mr. Eun's messages.

4        Q.   If we could go to page two at 2:22 p.m.  In part of

5    your response, about halfway through, you wrote:  "It would be

6    helpful if Patrick Chomet has a clear understanding of the

7    situation or who was in mobile leadership is deciding to allow

8    Google to buy their way into control and position Samsung as

9    solely a hardware manufacturer.  This agreement dramatically

10   impacts software services."

11       First, who is Patrick Chomet?

12       A.   Patrick Chomet, at that time, was an executive who was

13   in charge of something called user experience.

14       Q.   What's user experience?

15       A.   That I was always kind of unclear at what user

16   experience actually entailed.  So, I think many people were

17   actually unclear.

18       Q.   And what agreement were you referring to when you

19   said:  "This agreement dramatically impacts software services"?

20       A.   So, here I am responding more to David Eun's

21   commentary as he was talking a lot about the impacts.  And what

22   I was just assuming was any agreement that was changing could

23   impact such software and services that Samsung was attempting

24   to implement.

25       Q.   So any agreement that was in progress, meaning the

4554

1    Google and Samsung agreement that was currently under

2    negotiation?

3         A.   Yes.  The Google and Samsung agreement that was

4    currently under negotiation would impact Samsung's software and

5    services -- which it could have been many different things.

6    But this is where -- this is what we're discussing right here.

7         MS. MURDOCK-PARK:  You can put UPX690 aside, and I'd move

8    to admit.

9         MR. MCGINNIS:  Subject to our standing objection, we have

10   no other objection.

11        THE COURT:  It will be admitted.

12        (Exhibit UPX690 admitted into evidence)

13   BY MS. MURDOCK-PARK:

14        Q.   I want to show you now PSX812, which is another chat

15   exchange from about two months later on October 23rd, 2020.

16   And to your understanding, was the -- were the Google and

17   Samsung negotiations still ongoing in October 2020?

18        A.   Yes, the negotiations were still ongoing.

19        Q.   And this exchange is between you, Antonio Key and

20   Brandon Hoffman.  Who are Antonio Key and Brandon Hoffman?

21        A.   At the time, they were team members, part of Samsung

22   Next.  They were -- they had many different roles, but I think

23   at the point when they were trying to have this conversation,

24   they were trying to find different ways to add value, and

25   trying to get information regarding what was going on within

1  Samsung Next.

2  Q.   Trying to find ways to add value with respect to

3  Branch?

4  A.   No, they were just trying to find ways to do something

5  within the team.

6  Q.   And I'd like to zoom in on all of these chats.  You

7  start with saying:  "No worries, we have all teams running on

8  it.  WJL is very involved."

9  What is or who is WJL?

10  A.   I believe I'm referring to Won-Jin Lee.

11  Q.   Who is Won-Jin Lee?

12  A.   At the time, Won-Jin Lee was the head of -- I think it

13  was called software and services, but essentially services on

14  Samsung devices.

15  Q.   And he was based out of Korea?

16  A.   Yes, he was based out of Korea.

17  Q.   When you say "all teams running on it," what were all

18  teams running on?

19  A.   So, here I'm trying to really deflect Antonio and

20  Brandon, because as I was mentioning, they were trying to find

21  ways to add value and inject themselves into various different

22  processes.  So I was just telling them that we have everyone

23  that is necessary involved -- already involved in it.  So

24  people within Samsung Next who are working on this are working

25  on it.

1      Q.  Mr. Hoffman responds to you at 6:21 p.m. and writes:

2  "Google taking on the DOJ now.  Maybe will have them less

3  aggressive in strict interpretations of contracts, so maybe

4  that helps in terms of timing to push Branch."

5      What did you understand Mr. Hoffman to mean with "Google

6  taking on the DOJ now"?

7      A.  You know, I can't really speculate on what Brandon was

8  talking about or where it came from.  But, yeah, I think it was

9  during this time there was rumors of the potential lawsuit from

10  DOJ to Google in the media -- oh, yes, it was, yeah, during

11  that time.  So I think this is what Brandon was referring to.

12      Q.  And what did you understand Mr. Hoffman to mean, that

13  Google might be less aggressive in strict interpretations of

14  contracts?

15      A.  Again, like this is -- I mean, this is what Brandon

16  was saying, so I don't know exactly what Brandon -- where it

17  came from or what his context was given that he had no

18  involvement in any of these discussions.  But I'm just assuming

19  that he heard the challenges that we were facing, and that

20  there could be room for negotiation or something around our

21  current process with Samsung and Google.

22      Q.  And you respond to Mr. Hoffman at 6:26 p.m.:

23  "Actually, the complete opposite.  Google just did an FU to

24  Samsung.  After the DOJ filings, they submitted a new red line

25  that went backwards in all negotiations with Samsung, and was

1    even more aggressive in being restrictive."

2        At the time you wrote this message in PSX812, it had been

3    about five years since Samsung had accepted your recommendation

4    to invest in Branch?

5        A.   Yes, roughly around that time.

6        Q.   And you believed strongly in Branch?

7        A.   I do believe strongly in Branch -- or I did.

8        Q.   When you wrote PSX812, were you expressing your

9    frustration that you couldn't get Branch's full functionality

10   onto Samsung devices?

11       A.   No, 812 was actually really nothing to do with Branch

12   Metrics.  This conversation here was -- well, sorry, it has

13   context to do with Branch Metrics.  But the frustration here is

14   not about the integration, it was more about the potential

15   challenges that we were facing and the information that we

16   heard from the various different team members responsible for

17   those discussions.

18       Q.   And the various challenges you were facing, getting

19   Branch implemented onto Samsung devices?

20       A.   Yes, correct.

21       **MS. MURDOCK-PARK:**  I pass the witness, Your Honor.  I

22   believe our colleagues from the states have just a few

23   questions.

24       **MS. FEDER:**  Good afternoon, Your Honor.  Morgan Feder,

25   Plaintiff State of New York.

1    **THE COURT:**  I'm sorry, is it Feder?

2    **MS. FEDER:**  Feder, F-E-D-E-R.

3    <u>**DIRECT EXAMINATION OF PATRICK CHANG**</u>

4    BY MS. FEDER:

5    **Q.**  Good afternoon, Mr. Chang.  You testified this morning

6    that when Samsung launched the S10 with Branch in 2019, Branch

7    was allowed to search only a limited list of apps.  Do you

8    remember saying that?

9    **A.**  Yes.

10    **Q.**  I have an exhibit I'd like to show you.  Your Honor,

11    may I approach.

12    Mr. Chang, I've handed you what's been marked as PSX00818.

13    And I'm not going to show this on the screen, I just have a

14    couple of questions about it.

15    At the top, do you see that this is an e-mail dated

16    March 8th, 2019 from Hankil Yoon of Samsung to Colin Behr at

17    Branch; do you see that?

18    **A.**  Yes.

19    **Q.**  Did I pronounce that name -- Mr. Yoon's name

20    correctly?

21    **A.**  Yes, correct.

22    **Q.**  And who is Mr. Yoon?

23    **A.**  Mr. Yoon is Harry Yoon who we were referring to

24    earlier.  That is his Korean name.

25    **Q.**  And you're on this e-mail, too, in the CC line, right?

1      **A.**  Yes.

2      **Q.**  Can you turn to page two, please.  Do you see the list

3      that's in the middle of page two?

4      **A.**  Yes, I see the list.

5      **Q.**  What is this list?

6      **A.**  This is a list of approved partners -- or approved

7      apps to be included in the launch of the discovery product

8      embedded within S Finder.

9      **Q.**  These are the apps that Branch was allowed to show

10     results from?

11     **A.**  Yes, correct.

12     **Q.**  And can you turn back to page one.  You see in the

13     second e-mail on page one, there's a question toward the bottom

14     beginning "to confirm."  Do you see that?

15     **A.**  Yes, I see this.

16     **Q.**  And I'm not going to read it out loud, but there's a

17     company name in that question, right?

18     **A.**  Yes, there is a company name in that question.

19     **Q.**  And was that company also an app that was potentially

20     going to be added to the list of approved apps?

21     **A.**  Yes.  Colin was asking for that, yeah.

22     **MS. FEDER:**  Your Honor, I'd like to move to admit

23     PSX00818.

24     **MR. MCGINNIS:**  Subject to the standing objection, no other

25     objection.

1    **MS. FEDER:**  No further questions, thank you.

2    **THE COURT:**  So 818 is admitted.

3    (Exhibit PSX00818 admitted into evidence)

4    **THE COURT:**  Mr. McGinnis.

5    <u>**CROSS-EXAMINATION OF PATRICK CHANG**</u>

6    **BY MR. MCGINNIS:**

7    **Q.**  Good afternoon, Mr. Chang.  My name is Matt McGinnis,

8    and I represent Google in this matter.  I'm going to talk about

9    a few different things that you covered with the plaintiffs'

10   counsel today.  So let me just start, you had mentioned I think

11   that you left Samsung Next in early 2021; is that correct?

12   **A.**  Correct.

13   **Q.**  And is it fair to say that you've had no involvement

14   with Branch Metrics since that time?

15   **A.**  No, I was involved with Branch Metrics during the time

16   that I was still a consultant for Samsung Next.

17   **Q.**  Fair enough.  And I believe that ended somewhere in

18   the first few months of 2021 as well; is that right?

19   **A.**  Correct.

20   **Q.**  And there was also some testimony about Samsung Next

21   versus Samsung or Samsung Electronics.  Can you describe for

22   the Court how Samsung Next is different than some of the other

23   companies in the Samsung family?

24   **A.**  Sure.  So Samsung Next was seen as that innovation arm

25   within Samsung.  Technically, Samsung Next operated under

1    Samsung Electronics which was actually under this entity called

2    Samsung Research America.  But our main objective was to act as

3    this innovation center to help Samsung stay relevant.  So we

4    work with these entities such as Samsung Electronics, which

5    makes the finished goods side -- so mobile devices, appliances,

6    networking equipment, et cetera.  But, at the end of the day,

7    Samsung Next was not a product organization.

8        Q.  And your primary role, I believe, was working on

9    investments in potential outside startups; is that right?

10       A.  Yes.  My primary objective was -- you know, before we

11   invest in startups, we create these theses, and those theses

12   inform us on which startups to invest in.  But, at the same

13   time, we also create strategies for Samsung.

14       Q.  And then I believe another thing that you mentioned

15   was that when you interacted with other -- the product groups

16   within Samsung, you also sort of acted as the BD person for the

17   portfolio companies or the technologies that you had invested

18   in?

19       A.  Yes, so I guess our main goal was to -- you know, we

20   sit in this middle ground where we want to support our

21   portfolio companies, and we sort of act as an outsourced BD

22   team for our portfolio companies to Samsung, but at the same

23   time weighing the strategies and product road maps of Samsung

24   as well.

25       Q.  Understood.  So you would sort of have -- when you're

1    interacting with the Samsung product groups, you sort of have

2    your BD hat on when you're trying to understand what Samsung's

3    view is with respect to implementing particular technologies;

4    is that fair?

5        A.    Sure, yes.

6        Q.    And when we're talking about Branch specifically, you

7    would, for example, have your Branch BD hat on when trying to

8    understand Samsung's position with respect to product?

9        A.    Yes, I mean, we sit with both hats on.  Like I said,

10   we're in that middle ground, so we have both interests in mind.

11   Obviously, we are biased and we want to see our investment

12   successful.  But, at the end of the day, we are Samsung

13   employees, and we want to see the best outcome in terms of

14   products for Samsung.

15       Q.    The plaintiffs' counsel had also asked you some

16   questions about Branch's business at the time of Samsung Next's

17   original investment.  Do you recall that?

18       A.    Yes.

19       Q.    And you had, I believe, referred to the deep linking

20   technology or services that they offered at that time?

21       A.    Right.

22       Q.    Can you describe what those are for the Court, please?

23       A.    Yes.  The deep linking services was the ability to

24   click a link and it takes you multiple pages within an app

25   inside the app.  So you're able to skip just the front page of

4563

1    an app, you can actually go into the direct information that

2    you're looking for within an app.

3        Q.   And this deep linking technology, is this a service or

4    a tool that Branch offered to app developers?

5        A.   Yes, this is a tool that they offered app developers.

6        Q.   And did Branch earn money associated with its deep

7    linking services?

8        A.   I don't exactly remember, at the time when we made the

9    investments, if they were monetizing yet on it.  I think they

10   were still in market penetration phase.

11       Q.   Fair enough.  Fair to say, though, that they have

12   since that point in time -- and in fact today, offer a variety

13   of deep linking services and technologies?

14       A.   Yes, today they do.

15       Q.   And is that, Mr. Chang, distinct from some of the

16   discussion we've had about I think the discovery app that

17   Samsung was integrating into S Finder?

18       A.   Yes, sort of.  So the Samsung discovery app is more of

19   a result of their deep linking technology.

20       Q.   The plaintiffs' counsel had also asked you some

21   questions about the implementation of the Branch technology in

22   early 2019.  Do you recall that?

23       A.   Yes.

24       Q.   And I believe this was the rollout of Branch and S

25   Finder on the S10 phones?

1          A.   Yeah.

2          Q.   And you were asked some questions about conversations

3     that Samsung had with carriers.  Do you recall that?

4          A.   Yes.

5          Q.   And I believe one of the things that you said is one

6     of the messages back to the carriers who had pushed back on

7     this was that what Branch did was not web search; is that

8     right?

9          A.   Correct.

10         Q.   Are you familiar with the term general search engine?

11         A.   Somewhat, generally.

12         Q.   Would you agree with me that the Branch discovery app

13    is not a general search engine?

14         A.   Correct, yes, it is not a general search engine.

15         Q.   You had also referred to the fact that in those

16    discussions, I believe Samsung had made the point that Branch

17    was complementary to Google search.  Do you recall that?

18         A.   That was our argument, that we felt that Branch was

19    complementary to Google.  It enabled all parties to benefit.

20         Q.   And I believe you said that you thought there was a

21    prospect for actually additional money to come in from Branch?

22         A.   This was our personal belief, that we thought with

23    integration with Branch Metrics, that it increases the pie in

24    revenue stream.

25         Q.   Did you ever hear a concern or were aware of a concern

1    from carriers that Samsung would monetize that Branch

2    opportunity rather than the carriers?

3        A.   You know, from my recollection, what we heard, that it

4    was -- you know, they were first most worried about

5    cannibalizing their existing search revenue, and then secondly

6    is the negotiations between carriers and Samsung are always

7    quite difficult.  So both parties want a revenue stream, and I

8    think carriers were trying to protect all -- you know, trying

9    to get as much revenue as possible.  So of course they wanted

10   to potentially limit Samsung to make some revenue.

11       Q.   Plaintiffs' counsel had also asked a number of

12   questions about the limitation on the number of apps that were

13   in that rollout of the Branch technology in 2019.  Do you

14   recall that?

15       A.   Yes.

16       Q.   Can you explain why the number of apps was limited in

17   that implementation of the Branch technology?

18       A.   Yes.  You know, the --

19       THE COURT:  I'm sorry, could you just repeat the question

20   one more time?

21   BY MR. MCGINNIS:

22       Q.   Sure.  Can you explain, Mr. Chang, why the number of

23   apps that Branch could search in the 2019 implementation of S

24   Finder was limited to the -- to a discrete list?

25       A.   Yes, from various different groups, they had their own

1    objectives.  So the product team had their objective on

2    limiting the number of apps, and so did various different

3    business teams.

4        Q.  So, in other words, the way that -- just to make sure

5    I understand this.  If the Branch technology is implemented,

6    Branch has a partnership with these app companies; is that

7    correct?

8        A.  Correct.

9        Q.  And there were those within Samsung that thought that

10   Samsung should have those partnerships with the app companies

11   directly; is that fair?

12       A.  With a select few of those app companies; they were

13   already working on those partnerships.

14       Q.  And Samsung in fact did have, at least I think, a

15   couple of partnerships in place with particular app companies

16   at that time?

17       A.  I don't recall if it was at the exact time of launch,

18   but eventually they did.

19       Q.  And is it correct, sir, that Google's agreements with

20   Samsung did not impact the list of apps that Branch could

21   search in that 2019 implementation?

22       A.  You know, I can't confirm if the Google agreement had

23   any impact or not.  It potentially could have.  But, again, I

24   was not involved in those Google negotiations or contract, so I

25   don't know if the agreement had any impact on the app list.

1      Q.  But so far as you're aware, you have no reason to

2    believe that the Google agreement did impact that number of

3    apps, correct?

4      A.  Not that I know of.  But, again, I don't know the

5    agreement.

6      Q.  You had also been asked a number of questions about

7    some Slack messages in July through October of 2020.  Do you

8    recall that?

9      A.  Yes.

10      Q.  And can you just describe why, I guess, were you

11    discussing Branch at that time?  Was this in connection with a

12    modification of Branch?

13      A.  I mean, could we use specific examples on the --

14      Q.  Let me ask a better question.  Do you recall,

15    Mr. Chang, that at that time, there was discussions about

16    trying to monetize the Branch implementation in S Finder?

17      A.  Yes.

18      Q.  And by monetization, did you understand that one

19    possibility under discussion was whether Branch could have

20    advertisements in the search results for particular apps or

21    suggested apps to download?

22      A.  Yes.

23      Q.  And I believe you had testified that during that July

24    through October period, you understood that there were those at

25    Samsung that were negotiating the agreement with Google,

1    correct?

2        **A.**  Correct.

3        **Q.**  But you have not seen the agreement, correct?

4        **A.**  I have not seen the agreement, no.

5        **Q.**  Do you know when that agreement was finalized?

6        **A.**  I don't exactly know when the agreement was finalized,

7    no.

8        **Q.**  It was sometime after October of 2020, which is I

9    think the last exhibit we saw?

10       **A.**  Yes, right.

11       **Q.**  You had actually also identified, in response to

12   plaintiffs' questions, a number of reasons why, in your view,

13   the Branch technology was not -- did not have I think full

14   functionality was the words that plaintiffs' counsel used.  Do

15   you recall that?

16       **A.**  Yes.

17       **Q.**  And I believe you had said UX/UI, internal

18   stakeholders and priorities.  Does that sound familiar?

19       **A.**  Yes.

20       **Q.**  I'd like to talk about those for a few minutes here to

21   understand the reasons for the functionality.  There was also

22   some testimony about an individual named VP Sally.  Do you

23   recall that?

24       **A.**  Yes.

25       **Q.**  And for the Court's benefit, is VP the title of VP

1    Sally?

2        A.   Yes.

3        Q.   And Sally was -- and do you know her last name?

4        A.   It's in the documents, but we used VP Sally as a short

5    name to refer to her.

6        Q.   And VP Sally was the head of the S Finder team; is

7    that right?

8        A.   She was head of multiple different products, and S

9    Finder was one of them.

10        Q.   And so fair to say that she was the critical decision

11    maker with respect to the S Finder implementation?

12        A.   Only from a product perspective.  From the final

13    implementation, it has many stakeholders.

14        Q.   And S Finder, as I understand it, is the on-device

15    search functionality on Samsung phones?

16        A.   Correct.

17        Q.   Is that generally comparable to the Spotlight function

18    on Apple?

19        A.   Spotlight functionality was significantly more

20    advanced.  S Finder, at the time, was just an on-device search

21    product.  But the goal was to attempt to match or exceed

22    Spotlight.

23        Q.   So fair to say that from VP Sally's perspective, it

24    was important to get this implementation correct?

25        A.   Correct.

4570

1    **Q.** And did she have a view on the Branch integration in S

2    Finder?

3    **A.** Yes, she had a view.

4    **Q.** Fair to say she was -- had significant concerns or

5    objections to a broader implementation of the Branch

6    integration?

7    **A.** It depends on what the timing that we're talking

8    about. Initially she was very ecstatic about it and eager to

9    install it.

10   **THE COURT:** Did you say ecstatic?

11   **THE WITNESS:** Ecstatic.

12   **THE COURT:** I didn't mean to interrupt your answer, I just

13   didn't hear the word. Feel free, if there was more to your

14   answer.

15   **THE WITNESS:** No, like I said, it just depends on the

16   timing that you're referring to.

17   **MR. MCGINNIS:** Your Honor, may I approach?

18   **THE COURT:** Sure.

19   **BY MR. MCGINNIS:**

20   **Q.** So Mr. Chang, you've been handed what is a very small

21   binder. It does have more than one document, but a few

22   documents that we're going to talk about today. I'd like to

23   start with DX696, please. Sir, do you recognize this? Take

24   your time.

25   **A.** Yes, I recognize this.

1      Q.   And this is, again, a series of Slack messages
2   involving you and other individuals at Samsung Next, correct?
3      A.   Correct.
4      Q.   And it's dated November 5th, 2020, do you see that?
5      A.   Yes.
6      Q.   And so this is after all of the messages that the
7   plaintiffs' counsel -- the Slack messages that plaintiffs'
8   counsel showed you, correct?
9      A.   Correct.
10     MR. MCGINNIS:  Your Honor, I'd offer DX696 into evidence.
11     MS. MURDOCK-PARK:  Subject to the same hearsay objection.
12     THE COURT:  It will be admitted subject to the hearsay
13  issue.
14        (Exhibit DX696 admitted into evidence)
15  BY MR. MCGINNIS:
16     Q.   Directing your attention, Mr. Chang, to the message at
17  November 5th at 12:22 a.m.  Do you see that?  That was written
18  by Harry Yoon.
19     A.   I see this.
20     Q.   And Mr. Yoon, I believe, was a member of the Samsung
21  Next team; is that right?
22     A.   Correct, based in Korea.
23     Q.   And he begins by saying:  "According to Soon when I
24  met him."  Do you know who Soon is?
25     A.   Yes, Soon was a team member on Won-Jin Lee's team

1    based in Korea.

2        Q.   And can you remind the Court what Won-Jin Lee's group

3    was responsible for?

4        A.   At that time, Won-Jin Lee was responsible for services

5    on Samsung devices, mobile devices.

6        Q.   And Mr. Yoon reports:  "According to Soon when I met

7    him, Google contract will not equal a hurdle, but Sally team

8    will be more problem."

9        So is your understanding of that that what Soon is

10   reporting is that as of November 5th, 2020, the Google contract

11   will not be a hurdle with respect to Branch, but that VP

12   Sally's team will be a problem?

13       A.   Here -- you know, again, this is Harry reporting back

14   to me, so I don't know exactly know what his conversation with

15   Soon is and what his -- what he -- what Soon relayed to him,

16   and what the context of Google contract not being a hurdle or

17   Sally's team being more of a problem.  It was here, all I saw

18   was we just had another challenge with another team.

19       Q.   And that challenge with another team was VP Sally's

20   team, correct?

21       A.   Correct.

22       Q.   And so did you take from this that you needed to try

23   to persuade VP Sally if you were going -- with your BD hat on,

24   Branch would succeed in actually obtaining the monetization

25   that it wanted?

1          **A.**  Here -- so VP Sally wasn't responsible for

2    monetization component, she was a product person.  So here --

3    you know, in general, if we wanted VP Sally's approval, it was

4    to get Branch integration more likely to be integrated into

5    devices.  But she was not a final decision maker in these

6    matters either.

7          **Q.**  Did VP Sally have UX or UI concerns about the Branch

8    integration?

9          **A.**  Depending on timing.  So here, if we're talking about

10   this 11/5 discussion, I believe there were concerns on UX/UI.

11         **Q.**  And can you describe for the Court, when you say

12   UX/UI, what does that refer to?

13         **A.**  User experience and user interface.

14         **Q.**  Please look at DX695.  And this is another Slack

15   message dated -- well, the same day, with a message from you at

16   the top at 6:50 p.m.  Do you see that?

17         **A.**  I see this.

18         **MR. MCGINNIS:**  Your Honor, I offer DX695.

19         **MS. MURDOCK-PARK:**  Subject to our objections.

20         **THE COURT:**  Okay.

21         (Exhibit DX695 admitted into evidence)

22         **THE COURT:**  Mr. Chang, can I just ask a quick clarifying

23   question, I don't know that it's been asked.  We've heard about

24   where other people -- some people were located.  Where were you

25   located at the time?

1    **THE WITNESS:**  I was located in the Bay Area.  I operated

2    out of the Mountain View office.

3    **THE COURT:**  I inferred as much, but I wanted to check.

4    Thank you.

5    **BY MR. MCGINNIS:**

6    **Q.**  Mr. Chang, turning -- directing your attention to the

7    top message that you wrote at 6:50 p.m., you write there:

8    "WJL's team" -- is that a reference to Won-Jin?

9    **A.**  Yes, correct.

10   **Q.**  "Wants to help convince VP Sally."  Do you understand

11   that this is a reference to Branch?

12   **A.**  Yes.

13   **Q.**  "She is stuck on how she doesn't want to change

14   anything.  She also has reservations because engagement isn't

15   high on current Branch links."

16   Do you see that?

17   **A.**  Correct.

18   **Q.**  Do you know, what were you referring to when you said

19   "engagement isn't high on current Branch links"?

20   **A.**  Yes, here I was speaking about the current usage of

21   Branch's features on the S Finder device.

22   **Q.**  And when you wrote engagement isn't high, is that a

23   reference to users clicking on the links?

24   **A.**  Correct, the users using the product.

25   **Q.**  In other words, what Samsung was finding is that users

1    were not clicking on the Branch links in a search result when

2    they were using S Finder; is that fair?

3        A.  Yeah, so it was not highly engaged, because there was

4    multiple different reasons on why the product wasn't going to

5    be successful from the start.  So it had its challenges on

6    getting in front of consumers.

7        Q.  And just to explain what that means, because this --

8    the technology, I think, is important here.  What Branch was

9    doing was providing in-app links to particular pages within

10   apps, correct?

11       A.  Correct, they were searching apps and surfacing

12   content within mobile applications.

13       Q.  And so if you searched for pizza in S Finder, you'd

14   get a link for a pizza place nearby within Yelp, for example?

15       A.  Yes, as an example.

16       Q.  And what you were conveying here is that Samsung was

17   finding that users weren't clicking on those particular links

18   as much as Samsung hoped or anticipated; is that fair?

19       A.  Yes, so there was multiple different reasons on why

20   people weren't clicking on it.

21       Q.  Do you recall if Samsung was actually finding that

22   users were searching just for the name of an app rather than

23   the particular link within -- or the page within an app?

24       A.  That could be one reason, but it wasn't one of the

25   main reasons that we thought -- that we were speculating on the

4576

1    low engagement.  But, yes, one of the hurdles when we first

2    integrated the app was could we educate users on typing in more

3    than an app, given that S Finder is known to be an on-device

4    search product.

5         Q.  You go on then to sort of explain, I think, how you

6    would like to try to address that with her.  In the middle of

7    the paragraph, in the sentence that begins "main message," I

8    think you say -- your main message is that what you're trying

9    to do here is grounded in a user experience improvement.

10        Do you see that?

11        A.  Yes.

12        Q.  So was it your objective here to try to persuade VP

13   Sally that you could make improvements that would alter the

14   user experience in a way that perhaps she would be persuaded?

15        A.  Yes, correct.  Like I said earlier, there was lots of

16   user experience reasons on why the Branch links were not being

17   surfaced, which we state in a previous sentence on concessions

18   on TSG -- which is terms of service agreement.  This was more

19   of the opt into feature for Branch.  So Branch was not an opt

20   out, so it was very difficult for consumers to ever get the

21   functionalities of Branch.

22        THE COURT:  I'm sorry, could you repeat that last portion?

23        THE WITNESS:  Yeah, so in the sentence above -- or sorry,

24   previous to it -- yes, two sentences, I apologize, where I'm

25   referring to concessions on the terms of service agreement.

1    This was the UX improvement that could change, which is when

2    terms of service agreement is more of an opt in to certain

3    services.  And the way the flow worked was in a very weird spot

4    that consumers never actually opt into the feature, and they

5    never saw Branch links which caused the engagements to be quite

6    low, because no one ever opted in since they never saw it.

7    **BY MR. MCGINNIS:**

8    Q.  Mr. Chang, with respect to TSG in particular, do you

9    recall if there was a group within Samsung that was called TSG?

10   A.  Oh, tech strategy group, yes, I do.

11   Q.  Do you know if the reference to TSG here refers to the

12   tech strategy group?

13   A.  Actually, yes, I believe you're correct here actually.

14   Q.  And the tech strategy group, they were the initial

15   champion of the Branch implementation in 2019; is that fair?

16   A.  Yes.

17   Q.  And are you trying to convey here that TSG had to make

18   certain modifications to the implementation because of concerns

19   that VP Sally had raised in 2019?

20   A.  Yes, I think what we're referring to here actually

21   is -- so the tech strategy group as the champion to Branch,

22   they are the team that -- when we were referring to the other

23   document, they're the ones that also, similar to us, kind of

24   sit in between products team, business teams and potential

25   partners.

1      Q.  You had mentioned I think some other experience --

2  user experience concerns that I think VP Sally had raised.  Do

3  you recall anyone at Samsung ever raising concerns about the

4  performance of the Branch technology on S Finder?

5      A.  At this moment, I can't recall exactly what concerns

6  were potentially brought up.  But, yes, I can't recall at the

7  moment.

8      Q.  Understood.  Mr. Chang, let's take a look at DX698 and

9  see if that helps.

10     **THE COURT:**  Just before you move on, you had said that

11 users had not opted in because they did not see it.  Can you

12 tell me, what did you mean by that?

13     **THE WITNESS:**  Yes.  So, sorry, I was confused by this

14 statement on TSG, but it had reminded me of a different issue

15 on the flow of how the product is shown.  So with terms and

16 service agreements, in order to opt into a certain product, you

17 have to click on agreeing to the terms of services.  Many times

18 within devices, all of those terms of services are loaded up on

19 the beginning of setup.  In certain cases within Samsung

20 devices -- or maybe other devices, I'm not exactly sure, the

21 terms of services are shown when you activate a service.  And

22 the flow of where to opt into Branch for this within S Finder

23 was kind of hidden, and it never showed back up again.  So

24 people, if they accidentally clicked no, they could never, ever

25 see it again and opt into the service.

1    BY MR. MCGINNIS:

2        Q.    And Mr. Chang, is your understanding that the opt in

3    was necessary for the Branch implementation here, because a

4    user had to consent to the sharing of its -- his or her

5    information with Branch in order for the functionality to work

6    to its full functionality?

7        A.    I believe so; I think so.

8        MR. MCGINNIS:    Your Honor, if it's okay with you, I'll go

9    ahead and move on to the next exhibit.

10       THE COURT:    Thank you, counsel.

11   BY MR. MCGINNIS:

12       Q.    DX698, Mr. Chang, which is second to last in your

13   binder.  So we were talking about I think some -- I had asked

14   you a question about performance concerns with the Branch

15   technology.  This is a series of Slack messages, again,

16   involving you and other members of the Samsung Next team dated

17   November 24th, 2020.  Do you see that?

18       A.    Yes.

19       Q.    So this is a couple of weeks, I think, after the last

20   two messages we looked at.

21       A.    Okay.

22       Q.    And you are a member on this chain, correct, sir?

23       A.    Yes.

24       MR. MCGINNIS:    I would offer DX698 into evidence.

25       MS. MURDOCK-PARK:    Subject to our objections.

1      **THE COURT:**  Okay, it will be admitted.

2          (Exhibit DX698 admitted into evidence)

3  BY MR. MCGINNIS:

4      **Q.**  At the top of this message, we have Harry Yoon again

5  reporting on a call he had with Jack and Jehoon.  Do you see

6  that?

7      **A.**  Yes.

8      **Q.**  Do you know who Jack and Jehoon are?

9      **A.**  Actually, at this time, I can't exactly recall who

10  Jack and Jehoon are.

11     **Q.**  Do you know if they were members of the TSG team?

12     **A.**  I can't -- I don't recall exactly if Jack and Jehoon

13  were on the TSG team.

14     **Q.**  Fair enough.  Let me direct your attention to your

15  message at 2:53 p.m. a little bit further down.  And you'll see

16  that you respond by saying:  "What is behind TSG's thoughts?"

17  Do you see that?

18     **A.**  I see this.

19     **Q.**  Do you understand that you are reacting to some of the

20  things that Mr. Yoon is reporting from his conversation with

21  Jack and Jehoon?

22     **A.**  Yes.

23     **Q.**  And part of what Mr. Yoon is saying to you -- and take

24  your time to read it, is that Branch is supposed to come back

25  with some ideas about how to address some of the concerns that

1    the S Finder team had raised.  Do you see that?

2        A.  I see it.

3        Q.  And in response to your question, Mr. Kim responds, do

4    you see that, at 7:18 p.m.?

5        A.  I see it.

6        Q.  And he writes:  "TSG stands by S Finder R&D team's

7    evaluation that Branch slows down the finder product, slows

8    down the browser, drains the battery, overclocks the CPU, hence

9    damaging the phone."

10        That is what Mr. Kim was reporting as concerns that were

11    raised, correct?

12        A.  I see that comment.  But if you look at the messages

13    further on, these were just comments relayed by the S Finder

14    team without much justification.

15        Q.  Understood.  These were the concerns that they were

16    relaying to members of the Samsung Next team, correct?

17        A.  Yes.

18        Q.  And you were obviously not involved in any of the

19    discussions on the Samsung products side as to whether those --

20    what those -- the details of those performance concerns were,

21    correct?

22        A.  Yes, so I wasn't part of those discussions on the

23    product side, but we discussed with product team, yes.

24        Q.  Mr. Chang, do you also recall Samsung ever raising

25    concerns about the latency of the product?

1     **A.**   The team -- so, you know, the comments here, S Finder

2    team had mentioned the latency.  But as I recall, we, as in

3    Samsung Next, had reservations on if there were grounds for

4    actual performance issues.

5     **Q.**   This was a concern that Samsung had raised before

6    November 2020 as well.  Do you recall that?

7     **A.**   Potentially.  I don't exactly recall, but maybe.  It

8    sounds familiar.

9     **Q.**   If we can actually just look briefly at PSX00952,

10    which is -- you can actually choose either binder to look at

11    this document, because it is in both of them.  But it should be

12    the last document in your black binder.  And this is something

13    that plaintiffs' counsel showed you.  Do you recall this

14    document?

15     **A.**   Yes.

16     **Q.**   So, Your Honor, this is already, I believe, in

17    evidence subject to our hearsay objection.  And this was the --

18    I believe your summary of -- or timeline of a series of

19    meetings and conversations regarding Branch.  Do you recall

20    that?

21     **A.**   Yes.

22     **Q.**   If I can direct your attention to March of 2020, which

23    is on page five of the document.

24     **A.**   Yep.

25     **Q.**   We'll pull it up on the screen, too.  There you write:

4583

1       "Based on Samsung India's feedback, Branch proposes to develop

2       an improved version of the product that will cater better to

3       navigational (app name searches) by operating offline and

4       thereby reducing latency with shortcuts."

5           Do you see that?

6       **A.** I do see that.

7       **Q.** And is this -- is it your understanding that this was

8       Samsung India feedback regarding the latency of the product at

9       that time?

10      **A.** I see that we're talking about latency here, but I

11      don't know where Samsung India got the feedback on latency.  I

12      think, from what I recall, they were also addressing latency

13      due to the VP Sally type of discussions around latency.

14      **Q.** Just so the record is clear, can you describe -- when

15      we're talking about latency here, can you describe your

16      understanding of what latency is?

17      **A.** Here, what I think the latency issues that they were

18      claiming were that the app did not react fast enough and have

19      the shortcuts show up as quickly as expected.

20      **Q.** So when you search for pizza for me, you get some

21      waiting before you actually get the results of where you can go

22      get pizza?

23      **A.** Some waiting.

24      **Q.** Some waiting, fair enough.

25      **A.** What they think is some waiting.

4584

1    Q.   Back to November of 2020.  Do you recall concerns

2   being raised by Samsung about what sort of partner Branch was

3   for Samsung?

4    A.   It depends on which group you spoke to or who we're

5   referring to.  But some groups had concerns due to various

6   different things.  But, yes, it depends on which group.

7    Q.   Fair enough.  And I think what you said earlier today

8   is within Samsung, there's a lot of different groups with a lot

9   of different opinions on these issues?

10    A.   Yep.

11    Q.   And part of the challenge within Samsung, in a

12   complicated organization, is getting everyone to agree on

13   something in order to implement what you wanted to implement,

14   correct?

15    A.   Yes.

16    Q.   Let's look at -- well, before I show you the document,

17   we've also talked about -- you mentioned earlier, I think, some

18   of the carrier OE -- or carrier Samsung relationship.  Is it

19   fair to say that that is a tricky relationship?

20    A.   It's a complex relationship.

21    Q.   And why, in your experience, is the Samsung

22   relationship with carriers complicated?

23    A.   I personally don't have any experience between Samsung

24   and the carriers.  But what I hear from our counterparts that

25   were involved in the Samsung and carrier negotiations is there

1    are also multiple different parties involved in those

2    negotiations, and all those parties have their own

3    counter-parties that they are negotiating with as well.

4        Q.   And in the United States, fair to say that carriers

5    are the primary method that mobile devices are distributed?

6        A.   For Samsung, yes, from my understanding.

7        Q.   And do they sometimes use that as a point of leverage

8    with an OEM like Samsung?

9        A.   Again, I personally don't have that experience on what

10    leverage they have or don't have.  But my understanding from my

11    colleagues that were involved with those is, yes, that is one

12    of the points.

13        Q.   Please look at DX697.  This is another Slack message

14    from November of 2020 involving you and other members of the

15    Samsung Next team.  Do you see that?

16        A.   Yes.

17        MR. MCGINNIS:  Your Honor, I would offer DX697 into

18    evidence.

19        MS. MURDOCK-PARK:  Subject to our objections.

20        THE COURT:  It will be admitted.

21        (Exhibit DX697 admitted into evidence)

22    BY MR. MCGINNIS:

23        Q.   And if I can direct your attention, Mr. Chang, to the

24    message that you wrote on November 17th at 7:38 p.m.  At the

25    beginning there, you seem to be on a phone call of some form.

1    Do you see the services call?

2        **A.**   Correct.

3        **Q.**   Do you know what that was a reference to?

4        **A.**   I don't exactly remember which service call this is

5    exactly referring to.

6        **Q.**   You then write:  "Samsung feels that Branch is not a

7    trustworthy partner, because they think they are using the

8    carrier to bully Samsung into integration.  Carriers are using

9    Branch as a negotiation chip at the moment to threaten Samsung

10   about not integrating other features.  They believe Branch is

11   playing both sides."

12       That was your takeaway that you shared with the rest of

13   the Samsung Next team on that date, correct?

14       **A.**   Yes.

15       **Q.**   And that was at least the view of some folks within

16   Samsung when it came to discussing whether there should be a

17   monetization partnership with Branch, correct?

18       **A.**   This was referring to only the services team, Won-Jin

19   Lee's team.

20       **Q.**   And so Won-Jin Lee -- so services refers to Won-Jin

21   Lee's team?

22       **A.**   I'm referring to the not trustworthy partner.  So when

23   I say Samsung, it doesn't mean Samsung as a whole, just the

24   Won-Jin Lee's team at the moment.

25       **Q.**   Understood.  So your understanding, and what you were

**4587**

1    summarizing here, was that Won-Jin Lee's team felt that Branch

2    was not a trustworthy partner for the reasons that you describe

3    here, correct?

4        **A.**  Correct.

5        **Q.**  Mr. Chang, you can set that aside.  Mr. Chang, you

6    were also asked a number of questions today about some Slack

7    messages in July through October that referenced Google or

8    Samsung's agreement with Google.  Do you recall that?

9        **A.**  Yes.

10       **Q.**  And these -- you understood at the time that Google

11   and Samsung were negotiating a new agreement, correct?

12       **A.**  Correct.

13       **Q.**  And I believe you'd earlier referred to an agreement

14   that was in place at the time that had been entered into in

15   2017.  Do you recall that?

16       **A.**  Yes.

17       **Q.**  And your recollection was that Samsung Next had sought

18   and obtained the carve-out that they wanted in that 2017

19   agreement in order to preserve the, I think, optionality that

20   you wanted for the products and services that Samsung Next

21   wanted to invest in; is that correct?

22       **A.**  I don't know if it's around software and services that

23   Samsung Next wanted to invest in, but it was more the

24   optionality for various different products and services that we

25   could potentially integrate that were either investments or

4588

1    partnerships or anything.

2         Q.   And you were not involved in any of the negotiations

3    of the 2020 Samsung-Google agreement, correct?

4         A.   The 2020, no, I was not involved in any of those

5    discussions.

6         Q.   And you haven't seen the full 2020 Samsung-Google

7    agreement either, correct?

8         A.   Yes, no, we were -- I personally never saw the Google

9    agreement.

10        Q.   And you don't know one way or another what that

11   agreement says, for example, about the carve-out that you

12   referenced that was in the 2017 agreement; is that fair?

13        A.   I personally don't know what was done with the Google

14   agreement.  The only information that we got was from the

15   Google -- the team that was responsible for the Google

16   negotiations.

17        Q.   And once that Google agreement was signed, though, you

18   continued to work on a potential integration of -- a broader

19   integration of the Branch technology into the Samsung phones,

20   correct?

21        A.   I don't exactly remember when the Google agreement was

22   signed in the 2020 negotiation, so I don't know if I was still

23   working on the Branch integrations post signing or pre-signing.

24        Q.   You were working on the Branch integration up until

25   you left Samsung Next, correct?

1      A.    Yes.

2      Q.    And that was in early 2021 at some point?

3      A.    Right.

4      Q.    Okay.  A number of -- I think in the documents you

5  were shown, you also referred to the fact that the information

6  you were learning about these Google agreements was coming from

7  other people, correct?

8      A.    Correct.

9      Q.    And sometimes, if I understood you correctly, you

10 would get information from Harry Yoon or someone else on the

11 Samsung Next team; is that right?

12     A.    No, so we would get information either from Harry or

13 from the service team or from Jay Kim's team directly.

14     Q.    And part of what you were trying to do there, again,

15 is, as the BD person, try to understand what feedback you were

16 getting from the services teams or the product teams as to what

17 they thought about a modified Branch implementation; is that

18 fair?

19     A.    Yes.  So we sit as this middle ground and use a mosaic

20 of information to make our best judgment from multiple

21 different parties.

22     Q.    And the information that you're getting, though, was

23 often coming secondhand or thirdhand; fair to say?

24     A.    Most of the time coming directly from certain team

25 members.

1    Q.  So you'd hear it from a team member, but they're also

2    hearing it from another team member in Korea, for example?

3    A.  Sometimes.  Sometimes we'd hear it directly from that

4    team member or sometimes we'd hear it from our team member

5    based in Korea.

6    Q.  Some of the messages that you were also shown by

7    plaintiffs' counsel referred to a discussion among Google and

8    Samsung about connected search or an internet connection with

9    search.  Do you recall that testimony?

10    A.  Yes.

11    Q.  Fair to say you have no idea one way or the other

12    whether any language like that or a provision that addresses

13    that actually ended up in the Google-Samsung agreement that was

14    executed?

15    A.  On execution, no, I do not know what is finalized.

16    Q.  And sir, have you been involved -- outside of this

17    agreement, have you been involved in complicated contract

18    negotiations before?

19    A.  I've been involved in complicated contract

20    negotiations.

21    Q.  And sometimes they go -- extend over a long period of

22    time?

23    A.  Yes.

24    Q.  And fair to say that sometimes the terms of agreement

25    or the proposals change over time before they're entered into a

1    final agreement?

2        **A.**   Yes, sure.

3        **Q.**   And Mr. Chang, based on your experience, would you

4    agree that, at the end of the day, the agreement -- the actual

5    signed agreement that the parties enter into is the best

6    indication of what they agreed to?

7        **A.**   I mean, best is subjective, but best efforts I guess.

8        **Q.**   But if you wanted to know what, for example, Samsung

9    agreed to in the Google-Samsung agreement, you'd want to look

10   at the agreement; is that fair?

11       **A.**   Right, right, sure.  Yes, sorry.

12       **MR. MCGINNIS:**  No further questions.

13       **THE COURT:**  Ms. Murdock-Park, any redirect?

14       **MS. MURDOCK-PARK:**  Extremely briefly, Your Honor.

15           **REDIRECT EXAMINATION OF PATRICK CHANG**

16   **BY MS. MURDOCK-PARK:**

17       **Q.**   Mr. Chang, if you could go back to DX695, which

18   Google's counsel was discussing with you.  And I'd like to draw

19   your attention back to your 6:50 p.m. message.  Do you see

20   that?

21       **A.**   Yes, I see this.

22       **Q.**   And the second into third lines down you write:

23   "That's" -- well, let me read the whole sentence.  "She has

24   also reservations because engagement isn't high on current

25   Branch links.  But that's comparing apples to oranges since the

1  new proposal is a completely different product and purpose."

2      Was VP Sally referring to the limited version of Branch

3  Metrics?

4      A.  Yes.

5      Q.  And -- thank you, you can put DX695 aside.  Did you

6  eventually give up trying to get a carve-out on the 2020 Google

7  and Samsung agreement?

8      A.  I don't recall if I ever gave up on it.  We shifted

9  our strategy several times, because the main objective was to

10  try to, in our minds, produce the best S Finder product that we

11  believed in, which we believed included the Branch Metrics

12  capabilities.  But sometimes our goals shifted, sometimes we

13  felt we had barriers from certain parties.  I don't recall if I

14  ever truly gave up on creating the carve-out to stay.

15      Q.  I'm going to try and refresh your recollection.  If I

16  may approach, Your Honor.  Mr. Chang, if you could turn to

17  page -- well, I should ask first, do you recall being deposed

18  in this case?

19      A.  Yes.

20      Q.  The deposition was under oath?

21      A.  Yes.

22      Q.  And you testified truthfully and accurately?

23      A.  Yes.

24      Q.  If I could have you look at page 315 of your

25  deposition.  It's actually pages -- let me make sure I have

1    this correctly.  Page 315 -- let's start at page 314, line 12,

2    and it will go to the answer on 316, line nine.  I want to make

3    sure you have the background.

4         A.  Sorry, which line?

5         Q.  I'm sorry, page 314, line 12.  And then there's back

6    and forth question and answer that it isn't totally clear what

7    you're talking about.  But I'm really focusing on the question

8    and answer at page 315, lines 21 through the answer on 316,

9    line nine.

10        A.  Okay.

11        Q.  And you can go ahead and put that aside, Mr. Chang.

12   Do you recall trying to give up on the carve-out of the -- you

13   can put your deposition aside.

14        A.  Okay.

15        Q.  Does that refresh your recollection whether you gave

16   up on trying to get a carve-out in the Google-Samsung

17   agreement?

18        A.  I don't think -- I can't remember -- I don't know if

19   this is saying that we gave up on it per se.  I think we

20   were -- like I said, we had multiple different methods, so

21   potentially deprioritizing it was probably the focus.

22        Q.  And part of your answer, though, was:  "I think we

23   gave up on trying to get any type of carve-out."

24        Do you see that?

25        A.  Yeah.

1          **MS. MURDOCK-PARK:**  No further questions, Your Honor.

2          **THE COURT:**  Ms. Feder?

3          **MS. FEDER:**  Nothing further.

4          **THE COURT:**  Mr. Chang, thank you very much for your time

5     and your testimony.  I know you've been traveling a lot, so

6     thank you for being with us.

7          **THE WITNESS:**  Thank you, Your Honor.

8          (Brief interruption)

9          **MR. SEVERT:**  Good afternoon, Your Honor.  Adam Severt for

10    the United States.

11         **THE COURT:**  Is Professor Whinston our next witness?

12         **MR. SEVERT:**  Yes, Your Honor.  The United States at this

13    time calls Professor Michael Whinston.

14         **DEPUTY CLERK:**  Please raise your right hand.  Do you

15    solemnly swear or affirm that the testimony you'll provide to

16    the Court will be the truth, the whole truth, and nothing but

17    the truth?

18         **THE WITNESS:**  I do.

19         **DEPUTY CLERK:**  Thank you.

20         **THE COURT:**  Professor Whinston, welcome.

21         **THE WITNESS:**  Thank you.  It's an honor to be here.

22         **THE COURT:**  It's nice to have you.

23         **DIRECT EXAMINATION OF MICHAEL WHINSTON**

24    BY MR. SEVERT:

25         **Q.**  Professor Whinston, would you please state and spell

1    your name for the record, please.

2        A.   Sure.  Michael D. Whinston; M-I-C-H-A-E-L, D. --

3    Dennis, for Dennis, Whinston, W-H-I-N-S-T-O-N.

4        Q.   And Professor Whinston, would you mind just by

5    starting with giving the Court your educational background?

6        A.   So I have a BS from Wharton School at University of

7    Pennsylvania in economics.  I have also an MBA from the Wharton

8    School, and then a PhD from MIT in economics in 1984.

9        Q.   And where are you currently employed?

10       A.   At MIT.

11       Q.   And what's your title or position at MIT?

12       A.   The Sloan Fellows Professor of Management.  So I'm

13   half appointed in the business school, in the Sloan school, and

14   half of my appointment is in the economics department.

15       Q.   And have you taught anywhere besides MIT?

16       A.   I have.  When I finished my PhD in 1984, I started as

17   an assistant professor at Harvard, and eventually was full

18   professor.  I was there until 1997.  In 1997, I moved to

19   Northwestern, to the economics department there.  And in 2013,

20   I moved back to MIT in my current position.

21       Q.   And what courses do you teach?

22       A.   So I teach courses both in the business school and in

23   the economics department.  In the economics department, I'm

24   teaching PhD courses.  So I teach in the industrial

25   organization course, a sequence that we have for that

1    specialty.  And then as well some -- in some of the sequence

2    for organizational economics.  And then in the business school,

3    I teach -- right now I'm teaching executive MBAs --

4        Q.  And --

5        A.  Sorry, microeconomics.

6        Q.  And in what fields do you conduct your scholarship?

7        A.  So my research is in a range of areas in

8    microeconomics.  The most significant is industrial

9    organization.  As well, I've done work in microeconomic theory,

10   some work in health economics, some work in law and economics.

11   So a range of areas, but industrial organization is the primary

12   one.  And, Your Honor, that includes teaching antitrust --

13   sorry, research and antitrust economics, and that's also taught

14   in the PhD sequence.

15       Q.  Can you give the Court just a brief explanation of

16   what is industrial organization economics?

17       A.  Sure.  So, Your Honor, the -- I guess the one sentence

18   summary that we tell prospective PhD students is it's the study

19   of markets -- market outcomes and firm behavior in markets

20   where firms may have market power.

21       Q.  And can you give us an example or two of papers that

22   you've published in the industrial organization area?

23       A.  Sure.  So I've written quite a number of papers on

24   different topics in antitrust.  So I've written on horizontal

25   mergers, I've written on exclusive dealing.  One paper, for

1      example, was about exclusive dealing -- sorry, antitrust in

2      innovative markets where one issue was about exclusive

3      contracts.  I've written on tying, tacit collusion, a range of

4      things.

5          Q.  And have you published any books?

6          A.  I have.  So I've published three books.  One -- so,

7      Your Honor, in the first year of effectively all PhD programs,

8      there's a required microeconomic theory course.  And so in

9      1995, I coauthored a textbook for that that, I guess since that

10     time, has been the leading textbook.  I've written two other

11     books.  There's an undergraduate microeconomics textbook as

12     well, and then I have a book on antitrust economics that came

13     out of some public lectures that I taught -- that I gave.

14         Q.  And have you won any prizes or honors for your

15     scholarship?

16         A.  I have.

17         Q.  What are they?

18         A.  Sorry, so I've I guess won three prizes for best

19     antitrust paper in a year.  So that paper I mentioned about

20     innovative industries, antitrust in innovative industries was

21     one.  More recently, one on -- one for a paper on concentration

22     thresholds for horizontal mergers.  And a few years ago I

23     won -- so Econometrica, Your Honor, is one of the top five

24     general interest journals in economics, and they have --

25         THE COURT:  Econometrics, you said?

1          **THE WITNESS:**  Econometrica.

2          **THE COURT:**  Econometrica, got it.

3          **THE WITNESS:**  And so it has a prize for the best applied

4     paper in the last five years, and I won that a few years ago

5     for a paper that I coauthored on competition in health

6     exchanges.

7          **MR. SEVERT:**  Your Honor, at this time, the United States

8     moves to qualify Professor Whinston as an expert in the field

9     of industrial organization economics.

10         **MR. SCHMIDTLEIN:**  No objection.

11         **THE COURT:**  The Court will recognize Professor Whinston as

12    an expert in industrial economics.

13         **THE WITNESS:**  Okay, thank you.

14    **BY MR. SEVERT:**

15         **Q.**  And Professor Whinston, did you prepare a slide

16    presentation to assist with your testimony today?

17         **A.**  I did.

18         **MR. SEVERT:**  Your Honor, may I approach?

19         **THE COURT:**  You may.

20         **THE WITNESS:**  Thank you.

21         **THE COURT:**  I should have asked at the beginning,

22    Mr. Severt, is the intention to do all of Professor Whinston in

23    open session?

24         **MR. SEVERT:**  Yes, Your Honor, our plan is to do the entire

25    presentation in open session.  There are some redactions in the

1    slide deck, and we've got red boxes on the paper copy.  And for

2    that reason, at the conclusion of the examination, I'm going to

3    move to enter the slide deck into evidence so that the contents

4    that he can't say can be -- I'm offering it for what he would

5    have said had he been able to in open session.

6        **THE COURT:**  Okay.  We can talk about that.  As long as the

7    underlying document -- I mean, I did read in his summary report

8    that obviously he relied on business records and the like.  So

9    as long as those are in the record, I think that's all that

10    really matters.  But we can talk about that later.

11    **BY MR. SEVERT:**

12        **Q.**  Yes, Your Honor.

13        Professor Whinston, did you have an assignment in this

14    case relating to market definition and market power?

15        **A.**  I did.

16        **Q.**  And what was that?

17        **A.**  So if you'd turn to slide two, it lists my -- the two

18    assignments related to those topics.  So the first one is to

19    determine whether general search services, general search text

20    advertising and search advertising, which were the three

21    markets -- relevant markets alleged by the government, I should

22    say, in the United States are relevant antitrust markets for

23    the purpose of evaluating Google's market power in this case.

24    And then second, to assess whether, in recent years, Google has

25    possessed market power in those markets, and if so, the extent

1      of that power.

2          Q.  And did you form opinions relating to these two parts

3      of your assignment?

4          A.  I did.

5          Q.  Are what were those?

6          A.  So if you'd bring slide three up, you'll see the two

7      opinions on that topic.  I should say, if I'm too loud or too

8      quiet, just tell me to move closer or further away.  So first,

9      that all three of these proposed markets are indeed -- you

10     know, general search services, general search text advertising

11     and search advertising in the United States are indeed relevant

12     antitrust markets.  And second, that Google possesses

13     substantial market power that's protected by barriers to entry

14     in each of these three relevant markets.

15         Q.  And Professor, can you just briefly describe how the

16     first opinion fits into your overall analysis?

17         A.  Sure.  I think of both of these -- just to answer

18     about both in some sense, as kind of the starting point.  So

19     first, we're going to find out and think about whether Google

20     can potentially exercise significant market power -- you know,

21     what are the relevant markets for thinking about that and for

22     evaluating its market power, evaluating its potential effects

23     on competition.  And then second, does it have -- indeed have

24     substantial market power in those markets.

25         Q.  Professor, let's turn to your first opinion -- and I

1    think that that's restated on slide four.  Just to level set,

2    what constitutes a proper relevant market for antitrust

3    analysis?

4        A.  So, I guess, you know, putting it in very, very simple

5    terms, a set of products is a proper relevant market if it's --

6    if that set of products is worth monopolizing.

7        Q.  And what do you mean by worth monopolizing?

8        A.  Well, so what I mean by that is if you had a single

9    seller, would they find it profitable to increase prices

10    significantly above competitive levels or reduce quality

11    significantly below competitive levels.

12        Q.  And I think I understand how a price increase could be

13    profitable, but how about a price decrease -- or sorry, a

14    quality decrease?

15        A.  So I guess you can think -- maybe a way to think about

16    it is how about a firm that can potentially improve its

17    products, and whether -- you know, if it doesn't need to

18    improve its products to maintain its customer base, then it can

19    in some sense get away with being good enough.  It may not have

20    to be superlative.  If that's the case, it's going to reduce

21    its cost.  It's not going to have to invest as much and it's,

22    therefore, going to be more profitable.

23        Q.  What would make such a price increase or quality

24    decrease profitable?

25        A.  So the key thing is about products outside the market,

1    and the -- so if the products outside the market are not close

2    substitutes, if they're insufficient substitutes, then in the

3    event of a price increase or a quality decrease, few consumers

4    are going to leave.  And kind of for the logic I was just

5    saying, in that case, it's going to be profitable -- that price

6    increase will be profitable, that quality decrease will be

7    profitable.

8        So, Your Honor, I know that -- I was here on the first

9    day, and you asked the question about, well, in search services

10   there's no price, it's zero, how should I think about market

11   definition.  And I think as I already have kind of been

12   suggesting, the dimension of competition there is quality.  And

13   so instead of in many cases we think about price increases,

14   here in that market you really want to focus on quality.

15       Q.  And why is defining a relevant market important in

16   this case?

17       A.  Well, kind of as I alluded to earlier, it's going to

18   tell us -- give us information, give the Court information

19   about whether Google can harm competition, harm customers by

20   weakening rivals.  And if the answer is no, then we can all go

21   home, we're done.  But if the answer is yes, there's more to

22   look at.

23       Q.  And do you need to include all possible substitutes in

24   a relevant market?

25       A.  No.  So, you know, the important thing is that we --

1    is the question of whether the substitutes are insufficient to

2    constrain market power.  And really in every antitrust case,

3    there are things outside the relevant market that to some

4    degree are substitutes.

5         Q.   So, in other words, there's always something else?

6         A.   There's always something else.

7         Q.   The hypothetical monopolist test is often used at

8    arriving at relevant markets.  Did that test play any role in

9    your analysis here?

10        A.   It did.

11        Q.   How?

12        A.   Well, so the hypothetical monopolist test is --

13   basically, the logic of it is basically what I described:

14   whether a single seller of the products in the market could

15   exercise market power.

16        Q.   And in applying the hypothetical monopolist test, does

17   it matter that this is a monopoly maintenance case and not a

18   merger case?

19        A.   It does.

20        Q.   Why?

21        A.   So this, Your Honor, is I think a very important

22   point, is that in a horizontal merger case, the issue is would

23   the merger allow the firms to raise prices above current

24   levels.  So the question, when you do the hypothetical

25   monopolist test, is would the hypothetical monopolist be able

1    to raise prices above current levels.  In a monopoly

2    maintenance case, instead the question is can this firm

3    monopolize this market, profitably monopolize the market.  And

4    so what we ask in the hypothetical monopolist test is whether

5    the hypothetical monopolist could raise prices or lower quality

6    significantly, relative to competitive levels.

7        Q.  And I think you mostly answered that in terms of a

8    price.  Would the same logic apply if we were thinking about

9    quality as well?

10       A.  Yeah, the same thing.  Whether I'm thinking about

11   price increase or quality decrease, it's the same idea.

12       Q.  And why does the difference between the hypothetical

13   monopolist test in a merger case versus a monopoly maintenance

14   case, why does that matter?

15       A.  Well, it matters for what kind of evidence, as an

16   economist, I would look at and how I'd interpret it.

17       Q.  And why would you -- or how do you view evidence

18   differently in a monopoly maintenance case?

19       A.  So in a -- I guess the place where it really bites and

20   really matters is about thinking about evidence of -- when we

21   see evidence of current substitution to products, what should

22   we take from that.  I should say, both that we see evidence of

23   substitution, and also which products we see customers

24   substituting to.  And that's really kind of what the important

25   issue is.

1      Q.   And you mentioned substitution or responsiveness of

2   customers.  What's the issue in interpreting that evidence,

3   what's the danger?

4      A.   So the danger and the issue is when you see

5   substitution or you see which products are substituting to, can

6   we take that as reliable evidence of an absence of market

7   power.  You know, that's really a key difference.

8      Q.   And I've heard of something called the cellophane

9   fallacy.  Is that what you're talking about?

10     A.   It is.

11     Q.   What is that?

12     A.   So the cellophane fallacy is the point of -- so the

13  cellophane fallacy is referring to the famous Dupont case --

14  monopolization case involving Dupont and its ownership of

15  cellophane.  The point of the cellophane fallacy was that

16  seeing evidence -- when you're looking in a monopoly case,

17  seeing evidence that there is substitution is not a reliable

18  piece of evidence for concluding that other products outside

19  the market constrain the monopolist.

20         So maybe I can kind of explain a little bit what the idea

21  is.  I think it's fairly intuitive.  So maybe the easiest way

22  to explain it is to -- you know, in the example of the

23  cellophane case.  In the cellophane case, Dupont had a -- if I

24  remember it correctly, patented monopoly on cellophane.

25  Cellophane was used to wrap sandwiches and food products and

1    the like.  And the issue was that there was evidence that

2    people would substitute to wax paper, or maybe they would use

3    yesterday's newspaper to wrap their sandwich and the like.  And

4    the -- you know, was that -- is that valid evidence that Dupont

5    did not have a lot of market power.  And the point is that that

6    conclusion would be a fallacy.

7        And the reason is that if you have a monopolist, say

8    Dupont, and it is maximizing its profit, it's always going to

9    raise prices to the point where there is substitution.  Why?

10   Because if we were at some point where there isn't a

11   significant amount of substitution to rivals, to some

12   product -- whatever that may be, old newspapers or whatever,

13   Dupont should raise its price.  And so if you're looking at a

14   monopolist, it's always going to operate at a point, if it's

15   profit maximizing, where you do see some substitution.  Even

16   though it has a lot of market power, and were prices at

17   competitive levels, you know, were margins low, those other

18   things wouldn't be substitutes, because nobody would be

19   interested in using their old newspaper if cellophane was

20   priced inexpensively.

21       **THE COURT:**  So how does that same concept work with

22   respect to a zero-cost good and to a reduction in quality?  I

23   mean, do you mean to say that in the same way that a monopolist

24   is incentivized to increase price because there's a lack of

25   true substitution, that they have an incentive to reduce

1    quality?

2         **THE WITNESS:**  So I'll speak of reduced quality, but you

3    can equally well think of it as how much are we improving

4    quality over time.  But if you're a monopolist, and if you

5    lower your quality or don't improve your quality very much, you

6    don't lose any -- take the extreme case, you don't lose any

7    customers, and it's costly to increase quality, you shouldn't

8    if you're maximizing profit.  Because you're not going to lose

9    any revenue if you don't push that hard, and you're going to

10   lower costs, improve profits, your shareholders will be

11   happier.  So it's the same kind of idea.

12        So the only other thing I would say about this issue

13   related to the cellophane case is if you see low substitution

14   in contrast, that is valid evidence that outside products are

15   insufficient substitutes.  So it's a bit asymmetric in that

16   sense.  I'm not saying that evidence of substitution isn't

17   consistent with a competitive market, it is, it's just that

18   it's not reliable evidence on its own that we have a lack of

19   market power.

20        **THE COURT:**  And is this something that's quantifiable or

21   are you simply looking at sort of real world business records

22   to make the assessment?  I mean, my limited experience is in

23   the merger context, the general merger context, and there's the

24   hypothetical monopolist test, SSNIP test, et cetera, that

25   actually is quantifiable.  Is there something comparable here?

1    **THE WITNESS:**  Right, good question.  So the thing is that

2    you are going to look at different kinds of evidence.  And so

3    the kinds of evidence -- because of this issue.  And the kinds

4    of evidence I look at are twofold.  One, looking at the degree

5    to which products are differentiated.  And related to that, the

6    degree to which market participants both say that they're

7    differentiated, and make important business decisions based on

8    that differentiation, revealing their views of the presence of

9    differentiation.  So that's one kind of evidence.  And then the

10   second kind of evidence is -- I will talk about quantitative

11   evidence, but it's going to be quantitative evidence that shows

12   that there actually is low responsiveness, low substitution.

13   And so that is valid evidence.

14   **THE COURT:**  I guess the question is:  Is this an

15   academically accepted way of determining a market in a monopoly

16   maintenance case?  There haven't been many, so I'm curious what

17   the academic literature -- whether it supports the approach

18   you're proposing.

19   **THE WITNESS:**  There haven't been many, but I think the

20   academic literature talks a lot about issues of the cellophane

21   fallacy.  I think the bottom line is the recognition of that

22   issue, and the recognition that kind of product differentiation

23   really does matter for substitution, and that we can look to

24   that as well.  You know, there's a lot of academic work on

25   product differentiation in industrial organization, and so

1    that's another thing that you can look to.  And, of course,

2    it's not something that comes up in academic papers, but

3    looking at what firms do.  As an economist, when you see firms

4    making very important decisions that are justified or

5    consistent with market conditions having that kind of

6    differentiation, that's an inference that you can take.

7        **THE COURT:**  Thank you.  Mr. Severt, why don't we go ahead

8    and -- it's a little bit past 3:00.  Why don't we go ahead and

9    take our afternoon break before you continue.

10       **MR. SEVERT:**  Absolutely.

11       **THE COURT:**  So it's a little after 3:10.  Why don't we

12   resume at 3:30.  We'll see everybody shortly.  Thank you,

13   everyone.

14       (Recess taken at 3:11 p.m.)

15       (Back on the record at 3:32 p.m.)

16   **BY MR. SEVERT:**

17       **Q.**  Professor Whinston, I think we can turn to your slide

18   five, and I think that lists the three relevant markets that

19   you analyzed.  Let's start with the general search services

20   market.

21       **A.**  Could I just say one thing, just to follow up on what

22   I was talking about before?

23       **Q.**  Sure.  What do you want to follow up on, Professor

24   Whinston?

25       **A.**  Okay, thank you.  So, Your Honor, the one thing I

1    wanted to add, you know, we talked about the cellophane fallacy

2    and about what you could take from the evidence about the level

3    of substitution, the level of responsiveness.  A second -- a

4    separate issue is what you can take about which product

5    substitution is happening to.  So the one thing about a

6    monopoly maintenance case such as this, where the issue is

7    whether the firm is taking actions to weaken rivals, is if we

8    see low substitution to a rival, we have to be very careful

9    about how we interpret that, because it may be precisely

10   because of the actions that have taken place.

11       **THE COURT:**  Thank you.

12   **BY MR. SEVERT:**

13       **Q.**  And now I'd like to turn to the three relevant markets

14   you defined.  Let's start with general search services here in

15   red on slide five.  What are general search services?

16       **A.**  So general search services are the services that

17   general search engines provide that allow consumers to find

18   relevant information on the web, navigate -- you know, both

19   find things that they don't know about, and navigate easily to

20   things that they do know about.  And the way they do that is by

21   providing links to websites drawn from a broad index of the web

22   as well as providing additional information sometimes.

23       **Q.**  And what does that let consumers do?

24       **A.**  It lets consumers find things that they don't know

25   about, compare websites, navigate to things easily, things like

1    that.

2        Q.   And what other products did you consider as possible

3    competitive constraints on general search services?

4        A.   So I thought about a range of different sources of

5    information, both offline and online.

6        Q.   What distinguishes general search services and

7    possible offline alternatives?

8        A.   So relative to offline alternatives, you can go to

9    your library, you can ask your friends.  It's just the breadth

10   of the information, and how easy it is to get it.

11       Q.   And what about online alternatives, what differences

12   are there to online alternatives to general search services?

13       A.   So the kinds of things that I considered are there are

14   specialized search engines, there are social media sites, there

15   are individual websites.  So all of these kind of things are

16   things that I considered in my analysis.  I should say, Your

17   Honor, that it's easy to use the term specialized search

18   engine.  And the division between that and general search

19   engines is clear, but the division between -- on the other end

20   between specialized search engines and what's an individual

21   website is not particularly clear.  Like, is American Airlines

22   a specialized search engine or is it an individual website.  So

23   there is some fuzziness in that, I think.  But I think

24   everything I say about -- when I use the term specialized

25   search engine will apply to individual websites.

1      Q.   And have you reviewed any testimony from the trial

2   record that's consistent with your opinion that general search

3   services is a relevant market?

4      A.   Yes.  So if you look at -- the numbers are small, six,

5   slide six, this is just, Your Honor, a range of testimony that

6   you've heard, all of which is perfectly consistent with my

7   opinion.

8      Q.   And is there a particular feature of general search

9   engines that's particularly valuable to consumers?

10      A.   So the thing that really is -- it's not the only

11   characteristic that differentiates general search engines, but

12   kind of the thing that's the biggest characteristic is that it

13   presents a one-stop shop for consumers' information needs.

14      Q.   And why is a one-stop shop valuable to consumers?

15      A.   So if you'd go to slide seven.  So, Your Honor, here

16   I've listed just a number of different ways in which general

17   search engines kind of provide that benefit of one-stop

18   shopping for information to consumers.  So the first one up

19   there is kind of the most intuitive and immediate, it's that it

20   provides a single location for all queries.  So you can -- you

21   know, without navigating from one website or one specialized

22   search engine to another, it's convenient, it's easier.  Now,

23   so you can -- I guess an analogy one might be tempted to think

24   about is grocery stores, right.  So grocery stores are

25   convenient because you don't have to go to the butcher and the

1    baker and, I don't know, the candlestick maker or something.

2    But admittedly, moving on the internet is easier, but I think

3    that is one difference.  The second point I think is really

4    quite important.  So it avoids time and mental energy.  Like,

5    if I want a piece of information, I don't have to spend my time

6    thinking which website should I go to, which specialized search

7    engine should I go to.  I can just put it into Google, and

8    Google's going to tell me.  And that ease is something that is

9    very valuable.

10    And so coming to the grocery store analogy, you can go to

11    your grocery store and not have thought exactly what you're

12    having for dinner or exactly where you should go to get it.

13    That's something that -- and you may see products that you

14    didn't think of, and that's kind of -- I think that analogy is

15    closer, in some sense, to the grocery store.  And related to

16    that, on the third point, is it provides results that have kind

17    of a depth and a breadth that's unmatched by any single

18    specialized site, so that's another element of it.  Those are

19    kind of three of the very big things.

20    I know Professor Rangel testified about habit formation,

21    so certainly a general search engine that you're going to

22    frequently can lead to habit formation.  And, of course, down

23    at the bottom, they are often very convenient, because they're

24    in search bars and browsers and devices.  And I'm not sure I

25    would think of that necessarily as an element of one-stop

1    shopping, or maybe it's reflecting the fact that browsers and

2    devices value having a general search engine because they're

3    one-stop shops.

4         There's a quote on the right, Your Honor, that -- it's

5    quite old, it's from the beginning of -- early days of Google

6    from Marissa Mayer.  I think it nonetheless kind of sums it up

7    in a nice way, which is:  "Google should be a Swiss Army knife:

8    Clean, simple, the tool you want to take everywhere."

9         Q.  Professor, is there any evidence from your evaluation

10   of search sessions and data relating to user search sessions

11   that general search engines are a one-stop shop?

12        A.  Yes, there is.  So, Your Honor, I did an empirical

13   analysis using what's called Comscore search panel data.  So

14   what Comscore is, it has a panel of consumers, and it's

15   tracking -- this particular dataset tracks their search -- all

16   of their searches.  This is conducted on Windows PCs, okay.

17   And so we got a number of weeks of that data.  And one thing

18   you can do is take a look at when consumers start a search

19   session.  So a search session, you know, in the base analysis I

20   did, is a search that's separated by at least 30 minutes from

21   the previous search -- although I looked at different

22   possibilities like 60 minutes, et cetera.  And if you do that,

23   77 percent of first searches and sessions are on general search

24   engines.  So in that sense, you can really see that consumers

25   are using it as a gateway to the internet.

1          And it's consistent also with some other evidence that I

2     looked at.  So I looked at, for example, referrals to

3     specialized search engines.  And a lot of specialized search

4     engines get a significant amount of their profit -- profit,

5     referrals of their traffic referred from general search

6     engines.  And both navigational, but also non-navigational,

7     where people are just putting in a term, seeing results and

8     going to the specialized search engines.  It's in my report, I

9     mean, it varies across specialized search engines, but it's

10    significant.

11         And related to that also, if you go and you look which are

12    the biggest advertisers on Google, which are the biggest

13    advertisers on Bing, the answer is specialized search engines.

14    And what it's reflecting is that there's a bunch of traffic

15    they think they can't get directly, you know, otherwise they

16    wouldn't be spending the money to try to get referrals.

17         **Q.**  And Professor, did you review any evidence from Google

18    on whether general search engines are a one-stop shop?

19         **A.**  I did.  So if you'd go to slide eight.  So this is

20    something that Hal Varian, Google's chief economist -- I hope

21    it's okay if I call him Hal Varian and not Dr. Varian, it's

22    just kind of an economist thing.  So what did he say?  Well,

23    you know, in testimony he was asked about the fact that Google

24    responds and spends a lot of resources responding to

25    noncommercial queries.  And why?  Well, they do that because

4616

1    they think that's going to bring them commercial queries.  And

2    that really, I think, reflects this one-stop shop feature.

3    It's the fact -- it's the broad sense of what they're offering

4    to consumers in terms of information.

5        Q.  And do specialized search engines offer this one-stop

6    shop feature?

7        A.  No, they don't, because they're just much narrower in

8    what they're offering.

9        Q.  I think you alluded to this earlier, but is the

10   one-stop shopping feature the only way in which specialized

11   search engines are differentiated from general search engines?

12       A.  It's not.  As I said, it's what I think of as the most

13   important.  But if you go to slide nine, there are just some

14   other features, characteristics of specialized search engines

15   versus general search engines that differentiate them.  So if

16   you go to most -- many specialized search engines, searches

17   have to be done in predefined ways.  There are dropdown menus,

18   there's a limited set of kind of information that you can put

19   in.  In a general search engine, you can put anything in.  On

20   the second point, you know, the results pages on specialized

21   search engines are often very different from results pages on

22   general search engines.  That's something that I looked at.

23   And as well, many specialized search engines limit the results

24   to information on the site.  They're not sending you off to

25   other sites, they don't have a broad index of the web.

1      Q.   And I think you mentioned that you in fact looked at

2    results pages from general search engines and specialized

3    search engines.  What did you find?

4      A.   I did.  So if you'd bring up slide 10, this is just a

5    simple example of Valentine's Day where Google's on the left

6    and Amazon is on the right.  On Amazon, it's just entirely

7    products you can buy.  On Google, you can see the history of

8    Valentine's Day, you can see -- you know, Valentine's for

9    friends, you can buy them.  Actually, yesterday -- this morning

10   because I had a little bit of time, I did Halloween, same

11   thing.  Like, if you go to Google, you're going to get the

12   history of Halloween, but you're also going to be able to get

13   product listing ads for Halloween lights.  If you go to Amazon,

14   it's just all Halloween lights, candies, products that you can

15   buy.  So you can really see, when you look at these like simple

16   examples, the very different nature of the information that's

17   being provided.

18     Q.   And did you look at anything beyond the holidays of

19   Valentine's Day and Halloween?

20     A.   Well, I do like those holidays.  So in his report -- I

21   know you haven't heard from Dr. Israel, but he, in one of his

22   reports, made a lot of emphasis on the top 25 non-navigational

23   queries on Google.  So if you go -- you know, one thing I did

24   is I did the same kind of thing -- you know, Google and Amazon,

25   and in my report characterized what the differences were

1    between them for all 25 of them.  It's basically exactly what

2    you're looking at here.  It's really a range of kinds of

3    information against just kind of a narrow, come buy something.

4         Q.  And Professor, did you consider whether social media

5    platforms should be in the general search services market?

6         A.  I did.  So if -- go ahead, I'm sorry.

7         Q.  What did you find?

8         A.  So I concluded that they shouldn't be, because they're

9    not going to constrain a hypothetical monopolist of general

10   search services from being able to exercise significant market

11   power.

12        Q.  And did you identify any important differences?

13        A.  I did.  So if you'd bring up slide 11, here are three

14   differences that I think are significant between them.  So one,

15   the first one -- sort of like something I was talking about

16   with specialized search engines, if you search on a social

17   media platform, you're typically going to get results from the

18   social media platform, again, not from -- information about the

19   web.  A second thing is there are likely significant

20   differences in reliability of information on social media

21   versus general search engines.  And so we've all heard about

22   disinformation, and it's something that seems to be a

23   significant issue on social media and not so much on something

24   like Google.

25        Now, I don't talk here about -- you know, I guess I

1    mention reliability of information, but the nature of

2    information is also really different.  So the other -- for

3    example, the other day, I was kind of curious like, oh, if

4    Judge Mehta wanted to learn about me and went onto Google and

5    Bing and TikTok and Instagram and Facebook, what would he

6    learn.  And if you went to Google and Bing, you would see

7    information about where I'm teaching, what my research is,

8    links to papers, conferences that I gave talks at.  If you went

9    to Facebook, you'd pretty much decide all I do is ski.  And all

10   my friends also, all they do is ski, and that's what you would

11   learn.  And if you went to Instagram and TikTok, you'd see

12   nothing -- which maybe is a good thing, I don't know.  So, you

13   know, it's really different.

14       And then, finally, if you look at Google's assessments of

15   possible competition between Google and Facebook -- and they

16   did have some concerns about this, what they found was that

17   increased use of Facebook led -- you know, there was no

18   evidence that it reduced use of Google.  Basically you look at

19   documents, and it's saying things like things that increase use

20   of the web are good for Google.

21       Q.  And Professor, just taking a step back.  In concluding

22   that general search services is a relevant market, how did you

23   take into account -- or did you take into account, whether the

24   industry more broadly recognized general search services as a

25   relevant market?

1       A.   I did take that into account, and I think that's, for

2    reasons I said earlier, important.  For one thing, there are

3    many industry observers who, of course, are reporting market

4    shares and things like that, and they're reporting market

5    shares of Google in the general search services market,

6    comparing it to general search engines.  But I think one of

7    the -- to me, the most telling thing is what Google recognizes.

8       Q.   So what did you analyze from what Google recognizes?

9       A.   If you'd bring up slide 12, you'll see four different

10   ways in which Google clearly is viewing general search services

11   as a relevant market, as where they compete.  So the first is

12   internal Google documents.  So, Your Honor, I know you heard

13   during Hal Varian's testimony about the market share statistics

14   that he -- method that he developed for Google that I guess --

15   you know, I think he referred to it, and it was referred to

16   that day, as AdSense, and it's since become called DisplayNav.

17   And if you'd bring up slide 13 -- oh, sorry, maybe --

18      Q.   So what document in particular are you referring to in

19   this first bullet point?

20      A.   Thank you.  So bring up slide 14.  This is just an

21   example of a monthly report using -- you know, reporting with

22   that data and other data, that was sent to top Google

23   executives for many years.  But bottom line, it's exactly what

24   you heard in Hal Varian's testimony.  What are they measuring

25   in these documents?  They're measuring Google's share, Bing's

1    share and Yahoo!'s share.

2        Q.  Did you see any documents that were more recent than

3    this one from 2014?

4        A.  Yeah, if you go to slide 15.  So this is a document

5    from 2020.  And I should say, Your Honor, I've tried to put the

6    years of documents like in a little box in each case so that

7    you would see when it's from, and I'd be reminded of when it's

8    from as well.  So this is a competitive fact pack from 2020

9    where Google is comparing itself to rivals, it's put together

10   this whole analysis.  And what did it compare itself to?

11   Google, Bing, DuckDuckGo, Qwant and Ecosia, all of which are

12   general search engines.

13       Q.  Professor, I think your next bullet on slide 16 is the

14   Android RSA terms.  We're going to talk in detail about the

15   Android RSA terms next time, but just for today, what's the

16   significance of those terms in connection with market

17   definition?

18       A.  So to me, this really, again, is very telling.  So in

19   these Android RSAs, what are they preventing in the exclusivity

20   provisions, what are they preventing the pre-installation of?

21   Answer:  Alternative search services, which means general

22   search engines.  They're not preventing the installation of

23   Amazon.  They're not preventing the installation of Facebook.

24   They're not preventing the installation of TikTok.  It's

25   general search engines.

1      Q.  And if we go to slide 17, your third bullet is Chrome

2   defaults.  And as with Android RSAs, we're going to talk about

3   Chrome defaults next time.  But just briefly, how were the

4   Chrome defaults relevant to market definition?

5      A.  So Google owns the Chrome browser.  When I was here

6   the first day of trial and I heard Mr. Schmidtlein's opening,

7   one of the things he talked about is how important to a browser

8   the search engine is, the default search engine.  Of course,

9   therefore, to Google's Chrome browser, what do they list in the

10  settings options to change the search default?  Answer:

11  General search engines, that's what they include, not other

12  things.

13     Q.  And then going to slide 18, your last bullet, the EU

14  choice screen -- and again, this is a topic we'll talk about

15  next time.  But just briefly, what's relevant for market

16  definition relating to the EU choice screen?

17     A.  So you also heard -- I think during, Your Honor,

18  Professor Rangel's testimony, about the EU choice screen.  So

19  Google provides information about what is -- what products are

20  eligible to be included in the choice screen.  So if you'd

21  bring up slide 19, you'll see what it says.  And so what -- you

22  know, who's eligible?  Well, the search provider must operate

23  a, quote, general search service.  Why?  Well, if you look at

24  the top in yellow, it's to ensure a good user experience.  So

25  you can see, again, this and the Chrome information is all

1    about -- kind of is reflecting, again, this one-stop shop

2    nature, that that's why the default -- you know, that general

3    search engines are considered for the default and others

4    aren't.

5        **THE COURT:**  And is this a document in which Google is

6    describing the eligibility criteria for the European choice

7    screen?

8        **THE WITNESS:**  Yes.

9        **THE COURT:**  Okay.

10   **BY MR. SEVERT:**

11       **Q.**  Professor, is there any other evidence that confirms

12   your opinion that general search services is a relevant market?

13       **A.**  Yeah, so if you -- yes, there is.  If you'd turn --

14   bring up slide 20, you'll see something that Hal Varian said.

15   I think, Your Honor, you heard him asked about this when he

16   testified.  So what did he stay?  He said:  "If Google were to

17   disappear, people would just switch to Bing.  If all search

18   engines were to disappear, we would look like Borges' universal

19   library but with no card catalog."  And he confirmed that what

20   he meant by search engines was general search engines.

21       **Q.**  And what does that tell you as an economist?

22       **A.**  Well, it tells me that he thinks the relevant market

23   is general search services.  You know, I should add, Your

24   Honor, you also heard him testify about the Google -- the

25   Microsoft-Yahoo! deal, and that he was asked about a document

1    where he viewed it as a three-to-two merger.  That was from

2    2009 or so, this is 2021.  But it reflects exactly the same

3    view:  General search engines are a relevant market -- sorry,

4    let me correct the statement.  General search services are a

5    relevant market.

6        Q.  Professor, I'd like now to turn to the advertising

7    markets which are listed on slide 21.

8        THE COURT:  I'm going to interrupt and ask a question

9    before we turn to the ad markets.

10       MR. SEVERT:  Sure.

11       THE COURT:  Can we go back to the cellophane fallacy for a

12   moment.  You said the fallacy rests in the fact that even if

13   you see substitution, it doesn't necessarily mean it's valid

14   substitution.  In other words, you could substitute, but you're

15   not really substituting with a product that defines the market

16   or really competes in the marketplace.

17       How do you distinguish fallacious substitution from valid

18   substitution?

19       THE WITNESS:  So that's, I think, a good question.  I

20   don't know if I would use the word fallacious exactly.  The way

21   I would kind of think about it is there's substitution that

22   we're only seeing because the price is really high versus

23   substitution that we would see if the price was at a

24   competitive level.  And if the price was -- you know, if

25   cellophane was priced competitively with prices near cost,

1    nobody would be wrapping their paper, their sandwich in

2    yesterday's newspaper -- or very few would.  But when Dupont

3    raises the price, exercises all of that market power, people,

4    without really facing that really high price, do start

5    substituting to these other things.  So I guess, in that sense,

6    the substitution we see at the really high price is fallacious,

7    if you want to use that term, because it's not reflecting in a

8    competitive setting what would be -- what we would see for

9    substitution.  We wouldn't see that substitution if the market

10    was competitive.

11    And what that means is seeing that substitution, that

12    fallacious substitution, doesn't tell us that it's a super

13    competitive market.  It may be an incredibly monopolized

14    market, and we're only seeing that substitution because of

15    that.

16    **THE COURT:**  I guess that begs the question then still as

17    to how do you then differentiate between substitution that

18    happens in a competitive market versus one that is not?

19    **THE WITNESS:**  So it's --

20    **THE COURT:**  I mean, are there indicia that you're looking

21    at to make that determination?

22    **THE WITNESS:**  I think your question earlier was a similar

23    one, you know, you're looking for -- well, how do I tell.  And

24    it's harder than in a merger case, it really is.  Because you

25    can't reliably use that substitution that you're seeing, you

1    have to kind of -- if we're seeing it, we're not sure.  So

2    that's why I look at other things.  I look at the product

3    differentiation that we just talked about.  I look at how the

4    market participants are -- what kind of decisions they make.

5    It's a big decision what Google makes as the default in Chrome,

6    and what they list as possible changes to the default.  What

7    did they do, why.

8        So all of those things -- you know, when you see greater

9    differentiation, it's likely to mean that there's less

10   substitution.  So maybe I can -- kind of an extreme example

11   would make that clear.  Like, suppose we're talking about two

12   bushels of no. 2 wheat, okay.  You know, they're identical,

13   there's no differentiation between them.  And if one of them is

14   a penny less per bushel, everyone's buying that one.  We'd see

15   like very, very high substitution.  But once you have products

16   that are differentiated, consumers are likely to differ how

17   they -- customers, how they feel about the characteristics.  So

18   that's going to -- once we have differentiated products, that's

19   going to lower the likely level of substitution.  And so

20   looking at differentiation is informative.  And when you asked

21   me about the academic literature, I was referring in part to

22   all the work on product differentiation.

23       **THE COURT:**  Thank you.

24   BY MR. SEVERT:

25       **Q.**  Professor, let's turn to slide 21 in the two

1    advertising markets that you analyzed.  What were those two

2    markets?

3        A.  So one of them is general search text advertising, and

4    the other is search advertising.

5        Q.  And what's in the general search text advertising

6    market?

7        A.  So the general search text advertising market are ads

8    that are served in response to search query -- let me -- sorry,

9    to search queries on general search engines, and they're the

10   ads that are -- look like organic results except for a little

11   ad indication or sponsored indication on them.

12       Q.  And did you prepare a slide with a graphical display?

13       A.  I did, because to be honest, it's a little hard to

14   keep straight all the things in advertising markets.  So if you

15   look at slide 22, it's just a graphic that shows different

16   kinds of ads, Your Honor.  I know that probably the plan was

17   that Professor Jerath was going to testify before me, and you

18   would have seen a whole -- maybe more than you've seen already.

19   You've probably seen a lot already.

20       THE COURT:  Quite a bit already.

21       THE WITNESS:  So on the left are general search text ads

22   which look like organic results, but they have that little ad

23   symbol boxed in blue.  On the right are other kinds of search

24   ads.  And I can't remember the question, whether you wanted me

25   to describe those as well.

1    BY MR. SEVERT:

2        Q.   Well, let me ask this:  Is what appears on the left,

3    is that reflective -- the general search text ads, of the

4    general search text ads market?

5        A.   Correct, those are the ads we're talking about.

6        Q.   And for the search advertising market, which ads on

7    slide 22 would be in that market?

8        A.   So in general, the search advertising market, Your

9    Honor, includes all ads that are served in response to search

10   queries, and are on the results pages for -- that get served in

11   response to search queries.  So one kind of ad that is served

12   in response to search queries is what we just talked about,

13   general search text ads, but other kinds are on the right side.

14   So a very prominent kind, that I'm sure you're familiar with,

15   are product listing ads.  So if you go on Google -- and you can

16   see here from Google on the left upper -- on the right side of

17   this slide, but up high on the left part of it, product listing

18   ads.  And what are those?  Those are the ads that show up often

19   at the top of the search results page that show pictures of

20   products and prices of the products.  And it's kind of a

21   carousel that you can scroll to the right.  And if you scroll,

22   you can go further to the right and there are more product

23   listing ads.  Amazon also has those, you can see an image of an

24   Amazon one for brown shoe ads.

25           And then down below, there are also search ads that are

1    served on -- that are not product listing ads but are served on

2    other, for example, specialized search engines such as

3    booking.com where you see an ad for a particular hotel, or it

4    might be on Yelp where you see an ad for service or the like.

5        Q.  So we just talked about which ads are in the two

6    markets you analyzed.  What ads are outside of both markets

7    that you analyzed?

8        A.  So ads that are outside the markets -- if you'd bring

9    up the next slide, slide 23.  So on slide 23, Your Honor, on

10   the left I've gathered those three kinds of ads we just looked

11   at that are all in the search advertising market.  And on the

12   right are two kinds of ads that are not in the search

13   advertising market.  One are display ads, that's kind of --

14   that you see up on the top.  So, for example, Your Honor, if

15   you are reading the New York Times or the Washington Post

16   online on your phone or wherever, you'll see ads get served

17   as you're -- you know, showing up in the middle of the story

18   that you're reading.  Those would be an example of display ads.

19   Down at the bottom, you see two ads on the left from Instagram,

20   on the right from Facebook.  Those are social media ads that

21   are showing up in the feed that you get on social media.

22       Q.  What's --

23       A.  You know, when I'm on Facebook, I see a lot of ads for

24   ski areas and ski products and things like that.

25       Q.  And what's the relationship between the two

1    advertising markets you analyzed?

2        A.  So the general search text advertising market is a

3    subset of the search advertising market.  General search text

4    ads are one kind of search ad, but they're not the only kind of

5    search ad.

6        Q.  And is there anything remarkable or notable about one

7    market being wholly within another?

8        A.  There isn't.  I mean, I think you can analyze either

9    one to think about whether it's a relevant market.  You can

10   analyze either one to think about whether there's market power

11   within it.  Your Honor, for myself, one way I think about it --

12   and I'm not commenting on whatever the litigation strategy is

13   of the government.  But one way I think about it, as an

14   economist, is this broader search advertising market in a way

15   kind of is a robustness check.  I can not only ask does Google

16   have significant market power in general search text ads, but I

17   can ask, well, what about within search ads, the broader

18   market.  And I can not only ask, well, is Google weakening

19   competition in the general search text ad market, but I can

20   ask, well, what about in the broader search ad market.  So

21   that's one useful thing I think about defining both.

22        And as well, even aside from the end conclusion, the

23   process of thinking about that is helpful.  So, for example,

24   regardless of what you decide about general search ad market,

25   the evidence of differentiation of -- you know, if you think

1    there's some market power, but maybe it's not monopoly power or

2    something, it still informs you when you think about the search

3    advertising market.  Because it lets you say, oh, there's a

4    niche there that's different within the market, and that can

5    affect competition.  Now, I should say, when I use the word

6    niche, just to be careful, it's not a small niche within search

7    advertising, we'll see that.  But just that it's distinct is

8    what I mean.

9        **THE COURT:**  The search ads market, does it include, in

10    your estimation, the advertising on say, for example, YouTube?

11        **THE WITNESS:**  So it depends what you mean by on, so just

12    to be careful about this.  So, for example, there are ads --

13    when you do a search on YouTube, there are ads that show up on

14    the results.  Yes for that.  There are also ads that may be

15    pre-roll ads within the videos themselves.  It would be no for

16    that.  So kind of the view about those latter ads is they're

17    kind of more like the equivalent of if I click on the Google

18    search results page and I go to a website and there's an ad

19    there, an ad where I went to by clicking, that's how I think

20    about the pre-roll ads.

21        **THE COURT:**  What about social media, advertising on social

22    media -- which I understand you can do some searching of in

23    social media?

24        **THE WITNESS:**  Right, good question.  So the ads in the

25    feed, no.  To the extent that you do a search, and as a result

1   of that search there's an ad served, the answer would be yes.

2   So the principle of it is it's what ads are shown on the search

3   results page in response to a search. where the rubber is going

4   to --

5       **THE COURT:**  These are ads that are served up to meet the

6   signal of user intents?

7       **THE WITNESS:**  So we're going to -- exactly, we're going to

8   talk about this, exactly about intent and the role of intent.

9   We'll also end up measuring market shares.  And in some sense,

10  that's where the rubber is going to hit the road about all the

11  kinds of questions that you're asking, and so we'll talk about

12  that.

13  **BY MR. SEVERT:**

14      **Q.**  Professor, how did you go about assessing whether

15  these two ad markets were proper relevant markets?

16      **A.**  In the same way that we talked about, so asking

17  whether products outside the market were sufficient substitutes

18  to constrain a hypothetical monopolist from being able to raise

19  prices.

20      **Q.**  And what factors affect the substitutability of the

21  various ad products?

22      **A.**  So if you'd bring up slide 24.  Again, I know that you

23  will hear more from Professor Jerath, but here I'm listing,

24  Your Honor, like a number of different ways in which ad

25  products are differentiated from each other.  You know, I think

1    thinking about ad products and how competition works in them,

2    it's the harder -- it's harder than in search services I think.

3    Because thinking -- you know, it's complicated exactly how

4    advertising competition works.  What I've listed here are a

5    number of things.  I think for purposes of the case, the top

6    three are very important.  Let me -- so as a result, let me

7    kind of focus on those three and just talk about them a little

8    bit.

9         So the first is the role that an advertisement has in

10   consumers purchase journey.  So I know Professor Jerath will

11   talk about this -- or at least I'm sure he will, but I think

12   you've heard about the marketing funnel a little bit.  So --

13   but I'll just -- just in case or to remind you, I'll just say a

14   few words about it.  So the marketing funnel is this kind of

15   canonical kind of conceptualization of the process that a

16   consumer goes through in reaching a purchase decision.  So up,

17   quote, high in the funnel, consumers maybe first have to kind

18   of even recognize they have a need, that there's something that

19   would benefit them.  Then they maybe have to become aware of

20   what the products are that might satisfy that need.  Then they

21   move to considering which ones they would prefer.  And then

22   finally, quote, down further in the funnel, some of those

23   consumers reach the point where they purchase.  And then, of

24   course, they may repeat purchase and the like.  So that -- you

25   know, it's kind of a funnel, because the view is lots of people

1    come to first think about -- become aware of the need, but not

2    everyone ends up buying and so it kind of funnels down.

3         It's a linear funnel, but potentially people are going --

4    you know, might get to looking at the product, and then go back

5    and try to become aware of additional products.  So it doesn't

6    have to be linear.  But I think what it is useful for is just

7    thinking about the process, the issues that a consumer

8    considers.  And then the key thing in why it's canonical in

9    marketing is your ad products need to reach consumers.  A

10   successful ad campaign is going to reach consumers at these

11   different points.  You need to bring them from knowing the need

12   to knowing about your product to buying your product.  And so

13   one of the really key differences across ad products is how

14   successful -- where their relative strengths are.  So we'll

15   talk about that, I think, some more.

16        The second is the characteristics of the audiences that ad

17   products have.  So like kind of if you think about the New York

18   Times versus -- you know, an advertiser is thinking about

19   advertising in the New York Times versus Sports Illustrated.

20   It's a different audience, and some advertisers might want to

21   reach the New York Times kind of audience and some advertisers

22   might want to reach the Sports Illustrated kind of audience.

23   So that's kind of a clearer element of audience difference.

24   But another thing that's related to that, that may be a little

25   less obvious, is the overlap between the audiences is really

1    important for the amount of substitution there will be between

2    ad products.  So, for example, if the same consumers -- if a

3    lot of the same consumers are on both the New York Times and

4    Sports Illustrated, advertisers -- you know, many advertisers

5    will be more willing to substitute.  Like, I can reach

6    Ms. Smith -- if I don't reach her in the New York Times and the

7    price went up, I can go to Sports Illustrated and reach her.

8    And so, on the other hand, if they're completely separate, the

9    audiences don't overlap, there wouldn't be that substitution.

10    The only way, for example, to reach Ms. Smith might be Sports

11    Illustrated.  So that's the second key thing.

12        And the third on this list, which I think is really

13    extremely important, is the degree to which ads can be

14    effectively targeted.  So if you want to reach a particular

15    customer, potential customer, can that ad product efficiently

16    reach that customer without reaching people who are going to

17    have no interest in your product.  And so those three things --

18    I think there are other elements of differentiation that are

19    listed here, but those three things are really, I think, quite

20    important for thinking about what's going on.

21        Q.  I think you touched on this earlier, but does product

22    differentiation affect substitution between ad products?

23        A.  It does.  Just like I was speaking before, you know,

24    no. 2 wheat, we're going to see tremendous amounts of

25    substitution if the prices are different.  Ad products, or any

1    products that have differentiation -- you know, in the case of

2    ad products, different advertisers will have different goals,

3    they'll care about these things differently, and so you'll see

4    less substitution when products are differentiated.

5        Q.  Let's turn to slide 25 and focus on the general search

6    text advertising market.  Why is general search text

7    advertising a proper relevant market?

8        A.  For the same kind of reasons we talked about in

9    general, which is products outside that market are insufficient

10   substitutes to prevent a general search text advertising

11   monopolist from being able to exercise significant market

12   power.

13       Q.  And let's start by talking about non search ads.  I

14   think you said before that the non search ads are actually not

15   in either of the two markets you analyzed, right?

16       A.  Correct, so display and social media, they're outside

17   both of these markets.

18       Q.  And why?  Why are display and social media not in

19   either of your markets?

20       A.  Well, what -- you know, the relevant market -- you

21   know, the key thing, again, is that neither one of them is

22   going to prevent a hypothetical monopolist of either search

23   text advertising or of search -- the broader search advertising

24   set of products from being able to exercise significant market

25   power.

1    **THE COURT:**  And the social ads, you mean just those that

2    are embedded in the feed?

3    **THE WITNESS:**  Right, the search ones are in the search

4    market.

5    **BY MR. SEVERT:**

6    **Q.**  And is there a key differentiating factor between the

7    search ads and the non search ads?

8    **A.**  Yes, so --

9    **THE COURT:**  I'm sorry to interrupt.  The distinction

10   you're making is between those -- ads that result from search

11   versus those that are embedded in the feed.  We've heard some

12   testimony during the trial that social media platforms like

13   Instagram are -- even when somebody's not inputting an actual

14   search query, are constantly getting signals from the types of

15   videos that are being seen, the types of photographs or

16   people's pages they're going to, how long they're staying on

17   them, where they're going to, et cetera.  I'm sure TikTok does

18   the same thing.

19   Why is that not a substitute in your view, even though it

20   doesn't require -- the ads that are produced from that

21   mechanism, why is that not an adequate substitute?  Because it

22   seems to be trying to achieve the same thing, but without an

23   affirmative action by the user.

24   **THE WITNESS:**  That's a great question that couldn't have

25   been a better lead in to what I was about to say.

1       **THE COURT:**  Well, good, that's what I'm here for.

2       **THE WITNESS:**  So, Your Honor, the key thing about search

3    advertising is that it is responsive to the consumer expressing

4    their intent, the consumer's expressed intent at the moment

5    they're expressing it.  So it's an extremely strong signal of

6    what the consumer is interested in right at that moment.

7    Jumping ahead -- and we're going to go through this more

8    tediously than jumping ahead, but those other things, yeah,

9    they'd love to have just as strong a signal, it's that they

10   don't.  They don't have as strong a signal about like what is

11   the consumer interested in right now, and that is really

12   critical.

13   BY MR. SEVERT:

14       Q.  I think you said that -- well, what other types of

15   online ads did you consider that are not search ads?

16       A.  So if you look at slide 26, you'll just see our

17   same -- you know, the same graphic.  You know, when we're

18   thinking about things that aren't search ads, we'll be thinking

19   about display ads and we'll be thinking about social media ads

20   as kind of the two most significant things that we really want

21   to focus on.

22       Q.  Let's start with the display ads.  How are search ads,

23   including the text ads, different from display ads?

24       A.  So if you'd bring up slide 27.  So the first point

25   here is just what I said a moment ago, Your Honor, that display

1    ads do not have an express signal of consumer's intent at a

2    given moment.  So we'll, I think, look more about that in a

3    moment, but that's the first thing.  The second is display ads

4    are typically -- because of that, they're typically used to

5    build awareness or improve brand image rather than convert.

6    You know, in this marketing funnel language, they're more up

7    funnel relative to search.  And the reason, you know, it goes

8    back to this intent.

9        So search ads are very -- you know, are further down the

10   funnel, because if a consumer is kind of interested in

11   something, they're going to -- and you hit them with an ad,

12   you're likely to be successful -- or your chances of being

13   successful at least are higher.  If you don't have that kind of

14   information, you're not going to be -- you know, you may send

15   them an ad for brown shoes when they're actually, I don't know,

16   interested in skiing that day or thinking about what their

17   family is doing that afternoon or whatever it is.  And so that

18   signal of what they're doing right now is a very strong thing

19   that differentiates.  And when you look at advertiser budgets

20   and how they'll -- you know, and I think we'll talk about this

21   as well, they'll categorize their -- you know, they're

22   putting -- sorry.  They're putting together an ad campaign, and

23   they're thinking like are we going to do some social media ads,

24   are we doing some display ads -- and right now we're talking

25   about display, are we going to do search ads.  And you'll often

1    see them characterize like what the goals are.  And the goals

2    are expressed as awareness, consideration for display most

3    often, and are about conversion and yields and things like that

4    for search.  It's not exclusive, I don't mean to say it's

5    exclusive.

6        **THE COURT:**  Do you distinguish in your mind between

7    display ads that are, as you've described them, intent to build

8    brand image, raise awareness -- but then there are those

9    display ads that arise because you've actually expressed some

10   user intent recently.  And then you're followed around a little

11   bit in an effort to entice you to purchase what you may have

12   not purchased recently -- or decided either to purchase later

13   or not at that moment.

14       **THE WITNESS:**  Right, so the creepy ads that like I was

15   just looking at the brown shoe website, and now I'm reading the

16   New York Times and they hit me with brown shoes, absolutely.

17   So I think in two or three slides we're going to talk exactly

18   about that.

19       **THE COURT:**  Okay.

20   **BY MR. SEVERT:**

21       **Q.**  Professor, did you review the testimony of Mr. Lowcock

22   addressing whether there's differentiation between search ads

23   and display ads?

24       **A.**  I did.  I know, Your Honor, you just heard from him,

25   and certainly he was expressing that view.

4641

1      Q.   Professor, did you look at the prices of general

2   search text ads compared to the prices of display ads?

3      A.   I did, and that was something that was a third bullet

4   point that I forgot to read.  But if you look at the next

5   slide, slide 28, you'll see that Your Honor -- well, Your

6   Honor, you will see, others won't.  But you'll see prices in

7   this figure on the left for display ads.  And the two display

8   ads prices there are the price per impression -- so for each

9   time, you know, a display ad is shown, on average what is its

10   price.  And Google has two different ad platforms in which you

11   can get display ads.  One is called DV360, and the other is

12   AdWords, and so we had data from Google about that.

13      And on the right, you'll see the average price per

14   impression for general search text ads -- which is obviously

15   much, much higher.  Now, I want to just say one thing about

16   this figure, which is general search text ads -- and we're

17   going to talk about that quite a bit as time goes on, are sold

18   per click, not per impression while most of the time display

19   ads are sold per impression.  Our data was per impression.  So

20   what I've done here is basically calculate based on how many

21   clicks an average impression gets for search ad and how much is

22   paid per click, what the average is for an impression as a

23   comparison.  It's trying to do apples to apples, as best I can.

24      Q.   Professor, I think you said the figure on slide 28 is

25   price per impression.  Do you mean, as the title suggests, a

1  price per thousand impressions?

2      A.  Thank you, yes.  I make that slip all the time.  So

3  it's the average price per thousand impressions.  If this was

4  the average price per impression, Google and Bing would be

5  making even more than they are.

6      THE COURT:  Do you mean to say then that the average price

7  per click -- per thousand clicks would be higher than the

8  numbers here, right, because there are fewer clicks than

9  impressions?

10     THE WITNESS:  Well, this is per thousand.

11     THE COURT:  Right, per thousand impressions.

12     THE WITNESS:  Correct.  And not every ad -- and not

13  every -- how could I put -- I hope I'm giving you the right

14  answer here.  So, yeah, certainly each impression, its chance

15  of getting clicked is far below one.

16  BY MR. SEVERT:

17     Q.  And Professor, what does the price difference -- and I

18  won't be specific about it, but the price difference you

19  observe here tell you as an economist?

20     A.  Well, it's kind of going back to the no. 2 wheat

21  example.  Like, if the prices are really different, it's

22  likely -- you know, it's certainly consistent with significant

23  differentiation.

24     Q.  And did you see any evidence from Google's chief

25  economist relating to whether display ads are a significant

1    substitute for search ads, including the text ads?

2        A.   I did.  So the next two slides kind of talk about

3    that.  So if you look at slide 29, Your Honor, this is

4    something that Hal Varian said, where he said:  "We generally

5    think that the revenue from contextual display ads does not

6    cannibalize search ad revenue."  So cannibalize is business

7    lingo for not significant substitutes.  Now, related to your

8    question -- and just to be really clear, contextual display ads

9    are one kind of display ad.  Just like you were saying before,

10   it's the kind of -- you know, I'm reading the New York Times

11   and something shows up, but it's not about that I just visited

12   the brown shoe website.

13       The next slide talks about that.  So those ads are

14   frequently referred to as re-marketing or re-targeting ads.  So

15   if I go to a website, they see that I went to them.  Maybe I

16   fill the basket with a product but I don't buy it.  Now they're

17   trying to reach me somewhere like to say hey, come back, buy it

18   please.  So this is what Hal Varian said in talking about that,

19   which is that the intent captured -- and it's true that there's

20   some intent in that information, but the intent captured is not

21   as strong.  And the reason is, quote, recency is everything.

22   Like, with a search ad, I know you're doing this like this

23   minute; this instant I know that you're interested in this.

24   Even with a re-targeting ad, if I'm 20 minutes later, I may be

25   thinking about my family's picnic outing in the afternoon.  So

1    that, I think, is in a way a direct response to your question

2    earlier.

3        The other thing I would just say is -- and I'll say more

4    about this when we talk about social media, but it applies here

5    as well.  The ability to do this thing, to show you the creepy

6    ad, depends a lot on information, and that information depends

7    a lot on the extent of privacy.  And so to the extent that

8    there are privacy initiatives that limit the amount of

9    information that can be -- is revealed to an advertiser, it can

10   make this difference even bigger.  I shouldn't say there's no

11   doubt, but it seems likely privacy is going to be increasing --

12   protection will be increasing.  And if that's the case, the

13   brown shoe website may have no way of knowing that you're now

14   on the New York Times.

15       Q.  And Professor, did you review evidence relating to

16   what Google itself tells advertisers?

17       A.  I did.  So if you look at slide 31, this is -- you

18   know, Google sells both kinds of ads, so it tries to provide

19   helpful information to advertisers about what those different

20   ads do and how they should think about what they want to buy.

21   And so this is from 2022.  The top call out, at the bottom it's

22   talking about -- you know, is called Why Choose Search

23   Campaigns.  And answer:  "Highly specific targeting.  Reach

24   people actively searching for what you offer."  At the bottom:

25   "Why choose display ad campaigns?"  Well, answer:  "Awareness

1    and consideration."  So Google is recognizing that this is a

2    really significant difference in what they're selling, in the

3    two different products that they're selling.

4        Q.   Professor, let's talk about social media ads.  How are

5    social media ads different from search ads, including the text

6    ads?

7        A.   So if you go to slide 32, you'll see three ways in

8    which search ads are differentiated.  So the first is back to

9    intent.  And search ads, as I've said, are a very strong signal

10   of what someone's interested in right at that moment, they've

11   expressed it.  Instead, social media is like -- kind of as you

12   were saying, Your Honor, they may be based on the fact -- you

13   know, in my case, that I'm a skier or I did -- you know, I

14   looked at information from my skiing friends or something

15   recently.  And so social media is targeting to a significant

16   degree based on that.

17       Again, when you look at what advertisers -- when they

18   describe their ad campaigns and they talk about social media,

19   they're talking about awareness and branding most often.

20   Again, not exclusively, but most often.  And then this is kind

21   of coming to the point that I was talking about before.  So

22   privacy -- again, just like with display ads, really, really

23   can matter a lot for the ability to target ads on social media.

24   And I don't know if you -- when it happens you noticed, but

25   Apple, you know, a couple of years ago changed its privacy.  So

1    now when you use an app for the first time, it's asking you --

2    actually, it's giving you a choice screen: are you okay with

3    being tracked by this app or not.  And what happened as a

4    result of that is it became clear how much that was affecting

5    Facebook's ability to target ads and also measure conversion,

6    measure performance.  But when it became clear, Facebook's

7    market capitalization, its market value, dropped by 25 percent

8    in two days.

9        Q.  Professor, did you see any evidence from Google's

10   behavior that it recognized differences between social media

11   ads and search ads in the text ads?

12       A.  I did.

13       Q.  What did you see?

14       A.  So at one point, Google's ad people -- I think it may

15   have been Mr. Raghavan, I may be misremembering that a little.

16   Some things I saw where he has -- is describing how advertisers

17   came to him and said:  We really like these Facebook ads.  You

18   don't have anything like that.  Why doesn't Google have

19   anything like that?  And Google -- and specifically about ads

20   in the feed.  And so Google had a feed product that it had

21   started that didn't have ads, and they introduced these things

22   called discovery ads.  And if you look at slide 33, you'll see

23   how they thought about these.  This is a slide from 2020.  And

24   where are discovery ads?  They're in this separate category on

25   the right in green.  Well, who do they appeal to?  The social

1    buyer, and by that they mean an advertiser who is buying social

2    media ads.  Different category, search buyers.  So it was

3    exactly a response to the fact that search ads -- these

4    advertisers were coming to Google.  And the search ads weren't

5    a substitute for these feed ads, they were -- advertisers were

6    saying, no, you don't have this right now, and Google responded

7    by trying to create it.

8        Q.  Professor, we've talked about differences between

9    search ads and non search ads.  Now I want to talk just about

10   search ads.  I think you said before not all search ads are

11   text ads, right?

12       A.  That's correct.

13       Q.  Focusing only on these search ads, are PLAs a

14   significant constraint on text ads?

15       A.  So they're not a significant enough constraint to

16   prevent the exercise of significant market power by a seller of

17   general -- a hypothetical monopolist of general search text

18   ads.

19       Q.  And did you evaluate differences between search ads

20   and PLAs -- sorry, text ads and PLAs or shopping ads?

21       A.  I did.  If you'd bring up slide 35.  So I did, and on

22   this slide, Google did it for me.  So, Your Honor, this is just

23   a slide -- a Google document from 2020 that is contrasting what

24   they're here calling shopping ads, which means PLAs, and on the

25   right -- furthest right column, search ads, which means general

1    search text ads.  How do they differ?  Well, they're really

2    different in their format and creatives.  The search ads look

3    like organic links and text.  The PLAs have pictures of

4    products, they have prices and the like.  The PLAs are

5    organized horizontally, and you scroll through -- can scroll

6    through the carousel.  The search ads are vertical -- yikes,

7    too many hand movements, are vertically oriented.  The ad

8    targeting -- you know, what can -- how can an advertiser

9    target?  In search ads, general search text ads, you specify

10   the keywords you want to match to.  You can't do that in PLAs.

11   All you can do is basically assign your product to a product

12   group, and Google decides what searches that shows up in.

13   Advertisers can buy multiple PLAs for a given query.  To show

14   up on one SERP, you can't do that for text ads.  And moreover,

15   the pricing -- the way the prices of these things are

16   determined and which ads get served are done in separate

17   auctions.

18       Q.  You mentioned the separate auctions between text ads

19   and PLAs.  Has Google ever considered combining text ads and

20   PLAs into a single auction?

21       A.  It has.  So if you look at slide 36, you'll see Google

22   considered and rejected integrating the PLAs and text ads in

23   the same auction.  And this document is saying why -- just in

24   bold:  "User intent and advertiser value is different across

25   the units.  And as a result, advertisers are not bidding on the

1    same thing on shopping and text ads."

2        Q.  And did you look at any differences in who buys text

3    ads versus who buys PLAs?

4        A.  I did.  And at the simplest level, Your Honor, if you

5    don't have a physical product, you can't buy a PLA.  So if MIT

6    wants to advertise to attract students, MIT can't buy a PLA.

7    If another service wants to -- you know, financial services are

8    not buying PLAs.  So at one level, right away you can see there

9    are a bunch of advertisers who PLAs are just not an option.

10   And if you'd bring up slide 37 -- and I won't say the numbers

11   because they're redacted, Your Honor.  But this is just kind of

12   confirming what probably should be obvious given what I already

13   said.  On the left, it's showing you the percentage of Google's

14   search ad revenue coming from advertisers that buy text ads but

15   don't buy PLAs.  And as you can see, it's a large share.

16       Q.  What Google evidence have you seen regarding

17   substitution between text ads and PLAs?

18       A.  If you'd bring up slide 38, you'll just see two

19   examples.  There's a 2017 e-mail thread that is saying PLAs and

20   text ads are different products with different goals, that

21   they're siloed in their own world and don't compete.  And then

22   on the right, you know, Hal Varian is basically saying the same

23   thing in response to a question about whether PLAs are a

24   different species than text ads.

25       Q.  And did you compare the prices of text ads to the

1    prices of PLAs?

2        **A.**   I did.  So if you'd bring up slide 39.  Your Honor,

3    this is a slide -- again, it's redacted, so I won't say

4    anything about the numbers.  But this slide is showing you the

5    average -- and now this is all going to be cost per click, you

6    know, because that's how they're being sold, but for both PLAs

7    and text ads.  And the solid lines are showing you in each

8    year, from 2016 to 2021, the average price in red of Google

9    text ads, and the average price of -- in blue of Bing.  The

10   dashed -- the dotted lines are instead showing you the same

11   things with the same color orientation for PLAs.

12       And there are really two things to take from this.  The

13   first is kind of like the comparison we did before, text ads

14   are more expensive than PLAs.  But I think equally, and maybe

15   more, telling in this is the changes over time.  And what you

16   can see here is PLA prices have been flat or, if anything, a

17   little decreasing, and text ad prices have been going up.  And

18   that's true for both firms.  And so if you had products that

19   were very close substitutes, you wouldn't expect to see the

20   prices diverging this way.

21       **THE COURT:**  Have you seen documentation or experiments

22   that reflect what, if any, impact these pricing trends have had

23   on the quantity of these types of ads that have been bought by

24   advertisers?  In other words, something that actually might --

25   and this is a pricing issue, and you could potentially observe

1   substitution.

2   **THE WITNESS:**  Yeah, so we're going to -- tomorrow I'm

3   going to tell you about experiments Google has -- well, I

4   shouldn't say tomorrow, it depends how long you want to go

5   today.  It will probably be tomorrow, but I'm not sure.  Sorry.

6   Tomorrow, probably, I'm going to show you and talk about --

7   talk to you about experiments that Google has run precisely

8   varying prices to advertisers in text ads, and seeing what

9   happened.  The answer is going to be there wasn't a lot of

10   movement away from text ads.

11   **BY MR. SEVERT:**

12   **Q.**  Professor, we just talked about how text ads are

13   different from PLAs, and PLAs, I think, are just one part of

14   one type of search ad that's not in the text ads market.  What

15   about search ads on specialized search engines?

16   **A.**  So if you'd bring up slide 40.  So just to kind of

17   place it -- again, because this all can get a little confusing.

18   We had those other ads that were not -- other search ads that

19   were not text ads, but were different than PLAs.  Like on

20   booking.com was the example we had.  And so the question is,

21   well, what about specialized search engine ads.  And

22   specialized search engines may show PLAs, like Amazon does, and

23   it may show these other kind of ads.  But there is a

24   significant difference for any kind of ad on a specialized --

25   there are some differences for any kind of ad on a specialized

1    search engine versus a general search engine.  So here I've

2    listed three important ones.

3        So first, many ads on specialized search engines, the

4    consumer's just taken to a page on the platform, not off the

5    platform to the website of the advertiser.  And many

6    advertisers really care about the consumer coming to their

7    website.  When the consumer comes to their website, they can --

8    the firm, the advertiser can get information about the

9    consumer.  The advertiser can maybe sign the consumer up to --

10   you know, on their platform.  The consumer may see information

11   about products other than what they just started off looking

12   at.  So there's a lot of benefits to these advertisers of

13   getting -- to many advertisers of getting the consumer to come

14   to their website.  And that's something general search engine

15   ads do that text ads do, but specialized -- ads on specialized

16   search engines often don't.

17       A second thing is some advertisers don't want to advertise

18   on a specialized search engine, because they think the

19   specialized search engine is a competitor of theirs.  So the

20   retailers -- Target, Walmart, other retailers view Amazon as a

21   competitor.  They don't want to advertise on a competitor, and

22   so the option then is a general search engine and buying

23   general search text ads.  And then down, third, again, I

24   mentioned earlier how specialized search engines are some of

25   the biggest advertisers on general search engines.  They're not

1    likely to advertise on rival specialized search engines.  And

2    so it's not a total surprises that where they're advertising is

3    on, you know, Google and Bing and general search engines.

4        Q.  Okay, Professor, I want to now turn to the second

5    advertising market that you analyzed -- and we're now on slide

6    41, and that's the search advertising market.  We've already

7    discussed, in talking about the general search text advertising

8    market, how search ads are different from other ads, so I don't

9    want to repeat that testimony.  But is that testimony relevant

10   to the search advertising market definition as well?

11       A.  Sure, yes.

12       Q.  And did you evaluate whether business practices of

13   industry participants were consistent with your opinion that

14   search advertising is a relevant market?

15       A.  I did, and I've already referred to some of this, Your

16   Honor.  So if you look at advertisers, they are very frequently

17   dividing their ad campaigns into categories where one of the

18   categories is search.  Another might be display or video or

19   social media, but search is a separate category that they very,

20   very -- you know, pretty much every advertiser document I've

21   looked at, it has been called out that way.  But it's also true

22   that Google views search ads as distinct from other digital

23   ads.  So if you'd bring up slide 42.  The numbers are redacted

24   here, but the point isn't the numbers, it's just you can see

25   Google -- this is an ad fact pack, financial fact pack from

1   2019.  Search is being called out separately in terms of how

2   Google is performing in that.

3       Q.  And Professor, we've talked about the product

4   characteristics of the three relevant markets that you

5   analyzed.  Is there a geographic component to the three markets

6   that you analyzed?

7       A.  There is, it's the U.S. --

8       Q.  What --

9       A.  Oh, sorry, didn't mean to talk over you.

10      Q.  Sorry.  What is it?

11      A.  It's the U.S.  So what does that mean?  In the case of

12  general search services, it's queries served -- sorry, search

13  results served in response to queries from consumers in the

14  U.S?  And, of course, the idea there is consumers in the U.S.

15  have specific things that they're interested in that are

16  different from consumers in France or consumers in other

17  places.  And on the ads side, it's advertisements that are

18  served on search results pages viewed by consumers who put

19  queries in in the U.S.  And why is that?  Well, you know, an

20  advertiser in Chicago doesn't want to reach a consumer who's

21  putting a query in in Paris.

22      Q.  And Professor, I think that --

23      A.  I should say for the most part, of course.  There are

24  some sales you might want to make abroad.

25      Q.  Sure.  And I think that concludes opinion one.  And we

1    can turn to your second opinion.

2          Your Honor, we're happy to proceed, or if you want to

3    break here, we can break here, too.

4          **THE COURT:**  Yeah, why don't we go ahead and break, it

5    seems like a natural breaking point, give everybody an extra 10

6    minutes.  Okay, terrific.  So, Dr. Whinston, thank you very

7    much.  We will see you tomorrow hopefully.  I'll just ask you

8    not to discuss your testimony with anyone overnight.

9          **THE WITNESS:**  Absolutely.

10          **THE COURT:**  Thank you, sir.

11          Counsel, so just to -- I think I went through this

12    yesterday, but just to confirm, we have two fact witnesses

13    tomorrow.  Is the expectation that they will take the full

14    morning or do we think we'll have time to continue with

15    Professor Whinston's testimony, and perhaps conclude it?

16          **MR. DINTZER:**  Your Honor, to catch the Court up, Ms. Lim,

17    one of the two witnesses, we caught her before she caught a

18    plane down here, and we asked her to not come just because of

19    the timing.  We spoke with Google's counsel before that

20    happened.  But given the time for Professor Whinston and then

21    the fact witness tomorrow, our best guess is that we will fill

22    up the morning, and we didn't want to unnecessarily

23    inconvenience her.

24          **THE COURT:**  Okay.  Is there anything else?

25          **MR. DINTZER:**  Not from the DOJ plaintiffs, Your Honor.

4656

1          MR. CAVANAUGH:  No, Your Honor.

2          MR. SCHMIDTLEIN:  No, Your Honor.

3          THE COURT:  Just one housekeeping matter from my end.

4   Mr. Cue's testimony and the transcript, it's been more of a

5   slog than I expected, so it's not quite done yet.  The hope is

6   that we will get it done this evening, so we have not

7   forgotten.  We'll see everybody in the morning, thank you.

8          (Proceedings adjourned at 4:53 p.m.)

1                        **C E R T I F I C A T E**

2

3                I, **Jeff M. Hook, Official Court Reporter,**

4    certify that the foregoing is a true and correct transcript of

5    the record of proceedings in the above-entitled matter.

6

7

8

9    <u>October 5, 2023</u>              _____

10         **DATE**                         **Jeff M. Hook**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

BY MR. MCGINNIS:
[10]  4560/5 4565/20
4570/18 4571/14
4574/4 4577/6
4578/25 4579/10
4580/2 4585/21
BY MR. SEVERT: [14]
4594/23 4598/13
4599/10 4609/15
4610/11 4623/9
4626/23 4627/25
4632/12 4637/4
4638/12 4640/19
4642/15 4651/10
BY MS. FEDER: [1]
4558/3
BY MS.
MURDOCK-PARK: [4]
4548/3 4552/10
4554/12 4591/15
DEPUTY CLERK: [2]
4594/13 4594/18
MR. CAVANAUGH: [1]
4655/25
MR. DINTZER: [2]
4655/15 4655/24
MR. MCGINNIS: [9]
4554/8 4559/23
4570/16 4571/9
4573/17 4579/7
4579/23 4585/16
4591/11
MR. SCHMIDTLEIN:
[2]  4598/9 4656/1
MR. SEVERT: [7]
4594/8 4594/11
4598/6 4598/17
4598/23 4609/9
4624/9
MS. FEDER: [5]
4557/23 4558/1
4559/21 4559/25
4594/2
MS.
MURDOCK-PARK: [8]
4554/6 4557/20
4571/10 4573/18
4579/24 4585/18
4591/13 4593/25
THE COURT: [63]
4548/1 4551/18
4551/21 4552/5
4552/9 4554/10
4557/25 4560/1
4560/3 4565/18
4570/9 4570/11
4570/17 4571/11
4573/19 4573/21
4574/2 4576/21
4578/9 4579/9
4579/25 4585/19
4591/12 4594/1
4594/3 4594/10
4594/19 4594/21
4597/24 4598/1
4598/10 4598/18

4598/20 4599/5
4606/20 4607/19
4608/13 4609/6
4609/10 4610/10
4623/4 4623/8 4624/7
4624/10 4625/15
4625/19 4626/22
4627/19 4631/8
4631/20 4632/4
4636/25 4637/8
4637/25 4640/5
4640/18 4642/5
4642/10 4650/20
4655/3 4655/9
4655/23 4656/2
THE WITNESS: [34]
4551/20 4552/2
4552/8 4570/10
4570/14 4573/25
4576/22 4578/12
4594/6 4594/17
4594/20 4597/25
4598/2 4598/12
4598/19 4607/1
4607/25 4608/18
4623/7 4624/18
4625/18 4625/21
4627/20 4631/10
4631/23 4632/6
4637/2 4637/23
4638/1 4640/13
4642/9 4642/11
4651/1 4655/8

'

's [1]  4621/1

.

......Admitted [6]
4547/16 4547/17
4547/18 4547/19
4547/20 4547/21

0

02199 [1]  4546/15

1

10 [2]  4617/4 4655/5
10005 [1]  4546/8
10036 [1]  4545/25
11 [1]  4618/13
11/5 [1]  4573/10
1100 [1]  4545/24
1133 [1]  4545/24
11:55 a.m [1]  4548/10
12 [3]  4593/1 4593/5
4620/9
12:19 p.m [1]  4552/20
12:21:02 [1]  4552/24
12:22 a.m [1]  4571/17
13 [1]  4620/17
1300 [1]  4546/4
14 [1]  4620/20
15 [1]  4621/4
16 [1]  4621/13
17 [2]  4545/7 4622/1
17th [1]  4585/24
18 [1]  4622/13

19 [1]  4622/21
1984 [2]  4595/8
4595/16
1995 [1]  4597/9
1997 [2]  4595/18
4595/18
1:20-cv-3010 [1]
4545/4
1:32 [1]  4545/6

2

20 [2]  4623/14
4643/24
20001 [2]  4545/18
4546/25
20005 [1]  4545/15
20024 [1]  4546/12
2009 [1]  4624/2
2013 [1]  4595/19
2014 [1]  4621/3
2016 [1]  4650/8
2017 [4]  4587/15
4587/18 4588/12
4649/19
2019 [9]  4558/6
4558/16 4563/22
4565/13 4565/23
4566/21 4577/15
4577/19 4654/1
2020 [22]  4550/2
4551/22 4554/15
4554/17 4567/7
4568/8 4571/4
4572/10 4579/17
4582/6 4582/22
4584/1 4585/14
4588/3 4588/4 4588/6
4588/22 4592/6
4621/5 4621/8
4646/23 4647/23
2021 [5]  4560/11
4560/18 4589/2
4624/2 4650/8
2022 [1]  4644/21
2023 [1]  4545/5
209 [1]  4545/20
21 [4]  4551/22 4593/8
4624/7 4626/25
22 [2]  4627/15 4628/7
2200 [2]  4545/24
4545/24
23 [2]  4629/9 4629/9
23rd [2]  4546/7
4554/15
24 [1]  4632/22
24th [1]  4593/5
25 [3]  4617/22 4618/1
4636/5
25 percent [1]  4646/7
26 [1]  4638/16
27 [1]  4638/24
28 [3]  4546/7 4641/5
4641/24
29 [1]  4643/3
2:22 p.m [1]  4553/4
2:53 p.m [1]  4580/15

3

30 [1]  4614/20
3010 [1]  4545/4
31 [1]  4644/17
314 [2]  4593/1 4593/5
315 [3]  4592/24
4593/1 4593/8
316 [2]  4593/2 4593/8
32 [1]  4645/7
33 [1]  4646/22
333 [1]  4546/24
35 [1]  4647/21
36 [1]  4648/21
37 [1]  4649/10
38 [1]  4649/18
39 [1]  4650/2
3:00 [1]  4609/8
3:10 [1]  4609/11
3:11 p.m [1]  4609/14
3:30 [1]  4609/12
3:32 p.m [1]  4609/15

4

40 [1]  4651/16
41 [1]  4653/6
42 [1]  4653/23
450 [1]  4545/18
4548 [1]  4547/4
4554 [1]  4547/16
4558 [1]  4547/5
4560 [2]  4547/6
4547/17
4571 [1]  4547/18
4573 [1]  4547/19
4580 [1]  4547/20
4585 [1]  4547/21
4591 [1]  4547/7
4594 [1]  4547/10
4:53 p.m [1]  4656/8

5

5th [3]  4571/4 4571/17
4572/10

6

60 [1]  4614/22
600 [1]  4545/20
60604 [1]  4545/21
680 [1]  4546/11
6:21 p.m [1]  4556/1
6:26 p.m [1]  4556/22
6:50 p.m [3]  4573/16
4574/7 4591/19

7

77 percent [1]  4614/23
7:18 p.m [1]  4581/4
7:38 p.m [1]  4585/24
7th [1]  4546/4

8

800 [1]  4546/14
80203 [1]  4546/4
812 [1]  4557/11
818 [1]  4560/2
8th [1]  4558/16

A

a.m [2]  4548/10
4571/17
ability [4]  4562/23
4644/5 4645/23
4646/5
able [9]  4553/1
4562/25 4599/5
4603/25 4617/12
4618/10 4632/18
4636/11 4636/24
above [5]  4576/23
4601/10 4603/23
4604/1 4657/5
above-entitled [1]
4657/5
abroad [1]  4654/24
absence [1]  4605/6
absolutely [3]  4609/10
4640/16 4655/9
academic [1]  4608/17
4608/20 4608/24
4609/2 4626/21
academically [1]
4608/15
accepted [2]  4557/3
4608/15
accidentally [1]
4578/24
According [4]  4549/9
4549/10 4571/23
4572/6
account [3]  4619/23
4619/23 4620/1
accurately [1]  4592/22
achieve [1]  4637/22
across [4]  4548/17
4615/9 4634/13
4648/24
act [2]  4561/2 4561/21
acted [1]  4561/16
action [3]  4545/3
4552/25 4637/23
actions [2]  4610/7
4610/10
activate [1]  4578/21
actively [1]  4644/24
actual [3]  4582/4
4591/4 4637/13
actually [28]  4553/16
4553/17 4556/23
4557/11 4561/1
4563/1 4564/21
4568/11 4572/24
4575/21 4577/4
4577/13 4577/13
4577/20 4580/9
4582/9 4582/10
4583/21 4590/13
4592/25 4607/25
4608/12 4617/9
4636/14 4639/15
4640/9 4646/2
4650/24
ad [50]  4624/9
4627/11 4627/22
4628/11 4629/3

**A**

ad... [45]  4629/4
4630/4 4630/5
4630/19 4630/20
4630/24 4631/18
4631/19 4632/1
4632/15 4632/21
4632/24 4633/1
4634/9 4634/10
4634/13 4634/16
4635/2 4635/15
4635/22 4635/25
4636/2 4639/11
4639/15 4639/22
4641/9 4641/10
4641/21 4642/12
4643/6 4643/9
4643/22 4643/24
4644/6 4644/25
4645/18 4646/14
4648/7 4649/14
4650/17 4651/14
4651/24 4651/25
4653/17 4653/25
ADAM [2]  4545/16
4594/9
add [5]  4554/24
4555/2 4555/21
4610/1 4623/23
added [1]  4559/20
additional [3]  4564/21
4610/22 4634/5
address [2]  4576/6
4580/25
addresses [1]  4590/12
addressing [3]  4551/2
4583/12 4640/22
adequate [1]  4637/21
adjourned [1]  4656/8
admit [2]  4554/8
4559/22
admitted [11]  4554/11
4554/12 4560/2
4560/3 4571/12
4571/14 4573/21
4580/1 4580/2
4585/20 4585/21
admittedly [1]  4613/2
ads [163]
AdSense [1]  4620/16
advanced [1]  4569/20
advertise [4]  4649/6
4652/17 4652/21
4653/1
advertisement [1]
4633/9
advertisements [2]
4567/20 4654/17
advertiser [11]
4634/18 4639/19
4644/9 4647/1 4648/8
4648/24 4652/5
4652/8 4652/9
4653/20 4654/20
advertisers [25]
4615/12 4615/13
4634/20 4634/21

4635/4 4635/4 4636/2
4644/16 4644/19
4645/17 4646/16
4647/4 4647/5
4648/13 4648/25
4649/9 4649/14
4650/24 4651/8
4652/6 4652/12
4652/13 4652/17
4652/25 4653/16
advertising [37]
4599/20 4599/20
4600/10 4600/11
4624/6 4627/1 4627/3
4627/4 4627/5 4627/7
4627/14 4628/6
4628/8 4629/11
4629/13 4630/1
4630/2 4630/3
4630/14 4631/3
4631/7 4631/10
4631/21 4633/4
4634/19 4636/6
4636/7 4636/10
4636/23 4636/23
4638/3 4653/2 4653/5
4653/6 4653/7
4653/10 4653/14
AdWords [1]  4641/12
affect [3]  4631/5
4632/20 4635/22
affecting [1]  4646/4
affirm [1]  4594/15
affirmative [1]  4637/23
afternoon [8]  4545/7
4557/24 4558/5
4560/7 4594/9 4609/9
4639/17 4643/25
again [25]  4551/5
4556/15 4566/23
4567/4 4571/1
4572/13 4578/23
4578/25 4579/15
4580/4 4585/9
4589/14 4618/18
4621/18 4622/14
4622/25 4623/1
4632/22 4636/21
4645/17 4645/20
4645/22 4650/3
4651/17 4652/23
against [1]  4618/3
aggressive [3]  4556/3
4556/13 4557/1
ago [4]  4597/22
4598/4 4638/25
4645/25
agree [3]  4564/12
4584/12 4591/4
agreed [2]  4591/6
4591/9
agreeing [1]  4578/17
agreement [43]
4549/23 4549/25
4553/9 4553/18
4553/19 4553/22
4553/25 4554/1

4554/3 4566/22
4566/25 4567/2
4567/5 4567/25
4568/3 4568/4 4568/5
4568/6 4576/18
4576/25 4577/2
4587/8 4587/11
4587/13 4587/14
4588/3 4588/7 4588/9
4588/11 4588/12
4588/14 4588/17
4588/21 4590/13
4590/17 4590/24
4591/1 4591/4 4591/5
4591/9 4591/10
4592/7 4593/17
agreements [3]
4566/19 4578/16
4589/6
ahead [8]  4579/9
4593/11 4609/7
4609/8 4618/6 4638/7
4638/8 4655/4
Airlines [1]  4611/21
al [1]  4545/3
alleged [1]  4599/21
allow [3]  4553/7
4603/23 4610/17
allowed [2]  4558/7
4559/9
alluded [2]  4602/17
4616/9
alter [1]  4576/13
Alternative [1]  4621/21
alternatives [4]  4611/7
4611/8 4611/11
4611/12
although [1]  4614/21
always [6]  4553/15
4565/6 4603/5 4603/6
4606/8 4606/14
Amazon [9]  4617/6
4617/6 4617/13
4617/24 4621/23
4628/23 4628/24
4651/22 4652/20
amendment [1]
4549/12
AMERICA [2]  4545/3
4561/2
American [1]  4611/21
Americas [1]  4545/24
AMIT [1]  4545/10
among [1]  4590/7
amount [4]  4606/11
4615/4 4635/1 4646/4
amounts [1]  4635/24
analogy [3]  4612/23
4613/10 4613/14
analysis [7]  4600/16
4601/3 4603/9
4611/16 4614/13
4614/19 4621/10
analyze [3]  4620/8
4630/8 4630/10
analyzed [9]  4609/19
4627/1 4629/6 4629/7

4630/1 4636/15
4653/5 4654/5 4654/6
Android [4]  4621/14
4621/15 4621/19
4622/2
answered [1]  4604/7
anticipated [1]  4575/18
antitrust [13]  4546/3
4552/25 4596/12
4596/13 4596/24
4597/1 4597/12
4597/19 4597/20
4599/22 4600/12
4601/2 4603/2
Antonio [3]  4554/19
4554/20 4555/19
apologize [1]  4576/24
app [24]  4559/19
4562/24 4562/25
4563/1 4563/2 4563/4
4563/5 4563/16
4563/18 4564/12
4566/6 4566/10
4566/12 4566/15
4566/25 4575/9
4575/22 4575/23
4576/2 4576/3 4583/3
4583/18 4646/1
4646/3
appeal [1]  4646/25
APPEARANCES [2]
4545/12 4546/1
appears [1]  4628/2
Apple [2]  4569/18
4645/25
apples [3]  4591/25
4641/23 4641/23
appliances [1]  4561/5
applications [1]
4575/12
applied [1]  4598/3
applies [1]  4644/4
apply [2]  4604/8
4611/25
applying [1]  4603/16
appointed [1]  4595/13
appointment [1]
4595/14
approach [5]  4558/11
4570/17 4592/16
4598/18 4608/17
approval [1]  4573/3
approved [3]  4559/6
4559/6 4559/20
apps [14]  4558/7
4559/7 4559/9
4559/20 4565/12
4565/16 4565/23
4566/2 4566/20
4567/3 4567/20
4567/21 4575/10
4575/11
area [2]  4574/1
4596/22
areas [3]  4596/7
4596/11 4629/24
argument [1]  4564/18

arise [1]  4640/9
arm [1]  4560/24
Army [1]  4614/7
around [8]  4548/16
4551/4 4551/6
4556/20 4557/5
4583/13 4587/22
4640/10
arriving [1]  4603/8
as you're [1]  4629/17
aside [6]  4554/7
4587/5 4592/5
4593/11 4593/13
4630/22
assess [1]  4599/24
assessing [1]  4632/14
assessment [1]
4607/22
assessments [1]
4619/14
assign [1]  4648/11
assignment [2]
4599/13 4600/3
assignments [1]
4599/18
assist [1]  4598/16
assistant [1]  4595/17
associated [1]  4563/6
assuming [1]  4553/22
4556/18
assumptions [1]
4551/6
asymmetric [1]
4607/15
attempt [1]  4569/21
attempting [3]  4549/16
4550/22 4553/23
attempts [3]  4549/17
4550/23 4550/24
attend [1]  4552/6
attended [2]  4551/25
4552/5
attention [8]  4548/10
4552/18 4571/16
4574/6 4580/14
4582/22 4585/23
4591/19
attract [1]  4649/6
auction [2]  4648/20
4648/23
auctions [2]  4648/77
4648/18
audience [4]  4634/20
4634/21 4634/22
4634/23
audiences [3]  4634/16
4634/25 4635/9
August [2]  4550/2
4551/22
August 2020 [1]
4550/2
August 21 [1]  4551/22
Avenue [3]  4545/24
4546/11 4546/24
average [10]  4641/9
4641/13 4641/21
4641/22 4642/3

**A**

average... [5] 4642/4
4642/6 4650/5 4650/8
4650/9
avoids [1] 4613/4
aware [7] 4549/15
4551/5 4564/25
4567/1 4633/19
4634/1 4634/5
awareness [5] 4639/5
4640/2 4640/8
4644/25 4645/19
away [4] 4600/8
4601/19 4649/8
4651/10

**B**

back [25] 4548/2
4548/5 4551/8
4551/10 4551/11
4552/14 4559/12
4564/6 4564/6
4572/13 4578/23
4580/24 4584/1
4591/17 4591/19
4593/5 4595/20
4609/15 4619/21
4624/11 4634/4
4639/8 4642/20
4643/17 4645/8
background [2] 4593/3
4595/5
backwards [1] 4556/25
baker [1] 4613/1
Bankruptcy [1]
4546/24
barriers [2] 4592/13
4600/13
bars [1] 4613/24
base [2] 4601/18
4614/19
based [12] 4549/19
4555/15 4555/16
4571/22 4572/1
4583/1 4590/5 4591/3
4608/7 4641/20
4645/12 4645/16
basically [7] 4603/13
4603/13 4618/1
4619/18 4641/20
4648/11 4649/22
basket [1] 4643/16
battery [1] 4581/8
Bay [1] 4574/1
BD [6] 4561/16
4561/21 4562/2
4562/7 4572/23
4589/15
became [2] 4646/4
4646/6
become [4] 4620/16
4633/19 4634/1
4634/5
beginning [5] 4559/14
4578/19 4585/25
4598/21 4614/5
beginning of 1 [1] 4614/5

begins [2] 4571/23
4576/7
begs [1] 4625/16
behavior [2] 4596/19
4646/10
behind [1] 4580/16
Behr [4] 4551/13
4551/15 4551/15
4558/16
belief [1] 4564/22
Belknap [1] 4545/23
BELLSHAW [1]
4545/17
below [3] 4601/11
4628/25 4642/15
BENCH [1] 4545/10
benefit [4] 4564/19
4568/25 4612/17
4633/19
benefits [1] 4652/12
besides [1] 4595/15
best [10] 4562/13
4589/20 4591/5
4591/7 4591/7
4592/10 4597/18
4598/3 4641/23
4655/21
better [3] 4567/14
4583/2 4637/25
beyond [1] 4617/18
biased [1] 4562/11
bidding [1] 4648/25
big [3] 4550/17
4613/19 4626/5
bigger [1] 4644/10
biggest [4] 4612/12
4615/12 4615/12
4652/25
binder [4] 4570/21
4579/13 4582/10
4582/12
Bing [8] 4615/13
4619/5 4619/6
4621/11 4623/17
4642/4 4650/9 4653/3
Bing's [1] 4620/25
bit [10] 4580/15
4605/20 4607/15
4609/8 4617/10
4627/20 4633/8
4633/12 4640/11
4641/17
bites [1] 4604/19
black [1] 4582/12
blue [2] 4627/23
4650/9
bold [1] 4648/24
book [1] 4597/12
booking.com [2]
4629/3 4651/20
books [3] 4597/5
4597/6 4597/11
Borges' [1] 4623/18
Boston [1] 4546/15
both [20] 4562/9
4562/10 4565/7
4582/11 4586/11

4595/22 4600/17
4600/18 4604/22
4608/6 4610/18
4611/5 4615/6 4629/6
4630/21 4635/3
4636/17 4644/18
4650/6 4650/18
bottom [9] 4551/18
4552/19 4559/13
4608/21 4613/23
4620/23 4629/19
4644/21 4644/24
bought [1] 4650/23
box [1] 4621/6
boxed [1] 4627/23
boxes [1] 4599/1
Boylston [1] 4546/14
Branch [88] 4548/16
4549/11 4549/15
4549/25 4550/16
4550/25 4551/3
4551/13 4551/24
4552/14 4555/3
4556/4 4557/4 4557/6
4557/7 4557/11
4557/13 4557/19
4558/6 4558/6
4558/17 4559/9
4560/14 4560/15
4562/6 4562/7 4563/4
4563/6 4563/21
4563/24 4564/7
4564/12 4564/16
4564/18 4564/21
4564/23 4565/1
4565/13 4565/17
4565/23 4566/5
4566/6 4566/20
4567/11 4567/12
4567/16 4567/19
4568/13 4570/1
4570/5 4572/11
4572/24 4573/4
4573/7 4574/11
4574/15 4574/19
4575/1 4575/8
4576/16 4576/19
4576/19 4576/21
4577/5 4577/15
4577/21 4578/4
4578/22 4579/3
4579/5 4579/14
4580/24 4581/7
4582/19 4583/1
4584/2 4586/6 4586/9
4586/10 4586/17
4587/1 4588/19
4588/23 4588/24
4589/17 4591/25
4592/2 4592/11
Branch's [5] 4549/16
4550/23 4557/9
4562/16 4574/1
brand [2] 4639/5
4640/8
branding [1] 4645/19
Brandon [7] 4554/20

4554/20 4555/20
4556/7 4556/11
4556/15 4556/16
breadth [2] 4611/9
4613/17
break [4] 4609/9
4655/3 4655/3 4655/4
breaking [1] 4655/5
brief [2] 4594/8
4596/15
briefly [5] 4582/9
4591/14 4600/15
4622/3 4622/15
bring [19] 4600/6
4616/1 4617/4
4618/13 4620/9
4620/17 4620/20
4622/21 4623/14
4629/8 4632/22
4634/11 4638/24
4647/21 4649/10
4649/18 4650/2
4651/16 4653/23
broad [3] 4610/21
4616/3 4616/25
broader [6] 4570/5
4588/18 4630/14
4630/17 4630/20
4636/23
broadly [1] 4619/24
Broadway [1] 4546/4
brought [1] 4578/6
brown [6] 4628/24
4639/15 4640/15
4640/16 4643/12
4644/13
browser [4] 4581/8
4622/5 4622/7 4622/9
browsers [2] 4613/24
4614/1
BS [1] 4595/6
budgets [1] 4639/19
build [2] 4639/5 4640/7
bullet [5] 4620/19
4621/13 4622/1
4622/13 4641/3
bully [1] 4586/8
bunch [2] 4615/14
4649/9
bushel [1] 4626/14
bushels [1] 4626/12
business [11] 4562/16
4566/3 4577/24
4595/13 4595/22
4596/2 4599/8
4607/21 4608/7
4643/6 4653/12
butcher [1] 4612/25
buy [14] 4550/20
4553/8 4617/7 4617/9
4617/15 4618/3
4643/16 4643/17
4644/20 4648/13
4649/5 4649/6
4649/14 4649/15
buy-in [1] 4550/20
buyer [1] 4647/1

buyers [1] 4647/2
buying [7] 4552/21
4626/14 4634/2
4634/12 4647/1
4649/8 4652/22
buys [2] 4649/2 4649/3

**C**

calculate [1] 4641/20
call [8] 4549/16 4551/4
4580/5 4585/25
4586/1 4586/4
4615/21 4644/21
called [12] 4553/13
4555/13 4561/1
4577/9 4605/8
4614/13 4620/16
4641/11 4644/22
4646/22 4653/21
4654/1
calling [1] 4647/24
calls [2] 4551/12
4594/13
came [5] 4556/8
4556/17 4586/16
4597/12 4646/17
campaign [2] 4634/10
4639/22
campaigns [4] 4644/23
4644/25 4645/18
4653/17
can [104] 4548/13
4548/14 4551/19
4554/7 4559/2
4559/12 4560/21
4562/22 4563/1
4567/10 4572/2
4573/11 4573/22
4578/11 4582/9
4582/10 4582/22
4583/14 4583/15
4583/21 4585/23
4587/5 4592/5
4593/11 4593/13
4596/15 4596/21
4599/4 4599/6
4599/10 4600/15
4600/20 4601/15
4601/16 4601/18
4602/19 4602/20
4604/2 4605/5
4605/20 4607/3
4608/23 4609/1
4609/6 4609/17
4610/4 4611/8 4611/9
4612/20 4612/23
4613/7 4613/10
4613/22 4614/18
4614/24 4616/18
4616/19 4617/7
4617/7 4617/8 4617/9
4617/14 4617/25
4622/25 4624/11
4626/10 4628/15
4628/21 4628/22
4628/23 4630/8

| C |
|---|

**C**

can... [31] 4630/9
4630/15 4630/17
4630/18 4630/19
4631/4 4631/22
4635/5 4635/7
4635/13 4635/15
4641/11 4641/23
4644/9 4644/9
4645/23 4648/5
4648/8 4648/8
4648/11 4648/13
4649/8 4649/15
4650/16 4651/17
4652/7 4652/8 4652/9
4653/24 4655/1
4655/3
candies [1] 4617/14
candlestick [1] 4613/1
cannibalize [2] 4643/6
4643/6
cannibalizing [1]
4565/5
canonical [2] 4633/15
4634/8
capabilities [1]
4592/12
capitalization [1]
4646/7
captured [2] 4643/19
4643/20
card [1] 4623/19
care [2] 4636/3 4652/6
careful [3] 4610/8
4631/6 4631/12
carousel [2] 4628/21
4648/6
carrier [4] 4584/18
4584/18 4584/25
4586/8
carriers [10] 4564/3
4564/6 4565/1 4565/2
4565/6 4565/8
4584/22 4584/24
4585/4 4586/8
carve [8] 4549/13
4587/18 4588/11
4592/6 4592/14
4593/12 4593/16
4593/23
carve-out [7] 4587/18
4588/11 4592/6
4592/14 4593/12
4593/16 4593/23
case [31] 4592/18
4599/14 4599/23
4601/20 4602/5
4602/16 4603/2
4603/17 4603/18
4603/22 4604/2
4604/13 4604/14
4604/18 4605/13
4605/14 4605/16
4605/23 4605/23
4607/6 4607/13
4608/16 4610/6
4621/6 4625/24

4633/5 4633/13
4636/1 4644/12
4645/13 4654/11
cases [4] 4551/10
4551/11 4578/19
4602/13
catalog [1] 4623/19
catch [1] 4655/16
categories [2] 4653/17
4653/18
categorize [1] 4639/21
category [3] 4646/24
4647/2 4653/19
cater [1] 4583/2
caught [2] 4655/17
4655/17
caused [1] 4577/5
CAVANAUGH [1]
4545/23
CC [1] 4558/25
cellophane [15] 4605/8
4605/12 4605/13
4605/15 4605/15
4605/23 4605/23
4605/24 4605/25
4606/19 4607/13
4608/20 4610/1
4624/11 4624/25
center [1] 4561/3
certain [7] 4550/20
4577/2 4577/18
4578/16 4578/19
4589/24 4592/13
certainly [4] 4613/21
4640/25 4642/14
4642/22
certify [1] 4657/4
cetera [4] 4561/6
4607/24 4614/22
4637/17
chain [1] 4579/22
challenge [3] 4572/18
4572/19 4584/11
challenges [6] 4548/17
4550/21 4556/19
4557/15 4557/18
4575/5
champion [2] 4577/15
4577/21
chance [1] 4642/14
chances [1] 4639/12
CHANG [31] 4547/3
4548/3 4548/5
4551/19 4552/12
4558/3 4558/5
4558/12 4560/5
4560/7 4563/15
4565/22 4567/15
4570/20 4571/16
4573/22 4574/6
4577/8 4578/8 4579/2
4579/12 4581/24
4585/23 4587/5
4587/5 4591/3
4591/15 4591/17
4592/16 4593/11
4594/4

change [4] 4574/13
4577/1 4590/25
4622/10
changed [1] 4645/25
changes [2] 4626/6
4650/15
changing [1] 4553/22
characteristic [2]
4612/11 4612/12
characteristics [4]
4616/14 4626/17
4634/16 4654/4
characterize [1] 4640/1
characterized [1]
4617/25
charge [1] 4553/13
chat [6] 4548/8
4548/10 4549/9
4551/17 4552/13
4554/14
chats [1] 4555/6
check [1] 4574/3
4630/15
Chen [2] 4548/8
4548/18
Chicago [2] 4545/21
4654/20
chief [2] 4615/20
4642/24
chip [1] 4586/9
choice [6] 4622/14
4622/16 4622/18
4622/20 4623/6
4646/2
Chomet [5] 4550/5
4550/19 4553/6
4553/11 4553/12
choose [3] 4582/10
4644/22 4644/25
Chrome [7] 4622/1
4622/3 4622/4 4622/5
4622/9 4622/25
4626/5
Civil [1] 4545/3
claiming [1] 4583/18
clarifying [1] 4573/22
Clean [1] 4614/8
clear [9] 4553/6
4583/14 4593/6
4611/19 4611/21
4626/11 4643/8
4646/4 4646/6
clearer [1] 4634/23
clearly [5] 4549/6
4552/21 4620/10
click [7] 4562/24
4578/17 4631/17
4641/18 4641/22
4642/7 4650/5
clicked [2] 4578/24
4642/15
clicking [5] 4574/23
4575/1 4575/17
4575/20 4631/19
clicks [3] 4641/21
4642/7 4642/8
close [2] 4602/1

4650/12 4574/13
closer [2] 4600/8
4613/15
CO [1] 4546/4
coauthored [2] 4597/9
4598/5
Colin [5] 4551/13
4551/14 4551/15
4558/16 4559/21
colleagues [2] 4557/22
4585/11
collusion [1] 4597/3
color [1] 4650/11
Colorado [3] 4545/22
4546/2 4546/3
COLUMBIA [1] 4545/1
column [1] 4647/25
combining [1] 4648/19
coming [9] 4548/17
4589/6 4589/23
4589/24 4613/10
4645/21 4647/4
4649/14 4652/6
comment [1] 4581/12
commentary [1]
4553/21
commenting [1]
4630/12
comments [2] 4581/13
4582/1
commercial [1] 4616/1
common [1] 4552/16
communication [1]
4552/17
companies [8] 4560/23
4561/17 4561/21
4561/22 4566/6
4566/10 4566/12
4566/15
company [4] 4550/17
4559/17 4559/18
4559/19
comparable [2]
4569/17 4607/25
compare [3] 4610/25
4621/10 4649/25
compared [1] 4641/2
comparing [3] 4591/25
4620/6 4621/9
comparison [2]
4641/23 4650/13
compete [2] 4620/11
4649/21
competes [1] 4624/16
competition [9] 4598/5
4600/23 4602/12
4602/19 4619/15
4630/19 4631/5
4633/1 4633/4
competitive [12]
4601/10 4601/11
4604/6 4606/17
4607/17 4611/3
4621/8 4624/24
4625/8 4625/10
4625/13 4625/18
competitively [1]

4624/25
competitor [3] 4652/19
4652/21 4652/21
competitors [1]
4552/21
complementary [2]
4564/17 4564/19
complete [1] 4556/23
completely [2] 4592/1
4635/8
complex [1] 4584/20
complicated [5]
4584/12 4584/22
4590/17 4590/19
4633/3
component [2] 4573/2
4654/5
Comscore [2] 4614/13
4614/14
concentration [1]
4597/21
concept [1] 4606/21
conceptualization [1]
4633/15
concern [3] 4564/25
4564/25 4582/5
concerns [16] 4570/4
4573/7 4573/10
4577/18 4578/2
4578/3 4578/5
4579/14 4580/25
4581/10 4581/15
4581/20 4581/25
4584/1 4584/5
4619/16
concessions [2]
4576/17 4576/25
conclude [1] 4655/15
concluded [1] 4618/8
concludes [1] 4654/25
concluding [2] 4605/18
4619/21
conclusion [3] 4599/2
4606/6 4630/22
conditions [1] 4609/5
conduct [1] 4596/6
conducted [1] 4614/16
conferences [1] 4619/8
confirm [3] 4559/14
4566/22 4655/12
confirmed [1] 4623/19
confirming [1] 4649/12
confirms [1] 4623/11
confused [1] 4578/13
confusing [1] 4651/17
connected [1] 4590/8
connection [3] 4567/11
4590/8 4621/16
Connolly [1] 4546/11
consent [1] 4579/4
consider [3] 4611/2
4618/4 4638/15
consideration [2]
4640/2 4645/1
considered [5] 4611/13
4611/16 4623/3
4648/19 4648/22

**C**

considering [1] 4633/21
considers [1] 4634/8
consistent [7] 4607/17 4609/5 4612/2 4612/6 4615/1 4642/22 4653/13
constantly [1] 4637/14
constitutes [1] 4601/2
Constitution [1] 4546/24
constrain [4] 4603/2 4605/19 4618/9 4632/18
constraint [2] 4647/14 4647/15
constraints [1] 4611/3
consultant [1] 4560/16
consumer [13] 4633/16 4634/7 4638/3 4638/6 4638/11 4639/10 4652/6 4652/7 4652/9 4652/9 4652/10 4652/13 4654/20
consumer's [3] 4638/4 4639/1 4652/4
consumers [27] 4575/6 4576/20 4577/4 4602/3 4610/17 4610/23 4610/24 4612/9 4612/14 4612/18 4614/14 4614/18 4614/24 4616/4 4626/16 4633/10 4633/17 4633/23 4634/9 4634/10 4635/2 4635/3 4654/13 4654/14 4654/16 4654/16 4654/18
consumers' [1] 4612/13
CONT [1] 4546/1
contact [1] 4550/1
contained [1] 4551/23
content [1] 4575/12
contents [1] 4599/3
context [7] 4548/15 4549/7 4556/17 4557/13 4572/16 4607/23 4607/23
contextual [2] 4643/5 4643/8
continue [2] 4609/9 4655/14
continued [3] 4547/4 4548/3 4588/18
contract [6] 4566/24 4572/7 4572/10 4572/16 4590/17 4590/19
contracts [3] 4556/3 4556/14 4597/3
contrast [1] 4607/14
contrasting [1] 4647/23

control [1] 4553/8
convenient [3] 4612/22 4612/25 4613/23
conversation [4] 4554/23 4557/12 4572/14 4580/20
conversations [6] 4549/19 4549/21 4550/8 4552/13 4564/2 4582/19
conversion [2] 4640/3 4646/5
convert [1] 4639/5
convey [1] 4577/17
conveying [1] 4575/16
convince [1] 4574/10
copy [1] 4599/1
correctly [5] 4552/7 4558/20 4589/9 4593/1 4605/24
cost [4] 4601/21 4606/22 4624/25 4650/5
costly [1] 4607/7
costs [1] 4607/10
counsel [13] 4560/10 4562/15 4563/20 4565/11 4568/14 4571/7 4571/8 4579/10 4582/13 4590/7 4591/18 4655/11 4655/19
counter [1] 4585/3
counter-parties [1] 4585/3
counterparts [1] 4584/24
couple [4] 4558/14 4566/15 4579/19 4645/25
course [10] 4565/9 4595/25 4597/8 4609/1 4613/22 4620/3 4622/8 4633/24 4654/14 4654/23
courses [3] 4595/21 4595/22 4595/24
COURT [14] 4545/1 4546/23 4546/23 4560/22 4562/22 4572/2 4573/11 4594/16 4595/5 4596/15 4598/11 4602/18 4655/16 4657/3
Court's [1] 4568/25
Courts [1] 4546/24
covered [1] 4560/9
CPS [1] 4546/3
CPS/Antitrust [1] 4546/3
CPU [1] 4581/8
create [3] 4561/11 4561/13 4647/7
creating [1] 4592/14
creatives [1] 4648/2

creepy [2] 4640/14 4644/5
criteria [1] 4623/6
critical [2] 4569/10 4638/12
Cross [2] 4547/6 4560/5
Cross-Examination [2] 4547/6 4560/5
Cue's [1] 4656/4
curious [2] 4608/16 4619/3
current [9] 4556/21 4574/15 4574/19 4574/20 4591/24 4595/20 4603/23 4604/1 4604/21
currently [3] 4554/1 4554/4 4595/9
customer [4] 4601/18 4635/15 4635/15 4635/16
customers [5] 4602/19 4604/23 4605/2 4607/7 4626/17
cut [1] 4550/13
cv [1] 4545/4

**D**

DAHLQUIST [1] 4545/19
damaging [1] 4581/9
danger [2] 4605/3 4605/4
dashed [1] 4650/10
data [7] 4614/10 4614/13 4614/17 4620/22 4620/22 4641/12 4641/19
dataset [1] 4614/15
date [2] 4586/13 4657/10
dated [4] 4558/15 4571/4 4573/15 4579/16
DAVID [6] 4545/19 4548/9 4551/3 4551/6 4552/19 4553/20
day [13] 4545/7 4561/6 4562/12 4573/15 4591/4 4602/9 4617/5 4617/8 4617/19 4619/3 4620/16 4622/6 4639/16
days [2] 4614/5 4646/8
DC [5] 4545/5 4545/15 4545/18 4546/12 4546/25
deal [1] 4623/25
dealing [2] 4596/25 4597/1
decide [2] 4619/9 4630/24
decided [1] 4640/12
decides [1] 4648/12
deciding [1] 4553/7
decision [4] 4569/10

4573/5 4626/5 4633/16
decisions [3] 4608/7 4609/4 4626/4
deck [2] 4599/1 4599/3
decrease [6] 4601/13 4601/14 4601/24 4602/3 4602/6 4604/11
decreasing [1] 4650/17
deep [6] 4562/19 4562/23 4563/3 4563/6 4563/13 4563/19
default [6] 4622/8 4622/10 4623/2 4623/3 4626/5 4626/6
defaults [3] 4622/2 4622/3 4622/4
Defendant [2] 4545/7 4546/10
defined [1] 4610/14
defines [1] 4624/15
defining [2] 4602/15 4630/21
definitely [2] 4550/7 4552/16
definition [6] 4599/14 4602/11 4621/17 4622/4 4622/16 4653/10
deflect [1] 4555/19
degree [5] 4603/4 4608/4 4608/6 4635/13 4645/16
Dennis [2] 4595/3 4595/3
Denver [1] 4546/4
department [8] 4545/14 4545/17 4545/20 4546/3 4595/14 4595/19 4595/23 4595/23
Depending [1] 4573/9
depends [8] 4570/7 4570/15 4584/4 4584/6 4631/11 4644/6 4644/6 4651/4
deposed [1] 4592/17
deposition [3] 4592/20 4592/25 4593/13
deprioritizing [1] 4593/21
depth [1] 4613/17
describe [10] 4560/21 4562/22 4567/10 4573/11 4583/14 4583/15 4587/2 4600/15 4627/25 4645/18
described [2] 4603/13 4640/7
describing [2] 4623/6 4646/16
detail [1] 4621/14
details [4] 4549/18 4550/10 4551/16

4581/20
determination [1] 4625/21
determine [1] 4599/19
determined [1] 4648/16
determining [1] 4608/15
develop [1] 4583/1
developed [1] 4620/14
developers [2] 4563/4 4563/5
device [4] 4569/14 4569/20 4574/21 4576/3
devices [14] 4548/16 4555/14 4557/10 4557/19 4561/5 4572/5 4572/5 4573/5 4578/18 4578/20 4578/20 4585/5 4613/24 4614/2
differ [2] 4626/16 4648/1
difference [9] 4604/12 4605/7 4613/3 4634/23 4642/17 4642/18 4644/10 4645/2 4651/24
differences [11] 4611/11 4617/25 4618/12 4618/14 4618/20 4634/13 4646/10 4647/8 4647/19 4649/2 4651/25
different [56] 4550/16 4554/5 4554/22 4554/24 4555/21 4557/16 4560/9 4560/22 4565/25 4566/2 4569/8 4575/4 4575/19 4578/14 4584/6 4584/8 4584/9 4585/1 4587/24 4589/21 4592/1 4593/20 4596/24 4608/2 4611/4 4612/16 4614/21 4616/21 4617/16 4619/2 4619/13 4620/9 4627/15 4631/4 4632/24 4634/11 4634/20 4635/25 4636/2 4636/2 4638/23 4641/10 4642/21 4644/19 4645/3 4645/5 4647/2 4648/2 4648/24 4649/20 4649/20 4649/24 4651/13 4651/19 4653/8 4654/16
differentiate [2] 4616/15 4625/17
differentiated [8] 4608/5 4608/7

**D**

differentiated... [6] 4616/11 4626/16 4626/18 4632/25 4636/4 4645/8
differentiates [2] 4612/11 4639/19
differentiating [1] 4637/6
differentiation [16] 4608/8 4608/9 4608/22 4608/25 4609/6 4626/3 4626/9 4626/13 4626/20 4626/22 4630/25 4635/18 4635/22 4636/1 4640/22 4642/23
differently [2] 4604/18 4636/3
difficult [2] 4565/7 4576/20
digital [1] 4653/22
dimension [1] 4602/12
dinner [1] 4613/12
DINTZER [1] 4545/13
direct [13] 4547/4 4547/5 4547/10 4548/3 4549/21 4550/8 4558/3 4563/1 4580/14 4582/22 4585/23 4594/23 4644/1
directing [1] 4571/16 4574/6
directly [6] 4550/4 4566/11 4589/13 4589/24 4590/3 4615/15
disappear [2] 4623/17 4623/18
discovery [6] 4559/7 4563/16 4563/18 4564/12 4646/22 4646/24
discrete [1] 4565/24
discuss [2] 4552/14 4655/8
discussed [2] 4581/23 4653/7
discussing [5] 4548/18 4554/6 4567/11 4586/16 4591/18
discussion [6] 4548/15 4551/2 4563/16 4567/19 4573/10 4590/7
discussions [9] 4551/9 4556/18 4557/17 4564/16 4567/15 4581/19 4581/22 4583/13 4588/5
disinformation [1] 4618/22
display [29] 4627/12 4629/13 4629/18 4636/16 4636/18

4638/19 4638/22 4638/23 4638/25 4639/3 4639/24 4639/25 4640/2 4640/3 4641/2 4641/7 4641/7 4641/9 4641/11 4641/18 4642/25 4643/5 4643/8 4643/9 4644/25 4645/22 4653/18
DisplayNav [1] 4620/16
distinct [3] 4563/15 4631/7 4653/22
distinction [1] 4637/9
distinguish [2] 4624/17 4640/6
distinguishes [1] 4611/6
distributed [1] 4585/5
DISTRICT [4] 4545/1 4545/1 4545/11 4546/24
diverging [1] 4650/20
dividing [1] 4653/17
division [2] 4611/18 4611/19
document [15] 4570/21 4577/23 4582/11 4582/12 4582/14 4582/23 4584/16 4599/7 4620/18 4621/4 4623/5 4623/25 4647/23 4648/23 4653/20
documentation [1] 4650/21
documents [8] 4569/4 4570/22 4589/4 4619/19 4620/12 4620/25 4621/2 4621/6
DOJ [6] 4545/13 4556/2 4556/6 4556/10 4556/24 4655/25
done [8] 4588/13 4596/9 4602/21 4616/17 4641/20 4648/16 4656/5 4656/6
dotted [1] 4650/10
doubt [1] 4644/11
down [13] 4549/9 4580/15 4581/7 4581/8 4591/22 4613/22 4628/25 4629/19 4633/22 4634/2 4639/9 4652/23 4655/18
download [1] 4567/21
Dr. [3] 4615/21 4617/21 4655/6
Dr. Israel [1] 4617/21

Dr. Varian [1] 4615/21
Dr. Whinston [1] 4655/6
drains [1] 4581/8
dramatically [2] 4553/9 4553/19
draw [3] 4548/9 4552/18 4591/18
drawn [1] 4610/21
dropdown [1] 4616/17
dropped [1] 4646/7
DuckDuckGo [1] 4621/11
due [2] 4583/13 4584/5
Dupont [7] 4605/13 4605/14 4605/23 4606/4 4606/8 4606/13 4625/2
during [7] 4556/9 4556/10 4560/15 4567/23 4620/13 4622/17 4637/12
DV360 [1] 4641/11
DX695 [6] 4547/19 4573/14 4573/18 4573/21 4591/17 4592/5
DX696 [4] 4547/18 4570/23 4571/10 4571/14
DX697 [4] 4547/21 4585/13 4585/17 4585/21
DX698 [5] 4547/20 4578/8 4579/12 4579/24 4580/2

**E**

e-mail [4] 4558/15 4558/25 4559/13 4649/19
eager [1] 4570/8
earlier [12] 4558/24 4576/15 4584/7 4584/17 4587/13 4602/17 4616/9 4620/2 4625/22 4635/21 4644/2 4652/24
early [4] 4560/11 4563/22 4589/2 4614/5
earn [1] 4563/6
ease [1] 4613/8
easier [2] 4612/22 4613/2
easiest [1] 4605/21
easily [2] 4610/19 4610/25
easy [2] 4611/10 4611/17
Econometrica [3] 4597/23 4598/1 4598/2
Econometrics [1] 4597/25

economics [15] 4595/7 4595/8 4595/14 4595/19 4595/23 4595/23 4596/2 4596/10 4596/10 4596/13 4596/16 4597/12 4597/24 4598/9 4598/21
economist [8] 4604/16 4609/3 4615/20 4615/22 4623/21 4630/14 4642/19 4642/25
Ecosia [1] 4621/11
ecstatic [3] 4570/8 4570/10 4570/11
educate [1] 4576/2
educational [1] 4595/5
effectively [2] 4597/7 4635/14
effects [1] 4600/22
efficiently [1] 4635/15
effort [1] 4640/11
efforts [1] 4591/7
eight [1] 4615/19
either [12] 4550/20 4573/6 4582/10 4587/25 4588/7 4589/12 4630/8 4630/10 4636/15 4636/19 4636/22 4640/12
Electronics [3] 4560/21 4561/1 4561/4
element [3] 4613/18 4613/25 4634/23
elements [1] 4635/18
eligibility [1] 4623/6
eligible [2] 4622/20 4622/22
else [4] 4589/10 4603/5 4603/6 4655/24
embedded [3] 4559/8 4637/2 4637/11
emphasis [1] 4617/22
empirical [1] 4614/12
employed [1] 4595/9
employees [1] 4562/13
enabled [1] 4564/19
end [10] 4549/14 4550/22 4552/20 4561/6 4562/12 4591/4 4611/19 4630/22 4632/9 4656/3
ended [2] 4560/17 4590/13
ends [1] 4634/2
energy [1] 4613/4
engaged [1] 4575/3
engagement [5] 4574/14 4574/19 4574/22 4576/1 4591/24
engagements [1] 4577/5

engine [20] 4564/10 4564/13 4564/14 4611/18 4611/22 4611/25 4612/22 4613/7 4613/21 4614/2 4616/19 4622/8 4622/8 4651/21 4652/1 4652/1 4652/14 4652/18 4652/19 4652/22
engines [49] 4610/17 4611/14 4611/19 4611/20 4612/9 4612/11 4612/17 4614/11 4614/24 4615/3 4615/4 4615/6 4615/8 4615/9 4615/13 4615/18 4616/5 4616/11 4616/11 4616/14 4616/15 4616/16 4616/21 4616/22 4616/23 4617/2 4617/3 4618/16 4618/21 4620/6 4621/12 4621/12 4621/15 4622/11 4623/3 4623/18 4623/20 4623/20 4624/3 4627/9 4629/2 4651/15 4651/22 4652/3 4652/16 4652/24 4652/25 4653/1 4653/3
enough [8] 4560/17 4563/11 4580/14 4583/18 4583/24 4584/7 4601/19 4647/15
ensure [1] 4622/24
entailed [1] 4553/16
enter [2] 4591/5 4599/3
entered [2] 4587/14 4590/25
entice [1] 4640/11
entire [1] 4598/24
entirely [1] 4617/6
entities [1] 4562/11
entitled [1] 4657/5
entity [1] 4561/1
entry [1] 4600/13
equal [1] 4572/7
equally [2] 4607/3 4650/14
equipment [1] 4561/6
equivalent [1] 4631/17
ERIN [1] 4545/16
essentially [1] 4555/13
estimation [1] 4631/10
et [5] 4545/3 4561/6 4607/24 4614/22 4637/17
EU [3] 4622/13 4622/16 4622/18
Eun [7] 4548/9 4551/3

**E**

Eun... [5] 4551/6
4551/8 4551/17
4552/19 4552/24
Eun's [3] 4553/2
4553/3 4553/20
European [1] 4623/6
evaluate [2] 4647/19
4653/12
evaluating [3] 4599/23
4600/22 4600/22
evaluation [2] 4581/7
4614/9
even [10] 4557/1
4606/15 4624/12
4630/22 4633/18
4637/13 4637/19
4642/5 4643/24
4644/10
evening [1] 4656/6
event [1] 4602/3
eventually [3] 4566/18
4592/6 4595/17
everybody [4] 4548/2
4609/12 4655/5
4656/7
everyone [4] 4555/22
4584/12 4609/13
4634/2
everyone's [1] 4626/14
everywhere [1] 4614/8
evidence [51] 4547/16
4547/17 4547/18
4547/19 4547/20
4547/21 4554/12
4560/3 4571/10
4571/14 4573/21
4579/24 4580/2
4582/17 4585/18
4585/21 4599/3
4604/15 4604/17
4604/20 4604/21
4604/22 4605/2
4605/6 4605/16
4605/17 4605/18
4606/1 4606/4
4607/14 4607/16
4607/18 4608/2
4608/3 4608/4 4608/9
4608/10 4608/11
4608/11 4608/13
4610/2 4614/9 4615/1
4615/17 4619/18
4623/11 4630/25
4642/24 4644/15
4646/9 4649/16
exact [3] 4549/6
4551/14 4566/17
exactly [24] 4549/6
4556/16 4563/8
4568/6 4572/14
4578/5 4578/20
4580/9 4580/12
4582/7 4586/4 4586/5
4588/21 4613/11
4613/12 4618/1
4620/23 4624/2

4624/20 4632/7
4632/8 4633/3
4640/17 4647/3
examination [11]
4547/4 4547/5 4547/6
4547/7 4547/10
4548/3 4558/3 4560/5
4591/15 4594/23
4599/2
example [24] 4562/7
4575/14 4575/15
4588/11 4590/2
4591/8 4596/21
4597/1 4605/22
4615/2 4617/5 4619/3
4620/21 4626/10
4629/2 4629/14
4629/18 4630/23
4631/10 4631/12
4635/2 4635/10
4642/21 4651/20
examples [3] 4567/13
4617/16 4649/19
exceed [1] 4569/21
except [1] 4627/10
exchange [2] 4554/15
4554/19
exchanges [1] 4598/6
exclusive [5] 4596/25
4597/1 4597/2 4640/4
4640/5
exclusively [1] 4645/20
exclusivity [1] 4621/19
executed [1] 4590/14
execution [1] 4590/15
executive [2] 4553/12
4596/3
executives [1] 4620/23
exercise [6] 4600/20
4603/15 4618/10
4636/11 4636/24
4647/16
exercises [1] 4625/3
exhibit [16] 4547/15
4547/16 4547/17
4547/18 4547/19
4547/20 4547/21
4554/12 4558/10
4560/3 4568/9
4571/14 4573/21
4579/9 4580/2
4585/21
existing [1] 4565/5
expect [1] 4650/19
expectation [1]
4655/13
expected [2] 4583/19
4656/5
expensive [1] 4650/14
experience [15]
4553/13 4553/14
4553/16 4573/13
4576/9 4576/14
4576/16 4578/1
4578/2 4584/21
4584/23 4585/9
4591/3 4607/22

4622/24
experiments [3]
4650/21 4651/3
4651/7
expert [2] 4598/8
4598/12
explain [7] 4549/12
4565/16 4565/22
4575/7 4576/5
4605/20 4605/22
explanation [1]
4596/15
express [1] 4639/1
expressed [4] 4638/4
4640/2 4640/9
4645/11
expressing [4] 4557/8
4638/3 4638/5
4640/25
extend [1] 4590/21
extent [4] 4599/25
4631/25 4644/7
4644/7
extra [1] 4655/5
extreme [2] 4607/6
4626/10
extremely [3] 4591/14
4635/13 4638/5

**F**

F-E-D-E-R [1] 4558/2
Facebook [8] 4619/5
4619/9 4619/15
4619/17 4621/23
4629/20 4629/23
4646/17
Facebook's [2] 4646/5
4646/6
facing [5] 4550/21
4556/19 4557/15
4557/18 4625/4
fact [16] 4563/12
4564/15 4566/14
4589/5 4614/1
4615/23 4616/3
4617/1 4621/8
4624/12 4645/12
4647/3 4653/25
4653/25 4655/12
4655/21
factor [1] 4637/6
factors [1] 4632/20
fair [23] 4560/13
4560/17 4562/4
4563/11 4563/11
4566/11 4569/10
4569/23 4570/4
4575/2 4575/18
4577/15 4580/14
4583/24 4584/7
4584/19 4585/4
4588/12 4589/18
4589/23 4590/11
4590/24 4591/10
fairly [1] 4605/21
fallacious [4] 4624/17
4624/20 4625/6

4625/12
fallacy [9] 4605/9
4605/12 4605/13
4605/15 4606/6
4608/21 4610/1
4624/11 4624/12
familiar [4] 4564/10
4568/18 4582/8
4628/14
family [2] 4560/23
4639/17
family's [1] 4643/25
famous [1] 4605/13
far [2] 4567/1 4642/15
fast [1] 4583/18
feature [6] 4576/19
4577/4 4612/8 4616/2
4616/6 4616/10
features [3] 4574/21
4586/10 4616/14
FEDER [6] 4546/6
4547/5 4557/24
4558/1 4558/2 4594/2
feed [7] 4629/21
4631/25 4637/2
4637/11 4646/20
4646/20 4647/5
feedback [4] 4583/1
4583/8 4583/11
4589/15
feel [2] 4570/13
4626/17
feels [1] 4586/6
Fellows [1] 4595/12
felt [3] 4564/18 4587/1
4592/13
few [11] 4557/22
4560/9 4560/18
4566/12 4568/20
4570/21 4597/22
4598/4 4602/3 4625/2
4633/14
fewer [1] 4642/8
field [1] 4598/8
fields [1] 4596/6
Fifth [1] 4545/18
figure [3] 4641/7
4641/16 4641/24
filings [1] 4556/24
fill [2] 4643/16 4655/21
final [3] 4569/12
4573/5 4591/1
finalized [3] 4568/5
4568/6 4590/15
finally [2] 4619/14
4633/22
financial [2] 4649/7
4653/25
find [12] 4550/6
4554/24 4555/2
4555/4 4555/20
4600/19 4601/9
4610/17 4610/19
4610/24 4617/3
4618/7
finder [23] 4559/8
4563/17 4563/25

4565/24 4567/16
4569/6 4569/9
4569/11 4569/14
4569/20 4570/2
4574/21 4575/2
4575/13 4576/3
4578/4 4578/22
4581/1 4581/6 4581/7
4581/13 4582/1
4592/10
finding [3] 4574/25
4575/17 4575/21
finished [2] 4561/5
4595/16
firm [5] 4596/19
4601/16 4604/2
4610/7 4652/8
firms [5] 4596/20
4603/23 4609/3
4609/3 4650/18
first [29] 4552/19
4552/20 4553/11
4560/18 4565/4
4576/1 4592/17
4597/7 4599/18
4600/8 4600/16
4600/19 4600/25
4602/8 4612/18
4614/23 4618/15
4620/11 4620/19
4622/6 4633/9
4633/17 4634/1
4638/24 4639/3
4645/8 4646/1
4650/13 4652/3
fits [1] 4600/16
five [6] 4557/3 4582/23
4597/23 4598/4
4609/18 4610/15
flat [1] 4650/16
Floor [2] 4546/4
4546/7
flow [3] 4577/3
4578/15 4578/22
focus [5] 4593/21
4602/14 4603/7
4636/5 4638/21
focusing [2] 4593/7
4647/13
folks [1] 4586/15
follow [2] 4609/21
4609/23
followed [1] 4640/10
food [1] 4605/25
For Plaintiffs [1]
4545/22
foregoing [1] 4657/4
forgot [1] 4641/4
forgotten [1] 4656/7
form [2] 4585/25
4600/2
format [1] 4648/2
formation [2] 4613/20
4613/22
forth [2] 4552/14
4593/6
found [1] 4619/16

**F**

four [2] 4601/1 4620/9
France [1] 4654/16
free [1] 4570/13
frequently [3] 4613/22
4643/14 4653/16
friends [4] 4611/9
4617/9 4619/10
4645/14
front [2] 4562/25
4575/6
frustration [2] 4557/9
4557/13
FU [1] 4556/23
full [6] 4557/9 4568/13
4579/6 4588/6
4595/17 4655/13
function [1] 4569/17
functionalities [1]
4576/21
functionality [7] 4557/9
4568/14 4568/21
4569/15 4569/19
4579/5 4579/6
funnel [9] 4633/12
4633/14 4633/17
4633/22 4633/25
4634/3 4639/6 4639/7
4639/10
funnels [1] 4634/2
further [10] 4560/1
4580/15 4581/13
4591/12 4594/1
4594/3 4600/8
4628/22 4633/22
4639/9
furthest [1] 4647/25
fuzziness [1] 4611/23

**G**

Galaxy [3] 4549/11
4549/25 4551/24
gateway [1] 4614/25
gathered [1] 4629/10
gave [7] 4592/8
4592/14 4593/15
4593/19 4593/23
4597/13 4619/8
general [86] 4564/10
4564/13 4564/14
4573/3 4597/24
4599/19 4599/19
4600/10 4600/10
4607/23 4609/19
4610/14 4610/15
4610/16 4610/17
4611/3 4611/6
4611/12 4611/18
4612/2 4612/8
4612/11 4612/16
4613/21 4614/2
4614/11 4614/23
4615/5 4615/18
4616/11 4616/15
4616/19 4616/22
4617/2 4618/5 4618/9
4618/21 4619/22

4619/24 4620/5
4620/6 4620/10
4621/12 4621/21
4621/25 4622/11
4622/23 4623/2
4623/12 4623/20
4623/23 4624/3
4624/4 4627/3 4627/5
4627/7 4627/9
4627/21 4628/3
4628/4 4628/8
4628/13 4630/2
4630/3 4630/16
4630/19 4630/24
4636/5 4636/6 4636/9
4636/10 4641/1
4641/14 4641/16
4647/17 4647/17
4647/25 4648/9
4652/1 4652/14
4652/22 4652/23
4652/25 4653/3
4653/7 4654/12
generally [3] 4564/11
4569/17 4643/4
geographic [4] 4654/5
gets [1] 4641/21
given [6] 4556/17
4576/3 4639/2
4648/13 4649/12
4655/20
giving [3] 4595/5
4642/13 4646/2
goal [2] 4561/19
4569/21
goals [5] 4592/12
4636/2 4640/1 4640/1
4649/20
goes [3] 4633/16
4639/7 4641/17
going to [1] 4639/11
good [13] 4557/24
4558/5 4560/7 4594/9
4601/19 4606/22
4608/1 4619/12
4619/20 4622/24
4624/19 4631/24
4638/1
goods [1] 4561/5
GOOGLE [115]
Google's [14] 4566/19
4591/18 4599/23
4613/8 4615/20
4617/5 4619/14
4620/25 4622/9
4642/24 4646/9
4646/14 4649/13
4655/19
Google-Samsung [3]
4590/13 4591/9
4593/16
government [2]
4599/21 4630/13
graphic [2] 4627/15
4638/17
graphical [1] 4627/12
Gray [1] 4546/14

great [1] 4637/24
greater [1] 4626/8
green [1] 4646/25
grocery [5] 4612/24
4612/24 4613/10
4613/11 4613/15
ground [3] 4561/20
4562/10 4589/19
grounded [1] 4576/9
grounds [1] 4582/3
group [9] 4572/2
4577/9 4577/10
4577/12 4577/14
4577/21 4584/4
4584/6 4648/12
groups [5] 4561/15
4562/1 4565/25
4584/5 4584/8
guess [16] 4561/19
4567/10 4591/7
4596/17 4597/9
4597/18 4601/4
4601/15 4604/19
4608/14 4612/23
4618/25 4620/14
4625/5 4625/16
4655/21

**H**

habit [2] 4613/20
4613/22
had a [1] 4605/23
Hal [8] 4615/20
4615/21 4620/13
4620/24 4623/14
4643/4 4643/18
4649/22
half [2] 4595/13
4595/14
halfway [1] 4553/5
Halloween [5] 4617/10
4617/12 4617/13
4617/14 4617/19
hand [3] 4594/14
4635/8 4648/7
handed [1] 4558/12
4570/20
Hankil [1] 4558/16
happened [3] 4646/3
4651/9 4655/20
happening [1] 4610/5
happens [2] 4625/18
4645/24
happier [1] 4607/11
happy [1] 4655/2
hard [3] 4548/13
4607/9 4627/13
4633/2 4633/2
hardware [1] 4553/9
harm [2] 4602/19
4602/19
Harry [6] 4558/23
4571/18 4572/13
4580/4 4589/10
4589/12
Harvard [1] 4595/17

hat [3] 4562/2 4562/7
4572/23
hats [1] 4562/9
head [3] 4555/12
4569/6 4569/8
headquarters [1]
4552/15
health [2] 4596/10
4598/5
hear [7] 4564/25
4570/13 4584/24
4590/1 4590/3 4590/4
4632/23
heard [17] 4556/19
4557/16 4565/3
4573/23 4605/8
4612/6 4617/21
4618/21 4620/12
4620/24 4622/6
4622/17 4623/15
4623/24 4633/12
4637/11 4640/24
hearing [1] 4590/2
hearsay [3] 4571/11
4571/12 4582/17
help [6] 4548/12
4548/14 4548/18
4548/19 4561/3
4574/10
helpful [3] 4553/6
4630/23 4644/19
helps [2] 4556/4
4578/9
hence [1] 4581/8
here I [1] 4551/1
hey [1] 4643/17
hidden [1] 4578/23
high [10] 4574/15
4574/19 4574/22
4591/24 4624/22
4625/4 4625/6
4626/15 4628/17
4633/17
higher [3] 4639/13
4641/15 4642/7
highly [2] 4575/3
4644/23
history [2] 4617/7
4617/12
hit [3] 4632/10
4639/11 4640/16
Hoffman [6] 4554/20
4554/20 4556/1
4556/5 4556/12
4556/22
holidays [2] 4617/18
4617/20
home [1] 4602/21
honest [1] 4627/13
honor [63] 4548/5
4552/3 4557/21
4557/24 4558/10
4559/22 4570/17
4571/10 4573/18
4579/8 4582/16
4585/17 4591/14
4592/16 4594/1

4594/7 4594/9
4594/12 4594/21
4596/12 4596/17
4597/7 4597/23
4598/7 4598/18
4598/24 4599/12
4602/8 4603/21
4609/25 4611/17
4612/5 4612/15
4614/4 4614/12
4620/12 4621/5
4622/17 4623/15
4623/24 4627/16
4628/9 4629/9
4629/14 4630/11
4632/24 4638/2
4638/25 4640/24
4641/5 4641/6 4643/3
4645/12 4647/22
4649/4 4649/11
4650/2 4653/16
4655/2 4655/16
4655/25 4656/1
4656/2
HONORABLE [1]
4545/10
honors [1] 4597/14
HOOK [3] 4546/23
4657/3 4657/10
hope [3] 4615/20
4642/13 4656/5
hoped [1] 4575/18
hopefully [1] 4655/7
horizontal [3] 4596/24
4597/22 4603/22
horizontally [1] 4648/5
hotel [1] 4629/3
housekeeping [1]
4656/3
hurdle [3] 4572/7
4572/11 4572/16
hurdles [1] 4576/1
hypothetical [13]
4603/7 4603/12
4603/16 4603/24
4603/25 4604/4
4604/5 4604/12
4607/24 4618/9
4632/18 4636/22
4647/17

**I**

idea [5] 4590/11
4604/11 4605/20
4607/11 4654/14
ideas [1] 4580/25
identical [1] 4626/12
identified [1] 4568/11
identify [1] 4618/12
IL [1] 4545/21
Illustrated [5] 4634/19
4634/22 4635/4
4635/7 4635/11
image [4] 4628/23
4639/5 4640/8
immediate [1] 4612/19
impact [9] 4549/24

**I**

impact... [8] 4551/24
4553/23 4554/4
4566/20 4566/23
4566/25 4567/2
4650/22
impacted [1] 4549/10
impacts [3] 4553/10
4553/19 4553/21
implement [3] 4553/24
4584/13 4584/13
implementation [13]
4563/21 4565/17
4565/23 4566/21
4567/16 4569/11
4569/13 4569/24
4570/5 4577/15
4577/18 4579/3
4589/17
implemented [2]
4557/19 4566/5
implementing [1]
4562/3
important [18] 4569/24
4575/8 4602/15
4602/25 4603/21
4604/24 4608/7
4609/4 4613/4
4616/13 4618/12
4620/2 4622/7 4633/6
4635/1 4635/13
4635/20 4652/2
impression [10] 4641/8
4641/14 4641/18
4641/19 4641/19
4641/21 4641/22
4641/25 4642/4
4642/14
impressions [4] 4642/1
4642/3 4642/9
4642/11
improve [5] 4601/16
4601/18 4607/5
4607/10 4639/5
improved [1] 4583/2
improvement [2]
4576/9 4577/1
improvements [1]
4576/13
improving [1] 4607/3
in-app [1] 4575/9
incentive [1] 4606/25
incentivized [1]
4606/24
include [3] 4602/23
4622/11 4631/9
included [3] 4559/7
4592/11 4622/20
includes [3] 4548/9
4596/12 4628/9
including [4] 4551/15
4638/23 4643/1
4645/5
inconvenience [1]
4655/23
increase [9] 4601/9
4601/12 4601/23

4602/3 4602/6
4604/11 4606/24
4607/7 4619/19
increased [1] 4619/17
increases [2] 4564/23
4602/13
increasing [2] 4644/11
4644/12
incredibly [1] 4625/13
indeed [3] 4600/9
4600/11 4600/23
index [2] 4610/21
4616/25
index of [1] 4610/21
India [2] 4583/8
4583/11
India's [1] 4583/1
indication [3] 4591/6
4627/11 4627/11
indicia [1] 4625/20
individual [3] 4568/22
4611/15 4611/20
4611/22 4611/25
individuals [1] 4571/2
industrial [8] 4595/24
4596/8 4596/11
4596/16 4596/22
4598/9 4598/12
4608/25
industries [2] 4597/20
4597/20
industry [3] 4619/24
4620/3 4653/13
inexpensively [1]
4606/20
inference [1] 4609/6
inferred [1] 4574/3
influence [1] 4548/19
inform [1] 4561/12
information [44]
4551/23 4552/2
4552/3 4552/8
4554/25 4557/15
4563/1 4579/5
4588/14 4589/5
4589/10 4589/12
4589/20 4589/22
4602/18 4602/18
4610/18 4610/22
4611/5 4611/10
4612/13 4612/18
4613/5 4616/4
4616/18 4616/24
4617/16 4618/3
4618/18 4618/20
4619/1 4619/2 4619/7
4622/19 4622/25
4639/14 4643/20
4644/6 4644/6 4644/9
4644/19 4645/14
4652/8 4652/10
informative [1] 4626/20
informs [1] 4631/2
initial [1] 4577/14
Initially [1] 4570/8
initiatives [1] 4644/8
inject [1] 4555/21

innovation [2] 4560/24
4561/3
innovative [3] 4597/2
4597/20 4597/20
inputting [1] 4637/13
inside [1] 4562/25
Instagram [4] 4619/5
4619/11 4629/19
4637/13
install [1] 4570/9
installation [4] 4621/20
4621/22 4621/23
4625/24
instant [1] 4643/23
instead [4] 4602/13
4604/2 4645/11
4650/10
insufficient [4] 4602/2
4603/1 4607/15
4636/9
integrate [1] 4587/25
integrated [1] 4573/4
4576/2
integrating [4] 4548/16
4563/17 4586/10
4648/22
integration [11]
4550/16 4557/14
4564/23 4570/1
4570/6 4573/4 4573/8
4586/8 4588/18
4588/19 4588/24
integrations [1]
4588/23
intent [13] 4632/8
4632/8 4638/4 4638/4
4639/1 4639/8 4640/7
4640/10 4643/19
4643/20 4643/20
4645/9 4648/24
intention [1] 4598/22
intents [1] 4632/6
interacted [1] 4561/15
interacting [1] 4562/1
interest [2] 4597/24
4635/17
interested [8] 4606/19
4638/6 4638/11
4639/10 4639/16
4643/23 4645/10
4654/15
interests [1] 4562/10
interface [1] 4573/13
internal [2] 4568/17
4620/12
internet [3] 4590/8
4613/2 4614/25
interpret [2] 4604/16
4610/9
interpretations [2]
4556/3 4556/13
interpreting [1] 4605/2
interrupt [3] 4570/12
4624/8 4637/9
interruption [1] 4594/8
into [39] 4547/16
4547/17 4547/18

4547/19 4547/20
4547/21 4553/8
4554/12 4555/21
4560/3 4563/1
4563/17 4571/10
4571/14 4573/4
4573/21 4576/19
4577/4 4578/16
4578/22 4578/25
4579/24 4580/2
4585/17 4585/21
4586/8 4587/14
4588/19 4590/25
4591/5 4591/22
4599/3 4600/16
4613/7 4619/23
4619/23 4620/1
4648/20 4653/17
introduced [1] 4646/21
intuitive [2] 4605/21
4612/19
invest [6] 4557/4
4561/11 4561/12
4587/21 4587/23
4601/21
invested [1] 4561/17
investment [2] 4562/11
4562/17
investments [3] 4561/9
4563/9 4587/23
involved [15] 4550/17
4555/8 4555/23
4555/23 4560/15
4566/24 4581/18
4584/25 4585/1
4585/11 4588/2
4588/4 4590/16
4590/17 4590/19
involvement [2]
4556/18 4560/13
involving [4] 4571/2
4579/16 4585/14
4605/14
is probably [1] 4549/15
Israel [1] 4617/21
issue [15] 4571/13
4578/14 4597/2
4603/22 4604/25
4605/2 4605/4 4606/1
4607/12 4608/3
4608/22 4610/4
4610/6 4618/23
4650/25
issues [5] 4582/4
4583/17 4584/9
4608/20 4634/7

**J**

Jack [5] 4580/5 4580/8
4580/10 4580/12
4580/21
Jay [12] 4548/11
4548/22 4548/24
4549/4 4549/5 4549/7
4549/10 4549/10
4550/19 4551/25
4552/4 4589/13

Jay's [1] 4549/13
JEFF [5] 4546/23
4548/8 4548/18
4657/3 4657/10
Jehoon [5] 4580/5
4580/8 4580/10
4580/12 4580/21
Jerath [3] 4627/17
4632/23 4633/10
Jin [12] 4555/10
4555/11 4555/12
4571/25 4572/2
4572/4 4574/8
4586/18 4586/20
4586/20 4586/24
4587/1
JOHN [1] 4546/10
JONATHAN [1] 4546/2
journals [1] 4597/24
journey [1] 4633/10
JR [1] 4545/23
JUDGE [2] 4545/11
4619/4
judgment [1] 4589/20
July [3] 4567/7
4567/23 4587/7
jumping [1] 4638/7
4638/8
Justice [3] 4545/14
4545/17 4545/20
justification [1]
4581/14
justified [1] 4609/4

**K**

keep [1] 4627/14
KENNETH [2] 4545/13
4546/10
key [10] 4554/19
4554/20 4601/25
4605/7 4634/8
4634/13 4635/11
4636/21 4637/6
4638/2
keywords [1] 4648/10
kill [3] 4549/16
4550/22 4550/24
Kim [15] 4548/11
4548/23 4549/4
4549/5 4549/7
4549/19 4549/21
4550/1 4550/3 4550/4
4550/5 4550/19
4552/1 4581/3
4581/10
Kim's [3] 4548/24
4552/4 4589/13
kind [69] 4551/2
4553/15 4577/23
4578/23 4600/18
4602/4 4602/11
4602/17 4604/15
4604/24 4605/20
4607/11 4608/9
4608/10 4608/22
4609/5 4611/15
4612/12 4612/17

**K**

kind... [50] 4612/19
4613/14 4613/16
4613/19 4614/6
4615/22 4616/18
4617/24 4618/3
4619/3 4623/1
4624/21 4626/1
4626/4 4626/10
4628/11 4628/14
4628/20 4629/13
4630/4 4630/4
4630/15 4631/16
4631/17 4633/7
4633/14 4633/15
4633/17 4633/25
4634/2 4634/17
4634/21 4634/22
4634/23 4636/8
4638/20 4639/10
4639/13 4642/20
4643/2 4643/9
4643/10 4645/11
4645/20 4649/11
4650/13 4651/16
4651/23 4651/24
4651/25
kinds [12] 4608/2
4608/3 4608/3
4611/13 4618/2
4627/16 4627/23
4628/13 4629/10
4629/12 4632/11
4644/18
knife [1] 4614/7
knowing [3] 4634/11
4634/12 4644/13
known [1] 4576/3
Korea [7] 4552/5
4555/15 4555/16
4571/22 4572/1
4590/2 4590/5
Korean [1] 4558/24

**L**

lack [2] 4606/24
4607/18
language [2] 4590/12
4639/6
large [2] 4548/10
4649/15
LaSalle [1] 4545/20
last [8] 4568/9 4569/3
4576/22 4579/12
4579/19 4582/12
4598/4 4622/13
latency [11] 4581/25
4582/2 4583/4 4583/8
4583/10 4583/11
4583/12 4583/13
4583/15 4583/16
4583/17
later [4] 4554/15
4599/10 4640/12
4643/24
latter [1] 4631/16
launch [1] 4559/7

4566/17
launched [1] 4558/6
law [2] 4546/3 4596/10
lawsuit [1] 4556/9
lead [2] 4613/22
4637/25
leadership [1] 4553/7
leading [1] 4597/10
learn [3] 4619/4
4619/6 4619/11
learning [1] 4589/6
least [5] 4566/14
4586/15 4614/20
4633/11 4639/13
leave [1] 4602/4
lectures [1] 4597/13
led [1] 4619/17
Lee [5] 4555/10
4555/11 4555/12
4572/4 4586/20
Lee's [6] 4571/25
4572/2 4586/19
4586/21 4586/24
4587/1
left [11] 4560/11
4588/25 4617/5
4627/21 4628/2
4628/16 4628/17
4629/10 4629/19
4641/7 4649/13
less [6] 4556/2
4556/13 4626/9
4626/14 4634/25
4636/4
lets [2] 4610/24 4631/3
level [7] 4601/1 4610/2
4610/3 4624/24
4626/19 4649/4
4649/8
levels [6] 4601/10
4601/11 4603/24
4604/1 4604/6
4606/17
leverage [2] 4585/7
4585/10
Liao [1] 4548/9
Liberty [1] 4546/7
library [2] 4611/9
4623/19
lights [2] 4617/13
4617/14
likely [9] 4573/4
4618/19 4626/9
4626/16 4626/19
4639/12 4642/22
4644/11 4653/1
Lim [1] 4655/16
limit [3] 4565/10
4616/23 4644/8
limitation [1] 4565/12
limited [6] 4558/7
4565/16 4565/24
4592/2 4607/22
4616/18
limiting [1] 4566/2
line [9] 4556/24
4558/25 4593/1

4593/2 4593/4 4593/5
4593/9 4608/21
4620/23
linear [2] 4634/3
4634/6
lines [4] 4591/22
4593/8 4650/7
4650/10
lingo [1] 4643/7
link [3] 4562/24
4575/14 4575/23
linking [6] 4562/19
4562/23 4563/1
4563/7 4563/13
4563/19
links [12] 4574/15
4574/19 4574/23
4575/1 4575/9
4575/17 4576/16
4577/5 4591/25
4610/21 4619/8
4648/3
list [12] 4558/7 4559/2
4559/4 4559/5 4559/6
4559/20 4565/24
4566/20 4566/25
4622/9 4626/6
4635/12
listed [6] 4548/25
4612/16 4624/7
4633/4 4635/19
4652/2
listing [6] 4617/13
4628/15 4628/17
4628/23 4629/1
4632/23
lists [2] 4599/17
4609/18
lists my [1] 4599/17
literature [3] 4608/17
4608/20 4626/21
litigation [1] 4630/12
little [16] 4580/15
4605/20 4609/8
4609/11 4617/10
4621/6 4627/10
4627/13 4627/22
4633/7 4633/12
4634/24 4640/10
4646/15 4650/17
4651/17
LLC [1] 4545/6
LLP [3] 4545/23
4546/11 4546/14
loaded [1] 4578/18
located [3] 4573/24
4573/25 4574/1
location [1] 4612/20
logic [3] 4602/4
4603/13 4604/8
long [5] 4590/21
4599/6 4599/9
4637/16 4651/4
look [43] 4573/14
4578/8 4581/12
4582/9 4582/10
4584/16 4585/13

4591/9 4592/24
4602/22 4604/16
4608/2 4608/4
4608/23 4609/1
4612/4 4614/18
4615/11 4617/15
4617/18 4619/14
4619/18 4622/23
4623/18 4626/2
4626/2 4626/3
4627/10 4627/15
4627/22 4638/16
4639/2 4639/19
4641/1 4641/4 4643/3
4644/17 4645/17
4646/22 4648/2
4648/21 4649/2
4653/16
looked [9] 4579/20
4614/21 4615/2
4615/2 4616/22
4617/1 4629/10
4645/14 4653/21
looking [13] 4563/2
4605/16 4606/13
4607/21 4608/4
4609/3 4618/2
4625/20 4625/23
4626/20 4634/4
4640/15 4652/11
looks [1] 4548/12
lose [3] 4607/6 4607/6
4607/8
lose any [1] 4607/6
lot [19] 4553/21
4584/8 4584/8 4594/5
4606/5 4606/16
4608/20 4608/24
4615/3 4615/24
4617/22 4627/19
4629/23 4635/3
4644/6 4644/7
4645/23 4651/9
4652/12
lots [2] 4576/15
4633/25
loud [2] 4559/16
4600/7
love [1] 4638/9
low [7] 4576/1 4577/6
4606/17 4607/13
4608/12 4608/12
4610/8
Lowcock [1] 4640/21
lower [4] 4604/5
4607/5 4607/10
4626/19

**M**

M-I-C-H-A-E-L [1]
4595/2
MA [1] 4546/15
mail [4] 4558/15
4558/25 4559/13
4649/19
main [6] 4561/2
4561/19 4575/25

4576/7 4576/8 4592/9
Maine [1] 4546/11
maintain [1] 4601/18
maintenance [6]
4603/17 4604/2
4604/13 4604/18
4608/16 4610/6
maker [3] 4569/11
4573/5 4613/1
makes [2] 4561/5
4626/5
making [4] 4550/24
4609/4 4637/10
4642/5
Management [1]
4595/12
manufacturer [1]
4553/9
many [20] 4550/16
4551/15 4553/16
4554/5 4554/22
4569/13 4578/17
4602/13 4608/16
4608/19 4616/16
4616/23 4620/3
4620/23 4635/4
4641/20 4648/7
4652/3 4652/5
4652/13
maps [1] 4561/23
March [2] 4558/16
4582/22
March 8th [1] 4558/16
margins [1] 4606/17
Marissa [1] 4614/6
marked [1] 4558/12
market [100] 4563/10
4596/19 4596/20
4599/14 4599/14
4599/23 4599/25
4600/13 4600/20
4600/22 4600/24
4601/2 4601/5
4601/25 4602/1
4602/10 4602/14
4602/15 4602/24
4603/2 4603/3
4603/14 4603/15
4604/3 4604/3 4605/6
4605/19 4606/5
4606/16 4607/17
4607/19 4608/6
4608/15 4609/5
4609/20 4612/3
4618/5 4618/10
4619/22 4619/25
4620/3 4620/4 4620/5
4620/11 4620/13
4621/16 4622/4
4622/15 4623/12
4623/22 4624/3
4624/5 4624/15
4625/3 4625/9
4625/13 4625/14
4625/18 4626/4
4627/6 4627/7 4628/4
4628/6 4628/7 4628/8

**M**

market... [35] 4629/11
4629/13 4630/2
4630/3 4630/7 4630/9
4630/10 4630/14
4630/16 4630/18
4630/19 4630/20
4630/24 4631/1
4631/3 4631/4 4631/9
4632/9 4632/17
4636/6 4636/7 4636/9
4636/11 4636/20
4636/24 4637/4
4646/7 4646/7
4647/16 4651/14
4653/5 4653/6 4653/8
4653/10 4653/14
marketing [5] 4633/12
4633/14 4634/9
4639/6 4643/14
marketplace [1]
4624/16
markets [31] 4596/19
4596/19 4597/2
4599/21 4599/21
4599/22 4599/25
4600/9 4600/12
4600/14 4600/21
4600/24 4603/8
4609/18 4610/13
4624/7 4624/9 4627/1
4627/2 4627/14
4629/6 4629/6 4629/8
4630/1 4632/15
4632/15 4636/15
4636/17 4636/19
4654/4 4654/5
match [2] 4569/21
4648/10
Matt [1] 4560/7
matter [7] 4560/8
4603/17 4604/14
4608/23 4645/23
4656/3 4657/5
matters [4] 4573/6
4599/10 4604/15
4604/20
MATTHEW [1]
4546/13
maximizing [3] 4606/8
4606/15 4607/8
may [24] 4558/11
4570/17 4592/16
4596/20 4598/18
4598/19 4601/19
4606/12 4610/9
4613/13 4625/13
4631/14 4633/24
4634/24 4639/14
4640/11 4643/24
4644/13 4645/12
4646/14 4646/15
4651/22 4651/25
4652/10
maybe [19] 4556/2
4556/3 4578/20
4582/7 4601/15

4605/20 4605/21
4606/2 4614/1
4619/12 4620/17
4626/10 4627/18
4631/1 4633/17
4633/19 4643/15
4650/14 4652/9
Mayer [1] 4614/6
MBA [1] 4595/7
MBAs [1] 4596/3
MCGINNIS [4]
4546/13 4547/6
4560/4 4560/7
MEAGAN [1] 4545/17
mean [32] 4550/2
4550/13 4550/14
4556/5 4556/12
4556/15 4562/9
4567/13 4570/12
4578/12 4586/23
4591/7 4599/7 4601/7
4601/8 4606/23
4606/23 4607/22
4615/9 4624/13
4625/20 4626/9
4630/8 4631/8
4631/11 4637/1
4640/4 4641/25
4642/6 4647/1 4654/9
4654/11
meaning [1] 4553/25
means [6] 4552/16
4575/7 4621/21
4625/11 4647/24
4647/25
meant [1] 4623/20
measure [2] 4646/5
4646/6
measuring [3] 4620/24
4620/25 4632/9
mechanism [1]
4637/21
media [27] 4556/10
4611/14 4618/4
4618/17 4618/18
4618/20 4618/23
4629/20 4629/21
4631/21 4631/22
4631/23 4636/16
4636/18 4637/12
4638/19 4639/23
4644/4 4645/4 4645/5
4645/11 4645/15
4645/18 4645/23
4646/10 4647/2
4653/19
meet [1] 4632/5
meeting [6] 4548/11
4548/22 4550/2
4551/25 4552/5
4552/6
meetings [1] 4582/19
MEHTA [2] 4545/10
4619/4
member [7] 4571/20
4571/24 4579/22
4590/1 4590/2 4590/4

4590/4
members [12] 4548/24
4549/22 4552/1
4552/4 4552/4
4554/21 4557/16
4579/16 4580/11
4581/16 4585/14
4589/25
mental [1] 4613/4
mention [1] 4619/1
mentioned [14]
4549/16 4549/23
4550/19 4551/4
4560/10 4561/14
4578/1 4582/2
4584/17 4597/19
4605/1 4617/1
4648/18 4652/24
mentioning [1] 4555/20
menus [1] 4616/17
merger [8] 4603/18
4603/22 4603/23
4604/13 4607/23
4607/23 4624/1
4625/24
mergers [2] 4596/25
4597/22
message [17] 4548/11
4551/13 4551/14
4552/20 4552/24
4557/2 4571/16
4573/15 4573/15
4574/7 4576/7 4576/8
4580/4 4580/15
4585/13 4585/24
4591/19
messages [16]
4551/15 4551/18
4552/16 4552/18
4553/2 4553/3 4564/6
4567/7 4571/1 4571/6
4571/7 4579/15
4579/20 4581/12
4587/7 4590/6
met [2] 4571/24
4572/6
method [2] 4585/5
4620/14
methods [1] 4593/20
Metrics [10] 4548/16
4550/16 4552/14
4557/12 4557/13
4560/14 4560/15
4564/23 4592/3
4592/11
MICHAEL [4] 4547/9
4594/13 4594/23
4595/2
microeconomic [2]
4596/9 4597/8
microeconomics [3]
4596/5 4596/8
4597/11
Microsoft [1] 4623/25
Microsoft-Yahoo [1]
4623/25
middle [6] 4559/3

4561/20 4562/10
4576/6 4589/19
4629/17
might [12] 4548/19
4556/13 4612/23
4629/4 4633/20
4634/4 4634/20
4634/22 4635/10
4650/24 4653/18
4654/24
mind [3] 4562/10
4595/4 4640/6
minds [1] 4592/10
minute [1] 4643/23
minutes [5] 4568/20
4614/20 4614/22
4643/24 4655/6
misremembering [1]
4646/15
MIT [7] 4595/8
4595/10 4595/11
4595/15 4595/20
4649/5 4649/6
mobile [5] 4553/7
4561/5 4572/5
4575/12 4585/5
modification [1]
4567/12
modifications [1]
4577/18
modified [1] 4589/17
moment [12] 4578/5
4578/7 4586/9
4586/24 4624/12
4638/4 4638/6
4638/25 4639/2
4639/3 4640/13
4645/10
monetization [4]
4567/18 4572/24
4573/2 4586/17
monetize [2] 4565/1
4567/16
monetizing [1] 4563/9
money [1] 4553/1
4563/6 4564/21
4615/16
monopolist [19] 4603/7
4603/12 4603/16
4603/25 4603/25
4604/4 4604/5
4604/13 4605/19
4606/7 4606/14
4606/23 4607/4
4607/24 4618/9
4632/18 4636/11
4636/22 4647/17
monopolization [1]
4605/14
monopolize [2] 4604/3
4604/3
monopolized [1]
4625/13
monopolizing [2]
4601/6 4601/7
monopoly [9] 4603/17
4604/1 4604/13

4604/18 4605/16
4605/24 4608/15
4610/6 4631/1
monthly [1] 4620/21
months [2] 4554/15
4560/18
more [37] 4548/19
4551/1 4551/6
4553/20 4557/1
4557/14 4563/18
4565/20 4569/19
4570/13 4570/21
4572/8 4572/17
4573/4 4576/2
4576/18 4577/2
4587/23 4597/21
4601/22 4602/21
4619/24 4621/2
4627/18 4628/22
4631/17 4632/23
4634/15 4635/5
4638/7 4639/2 4639/6
4642/5 4644/3
4650/14 4650/15
4656/4
moreover [1] 4648/14
MORGAN [2] 4546/6
4557/24
morning [5] 4558/5
4617/9 4655/14
4655/22 4656/7
mosaic [1] 4589/19
most [13] 4565/4
4589/24 4596/8
4612/19 4616/12
4616/16 4620/7
4638/20 4640/2
4641/18 4645/19
4645/20 4654/23
mostly [1] 4604/7
Mountain [1] 4574/2
move [8] 4551/19
4554/7 4559/22
4578/10 4579/9
4599/3 4600/8
4633/21
moved [2] 4595/18
4595/20
movement [1] 4651/10
movements [1] 4648/7
moves [1] 4598/8
moving [1] 4613/2
Mr. [59] 4547/10
4548/5 4549/19
4549/21 4550/1
4550/3 4550/4 4550/5
4550/5 4551/8
4551/17 4551/19
4552/12 4552/24
4553/2 4553/3 4556/1
4556/5 4556/12
4556/22 4558/5
4558/12 4558/19
4558/22 4558/23
4560/4 4560/7
4563/15 4565/22
4567/15 4570/20

4669

**M**

Mr.... [28] 4571/16
4571/20 4572/6
4573/22 4574/6
4577/8 4578/8 4579/2
4579/12 4580/20
4580/23 4581/3
4581/10 4581/24
4585/23 4587/5
4587/5 4591/3
4591/17 4592/16
4593/11 4594/4
4598/22 4609/7
4622/6 4640/21
4646/15 4656/4
Mr. Chang [26] 4548/5
4551/19 4552/12
4558/5 4558/12
4560/7 4563/15
4565/22 4567/15
4570/20 4571/16
4573/22 4574/6
4577/8 4578/8 4579/2
4579/12 4581/24
4585/23 4587/5
4591/17 4592/16
4593/11 4594/4
Mr. Chomet [1] 4550/5
Mr. Cue's [1] 4656/4
Mr. Eun [3] 4551/8
4551/17 4552/24
Mr. Eun's [2] 4553/2
4553/3
Mr. Hoffman [4] 4556/1
4556/5 4556/12
4556/22
Mr. Kim [8] 4549/19
4549/21 4550/1
4550/3 4550/4 4550/5
4581/3 4581/10
Mr. Lowcock [1]
4640/21
Mr. McGinnis [1]
4560/4
Mr. Raghavan [1]
4646/15
Mr. Schmidtlein's [1]
4622/6
Mr. Severt [3] 4547/10
4598/22 4609/7
Mr. Yoon [6] 4558/22
4558/23 4571/20
4572/6 4580/20
4580/23
Mr. Yoon's [1] 4558/19
Ms. [6] 4548/2
4591/13 4594/2
4635/6 4635/10
4655/16
Ms. Feder [1] 4594/2
Ms. Lim [1] 4655/16
Ms. Murdock-Park [2]
4548/2 4591/13
Ms. Smith [2] 4635/6
4635/10
much [17] 4565/9

4574/3 4575/18
4581/14 4594/4
4601/21 4607/3
4607/5 4616/7
4618/23 4619/9
4641/15 4641/15
4641/21 4646/4
4653/20 4655/7
multiple [8] 4562/24
4569/8 4575/4
4575/19 4585/1
4589/20 4593/20
4648/13
MURDOCK [5]
4545/16 4547/4
4547/7 4548/2
4591/13
MURDOCK-PARK [3]
4545/16 4547/4
4547/7
must [1] 4622/22
myself [1] 4630/11

**N**

name [11] 4558/19
4558/19 4558/24
4559/17 4559/18
4560/7 4569/3 4569/5
4575/22 4583/3
4595/1
named [1] 4568/22
narrow [1] 4618/3
narrower [1] 4616/7
natural [1] 4655/5
nature [3] 4617/16
4619/1 4623/2
navigate [3] 4610/18
4610/19 4610/25
navigating [1] 4612/21
navigational [4] 4583/3
4615/6 4615/6
4617/22
near [1] 4624/25
nearby [1] 4575/14
Nebraska [1] 4545/23
necessarily [2]
4613/25 4624/13
necessary [2] 4555/23
4579/3
need [10] 4548/12
4548/14 4601/17
4602/23 4633/18
4633/20 4634/1
4634/9 4634/11
4634/11
needed [2] 4548/17
4572/22
needs [1] 4612/13
negotiate [1] 4549/19
negotiating [3] 4567/25
4585/3 4587/11
negotiation [5] 4554/2
4554/4 4556/20
4586/9 4588/22
negotiations [13]
4549/8 4550/6
4554/17 4554/18

4556/25 4565/6
4566/24 4584/25
4585/2 4588/2
4588/16 4590/18
4590/20
neither [1] 4636/21
Netflix [3] 4549/11
4549/24 4551/24
Netflix/Spotify [3]
4549/11 4549/24
4551/24
networking [1] 4561/6
new [16] 4545/25
4546/6 4546/8
4556/24 4557/25
4587/11 4592/1
4629/15 4634/17
4634/19 4634/21
4635/3 4635/6
4640/16 4643/10
4644/14
newspaper [1] 4606/3
4606/19 4625/2
newspapers [1]
4606/12
next [33] 4552/24
4554/22 4555/1
4555/24 4560/11
4560/16 4560/20
4560/22 4560/24
4560/25 4561/7
4571/2 4571/21
4579/9 4579/16
4581/16 4582/3
4585/15 4586/13
4587/17 4587/20
4587/23 4588/25
4589/11 4594/11
4621/13 4621/15
4622/3 4622/15
4629/9 4641/4 4643/2
4643/13
Next's [1] 4562/16
nice [2] 4594/22
4614/7
niche [3] 4631/4
4631/6 4631/6
nine [3] 4593/2 4593/9
4616/13
no. [1] 4626/12
no. 2 [1] 4626/12
nobody [2] 4606/18
4625/1
non [6] 4615/6
4617/22 4636/13
4636/14 4637/7
4647/9
non-navigational [2]
4615/6 4617/22
noncommercial [1]
4615/25
nonetheless [1] 4614/6
Northwestern [1]
4595/19
notable [1] 4630/6
noticed [1] 4645/24
November [8] 4571/4

4571/17 4572/10
4579/17 4582/6
4584/1 4585/14
4585/24
November 17th [1]
4585/24
November 2020 [1]
4582/6
November 24th [1]
4579/17
November 5th [2]
4571/4 4572/10
number [6] 4612/4
4642/8 4649/10
4650/4 4653/23
4653/24
NW [3] 4545/14
4545/18 4546/24
NY [3] 4545/25 4546/7
4546/8

**O**

OAG [1] 4546/7
OAG-NY [1] 4546/7
oath [1] 4592/20
objection [7] 4554/9
4554/10 4559/24
4559/25 4571/11
4582/17 4598/10
objections [4] 4570/5
4573/19 4579/25
4585/19
objective [5] 4561/2
4561/10 4566/1
4576/12 4592/9
objectives [1] 4566/1
observe [2] 4642/19
4650/25
observers [1] 4620/3
obtained [1] 4587/18
obtaining [1] 4572/24
obvious [2] 4634/25
4649/12
obviously [4] 4562/11
4581/18 4599/8
4641/14
October [7] 4545/5
4554/15 4554/17
4567/7 4567/24
4568/8 4587/7
October 2020 [1]
4554/17
October 23rd [1]
4554/15
OE [1] 4584/18
OEM [1] 4585/8
of have [1] 4561/25
off [4] 4550/13
4616/24 4652/4

4652/11
offer [7] 4563/12
4571/10 4573/18
4579/24 4585/17
4616/5 4644/24
offered [3] 4562/20
4563/4 4563/5
offering [3] 4599/4
4616/3 4616/8
office [1] 4574/2
Official [2] 4546/23
4657/3
offline [4] 4583/3
4611/5 4611/7 4611/8
often [10] 4589/23
4603/7 4613/23
4616/21 4628/18
4639/25 4640/3
4645/19 4645/20
4652/16
old [3] 4606/12
4606/19 4614/5
on the [1] 4567/13
on-device [3] 4569/14
4569/20 4576/3
once [3] 4588/17
4626/15 4626/18
one [87] 4548/8
4551/18 4559/12
4559/13 4564/5
4564/5 4565/20
4567/18 4569/9
4570/21 4575/24
4575/24 4576/1
4577/6 4585/11
4588/10 4590/11
4596/12 4596/17
4596/25 4597/2
4597/6 4597/21
4597/21 4597/21
4597/23 4599/18
4608/4 4608/9
4609/21 4609/25
4610/5 4612/13
4612/14 4612/17
4612/18 4612/21
4612/21 4612/23
4613/3 4613/25
4614/3 4614/11
4614/17 4615/18
4616/2 4616/5
4616/10 4617/21
4617/23 4618/14
4618/15 4620/2
4620/6 4621/3 4622/7
4623/1 4625/18
4625/23 4626/13
4626/14 4627/3
4628/11 4628/24
4629/13 4630/4
4630/6 4630/9
4630/10 4630/11
4630/13 4630/21
4634/13 4636/21
4641/11 4641/15
4642/15 4643/9
4646/14 4648/14

4670

**O**

one... [7] 4649/8
4651/13 4651/14
4653/17 4654/25
4655/17 4656/3
one-stop [11] 4612/13
4612/14 4612/17
4613/25 4614/3
4614/11 4615/18
4616/2 4616/5
4616/10 4623/1
ones [4] 4577/23
4633/21 4637/3
4652/2
ongoing [2] 4554/17
4554/18
online [5] 4611/5
4611/11 4611/12
4629/16 4638/15
only [14] 4558/7
4569/12 4586/18
4588/14 4607/12
4612/10 4616/10
4624/22 4625/14
4630/4 4630/15
4630/18 4635/10
4647/13
onto [4] 4548/16
4557/10 4557/19
4619/4
open [3] 4598/23
4598/25 4599/5
opening [1] 4622/6
operate [2] 4606/14
4622/22
operated [2] 4560/25
4574/1
operating [1] 4583/3
opinion [8] 4600/16
4600/25 4612/2
4612/7 4623/12
4653/13 4654/25
4655/1
opinions [3] 4584/9
4600/2 4600/7
opportunity [1] 4565/2
opposite [1] 4556/23
opt [8] 4576/19
4576/19 4577/2
4577/4 4578/16
4578/22 4578/25
4579/2
opted [2] 4577/6
4578/11
option [2] 4649/9
4652/22
optionality [2] 4587/19
4587/24
options [1] 4622/10
oranges [1] 4591/25
order [4] 4578/16
4579/5 4584/13
4587/19
organic [3] 4627/10
4627/22 4648/3
organization [9] 4561/7
4584/12 4595/25

4596/9 4596/11
4596/16 4596/22
4598/9 4608/25
organizational [1]
4596/2
organized [1] 4648/5
orientation [1] 4650/11
oriented [1] 4648/7
original [1] 4562/17
others [2] 4623/3
4641/6
otherwise [1] 4615/15
out [23] 4549/13
4550/5 4550/6 4550/7
4550/14 4550/18
4555/15 4555/16
4559/16 4574/2
4576/20 4587/18
4588/11 4592/6
4592/14 4593/12
4593/16 4593/23
4597/13 4600/19
4644/21 4653/21
4654/1
outcome [1] 4562/13
outcomes [1] 4596/19
outing [1] 4643/25
outside [13] 4552/25
4561/9 4590/16
4601/25 4602/1
4603/3 4605/18
4607/14 4629/6
4629/8 4632/17
4636/9 4636/16
outsourced [1]
4561/21
over [6] 4550/15
4590/21 4590/25
4607/4 4650/15
4654/9
overall [1] 4600/16
overclocks [1] 4581/8
overlap [2] 4634/25
4635/9
overnight [1] 4655/8
own [4] 4565/25
4585/2 4607/18
4649/21
ownership [1] 4605/14
owns [1] 4622/5

**P**

p.m [14] 4545/6
4552/20 4553/4
4556/1 4556/22
4573/16 4574/7
4580/15 4581/4
4585/24 4591/19
4609/14 4609/15
4656/8
pack [3] 4621/8
4653/25 4653/25
page [22] 4547/2
4547/15 4551/18
4552/19 4553/4
4559/2 4559/3
4559/12 4559/13

4562/25 4575/23
4582/23 4592/17
4592/24 4593/1
4593/1 4593/5 4593/8
4628/19 4631/18
4632/3 4652/4
pages [9] 4562/24
4575/9 4592/25
4616/20 4616/21
4617/2 4628/10
4637/16 4654/18
paid [1] 4641/22
panel [2] 4614/13
4614/14
paper [9] 4596/25
4597/19 4597/19
4597/21 4598/4
4598/5 4599/1 4606/2
4625/1
papers [4] 4596/21
4596/23 4609/2
4619/8
paragraph [2] 4549/1
4576/7
Paris [1] 4654/21
PARK [5] 4545/16
4547/4 4547/7 4548/2
4591/13
part [11] 4553/4
4554/21 4580/23
4581/22 4584/11
4589/14 4593/22
4626/21 4628/17
4651/13 4654/23
participants [3] 4608/6
4626/4 4653/13
participants are [1]
4626/4
particular [12] 4562/3
4566/15 4567/20
4575/9 4575/17
4575/23 4577/8
4612/8 4614/15
4620/18 4629/3
4635/14
particularly [2] 4611/21
4612/9
parties [9] 4550/17
4564/19 4565/7
4585/1 4585/2 4585/3
4589/21 4591/5
4592/13
partner [4] 4584/2
4586/7 4586/22
4587/2
partners [2] 4559/6
4577/25
partnership [2] 4566/6
4586/17
partnerships [4]
4566/10 4566/13
4566/15 4588/1
parts [1] 4600/2
partway [1] 4549/9
pass [1] 4557/21
past [1] 4609/8
patented [1] 4605/24

PATRICK [9] 4547/3
4548/3 4550/19
4553/6 4553/11
4553/12 4558/3
4560/5 4591/15
Patterson [1] 4545/23
PCs [1] 4614/16
penetration [1]
4563/10
Pennsylvania [1]
4595/7
penny [1] 4626/14
people [18] 4548/19
4550/18 4553/16
4555/24 4573/24
4573/24 4575/22
4578/24 4589/7
4606/2 4615/7
4623/17 4625/3
4633/25 4634/3
4635/16 4644/24
4646/14
people's [1] 4637/16
per [18] 4593/19
4626/14 4641/8
4641/13 4641/18
4641/18 4641/19
4641/19 4641/22
4641/25 4642/1
4642/3 4642/4 4642/7
4642/7 4642/10
4642/11 4650/5
percent [2] 4614/23
4646/7
percentage [1]
4649/13
perfectly [1] 4612/6
performance [5]
4578/4 4579/14
4581/20 4582/4
4646/6
performing [1] 4654/2
perhaps [2] 4576/14
4655/15
period [3] 4550/15
4567/24 4590/21
person [4] 4549/7
4561/16 4573/2
4589/15
personal [2] 4550/8
4564/22
personally [7] 4551/25
4552/5 4552/6
4584/23 4585/9
4588/8 4588/13
perspective [2]
4569/12 4569/23
persuade [2] 4572/23
4576/12
persuaded [1] 4576/14
phase [1] 4563/10
PhD [6] 4595/8
4595/16 4595/24
4596/14 4596/18
4597/7
phone [3] 4581/9
4585/25 4629/16

phones [3] 4563/25
4569/15 4588/19
photographs [1]
4637/15
physical [1] 4649/5
picnic [1] 4643/25
pictures [2] 4628/19
4648/3
pie [1] 4564/23
piece [2] 4605/18
4613/5
pizza [4] 4575/13
4575/14 4583/20
4583/22
PLA [3] 4649/5 4649/6
4650/16
place [6] 4566/15
4575/14 4587/14
4604/19 4610/10
4651/17
places [1] 4654/17
Plaintiff [3] 4546/2
4546/6 4557/25
plaintiffs [4] 4545/4
4545/13 4545/22
4655/25
plaintiffs' [10] 4560/9
4562/15 4563/20
4565/11 4568/12
4568/14 4571/7
4571/7 4582/13
4590/7
plan [2] 4598/24
4627/16
plane [1] 4655/18
PLAs [26] 4647/13
4647/20 4647/20
4647/24 4648/3
4648/4 4648/10
4648/13 4648/19
4648/20 4648/22
4649/3 4649/8 4649/9
4649/15 4649/17
4649/19 4649/23
4650/1 4650/6
4650/11 4650/14
4651/13 4651/13
4651/19 4651/22
platform [5] 4618/17
4618/18 4652/4
4652/5 4652/10
platforms [3] 4618/5
4637/12 4641/10
play [1] 4603/8
playing [1] 4586/11
please [10] 4548/7
4559/2 4562/22
4570/23 4573/14
4585/13 4594/14
4594/25 4595/1
4643/18
point [24] 4554/23
4563/12 4564/16
4585/7 4589/2
4600/18 4603/22
4605/12 4605/15
4606/5 4606/9

**P**

point... [13] 4606/10
4606/14 4613/3
4613/16 4616/20
4620/19 4633/23
4638/24 4641/4
4645/21 4646/14
4653/24 4655/5
points [2] 4585/12
4634/11
portfolio [3] 4561/17
4561/21 4561/22
portion [1] 4576/22
position [4] 4553/8
4562/8 4595/11
4595/20
possessed [1] 4599/25
possesses [1] 4600/12
possibilities [1]
4614/22
possibility [1] 4567/19
possible [6] 4565/9
4602/23 4611/2
4611/7 4619/15
4626/6
post [2] 4588/23
4629/15
potential [8] 4552/25
4556/9 4557/14
4561/9 4577/24
4588/18 4600/22
4635/15
potentially [12] 4551/7
4559/19 4565/10
4566/23 4578/6
4582/7 4587/25
4593/21 4600/20
4601/16 4634/3
4650/25
power [24] 4596/20
4599/14 4599/23
4599/25 4600/1
4600/13 4600/20
4600/22 4600/24
4603/2 4603/15
4605/7 4606/5
4606/16 4607/19
4618/11 4625/3
4630/10 4630/16
4631/1 4631/1
4636/12 4636/25
4647/16
practices [1] 4653/12
pre [4] 4588/23
4621/20 4631/15
4631/20
pre-installation [1]
4621/20
pre-roll [2] 4631/15
4631/20
pre-signing [1]
4588/23
precisely [2] 4610/9
4651/7
predefined [1] 4616/17
prefer [1] 4633/21
prepare [1] 4598/15

4627/12
presence [1] 4608/8
presentation [2]
4598/16 4598/25
presents [1] 4612/13
preserve [1] 4587/19
pretty [3] 4548/13
4619/9 4653/20
prevent [4] 4551/5
4636/10 4636/22
4647/16
preventing [5] 4621/19
4621/20 4621/22
4621/23 4621/24
previous [3] 4576/17
4576/24 4614/21
price [30] 4601/12
4601/13 4601/23
4602/3 4602/5
4602/10 4602/13
4604/8 4604/11
4606/13 4606/24
4624/22 4624/23
4624/24 4625/3
4625/4 4625/6 4635/7
4641/8 4641/10
4641/13 4641/25
4642/1 4642/3 4642/4
4642/6 4642/17
4642/18 4650/8
4650/9
priced [2] 4606/20
4624/25
prices [23] 4601/9
4603/23 4604/1
4604/5 4606/9
4606/16 4624/25
4628/20 4632/19
4635/25 4641/1
4641/2 4641/6 4641/8
4642/21 4648/4
4648/15 4649/25
4650/1 4650/16
4650/17 4650/20
4651/8
pricing [3] 4648/15
4650/22 4650/25
primary [4] 4561/8
4561/10 4585/5
4596/11
principle [1] 4632/2
priorities [1] 4568/18
privacy [5] 4644/7
4644/8 4644/11
4645/22 4645/25
prize [1] 4598/3
prizes [2] 4597/14
4597/18
probably [7] 4549/15
4593/21 4627/16
4627/19 4649/12
4651/5 4651/6
problem [4] 4572/8
4572/12 4572/17
proceed [1] 4655/2
proceedings [2] 4656/8
4657/5

process [4] 4556/21
4630/23 4633/15
4634/7
processes [1] 4555/21
produce [1] 4592/10
produced [1] 4637/20
product [48] 4559/7
4561/7 4561/15
4561/23 4562/1
4562/8 4566/1
4569/12 4569/21
4573/2 4574/24
4575/4 4576/4
4578/15 4578/16
4581/7 4581/23
4581/23 4581/25
4583/2 4583/8
4589/16 4592/1
4592/10 4606/12
4608/22 4608/25
4610/4 4617/13
4624/15 4626/2
4626/22 4628/15
4628/17 4628/22
4629/1 4634/4
4634/12 4634/12
4635/15 4635/17
4635/21 4643/16
4646/20 4648/11
4648/11 4649/5
4654/3
products [53] 4549/24
4562/14 4569/8
4577/24 4581/19
4587/20 4587/24
4601/5 4601/6
4601/17 4601/18
4601/25 4602/1
4603/14 4604/21
4604/23 4605/5
4605/18 4605/25
4607/14 4608/5
4611/2 4613/13
4617/7 4617/14
4622/19 4626/15
4626/18 4628/20
4628/20 4629/24
4632/17 4632/21
4632/25 4633/1
4633/20 4634/5
4634/9 4634/13
4634/17 4635/2
4635/22 4635/25
4636/1 4636/2 4636/4
4636/9 4636/24
4645/3 4648/4
4649/20 4650/18
4652/11
professor [45] 4594/11
4594/13 4594/20
4594/25 4595/4
4595/12 4595/17
4595/18 4598/8
4598/11 4598/15
4598/22 4599/13
4600/15 4600/25
4609/17 4609/23

4613/20 4614/9
4615/17 4618/4
4619/21 4621/13
4622/18 4623/11
4624/6 4626/25
4627/17 4632/14
4632/23 4633/10
4640/21 4641/1
4641/24 4642/17
4644/15 4645/4
4646/9 4647/8
4651/12 4653/4
4654/3 4654/22
4655/15 4655/20
profit [5] 4606/8
4606/15 4607/8
4615/4 4615/4
profitable [7] 4601/9
4601/13 4601/22
4601/24 4602/5
4602/6 4602/7
profitably [1] 4604/3
profits [1] 4607/10
programs [1] 4597/7
progress [1] 4553/25
prominent [1] 4628/14
pronounce [1] 4558/19
proper [4] 4601/2
4601/5 4632/15
4636/7
proposal [1] 4592/1
proposals [1] 4590/25
proposed [1] 4600/9
proposes [1] 4583/1
proposing [1] 4608/18
prospect [1] 4564/21
prospective [1]
4596/18
protect [1] 4565/8
protected [1] 4600/13
protection [1] 4644/12
provide [4] 4594/15
4610/17 4612/17
4644/18
provided [2] 4552/8
4617/17
provider [1] 4622/22
provides [3] 4612/20
4613/16 4622/19
providing [3] 4575/9
4610/21 4610/22
provision [1] 4590/12
provisions [1] 4621/20
PSX00818 [4] 4547/17
4558/12 4559/23
4560/3
PSX00952 [1] 4582/9
PSX812 [3] 4554/14
4557/2 4557/8
public [1] 4597/13
published [3] 4596/22
4597/5 4597/6
pull [1] 4547/12
purchase [6] 4633/10
4633/16 4633/23
4633/24 4640/11
4640/17

purchased [1] 4640/12
purpose [2] 4592/1
4599/23
purposes [1] 4633/5
push [2] 4556/4
4607/9
pushed [1] 4564/6
put [11] 4554/7 4592/5
4593/11 4593/13
4613/7 4616/18
4616/19 4621/5
4621/9 4642/13
4654/18
putting [5] 4601/4
4615/7 4639/22
4639/22 4654/21

**Q**

qualify [1] 4598/8
quality [17] 4601/10
4601/14 4601/23
4602/3 4602/6
4602/12 4602/14
4604/5 4604/9
4604/11 4606/22
4607/1 4607/2 4607/4
4607/5 4607/5 4607/7
quantifiable [1]
4607/20 4607/25
quantitative [2]
4608/10 4608/11
quantity [1] 4650/23
queries [11] 4612/20
4615/25 4616/1
4617/23 4627/9
4628/10 4628/11
4628/12 4654/12
4654/13 4654/19
query [4] 4627/8
4637/14 4648/13
4654/21
quick [1] 4573/22
quickly [1] 4583/19
quiet [1] 4600/8
quite [9] 4565/7
4577/5 4596/23
4613/4 4614/5
4627/20 4635/19
4641/17 4656/5
quote [5] 4614/4
4622/23 4633/17
4633/22 4643/21
Qwant [1] 4621/11

**R**

Raghavan [1] 4646/15
raise [8] 4594/14
4603/23 4604/1
4604/5 4606/9
4606/13 4632/18
4640/8
raised [6] 4577/19
4578/2 4581/1
4581/11 4582/5
4584/2
raises [1] 4625/3
raising [2] 4578/3
4581/24

**R**

range [6] 4596/7
4596/11 4597/3
4611/4 4612/5 4618/2
Rangel [1] 4613/20
Rangel's [1] 4622/18
rather [4] 4565/2
4575/22 4639/5
Raymond [1] 4548/9
re [3] 4643/14 4643/14
4643/24
re-marketing [1]
4643/14
re-targeting [2]
4643/14 4643/24
reach [15] 4550/18
4633/23 4634/9
4634/10 4634/21
4634/22 4635/5
4635/6 4635/7
4635/10 4635/14
4635/16 4643/17
4644/23 4654/20
reached [3] 4550/5
4550/7 4550/14
reaching [2] 4633/16
4635/16
react [1] 4583/18
reacting [1] 4580/19
read [5] 4559/16
4580/24 4591/23
4599/7 4641/4
read in [1] 4599/7
reading [4] 4629/15
4629/18 4640/15
4643/10
real [1] 4607/21
really [43] 4555/19
4556/7 4557/11
4593/7 4599/10
4602/14 4603/2
4604/19 4604/20
4604/24 4605/7
4608/23 4612/10
4613/3 4614/24
4616/2 4617/15
4618/2 4619/2
4619/13 4621/18
4624/15 4624/16
4624/22 4625/4
4625/4 4625/6
4625/24 4634/13
4634/25 4635/12
4635/19 4638/11
4638/20 4642/21
4643/8 4645/2
4645/22 4645/22
4646/17 4648/1
4650/12 4652/6
really is [1] 4612/10
reason [6] 4567/1
4575/24 4599/2
4606/7 4639/7
4643/21
reasons [9] 4568/12
4568/21 4575/4
4575/19 4575/25

4576/16 4587/2
4620/2 4636/8
recall [32] 4562/17
4563/22 4564/3
4564/17 4565/14
4566/17 4567/8
4567/14 4568/15
4568/23 4575/21
4577/9 4578/3 4578/5
4578/6 4580/9
4580/12 4581/24
4582/2 4582/6 4582/7
4582/13 4582/19
4583/12 4584/1
4587/8 4587/15
4590/9 4592/8
4592/13 4592/17
4593/12
recency [1] 4643/21
recent [2] 4599/24
4621/2
recently [4] 4597/21
4640/10 4640/12
4645/15
Recess [1] 4609/14
recognition [2] 4608/21
4608/22
recognize [4] 4570/23
4570/25 4598/11
4633/18
recognized [2] 4619/24
4646/10
recognizes [2] 4620/7
4620/8
recognizing [1] 4645/1
recollection [4] 4565/3
4587/17 4592/15
4593/15
recommendation [1]
4557/3
record [6] 4583/14
4595/1 4599/9
4609/15 4612/2
4657/5
records [2] 4599/8
4607/21
red [4] 4556/24 4599/1
4610/15 4650/8
redacted [3] 4649/11
4650/3 4653/23
redactions [1] 4598/25
redirect [3] 4547/7
4591/13 4591/15
reduce [3] 4601/10
4601/20 4606/25
reduced [2] 4607/2
4619/18
reducing [1] 4583/4
reduction [1] 4606/22
refer [2] 4569/5
4573/12
reference [5] 4574/8
4574/11 4574/23
4577/11 4586/3
referenced [2] 4587/7
4588/12
referrals [3] 4615/2

4615/5 4615/16
referred [10] 4562/19
4564/15 4587/13
4589/5 4590/7 4615/5
4620/15 4620/15
4643/14 4653/15
referring [19] 4548/21
4549/22 4553/18
4555/10 4556/11
4558/23 4570/16
4574/18 4576/25
4577/20 4577/22
4584/5 4586/5
4586/18 4586/22
4592/2 4605/13
4620/18 4626/21
refers [2] 4577/11
4620/16
reflect [1] 4650/22
reflecting [4] 4614/1
4615/14 4623/1
4625/7
reflective [1] 4628/3
reflects [2] 4616/2
4624/2
refresh [2] 4592/15
4593/15
refuse [1] 4553/1
regarding [6] 4550/8
4550/19 4554/25
4582/19 4583/8
4649/16
regardless [1] 4630/24
regularly [1] 4552/13
rejected [1] 4648/22
related [7] 4599/18
4607/13 4608/5
4613/15 4615/11
4634/24 4643/7
relating [6] 4599/14
4600/2 4614/10
4622/16 4642/25
4644/15
relationship [5]
4584/18 4584/19
4584/20 4584/22
4629/25
relative [4] 4604/6
4611/8 4634/14
4639/7
relayed [2] 4572/15
4581/13
relaying [1] 4581/16
relevant [32] 4561/3
4599/21 4599/22
4600/11 4600/14
4600/21 4601/2
4601/5 4602/15
4602/24 4603/3
4603/8 4609/18
4610/13 4610/18
4612/3 4619/22
4619/25 4620/11
4622/4 4622/15
4623/12 4623/22
4624/3 4624/5 4630/9
4632/15 4636/7

4636/20 4653/9
4653/14 4654/4
reliability [2] 4618/20
4619/1
reliable [3] 4605/6
4605/17 4607/18
reliably [1] 4625/25
relied [1] 4599/8
remarkable [1] 4630/6
remember [9] 4549/6
4551/14 4558/8
4563/8 4586/4
4588/21 4593/18
4605/24 4627/24
remind [2] 4572/2
4633/13
reminded [2] 4578/14
4621/7
repeat [4] 4565/19
4576/22 4633/24
4653/9
report [5] 4599/7
4615/8 4617/20
4617/25 4620/21
reported [2] 4551/10
4551/11
Reporter [3] 4546/23
4546/23 4657/3
reporting [10] 4551/8
4552/14 4572/10
4572/13 4580/5
4580/20 4581/10
4620/3 4620/4
4620/21
reports [2] 4572/6
4617/22
represent [1] 4560/8
require [1] 4637/20
required [1] 4597/8
research [4] 4561/2
4596/7 4596/13
4619/7
reservations [3]
4574/14 4582/3
4591/24
resources [1] 4615/24
respect [7] 4555/2
4562/3 4562/8
4569/11 4572/11
4577/8 4606/22
respond [3] 4553/3
4556/22 4580/16
responded [2] 4551/17
4553/2 4647/6
responding [2]
4553/20 4615/24
responds [3] 4556/1
4581/3 4615/24
response [12] 4553/5
4568/11 4581/3
4627/8 4628/9
4628/11 4628/12
4632/3 4644/1 4647/3
4649/23 4654/13
responsible [6] 4549/7
4557/16 4572/3
4572/4 4573/1

4588/15
responsive [1] 4638/3
responsiveness [3]
4605/1 4608/12
4610/3
rest [2] 4548/25
4586/12
restated [1] 4601/1
restrictive [1] 4557/1
rests [1] 4624/12
result [7] 4563/19
4575/1 4631/25
4633/6 4637/10
4646/4 4648/25
results [19] 4559/10
4567/20 4583/21
4613/16 4615/7
4616/20 4616/21
4616/23 4617/2
4618/17 4627/10
4627/22 4628/10
4628/19 4631/14
4631/18 4632/3
4654/13 4654/18
resume [1] 4609/12
retailers [2] 4652/20
4652/20
revealed [1] 4644/9
revealing [1] 4608/8
revenue [9] 4564/24
4565/5 4565/7 4565/9
4565/10 4607/9
4643/5 4643/6
4649/14
review [3] 4615/17
4640/21 4644/15
reviewed [1] 4612/1
right [50] 4551/3
4551/9 4553/2 4554/6
4558/25 4559/17
4560/18 4561/9
4562/21 4564/8
4568/10 4569/7
4571/21 4589/3
4589/11 4591/11
4591/11 4594/14
4596/3 4608/1
4612/24 4614/4
4617/6 4627/23
4628/13 4628/16
4628/21 4628/22
4629/12 4629/20
4631/24 4636/15
4637/3 4638/6
4638/11 4639/18
4639/24 4640/14
4641/13 4642/8
4642/11 4642/13
4645/10 4646/25
4647/6 4647/11
4647/25 4647/25
4649/8 4649/22
risky [1] 4549/18
rival [2] 4610/8 4653/1
rivals [4] 4602/20
4606/11 4610/7
4621/9

**R**

road [2]  4561/23
 4632/10
robustness [1]  4630/15
role [4]  4561/8 4603/8
 4632/8 4633/9
roles [1]  4554/22
roll [2]  4631/15
 4631/20
rollout [2]  4563/24
 4565/13
room [1]  4556/20
Ropes [1]  4546/14
roughly [1]  4557/5
RSA [3]  4549/12
 4621/14 4621/15
RSAs [2]  4621/19
 4622/2
rubber [2]  4632/3
 4632/10
rumors [1]  4556/9
run [1]  4651/7
running [3]  4555/7
 4555/17 4555/18

**S**

S10 [2]  4558/6
 4563/25
sales [1]  4654/24
SALLET [1]  4546/2
Sally [15]  4568/22
 4569/1 4569/3 4569/4
 4569/6 4572/7
 4572/23 4573/1
 4573/7 4574/10
 4576/13 4577/19
 4578/2 4583/13
 4592/2
Sally's [5]  4569/23
 4572/12 4572/17
 4572/19 4573/3
same [26]  4561/12
 4561/22 4571/11
 4573/15 4604/8
 4604/10 4604/11
 4606/21 4606/23
 4607/11 4617/10
 4617/24 4624/2
 4632/16 4635/2
 4635/3 4636/8
 4637/18 4637/22
 4638/17 4638/17
 4648/23 4649/1
 4649/22 4650/10
 4650/11
Samsung [110]  4549/8
 4550/6 4550/17
 4552/15 4553/1
 4553/8 4553/23
 4554/1 4554/3
 4554/17 4554/21
 4555/1 4555/14
 4555/24 4556/21
 4556/24 4556/25
 4557/3 4557/10
 4557/19 4558/6
 4558/16 4560/11

4560/16 4560/20
4560/21 4560/21
4560/22 4560/23
4560/24 4560/25
4560/25 4561/1
4561/2 4561/3 4561/4
4561/7 4561/13
4561/16 4561/22
4561/23 4562/1
4562/12 4562/14
4562/16 4563/17
4563/18 4564/3
4564/16 4565/1
4565/6 4565/10
4566/9 4566/10
4566/14 4566/20
4567/25 4569/15
4571/2 4571/20
4572/5 4574/25
4575/16 4575/18
4575/21 4577/9
4578/3 4578/19
4579/16 4581/16
4581/19 4581/24
4582/3 4582/5 4583/1
4583/8 4583/11
4584/2 4584/3 4584/8
4584/11 4584/18
4584/21 4584/23
4584/25 4585/6
4585/8 4585/15
4586/6 4586/8 4586/9
4586/13 4586/16
4586/23 4586/23
4587/11 4587/17
4587/20 4587/23
4588/3 4588/6
4588/19 4588/25
4589/11 4590/8
4590/13 4591/8
4591/9 4592/7
4593/16
Samsung's [4]  4554/4
 4562/2 4562/8 4587/8
Samsung-Google [3]
 4550/6 4588/3 4588/6
sandwich [2]  4606/3
 4625/1
sandwiches [1]
 4605/25
satisfy [1]  4633/20
saw [6]  4568/9
 4572/17 4577/5
 4577/6 4588/8
 4646/16
saying [17]  4550/2
 4555/7 4556/16
 4558/8 4571/23
 4580/16 4580/23
 4593/19 4602/5
 4607/16 4619/19
 4643/9 4645/12
 4647/6 4648/23
 4649/19 4649/22
SCHMIDTLEIN [1]
 4546/10
Schmidtlein's [1]

4622/6
scholarship [2]  4596/6
 4597/15
school [6]  4595/6
 4595/8 4595/13
 4595/13 4595/22
 4596/2
screen [8]  4558/13
 4582/25 4622/14
 4622/16 4622/18
 4622/20 4623/7
 4646/2
scroll [4]  4628/21
 4628/21 4648/5
 4648/5
se [1]  4593/19
search [229]
search query [1]
 4627/8
search. [1]  4632/3
search. where [1]
 4632/3
searched [1]  4575/13
searches [5]  4583/3
 4614/16 4614/23
 4616/16 4648/12
searching [4]  4575/11
 4575/22 4631/22
 4644/24
second [17]  4559/13
 4579/12 4591/22
 4599/24 4600/12
 4600/23 4608/10
 4610/3 4613/3
 4616/20 4618/19
 4634/16 4635/11
 4639/3 4652/17
 4653/4 4655/1
secondhand [1]
 4589/23
secondly [1]  4565/5
Section [1]  4546/3
seeing [9]  4605/16
 4605/17 4615/7
 4624/22 4625/11
 4625/14 4625/25
 4626/1 4651/8
seem [4]  4585/25
seems [4]  4618/22
 4637/22 4644/11
 4655/5
select [1]  4566/12
seller [3]  4601/9
 4603/14 4647/16
selling [2]  4645/2
 4645/3
sells [1]  4644/18
send [2]  4551/13
 4639/14
sending [1]  4616/24
sense [8]  4600/18
 4601/19 4607/16
 4613/15 4614/24
 4616/3 4625/5 4632/9
sent [3]  4551/14
 4551/15 4620/22
sentence [5]  4576/7

4576/17 4576/23
4591/23 4596/17
sentences [1]  4576/24
separate [6]  4610/4
 4635/8 4646/24
 4648/16 4648/18
 4653/19
separated [1]  4614/20
separately [1]  4654/1
sequence [3]  4595/25
 4596/1 4596/14
series [4]  4551/18
 4571/1 4579/15
 4582/18
SERP [1]  4648/14
served [13]  4627/8
 4628/9 4628/10
 4628/11 4629/1
 4629/1 4629/16
 4632/1 4632/5
 4648/16 4654/22
 4654/13 4654/18
service [12]  4563/3
 4576/18 4576/25
 4577/2 4578/16
 4578/21 4578/25
 4586/4 4589/13
 4622/23 4629/4
 4649/7
services [47]  4553/10
 4553/19 4553/23
 4554/5 4555/13
 4555/13 4562/20
 4562/23 4563/7
 4563/13 4572/4
 4577/3 4578/17
 4578/18 4578/21
 4586/1 4586/18
 4586/20 4587/20
 4587/22 4587/24
 4589/16 4599/19
 4600/10 4602/9
 4609/19 4610/14
 4610/15 4610/16
 4610/16 4611/3
 4611/6 4611/12
 4612/3 4618/5
 4618/10 4619/22
 4619/24 4620/5
 4620/10 4621/21
 4623/12 4623/23
 4624/4 4633/2 4649/7
 4654/12
session [6]  4545/7
 4598/23 4598/25
 4599/5 4614/19
 4614/19
sessions [3]  4614/10
 4614/10 4614/23
set [6]  4587/5 4601/1
 4601/5 4601/6
 4616/18 4636/24
setting [1]  4625/8
settings [1]  4622/10
setup [1]  4578/19
seven [1]  4612/15
several [1]  4592/9

SEVERT [5]  4545/16
 4547/10 4594/9
 4598/22 4609/7
share [5]  4620/13
 4620/25 4621/1
 4621/1 4649/15
shared [1]  4586/12
shareholders [1]
 4607/10
shares [3]  4620/4
 4620/5 4632/9
sharing [1]  4579/4
shifted [3]  4592/8
 4592/12
shoe [4]  4628/24
 4640/15 4643/12
 4644/13
shoes [2]  4639/15
 4640/16
shop [7]  4612/13
 4612/14 4614/11
 4615/18 4616/2
 4616/6 4623/1
shopping [6]  4612/18
 4614/1 4616/10
 4647/20 4647/24
 4649/1
shops [1]  4614/3
short [1]  4569/4
shortcuts [2]  4583/4
 4583/19
shortly [1]  4609/12
show [14]  4554/14
 4558/10 4558/13
 4559/9 4583/19
 4584/16 4628/18
 4628/19 4631/13
 4644/5 4648/13
 4651/6 4651/22
 4651/23
showed [3]  4571/8
 4578/23 4582/13
showing [6]  4629/17
 4629/21 4649/13
 4650/4 4650/7
 4650/10
shown [6]  4578/15
 4578/21 4589/5
 4590/6 4632/2 4641/9
shows [4]  4608/11
 4627/15 4643/11
 4648/12
side [6]  4561/5
 4581/19 4581/23
 4628/13 4628/16
 4654/17
sides [1]  4586/11
sign [1]  4652/9
signal [7]  4632/6
 4638/5 4638/9
 4638/10 4639/1
 4639/18 4645/9
signals [1]  4637/14
signed [3]  4588/17
 4588/22 4591/5
significance [1]
 4621/16

**S**

significant [23] 4570/4
4596/8 4600/20
4606/11 4615/4
4615/10 4618/10
4618/14 4618/19
4618/23 4630/16
4638/20 4642/22
4642/25 4643/7
4645/2 4645/15
4647/14 4647/15
4647/16 4651/24
significantly [4]
4569/19 4601/10
4601/11 4604/6
signing [2] 4588/23
4588/23
siloed [1] 4649/21
similar [2] 4577/23
4625/22
simple [4] 4601/4
4614/8 4617/5
4617/15
simplest [1] 4649/4
simply [1] 4607/21
single [5] 4601/8
4603/14 4612/20
4613/17 4648/20
sit [4] 4561/20 4562/9
4577/24 4589/19
4616/24
site [2] 4613/18
sites [2] 4611/14
4616/25
situation [1] 4553/7
six [2] 4612/4 4612/5
ski [4] 4619/9 4619/10
4629/24 4629/24
skier [1] 4645/13
skiing [2] 4639/16
4645/14
skip [1] 4562/25
Slack [9] 4552/13
4552/16 4567/7
4571/1 4571/7
4573/14 4579/15
4585/13 4587/6
slide [57] 4598/15
4599/1 4599/3
4599/17 4600/6
4601/1 4609/17
4610/15 4612/5
4612/15 4615/19
4616/13 4617/4
4618/13 4620/9
4620/17 4620/20
4621/4 4621/13
4622/1 4622/13
4622/21 4623/14
4624/7 4626/25
4627/12 4627/15
4628/7 4628/17
4629/9 4629/9 4629/9
4632/22 4636/5
4638/16 4638/24
4641/5 4641/5

4641/24 4643/3
4643/13 4644/17
4645/7 4646/22
4646/23 4647/21
4647/22 4647/23
4648/21 4649/10
4649/18 4650/2
4650/3 4650/4
4651/16 4653/5
4653/23
slides [2] 4640/17
4643/2
slip [1] 4642/2
Sloan [2] 4595/12
4595/13
slog [1] 4656/5
slows [2] 4581/7
4581/7
small [3] 4570/20
4612/4 4631/6
Smith [2] 4635/6
4635/10
SMURZYNSKI [1]
4546/10
social [28] 4611/14
4618/4 4618/16
4618/18 4618/20
4618/23 4629/20
4629/21 4631/21
4631/21 4631/23
4636/16 4636/18
4637/1 4637/12
4638/19 4639/23
4644/4 4645/4 4645/5
4645/11 4645/15
4645/18 4645/23
4646/10 4646/25
4647/1 4653/19
software [6] 4553/10
4553/19 4553/23
4554/4 4555/13
4587/22
sold [3] 4641/17
4641/19 4650/6
solely [1] 4553/9
solemnly [1] 4594/15
solid [1] 4650/7
somebody's [1]
4637/13
someone [2] 4552/7
4589/10
someone's [1] 4645/10
sometime [1] 4568/8
sometimes [10] 4585/7
4589/9 4590/3 4590/3
4590/4 4590/21
4590/24 4592/12
4592/12 4610/22
Somewhat [1] 4564/11
somewhere [2]
4560/17 4643/17
Soon [7] 4571/23
4571/24 4571/25
4572/6 4572/9
4572/15 4572/15
sorry [27] 4550/11
4550/12 4557/12

4558/1 4565/19
4576/22 4576/23
4578/13 4591/11
4593/4 4593/5 4596/5
4596/13 4597/1
4597/18 4601/13
4618/6 4620/17
4624/3 4627/8 4637/9
4639/22 4647/20
4651/5 4654/9
4654/10 4654/12
sort [9] 4561/16
4561/21 4561/25
4562/1 4563/18
4576/5 4584/2
4607/21 4618/15
sought [1] 4587/17
sound [1] 4568/18
sounds [1] 4582/8
source [1] 4552/1
sources [1] 4611/4
South [1] 4545/20
speak [1] 4607/2
speaking [2] 4574/20
4635/23
specialized [34]
4611/14 4611/17
4611/20 4611/22
4611/24 4612/21
4613/6 4613/18
4615/3 4615/3 4615/8
4615/9 4615/13
4616/5 4616/10
4616/14 4616/16
4616/20 4616/23
4617/2 4618/10
4629/2 4651/15
4651/21 4651/22
4651/24 4651/25
4652/3 4652/15
4652/15 4652/18
4652/19 4652/24
4653/1
specialty [1] 4596/1
species [1] 4649/24
specific [4] 4567/13
4642/18 4644/23
4654/15
specifically [2] 4562/6
4646/19
specify [1] 4648/9
speculate [1] 4556/7
speculating [2] 4551/4
4575/25
speculation [1] 4551/6
spell [1] 4594/25
spend [1] 4613/5
spending [1] 4615/16
spends [1] 4615/24
spoke [3] 4550/3
4584/4 4655/19
spoken [1] 4550/4
sponsored [1] 4627/11
Sports [5] 4634/19
4634/22 4635/4
4635/7 4635/10
spot [1] 4577/3

Spotify [3] 4549/11
4549/24 4551/24
Spotlight [3] 4569/17
4569/19 4569/22
squelch [1] 4552/21
SSNIP [1] 4607/24
stakeholders [1]
4568/18 4569/13
stance [1] 4549/14
standing [2] 4554/9
4559/24
stands [1] 4581/6
start [12] 4548/11
4555/7 4560/10
4570/23 4575/5
4593/1 4609/19
4610/14 4614/18
4625/4 4636/13
4638/22
started [3] 4595/16
4646/21 4652/11
starting [1] 4595/5
4600/18
startups [3] 4561/9
4561/11 4561/12
state [7] 4545/22
4545/23 4546/2
4546/6 4557/25
4576/17 4594/25
statement [2] 4578/14
4624/4
states [10] 4545/1
4545/3 4545/11
4557/22 4585/4
4594/10 4594/12
4598/7 4599/22
4600/11
statistics [1] 4620/13
stay [3] 4561/3
4592/14 4623/16
staying [1] 4637/16
step [1] 4619/21
sticking [1] 4548/13
still [7] 4554/17
4554/18 4560/16
4563/10 4588/22
4625/16 4631/2
stop [11] 4612/13
4612/14 4612/17
4613/25 4614/3
4614/11 4615/18
4616/2 4616/5
4616/10 4623/1
store [6] 4549/11
4549/25 4551/24
4613/10 4613/11
4613/15
stores [2] 4612/24
4612/24
story [1] 4629/17
straight [1] 4627/14
strategies [2] 4561/13
4561/23
strategy [6] 4577/10
4577/12 4577/14
4577/21 4592/9
4630/12

stream [2] 4564/24
4565/7
Street [5] 4545/18
4545/18 4545/20
4546/7 4546/14
strengths [1] 4634/14
strict [2] 4556/3
4556/13
strong [7] 4549/14
4638/5 4638/9
4638/10 4639/18
4643/21 4645/9
strongly [2] 4557/6
4557/7
stuck [1] 4574/13
students [2] 4596/18
4649/6
study [1] 4596/18
subject [8] 4554/9
4559/24 4571/11
4571/12 4573/19
4579/25 4582/17
4585/19
subjective [1] 4591/7
submitted [1] 4556/24
subset [1] 4630/3
substantial [2] 4600/13
4600/24
substitutability [1]
4632/20
substitute [7] 4606/2
4624/14 4635/16
4637/19 4637/21
4643/1 4647/5
substitutes [11] 4602/2
4602/2 4602/23
4603/1 4603/4
4606/18 4607/15
4632/17 4636/10
4643/7 4650/19
substituting [4]
4604/24 4605/5
4624/15 4625/5
substitution [40]
4604/21 4604/23
4605/1 4605/5
4605/17 4606/9
4606/11 4606/15
4606/25 4607/13
4607/16 4608/12
4608/23 4610/3
4610/5 4610/8
4624/13 4624/14
4624/17 4624/18
4624/21 4624/23
4625/6 4625/9 4625/9
4625/11 4625/12
4625/14 4625/17
4625/25 4626/10
4626/15 4626/19
4635/1 4635/9
4635/22 4635/25
4636/4 4649/17
4651/1
succeed [1] 4572/24
successful [6] 4562/12
4575/5 4634/10

**S**

successful... [3] 4634/14 4639/12 4639/13
sufficient [1] 4632/17
suggested [1] 4567/21
suggesting [1] 4602/12
suggests [1] 4641/25
Suite [2] 4545/20 4545/24
summarizing [1] 4587/1
summary [7] 4548/23 4548/24 4551/25 4552/4 4582/18 4596/18 4599/7
sums [1] 4614/6
super [1] 4625/12
superlative [1] 4601/20
support [1] 4561/20
supports [1] 4608/17
suppose [1] 4626/11
supposed [1] 4580/24
sure [25] 4552/12 4560/24 4562/5 4565/22 4566/4 4570/18 4578/20 4591/2 4591/11 4592/25 4593/3 4595/2 4596/17 4596/23 4600/17 4609/23 4613/24 4624/10 4626/1 4628/14 4633/11 4637/17 4651/5 4653/11 4654/25
surfaced [1] 4576/17
surfacing [1] 4575/11
surprises [1] 4653/2
SW [1] 4546/11
swear [1] 4594/15
Swiss [1] 4614/7
switch [1] 4623/17
symbol [1] 4627/23

**T**

tacit [1] 4597/3
takeaway [1] 4586/12
talk [26] 4560/8 4568/20 4570/22 4599/6 4599/10 4608/10 4618/25 4621/14 4622/2 4622/14 4632/8 4632/11 4633/7 4633/11 4634/15 4639/20 4640/17 4641/17 4643/2 4644/4 4645/4 4645/18 4647/9 4651/6 4651/7 4653/4
talked [12] 4549/4 4584/17 4610/1 4622/7 4626/3 4628/12 4629/5 4632/16 4636/8 4647/8 4651/12

4654/3
talking [23] 4551/1 4551/23 4553/21 4556/8 4562/6 4570/7 4573/9 4579/13 4583/10 4583/15 4593/7 4605/9 4609/22 4618/15 4626/11 4628/5 4636/13 4639/24 4643/18 4644/22 4645/19 4645/21 4653/7
talks [3] 4608/20 4619/8 4643/13
target [4] 4645/23 4646/5 4648/9 4652/20
targeted [1] 4635/14
targeting [5] 4643/14 4643/24 4644/23 4645/15 4648/8
taught [3] 4595/15 4596/13 4597/13
teach [4] 4595/21 4595/22 4595/24 4596/3
teaching [4] 4595/24 4596/3 4596/12 4619/7
team [55] 4548/24 4548/24 4549/10 4549/11 4549/13 4549/20 4549/22 4550/19 4552/1 4552/4 4552/4 4552/7 4554/21 4555/5 4557/16 4561/22 4566/1 4569/6 4571/21 4571/25 4571/25 4572/7 4572/12 4572/17 4572/18 4572/19 4572/20 4574/8 4577/22 4577/24 4579/16 4580/11 4580/13 4581/1 4581/14 4581/16 4581/23 4582/1 4582/2 4585/15 4586/13 4586/16 4586/19 4586/21 4586/24 4587/1 4588/15 4589/11 4589/13 4589/13 4589/24 4590/1 4590/2 4590/4 4590/4
team that [1] 4577/22
team's [1] 4581/6
teams [7] 4555/7 4555/17 4555/18 4566/3 4577/24 4589/16 4589/16
tech [4] 4577/10 4577/12 4577/14 4577/21
Technically [1]

4560/25
technologies [3] 4561/17 4562/3 4563/13
technology [12] 4562/20 4563/3 4563/19 4563/21 4565/13 4565/17 4566/5 4568/13 4575/8 4578/4 4579/15 4588/19
tediously [1] 4638/8
telling [4] 4555/22 4620/7 4621/18 4650/15
tells [2] 4623/22 4644/16
tempted [1] 4612/23
term [5] 4564/10 4611/17 4611/24 4615/7 4625/7
terms [21] 4548/13 4548/21 4548/25 4549/2 4556/4 4562/13 4576/18 4576/25 4577/2 4578/15 4578/17 4578/18 4578/21 4590/24 4601/5 4604/7 4616/4 4621/14 4621/15 4621/16 4654/1
terrific [1] 4655/6
test [9] 4603/7 4603/8 4603/12 4603/16 4603/25 4604/4 4604/13 4607/24 4607/24
testified [5] 4558/5 4567/23 4592/22 4613/20 4623/16
testify [2] 4623/24 4627/17
testimony [19] 4560/20 4568/22 4590/9 4594/5 4594/15 4598/16 4612/1 4612/5 4615/23 4620/13 4620/24 4622/18 4637/12 4640/21 4653/9 4653/9 4655/8 4655/15 4656/4
text ads [1] 4628/3
textbook [3] 4597/9 4597/10 4597/11
the other [1] 4619/2
theirs [1] 4652/19
theory [2] 4596/9 4597/8
thereby [1] 4583/4
therefore [2] 4601/22 4622/9
theses [2] 4561/11 4561/11
thinking [17] 4600/21 4604/8 4604/10

4604/20 4613/6 4630/23 4633/1 4633/3 4634/7 4634/18 4635/20 4638/18 4638/18 4638/19 4639/16 4639/23 4643/25
third [6] 4591/22 4613/16 4622/1 4635/12 4641/3 4652/23
thirdhand [1] 4589/23
though [6] 4563/11 4588/17 4589/22 4593/22 4606/16 4637/19
thought [8] 4564/20 4564/22 4566/9 4575/25 4589/17 4611/4 4613/11 4646/23
thoughts [1] 4580/16
thousand [5] 4642/1 4642/3 4642/7 4642/10 4642/11
thread [1] 4649/19
threaten [1] 4586/9
three [21] 4597/6 4597/18 4599/20 4600/6 4600/9 4600/14 4609/18 4610/13 4613/19 4618/13 4624/1 4629/10 4633/6 4633/7 4635/17 4635/19 4640/17 4645/7 4652/2 4654/4 4654/5
three-to-two [1] 4624/1
thresholds [1] 4597/22
TikTok [4] 4619/5 4619/11 4621/24 4637/17
timeline [1] 4582/18
times [12] 4550/18 4578/17 4592/9 4629/15 4634/18 4634/19 4634/21 4635/3 4635/6 4640/16 4643/10 4644/14
timing [5] 4556/4 4570/7 4570/16 4573/9 4655/19
title [4] 4549/6 4568/25 4595/11 4641/25
today [9] 4560/10 4563/12 4563/14 4570/22 4584/7 4587/6 4598/16 4621/15 4651/5
together [1] 4551/12 4621/9 4639/22
told [1] 4548/23
tomorrow [7] 4651/2 4651/4 4651/5 4651/6 4655/7 4655/13

4655/21
tool [3] 4563/4 4563/5 4614/8
top [12] 4558/15 4573/16 4574/7 4580/4 4597/23 4617/22 4620/22 4622/24 4628/19 4629/14 4633/5 4644/21
topic [2] 4600/7 4622/14
topics [2] 4596/24 4599/18
total [1] 4653/2
totally [1] 4593/6
touched [1] 4635/21
toward [1] 4559/13
towards [1] 4549/14
tracked [1] 4646/3
tracking [1] 4614/15
tracks [1] 4614/15
traffic [2] 4615/5 4615/14
transcript [3] 4545/10 4656/4 4657/4
traveling [1] 4594/5
tremendous [1] 4635/24
trends [1] 4650/22
trial [4] 4545/10 4612/1 4622/6 4637/12
tricky [1] 4584/19
tried [1] 4621/5
tries [1] 4644/18
true [5] 4606/25 4643/19 4650/18 4653/21 4657/4
truly [1] 4592/14
trustworthy [3] 4586/7 4586/22 4587/2
truth [3] 4594/16 4594/16 4594/17
truthfully [1] 4592/22
try [10] 4548/18 4549/13 4572/22 4576/6 4576/12 4589/15 4592/10 4592/15 4615/16 4615/16
trying [24] 4551/5 4554/23 4554/24 4554/25 4555/22 4555/4 4555/4 4555/19 4555/20 4562/2 4562/7 4565/8 4565/8 4567/16 4576/8 4577/17 4589/14 4592/6 4593/12 4593/16 4593/23 4637/22 4641/23 4643/17 4647/7
TSG [9] 4576/18 4577/8 4577/9 4577/11 4577/17 4578/14 4580/11

**T**

TSG... [2] 4580/13
4581/6
TSG's [1] 4580/16
turn [15] 4548/7
4559/2 4559/12
4592/16 4599/17
4600/25 4609/17
4610/13 4623/13
4624/6 4624/9
4626/25 4636/5
4653/4 4655/1
turning [1] 4574/6
two [33] 4553/4
4554/15 4559/2
4559/3 4576/24
4579/20 4596/21
4597/10 4599/17
4599/17 4600/2
4600/6 4624/1
4626/11 4626/25
4627/1 4629/5
4629/12 4629/19
4629/25 4632/15
4636/15 4638/20
4640/17 4641/7
4641/10 4643/2
4645/3 4646/8
4649/18 4650/12
4655/12 4655/17
twofold [1] 4608/4
tying [1] 4597/3
Tyler [1] 4545/23
type [3] 4583/13
4593/23 4651/14
types [4] 4637/14
4637/15 4638/14
4650/23
typically [3] 4618/17
4639/4 4639/4
typing [1] 4576/2

**U**

U.S [9] 4545/14
4545/17 4545/20
4546/24 4654/7
4654/11 4654/14
4654/14 4654/19
UI [4] 4568/17 4573/7
4573/10 4573/12
unclear [2] 4553/15
4553/17
under [6] 4554/1
4554/4 4560/25
4561/1 4567/19
4592/20
undergraduate [1]
4597/11
underlying [1] 4599/7
understood [7]
4561/25 4567/24
4578/8 4581/15
4586/25 4587/10
4589/9
unfortunately [1]
4548/11
UNITED [9] 4545/1

4545/3 4545/11
4585/4 4594/10
4594/12 4598/7
4599/22 4600/11
units [1] 4648/25
universal [1] 4623/18
University [1] 4595/6
unmatched [1]
4613/17
unnecessarily [1]
4655/22
up [55] 4578/6
4578/18 4578/23
4582/25 4583/19
4588/24 4590/13
4592/6 4592/8
4592/14 4593/12
4593/16 4593/19
4593/23 4600/6
4609/2 4609/21
4609/23 4612/18
4614/6 4617/4
4618/13 4620/9
4620/17 4620/20
4622/21 4623/14
4628/17 4628/18
4629/9 4629/14
4629/17 4629/21
4631/13 4632/5
4632/9 4632/22
4633/16 4634/2
4635/7 4638/24
4639/6 4643/11
4647/21 4648/12
4648/14 4649/10
4649/18 4650/2
4650/17 4651/16
4652/9 4653/23
4655/16 4655/22
update [1] 4549/23
upper [1] 4628/16
UPX690 [7] 4547/16
4548/7 4548/7
4551/17 4552/19
4554/7 4554/12
usage [1] 4574/20
use [15] 4552/13
4567/13 4585/7
4589/19 4606/2
4611/17 4611/24
4619/17 4619/18
4619/19 4624/20
4625/7 4625/25
4631/5 4646/1
used [5] 4568/14
4569/4 4603/7
4605/25 4639/4
useful [2] 4630/21
4634/6
user [16] 4553/13
4553/14 4553/15
4573/13 4573/13
4576/9 4576/14
4576/16 4578/2
4579/4 4614/10
4622/24 4632/6
4637/23 4640/10

4648/24
users [7] 4574/23
4574/24 4574/25
4575/17 4575/22
4576/2 4578/11
using [8] 4574/24
4575/2 4586/7 4586/8
4606/19 4614/13
4614/25 4620/21
UX [5] 4568/17 4573/7
4573/10 4573/12
4577/1
UX/UI [3] 4568/17
4573/10 4573/12

**V**

Valentine's [4] 4617/5
4617/8 4617/8
4617/19
valid [5] 4606/4
4607/14 4608/13
4624/13 4624/17
valuable [3] 4612/9
4612/14 4613/9
value [6] 4554/24
4555/2 4555/21
4614/2 4646/7
4648/24
Varian [7] 4615/20
4615/21 4615/21
4623/14 4643/4
4643/18 4649/22
Varian's [2] 4620/13
4620/24
varies [1] 4615/9
variety [1] 4563/12
various [8] 4555/21
4557/16 4557/18
4565/25 4566/2
4584/5 4587/24
4632/21
varying [1] 4651/8
version [2] 4583/2
4592/2
versus [11] 4560/21
4604/13 4616/15
4618/21 4624/22
4625/18 4634/18
4634/19 4637/11
4649/3 4652/1
vertical [1] 4648/6
vertically [1] 4648/7
video [1] 4653/18
videos [2] 4631/15
4637/15
view [13] 4562/3
4568/12 4570/1
4570/3 4574/2
4586/15 4604/17
4624/3 4631/16
4633/25 4637/19
4640/25 4652/20
viewed [2] 4624/1
4654/18
viewing [1] 4620/10
views [2] 4608/8
4653/22

visited [1] 4643/11
VP [18] 4568/22
4568/25 4568/25
4569/4 4569/6
4569/23 4572/11
4572/19 4572/23
4573/1 4573/3 4573/7
4574/10 4576/12
4577/19 4578/2
4583/13 4592/2

**W**

W-H-I-N-S-T-O-N [1]
4595/3
waiting [4] 4583/21
4583/23 4583/24
4583/25
Walmart [1] 4652/20
wants [3] 4574/10
4649/6 4649/7
Washington [6] 4545/5
4545/15 4545/18
4546/12 4546/25
4629/15
wax [1] 4606/2
way [25] 4552/21
4553/8 4566/4
4576/14 4577/3
4588/10 4590/11
4601/15 4605/21
4606/23 4608/15
4610/20 4614/7
4616/10 4624/20
4630/11 4630/13
4630/14 4632/16
4635/10 4644/1
4644/13 4648/15
4650/20 4653/21
way that [1] 4566/4
ways [9] 4554/24
4555/2 4555/4
4555/21 4612/16
4616/17 4620/10
4632/24 4645/7
weaken [1] 4610/7
weakening [2] 4602/20
4630/18
web [6] 4564/7
4610/18 4610/21
4616/25 4618/19
4619/20
Webb [1] 4545/23
website [13] 4611/21
4611/22 4612/21
4613/6 4631/18
4640/15 4643/12
4643/15 4644/13
4652/5 4652/7 4652/7
4652/14
websites [4] 4610/21
4610/25 4611/15
4611/25
weeks [2] 4579/19
4614/17
weighing [1] 4561/23
weird [1] 4577/3
welcome [3] 4548/2

4548/5 4594/20
weren't [3] 4575/17
4575/20 4647/4
Wharton [2] 4595/6
4595/7
what's [13] 4553/14
4558/12 4595/11
4605/2 4605/3
4611/20 4614/13
4621/15 4622/15
4627/5 4629/22
4629/25 4635/20
wheat [3] 4626/12
4635/24 4642/20
wherever [1] 4629/16
WHINSTON [18]
4547/9 4594/11
4594/13 4594/20
4594/23 4594/25
4595/2 4595/3 4595/4
4598/8 4598/11
4598/15 4598/22
4599/13 4609/17
4609/24 4655/6
4655/20
Whinston's [1] 4655/15
who's [2] 4622/22
4654/20
whole [5] 4586/23
4591/23 4594/16
4621/10 4627/18
wholly [1] 4630/7
WILLIAM [1] 4545/23
Williams [1] 4546/11
willing [1] 4635/5
Windows [1] 4614/16
within [28] 4550/17
4554/25 4555/5
4555/24 4559/8
4560/25 4561/16
4562/24 4563/2
4566/9 4575/9
4575/12 4575/14
4575/23 4575/23
4577/9 4578/18
4578/19 4578/22
4584/8 4584/11
4586/15 4630/7
4630/11 4630/17
4631/4 4631/6
4631/15
without [5] 4581/14
4612/21 4625/4
4635/16 4637/22
witness [4] 4547/2
4557/21 4594/11
4655/21
witnesses [2] 4655/12
4655/17
WJL [2] 4555/8 4555/9
WJL's [1] 4574/8
won [16] 4555/10
4555/11 4555/12
4571/25 4572/2
4572/4 4574/8
4586/19 4586/20
4586/20 4586/24

4677

**W**

won... [5]  4587/1
4597/14 4597/18
4597/23 4598/4
Won-Jin [12]  4555/10
4555/11 4555/12
4571/25 4572/2
4572/4 4574/8
4586/18 4586/20
4586/20 4586/24
4587/1
word [3]  4570/13
4624/20 4631/5
words [7]  4566/4
4568/14 4574/25
4603/5 4624/14
4633/14 4650/24
work [9]  4561/4 4579/5
4588/18 4596/9
4596/10 4596/10
4606/21 4608/24
4626/22
worked [1]  4577/3
working [7]  4550/15
4555/24 4555/24
4561/8 4566/13
4588/23 4588/24
works [2]  4633/1
4633/4
world [2]  4607/21
4649/21
worried [1]  4565/4
worries [1]  4555/7
worth [2]  4601/6
4601/7
wrap [2]  4605/25
4606/3
wrapping [1]  4625/1
write [7]  4548/14
4549/14 4550/22
4574/7 4582/25
4586/6 4591/22
writes [4]  4552/20
4552/25 4556/1
4581/6
written [6]  4571/17
4596/23 4596/24
4596/25 4597/3
4597/10
wrote [6]  4553/5
4557/2 4557/8 4574/7
4574/22 4585/24

**Y**

Yahoo [2]  4621/1
4623/25
year [3]  4597/7
4597/19 4650/8
years [8]  4557/3
4597/22 4598/4
4598/4 4599/24
4620/23 4621/6
4645/25
yellow [1]  4622/24
Yelp [2]  4575/14
4629/4
Yep [2]  4582/24

4584/10
yesterday [2]  4617/9
4655/12
yesterday's [2]  4606/3
4625/2
yields [1]  4640/3
yikes [1]  4648/6
Yoon [11]  4558/16
4558/22 4558/23
4558/23 4571/18
4571/20 4572/6
4580/4 4580/20
4580/23 4589/10
Yoon's [1]  4558/19
York [13]  4545/25
4546/6 4546/8
4557/25 4629/15
4634/17 4634/19
4634/21 4635/3
4635/6 4640/16
4643/10 4644/14
YouTube [2]  4631/10
4631/13

**Z**

zero [2]  4602/10
4606/22
zero-cost [1]  4606/22
zoom [1]  4555/6