IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, ET AL.,  )
                                   )
          Plaintiffs,              )
                                   )    CV No. 20-3010
      vs.                          )    Washington, D.C.
                                   )    October 6, 2023
GOOGLE LLC,                        )    9:30 a.m.
                                   )
          Defendant.               )    Day 18
_____)


TRANSCRIPT OF BENCH TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For DOJ Plaintiffs:                    Kenneth M. Dintzer
                                       U.S. DEPARTMENT OF JUSTICE
                                       1100 L Street, NW
                                       Washington, D.C.
                                       (202) 307-0340
                                       Email:
                                       kenneth.dintzer2@usdoj.gov

                                       Adam T. Severt
                                       Meagan Kara Bellshaw
                                       U.S. DEPARTMENT OF JUSTICE
                                       Antitrust Division
                                       450 5th Street NW
                                       Washington, D.C. 20530
                                       (202) 598-2307
                                       Email:
                                       meagan.bellshaw@usdoj.gov
                                       Email: adam.severt@usdoj.gov

For Plaintiff
State of Colorado:                     Jonathan Bruce Sallet
                                       COLORADO DEPARTMENT OF LAW
                                       Consumer Protection Section,
                                       Antitrust Unit
                                       Ralph L. Carr
                                       Colorado Judicial Center
                                       1300 Broadway
                                       Suite 7th Floor
                                       Denver, CO 80203
                                       (720) 508-6000
                                       Email: jon.sallet@coag.gov

                                       William F. Cavanaugh, Jr.
                                       PATTERSON BELKNAP
                                       WEBB & TYLER LLP
                                       1133 Avenue of the Americas
                                       Suite 2200
                                       New York, NY 10036-6710
                                       (212) 335-2793
                                       Email: wfcavanaugh@pbwt.com

```
APPEARANCES CONTINUED:

For Plaintiff
State of Nebraska:              Joseph Conrad
                               OFFICE OF THE
                               ATTORNEY GENERAL/NE
                               Consumer Protection Division
                               2115 State Capitol Building
                               Lincoln, NE 68509
                               (402) 471-3840
                               Email:
                               joseph.conrad@nebraska.gov


For Defendant Google:           John E. Schmidtlein
                               Aaron Philip Maurer
                               WILLIAMS & CONNOLLY LLP
                               680 Maine Avenue, SW
                               Washington, D.C. 20024
                               (202) 434-5000
                               Email: jschmidtlein@wc.com
                               Email: amaurer@wc.com

                               Wendy W.H. Waszmer
                               WILSON SONSINI
                               GOODRICH & ROSATI, PC
                               1301 Avenue of the Americas
                               40th Floor
                               New York, NY 10019
                               (212) 497-7702
                               Email: wwaszmer@wsgr.com


Court Reporter:                 William P. Zaremba
                               Registered Merit Reporter
                               Certified Realtime Reporter
                               Official Court Reporter
                               E. Barrett Prettyman CH
                               333 Constitution Avenue, NW
                               Washington, D.C. 20001
                               (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

- - -

INDEX OF EXHIBITS

- - -

| PLAINTIFF'S | ADMITTED |
|---|---|
| PSX812 | 4683 |
| PSX436 | 4693 |
| 1195 | 4705 |
| UPXD102 | 4798 |

- - -

WITNESS INDEX

- - -

| WITNESSES | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| PLAINTIFF's: | | | | |
| AMIT VARIA | 4683 | 4717 | 4755 | |
| MICHAEL WHINSTON | 4758 | | | |

- - -

INDEX OF EXHIBITS

- - -

| DEFENDANT'S | ADMITTED |
|---|---|
| 5252 | 4754 |

P R O C E E D I N G S

1

2          COURTROOM DEPUTY:  All rise.  The Honorable

3   Amit P. Mehta presiding.

4          THE COURT:  Good morning, everyone.  Please be

5   seated.

6          COURTROOM DEPUTY:  Good morning, Your Honor.

7   This is Civil Action 20-3010, United States of America,

8   et al., versus Google LLC.

9          Kenneth Dintzer for the DOJ.

10          William Cavanaugh on behalf of Plaintiff States.

11          John Schmidtlein on behalf of Google.

12          THE COURT:  Good morning, everyone.  Good morning.

13          MR. CAVANAUGH:  Good morning, Your Honor.

14          THE COURT:  Mr. Cavanaugh.

15          All right.  So I understand we're going to begin

16   with Mr. Varia this morning.

17          MR. CAVANAUGH:  Yes.

18          THE COURT:  Let's bring him in and proceed.

19          MS. BELLSHAW:  Your Honor, just a brief

20   housekeeping.  My colleague inadvertently didn't move in

21   PSX812 yesterday during the exam of Mr. Chang, and we'd just

22   like to move it in now.

23          THE COURT:  All right.  We'll accept that subject

24   to the standing objections from both sides.

25          MS. BELLSHAW:  Thank you, Your Honor.

4683

 1                               (Plaintiffs' Exhibit PSX812
                                 received into evidence.)

 2

 3          MR. CAVANAUGH:  Your Honor, Plaintiff States call

 4    Amit Varia.

 5          COURTROOM DEPUTY:  Before you have a seat, could

 6    you please raise your right hand.

 7          (Witness is placed under oath.)

 8          COURTROOM DEPUTY:  Thank you.

 9          THE COURT:  All right.  Mr. Varia, welcome.

10    Mr. Cavanaugh.

11          MR. CAVANAUGH:  May I approach?

12          THE COURT:  You may.

13          MR. CAVANAUGH:  I come bearing a binder and water.

14          THE WITNESS:  Thank you.

15                         -  -  -

16    AMIT VARIA, WITNESS FOR THE PLAINTIFFS, SWORN

17                         DIRECT EXAMINATION

18    BY MR. CAVANAUGH:

19      Q    Good morning, Mr. Varia.

20           You're employed by Google?

21      A    Yes.

22      Q    And you've been employed there since 2011?

23      A    Yeah.

24      Q    Your current position, you're a group product

25    manager, director of product management?

1    A    Director of product management, yes.

2    Q    Okay.

3         You started at Google as a technical account

4    manager responsible for managing what was then DoubleClick

5    Search customer relations?

6    A    Yes, I did.

7    Q    In 2013, you became a product manager?

8    A    Yes, I did.

9    Q    Was that also for DoubleClick Search?

10   A    Yes, it was.

11   Q    And your responsibilities as a project manager,

12   you were part of a team responsible for defining product

13   requirements and strategy for a portion of DoubleClick

14   Search?

15   A    Yes, I was.

16   Q    And DoubleClick Search was ultimately renamed

17   SA360?

18   A    Yes, it was.

19   Q    Around July of 2018, you were promoted to senior

20   product manager for the SA360 product?

21   A    Yes.

22        I'm sorry, I was just remembering if it was senior

23   or group product manager.  I think it was senior, yes.

24   Q    Okay.

25        And in that new position, you were responsible for

4685

1    managing the SA360 product managers and overseeing the SA360

2    product, correct?

3        A    Yes.

4        Q    Okay.

5             Around October 2020, you were promoted to group

6    product manager for SA360?

7        A    Yes, I was.

8        Q    And your jobs didn't differ much from when you

9    were the senior product manager in terms of your

10   responsibilities?

11       A    Correct.

12       Q    And then in October 2021, you were promoted to

13   group product manager responsible for the Android Privacy

14   Sandbox?

15       A    It wasn't a promotion, it was just -- I was

16   transferring roles.

17       Q    Kind of a lateral move?

18       A    Yes.

19       Q    And at that point, did your responsibilities for

20   SA360 end?

21       A    Yes, it did.

22       Q    Let me ask you to turn in your binder to PSX436.

23       A    Okay.

24       Q    And this is a promotional -- I'm showing -- a

25   promotional packet that you put together in August of 2020?

4686

1    A    Just give me one moment to peruse it.

2    Q    Sure.

3    A    Yes, it was.

4    Q    And I'm going to be referring to particular pages,

5    and I'll use the Bates number in the bottom right-hand

6    corner.

7    A    Okay.

8    Q    Do you see that?

9    A    Yes, sir.

10    Q    So let's start with the first page, page 266.  You

11    refer to your role as product lead for SA360?

12    A    I do.

13    Q    And as the product lead, you state you're

14    "responsible for our strategy, (vision, roadmap) with

15    contributions from product managers on my team and 15 plus

16    product managers across the BP organization."

17         What's BP?

18    A    At that time, BP was -- it stood for buy-side

19    platforms, which was the name of the group that I worked

20    with.

21    Q    And SA360 was within that buy-side group?

22    A    Yes, it was.

23    Q    If you turn to the next page, 267.

24    A    Yep.

25    Q    At the top, you identify conversions.  "Reporting

1    and optimizing on conversions," to quote you -- "is the

2    largest value proposition for your product"?

3         A    Yes, that's what it says.

4         Q    And the product you're referring to there is

5    SA360?

6         A    I -- yes, I believe I was, yeah.

7         Q    Okay.

8              And under that, you note, "Solved how to meet

9    SA360's more restricted contractual requirements regarding

10   conversions by partnering closely with the conversions

11   team," correct?

12        A    Yes.

13        Q    What was that contractual restriction?

14        A    It's been a while since I've been on SA360, so

15   I don't -- I think at that time there -- I think in this

16   document, I was referring to the terms of use that we have

17   for SA360 and data within it, compared to other products

18   within BP.

19        Q    Okay.

20             If we can turn down to the column -- the heading

21   you have, "Maintaining Search Ads 360."

22        A    Yes.

23        Q    You state, "Search Ads 360, our enterprise search

24   ads buying product, is the primary interface used by

25   customers representing," and then, sir, Google's requested

1    that certain numbers be treated as confidential.

2        A    Okay.

3        Q    So I'm not going to use the actual number.  I'd

4    ask you not to use the actual number, okay?

5        A    Sure.

6        Q    So you say, "By customers representing X dollars

7    in Google Ads' annual revenue"; is that correct?

8        A    Yes.

9        Q    All right.

10            And when you prepared this promotional packet, you

11    went through numbers to make sure you were providing

12    accurate information?

13       A    To the best of my ability, yes.

14       Q    And you go on to say, "It's clearly No. 1 in the

15    product space."

16            And by "product space," you're referring to SEM

17    tools?

18       A    Yeah, I believe -- yes, I was.

19       Q    And then you go on to provide what you meant by

20    that, "(X share of wallet)."

21            And by "wallet," you were referring to the dollars

22    spent by advertisers?

23       A    So here I was referring to kind of the -- my

24    understanding kind of from the data I had available to me on

25    kind of the spend that was going through our product.

1      Q    As a percentage of what was going through the

2  other SEM tools, correct?

3      A    So I didn't know what was going through the other

4  tools.  I was using the information I had from within

5  Google.

6      Q    I understand that, but you were providing an

7  estimate of what you believed the percentage was of Google's

8  share of advertising spend that was going through SEM tools,

9  correct?

10     A    Yes -- yeah, it was the share of Google ad spend

11 that I had access to that was going through -- that was

12 going through SEM tools.

13     Q    If we could go down to the second bullet point

14 under the heading "Maintaining Search Ads 360."

15          THE COURT:  I'm sorry, could we just get

16 clarification --

17          MR. CAVANAUGH:  Sure.

18          THE COURT:  -- Mr. Cavanaugh?

19          The percentage here, is that -- I think what

20 Mr. Cavanaugh is trying to get at, is that your estimation

21 of SA360's market share with respect to all SEM tools and

22 advertising placed through SEM tools?  Including your

23 competitors?

24          THE WITNESS:  So to -- the challenge with that was

25 there was a variety of non-Google ad spend going through SEM

4690

```
 1    tools.  So that was stuff I didn't have access to.
 2           So with the information kind of -- as I was
 3    putting together my promo packet, I was just using the
 4    information within Google that I had.
 5           So it wouldn't represent the -- it wouldn't
 6    represent anything like market share or anything like that
 7    because there was a variety of spend outside of Google that
 8    was also going through these tools.
 9           THE COURT:  So this percentage here is the
10    percentage of SA360 ad spend that went through Google Ads.
11           THE WITNESS:  So I think it -- I think it would
12    have been --
13           THE COURT:  That was placed in Google Ads.
14           THE WITNESS:  It would have been Google ad spend
15    going through SA360 and other SEM tools.
16           THE COURT:  Okay.  I get it.  I think I
17    understand.  Thank you.
18    BY MR. CAVANAUGH:
19       Q    So if I could just follow up.
20           So the X percent share you're noting here was the
21    percent of Google Ads spend that goes through SA360?
22       A    Google ad spend that was going through SEM tools,
23    78 percent -- I believe at this time when I was writing it,
24    it was something like 78 percent was going through SA360.
25           THE COURT:  In other words, ad spend that goes
```

1    through SEM tools to Google, that percentage was coming

2    through SA360?

3            THE WITNESS:  Yeah.

4            So there was also ad spend that was not going

5    through SEM tools that was not reflected in this number.

6            THE COURT:  Yeah.  I think we understand.

7            MR. CAVANAUGH:  Thank you.  I think we got it.

8    BY MR. CAVANAUGH:

9        Q    Now, the next bullet point you have, "Drive

10   auction-time bidding (AKA MYX) adoption from single digit to

11   X percent."

12           There you're referring to -- and MYX was the

13   effort by Google to integrate the auction-time bidding

14   feature in Google Ads into SA360, correct?

15       A    Yes, into SA360 bid strategies, yeah.

16       Q    And so in terms of advertiser adoption of that

17   auction-time bidding feature through SA360, grew from single

18   digits to the X percent you have there, correct?

19       A    I'm sorry, could you ask that question one more

20   time.

21       Q    Sure.

22           The percentage that you're reflecting here is the

23   percentage of, within SA360, the utilization of Google Ads

24   auction-time bidding feature?

25       A    Yes, it was the adoption of the auction-time

4692

```
 1    bidding capability within SA360 bid strategies.
 2            So prior to MYX, customers who were using those
 3    bid strategies would be using our intraday bidding, so this
 4    was reflecting those customers who had migrated from using
 5    our intraday bidding over to using auction-time bidding.
 6    Q    And so this is -- I mean, we've had testimony that
 7    Project MYX resulted in the integration of auction -- the
 8    auction-time bidding feature into SA360 in September of
 9    2019, and you did this promotional packet in August of 2020.
10            So in roughly a year, it had grown from single
11    digits to X percent?
12    A    Not necessarily.
13            Prior to our blog post in 2019, we had entered
14    what we had called open beta.  Open beta was where customers
15    of ours, hundreds of advertisers, were able to choose to
16    participate in the beta, in the program and then start
17    adopting.  So adoption happened, could have started well
18    before that.
19    Q    Through limited beta testing?
20    A    So we had a closed beta testing period where we
21    would select the partners based on criteria, and then we
22    entered open beta.  So then open beta was where any customer
23    who was interested in testing could request to join.
24    Q    If you could turn to 268.
25            You note -- you ran point for product during
```

4693

1    escalation with Microsoft, including negotiation strategy

2    and leading to a rapid planning exercise across 10 teams in

3    BP -- and BP again stands for?

4        A    Buy-side platform.

5        Q    Buy-side platform.

6             And what was that exercise?

7        A    That exercise included -- so I don't remember all

8    of the specifics, but we were evaluating a variety of things

9    like cost, complexity, and effort that would be needed to --

10   you know, for certain features that we were evaluating

11   during this.

12       Q    Let me ask you to turn to 270.

13            MR. CAVANAUGH:  Your Honor, I've been reminded

14   I didn't move to admit PSX436.  It was not already in

15   evidence.

16            MS. WASZMER:  Good morning, Your Honor.

17   Wendy Waszmer for Google.  No objection.

18            THE COURT:  Thank you, Ms. Waszmer.

19            It will be admitted.

20                              (Plaintiffs' Exhibit PSX436
                                  received into evidence.)
21

22   BY MR. CAVANAUGH:

23       Q    So, Mr. Varia, we're on page 270.

24       A    Yes.

25       Q    You state, "In mid-2018, I became the product lead

1   for Search Ads 360 and have maintained and grown that

2   business:  Grew managed spend from X percent -- X dollars to

3   Y dollars."  Correct?

4        A    Yes.

5        Q    Okay.

6             "And grew adoption of auction-time bidding, our

7   most critical feature, from single digits to X percent."

8        A    Yes.

9        Q    And you believed at that time that auction-time

10  bidding was your most critical feature, correct?

11       A    So at that time, yeah, what I meant by critical

12  was that it was one of our top customer priorities.  And so

13  something that customers were regularly asking about and

14  interested in.

15       Q    You also note in that same paragraph, you had

16  "secured 15 additional head count to address a highly

17  sensitive and confidential escalation from Microsoft to

18  enhance our feature support," correct?

19       A    Yes, I said that.

20       Q    Was that engineering assistance?

21       A    I don't recall what all 15 were, but it was mostly

22  engineering, yes.

23       Q    And part of that was evaluating integrating

24  Microsoft's auction-time bidding feature into SA360?

25       A    We had already been evaluating it prior to

4695

```
 1    securing this head count.  But -- and I don't recall if we
 2    specifically used this head count for auction-time bidding.
 3         Q    You don't know one way or the other whether you
 4    did?
 5         A    With this head count, no, but prior to this, we
 6    were already evaluating auction-time bidding.
 7         Q    Then if you could look -- hold on one moment.
 8              Turn to 272.  Under SA360, you note you weathered
 9    COVID and maintained healthy business metrics, and then you
10    refer to the dollar number you referenced in the prior page,
11    correct?
12         A    Yes, it looks like that.
13         Q    And what is ARR?
14         A    That would stand for annual run rate.
15         Q    And then you refer to the X percent MYX adoption,
16    that's the adoption of auction-time bidding and the
17    percentage you referred to earlier?
18         A    I believe so, yeah.
19         Q    And then in bold, you have navigated new and
20    unexpected legal risks.
21              That referred to the investigation undertaken by
22    the States and the Department of Justice?
23              MS. WASZMER:  Counsel, if the witness can answer
24    without disclosing legal information, I have no objection.
25    But I just want to caution that the witness not disclose
```

4696

```
 1    privileged information.

 2                 MR. CAVANAUGH:  I'm simply asking his

 3    understanding, Your Honor.

 4                 THE COURT:  That's fine.  He can answer it.

 5                 THE WITNESS:  If I recall -- yeah, I recall,

 6    I think this was just referring to the Microsoft escalation.

 7                 THE COURT:  Sorry to interrupt.

 8                 Can I just confirm, I think you said this, but

 9    this was prepared in September of 2020?

10                 THE WITNESS:  I don't have the exact date of

11    when -- or the period, but...

12                 MR. CAVANAUGH:  Your Honor, my notes indicate

13    August, but I'm looking for a specific...

14                 THE WITNESS:  Yeah.

15                 MR. CAVANAUGH:  And I think the witness agreed

16    with that, but...

17                 THE WITNESS:  It would have been for a promotion

18    I was applying for in the fall of 2020.

19                 THE COURT:  Got you.

20                 Okay.  I just wanted to place this in time.

21    BY MR. CAVANAUGH:

22        Q    So in the normal cycle of things you would have

23    prepared this in the August time period for a potential fall

24    promotion?

25        A    I don't remember kind of a specific range.  It
```

4697

```
 1    would some -- it would start sometime before the fall

 2    promotion period, which back in 2020, I don't remember when

 3    it actually started.

 4        Q    Okay.  Do you recall about when you opened and

 5    closed the beta testing for Project MYX?

 6        A    Are you referring -- I mean, there was a closed

 7    and an open beta for MYX.  Unfortunately, it was too far

 8    back for me to recall the periods where that happened.

 9        Q    Could you turn to PSX1110.

10             This is an email at the top from Ms. Lin Liao to

11    you, correct?

12        A    Yes.  If you don't mind, just one minute to

13    refresh myself on this.

14        Q    Sure, of course.

15        A    Okay.  Thank you.

16             Sorry, can you ask the question again, please.

17        Q    Sure.

18             This is emails -- the emails reference -- the

19    subject matter is "Draft H1, 2020, SA360 roadmap proposal

20    with details"?

21        A    Yes.

22        Q    Correct?  Okay.

23             And if we look down on November 26th, 2019,

24    there's an email from you, which you wrote, "What are the

25    most painful cuts?"
```

4698

```
1              And then did you provide that overview.

2              Or is that Ms. Sanan, S-a-n-a-n?

3         A    Yeah, I believe Shibani had, or Ms. Sanan had sent

4    an email prior in this thread, asking what were the most

5    painful cuts, and so my response -- it was in response to

6    her question.

7         Q    Okay.

8              And this is your response, correct?

9         A    This was -- yes, this would be my response.

10        Q    All right.

11             And under that, the second bullet point, you

12   identified Bing RSA and Bing LIA, correct?

13        A    Yes, I do.

14        Q    And those were being cut?

15        A    Those features would have been out for that

16   planning cycle and considered for future cycles.

17        Q    All right.

18             And just so we're clear when you refer to the H1,

19   2020, SA360 roadmap, that's for the first half of 2020,

20   correct?

21        A    Yes.

22        Q    And that's why you would be working on it in late

23   2019, correct?

24        A    This is discussing kind of our planning -- our

25   prioritization process and the screenshot on the following
```

4699

```
1    page of outlining where we are with our planning.
2         Q    Right.
3              And the goal was to have the plan in place
4    obviously by the beginning of 2020, right?
5         A    It's definitely -- it was definitely -- it was
6    usually desirable for us to have it ready by then.  Our
7    planning cycle sometimes would spill into the next year,
8    though.
9         Q    But that's certainly not the goal?
10        A    It would -- yeah, it would not be our goal, but it
11   can happen.
12        Q    Okay.
13             And underneath that, you say, "There is a real
14   risk of escalation from Microsoft."  Correct?
15        A    Yes, I said that.
16        Q    And that was if you made these cuts, you thought
17   Microsoft would object to it, right?
18        A    Yeah, I think it was just a risk of escalation
19   from Microsoft.
20        Q    Underneath that, you state, "There is good
21   news" -- or, sorry.
22             "The good news is we did bring in other high
23   prio" -- you meant priority, right?
24        A    Yes, priority.
25        Q    -- "high priority requests (DSA
```

4700

```
1    management/optimization, Bing auction-time bidding
2    testing)."
3             Correct?
4    A    Yes, and sonic migrations.
5    Q    Right.
6             And so you were -- in auction-time bidding
7    testing, you were referring to the testing that you were
8    having discussions with Microsoft on in this November time
9    period, right?
10   A    I believe here we're referring to kind of the
11   initial explorations of what auction-time bidding, Bing
12   auction-time bidding within SA360 bid strategies would look
13   like, yeah.
14   Q    And you thought that was good news, right?
15   A    I mean, I don't recall the specifics at that time,
16   but it does say that here.
17   Q    Now, at this time, Google was also proceeding with
18   Project Amalgam, right?
19   A    At this time we were, yes.
20   Q    And that was the introduction of a new SA360?
21   A    Yeah, Project Amalgam was redesigning the platform
22   on which we build the product.  So we would call it
23   something like a replatforming of the product.
24   Q    And that was introduced in February of 2022, if
25   I'm recalling correctly?
```

1       A    I'd left the team by then, but I do recall there

2   was a blog post about it.

3            MR. CAVANAUGH:  Your Honor, I should have noted,

4   this Exhibit 1110 is already in evidence.

5   BY MR. CAVANAUGH:

6       Q    Can you turn to PSX462.

7       A    Okay.

8            MR. CAVANAUGH:  And, Your Honor, this is already

9   in evidence.

10  BY MR. CAVANAUGH:

11      Q    So if you start at the top, there's an email from

12  a Jim La Force to Ryan Krueger.

13           Did Mr. Krueger report to you at this point?

14      A    Ryan Krueger did not.

15      Q    Was he within the group that reported to you?

16      A    No, he did not.

17      Q    But you worked with Mr. Ryan Krueger from -- from

18  time to time?

19      A    Yes, I did.

20      Q    And his brother, Jason Krueger, reported to you?

21      A    Jason did report to me for a period.  I don't know

22  if he -- I don't recall if he was at this point.

23      Q    And on January 8th, 2020, Mr. Krueger had received

24  an email from Jim La Force at Microsoft in which Microsoft

25  stated, "We are ready to start in the recruitment of

1   customers for the Floodlight/auction-time bidding testing

2   between SA360 and Microsoft Ads," correct?

3       A    Yes, that's what it says.

4       Q    And Mr. Krueger then, if you look to the bottom,

5   sent that email to you, right?

6       A    Yes, he did.

7       Q    And he proposes "For now, I'll reply back and let

8   them know to hold off on outreach to customers until the

9   roadmap is shared with them."  Correct?

10      A    Yes.

11      Q    All right.

12           And he also said he thought they'd be able to let

13  them know early next week, right?

14      A    Sorry.

15           I think he's saying ideally, we should get back to

16  them by -- with our roadmap by end of next week.

17      Q    And if you look at the bottom email, that is

18  Mr. Krueger then reported to Mr. La Force, "The team is

19  still working on the roadmap, so we have not yet started

20  working through any specific requirements and scope of this

21  effort," right?

22      A    Yes, that's what he said.

23      Q    Okay.

24           But, in fact, the decision had been made at that

25  point not to go forward with it -- with that auction-time

4703

1    testing project, correct?

2         A    No, I don't think so.

3         Q    Now, did you -- we don't see an email in which you

4    advise Mr. Krueger whether you agreed or disagreed with his

5    proposed approach to -- his proposed response to Microsoft,

6    correct?

7         A    In this email thread, you're asking?

8         Q    Yes.

9         A    I did not respond, no.

10        Q    Okay.

11             Might you have used Google Chats to correspond

12   with Mr. Krueger about how to respond to Microsoft?

13        A    I don't know if I was -- if I'd use Google Chat

14   for this.

15        Q    Okay.

16             If you could turn to PX3023.

17             Okay.

18             This is a declaration you submitted in this

19   matter?

20        A    Just give me one second.

21             Okay.  Thank you.

22             Yes, it is.

23        Q    And am I correct that between May 1 -- let me make

24   sure I have my dates right -- from May 1, 2019, to February

25   2023, your typical practice was to have the default setting

```
 1   for one-on-one and informal group conversations on Google

 2   Chat set to history off?

 3        A    Yeah, I was relying on the default setting Google

 4   Chat had.

 5        Q    All right.

 6             And so given those dates, you continued to do that

 7   after you had received a legal hold notice in March of 2021,

 8   correct?

 9        A    Yes, I was relying on the default settings.

10        Q    Now, you state in your declaration, "As a general

11   matter, my practice is to engage in substantive

12   communications via email, commenting in Google documents,

13   and live communications," correct?

14        A    I apologize.  Where --

15        Q    Paragraph 3.

16        A    Paragraph 3.

17             Yes, I said that.

18        Q    All right.

19             You go on to state, "I use Google Chat primarily."

20             Primarily doesn't mean -- what was that,

21   60 percent of the time, 55 percent of the time?

22        A    I mean, it's hard for me to quantify that.  It was

23   just -- it was what I was typically or primarily using.

24        Q    If we could turn -- if you could turn to PX1195.

25        A    Yep.
```

4705

```
 1        Q    This is an example of a Google Chat you had with

 2   Jason Krueger, and this comes from February 10, 2021,

 3   correct?

 4        A    Yes, this appears to be a Google chat with me and

 5   Jason.

 6             MR. CAVANAUGH:  Your Honor, we would offer 1195

 7   into evidence.

 8             MS. WASZMER:  No objection.

 9             THE COURT:  It will be admitted.

10                              (Plaintiffs' Exhibit 1195
                                     received into evidence.)
11

12   BY MR. CAVANAUGH:

13        Q    And if you turn to the second page, Bates 665.

14        A    Yes.

15        Q    You're having a discussion with Mr. Krueger

16   regarding the performance -- performance gains of

17   Project MYX.  If you look at the fifth item down.

18        A    So can you give me one moment to familiarize

19   myself?

20        Q    Sure.

21        A    Okay.  Thank you.

22             Sorry, can you repeat the question?

23        Q    Sure.

24             You're discussing in this chat the performance

25   gains of Project MYX?
```

4706

1      A    I believe we're discussing a specific feature

2   request for consideration to add to MYX -- or add to our

3   SA360 bid strategies.

4      Q    Right.

5           And that had to do with the issue of forecasting

6   and what impact that might have on Project MYX?

7      A    A forecasting feature for our advertisers to help

8   them understand kind of what kind of results to expect from

9   their bid strategy is what we were -- yeah, we were

10  discussing a forecasting feature and, you know, where that

11  was in customer priorities.

12     Q    Right.

13          And if you look down, Mr. Krueger was noting --

14  Mr. Jason Krueger was noting that, but it could -- "But it

15  could result in losing trust in what SA360 is doing."

16     A    Sorry, I'm trying to see where that is.

17     Q    It's about eight up from the bottom.

18     A    Right, and compare -- yeah, I believe here he's

19  talking about in comparison to capabilities that are

20  intraday bidder offers with us at 360 bid strategies.

21     Q    And so these are illustrative of the type of

22  communications you had with your colleagues through Google

23  Chat, correct?

24     A    I don't know if I would say illustrative, but this

25  is a chat we had, yes.

1    Q    It's certainly discussing a substantive business

2  issue?

3    A    This is discussing a feature that was part of our

4  prioritization process.

5         So I don't know if I would consider it substantive

6  since we were also discussing it in other places, like our

7  roadmap sheet.

8    Q    But here you were discussing a substantive

9  business issue.  That's my only question, sir.

10   A    I don't -- I guess if you could help me understand

11 what -- when you -- when you're saying "substantive."

12   Q    Well, you were discussing an added potential

13 feature for SA360?

14   A    We were -- yeah, I would say we were discussing

15 the -- we were just doing follow-up on some analysis that --

16 oh, I see.

17        So here, we were just trying to understand the

18 cost of that feature.  So as part of our prioritization

19 process, we oftentimes have to consider the engineering cost

20 a feature might have, so we were discussing just if we had

21 gotten those numbers to get into the sheet for our roadmap

22 planning.

23   Q    If you could turn to PX431.

24        Sorry, one second.

25        This is an email between you and Mr. Krueger,

4708

1   Ryan Krueger, February 20th, 2020, correct?

2        A    Give me one moment to familiarize.

3        Q    Sure.

4        A    Okay.

5             Yes, this is -- sorry, what was the question?

6        Q    And this is an email, emails between you and

7   Mr. Ryan Krueger, about how to respond to Microsoft

8   regarding the auction-time bidding testing, correct?

9        A    I mean, it's more of a -- it's -- it's capturing

10  the common thread we are having in a Google document.

11  I think Google Docs sends that as an email too.

12       Q    Okay.

13            But what you were discussing was, what are we

14  going to say to Microsoft, right, because you had decided to

15  cancel the test?

16       A    We hadn't decided to cancel it.  We were deferring

17  it from -- I think right now, we were deferring it from the

18  H1, 2020 cycle, and we're going to reconsider it for future

19  cycles.

20            And then here, we were discussing, you know,

21  informing Microsoft about that.

22       Q    So you were canceling it for the H1, 2020 period?

23       A    I mean, yeah, we were deferring it, yeah.

24       Q    And it wasn't done in H2, 2020, was it?

25       A    We -- no, we had not.

4709

1      Q    Now, if you look at what Mr. Krueger was proposing

2  to say, which Google has redacted, there's no reference

3  there to any resource constraints as a reason for deferring

4  the test?

5      A    Let me see here.

6           MR. CAVANAUGH:  Your Honor, 431 is already in

7  evidence.

8           THE WITNESS:  I mean, he's referring to some

9  missing features on the Microsoft side, which, you know, our

10  teams would have needed to work around to be able to -- or

11  to be able to kind of -- to make this work.  So it was

12  increasing the complexity.  So, you know, some of the

13  features here he's referring to kind of were adding to

14  complexity on our resources.

15  BY MR. CAVANAUGH:

16     Q    But that really wasn't my question.

17          My question was, there was no proposal to say back

18  to Microsoft, We don't have the resources for this, correct?

19     A    Yeah, I would say kind of in the draft we were

20  putting together, we weren't referring to our resources, but

21  that didn't mean we didn't -- that our resources were

22  available.

23     Q    All right.

24          And what was actually sent -- well, you -- you

25  edited what Mr. Krueger had drafted, and that's what -- you

4710

1    said, "I'm hoping we can reduce this section down.  Here's

2    what I was thinking."

3            And what follows is what you were thinking,

4    correct?

5        A    What follows is a suggestion I made to Ryan, yes.

6        Q    And that first sentence is what was adopted,

7    correct, by Mr. Krueger in his communication to Microsoft?

8        A    I would need to double-check what was actually

9    sent in that email.  I don't recall it.

10       Q    Okay.

11       A    Yeah, this here was my suggestion.

12       Q    Let me ask you to turn to PSX450, which is already

13   in evidence, Your Honor.

14       A    Okay.

15       Q    The heading is "SA360 Strategy for 2020+."

16           Are you familiar with this document?

17       A    I recall putting something -- I recall this

18   document but not really the specifics of it.

19       Q    All right.

20           You drafted this document, correct?

21       A    Yes, I did.

22       Q    And, again, Google's requested some redactions on

23   this as it relates to specific numbers, so you and I need to

24   avoid mentioning the specific numbers.

25           So go to the -- you say, SA -- in the second

1    paragraph, "SA360 has served to disintermediate 3P SEM

2    tools, which, at the beginning of the previous decade, were

3    on track to become the primary interface by which customers

4    would buy Google Ads search."

5          And by "disintermediate," you mean essentially

6    that SA360 had replaced other SEM tools as the means by

7    which advertisers would utilize Google Search ads, correct?

8    A    I don't recall specifically what I was meaning by

9    "disintermediate" here in this document.  I think I was just

10   trying to capture some of my thoughts.  I don't even know

11   how much I shared this document to others.

12         But, you know, generally when I talk about

13   disintermediate, you know, I'm just referring to, you know,

14   SA360 becoming the tool that advertisers want to use.

15   Q    You then go on to say, "Over the last decade,

16   SA360 has grown from less than X percent of the SEM tool

17   space to Y percent."

18         Now, that is a market share reference, is it not,

19   sir.

20   A    So, again, here, would have been using the data

21   and the tools I have within Google, so it would have been

22   similar to kind of what I had mentioned kind of in the

23   previous -- previously.

24   Q    Well, you said, "Over the last decade, SA360 has

25   grown from less than 10 percent of the tool space," so we're

 1    working in the tool space, and you're saying, "At one point

 2    we had less than X percent and now we have 80 -- now we have

 3    Y percent of that tool space."  That's what you were

 4    communicating, correct?

 5         A    Again, this was a document I kind of wrote for

 6    myself to gather my thoughts, so kind of the wordsmithing

 7    and kind of the accuracy of some of my statements, I

 8    hadn't -- I hadn't really edited for.  So, you know, here

 9    again, I'm referring to kind of similar kind of metrics that

10    I was referring to in my promo packet.

11         Q    Well, you go on to say, under SEM tool landscape,

12    you go on to say, "SA360 represents Y percent of the 3P SEM

13    tools," correct?

14         A    Yes, I say that here.

15         Q    And then you go on in the parenthetical to

16    identify your competitors in the SEM tool space, right?

17         A    I mention a couple of -- yeah, I mention -- so I'm

18    mentioning just some of the other SEM tools I'm aware of.

19         Q    Now --

20              THE COURT:  I'm sorry.

21    BY MR. CAVANAUGH:

22         Q    -- as of --

23              THE COURT:  Sorry.  Quick question.

24              What does the 3P stand for before SEM?

25              THE WITNESS:  3P stands for third party.  It was

1    just a common way of describing things.  We would say

2    third-party SEM tools.

3    BY MR. CAVANAUGH:

4        Q    And so when you're referring to 3P, you're

5    referring to Kenshoo, Marin, Adobe, right?

6        A    It's hard for me to comment on this doc since it

7    was a draft and just me organizing my thoughts.  So, you

8    know, the accuracy of this something that I'm not --

9        Q    I'm just asking you, when you're referring to

10   third parties, third-party SEM tools, then the

11   parenthetical, you then identify your competitors in that

12   space, right?

13       A    Yeah, I think I had listed some of the -- I had

14   listed some of the SEM tools I'm familiar with.

15       Q    All right.

16            And as of the second quarter of 2021, the global

17   spend that goes through SA360, in your view, approximately

18   85 to 90 percent went to Google Ads?

19       A    I'm sorry, can you -- what period of time was it?

20   You said 2021?

21       Q    Yes, second quarter.

22       A    Sorry.

23            I would need to see the -- it would help me if I

24   had the numbers in front of me to recount that specific

25   period, but at some points, yes, spends fluctuate, share

1    spend fluctuates, but that could -- that definitely could --

2    that could be the case at some point.

3        Q    Okay.

4             Let me ask you --

5             MR. CAVANAUGH:  Your Honor, may I approach?

6    BY MR. CAVANAUGH:

7        Q    Mr. Varia, let me see if I can refresh your

8    recollection on this.

9             You gave a deposition in this matter?

10       A    Yes, I did.

11       Q    And if you look, that was on August 12th of 2021,

12   correct?

13       A    Yes.

14       Q    And let me ask you to turn to page 30.

15       A    Yes, I'm there.

16       Q    Line 15.

17            You were asked the question:  "Of the spend that

18   goes through SA360 for all engines, approximately how much

19   of it goes to Google Ads?"

20            And then there's some colloquy.

21            And if you turn to the next page, you were asked

22   the question:  "For the most recent period of which you are

23   aware, what is that number?"

24            And then you answered:  "Most recently, I have

25   looked at the prior quarter."

1              So that would be the second quarter of 2021?

2     A    Yes.

3     Q    If you're testifying in August, the second quarter

4     would be -- that would be the prior quarter, right?

5     A    Yeah, yeah, that would be.

6     Q    Okay.

7              And you say:  "That was approximately between 85

8     to 90 percent globally."  Correct?

9     A    Yes.

10    Q    All right.

11             Does that refresh your recollection that as of

12    second quarter of 2021, 85 to 90 percent of the spend that

13    went through SA360 went to Google Ads?

14    A    Yeah, so here I was saying -- yeah, it was

15    approximately between 85 to 90 percent globally, yeah.

16    Q    And would you agree with me that, given that

17    percentage, that may well influence advertisers when they're

18    focusing on what features and improvements they want to see

19    in SA360?

20    A    Yeah, I would -- I mean, without speculating on

21    kind of what drives their priorities, kind of -- it does

22    make sense that, you know, their priorities would be driven

23    by where they can get the best impact or most impact and

24    value.

25    Q    So with 85 percent to 90 percent of the business

4716

 1    going to Google Ads, it wouldn't surprise you that most of

 2    the feature comments requests would all relate to Google

 3    Ads, right?

 4         A    I mean, so this would be a reflection of how

 5    advertisers are spending their money, nothing in SA3.

 6              That said, we often got requests for a variety of

 7    features, Google Ads, Microsoft, other engines, as well as

 8    features that worked across engines.  So, you know, bid

 9    strategies, bulk editing, rules, a lot of those things.

10              So the set of their priorities kind of evolved

11    over time, quarter by quarter.  So, yes.

12              MR. CAVANAUGH:  Nothing further, Your Honor.

13    Thank you.  Pass the witness.

14              THE WITNESS:  Thank you.

15              THE COURT:  Okay.  Ms. Waszmer.

16              MS. WASZMER:  Thank you, Your Honor.

17              We'll just have a minute to hand some binders out.

18              And, Your Honor, may I approach?

19              And, Your Honor, just to give a time estimate,

20    I think Mr. Cavanaugh was just about an hour, I'll be that

21    or less.

22              THE COURT:  Okay.

23

24

25

                            - - -

                       CROSS-EXAMINATION

BY MS. WASZMER:

     Q     Good morning, Mr. Varia.

     A     Good morning.

     Q     Thank you for being here.

           THE COURT:  Don't forget those, Mr. Cavanaugh.

           MS. WASZMER:  He needs to see my exhibits.

BY MS. WASZMER:

     Q     Mr. Varia, let me just ask you, I'm going to

address some of Mr. Cavanaugh's exhibits and then ask you

some related questions.

     A     Sure.

     Q     So would you be able to turn back to PSX1110 in

Mr. Cavanaugh's binder?

     A     Okay.

     Q     And just for the record, I believe that he'd asked

you about this email that is dated November 26th, 2019.

           Do you see that?

     A     Yes.

     Q     Okay.

           And I believe Mr. Cavanaugh asked you -- there's a

segment in the first part of the page that is a 1:44 p.m.

email where you have some responses.

           Do you see that?

4718

1          A     Yes.

2          Q     And I think he asked you about some painful cuts.

3     Do you recall that?

4          A     I do, yeah.

5          Q     The first bullet point, do you see the language

6     that says, "Google Analytics DDA reporting opt"?

7          A     Yes.

8          Q     Okay.

9                Was that a Google -- a Google feature?

10         A     So this would have been what we consider Google --

11    I'm sorry, a cross-engine feature.

12         Q     Okay.

13               And it's Google Analytics, it's a cross-engine

14    feature, is that accurate?

15         A     Right, DDA would allow them to apply different

16    types of attribution to conversions across their engines.

17         Q     And there's a bullet point underneath there that

18    says, "A top sales request for a few cycles now, so a

19    painful cut for the team."

20               And, Mr. Schliesske, I think we can put this up.

21    Thank you.

22         A     Yes, it says that.

23         Q     In your experience with SA360, did the SA360 team

24    have occasions to not include Google -- Google or Google Ads

25    features in SA360?

1          A     Yeah, that would happen quite often.  It would

2     just, kind of the resource constraints we operated under, we

3     always needed to prioritize kind of that which we could

4     fund.

5          Q     And I think Mr. Cavanaugh also asked you about the

6     bullet points right below, it says "Bing RSA and Bing LIA."

7                Do you see that?

8                THE COURT:  Ms. Waszmer, can I just ask a point of

9     clarification?

10                You said that this was across engines, that this

11     was a tool across engines.  Why did you mean by across

12     engines?

13                THE WITNESS:  Yeah, so Google Analytics was a --

14     I mean, is a pretty wide tool, but one aspect of it is

15     conversion tracking, so helping you know if somebody

16     converted on your site due to a search ads click or things

17     like that.

18                So many of our conversion features, like Google

19     Analytics, can apply to campaigns across engines.  So Google

20     campaigns, Microsoft campaigns, Yahoo!, you can apply -- you

21     can integrate that with Google Analytics if you want to.

22                And so when we refer to features like this, it is

23     that they work for each of the engines or across the engines

24     that we support.

25                THE COURT:  Thank you.

4720

1           THE WITNESS:  Yeah.

2           MS. WASZMER:  Okay.  Thank you.

3  BY MS. WASZMER:

4     Q     Just for the Court's understanding when it says

5  Bing RSA and Bing LIA, can you tell the Court what those

6  acronyms mean?

7     A     Yeah.

8           So RSA stands for responsive search ads.

9           And LIA stands for local inventory ads.

10    Q     And as of the time that you were leaving SA360,

11  I think Mr. Cavanaugh asked you about that, in 2021?

12    A     Yes.

13    Q     Okay.

14          Were RSA and LIA built into Amalgam, the new

15  platform?

16    A     They were -- so I left around October of 2021.

17  I think they were in the process of launching.  So they were

18  being built into Amalgam at that time.

19    Q     Okay.

20          And Mr. Cavanaugh asked you about another bullet

21  point right below that says, "The good news is we did bring

22  in other high prio requests."

23          Do you see that?

24    A     Yes.

25    Q     I just want you to look at that date,

4721

```
 1    November 26th, 2019, and I'm going to ask you to look at a
 2    document in the binder I just gave you, which has been
 3    marked PSX668.  And just take a moment to look at that.
 4              And, Your Honor, I believe this is already in
 5    evidence, PSX668.
 6    A     Give me one second.
 7          Okay.
 8    Q     Okay.
 9          And let's just keep up Mr. Cavanaugh's exhibit for
10    a second.
11          Looking at 668, do you see there's a same date on
12    this, November 26th, 2019?
13    A     Yes.
14    Q     Okay.
15          And just for the record, I'll come back to this
16    exhibit in a minute, but I want to keep Mr. Cavanaugh's
17    exhibit up.
18          What is the email that is 668?  What's happening
19    in this email, if you can look at it?
20    A     Sorry, give me one second here.
21          So this email was a follow-up to a meeting we had
22    in person with Microsoft, where they requested a variety of
23    features.
24          And it ends with Bashar informing them about our
25    prioritization process.
```

4722

1        Q    And so the email, Mr. Cavanaugh's email here,

2   where there's a -- you state, "There is a real risk of

3   escalations from Microsoft," and you describe high-prio

4   requests.

5            Do you recall if you were talking about the

6   dialogue you were having with Microsoft about their feature

7   requests?

8        A    Yes, I was.

9        Q    Okay.  You can put that down.

10           Let's go back to Mr. -- Mr. Cavanaugh also asked

11   you about PSX450.  So if you can turn back to that.

12           This was a document titled "SA360 Strategy for

13   2020+"?

14       A    Yes.

15       Q    And I'm just going to focus on the first page,

16   going on to the second page.

17           And, Mr. Schliesske, I think you can put the first

18   page up, and I'm going focus on the language at the bottom,

19   "Marin, Kenshoo, Adobe."

20           I believe Mr. Cavanaugh asked you about these

21   other SEM tools.  Do you recall that?

22       A    Yes, I do.

23       Q    There's some language at the bottom that describes

24   "Supporting more engine, especially FB and Amazon."

25           Do you see that?

1    A    Yes.

2    Q    Okay.

3         And there's a note here.  "SA360 does not

4    currently have access," and it goes on to the second page,

5    "to API tokens to build a native integration with those

6    engines."

7         At the time in 2020, was that accurate as to

8    SA360's capabilities?

9    A    Yes, it was.

10   Q    And do you know if, at that time, any of the, what

11   you were called -- what you refer to as third-party SEM

12   tools, or 3P SEM tools, did any of those SEM tools have the

13   ability for advertisers to buy or manage Facebook or Amazon

14   campaigns?

15   A    Yes, some of them did.

16   Q    And I believe the Court and Mr. Cavanaugh were

17   asking you about some language about share of wallet.

18   Do you recall that?

19   A    Yes.

20   Q    And in sum and substance, I think you were

21   explaining what data you did not have available in

22   calculating numbers.  Do you recall that?

23   A    Uh-huh.

24   Q    While you were at Google on SA360, did you have

25   access to, for example, if another SEM tool had Amazon or

4724

1    Facebook spend on the SEM stool, whatever percentage or

2    amount of spend, let's say on Marin, Kenshoo, or Adobe would

3    be Facebook or Amazon, do you have access to that data?

4         A    No, I wouldn't have had access to that data.

5         Q    I think we can put this down.  Thank you.

6              Okay.

7              Mr. Varia, I'm just going to step back and ask a

8    little bit of context.

9              Mr. Cavanaugh has asked some questions about

10   features and about how the tool operates, so I'm going to

11   ask you some more contextual questions.

12        A    Okay.

13        Q    We've been focused -- or the government's focused

14   on a period of time in November 2019, and I just want to

15   focus on that date for one minute.

16             From the time in November 2019 when Microsoft made

17   feature requests to you, until you left the product in 2021,

18   did Search Ads 360 ever refuse to build features for

19   Microsoft?

20        A    No, we never refused.

21        Q    And did there come a time in Project Amalgam --

22   which I think has been referred to as the new SA360

23   platform.  Did there come a time when SA360 launched new

24   features for Microsoft in Amalgam?

25        A    Yeah, we -- throughout the project, we were

1  building new features into it for Microsoft -- or for

2  Microsoft features.

3       Q    Okay.  Mr. Varia, I'm going to refer to another

4  exhibit in our binder, which has been marked PSX572.

5            MS. WASZMER:  And, Your Honor, I believe this is

6  also in evidence already.

7  BY MS. WASZMER:

8       Q    PSX572.

9       A    Okay.

10      Q    And we'll ask Mr. Schliesske to put this up on the

11  screen.

12           It's a very long list here, but I'm going to ask

13  him to highlight a name at the bottom of this list as you

14  read it.

15           Just have a look at that, and I'll ask you some

16  questions.

17      A    Yes.

18      Q    Okay.

19           Did you receive this email?

20      A    I did.

21      Q    And what is the date at the top of the email?

22      A    November 12th, 2021.

23      Q    And the name in the "from" line is Jolyn Yao.

24           Who is Ms. Yao?

25      A    At the time of the email, she was a product

1    manager on Search Ads 360.

2        Q    Okay.

3            And let's now go to the first two paragraphs of

4    the email.  And Ms. Yao indicates -- and actually, you know

5    what, let's show the subject heading.

6            Do you see this subject heading, Mr. Varia,

7    "Launched Other Engines Feature Set in Amalgam!"?

8        A    Yeah.

9        Q    Okay.

10           Now let's go to the first two paragraphs.

11           Ms. Yao indicates, "I'm excited to announce we've

12   launched a suite of 12 Microsoft and other engine features

13   in Amalgam."

14           Do you see that?

15       A    Yes.

16       Q    And below she mentions "responsive search ads,

17   more Microsoft audiences, Microsoft audience network in

18   search, dynamic ads, and more."

19           And does that -- is your recollection that these

20   features were launched in Amalgam?

21       A    Yeah, these are features we were working on when I

22   left, and we were set to launch so, yeah, those launched.

23       Q    And then in the next line, she notes, "This was a

24   herculean effort across 15 teams."

25           I'm just going to ask you in your experience in

4727

 1    Amalgam, how many years was that project ongoing at Google?

 2         A    Project Amalgam?

 3         Q    Yes.

 4         A    Quite a long time.

 5              I think we started sometime in the middle of the

 6    2010s, so 2015, 2016, and were still heavily working on it

 7    when I left.  So, yeah, it's been going on for many years

 8    now.

 9         Q    And when Ms. Yao was referring to 15 teams, just

10    if you recall, is this reference to 15 teams just for the

11    Microsoft features that are being described here.

12         A    Yeah, it would have been for these features.

13         Q    Okay.

14              Let's go to the second page of this document, and

15    I just have one line I'm going to show to you.

16              In the top half, there's a bunch of bullet points,

17    and there's a bullet point that begins with "Began alpha

18    testing."

19              Do you see that?

20         A    Yes.

21         Q    The line says, "Began alpha testing for Microsoft

22    Ads auction-time bidding, ATB.  This is the initial effort

23    to understand more deeply how we might integrate with

24    Microsoft ATB."

25              I believe you were explaining to the judge, but

1    let's start with, what is alpha testing?

2        A    So generally, alpha testing for us is just a kind

3    of very early stage in the product life cycle where we're

4    introducing core functionality to help us get more feedback

5    on areas -- you know, discovering unknown areas that we need

6    to get ahead of or address.

7        Q    And let me just ask.  I know this is talking about

8    Microsoft auction-time bidding, but just to go back to a

9    topic Mr. Cavanaugh asked you about Project MYX -- which

10   I believe you testified was Google Ads auction-time bidding.

11            With Google Ads auction-time bidding being

12   integrated in SA3, would you explain to the Court what

13   stages of testing occurred with Project MYX, M-Y-X?

14       A    Yeah.

15            So very similar to this here, the -- we started

16   with, you know, an evaluation phase where we were just

17   trying to understand the complexity and the design that we

18   would need:

19            Go to an alpha stage where we had developed some

20   functionality.

21            We could do testing with a very limited set of

22   customers.

23            Then move over to a closed beta, where we could --

24   you know, where we'd added more functionality and could

25   continue to expand our testing.

4729

1              And then over to an open beta.

2              And then finally to a full launch.

3       Q    And just if you recall, how long did Project MYX

4    take at Google?

5       A    I don't recall exactly when we started, but it was

6    easily three or more years for us to be able to get to a

7    launch -- or get to an announcement.

8       Q    And just one more part of this exhibit.

9              I'm going to have Mr. Schliesske highlight some of

10   the names at the bottom.

11             There's you, Amit Varia, Emeritus.  What does that

12   mean here?

13      A    Emeritus is just a way we identify folks who have

14   helped -- contributed to the project but are no longer

15   actively on the team.

16      Q    Okay.

17             And one more name I want to ask you about.

18   Eduardo Indacochea, who is Mr. Indacochea?

19      A    At that time, Eduardo was the -- was the PM

20   director over BP.  So my skip manager.

21      Q    Okay.

22             And if you know, did Mr. Indacochea previously

23   work anywhere else prior to Google?

24      A    Yes.

25             Prior to this role, he was at Microsoft Ads and

4730

1    somebody we would interact there with.

2        Q    Okay.

3            I think we can take this exhibit down.

4            Mr. Varia, let's now go back to 668, which is in

5    our binder, the November 26, 2019 email.

6        A    Yes.

7        Q    Okay.

8            Let's put up the top half of the page.

9            Now, let me just identify some of the folks here.

10           Who's Bashar Kachachi?

11       A    Bashar Kachachi was my manager at the time, and he

12   was a PM director over Search Ads 360 and DV360.

13       Q    And there's a response here from Shirley Heath.

14   Who's Ms. Heath?

15       A    I don't remember her exact role, but she was one

16   of the -- she was a person at Microsoft that we would

17   interface with when we were discussing kind of Microsoft Ads

18   features and SA360.

19       Q    And Mr. Kachachi has a sentence here, "As we've

20   mentioned in our prior meetings, SA360 prioritizes feature

21   investments based primarily on feedback from our customers."

22           In your work at SA360, was that your experience,

23   that the SA360 team made feature decisions taking into

24   account customer feedback?

25       A    Yeah, that was my experience.

1    Q    And just to give the Court some context, with each

2    roadmap cycle, were there features that had some customer

3    feedback that wouldn't make -- make it on to the roadmap for

4    a six-month period?

5    A    That was -- yeah, that was pretty common for us.

6    Q    Why is that the case that a feature with some

7    customer feedback would not make it on to the roadmap for a

8    six-month period?

9    A    Yeah, so, you know, we -- the challenge would be,

10   you know, we have lots of customers, like tens of thousands

11   of customers, and they oftentimes have a laundry list of

12   capabilities and features that they would like to see in the

13   product.

14        It's, you know, ultimately our job to kind of take

15   that into account in our prioritization process but account

16   for existing things we're working on, the resources we have

17   available.  And so oftentimes we would have to defer some

18   functionality to -- in our prioritization cycle.

19   Q    And I believe you testified about this just a few

20   minutes ago, but -- in the context of Mr. Cavanaugh's

21   exhibit, but let me just ask you directly.

22        Were there times when you worked at SA360 where

23   your team communicated to Google Ads that their features did

24   not make the roadmap?

25   A    Yes, that would happen.

1    Q    Okay.

2         Mr. Varia, there's a part of this email that's

3    confidential, so I'm going to ask you not to read that part,

4    but let me just give at the high level -- I have a

5    high-level question for you about the overall subject

6    matter.

7         There's a reference here to "clone" functionality,

8    clone is in quotes.  Could you just explain to the Court at

9    a high level what clone functionality is.

10   A    So the idea of that would be -- a simple example

11   here would be, a customer would go and build out their

12   strategy, their set of campaigns within a Google account,

13   and they would want to apply that same strategy in Microsoft

14   or other engines.

15        And so with this functionality, as supposed to

16   saying, go do the work twice, we offered this ability, like

17   copy and paste all the work you'd already done, paste it

18   over into something like your Microsoft account.  So

19   simplify that process so you can copy and paste it over.

20   Q    And maybe you can give the Court just an example.

21   What's the kind of information that an advertiser would be

22   able to copy and paste from SA360, for example, to Microsoft

23   or another platform?

24   A    So, you know, the normal structure would be, you

25   have campaigns, ad groups, keywords, ads.  And sometimes

4733

1    these are complicated, especially for larger advertisers,

2    these would be pretty complicated structures.  So it could

3    be hundreds of campaigns, thousands and thousands of

4    keywords, hundreds of ads.  So it was a pretty robust,

5    sophisticated build-out they would do.

6            And so it was actually pretty cumbersome for them

7    to go repeat that in another engine.  And oftentimes there

8    would be little differences so you couldn't just do it very

9    quickly, you'd have to do all these, like, little changes.

10   So part of this functionality we had built, we already built

11   in SA360 would address that.  So it would make it simple for

12   customers to just say, take my strategy from -- that I built

13   out into one account, copy it over into to another account

14   so that way I can start running and expanding my

15   capabilities on other engines.

16           THE COURT:  Just to be clear in my own mind, this

17   is the ability to cut and paste those items as you said,

18   within the SA360 engine or from an engine that's outside

19   SA360 and import it into SA360?

20           THE WITNESS:  This would be within.  So if you

21   have one advertiser, they have a Google account and a

22   Microsoft account, they could just go ahead and say, take

23   everything I have here, bring it over here so that way I can

24   expand my reach.

25           THE COURT:  Got you.  Thank you.

4734

1    BY MS. WASZMER:

2        Q    And, Mr. Varia, let me ask you a different point

3    just while we're on different data or information in SA360.

4            During the course of this trial, the Court has

5    heard testimony about the ability for advertisers to take

6    data out of a SEM tool like SA360 and take it somewhere

7    else.

8            Does SA360 offer the ability for advertisers to,

9    for example, take their conversion data out of SA360 and

10   bring it to another platform?

11       A    Yeah, we offer a variety of ways, through data

12   exports, APIs, and downloads, they can do that.

13       Q    In your experience working at SA360, did

14   advertisers ever use their conversion data in SA360 and also

15   use conversion data in other platforms?

16       A    Yeah, that would happen quite a bit.

17       Q    And can you give the Court an example, if an

18   advertiser is using its conversion data in more than one

19   platform, are they using it, for example, internally or with

20   another tool?

21       A    Yeah, there's an example of a European retailer

22   that they actually would use our product quite a bit and

23   then extract the data from the VR APIs, import it into their

24   in-house tools, and then use that to do analysis and

25   decision-making for their campaigns.  So they would do that

 1    very regularly to be able to -- because they -- that's what

 2    they were looking to do.

 3             There are often many, many examples of agencies

 4    that would import all of this data from SA360 into their

 5    tools so that they can provide dashboards and other types of

 6    insights and analysis to advertisers that they support.

 7             So it was pretty common for people to take data

 8    out of SA360 and then integrate it into other tools.

 9             MS. WASZMER:  Your Honor, I think I can finish

10    this document before the break.  Does that make sense?

11             THE COURT:  Okay.  Great.

12    BY MS. WASZMER:

13    Q    Mr. Varia, I'd like to now have you look at this

14    same Exhibit 668 and turn to the second, third, and fourth

15    pages, there's a chart that spans three pages.

16             Okay.  Great.

17    A    Yes.

18    Q    Now, Mr. Varia, having had a look at this, what is

19    the information that's reflected in this chart that goes

20    over several pages?

21    A    This is a list of -- this is a list of features

22    from -- that Microsoft provided us that -- based on their

23    analysis, was supported in SA360 for Microsoft versus

24    Google.

25    Q    Okay.

1           And I will just briefly pause.

2           Dynamic search ads and responsive search ads are

3    listed here.  Do you see that?

4    A    Yes.

5    Q    Were those features built into Amalgam, also known

6    as the new SA360?

7    A    Yes, they were.

8    Q    Okay.

9           Now, I want to focus on the list at the bottom of

10   page -- the page ending in 312 into 313.

11   A    Yes.

12   Q    Okay.

13          And let me just ask you to focus on the first five

14   rows.  Enhanced CPC, max clicks, max conversions, target

15   CPA, target ROAS.  That's a lot of acronyms.

16          Could you describe for the Court at a high level,

17   what are those features?

18   A    So these features here are referring to Microsoft

19   bid strategy types that Microsoft supports within their

20   product.

21   Q    And I think we may need a real-world example.

22          Let me ask you to take target CPA as a bid

23   strategy at Microsoft.

24   A    Yeah.

25   Q    If I'm a running shoe company, how might I use

```
1    target CPA in running a campaign?

2         A    Yeah.

3              So you can imagine, as a running shoe company,

4    you're launching a new shoe and you want to run a marketing

5    campaign where you want people to sign up for a waiting list

6    and you want to run an advertising campaign to encourage

7    people to sign up for that waiting list.

8              So the conversion or the action you want is people

9    signing up for the waiting listing and then the cost is how

10   much you're spending on search ads to be able to pull that

11   off.

12             So a, you know, pretty common thing within these

13   companies with the marketing groups is going to be, great,

14   we don't want to spend too much money to get somebody to

15   sign up for this mailing list.  So let's say something like

16   $5 on average per action per sign-up is what we want to get

17   to.

18             And so a target CPA then would be this idea of

19   trying to manage against a goal of $5 per action.

20             And then a Microsoft -- the Microsoft bid strategy

21   here that's referred to as target CPA is where you can then

22   provide that configuration into the campaign setting, and

23   then Microsoft's bid strategy would aim to achieve that by

24   managing your bids and bidding effectively into auctions.

25             So target CPA then would be trying to achieve that
```

1    type of goal.

2         Q    Okay.

3              Mr. Varia, I'm going to ask you, and with

4    apologies that I may sound Neanderthalish from the

5    perspective of your understanding, but let's talk about bid

6    strategies for a moment.

7              Auction-time bidding and conversion sharing, let's

8    just take those.  What was your understanding of what

9    Microsoft was asking for with auction-time bidding when you

10   received this email?

11        A    Yes.

12             So, one, there was a little bit of confusion on,

13   are they asking us to integrate Microsoft bid strategies or,

14   separately, look at auction-time bidding.

15             But kind of what we understood auction-time

16   bidding here, at least what I understood it to be was, we

17   have SA3 bid strategies.  So Microsoft has Microsoft bid

18   strategies, SA360 has SA bid strategies.

19             And the request for auction-time bidding was --

20   auction-time bidding, it's a technology, it's not like a bid

21   strategy.  So auction-time bidding was kind of replacing or

22   adding on -- extending the SA3 bid strategy to use that --

23   their auction-time bidding, as opposed to using our intraday

24   bidding capabilities.  So it was kind of adding that into

25   our -- adding that implementation to how our feature worked.

4739

1          Q    And the feature you're describing when you say how

2    our feature worked was SA360's intraday bidding?

3          A    It was SA360 bid strategies, is what we would call

4    it.

5          Q    And let me ask you about conversion sharing.  What

6    did you understand Microsoft to be asking for with this

7    conversion sharing request?

8          A    Yeah.

9               So here, the -- with conversion sharing, the idea

10   would have been for SA360 to send advertisers' conversion

11   data to Microsoft such that their auction-time bidding --

12   bidder could consume that data to -- as part of its -- as

13   part of its decision-making.

14         Q    Okay.

15              And as of the time of this request in November

16   2019, was there any occasion when Search Ads 360 was sending

17   advertiser conversion data outside of Google?

18         A    So the idea -- I mean, we offered the ability for

19   advertisers to do this.

20              Ultimately, that conversion data is the

21   advertiser's data.  So, you know, if they wanted to go

22   outside of our product, they can choose to do that, you

23   know, through APIs and downloads that I was talking about

24   before.  So that was possible for them to do.

25         Q    But at that time, was SA360 as a tool itself

 1  sending information, for example, to Microsoft?

 2      A    No, it wasn't.

 3      Q    Okay.  Just one more question, and then if the

 4  Court would like, we can take a break.

 5           These rows being shown here, based on your

 6  understanding of what Microsoft was asking, did SA360 need

 7  to build all of these separately?

 8      A    Yes, each one of these would have been a separate

 9  implementation process.

10      Q    Okay.  Thank you.

11           MS. WASZMER:  I think I'm done with this exhibit,

12  Your Honor.

13           THE COURT:  Okay.

14           All right.  Let's go ahead and take our morning

15  break.  It's a little after 11:00.  We'll just resume a

16  little bit after 11:15.

17           Mr. Dintzer.

18           MR. DINTZER:  Your Honor, in the interest of

19  trying to finish up Professor Whinston's testimony today,

20  perhaps we could ask that the break just be shortened just a

21  little so that we can try to get a little bit more of his

22  testimony in.

23           THE COURT:  Okay.  Well, we've got to give our

24  court reporter --

25           MR. DINTZER:  I understand.

1         THE COURT:  -- a break.

2         So it's shortened by a few minutes, but we'll

3    start at 11:15.

4         MR. DINTZER:  Thank you.

5         THE COURT:  Mr. Varia, I'll ask you not to discuss

6    your testimony with anyone during the break.

7         THE WITNESS:  Thank you.

8         COURTROOM DEPUTY:  All rise.  This Court stands in

9    recess.

10        (Recess from 11:01 a.m. to 11:16 a.m.)

11        COURTROOM DEPUTY:  All rise.  This Honorable Court

12   is again in session.

13        THE COURT:  Please be seated, everyone.  Thank

14   you, all.

15        All right.  Ms. Waszmer, ready when you are.

16        MS. WASZMER:  Thank you.

17   BY MS. WASZMER:

18        Q    Welcome back, Mr. Varia.

19        A    Yeah.

20        Q    Through the course of this trial, the Court's

21   heard testimony about Project Amalgam, aka the new SA360

22   platform, so I just want to go back to that for a second.

23        I think you had testified earlier today that that

24   was a multi-year build, is that accurate?

25        A    Yeah, it was.

4742

1      Q    During that rebuild, did the resources needed for

2    Amalgam impact SA360's ability to build new features?

3      A    Yeah, it definitely did.

4      Q    Okay.

5           I'm going to have you now look at what's been

6    marked in our binder DX0132.

7           MS. WASZMER:  And, your Honor, I believe this is

8    already in evidence, DX132.

9           And let's put up the first page of this deck.

10   BY MS. WASZMER:

11     Q    And, Mr. Varia, I think, as Mr. Cavanaugh had

12   mentioned, there's some slides in this deck that have been

13   redacted, but they're headings.  So at some point later down

14   the road, I'll just ask you questions at a high level about

15   the redacted slides.

16     A    Okay.

17     Q    Okay.

18          The title of this page is "SA360 Argon Planning

19   Recap."

20          What is argon?

21     A    Yeah.

22          So at this time, we were doing six-month planning.

23   So our prioritization process would plan out for the next

24   six months.

25          So here, argon was referring to our prioritization

 1    for H1 of 2019.  And argon was just a periodic element we

 2    would use to codename them.

 3         Q    So just to place this in time, we've been showing

 4    you emails from November 2019.  Was this the year prior?

 5         A    The -- yeah, the slides are, and it's referring to

 6    our plans for H1 of 2019.

 7         Q    Now, the date on this first slide is December 6th,

 8    2018.

 9              Do you see that?

10         A    Yes.

11         Q    And I think the Court has asked various questions

12    about this, but just to make sure, for this planning cycle,

13    what was the period of time for which you were planning?

14         A    It would have been from January to June of 2019.

15         Q    Let's turn to the second slide here.  I think this

16    explains what you were saying.

17              It's titled "Argon Planning-Summary."

18              And you see there's some dates here.  It says --

19    states, "After a very intense month, SA360 has a roadmap and

20    a set of instructions for where we are going from January to

21    June 2019."

22         A    Yes.

23         Q    Do you see that?

24              And now, in the period of time from 2018 to 2021,

25    when you left SA360, was that typical that SA360 was doing

1    six-month planning cycles?

2         A    I think at the beginning of it, we were doing

3    six months.  Closer to when I left the team, we were moving

4    to quarterly planning.

5         Q    And why were you moving to quarterly close to the

6    time you left?

7         A    So with Project Amalgam, we were re-platforming

8    the product.  That platform that we were going to be using,

9    that group relies on quarterly planning.  So to better align

10   our planning across teams, we shipped it over to quarterly

11   planning.

12        Q    Okay.

13             And when did -- when was Project Amalgam announced

14   publicly?

15        A    It was after I left, but I mean, I recall that

16   there was an announcement, I think, sometime in February

17   of 2022.

18        Q    February of 2022?

19        A    Yeah.

20        Q    Okay.

21             Now, I'm going to have you look at the slide here

22   that ends in 577, and just so you recognize, it's a pie

23   chart.

24             We can blow that up.

25        A    Okay.

1        Q    And, Mr. Varia, there's some language redacted

2   here just because it relates to Google's internal costing.

3        A    Okay.

4        Q    But there's some language on the right side of the

5   page that describes Amalgam using 48 percent of argon eng

6   capacity.

7             Do you know what that means?

8        A    Yeah.

9             So for a planning cycle, we have a certain number

10  of engineers that are available to work on the product, and

11  so this is just saying 48 percent of that eng capacity, or

12  engineers, are going to be working on Amalgam.

13       Q    And I think the Court asked you earlier about what

14  the term "cross-engine feature" means.  Can you just explain

15  again, when you use a term "cross-engine feature," what does

16  that mean?

17       A    Yeah, so those would be cross engine, or sometimes

18  we would call them just SA3 features.

19             Those types of features can apply to multiple

20  engines.  So they can apply to Google, Microsoft, Yahoo!,

21  Baidu, a variety of engines.

22       Q    So let me actually ask you an example.  On the

23  left-hand side of this chart, there's a category called

24  "Conflux & Pipeline."  What is that?

25       A    "Conflux & Pipeline" refers to the team or the

1    area that is typically working on conversion-related

2    features.  So cross-engine features.

3         Q    Cross engine, okay.

4         A    Yeah.

5         Q    And MYX is listed here.  And is that accurate that

6    that was -- MYX was still going on as of this roadmap?

7         A    Yes, we were still -- we were still continuing to

8    expand on the MYX functionality.

9         Q    And there's a yellow part here that's "Other

10   Engines."  Would that have included Microsoft?

11        A    Yes, that would have included Microsoft.

12        Q    I think you can -- let's now turn the page.

13             THE COURT:  Just a quick clarifying question.

14             So the -- this chart, graph, does Google -- are

15   these all of the engineers that are devoted to the SA360

16   product?

17             THE WITNESS:  So with SA360, we have a set of

18   engineers that work mostly on our product, and then there

19   are other teams that would also be contributing to our

20   product.

21             But, yeah, this is referring to the engineers that

22   kind of we would consider to be engineers on SA360, yeah.

23             THE COURT:  Okay.

24             MS. WASZMER:  Thank you, Your Honor.

25

```
 1    BY MS. WASZMER:

 2        Q    Okay.

 3             Mr. Varia, I'm going to next have you turn the

 4    page, and there's two pages that are somewhat related,

 5    ending in 578 and 579, but let's just -- and they're

 6    confidential, but let me just have you look at both.

 7        A    I see.

 8        Q    And you see the titles, both have a similar title,

 9    "Roadmap Planning, What Features are In."  It says, "What

10    Features are In in Part 1 and Part 2."

11             Do you see that?

12        A    Yes.

13        Q    Now, because these are redacted, I'm just going to

14    ask you almost at high level.

15             Looking at the -- looking at this planning, are

16    there any Microsoft features listed on these slides?

17        A    Yes, I see multiple features.

18        Q    Okay.

19             And is Amalgam listed here on "What's In"?

20        A    Yes, Amalgam is listed as well.

21        Q    Okay.

22             And are there also some Google Ads features listed

23    here?

24        A    Yes, there are some here as well.

25        Q    And then there appear to be a lot of entries that
```

4748

1    don't have a search engine.

2            Can you explain, with all the other lines that are

3    not Google or Microsoft or a specific engine, what -- what

4    are those types of features?

5        A    Yeah.

6            And so without going into the individual ones, so

7    some of them are relating to kind of the cross-engine

8    features that I was talking about before.

9            So features that aren't specific features that

10   exist on Google, Microsoft, or an engine, but are features

11   that we are producing ourselves to help advertisers do their

12   job.

13           Some of these also refer to areas that are just

14   kind of the cost of doing -- cost of having a platform, so

15   we need to maintain it, invest in it, engineering teams need

16   to do migrations and a variety of things like that.

17       Q    Let's look at the next two slides ending in 580

18   and 581, and these are also redacted somewhat, but the title

19   is "Roadmap Planning-What Features are Out?" and then Part 2

20   of that, and just have a look at that array of features.

21       A    Okay.

22       Q    Okay.

23           On the page ending in 580, do you see, in the top

24   left-hand corner, there's a bunch of features that say "AW"?

25       A    Yes, I do.

1     Q    What is AW?

2     A    That would refer to AdWords or Google Ads.

3     Q    And just looking here, can you see there's at

4  least five features here that say "AW"?

5     A    Yeah.

6     Q    And based on looking at this, were these features

7  planned to be out, meaning not on the roadmap?

8     A    These had been deferred to a future roadmap, yeah.

9     Q    And I think you testified to this before, but was

10  there ever occasion for a feature to be on this "out" or

11  "not on the roadmap" list that then made it in subsequent

12  periods of time on to the "in" list?

13     A    Yeah, that was pretty common for that to happen.

14     Q    Okay.  I think we can take this down.

15          And, Mr. Varia, let me pivot for one moment.

16          The Court has heard testimony in the course of

17  this case about concerns from Microsoft about what has been

18  referred to as spend shift from Microsoft to Google after

19  auction-time bidding for Google Ads was launched.

20          Do you recall at any point in time hearing that

21  Microsoft was concerned about what they perceived as spend

22  shift?

23     A    Yes, I remember they had expressed that concern

24  to me.

25     Q    And in response to understanding that there was a

4750

1    concern, did you take any action?

2    A    I think when they brought it up -- yeah, when they

3    brought it up, they -- I had asked my team to explore it

4    further and see if we understand it, to help us build an

5    understanding.

6    Q    And do you know whether -- did your team conduct

7    any analysis of "customer other spend"?

8    A    Yeah, they ended up doing that.

9    Q    And do you recall what the outcome was of that

10   analysis?

11   A    Yes.

12        So when the team kind of put together analysis,

13   what we saw was that, you know, customers who were using SA3

14   bid strategies, when they were enabling -- enabling the

15   auction-time bidding feature for Google Ads side, what we

16   were noticing is that their Google ad spend was growing, and

17   then their Microsoft spend was -- it was stable, if not

18   growing just a little bit on -- you know, generally.  So,

19   yeah, we were kind of seeing that it was stable to growing

20   for Microsoft.

21   Q    And just in terms of the time period, do you

22   recall, was that time period in which you asked your team to

23   do the work, was it right after Google Ads auction-time

24   bidding had launched in Search Ads 360?

25   A    Yeah, it was sometime in the latter part of H2,

1    2019, yeah.

2        Q    Now, let's go to the time right -- I think right

3    before you're leaving SA360 in 2021.

4        A    Yep.

5        Q    At that point, did SA360 support every feature in

6    Google Ads?

7        A    No -- def- -- no.

8        Q    And at that time -- we've heard about conversion

9    tracking.  Did SA360 provide conversion tracking

10   capabilities for every type of -- every Google Ads ad type?

11       A    No, we didn't.  There were -- there were several

12   that we didn't.

13       Q    And from your experience with SA360, why would it

14   be the case that there would be a Google Ads type supported

15   in SA360 but not conversion tracking?

16       A    So without going too technical with this, like

17   each ad type operated slightly different from other -- the

18   other ad types.  So for conversion, our conversion tracking

19   integration to work with it, it would really matter how that

20   ad type operates, whether it supports some of the

21   technologies we were using.

22            And so we would often find ourselves, for new ad

23   types, having to evaluate if there's net new work that we

24   have to do it make it work.  So we'd have to then consider

25   that for prioritization alongside other features that we

1    would be building before we could support it.

2        Q    Okay.  Mr. Varia, I want to turn to a topic that

3    also has come up so far.

4             Are you familiar with the term "Floodlight,"

5    capital F?

6        A    Yes.

7        Q    What is Floodlight?

8        A    Floodlight refers to the DoubleClick or -- I think

9    now it's the Google marketing platform's version of

10   conversion tracking.

11       Q    And when you say "conversion tracking," is that

12   technology or software or data?

13       A    It's a technology.

14       Q    Okay.

15            So if someone says, "Floodlight data," do you know

16   what that means?

17       A    Yeah, that would refer to the actual conversion.

18   So in some of the previous examples of like somebody

19   completing an action on the site, so the numbers associated

20   to that.

21       Q    If you know based on your experience working at

22   SA360, do other ad platforms, meaning outside of Google,

23   offer conversion tracking?

24       A    Yeah, pretty much all of them do.

25       Q    Is Floodlight conversion tracking, as far as you

4753

1    know, unique to Google?

2        A    No, there's -- there are many other types of

3    conversion tracking products that are comparable.

4        Q    Okay.

5            And let me just have you look at what's been

6    marked as DX3052 in your binder for identification.

7            And just let me know when with you get there?

8        A    Which one?

9        Q    Our binder, which is Google's binder, which is the

10   skinnier one, DX3052.  Just have a look at that and then

11   I'll ask you some questions.

12       A    Okay.

13       Q    In the top right-hand corner do you see there's

14   some text that says, "What does Floodlight Search Ads 360

15   help"?

16       A    Yes.

17       Q    Did Search Ads 360 have help pages for advertisers

18   as far as you know?

19       A    Yes, we did.

20       Q    And the title of this is "Report on Floodlight

21   conversions:  What is Floodlight?"

22            Are you familiar with the information here?

23       A    I'm not familiar with the -- this page

24   specifically, but, yeah, the information it's talking about

25   is something I'm pretty familiar with.

1          MS. WASZMER:  Your Honor, move to admit.

2          MR. CAVANAUGH:  No objection.

3          MS. WASZMER:  Thank you, Your Honor.

4          THE COURT:  5252 will be admitted.

5          MS. WASZMER:  You can put that aside.

6                              (Defendant's Exhibit 5252
                               received into evidence.)
7

8          MS. WASZMER:  Just a final set of questions,

9  Mr. Varia.  I'm almost done.

10  BY MS. WASZMER:

11     Q    During the course of this case, the Court has

12  heard about periods of time in which two to three

13  advertisers were testing Microsoft auction-time bidding.

14          Do you recall any period of time in which you

15  learned that there may be a few advertisers who were testing

16  Microsoft auction-time bidding on their own?

17     A    Yes, I do remember that.

18     Q    And just to give the Court some context, as of the

19  time you were with SA360, how many advertising customers did

20  SA360 have?

21     A    I estimate somewhere in the tens of thousands.

22     Q    Okay.

23          I'm just going to --

24          MS. WASZMER:  Your Honor, I'm just going to put up

25  a paragraph of the States' complaint just to ask Mr. Varia

 1    about it, and we're going to put up paragraph 165 of the

 2    Colorado complaint.

 3    BY MS. WASZMER:

 4        Q    Mr. Varia, you can just take a look at the screen.

 5    I'll represent to you this is a paragraph from the States'

 6    complaint in this case.

 7             And what I just want to refer you to is language

 8    about switching, advertiser switching.  It states that "An

 9    advertiser's choice of SEM tools is sticky, which makes it

10    highly unlikely that an advertiser will recognize that

11    Google is not supporting features and stop using SA360."

12             Do you see that?

13        A    Yes, I do.

14        Q    During your time at SA360, did advertisers switch

15    away from SA360 to other platforms?

16        A    Yes, that would happen.

17             MS. WASZMER:  Thank you, Your Honor.  No further

18    questions.

19                         -  -  -

20                    REDIRECT EXAMINATION

21    BY MR. CAVANAUGH:

22        Q    Very quickly, Your Honor, or Mr. Dintzer will kill

23    me.

24             Now, after Amalgam was implemented, the new SA360,

25    right?

4756

1      A      Uh-huh.

2      Q      Google ad features are supported on day one on

3  SA360, right?

4      A      So just a quick clarification.  I left before we

5  actually launched it, but even then and during my time

6  there, no, not all Google Ads features were supported day

7  one.

8      Q      But most of the features were.  That was one of

9  the purposes of Project Amalgam, to have Google ad features

10 supported on day one, right?

11     A      There were features that were supported but not

12 all features.

13            So, yes, so not all features were supported.

14     Q      On conversion data, you said that conversion data

15 couldn't be used on all features on Google Ads, correct?

16     A      Yes.

17            I think I was saying something like, yeah, there

18 were certain ad types we didn't support.

19     Q      Let me be clear.

20            Conversion data coming from SA360, your point was,

21 they can't be used on all Google Ads features, correct?

22     A      Not the conversion data, the conversion tracking

23 technology wouldn't work for all Google Ads types.

24     Q      But it did work for the Google Ads auction-time

25 bidding feature, correct?

1    A    It worked for -- so taking a step back here.  The

2 Google ad types that supported Google Ads bid strategies and

3 supported our Floodlight tracking were kind of the part that

4 would work within Google auction-time bidding.  So it was

5 kind of an overlap of, does it support our conversions and

6 does it support auction-time bidding.

7    Q    That was part of the point of Project MYX, right?

8    A    Project MYX was bringing that Google Ads

9 auction-time bidding into our SA360 bid strategies for the

10 ad types we supported conversion tracking on.

11         MR. CAVANAUGH:  Thank you.

12         Nothing further, Your Honor.

13         THE COURT:  All right.  Mr. Varia,

14 thank you very much for your time and testimony, sir.

15         THE WITNESS:  Thank you.

16         THE COURT:  Safe travels home.

17         All right.  See if the Whinston team has arrived.

18         MR. SEVERT:  Yes, Your Honor.  Ready to resume.

19         THE COURT:  Professor Whinston, welcome back.

20 I hope you had a nice evening.

21         THE WITNESS:  I'm sorry, say it again.

22         THE COURT:  I hope you had a nice evening.

23         THE WITNESS:  Thank you.  I did.

24         THE COURT:  All right.

25         Mr. Severt, ready when you are.

1           MR. SEVERT:  Adam Severt for the United States.

2                        - - -

3    MICHAEL WHINSTON, WITNESS FOR THE PLAINTIFFS, HAVING BEEN

4    PREVIOUSLY SWORN, RESUMED THE STAND AND TESTIFIED FURTHER AS

5    FOLLOWS:

6                   DIRECT EXAMINATION (CONTINUED)

7                        - - -

8                        - - -

9    BY MR. SEVERT:

10       Q    Professor Winston, we could maybe go to Slide 43

11   of your presentation you prepared.

12       A    Yeah.

13            Actually, could I just interrupt just for one

14   second?

15       Q    Sure.

16            THE WITNESS:  Your Honor, yesterday -- before

17   Mr. Severt starts his questions, yesterday we were having a

18   discussion, you had asked me about remarketing ads, and

19   I guess there was one point that I thought might be helpful.

20   These are the ads that if you go to --

21            THE COURT:  Right.

22            THE WITNESS:  -- a brown shoe website, you'll show

23   up later.

24            So I don't know if it's okay if I do that, or no.

25            THE COURT:  Go ahead.  Yeah, sure.

1          THE WITNESS:  Okay.

2          So yesterday I had talked to -- we had been

3   talking about them and I had emphasized two things.  One,

4   recency was really important and that the amount of

5   information available was important.

6          There's one other thing just to keep in mind about

7   remarketing ads, which is someone has to go to your website

8   first in order to do it.  And so if a website relies and

9   needs traffic from general search ads from general search

10  text ads, then in some sense, they're not competing, it's

11  kind of augmenting the value of the general search text ads.

12         The analogy I like to think of is, if I'm going to

13  play baseball, I need a mitt and a ball and a bat, and

14  they're not competing against each other, they're

15  augmenting, they're enabling me to play baseball.

16         And it's kind of a more general point also just

17  about ads that are at different points in the funnel.  So if

18  an advertiser needs to get someone from the beginning to the

19  end of the funnel, there are various pieces that they have

20  to do.

21         So it's easy -- you know, I've been speaking about

22  whether things were not strong substitutes, but they could

23  actually be complements, there can be actually important

24  elements of being complements.  Sorry about that.

25

1    BY MR. SEVERT:

2        Q    Let's go to Slide 43 of your presentation, and

3    just remind the Court what your second opinion is.

4        A    So my second opinion is that Google possesses

5    substantial market power protected by barriers to entry in

6    each of the relevant markets.

7        Q    And, Professor, what's the difference between

8    substantial market power and monopoly power?

9        A    So, to an economist, a monopoly is a situation

10   where you just have one firm in a market.  But my

11   understanding is that in the law, that's not the case,

12   that -- and so in -- at least my understanding is that a

13   finding of monopoly power is supported by kind of two

14   elements.  One, that the firm has substantial market power,

15   and, second, that that market power is protected by barriers

16   to entry and expansion.

17       Q    Let's go to the next slide on your presentation,

18   44, and just begin by discussing monopoly power in the

19   general search services market.

20            Does Google have substantial market power that is

21   protected by high barriers to entry in the U.S. general

22   search services market?

23       A    It does.

24       Q    And what economic evidence did you see to support

25   this conclusion?

1    A    So if you go to Slide 45, you'll see five

2  different pieces of evidence that I relied on in forming my

3  opinion.

4    Q    And the first bullet, I think, is red on the Slide

5  40.  46 deals with market shares.

6         Do you calculate market shares in the general

7  search services market?

8    A    I did.

9    Q    What did you find?

10    A    So if you go to Slide 47, you'll see what my

11  estimates of Google's market share.

12    Q    And what was your market share estimate for Google

13  in 2020?

14    A    89.2 percent of the general search services

15  market.

16    Q    What did you rely upon to calculate these shares?

17    A    Two kinds of information and data.

18         You know, one was data that Google and Bing

19  provided, which included their -- the queries that they

20  responded to, as well as the queries that syndicators from

21  them responded to.

22         And then I augmented that with StatCounter data

23  for other -- the kind of very small general search engines

24  that wouldn't be covered in that.

25    Q    And in addition to this sort of static look at

```
 1    market shares in 2020, did you also look at Google's market
 2    share over time?
 3         A    I did.
 4              So if you bring up Slide 48, you'll see this is
 5    StatCounter data that goes back well in time.  And, you
 6    know, you can see that this goes from 2009 to 2021, and you
 7    can see Google's share in 2009 was about 80 percent, and it
 8    rises to a little under 90 now.
 9              And I should say that, you know, I have also,
10    Your Honor, looked at StatCounter data and compared it to
11    the data that I got from the parties, and it's very
12    reliable.
13              THE COURT:  And I'm sorry, StatCounter is a, what,
14    it's a third-party device?
15              THE WITNESS:  Yeah.  You can go yourself and go,
16    you know, navigate this StatCounter and get the same picture
17    for yourself.
18    BY MR. SEVERT:
19         Q    And, Professor, did you also look at Google's
20    market share, if we just look at mobile?
21         A    I did.
22         Q    What did you find there?
23         A    So you bring up Slide 49, you'll see Google's
24    share.
25              This is from StatCounter.  Google's share in --
```

1    just for mobile phone queries, and it's just shy of

2    95 percent.  So higher than the overall share.

3        Q    And, Professor, during his testimony, Dr. Varian

4    was asked about shares.  He and his team, I think he said he

5    calculated based on a method that he invented that used

6    Google's internal data source AdSense.

7            Did you look at that as swell?

8        A    I did.

9        Q    And what did that tell you?

10       A    The shares there were higher than the shares that

11   I just talked about.

12       Q    Okay.

13           Let's go back to your list, Professor, on page 50.

14   And your second bullet is, "High Barriers to Entry and

15   Expansion."

16           How are high barriers to entry and expansion

17   relevant to determining whether Google has substantial

18   market power in general search services?

19       A    Right.

20           So, Your Honor, the thing about barriers to entry

21   is that if barriers to entry are high, then market power can

22   be sustainable over a long period of time.

23           If, instead, barriers to entry are low, we

24   generally expect that entry will occur and market power will

25   be eroded.

1    Q    And did you see any evidence of high barriers to

2   entry and expansion in general search services?

3    A    I did.

4    Q    And what did you see?

5    A    So if you bring up the next slide, 52.

6         So -- sorry, yeah, I meant 51.  My apologies.

7    Q    Sure.

8         And on Slide 51, the first thing that you mention

9   is the large fixed and sunk capital costs.  What evidence

10  did you see there?

11   A    Right.

12        So fixed and sunk capital costs are a major source

13  of barriers to entry when barriers to entry exist.  And if

14  you look at Slide 52, you'll see -- and this is redacted,

15  Your Honor.  This is information about Google's annual

16  costs.  On the one hand, the first bullet is what its annual

17  costs are for search services, and then second bullet is

18  showing its annual costs for search advertising.

19        And these are very big numbers, of course, you

20  know, Google has a very big share.  But in 2020, I think --

21  I think I'm getting this right within a year, Google

22  estimated, for example, what it would cost Apple if Apple

23  decided to enter.

24        And, you know, despite the fact that Apple has

25  incurred, you know, costs already in the past to -- with its

1    Pegasus index and the like, the cost that it expected Apple

2    to incur for search services if it didn't have any

3    advertising were higher than this.

4            And just for context, at the bottom, I put what

5    Bing's total revenue was from search ads in 2020.  So you

6    can kind of get a sense of how big these costs are.

7    Q     Professor, if we go to your second bullet,

8    I think, on Slide 53, you list "Google's Strong Brand

9    Recognition and Loyalty," and I think we've heard -- the

10   Court has heard about Google's brand during this trial.

11           How is that an entry barrier?

12           THE COURT:  I'm sorry, before you move to that,

13   let me -- does your opinion take into account emerging

14   technology and how that might impact capital costs

15   associated with building a new search engine or improving an

16   existing one?

17           THE WITNESS:  So, you know, there's some costs

18   that are, you know, if you want to have an index of the web,

19   that's extremely expensive and, from what I gather, in the

20   billions.

21           If you're referring to AI machine learning,

22   you know, AI is something that's emerging.  You know,

23   I think there are still very significant costs, but I

24   haven't been able to look at that specifically.  You know,

25   the -- a lot of the AI things happened after my reports.

1    BY MR. SEVERT:

2        Q    And your second bullet refers to "Brand

3    Recognition."  What did you have in mind there?

4        A    Well, Google's a verb, and, you know, it has

5    done -- it has well done many surveys.  And you see in the

6    documents that it feels it has a very strong brand

7    recognition, a lot of consumer loyalty, and that's something

8    that a new entrant would need to overcome, which will be --

9    would be tough.

10       Q    And your third bullet is "Scale," and we're not

11   going to talk in any detail about scale today, but just

12   briefly, how is scale a barrier to entry and expansion?

13       A    Well, if you need scale to have decent quality,

14   it's going to be hard for a new entrant that comes in at a

15   smaller scale to have quality that matches Google.

16           MR. SCHMIDTLEIN:  Your Honor, just -- we had noted

17   previously we had a *Daubert* motion directed at any opinion

18   he's going to offer with respect to scale, because he is not

19   an expert in scale.

20           But if we're just going to do a drive-by today,

21   obviously that's -- we'll deal with it later.

22           THE COURT:  Okay.

23   BY MR. SEVERT:

24       Q    And, Professor, your fourth bullet is on "Google's

25   Ownership of the Chrome Web Browser."  How is that an entry

1   barrier?

2       A     Again, you know, Google is the default in Chrome.

3             I'm not going to say much more about that because

4   we're talking about that next time.

5             But that can shrink the available market.

6       Q     Sure.

7             And then the final bullet you identify is the

8   "Google's Control of the Search Access Points through its

9   Contracts," and we're -- similarly we're not going to talk

10  about that in any detail today.

11            But how does that -- how is that an entry barrier?

12      A     Same thing.  You know, to the extent that these

13  contracts limit the available market, that is -- you know,

14  the traffic that's available to entrants, that would make it

15  hard to enter.

16      Q     Okay.

17            And I think that wraps up your list of entry

18  barriers and brings us back to the economic evidence of

19  monopoly power that you identified on Slide 54.

20            And your next bullet there is "Google's

21  Significant Advantages over its General Search Rivals."

22            Why are advantages evidence of market power?

23      A     Well, you know, take, for example, you know, in

24  general search services, quality is the big dimension of

25  competition.  And if you are a firm that is capable of much

 1   higher quality than what your rivals are capable of, you can

 2   retain customers being better than rivals but not as good as

 3   you could be.  And so, you know, in that -- you know, good

 4   enough, in some sense.

 5        Q    And what advantages does Google have over its

 6   general search engine rivals?

 7        A    So if you bring up Slide 55.

 8             Here I list three quite important advantages that

 9   Google has, and they're quite significant.

10             The first is its "Search Services Quality

11   Advantages."

12             So, Your Honor, I think you've heard a little bit

13   about IS scores that Google uses as a quality measure.

14             And so here, it's redacted so I won't say the

15   numbers, but between -- we have -- from Google -- you know,

16   Google compared itself to Bing with IS score measures.  From

17   2015 to '21, we have that information, and the difference

18   I'm showing here between Google's and Bing's IS score had

19   the range that I'm showing.

20             And I should say, IS are scores for searches on

21   mobile devices, and so that's what that -- or search results

22   served on mobile devices.

23             And, you know, maybe for -- I think it helps to

24   have some context for what this means, Your Honor.

25             So Google's just -- I'd say two things.  Google's

1    Pandu Nayak, I think he may testify, I don't know, but he's

2    vice president for search at Google, and in his deposition,

3    he said that a half point is a meaningful difference, and

4    four points would be very significant.

5              So you can get a sense of what this is.

6              And I think Dr. Lehman also said something like,

7    They hope for a one point increase in a year.  So that just

8    give kind of gives you a sense of what this difference

9    means.

10   Q    And then your next bullet, Professor, is about

11   brand image and reputation advantages.  Is that similar to

12   what we were talking about earlier in entry barriers?

13   A    Yes.

14             So -- exactly.

15             You know, it has a big advantage in that sense.

16   Being a verb helps.

17   Q    And then your last bullet, what are "Monetization

18   Advantages," and why do they contribute to market power?

19   A    So before -- I'll show this to you on the next

20   slide, Your Honor, but for many products, you would talk

21   about a firm, say, having a cost advantage on rivals, like,

22   you know, I can produce my widgets much less expensively

23   than you can, and that can give me market power.

24             Here for a search services, there are some direct

25   costs of serving a query.  You know, maybe you have to have

1    another server, you know, more servers or something.

2            But the biggest thing is the ad revenue.  So the

3    ad revenue is like a negative marginal cost.

4            Like when I serve a query, instead of it costing

5    me something, effectively I make money on it, and that's the

6    real -- so really, the -- but what -- and the key thing here

7    is that Google is able to make much more money on a query

8    than rivals are.

9            So if you turn to the next slide, Slide 56, again,

10   it's redacted, so I won't say anything about the numbers,

11   but, Your Honor, it's showing separately for PCs and for

12   mobile queries.  PCs in solid lines, mobile in dashed lines.

13   It's showing the -- on average, each year, the revenue that

14   Google in red and Bing in blue make per query.

15           And what you can see here is pretty much on PCs,

16   they're making the same amount of money per query.

17           But in mobile -- and I can't -- you know, it's

18   vastly, vastly different, and I can't say the number, you

19   know, how many times number higher their revenue per

20   thousand queries is on Mobile -- they, being Google -- than

21   Bing's, but if you divide those two numbers, it's a big

22   difference.

23   Q    And then, Professor, on your -- I think turning to

24   Slide 57, your next bullet is "Low Consumer Responsiveness."

25           Why is low consumer responsiveness evidence of

1   market power?

2        A    Well, it goes back to things we talked about

3   yesterday.

4             You know, low consumer responsiveness is kind of a

5   bottom line of market power.  I can -- if I lower my

6   quality, do I lose consumers or not.

7             And so if you turn to the next slide, I know,

8   Your Honor, you asked me yesterday if there were any

9   empirical measures of responsiveness.

10            So Google did experiments, and it did a good

11  number of experiments.  And what it did in these experiments

12  is it deliberately, for a sub- -- portion of its traffic,

13  made its quality worse.

14            And these were called it ablation experiments.

15            And what they did is they basically would turn off

16  some element of their ranking algorithm in order to make

17  themselves deliberately worse.  And they would see how much

18  of an effect that had on consumer traffic, on the number of

19  queries they got.

20            And they did this for various elements of their

21  algorithm, and then kind of basically plotted -- oh, and

22  I should say, in each experiment they would measure how much

23  worse it made them in terms of the IS score.

24            And so then they would -- they basically plotted,

25  Well, you know, as a function of how much we reduce our IS

1    score, how much traffic do we lose.

2           And so it's redacted, I won't say the numbers, but

3    you can see here what one IS -- what their conclusion was,

4    and this is in 2020, about the relationship between one IS

5    score point and how much search traffic they would lose.

6           So as a percentage.

7           And it's stated here as "Search Revenue Ex-TAC"

8    but it's really -- you can think of it as just percentage of

9    queries, what percentage of queries would they lose.

10          And to put it in -- again, I think context is

11   really important here.

12          So remember a moment ago I was saying that four IS

13   score points is very significant, okay?

14          So you can take this number and ask yourself,

15   well, how much market share would Google lose if it reduced

16   its quality by four IS score points.

17          And the answer is, from their 89.2 percent share,

18   they wouldn't fall very much, just -- and I can't say the

19   number.

20          And it's really a measure of how insulated Google

21   is from competition.

22          Like, either because their quality is that much

23   higher than rivals or because of the contracts or something,

24   but it is showing you something about kind of insulation.

25          THE COURT:  Can you say whether the

1    experimentation showed that there was an amplification of

2    loss as the IS score worsened?

3              THE WITNESS:  So these experiments, they weren't

4    that long.  You know, they would be -- I remember -- and

5    I'll talk about how long their advertiser experiments were.

6    I don't remember exactly how long these were.  But my

7    recollection is they were in the space of weeks, months,

8    something like that.  It wasn't something where they were

9    looking at for years.

10   BY MR. SEVERT:

11       Q    And, Professor, earlier when we were discussing

12   Google's IS score, just to be clear, I think you explained

13   that Google has a significant advantage on Bing and I wanted

14   to make sure your testimony is clear about that.

15             Am I right that IS scores in general can be

16   measured on desktop and mobile; is that right?

17       A    Well, I think I said it's on queries served on

18   mobile devices.

19             Your Honor, the queries are drawn -- so it's human

20   evaluators that are evaluating it, and the queries are drawn

21   randomly from queries put in both on desktop and mobile, but

22   the results that are being evaluated are on mobile.

23       Q    And then going to your Slide 59, your last bullet

24   is "The substantial profits Google earns from its

25   distribution contracts."

1          And we'll certainly get into the details of the

2    contracts next time, but for now, what is the level of

3    profits just from the contracts that tell you about Google's

4    monopoly power?

5        A    So, Your Honor, I spent a fair amount of time

6    looking at the profits that Google makes in its contracts.

7          Some of that involved thinking about incremental

8    effects of defaults, and we're going to talking about that

9    next time, I'm not going to say anything about that right

10   now.

11         But you can just get a sense of what Google was

12   making in its profit, you know, in one of these contracts

13   pretty roughly without going into all of that detail.

14         You know, even against the very powerful, with a

15   very, very powerful partner like Apple.

16         So if you want to think like how much money was

17   Google making in the Apple contract, well, its contracts

18   were paying Apple a percentage of net revenue.  Net revenue

19   is defined as revenue minus a standard reduction for

20   Google's cost of serving the query.

21         So whatever -- you know, if Google was giving

22   Apple all of that profit and not profiting out of these, it

23   would pay 100 percent.  So 100 percent minus the amount that

24   it was paying is its profit.  That's percentage of all the

25   revenue.  And it's, you know, in the billions.  It's big.

1    Q    And, Professor, let's now turn to monopoly power

2    in the ads market.

3    A    Can I just add to that just one second?

4    Q    Sure.  What do you need to add,

5    Professor Whinston?

6    A    So, Your Honor, why does that matter?

7         And the thing is, if Google -- you know, imagine

8    if Google is involved in this -- negotiating this Apple

9    contract, if it had equally capable rivals, it wouldn't be

10   able to make that amount of money.  Apple would play them

11   off against each other.  So when you see that level of

12   profit, it's telling you that there's a really big gap and

13   they have a lot of market power.

14   Q    Let's turn to --

15        THE COURT:  Sorry to interrupt.

16        But how is it that you assess that the profit is

17   that of a monopolist versus profit that is being generated

18   in a competitive marketplace?

19        THE WITNESS:  So I guess there's two things I

20   would say in response to that.

21        One is, of course, the size of profits and the

22   size of the -- you know, when firms have a really, really

23   big advantage, that is very likely to coincide with market

24   power.

25        Now, just to be clear, no one's saying that that

4776

1    is bad, like that they've -- you know, so there's a -- right
2    now we're talking about market power and monopoly power, not
3    whether there's anything bad about it.  And that's an
4    important distinction.
5            So, like, if I'm -- just to digress to an example,
6    if I'm thinking about a pharmaceutical company that comes up
7    with some amazing innovation that cures some disease,
8    patented, they're the only one that has done it, they
9    undoubtedly have a lot of market power even though we
10   applaud the fact that they innovated.
11           So the question of whether there is something bad
12   about it is separate.
13           But coming back to your question, it's possible
14   for, of course, for a firm to make profits in a competitive
15   market.  But if you saw that, you should see a lot of
16   consumer responsiveness, because we're in the -- you know, a
17   situation where -- you know, the economists like to talk
18   about price taking or, in this case, in this setting,
19   quality taking.  If there was like some quality you had to
20   match, every firm had to match it, Google is able to do it
21   more, you know, at a lower cost, et cetera.
22           You would see a lot of responsiveness, but here
23   we're not.  That was the evidence we just talked about.
24           And so Google is very insulated.
25           And so, you know, it's not -- I think any -- the

4777

```
 1    important thing about the opinion is that it's really based
 2    on a combination of different --
 3              THE COURT:  Right.
 4              THE WITNESS:  -- pieces of evidence.  So it's in
 5    that sense that I would answer you.
 6              THE COURT:  Okay.
 7    BY MR. SEVERT:
 8      Q    And, Professor, let's now turn to the ads markets,
 9    and then we're on Slide 60.
10              Does Google have substantial market power
11    protected by barriers to entry in the general search text
12    advertising market?
13      A    It does.
14      Q    And what about the broader search advertising
15    market?
16      A    There as well.
17      Q    And what type of evidence leads you to those
18    conclusions?
19      A    If you go to Slide 61, you'll see four pieces of
20    evidence that I rely on.
21      Q    And the first one is market shares.  And did you
22    calculate market shares for each of the ad markets?
23      A    I did.
24      Q    And let's start with the general search text
25    advertising market.  I think that's Slide 62.
```

1          What did you find there?

2      A    So, Your Honor, here you can see from 2016 to

3  2021, Google's market share in general search text

4  advertising, and it ranges, beginning of 2016, a little

5  over -- somewhat over 80 percent, and then by 2021, it's,

6  you know, roughly 88 percent.

7      Q    And what was it in 2020?

8      A    20 -- oh, 2020, I don't have a -- I said --

9  I think the 88 percent, I'm not sure whether it's in 2020 or

10  2021, and I can't read the difference between --

11      Q    Just the heading of the Slide is 88 percent?

12      A    Oh, all right.  My apologies.

13          Yes, it was 88 percent in 2020.  Thank you.

14      Q    And that's indeed what you calculated?

15      A    Yes.

16      Q    And did you calculate market shares, Professor, in

17  the search advertising market?

18      A    I did.

19      Q    Actually, first, before we go there, let me ask

20  you, on the general search text advertising market, what

21  did you rely upon to arrive at these shares?

22      A    So what I relied on was we had data from Google

23  and Bing about their general search text advertising

24  revenue.

25          And then for general search engines other than

1    Google and Bing, I had their query shares or estimates of

2    their query shares and used a very conservative assumption

3    about their revenue per query, actually that it would be the

4    higher of Google or Bing's revenue -- revenue per query or a

5    thousand queries in every year, you know, on each device.

6    So just conservative assumptions.

7        Q    And then turning to the search advertising

8    markets, did you calculate market shares in that market?

9        A    I did.

10       Q    And what did you find?

11       A    So if you look at Slide 63, Your Honor, this is my

12   estimate of -- or -- of Google's share of the overall -- the

13   broader search advertising market.  You can see, you know,

14   it has ranged over the years from a little below 65 percent

15   to 74 percent in 2020.

16       Q    And what did you rely upon to calculate these

17   shares?

18       A    So the numerator, we have from Google, Google data

19   telling us what their search ad revenue is.

20           The denominator is really -- I think yesterday,

21   Your Honor, we were talking a lot about what is a search ad

22   and what isn't a search ad.  And I told -- I told you what

23   conceptually it is, and I said something to you about,

24   I think the expression I used was when the rubber hits the

25   road.

1          So this is where the rubber hits the road as,

2    like, what I'm counting as the denominator when I'm thinking

3    about what Google's share is.

4          And the thing is I don't have direct measure of

5    all of these different kinds of ads.  And so here what I'm

6    relying on are industry estimates of what the search ad

7    market is.

8          So on the one hand, I have a source -- standard

9    marketing source called eMarketer that gives an estimate of

10   search -- of total search ad revenue in the U.S.  And on the

11   other hand, Google has something that -- it uses three

12   different industry estimates in something it calls its

13   industry metrics data.  And for each year comes up with,

14   based on these three different sources -- one is Forrester

15   Research, I forget the other two -- comes up with an

16   estimate of what it thinks the total size of the market is.

17   And so I used that.

18          And then what I did was, again, for each year and

19   each device, I picked the bigger number to be conservative.

20   And so that's how I got these.

21          So at some level when the rubber hits the road,

22   I'm kind of relying in this estimate on what industry

23   participants and Google think is the size of the search ad

24   market.

25          THE COURT:  And so we talked about this yesterday.

4781

```
 1    Who is an other?  What companies would you put in the other
 2    category?
 3              THE WITNESS:  I mean, it would be other general
 4    search engine, other specialized search engines.
 5              And so -- but, really, what it is it's -- in some
 6    sense, it's a residual.  So, like, I have the estimate from
 7    the industry participants of what the total is and I know
 8    exactly what Google and Bing's shares are; other is just the
 9    difference.
10    BY MR. SEVERT:
11        Q    And then, Professor, turning back here to your
12    list of economic evidence on Slide 64, you next list
13    "barriers to entry."  And what did you have in mind there?
14        A    So the same kind of barriers to entry that we
15    talked about.  You know, what we were looking at the size,
16    what it takes to service an ad platform, you know, what
17    Google's expenses are.
18              And, you know, it's very expensive to run an ad
19    platform so that's the kind of thing that I was relying on.
20        Q    And then in the next bullet, in the third bullet
21    is "Google's significant advantages over its search ad
22    rivals."  What did you mean by -- in that bullet?
23        A    Well, Your Honor, a few minutes ago I showed you
24    the difference in revenue per query on mobile phones,
25    especially between Google and Bing.
```

4782

1          One of the key contributors to that is the

2   difference in clickthrough rate, which picks up kind of that

3   Google is much -- is better than Microsoft on mobile devices

4   at finding relevant ads that consumers will click on.  And

5   so that's a significant advantage that it has in this

6   market.

7          Q    And then, Professor, your last bullet is "Low

8   advertiser responsiveness allowed Google to raise its text

9   ad prices significantly."

10          What did you mean by that?

11          A    Well, there are two pieces of that bullet sentence

12   or bullet point.

13          One is that Google raises text ad prices

14   significantly and we'll see evidence -- I'll show evidence

15   of that on the next slide when we turn to it.

16          And the second is that the reason they decided

17   they could do that is exactly that they had evidence that

18   advertisers didn't respond very much.

19          So this is the second -- Your Honor, the second

20   piece that I was referring to of empirical evidence about

21   responsiveness, and we'll come to that.

22          Q    So what did you see in terms of text ad prices?

23          A    So if you go to Slide 65, Your Honor, this is

24   showing you, from 2013 to 2021, the -- what the average

25   prices were per click for Google on -- and this is for

4783

1    general search text ads, just to be really clear, on PCs and

2    on mobile phones.

3              And a couple things to say about this.

4              One, this is Google's index.  So when you're doing

5    a price -- looking at prices, Your Honor, you know -- and

6    this comes up in -- you know, when the BLS does the Consumer

7    Price Index.

8              Two things can make -- kinds of things can make

9    prices change over time.  One is that prices really are

10   going up, and the other is that there are compositional

11   changes.  Maybe prices might go up because people start, in

12   this case, doing queries that have higher ad prices.

13             And so what this index -- what Google did when it

14   constructed this index is exactly try to do what the BLS

15   does when it does a price index, which is take out the

16   compositional effects.

17             And, you know, without going into too much detail,

18   or very little, you know, how Do you do that?  Well, you

19   hold the queries fixed that -- you know, this month, and you

20   look at how the total price would change if you held the

21   queries fixed.  And you kind of just do that period to

22   period to period.  So that's the idea of a price index.

23             And so this is Google's price index.  And what you

24   can -- so that's the first thing.

25             And the second thing is, I can't say the numbers

1  but -- so in this -- the way this index is shown here, 2021

2  is an index value of 100.  So these -- and, like, I won't

3  say, you know, that's just a normalization.

4         What I can't say is in 2013, what that value of

5  the index is.  You can read it.

6         And so if you want to know -- and I actually

7  apologize that I didn't just do the computation and show it

8  here for you.  But if you want to know, like, how much did

9  prices -- what percent did prices go up, you know, just

10  divide that first -- the hundred by that first number, and

11  you can see it went up a lot.

12         And if you want, again, context, from 2013 to

13  2021, the Consumer Price Index -- both the Consumer Price

14  Index and the Producer Price Indexes went up way less.

15  So I think the Consumer Price Index went up 13 percent total

16  over those years.  The Producer Price Index went up

17  5 percent.

18         I hope I'm not switching those two around.  But in

19  any case, they're both very small.  This is a much, much

20  bigger increase.

21     Q    And just so we have a clear record, what did you

22  mean by "BLS"?

23     A    Oh, Bureau of Labor Statistics that produces the

24  Consumer Price Index and the Producer Price Index.

25     Q    And then, Professor, have you seen testimony in

1 this trial about Google raising its prices?

2     A    I have.

3     Q    What did you see?

4     A    So on the next slide you'll see testimony from

5 Jerry Dischler talking about Google -- being asked about

6 Google launches, and that they -- did they launch price

7 increases of 5 percent on search ads, and I think what's

8 meant there is general search text ads, and that -- did that

9 happen, and he said, Yes, yeah -- you can read the answer.

10    Q    And have you seen documents showing Google

11 adjusting the rules of its auction to raise prices?

12    A    I have.

13         And so if you look at the next slide, Slide 67,

14 you know, this really kind of gets at the whole thing that

15 Google was doing and is able to do.

16         So, you know, it runs -- there's an ad auction.

17 You know, every time a query is, you know, received,

18 instantaneously, Google runs an auction to decide which ads

19 are going to be shown in the best posi- -- in each of the

20 slides, ad slots.

21         And so what you can see here is their recognition

22 that, you know, one, they want to attract -- extract value,

23 meaning they want to extract the advertisers' values.  So

24 that advertiser -- Google benefits, not advertisers.

25         And how do they do it?  Well, "pricing mechanisms

```
 1    that use pricing knobs."
 2           And so what that means, Your Honor, is that there
 3    are various ways that Google can change the way the auction
 4    runs that change prices in a very clear way, and Google over
 5    the period of 2016 on, studied this in a very, very
 6    deliberate way.
 7        Q    And can you give the Court a specific example?
 8        A    Sure.
 9           So I think, Your Honor, you've heard, if you --
10    about one part of this, a project called Momiji, I think.
11           So Momiji was trying to figure out, you know, can
12    we raise prices, how much can we raise prices, how should we
13    raise prices.
14           And if you go to the next slide, this is --
15    Your Honor, this is a slide of a document that I think
16    Jerry Dischler was asked about.
17           What you're seeing here -- you know, after seeing
18    this slide in testimony, I went through and I read this
19    slide -- I read the document, and you're seeing here
20    two call-outs from this document.
21           The top is -- so what this document was doing was
22    it was -- there were four meetings over the period of a
23    month or so about the Momiji project.  And, you know, this
24    is -- for one of the meetings, I think, it says Meeting 2,
25    what was the agenda?  Do we want to raise prices?  Is it
```

1    okay to raise prices?  And how do we do it?  How do we roll

2    it out?

3            So that's the first -- kind of a first thing to

4    take from this is Google was very aware that it had ways to

5    raise prices, and that's what it was interested in studying.

6            The second part, it's redacted on the slide, but

7    my understanding is I can read it.  And as an economist,

8    I think I can usefully help you understand what this second

9    part means.

10            MR. SCHMIDTLEIN:  Your Honor -- what's your basis

11    for him being able to read this?

12            MR. SEVERT:  Mr. Safty's email.

13            (Plaintiffs' counsel conferred off the record.)

14            MR. SEVERT:  And this is also -- it was talked

15    about extensively with Mr. Juda and Dischler.

16            MR. SCHMIDTLEIN:  Well, I don't agree with that.

17            THE COURT:  Well, I guess the question is,

18    is there -- did Google consent to unsealing this portion?

19            MR. SCHMIDTLEIN:  Can I just confer?

20            (Defense counsel conferred off the record.)

21            MR. SEVERT:  If it would help, we're happy to not

22    say the numbers.

23            MR. SCHMIDTLEIN:  My apologies, Your Honor.  There

24    are a lot of documents that have gone back and forth.

25            MR. SEVERT:  Mr. Schmidtlein, I'm happy to let you

1    look at the email from Mr. Safty.

2              MR. SCHMIDTLEIN:  I'm trying to read the entire

3    string here.

4              It's fine.

5              THE COURT:  Okay.

6              THE WITNESS:  So, Your Honor, as I was saying, and

7    I think as an economist, I can help -- it's a little bit

8    harder maybe to decipher this, but I think I can explain it

9    to you in a way that's helpful.

10             So, the first thing that's being said in this

11   portion, in this call-out is, Why do you think it's poorly

12   priced.

13             And they're speaking about whether they're pricing

14   high -- in essence, are we pricing too low.

15             And what they're really speaking about is too low

16   especially for the highest ranked bidder.

17             So a key thing throughout a lot of these documents

18   is the question of whether we're extracting enough profit

19   out of the bidder that is, you know, most highly ranked, has

20   the highest willingness to pay, is the most relevant on a

21   query.

22             So the second -- then there's three sub-bullet

23   points.

24             The first one says, "Because runner is less than

25   80 percent of his score, not putting high pricing pressure

1    on him."  Okay.  So who's "him" and who's "his"?  It's the

2    highest rank bidder.

3            And who's "runner"?  It's the runner-up, it's the

4    second ranked bidder.

5            And so what they're saying is that the runner-up's

6    bid is only 80 percent of what the highest bidder's

7    score is.

8            And because of that, we're not putting enough

9    pricing pressure on that high bidder.

10            THE COURT:  In other words, because in the second

11    price auction, the price would be 80.1.

12            THE WITNESS:  Correct.

13            THE COURT:  Right.

14            THE WITNESS:  Second --

15            THE COURT:  And they're not covering the delta

16    between what the No. 1 one bidder is willing to pay versus

17    what the No. 2 bidder is willing to pay.

18            THE WITNESS:  Exactly.

19            The second sub-bullet is Jerry Dischler, and he's

20    saying -- well, he's explaining, you know, why would there

21    be a 20 percent gap if it's good, there should -- i.e., it

22    isn't good because there's a 20 percent gap.

23            The third bullet point is Adam Juda, who I think

24    just recently testified.  And I don't remember whether his

25    testimony was sealed or not, but, in general terms, he spoke

```
 1   to you about, are we really -- you know, are we really able
 2   to control prices, were we -- you know, were we really
 3   focused on raising prices, things like that, and I won't say
 4   what he said, but it's in the record.  So he's in this
 5   meeting.
 6          What he says is, "One way to phrase this is that
 7   under perfect prices, one penny less than the breaking point
 8   is the right amount.  The advertiser is currently paying at
 9   least 20 percent less than their willingness to pay."
10          So what he's saying is what we want to do is price
11   a penny below the willingness to pay of the highest bidder.
12   That's the goal.  And that's what they're trying to
13   figure out.
14          And so by doing that, if -- to the extent that
15   they're able to do that, they will extract all of the
16   advertisers' benefits and put it into Google profits.  So
17   that's what this slide is showing you.
18   BY MR. SEVERT:
19       Q    And then, Professor, have you seen any evidence
20   that Google has a lot of influence over price?
21       A    I have.
22          So if you bring up Slide 69, you'll see an
23   earlier, slightly earlier slide deck about Momoji, and it's
24   talking about how much they could make by essentially, A,
25   raising format pricing.
```

1          So, Your Honor, I don't really recall whether

2    anyone has spoken to you about formats, but they're

3    basically the little extensions on text ads that give more

4    information or let you hit a button to call the advertiser.

5          So they were looking at raising the prices of

6    those, and they also were interested in this thing called

7    squashing.  And, again, I don't know -- I can't recall

8    whether anyone's talked to you about quashing, but it was

9    another mechanism.  Basically what they would do is they

10   would take the second highest bidder, who -- the bidder who

11   had the second highest predicted clickthrough rate, and, in

12   essence, in the formula for the auction, boost that ranking

13   of that.  And why?  To basically raise the price against the

14   highest bidder.

15         So they're talking about doing both of those

16   things and saying, we can increase RPM, revenue for thousand

17   queries, 10 percent from format pricing, 5 percent from

18   squashing, and they work well together, so if we do both,

19   we'll raise prices 15 percent.

20         So that's what this slide is talking about.

21   Q    And what convinced them that they could raise

22   prices like this?

23   A    So what convinced them is that they did these

24   experiments Your Honor, that showed them that there was low

25   advertiser responsiveness to price increases.  And so

4792

1    starting in 2016, I don't have a slide on this, although in

2    my report there's a figure showing you this, but, you know,

3    just to tell you this story, and, again, this comes back to

4    your question about, is there empirical evidence about

5    responsiveness.

6            So they did this with advertisers starting in

7    2016.

8            What they did is they artificially lowered or

9    raised prices to advertisers, and they looked to see what

10   happened to ad revenue.  Did advertisers flee off to

11   alternatives or did they stick with us?

12           And they started first and they did this for -- a

13   six-week experiments and they found that, oh, they're not

14   fleeing.

15           Then they were like, well, we're a little -- maybe

16   they don't leave after six weeks and we should do a longer

17   experiment.  So they did a three-month experiment.

18           Then, same thing they were like, well, what about

19   longer term, so they did a six-month experiment.

20           And the bottom line on this that they came to was,

21   if we -- basically there's what they called a stickage of

22   50 percent.  So if they raised prices 10 percent, revenue

23   would go up 5.  So, yes, there was some reduction in

24   advertising, but it was low enough that raising prices was

25   profitable, and that's what convinced them that they could

4793

1    do this.

2        Q    And what was the effect on the efficiency of the

3    auction?

4        A    Well, so one of the things, you know, things like

5    squashing, and there was another thing that they did called

6    rGSP, where they randomize -- I don't know if anyone's

7    spoke -- where they would randomize -- the winner, the

8    highest bidder in order to be sure to get that top spot had

9    it bid like three times what another bidder, the second

10   bidder did.

11           So all of these things are, in some sense,

12   introducing inefficiency into the auction.  You're going to

13   sometimes put a less relevant ad in the top spot.

14           But they're willing to do that because it helped

15   them extract more out of the highest -- the advertiser most

16   likely to win -- the top advertiser.  And so they were --

17   that's one of the -- you know, there's a tradeoff.

18           THE COURT:  You say that because a top advertiser

19   would increase the bid in order to avoid the switching?

20           THE WITNESS:  Depended on the mechanism.

21           So the squashing mechanism was kind of -- for the

22   second price reason that you said, was kind of a direct

23   thing.  That basically they increased the score of the

24   second highest, and that made automatically the highest, if

25   they still won, pay more.

4794

1              rGSP is, instead, it's ran -- it's random

2      whether you're going to win.  And so what does that make the

3      winner do?  It makes the highest rank bidder worried that

4      he's not going to win, okay?

5              So let me give you an analogy.

6              So I don't know if you remember the runner Usain

7      Bolt, the Jamaican runner, super fast, okay?  He came along,

8      he was way faster than everyone else, okay?

9              And if you remember, one of the really striking

10     things was he was so much faster than everyone else that

11     sometimes at the end of this 100-meter race, he'd coast,

12     because he knew he was going to win.

13             So suppose you wanted him to run fast all the way

14     to the end, what could you do?  Well, you could kind of make

15     it so that he wasn't going to get the gold medal unless --

16     you know, for sure, unless he beat everybody by 15 meters.

17     And if he did that, he would run fast all the way to the

18     end.

19             So you would be creating -- it's almost like you

20     were starting all the runners at some random -- ten yards

21     ahead randomly and not telling Bolt where they are and he

22     just has to keep running and running and running really fast

23     to win.

24             So that's, in essence, what rGSP did.  It

25     created pressure on that top advertiser so that they would

```
1   bid high -- you know, they were worried they were not going

2   to get that gold metal medal of the top spot and they'd bid

3   high in order to do it.

4           THE COURT:  What's the basis for thinking that's

5   the behavioral response by the top bidder, if, as

6   I understand it, maybe I'm wrong, the top bidder is not

7   aware of when that occurs and the frequency with which it

8   occurs?  In other words, they may not know --

9           THE WITNESS:  Right.

10          THE COURT:  -- that, in fact, they are being

11  switched out for a lower bid.

12          THE WITNESS:  Right.

13          So Google has not been transparent about what

14  they're doing with rGSP, from what I've seen.

15          But advertisers, you know, can see an experiment

16  with -- when we bid this way, what's the chance we win?

17  When we bid lower, what's the chance we win?

18          And so they can, you know, get evidence to

19  themselves of the likelihood.  That's the first thing I

20  would say to you is they do have ways of finding out even if

21  they don't know exactly what Google is doing.  You know,

22  suddenly Google starts doing it and someone who was winning

23  for sure now isn't winning or is only winning with

24  30 percent of the time with the same bid.  And so they start

25  seeing.
```

1          But the second piece of evidence is in the record

2    of how Google thinks about it.  That's why they're doing

3    this, because they realize that it's going to create more

4    pricing pressure for that top bidder.  And so all of these

5    knobs, these pricing knobs are really aimed at affecting

6    these prices.

7          And I think that's one of the real lessons here

8    also, is they understand really well how price -- how

9    competitive pressure can affect a leader, they understand

10   that.

11   BY MR. SEVERT:

12   Q    Professor, it's an auction.  Isn't an auction the

13   outcome of competition?

14   A    So that's a really -- you know, I think it's

15   really easy to sometimes slip into the thought, well, it's

16   an auction, and an auction is competition so how could there

17   be market power?

18          But the thing is, you know, it's the advertisers

19   competing and running in this little race.  It's Google

20   setting the rules.  It's Google setting the rules in a way

21   that extracts those advertisers' value.

22   Q    And what does this tell you about market power

23   that Google has in the general search text ads market?

24   A    It tells me they have market power.

25          I mean it's, you know, the legal term power over

1  price, this is it, you can see it.

2      Q    And does Google's ability to raise general search

3  text ad prices also tell you something about its market

4  power in the broader search ads market?

5      A    It does.

6           Excuse me, that was a little loud.

7           It does.  And, you know, general search text

8  advertising -- Your Honor, I think I referred to this a

9  little bit -- my estimate is it's around 64 percent of total

10  search ad market.  And so, you know, Google has, you know,

11  this direct evidence that Google has this pricing power in a

12  large segment of the search advertising market.  And that's

13  not even counting the fact that they also are selling PLAs

14  in addition, which is a significant part of the rest.

15      Q    And then just to go back, does the fact that

16  Google is able to exercise substantial market power in its

17  selling of ads tell us -- tell you anything about market

18  definition that we talked about yesterday?

19      A    It does.

20      Q    What does it tell you?

21      A    So, Your Honor, yesterday you asked me what kinds

22  of evidence I look to about market definition, given the

23  issues that we discussed.  And I referred to evidence of

24  differentiation and that market participants see that

25  differentiation, and I also referred to direct evidence

4798

1    about lack of responsiveness.

2          But there's one other thing that I didn't mention,

3    which is what we're talking about now, which is

4    direct evidence of market power.

5          And one way that you can -- one other reliable way

6    that you can -- proper way you can -- for evidence of market

7    definition is if a firm within it -- within the market, in

8    this case Google, if you see evidence that they have a lot

9    of market power, it must be that it's a relevant market,

10   because Google couldn't have a lot of market power if these

11   other things were sufficient substitutes to discipline a

12   hypothetical monopolist.

13         MR. SEVERT:  I have no further questions at this

14   time, Your Honor.

15         At this time, I move to admit Professor Winston's

16   slide deck, which is UPXD102, to complete his testimony

17   since there were a number of numbers and other things he

18   would have otherwise been able to say that in open session

19   that he just couldn't.

20         MR. SCHMIDTLEIN:  No objection.

21         THE COURT:  Okay.  All right.

22         So that slide deck will be admitted.

23                              (Plaintiffs' Exhibit UPXD102
                                    received into evidence.)

24

25

4799

1          THE COURT:  All right.  So that --
2     Mr. Schmidtlein.
3          MR. SCHMIDTLEIN:  Your Honor, I would just ask
4     that you directly instruct this witness on the rules of
5     engagement here, because it's a little bit different, and
6     specifically about that he should not be talking to anyone
7     about the testimony he's given, he should not be reviewing
8     transcript of the testimony that he has given, and so he
9     doesn't come back on the stand and start his next round of
10    testimony with, there were some things I'd like to add from
11    the last go-around.  So just so that we know that we are
12    done today on these subject matters.
13          MR. DINTZER:  We're comfortable with the
14    instruction that he not review his transcript of what he's
15    given.
16          He's a professor of economics and to ask him not
17    to think about what he said is, perhaps, asking more than
18    anybody can ask.
19          And so the lines would be, we don't expect --
20    we're certainly not going to ask him to go back and re-do
21    any of this, and talk -- and look at what he's done.  But
22    the -- and I think fairly ask that he not go back and review
23    this to look at where he's going to -- he wants to add other
24    things.
25          But I think that's where to draw the line,

4800

1    Your Honor, given that the Court may have questions, he may

2    have -- and so we will not -- we certainly won't prepare

3    anything else to add to what he said here.

4            THE COURT:  Okay.

5            All right.  So, Professor Whinston, here will be

6    the ground rules until you return next time.

7            Your testimony that you have provided us today and

8    yesterday, I'll ask you please not to discuss that with

9    anyone between now and your next appearance in court, and

10    that includes lawyers for the plaintiffs.

11            I'll ask you also or direct you to also not to

12    review your testimony that you have already provided, as

13    well as the slide deck.

14            You may, however, speak to plaintiffs' counsel and

15    may speak to plaintiffs' counsel about your upcoming

16    testimony.  And when you are talking to them about your

17    upcoming testimony, I'm going to instruct you not to discuss

18    with them the testimony that you've given the last two days.

19            THE WITNESS:  Can I ask one question?

20            THE COURT:  Of course.

21            THE WITNESS:  When I go home tonight and my wife

22    asks how did it go, can I tell her?

23            THE COURT:  You can talk to her.

24            THE WITNESS:  Okay.  Thanks.  Thank you.

25            MR. DINTZER:  Thank you for that clarity,

```
1    Your Honor.

2              THE COURT:  All right.

3              MR. DINTZER:  I think there's one issue

4    regarding -- and we'll address it -- regarding the

5    transcript --

6              I'm sorry, if we're done with this and we can

7    excuse Professor Winston.

8              THE COURT:  Professor Winston, you can step down

9    and step out and we'll see you soon.

10             THE WITNESS:  Thanks.

11             MR. DINTZER:  It's just about the transcript

12   that -- and Samsung, were you all going to say something

13   or --

14             MR. SCHMIDTLEIN:  We have, I think, a couple of

15   witness testimony that you had asked for us to provide

16   redactions or closed session evaluation.

17             THE COURT:  Right.

18             MR. SCHMIDTLEIN:  I believe of Mr. Dischler and --

19   well, Higgins I think we dealt with yesterday.  So I think

20   Your Honor has given us -- or has given Verizon until

21   Monday.

22             THE COURT:  Right.

23             MR. SCHMIDTLEIN:  We have Mr. Kolotouros and

24   Dischler.

25             THE COURT:  Right.
```

4802

1              MR. SCHMIDTLEIN:  As you may remember,

2   Mr. Kolotouros was -- is involved in Android contracts --

3              THE COURT:  Right.

4              MR. SCHMIDTLEIN:  -- with various third parties.

5              We have gotten proposed, I guess, redactions from

6   the plaintiffs.  Some of that testimony, as you may

7   remember, also involves third parties like a Samsung and a

8   Motorola.  We have reached out to them to try to give them

9   an opportunity to review this, and we are efforting to get

10  them to get us their redactions today, because that was,

11  I think, the deadline that you had asked us to try to meet.

12             THE COURT:  Right.

13             MR. SCHMIDTLEIN:  They may or may not be able to

14  make that deadline.  And if they are not, I guess I would

15  ask for a Monday extension for them.

16             We -- I think we've got everything we need or

17  we're in a position, as we reviewed it internally with

18  Google, but these third parties do have, I think, an

19  interest fairly.  They weren't here obviously for their

20  testimony like Mr. Higgins.

21             THE COURT:  Right.

22             MR. SCHMIDTLEIN:  So if we don't hear from them,

23  I'd ask until Monday so we can accommodate them.

24             THE COURT:  Counsel.

25             MR. CONRAD:  Just briefly, we have no objection to

 1    that.

 2            THE COURT:  Well, here's what I would propose

 3    which is, by the end of the day, get me what you've got.  In

 4    other words to the extent that you've collected your

 5    proposals with the plaintiffs' proposals, please send that

 6    over and just mark any areas that are still open for

 7    discussion with the third parties.  That way we can at least

 8    get started on looking at those transcripts and get a head

 9    start on reviewing those, and it will make our -- the output

10    much shorter.

11            MR. SCHMIDTLEIN:  Yeah, the only -- obviously the

12    only question is if they come in and ask for something above

13    and beyond what we've asked for, but we'll certainly -- we

14    can certainly get you what we have today.

15            THE COURT:  Sure.  Okay.

16            All right.  So, terrific.

17            All right.  So just to close the loop on the

18    transcript issue, we have concluded our review of Mr. Cue's

19    transcripts, so those will be made available, at least the

20    public portions will be made available or will be made

21    available this afternoon after we're done here today.  And

22    that's all I have on my list of things.

23            Anything else?

24            MR. DINTZER:  Nothing else from the DOJ

25    Plaintiffs.

4804

1          MR. CAVANAUGH:  Nothing for us, Your Honor.

2          MR. SCHMIDTLEIN:  Nothing for Google, Your Honor.

3          THE COURT:  Thank you, all.  And I will request

4    another housekeeping trip up here.  Thank you, everyone.

5          COURTROOM DEPUTY:  All rise.  This Court stands in

6    recess.

7          (Proceedings concluded at 12:43 p.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__October 7, 2023_____    

William P. Zaremba, RMR, CRR

4806

**BY MR. CAVANAUGH:**
**[13]** 4683/18 4690/18
4691/8 4693/22
4696/21 4701/5
4701/10 4705/12
4709/15 4712/21
4713/3 4714/6 4755/21
**BY MR. SEVERT: [10]**
4758/9 4759/25
4762/18 4766/1
4766/23 4773/10
4777/7 4781/10
4790/18 4796/11
**BY MS. WASZMER:**
**[11]** 4717/3 4717/9
4720/3 4725/7 4734/1
4735/12 4741/17
4742/10 4746/25
4754/10 4755/3
**COURTROOM**
**DEPUTY: [7]** 4682/2
4682/6 4683/5 4683/8
4741/8 4741/11 4804/5
**MR. CAVANAUGH:**
**[20]** 4682/13 4682/17
4683/3 4683/11
4683/13 4689/17
4691/7 4693/13 4696/2
4696/12 4696/15
4701/3 4701/8 4705/6
4709/6 4714/5 4716/12
4754/2 4757/11 4804/1
**MR. CONRAD: [1]**
4802/25
**MR. DINTZER: [8]**
4740/18 4740/25
4741/4 4799/13
4800/25 4801/3
4801/11 4803/24
**MR. SCHMIDTLEIN:**
**[17]** 4766/16 4787/10
4787/16 4787/19
4787/23 4788/2
4798/20 4799/3
4801/14 4801/18
4801/23 4802/1 4802/4
4802/13 4802/22
4803/11 4804/2
**MR. SEVERT: [7]**
4757/18 4758/1
4787/12 4787/14
4787/21 4787/25
4798/13
**MS. BELLSHAW: [2]**
4682/19 4682/25
**MS. WASZMER: [18]**
4693/16 4695/23
4705/8 4716/16 4717/8
4720/2 4725/5 4735/9
4740/11 4741/16
4742/7 4746/24 4754/1
4754/3 4754/5 4754/8
4754/24 4755/17
**THE COURT: [77]**
4682/4 4682/12
4682/14 4682/18
4682/23 4683/9

4689/12 4689/15
4689/18 4690/9
4690/13 4690/16
4690/25 4691/6
4693/18 4696/4 4696/7
4696/19 4705/9
4712/20 4712/23
4716/15 4716/22
4717/7 4719/8 4719/25
4733/16 4733/25
4735/11 4740/13
4740/23 4741/1 4741/5
4741/13 4746/13
4746/23 4754/4
4757/13 4757/16
4757/19 4757/22
4757/24 4758/21
4758/25 4762/13
4765/12 4766/22
4772/25 4775/15
4777/3 4777/6 4780/25
4787/17 4788/5
4789/10 4789/13
4789/15 4793/18
4795/4 4795/10
4798/21 4798/24
4800/4 4800/20
4800/23 4801/2 4801/8
4801/17 4801/22
4801/25 4802/3
4802/12 4802/21
4802/24 4803/2
4803/15 4804/3
**THE WITNESS: [40]**
4683/14 4689/24
4690/11 4690/14
4691/3 4696/5 4696/10
4696/14 4696/17
4709/8 4712/25
4716/14 4719/13
4720/1 4733/20 4741/7
4746/17 4757/15
4757/21 4757/23
4758/16 4758/22
4759/1 4762/15
4765/17 4773/3
4775/19 4777/4 4781/3
4788/6 4789/12
4789/14 4789/18
4793/20 4795/9
4795/12 4800/19
4800/21 4800/24
4801/10

**$**

**$5 [2]** 4737/16 4737/19

**'**

**'21 [1]** 4768/17

**0**

**0340 [1]** 4679/4

**1**

**10 [2]** 4693/2 4705/2
**10 percent [3]** 4711/25
4791/17 4792/22
**100 [1]** 4784/2
**100 percent [2]**

**100-meter [1]** 4794/1
**10019 [1]** 4680/14
**10036-6710 [1]**
4679/20
**1100 [1]** 4679/3
**1110 [1]** 4701/4
**1133 [1]** 4679/19
**1195 [2]** 4705/6
4705/10
**11:00 [1]** 4740/15
**11:01 [1]** 4741/10
**11:15 [2]** 4740/16
4741/3
**11:16 [1]** 4741/10
**12 [1]** 4726/12
**12:43 [1]** 4804/7
**12th [2]** 4714/11
4725/22
**13 percent [1]** 4784/15
**1300 [1]** 4679/15
**1301 [1]** 4680/13
**15 [8]** 4686/15 4694/16
4694/21 4714/16
4726/24 4727/9
4727/10 4794/16
**15 percent [1]** 4791/19
**165 [1]** 4755/1
**18 [1]** 4678/7
**1:44 [1]** 4717/23

**2**

**20 [1]** 4778/8
**20 percent [3]** 4789/21
4789/22 4790/9
**20-3010 [2]** 4678/4
4682/7
**20001 [1]** 4680/19
**20024 [1]** 4680/9
**2009 [2]** 4762/6 4762/7
**2010s [1]** 4727/6
**2011 [1]** 4683/22
**2013 [4]** 4684/7
4784/12
**2015 [2]** 4727/6
4768/17
**2016 [6]** 4727/6 4778/2
4778/4 4786/5 4792/1
4792/7
**2018 [4]** 4684/19
4693/25 4743/8
4743/24
**2019 [18]** 4692/9
4692/13 4697/23
4698/23 4703/24
4717/18 4721/1
4721/12 4724/14
4724/16 4730/5
4739/16 4743/1 4743/4
4743/6 4743/14
4743/21 4751/1
**202 [4]** 4679/4 4679/9
4680/10 4680/20
**2020 [28]** 4685/5
4685/25 4692/9 4696/9
4696/18 4697/2
4697/19 4698/19

4701/23 4708/1
4708/18 4708/22
4708/24 4710/15
4722/13 4723/7
4761/13 4762/1
4764/20 4765/5 4772/4
4778/7 4778/8 4778/9
4778/13 4779/15
**2021 [21]** 4685/12
4704/7 4705/2 4713/16
4713/20 4714/11
4715/1 4715/12
4720/11 4720/16
4724/17 4725/22
4743/24 4751/3 4762/6
4778/3 4778/5 4778/10
4782/24 4784/1
4784/13
**2022 [3]** 4700/24
4744/17 4744/18
**2023 [3]** 4678/5
4703/25 4805/7
**20530 [1]** 4679/8
**20th [1]** 4708/1
**2115 [1]** 4680/4
**212 [2]** 4679/21
4680/15
**2200 [1]** 4679/20
**2307 [1]** 4679/9
**26 [1]** 4730/5
**266 [1]** 4686/10
**267 [1]** 4686/23
**268 [1]** 4692/24
**26th [4]** 4697/23
4717/18 4721/1
4721/12
**270 [2]** 4693/12
4693/23
**272 [1]** 4695/8
**2793 [1]** 4679/21

**3**

**30 [1]** 4714/14
**30 percent [1]** 4795/24
**3010 [2]** 4678/4 4682/7
**307-0340 [1]** 4679/4
**312 [1]** 4736/10
**313 [1]** 4736/10
**3249 [1]** 4680/20
**333 [1]** 4680/19
**335-2793 [1]** 4679/21
**354-3249 [1]** 4680/20
**360 [12]** 4687/21
4687/23 4689/14
4694/1 4706/20
4724/18 4726/1
4730/12 4739/16
4750/24 4753/14
4753/17
**3840 [1]** 4680/14
**3P [6]** 4711/1 4712/12
4712/24 4712/25
4713/4 4723/12

**4**

**40 [1]** 4761/5
**402 [1]** 4680/5

**43 [2]** 4758/10 4760/2
**431 [1]** 4709/6
**434-5000 [1]** 4680/10
**44 [1]** 4760/18
**45 [1]** 4761/1
**450 [1]** 4679/8
**46 [1]** 4761/5
**47 [1]** 4761/10
**471-3840 [1]** 4680/5
**48 [1]** 4762/4
**48 percent [2]** 4745/5
4745/11
**49 [1]** 4762/23
**497-7702 [1]** 4680/15

**5**

**5 percent [3]** 4784/17
4785/7 4791/17
**50 [1]** 4763/13
**50 percent [1]** 4792/22
**5000 [1]** 4680/10
**508-6000 [1]** 4679/16
**51 [2]** 4764/6 4764/8
**52 [2]** 4764/5 4764/14
**5252 [2]** 4754/4 4754/6
**53 [1]** 4765/8
**54 [1]** 4767/19
**55 [2]** 4704/21 4768/7
**56 [1]** 4770/9
**57 [1]** 4770/24
**577 [1]** 4744/22
**578 [1]** 4747/5
**579 [1]** 4747/5
**580 [2]** 4748/17
4748/23
**581 [1]** 4748/18
**59 [1]** 4773/23
**598-2307 [1]** 4679/9
**5th [1]** 4679/8

**6**

**60 [1]** 4777/9
**60 percent [1]** 4704/21
**6000 [1]** 4679/16
**61 [1]** 4777/19
**62 [1]** 4777/25
**63 [1]** 4779/11
**64 [2]** 4781/12 4797/9
**65 [1]** 4782/23
**65 percent [1]** 4779/14
**665 [1]** 4705/24
**668 [4]** 4721/11
4721/18 4730/4
4735/14
**67 [1]** 4785/13
**6710 [1]** 4679/20
**680 [1]** 4680/9
**68509 [1]** 4680/5
**69 [1]** 4790/22
**6th [1]** 4743/7

**7**

**720 [1]** 4679/16
**74 [1]** 4779/15
**7702 [1]** 4680/15
**78 percent [2]** 4690/23
4690/24

**7th [1]** 4679/15

**8**

**80 [1]** 4712/2
**80 percent [4]** 4762/7
4778/5 4788/25 4789/6
**80.1 [1]** 4789/11
**80203 [1]** 4679/16
**85 [5]** 4713/18 4715/7
4715/12 4715/15
4715/25
**88 [1]** 4778/9
**88 percent [3]** 4778/6
4778/11 4778/13
**89.2 [2]** 4761/14
4772/17
**8th [1]** 4701/23

**9**

**90 [1]** 4762/8
**90 percent [5]** 4713/16
4715/8 4715/12
4715/15 4715/25
**95 percent [1]** 4763/2
**9:30 [1]** 4678/6

**A**

**a.m [3]** 4678/6 4741/10
4741/10
**Aaron [1]** 4680/8
**ability [9]** 4688/13
4723/13 4732/16
4733/17 4734/5 4734/8
4739/18 4742/2 4797/2
**ablation [1]** 4771/14
**able [20]** 4692/15
4702/12 4709/10
4709/11 4717/14
4729/6 4732/22 4735/1
4737/10 4765/24
4770/7 4775/10
4776/20 4785/15
4787/11 4790/1
4790/15 4797/16
4798/18 4802/13
**about [127]** 4694/13
4697/4 4701/2 4703/12
4706/17 4706/19
4708/7 4708/21
4711/12 4716/20
4717/18 4718/2 4719/5
4720/11 4720/20
4721/24 4722/5 4722/6
4722/11 4722/20
4723/17 4723/17
4724/9 4724/10 4728/7
4728/9 4729/17
4731/19 4732/5 4734/5
4738/5 4739/5 4739/23
4741/21 4742/14
4743/12 4745/13
4748/8 4749/17
4749/17 4749/21
4751/8 4753/24
4754/12 4755/1 4755/8
4758/18 4759/3 4759/6
4759/17 4759/21

**actually [14]** 4697/3
4709/24 4710/8 4726/4
4733/6 4734/22
4745/22 4756/5
4758/13 4759/23
4759/23 4778/19
4779/3 4784/6
**ad [42]** 4689/10
4689/25 4690/10
4690/14 4690/22
4690/25 4691/4
4732/25 4750/16
4751/10 4751/17
4751/18 4751/20
4751/22 4752/22
4756/2 4756/9 4756/18
4757/2 4757/10 4770/2
4770/3 4777/22
4779/19 4779/21
4779/22 4780/6
4780/10 4780/23
4781/16 4781/18
4781/21 4782/9
4782/13 4782/22
4783/12 4785/16
4785/20 4792/10
4793/13 4797/3
4797/10
**Adam [3]** 4679/6
4758/1 4789/23
**adam.severt [1]**
4679/10
**add [7]** 4706/2 4706/2
4775/3 4775/4 4799/10
4799/23 4800/3
**added [2]** 4707/12
4728/24
**adding [4]** 4709/13
4738/22 4738/24
4738/25
**addition [2]** 4761/25
4797/14
**additional [1]** 4694/16
**address [5]** 4694/16
4717/11 4728/6
4733/11 4801/4
**adjusting [1]** 4785/11
**admit [3]** 4693/14
4754/1 4798/15
**admitted [6]** 4681/4
4681/18 4693/19
4705/9 4754/4 4798/22
**Adobe [3]** 4713/5
4722/19 4724/2
**adopted [1]** 4710/6
**adopting [1]** 4692/17
**adoption [7]** 4691/10
4691/16 4691/25
4692/17 4694/6
4695/15 4695/16
**ads [78]** 4687/21
4687/23 4687/24
4689/14 4690/10
4690/13 4690/21
4691/14 4691/23
4694/1 4702/2 4711/4
4711/7 4713/18

**4716/1 4716/3 4716/7**
4718/24 4719/16
4720/8 4720/9 4724/18
4726/1 4726/16
4726/18 4727/22
4728/10 4728/11
4729/25 4730/12
4730/17 4731/23
4732/25 4733/4 4736/2
4736/2 4737/10
4739/16 4747/22
4749/2 4749/19
4750/15 4750/23
4750/24 4751/6
4751/10 4751/14
4753/14 4753/17
4756/6 4756/15
4756/21 4756/23
4756/24 4757/2 4757/8
4758/18 4758/20
4759/7 4759/9 4759/10
4759/11 4759/17
4765/5 4775/2 4777/8
4780/5 4782/4 4783/1
4785/7 4785/8 4785/15
4791/3 4796/23 4797/4
4797/17
**Ads 360 [8]** 4687/21
4687/23 4724/18
4730/12 4739/16
4750/24 4753/14
4753/17
**Ads' [1]** 4688/7
**AdSense [1]** 4763/6
**advantage [5]** 4769/15
4769/21 4773/13
4775/23 4782/5
**advantages [8]**
4767/21 4767/22
4768/5 4768/8 4768/11
4769/11 4769/18
4781/21
**advertiser [18]**
4691/16 4732/21
4733/21 4734/18
4739/17 4755/8
4755/10 4759/18
4773/5 4782/8 4785/24
4790/8 4791/4 4791/25
4793/15 4793/16
4793/18 4794/25
**advertiser's [2]**
4739/21 4755/9
**advertisers [26]**
4688/22 4692/15
4706/7 4711/7 4711/14
4715/17 4716/5
4723/13 4733/1 4734/5
4734/8 4734/14 4735/6
4739/19 4748/11
4753/17 4754/13
4754/15 4755/14
4782/18 4785/24
4792/6 4792/9 4792/10
4795/15 4796/18
**advertisers' [4]**
4739/10 4785/23

**advertising [18]**
4689/8 4689/22 4737/6
4754/19 4764/18
4765/3 4777/12
4777/14 4777/25
4778/4 4778/17
4778/20 4778/23
4779/7 4779/13
4792/24 4797/8
4797/12
**advise [1]** 4703/4
**AdWords [1]** 4749/2
**affect [1]** 4796/9
**affecting [1]** 4796/5
**after [12]** 4704/7
4740/15 4740/16
4743/19 4744/15
4749/18 4750/23
4755/24 4765/25
4786/17 4792/16
4803/21
**afternoon [1]** 4803/21
**again [16]** 4693/3
4697/16 4710/22
4711/20 4712/5 4712/9
4741/12 4745/15
4757/21 4767/2 4770/9
4772/10 4780/23
4784/12 4791/7 4792/3
**against [5]** 4737/19
4759/14 4774/14
4775/11 4791/13
**agencies [1]** 4735/3
**agenda [1]** 4786/25
**ago [3]** 4731/20
4772/12 4781/23
**agree [2]** 4715/16
4787/16
**agreed [2]** 4696/15
4787/6
**ahead [5]** 4728/6
4733/22 4740/14
4758/25 4794/21
**AI [3]** 4765/21 4765/22
4765/25
**aided [1]** 4680/21
**aim [1]** 4737/23
**aimed [1]** 4796/5
**aka [1]** 4691/10
4741/21
**al [3]** 4678/3 4682/8
**algorithm [2]** 4771/16
4771/21
**align [1]** 4744/9
**all [61]** 4682/2 4682/15
4682/23 4683/9 4688/9
4689/21 4693/7
4694/21 4698/10
4698/17 4702/11
4704/5 4704/18
4709/23 4710/19
4713/15 4714/18
4715/10 4716/2
4732/17 4733/9 4735/4
4740/7 4740/14 4741/8
4741/11 4741/14
4741/15 4746/15

**4763/11 4763/20**
4764/15 4765/10
4766/11 4767/3 4767/4
4767/10 4768/13
4769/10 4769/12
4769/21 4770/10
4771/2 4772/4 4772/24
4773/5 4773/14 4774/3
4774/7 4774/8 4774/9
4776/2 4776/3 4776/6
4776/12 4776/18
4776/23 4777/1
4777/14 4778/23
4779/3 4779/21
4779/23 4780/3
4780/25 4781/15
4782/20 4783/3 4785/1
4785/5 4785/5 4786/10
4786/16 4786/23
4787/15 4788/13
4788/15 4790/1
4790/23 4790/24
4791/2 4791/8 4791/15
4791/20 4792/4 4792/4
4792/18 4795/13
4796/2 4796/22 4797/3
4797/17 4797/18
4797/22 4798/1 4798/3
4799/6 4799/7 4799/17
4800/15 4800/16
4801/11
**above [2]** 4803/12
4805/4
**above-titled [1]** 4805/4
**accept [1]** 4682/23
**access [7]** 4689/11
4690/1 4723/4 4723/25
4724/3 4724/4 4767/8
**accommodate [1]**
4802/23
**account [11]** 4684/3
4730/24 4731/15
4731/15 4732/12
4732/18 4733/13
4733/13 4733/21
4733/22 4765/13
**accuracy [2]** 4712/7
4713/8
**accurate [5]** 4688/12
4718/14 4723/7
4741/24 4746/5
**achieve [2]** 4737/23
4737/25
**acronyms [2]** 4720/6
4736/15
**across [11]** 4686/16
4693/2 4716/8 4718/16
4719/10 4719/11
4719/11 4719/14
4719/23 4726/24
4744/10
**action [6]** 4682/7
4737/8 4737/16
4737/19 4750/1
4752/19
**actively [1]** 4729/15
**actual [3]** 4688/3

**all... [32]** 4748/2
4752/24 4756/6
4756/12 4756/13
4756/15 4756/21
4756/23 4757/13
4757/17 4757/24
4774/13 4774/22
4774/24 4778/12
4780/5 4790/16
4793/11 4794/13
4794/17 4794/20
4796/4 4798/21
4798/24 4800/5 4801/2
4801/12 4803/16
4803/17 4803/22
4804/3 4804/5
**All right [1]** 4709/23
**allow [1]** 4718/15
**allowed [1]** 4782/8
**almost [3]** 4747/14
4754/9 4794/19
**along [1]** 4794/7
**alongside [1]** 4751/25
**alpha [5]** 4727/17
4727/21 4728/1 4728/2
4728/19
**already [14]** 4693/14
4694/25 4695/6 4701/4
4701/8 4709/6 4710/12
4721/4 4725/6 4732/17
4733/10 4742/8
4764/25 4800/12
**also [31]** 4684/9
4690/8 4691/4 4694/15
4700/17 4702/12
4707/6 4719/5 4722/10
4725/6 4734/14 4736/5
4746/19 4747/22
4748/13 4748/18
4752/3 4759/16 4762/1
4762/9 4762/19 4769/6
4787/14 4791/6 4796/8
4797/3 4797/13
4797/25 4800/11
4800/11 4802/7
**alternatives [1]**
4792/11
**although [1]** 4792/1
**always [1]** 4719/3
**am [2]** 4703/23
4773/15
**Amalgam [22]** 4700/18
4700/21 4720/14
4720/18 4724/21
4724/24 4726/7
4726/13 4726/20
4727/1 4727/2 4736/5
4741/21 4742/2 4744/7
4744/13 4745/5
4745/12 4747/19
4747/20 4755/24
4756/9
**amaurer [1]** 4680/11
**amazing [1]** 4776/7
**Amazon [4]** 4722/24
4723/13 4723/25
4724/3

**AMERICA [2]** 4673/2
4682/7
**Americas [2]** 4679/19
4680/13
**AMIT [5]** 4678/9 4682/3
4683/4 4683/16
4729/11
**Amit P [1]** 4682/3
**Amit Varia [1]** 4729/11
**amount [7]** 4724/2
4759/4 4770/16 4774/5
4774/23 4775/10
4790/8
**amplification [1]**
4773/1
**analogy [2]** 4759/12
4794/5
**analysis [7]** 4707/15
4734/24 4735/6
4735/23 4750/7
4750/10 4750/12
**Analytics [5]** 4718/6
4718/13 4719/13
4719/19 4719/21
**Android [2]** 4685/13
4802/2
**announce [2]** 4726/11
**announced [1]**
4744/13
**announcement [2]**
4729/7 4744/16
**annual [5]** 4688/7
4695/14 4764/15
4764/16 4764/18
**another [13]** 4720/20
4723/25 4725/3
4732/23 4733/7
4733/13 4734/10
4734/20 4770/1 4791/9
4793/5 4793/9 4804/4
**answer [5]** 4695/23
4696/4 4772/17 4777/5
4785/9
**answered [1]** 4714/24
**Antitrust [2]** 4679/7
4679/13
**any [22]** 4692/22
4702/20 4709/3
4723/10 4723/12
4739/16 4747/16
4749/20 4750/1 4750/7
4754/14 4764/1 4765/2
4766/11 4766/17
4767/10 4771/8
4776/25 4784/19
4790/19 4799/21
4803/6
**anybody [1]** 4799/18
**anyone [4]** 4741/6
4791/2 4799/6 4800/9
**anyone's [2]** 4791/8
4793/6
**anything [8]** 4690/6
4690/6 4770/10 4774/9
4776/3 4797/17 4800/3
4803/23
**anywhere [1]** 4729/23
**API [1]** 4723/5

**A.M. [2]** 4673/4 4734/21
4734/23 4739/23
**apologies [4]** 4738/4
4764/6 4778/12
4787/23
**apologize [2]** 4704/14
4784/7
**appear [1]** 4747/25
**appearance [1]** 4800/9
**APPEARANCES [2]**
4678/11 4679/23
**appears [4]** 4705/4
**applaud [1]** 4776/10
**Apple [10]** 4764/22
4764/22 4764/24
4765/1 4774/15
4774/17 4774/18
4774/22 4775/8
4775/10
**apply [6]** 4718/15
4719/19 4719/20
4732/13 4745/19
4745/20
**applying [1]** 4696/18
**approach [4]** 4683/11
4703/5 4714/5 4716/18
**approximately [4]**
4713/17 4714/18
4715/7 4715/15
**are [96]** 4697/6
4697/24 4699/1
4701/25 4706/19
4706/21 4708/10
4708/13 4710/16
4714/22 4716/5
4726/21 4727/11
4729/14 4733/1
4734/19 4735/3 4736/2
4736/17 4736/18
4738/13 4741/15
4743/5 4743/20
4745/10 4745/12
4746/14 4746/15
4746/19 4747/4 4747/9
4747/10 4747/13
4747/15 4747/22
4747/24 4748/2 4748/4
4748/7 4748/10
4748/11 4748/13
4748/18 4748/19
4752/4 4753/2 4753/3
4753/22 4756/2
4757/25 4758/20
4759/17 4759/19
4763/16 4763/21
4763/23 4764/12
4764/17 4764/19
4765/6 4765/18
4765/23 4767/22
4767/25 4768/1
4768/20 4769/17
4769/24 4770/8
4773/19 4773/20
4773/20 4773/22
4773/22 4780/6 4781/8
4781/17 4782/11
4783/9 4783/10
4785/19 4786/3

**4790/1 4790/1 4793/11**
4794/21 4795/10
4796/5 4797/13
4799/11 4800/16
4802/9 4802/24 4803/6
**area [1]** 4746/1
**areas [4]** 4728/5
4728/5 4748/13 4803/6
**aren't [1]** 4748/9
**argon [6]** 4742/18
4742/20 4742/25
4743/1 4743/17 4745/5
**around [7]** 4684/19
4685/5 4709/10
4720/16 4784/18
4797/9 4799/11
**ARR [1]** 4695/13
**array [1]** 4748/20
**arrive [1]** 4778/21
**arrived [1]** 4757/17
**artificially [1]** 4792/8
**as [72]** 4684/3 4684/11
4686/11 4686/13
4688/1 4689/1 4690/2
4704/10 4707/18
4708/11 4709/3
4710/23 4711/6
4712/22 4713/16
4715/11 4716/7 4716/7
4720/10 4723/7
4723/11 4724/22
4725/13 4730/19
4732/15 4733/17
4736/6 4736/22 4737/3
4737/21 4738/23
4739/12 4739/12
4739/15 4739/25
4742/11 4746/6
4747/20 4747/24
4749/18 4749/21
4752/25 4752/25
4753/6 4753/18
4753/18 4754/18
4758/4 4761/20
4761/20 4763/7 4768/2
4768/2 4768/13
4771/25 4772/6 4772/7
4772/8 4773/2 4774/19
4777/16 4780/1 4780/2
4787/7 4788/6 4788/7
4795/5 4800/12
4800/13 4802/1 4802/6
4802/17
**aside [1]** 4754/5
**ask [47]** 4685/22
4688/4 4691/19
4693/12 4697/16
4710/12 4714/4
4714/14 4717/10
4717/11 4719/8 4721/1
4724/7 4724/11
4725/10 4725/12
4725/15 4726/25
4728/7 4729/17
4731/21 4732/3 4734/2
4736/13 4736/22
4738/3 4739/5 4740/20

**4742/14**
**4745/22 4747/14**
4753/11 4754/25
4772/14 4778/19
4799/3 4799/16
4799/18 4799/20
4799/22 4800/8
4800/11 4800/19
4802/15 4802/23
4803/12
**asked [25]** 4714/17
4714/21 4717/17
4717/22 4718/2 4719/5
4720/11 4720/20
4722/10 4722/20
4724/9 4728/9 4743/11
4745/13 4750/3
4750/22 4758/18
4763/4 4771/8 4785/5
4786/16 4797/21
4801/15 4802/11
4803/13
**asking [11]** 4694/13
4696/2 4698/4 4703/7
4713/9 4723/17 4738/9
4738/13 4739/6 4740/6
4799/17
**asks [1]** 4800/22
**aspect [1]** 4719/14
**assess [1]** 4775/16
**assistance [1]** 4694/20
**associated [2]** 4752/19
4765/15
**assumption [1]** 4779/2
**assumptions [1]**
4779/6
**ATB [2]** 4727/22
4727/24
**ATTORNEY [1]** 4680/3
**attract [1]** 4785/22
**attribution [1]** 4718/16
**auction [55]** 4691/10
4691/13 4691/17
4691/24 4691/25
4692/5 4692/7 4692/8
4694/6 4694/9 4694/24
4695/2 4695/6 4695/16
4700/1 4700/6 4700/11
4700/12 4702/1
4702/25 4708/8
4727/22 4728/8
4728/10 4728/11
4738/7 4738/9 4738/14
4738/15 4738/19
4738/20 4738/21
4738/23 4739/11
4749/19 4750/15
4750/23 4754/13
4754/16 4756/24
4757/4 4757/6 4757/9
4785/11 4785/16
4785/18 4786/3
4789/11 4791/12
4793/3 4793/12
4796/12 4796/12
4796/15 4796/16
**auction-time [41]**
4691/10 4691/13

## A

**auction-time... [39]**
4691/17 4691/24
4691/25 4692/5 4692/8
4694/6 4694/9 4694/24
4695/2 4695/6 4695/16
4700/1 4700/6 4700/11
4700/12 4702/25
4708/8 4727/22 4728/8
4728/10 4728/11
4738/7 4738/9 4738/14
4738/15 4738/19
4738/20 4738/21
4738/23 4739/11
4749/19 4750/15
4750/23 4754/13
4754/16 4756/24
4757/4 4757/6 4757/9
**auctions [1]** 4737/24
**audience [1]** 4726/17
**audiences [1]** 4726/17
**augmented [1]**
4761/22
**augmenting [2]**
4759/11 4759/15
**August [6]** 4685/25
4692/9 4696/13
4696/23 4714/11
4715/3
**automatically [1]**
4793/24
**available [12]** 4688/24
4709/22 4723/21
4731/17 4745/10
4759/5 4767/5 4767/13
4767/14 4803/19
4803/20 4803/21
**Avenue [4]** 4679/19
4680/9 4680/13
4680/19
**average [3]** 4737/16
4770/13 4782/24
**avoid [2]** 4710/24
4793/19
**AW [3]** 4748/24 4749/1
4749/4
**aware [4]** 4712/18
4714/23 4787/4 4795/7
**away [1]** 4755/15

## B

**back [28]** 4697/2
4697/8 4702/7 4702/15
4709/17 4717/14
4721/15 4722/10
4722/11 4724/7 4728/8
4730/4 4741/18
4741/22 4757/1
4757/19 4762/5
4763/13 4767/18
4771/2 4776/13
4781/11 4787/24
4792/3 4797/15 4799/9
4799/20 4799/22
**bad [3]** 4776/1 4776/3
4776/11
**Baidu [1]** 4745/21
**ball [1]** 4759/13

**barrier [4]** 4765/11
4766/12 4767/1
4767/11
**barriers [16]** 4760/5
4760/15 4760/21
4763/14 4763/16
4763/20 4763/21
4763/23 4764/1
4764/13 4764/13
4767/18 4769/12
4777/11 4781/13
4781/14
**baseball [2]** 4759/13
4759/15
**based [9]** 4692/21
4730/21 4735/22
4740/5 4749/6 4752/21
4763/5 4777/1 4780/14
**Bashar [3]** 4721/24
4730/10 4730/11
**basically [8]** 4771/15
4771/21 4771/24
4791/3 4791/9 4791/13
4792/21 4793/23
**basis [2]** 4787/10
4795/4
**bat [1]** 4759/13
**Bates [2]** 4686/5
4705/13
**be [96]** 4682/4 4686/4
4688/1 4692/3 4693/9
4693/19 4698/9
4698/22 4699/10
4702/12 4705/4 4705/9
4709/10 4709/11
4714/2 4715/1 4715/4
4715/4 4715/5 4715/22
4716/4 4716/20
4717/14 4724/3 4729/6
4731/9 4732/10
4732/11 4732/21
4732/24 4733/2 4733/3
4733/8 4733/16
4733/20 4735/1
4737/10 4737/13
4737/18 4737/25
4738/16 4739/6
4740/20 4741/13
4744/8 4745/12
4745/17 4746/19
4746/22 4747/25
4749/7 4749/10
4751/14 4751/14
4752/1 4754/4 4754/15
4756/15 4756/19
4756/21 4758/19
4759/23 4759/23
4761/24 4763/22
4763/25 4766/8 4766/9
4766/14 4768/3 4769/4
4773/4 4773/12
4773/15 4775/9
4775/25 4779/3
4780/19 4781/3 4783/1
4785/19 4789/11
4789/21 4793/8
4794/19 4796/17

**barrier...** 
**4799/7 4799/19 4800/5**
4802/13 4803/19
4803/20 4803/20
**bearing [1]** 4683/13
**beat [1]** 4794/16
**became [2]** 4684/7
4693/25
**because [22]** 4690/7
4708/14 4735/1 4745/2
4747/13 4766/18
4767/3 4772/22
4772/23 4776/16
4783/11 4788/24
4789/8 4789/10
4789/22 4793/14
4793/18 4794/12
4796/3 4798/10 4799/5
4802/10
**become [1]** 4711/3
**becoming [1]** 4711/14
**been [34]** 4683/22
4687/14 4687/14
4690/12 4690/14
4693/13 4694/25
4696/17 4698/15
4702/24 4711/20
4711/21 4718/10
4721/2 4724/13
4724/22 4725/4 4727/7
4727/12 4739/10
4740/8 4742/5 4742/12
4743/3 4743/14 4749/8
4749/17 4753/5 4758/3
4759/2 4759/21
4765/24 4795/13
4798/18
**before [16]** 4678/9
4683/5 4692/18 4697/1
4712/24 4735/10
4739/24 4748/8 4749/9
4751/3 4752/1 4756/4
4758/16 4765/12
4769/19 4778/19
**Began [2]** 4727/17
4727/21
**begin [2]** 4682/15
4760/18
**beginning [5]** 4699/4
4711/2 4744/2 4759/18
4778/4
**begins [1]** 4727/17
**behalf [2]** 4682/10
4682/11
**behavioral [1]** 4795/5
**being [16]** 4698/14
4717/6 4720/18
4727/11 4728/11
4740/5 4759/24 4768/2
4769/16 4770/20
4773/22 4775/17
4785/5 4787/11
4788/10 4795/10
**believe [19]** 4687/6
4688/18 4690/23
4695/18 4698/3
4700/10 4706/1
4706/18 4717/17

**4799/7 4799/19 4800/5**
4722/20 4723/16
4725/5 4727/25
4728/10 4731/19
4742/7 4801/18
**believed [2]** 4689/7
4694/9
**BELKNAP [1]** 4679/18
**Bellshaw [1]** 4679/6
**below [5]** 4719/6
4720/21 4726/16
4779/14 4790/11
**BENCH [1]** 4678/9
**benefits [2]** 4785/24
4790/16
**best [3]** 4688/13
4715/23 4785/19
**beta [11]** 4692/14
4692/14 4692/16
4692/19 4692/20
4692/22 4692/22
4697/5 4697/7 4728/23
4729/1
**better [3]** 4744/9
4768/2 4782/3
**between [14]** 4702/2
4703/23 4707/25
4708/6 4715/7 4715/15
4760/7 4768/15
4768/18 4772/4
4778/10 4781/25
4789/16 4800/9
**beyond [1]** 4803/13
**bid [32]** 4691/15
4692/1 4692/3 4700/12
4706/3 4706/9 4706/20
4716/8 4736/19
4736/22 4737/20
4737/23 4738/5
4738/13 4738/17
4738/17 4738/18
4738/20 4738/22
4739/3 4750/14 4757/2
4757/9 4789/6 4793/9
4793/19 4795/1 4795/2
4795/11 4795/16
4795/17 4795/24
**bidder [20]** 4706/20
4739/12 4788/16
4788/19 4789/2 4789/4
4789/9 4789/16
4789/17 4790/11
4791/10 4791/10
4791/14 4793/8 4793/9
4793/10 4794/3 4795/5
4795/6 4796/4
**bidder's [1]** 4789/6
**bidding [46]** 4691/10
4691/13 4691/17
4691/24 4692/1 4692/3
4692/5 4692/5 4692/8
4694/6 4694/10
4694/24 4695/2 4695/6
4695/16 4700/1 4700/6
4700/11 4700/12
4702/1 4708/8 4727/22
4728/8 4728/10
4728/11 4737/24

**4799/7 4799/19 4800/5**
4738/16 4738/19
4738/20 4738/21
4738/23 4738/24
4739/2 4739/11
4749/19 4750/15
4750/24 4754/13
4754/16 4756/25
4757/4 4757/6 4757/9
**bids [1]** 4737/24
**big [9]** 4764/19
4764/20 4765/6
4767/24 4769/15
4770/21 4774/25
4775/12 4775/23
**bigger [2]** 4780/19
4784/20
**biggest [1]** 4770/2
**billions [1]** 4765/20
4774/25
**binder [10]** 4683/13
4685/22 4717/15
4721/2 4725/4 4730/5
4742/6 4753/6 4753/9
4753/9
**binders [1]** 4716/17
**Bing [15]** 4698/12
4698/12 4700/1
4700/11 4719/6 4719/6
4720/5 4720/5 4761/18
4768/16 4770/14
4773/13 4778/23
4779/1 4781/25
**Bing's [5]** 4765/5
4768/18 4770/21
4779/4 4781/8
**bit [11]** 4724/8 4734/16
4734/22 4738/12
4740/16 4740/21
4750/18 4768/12
4788/7 4797/9 4799/5
**blog [2]** 4692/13
4701/2
**blow [1]** 4744/24
**BLS [3]** 4783/6
4783/14 4784/22
**blue [1]** 4770/14
**bold [1]** 4695/19
**Bolt [2]** 4794/7
4794/21
**boost [1]** 4791/12
**both [8]** 4682/24
4747/6 4747/8 4773/21
4784/13 4784/19
4791/15 4791/18
**bottom [12]** 4686/5
4702/4 4702/17
4706/17 4722/18
4722/23 4725/13
4729/10 4736/9 4765/4
4771/5 4792/20
**BP [7]** 4686/16
4686/17 4686/18
4687/18 4693/3 4693/3
4729/20
**brand [5]** 4765/8
4765/10 4766/2 4766/6
4769/11

4810

**B**

break [6] 4735/10
4740/4 4740/15
4740/20 4741/1 4741/6
breaking [1] 4790/7
brief [1] 4682/19
briefly [3] 4736/1
4766/12 4802/25
bring [10] 4682/18
4699/22 4720/21
4733/23 4734/10
4762/4 4762/23 4764/5
4768/7 4790/22
bringing [1] 4757/8
brings [1] 4767/18
broader [3] 4777/14
4779/13 4797/4
Broadway [1] 4679/15
brother [1] 4701/20
brought [2] 4750/2
4750/3
brown [1] 4758/22
Browser [1] 4766/25
Bruce [1] 4679/12
build [9] 4700/22
4723/5 4724/18
4732/11 4733/5 4740/7
4741/24 4742/2 4750/4
build-out [1] 4733/5
building [4] 4680/4
4725/1 4752/1 4765/15
built [6] 4720/14
4720/18 4733/10
4733/10 4733/12
4736/5
bulk [1] 4716/9
bullet [32] 4689/13
4691/9 4698/11 4718/5
4718/17 4719/6
4720/20 4727/16
4727/17 4761/4
4763/14 4764/16
4764/17 4765/7 4766/2
4766/10 4766/24
4767/7 4767/20
4769/10 4769/17
4770/24 4773/23
4781/20 4781/20
4781/22 4782/7
4782/11 4782/12
4788/22 4789/19
4789/23
bunch [2] 4727/16
4748/24
Bureau [1] 4784/23
business [5] 4694/2
4695/9 4707/1 4707/9
4715/25
button [1] 4791/4
buy [6] 4686/18
4686/21 4693/4 4693/5
4711/4 4723/13
buy-side [4] 4686/18
4686/21 4693/4 4693/5
buying [1] 4687/24

**C**

calculate [6] 4761/6

C16-APM77/2Documen983-4803Filed 05/30/241   Page 133 of 453 4776/13
4778/16 4779/8
4779/16
calculated [2] 4763/5
4778/14
calculating [1] 4723/22
call [7] 4683/3 4700/22
4739/3 4745/18
4786/20 4788/11
4791/4
call-out [1] 4788/11
called [9] 4692/14
4723/11 4745/23
4771/14 4780/9
4786/10 4791/10
4792/21 4793/5
calls [1] 4780/12
came [2] 4792/20
4794/7
campaign [4] 4737/1
4737/5 4737/6 4737/22
campaigns [8] 4719/19
4719/20 4719/20
4723/14 4732/12
4732/25 4733/3
4734/25
can [104] 4687/20
4695/23 4696/4 4696/8
4697/16 4699/11
4701/6 4705/18
4705/22 4710/1
4713/19 4714/7
4715/23 4718/20
4719/8 4719/19
4719/20 4719/21
4720/5 4721/19 4722/9
4722/11 4722/17
4724/5 4730/3 4732/19
4732/20 4733/14
4733/23 4734/12
4734/17 4735/5 4735/9
4737/3 4737/21
4739/22 4740/4
4740/21 4744/24
4745/14 4745/19
4745/20 4746/12
4748/2 4749/3 4749/14
4754/5 4755/4 4759/23
4762/6 4762/7 4762/15
4763/21 4765/6 4767/5
4768/1 4769/5 4769/22
4769/23 4769/23
4770/15 4771/5 4772/3
4772/8 4772/14
4772/25 4773/15
4774/11 4775/3 4778/2
4779/13 4783/8 4783/8
4783/24 4784/5
4784/11 4785/9
4785/21 4786/3 4786/7
4786/11 4786/12
4787/7 4787/8 4787/19
4788/7 4788/8 4791/16
4795/15 4795/18
4796/9 4797/1 4798/5
4798/6 4798/6 4799/18
4800/19 4800/22
4800/23 4801/6 4801/8

4803/14
can't [8] 4712/21
4770/17 4770/18
4772/18 4778/10
4783/25 4784/4 4791/7
cancel [2] 4708/15
4708/16
canceling [1] 4708/22
capabilities [6]
4706/19 4723/18
4731/12 4733/15
4738/24 4751/10
capability [1] 4692/1
capable [3] 4767/25
4768/1 4775/9
capacity [2] 4745/6
4745/11
capital [4] 4752/5
4764/9 4764/12
4765/14
Capitol [1] 4680/4
capture [1] 4711/10
capturing [1] 4708/9
Carr [1] 4679/14
case [11] 4714/2
4731/6 4749/17
4751/14 4754/11
4755/6 4760/11
4776/18 4783/12
4784/19 4798/8
category [2] 4745/23
4781/2
caution [1] 4695/25
Cavanaugh [18]
4679/18 4682/10
4682/14 4683/10
4689/18 4689/20
4716/20 4717/7
4717/22 4719/5
4720/11 4720/20
4722/10 4722/20
4723/16 4724/9 4728/9
4742/11
Cavanaugh's [6]
4717/11 4717/15
4721/9 4721/16 4722/1
4731/20
Center [1] 4679/14
certain [4] 4688/1
4693/10 4745/9
4756/18
certainly [7] 4699/9
4707/1 4774/1 4799/20
4800/2 4803/13
4803/14
Certified [1] 4680/17
certify [1] 4805/2
cetera [1] 4776/21
CH [1] 4680/18
challenge [2] 4689/24
4731/9
chance [2] 4795/16
4795/17
Chang [1] 4682/21
change [4] 4783/9
4783/20 4786/3 4786/4
changes [1] 4733/9

chart [5] 4735/15
4735/19 4744/23
4745/23 4746/14
chat [9] 4703/13
4704/2 4704/4 4704/19
4705/1 4705/4 4705/24
4706/23 4706/25
Chats [1] 4703/11
check [1] 4710/8
choice [1] 4755/9
choose [2] 4692/15
4739/22
Chrome [2] 4766/25
4767/2
Civil [1] 4682/7
clarification [3]
4689/16 4719/9 4756/4
clarifying [1] 4746/13
clarity [1] 4800/25
clear [9] 4698/18
4733/16 4756/19
4773/12 4773/14
4775/25 4783/1
4784/21 4786/4
clearly [1] 4688/14
click [3] 4719/16
4782/4 4782/25
clicks [1] 4736/14
clickthrough [2]
4782/2 4791/11
clone [3] 4732/7
4732/8 4732/9
close [2] 4744/5
4803/17
closed [5] 4692/20
4697/5 4697/6 4728/23
4801/16
closely [1] 4687/10
Closer [1] 4744/3
CO [1] 4679/16
coag.gov [1] 4679/17
coast [1] 4794/11
codename [1] 4743/2
coincide [1] 4775/23
colleague [1] 4682/20
colleagues [1] 4706/22
collected [1] 4803/4
colloquy [1] 4714/20
Colorado [4] 4679/12
4679/12 4679/14
4755/2
COLUMBIA [1] 4678/1
column [1] 4687/20
combination [1]
4777/2
come [8] 4683/13
4721/15 4724/21
4724/23 4752/3
4782/21 4799/9
4803/12
comes [7] 4705/2
4766/14 4776/6
4780/13 4780/15
4783/6 4792/3
comfortable [1]
4799/13
coming [3] 4691/1

comment [1] 4713/6
commenting [1]
4704/12
comments [6] 4716/2
4708/10
common [6] 4708/10
4713/1 4731/5 4735/7
4737/12 4742/13
communicated [1]
4731/23
communicating [1]
4712/4
communication [1]
4710/7
communications [3]
4704/12 4704/13
4706/22
companies [2] 4737/13
4781/1
company [3] 4736/25
4737/3 4776/6
comparable [1] 4753/3
compare [1] 4706/18
compared [2] 4687/17
4762/10 4768/16
comparison [1]
4706/19
competing [3] 4759/10
4759/14 4796/19
competition [4]
4767/25 4772/21
4796/13 4796/16
competitive [3]
4775/18 4776/14
4796/9
competitors [3]
4689/23 4712/16
4713/11
complaint [3] 4754/25
4755/2 4755/6
complements [2]
4759/23 4759/24
complete [1] 4798/16
completing [1]
4752/19
complexity [4] 4693/9
4709/12 4709/14
4728/17
complicated [2]
4733/1 4733/2
compositional [2]
4783/10 4783/16
computation [1]
4784/7
computer [1] 4680/21
computer-aided [1]
4680/21
conceptually [1]
4779/23
concern [2] 4749/23
4750/1
concerned [1] 4749/21
concerns [1] 4749/17
concluded [2] 4803/18
4804/7
conclusion [2]
4760/25 4772/3
conclusions [1]

**conclusions... [1]** 4777/18

**conduct [1]** 4750/6
**confer [1]** 4787/19
**conferred [2]** 4787/13 4787/20
**confidential [4]** 4688/1 4694/17 4732/3 4747/6
**configuration [1]** 4737/22
**confirm [1]** 4696/8
**Conflux [2]** 4745/24 4745/25
**confusion [1]** 4738/12
**CONNOLLY [1]** 4680/8
**Conrad [1]** 4680/2
**consent [1]** 4787/18
**conservative [3]** 4779/2 4779/6 4780/19
**consider [5]** 4707/5 4707/19 4718/10 4746/22 4751/24
**consideration [1]** 4706/2
**considered [1]** 4698/16
**Constitution [1]** 4680/19
**constraints [2]** 4709/3 4719/2
**constructed [1]** 4783/14
**consume [1]** 4739/12
**consumer [13]** 4679/13 4680/4 4766/7 4770/24 4770/25 4771/4 4771/18 4776/16 4783/6 4784/13 4784/13 4784/15 4784/24
**consumers [2]** 4771/6 4782/4
**context [8]** 4724/8 4731/1 4731/20 4754/18 4765/4 4768/24 4772/10 4784/12
**contextual [1]** 4724/11
**continue [1]** 4728/25
**continued [3]** 4680/1 4704/6 4758/6
**continuing [1]** 4746/7
**contract [2]** 4774/17 4775/9
**contracts [10]** 4767/9 4767/13 4772/23 4773/25 4774/2 4774/3 4774/6 4774/12 4774/17 4802/2
**contractual [2]** 4687/9 4687/13
**contribute [1]** 4769/18
**contributed [1]** 4729/14
**contributing [1]** 4746/19
**contributions [1]**

**contributors [1]** 4782/1
**control [2]** 4767/8 4790/2
**conversations [1]** 4704/1
**conversion [32]** 4719/15 4719/18 4734/9 4734/14 4734/15 4734/18 4737/8 4738/7 4739/5 4739/7 4739/9 4739/10 4739/17 4739/20 4746/1 4751/8 4751/9 4751/15 4751/18 4751/18 4752/10 4752/11 4752/17 4752/23 4752/25 4753/3 4756/14 4756/14 4756/20 4756/22 4756/22 4757/10
**conversion-related [1]** 4746/1
**conversions [8]** 4686/25 4687/1 4687/10 4687/10 4718/16 4736/14 4753/21 4757/5
**converted [1]** 4719/16
**convinced [3]** 4791/21 4791/23 4792/25
**copy [4]** 4732/17 4732/19 4732/22 4733/13
**core [1]** 4728/4
**corner [3]** 4686/6 4748/24 4753/13
**correct [45]** 4685/2 4685/11 4687/11 4688/7 4689/2 4689/9 4691/14 4691/18 4694/3 4694/10 4694/18 4695/11 4697/11 4697/22 4698/8 4698/12 4698/20 4698/23 4699/14 4700/3 4702/2 4702/9 4703/1 4703/6 4703/23 4704/8 4704/13 4705/3 4706/23 4708/1 4708/8 4709/18 4710/4 4710/7 4710/20 4711/7 4712/4 4712/13 4714/12 4715/8 4756/15 4756/21 4756/25 4789/12 4805/3
**correctly [1]** 4700/25
**correspond [1]** 4703/11
**cost [12]** 4693/9 4707/18 4707/19 4737/9 4748/14 4748/14 4764/22 4765/1 4769/21 4770/3 4774/20 4776/21

**4770/4**
**costs [11]** 4764/9 4764/12 4764/16 4764/17 4764/18 4764/25 4765/6 4765/14 4765/17 4765/23 4769/25
**could [42]** 4683/5 4689/13 4689/15 4690/19 4691/19 4692/17 4692/23 4692/24 4695/7 4697/9 4703/16 4704/24 4704/24 4706/14 4706/15 4707/10 4707/23 4714/1 4714/1 4714/2 4719/3 4728/21 4728/23 4728/24 4732/8 4733/2 4733/22 4736/16 4739/12 4740/20 4752/1 4750/18 4758/13 4759/22 4768/3 4782/17 4790/24 4791/21 4792/25 4794/14 4794/14 4796/16
**couldn't [4]** 4733/8 4756/15 4798/10 4798/19
**counsel [6]** 4695/23 4787/13 4787/20 4800/14 4800/15 4802/24
**count [4]** 4694/16 4695/1 4695/2 4695/5
**counting [2]** 4780/2 4797/13
**couple [3]** 4712/14 4783/3 4801/14
**course [9]** 4697/14 4734/4 4741/20 4749/16 4754/11 4764/19 4775/21 4776/14 4800/20
**court [27]** 4678/1 4680/16 4680/18 4720/5 4723/16 4728/12 4731/1 4732/8 4732/20 4734/4 4734/17 4736/16 4740/4 4740/24 4741/8 4741/11 4743/11 4745/13 4749/16 4754/11 4765/10 4786/7 4800/1 4800/9 4804/5
**Court's [2]** 4720/4 4741/20
**covered [1]** 4761/24
**covering [1]** 4789/15
**COVID [1]** 4695/9
**CPA [6]** 4736/15 4736/22 4737/1 4737/18 4737/21 4737/25
**CPC [1]** 4736/14

**created [1]** 4794/25
**creating [1]** 4794/19
**criteria [1]** 4692/21
**critical [3]** 4694/7 4694/10 4694/11
**cross [10]** 4681/12 4717/2 4718/11 4718/13 4745/14 4745/15 4745/17 4746/2 4746/3 4748/7
**cross-engine [6]** 4718/11 4718/13 4745/14 4745/15 4746/2 4748/7
**CROSS-EXAMINATION [1]** 4717/2
**CRR [2]** 4805/2 4805/8
**Cue's [1]** 4803/18
**cumbersome [1]** 4733/6
**cures [1]** 4776/7
**current [1]** 4683/24
**currently [2]** 4723/4 4790/8
**customer [9]** 4684/5 4692/22 4694/12 4706/11 4730/24 4731/2 4731/7 4732/11 4750/7
**customers [17]** 4687/25 4688/6 4692/2 4692/4 4692/14 4694/13 4702/1 4702/8 4711/3 4728/22 4730/21 4731/10 4731/11 4733/12 4750/13 4754/19 4768/2
**cut [3]** 4698/14 4718/19 4733/17
**cuts [4]** 4697/25 4698/5 4699/16 4718/2
**CV [1]** 4678/4
**cycle [9]** 4696/22 4698/16 4699/7 4708/18 4728/3 4731/2 4731/18 4743/12 4745/9
**cycles [4]** 4698/16 4708/19 4718/18 4744/1

## D

**D.C [5]** 4678/5 4679/3 4679/8 4680/9 4680/19
**dashboards [1]** 4735/5
**dashed [1]** 4770/12
**data [37]** 4688/3 4688/24 4711/20 4723/21 4724/3 4724/4 4734/3 4734/6 4734/9 4734/11 4734/14 4734/15 4734/16 4734/23 4735/4 4735/7 4739/11 4739/12 4739/17 4739/20 4739/21 4752/12

**Daubert [1]** 4766/17
**day [5]** 4678/4 4756/2 4756/6 4756/10 4803/3
**days [1]** 4800/18
**DDA [2]** 4718/6 4718/15
**deadline [1]** 4802/11 4802/14
**deal [1]** 4766/21
**deals [1]** 4761/5
**dealt [1]** 4801/19
**decade [3]** 4711/2 4711/15 4711/24
**December [1]** 4743/7
**December 6th [1]** 4743/7
**decent [1]** 4766/13
**decide [1]** 4785/18
**decided [4]** 4708/14 4708/16 4764/23 4782/16
**decipher [1]** 4788/8
**decision [3]** 4702/24 4734/25 4739/13
**decision-making [2]** 4734/25 4739/13
**decisions [1]** 4730/23
**deck [6]** 4742/9 4742/12 4790/23 4798/16 4798/22 4800/13
**declaration [2]** 4703/18 4704/10
**deeply [1]** 4727/23
**def [1]** 4751/7
**default [4]** 4703/25 4704/3 4704/9 4767/2
**defaults [1]** 4774/8
**Defendant [2]** 4678/7 4680/7
**DEFENDANT'S [2]** 4681/4 4754/6
**Defense [1]** 4787/20
**defer [1]** 4731/17
**deferred [1]** 4749/8
**deferring [4]** 4708/16 4708/17 4708/23 4709/3
**defined [1]** 4774/19
**defining [1]** 4684/12
**definitely [4]** 4699/5 4699/5 4714/1 4742/3
**definition [3]** 4797/18

4812

**definition... [2]**
4797/22 4798/7
**deliberate [1]** 4786/6
**deliberately [2]**
4771/12 4771/17
**delta [1]** 4789/15
**denominator [2]**
4779/20 4780/2
**Denver [1]** 4679/16
**DEPARTMENT [4]**
4679/2 4679/7 4679/12
4695/22
**Depended [1]** 4793/20
**deposition [2]** 4714/9
4769/2
**describe [2]** 4722/3
4736/16
**described [1]** 4727/11
**describes [2]** 4722/23
4745/5
**describing [2]** 4713/1
4739/1
**design [1]** 4728/17
**desirable [1]** 4699/6
**desktop [2]** 4773/16
4773/21
**despite [1]** 4764/24
**detail [4]** 4766/11
4767/10 4774/13
4783/17
**details [2]** 4697/20
4774/1
**determining [1]**
4763/17
**developed [1]** 4728/19
**device [3]** 4762/14
4779/5 4780/19
**devices [4]** 4768/15
4768/22 4773/18
4782/3
**devoted [1]** 4746/15
**dialogue [1]** 4722/6
**did [107]** 4684/6
4684/8 4685/19
4685/21 4692/9 4695/4
4698/1 4699/22
4701/13 4701/14
4701/16 4701/19
4701/21 4702/6 4703/3
4703/9 4710/21
4714/10 4718/23
4719/11 4720/21
4723/12 4723/15
4723/21 4723/24
4724/18 4724/21
4724/23 4725/19
4725/20 4729/3
4734/13 4739/6 4740/6
4742/1 4742/3 4744/13
4750/1 4750/6 4751/5
4751/9 4753/17
4753/19 4754/19
4755/14 4756/24
4757/23 4760/24
4761/8 4761/9 4761/16
4762/1 4762/3 4762/19

4763/7 4763/8 4763/9
4764/1 4764/3 4764/4
4764/10 4766/3
4771/10 4771/10
4771/11 4771/15
4771/20 4777/21
4777/23 4778/1
4778/16 4778/18
4778/21 4779/8 4779/9
4779/10 4779/16
4780/18 4781/13
4781/22 4782/10
4782/22 4783/13
4784/8 4784/9 4784/21
4785/3 4785/6 4785/8
4787/18 4791/23
4792/6 4792/8 4792/10
4792/11 4792/12
4792/17 4792/19
4793/5 4793/10
4794/17 4794/24
4800/22
**did you [13]** 4698/1
4703/3 4725/19 4750/1
4761/16 4762/1
4762/19 4763/7
4777/21 4778/16
4778/21 4779/8
4779/16
**didn't [14]** 4682/20
4685/8 4689/3 4690/1
4693/14 4709/21
4709/21 4751/11
4751/12 4756/18
4765/2 4782/18 4784/7
4798/2
**differ [1]** 4685/8
**difference [9]** 4760/7
4768/17 4769/3 4769/8
4770/22 4778/10
4781/9 4781/24 4782/2
**differences [1]** 4733/8
**different [12]** 4718/15
4734/2 4734/3 4751/17
4759/17 4761/2
4770/18 4777/2 4780/5
4780/12 4780/14
4799/5
**differentiation [2]**
4797/24 4797/25
**digit [1]** 4691/10
**digits [3]** 4691/18
4692/11 4694/7
**digress [1]** 4776/5
**dimension [1]** 4767/24
**Dintzer [4]** 4679/2
4682/9 4740/17
4755/22
**direct [10]** 4681/12
4683/17 4758/6
4769/24 4780/4
4793/22 4797/11
4797/25 4798/4
4800/11
**direct evidence [1]**
4798/4
**directed [1]** 4766/17

4799/4
**director [4]** 4683/25
4684/1 4729/20
4730/12
**disagreed [1]** 4703/4
**Dischler [6]** 4785/5
4786/16 4787/15
4789/19 4801/18
4801/24
**discipline [1]** 4798/11
**disclose [1]** 4695/25
**disclosing [1]** 4695/24
**discovering [1]** 4728/5
**discuss [3]** 4741/5
4800/8 4800/17
**discussed [1]** 4797/23
**discussing [16]**
4698/24 4705/24
4706/1 4706/10 4707/1
4707/3 4707/6 4707/8
4707/12 4707/14
4707/20 4708/13
4708/20 4730/17
4760/18 4773/11
**discussion [3]** 4705/15
4758/18 4803/7
**discussions [1]** 4700/8
**disease [1]** 4776/7
**disintermediate [4]**
4711/1 4711/5 4711/9
4711/13
**distinction [1]** 4776/4
**distribution [1]**
4773/25
**DISTRICT [3]** 4678/1
4678/1 4678/10
**divide [2]** 4770/21
4784/10
**Division [2]** 4679/7
4680/4
**do [98]** 4686/8 4686/12
4697/4 4698/13 4701/1
4704/6 4706/5 4717/19
4717/25 4718/3 4718/4
4718/5 4719/7 4720/23
4721/11 4722/5
4722/21 4722/22
4722/25 4723/10
4723/18 4723/22
4724/3 4726/6 4726/14
4727/19 4728/21
4732/16 4733/5 4733/8
4733/9 4734/12
4734/24 4734/25
4735/2 4736/3 4739/19
4739/22 4739/24
4743/9 4743/23 4745/7
4747/11 4748/11
4748/16 4748/23
4748/25 4749/20
4750/6 4750/9 4750/21
4750/23 4751/24
4752/15 4752/22
4752/24 4753/13
4754/14 4754/17
4755/12 4755/13
4758/24 4759/8

4766/20 4769/18
4771/6 4772/1 4775/4
4776/20 4782/17
4783/14 4783/18
4783/18 4783/21
4784/7 4785/15
4785/25 4785/25
4786/25 4787/1 4787/1
4787/1 4788/11
4790/10 4790/15
4791/9 4791/18
4792/16 4793/1
4793/14 4794/3
4794/14 4795/3
4795/20 4799/20
4802/18
**do you [12]** 4697/4
4718/3 4722/5 4722/21
4723/18 4723/22
4749/20 4750/9
4750/21 4754/14
4761/6 4775/4
**do you have [1]**
4724/3
**do you know [3]**
4723/10 4745/7 4750/6
**do you see [18]** 4686/8
4717/19 4717/25
4718/5 4719/7 4720/23
4721/11 4722/25
4726/6 4726/14
4727/19 4736/3 4743/9
4743/23 4747/11
4748/23 4753/13
4755/12
**doc [1]** 4713/6
**Docs [1]** 4708/11
**document [16]**
4687/16 4708/10
4710/16 4710/18
4710/20 4711/9
4711/11 4712/5 4721/2
4722/12 4727/14
4735/10 4786/15
4786/19 4786/20
4786/21
**documents [5]**
4704/12 4766/6
4785/10 4787/24
4788/17
**does [33]** 4700/16
4712/24 4715/11
4715/21 4723/3
4726/19 4729/11
4734/8 4735/10
4745/15 4746/14
4753/14 4757/5 4757/6
4760/20 4760/23
4765/13 4767/11
4768/5 4775/6 4777/10
4777/13 4783/6
4783/15 4783/15
4794/2 4796/22 4797/2
4797/5 4797/7 4797/15
4797/19 4797/20
**doesn't [2]** 4704/20
4799/9

**doing [17]** 4706/15
4707/15 4742/22
4743/25 4744/7
4748/14 4750/8 4783/4
4783/12 4785/15
4786/21 4790/14
4791/15 4795/14
4795/21 4795/22
4796/2
**DOJ [3]** 4679/2 4682/9
4803/24
**dollar [1]** 4695/10
**dollars [4]** 4688/6
4688/21 4694/2 4694/3
**don't [43]** 4687/15
4693/7 4694/21 4695/1
4695/3 4696/10
4696/25 4697/2
4697/12 4700/15
4701/21 4701/22
4703/2 4703/3 4703/13
4706/24 4707/5
4707/10 4709/18
4710/9 4711/8 4711/10
4717/7 4729/5 4730/15
4737/14 4748/1
4758/24 4769/1 4773/6
4778/8 4780/4 4787/16
4789/24 4791/1 4791/7
4792/1 4792/16 4793/6
4794/6 4795/21
4799/19 4802/22
**done [11]** 4708/24
4732/17 4740/11
4754/9 4766/5 4766/5
4776/8 4799/12
4799/21 4801/6
4803/21
**double [1]** 4710/8
**double-check [1]**
4710/8
**DoubleClick [5]** 4684/4
4684/9 4684/13
4684/16 4752/8
**down [12]** 4687/20
4689/13 4697/23
4705/17 4706/13
4710/1 4722/9 4724/5
4730/3 4742/13
4749/14 4801/8
**downloads [2]**
4734/12 4739/23
**Dr. [2]** 4763/3 4769/6
**Dr. Lehman [1]** 4769/6
**Dr. Varian [1]** 4763/3
**draft [3]** 4697/19
4709/19 4717/7
**drafted [2]** 4709/24
4710/20
**draw [1]** 4799/25
**drawn [2]** 4773/19
4773/20
**drive [2]** 4691/9
4766/20
**drive-by [1]** 4766/20
**driven [1]** 4715/22
**drives [1]** 4715/21
**DSA [1]** 4699/25

4813

**D**

**due [1]** 4719/16
**during [11]** 4682/21
4692/25 4693/11
4734/4 4741/6 4742/1
4754/11 4755/14
4756/5 4763/3 4765/10
**DV360 [1]** 4730/12
**DX0132 [1]** 4742/6
**DX132 [1]** 4742/8
**DX3052 [2]** 4753/6
4753/10
**dynamic [2]** 4726/18
4736/2

**E**

**each [15]** 4719/23
4731/1 4740/8 4751/17
4759/14 4760/6
4770/13 4771/22
4775/11 4777/22
4779/5 4780/13
4780/18 4780/19
4785/19
**earlier [7]** 4695/17
4741/23 4745/13
4769/12 4773/11
4790/23 4790/23
**early [2]** 4702/13
4728/3
**earns [1]** 4773/24
**easily [1]** 4729/6
**easy [2]** 4759/21
4796/15
**economic [3]** 4760/24
4767/18 4781/12
**economics [1]** 4799/16
**economist [3]** 4760/9
4787/7 4788/7
**economists [1]**
4776/17
**edited [2]** 4709/25
4712/8
**editing [1]** 4716/9
**Eduardo [2]** 4729/18
4729/19
**Eduardo Indacochea
[1]** 4729/18
**effect [2]** 4771/18
4793/2
**effectively [2]** 4737/24
4770/5
**effects [2]** 4774/8
4783/16
**efficiency [1]** 4793/2
**effort [5]** 4691/13
4693/9 4702/21
4726/24 4727/22
**efforting [1]** 4802/9
**eight [1]** 4706/17
**either [2]** 4772/22
**element [2]** 4743/1
4771/16
**elements [3]** 4759/24
4760/14 4771/20
**else [7]** 4729/23
4734/7 4794/8 4794/10
4800/3 4803/23

**email [39]** 4679/4
4679/9 4679/10
4679/17 4679/21
4680/6 4680/10
4680/11 4680/15
4697/10 4697/24
4698/4 4701/11
4701/24 4702/5
4702/17 4703/3 4703/7
4704/12 4707/25
4708/6 4708/11 4710/9
4717/18 4717/24
4721/18 4721/19
4721/21 4722/1 4722/1
4725/19 4725/21
4725/25 4726/4 4730/5
4732/2 4738/10
4787/12 4788/1
**emails [4]** 4697/18
4697/18 4708/6 4743/4
**eMarketer [1]** 4780/9
**emerging [2]** 4765/13
4765/22
**Emeritus [2]** 4729/11
4729/13
**emphasized [1]** 4759/3
**empirical [3]** 4771/9
4782/20 4792/4
**employed [2]** 4683/20
4683/22
**enabling [3]** 4750/14
4750/14 4759/15
**encourage [1]** 4737/6
**end [7]** 4685/20
4702/16 4759/19
4794/11 4794/14
4794/18 4803/3
**ended [1]** 4750/8
**ending [4]** 4736/10
4747/5 4748/17
4748/23
**ends [2]** 4721/24
4744/22
**eng [2]** 4745/5 4745/11
**engage [1]** 4704/11
**engagement [1]**
4799/5
**engine [19]** 4718/11
4718/13 4722/24
4726/12 4733/7
4733/18 4733/18
4745/14 4745/15
4745/17 4746/2 4746/3
4748/1 4748/3 4748/7
4748/10 4765/15
4768/6 4781/4
**engineering [4]**
4694/20 4694/22
4707/19 4748/15
**engineers [6]** 4745/10
4745/12 4746/15
4746/18 4746/21
4746/22
**engines [20]** 4714/18
4716/7 4716/8 4718/16
4719/10 4719/11
4719/12 4719/19

**4723/6 4726/7 4732/14
4733/15 4745/20
4745/21 4746/10
4761/23 4778/25
4781/4
**enhance [1]** 4694/18
**Enhanced [1]** 4736/14
**enough [4]** 4768/4
4788/18 4789/8
4792/24
**enter [2]** 4764/23
4767/15
**entered [2]** 4692/13
4692/22
**enterprise [1]** 4687/23
**entire [1]** 4788/2
**entrant [2]** 4766/8
4766/14
**entrants [1]** 4767/14
**entries [1]** 4747/25
**entry [21]** 4760/5
4760/16 4760/21
4763/14 4763/16
4763/20 4763/21
4764/2 4764/13
4764/13 4765/11
4766/12 4766/25
4767/11 4767/17
4769/12 4777/11
4781/13 4781/14
**equally [1]** 4775/9
**eroded [1]** 4763/25
**escalation [5]** 4693/1
4694/17 4696/6
4699/14 4699/18
**escalations [1]** 4722/3
**especially [4]** 4722/24
4733/1 4781/25
4788/16
**essence [3]** 4788/14
4791/12 4794/24
**essentially [2]** 4711/5
4790/24
**estimate [10]** 4689/7
4716/19 4754/21
4761/12 4779/12
4780/9 4780/16
4780/22 4781/6 4797/9
**estimated [1]** 4764/22
**estimates [4]** 4761/11
4779/1 4780/6 4780/12
**estimation [1]** 4689/20
**et [3]** 4678/3 4682/8
4776/21
**et al [1]** 4682/8
**et cetera [1]** 4776/21
**European [1]** 4734/21
**evaluate [1]** 4751/23
**evaluated [1]** 4773/22
**evaluating [6]** 4693/8
4693/10 4694/23
4694/25 4695/6
4773/20
**evaluation [2]** 4728/16
4801/16
**evaluators [1]** 4773/20

**4756/5 4774/14 4776/9
4795/20 4797/13
**evening [2]** 4757/20
4757/22
**ever [3]** 4724/18
4734/14 4749/10
**every [6]** 4751/5
4751/10 4751/10
4776/20 4779/5
4785/17
**everybody [1]** 4794/16
**everyone [6]** 4682/4
4682/12 4741/13
4794/8 4794/10 4804/4
**everything [2]** 4733/23
4802/16
**evidence [41]** 4683/1
4693/15 4693/20
4701/4 4701/9 4705/7
4705/10 4709/7
4710/13 4721/5 4725/6
4742/8 4754/6 4760/24
4761/2 4764/1 4764/9
4767/18 4767/22
4770/25 4776/23
4777/4 4777/17
4777/20 4781/12
4782/14 4782/14
4782/17 4782/20
4790/19 4792/4
4795/18 4796/1
4797/11 4797/22
4797/23 4797/25
4798/4 4798/6 4798/8
4798/23
**evolved [1]** 4716/10
**Ex [1]** 4772/7
**Ex-TAC [1]** 4772/7
**exact [2]** 4696/10
4730/15
**exactly [8]** 4729/5
4769/14 4773/6 4781/8
4782/17 4783/14
4789/18 4795/21
**exam [1]** 4682/21
**EXAMINATION [4]**
4683/17 4717/2
4755/20 4758/6
**example [16]** 4705/1
4723/25 4732/10
4732/20 4732/22
4734/9 4734/17
4734/19 4734/21
4736/21 4740/1
4745/22 4764/22
4767/23 4776/5 4786/7
**examples [2]** 4735/3
4752/18
**excited [1]** 4726/11
**excuse [2]** 4797/6
4801/7
**exercise [4]** 4693/2
4693/6 4693/7 4797/16
**exhibit [15]** 4683/1
4693/20 4701/4
4705/10 4721/9
4721/16 4721/17

**4731/21 4735/14
4740/11 4754/6
4798/23
**exhibits [4]** 4681/2
4681/16 4717/8
4717/11
**exist [2]** 4748/10
4764/13
**existing [2]** 4731/16
4765/16
**expand [3]** 4728/25
4733/24 4746/8
**expanding [1]** 4733/14
**expansion [5]** 4760/16
4763/15 4763/16
4764/2 4766/12
**expect [3]** 4706/8
4763/24 4799/19
**expected [1]** 4765/1
**expenses [1]** 4781/17
**expensive [1]** 4765/19
4781/18
**expensively [1]**
4769/22
**experience [7]** 4718/23
4726/25 4730/22
4730/25 4734/13
4751/13 4752/21
**experiment [5]**
4771/22 4792/17
4792/17 4792/19
4795/15
**experimentation [1]**
4773/1
**experiments [8]**
4771/10 4771/11
4771/11 4771/14
4773/3 4773/5 4791/24
4792/13
**expert [1]** 4766/19
**explain [5]** 4728/12
4732/8 4745/14 4748/2
4788/8
**explained [1]** 4773/12
**explaining [3]** 4723/21
4727/25 4789/20
**explains [1]** 4743/16
**explorations [1]**
4700/11
**explore [1]** 4750/3
**exports [1]** 4734/12
**expressed [1]** 4749/23
**expression [1]**
4779/24
**extending [1]** 4738/22
**extension [1]** 4802/15
**extensions [1]** 4791/3
**extensively [1]**
4787/15
**extent [3]** 4767/12
4790/14 4803/4
**extract [5]** 4734/23
4785/22 4785/23
4790/15 4793/15
**extracting [1]** 4788/18
**extracts [1]** 4796/21
**extremely [1]** 4765/19

**Facebook [3]** 4723/12
4724/1 4724/3
**fact [6]** 4702/24
4764/24 4776/10
4795/10 4797/13
4797/15
**fair [1]** 4774/5
**fairly [2]** 4799/22
4802/19
**fall [4]** 4696/18
4696/23 4697/1
4772/18
**familiar [6]** 4710/16
4713/14 4752/4
4753/22 4753/23
4753/25
**familiarize [2]** 4705/18
4708/2
**far [4]** 4697/7 4752/3
4752/25 4753/18
**fast [4]** 4794/7 4794/13
4794/17 4794/22
**faster [2]** 4794/8
4794/10
**FB [1]** 4722/24
**feature [34]** 4691/14
4691/17 4691/24
4692/8 4694/7 4694/10
4694/18 4694/24
4706/1 4706/7 4706/10
4707/3 4707/13
4707/18 4707/20
4716/2 4718/9 4718/11
4718/14 4722/6
4730/20 4730/23
4731/6 4738/25 4739/1
4739/2 4745/14
4745/15 4749/10
4750/15 4751/5
4756/25
**features [60]** 4693/10
4698/15 4709/9
4709/13 4715/18
4716/7 4716/8 4718/25
4719/18 4719/22
4721/23 4724/10
4724/18 4724/24
4725/1 4725/2 4726/12
4726/20 4726/21
4727/11 4727/12
4730/18 4731/2
4731/12 4731/23
4735/21 4736/5
4736/17 4736/18
4742/2 4745/18
4745/19 4746/2 4746/2
4747/9 4747/10
4747/16 4747/17
4747/22 4748/4 4748/8
4748/9 4748/9 4748/10
4748/19 4748/20
4748/24 4749/4 4749/6
4751/25 4755/1
4756/2 4756/6 4756/8
4756/9 4756/11
4756/12 4756/13

**February [6]** 4700/24
4703/24 4705/2 4708/1
4744/16 4744/18
**feedback [5]** 4728/4
4730/21 4730/24
4731/3 4731/7
**feels [1]** 4766/6
**few [5]** 4718/18
4731/19 4741/2
4754/15 4781/23
**fifth [1]** 4705/17
**figure [3]** 4786/11
4790/13 4792/2
**figure out [1]** 4790/13
**final [2]** 4754/8 4767/7
**finally [1]** 4729/2
**find [5]** 4751/22 4761/9
4762/22 4778/1
4779/10
**finding [3]** 4760/13
4782/4 4795/20
**fine [2]** 4696/4 4788/4
**finish [2]** 4735/9
4740/19
**firm [7]** 4760/10
4760/14 4767/25
4769/21 4776/14
4776/20 4798/7
**firms [1]** 4775/22
**first [28]** 4686/10
4698/19 4710/6
4717/23 4718/5
4722/15 4722/17
4726/3 4726/10
4736/13 4742/9 4743/7
4759/8 4761/4 4764/8
4764/16 4768/10
4777/21 4778/19
4783/24 4784/10
4784/10 4787/3 4787/3
4788/10 4788/24
4792/12 4795/19
**five [3]** 4736/13 4749/4
4761/1
**fixed [4]** 4764/9
4764/12 4783/19
4783/21
**flee [1]** 4792/10
**fleeing [1]** 4792/14
**Floodlight [10]** 4702/1
4752/4 4752/7 4752/8
4752/15 4752/25
4753/14 4753/20
4753/21 4757/3
**Floodlight/auction-tim
e [1]** 4702/1
**Floor [2]** 4679/15
4680/14
**fluctuate [1]** 4713/25
**fluctuates [1]** 4714/1
**focus [5]** 4722/15
4722/18 4724/15
4736/9 4736/13
**focused [3]** 4724/13
4724/13 4790/3
**focusing [1]** 4715/18
**folks [2]** 4729/13

**follow [3]** 4690/19
4707/15 4721/21
**follow-up [2]** 4707/15
4721/21
**following [1]** 4698/25
**follows [3]** 4710/3
4710/5 4758/5
**Force [3]** 4701/12
4701/24 4702/18
**forecasting [3]** 4706/5
4706/7 4706/10
**foregoing [1]** 4805/3
**forget [2]** 4717/7
4780/15
**format [2]** 4790/25
4791/17
**formats [1]** 4791/2
**forming [1]** 4761/2
**formula [1]** 4791/12
**Forrester [1]** 4780/14
**forth [1]** 4787/24
**forward [1]** 4702/25
**found [1]** 4792/13
**four [5]** 4769/4
4772/12 4772/16
4777/19 4786/22
**fourth [2]** 4735/14
4766/24
**frequency [1]** 4795/7
**front [1]** 4713/24
**full [1]** 4729/2
**function [1]** 4771/25
**functionality [9]**
4728/4 4728/20
4728/24 4731/18
4732/7 4732/9 4732/15
4733/10 4746/8
**fund [1]** 4719/4
**funnel [2]** 4759/17
4759/19
**further [6]** 4716/12
4750/4 4755/17
4757/12 4758/4
4798/13
**future [3]** 4698/16
4708/18 4749/8

**G**

**gains [2]** 4705/16
4705/25
**gap [3]** 4775/12
4789/21 4789/22
**gather [2]** 4712/6
4765/19
**gave [2]** 4714/9 4721/2
**general [30]** 4680/3
4704/10 4759/9 4759/9
4759/11 4759/16
4760/19 4760/21
4761/6 4761/14
4761/23 4763/18
4764/2 4767/21
4767/24 4768/6
4773/15 4777/11
4777/24 4778/3
4778/20 4778/23
4778/25 4781/3 4783/1

**general [30]** 4695/1
4796/23 4797/2 4797/7

**GENERAL/NE [1]**
4680/3
**generally [4]** 4711/12
4728/2 4750/18
4763/24
**generated [1]** 4775/17
**get [30]** 4689/15
4689/20 4690/16
4702/15 4707/21
4715/23 4728/4 4728/6
4729/6 4729/7 4737/14
4737/16 4740/21
4753/7 4759/18
4762/16 4765/6 4769/5
4774/1 4774/11 4793/8
4794/15 4795/2
4795/18 4802/9
4802/10 4803/3 4803/8
4803/8 4803/14
**gets [1]** 4785/14
**getting [1]** 4764/21
**give [19]** 4686/1
4703/20 4705/18
4708/2 4716/19 4721/6
4721/20 4731/1 4732/4
4732/20 4734/17
4740/23 4754/18
4769/8 4769/23 4786/7
4791/3 4794/5 4802/8
**given [10]** 4704/6
4715/16 4797/22
4799/7 4799/8 4799/15
4800/1 4800/18
4801/20 4801/20
**gives [2]** 4769/8
4780/9
**giving [1]** 4774/21
**global [1]** 4713/16
**globally [2]** 4715/8
4715/15
**go [50]** 4688/14
4688/19 4689/13
4702/25 4704/19
4710/25 4711/15
4712/11 4712/12
4712/15 4722/10
4726/3 4726/10
4727/14 4728/8
4728/19 4730/4
4732/11 4732/16
4733/7 4733/22
4739/21 4740/14
4741/22 4751/2
4758/10 4758/20
4758/25 4759/7 4760/2
4760/17 4761/1
4761/10 4762/15
4762/15 4763/13
4765/7 4777/19
4778/19 4782/23
4783/11 4784/9
4786/14 4792/23
4797/15 4799/11
4799/20 4799/22
4800/21 4800/22
**go ahead [3]** 4733/22

**go-around [1]** 4799/11
**goal [6]** 4699/3 4699/9
4699/10 4737/19
4738/1 4790/12
**goes [10]** 4690/21
4690/25 4713/17
4714/18 4714/19
4723/4 4735/19 4762/5
4762/6 4771/2
**going [72]** 4682/15
4686/4 4688/3 4688/25
4689/1 4689/3 4689/8
4689/11 4689/12
4689/25 4690/8
4690/15 4690/22
4690/24 4691/4
4708/14 4708/18
4716/1 4717/10 4721/1
4722/15 4722/16
4722/18 4724/7
4724/10 4725/3
4725/12 4726/25
4727/7 4727/15 4729/9
4732/3 4737/13 4738/3
4742/5 4743/20 4744/8
4744/21 4745/12
4746/6 4747/3 4747/13
4748/6 4751/16
4754/23 4754/24
4755/1 4759/12
4766/11 4766/14
4766/18 4766/20
4767/3 4767/9 4773/23
4774/8 4774/9 4774/13
4783/10 4783/17
4785/19 4793/12
4794/2 4794/4 4794/12
4794/15 4795/1 4796/3
4799/20 4799/23
4800/17 4801/12
**gold [2]** 4794/15
4795/2
**gone [1]** 4787/24
**good [18]** 4682/4
4682/6 4682/12
4682/12 4682/13
4683/19 4693/16
4699/20 4699/22
4700/14 4717/4 4717/5
4720/21 4768/2 4768/3
4771/10 4789/21
4789/22
**Good morning [6]**
4682/12 4682/12
4683/19 4693/16
4717/4 4717/5
**GOODRICH [1]**
4680/13
**GOOGLE [169]**
**Google LLC [1]** 4682/8
**Google's [33]** 4687/25
4689/7 4710/22 4745/2
4753/9 4761/11 4762/1
4762/7 4762/19
4762/23 4762/25
4763/6 4764/15 4765/8
4765/10 4766/4

**G**

Google's... [17]
4766/24 4767/8
4767/20 4768/18
4768/25 4768/25
4773/12 4774/3
4774/20 4778/3
4779/12 4780/3
4781/17 4781/21
4783/4 4783/23 4797/2

got [6] 4691/7
4696/19 4716/6
4733/25 4740/23
4762/11 4771/19
4780/20 4802/16
4803/3

gotten [2] 4707/21
4802/5

government's [1]
4724/13

graph [1] 4746/14

great [3] 4735/11
4735/16 4737/13

grew [3] 4691/17
4694/2 4694/6

ground [1] 4800/6

group [9] 4683/24
4684/23 4685/5
4685/13 4686/19
4686/21 4701/15
4704/1 4744/9

groups [2] 4732/25
4737/13

growing [3] 4750/16
4750/18 4750/19

grown [4] 4692/10
4694/1 4711/16
4711/25

guess [6] 4707/10
4758/19 4775/19
4787/17 4802/5
4802/14

**H**

H1 [6] 4697/19 4698/18
4708/18 4708/22
4743/1 4743/6

H2 [2] 4708/24 4750/25

had [66] 4688/24
4689/4 4689/11 4690/4
4692/4 4692/6 4692/10
4692/13 4692/14
4692/20 4694/15
4694/25 4698/3 4698/3
4701/23 4702/24
4704/4 4704/7 4705/1
4706/5 4706/22
4706/25 4707/20
4708/14 4708/25
4709/25 4711/6
4711/22 4712/2
4713/13 4713/14
4713/24 4721/21
4723/25 4724/4
4728/19 4731/2
4733/10 4735/18
4741/23 4742/11
4749/8 4749/23 4750/3

4757/22 4758/18
4759/2 4759/2 4759/3
4766/16 4766/17
4768/18 4771/18
4775/9 4776/19
4776/20 4778/22
4779/1 4782/17 4787/4
4791/11 4793/8
4801/15 4802/11

hadn't [3] 4708/16
4712/8 4712/8

half [4] 4698/19
4727/16 4730/8 4769/3

hand [9] 4683/6 4686/5
4716/17 4745/23
4748/24 4753/13
4764/16 4780/8
4780/11

happen [7] 4699/11
4719/1 4731/25
4734/16 4749/13
4755/16 4785/9

happened [4] 4692/17
4697/8 4765/25
4792/10

happening [1] 4721/18

happy [2] 4787/21
4787/25

hard [4] 4704/22
4713/6 4766/14
4767/15

harder [1] 4788/8

has [46] 4709/2 4711/1
4711/16 4711/24
4721/2 4724/9 4724/22
4725/4 4730/19 4734/4
4738/17 4738/18
4743/11 4743/19
4749/16 4749/17
4752/3 4754/11
4757/17 4759/7
4760/14 4763/17
4764/20 4764/24
4765/10 4766/4 4766/5
4766/6 4768/9 4769/15
4773/13 4776/8
4779/14 4780/11
4782/5 4788/19
4790/20 4791/2
4794/22 4795/13
4796/23 4797/10
4797/11 4799/8
4801/20 4801/20

have [137]

haven't [1] 4765/24

having [10] 4700/8
4705/15 4708/10
4722/6 4735/18
4748/14 4751/23
4758/3 4758/17
4769/21

he [47] 4696/4 4701/15
4701/16 4701/22
4701/22 4702/6 4702/7
4702/12 4702/12
4702/22 4717/8 4718/2
4729/25 4730/11

4763/5 4766/18 4769/1
4769/3 4785/9 4789/25
4790/4 4790/6 4794/7
4794/8 4794/10
4794/12 4794/12
4794/15 4794/16
4794/17 4794/17
4794/21 4798/17
4798/19 4799/6 4799/7
4799/8 4799/8 4799/14
4799/17 4799/22
4799/23 4800/1 4800/3

he said [7] 4702/22
4763/4 4769/3 4785/9
4789/17 4797/17 4800/3

he'd [2] 4717/17
4794/11

he's [16] 4702/15
4706/18 4709/8
4709/13 4766/18
4769/1 4789/19
4789/20 4790/4
4790/10 4794/4 4799/7
4799/14 4799/16
4799/21 4799/23

head [5] 4694/16
4695/1 4695/2 4695/5
4803/8

heading [6] 4687/20
4689/14 4710/15
4726/5 4726/6 4778/11

headings [1] 4742/13

healthy [1] 4695/9

hear [1] 4802/22

heard [9] 4734/5
4741/21 4749/16
4751/8 4754/12 4765/9
4765/10 4768/12
4786/9

hearing [1] 4749/20

Heath [2] 4730/13
4730/14

heavily [1] 4727/6

held [1] 4783/20

help [11] 4706/7
4707/10 4713/23
4728/4 4748/11 4750/4
4753/15 4753/17
4787/8 4787/21 4788/7

helped [2] 4729/14
4793/14

helpful [2] 4758/19
4788/9

helping [1] 4719/15

helps [2] 4768/23
4769/16

her [4] 4698/6 4730/15
4800/22 4800/23

herculean [1] 4726/24

here [80] 4688/23
4689/19 4690/9
4690/20 4691/22
4700/10 4700/16
4706/18 4707/8
4707/17 4708/20
4709/5 4709/13
4710/11 4711/9

4712/14 4715/14
4717/6 4721/20 4722/1
4723/3 4725/12
4727/11 4728/15
4729/12 4730/5
4730/13 4730/19
4732/7 4732/11
4733/23 4733/23
4736/3 4736/18
4737/21 4738/16
4739/9 4740/5 4742/25
4743/15 4743/18
4744/21 4745/2 4746/5
4746/9 4747/19
4747/23 4747/24
4749/3 4749/4 4753/22
4757/1 4768/8 4768/14
4768/18 4769/24
4770/6 4770/15 4772/3
4772/7 4772/11
4776/22 4778/2 4780/5
4781/11 4784/1 4784/8
4785/21 4786/17
4786/19 4788/3 4796/7
4799/5 4800/3 4800/5
4802/19 4803/21
4804/4

here's [2] 4710/1
4803/2

Higgins [2] 4801/19
4802/20

high [20] 4699/22
4699/25 4720/22
4722/3 4732/4 4732/5
4732/9 4736/16
4742/14 4747/14
4760/21 4763/14
4763/16 4763/21
4764/1 4788/14
4788/25 4789/9 4795/1
4795/3

high-level [1] 4732/5

high-prio [1] 4722/3

higher [8] 4763/2
4763/10 4763/3 4768/1
4770/19 4772/23
4779/4 4783/12

highest [13] 4788/16
4788/20 4789/2 4789/6
4790/11 4791/10
4791/11 4791/14
4793/8 4793/15
4793/24 4793/24
4794/3

highlight [2] 4725/13
4729/9

highly [3] 4694/16
4755/10 4788/19

him [8] 4682/18
4725/13 4787/11
4789/1 4789/1 4794/13
4799/16 4799/20

his [16] 4696/2
4701/20 4703/4 4703/5
4710/7 4740/21
4758/17 4763/3 4763/4
4769/2 4788/25 4789/1

4824  4798/16

4799/9 4799/14

history [1] 4704/2

hit [1] 4791/4

hits [3] 4779/24 4780/1
4780/21

hold [4] 4695/7 4702/8
4704/7 4783/19

home [2] 4757/16
4800/21

Honor [70] 4682/6
4682/13 4682/19
4682/25 4683/3
4693/13 4693/16
4696/3 4696/12 4701/3
4701/8 4705/6 4709/6
4710/13 4714/5
4716/12 4716/16
4716/18 4716/19
4721/4 4725/5 4735/9
4740/12 4740/18
4742/7 4746/24 4754/1
4754/3 4754/24
4755/17 4755/22
4757/12 4757/18
4758/16 4762/10
4763/20 4764/15
4766/16 4768/12
4768/24 4769/20
4770/11 4771/8
4773/19 4774/5 4775/6
4778/2 4779/11
4779/21 4781/23
4782/19 4782/23
4783/5 4786/2 4786/9
4786/15 4787/10
4787/23 4788/6 4791/1
4791/24 4797/8
4797/21 4798/14
4799/3 4800/1 4801/1
4801/20 4804/1 4804/2

HONORABLE [3]
4678/9 4682/2 4741/11

hope [4] 4757/20
4757/22 4769/7
4784/18

hoping [1] 4710/1

hour [1] 4716/20

house [1] 4734/24

housekeeping [2]
4682/20 4804/4

how [51] 4687/6
4703/12 4708/7
4711/11 4714/18
4716/4 4724/10 4727/1
4727/23 4729/3
4736/25 4737/9
4738/25 4739/1
4751/19 4754/19
4763/16 4765/6
4765/11 4765/14
4766/12 4766/25
4767/11 4767/11
4770/19 4771/17
4771/22 4771/25
4772/1 4772/5 4772/15
4772/20 4773/5 4773/6
4774/16 4775/16

**how... [15]** 4780/20
4783/18 4783/20
4784/8 4785/25
4786/12 4786/12
4787/1 4787/1 4790/24
4796/2 4796/8 4796/8
4796/16 4800/22
**however [1]** 4800/14
**huh [2]** 4723/23 4756/1
**human [1]** 4773/19
**hundred [1]** 4784/10
**hundreds [3]** 4692/15
4733/3 4733/4
**hypothetical [1]**
4798/12

**I**

**I apologize [1]** 4704/14
**I believe [16]** 4687/6
4690/23 4698/3
4700/10 4706/1
4717/17 4717/22
4721/4 4722/20
4723/16 4725/5
4727/25 4728/10
4731/19 4742/7
4801/18
**I believe -- yes [1]**
4688/18
**I can [9]** 4733/14
4733/23 4735/9
4769/22 4771/5 4787/7
4787/8 4788/7 4788/8
**I can't [2]** 4770/17
4778/10
**I did [11]** 4703/9
4725/20 4757/23
4761/8 4762/3 4762/21
4764/3 4777/23
4778/18 4779/9
4780/18
**I didn't [3]** 4693/14
4784/7 4798/2
**I didn't know [1]**
4689/3
**I don't [21]** 4687/15
4693/7 4696/25 4697/2
4701/21 4703/13
4706/24 4707/5
4707/10 4711/8
4711/10 4730/15
4758/24 4769/1 4773/6
4787/16 4789/24
4791/1 4791/7 4793/6
4794/6
**I don't have [4]**
4696/10 4778/8 4780/4
4792/1
**I don't recall [6]**
4694/21 4695/1
4700/15 4701/22
4710/9 4729/5
**I guess [6]** 4707/10
4758/19 4775/19
4787/17 4802/5
4802/14
**I have [14]** 4695/24

4714/24 4732/4
4733/23 4762/9 4780/8
4781/6 4785/2 4785/12
4790/21 4798/13
4803/22
**I hope [3]** 4757/20
4757/22 4784/18
**I just [9]** 4695/25
4696/20 4720/25
4721/2 4727/15
4741/22 4755/7
4758/13 4763/11
**I know [3]** 4728/7
4771/7 4781/7
**I mean [14]** 4692/6
4697/6 4700/15
4704/22 4708/9
4708/23 4709/8
4715/20 4716/4
4719/14 4739/18
4744/15 4781/3
4796/25
**I recall [4]** 4696/5
4710/17 4710/17
4744/15
**I say [1]** 4712/14
**I should [4]** 4701/3
4762/9 4768/20
4771/22
**I think [83]** 4684/23
4687/15 4687/15
4689/19 4690/11
4690/16 4691/6 4691/7
4696/6 4696/8 4696/15
4699/18 4702/15
4708/11 4708/17
4711/9 4713/13
4716/20 4718/2
4718/20 4719/5
4720/11 4720/17
4723/20 4724/5
4724/22 4727/5 4730/3
4735/9 4736/21
4740/11 4741/23
4742/11 4743/11
4743/15 4744/2
4744/16 4745/13
4746/12 4749/9
4749/14 4750/2 4751/2
4752/8 4756/17 4761/4
4763/4 4764/20
4764/21 4765/8 4765/9
4765/23 4767/17
4768/12 4768/23
4769/1 4769/6 4770/23
4772/10 4773/12
4773/17 4776/25
4777/25 4778/9
4779/24 4785/7
4786/10 4786/15
4786/24 4787/8 4788/8
4789/23 4796/7
4796/14 4797/8
4799/22 4799/25
4801/3 4801/14
4801/19 4802/11
4802/16 4802/18

**I told [2]** 4779/22
4779/22
**I understand [3]**
4682/15 4689/6 4795/6
**I want [3]** 4721/16
4729/17 4736/9
**I wanted [1]** 4773/13
**I was [20]** 4685/15
4687/6 4688/18
4688/23 4689/4 4690/2
4690/3 4690/23
4696/18 4704/3 4704/9
4704/23 4710/2 4711/8
4711/9 4715/14
4756/17 4772/12
4781/19 4782/20
**I went [1]** 4786/18
**I will [2]** 4736/1 4804/3
**I worked [1]** 4686/19
**I wouldn't [1]** 4724/4
**I'd [7]** 4688/3 4701/1
4703/13 4735/13
4768/25 4799/10
4802/23
**I'll [14]** 4686/5 4702/7
4716/20 4721/15
4725/15 4741/5
4742/14 4753/11
4755/5 4769/19 4773/5
4782/14 4800/8
4800/11
**I'm [69]** 4684/22
4685/24 4686/4 4688/3
4689/15 4691/19
4696/2 4696/13
4700/25 4706/16
4710/1 4711/13 4712/9
4712/17 4712/18
4712/20 4713/8 4713/9
4713/14 4713/19
4714/15 4717/10
4718/11 4721/1
4722/15 4722/18
4724/7 4724/10 4725/3
4725/12 4726/11
4726/25 4727/15
4729/9 4732/3 4736/25
4738/3 4740/11 4742/5
4744/21 4747/3
4747/11 4747/3
4753/25 4754/9
4754/23 4754/24
4757/21 4759/12
4762/13 4764/21
4765/12 4767/5
4768/18 4768/19
4774/9 4776/5 4776/6
4778/9 4780/2 4780/2
4780/5 4780/22
4784/18 4787/25
4788/2 4795/6 4800/17
4801/6
**I'm going [12]** 4717/10
4721/1 4722/18
4724/10 4725/3
4725/12 4729/9 4738/3
4742/5 4744/21 4747/3

**I'm just [5]** 4711/13
4722/15 4724/7
4747/13 4754/23
**I'm not [6]** 4688/3
4713/8 4753/23 4767/3
4774/9 4784/18
**I'm not sure [1]** 4778/9
**I'm sorry [10]** 4684/22
4689/15 4691/19
4712/20 4713/19
4718/11 4757/21
4762/13 4765/12
4801/6
**I'm thinking [2]** 4776/6
4780/2
**I've [4]** 4687/14
4693/13 4759/21
4795/14
**i.e [1]** 4789/21
**idea [5]** 4732/10
4737/18 4739/9
4739/18 4783/22
**ideally [1]** 4702/15
**identification [1]**
4753/6
**identified [2]** 4698/12
4767/19
**identify [6]** 4686/25
4712/16 4713/11
4729/13 4730/9 4767/7
**illustrative [2]** 4706/21
4706/24
**image [1]** 4769/11
**imagine [2]** 4737/3
4775/7
**impact [5]** 4706/6
4715/23 4715/23
4742/2 4765/14
**implementation [2]**
4738/25 4740/9
**implemented [1]**
4755/24
**import [3]** 4733/19
4734/23 4735/4
**important [7]** 4759/4
4759/5 4759/23 4768/8
4772/11 4776/4 4777/1
**improvements [1]**
4715/18
**improving [1]** 4765/15
**inadvertently [1]**
4682/20
**include [1]** 4718/24
**included [4]** 4693/7
4746/10 4746/11
4761/19
**includes [1]** 4800/10
**including [2]** 4689/22
4693/1
**increase [4]** 4769/7
4784/20 4791/16
4793/19
**increased [1]** 4793/23
**increases [2]** 4785/7
4791/25
**increasing [1]** 4709/12
**incremental [1]** 4774/7

**industr [1]** 4765/2
**incurred [1]** 4764/25
**Indacochea [3]**
4729/18 4729/18
4729/22
**indeed [1]** 4778/14
**index [21]** 4681/2
4681/10 4681/16
4765/1 4765/18 4783/4
4783/7 4783/13
4783/14 4783/15
4783/22 4783/23
4784/1 4784/2 4784/5
4784/13 4784/14
4784/15 4784/16
4784/24 4784/24
**Indexes [1]** 4784/14
**indicate [1]** 4696/12
**indicates [2]** 4726/4
4726/11
**individual [1]** 4748/6
**industry [5]** 4780/6
4780/12 4780/13
4780/22 4781/7
**inefficiency [1]**
4793/12
**influence [2]** 4715/17
4790/20
**informal [1]** 4704/1
**information [17]**
4688/12 4689/4 4690/2
4690/4 4695/24 4696/1
4732/21 4734/3
4735/19 4740/1
4753/22 4753/24
4759/5 4761/17
4764/15 4768/17
4791/4
**informing [2]** 4708/21
4721/24
**initial [3]** 4700/11
4727/22
**innovated [1]** 4776/10
**innovation [1]** 4776/7
**insights [1]** 4735/6
**instantaneously [1]**
4785/18
**instead [3]** 4763/23
4770/4 4794/1
**instruct [2]** 4799/4
4800/17
**instruction [1]** 4799/14
**instructions [1]**
4743/20
**insulated [2]** 4772/20
4776/24
**insulation [1]** 4772/24
**integrate [5]** 4691/13
4719/21 4727/23
4735/8 4738/13
**integrated [1]** 4728/12
**integrating [1]** 4694/23
**integration [3]** 4692/7
4723/5 4751/19
**intense [1]** 4743/19
**interact [1]** 4730/1
**interest [2]** 4740/18
4802/19

4817

**I**

**interested [4]** 4692/23
4694/14 4787/5 4791/6
**interface [3]** 4687/24
4711/3 4730/17
**internal [2]** 4745/2
4763/6
**internally [2]** 4734/19
4802/17
**interrupt [3]** 4696/7
4758/13 4775/15
**intraday [5]** 4692/3
4692/5 4706/20
4738/23 4739/24
**introduced [1]** 4700/24
**introducing [2]** 4728/4
4793/12
**introduction [1]**
4700/20
**invented [1]** 4763/5
**inventory [1]** 4720/9
**invest [1]** 4748/15
**investigation [1]**
4695/21
**investments [1]**
4730/21
**involved [3]** 4774/7
4775/8 4802/2
**involves [1]** 4802/7
**is [311]**
**is that correct [1]**
4688/7
**is that right [1]**
4773/16
**is there [2]** 4787/18
4792/4
**isn't [4]** 4779/22
4789/22 4795/23
4796/12
**issue [5]** 4706/5
4707/2 4707/9 4801/3
4803/18
**issues [1]** 4797/23
**it [258]**
**it would be [2]** 4779/3
4781/3
**it's [82]** 4687/14
4688/14 4699/5
4704/22 4706/17
4707/1 4708/9 4708/9
4708/9 4713/6 4718/13
4718/13 4725/12
4727/7 4731/14
4738/20 4738/20
4740/15 4741/2 4743/5
4743/17 4744/22
4752/9 4752/13
4753/24 4758/24
4759/10 4759/16
4759/21 4762/11
4762/14 4763/1
4766/14 4768/14
4770/10 4770/11
4770/13 4770/17
4770/21 4772/2 4772/7
4772/8 4772/20
4773/17 4773/19
4774/25 4774/25

4776/25 4777/1 4777/4
4778/5 4778/9 4781/5
4781/6 4781/18 4787/6
4788/4 4788/7 4788/11
4789/1 4789/3 4789/3
4789/21 4790/4
4790/23 4794/1 4794/1
4794/19 4796/3
4796/12 4796/14
4796/15 4796/18
4796/19 4796/20
4796/25 4797/9 4798/9
4799/5 4801/11
**item [1]** 4705/17
**items [1]** 4733/17
**its [25]** 4734/18
4739/12 4739/13
4764/16 4764/18
4764/25 4767/8
4767/21 4768/5
4768/10 4771/12
4771/13 4772/16
4773/24 4774/6
4774/12 4774/17
4774/24 4780/12
4781/21 4782/8 4785/1
4785/11 4797/3
4797/16
**itself [2]** 4739/25
4768/16

**J**

**Jamaican [1]** 4794/7
**January [3]** 4701/23
4743/14 4743/20
**Jason [5]** 4701/20
4701/21 4705/2 4705/5
4706/14
**Jerry [3]** 4785/5
4786/16 4789/19
**Jerry Dischler [2]**
4786/16 4789/19
**Jim [2]** 4701/12
4701/24
**job [2]** 4731/14
4748/12
**jobs [1]** 4685/8
**John [2]** 4680/7
4682/11
**join [1]** 4692/23
**Jolyn [1]** 4725/23
**Jolyn Yao [1]** 4725/23
**jon.sallet [1]** 4679/17
**Jonathan [1]** 4679/12
**Joseph [1]** 4680/2
**joseph.conrad [1]**
4680/6
**Jr [1]** 4679/18
**jschmidtlein [1]**
4680/10
**Juda [2]** 4787/15
4789/23
**judge [2]** 4678/10
4727/25
**Judicial [1]** 4679/14
**July [1]** 4684/19
**June [2]** 4743/14

**just [151]**
**JUSTICE [3]** 4679/2
4679/7 4695/22

**K**

**Kachachi [3]** 4730/10
4730/11 4730/19
**Kara [1]** 4679/6
**keep [4]** 4721/9
4721/16 4759/6
4794/22
**Kenneth [2]** 4679/2
4682/9
**kenneth.dintzer2 [1]**
4679/5
**Kenshoo [3]** 4713/5
4722/19 4724/2
**key [3]** 4770/6 4782/1
4788/17
**keywords [2]** 4732/25
4733/4
**kill [1]** 4755/22
**kind [58]** 4685/17
4688/23 4688/24
4688/25 4690/2
4696/25 4698/24
4700/10 4706/8 4706/8
4709/11 4709/13
4709/19 4711/22
4711/22 4712/5 4712/6
4712/7 4712/9 4712/9
4715/21 4715/21
4716/10 4719/2 4719/3
4728/2 4730/17
4731/14 4732/21
4738/15 4738/21
4738/24 4746/22
4748/7 4748/14
4750/12 4750/19
4757/3 4757/5 4759/11
4759/16 4760/13
4761/23 4765/6 4769/8
4771/4 4771/21
4772/24 4780/22
4781/14 4781/19
4782/2 4783/21
4785/14 4787/3
4793/21 4793/22
4794/14
**kinds [4]** 4761/17
4780/5 4783/8 4797/21
**knew [1]** 4794/12
**knobs [3]** 4786/1
4796/5 4796/5
**know [139]**
**known [1]** 4736/5
**Kolotouros [2]**
4801/23 4802/2
**Krueger [20]** 4701/12
4701/13 4701/14
4701/17 4701/20
4701/23 4702/4
4702/18 4703/4
4703/12 4705/2
4705/15 4706/13
4706/14 4707/25
4708/1 4708/7 4709/1

**L**

**La [3]** 4701/12 4701/24
4702/18
**La Force [2]** 4701/12
4701/24
**Labor [1]** 4784/23
**lack [1]** 4798/1
**landscape [1]** 4712/11
**language [4]** 4718/5
4722/18 4722/23
4723/17 4745/1 4745/4
4755/7
**large [2]** 4764/9
4797/12
**larger [1]** 4733/1
**largest [1]** 4687/2
**last [7]** 4711/15
4711/24 4769/17
4773/23 4782/7
4799/11 4800/18
**late [1]** 4698/22
**later [3]** 4742/13
4758/23 4766/21
**lateral [1]** 4685/17
**latter [1]** 4750/25
**launch [4]** 4726/22
4729/2 4729/7 4785/6
**launched [8]** 4724/23
4726/7 4726/12
4726/20 4726/22
4749/19 4750/24
4756/5
**launches [1]** 4785/6
**launching [2]** 4720/17
4737/4
**laundry [1]** 4731/11
**law [2]** 4679/12
4760/11
**lawyers [1]** 4800/10
**lead [3]** 4686/11
4686/13 4693/25
**leader [1]** 4796/9
**leading [1]** 4693/2
**leads [1]** 4777/17
**learned [1]** 4754/15
**learning [1]** 4765/21
**least [6]** 4738/16
4749/4 4760/12 4790/9
4803/7 4803/19
**leave [1]** 4792/16
**leaving [2]** 4720/10
4751/3
**left [12]** 4701/1
4720/16 4724/17
4726/22 4727/7
4743/25 4744/3 4744/6
4744/15 4745/23
4748/24 4756/4
**left-hand [2]** 4745/23
4748/24
**legal [4]** 4695/20
4695/24 4704/7
4796/25
**Lehman [1]** 4769/6
**less [10]** 4711/16
4711/25 4712/2

4784/14 4788/24
4790/7 4790/9 4793/13
**lessons [1]** 4796/7
**let [30]** 4685/22
4693/12 4702/7
4702/12 4703/23
4709/5 4710/12 4714/4
4714/7 4714/14
4717/10 4728/7 4730/9
4731/21 4732/4 4734/2
4736/13 4736/22
4739/5 4745/22 4747/6
4749/15 4753/5 4753/7
4756/19 4765/13
4778/19 4787/25
4791/4 4794/5
**let's [29]** 4682/18
4686/10 4721/9
4722/10 4724/2 4726/3
4726/5 4726/10
4727/14 4728/1 4730/4
4730/8 4737/15 4738/5
4738/7 4740/14 4742/9
4743/15 4746/12
4747/5 4748/17 4751/2
4760/2 4760/17
4763/13 4775/1
4775/14 4777/8
4777/24
**level [9]** 4732/4 4732/5
4732/9 4736/16
4742/14 4747/14
4774/2 4775/11
4780/21
**LIA [5]** 4698/12 4719/6
4720/5 4720/9 4720/14
**Liao [1]** 4697/10
**life [1]** 4728/3
**like [54]** 4682/22
4690/6 4690/6 4690/24
4693/9 4695/12
4700/13 4700/23
4707/6 4719/17
4719/18 4719/22
4731/10 4731/12
4732/16 4732/18
4733/9 4734/6 4735/13
4737/15 4738/20
4740/4 4748/16
4751/16 4752/12
4756/17 4759/12
4765/1 4769/6 4769/21
4770/3 4770/4 4772/22
4773/8 4774/15
4774/16 4776/1 4776/5
4776/17 4776/19
4780/2 4781/6 4784/2
4784/8 4790/3 4791/22
4792/15 4792/18
4793/4 4793/9 4794/19
4799/10 4802/7
4802/20
**likelihood [1]** 4795/19
**likely [2]** 4775/23
4793/16
**limit [1]** 4767/13
**limited [2]** 4692/14

**L**

**limited... [1]** 4728/21
**Lin [1]** 4697/10
**Lincoln [1]** 4680/5
**line [8]** 4714/16
4725/23 4726/23
4727/15 4727/21
4771/5 4792/20
4799/25
**lines [4]** 4748/2
4770/12 4770/12
4799/19
**list [18]** 4725/12
4725/13 4731/11
4735/21 4735/21
4736/9 4737/5 4737/7
4737/15 4749/11
4749/12 4763/13
4765/8 4767/17 4768/8
4781/12 4781/12
4803/22
**listed [8]** 4713/13
4713/14 4736/3 4746/5
4747/16 4747/19
4747/20 4747/22
**listing [1]** 4737/9
**little [21]** 4724/8
4733/8 4733/9 4738/12
4740/15 4740/16
4740/21 4740/21
4750/18 4762/8
4768/12 4778/4
4779/14 4783/18
4788/7 4791/3 4792/15
4796/19 4797/6 4797/9
4799/5
**live [1]** 4704/13
**LLC [2]** 4678/6 4682/8
**LLP [2]** 4679/19 4680/8
**local [1]** 4720/9
**long [7]** 4725/12
4727/4 4729/3 4763/22
4773/4 4773/5 4773/6
**longer [3]** 4729/14
4792/16 4792/19
**look [39]** 4695/7
4697/23 4700/12
4702/4 4702/17
4705/17 4706/13
4709/1 4714/11
4720/25 4721/1 4721/3
4721/19 4725/15
4735/13 4735/18
4738/14 4742/5
4744/21 4747/6
4748/17 4748/20
4753/5 4753/10 4755/4
4761/25 4762/1
4762/19 4762/20
4763/7 4764/14
4765/24 4779/11
4783/20 4785/13
4788/1 4797/22
4799/21 4799/23
**looked [3]** 4714/25
4762/10 4792/9
**looking [13]** 4696/13
4721/11 4735/2

4749/3 4749/6 4773/9
4774/6 4781/15 4783/5
4791/5 4803/8
**looks [1]** 4695/12
**loop [1]** 4803/17
**lose [5]** 4771/6 4772/1
4772/5 4772/9 4772/15
**losing [1]** 4706/15
**loss [1]** 4773/2
**lot [16]** 4716/9 4736/15
4747/25 4765/25
4766/7 4775/13 4776/9
4776/15 4776/22
4779/21 4784/11
4787/24 4788/17
4790/20 4798/8
4798/10
**lots [1]** 4731/10
**loud [1]** 4797/6
**low [9]** 4763/23
4770/24 4770/25
4771/4 4782/7 4788/14
4788/15 4791/24
4792/24
**lower [4]** 4771/5
4776/21 4795/11
4795/17
**lowered [1]** 4792/8
**loyalty [2]** 4765/9
4766/7

**M**

**M-Y-X [1]** 4728/13
**machine [1]** 4765/21
**made [12]** 4699/16
4702/24 4710/5
4724/16 4730/23
4749/11 4771/13
4771/23 4793/24
4803/19 4803/20
4803/20
**mailing [1]** 4737/15
**Maine [1]** 4680/9
**maintain [1]** 4748/15
**maintained [2]** 4694/1
4695/9
**Maintaining [2]**
4687/21 4689/14
**major [1]** 4764/12
**make [27]** 4688/11
4703/23 4709/11
4715/22 4731/3 4731/3
4731/7 4731/24
4733/11 4735/10
4743/12 4751/24
4767/14 4770/5 4770/7
4770/14 4771/16
4773/14 4775/10
4776/14 4783/8 4783/8
4790/24 4794/2
4794/14 4802/14
4803/9
**makes [3]** 4755/9
4774/6 4794/3
**making [5]** 4734/25
4739/13 4770/16
4774/12 4774/17

4737/19
**managed [1]** 4694/2
**management [3]**
4683/25 4684/1 4700/1
**management/optimizat**
**ion [1]** 4700/1
**manager [12]** 4683/25
4684/4 4684/7 4684/11
4684/20 4684/23
4685/6 4685/9 4685/13
4726/1 4729/20
4730/11
**managers [3]** 4685/1
4686/15 4686/16
**managing [3]** 4684/4
4685/1 4737/24
**many [10]** 4719/18
4727/1 4727/7 4735/3
4735/3 4753/2 4754/19
4766/5 4769/20
4770/19
**March [1]** 4704/7
**marginal [1]** 4770/3
4722/19 4724/2
**mark [1]** 4803/6
**marked [4]** 4721/3
4725/4 4742/6 4753/6
**market [72]** 4689/21
4690/6 4711/18 4760/5
4760/8 4760/10
4760/14 4760/15
4760/19 4760/20
4760/22 4761/5 4761/6
4761/7 4761/11
4761/12 4761/15
4762/1 4762/1 4762/20
4763/18 4763/21
4763/24 4767/5
4767/13 4767/22
4769/18 4769/23
4771/1 4771/5 4772/15
4775/2 4775/13
4775/23 4776/2 4776/9
4776/15 4777/10
4777/12 4777/15
4777/21 4777/22
4777/25 4778/1
4778/16 4778/17
4778/20 4779/8 4779/8
4779/13 4780/7
4780/16 4780/24
4782/6 4796/17
4796/22 4796/23
4796/24 4797/3 4797/4
4797/10 4797/12
4797/16 4797/17
4797/22 4797/24
4798/4 4798/6 4798/7
4798/9 4798/9 4798/10
**marketing [4]** 4737/4
4737/13 4752/9 4780/9
**marketplace [1]**
4775/18
**markets [4]** 4760/6
4777/8 4777/22 4779/8
**match [2]** 4776/20

**matches [1]** 4766/15
**matter [8]** 4697/19
4703/19 4704/11
4714/9 4732/6 4751/19
4775/6 4805/4
**matters [1]** 4799/12
**Maurer [1]** 4680/8
**max [2]** 4736/14
4736/14
**may [20]** 4683/11
4683/12 4703/23
4703/24 4714/5
4715/17 4716/18
4736/21 4738/4
4754/15 4769/1 4795/8
4800/1 4800/1 4800/14
4800/15 4802/1 4802/6
4802/13 4802/13
**maybe [8]** 4732/20
4758/10 4768/23
4769/25 4783/11
4788/8 4792/15 4795/6
**me [54]** 4685/22
4686/1 4688/24
4693/12 4697/8
4701/21 4703/20
4703/23 4704/22
4705/4 4705/18
4707/10 4708/2 4709/5
4710/12 4713/6 4713/7
4713/23 4713/24
4714/4 4714/7 4714/14
4715/16 4717/10
4721/6 4721/20 4728/7
4730/9 4731/21 4732/4
4734/2 4736/13
4736/22 4739/5
4745/22 4747/6
4749/15 4749/24
4753/5 4753/7 4755/23
4756/19 4758/18
4759/15 4765/13
4769/23 4770/5 4771/8
4778/19 4794/5
4796/24 4797/6
4797/21 4803/3
**Meagan [1]** 4679/6
**meagan.bellshaw [1]**
4679/10
**mean [24]** 4692/6
4697/6 4700/15
4704/20 4704/22
4708/9 4708/23 4709/8
4709/21 4711/5
4715/20 4716/4
4719/11 4719/14
4720/6 4729/12
4739/18 4744/15
4745/16 4781/3
4781/22 4782/10
4784/22 4796/25
**meaning [4]** 4711/8
4749/7 4752/22
4785/23
**meaningful [1]** 4769/3
**means [8]** 4711/6
4745/7 4745/14

4776/16 4768/24
4769/9 4786/2 4787/9
**meant [5]** 4688/19
4694/11 4699/23
4764/6 4785/8
**measure [4]** 4768/13
4771/22 4772/20
4780/4
**measured [1]** 4773/16
**measures [2]** 4768/16
4771/9
**mechanical [1]**
4680/21
**mechanism [3]** 4791/20
4793/20 4793/21
**mechanisms [1]**
4785/25
**medal [2]** 4794/15
4795/2
**meet [2]** 4687/8
4802/11
**meeting [3]** 4721/21
4786/24 4790/5
**meetings [3]** 4730/20
4786/22 4786/24
**MEHTA [2]** 4678/9
4682/3
**mention [4]** 4712/17
4712/17 4764/8 4798/2
**mentioned [3]** 4711/22
4730/20 4742/12
**mentioning [2]**
4710/24 4712/18
**mentions [1]** 4726/16
**Merit [1]** 4680/17
**metal [1]** 4795/2
**meter [1]** 4794/11
**meters [1]** 4794/16
**method [1]** 4763/5
**metrics [3]** 4695/9
4712/9 4780/13
**MICHAEL [1]** 4758/3
**Microsoft [71]** 4693/1
4694/17 4696/6
4699/14 4699/17
4699/19 4700/8
4701/24 4701/24
4702/2 4703/5 4703/12
4708/7 4708/14
4708/21 4709/9
4709/18 4710/7 4716/7
4719/20 4721/22
4722/3 4722/6 4724/16
4724/19 4724/24
4725/1 4725/2 4726/12
4726/17 4726/17
4727/11 4727/21
4727/24 4728/8
4729/25 4730/16
4730/17 4732/13
4732/18 4732/22
4733/22 4735/22
4735/23 4736/18
4736/19 4736/23
4737/20 4737/20
4738/9 4738/13
4738/17 4738/17
4739/6 4739/11 4740/1

**Microsoft... [15]**
4740/6 4745/20
4746/10 4746/11
4747/16 4748/3
4748/10 4749/17
4749/18 4749/21
4750/17 4750/20
4754/13 4754/16
4782/3
**Microsoft's [2]**
4694/24 4737/23
**mid [1]** 4693/25
**mid-2018 [1]** 4693/25
**middle [1]** 4727/5
**might [8]** 4703/11
4706/6 4707/20
4727/23 4736/25
4758/19 4765/14
4783/11
**migrated [1]** 4692/4
**migrations [2]** 4700/4
4748/16
**mind [5]** 4697/12
4733/16 4759/6 4766/3
4781/13
**minus [2]** 4774/19
4774/23
**minute [4]** 4697/12
4716/17 4721/16
4724/15
**minutes [3]** 4731/20
4741/2 4781/23
**missing [1]** 4709/9
**mitt [1]** 4759/13
**mobile [15]** 4762/20
4763/1 4768/21
4768/22 4770/12
4770/12 4770/17
4770/20 4773/16
4773/18 4773/21
4773/22 4781/24
4782/3 4783/2
**moment [8]** 4686/1
4695/7 4705/18 4708/2
4721/3 4738/6 4749/15
4772/12
**Momiji [3]** 4786/10
4786/11 4786/23
**Momoji [1]** 4790/23
**Monday [3]** 4801/21
4802/15 4802/23
**Monetization [1]**
4769/17
**money [7]** 4716/5
4737/14 4770/5 4770/7
4770/16 4774/16
4775/10
**monopolist [2]**
4775/17 4798/12
**monopoly [8]** 4760/8
4760/9 4760/13
4760/18 4767/19
4774/4 4775/1 4776/2
**month [4]** 4731/4
4731/8 4742/22
4743/19 4744/1
4783/19 4786/23

**months [3]** 4742/24
4744/3 4773/7
**more [26]** 4687/9
4691/19 4708/9
4722/24 4724/11
4726/17 4726/18
4727/23 4728/4
4728/24 4729/6 4729/8
4729/17 4734/18
4740/3 4740/21
4759/16 4767/3 4770/1
4770/7 4776/21 4791/3
4793/15 4793/25
4796/3 4799/17
**morning [11]** 4682/4
4682/6 4682/12
4682/12 4682/13
4682/16 4683/19
4693/16 4717/4 4717/5
4740/14
**most [12]** 4694/7
4694/10 4697/25
4698/4 4714/22
4714/24 4715/23
4716/1 4756/8 4788/19
4788/20 4793/15
**mostly [2]** 4694/21
4746/18
**motion [1]** 4766/17
**Motorola [1]** 4802/8
**move [8]** 4682/20
4682/22 4685/17
4693/14 4728/23
4754/1 4765/12
4798/15
**moving [2]** 4744/3
4744/5
**Mr [2]** 4682/14 4722/10
**Mr. [86]** 4682/16
4682/21 4683/9
4683/10 4683/19
4689/18 4689/20
4693/23 4701/13
4701/17 4701/23
4702/4 4702/18
4702/18 4703/4
4703/12 4705/15
4706/13 4706/14
4707/25 4708/7 4709/1
4709/25 4710/7 4714/7
4716/20 4717/4 4717/7
4717/10 4717/11
4717/15 4717/22
4718/20 4719/5
4720/11 4720/20
4721/9 4721/16 4722/1
4722/10 4722/17
4722/20 4723/16
4724/7 4724/9 4725/3
4725/10 4726/6 4728/9
4729/9 4729/18
4729/22 4730/4
4730/19 4731/20
4732/2 4734/2 4735/13
4735/18 4738/3
4740/17 4741/5
4741/18 4742/11

4749/15 4752/2 4754/9
4754/25 4755/4
4755/22 4757/13
4757/25 4758/17
4787/12 4787/15
4787/25 4788/1 4799/2
4801/18 4801/23
4802/2 4802/20
4803/18
**Mr. Cavanaugh [15]**
4683/10 4689/18
4689/20 4716/20
4717/7 4717/22 4719/5
4720/11 4720/20
4722/10 4722/20
4723/16 4724/9 4728/9
4742/11
**Mr. Cavanaugh's [6]**
4717/11 4717/15
4721/9 4721/16 4722/1
4731/20
**Mr. Chang [1]** 4682/21
**Mr. Cue's [1]** 4803/18
**Mr. Dintzer [2]** 4740/17
4755/22
**Mr. Dischler [1]**
4801/18
**Mr. Higgins [1]**
4802/20
**Mr. Indacochea [2]**
4729/18 4729/22
**Mr. Jason [1]** 4706/14
**Mr. Juda [1]** 4787/15
**Mr. Kachachi [1]**
4730/19
**Mr. Kolotouros [2]**
4801/23 4802/2
**Mr. Krueger [12]**
4701/13 4701/23
4702/4 4702/18 4703/4
4703/12 4705/15
4706/13 4707/25
4709/1 4709/25 4710/7
**Mr. La Force [1]**
4702/18
**Mr. Ryan [2]** 4701/17
4708/7
**Mr. Safty [1]** 4788/1
**Mr. Safty's [1]** 4787/12
**Mr. Schliesske [4]**
4718/20 4722/17
4725/10 4729/9
**Mr. Schmidtlein [2]**
4787/25 4799/2
**Mr. Severt [2]** 4757/25
4758/17
**Mr. Varia [27]** 4682/16
4683/9 4683/19
4693/23 4714/7 4717/4
4717/10 4724/7 4725/3
4726/6 4730/4 4732/2
4734/2 4735/13
4735/18 4738/3 4741/5
4741/18 4742/11
4745/1 4747/3 4749/15
4752/2 4754/9 4754/25
4755/4 4757/13

4697/10 4698/2 4698/3
4716/15 4719/8
4725/24 4726/4
4726/11 4727/9
4730/14 4741/15
**Ms. Heath [1]** 4730/14
**Ms. Lin [1]** 4697/10
**Ms. Sanan [2]** 4698/2
4698/3
**Ms. Waszmer [4]**
4693/18 4716/15
4719/8 4741/15
**Ms. Yao [4]** 4725/24
4726/4 4726/11 4727/9
**much [31]** 4685/8
4711/11 4714/18
4737/10 4737/14
4752/24 4757/14
4767/3 4767/25
4769/22 4770/7
4770/15 4771/17
4771/22 4771/25
4772/1 4772/5 4772/15
4772/18 4772/22
4774/16 4782/3
4782/18 4783/17
4784/8 4784/19
4784/19 4786/12
4790/24 4794/10
4803/10
**multi [1]** 4741/24
**multi-year [1]** 4741/24
**multiple [2]** 4745/19
4747/17
**must [1]** 4798/9
**my [47]** 4682/20
4686/15 4688/13
4688/23 4690/3
4696/12 4698/5 4698/9
4703/24 4704/11
4707/9 4709/16
4709/17 4710/11
4711/10 4712/6 4712/7
4712/10 4713/7 4717/8
4729/20 4730/11
4730/25 4733/12
4733/14 4733/16
4733/24 4750/3 4756/5
4760/4 4760/10
4760/12 4761/2
4761/10 4764/6
4765/25 4769/22
4771/5 4773/6 4778/12
4779/11 4787/7
4787/23 4792/2 4797/9
4800/21 4803/22
**myself [3]** 4697/13
4705/19 4712/6
**MYX [19]** 4691/10
4691/12 4692/2 4692/7
4695/15 4697/5 4697/7
4705/17 4705/25
4706/2 4706/6 4728/9
4728/13 4729/3 4746/5
4746/6 4746/8 4757/7
4757/8

**name [4]** 4686/19
4725/13 4725/23
4729/17
**names [1]** 4729/10
**native [1]** 4723/5
**navigate [1]** 4762/16
**navigated [1]** 4695/19
**Nayak [1]** 4769/1
**NE [2]** 4680/3 4680/5
**Neanderthalish [1]**
4738/4
**Nebraska [1]** 4680/2
**nebraska.gov [1]**
4680/6
**necessarily [1]**
4692/12
**need [14]** 4710/8
4710/23 4713/23
4728/5 4728/18
4736/21 4740/6
4748/15 4748/15
4759/13 4766/8
4766/13 4775/4
4802/16
**needed [4]** 4693/9
4709/10 4719/3 4742/1
**needs [2]** 4717/8
4759/9 4759/18
**negative [1]** 4770/3
**negotiating [1]** 4775/8
**negotiation [1]** 4693/1
**net [3]** 4751/23
4774/18 4774/18
**network [1]** 4726/17
**never [1]** 4724/20
**new [19]** 4679/20
4680/14 4684/25
4695/19 4700/20
4720/14 4724/22
4724/23 4725/1 4736/6
4737/4 4741/21 4742/2
4751/22 4751/23
4755/24 4765/15
4766/8 4766/14
**news [4]** 4699/21
4699/22 4700/14
4720/21
**next [30]** 4686/23
4691/9 4699/7 4702/13
4702/16 4714/21
4726/23 4742/23
4747/3 4748/17
4760/17 4764/5 4767/4
4767/20 4769/10
4769/19 4770/9
4770/24 4771/7 4774/2
4774/9 4781/12
4781/20 4782/15
4785/4 4785/13
4786/14 4799/9 4800/6
4800/9
**nice [2]** 4757/20
4757/22
**no [30]** 4678/4 4688/14
4693/17 4695/5
4695/24 4701/16
4703/2 4703/9 4705/8

**N**

no... [21]  4708/25
4709/2 4709/17 4724/4
4724/20 4729/14
4740/2 4751/7 4751/7
4751/11 4753/2 4754/2
4755/17 4756/6
4758/24 4775/25
4789/16 4789/17
4798/13 4798/20
4802/25
non [1]  4689/25
non-Google [1]
4689/25
normal [2]  4696/22
4732/24
normalization [1]
4784/3
not [80]  4688/3 4688/4
4691/4 4691/5 4692/12
4693/14 4695/25
4699/9 4699/10
4701/14 4701/16
4702/19 4702/25
4703/9 4708/25
4710/18 4711/18
4713/8 4718/24 4723/3
4723/21 4731/7
4731/24 4732/3
4738/20 4741/5 4748/3
4749/7 4749/11
4750/17 4751/15
4753/23 4755/11
4756/6 4756/11
4756/13 4756/22
4759/10 4759/14
4759/22 4760/11
4766/10 4766/18
4767/3 4767/9 4768/2
4771/6 4774/9 4774/22
4776/2 4776/23
4776/25 4778/9
4784/18 4785/24
4787/21 4788/25
4789/8 4789/15
4789/25 4792/13
4794/4 4794/21 4795/1
4795/6 4795/8 4795/13
4797/13 4799/6 4799/7
4799/14 4799/16
4799/20 4799/22
4800/2 4800/8 4800/11
4800/17 4802/13
4802/14
note [5]  4687/8
4692/25 4694/15
4695/8 4723/3
noted [2]  4701/3
4766/16
notes [2]  4696/12
4726/23
nothing [6]  4716/5
4716/12 4757/12
4803/24 4804/1 4804/2
notice [1]  4704/7
noticing [1]  4750/16
noting [3]  4690/20
4706/13 4706/14

**November** [11]  4697/23
4697/23 4700/8
4717/18 4721/1
4721/12 4724/14
4724/16 4725/22
4730/5 4739/15 4743/4
4721/1
November 26th [1]
4721/1
now [40]  4682/22
4691/9 4700/17 4702/7
4703/3 4704/10
4708/17 4709/1
4711/18 4712/2 4712/2
4712/19 4718/18
4726/3 4726/10 4727/8
4730/4 4730/9 4735/13
4735/18 4736/9 4742/5
4743/7 4743/24
4744/21 4746/12
4747/13 4751/2 4752/9
4755/24 4762/8 4774/2
4774/10 4775/1
4775/25 4776/2 4777/8
4795/23 4798/3 4800/9
number [16]  4686/5
4688/3 4688/4 4691/5
4695/10 4714/23
4745/9 4770/18
4770/19 4771/11
4771/18 4772/14
4772/19 4780/19
4784/10 4798/17
numbers [16]  4688/1
4688/11 4707/21
4710/23 4710/24
4713/24 4723/22
4752/19 4764/19
4768/15 4770/10
4770/21 4772/2
4783/25 4787/22
4798/17
numerator [1]  4779/18
NW [3]  4679/3 4679/8
4680/19
NY [2]  4679/20
4680/14

**O**

oath [1]  4683/7
object [1]  4699/17
objection [6]  4693/17
4695/24 4695/8 4754/2
4798/20 4802/25
objections [1]  4682/24
obviously [4]  4699/4
4766/21 4802/19
4803/11
occasion [2]  4739/16
4749/10
occasions [1]  4718/24
occur [1]  4763/24
occurred [1]  4728/13
occurs [2]  4795/7
4795/8
October [5]  4678/5
4685/5 4685/12
4720/16 4805/7
off [8]  4702/8 4704/2

4775/11 4787/13
4787/20 4792/10
offer [5]  4705/6 4734/8
4734/11 4752/23
4766/18
offered [2]  4732/16
4739/18
offers [1]  4706/20
OFFICE [1]  4680/3
Official [1]  4680/18
often [4]  4716/6 4719/1
4735/3 4751/22
oftentimes [4]  4707/19
4731/11 4731/17
4733/7
oh [6]  4707/16 4771/21
4778/8 4778/12
4784/23 4792/13
okay [105]  4684/2
4684/24 4685/4
4685/23 4686/7 4687/7
4687/19 4688/2 4688/4
4690/16 4694/5
4696/20 4697/4
4697/15 4697/22
4698/7 4699/12 4701/7
4702/23 4703/10
4703/15 4703/17
4703/21 4705/21
4708/4 4708/12
4710/10 4710/14
4714/3 4715/6 4716/15
4716/22 4717/16
4717/21 4718/8
4718/12 4720/2
4720/13 4720/19
4721/7 4721/8 4721/14
4722/9 4723/2 4724/6
4724/12 4725/3 4725/9
4725/18 4726/2 4726/9
4727/13 4729/16
4729/21 4730/2 4730/7
4732/1 4735/11
4735/16 4735/25
4736/8 4736/12 4738/2
4739/14 4740/3
4740/10 4740/13
4740/23 4742/4
4742/16 4742/17
4744/12 4744/20
4744/25 4745/3 4746/3
4746/23 4747/2
4747/18 4747/21
4748/21 4748/22
4749/14 4752/2
4752/14 4753/4
4753/12 4754/22
4758/24 4759/1
4763/12 4766/22
4767/16 4772/13
4777/6 4787/1 4788/5
4789/1 4794/4 4794/7
4794/8 4798/21 4800/4
4800/24 4803/15
one [73]  4686/1
4691/19 4694/12
4695/3 4695/7 4697/12

4705/18 4707/24
4708/2 4712/1 4719/14
4721/6 4721/20
4724/15 4727/15
4729/8 4729/17
4730/15 4733/13
4733/21 4734/18
4738/12 4740/3 4740/8
4749/15 4753/8
4753/10 4756/2 4756/7
4756/8 4756/10
4758/13 4758/19
4759/3 4759/6 4760/10
4760/14 4761/18
4764/16 4765/16
4769/7 4772/3 4772/4
4774/12 4775/3
4775/21 4776/8
4777/21 4780/8
4780/14 4782/1
4782/13 4783/4 4783/9
4785/22 4786/10
4786/24 4788/24
4789/16 4790/6 4790/7
4793/4 4793/17 4794/9
4796/7 4798/2 4798/5
4798/5 4800/19 4801/3
one's [1]  4775/25
ones [1]  4748/6
ongoing [1]  4727/1
only [6]  4707/9 4776/8
4789/6 4795/23
4803/11 4803/12
open [8]  4692/14
4692/14 4692/22
4692/22 4697/7 4729/1
4798/18 4803/6
opened [1]  4697/4
operated [2]  4719/2
4751/17
operates [2]  4724/10
4751/20
opinion [6]  4760/3
4760/4 4761/3 4765/13
4766/17 4777/1
opportunity [1]  4802/9
opposed [1]  4738/23
opt [1]  4718/6
optimization [1]
4700/1
optimizing [1]  4687/1
order [5]  4759/8
4771/16 4793/8
4793/19 4795/3
organization [1]
4686/16
organizing [1]  4713/7
other [51]  4687/17
4689/2 4689/3 4690/15
4690/25 4695/3
4699/22 4707/6 4711/6
4712/18 4716/7
4720/22 4722/21
4726/7 4726/12
4732/14 4733/15
4734/9 4735/5 4735/8
4746/9 4746/19 4748/2

4751/17
4751/18 4751/25
4752/22 4753/2
4755/15 4759/6
4759/14 4761/23
4775/11 4778/25
4780/11 4780/15
4781/1 4781/1 4781/3
4781/4 4781/8 4783/10
4789/10 4795/8 4798/2
4798/5 4798/11
4798/17 4799/23
4803/4
others [1]  4711/11
otherwise [1]  4798/18
our [58]  4686/14
4687/23 4688/25
4692/3 4692/5 4692/13
4694/6 4694/12
4694/18 4698/24
4698/24 4699/1 4699/6
4699/10 4702/16
4706/2 4706/7 4707/3
4707/6 4707/18
4709/14 4709/20
4709/21 4719/18
4721/24 4725/4
4728/25 4730/5
4730/20 4730/21
4731/14 4731/15
4731/18 4734/22
4738/23 4738/25
4738/25 4739/2
4739/22 4740/14
4740/23 4742/6
4742/23 4742/25
4743/6 4744/10
4746/18 4746/19
4751/18 4753/9 4757/3
4757/5 4757/9 4771/25
4803/9 4803/18
ours [1]  4692/15
ourselves [2]  4748/11
4751/22
out [24]  4698/15
4716/17 4732/11
4733/5 4733/13 4734/6
4734/9 4735/8 4742/23
4748/19 4749/7
4749/10 4774/22
4783/15 4786/11
4787/2 4788/11
4788/19 4790/13
4793/15 4795/11
4795/25 4801/9 4802/8
outcome [1]  4750/9
4796/13
outlining [1]  4699/1
output [1]  4803/9
outreach [1]  4702/8
outs [1]  4786/20
outside [5]  4690/7
4733/18 4739/17
4739/22 4752/22
over [29]  4692/5
4711/15 4711/24
4716/11 4728/23

4821

**O**

**over... [24]** 4729/1
4729/20 4730/12
4732/18 4732/19
4733/13 4733/23
4735/20 4744/10
4762/2 4763/22
4767/21 4768/5 4778/5
4778/5 4779/14
4781/21 4783/9
4784/16 4786/4
4786/22 4790/20
4796/25 4803/6
**overall [3]** 4732/5
4763/2 4779/12
**overcome [1]** 4766/8
**overlap [1]** 4757/5
**overseeing [1]** 4685/1
**overview [1]** 4698/1
**own [2]** 4733/16
4754/16
**Ownership [1]** 4766/21

**P**

**p.m [2]** 4717/23 4804/7
**packet [5]** 4685/25
4688/10 4690/3 4692/9
4712/10
**page [26]** 4686/10
4686/10 4686/23
4693/23 4695/10
4699/1 4705/13
4714/14 4714/21
4717/23 4722/15
4722/16 4722/18
4723/4 4727/14 4730/8
4736/10 4736/10
4742/9 4742/18 4745/5
4746/12 4747/4
4748/23 4753/22
4763/13
**page 266 [1]** 4686/10
**pages [6]** 4686/4
4735/15 4735/15
4735/20 4747/4
4753/17
**painful [4]** 4697/25
4698/5 4718/2 4718/19
**Pandu [1]** 4769/1
**Pandu Nayak [1]**
4769/1
**paragraph [7]** 4694/15
4704/15 4704/16
4711/1 4754/25 4755/1
4755/5
**paragraphs [2]** 4726/3
4726/10
**parenthetical [2]**
4712/15 4713/11
**part [22]** 4684/12
4694/23 4707/3
4707/18 4717/23
4729/8 4732/2 4732/3
4733/10 4739/12
4739/13 4746/9
4747/10 4747/10
4748/19 4750/25
4757/3 4757/7 4786/10

**Part 1 [1]** 4747/10
**Part 2 [1]** 4747/10
4748/19
**participants [3]**
4780/23 4781/7
4797/24
**participate [1]** 4692/16
**particular [1]** 4686/4
**parties [6]** 4713/10
4762/11 4802/4 4802/7
4802/18 4803/7
**partner [1]** 4774/15
**partnering [1]** 4687/10
**partners [1]** 4692/21
**party [5]** 4712/25
4713/2 4713/10
4723/11 4762/14
**Pass [1]** 4716/13
**past [1]** 4764/25
**paste [5]** 4732/17
4732/17 4732/19
4732/22 4733/17
**patented [1]** 4776/8
**PATTERSON [1]**
4679/18
**pause [1]** 4736/1
**pay [7]** 4774/23
4788/20 4789/16
4789/17 4790/9
4790/11 4793/25
**paying [3]** 4774/18
4774/24 4790/8
**pbwt.com [1]** 4679/21
**PC [1]** 4680/13
**PCs [4]** 4770/11
4770/12 4770/15
4783/1
**Pegasus [1]** 4765/1
**penny [2]** 4790/7
4790/11
**people [5]** 4735/7
4737/5 4737/7 4737/8
4783/11
**per [10]** 4737/16
4737/16 4737/19
4770/14 4770/16
4770/19 4779/3 4779/4
4781/24 4782/25
**perceived [1]** 4749/21
**percent [55]** 4690/20
4690/21 4690/23
4690/24 4691/11
4691/18 4692/11
4694/2 4694/7 4695/15
4704/21 4704/21
4711/16 4711/17
4711/25 4712/2 4712/3
4712/12 4713/18
4715/8 4715/12
4715/25 4745/5
4745/11 4761/14
4762/7 4763/2 4772/17
4774/23 4774/23
4778/5 4778/6 4778/9
4778/11 4778/13
4779/14 4779/15

**Part 4/17 4785/7**
**Part 4/17 4785/7**
4788/25 4789/6
4789/21 4789/22
4790/9 4791/17
4791/17 4791/19
4792/22 4792/22
4795/24 4797/9
**percentage [16]**
4689/1 4689/7 4689/19
4690/9 4690/10 4691/1
4691/22 4691/23
4695/17 4715/17
4724/1 4772/6 4772/8
4772/9 4774/18
4774/24
**perfect [1]** 4790/7
**performance [3]**
4705/16 4705/16
4705/24
**perhaps [2]** 4740/20
4799/17
**period [24]** 4692/20
4696/11 4696/23
4697/2 4700/9 4701/21
4708/22 4713/19
4713/25 4714/22
4724/14 4731/4 4731/8
4743/13 4743/24
4750/21 4750/22
4754/14 4763/22
4783/21 4783/22
4783/22 4786/5
4786/22
**periodic [1]** 4743/1
**periods [3]** 4697/8
4749/12 4754/12
**person [2]** 4721/22
4730/16
**perspective [1]** 4738/5
**peruse [1]** 4686/1
**pharmaceutical [1]**
4776/6
**phase [1]** 4728/16
**Philip [1]** 4680/8
**phone [1]** 4763/1
**phones [2]** 4781/24
4783/2
**phrase [1]** 4790/6
**picked [1]** 4780/19
**picks [1]** 4782/2
**picture [1]** 4762/16
**pie [1]** 4744/22
**piece [2]** 4782/20
4796/1
**pieces [5]** 4759/19
4761/2 4777/4 4777/19
4782/11
**Pipeline [2]** 4745/24
4745/25
**pivot [1]** 4749/15
**place [3]** 4696/20
4699/3 4743/3
**placed [3]** 4683/7
4689/22 4690/13
**places [1]** 4707/6
**Plaintiff [4]** 4679/11
4680/2 4682/10 4683/3

**PLAINTIFF'S [2]** 4723/3 4772/16
4681/4 4681/13
**plaintiffs [7]** 4678/4
4679/2 4683/16 4758/3
4800/10 4802/6
4803/25
**plaintiffs' [8]** 4683/1
4693/20 4705/10
4787/13 4798/23
4800/14 4800/15
4803/5
**plan [2]** 4699/3
4742/23
**planned [1]** 4749/7
**planning [20]** 4693/2
4698/16 4698/24
4699/1 4699/7 4707/22
4742/18 4742/22
4743/12 4743/13
4743/17 4744/1 4744/4
4744/9 4744/10
4744/11 4745/9 4747/9
4747/15 4748/19
**Planning-Summary [1]**
4743/17
**Planning-What [1]**
4748/19
**plans [1]** 4743/6
**PLAs [1]** 4797/13
**platform [13]** 4693/4
4693/5 4700/21
4720/15 4724/23
4732/23 4734/10
4734/19 4741/22
4744/8 4748/14
4781/16 4781/19
**platform's [1]** 4752/9
**platforming [1]** 4744/7
**platforms [4]** 4686/19
4734/15 4752/22
4755/15
**play [3]** 4759/13
4759/15 4775/10
**please [6]** 4682/4
4683/6 4697/16
4741/13 4800/8 4803/5
**plotted [2]** 4771/21
4771/24
**plus [1]** 4686/15
**PM [2]** 4729/19
4730/12
**point [29]** 4685/19
4689/13 4691/9
4692/25 4698/11
4701/13 4701/22
4702/25 4712/1 4714/2
4718/5 4718/17 4719/8
4720/21 4727/17
4734/2 4742/13
4749/20 4751/5
4756/20 4757/7
4758/19 4759/16
4769/3 4769/7 4772/5
4782/12 4789/23
4790/7
**points [9]** 4713/25
4719/6 4727/16
4759/17 4767/8 4769/4

**PLAINTIFF's [2]** 4772/16
4788/23
**poorly [1]** 4788/11
**portion [4]** 4684/13
4771/12 4787/18
4788/11
**portions [1]** 4803/20
**posi [1]** 4785/19
**position [3]** 4683/24
4684/25 4802/17
**possesses [1]** 4760/4
**possible [2]** 4739/24
4771/23
**post [2]** 4692/13
4701/2
**potential [2]** 4696/23
4707/12
**power [35]** 4760/5
4760/8 4760/8 4760/13
4760/14 4760/15
4760/18 4760/20
4763/18 4763/21
4763/24 4764/19
4767/22 4769/18
4769/23 4771/1 4771/5
4774/4 4775/1 4775/13
4775/24 4776/2 4776/2
4776/9 4777/10
4796/17 4796/22
4796/24 4796/25
4797/4 4797/11
4797/16 4798/4 4798/9
4798/10
**powerful [2]** 4774/14
4774/15
**practice [2]** 4703/25
4704/11
**predicted [1]** 4791/11
**prepare [1]** 4800/2
**prepared [4]** 4688/10
4696/9 4696/23
4758/11
**presentation [3]**
4758/11 4760/2
4760/17
**president [1]** 4769/2
**presiding [1]** 4682/3
**pressure [5]** 4788/25
4789/9 4794/25 4796/4
4796/9
**pretty [12]** 4719/14
4731/5 4733/2 4733/4
4733/6 4735/7 4737/12
4749/13 4752/24
4753/25 4770/15
4774/13
**Prettyman [1]** 4680/18
**previous [3]** 4711/2
4711/23 4752/18
**previously [4]** 4711/23
4729/22 4758/4
4766/17
**price [24]** 4776/18
4783/5 4783/7 4783/15
4783/20 4783/22
4783/23 4784/2
4784/13 4784/14
4784/16 4784/16

**price... [12]** 4784/24
4784/24 4785/6
4789/11 4789/11
4790/10 4790/20
4791/13 4791/25
4793/22 4796/8 4797/1
**priced [1]** 4788/12
**prices [31]** 4782/9
4782/13 4782/22
4782/25 4783/5 4783/9
4783/9 4783/11
4783/12 4784/9 4784/9
4785/1 4785/11 4786/4
4786/12 4786/12
4786/13 4786/25
4787/1 4787/5 4790/2
4790/3 4790/7 4791/5
4791/19 4791/22
4792/9 4792/22
4792/24 4796/6 4797/3
**pricing [11]** 4785/25
4786/1 4788/13
4788/14 4788/25
4789/9 4790/25
4791/17 4796/4 4796/5
4797/11
**primarily [4]** 4704/19
4704/20 4704/23
4730/21
**primary [2]** 4687/24
4711/3
**prio [3]** 4699/23
4720/22 4722/3
**prior [12]** 4692/2
4692/13 4694/25
4695/5 4695/10 4698/4
4714/25 4715/4
4729/23 4729/25
4730/20 4743/4
**priorities [5]** 4694/12
4706/11 4715/21
4715/22 4716/10
**prioritization [9]**
4698/25 4707/4
4707/18 4721/25
4731/15 4731/18
4742/23 4742/25
4751/25
**prioritize [1]** 4719/3
**prioritizes [1]** 4730/20
**priority [3]** 4699/23
4699/24 4699/25
**Privacy [1]** 4685/13
**privileged [1]** 4696/1
**proceed [1]** 4682/18
**proceeding [1]**
4700/17
**proceedings [4]**
4678/9 4680/21 4804/7
4805/2
**process [9]** 4698/25
4707/4 4707/19
4720/17 4721/25
4731/15 4732/19
4740/9 4742/23
**produce [1]** 4769/22
**produced [1]** 4680/21

**producent [1]** 4784/16 4784/24
**produces [1]** 4784/23
**producing [1]** 4748/11
**product [39]** 4683/24
4683/25 4684/1 4684/7
4684/12 4684/20
4684/20 4684/23
4685/1 4685/2 4685/6
4685/9 4685/13
4686/11 4686/13
4686/15 4686/16
4687/2 4687/4 4687/24
4688/15 4688/16
4688/25 4692/25
4693/25 4700/22
4700/23 4724/17
4725/25 4728/3
4731/13 4734/22
4736/20 4739/22
4744/8 4745/10
4746/16 4746/18
4746/20
**products [3]** 4687/17
4753/3 4769/20
**professor [26]** 4740/19
4757/19 4758/10
4760/7 4762/19 4763/3
4763/13 4765/7
4766/24 4769/10
4770/23 4773/11
4775/1 4775/5 4777/8
4778/16 4781/11
4782/7 4784/25
4790/19 4796/12
4798/15 4799/16
4800/5 4801/7 4801/8
**Professor Whinston
[2]** 4775/5 4800/5
**profit [7]** 4774/12
4774/22 4774/24
4775/12 4775/16
4775/17 4788/18
**profitable [1]** 4792/25
**profiting [1]** 4774/22
**profits [6]** 4773/24
4774/3 4774/6 4775/21
4776/14 4790/16
**program [1]** 4692/16
**project [25]** 4684/11
4692/7 4697/5 4700/18
4700/21 4703/1
4705/17 4705/25
4706/6 4724/21
4724/25 4727/1 4727/2
4728/9 4728/13 4729/3
4729/14 4741/21
4744/7 4744/13 4756/9
4757/7 4757/8 4786/10
4786/23
**Project MYX [10]**
4692/7 4697/5 4705/17
4705/25 4706/6 4728/9
4728/13 4729/3 4757/7
4757/8
**promo [2]** 4690/3
4712/10
**promoted [3]** 4684/19

**promotion [4]** 4685/15
4697/17 4696/24
4697/2
**promotional [4]**
4685/24 4685/25
4688/10 4692/9
**proper [1]** 4798/6
**proposal [2]** 4697/19
4709/17
**proposals [2]** 4803/5
4803/5
**propose [1]** 4803/2
**proposed [3]** 4703/5
4703/5 4802/5
**proposes [1]** 4702/7
**proposing [1]** 4709/1
**proposition [1]** 4687/2
**protected [4]** 4760/5
4760/15 4760/21
4777/11
**Protection [2]** 4679/13
4680/4
**provide [6]** 4688/19
4698/1 4735/5 4737/22
4751/9 4801/15
**provided [4]** 4735/22
4761/19 4800/7
4800/12
**providing [2]** 4688/11
4689/6
**PSX1110 [2]** 4697/9
4717/14
**PSX436 [3]** 4685/22
4693/14 4693/20
**PSX450 [2]** 4710/12
4722/11
**PSX462 [1]** 4701/6
**PSX572 [2]** 4725/4
4725/8
**PSX668 [2]** 4721/3
4721/5
**PSX812 [2]** 4682/21
4683/1
**public [1]** 4803/20
**publicly [1]** 4744/14
**pull [1]** 4737/10
**purposes [1]** 4756/9
**put [18]** 4685/25
4718/20 4722/9
4722/17 4724/5
4725/10 4730/8 4742/9
4750/12 4754/5
4754/24 4755/1 4765/4
4772/10 4773/21
4781/1 4790/16
4793/13
**putting [5]** 4690/3
4709/20 4710/17
4788/25 4789/8
**PX1195 [1]** 4704/24
**PX3023 [1]** 4703/16
**PX431 [1]** 4707/23

**Q**

**quality [12]** 4766/13
4766/15 4767/24
4768/1 4768/10

4771/13 4772/16
4772/22 4776/19
4776/19
**quantify [1]** 4704/22
**quarter [9]** 4713/16
4713/21 4714/25
4715/1 4715/3 4715/4
4715/12 4716/11
4716/11
**quarterly [4]** 4744/4
4744/5 4744/9 4744/10
**quashing [1]** 4791/8
**queries [17]** 4761/19
4761/20 4763/1
4770/12 4770/20
4771/19 4772/9 4772/9
4773/17 4773/19
4773/20 4773/21
4779/5 4783/12
4783/19 4783/21
4791/17
**query [13]** 4769/25
4770/4 4770/7 4770/14
4770/16 4774/20
4779/1 4779/2 4779/3
4779/4 4781/24
4785/17 4788/21
**question [21]** 4691/19
4697/16 4698/6
4705/22 4707/9 4708/5
4709/16 4709/17
4712/23 4714/17
4714/22 4725/10 4740/3
4746/13 4776/11
4776/13 4787/17
4788/14 4792/4
4800/19 4803/12
**questions [12]**
4717/12 4724/9
4724/11 4725/16
4742/14 4743/11
4753/1 4754/8
4755/18 4758/17
4798/13 4800/1
**quick [3]** 4712/23
4746/13 4756/4
**quickly [2]** 4733/9
4755/22
**quite [6]** 4719/1 4727/4
4734/16 4734/22
4768/8 4768/9
**quote [1]** 4687/1
**quotes [1]** 4732/8

**R**

**race [2]** 4794/11
4796/19
**raise [13]** 4683/6
4782/8 4785/11
4786/12 4786/12
4786/13 4786/25
4787/1 4787/5 4791/13
4791/19 4791/21
4797/2
**raised [2]** 4792/9
4792/13
**raises [1]** 4782/13

**raising [5]** 4785/1
4790/3 4790/25 4791/5
4792/24
**Ralph [1]** 4679/14
**ran [2]** 4692/25 4794/1
**random [2]** 4794/1
4794/20
**randomize [2]** 4793/6
4793/7
**randomly [2]** 4773/21
4794/21
**range [2]** 4696/25
4768/19
**ranged [1]** 4779/14
**ranges [1]** 4778/4
**rank [2]** 4789/2 4794/3
**ranked [2]** 4788/16
4788/19 4789/4
**ranking [2]** 4771/16
4791/12
**rapid [1]** 4693/2
**rate [3]** 4695/14 4782/2
4791/11
**re [2]** 4744/7 4799/20
**re-do [1]** 4799/20
**re-platforming [1]**
4744/7
**reach [1]** 4733/24
**reached [1]** 4802/8
**read [10]** 4725/14
4732/3 4778/10 4784/5
4785/9 4786/18
4786/19 4787/7
4787/11 4788/2
**ready [5]** 4699/6
4701/25 4741/15
4757/18 4757/25
**real [5]** 4699/13 4722/2
4736/21 4770/6 4796/7
**real-world [1]** 4736/21
**realize [1]** 4796/3
**really [29]** 4709/16
4710/18 4712/8
4751/19 4759/4 4770/6
4772/8 4772/11
4772/20 4775/12
4775/22 4775/22
4777/1 4779/20 4781/5
4783/1 4783/9 4785/14
4788/15 4790/1 4790/1
4790/2 4791/1 4794/9
4794/22 4796/5 4796/8
4796/14 4796/15
**Realtime [1]** 4680/17
**reason [3]** 4709/3
4782/16 4793/22
**rebuild [1]** 4742/1
**recall [28]** 4694/21
4695/1 4696/5 4696/5
4697/4 4697/8 4700/15
4701/1 4701/22 4710/9
4710/17 4710/17
4711/8 4718/3 4722/5
4722/21 4723/18
4723/22 4727/10
4729/3 4729/5 4744/15
4749/20 4750/9
4750/22 4754/14

recall... [2] 4791/1
4791/7
recalling [1] 4700/25
Recap [1] 4742/19
receive [1] 4725/19
received [9] 4683/1
4693/20 4701/23
4704/7 4705/10
4738/10 4754/6
4785/17 4798/23
recency [1] 4759/4
recent [1] 4714/22
recently [2] 4714/24
4789/24
recess [3] 4741/9
4741/10 4804/6
recognition [4] 4765/9
4766/3 4766/7 4785/21
recognize [2] 4744/22
4755/10
recollection [4] 4714/8
4715/11 4726/19
4773/7
reconsider [1] 4708/18
record [8] 4717/17
4721/15 4784/21
4787/13 4787/20
4790/4 4796/1 4805/3
recorded [1] 4680/21
recount [1] 4713/24
RECROSS [1] 4681/12
recruitment [1]
4701/25
red [2] 4761/4 4770/14
redacted [11] 4709/2
4742/13 4742/15
4745/1 4747/13
4748/18 4764/14
4768/14 4770/10
4772/2 4787/6
redactions [4] 4710/22
4801/4 4802/5
4802/10
redesigning [1]
4700/21
REDIRECT [2] 4681/12
4755/20
reduce [2] 4710/1
4771/25
reduced [1] 4772/15
reduction [2] 4774/19
4792/23
refer [11] 4686/11
4695/10 4695/15
4698/18 4719/22
4723/11 4725/3
4748/13 4749/2
4752/17 4755/7
reference [5] 4697/18
4709/2 4711/18
4727/10 4732/7
referenced [1] 4695/10
referred [8] 4695/17
4695/21 4724/22
4737/21 4749/18
4797/8 4797/23
4797/25

referring [17] 4686/7
4687/4 4687/16
4688/16 4688/21
4688/23 4691/12
4696/6 4697/6 4700/7
4700/10 4709/8
4709/13 4709/20
4711/13 4712/9
4712/10 4713/4 4713/5
4713/9 4727/9 4736/18
4742/25 4743/5
4746/21 4765/15
4782/20
refers [3] 4745/25
4752/8 4766/2
reflected [2] 4691/5
4735/19
reflecting [2] 4691/22
4692/4
reflection [1] 4716/4
refresh [3] 4697/13
4714/7 4715/11
refuse [1] 4724/18
refused [1] 4724/20
regarding [5] 4687/9
4705/16 4708/8 4801/4
4801/4
Registered [1] 4680/17
regularly [2] 4694/13
4735/1
relate [1] 4716/2
related [3] 4717/12
4746/1 4747/4
relates [2] 4710/23
4745/2
relating [1] 4748/7
relations [1] 4684/5
relationship [1] 4772/4
relevant [4] 4760/6
4763/17 4782/4
4788/20 4793/13
4798/9
reliable [2] 4762/12
4798/5
relied [2] 4761/2
4778/22
relies [2] 4744/9
4759/8
rely [4] 4761/16
4777/20 4778/21
4779/16
relying [5] 4704/3
4704/9 4780/6 4780/22
4781/19
remarketing [2]
4758/18 4759/7
remember [14] 4693/7
4696/25 4697/2
4730/15 4749/23
4754/17 4772/12
4773/4 4773/6 4789/24
4794/6 4794/9 4802/1
4802/7
remembering [1]
4684/22
remind [1] 4760/3
reminded [1] 4693/13
renamed [1] 4684/16

repeat [2] 4753/20
4733/7
replaced [1] 4711/6
replacing [1] 4738/21
replatforming [1]
4700/23
reply [1] 4702/7
report [4] 4701/13
4701/21 4753/20
4792/2
reported [3] 4701/17
4701/20 4702/18
reporter [5] 4680/16
4680/17 4680/17
4680/18 4740/24
reporting [2] 4686/25
4718/6
reports [1] 4765/25
represent [3] 4690/5
4690/6 4755/5
representing [2]
4687/25 4688/6
represents [1] 4712/12
reputation [1] 4769/11
request [7] 4692/23
4706/2 4718/18
4738/19 4739/7
4739/15 4804/3
requested [3] 4687/25
4710/22 4721/22
requests [7] 4699/25
4716/2 4716/6 4720/22
4722/4 4722/7 4724/17
requirements [3]
4684/13 4687/9
4702/20
Research [1] 4780/15
residual [1] 4781/6
resource [2] 4709/3
4719/2
resources [6] 4709/14
4709/18 4709/20
4709/21 4731/16
4742/1
respect [2] 4689/21
4766/18
respond [4] 4703/9
4703/12 4708/7
4782/18
responded [2] 4761/20
4761/21
response [9] 4698/5
4698/5 4698/8 4698/9
4703/5 4730/13
4749/25 4775/20
4795/5
responses [1] 4717/24
responsibilities [3]
4684/11 4685/10
4685/19
responsible [5] 4684/4
4684/12 4684/25
4685/13 4686/14
responsive [3] 4720/8
4726/16 4736/2
responsiveness [11]
4770/24 4770/25
4771/4 4771/9 4776/16

restoring [2] 4751/21
4782/21 4791/25
4792/5 4798/1
rest [1] 4797/14
restricted [1] 4687/9
restriction [1] 4687/13
result [4] 4706/15
resulted [1] 4692/7
results [3] 4706/8
4768/21 4773/22
resume [2] 4740/15
4757/18
RESUMED [1] 4758/4
retailer [1] 4734/21
retain [1] 4768/2
return [1] 4800/6
revenue [21] 4688/7
4765/5 4770/2 4770/3
4770/13 4770/19
4772/7 4774/18
4774/18 4774/19
4774/25 4778/24
4779/3 4779/4 4779/4
4779/19 4780/10
4781/24 4791/16
4792/10 4792/22
review [5] 4799/14
4799/22 4800/12
4802/9 4803/18
reviewed [1] 4802/17
reviewing [2] 4799/7
4803/9
rGSP [4] 4793/6
4794/1 4794/24
4795/14
right [80] 4682/15
4682/23 4683/6 4683/9
4686/5 4688/9 4698/10
4698/17 4699/2 4699/4
4699/17 4699/23
4700/5 4700/9 4700/14
4700/18 4702/5
4702/11 4702/13
4702/21 4703/24
4704/5 4704/18 4706/4
4706/12 4706/18
4708/14 4708/17
4709/23 4710/19
4712/16 4713/5
4713/12 4713/15
4715/4 4715/10 4716/3
4718/15 4719/6
4720/21 4740/14
4741/15 4745/4
4750/23 4751/2 4751/2
4753/13 4755/25
4756/3 4756/10 4757/7
4757/13 4757/17
4757/24 4758/21
4763/19 4764/11
4764/21 4773/15
4773/16 4774/9 4776/1
4777/3 4778/12
4789/13 4790/8 4795/9
4795/12 4798/21
4799/1 4800/5 4801/2
4801/17 4801/22
4801/25 4802/3

4803/16 4803/17
right-hand [2] 4686/5
4753/13
rise [4] 4682/2 4741/8
4741/11 4804/5
rises [1] 4762/8
risk [3] 4699/14
4699/18 4722/2
risks [2] 4695/20
rivals [9] 4767/21
4768/1 4768/2 4768/6
4769/21 4770/8
4772/23 4775/9
4781/22
RMR [2] 4805/2 4805/8
road [4] 4742/14
4779/25 4780/1
4780/21
roadmap [19] 4686/14
4697/19 4698/19
4702/9 4702/16
4702/19 4707/7
4707/21 4731/2 4731/3
4731/7 4731/24
4743/19 4746/6 4747/9
4748/19 4749/7 4749/8
4749/11
ROAS [1] 4736/15
robust [1] 4733/4
role [3] 4686/11
4729/25 4730/15
roles [1] 4685/16
roll [1] 4787/1
ROSATI [1] 4680/13
roughly [3] 4692/10
4774/13 4778/6
round [1] 4799/9
rows [2] 4736/14
4740/5
RPM [1] 4759/14
RSA [5] 4698/12
4719/6 4720/5 4720/8
4719/6 4720/5 4720/8
rubber [3] 4779/24
4780/1 4780/21
rules [6] 4716/9
4785/11 4796/20
4796/20 4799/4 4800/6
run [6] 4695/14 4737/4
4737/6 4781/18
4794/13 4794/17
runner [6] 4788/24
4789/3 4789/3 4789/5
4794/6 4794/7
runner-up [1] 4789/3
runner-up's [1] 4789/5
runners [1] 4794/20
running [8] 4733/14
4736/25 4737/1 4737/3
4794/22 4794/22
4794/22 4796/19
runs [3] 4785/16
4785/18 4786/4
Ryan [6] 4701/12
4701/14 4701/17
4708/1 4708/7 4710/5
Ryan Krueger [1]

4824

**R**

Ryan Krueger... [1]
4708/1

**S**

SA [2] 4710/25 4738/18
SA3 [6] 4716/5 4728/12
4738/17 4738/22
4745/18 4750/13
SA360 [100] 4684/17
4684/20 4685/1 4685/1
4685/6 4685/20
4686/11 4686/21
4687/5 4687/14
4687/17 4690/10
4690/15 4690/21
4690/24 4691/2
4691/14 4691/15
4691/17 4691/23
4692/1 4692/8 4694/24
4695/8 4697/19
4698/19 4700/12
4700/20 4702/2 4706/3
4706/15 4707/13
4710/15 4711/1 4711/6
4711/14 4711/16
4711/24 4712/12
4713/17 4714/18
4715/13 4715/19
4718/23 4718/23
4718/25 4720/10
4722/12 4723/3
4723/24 4724/22
4724/23 4730/18
4730/20 4730/22
4730/23 4731/22
4732/22 4733/11
4733/18 4733/19
4733/19 4734/3 4734/6
4734/8 4734/9 4734/13
4734/14 4735/4 4735/8
4735/23 4736/6
4738/18 4739/3
4739/10 4739/25
4740/6 4741/21
4742/18 4743/19
4743/25 4743/25
4746/15 4746/17
4746/22 4751/3 4751/5
4751/9 4751/13
4751/15 4752/22
4754/19 4754/20
4755/11 4755/14
4755/15 4755/24
4756/3 4756/20 4757/9
SA360's [5] 4687/9
4689/21 4723/8 4739/2
4742/2
Safe [1] 4757/16
Safty [1] 4788/1
Safty's [1] 4787/12
said [25] 4694/19
4696/8 4699/15
4702/12 4702/22
4704/17 4710/1
4711/24 4713/20
4716/6 4719/10
4733/17 4756/14

4773/17 4778/8
4779/23 4785/9
4788/10 4790/4
4793/22 4799/17
4800/3
sales [1] 4718/18
Sallet [1] 4679/12
same [10] 4694/15
4721/11 4732/13
4735/14 4762/16
4767/12 4770/16
4781/14 4792/18
4795/24
Samsung [2] 4801/12
4802/7
Sanan [2] 4698/2
4698/3
Sandbox [1] 4685/14
saw [2] 4750/13
4776/15
say [50] 4688/6
4688/14 4699/13
4700/16 4706/24
4707/14 4708/14
4709/2 4709/17
4709/19 4710/25
4711/15 4712/11
4712/12 4712/14
4713/1 4715/7 4724/2
4733/12 4733/22
4737/15 4739/1
4748/24 4749/4
4752/11 4757/21
4762/9 4767/3 4768/14
4768/20 4768/25
4769/21 4770/10
4770/18 4771/22
4772/2 4772/18
4772/25 4774/9
4775/20 4783/3
4783/25 4784/3 4784/4
4787/22 4790/3
4793/18 4795/20
4798/18 4801/12
saying [15] 4702/15
4707/11 4712/1
4715/14 4732/16
4743/16 4745/11
4756/17 4772/12
4775/25 4788/6 4789/5
4789/20 4790/10
4791/16
says [16] 4687/3
4702/3 4718/6 4718/18
4718/22 4719/6 4720/4
4720/21 4727/21
4743/18 4747/9
4752/15 4753/14
4786/24 4788/24
4790/6
scale [7] 4766/10
4766/11 4766/12
4766/13 4766/15
4766/18 4766/19
Schliesske [4] 4718/20
4722/17 4725/10
4729/9

4682/11 4787/25
4799/2
scope [1] 4702/20
score [12] 4768/16
4768/18 4771/23
4772/1 4772/5 4772/13
4772/16 4773/2
4773/12 4788/25
4789/7 4793/23
score is [1] 4789/7
scores [3] 4768/13
4768/20 4773/15
screen [1] 4725/11
4755/4
screenshot [1]
4698/25
sealed [1] 4789/25
search [80] 4684/5
4684/9 4684/14
4684/16 4687/21
4687/23 4687/23
4689/14 4694/1 4711/4
4711/7 4719/16 4720/8
4724/18 4726/1
4726/16 4726/18
4730/12 4736/2 4736/2
4737/10 4739/16
4748/1 4750/24
4753/14 4753/17
4759/9 4759/9 4759/11
4760/19 4760/22
4761/7 4761/14
4761/23 4763/18
4764/2 4764/17
4764/18 4765/2 4765/5
4765/15 4767/8
4767/21 4767/24
4768/6 4768/10
4768/21 4769/2
4769/24 4772/5 4772/7
4777/11 4777/14
4777/24 4778/3
4778/17 4778/20
4778/23 4778/25
4779/7 4779/13
4779/19 4779/21
4779/22 4780/6
4780/10 4780/10
4780/23 4781/4 4781/4
4781/21 4783/1 4785/7
4785/8 4796/23 4797/2
4797/4 4797/7 4797/10
4797/12
Search Ads 360 [1]
4726/1
searches [1] 4768/20
seat [1] 4683/5
seated [2] 4682/5
4741/13
second [46] 4689/13
4698/11 4703/20
4705/13 4707/24
4710/25 4713/16
4713/21 4715/1 4715/3
4715/12 4721/6
4721/10 4721/20
4722/16 4723/4

4741/22 4743/15
4758/14 4763/4 4760/4
4760/15 4763/14
4764/17 4765/7 4766/2
4775/3 4782/16
4782/19 4782/19
4783/25 4787/6 4787/8
4788/22 4789/4
4789/10 4789/14
4789/19 4791/10
4791/1 4793/9
4793/22 4793/24
4796/1
section [2] 4679/13
4710/1
secured [1] 4694/16
securing [1] 4695/1
see [68] 4686/8 4703/3
4706/16 4707/16
4709/5 4713/23 4714/7
4715/18 4717/8
4717/19 4717/25
4718/5 4719/7 4720/23
4721/11 4722/25
4726/6 4726/14
4727/19 4731/12
4736/3 4743/9 4743/18
4743/23 4747/7 4747/8
4747/11 4747/17
4748/23 4749/3 4750/4
4753/13 4755/12
4757/17 4760/24
4761/1 4761/10 4762/4
4762/6 4762/7 4762/23
4764/1 4764/4 4764/10
4764/14 4766/5
4770/15 4771/17
4772/3 4775/11
4776/15 4776/22
4777/19 4778/2
4779/13 4782/14
4782/22 4784/11
4785/3 4785/4 4785/21
4790/22 4792/9
4795/15 4797/1
4797/24 4798/8 4801/9
seeing [5] 4750/19
4786/17 4786/17
4786/19 4795/25
seen [4] 4784/25
4785/10 4790/10
4795/14
segment [2] 4717/23
4797/12
select [1] 4692/21
selling [2] 4797/13
4797/17
SEM [30] 4688/16
4689/2 4689/8 4689/12
4689/21 4689/22
4689/25 4690/15
4690/22 4690/1 4691/5
4711/1 4711/6 4711/16
4712/11 4712/12
4712/16 4712/18
4712/24 4713/2
4713/10 4713/14

4723/21 4723/11
4723/12 4723/12
4723/25 4724/1 4734/6
4755/9
send [2] 4739/10
4803/5
sending [2] 4739/16
4740/1
sends [1] 4708/11
senior [4] 4684/19
4684/22 4684/23
4685/9
sense [12] 4715/22
4735/10 4759/10
4765/6 4768/4 4769/5
4769/8 4769/15
4774/11 4777/5 4781/6
4793/11
sensitive [1] 4694/17
sent [4] 4698/3 4702/5
4709/24 4710/9
sentence [2] 4710/6
4730/19 4782/11
separate [4] 4740/8
4776/12
separately [3] 4738/14
4740/7 4770/11
September [2] 4692/8
4696/9
serve [1] 4770/4
served [3] 4711/1
4768/22 4773/17
server [1] 4770/1
servers [1] 4770/1
service [1] 4781/16
services [11] 4760/19
4760/22 4761/7
4761/14 4763/18
4764/2 4764/17 4765/2
4767/24 4768/10
4769/24
serving [2] 4769/25
4774/20
session [3] 4741/12
4798/18 4801/16
set [9] 4704/2 4716/10
4726/7 4726/22
4728/21 4732/12
4743/20 4746/17
4754/8
setting [6] 4703/25
4704/3 4737/22
4776/18 4796/20
4798/20
settings [1] 4704/9
several [2] 4735/20
4751/11
Severt [4] 4679/6
4757/25 4758/1
4758/17
share [23] 4688/20
4689/8 4689/10
4689/21 4690/6
4690/20 4711/18
4713/25 4723/17
4761/11 4761/12
4762/2 4762/7 4762/20
4762/24 4762/25

**share... [7]** 4763/2
4764/20 4772/15
4772/17 4778/3
4779/12 4780/3
**shared [2]** 4702/9
4711/11
**shares [16]** 4761/5
4761/6 4761/16 4762/1
4763/4 4763/10
4763/10 4777/21
4777/22 4778/16
4778/21 4779/1 4779/2
4779/8 4779/17 4781/8
**sharing [4]** 4738/7
4739/5 4739/7 4739/9
**she [5]** 4725/25
4726/16 4726/23
4730/15 4730/16
**sheet [2]** 4707/7
4707/21
**Shibani [1]** 4698/3
**shift [2]** 4749/18
4749/22
**shipped [1]** 4744/10
**Shirley [1]** 4730/13
**shoe [4]** 4736/25
4737/3 4737/4 4758/22
**shortened [2]** 4740/20
4741/2
**shorter [1]** 4803/10
**should [11]** 4701/3
4702/15 4762/9
4768/20 4771/22
4776/15 4786/12
4789/21 4792/16
4799/6 4799/7
**show [6]** 4726/5
4727/15 4758/22
4769/19 4782/14
4784/7
**showed [3]** 4773/1
4781/23 4791/24
**showing [12]** 4685/24
4743/3 4764/18
4768/18 4768/19
4770/11 4770/13
4772/24 4782/24
4785/10 4790/17
4792/2
**shown [3]** 4740/5
4784/1 4785/19
**shrink [1]** 4767/5
**shy [1]** 4763/1
**side [8]** 4686/18
4686/21 4693/4 4693/5
4709/9 4745/4 4745/23
4750/15
**sides [1]** 4682/24
**sign [8]** 4737/5 4737/7
4737/15 4737/16
**sign-up [1]** 4737/16
**significant [9]** 4765/23
4767/21 4768/9 4769/4
4772/13 4773/13
4781/21 4782/5
4797/14
**significantly [2]**

**signing [1]** 4737/9
**similar [5]** 4711/22
4712/9 4728/15 4747/8
4769/11
**similarly [1]** 4767/9
**simple [2]** 4732/10
4733/11
**simplify [1]** 4732/19
**simply [1]** 4696/2
**since [5]** 4683/22
4687/14 4707/6 4713/6
4798/17
**single [4]** 4691/10
4691/17 4692/10
4694/7
**sir [5]** 4686/9 4687/25
4707/9 4711/19
4757/14
**site [2]** 4719/16
4752/19
**situation [2]** 4760/9
4776/17
**six [9]** 4731/4 4731/8
4742/22 4742/24
4744/1 4744/3 4792/13
4792/16 4792/19
**six months [1]** 4744/3
**six-month [5]** 4731/4
4731/8 4742/22 4744/1
4792/19
**six-week [1]** 4792/13
**size [5]** 4775/21
4775/22 4780/16
4780/23 4781/15
**skinnier [1]** 4753/10
**skip [1]** 4729/20
**slide [47]** 4743/7
4743/15 4744/21
4758/10 4760/2
4760/17 4761/1 4761/4
4761/10 4762/4
4762/23 4764/5 4764/8
4764/14 4765/8
4767/19 4768/7
4769/20 4770/9 4770/9
4770/24 4771/7
4773/23 4777/9
4777/19 4777/25
4778/11 4779/11
4781/12 4782/15
4782/23 4785/4
4785/13 4785/13
4786/14 4786/15
4786/18 4786/19
4787/6 4790/17
4790/22 4790/23
4791/20 4792/1
4798/16 4798/22
4800/13
**Slide 49 [1]** 4762/23
**Slide 52 [1]** 4764/14
**Slide 53 [1]** 4765/8
**Slide 54 [1]** 4767/19
**Slide 55 [1]** 4768/7
**Slide 56 [1]** 4770/9
**Slide 57 [1]** 4770/24
**Slide 65 [1]** 4782/23

**Slide 69 [1]** 4790/22
**slides [6]** 4742/12
4742/15 4743/5
4747/16 4748/17
4785/20
**slightly [2]** 4751/17
4790/23
**slip [1]** 4796/15
**slots [1]** 4785/20
**small [2]** 4761/23
4784/19
**smaller [1]** 4766/15
**so [313]**
**So I think [4]** 4690/11
4784/15 4786/9
4801/19
**so it's [4]** 4741/2
4759/21 4772/2
4773/19
**So this email [1]**
4721/21
**so this is [4]** 4692/6
4745/11 4780/1
4783/23
**So this percentage [1]**
4690/9
**software [1]** 4752/12
**solid [1]** 4770/12
**Solved [1]** 4687/8
**some [62]** 4697/1
4707/15 4709/8
4709/12 4710/22
4711/10 4712/7
4712/18 4713/13
4713/14 4713/25
4714/2 4714/20
4716/17 4717/11
4717/12 4717/24
4718/2 4722/23
4723/15 4723/17
4724/9 4724/11
4725/15 4728/19
4729/9 4730/9 4731/1
4731/2 4731/6 4731/17
4742/12 4742/13
4743/18 4745/1 4745/4
4747/22 4747/24
4748/7 4748/13
4751/20 4752/18
4753/11 4753/14
4754/18 4759/10
4765/17 4768/4
4768/24 4769/24
4771/16 4774/7 4776/7
4776/7 4776/19
4780/21 4781/5
4792/23 4793/11
4794/20 4799/10
4802/6
**somebody [4]** 4719/15
4730/1 4737/14
4752/18
**someone [4]** 4752/15
4759/7 4759/18
4795/22
**something [25]**
4690/24 4694/13

**spend... [24]** 4688/25
4689/8 4689/10
4689/25 4690/7
4690/10 4690/14
4690/21 4690/22
4690/25 4691/4 4694/2
4713/17 4714/1
4714/17 4715/12
4724/1 4724/2 4737/14
4749/18 4749/21
4750/7 4750/16
4750/17
**spending [2]** 4716/5
4737/10
**spends [1]** 4713/25
**spent [2]** 4688/22
4774/5
**spill [1]** 4699/7
**spoke [2]** 4789/25
4793/7
**spoken [1]** 4791/2
**spot [3]** 4793/8
4793/13 4795/2
**squashing [1]** 4791/7
4791/18 4793/5
4793/21
**stable [2]** 4750/17
4750/19
**stage [2]** 4728/3
4728/19
**stages [1]** 4728/13
**stand [4]** 4695/14
4712/24 4758/4 4799/9
**standard [1]** 4774/19
4780/8
**standing [1]** 4682/24
**stands [6]** 4693/3
4712/25 4720/8 4720/9
4741/8 4804/5
**start [13]** 4686/10
4692/16 4697/1
4701/11 4701/25
4728/1 4733/14 4741/3
4777/24 4783/11
4795/24 4799/9 4803/9
**started [9]** 4684/3
4692/17 4697/3
4702/19 4727/5
4728/15 4729/5
4792/12 4803/8
**starting [3]** 4792/1
4792/6 4794/20
**starts [2]** 4758/17
4795/22
**StatCounter [6]**
4761/22 4762/5
4762/10 4762/13
4762/16 4762/25
**state [10]** 4679/12
4680/2 4680/4 4686/13
4687/23 4693/25
4699/20 4704/10
4704/19 4722/2
**stated [2]** 4701/25
4772/7
**statements [1]** 4712/7
**states [10]** 4678/1
4678/3 4678/10 4682/7

4713/4 4732/18
4737/15 4753/25
4756/17 4765/22
4766/7 4769/6 4770/1
4770/5 4772/23
4772/24 4773/8 4773/8
4776/11 4779/23
4780/11 4780/12
4797/3 4801/12
4803/12
**sometime [4]** 4697/1
4727/5 4744/16
4750/25
**sometimes [6]** 4699/7
4732/25 4745/17
4793/13 4794/11
4796/15
**somewhat [3]** 4747/4
4748/18 4778/5
**somewhere [2]** 4734/6
4754/21
**sonic [1]** 4700/4
**SONSINI [1]** 4680/12
**soon [1]** 4801/9
**sophisticated [1]**
4733/5
**sorry [24]** 4684/22
4689/15 4691/19
4696/7 4697/16
4699/21 4702/14
4705/22 4706/16
4707/24 4708/5
4712/20 4712/23
4713/19 4713/22
4718/11 4721/20
4757/21 4759/24
4762/13 4764/6
4765/12 4775/15
4801/6
**sort [1]** 4761/25
**sound [1]** 4738/4
**source [4]** 4763/6
4764/12 4780/8 4780/9
**sources [1]** 4780/14
**space [2]** 4688/15
4688/16 4711/17
4711/25 4712/1 4712/3
4712/16 4713/12
4773/7
**spans [1]** 4735/15
**speak [2]** 4800/14
4800/15
**speaking [3]** 4759/21
4788/13 4788/15
**specialized [1]** 4781/4
**specific [10]** 4696/13
4696/25 4702/20
4706/1 4710/23
4710/24 4713/24
4748/3 4748/9 4786/7
**specifically [5]** 4695/2
4711/8 4753/24
4765/24 4799/6
**specifics [3]** 4693/8
4700/15 4710/18
**speculating [1]**
4715/20

**states... [6]** 4682/10
4683/3 4695/22
4743/19 4755/8 4758/1
**States' [2]** 4754/25
4755/5
**static [1]** 4761/25
**Statistics [1]** 4784/23
**stenography [1]**
4680/21
**step [4]** 4724/7 4757/1
4801/8 4801/9
**stick [1]** 4792/11
**stickage [1]** 4792/21
**sticky [1]** 4755/9
**still [8]** 4702/19 4727/6
4746/6 4746/7 4746/7
4765/23 4793/25
4803/6
**stood [1]** 4686/18
**stool [1]** 4724/1
**stop [1]** 4755/11
**story [1]** 4792/3
**strategies [16]**
4691/15 4692/1 4692/3
4700/12 4706/3
4706/20 4716/9 4738/6
4738/13 4738/17
4738/18 4738/18
4739/3 4750/14 4757/2
4757/9
**strategy [15]** 4684/13
4686/14 4693/1 4706/9
4710/15 4722/12
4732/12 4732/13
4733/12 4736/19
4736/23 4737/20
4737/23 4738/21
4738/22
**Street [2]** 4679/3
4679/8
**striking [1]** 4794/9
**string [1]** 4788/3
**strong [3]** 4759/22
4765/8 4766/6
**structure [1]** 4732/24
**structures [1]** 4733/2
**studied [1]** 4786/5
**studying [1]** 4787/5
**stuff [1]** 4690/1
**sub [3]** 4771/12
4788/22 4789/19
**sub-bullet [2]** 4788/22
4789/19
**subject [6]** 4682/23
4697/19 4726/5 4726/6
4732/5 4799/12
**submitted [1]** 4703/18
**subsequent [1]**
4749/11
**substance [1]** 4723/20
**substantial [8]** 4760/5
4760/8 4760/14
4760/20 4763/17
4773/24 4777/10
4797/16
**substantive [5]**
4704/11 4707/1 4707/5

**substitutes [2]**
4759/22 4798/11
**such [2]** 4739/11
**suddenly [1]** 4795/22
**sufficient [1]** 4798/11
**suggestion [2]** 4710/5
4710/11
**suite [3]** 4679/15
4679/20 4726/12
**sum [1]** 4723/20
**Summary [1]** 4743/17
**sunk [2]** 4764/9
4764/12
**super [1]** 4794/7
**support [9]** 4694/18
4719/24 4735/6 4751/5
4752/1 4756/18 4757/5
4757/6 4760/24
**supported [11]**
4735/23 4751/14
4756/2 4756/6 4756/10
4756/11 4756/13
4757/2 4757/3 4757/10
4760/13
**supporting [2]**
4722/24 4755/11
**supports [2]** 4736/19
4751/20
**suppose [1]** 4794/13
**supposed [1]** 4732/15
**sure [25]** 4686/2
4688/5 4688/11
4689/17 4691/21
4697/14 4697/17
4703/24 4705/20
4705/23 4708/3
4717/13 4743/12
4758/15 4758/25
4764/7 4767/6 4773/14
4775/4 4778/9 4786/8
4793/8 4794/16
4795/23 4803/15
**surprise [1]** 4716/1
**surveys [1]** 4766/5
**sustainable [1]**
4763/22
**SW [1]** 4680/9
**swell [1]** 4763/7
**switch [1]** 4755/14
**switched [1]** 4795/11
**switching [4]** 4755/8
4755/8 4784/18
4793/19
**SWORN [2]** 4683/16
4758/4
**syndicators [1]**
4761/20

**T**

**TAC [1]** 4772/7
**take [23]** 4721/3
4729/4 4730/3 4731/14
4733/12 4733/22
4734/5 4734/6 4734/9
4735/7 4736/22 4738/8
4740/4 4740/14
4749/14 4750/1 4755/4

4772/14 4783/15
4787/4 4791/10
**takes [1]** 4781/16
**taking [4]** 4730/23
4757/1 4776/18
4776/19
**talk [9]** 4711/12 4738/5
4766/11 4767/9
4769/20 4773/5
4776/17 4799/21
4800/23
**talked [9]** 4759/2
4763/11 4771/2
4776/23 4780/25
4781/15 4787/14
4791/8 4797/18
**talking [19]** 4706/19
4722/5 4728/7 4739/23
4748/8 4753/24 4759/3
4767/4 4769/12 4774/8
4776/2 4779/21 4785/5
4790/24 4791/15
4791/20 4798/3 4799/6
4800/16
**target [7]** 4736/14
4736/15 4736/22
4737/1 4737/18
4737/21 4737/25
**team [18]** 4684/12
4686/15 4687/11
4701/4 4702/18
4718/19 4718/23
4729/15 4730/23
4731/23 4744/3
4745/25 4750/3 4750/6
4750/12 4750/22
4757/17 4763/4
**teams [8]** 4693/2
4709/10 4726/24
4727/9 4727/10
4744/10 4746/19
4748/15
**technical [2]** 4684/3
4751/16
**technologies [1]**
4751/21
**technology [5]**
4738/20 4752/12
4752/13 4756/23
4765/14
**tell [10]** 4720/5 4763/9
4774/3 4792/3 4796/22
4797/3 4797/17
4797/17 4797/20
4800/22
**telling [3]** 4775/12
4779/19 4794/21
**tells [1]** 4796/24
**ten [1]** 4794/20
**tens [2]** 4731/10
4754/21
**term [5]** 4745/14
4745/15 4752/4
4792/19 4796/25
**terms [7]** 4685/9
4687/16 4691/16
4750/21 4771/23

**terrific [1]** 4803/16
**test [2]** 4708/15 4709/4
**testified [6]** 4728/10
4731/19 4741/23
4749/9 4758/4 4789/24
**testify [1]** 4769/1
**testifying [1]** 4715/3
**testimony [26]** 4692/6
4734/5 4740/19
4740/22 4741/6
4741/21 4749/16
4757/14 4763/3
4773/14 4784/25
4785/4 4786/18
4789/25 4798/16
4799/7 4799/8 4799/10
4800/7 4800/12
4800/16 4800/17
4800/18 4801/15
4802/6 4802/20
**testing [19]** 4692/19
4692/20 4692/23
4697/5 4700/2 4700/7
4700/9 4702/1 4703/1
4708/8 4727/18
4727/21 4728/1 4728/2
4728/13 4728/21
4728/25 4754/13
4754/15
**text [17]** 4753/14
4759/10 4759/11
4777/11 4777/24
4778/3 4778/20
4778/23 4782/8
4782/13 4782/22
4783/1 4785/8 4791/3
4796/23 4797/3 4797/7
**than [21]** 4711/16
4711/25 4712/2
4734/18 4763/2
4763/10 4765/3 4768/1
4768/2 4769/23 4770/8
4770/20 4772/23
4778/25 4782/3
4788/24 4790/7 4790/9
4794/8 4794/10
4799/17
**thank [35]** 4682/25
4683/8 4683/14
4690/17 4691/7
4693/18 4697/15
4703/21 4705/21
4716/13 4716/14
4716/16 4717/6
4718/21 4719/25
4720/20 4724/5 4733/25
4740/10 4741/4 4741/7
4741/25 4754/3
4746/24 4754/3
4755/17 4757/11
4757/14 4757/15
4757/23 4778/13
4800/24 4800/25
4804/3 4804/4
**Thank you [30]**
4682/25 4683/8
4683/14 4690/17

4697/15 4703/21
4716/13 4716/14
4716/16 4717/6
4718/21 4719/25
4720/2 4724/5 4733/25
4740/10 4741/4 4741/7
4741/16 4746/24
4754/3 4755/17
4757/11 4757/23
4778/13 4800/23
4800/25 4804/3
**thank you very much
[1]** 4757/14
**Thanks [2]** 4800/24
4801/10
**that [581]**
**that's [55]** 4687/3
4695/16 4696/4
4698/19 4698/22
4699/9 4702/3 4702/22
4707/9 4709/25 4712/3
4732/2 4733/18 4735/1
4735/19 4736/15
4737/21 4746/9
4760/11 4765/19
4765/22 4766/7
4766/21 4767/14
4768/21 4770/5
4774/24 4776/3
4777/25 4778/14
4780/20 4781/19
4782/5 4783/22
4783/24 4784/3 4787/3
4787/5 4788/9 4788/10
4790/12 4790/12
4790/17 4791/20
4792/25 4793/17
4794/24 4795/4
4795/19 4796/2 4796/7
4796/14 4797/12
4799/25 4803/22
**their [40]** 4706/9
4715/21 4715/22
4716/5 4716/10
4718/16 4722/6
4731/23 4732/11
4732/12 4734/9
4734/14 4734/23
4734/25 4735/4
4735/22 4736/19
4738/23 4739/11
4748/11 4750/16
4750/17 4754/16
4761/19 4770/19
4771/16 4772/3
4772/17 4772/22 4773/5
4778/23 4779/1 4779/2
4779/3 4779/19
4785/21 4790/9
4802/10 4802/19
**them [31]** 4702/8
4702/9 4702/13
4702/16 4706/8
4718/15 4721/24
4723/15 4733/6
4739/24 4743/2

them... [20] 4745/18
4748/7 4752/24 4759/3
4761/21 4771/23
4775/10 4791/21
4791/23 4791/24
4792/25 4793/15
4800/16 4800/18
4802/8 4802/8 4802/10
4802/15 4802/22
4802/23

themselves [2]
4771/17 4795/19

then [71] 4684/4
4685/12 4687/25
4688/19 4692/16
4692/21 4692/22
4695/7 4695/9 4695/15
4695/19 4698/1 4699/6
4701/1 4702/4 4702/18
4708/20 4711/15
4712/15 4713/10
4713/11 4714/20
4714/24 4717/11
4726/23 4728/23
4729/1 4729/2 4734/23
4734/24 4735/8 4737/9
4737/18 4737/20
4737/21 4737/23
4737/25 4740/3
4746/18 4747/25
4748/19 4749/11
4750/17 4751/24
4753/10 4756/5
4759/10 4761/22
4763/21 4764/17
4767/7 4769/10
4769/17 4770/23
4771/21 4771/24
4773/23 4777/9 4778/5
4778/25 4779/7
4780/18 4781/11
4781/20 4782/7
4784/25 4788/22
4790/19 4792/15
4792/18 4797/15

there [77] 4683/22
4687/4 4687/15
4689/25 4690/7 4691/4
4691/12 4691/18
4697/6 4699/13
4699/20 4701/1 4709/3
4709/17 4714/15
4718/17 4722/2
4724/21 4724/23
4730/1 4731/2 4731/22
4733/7 4735/3 4738/12
4739/16 4744/16
4746/18 4747/16
4747/22 4747/24
4747/25 4749/10
4749/25 4751/11
4751/11 4751/14
4753/2 4753/7 4754/15
4756/6 4756/11
4756/17 4758/19
4759/19 4759/23
4762/22 4763/10

4766/3 4767/20
4769/24 4771/8 4773/1
4776/11 4776/19
4777/16 4778/1
4778/19 4781/13
4782/11 4783/10
4785/8 4786/2 4786/22
4787/18 4787/23
4789/20 4789/21
4791/24 4792/4
4792/23 4793/5
4796/16 4798/17
4799/10

there's [44] 4697/24
4701/11 4709/2
4714/20 4717/22
4718/17 4721/11
4722/2 4722/23 4723/3
4727/16 4727/17
4729/11 4730/13
4732/2 4732/7 4734/21
4735/15 4742/12
4743/18 4745/1 4745/4
4745/23 4746/9 4747/4
4748/24 4749/3
4751/23 4753/2
4753/13 4759/6
4765/17 4775/12
4775/19 4776/1 4776/3
4785/16 4788/22
4789/22 4792/2
4792/21 4793/17
4798/2 4801/3

these [48] 4690/8
4699/16 4706/21
4722/20 4726/19
4726/21 4727/12
4733/1 4733/2 4733/9
4736/18 4737/12
4740/5 4740/7 4740/8
4746/15 4747/13
4747/16 4748/13
4748/18 4749/6 4749/8
4758/20 4761/16
4764/19 4765/6
4767/12 4771/11
4771/14 4773/3 4773/6
4774/12 4774/22
4778/21 4779/16
4780/5 4780/14
4780/20 4784/2
4788/17 4791/23
4793/11 4796/4 4796/5
4796/6 4798/10

they [118] 4715/18
4715/23 4719/23
4720/16 4720/17
4720/17 4721/22
4731/11 4731/12
4732/13 4733/5
4733/21 4733/22
4734/12 4734/19
4734/22 4734/25
4735/1 4735/2 4735/5
4735/6 4736/7 4738/13
4739/21 4739/22

4749/23 4750/2 4750/2
4750/3 4750/8 4750/14
4756/21 4759/19
4759/22 4761/19
4769/7 4769/18
4770/20 4771/15
4771/15 4771/17
4771/19 4771/20
4771/22 4771/24
4771/24 4772/5 4772/9
4772/18 4773/3 4773/4
4773/7 4773/8 4775/13
4776/8 4776/10
4782/16 4782/17
4782/17 4785/6 4785/6
4785/22 4785/23
4785/25 4790/15
4790/24 4791/5 4791/6
4791/9 4791/9 4791/18
4791/21 4791/23
4792/6 4792/8 4792/8
4792/9 4792/11
4792/12 4792/12
4792/13 4792/15
4792/16 4792/17
4792/18 4792/19
4792/20 4792/21
4792/22 4792/25
4793/5 4793/6 4793/7
4793/16 4793/23
4793/25 4794/21
4794/25 4795/1 4795/1
4795/8 4795/10
4795/18 4795/20
4795/21 4795/24
4796/3 4796/8 4796/9
4796/24 4797/13
4798/8 4802/13
4802/14 4802/19
4803/12

they'd [2] 4702/12
4795/2

they're [24] 4715/17
4742/13 4747/5
4759/10 4759/14
4759/14 4759/15
4768/9 4770/16 4776/8
4784/19 4788/13
4788/13 4788/15
4789/5 4789/15
4790/12 4790/15
4791/2 4791/15
4792/13 4793/14
4795/14 4796/2

they've [1] 4776/11
thing [24] 4737/12
4759/6 4763/20 4764/8
4767/12 4770/2 4770/6
4775/7 4777/1 4780/4
4781/19 4783/24
4783/25 4785/14
4787/3 4788/10
4788/17 4791/6
4792/18 4793/5
4793/23 4795/19
4796/18 4798/2

things [27] 4693/8

4719/16 4731/16
4748/16 4759/3
4759/22 4765/25
4768/25 4771/2
4775/19 4783/3 4783/8
4783/8 4790/3 4791/16
4793/4 4793/4 4793/11
4794/10 4798/11
4798/17 4799/10
4799/24 4803/22

think [97] 4684/23
4687/15 4687/15
4689/19 4690/11
4690/11 4690/16
4691/6 4691/7 4696/6
4696/8 4696/15
4699/18 4702/15
4703/2 4708/11
4708/17 4711/9
4713/13 4716/20
4718/2 4718/20 4719/5
4720/11 4720/17
4722/17 4723/20
4724/5 4724/22 4727/5
4730/3 4735/9 4736/21
4740/11 4741/23
4742/11 4743/11
4743/15 4744/2
4744/16 4745/13
4746/12 4749/9
4749/14 4750/2 4751/2
4752/8 4756/17
4759/12 4761/4 4763/4
4764/20 4764/21
4765/8 4765/9 4765/23
4767/17 4768/12
4768/23 4769/1 4769/6
4770/23 4772/8
4772/10 4773/12
4773/17 4774/16
4776/25 4777/25
4778/9 4779/20
4779/24 4780/23
4784/15 4785/7 4786/9
4786/10 4786/15
4786/24 4787/8 4788/7
4788/8 4788/11
4789/23 4796/7
4796/14 4797/8
4799/17 4799/22
4799/25 4801/3
4801/14 4801/19
4802/16 4802/18

thinking [6] 4710/2
4710/3 4774/7 4776/6
4780/2 4795/4

thinks [2] 4780/16
4796/2

third [14] 4712/25
4713/2 4713/10
4713/10 4723/11
4735/14 4762/14
4766/10 4781/20
4789/23 4802/4 4802/7
4802/18 4803/7

third-party [4] 4713/2

4762/14
this [239]
This is Civil [1] 4682/7
those [29] 4692/7
4692/4 4698/14
4698/15 4704/6
4707/21 4716/9 4717/7
4720/5 4723/5 4723/12
4726/22 4733/17
4736/5 4736/17 4738/8
4745/17 4745/19
4748/4 4770/21
4777/17 4784/16
4784/18 4791/6
4791/15 4796/21
4803/8 4803/9 4803/19

though [2] 4699/8
4776/9

thought [5] 4699/16
4700/14 4702/12
4758/19 4796/15

thoughts [3] 4711/10
4712/6 4713/7

thousand [3] 4770/20
4779/5 4791/16

thousands [4] 4731/10
4733/3 4733/3 4754/21

thread [3] 4698/4
4703/7 4708/10

three [9] 4729/6
4735/15 4754/12
4768/8 4780/11
4780/14 4788/22
4792/17 4793/9

three quite [1] 4768/8
three-month [1]
4792/17

through [30] 4688/11
4688/25 4689/1 4689/3
4689/8 4689/11
4689/12 4689/22
4689/25 4690/8
4690/10 4690/15
4690/21 4690/22
4690/24 4691/1 4691/2
4691/5 4691/17
4692/19 4702/20
4706/22 4713/17
4714/18 4715/13
4734/11 4739/23
4741/20 4767/8
4786/18

throughout [2]
4724/25 4788/17

time [105] 4686/18
4687/15 4690/23
4691/10 4691/13
4691/17 4691/20
4691/24 4691/25
4692/5 4692/8 4694/6
4694/9 4694/9 4694/11
4694/24 4695/2 4695/6
4695/16 4696/20
4696/23 4700/1 4700/6
4700/8 4700/11
4700/12 4700/15
4700/17 4700/19

**time... [76]** 4701/13
4701/18 4702/1
4702/25 4704/21
4704/21 4708/8
4713/19 4716/11
4716/19 4720/10
4720/18 4723/7
4723/10 4724/14
4724/16 4724/21
4724/23 4725/25
4727/4 4727/22 4728/8
4728/10 4728/11
4729/19 4730/11
4738/7 4738/9 4738/14
4738/15 4738/19
4738/20 4738/21
4738/23 4739/11
4739/15 4739/25
4742/22 4743/3
4743/13 4743/24
4744/6 4749/12
4749/19 4749/20
4750/15 4750/21
4750/22 4750/23
4751/2 4751/8 4754/12
4754/13 4754/14
4754/16 4754/19
4755/14 4756/5
4756/24 4757/4 4757/6
4757/9 4757/14 4762/2
4762/5 4763/22 4767/4
4774/2 4774/5 4774/9
4783/9 4785/17
4795/24 4798/14
4798/15 4800/6
**times [3]** 4731/22
4770/19 4793/9
**title [4]** 4742/18 4747/8
4748/18 4753/20
**titled [3]** 4722/12
4743/17 4805/4
**titles [1]** 4747/8
**today [10]** 4740/19
4741/23 4766/11
4766/20 4767/10
4799/12 4800/7
4802/10 4803/14
4803/21
**together [5]** 4685/25
4690/3 4709/20
4750/12 4791/18
**tokens [1]** 4723/5
**told [2]** 4779/22
4779/22
**tonight [1]** 4800/21
**too [7]** 4697/7 4708/11
4737/14 4751/16
4783/17 4788/14
4788/15
**tool [14]** 4711/14
4711/16 4711/25
4712/1 4712/3 4712/11
4712/16 4719/11
4719/14 4723/25
4724/10 4734/6
4734/20 4739/25
**tools [29]** 4688/17

4689/1 4689/4 4689/9
4689/12 4689/21
4689/22 4690/1 4690/8
4690/15 4690/22
4691/1 4691/5 4711/2
4711/6 4711/21
4712/13 4712/18
4713/2 4713/10
4713/14 4722/21
4723/12 4723/12
4723/12 4734/24
4735/5 4735/8 4755/9
**top [20]** 4686/25
4694/12 4697/10
4701/11 4718/18
4725/21 4727/16
4730/8 4748/23
4753/13 4786/21
4793/8 4793/13
4793/16 4793/18
4794/25 4795/2 4795/5
4795/6 4796/4
**topic [2]** 4728/9 4752/2
**total [7]** 4765/5
4780/10 4780/16
4781/7 4783/20
4784/15 4797/9
**tough [1]** 4766/9
**track [1]** 4711/3
**tracking [13]** 4719/15
4751/9 4751/9 4751/15
4751/18 4752/10
4752/11 4752/23
4752/25 4753/3
4756/22 4757/3
4757/10
**tradeoff [1]** 4793/17
**traffic [6]** 4759/9
4767/14 4771/12
4771/18 4772/1 4772/5
**transcript [8]** 4678/9
4680/21 4799/8
4799/14 4801/5
4801/11 4803/18
4805/3
**transcription [1]**
4680/21
**transcripts [2]** 4803/8
4803/19
**transferring [1]**
4685/16
**transparent [1]**
4795/13
**travels [1]** 4757/16
**treated [1]** 4688/1
**trial [5]** 4678/9 4734/4
4741/20 4765/10
4785/1
**trip [1]** 4804/4
**trust [1]** 4706/15
**try [4]** 4740/21 4783/14
4802/8 4802/11
**trying [11]** 4689/20
4706/16 4707/17
4711/10 4728/17
4737/19 4737/25
4740/19 4786/11
4788/2 4790/12

4686/23 4687/20
4692/24 4693/12
4695/8 4697/9 4701/6
4703/16 4704/24
4704/24 4705/13
4707/23 4710/12
4714/14 4714/21
4717/14 4722/11
4735/14 4743/15
4746/12 4747/3 4752/2
4770/9 4771/7 4771/15
4775/1 4775/14 4777/8
4782/15
**turning [3]** 4770/23
4779/7 4781/11
**twice [1]** 4732/16
**two [17]** 4726/3
4726/10 4747/4
4748/17 4754/12
4759/3 4760/13
4761/17 4768/25
4770/21 4775/19
4780/15 4782/11
4783/8 4784/18
4786/20 4800/18
**two call-outs [1]**
4786/20
**TYLER [1]** 4679/19
**type [8]** 4706/21
4735/5 4736/19
4745/19 4748/4
4751/18 4751/23
4753/2 4756/14
4756/23 4757/2
4757/10
**types [12]** 4718/16
4735/5 4736/19
4745/19 4748/4
4751/18 4751/23
4753/2 4756/14
4756/23 4757/2
4757/10
**typical [2]** 4703/25
4743/25
**typically [2]** 4704/23
4746/1

**U**

**U.S [4]** 4679/2 4679/7
4760/21 4780/10
**Uh [2]** 4723/23 4756/1
**Uh-huh [2]** 4723/23
4756/1
**ultimately [3]** 4684/16
4731/14 4739/20
**under [9]** 4683/7
4687/8 4689/14 4695/8
4698/11 4712/11
4719/2 4762/8 4790/7
**underneath [3]**
4699/13 4699/20
4718/17
**understand [16]**
4682/15 4689/6
4690/17 4691/6 4706/8
4707/10 4707/17
4727/23 4728/17
4739/6 4740/25 4750/4
4787/8 4795/6 4796/8

**understanding [11]**
4688/24 4696/3 4720/4
4738/5 4738/8 4740/6
4749/25 4750/5
4760/11 4760/12
4787/7
**understood [2]**
4738/15 4738/16
**undertaken [1]**
4695/21
**undoubtedly [1]**
4776/9
**unexpected [1]**
4695/20
**Unfortunately [1]**
4697/7
**unique [1]** 4753/1
**Unit [1]** 4679/13
**UNITED [5]** 4678/1
4678/3 4678/10 4682/7
4758/1
**United States [1]**
4758/1
**United States of [1]**
4682/7
**unknown [1]** 4728/5
**unless [2]** 4794/15
4794/16
**unlikely [1]** 4755/10
**unsealing [1]** 4787/18
**until [5]** 4702/8
4724/17 4800/6
4801/20 4802/23
**up [46]** 4690/19
4706/17 4707/15
4718/20 4721/9
4721/17 4721/21
4722/18 4725/10
4730/8 4737/5 4737/7
4737/9 4737/15
4737/16 4740/19
4742/9 4744/24 4750/2
4750/3 4750/8 4752/3
4754/24 4755/1
4758/23 4762/4
4762/23 4764/5
4767/17 4768/7 4776/6
4780/13 4780/15
4782/2 4783/6 4783/10
4783/11 4784/9
4784/11 4784/14
4784/15 4784/16
4789/3 4790/22
4792/23 4804/4
**up's [1]** 4789/5
**upcoming [2]** 4800/15
4800/17
**upon [3]** 4761/16
4778/21 4779/16
**UPXD102 [2]** 4798/16
4798/23
**us [19]** 4699/6 4706/20
4728/2 4728/4 4729/6
4731/5 4735/22
4738/13 4750/4
4767/18 4779/19
4792/11 4797/17

**understanding [11]**
4801/20 4802/10
4802/11 4804/1
**Usain [1]** 4794/6
**usdoj.gov [3]** 4679/5
4679/10 4679/10
**use [16]** 4686/5
4687/16 4688/3 4688/4
4703/13 4704/19
4711/14 4734/14
4734/15 4734/22
4734/24 4736/25
4738/22 4743/2
4745/15 4786/1
**used [9]** 4687/24
4695/2 4703/11
4756/15 4756/21
4763/5 4779/2 4779/24
4780/17
**usefully [1]** 4787/8
**uses [2]** 4768/13
4780/11
**using [16]** 4689/4
4690/3 4692/2 4692/3
4692/4 4692/5 4704/23
4711/20 4734/18
4734/19 4738/23
4744/8 4745/5 4750/13
4751/21 4755/11
**usually [1]** 4699/6
**utilization [1]** 4691/23
**utilize [1]** 4711/7

**V**

**value [7]** 4687/2
4715/24 4759/11
4784/2 4784/4 4785/22
4796/21
**values [1]** 4785/23
**Varia [30]** 4682/16
4683/4 4683/9 4683/16
4683/19 4693/23
4714/7 4717/4 4717/10
4724/7 4725/3 4726/6
4729/11 4730/4 4732/2
4734/2 4735/13
4735/18 4738/3 4741/5
4741/18 4742/11
4745/1 4747/3 4749/15
4752/2 4754/9 4754/25
4755/4 4757/13
**Varian [3]** 4763/3
**variety [8]** 4689/25
4690/7 4693/8 4716/6
4721/22 4734/11
4745/21 4748/16
**various [5]** 4743/11
4759/19 4771/20
4786/3 4802/4
**vastly [2]** 4770/18
4770/18
**verb [2]** 4766/4
4769/16
**Verizon [1]** 4801/20
**version [1]** 4752/9
**versus [4]** 4682/8
4735/23 4775/17
4789/16

**V**

**very [32]** 4725/12
4728/3 4728/15
4728/21 4733/8 4735/1
4743/19 4755/22
4757/14 4761/23
4762/11 4764/19
4764/20 4765/23
4766/6 4769/4 4772/13
4772/18 4774/14
4774/15 4775/14
4775/23 4776/24
4779/2 4781/18
4782/18 4783/18
4784/19 4786/4 4786/5
4786/5 4787/4
**via [1]** 4704/12
**vice [1]** 4769/2
**view [1]** 4713/17
**vision [1]** 4686/14
**VR [1]** 4734/23
**vs [1]** 4678/5

**W**

**W.H [1]** 4680/12
**waiting [3]** 4737/5
4737/7 4737/9
**wallet [3]** 4688/20
4688/21 4723/17
**want [28]** 4695/25
4711/14 4715/18
4719/21 4720/25
4721/16 4724/14
4729/17 4732/13
4736/9 4737/4 4737/5
4737/6 4737/8 4737/14
4737/16 4741/22
4752/2 4755/7 4765/18
4774/16 4784/6 4784/8
4784/12 4785/22
4785/23 4786/25
4790/10
**wanted [4]** 4696/20
4739/21 4773/13
4794/13
**wants [1]** 4799/23
**was [252]**
**Washington [5]** 4678/5
4679/3 4679/8 4680/9
4680/19
**wasn't [6]** 4685/15
4708/24 4709/16
4740/2 4773/8 4794/15
**Waszmer [6]** 4680/12
4693/17 4693/18
4716/15 4719/8
4741/15
**water [1]** 4683/13
**way [21]** 4695/3 4713/1
4729/13 4733/14
4733/23 4784/1
4784/14 4786/3 4786/4
4786/6 4788/9 4790/6
4794/8 4794/13
4794/17 4795/16
4796/20 4798/5 4798/5
4798/6 4803/7
**ways [4]** 4734/11

**wc.com [2]** 4680/10
4680/11
**we [209]**
**we will [1]** 4800/2
**we'd [3]** 4682/21
4728/24 4751/24
**we'll [13]** 4682/23
4716/17 4725/10
4740/15 4741/2
4766/21 4774/1
4782/14 4782/21
4791/19 4801/4 4801/9
4803/13
**we're [31]** 4682/15
4693/23 4698/18
4700/10 4706/1
4708/18 4711/25
4728/3 4731/16 4734/3
4755/1 4766/10
4766/20 4767/4 4767/9
4767/9 4774/8 4776/2
4776/16 4776/23
4777/9 4787/21
4788/18 4789/8
4792/15 4798/3
4799/13 4799/20
4801/6 4802/17
4803/21
**we've [10]** 4692/6
4724/13 4726/11
4730/19 4740/23
4743/3 4751/8 4765/9
4802/16 4803/13
**weathered [1]** 4695/8
**web [2]** 4765/18
4766/25
**WEBB [1]** 4679/19
**website [3]** 4758/22
4759/7 4759/8
**week [3]** 4702/13
4702/16 4792/13
**weeks [2]** 4773/7
4792/16
**welcome [3]** 4683/9
4741/18 4757/19
**well [39]** 4692/17
4707/12 4709/24
4711/24 4712/11
4715/17 4716/7
4740/23 4747/20
4747/24 4761/20
4762/5 4766/4 4766/5
4766/13 4767/23
4771/2 4771/25
4772/15 4773/17
4774/17 4777/16
4781/23 4782/11
4783/18 4785/25
4787/16 4787/17
4789/20 4791/18
4792/15 4792/18
4793/4 4794/14 4796/8
4796/15 4800/13
4801/19 4803/2
**Wendy [2]** 4680/12
4693/17
**Wendy Waszmer [1]**

**went [10]** 4688/11
4690/10 4713/18
4715/13 4715/13
4784/11 4784/14
4784/15 4784/16
4786/18
**were [129]**
**weren't [3]** 4709/20
4773/3 4802/19
**wfcavanaugh [1]**
4679/21
**what [214]**
**what's [12]** 4686/17
4721/18 4732/21
4742/5 4747/19 4753/5
4760/7 4785/7 4787/10
4795/4 4795/16
4795/17
**whatever [2]** 4724/1
4774/21
**when [57]** 4685/8
4688/10 4690/23
4696/11 4697/2 4697/4
4698/18 4707/11
4707/11 4711/12
4713/4 4713/9 4715/17
4719/22 4720/4
4724/16 4724/23
4726/21 4727/7 4727/9
4729/5 4730/17
4731/22 4738/9 4739/1
4739/16 4741/15
4743/25 4744/3
4744/13 4744/13
4745/15 4750/2 4750/2
4750/12 4750/14
4752/11 4753/7
4757/25 4764/13
4770/4 4773/11
4775/11 4775/22
4779/24 4780/2
4780/21 4782/15
4783/4 4783/6 4783/13
4783/15 4795/7
4795/16 4795/17
4800/16 4800/21
**where [30]** 4692/14
4692/20 4692/22
4697/8 4699/1 4704/14
4706/10 4706/16
4715/23 4717/24
4721/22 4722/2 4728/3
4728/16 4728/19
4728/23 4728/24
4731/22 4737/5
4737/21 4743/20
4760/10 4773/8
4776/17 4780/1 4793/6
4793/7 4794/21
4799/23 4799/25
**whether [16]** 4695/3
4703/4 4750/6 4751/20
4759/22 4763/17
4772/25 4776/3
4776/11 4778/9
4788/13 4788/18
4789/24 4791/1 4791/8

**which [39]** 4686/19
4697/2 4697/24
4700/22 4701/24
4703/3 4709/2 4709/9
4710/12 4711/2 4711/3
4711/7 4714/22 4719/3
4721/2 4724/22 4725/4
4728/9 4730/4 4743/13
4750/22 4753/8 4753/9
4753/9 4754/12
4754/14 4755/9 4759/7
4761/19 4766/8 4782/2
4783/15 4785/18
4795/7 4797/14 4798/3
4798/3 4798/16 4803/3
**while [3]** 4687/14
4723/24 4734/3
**Whinston [5]** 4757/17
4757/19 4758/3 4775/5
4800/5
**Whinston's [1]**
4740/19
**who [13]** 4692/2
4692/4 4692/23
4725/24 4729/13
4729/18 4750/13
4754/15 4781/1
4789/23 4791/10
4791/10 4795/22
**who's [5]** 4730/10
4730/14 4789/1 4789/1
4789/3
**whole [1]** 4785/14
**why [13]** 4698/22
4719/11 4731/6 4744/5
4751/13 4767/22
4769/18 4770/25
4775/6 4788/11
4789/20 4791/13
4796/2
**wide [1]** 4719/14
**widgets [1]** 4769/22
**wife [1]** 4800/21
**will [19]** 4693/19
4705/9 4736/1 4754/4
4755/10 4755/22
4763/24 4763/24
4766/8 4782/4 4790/15
4798/22 4800/2 4800/5
4803/9 4803/19
4803/20 4803/20
4804/3
**William [5]** 4679/18
4680/16 4682/10
4805/2 4805/8
**WILLIAMS [1]** 4680/8
**willing [3]** 4789/16
4789/17 4793/14
**willingness [3]**
4788/20 4790/9
4790/11
**WILSON [1]** 4680/12
**win [7]** 4793/16 4794/2
4794/4 4794/12
4794/23 4795/16
4795/17
**winner [2]** 4793/7

**winning [3]** 4795/22
4795/23 4795/23
**Winston [3]** 4758/10
4801/7 4801/8
**Winston's [1]** 4798/15
**within [19]** 4686/21
4687/17 4687/18
4689/4 4690/4 4691/23
4692/1 4700/12
4701/15 4711/21
4732/12 4733/18
4733/20 4736/19
4737/12 4757/4
4764/21 4798/7 4798/7
**without [6]** 4695/24
4715/20 4748/6
4751/16 4774/13
4783/17
**witness [10]** 4681/10
4683/7 4683/16
4695/23 4695/25
4696/15 4716/13
4758/3 4799/4 4801/15
**WITNESSES [1]**
4681/12
**won [1]** 4793/25
**won't [6]** 4768/14
4770/10 4772/2 4784/2
4790/3 4800/2
**words [4]** 4690/25
4789/10 4795/8 4803/4
**wordsmithing [1]**
4712/6
**work [17]** 4709/10
4709/11 4719/23
4729/23 4730/22
4732/16 4732/17
4745/10 4746/18
4750/23 4751/19
4751/23 4751/24
4756/23 4756/24
4757/4 4791/18
**worked [7]** 4686/19
4701/17 4716/8
4731/22 4738/25
4739/2 4757/1
**working [11]** 4698/22
4702/19 4702/20
4712/1 4726/21 4727/6
4731/16 4734/13
4745/12 4746/1
4752/21
**world [1]** 4736/21
**worried [2]** 4794/3
4795/1
**worse [3]** 4771/13
4771/17 4771/23
**worsened [1]** 4773/2
**would [139]**
**wouldn't [9]** 4690/5
4690/5 4716/1 4724/4
4731/3 4756/23
4761/24 4772/18
4775/9
**wraps [1]** 4767/17
**writing [1]** 4690/23
**wrong [1]** 4795/6

**W**

**wrote [2]** 4697/24
4712/5
**wsgr.com [1]** 4680/15
**wwaszmer [1]** 4680/15

**X**

**X percent [9]** 4690/20
4691/11 4691/18
4692/11 4694/2 4694/7
4695/15 4711/16
4712/2

**Y**

**Yahoo [2]** 4719/20
4745/20
**Yao [5]** 4725/23
4725/24 4726/4
4726/11 4727/9
**yards [1]** 4794/20
**yeah [83]** 4683/23
4687/6 4688/18
4689/10 4691/3 4691/6
4691/15 4694/11
4695/18 4696/5
4696/14 4698/3
4699/10 4699/18
4700/13 4700/21
4704/3 4706/9 4706/18
4707/14 4708/23
4708/23 4709/19
4710/11 4712/17
4713/13 4715/5 4715/5
4715/14 4715/14
4715/15 4715/20
4718/4 4719/1 4719/13
4720/1 4720/7 4724/25
4726/8 4726/21
4726/22 4727/7
4727/12 4728/14
4730/25 4731/5 4731/9
4734/11 4734/16
4734/21 4736/24
4737/2 4739/8 4741/19
4741/25 4742/3
4742/21 4743/5
4744/19 4745/8
4745/17 4746/4
4746/21 4746/22
4748/5 4749/5 4749/8
4749/13 4750/2 4750/8
4750/19 4750/25
4751/1 4752/17
4752/24 4753/24
4756/17 4758/12
4758/25 4762/15
4764/6 4785/9 4803/11
**year [10]** 4692/10
4699/7 4741/24 4743/4
4764/21 4769/7
4770/13 4779/5
4780/13 4780/18
**years [6]** 4727/1
4727/7 4729/6 4773/9
4779/14 4784/16
**yellow [1]** 4746/9
**Yep [3]** 4686/24
4704/25 4751/4

**yes [148]** 4682/7
4683/21 4684/1 4684/6
4684/8 4684/10
4684/15 4684/18
4684/21 4684/23
4685/3 4685/7 4685/18
4685/21 4686/3 4686/9
4686/22 4687/3 4687/6
4687/12 4687/22
4688/8 4688/13
4688/18 4689/10
4691/15 4691/25
4693/24 4694/4 4694/8
4694/19 4694/22
4695/12 4697/12
4697/21 4698/9
4698/13 4698/21
4699/15 4699/24
4700/4 4700/19
4701/19 4702/3 4702/6
4702/10 4702/22
4703/8 4703/22 4704/9
4704/17 4705/4
4705/14 4706/25
4708/5 4710/5 4710/21
4712/14 4713/21
4713/25 4714/10
4714/13 4714/15
4715/2 4715/9 4716/11
4717/20 4718/1 4718/7
4718/22 4720/12
4720/24 4721/13
4722/8 4722/14
4722/22 4723/1 4723/9
4723/15 4723/19
4725/17 4726/15
4727/3 4727/20
4729/24 4730/6
4731/25 4735/17
4736/4 4736/7 4736/11
4738/11 4740/8
4743/10 4743/22
4746/7 4746/11
4747/12 4747/17
4747/20 4747/24
4748/25 4749/23
4750/11 4752/6
4753/16 4753/19
4754/17 4755/13
4755/16 4756/13
4756/16 4757/18
4769/13 4778/13
4778/15 4785/9
4792/23
**yesterday [12]** 4682/21
4758/16 4758/17
4759/2 4771/3 4771/8
4779/20 4780/25
4797/18 4797/21
4800/8 4801/19
**yet [1]** 4702/19
**York [2]** 4679/20
4680/14
**you [623]**
**you have [1]** 4769/25
**you know [7]** 4737/12
4739/21 4750/18
4762/16 4765/22

**you'd [2]** 4732/17
4733/9
**you'll [9]** 4758/22
4761/1 4761/10 4762/4
4762/23 4764/14
4777/19 4785/4
4790/22
**you're [27]** 4683/20
4683/24 4686/13
4687/4 4688/16
4690/20 4691/12
4691/22 4703/7
4705/15 4705/24
4707/11 4712/1 4713/4
4713/4 4713/9 4715/3
4737/4 4737/10 4739/1
4751/3 4765/21 4783/4
4786/17 4786/19
4793/12 4794/2
**you've [6]** 4683/22
4768/12 4786/9
4800/18 4803/3 4803/4
**your [147]**
**your Honor [68]**
4682/6 4682/19
4682/25 4683/3
4693/13 4693/16
4696/3 4696/12 4701/3
4701/8 4705/6 4709/6
4710/13 4714/5
4716/12 4716/16
4716/18 4716/19
4721/4 4725/5 4740/12
4740/18 4742/7
4746/24 4754/1 4754/3
4754/24 4755/17
4755/22 4757/12
4757/18 4758/16
4762/10 4763/20
4764/15 4766/16
4768/12 4768/24
4769/20 4770/11
4771/8 4773/19 4774/5
4775/6 4778/2 4779/11
4779/21 4781/23
4782/19 4782/23
4783/5 4786/2 4786/9
4786/15 4787/10
4787/23 4788/6 4791/1
4791/24 4797/8
4797/21 4798/14
4799/3 4800/1 4801/1
4801/20 4804/1 4804/2
**yourself [3]** 4762/15
4762/17 4772/14

**Z**

**Zaremba [3]** 4680/16
4805/2 4805/8