| | |
|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT |
| | FOR THE DISTRICT OF COLUMBIA |
| 2 | |

```
UNITED STATES OF AMERICA,
et al.,                                    Civil Action
                    Plaintiffs,            No. 1:20-cv-3010

        vs.                                Washington, DC
                                           October 10, 2023
GOOGLE, LLC,                               1:35 p.m.

                    Defendant.             Day 19
_____/          Afternoon Session
```

TRANSCRIPT OF BENCH TRIAL
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

```
For DOJ Plaintiffs:      KENNETH DINTZER
                         U.S. Department of Justice
                         1100 L Street, NW
                         Washington, DC 20005

                         ADAM SEVERT
                         RICHARD GOWER
                         MEAGAN BELLSHAW
                         U.S. Department of Justice
                         450 Fifth Street, NW
                         Washington, DC 20001

                         DAVID DAHLQUIST
                         U.S Department of Justice
                         209 South LaSalle Street, Suite 600
                         Chicago, IL 60604

For Plaintiffs
State of Colorado &
State of Nebraska:       WILLIAM CAVANAUGH, JR.
                         Patterson, Belknap, Webb & Tyler, LLP
                         1133 Avenue of the Americas #2200
                         Suite 2200
                         New York, NY 10036
```

1    **APPEARANCES CONT**:

2    **For Plaintiff**
     **State of Colorado:**        **JONATHAN SALLET**
3                                  Colorado Department of Law
                                   CPS/Antitrust Section
4                                  1300 Broadway, 7th Floor
                                   Denver, CO 80203
5

6

7    **For Defendant Google:**    **JOHN SCHMIDTLEIN**
                                  **KENNETH SMURZYNSKI**
8                                  Williams & Connolly, LLP
                                   680 Maine Avenue, SW
9                                  Washington, DC 20024

10

11

12

13

14

15

16

17

18

19

20

21

22

23   **Court Reporter:**          **JEFF HOOK**
                                  Official Court Reporter
24                                 U.S. District & Bankruptcy Courts
                                   333 Constitution Avenue, NW
25                                 Washington, DC 20001

1                          **I N D E X**

2    **WITNESS**                                              **PAGE**

3    JOAN BRADDI

4      Continued Direct Examination by Mr. Severt        4974

5      Direct Examination by Mr. Cavanaugh               5022

6      Cross-Examination by Mr. Schmidtlein              5062

7      Redirect Examination by Mr. Severt                5079

8

9

10                        **E X H I B I T S**

11    **EXHIBIT**                                              **PAGE**

12    Exhibit UPX679    ......Admitted into evidence......    4979

13    Exhibit UPX72     ......Admitted into evidence......    4984

14    Exhibit UPX672    ......Admitted into evidence......    4992

15    Exhibit UPX605    ......Admitted into evidence......    4993

16    Exhibit UPX615    ......Admitted into evidence......    4997

17    Exhibit UPX675    ......Admitted into evidence......    4997

18    Exhibit UPX570    ......Admitted into evidence......    5000

19    Exhibit UPX2010   ......Admitted into evidence......    5005

20    Exhibit UPX2014   ......Admitted into evidence......    5019

21    Exhibit UPX2011   ......Admitted into evidence......    5019

22    Exhibit PSX1111   ......Admitted into evidence......    5025

23    Exhibit PSX757    ......Admitted into evidence......    5045

24    Exhibit PSX743    ......Admitted into evidence......    5061

25    Exhibit DX2020    ......Admitted into evidence......    5079

1          **P R O C E E D I N G S**

2          **THE COURT:**  Mr. Severt, we're ready when you are.

3          **CONTINUED DIRECT EXAMINATION OF JOAN BRADDI**

4     **BY MR. SEVERT:**

5          **Q.**  Thank you, Your Honor.  Ms. Braddi, before the lunch

6     break, one topic we talked a little bit about was competition

7     between Android and iOS.  Do you recall that discussion?

8          **A.**  I do.

9          **Q.**  I just wanted to go back for just a moment.  Am I

10    right that there was never any discussion at Google that by

11    paying billions of dollars in rev share to Apple, that that

12    would make Apple a more formidable competitor in the phone

13    market against Android?

14         **A.**  Never discussed, no.

15         **Q.**  And then I think where we left off was we were talking

16    about what requests for flexibility Apple had made to Google.

17    Do you recall that?

18         **A.**  Yes.

19         **Q.**  Let's pick up there, and let's take a look at

20    UPX679 -- and that should be in your binder.

21         Ms. Braddi, UPX679, that's an e-mail exchange between

22    yourself and Mr. Kolotouros; is that right?

23         **A.**  Yes.

24         **Q.**  And this is from 2013?

25         **A.**  Yes.

1    Q.   And the subject is summary of NYC commercial

2    discussion.  Do you see that?

3    A.   I do.

4    Q.   And NYC, that's a code name for Apple; is that right?

5    A.   Correct.

6    Q.   And Google's used other code names over the years

7    besides NYC for Apple; is that right?

8    A.   I think so.

9    Q.   Is one of them -- I think I've seen like Andes, as in

10   the mountain range?

11   A.   Could be.

12   Q.   Are there any others?

13   A.   There could be, I can't remember them.

14   Q.   Do you remember any others besides Andes or NYC?

15   A.   No.

16   Q.   And the discussion between yourself and

17   Mr. Kolotouros, who the Court has heard from before, that was

18   in -- was that in the context of an ISA negotiation?

19   A.   That was started based on the JCA that started like in

20   November of 2012 where Apple sent us a long wish list.  It

21   started from there, and I think he got handed that and said,

22   okay, what are they asking for, what might change.  I think he

23   was just getting up to speed on the actual agreement.

24   Q.   Okay, fair enough.  And if we turn to the -- I think

25   it's the second page, it's the first page with text -- and I

1    think it ends in .001 of UPX679, we see the e-mail thread

2    starts.  Do you see that?

3         **A.**  Yes.

4         **Q.**  And at the top, indeed, we see an e-mail from you?

5         **A.**  Yes.

6         **Q.**  And you write:  "My comments below in blue."  Do you

7    see that?

8         **A.**  I do.

9         **Q.**  So what you did, just looking down at Mr. Kolotouros'

10   e-mail, you responded kind of in line but used blue, right?

11        **A.**  Correct.

12        **Q.**  So when we see blue, that's what you wrote, correct?

13        **A.**  Yes, correct.

14        **Q.**  And we see Mr. Kolotouros' e-mail starting at -- from

15   11:17 a.m., do you see that?

16        **A.**  Yes.

17        **Q.**  He writes:  "Hello, Joan"?

18        **A.**  Yes.

19        **Q.**  And he starts with -- I guess for lack of a better

20   term, sort of obligatory attorney-client privileged in all

21   caps.  Do you see that?

22        **A.**  Yes.

23        **Q.**  And then he says in the first line:  "Below please

24   find a summary."  Do you see that?

25        **A.**  I do.

1      Q.   And then below we see a lengthy summary, correct?

2      A.   Yes.

3      Q.   I want to go down to item B -- oh, and I think we can

4  turn the public monitor on, I think this is a public document.

5  Do you see there's an item B, Ms. Braddi?

6      A.   Yes.

7      Q.   And that says:  "Search - two main areas of

8  disagreement."  Do you see that?

9      A.   I do.

10     Q.   And this relates to the Google search distribution

11  relationship with Apple; is that right?

12     A.   Yes.

13     Q.   And these two areas of disagreement, those are

14  disagreements -- at least at this time, between Google and

15  Apple; is that fair?

16     A.   It was a disagreement between what they had put in

17  their wish list to what is in the current agreement.

18     Q.   I see, okay.  And underneath we see items -- under B,

19  one and two.  Do you see those, one and two?

20     A.   Yes.

21     Q.   Let's look at number two.  Mr. Kolotouros asks:  "How

22  should default search status be implemented?"  Do you see that

23  question?

24     A.   I do.

25     Q.   And then you have an answer below in blue, right?

1      A.  Yes.

2      Q.  Okay.  And then let's go to the end, the end of the

3  portion.  And there's a -- it says "Google wants" and a colon.

4  Do you see that?

5      A.  Yes.

6      Q.  And then what you write in is:  "Clear articulation of

7  when we will be set as default to ensure we are made whole; no

8  direct or indirect payments from competitors if NYC

9  offers/encourages the user to change settings.  No offering

10  users options during a search."

11      That's what you wrote, correct?

12      A.  Correct.

13      Q.  And then below that, it says "NYC wants."  Do you see

14  that?

15      A.  Yes.

16      Q.  And that's Apple, yes?

17      A.  Yes.

18      Q.  And you write:  "Limited obligation and total

19  flexibility," right?  Is that right?

20      A.  That's right.

21      Q.  And I think, as we've discussed, Apple doesn't have

22  total flexibility under the ISA, right?

23      A.  They have a lot of flexibility in the ISA.

24      THE COURT:  I'm sorry, they do or they don't?

25      THE WITNESS:  They do.

BY MR. SEVERT:

Q.   One thing that the ISA requires Apple to do is set Google as the default search engine in Safari on its devices; is that right?

A.   Google is the default only in Safari on specified devices.

Q.   Right.  And that's embodied in the ISA, correct?

A.   Yes.

Q.   And in fact, over the years, Apple has sought search default flexibility many times in many forms, right?

A.   They've asked to include other products, to include Google in those products.

MR. SEVERT:   Okay.  And Your Honor, at this time I'd move to admit UPX679.

MR. SCHMIDTLEIN:   No objection.

THE COURT:   It will be admitted.

(Exhibit UPX679 admitted into evidence)

BY MR. SEVERT:

Q.   Let's -- we can take down UPX679.  Let's go to 2007.  2007 is when you were running search distribution; is that right?

A.   Yes.

Q.   And one thing Apple was considering in 2007 was a search default choice screen; is that right?

A.   Not that I'm aware of.

1    Q.  Okay.  Well, did Apple ask for a choice screen for

2    Safari on Windows?

3    A.  I believe they were considering building for Windows.

4    Q.  And Google did not permit that; is that correct?

5    A.  Did not permit what?

6    Q.  A choice screen for Safari on Windows?

7    A.  I think we would allow it, but we wouldn't pay for a

8    default placement.

9    Q.  I see, okay.  Let's take a look at UPX137.  Your

10   Honor, UPX137 is already in evidence.  It should be in your

11   binder, Ms. Braddi.

12   A.  I'm looking.

13   Q.  And UPX137 appears to be an agenda and notes from an

14   EMG meeting on June 4th, 2007; is that right?

15   A.  That's right.

16   Q.  And what is EMG?

17   A.  I think it stood for a management group of some sort.

18   Q.  Was it the executive management group?

19   A.  Yes, yes.

20   Q.  At this time in 2007, was the EMG responsible for

21   approving certain of Google's deals?

22   A.  Yes, nonstandard deals.

23   Q.  Now let's turn to the second page of Bates ending 688.

24   And in the notes, there's an item two.  Do you see item two?

25   A.  I do.

1      Q.   And it's titled Apple IE browser.  Do you see that?

2      A.   I see that.

3      Q.   We see that this discussion appears to have been led

4   by a Mr. Jeff Shardell?

5      A.   Yes.

6      Q.   And at that time he reported to you?

7      A.   Yes.

8      Q.   And I think we see from the attendees that you were in

9   attendance for this discussion?

10      A.   Yes.

11      Q.   At the bottom of the page, there's a section called

12   discussions.  Do you see the discussions?

13      A.   Yes.

14      Q.   And just to level set, we see a summary where it says:

15   "Our current deal terms are the following."  Do you see that?

16      A.   Yes.

17      Q.   And then the first bullet says:  "Google default (and

18   exclusive) search provider in Safari browser."  Do you see

19   that?

20      A.   I do.

21      Q.   And that's what we discussed earlier, right?

22      A.   Yes.

23      Q.   And below that, there is a bullet that starts "Apple

24   wants."  Do you see that?

25      A.   Yes.

1      **Q.**  And that's the wish list you were referring to, right?

2      **A.**  The wish list I was referring to was for a different

3  agreement.

4      **Q.**  Okay, fair enough.  And this is why you were at the

5  EMG meeting in the first place, was to discuss Apple's new ask;

6  is that right?

7      **A.**  Their new ask for -- in the 2007.

8      **Q.**  And Apple -- and it says:  "Apple wants current deal

9  terms to apply to their new Safari OS for PCs."  Do you see

10  that?

11      **A.**  I see that.

12      **Q.**  And then under that, it says:  "Google will be one of

13  two possible choices for search provider, not the default."  Do

14  you see that?

15      **A.**  I do.

16      **Q.**  That's a choice screen, right?

17      **A.**  Not necessarily.

18      **Q.**  Well, it's a choice -- there were two choices provided

19  to the user, correct?

20      **A.**  However Apple wanted to implement it, I don't know if

21  it was a choice screen.

22      **Q.**  The next sentence says:  "However, they want same

23  financial terms as their current agreement (we are the

24  default.)"  Do you see that?

25      **A.**  I do.

1      Q.  Let's go to the bottom of page three; this ends in

2   Bates 689.  There's a section that's labeled outcome, if you

3   can zoom in on that.  The outcome, that would be what was

4   decided at the meeting, right?

5      A.  Correct.

6      Q.  And the first bullet says:  "Deal not approved,"

7   right?

8      A.  The deal terms not approved.

9      Q.  Okay.  We can take down UPX137.  Let's go to UPX72.

10  And in the middle of the page UPX72, the first page, Bates

11  ending 216, we see an e-mail from Mr. Shardell, right?

12     A.  Yes.

13     Q.  And this is essentially -- this is the same time

14  period of the -- I think it might even be the same day as the

15  notes we just looked at, right?

16     A.  Perhaps, yes.

17     Q.  And he recounts a conversation he had with Mr. Brian

18  Croll at Apple; is that right?

19     A.  Yes.

20     Q.  And Mr. Croll was one of Apple's points of contact at

21  that time at Apple?

22     A.  Yes.

23     Q.  And what he says is:  "I told them we have two

24  options, depending on whether or not Apple will give us default

25  placement."  Do you see that?

1      A.  I do.

2      Q.  And at number one it says:  "No default placement - no

3   revenue share on Safari/Windows."  Do you see that?

4      A.  I do.

5      Q.  And then number two:  "Yes default placement - we will

6   share revenue under the current contract," right?

7      A.  Correct.

8      Q.  So Google insisted on the default to share revenue,

9   correct?

10      A.  Correct.

11      Q.  And essentially told Apple take it or leave it, right?

12      A.  It was -- our negotiation was we'll pay for default on

13   a Windows/Safari browser.

14      Q.  And Apple indeed took it, right?

15      A.  They took it for the trial.

16      Q.  And there was not a search engine choice screen on

17   Safari for Windows, correct?

18      A.  Not that I'm aware of.

19      MR. SEVERT:  Staying in 2007 -- oh, apologies.  Your

20   Honor, I'd move UPX72 into evidence.

21      MR. SCHMIDTLEIN:  No objection.

22      THE COURT:  It will be admitted.

23      (Exhibit UPX72 admitted into evidence)

24   BY MR. SEVERT:

25      Q.  Staying in 2007, another thing Apple considered was

1    offering two different versions of Safari; is that right?

2        **A.**  Not that I'm aware of.

3        **Q.**  Let's turn to UPX552.  Your Honor, UPX552 is already

4    in evidence.  And at the bottom of the screen, we see an e-mail

5    from Mr. Pichai addressing you.  Do you see that?

6        **A.**  I do.

7        **Q.**  And he writes:  "Not sure whether you will be speaking

8    with Phil today, but there is one more thing that we should

9    talk to them about."  Do you see that?

10       **A.**  I do.

11       **Q.**  And Phil, that's a reference to Phil Schiller?

12       **A.**  Yes.

13       **Q.**  And he's a very senior executive at Apple?

14       **A.**  Yes.

15       **Q.**  And Mr. Pichai goes on:  "I know we are insisting on

16   default, but at the same time I think we should encourage them

17   to have Yahoo! as a choice in the pull down or some other easy

18   option.  I don't think it's a good user experience nor the

19   optics is great for us to be the only provider in the browser."

20       Do you see that?

21       **A.**  I do.

22       **Q.**  So it was Google who was insisting on the single

23   default as Mr. Pichai says, yes?

24       **A.**  I can't recall us asking for a single default, no.

25       **Q.**  And Mr. Pichai identifies concerns about optics,

1    right?

2        **A.**  He mentions it in the e-mail.

3        **Q.**  And then in the next paragraph, he goes on to say --

4    the second sentence:  "In the past, they had mentioned offering

5    two versions of Safari:  Google version and Yahoo! version."

6    Do you see that?

7        **A.**  I see that.

8        **Q.**  "One concern is they actually position this as two

9    browsers, Safari-Google and Safari-Yahoo!, in which Google and

10   Yahoo! are the default respectively."  Do you see that?

11       **A.**  I see that.

12       **Q.**  Then he continues:  "They are really not making us the

13   default as the user can choose between the two versions but get

14   the rev share per the contract."  Do you see that?

15       **A.**  I see that.

16       **Q.**  And Google's concern was that if a user chooses the

17   browser version of Safari -- chooses the Safari version, that's

18   effectively not a Google default, right?

19       **A.**  Chooses the Safari version, do you mean choose --

20       **Q.**  Sure, the -- let me try again.  So the concern was

21   that if there were two versions of Safari and only one had a

22   Google default, that really wasn't a default; is that right?

23       **A.**  I would think that's his concern.  But he said it's in

24   the past, and Apple's never mentioned to me wanting to do two

25   different browsers.

1    Q.  We can take down UPX552.  You're not aware of there

2   ever being two different versions of Safari with different

3   defaults, are you?

4    A.  Never been aware of that, no.

5    Q.  Let's take a quick look at UPX670.  UPX670 is already

6   in evidence.  At the very top, we see an e-mail from you,

7   correct?

8    A.  Correct.

9    Q.  And I think it's the very next day from the document

10   we were looking at before, do you see that, June 8th?

11    A.  Yes.

12    Q.  Let's go to your e-mail in the middle of the page.  Do

13   you see your e-mail on -- right in the middle?

14    A.  Uh-huh.

15    Q.  And you write:  "Apple has accepted the terms we

16   proposed earlier this week."  Do you see that?

17    A.  Yes.

18    Q.  And at the top, you write to Mr. Shardell.  Do you see

19   that?

20    A.  Yes.

21    Q.  And you write:  "Please ensure the language is clear

22   WRT" -- is that with respect to?

23    A.  Yes.

24    Q.  "default.  Ensure there are not two versions of the

25   browser, for example, i.e., an option with Y" -- Yahoo!?

1          **A.**   Uh-huh.

2          **Q.**   "to get around the default and payment issue."  Do you

3     see that?

4          **A.**   I do.

5          **Q.**   You go on to say:  "Talk to me for more details, but

6     we need this covered in the extension for protection as Apple

7     has not been clear with their strategy, and we are afraid they

8     will cover their choice option which nets no payment from us in

9     a form that looks like a default but is really choice."

10         Do you see that?

11         **A.**   I see that.

12         **Q.**   And your concern here was that Apple wanted to give

13    users a choice; is that right?

14         **A.**   No, my concern was covering for Sundar who was

15    concerned that they were trying to do two different browsers

16    with two different selections for default.  Jeff, who is on the

17    business development team, reporting to me, had never heard

18    this from Apple and neither had I, so we were trying to assure

19    what Sundar wanted protection against.

20         **Q.**   You can put aside UPX670.  Let's look at one more

21    episode in 2007.  Please turn to UPX672.  If we look at the

22    bottom half of the first page, Bates ending in 475 of UPX672,

23    there's a 2007 e-mail from Mr. Pichai.  Do you see that?

24         **A.**   Yes.

25         **Q.**   And he describes a phone call he had with senior

1    leaders at Apple; is that right?

2        A.   With Phil, yes.

3        Q.   And it indicates you were on that phone call as well?

4        A.   I guess I was.

5        Q.   And that call related to the Safari home page; is that

6    right?

7        A.   The iPhone start page, I think it is.

8        Q.   The home page is what comes up when you open a new

9    window in Safari; is that right?

10       A.   I think in this early implementation, based on what

11   Phil was saying, is the last page the user was on is what will

12   come up as the start page, if you will, when the user returns

13   to the iPhone.  Meaning it's not a set page in Safari.

14       Q.   And then Mr. Pichai goes on to say:  "We were

15   concerned because the iPhone demo showed Yahoo! as the start

16   page, and so the search box there was the most prominent on the

17   screen (the search box in Safari with Google as the default is

18   activated only when you go to the address bar.)"

19       Do you see that?

20       A.   I see that.

21       Q.   Just so we understand, so in the demo that Mr. Pichai

22   saw, when the user opened Safari, there would be two different

23   places where you could enter a search; is that right?

24       A.   I believe so.

25       Q.   And first, there would be the search box in Safari,

1    and that would default to Google, right?

2         A.   Correct.

3         Q.   And then there would be a separate search box on a

4    Yahoo.com home page; is that correct?

5         A.   Correct.

6         Q.   And the Yahoo.com search box would go to Yahoo!,

7    right?

8         A.   Correct.

9         Q.   And ultimately it would be up to the user to select

10   which box in which to enter a search query; is that right?

11        A.   Correct.

12        Q.   And that user choice, that was the concern?

13        A.   We did not have a concern with their implementation,

14   because it was the user's last page that they visited in the

15   demo that the user had visited Yahoo!.  And if that was the

16   implementation, we didn't have a problem.  Our problem would be

17   if Safari embedded a page as the start page every time the user

18   opened up the phone, that was the concern.  So that was the

19   question, did they put that page there or was that where the

20   user ended up on the iPhone.

21        Q.   So the concern was that every time a new page was

22   opened, there would be these two search boxes, right?

23        A.   Again, we didn't have a problem with their

24   implementation after they described it, it's the last page the

25   user was on that's come up.  It wasn't a page that they set in

1    Safari.  It would have been a concern if they had set a page in

2    Safari that came up every time that had a different search box

3    on the page.

4        Q.  And in that case, the user would select which one to

5    use, right?

6        A.  In that case, hopefully it's the default, yes.

7        Q.  Let's go down to the third paragraph in Mr. Pichai's

8    e-mail -- and we're still on Bates 475 of UPX672.  And he

9    writes:  "However, there is nothing in the agreement that

10   prevents them from setting Yahoo! as a home page subsequently

11   on iPhone, Mac and Windows, et cetera.  Currently, the

12   agreement covers only the default in the web search box in the

13   web browser software."

14       Do you see that?

15       A.  Yes.

16       Q.  So Apple had found, for lack of a better term, a

17   loophole in the ISA, right?

18       A.  Something that wasn't covered.

19       Q.  And users might use that Yahoo! box instead of the

20   Google box, right?

21       A.  Correct.

22       Q.  And that's what Mr. Pichai saw in the demo, right?

23       A.  Yes.

24       MR. SEVERT:  Your Honor, I'd move to admit UPX672.

25       MR. SCHMIDTLEIN:  No objection.

1     **THE COURT:**  It will be admitted.

2         (Exhibit UPX672 admitted into evidence)

3     **BY MR. SEVERT:**

4     **Q.**  And Apple ultimately abandoned the idea of putting up

5     a Yahoo! home page and search box as the default home screen;

6     is that right?

7     **A.**  On Safari.  There's lots of home screens on the

8     iPhone.  There's a startup screen, there's a home screen that's

9     not within Safari.  They can do whatever they want there.  But

10    in Safari.

11    **Q.**  So as to Mr. Pichai's concerns, he could breathe a

12    sigh of relief?

13    **MR. SCHMIDTLEIN:**  Objection.

14    **THE COURT:**  Sustained.

15    **BY MR. SEVERT:**

16    **Q.**  Let's jump ahead to 2009.  We can take down UPX672.

17    In 2009, Google and Apple were negotiating an ISA extension; is

18    that right?

19    **A.**  I believe so.

20    **Q.**  And you were involved in those discussions?

21    **A.**  I believe so.

22    **Q.**  Let's take a look at UPX605.  UPX605 is an OC deal

23    review presentation.  Do you see that?

24    **A.**  I see that.

25    **Q.**  And what is OC?

1          **A.**   I think it took the place of EMG.

2          **Q.**   And is this the kind of document that would be

3    presented at a meeting to review the deal?

4          **A.**   At times.  It changes formats.

5          **Q.**   And this is -- and you, in fact, attended this meeting

6    to discuss this particular deal with Apple?

7          **A.**   Unsure if I was there, no.

8          **Q.**   Well, let me see if I can refresh your recollection.

9    Ms. Braddi, I've handed you a document bearing Bates number

10   GOOG-DOJ-04263030.  I'd ask you to take a look at the OC --

11   this appears to be an agenda and notes from an OC deal review

12   from June 22nd, 2009 with a list of attendees with your name

13   listed there.  Take a look at that.

14         **A.**   And I saw my name.

15         **Q.**   You can put it aside.  Ms. Braddi, does this refresh

16   your recollection as to whether you were in attendance at

17   this June 22nd --

18         **A.**   If it says I was, I was there.

19         **MR. SEVERT:**   Okay, thank you.  And, Your Honor, I'd move

20   to admit UPX605.

21         **MR. SCHMIDTLEIN:**   No objection.

22         **THE COURT:**   It will be admitted.

23         (Exhibit UPX605 admitted into evidence)

24   BY MR. SEVERT:

25         **Q.**   Looking at just the cover of UPX605, you see there's

1    an agenda on the first page?

2        **A.**  Yes.

3        **Q.**  And the first item is:  "Apple-Safari desktop search."

4    Do you see that?

5        **A.**  Yes.

6        **Q.**  And the presenter listed here is, again, Mr. Shardell?

7        **A.**  Yes.

8        **Q.**  And he was still reporting to you in 2009?

9        **A.**  Yes.

10        **Q.**  Let's go to page three, Bates ending in 266.  I'll

11    just flag for you, Ms. Braddi, pieces of this are redacted, so

12    I'm going -- I'm not going to say the numbers, and I'm going to

13    ask you not to either.

14        **A.**  Okay.

15        **Q.**  At the top we see it says:  "Partnership overview -

16    Apple," right?

17        **A.**  Uh-huh.

18        **Q.**  And the first point is:  "Google is currently Safari

19    browser's default search setting for Mac, Windows and devices,"

20    right?

21        **A.**  Correct.

22        **Q.**  So that was sort of the status quo, right?

23        **A.**  Yes.

24        **Q.**  Let's go to page five, Bates ending in 268.  And here

25    we see that Google -- and I won't get into the details, but

1    Google had made an offer to extend the ISA?

2        A.    Based on -- they wanted to extend the ISA.

3        Q.    And this is just a summary of the terms Google was

4    offering at this time?

5        A.    Yes.

6        Q.    Let's go to the next page, Bates ending in 269.  We

7    see the title is Apple's counter, right?

8        A.    Yes.

9        Q.    And that's its counter to Google's offer, right?

10       A.    Correct.

11       Q.    The bullet in the middle of the page says:  "New Apple

12    ask."  Do you see that?

13       A.    Yes.

14       Q.    The second one -- sorry, the first one:  "New Apple

15    ask," the third line.  It says:  "The option, but not the

16    obligation, to set Google as the default search provider."  Do

17    you see that?

18       A.    Yes.

19       Q.    And then I won't read it, but there's a reference to

20    the current terms and a relationship to the -- to how the

21    default works under the current terms.  Do you see that?

22       A.    Yes.

23       Q.    So here, Apple's ask is it wanted flexibility, right?

24       A.    Well, they got flexibility in the very first agreement

25    where they didn't have to set us anywhere and just point to us,

1  and no money was shared.  But now they wanted that same

2  flexibility, but they wanted to be paid either way.

3      Q.  And in particular, what Apple wanted was the ability

4  to set different defaults, perhaps by different locations,

5  right?

6      A.  They weren't clear.

7      Q.  And Apple asked to be able to set different defaults

8  by different product lines or versions; is that right?

9      A.  That wasn't clear either.

10     Q.  Well, let's take a look.  Ms. Braddi, I've handed you

11 Exhibits UPX615 and UPX675.  And starting with UPX615, that's

12 an e-mail from Mr. Shardell to Mr. Eustace with you on the CC

13 line; is that right?

14     A.  Correct.

15     Q.  And this is a -- and we can see further down the page

16 this is a red line that Apple had sent to Google as part of a

17 contract back and forth; is that right?

18     A.  Correct.

19     Q.  And then if we go to 675, we see the actual red line,

20 that's the attachment.  Do you see that?

21     A.  Correct, yes.

22     MR. SEVERT:  Your Honor, I'd move to admit UPX615 and

23 UPX675.

24     MR. SCHMIDTLEIN:  No objection.

25     THE COURT:  They'll be admitted.

1    (Exhibits UPX615 and UPX675 admitted into evidence)

2    **BY MR. SEVERT:**

3    **Q.** Let's take a quick look at the red line. And I'm

4    going to be very careful here, because I know the precise terms

5    are under seal. But let's turn to page two, paragraph three of

6    Apple's red line.

7    Are you there, Ms. Braddi?

8    **A.** I'm here.

9    **Q.** And if we -- do you see the last sentence, it starts

10    with the word --

11    **THE COURT:** Sorry, can you blow this up on the screen? It

12    looks like at least a portion of it is not redacted.

13    **MR. SEVERT:** I think that part is cleared; is that right?

14    We're cleared on that.

15    **MR. SCHMIDTLEIN:** That portion's okay.

16    **THE COURT:** Okay.

17    **BY MR. SEVERT:**

18    **Q.** That's the only portion we need.

19    So Ms. Braddi, I'd just direct your attention to the last

20    sentence of paragraph three that starts "if." Do you see that?

21    **A.** I do.

22    **Q.** And that sentence: "Apple contemplates setting

23    someone other than Google as the search default on some

24    devices;" is that right?

25    **A.** On some devices or --

1        Q.  And then there's a parenthetical --

2        A.  -- versions or locations, yes.

3        Q.  And what Apple identified, after the e.g. or location,

4   product lines or versions; is that right?

5        A.  Yes.

6        Q.  And Apple did not get this flexibility; is that right?

7        A.  No, but they could remove the product line that they

8   didn't want to set Google as default.  They're the ones who

9   adds the product that they want to use Google on.  That's

10  purely their discretion.

11       Q.  And we can put aside UPX615 and 675.

12       THE COURT:  I'm sorry, Ms. Braddi, can you repeat what you

13  said?  I didn't hear you.

14       THE WITNESS:  So Apple adds products that they want to use

15  our services with their browser.  They don't have to add all

16  their products.  They could keep some aside and do something

17  different with them or -- but it's their election of whether or

18  not they want to add those products for our services to be

19  used.

20       THE COURT:  Okay.  But this last line, did that remain in

21  the final agreement or did that get dropped out?

22       THE WITNESS:  I believe it got dropped out.

23  BY MR. SEVERT:

24       Q.  And Ms. Braddi, in 2012, Apple came back again and

25  asked again for more flexibility; is that right?

1      **A.**   In the JCA, the wish list for the JCA?

2      **Q.**   Yes.

3      **A.**   Yes.

4      **Q.**   And Apple, again, tried to remove its obligation to

5   make Google the default search provider in Safari, right?

6      **A.**   They tried to remove all their obligations.

7      **Q.**   Sure.  Let's take a look at UPX570.  And UPX570 is an

8   e-mail to you and others from Mr. Bruce Sewell at Apple; is

9   that right?

10      **A.**   Correct.

11      **Q.**   And Mr. Sewell, at the time, he was Apple's general

12   counsel?

13      **A.**   Correct.

14      **Q.**   And the subject line is draft term sheet?

15      **A.**   Yes.

16      **Q.**   And I think, as we said, this is kind of before the

17   ISA or JCA discussions really began in earnest; is that right?

18      **A.**   Yes.

19      **Q.**   And then let's take a look at the next page, Bates

20   ending in 721.  And we can see that what follows is indeed a

21   term sheet, right?

22      **A.**   Yes.

23      **MR. SEVERT:**  Your Honor, I'd move to admit UPX570.

24      **MR. SCHMIDTLEIN:**  No objection.

25      **THE COURT:**  It will be admitted.

1           (Exhibit UPX570 admitted into evidence)

2    **BY MR. SEVERT:**

3        Q.  Let's take a look at the last page of this exhibit.

4    And there's --

5        A.  Page four of the --

6        Q.  Page, yes, 724.  And there's a section that says

7    search.  Do you see that?

8        A.  Yes.

9        Q.  And then the second heading under search says default.

10   Do you see that section?

11       A.  Yes.

12       Q.  And it reads:  "No obligation to use Google search

13   services or to make Google the default."

14       Do you see that?

15       A.  I do.

16       Q.  And that's what Apple asked for, no default obligation

17   at all, right?

18       A.  Just like in their very first agreement.

19       Q.  And without the obligation, Apple could have had the

20   freedom to implement a choice screen, right?

21       A.  Without an agreement, yes, they could do whatever they

22   wanted.

23       Q.  And Apple could have made, for example, DuckDuckGo the

24   default in private browsing mode, couldn't they?

25       A.  Yes, they certainly can.

1      Q.   And without any obligation, Apple could decide query

2   by query what search engine to use, right?

3      A.   Yes, if they didn't have any agreement with us, they

4   could do whatever they'd like.

5      Q.   And in fact, this kind of freedom would give Apple the

6   freedom to invent whatever solution it thought best, right?

7      A.   Of course.

8      Q.   But, ultimately, Apple's obligation to make Google the

9   default in Safari, that remained in place, right?

10      A.   If they wanted to receive revenue share, yes, benefit

11   of the bargain.

12      Q.   We can put aside UPX570.  Ms. Braddi, I'd like to show

13   you what's been marked as UPXD007.  It's the very last page of

14   your binder.  Your Honor, this is the same demonstrative that

15   Mr. Giannandrea used during his testimony, just for continuity.

16      Ms. Braddi, do you recall that Apple introduced a

17   suggestions product in around 2013?

18      A.   Yes.

19      Q.   And is what's depicted in UPXD007 look like an

20   implementation of suggestions?

21      A.   It's not theirs, no.

22      Q.   Huh?

23      A.   It's not their suggestions, no.

24      Q.   I'm sorry, what do you mean it's not their

25   suggestions?

1        **A.**  These are Google suggestions.

2        **Q.**  I see.  So the Nike running shoes is from Google?

3        **A.**  No, that is their top hits, that's not what they

4    consider their suggestions.

5        **Q.**  I see.  So the top -- the Nike is called a top hit?

6        **A.**  They call it top hits, yeah.

7        **Q.**  And where is that coming from, to the best of your

8    knowledge?

9        **A.**  They embed it in the phones.

10       **Q.**  So that comes from Apple?

11       **A.**  It comes from Apple, yes.

12       **Q.**  And in this particular example, there's a query the

13   user typed "running SNE."  Do you see that?

14       **A.**  Yes.

15       **Q.**  And that query has triggered some possible Google

16   searches.  Do you see those?

17       **A.**  Yes.

18       **Q.**  And above that, I think we discussed there's the top

19   hit for Nike, right?

20       **A.**  Yes.

21       **Q.**  And the way this works is if the user finishes typing

22   sneakers and hits enter, the user will go to a Google results

23   page; is that right?

24       **A.**  Correct.

25       **Q.**  And the user could also go to a Google results page by

1    tapping one of the Google search results; is that right?

2        A.   That's right.

3        Q.   And if the user taps on the top hit, the Nike entry at

4    the very top, the user would go straight to Nike.com; is that

5    right?

6        A.   Or whatever the URL is for that.  I can't read the

7    URL, but whatever the URL is for that link, that's where they

8    would be taken.

9        Q.   And they wouldn't go to Google at all; is that right?

10       A.   Correct.

11       Q.   And the user might find a new pair of running sneakers

12   with one less step; is that right?

13       A.   Could be.

14       Q.   And that would be a benefit, right?

15       A.   Could be, or they could come back and do their search

16   again.

17       Q.   And in that case, the top hit has diverted this user

18   away from Google, right?

19       A.   As a way of getting to Google for a set of search

20   results, yes.

21       Q.   But if the user clicks on the top hit, the user would

22   be diverted from Google, right?

23       A.   If the user selects that, yes.

24       Q.   And then Google wouldn't have a chance to make money

25   on the query in that case, right?

1          A.    In that case, yes.

2          Q.    And these top hits that Apple populates -- and I think

3     you said that these are Google suggestions.  There are also

4     Apple suggestions; is that right?

5          A.    Yeah, Apple has top hits that they've had for many,

6     many years, and then they've also built their own corpus of --

7     it's really called autocomplete, but they list it as

8     suggestions along with that.  So many times they show both.

9          Q.    And might they show both Apple suggestions and Google

10    suggestions?

11         A.    Yes.

12         Q.    And Apple top hits?

13         A.    Apple top hits, Apple suggestions, Google suggestions.

14         Q.    And in the order you just said?

15         A.    Yes.

16         Q.    And when Apple shows top hits or its own suggestions,

17    that's bad for Google, right?

18         A.    It could be bad for the user, I don't know.  We don't

19    know how many users will select that, we have no visibility.

20         Q.    I mean not for the user, for Google.  It's bad for

21    Google when Apple shows top hits or Apple suggestions, right?

22         A.    I don't know if I would say it's bad.  Why would it be

23    bad?

24         Q.    Okay.  Let's take a look at UPX2010.  UPX2010 is an

25    analysis, it's an e-mail with a slide deck -- attached slide

1    deck, relating to suggestions in iOS 8; is that right?

2        A.  Spotlight suggestions, that's not Safari.

3        Q.  And what's the difference?

4        A.  Spotlight is Apple's product.

5        MR. SEVERT:  Your Honor, I'd move to admit UPX2010.

6        MR. SCHMIDTLEIN:  No objection.

7        THE COURT:  It will be admitted.

8        (Exhibit UPX2010 admitted into evidence)

9    BY MR. SEVERT:

10       Q.  Let's go to the attached slide deck.  And we see

11   iOS 8 revenue impact is what the slide is analyzing, is that

12   right, the slide deck?

13       A.  What's the question?

14       Q.  Yeah, is that right?

15       A.  What was the question?

16       Q.  The title is iOS 8 revenue impact?

17       A.  What slide are you on?

18       Q.  We're on Bates ending in 526.

19       A.  Oh, the title slide?

20       Q.  The title slide.

21       A.  Sorry, yes.

22       Q.  And this is a Google analysis of the suggestion

23   feature in iOS 8, right?

24       A.  I'm trying to figure out what it's an analysis of.

25       (Witness reviews document)

1      **THE COURT:**  I'm sorry, is there a question pending?

2   BY MR. SEVERT:

3      **Q.**  Let me ask another question.  Let's go to the

4   analysis.  Let's go to slide -- the second slide, Bates ending

5   in 527.  Are you there?

6      **A.**  Slide 6527?

7      **Q.**  527.

8      **A.**  Yes.

9      **Q.**  And the headline is:  "Bottom line: it's bad."  Do you

10  see that?

11     **A.**  I see that.

12     **Q.**  And then the first sentence says:  "In iOS 8, Apple is

13  introducing Spotlight suggestions into Safari search."  Do you

14  see that?

15     **A.**  I see that.

16     **Q.**  It goes on to say:  "We expect these suggestions to

17  siphon queries away from Google in verticals where Spotlight is

18  triggered."  Do you see that?

19     **A.**  I see that.

20     **Q.**  And there's an image on the right -- and maybe we can

21  blow that up a little bit.  This is similar to the

22  demonstrative we looked at earlier; is that right?

23     **A.**  It's similar, but that is not a Spotlight suggestion.

24     **Q.**  This is a Safari suggestion, right?

25     **A.**  It's an Apple Map.

1      **Q.**  Right.  So the user has entered a query for State

2   Farm; is that right?

3      **A.**  Uh-huh, I guess, I can't read the query.  Yep, State

4   Farm.

5      **Q.**  As you say, the result is a suggestion for a Map

6   result, right?

7      **A.**  Yes.

8      **Q.**  And if I were to tap on the State Farm Google search,

9   I'd go to a Google results page, right?

10     **A.**  Right.

11     **Q.**  And if I were to tap on the Maps suggestion, I'd be

12  diverted away from Google, right?

13     **A.**  It would probably open in Apple Maps.

14     **Q.**  And going back to the full slide.  On the left hand

15  side, Google -- I won't say the numbers, has estimated

16  percentage that suggestions in Safari might cut into Google's

17  iOS Safari revenue.  Do you see those estimates?

18     **A.**  I do.

19     **Q.**  So these suggestions or top hits, they're hurting the

20  value of Google's default in Safari; is that fair?

21     **A.**  I don't know if that's a fair statement.  This is one

22  person's perspective.  I don't know if it ever panned out to be

23  what they predicted.

24     **Q.**  Well, in any case, that's why it was bad, right,

25  according to --

1      **A.**  By this person, yes, it's bad.  But I don't think

2    that's everybody's perspective, no.

3      **Q.**  And because of the hurting the value of the default in

4    Safari, that's why Google had to take steps to further -- to

5    stop further expansion of suggestions and top hits; is that

6    right?

7      **A.**  We didn't stop further expansion.

8      **Q.**  Let's -- we can put aside UPX2010.  Let's jump ahead

9    to 2016.  Am I right that in 2016, Google was negotiating an

10   amendment to the ISA?

11     **A.**  Yes.

12     **Q.**  And am I right that Mr. Alegre was the lead negotiator

13   at that time?

14     **A.**  That's correct.

15     **Q.**  And you reported to Mr. Alegre at that time?

16     **A.**  I did.

17     **Q.**  And you had some involvement in that negotiation?

18     **A.**  I had some involvement, but he was the lead

19   negotiator, yes.

20     **Q.**  And Mr. Pichai was involved in these negotiations as

21   well, right?

22     **A.**  Yes.

23     **Q.**  So in those negotiations with Apple happening in 2016,

24   Google realized it needed to fix the suggestions problem; is

25   that right?

1      A.  No, I wouldn't call it fix the suggestion problem.

2      Q.  Well, let's take a look at UPX2011.  And UPX2011 is an

3   e-mail thread from 2016, right?

4      A.  The date is cut off of mine.

5      Q.  The first e-mail doesn't have a date, but if you go

6   down to the second e-mail we can see June 5th, 2016?

7      A.  Yes.

8      Q.  And as we discussed, that's when these ISA

9   negotiations were happening; is that fair?

10     A.  Yes.

11     Q.  And let's start at the very bottom of the e-mail

12  thread, Bates ending 005.  Let me know when you're there.

13  Ms. Braddi, I'm going to give you just a caution.  There's a

14  number of pages here that are -- have been withheld for

15  privilege.  I'm not going to ask you about those, but if you

16  happen to remember what they are, please don't volunteer it.

17     A.  Okay, thank you.

18     Q.  But focusing on your e-mail -- I think it's on the

19  page 005, there's an e-mail from you on June 4th, 2016 at

20  12:03 p.m.  Do you see that?

21     A.  I do.

22     Q.  And you're scheduling a check-in relating to the ISA;

23  is that right?

24     A.  A check-in, a meeting, yes.

25     Q.  Let's go to the first page.  And we see that in

1   addition to you, Mr. Alegre is also a participant in this

2   e-mail thread; is that right?

3       **A.**   Yes.

4       **Q.**   And in the second e-mail, there's an e-mail from Ben

5   Friedenson at 11:33 a.m., the one we talked about earlier,

6   right?

7       **A.**   Yes.

8       **Q.**   And there are some references to Andes.  Do you see

9   those references to Andes?

10      **A.**   Yes.

11      **Q.**   We talked about how that's Apple?

12      **A.**   Yes.

13      **Q.**   If we go ahead to the second page of Bates ending in

14  -001, we see an e-mail from Mr. Alegre?

15      **A.**   Yes.

16      **Q.**   And as we discussed, he was leading these

17  negotiations, right?

18      **A.**   Correct.

19      **Q.**   And in the middle of the page, there's an e-mail from

20  Mr. Alegre, and he writes:  "As Ben mentions, we are trying to

21  build a structure that prevents them from diverting queries and

22  destroying value.  They will have all the incentive in the

23  world to sell more devices."

24          Do you see that?

25      **A.**   Yes.

1    Q.   And the "them," that refers to Apple, right?

2    A.   I believe so.

3    Q.   And so preventing Apple from diverting queries, that

4    was the goal Mr. Alegre was identifying, correct?

5    A.   I think he was concerned about diverting queries for

6    economic reasons.

7    Q.   Sure, and diverting them through the use of

8    suggestions, right?

9    A.   No, someone paying to divert those queries to them as

10   opposed to the default search provider.

11   Q.   Let's take a look at UPX309.  Your Honor, UPX309 is

12   already in evidence.  UPX309 is an August 2018 e-mail thread;

13   is that right?

14   A.   That's correct.

15   Q.   And this is -- 2018 is two years after Google and

16   Apple have amended the ISA?

17   A.   Yes.

18   Q.   And at the bottom of the first page, we see an e-mail

19   from a Mr. Haire?

20   A.   Yes.

21   Q.   And who is Mr. Haire?

22   A.   He was a product manager for Google's autocomplete.

23   Q.   And let's take a look at the top of the second page to

24   see what he wrote to you.  Essentially, he asks you for a copy

25   of the ISA with Apple, right?

1     A.   Yes.

2     Q.   Let's go back to page one to see your response.   And

3  this is your 7:57 e-mail?

4     A.   Yes.

5     Q.   And instead of sending him the contract, you just give

6  him a summary; is that right?

7     A.   Yes.

8     Q.   And you write:  "In short, we are the default search

9  provider in Safari.  We have had this position for about 16

10 years."  Do you see that?

11    A.   Yes.

12    Q.   And this e-mail was more than five years ago, so we're

13 over 20 years now?

14    A.   Uh-huh.

15    Q.   And then you go on:  "Up to about three years ago,

16 they only referred user to Wikipedia as a suggestion, the rest

17 were provided by Google.  However, about two plus years ago, we

18 saw them increasingly offer the user other suggestion

19 redirections.  This concerned us which is why we added into the

20 agreement that they could not expand farther than what they

21 were doing in September 2016 (as we did not wish them to bleed

22 off traffic.)"

23    Do you see that?

24    A.   Yes.

25    Q.   And the "they" here, that's Apple, right?

1      A.  Yes, Apple had come to us to ask for help of why their

2  numbers were -- growth rates were decreasing.  And one of the

3  theories was they're over-triggering on their suggestions and

4  driving traffic away which is why their growth numbers.  So

5  this was the PM responsible for that product, and he was

6  supposed to brainstorm could they be influencing their slower

7  growth.

8      Q.  And in this section, there's the -- and AGMT, that

9  means agreement; is that right?

10     A.  Yes.

11     Q.  And that's a reference to the 2016 ISA, right?

12     A.  Yes.

13     Q.  And that was in fact signed in September of 2016, as

14  suggested here --

15     A.  Yes.

16     Q.  -- is that right?  And the concern is that an expanded

17  suggestions would lower the value of Google's default on Apple

18  devices, right?

19     A.  It would lower the revenue for Apple, too.

20     Q.  It would lower Google's revenue and Apple's revenue,

21  right?

22     A.  Right, and they were looking to see how they can

23  increase their revenue, and that's why they came to us.

24     Q.  And so in the 2016 amendment, Google obligated Apple

25  to stop expanding suggestions beyond sort of the September 2016

1    implementation; is that right?

2        A.   No.

3        Q.   And I think the way it was defined is that the

4    suggestions would need to remain substantially similar to what

5    it was in September 2016, right?

6        A.   Substantially similar to how they had been doing it,

7    and for quality purposes.  They could expand it, yes.  They

8    weren't prevented from expanding it.

9        Q.   Well, they were expanded (sic) from doing something

10   that wasn't substantially similar, right?

11       A.   No, they could keep their quality, if it's used for

12   end user quality, all of that.  And they have been expanding

13   it, and we have not raised it as an issue.

14       Q.   And Apple was indeed limited to triggering suggestions

15   at the same rate as it was doing in September 2016, right?

16       A.   No.  In fact, they've increased it since then.

17       Q.   Let's go to UPX2014.  Since 2016, Apple -- sorry,

18   Google has monitored whether Apple was expanding suggestions;

19   is that right?

20       A.   Well, it was kind of our obligation to monitor, if we

21   wanted to.

22       Q.   And UPX2014 is an e-mail thread between yourself and

23   Mr. Haire; is that right?

24       A.   And others, yes.

25       Q.   And we can see in the middle that this is from

1    January 3rd, 2018?

2        A.   Yes.

3        Q.   And the subject line is Apple suggest influences.  Do

4    you see that?

5        A.   Yes.

6        Q.   And you write in number one:  "We need to reevaluate

7    the changes to the percent of nonconversion against the suggest

8    pattern that Apple Safari exhibited back in September 2016 to

9    identify where they may not have remained substantially similar

10   in use."

11       Do you see that?

12       A.   I do.

13       Q.   And what you quote, that's the language from the ISA,

14   right?

15       A.   Yes.

16       Q.   And in the rest of the paragraph, you're discussing

17   monitoring how often queries on Safari do not, to use your

18   word, complete to Google because of suggestions; is that right?

19       A.   Yes.

20       Q.   In other words, like how often the queries are

21   diverted, right?

22       A.   Yeah, if we can track those.

23       Q.   And since it was -- there was a requirement that

24   suggestions remain substantially similar to 2016, that's why it

25   was more to track them, right?

1    **A.**  It was our obligation to track it and to raise it in

2    the CEO check-ins.  And we were getting ready for a CEO

3    check-in, so we were doing our due diligence to see if anything

4    dramatic has changed.

5    **Q.**  Right.  So what --

6    **A.**  Substantially similar means they can show suggestions

7    all they want, right.  And if it's to -- and they can do other

8    things if it improves the user's quality.  So that's not

9    something that would run afoul of the principal software use.

10    **Q.**  And what you were doing is collecting data to

11    potentially enforce the agreement, right?

12    **A.**  We were collecting data in order to show if there was

13    something that we should bring up, and there wasn't.

14    **Q.**  And I think, as you've said, the trigger rate that

15    would make Apple's use of suggestions not substantially similar

16    is something that would be escalated to the CEOs of Apple and

17    Google during their annual meeting; is that right?

18    **A.**  I don't see anything about trigger rates.

19    **Q.**  The question of whether suggestions remained

20    substantially similar, that was an issue that would be raised

21    with the CEOs, correct?

22    **A.**  If we felt that they were attributed solely for

23    quality purposes.  But there's nothing about them having to

24    keep to a trigger rate.

25    **THE COURT:**  Just so I understand what you're saying, the

1  substantially similar in use language, that in your view is a

2  reference to quality of the suggestions?

3       THE WITNESS:  Well, it's quality and presentation.

4       THE COURT:  Okay.  But not any particular percentage of --

5       THE WITNESS:  No, no.

6       THE COURT:  -- what I'll just call diversion?

7       THE WITNESS:  Right.

8  BY MR. SEVERT:

9       Q.  And Ms. Braddi, isn't it true that Apple was required

10  to keep their triggering for offering more and more suggestions

11  to the user limited to what the trigger rates -- what they were

12  doing as of September 2016?

13       A.  I don't believe that's anywhere in there.

14       Q.  Ms. Braddi, you had your deposition taken a couple

15  times in this case; is that right?

16       A.  Yes.

17       Q.  And once during the investigation and another one in

18  litigation; is that right?

19       A.  Yes.

20       Q.  I'm going to show you from your CID deposition.

21  Ms. Braddi, I'm going to direct you to your CID deposition,

22  which is the first document in the binder, page 210.  I'm going

23  to direct you to lines eight to 20.  I'm going to read those to

24  you.

25       "Question:  And in this sentence where it says AGMT" --

1      **THE COURT:**  Hang on, she's not with you.

2  **BY MR. SEVERT:**

3      **Q.**  Oh, sorry, apologies.

4      **A.**  Okay.

5      **Q.**  So we're on page 210, lines eight to 20:

6      "Question:  And in this sentence where it says AGMT, is

7  that shorthand for agreement?"

8      "Answer:  Yes, that's referring to the September 2016

9  agreement."

10      "Question:  What was added to the agreement that's

11  referenced here?"

12      "Answer:  We talked about it this morning earlier, it's

13  permissible, something that we have in the agreement under

14  Safari.  They have to keep their triggering for offering more

15  and more suggestions to the user limited to what the trigger

16  rates that they were doing as of September 2016."

17      Were you asked that question and did you give that answer?

18      **A.**  Sorry, I'm just catching up.  I might have used the

19  word triggering there, but that's not in the spirit of what the

20  permissible software act is.

21      **Q.**  Ms. Braddi, were you asked these questions and did you

22  give that answer?

23      **A.**  Yes.

24      **MR. SEVERT:**  You can put it aside.  Let's go to --

25  actually, Your Honor, I want to offer UPX2014 into evidence.

1          **MR. SCHMIDTLEIN:**  No objection.

2          **THE COURT:**  It will be admitted.

3          (Exhibit UPX2014 admitted into evidence)

4          **MR. SEVERT:**  I also want to move to admit UPX2011 into

5     evidence.

6          **MR. SCHMIDTLEIN:**  No objection.

7          **THE COURT:**  2011 will be admitted.

8          (Exhibit UPX2011 admitted into evidence)

9     **BY MR. SEVERT:**

10          **Q.**  Let's go to UPX895.  Your Honor, UPX895 is already in

11     evidence.  Ms. Braddi, UPX895 is another e-mail thread from

12     2019; is that right?

13          **A.**  From June 2019.

14          **Q.**  And the subject is help with Safari search.  Do you

15     see that?

16          **A.**  Yes.

17          **Q.**  And if we look at the bottom of the second page, Bates

18     ending in 9904, we see an e-mail from you?

19          **A.**  Yes.

20          **Q.**  And in that e-mail, you tell some of your colleagues

21     that you are doing work relating to the Apple partnership for

22     Safari search.  Do you see that?

23          **A.**  Yes.

24          **Q.**  And that was generally referring to the ISA?

25          **A.**  It pertains to requests from Apple that came in 2018.

1      Q.   And then in the first bullet, you write:  "The partner

2   has agreed not to implement any changes to the Safari suggest

3   product that could meaningfully change or divert the Safari

4   traffic they refer to Google.com beginning in September 2016."

5          Do you see that?

6      A.   Yes.

7      Q.   And the partner here is Apple, right?

8      A.   Yes.

9      Q.   And we, again, see this is the September 2016 date

10   from the ISA, right?

11      A.   Yes.

12      Q.   And then there's another bullet sort of two down:  "In

13   the past two plus years, we have suspected that Apple may be

14   diverting search into categories not in place prior to

15   September 2016."

16          Do you see that?

17      A.   Yes.

18      Q.   And then you go on to say, in the last bullet:  "We

19   wish to go back and categorize the search queries from

20   September 2016 and measure the changes since to determine if

21   they are meeting the obligations."

22          Do you see that?

23      A.   I see that.

24      Q.   And the obligations are the obligations that Apple has

25   in the ISA, correct?

1          **A.**  Correct.

2          **Q.**  And the ask you're making of your colleagues -- well,

3     first who are Shashi, Pandu and Bobby?

4          **A.**  I believe they're on the engineering side.

5          **Q.**  And the ask you're making of the folks on the

6     engineering side is to help ensure that Apple is abiding by the

7     restrictions that are embodied in the ISA, correct?

8          **A.**  Well, I was asking if we could figure out a tool by

9     way to just measure this.

10         **Q.**  Right, you're asking them to help you measure changes

11    to September 2016, correct?

12         **A.**  Yes.

13         **MR. SEVERT:**  One moment, Your Honor.

14         Your Honor, I pass the witness to my colleagues in the

15    States.

16         **THE COURT:**  Mr. Cavanaugh.

17         **MR. CAVANAUGH:**  Do you want me to start, Your Honor, or do

18    you want to take --

19         **THE COURT:**  No, I wasn't sure if you had questions for the

20    witness?

21         **MR. CAVANAUGH:**  It's lengthy.

22         **THE COURT:**  I'm sorry?

23         **MR. CAVANAUGH:**  It's a lengthy examination.

24         **THE COURT:**  All right.  So let's go ahead and take our

25    afternoon break then.  It's a little bit before 3:00 o'clock,

1    so we will resume at 3:15.  Thanks all very much, see you soon.

2        (Recess taken at 2:55 p.m.)

3        (Back on the record at 3:16 p.m.)

4        **THE COURT:**  Mr. Cavanaugh, ready when you are.  If I could

5    kindly ask somebody at the back to just close the door, I'd

6    appreciate it.  Thank you.

7        **DIRECT EXAMINATION OF JOAN BRADDI**

8    **BY MR. CAVANAUGH:**

9        Q.  Good afternoon, Ms. Braddi.  We haven't met before.

10   My name is Bill Cavanaugh, I'm counsel for Colorado and

11   Nebraska.  I have some questions for you this morning regarding

12   work you did in 2019 and 2020 in connection with SA360.

13        So in your role on the global partnership team, you were a

14   partner advisor for Google's relationship with Microsoft, among

15   other companies, correct?

16        A.  Correct.

17        Q.  And you reported to Don Harrison in the December 2019

18   time period?

19        A.  Yes.

20        Q.  And in December of 2019, Mr. Harrison asked you to

21   follow up on a request from Microsoft regarding Microsoft's

22   dissatisfaction with the level of support being offered from

23   Microsoft features in connection with SA360?

24        A.  Yes.

25        Q.  And did you become aware in that time period that

1    Peggy Johnson of Microsoft had told Don Harrison in early

2    December that discussions between the two sides had hit a wall?

3        A.   Yes.

4        Q.   If you could look, I put a blue binder there.

5        A.   Oh, this --

6        Q.   The other one.  And if you could look at PSX481.  Your

7    Honor, I think just about every exhibit I'll refer to today is

8    already in evidence.  I think there's one or two, and hopefully

9    someone will remind me when one is not.

10       This is dated -- if you go to the last one, the most

11   recent e-mail, it's December 11th, and it's from you to Rosy

12   Lipscomb at Google.  But if you'd go back to page 212, the

13   Bates number in the bottom right-hand corner.

14       A.   Yes.

15       Q.   You'll see it's the e-mail from Ms. Johnson to

16   Mr. Harrison where she refers to discussions, quote, hit a

17   wall, correct?

18       A.   Correct.

19       Q.   And then on the same page, on December 9th, at 7:30 in

20   the morning, you offer the view:  "We are well within our

21   rights to push back.  By the way, SA360 is for advertisers, not

22   for ad platforms, as Peggy noted," correct?

23       A.   Correct.

24       Q.   And there, when you refer to advertisers, you're

25   referring to advertisers that use SA360?

1          A.   Correct.

2          Q.   And you agree with me the reason for advertisers to

3     use SA360 is to allow them to manage campaigns across multiple

4     and competing search engines, correct?

5          A.   Quite frankly, at that time I didn't know what SA360

6     was.

7          Q.   Okay.  Did you come to understand that it was a tool

8     that could be used across multiple search engines?

9          A.   Yes, early the following year.

10         Q.   And if we could go to Exhibit 482.  It's an e-mail

11    from you to some of your colleagues at Google.  In the first

12    paragraph, you reference:  "It looks like there is an internal

13    meeting tomorrow at Microsoft, so I can share Don's comments

14    when we meet tomorrow."

15         You were going to have a meeting with Mr. Harrison and

16    others?

17         A.   Most likely, I'm not sure.

18         Q.   All right.  And you say in the second paragraph:

19    "Would you take a look at what I have drafted and give comments

20    as to the accuracy of my statements."  And if you look at the

21    paragraph that you then drafted, you say:  "Google builds our

22    tools to assist advertisers with their advertising campaigns

23    measurement optimization, primarily on Google's platforms; and

24    in some cases, these tools can work cross-platform, but may not

25    be optimized across all platforms."

1          When you were referring to these tools, were you referring

2     to SA360?

3          A.   There are two tools, SA360 and GA360.

4          Q.   And you understood that SA360 at this point, on

5     December 12th, 2019, was intended to work across various

6     platforms, correct?

7          A.   Well, I was writing this paragraph for product to tell

8     me if it was correct.

9          Q.   Well, did anyone tell you you were wrong?

10         A.   I don't believe so.

11         MR. CAVANAUGH:   Okay.  So let me ask you to turn to

12    PSX1111.  It should be right at the end of the book -- or close

13    to the end.

14         Your Honor, we'd move to admit 1111.

15         MR. SCHMIDTLEIN:   Your Honor, I think this document has a

16    variety of content, including potentially embedded hearsay from

17    a variety of sources.  If we're only talking about I guess the

18    portions, counsel, that are unredacted here on the version

19    you've got?

20         MR. CAVANAUGH:   We're only talking about the unredacted

21    portions.

22         MR. SCHMIDTLEIN:   For that purpose only, no objection.

23         THE COURT:   Okay, so it will be admitted.

24         (Exhibit PSX1111 admitted into evidence)

25    BY MR. CAVANAUGH:

1       Q.  Do you see on the top, on the first page there's a

2  reference to Don, Peggy pre-brief notes.  Was this to help

3  prepare Mr. Harrison for a conversation he was going to have

4  with Peggy Johnson?

5       A.  Yes, there's a team that prepares these for him.

6       Q.  And did you participate in preparing this document?

7       A.  I might have reviewed it, but somebody else prepared

8  it.

9       Q.  And if you'd turn to the second page, page Bates 457,

10  SA360/GA360 feature parity for Bing Ads.  You understood that

11  was the issue that Microsoft was raising --

12      A.  Yes.

13      Q.  -- with Google at that point?

14      A.  Yes.

15      Q.  And if you'd go down to the third paragraph there that

16  begins "through the years."

17      A.  Yes.

18      Q.  Do you see that?

19      A.  Yes.

20      Q.  There's a statement:  "Recently, Microsoft has become

21  much more demanding in their requests for features in these

22  meetings.  Microsoft is now asking for feature parity with

23  Google Ads, and a commitment to deliver support for Bing

24  futures within 90 days of a corresponding Google Ads feature."

25  You go on -- the document goes on to say:  "This is not aligned

1    with our product or business goals, and therefore not something

2    we can commit to.  We have communicated to the Microsoft team

3    that our road map will be final by the end of the year, and

4    that we will update them in early 2020."

5        Do you see that?

6        **A.**  I do.

7        **Q.**  If you can turn to the next page, page 458, the

8    document notes:  "We expect Microsoft" -- third paragraph, "We

9    expect Microsoft to raise some concerns when we announce

10   Amalgam next year."

11       Amalgam was the new version of SA360?

12       **A.**  That was my understanding.

13       **Q.**  It says:  "Amalgam will ensure that Google Ads

14   features appear in SA360 immediately which may further increase

15   the feature disparity between Google Ads and Bing Ads."

16       Is that consistent with your understanding?

17       **A.**  I don't know much about Amalgam or SA360.

18       **Q.**  It goes on to say:  "This may trigger allegations that

19   we are using SA360 to increase/maintain spend on Google Ads

20   versus third-party engines."

21       Do you recall that being the subject of discussion at that

22   meeting?

23       **A.**  I think this was a prep note to Don, that someone sent

24   to Don.

25       **Q.**  Well, you had mentioned in the prior e-mail we were

1    talking to -- we were referring to on the 12th that there was

2    going to be a meeting the following day.  And if you see the

3    date and time, it's December 13th, 2019 is the date and time.

4         Was there a meeting with Mr. Harrison on this?

5         A.  I can't recall.

6         Q.  If you could go to the fifth paragraph on page 458.

7    It states:  "We plan to decline both the SA360 and GA360

8    requests for parity/feature development."

9         So a decision had already been made at that point, as of

10   December 13th, that these requests were going to be declined?

11        A.  It says:  "We will finalize our road map by the end of

12   the year, so we will likely not respond to Microsoft until

13   early 2020."

14        Q.  Well, I was referring to the beginning of that:  "We

15   plan to decline."  So had a decision already been made to

16   decline these requests?

17        A.  I do not know.

18        Q.  Now, let me ask you if you would turn to page 459.  At

19   the bottom, it says:  "Appendix - SA360 e-mail from Microsoft

20   product team."  Do you see that?

21        A.  I do.

22        Q.  And on the following page, on 460, there's an e-mail

23   from Mr. LaForce at Microsoft.  Under action items, it states:

24   "Microsoft Ads and SA360.  The fine approach, workstream and

25   owners, to kick off test pilot for Microsoft conversion plus

1    Microsoft auction-time bid test."

2        At this time period, did you become familiar that there

3    was a proposed test to be undertaken regarding this issue?

4        **A.**  No, this was November of 2019, and I wasn't on this

5    e-mail.

6        **Q.**  But it was -- it's contained within this pre-brief

7    notes document prepared for Mr. Harrison that you said you

8    reviewed?

9        **A.**  I might have reviewed the actual talking points, but I

10   did not review any attachments.

11       **Q.**  Okay.  And if you could just go back to page 458.  Do

12   you see there are talking points for Mr. Harrison?

13       **A.**  Yes.

14       **Q.**  And one of those talking points was:  "Buy some time

15   for both sides to assess how this breakdown occurred and how it

16   may be repaired," correct?

17       **A.**  Correct.

18       **Q.**  And the other talking point, talking point A, was

19   listen to Peggy's complaints.  And it was anticipated

20   Microsoft's grievance could be due to, quote, frustration that

21   they cannot get acceptance of their ask into the SA360 product

22   road map, correct?

23       **A.**  I see that.

24       **Q.**  Now, in references to the road map, did you then

25   review the proposed road map?

1    A.  No.

2    Q.  If you could turn to PSX462.  It's an e-mail from

3  Mr. LaForce at Microsoft referencing Microsoft's being ready to

4  start in the recruitment of customers for the Floodlight

5  auction-time bidding testing between Search Ads 360 and

6  Microsoft Ads.

7    Did anyone, at this point in time in January, make you

8  aware that Microsoft was prepared to begin the recruitment of

9  customers for this test?

10    A.  No.

11    Q.  Now, at this point, this was a month into Mr. Harrison

12  asking you to take charge of dealing with Microsoft's

13  dissatisfaction, correct?

14    A.  We -- Microsoft escalated this, this part of the

15  settlement agreement, and that's when I was asked to get

16  involved.

17    Q.  But originally you were asked -- the escalation

18  happened in I believe April.  But in December, Mr. Harrison had

19  asked you to follow up on Microsoft's dissatisfaction, correct?

20    A.  Correct.

21    Q.  And as part of that follow up, did you have

22  discussions with the product team as to what was going on with

23  respect to any proposed testing or what was in --

24    A.  I did follow up with the product team.  They did not

25  mention anything about proposed testing.  They said that they

5031

1    had reviewed the first half of the year product road map with

2    Microsoft, but they hadn't made decisions as to which

3    products -- or which features would be included.  And once we

4    finalized those, we would let them know.

5        Q.  So if we could stick with PSX462.  If you go on,

6    you'll see there's a response from Ryan Krueger -- he was on

7    the product team?

8        A.  I don't know Ryan.

9        Q.  To Mr. LaForce on January 8th, 2020 in response to his

10   e-mail roughly an hour earlier where he says:  "The team is

11   still working on the road map, so we haven't started working

12   through any specific requirements."

13       And I take it, from your prior response, no one on the

14   product team advised you as to what was being communicated back

15   to Microsoft regarding their preparing to recruit customers?

16       A.  Correct, no one communicated that to me.

17       Q.  Okay.  And if you look at the second paragraph of

18   Mr. Krueger's e-mail, on January 8th, he tells Microsoft:  "In

19   the meantime, we ask that no advertiser outreach be performed

20   by Microsoft until the road map is communicated and discussed."

21       I take it no one from the product team advised you that

22   that's what Microsoft was being told?

23       A.  That's correct, I wasn't told that.

24       Q.  Let me ask you to turn to PSX378.  If you'd go to page

25   4460, there's an e-mail on March 3rd, roughly three months

1    after Mr. Krueger's e-mail to Mr. LaForce at Microsoft, from

2    Mr. Tinter to Don Harrison saying:  "What's the status on this?

3    Our team has not heard anything back.  Temperatures inside

4    Microsoft on this topic are rising rapidly.  Satya is pushing

5    me to figure out how we make progress."

6        Do you see that?

7        A.  I do.

8        Q.  And then that was sent to -- Mr. Harrison sent that on

9    to you, correct?

10       A.  Correct.

11       Q.  And he sent that on to you because he saw you as the

12   point person on this issue, right?

13       A.  To try to resolve it.

14       THE COURT:  I may have missed this at the beginning, sorry

15   to go back.  Mr. Harrison's title at this time is what?

16       THE WITNESS:  He's the president of partnerships, global

17   partnerships.

18       THE COURT:  Okay, thank you.

19       THE WITNESS:  And I report to him.

20   BY MR. CAVANAUGH:

21       Q.  Now, staying with this -- with Exhibit 378.  On page

22   459, Mr. Harrison e-mails back to you:  "In my ideal world, our

23   ads product team on its own would come up with the right

24   priorities, but some of those priorities would pick up some

25   small number of Microsoft asks (versus none)."  And then he

1    asked your thoughts on that, correct?

2         A.   Sorry, I'm just trying to find where you are.

3         Q.   And your response is above that:  "I will reiterate to

4    Jon" -- and that's referring to Mr. Tinter, correct?

5         A.   Yes.

6         Q.   Because you were going to get back to him --

7         A.   He wanted me to get back to him for him.

8         Q.   "I will reiterate to Jon our process is based on

9    customer advertiser requests.  All the features Microsoft has

10   asked us for can be done by advertisers using Microsoft/Bing

11   UX."

12        That's the Microsoft native tool?

13        A.   Yes, I assume.

14        Q.   Now, would you agree with me that if someone had to

15   use the Microsoft native tool -- strike that.

16        Would you agree with me that an advertiser using SA360,

17   them being required to use separately the Microsoft native

18   tool, that would undermine the whole purpose of SA360, wouldn't

19   it?

20        A.   Like I said, I don't know the purpose of the SA360

21   tool, but what I was told by product is they take feature

22   priorities based on what advertisers want to see in the tool.

23        Q.   If you could turn to PSX433.  And this is an e-mail

24   from Mr. Krueger to Mr. Humphrey at Microsoft.  And if you look

25   at the paragraph that begins "for this planning cycle," he

1    states:  "We have elected to defer running a Microsoft

2    auction-time autobidding test, but remain open to revisiting

3    this feature based on customer demand in future planning

4    cycles."

5         Did you sign off on that response?

6         **A.**   I didn't see this response.

7         **Q.**   Now, you had a communication with Mr. Tinter that same

8    day, did you not?

9         **A.**   I did.

10        **Q.**   And you advised him the same thing?

11        **A.**   I didn't advise anything on the Microsoft auction-time

12   bidding, I just gave him the three features that made it

13   through the road map.

14        **Q.**   As Mr. Harrison's point person, did you do any

15   coordination with people on the product team as to what would

16   be said to Microsoft with respect to the auction-time bidding

17   test?

18        **A.**   I wasn't aware that that was a priority.

19        **Q.**   If you'd turn to PSX377.  So this is your e-mail to

20   Mr. Harrison regarding your conversation with Mr. Tinter,

21   correct?

22        **A.**   Correct.

23        **Q.**   And you say:  "Spoke to Jon and passed along the SA360

24   feature priorities for 1H2020."  That's the first half of 2020?

25        **A.**   That's correct.

1    Q. It goes on to say: "He raised again the conspiracy

2    theory from the Bing team, and signaled it may cause executive

3    escalation," correct?

4    A. Correct.

5    Q. And so you told him the priorities that you were

6    prepared to do, Microsoft was prepared to do in the first half?

7    A. That Google was prepared to do --

8    Q. I'm sorry.

9    A. -- for Microsoft in the first half. That was given to

10   me by the product team.

11   Q. But that led him to again raise the conspiracy theory?

12   A. That's what Jon said.

13   Q. And your testimony is that you did not raise the fact

14   that you were not doing the one test that had been discussed

15   between the parties, the auction-time bidding test?

16   A. I was never told about that test nor did Jon ask about

17   it.

18   Q. A few days after this Microsoft escalated it, the

19   issue, correct?

20   A. Correct.

21   Q. If you'd go to PSX360. This is an e-mail from Peggy

22   Johnson to Don Harrison, correct?

23   A. Correct.

24   Q. And this is the one -- you referenced it earlier,

25   invoking section 6.2 of the settlement agreement for executive

1    escalation, correct?

2        A.    That's correct.

3        Q.    And this was sent on to you from -- by Mr. Harrison,

4    correct?

5        A.    Correct.

6        Q.    He also sent it to Kent Walker who was the general

7    counsel at the time?

8        A.    Yes.

9        Q.    Now, Ms. Johnson says:  "The fact that" -- in the

10   bottom of the first full paragraph, "The fact that Google's

11   dominant search advertising position means that there will

12   inherently be less advertiser demand for Bing features does not

13   excuse using SA360 to provide preferential treatment to Google

14   search."

15       Do you see that?

16       A.    I do.

17       Q.    Did you agree with her at the time, that Google had a

18   dominant search advertising position?

19       A.    I didn't recall even reading this.

20       Q.    I'll ask you turn to PSX755.  This is an e-mail from

21   Mr. Harrison to Mr. Tinter and Ms. Johnson at Microsoft.  This

22   is the e-mail in which he identifies you as taking the lead on

23   this with Mr. Dischler of Google, correct?

24       A.    Correct.

25       Q.    And Mr. Harrison notes on SA360:  "It sounds like

1  there was some broad agreement to solve this by the end of

2  April," right?

3       **A.**  Yes.

4       **Q.**  If you could turn to PSX480.  This is on April 6th --

5       **A.**  I'm sorry, PSX4...

6       **Q.**  480.

7       **A.**  480, yes.

8       **Q.**  Now, this is three days before Mr. Harrison advises

9  Microsoft that you'll be -- you and Mr. Dischler will be taking

10  the lead.  So leading up to that, you and Mr. Harrison were

11  having discussions about this issue, about the escalation?

12       **A.**  Just how to organize it.

13       **Q.**  And in your Exhibit PSX480, you say:  "For SA360, it

14  would be good to see who Brad" -- Brad is from -- that was

15  Microsoft's general counsel?

16       **A.**  Brad Smith, yes.

17       **Q.**  "selects as the exec to work with Jerry.  The director

18  level on Bing is very aggressive on the parity issue which is

19  why it would be good to lift this up a level or two."

20       Who was that -- who was the director level person?

21       **A.**  I don't remember her name.

22       **Q.**  But you thought they were being very aggressive on

23  parity?

24       **A.**  According to the product team -- being unreasonable.

25       **Q.**  If you could turn to PSX483.  This is an e-mail from

1    Mr. Weinstein at Microsoft to you, correct?

2        **A.**  Correct.

3        **Q.**  And Mr. Weinstein, was he involved in the escalation

4    discussions?

5        **A.**  He is who Jon Tinter assigned to be my counterpart.

6        **Q.**  So he was your counterpart in these --

7        **A.**  Right.

8        **Q.**  -- discussions?  Okay.  And so he states in the second

9    full paragraph:  "Brian and I followed up with the product team

10   who confirmed that the description we shared was correct;

11   namely, we are asking SA360 to support Microsoft autobidding

12   functionality that allows customers to adjust bids to achieve

13   more conversions and/or more clicks as possible based on

14   customer objectives."

15       Do you see that?

16       **A.**  I do.

17       **Q.**  So you understood at this point what the issue was

18   from Microsoft's perspective, right?

19       **A.**  No.

20       **Q.**  And if we go down to --

21       **A.**  I said no.

22       **Q.**  No, I'm sorry.  Well, let's go down to the -- after

23   the four bullet points, Mr. Weinstein notes:  "The support will

24   be comparable to the support SA360 provides to Google ad bid

25   strategies."

1          So did you understand that they were seeking for

2    comparable support, what you did for Google Ads they wanted you

3    to do for Microsoft Ads?

4          A.   In the whole paragraph, as what they're describing, my

5    understanding was there's several different bid strategies

6    embedded in the tool, and we were trying to get them to clarify

7    which one they wanted.  And they said:  "The support will be

8    comparable to the support SA360 provides to Google Ads bid

9    strategies which are separate from the SA360 bid strategies as

10   described in SA360 documentation," and they provided the link

11   to the description of the feature.  "Just as SA360 customers

12   should be able to use Google's ad bid strategies in lieu of the

13   SA bid strategies, they should be able to use Microsoft's

14   autobidding strategies in lieu of the SA360 bid strategies.

15   That meant they want it to be directly to Microsoft using their

16   bid strategies and not SA360 bid strategies."

17         Q.   So let's break that down.  So did you understand at

18   this time period that within SA360, there were bid strategies?

19         A.   There were several bid strategies, yes.

20         Q.   Did you understand within Google Ads there were bid

21   strategies?

22         A.   That wasn't my area to understand.

23         Q.   So you didn't understand whether that was the case.

24   So when they talk about provides Google ad bid strategies --

25         A.   So I understood it that, within SA360, many different

5040

1    bid strategies.  There's one where you could do Google's ad bid

2    strategy, or you can use SA360's bid strategies, or in this

3    case, they wanted it to be Microsoft's bid strategies, but

4    separate from SA360.  So the advertiser has a choice.

5        Q.  So let me go back -- let's go back to the issue of

6    choice.  So you understand that for SA360, they had -- there

7    are bid strategies embedded in SA360?

8        A.  Correct.

9        Q.  Did you understand that an advertiser could utilize

10   the bid strategies in SA360 or the bid strategies in Google

11   Ads?

12       A.  I think that was my understanding, yes.

13       Q.  And did you understand that what Microsoft was asking

14   for was comparable treatment, that an advertiser using SA360

15   could use the bidding strategies in SA360 or the bid strategies

16   in Microsoft Ads?

17       A.  That's not what they pointed to, that's not what they

18   asked for.

19       Q.  So when they say comparable to the support, you didn't

20   read that as they just wanted to be treated the same as an

21   advertiser utilizing SA360 and Google Ads?

22       A.  No.  We understood it to be just as an advertiser in

23   there wanting to use Google Ads bid strategies, they want that

24   advertiser to be able to use Microsoft's bid strategies.  And

25   that's what that support document pointed to.

1        Q.   So you understood that someone -- that an advertiser

2    using SA360, in seeking to use Microsoft bid strategies,

3    wouldn't be permitted to use any SA360 bid strategies?

4        A.   Not unless it was developed into that, and that's not

5    what they were asking for in this ask.

6        Q.   If you could go to PSX1158.  This is an e-mail from

7    you to Mr. Weinstein shortly after his April 22nd e-mail to

8    you.  And you say:  "Thanks for sending the description of the

9    autobidding features you are requesting.  At this time, our

10   product team does not have any further questions on the list."

11       So Microsoft had provided the product team with

12   information at this point?

13       A.   Yes, that example that you just read.

14       Q.   And if you could turn to PSX478, and if you'd turn to

15   page 460.  This is an e-mail from you to Mr. Weinstein and

16   Mr. Utter at Microsoft on April 27th, correct?

17       A.   Are we on 478?

18       Q.   Bates 460.

19       A.   Oh, 460, yes.

20       Q.   And this is where you report to Chris and Brian:  "Per

21   our discussion, below is the list of features Google will

22   build/include in SA360."  And the first one is:  "Autobidding

23   per e-mail of April 22nd," correct?

24       A.   Correct.

25       Q.   Now, at this point, you were not familiar how

1    auction-time bidding actually works, correct?

2        **A.**   Correct.

3        **Q.**   And you didn't understand which features among these

4    were the most important to Microsoft?

5        **A.**   Just by the list that they provided.

6        **Q.**   And autobidding was the top one, right?

7        **A.**   Yes.

8        **Q.**   And by autobidding, did you understand that to refer

9    to auction-time bidding?

10       **A.**   It's per that description that they sent on the e-mail

11   along with the link to the feature they were asking for.

12       **Q.**   If you could turn to PSX750.  This is -- PSX750 is an

13   e-mail you sent Mr. Weinstein and Mr. Utter four days after

14   your -- you send them the list of features.

15       **A.**   I'm sorry, what page are you on on that?

16       **Q.**   I'm sorry, it's PSX750.

17       **A.**   Yeah.

18       **Q.**   And the first page.

19       **A.**   Yeah, thank you.

20       **Q.**   Okay.  I can slow down, I know --

21       **A.**   No, sorry, I was in the wrong section.

22       **Q.**   I know I'm a little bit fast.

23       **A.**   No, that's fine, I'll keep up.

24       **Q.**   An e-mail from you to Mr. Weinstein, and you say, on

25   drafting of the doc:  "I've confirmed that our legal group has

1    started a draft," correct?

2        **A.**  Yes.

3        **Q.**  And this was going to be a draft agreement regarding

4    the features that Microsoft -- I'm sorry, that Google was

5    prepared to develop, correct?

6        **A.**  Correct.

7        **Q.**  If we can go to PSX466.  This is your e-mail on

8    May 7th enclosing the first draft agreement, correct?

9        **A.**  Yes.

10       **Q.**  And if you could then turn to that draft agreement,

11   which is PSX467.

12       **A.**  Yes.

13       **Q.**  And if you look at Bates page 919, there's entitled

14   appendix one - priority features, and autobidding is the first

15   one, correct?

16       **A.**  Correct.

17       **Q.**  And if we turn to the first page of the document,

18   Google proposes a target date for meeting these commitments of

19   August 31, 2022, correct?

20       **A.**  Correct.

21       **Q.**  Roughly over two years, two years and four to five

22   months, right?

23       **A.**  What was the date of this?

24       **Q.**  May 7th.

25       **A.**  Yep, a little over two years.

5044

1    Q.  And as a condition -- one of the conditions Microsoft

2    sets in the third paragraph is that -- under item B, it,

3    referring to Microsoft, quote, will not seek support for

4    additional Microsoft advertising features from Google prior to

5    the target date, correct?

6    A.  Correct.

7    Q.  So Google's position was we'll do these things, but

8    you can't ask for anything else for two years and four months?

9    A.  Well, you can ask, but we can't work them in, because

10   already we were going to have to acquire headcount to build

11   these features.  So we didn't want to slip the timeline here if

12   they keep including additional features.

13   Q.  If you could go to PSX457.  It's entitled SA360 2020H2

14   product prioritization sales and gTech.  It's dated May 8th,

15   2020, and that's one day after the draft agreement you had sent

16   to Mr. Weinstein, correct?

17   A.  According to the date, yes.

18   Q.  And if you'd turn to Bates page 740.  Did anyone on

19   the product team tell you that auction-time bidding for other

20   engines was one of the product prioritization items that a

21   survey had -- from customers had revealed?

22   A.  No.

23   Q.  And specifically auction-time bidding for other

24   engines for Microsoft advertising, did anyone from the product

25   team advise you of that?

1          A.   No.

2          Q.   And if you could turn to the following page, page --

3     I'm sorry, page 748, not the following page.  Did anyone on the

4     product team advise you that the American customer survey key

5     themes included a request for more Bing parity?

6          A.   No, they did not.

7          Q.   So if you could turn to PSX514.  This is an e-mail --

8     this is Mr. Weinstein on May 18th, 2020 sending you back the --

9     Microsoft's markup of your draft, correct?

10         A.   Correct.

11         Q.   And in it, the priority feature -- the first priority

12    feature continues to be autobidding, correct?

13         A.   Correct.

14         Q.   And Microsoft, for that, was proposing a different

15    target date than Google had proposed, correct?

16         A.   That's correct.

17         Q.   If you could turn to PSX757.  This is an e-mail from

18    Mr. Weinstein -- well, sorry, this is an e-mail June 4th from

19    you to Mr. Weinstein.  This is Google's markup of the revised

20    draft that Microsoft had sent you in May, correct?

21         A.   Correct.

22         **MR. CAVANAUGH:**  Your Honor, we'd move to admit PSX757.

23         **MR. SCHMIDTLEIN:**  No objection.

24         **THE COURT:**  It will be admitted.

25         (Exhibit PSX757 admitted into evidence)

1    BY MR. CAVANAUGH:

2        Q.   And if we could turn to PSX759, this is the draft

3    agreement referenced in your June 4th e-mail?

4        A.   Yes.

5        Q.   And are these comments from you?

6        A.   These are red lines, probably submitted from our

7    legal.

8        Q.   And the opening comment is:  "The target date is under

9    ongoing internal review."  So Google was still considering what

10    a target date should be?

11        A.   Yes, knowing that Microsoft wanted an earlier

12    timeframe.

13        Q.   Now, if you could turn to PSX743.  This is a series of

14    e-mails between you -- well, at the back end, there are e-mails

15    between you and Mr. Weinstein, correct?

16        A.   Yes.

17        Q.   Do you see on the last page there's reference to a

18    July 22nd, 2020 meeting.  Was that a meeting with you and

19    Mr. Weinstein?

20        A.   A phone call probably or VC.

21        Q.   And he notes in his e-mail, which follows, on

22    July 22nd:  "Thanks for the time earlier to confirm that I was

23    understanding."  He notes in the second item:  "Google isn't

24    willing to provide the Floodlight conversion data per the final

25    sentence Microsoft added to item one in appendix one.  You said

1    that the data isn't provided to any of the standalone

2    autobidding solutions, even Google's own" -- "Google's search

3    one.  It is, however, provided to the native autobidding

4    solution within SA360."

5         Do you see that?

6         **A.**  I see that.

7         **Q.**  And he then follow ups with an e-mail:  "Following up

8    on our conversation," on Bates 149, "I checked with the team

9    here on the auction-time bidding issue and the Floodlight

10   conversion point.  Let me try to articulate what we've been

11   looking for here as I believe they are related."  And he says

12   at the bottom:  "I believe our engineering team is aware of

13   this implementation, as our team has been discussing with Amit

14   Varia to implement a test last year."

15        Do you see that?

16        **A.**  I do.

17        **Q.**  And you understand that that refers to the test

18   involving Floodlight data that the product team had been

19   discussing with Microsoft going back to October of 2019?

20        **A.**  From the e-mails you showed me.

21        **Q.**  And he then goes on to note in the second bullet

22   point:  "The Bing advertising autobidding solution should have

23   the same access as the Google Ads one."

24        That's referring to his -- Microsoft's desire for

25   comparable treatment, correct?

1        **A.**  I think the disconnect is that they were talking about

2    a lot of different features, and a lot of different autobidding

3    features.  And the ones that they sent us, articulated in

4    writing what they were looking for, did not include Floodlight

5    data.

6        **Q.**  You didn't -- the product team didn't understand that

7    access to the Floodlight data was essential to the integration

8    of Microsoft's auction-time bidding within SA360?

9        **A.**  Not to its standalone auction-time bidding.

10   Floodlight data, in my understanding, is only part of the SA360

11   bid strategies, not Google Ads bid strategies and not Microsoft

12   bid strategies.  That was what I was told from the product

13   team.  Once they put in Floodlight data into their document, we

14   understood there was a disconnect of what they were asking for.

15       **Q.**  Well, Floodlight data had been discussed with the

16   product team --

17       **A.**  Lots of things were discussed with the product team

18   I'm told.

19       **Q.**  And the Google product team, as of November, was

20   prepared to go forward with that initial study, correct?

21       **A.**  According to those initial discussions.  But when we

22   got down to the top priorities, they never brought up

23   Floodlight data in the description that they were seeking for

24   the autobidding.

25       **Q.**  And so if we go to your response, your July 23rd

1    response, you say to -- you say in response to Mr. Weinstein:

2    "Floodlight data is out of scope for the standalone Microsoft

3    bidder we've discussed SA360 supporting," correct?

4        A.    Sorry, I was reading their internal -- where are you,

5    below that?

6        Q.    I'm above that, at the top of 149.

7        A.    I'm sorry, what's your question again?

8        Q.    Sure.  I'm referring to your sentence:  "Floodlight

9    data is out of scope for the standalone Microsoft bidder we've

10   been discussing SA360 supporting."

11       A.    Right.

12       Q.    So Google's position was that the use of Floodlight

13   data would not be permitted within whatever Google was

14   proposing to do in connection with Microsoft auction-time

15   bidding?

16       A.    In the bidding -- autobidding that Microsoft was

17   requesting, Floodlight data is not included in that bid

18   strategy.

19       Q.    And you then go on to say:  "That data is not shared

20   to any standalone bidder, including for Google Ads."  Do you

21   see that?

22       A.    Yes.

23       Q.    And is that information you got from the product team?

24       A.    Yes.

25       Q.    But isn't it true that as of September of 2019, Google

1    Ads had been integrated into SA360?

2        A.   I don't know.

3        Q.   And isn't it also true that an advertiser using SA360

4    and seeking to put an ad through Google Ads could utilize that

5    conversion data, correct?

6        A.   I do not know.

7        Q.   If you could go to PSX516.

8        A.   516?

9        Q.   Yeah, 516.  Mr. Weinstein e-mails you:  "Autobidding

10   has always been part of the discussion.  Google's approach with

11   auction-time bidding is an SA360 capability that delegates

12   autobidding to a separate platform (e.g. Google Ads) and what

13   we are asking for Bing.  And SA360 provides conversions and

14   goals to it.  This has been part of the detailed conversations

15   with the product team at a technical level, so this should not

16   be surprising."

17       Do you see that?

18       A.   I do.

19       Q.   And when he talks about discussions with the product

20   team, that goes all the way back to the discussions in the fall

21   of 2019 about the initial Floodlight conversion data test,

22   correct?

23       A.   What I've been told is they meet with Microsoft

24   regularly for years, they talk about many things, many

25   different autobidding -- in fact, that's what I told him in my

1    reply.

2        Q.   All right.  You go on to say the first time you raised

3    Floodlight was in your July 22nd note where you refer to a

4    totally different feature:  "We provide an integration of the

5    Google Ads bidder within SA360 bid strategy."

6        But, in fact, the subject of Floodlight conversion went

7    back to 2019, did it not?

8        A.   It went back to 2019 most likely, but that was part of

9    the SA360 bid strategies, which is not what they asked for.

10   They asked for something in lieu of and separate from SA360.

11   They wanted it directly to the Microsoft bid strategy, and

12   that's where the disconnect was.  Floodlight data is in the

13   SA360 bid strategies, they didn't want that.

14       Q.   Well, why wouldn't they want an advertiser to have the

15   ability to utilize both SA360 bid strategies and Microsoft Ads

16   bid strategies?

17       A.   They should have asked for both then, they did not.

18       Q.   No, but could you answer my question:  Why wouldn't

19   they want both?  That's what Google Ads had, right?

20       A.   My understanding is Google Ads standalone bid strategy

21   does not include Floodlight data, only through SA360 bid

22   strategies is it included.  That's what I was told from

23   product.

24       Q.   And did you understand that that was a function of the

25   integration of Google Ads into SA360?

1      A.   Into SA360 bid strategies, not just into SA360.

2      Q.   And it was the -- would you agree with me that an

3 advertiser using SA360 had the ability to use SA360 bid

4 strategies and Google Ads bid strategies?

5      A.   Yes.

6      Q.   Would you agree with me that an advertiser using SA360

7 seeking to place an ad on Google had the ability to use the

8 Floodlight conversion data that was in SA360?

9      A.   I was told only if they used the SA360 bid strategies,

10 not using Google Ads bid strategies within SA360.

11      Q.   Because, as I think you just said, an advertiser had

12 the ability, when going through Google Ads and SA360, to use

13 both the SA360 bid strategies and the Google Ads bid

14 strategies; they could use both, right?

15      A.   They could.

16      Q.   And you didn't think Microsoft was asking for the

17 exact same thing, the ability to use the SA360 bid strategies

18 and the ability to use the Microsoft Ads bid strategies?

19      A.   They said separate and in lieu of, they excluded it.

20      Q.   Can you --

21      THE COURT:   I'm sorry, when you say excluded it, what do

22 you mean?

23      THE WITNESS:   In their description of it, they said that

24 they wanted the Microsoft bid strategies used separate and

25 distinct from and in lieu of SA360 bid strategies.  So that's

1    how we understood that they wanted it separate, they didn't

2    want both.

3    **BY MR. CAVANAUGH:**

4        **Q.**   And when they used that language in lieu of, they used

5    that exact same language when they were referring to SA360 and

6    Google Ads, right?

7        **A.**   I don't believe they used the same language, no.

8        **Q.**   If you could go to PSX517.

9        **THE COURT:**   I'm sorry, just to be clear about something.

10   So your understanding that they wanted Microsoft bid strategies

11   in lieu of SA360 bid strategies meant that they did not want

12   SA360's auction-time bidding feature?

13       **THE WITNESS:**   Yes.

14       **THE COURT:**   Okay.

15       **THE WITNESS:**   They didn't want to be part of that.

16       **THE COURT:**   I'm sorry?

17       **THE WITNESS:**   They did not want to be part of the SA360

18   bid strategies.

19   **BY MR. CAVANAUGH:**

20       **Q.**   If you could turn to PSX517.  If you could -- this is

21   an e-mail from you on August 25th, 2020 including -- enclosing

22   another draft, correct?

23       **A.**   Correct.

24       **Q.**   And if we could look at PSX518.

25       **A.**   Yes.

1      **Q.** And in your markup of a draft agreement, you've struck

2   the word autobidding from item one.  If we go to appendix one,

3   please, you've struck autobidding, correct?

4      **A.** Correct.

5      **Q.** And you say that was pursuant to your note on

6   July 23rd that we were just looking at?

7      **A.** I see the note here, yes.

8      **Q.** And you also struck language that:  "SA360 will enable

9   advertisers to share Floodlight conversions for every campaign

10  with Microsoft advertising," correct?

11     **A.** Correct.

12     **Q.** And that, again, was -- you viewed that as that was

13  going to have to be another negotiation with Microsoft,

14  correct?

15     **A.** We had a discussion with Microsoft about building that

16  bid strategies with them, because it's not something we could

17  build unilaterally to satisfy this settlement.  But it's a

18  co-development, and we said we would work in good faith to

19  discuss the specs and parameters and timeline for that.

20     **Q.** But it would be a whole new timeline?

21     **A.** Yes, we'd have to agree to a timeline, because they

22  would have to help develop it as well.

23     **Q.** Could you just go back to 483, please.  We were just

24  discussing the in lieu of language which you cited a moment

25  ago.  I made the point that the in lieu of was also referring

1    to Google Ads bid strategies.  Let's look at the language:

2    "Just as SA360 customers should be able to use Google Ads bid

3    strategies in lieu of the SA360 bid strategies, they should be

4    able to use Microsoft autobidding strategies in lieu of the

5    SA360 bid strategies."

6        Do you see that?

7        **A.**   Uh-huh.

8        **Q.**   And I think you agreed with me a moment ago that an

9    advertiser using SA360 and seeking to put an ad on Google could

10   use both the Google Ads bid strategies and the SA360 bid

11   strategies, correct?

12       **A.**   Correct.

13       **Q.**   So they could use the Google Ads bid strategies in

14   lieu of the SA360 bid strategies, but the SA360 bid strategies

15   weren't excluded --

16       **A.**   Well --

17       **Q.**   -- correct?

18       **A.**   -- the last paragraph where they point to the actual

19   support of the actual feature does not call out SA360 bid

20   strategies.

21       **Q.**   But in terms of --

22       **A.**   And it says:  "The support will be comparable support

23   to SA360 provided to Google Ads bid strategies which are

24   separate from the SA360 bid strategies as described in the

25   SA360 documentation," and they linked.

1      Q.   Yes, they refer to --

2      A.   So we understood that they just wanted that.

3      Q.   They wanted them to be comparable, right?

4      A.   Well, they weren't clear, and we didn't get clarity

5   for three or four months.

6      Q.   But when they used the term in lieu of, they used it

7   twice, correct?

8      A.   But not in the description.

9      Q.   Well, you -- a moment ago you relied on their use of

10   the language in lieu of.  But you see they use in lieu of both

11   when they're referring to Google Ads, and when they were

12   referring to Microsoft autobidding strategies, correct?

13      A.   Interpretation issues.

14      Q.   So let's go back -- we just looked at the August 25th

15   draft.  Let's look at the September 17th draft at PSX522.

16      THE COURT:   Can I ask you a question before you do that?

17      MR. CAVANAUGH:   Sure.

18      THE COURT:   It's a little unusual to ask this, but we've

19   heard testimony that the product team didn't seem to be

20   confused about what Microsoft was asking, and the testimony

21   ultimately was that there was just a resource issue.

22      So why did the product team have a clearer understanding

23   of what Microsoft was seeking than perhaps what you and others

24   did?

25      THE WITNESS:   Product didn't tell me they were clear on

1    what they were seeking.  I don't know if you've talked to our

2    product team.  But they were trying to get clarity, because

3    they've talked to Microsoft about a lot of different

4    autobidding options and features, and they really wanted them

5    to decide which one they were asking for.  And that's when they

6    finally got clarity, and they said, okay, we'll put in

7    headcount to build all these.  And it wasn't until months later

8    when the Floodlight data came into the definition that they

9    said oh, wait a minute, then they're asking for something

10   different.

11       And we got the product team on a call to confirm that they

12   were asking for something different.  We don't know if it was

13   to build that instead of the one we had on the list or to add

14   another feature to the list, but we said we would work with

15   them in good faith.  But it wasn't something we could

16   unilaterally build, we needed to do co-development for that.

17       **THE COURT:**  Okay, thank you.

18   **BY MR. CAVANAUGH:**

19       **Q.**  If you could turn to PSX522.

20       **A.**  522?

21       **Q.**  Yes.  Actually, why don't you turn to 521 first, I

22   apologize.

23       **A.**  Yes.

24       **Q.**  This is an e-mail from you to Chris Weinstein setting

25   forth Google's position where you state:  "Advertising

1    auction-time bidding into SA360 bid strategies is distinct from

2    the request we've been discussing since April for SA360 to

3    build support for Microsoft's bidder, quote, separate from and

4    in lieu of SA360 bid strategies," correct?

5        A.   Correct.

6        Q.   You say:  "Given this is not a feature SA360 can

7    deliver unilaterally, it is not suitable for Google to

8    unilaterally commit to building such an integration in an

9    agreement of this structure.  However, we think there is a path

10   forward."

11       And what you're talking about then is another round of

12   negotiations, correct?

13       A.   Around how to develop and build this feature, yes,

14   with them.

15       Q.   And if you could turn to PSX522.  You attach a draft,

16   and this is that draft.  And you've introduced the word

17   Microsoft advertising standalone autobidding, right?

18       A.   I'm sorry, where -- oh, is that --

19       Q.   Yeah, at appendix one, I'm sorry.

20       A.   Yes.

21       Q.   Correct, you've added the word standalone?

22       A.   Yes.

23       Q.   And you continued to strike the sentence regarding

24   Floodlight conversion data?

25       A.   Correct.

1      **Q.**  At this point, Microsoft ended the executive

2   escalation, correct?

3      **A.**  Correct.

4      **Q.**  If you'd go to PSX337.  This is an e-mail from

5   Mr. Harrison to various Google leads.  And would you have

6   received this?

7      **A.**  No.

8      **Q.**  If you look at the second page, they note:  "Microsoft

9   has informed us that the executive escalation and dispute

10   resolution process under the settlement agreement has now been

11   exhausted on the SA360 issue," correct?

12      **A.**  Correct.

13      **Q.**  And you learned about this at that time, at or around

14   this time?

15      **A.**  Yes.

16      **Q.**  And then if we could turn to PSX572.  Have you had any

17   further involvement on SA360 --

18      **A.**  No.

19      **Q.**  -- since the escalation ended?

20      **A.**  No.

21      **Q.**  If you'd go to 572, there was a reference on 749, the

22   last bullet point towards the top:  "Begin alpha testing for

23   Microsoft Ads auction-time bidding.  This is an initial effort

24   to understand more deeply how we might integrate with Microsoft

25   auction-time bidding."

1      You've had no involvement in that process?

2      **A.**  No.

3      **Q.**  All right.  And this was more than a year after the

4    escalation process had ended, correct?

5      **A.**  I guess so.

6      **Q.**  And roughly 11 months after the states had initiated

7    this litigation?

8      **A.**  I don't know the timing of it.

9      **MR. CAVANAUGH:**  Your Honor, I'm told I didn't move to

10   admit 743.

11     **MR. SCHMIDTLEIN:**  Your Honor, 743 is a Microsoft-produced

12   document.  Mr. Cavanaugh reviewed with the witness an excerpt

13   of the document that involved an e-mail exchange between

14   Ms. Braddi and a Microsoft employee that is on pages 3148

15   through 3150.  The portion above that e-mail that Ms. Braddi is

16   on at the bottom of page 3148, above that it forks off into an

17   internal Microsoft e-mail communication.  And so we would

18   object to the admission of that portion above the line, because

19   that's hearsay.  Those are out-of-court Microsoft statements.

20   But for purposes of the examination with the witness that

21   involved e-mail that she was on, we have no objection to that.

22     **MR. CAVANAUGH:**  Your Honor, we have a business record

23   declaration from Microsoft.

24     **MR. SCHMIDTLEIN:**  They haven't used it with this witness.

25   So I can confer with my colleagues, but I don't know why

1    they're offering it for purposes of today with this witness, if

2    they don't have -- if they haven't used it with her.

3        MR. CAVANAUGH:  Your Honor, hundreds of documents have

4    been admitted --

5        THE COURT:  Hang on.  If there is a business records

6    declaration with respect to the entirety of e-mail from

7    Microsoft, why is not the document admissible in its entirety

8    regardless of what they've used with her or not?  It's

9    certainly true that she wouldn't be able to comment on the

10   internal Microsoft discussions, but it's not clear to me why,

11   if the entirety of it is considered a business record -- a

12   Microsoft business record, that those portions would not come

13   in as well.

14       MR. SCHMIDTLEIN:  Well, again, there's embedded hearsay in

15   here.  Purportedly the statements from customers, that's

16   included in this, so yeah, we're going to maintain our

17   objection.

18       THE COURT:  Well, I'll admit it in its entirety as a

19   business record, including the dialogue among Microsoft

20   executives about the subject matter.  If there is embedded

21   hearsay information from third parties, that's still a subject

22   of further discussion from all sides.

23       (Exhibit PSX743 admitted into evidence)

24       MR. CAVANAUGH:  Thank you, Your Honor.  Nothing further,

25   pass the witness.

1    **THE COURT:**  Thank you.  So Mr. Schmidtlein.

2    **CROSS-EXAMINATION OF JOAN BRADDI**

3    BY MR. SCHMIDTLEIN:

4    **Q.**  Good afternoon, Ms. Braddi.

5    **A.**  Good afternoon.

6    **Q.**  During the time that you were involved in the

7    escalation involving SA360, did Google ever tell Microsoft

8    definitively it would absolutely under no circumstances build

9    these versions of auction-time bidding that Microsoft variously

10    requested?

11    **A.**  No.

12    **Q.**  And I believe you testified about that you sort of

13    stepped out of this after the escalation process sort of

14    concluded, and you've not been involved in SA360 since the

15    launch of project Amalgam; is that correct?

16    **A.**  Correct.

17    **Q.**  And you've not been involved in any further

18    conversations involving additional work that Google has done to

19    try to build out the version, sort of the newer version of the

20    product that you were informed about by Microsoft at sort of

21    the end of the back and forth; is that correct?

22    **A.**  That's correct.

23    **Q.**  Now, you were asked some questions -- if you've got

24    the binder that Mr. Severt gave you earlier today, the white

25    one, I just want to go over a few documents with you there.

1      A.   Okay.

2      Q.   If you will turn to PX911.  Just let me know when

3  you've got that in front of you.

4      A.   Yes, I have it.

5      Q.   Now, this is an e-mail exchange that you sort of get

6  brought into by a gentleman named Paul Shaw; is that right?

7      A.   That's correct.

8      Q.   And who is Mr. Shaw?

9      A.   You know, I don't recall.

10     Q.   Okay.  And do you remember, below you get plussed in

11  by Tim Palmer?

12     A.   Yes.

13     Q.   Do you recall who Mr. Palmer was?

14     A.   Yes.

15     Q.   Who was Mr. Palmer?

16     A.   He's in BD for product partnerships.

17     Q.   And the re: line here at the top, the forward subject

18  line, is interoperability regulatory strategy, okay.  Do you

19  recall whether the subject of this e-mail was regulatory

20  proceedings and issues that were going on in Europe?

21     A.   You know, I'm not certain.

22     Q.   The reference to forcing a choice screen on Apple

23  that's referenced there, was that something that was being

24  discussed in regulatory circles in Europe at the time?

25     A.   It might have been, yes.

1      Q.   Do you recall that in -- whether or not in September

2  of 2019 Apple was asking Google for a choice screen?

3      A.   No.

4      Q.   If you'll turn to UPX679.  Now, this was an e-mail

5  exchange from 2013; is that right?

6      A.   Yes.

7      Q.   And I believe Mr. Severt made a reference to the

8  attorney-client privilege label that you -- that is referenced

9  in this document.  Who was Claudia Walsh?

10     A.   She was an attorney working on the Apple agreement.

11     Q.   And if you'll look at the blue language there under

12  the number two in the e-mail that has the commercial agreement

13  key issues, halfway down the page?

14     A.   Yes.

15     Q.   And the blue that you say starts with:  "iOS 7 - NYC

16  removed Google name brand from the search bar, now called Smart

17  Search."  Can you describe what the concern you were raising

18  there was?

19     A.   In iOS 7, they made some UI changes that, unbeknownst

20  to them, reduced the -- created user confusion.  So besides

21  removing branding of the search engine the user had chosen,

22  they shrunk the box where you type in the query, and they

23  grayed it so users -- usually graying out means you don't

24  input.  So we saw a dramatic drop in usage, and we told them

25  about their UI changes, and they asked us for some

1    recommendations to fix it.

2        **Q.**  And you were asked --

3        **THE COURT:**  I'm sorry, you said UR?

4        **THE WITNESS:**  UI.

5        **THE COURT:**  UI, okay.  UI I understand, UR I hadn't heard.

6        **THE WITNESS:**  Sorry, sorry.

7        **THE COURT:**  No, it's okay.

8    **BY MR. SCHMIDTLEIN:**

9        **Q.**  We're not going to introduce any new ones this late in

10   the day, Your Honor.

11       And if you will -- do you recall whether at this point in

12   time Apple was raising the issue of a choice screen with

13   Google?

14       **A.**  They never raised it.

15       **Q.**  And during any of the times that you've had

16   conversations with Apple, has Apple ever indicated to you that

17   they believed another search engine was higher quality than

18   Google?

19       **A.**  Not to me.

20       **Q.**  Now let's take a look at UPX137.  Now, you were

21   shown -- this is one of a series of exhibits you were shown

22   regarding some back and forth with Google in 2007, right?

23       **A.**  Yes.

24       **Q.**  And the issue in 2007 -- was the issue in 2007

25   Microsoft -- strike that.

1          Was the issue in 2007 that was being discussed the launch

2     of a new version of Safari for Windows?

3          A.   I think that was the biggest negotiating piece, yes.

4          Q.   And was Google broadly supportive of the notion of

5     having another competing browser available on Windows?

6          A.   I think so.

7          Q.   Okay.  And why was that?

8          A.   Well, they wanted alternatives to Internet Explorer.

9          Q.   And Internet Explorer was Microsoft's browser?

10         A.   Yes.

11         Q.   And prior to coming to work at Google, where did you

12    work?

13         A.   I worked at Netscape.

14         Q.   And what was Netscape's most famous product?

15         A.   Netscape Navigator, their browser.

16         Q.   That was the browser?

17         A.   Yes.

18         Q.   And Netscape Navigator had a bit of a famous history

19    with Microsoft and Internet Explorer; is that fair?

20         A.   That's fair.

21         Q.   If you'd turn to the second page of UPX137, the

22    reference there to Apple IE browser.  What does that refer to?

23         A.   I read that as the Apple Windows browser.

24         Q.   And so this issue, the question you were asked about

25    users being given a choice as to the default search engine in

1    this time period in 2007, did this involve this version of

2    Safari for Windows only or did it also involve versions of

3    Safari that were coming pre-loaded on Apple devices?

4        A.  I understood it only with regards to Windows.

5        Q.  And did Apple decide eventually whether or not it

6    wanted to do a separate version or a different default

7    selection process for Safari for Windows?

8        A.  I don't know what they did internally, no.

9        Q.  Did they eventually launch a version with Google as

10    the default?

11        A.  Yes.

12        Q.  And do you recall -- so this is 2007.  Do you recall,

13    was Safari on Windows a successful product?

14        A.  I don't believe so, no.

15        Q.  And do you recall roughly when the Safari for Windows

16    browser was no longer supported by Apple?

17        A.  I think it was around 2011-2012.  It didn't last very

18    long.

19        Q.  It's been out of the market for over a decade; is that

20    fair?

21        A.  Yes.

22        Q.  If you will --

23        THE COURT:  Mr. Schmidtlein, if I can ask one clarifying

24    question.  So what would have been -- I think I know the

25    answer, but what would have been the method -- if I was a

1    Windows user in 2007, what would have been the method by which

2    I would have been able to acquire Safari as a browser, if I

3    wanted to do that?

4        THE WITNESS:  You'd probably have to go to the Safari

5    site -- the Apple site and download Safari for Windows, just

6    like you would do for Chrome.

7    BY MR. SCHMIDTLEIN:

8        Q.  If you'll turn --

9        THE COURT:  Sorry, one more question.  Do you have an

10   understanding of why Safari for Windows was not successful?

11       THE WITNESS:  I have an opinion.

12       THE COURT:  I mean, I know it's not your product, but I'm

13   just curious.

14       THE WITNESS:  I have an opinion, and it's similar to

15   Apple's opinion on why some of their services aren't popular on

16   other platforms.  It's probably because Windows users are

17   really into Windows.  I don't know how much they optimized

18   their product for Windows, so on and so forth -- or how much

19   effort they put into it.

20       THE COURT:  Okay, thank you.

21   BY MR. SCHMIDTLEIN:

22       Q.   If you will turn to UPX605.  And if you'll look at I

23   guess the page that is numbered -- you were asked some

24   questions about I think pages 269 and 270.  And, again, this is

25   in the 2009 timeframe.  Do you recall around 2009 there was

1    another ongoing conversation about a renewal of -- it looks

2    like here, the Safari desktop search?

3         A.   Uh-huh.

4         Q.   And can you explain to the Court what the significance

5    of the reference to desktop search there is?

6         A.   Because it contained both Microsoft and -- Windows and

7    Mac.

8         Q.   And at this point in time, did Google have sort of

9    separate terms for its deal with iPhone and iPad?

10        A.   Yes.

11        Q.   And if you -- again, focusing on this page, you were

12   asked some questions about a new Apple ask about having the

13   option, but not the obligation, to set Google as the default

14   search provider; and an Apple ask for revenue share, even if

15   Google is not set as the default search provider.

16        If you'll look at the page that is numbered 270, and

17   there's a bullet there under rationale at the top.  Do you see

18   that?

19        A.   Yes.

20        Q.   And it says:  "Apple's terms attempt to impose a tax

21   on all Google.com revenue through Safari and their devices."

22        Do you see that?

23        A.   I do.

24        Q.   And can you explain what that means?

25        A.   Well, it seems that no matter how a user gets to

1    Google on their platform, they wanted Google to pay --

2        **Q.**  And --

3        **A.**  -- without them having any obligation to do anything.

4        **Q.**  And did Google feel -- has Google always felt

5    strongly, sort of regardless of the platform, that it wanted to

6    avoid entering into agreements that essentially allowed the

7    partner to impose a tax on any Google traffic on the platform?

8        **A.**  Yes.

9        **Q.**  And was that one of the motivations for why Google

10   refused to go along with a deal that would involve paying a rev

11   share, but no obligation to be set as the default?

12       **A.**  Correct.

13       **Q.**  Can you take a look at UPX570.  This is a fast forward

14   to -- a couple more years to November of 2012.  And I believe

15   you testified --

16       **THE COURT:**  I'm sorry, what was the exhibit again?

17   **BY MR. SCHMIDTLEIN:**

18       **Q.**  570.  And I believe you testified that this was sort

19   of -- when it talks about a draft heads of agreement, Google

20   and Apple, that this was sort of in the early stages of what

21   eventually turned into the joint cooperation agreement?

22       **A.**  Yes, it was like a 17-month negotiation.

23       **Q.**  Was there something unique about that agreement as

24   opposed to other versions of agreements between Google and

25   Apple that touched on the Safari agreement?

1     A.  Yes.

2     Q.  And what was sort of unique -- what else was going on

3  here as part of these discussions?

4     A.  There was a lot of pieces going into that that were

5  separate from search.

6     Q.  Okay.  And was one involving intellectual property?

7     A.  Yes.

8     Q.  And, again, I know this isn't sort of necessarily your

9  area of expertise, but can you just explain to the Court a

10  little bit about what intellectual property issues were -- and

11  tensions were going on between Google and Apple at this time?

12     A.  I think it was related to getting some patent piece

13  across product lines, operating systems.

14     Q.  Did you have an understanding as to whether Apple had

15  been taking positions about IP infringements with respect to

16  Android devices?

17     A.  I don't have any knowledge.

18     Q.  You don't remember the details at the time?

19     A.  I do not.

20     Q.  But one of the things that was being discussed during

21  this time period was trying to resolve some of these patent

22  issues?

23     A.  Right, yes.

24     Q.  So if you look at -- turn to the second page of this

25  document, the first issue there also makes reference to Maps.

1    Was that another point of contention or an issue that the

2    parties were trying to negotiate?

3    **A.**  I think that was a new request from them.

4    **Q.**  And then if you'd turn to page 723, number two is

5    intellectual property, and that's what we were just talking

6    about, right?

7    **A.**  Right.

8    **Q.**  And then number three involves search, and you were

9    asked some questions about search.  And, again, is this an

10    example of an early deal request where Apple is asking for

11    basically all the upside and no obligation?

12    **A.**  Yes.

13    **Q.**  And was that type of all the upside, kind of no

14    obligation type of thing, is that a frequent negotiating first

15    move?

16    **A.**  Yes.

17    **Q.**  And once Google came back and -- I take it, did Google

18    respond by saying:  We're not going to agree to this construct?

19    **A.**  Yes.

20    **Q.**  Did Apple kick and scream or fight about --

21    **A.**  No.

22    **Q.**  -- this issue?

23    **A.**  No.

24    **Q.**  The other thing I guess I'll point to your

25    attention -- and I'll caution you because it's in a red box,

1    but there is reference to a term here at the bottom.  And this

2    was a term that Apple was proposing?

3        **A.**   Yes.

4        **Q.**   And, again, without sort of calling out the specific

5    number, fair to say that's a very long term deal?

6        **A.**   Very long term.

7        **Q.**   And did Google have a view as to the preferred length

8    of term that it wanted with -- for a search deal?

9        **A.**   Much shorter.

10       **Q.**   And after Google went back and pushed back on this, I

11   take it the parties negotiated for many, many months, and that

12   eventually ended with the 2014 joint cooperation agreement --

13   which I believe you were asked some questions about at the

14   beginning; is that correct?

15       **A.**   That's correct.

16       **Q.**   And as part of that agreement, Apple agreed to make

17   Google the default search engine in various geographies,

18   correct?

19       **A.**   Correct.

20       **Q.**   And Apple also got a carve-out for certain foreign

21   countries, correct?

22       **A.**   Correct.

23       **Q.**   And during the time that you negotiated with Apple,

24   did Apple ever ask for a carve-out for the United States?

25       **A.**   No.

1      **Q.** Now, if you'll look at the very back of the binder --

2 which is the demonstrative, UPXD007.

3      **THE COURT:** Mr. Schmidtlein, are you going to move to a

4 new area, a new topic?

5      **MR. SCHMIDTLEIN:** I'm hoping actually to finish with her

6 in like five or 10 minutes. If it's possible for us to finish

7 this witness today, we'd obviously be very grateful to do that.

8      **THE COURT:** Well, let me just make sure our court

9 reporter's okay and JC's all right. Okay.

10 **BY MR. SCHMIDTLEIN:**

11      **Q.** I appreciate it, thank you. This last exhibit in your

12 binder, I believe you testified that the top result -- the Nike

13 result there was a top hit?

14      **A.** It looks like their top hit, yeah.

15      **Q.** And you were asked some questions earlier today about

16 some language that Google had proposed in the 2016 agreement

17 about permissible default software use?

18      **A.** Permissible software.

19      **Q.** Permissible software use.

20      **A.** Something like that, I can never remember.

21      **Q.** Is this implementation what Google was concerned

22 about?

23      **A.** No.

24      **Q.** Did Google have any problem with the implementation in

25 UPXD007?

1       **A.**  No.

2       **Q.**  Is this -- is there anything in any of Google's

3 agreements historically that would prevent Apple from doing

4 this on -- this type of implementation on any query it wanted?

5       **A.**  No, they could do it.

6       **Q.**  And then if you'll take a quick look at UPX2010.  Your

7 Honor, I've handed up what is marked as JX33.  This has been

8 admitted into evidence, and this is the 2016 Google-Safari

9 agreement.  And Ms. Braddi, I just want to, again, sort of try

10 to work through this.  The document is obviously highly

11 confidential.

12    Is it fair to say that many of the provisions here are

13 still operative today?

14       **A.**  Yes.

15       **Q.**  If you will look at the very -- under use and

16 implementation of Google services in Apple software.  And

17 you'll see during that -- in that first opening paragraph

18 there, under Safari web browser software, there's a sentence --

19 I think the last sentence of that paragraph begins:  "During

20 the term," and it talks about Apple's use of the services as a

21 default, and this will remain substantially similar to its use.

22 Do you see that?

23       **A.**  Uh-huh.

24       **Q.**  And is this the -- and it goes down and it talks

25 about -- it defines it as permissible software default use?

1      **A.**   Correct.

2      **Q.**   And this is one of the provisions that you were

3      testifying about earlier, you were getting questions from

4      Mr. Severt about whether certain triggering rates were sort of

5      violating this?

6      **A.**   Right.

7      **Q.**   And you were shown some deposition testimony where you

8      testified that you believed this provision had some sort of

9      triggering rate limitation.  Reviewing this here again, do you

10     believe you got your testimony wrong in your deposition?

11     **A.**   Yes, I did.

12     **Q.**   Is there any reference to triggering rates --

13     **A.**   No.

14     **Q.**   -- in this agreement?

15     **A.**   No.

16     **Q.**   And if you look at the next paragraph, it says:

17     "Subject to the permissible software default use, Apple shall

18     not be limited in its ability to alter, modify and innovate its

19     browser software."

20     **A.**   Correct.

21     **Q.**   And is that provision still applicable today?

22     **A.**   Yes.

23     **Q.**   And if you go down to the definition of search query,

24     do you see that?

25     **A.**   Yes.

1      Q.   And there is -- starting at the third line from the

2    bottom, there's a provision there that says "provided,

3    however."  Do you see that?

4      A.   Yes.

5      Q.   And I'm not going to read this out word for word, but

6    does this provision give Apple the ability to answer any query,

7    divert any query to itself to provide its own search result so

8    long as Apple believes it provides a superior user experience?

9      A.   Correct.

10     Q.   Ms. Braddi, I've handed you what is marked as DX2020.

11   This is an e-mail exchange that occurred in 2013, and it

12   eventually -- you're included or it gets forwarded up to you.

13   But there's an e-mail from Mr. Arora.  Who is Nikesh Arora?

14     A.   He was head of sales, who I reported to.

15     Q.   And am I correct here on the first page that he's

16   having an e-mail back and forth with Bruce Sewell at Apple?

17     A.   Yes.

18     Q.   And Mr. Sewell was involved in negotiations from time

19   to time in the -- of the Safari agreement?

20     A.   Yeah, this is regarding the JCA I believe.

21     Q.   Okay.  And going back as early as 2013, had Google

22   become aware that Apple was diverting queries to itself to

23   answer those queries?

24     A.   I don't know if that was a concern for us.

25     Q.   Well, look at Mr. Arora's e-mail.  He says:  "Bruce,

1    I've read through this.  I'm not a lawyer so I'll let the team

2    read through this.  The part which is unclear to me is how this

3    addresses our fear that you send search queries to an

4    alternative solution like Amazon or Yelp."

5         Do you see that?

6         **A.**   Yes.

7         **Q.**   And can you explain what Mr. Arora's referring to?

8         **A.**   And do a revenue share deal with them.  It's the

9    economics of selling off the traffic to other bidders and

10   leaving the default with nothing left.

11        **Q.**   Is this concern that Mr. Arora is articulating here

12   the same concern that motivated Google's inclusion of the

13   permissible software default use language in the 2016

14   agreement?

15        **A.**   Yes, it is.

16        **Q.**   Was the purpose of the permissible software default

17   use language in the 2016 agreement designed to block Apple from

18   diverting queries to itself so that it could answer those

19   queries?

20        **A.**   No, absolutely not.

21        **Q.**   Just lastly, Ms. Braddi, if you'll look at UPX2014.

22   This was the e-mail exchange that you discussed with Mr. Severt

23   about diversion analyses that were being done in advance of a

24   CEO check-in meeting; is that right?

25        **A.**   That's right.

1    **Q.**  Has Google ever raised Apple's -- this diversion of

2    queries to Apple at any of the CEO check-in meetings, to your

3    knowledge?

4    **A.**  No.

5    **Q.**  Has Google ever written to Apple and said to Apple

6    that they're in violation of the agreement because of the

7    manner in which they are diverting queries and answering them

8    themselves?

9    **A.**  No.

10   **MR. SCHMIDTLEIN:**  No further questions, Your Honor.

11   **THE COURT:**  Mr. Severt.

12   **MR. SCHMIDTLEIN:**  I forgot, we'd like to move into

13   evidence DX2020.

14   **THE COURT:**  Any objection?

15   **MR. SEVERT:**  No objection.

16   **THE COURT:**  2020 will be admitted.

17   (Exhibit DX2020 admitted into evidence)

18   **REDIRECT EXAMINATION OF JOAN BRADDI**

19   **BY MR. SEVERT:**

20   **Q.**  Ms. Braddi, just a little follow up.  You talked to

21   Mr. Schmidtlein about Safari for Windows in 2007.  Do you

22   recall that?

23   **A.**  I recall it, yes.

24   **Q.**  And I think you talked about how that product

25   eventually wasn't successful, it was only around for five or

1    six years; is that right?

2         A.   That's correct.

3         Q.   But you didn't know in 2007 that Safari for Windows

4    wouldn't be successful; is that right?

5         A.   That's correct, that's why we asked for a short term

6    to do a test.

7         Q.   And then I want to go to JX33.  Do you still have that

8    in front of you?

9         A.   I'm sorry, what's the number?

10        Q.   JX33.  It's the 2016 ISA Mr. Schmidtlein handed you,

11   it should be a loose piece of paper.  And I wanted to go to the

12   portion that he pointed you to.  It's the paragraph we are in

13   JX33, 1A, the paragraph that begins:  "Subject to the

14   permissible software default."  Do you see that?

15        A.   Yes.

16        Q.   And that provision says that -- I'll do my best.  That

17   provision identifies -- says Apple should not be limited in

18   certain ways.  Do you see that?

19        A.   Uh-huh.

20        Q.   But before we get to that, it starts:  "Subject to the

21   permissible software use," right?  That's the first part of the

22   sentence, right?

23        A.   Correct.

24        Q.   So the rest of the sentence is subject to the first

25   part, correct?

1          **A.**  Correct.

2          **Q.**  Now, permissible software default use is in bold in

3     the paragraph above, correct?

4          **A.**  Correct.

5          **Q.**  And that is where the substantially similar clause is

6     used, correct?

7          **A.**  Correct.

8          **Q.**  And as we saw, the substantially similar clause is

9     what was connected to the suggestions product, correct?

10          **A.**  No, not entirely.

11          **MR. SEVERT:**  No further questions.

12          **THE COURT:**  Mr. Cavanaugh?

13          **MR. CAVANAUGH:**  No questions, Your Honor.

14          **THE COURT:**  Ms. Braddi, thank you very much for your time

15     and your testimony.

16          **THE WITNESS:**  Thank you.

17          **THE COURT:**  Safe travels home.  You can step down.

18          Counsel, anything to discuss before we adjourn for the

19     evening?

20          **MR. GOWER:**  We have two matters, Your Honor.

21          **THE COURT:**  Okay.

22          **MR. GOWER:**  Cameron Gower for the United States.  The

23     first is about designations.  We would like to push in most of

24     the designations for the witnesses for depo designations that

25     we'd like to offer, and we plan on doing that for Thursday --

1    on Thursday.  And we had a plan for how to do that, but wanted

2    to propose it to you now to make sure that it aligned with your

3    expectations so we could change it if you'd like us to do it a

4    different way.

5        THE COURT:  Okay.  So maybe I -- just to be clear, you're

6    talking about the formal moving in of deposition designations?

7        MR. GOWER:  Yes, Your Honor.  So we have the transcripts

8    from the witnesses that we'd like to submit designations for,

9    and we plan to submit them with three different colors of

10   designations, one for each of the three parties here.  And we

11   plan to do that electronically on the assumption that you don't

12   want all these in binders.  And we'll have the objections and

13   the responses to the objections in a separate document, and you

14   wouldn't need to rule on those unless it became relevant in the

15   end.

16       THE COURT:  Okay.  I'm sorry to interrupt you -- or to

17   follow up, are you only putting into the record the

18   transcripts?  I assume these were all videoed as well.  Is

19   there any intention to put in the video of the depositions?

20       MR. GOWER:  These were done by video as well.  I think our

21   plan was to do the transcripts, but I believe we could get the

22   videos to you, if you'd prefer.

23       THE COURT:  Look, I'm happy to have the video.  It's

24   potentially useful, it seems to me, to have the video, so I

25   think I'd like to have the video.  That may create some

1    additional chaos, especially splicing up a video.  I don't know

2    how easy that is with a deposition.

3        MR. GOWER:  Right, yes, we can get that for you, and we

4    can get the transcript to match up even with the video.  And

5    this covers all but a few witnesses that we have where we're

6    still negotiating with Google.  So Thursday, there will be just

7    a few left over, and I wanted to flag that.

8        THE COURT:  So just to be -- I mean, when you say all the

9    designations, Google is also moving in its designations, but

10   this will be for its case?

11       MR. GOWER:  So they have separate witnesses that they'd

12   like designations to come in for, and for those we'll have

13   counter-designations.  But this is just for the --

14       THE COURT:  I see.  These are for your witnesses, and what

15   you're talking about are Google's counter-designations for

16   completeness and other -- and for cross-examination, if the

17   person was called?

18       MR. GOWER:  Correct.

19       THE COURT:  Gotcha, okay.

20       MR. GOWER:  So that all sounds good.  The last thing is

21   just a quick update.  We had tried to push in a few categories

22   of disputed exhibits -- I believe it was last week, perhaps it

23   was the week before.  You'd asked for us to continue

24   negotiating and see if we could fit them into groups for

25   resolution of the disputes.  We've continued negotiating with

1    Google.  We've narrowed the category of documents that we'd

2    like to push in -- or that we'd like to move to admit, and we

3    plan on doing that on Thursday.  We expect some of those

4    documents will now have no objection, and then some will still

5    have objections.  And we'd just move to admit those, subject to

6    the objections that you could resolve at a later time if it

7    became relevant.

8          THE COURT:  Okay.

9          MR. GOWER:  And that would be -- that's not quite all the

10   exhibits, there are still more outstanding, but this would be

11   another group.

12         THE COURT:  Okay.

13         MR. GOWER:  Thank you.

14         THE COURT:  That's fine.  It sounds like we may have a

15   little bit of time on Thursday.  If there's any benefit to

16   discussing the objections, we may have a little bit of time to

17   do that.

18         MR. GOWER:  That sounds great.

19         THE COURT:  Anything then from the states?

20         MR. CAVANAUGH:  Your Honor, we'll do the same thing.  I

21   don't think we'll do it on Thursday, but we'll have

22   designations as well and additional exhibits.

23         THE COURT:  Okay.  So the bottom line is that your -- what

24   I'll just call your primary designations are not coming in

25   Thursday?

1      MR. CAVANAUGH:  Right.

2      THE COURT:  Got it, okay.  Mr. Schmidtlein, anything?

3      MR. SCHMIDTLEIN:  Nothing for Google, no.

4      THE COURT:  Okay.  The transcripts, we have reviewed the

5    transcripts for Mr. Dischler that were under seal.  We have

6    largely accepted the parties' proposals as they relate almost

7    exclusively to internal financial numbers and projections and

8    the like.  So the Dischler transcript is available.  The one

9    area that we did not accept, what was Google's recommendations

10   that plaintiffs have objected to, were certain percentages

11   concerning potential -- relating to pricing issues.  And given

12   that these were more of a discussion and really go to the heart

13   of the plaintiffs' case, I thought there was a higher -- the

14   public interest weighed greater with respect to those portions

15   than Google's interest in privacy and prejudice to Google.  So

16   those are the only portions that we did not remove -- or

17   redact, I should say.

18      I know we have the other two, and we will get to work

19   on -- we've received Google's and Verizon's submissions with

20   respect to Mr. Kolotouros and Mr. Higgins, so we'll take a look

21   at those and make sure we get that done in short order.  And

22   then the next group -- I did not bring my list with me, I'll

23   just -- do you have the witness list you sent me?  I meant to

24   bring it.  So can we queue up for the next round Mr. Yoo,

25   Mr. Roszak and Mr. Lehman, and see if we can get those to me by

1    the end of the week?

2        **MR. SCHMIDTLEIN:**  We will endeavor to do that, yes.

3        **THE COURT:**  Terrific.  If you all can get those -- forgive

4    me, I know Mr. Roszak -- remind me if any of these folks were

5    with third parties, Mr. Yoo, Roszak and Lehman?

6        **MR. SCHMIDTLEIN:**  Those are all Google.  I believe the

7    subject of their testimony should be Google self-contained.

8        **THE COURT:**  Right, my recollection is it was fairly

9    limited.

10        **MR. SCHMIDTLEIN:**  I think that's right, we should be able

11    to do that.

12        **THE COURT:**  So this should go pretty quickly.  Then that

13    would leave just two more witnesses, Mr. Tinter and

14    Ms. Kartasheva, which we'll get to in the next round next week.

15        Anything else before we adjourn for the evening?

16        **MR. DINTZER:**  Not from the DOJ plaintiffs, Your Honor.

17        **MR. CAVANAUGH:**  No, Your Honor.

18        **MR. SCHMIDTLEIN:**  No, Your Honor.

19        **THE COURT:**  Terrific.  We'll see everybody in the morning.

20        (Proceedings adjourned at 5:20 p.m.)

21

22

23

24

25

1                    **C E R T I F I C A T E**

2

3                I, **Jeff M. Hook, Official Court Reporter,**

4    certify that the foregoing is a true and correct transcript of

5    the record of proceedings in the above-entitled matter.

6

7

8

9    October 10, 2023

10        **DATE**                              **Jeff M. Hook**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**BY MR. CAVANAUGH:**
**[7]** 5022/7
5025/24 5032/19
5045/25 5053/2
5053/18 5057/17
**BY MR.**
**SCHMIDTLEIN: [6]**
5062/2 5065/7
5068/6 5068/20
5070/16 5074/9
**BY MR. SEVERT:**
**[17]** 4974/3
4978/15 4979/17
4984/23 4992/2
4992/14 4993/23
4997/1 4997/16
4998/22 5000/1
5005/8 5006/1
5017/7 5018/1
5019/8 5079/18
**MR. CAVANAUGH:**
**[15]** 5021/16
5021/20 5021/22
5025/10 5025/19
5045/21 5056/16
5060/8 5060/21
5061/2 5061/23
5081/12 5084/19
5084/25 5086/16
**MR. DINTZER: [1]**
5086/15
**MR. GOWER: [11]**
5081/19 5081/21
5082/6 5082/19
5083/2 5083/10
5083/17 5083/19
5084/8 5084/12
5084/17
**MR. SCHMIDTLEIN:**
**[25]** 4979/14
4984/20 4991/24
4992/12 4993/20
4996/23 4997/14
4999/3 5005/5
5018/25 5019/5
5025/14 5025/21
5045/22 5060/10
5060/23 5061/13
5074/4 5079/9
5079/11 5085/2
5086/1 5086/5
5086/9 5086/17
**MR. SEVERT: [13]**
4979/12 4984/18
4991/23 4993/18
4996/21 4997/12
4999/22 5005/4
5018/23 5019/3
5021/12 5079/14
5081/10
**THE COURT: [74]**
4974/1 4978/23
4979/15 4984/21
4991/25 4992/13
4993/21 4996/24
4997/10 4997/15
4998/11 4998/19

4999/24 5005/6
5005/25 5016/24
5017/3 5017/5
5017/25 5019/1
5019/6 5021/15
5021/18 5021/21
5021/23 5022/7
5025/22 5032/13
5032/17 5045/23
5052/20 5053/8
5053/13 5053/15
5056/15 5056/17
5057/16 5061/4
5061/17 5061/25
5065/2 5065/4
5065/6 5067/22
5068/8 5068/11
5068/19 5070/15
5074/2 5074/7
5079/10 5079/13
5079/15 5081/11
5081/13 5081/16
5081/20 5082/4
5082/15 5082/22
5083/7 5083/13
5083/18 5084/7
5084/11 5084/13
5084/18 5084/22
5085/1 5085/3
5086/2 5086/7
5086/11 5086/18
**THE WITNESS: [19]**
4978/24 4998/13
4998/21 5017/2
5017/4 5017/6
5032/15 5032/18
5052/22 5053/12
5053/14 5053/16
5056/24 5065/3
5065/5 5068/3
5068/10 5068/13
5081/15

**–**
**-001 [1]** 5010/14

**.**
**......Admitted**
**[14]** 4973/12
4973/13 4973/14
4973/15 4973/16
4973/17 4973/18
4973/19 4973/20
4973/21 4973/22
4973/23 4973/24
4973/25
**.001 [1]** 4976/1

**0**
**001 [1]** 5010/14
**005 [2]** 5009/12
5009/19
**04263030 [1]**
4993/10

**1**
**10 [2]** 4971/5
5074/6
**10036 [1]** 4971/25

**11 [1]** 5060/6
**1100 [1]** 4971/14
**1111 [1]** 5025/14
**1133 [1]** 4971/24
**11:17 a.m. [1]**
4976/15
**11:33 a.m [1]**
5010/5
**11th [1]** 5023/11
**12:03 p.m [1]**
5009/20
**12th [2]** 5025/5
5028/1
**1300 [1]** 4972/4
**13th [2]** 5028/3
5028/10
**149 [2]** 5047/8
5049/6
**16 [1]** 5012/9
**17-month [1]**
5070/22
**17th [1]** 5056/15
**18th [1]** 5045/8
**19 [1]** 4971/7
**1:20-cv-3010 [1]**
4971/4
**1:35 [1]** 4971/6
**1A [1]** 5080/13
**1H2020 [1]**
5034/24

**2**
**20 [3]** 5012/13
5017/23 5018/5
**20001 [2]** 4971/18
4972/25
**20005 [1]** 4971/15
**20024 [1]** 4972/9
**2007 [19]** 4971/9
4979/20 4979/23
4980/14 4980/20
4982/7 4984/19
4984/25 4988/21
4988/23 5065/22
5065/24 5065/24
5066/1 5067/1
5067/12 5068/1
5079/21 5080/3
**2009 [6]** 4992/16
4992/17 4993/12
4994/8 5068/25
5068/25
**2011 [1]** 5019/7
**2011-2012 [1]**
5067/17
**2012 [4]** 4975/20
4998/24 5067/17
5070/14
**2013 [5]** 4974/24
5001/17 5064/5
5077/11 5077/21
**2014 [1]** 5073/12
**2016 [29]** 5008/9
5008/9 5008/23
5009/3 5009/6
5009/19 5012/21
5013/11 5013/13
5013/24 5013/25
5014/5 5014/15

**5014/17 5015/8**
**5015/24 5017/12**
**5018/8 5018/16**
**5020/4 5020/9**
**5020/15 5020/20**
**5021/11 5074/16**
**5075/8 5078/13**
**5078/17 5080/10**
**2018 [4]** 5011/12
5011/15 5015/1
5019/25
**2019 [14]** 5019/12
5019/13 5022/12
5022/17 5022/20
5025/5 5028/3
5029/4 5047/19
5049/25 5050/21
5051/7 5051/8
5064/2
**2020 [10]** 5022/12
5027/4 5028/13
5031/9 5034/24
5044/15 5045/8
5046/18 5053/21
5079/16
**2020H2 [1]**
5044/13
**2022 [1]** 5043/19
**2023 [1]** 4971/5
**209 [1]** 4971/20
**210 [2]** 5017/22
5018/5
**212 [1]** 5023/12
**216 [1]** 4983/11
**2200 [2]** 4971/24
4971/24
**22nd [7]** 4993/12
4993/17 5041/7
5041/23 5046/18
5046/22 5051/3
**23rd [2]** 5048/25
5054/6
**25th [2]** 5053/21
5056/14
**266 [1]** 4994/10
**268 [1]** 4994/24
**269 [2]** 4995/6
5068/24
**270 [2]** 5068/24
5069/16
**27th [1]** 5041/16
**2:55 p.m [1]**
5022/2

**3**
**3010 [1]** 4971/4
**31 [1]** 5043/19
**3148 [2]** 5060/14
5060/16
**3150 [1]** 5060/15
**333 [1]** 4972/24
**360 [1]** 5030/5
**378 [1]** 5032/21
**3:00 [1]** 5021/25
**3:15 [1]** 5022/1
**3:16 p.m [1]**
5022/3
**3rd [2]** 5015/1
5031/25

**4**
**4460 [1]** 5031/25
**450 [1]** 4971/18
**457 [1]** 5026/9
**458 [3]** 5027/7
5028/6 5029/11
**459 [2]** 5028/18
5032/22
**460 [4]** 5028/22
5041/15 5041/18
5041/19
**475 [2]** 4988/22
4991/8
**478 [1]** 5041/17
**480 [2]** 5037/6
5037/7
**482 [1]** 5024/10
**483 [1]** 5054/23
**4974 [1]** 4973/4
**4979 [1]** 4973/12
**4984 [1]** 4973/13
**4992 [1]** 4973/14
**4993 [1]** 4973/15
**4997 [2]** 4973/16
4973/17
**4th [4]** 4980/14
5009/19 5045/18
5046/3

**5**
**5000 [1]** 4973/18
**5005 [1]** 4973/19
**5019 [2]** 4973/20
4973/21
**5022 [1]** 4973/5
**5025 [1]** 4973/22
**5045 [1]** 4973/23
**5061 [1]** 4973/24
**5062 [1]** 4973/6
**5079 [2]** 4973/7
4973/25
**516 [2]** 5050/8
5050/9
**521 [1]** 5057/21
**522 [1]** 5057/20
**526 [1]** 5005/18
**527 [2]** 5006/5
5006/7
**570 [1]** 5070/18
**572 [1]** 5059/21
**5:20 p.m [1]**
5086/20
**5th [1]** 5009/6

**6**
**6.2 [1]** 5035/25
**600 [1]** 4971/20
**60604 [1]** 4971/21
**6527 [1]** 5006/6
**675 [2]** 4996/19
4998/11
**680 [1]** 4972/8
**688 [1]** 4980/23
**689 [1]** 4983/2
**6th [1]** 5037/4

**7**
**721 [1]** 4999/20

**7**

**723 [1]**    5072/4
**724 [1]**    5000/6
**740 [1]**    5044/18
**743 [2]**    5060/10
5060/11
**748 [1]**    5045/3
**749 [1]**    5059/21
**7:30 in [1]**
5023/19
**7:57 e-mail [1]**
5012/3
**7th [3]**    4972/4
5043/8 5043/24

**8**

**80203 [1]**    4972/4
**8th [4]**    4987/10
5031/9 5031/18
5044/14

**9**

**90 [1]**    5026/24
**919 [1]**    5043/13
**9904 [1]**    5019/18
**9th [1]**    5023/19

**A**

**a.m [2]**    4976/15
5010/5
**abandoned [1]**
4992/4
**abiding [1]**
5021/6
**ability [9]**
4996/3 5051/15
5052/3 5052/7
5052/12 5052/17
5052/18 5076/18
5077/6
**able [9]**    4996/7
5039/12 5039/13
5040/24 5055/2
5055/4 5061/9
5068/2 5086/10
**above [8]**    5002/18
5033/3 5049/6
5060/15 5060/16
5060/18 5081/3
5087/5
**above-entitled [1]**
5087/5
**absolutely [2]**
5062/8 5078/20
**accept [1]**    5085/9
**acceptance [1]**
5029/21
**accepted [2]**
4987/15 5085/6
**access [2]**
5047/23 5048/7
**according [4]**
5007/25 5037/24
5044/17 5048/21
**according to [1]**
5007/25
**accuracy [1]**
5024/20

**achieve [1]**
5038/12
**acquire [2]**
5044/10 5068/2
**across [5]**    5024/3
5024/8 5024/25
5025/5 5071/13
**act [1]**    5018/20
**action [2]**    4971/3
5028/23
**activated [1]**
4989/18
**actual [5]**
4975/23 4996/19
5029/9 5055/18
5055/19
**actually [5]**
4986/8 5018/25
5042/1 5057/21
5074/5
**ad [8]**    5023/22
5038/24 5039/12
5039/24 5040/1
5050/4 5052/7
5055/9
**ADAM [1]**    4971/16
**add [3]**    4998/15
4998/18 5057/13
**added [4]**    5012/19
5018/10 5046/25
5058/21
**addition [1]**
5010/1
**additional [5]**
5044/4 5044/12
5062/18 5083/1
5084/22
**address [1]**
4989/18
**addresses [1]**
5078/3
**addressing [1]**
4985/5
**adds [2]**    4998/9
4998/14
**adjourn [2]**
5081/18 5086/15
**adjourned [1]**
5086/20
**adjust [1]**
5038/12
**admissible [1]**
5061/7
**admission [1]**
5060/18
**admit [13]**
4979/14 4991/24
4993/20 4996/22
4999/23 5005/5
5019/4 5025/14
5045/22 5060/10
5061/18 5084/2
5084/5
**admitted [27]**
4979/16 4979/17
4984/22 4984/23
4992/1 4992/2
4993/22 4993/23
4996/25 4997/1

**4999/25 5000/1**
5005/7 5005/8
5019/2 5019/3
5019/7 5019/8
5025/23 5025/24
5045/24 5045/25
5061/4 5061/23
5075/8 5079/16
5079/17
**ads [43]**    5026/10
5026/23 5026/24
5027/13 5027/15
5027/15 5027/19
5028/24 5030/5
5030/6 5032/23
5039/2 5039/3
5039/8 5039/20
5040/11 5040/16
5040/21 5040/23
5047/23 5048/11
5049/20 5050/1
5050/4 5050/12
5051/5 5051/15
5051/19 5051/20
5051/25 5052/4
5052/10 5052/12
5052/13 5052/18
5053/6 5055/1
5055/2 5055/10
5055/13 5055/23
5056/11 5059/23
**advance [1]**
5078/23
**advertiser [17]**
5031/19 5033/9
5033/16 5036/12
5040/4 5040/9
5040/14 5040/21
5040/22 5040/24
5041/1 5050/3
5051/14 5052/3
5052/6 5052/11
5055/9
**advertisers [8]**
5023/21 5023/24
5023/25 5024/2
5024/22 5033/10
5033/22 5054/9
**advertising [9]**
5024/22 5036/11
5036/18 5044/4
5044/24 5047/22
5054/10 5057/25
5058/17
**advise [3]**
5034/11 5044/25
5045/4
**advised [3]**
5031/14 5031/21
5034/10
**advises [1]**
5037/8
**advisor [1]**
5022/14
**afoul [1]**    5016/9
**afraid [1]**    4988/7
**afternoon [5]**
4971/7 5021/25
5022/9 5062/4

**5062/5**
**again [21]**
4986/20 4990/23
4994/6 4998/24
4998/25 4999/4
5003/16 5020/9
5035/1 5035/11
5049/7 5054/12
5061/14 5068/24
5069/11 5070/16
5071/8 5072/9
5073/4 5075/9
5076/9
**against [3]**
4974/13 4988/19
5015/7
**agenda [3]**
4980/13 4993/11
4994/1
**aggressive [2]**
5037/18 5037/22
**AGMT [3]**    5013/8
5017/25 5018/6
**ago [6]**    5012/12
5012/15 5012/17
5054/25 5055/8
5072/18
**agree [8]**    5024/2
5033/14 5033/16
5036/17 5052/2
5052/6 5054/21
5072/18
**agreed [3]**    5020/2
5055/8 5073/16
**agreement [44]**
4975/23 4977/17
4982/3 4982/23
4991/9 4991/12
4995/24 4998/21
5000/18 5000/21
5001/3 5012/20
5013/9 5016/11
5018/7 5018/9
5018/10 5018/13
5030/15 5035/25
5037/1 5043/3
5043/8 5043/10
5044/15 5046/3
5054/1 5058/9
5059/10 5064/10
5064/12 5070/19
5070/21 5070/23
5070/25 5073/12
5073/16 5074/16
5075/9 5076/14
5077/19 5078/14
5078/17 5079/6
**agreements [3]**
5070/6 5070/24
5075/3
**ahead [4]**    4992/16
5008/8 5010/13
5021/24
**al [1]**    4971/3
**Alegre [6]**
5008/12 5008/15
5010/1 5010/14
5010/20 5011/4
**aligned [2]**

**5026/25 5082/2**
**allegations [1]**
5027/18
**allow [2]**    4980/7
5024/3
**allowed [1]**
5070/6
**allows [1]**
5038/12
**almost [1]**    5085/6
**along [4]**    5004/8
5034/23 5042/11
5070/10
**alpha [1]**    5059/22
**alter [1]**    5076/18
**alternative [1]**
5078/4
**alternatives [1]**
5066/8
**always [2]**
5050/10 5070/4
**Amalgam [5]**
5027/10 5027/11
5027/13 5027/17
5062/15
**Amazon [1]**    5078/4
**amended [1]**
5011/16
**amendment [2]**
5008/10 5013/24
**AMERICA [1]**
4971/3
**American [1]**
5045/4
**Americas [1]**
4971/24
**AMIT [2]**    4971/10
5047/13
**among [3]**    5022/14
5042/3 5061/19
**analyses [1]**
5078/23
**analysis [4]**
5004/25 5005/22
5005/24 5006/4
**analyzing [1]**
5005/11
**and/or [1]**
5038/13
**Andes [4]**    4975/9
4975/14 5010/8
5010/9
**Android [3]**
4974/7 4974/13
5071/16
**announce [1]**
5027/9
**annual [1]**
5016/17
**anticipated [1]**
5029/19
**Antitrust [1]**
4972/3
**apologies [2]**
4984/19 5018/3
**apologize [1]**
5057/22
**appear [1]**
5027/14

**A**

**APPEARANCES [2]**
4971/12 4972/1
**appears [3]**
4980/13 4981/3
4993/11
**appendix [5]**
5028/19 5043/14
5046/25 5054/2
5058/19
**Apple [131]**
**Apple's [15]**
4982/5 4983/20
4986/24 4995/7
4995/23 4997/6
4999/11 5001/8
5005/4 5013/20
5016/15 5068/15
5069/20 5075/20
5079/1
**Apple-Safari [1]**
4994/3
**applicable [1]**
5076/21
**apply [1]** 4982/9
**appreciate [2]**
5022/6 5074/11
**approach [2]**
5028/24 5050/10
**approved [2]**
4983/6 4983/8
**approving [1]**
4980/21
**April [7]** 5030/18
5037/2 5037/4
5041/7 5041/16
5041/23 5058/22
**April 22nd [2]**
5041/7 5041/23
**April 27th [1]**
5041/16
**April 6th [1]**
5037/4
**area [4]** 5039/22
5071/9 5074/4
5085/9
**areas [2]** 4977/7
4977/13
**Arora [3]** 5077/13
5077/13 5078/11
**Arora's [2]**
5077/25 5078/7
**around [7]** 4988/2
5001/17 5058/13
5059/13 5067/17
5068/25 5079/25
**articulate [1]**
5047/10
**articulated [1]**
5048/3
**articulating [1]**
5078/11
**articulation [1]**
4978/6
**aside [7]** 4988/20
4993/15 4998/11
4998/16 5001/12
5008/8 5018/24

**assess [1]**
5029/15
**assigned [1]**
5038/5
**assist [1]**
5024/22
**assume [2]**
5033/13 5082/18
**assumption [1]**
5082/11
**assure [1]**
4988/18
**attach [1]**
5058/15
**attached [2]**
5004/25 5005/10
**attachment [1]**
4996/20
**attachments [1]**
5029/10
**attempt [1]**
5069/20
**attendance [2]**
4981/9 4993/16
**attended [1]**
4993/5
**attendees [2]**
4981/8 4993/12
**attention [2]**
4997/19 5072/25
**attorney [3]**
4976/20 5064/8
5064/10
**attorney-client**
**[2]** 4976/20
5064/8
**attributed [1]**
5016/22
**auction [20]**
5029/1 5030/5
5034/2 5034/11
5034/16 5035/15
5042/1 5042/9
5044/19 5044/23
5047/9 5048/8
5048/9 5049/14
5050/11 5053/12
5058/1 5059/23
5059/25 5062/9
**auction-time [20]**
5029/1 5030/5
5034/2 5034/11
5034/16 5035/15
5042/1 5042/9
5044/19 5044/23
5047/9 5048/8
5048/9 5049/14
5050/11 5053/12
5058/1 5059/23
5059/25 5062/9
**August [4]**
5011/12 5043/19
5053/21 5056/14
**August 2018 [1]**
5011/12
**August 25th [2]**
5053/21 5056/14
**August 31 [1]**
5043/19

**autobidding [24]**
5034/2 5038/11
5039/14 5041/9
5041/22 5042/6
5042/8 5043/14
5045/12 5047/2
5047/3 5047/22
5048/2 5048/24
5049/16 5050/9
5050/12 5050/25
5054/2 5054/3
5055/4 5056/12
5057/4 5058/17
**autocomplete [2]**
5004/7 5011/22
**available [2]**
5066/5 5085/8
**Avenue [3]**
4971/24 4972/8
4972/24
**avoid [1]** 5070/6
**aware [10]**
4979/25 4984/18
4985/2 4987/1
4987/4 5022/25
5030/8 5034/18
5047/12 5077/22
**away [4]** 5003/18
5006/17 5007/12
5013/4

**B**

**back [37]** 4974/9
4996/17 4998/24
5003/15 5007/14
5012/2 5015/8
5020/19 5022/3
5022/5 5023/12
5023/21 5029/11
5031/14 5032/3
5032/15 5032/22
5033/6 5033/7
5040/5 5040/5
5045/8 5046/14
5047/19 5050/20
5051/7 5051/8
5054/23 5056/14
5062/21 5065/22
5072/17 5073/10
5073/10 5074/1
5077/16 5077/21
**bad [8]** 5004/17
5004/18 5004/20
5004/22 5004/23
5006/9 5007/24
5008/1
**Bankruptcy [1]**
4972/24
**bar [2]** 4989/18
5064/16
**bargain [1]**
5001/11
**based [7]** 4975/19
4989/10 4995/2
5033/8 5033/22
5034/3 5038/13
**basically [1]**
5072/11
**Bates [21]**

4980/23 4983/2
4983/10 4988/22
4991/8 4993/9
4994/10 4994/24
4995/6 4999/19
5005/18 5006/4
5009/12 5010/13
5019/17 5023/13
5026/9 5041/18
5043/13 5044/18
5047/8
**BD [1]** 5063/16
**bearing [1]**
4993/9
**became [2]**
5082/14 5084/7
**become [4]**
5022/25 5026/20
5029/2 5077/22
**began [1]** 4999/17
**begin [2]** 5030/8
5059/22
**beginning [4]**
5020/4 5028/14
5032/14 5073/14
**begins [4]**
5026/16 5033/25
5075/19 5080/13
**believes [1]**
5077/8
**Belknap [1]**
4971/23
**BELLSHAW [1]**
4971/17
**below [9]** 4976/6
4976/23 4977/1
4977/25 4978/13
4981/23 5041/21
5049/5 5063/10
**Ben [2]** 5010/4
5010/20
**BENCH [1]** 4971/10
**benefit [3]**
5001/10 5003/14
5084/15
**besides [3]**
4975/7 4975/14
5064/20
**best [3]** 5001/6
5002/7 5080/16
**better [2]**
4976/19 4991/16
**beyond [1]**
5013/25
**bid [67]** 5029/1
5038/24 5039/5
5039/8 5039/9
5039/12 5039/13
5039/14 5039/16
5039/16 5039/18
5039/19 5039/20
5039/24 5040/1
5040/1 5040/2
5040/3 5040/7
5040/10 5040/10
5040/15 5040/23
5040/24 5041/2
5041/3 5048/11
5048/11 5048/12

5049/17 5051/5
5051/9 5051/11
5051/13 5051/15
5051/16 5051/20
5051/21 5052/1
5052/3 5052/4
5052/9 5052/10
5052/13 5052/13
5052/17 5052/18
5052/24 5052/25
5053/10 5053/11
5053/18 5054/16
5055/1 5055/2
5055/3 5055/5
5055/10 5055/10
5055/13 5055/14
5055/14 5055/19
5055/23 5055/24
5058/1 5058/4
**bidder [5]** 5049/3
5049/9 5049/20
5051/5 5058/3
**bidders [1]**
5078/9
**bidding [20]**
5030/5 5034/12
5034/16 5035/15
5040/15 5042/1
5042/9 5044/19
5044/23 5047/9
5048/8 5048/9
5049/15 5049/16
5050/11 5053/12
5058/1 5059/23
5059/25 5062/9
**bids [1]** 5038/12
**biggest [1]**
5066/3
**Bill [1]** 5022/10
**billions [1]**
4974/11
**binder [8]**
4974/20 4980/11
5001/14 5017/22
5023/4 5062/24
5074/1 5074/12
**binders [1]**
5082/12
**Bing [10]** 5026/10
5026/23 5027/15
5033/10 5035/2
5036/12 5037/18
5045/5 5047/22
5050/13
**bit [8]** 4974/6
5006/21 5021/25
5042/22 5066/18
5071/10 5084/15
5084/16
**bleed [1]** 5012/21
**block [1]** 5078/17
**blow [2]** 4997/11
5006/21
**blue [7]** 4976/6
4976/10 4976/12
4977/25 5023/4
5064/11 5064/15
**Bobby [1]** 5021/3
**bold [1]** 5081/2

**B**

**book [1]**   5025/12
**both [13]**   5004/8
 5004/9 5028/7
 5029/15 5051/15
 5051/17 5051/19
 5052/13 5052/14
 5053/2 5055/10
 5056/10 5069/6
**bottom [16]**
 4981/11 4983/1
 4985/4 4988/22
 5006/9 5009/11
 5011/18 5019/17
 5023/13 5028/19
 5036/10 5047/12
 5060/16 5073/1
 5077/2 5084/23
**box [13]**   4989/16
 4989/17 4989/25
 4990/3 4990/6
 4990/10 4991/2
 4991/12 4991/19
 4991/20 4992/5
 5064/22 5072/25
**boxes [1]**   4990/22
**Brad [3]**   5037/14
 5037/14 5037/16
**BRADDI [34]**
 4973/3 4974/3
 4974/5 4974/21
 4977/5 4980/11
 4993/9 4993/15
 4994/11 4996/10
 4997/7 4997/19
 4998/12 4998/24
 5001/12 5001/16
 5009/13 5017/9
 5017/14 5017/21
 5018/21 5019/11
 5022/7 5022/9
 5060/14 5060/15
 5062/2 5062/4
 5075/9 5077/10
 5078/21 5079/18
 5079/20 5081/14
**brainstorm [1]**
 5013/6
**brand [1]**   5064/16
**branding [1]**
 5064/21
**break [3]**   4974/6
 5021/15 5039/17
**breakdown [1]**
 5029/15
**breathe [1]**
 4992/11
**Brian [3]**   4983/17
 5038/9 5041/20
**brief [2]**   5026/2
 5029/6
**bring [3]**   5016/13
 5085/22 5085/24
**broad [1]**   5037/1
**broadly [1]**
 5066/4
**Broadway [1]**
 4972/4

**brought [2]**
 5048/22 5063/6
**browser [18]**
 4981/1 4981/18
 4984/13 4985/19
 4986/17 4987/25
 4991/13 4998/15
 5066/5 5066/9
 5066/15 5066/16
 5066/22 5066/23
 5067/16 5068/2
 5075/18 5076/19
**browser's [1]**
 4994/19
**browsers [3]**
 4986/9 4986/25
 4988/15
**browsing [1]**
 5000/24
**Bruce [3]**   4999/8
 5077/16 5077/25
**build [11]**
 5010/21 5041/22
 5044/10 5054/17
 5057/7 5057/13
 5057/16 5058/3
 5058/13 5062/8
 5062/19
**build/include [1]**
 5041/22
**building [3]**
 4980/3 5054/15
 5058/8
**builds [1]**
 5024/21
**built [1]**   5004/6
**bullet [11]**
 4981/17 4981/23
 4983/6 4995/11
 5020/1 5020/12
 5020/18 5038/23
 5047/21 5059/22
 5069/17
**business [7]**
 4988/17 5027/1
 5060/22 5061/5
 5061/11 5061/12
 5061/19
**Buy [1]**   5029/14

**C**

**call [10]**   4988/25
 4989/3 4989/5
 5002/6 5009/1
 5017/6 5046/20
 5055/19 5057/11
 5084/24
**called [5]**
 4981/11 5002/5
 5004/7 5064/16
 5083/17
**calling [1]**
 5073/4
**came [6]**   4991/2
 4998/24 5013/23
 5019/25 5057/8
 5072/17
**Cameron [1]**
 5081/22

**campaign [1]**
 5054/9
**campaigns [2]**
 5024/3 5024/22
**can [54]**   4977/3
 4979/19 4983/3
 4983/9 4986/13
 4987/1 4988/20
 4992/9 4992/16
 4993/8 4993/15
 4996/15 4997/11
 4998/11 4998/12
 4999/20 5000/25
 5001/12 5006/20
 5008/8 5009/6
 5013/22 5014/25
 5015/22 5016/6
 5016/7 5018/24
 5024/13 5024/24
 5027/2 5027/7
 5033/10 5040/2
 5042/20 5043/7
 5044/9 5052/20
 5056/16 5058/6
 5060/25 5064/17
 5067/23 5069/4
 5069/24 5070/13
 5071/9 5074/20
 5078/7 5081/17
 5083/3 5083/4
 5085/24 5085/25
 5086/3
**capability [1]**
 5050/11
**caps [1]**   4976/21
**careful [1]**
 4997/4
**carve [2]**   5073/20
 5073/24
**carve-out [2]**
 5073/20 5073/24
**case [11]**   4991/4
 4991/6 5003/17
 5003/25 5004/1
 5007/24 5017/15
 5039/23 5040/3
 5083/10 5085/13
**cases [1]**   5024/24
**catching [1]**
 5018/18
**categories [2]**
 5020/14 5083/21
**categorize [1]**
 5020/19
**category [1]**
 5084/1
**cause [1]**   5035/2
**caution [2]**
 5009/13 5072/25
**CAVANAUGH [7]**
 4971/23 4973/5
 5021/16 5022/4
 5022/10 5060/12
 5081/12
**CC [1]**   4996/12
**CEO [4]**   5016/2
 5016/2 5078/24
 5079/2
**CEOs [2]**   5016/16

 5016/21
**certain [6]**
 4980/21 5063/21
 5073/20 5076/4
 5080/18 5085/10
**certainly [2]**
 5000/25 5061/9
**certify [1]**
 5087/4
**cetera [1]**
 4991/11
**chance [1]**
 5003/24
**change [4]**
 4975/22 4978/9
 5020/3 5082/3
**changed [1]**
 5016/4
**changes [7]**
 4993/4 5015/7
 5020/2 5020/20
 5021/10 5064/19
 5064/25
**chaos [1]**   5083/1
**charge [1]**
 5030/12
**check [6]**   5009/22
 5009/24 5016/2
 5016/3 5078/24
 5079/2
**check-in [5]**
 5009/22 5009/24
 5016/3 5078/24
 5079/2
**check-ins [1]**
 5016/2
**checked [1]**
 5047/8
**Chicago [1]**
 4971/21
**choice [19]**
 4979/24 4980/1
 4980/6 4982/16
 4982/18 4982/21
 4984/16 4985/17
 4988/8 4988/9
 4988/13 4990/12
 5000/20 5040/4
 5040/6 5063/22
 5064/2 5065/12
 5066/25
**choices [2]**
 4982/13 4982/18
**choose [2]**
 4986/13 4986/19
**chooses [3]**
 4986/16 4986/17
 4986/19
**chosen [1]**
 5064/21
**Chris [2]**   5041/20
 5057/24
**Chrome [1]**   5068/6
**CID [2]**   5017/20
 5017/21
**circles [1]**
 5063/24
**circumstances [1]**
 5062/8

**cited [1]**   5054/24
**Civil [1]**   4971/3
**clarify [1]**
 5039/6
**clarifying [1]**
 5067/23
**clarity [3]**
 5056/4 5057/2
 5057/6
**Claudia [1]**
 5064/9
**clause [2]**   5081/5
 5081/8
**clear [10]**   4978/6
 4987/21 4988/7
 4996/6 4996/9
 5053/9 5056/4
 5056/25 5061/10
 5082/5
**cleared [2]**
 4997/13 4997/14
**clearer [1]**
 5056/22
**clicks [2]**
 5003/21 5038/13
**client [2]**
 4976/20 5064/8
**close [2]**   5022/5
 5025/12
**co [3]**   4972/4
 5054/18 5057/16
**co-development [2]**
 5054/18 5057/16
**code [2]**   4975/4
 4975/6
**colleagues [5]**
 5019/20 5021/2
 5021/14 5024/11
 5060/25
**collecting [2]**
 5016/10 5016/12
**colon [1]**   4978/3
**Colorado [4]**
 4971/22 4972/2
 4972/3 5022/10
**colors [1]**   5082/9
**COLUMBIA [1]**
 4971/1
**coming [4]**   5002/7
 5066/11 5067/3
 5084/24
**comment [2]**
 5046/8 5061/9
**comments [4]**
 4976/6 5024/13
 5024/19 5046/5
**commercial [2]**
 4975/1 5064/12
**commit [2]**   5027/2
 5058/8
**commitment [1]**
 5026/23
**commitments [1]**
 5043/18
**communicated [4]**
 5027/2 5031/14
 5031/16 5031/20
**communication [2]**
 5034/7 5060/17

5092

**C**

**companies [1]**
5022/15
**comparable [8]**
5038/24 5039/2
5039/8 5040/14
5040/19 5047/25
5055/22 5056/3
**competing [2]**
5024/4 5066/5
**competition [1]**
4974/6
**competitor [1]**
4974/12
**competitors [1]**
4978/8
**complaints [1]**
5029/19
**complete [1]**
5015/18
**completeness [1]**
5083/16
**concern [16]**
4986/8 4986/16
4986/20 4986/23
4988/12 4988/14
4990/12 4990/13
4990/18 4990/21
4991/1 5013/16
5064/17 5077/24
5078/11 5078/12
**concerned [5]**
4988/15 4989/15
5011/5 5012/19
5074/21
**concerning [1]**
5085/11
**concerns [3]**
4985/25 4992/11
5027/9
**concluded [1]**
5062/14
**condition [1]**
5044/1
**conditions [1]**
5044/1
**confer [1]**
5060/25
**confidential [1]**
5075/11
**confirm [2]**
5046/22 5057/11
**confirmed [2]**
5038/10 5042/25
**confused [1]**
5056/20
**confusion [1]**
5064/20
**connected [1]**
5081/9
**connection [3]**
5022/12 5022/23
5049/14
**Connolly [1]**
4972/8
**consider [1]**
5002/4
**considered [2]**

4984/25 5061/11
**considering [3]**
4979/23 4980/3
5046/9
**consistent [1]**
5027/16
**conspiracy [2]**
5035/1 5035/11
**Constitution [1]**
4972/24
**construct [1]**
5072/18
**CONT [1]**   4972/1
**contact [1]**
4983/20
**contained [3]**
5029/6 5069/6
5086/7
**contemplates [1]**
4997/22
**content [1]**
5025/16
**contention [1]**
5072/1
**context [1]**
4975/18
**continue [1]**
5083/23
**continued [4]**
4973/4 4974/3
5058/23 5083/25
**continues [2]**
4986/12 5045/12
**continuity [1]**
5001/15
**contract [1]**
4984/6 4986/14
4996/17 5012/5
**conversation [5]**
4983/17 5026/3
5034/20 5047/8
5069/1
**conversations [3]**
5050/14 5062/18
5065/16
**conversion [8]**
5028/25 5046/24
5047/10 5050/5
5050/21 5051/6
5052/8 5058/24
**conversions [3]**
5038/13 5050/13
5054/9
**cooperation [2]**
5070/21 5073/12
**coordination [1]**
5034/15
**copy [1]**   5011/24
**corner [1]**
5023/13
**corpus [1]**  5004/6
**corresponding [1]**
5026/24
**counsel [6]**
4999/12 5022/10
5025/18 5036/7
5037/15 5081/18
**counter [4]**
4995/7 4995/9

5083/13 5083/15
**counter-designatio
ns [2]**   5083/13
5083/15
**counterpart [2]**
5038/5 5038/6
**countries [1]**
5073/21
**couple [2]**
5017/14 5070/14
**course [1]**   5001/7
**court [9]**   4971/1
4972/23 4972/23
4975/17 5060/19
5069/4 5071/9
5074/8 5087/3
**Courts [1]**
4972/24
**cover [2]**   4988/8
4993/25
**covered [2]**
4988/6 4991/18
**covering [1]**
4988/14
**covers [2]**
4991/12 5083/5
**CPS [1]**   4972/3
**CPS/Antitrust [1]**
4972/3
**create [1]**
5082/25
**created [1]**
5064/20
**Croll [2]**   4983/18
4983/20
**cross [4]**   4973/6
5024/24 5062/2
5083/16
**cross-examination
[3]**   4973/6
5062/2 5083/16
**cross-platform [1]**
5024/24
**curious [1]**
5068/13
**current [7]**
4977/17 4981/15
4982/8 4982/23
4984/6 4995/20
4995/21
**currently [2]**
4991/11 4994/18
**customer [4]**
5033/9 5034/3
5038/14 5045/4
**customers [8]**
5030/4 5030/9
5031/15 5038/12
5039/11 5044/21
5055/2 5061/15
**cut [2]**   5007/16
5009/4
**cv [1]**   4971/4
**cycle [1]**   5033/25
**cycles [1]**   5034/4

**D**

**DAHLQUIST [1]**
4971/19

**data [23]**   5016/10
5016/12 5046/24
5047/1 5047/18
5048/5 5048/7
5048/10 5048/13
5048/15 5048/23
5049/2 5049/9
5049/13 5049/17
5049/19 5050/5
5050/21 5051/12
5051/21 5052/8
5057/8 5058/24
**date [13]**   5009/4
5009/5 5020/9
5028/3 5028/3
5043/18 5043/23
5044/5 5044/17
5045/15 5046/8
5046/10 5087/10
**dated [2]**   5023/10
5044/14
**DAVID [1]**   4971/19
**day [7]**   4971/7
4983/14 4987/9
5028/2 5034/8
5044/15 5065/10
**days [4]**   5026/24
5035/18 5037/8
5042/13
**DC [5]**   4971/5
4971/15 4971/18
4972/9 4972/25
**deal [14]**   4981/15
4982/8 4983/6
4983/8 4992/22
4993/3 4993/6
4993/11 5069/9
5070/10 5072/10
5073/5 5073/8
5078/8
**dealing [1]**
5030/12
**deals [2]**   4980/21
4980/22
**decade [1]**
5067/19
**December [9]**
5022/17 5022/20
5023/2 5023/11
5023/19 5025/5
5028/3 5028/10
5030/18
**December 11th [1]**
5023/11
**December 12th [1]**
5025/5
**December 13th [2]**
5028/3 5028/10
**December 9th [1]**
5023/19
**decide [3]**   5001/1
5057/5 5067/5
**decided [1]**
4983/4
**decision [2]**
5028/9 5028/15
**decisions [1]**
5031/2
**deck [4]**   5004/25

5005/1 5005/10
5005/12
**declaration [2]**
5060/23 5061/6
**decline [3]**
5028/7 5028/15
5028/16
**declined [1]**
5028/10
**decreasing [1]**
5013/2
**deeply [1]**
5059/24
**default [64]**
4977/22 4978/7
4979/3 4979/5
4979/10 4979/24
4980/8 4981/17
4982/13 4982/24
4983/24 4984/2
4984/5 4984/8
4984/12 4985/16
4985/23 4985/24
4986/10 4986/13
4986/18 4986/22
4986/22 4987/24
4988/2 4988/9
4988/16 4989/17
4990/1 4991/6
4991/12 4992/5
4994/19 4995/16
4995/21 4997/23
4998/8 4999/5
5000/9 5000/13
5000/16 5000/24
5001/9 5007/20
5008/3 5011/10
5012/8 5013/17
5066/25 5067/6
5067/10 5069/13
5069/15 5070/11
5073/17 5074/17
5075/21 5075/25
5076/17 5078/10
5078/13 5078/16
5080/14 5081/2
**defaults [3]**
4987/3 4996/4
4996/7
**Defendant [2]**
4971/7 4972/7
**defer [1]**   5034/1
**defined [1]**
5014/3
**defines [1]**
5075/25
**definition [2]**
5057/8 5076/23
**definitively [1]**
5062/8
**delegates [1]**
5050/11
**deliver [2]**
5026/23 5058/7
**demand [2]**   5034/3
5036/12
**demanding [1]**
5026/21
**demo [4]**   4989/15

5093

**D**

**demo... [3]**
4989/21 4990/15
4991/22
**demonstrative [3]**
5001/14 5006/22
5074/2
**Denver [1]**   4972/4
**Department [4]**
4971/14 4971/17
4971/20 4972/3
**depending [1]**
4983/24
**depicted [1]**
5001/19
**depo [1]**   5081/24
**deposition [7]**
5017/14 5017/20
5017/21 5076/7
5076/10 5082/6
5083/2
**depositions [1]**
5082/19
**describe [1]**
5064/17
**described [3]**
4990/24 5039/10
5055/24
**describes [1]**
4988/25
**describing [1]**
5039/4
**description [7]**
5038/10 5039/11
5041/8 5042/10
5048/23 5052/23
5056/8
**designations [13]**
5081/23 5081/24
5081/24 5082/6
5082/8 5082/10
5083/9 5083/9
5083/12 5083/13
5083/15 5084/22
5084/24
**designed [1]**
5078/17
**desire [1]**
5047/24
**desktop [3]**
4994/3 5069/2
5069/5
**destroying [1]**
5010/22
**detailed [1]**
5050/14
**details [3]**
4988/5 4994/25
5071/18
**determine [1]**
5020/20
**develop [3]**
5043/5 5054/22
5058/13
**developed [1]**
5041/4
**development [4]**
4988/17 5028/8

5054/18 5057/16
**devices [10]**
4979/3 4979/6
4994/19 4997/24
4997/25 5010/23
5013/18 5067/3
5069/21 5071/16
**dialogue [1]**
5061/19
**difference [1]**
5005/3
**different [27]**
4982/2 4985/1
4986/25 4987/2
4987/2 4988/15
4988/16 4989/22
4991/2 4996/4
4996/4 4996/7
4996/8 4998/17
5039/5 5039/25
5045/14 5048/2
5048/2 5050/25
5051/4 5057/3
5057/10 5057/12
5067/6 5082/4
5082/9
**diligence [1]**
5016/3
**DINTZER [1]**
4971/13
**direct [8]**   4973/4
4973/5 4974/3
4978/8 4997/19
5017/21 5017/23
5022/7
**directly [2]**
5039/15 5051/11
**director [2]**
5037/17 5037/20
**disagreement [3]**
4977/8 4977/13
4977/16
**disagreements [1]**
4977/14
**Dischler [4]**
5036/23 5037/9
5085/5 5085/8
**disconnect [3]**
5048/1 5048/14
5051/12
**discretion [1]**
4998/10
**discuss [4]**
4982/5 4993/6
5054/19 5081/18
**discussed [15]**
4974/14 4978/21
4981/21 5002/18
5009/8 5010/16
5031/20 5035/14
5048/15 5048/17
5049/3 5063/24
5066/1 5071/20
5078/22
**discussing [7]**
5015/16 5047/13
5047/19 5049/10
5054/24 5058/2
5084/16

**discussion [12]**
4974/7 4974/10
4975/2 4975/16
4981/3 4981/9
5027/21 5041/21
5050/10 5054/15
5061/22 5085/12
**discussions [15]**
4981/12 4981/12
4992/20 4999/17
5023/2 5023/16
5030/22 5037/11
5038/4 5038/8
5048/21 5050/19
5050/20 5061/10
5071/3
**disparity [1]**
5027/15
**dispute [1]**
5059/9
**disputed [1]**
5083/22
**disputes [1]**
5083/25
**dissatisfaction**
**[3]**   5022/22
5030/13 5030/19
**distinct [2]**
5052/25 5058/1
**distribution [2]**
4977/10 4979/20
**DISTRICT [4]**
4971/1 4971/1
4971/11 4972/24
**diversion [3]**
5017/6 5078/23
5079/1
**divert [3]**   5011/9
5020/3 5077/7
**diverted [4]**
5003/17 5003/22
5007/12 5015/21
**diverting [8]**
5010/21 5011/3
5011/5 5011/7
5020/14 5077/22
5078/18 5079/7
**doc [1]**   5042/25
**document [21]**
4977/4 4987/9
4993/2 4993/9
5005/25 5017/22
5025/15 5026/6
5026/25 5027/8
5029/7 5040/25
5043/17 5048/13
5060/12 5060/13
5061/7 5064/9
5071/25 5075/10
5082/13
**documentation [2]**
5039/10 5055/25
**documents [4]**
5061/3 5062/25
5084/1 5084/4
**DOJ [3]**   4971/13
4993/10 5086/16
**dollars [1]**
4974/11

**dominant [2]**
5036/11 5036/18
**Don [7]**   5022/17
5023/1 5026/2
5027/23 5027/24
5032/2 5035/22
**Don's [1]**   5024/13
**done [5]**   5033/10
5062/18 5078/23
5082/20 5085/21
**door [1]**   5022/5
**down [21]**   4976/9
4977/3 4979/19
4983/9 4985/17
4987/1 4991/7
4992/16 4996/15
5009/6 5020/12
5026/15 5038/20
5038/22 5039/17
5042/20 5048/22
5064/13 5075/24
5076/23 5081/17
**download [1]**
5068/5
**draft [16]**
4999/14 5043/1
5043/3 5043/8
5043/10 5044/15
5045/9 5045/20
5046/2 5053/22
5054/1 5056/15
5056/15 5058/15
5058/16 5070/19
**drafted [2]**
5024/19 5024/21
**drafting [1]**
5042/25
**dramatic [2]**
5016/4 5064/24
**driving [1]**
5013/4
**drop [1]**   5064/24
**dropped [2]**
4998/21 4998/22
**DuckDuckGo [1]**
5000/23
**due [2]**   5016/3
5029/20
**during [10]**
4978/10 5001/15
5016/17 5017/17
5062/6 5065/15
5071/20 5073/23
5075/17 5075/19
**DX2020 [4]**
4973/25 5077/10
5079/13 5079/17

**E**

**e-mail [83]**
4974/21 4976/1
4976/4 4976/10
4976/14 4983/11
4985/4 4986/2
4987/6 4987/12
4987/13 4988/23
4991/8 4996/12
4999/8 5004/25
5009/3 5009/5

5009/6 5009/11
5009/18 5009/19
5010/2 5010/4
5010/4 5010/11
5010/19 5011/12
5011/18 5012/12
5014/22 5019/11
5019/18 5019/20
5023/11 5023/15
5024/10 5027/25
5028/19 5028/22
5029/5 5030/2
5031/10 5031/18
5031/25 5032/1
5033/23 5034/19
5035/21 5036/20
5036/22 5037/25
5041/6 5041/7
5041/15 5041/23
5042/10 5042/13
5042/24 5043/7
5045/7 5045/17
5045/18 5046/3
5046/21 5047/7
5053/21 5057/24
5059/4 5060/13
5060/15 5060/17
5060/21 5061/6
5063/5 5063/19
5064/4 5064/12
5077/11 5077/13
5077/16 5077/25
5078/22
**e-mails [5]**
5032/22 5046/14
5046/14 5047/20
5050/9
**e.g [2]**   4998/3
5050/12
**earlier [12]**
4981/21 4987/16
5006/22 5010/5
5018/12 5031/10
5035/24 5046/11
5046/22 5062/24
5074/15 5076/3
**early [8]**   4989/10
5023/1 5024/9
5027/4 5028/13
5070/20 5072/10
5077/21
**earnest [1]**
4999/17
**easy [2]**   4985/17
5083/2
**economic [1]**
5011/6
**economics [1]**
5078/9
**effectively [1]**
4986/18
**effort [2]**
5059/23 5068/19
**eight [2]**   5017/23
5018/5
**either [3]**
4994/13 4996/2
4996/9
**elected [1]**

**E**

**elected... [1]**
5034/1
**election [1]**
4998/17
**electronically [1]**
5082/11
**else [4]** 5026/7
5044/8 5071/2
5086/15
**embed [1]** 5002/9
**embedded [6]**
4990/17 5025/16
5039/6 5040/7
5061/14 5061/20
**embodied [2]**
4979/7 5021/7
**EMG [5]** 4980/14
4980/16 4980/20
4982/5 4993/1
**employee [1]**
5060/14
**enable [1]** 5054/8
**enclosing [2]**
5043/8 5053/21
**encourage [1]**
4985/16
**encourages [1]**
4978/9
**end [12]** 4978/2
4978/2 5014/12
5025/12 5025/13
5027/3 5028/11
5037/1 5046/14
5062/21 5082/15
5086/1
**endeavor [1]**
5086/2
**ended [5]** 4990/20
5059/1 5059/19
5060/4 5073/12
**ending [12]**
4980/23 4983/11
4988/22 4994/10
4994/24 4995/6
4999/20 5005/18
5006/4 5009/12
5010/13 5019/18
**ends [2]** 4976/1
4983/1
**enforce [1]**
5016/11
**engine [7]** 4979/3
4984/16 5001/2
5064/21 5065/17
5066/25 5073/17
**engineering [3]**
5021/4 5021/6
5047/12
**engines [5]**
5024/4 5024/8
5027/20 5044/20
5044/24
**enough [2]**
4975/24 4982/4
**ensure [5]** 4978/7
4987/21 4987/24
5021/6 5027/13

**enter [3]** 4989/23
4990/10 5002/22
**entered [1]**
5007/1
**entering [1]**
5070/6
**entirely [1]**
5081/10
**entirety [4]**
5061/6 5061/7
5061/11 5061/18
**entitled [3]**
5043/13 5044/13
5087/5
**entry [1]** 5003/3
**episode [1]**
4988/21
**escalated [3]**
5016/16 5030/14
5035/18
**escalation [11]**
5030/17 5035/3
5036/1 5037/11
5038/3 5059/2
5059/9 5059/19
5060/4 5062/7
5062/13
**especially [1]**
5083/1
**essential [1]**
5048/7
**essentially [4]**
4983/13 4984/11
5011/24 5070/6
**estimated [1]**
5007/15
**estimates [1]**
5007/17
**et [2]** 4971/3
4991/11
**Europe [2]**
5063/20 5063/24
**Eustace [1]**
4996/12
**even [5]** 4983/14
5036/19 5047/2
5069/14 5083/4
**evening [2]**
5081/19 5086/15
**eventually [6]**
5067/5 5067/9
5070/21 5073/12
5077/12 5079/25
**everybody [1]**
5086/19
**everybody's [1]**
5008/2
**evidence [38]**
4973/11 4973/13
4973/14 4973/15
4973/16 4973/17
4973/18 4973/19
4973/20 4973/21
4973/22 4973/23
4973/24 4973/25
4979/17 4980/10
4984/20 4984/23
4985/4 4987/6
4992/2 4993/23

4997/1 5000/1
5005/8 5011/12
5018/25 5019/3
5019/5 5019/8
5019/11 5023/8
5025/24 5045/25
5061/23 5075/8
5079/13 5079/17
**exact [2]** 5052/17
5053/5
**examination [11]**
4973/4 4973/5
4973/6 4973/7
4974/3 5021/23
5022/7 5060/20
5062/2 5079/18
5083/16
**example [5]**
4987/25 5000/23
5002/12 5041/13
5072/10
**excerpt [1]**
5060/12
**exchange [6]**
4974/21 5060/13
5063/5 5064/5
5077/11 5078/22
**excluded [3]**
5052/19 5052/21
5055/15
**exclusive [1]**
4981/18
**exclusively [1]**
5085/7
**excuse [1]**
5036/13
**exec [1]** 5037/17
**executive [6]**
4980/18 4985/13
5035/2 5035/25
5059/1 5059/9
**executives [1]**
5061/20
**exhausted [1]**
5059/11
**exhibit [34]**
4973/11 4973/12
4973/13 4973/14
4973/15 4973/16
4973/17 4973/18
4973/19 4973/20
4973/21 4973/22
4973/23 4973/24
4973/25 4979/17
4984/23 4992/2
4993/23 5000/1
5000/3 5005/8
5019/3 5019/8
5023/7 5024/10
5025/24 5032/21
5037/13 5045/25
5061/23 5070/16
5074/11 5079/17
**Exhibit 378 [1]**
5032/21
**Exhibit 482 [1]**
5024/10
**Exhibit PSX480 [1]**
5037/13

**exhibited [1]**
5015/8
**exhibits [6]**
4996/11 4997/1
5065/21 5083/22
5084/10 5084/22
**Exhibits UPX615
[1]** 4996/11
**expand [2]**
5012/20 5014/7
**expanded [2]**
5013/16 5014/9
**expanding [4]**
5013/25 5014/8
5014/12 5014/18
**expansion [2]**
5008/5 5008/7
**expect [4]**
5006/16 5027/8
5027/9 5084/3
**expectations [1]**
5082/3
**experience [2]**
4985/18 5077/8
**expertise [1]**
5071/9
**explain [4]**
5069/4 5069/24
5071/9 5078/7
**Explorer [3]**
5066/8 5066/9
5066/19
**extend [2]** 4995/1
4995/2
**extension [2]**
4988/6 4992/17

**F**

**fact [10]** 4979/9
4993/5 5001/5
5013/13 5014/16
5035/13 5036/9
5036/10 5050/25
5051/6
**fair [11]** 4975/24
4977/15 4982/4
5007/20 5007/21
5009/9 5066/19
5066/20 5067/20
5073/5 5075/12
**fairly [1]** 5086/8
**faith [2]** 5054/18
5057/15
**fall [1]** 5050/20
**familiar [2]**
5029/2 5041/25
**famous [2]**
5066/14 5066/18
**Farm [3]** 5007/2
5007/4 5007/8
**farther [1]**
5012/20
**fast [2]** 5042/22
5070/13
**fear [1]** 5078/3
**feature [19]**
5005/23 5026/10
5026/22 5026/24
5027/15 5028/8

5033/21 5034/3
5034/24 5039/11
5042/11 5045/11
5045/12 5051/4
5053/12 5055/19
5057/14 5058/6
5058/13
**features [19]**
5022/23 5026/21
5027/14 5031/3
5033/9 5034/12
5036/12 5041/9
5041/21 5042/3
5042/14 5043/4
5043/14 5044/4
5044/11 5044/12
5048/2 5048/3
5057/4
**feel [1]** 5070/4
**felt [2]** 5016/22
5070/4
**few [5]** 5035/18
5062/25 5083/5
5083/7 5083/21
**fifth [2]** 4971/18
5028/6
**fight [1]** 5072/20
**figure [3]**
5005/24 5021/8
5032/5
**final [3]** 4998/21
5027/3 5046/24
**finalize [1]**
5028/11
**finalized [1]**
5031/4
**finally [1]**
5057/6
**financial [2]**
4982/23 5085/7
**find [3]** 4976/24
5003/11 5033/2
**fine [3]** 5028/24
5042/23 5084/14
**finish [2]** 5074/5
5074/6
**finishes [1]**
5002/21
**first [43]**
4975/25 4976/23
4981/17 4982/5
4983/6 4983/10
4988/22 4989/25
4994/1 4994/3
4994/18 4995/14
4995/24 5000/18
5006/12 5009/5
5009/25 5011/18
5017/22 5020/1
5021/3 5024/11
5026/1 5031/1
5034/24 5035/6
5035/9 5036/10
5041/22 5042/18
5043/8 5043/14
5043/17 5045/11
5051/2 5057/21
5071/25 5072/14
5075/17 5077/15

**F**

**first... [3]**
5080/21 5080/24
5081/23
**fit [1]** 5083/24
**five [5]** 4994/24
5012/12 5043/21
5074/6 5079/25
**fix [3]** 5008/24
5009/1 5065/1
**flag [2]** 4994/11
5083/7
**flexibility [10]**
4974/16 4978/19
4978/22 4978/23
4979/10 4995/23
4995/24 4996/2
4998/6 4998/25
**Floodlight [23]**
5030/4 5046/24
5047/9 5047/18
5048/4 5048/7
5048/10 5048/13
5048/15 5048/23
5049/2 5049/8
5049/12 5049/17
5050/21 5051/3
5051/6 5051/12
5051/21 5052/8
5054/9 5057/8
5058/24
**Floor [1]** 4972/4
**focusing [2]**
5009/18 5069/11
**folks [2]** 5021/5
5086/4
**follow [7]**
5022/21 5030/19
5030/21 5030/24
5047/7 5079/20
5082/17
**followed [1]**
5038/9
**following [7]**
4981/15 5024/9
5028/2 5028/22
5045/2 5045/3
5047/7
**follows [2]**
4999/20 5046/21
**For Plaintiffs [1]**
4971/22
**forcing [1]**
5063/22
**foregoing [1]**
5087/4
**foreign [1]**
5073/20
**forgive [1]**
5086/3
**forgot [1]**
5079/12
**forks [1]** 5060/16
**form [1]** 4988/9
**formal [1]** 5082/6
**formats [1]**
4993/4
**formidable [1]**

4974/12
**forms [1]** 4979/10
**forth [6]** 4996/17
5057/25 5062/21
5065/22 5068/18
5077/16
**forward [4]**
5048/20 5058/10
5063/17 5070/13
**forwarded [1]**
5077/12
**found [1]** 4991/16
**four [6]** 5000/5
5038/23 5042/13
5043/21 5044/8
5056/5
**frankly [1]**
5024/5
**freedom [3]**
5000/20 5001/5
5001/6
**frequent [1]**
5072/14
**Friedenson [1]**
5010/5
**front [2]** 5063/3
5080/8
**frustration [1]**
5029/20
**full [3]** 5007/14
5036/10 5038/9
**function [1]**
5051/24
**functionality [1]**
5038/12
**further [12]**
4996/15 5008/4
5008/5 5008/7
5027/14 5041/10
5059/17 5061/22
5061/24 5062/17
5079/10 5081/11
**future [1]** 5034/3
**futures [1]**
5026/24

**G**

**GA360 [3]** 5025/3
5026/10 5028/7
**gave [2]** 5034/12
5062/24
**general [3]**
4999/11 5036/6
5037/15
**generally [1]**
5019/24
**gentleman [1]**
5063/6
**geographies [1]**
5073/17
**gets [2]** 5069/25
5077/12
**Giannandrea [1]**
5001/15
**given [4]** 5035/9
5058/6 5066/25
5085/11
**global [2]**
5022/13 5032/16

**goal [1]** 5011/4
**goals [2]** 5027/1
5050/14
**goes [10]** 4985/15
4986/3 4989/14
5006/16 5026/25
5027/18 5035/1
5047/21 5050/20
5075/24
**good [9]** 4985/18
5022/9 5037/14
5037/19 5054/18
5057/15 5062/4
5062/5 5083/20
**GOOG [1]** 4993/10
**GOOG-DOJ-04263030
[1]** 4993/10
**GOOGLE [166]**
**Google's [27]**
4975/6 4980/21
4986/16 4995/9
5007/16 5007/20
5011/22 5013/17
5013/20 5022/14
5024/23 5036/10
5039/12 5040/1
5044/7 5045/19
5047/2 5047/2
5049/12 5050/10
5057/25 5075/2
5078/12 5083/15
5085/9 5085/15
5085/19
**Google-Safari [1]**
5075/8
**Google.com [2]**
5020/4 5069/21
**Gotcha [1]**
5000/9
**GOWER [2]** 4971/16
5081/22
**grateful [1]**
5074/7
**grayed [1]**
5064/23
**graying [1]**
5064/23
**great [2]** 4985/19
5084/18
**greater [1]**
5085/14
**grievance [1]**
5029/20
**group [5]** 4980/17
4980/18 5042/25
5084/11 5085/22
**groups [1]**
5083/24
**growth [3]** 5013/2
5013/4 5013/7
**gTech [1]** 5075/10
**guess [7]** 4976/19
4989/4 5007/3
5025/17 5060/5
5068/23 5072/24

**half [5]** 4988/22
5031/1 5034/24
5035/6 5035/9
**halfway [1]**
5064/13
**hand [2]** 5007/14
5023/13
**handed [6]**
4975/21 4993/9
4996/10 5075/7
5077/10 5080/10
5080/12 5080/13
**Hang [2]** 5018/1
5061/5
**happen [1]**
5009/16
**happened [1]**
5030/18
**happening [2]**
5008/23 5009/9
**happy [1]** 5082/23
**Harrison [22]**
5022/17 5022/20
5023/1 5023/16
5024/15 5026/3
5028/4 5029/7
5029/12 5030/11
5030/18 5032/2
5032/8 5032/22
5034/20 5035/22
5036/3 5036/21
5036/25 5037/8
5037/10 5059/5
**Harrison's [2]**
5032/15 5034/14
**head [1]** 5077/14
**headcount [2]**
5044/10 5057/7
**heading [1]**
5000/9
**headline [1]**
5006/9
**heads [1]** 5070/19
**hear [1]** 4998/13
**heard [5]** 4975/17
4988/17 5032/3
5056/19 5065/5
**hearsay [4]**
5025/16 5060/19
5061/14 5061/21
**heart [1]** 5085/12
**Hello [1]** 4976/17
**help [6]** 5013/1
5019/14 5021/6
5021/10 5026/2
5054/22
**Higgins [1]**
5085/20
**higher [2]**
5065/17 5085/13
**highly [1]**
5075/10
**historically [1]**
5075/3
**history [1]**
5066/18
**hit [9]** 5002/5
5002/19 5003/3
5003/17 5003/21
5023/2 5023/16

5074/13 5074/14
**hits [11]** 5002/3
5002/6 5002/22
5004/2 5004/5
5004/12 5004/13
5004/16 5004/21
5007/19 5008/5
**home [9]** 4989/5
4989/8 4990/4
4991/10 4992/5
4992/5 4992/7
4992/8 5001/17
**Honor [36]** 4974/5
4979/13 4980/10
4984/20 4985/3
4991/24 4993/19
4996/22 4999/23
5001/14 5005/5
5011/11 5018/25
5019/10 5021/13
5021/14 5021/17
5023/7 5025/14
5025/15 5045/22
5060/9 5060/11
5060/22 5061/3
5061/24 5065/10
5075/7 5079/10
5081/13 5081/20
5082/7 5084/20
5086/16 5086/17
5086/18
**HONORABLE [1]**
4971/10
**HOOK [3]** 4972/23
5087/3 5087/10
**hopefully [2]**
4991/6 5023/8
**hoping [1]** 5074/5
**hour [1]** 5031/10
**huh [10]** 4987/14
4988/1 4994/17
5001/22 5007/3
5012/14 5055/7
5069/3 5075/23
5080/19
**Humphrey [1]**
5033/24
**hundreds [1]**
5061/3
**hurting [2]**
5007/19 5008/3

**I**

**i.e [1]** 4987/25
**idea [1]** 4992/4
**ideal [1]** 5032/22
**identified [1]**
4998/3
**identifies [3]**
4985/25 5036/22
5080/17
**identify [1]**
5015/9
**identifying [1]**
5011/4
**IE [2]** 4981/1
5066/22
**IL [1]** 4971/21
**image [1]** 5006/20

**I**

**immediately [1]**
5027/14

**impact [2]**
5005/11 5005/16

**implement [4]**
4982/20 5000/20
5020/2 5047/14

**implementation
[11]** 4989/10
4990/13 4990/16
4990/24 5001/20
5014/1 5047/13
5074/21 5074/24
5075/4 5075/16

**implemented [1]**
4977/22

**important [1]**
5042/4

**impose [2]**
5069/20 5070/7

**improves [1]**
5016/8

**incentive [1]**
5010/22

**include [5]**
4979/11 4979/11
5041/22 5048/4
5051/21

**included [6]**
5031/3 5045/5
5049/17 5051/22
5061/16 5077/12

**including [5]**
5025/16 5044/12
5049/20 5053/21
5061/19

**inclusion [1]**
5078/12

**increase [3]**
5013/23 5027/14
5027/19

**increase/maintain
[1]** 5027/19

**increased [1]**
5014/16

**increasingly [1]**
5012/18

**indeed [4]** 4976/4
4984/14 4999/20
5014/14

**indicated [1]**
5065/16

**indicates [1]**
4989/3

**indirect [1]**
4978/8

**influences [1]**
5015/3

**influencing [1]**
5013/6

**information [3]**
5041/12 5049/23
5061/21

**informed [2]**
5059/9 5062/20

**infringements [1]**
5071/15

**inherently [1]**
5036/12

**initial [4]**
5048/20 5048/21
5050/21 5059/23

**initiated [1]**
5060/6

**innovate [1]**
5076/18

**input [1]** 5064/24

**ins [1]** 5016/2

**inside [1]** 5032/3

**insisted [1]**
4984/8

**insisting [2]**
4985/15 4985/22

**instead [3]**
4991/19 5012/5
5057/13

**integrate [1]**
5059/24

**integrated [1]**
5050/1

**integration [3]**
5048/7 5051/4
5051/25 5058/8

**intellectual [3]**
5071/6 5071/10
5072/5

**intended [1]**
5025/5

**intention [1]**
5082/19

**interest [2]**
5085/14 5085/15

**internal [5]**
5024/12 5046/9
5049/4 5060/17
5061/10 5085/7

**internally [1]**
5067/8

**Internet [3]**
5066/8 5066/9
5066/19

**interoperability
[1]** 5063/18

**Interpretation [1]**
5056/13

**interrupt [1]**
5082/16

**into [56]** 4973/12
4973/13 4973/14
4973/15 4973/16
4973/17 4973/18
4973/19 4973/20
4973/21 4973/22
4973/23 4973/24
4973/25 4979/17
4984/20 4984/23
4992/2 4993/23
4994/25 4997/1
5000/1 5005/8
5006/13 5007/16
5012/19 5018/25
5019/3 5019/4
5019/8 5020/14
5025/24 5029/21
5030/11 5041/4
5045/25 5048/13

**inherently** ...

**5050/1 5051/25
5052/1 5052/1
5057/8 5058/1
5060/16 5061/23
5063/6 5068/17
5068/19 5070/6
5070/21 5071/4
5075/8 5079/12
5079/17 5082/17
5083/24**

**introduce [1]**
5065/9

**introduced [2]**
5001/16 5058/16

**introducing [1]**
5006/13

**invent [1]** 5001/6

**investigation [1]**
5017/17

**invoking [1]**
5035/25

**involve [3]**
5067/1 5067/2
5070/10

**involved [10]**
4992/20 5008/20
5030/16 5038/3
5060/13 5060/21
5062/6 5062/14
5062/17 5077/18

**involvement [4]**
5008/17 5008/18
5059/17 5060/1

**involves [1]**
5072/8

**involving [4]**
5047/18 5062/7
5062/18 5071/6

**iOS [9]** 4974/7
5005/1 5005/11
5005/16 5005/23
5006/12 5007/17
5064/15 5064/19

**iOS 8 [3]** 5005/1
5005/23 5006/12

**iOS 8 revenue [2]**
5005/11 5005/16

**IP [1]** 5071/15

**iPad [1]** 5069/9

**iPhone [7]** 4989/7
4989/13 4989/15
4990/20 4991/11
4992/8 5069/9

**ISA [22]** 4975/18
4978/22 4978/23
4979/2 4979/7
4991/17 4992/17
4995/1 4995/2
4999/17 5008/10
5009/8 5009/22
5011/16 5011/25
5013/11 5015/13
5019/24 5020/10
5020/25 5021/7
5080/10

**issue [22]** 4988/2
5014/13 5016/20
5026/11 5029/3
5032/12 5035/19

**5037/11 5037/18
5038/17 5040/5
5047/9 5056/21
5059/11 5065/12
5065/24 5065/24
5066/1 5066/24
5071/25 5072/1
5072/22**

**issues [6]**
5056/13 5063/20
5064/13 5071/10
5071/22 5085/11

**item [9]** 4977/3
4977/5 4980/24
4980/24 4994/3
5044/2 5046/23
5046/25 5054/2

**items [3]** 4977/18
5028/23 5044/20

**J**

**January [4]**
5015/1 5030/7
5031/9 5031/18

**January 3rd [1]**
5015/1

**January 8th [2]**
5031/9 5031/18

**JC's [1]** 5074/9

**JCA [5]** 4975/19
4999/1 4999/1
4999/17 5077/20

**JEFF [5]** 4972/23
4981/4 4988/16
5087/3 5087/10

**Jerry [1]** 5037/17

**JOAN [6]** 4973/3
4974/3 4976/17
5022/7 5062/2
5079/18

**JOHN [1]** 4972/7

**Johnson [6]**
5023/1 5023/15
5026/4 5035/22
5036/9 5036/21

**joint [2]** 5070/21
5073/12

**Jon [6]** 5033/4
5033/8 5034/23
5035/12 5035/16
5038/5

**JONATHAN [1]**
4972/2

**JR [1]** 4971/23

**JUDGE [1]** 4971/11

**July [5]** 5046/18
5046/22 5048/25
5051/3 5054/6

**July 22nd [3]**
5046/18 5046/22
5051/3

**July 23rd [2]**
5048/25 5054/6

**jump [2]** 4992/16
5008/8

**June [9]** 4980/14
4987/10 4993/12
4993/17 5009/6
5009/19 5019/13

**5045/18 5046/3**

**June 2019 [1]**
5019/13

**June 22nd [1]**
4993/12

**June 4th [4]**
4980/14 5009/19
5045/18 5046/3

**June 5th [1]**
5009/6

**June 8th [1]**
4987/10

**Justice [3]**
4971/14 4971/17
4971/20

**JX33 [4]** 5075/7
5080/7 5080/10
5080/13

**K**

**Kartasheva [1]**
5086/14

**keep [7]** 4998/16
5014/11 5016/24
5017/10 5018/14
5042/23 5044/23

**KENNETH [2]**
4971/13 4972/7

**Kent [1]** 5036/6

**key [2]** 5045/4
5064/13

**kick [2]** 5028/25
5072/20

**kind [6]** 4976/10
4993/2 4999/16
5001/5 5014/20
5072/13

**kindly [1]** 5022/5

**knowing [1]**
5046/11

**knowledge [3]**
5002/8 5071/17
5079/3

**Kolotouros [4]**
4974/22 4975/17
4977/21 5085/20

**Kolotouros' [2]**
4976/9 4976/14

**Krueger [2]**
5031/6 5033/24

**Krueger's [2]**
5031/18 5032/1

**L**

**label [1]** 5064/8

**labeled [1]**
4983/2

**lack [2]** 4976/19
4991/16

**LaForce [4]**
5028/23 5030/3
5031/9 5032/1

**language [14]**
4987/21 5015/13
5017/1 5053/4
5053/5 5053/7
5054/8 5054/24
5055/1 5056/10
5064/11 5074/16

**L**

language... [2]
5078/13 5078/17
largely [1]
5085/6
LaSalle [1]
4971/20
last [19]  4989/7
4990/14 4990/24
4997/9 4997/19
4998/20 5000/3
5001/13 5020/18
5023/10 5046/17
5047/14 5055/18
5059/22 5067/17
5074/11 5075/19
5083/20 5083/22
lastly [1]
5078/21
late [1]  5065/9
later [2]  5057/7
5084/6
launch [3]
5062/15 5066/1
5067/9
Law [1]  4972/3
lawyer [1]  5078/11
lead [4]  5008/12
5008/18 5036/22
5037/10
leaders [1]
4989/1
leading [2]
5010/16 5037/10
leads [1]  5059/5
learned [1]
5059/13
least [2]  4977/14
4997/12
leave [2]  4984/11
5086/13
leaving [1]
5078/10
led [2]  4981/3
5035/11
left [4]  4974/15
5007/14 5078/10
5083/7
legal [2]  5042/25
5046/7
Lehman [2]
5085/25 5086/5
length [1]  5073/7
lengthy [3]
4977/1 5021/21
5021/23
less [2]  5003/12
5036/12
level [6]  4981/14
5022/22 5037/18
5037/19 5037/20
5050/15
lieu [16]  5039/12
5039/14 5051/10
5052/19 5052/25
5053/4 5053/11
5054/24 5054/25
5055/3 5055/4

5055/14 5056/6
5056/10 5056/10
5058/4
lift [1]  5037/19
likely [3]
5024/17 5028/12
5051/8
limitation [1]
5076/9
limited [7]
4978/18 5014/14
5017/11 5018/15
5076/18 5080/17
5086/9
line [18]  4976/10
4976/23 4995/15
4996/13 4996/16
4996/19 4997/3
4997/6 4998/7
4998/20 4999/14
5006/9 5015/3
5060/18 5063/17
5063/18 5077/1
5084/23
lines [6]  4996/8
4998/4 5017/23
5018/5 5046/6
5071/13
link [3]  5003/7
5039/10 5042/11
linked [1]
5055/25
Lipscomb [1]
5023/12
list [15]  4975/20
4977/17 4982/1
4982/2 4993/12
4999/1 5004/7
5041/10 5041/21
5042/5 5042/14
5057/13 5057/14
5085/22 5085/23
listed [2]
4993/13 4994/6
listen [1]
5029/19
litigation [2]
5017/18 5060/7
little [10]
4974/6 5006/21
5021/25 5042/22
5043/25 5056/18
5071/10 5079/20
5084/15 5084/16
LLC [1]  4971/6
LLP [2]  4971/23
4972/8
loaded [1]  5067/3
location [1]
4998/3
locations [2]
4996/4 4998/2
long [5]  4975/20
5067/18 5073/5
5073/6 5077/8
longer [1]
5067/16
look [45]  4974/19
4977/21 4980/9

4987/5 4988/20
4988/21 4992/22
4993/10 4993/13
4996/10 4997/3
4999/7 4999/19
5000/3 5001/19
5004/24 5009/2
5011/11 5011/23
5019/17 5023/4
5023/6 5024/19
5024/20 5031/17
5033/24 5043/13
5053/24 5055/1
5056/15 5059/8
5064/11 5065/20
5068/22 5069/16
5070/13 5071/24
5074/1 5075/6
5075/15 5076/16
5077/25 5078/21
5082/23 5085/20
looked [3]
4983/15 5006/22
5056/14
looking [8]
4976/9 4980/12
4987/10 4993/25
5013/22 5047/11
5048/4 5054/6
looks [5]  4988/9
4997/12 5024/12
5069/1 5074/14
loophole [1]
4991/17
loose [1]  5080/11
lot [5]  4978/23
5048/2 5048/2
5057/3 5071/4
lots [2]  4992/7
5048/17
lower [3]  5013/17
5013/19 5013/20
lunch [1]  4974/5

**M**

Mac [3]  4991/11
4994/19 5069/7
mail [84]  4974/21
4976/1 4976/4
4976/10 4976/14
4983/11 4985/4
4986/2 4987/6
4987/12 4987/13
4988/23 4991/8
4996/12 4999/8
5004/25 5009/3
5009/5 5009/6
5009/11 5009/18
5009/19 5010/2
5010/4 5010/4
5010/14 5010/19
5011/12 5011/18
5012/3 5012/12
5014/22 5019/11
5019/18 5019/20
5023/11 5023/15
5024/10 5027/25
5028/19 5028/22
5029/5 5030/2

5031/10 5031/18
5031/25 5032/1
5033/23 5034/19
5035/21 5036/20
5036/22 5037/25
5041/6 5041/7
5041/15 5041/23
5042/10 5042/13
5042/24 5043/7
5045/7 5045/17
5045/18 5046/3
5046/21 5047/7
5053/21 5057/24
5059/4 5060/13
5060/15 5060/17
5060/21 5061/6
5063/5 5063/19
5064/4 5064/12
5077/11 5077/13
5077/16 5077/25
5078/22
mails [5]  5032/22
5046/14 5046/14
5047/20 5050/9
main [1]  4977/7
Maine [1]  4972/8
maintain [2]
5027/19 5061/16
makes [1]  5071/25
making [3]
4986/12 5021/2
5021/5
manage [1]  5024/3
management [2]
4980/17 4980/18
manager [1]
5011/22
manner [1]  5079/7
many [12]  4979/10
4979/10 5004/5
5004/6 5004/8
5004/19 5039/25
5050/24 5050/24
5073/11 5073/11
5075/12
map [11]  5006/25
5007/5 5027/3
5028/11 5029/22
5029/24 5029/25
5031/1 5031/11
5031/20 5034/13
Maps [3]  5007/11
5007/13 5071/25
March [1]  5031/25
March 3rd [1]
5031/25
marked [3]
5001/13 5075/7
5077/10
market [2]
4974/13 5067/19
markup [3]  5045/9
5045/19 5054/1
match [1]  5083/4
matter [3]
5061/20 5069/25
5087/5
matters [1]
5081/20

may [16]  5015/9
5020/13 5024/24
5027/14 5027/18
5029/16 5032/14
5035/2 5043/8
5043/24 5044/14
5045/8 5045/20
5082/25 5084/14
5084/16
May 18th [1]
5045/8
May 7th [2]
5043/8 5043/24
May 8th [1]
5044/14
maybe [2]  5006/20
5082/5
MEAGAN [1]
4971/17
mean [6]  4986/19
5001/24 5004/20
5052/22 5068/12
5083/8
Meaning [1]
4989/13
meaningfully [1]
5020/3
means [5]  5013/9
5016/6 5036/11
5064/23 5069/24
meant [3]  5039/15
5053/11 5085/23
meantime [1]
5031/19
measure [3]
5020/20 5021/9
5021/10
measurement [1]
5024/23
meet [2]  5024/14
5050/23
meeting [17]
4980/14 4982/5
4983/4 4993/3
4993/5 5009/24
5016/17 5020/21
5024/13 5024/15
5027/22 5028/2
5028/4 5043/18
5046/18 5046/18
5078/24
meetings [2]
5026/22 5079/2
MEHTA [1]  4971/10
mention [1]
5030/25
mentioned [3]
4986/4 4986/24
5027/25
mentions [2]
4986/2 5010/20
met [1]  5022/9
method [2]
5067/25 5068/1
Microsoft [103]
5022/14 5022/21
5022/23 5023/1
5024/13 5026/11
5026/20 5026/22

**M**

**Microsoft... [95]**
5027/2 5027/8
5027/9 5028/12
5028/19 5028/23
5028/24 5028/25
5029/1 5030/3
5030/6 5030/8
5030/14 5031/2
5031/15 5031/18
5031/20 5031/22
5032/1 5032/4
5032/25 5033/9
5033/10 5033/12
5033/15 5033/17
5033/24 5034/1
5034/11 5034/16
5035/6 5035/9
5035/18 5036/21
5037/9 5038/1
5038/11 5039/3
5039/15 5040/13
5040/16 5041/2
5041/11 5041/16
5042/4 5043/4
5044/1 5044/3
5044/4 5044/24
5045/14 5045/20
5046/11 5046/25
5047/19 5048/11
5049/2 5049/9
5049/14 5049/16
5050/23 5051/11
5051/15 5052/16
5052/18 5052/24
5053/10 5054/10
5054/13 5054/15
5055/4 5056/12
5056/20 5056/23
5057/3 5058/17
5059/1 5059/8
5059/23 5059/24
5060/11 5060/14
5060/17 5060/19
5060/23 5061/7
5061/10 5061/12
5061/19 5062/7
5062/9 5062/20
5065/25 5066/19
5069/6

**Microsoft's [15]**
5022/21 5029/20
5030/3 5030/12
5030/19 5037/15
5038/18 5039/13
5040/3 5040/24
5045/9 5047/24
5048/8 5058/3
5066/9

**Microsoft-produced**
**[1]**  5060/11
**Microsoft/Bing [1]**
5033/10
**middle [1]**
4983/10 4987/12
4987/13 4995/11
5010/19 5014/25
**might [11]**

4975/22 4983/14
4991/19 5003/11
5004/9 5007/16
5018/18 5026/7
5029/9 5059/24
5063/25
**mine [1]**  5009/4
**minute [1]**  5057/9
**minutes [1]**
5074/6
**missed [1]**
5032/14
**mode [1]**  5000/24
**modify [1]**
5076/18
**moment [5]**  4974/9
5021/13 5054/24
5055/8 5056/9
**money [2]**  4996/1
5003/24
**monitor [2]**
4977/4 5014/20
**monitored [1]**
5014/18
**monitoring [1]**
5015/17
**month [2]**  5030/11
5070/22
**months [7]**
5031/25 5043/22
5044/8 5056/5
5057/7 5060/6
5073/11
**more [23]**  4974/12
4985/8 4988/5
4988/20 4998/25
5010/23 5012/12
5015/25 5017/10
5017/10 5018/14
5018/15 5026/21
5038/13 5038/13
5045/5 5059/24
5060/3 5068/9
5070/14 5084/10
5085/12 5086/13
**morning [4]**
5018/12 5022/11
5023/20 5086/19
**most [7]**  4989/16
5023/10 5024/17
5042/4 5051/8
5066/14 5081/23
**motivated [1]**
5078/12
**motivations [1]**
5070/9
**mountain [1]**
4975/10
**move [16]**  4979/12
4984/20 4991/24
4993/19 4996/22
4999/23 5005/5
5019/4 5025/14
5045/22 5060/9
5072/15 5074/3
5079/12 5084/2
5084/5
**moving [2]**  5082/6
5083/9

**Mr. [121]**
**Mr. Alegre [6]**
5008/12 5008/15
5010/1 5010/14
5010/20 5011/4
**Mr. Arora [2]**
5077/13 5078/11
**Mr. Arora's [2]**
5077/25 5078/7
**Mr. Brian [1]**
4983/17
**Mr. Bruce [1]**
4999/8
**Mr. Cavanaugh [4]**
5021/16 5022/4
5060/12 5081/12
**Mr. Croll [1]**
4983/20
**Mr. Dischler [3]**
5036/23 5037/9
5085/5
**Mr. Eustace [1]**
4996/12
**Mr. Giannandrea**
**[1]**  5001/15
**Mr. Haire [3]**
5011/19 5011/21
5014/23
**Mr. Harrison [18]**
5022/20 5023/16
5024/15 5026/3
5028/4 5029/7
5029/12 5030/11
5030/18 5032/8
5032/22 5034/20
5036/3 5036/21
5036/25 5037/8
5037/10 5059/5
**Mr. Harrison's [2]**
5032/15 5034/14
**Mr. Higgins [1]**
5085/20
**Mr. Humphrey [1]**
5033/24
**Mr. Jeff [1]**
4981/4
**Mr. Kolotouros [4]**
4974/22 4975/17
4977/21 5085/20
**Mr. Kolotouros'**
**[2]**  4976/9
4976/14
**Mr. Krueger [1]**
5033/24
**Mr. Krueger's [2]**
5031/18 5032/1
**Mr. LaForce [4]**
5028/23 5030/3
5031/9 5032/1
**Mr. Lehman [1]**
5085/25
**Mr. Palmer [2]**
5063/13 5063/15
**Mr. Pichai [9]**
4985/5 4985/15
4985/23 4985/25
4988/23 4989/14
4989/21 4991/22
5008/20

**Mr. Pichai's [2]**
4991/7 4992/11
**Mr. Roszak [2]**
5085/25 5086/4
**Mr. Schmidtlein**
**[6]**  5062/1
5067/23 5074/3
5079/21 5080/10
5085/2
**Mr. Severt [6]**
4974/2 5062/24
5064/7 5076/4
5078/22 5079/11
**Mr. Sewell [2]**
4999/11 5077/18
**Mr. Shardell [4]**
4983/11 4987/18
4994/6 4996/12
**Mr. Shaw [1]**
5063/8
**Mr. Tinter [6]**
5032/2 5033/4
5034/7 5034/20
5036/21 5086/13
**Mr. Utter [2]**
5041/16 5042/13
**Mr. Weinstein [15]**
5038/1 5038/3
5038/23 5041/7
5041/15 5042/13
5042/24 5044/16
5045/8 5045/18
5045/19 5046/15
5046/19 5049/1
5050/9
**Mr. Yoo [2]**
5085/24 5086/5
**Ms. [33]**  4974/5
4974/21 4977/5
4980/11 4993/9
4993/15 4994/11
4996/10 4997/7
4997/19 4998/12
4998/24 5001/12
5001/16 5009/13
5017/9 5017/14
5017/21 5018/21
5019/11 5022/9
5023/15 5036/9
5036/21 5060/14
5060/15 5062/4
5075/9 5077/10
5078/21 5079/20
5081/14 5086/14
**Ms. Braddi [29]**
4974/5 4974/21
4977/5 4980/11
4993/9 4993/15
4994/11 4996/10
4997/7 4997/19
4998/12 4998/24
5001/12 5001/16
5009/13 5017/9
5017/14 5017/21
5018/21 5019/11
5022/9 5060/14
5060/15 5062/4
5075/9 5077/10
5078/21 5079/20

5081/14
**Ms. Johnson [3]**
5023/15 5036/9
5036/21
**Ms. Kartasheva [1]**
5086/14
**much [7]**  5022/1
5026/21 5027/17
5068/17 5068/18
5073/9 5081/14
**multiple [2]**
5024/3 5024/8

**N**

**name [6]**  4975/4
4993/12 4993/14
5022/10 5037/21
5064/16
**named [1]**  5063/6
**namely [1]**
5038/11
**names [1]**  4975/6
**narrowed [1]**
5084/1
**native [4]**
5033/12 5033/15
5033/17 5047/3
**Navigator [2]**
5066/15 5066/18
**Nebraska [2]**
4971/23 5022/11
**necessarily [2]**
4982/17 5071/8
**need [5]**  4988/6
4997/18 5014/4
5015/6 5082/14
**needed [2]**
5008/24 5057/16
**negotiate [1]**
5072/2
**negotiated [2]**
5073/11 5073/23
**negotiating [7]**
4992/17 5008/9
5066/3 5072/14
5083/6 5083/24
5083/25
**negotiation [5]**
4975/18 4984/12
5008/17 5054/13
5070/22
**negotiations [6]**
5008/20 5008/23
5009/9 5010/17
5058/12 5077/18
**negotiator [2]**
5008/12 5008/19
**neither [1]**
4988/18
**nets [1]**  4988/8
**Netscape [3]**
5066/13 5066/15
5066/18
**Netscape's [1]**
5066/14
**new [17]**  4971/25
4982/5 4982/7
4982/9 4989/8
4990/21 4995/11

new... ...parity/feature

**N**

**new... [10]**
4995/14 5003/11
5027/11 5054/20
5065/9 5066/2
5069/12 5072/3
5074/4 5074/4
**newer [1]**   5062/19
**next [12]**   4982/22
4986/3 4987/9
4995/6 4999/19
5027/7 5027/10
5076/16 5085/22
5085/24 5086/14
5086/14
**Nike [5]**   5002/2
5002/5 5002/19
5003/3 5074/12
**Nike.com [1]**
5003/4
**Nikesh [1]**
5077/13
**nonconversion [1]**
5015/7
**none [1]**   5032/25
**nonstandard [1]**
4980/22
**nor [2]**   4985/18
5035/16
**not with [1]**
5018/1
**note [6]**   5027/23
5047/21 5051/3
5054/5 5054/7
5059/8
**noted [1]**   5023/22
**notes [11]**
4980/13 4980/24
4983/15 4993/11
5026/2 5027/8
5029/7 5036/25
5038/23 5046/21
5046/23
**notion [1]**   5066/4
**November [4]**
4975/20 5029/4
5048/19 5070/14
**number [13]**
4977/21 4984/2
4984/5 4993/9
5009/14 5015/6
5023/13 5032/25
5064/12 5072/4
5072/8 5073/5
5080/9
**numbered [2]**
5068/23 5069/16
**numbers [5]**
4994/12 5007/15
5013/2 5013/4
5085/7
**NW [3]**   4971/14
4971/18 4972/24
**NY [1]**   4971/25
**NYC [7]**   4975/1
4975/4 4975/7
4975/14 4978/8
4978/13 5064/15

**O**

**o'clock [1]**
5021/25
**object [1]**
5060/18
**objected [1]**
5085/10
**objection [17]**
4979/15 4984/21
4991/25 4992/13
4993/21 4996/24
4999/24 5005/6
5019/1 5019/6
5025/22 5045/23
5060/21 5061/17
5079/14 5079/15
5084/4
**objections [5]**
5082/12 5082/13
5084/5 5084/6
5084/16
**objectives [1]**
5038/14
**obligated [1]**
5013/24
**obligation [15]**
4978/18 4995/16
4999/4 5000/12
5000/16 5000/19
5001/1 5001/8
5014/20 5016/1
5069/13 5070/3
5070/11 5072/11
5072/14
**obligations [4]**
4999/6 5020/21
5020/24 5020/24
**obligatory [1]**
4976/20
**obviously [2]**
5074/7 5075/10
**OC [4]**   4992/22
4992/25 4993/10
4993/11
**occurred [2]**
5029/15 5077/11
**October [2]**
4971/5 5047/19
**off [7]**   4974/15
5009/4 5012/22
5028/25 5034/5
5060/16 5078/9
**offer [6]**   4995/1
4995/9 5012/18
5018/25 5023/20
5081/25
**offered [1]**
5022/22
**offering [7]**
4978/9 4985/1
4986/4 4995/4
5017/10 5018/14
5061/1
**offers [1]**   4978/9
**offers/encourages
[1]**   4978/9
**Official [2]**
4972/23 5087/3

**often [2]**   5015/17
5015/20
**once [4]**   5017/17
5031/3 5048/13
5072/17
**one [63]**   4974/6
4975/9 4977/19
4977/19 4979/2
4979/23 4982/12
4983/20 4984/2
4985/8 4986/8
4986/21 4988/20
4991/4 4995/14
4995/14 5003/1
5003/12 5007/21
5010/5 5012/2
5013/2 5015/6
5017/17 5021/13
5023/6 5023/8
5023/9 5023/10
5029/14 5031/13
5031/16 5031/21
5035/14 5035/24
5039/7 5040/1
5041/22 5042/6
5043/14 5043/15
5044/1 5044/15
5044/20 5046/25
5046/25 5047/3
5047/23 5054/2
5054/2 5057/5
5057/13 5058/19
5062/25 5065/21
5067/23 5068/9
5070/9 5071/6
5071/20 5076/2
5082/10 5085/8
**ones [3]**   4998/8
5048/3 5065/9
**ongoing [2]**
5046/9 5069/1
**only [18]**   4979/5
4985/19 4986/21
4989/18 4991/12
4997/18 5012/16
5025/17 5025/20
5025/22 5048/10
5051/21 5052/9
5067/2 5067/4
5079/25 5082/17
5085/16
**open [3]**   4989/8
5007/13 5034/2
**opened [3]**
4989/22 4990/18
4990/22
**opening [2]**
5046/8 5075/17
**operating [1]**
5071/13
**operative [1]**
5075/13
**opinion [3]**
5068/11 5068/14
5068/15
**opposed [2]**
5011/10 5070/24
**optics [2]**
4985/19 4985/25

**optimization [1]**
5024/23
**optimized [2]**
5024/25 5068/17
**option [5]**
4985/18 4987/25
4988/8 4995/15
5069/13
**options [3]**
4978/10 4983/24
5057/4
**order [3]**   5004/14
5016/12 5085/21
**organize [1]**
5037/12
**originally [1]**
5030/17
**OS [1]**   4982/9
**others [6]**
4975/12 4975/14
4999/8 5014/24
5024/16 5056/23
**out [18]**   4998/21
4998/22 5005/24
5007/22 5021/8
5032/5 5049/2
5049/9 5055/19
5060/19 5062/13
5062/19 5064/23
5067/19 5073/4
5073/20 5073/24
5077/5
**out-of-court [1]**
5060/19
**outcome [2]**
4983/2 4983/3
**outreach [1]**
5031/19
**outstanding [1]**
5084/10
**over [9]**   4975/6
4979/9 5012/13
5013/3 5043/21
5043/25 5062/25
5067/19 5083/7
**over-triggering
[1]**   5013/3
**overview [1]**
4994/15
**own [5]**   5004/6
5004/16 5032/23
5047/2 5077/7
**owners [1]**
5028/25

**P**

**p.m [5]**   4971/6
5009/20 5022/2
5022/3 5086/20
**page [89]**   4973/2
4973/11 4975/25
4975/25 4980/23
4981/11 4983/1
4983/10 4983/10
4987/12 4988/22
4989/5 4989/7
4989/8 4989/11
4989/12 4989/13
4989/16 4990/4

4990/14 4990/17
4990/17 4990/19
4990/21 4990/24
4990/25 4991/1
4991/3 4991/10
4992/5 4994/1
4994/10 4994/24
4995/6 4995/11
4996/15 4997/5
4999/19 5000/3
5000/5 5000/6
5001/13 5002/23
5002/25 5007/9
5009/19 5009/25
5010/13 5010/19
5011/18 5011/23
5012/2 5017/22
5018/5 5019/17
5023/12 5023/19
5026/1 5026/9
5026/9 5027/7
5027/7 5028/6
5028/18 5028/22
5029/11 5031/24
5032/21 5041/15
5042/15 5042/18
5043/13 5043/17
5044/18 5045/2
5045/2 5045/3
5045/3 5046/17
5059/8 5060/16
5064/13 5066/21
5068/23 5069/11
5069/16 5071/24
5072/4 5077/15
**pages [3]**   5009/14
5060/14 5068/24
**paid [1]**   4996/2
**pair [1]**   5003/11
**Palmer [3]**
5063/11 5063/13
5063/15
**Pandu [1]**   5021/3
**panned [1]**
5007/22
**paper [1]**   5080/11
**paragraph [25]**
4986/3 4991/7
4997/5 4997/20
5015/16 5024/12
5024/18 5024/21
5025/7 5026/15
5027/8 5028/6
5031/17 5033/25
5036/10 5038/9
5039/4 5044/2
5055/18 5075/17
5075/19 5076/16
5080/12 5080/13
5081/3
**parameters [1]**
5054/19
**parenthetical [1]**
4998/1
**parity [6]**
5026/10 5026/22
5028/8 5037/18
5037/23 5045/5
**parity/feature [1]**
5028/8

**P**

part [15]    4996/16
4997/13 5030/14
5030/21 5048/10
5050/10 5050/14
5051/8 5053/15
5053/17 5071/3
5073/16 5078/2
5080/21 5080/25
participant [1]
5010/1
participate [1]
5026/6
particular [4]
4993/6 4996/3
5002/12 5017/4
parties [6]
5035/15 5061/21
5072/2 5073/11
5082/10 5086/5
parties' [1]
5085/6
partner [4]
5020/1 5020/7
5022/14 5070/7
partnership [3]
4994/15 5019/21
5022/13
partnerships [3]
5032/16 5032/17
5063/16
party [1]    5027/20
pass [2]    5021/14
5061/25
passed [1]
5034/23
past [3]    4986/4
4986/24 5020/13
patent [2]
5071/12 5071/21
path [1]    5058/9
pattern [1]
5015/8
Patterson [1]
4971/23
Paul [1]    5063/6
pay [3]    4980/7
4984/12 5070/1
paying [3]
4974/11 5011/9
5070/10
payment [2]
4988/2 4988/8
payments [1]
4978/8
PCs [1]    4982/9
Peggy [5]    5023/1
5023/22 5026/2
5026/4 5035/21
Peggy's [1]
5029/19
pending [1]
5006/1
people [1]
5034/15
per [5]    4986/14
5041/20 5041/23
5042/10 5046/24

percent [1]
5015/7
percentage [2]
5007/16 5017/4
percentages [1]
5085/10
performed [1]
5031/19
perhaps [4]
4983/16 4996/4
5056/23 5083/22
period [7]
4983/14 5022/18
5022/25 5029/2
5039/18 5067/1
5071/21
permissible [12]
5018/13 5018/20
5074/17 5074/18
5074/19 5075/25
5076/17 5078/13
5078/16 5080/14
5080/21 5081/2
permit [2]    4980/4
4980/5
permitted [2]
5041/3 5049/13
person [5]    5008/1
5032/12 5034/14
5037/20 5083/17
person's [1]
5007/22
perspective [3]
5007/22 5008/2
5038/18
pertains [1]
5019/25
Phil [5]    4985/8
4985/11 4985/11
4989/2 4989/11
phone [5]    4974/12
4988/25 4989/3
4990/18 5046/20
phones [1]    5002/9
Pichai [9]    4985/5
4985/15 4985/23
4985/25 4988/23
4989/14 4989/21
4991/22 5008/20
Pichai's [2]
4991/7 4992/11
pick [2]    4974/19
5032/24
piece [3]    5066/3
5071/12 5080/11
pieces [2]
4994/11 5071/4
pilot [1]    5028/25
place [5]    4982/5
4993/1 5001/9
5020/14 5052/7
placement [4]
4980/8 4983/25
4984/2 4984/5
places [1]
4989/23
Plaintiff [1]
4972/2
plaintiffs [5]

4971/4 4971/13
4971/22 5085/10
5086/16
plaintiffs' [1]
5085/13
plan [8]    5028/7
5028/15 5081/25
5082/1 5082/9
5082/11 5082/21
5084/3
planning [2]
5033/25 5034/3
platform [5]
5024/24 5050/12
5070/1 5070/5
5070/7
platforms [5]
5023/22 5024/23
5024/25 5025/6
5068/16
please [6]
4976/23 4987/21
4988/21 5009/16
5054/3 5054/23
plus [3]    5012/17
5020/13 5028/25
plussed [1]
5063/10
PM [1]    5013/5
point [24]
4994/18 4995/25
5025/4 5026/13
5028/9 5029/18
5029/18 5030/7
5030/11 5032/12
5034/14 5038/17
5041/12 5041/25
5047/10 5047/22
5054/25 5055/18
5059/1 5059/22
5065/11 5069/8
5072/1 5072/24
pointed [3]
5040/17 5040/25
5080/12
points [5]
4983/20 5029/9
5029/12 5029/14
5038/23
popular [1]
5068/15
populates [1]
5004/2
portion [6]
4978/3 4997/12
4997/18 5060/15
5060/18 5080/12
portion's [1]
4997/15
portions [5]
5025/18 5025/21
5061/12 5085/14
5085/16
position [7]
4986/8 5012/9
5036/11 5036/18
5044/7 5049/12
5057/25
positions [1]

5071/15
possible [4]
4982/13 5002/15
5038/13 5074/6
potential [1]
5085/11
potentially [3]
5016/11 5025/16
5082/24
pre [3]    5026/2
5029/6 5067/3
pre-brief [2]
5026/2 5029/6
pre-loaded [1]
5067/3
precise [1]
4997/4
predicted [1]
5007/23
prefer [1]
5082/22
preferential [1]
5036/13
preferred [1]
5073/7
prejudice [1]
5085/15
prep [1]    5027/23
prepare [1]
5026/3
prepared [8]
5026/7 5029/7
5030/8 5035/6
5035/6 5035/7
5043/5 5048/20
prepares [1]
5026/5
preparing [2]
5026/6 5031/15
presentation [2]
4992/23 5017/3
presented [1]
4993/3
presenter [1]
4994/6
president [1]
5032/16
pretty [1]
5086/12
prevent [1]
5075/3
prevented [1]
5014/8
preventing [1]
5011/3
prevents [2]
4991/10 5010/21
pricing [1]
5085/11
primarily [1]
5024/23
primary [1]
5084/24
principal [1]
5016/9
prior [5]    5020/14
5027/25 5031/13
5044/4 5066/11
priorities [6]

5032/24 5032/24
5033/22 5034/24
5035/5 5048/22
prioritization [2]
5044/14 5044/20
priority [4]
5034/18 5043/14
5045/11 5045/11
privacy [1]
5085/15
private [1]
5000/24
privilege [2]
5009/15 5064/8
privileged [1]
4976/20
probably [5]
5007/13 5046/6
5046/20 5068/4
5068/16
problem [6]
4990/16 4990/16
4990/23 5008/24
5009/1 5074/24
proceedings [3]
5063/20 5086/20
5087/5
process [6]
5033/8 5059/10
5060/1 5060/4
5062/13 5067/7
produced [1]
5060/11
product [56]
4996/8 4998/4
4998/7 4998/9
5001/17 5005/4
5011/22 5013/5
5020/3 5025/7
5027/1 5028/20
5029/21 5030/22
5030/24 5031/1
5031/7 5031/14
5031/21 5032/23
5033/21 5034/15
5035/10 5037/24
5038/9 5041/10
5041/11 5044/14
5044/19 5044/20
5044/24 5045/4
5047/18 5048/6
5048/12 5048/16
5048/17 5048/19
5049/23 5050/15
5050/19 5051/23
5056/19 5056/22
5056/25 5057/2
5057/11 5062/20
5063/16 5066/14
5067/13 5068/12
5068/18 5071/13
5079/24 5081/9
products [6]
4979/11 4979/12
4998/14 4998/16
4998/18 5031/3
progress [1]
5032/5
project [1]

**P**

**project... [1]**
5062/15
**projections [1]**
5085/7
**prominent [1]**
4989/16
**property [3]**
5071/6 5071/10
5072/5
**proposals [1]**
5085/6
**propose [1]**
5082/2
**proposed [7]**
4987/16 5029/3
5029/25 5030/23
5030/25 5045/15
5074/16
**proposes [1]**
5043/18
**proposing [3]**
5045/14 5049/14
5073/2
**protection [2]**
4988/6 4988/19
**provide [4]**
5036/13 5046/24
5051/4 5077/7
**provided [9]**
4982/18 5012/17
5039/10 5041/11
5042/5 5047/1
5047/3 5055/23
5077/2
**provider [9]**
4981/18 4982/13
4985/19 4995/16
4999/5 5011/10
5012/9 5069/14
5069/15
**provides [5]**
5038/24 5039/8
5039/24 5050/13
5077/8
**provision [6]**
5076/8 5076/21
5077/2 5077/6
5080/16 5080/17
**provisions [2]**
5075/12 5076/2
**PSX1111 [3]**
4973/22 5025/12
5025/24
**PSX1158 [1]**
5041/6
**PSX337 [1]** 5059/4
**PSX360 [1]**
5035/21
**PSX377 [1]**
5034/19
**PSX378 [1]**
5031/24
**PSX4 [1]** 5037/5
**PSX433 [1]**
5033/23
**PSX457 [1]**
5044/13

**PSX462 [2]** 5030/2
5031/5
**PSX466 [1]** 5043/7
**PSX467 [1]**
5043/11
**PSX478 [1]**
5041/14
**PSX480 [2]** 5037/4
5037/13
**PSX481 [1]** 5023/6
**PSX483 [1]**
5037/25
**PSX514 [1]** 5045/7
**PSX516 [1]** 5050/7
**PSX517 [2]** 5053/8
5053/20
**PSX518 [1]**
5053/24
**PSX522 [3]**
5056/15 5057/19
5058/15
**PSX572 [1]**
5059/16
**PSX743 [3]**
4973/24 5046/13
5061/23
**PSX750 [3]**
5042/12 5042/12
5042/16
**PSX755 [1]**
5036/20
**PSX757 [4]**
4973/23 5045/17
5045/22 5045/25
**PSX759 [1]** 5046/2
**public [3]** 4977/4
4977/4 5085/14
**pull [1]** 4985/17
**purely [1]**
4998/10
**Purportedly [1]**
5061/15
**purpose [4]**
5025/22 5033/18
5033/20 5078/16
**purposes [4]**
5014/7 5016/23
5060/20 5061/1
**pursuant [1]**
5054/5
**push [4]** 5023/21
5081/23 5083/21
5084/2
**pushed [1]**
5073/10
**pushing [1]**
5032/4
**put [15]** 4977/16
4988/20 4990/19
4993/15 4998/11
5001/12 5008/8
5018/24 5023/4
5048/13 5050/4
5055/9 5057/6
5068/19 5082/19
**putting [2]**
4992/4 5082/17
**PX911 [1]** 5063/2

**Q**

**quality [8]**
5014/7 5014/11
5014/12 5016/8
5016/23 5017/2
5017/3 5065/17
**queries [15]**
5006/17 5010/21
5011/3 5011/5
5011/9 5015/17
5015/20 5020/19
5077/22 5077/23
5078/3 5078/18
5078/19 5079/2
5079/7
**query [13]**
4990/10 5001/1
5001/2 5002/12
5002/15 5003/25
5007/1 5007/3
5064/22 5075/4
5076/23 5077/6
5077/7
**queue [1]** 5085/24
**quick [4]** 4987/5
4997/3 5075/6
5083/21
**quickly [1]**
5086/12
**quite [2]** 5024/5
5084/9
**quo [1]** 4994/22
**quote [5]** 5015/13
5023/16 5029/20
5044/3 5058/3

**R**

**raise [4]** 5016/1
5027/9 5035/11
5035/13
**raised [6]**
5014/13 5016/20
5035/1 5051/2
5065/14 5079/1
**raising [3]**
5026/11 5064/17
5065/12
**range [1]** 4975/10
**rapidly [1]**
5032/4
**rate [4]** 5014/15
5016/14 5016/24
5076/9
**rates [6]** 5013/2
5016/18 5017/11
5018/16 5076/4
5076/12
**rationale [1]**
5069/17
**re [1]** 5063/17
**read [10]** 4995/19
5003/6 5007/3
5017/23 5040/20
5041/13 5066/23
5077/5 5078/1
5078/2
**reading [2]**
5036/19 5049/4

**reads [1]** 5000/12
**ready [4]** 4974/2
5016/2 5022/4
5030/3
**realized [1]**
5008/24
**really [8]**
4986/12 4986/22
4988/9 4999/17
5004/7 5057/4
5068/17 5085/12
**reason [1]** 5024/2
**reasons [1]**
5011/6
**recall [18]**
4974/7 4974/17
4985/24 5001/16
5027/21 5028/5
5036/19 5063/9
5063/13 5063/19
5064/1 5065/11
5067/12 5067/12
5067/15 5068/25
5079/22 5079/23
**receive [1]**
5001/10
**received [2]**
5059/6 5085/19
**recent [1]**
5023/11
**Recently [1]**
5026/20
**Recess [1]** 5022/2
**recollection [3]**
4993/8 4993/16
5086/8
**recommendations
[2]** 5065/1
5085/9
**record [7]** 5022/3
5060/22 5061/11
5061/12 5061/19
5082/17 5087/5
**records [1]**
5061/5
**recounts [1]**
4983/17
**recruit [1]**
5031/15
**recruitment [2]**
5030/4 5030/8
**red [6]** 4996/16
4996/19 4997/3
4997/6 5046/6
5072/25
**redact [1]**
5085/17
**redacted [2]**
4994/11 4997/12
**Redirect [2]**
4973/7 5079/18
**redirections [1]**
5012/19
**reduced [1]**
5064/20
**reduced the [1]**
5064/20
**reevaluate [1]**
5015/6

**refer [7]** 5020/4
5023/7 5023/24
5042/8 5051/3
5056/1 5066/22
**reference [15]**
4985/11 4995/19
5013/11 5017/2
5024/12 5026/2
5046/17 5059/21
5063/22 5064/7
5066/22 5069/5
5071/25 5073/1
5076/12
**referenced [5]**
5018/11 5035/24
5046/3 5063/23
5064/8
**references [3]**
5010/8 5010/9
5029/24
**referencing [1]**
5030/3
**referred [1]**
5012/16
**referring [18]**
4982/1 4982/2
5018/8 5019/24
5023/25 5025/1
5025/1 5028/1
5028/14 5033/4
5044/3 5047/24
5049/8 5053/5
5054/25 5056/11
5056/12 5078/7
**refers [3]** 5011/1
5023/16 5047/17
**refresh [2]**
4993/8 4993/15
**refused [1]**
5070/10
**regarding [9]**
5022/11 5022/21
5029/3 5031/15
5034/20 5043/3
5058/23 5065/22
5077/20
**regardless [2]**
5061/8 5070/5
**regards [1]**
5067/4
**regularly [1]**
5050/24
**regulatory [3]**
5063/18 5063/19
5063/24
**reiterate [1]**
5033/3 5033/8
**relate [1]** 5085/6
**related [3]**
4989/5 5047/11
5071/12
**relates [1]**
4977/10
**relating [4]**
5005/1 5009/22
5019/21 5085/11
**relationship [3]**
4977/11 4995/20
5022/14

**R**

**relevant [2]**
5082/14 5084/7
**relied [1]**    5056/9
**relief [1]**
4992/12
**remain [5]**
4998/20 5014/4
5015/24 5034/2
5075/21
**remained [3]**
5001/9 5015/9
5016/19
**remember [7]**
4975/13 4975/14
5009/16 5037/21
5063/10 5071/18
5074/20
**remind [2]**    5023/9
5086/4
**remove [4]**    4998/7
4999/4 4999/6
5085/16
**removed [1]**
5064/16
**removing [1]**
5064/21
**renewal [1]**
5069/1
**repaired [1]**
5029/16
**repeat [1]**
4998/12
**reply [1]**    5051/1
**report [2]**
5032/19 5041/20
**reported [4]**
4981/6 5008/15
5022/17 5077/14
**Reporter [3]**
4972/23 4972/23
5087/3
**reporter's [1]**
5074/9
**reporting [2]**
4988/17 4994/8
**request [5]**
5022/21 5045/5
5058/2 5072/3
5072/10
**requested [1]**
5062/10
**requesting [2]**
5041/9 5049/17
**requests [7]**
4974/16 5019/25
5026/21 5028/8
5028/10 5028/16
5033/9
**required [2]**
5017/9 5033/17
**requirement [1]**
5015/23
**requirements [1]**
5031/12
**requires [1]**
4979/2
**resolution [2]**

**resolve [3]**
5032/13 5071/21
5084/6
**resource [1]**
5056/21
**respect [2]**
4987/22 5030/23
5034/16 5061/6
5071/15 5085/14
5085/20
**respectively [1]**
4986/10
**respond [2]**
5028/12 5072/18
**responded [1]**
4976/10
**response [10]**
5012/2 5031/6
5031/9 5031/13
5033/3 5034/5
5034/6 5048/25
5049/1 5049/1
**responses [1]**
5082/13
**responsible [2]**
4980/20 5013/5
**rest [3]**    5012/16
5015/16 5080/24
**restrictions [1]**
5021/7
**result [5]**    5007/5
5007/6 5074/12
5074/13 5077/7
**results [5]**
5002/22 5002/25
5003/1 5003/20
5007/9
**resume [1]**    5022/1
**returns [1]**
4989/12
**rev [3]**    4974/11
4986/14 5070/10
**revealed [1]**
5044/21
**revenue [14]**
4984/3 4984/6
4984/8 5001/10
5005/11 5005/16
5007/17 5013/19
5013/20 5013/20
5013/23 5069/14
5069/21 5078/8
**review [6]**
4992/23 4993/3
4993/11 5029/10
5029/25 5046/9
**reviewed [6]**
5026/7 5029/8
5029/9 5031/1
5060/12 5085/4
**Reviewing [1]**
5076/9
**reviews [1]**
5005/25
**revised [1]**
5045/19
**revisiting [1]**
5034/2

5059/10 5083/25

**RICHARD [1]**
4971/16
**right [182]**
**right-hand [1]**
5023/13
**rights [1]**
5023/21
**rising [1]**    5032/4
**road [9]**    5027/3
5028/11 5029/22
5029/24 5029/25
5031/1 5031/11
5031/20 5034/13
**role [1]**    5022/13
**Rosy [1]**    5023/11
**Roszak [3]**
5085/25 5086/4
5086/5
**roughly [5]**
5031/10 5031/25
5043/21 5060/6
5067/15
**round [3]**    5058/11
5085/24 5086/14
**rule [1]**    5082/14
**run [1]**    5016/9
**running [5]**
4979/20 5002/2
5002/13 5003/11
5034/1
**Ryan [2]**    5031/6
5031/8

**S**

**SA [1]**    5039/13
**SA360 [97]**
5022/12 5022/23
5023/21 5023/25
5024/3 5024/5
5025/2 5025/3
5025/4 5026/10
5027/11 5027/14
5027/17 5027/19
5028/7 5028/19
5028/24 5029/21
5033/16 5033/18
5033/20 5034/23
5036/13 5036/25
5037/13 5038/11
5038/24 5039/8
5039/9 5039/10
5039/11 5039/14
5039/16 5039/18
5039/25 5040/4
5040/6 5040/7
5040/10 5040/14
5040/15 5040/21
5041/2 5041/3
5041/22 5044/13
5047/4 5048/8
5048/10 5049/3
5049/10 5050/1
5050/3 5050/11
5050/13 5051/5
5051/9 5051/10
5051/13 5051/15
5051/21 5051/25
5052/1 5052/1
5052/3 5052/3

5052/6 5052/8
5052/9 5052/10
5052/12 5052/13
5052/17 5052/25
5053/5 5053/11
5053/17 5054/8
5055/2 5055/3
5055/5 5055/9
5055/10 5055/14
5055/14 5055/19
5055/23 5055/24
5055/25 5058/1
5058/2 5058/4
5058/6 5059/11
5059/17 5062/7
5062/14
**SA360's [2]**
5040/2 5053/12
**SA360/GA360 [1]**
5026/10
**Safari [67]**
4979/3 4979/5
4980/2 4980/6
4981/18 4982/9
4984/3 4984/13
4984/17 4985/1
4986/5 4986/9
4986/9 4986/19
4986/21 4986/19
4986/21 4987/2
4989/5 4989/9
4989/13 4989/17
4989/22 4989/25
4990/17 4991/1
4991/2 4992/7
4992/9 4992/10
4994/3 4994/18
4999/5 5001/9
5005/2 5006/13
5006/24 5007/16
5007/17 5007/20
5008/4 5012/9
5015/8 5015/17
5018/14 5019/14
5019/22 5020/2
5020/3 5066/2
5067/2 5067/3
5067/7 5067/13
5067/15 5068/2
5068/4 5068/5
5068/10 5069/2
5069/21 5070/25
5075/8 5075/18
5077/19 5079/21
5080/3
**Safari-Google [1]**
4986/9
**Safari-Yahoo [1]**
4986/9
**Safari/Windows [1]**
4984/3
**Safe [1]**    5081/17
**sales [2]**    5044/14
5077/14
**SALLET [1]**    4972/2
**same [17]**    4982/22
4983/13 4983/14
4985/16 4996/1
5001/14 5014/15

5023/19 5034/7
5034/10 5040/20
5047/23 5052/17
5053/5 5053/7
5072/12 5084/20
**satisfy [1]**
5054/17
**Satya [1]**    5032/4
**saw [7]**    4989/22
4991/22 4993/14
5012/18 5032/11
5064/24 5081/8
**saying [4]**
4989/11 5016/25
5032/2 5072/18
**scheduling [1]**
5009/22
**Schiller [1]**
4985/11
**SCHMIDTLEIN [8]**
4972/7 4973/6
5062/1 5067/23
5074/3 5079/21
5080/10 5085/2
**scope [2]**    5049/2
5049/9
**scream [1]**
5072/20
**screen [16]**
4979/24 4980/1
4980/6 4982/16
4982/21 4984/16
4985/4 4989/17
4992/5 4992/8
4992/8 4997/11
5000/20 5063/22
5064/2 5065/12
**screens [1]**
4992/7
**seal [2]**    4997/5
5085/5
**search [66]**
4977/7 4977/10
4977/22 4978/10
4979/3 4979/9
4979/20 4979/24
4981/18 4982/13
4984/16 4989/16
4989/17 4989/23
4989/25 4990/3
4990/6 4990/10
4990/22 4991/2
4991/12 4992/5
4994/3 4994/19
4995/16 4997/23
4999/5 5000/7
5000/9 5000/12
5001/2 5003/1
5003/15 5003/19
5006/13 5007/8
5011/10 5012/8
5019/14 5019/22
5020/14 5020/19
5024/4 5024/8
5030/5 5036/11
5036/14 5036/18
5047/2 5064/16
5064/17 5064/21
5065/17 5066/25

5103

**S**

**search... [12]**
5069/2 5069/5
5069/14 5069/15
5071/5 5072/8
5072/9 5073/8
5073/17 5076/23
5077/7 5078/3
**searches [1]**
5002/16
**second [20]**
4975/25 4980/23
4986/4 4995/14
5000/9 5006/4
5009/6 5010/4
5010/13 5011/23
5019/17 5024/18
5026/9 5031/17
5038/8 5046/23
5047/21 5059/8
5066/21 5071/24
**section [8]**
4972/3 4981/11
4983/2 5000/6
5000/10 5013/8
5035/25 5042/21
**seek [1]** 5044/3
**seeking [8]**
5039/1 5041/2
5048/23 5050/4
5052/7 5055/9
5056/23 5057/1
**seem [1]** 5056/19
**seems [2]** 5069/25
5082/24
**select [3]** 4990/9
4991/4 5004/19
**selection [1]**
5067/7
**selections [1]**
4988/16
**selects [2]**
5003/23 5037/17
**self [1]** 5086/7
**self-contained [1]**
5086/7
**sell [1]** 5010/23
**selling [1]**
5078/9
**send [2]** 5042/14
5078/3
**sending [3]**
5012/5 5041/8
5045/8
**senior [2]**
4985/13 4988/25
**sent [14]** 4975/20
4996/16 5027/23
5032/8 5032/8
5032/11 5036/3
5036/6 5042/10
5042/13 5044/15
5045/20 5048/3
5085/23
**sentence [15]**
4982/22 4986/4
4997/9 4997/20
4997/22 5006/12

5017/25 5018/6
5046/25 5049/8
5058/23 5075/18
5075/19 5080/22
5080/24
**separate [15]**
4990/3 5039/9
5040/4 5050/12
5051/10 5052/19
5052/24 5053/1
5055/24 5058/3
5067/6 5069/9
5071/5 5082/13
5083/11
**separately [1]**
5033/17
**September [17]**
5012/21 5013/13
5013/25 5014/5
5014/15 5015/8
5017/12 5018/8
5018/16 5020/4
5020/9 5020/15
5020/20 5021/11
5049/25 5056/15
5064/1
**September 17th [1]**
5056/15
**September 2016
[12]** 5012/21
5013/25 5014/5
5015/8 5017/12
5018/8 5018/16
5020/4 5020/9
5020/15 5020/20
5021/11
**series [2]**
5046/13 5065/21
**services [6]**
4998/15 4998/18
5000/13 5068/15
5075/16 5075/20
**Session [1]**
4971/7
**set [15]** 4978/7
4979/2 4981/14
4989/13 4990/25
4991/1 4995/16
4995/25 4996/4
4996/7 4998/8
5003/19 5069/13
5069/15 5070/11
**sets [1]** 5044/2
**setting [4]**
4991/10 4994/19
4997/22 5057/24
**settings [1]**
4978/9
**settlement [4]**
5030/15 5035/25
5054/17 5059/10
**several [2]**
5039/5 5039/19
**SEVERT [9]**
4971/16 4973/4
4973/7 4974/2
5062/24 5064/7
5076/4 5078/22
5079/11

**Sewell [4]** 4999/8
4999/11 5077/16
5077/18
**shall [1]** 5076/17
**Shardell [5]**
4981/4 4983/11
4987/18 4994/6
4996/12
**share [11]**
4974/11 4984/3
4984/6 4984/8
4986/14 5001/10
5024/13 5054/9
5069/14 5070/11
5078/8
**shared [3]** 4996/1
5038/10 5049/19
**Shashi [1]** 5021/3
**Shaw [2]** 5063/6
5063/8
**sheet [2]** 4999/14
4999/21
**shoes [1]** 5002/2
**short [3]** 5012/8
5080/5 5085/21
**shorter [1]**
5073/9
**shorthand [1]**
5018/7
**shortly [1]**
5041/7
**show [6]** 5001/12
5004/8 5004/9
5016/6 5016/12
5017/20
**showed [2]**
4989/15 5047/20
**shown [3]** 5065/21
5065/21 5076/7
**shows [2]** 5004/16
5004/21
**shrunk [1]**
5064/22
**sic [1]** 5014/9
**side [3]** 5007/15
5021/4 5021/6
**sides [3]** 5023/2
5029/15 5061/22
**sigh [1]** 4992/12
**sign [1]** 5034/5
**signaled [1]**
5035/2
**signed [1]**
5013/13
**significance [1]**
5069/4
**similar [15]**
5006/21 5006/23
5014/4 5014/6
5014/10 5015/9
5015/24 5016/6
5016/15 5016/20
5017/1 5068/14
5075/21 5081/5
5081/8
**single [2]**
4985/22 4985/24
**siphon [1]**
5006/17

**site [2]** 5068/5
5068/5
**six [1]** 5080/1
**slide [12]**
5004/25 5004/25
5005/10 5005/11
5005/12 5005/17
5005/19 5005/20
5006/4 5006/4
5006/6 5007/14
**slip [1]** 5044/11
**slow [1]** 5042/20
**slower [1]** 5013/6
**small [1]** 5032/25
**Smart [1]** 5064/16
**Smith [1]** 5037/16
**SMURZYNSKI [1]**
4972/7
**SNE [1]** 5002/13
**sneakers [2]**
5002/22 5003/11
**software [16]**
4991/13 5016/9
5018/20 5074/17
5074/18 5074/19
5075/16 5075/18
5075/25 5076/17
5076/19 5078/13
5078/16 5080/14
5080/21 5081/2
**solely [1]**
5016/22
**solution [4]**
5001/6 5047/4
5047/22 5078/4
**solutions [1]**
5047/2
**solve [1]** 5037/1
**somebody [2]**
5022/5 5026/7
**someone [6]**
4997/23 5011/9
5023/9 5027/23
5033/14 5041/1
**soon [1]** 5022/1
**sorry [36]**
4978/24 4995/14
4997/11 4998/12
5001/24 5005/21
5006/1 5014/17
5018/3 5018/18
5021/22 5032/14
5033/2 5035/8
5037/5 5038/22
5042/15 5042/16
5042/21 5043/4
5045/3 5045/18
5049/4 5049/7
5052/21 5053/9
5053/16 5058/18
5058/19 5065/3
5065/6 5065/6
5068/9 5070/16
5080/9 5082/16
**sort [20]** 4976/20
4980/17 4994/22
5013/25 5020/12
5062/12 5062/13
5062/19 5062/20

5063/5 5069/8
5070/5 5070/18
5070/20 5071/2
5071/8 5073/4
5075/9 5076/4
5076/8
**sought [1]** 4979/9
**sounds [4]**
5036/25 5083/20
5084/14 5084/18
**sources [1]**
5025/17
**South [1]** 4971/20
**speaking [1]**
4985/7
**specific [2]**
5031/12 5073/4
**specifically [1]**
5044/23
**specified [1]**
4979/5
**specs [1]** 5054/19
**speed [1]** 4975/23
**spend [1]** 5027/19
**spirit [1]**
5018/19
**splicing [1]**
5083/1
**Spoke [1]** 5034/23
**Spotlight [5]**
5005/2 5005/4
5006/13 5006/17
5006/23
**stages [1]**
5070/20
**standalone [8]**
5047/1 5048/9
5049/2 5049/9
5049/20 5051/20
5058/17 5058/21
**start [7]** 4989/7
4989/12 4989/15
4990/17 5009/11
5021/17 5030/4
**started [5]**
4975/19 4975/19
4975/21 5031/11
5043/1
**starting [3]**
4976/14 4996/11
5077/1
**starts [7]** 4976/2
4976/19 4981/23
4997/9 4997/20
5064/15 5080/20
**startup [1]**
4992/8
**state [7]** 4971/22
4971/23 4972/2
5007/1 5007/3
5007/8 5057/25
**statement [2]**
5007/21 5026/20
**statements [3]**
5024/20 5060/19
5061/15
**states [12]**
4971/1 4971/3
4971/11 5021/15

**S**

**states... [8]**
5028/7 5028/23
5034/1 5038/8
5060/6 5073/24
5081/22 5084/19

**status [3]**
4977/22 4994/22
5032/2

**staying [3]**
4984/19 4984/25
5032/21

**step [2]**  5003/12
5081/17

**stepped [1]**
5062/13

**steps [1]**  5008/4

**stick [1]**  5031/5

**still [11]**  4991/8
4994/8 5031/11
5046/9 5061/21
5075/13 5076/21
5080/7 5083/6
5084/4 5084/10

**stood [1]**  4980/17

**stop [3]**  5008/5
5008/7 5013/25

**straight [1]**
5003/4

**strategies [65]**
5038/25 5039/5
5039/9 5039/9
5039/12 5039/13
5039/14 5039/14
5039/16 5039/16
5039/18 5039/19
5039/21 5039/24
5040/1 5040/2
5040/3 5040/7
5040/10 5040/10
5040/15 5040/15
5040/23 5040/24
5041/2 5041/3
5048/11 5048/11
5048/12 5051/9
5051/13 5051/15
5051/16 5051/22
5052/1 5052/4
5052/4 5052/9
5052/10 5052/13
5052/14 5052/17
5052/18 5052/24
5052/25 5053/10
5053/11 5053/18
5054/16 5055/1
5055/3 5055/3
5055/4 5055/5
5055/10 5055/11
5055/13 5055/14
5055/14 5055/20
5055/23 5055/24
5056/12 5058/1
5058/4

**strategy [7]**
4988/7 5040/2
5049/18 5051/5
5051/11 5051/20
5063/18

**Street [3]**
4971/14 4971/18
4971/20

**strike [3]**
5033/15 5058/23
5065/25

**strongly [1]**
5070/5

**struck [3]**  5054/1
5054/3 5054/8

**structure [2]**
5010/21 5058/9

**study [1]**  5048/20

**subject [16]**
4975/1 4999/14
5015/3 5019/14
5027/21 5051/6
5061/20 5061/21
5063/17 5063/19
5076/17 5080/13
5080/20 5080/24
5084/5 5086/7

**submissions [1]**
5085/19

**submit [2]**  5082/8
5082/9

**submitted [1]**
5046/6

**subsequently [1]**
4991/10

**substantially [12]**
5014/4 5014/6
5014/10 5015/9
5015/24 5016/6
5016/15 5016/20
5017/1 5075/21
5081/5 5081/8

**successful [4]**
5067/13 5068/10
5079/25 5080/4

**suggest [3]**
5015/3 5015/7
5020/2

**suggested [1]**
5013/14

**suggestion [8]**
5005/22 5006/23
5006/24 5007/5
5007/11 5009/1
5012/16 5012/18

**suggestions [39]**
5001/17 5001/20
5001/23 5001/25
5002/1 5002/4
5004/3 5004/4
5004/8 5004/9
5004/10 5004/13
5004/13 5004/16
5004/21 5005/1
5005/2 5006/13
5006/16 5007/16
5007/19 5008/5
5008/24 5011/8
5013/3 5013/17
5013/25 5014/4
5014/14 5014/18
5015/18 5015/24
5016/6 5016/15
5016/19 5017/2

**suitable [1]**
5058/7

**Suite [2]**  4971/20
4971/24

**summary [6]**
4975/1 4976/24
4977/1 4981/14
4995/3 5012/6

**Sundar [2]**
4988/14 4988/19

**superior [1]**
5077/8

**support [15]**
5022/22 5026/23
5038/11 5038/23
5038/24 5039/2
5039/7 5039/8
5040/19 5040/25
5044/3 5055/19
5055/22 5055/22
5058/3

**supported [1]**
5067/16

**supporting [2]**
5049/3 5049/10

**supportive [1]**
5066/4

**supposed [1]**
5013/6

**sure [11]**  4985/7
4986/20 4999/7
5011/7 5021/19
5024/17 5049/8
5056/17 5074/8
5082/2 5085/21

**surprising [1]**
5050/16

**survey [2]**
5044/21 5045/4

**suspected [1]**
5020/13

**Sustained [1]**
4992/14

**SW [1]**  4972/8

**systems [1]**
5071/13

**T**

**talk [4]**  4985/9
4988/5 5039/24
5050/24

**talked [8]**  4974/6
5010/5 5010/11
5018/12 5057/1
5057/3 5079/20
5079/24

**talking [14]**
4974/15 5025/17
5025/20 5028/1
5029/9 5029/12
5029/14 5029/18
5029/18 5048/1
5058/11 5072/5
5082/6 5083/15

**talks [4]**  5050/19
5070/19 5075/20
5075/24

**tap [2]**  5007/8
5007/11

**tapping [1]**
5003/1

**taps [1]**  5003/3

**target [5]**
5043/18 5044/5
5045/15 5046/8
5046/10

**tax [2]**  5069/20
5070/7

**team [40]**  4988/17
5022/13 5026/5
5027/2 5028/20
5030/22 5030/24
5031/7 5031/10
5031/14 5031/21
5032/3 5032/23
5034/15 5035/2
5035/10 5037/24
5038/9 5041/10
5041/11 5044/19
5044/25 5045/4
5047/8 5047/12
5047/13 5047/18
5048/6 5048/13
5048/16 5048/17
5048/19 5049/23
5050/15 5050/20
5056/19 5056/22
5057/2 5057/11
5078/1

**technical [1]**
5050/15

**tells [1]**  5031/18

**Temperatures [1]**
5032/3

**tensions [1]**
5071/11

**term [12]**  4976/20
4991/16 4999/14
4999/21 5056/6
5073/1 5073/2
5073/5 5073/6
5073/8 5075/20
5080/5

**terms [12]**
4981/15 4982/9
4982/23 4983/8
4987/15 4995/3
4995/20 4995/21
4997/4 5055/21
5069/9 5069/20

**Terrific [2]**
5086/3 5086/19

**test [13]**  5028/25
5029/1 5029/3
5030/9 5034/2
5034/17 5035/14
5035/15 5035/16
5047/14 5047/17
5050/21 5080/6

**testified [5]**
5062/12 5070/15
5070/18 5074/12
5076/8

**testifying [1]**
5076/3

**testimony [8]**

5001/15 5035/13
5056/19 5056/20
5076/7 5076/10
5081/15 5086/7

**testing [4]**
5030/5 5030/23
5030/25 5059/22

**Thanks [3]**  5022/11
5041/8 5046/22

**theirs [1]**
5001/21

**themes [1]**  5045/5

**theories [1]**
5013/3

**theory [2]**  5035/2
5035/11

**there's the [1]**
5013/8

**therefore [1]**
5027/1

**third [9]**  4991/7
4995/15 5026/15
5027/8 5027/20
5044/2 5061/21
5077/1 5086/5

**third-party [1]**
5027/20

**this document [1]**
5026/6

**this June [1]**
4993/17

**this on [1]**
5075/4

**thought [3]**
5001/6 5037/22
5085/13

**thoughts [1]**
5033/1

**thread [7]**  4976/1
5009/3 5009/12
5010/2 5011/12
5014/22 5019/11

**three [12]**  4983/1
4994/10 4997/5
4997/20 5012/15
5031/25 5034/12
5037/8 5056/5
5072/8 5082/9
5082/10

**Thursday [7]**
5081/25 5082/1
5083/6 5084/3
5084/15 5084/21
5084/25

**Tim [1]**  5063/11

**timeframe [2]**
5046/12 5068/25

**timeline [4]**
5044/11 5054/19
5054/20 5054/21

**times [5]**  4979/10
4993/4 5004/8
5017/15 5065/15

**timing [1]**  5060/8

**Tinter [7]**  5032/2
5033/4 5034/7
5034/20 5036/21
5038/5 5086/13

**title [5]**  4995/7

**T**

**title... [4]**
5005/16 5005/19
5005/20 5032/15
**titled [1]** 4981/1
**today [8]** 4985/8
5023/7 5061/1
5062/24 5074/7
5074/15 5075/13
5076/21
**told [16]** 4983/23
4984/11 5023/1
5031/22 5031/23
5033/21 5035/5
5035/16 5048/12
5048/18 5050/23
5050/25 5051/22
5052/9 5060/9
5064/24
**tomorrow [2]**
5024/13 5024/14
**took [3]** 4984/14
4984/15 4993/1
**tool [8]** 5021/8
5024/7 5033/12
5033/15 5033/18
5033/21 5033/22
5039/6
**tools [4]** 5024/22
5024/24 5025/1
5025/3
**top [32]** 4976/4
4987/6 4987/18
4994/15 5002/3
5002/5 5002/5
5002/6 5002/18
5003/3 5003/4
5003/17 5003/21
5004/2 5004/5
5004/12 5004/13
5004/16 5004/21
5007/19 5008/5
5011/23 5026/1
5042/6 5048/22
5049/6 5059/22
5063/17 5069/17
5074/12 5074/13
5074/14
**topic [3]** 4974/6
5032/4 5074/4
**total [2]** 4978/18
4978/22
**totally [1]**
5051/4
**touched [1]**
5070/25
**towards [1]**
5059/22
**track [3]** 5015/22
5015/25 5016/1
**traffic [5]**
5012/22 5013/4
5020/4 5070/7
5078/9
**transcript [4]**
4971/10 5083/4
5085/8 5087/4
**transcripts [5]**

5082/7 5082/18
5082/21 5085/4
5085/5
**travels [1]**
5081/17
**treated [1]**
5040/20
**treatment [3]**
5036/13 5040/14
5047/25
**trial [2]** 4971/10
4984/15
**tried [3]** 4999/4
4999/6 5083/21
**trigger [6]**
5016/14 5016/18
5016/24 5017/11
5018/15 5027/18
**triggered [2]**
5002/15 5006/18
**triggering [8]**
5013/3 5014/14
5017/10 5018/14
5018/19 5076/4
5076/9 5076/12
**true [5]** 5017/9
5049/25 5050/3
5061/9 5087/4
**try [5]** 4986/20
5032/13 5047/10
5062/19 5075/9
**trying [9]**
4988/15 4988/18
5005/24 5010/20
5033/2 5039/6
5057/2 5071/21
5072/2
**turn [40]** 4975/24
4977/4 4980/23
4985/3 4988/21
4997/5 5025/11
5026/9 5027/7
5028/18 5030/2
5031/24 5033/23
5034/19 5036/20
5037/4 5037/25
5041/14 5041/14
5042/12 5043/10
5043/17 5044/18
5045/2 5045/7
5045/17 5046/2
5046/13 5053/20
5057/19 5057/21
5058/15 5059/16
5063/2 5064/4
5066/21 5068/8
5068/22 5071/24
5072/4
**turned [1]**
5070/21
**twice [1]** 5056/7
**two [41]** 4977/7
4977/13 4977/19
4977/19 4977/21
4980/24 4980/24
4982/13 4982/18
4983/23 4984/5
4985/1 4986/5
4986/8 4986/13

4986/21 4986/24
4987/2 4987/24
4988/15 4988/16
4989/22 4990/22
4997/5 5011/15
5012/17 5020/12
5020/13 5023/2
5023/8 5025/3
5037/19 5043/21
5043/21 5043/25
5044/8 5064/12
5072/4 5081/20
5085/18 5086/13
**Tyler [1]** 4971/23
**type [4]** 5064/22
5072/13 5072/14
5075/4
**typed [1]** 5002/13
**typing [1]**
5002/21

**U**

**U.S [4]** 4971/14
4971/17 4971/20
4972/24
**Uh [9]** 4987/14
4988/1 4994/17
5007/3 5012/14
5055/7 5069/3
5075/23 5080/19
**UI [5]** 5064/19
5064/25 5065/4
5065/5 5065/5
**ultimately [4]**
4990/9 4992/4
5001/8 5056/21
**unbeknownst [1]**
5064/19
**unclear [1]**
5078/2
**under [18]**
4977/18 4978/22
4982/12 4984/6
4995/21 4997/5
5000/9 5018/13
5028/23 5044/2
5046/8 5059/10
5062/8 5064/11
5069/17 5075/15
5075/18 5085/5
**undermine [1]**
5033/18
**underneath [1]**
4977/18
**understood [10]**
5025/4 5026/10
5038/17 5039/25
5040/22 5041/1
5048/14 5053/1
5056/2 5067/4
**undertaken [1]**
5029/3
**unilaterally [4]**
5054/17 5057/16
5058/7 5058/8
**unique [2]**
5070/23 5071/2
**UNITED [5]** 4971/1
4971/3 4971/11

5073/24 5081/22
**unless [2]** 5041/4
5082/14
**unreasonable [1]**
5037/24
**unredacted [2]**
5025/18 5025/20
**Unsure [1]** 4993/7
5056/18
**unusual [1]**
5056/18
**up [34]** 4974/19
4975/23 4989/8
4989/12 4990/9
4990/18 4990/20
4990/25 4991/2
4992/4 4997/11
5006/21 5012/15
5016/13 5018/18
5022/21 5030/19
5030/21 5030/24
5032/23 5032/24
5037/10 5037/19
5038/9 5042/23
5047/7 5048/22
5075/7 5077/12
5079/20 5082/17
5083/1 5083/4
5085/24
**update [2]** 5027/4
5083/21
**ups [1]** 5047/7
**upside [2]**
5072/11 5072/13
**UPX137 [6]** 4980/9
4980/10 4980/13
4983/9 5065/20
5066/21
**UPX2010 [7]**
4973/19 5004/24
5004/24 5005/5
5005/8 5008/8
5075/6
**UPX2011 [5]**
4973/21 5009/2
5009/2 5019/4
5019/8
**UPX2014 [6]**
4973/20 5014/17
5014/22 5018/25
5019/3 5078/21
**UPX309 [3]**
5011/11 5011/11
5011/12
**UPX552 [3]** 4985/3
4985/3 4987/1
**UPX570 [7]**
4973/18 4999/7
4999/7 4999/23
5000/1 5001/12
5070/13
**UPX605 [7]**
4973/15 4992/22
4992/22 4993/20
4993/23 4993/25
5068/22
**UPX615 [6]**
4973/16 4996/11
4996/11 4996/22
4997/1 4998/11

**UPX670 [3]** 4987/5
4987/5 4988/20
**UPX672 [7]**
4973/14 4988/21
4988/22 4991/8
4991/24 4992/2
4992/16
**UPX675 [4]**
4973/17 4996/11
4996/23 4997/1
**UPX679 [8]**
4973/12 4974/20
4974/21 4976/1
4979/14 4979/17
4979/19 5064/4
**UPX72 [5]** 4973/13
4983/9 4983/10
4984/20 4984/23
**UPX895 [3]**
5019/10 5019/10
5019/11
**UPXD007 [4]**
5001/13 5001/19
5014/9 5075/7
**UR [2]** 5065/3
5065/5
**URL [3]** 5003/6
5003/7 5003/7
**usage [1]** 5064/24
**use [48]** 4991/5
4991/19 4998/9
4998/14 5000/12
5001/2 5011/7
5015/10 5015/17
5016/9 5016/15
5017/1 5023/25
5024/3 5033/15
5039/13 5040/2
5040/15 5040/23
5040/24 5041/2
5041/3 5049/12
5052/3 5052/7
5052/12 5052/14
5052/17 5052/18
5055/2 5055/4
5055/10 5055/13
5056/9 5056/10
5074/17 5074/19
5075/15 5075/20
5075/21 5075/25
5076/17 5078/13
5078/17 5080/21
5081/2
**used [18]** 4975/6
4976/10 4998/19
5001/15 5014/11
5018/18 5024/8
5052/9 5052/24
5053/4 5053/4
5053/7 5056/6
5056/6 5060/24
5061/2 5061/8
5081/6
**useful [1]**
5082/24
**user [39]** 4978/9
4982/19 4985/18
4986/13 4986/16

**U**

**user... [34]**
4989/11 4989/12
4989/22 4990/9
4990/12 4990/15
4990/17 4990/20
4990/25 4991/4
5002/13 5002/21
5002/22 5002/25
5003/3 5003/4
5003/11 5003/17
5003/21 5003/21
5003/23 5004/18
5004/20 5007/1
5012/16 5012/18
5014/12 5017/11
5018/15 5064/20
5064/21 5068/1
5069/25 5077/8
**user's [2]**
4990/14 5016/8
**users [7]**  4978/10
4988/13 4991/19
5004/19 5064/23
5066/25 5068/16
**using [12]**
5027/19 5033/10
5033/16 5036/13
5039/15 5040/14
5041/2 5050/3
5052/3 5052/6
5052/10 5055/9
**usually [1]**
5064/23
**utilize [3]**
5040/9 5050/4
5051/15
**utilizing [1]**
5040/21
**Utter [2]**  5041/16
5042/13
**UX [1]**  5033/11

**V**

**value [4]**  5007/20
5008/3 5010/22
5013/17
**Varia [1]**  5047/14
**variety [2]**
5025/16 5025/17
**various [3]**
5025/5 5059/5
5073/17
**variously [1]**
5062/9
**VC [1]**  5046/20
**Verizon's [1]**
5085/19
**version [13]**
4986/5 4986/5
4986/17 4986/17
4986/19 5025/18
5027/11 5062/19
5062/19 5066/2
5067/1 5067/6
5067/9
**versions [12]**
4985/1 4986/5

4986/13 4986/21
4987/2 4987/24
4996/8 4998/2
4998/4 5062/9
5067/2 5070/24
**versus [2]**
5027/20 5032/25
**verticals [1]**
5006/17
**video [7]**  5082/19
5082/20 5082/23
5082/24 5082/25
5083/1 5083/4
**videoed [1]**
5082/18
**videos [1]**
5082/22
**view [3]**  5017/1
5023/20 5073/7
**viewed [1]**
5054/12
**violating [1]**
5076/5
**violation [1]**
5079/6
**visibility [1]**
5004/19
**visited [2]**
4990/14 4990/15
**volunteer [1]**
5009/16

**W**

**wait [1]**  5057/9
**Walker [1]**  5036/6
**wall [2]**  5023/2
5023/17
**Walsh [1]**  5064/9
**want to [1]**
5021/18
**wants [4]**  4978/3
4978/13 4981/24
4982/8
**Washington [5]**
4971/5 4971/15
4971/18 4972/9
4972/25
**way [8]**  4996/2
5002/21 5003/19
5014/3 5021/9
5023/21 5050/20
5082/4
**ways [1]**  5080/18
**web [3]**  4991/12
4991/13 5075/18
**Webb [1]**  4971/23
**week [5]**  4987/16
5083/22 5083/23
5086/1 5086/14
**weighed [1]**
5085/14
**Weinstein [16]**
5038/1 5038/3
5038/23 5041/7
5041/15 5042/13
5042/24 5044/16
5045/8 5045/18
5045/19 5046/15
5046/19 5049/1

5050/9 5057/24
**weren't [4]**
4996/6 5014/8
5055/15 5056/4
**what's [7]**
5001/13 5001/19
5005/3 5005/13
5032/2 5049/7
5080/9
**white [1]**  5062/24
**whole [4]**  4978/7
5033/18 5039/4
5054/20
**Wikipedia [1]**
5012/16
**WILLIAM [1]**
4971/23
**Williams [1]**
4972/8
**willing [1]**
5046/24
**window [1]**  4989/9
**Windows [25]**
4980/2 4980/3
4980/6 4984/3
4984/13 4984/17
4991/11 4994/19
5066/2 5066/5
5066/23 5067/2
5067/4 5067/7
5067/13 5067/15
5068/1 5068/5
5068/10 5068/16
5068/17 5068/18
5069/6 5079/21
5080/3
**Windows/Safari [1]**
4984/13
**wish [7]**  4975/20
4977/17 4982/1
4982/2 4999/1
5012/21 5020/19
**withheld [1]**
5009/14
**within [12]**
4992/9 5023/20
5026/24 5029/6
5039/18 5039/20
5039/25 5047/4
5048/8 5049/13
5051/5 5052/10
**without [5]**
5000/19 5000/21
5001/1 5070/3
5073/4
**witness [11]**
4973/2 5005/25
5021/14 5021/20
5060/12 5060/20
5060/24 5061/1
5061/25 5074/7
5085/23
**witnesses [6]**
5081/24 5082/8
5083/5 5083/11
5083/14 5086/13
**word [8]**  4997/10
5015/18 5018/19
5054/2 5058/16

5058/21 5077/5
5077/5
**words [1]**  5015/20
**work [13]**  5019/21
5022/12 5024/24
5025/5 5037/17
5044/9 5054/18
5057/14 5062/18
5066/11 5066/12
5075/10 5085/18
**worked [1]**
5066/13
**working [3]**
5031/11 5031/11
5064/10
**works [3]**  4995/21
5002/21 5042/1
**workstream [1]**
5028/24
**world [2]**  5010/23
5032/22
**write [9]**  4976/6
4978/6 4978/18
4987/15 4987/18
4987/21 5012/8
5015/6 5020/1
**writes [4]**
4976/17 4985/7
4991/9 5010/20
**writing [2]**
5025/7 5048/4
**written [1]**
5079/5
**wrong [3]**  5025/9
5042/21 5076/10
**wrote [3]**  4976/12
4978/11 5011/24
**WRT [1]**  4987/22

**Y**

**Yahoo [11]**
4985/17 4986/5
4986/9 4986/10
4987/25 4989/15
4990/6 4990/15
4991/10 4991/19
4992/5
**Yahoo.com [2]**
4990/4 4990/6
**year [7]**  5024/9
5027/3 5027/10
5028/12 5031/1
5047/14 5060/3
**years [18]**  4975/6
4979/9 5004/6
5011/15 5012/10
5012/12 5012/13
5012/15 5012/17
5020/13 5026/16
5043/21 5043/21
5043/25 5044/8
5050/24 5070/14
5080/1
**Yelp [1]**  5078/4
**Yep [2]**  5007/3
5043/25
**Yoo [2]**  5085/24
5086/5
**York [1]**  4971/25

**Z**

**zoom [1]**  4983/3