IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA, ET AL.,  )
                                   )
          Plaintiffs,              )
                                   )      CV No. 20-3010
      vs.                          )      Washington, D.C.
                                   )      October 11, 2023
GOOGLE LLC,                        )      9:30 a.m.
                                   )
          Defendant.               )      Day 20
_____)      Morning Session


TRANSCRIPT OF BENCH TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For DOJ Plaintiffs:                Kenneth M. Dintzer
                                   U.S. DEPARTMENT OF JUSTICE
                                   1100 L Street, NW
                                   Washington, D.C.
                                   (202) 307-0340
                                   Email:
                                   kenneth.dintzer2@usdoj.gov

                                   Claire Molle Maddox
                                   U.S. DEPARTMENT OF JUSTICE
                                   Antitrust Division
                                   450 5th Street NW
                                   Washington, D.C. 20530
                                   (202) 549-7155
                                   Email: claire.maddox@usdoj.gov

For Plaintiff
State of Colorado:                 Jonathan Bruce Sallet
                                   Steven M. Kaufmann
                                   COLORADO DEPARTMENT OF LAW
                                   Consumer Protection Section,
                                   Antitrust Unit
                                   Ralph L. Carr
                                   Colorado Judicial Center
                                   1300 Broadway
                                   Suite 7th Floor
                                   Denver, CO 80203
                                   (720) 508-6000
                                   Email: jon.sallet@coag.gov
                                   Email: steve.kaufmann@coag.gov

                                   William F. Cavanaugh, Jr.
                                   PATTERSON BELKNAP
                                   WEBB & TYLER LLP
                                   1133 Avenue of the Americas
                                   Suite 2200
                                   New York, NY 10036-6710
                                   (212) 335-2793
                                   Email: wfcavanaugh@pbwt.com

```
APPEARANCES CONTINUED:

For Plaintiff
State of North Carolina:        Kunal Janak Choksi
                                NC DEPARTMENT OF JUSTICE
                                Consumer Protection
                                114 W. Edenton St.
                                Raleigh, NC 27603
                                (919) 716-6032
                                Email: kchoksi@ncdoj.gov


For Defendant Google:           John E. Schmidtlein
                                Graham Safty
                                WILLIAMS & CONNOLLY LLP
                                680 Maine Avenue, SW
                                Washington, D.C. 20024
                                (202) 434-5000
                                Email: jschmidtlein@wc.com
                                Email: gsafty@wc.com

                                Michael Sommer
                                WILSON SONSINI
                                GOODRICH & ROSATI
                                1301 Avenue of the Americas
                                40th Floor
                                New York, NY 10019
                                (212) 497-7728
                                Email: msommer@wsgr.com


Court Reporter:                 William P. Zaremba
                                Registered Merit Reporter
                                Certified Realtime Reporter
                                Official Court Reporter
                                E. Barrett Prettyman CH
                                333 Constitution Avenue, NW
                                Washington, D.C. 20001
                                (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

– – –

WITNESS INDEX

– – –

WITNESSES          DIRECT CROSS REDIRECT RECROSS

PLAINTIFF's:

RYAN BOOTH          5112  5178    5211
RYAN BOOTH          5167          5216
ARJAN DIJK          5226

– – –

INDEX OF EXHIBITS

– – –

PLAINTIFF'S                              ADMITTED

PSX676                                      5146

– – –

INDEX OF EXHIBITS

– – –

DEFENDANT'S                              ADMITTED

DX2021                                      5203

DX2022                                      5206

P R O C E E D I N G S

1

2          COURTROOM DEPUTY:  All rise.  The Honorable

3  Amit P. Mehta presiding.

4          Good morning, Your Honor.  This is Civil Action

5  20-3010, United States of America, et al., versus

6  Google LLC.

7          Kenneth Dintzer for the DOJ.

8          Jonathan Sallet and William Cavanaugh for

9  Plaintiff States.

10          John Schmidtlein on behalf of Google.

11          THE COURT:  All right, Counsel, good morning to

12  everyone.  I hope everybody is well.

13          All right.  Anything we need to take up

14  preliminarily before we begin?

15          MR. DINTZER:  Not from the DOJ Plaintiffs,

16  Your Honor.

17          THE COURT:  Okay.  All right.

18          Plaintiffs ready with their next witness?

19          MR. CHOKSI:  Good morning, Your Honor.

20  Kunal Choksi on behalf of the -- from the state of North

21  Carolina on behalf of the Colorado and Nebraska Plaintiffs.

22          We call Ryan Booth.

23          COURTROOM DEPUTY:  Before you have a seat, would

24  you please raise your right hand.

25          (Witness is placed under oath.)

```
 1              COURTROOM DEPUTY:  Thank you.

 2              THE COURT:  Mr. Booth, welcome.

 3              THE WITNESS:  Good morning.

 4                          -  -  -

 5   RYAN BOOTH, WITNESS FOR THE PLAINTIFFS, SWORN

 6                       DIRECT EXAMINATION

 7   BY MR. CHOKSI:

 8        Q    Good morning, Mr. Booth.

 9              Before we get started, I wanted to introduce to

10   the Court your counsel, Ronan Doherty.

11              MR. DOHERTY:  Good morning, Your Honor.

12              MR. CHOKSI:  From Bondurant Mixson & Elmore, LLP,

13   counsel for the witness and Home Depot.

14   BY MR. CHOKSI:

15        Q    Sir, can you state and spell your name for the

16   record?

17        A    Ryan Michael Booth.  R-y-a-n, B-o-o-t-h.

18        Q    Thank you for your time today.

19              We've never met, have we?

20        A    We have not.

21        Q    Are you currently employed?

22        A    I am.

23        Q    Where are you employed?

24        A    The Home Depot.

25        Q    What is your title?
```

1          A      Senior manager of paid media.

2                 THE COURT:  I'm sorry, senior manager of what?

3                 THE WITNESS:  Senior manager of paid media.

4                 THE COURT:  Okay.

5                 If I can just ask you to keep your voice up and

6     speak into the microphone, sir.

7                 THE WITNESS:  Sure.

8                 THE COURT:  Thank you.

9     BY MR. CHOKSI:

10         Q      How long have you had that title?

11         A      Just over five years.

12         Q      And what comes under your -- what kind of

13    advertising products come under your role?

14         A      So I oversee our paid search practice so any type

15    of media buying for Google ads, Bing ads, Apple ads,

16    adMarketplace.

17         Q      And you said paid search.  What do you mean by

18    paid search?

19         A      On google.com and other type of websites, we have

20    the opportunity to place ads, which is a sponsored ad, and

21    my team oversees that.

22         Q      Okay.

23                And before your current role, did you have any

24    other roles at Home Depot?

25         A      I did.

5114

1        Q    What were they?

2        A    Media operations and strategy.  Also a senior

3   manager role.

4        Q    Okay.  Anything else?

5        A    Briefly served as a contractor before becoming

6   full time at Home Depot.

7        Q    And where did you work before Home Depot?

8        A    Most recently I was with Chacka Marketing.  I was

9   the Chief Operating Officer.  So overseeing our client

10  service practice.

11            Prior to that, I also worked at a marking

12  technology company called Kenshoo, formally rebranded as

13  Skai.

14            And then also served at other marketing agencies.

15  And before that, I was a meteorologist in the Air Force.

16            THE COURT:  Mr. Booth, I'm sorry, could you just

17  restate what your current title is again.

18            THE WITNESS:  Senior manager of paid media.

19            THE COURT:  Okay.  Thank you.

20  BY MR. CHOKSI:

21       Q    And so how many years total have you worked in

22  advertising?

23       A    About 17 years.

24       Q    And how many of those years have you worked with

25  advertisements, like you said, on general search engines?

1      A    About 17 years.

2      Q    So let's talk a little bit about Home Depot.  What

3  is Home Depot?

4      A    Home Depot is the number one home improvement

5  retailer in the U.S.

6      Q    And why does Home Depot advertise in general?

7      A    We are retailers so we try to make sales or try to

8  sell stuff.  And advertising allows us to be able to do

9  that.

10     Q    And how does Home Depot sell products?

11     A    We sell products both online and in store.

12     Q    So you can go online -- where can you go to buy

13  Home Depot products online?

14     A    Homedepot.com.  Or the app.

15     Q    Or the app, right?

16     A    That's correct.

17     Q    And so you said paid search falls underneath you

18  and you gave some examples.  Does organic search fall

19  underneath you?

20     A    It does not.

21     Q    So just paid search.

22          And what platforms are you responsible for again?

23  Please say it slowly.

24     A    Google ads, Bing ads, Apple ads, adMarketplace,

25  and I would say any other type of biddable media, so any

1    type of emerging media that would be bought based off a

2    cost-per-click.

3        Q    Do you have an understanding of whether Home Depot

4    is a large purchaser of Google ads?

5        A    I would say we're large.

6        Q    And would you say generally, you don't have to get

7    into specifics, but hundreds of millions of dollars?

8        A    That's correct.

9        Q    In terms of the other places, you mentioned Bing,

10   and also a thing called adMarketplace.  What is that?

11       A    adMarketplace, they have a couple different

12   offerings, but I kind of think of them as a secondary or,

13   like, tertiary marketplace to buy ads.  So we would go to a

14   single source and they essentially represent a lot of

15   different domains, websites, that also perform similar type,

16   like, search functionality.

17       Q    And would the biggest be in the Firefox browser?

18       A    That's one of them, yep.

19       Q    And do you have a general sense of what percentage

20   of the paid search advertising goes to adMarketplace?

21       A    I do.

22       Q    What is it?

23       A    1 percent.

24       Q    1 percent?

25       A    Approximately.

5117

1    Q    And then you also mentioned Apple.  What kind of

2    ads do you buy in Apple under paid search?

3    A    Within The App Store.

4         So we would prompt people to download The Home

5    Depot app.

6    Q    And do you have a general sense of what percentage

7    of the paid search budget goes to Apple?

8    A    Less than 1 percent.

9    Q    Less than 1 percent.

10        So the remaining percentage is split between

11   Google and Bing?

12   A    That's correct.

13   Q    And have you heard the term, and I think you've

14   used it, "general search engine"?

15   A    I'm familiar.

16   Q    And what do you understand that to be referencing?

17   A    It would be a website or domain in which people go

18   to to look for goods, services or to have their questions

19   answered.

20   Q    Does Home Depot purchase display ads?

21   A    We do.

22        THE COURT:  I'm sorry, purchase what?

23        MR. CHOKSI:  Display ads.

24        I'm sorry.  I'll go slower.

25

1    BY MR. CHOKSI:

2        Q    Does Home Depot purchase social ads?

3        A    We do.

4        Q    And what are social ads?

5        A    Social ads would be on a social demand, like a

6    Pinterest, Facebook, Twitter.

7        Q    And what are display ads?

8        A    Display ads are typically a banner, banners that

9    would be across CNN or *This Old House*, a graphical image

10    across any type of website.

11        Q    Got it.

12            And is your team responsible for purchasing

13    display and social ads?

14        A    We're not.

15        Q    Okay.

16            Who is?

17        A    A colleague that oversees our digital media

18    practice, both paid social and display roll up to that

19    individual.

20        Q    And is there a name for that team?

21        A    It's our digital COE, for center of excellence.

22        Q    And going back to your team, your paid search

23    team, how many people are on that team?

24        A    We've got about 20 people internally and then we

25    also orchestrate with a digital marketing agency to assist

1    us.

2         Q    And the digital center of excellence, you don't

3    oversee that team?

4         A    That's correct.

5         Q    Are you generally familiar with Home Depot's

6    purchases of display and social ads?

7         A    Somewhat familiar.

8         Q    How so?

9         A    I know what they're trying to accomplish.  I know

10   generally how they're structured.

11        Q    Okay.

12             And let's take -- let's talk about display ads.

13             Are display ads and search ads different in any

14   way?

15        A    They are.

16        Q    How so?

17        A    How they're bought, what the end product looks

18   like to a consumer, probably would be the two most notable.

19        Q    Can you explain how they're different and how

20   they're bought?

21        A    So in paid search we typically buy based off a

22   cost-per-click, so meaning we would pay for every single

23   interaction or every click that would result in traffic to

24   the website.

25             Whereas display is more of a CPM, or a cost per

1    thousand impressions, which is buying a volume of times that

2    an ad is shown.

3        Q    And can you explain the difference in what the

4    user sees, I think you said, the second?

5        A    Yeah, paid search would be only, you know, within

6    google.com or bing.com.  There's two forms of that.  One is

7    a text ad which is literally just like text description.

8            Another version of that would be a shopping ad,

9    which is typically like a little square image with a little

10   bit of detail about the product, and then like a price point

11   would be two versions of a paid search ad.

12       Q    Okay.

13           And we'll talk about that in a little more detail

14   a little bit later.

15           What about social ads, are they different than ads

16   in general search engine?

17       A    Correct.

18       Q    How?

19       A    Same thing.  How they're presented visually, how

20   they're bought is also on a CPM, or a cost per thousand,

21   versus a cost per click.

22       Q    And you said you generally understand what the

23   other teams are trying to accomplish.

24           What did you mean by that?

25       A    Sure.

5121

1          So advertisers spend money to do something.  In

2     our case, it's to sell product.

3          We tend to be, what would be known as more like

4     lower funnel.  So very transaction focused.  So we're

5     spending money to essentially drive transactions.

6          In some other instances, they focus a little bit

7     more on the upper funnel, where they're trying to inspire,

8     they're trying to bring awareness, they're trying to kind of

9     nurture that consumer path, to the point where they're

10    eventually at a point where they want to make a transaction.

11    Q    And you said, "we tend to be lower funnel."  What

12    do you mean by -- what did you mean by "we"?

13    A    "We" would be the paid search practice.

14    Q    The paid search team at Home Depot?

15    A    That's correct.

16    Q    And you said the other teams are generally more

17    upper funnel.  What did you mean by the other teams?

18    A    They can be upper funnel.

19         So, again, back to the consumer journey.

20    Q    Yeah.

21    A    Focusing a lot more on inspiration and getting

22    people thinking about performing a project in contrast to

23    paid search which tends to be a little more lower funnel and

24    going after actually conducting a transaction or enabling

25    the consumer to make a transaction.

5122

1    Q    And do these ads that Home Depot purchases, these

2    different ads, do they work together?

3    A    They do.

4    Q    How?

5    A    So, typically, when somebody makes a transaction,

6    there's a number of series within that -- or a number of

7    steps within that process.  If you're going to buy an

8    appliance or refrigerator, you're probably not going to just

9    do that immediately.  There will be a consideration phrase

10   where you'll look through different products.

11        What we try to do or what most advertisers try to

12   do is try to nurture that consumer journey by showing them a

13   bunch of options, presenting that in display or social, and

14   then ultimately leading them down that transaction path.

15   Q    And then you're leading them down and your team

16   focuses on what part of the funnel?

17   A    We tend to be lower funnel.

18   Q    And that's where you want to lead the customer

19   ultimately, right?

20   A    Exactly right, yep.

21   Q    Have you ever heard the terms "push ads" and "pull

22   ads"?

23   A    Yes, I'm familiar.

24   Q    Is that a term you use?

25   A    Yeah, sure.

5123

1      Q    Can you explain to the Court what push ads and

2  pull ads are in the context of digital advertising?

3      A    So push ads are essentially an advertiser putting

4  a message out there when a consumer isn't necessarily even

5  looking for something.

6           Pull ads tend to be more if somebody goes to

7  Google or goes to Bing, is actively looking for something,

8  we have the opportunity to be able to respond to that query.

9           So push being is we're sending our message out.

10  Pull means we're bringing people in who are already in

11  market.

12      Q    Okay.

13           You said actively looking for something.  What do

14  you mean person on Google and Bing are actively looking for

15  something?

16      A    So actively looking, meaning somebody is taking

17  the very first step, going to Google or to Bing, submitting

18  a query to the search engine, and looking for some type of

19  response.

20           Whereas push marketing is, they could be on CNN or

21  *This Old House*, and we have the opportunity to kind of put

22  our message in front of them without them taking any

23  particular action.

24      Q    Just to be more explicit, what are examples of

25  push advertising?

1        A     TV, banner ads.  In the some cases, social ads.

2        Q     This is the first time, sorry, you mentioned TV.

3   Is that in the digital center of excellence or a different

4   team?

5        A     That would be a different team.

6        Q     What team is that?

7        A     Our traditional team.  So they would oversee TV,

8   radio, prints, flyers.

9        Q     Okay.

10             Does Home Depot purchase ads on Amazon?

11       A     We do not.

12       Q     Why not?

13             THE COURT:  You do or do not?

14             THE WITNESS:  We do not.

15   BY MR. CHOKSI:

16       Q     Why not?

17       A     We do not sell products on Amazon.

18       Q     And why does that matter?

19       A     Typically, there would be two type of ads that you

20   would purchase, would be either to purchase ads to send

21   traffic to Amazon and then ultimately transact through

22   Amazon if you were a seller on Amazon or you can purchase

23   ads on amazon.com and potentially send someplace else.

24       Q     Got it.

25             And do you have an understanding as to why Home

1    Depot does not sell ads on -- I mean, sell products on

2    Amazon?

3         A    I don't.

4         Q    Okay.

5              So you talked about two different kinds of ads on

6    general search engines that you buy.  Can you explain just

7    what those two ads are again?

8         A    Sure.

9              So there's a number of different ways to buy them,

10   and at the end of the day, there's really two primary type

11   of ads.  One being a text ad which is literally a text

12   description about what the ad is.  The alternative being a

13   shopping ad, which would be products only.  Typically, has a

14   square tile or like an image of the ad, price point, a

15   little bit of detail about it.

16        Q    Shopping ads, otherwise known as product listing

17   ads?

18        A    That's correct.

19        Q    And on what platforms do you buy text ads?

20        A    Google, Bing, adMarketplace.

21        Q    And on what platforms do you buy PLAs?

22        A    Google and Bing.

23        Q    All right.  I'm going to hand out some binders

24   here.

25             MR. CHOKSI:  Can I approach, Your Honor?

1           THE COURT:  And I'm sorry, just so I understand

2    because it's not something I've heard of yet.

3    adMarketplace.  Can you tell me again, one more time, what

4    that is?

5           THE WITNESS:  They have a few different products.

6           One of them would be representing smaller search

7    engines.

8           THE COURT:  I see.

9           THE WITNESS:  So ask.com or AOL or, you know, ones

10   that you probably haven't even heard of.  They would

11   essentially power those for the advertising.

12          THE COURT:  I see.  Okay.  Thank you.

13          THE WITNESS:  And aggregate it.

14   BY MR. CHOKSI:

15      Q    I've given you a bind of documents.  As you can

16   see, it's small.

17          If you can just turn to the first page and we

18   could put this up on the screen, I want to show you a

19   demonstrative that we have labeled for identification

20   purposes PSXD02.

21          MR. CHOKSI:  And, Your Honor, this is simply a

22   demonstrative.  It does not need to be entered into

23   evidence.

24   BY MR. CHOKSI:

25      Q    And do you have an understanding of what this is

1   showing?

2        A    I do.

3        Q    Can you just explain what your understanding is?

4        A    That is what we would call that search engines of

5   result page or a SERP.

6        Q    On what platform?

7        A    This is Google.

8        Q    And what is the query here?

9        A    Refrigerator.

10            MR. CHOKSI:  Do we need to move the mic?  He's a

11   little bit taller.

12            THE COURT:  The mic can't move, nor can the

13   witness.

14            THE WITNESS:  Refrigerator.

15   BY MR. CHOKSI:

16        Q    Refrigerator.

17            And is that the query that you would be targeting

18   with your paid search ads?

19        A    That's right.

20        Q    Okay.

21            All right.  So can you just tell us where the text

22   ads are here?

23        A    Sure.

24            Text ads would be underneath where it says

25   sponsored.  The first example would be garnerstore.com.  The

1    second text ad would be Home Depot under sponsored.  And

2    then the third text ad would be under sponsored again by

3    Lowe's.

4         Q    So there's one for Home Depot here, right?

5         A    That's correct.

6         Q    Okay.

7              Are you trying to communicate a message --

8         A    We are.

9         Q    -- in this ad?

10             What message are you trying to communicate?

11        A    In this case, that we have a very large Labor Day

12   sale.

13        Q    And does that include some details about the sale?

14        A    It does, about 20 percent off.

15        Q    What does it include?  Sorry?

16        A    It includes the primary promotion that we have,

17   which is 20 percent off.

18        Q    All right.

19             And then there's another set of results on the

20   right there on the page.  What are these?

21        A    Those are shopping ads or product listing ads.

22        Q    And is there one for Home Depot here?

23        A    There is.

24        Q    Are there ones for other retail outlets?

25        A    There are.

5129

1      Q    Are there ones for manufacturers as well?

2      A    It looks like, yes.  For Whirlpool, Samsung, and

3   Frigidaire.

4      Q    Okay.

5           And so -- and you've talked about this a little

6   bit, but are these -- do you consider these PLA ads and text

7   ads different in any way?

8      A    They are.

9      Q    Okay.

10          Can you explain how they're different?

11     A    First is how they're bought.  Text ad are

12   typically bought when a marketer selects a series of

13   different keywords.  So anytime somebody looks for a

14   refrigerator, we want to serve a text ad.

15          In contrast of that, shopping ads are bought based

16   off of a product data feed.  So we essentially send a few

17   million products in a catalog over to Google on a daily

18   basis, and then they then match a query with the most

19   appropriate product.

20     Q    And do you have any understanding of how they

21   match that query with the most appropriate product?

22     A    It goes deep, but it's based off of the product

23   title line, the description, meta-information describing the

24   product, et cetera.

25     Q    And are there any other ways they're different?

5130

1         A      Typically bought in different campaigns.  So the

2    reason why that's important is we would typically assign a

3    different budget to each one of those.  We might have a

4    different objective or, like, a target on those.

5               Where they show up on the SERP also differs.

6         Q      Okay.

7               You said a couple of things there I want to talk

8    about.

9               You said different campaigns.  Can you explain

10   what you mean search text ads in a PLA appearing in

11   different campaigns?

12        A      Sure.

13              So a campaign is essentially an entity that we buy

14   that represents whatever we're trying to advertise.  So for

15   us, we typically have a campaign for each one of our

16   different product lines, and we would mirror that one for

17   text as one for shopping as well.  So how you go about

18   buying them is in two different entities that...

19              A campaign also controls the budget, how much

20   we're willing to spend on each one of those.  There's other

21   characteristics that are different at a campaign level.

22   I can target different geographic regions.  I can target

23   different languages.  I can target different things at a

24   campaign level.

25              And it also is pretty much the level at which we

1  report.  So when we review performance and we determine how

2  successful something is, a lot of times that's under the

3  campaign level.

4       Q    Okay.

5            So let's drill down on that a little more.

6            Are there certain campaigns in which you can buy a

7  search text ad but you wouldn't buy a PLA?

8       A    Yes.

9       Q    What are those?

10      A    Home Depot has a home services offering, so it's

11  not an actual product, it's the installation of that

12  product.  By definition of a shopping ad or a product

13  listing ad, only products are eligible for that type of

14  campaign.

15      Q    Does Home Depot buy ads on its brand name?

16      A    I'm sorry?

17      Q    Does Home Depot buy ads on its brand name?

18      A    We do.

19      Q    And what kind of ads do you buy?

20      A    Text ads.

21      Q    And why do you do that?

22      A    Again, text ads for queries like The Home Depot,

23  is kind of a very general query that we wouldn't be able to

24  assign to any single product so that would be better suited

25  for a text ad.

1      Q      Okay.

2             THE COURT:  Can I ask you a question?

3             I heard some testimony recently about relative

4      pricing between keywords that are brand specific versus more

5      generic keywords.

6             Can you just explain what the cost differential is

7      just on a relative basis in terms of what Home Depot is

8      prepared to pay for those two different types of keywords?

9             THE WITNESS:  Sure.

10            So brand keywords like The Home Depot or Home

11     Depot online, obviously the consumer has a very narrow focus

12     of what they're looking for.  We typically see cost per

13     clicks in the minimal sense.

14            Whereas nonbrand or other type, you can spend a

15     dollar, multiple dollars.  So it's literally a fraction of a

16     nonbrand ad.

17            THE COURT:  All right.  So refrigerator costs

18     more -- or an ad produced from a search for refrigerator

19     will cost Home Depot more than The Home Depot?

20            THE WITNESS:  That's correct.

21            THE COURT:  All right.  Thank you.

22     BY MR. CHOKSI:

23            Q    I forgot my question, but I think it was:

24     Do search text ads and shopping ads look different?

25            A    They do.

1    Q    Okay.

2         How so?

3    A    Text ads are only descriptions for the most part,

4    whereas a shopping ad, a key feature of that is a tile or

5    like a square image that would draw consumers' attention.

6    Q    And we looked at the demonstrative in the message

7    you were able to send with the text ad.  Are you able to

8    send that customizable message with the PLA?

9    A    There are fewer controls or ability to be able to

10   custom tailor a product listing ad or a shopping ad.

11   Q    Is that important to an advertiser like Home

12   Depot?

13   A    It could be.

14   Q    Okay.

15        How so?

16   A    In this example, we are featuring one of our

17   promotions, so 20 percent off, which could be compelling to

18   consumers.

19        We don't have that same ability for shopping ad.

20   Q    Okay.

21        And then you mentioned shopping ads -- you

22   mentioned parts of Google's pages in which these ads appear.

23   Are they different in which page they could appear on?

24   A    Always, yeah.

25        Every single query could result in a slightly

5134

1    different output.

2        Q    And can shopping ads appear on other parts of

3    Google besides the SERP?

4        A    Yes.

5             So if you look at the image here, there's a few

6    tiles at the very top, it says "All," it says "Shopping,

7    images, video."  If you click into shopping, that would be

8    another instance where you would just see a list of shopping

9    ads.

10       Q    And what about search text ads?

11            THE COURT:  I'm sorry, where are you looking?

12            THE WITNESS:  Just under the Google refrigerator

13   search bar.  If you look underneath that, there's an all,

14   shopping, images.  If you click shopping, it would be just

15   shopping ads.

16            MR. CHOKSI:  We can pull that up.  Right

17   underneath the --

18            Got it.

19   BY MR. CHOKSI:

20       Q    Is that where you're talking about, right

21   underneath the query box?

22       A    That's correct.

23       Q    And what about search text ads?

24       A    They can appear in the SERP and likely throughout

25   other pages on google.com.

5135

```
 1        Q    Are there -- well, I've already asked that
 2   question.  Sorry.
 3             Does Home Depot sell services related to a
 4   product?
 5        A    We do.
 6        Q    How would you go about advertising that on Google?
 7        A    That would typically be within a text ad again
 8   because it's not a very specific product.  So we have a home
 9   services business unit that would install refrigerators,
10   install carpet, install fence, et cetera.
11        Q    Got it.
12             Is there a reason to advertise a product with a
13   PLA instead of a search text ad on a general search engine?
14        A    There's reasons.
15        Q    What are those reasons?
16        A    Some of those could be like the productivity.  So
17   we measure the investment for every single ad that we put
18   out there, as well as the return, so the historical return.
19             In some cases, we see that there's costs per click
20   favorability with shopping ads.  That could be an
21   opportunity for us to lean further into shopping versus
22   text.
23        Q    Do you have a general view about whether a
24   customer query that gets a shopping ad is closer to a
25   purchase than when they get a text ad?
```

5136

1    A    Could be.

2    Q    Okay.

3         And why could it be?

4    A    Other forms for text ads would be best hammer or

5    how -- you know, how would I build a garden.  Those would be

6    opportunities for us to drive them to a certain page within

7    Home Depot that talks about building something or satisfying

8    kind of -- helping them understand and kind of nurture their

9    way down the conversion process.

10        Typically if somebody clicks on a product, they're

11   highly motivated to buy something.

12   Q    Can we pull up the demonstrative again, if you

13   don't mind.

14        Do you have any -- on this query for refrigerator,

15   if a user clicks the search text ad, do you have any

16   understanding of where that user may go?

17   A    In this instance, it's probably going to a

18   category page which would be filtered for refrigerators, but

19   would feature a number of different refrigerators on that

20   page.

21   Q    And on Home Depot's site?

22   A    That's correct.

23   Q    And it would be a large selection of

24   refrigerators?

25   A    That's correct.

5137

1        Q     And what if they click The Home Depot PLA, where
2   do they go?
3        A     It would go to a very specific single product
4   page.
5        Q     And that product would be the LG, whatever is
6   listed here?
7        A     That's correct.
8        Q     So when you do your campaigns and decide on search
9   text ads and PLAs, do you understand that, you know, a PLA
10  and a text ad could appear in the same SERP?
11       A     Yes.
12       Q     And why purchase both PLAs, text ads that could
13  appear on the same SERP?
14       A     Well, the SERP has got limited real estate, and so
15  the more that we can take up that real estate, the higher
16  consideration we would have for somebody to select one of
17  our ads.
18       Q     So it's -- okay.  Got it.
19             Does the location of where Home Depot's ads appear
20  on a SERP matter?
21       A     It does.
22       Q     How does it matter?
23       A     Typically the higher up on the page, you typically
24  see higher clickthrough rates, or better defined as higher
25  consideration from a consumer because they would naturally

5138

1    think that that's the most relevant selection.

2        Q    And does having two ads on a single SERP instead

3    of one impact Home Depot's chances of appearing prominently?

4        A    It does.

5        Q    How?

6        A    It doubles it.

7        Q    And does having two ads instead of one on a single

8    SERP impact Home Depot's chances of winning that customer?

9        A    That's correct, yeah.

10        Q    How?

11        A    Step one, for somebody to transact on the website,

12    they need to get to the website so if we have a higher

13    likelihood of getting them to our website, then we have a

14    higher likelihood to actually get them to convert.

15        Q    And then quickly here, are you familiar with local

16    inventory ads?

17        A    I am.

18        Q    What are they?

19        A    The end output looks very similar to a product

20    listing ad, except for it's exclusively local inventory.  So

21    things that would be bought like in a local store versus

22    something that would be bought online.

23        Q    And if you don't mind, zooming in on the PLAs on

24    the right here.

25            Are there any local inventory ads here?

1      A    I wouldn't be able to tell.

2      Q    Okay.

3           What about this one for the other -- home

4      improvement retailer beside you.  Is that -- where it says,

5      as a little tag, it says, "Pick up today."

6           Is that a local inventory ad?

7      A    It could be.  It doesn't mean they don't

8      necessarily sell it on the website as well, but it is

9      available in store.

10     Q    Okay.

11          And so the purpose -- would you say the purpose of

12     local inventory ad is slightly different than a PLA?

13     A    Yes.

14     Q    And what is it?

15     A    To turn people to the store.

16     Q    To the store.  Got it.  Okay.

17          And we've been talking in the context of Google.

18          THE COURT:  Sorry, could I just ask one more

19     question?

20          From your perspective, the PLA ads that are here,

21     one feature that's noticeable about them is that the

22     products are a variety of different price points.  Is

23     that -- how do you view that sort of output for a PLA that

24     you have sort of this -- there's not a lot of product

25     differentiation here, it seems to me.

5140

```
 1              THE WITNESS:  I'm not sure I understand the
 2    question.
 3              THE COURT:  Well, I guess I'm just wondering,
 4    is there an advantage to a text ad over a PLA because there
 5    perhaps is greater differentiation that can result from text
 6    ads than what you see on the shopping ads, or is it just a
 7    matter of what the keyword is that produces the end result?
 8              THE WITNESS:  There's some abilities that an
 9    advertiser has to push certain products over others.  We've
10    tested, in some the instances, like, trying to emphasize
11    certain price points more so than others.  We haven't seen
12    that work to our favor.
13              THE COURT:  This is through the PLA feed?
14              THE WITNESS:  That's correct.
15              THE COURT:  Gotcha.  All right.  Thank you.
16    BY MR. CHOKSI:
17        Q    And we've been talking in the context of Google
18    about PLAs and text ads.
19              And is there any way you differentiate your
20    practices regarding PLAs and text ads with Bing?
21        A    For the most part, we try to do the same thing on
22    Bing that we do on Google.
23        Q    And are you responsible for decisions on how much
24    money to allocate between Google and Bing?
25        A    I am not personally, but my team is.
```

1    Q    Your team is?

2    A    That's correct.

3    Q    And you oversee the team?

4    A    That's correct.

5    Q    How does your team go about doing this?

6    A    Sure.

7         So we have thousands of different campaigns, some

8    on Google, some on Bing, some elsewhere.  Each one of those,

9    we have a certain level of investment and we're also able to

10   understand how much revenue each one of those generates.

11        So we kind of stack rank them to understand, well,

12   hey, this is producing the greatest outcomes in comparison

13   to the pure set of other similar type products.

14        So we would continue to lean our investment into

15   what is producing the greatest return on advertising spend

16   or ROAS, and that's a consistent practice that our teams are

17   always doing.

18   Q    Okay.

19        And, generally, does your -- does your team spend

20   more on advertising on Google or Bing?

21   A    On Google.

22   Q    And do you have approximate percentages?

23   A    It's industry standard, probably 90 percent versus

24   8 to 10 percent on Bing.

25   Q    So 90 percent on Google, 8 to 10 percent on Bing?

5142

1     A    That's correct.

2     Q    And why?

3     A    I think there's a few components to that.  I think

4  Google has more search volume.  Like the amount of searches

5  that happen on Google, it's much higher than Bing, being

6  one.  And I think our investment probably is representative

7  of the amount of searches that are being conducted on the

8  site.

9     Q    When you say "the amount of searches," does that

10 also mean the amount of auctions that occur?

11    A    Correct.

12    Q    So there are just more auctions on Google as well?

13    A    That's correct.

14    Q    Looking at a single campaign, how often do you

15 adjust your paid search budget between Google and Bing?

16    A    Daily basis.

17    Q    Daily basis?

18    A    Sure.

19    Q    Does your team shift ad spending that frequently

20 between display and Google?

21    A    Sorry, you're talking about shifting money from

22 display buying over to Google?

23    Q    Or Google to display on a daily basis?

24    A    No.

25    Q    What about any social platforms?

5143

1     A     No.

2           I would say our Google and Bing investments are

3     pretty much interchangeable but distinct and separate from

4     social or display.

5     Q     And you mentioned the 90/10 split between Google

6     and Bing.  Has that remained relatively constant during your

7     time at Home Depot?

8     A     For the most part.

9     Q     Okay.

10          What has been the trajectory of your overall paid

11    search budget while you've been at Home Depot?

12    A     Slightly up year over year.

13    Q     Okay.

14          And talking about reallocation between Google and

15    Bing, have you ever shifted all of your spending for a

16    particular campaign from Google to Bing?

17    A     We have not.

18    Q     Have you done the opposite?

19    A     We have not.

20    Q     Okay.

21          So has Home Depot ever considered stopping its

22    purchases of text ads on Google?

23    A     No, we have not, not for an extended period at

24    least.

25    Q     And you said not for an extended period.  Have you

1  conducted any tests of your paid search advertising?

2     A    We have.

3     Q    Can you describe what these tests are?

4     A    One is what we call a "go-dark test."  So what

5  we're trying to understand is the incremental revenue that's

6  being driven from our investments.

7         So what we do is we keep a control group where we

8  continue to advertise as we normally do and then we would

9  pinpoint a very specific geographic region which we stop

10 advertising to essentially understand how painful it is or

11 the amount of sales that were lost by not advertising in

12 that region.

13    Q    So you used the word "incremental."  How does --

14 what does that word mean in the context of digital

15 advertising?

16    A    Incremental, the best way to think about it is if

17 it wasn't for media activity, the -- sorry.

18        The sales that were specifically generated as a

19 result of media activity or the inverse of that being if we

20 would not have spent a dollar, what would have been the

21 dollars in revenue that we would have lost.

22    Q    Got it.

23        And were you also testing general traffic to the

24 website as well?

25    A    I'm not sure I understand the question.

5145

1      Q    Okay.  We'll pause on that question.

2           Can you describe generally what the go-dark test

3      showed Home Depot?

4      A    That when we stop advertising, we don't benefit

5      from those sales that would have been created if not for

6      advertising.

7      Q    And just to be clear, did you stop appearing on

8      Google's pages?

9      A    That's correct.

10     Q    But advertising, did you stop appearing

11     altogether?

12     A    No, we would have still had an organic present.

13     Q    But if you stop the paid, you saw general loss of

14     revenue?

15     A    That's correct.

16     Q    Okay.

17          Can we -- we're going to go to a document here

18     now.  In your binder is PSX676.  And I would caution there's

19     a number of numbers -- a lot of numbers that are redacted

20     for confidentiality reasons.  On the screen, you'll see them

21     redacted.

22          MR. CHOKSI:  Your Honor, PSX676, I believe there's

23     a hearsay objection on it.  We have a business records

24     declaration.  I'll just lay a foundation real quick.

25

```
 1   BY MR. CHOKSI:

 2        Q    Mr. Booth, do you recognize this document?

 3             THE COURT:  Well, let me just ask.  Is there an

 4   objection to it?

 5             MR. SAFTY:  No objection, Your Honor.

 6             MR. CHOKSI:  Okay.

 7             THE COURT:  All right.  So PSX676 will be

 8   admitted.

 9                              (Plaintiffs' Exhibit PSX676
                                      received into evidence.)
10

11   BY MR. CHOKSI:

12        Q    What is this document?

13        A    This is a summary of one of the tests that we

14   performed in November of 2020.

15        Q    And this is the go-dark test you were just

16   describing, one of the ones?

17        A    This is one, yes.

18        Q    So it's November of 2020.

19             Can you go to page 4, which is page numbers on the

20   left, Bates numbers on the right, Bates ending 240.

21             And we have it up on the screen in redacted

22   format.

23             And anything that's highlighted here in your copy

24   is redacted, don't say it out loud, and I'll try to work

25   around it.  All right?
```

```
 1         A    Understood.

 2         Q    There are two bullet points on the bottom.

 3              Well, first, it says "test overview" in this box.

 4    Is this generally what you were describing?

 5         A    That's correct.

 6         Q    Okay.

 7              And so it was a test for X amount of days -- just

 8    trying to do math -- and it's, like, 15 days, something like

 9    that?

10         A    That's correct.

11         Q    And then they have "test size," and it's blacked

12    out, but it's a percentage of markets, right?

13         A    That's correct.

14         Q    And included in the test -- is this both Google

15    and Bing paid search advertising?

16         A    This one was, yes.

17         Q    Okay.  All right.

18              Let's go down to the bottom to the two bullet

19    points, and I want to talk about the first bullet point.

20              "THD top-line revenue dropped X percent when we

21    turned off paid search."

22              Do you see that?

23         A    I do.

24         Q    What's THD?

25         A    The Home Depot.
```

5148

1      Q    And is that percentage -- don't say it -- is that

2   percentage meaningful to you?  Is that a meaningful amount?

3      A    Yes.

4      Q    And it says "top-line."  Does that mean overall or

5   does that mean in those markets?

6      A    Top-line, overall.

7      Q    Overall.  Given the percentage of the markets we

8   saw, it's overall?

9      A    Sorry, could you clarify the question?

10      Q    Yeah.

11           So top-line revenue, does that mean in the

12   percentage of the markets that we saw?

13      A    In the percentage of the markets that we saw.

14      Q    Got it.

15           Let's go to page 8.

16           THE COURT:  Could I ask you a question real quick?

17           So the test that you did, was it just going dark

18   on text ads or shopping ads or both?

19           THE WITNESS:  Let me double-check.

20           This would have been both.

21           THE COURT:  Okay.

22   BY MR. CHOKSI:

23      Q    And it says it in the included in test box up

24   there, on the test overview, it says text and PLA?

25      A    I don't see it -- or sorry.  Let me double-check.

5149

```
 1      Q     PLA --

 2      A     Oh, yes.

 3            At the very top, channel, text, and shopping.

 4      Q     Can we go to page 8, Bates number 244.

 5            And this slide is titled "How did the traffic mix

 6   change across test & control markets."

 7            Do you see that?

 8      A     I do.

 9      Q     What do you understand the term "traffic mix" to

10   mean here?

11      A     Traffic mix would be how consumers got to our

12   website.

13      Q     And how are the ways consumers can get to your

14   website?

15      A     People can navigate directly to homedepot.com.

16   They can click through an organic link or a free think.

17   They can click through paid search link.  They can click

18   through Facebook or display.  A number of different sources.

19      Q     A lot of different ways to get to your website?

20      A     Uh-huh.

21      Q     And so you said there could be a paid link, there

22   could be an organic link.  That's on a general search

23   engine?

24      A     Correct.

25      Q     And then in the first bullet point it says,
```

5150

```
 1   "Sources of visits were analyzed across test and control
 2   markets."
 3            Do you see that?
 4   A    I do.
 5   Q    And "sources of visits" you understand to mean all
 6   of those ways to get to Home Depot?
 7   A    That's correct.
 8   Q    Second bullet point, "With paid search turned off,
 9   we saw a XXX bps drop in traffic when compared to control
10   markets."
11            Is that number -- so is that a total drop in
12   traffic from those markets?
13   A    That's correct.
14   Q    From all the ways, I mean, just total number?
15   A    That is correct.
16   Q    And "bps," just because I'm not good at math,
17   I think a thousand bps, is that 10 percent?
18   A    It's basis points.
19   Q    Yeah.
20   A    Yeah.
21   Q    So a thousand basis points is 10 percent, right?
22   A    Correct.
23            So it's the difference between two percentage
24   points.
25   Q    Yep.  Okay.
```

1          And then the sub-bullets says, "Shows that not all

2    paid traffic converts to organic traffic."

3          What does that mean?

4    A    So there's a lot of different links within a

5    search engines results page.  Some theories believe that,

6    well, if we weren't placing a paid search ad, they're just

7    going to come to our website naturally because we have the

8    top organic spot.  This concluded that that's not the case.

9    Q    That's not the case, and do they can come to Home

10   Depot at all?

11   A    Many do, but what we found is it's not the -- not

12   all the traffic that was lost when removing paid search was

13   recouped by going through organic or through a direct mode.

14   Q    And if you look at the box here on the right, in

15   the second bullet point, we see XX percent of paid search

16   traffic lost converted to organic traffic.

17   A    That's correct.

18   Q    So that is the percentage of people who came to

19   Home Depot anyway through organic links?

20   A    That's correct.

21   Q    And so the remaining, where do they go?

22   A    To another link on the SERP.

23   Q    Likely to another competitor?

24   A    Most likely.

25   Q    We can put that aside.

1           Did this test lead you to any conclusion about

2   whether traffic from a general search engine is important

3   for Home Depot?

4        A    It did.

5        Q    What did it tell you?

6        A    That traffic is important to The Home Depot.

7        Q    And what about same question for paid search

8   traffic, is that important to Home Depot?

9        A    That's correct.

10        Q    Has Home Depot conducted similar go-dark tests for

11   other products?

12        A    Other products?

13        Q    Yeah.

14        A    Other channels?

15        Q    Other channels, sure.

16        A    Yeah, we have.

17        Q    What other channels?

18        A    At least social and display, and we may have done

19   TV in the past.

20        Q    And what did those show?

21        A    That when we remove those forms of marketing, we

22   lose traffic and sales.

23        Q    As much as paid search?

24        A    I don't know.

25        Q    You don't know.  Okay.

 1              I'm going to switch topics for a second here and

 2    you can just put your binder aside for the moment.

 3              Are you familiar with search engine marketing, or

 4    SEM, tools?

 5         A    I am.

 6         Q    What are they?

 7         A    SEM tools would be a technology that allows a paid

 8    search marketer to effectively report, optimize, and get

 9    insights from their paid search marketing programs.

10         Q    And does Home Depot use an SEM tool?

11         A    We do.

12         Q    Does your team manage the SEM tool on behalf of

13    Home Depot?

14         A    We do.

15         Q    And from what websites does your team purchase ads

16    using an SEM tool?

17         A    Google, Bing, adMarketplace.

18         Q    Okay.

19              So why does Home Depot use a SEM tool?

20         A    So a SEM tool is essentially a single repository

21    that allows our team to be able to go to to place ads on

22    multiple different channels, Google, Bing, adMarketplace.

23    So in contrast, we have a single portal we go to in contrast

24    to going to three distinct places to buy ads, optimize those

25    ads, and then report on those ads.

1    Q    Okay.

2         And you said repository.  Repository of what?

3    A    Data.  It houses the campaign so we can see all

4    the activity in a single interface.  And then make changes

5    to those as well.

6    Q    So it allows you to see data from multiple

7    different platforms in one place.  That's the summary of

8    what you said?

9    A    That's correct.

10   Q    Okay.

11        And is that -- if you were going to all the tools

12   individually, would that be a disadvantage compared to

13   having it all in one place?

14   A    It would be.

15   Q    How?

16   A    There's time savings involved in going to a single

17   interface for reporting, buying, et cetera.

18        That would probably be one of the biggest.

19   Q    Would it impact the efficiency of your ads?

20   A    It could potentially.

21   Q    Okay.

22        So you mentioned going to different individual

23   tools.  Are those sometimes called native tools?

24   A    Yes.

25   Q    Does your team spend more time in the SEM tool or

1    the native tools?

2        A    The SEM tools.

3        Q    Okay.

4             And which SEM tool does your team spend its time?

5        A    We actually have two, the first one is Search

6    Ads 360, or what we call SA360.  That's, I would say,

7    probably the source of truth where most of the activity

8    happens.

9             In addition to that, we now supplement that tool

10   with an alternative technology called Skai, S-k-a-i,

11   formally known as Kenshoo.

12       Q    And you said that's where most of the activity

13   happens.  Do you have a general percentage of how much spend

14   goes through SA360 versus Skai?

15       A    All activity goes through both platforms

16   simultaneously.

17       Q    Okay.

18            And what do you mean by most activity happens in

19   this instance?

20       A    When I say activity, I mean the reporting, the

21   optimization, the day-to-day tasks that our team does.

22       Q    And how long have you used SA360?

23       A    Home Depot has been a client of SA360 since

24   probably 2015 to 2018.

25       Q    And how long have you been supplementing SA360

5156

1    with Skai?

2        A    Early in 2022.

3        Q    Early in 2022, you said?

4        A    That's correct.

5        Q    Let's talk about SA360.

6             Just real quick, how much spend, how much -- what

7    percentage of spend goes through SA360?

8        A    99 and a half percent.  Very few exceptions would

9    anything be managed outside of that.

10       Q    Does your team follow the rollout of feature

11   availability on SA360?

12       A    We do.

13       Q    And has your team ever requested integration of

14   other ad features into SA360?

15       A    We have.

16       Q    And how do you provide that feedback?

17       A    We have account service representatives that we

18   are in frequent contact with.  In some cases they'll bring

19   engineers or their product development teams to kind of

20   bigger picture sessions where we have the opportunity to

21   talk about what's currently available, what they're working

22   on, and any feedback that we would have.

23       Q    Are there features in SA360 that are available for

24   Google Ads but not for Microsoft Ads?

25       A    There are.

1    Q    What are they?

2    A    The one that comes to mind is what's called

3    auction-time bidding.

4    Q    What is auction-time bidding?

5    A    So Google and Bing are sending a lot of really

6    good information about consumers' history, right, had they

7    gone to a competitive website looked for, let's say,

8    ladders.  And then if they go back to Google or if they go

9    back to Bing, they can use some of that data to say, hey,

10   this person is really prime to perform a transaction, Home

11   Depot, you should be willing to bid more for this particular

12   instance.

13        So they're using historical information on the

14   individual, what they know about, to enrich the bidding

15   process so that the advertiser can benefit.

16   Q    And they're using that information in real time?

17   A    Correct.

18   Q    And are there -- is this a bidding strategy, is

19   that what you referred to auction-time bidding as a bidding

20   strategy?

21   A    Yes.

22   Q    And are there other bidding strategies that don't

23   update in real time?

24   A    There are.

25   Q    And do you lose anything if you have a bidding

5158

```
 1    strategy that does not update in real time versus if you

 2    have one that updates in real time?

 3         A    We do.

 4         Q    What do you lose?

 5         A    We found that auction-time bidding is a very

 6    productive strategy and something that I would say is

 7    probably our standard or default across most of our

 8    campaigns.

 9         Q    So you said it's standard.  So do you use

10    auction-time bidding through SA360 on Google?

11         A    We do.

12         Q    Sorry, to buy Google.  Let's be clear here.

13         A    We do.

14         Q    And do you use auction-time bidding as a strategy

15    to purchase Bing ads through SA360?

16         A    Not through SA360.

17         Q    Okay.

18              THE COURT:  I'm sorry, not through SA360?

19              THE WITNESS:  Correct.

20    BY MR. CHOKSI:

21         Q    Why not?

22         A    It's not compatible today.

23         Q    Yeah, it's not available is what you said earlier?

24         A    That's correct.

25         Q    And would you use real-time bidding strategy, like
```

5159

```
 1    auction-time bidding, to purchase Bing ads through SA360 if
 2    it was available?
 3         A    We would.
 4         Q    Okay.
 5              Have you ever requested that support from Google?
 6         A    We have.
 7         Q    Do you remember approximately when or --
 8         A    I'm sure it's come up in a couple of occasions.
 9         Q    Okay.
10              In these meetings.
11              And you have meetings pretty regularly, right?
12         A    Yep.
13         Q    So you mentioned that you --
14              THE COURT:  I'm sorry to interrupt.
15              Just to be clear, my understanding is that the
16    Microsoft native tool does have auction-time bidding?
17              THE WITNESS:  It does.
18              THE COURT:  But I hear you saying that you do all
19    of your ad placements through SA360 and, therefore, your
20    Bing placements are not done through an auction-time bidding
21    strategy; is that correct?
22              THE WITNESS:  Through SA360?  We talked about
23    having a secondary technology called Skai.  We do use
24    auction-time bidding through Skai's platform for Bing.
25              THE COURT:  I see.  For Bing.  Okay.
```

5160

BY MR. CHOKSI:

1    Q    But do you go, when you have campaign setup

through SA360, do you, within that campaign, go to Microsoft

Ads to use auction-time bidding while it's running on SA360

as well to use a tool?

    A    We use Skai for that purpose.

    Q    You use Skai for that purpose.

    Before that?

    A    We didn't because we are not piping conversion

data back into Microsoft or to Bing ads, that's the reason

why we didn't historically, but we would.

    THE COURT:  Am I correct in understanding that

it's a -- I think you described 99 percent through SA360.

Is that 1 percent through Skai and Bing auction-time

bidding?

    THE WITNESS:  No, that would be a different

instances.

    THE COURT:  That's a separate.

    THE WITNESS:  (Nodding head.)

    THE COURT:  So the 99 number, the 99 percent

number you gave us as a percentage of your overall ad spend,

what did that refer to?

    THE WITNESS:  The far majority of our ad buying

takes places in SA360.  One form of optimization would be

this auction-time bidding capability.  But even if we choose

1    not to use that, the campaign still exists inside of the

2    SA360 platform so we can still report and do other

3    optimization techniques on it.

4              So even if one capability is not supported by

5    SA360, the activity would still live inside of the platform.

6              THE COURT:  I see.  Okay.  I see what you mean.

7    Okay.  Thank you.

8              THE WITNESS:  Sure.

9    BY MR. CHOKSI:

10   Q    And you mentioned that you started using Skai in

11   2022, right?

12   A    That's correct.

13   Q    So since you've been using Skai -- and I think you

14   mentioned you've been using auction-time bidding for

15   Microsoft Bing through Skai?

16   A    That's correct.

17   Q    And you've been using it also for Google through

18   Skai?

19   A    We tested it for the year of 2022.  We've since

20   gone back to SA360 for Google auction-time bidding.

21   Q    So how has the -- I'm sorry, let me rephrase that.

22        Has the use of auction-time bidding for Microsoft

23   Bing through Skai impacted the efficiency of the Bing ads?

24   A    It has.

25   Q    How?

1     A    Dramatically improved performance.

2     Q    And when you say "dramatically improved the

3  performance," how are you measuring that?  What units?

4     A    So return on advertising spend is the amount of

5  sales that are generated divided by the amount of media cost

6  or the investments that we're putting towards those

7  campaigns.  So a bigger number is good, a smaller number is

8  less good.

9     Q    And has the number gone up?

10     A    It has.

11     Q    Can you just give a magnitude?

12     A    2X, twice.

13     Q    And that's specifically for Bing ads, right?

14     A    That's correct.

15     Q    In your experience in advertising, in general, is

16  it common for entities to use two SEM tools at the same

17  time?

18     A    It's not.

19     Q    Okay.  And why not?

20     A    There's cost associated with it.

21     Q    What costs?

22     A    We pay a monthly license fee to use both of those

23  technologies.

24     Q    Okay.

25          And is it sizable?

5163

1      A     Yeah.

2      Q     And if you were to, say, switch away from SA360,

3   are there certain costs associated with that?

4      A     Sorry?  Is there a cost to stop using a

5   technology?

6      Q     Yeah.  Yeah.

7      A     It would free up investments that would have

8   otherwise gone to SA360 for a license fee.

9      Q     I'm sorry.  Yeah, that's a bad question on my

10  part.

11          Let's say you were just using SA360 before you

12  started the Skai tests and you were to switch away from

13  SA360, are there certain costs associated with that?  With

14  just leaving the SEM tool and going to a new one altogether?

15     A     I would say, you know, it can be painful to move

16  from a technology to another.  So it would require, you

17  know, retraining, retooling.  There's opportunity costs

18  associated with it.  I don't know if it's so much a

19  financial cost.  But it's a big investment to make a change.

20     Q     And you mentioned something about conversion data.

21  Where is that conversion data housed?

22     A     We house conversion data in a few different

23  sources.  Conversion data lives in Search Ads 360, it lives

24  in Skai, and then it lives in its originating system.

25     Q     Okay.

1          And if you were to, you know, be in SA360 and then

2   switch would you lose to historical conversion data?

3     A     Typically, yes.

4     Q     And how would that impact your advertising?

5     A     So paid search is kind of reactive in nature,

6   meaning we're accruing data, we're placing ads, we're

7   monitoring and analyzing that.  Over the course of time, we

8   get more data and we have a better understanding of the

9   trends.  When we invest more here or we pull back here, it

10  helps us understand how the other campaigns are performing.

11  That's the reason why historical information is important,

12  is it allows us to make smarter future decisions.

13          THE COURT:  So are you saying that you could not,

14  or there's no technological ability to take the data that

15  resides in SA360 today and then import it into a different

16  SEM tool?

17          THE WITNESS:  You can to a certain extent.  It can

18  be cumbersome and a painful process.

19  BY MR. CHOKSI:

20     Q     And so you said something pretty interesting at

21  the beginning, sort of off topic, but you said "paid search

22  is reactive in nature."  What do you mean by that?

23     A     So we place ads.  We determine are those ads

24  producing sales.  And then as we get more of that

25  information, more of that data over the course of time, we

5165

1    start identifying trends.

2            These type of search queries or this type of

3    campaign or that type of product do better or worse than

4    others.  And then, kind of a like a stock trader, we would

5    put more of our investment to what's producing positively

6    and pull back investments on what's producing less.

7    Q    I'm going to -- give me one second.  I'm going to

8    check with my colleagues for a minute.

9    A    Sure.

10   Q    Clearly, I missed something.

11           So can you explain what conversion data is

12   generally?

13   A    Sure.

14           So conversion data is the scoring system that an

15   advertiser would use to measure the productivity of their

16   investment.

17           So for a retailer, we want to sell stuff.  So

18   revenue or sales, both online and in store, would be one

19   form of conversion data that we would use.

20   Q    And how does it exist in SA360?  Like just

21   mechanically in terms and stuff like that, how does it

22   exist?

23   A    Sure.

24           So you kind of think of it like a grid system.

25   You would see all of our different campaigns.  You would see

5166

```
 1    the impressions, meaning the amount of times that our ads
 2    were shown.  We would see the amount of clicks for each of
 3    those campaigns, we would see the amount of orders, and then
 4    the associated revenue, all attributed back to each one of
 5    those campaigns or those individual investments.
 6         Q    And is it important to -- I guess you share some
 7    of that data with Google, right?
 8         A    We do.
 9         Q    And is it important that you share that data in
10    order to optimize your campaigns?
11         A    It is.
12              THE COURT:  Sorry.  In other words, there's a
13    feedback loop between you and Google when it comes to the
14    conversion data?
15              THE WITNESS:  That's correct, yep.
16    BY MR. CHOKSI:
17         Q    Google gets -- sorry.  You need to answer, not me.
18    Sorry.  Go ahead.
19         A    I place an ad.  It resulted in this many times the
20    ad was shown, the amount of clicks that went to the website.
21    Of those clicks that got to the website, here's the amount
22    of times that somebody transacted and what the overall
23    revenue is.  We would pass that back to Search Ads 360 so
24    that we can identify those trends over the course of time
25    and be smarter about our investments in the future.
```

1           THE COURT:  Got it.

2    BY MR. CHOKSI:

3        Q    So just to be clear, who provides the click info?

4        A    The click information is provided by Google and

5    Bing.

6        Q    Okay.

7             And in SA360, can you see this conversion data

8    across different search engines?

9        A    We do.

10       Q    Okay.

11            MR. CHOKSI:  All right.  That's all the questions

12   I have for now, Your Honor.  I'll pass it to my friends at

13   the United States.

14            MS. MADDOX:  Good morning, Your Honor.

15            THE COURT:  Good morning.

16            MS. MADDOX:  Claire Maddox for the United States.

17            May I proceed?

18            THE COURT:  You may, Ms. Maddox.

19                        DIRECT EXAMINATION

20   BY MS. MADDOX:

21       Q    Good morning, Mr. Booth.

22       A    Hello.

23       Q    I have some additional questions for you which may

24   call back to some of the questions that you were just asked,

25   but I will do my best not to retread ground you've already

5168

1    covered.

2            And before I begin, have we ever met before?

3    A    We have not.

4    Q    Okay.

5            A few -- towards the beginning of your testimony,

6    Mr. Choksi was asking about the questions related to the

7    funnel.  Do you recall that?

8    A    I do.

9    Q    And you referenced, I believe, that upper funnel

10   is used for awareness and inspiration; is that right?

11   A    That's correct.

12   Q    Okay.

13           I believe you said in your testimony that other

14   teams use -- are responsible for that area.  Did I hear that

15   correctly?

16   A    Other teams that manage other types of channels

17   typically operate more upper funnel than paid search, but

18   there's kind of some blurry lives that go up and down that

19   funnel.

20   Q    And I just wanted to clarify, when you refer to

21   "other teams," which teams are you referring to?

22   A    Sure.

23           The team that oversees our TV, radio, print

24   buying.  Another team that oversees our display and social

25   ad buying.

5169

1      Q     Thank you.

2            You were also speaking a few minutes ago about the

3   go-dark test.  Do you recall that?

4      A     I do.

5      Q     After the go-dark test was conducted for paid

6   search, did Home Depot resume its paid search in the

7   locations where been turned off for the testing?

8      A     We did.

9      Q     And I believe you referred to that as an

10  "incrementality test"; is that right?

11     A     That's correct.

12     Q     What resources were needed to do that

13  incrementality testing?

14     A     There was a team assembled across a couple

15  different units.  Our team, obviously, because we're the

16  ones that buy or not buy the ads.  We also engage with our

17  marking finance team to help stand up the test construct.

18           In that particular test, we also worked with an

19  external consultancy to help make sure that we were thinking

20  about in the right way, we were measuring it the right way.

21           And then one other team was our financial planning

22  and analytics who helped us understand, like, what

23  geographic regions would be most optimal to test.

24           Those are probably the primary.

25     Q     How would you describe the size of that effort?

1        A     It was moderate to significant.

2        Q     How would you describe the cost involved in

3   that -- in the incrementality testing?

4        A     There were a number of people involved in standing

5   it up, planning and executing, and then ultimately analyzing

6   it afterwards.  So moderate to significant.

7        Q     And do you recall -- I want to just double-check.

8   Do you recall whether removing -- you had mentioned there

9   was a separated go-dark test for display ads.  Am I

10  recalling correctly?

11       A     That's correct.

12       Q     Do you recall whether removing display ads had a

13  larger or smaller impact on sales compared to removing the

14  paid search ads?

15       A     I wasn't directly involved in that test.  I do

16  recall -- my understanding is that the conclusion was it was

17  less impactful to remove our display ads than paid search.

18       Q     Okay.

19             You also spoke about the different types of ads

20  that Home Depot purchases.  In your time at Home Depot, did

21  you ever consider stopping all spend on search ads and

22  putting that spend towards display ads?

23       A     No.

24       Q     And, similarly, did you ever consider stopping all

25  spend on search ads and putting that spend towards

1    social ads?

2        A    No.

3        Q    And why did you not consider stopping all spend on

4    search ads and putting that spend towards display or

5    social ads?

6        A    Each one of them allows us to be able to meet our

7    objectives.  Paid search, it's the investment we deemed as

8    being productive and something that we would continue to do.

9        Q    Are you familiar with a report that Google

10   provides known as a search query report or search

11   performance report?

12       A    I'm familiar.

13       Q    What information does the search query report

14   contain?

15       A    So when you think about paid search, there's two

16   forms of keywords or queries.  One is the raw query that

17   somebody goes to enter into google.com.

18            In addition to that, there is a keyword in which a

19   marketer chooses the bid on.  And the reason why that's

20   important is they're not necessarily identical, one can

21   trigger another based off of, you know, similar --

22   similarities.

23       Q    Did you -- or do you use search query reports in

24   your work at Home Depot?

25       A    We have in the past.

5172

1    Q    And how do you use them?

2    A    It helps us understand what -- one, what people

3    are actually entering into google.com or bing.com to trigger

4    an ad.  It also helps us understand should we be building

5    out more keywords, more relevant to how people are actually

6    searching.

7         And it also helps us understand, are there certain

8    things that we wouldn't want to be bidding on, which would

9    allow us to be able to develop what are called negative

10   keywords, where we would place that to say, anytime somebody

11   looks for something that includes this negative keyword, we

12   do not want to show.

13   Q    And do I understand correctly that Home Depot

14   keeps a list of the negative keywords?

15   A    We do.

16   Q    Okay.

17        In addition to a list of the, I guess, positive

18   keywords.

19   A    Positive.

20   Q    Okay.

21        Do you recall Google making any changes to the

22   information included in the search query report?

23   A    I do.

24   Q    And what changes do you recall Google making?

25   A    Earlier into my career, I think that those reports

5173

1    were very granular, gave us a lot of great detail about high

2    volume search queries, as well as low volume search queries.

3              Over the course of time, there's been less detail

4    on some of the lower volume queries, where it just wouldn't

5    report any further.

6    Q    And was it -- did you find it beneficial to have

7    the information on low volume search queries?

8    A    We did.

9    Q    Why is that?

10   A    Helps us buy our ads smarter in the future.

11   Q    Can you describe more specifically the changes

12   that you saw?

13   A    Earlier into my career, there would be -- you

14   would pull a report and there would be tens of thousands of

15   search query responses.  And then over the course of time,

16   some of the longer tail, or, like, the lower volume search

17   queries, would be cut off.  So fewer results in the report.

18   Q    All right.

19             And did fewer results in the report, did that have

20   any effect on Home Depot's ability to use the report in your

21   paid search work?

22   A    To an extent.

23   Q    And to what extent?

24   A    It would -- I would say generally, the more

25   information that we have access to, the more intelligent we

 1    can be about how we buy ads.  So less information didn't

 2    allow us to be as thorough in what we would -- would have

 3    otherwise done.

 4        Q    When you say that you didn't see as many of the

 5    low volume queries, do you have a sense of what -- did that

 6    correspond to any -- to Home Depot's ad spend?

 7        A    I don't understand the question.  Can you repeat

 8    it?

 9        Q    I can appreciate that.  I can restate.

10        The queries that were -- the data that's included

11    in the search query report, did the data also reflect, for

12    example, if there was a cost per click to Home Depot

13    associated with the query?

14        A    Yes, it did.

15        Q    Okay.

16        And so when you talk about Home Depot losing,

17    I guess, visibility into some of those queries, did Home

18    Depot also lose visibility into any cost per click data

19    associated with those queries?

20        A    I believe so, yes.

21        Q    As part of Home Depot's -- the overall spend that

22    would be reported in the search query report, do you have a

23    sense of what percentage of spend was no longer visible when

24    the volume changed?

25        A    I don't.

1    Q    Okay.

2         Do you recall any other changes that were made to

3    the search query report?

4    A    Not offhand.

5    Q    Are you familiar with metrics related to ad

6    position?

7    A    Yes.

8    Q    Did a metric related to ad position, has that at

9    any time been included in the search query report?

10   A    It was certainly a metric of other type of

11   reports.  I don't recall offhand if it was that specific

12   search query performance report.  I would guess probably

13   yes.

14   Q    Okay.

15        For the -- appreciating you can't recall if it was

16   in the reports, just more generally, the ad position metric,

17   could you describe what that showed?

18   A    Yeah.

19        So if you go back to the binder, looking at the

20   search results, any paid ad would be given a numeric ranking

21   where position No. 1 would be the very top spot, position

22   No. 2 would by the second spot, 3, 4, kind of as it goes

23   down the list.

24        So you would receive a metric of an average

25   position, which would be anywhere from a -- you have 1, all

1    the way down to, you know, an infinite number.  And it can

2    be a 1.1, 1.2, 1.3, just depending on the overall average.

3        Q    And was that a metric that you used in your work

4    in paid search?

5        A    Yes.

6        Q    And how did you use that?

7        A    It helps us understand where we show up on the

8    search results page, if there's opportunity for us to get

9    ourselves higher up in the screen, or if we're potentially

10   too high and there's opportunity for us to come back a

11   little bit, would be the primary usage.

12       Q    Can you explain more what you mean if our position

13   was too high?

14       A    Sure.

15            Not always would we want to be in the very

16   absolute position of 1.0.

17            With that typically comes a cost per click

18   premium.  And so if we would identify that we're always in a

19   position of 1.0 or 1.1, it's like, ooh, maybe we don't need

20   to be that aggressive in our bidding and we could lower our

21   costs per clicks, lower our bid to essentially generate a

22   stronger return on advertising.

23       Q    And do I understand correctly, for example,

24   instead of aiming for the top spot, it might be more

25   cost-effective to aim for maybe two or three or four?

1          A     Correct.

2          Q     And is that a metric that Home Depot still

3     receives from Google?

4          A     It's not.

5          Q     Do you recall approximately when Home Depot

6     stopped receiving that metric?

7          A     I don't.

8          Q     Has that impacted -- how, if at all, has that

9     impacted Home Depot's -- your ability in paid search to

10    assess or optimize your spend?

11         A     Again, like, the more information that we get,

12    I think the more intelligent we can be with our ad buying.

13               I don't know if it was catastrophic -- it

14    certainly wasn't catastrophic.  But the types of insights

15    that we would get, we wouldn't have the same specificity.

16         Q     In your time at Home Depot, apart from the go-dark

17    testing, has Home Depot ever stopped purchasing search ads

18    from Google?

19         A     Not to my knowledge.

20         Q     And finally, Mr. Booth, I know you've been

21    testifying today, you're here from Home Depot and you also,

22    I believe you said, had 17 years in advertising?

23         A     That's correct.

24         Q     To what extent is your testimony here today

25    representative of your experiences elsewhere?

5178

1        A    Could you rephrase the question?

2        Q    Sure.

3             Some of the testimony that you've given today

4    regarding the role that different ad channels play, and is

5    that testimony regarding -- and testimony about the

6    differences between, for example, text ads and shopping ads,

7    is that testimony unique to your experience at Home Depot or

8    do you think it's more representative of your experience in

9    advertising elsewhere?

10       A    I think it's more representative of a long career

11   in digital advertising.

12       Q    Thank you very much.

13            MS. MADDOX:  No further questions at this time,

14   Your Honor.

15            MR. SAFTY:  Good morning, Your Honor.

16   Graham Safty of Williams & Connolly on behalf of Google.

17                        -  -  -

18                    CROSS-EXAMINATION

19   BY MR. SAFTY:

20       Q    Good morning, Mr. Booth.

21       A    Hello.

22       Q    Both attorneys for the plaintiffs asked you a

23   number of questions about the search ads that The Home Depot

24   places on google.com, right?

25       A    That's correct.

5179

1          Q     And The Home Depot bids to place search ads on

2     google.com because the company has found them to be a

3     profitable investment that drives what you're looking to get

4     out of advertising, which is ultimately sales;

5     is that correct?

6          A     That's correct.

7                THE COURT:  Mr. Safty, can I interrupt?

8                Can I ask you to either move that mic a little

9     closer to you or keep your voice up.  Thanks.

10     BY MR. SAFTY:

11          Q     And, Mr. Booth, The Home Depot measures the

12     productivity of its search ad campaigns based on a metric

13     called return on ad spend, which is sometimes abbreviated

14     ROAS.  Is that right?

15          A     That's correct.

16          Q     What does return on ad spend mean?

17          A     It is -- the calculation is revenue divided by

18     investment or cost.

19          Q     And in the context of search ads specifically,

20     is there a difference between return on ad spend and cost

21     per click?

22          A     There is a difference.

23          Q     And what is the difference as you understand it?

24          A     So the cost per click is the cost incurred every

25     time somebody selects the ad and then is delivered to the

5180

website.

       Return on advertising spend is more about once
they get to the website, do they transact and its ratio to
the overall cost.

       Q    And why do you use return on ad spend as a measure
of the productivity of The Home Depot's investment in search
ads?

       A    Sure.

       So we have a limited media investments and we want
to make that as productive as possible so we want to
generate the most revenue possible and that's the metric
that's been an industry standard to be used to evaluate
that.

       Q    So return on ad spend instead of cost per click is
the productivity measure; is that fair?

       A    That's correct, or primary.

       Q    Just to give an example, perhaps, you've observed
instances over time where the cost per click of a campaign
might be low and declining but it's not profitable from The
Home Depot's perspective because it's not driving
incremental sales, right?

       A    That's correct.

       Q    And conversely, there might be instances where
cost per click is increasing over time but it is delivering
positive return on ad spend because of the incremental sales

5181

1    resulting from the campaign; is that right?

2        A    That's correct.

3        Q    I believe you mentioned in response to questions

4    from Mr. Choksi that, on a daily basis, members of your team

5    at The Home Depot are sort of assessing the return on ad

6    spend of the search campaigns you're running and relocating

7    the budgets across Google and Bing; is that right?

8        A    That's correct.

9        Q    And by advertising on both Google and Bing, The

10   Home Depot is intending to reach different audiences, right?

11       A    Yes.

12       Q    In other words, your expectation is that by

13   advertising on Bing, you'll reach a subset of consumers who

14   you would not reach merely by advertising on Google;

15   is that fair?

16       A    That's fair.

17       Q    Now, I think both groups of plaintiffs or at least

18   Mr. Choksi also asked you some questions about the

19   difference between search text ads and product listing ads.

20   Do you remember that?

21       A    I do.

22       Q    The daily reallocation of The Home Depot's budget

23   that you referenced a moment ago also occurs across text ads

24   and product listing ads, right?

25       A    That's correct.

5182

1    Q    So if your team observed today that product

2    listing ads were delivering a higher return on ad spend than

3    a search text ad campaign, you'd expect that within a matter

4    of days, spend would be reallocated from the text ads to the

5    product listing ads, right?

6    A    Yes.

7    Q    And Home Depot's investment in product listing ads

8    on Google, in particular, has sort of increased in recent

9    years to the point that the overall amount spent on product

10   listing ads is larger now than the amount spent on Google

11   text ads; is that right?

12   A    Our spend in product listing ads is higher than I

13   text ads, correct.

14   Q    As someone who has worked in the paid search

15   industry for approximately 17 years, it's your understanding

16   that most in the industry expect a year-over-year increase

17   in cost per click as more advertisers are embracing paid

18   search marketing and are becoming more savvy in their

19   efforts; is that right?

20   A    I think the general industry perspective would be

21   that, yes.

22   Q    And in other words, there's more demand for search

23   ads year over year in your experience, and at the same time,

24   advertisers are getting better at identifying instances

25   where they can bid more aggressively and still capture a

5183

1    positive return on ad spend; is that fair?

2        A    Yes.

3        Q    And in your experience, those trends with regard

4    to cost per click are similar on Bing and Google, correct?

5        A    In my experience, we've seen a decline in cost per

6    clicks within The Home Depot for things that I think that,

7    you know, were smart moves on our behalf.

8        Q    And to maybe give a tangible example, in some

9    recent years, you've observed declines in cost per click on

10   product listing ads on Google specifically, right?

11       A    Yes.

12       Q    And there might be other pockets like, for

13   example, branded keywords that are more expensive on Bing

14   than on Google, right?

15       A    Yes.

16       Q    To what do you attribute the sort of decline in

17   cost per click on product listing ads on Google in recent

18   years?

19       A    We -- one in particular is there's a -- there's a

20   lot of components of an ad.  Like the device that it's

21   served from would be one of those.

22            In our case, we've made the decision to lean more

23   towards mobile versus desktop, which there's some cost per

24   click favorability there.

25       Q    Mr. Choksi asked you a number of questions about

5184

1    SEM tools.  Do you recall that line of questioning?

2         A    I do.

3         Q    And the SEM tools that you referenced in response

4    to his questions such as SA360 and Skai allow an advertiser

5    like The Home Depot to manage search ad campaigns on both

6    Google and Bing, correct?

7         A    That's correct.

8         Q    And some of the SEM tools on the market also allow

9    an advertiser to manage campaigns on other advertising

10   platforms, maybe Facebook or Amazon, for example, right?

11        A    That's correct.

12        Q    And from your perspective, one of the interesting

13   things about working in paid search is the features and

14   functionalities available to advertisers are always

15   changing, right?

16        A    That's correct.

17        Q    And with respect to Google specifically, Google

18   frequently, you know, rolls of the new features and

19   capabilities for Google Ads, right?

20        A    Frequently.

21        Q    And, likewise, Microsoft regularly rolls out new

22   features and capabilities for Bing, right?

23        A    Correct.

24        Q    At any given time, not all of the features and

25   functionalities made available by an advertising platform

5185

```
1    can be utilized in a SEM tool, right?
2        A    As innovation happens, it takes some time for
3    technologies to catch up, sure.
4        Q    And, I mean, you've observed during your time as
5    head of paid search at The Home Depot that some of the
6    features and capabilities available to you directly in
7    Google Ads are not integrated into SA360, right?
8        A    Correct.
9        Q    Now, I believe you alluded to this earlier, I want
10   to make sure I understand correctly.  Your team at The Home
11   Depot sort of periodically meets with Google's SA360 team
12   for the purpose of staying on top of the most recent
13   capabilities and features that Google is adding to SA360;
14   is that right?
15       A    Correct.
16       Q    And that includes learning about Bing ads features
17   that are being newly integrated into SA360, right?
18       A    Correct.
19       Q    And this engagement with the SA360 team also
20   relates to conversations about integration of Google Ads
21   features to SA360, right?
22       A    Yes.
23       Q    Are you familiar with a Google Ads campaign type
24   called Performance Max?
25       A    I am.
```

1        Q    And what is Performance Max?

2        A    Performance Max is a universal campaign type.  You

3    know, in contrast to buying a text ad or a shopping ad which

4    is a distinct campaign entity, Performance Max is

5    anything -- any Google inventory that they have.  So it

6    could be text ads and Performance Max -- or sorry -- or

7    shopping, it could be Gmail, it could be Google

8    Display Network, it could be YouTube.  It's essentially all

9    the different varieties of Google Ads rolled into a single

10   campaign.

11       Q    And there have been instances over the last couple

12   of years where your team has wanted SA360 to provide more

13   support for Google Performance Max features and

14   functionality that aren't currently available in SA360,

15   right?

16       A    That's correct.

17       Q    And that integration of Performance Max into SA360

18   hasn't happened right away even though Performance Max is a

19   Google Ads product, right?

20       A    Yes.

21       Q    As part of your work at The Home Depot, you've

22   learned that historically the company has used SEM tools

23   other than SA360 and Skai, correct?

24       A    Correct.

25       Q    And I believe you've learned in the past that The

5187

1    Home Depot used a SEM tool from Marin, and at the same time,

2    a product from Adobe; is that correct?

3         A    Yes.

4         Q    And your understanding is that The Home Depot is a

5    symbol on an informal task force to decide whether to switch

6    its SEM tool provider away from Marin and Adobe to another

7    offering; is that correct?

8         A    Correct.

9         Q    And the outcome of that process, as you understand

10   it, is that The Home Depot decided to switch to SA360?

11        A    Yes.

12        Q    And your understanding is that The Home Depot's

13   sort of paid search team found that SA360 at the time was

14   easier to use and navigate for what they needed to do on a

15   day-to-day basis; is that fair?

16        A    Yes.

17        Q    And your understanding is that The Home Depot also

18   determined that SA360's long-term roadmap of features and

19   solutions at the time was more attractive than the

20   competitor's offerings; is that right?

21        A    That's correct.

22        Q    And it's your understanding that the fee for

23   licensing SA360 was projected to be lower as well, right?

24        A    Yes.

25        Q    Do you know whether Marin's SEM tool has ever

1    integrated auction-time bidding for Bing?

2        A    I'm not sure.

3        Q    Do you know whether Adobe's SEM tool has ever

4    integrated auction-time bidding for Bing?

5        A    I don't know.

6        Q    Do you know whether Microsoft has developed its

7    own SEM tool?

8        A    I'm confident that they have not.

9        Q    If Microsoft were to build or acquire an SEM tool,

10    would you expect The Home Depot to assess what it has to

11    offer, just like the company's done with SA360 and Marin and

12    Skai and the other offerings?

13        A    Yes.

14        Q    You alluded to, in response to some questions from

15    Mr. Choksi, that in 2022 your team sort of tested an

16    alternative to SA360 from Skai, correct?

17        A    That's correct.

18        Q    And you embarked on that testing because, as a

19    general practice, it makes sense for any marketing team to

20    evaluate whether they're using the best product in the

21    market and whether the solutions it offers are meeting their

22    needs, right?

23        A    Yes.

24        Q    And I gathered that for a period of at least

25    several months in 2022, The Home Depot was managing

5189

1    campaigns from both SA360 and Skai so that it could conduct

2    a sort of fulsome evaluation of the two tools, right?

3        A    Yes.

4        Q    And is it the case that you continue to do that

5    today?  In other words, to manage campaigns through both

6    SA360 and Skai?

7        A    I would say we do use both platforms today, but

8    the evaluation period of kind of a head-to-head test, that's

9    concluded.

10       Q    I see.

11            So in 2022, this was really a sort of holistic

12   competitive bidding process as between SA360 and Skai;

13   is that fair?

14       A    That's fair.

15       Q    Okay.

16            And then what we have today in 2023 is sort of the

17   result of that competitive bidding process based on The Home

18   Depot's sort of unique needs; is that fair?

19       A    Yes.

20       Q    And do you intend to continue to assess going

21   forward whether SA360 or Skai or another SEM tool sort of

22   best meets Home Depot's unique needs?

23       A    I would say that's going to be an ongoing process.

24       Q    Mr. Choksi asked you some questions about the cost

25   of switching SEM tools, and you alluded to sort of

1    particular forms of data that live within a tool like SA360.

2    Do you recall that line of questioning?

3         A    Yes.

4         Q    And are you referring specifically there to

5    conversion data?

6         A    Mostly conversion data, yes.

7         Q    And Home Depot owns that conversion data, right?

8         A    Yes.

9         Q    And that's true regardless of which SEM tool Home

10   Depot chooses to use?

11        A    Can you define "own the data"?

12        Q    Sure.

13             Home Depot has the right to take possession of the

14   conversion data and put it somewhere else if it so chooses?

15        A    Yes.

16        Q    In other words, Home Depot can terminate its

17   relationship with SA360, take back its conversion data, and

18   transfer it to another SEM tool or put it on its own servers

19   or do anything it likes with it, right?

20        A    That's correct.  There can be some pain associated

21   with that, just the complexities involved.

22        Q    And there are companies, including other SEM tool

23   companies, that sort of specialize importing that data from

24   one tool to another, right?

25        A    There are.

1    Q    And providing the support necessary to get a

2    customer sort of up and running with historical data

3    necessary to facilitate campaigns going forward is sort of

4    part of the value proposition that SEM tools offer, right?

5    A    Yes.

6    Q    At this time, The Home Depot has acquired at least

7    several months of historical conversion data with Skai

8    because of the sort of ongoing trial that was occurring in

9    2022, right?

10    A    Correct.

11    Q    So the historical conversion data sort of

12    presently lives within at least SA360 and Skai, if not also

13    sort of other platforms or tools used by The Home Depot,

14    right?

15    A    Yes.

16    Q    Do you have any understanding of whether or when

17    Bing auction-time bidding functionality would be available

18    on SA360?

19        THE COURT:  Counsel, I'm sorry, Mr. Safty, can I

20    interrupt you for a moment?

21        How much more time do you think you'll be?

22        MR. SAFTY:  Maybe about 20 minutes, Your Honor.

23        THE COURT:  Why don't we go ahead and take a break

24    then.

25        All right.  It's a little bit after 11:00 now.

5192

1    We will resume at 11:20.

2                Sir, I'll ask you not to discuss your testimony

3    with anyone during the break.  Thank you, sir.

4                COURTROOM DEPUTY:  All rise.  This Court stands in

5    recess.

6                (Recess from 11:02 a.m. to 11:19 a.m.)

7                THE COURT:  All right.  Sorry for the delay,

8    everybody.  Had a tech issue.

9                So, Mr. Safty.

10               MR. SAFTY:  Thank you, Your Honor.

11   BY MR. SAFTY:

12       Q    Mr. Booth, I believe I was going to ask you right

13   before the break whether you have any understanding of

14   whether or when Bing auction-time bidding functionality

15   might be available in SA360?

16       A    My understanding is it's in the works.

17       Q    And do you have any understanding of an

18   approximate delivery timeline or where in the process it

19   currently is?

20       A    I don't know.

21       Q    Even though The Home Depot is currently an SA360

22   customer, there's no restriction on The Home Depot also

23   using another SEM tool such as Skai's offering, correct?

24       A    Correct.

25       Q    And even though The Home Depot is currently an

5193

1    SA360 customer, there's no restriction on bidding directly

2    in the native front-end tool on Google or Bing or any other

3    ad platform, right?

4        A    Correct.

5        Q    The most significant consideration in deciding

6    whether to bid directly on Bing through Microsoft's front

7    end instead of going through SA360 is whether you'll be able

8    to track or measure the productivity of the campaign;

9    is that fair?

10       A    It's the specific form of how we measure our

11   campaigns, yes.

12       Q    And so Microsoft has its own conversion tracking

13   for Bing, correct?

14       A    They do.

15       Q    But it uses a slightly different attribution logic

16   than the one used by SA360?

17       A    Correct.

18       Q    So the primary obstacle to running an auction-time

19   bidding campaign directly through Bing's front end is this

20   sort of conversion of different attribution logics

21   maintained by the two companies; is that right?

22       A    Correct.

23       Q    Before your team started using Skai, if your team

24   had concluded that Bing auction-time bidding was likely to

25   be impactful enough on productivity to warrant that extra

5194

1    step, they could have purchased Bing ads directly in

2    Microsoft's native tool in order to use auction-time bidding

3    functionality, right?

4        A    Yes.

5        Q    Plaintiffs' counsel asked you about a go-dark test

6    that was conducted with respect to search ads.

7             Do you remember that line of inquiry?

8        A    I do.

9        Q    And was the purpose of that go-dark test to assess

10   the effect of discontinuing search ads in order to get a

11   sense of their relative contribution to driving incremental

12   sales at The Home Depot?

13       A    That's right.

14       Q    And as far as you know, The Home Depot did not

15   sort of simultaneously increase spending on other forms of

16   digital ads when it went dark on search ads, correct?

17       A    That's correct.

18       Q    I believe you mentioned earlier that you don't

19   sort of directly oversee the social media and digital

20   display ad spend at The Home Depot but you communicate with

21   your counterpart who does and sometimes receive information

22   about those forms of investments; is that right?

23       A    Yes.

24       Q    I'm not asking you to divulge any sort of

25   proprietary details about how The Home Depot conducts these

1    analyses, but at a general level, is it your understanding

2    that if The Home Depot stopped buying digital display ads,

3    it would see a decline in sale?

4        A    That's right.

5             THE COURT:  Could you repeat that?

6             MR. SAFTY:  Sure.

7    BY MR. SAFTY:

8        Q    Omitting the confidentiality caveat, the question

9    was, whether it's correct that if The Home Depot stopped

10   buying digital display ads, it would see a decline in sales?

11       A    Yes.

12       Q    And, likewise, if The Home Depot stopped buying

13   social media ads, it would see a decline in sales, correct?

14       A    Yes.

15       Q    Again, without divulging any sort of proprietary

16   information about how these analyses were conducted, there

17   are different ways of modeling these sort of counterfactual

18   scenarios about what would happen if ads were discontinued

19   in order to assess their incremental effect; is that right?

20       A    There are models to help predict that, yes.

21       Q    And you're aware of some models showing that

22   discontinuing digital display ads would have a significant

23   impact and other models showing that discontinuing search

24   ads would have a significant impact, right?

25       A    Yes.

5196

1    Q    And it's not surprising that discontinuing any of
2    these various forms of digital ad types would cause a
3    decline in sales, because, at the end of the day, The Home
4    Depot is buying these ads in the expectation that they will
5    drive consumers to buy things that at The Home Depot, right?
6    A    Exactly right.
7    Q    Now, Plaintiffs' counsel asked you about certain
8    reports or metrics that Google previously provided to
9    advertisers that you indicated have changed in some respect
10   during your time in the paid search business.
11        Do you remember that?
12   A    I do.
13   Q    And I'll ask you about the specific examples just
14   to make sure we're on the same page, but to be clear about
15   the baseline, Google does provide a number of tools in forms
16   of feedback that help advertisers like The Home Depot
17   optimize their investments in search ads, right?
18   A    Yes.
19   Q    And during your career in paid search, Google has
20   sort of repeatedly rolled out new metrics and reports to
21   advertisers that can be used to inform bidding strategies
22   and develop compelling ads, right?
23   A    Yes.
24   Q    And I won't go through every example with you, but
25   you're aware that over the years, Google has developed for

1    The Home Depot, and other advertisers, new metrics on

2    impression share, different conversion types, including

3    cross device conversions, geographic breakdowns on how ads

4    are performing in different parts of the U.S., to give a few

5    examples; is that right?

6             MS. MADDOX:  Objection, Your Honor.

7             Compound.

8             And in addition, to the extent counsel is asking

9    for Mr. Booth to speak on behalf of what advertisers are

10   receiving, I don't believe there's a foundation for that.

11            MR. SAFTY:  I'm only asking for his personal

12   knowledge.

13            THE COURT:  I thought he was -- he's limited to

14   his understanding of these new metrics and what the new

15   rollouts are, so he can answer the question.

16            THE WITNESS:  Could you repeat the question?

17   BY MR. SAFTY:

18   Q    Sure, it was a long one and I will break it up.

19            So, for example, you're aware that during your

20   career in paid search, Google has introduced new metrics

21   that can be used by advertisers such as The Home Depot to,

22   say, track or gain insight into their impression share,

23   correct?

24   A    Yes.

25   Q    And you're also aware of your current paid search,

1    Google has introduced metrics relating to different

2    conversion types, including new information relating to

3    cross device conversions, correct?

4         A    That's right.

5         Q    And during your career in paid search, Google has

6    introduced new metrics reflecting geographic breakdowns on

7    how ads are performing in different parts of the U.S.,

8    right?

9         A    Yes.

10        Q    Now, I believe that counsel asked you some

11   questions about a numerical value relating to ad position on

12   the SERP that previously was provided and is now provided in

13   a different form.

14             Does that generally sound right?

15        A    That's right.

16             MR. SAFTY:  Your Honor, may I approach?

17   BY MR. SAFTY:

18        Q    Mr. Booth, are you aware as a general matter that

19   Google releases information about search ad features and

20   reporting on its Google Ads help pages?

21        A    Yes.

22        Q    And in addition to that, your team communicates

23   frequently with Google Ads, account executives, and others

24   at the company about anticipated and actual changes to

25   features and reporting, correct?

1      A    Yes.

2      Q    So I've handed you a printout of a Google Ads help

3  page titled, "Prepare for average position to sunset," dated

4  February 26th, 2019.

5           Because I want to make sure that I'm understanding

6  correctly the sort of lines of question about which features

7  are no longer available or have changed.

8           So if you look at the first paragraph of this

9  page, there's a reference there to --

10          THE COURT:  Sorry to interrupt, Counsel.  Do you

11  want to just have a number for this?

12          MR. SAFTY:  Oh, sure.  I'm sorry.  I do not have

13  an exhibit number.  I was not necessarily planning to

14  introduce it.  But I can get our next number in our sequence

15  certainly.

16          THE COURT:  Okay.  Why don't you go ahead and we

17  can get the number later.

18          MR. SAFTY:  Thank you.

19          And apologies, Your Honor.

20          THE COURT:  That's all right.

21  BY MR. SAFTY:

22      Q    So, Mr. Booth, I was looking at the first

23  paragraph here and it refers to, the second sentence, "In

24  November, we rolled out Impression Absolute Top Percent and

25  Impression Top Percent, which described what percent of your

1  ads appear at the top of the page and absolute top of the

2  page."

3          Do you see that?

4      A   I do.

5      Q   And are you familiar with those metrics?

6      A   I am.

7      Q   And then looking at the next paragraph after this

8  image here, the sentence says, "To complement these metrics,

9  we also rolled out Search Absolute Top Impression Share, and

10  Search Top IS.  If you want to optimize for position, these

11  are the best metrics to use."

12          Do you see that?

13     A   I do.

14     Q   Are you familiar with the metrics referenced

15  there?

16     A   I am.

17     Q   And in the very last paragraph here, it says,

18  "With the availability of these new metrics to understand

19  prominence, we plan to sunset average position in September

20  of this year."

21          Do you see that?

22     A   I do.

23     Q   Is this sunsetting of average position, is that

24  the subject of your testimony in response to questions from

25  Ms. Maddox regarding sort of numerical values of position on

5201

1    the page that were no longer available?

2         A    That's correct.

3         Q    And your understanding is that that feature sort

4    of deprecated or phased out in September of 2019 after

5    Google provided notice in February of 2019; is that right?

6         A    That looks accurate.

7         Q    Is it your understanding from your career in paid

8    search that a wide range of businesses bid on Google Search

9    ads, including large companies like The Home Depot and also

10   small advertisers that are less sophisticated than The Home

11   Depot?

12        A    I think that's accurate.

13        Q    And on the sort of spectrum of advertisers that

14   buy search ads, is it fair to say that your team would rank

15   among the most sophisticated in your view in terms of your

16   ability to act on large volumes of data?

17        A    I'd like to think so.

18        Q    And from your perspective as a sort of highly

19   sophisticated paid search organization, more data is pretty

20   much always better, right?

21        A    Yes.

22        Q    Even from The Home Depot's perspective, you would

23   agree that the sunsetting of average position reporting that

24   we're discussing here was a minor consideration that did not

25   necessitate a fundamental shift in your testing and bidding

1  strategies, correct?

2      A    That's accurate.

3          MR. SAFTY:  Your Honor, the document that I just

4  handed up will be Defendant's Exhibit 2021.  I apologize for

5  not having that pre-marked.

6          THE COURT:  Any objection?

7          MR. CHOKSI:  We would object if he -- I don't

8  think he's moving it into evidence.

9          THE COURT:  Are you seeking to move it into

10 evidence?

11         MR. SAFTY:  Yes.  Is there any objection to

12 admitting Defendant's Exhibit 2021, printout from Google Ads

13 help pages?

14         MR. CHOKSI:  Yes, it's hearsay.

15         THE COURT:  Why is it not a business record of

16 Google since it's --

17         MR. CHOKSI:  Well, I don't think that Mr. Booth

18 can lay a foundation for it being a Google record.

19         THE COURT:  All right.  Well, if we need to get

20 a -- if you're insisting on a certification, then I guess we

21 can get one.

22         But okay, go ahead, that's fine.  We'll

23 provisionally hold off on -- we'll conditionally admit it,

24 but we'll hold off until we get the certification or a

25 witness to come in to lay the foundation.

5203

```
 1            MR. CHOKSI:  We'll withdraw the objection.
 2            THE COURT:  Thank you.
 3            All right.  So DX2021 will be admitted.
 4            MR. SAFTY:  Thank you, Your Honor.
 5                              (Defendant's Exhibit DX2021
                                   received into evidence.)
 6
 7            MR. SAFTY:  And if I may approach again?
 8            And, Your Honor, I'll have to seek forgiveness
 9    because, again, I have neglected to pre-mark this exhibit,
10    but I can tell you that this will be Defendant's
11    Exhibit 2022.
12    BY MR. SAFTY:
13       Q    And, again, Mr. Booth, I'm going to ask you a few
14    questions to make sure I understand that plaintiffs'
15    questioning is talking about the same feature or reporting
16    that I have in mind.
17            So I've handed you a printout of a Google Ads help
18    page titled "Improving the search terms report while
19    maintaining user privacy," dated September 9th, 2021.
20            Do you see that?
21       A    I do.
22       Q    And if you look at the second sentence of this
23    document, it says, "That's why last year, we updated the
24    search terms report and dynamic search ads search terms
25    report to meet new privacy thresholds."
```

1          Do you see that?

2     A    I see it.

3     Q    And do you understand that change to be a

4 reference to what Ms. Maddox was asking about with respect

5 to sort of decrease in the level of detail in certain search

6 terms in the reports that The Home Depot receives?

7     A    It's the first time I've seen the document, but it

8 looks to be that.

9     Q    It corresponds with your sort of recollection of

10 the timing of the change and the level of detail in search

11 term reports?

12    A    This is a little bit later than I would have

13 anticipated, being 2021, but I was thinking more twenty --

14    Q    And I apologize.  I think the sentence there says,

15 "That's why last year we updated the search terms report."

16         So I think it's referring back to something that

17 happened in 2020?  Does that clarify approximately when you

18 believe that the change occurred.

19    A    It's about right, yeah.

20    Q    And to be clear, the change that you're referring

21 to involves providing less granular detail to advertisers',

22 such as The Home Depot, actual searches that users enter

23 infrequently on Google.  Is that your understanding?

24    A    Yes.

25    Q    Do you have any reason to doubt the changes to the

 1    search term reports were made in order to ensure user

 2    anonymity on Google?

 3            MS. MADDOX:  Objection, Your Honor.

 4            THE COURT:  I think I'll sustain the objection.

 5    It calls for speculation.

 6    BY MR. SAFTY:

 7        Q    Do you have any understanding of why Google made

 8    changes to the search term reports in 2020?

 9        A    I haven't thought about it.

10        Q    I'm sorry?  What's that?

11        A    I haven't thought about it.

12        Q    Okay.

13            You have not inquired with your Google account

14    representatives about the rationale for or nature of the

15    changes?

16        A    I don't recall inquiring.

17        Q    And since the changes to the search term reports

18    were made in approximately 2020, do you have any

19    understanding of whether The Home Depot has received

20    additional reporting or information around search terms in a

21    way that is intended to supplement the reporting that's

22    already in place?

23        A    There's been new features, yes.

24            MR. SAFTY:  Your Honor, I'll move to admit

25    Defendant's Exhibit 2022 into evidence as well.

5206

1          MR. CHOKSI:  No objection.

2          THE COURT:  Okay.  DX2022 will be admitted.

3                              (Defendant's Exhibit DX2022
                                received into evidence.)
4

5   BY MR. SAFTY:

6     Q    Mr. Booth, I believe you received questions from

7   both plaintiffs' counsel about this concept of a sort of

8   marketing funnel; is that right?

9     A    Yes.

10    Q    And to be clear on the context, the funnel is sort

11  of a rough mental model and not an actual depiction of the

12  step each Home Depot customer follows before making a

13  purchase; is that right?

14    A    It's a theory, a model, yes.

15    Q    Okay.

16         And in your experience, consumers take a multitude

17  of different paths to discovering products that they want to

18  buy at The Home Depot, right?

19    A    Frequently, yes.

20    Q    And, again, without sort of divulging any of The

21  Home Depot's proprietary strategies, a marketing team like

22  yours is making sort of data driven decisions based on

23  analyses of the sort of multitude of places where a consumer

24  is exposed to Home Depot's messaging and not making

25  decisions based on a sort of march down a linear funnel,

5207

1    correct?

2            MS. MADDOX:  Objection, Your Honor; compound.

3    It's quite a long, complicated question.

4            THE COURT:  You can answer if you understand the

5    question.

6            THE WITNESS:  Could you repeat the question.

7    BY MR. SAFTY:

8        Q    Sure.

9            And I apologize, Mr. Booth.

10           In terms of making decisions about how to allocate

11   your budget as an organization, The Home Depot is looking at

12   data driven analyses, the multitude of places where a

13   consumer might be exposed to Home Depot's messaging, rather

14   than presuming the consumers act in accordance with the

15   funnel that you've described, correct?

16       A    We analyze data that helps us inform where our

17   budgets are best put, yes.

18       Q    And in the conception of the funnel that you

19   testified about earlier, retargeted display ads would be an

20   example of an ad type that would fall into the lowest tier

21   of the funnel, correct?

22       A    Yes.

23       Q    And The Home Depot measures the return on ad spend

24   of its investment in retargeted display ads, correct?

25       A    We do.

5208

1      Q    And in the conception of the funnel that you

2   described earlier, social media ads can play at multiple

3   levels within the funnel; is that fair?

4      A    Accurate.

5      Q    Is it your understanding that social media

6   platforms such as Facebook and Instagram can facilitate the

7   delivery of targeted ads to particular audiences based on

8   their interests or other characteristics?

9      A    They can.

10     Q    And that kind of targeting of particular prospects

11   on a social media site for the purpose of driving a sale

12   would be an example of lower funnel advertising in the

13   conception of the funnel; is that fair?

14     A    It could be lower funnel or medium or upper funnel

15   depending on what characteristics are targeted.

16     Q    Without divulging any specific financial

17   information, have there been times during your tenure at The

18   Home Depot where internal data and modeling indicated that

19   digital display and social ads were strong performers when

20   it came to profitably driving sales?

21     A    Yes.

22     Q    Based on those observations, The Home Depot

23   increased its investment in digital display in social ads,

24   correct?

25     A    We have.

5209

1    Q    And during those periods, the budget allocated to

2  display on social ads was increasing more quickly than the

3  budget allocated to search ads, right?

4    A    Yes.

5    Q    Are you familiar with Home Depot's Retail Media+

6  program?

7    A    I'm familiar.

8    Q    And what is Retail Media+?

9    A    Retail Media+ is a retail media network that Home

10  Depot owns and operates where we essentially make

11  advertising available to our supplier partners like Samsung

12  or LG or Whirlpool, where we use their investments to either

13  drive traffic to The Home Depot or our properties or we

14  actually sell inventory, ad inventory, on Home Depot owned

15  properties.  So on-site and off-site.

16    Q    Got it.

17         And generally speaking, the suppliers that

18  participate in Retail Media+ are looking for a tangible

19  return in terms of increased sales tied their investment in

20  the campaign, right?

21    A    Yes.

22    Q    And so in terms of the funnel construct that you

23  referenced earlier, Retail Media+ campaigns tend to be

24  focused heavily on the bottom of the funnel, right?

25    A    It's most cases, yes.

5210

1    Q    And the channels that The Home Depot uses to

2    accomplish those objectives for Retail Media+ partners are

3    paid search, social, and digital display; is that right?

4    A    Yes, mostly.

5    Q    And The Home Depot provides information to its

6    Retail Media+ partners about the return on ad spend that's

7    being generated through those different channels?

8    A    Yes.

9    Q    And that information about the productivity of the

10   different channels informs how the suppliers' budget is

11   invested in order to maximize sales, right?

12   A    It does.

13   Q    And so, for example, a Retail Media+ partner might

14   increase its spend on Facebook and decrease its spend on

15   search ads based on the relative performance of those

16   channels in driving sales, right?

17   A    Yes.

18        MR. SAFTY:  Your Honor, if I may have just one

19   moment.

20        (Defense counsel conferred off the record.)

21        MR. SAFTY:  Thank you, Your Honor.

22        And thank you very much for your time, Mr. Booth.

23        No further questions from Google.

24        THE COURT:  Okay.  Mr. Safty, thank you.

25        Any redirect, Mr. Choksi?

1                              - - -

2                    REDIRECT EXAMINATION

3    BY MR. CHOKSI:

4        Q    Just a couple questions more, Mr. Booth.

5    Thank you so much for your patience.

6             Earlier in response to Mr. Safty's questions, you

7    testified to some of the benefits of SA360; is that right?

8        A    I recall testifying, yes.

9        Q    Is one of the benefits of SA360 that 90 percent of

10   the ad spend that you -- of your paid search ad spend goes

11   through Google?

12       A    I don't know if that's a benefit of SA360.

13       Q    Okay.

14            Does -- okay.

15            You also testified in response to Mr. Safty's

16   questions about conversion data.  Do you remember that?

17       A    Yes.

18       Q    The transferring of conversion data.

19            You testified that it was cumbersome and painful.

20   Do you remember that?

21       A    I do.

22       Q    Can you describe what that means?

23       A    Conversion data is -- needs to be assigned back to

24   a touchpoint, which could be a single touchpoint, it could

25   be multiple touchpoints.

5212

1          So what I mean is when somebody searches for

2     something, clicks on an ad, and then ultimately they

3     transact, that's relatively easy for us to assign the

4     revenue back to that transaction.

5          Where the complexity comes in place is there's a

6     bunch of different -- I mean, there's millions of keywords,

7     thousands of campaigns, so doing that at scale for a long

8     duration is, number one, we're dealing with a whole lot of

9     data.  So the amount of data that we're dealing with is

10    complex.

11         Also, the amount of touchpoints that happen as

12    somebody clicks on refrigerators and then clicks on

13    something else and then transacts, you need to think about,

14    well, do you assign all the credit back to a single

15    transaction or multiple transactions.

16         There's the complexity of different IDs that

17    belong.  And so like every campaign, every keyword would

18    have its own numeric ID that differentiates is it from

19    everything else.  So we're talking about a lot of different

20    entities that can exist and precisely connecting those back

21    into the originating click can get complex.

22    Q    And one of the options Mr. Safty talked about was

23    manually uploading the conversion data using particular

24    tools.

25         Do you remember that?

5213

 1      A    Yes.

 2      Q    How would manually uploading conversion data

 3 affect auction-time bidding strategies?

 4      A    We're going deep.

 5      Q    Yeah.

 6      A    Okay.

 7           So ask the question again.  I'll try to answer it

 8 as precisely as possible.

 9      Q    Oh, okay.

10           How would manually uploading conversion data

11 affect auction-time bidding strategies?

12      A    Okay.

13           In the most simplistic form, auction-time bidding

14 is based off of a collection of, like, patterns and trends

15 to determine, hey, this next query that happens is either

16 exponentially better or worse for certain advertiser to

17 place their ad.  So all of that is based off data.

18           You need a -- you need some history to be able to

19 power auction-time bidding to help determine, you know, what

20 the best -- the best bids are at that time.  So having a

21 baseline of information makes that bidding more intelligent.

22      Q    Okay.

23           And so would it be fair to say, you know, for

24 these real-time bidding strategies, having stale data is

25 less useful?

5214

1     A    That's accurate.

2     Q    And it takes time to upload data manually?

3     A    It does.

4     Q    Or otherwise, right?

5     A    (Nodding head.)

6     Q    Okay.

7          And does that lead to less efficient use of

8     auction-time bidding?

9     A    Not having a strong baseline of information would

10    make auction-time bidding less impactful.

11    Q    And I just want to clarify two things.  Strong

12    baseline data but also real-time data, right?

13    A    Correct.

14    Q    Would that make it less useful?

15    A    Correct.

16    Q    Okay.

17         You talked a little bit about retargeted display

18    ads and other ads that may function at the lower funnel.  So

19    for Home Depot, is the majority of its display ads

20    retargeted or other types?

21    A    I would say the minority is retargeted ads.

22    Q    The minority is retargeted?

23    A    Correct.

24    Q    A significant minority?

25         I mean, it's hard.  You said it.  I'm not going

5215

1    to.

2        A    Single digit.

3        Q    Okay.  Single digit percentage?

4        A    Guessing.

5        Q    Round about, I'm not getting exact.  Okay.

6            And Mr. Safty also mentioned something called

7    Retail Media+.  Is that within your division that group?

8        A    It's evolved over the course of time.  I was

9    involved in the earlier days in that.  It's since been moved

10   over to a different part of the organization so I would say

11   I'm -- have historically been involved but increasingly less

12   over the course of time.

13       Q    You talked a little bit about how Retail Media+

14   partners with some manufacturers and such to buy ads on

15   their behalf.

16           Is that basically what you testified to?

17       A    Yes.  The key difference being is driving traffic

18   to The Home Depot or -- with the ultimate goal of selling

19   products on The Home Depot.

20       Q    And you talked about perhaps they use some social

21   and some display in those purchases; is that right?

22       A    They do.

23       Q    And they also use search?

24       A    They do.

25       Q    And earlier, these social and display ads, are

1    they still push ads?

2         A    Yes, they would be.

3         Q    And that includes retargeted display, right?

4         A    Yes, that's right.

5         Q    I have no more questions.  I'm going to hand you

6    off to the United States.

7              MS. MADDOX:  May I proceed?

8              THE COURT:  Sure.

9              MS. MADDOX:  Thank you.

10                        - - -

11                   REDIRECT EXAMINATION

12    BY MS. MADDOX:

13         Q    Mr. Booth, you were asked a few questions about

14    return on ad spend, or ROAS.  Do you recall that?

15         A    I do.

16         Q    Does return on ad spend measure incremental sales?

17         A    There's a few forms of return on advertising

18    spend.  One would be like a last-click model, meaning the

19    very last touchpoint receives that credit.

20              There's other forms of return on ad spend that do

21    measure incremental so it's kind of a loose term that could

22    describe a few different forms.

23         Q    And to the extent that ROAS may measure

24    incremental sales, how does that compare to the

25    incrementality test that you talked about earlier?

5217

1    A    We've tested -- so we use models to help infer or

2  estimate what the incremental return would be.  That's

3  something we produce on a quarterly basis; and then probably

4  an on annual basis, we've had a track record of doing the

5  go-dark testing.  There's kind of a bit all over the board.

6         In some instances they show similar results.  In

7  other instances, they contradict.

8    Q    How would you describe the reliability of the

9  incrementality aspect, to the extent ROAS measures that?

10   A    Could you ask the question again?

11   Q    Sure.

12        When you're looking at the -- you said there was a

13 way of doing ROAS that looked at incrementality.  How would

14 you compare the reliability of that incrementality

15 measurement to the incrementality measurement that you get

16 from the go-dark tests?

17   A    I think you would probably get different responses

18 from different people.  But I think the general gold

19 standard for determining true incrementality is to conduct a

20 test, a go-dark test in a live environment to understand the

21 impacts.

22   Q    You also said in response to some questions from

23 Mr. Safty about sometimes Home Depot shifts spend from text

24 ads to shopping ads.

25        Do you recall that?

5218

1          A     Yes.

2          Q     Are there any limits on Home Depot's ability to

3     shift spend from text ads to shopping ads?

4          A     I would describe that as the level in which those

5     decisions are made.

6                Shifting between text and shopping or Google and

7     Bing, that would be done within my team two levels below

8     where I sit within the organization.  So a lot of autonomy

9     to folks who early into their career to be able to shift

10    that spend as they deem appropriate.

11         Q     And to clarify my question a little bit, do you

12    recall the example of a SERP that Mr. Choksi showed you with

13    the text ad for a Home Depot Labor Day sale?

14         A     I recall that.

15         Q     Would Home Depot be able to shift spend for that

16    Labor Day text ad sale -- I'm sorry, Labor Day sale text ad

17    to a shopping ad?

18         A     Yes.

19         Q     How so?

20         A     How would we shift that?

21         Q     I'll restate my question, because I think there

22    might be a miscommunication.

23                Would Home Depot be able to advertise that Labor

24    Day sale using a shopping ad?

25         A     No.

5219

1      Q     Okay.

2            And so is that an example of where what you're

3      advertising with the text ad, you couldn't just shift that

4      message to a shopping ad?

5      A     Yes.

6      Q     Okay.

7            I believe you also stated earlier that Home

8      Depot's biggest spend is on shopping ads compared to text

9      ads; is that correct?

10     A     That's correct.

11     Q     To what extent does that relate to the actual

12     subject matter that Home Depot is advertising?

13     A     Could you ask the question again?

14     Q     Sure.

15           To what extent does -- when you look at the ratio

16     of spend on shopping ads versus text ads, does that speak to

17     the fact that Home Depot is selling a lot of products, for

18     example?

19     A     I'm catching the question correctly, it's, does --

20     I'm not catching the question correctly.

21           Could you try one more time please?

22     Q     Fair enough.  We'll see if third time is a charm.

23           The differential in the ad spend on shopping ads

24     versus text ads and shopping ads, I believe you said were

25     limited to products?

1      A    Correct.

2      Q    Does the higher relative spend on shopping ads,

3    does that essentially reflect the fact that Home Depot is

4    primarily a retailer?

5      A    Yes, I think retailers probably skew more towards

6    shopping or often skew more towards shopping.

7      Q    Third time was the charm on that one.

8      A    Thanks.

9      Q    Looking with respect to -- you were also asked

10    about retargeted ads.

11          Does Home -- in your experience, are retargeting

12    ads, can they be used to replace search ads?

13      A    I would say no.

14      Q    And why not?

15      A    Back to earlier part of the testimony, search ads

16    are unique in the sense that somebody is going and

17    initiating the action, going to Google, going to Bing,

18    asking for solutions to -- asking for a solution.

19          Whereas retargeting is, they could be anywhere

20    throughout the web, and then Home Depot would push a message

21    to them, saying, hey, remember us, why don't you come back

22    to our website.

23      Q    In your experience, can a retargeting ad show even

24    if, for example, the person has already purchased the

25    product that the retargeting ad is aimed at?

5221

1        A    It can.

2        Q    I'd like, if you can, please, to look at Exhibit

3    DX2021.  I believe it's the -- from the Google Ads help page

4    that Mr. Safty showed you.

5              THE COURT:  He doesn't have the number so if --

6    you may just want to just direct him to the --

7              MS. MADDOX:  Fair point, Your Honor.

8              It is the document that's titled "Prepared for

9    average position to sunset."

10             THE WITNESS:  I have it.

11             MS. MADDOX:  That one.

12   BY MS. MADDOX:

13       Q    Okay.  Thank you.

14             Earlier when you talked about the ad position

15   metrics, you referred to metrics where it would say your ad

16   is in second position versus third position versus fourth

17   position.  Do I recall that correctly?

18       A    Yes.

19       Q    Does either the impression absolute top

20   percentage -- well, I'll ask the question this way.

21             The two new impression share metrics that are

22   referred to here in DX2021, do either of those give you that

23   same information about whether your ad is at second

24   position, third position, fourth position?

25       A    It does not give us the absolute number of the

5222

 1    position or the average position, no.

 2        Q    Okay.

 3             And can we take a look at the other document that

 4    you were provided, and this is DX2022.  And at the top it

 5    says, "This is the improving the search terms report"

 6    document.

 7        A    I see it.

 8        Q    And I appreciate you said you hadn't seen this

 9    before today, right?

10        A    That's correct.

11        Q    I just wanted to ask one question about this.

12             Do you see the portion that's highlighted there in

13    the third paragraph, and there's a reference to the current

14    thresholds for the search terms report.  Do you see that?

15        A    I see it.

16        Q    Are you aware of what the thresh- -- the current

17    thresholds are for data to be included in the search query

18    report that you received from Google?

19        A    I'm not aware.

20        Q    Okay.

21             When Google reduced the information that was

22    available in its search query reports, whether it's the

23    reducing the number of queries for -- actually, I'll break

24    that up into two.

25             We talked earlier about how in the search query

 1    reports, Google reduced the volume of queries for which data

 2    was reported; is that right?

 3         A    Yes.

 4         Q    And then we also -- you talked about how in the

 5    search query report, Google removed the ad position metric?

 6         A    Yes.

 7         Q    Did either of those instances cause Home Depot to

 8    reduce their search ad spend on Google?

 9         A    No.

10              MS. MADDOX:  No further questions.

11              Thank you very much, Mr. Booth.

12              THE COURT:  Mr. Booth, before you conclude, can I

13    ask you one more question?

14              You have described for us different advertising,

15    digital advertising that can be, quote/unquote, lower

16    funnel.

17              To what extent is your budgeting with respect

18    to -- and decision-making with respect to search ads

19    sensitive to the price of those search ads?

20              THE WITNESS:  The question is, is when we are

21    granted some budgets, is the how-much-we're-granted budgets

22    relative or influenced by the cost per click of --

23              THE COURT:  Maybe it's a poor question, which

24    is --

25              Say, hypothetically, the cost per click increased

1   on average, how sensitive is your decision-making to

2   placement of ads in texts versus other forms of advertising

3   that are, you've said, can be lower funnel?  How sensitive

4   is that decision to an increase in price?

5           THE WITNESS:  It's less about the price of the

6   click.  And I think we talk about it earlier briefly.

7           But at the end of the day, like, I would be or our

8   team would be willing to pay more for a cost per click if it

9   was a really relevant user who then transacts.

10          So the ultimate measure of success is going to be

11  a return on advertising.  Cost per clicks are clearly more

12  favorable when we can keep them lower.  But I would say the

13  ultimate measure and determining factor of if we get more or

14  less budgets would be based off the return on advertising

15  spend, more so than cost per click.

16          THE COURT:  Okay.

17          Any follow-up with that question?

18          MS. MADDOX:  Yes, Your Honor.

19  BY MS. MADDOX:

20      Q   I believe if I -- and apologies if I'm not

21  recalling correctly.  Mr. Booth, did you testify earlier

22  that the cost per clicks have been increasing over time?

23      A   In the case for Home Depot, we've actually seen a

24  favorable decline, which I would attribute mostly to some of

25  the smart things that we've done on our side.

1           However, I think the industry would generally have

2   the assumption or see the trend of slightly higher cost per

3   clicks over time.

4           MS. MADDOX:  Thank you very much.  No further

5   questions.

6           THE COURT:  Anything from Google?

7           MR. SAFTY:  No, Your Honor.  Thank you.

8           THE COURT:  All right.  Mr. Booth,

9   thank you very much for being here and your time and

10  testimony, sir.

11          THE WITNESS:  Thank you, Your Honor.

12          MR. KAUFMANN:  Your Honor, good morning.

13  I'm Steven Kaufmann on behalf of the State of Colorado and

14  the Plaintiff States.

15          We would call Arjan Dijk.

16          THE COURT:  Okay.

17          COURTROOM DEPUTY:  Before you have a seat, if

18  you'd please raise your right hand.

19          (Witness is placed under oath.)

20          COURTROOM DEPUTY:  Thank you.

21          THE COURT:  Hi, Mr. Dijk.  Welcome.

22          THE WITNESS:  Thank you, Your Honor.

23

24

25

```
 1                              - - -

 2   ARJAN DIJK, WITNESS FOR THE PLAINTIFFS, SWORN

 3                     DIRECT EXAMINATION

 4   BY MR. KAUFMANN:

 5       Q     Mr. Dijk, I'm Steven Kaufmann.

 6             Could you please spell your name for the Court.

 7       A     My first name or my last name?

 8       Q     Both, please.

 9       A     Both.

10             My first name, A-r-j-a-n.  My last name, D-i-j-k.

11       Q     Okay.  Great.  Thank you.

12             And, Mr. Dijk, today we're going to be talking

13   about a number of issues relating to your business, and you

14   may get into some areas that get close to confidential

15   issues.  I will try to stay away from those.  I'd ask you to

16   as well.

17             And I note that your counsel is here to help us

18   both stay on the path of not getting into confidential

19   areas.

20             So what is your current job position?

21       A     My current job is senior vice president and CMO of

22   booking.com.

23       Q     And what is booking.com?

24       A     booking.com is a fully owned subsidiary of

25   Booking Holdings, which is a company that is listed in
```

1    New York City.

2        Q    And what is the business of booking.com?

3        A    We're a travel company so we're an OTA, as it's

4    called.  It's an acronym.  It's called online travel agency.

5        Q    Okay.

6             And could we -- I'd like to go through your

7    background, and you'll see on the screen that I'm going to

8    put up an image of your bio from your website, and I'd like

9    you to describe basically what your duties and

10   responsibilities are in your current position at

11   booking.com.

12       A    Yes.

13            So in a nutshell, my key responsibility is to

14   acquire and retain consumers to our platform.  So that's, in

15   one sentence, more or less what I'm responsible for.

16       Q    And I'll come back to the sentence on your bio

17   that says that you "lead the company's global marketing

18   efforts, overseeing the strategy," but I note that on your

19   bio that you worked also at Google.

20            And could you tell us about what was the time

21   period and what you did at Google, please?

22       A    Yes.

23            So I worked for 11 years at Google prior to

24   booking.com.  I was vice president of global marketing,

25   responsible for strategy and operations, responsible for all

5228

1    what we call ads marketing.  So attracting businesses to use

2    Google as an advertising platform.  And I was also

3    responsible for a couple of other things including media

4    buying and that kind of stuff.

5        Q    Okay.

6             And then you've also been in other businesses

7    handling marketing responsibilities before booking?

8        A    Yes.

9        Q    Or before Google, excuse me?

10       A    Yes.  I started working early '90s Unilever Ice

11   Cream, then worked for Capital One in financial services,

12   and then moved to Google in 2008.

13       Q    Okay.

14            THE COURT:  I'm sorry to interrupt.

15            Could you just restate what your responsibilities

16   were at Google?

17            THE WITNESS:  At Google, I was responsible for

18   strategy and operations for the marketing function,

19   reporting to the global chief marketing officer.

20            Then a big part of my role was working with our

21   ads product managers to really make sure that Google

22   attracts companies to use Google as an advertising platform.

23            THE COURT:  I see.  Okay.

24            So you were a marketing executive on behalf of

25   Google?

5229

1          THE WITNESS:  On behalf of Google.  So making sure

2   that small businesses, medium-sized businesses and large

3   businesses start using Google for search engine marketing

4   and other things.

5          THE COURT:  Terrific.  Thank you.

6          MR. KAUFMANN:  Thank you, Your Honor.

7   BY MR. KAUFMANN:

8      Q    And, Mr. Dijk, in terms of your educational

9   background, you have a bachelor's degree and an MBA?

10     A    Yes, and a master's.

11     Q    And what are those degrees from?

12     A    I had my college education in the Netherlands, a

13  bachelor's, and a master's in sociology from University of

14  Amsterdam.

15          And then I did my post-graduate degree at INSEAD

16  in France which is a business school.

17     Q    And what is that -- the last institution that you

18  mentioned, what is that?

19     A    It's a leading business school in Europe.

20  I-n-s-e-a-d.

21          We like to think it's the Harvard of Europe, but I

22  leave that to you.

23  BY MR. KAUFMANN:

24     Q    So in general terms, what's your understanding of

25  a general search engine?

5230

1           A    I think I know it pretty well.  I clearly worked a

2    long time at Google.

3               The search engine is really an entry point into

4    Duet as we know it.  So if you're looking for, you know,

5    anything, you start, you know, really with that kind of

6    search.  So it's like hotels in New York City or hip hop

7    music from the '80s.

8               And, Your Honor, I saw that you're a hip hop fan,

9    I'm sorry to mention that.

10              But those kind of things you use a search engine

11   for.

12          Q    And what are the general search engines that

13   operate in the United States?

14          A    Well, there is one very dominant one.  That is

15   Google.  And there are a couple of really small ones that

16   are really not that relevant in my perspective.

17          Q    And what are those other search engines?

18          A    Bing is a search engine mainly active on desktop.

19   DuckDuckGo.  All these kind of smaller providers.

20          Q    Okay.

21              And is booking.com a general search engine?

22          A    No, we are more an e-commerce platform.  So we're

23   kind of a store where people go to really book their travel.

24          Q    And when you describe an e-commerce platform,

25   could you elaborate what it is that you're selling on your

5231

1  platform?

2      A    Yes.

3           So we mainly sell what we call accommodations but

4  on top of that also flights, cars, and attractions.

5           And it's really a store like almost a supermarket

6  where you would go to buy your groceries.  You would go to

7  booking.com to buy your travel.

8      Q    And does booking.com buy advertising on general

9  search engines?

10     A    Yes.

11     Q    And is Google one of the general search engines

12 that you buy advertising on?

13     A    The most significant, very significant part is

14 with Google.

15     Q    And what about Bing, do you buy advertising on

16 Bing?

17     A    Yes, but in a far less significant way.

18     Q    Do you buy any advertising on other general search

19 engines in the U.S.?

20     A    No.

21     Q    And what type of advertising does booking.com

22 purchase on Google?

23     A    Mainly we buy what we call text ads.  And we buy

24 what we call Google Hotel Ads.  On top of that technically

25 YouTube is also a part of Google so we also buy ads on

```
 1   YouTube.
 2        Q    And what's the difference between a text ad and a
 3   hotel ad?
 4        A    Yeah.
 5             A text ad is the famous blue link that shows up at
 6   the top of the page where companies can advertise
 7   themselves.  It started one day with one ad, then two ads,
 8   then three ads, then four ads, then five ads.
 9             And Google Hotel Ads unit is more or less a price
10   comparison tool that Google puts into the kind of paid
11   search results where consumers can compare prices of hotels.
12        Q    Okay.
13             So if we could pull up a demonstrative, please, of
14   the search engine results page and I'd like to see if we
15   can --
16             MR. SOMMER:  I'm sorry, Counsel, can I get a copy
17   of that?
18             MR. KAUFMANN:  Sure.
19             May I approach, Your Honor?
20             THE COURT:  You may.
21   BY MR. KAUFMANN:
22        Q    So if we go to the next one to the SERP of the
23   third demonstrative.
24             Okay.  So what's pulled up on the screen, there's
25   a paper version in front of you, what is -- of a
```

5233

```
 1    demonstrative of a search engine results page for a search
 2    for hotels in Buffalo.
 3              Do you see that in front of you?
 4    A    Yes.
 5    Q    And so would you, at the top of the page, what are
 6    those ads that you were just talking about?
 7    A    Those are what we call text ads.
 8    Q    Okay.
 9              And if we could scroll down the search engine
10    results page -- a little bit less, please -- I notice that
11    there's a map there.  And we've heard that described as a
12    hotel unit.  Is that something that you're familiar with?
13    A    Yes.
14    Q    Okay.
15              And then below that hotel unit, I notice that
16    there is what appears to be a blue link to "Top hotels in
17    Buffalo"?
18    A    Yeah.
19    Q    Is that an advertisement or is that an organic
20    result there?
21    A    That's an organic result.  So Google generally
22    also will put an ad in front of or a notification that
23    something is an ad.
24    Q    Okay.
25              And then if we could go then to the SERP
```

1    immersive, to the second page in there.

2            And rather than on a desktop, this is a

3    demonstrative that's on a telephone.  And we're looking at a

4    little bit different search.  This one is of hotels in

5    New York, but you'll see that there is -- there is the hotel

6    unit that you see there that we've scrolled down to.

7        A    Yeah.

8        Q    And there's a view then of the 1,227 hotels.  If

9    you click on that, where does that take you?

10       A    Yeah, that takes you to the Google Hotel Ads kind

11   of comparison, price comparison site from within maps so

12   that people can --

13       Q    So if we could go then, if we click on that, if we

14   go that, that's been described as an immersive.  Are you

15   familiar with that term?

16       A    Kind of.

17       Q    And then if we click on one of the hotels there,

18   the DoubleTree hotel, does -- where does that take you then

19   next?

20       A    That depends.

21            So it can be booking.com or any other online

22   travel agency or hotel that is using Google Hotel Ads.

23       Q    Okay.

24            So if we go on and you click on that on this

25   example that we have, that went to another hotel property

1    for there, and you'll see that there's some ads -- what

2    appear to be ads below that.

3              Do you see that?

4        A    Yes.

5        Q    And one of those ads is for Priceline.  Is that a

6    sister company of booking.com?

7        A    Yes.

8        Q    Okay.

9              And then if we click on that, does that take us

10   then to the Priceline page?

11       A    Yes.

12             Or mobile app.

13       Q    Okay.

14             For a mobile ad?

15       A    It depends if you have your app downloaded on your

16   phone, Google does a thing that is called deep linking so it

17   means that you could go directly into the mobile app.

18       Q    I see.

19             So that would potentially if you had the

20   Priceline --

21       A    Priceline.

22       Q    -- app on your phone, this would take you to the

23   Priceline app?

24       A    Correct.

25       Q    Okay.

1      A      If Priceline would have -- had set it up that way.

2  It's always, you can set it up to go to MWAP or you can set

3  it up to go to the mobile app.

4      Q      And does booking.com also have an app?

5      A      Yes.

6      Q      So if we clicked on the second advertisement there

7  that's under the hotel property page and the booking.com

8  app was on phone, that would take you to the booking.com

9  app?

10      A      Correct.

11      Q      Are text ads and hotel ads both a form of general

12  search advertising?

13      A      Yes.

14      Q      And are there other types of general search

15  advertising that booking.com purchases?

16      A      I told you that we use Bing and across the world,

17  we use a couple of older, smaller search providers.

18      Q      Okay.

19             And why does booking.com purchase general search

20  ads?

21      A      To really get to high-intent consumers.

22             So it means that consumers who have expressed a

23  very clear interest in booking a hotel.

24             And if you look at it, Google is kind of the

25  exclusive, dominant, you know, pool of high-intent, new

5237

 1    customers for us to find.

 2        Q    So who exactly are you trying to reach through

 3    these high intent -- or what you described as these

 4    high-intent customers?

 5        A    Yes.

 6             So anyone in the U.S. who wants to book a hotel or

 7    a very mass market brand.  So it's really anyone with the

 8    intent to book a hotel or a vacation rental.

 9        Q    Are you able to regularly reach high-intent users

10    through other types of advertising besides general search

11    advertising?

12        A    No.

13        Q    And why is that?

14        A    Because Google is kind of the exclusive dominant

15    source of high intent.  And it's more or less the same for

16    every company.  If you want to be found on the web, you

17    know, there's one door that is controlled by Google, and we

18    need to use the door for our new customers.

19             So clearly when customers have become, or

20    consumers to be correct, have become a customer with us, we

21    try very hard for them to come to us back direct.  But for

22    the new consumers to really use our platform, we have to use

23    Google to be able to do that.

24        Q    What about Bing, is booking.com able to reach

25    high-intent users through Bing?

5238

1      A    In a very nonsignificant way, Bing is really a

2  desktop-only product on Windows machines.

3      Q    If we could please pull up your bio again, I want

4  to ask you about some questions on your bio.

5           And I'd like to take you to the second sentence in

6  your bio, where it says that you lead the marketing efforts

7  overseeing strategy and execution of all initiatives across

8  the marketing funnel.

9           What is the marketing funnel as you understand it?

10     A    Yeah, we look at the world generally in three

11  stages; low intent, medium intent, and high intent.

12          And we clearly also do marketing activities in

13  what we call low-intent space.  I hope that many of you here

14  in the room have seen our Super Bowl commercial.  That's

15  really low intent.  So we are creating overall awareness and

16  consideration for our brand.

17          The medium intent is more people have an expressed

18  an interest in travel.  So, for example, on Facebook,

19  there's a travel community and we will probably advertise a

20  little bit there to really get more top of mind in terms of

21  awareness and consideration.

22          But high intent is really where the name of the

23  game is for us because we're a low frequent purchase.  So it

24  means that the average American citizen will travel once or

25  twice a year.  So it means that it's actually very difficult

5239

```
 1   to be top of mind all the time.  So it's so important that
 2   we show up at the time that people have that intent because
 3   it's very difficult to predict when people have that intent.
 4            And like any other company, you know, we're kind
 5   of relying on Google for new consumers to find us on the
 6   web.
 7            THE COURT:  I did see your ads last night watching
 8   the Orioles lose.  Thank you very much.
 9            THE WITNESS:  Of course.  And that's low intent,
10   yeah.
11            THE COURT:  I was in no mood after that.
12   BY MR. KAUFMANN:
13   Q    So let's address the -- not the Orioles
14   specifically, but we'll come back to that.
15            You identify in your bio, brand, social,
16   performance, and innovation marketing trends.  What are each
17   of those?
18   A    Yeah, brands is really what I talked about in low
19   intent.
20            Social is kind of more in what we call the
21   medium-intent space.
22            And innovation is clearly around more new things
23   that we're looking at.  But that's kind of a very small kind
24   of experimental part of my job.
25   Q    And what about performance advertising?
```

5240

1        A      Yeah.

2               So that's really the key for us to attract new

3    customers to our platform.

4        Q      And is the high-intent advertising that we talked

5    about in terms of general search advertising also what you

6    would call performance advertising?

7        A      Yes.

8        Q      Okay.

9               And from your perspective, is the marketing funnel

10   a relevant framework for analyzing your work generally

11   today?

12       A      It's incredibly relevant, yes.

13       Q      And does the availability of additional data that

14   you get relating to customers and your advertising, does

15   that diminish the relevance of that general concept?

16       A      I would say no.

17       Q      Okay.

18              Let me show you another demonstrative that is

19   DXD3, and I'd like to take you to page 6, please.

20              MR. SOMMER:  I'm sorry, Counsel.

21              MR. KAUFMANN:  This is your demonstrative.

22   BY MR. KAUFMANN:

23       Q      Okay.

24              At the -- do you see that in front of you,

25   Mr. Dijk?

5241

1        A    Yes.

2        Q    So there's a reference to what's there, "Search

3    ads enable advertisers to target potential customers based

4    on keywords entered by these users, at the exact moment

5    users express interest in the topic of the queries.  For

6    this reason, search ads are lower in the purchase funnel –

7    closer to the consumer's ultimate intent to make a purchase

8    – than other types of ad that are primarily intended to

9    drive brand awareness."

10            Do you agree with those statements?

11        A    Yes.

12        Q    I want to go back to the concept of general search

13    engines.

14            Do you consider Facebook to be a general search

15    engine?

16        A    No.

17        Q    Does booking.com purchase advertising on

18    Facebook?

19        A    Yes.

20        Q    And what is the purpose of that advertising on

21    Facebook?

22        A    The purpose is more to really create awareness and

23    consideration.

24            And the analogy I draw, if you permit me, is

25    really, for example, if you're interested in a Ferrari.  So

5242

1    on Facebook you have groups of people who are really

2    interested in Ferraris.  It doesn't mean, you know, that you

3    can or want to buy a Ferrari.  So it's really more an

4    interest-based kind of push advertising method to generate

5    awareness and consideration for the brand Ferrari.

6            So -- and it's very different to really, say, buy

7    a Ferrari in Washington, D.C., you know, then, you know, you

8    would use a search engine for that.

9        Q    Okay.

10           Do consumers sometimes click on ads in Facebook

11   and make purchases on booking.com?

12       A    Yes.  But in a relative perspective to search

13   engine marketing, it's very minimal.

14       Q    Okay.

15           Can booking.com regularly reach high intent users

16   through ads on Facebook?

17       A    Medium intent, yes.

18           High intent, I would say no.

19       Q    Let's focus on Instagram.  Do you consider

20   Instagram to be a general search engine?

21       A    No.

22       Q    And does booking.com purchase advertising on

23   Instagram?

24       A    Yes.  So the ad platform of Meta is actually the

25   same for Instagram and Facebook.  So, generally speaking,

5243

```
 1   when you advertise on Facebook, you automatically also will
 2   advertise on Instagram.
 3        Q    And the purpose of that advertising on Instagram
 4   is that similar to the advertising on Facebook?
 5        A    Yes.
 6        Q    And what about TikTok, do you consider TikTok a
 7   general search engine?
 8        A    No.
 9        Q    Does booking.com purchase advertising on TikTok?
10        A    Yes.
11        Q    And what is the purpose of the advertising that
12   booking.com purchases on TikTok?
13        A    Very similar to Facebook and Instagram, really to
14   drive awareness and consideration and really reach those
15   medium intent customers.  But it will be difficult to
16   predict if they really will convert into an immediate
17   customer.
18        Q    Is Amazon a general search engine from your
19   perspective?
20        A    No.
21        Q    Okay.
22             And does booking.com purchase advertising on
23   Amazon?
24        A    In the context of overall marketing budget, very
25   minimally.
```

5244

1    Q    And for what purpose do you purchase advertising

2    on Amazon?

3    A    We're experimenting.  Amazon is more a physical

4    store so people go to Amazon to buy goods, not necessarily

5    always services.

6         But Amazon has different advertising platforms.

7    For example, Prime Video is something they have recently

8    launched where you can kind of run brand advertising like on

9    television.

10   Q    Does booking.com sell text ads on its website?

11   A    No.

12   Q    Does booking.com sell any advertising?

13   A    We have a very small pilot that we started last

14   year that actually hotel chains, hotels can buy a display ad

15   on our platform, but it's actually quite minimal.  We

16   started in the U.S., we're looking at potentially rolling it

17   out.

18        And then clearly also we talked to our partners,

19   as we call them, our commission partners, and they can more

20   or less boost their ranking when people are searching for

21   hotels in New York City to show up a little higher.

22        And if you're okay, an analogy would be a grocery

23   store where you're a peanut butter brand and, as a peanut

24   butter brand, you really have to talk to the grocery store

25   if you want to be top shelf, lower shelf, or the bottom

5245

1   shelf.

2       Q    Okay.  Thank you.

3           MR. KAUFMANN:  Your Honor, I'm about to shift to a

4   completely other area.  Is this a good time to take a break?

5           THE COURT:  Okay.  Sure.  Why don't we go ahead

6   and break for lunch.

7           It's 12:25 now.  We'll resume at 1:30.

8           Mr. Dijk, I'll just ask you, please not to discuss

9   your testimony with anyone during the break.

10          All right.  Thank you, everyone.

11          COURTROOM DEPUTY:  All rise.

12          This Court stands in recess.

13          (Recess from 12:25 p.m. to 1:30 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date:__October 11, 2023_____    

William P. Zaremba, RMR, CRR

5247

**BY MR. CHOKSI: [22]**
5112/7 5112/14 5113/9
5114/20 5117/25
5124/15 5126/14
5126/24 5127/15
5132/22 5134/19
5140/16 5145/25
5146/11 5148/22
5158/20 5160/1 5161/9
5164/19 5166/16
5167/2 5211/3
**BY MR. KAUFMANN: [6]** 5226/4 5229/7
5229/23 5232/21
5239/12 5240/22
**BY MR. SAFTY: [11]**
5178/19 5179/10
5192/11 5195/7
5197/17 5198/17
5199/21 5203/12
5205/6 5206/5 5207/7
**BY MS. MADDOX: [4]**
5167/20 5216/12
5221/12 5224/19
**COURTROOM DEPUTY: [7]** 5111/2
5111/23 5112/1 5192/4
5225/17 5225/20
5245/11
**MR. CHOKSI: [15]**
5111/19 5112/12
5117/23 5125/25
5126/21 5127/10
5134/16 5145/22
5146/6 5167/11 5202/7
5202/14 5202/17
5203/1 5206/1
**MR. DINTZER: [1]**
5111/15
**MR. DOHERTY: [1]**
5112/11
**MR. KAUFMANN: [5]**
5225/12 5229/6
5232/18 5240/21
5245/3
**MR. SAFTY: [17]**
5146/5 5178/15
5191/22 5192/10
5195/6 5197/11
5198/16 5199/12
5199/18 5202/3
5202/11 5203/4 5203/7
5205/24 5210/18
5210/21 5225/7
**MR. SOMMER: [2]**
5232/16 5240/20
**MS. MADDOX: [13]**
5167/14 5167/16
5178/13 5197/6 5205/3
5207/2 5216/7 5216/9
5221/7 5221/11
5223/10 5224/18
5225/4
**THE COURT: [73]**
5111/11 5111/17
5112/2 5113/2 5113/4
5113/8 5114/16

5124/13 5126/1 5126/8
5126/12 5127/12
5132/2 5132/17
5132/21 5134/11
5139/18 5140/3
5140/13 5140/15
5146/3 5146/7 5148/16
5148/21 5158/18
5159/14 5159/18
5159/25 5160/12
5160/18 5160/20
5161/6 5164/13
5166/12 5167/1
5167/15 5167/18
5179/7 5191/19
5191/23 5192/7 5195/5
5197/13 5199/10
5199/16 5199/20
5202/6 5202/9 5202/15
5202/19 5203/2 5205/4
5206/2 5207/4 5210/24
5216/8 5221/5 5223/12
5223/23 5224/16
5225/6 5225/8 5225/16
5225/21 5228/14
5228/23 5229/5
5232/20 5239/7
5239/11 5245/5
**THE WITNESS: [35]**
5112/3 5113/3 5113/7
5114/18 5124/14
5126/5 5126/9 5126/13
5127/14 5132/9
5132/20 5134/12
5140/1 5140/8 5140/14
5148/19 5158/19
5159/17 5159/22
5160/16 5160/19
5160/23 5161/8
5164/17 5166/15
5197/16 5207/6
5221/10 5223/20
5224/5 5225/11
5225/22 5228/17
5229/1 5239/9

**'**
**'80s [1]** 5230/7
**'90s [1]** 5228/10

**0**
**0340 [1]** 5108/4

**1**
**1 percent [4]** 5116/23
5116/24 5117/8
5160/14
**1,227 [1]** 5234/8
**1.0 [2]** 5176/16
5176/19
**1.1 [2]** 5176/2 5176/19
**1.2 [1]** 5176/2
**1.3 [1]** 5176/2
**10 [1]** 5143/5
**10 percent [4]** 5141/24
5141/25 5150/17
5150/21

**10036-6710 [1]**
5108/20
**11 [2]** 5107/5 5246/7
**11 years [1]** 5227/23
**1100 [1]** 5108/3
**1133 [1]** 5108/19
**114 [1]** 5109/4
**11:00 [1]** 5191/25
**11:02 [1]** 5192/6
**11:19 [1]** 5192/6
**11:20 [1]** 5192/1
**12:25 [2]** 5245/7
5245/13
**1300 [1]** 5108/14
**1301 [1]** 5109/12
**15 [1]** 5147/8
**17 [3]** 5114/23 5115/1
5177/22
**17 years [1]** 5182/15
**1:30 [2]** 5245/7
5245/13

**2**
**20 [3]** 5107/7 5118/24
5191/22
**20 percent [3]** 5128/14
5128/17 5133/17
**20-3010 [2]** 5107/4
5111/5
**20001 [1]** 5109/18
**20024 [1]** 5109/8
**2008 [1]** 5228/12
**2015 [1]** 5155/24
**2018 [1]** 5155/24
**2019 [3]** 5199/4 5201/4
5201/5
**202 [4]** 5108/4 5108/8
5109/9 5109/19
**2020 [5]** 5146/14
5146/18 5204/17
5205/8 5205/18
**2021 [4]** 5202/4
5202/12 5203/19
5204/13
**2022 [10]** 5156/2
5156/3 5161/11
5161/19 5188/15
5188/25 5189/11
5191/9 5203/11
5205/25
**2023 [3]** 5107/5
5189/16 5246/7
**20530 [1]** 5108/8
**212 [2]** 5108/20
5109/14
**2200 [1]** 5108/19
**240 [1]** 5146/20
**244 [1]** 5149/4
**26th [1]** 5199/4
**27603 [1]** 5109/4
**2793 [1]** 5108/20
**2X [1]** 5162/12

**3**
**3010 [2]** 5107/4 5111/5
**307-0340 [1]** 5108/4
**3249 [1]** 5109/19

**335-2793 [1]** 5108/20
**354-3249 [1]** 5109/19
**360 [3]** 5155/6 5163/23
5166/23

**4**
**40th [1]** 5109/13
**434-5000 [1]** 5109/9
**450 [1]** 5108/7
**497-7728 [1]** 5109/14

**5**
**5000 [1]** 5109/9
**508-6000 [1]** 5108/15
**549-7155 [1]** 5108/8
**5th [1]** 5108/7

**6**
**6000 [1]** 5108/15
**6032 [1]** 5109/5
**6710 [1]** 5108/20
**680 [1]** 5109/8

**7**
**7155 [1]** 5108/8
**716-6032 [1]** 5109/5
**720 [1]** 5108/15
**7728 [1]** 5109/14
**7th [1]** 5108/14

**8**
**8 to [1]** 5141/24
**80203 [1]** 5108/15

**9**
**90 percent [3]** 5141/23
5141/25 5211/9
**90/10 [1]** 5143/5
**919 [1]** 5109/5
**99 [2]** 5156/8 5160/20
**99 percent [2]** 5160/13
5160/20
**9:30 [1]** 5107/6
**9th [1]** 5203/19

**A**
**a.m [3]** 5107/6 5192/6
5192/6
**abbreviated [1]**
5179/13
**abilities [1]** 5140/8
**ability [7]** 5133/9
5133/19 5164/14
5173/20 5177/9
5201/16 5218/2
**able [19]** 5115/8
5123/8 5131/23 5133/7
5133/7 5133/9 5139/1
5141/9 5153/21 5171/6
5172/9 5193/7 5213/18
5218/9 5218/15
5218/23 5237/7
5237/23 5237/24
**about [113]** 5114/23
5115/1 5115/2 5118/24
5119/12 5120/10
5120/13 5120/15
5121/22 5125/5

5128/13 5128/14
5129/5 5130/8 5130/17
5132/3 5134/10
5134/20 5134/23
5135/6 5135/23 5136/7
5139/3 5139/21
5140/18 5141/5
5142/21 5142/25
5143/14 5144/16
5147/19 5152/1 5152/7
5156/5 5156/21 5157/6
5157/14 5159/22
5163/20 5166/25
5168/6 5169/2 5169/20
5170/19 5171/15
5173/1 5174/1 5174/16
5178/5 5178/23 5180/2
5181/18 5183/25
5184/13 5185/16
5185/20 5189/24
5191/22 5194/5
5194/22 5194/25
5195/16 5195/18
5196/7 5196/13
5196/14 5198/11
5198/19 5198/24
5199/6 5203/15 5204/4
5204/19 5205/9
5205/11 5205/14
5206/7 5207/10
5207/19 5210/6 5210/9
5211/16 5212/13
5212/19 5212/22
5214/17 5215/5
5215/13 5215/20
5216/13 5216/25
5217/23 5220/10
5221/14 5221/23
5222/11 5222/25
5223/4 5224/5 5224/6
5226/13 5227/20
5231/15 5233/6
5237/24 5238/4
5239/18 5239/25
5240/5 5243/6 5245/3
**above [1]** 5246/4
**above-titled [1]** 5246/4
**absolute [6]** 5176/16
5199/24 5200/1 5200/9
5221/19 5221/25
**access [1]** 5173/25
**accommodations [1]**
5231/3
**accomplish [3]** 5119/9
5120/23 5210/2
**accordance [1]**
5207/14
**account [3]** 5156/17
5198/23 5205/13
**accruing [1]** 5164/6
**accurate [5]** 5201/6
5201/12 5202/2 5208/4
5214/1
**acquire [2]** 5188/9
5227/14
**acquired [1]** 5191/6
**acronym [1]** 5227/4

5248

**across [11]** 5118/9
5118/10 5149/6 5150/1
5158/7 5167/8 5169/14
5181/7 5181/23
5236/16 5238/7
**act [2]** 5201/16
5207/14
**action [3]** 5111/4
5123/23 5220/17
**active [1]** 5230/18
**actively [4]** 5123/7
5123/13 5123/14
5123/16
**activities [1]** 5238/12
**activity [9]** 5144/17
5144/19 5154/4 5155/7
5155/12 5155/15
5155/18 5155/20
5161/5
**actual [5]** 5131/11
5198/24 5204/22
5206/11 5219/11
**actually [12]** 5121/24
5138/14 5155/5 5172/3
5172/5 5209/14
5222/23 5224/23
5238/25 5242/24
5244/14 5244/15
**ad [110]** 5113/20
5120/2 5120/7 5120/8
5120/11 5125/11
5125/12 5125/13
5125/14 5128/1 5128/2
5128/9 5129/11
5129/14 5131/7
5131/12 5131/13
5131/25 5132/16
5132/18 5133/4 5133/7
5133/10 5133/10
5133/19 5135/7
5135/13 5135/17
5135/24 5135/25
5136/15 5137/10
5138/20 5139/6
5139/12 5140/4
5142/19 5151/6
5156/14 5159/19
5160/21 5160/23
5166/19 5166/20
5168/25 5172/4 5174/6
5175/5 5175/8 5175/16
5175/20 5177/12
5178/4 5179/12
5179/13 5179/16
5179/20 5179/25
5180/5 5180/14
5180/25 5181/5 5182/2
5182/3 5183/1 5183/20
5184/5 5186/3 5186/3
5193/3 5194/20 5196/2
5198/11 5198/19
5207/20 5207/23
5209/14 5210/6
5211/10 5211/10
5212/2 5213/17
5216/14 5216/16
5216/20 5218/13

5218/17 5218/24
5219/3 5219/4 5219/23
5220/23 5220/25
5221/14 5221/15
5221/23 5223/5 5223/8
5232/2 5232/3 5232/5
5232/7 5233/22
5233/23 5235/14
5241/8 5242/24
5244/14
**adding [1]** 5185/13
**addition [5]** 5155/9
5171/18 5172/17
5197/8 5198/22
**additional [3]** 5167/23
5205/20 5240/13
**address [1]** 5239/13
**adjust [1]** 5142/15
**adMarketplace [9]**
5113/16 5115/24
5116/10 5116/11
5116/20 5125/20
5126/3 5153/17
5153/22
**admit [2]** 5202/23
5205/24
**admitted [5]** 5110/11
5110/16 5146/8 5203/3
5206/2
**admitting [1]** 5202/12
**Adobe [2]** 5187/2
5187/6
**Adobe's [1]** 5188/3
**ads [239]**
**Ads 360 [2]** 5155/6
5163/23
**advantage [1]** 5140/4
**advertise [9]** 5115/6
5130/14 5135/12
5144/8 5218/23 5232/6
5238/19 5243/1 5243/2
**advertisement [2]**
5233/19 5236/6
**advertisements [1]**
5114/25
**advertiser [8]** 5123/3
5133/11 5140/9
5157/15 5165/15
5184/4 5184/9 5213/16
**advertisers [14]**
5121/1 5122/11
5182/17 5182/24
5184/14 5196/9
5196/16 5196/21
5197/1 5197/9 5197/21
5201/10 5201/13
5241/3
**advertisers' [1]**
5204/21
**advertising [71]**
5113/13 5114/22
5115/8 5116/20 5123/2
5123/25 5126/11
5135/6 5141/15
5141/20 5144/1
5144/10 5144/11
5144/15 5145/4 5145/6

5162/4 5162/15 5164/4
5176/22 5177/22
5178/9 5178/11 5179/4
5180/2 5181/9 5181/13
5181/14 5184/9
5184/25 5208/12
5209/11 5216/17
5219/3 5219/12
5223/14 5223/15
5224/2 5224/11
5224/14 5228/2
5228/22 5231/8
5231/12 5231/15
5231/18 5231/21
5236/12 5236/15
5237/10 5237/11
5239/25 5240/4 5240/5
5240/6 5240/14
5241/17 5241/20
5242/4 5242/22 5243/3
5243/4 5243/9 5243/11
5243/22 5244/1 5244/6
5244/8 5244/12
**affect [2]** 5213/3
5213/11
**after [6]** 5121/24
5169/5 5191/25 5200/7
5201/4 5239/11
**afterwards [1]** 5170/6
**again [1]** 5114/17
5115/22 5121/19
5125/7 5126/3 5128/2
5131/22 5135/7
5136/12 5177/11
5195/15 5203/7 5203/9
5203/13 5206/20
5213/7 5217/10
5219/13 5238/3
**agencies [1]** 5114/14
**agency [3]** 5118/25
5227/4 5234/22
**aggregate [1]** 5126/13
**aggressive [1]** 5176/20
**aggressively [1]**
5182/25
**ago [2]** 5169/2 5181/23
**agree [2]** 5201/23
5241/10
**ahead [5]** 5166/18
5191/23 5199/16
5202/22 5245/5
**aided [1]** 5109/20
**aim [1]** 5176/25
**aimed [1]** 5220/25
**aiming [1]** 5176/24
**Air [1]** 5114/15
**al [2]** 5107/3 5111/5
**all [54]** 5112/2 5111/11
5111/13 5111/17
5125/23 5127/21
5128/18 5132/17
5132/21 5134/6
5134/13 5140/15
5143/15 5146/7
5146/25 5147/17
5150/5 5150/14 5151/1
5151/10 5151/12

5154/13 5155/15
5159/18 5165/25
5166/4 5167/11
5167/11 5170/21
5170/24 5171/3
5173/18 5175/25
5177/8 5184/24 5186/8
5191/25 5192/4 5192/7
5199/20 5202/19
5203/3 5212/14
5213/17 5217/5 5225/8
5227/25 5230/19
5238/7 5239/1 5240/10
5245/11
**all right [3]** 5146/7
5199/20 5202/19
**allocate [2]** 5140/24
5207/10
**allocated [2]** 5209/1
5209/3
**allow [4]** 5172/9
5174/2 5184/4 5184/8
**allows [6]** 5115/8
5153/7 5153/21 5154/6
5164/12 5171/6
**alluded [3]** 5185/9
5188/14 5189/25
**almost [1]** 5231/5
**already [5]** 5123/10
5135/1 5167/25
5205/22 5220/24
**also [55]** 5114/2
5114/11 5114/14
5116/10 5116/15
5117/1 5118/25
5120/20 5130/5
5130/19 5130/25
5141/9 5142/10
5144/23 5161/17
5169/2 5169/16
5169/18 5170/19
5172/4 5172/7 5174/11
5174/18 5177/21
5181/18 5181/23
5184/8 5185/19
5187/17 5191/12
5192/22 5197/25
5200/9 5201/9 5211/15
5212/11 5214/12
5215/6 5215/23
5217/22 5219/7 5220/9
5223/4 5227/19 5228/2
5228/6 5231/4 5231/25
5231/25 5233/22
5236/4 5238/12 5240/5
5243/1 5244/18
**alternative [3]** 5125/12
5155/10 5188/16
**altogether [2]** 5145/11
5163/14
**always [8]** 5133/24
5141/17 5176/15
5176/18 5184/14
5201/20 5236/2 5244/5
**am [9]** 5112/22
5138/17 5140/25
5153/5 5160/12 5170/9

5200/16
**Amazon [13]** 5124/10
5124/17 5124/21
5124/22 5124/22
5125/2 5184/10
5243/18 5243/23
5244/2 5244/3 5244/4
5244/6
**amazon.com [1]**
5124/23
**AMERICA [2]** 5107/3
5111/5
**American [1]** 5238/24
**Americas [2]** 5108/19
5109/12
**AMIT [2]** 5107/9 5111/3
**Amit P [1]** 5111/3
**among [1]** 5201/15
**amount [18]** 5142/4
5142/7 5142/9 5142/10
5144/11 5147/7 5148/2
5162/4 5162/5 5166/1
5166/2 5166/3 5166/20
5166/21 5182/9
5182/10 5212/9
5212/11
**Amsterdam [1]**
5229/14
**analogy [2]** 5241/24
5244/22
**analyses [4]** 5195/1
5195/16 5206/23
5207/12
**analytics [1]** 5169/22
**analyze [1]** 5207/16
**analyzed [1]** 5150/1
**analyzing [3]** 5164/7
5170/5 5240/10
**annual [1]** 5217/4
**anonymity [1]** 5205/2
**another [15]** 5120/8
5128/19 5134/8
5151/22 5151/23
5163/16 5168/24
5171/21 5187/6
5189/21 5190/18
5190/24 5192/23
5234/25 5240/18
**answer [4]** 5166/17
5197/15 5207/4 5213/7
**answered [1]** 5117/19
**anticipated [2]**
5198/24 5204/13
**Antitrust [2]** 5108/7
5108/12
**any [51]** 5113/14
5113/23 5115/25
5115/25 5118/10
5119/13 5123/22
5129/7 5129/20
5129/25 5131/24
5136/14 5136/15
5138/25 5140/19
5142/25 5144/1 5152/1
5156/22 5172/21
5173/5 5173/20 5174/6
5174/18 5175/2 5175/9

5249

**A**

**any... [25]** 5175/20
5184/24 5186/5
5188/19 5191/16
5192/13 5192/17
5193/2 5194/24
5195/15 5196/1 5202/6
5202/11 5204/25
5205/7 5205/18
5206/20 5208/16
5210/25 5218/2
5224/17 5231/18
5234/21 5239/4
5244/12
**anyone [4]** 5192/3
5237/6 5237/7 5245/9
**anything [9]** 5111/13
5114/4 5146/23 5156/9
5157/25 5186/5
5190/19 5225/6 5230/5
**anytime [2]** 5129/13
5172/10
**anyway [1]** 5151/19
**anywhere [4]** 5175/25
5220/19
**AOL [1]** 5126/9
**apart [1]** 5177/16
**apologies [2]** 5199/19
5224/20
**apologize [3]** 5202/4
5204/14 5207/9
**app [13]** 5115/14
5115/15 5117/3 5117/5
5235/12 5235/15
5235/17 5235/22
5235/23 5236/3 5236/4
5236/8 5236/9
**appear [9]** 5133/22
5133/23 5134/2
5134/24 5137/10
5137/13 5137/19
5200/1 5235/2
**APPEARANCES [2]**
5107/11 5108/22
**appearing [4]** 5130/10
5138/3 5145/7 5145/10
**appears [1]** 5233/16
**Apple [5]** 5113/15
5115/24 5117/1 5117/2
5117/7
**appliance [1]** 5122/8
**appreciate [5]** 5174/9
5222/8
**appreciating [1]**
5175/15
**approach [4]** 5125/25
5198/16 5203/7
5232/19
**appropriate [3]**
5129/19 5129/21
5218/10
**approximate [2]**
5141/22 5192/18
**approximately [6]**
5116/25 5159/7 5177/5
5182/15 5204/17
5205/18
**are [155]**

**areas [2]** 5226/14
5226/19
**aren't [1]** 5186/14
**Arjan [2]** 5225/15
5226/2
**around [3]** 5146/25
5205/20 5239/22
**as [77]** 5114/5 5114/12
5116/12 5121/3
5124/25 5125/16
5126/15 5129/1
5130/17 5130/17
5135/18 5135/18
5137/24 5139/5 5139/8
5142/12 5144/8
5144/18 5144/24
5152/23 5152/23
5154/5 5155/11
5157/19 5158/14
5160/5 5160/21
5164/24 5169/9 5171/7
5171/10 5173/2 5173/2
5174/2 5174/4 5174/21
5175/22 5179/23
5180/5 5180/10
5180/10 5182/14
5182/17 5184/4 5185/2
5185/4 5186/21 5187/9
5187/23 5188/18
5189/12 5192/23
5194/14 5194/14
5197/21 5198/18
5201/18 5204/22
5205/25 5207/11
5208/6 5212/11 5213/8
5213/8 5218/4 5218/10
5226/16 5227/3 5228/2
5228/22 5230/4
5233/11 5234/14
5237/3 5238/9 5244/19
5244/23
**aside [2]** 5151/25
5153/2
**ask [19]** 5113/5 5132/2
5139/18 5146/3
5148/16 5179/8 5192/2
5192/12 5196/13
5203/13 5213/7
5217/10 5219/13
5221/20 5222/11
5223/13 5226/15
5238/4 5245/8
**ask.com [1]** 5126/9
**asked [11]** 5135/1
5167/24 5178/22
5181/18 5183/25
5189/24 5194/5 5196/7
5198/10 5216/13
5220/9
**asking [7]** 5168/6
5194/24 5197/8
5197/11 5204/4
5220/18 5220/18
**aspect [1]** 5217/9
**assembled [1]** 5169/14
**assess [5]** 5177/10

**Sales [3]** 5146/20
5146/20 5149/4
**be [169]**
**because [20]** 5126/2
5135/8 5137/25 5140/4
5150/16 5151/7 5160/9
5169/15 5179/2
5180/20 5180/25
5188/18 5191/8 5196/3
5199/5 5203/9 5218/21
5237/14 5238/23
5239/2
**become [2]** 5237/19
5237/20
**becoming [2]** 5114/5
5182/18
**been [25]** 5139/17
5140/17 5143/10
5143/11 5144/20
5145/5 5148/20
5155/23 5155/25
5161/13 5161/14
5161/17 5169/7 5173/3
5175/9 5177/20
5180/12 5186/11
5205/23 5208/17
5215/9 5215/11
5224/22 5228/6
5234/14
**before [20]** 5107/9
5111/14 5111/23
5112/9 5113/23 5114/5
5114/7 5114/15 5160/8
5163/11 5168/2 5168/2
5192/13 5193/23
5206/12 5222/9
5223/12 5225/17
5228/7 5228/9
**begin [2]** 5111/14
5168/2
**beginning [2]** 5164/21
5168/5
**behalf [11]** 5111/10
5111/20 5111/21
5153/12 5178/16
5183/7 5197/9 5215/15
5225/13 5228/24
5229/1
**being [14]** 5123/9
5125/11 5125/12
5142/5 5142/7 5144/6
5144/19 5171/8
5185/17 5202/18
5204/13 5210/7
5215/17 5225/9
**believe [20]** 5145/22
5151/5 5168/9 5168/13
5169/9 5174/20
5177/22 5181/3 5185/9
5186/25 5192/12
5194/18 5197/10
5198/10 5204/18
5206/6 5219/7 5219/24
5221/3 5224/20
**BELKNAP [1]** 5108/18
**belong [1]** 5212/17
**below [3]** 5218/7
5233/15 5235/2

**area [4]** 5168/13
5245/4
**assessing [1]** 5181/5
**assign [4]** 5130/2
5131/24 5212/3
5212/14
**assigned [1]** 5211/23
**assist [1]** 5118/25
**associated [8]** 5162/20
5163/3 5163/13
5163/18 5166/4
5174/13 5174/19
5190/20
**assumption [1]** 5225/2
**attention [1]** 5133/5
**attorneys [1]** 5178/22
**attract [1]** 5240/2
**attracting [1]** 5228/1
**attractions [1]** 5231/4
**attractive [1]** 5187/19
**attracts [1]** 5228/22
**attribute [2]** 5183/16
5224/24
**attributed [1]** 5166/4
**attribution [2]** 5193/15
5193/20
**auction [29]** 5157/3
5157/4 5157/19 5158/5
5158/10 5158/14
5159/1 5159/16
5159/20 5159/24
5160/4 5160/14
5160/25 5161/14
5161/20 5161/22
5188/1 5188/4 5191/17
5192/14 5193/18
5193/24 5194/2 5213/3
5213/11 5213/13
5213/19 5214/8
5214/10
**auction-time [29]**
5157/3 5157/4 5157/19
5158/5 5158/10
5158/14 5159/1
5159/16 5159/20
5159/24 5160/4
5160/14 5160/25
5161/14 5161/20
5161/22 5188/1 5188/4
5191/17 5192/14
5193/18 5193/24
5194/2 5213/3 5213/11
5213/13 5213/19
5214/8 5214/10
**auctions [2]** 5142/10
5142/12
**audiences [2]** 5181/10
5208/7
**automatically [1]**
5243/1
**autonomy [1]** 5218/8
**availability [3]** 5156/11
5200/18 5240/13
**available [15]** 5139/9
5156/21 5156/23
5158/23 5159/2
5184/14 5184/25
5185/6 5186/14

**5194/9 5195/19**
**assessing [1]** 5181/5

**5199/7 5201/1 5209/11**
5222/22
**Avenue [4]** 5108/19
5109/8 5109/12
5109/18
**average [10]** 5175/24
5176/2 5199/3 5200/19
5200/23 5201/23
5221/9 5222/1 5224/1
5238/24
**aware [7]** 5195/21
5196/25 5197/19
5197/25 5198/18
5222/16 5222/19
**awareness [8]** 5121/8
5168/10 5238/15
5238/21 5241/9
5241/22 5242/5
5243/14
**away [5]** 5163/2
5163/12 5186/18
5187/6 5226/15

**B**

**B-o-o-t-h [1]** 5112/17
**bachelor's [2]** 5229/9
5229/13
**back [25]** 5118/22
5121/19 5157/8 5157/9
5160/10 5161/20
5164/9 5165/6 5166/4
5166/23 5167/24
5175/19 5176/10
5190/17 5204/16
5211/23 5212/4
5212/14 5212/20
5220/15 5220/21
5227/16 5237/21
5239/14 5241/12
**background [2]** 5227/7
5229/9
**bad [1]** 5163/9
**banner [2]** 5118/8
5124/1
**banners [1]** 5118/8
**bar [1]** 5134/13
**Barrett [1]** 5109/17
**based [17]** 5116/1
5119/21 5129/15
5129/22 5171/21
5179/12 5189/17
5206/22 5206/25
5208/7 5208/22
5210/15 5213/14
5213/17 5224/14
5241/3 5242/4
**baseline [4]** 5196/15
5213/21 5214/9
5214/12
**basically [2]** 5215/16
5227/9
**basis [11]** 5129/18
5132/7 5142/16
5142/17 5142/23
5150/18 5150/21
5181/4 5187/15 5217/3
5217/4

**B**

**BENCH [1]** 5107/9
**beneficial [1]** 5173/6
**benefit [3]** 5145/4
5157/15 5211/12
**benefits [2]** 5211/7
5211/9
**beside [1]** 5139/4
**besides [2]** 5134/3
5237/10
**best [9]** 5136/4
5144/16 5167/25
5188/20 5189/22
5200/11 5207/17
5213/20 5213/20
**better [7]** 5131/24
5137/24 5164/8 5165/3
5182/24 5201/20
5213/16
**between [15]** 5117/10
5132/4 5140/24
5142/15 5142/20
5143/5 5143/14
5150/23 5166/13
5178/6 5179/20
5181/19 5189/12
5218/6 5232/2
**bid [6]** 5157/11
5171/19 5176/21
5182/25 5193/6 5201/8
**biddable [1]** 5115/25
**bidding [44]** 5157/3
5157/4 5157/14
5157/18 5157/19
5157/19 5157/22
5157/25 5158/5
5158/10 5158/14
5158/25 5159/1
5159/16 5159/20
5159/24 5160/4
5160/15 5160/25
5161/14 5161/20
5161/22 5172/8
5176/20 5188/1 5188/4
5189/12 5189/17
5191/17 5192/14
5193/1 5193/19
5193/24 5194/2
5196/21 5201/25
5213/3 5213/11
5213/13 5213/19
5213/21 5213/24
5214/8 5214/10
**bids [2]** 5179/1
5213/20
**big [2]** 5163/19
5228/20
**bigger [2]** 5156/20
5162/7
**biggest [3]** 5116/17
5154/18 5219/8
**bind [1]** 5126/15
**binder [3]** 5145/18
5153/2 5175/19
**binders [1]** 5125/23
**Bing [65]** 5113/15
5115/24 5116/9
5117/11 5123/7

5125/20 5125/22
5140/20 5140/22
5140/24 5141/8
5141/20 5141/24
5141/25 5142/5
5142/15 5143/2 5143/6
5143/15 5143/16
5147/15 5153/17
5153/22 5157/5 5157/9
5158/15 5159/1
5159/20 5159/24
5159/25 5160/10
5160/14 5161/15
5161/23 5161/23
5162/13 5167/5 5181/7
5181/9 5181/13 5183/4
5183/13 5184/6
5184/22 5185/16
5188/1 5188/4 5191/17
5192/14 5193/2 5193/6
5193/13 5193/24
5194/1 5218/7 5220/17
5230/18 5231/15
5231/16 5236/16
5237/24 5237/25
5238/1
**Bing's [1]** 5193/19
**bing.com [2]** 5120/6
5172/3
**bio [7]** 5227/8 5227/16
5227/19 5238/3 5238/4
5238/6 5239/15
**bit [17]** 5115/2 5120/10
5120/14 5121/6
5125/15 5127/11
5129/6 5176/11
5191/25 5204/12
5214/17 5215/13
5217/5 5218/11
5233/10 5234/4
5238/20
**blacked [1]** 5147/11
**blue [2]** 5232/5
5233/16
**blurry [1]** 5168/18
**board [1]** 5217/5
**Bondurant [1]** 5112/12
**book [3]** 5230/23
5237/6 5237/8
**booking [3]** 5226/25
5228/7 5236/23
**booking.com [27]**
5226/22 5226/23
5226/24 5227/2
5227/11 5227/24
5230/21 5231/7 5231/8
5231/21 5234/21
5235/6 5236/4 5236/7
5236/8 5236/15
5236/19 5237/24
5241/17 5242/11
5242/15 5242/22
5243/9 5243/12
5243/22 5244/10
5244/12
**boost [1]** 5244/20
**Booth [26]** 5111/22

5112/17 5114/16
5146/2 5167/21
5177/20 5178/20
5179/11 5192/12
5197/9 5198/18
5199/22 5202/17
5203/13 5206/6 5207/9
5210/22 5211/4
5216/13 5223/11
5223/12 5224/21
5225/8
**both [21]** 5115/11
5118/18 5137/12
5147/14 5148/18
5148/20 5155/15
5162/22 5165/18
5178/22 5181/9
5181/17 5184/5 5189/1
5189/5 5189/7 5206/7
5226/8 5226/9 5226/18
5236/11
**bottom [4]** 5147/2
5147/18 5209/24
5244/25
**bought [10]** 5116/1
5119/17 5119/20
5120/20 5129/11
5129/12 5129/15
5130/1 5138/21
5138/22
**Bowl [1]** 5238/14
**box [4]** 5134/21 5147/3
5148/23 5151/14
**bps [3]** 5150/9 5150/16
5150/17
**brand [12]** 5131/15
5131/17 5132/4
5132/10 5237/12
5238/16 5239/15
5241/9 5242/5 5244/8
5244/23 5244/24
**branded [1]** 5183/13
**brands [1]** 5239/18
**break [8]** 5191/23
5192/3 5192/13
5197/18 5222/23
5245/4 5245/6 5245/9
**breakdowns [2]**
5197/3 5198/6
**briefly [2]** 5114/5
5224/6
**bring [2]** 5121/8
5156/18
**bringing [1]** 5123/10
**Broadway [1]** 5108/14
**browser [1]** 5116/17
**Bruce [1]** 5108/10
**budget [11]** 5117/7
5130/3 5130/19
5142/15 5143/11
5181/22 5207/11
5209/1 5209/3 5210/10
5243/24
**budgeting [1]** 5223/17
**budgets [5]** 5181/7
5207/17 5223/21
5223/21 5224/14

**Buffalo [2]** 5231/20
5233/17
**build [2]** 5136/5 5188/9
**building [2]** 5136/7
5172/4
**bullet [2]** 5147/2
5147/18 5147/19
5149/25 5150/8
5151/15
**bullets [1]** 5151/1
**bunch [2]** 5122/13
5212/6
**business [8]** 5135/9
5145/23 5196/10
5202/15 5226/13
5227/2 5229/16
5229/19
**businesses [6]** 5201/8
5228/1 5228/6 5229/2
5229/2 5229/3
**butter [2]** 5244/23
5244/24
**buy [39]** 5115/12
5116/13 5117/2
5119/21 5122/7 5125/6
5125/9 5125/19
5125/21 5130/13
5131/6 5131/7 5131/15
5131/17 5131/19
5136/11 5153/24
5158/12 5169/16
5169/16 5173/10
5174/1 5196/5 5201/14
5206/18 5215/14
5231/6 5231/7 5231/8
5231/12 5231/15
5231/18 5231/23
5231/23 5231/25
5242/3 5242/6 5244/4
5244/14
**buying [15]** 5113/15
5120/1 5130/18
5142/22 5154/17
5160/23 5168/24
5168/25 5177/12
5186/3 5195/2 5195/10
5195/12 5196/4 5228/4

**C**

**calculation [1]** 5179/17
**call [15]** 5111/22
5127/4 5144/4 5155/6
5167/24 5225/15
5228/1 5231/3 5231/23
5231/24 5233/7
5238/13 5239/20
5240/6 5244/19
**called [13]** 5114/12
5116/10 5154/23
5155/10 5157/2
5159/23 5172/9
5179/13 5185/24
5215/6 5227/4 5227/4
5235/16
**calls [1]** 5205/5
**came [2]** 5151/18
5208/20
**campaign [25]** 5130/13

5130/15 5130/19
5130/21 5130/24
5131/3 5131/14
5142/14 5143/16
5154/3 5160/2 5160/3
5161/1 5165/3 5166/10
5181/1 5182/3 5185/23
5186/2 5186/4 5186/10
5193/8 5193/19
5209/20 5212/17
**campaigns [23]** 5130/1
5130/9 5130/11 5131/6
5137/8 5141/7 5158/8
5162/7 5164/10
5165/25 5166/3 5166/5
5166/10 5179/12
5181/6 5184/5 5184/9
5189/1 5189/5 5191/3
5193/11 5209/23
5212/7
**can [110]** 5112/15
5113/5 5115/12
5115/12 5119/19
5120/3 5121/18 5123/1
5124/22 5125/6
5125/25 5126/3
5126/15 5126/17
5127/3 5127/12
5127/21 5129/10
5130/9 5130/22
5130/22 5130/23
5131/6 5132/2 5132/6
5132/14 5134/2
5134/16 5134/24
5136/12 5137/15
5140/5 5144/3 5145/2
5145/17 5146/19
5149/4 5149/13
5149/15 5149/16
5149/17 5149/17
5151/9 5151/25 5153/2
5154/3 5157/9 5157/15
5161/2 5162/11
5163/15 5164/17
5164/17 5165/11
5166/24 5167/7
5171/20 5173/11
5174/1 5174/7 5174/9
5174/9 5176/1 5176/12
5177/12 5179/7 5179/8
5182/25 5185/1
5190/11 5190/16
5190/20 5191/19
5196/21 5197/15
5197/21 5199/14
5199/17 5202/18
5202/21 5203/10
5207/4 5208/2 5208/6
5208/9 5211/22
5212/20 5212/21
5220/12 5220/23
5221/1 5221/2 5222/3
5223/12 5223/15
5224/3 5224/12 5232/6
5232/11 5232/15
5232/16 5234/12
5234/21 5236/2 5236/2
5242/3 5242/15 5244/8

5251

can... [2]  5244/14
5244/19
can't [2]  5127/12
5175/15
capabilities [4]
5184/19 5184/22
5185/6 5185/13
capability [2]  5160/25
5161/4
Capital [1]  5228/11
Capital One [1]
5228/11
capture [1]  5182/25
career [8]  5172/25
5173/13 5178/10
5196/19 5197/20
5198/5 5201/7 5218/9
Carolina [2]  5109/2
5111/21
carpet [1]  5135/10
Carr [1]  5108/13
cars [1]  5231/4
case [7]  5121/2
5128/11 5151/8 5151/9
5183/22 5189/4
5224/23
cases [4]  5124/1
5135/19 5156/18
5209/25
catalog [1]  5129/17
catastrophic [2]
5177/13 5177/14
catch [1]  5185/3
catching [2]  5219/19
5219/20
category [1]  5136/18
cause [2]  5196/2
5223/7
caution [1]  5145/18
Cavanaugh [2]
5108/17 5111/8
caveat [1]  5195/8
center [4]  5108/13
5118/21 5119/2 5124/3
certain [12]  5131/6
5136/6 5140/9 5140/11
5141/9 5163/3 5163/13
5164/17 5172/7 5196/7
5204/5 5213/16
certainly [3]  5175/10
5177/14 5199/15
certification [2]
5202/20 5202/24
Certified [1]  5109/16
certify [1]  5246/2
cetera [3]  5129/24
5135/10 5154/17
CH [1]  5109/17
Chacka [1]  5114/8
chains [1]  5244/14
chances [2]  5138/3
5138/8
change [6]  5149/6
5163/19 5204/3
5204/10 5204/18
5204/20
changed [3]  5174/24

changes [10]  5154/4
5172/21 5172/24
5173/11 5175/2
5198/24 5204/25
5205/8 5205/15
5205/17
changing [1]  5184/15
channel [1]  5149/3
channels [10]  5152/14
5152/15 5152/17
5153/22 5168/16
5178/4 5210/1 5210/7
5210/10 5210/16
characteristics [3]
5130/21 5208/8
5208/15
charm [2]  5219/22
5220/7
check [4]  5148/19
5148/25 5165/8 5170/7
chief [2]  5114/9
5228/19
Choksi [10]  5109/2
5111/20 5168/6 5181/4
5181/18 5183/25
5188/15 5189/24
5210/25 5218/12
choose [1]  5160/25
chooses [3]  5171/19
5190/10 5190/14
citizen [1]  5238/24
City [3]  5227/1 5230/6
5244/21
Civil [1]  5111/4
Claire [2]  5108/6
5167/16
claire.maddox [1]
5108/9
clarify [5]  5148/9
5168/20 5204/17
5214/11 5218/11
clear [8]  5145/7
5158/12 5159/15
5167/3 5196/14
5204/20 5206/10
5236/23
clearly [7]  5165/10
5224/11 5230/1
5237/19 5238/12
5239/22 5244/18
click [39]  5116/2
5119/22 5119/23
5120/21 5134/7
5134/14 5135/19
5137/1 5149/16
5149/17 5149/17
5167/3 5167/4 5174/12
5174/18 5176/17
5179/21 5179/24
5180/14 5180/18
5180/24 5182/17
5183/4 5183/9 5183/17
5183/24 5212/21
5216/18 5223/22
5223/25 5224/6 5224/8
5224/15 5234/9
5234/13 5234/17

5242/10
clicked [1]  5236/6
clicks [14]  5132/13
5136/10 5136/15
5166/2 5166/20
5166/21 5176/21
5183/6 5212/2 5212/12
5212/12 5224/11
5224/22 5225/3
clickthrough [1]
5137/24
client [2]  5114/9
5155/23
close [1]  5226/14
closer [3]  5135/24
5179/9 5241/7
CMO [1]  5226/21
CNN [2]  5118/9
5123/20
CO [1]  5108/15
coag.gov [2]  5108/16
5108/16
COE [1]  5118/21
colleague [1]  5118/17
colleagues [1]  5165/8
collection [1]  5213/14
college [1]  5229/12
Colorado [5]  5108/10
5108/11 5108/13
5111/21 5225/13
COLUMBIA [1]  5107/1
come [10]  5113/13
5151/7 5151/9 5159/8
5176/10 5202/25
5220/21 5227/16
5237/21 5239/14
comes [5]  5113/12
5157/2 5166/13
5176/17 5212/5
commerce [1]  5230/22
5230/24
commercial [1]
5238/14
commission [1]
5244/19
common [1]  5162/16
communicate [3]
5128/7 5128/10
5194/20
communicates [1]
5198/22
community [1]
5238/19
companies [6]  5190/22
5190/23 5193/22
5201/9 5228/22 5232/6
company [9]  5114/12
5179/2 5186/22
5198/24 5226/25
5227/3 5235/6 5237/16
5239/4
company's [2]  5188/11
5227/17
compare [3]  5216/24
5217/14 5232/11
compared [4]  5150/9
5154/12 5170/13

comparison [4]
5141/12 5232/10
5234/11 5234/11
compatible [1]
5158/22
compelling [2]
5133/17 5196/22
competitive [3]  5157/7
5189/12 5189/17
competitor [1]  5151/23
competitor's [1]
5187/20
complement [1]
5200/8
completely [1]  5245/4
complex [2]  5212/10
5212/21
complexities [1]
5190/21
complexity [2]  5212/5
5212/16
complicated [1]
5207/3
components [2]
5142/3 5183/20
compound [2]  5197/7
5207/2
computer [1]  5109/20
computer-aided [1]
5109/20
concept [3]  5206/7
5240/15 5241/12
conception [3]
5207/18 5208/1
5208/13
conclude [1]  5223/12
concluded [3]  5151/8
5189/9 5193/24
conclusion [2]  5152/1
5170/16
conditionally [1]
5202/23
conduct [2]  5189/1
5217/19
conducted [6]  5142/7
5144/1 5152/10 5169/5
5194/6 5195/16
conducting [1]
5121/24
conducts [1]  5194/25
conferred [1]  5210/20
confident [1]  5188/8
confidential [2]
5226/14 5226/18
confidentiality [2]
5145/20 5195/8
connecting [1]
5212/20
CONNOLLY [2]  5109/7
5178/16
consider [7]  5129/6
5170/21 5170/24
5171/3 5241/14
5242/19 5243/6
consideration [10]
5122/9 5137/16
5137/25 5193/5

524 5238/16
5238/21 5241/23
5242/5 5243/14
considered [1]
5143/21
consistent [1]  5141/16
constant [1]  5143/6
Constitution [1]
5109/18
construct [2]  5169/17
5209/22
consultancy [1]
5169/19
consumer [12]
5108/12 5109/3
5119/18 5121/9
5121/19 5121/25
5122/12 5123/4
5132/11 5137/25
5206/23 5207/13
consumer's [1]  5241/7
consumers [15]
5133/18 5149/11
5149/13 5181/13
5196/5 5206/16
5207/14 5227/14
5232/11 5236/21
5236/22 5237/20
5237/22 5239/5
5242/10
consumers' [2]  5133/5
5157/6
contact [1]  5156/18
contain [1]  5171/14
context [7]  5123/2
5139/17 5140/17
5144/14 5179/19
5206/10 5243/24
continue [5]  5141/14
5144/8 5171/8 5189/4
5189/20
CONTINUED [1]
5109/1
contractor [1]  5114/5
contradict [1]  5217/7
contrast [5]  5121/22
5129/15 5153/23
5153/23 5186/3
contribution [1]
5194/11
control [4]  5144/7
5149/6 5150/1 5150/9
controlled [1]  5237/17
controls [2]  5130/19
5133/9
conversations [1]
5185/20
conversely [1]  5180/23
conversion [29]
5136/9 5160/9 5163/20
5163/21 5163/22
5163/23 5164/2
5165/1 5165/14
5165/19 5166/14
5167/7 5190/5 5190/6
5190/7 5190/14
5190/17 5191/7
5191/11 5193/12

conversion... [9]
5193/20 5197/2 5198/2
5211/16 5211/18
5211/23 5212/23
5213/2 5213/10
conversions [2]
5197/3 5198/3
convert [2] 5138/14
5243/16
converted [1] 5151/16
converts [1] 5151/2
copy [2] 5146/23
5232/16
correct [110] 5115/16
5116/8 5117/12 5119/4
5120/17 5121/15
5125/18 5128/5
5132/20 5134/22
5136/22 5136/25
5137/7 5138/9 5140/14
5141/2 5141/4 5142/1
5142/11 5142/13
5145/9 5145/15 5147/5
5147/10 5147/13
5149/24 5150/7
5150/13 5150/15
5150/22 5151/17
5151/20 5152/9 5154/9
5156/4 5157/17
5158/19 5158/24
5159/21 5160/12
5161/12 5161/16
5162/14 5166/15
5168/11 5169/11
5170/11 5177/1
5177/23 5178/25
5179/5 5179/6 5179/15
5180/16 5180/22
5181/2 5181/8 5181/25
5182/13 5183/4 5184/6
5184/7 5184/11
5184/16 5184/23
5185/8 5185/15
5185/18 5186/16
5186/23 5186/24
5187/2 5187/7 5187/8
5187/21 5188/16
5188/17 5190/20
5191/10 5192/23
5192/24 5193/4
5193/13 5193/17
5193/22 5194/16
5194/17 5195/9
5195/13 5197/23
5198/3 5198/25 5201/2
5202/1 5207/1 5207/15
5207/21 5207/24
5208/24 5214/13
5214/15 5214/23
5219/9 5219/10 5220/1
5222/10 5235/24
5236/10 5237/20
5246/3
correctly [10] 5168/15
5170/10 5172/13
5176/23 5185/10
5199/6 5219/19

5224/21
correspond [1] 5174/6
corresponds [1]
5204/9
cost [39] 5116/2
5119/22 5119/25
5120/20 5120/21
5132/6 5132/12
5132/19 5162/5
5162/20 5163/4
5163/19 5170/2
5174/12 5174/18
5176/17 5176/25
5179/18 5179/20
5179/24 5179/24
5180/4 5180/14
5180/18 5180/24
5182/17 5183/4 5183/5
5183/9 5183/17
5183/23 5189/24
5223/22 5223/25
5224/8 5224/11
5224/15 5224/22
5225/2
cost-effective [1]
5176/25
cost-per-click [2]
5116/2 5119/22
costs [7] 5132/17
5135/19 5162/21
5163/3 5163/13
5163/17 5176/21
could [52] 5114/16
5123/20 5126/18
5133/13 5133/17
5133/23 5133/25
5135/16 5135/20
5136/1 5136/3 5137/10
5137/12 5139/7
5139/18 5148/9
5148/16 5149/21
5149/22 5154/20
5164/13 5175/17
5176/20 5178/1 5186/6
5186/7 5186/7 5186/8
5189/1 5194/1 5195/5
5197/16 5207/6
5208/14 5211/24
5211/24 5216/21
5217/10 5219/13
5219/21 5220/19
5226/6 5227/6 5227/20
5228/15 5230/25
5232/13 5233/9
5233/25 5234/13
5235/17 5238/3
couldn't [1] 5219/3
counsel [14] 5111/11
5112/10 5112/13
5191/19 5194/5 5196/7
5197/8 5198/10
5199/10 5206/7
5210/20 5226/17
5232/16 5240/20
counterfactual [1]
5195/17
counterpart [1]

couple [9] 5116/11
5130/7 5159/8 5169/14
5186/11 5211/4 5228/3
5230/15 5236/17
course [8] 5164/7
5164/25 5166/24
5173/3 5173/15 5215/8
5215/12 5239/9
COURT [8] 5107/1
5109/15 5109/17
5112/10 5123/1 5192/4
5226/6 5245/12
covered [1] 5168/1
CPM [2] 5119/25
5120/20
Cream [1] 5228/11
create [1] 5241/22
created [1] 5145/5
creating [1] 5238/15
credit [2] 5212/14
5216/19
cross [4] 5110/4
5178/18 5197/3 5198/3
CROSS-EXAMINATION
[1] 5178/18
CRR [2] 5246/2 5246/8
cumbersome [2]
5164/18 5211/19
current [8] 5113/23
5114/17 5197/25
5222/13 5222/16
5226/20 5226/21
5227/10
currently [6] 5112/21
5156/21 5186/14
5192/19 5192/21
5192/25
custom [1] 5133/10
customer [9] 5122/18
5135/24 5138/8 5191/2
5192/22 5193/1
5206/12 5237/20
5243/17
customers [8] 5237/1
5237/4 5237/18
5237/19 5240/3
5240/14 5241/3
5243/15
customizable [1]
5133/8
cut [1] 5173/17
CV [1] 5107/4

D

D-i-j-k [1] 5226/10
D.C [6] 5107/5 5108/3
5108/8 5109/8 5109/18
5242/7
daily [6] 5129/17
5142/16 5142/17
5142/23 5181/4
5181/22
dark [15] 5144/4
5145/2 5146/15
5148/17 5152/10
5169/3 5169/5 5170/9
5177/16 5194/5 5194/9

5217/16 5217/20
data [57] 5129/16
5154/3 5154/6 5157/9
5160/10 5163/20
5163/21 5163/22
5163/23 5164/2 5164/6
5164/8 5164/14
5164/25 5165/11
5165/14 5165/19
5166/7 5166/9 5166/14
5167/7 5174/10
5174/11 5174/18
5190/1 5190/5 5190/6
5190/7 5190/11
5190/14 5190/17
5190/23 5191/2 5191/7
5191/11 5201/16
5201/19 5206/22
5207/12 5207/16
5208/18 5211/16
5211/18 5211/23
5212/9 5212/9 5212/23
5213/2 5213/10
5213/17 5213/24
5214/2 5214/12
5214/12 5222/17
5223/1 5240/13
Date [1] 5246/7
dated [2] 5199/3
5203/19
day [14] 5107/7
5125/10 5128/11
5155/21 5155/21
5187/15 5187/15
5196/3 5218/13
5218/16 5218/16
5218/24 5224/7 5232/7
days [4] 5147/7 5147/8
5182/4 5215/9
dealing [2] 5212/8
5212/9
decide [2] 5137/8
5187/5
decided [1] 5187/10
deciding [1] 5193/5
decision [4] 5183/22
5223/18 5224/1 5224/4
decision-making [2]
5223/18 5224/1
decisions [6] 5140/23
5164/12 5206/22
5206/25 5207/10
5218/5
declaration [1]
5145/24
decline [7] 5183/5
5183/16 5195/3
5195/10 5195/13
5196/3 5224/24
declines [1] 5183/9
declining [1] 5180/19
decrease [2] 5204/5
5210/14
deem [1] 5218/10
deemed [1] 5171/7
deep [3] 5129/22
5213/4 5235/16

default [1] 5158/7
Defendant [2] 5107/7
5109/6
DEFENDANT'S [7]
5110/16 5202/4
5202/12 5203/5/3
5203/10 5205/25
5203/19 5205/20
Defendant's Exhibit
2021 [2] 5202/4
5202/12
Defense [1] 5210/20
define [1] 5190/11
defined [1] 5137/24
definition [1] 5131/12
degree [2] 5229/9
5229/15
degrees [1] 5229/11
delay [1] 5192/7
delivered [1] 5179/25
delivering [2] 5180/24
5182/2
delivery [2] 5192/18
5208/7
demand [2] 5118/5
5182/22
demonstrative [10]
5126/19 5126/22
5133/6 5136/12
5232/13 5232/23
5233/1 5234/3 5240/18
5240/21
Denver [1] 5108/15
DEPARTMENT [4]
5108/2 5108/6 5108/11
5109/3
depending [2] 5176/2
5208/15
depends [2] 5234/20
5235/15
depiction [1] 5206/11
Depot [132] 5112/13
5112/24 5113/24
5114/6 5114/7 5115/2
5115/3 5115/4 5115/6
5115/10 5115/13
5116/3 5117/5 5117/20
5118/2 5121/14 5122/1
5124/10 5125/1 5128/1
5128/4 5128/22
5131/10 5131/15
5131/17 5131/22
5132/7 5132/10
5132/11 5132/19
5132/19 5133/12
5135/3 5136/7 5137/1
5143/7 5143/11
5143/21 5145/3
5147/25 5150/6
5151/10 5151/19
5152/3 5152/6 5152/8
5152/10 5153/10
5153/13 5153/19
5155/23 5157/11
5169/6 5170/20
5170/20 5171/24
5172/13 5174/12
5174/16 5174/18

**Depot... [72]** 5177/2 5177/5 5177/16 5177/17 5177/21 5178/7 5178/23 5179/1 5179/11 5181/5 5181/10 5183/6 5184/5 5185/5 5185/11 5186/21 5187/1 5187/4 5187/10 5187/17 5188/10 5188/25 5190/7 5190/10 5190/13 5190/16 5191/6 5191/13 5192/21 5192/22 5192/25 5194/12 5194/14 5194/20 5194/25 5195/2 5195/9 5195/12 5196/4 5196/5 5196/16 5197/1 5197/21 5201/9 5201/11 5204/6 5204/22 5205/19 5206/12 5206/18 5207/11 5207/23 5208/18 5208/22 5209/10 5209/13 5209/14 5210/1 5210/5 5214/19 5215/18 5215/19 5217/23 5218/13 5218/15 5218/23 5219/12 5219/17 5220/3 5220/20 5223/7 5224/23

**Depot's [23]** 5119/5 5136/21 5137/19 5138/3 5138/8 5173/20 5174/6 5174/21 5177/9 5180/6 5180/20 5181/22 5182/7 5187/12 5189/18 5189/22 5201/22 5206/21 5206/24 5207/13 5209/5 5218/2 5219/8

**deprecated [1]** 5201/4

**describe [12]** 5144/3 5145/2 5169/25 5170/2 5173/11 5175/17 5211/22 5216/22 5217/8 5218/4 5227/9 5230/24

**described [8]** 5160/14 5199/25 5207/15 5208/2 5223/14 5233/11 5234/14 5237/3

**describing [3]** 5129/23 5146/16 5147/4

**description [3]** 5120/7 5125/12 5129/23

**descriptions [1]** 5133/3

**desktop [4]** 5183/23 5230/18 5234/2 5238/2

**desktop-only [1]** 5238/2

5120/13 5125/15 5173/1 5173/3 5204/5 5204/10 5204/21

**details [2]** 5128/13 5194/25

**determine [4]** 5131/1 5164/23 5213/15 5213/19

**determined [1]** 5187/18

**determining [2]** 5217/19 5224/13

**develop [2]** 5172/9 5196/22

**developed [2]** 5188/6 5196/25

**development [1]** 5156/19

**device [3]** 5183/20 5197/3 5198/3

**did [39]** 5113/23 5113/25 5114/7 5120/24 5121/12 5121/17 5145/7 5145/10 5148/17 5149/5 5152/1 5152/4 5152/5 5152/20 5160/22 5168/14 5169/6 5169/8 5170/20 5170/24 5171/3 5171/23 5173/6 5173/8 5173/19 5173/19 5174/5 5174/11 5174/14 5174/17 5175/8 5176/6 5194/14 5201/24 5223/7 5224/21 5227/21 5229/15 5239/7

**did you [6]** 5114/7 5145/7 5145/10 5171/3 5176/6 5224/21

**didn't [4]** 5160/9 5160/11 5174/1 5174/4

**difference [8]** 5120/3 5150/23 5179/20 5179/22 5179/23 5181/19 5215/17 5232/2

**differences [1]** 5178/6

**different [73]** 5116/11 5116/15 5119/13 5119/19 5120/15 5122/2 5122/10 5124/3 5124/5 5125/5 5125/9 5126/5 5129/7 5129/10 5129/13 5129/25 5130/1 5130/3 5130/4 5130/9 5130/11 5130/16 5130/18 5130/21 5130/22 5130/23 5130/23 5132/8 5132/24 5133/23 5134/1 5136/19 5139/12 5139/22 5141/7 5149/18 5149/19 5151/4 5153/22 5154/7

5163/22 5164/15 5165/25 5167/8 5169/15 5170/19 5178/4 5181/10 5186/9 5193/15 5193/20 5195/17 5197/2 5197/4 5198/1 5198/7 5198/13 5206/17 5210/7 5210/10 5212/6 5212/16 5212/19 5215/10 5216/22 5217/17 5217/18 5223/14 5234/4 5242/6 5244/6

**differential [2]** 5132/6 5219/23

**differentiate [1]** 5140/19

**differentiates [1]** 5212/18

**differentiation [2]** 5139/25 5140/5

**differs [1]** 5130/5

**difficult [3]** 5238/25 5239/3 5243/15

**digit [2]** 5215/2 5215/3

**digital [18]** 5118/17 5118/21 5118/25 5119/2 5123/2 5124/3 5144/14 5178/11 5194/16 5194/19 5195/2 5195/10 5195/22 5196/2 5208/19 5208/23 5210/3 5223/15

**Dijk [8]** 5225/15 5225/21 5226/2 5226/5 5226/12 5229/8 5240/25 5245/8

**diminish [1]** 5240/15

**Dintzer [2]** 5108/2 5111/7

**direct [7]** 5110/4 5112/6 5151/13 5167/19 5221/6 5226/3 5237/21

**directly [9]** 5149/15 5170/15 5185/6 5193/1 5193/6 5193/19 5194/1 5194/19 5235/17

**disadvantage [1]** 5154/12

**discontinued [1]** 5195/18

**discontinuing [4]** 5194/10 5195/22 5195/23 5196/1

**discovering [1]** 5206/17

**discuss [2]** 5192/2 5245/8

**discussing [1]** 5201/24

**display [40]** 5117/20 5117/23 5118/7 5118/8 5118/13 5118/18 5119/6 5119/12 5119/13 5119/25

5142/22 5142/23 5143/4 5149/18 5152/18 5168/24 5170/9 5170/12 5170/17 5170/22 5171/4 5186/8 5194/20 5195/2 5195/10 5195/22 5207/19 5207/24 5208/19 5208/23 5209/2 5210/3 5214/17 5214/19 5215/21 5215/25 5216/3 5244/14

**Display Network [1]** 5186/8

**distinct [3]** 5143/3 5153/24 5186/4

**DISTRICT [3]** 5107/1 5107/1 5107/10

**divided [2]** 5162/5 5179/17

**division [2]** 5108/7 5215/7

**divulge [1]** 5194/24

**divulging [3]** 5195/15 5206/20 5208/16

**do [181]**

**Do search [1]** 5132/24

**do you [48]** 5117/2 5117/16 5125/19 5125/21 5129/6 5131/19 5131/21 5139/23 5142/14 5156/16 5157/25 5158/4 5158/9 5158/14 5160/2 5168/7 5169/3 5170/7 5170/8 5170/12 5171/23 5172/1 5172/21 5172/24 5175/2 5177/5 5180/5 5181/20 5183/16 5184/1 5189/20 5190/2 5194/7 5196/11 5204/3 5211/16 5211/20 5212/14 5212/25 5216/14 5217/25 5218/11 5231/15 5231/18 5241/14 5242/19 5243/6 5244/1

**do you have [18]** 5116/3 5116/19 5117/6 5124/25 5126/25 5129/20 5135/23 5136/14 5136/15 5141/22 5155/13 5174/5 5174/22 5191/16 5192/17 5204/25 5205/7 5205/18

**do you recognize [1]** 5146/2

**Do you remember [1]** 5159/7

**do you see [11]** 5147/22 5149/7 5150/3 5200/3 5200/21 5203/20 5222/12

5240/24

**do you understand [1]** 5149/9

**document [9]** 5145/17 5146/2 5146/12 5202/3 5203/23 5204/7 5221/8 5222/3 5222/6

**documents [1]** 5126/15

**does [84]** 5115/6 5115/10 5115/18 5115/20 5117/20 5118/2 5124/10 5124/18 5125/1 5126/22 5128/13 5128/14 5128/15 5131/15 5131/17 5135/3 5137/19 5137/21 5137/22 5138/2 5138/4 5138/7 5141/5 5141/19 5141/19 5142/9 5142/19 5144/13 5144/14 5148/4 5148/5 5148/11 5151/3 5153/10 5153/12 5153/15 5153/19 5154/25 5155/4 5155/21 5156/10 5158/1 5159/16 5159/17 5165/20 5165/21 5171/13 5179/16 5194/21 5196/15 5198/14 5204/17 5210/12 5211/14 5214/3 5214/7 5216/16 5216/24 5219/11 5219/15 5219/16 5219/19 5220/2 5220/3 5220/11 5221/19 5221/25 5231/8 5231/21 5234/9 5234/18 5234/18 5235/9 5235/16 5236/4 5236/19 5240/13 5240/14 5241/17 5242/22 5243/9 5243/22 5244/10 5244/12

**doesn't [3]** 5139/7 5221/5 5242/2

**Doherty [1]** 5112/10

**doing [5]** 5141/5 5141/17 5212/7 5217/4 5217/13

**DOJ [3]** 5108/2 5111/7 5111/15

**dollar [2]** 5132/15 5144/20

**dollars [3]** 5116/7 5132/15 5144/21

**domain [1]** 5117/17

**domains [1]** 5116/15

**dominant [3]** 5230/14 5236/25 5237/14

**don't [33]** 5116/6 5119/2 5125/3 5133/19

**D**

don't... [29] 5136/13
5138/23 5139/7 5145/4
5146/24 5148/1
5148/25 5152/24
5152/25 5157/22
5163/18 5174/7
5174/25 5175/11
5176/19 5177/7
5177/13 5188/5
5191/23 5192/20
5194/18 5197/10
5199/16 5202/7
5202/17 5205/16
5211/12 5220/21
5245/5
done [7] 5143/18
5152/18 5159/20
5174/3 5188/11 5218/7
5224/25
door [2] 5237/17
5237/18
double [3] 5148/19
5148/25 5170/7
double-check [3]
5148/19 5148/25
5170/7
doubles [1] 5138/6
DoubleTree [1]
5234/18
doubt [1] 5204/25
down [11] 5122/14
5122/15 5131/5 5136/9
5147/18 5168/18
5175/23 5176/1
5206/25 5233/9 5234/6
download [1] 5117/4
downloaded [1]
5235/15
dramatically [3]
5162/1 5162/2
draw [2] 5133/5
5241/24
drill [1] 5131/5
drive [6] 5121/5 5136/6
5196/5 5209/13 5241/9
5243/14
driven [3] 5144/6
5206/22 5207/12
drives [1] 5179/3
driving [6] 5180/20
5194/11 5208/11
5208/20 5210/16
5215/17
drop [2] 5150/9
5150/11
dropped [1] 5147/20
DuckDuckGo [1]
5230/19
Duet [1] 5230/4
duration [1] 5212/8
during [10] 5143/6
5185/4 5192/3 5196/10
5196/19 5197/19
5198/5 5208/17 5209/1
5245/9
duties [1] 5227/9
DX2021 [4] 5203/3

DX2022 [3] 5206/2
5206/3 5222/4
DXD3 [1] 5240/19
dynamic [1] 5203/24

**E**

e-commerce [2]
5230/22 5230/24
each [10] 5130/3
5130/15 5130/20
5141/8 5141/10 5166/2
5166/4 5171/6 5206/12
5239/16
earlier [18] 5158/23
5172/25 5173/13
5185/9 5194/18
5207/19 5208/2
5209/23 5211/6 5215/9
5215/25 5216/25
5219/7 5220/15
5221/14 5222/25
5224/6 5224/21
early [4] 5156/2 5156/3
5218/9 5228/10
easier [1] 5187/14
easy [1] 5212/3
Edenton [1] 5109/4
education [1] 5229/12
educational [1] 5229/8
effect [3] 5173/20
5194/10 5195/19
effective [1] 5176/25
effectively [1] 5153/8
efficiency [2] 5154/19
5161/23
efficient [1] 5214/7
effort [1] 5169/25
efforts [3] 5182/19
5227/18 5238/6
either [7] 5124/20
5179/8 5209/12
5213/15 5221/19
5221/22 5223/7
elaborate [1] 5230/25
eligible [1] 5131/13
Elmore [1] 5112/12
else [5] 5114/4
5124/23 5190/14
5212/13 5212/19
elsewhere [3] 5141/8
5177/25 5178/9
Email [9] 5108/4
5108/9 5108/16
5108/16 5108/21
5109/5 5109/9 5109/10
5109/14
embarked [1] 5188/18
embracing [1] 5182/17
emerging [1] 5116/1
emphasize [1] 5140/10
employed [2] 5112/21
5112/23
enable [1] 5241/3
enabling [1] 5121/24
end [9] 5119/17
5125/10 5138/19
5140/7 5193/2 5193/7

ending [1] 5146/20
engage [1] 5169/16
engagement [1]
5185/19
engine [22] 5117/14
5120/16 5123/18
5135/13 5149/23
5152/2 5153/3 5229/3
5229/25 5230/3
5230/10 5230/18
5230/21 5232/14
5233/1 5233/9 5241/15
5242/8 5242/13
5242/20 5243/7
5243/18
engineers [1] 5156/19
engines [12] 5114/25
5125/6 5126/7 5127/4
5151/5 5167/8 5230/12
5230/17 5231/9
5231/11 5231/19
5241/13
enough [2] 5193/25
5219/22
enrich [1] 5157/14
ensure [1] 5205/1
enter [5] 5171/17
5204/22
entered [2] 5126/22
5241/4
entering [1] 5172/3
entities [3] 5130/18
5162/16 5212/20
entity [2] 5130/13
5186/4
entry [1] 5230/3
environment [1]
5217/20
essentially [12]
5116/14 5121/5 5123/3
5126/11 5129/16
5130/13 5144/10
5153/20 5176/21
5186/8 5209/10 5220/3
estate [2] 5137/14
5137/15
estimate [1] 5217/2
et [5] 5107/3 5111/5
5129/24 5135/10
5154/17
et al [1] 5111/5
et cetera [2] 5135/10
5154/17
Europe [2] 5229/19
5229/21
evaluate [2] 5180/12
5188/20
evaluation [2] 5189/2
5189/8
even [9] 5123/4
5126/10 5160/25
5161/4 5186/18
5192/21 5192/25
5201/22 5220/23
eventually [1] 5121/10
ever [11] 5122/21
5143/15 5143/21

5170/21 5170/24
5177/17 5187/25
5188/3
every [9] 5119/22
5119/23 5133/25
5135/17 5179/24
5196/24 5212/17
5212/17 5237/16
everybody [2] 5111/12
5192/8
everyone [2] 5111/12
5245/10
everything [1] 5212/19
evidence [7] 5126/23
5146/9 5202/8 5202/10
5203/5 5205/25 5206/3
evolved [1] 5215/8
exact [2] 5215/5
5241/4
exactly [3] 5122/20
5196/6 5237/2
**EXAMINATION [6]**
5112/6 5167/19
5178/18 5211/2
5216/11 5226/3
example [22] 5127/25
5133/16 5174/12
5176/23 5178/6
5180/17 5183/8
5183/13 5184/10
5196/24 5197/19
5207/20 5208/12
5210/13 5218/12
5219/2 5219/18
5220/24 5234/25
5238/18 5241/25
5244/7
examples [4] 5115/18
5123/24 5196/13
5197/5
excellence [3] 5118/21
5119/2 5124/3
except [1] 5138/20
exceptions [1] 5156/8
exclusive [2] 5236/25
5237/14
exclusively [1]
5138/20
excuse [1] 5228/9
executing [1] 5170/5
execution [1] 5238/7
executive [1] 5228/24
executives [1] 5198/23
exhibit [10] 5146/9
5199/13 5202/4
5202/12 5203/5 5203/9
5203/11 5205/25
5206/3 5221/2
Exhibit 2022 [2]
5203/11 5205/25
**EXHIBITS [1]** 5110/9
5110/14
exist [3] 5165/20
5165/22 5212/20
exists [1] 5161/1
expect [3] 5182/3
5182/16 5188/10

expectation [2]
5181/12 5196/4
expensive [1] 5183/13
experience [9] 5162/15
5178/7 5178/8 5182/23
5183/3 5183/5 5206/16
5220/11 5220/23
experiences [1]
5177/25
experimental [1]
5239/24
experimenting [1]
5244/3
explain [10] 5119/19
5120/3 5123/1 5125/6
5127/3 5129/10 5130/9
5132/6 5165/11
5176/12
explicit [1] 5123/24
exponentially [1]
5213/16
exposed [2] 5206/24
5207/13
express [1] 5241/5
expressed [2] 5236/22
5238/17
extended [2] 5143/23
5143/25
extent [10] 5164/17
5173/22 5173/23
5177/24 5197/8
5216/23 5217/9
5219/11 5219/15
5223/17
external [1] 5169/19
extra [1] 5193/25

**F**

Facebook [16] 5118/6
5149/18 5184/10
5208/6 5210/14
5238/18 5241/14
5241/18 5241/21
5242/1 5242/10
5242/16 5242/25
5243/1 5243/4 5243/13
facilitate [1] 5191/3
5208/6
fact [5] 5219/17 5220/3
factor [1] 5224/13
fair [15] 5180/15
5181/15 5181/16
5183/1 5187/15
5189/13 5189/14
5189/18 5193/9
5201/14 5208/3
5208/13 5213/23
5219/22 5221/7
fall [2] 5115/18
5207/20
falls [1] 5115/17
familiar [16] 5117/15
5119/5 5119/7 5122/23
5138/15 5153/3 5171/9
5171/12 5175/5
5185/23 5200/5
5200/14 5209/5 5209/7
5233/12 5234/15

**F**

**famous** [1] 5232/5
**fan** [1] 5230/8
**far** [3] 5160/23 5194/14 5231/17
**favor** [1] 5140/12
**favorability** [2] 5135/20 5183/24
**favorable** [2] 5224/12 5224/24
**feature** [6] 5133/4 5136/19 5139/21 5156/10 5201/3 5203/15
**features** [16] 5156/14 5156/23 5184/13 5184/18 5184/22 5184/24 5185/6 5185/13 5185/16 5185/21 5186/13 5187/18 5198/19 5198/25 5199/6 5205/23
**featuring** [1] 5133/16
**February** [2] 5199/4 5201/5
**fee** [3] 5162/22 5163/8 5187/22
**feed** [2] 5129/16 5140/13
**feedback** [4] 5156/16 5156/22 5166/13 5196/16
**fence** [1] 5135/10
**Ferrari** [4] 5241/25 5242/3 5242/5 5242/7
**Ferraris** [1] 5242/2
**few** [13] 5126/5 5129/16 5134/5 5142/3 5156/8 5163/22 5168/5 5169/2 5197/4 5203/13 5216/13 5216/17 5216/22
**fewer** [3] 5133/9 5173/17 5173/19
**filtered** [1] 5136/18
**finally** [1] 5177/20
**finance** [1] 5169/17
**financial** [4] 5163/19 5169/21 5208/16 5228/11
**find** [3] 5173/6 5237/1 5239/5
**fine** [1] 5202/22
**Firefox** [1] 5116/17
**first** [14] 5123/17 5124/2 5126/17 5127/25 5129/11 5147/3 5147/19 5149/25 5155/5 5199/8 5199/22 5204/7 5226/7 5226/10
**five** [2] 5113/11 5232/8
**flights** [1] 5231/4
**Floor** [2] 5108/14 5109/13
**flyers** [1] 5124/8
**focus** [3] 5121/6

**focused** [2] 5121/4 5209/24
**focuses** [1] 5122/16
**Focusing** [1] 5121/21
**folks** [1] 5218/9
**follow** [2] 5156/10 5224/17
**follow-up** [1] 5224/17
**follows** [1] 5206/12
**force** [2] 5114/15 5187/5
**foregoing** [1] 5246/3
**forgiveness** [1] 5203/8
**forgot** [1] 5132/23
**form** [6] 5160/24 5165/19 5193/10 5198/13 5213/13 5236/11
**formally** [2] 5114/12 5155/11
**format** [1] 5146/22
**forms** [13] 5120/6 5136/4 5152/21 5171/16 5190/1 5194/15 5194/22 5196/2 5196/15 5216/17 5216/20 5216/22 5224/2
**forward** [2] 5189/21 5191/3
**found** [5] 5151/11 5158/5 5179/2 5187/13 5237/16
**foundation** [4] 5145/24 5197/10 5202/18 5202/25
**four** [2] 5176/25 5232/8
**fourth** [2] 5221/16 5221/24
**fraction** [1] 5132/15
**framework** [1] 5240/10
**France** [1] 5229/16
**free** [2] 5149/16 5163/7
**frequent** [2] 5156/18 5238/23
**frequently** [5] 5142/19 5184/18 5184/20 5198/23 5206/19
**friends** [1] 5167/12
**Frigidaire** [1] 5129/3
**front** [8] 5123/22 5193/2 5193/6 5193/16 5232/25 5233/3 5233/22 5240/24
**front-end** [1] 5193/2
**full** [1] 5114/6
**fully** [1] 5226/24
**fulsome** [1] 5189/2
**function** [2] 5214/18 5228/18
**functionalities** [2] 5184/14 5184/25
**functionality** [5] 5116/16 5186/14 5191/17 5192/14 5194/3

**fundamental** [1] 5201/25
**funnel** [33] 5121/4 5121/7 5121/11 5121/17 5121/18 5121/23 5122/16 5122/17 5168/7 5168/9 5168/17 5168/19 5206/8 5206/10 5206/25 5207/15 5207/18 5207/21 5208/1 5208/3 5208/12 5208/13 5208/14 5208/14 5209/22 5209/24 5214/18 5223/16 5224/3 5238/8 5238/9 5240/9 5241/6
**further** [6] 5135/21 5173/5 5178/13 5210/23 5223/10 5225/4
**future** [3] 5164/12 5166/25 5173/10

**G**

**gain** [1] 5197/22
**game** [1] 5238/23
**garden** [1] 5136/5
**garnerstore.com** [1] 5127/25
**gathered** [1] 5188/24
**gave** [3] 5115/18 5160/21 5173/1
**general** [39] 5114/25 5115/6 5116/19 5117/6 5117/14 5120/16 5125/6 5131/23 5135/13 5135/23 5144/23 5145/13 5149/22 5152/2 5155/13 5162/15 5182/20 5188/19 5195/1 5198/18 5217/18 5229/24 5229/25 5230/12 5230/21 5231/8 5231/11 5231/18 5236/11 5236/14 5236/19 5237/10 5240/5 5240/15 5241/12 5241/14 5242/20 5243/7 5243/18
**generally** [18] 5116/6 5119/5 5119/10 5120/22 5121/16 5141/19 5145/2 5147/4 5165/12 5173/24 5175/16 5198/14 5209/17 5225/1 5233/21 5238/10 5240/10 5242/25
**generate** [3] 5176/21 5180/11 5242/4
**generated** [3] 5144/18 5162/5 5210/7
**generates** [1] 5141/10
**generic** [1] 5132/5

**geographic** [2] 5130/22 5144/9
**get** [33] 5112/9 5116/6 5135/25 5138/12 5138/14 5149/13 5149/19 5150/6 5153/8 5164/8 5164/24 5176/8 5177/11 5177/15 5179/3 5180/3 5191/1 5194/10 5199/14 5199/17 5202/9 5202/21 5202/24 5212/21 5217/15 5217/17 5224/13 5226/14 5226/14 5232/16 5236/21 5238/20 5240/14
**gets** [2] 5135/24 5166/17
**getting** [5] 5121/21 5138/13 5182/24 5215/5 5226/18
**give** [7] 5162/11 5165/7 5180/17 5183/8 5197/4 5221/22 5221/25
**given** [5] 5126/15 5148/7 5175/20 5178/3 5184/24
**global** [3] 5227/17 5227/24 5228/19
**Gmail** [1] 5186/7
**go** [58] 5115/12 5115/12 5116/13 5117/17 5117/24 5130/17 5135/6 5136/16 5137/2 5137/3 5141/5 5144/4 5145/2 5145/17 5146/15 5146/19 5147/18 5148/15 5149/4 5151/21 5152/10 5153/21 5153/23 5157/8 5157/8 5160/2 5160/3 5166/18 5168/9 5169/3 5169/5 5170/9 5175/19 5177/16 5191/23 5194/5 5194/9 5196/24 5199/16 5202/22 5217/5 5217/16 5217/20 5227/6 5230/23 5231/6 5231/6 5232/22 5233/25 5234/13 5234/14 5234/24 5235/17 5236/2 5236/3 5241/12 5244/4 5245/5
**go ahead** [3] 5166/18 5199/16 5202/22
**go-dark** [13] 5144/4 5145/2 5146/15 5152/10 5169/3 5169/5 5170/9 5177/16 5194/5 5194/9 5217/5 5217/16 5217/20
**goal** [1] 5215/18

**goes** [11] 5116/20 5117/7 5123/6 5123/7 5129/22 5155/15 5156/7 5171/17 5175/22 5211/10
**going** [34] 5118/22 5121/24 5122/7 5122/8 5123/17 5125/25 5136/17 5145/17 5148/17 5151/7 5151/13 5153/1 5153/24 5154/11 5154/16 5154/22 5163/14 5165/7 5165/7 5189/20 5189/23 5191/3 5192/12 5193/7 5203/13 5213/4 5214/25 5216/5 5220/16 5220/17 5220/17 5224/14 5226/12 5227/7
**gold** [1] 5217/18
**gone** [4] 5157/7 5161/20 5162/9 5163/8
**good** [17] 5111/4 5111/19 5111/19 5112/3 5112/8 5112/11 5150/16 5157/6 5162/7 5162/8 5167/14 5167/15 5167/21 5178/15 5178/20 5225/12 5245/4
**good morning** [9] 5111/4 5111/19 5112/3 5112/8 5112/11 5167/14 5167/21 5178/15 5178/20
**GOODRICH** [1] 5109/12
**goods** [2] 5117/18 5244/4
**GOOGLE** [145]
**Google LLC** [1] 5111/6
**Google's** [3] 5133/22 5145/8 5185/11
**google.com** [7] 5113/19 5120/6 5134/25 5171/17 5172/3 5178/24 5179/2
**got** [14] 5118/11 5118/24 5124/24 5134/18 5135/11 5137/14 5137/18 5139/16 5144/22 5148/14 5149/11 5166/21 5167/1 5209/16
**Gotcha** [1] 5140/15
**graduate** [1] 5229/15
**Graham** [2] 5109/7 5178/16
**Graham Safty** [1] 5178/16
**granted** [2] 5223/21 5223/21
**granular** [2] 5173/1 5204/21

5256

**G**

graphical [1] 5118/9
great [2] 5173/1
 5226/11
greater [1] 5140/5
greatest [2] 5141/12
 5141/15
grid [1] 5165/24
groceries [1] 5231/6
grocery [2] 5244/22
 5244/24
ground [1] 5167/25
group [2] 5144/7
 5215/7
groups [2] 5181/17
 5242/1
gsafty [1] 5109/10
guess [6] 5140/3
 5166/6 5172/17
 5174/17 5175/12
 5202/20
Guessing [1] 5215/4

**H**

had [12] 5113/10
 5145/12 5157/6 5170/8
 5170/12 5177/22
 5192/8 5193/24 5217/4
 5229/12 5235/19
 5236/1
hadn't [1] 5222/8
half [1] 5156/8
hammer [1] 5136/4
hand [4] 5111/24
 5125/23 5216/5
 5225/18
handed [3] 5199/2
 5202/4 5203/17
handling [1] 5228/7
happen [3] 5142/5
 5195/18 5212/11
happened [2] 5186/18
 5204/17
happens [5] 5155/8
 5155/13 5155/18
 5185/2 5213/15
hard [2] 5214/25
 5237/21
Harvard [1] 5229/21
has [41] 5125/13
 5131/10 5132/11
 5137/14 5140/9 5142/4
 5143/6 5143/10
 5143/21 5152/10
 5155/23 5156/13
 5161/21 5161/22
 5161/24 5162/9
 5162/10 5175/8 5177/8
 5177/8 5177/17 5179/2
 5182/8 5182/14
 5186/12 5186/22
 5187/25 5188/3 5188/6
 5188/10 5190/13
 5191/6 5193/12
 5196/19 5196/25
 5197/20 5198/1 5198/5
 5205/19 5220/24
 5244/6

have [141]
haven't [4] 5126/10
 5140/11 5205/9
 5205/11
having [8] 5138/2
 5138/7 5154/13
 5159/23 5202/5
 5213/20 5213/24
 5214/9
he [4] 5197/13 5197/15
 5202/7 5221/5
he's [3] 5127/10
 5197/13 5202/8
head [5] 5160/19
 5185/5 5189/8 5189/8
 5214/5
hear [2] 5159/18
 5168/14
heard [6] 5117/13
 5122/21 5126/2
 5126/10 5132/3
 5233/11
hearsay [2] 5145/23
 5202/14
heavily [1] 5209/24
Hello [2] 5167/22
 5178/21
help [12] 5169/17
 5169/19 5195/20
 5196/16 5198/20
 5199/2 5202/13
 5203/17 5213/19
 5217/1 5221/3 5226/17
helped [1] 5169/22
helping [1] 5136/8
helps [7] 5164/10
 5172/2 5172/4 5172/7
 5173/10 5176/7
 5207/16
here [30] 5125/24
 5127/8 5127/22 5128/4
 5128/22 5134/5 5137/6
 5138/15 5138/24
 5138/25 5139/20
 5139/25 5145/17
 5146/23 5149/10
 5151/14 5153/1
 5158/12 5164/9 5164/9
 5177/21 5177/24
 5199/23 5200/8
 5200/17 5201/24
 5221/22 5225/9
 5226/17 5238/13
here's [1] 5166/21
hey [4] 5141/12 5157/9
 5213/15 5220/21
Hi [1] 5225/21
high [15] 5173/1
 5176/10 5176/13
 5236/21 5236/25
 5237/3 5237/4 5237/7
 5237/15 5237/25
 5238/11 5238/22
 5240/4 5242/15
 5242/18
high-intent [6] 5236/1
 5236/25 5237/4 5237/9

higher [13] 5137/15
 5137/23 5137/24
 5137/24 5138/12
 5138/14 5142/5 5176/9
 5182/2 5182/12 5220/2
 5225/2 5244/21
highlighted [2]
 5146/23 5222/12
highly [2] 5136/11
 5201/18
him [1] 5221/6
hip [2] 5226/9 5230/8
his [3] 5184/4 5197/11
 5197/14
historical [7] 5135/18
 5157/13 5164/2
 5164/11 5191/2 5191/7
 5191/11
historically [3]
 5160/11 5186/22
 5215/11
history [2] 5157/6
 5213/18
hold [2] 5202/23
 5202/24
Holdings [1] 5226/25
holistic [1] 5189/11
home [160]
homedepot.com [2]
 5115/14 5149/15
Honor [35] 5111/4
 5111/16 5111/19
 5112/11 5125/25
 5126/21 5145/22
 5146/5 5167/12
 5167/14 5178/14
 5178/15 5191/22
 5192/10 5197/6
 5198/16 5199/19
 5202/3 5203/4 5203/8
 5205/3 5205/24 5207/2
 5210/18 5210/21
 5221/7 5224/18 5225/7
 5225/11 5225/12
 5225/22 5229/6 5230/8
 5232/19 5245/3
HONORABLE [2]
 5107/9 5111/2
hop [1] 5230/6 5230/8
hope [2] 5111/12
 5238/13
hotel [17] 5231/24
 5232/3 5232/9 5233/12
 5233/15 5234/5
 5234/10 5234/18
 5234/22 5234/22
 5234/25 5236/7
 5236/11 5236/23
 5237/6 5237/8 5244/14
hotels [9] 5230/6
 5232/11 5233/2
 5233/16 5234/4 5234/8
 5234/17 5244/14
 5244/21
house [3] 5118/9
 5123/21 5163/22
housed [1] 5163/21

how [81] 5113/10
 5114/21 5114/24
 5115/10 5118/23
 5119/8 5119/10
 5119/16 5119/17
 5119/19 5119/19
 5120/18 5120/19
 5120/19 5122/4
 5129/10 5129/11
 5129/20 5130/17
 5130/19 5131/1 5133/2
 5133/15 5135/6 5136/5
 5136/5 5137/22 5138/5
 5138/10 5139/23
 5140/23 5141/5
 5141/10 5142/14
 5144/10 5144/13
 5149/5 5149/11
 5149/13 5154/15
 5155/13 5155/22
 5155/25 5156/6 5156/6
 5156/16 5161/21
 5161/25 5162/3 5164/4
 5164/10 5165/20
 5165/21 5169/25
 5170/2 5172/1 5172/5
 5174/1 5176/6 5177/8
 5191/21 5193/10
 5194/25 5195/16
 5197/3 5198/7 5207/10
 5210/10 5213/2
 5213/10 5215/13
 5216/24 5217/8
 5217/13 5218/19
 5218/20 5222/25
 5223/4 5223/21 5224/1
 5224/3
how-much-we're-grant
ed [1] 5223/21
However [1] 5225/1
huh [1] 5149/20
hundreds [1] 5116/7
hypothetically [1]
 5223/25

**I**

I also [1] 5114/11
I am [7] 5112/22
 5138/17 5140/25
 5153/5 5185/25 5200/6
 5200/16
I apologize [2] 5202/4
 5204/14
I believe [16] 5145/22
 5168/9 5168/13 5169/9
 5177/22 5181/3 5185/9
 5186/25 5192/12
 5194/18 5198/10
 5206/6 5219/7 5219/24
 5199/14 5220/10
I can [6] 5130/22
 5130/22 5174/9 5174/9
 5199/14 5203/10
I did [3] 5113/25
 5229/15 5239/7
I don't [11] 5125/3
 5152/24 5163/18

houses [1] 5170/4
how [1] 5164/12
I am [1] 5125/14
I could [2] 5125/18
 5127/17
I didn't [3] 5117/17
 5126/2 5129/9
I don't know [3]
 5113/25 5125/14
 5217/10
I don't recall [2]
 5175/11 5205/16
I guess [4] 5166/6
 5172/17 5174/17
 5202/20
I have [6] 5167/12
 5167/23 5203/9
 5203/16 5216/5
 5221/10
I hope [2] 5111/12
 5238/13
I just [5] 5139/18
 5168/20 5202/3
 5214/11 5222/11
I know [4] 5119/9
 5119/9 5177/20 5230/1
I mean [5] 5125/1
 5150/14 5155/20
 5212/1 5212/6
I recall [2] 5211/8
 5218/14 5221/17
I think [23] 5117/13
 5120/4 5132/23 5142/3
 5142/3 5150/17
 5161/13 5172/25
 5177/12 5178/10
 5181/17 5182/20
 5183/6 5201/12
 5204/14 5205/4
 5217/17 5217/18
 5218/21 5220/5 5224/6
 5225/1 5230/1
I told [1] 5236/16
I understand [5]
 5126/1 5140/1 5144/25
 5185/10 5203/14
I want [6] 5126/18
 5130/7 5147/19 5185/9
 5199/5 5238/3
I wanted [1] 5112/9
I was [10] 5114/8
 5114/8 5114/15
 5199/22 5204/13
 5215/8 5227/24 5228/2
 5228/17 5239/11
I will [3] 5167/25
 5197/18 5226/15
I wouldn't [1] 5139/1
I'd [8] 5201/17 5221/2
 5226/15 5227/6 5227/8
 5232/14 5238/5
 5240/19
I'll [15] 5117/24
 5145/24 5146/24
 5167/12 5192/2
 5196/13 5203/8 5205/4
 5205/24 5213/7
 5218/21 5221/20
 5222/23 5227/16
 5245/8
I'm [51] 5113/2
 5114/16 5117/15
 5117/22 5117/24
 5122/23 5125/23

I

**I'm... [44]** 5126/1 5131/16 5134/11 5140/1 5140/3 5144/25 5150/16 5153/1 5158/18 5159/8 5159/14 5161/21 5163/9 5165/7 5165/7 5171/12 5188/2 5188/8 5191/19 5194/24 5197/11 5199/5 5199/12 5203/13 5205/10 5209/7 5214/25 5215/5 5215/11 5216/5 5218/16 5219/19 5219/20 5222/19 5224/20 5225/13 5226/5 5227/7 5227/15 5228/14 5230/9 5232/16 5240/20 5245/3
**I'm going [4]** 5125/23 5165/7 5203/13 5216/5
**I'm just [1]** 5140/3
**I'm not [8]** 5150/16 5188/2 5194/24 5214/25 5215/5 5219/20 5222/19 5224/20
**I'm not sure [2]** 5140/1 5144/25
**I'm sorry [16]** 5113/2 5114/16 5117/22 5126/1 5131/16 5134/11 5158/18 5161/21 5163/9 5191/19 5199/12 5218/16 5228/14 5230/9 5232/16 5240/20
**I'm Steven [1]** 5225/13
**I'm sure [1]** 5159/8
**I've [6]** 5126/2 5126/15 5135/1 5199/2 5203/17 5204/7
**Ice [1]** 5228/10
**ID [1]** 5212/18
**identical [1]** 5171/20
**identification [1]** 5126/19
**identify [3]** 5166/24 5176/18 5239/15
**identifying [2]** 5165/1 5182/24
**IDs [1]** 5212/16
**image [7]** 5118/9 5120/9 5125/14 5133/5 5134/5 5200/8 5227/8
**images [2]** 5134/7 5134/14
**immediate [1]** 5243/16
**immediately [1]** 5122/9
**immersive [2]** 5234/1 5234/14
**impact [7]** 5138/3 5138/8 5154/19 5164/4 5170/13 5195/23

**impacted [3]** 5161/23 5177/8 5177/9
**impactful [3]** 5170/17 5193/25 5214/10
**impacts [1]** 5217/21
**import [1]** 5164/15
**important [10]** 5130/2 5133/11 5152/2 5152/6 5152/8 5164/11 5166/6 5166/9 5171/20 5239/11
**importing [1]** 5190/23
**impression [7]** 5197/2 5197/22 5199/24 5199/25 5200/9 5221/19 5221/21
**impressions [2]** 5120/1 5166/1
**improved [2]** 5162/1 5162/2
**improvement [2]** 5115/4 5139/4
**improving [2]** 5203/18 5222/5
**include [2]** 5128/13 5128/15
**included [6]** 5147/14 5148/23 5172/22 5174/10 5175/9 5222/17
**includes [4]** 5128/16 5172/11 5185/16 5216/3
**including [5]** 5190/22 5197/2 5198/2 5201/9 5228/3
**increase [4]** 5182/16 5194/15 5210/14 5224/4
**increased [4]** 5182/8 5208/23 5209/19 5223/25
**increasing [3]** 5180/24 5209/2 5224/22
**increasingly [1]** 5215/11
**incredibly [1]** 5240/12
**incremental [11]** 5144/5 5144/13 5144/16 5180/21 5180/25 5194/11 5195/19 5216/16 5216/21 5216/24 5217/2
**incrementality [9]** 5169/10 5169/13 5170/3 5216/25 5217/9 5217/13 5217/14 5217/15 5217/19
**incurred [1]** 5179/24
**INDEX [3]** 5110/2 5110/9 5110/14
**indicated [2]** 5196/9 5208/18
**individual [4]** 5118/19 5154/22 5157/14 5166/5
**individually [1]**

**industry [6]** 5141/23 5180/12 5182/15 5182/16 5182/20 5225/1
**infer [1]** 5217/1
**infinite [1]** 5176/1
**influenced [1]** 5223/22
**info [1]** 5167/3
**inform [2]** 5196/21 5207/16
**informal [1]** 5187/5
**information [25]** 5129/23 5157/6 5157/13 5157/16 5164/11 5164/25 5167/4 5171/13 5172/22 5173/7 5173/25 5174/1 5177/11 5194/21 5195/16 5198/2 5198/19 5205/20 5208/17 5210/5 5210/9 5213/21 5214/9 5221/23 5222/21
**informs [1]** 5210/10
**infrequently [1]** 5204/23
**initiating [1]** 5220/17
**initiatives [1]** 5238/7
**innovation [3]** 5185/2 5239/16 5239/22
**inquired [1]** 5205/13
**inquiring [1]** 5205/16
**inquiry [1]** 5194/7
**INSEAD [1]** 5229/15
**inside [2]** 5161/1 5161/5
**insight [1]** 5197/22
**insights [2]** 5153/9 5177/14
**insisting [1]** 5202/20
**inspiration [2]** 5121/21 5168/10
**inspire [1]** 5121/7
**Instagram [8]** 5208/6 5242/19 5242/20 5242/23 5242/25 5243/2 5243/3 5243/13
**install [3]** 5135/9 5135/10 5135/10
**installation [1]** 5131/11
**instance [4]** 5134/8 5136/17 5155/19 5157/12
**instances [10]** 5121/6 5140/10 5160/17 5180/18 5180/23 5182/24 5186/11 5217/6 5217/7 5223/7
**instead [5]** 5135/13 5138/2 5138/7 5176/24 5180/14 5193/7
**institution [1]** 5229/17
**integrated [4]** 5185/7 5185/17 5188/1 5188/4
**integration [3]** 5156/13

**intelligent [3]** 5173/25 5177/12 5213/21
**intend [1]** 5189/20
**intended [2]** 5205/21 5241/8
**intending [1]** 5181/10
**intent [26]** 5236/21 5236/25 5237/3 5237/4 5237/8 5237/9 5237/15 5237/25 5238/11 5238/11 5238/11 5238/11 5238/13 5238/15 5238/17 5238/22 5239/2 5239/3 5239/9 5239/19 5239/21 5240/4 5241/7 5242/15 5242/17 5242/18 5243/15
**interaction [1]** 5119/23
**interchangeable [1]** 5143/3
**interest [4]** 5236/23 5238/18 5241/5 5242/4
**interest-based [1]** 5242/4
**interested [2]** 5241/25 5242/2
**interesting [2]** 5164/20 5184/12
**interests [1]** 5208/8
**interface [2]** 5154/4 5154/17
**internal [1]** 5208/18
**internally [1]** 5118/24
**interrupt [5]** 5159/14 5179/7 5191/20 5199/10 5228/14
**introduce [2]** 5112/9 5199/14
**introduced [3]** 5197/20 5198/1 5198/6
**inventory [8]** 5138/16 5138/20 5138/25 5139/6 5139/12 5186/5 5209/14 5209/14
**inverse [1]** 5144/19
**invest [1]** 5164/9
**invested [1]** 5210/11
**investment [15]** 5135/17 5141/9 5141/14 5142/6 5163/19 5165/5 5165/16 5171/7 5179/3 5179/18 5180/6 5182/7 5207/24 5208/23 5209/19
**investments [11]** 5143/2 5144/6 5162/6 5163/7 5165/6 5166/5 5166/25 5180/9 5194/22 5196/17 5209/12
**involved [5]** 5154/16 5170/2 5170/4 5170/15 5190/21 5215/9 5215/11
**involves [1]** 5204/21

**is that correct [4]** 5159/21 5179/5 5187/2 5187/7
**is that fair [7]** 5181/15 5183/1 5187/15 5189/13 5189/18 5193/9 5208/3
**is that right [15]** 5168/10 5179/14 5181/1 5181/7 5182/11 5185/14 5193/21 5194/22 5195/19 5197/5 5206/8 5210/3 5211/7 5215/21 5223/2
**is there [9]** 5118/20 5128/22 5135/12 5140/4 5140/19 5146/3 5163/4 5179/20 5202/11
**isn't [1]** 5123/4
**issue [1]** 5192/8
**issues [2]** 5226/13 5226/15
**it [213]**
**it would be [3]** 5117/17 5134/14 5154/14
**it's [83]** 5118/21 5121/2 5126/2 5126/16 5129/22 5131/10 5131/11 5132/15 5135/8 5136/17 5137/18 5138/20 5141/23 5142/5 5146/18 5147/8 5147/11 5147/12 5148/8 5150/18 5150/23 5151/11 5158/9 5158/22 5158/23 5159/8 5160/4 5160/13 5162/18 5163/18 5163/19 5171/7 5176/19 5177/4 5178/8 5178/10 5180/19 5180/20 5182/15 5183/20 5186/8 5187/22 5191/25 5192/16 5193/10 5195/9 5196/1 5202/14 5202/16 5204/7 5204/16 5204/19 5206/14 5207/3 5209/25 5214/25 5215/8 5215/9 5216/21 5219/14 5221/3 5222/22 5223/23 5224/5 5227/3 5227/4 5227/14 5229/21 5229/21 5230/6 5231/5 5236/2 5237/7 5237/15 5238/25 5239/1 5239/3 5240/12 5242/3 5242/6 5242/13 5244/15 5245/7
**it's like [1]** 5176/19
**its [24]** 5131/15 5131/17 5143/21

**I**

**its...** [21] 5155/4
5163/24 5169/6
5179/12 5180/3 5187/6
5188/6 5190/16
5190/17 5190/18
5193/12 5198/20
5207/24 5208/23
5210/5 5210/14
5210/14 5212/18
5214/19 5222/22
5244/10

**J**

**Janak** [1] 5109/2
**job** [3] 5226/20
5226/21 5239/24
**John** [2] 5109/6
5111/10
**John Schmidtlein** [1]
5111/10
**jon.sallet** [1] 5108/16
**Jonathan** [2] 5108/10
5111/8
**journey** [2] 5121/19
5122/12
**Jr** [1] 5108/17
**jschmidtlein** [1]
5109/9
**JUDGE** [1] 5107/10
**Judicial** [1] 5108/13
**just** [60] 5113/5
5113/11 5114/16
5115/21 5120/7 5122/8
5123/24 5125/6 5126/1
5126/17 5127/3
5127/21 5132/6 5132/7
5134/8 5134/12
5134/14 5139/18
5140/3 5140/6 5142/12
5145/7 5145/24 5146/3
5146/15 5147/7
5148/17 5150/14
5150/16 5151/6 5153/2
5156/6 5159/15
5162/11 5163/11
5163/14 5165/20
5167/3 5167/24
5168/20 5170/7 5173/4
5175/16 5176/2
5180/17 5188/11
5190/21 5196/13
5199/11 5202/3
5210/18 5211/4
5214/11 5219/3 5221/6
5221/6 5222/11
5228/15 5233/6 5245/8
**JUSTICE** [3] 5108/2
5108/6 5109/3

**K**

**Kaufmann** [3] 5108/11
5225/13 5226/5
**kchoksi** [1] 5109/5
**keep** [4] 5113/5 5144/7
5179/9 5224/12
**keeps** [1] 5172/14
**Kenneth** [2] 5108/2

**kenneth.dintzer2** [1]
5108/5
**Kenshoo** [2] 5114/12
5155/11
**key** [4] 5133/4 5215/17
5227/13 5240/2
**keyword** [4] 5140/7
5171/18 5172/11
5212/17
**keywords** [13] 5129/13
5132/4 5132/5 5132/8
5132/10 5171/16
5172/5 5172/10
5172/14 5172/18
5183/13 5212/6 5241/4
**kind** [36] 5113/12
5116/12 5117/1 5121/8
5123/21 5131/19
5131/23 5136/8 5136/8
5141/11 5156/19
5164/5 5165/4 5165/24
5168/18 5175/22
5189/8 5208/10
5216/21 5217/5 5228/4
5230/5 5230/10
5230/19 5230/23
5232/10 5234/10
5234/16 5236/24
5237/14 5239/4
5239/20 5239/23
5239/23 5242/4 5244/8
**kinds** [1] 5125/5
**know** [39] 5119/9
5119/9 5120/5 5126/9
5136/5 5137/9 5152/24
5152/25 5157/14
5163/15 5163/17
5163/18 5164/1
5171/21 5176/1
5177/13 5177/20
5183/7 5184/18 5186/3
5187/25 5188/3 5188/5
5188/6 5192/20
5194/14 5211/12
5213/19 5213/23
5230/1 5230/4 5230/4
5230/5 5236/25
5237/17 5239/4 5242/2
5242/7 5242/7
**knowledge** [2] 5177/19
5197/12
**known** [4] 5121/3
5125/16 5155/11
5171/10
**Kunal** [2] 5109/2
5111/20
**Kunal Choksi** [1]
5111/20

**L**

**labeled** [1] 5126/19
**Labor** [5] 5128/11
5218/13 5218/16
5218/16 5218/23
**ladders** [1] 5157/8
**languages** [1] 5130/23
**large** [7] 5116/4 5116/5

**larger** [2] 5170/13
5182/10
**last** [11] 5186/11
5200/17 5203/23
5204/15 5216/18
5216/19 5226/7
5226/10 5229/17
5239/7 5244/13
**last-click** [1] 5216/18
**later** [3] 5120/14
5199/17 5204/12
**launched** [1] 5244/8
**LAW** [1] 5108/11
**lay** [3] 5145/24
5202/18 5202/25
**lead** [5] 5122/18
5152/1 5214/7 5227/17
5238/6
**leading** [3] 5122/14
5122/15 5229/19
**lean** [3] 5135/21
5141/14 5183/22
**learned** [2] 5186/22
5186/25
**learning** [1] 5185/16
**least** [6] 5143/24
5152/18 5181/17
5188/24 5191/6
5191/12
**leave** [1] 5229/22
**leaving** [1] 5163/14
**left** [1] 5146/20
**less** [22] 5117/8
5117/9 5162/8 5165/6
5170/17 5173/3 5174/1
5201/10 5204/21
5213/25 5214/7
5214/10 5214/14
5215/11 5224/5
5224/14 5227/15
5231/17 5232/9
5233/10 5237/15
5244/20
**let** [5] 5146/3 5148/19
5148/25 5161/21
5240/18
**let's** [12] 5115/2
5119/12 5119/12
5131/5 5147/18
5148/15 5156/5 5157/7
5158/12 5163/11
5239/13 5242/19
**level** [9] 5130/21
5130/24 5130/25
5131/3 5141/9 5195/1
5204/5 5204/10 5218/4
**levels** [2] 5208/3
5218/7
**LG** [2] 5137/5 5209/12
**license** [2] 5162/22
5163/8
**licensing** [1] 5187/23
**like** [56] 5114/25
5116/13 5116/16
5118/5 5119/18 5120/7
5120/9 5120/10 5121/3

**512966-531-2544**

**51-3144** 5258 5238/20
5244/21
**live** [3] 5161/5 5190/1
5217/20
**lives** [5] 5163/23
5163/23 5163/24
5168/18 5191/12
**LLC** [2] 5107/6 5111/6
**LLP** [3] 5108/18 5109/7
5112/12
**local** [6] 5138/15
5138/20 5138/21
5138/25 5139/6
5139/12
**location** [1] 5137/19
**locations** [1] 5169/7
**logic** [1] 5193/15
**logics** [1] 5193/20
**long** [9] 5113/10
5155/22 5155/25
5178/10 5187/18
5197/18 5207/3 5212/7
5230/2
**long-term** [1] 5187/18
**longer** [4] 5173/16
5174/23 5199/7 5201/1
**look** [13] 5117/18
5122/10 5132/24
5134/5 5134/13
5151/14 5199/8
5203/22 5219/15
5221/2 5222/3 5236/24
5238/10
**looked** [3] 5133/6
5157/7 5217/13
**looking** [21] 5123/5
5123/7 5123/13
5123/14 5123/16
5123/18 5132/12
5134/11 5142/14
5175/19 5179/3
5199/22 5200/7
5207/11 5209/18
5217/12 5220/9 5230/4
5234/3 5239/23
5244/16
**looks** [7] 5119/17
5129/2 5129/13
5138/19 5172/11
5201/6 5204/8
**loop** [1] 5166/13
**loose** [1] 5216/21
**lose** [6] 5152/22
5157/25 5158/4 5164/2
5174/18 5239/8
**losing** [1] 5174/16
**loss** [1] 5145/13
**lost** [4] 5144/11
5144/21 5151/12
5151/16
**lot** [14] 5116/14
5121/21 5131/2
5139/24 5145/19
5149/19 5151/4 5157/5
5173/1 5183/20 5212/8
5212/19 5218/8
5219/17
**loud** [1] 5146/24

**L**

**low [10]** 5173/2 5173/7 5174/5 5180/19 5238/11 5238/13 5238/15 5238/23 5239/9 5239/18
**low-intent [1]** 5238/13
**Lowe's [1]** 5128/3
**lower [17]** 5121/4 5121/11 5121/23 5122/17 5173/4 5173/16 5176/20 5176/21 5187/23 5208/12 5208/14 5214/18 5223/15 5224/3 5224/12 5241/6 5244/25
**lowest [1]** 5207/20
**lunch [1]** 5245/6

**M**

**machines [1]** 5238/2
**Maddox [5]** 5108/6 5167/16 5167/18 5200/25 5204/4
**made [7]** 5175/2 5183/22 5184/25 5205/1 5205/7 5205/18 5218/5
**magnitude [1]** 5162/11
**Maine [1]** 5109/8
**mainly [3]** 5230/18 5231/3 5231/23
**maintained [1]** 5193/21
**maintaining [1]** 5203/19
**majority [2]** 5160/23 5214/19
**make [18]** 5115/7 5121/10 5121/25 5154/4 5163/19 5164/12 5169/19 5180/10 5185/10 5196/14 5199/5 5203/14 5209/10 5214/10 5214/14 5228/21 5241/7 5242/11
**makes [3]** 5122/5 5188/19 5213/21
**making [9]** 5172/21 5172/24 5206/12 5206/22 5206/24 5207/10 5223/18 5224/1 5229/1
**manage [5]** 5153/12 5168/16 5184/5 5184/9 5189/5
**managed [1]** 5156/9
**manager [5]** 5113/1 5113/2 5113/3 5114/3 5114/18
**managers [1]** 5228/21
**managing [1]** 5188/25
**manually [4]** 5212/23 5213/2 5213/10 5214/2
**manufacturers [2]**

**many [7]** 5114/21 5114/24 5118/23 5151/11 5166/19 5174/4 5238/13
**map [1]** 5233/11
**maps [1]** 5234/11
**march [1]** 5206/25
**Marin [3]** 5187/1 5187/6 5188/11
**Marin's [1]** 5187/25
**mark [1]** 5203/9
**marked [1]** 5202/5
**market [4]** 5123/11 5184/8 5188/21 5237/7
**marketer [3]** 5129/12 5153/8 5171/19
**marketing [27]** 5114/8 5114/14 5118/25 5123/20 5152/21 5153/3 5153/9 5182/18 5188/19 5206/8 5206/21 5227/17 5227/24 5228/1 5228/7 5228/18 5228/19 5228/24 5229/3 5238/6 5238/8 5238/9 5238/12 5239/16 5240/9 5242/13 5243/24
**marketplace [1]** 5116/13
**markets [9]** 5147/12 5148/5 5148/7 5148/12 5148/13 5149/6 5150/2 5150/10 5150/12
**marking [2]** 5114/11 5169/17
**mass [1]** 5237/7
**master's [2]** 5229/10 5229/13
**match [2]** 5129/18 5129/21
**math [2]** 5147/1 5150/16
**matter [8]** 5124/18 5137/20 5137/22 5140/7 5182/3 5198/18 5219/12 5246/4
**Max [8]** 5185/24 5186/1 5186/2 5186/4 5186/6 5186/13 5186/17 5186/18
**maximize [1]** 5210/11
**may [15]** 5136/16 5152/18 5167/17 5167/18 5167/23 5198/16 5203/7 5210/18 5214/18 5216/7 5216/23 5221/6 5226/14 5232/19 5232/20
**maybe [6]** 5176/19 5176/25 5183/8 5184/10 5191/22 5223/23
**MBA [1]** 5229/9
**me [11]** 5126/3 5139/25 5146/3

**5161/21 5165/7 5166/17 5228/9 5240/18 5241/24
**mean [29]** 5113/17 5120/24 5121/12 5121/12 5121/12 5123/14 5125/1 5130/10 5139/7 5142/10 5144/14 5148/4 5148/5 5148/11 5149/10 5150/5 5150/14 5151/3 5155/18 5155/20 5161/6 5164/22 5176/12 5179/16 5185/4 5212/1 5212/6 5214/25 5242/2
**meaning [5]** 5119/22 5123/16 5164/6 5166/1 5216/18
**meaningful [2]** 5148/2 5148/2
**means [6]** 5123/10 5211/22 5235/17 5236/22 5238/24 5238/25
**measure [1]** 5135/17 5165/15 5180/5 5180/15 5193/8 5193/10 5216/16 5216/21 5216/23 5224/10 5224/13
**measurement [2]** 5217/15 5217/15
**measures [3]** 5179/11 5207/23 5217/9
**measuring [2]** 5162/3 5169/20
**mechanical [1]** 5109/20
**mechanically [1]** 5165/21
**media [29]** 5113/1 5113/3 5113/15 5114/2 5114/18 5115/25 5116/1 5118/17 5144/17 5144/19 5162/5 5180/9 5194/19 5195/13 5208/2 5208/5 5208/11 5209/5 5209/8 5209/9 5209/8 5209/9 5209/18 5209/23 5210/2 5210/6 5210/13 5215/17 5215/13 5228/3
**medium [7]** 5208/14 5229/2 5238/11 5238/17 5239/21 5242/17 5243/15
**medium-intent [1]** 5239/21
**medium-sized [1]** 5229/2
**meet [2]** 5171/6 5203/25
**meeting [1]** 5188/21
**meetings [2]** 5159/10 5159/11

**meets [2]** 5166/3 5189/22
**MEHTA [2]** 5107/9 5111/3
**members [1]** 5181/4
**mental [1]** 5206/11
**mention [1]** 5230/9
**mentioned [16]** 5116/9 5117/1 5124/2 5133/21 5133/22 5143/5 5154/22 5159/13 5161/10 5161/14 5163/20 5170/8 5181/3 5194/18 5215/6 5229/18
**merely [1]** 5181/14
**Merit [1]** 5109/16
**message [9]** 5123/4 5123/9 5123/22 5128/7 5128/10 5133/6 5133/8 5219/4 5220/20
**messaging [2]** 5206/24 5207/13
**met [2]** 5112/19 5168/2
**meta [2]** 5129/23 5242/24
**meta-information [1]** 5129/23
**meteorologist [1]** 5114/15
**method [1]** 5242/4
**metric [10]** 5175/8 5175/10 5175/16 5175/24 5176/3 5177/2 5177/6 5179/12 5180/11 5223/5
**metrics [16]** 5175/5 5196/8 5196/20 5197/1 5197/14 5197/20 5198/1 5198/6 5200/5 5200/8 5200/11 5200/14 5200/18 5221/15 5221/15 5221/21
**mic [3]** 5127/10 5127/12 5179/8
**Michael [2]** 5109/11 5112/17
**microphone [1]** 5113/6
**Microsoft [10]** 5156/24 5159/16 5160/3 5160/10 5161/15 5161/22 5184/21 5188/6 5188/9 5193/12 5194/2
**Microsoft's [2]** 5193/6 5194/2
**might [9]** 5130/3 5176/24 5180/19 5180/23 5183/12 5192/15 5207/13 5210/13 5218/22
**million [1]** 5129/17
**millions [2]** 5116/7 5212/6
**mind [6]** 5136/13 5138/23 5157/2 5203/16 5238/20 5239/1

**minimal [3]** 5132/13 5242/13 5244/15
**minimally [1]** 5243/25
**minor [1]** 5201/24
**minority [3]** 5214/21 5214/22 5214/24
**minute [1]** 5165/8
**minutes [2]** 5169/2 5191/22
**mirror [1]** 5130/16
**miscommunication [1]** 5218/22
**missed [1]** 5165/10
**mix [3]** 5149/5 5149/9 5149/11
**Mixson [1]** 5112/12
**mobile [5]** 5183/20 5235/12 5235/14 5235/17 5236/3
**mode [1]** 5151/13
**model [3]** 5206/11 5206/14 5216/18
**modeling [1]** 5195/17 5208/18
**models [4]** 5195/20 5195/21 5195/23 5217/1
**moderate [1]** 5170/1 5170/6
**Molle [1]** 5108/6
**moment [5]** 5153/2 5181/23 5191/20 5210/19 5241/4
**money [4]** 5121/1 5121/5 5140/24 5142/21
**monitoring [1]** 5164/7
**monthly [1]** 5162/22
**months [2]** 5188/25 5191/7
**mood [1]** 5239/11
**more [76]** 5119/25 5120/13 5121/3 5121/7 5121/16 5121/21 5121/23 5123/6 5123/24 5126/3 5131/5 5132/4 5132/18 5132/19 5137/15 5139/18 5140/11 5141/20 5142/4 5142/12 5154/25 5157/11 5164/8 5164/9 5164/24 5164/25 5165/5 5168/17 5172/5 5172/5 5173/11 5173/24 5173/25 5175/16 5176/12 5176/24 5177/11 5177/12 5178/8 5178/10 5180/2 5182/17 5182/18 5182/22 5182/22 5183/13 5183/22 5186/12 5187/19 5191/21 5201/19 5204/13 5209/2 5211/4 5213/21 5216/5 5219/21 5220/5 5220/6

**M**

more... [17] 5223/13
5224/8 5224/11
5224/13 5224/15
5227/15 5230/22
5232/9 5237/15
5238/17 5238/20
5239/20 5239/22
5241/22 5242/3 5244/3
5244/19
morning [13] 5107/7
5111/4 5111/11
5111/19 5112/3 5112/8
5112/11 5167/14
5167/15 5167/21
5178/15 5178/20
5225/12
most [23] 5114/8
5119/18 5122/11
5129/18 5129/21
5133/3 5138/1 5140/21
5143/8 5151/24 5155/7
5155/12 5155/18
5158/7 5169/23
5180/11 5182/16
5185/12 5193/5
5201/15 5209/25
5213/13 5231/13
mostly [3] 5190/6
5210/4 5224/24
motivated [1] 5136/1
move [6] 5127/10
5127/12 5163/15
5179/8 5202/9 5205/24
moved [2] 5215/9
5228/12
moves [1] 5183/7
moving [1] 5202/8
Mr. [47] 5112/2 5112/8
5114/16 5146/2
5167/21 5168/6
5177/20 5178/20
5179/7 5179/11 5181/4
5181/18 5183/25
5188/15 5189/24
5191/19 5192/9
5192/12 5197/9
5198/18 5199/22
5202/17 5203/13
5206/6 5207/9 5210/22
5210/24 5210/25
5211/4 5211/6 5211/15
5212/22 5215/6
5216/13 5217/23
5218/12 5221/4
5223/11 5223/12
5224/21 5225/8
5225/21 5226/5
5226/12 5229/8
5240/25 5245/8
Mr. Booth [23] 5112/2
5112/8 5114/16 5146/2
5167/21 5177/20
5178/20 5179/11
5192/12 5197/9
5198/18 5199/22
5202/17 5203/13
5206/6 5207/9 5210/22

Mr. Choksi [8] 5168/6
5181/4 5181/18
5183/25 5188/15
5189/24 5210/25
5218/12
Mr. Dijk [6] 5225/21
5226/5 5226/12 5229/8
5240/25 5245/8
Mr. Safty [8] 5179/7
5191/19 5192/9
5210/24 5212/22
5215/6 5217/23 5221/4
Mr. Safty's [2] 5211/6
5211/15
Ms. [3] 5167/18
5200/25 5204/4
Ms. Maddox [3]
5167/18 5200/25
5204/4
msommer [1] 5109/14
much [21] 5130/19
5130/25 5140/23
5141/10 5142/5 5143/3
5152/23 5155/13
5156/6 5156/6 5163/18
5178/12 5191/21
5201/20 5210/22
5211/5 5223/11
5223/21 5225/4 5225/9
5239/8
multiple [6] 5132/15
5153/22 5154/6 5208/2
5211/25 5212/15
multitude [3] 5206/16
5206/23 5207/12
music [1] 5230/7
MWAP [1] 5236/2
my [28] 5113/21
5132/23 5140/25
5159/15 5163/9 5165/8
5167/12 5167/25
5170/16 5172/25
5173/13 5177/19
5183/5 5192/16 5218/7
5218/11 5218/21
5226/7 5226/7 5226/10
5226/10 5226/21
5227/13 5228/20
5229/12 5229/15
5230/16 5239/24

**N**

name [10] 5112/15
5118/20 5131/15
5131/17 5226/6 5226/7
5226/7 5226/10
5226/10 5238/22
narrow [1] 5132/11
native [5] 5154/23
5155/1 5159/16 5193/2
5194/2
naturally [2] 5137/25
5151/7
nature [3] 5164/5
5164/22 5205/14

navigate [2] 5187/1
5187/14
NC [2] 5109/3 5109/4
ncdoj.gov [1] 5109/5
Nebraska [1] 5111/21
necessarily [5] 5123/4
5139/8 5171/20
5199/13 5244/4
necessary [2] 5191/1
5191/3
necessitate [1]
5201/25
need [11] 5111/13
5126/22 5127/10
5138/12 5166/17
5176/19 5202/19
5212/13 5213/18
5213/18 5237/18
needed [2] 5169/12
5187/14
needs [4] 5188/22
5189/18 5189/22
5211/23
negative [3] 5172/9
5172/11 5172/14
neglected [1] 5203/9
Netherlands [1]
5229/12
network [2] 5186/8
5209/9
never [1] 5112/19
new [26] 5108/20
5109/13 5163/14
5184/18 5184/21
5196/20 5197/1
5197/14 5197/14
5197/20 5198/2 5198/6
5200/18 5203/25
5205/23 5221/21
5227/1 5230/6 5234/5
5236/25 5237/18
5237/22 5239/5
5239/22 5240/2
5244/21
New York [4] 5227/1
5230/6 5234/5 5244/21
newly [1] 5185/17
next [6] 5111/18
5199/14 5200/7
5213/15 5232/22
5234/19
night [1] 5239/7
no [39] 5107/4 5142/24
5143/1 5143/23
5145/12 5146/5
5160/16 5164/14
5170/23 5171/2
5174/23 5175/21
5175/22 5178/13
5192/22 5193/1 5199/7
5201/1 5206/1 5210/23
5216/5 5218/25
5220/13 5222/1 5223/9
5223/10 5225/4 5225/7
5230/22 5231/20
5237/12 5239/11
5240/16 5241/16
5242/18 5242/21

5244/11
Nodding [1] 5160/19
5214/5
nonbrand [2] 5132/14
5132/16
nonsignificant [1]
5238/1
normally [1] 5144/8
North [2] 5109/2
5111/20
not [92] 5111/15
5112/20 5115/20
5118/14 5122/8
5124/11 5124/12
5124/13 5124/14
5124/16 5124/17
5125/1 5126/2 5126/22
5131/11 5135/8
5139/24 5140/1
5140/25 5143/17
5143/19 5143/23
5143/23 5143/25
5144/11 5144/20
5144/25 5145/5
5150/16 5151/1 5151/8
5151/9 5151/11
5151/11 5156/24
5158/1 5158/16
5158/18 5158/21
5158/22 5158/23
5159/20 5160/9 5161/1
5161/4 5162/18
5162/19 5164/13
5166/17 5167/25
5168/3 5169/16 5171/3
5171/20 5172/12
5175/4 5176/15 5177/4
5177/19 5180/19
5180/20 5181/14
5184/24 5185/7 5188/2
5188/8 5191/12 5192/2
5194/14 5194/24
5196/1 5199/12
5199/13 5201/24
5202/5 5202/15
5205/13 5206/11
5206/24 5214/9
5214/25 5215/5
5219/20 5220/14
5221/25 5222/19
5224/20 5226/18
5230/16 5239/13
5244/4 5245/8
notable [1] 5119/18
note [2] 5226/17
5227/18
notice [3] 5201/5
5233/10 5233/15
noticeable [1] 5139/21
notification [1]
5233/22
November [3] 5146/14
5146/18 5199/24
now [11] 5145/18
5155/9 5167/12
5181/17 5182/10
5185/9 5191/25 5196/7

5245/7
number [29] 5115/4
5122/6 5122/6 5125/9
5136/19 5145/19
5149/4 5149/18
5150/11 5150/14
5160/20 5160/21
5162/7 5162/7 5162/9
5170/4 5176/1 5178/23
5183/25 5196/15
5199/11 5199/13
5199/14 5199/17
5212/8 5221/5 5221/25
5222/23 5226/13
number 244 [1] 5149/4
numbers [4] 5145/19
5145/19 5146/19
5146/20
numeric [2] 5175/20
5212/18
numerical [2] 5198/11
5200/25
nurture [3] 5121/9
5122/12 5136/8
nutshell [1] 5227/13
NW [3] 5108/3 5108/7
5109/18
NY [2] 5108/20
5109/13

**O**

oath [2] 5111/25
5225/19
object [1] 5202/7
objection [11] 5145/23
5146/4 5146/5 5197/6
5202/6 5202/11 5203/1
5205/3 5205/4 5206/1
5207/2
objective [3] 5130/4
objectives [2] 5171/7
5210/2
observations [1]
5208/22
observed [4] 5180/17
5182/1 5183/9 5185/4
obstacle [1] 5193/18
obviously [2] 5132/11
5169/15
occasions [1] 5159/8
occur [1] 5142/10
occurred [1] 5204/18
occurring [1] 5191/8
occurs [1] 5181/23
October [2] 5107/5
5246/7
off [21] 5116/1 5119/21
5128/14 5128/17
5129/16 5129/22
5133/17 5147/21
5150/8 5164/21 5169/7
5171/21 5173/17
5202/23 5202/24
5209/15 5210/20
5213/14 5213/17
5216/6 5224/14
off-site [1] 5209/15

**O**

offer [2] 5188/11
5191/4
offering [3] 5131/10
5187/7 5192/23
offerings [3] 5116/12
5187/20 5188/12
offers [1] 5188/21
offhand [2] 5175/4
5175/11
officer [2] 5114/9
5228/19
Official [1] 5109/17
often [2] 5142/14
5220/6
Oh [3] 5149/2 5199/12
5213/9
okay [113] 5111/17
5113/4 5113/22 5114/4
5114/19 5118/15
5119/11 5120/12
5123/12 5124/9 5125/4
5126/12 5127/20
5128/6 5129/4 5129/9
5130/6 5131/4 5132/1
5133/1 5133/14
5133/20 5136/2
5137/18 5139/2
5139/10 5139/16
5141/18 5143/9
5143/13 5143/20
5145/1 5145/16 5146/6
5147/6 5147/17
5148/21 5150/25
5152/25 5153/18
5154/1 5154/10
5154/21 5155/3
5155/17 5158/17
5159/4 5159/9 5159/25
5161/6 5161/7 5162/19
5162/24 5163/25
5167/6 5167/10 5168/4
5168/12 5170/18
5172/16 5172/20
5174/15 5175/1
5175/14 5189/15
5199/16 5202/22
5205/12 5206/2
5206/15 5210/24
5211/13 5211/14
5213/6 5213/9 5213/12
5213/22 5214/6
5214/16 5215/3 5215/5
5219/1 5219/6 5221/13
5222/2 5222/20
5224/16 5225/16
5226/11 5227/5 5228/5
5228/13 5228/23
5230/20 5232/12
5232/24 5233/8
5233/14 5233/24
5234/23 5235/8
5235/13 5235/25
5236/18 5240/8
5240/17 5240/23
5242/9 5242/14
5243/21 5244/22
5245/2 5245/5

older [1] 5236/17
Omitting [1] 5195/8
once [2] 5180/2
5238/24
one [75] 5115/4
5116/18 5120/6
5125/11 5126/3 5126/6
5128/4 5128/22 5130/3
5130/15 5130/16
5130/17 5130/20
5133/16 5137/16
5138/3 5138/7 5138/11
5139/3 5139/18
5139/21 5141/8
5141/10 5142/6 5144/4
5146/13 5146/16
5146/17 5147/16
5154/7 5154/13
5154/18 5155/5 5157/2
5158/2 5160/24 5161/4
5163/14 5165/7
5165/18 5166/4
5169/21 5171/6
5171/16 5171/20
5172/2 5183/19
5183/21 5184/12
5190/24 5193/16
5197/18 5202/21
5210/18 5211/9 5212/8
5212/22 5216/18
5219/21 5220/7
5221/11 5222/11
5223/13 5227/15
5228/11 5230/14
5230/14 5231/11
5232/7 5232/7 5232/22
5234/4 5234/17 5235/5
5237/17
ones [6] 5126/9
5128/24 5129/1
5146/16 5169/16
5230/15
ongoing [2] 5189/23
5191/8
online [8] 5115/11
5115/12 5115/13
5132/11 5138/22
5165/18 5227/4
5234/21
only [6] 5120/5
5125/13 5131/13
5133/3 5197/11 5238/2
ooh [1] 5176/19
operate [2] 5168/17
5230/13
operates [1] 5209/10
Operating [1] 5114/9
operations [3] 5114/2
5227/25 5228/18
opportunities [1]
5136/6
opportunity [8]
5113/20 5123/8
5123/21 5135/21
5156/20 5163/17
5176/8 5176/10
opposite [1] 5143/18

optimization [3]
5155/21 5160/24
5161/3
optimize [6] 5153/8
5153/24 5166/10
5177/10 5196/17
5200/10
options [2] 5122/13
5212/22
orchestrate [1]
5118/25
order [6] 5166/10
5194/2 5194/10
5195/19 5205/1
5210/11
orders [1] 5166/3
organic [11] 5115/18
5145/12 5149/16
5149/22 5151/2 5151/8
5151/13 5151/16
5151/19 5233/19
5233/21
organization [4]
5201/19 5207/11
5211/10 5218/8
originating [2] 5163/24
5212/21
Orioles [2] 5239/8
5239/13
OTA [1] 5227/3
other [67] 5113/19
5113/24 5114/14
5115/25 5116/9
5120/23 5121/6
5121/16 5121/17
5128/24 5129/25
5130/20 5132/14
5134/2 5134/25 5136/4
5139/3 5141/13
5152/11 5152/12
5152/14 5152/15
5152/17 5156/14
5157/22 5161/2
5164/10 5166/12
5168/13 5168/16
5168/16 5168/21
5169/21 5175/2
5175/10 5181/12
5182/22 5183/12
5184/9 5186/23
5188/12 5189/5
5190/16 5190/22
5191/13 5193/2
5194/15 5195/23
5197/1 5208/8 5214/18
5214/20 5216/20
5217/7 5222/3 5224/2
5228/3 5228/6 5229/4
5230/17 5231/18
5234/21 5236/14
5237/10 5239/4 5241/8
5245/4
others [4] 5140/9
5140/11 5165/4
5198/23
otherwise [4] 5125/16
5163/8 5174/3 5174/4

optimal [1] 5141/24
5114/9 5118/17
5118/21 5121/2 5123/9
5123/22 5124/7
5130/15 5133/16
5137/17 5138/13
5140/12 5141/14
5141/16 5142/6 5143/2
5144/6 5149/11 5151/7
5153/21 5155/21
5158/7 5158/7 5160/23
5165/5 5165/25 5166/1
5166/25 5168/23
5168/24 5169/15
5169/16 5169/21
5170/17 5171/6
5173/10 5176/12
5176/20 5176/20
5176/21 5177/12
5182/12 5183/7
5183/22 5193/10
5199/14 5199/14
5207/16 5209/11
5209/13 5220/22
5224/7 5224/25
5227/14 5228/20
5237/18 5237/22
5238/14 5238/16
5240/3 5244/15
5244/18 5244/19
ourselves [1] 5176/9
out [14] 5123/4 5123/9
5125/23 5135/18
5146/24 5147/12
5172/5 5179/4 5184/21
5196/20 5199/24
5200/9 5201/4 5244/17
outcome [1] 5187/9
outcomes [1] 5141/12
outlets [1] 5128/24
output [3] 5134/1
5138/19 5139/23
outside [1] 5156/9
over [23] 5113/11
5129/17 5140/4 5140/9
5142/22 5143/12
5164/7 5164/25
5166/24 5173/3
5173/15 5180/10
5180/24 5182/16
5182/23 5186/11
5196/25 5215/8
5215/10 5215/12
5217/5 5224/22 5225/3
overall [13] 5143/10
5148/4 5148/6 5148/7
5148/8 5160/21
5166/22 5174/21
5176/2 5180/4 5182/9
5238/15 5243/24
oversee [5] 5113/14
5119/3 5124/7 5141/3
5194/19
overseeing [3] 5114/9
5227/18 5238/7
oversees [4] 5113/21
5118/17 5168/23
5168/24

over view [2] 5147/3
5148/24
own [5] 5188/7
5190/11 5190/18
5193/12 5212/18
owned [2] 5209/14
5226/24
owns [2] 5190/7
5209/10

**P**

p.m [2] 5245/13
5245/13
page [32] 5126/17
5127/5 5128/20
5133/23 5136/6
5136/18 5136/20
5137/4 5137/23
5146/19 5146/19
5148/15 5149/4 5151/5
5176/8 5196/14 5199/3
5199/9 5200/1 5200/2
5201/1 5203/18 5221/3
5232/6 5232/14 5233/1
5233/5 5233/10 5234/1
5235/10 5236/7
5240/19
page 4 [1] 5146/19
page 6 [1] 5240/19
page 8 [2] 5148/15
5149/4
pages [5] 5133/22
5134/25 5145/8
5198/20 5202/13
paid [65] 5113/1
5113/3 5113/14
5113/17 5113/18
5114/18 5115/17
5115/21 5116/20
5117/2 5117/7 5118/18
5118/22 5119/21
5120/5 5120/11
5121/13 5121/14
5121/23 5127/18
5142/15 5143/10
5144/1 5145/13
5147/15 5147/21
5149/17 5149/21
5150/8 5151/2 5151/6
5151/12 5151/15
5152/7 5152/23 5153/7
5153/9 5164/5 5164/21
5168/17 5169/5 5169/6
5170/14 5170/17
5171/7 5171/15
5173/21 5175/20
5176/4 5177/9 5182/14
5182/17 5184/13
5185/5 5187/13
5196/10 5196/19
5197/20 5197/25
5198/5 5201/7 5201/19
5210/3 5211/10
5232/10
pain [1] 5190/20
painful [4] 5144/10
5163/15 5164/18
5211/19

5262

**paper [1]** 5232/25

**paragraph [5]** 5199/8
5199/23 5200/7
5200/17 5222/13

**part [14]** 5122/16
5133/3 5140/21 5143/8
5163/10 5174/21
5186/21 5191/4
5215/10 5220/15
5228/20 5231/13
5231/25 5239/24

**participate [1]** 5209/18

**particular [10]** 5123/23
5143/16 5157/11
5169/18 5182/8
5183/19 5190/1 5208/7
5208/10 5212/23

**partner [1]** 5210/13

**partners [6]** 5209/11
5210/2 5210/6 5215/14
5244/18 5244/19

**parts [4]** 5133/22
5134/2 5197/4 5198/7

**pass [2]** 5166/23
5167/12

**past [3]** 5152/19
5171/25 5186/25

**path [3]** 5121/9
5122/14 5226/18

**paths [1]** 5206/17

**patience [1]** 5211/5

**patterns [1]** 5213/14

**PATTERSON [1]**
5108/18

**pause [1]** 5145/1

**pay [4]** 5119/22 5132/8
5162/22 5224/8

**pbwt.com [1]** 5108/21

**peanut [2]** 5244/23
5244/23

**people [21]** 5117/4
5117/17 5118/23
5118/24 5121/22
5123/10 5139/15
5149/15 5151/18
5170/4 5172/2 5172/5
5217/18 5230/23
5234/12 5238/17
5239/2 5239/3 5242/1
5244/4 5244/20

**per [29]** 5116/2
5119/22 5119/25
5120/20 5120/21
5132/12 5135/19
5174/12 5174/18
5176/17 5176/21
5179/21 5179/24
5180/14 5180/18
5180/24 5182/17
5183/4 5183/5 5183/9
5183/17 5183/23
5223/22 5223/25
5224/8 5224/11
5224/15 5224/22
5225/2

**percent [23]** 5116/23
5116/24 5117/8 5117/9

5133/17 5141/23
5141/24 5141/25
5141/25 5147/20
5150/17 5150/21
5151/15 5156/8
5160/13 5160/14
5160/20 5199/24
5199/25 5199/25
5211/9

**percentage [17]**
5116/19 5117/6
5117/10 5147/12
5148/1 5148/2 5148/7
5148/12 5148/13
5150/23 5151/18
5155/13 5156/7
5160/21 5174/23
5215/3 5221/20

**percentages [1]**
5141/22

**perform [2]** 5116/15
5157/10

**performance [17]**
5131/1 5162/1 5162/3
5171/11 5175/12
5185/24 5186/1 5186/2
5186/4 5186/6 5186/13
5186/17 5186/18
5210/15 5239/16
5239/25 5240/6

**Performance Max [8]**
5185/24 5186/1 5186/2
5186/4 5186/6 5186/13
5186/17 5186/18

**performed [1]** 5146/14

**performers [1]**
5208/19

**performing [4]**
5121/22 5164/10
5197/4 5198/7

**perhaps [3]** 5140/5
5180/17 5215/20

**period [5]** 5143/23
5143/25 5188/24
5189/8 5227/21

**periodically [1]**
5185/11

**periods [1]** 5209/1

**permit [1]** 5241/24

**person [3]** 5123/14
5157/10 5220/24

**personal [1]** 5197/11

**personally [1]** 5140/25

**perspective [10]**
5139/20 5180/20
5182/20 5184/12
5201/18 5201/22
5230/16 5240/9
5242/12 5243/19

**phased [1]** 5201/4

**phone [3]** 5235/16
5235/22 5236/8

**phrase [1]** 5122/9

**physical [1]** 5244/3

**Pick [1]** 5139/5

**picture [1]** 5156/20

**pilot [1]** 5244/13

**Pinterest [1]** 5118/6

**piping [1]** 5160/9

**PLA [14]** 5129/6
5130/10 5131/7 5133/8
5135/13 5137/1 5137/9
5139/12 5139/20
5139/23 5140/4
5140/13 5148/24
5149/1

**place [11]** 5113/20
5153/21 5154/7
5154/13 5164/23
5166/19 5172/10
5179/1 5205/22 5212/5
5213/17

**placed [2]** 5111/25
5225/19

**placement [1]** 5224/2

**placements [2]**
5159/19 5159/20

**places [6]** 5116/9
5153/24 5160/24
5178/24 5206/23
5207/12

**placing [2]** 5151/6
5164/6

**Plaintiff [4]** 5108/10
5109/2 5111/9 5225/14

**PLAINTIFF's [2]**
5110/5 5110/11

**plaintiffs [9]** 5107/4
5108/2 5111/15
5111/18 5111/21
5112/5 5178/22
5181/17 5226/2

**plaintiffs' [5]** 5146/9
5194/5 5196/7 5203/14
5206/7

**plan [1]** 5200/19

**planning [3]** 5169/21
5170/5 5199/13

**PLAs [6]** 5125/21
5137/9 5137/12
5138/23 5140/18
5140/20

**platform [16]** 5127/6
5159/24 5161/2 5161/5
5184/25 5193/3
5227/14 5228/2
5228/22 5230/22
5230/24 5231/1
5237/22 5240/3
5242/24 5244/15

**platforms [11]** 5115/22
5125/19 5125/21
5142/25 5154/7
5155/15 5184/10
5189/7 5191/13 5208/6
5244/6

**play [2]** 5178/4 5208/2

**please [3]** 5111/24
5115/23 5219/21
5221/2 5225/18 5226/6
5226/8 5227/21
5232/13 5233/10
5238/3 5240/19 5245/8

**pockets [1]** 5183/12

**pnb.com [1]** 5108/21

**Pinterest [1]** 5118/6

**PLA [14]** 5129/6
5121/9 5121/10
5125/14 5147/19
5149/25 5150/8
5151/15 5182/9 5221/7
5230/3

**points [7]** 5139/22
5140/11 5147/2
5147/19 5150/18
5150/21 5150/24

**pool [1]** 5236/25

**poor [1]** 5223/23

**portal [1]** 5153/23

**portion [1]** 5222/12

**position [29]** 5175/6
5175/8 5175/16
5175/21 5175/21
5175/25 5176/12
5176/16 5176/19
5198/11 5199/3
5200/10 5200/19
5200/23 5200/25
5201/23 5221/3
5221/14 5221/16
5221/16 5221/17
5221/24 5221/24
5221/24 5222/1 5222/1
5223/5 5226/20
5227/10

**positive [4]** 5172/17
5172/19 5180/25
5183/1

**positively [1]** 5165/5

**possession [1]**
5190/13

**possible [3]** 5180/10
5180/11 5213/8

**post [1]** 5229/15

**post-graduate [1]**
5229/15

**potential [1]** 5241/3

**potentially [5]** 5124/23
5154/20 5176/9
5235/19 5244/16

**power [2]** 5126/11
5213/19

**practice [6]** 5113/14
5114/10 5118/18
5121/13 5141/16
5188/19

**practices [1]** 5140/20

**pre [2]** 5202/5 5203/9

**pre-mark [1]** 5203/9

**pre-marked [2]** 5202/5
5213/8

**precisely [2]** 5212/20
5213/8

**predict [3]** 5195/20
5239/3 5243/16

**preliminarily [1]**
5111/14

**premium [1]** 5176/18

**Prepare [1]** 5199/3

**prepared [2]** 5132/8
5221/8

**present [1]** 5145/12

**presented [1]** 5120/19

**presenting [1]** 5122/13

**presently [1]** 5191/12

**president [2]** 5226/21
5227/24

**presiding [1]** 5111/3

**presuming [1]** 5207/14

**pretty [6]** 5130/25
5143/3 5159/11
5164/20 5201/19
5230/1

**Prettyman [1]** 5109/17

**previously [2]** 5196/8
5198/12

**price [9]** 5120/10
5125/14 5139/22
5140/11 5223/19
5224/4 5224/5 5232/9
5234/11

**Priceline [6]** 5235/5
5235/10 5235/20
5235/21 5235/23
5236/1

**prices [1]** 5232/11

**pricing [1]** 5132/4

**primarily [2]** 5220/4
5241/8

**primary [6]** 5125/10
5128/16 5169/24
5176/11 5180/16
5193/18

**prime [2]** 5157/10
5244/7

**Prime Video [1]** 5244/7

**print [1]** 5168/23

**printout [1]** 5199/2
5202/12 5203/17

**prints [1]** 5124/8

**prior [2]** 5114/11
5227/23

**privacy [2]** 5203/21
5203/25

**probably [16]** 5119/18
5122/8 5126/10
5136/17 5141/23
5142/6 5154/18 5155/7
5155/24 5158/7
5169/24 5175/12
5217/3 5217/17 5220/5
5238/19

**proceed [2]** 5167/17
5216/7

**proceedings [3]**
5107/9 5109/20 5246/4

**process [9]** 5122/7
5136/9 5157/15
5164/18 5187/9
5189/12 5189/17
5189/23 5192/18

**produce [1]** 5217/3

**produced [2]** 5109/20
5132/18

**produces [1]** 5140/7

**producing [5]** 5141/12
5141/15 5164/24
5165/5 5165/6

**product [41]** 5119/14
5120/10 5121/2
5125/16 5128/21
5129/16 5129/19
5129/21 5129/22

**P**

product... [32] 5129/24
5130/16 5131/11
5131/12 5131/12
5131/24 5133/10
5135/4 5135/8 5135/12
5136/10 5137/3 5137/5
5138/19 5139/24
5156/19 5165/3
5181/19 5181/24
5182/1 5182/5 5182/7
5182/9 5182/12
5183/10 5183/17
5186/19 5187/2
5188/20 5220/25
5228/21 5238/2
**productive [3]** 5158/6
5171/8 5180/10
**productivity [8]**
5135/16 5165/15
5179/12 5180/6
5180/15 5193/8
5193/25 5210/9
**products [20]** 5113/13
5115/10 5115/11
5115/13 5122/10
5124/17 5125/1
5125/13 5126/5
5129/17 5131/13
5139/22 5140/9
5141/13 5152/11
5152/12 5206/17
5215/19 5219/17
5219/25
**profitable [2]** 5179/3
5180/19
**profitably [1]** 5208/20
**program [1]** 5209/6
**programs [1]** 5153/9
**project [1]** 5121/22
**projected [1]** 5187/23
**prominence [1]**
5200/19
**prominently [1]** 5138/3
**promotion [1]** 5128/16
**promotions [1]**
5133/17
**prompt [1]** 5117/4
**properties [2]** 5209/13
5209/15
**property [2]** 5234/25
5236/7
**proposition [1]** 5191/4
**proprietary [3]**
5194/25 5195/15
5206/21
**prospects [1]** 5208/10
**Protection [2]** 5108/12
5109/3
**provide [3]** 5156/16
5186/12 5196/15
**provided [6]** 5167/4
5196/8 5198/12
5198/12 5201/5 5222/4
**provider [1]** 5187/6
**providers [2]** 5230/19
5236/17
**provides [3]** 5167/3

providing [1] 5191/1
5204/21
**provisionally [1]**
5202/23
**PSX676 [4]** 5145/18
5145/22 5146/7 5146/9
**PSXD02 [1]** 5126/20
**pull [11]** 5122/21
5123/2 5123/6 5123/10
5134/16 5136/12
5164/9 5165/6 5173/14
5232/13 5238/3
**pulled [1]** 5232/24
**purchase [23]** 5117/20
5117/22 5118/2
5124/10 5124/20
5124/20 5124/22
5135/25 5137/12
5153/15 5158/15
5159/1 5206/13
5231/22 5236/19
5238/23 5241/6 5241/7
5241/17 5242/22
5243/9 5243/22 5244/1
**purchased [2]** 5194/1
5220/24
**purchaser [1]** 5116/4
**purchases [8]** 5119/6
5122/1 5143/22
5170/20 5215/21
5236/15 5242/11
5243/12
**purchasing [2]**
5118/12 5177/17
**pure [1]** 5141/13
**purpose [12]** 5139/11
5139/11 5160/6 5160/7
5185/12 5194/9
5208/11 5241/20
5241/22 5243/3
5243/11 5244/1
**purposes [1]** 5126/20
**push [10]** 5122/21
5123/1 5123/3 5123/9
5123/20 5123/25
5140/9 5216/1 5220/20
5242/4
**put [11]** 5123/21
5126/18 5135/17
5151/25 5153/2 5165/5
5190/14 5190/18
5207/17 5227/8
5233/22
**puts [1]** 5232/10
**putting [5]** 5123/3
5162/6 5170/22
5170/25 5171/4

**Q**

**quarterly [1]** 5217/3
**queries [15]** 5131/22
5165/2 5171/16 5173/2
5173/2 5173/4 5173/7
5173/17 5174/5
5174/10 5174/17
5174/19 5222/23
5223/1 5241/5

5123/18 5127/8
5127/17 5129/18
5129/21 5131/23
5133/25 5134/21
5135/24 5136/14
5171/10 5171/13
5171/16 5171/23
5172/22 5173/15
5174/11 5174/13
5174/22 5175/3 5175/9
5175/12 5213/15
5222/17 5222/22
5222/25 5223/5
**question [33]** 5132/2
5132/23 5135/2
5139/19 5140/2
5144/25 5145/1 5148/9
5148/16 5152/7 5163/9
5174/7 5178/1 5195/8
5197/15 5197/16
5199/6 5207/3 5207/5
5207/6 5213/7 5217/10
5218/11 5218/21
5219/13 5219/19
5219/20 5221/20
5222/11 5223/13
5223/20 5223/23
5224/17
**questioning [3]** 5184/1
5190/2 5203/15
**questions [27]**
5117/18 5167/11
5167/23 5167/24
5168/6 5178/13
5178/23 5181/3
5181/18 5183/25
5184/4 5188/14
5189/24 5198/11
5200/24 5203/14
5206/6 5210/23 5211/4
5211/6 5211/16 5216/5
5216/13 5217/22
5223/10 5225/5 5238/4
**quick [3]** 5145/24
5148/16 5156/6
**quickly [2]** 5138/15
5209/2
**quite [2]** 5207/3
5244/15
**quote [1]** 5223/15
**quote/unquote [1]**
5223/15

**R**

**radio [2]** 5124/8
5168/23
**raise [2]** 5111/24
5225/18
**Raleigh [1]** 5109/4
**Ralph [1]** 5108/13
**range [1]** 5201/8
**rank [2]** 5141/11
5201/14
**ranking [2]** 5175/20
5244/20
**rates [1]** 5137/24
**rather [1]** 5207/13

**ratio [2]** 5180/3
5219/15
**rationale [1]** 5205/14
**raw [1]** 5171/16
**reach [8]** 5181/10
5181/13 5181/14
5237/2 5237/9 5237/24
5242/15 5243/14
**reactive [2]** 5164/5
5164/22
**ready [1]** 5111/18
**real [12]** 5137/15
5137/15 5145/24
5148/16 5156/6
5157/16 5157/23
5158/1 5158/2 5158/25
5213/24 5214/12
**real-time [4]** 5158/25
5213/24 5214/12
**reallocated [1]** 5182/4
**reallocation [2]**
5143/14 5181/22
**really [30]** 5125/10
5157/5 5157/10
5189/11 5224/9
5228/21 5230/3 5230/5
5230/15 5230/16
5230/23 5231/5
5236/21 5237/7
5237/22 5238/1
5238/15 5238/20
5238/22 5239/18
5240/2 5241/22
5241/25 5242/1 5242/3
5242/6 5243/13
5243/14 5243/16
5244/24
**Realtime [1]** 5109/16
**reason [7]** 5130/2
5135/12 5160/10
5164/11 5171/19
5204/25 5241/6
**reasons [3]** 5135/14
5135/15 5145/20
**rebranded [1]** 5114/12
**recall [21]** 5168/7
5169/3 5170/7 5170/8
5170/12 5170/16
5172/21 5172/24
5175/2 5175/11
5175/15 5177/5 5184/1
5190/2 5205/16 5211/8
5216/14 5217/25
5218/12 5218/14
5221/17
**recalling [2]** 5170/10
5224/21
**receive [2]** 5175/24
5194/21
**received [6]** 5146/9
5203/5 5205/19 5206/3
5206/6 5222/18
**receives [3]** 5177/3
5204/6 5216/19
**receiving [2]** 5177/6
5197/10
**recent [2]** 5182/8

5185/12
**recently [1]** 5114/8
**recent [3]** 5132/3 5244/7
**recess [4]** 5192/5
5192/6 5245/12
5245/13
**recognize [1]** 5146/2
**recollection [1]** 5204/9
**record [6]** 5112/16
5202/15 5202/18
5210/20 5217/4 5246/3
**recorded [1]** 5109/20
**records [1]** 5145/23
**recouped [1]** 5151/13
**RECROSS [1]** 5110/4
**redacted [4]** 5145/19
5145/21 5146/21
5146/24
**redirect [4]** 5110/4
5210/25 5211/2
5216/11
**reduce [1]** 5223/8
**reduced [2]** 5222/21
5223/1
**reducing [1]** 5222/23
**refer [2]** 5160/22
5168/20
**reference [4]** 5199/9
5204/4 5222/13 5241/2
**referenced [5]** 5168/9
5181/23 5184/3
5200/14 5209/23
**referencing [1]**
5117/16
**referred [4]** 5157/19
5169/9 5221/15
5221/22
**referring [4]** 5168/21
5190/4 5204/16
5204/20
**refers [1]** 5199/23
**reflect [2]** 5174/11
5220/3
**reflecting [1]** 5198/6
**refrigerator [9]** 5122/8
5127/9 5127/14
5127/16 5129/14
5132/17 5132/18
5134/12 5136/14
**refrigerators [5]**
5135/9 5136/18
5136/19 5136/24
5212/12
**regard [1]** 5183/3
**regarding [2]** 5140/20
5178/4 5178/5 5200/25
**regardless [1]** 5190/9
**region [2]** 5144/9
5144/12
**regions [2]** 5130/22
5169/23
**Registered [1]** 5109/16
**regularly [4]** 5159/11
5184/21 5237/9
5242/15
**relate [1]** 5219/11
**related [4]** 5135/3

Case 1:20-cv-03590 Document 398 Filed 06/03/24 Page 158 of 165

**R**

**related... [3]** 5168/6
5175/5 5175/8
**relates [1]** 5185/20
**relating [5]** 5198/1
5198/2 5198/11
5226/13 5240/14
**relationship [1]**
5190/17
**relative [7]** 5132/3
5132/7 5194/11
5210/15 5220/2
5223/22 5242/12
**relatively [5]** 5143/6
5212/3
**releases [1]** 5198/19
**relevance [1]** 5240/15
**relevant [6]** 5138/1
5172/5 5224/9 5230/16
5240/10 5240/12
**reliability [2]** 5217/8
5217/14
**relocating [1]** 5181/6
**relying [1]** 5239/5
**remained [1]** 5143/6
**remaining [2]** 5117/10
5151/21
**remember [8]** 5159/7
5181/20 5194/7
5196/11 5211/16
5211/20 5212/25
5220/21
**remove [2]** 5152/21
5170/17
**removed [1]** 5223/5
**removing [4]** 5151/12
5170/8 5170/12
5170/13
**rental [1]** 5237/8
**repeat [4]** 5174/7
5195/5 5197/16 5207/6
**repeatedly [1]** 5196/20
**rephrase [2]** 5161/21
5178/1
**replace [1]** 5220/12
**report [27]** 5131/1
5153/8 5153/25 5161/2
5171/9 5171/10
5171/11 5171/13
5172/22 5173/5
5173/14 5173/17
5173/19 5173/20
5174/11 5174/22
5175/3 5175/9 5175/12
5203/18 5203/24
5203/25 5204/15
5222/5 5222/14
5222/18 5223/5
**reported [2]** 5174/22
5223/2
**Reporter [4]** 5109/15
5109/16 5109/16
5109/17
**reporting [9]** 5154/17
5155/20 5198/20
5198/25 5201/23
5203/15 5205/20
5205/21 5228/19

**reports [11]** 5172/24
5172/25 5175/11
5175/16 5196/8
5196/20 5204/6
5204/11 5205/1 5205/8
5205/17 5222/22
5223/1
**repository [3]** 5153/20
5154/2 5154/2
**represent [1]** 5116/14
**representative [4]**
5142/6 5177/25 5178/8
5178/10
**representatives [2]**
5156/17 5205/14
**representing [1]**
5126/6
**represents [1]** 5130/14
**requested [2]** 5156/13
5159/5
**require [1]** 5163/16
**resides [1]** 5164/15
**resources [1]** 5169/12
**respect [7]** 5184/17
5194/6 5196/9 5204/4
5220/9 5223/17
5223/18
**respond [1]** 5123/8
**response [8]** 5123/19
5181/3 5184/3 5188/14
5200/24 5211/6
5211/15 5217/22
**responses [2]** 5173/15
5217/17
**responsibilities [3]**
5227/10 5228/7
5228/15
**responsibility [1]**
5227/13
**responsible [9]**
5115/22 5118/12
5140/23 5168/14
5227/15 5227/25
5227/25 5228/3
5228/17
**restate [4]** 5114/17
5174/9 5218/21
5228/15
**restriction [2]** 5192/22
5193/1
**result [9]** 5119/23
5127/5 5133/25 5140/5
5140/7 5144/19
5189/17 5233/20
5233/21
**resulted [1]** 5166/19
**resulting [1]** 5181/1
**results [11]** 5128/19
5151/5 5173/17
5173/19 5175/20
5176/8 5217/6 5232/11
5232/14 5233/1
5233/10
**resume [3]** 5169/6
5192/1 5245/7
**retail [12]** 5128/24
5209/5 5209/8 5209/9
5209/9 5209/18

**retailer [4]** 5115/5
5139/4 5165/17 5220/4
**retailers [2]** 5115/7
5220/5
**retain [1]** 5227/14
**retargeted [8]** 5207/19
5207/24 5214/17
5214/20 5214/21
5214/22 5216/3
5220/10
**retargeting [4]** 5220/11
5220/19 5220/23
5220/25
**retooling [1]** 5163/17
**retraining [1]** 5163/17
**retread [1]** 5167/25
**return [25]** 5135/18
5135/18 5141/15
5162/4 5176/22
5179/13 5179/16
5179/20 5180/2 5180/5
5180/14 5180/25
5181/5 5182/2 5183/1
5207/23 5209/19
5210/6 5216/14
5216/16 5216/17
5216/20 5217/2
5224/11 5224/14
**revenue [12]** 5141/10
5144/5 5144/21
5145/14 5147/20
5148/11 5165/18
5166/4 5166/23
5179/17 5180/11
5212/4
**review [1]** 5131/1
**right [118]** 5111/11
5111/13 5111/17
5111/24 5115/15
5122/19 5122/20
5125/23 5127/19
5127/21 5128/4
5128/18 5128/20
5132/17 5132/21
5134/16 5134/20
5138/24 5140/15
5146/7 5146/20
5146/25 5147/12
5147/17 5150/21
5151/14 5157/6
5159/11 5161/11
5162/13 5166/7
5167/11 5168/10
5169/10 5169/20
5169/20 5173/18
5178/24 5179/14
5180/21 5181/1 5181/7
5181/10 5181/24
5182/5 5182/11
5182/19 5183/10
5183/14 5184/10
5184/15 5184/19
5184/22 5185/1 5185/7
5185/14 5185/17
5185/21 5186/15

**S**

**SA360 [64]** 5155/6
5155/14 5155/22
5155/23 5155/25
5156/5 5156/7 5156/11
5156/14 5156/23
5158/10 5158/15
5158/16 5158/18
5159/1 5159/19
5159/22 5160/3 5160/4
5160/13 5160/24

5187/20 5187/23
5188/22 5189/2 5190/7
5190/13 5190/19
5190/24 5191/4 5191/9
5191/14 5191/25
5192/7 5192/12 5193/3
5193/21 5194/3
5194/13 5194/22
5195/4 5195/19
5195/24 5196/5 5196/6
5196/17 5196/22
5197/5 5198/4 5198/8
5198/14 5198/15
5199/20 5201/5
5201/20 5202/19
5203/3 5204/19 5206/8
5206/13 5206/18
5209/3 5209/20
5209/24 5210/3
5210/11 5210/16
5211/7 5214/4 5214/12
5215/21 5216/3 5216/4
5222/9 5223/2 5225/8
5225/18 5245/10
**rise [3]** 5111/2 5192/4
5245/11
**RMR [2]** 5246/2 5246/8
**roadmap [1]** 5187/18
**ROAS [6]** 5141/16
5179/14 5216/14
5216/23 5217/9
5217/13
**role [5]** 5113/13
5113/23 5114/3 5178/4
5228/20
**roles [1]** 5113/24
**roll [1]** 5118/18
**rolled [4]** 5186/9
5196/20 5199/24
5200/9
**rolling [1]** 5244/16
**rollout [1]** 5156/10
**rollouts [1]** 5197/15
**rolls [2]** 5184/18
5184/21
**Ronan [1]** 5112/10
**room [1]** 5238/14
**ROSATI [1]** 5109/12
**rough [1]** 5206/11
**Round [1]** 5215/5
**run [1]** 5244/8
**running [4]** 5160/4
5181/6 5191/2 5193/18
**Ryan [3]** 5111/22
5112/5 5112/17

**SA360's [1]** 5187/18
**Safty [10]** 5109/7
5178/16 5179/7
5191/19 5192/9
5210/24 5212/22
5215/6 5217/23 5221/4
**Safty's [2]** 5211/6
5211/15
**said [28]** 5113/17
5114/25 5115/17
5120/4 5120/22
5121/11 5121/16
5123/13 5130/7 5130/9
5143/25 5149/21
5154/2 5154/8 5155/12
5156/3 5158/9 5158/23
5164/20 5164/21
5168/13 5177/22
5214/25 5217/12
5217/22 5219/24
5222/8 5224/3
**sale [8]** 5128/12
5128/13 5195/3
5208/11 5218/13
5218/16 5218/16
5218/24
**sales [22]** 5115/7
5144/11 5144/18
5145/5 5152/22 5162/5
5164/24 5165/18
5170/13 5179/4
5180/21 5180/25
5194/12 5195/10
5195/13 5196/3
5208/20 5209/19
5210/11 5210/16
5216/16 5216/24
**Sallet [2]** 5108/10
5111/8
**same [15]** 5120/19
5133/19 5137/10
5137/13 5140/21
5152/7 5162/16
5177/15 5182/23
5187/1 5196/14
5203/15 5221/23
5237/15 5242/25
**Samsung [2]** 5129/2
5209/11

S

**satisfying [1]** 5136/7
**savings [1]** 5154/16
**savvy [1]** 5182/18
**saw [7]** 5145/13
5148/8 5148/12
5148/13 5150/9
5173/12 5230/8
**say [35]** 5115/23
5115/25 5116/5 5116/6
5139/11 5142/9 5143/2
5146/24 5148/1 5155/6
5155/20 5157/7 5157/9
5158/6 5162/2 5163/2
5163/11 5163/15
5172/10 5173/24
5174/4 5189/7 5189/23
5197/22 5201/14
5213/23 5214/21
5215/10 5220/13
5221/15 5223/25
5224/12 5240/16
5242/6 5242/18
**saying [3]** 5159/18
5164/13 5220/21
**says [18]** 5127/24
5134/6 5134/6 5139/4
5139/5 5147/3 5148/4
5148/23 5148/24
5149/25 5151/1 5200/8
5200/17 5203/23
5204/14 5222/5
5227/17 5238/6
**scale [1]** 5212/7
**scenarios [1]** 5195/18
**Schmidtlein [2]** 5109/6
5111/10
**school [2]** 5229/16
5229/19
**scoring [1]** 5165/14
**screen [6]** 5126/18
5145/20 5146/21
5176/9 5227/7 5232/24
**scroll [1]** 5233/9
**scrolled [1]** 5234/6
**search [186]**
**Search Ads 360 [1]**
5166/23
**searches [5]** 5142/4
5142/7 5142/9 5204/22
5212/1
**searching [2]** 5172/6
5244/20
**seat [2]** 5111/23
5225/17
**second [14]** 5120/4
5128/1 5150/8 5151/15
5153/1 5165/7 5175/22
5199/23 5203/22
5221/16 5221/23
5234/1 5236/6 5238/5
**secondary [2]** 5116/12
5159/23
**Section [1]** 5108/12
**see [52]** 5126/8
5126/12 5126/16
5132/12 5134/8
5135/19 5137/24

5147/22 5148/25
5149/7 5150/3 5151/15
5154/3 5154/6 5159/25
5161/6 5161/6 5165/25
5165/25 5166/2 5166/3
5167/7 5174/4 5189/10
5195/3 5195/10
5195/13 5200/3
5200/12 5200/21
5203/20 5204/1 5204/2
5219/22 5222/7
5222/12 5222/14
5222/15 5225/2 5227/7
5228/23 5232/14
5233/3 5234/5 5234/6
5235/1 5235/3 5235/18
5239/7 5240/24
**seek [1]** 5203/8
**seeking [1]** 5202/9
**seems [1]** 5139/25
**seen [6]** 5140/11
5183/5 5204/7 5222/8
5224/23 5238/14
**sees [1]** 5120/4
**select [1]** 5137/16
**selection [2]** 5136/23
5138/1
**selects [2]** 5129/12
5179/25
**sell [14]** 5115/8
5115/10 5115/11
5121/2 5124/17 5125/1
5125/1 5135/3 5139/8
5165/17 5209/14
5231/3 5244/10
5244/12
**seller [1]** 5124/22
**selling [3]** 5215/18
5219/17 5230/25
**SEM [31]** 5153/4
5153/7 5153/10
5153/12 5153/16
5153/19 5153/20
5154/25 5155/2 5155/4
5162/16 5163/14
5164/16 5184/1 5184/3
5184/8 5185/1 5186/22
5187/1 5187/6 5187/25
5188/3 5188/7 5188/9
5189/21 5189/25
5190/9 5190/18
5190/22 5191/4
5192/23
**send [5]** 5124/20
5124/23 5129/16
5133/7 5133/8
**sending [2]** 5123/9
5157/5
**senior [6]** 5113/1
5113/2 5113/3 5114/2
5114/18 5226/21
**sense [8]** 5116/19
5117/6 5132/13 5174/5
5174/23 5188/19
5194/11 5220/16
**sensitive [3]** 5223/19
5224/1 5224/3

**sentence [7]** 5193/22
**separate [2]** 5143/3
5160/18
**separated [1]** 5170/9
**September [3]** 5200/19
5201/4 5203/19
**September 9th [1]**
5203/19
**sequence [1]** 5199/14
**series [2]** 5122/6
5129/12
**SERP [15]** 5127/5
5130/5 5134/3 5134/24
5137/10 5137/13
5137/14 5137/20
5138/2 5138/8 5151/22
5198/12 5218/12
5232/22 5233/25
**serve [1]** 5129/14
**served [3]** 5114/5
5114/14 5183/21
**servers [1]** 5190/18
**service [2]** 5114/10
5156/17
**services [6]** 5117/18
5131/10 5135/3 5135/9
5228/11 5244/5
**Session [1]** 5107/7
**sessions [1]** 5156/20
**set [5]** 5128/19
5141/13 5236/1 5236/2
5236/2
**setup [1]** 5160/2
**several [2]** 5188/25
5191/7
**share [6]** 5166/6
5166/9 5197/2 5197/22
5200/9 5221/21
**shelf [3]** 5244/25
5244/25 5245/1
**shift [8]** 5142/19
5201/25 5218/3 5218/9
5218/15 5218/20
5219/3 5245/3
**shifted [1]** 5143/15
**shifting [2]** 5142/21
5218/6
**shifts [1]** 5217/23
**shopping [41]** 5120/8
5125/13 5125/16
5128/21 5129/15
5130/17 5131/12
5132/24 5133/4
5133/10 5133/19
5133/21 5134/2 5134/6
5134/7 5134/8 5134/14
5134/14 5134/15
5135/20 5135/21
5135/24 5140/6
5148/18 5149/3 5178/6
5186/3 5186/7 5217/24
5218/3 5218/6 5218/17
5218/24 5219/4 5219/8
5219/16 5219/23
5219/24 5220/2 5220/6

**should [2]** 5157/11
5172/4
**show [10]** 5126/18
5130/5 5152/20
5172/12 5176/7 5217/6
5220/23 5239/2
5240/18 5244/21
**showed [4]** 5145/3
5175/17 5218/12
5221/4
**showing [4]** 5122/12
5127/1 5195/21
5195/23
**shown [3]** 5120/2
5166/2 5166/20
**shows [2]** 5151/1
5232/5
**side [1]** 5224/25
**significant [9]** 5170/1
5170/6 5193/5 5195/22
5195/24 5214/24
5231/13 5231/13
5231/17
**similar [9]** 5116/15
5138/19 5141/13
5152/10 5171/21
5183/4 5217/6 5243/4
5243/13
**similarities [1]** 5171/22
**similarly [1]** 5170/24
**simplistic [1]** 5213/13
**simply [1]** 5126/21
**simultaneously [2]**
5155/16 5194/15
**since [6]** 5155/23
5161/13 5161/19
5202/16 5205/17
5215/9
**single [18]** 5116/14
5119/22 5131/24
5133/25 5135/17
5137/3 5138/2 5138/7
5142/14 5153/20
5153/23 5154/4
5154/16 5186/9
5211/24 5212/14
5215/2 5215/3
**sir [5]** 5112/15 5113/6
5192/2 5192/3 5225/10
**sister [1]** 5235/6
**sit [1]** 5218/8
**site [6]** 5136/21 5142/8
5208/11 5209/15
5209/15 5234/11
**sizable [1]** 5162/25
**size [2]** 5147/11
5169/25
**sized [1]** 5229/2
**Skai [26]** 5114/13
5155/10 5155/14
5156/1 5159/23 5160/6
5160/7 5160/14
5161/10 5161/13
5161/15 5161/18
5161/23 5163/12
5163/24 5184/4
5186/23 5188/12

5186/25 5189/1 5189/6
5189/12 5189/21
5191/7 5191/12
5193/23
**Skai's [2]** 5159/24
5192/23
**skew [2]** 5220/5
5220/6
**slide [1]** 5149/5
**slightly [5]** 5133/25
5139/12 5143/12
5193/15 5225/2
**slower [1]** 5117/24
**slowly [1]** 5115/23
**small [6]** 5126/16
5201/10 5229/2
5230/15 5239/23
5244/13
**smaller [5]** 5126/6
5162/7 5170/13
5230/19 5236/17
**smart [2]** 5183/7
5224/25
**smarter [3]** 5164/12
5166/25 5173/10
**so [213]**
**So I think [1]** 5204/16
**so if [1]** 5221/5
**so it's [10]** 5131/10
5132/15 5137/18
5146/18 5150/23
5216/21 5230/6 5237/7
5239/1 5242/3
**social [29]** 5118/2
5118/4 5118/5 5118/5
5118/13 5118/18
5119/6 5120/15
5122/13 5124/1
5142/25 5143/4
5152/18 5168/24
5171/1 5171/5 5194/19
5195/13 5208/2 5208/5
5208/11 5208/19
5208/23 5209/2 5210/3
5215/20 5215/25
5239/15 5239/20
**social ads [5]** 5171/1
5171/5
**sociology [1]** 5229/13
**solution [1]** 5220/18
**solutions [3]** 5187/19
5188/21 5220/18
**some [49]** 5115/18
5121/6 5123/18 5124/1
5125/23 5128/13
5132/3 5135/16
5135/19 5140/8
5140/10 5141/7 5141/8
5141/8 5151/5 5156/18
5157/9 5166/6 5167/23
5167/24 5168/18
5173/4 5173/16
5174/17 5178/3
5181/18 5183/8
5183/23 5184/8 5185/2
5185/5 5188/14
5189/24 5190/20
5195/21 5196/9

**some...** [13] 5198/10
5211/7 5213/18
5215/14 5215/20
5215/21 5217/6
5217/22 5223/21
5224/24 5226/14
5235/1 5238/4
**somebody** [14] 5122/5
5123/6 5123/16
5129/13 5136/10
5137/16 5138/11
5166/22 5171/17
5172/10 5179/25
5212/1 5212/12
5220/16
**someone** [1] 5182/14
**someplace** [1] 5124/23
**something** [25] 5121/1
5123/5 5123/7 5123/13
5123/15 5126/2 5131/2
5136/7 5136/11
5138/22 5147/8 5158/6
5163/20 5164/20
5165/10 5171/8
5172/11 5204/16
5212/2 5212/13 5215/6
5217/3 5233/12
5233/23 5244/7
**sometimes** [5] 5154/23
5179/13 5194/21
5217/23 5242/10
**Somewhat** [1] 5119/7
**somewhere** [1]
5190/14
**Sommer** [1] 5109/11
**SONSINI** [1] 5109/11
**sophisticated** [3]
5201/10 5201/15
5201/19
**sorry** [35] 5113/2
5114/16 5117/22
5117/24 5124/2 5126/1
5128/15 5131/16
5134/11 5135/2
5139/18 5142/21
5144/17 5148/9
5148/25 5158/12
5158/18 5159/14
5161/21 5163/4 5163/9
5166/12 5166/17
5166/18 5186/6
5191/19 5192/7
5199/10 5199/15
5205/10 5218/16
5228/14 5230/9
5232/16 5240/20
**sort** [41] 5139/23
5139/24 5164/21
5181/5 5182/8 5183/16
5185/11 5187/13
5188/15 5189/2
5189/11 5189/16
5189/18 5189/21
5189/25 5190/23
5191/2 5191/3 5191/8
5191/11 5191/13
5193/20 5194/15

5195/15 5195/17
5196/20 5199/6
5200/25 5201/3
5201/13 5201/18
5204/5 5204/9 5206/7
5206/10 5206/20
5206/22 5206/23
5206/25
**sound** [1] 5198/14
**source** [3] 5116/14
5155/7 5237/15
**sources** [4] 5149/18
5150/1 5150/5 5163/23
**space** [2] 5238/13
5239/21
**speak** [3] 5113/6
5197/9 5219/16
**speaking** [3] 5169/2
5209/17 5242/25
**specialize** [1] 5190/23
**specific** [8] 5132/4
5135/8 5137/3 5144/9
5175/11 5193/10
5196/13 5208/16
**specifically** [8]
5144/18 5162/13
5173/11 5179/19
5183/10 5184/17
5190/4 5239/14
**specificity** [1] 5177/15
**specifics** [1] 5116/7
**spectrum** [1] 5201/13
**speculation** [1] 5205/5
**spell** [2] 5112/15
5226/6
**spend** [55] 5121/1
5130/20 5132/14
5141/15 5141/19
5154/25 5155/4
5155/13 5156/6 5156/7
5160/21 5162/4
5170/21 5170/22
5170/25 5170/25
5171/3 5171/4 5174/6
5174/21 5174/23
5177/10 5179/13
5179/16 5179/20
5180/2 5180/5 5180/14
5180/25 5181/6 5182/2
5182/4 5182/12 5183/1
5194/20 5207/23
5210/6 5210/14
5210/14 5211/10
5211/10 5216/14
5216/16 5216/18
5216/20 5217/23
5218/3 5218/10
5218/15 5219/8
5219/16 5219/23
5220/2 5223/8 5224/15
**spending** [4] 5121/5
5142/19 5143/15
5194/15
**spent** [3] 5144/20
5182/9 5182/10
**split** [2] 5117/10
5143/5

**spoke** [1] 5179/17
**sponsored** [4] 5113/20
5127/25 5128/1 5128/2
**spot** [4] 5151/8
5175/21 5175/22
5176/24
**square** [3] 5120/9
5125/14 5133/5
**St** [1] 5109/4
**stack** [1] 5141/11
**stages** [1] 5238/11
**stale** [1] 5213/24
**stand** [1] 5169/17
**standard** [5] 5141/23
5158/7 5158/9 5180/12
5217/19
**standing** [1] 5170/4
**stands** [2] 5192/4
5245/12
**start** [3] 5165/1 5229/3
5230/5
**started** [8] 5112/9
5161/10 5163/12
5193/23 5228/10
5232/7 5244/13
5244/16
**state** [5] 5108/10
5109/2 5111/20
5112/15 5225/13
**stated** [1] 5219/7
**statements** [1]
5241/10
**STATES** [10] 5107/1
5107/3 5107/10 5111/5
5111/9 5167/13
5167/16 5216/6
5225/14 5230/13
**stay** [2] 5226/15
5226/18
**staying** [1] 5185/12
**stenography** [1]
5109/20
**step** [4] 5123/17
5138/11 5194/1
5206/12
**steps** [1] 5122/7
**steve.kaufmann** [1]
5108/16
**Steven** [3] 5108/11
5225/13 5226/5
**still** [7] 5145/12 5161/1
5161/2 5161/5 5177/2
5182/25 5216/1
**stock** [1] 5165/4
**stop** [6] 5144/9 5145/4
5145/7 5145/10
5145/13 5163/4
**stopped** [5] 5177/6
5177/17 5195/2 5195/9
5195/12
**stopping** [4] 5143/21
5170/21 5170/24
5171/3
**store** [12] 5115/11
5117/3 5138/21 5139/9
5139/15 5139/16
5165/18 5230/23
5231/5 5244/4 5244/23

**strategies** [7] 5157/22
5196/21 5202/1
5206/21 5213/3
5213/11 5213/24
**strategy** [12] 5114/2
5157/18 5157/20
5158/1 5158/6 5158/14
5158/25 5159/21
5227/18 5227/25
5227/18 5227/25
**Street** [2] 5108/3
5108/7
**strong** [3] 5208/19
5214/9 5214/11
**stronger** [1] 5176/22
**structured** [1] 5119/10
**stuff** [4] 5115/8
5165/17 5165/21
5228/4
**sub** [1] 5151/1
**sub-bullets** [1] 5151/1
**subject** [2] 5200/24
5219/12
**submitting** [1] 5123/17
**subset** [1] 5181/13
**subsidiary** [1] 5226/24
**success** [1] 5224/10
**successful** [1] 5131/2
**such** [6] 5184/4
5192/23 5197/21
5204/22 5208/6
5215/14
**Suite** [2] 5108/14
5108/19
**suited** [1] 5131/24
**summary** [2] 5146/13
5154/7
**sunset** [3] 5199/3
5200/19 5221/9
**sunsetting** [2] 5200/23
5201/23
**Super** [1] 5238/14
**supermarket** [1]
5231/5
**supplement** [2] 5155/9
5205/21
**supplementing** [1]
5155/25
**supplier** [1] 5209/11
**suppliers** [1] 5209/17
**suppliers'** [1] 5210/10
**support** [3] 5159/5
5186/13 5191/1
**supported** [1] 5161/4
**sure** [40] 5113/7
5120/25 5122/25
5125/8 5127/23
5130/12 5132/9 5140/1
5141/6 5142/18
5144/25 5152/15
5159/8 5161/8 5165/9
5165/13 5165/23
5168/22 5169/19
5176/14 5178/2 5180/8
5185/3 5185/10 5188/2
5190/12 5195/6
5196/14 5197/18

5199/12
5203/14 5207/8 5216/8
5217/11 5219/14
5228/21 5229/1
5232/18 5245/5
**surprising** [1] 5196/1
**sustain** [1] 5205/4
**SW** [1] 5109/8
**switch** [6] 5153/1
5163/2 5163/12 5164/2
5187/5 5187/10
**switching** [1] 5189/25
**SWORN** [1] 5112/5
5226/2
**symbol** [1] 5187/5
**system** [3] 5163/24
5165/14 5165/24

**T**

**tag** [1] 5139/5
**tail** [1] 5173/16
**tailor** [1] 5133/10
**take** [17] 5111/13
5119/12 5137/15
5164/14 5190/13
5190/17 5191/23
5206/16 5222/3 5234/9
5234/18 5235/9
5235/22 5236/8 5238/5
5240/19 5245/4
**takes** [1] 5160/24
5185/2 5214/2 5234/10
**taking** [2] 5123/16
5123/22
**talk** [10] 5115/2
5119/12 5120/13
5130/7 5147/19 5156/5
5156/21 5174/14
5224/6 5244/24
**talked** [14] 5125/5
5129/5 5159/22
5212/22 5214/17
5215/13 5215/20
5216/25 5221/14
5222/25 5223/4
5239/18 5240/4
5244/18
**talking** [9] 5134/20
5139/17 5140/17
5142/21 5143/14
5203/15 5212/19
5226/12 5233/6
**talks** [1] 5136/7
**taller** [1] 5127/11
**tangible** [2] 5183/8
5209/18
**target** [5] 5130/4
5130/22 5130/22
5130/23 5241/3
**targeted** [2] 5208/7
5208/15
**targeting** [2] 5127/17
5208/10
**task** [1] 5187/5
**tasks** [1] 5155/21
**team** [49] 5113/21
5118/12 5118/20
5118/22 5118/23

**T**

team... [44] 5118/23
5119/3 5121/14
5122/15 5124/4 5124/5
5124/6 5124/7 5140/25
5141/1 5141/3 5141/5
5141/19 5142/19
5153/12 5153/15
5153/21 5154/25
5155/4 5155/21
5156/10 5156/13
5168/23 5168/24
5169/14 5169/15
5169/17 5169/21
5181/4 5182/1 5185/10
5185/11 5185/19
5186/12 5187/13
5188/15 5188/19
5193/23 5193/23
5198/22 5201/14
5206/21 5218/7 5224/8
teams [9] 5120/23
5121/16 5121/17
5141/16 5156/19
5168/14 5168/16
5168/21 5168/21
tech [1] 5192/8
technically [1] 5231/24
techniques [1] 5161/3
technological [1]
5164/14
technologies [2]
5162/23 5185/3
technology [6]
5114/12 5153/7
5155/10 5159/23
5163/5 5163/16
telephone [1] 5234/3
television [1] 5244/9
tell [6] 5126/3 5127/21
5139/1 5152/5 5203/10
5227/20
tend [5] 5121/3
5121/11 5122/17
5123/6 5209/23
tends [1] 5121/23
tens [1] 5173/14
tenure [1] 5208/17
term [10] 5117/13
5122/24 5149/9
5187/18 5204/11
5205/1 5205/8 5205/17
5216/21 5234/15
terminate [1] 5190/16
terms [20] 5116/9
5122/21 5132/7
5165/21 5201/15
5203/18 5203/24
5203/24 5204/6
5204/15 5205/20
5207/10 5209/19
5209/22 5222/5
5222/14 5229/8
5229/24 5238/20
5240/5
Terrific [1] 5229/5
tertiary [1] 5116/13
test [27] 5144/4 5145/2

5147/11 5147/14
5148/17 5148/23
5148/24 5149/6 5150/1
5152/1 5169/3 5169/5
5169/10 5169/17
5169/18 5169/23
5170/9 5170/15 5189/8
5194/5 5194/9 5216/25
5217/20 5217/20
tested [4] 5140/10
5161/19 5188/15
5217/1
testified [5] 5207/19
5211/7 5211/15
5211/19 5215/16
testify [1] 5224/21
testifying [2] 5177/21
5211/8
testimony [13] 5132/3
5168/5 5168/13
5177/24 5178/3 5178/5
5178/5 5178/7 5192/2
5200/24 5220/15
5225/10 5245/9
testing [8] 5144/23
5169/7 5169/13 5170/3
5177/17 5188/18
5201/25 5217/5
tests [6] 5144/1 5144/3
5146/13 5152/10
5163/12 5217/16
text [65] 5120/7 5120/7
5125/11 5125/11
5125/19 5127/21
5127/24 5128/1 5128/2
5129/6 5129/11
5129/14 5130/10
5130/17 5131/7
5131/20 5131/22
5131/25 5132/24
5133/3 5133/7 5134/10
5134/23 5135/7
5135/13 5135/22
5135/25 5136/4
5136/15 5137/9
5137/10 5137/12
5140/4 5140/5 5140/18
5140/20 5143/22
5148/18 5148/24
5149/3 5178/6 5181/19
5181/23 5182/3 5182/4
5182/11 5182/13
5186/3 5186/6 5217/23
5218/3 5218/6 5218/13
5218/16 5218/16
5219/3 5219/8 5219/16
5219/24 5231/23
5232/2 5232/5 5233/7
5236/11 5244/10
texts [1] 5224/2
than [26] 5117/8
5117/9 5120/15
5132/19 5135/25
5139/12 5140/6
5140/11 5142/5 5165/3
5168/17 5170/17
5182/2 5182/10

5186/23 5187/19
5193/16 5201/10
5204/12 5207/14
5209/2 5224/15 5234/2
5241/8
thank [34] 5112/1
5112/18 5113/8
5114/19 5126/12
5132/21 5140/15
5161/7 5169/1 5178/12
5192/3 5192/10
5199/18 5203/2 5203/4
5210/21 5210/22
5210/24 5211/5 5216/9
5221/13 5223/11
5225/4 5225/7 5225/9
5225/11 5225/20
5225/22 5226/11
5229/5 5229/6 5239/8
5245/2 5245/10
thank you [26] 5112/1
5112/18 5114/19
5126/12 5132/21
5140/15 5161/7
5178/12 5192/3
5192/10 5199/18
5203/2 5203/4 5210/21
5210/22 5210/24
5211/5 5225/4 5225/7
5225/11 5225/20
5225/22 5226/11
5229/6 5245/2 5245/10
thank you very much
[3] 5223/11 5225/9
5239/8
Thanks [2] 5179/9
5220/8
that [616]
that's [117] 5115/16
5116/8 5116/18
5117/12 5119/4
5121/15 5122/18
5125/18 5127/19
5128/5 5130/2 5131/2
5132/20 5134/22
5136/22 5136/25
5137/7 5138/1 5138/9
5139/21 5140/14
5141/2 5141/4 5141/16
5142/1 5142/13 5144/5
5145/9 5145/15
5146/23 5147/5
5147/10 5147/13
5149/22 5150/7
5150/13 5151/8 5151/9
5151/17 5151/20
5152/9 5154/7 5154/9
5155/6 5155/12 5156/4
5158/24 5160/10
5160/18 5161/12
5161/16 5162/13
5162/14 5163/9
5164/11 5166/15
5167/11 5168/11
5169/11 5170/11
5171/19 5174/10
5177/23 5178/25

5180/11 5180/12
5180/16 5180/22
5181/2 5181/8 5181/16
5181/25 5184/7
5184/11 5184/16
5186/16 5187/21
5188/17 5189/8
5189/14 5189/23
5190/9 5190/20
5194/13 5194/17
5195/4 5198/4 5198/15
5199/20 5201/2
5201/12 5202/2
5202/22 5203/23
5204/15 5205/21
5210/6 5211/12 5212/3
5214/1 5216/4 5217/2
5219/10 5221/8
5222/10 5222/12
5227/14 5233/21
5234/3 5234/14 5236/7
5238/14 5239/9
5239/23 5240/2
THD [2] 5147/20
5147/24
their [21] 5111/18
5117/18 5136/8 5153/9
5156/19 5165/15
5182/18 5188/21
5194/11 5195/19
5196/17 5197/22
5208/8 5209/12
5209/19 5213/17
5215/15 5218/9 5223/8
5230/23 5244/20
them [24] 5116/12
5116/18 5122/12
5122/14 5122/15
5123/22 5123/22
5125/9 5126/6 5130/18
5136/6 5136/8 5138/13
5138/14 5139/21
5141/11 5145/20
5171/6 5172/1 5179/2
5220/21 5224/12
5237/21 5244/19
themselves [1] 5232/7
then [62] 5114/14
5117/1 5118/24
5120/10 5122/14
5122/15 5124/21
5128/2 5128/19
5129/18 5129/18
5133/21 5138/13
5138/15 5144/8
5147/11 5149/25
5151/1 5153/25 5154/4
5157/8 5163/24 5164/1
5164/15 5164/24
5165/4 5166/3 5169/21
5170/5 5173/15
5179/25 5189/16
5191/24 5200/7
5202/20 5212/2
5212/12 5212/13
5217/3 5220/20 5223/4
5224/9 5228/6 5228/11

5229/15 5232/7 5232/8
5232/8 5232/8 5233/15
5233/25 5233/25
5234/8 5234/13
5234/17 5234/18
5235/9 5235/10 5242/7
5244/18
theories [1] 5151/5
theory [1] 5206/14
there [79] 5115/25
5122/9 5123/4 5124/19
5128/20 5128/22
5128/23 5128/24
5128/25 5129/1
5129/25 5130/7 5131/6
5133/9 5135/1 5135/12
5135/18 5138/25
5140/4 5140/4 5140/19
5142/12 5146/3 5147/2
5148/24 5149/21
5149/21 5156/23
5156/25 5157/18
5157/22 5157/24
5163/3 5163/4 5163/13
5169/14 5170/4 5170/8
5171/18 5172/7
5173/13 5173/14
5174/12 5179/20
5179/22 5180/23
5183/12 5183/24
5186/11 5190/4
5190/20 5190/22
5190/25 5195/16
5195/20 5199/9
5200/15 5202/11
5204/14 5208/17
5217/12 5218/2
5218/21 5222/12
5230/14 5230/15
5233/11 5233/16
5233/20 5234/1 5234/5
5234/5 5234/6 5234/17
5235/1 5236/6 5236/14
5238/20 5241/2
there's [50] 5120/6
5122/6 5125/9 5125/10
5128/4 5128/19
5130/20 5134/5
5134/13 5135/14
5135/19 5139/24
5140/8 5142/3 5145/18
5145/22 5151/4
5154/16 5162/20
5163/17 5164/14
5166/12 5168/18
5171/15 5173/3 5176/8
5176/10 5182/22
5183/19 5183/19
5183/23 5192/22
5193/1 5197/10 5199/9
5205/23 5212/5 5212/6
5212/16 5216/17
5216/20 5217/5
5222/13 5232/24
5233/11 5234/8 5235/1
5237/17 5238/19
5241/2

**therefore [1]** 5159/19
**these [24]** 5122/1
5122/1 5128/20 5129/6
5129/6 5133/22 5144/3
5159/10 5165/2
5194/25 5195/16
5195/17 5196/2 5196/4
5197/14 5200/8
5200/10 5200/18
5213/24 5215/25
5230/19 5237/3 5237/3
5241/4
**they [68]** 5114/1
5116/11 5116/14
5119/15 5120/15
5121/6 5121/10
5121/18 5122/2 5122/3
5123/20 5124/7 5126/5
5126/10 5129/8
5129/18 5129/20
5130/5 5132/25
5133/23 5133/23
5134/24 5135/25
5137/1 5137/2 5137/25
5138/12 5138/18
5139/7 5147/11
5149/16 5149/17
5149/17 5151/9
5151/21 5153/6 5157/1
5157/6 5157/8 5157/8
5157/9 5157/14 5180/3
5180/3 5182/25 5186/5
5187/14 5188/8
5193/14 5194/1 5196/4
5206/17 5208/9 5212/2
5215/20 5215/22
5215/23 5215/24
5216/1 5216/2 5217/6
5217/7 5218/10
5220/12 5220/19
5243/16 5244/7
5244/19
**they'll [1]** 5156/18
**they're [22]** 5119/9
5119/10 5119/20
5119/19 5119/20
5120/19 5120/20
5121/7 5121/8 5121/8
5121/9 5129/10
5129/11 5129/25
5132/12 5136/10
5151/6 5156/21
5157/13 5157/16
5171/20 5188/20
**thing [4]** 5116/10
5120/19 5140/21
5235/16
**things [13]** 5130/7
5130/23 5138/21
5172/8 5183/6 5184/13
5196/5 5214/11
5224/25 5228/3 5229/4
5230/10 5239/22
**think [39]** 5116/12
5117/13 5120/4
5132/23 5138/1 5142/3
5142/3 5142/6 5144/16

5160/13 5161/23
5165/24 5171/15
5172/25 5177/12
5178/8 5178/10
5181/17 5182/20
5183/6 5191/21
5201/12 5201/17
5202/8 5202/17
5204/14 5204/16
5205/4 5212/13
5217/17 5217/18
5218/21 5220/5 5224/6
5225/1 5229/21 5230/1
**thinking [3]** 5121/22
5169/19 5204/13
**third [7]** 5128/2
5219/22 5220/7
5221/16 5221/24
5222/13 5232/23
**this [72]** 5111/4 5118/9
5123/21 5124/2
5126/18 5126/21
5126/25 5127/7 5128/9
5128/11 5129/5
5133/16 5136/14
5136/17 5139/3
5139/24 5140/13
5141/5 5141/12 5146/2
5146/12 5146/13
5146/15 5146/17
5147/3 5147/4 5147/14
5147/16 5148/20
5149/5 5151/8 5152/1
5155/19 5157/10
5157/11 5157/18
5160/25 5165/2
5166/19 5167/7
5172/11 5178/13
5185/9 5185/19
5189/11 5191/6 5192/4
5193/19 5199/8
5199/11 5200/7
5200/20 5200/23
5203/9 5203/10
5203/22 5204/12
5206/7 5213/15
5221/20 5222/4 5222/5
5222/8 5222/11 5234/2
5234/4 5234/24
5235/22 5240/21
5241/6 5245/4 5245/12
**thorough [1]** 5174/2
**those [61]** 5114/24
5125/7 5126/11
5128/21 5130/3 5130/4
5130/20 5131/9 5132/8
5135/15 5135/16
5136/5 5141/8 5141/10
5145/5 5148/5 5150/6
5150/12 5152/20
5152/21 5153/24
5153/25 5154/5
5154/23 5162/6
5162/22 5164/23
5166/3 5166/5 5166/5
5166/21 5166/24
5169/24 5172/25

5183/3 5183/21
5194/22 5200/5
5208/22 5209/1 5210/2
5210/7 5210/15
5212/20 5215/21
5218/4 5221/22 5223/7
5223/19 5226/15
5229/11 5230/10
5230/17 5233/6 5233/7
5235/5 5239/17
5241/10 5243/14
**though [3]** 5186/18
5192/21 5192/25
**thought [3]** 5197/13
5205/9 5205/11
**thousand [4]** 5120/1
5120/20 5150/17
5150/21
**thousands [3]** 5141/7
5173/14 5212/7
**three [4]** 5153/24
5176/25 5232/8
5238/10
**thresh [1]** 5222/16
**thresholds [3]** 5203/25
5222/14 5222/17
**through [39]** 5122/10
5124/21 5140/13
5149/16 5149/17
5149/18 5151/13
5151/13 5151/19
5155/14 5155/15
5156/7 5158/10
5158/15 5158/16
5158/18 5159/1
5159/19 5159/20
5159/22 5159/24
5160/3 5160/13
5160/14 5161/15
5161/17 5161/23
5189/5 5193/6 5193/7
5193/19 5196/24
5210/7 5211/11 5227/6
5237/2 5237/10
5237/25 5242/16
**throughout [2]**
5134/24 5220/20
**tied [1]** 5209/19
**tier [1]** 5207/20
**TikTok [4]** 5243/6
5243/6 5243/9 5243/12
**tile [2]** 5125/14 5133/4
**tiles [1]** 5134/6
**time [84]** 5112/18
5114/6 5124/2 5126/3
5143/7 5154/16
5154/25 5155/4 5157/3
5157/4 5157/16
5157/19 5157/23
5158/1 5158/2 5158/5
5158/10 5158/14
5158/25 5159/1
5159/16 5159/20
5159/24 5160/4
5160/14 5160/25
5161/14 5161/20
5161/22 5162/17

5166/24 5170/20
5173/3 5173/15 5175/9
5177/16 5178/13
5179/25 5180/18
5180/24 5182/23
5184/24 5185/2 5185/4
5187/1 5187/13
5187/19 5188/1 5188/4
5191/6 5191/17
5191/21 5192/14
5193/18 5193/24
5194/2 5196/10 5204/7
5210/22 5213/3
5213/11 5213/13
5213/19 5213/20
5213/24 5214/2 5214/8
5214/10 5214/12
5215/8 5215/12
5219/21 5219/22
5220/7 5224/22 5225/3
5225/9 5227/20 5230/2
5239/1 5239/2 5245/4
**timeline [1]** 5192/18
**times [6]** 5120/1
5131/2 5166/1 5166/19
5166/22 5208/17
**timing [1]** 5204/10
**title [4]** 5112/25
5113/10 5114/17
5129/23
**titled [5]** 5149/5 5199/3
5203/18 5221/8 5246/4
**today [14]** 5112/18
5139/5 5158/22
5164/15 5177/21
5177/24 5178/3 5182/1
5189/5 5189/7 5189/16
5222/9 5226/12
5240/11
**together [1]** 5122/2
**told [1]** 5236/16
**too [2]** 5176/10
5176/13
**tool [29]** 5153/10
5153/12 5153/16
5153/19 5153/20
5154/25 5155/4 5155/9
5159/16 5160/5
5163/14 5164/16
5185/1 5187/1 5187/6
5187/25 5188/3 5188/7
5188/9 5189/21 5190/1
5190/9 5190/18
5190/22 5190/24
5192/23 5193/2 5194/2
5232/10
**tools [18]** 5153/4
5153/7 5154/11
5154/23 5154/23
5155/1 5155/2 5162/16
5184/1 5184/3 5184/8
5186/22 5189/2
5189/25 5191/4
5191/13 5196/15
5212/24
**top [26]** 5134/6
5147/20 5148/4 5148/6

5175/21 5176/24
5185/12 5199/24
5199/25 5200/1 5200/1
5200/9 5200/10
5221/19 5222/4 5231/4
5231/24 5232/6 5233/5
5233/16 5238/20
5239/1 5244/25
**top-line [4]** 5147/20
5148/4 5148/6 5148/11
**topic [2]** 5164/12
5241/5
**topics [1]** 5153/1
**total [3]** 5114/21
5150/11 5150/14
**touchpoint [3]** 5211/24
5211/24 5216/19
**touchpoints [2]**
5211/25 5212/11
**towards [8]** 5162/6
5168/5 5170/22
5170/25 5171/4
5183/23 5220/5 5220/6
**track [3]** 5193/8
5197/22 5217/4
**tracking [1]** 5193/12
**trader [1]** 5165/4
**traditional [1]** 5124/7
**traffic [19]** 5119/23
5124/21 5144/23
5149/5 5149/9 5149/11
5150/9 5150/12 5151/2
5151/2 5151/12
5151/16 5151/16
5152/2 5152/6 5152/8
5152/22 5209/13
5215/17
**trajectory [1]** 5143/10
**transact [4]** 5124/21
5138/11 5180/3 5212/3
**transacted [1]** 5166/22
**transaction [9]** 5121/4
5121/10 5121/24
5121/25 5122/5
5122/14 5157/10
5212/4 5212/15
**transactions [2]**
5121/5 5212/15
**transacts [2]** 5212/13
5224/9
**transcript [3]** 5107/9
5109/20 5246/3
**transcription [1]**
5109/20
**transfer [1]** 5190/18
**transferring [1]**
5211/18
**travel [8]** 5227/3
5227/4 5230/23 5231/7
5234/22 5238/18
5238/19 5238/24
**trend [1]** 5225/2
**trends [6]** 5164/9
5165/1 5166/24 5183/3
5213/14 5239/16
**trial [2]** 5107/9 5191/8
**trigger [2]** 5171/21

**T**

trigger... [1] 5172/3
true [2] 5190/9 5217/19
truth [1] 5155/7
try [11] 5115/7 5115/7
5122/11 5122/11
5122/12 5140/21
5146/24 5213/7
5219/21 5226/15
5237/21
trying [12] 5119/9
5120/23 5121/7 5121/8
5121/8 5128/7 5128/10
5130/14 5140/10
5144/5 5147/8 5237/2
turn [2] 5126/17
5139/15
turned [3] 5147/21
5150/8 5169/7
TV [5] 5124/1 5124/2
5124/7 5152/19
5168/23
twenty [1] 5204/13
twice [2] 5162/12
5238/25
Twitter [1] 5118/6
two [25] 5119/18
5120/6 5120/11
5124/19 5125/5 5125/7
5125/10 5130/18
5132/8 5138/2 5138/7
5147/2 5147/18
5150/23 5155/5
5162/16 5171/15
5176/25 5189/2
5193/21 5214/11
5218/7 5221/21
5222/24 5232/7
TYLER [1] 5108/18
type [20] 5113/14
5113/19 5115/25
5116/1 5116/15
5118/10 5123/18
5124/19 5125/10
5131/13 5132/14
5141/13 5165/2 5165/2
5165/3 5175/10
5185/23 5186/2
5207/20 5231/21
types [11] 5132/8
5168/16 5170/19
5177/14 5196/2 5197/2
5198/2 5214/20
5236/14 5237/10
5241/8
typically [18] 5118/8
5119/21 5120/9 5122/5
5124/19 5125/13
5129/12 5130/1 5130/2
5130/15 5132/12
5135/7 5136/10
5137/23 5137/23
5164/3 5168/17
5176/17

**U**

U.S [8] 5108/2 5108/6
5115/5 5197/4 5198/7

5201/19 5237/6
5244/16
Uh [1] 5149/20
Uh-huh [1] 5149/20
ultimate [4] 5215/18
5224/10 5224/13
5241/7
ultimately [6] 5122/14
5122/19 5124/21
5170/5 5179/4 5212/2
under [10] 5111/25
5113/12 5113/13
5117/2 5128/1 5128/2
5131/2 5134/12
5225/19 5236/7
underneath [6]
5115/17 5115/19
5127/24 5134/13
5134/17 5134/21
understand [31]
5117/16 5120/22
5126/1 5136/8 5137/9
5140/1 5141/10
5141/11 5144/5
5144/10 5144/25
5149/9 5150/5 5164/10
5169/22 5172/2 5172/4
5172/7 5172/13 5174/7
5176/7 5176/23
5179/23 5185/10
5187/9 5200/18
5203/14 5204/3 5207/4
5217/20 5238/9
understanding [29]
5116/3 5124/25
5126/25 5127/3
5129/20 5136/16
5159/15 5160/12
5164/8 5170/16
5182/15 5187/4
5187/12 5187/17
5187/22 5191/16
5192/13 5192/16
5192/17 5195/1
5197/14 5199/5 5201/3
5201/7 5204/23 5205/7
5205/19 5208/5
5229/24
Understood [1] 5147/1
Unilever [1] 5228/10
unique [4] 5178/7
5189/18 5189/22
5220/16
unit [6] 5108/12 5135/9
5232/9 5233/12
5233/15 5234/6
UNITED [8] 5107/1
5107/3 5107/10 5111/5
5167/13 5167/16
5216/6 5230/13
United States [4]
5167/13 5167/16
5216/6 5230/13
United States of [1]
5111/5
units [2] 5162/3
5169/15
universal [1] 5186/2

University [1] 5229/6
unquote [1] 5223/15
until [1] 5202/24
up [38] 5111/13 5113/5
5118/18 5126/18
5130/5 5134/16
5136/12 5137/15
5137/23 5139/25
5143/12 5146/21
5148/23 5159/8 5162/9
5163/7 5168/18
5169/17 5170/5 5176/7
5176/9 5179/9 5185/3
5191/2 5197/18 5202/4
5222/24 5224/17
5227/8 5232/5 5232/13
5232/24 5236/1 5236/2
5236/3 5238/3 5239/2
5244/21
update [2] 5157/23
5158/1
updated [2] 5203/23
5204/15
updates [1] 5158/2
upload [1] 5214/2
uploading [3] 5212/23
5213/2 5213/10
upper [6] 5121/7
5121/17 5121/18
5168/9 5168/17
5208/14
us [35] 5115/8 5119/1
5127/21 5130/15
5135/21 5136/6
5160/21 5164/10
5164/12 5169/22
5171/6 5172/2 5172/4
5172/7 5172/9 5173/1
5173/10 5174/2 5176/7
5176/8 5176/10
5207/16 5212/3
5220/21 5221/25
5223/14 5226/17
5227/20 5235/9 5237/1
5237/20 5237/21
5238/23 5239/5 5240/2
usage [1] 5176/11
usdoj.gov [2] 5108/5
5108/9
use [43] 5122/24
5153/10 5153/19
5157/9 5158/9 5158/14
5158/25 5159/23
5160/4 5160/5 5160/6
5160/7 5161/1 5161/22
5162/16 5162/22
5165/15 5165/19
5168/14 5171/23
5172/1 5173/20 5176/6
5180/5 5187/14 5189/7
5190/10 5194/2
5200/11 5209/12
5214/7 5215/20
5215/23 5217/1 5228/1
5228/22 5230/10
5236/16 5236/17
5237/18 5237/22
5237/22 5242/8

5144/13 5155/22
5168/10 5176/3
5180/12 5186/22
5187/1 5191/13
5193/16 5196/21
5197/21 5220/12
useful [2] 5213/25
5214/14
user [6] 5120/4
5136/15 5136/16
5203/19 5205/1 5224/9
users [6] 5204/22
5237/9 5237/25 5241/4
5241/5 5242/15
uses [2] 5193/15
5210/1
using [16] 5153/16
5157/13 5157/16
5161/10 5161/13
5161/14 5161/17
5163/4 5163/11
5188/20 5192/23
5193/23 5212/23
5218/24 5229/3
5234/22
utilized [1] 5185/1

**V**

vacation [1] 5237/8
value [2] 5191/4
5198/11
values [1] 5200/25
varieties [1] 5186/9
variety [1] 5139/22
various [1] 5196/2
version [2] 5120/8
5232/25
versions [1] 5120/11
versus [14] 5111/5
5120/21 5132/24
5135/21 5138/21
5141/23 5155/14
5158/1 5183/23
5219/16 5219/24
5221/16 5221/16
5224/2
very [38] 5121/4
5123/17 5128/11
5131/23 5132/11
5134/6 5135/8 5137/3
5138/19 5144/9 5149/3
5156/8 5158/5 5173/1
5175/21 5176/15
5178/12 5200/17
5210/22 5216/19
5223/11 5225/4 5225/9
5230/14 5231/13
5236/23 5237/7
5237/21 5238/1
5238/25 5239/3 5239/8
5239/23 5242/6
5242/13 5243/13
5243/13 5243/13
vice [2] 5226/21
5227/24
video [2] 5134/7
5244/7

view [1] 5135/23
5139/23 5201/15
5234/8
visibility [2] 5174/13
5174/18
visible [1] 5174/23
visits [2] 5150/1
5150/5
visually [1] 5120/19
voice [2] 5113/5
5179/9
volume [10] 5120/1
5142/4 5173/2 5173/2
5173/4 5173/7 5173/16
5174/5 5174/24 5223/1
volumes [1] 5201/16
vs [1] 5107/5

**W**

want [25] 5121/10
5122/18 5126/18
5129/14 5130/7
5147/19 5165/17
5170/7 5172/8 5172/12
5176/15 5180/9
5180/10 5185/9 5199/5
5199/11 5200/10
5206/17 5214/11
5221/6 5237/16 5238/3
5241/12 5242/3
5244/25
wanted [4] 5112/9
5168/20 5186/12
5222/11
wants [1] 5237/6
warrant [1] 5193/25
was [63] 5114/8
5114/8 5114/15
5132/23 5147/7
5147/16 5148/17
5151/12 5151/12
5159/2 5166/20 5168/6
5169/5 5169/14
5169/21 5170/1 5170/9
5170/16 5170/16
5173/6 5174/12
5174/23 5175/10
5175/11 5175/15
5176/3 5176/13
5177/13 5187/13
5187/19 5187/23
5188/25 5189/11
5191/8 5192/12
5193/24 5194/6 5194/9
5195/9 5197/13
5197/18 5198/12
5199/13 5199/22
5201/24 5204/4
5204/13 5209/2
5211/19 5212/22
5215/8 5217/12 5220/7
5222/21 5223/2 5224/9
5227/20 5227/24
5228/2 5228/17
5228/20 5236/8
5239/11
Washington [6] 5107/3
5108/3 5108/8 5109/8

5270

W

**Washington... [2]**
5109/18 5242/7
**wasn't [3]** 5144/17
5170/15 5177/14
**watching [1]** 5239/7
**way [14]** 5119/14
5129/7 5136/9 5140/19
5144/16 5169/20
5169/20 5176/1
5205/21 5217/13
5221/20 5231/17
5236/1 5238/1
**ways [7]** 5125/9
5129/25 5149/13
5149/19 5150/6
5150/14 5195/17
**wc.com [2]** 5109/9
5109/10
**we [264]**
**we will [2]** 5192/1
5238/19
**we'll [9]** 5120/13
5145/1 5162/22
5202/23 5202/24
5203/1 5219/22
5239/14 5245/7
**we're [34]** 5116/5
5118/14 5121/4 5123/9
5123/10 5130/14
5130/20 5141/9 5144/5
5145/17 5162/6 5164/6
5164/6 5164/6 5169/15
5176/9 5176/18
5196/14 5201/24
5212/8 5212/9 5212/19
5213/4 5223/21
5226/12 5227/3 5227/3
5230/22 5234/3
5238/23 5239/4
5239/23 5244/3
5244/16
**we've [14]** 5112/19
5118/24 5139/17
5140/9 5140/17
5161/19 5183/5
5183/22 5217/1 5217/4
5224/23 5224/25
5233/11 5234/6
**web [3]** 5220/20
5237/16 5239/6
**WEBB [1]** 5108/18
**website [20]** 5117/17
5118/10 5119/24
5138/11 5138/12
5138/13 5139/8
5144/24 5149/12
5149/14 5149/19
5151/7 5157/7 5166/20
5166/21 5180/1 5180/3
5220/22 5227/8
5244/10
**websites [3]** 5113/19
5116/15 5153/15
**welcome [2]** 5112/2
5225/21
**well [26]** 5111/12
5129/1 5130/17 5135/1

5139/8 5140/3 5141/11
5142/12 5144/24
5146/3 5147/3 5151/6
5154/5 5160/5 5173/2
5187/23 5202/17
5202/19 5205/25
5212/14 5221/20
5226/16 5230/1
5230/14
**went [3]** 5166/20
5194/16 5234/25
**were [40]** 5114/1
5124/22 5133/7
5144/11 5144/18
5144/23 5146/15
5147/4 5150/1 5154/11
5163/2 5163/11
5163/12 5164/1 5166/2
5167/24 5169/2
5169/12 5169/19
5169/20 5170/4 5173/1
5174/10 5175/2 5182/2
5183/7 5188/9 5195/16
5195/18 5201/1 5205/1
5205/18 5208/19
5216/13 5219/24
5220/9 5222/4 5228/16
5228/24 5233/6
**weren't [1]** 5151/6
**wfcavanaugh [1]**
5108/21
**what [180]**
**what's [10]** 5147/24
5156/21 5157/2 5165/5
5165/6 5205/10
5229/24 5232/2
5232/24 5241/2
**whatever [2]** 5130/14
5137/5
**when [41]** 5122/5
5123/4 5129/12 5131/1
5135/25 5137/8 5142/9
5145/4 5147/20 5150/9
5151/12 5152/21
5155/20 5159/7 5160/2
5162/2 5164/9 5166/13
5168/20 5171/15
5174/4 5174/16
5174/23 5177/5
5191/16 5192/14
5194/16 5204/17
5208/19 5212/1
5217/12 5219/15
5221/14 5222/21
5223/20 5224/12
5230/24 5237/19
5239/3 5243/1 5244/20
**where [54]** 5112/23
5114/7 5115/12 5121/7
5121/9 5121/10
5122/10 5122/18
5127/21 5127/24
5130/5 5134/8 5134/11
5134/20 5136/16
5137/1 5137/19 5139/4
5144/7 5151/21 5155/7
5155/12 5156/20

5172/10 5173/4
5175/21 5176/7
5180/18 5180/23
5182/25 5186/12
5192/18 5206/23
5207/12 5207/16
5208/18 5209/10
5209/12 5212/5 5218/8
5219/2 5221/15
5230/23 5231/6 5232/6
5232/11 5234/9
5234/18 5238/6
5238/22 5244/8
5244/23
**whereas [5]** 5119/25
5123/20 5132/14
5133/4 5220/19
**whether [21]** 5116/3
5135/23 5152/2 5170/8
5170/12 5187/5
5187/25 5188/3 5188/6
5188/20 5188/21
5189/21 5191/16
5192/13 5192/14
5193/6 5193/7 5195/9
5205/19 5221/23
5222/22
**which [37]** 5113/20
5117/17 5120/1 5120/7
5120/9 5121/23
5125/11 5125/13
5128/17 5130/25
5131/6 5133/17
5133/22 5133/23
5136/18 5144/9
5146/19 5155/4
5167/23 5168/21
5171/18 5172/8
5175/25 5179/4
5179/13 5183/23
5186/3 5190/9 5199/6
5199/25 5211/24
5218/4 5223/1 5223/23
5224/24 5226/25
5229/16
**while [3]** 5143/11
5160/4 5203/18
**Whirlpool [2]** 5129/2
5209/12
**who [14]** 5118/16
5123/10 5151/18
5167/3 5169/22
5181/13 5182/14
5194/21 5218/9 5224/9
5236/22 5237/2 5237/6
5242/1
**whole [1]** 5212/8
**why [30]** 5115/6
5124/12 5124/16
5124/18 5124/25
5130/2 5131/21 5136/3
5137/12 5142/2
5153/19 5158/21
5160/11 5162/19
5164/11 5171/3
5171/19 5173/9 5180/5
5191/23 5199/16

5204/15 5205/7
5220/14 5220/21
5236/19 5237/13
5245/5
**wide [1]** 5201/8
**will [18]** 5122/9
5132/19 5146/7
5167/25 5192/1 5196/4
5197/18 5202/4 5203/3
5203/10 5206/2
5226/15 5233/22
5238/19 5238/24
5243/1 5243/15
5243/16
**William [5]** 5108/17
5109/15 5111/8 5246/2
5246/8
**WILLIAMS [2]** 5109/7
5178/16
**willing [3]** 5130/20
5157/11 5224/8
**WILSON [1]** 5109/11
**Windows [1]** 5238/2
**winning [1]** 5138/8
**withdraw [1]** 5203/1
**within [17]** 5117/3
5120/5 5122/6 5122/7
5135/7 5136/6 5151/4
5160/3 5182/3 5183/6
5190/1 5191/12 5208/3
5215/7 5218/7 5218/8
5234/11
**without [4]** 5123/22
5195/15 5206/20
5208/16
**witness [9]** 5110/2
5111/18 5111/25
5112/5 5112/13
5127/13 5202/25
5225/19 5226/2
**WITNESSES [1]**
5110/4
**won't [1]** 5196/24
**wondering [1]** 5140/3
**word [2]** 5144/13
5144/14
**words [5]** 5166/12
5181/12 5182/22
5189/5 5190/16
**work [9]** 5114/7 5122/2
5140/12 5146/24
5171/24 5173/21
5176/3 5186/21
5240/10
**worked [9]** 5114/11
5114/21 5114/24
5169/18 5182/14
5227/19 5227/23
5228/11 5230/1
**working [4]** 5156/21
5184/13 5228/10
5228/20
**works [1]** 5192/16
**world [2]** 5236/16
5238/10
**worse [2]** 5165/3
5213/16

**would [185]**
**wouldn't [6]** 5131/7
5131/23 5139/1 5172/8
5173/4 5177/15
**wsgr.com [1]** 5109/14

X

**X percent [1]** 5147/20
**XX [1]** 5151/15
**XX percent [1]** 5151/15
**XXX [1]** 5150/9

Y

**yeah [26]** 5120/5
5121/20 5122/25
5133/24 5138/9
5148/10 5150/19
5150/20 5152/13
5152/16 5158/23
5163/1 5163/6 5163/6
5163/9 5175/18
5204/19 5213/5 5232/4
5233/18 5234/7
5234/10 5238/10
5239/10 5239/18
**year [12]** 5143/12
5143/12 5161/19
5182/16 5182/16
5182/23 5182/23
5200/20 5203/23
5204/15 5238/25
5244/14
**year-over-year [1]**
5182/16
**years [13]** 5113/11
5114/21 5114/23
5114/24 5115/1
5177/22 5182/9
5182/15 5183/9
5183/18 5186/12
5196/25 5227/23
**yep [5]** 5116/18
5122/20 5150/25
5159/12 5166/15
**yes [110]** 5122/23
5122/9 5131/8 5134/4
5137/11 5139/13
5146/17 5147/16
5148/3 5149/2 5154/24
5157/21 5164/3
5174/14 5174/20
5175/7 5175/13 5176/5
5181/11 5182/6
5182/21 5183/2
5183/11 5183/15
5185/22 5186/20
5187/3 5187/11
5187/16 5187/24
5188/13 5188/23
5189/3 5189/19 5190/3
5190/6 5190/8 5190/15
5191/5 5191/15
5193/11 5194/4
5194/23 5195/11
5195/14 5195/20
5195/25 5196/18
5196/23 5197/24

## Y

**yes... [60]** 5198/9
5198/21 5199/1
5201/21 5202/11
5202/14 5204/24
5205/23 5206/9
5206/14 5206/19
5207/17 5207/22
5208/21 5209/4
5209/21 5209/25
5210/4 5210/8 5210/17
5211/8 5211/17 5213/1
5215/17 5216/2 5216/4
5218/1 5218/18 5219/5
5220/5 5221/18 5223/3
5223/6 5224/18
5227/12 5227/22
5228/8 5228/10
5229/10 5231/2
5231/10 5231/17
5233/4 5233/13 5235/4
5235/7 5235/11 5236/5
5236/13 5237/5 5240/7
5240/12 5241/1
5241/11 5241/19
5242/12 5242/17
5242/24 5243/5
5243/10
**yet [1]** 5126/2
**York [6]** 5108/20
5109/13 5227/1 5230/6
5234/5 5244/21
**you [548]**
**you understand [1]**
5187/9
**you'd [2]** 5182/3
5225/18
**you'll [8]** 5122/10
5145/20 5181/13
5191/21 5193/7 5227/7
5234/5 5235/1
**you're [23]** 5122/7
5122/8 5122/15
5134/20 5142/21
5177/21 5179/3 5181/6
5195/21 5196/25
5197/19 5197/25
5202/20 5204/20
5217/12 5219/2 5230/4
5230/8 5230/25
5233/12 5241/25
5244/22 5244/23
**you've [17]** 5117/13
5129/5 5143/11
5161/13 5161/14
5161/17 5167/25
5177/20 5178/3
5180/17 5183/9 5185/4
5186/21 5186/25
5207/15 5224/3 5228/6
**your [183]**
**Your Honor [31]**
5111/16 5111/19
5125/25 5126/21
5145/22 5146/5
5167/12 5167/14
5178/14 5178/15
5191/22 5192/10

5202/3 5203/4 5203/8
5205/3 5205/24 5207/2
5210/18 5210/21
5221/7 5224/18 5225/7
5225/11 5225/22
5229/6 5230/8 5232/19
5245/3
**yours [1]** 5206/22
**YouTube [3]** 5186/8
5231/25 5232/1

## Z

**Zaremba [3]** 5109/15
5246/2 5246/8
**zooming [1]** 5138/23