1           IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA

2

3   UNITED STATES OF AMERICA,
    et al.,                      Civil Action

4                 Plaintiffs,    No. 1:20-cv-3010

5           vs.             Washington, DC
                              October 16, 2023

6   GOOGLE, LLC,           9:33 a.m.

7              Defendant.     Day 22
  _____/   Morning Session

8

9

10              TRANSCRIPT OF BENCH TRIAL
        BEFORE THE HONORABLE AMIT P. MEHTA

11           UNITED STATES DISTRICT JUDGE

12

13   <u>APPEARANCES:</u>

14   For DOJ Plaintiffs:    **KENNETH DINTZER**
                        U.S. Department of Justice

15                       1100 L Street, NW
                      Washington, DC 20005

16                       **ADAM SEVERT**
                      **MEAGAN BELLSHAW**

17                       U.S. Department of Justice
                      450 Fifth Street, NW

18                       Washington, DC 20001

19                       **DAVID DAHLQUIST**
                      U.S Department of Justice

20                       209 South LaSalle Street, Suite 600
                      Chicago, IL 60604

21   For Plaintiffs

22   State of Colorado &

23   State of Nebraska:     **WILLIAM CAVANAUGH, JR.**
                      Patterson, Belknap, Webb & Tyler, LLP
                      1133 Avenue of the Americas #2200

24                       Suite 2200
                      New York, NY 10036

25

```
 1      APPEARANCES CONT:

 2      For Plaintiff
        State of Colorado:        JONATHAN SALLET
 3                                Colorado Department of Law
                                  CPS/Antitrust Section
 4                                1300 Broadway, 7th Floor
                                  Denver, CO 80203
 5

 6

 7      For Defendant Google:     JOHN SCHMIDTLEIN
                                  KENNETH SMURZYNSKI
 8                                Williams & Connolly, LLP
                                  680 Maine Avenue, SW
 9                                Washington, DC 20024

10

11

12

13

14

15

16

17

18

19

20

21

22

23      Court Reporter:           JEFF HOOK
                                  Official Court Reporter
24                                U.S. District & Bankruptcy Courts
                                  333 Constitution Avenue, NW
25                                Washington, DC 20001
```

1                          **I N D E X**

2    **WITNESS**                                        **PAGE**

3    MICHAEL WHINSTON

4       Continued Direct Examination by Mr. Severt      5711

5

6

7

8

9                       **E X H I B I T S**

10

11                    No exhibits marked.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                       **P R O C E E D I N G S**

2        **DEPUTY CLERK:**  Your Honor, this is civil action 20-3010,

3    United States of America, et al. versus Google, LLC.  Attorneys

4    Kenneth Dintzer is representing the Department of Justice in

5    this matter.  Attorneys Jonathan Sallet and William Cavanaugh

6    represent the Plaintiff States.  And attorney John Schmidtlein

7    is representing Google, LLC in this matter.

8        **THE COURT:**  Good morning, everyone.  I hope everybody had

9    a nice weekend.  Let me just make sure everybody's in the right

10   courtroom.  This is U.S. v. Google.  Anyway.

11       Just a couple of things before we move forward this

12   morning.  We should have out -- we will have out this afternoon

13   the transcripts of Mr. Kolotouros and Mr. Higgins.  The hope is

14   that we should have Mr. Roszak out very soon, and then Mr. Yoo

15   and Mr. Lehman shortly after Mr. Roszak.

16       Sorry, I thought I had one more administrative matter.

17       All right.  Then there's the issue of the Daubert motion

18   concerning Professor Whinston and certain testimony that is

19   expected of Professor Whinston.  I've read the parties' papers,

20   and look, here's where I am.  This probably won't come as a

21   surprise to anybody, which is that I'm essentially going to

22   allow the testimony.

23       As everybody understands, the Daubert gatekeeping function

24   is relaxed quite a bit when it is a bench trial.  I'll just

25   read, for example, from a recent decision from this district,

1    DL vs. District of Columbia, 109 F.Supp.3d at 12 at 28, where

2    the Court wrote:  "The gatekeeping requirement is substantially

3    relaxed when the judge will serve as a fact finder in a trial.

4    This is because where the gatekeeper and the fact finder are

5    one in the same -- that is, the judge, the need to make such

6    decisions regarding reliability prior to hearing the testimony

7    is lessened.  This is not to say that expert testimony in this

8    situation need be any less reliable.  It simply means the Court

9    can hear the evidence and make its reliability determination

10   during rather than in advance of trial."

11       I'll just note, although I'm not sure there's -- we didn't

12   find a circuit decision to that effect, there are a number of

13   decisions from various circuits to the same -- for the same

14   principle.  In re: Salem at 467 F.3d 767 from the Seventh

15   Circuit.  United States vs. Brown, 415 F.3d 1257, from the

16   Eleventh Circuit.  White House Hotel Limited Partnership vs.

17   Commissioner, 615 F.3d 321.  Gibbs v. Gibbs, also from the

18   Fifth Circuit, 210 F.3d 491.  I could go on.  But the bottom

19   line is, because this is a bench trial, the gatekeeping

20   function is relaxed a little bit.

21       Now, that said, I will be curious to hear what Professor

22   Whinston has to say specifically about the issues that Google

23   has raised.  In particular, what his opinions are going to be

24   about scale and latency and how he couches them, whether it's

25   more of that in line of somebody who's an economist, rather

1    than someone who is a computer scientist.  I appreciate and

2    know what the limitations are of his background and his

3    expertise.  So I look forward to hearing what he has to say and

4    how he says and in what context it arises.

5        So while I'm denying the motion to prevent him from

6    testifying, it certainly is not without prejudice to raise in

7    the -- later on, either ignoring parts of his testimony,

8    altogether excluding him or diminishing any weight that I would

9    give to it.  So okay.  All right.

10       **MR. SCHMIDTLEIN:**  Thank you, Your Honor.

11       **THE COURT:**  So are we ready to go?  Anything else anybody

12   would like to discuss this morning before we bring in Professor

13   Whinston?

14       **MR. DINTZER:**  Not from the DOJ plaintiffs.  We're ready to

15   call Professor Whinston.

16       **MR. CAVANAUGH:**  No, Your Honor.

17       **THE COURT:**  Terrific.  Why don't we bring Professor

18   Whinston back in and we'll get started.

19       Professor Whinston, welcome back.

20       **THE WITNESS:**  Thank you.  It's good to be back.

21       **THE COURT:**  He doesn't need to be sworn in again.  He

22   remains sworn.

23       Good to see you.  Welcome back.

24       Mr. Severt, whenever you're ready to go.

25       **MR. SEVERT:**  Great.  Thank you, Your Honor.  Adam Severt

1    for the United States.

2         **CONTINUED DIRECT EXAMINATION OF MICHAEL WHINSTON**

3    **BY MR. SEVERT:**

4         **Q.**  Professor Whinston, did you prepare a slide

5    presentation to facilitate your testimony today?

6         **A.**  I did.

7         **MR. SEVERT:**  May I approach, Your Honor?

8         **THE COURT:**  You may.

9         **THE WITNESS:**  Thank you.

10   **BY MR. SEVERT:**

11        **Q.**  Professor Whinston, last week, you described your

12   assignment as it related to definition of market power.  What

13   was the rest of your assignment?

14        **A.**  If you bring up slide two, you'll see the rest of my

15   assignment.  So first I was asked to determine as a matter of

16   economic principles whether Google's conduct was or is likely

17   to result in the creation, extension or maintenance of monopoly

18   power.  And second, I was asked to determine whether any such

19   conduct was or is anti-competitive or was or is likely to

20   result in material harm to competition and consumers.

21        **MR. SEVERT:**  And just for the record, the slide deck

22   has -- bears first Bates number -- sorry, Exhibit No. UPXD104.

23   **BY MR. SEVERT:**

24        **Q.**  Professor, regarding that assignment, did you form any

25   opinions?

1      **A.**  I did.

2      **Q.**  What were those?

3      **A.**  So if you bring up slide three, you'll see there are

4  three opinions related to those two assignments.  They're

5  numbered -- I had two opinions last time.  So these are

6  numbered continuing that numbering.  So opinion three was that

7  Google search distribution contracts give it exclusive

8  defaults, which are a large driver of search traffic.

9      Opinion four is that Google search distribution contracts

10  foreclose rivals from a substantial share of each relevant

11  market.  And opinion five is that Google search distribution

12  contracts have harmed competition to the likely detriment of

13  consumers and advertisers.

14     **Q.**  And how do these three opinions fit into your overall

15  analysis in this case?

16     **A.**  Sure.  So, Your Honor, I guess I regard what we did

17  last time as sort of the predicate, setting the stage for

18  really -- now for looking at -- now looking at Google's

19  conduct.  And in particular, looking at the effects Google's

20  conduct ultimately has on competition and consumers and

21  advertisers.

22     **Q.**  Professor, let's go to slide four.  And we have

23  opinion three that you just described.  What conduct did you

24  investigate in this case?

25     **A.**  So the conduct that I investigated was Google's

1    exclusionary distribution contracts, and in particular, the ISA

2    with Apple, the MADA and RSAs with Android OEMs and carriers.

3    And also the RSAs with third-party browsers.

4        Q.  And what conclusion did you reach?

5        A.  My conclusion is that they are anti-competitive and

6    harm competition, and to the likely detriment of both consumers

7    and advertisers.

8        Q.  And your opinion says that Google's contracts give it

9    exclusive defaults.  Let's start with Apple.  How does Google's

10   contract with Apple give it exclusive defaults?

11       A.  So if you bring up slide five.  There are really three

12   ways.  First, most prominently, Apple must set Google as the

13   default on all instances of Safari.  Second, Apple has to

14   ensure that its Safari suggest feature remains, quote,

15   substantially similar to the way it operated in 2016.  And

16   third, Google has a right of first refusal should Apple decide

17   to run ads on Siri or Spotlight.

18       Q.  And practically, what do these provisions prevent

19   Apple from doing?

20       A.  If you bring up slide six, you'll see a variety of

21   things that it restricts Apple from doing.  So Apple cannot

22   offer a search choice screen that gives consumers a choice of

23   their default in Safari upon, say, device activation.  They

24   can't offer a different default in Safari's private browsing

25   mode.  Apple can't offer different defaults by device.  Apple

5714

1    can't offer different defaults in the U.S. versus the rest of

2    the world.  Apple can't substantially increase its suggestions

3    for users.  And Apple also can't run ads on Siri or Spotlight

4    without giving Google the option to run.

5        Q.  Now, Professor, doesn't the ISA allow, for example,

6    Bing and Yahoo! to have bookmarks in Safari and users can

7    change the default; isn't that right?

8        A.  It does, but the Safari default is responsible for the

9    lion share of queries on Apple devices.  Your Honor, I think

10   you heard testimony about this.  And so it's -- you know, I

11   take account of the fact in my analysis that there are these

12   other ways for users to access alternative search engines.  But

13   nonetheless, the Safari default really is where the vast

14   majority of queries are being entered.

15       Q.  And let's move to Android.  How do the Android

16   contracts give Google exclusive defaults?

17       A.  So if you turn to slide seven, you'll see here, Your

18   Honor, the -- just a list of the provisions of the MADAs and

19   the RSAs.  I know you've probably heard more than you want to

20   hear at this point about them, so I'll just be very brief.

21       So the MADA is requiring that the Google search widget be

22   on the home screen.  It's requiring Chrome and GSA to be

23   undeletable and be in a Google folder on the home screen.  And

24   it's also prohibiting distributors from implementing launchers

25   or otherwise encouraging or helping users change the

1    out-of-the-box defaults.

2        The RSAs, they're going further.  They -- and they're

3    signed by both OEMs -- I should say, the MADA's signed by OEMs.

4    The RSAs are signed by both OEMs and carriers.  And to maximize

5    the revenue share that one of these distributors earns, it has

6    to set the -- Google as the default on all search access points

7    and not pre-install any alternative search service -- where, by

8    alternative search service, the meaning really is general

9    search engines.

10       One thing -- I know you're familiar with this, but one

11   thing I think to -- is worth highlighting is the redundancy in

12   these agreements.  So in particular, around the Google search

13   widget, the requirement is -- on the Google search widget

14   appears both in the MADA and in the RSAs.  So in the case of

15   carrier ID phones, no one party can get out of it.  So if a

16   carrier decided it wanted to just completely ditch Google, it

17   can't because the OEM has agreed to the MADA.

18       Q.  And Professor, what about third-party browsers?

19       A.  So third-party browsers, the restrictions are similar.

20   It has to be the default for the -- out-of-the-box default for

21   the third-party browser, out-of-the-box in a figurative sense.

22       Q.  And when you say similar, similar to what?

23       A.  Well, say, to the Safari default.

24       Q.  So we talked about exclusive defaults, but if the

25   users can change the default, why do they matter?

1      A.   So, again, I think -- Your Honor, you've heard

2   testimony from Professor Rangel and many others about the power

3   of defaults.  I think one thing Google has liked to say over

4   the years is competition is just a click away.  It's definitely

5   not a click away in terms of how users behave.  And if you

6   bring up slide eight, you'll just see a range of testimony that

7   you've heard about this.

8      Q.   And Professor, what evidence did you look at about the

9   importance of defaults?

10      A.   So in my analysis, I looked at two different kinds of

11   evidence.  If you bring up slide nine, you'll see that.  One,

12   the internal projections and business decisions of Google,

13   Microsoft and Apple.  And two, analyzing the behavior of search

14   users.

15      Q.   Let's talk about the first category, and go to

16   slide 11, the ordinary course business documents.  Why is that

17   evidence informative?

18      A.   Right.  So these -- just to be clear, these internal

19   projections and business decisions, I'm looking at two sorts of

20   things.  One is ordinary course documents, which you've

21   highlighted here from Google, Microsoft and Apple, that

22   estimate the impact of Google losing search defaults.  And then

23   second, Google's payments to these search distribution

24   partners.  So, I'm sorry, Mr. Severt, could you just repeat

25   your question?

1    Q.  Sure.  What's informative about this first category?

2    A.  Well, what's informative about looking at the ordinary

3  course business documents from these parties is these are

4  decisions, Your Honor, that involve billions and billions of

5  dollars.  And so when you see these parties, who are very

6  sophisticated, coming up with these estimates, it's very

7  meaningful.

8    Q.  Let's talk about this first bullet, the ordinary

9  course business documents and projections.  What did you look

10  at?

11    A.  So the first thing I looked at were estimates around

12  Apple and the Safari default.  So if you go to slide 12, this

13  is a document, Your Honor, that you've seen before.  I think

14  Professor Rangel testified to it.  It was a document -- it's a

15  Google document that was from the period where they were

16  negotiating with Apple around the -- so in 2016 around the -- a

17  potential for the -- what would happen in 2017 with Apple

18  Safari default.

19        And so what you can see here, Your Honor, just to kind of

20  walk you through it -- I was here when Professor Rangel

21  testified, and there's been a lot of water under the bridge

22  since then.  So on the left, you'll see that what they're doing

23  is they're estimating recovery, the Safari search recovery

24  assumptions.  By that, what they mean is if we lose the

25  default, how much of that default traffic will come back to us;

1    how much -- you know, how many loyal Google users are there

2    that are going to follow us even though we lost the default.

3    So on the left -- I can't say the numbers, you'll see the

4    percentage.  Stated in terms of the recovery, of course, what

5    the -- whoever gets the default would be a hundred percent

6    minus that.

7         So you'll see, first of all, that they break it out by iOS

8    versus macOS.  So they're separately coming up with estimates

9    for mobile and for desktop.  And you can see right away the

10   figure for iOS recovery is much lower than it is for desktop.

11   I think you've heard testimony about this as well, that

12   defaults are more powerful on mobile devices.

13        And so the next thing to take from this is that they're

14   looking at historical episodes to come up with these estimates.

15   So in the case of the iOS estimate, they're looking at Apple

16   Maps.  And so, again, I think you've heard about this, Your

17   Honor, that at one point, Apple -- Google Maps had been on

18   iPhones, and Apple came in with its own map product, and Google

19   lost a lot of traffic.  And Google looked to that evidence to

20   see what effect there would be if they lost the search default

21   on Apple iOS devices.  And you can see the number that they're

22   coming up with.  And they make the point, actually, immediately

23   in the second sub bullet that mobile defaults have more

24   prominence.  So they're observing this as well.

25        And then the second main bullet, you'll see the Mac

1  recovery.  What's that based on?  It's based on something that

2  you -- that Professor Rangel also testified about, which is the

3  episode where Firefox, in 2014, switched the default from

4  Google to Yahoo!, and so Google had experience in how much it

5  would lose on -- it lost from that episode.  And Firefox,

6  nearly all the traffic is PC traffic, desktop.  So that's why

7  they looked to that as evidence for what they would lose on

8  macOS.

9       And then the bottom bullet is what the -- you know, taking

10  a weighted average of those based on what the revenue mix would

11  be, and that's how they came up with that number.

12       And you can see from the -- what I put at the bottom, you

13  know, Mike Roszak testified -- and it's something that I had

14  observed in any case, that Apple -- sorry, Google used these

15  episodes as evidence -- Google Maps, Apple Maps episode as

16  evidence about the effect on iOS for many years after, all the

17  way to 2021.  It was the last evidence I found about that.  And

18  you can see his testimony, that they really -- you know, that

19  was their best estimate.

20       Q.  And Professor, did you see any evidence that Google

21  used these estimates when assessing the potential benefits of

22  the ISA?

23       A.  I did.  So if you bring up slide 13.  So there's --

24  pretty much everything is redacted on here, Your Honor.  But

25  this is from the same slide deck that that document -- the

1    slide that we just looked at is from.  On the left, you see a

2    document with basically kind of projections of spreadsheets.

3    The thing here is they -- you know -- and so what's getting --

4    and then I've done some call-outs for you to just highlight

5    some points from it.

6        So from the left, what I would like you to take from that

7    is they're using those estimates in a very detailed way.

8    They're very sophisticated.  And it's not just that they're

9    throwing this number out.  They're using it.  And what are they

10   using it for on the left in those spreadsheets?  It's to figure

11   out how much net benefit they're going to get from this deal.

12   So like a key thing for Google in its analysis of deals is

13   what's the net benefit we get, how much traffic are we

14   incrementally going to get and how much are we paying.  And

15   this is something that they started doing back in 2005 or 2006.

16       Just as an aside, like, one of the fun things about doing

17   this is, like, you see e-mails and such.  And so, actually,

18   back in 2005, it seems Michael Dell told Sergey Brin:  This is

19   how you should think about defaults, this is how you should

20   think about these deals.  Ever since then, this is what they've

21   done.  They've basically tried to estimate -- get that net

22   benefit.  The way they do it with these recovery assumptions.

23       So what you can see on the right side is they're using --

24   you can see right away, all I've done is pull the headers,

25   because, like, going into the numbers, we could be here all

1    day.  They're using -- up on the right, you see they're basing

2    their estimate using that recovery number that we just saw,

3    that I just -- that averaged recovery number, which I can't say

4    it, but that we just saw.  And you can see on the right in the

5    kind of orange, you can see in parentheses the two separate

6    things that they based it on that we just saw.

7         A second thing that you can see in the second header that

8    I pulled out is, actually, you'll see what Apple asked for.

9    Actually, you can see their nickname for Apple at this time,

10   you know, clearly because Apple was the Big Apple, and that's

11   why they have that acronym for it.  So you can see Apple

12   asked -- what Apple asked for in terms of a revenue share

13   level.  One of the things, if you looked at the numbers -- and

14   you can see in the last call-out, is that at that proposed

15   revenue share number from Apple, they still were going to make

16   money, okay.  They still were going to make billions of dollars

17   of profit on that increment of paying less than it's worth to

18   them.

19        But that's not actually the revenue share that they paid.

20   They actually paid much less than this in the end.  And so you

21   can see that -- you know, this gap in terms of what their net

22   benefit actually ended up being.  Again, you can -- one can go

23   into the details in that slide -- in that spreadsheet -- in the

24   pictures of that spreadsheet to see the numbers specifically,

25   but I didn't think for our purposes here it would be worth it.

1    Q.  And then, Professor, you talked about evidence from

2    Google.  What about evidence from Microsoft?

3    A.  So Microsoft was trying to get this -- and hoping to

4    get the Safari default.  And they also estimated what -- how

5    much traffic they would keep if the -- if they got the default

6    and Google lost it.  So if you bring up slide 14, Your Honor,

7    you'll see Microsoft's estimate.  And again, on the left you

8    can see a pretty detailed -- and again, I won't go into the

9    numbers, a pretty detailed analysis of what the share shift

10   would be if that happened.  And on the right, you can -- the

11   call-out is telling you the bottom line of it:  What would the

12   change in Bing's share on iPhones go from today -- that is,

13   when they don't have the default, to post-deal where they do

14   have the default.  And so that's an estimate from 2018.

15   Q.  And what does that tell you about how much the mobile

16   default traffic would shift to Microsoft if it won the deal?

17   A.  Yeah, so the thing about this -- the numbers that I'm

18   showing you right here is these are the overall market shares

19   on the phone.  If you translate that into what share of

20   Google's default traffic would it lose and recover, it's

21   actually a slight -- it's very close to, but slightly more

22   powerful default estimate than what I just showed you Google

23   was estimating.

24   Q.  And what did Microsoft rely upon in reaching this

25   estimate?

1          A.   So if you bring up the next slide, slide 15.   So this

2     is another Microsoft document, Your Honor.   It's not from 2018,

3     like what I just showed you, but it's back from 2016 at the

4     same time as those Google documents, where they're also

5     doing -- in 2016, they had started doing estimates.

6          What you can see here is what they based their estimate

7     on.   And it was a different piece of information.   I guess -- I

8     don't even -- it seems like I can't even say what that is, not

9     just the number.   But it was a different episode than the Apple

10    Maps episode.   They were looking at evidence on what they knew

11    about a certain device, mobile device, and what their share was

12    on it.

13         And then I think to kind of reiterate how important these

14    decisions are, Your Honor, Jon Tinter from Microsoft testified

15    about this, and I think was basically -- it's all under seal

16    and I won't say -- you know, read any of the specifics.   But

17    basically saying, to paraphrase, if I'm in a position where I'm

18    affecting billions of dollars of business for my company, I'm

19    going to do a pretty good careful estimate of what the effect

20    would be.

21         Q.   And in that document, the 2018 document, did Microsoft

22    also estimate share shifts for PCs?

23         A.   They did, Your Honor.   So the 2018 document we looked

24    at was for iPhones, and in my report I also have similar

25    estimate -- similar part of that document that did PCs and,

1    actually, PCs and iPads as well.  And you're seeing very

2    similar effects to what we saw in the Google document.

3         Q.  And then --

4         A.  And similar effects, I should say also, that the

5    mobile estimate is much bigger than the desktop estimate.

6         Q.  And how about from Apple?  Do you see any evidence

7    from Apple?

8         A.  I have.  So if you'd bring up slide 16.  You'll see

9    Apple's estimate -- this is from 2016 also, of overall what

10   they thought the -- you know, they were interested in, well, if

11   we go with Microsoft, what -- how much -- how many loyal Google

12   users are there that are going to follow Google.  The answer

13   overall was something very closes to what the other two firms

14   were estimating.

15        Q.  So we talked a little bit about iOS estimates.  Did

16   you see any similar analyses for Android?

17        A.  I did.  So if you go to slide 17.  Again, this is --

18   the whole call-out is redacted, so I won't say anything about

19   the numbers.  But in 2017 -- this is a Google document, Your

20   Honor.  In 2017, Google was in the process of negotiating with

21   Samsung, and they were -- there was a -- the issue was, well,

22   if we lose the default on Samsung, what's going to happen.

23        And what did they do?  They looked at the episode again --

24   I don't know if I can say.  Your Honor, you can read what

25   episode that they -- what information they looked at, one of

1  which is something we just talked about and one is actually

2  something that we're about to talk about.  They came up with a

3  quote.  Here it's called a clawback number, but clawback is

4  another word they sometimes use for recovery.  And so you can

5  see what that was.

6      **Q.**  Professor, you listed Google's payments on -- sort of

7  taking us back to slide 18, your second bullet was Google's

8  payments to search distribution partners as evidence of the

9  power of defaults.

10  What does the size of payments tell you about defaults?

11      **THE COURT:**  If I can interrupt you for a second, Counsel.

12  I think Professor Rangel touched on this, but what is the

13  explanation for -- if the premise is the defaults are difficult

14  to move away from, what's the explanation for, then, some

15  percentage that's not insignificant of people actually moving

16  away from the default if it's not Google?

17      **THE WITNESS:**  So, Your Honor, the -- I think the thing is

18  it's not uniform across the population.  So some people are --

19  whether it's because they're -- Professor Rangel is a

20  behavioral economist.  I'm not.  I'm a rational economist.  So

21  whether you call it costs or you call it some kind of

22  behavioral response, there's variation in the population to

23  that.

24  And some people, if they, quote -- you know, you might say

25  they might have preferred the non-default search engine.

5726

1    They -- they might have preferred the non-default search

2    engine.  Some people will go and make the change and others

3    won't.  And we're going to talk, I think, soon, when we talk

4    about foreclosure measures, we're going to talk about this fact

5    and what it implies for thinking about foreclosure measures.

6    But that's how I think about it.

7        THE COURT:  I guess the question then, though, is to what

8    extent -- if there are some consumers that view the cost of

9    switching as negligible and they do switch, isn't Google's

10   response, well, the reason they're making the switch is because

11   they're switching to a better product?  And so options like a

12   choice screen, for example, would not really alter the

13   alternate mix of search engines if it were offered?

14       THE WITNESS:  Yeah, great question.  I think a really,

15   really important thing to keep in mind is that that can be true

16   at the current qualities, but not true if rivals were at, say,

17   invested and became better.  So just what's happening when you

18   see right now that what consumers are doing doesn't tell you in

19   some sense -- ultimately, we're going to talk about competitive

20   effects and but-for worlds and the like -- doesn't tell you

21   what these defaults are doing to say rivals incentives for

22   investment.

23       Because when rivals are thinking about investment, they're

24   thinking, well, what if I get much better.  And we're going to

25   talk about -- I mean, your question -- you kind of did this

1   last time.  Your question's kind of leading into a lot of other

2   things.

3       **THE COURT:**  Fair enough.

4   BY MR. SEVERT:

5       **Q.**  Okay.  Professor, on slide 18, you have a bullet about

6   Google's payments to search distribution partners.  What do the

7   size of the payments tell you about defaults?

8       **A.**  So if you bring up slide 19.  So the thing -- Your

9   Honor, this is a figure just showing what the -- Google's

10  payments are to different groups, Apple, Android M&Os and OEMs

11  and third-party browsers, of what in total Google paid for --

12  in revenue share in the U.S.

13      And the thing is, just to -- I think I should have said --

14  probably said this first because it was really what your

15  question was, Mr. Severt.  Is when you see Google paying

16  billions and billions and billions of dollars, there's got to

17  be a reason.  There has to be a reason it's worth doing it.  As

18  an economist, you know, that's what is kind of the first thing

19  that slaps me in the face.

20      So here, you're seeing, yes, Your Honor, they are paying

21  many billions of dollars.  And I should say, I know you've

22  probably -- Your Honor, you've probably seen numbers for what

23  revenue share payments are.  And these are smaller, because the

24  numbers -- sometimes, perhaps because the numbers you've seen

25  perhaps are worldwide while these are just for the U.S., okay.

1    There are two bullet points at the bottom, just to kind

2    of -- the first one is to just put this in perspective, and it

3    just tells you for fiscal year 2020 what share of Apple's total

4    operating income was the payment from Google, and it's large.

5    The second thing is to recognize this isn't everything in a

6    sense that Google is paying, because it doesn't count the fact

7    that they give away the must-have Play Store for free in order

8    to get the MADA signed.  So on top of these RSA payments,

9    Google is handing over the Play Store, which Android -- again,

10   you've heard Android OEMs have to have to have a marketable

11   Android device.

12       Q.   Professor, does the percentage revenue share that

13   Google pays partners tell you anything about the defaults?

14       A.   It does.  So, Your Honor, we just were speaking about

15   just the absolute dollars that Google is paying.  You can also

16   think about this in a different way, which is what's the

17   revenue share percentage that they're paying.  And the same

18   logic kind of applies, which is if they're paying a given

19   revenue share, it has to be that losing the default would shift

20   that amount of -- that share of revenue.  So whatever the

21   revenue share percentage is, it's a lower bound estimate on

22   what the actual share shift would be.  So if you bring up the

23   next slide, slide 20, you'll see what that implies for Apple.

24       Now, I want to emphasize this is just a lower bound,

25   because we've just seen evidence -- lots of evidence that

1    actually the share shift is bigger than that, and that Google

2    actually would make profits at substantially higher revenue

3    shares.  But it is just kind of another way of thinking about

4    the money on the table and what it implies about what Google

5    must see as the value.

6        Q.  And Professor, just to go back to slide 19 just for a

7    moment, I had one clarifying question.  Is the -- sorry, slide

8    19.  There's a box at the top with some redacted text.  I want

9    to just ask if the redacted text in the header -- I don't want

10   you to say it, but is that another reason why the numbers here

11   are smaller than what the Court might have heard?

12       A.  Yes, thank you.  So, Your Honor, here I'm counting

13   only the payments that were made for the queries that went

14   through exclusionary -- through search access points for which

15   Google has exclusionary payments.  And when we get to talking

16   about coverage, for example, there are some places -- for

17   example, with Apple, there are some things that Google is

18   paying for that you might say, oh, that's not exclusionary, and

19   so I'm not counting those here.

20       Q.  Okay, Professor.  I want to go to slide 21 and talk

21   about the second category of evidence that you described

22   earlier, which is the observed behavior of users.  What did you

23   look at there?

24       A.  So I looked at three things that you see listed here.

25       Q.  And let's start with your first bullet, the 2014

1    Mozilla Firefox default switch.  I think you said earlier that

2    Google relied on this for its estimate, but did you do any

3    analysis of this event?

4        **A.**  I did.  So if you bring up slide 23, you'll see, Your

5    Honor, that -- again, it's redacted, so I won't say any numbers

6    or anything.  But this is just literally a daily -- a graph of

7    search shares by day.  And the source of this is Google's

8    DisplayNav data.

9        What you can see, if you recall in November 2014, Firefox

10   switched the default from Google to Yahoo!.  What you can see

11   from this is right at that day and the next couple days, you

12   know, a jump in default -- in the traffic shares here.  You

13   can -- I don't -- down at the bottom is the implication of

14   what -- how many percentage points of share Google lost.  And

15   on the right, in that bullet point is telling you what the

16   share of its default traffic -- what that implies for the share

17   of its default traffic that it lost.

18       It's pretty much dead on what the slide that we looked at

19   from Google -- you know, Google managed to do this analysis

20   some amount of years before I did, and that's what was in that

21   slide that we looked at a little while ago, and that Professor

22   Rangel had also shown you.

23       So you can see that jump.  You can see there's some

24   evolution in shares over time, and then you can see back in

25   2017, Firefox default was switched back to Google.  And you can

1   see the jump there.  And it's a little smaller, but there's a

2   jump as well.  And, of course, if defaults didn't matter, all

3   of this would have been a nice, smooth -- maybe not line, but

4   curve.  You wouldn't have seen these jumps.

5       **Q.**  Professor --

6       **THE COURT:**  I'm sorry, is the number here lower than the

7   estimates we've seen for -- well, let me ask you:  Is the

8   hypothesis that the number here in terms of actual switching is

9   lower than what's estimated because switching is more difficult

10  on mobile?

11      **THE WITNESS:**  Are you referring to the number on -- oh,

12  I'm sorry, let me be clear about this.  So this is for Mozilla

13  Firefox.

14      **THE COURT:**  Right.

15      **THE WITNESS:**  Yeah, sorry, I now understand.  Yes, so this

16  is Firefox, almost all of its traffic -- actually, not only

17  that.  This is actually focusing just on its PC traffic, if you

18  look at the title.

19      **THE COURT:**  Right.

20      **THE WITNESS:**  Almost all of its traffic actually is PC,

21  but exactly, you have it exactly right.

22  **BY MR. SEVERT:**

23      **Q.**  I think on Page 24, you have your next example:  The

24  EU and Russia choice screens.  Why did you look at those

25  events?

1      A.  So I looked at the EU and Russia choice screens

2   because they are one of the very -- other than the Mozilla

3   Firefox change, they're one of the very -- really, the only

4   other cases where we see an actual default switch from one

5   search provider to a different way of the defaults.  You know,

6   different default situation.

7      It's important to recognize this is not -- the previous

8   things we looked at, Your Honor, were switches of a default

9   where a default switched from Google to a rival.  And here,

10  it's different, it's a switch from a Google default to a choice

11  screen.  As I think Professor Rangel touched -- showed you some

12  things about this, the choice screens were a little different

13  in the way they worked in Russia and the EU.  But in both

14  cases, it was to a choice screen.

15     Q.  And what would you expect to see with the choice

16  screen that would be different where there's an exclusive

17  default?

18     A.  So the thing about a choice screen is you're seeing

19  users -- at least if it's a well defined -- I'm sorry, a well

20  designed choice screen, you're going to see users preferences

21  over search engines.  They're going to choose.

22     Q.  A few minutes ago in response to the Court's question,

23  you talked about the quality or strength of rivals.  How does

24  the ability to overcome an exclusive default depend upon the

25  strength of rivals and applies to choice screens also?

1      **A.**   Right.  So it does apply to choice screens, and in a

2   very strong way.  So if everyone -- if Google is much, much

3   stronger than its rivals, okay, then you may not see very much

4   shift from a Google default to the choice screen in terms of

5   shares because Google is much stronger than rivals, and at that

6   moment, what you're seeing in the choice screen is what user --

7   consumers preferences are at the time the choice screen was

8   instituted.  And so that may hide the power of defaults.

9      **Q.**   Can you give the Court an example to illustrate the

10  point?

11     **A.**   Yes.  So, Your Honor, this -- and I think this point

12  touches on exactly the question you were asking me 10,

13  15 minutes ago.  So like, imagine, for example, that we had --

14  just to take an extreme hypothetical.  Imagine that we had a

15  default that was perfectly powerful, nobody ever leaves the

16  default when it exists.  So the power of the default there, a

17  hundred percent, infinite, just nobody can leave the default.

18     And imagine, as well, that we have a search engine, say

19  Google, that has the default to start with, and then we move to

20  a choice screen.  And that that search engine, say Google,

21  suppose it's preferred by 99 -- at that moment, preferred by

22  99 percent of the population, okay.

23     What will you see in the choice screen?  You'll see a

24  1 percent shift, from a hundred percent of everybody picking

25  Google to 99.  But we have a completely powerful default by

1    hypothesis, right.  Nobody would ever leave that default.  And

2    in particular, if rivals got better -- suppose someone invested

3    and got to the point where 30 percent of the population

4    preferred the rival -- you know, instead of 99 percent

5    preferring Google, only 70 percent preferred Google.

6        Now if you ran -- if you did the choice screen, you'd go

7    from a hundred percent to 70.  And so you would -- in the case

8    where the rival had improved, you would see the power of the

9    default, but you just don't see it when Google is preferred by

10   everyone.

11       And why is that going to matter?  It's going to matter

12   because of the way it impacts investment incentives.  When a

13   rival is thinking, gee, should I spend a ton of money to get

14   better, and it's thinking, what can I get -- how much traffic

15   will I attract if I do that, when we get to competitive

16   effects, the fact that the power of the default is there, if it

17   got better, like that would have a big impact on traffic if it

18   got better, will be really important.

19       **THE COURT:**  So these numbers are not -- I take it the

20   numbers on the right column -- oh, I guess I'm a page ahead of

21   you.

22       Can you flip to the next page, please.

23       So the number on the right column is a market share

24   number; is that right?

25       **THE WITNESS:**  Yeah, I haven't explained it.

1      **THE COURT:**  Why don't you explain it, then I'll ask my

2   question.

3      **THE WITNESS:**  Sure.  So slide 25, what I'm showing here,

4   Your Honor, is information about the choice screen outcomes.

5   And just to be clear, if you remember, there were different

6   versions of the choice screen.  This is looking at the third

7   quarter of 2021, when we had the kind of good choice screen

8   implemented, not the one that kept the popular rivals off that

9   had existed before.

10      **THE COURT:**  I'm sorry, say that again.

11      **THE WITNESS:**  Sure.  So I think -- I can't remember now.

12   Sitting in the courtroom, I don't remember exactly whether

13   Professor Rangel went through this.  But the remedy in EU,

14   there were three stages of it.  The very first stage, what

15   happened is it really wasn't so much a choice screen to

16   switch -- it wasn't switching your default.  It was just to

17   download things onto your device.

18      Then they went to a choice screen that was an auction.

19   People had to bid to get on the choice screen.  And you bid --

20   what happened -- hopefully I'm going to describe this right.

21   You paid only if someone selected you.  So it was kind of like

22   the ad auction.  Google had proposed this.  It was kind of like

23   the way they run their ad auction, like only if someone clicks

24   and chooses you as the default from the choice screen do you

25   end up paying in this auction.

1          But the result of that was lots of popular search engines,

2     like Ecosia or DuckDuckGo, that have lower monetization didn't

3     have -- like, it wasn't economic for them to bid, and so they

4     didn't get on.  And in fact, there's -- one of the latest

5     issues of the American Economic Review has a paper talking

6     about this flaw in the choice screen.  So it became widely

7     known this was a flawed choice screen.

8          And then starting in the third quarter of 2021, they

9     changed it so that popular choice -- sorry, popular general

10    search engines would all be on it.

11         So this is data from that non-flawed choice screen.  On

12    the right is just showing in -- back before the choice screen,

13    actually back before any of the remedy, how strong Google was

14    in terms of its mobile market share in these various European

15    countries.  This is stat counter data, and it's just reporting

16    their shares.  What you can see is, for the most part, Google

17    is incredibly strong in European countries.  Actually, all the

18    way down at the right in the blue, you can see what Google's

19    share is, which we already talked about, in the U.S. in those

20    years.

21         You can see in these European countries, for the most

22    part, Google was actually even stronger than it is in the U.S.

23    There are exceptions.  One is the Czech Republic, where there

24    was a moderately strong search engine, Seznam, that had an

25    87.7 percent share before all of this happened.

1      The left column, which is redacted, is showing you what

2   was the share in each country of Google's selections on the

3   choice screen.  What you can see here is, pretty uniformly,

4   it's lower than the market share numbers.  And also, it's

5   bigger in the Czech Republic, where there was a stronger rival.

6   And that's going to be a theme that when you -- and it's not a

7   surprising theme, that when you have a stronger rival, the

8   choice screen makes a bigger difference.  Because now it's not

9   the 1 percent example, it's the 30 percent example that -- and

10  it can really move share.

11      And so one thing that I did here was I ran a regression

12  analysis to -- that verified that point, that the stronger was

13  the mobile phone share for Google -- or maybe a different way

14  to put it, the stronger were rivals in terms of their share,

15  which is one minus the Google share, the better they did in the

16  choice screen.  And --

17      **THE COURT:**  And the variable for strength was market share

18  prior to the choice screen?

19      **THE WITNESS:**  Correct.

20  BY MR. SEVERT:

21      **Q.**  And what did this regression mean for the United

22  States?

23      **A.**  Right.  So, Your Honor, one thing you can do with that

24  regression, once you've identified how strength translates into

25  choice screen shares, is you can -- I could ask, well, suppose

1    I -- the same choice screen had been run at the same time in

2    the U.S., where we've just seen, you know, rivals are weak in

3    the U.S., but they're not as weak as they are in Europe.

4        So you can use that regression analysis to predict what

5    the choice screen share would have been if you had had a choice

6    screen.  I don't know whether I can say that number.

7        Q.  You can say the number.

8        A.  Okay.  So the bottom line on that would be the -- at

9    least my estimate would be rivals would get about 10 percent of

10   the selections.

11       Q.  And is that prediction surprising to you?

12       A.  As I said, no, because the --

13   THE COURT:  This is on mobile?

14   THE WITNESS:  Yes.  Actually, on Android, not just mobile.

15   THE COURT:  Just Android?

16   THE WITNESS:  Yes.  So the choice screen here was just

17   implemented for Android phones in Europe.

18   THE COURT:  I see, okay.

19   THE WITNESS:  And so, no, it's not surprising for the

20   reason that we talked about.  Like the rivals are weak.  If you

21   run a choice screen and they're weak, you're going to see

22   people's preferences, which is going to be for Google.

23   BY MR. SEVERT:

24       Q.  And have you seen any other examples to illustrate the

25   idea that the strength of rivals impacts the outcome of a

1    choice screen?

2         **A.**    I have.  So if we turn to slide 26.  So the other

3    choice screen, Your Honor, that I know you've seen --

4         **THE COURT:**  Sorry, before you answer this, can I just ask

5    a different question, it's the one I was going to ask earlier.

6    The market where there is not a strong rival, the market

7    share -- the number of -- there's not a large delta between the

8    market share and the choice made.  I mean, it varies, but it's

9    not 50 percent.

10        **THE WITNESS:**  Right.

11        **THE COURT:**  In that circumstance, is there any -- I mean,

12   is a choice screen truly effective in the sense that you're not

13   necessarily driving that much more traffic to the rival?  And

14   if the whole theory here is that the rival will improve by more

15   traffic, it's not clear to me that a choice screen accomplishes

16   very much.

17        **THE WITNESS:**  Right.  So there's two things -- and

18   we'll -- we're going to talk about this a lot.  So it's a great

19   set up --

20        **THE COURT:**  I'm jumping ahead again.

21        **THE WITNESS:**  It's okay.  It's perfect.  I like having

22   people lay the -- open the door.

23        So it's going to be two things.  One, just the move of

24   share is going to tend to have a feedback kind of effect, which

25   is we're going to talk about how getting more scale improves

1    your quality.  And you've seen testimony about that.  And of

2    course, once you get more scale and your quality goes up, now

3    your choice screen selection share goes up, which then gives

4    you more scale, and so forth.  So that can go -- over time,

5    you'd expected that that could increase things.

6        Second, it is going to change incentives -- and this is a

7    really important point.

8        THE COURT:  Sorry, so why would you assume that, though?

9    In other words, say you're right that some additional traffic

10   does lead to some additional improvement.  It's not clear to me

11   why that then means the next time the next -- the next time a

12   phone is purchased, that more people will make a different

13   decision based upon the improved quality of a rival that the

14   person may not know about.  In other words, it's not clear to

15   me why the share would not essentially remain static even with

16   some marginal improvement by the rival.

17       THE WITNESS:  So if we think that choice screens are

18   revealing preference, and we think preference is related to

19   quality, the different qualities that the different rivals

20   have, then at least -- let's put it this way:  At least if you

21   were to -- if Google's quality were to stay unchanged and the

22   rivals were to get better because they got some scale, then we

23   would expect more preference -- some preference shift away from

24   Google towards the rivals, for some people.  And then --

25       THE COURT:  Is the idea that's because reputationally -- I

1    mean, an enhanced reputation would cause people who otherwise

2    might not have switched the first time to switch the next time

3    they buy a phone?

4        **THE WITNESS:**  Right.  So, you know, you would -- you know,

5    rivals start getting reviewed in PC Magazine or the equivalent

6    of it online, and friends have used it -- I mean, the

7    assumption with a choice screen is, of course, that people are

8    going to -- when I say it will reflect preferences, it has some

9    element of that they know something about these -- the choice

10   that they're making.

11       **THE COURT:**  Right.

12       **THE WITNESS:**  So if they do know something about -- of

13   course, if they know nothing about the choice they're making,

14   maybe it would be static.  But if they know something about the

15   choice they're making, then this relation that we saw already

16   and we're about to see even more of in a moment when we look at

17   Russia, between quality and strength and choice -- you know,

18   the effect of the choice screen, you would expect to see an

19   impact of that.

20       **THE COURT:**  And just to change the circumstance slightly

21   differently.  To markets where there was what you would

22   consider a more effective rival, did the presence of a choice

23   screen increase the rival's -- was the percentage of choice for

24   the rival greater than their preexisting market share?  In

25   other words, was there some sort of bump or multiplier by

1    virtue of having the choice screen?

2        **THE WITNESS:**  Okay, thank you.  You've led into the next

3    slide.

4        **THE COURT:**  Okay, sorry.  Let's go to the next slide.

5        **THE WITNESS:**  So slide 26.  So this is Russia, Your Honor.

6    In 2015 -- just to -- again, I don't remember exactly what

7    Professor Rangel described of the circumstance.  But in 2015,

8    Russia -- there was a finding by competition authorities in

9    Russia that ended up in August of 2017 leading to the

10   initiation of choice screen.

11       The choice screen, just to say another word or two about

12   it, was -- there actually were two different things that

13   happened.  For existing users, when they accessed the Play

14   Store for the first time -- I think it's the Play Store, I may

15   be -- it may be either Chrome or the Play Store, what they got

16   was a choice screen asking them what they wanted to do for the

17   Chrome default.  It didn't change the widget default, but it

18   changed the Chrome default.

19       And then as new users -- as we had new devices coming in,

20   a new device would get a choice screen when it first was booted

21   up that would affect both the Chrome default and the widget,

22   the search widget.  Again, this was all for just Android.

23       Now, coming to what you were asking me, the thing about

24   Russia that's really striking is you had a strong rival in

25   Yandex, and you can see that before the --

1          Nothing is redacted here, correct?

2     **BY MR. SEVERT:**

3          **Q.**  That's right.

4          **A.**  Okay.  You can see that before the choice screen,

5     Yandex had about a 35 percent market share.  So it was stronger

6     than Seznam in the Czech Republic.  It was quite strong.  And,

7     in fact, Google has done side-by-side tests where they show

8     that Yandex and Google quality in Russia are about equal.  And,

9     of course, Yandex might have some local national preference for

10    it.

11         But nonetheless, before the choice screen, Google had

12    these exclusives -- defaults in place and its share on Android

13    mobile phones was in the 60 to 65 percent range.  The choice

14    screen comes on -- starts to come on where you see the vertical

15    blue line; that's August 2017.  And then what you see is a

16    complete reversal of share, okay.

17         Rather than Google having 63 percent and Yandex having

18    36 -- or 37 percent before the choice screen, within two to

19    three years, the share has completely reversed.  And so we're

20    seeing almost a 20-point change in Yandex share.

21         And so you asked a moment ago, are there circumstances

22    where we see a stronger rival and we see a big change.  You see

23    it here.  Now, it's not a bump immediately.  And the reason

24    it's not a bump is when the choice screen is instituted, it's

25    only as these -- you know, people start getting the choice

1    screen and start getting new devices that the change starts

2    happening.  So it took time for it to actually filter through,

3    but you can see the dramatic effect.

4        Q.  And did Mr. Parakhin testify about this?

5        A.  He did.  So, Your Honor, you've heard Mr. Parakhin say

6    something very similar in his testimony.

7        Q.  And Professor, how do you know that it was the choice

8    screen that caused this change and not something else?

9        A.  Right.  So, Your Honor, I think it's an immediate

10   question one has is, oh, is it something about maybe Yandex got

11   much better in this time period or Google got much worse or

12   maybe there was a rise in anti-American sentiment because it's

13   Russia, after all.  You can think all these things.

14       If you bring up slide 27, you can see, no, that's not it.

15   It's the choice screen.  So in this figure, Your Honor, you see

16   in red the same curve about Google's share on Android.  In blue

17   is its share on Apple phones, iPhones.  In yellow is Google's

18   share on PCs.  So if it was anti-Americanism, you would expect

19   to see it on all of these things.  You don't.  You only see it

20   on Android.

21       Q.  Professor, turning to slide 28, I think your final

22   example is Google and Bing's relative share by browser.  What

23   did you look at there?

24       A.  So if you bring up slide 29, Your Honor, this is

25   showing you data from -- again, from Google, Google data,

1    showing you Google's share on different browsers.  And what you

2    can see here is on the left, four browsers -- sorry, Google's

3    share is in red -- and this is just showing you Google and

4    Bing's share.  Google's share is in red; Bing is in blue.

5        The four browsers on the left, they're browsers with a

6    Google default.  The two browsers on the right, IE -- Internet

7    Explorer and Edge, are Microsoft browsers that have a Bing

8    default.  I should say, you know, this is Edge -- IE is an old

9    browser that is almost not used anymore.  So I guess Edge is

10   more of the thing to look at.  But you can see the really big

11   difference here.

12       And just to remind you, something I couldn't say earlier

13   but was in the slides, you know, one of these browsers -- the

14   share on one of these browsers is something Google looked at in

15   estimating effects.

16       Q.   And Professor, just so we have a clear record, did

17   this analysis rely on data from both Google and Microsoft?

18       A.   I'm sorry, yes, thank you very much.  So it relied

19   on -- I'm using both Google and Bing data in terms of what

20   their queries received on different browsers was.  Thank you.

21       Q.   Professor, there's been argument and testimony during

22   this trial about Google's share on Windows PCs.  Did you look

23   at any evidence relating to that?

24       A.   I did.

25       Q.   What did you find?

1      A.  If you'd bring up slide 30.  So, Your Honor, this

2   slide is showing you information about two different kinds of

3   PCs, what Google and Bing's and others shares are.  On the top

4   are Windows PCs, and on the bottom are macOS PCs.  And you can

5   see the change in share.  You can see -- and, you know, the way

6   to think about this comparison is these are both PCs, and on

7   one of them Google ships with a pre-installed default in

8   Safari, and on Windows PCs the pre-installed browser is Edge

9   with a Bing default.  So you can see the change in share that

10  it has, which is redacted, but it's in the first bullet point.

11     Q.  Professor, the difference here seems lower than your

12  estimates of the importance of defaults.  Why is that?

13     A.  So, Your Honor, the difference here is -- I think

14  there's been some attention on this.  I can't remember whether

15  it was mentioned in the opening, about this number, and it's

16  only the percent that you see there.  But the thing is, this

17  percent -- so first -- you know, how to -- what do we think

18  about this percent?  Well, this percent is percentage points,

19  and the estimates I showed you before were about how much

20  Google would lose if it lost its default, what share of its

21  default traffic, okay, which is a different number.

22      And if you translate this number into what share of

23  Google's macOS default traffic would Google lose, it's the

24  number in the second bullet point.  And that number is bigger

25  than the estimates I showed you earlier.

1    So rather than Windows PCs being evidence against the

2    importance of defaults -- you know, that undermines the other

3    evidence, it's actually stronger evidence about the impact of

4    defaults.  And the thing is, why is it low, why is it only --

5    even so, only the number on the bottom?  Well, these are PCs.

6    These are desktop.  They're not mobile.  We know that on mobile

7    the number is much bigger.  What I'm just trying to say to you

8    is this number is bigger than the number I showed you earlier

9    for PCs.

10    **Q.**  And now that you've discussed all these different

11    pieces of evidence about the power of defaults, did you

12    calculate any kind of bottom-line statistic that summarizes

13    what you've learned about the importance of Google's defaults?

14    **A.**  I did.

15    **Q.**  And how did you do that?

16    **A.**  So, Your Honor, to try to give you --

17    **THE COURT:**  I'm sorry, I want to make sure I'm

18    understanding the slide here.  So the second bullet point is

19    what you have determined would be the amplification of Bing's

20    share that's currently in the second column.  The second bullet

21    point reflects your estimate of what the change would be in

22    terms of the default traffic?

23    **THE WITNESS:**  Right.  Let me think about --

24    **THE COURT:**  Well, I'm just trying to understand why the

25    numbers are different and what accounts for the difference.

5748

1      **THE WITNESS:**  Right.  So the previous numbers -- when

2  Google was doing these recovery estimates, it was saying, okay,

3  right now on iPhones we -- you know, on Apple devices, we're

4  getting -- you know, we're paying for these exclusive defaults,

5  and we're getting a certain amount of traffic.  And what would

6  happen if we lost that to a rival, what share of that query

7  traffic and revenue would we lose.

8      So the number here in the first bullet point is not that,

9  it's the overall change in share on the device.  But a bunch of

10  traffic on the device that is not -- first of all, it's not

11  traffic google's getting.  Some of it's going to other search

12  engines, and also, even the traffic that Google is getting,

13  only some share of it is -- smaller share of it is stuff that's

14  going through the exclusive default in Safari, okay.

15      So to make it apples to apples to that previous recovery

16  estimate, what we want to do is look at, okay, what is going

17  through the Safari default, the exclusive default, in macOS for

18  Google on macOSs, and what share -- that number in the first

19  bullet point, what share of that does that first number in the

20  bullet point represent?  And that's the second bullet point.

21      So it's taking that number that was the overall change in

22  share on the device and saying, well, what does that tell me

23  relative to what Google's default traffic on macOS was?  How

24  much did they -- you know, the exercise is to say pretend -- in

25  some sense, pretend macOSs and Windows PCs are exactly the same

1    thing, just the only thing is -- you know, think of it on

2    Windows PCs, Google has lost the default.  What would the

3    recovery -- what would that tell you about its recovery?

4         And so that's what the second number is.  It's a

5    comparable number to what we -- you know, exercise to what the

6    estimates before were, and it's a bigger number than what the

7    estimates before were.

8         **THE COURT:**  So these numbers are estimating -- to make

9    sure I understand.  These numbers are estimating a world in

10   which the Safari default on Mac PCs was -- and how much

11   recovery Google would get and what their loss ultimately would

12   be?

13        **THE WITNESS:**  Yes.

14        **THE COURT:**  Okay, thank you.

15        **THE WITNESS:**  Yeah, sure.

16   **BY MR. SEVERT:**

17        **Q.**  Okay.  Professor, I think we were talking about your

18   bottom-line statistic summarizing what you learned about

19   Google's default.  How did you calculate that number -- or how

20   did you go about finding that number?

21        **A.**  So, Your Honor, what I wanted to do was come up with

22   some exercise that would kind of give you a sense of how

23   significant that -- those shifts are that we've just talked

24   about, you know, from Google having a default to losing it to a

25   rival.  And so what I did is I used the estimates from -- that

1   we just saw from Google and Microsoft, and as well the -- I

2   also had looked at the Mozilla actual effect, but that was the

3   same as what Google had looked at.

4       But I used those estimates with the following kind of

5   thought exercise, which is suppose I took all of Google's

6   exclusive defaults in the U.S., and I switched them to a rival.

7   So we take all of them -- not one at a time, we take all of

8   them -- and we switch it to rivals, and we use those estimates

9   from Google and Microsoft and Mozilla, and the actual Mozilla

10  effect, what share of U.S. traffic would switch to rivals?  And

11  so if you bring up slide 31, you'll see that number -- which is

12  in the first bullet point, which is that 33 percent of all U.S.

13  queries would switch to rivals.

14      Just as an aside, we've seen that mobile defaults are more

15  powerful.  As a sub bullet, it's the same -- I'm showing you

16  the number -- this is redacted -- of the same thing if we were

17  just looking at mobile queries, okay.  And to put it in

18  perspective, that 33 percent shift in queries that we've

19  already talked last time about market shares would quadruple

20  rivals' total U.S. market share.  So a shift in exclusive

21  defaults, these defaults -- the power of the defaults is very

22  significant.

23      Q.  And Professor, why did you rely upon the estimates

24  from Google and Microsoft in reaching the 33 percent number?

25      A.  So --

1        **THE COURT:**  I'm sorry, when you say the Google-Microsoft

2    data, you're not referring to the thought experiments that

3    Google was performing.  This is actual numbers; is that right?

4    In other words, I don't know whether the --

5        **MR. SCHMIDTLEIN:**  The NYC scenario?

6        **THE COURT:**  Yes, yes.

7        **MR. SCHMIDTLEIN:**  The thought experiment.

8        **THE COURT:**  That's right, calling it the thought

9    experiment.  Is that an input in this --

10       **THE WITNESS:**  Yes.  So when I'm using -- remember,

11   those -- I don't want to call them thought experiments, because

12   I think it understates the importance of those estimates.

13   Those are estimates that are affecting billions of dollars for

14   these companies, okay.  So I think those estimates are

15   extremely valuable estimates.

16       Google has used those estimates for years, okay.  It

17   wasn't a one-shot thing in 2016.  In my report I have a list --

18   you know, an entire page where I'm going down, they used it

19   here, they used it here, they used it there, all the way to

20   2021.  And I've heard Mike Roszak testify -- I think his first

21   name is Mike, Mr. Roszak, sorry, testify that they don't have

22   any better estimates.  And you heard Mr. Tinter testify how

23   important those estimates were to him.

24       So those are the estimates that I'm using here, and I'm

25   asking, given the traffic that's going through all of these

1    exclusive defaults, if you use those estimates -- which are

2    also in the case of Google confirmed by -- Google on PCs,

3    confirmed by what I looked at in Mozilla, if you use those

4    estimates, what do you get for the overall shift in U.S.

5    queries?

6    **BY MR. SEVERT:**

7        **Q.**  And Professor, when you did your estimate, did you --

8    and switching Google's exclusive defaults, did that include

9    switching the Google default on Windows Chrome?

10       **A.**  No, no.

11       **Q.**  Let's go to slide 32.  I think this is your fourth

12   opinion.  Can you restate what your fourth opinion was in this

13   case?

14       **A.**  Yeah, this is my fourth opinion.  So what is my fourth

15   opinion?  It's that Google's search distribution contracts

16   foreclose rivals from a substantial share of each relevant

17   market.

18       **Q.**  And how did you go about reaching this opinion?

19       **A.**  So, Your Honor, I know that in your summary judgment

20   opinion, the measurement of foreclosure was something that you

21   regarded as very important.  So what I did here -- if you'd

22   turn to slide 33.  What I did here was -- and showing you is

23   how -- is the Areeda and Hovenkamp definition of measuring

24   foreclosure, which is that foreclosure is measured by looking

25   at the percentage of the market that's tied up by the

1    contracts.  So that's what I have tried to do as a measurement.

2        Q.  And does this Areeda definition of foreclosure make

3    sense to you as an economist?

4        A.  It does, because what it's doing is it's identifying

5    kind of the fundamental force that these contracts are having.

6    When I get to competitive effects, I'm going to use these

7    estimates to inform my analysis of competitive effects.  But

8    what this measurement is doing is it's kind of at a first level

9    asking, well, what do these contracts do if they're in place.

10       Q.  And were you able to identify a specific percentage of

11   the market that's foreclosed by Google's contracts?

12       A.  Not exactly.  Your Honor, this comes back, again, to

13   this discussion in your questions.  So there's a question of

14   what "tied up" means.  And in particular, we talked about how

15   consumers have some variation in how affected they are by

16   defaults.  And so when you're thinking about how tied up the

17   contracts make things, as we've already -- kind of the

18   conversation we've been having, it depends on the strength of

19   rivals.

20       And so what I've tried to do here -- and, you know, at

21   some level, it's not an economic decision in terms of this.

22   It's what you think is kind of the right measure.  So what I've

23   tried to do is -- and I'm going to show you is a range, and I'm

24   going to explain how that range is related to strength of

25   rivals, where you can then think about what you think is the

1    right definition.

2        In the end, when I get to competitive effects, I'm going

3    to use all that information.  But in terms of what -- for legal

4    purposes you find the right thing, I'm just trying to provide

5    you with the information for you to think about that.

6        THE COURT:  To make sure I understand.  So at the most

7    general level, what the foreclosure rate is in your thinking,

8    it's here's the full market for search, say it's a hundred

9    searches a year -- obviously, that's not right, but a hundred

10   searches.  The tied-up portion, at least at the most general

11   level, is the percentage of that hundred that is attributed to

12   those contracts in which Google is the default, the paid

13   default, correct?

14       THE WITNESS:  So I'm going to show you a range.  It

15   depends what you mean by attributed to.  If you mean coverage,

16   that's going to be one end of this range.  I'm going to show

17   you something else, too.  But we're going to -- the way you

18   started describing that in terms of the whole market, that's

19   exactly what I'm going to show you.

20       THE COURT:  Okay.  And your range is not the coverage

21   range because -- maybe I'm jumping ahead.  You're assuming that

22   some number of people are going to stick with Google no matter

23   what?

24       THE WITNESS:  So let me go two or three slides and I think

25   it will help.

1      **THE COURT:**  Fine, go ahead.

2      **THE WITNESS:**  Totally fine.  I'm just trying to do it in

3    the most helpful way.

4    BY MR. SEVERT:

5      Q.   What's the range that you identified?

6      A.   So the range, if you look at slide 34, at the high

7    end, it would be 50 percent.  That 50 percent is -- where do I

8    get it?  It's the share of U.S. queries that are, quote,

9    covered by Google's exclusive defaults.  They're the queries

10   that are going through the defaults that are affected by

11   exclusionary provisions.

12     At the low end, kind of a lower bound is 33 percent -- and

13   this is percentages of all U.S. queries, Your Honor.  And what

14   is that doing?  It's the share of U.S. queries that Google's

15   exclusive defaults make unavailable even to a much stronger

16   rival.  So the -- anyway, let me pause there, and you can --

17     Q.   What do you mean by much stronger rival?

18     A.   So by much stronger rival, Your Honor -- and let me

19   first just say, a way to think about the first number -- and

20   we're going to come back to that -- is the ones that are going

21   through the exclusionary defaults are ones that are affected to

22   some degree by the presence of a default.  That is, it's not

23   just all of those queries.  It's not just Google's quality that

24   matters.  But also there is a default in place, and that can

25   matter.  So that's what the 50 percent is going to be.

1    The 33 percent is to think about an exercise where --

2    imagine rivals became like almost unimaginably better, where --

3    the thing I like to think about you're sitting at a restaurant

4    with your friends, and a question comes up, like, nobody knows

5    the answer.  And everyone immediately says let's DuckDuckGo

6    that.  Nobody's talking about Googling things anymore.

7    DuckDuckGo has become so good that everyone -- that that's what

8    everyone uses as the verb, okay.  Or it could be another rival,

9    I'm just picking DuckDuckGo.  But some rival has improved that

10   much that it's gotten -- you know, which is almost

11   unimaginable, but imagine that they did.

12   What do I mean by that?  The exact thing I mean by it is

13   they've gotten as much better than Google as Google now is

14   better than them.  That's what it's going to be when I think

15   about that.  I'll use a fanciful shorthand, because that's a

16   mouthful.  The rival has become Super Duck, okay.  It's just a

17   fantastic search engine that is that much stronger than Google.

18   So that's the -- where the 33 percent's going to come

19   from, is asking what share of queries in the U.S. -- from these

20   covered queries, what share of them would a rival be able to

21   access when it got that good, and what share would nonetheless

22   stick with Google -- which is now not nearly as good as the

23   Super Duck, but would stick with Google just because it's the

24   default.  That's the way I'm thinking about this other extreme.

25   So that's the range that I'm kind of trying to show you.

1      Q.   And if we were looking just at mobile, what -- how

2   would that impact the range?

3      A.   So the range on both of these, if we looked at mobile,

4   would be bigger numbers.  I don't mean the range would be

5   bigger, I mean the high end would be bigger on mobile, the

6   share of covered queries is higher, and as well the lower bound

7   would be higher.  I'm not going to go further into talking

8   about mobile.  I'm going to stick with the overall estimate.

9   but just to state that.

10      THE COURT:  So the 50 percent number, let's just start

11   there.  So that's share of U.S. queries covered by Google's

12   exclusive defaults.  And by that, do you mean that half of all

13   U.S. queries input into a search engine are subject to either

14   an RSA or the Apple agreement?

15      THE WITNESS:  Yes, with -- except that I've done it kind

16   of conservatively.  So I'm not counting, for example, queries

17   coming through the bookmark in Safari -- on an iPhone, because

18   arguably somebody might say, oh, the bookmarks, Yahoo! and Bing

19   and Google are all there.  So when I give a coverage number,

20   I'll show you, it's not going to have those in it.  It's not

21   going to have queries where an individual went to the Google

22   search app on an iPhone.

23      THE COURT:  Right, or anything through Chrome.

24      THE WITNESS:  Correct.

25      THE COURT:  Which is probably the biggest number of the

1    remaining 50.

2        THE WITNESS:  Exactly.  So it's not going to be counting

3    those things.  I'm kind of trying to do it conservatively,

4    where we're looking at things that really are affected by the

5    exclusionary provisions.

6        THE COURT:  And then the 33 percent, is that a third of 50

7    or is that a third of a hundred?

8        THE WITNESS:  Good question.  It's a third of a hundred.

9    So the 50 is 50 percent of all U.S. queries.  The 33 is

10   33 percent of all U.S. queries.

11   BY MR. SEVERT:

12       Q.  Let's take a look at your slide 35 --

13       THE COURT:  Counsel, why don't we actually take a break

14   before Professor Whinston sort of provides more detail about

15   his conclusions.

16       So it's a little bit before 11:00.  We'll resume at 11:15.

17   See you all shortly.  Oh, one thing I did forget to add -- I

18   can tell you after the break, it's not important.  Thank you.

19       (Recess taken at 10:59 a.m.)

20       (Back on the record at 11:17 a.m.)

21       THE COURT:  Before we get started, Counsel, I wanted to

22   make sure -- I only saw it myself a couple minutes ago, that

23   both sides -- or all sides had seen the memorandum the New York

24   Times filed this morning.  I assume you all received a heads

25   up, since it reflects some meet and confer prior to that.

1      So I would be -- well, let me ask you, does anybody wish

2  to submit something in writing in response?

3      MR. DINTZER:  Not the DOJ plaintiffs, Your Honor.

4      MR. CAVANAUGH:  Nor us.

5      MR. SCHMIDTLEIN:  We may want to.  Honestly, I haven't had

6  a chance -- my client hasn't had a chance to review it yet.  We

7  got some vague description of it, kind of multiple descriptions

8  of it starting late yesterday, and so we'd like a chance to

9  review it.  We may well want to file a response.

10      MR. DINTZER:  Your Honor, I'm going to walk back what I

11  said.  We have not finished looking at it, so we would withhold

12  whether we're going to respond to it as well.

13      THE COURT:  Okay.  Well, here's what I'd like to do then:

14  Can I ask everybody -- it's short, it's not very long.  Just

15  make sure you review it at lunch, so that when we come back

16  after lunch, we can talk about how to proceed.  If there's not

17  a desire to file something in writing, I would be inclined to

18  see if counsel for the Times is available at 5:00 today just to

19  address what the request is and try and work through it.  If

20  you'd like to do something in writing, I'd like to get it

21  tonight so it can be addressed tomorrow, so we can move apace

22  on this matter.

23      MR. DINTZER:  Will do, Your Honor.

24      THE COURT:  The one thing I forgot to mention this morning

25  when I announced that a couple of the transcripts have now been

5760

1    released -- or will be available this afternoon, is -- and

2    maybe, again, I should probably be more explicit about these

3    things.

4        I basically have done the same balancing I did the very

5    first time.  Maybe I should reiterate that each time on the

6    record.  But what I'll make clear now is that we are going line

7    by line through each of the transcripts, both the proposed

8    redactions that Google has -- redactions Google has proposed,

9    redactions by third parties, and then the position of the DOJ

10    and the states with respect to each of those requested

11    redactions.

12        The general categories that we have unredacted have

13    remained the same.  Generally categories that we have kept

14    redacted remain the same.  So, again, sort of internal

15    financial numbers, strategic internal strategy issues, trade

16    secrets being the top three.  And specific terms of contracts

17    that I thought, if disclosed, could put -- it's really

18    primarily Google or a business partner of Google's at some

19    competitive disadvantage.

20        The only caveat to that will be apparent in one of the

21    releases that will come out today, and that is I think I

22    have -- we've not redacted a portion of these exhibits --

23    excuse me, an agreement that refers to -- that references the

24    default and the way in which the default is structured.  You'll

25    see what I'm talking about.

1        But given the centrality of that provision, we took a

2   harder look at it, and we made some decisions about whether at

3   least that portion of any agreement should be disclosed.  And I

4   think at least in one case we did disclose that particular

5   portion.

6        Go ahead, Counsel.

7   **BY MR. SEVERT:**

8        **Q.**  Welcome back, Professor Whinston.  I think we were on

9   slide 35.  And what does slide 35 depict?

10       **A.**  So, Your Honor, slide 35 is looking at the queries

11  covered by an exclusive distribution provision.  It's showing

12  from 2016 to 2021, which were the -- through half of 2021,

13  the -- with this red line, what the queries that are covered by

14  exclusive provisions amount to.  So -- can I -- I'm a little --

15  the note at the bottom is redacted, and so it's --

16       **Q.**  Well, let me ask this:  I think you said that the

17  coverage does not include Chrome on Apple or on PCs; is that

18  right?

19       **THE COURT:**  Can I ask, is there a reason that the box at

20  the bottom is redacted?

21       **MR. SCHMIDTLEIN:**  I think we, and I believe Apple, have

22  treated as, you know, proprietary or confidential the portions

23  that are attributable to particular access points on devices.

24  And I believe that has been consistent with other third parties

25  as well.  And so this -- by this clarification, Your Honor, by

1    sort of negative inference, then gives more insight into what a

2    larger number implies, if that makes sense.

3         THE COURT:  Okay.  It does.

4         MR. SCHMIDTLEIN:  For consistency's sake, that's why that

5    has been done.

6         MR. SEVERT:  I'll point out, this is pretty aggregated.

7    It's not by channel.

8         MR. SCHMIDTLEIN:  Understood.

9         THE COURT:  Okay.  Look, from where I'm sitting, given

10   this is an excluded amount -- these are exclusions from the

11   percentage that Dr. Whinston has calculated, it's not clear to

12   me that just identifying these is really a problem.  What we've

13   tried to do is maintain confidentiality with respect to

14   particular search access points.  And this is, while perhaps

15   the negative of that, I'm not so sure it creates a real

16   problem.  So feel free to refer to what's otherwise redacted

17   from the box there.

18        THE WITNESS:  Okay, thank you.  I mean, I'm afraid I may

19   have already said it already.

20        THE COURT:  I know you did.  I'm giving you retroactive

21   cover.

22        THE WITNESS:  Okay, thanks.  So as I said earlier, Your

23   Honor, this is showing over time the 50 percent numbers

24   corresponding to 2020.  It did rise some over time from 2016

25   on.  And as I described to you earlier, I excluded things that

1    one might arguably have said aren't -- even if paid, aren't --

2    even if paid under the contract, are not kind of exclusionary.

3    And so I excluded iGSA and the bookmarks.  And, of course,

4    Chrome is not in here at all.  User-downloaded Chrome is not in

5    here at all.

6    **BY MR. SEVERT:**

7        **Q.**  Just a clarification, what is iGSA?

8        **A.**  Sorry, the Google Search app for iPhones.

9        **Q.**  And when you said Chrome is not on here at all, does

10    this include Chrome on Android?

11        **A.**  This includes Chrome -- thank you, it includes Chrome

12    on Android.  What it doesn't include is user-downloaded Chrome

13    on Windows, user-downloaded Chrome on Apple devices.

14        **Q.**  And then, Professor, did you look at coverage by

15    partner type?

16        **A.**  I did.  So if you'd go to slide 36.  Your Honor, I

17    think you asked about -- at some point in one of the hearings,

18    you asked about how it breaks out by partner type.  And this is

19    just -- the total is that number to the right, 49.7.  That's

20    the approximately 50 percent that I rounded up to 50, the

21    number that I rounded to 50, and this is just how it splits

22    out.

23        **Q.**  Okay.  Why is the coverage of Google's agreements a

24    reasonable estimate of foreclosure?

25        **A.**  Well, as I said earlier, I think it's a reasonable

1    number for a foreclosure measure in the sense that it's the

2    number of queries that are affected to whatever extent they are

3    affected by the presence of a default.  So those are queries

4    for which it's not just the quality of Google and the rivals,

5    but also there's a default effect present.

6        Q.  And why doesn't the fact that defaults can be changed

7    mean that foreclosure is less than coverage?

8        A.  I'm sorry, could you just repeat the question?

9        Q.  Sure.  Why doesn't the fact that defaults can be

10   changed, why doesn't it mean that foreclosure is less than

11   coverage?

12       A.  Right.  So along the lines we've been talking about,

13   there are ways to get to rivals that are not just involving the

14   default.  And so the -- it's really no different in some sense

15   than any exclusive dealing case involving distribution.

16   Consumers typically have some way of getting to rivals that

17   isn't the distributors that are subject to the exclusive

18   provisions.

19       And so that's no different here.  It's the issue that we

20   started talking about before the break.  And so that's -- you

21   know, that's something that when I'm thinking about this range,

22   that's exactly what I'm trying to think about.  That's what the

23   kind of Super Duck, you know, exercise of thinking, well, what

24   happens if we have such a strong rival.  That's what it's aimed

25   at trying to get at.

1    Q.  And let's turn to that, the other end of the range.

2  Where does the 33 percent come from?

3    A.  So the 33 percent comes from exactly the share-shift

4  estimate that we talked about earlier.  So that's how we're

5  going to get to a measure of foreclosure.

6    Q.  And can you walk us through that?

7    A.  So if you bring up slide 37.  So, Your Honor, earlier

8  you talked about the whole market.  This is just a graphic of

9  that whole market to start with.  So we just talked -- you

10  know, it adds up to a hundred percent.  In red, we talked about

11  are the -- the 50 percent that are the covered queries.  In

12  yellow is user-downloaded Chrome.  And then in green are other

13  queries that are not affected, you know, either by the

14  contracts or are going through user-downloaded Chrome.  So this

15  is kind of a picture of the overall market.

16    Q.  And would a much stronger rival be able to attract

17  some of this 50 percent in red?

18    A.  So a much stronger rival would be able to attract some

19  of that 50 percent.  So, Your Honor, earlier, as we were

20  speaking, I talked about how in that 50 percent users vary in

21  how much they're affected by defaults, whether it's behavioral

22  or rational or for whatever reason.

23    And so if you bring up slide 38, I'm representing that.

24  And I've pulled out that 50 percent, and you can imagine kind

25  of that that red is shaded.  Some of it's dark red.  There's no

1    way you're going to get to some of those.  Some of it is

2    lighter red, and maybe they would go to a rival if the rival

3    was better.

4        So what I'm going to try to -- what I'm going to walk you

5    through is how those previous share-shift estimates give you

6    the answer about Super Duck and what Super Duck could access,

7    okay.

8        So let's think about those share-shift estimates.  So when

9    Google was thinking, what if we lose the default to a rival, it

10    was thinking about what if it lost to a Bing or a DuckDuckGo,

11    i.e. -- and those rivals were much weaker than Google.  So what

12    that share-shift estimate told us was if Google lost the

13    default to a much weaker rival, how much would the default --

14    basically, the power of the default protect queries for the

15    rival, for the weak rival.

16        And so what I've done here is represent that graphically.

17    So you can see the 33 percent is that 33 -- to the left, is

18    dark red.  Those are queries done by consumers for whom

19    defaults are extremely powerful.  Even with a weaker rival in

20    the default and Google out there with its better product, those

21    consumers don't follow Google.  They stick with the default.

22        The 17 percent in that previous share-shift estimate is

23    the remaining part of the 50 percent of U.S. queries that are

24    covered.  Those are ones that Google recovers.  Previously,

25    when we were talking about it, they are the queries that Google

1    recovers if it loses the default to a much weaker rival.  So

2    that's a description of this picture in terms of the

3    share-shift estimate, okay.  So it's telling me that if I have

4    a much weaker rival, the power of defaults is going to get that

5    rival, even against Google, 33 percent of the U.S. market.

6       So now let's think about Super Duck.  Imagine that a

7    rival -- you know, DuckDuckGo or some other rival invested so

8    much and was so successful at raising its quality that it was

9    as much better as Google as Google now is to the rivals, okay.

10   Well, this same number is telling me the answer, because this

11   number is telling me what the much strong stronger rival would

12   get and what the much weaker rival would get.

13      Only now, I'm just thinking about it from the other

14   perspective, which is suppose Google is the weaker rival

15   because we have Super Duck out there, and Google is going to

16   get 33 percent of those 50, even though it's not nearly as good

17   as Super Duck.  Super Duck's only going to get 17.

18      So that's how those previous estimates give you this

19   range, where if you, like, imagine, you know, how strong -- you

20   know, what's a lower bound for how powerful these defaults are,

21   for how much they protect Google?  It's thinking about Super

22   Duck.  It's unimaginable improvement in rivals to get as much

23   better than Google as Google now is to them, and how much

24   Google would nonetheless hang on, too, compared to the rival,

25   the much stronger rival.  So that's how we get to the lower

1    number for the impact as a foreclosure measure.

2        Q.   And then what about the 50 percent of queries that

3    aren't covered under Google's contracts, the yellow and the

4    green part on the top of the slide, of slide 38?  Is that

5    available to rivals?

6        A.   So it's not -- those things are not in the foreclosure

7    number.  The foreclosure lower bound is this 33 percent.  The

8    foreclosure upper bound is this 50 percent.  But it does color

9    your view of what those numbers mean, because there's no

10   allegation about what Google is doing with Chrome.  But those

11   Chrome queries are not fully available either to rivals,

12   because Chrome is coming with a default in it to Google.

13       And so when you think about these numbers, this 33 percent

14   number or the 50 percent number, in some sense, you shouldn't

15   think of it, I think, relative to a hundred percent.  You

16   really should think of it in some sense relative to some

17   smaller possible available market because of the presence of

18   Chrome.

19       THE COURT:  Can we just go back to 17 percent to make sure

20   I understand what that number is.  So the 33 percent is if all

21   the defaults were switched.  The 33 percent is -- when I say

22   switched, I mean to another browser -- excuse me, to another

23   search engine.  This is your estimate of how much a weak rival

24   would maintain?

25       THE WITNESS:  Yes.

1        **THE COURT:**  From day one?

2        **THE WITNESS:**  Correct.

3        **THE COURT:**  The 17 percent is the delta between the 50 and

4    the 33?

5        **THE WITNESS:**  Correct.  It's what Google -- remember when

6    we had those Google documents about recovery?

7        **THE COURT:**  Yeah.

8        **THE WITNESS:**  They were expressing it as what share of the

9    50 we hang on to, but that share of the 50 is 17 percent of

10   U.S. queries.  So the 17, when we're thinking about Google as

11   the much stronger one and a rival as much weaker, which is the

12   way those earlier documents were thinking about it, Google is

13   the one that was imagining itself not with a default, a weaker

14   rival with it.  Google was saying, well, out of that 50 percent

15   of queries in the U.S. I now have through the defaults, I'm

16   only going to hang on to 17 percent of U.S. queries.  That's

17   what Google was saying in those -- you know, if we use those

18   estimates.

19        But now, when you think about Super Duck, it's just the

20   roles are reversed.  Super Duck is now the strong one and

21   Google is the one with the default.  And so what that same

22   estimate is telling you is that default will protect Google, to

23   the extent that it's -- even against Super Duck it's going to

24   hang on to 33 percent.

25        And just to be clear, if the rivals -- imagine Super Duck

1    wasn't as strong as Super Duck, it was Super Duck Minus or

2    whatever funky name I'll give it.  Google would hang on to more

3    than that 33 percent.  So it's -- you know, that's why it's a

4    range that I'm kind of giving you.

5        THE COURT:  So essentially, the 17 percent, in your

6    estimation, is a sliding scale based upon the increasing

7    strength of a rival?

8        THE WITNESS:  Right.  So it's saying that, like, if you're

9    a rival, even if you thought of doing the unimaginable

10   improvement in your quality and you were looking at these

11   50 percent of covered queries, and you asked yourself, well,

12   what could I get out of that even if I managed to achieve that,

13   the answer is, at most, 17 percent of U.S. queries.

14   **BY MR. SEVERT:**

15      **Q.**  Professor, up to now, our discussion of foreclosure

16   has focused on general search services.  How about:  How does

17   the foreclosure analysis apply for the ads markets?

18      **A.**  If you bring up slide 39.  Your Honor, this is showing

19   you coverage for general search text ad revenue.  That is,

20   again, falling under the exclusive provisions.  What you see

21   here -- again, we have the same redaction issue.

22       THE COURT:  I'm sorry, can we go back to 38 real quick.  I

23   want to clarify one more thing.  The 33 percent in your

24   estimation, that is of the overall U.S. market?  In other

25   words, 33 of a hundred percent?

1           THE WITNESS:  Correct.

2           THE COURT:  The 17 percent, is that also 17 percent of a

3    hundred percent or 17 percent of 50 percent?

4           THE WITNESS:  No, 17 percent of a hundred.  In other

5    words, you add those two things up, and it comes to the 50 that

6    are covered.  So it's basically telling you, if we had Super

7    Duck out there, and we looked at those covered queries

8    before -- you know, that Google has, what share -- when that

9    improvement in Super Duck happened, what share of that 50 would

10   Google still have when suddenly Super Duck -- DuckDuckGo became

11   Super Duck, and what share would Super Duck get of that.

12          So we're going to take that 50 percent of U.S. queries,

13   33 percent of U.S. queries Google will hang on to.  Super Duck

14   is going to get 17 percent of U.S. queries.  So we're just

15   saying out of that coverage, how does it split out when Google

16   has those defaults and faces a really strong rival.

17          THE COURT:  But the 17 percent, that would assume that

18   Google essentially loses all of those 50 percent of those

19   queries.

20          THE WITNESS:  So it's -- say the sentence again, sorry.

21          THE COURT:  In other words, the 17 percent, say it's

22   achieved.  That, in your estimation, is a complete loss of the

23   50 percent that is otherwise foreclosed right now?

24          THE WITNESS:  I wouldn't say it exactly that way.  So let

25   me try again.

1          THE COURT:  Okay, sorry.

2          THE WITNESS:  No, it's totally fine.  I mean, it's

3     actually not the easiest thing to wrap your head around.  So

4     what we have is -- you know, imagine we have these contracts in

5     place.  We're in a situation, to start with, where it's just

6     little old DuckDuckGo.  And 50 percent of covered queries are

7     going through these -- as they are now, going through these

8     exclusive defaults.  And now, bang, suddenly some miracle

9     happens.  Gabriel Weinberg suddenly figures out how to make

10    DuckDuckGo amazing, Super Duck.  What is he going to get and

11    manage to attract out of those covered queries?

12         So covered queries amount to half of U.S. queries.  He's

13    only going to get 17 percent of U.S. -- in other words, 17

14    divided by 50 is the share of those that he's going to get.

15    Google is going to hang on to what share of the 50?

16    Thirty-three divided by 50, that's the share.  So that's why

17    I'm kind of showing that it splits the 50.

18         THE COURT:  Okay, I think I understand.

19    BY MR. SEVERT:

20    Q.  Professor, just going to the ads markets for coverage

21    number, what was the coverage number you calculated on slide 39

22    for the general search text ad revenue?

23    A.  So this, Your Honor, is the same kind of slide that I

24    showed you before about coverage, only it's doing exactly the

25    same thing but for search text ad revenue.  And what it's

1    showing you is that in 2020, 45 percent of U.S. general search

2    text ad revenue was covered by these exclusivity provisions.

3        Q.  And what coverage did you calculate in the search

4    advertising market?

5        A.  You go to slide 40, you'll see the same thing for the

6    overall search ad market, which is that 36 percent in 2020 was

7    covered.

8        Q.  And in these last two slides, 39 and 40, we looked at

9    your upper bound estimates for foreclosure in the ads markets.

10   Can you give us a rough sense of what the lower bound would

11   look like?

12       A.  Yeah.  So a rough sense in the numbers we're looking

13   at for search services and queries a moment ago, Your Honor,

14   the lower bound was two-thirds of the coverage number.  So a

15   rough estimate here, and actually a conservative one, would be

16   that that lower bound would be two-thirds of these coverage

17   numbers.

18       Q.  Why is it conservative?

19       A.  It's conservative -- if you go -- there's evidence

20   that the shift of the defaults can -- shifts revenue more than

21   it shifts queries.  So if you go back to that Google document

22   that we first looked at that you saw as well from Professor

23   Rangel, it states in the Mozilla change from Yahoo! -- from

24   Google to Yahoo!, Google lost 30 percent of queries but

25   45 percent of revenue.  So that's why I view it as

1  conservative.

2      Q.  And Professor, let's turn now to slide 41.  This is

3  your opinion five.  Can you, again, state your opinion five?

4      A.  Yeah, so opinion five is that Google search

5  distribution contracts have harmed competition to the likely

6  detriment of consumers and advertisers.

7      Q.  And just to start at a high level, why does

8  competition matter?

9      A.  Well, competition matters because it determines the

10  outcomes in markets that consumers, in the case of search

11  services and advertisers, get.  Like what are the benefits they

12  get when they go to these markets, and competition has a

13  significant effect on that.

14     Q.  And then do you recall writing in your rebuttal

15  report:  "The likely competitive effects of Google's behavior

16  locking up search access points through the challenged

17  agreements is ideally estimated relative to a but-for world"?

18     A.  I do.

19     Q.  And what did you mean by "a but-for world" in that

20  sentence?

21     A.  So, Your Honor, just a but-for world, what we mean is

22  thinking about what would have happened in the general case, in

23  the absence of an event or the absence of a behavior.  And so

24  that's what we mean.  In this case, it would be in the absence

25  of Google's contracting practices.

1      Q.   And are there challenges associated with determining

2   what a but-for world might be?

3      A.   There are.

4      Q.   And what kinds of challenges are there?

5      A.   So this is why I used the -- you know, in that

6   sentence you read before, I used the word "ideally."  So, Your

7   Honor, it's just very hard.  In this case, for example, it

8   requires thinking back to -- for me, thinking being to 2014 and

9   asking what would the evolution of this entire market have been

10   in the absence of Google's behavior.  You know, like,

11   basically, some backward time machine into a world that doesn't

12   exist.

13      If you think about it, like even at the start -- like a

14   first thing I ask myself when I think about that, Your Honor,

15   is what would Google have done.  Like if it wasn't doing the

16   contracts that it did do, what contracts would it have used.

17   So maybe it would have used an unconditional revenue share that

18   paid revenue share but didn't require exclusivity.  Maybe it

19   would have used some kind of most-favored supplier contract,

20   that said that it had to have at least as good search access

21   points and access to consumers as any rival did.  Maybe it

22   would have used no contracts.  Sometimes we hear Google say it

23   would be chosen no matter what.  Maybe it would have done that.

24      And even at the start of thinking about that is a legal

25   question I don't even know the answer to, which is:  Well,

1    which of those is permissible?  I don't know that.  And what

2    would Google's general counsel have decided was a safe thing to

3    do?  I don't know the answer to that.

4        So even at the start, it's not exactly clear what --

5    exactly what the change in Google's behavior would be.

6        Q.   Are there uncertainties relating to what rivals may

7    have done?

8        A.   There are.  So on top of the starting point of what --

9    how Google's behavior would change, for current rivals, how

10   would they have changed their investments; how would their

11   investment efforts led -- you know, how much of a quality

12   change would their investment efforts have led to; how would

13   that quality translate into changes in market share.  And

14   that's for current rivals.  And then what potential rivals

15   might have come in; would Apple have come in.  So all of these

16   things are kind of up for grabs to think about.  It's very,

17   very challenging, and it means that that kind of analysis is

18   not going to be something that comes up with some quantitative

19   number, like, oh, if we had done this, the but-for world would

20   have been 7 percent.  We're not going to end up with that, it's

21   just an impossibility.

22       Q.   So given the difficulties you described, what did you

23   do?

24       A.   So what I did is I thought about two -- most about two

25   particular but-for worlds.  One is thinking about an

1    unconditional revenue share payment, that what if Google had

2    done that.  And the other being sort of most-favored supplier,

3    where Google might have -- you know, for example, it might have

4    offered a payment that was conditional on a choice screen, on

5    at least being in a choice screen, or having at least as much

6    access points as rivals or something like that.

7        So those are -- and those are -- the thing about them is

8    they're less restrictive.  So with that uncertainty, what I

9    told myself is, okay, let's think about something that's less

10   restrictive than what happened.  I don't know for sure if it

11   would have been permissible.  I don't know for sure if Google

12   would have done it.  Granted, there are many other things,

13   possible less restrictive alternatives I could have thought

14   about, but those are the two primary ones I did think about.

15       Q.  How would those two less restrictive alternatives that

16   you mentioned, how would they impact competition?

17       A.  So the way I view those two less restrictive

18   alternatives, Your Honor, is that they would have made it more

19   likely that there would have been an equal -- more equal

20   playing field in terms of distribution.  And so a lot of my

21   analysis then is, well, what would that mean.  What would that

22   end up leading to in terms of changes in competition.  And for

23   the reasons that I just said, the way I think about that, you

24   know, I'm not going to be able to trace -- you know, come up

25   with the number, the 7 percent.  But what I can do is think

1    about how that changes the fundamental forces in the market,

2    and think about how those changes in fundamental forces would

3    change market outcomes.  So that's what I did.

4        Q.  And then just to go back to foreclosure, you alluded

5    to this earlier.  Now talking about -- how do foreclosure and

6    competitive effects fit together?

7        A.  So, Your Honor, the foreclosure measure that you had

8    asked about and that we talked about, I think of it as it's an

9    input in some sense to thinking about competitive effects.

10    It's a much more circumscribed question.  It's asking, with the

11    contracts in place, what would the effect be on how much of the

12    market is tied up on -- you know, how much that quality

13    improvement by DuckDuckGo could have given it.

14        And that -- you know, what's nice is, okay, I can have a

15    quantitative measure of that that informs me.  But when I get

16    to competitive effects, I'm taking that and I'm taking other

17    information about the market and coming up -- you know, trying

18    to analyze what all of that ends up meaning.  And so in that

19    sense, it's an input.  At least, that's how I think about it.

20        Q.  And if -- but if you're using -- if competitive

21    effects are best measured relative to the but-for world -- or a

22    but-for world, why are you not using a but-for world to

23    estimate foreclosure?

24        A.  For the reason that I said, that it's useful to start

25    by thinking about kind of this fundamental force of what the

1    contracts do.  That's what the foreclosure measure is.  It's,

2    with the contracts in place, what's tied up?  And it's not the

3    end of the analysis.  We're going to take that when we get --

4    we, I.  I'm going to take that when I get to competitive

5    effects and take that -- having learned that, then use that in

6    thinking about what the impact would be.

7        Q.  And Professor, are you aware that Google has argued

8    that you defined foreclosure as the difference in market shares

9    between this world and a but-for world?

10       **A.**  I am.

11       **THE COURT:**  I'm sorry, what was the question?

12   **BY MR. SEVERT:**

13       Q.  Are you aware that Google has argued that you defined

14   foreclosure as the difference in market shares between this

15   world and a but-for world?

16       **A.**  I am.  I think Mr. Schmidtlein said something like

17   that in the opening.

18       Q.  And just to be really clear, do you define foreclosure

19   as the difference in market shares between this world and a

20   but-for world?

21       **A.**  No, absolutely not.  And I say that in my rebuttal

22   report.  As I said, what foreclosure measure -- what the

23   foreclosure measure is measuring is how much of the market is

24   tied up when the contracts are in place.  That's different than

25   when I get to competitive effects and I'm thinking about, gee,

1    how does this all -- how do these contracts all play out.  When

2    I get to competitive effects, I am thinking about but-for

3    worlds.  That's the difference.

4         Q.  Can you explain what's causing the confusion?

5         A.  I think they're conflating what I say about

6    foreclosure and share shifts to what I'm saying about

7    competitive effects.  And so it's -- you know, I think it is --

8    I think sometimes you can -- keeping track of this difference,

9    especially for an academic who does what I do, is a little

10   tricky.  Because in academic papers -- such as many I've

11   written, I might write down a model that has -- I'm looking at

12   the effect of a firm writing exclusive contracts.  It's built

13   into the model, and the model then let's me analyze what the

14   ultimate effect is on outcomes.

15        The literature I -- and I'm one of them, part of that

16   literature, is very loose about the way it uses the word

17   "foreclosure."  It will -- you know, the end of that -- having

18   done all that analysis, proven a theorem, the end of that paper

19   will say -- and in describing the result will say

20   foreclosure -- you know, this outcome is because of

21   foreclosure.  There isn't -- in those papers, in the academic,

22   there isn't this foreclosure measure kind of measuring that

23   first fundamental starting point.  It's in there and that's why

24   people, including myself, describe the whole outcome as the

25   result of foreclosure.  But there isn't a separate foreclosure

1    measure.

2         So it's easy, at least for me, to start that

3    distinction -- which really comes in in this case, and I think

4    it's important, like I think it's really helpful to break that

5    out when you're thinking about this case and have that

6    foreclosure measure.  But it's not something that we normally

7    do in an academic paper.

8         Q.   Okay.  Professor, let's turn to the issue of effects

9    on competition.  Do Google's distribution contracts harm

10   competition?

11        A.   They do.

12        Q.   And why do they lead to reduced competition?

13        A.   So if you go to slide 42, you'll see two things here.

14   So, Your Honor, the way I think about this, there are kind of

15   two distinct ways in which competition is harmed, two

16   mechanisms.  The first mechanism is kind of a direct mechanism

17   coming from reduced scale.  I think you've heard testimony

18   about scale mattering for quality.  We will, I think, talk

19   about that shortly.  But because, you know, reduced scale can

20   direct -- you know, if rivals have reduced scale, that can

21   directly reduce the quality of their search services and their

22   ad as well.  So they -- basically, reduced scale directly

23   weakens rivals as competitors.  So that's one way in which harm

24   occurs from these contracts.

25        The second way is distinct.  It's about incentives.  I've

1    kind of alluded to this a little bit already, which is:  The

2    contracts reduce the incentives for rivals to compete on

3    quality and price -- price in the case of the ad markets.  It

4    does that for Google.  It does that for current search engine

5    rivals.  It does that for potential entrants.  And it also does

6    it for potential distributors.  So I think that's how I -- you

7    know, when I'm thinking about the competitive impact here, I'm

8    thinking about those two kinds of mechanisms.

9        **Q.**  And I think you mentioned you list Google in your

10   second mechanism.  Why is Google listed there?

11       **A.**  So let me -- maybe I'll -- it helps maybe to first --

12   if you don't mind, to say something about current search engine

13   rivals and entrants.  And we're going to come to this.  But if

14   you think about that Super Duck example, DuckDuckGo, if it's

15   thinking about how much to invest in improving its quality,

16   takes account of how much it can possibly get as a benefit.

17   And to the extent that these contracts are in place and tie up

18   the market, there's less that DuckDuckGo can foresee as a

19   benefit of investing.  So that's how DuckDuckGo's incentives or

20   other rivals of Google see their incentives reduced.  Same

21   thing for potential entrants, same story.

22       Mr. Severt, your question was about Google:  So why would

23   Google's incentives be reduced.  Google's incentives are

24   reduced for two reasons.  One is for the same reason that the

25   contracts -- the same point that the contracts tie up the

1   market insulate Google.  So Google doesn't have to worry if I

2   lose -- my quality isn't so good -- or isn't as good as it

3   might have been, I'm going to lose a lot of customers.

4        So it affects Google's incentives in that sense, and

5   having weaker rivals also reduces Google's concerns over losing

6   customers.  So actually, I think nine days ago or whatever it

7   was when we talked about ad markets, ad auctions, we were

8   talking about competition in ad auctions and Usain Bolt; and

9   this image of like it mattered where the rivals -- Usain's

10   rivals were for how fast he would run.  It's the same idea

11   here.  Google is going to run faster if it has more

12   competition.  And then finally, distributors, it's going to

13   matter for them in terms of what they can do in terms of

14   innovation.

15       Q.  Okay.  Let's talk about your first mechanism.  What

16   role does scale play in your competitive effects analysis?

17       A.  So scale is going to matter in a very directive way in

18   this first mechanism.  So if rivals have less scale and scale

19   is important for quality, then rivals are going to be weaker

20   competitors.

21       Q.  As an economist, why do you think you have something

22   useful to tell the Court about scale?

23       A.  So, Your Honor, scale is a central thing that -- in

24   industrial organization.  By that I mean scale impacts market

25   outcomes in a significant way.  The literature in industrial

1    organization is focused on that to a large degree, on how scale

2    effects matter for market outcomes.

3        So if you look at my -- if you looked at my CV and you

4    looked at my papers, like some of my most significant papers

5    are precisely about this.  So a paper that I wrote about tying,

6    for example, which sort of resurrected -- or put -- you know,

7    formalized kind of leveraged theories of tying, what was the

8    key thing that it did.  It posited a world where there were

9    scale economies.  And that had a really big impact on what --

10   how tying contracts could matter.  In papers I've written on

11   exclusive dealing, same thing.  So it's just -- it's just a

12   very central thing in industrial organization.  It's why the

13   markets we look at aren't all number two wheat.

14       And then the last thing I'd say is economists have

15   developed a tool kit, an empirical tool kit, for looking at

16   scale effects.  It's just standard, kind of bread and butter

17   things.  So I think an economist has a lot to say, a lot to

18   bring to the table about the effects of scale on market

19   outcomes.

20       Q.  And as an economist, what kind of evidence did you

21   rely upon to determine whether there were scale effects in this

22   case?

23       A.  So if you go to slide 43, three kinds of things.  One

24   was ordinary course of business documents and testimony.  A

25   second was empirical work that I did using the data that Google

1    and Bing provided to me -- or I shouldn't say to me, but in

2    this case.  And then, finally, looking at the fact that there

3    were significant business decisions that were predicated on

4    scale.

5        Q.  And what does this -- I guess at a high level, what

6    does the scale of various market participants look like in the

7    industry?

8        A.  So, Your Honor, I mean, it's not going to be a

9    surprise, given everything you've seen, that there's a massive

10   scale difference between Google and its rivals.

11       Q.  Is it just total number of queries that's relevant?

12       A.  Right.  So when we look at -- you know, the most

13   immediate thing, of course, is you just think about market

14   shares of queries, like I showed you last time.  Of course

15   there's a big scale difference.  But you can also start

16   looking -- and if you bring up slide 44, you can start looking

17   at kind of a little bit more of like how does that rubber hit

18   the road, like how does it impact things.

19       So here, the whole slide, I guess, except for pieces of

20   the bullet points is redacted.  But what I've done here, Your

21   Honor, is look using Google and Bing data for -- at query

22   phrases that they get.  So I had a week -- I think it says this

23   on here.  Yeah.

24       So seven-day query data.  There was a week where -- in

25   February 2020 where I have data on all the queries that they're

1    getting.  And so I can look at how many -- you know, out of the

2    query phrases Google and Bing got -- by phrases, I mean the

3    exact -- the things that were put in as keyword searches, okay.

4    Not the number of queries here but the query phrases.

5         So here what I'm showing you is out of the query phrases

6    Google and Bing got overall, that one of them got or maybe both

7    of them got, how many were received only by Google, that's in

8    red.  How many were received only by Bing, that's in blue.  And

9    how many did they both receive.

10        So what you can see on the left -- and it's showing it on

11   the left for all devices, on the right for PCs and -- I mean,

12   in the middle for PCs and on the right for mobile.  If you look

13   on the left you can see a very -- an extremely high share of

14   query phrases is only received by Google.  It's even higher in

15   mobile, all the way to right.

16        Now -- and then down at the bottom are two further -- you

17   know, the first bullet point is just also saying this is just

18   if you received things but if you look, say, at query

19   phrases -- the first bullet point is saying if you look at

20   query phrases that Google received in this week between one and

21   four times, what share were seen by Bing and what share

22   weren't.  You can see it's a number close to a hundred percent

23   that were not seen by Bing.

24        Q.  Professor, aren't a lot of the queries that Google

25   sees very infrequent?  A lot of them are tail queries or maybe

1    they're not important?

2         A.   Right.  So this is talking about queries -- you know,

3    query phrases overall.  And, of course, the ones -- you know,

4    these phrases that Bing isn't seeing that Google is, they are

5    what you would call tail queries.  They're not frequently seen,

6    which is why Bing is not seeing them at all, given that it's

7    small traffic.

8         You might ask -- a completely immediate question would be,

9    well, okay, maybe tail queries aren't important.  I'd say they

10   are important, and there's two ways you can kind of capture --

11   look at that.  One, if you look at what share of queries this

12   represents, okay, so that -- what share of queries is Google

13   seeing that isn't seen by Bing, that's the second bullet point.

14        And you can see, yeah, okay, even if when I count the

15   number of queries, in aggregate these tail queries add up to a

16   lot.  So a lot of queries are not seen -- in aggregate are not

17   being seen by Bing and are being seen by Google.

18        The second thing is tail queries are an important

19   differentiator.  I think you've heard testimony -- I think it

20   was in testimony by Mr. Giannandrea, when he was advising

21   Apple -- when Microsoft made an attempt in 2018 to do a joint

22   certain deal with Apple or sell Apple Bing, he spent some time

23   evaluating Bing.  And what he said was, well, it's pretty good

24   most of the time but, like, then you get some tail -- you put

25   in some tail query and it's terrible.  I mean, I don't know if

1    the word was terrible.

2         THE COURT:  No, no, this was his Eurythmics, Annie Lennox

3    example.

4         THE WITNESS:  Okay.  So you can see from that what it was

5    doing in the tail was really important.  Like anyone can do

6    well -- you know, not anyone.  I can't do well in the head.

7    But Bing can do well in the head toward queries, but the

8    differentiator is in the tail.

9         THE COURT:  Sorry, can we just back up.  Can you help me

10   understand what these percentages are and what they represent

11   one more time because I'm just trying to understand why these

12   numbers are different and what they represent.

13        THE WITNESS:  Okay.  So on the left it's saying, if I look

14   at all the query phrases put in on -- into Google and Bing --

15   Google and/or Bing in that week, Annie Lennox, Talking Heads,

16   Baltimore Orioles, whatever it is, I look at all of them.  The

17   red percent, the percent in the red, is saying that out of all

18   those phrases, that percent are phrases that only Google is

19   seeing in that week.  Bing doesn't see them at all.

20        THE COURT:  So these are unique --

21        THE WITNESS:  Phrases.

22        THE COURT:  Unique phrases?

23        THE WITNESS:  Yes.

24        THE COURT:  In other words, anything that is seen on both

25   search engines --

1      **THE WITNESS:**  That's in the green.

2      **THE COURT:**  That's in the green?

3      **THE WITNESS:**  Yes.

4      **THE COURT:**  Okay.

5      **THE WITNESS:**  And then anything that's seen only by Bing

6   is in the blue.

7      **THE COURT:**  Okay.

8      **THE WITNESS:**  And then if you look to the right, it's

9   doing the same exercise but restricting to queries that were

10  put in in that week on PCs, and doing the same calculation.

11  And then on the right -- sorry, in the middle.  And on the

12  right, restricting to queries that were put in on mobile

13  phones, and doing the same calculation.

14     **THE COURT:**  Okay.  And so the first bullet, then, is the

15  number of phrases seen between a particular number of times.

16  That number is higher.

17     **THE WITNESS:**  Right.  So what this is saying is of that

18  very big number of queries that Google is seeing, some of them

19  had seen a lot, some had seen little.  I was just saying, let's

20  even focus on the tail of the tail, like queries that Google

21  has just seen between one and four times in that week.  And in

22  the tail of the tail, yeah, just like you said, you get an even

23  bigger number.

24          And I don't know if you want to -- want me to also say

25  something about the second bullet point?

1          THE COURT:  If you would, yes.

2          THE WITNESS:  So the second bullet point is saying, well,

3     okay, you know, fine, a skeptic might say fine, you just showed

4     me that Google -- of these query phrases, you know, these

5     weird -- you know, there are all these weird query phrases, and

6     sure, Google's seeing those and Bing isn't.  But they're weird

7     and they're almost never put in, and, like, they don't add up

8     to much.

9          Actually -- so what the second pull bullet point is saying

10    is yeah, they do.  When you take a count of how many times each

11    query is put in and you add up the -- you take that red and you

12    take a count of how many times each of the things in the red

13    is -- each of these things is put in and you just count what

14    share of queries, not query phrases but queries, the red would

15    be -- red would be the share that is in the second bullet.

16         THE COURT:  I see.  Okay.  So that second bullet point is

17    a percentage based on total queries, not --

18         THE WITNESS:  Correct.

19         THE COURT:  -- unique phrases?

20         THE WITNESS:  Yes.  So it's just trying to say does it add

21    up to something.

22         THE COURT:  Okay.

23         THE WITNESS:  And the answer is yes.

24         THE COURT:  Okay.  Terrific, thank you.

25    BY MR. SEVERT:

1    **Q.**  And Professor, let's start by talking about the effect

2    of Google scale advantages on the user side.  Have you seen

3    documents that scale impacts a search engine's quality for

4    consumers?

5    **A.**  I have.

6    **Q.**  What have you seen?

7    **A.**  If you'd bring up slide 45.  Your Honor, this is a

8    2017 Google document that I know you've seen before.  It was

9    authored by Dr. Lehman.  I think he testified about it, that it

10   was a presentation to people in charge of user interface or

11   something to make sure that users really took account of --

12   would click on the things that they cared about.  The first

13   point of this is not -- actually, before that, which is just,

14   okay, this is how -- this is not how search works on the left.

15   On the right it's how search does work.

16       He was trying to motivate, he said, the Google employees

17   in charge of user interface that, yeah, let's make really sure

18   that, like, it's easy for people to click on the things they

19   think are important.  But that's the point.  He wanted to have

20   that information because it was useful for ranking.  And yes,

21   it was motivating them, but it was motivating them with the

22   reason that clicks are important.

23   **Q.**  Have you seen other evidence of Google employees

24   discussing the importance of scale?

25   **A.**  I have.  So if you go to the next slide, slide 46.

1    Again, this is something that you've seen before when Hal

2    Varian testified.  You know, the whole back and forth around

3    the -- whether scale mattered around the time of the

4    Yahoo!-Microsoft deal in 2009, and how strongly Marissa Mayer

5    and Udi Manber felt about the importance of scale.

6        Q.  In addition to the documentary evidence, did you

7    review any testimony during this trial about scale and its

8    impact on quality?

9        A.  I did.  So if you bring up slide 47.  Your Honor,

10   you've seen all of these.  This is just an excerpt of trial

11   testimony from Mr. Parakhin, trial testimony from Dr. Lehman

12   and e-mail in the record from John -- from Mr. Giannandrea, all

13   of which are about how scale matters because seeing user clicks

14   and user behavior.

15       Q.  Professor, have you reviewed any evidence that

16   Google's algorithm makes use of a significant amount of user

17   data?

18       A.  I have.  So if you go to slide 48.  So this, Your

19   Honor, is talking about navboost.  I think you've heard of

20   navboost, which is not only one of the components of Google's

21   ranking system, but to this day still considered the most

22   powerful.  And how much -- you know, how navboost is using user

23   clicks.

24       What it does is it uses that information to help determine

25   ranking, what should be at the top of -- what organic results

1    should be at the top of the SERP, of the results page.  So at

2    the top are two -- on the left, a document that Eric Lehman

3    authored, just describing what navboost is in essence and that

4    it's still the most potent.  That's from 2016.  On the right,

5    trial testimony about what navboost does.

6         And importantly, on the right, let me just say something

7    about how much data it uses, so how many months of data Google

8    is using as an input into training navboost.  And at the

9    bottom, back when Amit Singhal, who was putting in for a

10   Founder's Award nomination -- or was put in, in 2006 his team

11   came up -- I think either him personally or his team came up

12   with navboost.  And the way he described it is:  Navboost has

13   locked out small players from the ranking game.

14        And the reason he described it that way is because he's

15   using user data and a lot of user data.  And one way to put the

16   impact of this, Your Honor, is if you go back to the comment of

17   Eric Lehman about how many months of data -- the question about

18   how many months of data navboost is using, and you asked

19   yourself how many -- how long would it take Microsoft -- how

20   much data would Microsoft at its current share have to use to

21   use -- get the same amount of data.  It's basically like 16 or

22   17 years of data.  And, obviously, the 16-year-old data is not

23   going to be very useful when we start looking at that.

24        Q.  Is it just algorithm training where scale matters for

25   search services quality?

1     **A.**   No.   If you bring up the next slide, slide 49.   So

2     really important thing, Your Honor, is that it's not -- and

3     again, I think you've heard some of this.   It's not just

4     training the current algorithms.   It's also developing the

5     current algorithms.   And a key thing that they used to develop

6     these algorithms and approve them are live-traffic experiments

7     where they'll take some actual queries and they have some idea

8     for an improvement in the algorithm, and they'll use the new

9     algorithm and see how good the outcome is.

10         And so the thing is that when you don't have a lot of

11    scale, you can't do a lot of these experiments.   And moreover,

12    the experiments that you do will tend to have smaller samples.

13    So it's either going to be less precise, if you let the

14    experiment go for the same amount of time, or it's going to

15    have to go a lot longer.   That's just a basic property of

16    statistics:   The bigger the sample, the more precise the

17    results.   And so -- and you can see here testimony to that

18    effect from Jon Tinter -- Mr. Tinter, from Mr. Parakhin and

19    Mr. Weinberg about what impact it has on experimentation.

20         Actually, one thing, I was here during Hal Varian's

21    testimony, as I've mentioned before.   You know, he had this

22    thing that he would say that, like, it's not the ingredients,

23    it's the recipe.   I'm paraphrasing.   By that, what he meant

24    is -- he was trying to argue it's not the data, the

25    ingredients, it's that we've learned how to use the data.   It's

1    the recipes.  But the thing he was leaving out is this:  That,

2    like, the way you figure out the recipes is by having a lot of

3    data that you can use for experimenting.

4        Q.   Professor, have you done any empirical analysis of

5    scale effects on search services quality?

6        A.   I have.  So if you go to slide 50.  This is redacted,

7    Your Honor, so I won't say the numbers.  But let me describe

8    what is here.  So we've talked -- and I think you've heard

9    testimony about this and I think I also mentioned it nine days

10   ago, about IS scores.  It's the way Google measures quality of

11   organic search results.

12       What I'm showing here is using Google and Bing data --

13   actually, sorry, this is all coming from Google, where they

14   also -- they evaluated their own IS scores and they evaluated

15   Bing's IS score.  And this is split by whether it's a popular

16   query -- and I think we've also used words like head query or a

17   tail query.  And this is -- sorry, hang on one second.  Okay.

18       So the title -- let me just make a correction here.  It

19   shouldn't say "by month" at the top, because it's actually for

20   this -- it's overall, over this period from July 2020 to

21   September 2021.  That's something that should have been

22   deleted.

23       But what is this doing?  It's showing you on the left what

24   the IS score was for their popular queries, for Google in red

25   and Bing in blue.  And on the right it's showing you their IS

1    scores for Google and Bing for tail queries.  And what you can

2    see from this is two things.

3         Number one, the most striking thing is IS scores are way

4    higher, way higher for popular queries than tail queries.  And,

5    remember, the last time I talked, to kind of give you context,

6    I said how a 4-point IS score difference is very significant

7    and how Google hopes to get -- I think Dr. Lehman testified to

8    this -- hopes to get a one-point improvement in a year.  I

9    mean, these differences are much bigger than that between

10   popular and tail.

11        The second thing that you can see is on popular, Bing is

12   close.  It's a little bit below Google in IS score.  But on

13   tail queries, it's more significantly below.  And so you kind

14   of can see this point that it's in the tail where scale matters

15   most.

16        THE COURT:  So the difference here, in your estimation,

17   between Google and Bing and the tail queries is significant

18   based upon what Dr. Lehman --

19        THE WITNESS:  Correct.

20        THE COURT:  -- said was the key scale?

21        THE WITNESS:  Yes.

22        THE COURT:  Okay.

23        THE WITNESS:  And it's bigger than what you see in popular

24   queries where Bing can be more successful because it's seeing

25   the queries.  Popular queries it tends to see; tail queries,

1   no.

2   BY MR. SEVERT:

3       Q.  Did you do any other empirical analysis relating to

4   the effect of scale on search quality results, Professor

5   Whinston?

6       A.  I did.  So, Your Honor, another analysis that I did --

7   and I'm not sure whether -- I can't remember whether you've

8   heard anything about this or not.  But Google will use and has

9   historically used the length of clicks that a user puts in as a

10  measure of whether it was a good result.  In particular, that

11  if a user clicks a very short click -- so in other words, it

12  clicks -- the user clicks, goes to the website and immediately

13  comes back, that's bad.  And if -- you know, it shows that they

14  weren't satisfied with what they saw.

15      Of course, it's not perfect because maybe they got --

16  occasionally get a piece of information and they're happy and

17  they come back.  But Google has looked to that as a measure of

18  poor quality and long clicks as a measure of high quality, and

19  has this measure that they have tracked called click split,

20  which is the ratio of long clicks to short clicks.

21      And so what I did is an analysis of looking at Google and

22  looking at how click split is related to scale.  And so what

23  you find is that head queries have a better click split than

24  torso queries, which are kind of the middle category that was

25  left out in the previous -- you know, we looked at popular and

1    tail.  There's also torso in the middle.

2        Click splits are better for head, significantly, than

3    torso, and torso is better than tail.  And that's controlling

4    for things like what vertical -- you know, you might worry,

5    like, oh, there are confounding effects.  Head queries maybe

6    are in shopping categories and tail queries are for -- I don't

7    know what.  I actually think Annie Lennox is probably

8    frequently looked at.  But whatever the categories are,

9    controlling for that, controlling for the complexity of the

10   query, things like that, and you still see it.

11       **THE COURT:**  So the idea is that -- and it's intuitive, is

12   that for the head queries, the click period is longer; in other

13   words, there's -- sorry, there's less clicking back to the

14   start page?

15       **THE WITNESS:**  Correct.

16   **BY MR. SEVERT:**

17       **Q.**  And then, Professor, I think you've at various times

18   today talked about mobile separately from everything else.  Why

19   is that?

20       **A.**  I think there's a really important issue here, is to

21   what extent -- if you are talking about scale, you know, it's

22   scale on what.  So is it overall scale across all devices; is

23   it scale within a device.  And in particular, does scale in

24   mobile matter distinctly for how good you are in mobile.  So

25   that's why I kind of have talked about mobile.

1       And, of course, just to be really clear, all the growth

2    in -- you know, everything I talk about when I talk about

3    mobile, it's important to remember mobile is where the market

4    is growing.  Like, PC queries are, like, flat and have been for

5    a long time.

6       Q.  Is there any testimony you relied upon to -- in

7    considering whether mobile queries are different from desktop

8    queries?

9       A.  Yes.  So if you bring up slide 51.  This is something

10   from the deposition of Pandu Nayak.  Mr. Nayak was VP of

11   search.  So he was asked -- or his answer to a question about

12   this topic was that there are some striking differences that

13   come up between mobile queries and PC queries.  What are they?

14   Well, mobile queries tend to be much more local.  They're local

15   seeking, the intent is more local.  And then he gives this -- I

16   didn't bold it, but it's here, this great example of Bank of

17   America.  And so -- which shows you that the same query can

18   have a different meaning when it's on desktop or on mobile.  So

19   what he says is, well, if someone puts in Bank of America on

20   their desktop, they're probably interested in online banking.

21   But if someone puts in Bank of America on their mobile phone,

22   they want to know where the nearest ATM or branch is.  So the

23   exact same literal query phrase can have a different meaning,

24   one versus the other.

25       Q.  And have you seen, Professor, evidence in documents

5800

1    that scale on mobile devices distinctly impacts a search

2    engine's competitiveness for mobile queries?

3        A.   Yes.  Yes, I have.  So if you go to slide 52.  This is

4    a document from -- that was authored by Mr. Giannandrea.

5    Again, where he's -- you know, it's from 2018 during the same

6    time when there was a discussion about a possible

7    Microsoft-Apple deal.

8        And what he's saying is not having mobile queries at scale

9    is a huge liability for Bing, since the most important search

10   signal is engagement.  He says it's not impossible to do okay,

11   but it's a huge liability.  And so that's just capturing this

12   thing that, like, if you want to do well on mobile, in quality,

13   you need to see the mobile stream.  You need to see what's

14   happening on mobile.

15       Q.   Is there any empirical evidence of the difference

16   between search on mobile phones and search on PCs?

17       A.   There is.  So if you bring up slide 53.  Your Honor,

18   this is -- it's all redacted.  So, again, I won't say the

19   numbers.  But it's kind of a similar kind of exercise to what

20   we talked about when we were looking at what Bing saw versus

21   what Google saw, except here what I'm doing is I'm asking, on

22   the left for Google, of the phrases that are put in on mobile

23   phones, what share of them are only put in on mobile phones.

24   So that's the blue on the left for Google.

25       The green are the mobile -- the query phrases that are put

1    in -- hopefully, I said query phrases before, not queries.  The

2    query phrases that are put in on mobile phones that are also

3    put in on PCs.  And what you can see on the left is the vast

4    majority of mobile query phrases that are put in on mobile

5    phones are only put in on mobile phones.

6         You see the same thing on the right for Bing.  The

7    percentages are a little different because, of course, Bing has

8    a different ratio of the queries it's seeing on mobile versus

9    desktop.  It doesn't see very much on mobile.

10         And at the bottom you see kind of, you know, one kind of

11    obvious kind of statistic where you could start, which is if

12    you asked, like, what share of query phrases that include the

13    words "near me," what share of them are on mobile phones, the

14    answer, 86 percent.  I'm sorry, I didn't mean to say that.  I

15    apologize.  In the bullet point at the bottom.

16         **Q.**  And what does this evidence tell you about rivals'

17    ability to compete with Google?

18         **A.**  It means, as I was saying, that if you don't have

19    scale on mobile, it's going to be really hard for you to do

20    well in quality on mobile.

21         **Q.**  Professor, have you seen evidence of significant

22    business decisions predicated on scale?

23         **THE COURT:**  Counsel, why don't we take a pause since it

24    sounds like you're moving to a slightly different subject.

25         **MR. SEVERT:**  Sure.

1           THE COURT:  So we are approaching the 12:30 hour.  We will

2     take our lunch, and we'll resume at 1:30.

3           Professor, I'll just ask you not to discuss your testimony

4     with anyone during the break.  Thank you, everyone.  See you

5     shortly.

6           (Lunch recess taken at 12:29 p.m.)

1                    <u>**C E R T I F I C A T E**</u>

2

3              I, **Jeff M. Hook, Official Court Reporter,**

4    certify that the foregoing is a true and correct transcript of

5    the record of proceedings in the above-entitled matter.

6

7

8

9    <u>October 16, 2023</u>              _____

10           **DATE**                        **Jeff M. Hook**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**BY MR. SEVERT:**
**[20]**  5711/2
5711/9 5711/22
5727/3 5731/21
5737/19 5738/22
5743/1 5749/15
5752/5 5755/3
5758/10 5761/6
5763/5 5770/13
5772/18 5779/11
5790/24 5797/1
5798/15
**DEPUTY CLERK: [1]**
5708/1
**MR. CAVANAUGH:**
**[2]**  5710/15
5759/3
**MR. DINTZER: [4]**
5710/13 5759/2
5759/9 5759/22
**MR. SCHMIDTLEIN:**
**[7]**  5710/9
5751/4 5751/6
5759/4 5761/20
5762/3 5762/7
**MR. SEVERT: [5]**
5710/24 5711/6
5711/20 5762/5
5801/24
**THE COURT: [80]**
5708/7 5710/10
5710/16 5710/20
5711/7 5725/10
5726/6 5727/2
5731/5 5731/13
5731/18 5734/18
5734/25 5735/9
5737/16 5738/12
5738/14 5738/17
5739/3 5739/10
5739/19 5740/7
5740/24 5741/10
5741/19 5742/3
5747/16 5747/23
5749/7 5749/13
5750/25 5751/5
5751/7 5754/5
5754/19 5754/25
5757/9 5757/22
5757/24 5758/5
5758/12 5758/20
5759/12 5759/23
5761/18 5762/2
5762/8 5762/19
5769/2 5769/6
5770/4 5770/21
5771/1 5771/16
5771/20 5771/25
5772/17 5779/10
5788/1 5788/8
5788/19 5788/21
5788/23 5789/1
5789/3 5789/6
5789/13 5789/25
5790/15 5790/18
5790/21 5790/23

5796/15 5796/19
5796/21 5798/10
5801/22 5801/25
**THE WITNESS: [63]**
5710/19 5711/8
5725/16 5726/13
5731/10 5731/14
5731/19 5734/24
5735/2 5735/10
5737/18 5738/13
5738/15 5738/18
5739/9 5739/16
5739/20 5740/16
5741/3 5741/11
5742/1 5742/4
5747/22 5747/25
5749/12 5749/14
5751/9 5754/13
5754/23 5755/1
5757/14 5757/23
5758/1 5758/7
5762/17 5762/21
5768/24 5769/1
5769/4 5769/7
5770/7 5770/25
5771/3 5771/19
5771/23 5772/1
5788/3 5788/12
5788/20 5788/22
5788/25 5789/2
5789/4 5789/7
5789/16 5790/1
5790/17 5790/19
5790/22 5796/18
5796/20 5796/22
5798/14

**-**

**-Microsoft [1]**
5792/4

**1**

**1 percent [2]**
5733/24 5737/9
**10 [1]** 5733/12
**10 percent [1]**
5738/9
**10036 [1]** 5705/24
**109 [1]** 5709/1
**10:59 a.m [1]**
5758/19
**11 [1]** 5716/16
**1100 [1]** 5705/14
**1133 [1]** 5705/23
**11:00 [1]** 5758/16
**11:15 [1]** 5758/16
**11:17 a.m [1]**
5758/20
**12 [2]** 5709/1
5717/12
**1257 [1]** 5709/15
**12:29 p.m [1]**
5802/6
**12:30 hour [1]**
5802/1
**13 [1]** 5719/23
**1300 [1]** 5706/4
**14 [1]** 5722/6
**15 [1]** 5723/1

**15 minutes [1]**
5733/13
**16 [3]** 5705/5
5724/8 5793/21
**16-year-old [1]**
5793/22
**17 [4]** 5724/17
5767/17 5769/10
5772/13
**17 percent [15]**
5766/22 5768/19
5769/3 5769/9
5769/16 5770/5
5770/13 5771/2
5771/2 5771/3
5771/4 5771/14
5771/17 5771/21
5772/13
**17 years [1]**
5793/22
**18 [2]** 5725/7
5727/5
**19 [3]** 5727/8
5729/6 5729/8
**1:20-cv-3010 [1]**
5705/4
**1:30 [1]** 5802/2

**2**

**20 [1]** 5728/23
**20-3010 [1]**
5708/2
**20-point [1]**
5743/20
**20001 [2]** 5705/18
5706/25
**20005 [1]** 5705/15
**20024 [1]** 5706/9
**2005 [2]** 5720/15
5720/18
**2006 [2]** 5720/15
5793/10
**2009 [1]** 5792/4
**2014 [4]** 5719/3
5729/25 5730/9
5775/8
**2015 [2]** 5742/6
5742/7
**2016 [9]** 5713/15
5717/16 5723/3
5723/5 5724/9
5751/17 5761/12
5762/24 5793/4
**2017 [7]** 5717/17
5724/19 5724/20
5730/25 5742/9
5743/15 5791/8
**2018 [6]** 5722/14
5723/2 5723/21
5723/23 5787/21
5800/5
**2020 [6]** 5728/3
5762/24 5773/1
5773/6 5785/25
5795/20
**2021 [7]** 5719/17
5735/7 5736/8
5751/20 5761/12
5761/12 5795/21

**2023 [1]** 5705/5
**209 [1]** 5705/20
**21 [1]** 5729/20
**210 [1]** 5709/18
**22 [1]** 5705/7
**2200 [2]** 5705/23
5705/24
**23 [1]** 5730/4
**24 [1]** 5731/23
**25 [1]** 5735/3
**26 [2]** 5739/2
5742/5
**27 [1]** 5744/14
**28 [2]** 5709/1
5744/21
**29 [1]** 5744/24

**3**

**30 [1]** 5746/1
**30 percent [3]**
5734/3 5737/9
5773/24
**3010 [2]** 5705/4
5708/2
**31 [1]** 5750/11
**32 [1]** 5752/11
**321 [1]** 5709/17
**33 [5]** 5752/22
5758/9 5766/17
5769/4 5770/25
**33 percent [20]**
5750/12 5750/18
5750/24 5755/12
5756/1 5758/6
5758/10 5765/2
5765/3 5766/17
5767/5 5767/16
5768/7 5768/13
5768/20 5768/21
5769/24 5770/3
5770/23 5771/13
**33 percent's [1]**
5756/18
**333 [1]** 5706/24
**34 [1]** 5755/6
**35 [4]** 5758/12
5761/9 5761/9
5761/10
**35 percent [1]**
5743/5
**36 [2]** 5743/18
5763/16
**36 percent [1]**
5773/6
**37 [1]** 5765/7
**37 percent [1]**
5743/18
**38 [3]** 5765/23
5768/4 5770/22
**39 [3]** 5770/18
5772/21 5773/8

**4**

**4-point [1]**
5796/6
**40 [2]** 5773/5
5773/8
**41 [1]** 5774/2
**415 [1]** 5709/15

**42 [1]** 5781/13
**43 [1]** 5784/23
**44 [1]** 5785/16
**45 [1]** 5791/7
**45 percent [2]**
5773/1 5773/25
**450 [1]** 5705/17
**46 [1]** 5791/25
**467 [1]** 5709/14
**47 [1]** 5792/9
**48 [1]** 5792/18
**49 [1]** 5794/1
**49.7 [1]** 5763/19
**491 [1]** 5709/18

**5**

**50 [16]** 5758/1
5758/6 5758/9
5763/20 5763/21
5767/16 5769/3
5769/9 5769/9
5771/5 5771/9
5772/14 5772/15
5772/16 5772/17
5795/6
**50 percent [24]**
5739/9 5755/7
5755/7 5755/25
5757/10 5758/9
5762/23 5763/20
5765/11 5765/17
5765/19 5765/20
5765/24 5766/23
5768/2 5768/8
5768/14 5769/14
5770/11 5771/3
5771/12 5771/18
5771/23 5772/6
**51 [1]** 5799/9
**52 [1]** 5800/3
**53 [1]** 5800/17
**5711 [1]** 5707/4
**5:00 [1]** 5759/18

**6**

**60 [1]** 5743/13
**600 [1]** 5705/20
**60604 [1]** 5705/20
**615 [1]** 5709/17
**63 percent [1]**
5743/17
**65 percent [1]**
5743/13
**680 [1]** 5706/8

**7**

**7 percent [2]**
5776/20 5777/25
**70 [1]** 5734/7
**70 percent [1]**
5734/5
**767 [1]** 5709/14
**7th [1]** 5706/4

**8**

**80203 [1]** 5706/4
**86 percent [1]**
5801/14
**87.7 percent [1]**

**8**

**87.7 percent...
[1]** 5736/25

**9**

**99 [2]** 5733/21
5733/25
**99 percent [2]**
5733/22 5734/4
**9:33 [1]** 5705/6

**A**

**a.m [3]** 5705/6
5758/19 5758/20
**ability [2]**
5732/24 5801/17
**able [5]** 5753/10
5756/20 5765/16
5765/18 5777/24
**above [1]** 5803/5
**above-entitled [1]**
5803/5
**absence [4]**
5774/23 5774/23
5774/24 5775/10
**absolute [1]**
5728/15
**absolutely [1]**
5779/21
**academic [4]**
5780/9 5780/10
5780/21 5781/7
**access [11]**
5714/12 5715/6
5729/14 5756/21
5761/23 5762/14
5766/6 5774/16
5775/20 5775/21
5777/6
**accessed [1]**
5742/13
**accomplishes [1]**
5739/15
**account [3]**
5714/11 5782/16
5791/11
**accounts [1]**
5747/25
**achieve [1]**
5770/12
**achieved [1]**
5771/22
**acronym [1]**
5721/11
**across [2]**
5725/18 5798/22
**action [2]** 5705/3
5708/2
**activation [1]**
5713/23
**actual [7]**
5728/20 5731/8
5732/4 5750/2
5750/9 5751/3
5794/7
**actually [33]**
5718/22 5720/17
5721/8 5721/9

5721/19 5721/20
5721/22 5722/21
5724/1 5725/1
5725/15 5729/1
5729/2 5731/16
5731/17 5731/20
5736/13 5736/17
5736/22 5738/14
5742/12 5744/2
5747/3 5758/13
5772/3 5773/15
5783/6 5790/9
5791/13 5794/20
5795/13 5795/19
5798/7
**ad [12]** 5735/22
5735/23 5770/19
5772/22 5772/25
5773/2 5773/6
5781/22 5782/3
5783/7 5783/7
5783/8
**ad revenue [1]**
5772/22
**ADAM [2]** 5705/16
5710/25
**add [6]** 5758/17
5771/5 5787/15
5790/7 5790/11
5790/20
**addition [1]**
5792/6
**additional [2]**
5740/9 5740/10
**address [1]**
5759/19
**addressed [1]**
5759/21
**adds [1]** 5765/10
**administrative [1]**
5708/16
**ads [5]** 5713/17
5714/3 5770/17
5772/20 5773/9
**advance [1]**
5709/10
**advantages [1]**
5791/2
**advertisers [5]**
5712/13 5712/21
5713/7 5774/6
5774/11
**advertising [1]**
5773/4
**advising [1]**
5787/20
**affect [1]**
5742/21
**affected [8]**
5753/15 5755/10
5755/21 5758/4
5764/2 5764/3
5765/13 5765/21
**affecting [2]**
5723/18 5751/13
**affects [1]**
5783/4
**afraid [1]**
5762/18

**afternoon [2]**
5708/12 5760/1
**again [27]**
5710/21 5716/1
5718/16 5721/22
5722/7 5722/8
5724/17 5724/23
5728/9 5730/5
5735/10 5739/20
5742/6 5742/22
5744/25 5753/12
5760/2 5760/14
5770/20 5770/21
5771/20 5771/25
5774/3 5792/1
5794/3 5800/5
5800/18
**against [3]**
5747/1 5767/5
5769/23
**aggregate [2]**
5787/15 5787/16
**aggregated [1]**
5762/6
**ago [8]** 5730/21
5732/22 5733/13
5743/21 5758/22
5773/13 5783/6
5795/10
**agreed [1]**
5715/17
**agreement [3]**
5757/14 5760/23
5761/3
**agreements [3]**
5715/12 5763/23
5774/17
**ahead [5]** 5734/20
5739/20 5754/21
5755/1 5761/6
**aimed [1]** 5764/24
**al [2]** 5705/3
5708/3
**algorithm [4]**
5792/16 5793/24
5794/8 5794/9
**algorithms [3]**
5794/4 5794/5
5794/6
**allegation [1]**
5768/10
**allow [2]** 5708/22
5714/5
**alluded [2]**
5778/4 5782/1
**almost [7]**
5731/16 5731/20
5743/20 5745/9
5756/2 5761/10
5790/7
**along [1]** 5764/12
**alter [1]** 5726/12
**alternate [1]**
5726/13
**alternative [3]**
5714/12 5715/7
5715/8
**alternatives [3]**
5777/13 5777/15

5777/18
**although [1]**
5709/11
**altogether [1]**
5710/8
**amazing [1]**
5772/10
**AMERICA [5]**
5705/3 5708/3
5799/17 5799/19
5799/21
**American [2]**
5736/5 5744/12
**Americanism [1]**
5744/18
**Americas [1]**
5705/23
**AMIT [2]** 5705/10
5793/9
**amount [9]**
5728/20 5730/20
5748/5 5761/14
5762/10 5772/12
5792/16 5793/21
5794/14
**amplification [1]**
5747/19
**analyses [1]**
5724/16
**analysis [21]**
5712/15 5714/11
5716/10 5720/12
5722/9 5730/3
5730/19 5737/12
5738/4 5745/17
5753/7 5770/17
5776/17 5777/21
5779/3 5780/18
5783/16 5795/4
5797/3 5797/6
5797/21
**analyze [2]**
5778/18 5780/13
**analyzing [1]**
5716/13
**and/or [1]**
5788/15
**Android [17]**
5713/2 5714/15
5714/15 5724/16
5727/10 5728/9
5728/10 5728/11
5738/14 5738/15
5738/17 5742/22
5743/12 5744/16
5744/20 5763/10
5763/12
**Annie [3]** 5788/2
5788/15 5798/7
**announced [1]**
5759/25
**anti [4]** 5711/19
5713/5 5744/12
5744/18
**anti-American [1]**
5744/12
**anti-Americanism
[1]** 5744/18
**anti-competitive
[2]** 5711/19

5713/5
**Antitrust [1]**
5706/3
**anymore [2]**
5745/9 5756/6
**apace [1]** 5759/21
**apologize [1]**
5801/15
**app [2]** 5757/22
5763/8
**apparent [1]**
5760/20
**APPEARANCES [2]**
5705/12 5706/1
**appears [1]**
5715/14
**Apple [49]** 5713/2
5713/9 5713/10
5713/12 5713/13
5713/16 5713/19
5713/21 5713/21
5713/25 5713/25
5714/2 5714/3
5714/9 5716/13
5716/21 5717/12
5717/16 5717/17
5718/15 5718/17
5718/18 5718/21
5719/14 5719/15
5721/8 5721/9
5721/10 5721/10
5721/11 5721/12
5721/15 5723/9
5724/6 5724/7
5727/10 5728/23
5729/17 5744/17
5748/3 5757/14
5761/17 5761/21
5763/13 5776/15
5787/21 5787/22
5787/22 5800/7
**Apple's [2]**
5724/9 5728/3
**apples [2]**
5748/15 5748/15
**applies [2]**
5728/18 5732/25
**apply [2]** 5733/1
5770/17
**appreciate [1]**
5710/1
**approach [1]**
5711/7
**approaching [1]**
5802/1
**approve [1]**
5794/6
**approximately [1]**
5763/20
**Areeda [2]**
5752/23 5753/2
**arguably [2]**
5757/18 5763/1
**argue [1]** 5794/24
**argued [2]** 5779/7
5779/13
**argument [1]**
5745/21
**arises [1]** 5710/4

around - buy

5806

**A**

**around [7]**
5715/12 5717/11
5717/16 5717/16
5772/3 5792/2
5792/3

**aside [2]**   5720/16
5750/14

**assessing [1]**
5719/21

**assignment [4]**
5711/12 5711/13
5711/15 5711/24

**assignments [1]**
5712/4

**associated [1]**
5775/1

**assume [3]**   5740/8
5758/24 5771/17

**assuming [1]**
5754/21

**assumption [1]**
5741/7

**assumptions [2]**
5717/24 5720/22

**ATM [1]**   5799/22

**attempt [1]**
5787/21

**attention [1]**
5746/14

**attorney [1]**
5708/6

**Attorneys [2]**
5708/3 5708/5

**attract [4]**
5734/15 5765/16
5765/18 5772/11

**attributable [1]**
5761/23

**attributed [2]**
5754/11 5754/15

**auction [4]**
5735/18 5735/22
5735/23 5735/25

**auctions [2]**
5783/7 5783/8

**August [2]**   5742/9
5743/15

**August 2017 [1]**
5743/15

**authored [3]**
5791/9 5793/3
5800/4

**authorities [1]**
5742/8

**available [5]**
5759/18 5760/11
5768/5 5768/11
5768/17

**Avenue [3]**
5705/23 5706/8
5706/24

**average [1]**
5719/10

**averaged [1]**
5721/3

**Award [1]**   5793/10

**aware [2]**   5779/7

**away [8]**   5716/4
5716/5 5718/9
5720/24 5725/14
5725/16 5728/7
5740/23

**B**

**back [32]**   5710/18
5710/19 5710/20
5710/23 5717/25
5720/15 5720/18
5723/3 5725/7
5729/6 5730/24
5730/25 5736/12
5736/13 5753/12
5755/20 5758/20
5759/10 5759/15
5761/8 5768/19
5770/22 5773/21
5775/8 5778/4
5788/9 5792/2
5793/9 5793/16
5797/13 5797/17
5798/13

**background [1]**
5710/2

**backward [1]**
5775/11

**bad [1]**   5797/13

**balancing [1]**
5760/4

**Baltimore [1]**
5788/16

**bang [1]**   5772/8

**Bank [3]**   5799/16
5799/19 5799/21

**banking [1]**
5799/20

**Bankruptcy [1]**
5706/24

**based [9]**   5719/1
5719/1 5719/10
5721/6 5723/6
5740/13 5770/6
5790/17 5796/18

**basic [1]**   5794/15

**basically [10]**
5720/2 5720/21
5723/15 5723/17
5760/4 5766/14
5771/6 5775/11
5781/22 5793/21

**basing [1]**   5721/1
**Bates [1]**   5711/22
**bears [1]**   5711/22

**became [4]**
5726/17 5736/6
5756/2 5771/10

**become [2]**   5756/7
5756/16

**behave [1]**   5716/5

**behavior [8]**
5716/13 5729/22
5774/15 5774/23
5775/10 5776/5
5776/9 5792/14

**behavioral [3]**
5725/20 5725/22

**Belknap [1]**
5705/23

**BELLSHAW [1]**
5705/16

**below [2]**   5796/12
5796/13

**bench [3]**   5705/10
5708/24 5709/19

**benefit [6]**
5720/11 5720/13
5720/22 5721/22
5782/16 5782/19

**benefits [2]**
5719/21 5774/11

**best [2]**   5719/19
5778/21

**better [21]**
5726/11 5726/17
5726/24 5734/2
5734/14 5734/17
5734/18 5737/15
5740/22 5744/11
5751/22 5756/2
5756/13 5756/14
5766/3 5766/20
5767/9 5767/23
5797/23 5798/2
5798/3

**bid [3]**   5735/19
5735/19 5736/3

**big [7]**   5721/10
5734/17 5743/22
5745/10 5784/9
5785/15 5789/18

**bigger [15]**
5724/5 5729/1
5737/5 5737/8
5746/24 5747/7
5747/8 5749/6
5757/4 5757/5
5757/5 5789/23
5794/16 5796/9
5796/23

**biggest [1]**
5757/25

**billions [9]**
5717/4 5717/4
5721/16 5723/18
5727/16 5727/16
5727/16 5727/21
5751/13

**Bing [36]**   5714/6
5745/4 5745/7
5745/19 5746/9
5757/18 5766/10
5785/1 5785/21
5786/2 5786/6
5786/8 5786/21
5786/23 5787/4
5787/6 5787/13
5787/17 5787/22
5787/23 5788/7
5788/14 5788/15
5788/19 5789/5
5790/6 5795/12
5795/25 5796/1
5796/11 5796/17
5796/24 5800/9

**Belknap [1]**
5705/23

**Bing's [6]**
5722/12 5744/22
5745/4 5746/3
5747/19 5795/15

**bit [7]**   5708/24
5709/20 5724/15
5758/16 5782/1
5787/17 5796/12

**blue [8]**   5736/18
5743/15 5744/16
5745/4 5786/8
5789/6 5795/25
5800/24

**bold [1]**   5799/16
**Bolt [1]**   5783/8

**bookmark [1]**
5757/17

**bookmarks [3]**
5714/6 5757/18
5763/3

**booted [1]**
5742/20

**both [15]**   5713/6
5715/3 5715/4
5715/14 5732/13
5742/21 5745/17
5745/19 5746/6
5757/3 5758/23
5760/7 5786/6
5786/9 5788/24

**bottom [17]**
5709/18 5719/9
5719/12 5722/11
5728/1 5730/13
5738/8 5746/4
5747/5 5747/12
5749/18 5761/15
5761/20 5786/16
5793/9 5801/10
5801/15

**bottom-line [2]**
5747/12 5749/18

**bound [11]**
5728/21 5728/24
5755/12 5757/6
5767/20 5768/7
5768/8 5773/9
5773/10 5773/14
5773/16

**box [6]**   5715/1
5715/20 5715/21
5729/8 5761/19
5762/17

**branch [1]**
5799/22

**bread [1]**   5784/16
**break [6]**   5718/7
5758/13 5758/18
5764/20 5781/4
5802/4

**breaks [1]**
5763/18

**bridge [1]**
5717/21

**brief [1]**   5714/20
**Brin [1]**   5720/18
**bring [29]**

**5800/20 5801/6**
5801/7

**Broadway [1]**
5706/4

**Brown [1]**   5709/15

**browser [5]**
5715/21 5744/22
5745/9 5746/8
5768/22

**browsers [13]**
5713/3 5715/18
5715/19 5727/11
5745/1 5745/2
5745/5 5745/5
5745/6 5745/7
5745/13 5745/14
5745/20

**browsing [1]**
5713/24

**built [1]**   5780/12

**bullet [30]**
5717/8 5718/23
5718/25 5719/9
5725/7 5727/5
5728/1 5729/25
5730/15 5746/10
5746/24 5747/18
5747/20 5748/8
5748/19 5748/20
5748/20 5750/12
5750/15 5785/20
5786/17 5786/19
5787/13 5789/14
5789/25 5790/2
5790/9 5790/15
5790/16 5801/15

**bump [3]**   5741/25
5743/23 5743/24

**bunch [1]**   5748/9

**business [10]**
5716/12 5716/16
5716/19 5717/3
5717/9 5723/18
5760/18 5784/24
5785/3 5801/22

**but-for [14]**
5726/20 5774/17
5774/19 5774/21
5775/2 5776/19
5776/25 5778/21
5778/22 5778/22
5779/9 5779/15
5779/20 5780/2

**butter [1]**
5784/16

**buy [1]**   5741/3

**C**

**calculate [3]**
5747/12 5749/19
5773/3
**calculated [2]**
5762/11 5772/21
**calculation [2]**
5789/10 5789/13
**call [9]**   5710/15
5720/4 5721/14
5722/11 5724/18
5725/21 5725/21
5751/11 5787/5
**call-out [3]**
5721/14 5722/11
5724/18
**call-outs [1]**
5720/4
**called [2]**   5725/3
5797/19
**calling [1]**
5751/8
**came [5]**   5718/18
5719/11 5725/2
5793/11 5793/11
**can [114]**
**capture [1]**
5787/10
**capturing [1]**
5800/11
**cared [1]**   5791/12
**careful [1]**
5723/19
**carrier [2]**
5715/15 5715/16
**carriers [2]**
5713/2 5715/4
**case [19]**   5712/15
5712/24 5715/14
5718/15 5719/14
5734/7 5752/2
5752/13 5761/4
5764/15 5774/10
5774/22 5774/24
5775/7 5781/3
5781/5 5782/3
5784/22 5785/2
**cases [2]**   5732/4
5732/14
**categories [4]**
5760/12 5760/13
5798/6 5798/8
**category [4]**
5716/15 5717/1
5729/21 5797/24
**cause [1]**   5741/1
**caused [1]**   5744/8
**causing [1]**
5780/4
**CAVANAUGH [2]**
5705/22 5708/5
**caveat [1]**
5760/20
**central [2]**
5783/23 5784/12
**centrality [1]**
5761/1
**certain [4]**

5708/18 5723/11
5748/5 5787/22
**certainly [1]**
5710/6
**certify [1]**
5803/4
**challenged [1]**
5774/16
**challenges [2]**
5775/1 5775/4
**challenging [1]**
5776/17
**chance [3]**   5759/6
5759/6 5759/8
**change [23]**
5714/7 5714/25
5715/25 5722/12
5726/2 5732/3
5740/6 5741/20
5742/17 5743/20
5743/22 5744/1
5744/8 5746/5
5746/9 5747/21
5748/9 5748/21
5773/23 5776/5
5776/9 5776/12
5778/3
**changed [5]**
5736/9 5742/18
5764/6 5764/10
5776/10
**changes [4]**
5776/13 5777/22
5778/1 5778/2
**channel [1]**
5762/7
**charge [2]**
5791/10 5791/17
**Chicago [1]**
5705/20
**choice [71]**
5713/22 5713/22
5726/12 5731/24
5732/1 5732/10
5732/12 5732/14
5732/15 5732/18
5732/20 5732/25
5733/1 5733/4
5733/6 5733/7
5733/20 5733/23
5734/6 5735/4
5735/6 5735/7
5735/15 5735/18
5735/19 5735/24
5736/6 5736/7
5736/9 5736/11
5736/12 5737/3
5737/8 5737/16
5737/18 5737/25
5738/1 5738/5
5738/5 5738/16
5738/21 5739/1
5739/3 5739/8
5739/12 5739/15
5740/3 5740/17
5741/7 5741/9
5741/13 5741/15
5741/17 5741/18
5741/22 5741/23

5742/1 5742/10
5742/11 5742/16
5742/20 5743/4
5743/11 5743/13
5743/18 5743/24
5743/25 5744/7
5744/15 5777/4
5777/5
**choose [1]**
5732/21
**chooses [1]**
5735/24
**chosen [1]**
5775/23
**Chrome [22]**
5714/22 5742/15
5742/17 5742/18
5742/21 5752/9
5757/23 5761/17
5763/4 5763/4
5763/9 5763/10
5763/11 5763/11
5763/12 5763/13
5765/12 5765/14
5768/10 5768/11
5768/12 5768/18
**circuit [4]**
5709/12 5709/15
5709/16 5709/18
**circuits [1]**
5709/13
**circumscribed [1]**
5778/10
**circumstance [3]**
5739/11 5741/20
5742/7
**circumstances [1]**
5743/21
**civil [2]**   5705/3
5708/2
**clarification [2]**
5761/25 5763/7
**clarify [1]**
5770/23
**clarifying [1]**
5729/7
**clawback [2]**
5725/3 5725/3
**clear [13]**
5716/18 5731/12
5735/5 5739/15
5740/10 5740/14
5745/16 5760/6
5762/11 5769/25
5776/4 5779/18
5799/1
**clearly [1]**
5721/10
**click [10]**   5716/4
5716/5 5791/12
5791/18 5797/11
5797/19 5797/22
5797/23 5798/2
5798/12
**clicking [1]**
5798/13
**clicks [11]**
5735/23 5791/22
5792/13 5792/23

5797/9 5797/11
5797/12 5797/18
5797/18 5797/20
5797/20
**client [1]**   5759/6
**close [3]**   5722/21
5786/22 5796/12
**closes [1]**
5724/13
**CO [1]**   5706/4
**color [1]**   5768/8
**Colorado [3]**
5705/22 5706/2
5706/3
**COLUMBIA [2]**
5705/1 5709/1
**column [4]**
5734/20 5734/23
5737/1 5747/20
**coming [10]**
5717/6 5718/8
5718/22 5742/19
5742/23 5757/17
5768/12 5778/17
5781/17 5795/13
**comment [1]**
5793/16
**Commissioner [1]**
5709/17
**companies [1]**
5751/14
**company [1]**
5723/18
**comparable [1]**
5749/5
**compared [1]**
5767/24
**comparison [1]**
5746/6
**compete [2]**
5782/2 5801/17
**competition [18]**
5711/20 5712/12
5712/20 5713/6
5716/4 5742/8
5774/5 5774/8
5774/9 5774/12
5777/16 5777/22
5781/9 5781/10
5781/12 5781/15
5783/8 5783/12
**competitive [19]**
5711/19 5713/5
5726/19 5734/15
5753/6 5753/7
5754/2 5760/19
5774/15 5778/6
5778/9 5778/16
5778/20 5779/4
5779/25 5780/2
5780/7 5782/7
5783/16
**competitiveness [1]**   5800/2
**competitors [2]**
5781/23 5783/20
**complete [2]**
5743/16 5771/22
**completely [4]**

5715/16 5733/25
5743/19 5787/8
**complexity [1]**
5798/9
**components [1]**
5792/20
**computer [1]**
5710/1
**concerning [1]**
5708/18
**concerns [1]**
5783/5
**conclusion [2]**
5713/4 5713/5
**conclusions [1]**
5758/15
**conditional [1]**
5777/4
**conduct [6]**
5711/16 5711/19
5712/19 5712/20
5712/23 5712/25
**confer [1]**
5758/25
**confidential [1]**
5761/22
**confidentiality**
**[1]**   5762/13
**confirmed [2]**
5752/2 5752/3
**conflating [1]**
5780/5
**confounding [1]**
5798/5
**confusion [1]**
5780/4
**Connolly [1]**
5706/8
**conservative [4]**
5773/15 5773/18
5773/19 5774/1
**conservatively [2]**
5757/16 5758/3
**consider [1]**
5741/22
**considered [1]**
5792/21
**considering [1]**
5799/7
**consistency's [1]**
5762/4
**consistent [1]**
5761/24
**Constitution [1]**
5706/24
**consumers [16]**
5711/20 5712/13
5712/20 5713/6
5713/22 5726/8
5726/18 5733/7
5753/15 5764/16
5766/18 5766/21
5774/6 5774/10
5775/21 5791/4
**CONT [1]**   5706/1
**context [2]**
5710/4 5796/5
**Continued [2]**
5707/4 5711/2

**C**

**continuing [1]**
5712/6

**contract [3]**
5713/10 5763/2
5775/19

**contracting [1]**
5774/25

**contracts [34]**
5712/7 5712/13
5712/12 5713/1
5713/8 5714/16
5752/15 5753/1
5753/5 5753/9
5753/11 5753/17
5754/12 5760/16
5765/14 5768/3
5772/4 5774/5
5775/16 5775/16
5775/22 5778/11
5779/1 5779/2
5779/24 5780/1
5780/12 5781/9
5781/24 5782/2
5782/17 5782/25
5782/25 5784/10

**controlling [3]**
5798/3 5798/9
5798/9

**conversation [1]**
5753/18

**correction [1]**
5795/18

**corresponding [1]**
5762/24

**cost [1]**    5726/8

**costs [1]**   5725/21

**couches [1]**
5709/24

**counsel [7]**
5725/11 5758/13
5758/21 5759/18
5761/6 5776/2
5801/23

**count [5]**   5728/6
5787/14 5790/10
5790/12 5790/13

**counter [1]**
5736/15

**counting [4]**
5729/12 5729/19
5757/16 5758/2

**countries [3]**
5736/15 5736/17
5736/21

**country [1]**
5737/2

**couple [4]**
5708/11 5730/11
5758/22 5759/25

**course [18]**
5716/16 5716/20
5717/3 5717/9
5718/4 5731/2
5740/2 5741/7
5741/13 5743/9
5763/3 5784/24
5785/13 5785/14

5787/3 5797/15
5799/1 5801/7

**COURT [9]**    5705/1
5706/23 5706/23
5709/2 5709/8
5729/11 5733/9
5783/22 5803/3

**Court's [1]**
5732/22

**courtroom [2]**
5708/10 5735/12

**Courts [1]**
5706/24

**cover [1]**    5762/21

**coverage [17]**
5729/16 5754/15
5754/20 5757/19
5761/17 5763/14
5763/23 5764/7
5764/11 5770/19
5771/15 5772/20
5772/21 5772/24
5773/3 5773/14
5773/16

**covered [17]**
5755/9 5756/20
5757/6 5757/11
5761/11 5761/13
5765/11 5766/24
5768/3 5770/11
5771/6 5771/7
5772/6 5772/11
5772/12 5773/2
5773/7

**CPS [1]**   5706/3

**CPS/Antitrust [1]**
5706/3

**creates [1]**
5762/15

**creation [1]**
5711/17

**curious [1]**
5709/21

**current [8]**
5726/16 5776/9
5776/14 5782/4
5782/12 5793/20
5794/4 5794/5

**currently [1]**
5747/20

**curve [2]**    5731/4
5744/16

**customers [2]**
5783/3 5783/6

**cv [2]**    5705/4
5784/3

**Czech [3]**    5736/23
5737/5 5743/6

**D**

**DAHLQUIST [1]**
5705/19

**daily [1]**    5730/6

**dark [2]**    5765/25
5766/18

**data [27]**    5730/8
5736/11 5736/15
5744/25 5744/25
5745/17 5745/19

5751/2 5784/25
5785/21 5785/24
5785/25 5792/17
5793/7 5793/7
5793/15 5793/15
5793/17 5793/18
5793/20 5793/21
5793/22 5793/22
5794/24 5794/25
5795/3 5795/12

**DATE [1]**    5803/10

**Daubert [2]**
5708/17 5708/23

**DAVID [1]**    5705/19

**day [7]**    5705/7
5721/1 5730/7
5730/11 5769/1
5785/24 5792/21

**days [3]**    5730/11
5783/6 5795/9

**DC [5]**    5705/5
5705/15 5705/18
5706/9 5706/25

**dead [1]**    5730/18

**deal [6]**    5720/11
5722/13 5722/16
5787/22 5792/4
5800/7

**dealing [2]**
5764/15 5784/11

**deals [2]**    5720/12
5720/20

**decide [1]**
5713/16

**decided [2]**
5715/16 5776/2

**decision [4]**
5708/25 5709/12
5740/13 5753/21

**decisions [9]**
5709/6 5709/13
5716/12 5716/19
5717/4 5723/14
5761/2 5785/3
5801/22

**deck [2]**    5711/21
5719/25

**default [98]**
5713/13 5713/23
5713/24 5714/7
5714/8 5714/13
5715/6 5715/20
5715/20 5715/23
5715/25 5717/12
5717/18 5717/25
5717/25 5718/2
5718/5 5718/20
5719/3 5722/4
5722/5 5722/13
5722/14 5722/16
5722/20 5722/22
5724/22 5725/16
5725/25 5726/1
5728/19 5730/1
5730/10 5730/12
5730/16 5730/17
5730/25 5732/4
5732/6 5732/8
5732/9 5732/10

5732/17 5732/24
5733/4 5733/15
5733/16 5733/16
5733/17 5733/19
5733/25 5734/1
5734/9 5734/16
5735/16 5735/24
5742/17 5742/17
5742/18 5742/21
5745/6 5745/8
5746/7 5746/9
5746/20 5746/21
5746/23 5747/22
5748/14 5748/17
5748/17 5748/23
5749/2 5749/10
5749/19 5749/24
5752/9 5754/12
5754/13 5755/22
5755/24 5756/24
5760/24 5760/24
5764/3 5764/5
5764/14 5766/9
5766/13 5766/13
5766/14 5766/20
5766/21 5767/1
5768/12 5769/13
5769/21 5769/22

**defaults [54]**
5712/8 5713/9
5713/10 5713/25
5714/1 5714/16
5715/1 5715/24
5716/3 5716/9
5716/22 5718/12
5718/23 5720/19
5725/9 5725/10
5725/13 5726/21
5727/7 5728/13
5731/2 5732/5
5733/8 5743/12
5746/12 5747/2
5747/4 5747/11
5747/13 5748/4
5750/6 5750/14
5750/21 5750/21
5750/21 5752/1
5752/8 5753/16
5755/9 5755/10
5755/15 5755/21
5757/12 5764/6
5764/9 5765/21
5766/19 5767/4
5767/20 5768/21
5769/15 5771/16
5772/8 5773/20

**Defendant [2]**
5705/7 5706/7

**define [1]**
5779/18

**defined [3]**
5732/19 5779/8
5779/13

**definitely [1]**
5716/4

**definition [4]**
5711/12 5752/23
5753/2 5754/1

**degree [2]**

5755/22 5784/1

**deleted [1]**
5795/22

**Dell [1]**    5720/18

**delta [2]**    5739/7
5769/3

**Denver [1]**    5706/4

**denying [1]**
5710/5

**Department [5]**
5705/14 5705/17
5705/19 5706/3
5708/4

**depend [1]**
5732/24

**depends [2]**
5753/18 5754/15

**depict [1]**    5761/9

**deposition [1]**
5799/10

**describe [3]**
5735/20 5780/24
5795/7

**described [8]**
5711/11 5712/23
5729/21 5742/7
5762/25 5776/22
5793/12 5793/14

**describing [3]**
5754/18 5780/19
5793/3

**description [2]**
5759/7 5767/2

**descriptions [1]**
5759/7

**designed [1]**
5732/20

**desire [1]**
5759/17

**desktop [9]**
5718/9 5718/10
5719/6 5724/5
5747/6 5799/7
5799/18 5799/20
5801/9

**detail [1]**
5758/14

**detailed [3]**
5720/7 5722/8
5722/9

**details [1]**
5721/23

**determination [1]**
5709/9

**determine [4]**
5711/15 5711/18
5784/21 5792/24

**determined [1]**
5747/19

**determines [1]**
5774/9

**determining [1]**
5775/1

**detriment [3]**
5712/12 5713/6
5713/12

**develop [1]**
5794/5

**developed [1]**

5809

**D**

developed... [1]
5784/15

developing [1]
5794/4

device [11]
5713/23 5713/25
5723/11 5723/11
5728/11 5735/17
5742/20 5748/9
5748/10 5748/22
5798/23

devices [11]
5714/9 5718/12
5718/21 5742/19
5744/1 5748/3
5761/23 5763/13
5786/11 5798/22
5800/1

difference [15]
5737/8 5745/11
5746/11 5746/13
5747/25 5779/8
5779/14 5779/19
5780/3 5780/8
5785/10 5785/15
5796/6 5796/16
5800/15

differences [2]
5796/9 5799/12

different [36]
5713/24 5713/25
5714/1 5716/10
5723/7 5723/9
5727/10 5728/16
5732/5 5732/6
5732/10 5732/12
5732/16 5735/5
5737/13 5739/5
5740/12 5740/19
5740/19 5742/12
5745/1 5745/20
5746/2 5746/21
5747/10 5747/25
5764/14 5764/19
5779/24 5788/12
5799/7 5799/18
5799/23 5801/7
5801/8 5801/24

differentiator [2]
5787/19 5788/8

differently [1]
5741/21

difficult [2]
5725/13 5731/9

difficulties [1]
5776/22

diminishing [1]
5710/8

DINTZER [2]
5705/13 5708/4

direct [4]   5707/4
5711/2 5781/16
5781/20

directive [1]
5783/17

directly [2]
5781/21 5781/22

disadvantage [1]
5760/19

disclose [1]
5761/4

disclosed [2]
5760/17 5761/3

discuss [2]
5710/12 5802/3

discussed [1]
5747/10

discussing [1]
5791/24

discussion [3]
5753/13 5770/15
5800/6

DisplayNav [1]
5730/8

distinct [2]
5781/15 5781/25

distinction [1]
5781/3

distinctly [2]
5798/24 5800/1

distribution [13]
5712/7 5712/9
5712/11 5713/1
5716/23 5725/8
5727/6 5752/15
5761/11 5764/15
5774/5 5777/20
5781/9

distributors [5]
5714/24 5715/5
5764/17 5782/6
5783/12

district [6]
5705/1 5705/1
5705/11 5706/24
5708/25 5709/1

ditch [1]   5715/16

divided [2]
5772/14 5772/16

DL [1]   5709/1

document [16]
5717/13 5717/14
5717/15 5719/25
5720/2 5723/2
5723/21 5723/21
5723/23 5723/25
5724/2 5724/19
5773/21 5791/8
5793/2 5800/4

documentary [1]
5792/6

documents [10]
5716/16 5716/20
5717/3 5717/9
5723/4 5769/6
5769/12 5784/24
5791/3 5799/25

DOJ [4]   5705/13
5710/14 5759/3
5760/9

dollars [7]
5717/5 5721/16
5723/18 5727/16
5727/21 5728/15
5751/13

done [18]   5720/4

5720/21 5720/24
5743/7 5757/15
5760/4 5762/5
5766/16 5766/18
5775/15 5775/23
5776/7 5776/19
5777/2 5777/12
5780/18 5785/20
5795/4

door [1]   5739/22

down [5]   5730/13
5736/18 5751/18
5780/11 5786/16

download [1]
5735/17

downloaded [5]
5763/4 5763/12
5763/13 5765/12
5765/14

Dr. [5]   5762/11
5791/9 5792/11
5796/7 5796/18

Dr. Lehman [4]
5791/9 5792/11
5796/7 5796/18

Dr. Whinston [1]
5762/11

dramatic [1]
5744/3

driver [1]   5712/8

driving [1]
5739/13

Duck [23]   5756/16
5756/23 5764/23
5766/6 5766/6
5767/6 5767/15
5767/17 5767/22
5769/19 5769/20
5769/23 5769/25
5770/1 5770/1
5771/7 5771/9
5771/10 5771/11
5771/11 5771/13
5772/10 5782/14

Duck's [1]
5767/17

DuckDuckGo [12]
5736/2 5756/5
5756/7 5756/9
5766/10 5767/7
5771/10 5772/6
5772/10 5778/13
5782/14 5782/18

DuckDuckGo's [1]
5782/19

during [6]
5709/10 5745/21
5792/7 5794/20
5800/5 5802/4

**E**

e-mail [1]
5792/12

e-mails [1]
5720/17

earlier [14]
5729/22 5730/1
5739/5 5745/12
5746/25 5747/8

5762/22 5762/25
5763/25 5765/4
5765/7 5765/19
5769/12 5778/5

earns [2]   5715/5

easiest [1]
5772/3

easy [2]   5781/2
5791/18

economic [4]
5711/16 5736/3
5736/5 5753/21

economies [1]
5784/9

economist [8]
5709/25 5725/20
5725/20 5727/18
5753/3 5783/21
5784/17 5784/20

economists [1]
5784/14

Ecosia [1]   5736/2

Edge [4]   5745/7
5745/8 5745/9
5746/8

effect [17]
5709/12 5718/20
5719/16 5723/19
5739/24 5741/18
5744/3 5750/2
5750/10 5764/5
5774/13 5778/11
5780/12 5780/14
5791/1 5794/18
5797/4

effective [2]
5739/12 5741/22

effects [26]
5712/19 5724/2
5724/4 5726/20
5734/16 5745/15
5753/6 5753/7
5754/2 5774/15
5778/6 5778/9
5778/16 5778/21
5779/5 5779/25
5780/2 5780/7
5781/8 5783/16
5784/2 5784/16
5784/18 5784/21
5795/5 5798/5

efforts [2]
5776/11 5776/12

eight [1]   5716/6
5716/6

either [7]   5710/7
5742/15 5757/13
5765/13 5768/11
5793/11 5794/13

element [1]
5741/9

Eleventh [1]
5709/16

else [4]   5710/11
5744/8 5754/17
5798/18

emphasize [1]
5728/24

empirical [5]
5784/15 5784/25

5795/4 5797/3
5800/15

employees [2]
5791/16 5791/23

encouraging [1]
5714/25

end [13]   5721/20
5735/25 5754/2
5754/16 5755/7
5755/12 5757/5
5765/1 5776/20
5777/22 5779/3
5780/17 5780/18

ended [2]   5721/22

ends [1]   5778/18

engagement [1]
5800/10

engine [10]
5725/25 5726/2
5733/18 5733/20
5736/24 5756/17
5757/13 5768/23
5782/4 5782/12

engine's [2]
5791/3 5800/2

engines [8]
5714/12 5715/9
5726/13 5732/21
5736/1 5736/10
5748/12 5788/25

enhanced [1]
5741/1

enough [1]   5727/3

ensure [1]
5713/14

entered [1]
5714/14

entire [2]
5751/18 5775/9

entitled [1]
5803/5

entrants [3]
5782/5 5782/13
5782/21

episode [7]
5719/3 5719/5
5719/15 5723/9
5723/10 5724/23
5724/25

episodes [2]
5718/14 5719/15

equal [3]   5743/8
5777/19 5777/19

equivalent [1]
5741/5

Eric [2]   5793/2
5793/17

especially [1]
5780/9

essence [1]
5793/3

essentially [4]
5708/21 5740/15
5770/5 5771/18

estimate [32]
5716/22 5718/15
5719/19 5720/21
5721/2 5722/7

5810

**E**

**estimate... [26]**
5722/14 5722/22
5722/25 5723/6
5723/19 5723/22
5723/25 5724/5
5724/5 5724/9
5728/21 5730/2
5738/9 5747/21
5748/16 5752/7
5757/8 5763/24
5765/4 5766/12
5766/22 5767/3
5768/23 5769/22
5773/15 5778/23
**estimated [3]**
5722/4 5731/9
5774/17
**estimates [35]**
5717/6 5717/11
5718/8 5718/14
5719/21 5720/7
5723/5 5724/15
5731/7 5746/12
5746/19 5746/25
5748/2 5749/6
5749/7 5749/25
5750/4 5750/8
5750/23 5751/12
5751/13 5751/14
5751/15 5751/16
5751/23 5751/25
5751/24 5752/1
5752/4 5753/7
5766/5 5766/8
5767/18 5769/18
5773/9
**estimating [6]**
5717/23 5722/23
5724/14 5745/15
5749/8 5749/9
**estimation [4]**
5770/6 5770/24
5771/22 5796/16
**et [2]** 5705/3
5708/3
**EU [4]** 5731/24
5732/1 5732/13
5735/13
**Europe [2]** 5738/3
5738/17
**European [3]**
5736/14 5736/17
5736/21
**Eurythmics [1]**
5788/2
**evaluated [2]**
5795/14 5795/14
**evaluating [1]**
5787/23
**even [25]** 5718/2
5723/8 5723/8
5736/22 5740/15
5741/16 5747/5
5748/12 5755/15
5763/1 5763/2
5766/19 5767/5
5767/16 5769/23

5770/9 5770/12
5775/13 5775/24
5775/25 5776/4
5786/14 5787/14
5789/20 5789/22
**event [2]** 5730/3
5774/23
**events [1]**
5731/25
**everybody [4]**
5708/8 5708/23
5733/24 5759/14
**everybody's [1]**
5708/9
**everyone [7]**
5708/8 5733/2
5734/10 5756/5
5756/7 5756/8
5802/4
**evidence [32]**
5709/9 5716/8
5716/11 5716/17
5718/19 5719/7
5719/15 5719/16
5719/17 5719/20
5722/1 5722/2
5723/10 5724/6
5725/8 5728/25
5728/25 5729/21
5745/23 5747/1
5747/3 5747/3
5747/11 5773/19
5784/20 5791/23
5792/6 5792/15
5799/25 5800/15
5801/16 5801/21
**evolution [2]**
5730/24 5775/9
**exact [3]** 5756/12
5786/3 5799/23
**exactly [15]**
5731/21 5731/21
5733/12 5735/12
5742/6 5748/25
5753/12 5754/19
5758/2 5764/22
5765/3 5771/24
5772/24 5776/4
5776/5
**Examination [2]**
5707/4 5711/2
**example [18]**
5708/25 5714/5
5726/12 5729/16
5729/17 5731/23
5733/9 5733/13
5737/9 5737/9
5744/22 5757/16
5775/7 5777/3
5782/14 5784/6
5788/3 5799/16
**examples [1]**
5738/24
**except [3]**
5757/15 5785/19
5800/21
**exceptions [1]**
5736/23
**excerpt [1]**

5792/10
**excluded [3]**
5762/10 5762/25
5763/3
**excluding [1]**
5710/8
**exclusionary [8]**
5713/1 5729/14
5729/15 5729/18
5755/11 5755/21
5758/5 5763/2
**exclusions [1]**
5762/10
**exclusive [25]**
5712/7 5713/9
5713/10 5714/16
5715/24 5732/16
5732/24 5748/4
5748/14 5748/17
5750/6 5750/20
5752/1 5752/8
5755/9 5755/15
5757/12 5761/11
5761/14 5764/15
5764/17 5770/20
5772/8 5780/12
5784/11
**exclusives [1]**
5743/12
**exclusivity [2]**
5773/2 5775/18
**excuse [2]**
5760/23 5768/22
**exercise [8]**
5748/24 5749/5
5749/22 5750/5
5756/1 5764/23
5789/9 5800/19
**Exhibit [1]**
5711/22
**exhibits [2]**
5707/11 5760/22
**exist [1]** 5775/12
**existed [1]**
5735/9
**existing [1]**
5742/13
**exists [1]**
5733/16
**expect [4]**
5732/15 5740/23
5741/18 5744/18
**expected [2]**
5708/19 5740/5
**experience [1]**
5719/4
**experiment [3]**
5751/7 5751/9
5794/14
**experimentation
[1]** 5794/19
**experimenting [1]**
5795/3
**experiments [5]**
5751/2 5751/11
5794/6 5794/11
5794/12
**expert [1]** 5709/7
**expertise [1]**

5710/3
**explain [3]**
5735/1 5753/24
5780/4
**explained [1]**
5734/25
**explanation [2]**
5725/13 5725/14
**explicit [1]**
5760/2
**Explorer [1]**
5745/7
**expressing [1]**
5769/8
**extension [1]**
5711/17
**extent [5]** 5726/8
5764/2 5769/23
5782/17 5798/21
**extreme [2]**
5733/14 5756/24
**extremely [3]**
5751/15 5766/19
5786/13

**F**

**F.3d [4]** 5709/14
5709/15 5709/17
5709/18
**F.Supp.3d [1]**
5709/1
**face [1]** 5727/19
**faces [1]** 5771/16
**facilitate [1]**
5711/5
**fact [11]** 5709/3
5709/4 5714/11
5726/4 5728/6
5734/16 5736/4
5743/7 5764/6
5764/9 5785/2
**Fair [1]** 5727/3
**falling [1]**
5770/20
**familiar [1]**
5715/10
**fanciful [1]**
5756/15
**fantastic [1]**
5756/17
**fast [1]** 5783/10
**faster [1]**
5783/11
**favored [2]**
5775/19 5777/2
**feature [1]**
5713/14
**February [1]**
5785/25
**February 2020 [1]**
5785/25
**feedback [1]**
5739/24
**feel [1]** 5762/16
**felt [1]** 5792/5
**few [1]** 5732/22
**field [1]** 5777/20
**Fifth [2]** 5705/17
5709/18

**figurative [1]**
5715/21
**figure [5]**
5718/10 5720/10
5727/9 5744/15
5795/2
**figures [1]**
5772/9
**file [2]** 5759/9
5759/17
**filed [1]** 5758/24
**filter [1]** 5744/2
**final [1]** 5744/21
**finally [2]**
5783/12 5785/2
**financial [1]**
5760/15
**find [4]** 5709/12
5745/25 5754/4
5797/23
**finder [2]** 5709/3
5709/4
**finding [2]**
5742/8 5749/20
**fine [5]** 5755/1
5755/2 5772/2
5790/3 5790/3
**finished [1]**
5759/11
**Firefox [8]**
5719/3 5719/5
5730/1 5730/9
5730/25 5731/13
5731/16 5732/3
**firm [1]** 5780/12
**firms [1]** 5724/13
**first [40]**
5711/15 5711/22
5713/12 5713/16
5716/15 5717/1
5717/8 5717/11
5718/7 5727/14
5727/18 5728/2
5729/25 5735/14
5741/2 5742/14
5742/20 5746/10
5746/17 5748/8
5748/10 5748/18
5748/19 5750/12
5751/20 5753/8
5755/19 5755/19
5760/5 5773/22
5775/14 5780/23
5781/16 5782/11
5783/15 5783/18
5786/17 5786/19
5789/14 5791/12
**fiscal [1]** 5728/3
**fit [2]** 5712/14
5778/6
**five [5]** 5712/11
5713/11 5774/3
5774/3 5774/4
**flat [1]** 5799/4
**flaw [1]** 5736/6
**flawed [2]** 5736/7
5736/11
**flip [1]** 5734/22
**Floor [1]** 5706/4

**F**

focus [1]    5789/20
focused [2]
5770/16 5784/1
focusing [1]
5731/17
folder [1]
5714/23
follow [3]    5718/2
5724/12 5766/21
following [1]
5750/4
For Plaintiffs [1]
5705/21
force [2]    5753/5
5778/25
forces [2]    5778/1
5778/2
foreclose [2]
5712/10 5752/16
foreclosed [2]
5753/11 5771/23
foreclosure [37]
5726/4 5726/5
5752/20 5752/24
5752/24 5753/2
5754/7 5763/24
5764/1 5764/7
5764/10 5765/5
5768/1 5768/6
5768/7 5768/8
5770/15 5770/17
5773/9 5778/4
5778/5 5778/7
5778/23 5779/1
5779/8 5779/14
5779/18 5779/22
5779/23 5780/6
5780/17 5780/20
5780/21 5780/22
5780/25 5780/25
5781/6
foregoing [1]
5803/4
foresee [1]
5782/18
forget [1]
5758/17
forgot [1]
5759/24
form [1]    5711/24
formalized [1]
5784/7
forth [2]    5740/4
5792/2
forward [2]
5708/11 5710/3
found [1]    5719/17
Founder's [1]
5793/10
four [6]    5712/9
5712/22 5745/2
5745/5 5786/21
5789/21
fourth [4]
5752/11 5752/12
5752/14 5752/14
free [2]    5728/7

5762/16
frequently [2]
5787/5 5798/8
friends [2]
5741/6 5756/4
full [1]    5754/8
fully [1]    5768/11
fun [1]    5720/16
function [2]
5708/23 5709/20
fundamental [5]
5753/5 5778/1
5778/2 5778/25
5780/23
funky [1]    5770/2
further [3]
5715/2 5757/7
5786/16

**G**

Gabriel [1]
5772/9
game [1]    5793/13
gap [1]    5721/21
gatekeeper [1]
5709/4
gatekeeping [3]
5708/23 5709/2
5709/19
gee [2]    5734/13
5779/25
general [11]
5715/8 5736/9
5754/7 5754/10
5760/12 5770/16
5770/19 5772/22
5773/1 5774/22
5776/2
Generally [1]
5760/13
gets [1]    5718/5
Giannandrea [3]
5787/20 5792/12
5800/4
Gibbs [2]    5709/17
5709/17
given [8]    5728/18
5751/25 5761/1
5762/9 5776/22
5778/13 5785/9
5787/6
gives [4]    5713/22
5740/3 5762/1
5799/15
giving [3]    5714/4
5762/20 5770/4
goes [3]    5740/2
5740/3 5797/12
good [17]    5708/8
5710/20 5710/23
5723/19 5735/7
5756/7 5756/21
5756/22 5758/8
5767/16 5775/20
5783/2 5783/2
5787/23 5794/9
5797/10 5798/24
GOOGLE [217]
google's [53]

5711/16 5712/18
5712/19 5712/25
5713/8 5713/9
5716/23 5722/20
5725/6 5725/7
5726/9 5727/6
5727/9 5730/7
5736/18 5737/2
5740/21 5744/16
5744/17 5745/1
5745/2 5745/4
5745/22 5746/23
5747/13 5748/11
5748/23 5749/19
5750/5 5752/8
5752/15 5753/11
5755/9 5755/14
5755/23 5757/11
5760/18 5763/23
5768/3 5774/15
5774/25 5775/10
5776/2 5776/5
5776/9 5781/9
5782/23 5782/23
5783/4 5783/5
5790/6 5792/16
5792/20
Google-Microsoft
[1]    5751/1
Googling [1]
5756/6
grabs [1]    5776/16
Granted [1]
5777/12
graph [1]    5730/6
graphic [1]
5765/8
graphically [1]
5766/16
great [4]    5710/25
5726/14 5739/18
5799/16
greater [1]
5751/17
green [5]    5765/12
5768/4 5789/1
5789/2 5800/25
groups [1]
5727/10
growing [1]
5799/4
growth [1]    5799/1
GSA [1]    5714/22
guess [7]    5712/16
5723/7 5726/7
5734/20 5745/9
5785/5 5785/19

**H**

Hal [2]    5792/1
5794/20
half [3]    5757/12
5761/12 5772/12
handing [1]
5728/9
hang [8]    5767/24
5769/9 5769/16
5769/24 5770/2
5771/13 5772/15

5795/17
happen [3]
5717/17 5724/22
5748/6
happened [8]
5722/10 5735/15
5735/20 5736/25
5742/13 5771/9
5774/22 5777/10
happening [3]
5726/17 5744/2
5800/14
happens [2]
5764/24 5772/9
happy [1]    5797/16
hard [2]    5775/7
5801/19
harder [1]    5761/2
harm [4]    5711/20
5713/6 5781/9
5781/23
harmed [3]
5712/12 5774/5
5781/15
head [8]    5772/3
5788/6 5788/7
5795/16 5797/23
5798/2 5798/5
5798/12
header [2]    5721/7
5729/9
headers [1]
5720/24
heads [2]    5758/24
5788/15
hear [4]    5709/9
5709/21 5714/20
5775/22
heard [17]
5714/10 5714/19
5716/1 5716/7
5718/11 5718/16
5728/10 5729/11
5744/5 5751/20
5751/22 5781/17
5787/19 5792/19
5794/3 5795/8
5797/8
hearing [2]
5709/6 5710/3
hearings [1]
5763/17
help [3]    5754/25
5788/9 5792/24
helpful [2]
5755/3 5781/4
helping [1]
5714/25
helps [1]    5782/11
here's [3]
5708/20 5754/8
5759/13
hide [1]    5733/8
Higgins [1]
5708/13
high [6]    5755/6
5757/5 5774/7
5785/5 5786/13
5797/18

higher [7]    5729/2
5757/6 5757/7
5786/14 5789/16
5796/4 5796/4
highlight [1]
5720/4
highlighted [1]
5716/21
highlighting [1]
5715/11
historical [1]
5718/14
historically [1]
5797/9
hit [1]    5785/17
home [2]    5714/22
5714/23
Honestly [1]
5759/5
Honor [74]    5708/2
5710/10 5710/16
5710/25 5711/7
5712/16 5714/9
5714/18 5716/1
5717/4 5717/13
5717/19 5718/17
5719/24 5722/6
5723/2 5723/14
5723/23 5724/20
5724/24 5725/17
5727/9 5727/20
5727/22 5728/14
5729/12 5730/5
5732/8 5733/11
5735/4 5737/23
5739/3 5742/5
5744/5 5744/9
5744/15 5744/24
5746/1 5746/13
5747/16 5749/21
5752/19 5753/12
5755/13 5755/18
5759/3 5759/10
5759/23 5761/10
5761/25 5762/23
5763/16 5765/7
5765/19 5770/18
5772/23 5773/13
5774/21 5775/7
5775/14 5777/18
5778/7 5781/14
5783/23 5785/8
5785/21 5791/7
5792/9 5792/19
5793/16 5794/2
5795/7 5797/6
5800/17
HONORABLE [1]
5705/10
HOOK [3]    5706/23
5803/3 5803/10
hope [2]    5708/8
5708/13
hopefully [2]
5735/20 5801/1
hopes [2]    5796/7
5796/8
hoping [1]    5722/3
Hotel [1]    5709/16

**H**

**hour [1]**    5802/1
**House [1]**    5709/16
**Hovenkamp [1]**
5752/23
**huge [2]**    5800/9
5800/11
**hundred [15]**
5718/5 5733/17
5733/24 5734/7
5754/8 5754/9
5754/11 5758/7
5758/8 5765/10
5768/15 5770/25
5771/3 5771/4
5786/22
**hypothesis [2]**
5731/8 5734/1
**hypothetical [1]**
5733/14

**I**

**i.e [1]**    5766/11
**ID [1]**    5715/15
**idea [5]**    5738/25
5740/25 5783/10
5794/7 5798/11
**ideally [2]**
5774/17 5775/6
**identified [2]**
5737/24 5755/5
**identify [1]**
5753/10
**identifying [2]**
5753/4 5762/12
**IE [2]**    5745/6
5745/8
**ignoring [1]**
5710/7
**iGSA [2]**    5763/3
5763/7
**IL [1]**    5705/20
**illustrate [2]**
5733/9 5738/24
**image [1]**    5783/9
**imagine [10]**
5733/13 5733/14
5733/18 5756/2
5756/11 5765/24
5767/6 5767/19
5769/25 5772/4
**imagining [1]**
5769/13
**immediate [3]**
5744/9 5785/13
5787/8
**immediately [4]**
5718/22 5743/23
5756/5 5797/12
**impact [14]**
5716/22 5734/17
5741/19 5747/3
5757/2 5768/1
5777/16 5779/6
5782/7 5784/9
5785/18 5792/8
5793/16 5794/19
**impacts [5]**

**implemented [2]**
5735/8 5738/17
**implementing [1]**
5714/24
**implication [1]**
5730/13
**implies [5]**
5726/5 5728/23
5729/4 5730/16
5762/2
**importance [7]**
5716/9 5746/12
5747/2 5747/13
5751/12 5791/24
5792/5
**important [21]**
5723/13 5726/15
5732/7 5734/18
5740/7 5751/23
5752/21 5758/18
5781/4 5783/19
5787/1 5787/9
5787/10 5787/18
5788/5 5791/19
5791/22 5794/2
5798/20 5799/3
5800/9
**importantly [1]**
5793/6
**impossibility [1]**
5776/21
**impossible [1]**
5800/10
**improve [1]**
5739/14
**improved [3]**
5734/8 5740/13
5756/9
**improvement [8]**
5740/10 5740/16
5767/22 5770/10
5771/9 5778/13
5794/8 5796/8
**improves [1]**
5739/25
**improving [1]**
5782/15
**incentives [10]**
5726/21 5734/12
5740/6 5781/25
5782/2 5782/19
5782/20 5782/23
5782/23 5783/4
**inclined [1]**
5759/17
**include [5]**
5752/8 5761/17
5763/10 5763/12
5801/12
**includes [2]**
5763/11 5763/11
**including [1]**
5780/24
**income [1]**    5728/4
**increase [3]**
5714/2 5740/5

**increasing [1]**
5770/6
**incredibly [1]**
5736/17
**increment [1]**
5721/17
**incrementally [1]**
5720/14
**individual [1]**
5757/21
**industrial [3]**
5783/24 5783/25
5784/12
**industry [1]**
5785/7
**inference [1]**
5762/1
**infinite [1]**
5733/17
**inform [1]**    5753/7
**information [10]**
5723/7 5724/25
5735/4 5746/2
5754/3 5754/5
5778/17 5791/20
5792/24 5797/16
**informative [3]**
5716/17 5717/1
5717/2
**informs [1]**
5778/15
**infrequent [1]**
5786/25
**ingredients [2]**
5794/22 5794/25
**initiation [1]**
5742/10
**innovation [1]**
5783/14
**input [5]**    5751/9
5757/13 5778/9
5778/19 5793/8
**insight [1]**
5762/1
**insignificant [1]**
5725/15
**install [1]**
5715/7
**installed [2]**
5746/7 5746/8
**instances [1]**
5713/13
**instead [1]**
5734/4
**instituted [2]**
5733/8 5743/24
**insulate [1]**
5783/1
**intent [1]**
5799/15
**interested [2]**
5724/10 5799/20
**interface [2]**
5791/10 5791/17
**internal [4]**
5716/12 5716/18
5760/14 5760/15
**Internet [1]**

**5745/6
interrupt [1]**
5725/11
**into [17]**    5712/14
5720/25 5721/23
5722/8 5722/19
5727/1 5737/24
5742/2 5746/22
5757/7 5757/13
5762/1 5775/11
5776/13 5780/13
5788/14 5793/8
**intuitive [1]**
5798/11
**invest [1]**
5782/15
**invested [3]**
5726/17 5734/2
5767/7
**investigate [1]**
5712/24
**investigated [1]**
5712/25
**investing [1]**
5782/19
**investment [5]**
5726/22 5726/23
5734/12 5776/11
5776/12
**investments [1]**
5776/10
**involve [1]**
5717/4
**involving [1]**
5764/13 5764/15
**iOS [6]**    5718/7
5718/10 5718/15
5718/21 5719/16
5724/15
**iPads [1]**    5724/1
**iPhone [2]**
5757/17 5757/22
**iPhones [6]**
5718/18 5722/12
5723/24 5744/17
5748/3 5763/8
**ISA [3]**    5713/1
5714/5 5719/22
**issue [6]**    5708/17
5724/21 5764/19
5770/21 5781/8
5798/20
**issues [3]**
5709/22 5736/5
5760/15

**J**

**JEFF [3]**    5706/23
5803/3 5803/10
**JOHN [3]**    5706/7
5708/6 5792/12
**joint [1]**    5787/21
**Jon [2]**    5723/14
5794/18
**JONATHAN [2]**
5706/2 5708/5
**JR [1]**    5705/22
**judge [3]**    5705/11
5709/3 5709/5

**5745/6
judgment [1]**
5752/19
**July [1]**    5795/20
**July 2020 [1]**
5795/20
**jump [4]**    5730/12
5730/23 5731/1
5731/2
**jumping [2]**
5730/20 5754/21
**jumps [1]**    5731/4
**Justice [4]**
5705/14 5705/17
5705/19 5708/4

**K**

**keep [2]**    5722/5
5726/15
**keeping [1]**
5780/8
**KENNETH [3]**
5705/13 5706/7
5708/4
**kept [2]**    5735/8
5760/13
**key [4]**    5720/12
5784/8 5794/5
5796/20
**keyword [1]**
5786/3
**kind [56]**    5717/19
5720/2 5721/5
5723/13 5725/21
5726/25 5727/1
5727/18 5728/1
5728/18 5729/3
5735/7 5735/21
5735/22 5739/24
5747/12 5749/22
5750/4 5753/5
5753/8 5753/17
5753/22 5755/12
5756/25 5757/15
5758/3 5759/7
5763/2 5764/23
5765/15 5765/24
5770/4 5772/17
5772/23 5775/19
5776/16 5776/17
5778/25 5780/22
5781/14 5781/16
5782/1 5784/7
5784/16 5784/20
5785/17 5787/10
5796/5 5796/13
5797/24 5798/25
5800/19 5800/19
5801/10 5801/10
5801/11
**kinds [5]**    5716/10
5746/2 5775/4
5782/8 5784/23
**kit [2]**    5784/15
5784/15
**knew [1]**    5723/10
**known [1]**    5736/7
**knows [1]**    5756/4
**Kolotouros [1]**
5708/13

**L**

**large [4]**   5712/8
5728/4 5739/7
5784/1
**larger [1]**   5762/2
**LaSalle [1]**
5705/20
**last [11]**   5711/11
5712/5 5712/17
5719/17 5721/14
5727/1 5750/19
5773/8 5784/14
5785/14 5796/5
**late [1]**   5759/8
**latency [1]**
5709/24
**later [1]**   5710/7
**latest [1]**   5736/4
**launchers [1]**
5714/24
**Law [1]**   5706/3
**lay [1]**   5739/22
**lead [2]**   5740/10
5781/12
**leading [3]**
5727/1 5742/9
5777/22
**learned [4]**
5747/13 5749/18
5779/5 5794/25
**least [12]**
5732/19 5738/9
5740/20 5740/20
5754/10 5761/3
5761/4 5775/20
5777/5 5777/5
5778/19 5781/2
**leave [2]**   5733/17
5734/1
**leaves [1]**
5733/15
**leaving [1]**
5795/1
**led [3]**   5742/2
5776/11 5776/12
**left [21]**   5717/22
5718/3 5720/1
5720/6 5720/10
5722/7 5737/1
5745/2 5745/5
5766/17 5786/10
5786/11 5786/13
5788/13 5791/14
5793/2 5795/23
5797/25 5800/22
5800/24 5801/3
**legal [2]**   5754/3
5775/24
**Lehman [7]**
5708/15 5791/9
5792/11 5793/2
5793/17 5796/7
5796/18
**length [1]**   5797/9
**Lennox [3]**   5788/2
5788/15 5798/7
**less [14]**   5709/8
5721/17 5721/20

5764/7 5764/10
5777/8 5777/9
5777/13 5777/15
5777/17 5782/18
5783/18 5794/13
5798/13
**lessened [1]**
5709/7
**level [7]**   5721/13
5753/8 5753/21
5754/7 5754/11
5774/7 5785/5
**leveraged [1]**
5784/7
**liability [2]**
5800/9 5800/11
**lighter [1]**
5766/2
**liked [1]**   5716/3
**likely [7]**
5711/16 5711/19
5712/12 5713/6
5774/5 5774/15
5777/19
**limitations [1]**
5710/2
**Limited [1]**
5709/16
**line [11]**   5709/19
5709/25 5722/11
5731/3 5738/8
5743/15 5747/12
5749/18 5760/6
5760/7 5761/13
**lines [1]**   5764/12
**lion [1]**   5714/9
**list [3]**   5714/18
5751/17 5782/9
**listed [3]**   5725/6
5729/24 5782/10
**literal [1]**
5799/23
**literally [1]**
5730/6
**literature [3]**
5780/15 5780/16
5783/25
**little [14]**
5709/20 5724/15
5730/21 5731/1
5732/12 5758/16
5761/14 5772/6
5780/9 5782/1
5785/17 5789/19
5796/12 5801/7
**live [1]**   5794/6
**live-traffic [1]**
5794/6
**LLC [3]**   5705/6
5708/3 5708/7
**LLP [2]**   5705/23
5706/8
**local [4]**   5743/9
5799/14 5799/14
5799/15
**locked [1]**
5793/13
**locking [1]**
5774/16

**logic [1]**   5728/18
**long [5]**   5759/14
5793/19 5797/18
5797/20 5799/5
**longer [2]**
5794/15 5798/12
**look [32]**   5708/20
5710/3 5716/8
5717/9 5729/23
5731/18 5731/24
5741/16 5744/23
5745/10 5745/22
5748/16 5755/6
5758/12 5761/2
5762/9 5763/14
5773/11 5784/3
5784/13 5785/6
5785/12 5785/21
5786/1 5786/12
5786/18 5786/19
5787/11 5787/11
5788/13 5788/16
5789/8
**looked [27]**
5716/10 5717/11
5718/19 5719/7
5720/1 5721/13
5723/23 5724/23
5724/25 5729/24
5730/18 5730/21
5732/1 5732/8
5745/14 5750/2
5750/3 5752/3
5757/3 5771/7
5773/8 5773/22
5784/3 5784/4
5797/17 5797/25
5798/8
**looking [26]**
5712/18 5712/18
5712/19 5716/19
5717/2 5718/14
5718/15 5723/10
5735/6 5750/17
5752/24 5757/1
5758/4 5759/11
5761/10 5770/10
5773/12 5780/11
5784/15 5785/2
5785/16 5785/16
5793/23 5797/21
5797/22 5800/20
**loose [1]**   5780/16
**lose [11]**   5717/24
5719/5 5719/7
5722/20 5724/22
5746/20 5746/23
5748/7 5766/9
5783/2 5783/3
**loses [2]**   5767/1
5771/18
**losing [4]**
5716/22 5728/19
5749/24 5783/5
**loss [2]**   5749/11
5771/22
**lost [13]**   5718/2
5718/19 5718/20
5719/5 5722/6

5730/14 5730/17
5746/20 5748/6
5749/2 5766/10
5766/12 5773/24
**lot [18]**   5717/21
5718/19 5727/1
5739/18 5777/20
5783/3 5784/17
5784/17 5786/24
5786/25 5787/16
5787/16 5789/19
5793/15 5794/10
5794/11 5794/15
5795/2
**lots [2]**   5728/25
5736/1
**low [2]**   5747/4
5755/12
**lower [16]**
5718/10 5728/21
5728/24 5731/6
5731/9 5736/2
5737/4 5746/11
5755/12 5757/6
5767/20 5767/25
5768/7 5773/10
5773/14 5773/16
**loyal [2]**   5718/1
5724/11
**lunch [4]**   5759/15
5759/16 5802/2
5802/6

**M**

**Mac [2]**   5718/25
5749/10
**machine [1]**
5775/11
**macOS [6]**   5718/8
5719/8 5746/4
5746/23 5748/17
5748/23
**macOSs [2]**
5748/18 5748/25
**MADA [5]**   5713/2
5714/21 5715/14
5715/17 5728/8
**MADA's [1]**   5715/3
**MADAs [1]**   5714/18
**Magazine [1]**
5741/5
**mail [1]**   5792/12
**mails [1]**   5720/17
**main [1]**   5718/25
**Maine [1]**   5706/8
**maintain [2]**
5762/13 5768/24
**maintenance [1]**
5711/17
**majority [2]**
5714/14 5801/4
**makes [3]**   5737/8
5762/2 5792/16
**making [4]**
5726/10 5741/10
5741/13 5741/15
**manage [1]**
5772/11
**managed [2]**

5730/19 5770/12
**Manber [1]**   5792/5
**many [18]**   5716/2
5718/1 5719/16
5724/11 5727/21
5730/14 5777/12
5780/10 5786/1
5786/7 5786/8
5786/9 5790/10
5790/12 5793/7
5793/17 5793/18
5793/19
**map [1]**   5718/18
**Maps [5]**   5718/16
5718/17 5719/15
5719/15 5723/10
**marginal [1]**
5740/16
**Marissa [1]**
5792/4
**marked [1]**
5707/11
**market [45]**
5711/12 5712/11
5722/18 5734/23
5736/14 5737/4
5737/17 5739/6
5739/6 5739/8
5741/24 5743/5
5750/19 5750/20
5752/17 5752/25
5753/11 5754/8
5754/18 5765/8
5765/9 5765/15
5767/5 5768/17
5770/24 5773/4
5773/6 5775/9
5776/13 5778/1
5778/3 5778/12
5778/17 5779/8
5779/14 5779/19
5779/23 5782/18
5783/1 5783/24
5784/2 5784/8
5785/6 5785/13
5799/3
**marketable [1]**
5728/10
**markets [9]**
5741/21 5770/17
5772/20 5773/9
5774/10 5774/12
5782/3 5783/7
5784/13
**massive [1]**
5785/9
**material [1]**
5711/20
**matter [19]**
5708/5 5708/7
5708/16 5711/15
5715/25 5731/2
5734/11 5734/11
5754/22 5755/25
5759/22 5774/8
5775/23 5783/13
5783/17 5784/2
5784/10 5798/24
5803/5

**M**

mattered [2]
5783/9 5792/3
mattering [1]
5781/18
matters [5]
5755/24 5774/9
5792/13 5793/24
5796/14
maximize [1]
5715/4
may [11]    5711/7
5711/8 5733/3
5733/8 5740/14
5742/14 5742/15
5759/5 5759/9
5762/18 5776/6
maybe [20]    5731/3
5737/13 5741/14
5744/10 5744/12
5754/21 5760/2
5760/5 5766/2
5775/17 5775/18
5775/21 5775/23
5782/11 5782/12
5786/6 5786/25
5787/9 5797/15
5798/5
Mayer [1]    5792/4
MEAGAN [1]
5705/16
mean [32]    5717/24
5726/25 5737/21
5739/8 5739/11
5741/1 5741/6
5754/15 5754/15
5755/17 5756/12
5756/12 5757/4
5757/5 5757/12
5762/18 5764/7
5764/10 5768/9
5768/22 5772/2
5774/19 5774/21
5774/24 5777/21
5783/24 5785/8
5786/2 5786/11
5787/25 5796/9
5801/14
meaning [4]
5715/8 5778/18
5799/18 5799/23
meaningful [1]
5717/7
means [5]    5709/8
5740/11 5753/14
5776/17 5801/18
meant [1]    5794/23
measure [16]
5753/22 5764/1
5765/5 5768/1
5778/7 5778/15
5779/1 5779/22
5779/23 5780/22
5781/1 5781/6
5797/10 5797/17
5797/18 5797/19
measured [2]
5752/24 5778/21

measurement [3]
5752/20 5753/1
5753/8
measures [3]
5726/4 5726/5
5795/10
measuring [3]
5752/23 5779/23
5780/22
mechanism [5]
5781/16 5781/16
5782/10 5783/15
5783/18
mechanisms [2]
5781/16 5782/8
meet [1]    5758/25
MEHTA [1]    5705/10
memorandum [1]
5758/23
mention [1]
5759/24
mentioned [5]
5746/15 5777/16
5782/9 5794/21
5795/9
MICHAEL [3]
5707/3 5711/2
5720/18
Microsoft [21]
5716/13 5716/21
5722/2 5722/3
5722/16 5722/24
5723/2 5723/14
5723/21 5724/11
5745/7 5745/17
5750/1 5750/9
5750/24 5751/1
5787/21 5792/4
5793/19 5793/20
5800/7
Microsoft's [1]
5722/7
Microsoft-Apple
[1]    5800/7
middle [4]
5786/12 5789/11
5797/24 5798/1
might [18]
5725/24 5725/25
5726/1 5729/11
5729/18 5741/2
5743/9 5757/18
5763/1 5775/2
5776/15 5777/3
5777/3 5780/11
5783/3 5787/8
5790/3 5798/4
Mike [3]    5719/13
5751/20 5751/21
mind [2]    5726/15
5782/12
minus [3]    5718/6
5737/15 5770/1
minutes [3]
5732/22 5733/13
5758/22
miracle [1]
5772/8
mix [2]    5719/10

5726/13
mobile [53]
5718/9 5718/12
5718/23 5722/15
5723/11 5724/5
5731/10 5736/14
5737/13 5738/13
5738/14 5743/13
5747/6 5747/6
5750/14 5750/17
5757/1 5757/3
5757/5 5757/8
5786/12 5786/15
5789/12 5798/18
5798/24 5798/24
5798/25 5799/3
5799/3 5799/7
5799/13 5799/14
5799/18 5799/21
5800/1 5800/2
5800/8 5800/12
5800/13 5800/14
5800/16 5800/22
5800/23 5800/25
5801/2 5801/4
5801/4 5801/5
5801/8 5801/9
5801/13 5801/19
5801/20
mode [1]    5713/25
model [3]    5780/11
5780/13 5780/13
moderately [1]
5736/24
moment [6]    5729/7
5733/6 5733/21
5741/16 5743/21
5773/13
monetization [1]
5736/2
money [3]    5721/16
5729/4 5734/13
monopoly [1]
5711/17
month [1]    5795/19
months [3]    5793/7
5793/17 5793/18
more [35]    5708/16
5709/25 5714/19
5718/12 5718/23
5722/21 5731/9
5739/13 5739/14
5739/25 5740/2
5740/4 5740/12
5740/23 5741/16
5741/22 5745/10
5750/14 5758/14
5760/2 5762/1
5770/2 5770/23
5773/20 5777/18
5777/19 5778/10
5783/11 5785/17
5788/11 5794/16
5796/13 5796/24
5799/14 5799/15
moreover [1]
5794/11
morning [6]
5705/7 5708/8

5708/12 5710/12
5758/24 5759/24
most [18]    5713/12
5736/16 5736/21
5754/6 5754/10
5755/3 5770/13
5775/19 5776/24
5777/2 5784/4
5785/12 5787/24
5792/21 5793/4
5796/3 5796/15
5800/9
most-favored [2]
5775/19 5777/2
motion [2]
5708/17 5710/5
motivate [1]
5791/16
motivating [2]
5791/21 5791/21
mouthful [1]
5756/16
move [7]    5708/11
5714/15 5725/14
5733/19 5737/10
5739/23 5759/21
moving [2]
5725/15 5801/24
Mozilla [8]
5730/1 5731/12
5732/2 5750/2
5750/9 5750/9
5752/3 5773/23
Mr. [23]    5708/13
5708/13 5708/14
5708/14 5708/15
5708/15 5710/24
5716/24 5727/15
5744/4 5744/5
5751/21 5751/22
5779/16 5782/22
5787/20 5792/11
5792/12 5794/18
5794/18 5794/19
5799/10 5800/4
Mr. Giannandrea
[3]    5787/20
5792/12 5800/4
Mr. Higgins [1]
5708/13
Mr. Kolotouros [1]
5708/13
Mr. Lehman [1]
5708/15
Mr. Nayak [1]
5799/10
Mr. Parakhin [4]
5744/4 5744/5
5792/11 5794/18
Mr. Roszak [3]
5708/14 5708/15
5751/21
Mr. Schmidtlein
[1]    5779/16
Mr. Severt [4]
5710/24 5716/24
5727/15 5782/22
Mr. Tinter [2]
5751/22 5794/18

Mr. Weinberg [1]
5794/19
Mr. Yoo [1]
5708/14
much [70]    5717/25
5718/1 5718/10
5719/4 5719/24
5720/11 5720/13
5720/14 5721/20
5722/5 5722/15
5724/5 5724/11
5726/24 5730/18
5733/2 5733/2
5733/3 5733/5
5734/14 5735/15
5739/13 5739/16
5744/11 5744/11
5745/18 5746/19
5747/7 5748/24
5749/10 5755/15
5755/17 5755/18
5756/10 5756/13
5756/17 5765/16
5765/18 5765/21
5766/11 5766/13
5766/13 5767/1
5767/4 5767/8
5767/9 5767/11
5767/12 5767/21
5767/22 5767/23
5767/25 5768/23
5769/11 5769/11
5776/11 5777/5
5778/10 5778/11
5778/12 5779/23
5782/15 5782/16
5790/8 5792/22
5793/7 5793/20
5796/9 5799/14
5801/9
multiple [1]
5759/7
multiplier [1]
5741/25
must [3]    5713/12
5728/7 5729/5
must-have [1]
5728/7
myself [4]
5758/22 5775/14
5777/9 5780/24

**N**

name [2]    5751/21
5770/2
national [1]
5743/9
navboost [9]
5792/19 5792/20
5792/22 5793/3
5793/5 5793/8
5793/12 5793/12
5793/18
Nayak [2]    5799/10
5799/10
near [1]    5801/13
nearest [1]
5799/22
nearly [3]    5719/6

**N**

nearly... [2]
5756/22 5767/16
Nebraska [1]
5705/22
necessarily [1]
5739/13
need [5]  5709/5
5709/8 5710/21
5800/13 5800/13
negative [2]
5762/1 5762/15
negligible [1]
5726/9
negotiating [2]
5717/16 5724/20
net [4]  5720/11
5720/13 5720/21
5721/21
new [7]  5705/24
5742/19 5742/19
5742/20 5744/1
5758/23 5794/8
next [14]  5718/13
5723/1 5728/23
5730/11 5731/23
5734/22 5740/11
5740/11 5740/11
5741/2 5742/2
5742/4 5791/25
5794/1
nice [3]  5708/9
5731/3 5778/14
nickname [1]
5721/9
nine [3]  5716/11
5783/6 5795/9
nine days [2]
5783/6 5795/9
No. [1]  5711/22
No. UPXD104 [1]
5711/22
nobody [4]
5733/15 5733/17
5734/1 5756/4
Nobody's [1]
5756/6
nomination [1]
5793/10
non [3]  5725/25
5726/1 5736/11
non-default [2]
5725/25 5726/1
non-flawed [1]
5736/11
nonetheless [4]
5714/13 5743/11
5756/21 5767/24
Nor [1]  5759/4
normally [1]
5781/6
note [2]  5709/11
5761/15
November [1]
5730/9
November 2014 [1]
5730/9
number [72]

5709/12 5711/22
5718/21 5719/11
5720/9 5721/2
5721/3 5721/15
5723/9 5725/3
5731/6 5731/8
5731/11 5734/23
5734/24 5738/6
5738/7 5739/7
5746/15 5746/21
5746/22 5746/24
5746/24 5747/5
5747/7 5747/8
5747/8 5748/8
5748/18 5748/19
5748/21 5749/4
5749/5 5749/6
5749/19 5749/20
5750/11 5750/16
5750/24 5754/22
5755/19 5757/10
5757/19 5757/25
5762/2 5763/19
5763/21 5764/1
5764/2 5767/10
5767/11 5768/1
5768/7 5768/14
5768/14 5768/20
5772/21 5772/21
5773/14 5776/19
5777/25 5784/13
5785/11 5786/4
5786/22 5787/15
5789/15 5789/15
5789/16 5789/18
5789/23 5796/3
numbered [2]
5712/5 5712/6
numbering [1]
5712/6
numbers [30]
5718/3 5720/25
5721/13 5721/24
5722/9 5722/17
5724/19 5727/22
5727/24 5727/24
5729/10 5730/5
5734/19 5734/20
5737/4 5747/25
5748/1 5749/8
5749/9 5751/3
5757/4 5760/15
5762/23 5768/9
5768/13 5773/12
5773/17 5788/12
5795/7 5800/19
NW [3]  5705/14
5705/17 5706/24
NY [1]  5705/24
NYC [1]  5751/5

**O**

observed [2]
5719/14 5729/22
observing [1]
5718/24
obvious [1]
5801/11
obviously [2]

5754/9 5793/22
occasionally [1]
5797/16
occurs [1]
5781/24
October [1]
5705/5
OEM [1]  5715/17
OEMs [6]  5713/2
5715/3 5715/3
5715/4 5727/10
5728/10
off [1]  5735/8
offer [4]  5713/22
5713/24 5713/25
5714/1
offered [2]
5726/13 5777/4
Official [2]
5706/23 5803/3
old [3]  5745/8
5772/6 5793/22
once [2]  5737/24
5740/2
one [66]  5708/16
5709/5 5715/5
5715/10 5715/10
5715/15 5716/3
5716/11 5716/20
5718/17 5720/16
5721/13 5721/22
5724/25 5725/1
5728/2 5729/7
5732/2 5732/3
5732/4 5735/8
5736/4 5736/23
5737/11 5737/15
5737/23 5739/5
5739/23 5744/10
5745/13 5745/14
5746/7 5750/7
5751/17 5754/16
5758/17 5759/24
5760/20 5761/4
5763/1 5763/17
5769/1 5769/11
5769/13 5769/20
5769/21 5770/23
5773/15 5776/25
5780/15 5781/23
5782/24 5784/23
5786/6 5786/20
5787/11 5788/11
5789/21 5792/20
5793/15 5794/20
5795/17 5796/3
5796/8 5799/24
5801/10
one-point [1]
5796/8
one-shot [1]
5751/17
ones [5]  5755/20
5755/21 5766/24
5777/14 5787/3
online [2]  5741/6
5799/20
only [28]  5729/13
5731/16 5732/3

5734/5 5735/21
5735/23 5743/25
5744/19 5746/16
5747/4 5747/5
5748/13 5749/1
5758/22 5760/20
5767/13 5767/17
5769/16 5772/13
5772/24 5786/7
5786/8 5786/14
5788/18 5789/5
5792/20 5800/23
5801/5
onto [1]  5735/17
open [1]  5739/22
opening [2]
5746/15 5779/17
operated [1]
5713/15
operating [1]
5728/4
opinion [14]
5712/6 5712/9
5712/11 5712/23
5713/8 5752/12
5752/12 5752/14
5752/15 5752/18
5752/20 5774/3
5774/3 5774/4
opinions [5]
5709/23 5711/25
5712/4 5712/5
5712/14
option [1]  5714/4
options [1]
5726/11
orange [1]  5721/5
order [1]  5728/7
ordinary [5]
5716/16 5716/20
5717/2 5717/8
5784/24
organic [2]
5792/25 5795/11
organization [3]
5783/24 5784/1
5784/12
Orioles [1]
5788/16
Os [1]  5727/10
others [3]  5716/2
5726/2 5746/3
otherwise [4]
5714/25 5741/1
5762/16 5771/23
out [37]  5708/12
5708/12 5708/14
5715/1 5715/15
5715/20 5715/21
5718/7 5720/9
5720/11 5721/8
5721/14 5722/11
5724/18 5760/21
5762/6 5763/18
5763/22 5765/24
5766/20 5767/15
5769/14 5770/12
5771/7 5771/15
5771/15 5772/9

5772/11 5780/1
5781/5 5786/17
5786/5 5788/17
5793/13 5795/1
5792/2 5797/25
out-of-the-box [3]
5715/1 5715/20
5715/21
outcome [4]
5738/25 5780/20
5780/25 5794/9
outcomes [7]
5735/4 5774/10
5778/3 5780/14
5783/25 5784/2
5784/19
outs [1]  5720/4
over [9]  5716/3
5728/9 5730/24
5732/21 5740/4
5762/23 5762/24
5783/5 5795/20
overall [15]
5712/14 5722/18
5724/9 5724/13
5748/9 5748/21
5752/4 5757/8
5765/15 5770/24
5773/6 5786/6
5787/3 5795/20
5798/22
overcome [1]
5732/24
own [2]  5718/18
5795/14

**P**

p.m [1]  5802/6
page [7]  5707/2
5731/23 5734/20
5734/22 5751/18
5793/1 5798/14
Page 24 [1]
5731/23
paid [8]  5721/19
5721/20 5727/11
5735/21 5754/12
5763/1 5763/2
5775/18
Pandu [1]  5799/10
paper [4]  5736/5
5780/18 5781/7
5784/5
papers [6]
5708/19 5780/10
5780/21 5784/4
5784/4 5784/10
Parakhin [4]
5744/4 5744/5
5792/11 5794/18
paraphrase [1]
5723/17
paraphrasing [1]
5794/23
parentheses [1]
5721/5
part [6]  5723/25
5736/16 5736/22
5766/23 5768/4

**P**

**part... [1]**
5780/15

**participants [1]**
5785/6

**particular [13]**
5709/23 5712/19
5713/1 5715/12
5734/2 5753/14
5761/4 5761/23
5762/14 5776/25
5789/15 5797/10
5798/23

**parties [4]**
5717/3 5717/5
5760/9 5761/24

**parties' [1]**
5708/19

**partner [3]**
5760/18 5763/15
5763/18

**partners [4]**
5716/24 5725/8
5727/6 5728/13

**Partnership [1]**
5709/16

**parts [1]** 5710/7
**party [6]** 5713/3
5715/15 5715/18
5715/19 5715/21
5727/11

**Patterson [1]**
5705/23

**pause [2]** 5755/16
5801/23

**paying [11]**
5720/14 5721/17
5727/15 5727/20
5728/6 5728/15
5728/17 5728/18
5729/18 5735/25
5748/4

**payment [3]**
5728/4 5777/1
5777/4

**payments [11]**
5716/23 5725/6
5725/8 5725/10
5727/6 5727/7
5727/10 5727/23
5728/8 5729/13
5729/15

**pays [1]** 5728/13
**PC [6]** 5719/6
5731/17 5731/20
5741/5 5799/4
5799/13

**PCs [23]** 5723/22
5723/25 5724/1
5744/18 5745/22
5746/3 5746/4
5746/4 5746/6
5746/8 5747/1
5747/5 5747/9
5748/25 5749/2
5749/10 5752/2
5761/17 5786/11
5786/12 5789/10

**people [15]**
5725/15 5725/18
5725/24 5726/2
5735/19 5739/22
5740/12 5740/24
5741/1 5741/7
5743/25 5754/22
5780/24 5791/10
5791/18

**people's [1]**
5738/22

**percent [95]**
5718/5 5733/17
5733/22 5733/24
5733/24 5734/3
5734/4 5734/5
5734/7 5736/25
5737/9 5737/9
5738/9 5739/9
5743/5 5743/13
5743/17 5743/18
5746/16 5746/17
5746/18 5746/18
5750/12 5750/18
5750/24 5755/7
5755/7 5755/12
5755/25 5756/1
5757/10 5758/6
5758/9 5758/10
5762/23 5763/20
5765/2 5765/3
5765/10 5765/11
5765/17 5765/19
5765/20 5765/24
5766/17 5766/22
5766/23 5767/5
5767/16 5768/2
5768/7 5768/8
5768/13 5768/14
5768/15 5768/19
5768/20 5768/21
5769/3 5769/9
5769/14 5769/16
5769/24 5770/3
5770/5 5770/11
5770/13 5770/23
5770/25 5771/2
5771/2 5771/3
5771/3 5771/3
5771/4 5771/12
5771/13 5771/14
5771/17 5771/18
5771/21 5771/23
5772/6 5772/13
5773/1 5773/6
5773/24 5773/25
5776/20 5777/25
5786/22 5788/17
5788/17 5788/18
5801/14

**percent's [1]**
5756/18

**percentage [13]**
5718/4 5725/15
5728/12 5728/17
5728/21 5730/14
5741/23 5746/18
5752/25 5753/10

**5754/11 5762/11
5790/17**

**percentages [3]**
5755/13 5788/10
5801/7

**perfect [2]**
5739/21 5797/15

**perfectly [1]**
5733/15

**performing [1]**
5751/3

**perhaps [3]**
5727/24 5727/25
5762/14

**period [4]**
5717/15 5744/11
5795/20 5798/12

**permissible [2]**
5776/1 5777/11

**person [1]**
5740/14

**personally [1]**
5793/11

**perspective [3]**
5728/2 5750/18
5767/14

**phone [5]** 5722/19
5737/13 5740/12
5741/3 5799/21

**phones [12]**
5715/15 5738/17
5743/13 5744/17
5789/13 5800/16
5800/23 5800/23
5801/2 5801/5
5801/5 5801/13

**phrase [1]**
5799/23

**phrases [26]**
5785/22 5786/2
5786/2 5786/4
5786/5 5786/14
5786/19 5786/20
5787/3 5787/4
5788/14 5788/18
5788/18 5788/21
5788/22 5789/15
5790/4 5790/5
5790/14 5790/19
5800/22 5800/25
5801/1 5801/2
5801/4 5801/12

**picking [2]**
5733/24 5756/9

**picture [2]**
5765/15 5767/2

**pictures [1]**
5721/24

**piece [2]** 5723/7
5797/16

**pieces [2]**
5747/11 5785/19

**place [8]** 5717/2
5753/9 5755/24
5772/5 5778/11
5779/2 5779/24
5782/17

**places [1]**
5729/16

**Plaintiff [2]**
5706/2 5708/6

**plaintiffs [5]**
5705/4 5705/13
5705/21 5710/14
5759/3

**play [7]** 5728/7
5728/9 5742/13
5742/14 5742/15
5780/1 5783/16

**players [1]**
5793/13

**playing [1]**
5777/20

**please [1]**
5734/22

**point [37]**
5714/20 5718/17
5718/22 5730/15
5733/10 5733/11
5734/3 5737/12
5740/7 5743/20
5746/10 5746/24
5747/18 5747/21
5748/8 5748/19
5748/20 5748/20
5750/12 5762/6
5763/17 5776/8
5780/23 5782/25
5786/17 5786/19
5787/13 5789/25
5790/2 5790/9
5790/16 5791/13
5791/19 5796/6
5796/8 5796/14
5801/15

**points [12]**
5715/6 5720/5
5728/1 5729/14
5730/14 5746/18
5761/23 5762/14
5774/16 5775/21
5777/6 5785/20

**poor [1]** 5797/18
**popular [12]**
5735/8 5736/1
5736/9 5736/9
5795/15 5795/24
5796/4 5796/10
5796/11 5796/23
5796/25 5797/25

**population [4]**
5725/18 5725/22
5733/22 5734/3

**portion [4]**
5754/10 5760/22
5761/3 5761/5

**portions [1]**
5761/22

**posited [1]**
5784/8

**position [2]**
5723/17 5760/9

**possible [3]**
5768/17 5777/13
5800/6

**possibly [1]**
5782/16

**post [1]** 5722/13

**post-deal [1]**
5722/13

**potent [1]** 5793/4
**potential [6]**
5717/17 5719/21
5776/14 5782/5
5782/6 5782/21

**power [12]**
5711/12 5711/18
5716/2 5725/9
5733/8 5733/16
5734/8 5734/16
5747/11 5750/21
5766/14 5767/4

**powerful [8]**
5718/12 5722/22
5733/15 5733/25
5750/15 5766/19
5767/20 5792/22

**practically [1]**
5713/18

**practices [1]**
5774/25

**pre [3]** 5715/7
5746/7 5746/8

**pre-install [1]**
5715/7

**pre-installed [2]**
5746/7 5746/8

**precise [2]**
5794/13 5794/16

**precisely [1]**
5784/5

**predicate [1]**
5712/17

**predicated [2]**
5785/3 5801/22

**predict [1]**
5738/4

**prediction [1]**
5738/11

**preexisting [1]**
5741/24

**preference [5]**
5740/18 5740/18
5740/23 5740/23
5743/9

**preferences [4]**
5732/20 5733/7
5738/22 5741/8

**preferred [7]**
5725/25 5726/1
5733/21 5733/21
5734/4 5734/5
5734/9

**preferring [1]**
5734/5

**prejudice [1]**
5710/6

**premise [1]**
5725/13

**prepare [1]**
5711/4

**presence [4]**
5741/22 5755/22
5764/3 5768/17

**present [1]**
5764/5

**presentation [2]**

**P**

**presentation...**
**[2]**   5711/5
5791/10
**pretend [2]**
5748/24 5748/25
**pretty [8]**
5719/24 5722/8
5722/9 5723/19
5730/18 5737/3
5762/6 5787/23
**prevent [2]**
5710/5 5713/18
**previous [7]**
5732/7 5748/1
5748/15 5766/5
5766/22 5767/18
5797/25
**Previously [1]**
5766/24
**price [2]**   5782/3
5782/3
**primarily [1]**
5760/18
**primary [1]**
5777/14
**principle [1]**
5709/14
**principles [1]**
5711/16
**prior [3]**   5709/6
5737/18 5758/25
**private [1]**
5713/24
**probably [9]**
5708/20 5714/19
5727/14 5727/22
5727/22 5757/25
5760/2 5798/7
5799/20
**problem [2]**
5762/12 5762/16
**proceed [1]**
5759/16
**proceedings [1]**
5803/5
**process [1]**
5724/20
**product [3]**
5718/18 5726/11
5766/20
**Professor [58]**
5708/18 5708/19
5709/21 5710/12
5710/15 5710/17
5710/19 5711/4
5711/11 5711/24
5712/22 5714/5
5715/18 5716/2
5716/8 5717/14
5717/20 5719/2
5719/20 5722/1
5725/6 5725/12
5725/19 5727/5
5728/12 5729/6
5729/20 5730/21
5731/5 5732/11
5735/13 5742/7

5744/7 5744/21
5745/16 5745/21
5746/11 5749/17
5750/23 5752/7
5758/14 5761/8
5763/14 5770/15
5772/20 5773/22
5774/2 5779/7
5781/8 5786/24
5791/1 5792/15
5795/4 5797/4
5798/17 5799/25
5801/21 5802/3
**profit [1]**
5721/17
**profits [1]**
5729/2
**prohibiting [1]**
5714/24
**projections [4]**
5716/12 5716/19
5717/9 5720/2
**prominence [1]**
5718/24
**prominently [1]**
5713/12
**property [1]**
5794/15
**proposed [4]**
5721/14 5735/22
5760/7 5760/8
**proprietary [1]**
5761/22
**protect [3]**
5766/14 5767/21
5769/22
**proven [1]**
5780/18
**provide [1]**
5754/4
**provided [1]**
5785/1
**provider [1]**
5732/5
**provides [1]**
5758/14
**provision [2]**
5761/1 5761/11
**provisions [8]**
5713/18 5714/18
5755/11 5758/5
5761/14 5764/18
5770/20 5773/2
**pull [2]**   5720/24
5790/9
**pulled [2]**   5721/8
5765/24
**purchased [1]**
5740/12
**purposes [2]**
5721/25 5754/4
**put [24]**   5719/12
5728/2 5737/14
5740/20 5750/17
5760/17 5784/6
5786/3 5787/24
5788/14 5789/10
5789/12 5790/7
5790/11 5790/13

5793/10 5793/15
5800/22 5800/23
5800/25 5801/2
5801/3 5801/4
5801/5
**puts [3]**   5797/9
5799/19 5799/21
**putting [1]**
5793/9

**Q**

**quadruple [1]**
5750/19
**qualities [2]**
5726/16 5740/19
**quality [31]**
5732/23 5740/1
5740/2 5740/13
5740/19 5740/21
5741/17 5743/8
5755/23 5764/4
5767/8 5770/10
5776/11 5776/13
5778/12 5781/18
5781/21 5782/3
5782/15 5783/2
5783/19 5791/3
5792/8 5793/25
5795/5 5795/10
5797/4 5797/18
5797/18 5800/12
5801/20
**quantitative [2]**
5776/18 5778/15
**quarter [2]**
5735/7 5736/8
**queries [100]**
**query [27]**   5748/6
5785/21 5785/24
5786/2 5786/4
5786/5 5786/14
5786/18 5786/20
5787/3 5787/25
5788/14 5790/4
5790/5 5790/11
5790/14 5795/16
5795/16 5795/17
5798/10 5799/17
5799/23 5800/25
5801/1 5801/2
5801/4 5801/12
**question's [1]**
5727/1
**quick [1]**   5770/22
**quite [2]**   5708/24
5743/6
**quote [4]**   5713/14
5725/3 5725/24
5755/8

**R**

**raise [1]**   5710/6
**raised [1]**
5709/23
**raising [1]**
5767/8
**ran [2]**   5734/6
5737/11
**range [18]**   5716/6

5743/13 5753/23
5753/24 5754/14
5754/16 5754/20
5754/21 5755/5
5755/6 5756/25
5757/2 5757/3
5757/4 5764/21
5765/1 5767/19
5770/4
**Rangel [11]**
5716/2 5717/14
5717/20 5719/2
5725/12 5725/19
5730/22 5732/11
5735/13 5742/7
5773/23
**ranking [4]**
5791/20 5792/21
5792/25 5793/13
**rate [1]**   5754/7
**rather [4]**
5709/10 5709/25
5743/17 5747/1
**ratio [2]**   5797/20
5801/8
**rational [2]**
5725/20 5765/22
**re [1]**   5709/14
**reach [1]**   5713/4
**reaching [3]**
5722/24 5750/24
5752/18
**read [5]**   5708/19
5708/25 5723/16
5724/24 5775/6
**ready [3]**   5710/11
5710/14 5710/24
**real [2]**   5762/15
5770/22
**really [33]**
5712/18 5713/11
5714/13 5715/8
5719/18 5726/12
5726/14 5726/15
5727/14 5732/3
5734/18 5735/15
5737/10 5740/7
5742/24 5745/10
5758/4 5760/17
5762/12 5764/14
5768/16 5771/16
5779/18 5781/3
5781/4 5784/9
5788/5 5791/11
5791/17 5794/2
5798/20 5799/1
5801/19
**reason [12]**
5726/10 5727/17
5727/17 5729/10
5738/20 5743/23
5761/19 5765/22
5778/24 5782/24
5791/22 5793/14
**reasonable [2]**
5763/24 5763/25
**reasons [2]**
5777/23 5782/24
**rebuttal [2]**

5774/14 5779/21
**recall [2]**   5730/9
5774/14
**receive [1]**
5786/9
**received [7]**
5745/20 5758/24
5786/7 5786/8
5786/14 5786/18
5786/20
**recent [1]**
5708/25
**recess [2]**
5758/19 5802/6
**recipe [1]**
5794/23
**recipes [2]**
5795/1 5795/2
**recognize [2]**
5728/5 5732/7
**record [6]**
5711/21 5745/16
5758/20 5760/6
5792/12 5803/5
**recover [1]**
5722/20
**recovers [2]**
5766/24 5767/1
**recovery [15]**
5717/23 5717/23
5718/4 5718/10
5719/1 5720/22
5721/2 5721/3
5725/4 5748/2
5748/15 5749/3
5749/3 5749/11
5769/6
**red [18]**   5744/16
5745/3 5745/4
5761/13 5765/10
5765/17 5765/25
5765/25 5766/2
5766/18 5786/8
5788/17 5788/17
5790/11 5790/12
5790/14 5790/15
5795/24
**redacted [17]**
5719/24 5724/18
5729/8 5729/9
5730/5 5737/1
5743/1 5746/10
5750/16 5760/14
5760/22 5761/15
5761/20 5762/16
5785/20 5795/6
5800/18
**redaction [1]**
5770/21
**redactions [4]**
5760/8 5760/9
5760/9 5760/11
**reduce [2]**
5781/21 5782/2
**reduced [8]**
5781/12 5781/17
5781/19 5781/20
5781/22 5782/20
5782/23 5782/24

5817

presentation... reduced

**R**

**reduces [1]**
5783/5
**redundancy [1]**
5715/11
**refer [1]** 5762/16
**references [1]**
5760/23
**referring [2]**
5731/11 5751/2
**refers [1]**
5760/23
**reflect [1]**
5741/8
**reflects [1]**
5747/21 5758/25
**refusal [1]**
5713/16
**regard [1]**
5712/16
**regarded [1]**
5752/21
**regarding [2]**
5709/6 5711/24
**regression [4]**
5737/11 5737/21
5737/24 5738/4
**reiterate [2]**
5723/13 5760/5
**related [5]**
5711/12 5712/4
5740/18 5753/24
5797/22
**relating [3]**
5745/23 5776/6
5797/3
**relation [1]**
5741/15
**relative [6]**
5744/22 5748/23
5768/15 5768/16
5774/17 5778/21
**relaxed [3]**
5708/24 5709/3
5709/20
**released [1]**
5760/1
**releases [1]**
5760/21
**relevant [3]**
5712/10 5752/16
5785/11
**reliability [2]**
5709/6 5709/9
**reliable [1]**
5709/8
**relied [3]** 5730/2
5745/18 5799/6
**rely [4]** 5722/24
5745/17 5750/23
5784/21
**remain [2]**
5740/15 5760/14
**remained [1]**
5760/13
**remaining [2]**
5758/1 5766/23
**remains [2]**

5710/22 5713/14
**remedy [2]**
5735/13 5736/13
**remember [10]**
5735/5 5735/11
5735/12 5742/6
5746/14 5751/10
5769/5 5796/5
5797/7 5799/3
**remind [1]**
5745/12
**repeat [2]**
5716/24 5764/8
**report [4]**
5723/24 5751/17
5774/15 5779/22
**Reporter [3]**
5706/23 5706/23
5803/3
**reporting [1]**
5736/15
**represent [5]**
5708/6 5748/20
5766/16 5788/10
5788/12
**representing [3]**
5708/4 5708/7
5765/23
**represents [1]**
5787/12
**Republic [3]**
5736/23 5737/5
5743/6
**reputation [1]**
5741/1
**reputationally [1]**
5740/25
**request [1]**
5759/19
**requested [1]**
5760/10
**require [1]**
5775/18
**requirement [2]**
5709/2 5715/13
**requires [1]**
5775/8
**requiring [2]**
5714/21 5714/22
**respect [2]**
5760/10 5762/13
**respond [1]**
5759/12
**response [5]**
5725/22 5726/10
5732/22 5759/2
5759/9
**responsible [1]**
5714/8
**rest [3]** 5711/13
5711/14 5714/1
**restate [1]**
5752/12
**restaurant [1]**
5756/3
**restricting [2]**
5789/9 5789/12
**restrictions [1]**
5715/19

**restrictive [5]**
5777/8 5777/10
5777/13 5777/15
5777/17
**restricts [1]**
5713/21
**result [6]**
5711/17 5711/20
5736/1 5780/19
5780/25 5797/10
**results [5]**
5792/25 5793/1
5794/17 5795/11
5797/4
**resume [2]**
5758/16 5802/2
**resurrected [1]**
5784/6
**retroactive [1]**
5762/20
**revealing [1]**
5740/18
**revenue [23]**
5715/5 5719/10
5721/12 5721/15
5721/19 5727/12
5727/23 5728/12
5728/17 5728/19
5728/20 5728/21
5729/2 5748/7
5770/19 5772/22
5772/25 5773/2
5773/20 5773/25
5775/17 5775/18
5777/1
**reversal [1]**
5743/16
**reversed [2]**
5743/19 5769/20
**review [5]** 5736/5
5759/6 5759/9
5759/15 5792/7
**reviewed [2]**
5741/5 5792/15
**right [65]** 5708/9
5708/17 5710/9
5713/16 5714/7
5716/18 5718/9
5720/23 5720/24
5721/1 5721/4
5722/10 5722/18
5726/18 5730/11
5730/15 5731/14
5731/19 5731/21
5733/1 5734/1
5734/20 5734/23
5734/24 5735/20
5736/12 5736/18
5737/23 5739/10
5739/17 5740/9
5741/4 5741/11
5743/3 5744/9
5745/6 5747/23
5748/1 5748/3
5751/3 5751/8
5753/22 5754/1
5754/4 5754/9
5757/23 5761/18
5763/19 5764/12

5770/8 5771/23
5785/12 5786/11
5786/12 5786/15
5787/2 5789/8
5789/11 5789/12
5789/17 5791/15
5793/4 5793/6
5795/25 5801/6
**rise [2]** 5744/12
5762/24
**rival [52]** 5732/9
5734/4 5734/8
5734/13 5737/5
5737/7 5739/6
5739/13 5739/14
5740/13 5740/16
5741/22 5741/24
5742/24 5743/22
5748/6 5749/25
5750/6 5755/16
5755/17 5755/18
5756/8 5756/9
5756/16 5756/20
5764/24 5765/16
5765/18 5766/2
5766/2 5766/9
5766/13 5766/15
5766/15 5766/19
5767/1 5767/4
5767/5 5767/7
5767/7 5767/11
5767/12 5767/14
5767/24 5767/25
5768/23 5769/11
5769/14 5770/7
5770/9 5771/16
5775/21
**rival's [1]**
5741/23
**rivals [52]**
5712/10 5726/16
5726/21 5726/23
5732/23 5732/25
5733/3 5733/5
5734/2 5735/8
5737/14 5738/2
5738/9 5738/20
5738/25 5740/19
5740/22 5740/24
5741/5 5750/8
5750/10 5750/13
5752/16 5753/19
5753/25 5756/2
5764/4 5764/13
5764/16 5766/11
5767/9 5767/22
5768/5 5768/11
5769/25 5776/6
5776/9 5776/14
5776/14 5777/6
5781/20 5781/23
5782/2 5782/5
5782/13 5782/20
5783/5 5783/9
5783/10 5783/18
5783/19 5785/10
**rivals' [2]**
5750/20 5801/16
**road [1]** 5785/18

**role [1]** 5783/16
**roles [1]** 5769/20
**Roszak [5]**
5708/14 5708/15
5719/13 5751/20
5751/21
**rough [3]** 5773/10
5773/12 5773/15
**rounded [2]**
5763/20 5763/21
**RSA [2]** 5728/8
5757/14
**RSAs [6]** 5713/2
5713/3 5714/19
5715/2 5715/4
5715/14
**rubber [1]**
5785/17
**run [8]** 5713/17
5714/3 5714/4
5735/23 5738/1
5738/21 5783/10
5783/11
**Russia [10]**
5731/24 5732/1
5732/13 5741/10
5742/5 5742/8
5742/9 5742/24
5743/8 5744/13

**S**

**Safari [16]**
5713/13 5713/14
5713/23 5714/6
5714/8 5714/13
5715/23 5717/12
5717/18 5717/23
5722/4 5746/8
5748/14 5748/17
5749/10 5757/17
**Safari's [1]**
5713/24
**safe [1]** 5776/2
**sake [1]** 5762/4
**Salem [1]** 5709/14
**SALLET [2]** 5706/2
5708/5
**same [37]** 5709/5
5709/13 5709/13
5719/25 5723/4
5728/17 5738/1
5738/1 5744/16
5748/25 5750/3
5750/15 5750/16
5760/4 5760/13
5760/14 5767/10
5769/21 5770/21
5772/23 5772/25
5773/5 5782/20
5782/21 5782/24
5782/25 5783/10
5784/11 5789/9
5789/10 5789/13
5793/21 5794/14
5799/17 5799/23
5800/5 5801/6
**sample [1]**
5794/16
**samples [1]**

**S**

samples... [1]
5794/12
Samsung [2]
5724/21 5724/22
satisfied [1]
5797/14
saw [11]    5721/2
5721/4 5721/6
5724/2 5741/15
5750/1 5758/22
5773/22 5797/14
5800/20 5800/21
saying [18]
5723/17 5748/2
5748/22 5769/14
5769/17 5770/8
5771/15 5780/6
5786/17 5786/19
5788/13 5788/17
5789/17 5789/19
5790/2 5790/9
5800/8 5801/18
scale [50]
5709/24 5739/25
5740/2 5740/4
5740/22 5770/6
5781/17 5781/18
5781/19 5781/20
5781/22 5783/16
5783/17 5783/18
5783/18 5783/22
5783/23 5783/24
5784/1 5784/9
5784/16 5784/18
5784/21 5785/4
5785/6 5785/10
5785/15 5791/2
5791/3 5791/24
5792/3 5792/5
5792/7 5792/13
5793/24 5794/11
5795/5 5796/14
5796/20 5797/4
5797/22 5798/21
5798/22 5798/22
5798/23 5798/23
5800/1 5800/8
5801/19 5801/22
scenario [1]
5751/5
SCHMIDTLEIN [3]
5706/7 5708/6
5779/16
scientist [1]
5710/1
score [4]   5795/15
5795/24 5796/6
5796/12
scores [4]
5795/10 5795/14
5796/1 5796/3
screen [59]
5713/22 5714/22
5714/23 5726/12
5732/11 5732/14
5732/16 5732/18
5732/20 5733/4

5733/6 5733/7
5733/20 5733/23
5734/6 5735/4
5735/6 5735/7
5735/15 5735/18
5735/19 5735/24
5736/6 5736/7
5736/11 5736/12
5737/3 5737/8
5737/16 5737/18
5737/25 5738/1
5738/5 5738/6
5738/16 5738/21
5739/1 5739/3
5739/12 5739/15
5740/3 5741/7
5741/18 5741/23
5742/1 5742/10
5742/11 5742/16
5742/20 5743/4
5743/11 5743/14
5743/18 5743/24
5744/1 5744/8
5744/15 5777/4
5777/5
screens [6]
5731/24 5732/1
5732/12 5732/25
5733/1 5740/17
seal [1]   5723/15
search [70]
5712/7 5712/8
5712/9 5712/11
5713/22 5714/12
5714/21 5715/6
5715/7 5715/8
5715/9 5715/12
5715/13 5716/13
5716/22 5716/23
5717/23 5718/20
5725/8 5725/25
5726/1 5726/13
5727/6 5729/14
5730/7 5732/5
5732/21 5733/18
5733/20 5736/1
5736/10 5736/24
5742/22 5748/11
5752/15 5754/8
5756/17 5757/13
5757/22 5762/14
5763/8 5768/23
5770/16 5770/19
5772/22 5772/25
5773/1 5773/3
5773/6 5773/13
5774/4 5774/10
5774/16 5775/20
5781/21 5782/4
5782/12 5788/25
5791/3 5791/14
5791/15 5793/25
5795/5 5795/11
5797/4 5799/11
5800/1 5800/9
5800/16 5800/16
searches [3]
5754/9 5754/10
5786/3

second [30]
5711/18 5713/13
5716/23 5718/23
5718/25 5721/7
5721/7 5725/7
5725/11 5728/5
5729/21 5740/6
5746/24 5747/18
5747/20 5747/20
5748/20 5749/4
5781/25 5782/10
5784/25 5787/13
5787/18 5789/25
5790/2 5790/9
5790/15 5790/16
5795/17 5796/11
secrets [1]
5760/16
Section [1]
5706/3
seeing [14]
5724/1 5727/20
5732/18 5733/6
5743/20 5787/4
5787/6 5787/13
5788/19 5789/18
5790/6 5792/13
5796/24 5801/8
seeking [1]
5799/15
seems [3]   5720/18
5723/8 5746/11
sees [1]   5786/25
selected [1]
5735/21
selection [1]
5740/3
selections [2]
5737/2 5738/10
sell [1]   5787/22
sense [17]
5715/21 5726/19
5728/6 5739/12
5748/25 5749/22
5753/3 5762/2
5764/1 5764/14
5768/14 5768/16
5773/10 5773/12
5778/9 5778/19
5783/4
sentence [3]
5771/20 5774/20
5775/6
sentiment [1]
5744/12
separate [2]
5721/5 5780/25
separately [2]
5718/8 5798/18
September [1]
5795/21
September 2021 [1]
5795/21
Sergey [1]
5720/18
SERP [1]   5793/1
serve [1]   5709/3
service [2]
5715/7 5715/8

services [6]
5770/16 5773/13
5774/11 5781/21
5793/25 5795/5
Session [1]
5705/7
set [3]   5713/12
5715/6 5739/19
setting [1]
5712/17
seven [2]   5714/17
5785/24
seven-day [1]
5785/24
Seventh [1]
5709/14
SEVERT [7]
5705/16 5707/4
5710/24 5710/25
5716/24 5727/15
5782/22
Seznam [2]
5736/24 5743/6
shaded [1]
5765/25
share [109]
share-shift [6]
5765/3 5766/5
5766/8 5766/12
5766/22 5767/3
shares [14]
5722/18 5729/3
5730/7 5730/12
5730/24 5733/5
5736/16 5737/25
5746/3 5750/19
5779/8 5779/14
5779/19 5785/14
shift [18]   5722/9
5722/16 5728/19
5728/22 5729/1
5733/4 5733/24
5740/23 5750/18
5750/20 5752/4
5765/3 5766/5
5766/8 5766/12
5766/22 5767/3
5773/20
shifts [5]
5723/22 5749/23
5773/20 5773/21
5780/6
ships [1]   5746/7
shopping [1]
5798/6
short [3]   5759/14
5797/11 5797/20
shorthand [1]
5756/15
shortly [4]
5708/15 5758/17
5781/19 5802/5
shot [1]   5751/17
show [7]   5743/7
5753/23 5754/14
5754/16 5754/19
5756/25 5757/20
showed [9]
5722/22 5723/3

5732/11 5746/19
5746/25 5747/8
5772/24 5785/14
5790/3
showing [21]
5722/18 5727/9
5735/3 5736/12
5737/1 5744/25
5745/1 5745/3
5746/2 5750/15
5752/22 5761/11
5762/23 5770/18
5772/17 5773/1
5786/5 5786/10
5795/12 5795/23
5795/25
shown [1]   5730/22
shows [2]   5797/13
5799/17
side [4]   5720/23
5743/7 5743/7
5791/2
side-by-side [1]
5743/7
sides [2]   5758/23
5758/23
signal [1]
5800/10
signed [4]   5715/3
5715/3 5715/4
5728/8
significant [10]
5749/23 5750/22
5774/13 5783/25
5784/4 5785/3
5792/16 5796/6
5796/17 5801/21
significantly [2]
5796/13 5798/2
similar [11]
5713/15 5715/19
5715/22 5715/22
5723/24 5723/25
5724/2 5724/4
5724/16 5744/6
5800/19
simply [1]   5709/8
Singhal [1]
5793/9
Siri [2]   5713/17
5714/3
sitting [3]
5735/12 5756/3
5762/9
situation [3]
5709/8 5732/6
5772/5
six [1]   5713/20
size [2]   5725/10
5727/7
skeptic [1]
5790/3
slaps [1]   5727/19
slide [76]   5711/4
5711/14 5711/21
5712/3 5712/22
5713/11 5713/20
5714/17 5716/6
5716/11 5716/16

**S**

**slide... [65]**
5717/12 5719/23
5719/25 5720/1
5721/23 5722/6
5723/1 5723/1
5724/8 5724/17
5725/7 5727/5
5727/8 5728/23
5728/23 5729/6
5729/7 5729/20
5730/4 5730/18
5730/21 5735/3
5739/2 5742/3
5742/4 5742/5
5744/14 5744/21
5744/24 5746/1
5746/2 5747/18
5750/11 5752/11
5752/22 5755/6
5758/12 5761/9
5761/9 5761/10
5763/16 5765/7
5765/23 5768/4
5768/4 5770/18
5772/21 5772/23
5773/5 5774/2
5781/13 5784/23
5785/16 5785/19
5791/7 5791/25
5791/25 5792/9
5792/18 5794/1
5794/1 5795/6
5799/9 5800/3
5800/17
**slide 11 [1]**
5716/16
**slide 35 [1]**
5761/9
**slides [3]**
5745/13 5754/24
5773/8
**sliding [1]**
5770/6
**slight [1]**
5722/21
**slightly [3]**
5722/21 5741/20
5801/24
**small [2]**   5787/7
5793/13
**smaller [6]**
5727/23 5729/11
5731/1 5748/13
5768/17 5794/12
**smooth [1]**   5731/3
**SMURZYNSKI [1]**
5706/7
**somebody [2]**
5709/25 5757/18
**someone [6]**
5710/1 5734/2
5735/21 5735/23
5799/19 5799/21
**sometimes [4]**
5725/4 5727/24
5775/22 5780/8
**soon [2]**   5708/14

5726/3
**sophisticated [2]**
5717/6 5720/8
**sorry [31]**
5708/16 5711/22
5716/24 5719/14
5729/7 5731/6
5731/12 5731/15
5732/19 5735/10
5736/9 5739/4
5740/8 5742/4
5745/2 5745/18
5747/17 5751/1
5751/21 5763/8
5764/8 5770/22
5771/20 5772/1
5779/11 5788/9
5789/11 5795/13
5795/17 5798/13
5801/14
**sort [8]**   5712/17
5725/6 5741/25
5758/14 5760/14
5762/1 5777/2
5784/6
**sorts [1]**   5716/19
**sounds [1]**
5801/24
**source [1]**   5730/7
**South [1]**   5705/20
**speaking [2]**
5728/14 5765/20
**specific [2]**
5753/10 5760/16
**specifically [2]**
5709/22 5721/24
**specifics [1]**
5723/16
**spend [1]**   5734/13
**spent [1]**   5787/22
**split [5]**   5771/15
5795/15 5797/19
5797/22 5797/23
**splits [3]**
5763/21 5772/17
5798/2
**Spotlight [2]**
5713/17 5714/3
**spreadsheet [2]**
5721/23 5721/24
**spreadsheets [2]**
5720/2 5720/10
**stage [2]**   5712/17
5735/14
**stages [1]**
5735/14
**standard [1]**
5784/16
**start [21]**   5713/9
5729/25 5733/19
5741/5 5743/25
5744/1 5757/10
5765/9 5772/5
5774/7 5775/13
5775/24 5776/4
5778/24 5781/2
5785/15 5785/16
5791/1 5793/23
5798/14 5801/11

**started [6]**
5710/18 5720/15
5723/5 5754/18
5758/21 5764/20
**starting [4]**
5736/8 5759/8
5776/8 5780/23
**starts [2]**
5743/14 5744/1
**stat [1]**   5736/15
**state [5]**   5705/22
5705/22 5706/2
5757/9 5774/3
**Stated [1]**   5718/4
**states [10]**
5705/1 5705/3
5705/11 5708/3
5708/6 5709/15
5711/1 5737/22
5760/10 5773/23
**static [2]**
5740/15 5741/14
**statistic [3]**
5747/12 5749/18
5801/11
**statistics [1]**
5794/16
**stay [1]**   5740/21
**stick [5]**   5754/22
5756/22 5756/23
5757/8 5766/21
**still [6]**   5712/15
5721/16 5771/10
5792/21 5793/4
5798/10
**Store [5]**   5728/7
5728/9 5742/14
5742/14 5742/15
**story [1]**   5782/21
**strategic [1]**
5760/15
**strategy [1]**
5760/15
**stream [1]**
5800/13
**Street [3]**
5705/14 5705/17
5705/20
**strength [9]**
5732/23 5732/25
5737/17 5737/24
5738/25 5741/17
5753/18 5753/24
5770/7
**striking [3]**
5742/24 5796/3
5799/12
**strong [13]**
5733/2 5736/13
5736/17 5736/24
5739/6 5742/24
5743/6 5764/24
5767/11 5767/19
5769/20 5770/1
5771/16
**stronger [19]**
5733/3 5733/5
5736/22 5737/5
5737/7 5737/12

5737/14 5743/5
5743/22 5747/3
5755/15 5755/17
5755/18 5756/17
5765/16 5765/18
5767/11 5767/25
5769/11
**strongly [1]**
5792/4
**structured [1]**
5760/24
**stuff [1]**   5748/13
5750/15
**sub [2]**   5718/23
5750/15
**subject [3]**
5757/13 5764/17
5801/24
**submit [1]**   5759/2
**substantial [2]**
5712/10 5752/16
**substantially [4]**
5709/2 5713/15
5714/2 5729/2
**successful [2]**
5767/8 5796/24
**suddenly [3]**
5771/10 5772/8
5772/9
**suggest [1]**
5713/14
**suggestions [1]**
5714/2
**Suite [2]**   5705/20
5705/24
**summarizes [1]**
5747/12
**summarizing [1]**
5749/18
**summary [1]**
5752/19
**Super [24]**
5756/16 5756/23
5764/23 5766/6
5766/6 5767/6
5767/17 5767/17
5767/17 5767/21
5769/19 5769/20
5769/23 5769/25
5770/1 5770/17
5771/6 5771/9
5771/10 5771/11
5771/11 5771/13
5772/10 5782/14
**supplier [2]**
5775/19 5777/2
**suppose [5]**
5733/21 5734/2
5737/25 5750/5
5767/14
**sure [22]**   5708/9
5709/11 5712/16
5717/1 5735/3
5735/11 5747/17
5749/9 5749/15
5754/6 5758/22
5759/15 5762/15
5764/9 5768/19
5777/10 5777/11
5790/6 5791/11

5791/17 5797/7
5801/25
**surprise [2]**
5708/21 5785/9
**surprising [3]**
5737/7 5738/11
5738/19
**SW [1]**   5706/8
**switch [10]**
5726/9 5726/10
5730/1 5732/4
5732/10 5735/16
5741/2 5750/8
5750/10 5750/13
**switched [8]**
5719/3 5730/10
5730/25 5732/9
5741/2 5750/6
5768/21 5768/22
**switches [1]**
5732/8
**switching [7]**
5726/9 5726/11
5731/8 5731/9
5735/16 5752/8
5752/9
**sworn [2]**   5710/21
5710/22
**system [1]**
5792/21

**T**

**table [2]**   5729/4
5784/18
**tail [24]**   5786/25
5787/5 5787/9
5787/15 5787/18
5787/24 5787/25
5788/5 5788/8
5789/20 5789/20
5789/22 5789/22
5795/17 5796/1
5796/4 5796/10
5796/13 5796/14
5796/17 5796/25
5798/1 5798/3
5798/6
**talk [16]**   5716/15
5717/8 5725/2
5726/3 5726/3
5726/4 5726/19
5726/25 5729/20
5739/18 5739/25
5759/16 5781/18
5783/15 5799/2
5799/2
**talked [22]**
5715/24 5722/1
5724/15 5725/1
5732/23 5736/19
5738/20 5749/23
5750/19 5753/14
5765/4 5765/8
5765/9 5765/10
5765/20 5778/8
5783/7 5795/8
5796/5 5798/18
5798/25 5800/20
**talking [16]**

**T**

**talking... [16]**
5729/15 5736/5
5749/17 5756/6
5757/7 5760/25
5764/12 5764/20
5766/25 5778/5
5783/8 5787/2
5788/15 5791/1
5792/19 5798/21
**team [2]**    5793/10
5793/11
**telling [7]**
5722/11 5730/15
5767/3 5767/10
5767/11 5769/22
5771/6
**tells [1]**    5728/3
**tend [3]**    5739/24
5794/12 5799/14
**tends [1]**    5796/25
**terms [19]**    5716/5
5718/4 5721/12
5721/21 5731/8
5733/4 5736/14
5737/14 5745/19
5747/22 5753/21
5754/3 5754/18
5777/20 5777/22
5783/13 5783/13
**terrible [1]**
5787/25 5788/1
**Terrific [2]**
5710/17 5790/24
**testified [8]**
5717/14 5717/21
5719/2 5719/13
5723/14 5791/9
5792/2 5796/7
**testify [4]**
5744/4 5751/20
5751/21 5751/22
**testifying [1]**
5710/6
**testimony [27]**
5708/18 5708/22
5709/6 5709/7
5710/7 5711/5
5714/10 5716/2
5716/6 5718/11
5719/18 5740/1
5744/6 5745/21
5781/17 5784/24
5787/19 5787/20
5792/7 5792/11
5792/11 5793/5
5794/17 5794/21
5795/9 5799/6
5802/3
**tests [1]**    5743/7
**thanks [1]**
5762/22
**theme [2]**    5737/6
5737/7
**theorem [1]**
5780/18
**theories [1]**

**theory [1]**
5739/14
**thinking [31]**
5726/5 5726/23
5726/24 5729/3
5734/13 5734/14
5753/16 5754/7
5756/24 5764/21
5764/23 5766/9
5766/10 5767/13
5767/21 5769/10
5769/12 5774/22
5775/8 5775/8
5775/24 5776/25
5778/9 5778/25
5779/6 5779/25
5780/2 5781/5
5782/7 5782/8
5782/15
**third [13]**    5713/3
5713/16 5715/18
5715/19 5715/21
5727/11 5735/6
5736/8 5758/6
5758/7 5758/8
5760/9 5761/24
**third-party [5]**
5713/3 5715/18
5715/19 5715/21
5727/11
**thirds [2]**
5773/14 5773/16
**Thirty [1]**
5772/16
**Thirty-three [1]**
5772/16
**though [4]**    5718/2
5726/7 5740/8
5767/16
**thought [11]**
5708/16 5724/10
5750/5 5751/2
5751/7 5751/8
5751/11 5760/17
5770/9 5776/24
5777/13
**three [13]**    5712/3
5712/4 5712/6
5712/14 5712/23
5713/11 5729/24
5735/14 5743/19
5754/24 5760/16
5772/16 5784/23
**three years [1]**
5743/19
**throwing [1]**
5720/9
**tie [2]**    5782/17
5782/25
**tied [7]**    5752/25
5753/14 5753/16
5754/10 5778/12
5779/2 5779/24
**tied-up [1]**
5754/10
**times [8]**    5758/24
5759/18 5786/21
5789/15 5789/21

5784/7
5790/10 5790/12
5798/17
**Tinter [4]**
5723/14 5751/22
5794/18 5794/18
**title [2]**    5731/18
5795/18
**today [5]**    5711/5
5722/12 5759/18
5760/21 5793/18
**together [1]**
5778/6
**told [3]**    5720/18
5766/12 5777/9
**tomorrow [1]**
5759/21
**ton [1]**    5734/13
**tonight [1]**
5759/21
**took [4]**    5744/2
5750/5 5761/1
5791/11
**tool [2]**    5784/15
5784/15
**top [10]**    5728/8
5729/8 5746/3
5760/16 5768/4
5776/8 5792/25
5793/1 5793/2
5795/19
**topic [1]**    5799/12
**torso [4]**    5797/24
5798/1 5798/3
5798/3
**total [6]**    5727/11
5728/3 5750/20
5763/19 5785/11
5790/17
**totally [2]**
5755/2 5772/2
**touched [2]**
5725/12 5732/11
**touches [1]**
5733/12
**toward [1]**    5788/7
**towards [1]**
5740/24
**trace [1]**    5777/24
**track [1]**    5780/8
**tracked [1]**
5797/19
**trade [1]**    5760/15
**traffic [33]**
5712/8 5717/25
5718/19 5719/6
5719/6 5720/13
5722/5 5722/16
5722/20 5730/12
5730/16 5730/17
5731/16 5731/17
5731/20 5734/14
5734/17 5739/13
5739/15 5740/9
5746/21 5746/23
5747/22 5748/5
5748/7 5748/10
5748/11 5748/12
5748/23 5750/10
5751/25 5787/7

5794/6
**training [3]**
5793/8 5793/24
5794/4
**transcript [2]**
5705/10 5803/4
**transcripts [3]**
5708/13 5759/25
5760/7
**translate [3]**
5722/19 5746/22
5776/13
**translates [1]**
5737/24
**treated [1]**
5761/22
**trial [10]**
5705/10 5708/24
5709/3 5709/10
5709/19 5745/22
5792/7 5792/10
5792/11 5793/5
**tricky [1]**
5780/10
**tried [5]**    5720/21
5753/1 5753/20
5753/23 5762/13
**true [3]**    5726/15
5726/16 5803/4
**truly [1]**    5739/12
**try [4]**    5747/16
5759/19 5766/4
5771/25
**trying [14]**
5722/3 5747/7
5747/24 5754/4
5755/2 5756/25
5758/3 5764/22
5764/25 5778/17
5788/11 5790/20
5791/16 5794/24
**turn [6]**    5714/17
5739/2 5752/22
5765/1 5774/2
5781/8
**turning [1]**
5744/21
**two [36]**    5711/14
5712/4 5712/5
5716/10 5716/13
5716/19 5721/5
5724/13 5728/1
5739/17 5739/23
5742/11 5742/12
5743/18 5745/6
5746/2 5754/24
5771/5 5773/8
5773/14 5773/16
5776/24 5776/24
5777/14 5777/15
5777/17 5781/13
5781/15 5781/15
5782/8 5782/24
5784/13 5786/16
5787/10 5793/2
**two-thirds [2]**
5773/14 5773/16
**tying [3]**    5784/5

5784/7 5784/10
**Tyler [1]**    5705/23
**type [2]**    5763/15
5763/18
**typically [1]**
5764/16

**U**

**U.S [38]**    5705/14
5705/17 5705/19
5706/24 5708/10
5714/1 5727/12
5727/25 5736/19
5736/22 5738/2
5738/3 5750/6
5750/10 5750/12
5750/20 5752/4
5755/8 5755/13
5755/14 5756/19
5757/11 5757/13
5758/9 5758/10
5766/23 5767/5
5769/10 5769/15
5769/16 5770/13
5770/24 5771/12
5771/13 5771/14
5772/12 5772/13
5773/1
**Udi [1]**    5792/5
**ultimate [1]**
5780/14
**ultimately [3]**
5712/20 5726/19
5749/11
**unavailable [1]**
5755/15
**uncertainties [1]**
5776/6
**uncertainty [1]**
5777/8
**unchanged [1]**
5740/21
**unconditional [2]**
5775/17 5777/1
**undeletable [1]**
5714/23
**under [5]**    5717/21
5723/15 5763/2
5768/3 5770/20
**undermines [1]**
5747/2
**understands [1]**
5708/23
**understates [1]**
5751/12
**Understood [1]**
5762/8
**uniform [1]**
5725/18
**uniformly [1]**
5737/3
**unimaginable [3]**
5756/11 5767/22
5770/9
**unimaginably [1]**
5756/2
**unique [3]**
5788/20 5788/22
5790/19

**U**

**UNITED [7]**   5705/1
5705/3 5705/11
5708/3 5709/15
5711/1 5737/21
**unredacted [1]**
5760/12
**up [72]**   5711/14
5712/3 5713/11
5713/20 5716/6
5716/11 5717/6
5718/8 5718/14
5718/22 5719/11
5719/23 5721/1
5721/22 5722/6
5723/1 5724/8
5725/2 5727/8
5728/22 5730/4
5735/25 5739/19
5740/2 5740/3
5742/9 5742/21
5744/14 5744/24
5746/1 5749/21
5750/15 5752/25
5753/14 5753/16
5754/10 5756/4
5758/25 5763/20
5765/7 5765/10
5765/23 5770/15
5770/18 5771/5
5774/16 5776/16
5776/18 5776/20
5777/22 5777/24
5778/12 5778/17
5778/18 5779/2
5779/24 5782/17
5782/25 5785/16
5787/15 5788/9
5790/7 5790/11
5790/21 5791/7
5792/9 5793/11
5793/11 5794/1
5799/9 5799/13
5800/17
**upon [9]**   5713/23
5722/24 5732/24
5740/13 5750/23
5770/6 5784/21
5796/18 5799/6
**upper [2]**   5768/8
5773/9
**UPXD104 [1]**
5711/22
**Usain [1]**   5783/8
**Usain's [1]**
5783/9
**use [17]**   5725/4
5738/4 5750/8
5752/1 5752/3
5753/6 5754/3
5756/15 5769/17
5779/5 5792/16
5793/20 5793/21
5794/8 5794/25
5795/3 5797/8
**used [19]**   5719/14
5719/21 5741/6
5745/9 5749/25

5750/4 5751/16
5751/18 5751/19
5751/19 5775/5
5775/6 5775/16
5775/17 5775/19
5775/22 5794/5
5795/16 5797/9
**useful [4]**
5778/24 5783/22
5791/20 5793/23
**user [18]**   5733/6
5763/4 5763/12
5763/13 5765/12
5765/14 5791/2
5791/10 5791/17
5792/13 5792/14
5792/16 5792/22
5793/15 5793/15
5797/9 5797/11
5797/12
**user-downloaded**
**[5]**   5763/4
5763/12 5763/13
5765/12 5765/14
**users [16]**   5714/3
5714/6 5714/12
5714/25 5715/25
5716/5 5716/14
5718/1 5724/12
5729/22 5732/19
5732/20 5742/13
5742/19 5765/20
5791/11
**uses [4]**   5756/8
5780/16 5792/24
5793/7
**using [18]**   5720/7
5720/9 5720/10
5720/23 5721/1
5721/2 5745/19
5751/10 5751/24
5778/20 5778/22
5784/25 5785/21
5792/22 5793/8
5793/15 5793/18
5795/12

**V**

**vague [1]**   5759/7
**valuable [1]**
5751/15
**value [1]**   5729/5
**variable [1]**
5737/17
**Varian [1]**   5792/2
**Varian's [1]**
5794/20
**variation [2]**
5725/22 5753/15
**varies [1]**   5739/8
**variety [1]**
5713/20
**various [4]**
5709/13 5736/14
5785/6 5798/17
**vary [1]**   5765/20
**vast [2]**   5714/13
5801/3
**verb [1]**   5756/8

**verified [1]**
5737/12
**versions [1]**
5735/6
**versus [6]**   5708/3
5714/1 5718/8
5799/24 5800/20
5801/8
**vertical [2]**
5743/14 5798/4
**view [4]**   5726/8
5768/9 5773/25
5777/17
**virtue [1]**   5742/1
**VP [1]**   5799/10

**W**

**walk [4]**   5717/20
5759/10 5765/6
5766/4
**Washington [5]**
5705/5 5705/15
5705/18 5706/9
5706/25
**water [1]**   5717/21
**way [41]**   5713/15
5719/17 5720/7
5720/22 5728/16
5729/3 5732/5
5732/13 5733/2
5734/12 5735/23
5736/18 5737/13
5740/20 5746/5
5751/19 5754/17
5755/3 5755/19
5756/24 5760/24
5764/16 5766/1
5769/12 5771/24
5777/17 5777/23
5780/16 5781/14
5781/23 5781/25
5783/17 5783/25
5786/15 5793/12
5793/14 5793/15
5795/2 5795/10
5796/3 5796/4
**ways [5]**   5713/12
5714/12 5764/13
5781/15 5787/10
**weak [6]**   5738/2
5738/3 5738/20
5738/21 5766/15
5768/23
**weakens [1]**
5781/23
**weaker [11]**
5766/11 5766/13
5766/19 5767/1
5767/4 5767/12
5767/14 5769/11
5769/13 5783/5
5783/19
**Webb [1]**   5705/23
**website [1]**
5797/12
**week [8]**   5711/11
5785/22 5785/24
5786/20 5788/15
5788/19 5789/10

5789/21
**weekend [1]**
5708/9
**weight [1]**   5710/8
**weighted [1]**
5719/10
**Weinberg [2]**
5772/9 5794/19
**weird [3]**   5790/5
5790/5 5790/6
**welcome [3]**
5710/19 5710/23
5761/8
**weren't [2]**
5786/22 5797/14
**what's [17]**
5717/1 5717/2
5719/1 5720/3
5720/13 5724/22
5725/14 5726/17
5728/16 5731/9
5755/5 5762/16
5767/20 5778/14
5779/2 5780/4
5800/13
**wheat [1]**   5784/13
**whenever [1]**
5710/24
**WHINSTON [15]**
5707/3 5708/18
5708/19 5709/22
5710/13 5710/15
5710/18 5710/19
5711/2 5711/4
5711/11 5758/14
5761/8 5762/11
5797/5
**White [1]**   5709/16
**who's [1]**   5709/25
**whole [8]**   5724/18
5739/14 5754/18
5765/8 5765/9
5780/24 5785/19
5792/2
**widely [1]**   5736/6
**widget [6]**
5714/21 5715/13
5715/13 5742/17
5742/21 5742/22
**WILLIAM [2]**
5705/22 5708/5
**Williams [1]**
5706/8
**Windows [8]**
5745/22 5746/4
5746/8 5747/1
5748/25 5749/2
5752/9 5763/13
**wish [1]**   5759/1
**withhold [1]**
5759/11
**within [2]**
5743/18 5798/23
**without [2]**
5710/6 5714/4
**WITNESS [1]**
5707/2
**won [1]**   5722/16
**word [5]**   5725/4

5742/11 5775/6
5780/16 5788/11
**words [13]**   5740/9
5740/14 5741/25
5751/4 5770/25
5771/5 5771/21
5772/13 5788/24
5795/16 5797/11
5798/13 5801/13
**work [3]**   5759/19
5784/25 5791/15
**worked [1]**
5732/13
**works [1]**   5791/14
**world [18]**   5714/2
5749/9 5774/17
5774/19 5774/21
5775/2 5775/11
5776/19 5778/21
5778/22 5778/22
5779/9 5779/9
5779/15 5779/15
5779/19 5779/20
5784/8
**worlds [3]**
5726/20 5776/25
5780/3
**worldwide [1]**
5727/25
**worry [2]**   5783/1
5798/4
**worse [1]**   5744/11
**worth [4]**   5715/11
5721/17 5721/25
5727/17
**wrap [1]**   5772/3
**write [1]**   5780/11
**writing [5]**
5759/2 5759/17
5759/20 5774/14
5780/12
**written [2]**
5780/11 5784/10
**wrote [2]**   5709/2
5784/5

**Y**

**Yahoo [7]**   5714/6
5719/4 5730/10
5757/18 5773/23
5773/24 5792/4
**Yandex [7]**
5742/25 5743/5
5743/8 5743/9
5743/17 5743/20
5744/10
**year [4]**   5728/3
5754/9 5793/22
5796/8
**years [7]**   5716/4
5719/16 5730/20
5736/20 5743/19
5751/16 5793/22
**yellow [3]**
5744/17 5765/12
5768/3
**yesterday [1]**
5759/8
**Yoo [1]**   5708/14

**Y**

**York [2]**    5705/24
5758/23