<pre>
 1                IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
 2

 3   UNITED STATES OF AMERICA,
     et al.,                            Civil Action
 4                  Plaintiffs,         No. 1:20-cv-3010

 5            vs.                       Washington, DC
                                        October 26, 2023
 6   GOOGLE, LLC,                       1:30 p.m.

 7                  Defendant.
                                        Day 28
 8   _____/      Afternoon Session

 9

10                 TRANSCRIPT OF BENCH TRIAL
              BEFORE THE HONORABLE AMIT P. MEHTA
11               UNITED STATES DISTRICT JUDGE

12

     APPEARANCES:
13

     For DOJ Plaintiffs:    KENNETH DINTZER
14                             U.S. Department of Justice
                               1100 L Street, NW
15                             Washington, DC 20005

16                          JOSHUA HAFENBRACK
                            MEAGAN BELLSHAW
17                          RICHARD GOWER
                               U.S. Department of Justice
18                             450 Fifth Street, NW
                               Washington, DC 20001
19
                            DAVID DAHLQUIST
20                             U.S Department of Justice
                               209 South LaSalle Street, Suite 600
21                             Chicago, IL 60604

22   For Plaintiffs
     State of Colorado &
23   State of Nebraska:    WILLIAM CAVANAUGH, JR.
                             Patterson, Belknap, Webb & Tyler, LLP
24                           1133 Avenue of the Americas #2200
                             Suite 2200
25                           New York, NY 10036
</pre>

1    <u>**APPEARANCES CONT**</u>:

2    **For Plaintiff**
     **State of Colorado:**      **STEVEN KAUFMANN**
3                               Colorado Department of Law
                               CPS/Antitrust Section
4                               1300 Broadway, 7th Floor
                               Denver, CO 80203
5

6

7    **For Defendant Google:**   **JOHN SCHMIDTLEIN**
                               Williams & Connolly, LLP
8                               680 Maine Avenue, SW
                               Washington, DC 20024
9
                               **MICHAEL SOMMER**
10                              Wilson, Sonsini, Goodrich & Rosati
                               1301 Avenue of the Americas, 40th Fl.
11                              New York, NY 10019

12

13

14

15

16

17

18

19

20

21

22

23   **Court Reporter:**        **JEFF HOOK**
                               Official Court Reporter
24                              U.S. District & Bankruptcy Courts
                               333 Constitution Avenue, NW
25                              Washington, DC 20001

1                         **I N D E X**

2    **WITNESS**                                            **PAGE**

3    PRABHAKAR RAGHAVAN

4      Continued Direct Examination by Mr. Sommer         7345

5      Cross-Examination by Mr. Hafenbrack                7418

6

7

8

9

10                       **E X H I B I T S**

11   **EXHIBIT**                                            **PAGE**

12   Exhibit DX3236        .....Admitted into evidence.....   7374

13   Exhibit DX163         .....Admitted into evidence.....   7389

14   Exhibit DX163A        .....Admitted into evidence.....   7389

15   Exhibit DX126         .....Admitted into evidence.....   7395

16   Exhibit UPXD17*       .....Admitted into evidence.....   7459

17   *Exhibit provisionally admitted.*

18

19

20

21

22

23

24

25

1          **P R O C E E D I N G S**

2          **THE COURT:**  Welcome back, everybody.

3          Mr. Sommer, whenever you're ready.

4          **CONTINUED DIRECT EXAMINATION OF PRABHAKAR RAGHAVAN**

5     **BY MR. SOMMER:**

6          **Q.**  Thank you, Judge.  Good afternoon, Dr. Raghavan.

7          **A.**  Good afternoon.

8          **Q.**  I'm going to now turn to another area you're

9     responsible for, and that's search ads, okay.

10         Why does Google show ads on the search engine results

11    page?

12         **A.**  Earlier this morning, we discussed that users

13    sometimes have commercial intent, and I pointed out they want

14    deals in some sense.  They want qualifying offers from good

15    merchants.  Merchants are anxious to reach these users in

16    those moments of commercial need, and our ads facilitate

17    that.  They also -- obviously the revenue from them, helps

18    make information universally accessible, making Google search

19    accessible to anybody whether or not they can pay for it.

20         **Q.**  Wouldn't users be better off just getting organic

21    results?

22         **A.**  That's not what our research shows quite

23    consistently.  When users are in a moment of commercial

24    consideration, consistent user studies suggest that they

25    would like to see the right number of tasteful and

1    well-matched advertisements.

2        **Q.**  How can users distinguish advertisements from organic

3    search results?

4        **A.**  I can speak for Google.  We try our best to label

5    advertising conspicuously, and periodically conduct user

6    studies to ensure that these labels are visible to users.

7    And wherever we can, we make improvements.  And every year or

8    two, we actually make refinements in what we call the

9    badging.

10       **Q.**  Badging?

11       **A.**  We refer to it as the badging of advertising.

12       **Q.**  Does Google serve ads in response to every query?

13       **A.**  We do not.  To give you a rough sense, about

14   80 percent of queries have zero ads, and the remaining

15   20 percent have between one and four.

16       **Q.**  So when there's a commercial query, how does the

17   Google algorithm -- or whatever I should properly refer to it

18   as, how does it decide how many ads should be served in

19   response to the query?

20       **A.**  It's a combination of factors.  I'll try to be

21   succinct.  So we take into account the quality of match, how

22   relevant the advertisement is for the query at hand.  We take

23   into account the quality of downstream user experience, so

24   it's the landing experience.  And we try to discern,

25   obviously, between merchants where they get a good experience

1    versus the other extreme, a site that might be putting in

2    malware into the user's computer, and elevate the ones to the

3    highest quality.  We take into account the bids that

4    advertisers make on the user need at hand.  So that's the --

5    it's a very succinct summary of how it works.

6        Q.  I appreciate that.  You mentioned that it's from zero

7    to four ads.  Does Google ever show more than four topside

8    ads?

9        A.  No.  And if that ever happened, it would be a bug and

10   we would fix it immediately.

11       Q.  It would be a bug, you said?

12       A.  It would be a bug.  By policy, we wouldn't show more

13   than four.

14       Q.  And what percentage of the time is Google showing

15   less than four ads?

16       A.  So let's split it up.  So the biggest bucket is zero,

17   which is 80 percent; one to three -- which is what I think

18   you're asking, is roughly 18 percent; and four is a little

19   less than 2 percent at this point.

20       Q.  So four ads are shown, and only 2 percent of the

21   time?

22       A.  2 percent of queries.

23       Q.  Queries, thank you.  Are you generally familiar with

24   how many ads are shown by, for example, Bing in response to

25   commercial queries?

1        **A.**  Only from my experience, and what some of my

2   colleagues have reported when trying Bing.

3        **Q.**  And is it generally more than four?

4        **A.**  My impression is that the ad load on Bing is higher.

5        **Q.**  How about some verticals like Yelp, for example, any

6   insight -- have you ever been on Yelp or had a colleague look

7   at Yelp for you?

8        **MR. HAFENBRACK:**  Your Honor, I'll object on foundation

9   grounds.

10       **THE COURT:**  If that's the objection, it's overruled.  Go

11  ahead, sir.

12       **THE WITNESS:**  I've used some of the vertical services.  I

13  see far more ads on Yelp and Amazon, for instance.

14  **BY MR. SOMMER:**

15       **Q.**  Now, why doesn't Google show more ads, wouldn't that

16  increase Google's revenue?

17       **A.**  In the very short term, yes.  But really, the way we

18  think of the system is how to deliver long-term value to the

19  advertiser ecosystem into the business.  And what we've

20  learned -- and we've actually published on this.  There was a

21  publication we did in 2015 by Hohnhold, et al. -- and I'll

22  spell that for the Court: H-O-H-N-H-O-L-D.  It was a

23  publication from colleagues that showed that if you crank up

24  the ad load, that has a detrimental effect on the user

25  experience that makes users go away.  And so it's not a good

1    thing to do.

2    **Q.**  Okay.  And between short-term revenue and long-term

3    user experience, which is paramount at Google?

4    **A.**  We always want the long-term user experience to

5    survive, because we think that's the best thing for our

6    business as well.

7    **Q.**  Are you familiar, sir, with various innovations that

8    have been made to Google's search ads functions over the

9    years?

10    **A.**  Some of them, I would say.

11    **Q.**  Okay.  And is innovation something that is going on

12    with great frequency?

13    **A.**  I would say it's a fairly constant activity, and it's

14    the reason why hundreds of engineers work on this problem all

15    the time.

16    **Q.**  Let me show you the next demonstrative, it's

17    DXD21.007.  Can you describe to the Court generally what we

18    see on this slide?

19    **A.**  There seems to be a timeline and then an arrow at the

20    bottom.  So the timeline begins in roughly 2000 and comes up

21    to roughly today.  And I should be clear that the left side

22    of this timeline, I was not at Google and --

23    **Q.**  Understood.

24    **A.**  -- observing from the outside.  And the slide shows a

25    number of the key innovations as well as ongoing innovation

1    in something called NLU, natural language understanding.

2        Q.   Does this show all the innovations or is this just a

3    subset?

4        MR. HAFENBRACK:   Your Honor, we'll object, because we

5    don't have any foundation for this demonstrative, and it

6    doesn't sound like the witness created it.  Counsel's

7    effectively using what it sounds like is a counsel-created

8    demonstrative to lead the witness.

9        THE COURT:   Do you have any reason to think any of it's

10   inaccurate?

11       MR. HAFENBRACK:   We just received it, Your Honor.  We

12   don't have any basis.

13       THE COURT:   Well, it's a demonstrative, so he can use it

14   to examine him.

15       MR. SOMMER:   Thank you.

16       THE COURT:   And as the witness has said, he can identify

17   what he has personal knowledge of and does not.

18   BY MR. SOMMER:

19       Q.   Dr. Raghavan, does this slide, based on your personal

20   knowledge, represent every innovation that Google has done,

21   even during the period you've been there?

22       A.   No, it does not.  This is a subset of salient

23   features.

24       Q.   Now I want to ask you about AdWords.  Now, you just

25   reminded us that you were not at Google when AdWords was

1    launched in 2000.  Were you aware of the launch of AdWords in

2    2000?

3        A.  Very much so.

4        Q.  How so?

5        A.  For the left half of this slide, which is roughly the

6    period I was not at Google, I think I'd say I was in grudging

7    admiration for what Google was doing.  AdWords dramatically

8    simplified the buying experience of advertising on search

9    engines.  And to set a little context, a few people and the

10   Court may recall that a little before the turn of the

11   century, there were engines like Alta Vista that users like

12   myself used.  And there, sometimes you'll type in a query --

13   for instance, you might type in artificial intelligence, and

14   you get a banner right above for Seven Seas Cruises which has

15   little bearing on the user's intent at the time.  AdWords and

16   its precedent, a company by the name Overture which actually

17   invented the idea, put in place the idea of search

18   advertising that was germane to the user's intent at that

19   moment.

20       Q.  Did AdWords separate organic results from ads on the

21   search results page?

22       A.  Absolutely.  AdWords had no influence at all on the

23   organic results, as I understood then.  I think that would be

24   shocking anywhere in the industry, if the advertising side

25   were to impact the organic side.

1    Q.   How about you're familiar with the acronyms CPC and

2    CPM?

3    A.   I am.

4    Q.   How about using CPCs instead of CPM, was that an

5    innovation introduced by AdWords?

6    A.   If my memory serves me right, it was introduced right

7    around the time.  I wouldn't be able to tell you precisely if

8    it first came from Google or Overture.

9    Q.   Let's go to the next demonstrative, which is

10   DXD21.009.  What do you recognize this to be, Dr. Raghavan?

11   A.   This looks like an ancient Google search page with a

12   query for Drake Hotel in Chicago.

13   Q.   And I take it from your work at Google, you know that

14   the search engine results page has evolved over time; is that

15   fair?

16   A.   It definitely has.

17   Q.   Let's go to the next slide, which has sort of a

18   side-by-side.  What do we see now on the right side of the

19   slide?

20   A.   The same query on a more modern Google search page.

21   And what you see now is -- in the original version, there was

22   something that said sponsored links to the right of the

23   organic results.  Now it's above the organic results, and the

24   badging that I referred to earlier is far more prominent than

25   before.

1     Q.   Okay.  So just to be clear, on the right side, the

2     word "sponsored" is the badging you described; is that right?

3     A.   Correct.

4     Q.   And that indicates it's an ad?

5     A.   It's a paid advertisement.

6     Q.   Okay.  What else about the current version of the

7     results page do you see that's different?

8     A.   Well, so you see much richer image-heavy content

9     which came in, in this case, in an ad.  But one of the things

10    that evolved was user's expectations grew to demand more

11    visually rich content.  And I spoke earlier of how technology

12    rises to meet user's expectations.  And in this case, what

13    happened was the available bandwidth to serve visually rich

14    results in ads was there to deliver this better experience.

15    Q.   Are you familiar with something referred to as ad

16    extensions?

17    A.   Yes.

18    Q.   What are those?

19    A.   So these are features within an advertisement that --

20    and I'll point to an example here, that allow a user to

21    navigate directly to some point within an advertiser's

22    website.  So, for instance, if a user were to see the

23    advertisement on the top, and they were perhaps not

24    interested in booking the hotel any longer because perhaps

25    they'd already booked it, but they wanted to know what dining

1    facilities were available, they could click directly on that

2    link below the main link that says dining at the hotel and

3    get there.

4         Q.  Okay.  And was that an innovation that Google

5    introduced into this --

6         A.  I believe it was Google that first came up with this.

7         Q.  These types of innovations, these -- excuse me, these

8    new features where you can click on dining, for example, is

9    that a benefit to users?

10        A.  I would hope so, because for users, they want to

11   continue their journey as efficiently as possible.  This is a

12   means to not have to go first to a home page, and then click

13   their way down.  It's also a case where an advertiser

14   indicates what it is about their site might be of the

15   greatest interest to users issuing this query.  And this

16   advertiser, for instance, says -- felt that dining at the

17   hotel or viewing guest rooms would be especially useful in

18   continuing the journey of a user directly.

19        Q.  Let's go to the next slide, which is DXD21.010.  What

20   we've put up there is something called long-term value.  Are

21   you familiar with long-term value?

22        A.  I am familiar with the idea for long-term value.

23        Q.  And did you become aware of it when it was launched

24   by Google?

25        A.  In that terminology, yes.  The general idea -- you

1    know, being outside Google, I'd heard that Google was

2    contemplating this question.  It was a very interesting way

3    of thinking about it.  But, yeah, in that -- with that

4    terminology, long-term value, when it launched.

5        Q.  And what does that terminology refer to, long-term

6    value?

7        A.  So here's the idea:  When you place advertisements to

8    a search result, you can estimate a potential revenue for a

9    user who clicks on one of those ads, right.  But when you

10   place a number of advertisements, you have to assess the user

11   impact of that slate of advertisements on the user's

12   experience.  So by that I mean is it too many ads, are they

13   of low quality, are they poorly matched to the user's intent.

14   And so you try and compute, you try and estimate the user

15   impact, and subtract that from the revenue component with the

16   premise that doing so adjusts any revenue upside for any

17   potential downside from a bad user experience.  And that

18   composite -- I've described it in a very simplistic fashion,

19   because over time that has become a fairly sophisticated

20   mathematical function.

21       Q.  And -- I'm sorry, were you --

22       A.  But the idea is really to manage the composite value

23   and estimate long-term value from this particular slate of

24   advertisements.

25       Q.  And is that all part of the ads auction process,

1     these factors you just described?

2         A.   The way you should think about it is the long-term

3     value function is a large component and the objective

4     function that the auction considers, so that it weights both

5     the user experience and the revenue in concluding which ads

6     to serve up.

7         Q.   What was innovative about the LTV function that got

8     introduced that still is there?

9         A.   I would say a couple of things.  To my knowledge, it

10    was the first formal quantification of user impact.  And

11    that's an incredibly hard thing to do, because you have to

12    look at an event that's happening billions of times a day,

13    and each single time come up with this value assessment.  And

14    then the second piece of it was to actually reduce the

15    revenue upside so that we would have to consider the user

16    impact, and make sure that the user got value -- enough value

17    to come back.  And establishing that connection is hard, but

18    that's what the LTV function has been after.

19        Q.   How, if at all, did this innovation distinguish

20    Google from competitors like your former employer, Yahoo!?

21        A.   Back when I was at Yahoo! and Yahoo! had a search

22    engine, there wasn't as clear a quantification of long-term

23    value.  It's a hard problem, but we were not able to get

24    quite the same quantification.

25        Q.   Are you familiar with an innovation known as

1    second-price auction?

2        **THE COURT:**  Before you do that, I'm sorry, can I just ask

3    a follow up question, Dr. Raghavan?

4        **THE WITNESS:**  Yes.

5        **THE COURT:**  Can you just give me a sense of what are the

6    components -- component parts of evaluating long-term value?

7        **THE WITNESS:**  Yeah, there's a few things.  So one piece

8    that we learned early on as an industry, but I think Google

9    got there first, is when you present an advertisement to a

10   user, what is the likelihood that the user clicks on it,

11   okay.  And I say this, because the classic example was circa

12   2000 on Yahoo! and other early engines.  eBay would bid on

13   virtually every keyword.  So you might type Boeing 747, and

14   you would get an ad that said:  Buy a Boeing 747 on eBay,

15   right.  And the point is no user would actually click that,

16   because no user querying that query would click it.  So what

17   this function managed to do was to say, well, nobody's

18   clicking on it, so let's penalize this ad.  That's one piece.

19       I'll give you one other example, right.  When the user

20   does click-through, what is the quality of experience they're

21   about to have.  Now, that's very hard to quantify, again, but

22   we try and machine learn a bunch of signals to estimate what

23   is the quality of the downstream experience and bring that as

24   well.  And if all of that is good, then we say it's better

25   for the user's long-term value.

1    BY MR. SOMMER:

2        Q.   Dr. Raghavan, I was just asking you, have you -- are

3    you familiar with second-price auction?

4        A.   Yes.

5        Q.   And was that a Google innovation?

6        A.   A little bit of history is in order.

7        Q.   Okay.

8        A.   So the original notion of a second-price auction is

9    some decades old.  It's due to three economists:  Vickery,

10   Clarke and Groves, and I believe they got a Nobel Prize for

11   it.  And the idea was to better design auctions so that

12   participants lost the incentive to shill bid and gamify the

13   auctions.  So let me give a simple -- a very simple example

14   that was the foundation for second-price auctions.  Let's say

15   I'm auctioning this bottle of water, and everybody here makes

16   a sealed-bid, okay.  And let's say the winning bid -- it's a

17   dollar, somebody else bid 90 cents, 80 cents and so on.  So

18   I'll give the bottle to the winner, but the idea of the

19   second-price auction is to not charge them a dollar, but the

20   second highest price which is 90 cents, okay.  And the

21   intuition is nontrivial and draws on game theory, and it's

22   actually a fascinating journey.

23       I set up that background, because then we come to what

24   does it have to do with Google's role in this, right.  Prior

25   to Google's entering into this stage, search ads were sold

1    using a first-price auction, meaning the winner paid what

2    they bid, not the bid below.  The upshot was a lot of

3    gamification and shilling, which has actually been captured

4    and published scientific work.  And the minute the

5    second-price auction was introduced at Google, all of that

6    went away.

7         Now, you're going to say wait a minute, Google isn't

8    selling a single bottle of water.  There are potentially four

9    ads lodged, so what's really going on.  So what Google did

10   was the winner paid the second highest price, the second slot

11   paid the third highest and so on.  That auction became known

12   as a generalized second-price auction.  And the generalized

13   second-price auction has now been the subject of hundreds of

14   papers of scientific work with lots of variants studied in

15   textbooks, courses and so on.

16        And I mention this, because there was the second-price

17   auctions before Google, but the implementation in Google

18   AdWords, I would say, had two side effects.  First, Google

19   was able to say to ad bidders:  Come on in.  We'll only

20   charge you for clicks, and we'll never charge you more than

21   you bid.  That's number one.  The other side effect -- which

22   I actually think is just as important, not just for Google,

23   but for the community, is this led to an instant sort of

24   explosion in an area that's now called competition game

25   theory where computer scientists and game theorists got

1    together and developed many, many versions.

2        So that the study of these auctions is very systematic,

3    and has been fairly well developed over the last 15 or 20

4    years.  And that, to me, is actually a profound impact on the

5    technical community.

6        **THE COURT:**  I'm sorry, what gaming of the auction did the

7    second-price auction -- at a very high level, what did it

8    eliminate?

9        **THE WITNESS:**  Yes, let me illustrate that further.  Let's

10   pretend that you bid a dollar and he bid 90 cents.  The

11   gaming that comes about is as you're entering a bid, you're

12   saying should I bid a dollar; let me try and guess what the

13   other person bid and drop my bid to see if I can get away

14   with it, right.  So what this led to is a behavior where

15   nobody in the system was bidding the true value, true

16   rational valuation for the bottle of water or the ad slot,

17   right.  Game theorists call an auction incentive-compatible

18   if everybody is motivated to bid their true values, and the

19   second-price auction fixes that.

20   **BY MR. SOMMER:**

21   **Q.**  Let me ask you about another innovation that the

22   Court's already heard a little bit about, and that's called

23   keyword match types.  Are you familiar with that?

24   **A.**  I am.

25   **Q.**  And let's advance to DXD21.012 -- there it is.

1    First, could you very briefly remind the Court what keyword

2    match types are?

3    **A.**    Let me develop the setting.  Some 10 years prior to

4    keyword match type, I and many colleagues in the industry and

5    in academia were going around saying search challenge is not

6    to match what the user typed, but the intent underlying what

7    they typed, right.  And users have a mismatch between their

8    intent and the query they provide, for a number of reasons.

9    They could just mistype it, okay.  But let me give you

10    another example.  A user has a problem eliminating rodents in

11    their house, and so they want to find traps.  They come and

12    type mousetrap, okay.  Is the user looking for traps to catch

13    mice or are they looking for theater tickets to a

14    long-running play in London called Mousetrap.  Should that

15    depend on their locale; should it depend on time of day even.

16    And those are things -- cases where you have to be very

17    careful about how you take the user's query and match it to

18    what the advertiser might be interested in.

19    Another example might be the user's perhaps somewhat

20    careless, and instead of typing tennis shoes -- which is what

21    they want, they type court shoes, right.  Now, in certain

22    circumstances, that query should trigger an advertisement

23    from an advertiser who offers tennis shoes, right.  And so

24    figuring out these semantic matches is the notion of keyword

25    match types.  And Google introduced a number of match types

1    where an advertiser could say yes, please broaden my match so

2    I can reach more of my audience.

3        Q.  Let me just follow up very briefly on the two

4    examples you gave.  First, a misspelling.  If a user

5    misspells a query and Google can now correct for that, is

6    that good for the user?

7        A.  It's very good for the user I hope.  And I hope in

8    the right circumstances, when tastefully done, good for the

9    advertiser as well.

10       Q.  That was my next question, is it good for the

11   advertiser.  And I take it if it feeds a relevant ad to an

12   interested user, that's good for both sides; is that fair?

13       A.  That's correct.

14       Q.  And the same thing with semantic matching, by -- I'll

15   give you an example.  Women's hats versus hats for women.

16   That was an issue that Google figured out how to resolve with

17   semantic meaning, correct?

18       A.  Correct, but it has to be done right, because that

19   example feels obvious.  But if you type in white wine and get

20   ads for red wine, that's not a good experience, right.  So it

21   has to be done tastefully, and this is where the technical

22   notions may have come up in prior testimony of precision and

23   recall matter:  With what precision are you matching, and how

24   often do you match correctly, right.  And that's a delicate

25   balance in the art.

1      Q.   Dr. Raghavan, during your tenure -- early tenure at

2   Google, was there a time you heard from advertisers that

3   Google Ads were difficult to use compared to Facebook, for

4   example?

5      A.   Not early in my tenure at Google, but early in my

6   tenure in Google Ads.

7      Q.   Thank you.

8      A.   My sales team -- our sales teams would come and say

9   that was one of their biggest challenges.  Advertisers said:

10  Why don't you make it easy for me; and if you don't, I prefer

11  Facebook ads.

12     Q.   Was that important feedback for you to get?

13     A.   Oh, yes.

14     Q.   And why was that?

15     A.   It's my hope and goal to make our products as useful

16  as possible to all users, including our advertisers.

17     Q.   Does Amazon -- just a quick question on Amazon.  Does

18  Amazon also use keywords on search?

19     A.   You mean on search or on search ads?  Because they

20  have both -- well, so there's --

21     Q.   I'm really talking about search ads now.

22     A.   Yeah, I was just clarifying.

23     Q.   I apologize.

24     A.   But the answer is yes.

25     Q.   The changes we just discussed, among others -- the

1    correcting for the misspelling and the semantic meaning, what

2    impact, if any, did that have on Google and its ability to

3    compete with Facebook or Amazon or other platforms?

4        A.   To the extent it was done well, I think it expanded

5    the opportunity to connect -- to be matchmaker more often

6    between users in the right moment and advertisers, and

7    increased advertiser value, hopefully increased user value,

8    and with it, Google revenue as well.

9        Q.   Are you familiar with the references to thinner or

10   thicker when it comes to the auction, the ad auction?

11       A.   I think I understand what those generally mean.

12       Q.   Okay.  Do you understand that thicker means more

13   advertisers bidding and thinner is fewer?

14       A.   Let's agree on that terminology.

15       Q.   Okay, good.  By correcting misspellings or solving

16   the problem of semantic meaning, did that make the auction

17   thicker?

18       MR. HAFENBRACK:  Objection, leading.

19       THE COURT:  That's overruled.

20       THE WITNESS:  Should I proceed?

21       THE COURT:  You can answer.

22       THE WITNESS:  So it's very hard to make a categorical

23   statement of that nature.  This is a point I'll come back to

24   later, because you can always come up with a hypothetical

25   situation.  But done right, it will actually have the right

1    outcomes for all parties: the user, the advertiser and for

2    Google.  Done wrong, it could potentially gratuitously

3    thicken an auction, and that would be a bad thing.

4  BY MR. SOMMER:

5    **Q.**  I take it that it was Google's intent to do it right?

6    **A.**  We continue to try and do it right.

7    **Q.**  By correcting for misspellings -- just the last thing

8    on this, would that have the effect of bringing more

9    advertisers into a particular auction in general?

10   **A.**  More of the right advertisers, yes.

11   **Q.**  And does that create -- withdrawn.

12   How would that relate to the user intent when they put

13   their query in, if you follow where I'm going?

14   **A.**  Yeah, so let me answer it this way.  If the spell

15   correction was done well, it enhances the user's experience

16   by more closely patterning their intent.  But if you overdo

17   the spell correction and are careless with it, then you will

18   damage the user experience.

19   **Q.**  Okay, thank you.

20   **THE COURT:**  I'm sorry, what do you mean by that?

21   **THE WITNESS:**  Yeah, so let's say you were to type a query

22   and, you know, it has some matches.  But then I correct a

23   large number of the characters in the query, and end up

24   matching it to something that wasn't your intent at all,

25   right.  Perhaps the most trivial example is the red and white

1    wine, right.  You type red wine, and I correct enough of the

2    characters to match it to white wine sellers.  That's bad for

3    your experience.

4    **BY MR. SOMMER:**

5        **Q.**  What if an advertiser doesn't want to match to

6    something, is there a mechanism for them to address that?

7        **A.**  There are a couple of ways advertisers can do that.

8    One is they can opt out of some of these broadening

9    mechanisms.  The other is they can -- this is a mechanism

10   that they sometimes use.  They will put in negative keywords

11   which means -- which is an instruction to us of the form do

12   not match my ads to the following keywords.

13       **Q.**  Are you familiar with branded keywords versus

14   non-branded keywords?

15       **A.**  I think I follow the general principle of branded and

16   non-branded keywords.

17       **Q.**  Okay.  Let's start this way:  What's a branded

18   keyword, as you understand it?

19       **A.**  It's a keyword that matches some company's brand,

20   say, Nike.

21       **Q.**  Let me show you a demonstrative, DXD21.013.  In this

22   example, the company is Joanne's Pro Shop.  Do you see that?

23       **A.**  I do.

24       **Q.**  And do you see the two different pads there extending

25   out from the -- to the right?

1      **A.**   Joanne's Pro Shop and Tennis Gear Store.

2      **Q.**   So can you describe the difference between branded

3      and non-branded keyword here, that we're using as this

4      example?

5      **A.**   So in this slide, someone typing the precise query

6      Joanne's Pro Shop is typing a branded keyword that would

7      match Joanne's Pro Shop.  But they could also type Tennis

8      Gear Store, and that may be something that Joanne has bid on

9      and therefore wants to be shown on.

10      **Q.**   We can take that down.  Are there instances when an

11      advertiser might want to bid on a competitor's branded

12      keyword?

13      **A.**   Well, yes.

14      **Q.**   And what would some of those circumstances be?

15      **A.**   Here's the -- let me start with the physical world

16      analogy and then get to the online world, right.  The

17      physical world analogy I would offer is you're driving up to

18      a Honda dealership, and there's a billboard for Toyota across

19      the street.  So it's similar in it's spherical.  In the

20      online world, what often happens is a well-known brand such

21      as Nike is offering their wares, perfectly fair.  A

22      less-known brand that you may not have heard of would like to

23      say hey, I exist too, and if you're interested in Nikes,

24      you're probably interested in me, HOKA -- which is a smaller

25      shoe brand.  So I would like to bid on the keyword Nike, and

1    if the user searches for that, give them the opportunity to

2    see the HOKA ad.  They may still go away and go to Nike, but

3    at least I would have an opportunity at placement.

4        Q.  In your example, sir, would Nike have any sort of

5    advantage over HOKA in the ad auction?

6        A.  I would say a small advantage.  And the reason would

7    be, if you recall, we spoke earlier of the downstream landing

8    page and its match for the keyword at hand as part of the LTV

9    function.  In this case, the downstream landing page for Nike

10   is more likely to match the query -- if it's just Nike, then

11   Nike, than the HOKA home page, right.  If it's Nike shoes,

12   then the gap narrows a bit between Nike shoes and HOKA shoes.

13   But you get the idea, that there is a slight advantage for

14   Nike.

15       Q.  And would that be incorporated into the quality

16   score?

17       A.  It would -- yes, in the LTV calculation.

18       Q.  Thank you.  Let me ask you about another innovation,

19   and if we can go to DXD21.014.  We've heard a fair amount

20   about product listing ads or shopping ads.

21       I take it you're familiar with those?

22       A.  Yeah, I prefer to think of them as product listing

23   ads.

24       Q.  Okay.  We've heard different people have different

25   preferences.  We'll go with PLAs with you.  And again, the

1    introduction by Google of product listing ads predated your

2    arrival, correct?

3        **A.**   Oh, yes.

4        **Q.**   But again, you were aware of it from being in the

5    industry; is that right?

6        **A.**   I was.

7        **Q.**   And why was that such a new innovation?

8        **A.**   Users, when looking for specific product features --

9    for instance, an electronic device, what is its wattage, et

10    cetera, find it hard to discern that in a bunch of text

11    that's in a text ad, but can easily glean that information by

12    looking at an image and some of the dominant attributes of a

13    product that are presented in this unit.  For advertisers,

14    it's sort of creating copy.  For every product they had,

15    they'd just upload millions of images and a database of all

16    these product features, and Google can then compose a product

17    listing ad, or a PLA, from the information the advertisers

18    provided.

19        **Q.**   Let's go to the next slide, DXD21.015.  And let's

20    advance to the next -- there we go.  Can you describe what we

21    see on this slide, both on the left and on the right?

22        **A.**   These are instances of PLAs, product listing ads,

23    from many years ago, roughly 15 years ago.

24        **Q.**   Okay.  And the one on the right is more current?

25        **A.**   The one on the right is a current -- a pretty current

1    instantiation.

2        Q.   And briefly, how have the PLAs changed over time?

3        A.   There's a couple of things that you'll see right

4    away.  Based on user research, we've gone from the vertical

5    ordering of these ads to a carousel, a horizontal carousel.

6    This comes about in part because with smartphones, we find

7    people -- users more able to fling through different ads and

8    pick -- visually cue in on the one they want.  Second, the

9    badging is changed.

10   The final thing I'll point out is this auxiliary content

11   that helps the user decide what product to buy, such as

12   reviews, free shipping and so on.  So we find that if there's

13   extra information when added to a PLA, it increases the

14   user's comfort with what they're seeing.

15       Q.   What trends, if any, have you noticed over the last

16   five to seven years between advertisers using text ads versus

17   PLAs?

18       A.   Yeah, the first thing I should point out -- because

19   it's not obvious on this slide, is on a given query, you

20   could have both PLAs and text ads.  It's just not visible in

21   this slide, right.  As PLAs grew in popularity, advertisers

22   started moving more and more of their budgets from text to

23   PLAs.  But then they had to do work, you see, because they

24   had to upload all these images and structured information.

25   So if they did the extra work, they were able to move budgets

1    to these.

2        Now, what happens in practice is, depending on the

3    circumstances of a query -- and I'll explain that in just a

4    second, advertisers will freely move money between PLAs and

5    text ads.  But the circumstances of a query, it's things like

6    is it the holiday season.  Then, for instance, having an

7    annotation such as "free shipping" or "will be delivered by

8    Christmas" helps users make choices.  So all of those affect

9    the dynamics of how advertisers behave.

10       **Q.**  And you mentioned a moment ago that sometimes the

11   search engine results page will show both a text ad and a PLA

12   from the same advertiser; is that right?

13       **A.**  That's possible.

14       **Q.**  And does that, from your perspective, mean that those

15   two ad formats are not being transitioned between by

16   advertisers, as you described?

17       **A.**  I think I said a minute ago that advertisers do

18   transition in near realtime between these types.

19       **Q.**  Let me ask you, if we go forward in the deck to --

20       **THE COURT:**  Can I ask another question.  We've heard

21   evidence that the text ads, I guess it's on a cost-per-click

22   basis, are more expensive than the PLAs.  Can you explain why

23   that is, if that's accurate?

24       **THE WITNESS:**  It's a very complicated question, and only

25   because they're not uniformly more expensive -- sometimes,

1    right.  Really, what the advertiser cares about in the end is

2    having paid whatever it is they pay, what is the likelihood

3    in volume of the sale that happens at the end of the journey,

4    right.  And so they're adjusting their willingness to pay

5    between text and PLAs constantly while observing what gives

6    them the best return on their ad spend, right.  So I would

7    say there isn't a simple rule to explain that, well, these --

8    the one or the more is more expensive.  The right way to

9    think about it is which one affords the better return on

10   investment for the advertiser.

11   **BY MR. SOMMER:**

12       **Q.**  And depending on that, is that when the advertiser

13   will, as you said, shift the ad spend from one to the

14   another?

15       **A.**  They will.

16       **Q.**  Let's go to the next slide, which is DX21.016.  We've

17   highlighted there something called Performance Max.  That's

18   something you're familiar with?

19       **A.**  I am.

20       **Q.**  Can you briefly describe to the Judge what

21   Performance Max is.

22       **A.**  I'll try to be brief.

23       **Q.**  I wasn't trying to emphasize briefly too heavily.

24       **A.**  Thank you.

25       **Q.**  But please describe it.

1    A.   A few minutes ago, I mentioned that when I assumed

2    responsibility for our advertising products, one of the

3    biggest complaints -- perhaps the biggest complaint, I heard

4    was how complex it was, to use our advertiser phrasing,

5    products.  So I went to the team and said:  Look, an

6    advertiser should give us their budget, how much they're

7    willing to spend.  They should give us their objectives, like

8    what is the return they want on their ad spend.  And the rest

9    should be AI magic.  Why are they sitting and having to

10   program the machine with lots of keywords and bids.  And some

11   of our larger advertisers have millions of keywords in their

12   campaigns.  That's just untenable.  A very sophisticated,

13   large advertiser can manage these things, because there are

14   machines doing these things.  But for most advertisers, this

15   is way too much work.

16       So Performance Max was a way to give advertisers a way --

17   a means to tell us here's what I'm willing to spend on

18   Friday, here's the return I want; I want you, Google, do your

19   magic and ensure that I get the best returns.  So that's

20   Performance Max broadly.

21       Q.   Let's go to the next slide, DXD21.017.  This is an

22   excerpt from a Google Ads help page.  Are you familiar with

23   ads help pages?

24       A.   I am.

25       Q.   And why does Google post those publicly for

1    advertisers?

2        A.    Like most tech companies, our users -- in this case,

3    our advertisers, want to know how to make use of our

4    products.  When they have questions and doubts, they come and

5    check the help pages.  So this is a means for communicating

6    to advertisers what Performance Max is all about.

7        Q.    And Your Honor, we've marked this as DX3236.

8        Are these help pages maintained -- they're put out there

9    publicly in the ordinary course of Google's business; is that

10    right?

11        A.    Yes.

12        Q.    And they're available on the internet; is that fair?

13        A.    Yes.

14        MR. SOMMER:  Your Honor, we offer 3236, DX3236.

15        MR. HAFENBRACK:  One point of clarification.  Is this

16    slide 3236?

17        MR. SOMMER:  No, it's in your exhibit binder, the full --

18        MR. HAFENBRACK:  The full.  Gotcha, understood.  No

19    objection, Your Honor.

20        THE COURT:  So the number's DX3236?

21        MR. SOMMER:  Yes, Your Honor.  I think it's the last

22    exhibit in the exhibit binder.

23        THE COURT:  It will be admitted.

24        (Exhibit DX3236 admitted into evidence)

25    BY MR. SOMMER:

1    Q.  And on the slide that's up on the screen right now,

2    Dr. Raghavan, there are various words highlighted.  But I

3    think you've already described what the goal of Performance

4    Max is, so I'm not going to take you through that.  Let me

5    just show you one other demonstrative relating to Performance

6    Max.  Can we go forward to DXD21.018.

7        And again, I'm not asking you to repeat what you've said,

8    but can you describe what we see here?

9    A.  What you see here is Performance Max is a way for an

10   advertiser to come in with a budget and campaign objectives,

11   as I said a minute ago, and not worry about would they be

12   text ads, PLAs or through YouTube or Gmail.  It's really a

13   demand to Google to do the right thing and give them the best

14   return on ad spend.  And what these arrows are showing

15   basically is all of these delivery vehicles for ads,

16   including Gmail, Maps, et cetera, are available through a

17   single point for the advertiser.

18   Q.  Okay, thank you.  I just want to go back one slide to

19   DXD21.016, because at the bottom of this slide that we've

20   been talking about a little bit, there's something that says:

21   "Ongoing NLU innovation."  Do you see that?

22   A.  I do.

23   Q.  What does that reference?

24   A.  Yeah, this is an important point.  So NLU is a

25   technical acronym for natural language understanding.

1    Natural language understanding is a subfield of artificial
2    intelligence where we're trying to understand what it is a
3    user is trying to get done, going back to the intent.  So the
4    example I'll offer -- I'll offer a small example and then why
5    this is such a big deal.  Let's say the user types in HP
6    printer.  The merchant says Hewlett Packard model XY3200 or
7    whatever.  Notice that what the merchant or the advertiser
8    says and what the users say have nothing in common, and yet
9    we have to perform this feat of natural language
10   understanding, understanding the natural language of the
11   user, and match it to what -- the language in which the
12   advertiser is expressing themselves, okay.
13       I say this is a feat, because humans express themselves
14   in so many different ways.  And that's why you have this
15   subfield of artificial intelligence called NLU.  And I point
16   this out, because throughout Google's history, and to an
17   ongoing extent, a large -- easily the majority of our search
18   ads quality work falls in this bucket.  I'm distinguishing
19   this from some of the things you've showed above.  We have
20   these very impactful things, but this is where a lot of the
21   magic actually happens.  And this, together with something
22   else we didn't get into -- you know, it says deep learning
23   for PCDR prediction, are instances where our founder's
24   preoccupation with artificial intelligence came together with
25   the business reality.

1            And it's a very interesting segment where our ongoing

2      innovations feed off the AI developments and vice versa

3      leading to such developments that we all hear about such as

4      transformers, that I know the world is so excited about -- so

5      generative AI.  And so I like to highlight this as a place

6      where we put a lot of effort.  It's actually a large part of

7      the magic that goes on in ad matching, and it has this

8      consequence of spurring the field of AI significantly.

9      **Q.**   Thank you.  I want to ask you a couple of questions

10     about some aspects of the ad auction itself.  The Court has

11     heard a little bit about how aspects of the ad auction is a

12     black box.

13           Do you understand that phrase in this context?

14     **A.**   I think so.

15     **Q.**   Why does Google not publish all aspects of how its ad

16     auction works?

17     **A.**   I don't think it would be wise for us to do that, for

18     a bunch of reasons.  First, it's a trade secret.  And just

19     like Coke doesn't publish its formula, and various others

20     don't, that's one reason.  The second reason is publishing

21     ranking functions in all their detail, whether for ads or for

22     organic, makes it easier for large and sophisticated actors

23     to game those functions at the expense of smaller players.

24           Finally, and perhaps least appreciated of the reasons, is

25     gamification is not just something that good actors do.

1    There's actually a lot of bad actors out there, large botnets

2    attack our systems.  And knowing how to put in an ad with

3    malware or other, it's the kind of thing you could manipulate

4    easily if you knew exactly the function.  So there are many

5    reasons, but these are some of the biggest reasons.

6        Q.   Thank you.  You used the -- you've used the term a

7    couple of times ROI, or return on investment.  In your

8    experience, sir, are advertisers focused on ROI?

9        A.   In my experience, maniacally so.

10        Q.   Maniacally so, is that what you said?

11        A.   Yes.

12        Q.   Okay.  And from your experience, sir, are advertisers

13    able to understand their ROI?

14        A.   I think it's fair to say they're able to get a very

15    good estimate of it.  Remember that these are statistics, and

16    a computed statistic is close to but not a perfect

17    computation.

18        Q.   How are advertisers able to get a good understanding

19    of their ROI?

20        A.   It depends on the advertiser.  The largest and most

21    sophisticated ones have entire teams and robots dedicated to

22    computing this.  The simplest example, I think one we touched

23    on earlier briefly, is Amazon is able to see the full flow.

24    So if Amazon places an ad, they get a click, they're able to

25    watch the transaction at the other end.  They're able to say

1    I spent $5 here and I got $60 here.  That's a straightforward

2    ROI calculation, right.  There are cases -- so anybody who

3    has what I call full funnel visibility -- which Amazon

4    does -- is able to perform such a computation, right.

5        We, Google, provide tools to advertisers that are not

6    privy to that end transaction.  We can say we sent you so

7    many clicks, here was the average price you paid, and now you

8    go figure the rest, right.  So there are tools out there --

9    so those are estimates.  The other thing that happens, there

10    are a number of businesses out there -- third parties not

11    affiliated with Google -- that offer services to advertisers

12    that say let me help you compute your ROI, right.  As I said,

13    with the exception of the Amazon full funnel flow, very few

14    of these is a perfect computation.  But over time, the

15    sophistication in this area has grown.

16        Q.  And in addition to Google providing tools to assist

17    advertisers in assessing ROI, do some of the other platforms

18    provide tools as well?

19        A.  My understanding is that several others do, including

20    Facebook.  And in fact, Amazon does to its advertisers.

21        Q.  Let me ask you this question:  If all factors remain

22    the same and CPC goes up, what is the impact on ROI?

23        A.  If all factors -- everything is kept flat and CPCs

24    goes up, ROI goes down.

25        Q.  Okay.  And from your perspective, sir, are

1    advertisers -- I think you said maniacally, focused on ROI?

2        **A.**  Correct.

3        **Q.**  What would be the impact to Google if, by virtue of

4    raising CPCs, ROI was going down for your advertisers?

5        **A.**  So let me break that question up, because I think it

6    deserves some careful discussion.  So if I may rewind a bit,

7    remember we talked about auctions and the game theory that

8    accompanies them, right.  So what I'll take a few seconds is

9    to outline what is the right way to look at any of these

10   changes, including potentially an increase in CPC, right,

11   because it is a hard science.

12       So my favorite way of being able to assess any change is

13   to have a game theoretic analysis.  And this results in

14   theorems that said this is what happens to user impact,

15   advertisers and the matchmaker -- in this case, Google.  Now,

16   such theorems are possible in a few cases like generalized

17   second-price auctions, but not in all cases; some of these

18   changes will not.  So the next tool we have is to run live

19   experiments where we take a fraction of traffic and try a

20   change and see what happens.  When we run these experiments,

21   we look at a whole bunch of variables -- CPC being one of

22   them, return on advertiser spend, Google revenue.  These are

23   all variables we study, okay.  And roughly the picture -- I

24   want to take away two conclusions, and then I promise to

25   answer your question.

1        The first thing to think about any change in auction

2    dynamics -- or for that matter, even some of the matching

3    that we talked about, the keyword matching, natural language

4    understanding, will result in observed -- observed from

5    experiment -- changes to some of these things.  I say

6    observed, unless you can prove a theorem about it, right.

7        **Q.**  Unless, I'm sorry?

8        **A.**  Unless you could have proved a theorem about it,

9    which in a few cases we can.  So when you run the experiment,

10   you will see some change in CPC and revenue, et cetera, okay.

11   First, those are point-in-time observations, meaning you're

12   taking a particular experiment and scenario and seeing what

13   happens.  And based on that, you'll sometimes launch one of

14   these features, right.  And then we have to observe over a

15   period of time, often three to six months, what actually

16   happens, because users react, advertisers react.  And so

17   computing the fixed point of what happens takes a while.

18       The second thing I would caution is I don't think it's a

19   good idea to look at launches in isolation.  Yes, it's good

20   to make a launch decision.  But really, my instruction to the

21   team is to look at a sequence of launches, put them together,

22   okay.  And all of it is to say your question's not invalid,

23   but I'm trying to say that the way to consider these auction

24   changes or keyword match changes is somewhat harder and

25   deeper.

1        Now, the short version of it:  If CPC increased -- that's

2    the denominator for the advertiser, so their return on

3    investment would go down.

4        Q.  Do you have insight, from your position at Google,

5    into whether advertisers using Google are satisfied with the

6    ROI they are getting by placing ads on Google?

7        A.  In general terms I would say yes, but they're always

8    demanding better ROI.

9        Q.  You just referred to various ad launches.  Does

10    Google make many ads launches in the course of a year,

11    quality ads launches?

12        A.  When you say quality ads launches, all of the things

13    that were in that picture that we saw.  I would say big and

14    small, of the order of hundreds of launches a year.

15        Q.  Hundreds of launches.  And do each of those come to

16    you for your review or approval?

17        A.  No.

18        Q.  I wanted to pick up on the point you made about

19    looking at launches in the aggregate.  Let's go to the next

20    slide, DXD21.020.  Now, a portion of this, sir, has been

21    redacted because it's got a bunch of numbers.  So if you open

22    up your binder -- your demonstrative binder, you'll be able

23    to see it's, in the lower right-hand corner, DXD21.020.

24        A.  Yes, I do see it.

25        Q.  You're there, great.  So again, I'd just caution you

1    not to mention some of the numbers, okay, in the boxes.

2         Are you familiar with the chart depicted in this

3    demonstrative?

4         A.   Not any of the detail.  Actually, the letters are

5    small, sorry.

6         Q.   But you're familiar with the type of chart it is?

7         A.   Yes.

8         Q.   Let's start that way.  Do you see at the top where it

9    says:  "AQ is creating value.  Negative excess CPC."  Do you

10   see that?

11        A.   I do.

12        Q.   What does that mean?

13        A.   The slide header refers to the cumulative impact of

14   roughly a dozen launches.  I'm not reading any particular

15   numbers, but the cumulative impact seems to say that CPC has

16   come down from the superposition of these launches.

17        Q.   And what does AQ refer to in this?

18        A.   Oh, AQ refers -- is how the ads quality team refers

19   to themselves.

20        Q.   So that's ads quality, okay.  And then the negative

21   excess CPC, that refers to CPCs coming down in the aggregate

22   from these launches?

23        A.   In the aggregate.

24        Q.   Now, this document, I will tell you, is from 2020.

25   Is your testimony about these aggregate launches and what

1    happens, is that still true today, that you look at these

2    launches in the aggregate to assess what they're doing and

3    then look at it over time?

4        A.   Correct, and I'm contending that's the right way to

5    look at it.

6        Q.   Are there some launches that result in CPCs going up?

7        A.   There are.

8        Q.   Does -- and this was asked of a prior witness.  Does

9    Google notify all of its advertisers in advance of a launch

10   to let the advertiser know whether the forecast is that their

11   CPC will go up or down or stay the same?

12       A.   We do not.

13       Q.   Is that -- well, let me back it up one second.  Are

14   there some times when Google does announce certain launches?

15       A.   So, two things.  Number one, yes, for some of our

16   biggest launches.  But even there, it would be really

17   difficult to say to every one of 3,000,000 advertisers:

18   Here's what we think will happen to you, because it is such a

19   hard dynamic system to estimate in this fashion.

20       Q.   You beat me to it.  3,000,000 advertisers on Google,

21   correct?

22       A.   Correct, roughly.

23       Q.   And any particular launch could have a different --

24   theoretically could have a different impact on all 3,000,000;

25   isn't that right?

1        **A.**   Oh, quite likely will.

2        **Q.**   So is it feasible for Google to try to forecast and

3   tell each advertiser what a launch might or might not do for

4   each individual advertiser?

5        **A.**   Not with fidelity.

6        **Q.**   At the end of the day, sir, notwithstanding any

7   aggregate launch -- withdrawn.

8        At the end of the day, notwithstanding any aggregate

9   increase in CPC or decrease in CPC, who decides how much to

10  spend on an ad?

11       **A.**   The advertiser.

12       **Q.**   You've described to the Court now over several --

13  many years that Google has invested significant resources in

14  improving its ad auction and the overall experience for

15  advertisers.

16       Why does Google invest so much in that process, to make

17  the ads auction best of breed, for lack of a better term?

18       **MR. HAFENBRACK:**   Objection, leading.

19  **BY MR. SOMMER:**

20       **Q.**   Why does Google invest so much money?

21       **THE COURT:**   I missed the first question that was objected

22  to, but what was the second question?

23  **BY MR. SOMMER:**

24       **Q.**   The second question is why does Google invest so much

25  in its ad auctions platform?

1          **THE COURT:**  You can answer.

2          **THE WITNESS:**  I can answer, okay.  Because advertisers

3      who are focused on return on ad spend have other places to

4      take their budgets.  If we don't make it easy for them and if

5      we don't provide value to them, they evaporate.

6      BY MR. SOMMER:

7          Q.  And when you talk about other places, you're talking

8      about the competitors you've mentioned before?

9          A.  I think, yeah, I've mentioned a couple.

10         Q.  Okay.  We've talked about -- I want to turn now to

11     some of the competitors Google has when it comes to ads.  We

12     talked about on the user side, and now I want to talk about

13     on the ads side.

14         Does Google compete with Amazon for ad spend from

15     advertisers?

16         A.  Absolutely.

17         Q.  Does it compete with Meta and its platforms?

18         A.  Yes.

19         Q.  Does it compete with TikTok?

20         A.  Oh, yes.

21         Q.  I want to start with some of the social platforms.

22     Facebook, Instagram, TikTok, what makes those social

23     platforms such significant competitors for Google for ad

24     spend?

25         A.  Yeah, you may recall earlier today I talked about

1    latent intent, and the fact that people, especially young

2    people, are spending many hours each day.  And over the

3    course of those hours, they're emitting signals of latent

4    intent so that volume of data is put together extremely

5    effectively by TikTok, by Instagram, Facebook to glean

6    insights about when a user is ready to purchase whatever they

7    have a latent intent for.  Although on the face of it, it's

8    distinctive from the patent intent they express at a Google

9    or a Bing, right.  In the end, what the advertiser cares

10   about is whether they were able to make a sale through their

11   ad spend.  And so this vast accumulation and divining of

12   latent intent is what makes TikTok and Instagram and others

13   so powerful.

14       Q.  How does Meta's platforms, how do they compare in

15   terms of digital ads business to Google in terms of size?

16       A.  They're smaller than us, but they've been fairly

17   consistently -- with few exceptions in the last years, been

18   growing faster than us.  So they're effectively taking share

19   from us.

20       Q.  Does Google perform competitive analyses on Facebook

21   in the digital advertising space in the ordinary course of

22   its business?

23       A.  There are various people who look at different

24   aspects of a player like Facebook.  But we also hear from

25   advertisers what they're seeing.  One indication we've been

1    getting fairly consistent is from one of the largest

2    marketplace platforms, it's a company by the name Shopify.

3    Shopify has been telling us that their merchants are

4    consistently getting more traffic by advertising on Facebook

5    than from us.

6        Q.   In your exhibit binder as opposed to the

7    demonstrative binder, the second binder there, there's an

8    exhibit marked DX163.  It's a slide deck titled 2020 Global

9    Ads Marketing Plan:  PR Review.  Can you find that?

10        A.   I see that.

11        Q.   Okay.  And is this the type of competitive analysis

12    that Google does in the ordinary course?

13        THE COURT:  I'm sorry, where are you again?

14        MR. SOMMER:  Your Honor, DX163.

15        THE COURT:  Okay, sorry about that.

16        THE WITNESS:  This is a case where, as I --

17    BY MR. SOMMER:

18        Q.   I just want to ask you a couple what's called

19    foundation questions, so just stick with me for one second.

20    This is a deck you're familiar with, correct?

21        A.   Somewhat, vaguely familiar with it.

22        Q.   These types of analyses are done at Google; is that

23    right?

24        A.   Yes.

25        Q.   And they're kept in the records of Google?

1      A.   Yes.

2      Q.   In case I ask you to dust one off and show it to me;

3   is that right?

4      A.   Yeah, yeah.

5      MR. SOMMER:   Your Honor, we offer DX163 into evidence.

6   And also, there's a native version, DX163A, that's more

7   legible that we'll offer with it.

8      MR. HAFENBRACK:   Your Honor, we have no objection except

9   to the extent that this document does contain some embedded

10  hearsay.

11     MR. SOMMER:   Same ground rules, that's fine.

12     MR. HAFENBRACK:   Yeah, so same ground rules on the

13  standing objection, we're fine with that.

14     THE COURT:   Okay, so it will be admitted.

15     (Exhibits DX163 and DX163A admitted into evidence)

16  BY MR. SOMMER:

17     Q.   Now, what is being reviewed and looked at in this

18  particular deck, sir?

19     A.   So this deck, as best as I can reconstruct, is the

20  marketing team's -- just one of the teams at Google, plan to

21  compete more effectively with Facebook.  It says 2020, so in

22  October 2019.  So they were making a proposal for the year

23  2020 in the fall of 2019.

24     Q.   Could you turn to page five of this, it's .005.

25  Again, I'm just going to alert you that some of this has been

1    redacted.

2        But at a high level, Dr. Raghavan, what does this show in

3    terms of Google's focus on Facebook as a competitor for

4    digital advertising dollars?

5        A.   I think what we're seeing here, it's the marketing

6    team is saying that with Facebook being the strong competitor

7    it is, we need to solve for it.

8        Q.   As you said, this is late 2019.  What was Google's

9    conclusion in late 2019 as to the growth of the online ads

10   industry at that time?

11       A.   Growth at that time was decelerating in a secular

12   manner.

13       Q.   And did something happen shortly after that that

14   changed the trajectory of that industry?

15       A.   Oh, yes.

16       Q.   What was that?

17       A.   It was COVID.

18       Q.   What did that -- what impact did that have?

19       A.   COVID messed up many of these forecasts.  It began by

20   jamming supply chains to the point where it wasn't

21   interesting to advertise because you couldn't get goods to

22   consumers anyways.  So that was roughly the movie of the

23   first half of 2020.  But then, as supply chains got

24   unclogged, you had this unprecedented massive shift of

25   offline commercial activity to online platforms.  So you had

1    this amazing increase for a few quarters in online marketing.

2        Q.  I just want to ask you one additional question on

3    this slide on page five.  On the right side, do you see the

4    bar chart there?

5        A.  I do.

6        Q.  And again, without reading any of the numbers, what

7    is the general conclusion reached by Google as a result of

8    this particular analysis?

9        A.  Qualitatively, I'd say our marketing team was finding

10   that advertisers preferred Facebook to Google.

11       Q.  And how does an analysis like this impact you in your

12   job and what you direct folks to do in terms of additional

13   innovation on ads products?

14       A.  We touched on some of this earlier, but the push to

15   my team was go back and build a better product to better

16   compete with Facebook.

17       Q.  What, if anything, has changed since this analysis in

18   regard to Google's perception of its competition with

19   Facebook for digital ad budgets?

20       A.  Substantively, it's the same dynamic as before.

21       Q.  They're still out there fighting with you?

22       A.  Yeah, I think we need to be a little careful, because

23   we were using the word Facebook, but increasingly it's

24   Meta -- which they re-branded themselves.  But that umbrella

25   includes Instagram which has been one of their most fast

1    growing offer offerings.

2         Q.   Let's take that down.  Let me -- back on the

3    demonstrative deck, can we turn to DXD21.022.

4         What do we see here, Dr. Raghavan, with respect to

5    TikTok?

6         **MR. HAFENBRACK:**  Your Honor --

7         **THE WITNESS:**  This is a visible --

8         **MR. HAFENBRACK:**  Your Honor, I apologize, but we object

9    to this one.  These are hearsay statements from non-Google

10   employees.  We don't think this is a proper basis to question

11   the witness with.

12        **THE COURT:**  Well, let me see what the question's going to

13   be, so go ahead.

14   **BY MR. SOMMER:**

15        Q.   Are you familiar with articles about TikTok and a

16   buzz about TikTok over the last couple of years?

17        A.   Abundantly so.

18        Q.   Yeah, okay.  And so in your position at Google, is

19   that something you care about?

20        A.   Yes.

21        Q.   And when you see articles such as these, does that

22   influence how you think about a competitor like TikTok and

23   what Google's strategy should be?

24        A.   Very much so.

25        Q.   So why don't you just take us through your thinking

1    about seeing some of these headlines.

2        **A.**  It's beyond the headlines, just to be clear.  Because

3    TikTok does not report as a public company in the U.S., we've

4    been, like many of us, trying to estimate their ad revenue

5    growth.  And we look at a number of these sources, such as

6    the ones represented here, to try and estimate how quickly

7    they're growing.  And the conclusion I have to arrive at is

8    they're growing faster than us.  And it's also clear that

9    they have an extremely compelling product, especially for a

10   younger demographic.

11       And so all these various socials -- including eMarketer

12   there, which is a fairly good source, telling us that Gen Z

13   adults start their online product searches on TikTok rather

14   than Bing or Google is deeply concerning, and we have to

15   figure out how to respond.

16       **Q.**  How about the one -- the headline on the right, that

17   was just before this trial began.  What's that about?

18       **A.**  So --

19       **MR. HAFENBRACK:**  Same objection, Your Honor.  This is a

20   hearsay statement from --

21   BY MR. SOMMER:

22       **Q.**  I'll rephrase, I'll rephrase.  Did there come a time,

23   Dr. Raghavan, where you heard or learned that TikTok had

24   introduced an e-commerce site within its platform?

25       **A.**  Yes.

1      Q.  And what was your understanding of that new

2   e-commerce platform that TikTok introduced?

3      A.  So they were clearly going towards -- and TikTok is

4   also a partner, but they were going towards the work where a

5   user could initiate their commercial need on TikTok and

6   complete the shopping task right there on TikTok.  So you

7   have, in some sense, the best of the Instagram world where

8   you divine latent intent, inspire a purchase, but then you

9   close the loop -- so Amazon on the other side.  So you have

10  the best of Instagram and Amazon coming together in a very

11  compelling capability.

12     Q.  We can take that down.  We've talked about some of

13  the social platforms on the ads side.  Let me just quickly go

14  back to Amazon on the ads side.

15     Does Google also do competitive analyses with respect to

16  Amazon as a competitor to its advertising business?

17     A.  There are many analyses of Amazon at Google, yeah.

18     Q.  Let me ask you to find in your binder, the thicker

19  binder, DX126.  It's actually the first one in the binder.

20     Do you see that?

21     A.  One moment.  So this binder?

22     Q.  Yeah, I think it's -- it says Amazon Overview on the

23  first page.  It's the first exhibit.

24     A.  Oh, yeah, sorry.

25     Q.  Are you familiar with this type of analysis done at

1    Google?

2        A.   This is one of many decks that have gone by me

3    regarding Amazon, yes.

4        MR. SOMMER:   Your Honor, we offer DX126.

5        MR. HAFENBRACK:   No objection, Your Honor, subject to the

6    same standing of that hearsay objection.

7        THE COURT:   So 126 will be admitted.

8        (Exhibit DX126 admitted into evidence)

9    BY MR. SOMMER:

10       Q.   And generally, Dr. Raghavan, can you describe what

11   the purpose of this deck was?

12       A.   The purpose of this deck was for the authors to look

13   at Amazon's ads business -- I'm looking at the date, in 2018.

14   At that time, numerically it still felt small, but these

15   authors were raising the possibility that it was one of the

16   fastest growing ads businesses.

17       Q.   Has anything happened since 2018 with Amazon's ads

18   business that has changed that view, that it's one of the

19   fastest growing ads businesses?

20       A.   They're one of the very fastest growing, yes,

21   certainly growing faster than Google.  So some of the

22   prognoses by these authors is coming true.

23       Q.   If you could just turn to page -- we're going to go

24   through a few pages really quickly before our afternoon

25   break.  If you could turn to page five of the document.  And

1    again, there's some redactions with boxes on this one.  Just

2    look up when you're there.

3         A.  Okay.

4         Q.  Again, without disclosing any of the specific

5    information, what is the analysis going on in this slide?

6         A.  So the authors are trying to take the valuation of

7    Amazon and break it down into its constituent businesses.

8         Q.  Turn to page 19 of the exhibit, .019.

9         A.  I'm there.

10        MR. SOMMER:  Actually, Your Honor, I think this page is

11   no longer confidential, so we can show this one.

12        THE COURT:  What's the number again?

13   BY MR. SOMMER:

14        Q.  This is the same exhibit, it's at page .019.  It's

15   Exhibit DX126.

16        What's being addressed here, sir?  I'm under the heading

17   Risks from Amazon.

18        A.  I think the authors are talking about areas where

19   Amazon and Google compete more or less directly.

20        Q.  So it says:  "Google and Amazon have tons of

21   overlapping products," and then there's a list below that.

22   And we see some of the ones we've heard a lot about in this

23   case:  We see search ads, PLAs; we see display ads, we see

24   video content.

25        A.  Ad platforms is one.

1      Q.   Right, thank you, ad platforms.  And so is the point

2  here that these are various products that both Google and

3  Amazon are out there competing for ad spend?

4      A.   Both of them offer this.  An advertiser sees both.

5      Q.   Just turn to page nine in the same exhibit.  Let's

6  take that down for a second because there's a red box on it.

7  Is that now unredacted?  Okay, let's just leave that one

8  down.

9      What's being analyzed on page nine, sir?

10     A.   It's talking about Amazon's ad business.

11     Q.   In the years since this analysis was done,

12 Dr. Raghavan, have you and your team continued to watch

13 Amazon's ad business grow?

14     A.   We have continued to watch it grow.

15     Q.   And let me show you in a demonstrative, DXD21.023.

16 Is this the type of article you have seen from time to time

17 over the past several years about Amazon?

18     A.   Increasingly so.

19     Q.   And what impact has that had on you in terms of your

20 view of the competitiveness of Amazon vis-a-vis Google?

21     A.   I think they're doing a great job of using their

22 closed loop to attract ad dollars in a way we cannot because

23 we don't have a closed loop.

24     Q.   And just to quickly define closed loop for the

25 Court -- and that may have come up, but just to make sure.

1      **A.**  It came up briefly.  It's the idea that a user who

2      shows up on Amazon and searches for a product, Amazon knows

3      their trajectory all the way to the cart and the transaction,

4      and so is able to attribute to an ad click on Amazon a dollar

5      volume of transactions.

6      **Q.**  Let's pull up DXD3.005.  And again, this is eMarketer

7      data that you described.  You've mentioned a couple of times

8      that Google's -- Google has lost out to some of these

9      competitors over recent years; is that right?

10     **A.**  I did.

11     **Q.**  And if we look at this chart, Google is in green,

12     correct?

13     **MR. HAFENBRACK:**  Your Honor, we'd object to questioning

14     the witness based on this.  We understand this is prepared by

15     an expert who is going to be testifying pretty soon before

16     the Court, this is not an ordinary course document.

17     **MR. SOMMER:**  I'm not offering it as such.  I'm offering

18     it to elicit from Dr. Raghavan his view of the competitors

19     that Google is dealing with in this industry.

20     **THE COURT:**  I'm sorry, is this already -- I think we've

21     seen this before, haven't we?

22     **MR. SOMMER:**  Yes, Judge.  This was --

23     **THE COURT:**  Was it not admitted?

24     **MR. SOMMER:**  This was offered, and then when one or the

25     other plaintiffs objected, we said we would offer it with the

1    witness who actually prepared it.  So we offered it subject

2    to that at that time, and that's still what's going to happen

3    based on my expectation.

4        MR. HAFENBRACK:  It's a document prepared by their

5    witness -- by their expert for this litigation and not an

6    ordinary course document.

7        MR. SOMMER:  Again, I'm not offering it --

8        THE COURT:  Hang on, hang on, hang on.  Let's get one

9    thing clear, just because it's not an ordinary course

10   document doesn't mean it can't be presented to a witness.  So

11   let's get that out of the way, one.  Two, what are you going

12   to ask him?  I mean, if you're going to ask him about the

13   shares, then that may not be something he knows about.

14       But what's the question that's going to be asked?

15       MR. SOMMER:  Just trends that he's personally aware of

16   that are made quite visual by this chart.  I mean, I could do

17   it without the chart, but quite honestly it's easier to

18   follow with the chart.

19       THE COURT:  Well, why don't you -- it's fine.  I'm not

20   going to seek to admit it at this point.  If you want to just

21   ask him whether this chart in general terms reflects his

22   observations, then he can certainly --

23       MR. SOMMER:  I was going to even make it narrower than

24   that, starting --

25       THE COURT:  Fine.

1    BY MR. SOMMER:

2        Q.  -- with Google, his knowledge of Google.

3        So Dr. Raghavan, if we look at this chart, we see that

4    over the past seven or so years, Google's market share has

5    slowly declined.  Do you see that?

6        A.  I do.

7        Q.  And to what do you attribute that?

8        A.  So let me just point out something to the Court

9    before there's any confusion, because this is also a period

10    during which the pie of digital advertising has grown

11    significantly.  So that the shrinkage of Google's share is

12    not at odds with any financial performance of Google, any

13    numbers that you see.

14        Q.  You beat me to the punch again.

15        A.  So that's important to understand.

16        Q.  Let me back it up, ask two quick questions, and then

17    I'll get back to my question.  So the digital advertising

18    industry as a whole is growing, correct, so there's more ad

19    spend?

20        A.  Yep.

21        Q.  And so when we see decline here on Google's part,

22    does that indicate shrinking revenues in a growing market?

23        A.  It does not.

24        Q.  So to what do you attribute that Google is losing

25    market share?

1      **A.**  It's clear without doubt from the chart that the big

2   winners, from all we can see, are Amazon.  And for the most

3   part, barring a little bit of slack in the middle,

4   Meta/Facebook.

5      **Q.**  And you've discussed TikTok a little.  If you look at

6   the pink one, like the fifth -- if you go to the 2022 column,

7   the fifth one up is pink and that's TikTok.

8      That doesn't even appear on 2019, correct?

9      **A.**  TikTok's rise has been mercurial, and it's now

10  actually visible on this chart.  And I expect it to grow

11  again at the expense of some of the others.

12     **MR. SOMMER:**  Judge, is this a good time for the afternoon

13  break?

14     **THE COURT:**  Sure.  How much longer in your direct exam?

15     **MR. SOMMER:**  Less than half an hour, Your Honor.

16     **THE COURT:**  All right.  So let's go ahead and take our

17  afternoon break.  We will return at 3:15.  See everybody

18  shortly.

19     (Recess taken at 2:59 p.m.)

20     (Back on the record at 3:17 p.m.)

21     **THE COURT:**  Welcome back, everybody.

22     Mr. Sommer, whenever you're ready.

23  **BY MR. SOMMER:**

24     **Q.**  Dr. Raghavan, just two last topics that I want to ask

25  you about.  The first one --

1    **THE COURT:**  Mr. Sommer -- oh, go ahead.  I was going to

2    ask somebody to shut the door.  Thank you.

3        Go ahead, Mr. Sommer.

4    BY MR. SOMMER:

5    **Q.**  The first one you actually briefly mentioned a while

6    ago, artificial intelligence?

7    **A.**  I did.

8    **Q.**  How long has Google been using some form of

9    artificial intelligence in its products?

10   **A.**  Between 15 and 20 years now.

11   **Q.**  So it's not an entirely new thing for Google; is that

12   right?

13   **A.**  The field is about 75 years old, and at Google it's

14   about 20.

15   **Q.**  Can you briefly describe to the Court some of

16   Google's recent developments in the field of artificial

17   intelligence?

18   **A.**  There's a couple that I would especially highlight.

19   There's a paradigm called reinforcement learning that has

20   come into great use of late.  The first artifact that was

21   visible to the world kind of blew me away, was when one of

22   our systems beat the world champion at Go.

23   **Q.**  At what?

24   **A.**  At the game of Go, which I did not think was feasible

25   in my lifetime.  But then that wasn't just some pastime, the

1    successor to that system solved the protein folding

2    problem -- which is of humongous importance to medicine and

3    drug discovery.  To put that in perspective, the protein

4    folding problem takes a protein and tells us how it sits in

5    three-dimensional space so it can be used for therapies.

6        Typically, folding of protein is a biology PhD thesis.

7    And AlphaFold, our program, folded about 200,000,000 of these

8    at one shot, and it's now in the hands of drug discovery.

9    That's something I'm really proud of.  The second has to do

10   with techniques from what are called deep neuralnets.  In

11   particular, a family of deep neuralnets that are called

12   transformers that we published, I would say, 2016 or 2017.

13   And what these transformers do is take an input and spit out

14   an output in a way that transforms an input potentially from

15   a user into an output.  The input could be a sentence, the

16   output could be a paragraph, it could be an image.  It's very

17   exciting technology.

18       Q.  Google's work on transformers, did it publicly

19   publish that?

20       A.  Yes.

21       Q.  Why?

22       A.  Because it's breakthrough science, and we have a

23   tradition to publish breakthrough science.

24       Q.  Are you familiar with something called ChatGPT?

25       A.  Yes.

1      Q.   To what extent, if any, did that incorporate Google's

2  transformer work?

3      A.   The second of the Ts in ChatGPT is transformer, and I

4  think they made adroit use of transformer technology.

5      Q.   You're familiar with the term generative AI?

6      A.   That's a term that's commonly used.

7      Q.   What does that refer to?

8      A.   The idea of using transformers to generate artifacts

9  which could be -- as I said, it could be a paragraph, it

10  could be an image, in response to a stimulus which could also

11  be an image, but it could also be two words.

12      Q.   In I think it was February of last year when ChatGPT

13  was released, there was an enormous buzz.  What impact, if

14  any, have you seen from this -- now this generative AI having

15  on both the search side and the ads side?

16      A.   Let me take two things apart, right.  So ChatGPT was,

17  I think, introduced the previous December, and immediately

18  got caught up in the popular site -- you know, a thing you

19  could chat with, very engaging experience.  Wonderful stuff,

20  right.  But I think the question you were asking has to do

21  with what transformers have to do with search or potentially

22  search advertising.  We've been using transformers in our

23  search stack for over five years at this point.  But visible

24  artifacts didn't come to light until recent.

25           So let me take a moment to explain that.  It won't

1    surprise many of you if I gave you the following statistic:

2    Namely, 99.3 percent of all search queries contain a noun.

3    And we were serving those queries fine, but user expectations

4    increased to the point where every query had multiple nouns.

5    So for instance, they said "small vacuum cleaner" -- or

6    "vacuum cleaner for a small apartment with pets."  And to

7    make sense of that query, whether the user wants an

8    apartment, a vacuum cleaner or a pet, took transformer

9    technology embedded in our search engine to do the

10   understanding of the query.  This ties to the natural

11   language understanding I said.

12       So we brought that in in 2018, and have been using it for

13   document and query understanding for a while, okay.  ChatGPT

14   was a change, because it put the transformer technology

15   directly in view of the user, something we'd been testing

16   previously.  And our sense was it was not quite yet

17   responsible to put that technology out in front of users

18   because of concerns about factuality and toxicity.

19   Factuality meaning these things get responses wrong more

20   often than we would tolerate at Google.  And toxicity, they

21   can sometimes go on a rant about something.  So we were

22   keeping it behind the covers, but were gradually developing

23   it.

24       We've now put it out in the market on a limited basis --

25   I believe only in the U.S., Japan and India at this point,

1    but with all sorts of caveats on how things can go wrong.

2    Because we're still not completely certain in our

3    responsibility in doing this.

4        **Q.**  On the Microsoft Bing side --

5        **THE COURT:**  I'm sorry, can I interrupt.  What you were

6    just discussing, are you referring to the Bard product or

7    something else?

8        **THE WITNESS:**  Okay, two answers.  So Bard is where you

9    directly interact with the language model, much as you would

10   with ChatGPT.  ChatGPT is built on a bunch of functionality;

11   Bard is built on a bunch of functionality.  In addition,

12   within the search product, what we now do is provide what we

13   call a generative experience; which is you still get the

14   search results that you would normally get, but we preface it

15   with something of an abstract, of here's what you're about to

16   see.  We call it the search generative experience, and it's

17   only available in what we call the Search Labs.  So users

18   have to opt in saying yes, I know I'm getting into difficult

19   territory.  So both are out in the marker right now.

20   **BY MR. SOMMER:**

21       **Q.**  I was just going to ask, to what extent has this new

22   technology been implemented in any way on the ads side?

23       **A.**  On the ads side, we have -- the first concrete

24   instantiation which we announced, I believe, at the end of

25   May was an offering where an advertiser can come in, and

1    instead of thinking about exactly what creative I should

2    write for my company or my product, they point Google to

3    their website.  And we grab the website, feed it into the

4    language model, the transformer, and it comes back and says:

5    Here are half a dozen potential creatives you could use for

6    advertising, make sure they're okay.  And once you approve

7    some subset of them, we will run experiments to see which one

8    performs the best for your return.  So in that sense,

9    transformers have...

10       Q.  And is there an impact on the search side as opposed

11   to the advertising side that you have either seen or are

12   starting to see?

13       A.  An impact of transformer technology, yeah, it's the

14   thing I described all the way leading up to the Judge's

15   question.  Which is, we were using it within the stack, but

16   now we're giving that synthesized abstract of here's the

17   search results page that you're about to see, but in a

18   limited labs artifact.

19       Q.  Thank you.  All right, last topic.

20       THE COURT:  I'm sorry to interrupt.  When you say

21   synthesized abstract, is that something that would also --

22   would that be a result produced in response to a commercial

23   query or to a non-commercial query or any query?

24       THE WITNESS:  Any query -- actually, let me be careful

25   how I answer that, right.  So we assess the quality of the

1    synthetic responses on various families of queries.  In some

2    families, we feel good about the result, in some other

3    families we don't.  So for instance, if the user appears to

4    be asking for legal advice, we would probably pull back and

5    say, you know, we don't want to be making up stuff about the

6    law.  If it's medical advice, we are similarly circumspect,

7    right.

8        So for commercial queries, yes, we will say here are

9    strollers you can purchase or whatever.  But for many query

10   families, we pull back because we don't as yet feel good

11   about the quality of what we're doing.

12       **THE COURT:**  So when you say an abstract, do you mean to

13   say a written narrative of some kind; is that what you're

14   referring to?

15       **THE WITNESS:**  It typically will have a written summary

16   with corroborative links; it will have some images; and it

17   might have a table occasionally.  So those are the elements

18   that go into the abstract.

19       **THE COURT:**  Thank you.

20   **BY MR. SOMMER:**

21       **Q.**  Last topic I want to cover with you, it's a brief

22   one, and that's privacy.  There's going to be a different

23   Google witness who will cover that more extensively, but

24   there are a couple of questions I want to ask you about

25   privacy.

1        What is your involvement in Google's privacy efforts?

2        A.   It's a couple of things.  One, for the products I

3    directly oversee, I am responsible for the policies we adopt.

4    But I also serve on a cross-company privacy council, which is

5    a bunch of senior leaders whose job it is to coordinate these

6    policies across different parts of the company, and to ensure

7    that we remain in good compliance with regulations.

8        Q.   What considerations does Google take into account in

9    determining whether and how to implement changes to its

10   privacy protections?

11       A.   By far, the biggest factor that I always push for is

12   user research, which is what is it our users have come to

13   expect.  And I will say user expectations have changed over

14   time, especially beginning about five, six years ago when

15   things like Cambridge Analytica came to light.  So we have to

16   react to how users see online tech platforms, and so that's

17   the biggest consideration.  The second thing we look at is

18   will a proposed privacy change impact the user's experience

19   negatively in any way.

20       So, as an example, for a user who queries for plumber,

21   you have to give them plumbers in their vicinity.  And if we

22   don't know where they are, then it's going to be very hard to

23   give them useful plumbers.  I don't want to give them

24   plumbers in Australia when they're here, right.  So we assess

25   the user impact.  In all cases, we also ensure that we can

1    train various models for both search ranking and ad ranking,

2    and keep them fresh and useful to users and advertisers.

3        Q.  How, if at all, do the privacy practices of competing

4    companies impact Google's analysis of whether and how to

5    implement changes to its own privacy protections?

6        A.  We -- well, we have access to them, we look at them.

7    But to me, that's not the principle dimension to look at

8    here.  It's what our users want, and how we can keep our

9    products relevant to our users and advertisers.

10        Q.  Let me put up on the screen what's in evidence

11    already as UPX501, and if you can just highlight the top

12    there.

13        This is an e-mail from you to Benedict Gomes in June of

14    2019?

15        A.  Yes.

16        Q.  And you've had a chance to review this e-mail before,

17    correct?

18        A.  I have.

19        Q.  Okay.

20        A.  But let me keep it in front of me.

21        Q.  Yeah, I hope we have it in the binder.  Let me just

22    check.

23        A.  I see it.

24        Q.  Yeah, UPX501.

25        A.  Yes.

1      Q.  Do you need a moment to refresh your memory on it or

2   should I proceed?

3      A.  I think we can proceed.

4      Q.  I'll push forward.  What's the issue here?  What's

5   being discussed in this e-mail exchange?

6      A.  So this was a discussion that came through a forum we

7   had at that time called the Consumer Council that consisted

8   of, well, all the addressees on this e-mail:  Ben Gomes,

9   myself, Jen Fitzpatrick and Cory Ondrejka.  And the proposal

10  was that a competitor was making some privacy changes, and

11  suggesting that we were failing to make those privacy

12  changes.

13     Q.  Let me stop you for one moment.  Who was the

14  competitor?

15     A.  In this case, it was DuckDuckGo.

16     Q.  Okay, please continue.

17     A.  And the team that came forward with the proposal said

18  we need to do exactly what they're doing.  And my pushback

19  was maybe we do, maybe we don't, but I'd like to see the data

20  on the impact on users, and on our ability to build a good

21  search and search ad system.

22     Q.  Let me stop you there for a moment.  Can we just

23  highlight the top e-mail here that's Dr. Raghavan's e-mail.

24  Go ahead.

25     A.  Yeah, so my advice, my feedback was this is an

1    important area, and it's captured very succinctly in the

2    words "space of private search," right.  And I was seeking

3    far more careful data and analysis to see what it is we could

4    do to serve users the best.

5        Q.   Let me -- I want to put up a chart that was sent with

6    the e-mail, which is in evidence as -- at page 4420 of this

7    same exhibit, I believe -- I'm sorry, UPX811.

8        A.   I see that.

9        Q.   At 4420.

10       A.   811?

11       Q.   Yeah, it will be up on the screen in a second, and I

12   think we can do it from there.

13       A.   Okay, good.

14       Q.   Can you see it on the screen?

15       A.   I do.

16       Q.   Do you remember this chart?

17       A.   I do.

18       Q.   And what does this chart -- this came to you as part

19   of this same proposal, is that right, or in connection with

20   the proposal?

21       A.   In that Consumer Council meeting, yeah.

22       Q.   And what does the chart on the right show, what is it

23   trying to show?

24       A.   So the team was arguing that there were features

25   DuckDuckGo had implemented and marketed that Google had not

1    implemented, and was arguing that we replicate those

2    features.

3        Q.  I just want to go quickly through the features -- at

4    least the ones that -- the X under Google, does that

5    represent that Google does not have that feature at that

6    time?

7        A.  Or not in quite the same way, because you'll see the

8    words "eventually expires" in some cases.  So it does not

9    replicate the features, that's correct.

10       Q.  Let's just go through each of them quickly.  First,

11   does Google log the user's IP address?

12       A.  It does.

13       Q.  And why?

14       A.  A good example is the example I just gave, which is

15   if you're looking for a plumber, one of the best signals of

16   your coarse location is your IP address.  And I want to give

17   you plumbers in your locale, within a few square miles or

18   whatever.

19       Q.  Okay.

20       A.  Another reason where IP address can be useful is

21   looking at sequences of events with IP address and some of

22   these others gives us excellent signals to detect botnets and

23   fraudulent clicks.  And I didn't want to lose that ability in

24   a hurry.

25       Q.  Can you explain, in general terms, how IP addresses

1    are used to combat botnets or spam or other bad things?

2       A.   Yeah, when these attacks happen, typically a system

3    combs through the logs and detects a certain recurrent

4    pattern that a certain IP address is engaging in behavior at

5    very predictable and periodic intervals.  I don't want to go

6    too much into this, because there's a lot --

7       Q.   That would defeat the point.

8       A.   Sort of.  But that was a very simple way.  Analysis

9    of logs with IP addresses can indicate to us that a

10   fraudulent attack is underway.

11      Q.   How about for security, is there an aspect of saving

12   IP addresses that is for security, user security?

13      A.   It is useful in some ways to secure a user without

14   excessively annoying them.  You know, that, again, goes to

15   both the IP address and the third row cookie ID where we

16   sometimes know that it's the same user who's authenticated

17   themselves recently to us.  On the other hand, if I appear as

18   a user today here, and hours later appear in Armenia, then

19   that's a signal to our systems that something's going on.

20      Q.   Let me go to the second item on this list, which is

21   user agent.  First, what's user agent?

22      A.   It's an indication of what kind of client the user is

23   using: is it a Safari browser perhaps or Edge browser, is it

24   the Chrome browser, et cetera.

25      Q.   Does Google log the user agent?

1      **A.**   We do.

2      **Q.**   Why?

3      **A.**   Partly in continuation of the previous point on

4   detecting bad actors.  But also, the user agent in some cases

5   can tell us this user is on a browser but on a mobile device.

6   And so the aspect ratio with which we format our output

7   should change depending on what kind of user agent it is, so

8   that's one more reason.

9      **Q.**   In other words, if I'm on a mobile device, that might

10  have some impact on the results I get?

11     **A.**   And how they're laid out in front of you.

12     **Q.**   Got it.  And then the third item refers to cookie

13  IDs.  Does Google log cookie IDs?

14     **A.**   Yes.

15     **Q.**   And why does it do that?

16     **A.**   So the simplest reason is the one I gave you earlier,

17  which is to not constantly annoy you to re-authenticate.

18  There are a couple of other reasons.  For instance, Google

19  search itself has minimal personalization, but in your

20  suggestions we do personalize your recent activity, your

21  recent query activity.  Cookies are a good way to keep track

22  of that.

23     **Q.**   Does Google save click and query to a user ID?

24     **A.**   Click and query to a user ID, yes, and for signed in

25  users.

1      Q.   And why does it do that?

2      A.   I mean, you're saying doesn't save, I think -- or

3   sorry, maybe you should repeat the question.

4      Q.   Well, in the context of this slide, I'm reading it as

5   DuckDuckGo doesn't save, Google has a checkmark next to it

6   which I assume means doesn't save?

7      A.   Yeah.

8      Q.   Then there's words under it.  If you could just

9   explain those to the Court.

10     A.   Oh, those words simply mean that if you're not signed

11   in, there is no user ID to log against.

12     Q.   And how about the last one:  "Doesn't target search

13   ads based on search history."  What does Google do or do not

14   do in that regard?

15     A.   So our search ads can adapt to your search history,

16   but the user has a bunch of controls to turn that off.  They

17   can decree that all search ads personalization be off.  We

18   also provide them capabilities, as users, to come in and say:

19   I don't want to see any ads of a certain topic.  It's an

20   interface we call My Ad Center.  So it's don't personalize in

21   these categories I consider sensitive.  So there are various

22   controls we give users, so that's what we mean here.

23     Q.   Did Google implement the proposal that came to you in

24   this DDG deck?

25     A.   Not in the form it was proposed, no.

1    Q.   Has Google adopted privacy policies that mirror

2    DuckDuckGo?

3    A.   No.

4    Q.   Why not?

5    A.   Going back to where we began, the right thing to do

6    is look for what our users are seeking and give them those

7    controls.  Our user research suggested a few things.  One

8    that I just mentioned on ads personalization.  Another thing

9    we learned was users sometimes will forget that they set or

10   did not set something.  But in the instant, they sometimes

11   will have some activity, and then they say oops, I wish

12   Google would forget my last 15 minutes, whatever I did.  And

13   so we give a facility to turn off your last 15 minutes of

14   activity.  And those were things that we felt were

15   user-impactful, and we do allow that.

16   Q.   And apart from what DuckDuckGo is doing, has Google

17   implemented its own changes to address privacy issues over

18   the past several years?

19   A.   I think I gave you two of the examples.  There were a

20   few others.  One, we've said to all our incoming users that

21   their location history and their search history will be

22   automatically deleted after 18 months, but the user

23   themselves can elect to delete it all and make us not

24   remember any of it.  So these are all controls we've been

25   using.

1      **Q.**  And finally, I take it Google is also constantly

2   monitoring anything from any regulator in terms of new

3   privacy policies in response to that as well?

4      **A.**  Inevitably, yes.

5      **MR. SOMMER:**  Thank you, Your Honor.  No further

6   questions.

7      **THE COURT:**  All right.  Why don't we begin with

8   cross-examination.

9      <u>**CROSS-EXAMINATION OF PRABHAKAR RAGHAVAN**</u>

10  **BY MR. HAFENBRACK:**

11     **Q.**  Your Honor, Joshua Hafenbrack for the United States.

12  Dr. Raghavan, good afternoon.

13     **A.**  Good afternoon.

14     **Q.**  It is a pleasure to meet you.

15     **A.**  Likewise.

16     **Q.**  I represent the United States, I'll be asking you a

17  few questions this afternoon.  You mentioned -- and I'm not

18  sure you spelled this out in your direct, the products that

19  roll up to you.  What products do you oversee?

20     **A.**  Google Search; Google's GO division which includes

21  Maps and Waze; Google Assistant which includes Bard; Google's

22  Shopping team, Payments team and the Ads team.

23     **Q.**  And do you oversee Google Search as well?

24     **A.**  Yes, that was my first --

25     **Q.**  Oh, got you.  I missed that, okay.  And am I correct

1    that you have been the head of Google Ads since 2018, and the

2    head of both Google Ads and Google Search since 2020?

3        **A.**  Correct.

4        **Q.**  You testified on direct about -- on your direct

5    examination about competition that Google faces from social

6    media sites and from vertical search engines.

7        Do you recall that?

8        **A.**  I do.

9        **Q.**  Let's -- I have a few questions about TikTok, since

10   you mentioned TikTok at various points in your direct

11   testimony.

12       Are you, yourself, a user of the TikTok application,

13   Dr. Raghavan?

14       **A.**  Not a frequent user, I'll confess, but I've played

15   with it.

16       **Q.**  Okay.  Users do not have to enter a search to view

17   content on TikTok, correct?

18       **A.**  They do not have to enter a search.

19       **Q.**  And Google has described TikTok as a query list

20   format, correct?

21       **A.**  I don't know if I used those terms, but if I did, I

22   did.

23       **Q.**  Okay.  Users of TikTok can scroll through a video

24   feed that's based on an algorithm of their engagement with

25   past videos, right?

1          A.   Correct.

2          Q.   And the ads that are shown on TikTok are usually

3     videos or sponsored posts that are embedded in the user's

4     feed as they scroll through, correct?

5          A.   Correct.

6          Q.   They're social ads, right?

7          A.   I'm not sure what you mean by social ads, but you

8     described functionally what they were, correct.

9          Q.   And they're ads that are not served in response to a

10    query, correct?

11         A.   Those ads are not typically served in response to a

12    query.  You can query TikTok.

13         Q.   And if I do a search on TikTok, what I'll get back

14    are TikTok videos, correct?

15         A.   Potentially with advertising.

16         Q.   And it's a walled garden, right?

17         THE COURT:  A what?

18         MR. HAFENBRACK:  A walled garden, Your Honor.  Have you

19    heard that phrase in this trial?

20         THE COURT:  I don't think I have.

21    BY MR. HAFENBRACK:

22         Q.   Okay.  Well, let me ask it a different way then.

23    When you do -- if you do do a search on TikTok, what you get

24    back is TikTok content, correct?

25         A.   Correct.

1    **Q.**  You don't get back non-TikTok content?

2    **A.**  As best as I know you don't.

3    **Q.**  And TikTok doesn't provide any links or information

4    from the open web, correct?

5    **A.**  Correct.

6    **Q.**  It doesn't provide 10 blue links, correct?

7    **A.**  Correct.

8    **Q.**  And you have no reason to think TikTok is drawing

9    results from a web index, correct?

10   **A.**  I have no knowledge of that, what TikTok is planning

11   to do with the open web.

12   **Q.**  Can you think of any reason TikTok would need to

13   index the open web based on the services they provide today?

14   **A.**  Oh, yes.

15   **Q.**  Okay.  Google indexes TikTok, correct?

16   **A.**  Not quite.  We have access to some of their videos of

17   their choosing.

18   **Q.**  And the videos that you get will be included in

19   appropriate search engine results page if the query matches

20   the video?

21   **A.**  That's correct.

22   **Q.**  TikTok doesn't provide users with written

23   information, news articles, stories from the open web,

24   correct?

25   **A.**  As far as I know they don't.

1      Q.   If I want directions somewhere, Google will give me

2   the answer, TikTok will not, correct?

3      A.   When you say Google, you're talking about Maps?

4      Q.   Google Search.  If I enter a query for directions

5   somewhere into Google Search, I'll get the answer, correct?

6      A.   We typically get a link to a map, and then it will

7   open up your Maps app for directions.

8      Q.   And TikTok would not be a good source of information

9   for that query, correct?

10     A.   For that particular query, no.

11     Q.   Have you ever searched "coffee near me" on TikTok,

12  Dr. Raghavan?

13     A.   As I said, I'm not a common frequent user of TikTok.

14     Q.   Okay.  Fair to say there's not a lot of mystery with

15  that query, when someone enters a query for "coffee near me,"

16  Google would assume they're looking for coffee near them,

17  right?

18     A.   In the case of Google, you would actually enter that

19  query.  In the case of TikTok, my analysis -- or my

20  understanding of the user research is they get inspired for

21  coffee near them.  And the statistics are stunningly high,

22  that people look for coffee near them through TikTok.

23     Q.   Let's put up a demonstrative, I think it's UPXD19.

24     A.   From -- oh, okay.

25     Q.   It's there on your screen, Dr. Raghavan.  And this is

1    a demonstrative I created yesterday --

2        MR. SOMMER:  Sorry to interrupt.  Do you have a set of

3    demonstratives for us, counsel?

4        MR. HAFENBRACK:  Oh, I do.  Sorry about that, counsel.

5        MR. SOMMER:  No worries.  Thank you so much.

6    BY MR. HAFENBRACK:

7        Q.  Dr. Raghavan, I've handed you a demonstrative.

8    You've got it in paper form and on the screen, you can look

9    at whatever you prefer.  This is a demonstrative I created

10   yesterday.  Same query, same location a few blocks from here.

11   And you can see TikTok's results on the left and Google's

12   results on the right.

13        Do you see that?

14        A.  I do.

15        Q.  And these two results pages look nothing alike,

16   correct?

17        A.  That is correct.

18        Q.  And as between the two, Google's results page, far

19   more likely to fulfill the user's intent of finding a place

20   to get coffee near them, right?

21        MR. SOMMER:  Objection.

22        THE COURT:  Basis?

23        MR. SOMMER:  It's calling for speculation.  I don't think

24   the witness can know the relative likelihood, especially

25   since he's not a user of TikTok, with any frequency.

1     **THE COURT:**  That's sort of his area of specialization.

2     If he can't answer it, he can't answer it.  You can answer

3     the question.  It's overruled.

4     **THE WITNESS:**  I'll try.  So I don't know how to conclude

5     the one or the other is far more likely.  I'd love to do a

6     user test.  I do know that TikTok users look for lunch places

7     and restaurants near them using TikTok.

8   **BY MR. HAFENBRACK:**

9     **Q.**  The TikTok videos, you don't even know if the videos

10    will have relevant information even if you watched them,

11    correct?

12    **A.**  I don't.

13    **Q.**  The Google --

14    **A.**  Magically TikTok users seem to know.

15    **Q.**  The Google results provide the direct answer to the

16    query, correct?

17    **A.**  They answer the query.  The experiences are quite

18    different, that's clear.

19    **Q.**  You can take that down, thank you.  I think you

20    mentioned in your direct testimony that TikTok is a partner

21    with Google?

22    **A.**   In that they provide some videos of their choosing to

23    be shown in our results.

24    **Q.**  Is that the only sense you meant that Google and

25    TikTok are partners?

1        A.   I think they also advertise their app through our

2    systems in our app advertising product.

3        Q.   Dr. Raghavan, in the Chrome browser, Google's the

4    default search engine, right?

5        A.   In the Chrome -- it depends what the user sets.

6        Q.   Out-of-the-box?

7        A.   Out-of-the-box, yes.

8        Q.   And users, to your point, can navigate through the

9    settings menu and change the default, if they want to, right?

10        A.   They can.

11        Q.   And they can pick from a list of options that Google

12    provides, right?

13        A.   Correct.

14        Q.   And TikTok is not among the options to be the default

15    search engine in Chrome, right?

16        A.   TikTok is not a potential default search engine, yes.

17        Q.   All the options to be the default search engine in

18    Chrome that can be chosen by users on the screen are general

19    search engines, correct?

20        A.   Yes.

21        Q.   You mentioned Hotels.com and Home Depot earlier.

22    Those are not options to be the default search engine in

23    Chrome on the alternative list, correct?

24        A.   I don't recall, but you're probably right.

25        Q.   And you showed a picture of Walmart.  Walmart's not

1    an option to be the default search engine in Chrome, right?

2    A.  Because a default search engine has a specific

3    connotation to the user, so the Chrome team includes whatever

4    they think of as default search engines.

5    Q.  And what is the connotation that a default search

6    engine has to the user, to your understanding?

7    A.  Not to the user, to the Chrome team, first of all.

8    Q.  Okay.

9    A.  They put in that menu, as I understand -- I'm not

10   responsible for Chrome I should tell you -- as I understand,

11   engines that do traditional web search.

12   Q.  That provide all-purpose answers to all different

13   types of queries, right?

14   A.  Yes.

15   Q.  And nor is Amazon or Facebook an option to be the

16   default search engine in Chrome, right?

17   A.  I don't think of Amazon or Facebook to be general

18   purpose search engines.  But maybe you can help me understand

19   how this is coming together, and I'll try to answer you

20   better.

21   Q.  And because Amazon and Facebook aren't general

22   purpose search engines, they're not available as options to

23   be set as the default search engine in Chrome, correct?

24   A.  Correct.

25   Q.  And the same is true with Safari, that none of these

1    services that we've been talking about -- TikTok, Facebook,

2    Amazon -- are options to be the default search engine in

3    Safari, right?

4        **A.**   Correct.

5        **Q.**   Dr. Raghavan, do you agree that some users might have

6    concerns about downloading TikTok on their phone because of

7    foreign ownership of TikTok?

8        **A.**   I don't know that to be true.

9        **Q.**   I'm sorry, what?

10       **A.**   I've read accounts of this, but I don't know that to

11   be true.

12       **Q.**   Okay.  Based on your experience as head of Google

13   Search, do you have any understanding that a lot of people

14   might be wary of using TikTok because of privacy and security

15   concerns?

16       **A.**   The data I am privy to suggests that users pretty

17   much everywhere are busily downloading TikTok, so that's the

18   evidence I go by, except where it's banned.

19       **Q.**   Except what?

20       **A.**   Where it is banned.

21       **Q.**   Let's turn to your demonstrative.  Can we put up page

22   six from demonstrative.  It is DX21.006.  Here it is.  Thank

23   you.

24       This is -- Dr. Raghavan, this is a page that shows five

25   websites.  You see Wayfair, Amazon, Google, Overstock and

1    Walmart, right?

2        A.   Correct.

3        Q.   And these are all websites that will provide answers

4    to shopping queries, correct?

5        A.   Correct.

6        Q.   If I did the "coffee near me" query that we were just

7    asking about, which of these search engines would provide a

8    good result?

9        A.   Probably Google would.

10       Q.   Okay.  And none of the others, correct?

11       A.   Correct.

12       Q.   If I wanted to research medications, only Google on

13   this page would provide good results, right?

14       A.   You might get something from Amazon and Walmart, but

15   probably not Wayfair or Overstock.

16       Q.   If I wanted to find an attorney or a plumber or a

17   music teacher, Google is the only option on this page that

18   would provide good results --

19       A.   Correct.

20       Q.   -- right?  Yes?

21       A.   Correct, yes.

22       Q.   If I want to look up how many points Michael Jordan

23   scored in game six of the 1996 NBA finals, only Google would

24   tell me the result, right?

25       A.   I think I get the drift of your question.  Maybe we

7429

1    should get to the premise you're aiming for, and I'll be

2    happy to --

3        Q.   I would just appreciate it if you answered my

4    question.  The only one that would provide --

5        A.   Yes.

6        Q.   -- a good result to that query is Google, right?

7        A.   Yes.

8        Q.   You can take that down, thank you.  You're familiar

9    with -- strike that.

10       Google has revenue share agreements with Android partners

11   to distribute Google Search on Android phones, you're

12   familiar with that, correct?

13       **MR. SOMMER:**  Objection, beyond the scope.

14       **THE COURT:**  Let's just see where it's going.  Go ahead.

15   **BY MR. HAFENBRACK:**

16       Q.   Thank you, Your Honor.

17       A.   I'm generally aware of this.

18       Q.   Okay.  And those agreements contain a provision that

19   restrict Google's Android partners from downloading general

20   search services on Android phones, correct?

21       A.   I'm not aware of those details.

22       Q.   Are you aware that Google's Android phones prohibit

23   the pre-loading of general search engines like Bing and

24   DuckDuckGo, but not TikTok, Facebook and Amazon?

25       A.   I'm not aware of the details of those agreements, I'm

1    not party to them.

2        Q.   During your direct testimony, you talked about

3    competition that Google faces from Amazon, correct?

4        A.   Correct.

5        Q.   Are you familiar with a project called Project

6    Charlotte?

7        A.   The name rings a bell.  The challenge is Google has

8    so many project names, I have trouble keeping them separate.

9    But generally, I'm vaguely familiar it had something to do

10   with Amazon.

11       Q.   Something with Amazon, okay.  And you recall the

12   purpose of Amazon -- strike that.

13       And you recall the purpose of Project Charlotte was to

14   try to analyze or quantify the impact of Amazon on Google's

15   queries and search ad revenues, right?

16       A.   Generally, that's my recollection.

17       Q.   Okay.  Let's take a look at a document, UPX344.

18   UPX344 is in evidence, Your Honor.

19       Dr. Raghavan, you've got a binder with the document.

20   We're going to put the relevant portions on the screen, so

21   whatever is more convenient for you.

22       A.   Which -- sorry, three --

23       MR. HAFENBRACK:  We need to hand that up, Your Honor.

24   May I approach?

25       THE COURT:  Sure.

1          **THE WITNESS:**  Did you say 344?

2          **MR. HAFENBRACK:**  Yes, sir.

3          **THE COURT:**  Sorry, is this a different binder or just the

4     same?

5          **MR. HAFENBRACK:**  The same binder that I just forgot to

6     hand up to the witness, Your Honor.

7          **THE COURT:**  Okay.

8     **BY MR. HAFENBRACK:**

9          **Q.**  Dr. Raghavan, 344 is a document with the cover slide

10    entitled Project Charlotte Exec Update, January 24th, 2019.

11    And you were the custodian on this document.

12         **A.**  I see.

13         **Q.**  And let's take a look at the first page, the next

14    page.  And there's an executive summary there, do you see

15    that?

16         **A.**  I do.

17         **Q.**  And you're familiar that what Google had done in

18    Project Charlotte, is it had analyzed the query behavior on

19    Google of Amazon users, right?

20         **A.**  Not quite.

21         **Q.**  Okay.  Please explain your understanding.

22         **A.**  Yeah, if you look at the page next to it -- which I

23    think has the page number 3059, it says:  "No observed impact

24    on inferred search ads revenue for 12 weeks after becoming a

25    shopping loyalty member."  The reason I'm calling that out,

1    that is a very different and smaller cohort than Amazon users

2    at large.

3        Q.  Okay, and we'll get to that.  Take a look at the

4    first bullet point that's here on the screen.

5        A.  Yep.

6        Q.  And you see it says:  "We have found no evidence of

7    short-term negative per-user revenue impact or a negative

8    query volume impact or a meaningful shift in query volume of

9    Shopee queries away from Google resulting from a user

10    becoming an online retail loyalty program member or being

11    active on large online retailers."

12        Do you see that?

13        A.  I do.

14        Q.  And when the first bullet point says that there was

15    no meaningful shift in Shopee queries away from Google, do

16    you understand that to mean retail queries?

17        A.  Roughly.

18        Q.  And Shopee queries are a subset of the overall

19    commercial queries; is that right?

20        A.  It's not a well-defined subset.  I'd have to go back

21    in here to see the exact definition of Shopee queries, but I

22    think what you're indicating is commercial queries.

23        Q.  And this is -- this bullet point's saying that when a

24    user signs up to be a loyalty member at Amazon or another

25    large online retailer, there's no observed negative impact on

1    how many queries they do on Google, right?

2        **A.**   For that cohort of users.

3        **Q.**   And that cohort for Amazon would be like Amazon Prime

4    members, is that your understanding?

5        **A.**   I don't know what -- I would have to go back to

6    refresh my memory in what they mean by loyalty member, and

7    why they used those words as opposed to Prime -- which they

8    might have used.  But some loyalty -- oh, yeah, I don't want

9    to speculate.  Some loyalty program was considered, and for

10   the cohort that were loyal shoppers in the sense of the word,

11   they reached these conclusions.

12       **Q.**   And the cohort that you're describing, the loyalty

13   cohort, you would expect it's a cohort that's heavier users

14   of Amazon and the other large online retailers, right?

15       **A.**   I'm not certain of that; I couldn't tell you for

16   certain.

17       **Q.**   Wouldn't you expect, Dr. Raghavan, a loyalty member

18   of a large online retailer to have higher than average

19   dealings with that retailer?

20       **A.**   That's a good question.  I haven't seen data on that.

21       **Q.**   Okay, fair enough.  Let's take a look at the second

22   bullet point.  And there, the study says:  "In fact,

23   engagement on large online retailers and query on G.com" --

24   and that's Google.com right?

25       **A.**   Correct.

1    Q.   "Are positively correlated.  We have observed that

2    loyalty program members and regular shoppers at large online

3    retailers have higher query volume on G.com, including higher

4    query volume in Shopee verticals."

5        Do you see that?

6    A.   I do.

7    Q.   And so loyalty members, Amazon Prime members tend to

8    do more searches, not fewer searches on Google.com, right?

9    A.   That's correct.

10   Q.   And that doesn't just apply to Amazon Prime or

11   loyalty members, the same positive correlation exists for

12   regular shoppers of large online marketplaces, right?

13   A.   That's what it says here.  I haven't been able to

14   find or recollect a notion of regular shoppers in this

15   analysis.

16   Q.   And Amazon -- this is also saying, Dr. Raghavan, that

17   Amazon users tend to do more queries on Google.com, even in

18   the verticals where Amazon is particularly strong, right?

19   A.   The members of the loyalty program -- or whatever

20   their definition of the cohort is, have satisfied this

21   property.

22   Q.   So even something like, I don't know, TVs where you

23   would think Amazon has a particularly strong presence, Amazon

24   Prime members correlated with doing more searches for that

25   type of item on Google?

1    A.    That may not be surprising, actually.

2    Q.    Okay.

3    A.    That may not be surprising, because when we -- it's

4  coming back to me now.  When we discussed it, one of the

5  explanations I offered was Prime members who in any way

6  intend to shop at Amazon might come to Google and do a lot of

7  research before they do it.  So we will see that correlation,

8  yeah, as reported here.

9    Q.    So your understanding is before someone goes and buys

10  a TV on Amazon, they might do a lot of research about the TV

11  options that are out there on Google?

12    A.    About features of TVs, and should it be Samsung or

13  whatever else before purchasing.  Research is one of the

14  things users in the commercial mode do a lot of on Google.

15    Q.    And the positive correlation between Amazon and other

16  large online retail use and Google queries found in this

17  Project Charlotte study was statistically significant,

18  correct?

19    A.    I believe so.  I don't recall the exact numbers, but

20  I believe so.

21    Q.    And if you could flip to page 13.

22    A.    One moment, please.

23    Q.    It's the one that ends in Bates 069.  I'll just ask

24  you to read the first bullet point to yourself, and then I'll

25  re-ask my question.

1      A.   Yep.

2      Q.   Let me re-ask my question.  And the positive

3  correlation between use of Amazon and other large online

4  retailers and Google queries found in this study was

5  statistically significant, right?

6      A.   That's what it says, yes.

7      Q.   Okay.  Let's take a look at page three.

8      THE COURT:  Can I just pause for a moment and just ask

9  precisely what this is suggesting, which is that if somebody

10  visits an Amazon, is the idea that that visitor to Amazon

11  will also increase their searching on Google?

12      THE WITNESS:  I wouldn't state it as a causation.  I

13  think what he's talking about here is a correlation that

14  people who end up spending more time on Amazon might also be

15  the same kinds of people who spend more time on Google.  The

16  one does not in any way cause the other.

17      THE COURT:  Right.

18      THE WITNESS:  And then there's the general population,

19  which does not belong to this cohort, whose behavior is

20  whatever it is.  We make no conclusions about that.

21      THE COURT:  Okay, thank you.

22  BY MR. HAFENBRACK:

23      Q.   So the next slide I wanted to ask you about,

24  Dr. Raghavan, is on the screen.  And you see the title there

25  is No Observed Impact on Inferred Search Ads Revenue Over 12

1    Weeks After Becoming Shopping Loyalty Member.  Do you see

2    that?

3        A.  Yes.

4        Q.  And then I just wanted to ask you briefly about the

5    analysis notes at the bottom.  Do you see that?

6        A.  I do.

7        Q.  And the first bullet point, it's redacted there so

8    you don't have to say the figure in court, but that's

9    describing the sample size of this analysis, right?

10       A.  Yes.

11       Q.  And below that -- and I believe you mentioned this

12   earlier, the bullet is describing how this study was

13   conducted over a 12-week period, correct?

14       A.  I see that.

15       Q.  This was a detailed study, correct?

16       A.  When you say detailed, sorry, help me.

17       Q.  You have referred to this study in subsequent

18   correspondence as a very detailed longitudinal study that

19   Google conducted, correct?

20       A.  I don't recall that.

21       Q.  Sitting here today, do you agree with that?

22       A.  I haven't gone through all the details.  I mean, this

23   is dim in my memory, but if I went through it again, I might

24   come to that conclusion.

25       Q.  You see the date of this study was January 2019th --

1    January 2019, I'm sorry.  You see that from the cover page,

2    correct?

3        A.   Let me take a quick look, sorry.  January 2019 is the

4    date on it.  Ah, interesting.  Yes, and in very fine print

5    that unfortunately I can barely read, there are also a bunch

6    of caveats in the executive summary on this analysis.  I see

7    that now.

8        Q.   And if you'd look back at DX126 from the binder that

9    your counsel handed you this morning.

10       A.   126, yep.

11       Q.   Yes, sir.  You can see that DX126 is from an earlier

12   point in time, correct?

13       A.   Yes.

14       Q.   You can put that one aside.  Dr. Raghavan, you're not

15   aware of any study done by Google that is inconsistent with

16   the findings of Project Charlotte, correct?

17       A.   So the specific question of does, shall we call it,

18   the prime cohort have more of your queries, I haven't seen

19   anything to dispute that.

20       Q.   And you've certainly never seen any study at Google

21   that concludes that Amazon's rise in growth has come at the

22   expense of Google's search ad revenues, correct?

23       A.   I'll answer that, but want to make sure that this is

24   distinct, it's not a follow-up question to the earlier

25   question?

1     Q.  It's a totally distinct question.

2     A.  It is the same question?

3     Q.  No, no, it's a separate question from what I just

4  asked.

5     A.  Okay, I want to make sure I understand it.

6     Q.  Let me ask it again.

7     A.  Thank you.

8     Q.  You have not seen any studies at Google that reached

9  the conclusion that Amazon's rise in growth have come at a

10  cost for Google's search ad revenue, correct?

11     A.  I mean, I think there are public studies that show

12  them growing more search ads revenue and us not getting the

13  search ads revenue, to the tune of $40 billion a year right

14  now.

15     Q.  My question was about studies at Google.  Let me ask

16  again, one more time.  You have not seen any studies at

17  Google that reached the conclusion that Amazon's rise in

18  growth have come at a cost to Google's search ads revenue,

19  correct?

20     A.  I cannot recall a specific study.

21     Q.  You can't recall -- is it a no or is it can't recall?

22     A.  I really cannot recall.

23     Q.  Do you recall being deposed on this matter on

24  December 14th, 2021?

25     A.  Somewhere back in 2021, I was.

1    Q.  And you were under oath at that deposition?

2    A.  Yes.

3    MR. HAFENBRACK:  May I approach, Your Honor?

4    THE COURT:  Sure.

5  BY MR. HAFENBRACK:

6    Q.  Dr. Raghavan, if you could -- actually, you were

7  deposed on -- over two days, December 14th and December 15th

8  in 2021, correct?

9    A.  I believe those were the dates.

10   Q.  And if you could turn to the -- your December 15th

11  deposition and go to page 441, starting at line three, sir.

12  I'm going to read the question and answer.  Let me know when

13  you're there.

14   A.  441?

15   Q.  Yes, sir.  441, starting on line three, there's a

16  question and answer by you.  I'm going to read the question

17  and answer:

18   "Question:  Have you seen any studies at Google that

19  reached the conclusion that Amazon's rise in growth comes at

20  a cost for Google's search ad revenue?"

21   "Answer:  I've not seen a study that reaches a

22  conclusion."

23   Were you asked that question, and did you give that

24  answer?

25   A.  Yes.

1        Q.  You can put that aside for now.  Sir, is Amazon one

2    of the largest advertisers on Google search?

3        A.  It is one of the largest.

4        Q.  And any idea of the volume of advertising that Amazon

5    does on the Google search engine results page?

6        A.  Roughly.  It varies a lot by season and year.

7        Q.  Okay.  What's the rough number?

8        MR. SOMMER:  Objection, Your Honor.  It's confidential

9    information.

10       THE COURT:  It sounds like it's a rough number.

11       MR. SOMMER:  Even a rough number can be confidential.

12       THE WITNESS:  It is a material non-public --

13       THE COURT:  I'm sorry, this is a material public

14   proceeding, so I think a general rough number is okay.  Go

15   ahead.

16   BY MR. HAFENBRACK:

17       Q.  Please answer.

18       THE WITNESS:  Sorry, did you -- Your Honor, did you say a

19   general rough number?

20       THE COURT:  A general rough number is fine.

21       THE WITNESS:  Billions of dollars.

22   BY MR. HAFENBRACK:

23       Q.  Okay.  Multiple billions; is that right?

24       A.  Sorry?

25       Q.  Multiple billions; is that right?

1     A.   Billions of dollars is what I would say.

2     Q.   Switching topics, you discussed latency a bit in your

3  direct --

4     A.   Yes, I did.

5     Q.   -- examination or direct?  Okay.  Search engines

6  compete for users based on latency, correct?

7     A.   Latency is one of several factors that users consider

8  in picking a search engine.

9     Q.   When users are picking a search engine, they might

10  consider latency, correct?

11     A.   They might.

12     Q.   And search users systematically drop off with even a

13  few extra milliseconds in latency, correct?

14     A.   I don't recall the exact sensitivity, but you're

15  generally correct that latency is not a good thing, and

16  latency causes users to drop off.

17     Q.   And it causes them to drop off with even surprisingly

18  just a few milliseconds in difference, right?

19     A.   Yes.

20     Q.   And Dr. Raghavan, Google can reduce latency by

21  investing in computing capacity, correct?

22     A.   That is one lever.  In my experience at Google, that

23  has not been the most effective lever.  Great engineering has

24  been a much better lever, and that's what we put in place.

25     Q.   Engineering, one lever, right?

1     **A.**  Yes.

2     **Q.**  And computing capacity another lever, correct?

3     **A.**  The latter if in fact you're constrained by serving

4  capacity, if an engine is constrained by serving capacity,

5  yes.  But unequivocally you can say that better optimized

6  engineering in the stack will lead to latency improvements,

7  and that's what we -- in my direct testimony I was

8  discussing.

9     **Q.**  And another way Google can reduce latency is by

10  building more data centers, correct?

11     **A.**  Not necessarily.  Not necessarily.

12     **Q.**  And again, you recall you were deposed in this

13  matter, correct?

14     **A.**  Yeah.

15     **Q.**  Let's take a look at your first deposition from

16  December 14th, 2021.  Please take a look at page 48.

17     **A.**  From December when?

18     **Q.**  December 14th, sir, the first one in the binder.

19     **A.**  Okay.

20     **Q.**  I'm going to ask you about the question starting at

21  48, line 12.  Let me know when you're there, and I'll read

22  you the answer -- or the question, rather.

23     **A.**  Page 48?

24     **Q.**  Yes, sir, line 12.

25     **A.**  Yeah.

1    Q.  "Question:  If Google builds more data centers closer

2    to wherever people are, that's sort of a hardware way of

3    reducing latency; is that correct?"

4    "Answer:  That would -- you know, to the extent that

5    we're constantly doing that, yes, absolutely that's something

6    that reduces latency."

7    Were you asked that question, and did you give that

8    answer?

9    A.  That differs from your question, the one you just

10    asked me, because Mr. Dintzer asked me closer to where users

11    are.  My point is that's why I said not necessarily, it

12    depends on where you build additional data centers.

13    Q.  Let me ask you again, then.

14    A.  Okay, please.

15    Q.  Google can build data centers closer to where people

16    are, and that is a way of reducing latency, correct?

17    A.  Potentially.

18    Q.  Absolutely that's something that reduces latency,

19    right?

20    A.  We've made changes in our system where it's not

21    always the case that putting data centers closer to users is

22    the best way of improving latency.  And that's because we've

23    invested a great deal in optical fiber, so that getting to a

24    distance data center, that latency has come down

25    dramatically.

1      Q.  Let's take a look at a document.  If you could --

2      we're going to pull up UPX223.

3      A.  Yes, one moment, please.  Is it in this witness

4      binder?

5      Q.  It's in the white witness binder, exactly.

6      A.  Yes.

7      Q.  And you'll see the slide is Radical Latency?

8      A.  Yes.

9      Q.  You're familiar with this document, right?

10     A.  I am.

11     Q.  And you're the custodian for this document.  The date

12     for it is 2020.  And Dr. Raghavan, you recall a proposal for

13     a radical latency project around the 2020-2021 timeframe when

14     you were head of Google Search, right?

15     A.  Yes, this came in right around the time I assumed

16     responsibility for Search.

17     Q.  Understood.  And let's take a look at slide 42.

18         MR. HAFENBRACK:  Before we put this one on the screen, I

19     just want to confirm:  This one's okay?

20         MR. SOMMER:  What's the page number in the bottom corner?

21         MR. HAFENBRACK:  It is -- just a second, Bates 122.

22         MR. SOMMER:  Just one moment.

23         THE WITNESS:  122?

24         MR. HAFENBRACK:  Yes, sir, Bates 122.

25         MR. SOMMER:  Yes, Your Honor, there is a confidentiality

1      issue with respect to the very right part of the chart, the

2      red arrow.  That's proprietary.

3          MR. HAFENBRACK:  If I may, Your Honor.  We don't really

4      agree, this is six years old -- yeah.  It's showing -- it

5      looks like it's at least four or five years, even the most

6      recent period.

7          THE COURT:  I guess I'm just not seeing the harm that

8      would come up making this a public document -- or at least

9      displaying it publicly.  Can you articulate what the harm

10     would be?

11         MR. SOMMER:  Judge, everything to the left of the red

12     arrow on the right we have no issue with.  But there is

13     sensitivity on the part Google with respect to the data on

14     the right.

15         THE COURT:  Okay.  So I haven't heard you explain --

16         MR. SOMMER:  Judge, we just got this at lunch from the

17     government.  So literally the first time I'm seeing this page

18     is right now.

19         THE COURT:  I don't see how that's possible, because it's

20     got your little red line around it.  So somebody has seen

21     this before it was introduced just a couple minutes ago,

22     right, on your side?  Because I didn't make the red box nor

23     did the government.

24         MR. SOMMER:  The red line is our red on the original

25     document, not the --

1          **THE COURT:**  No, no, I'm talking about the red line around

2     it, around the page.

3          **MR. SOMMER:**  Well, I don't have that on mine.

4          **THE COURT:**  I've got it on every single page of the

5     exhibit.

6          **MR. SOMMER:**  That just means it hasn't been reviewed for

7     confidentiality.

8          **THE COURT:**  Right.  In other words, it's something that

9     you've seen before a few minutes ago is my point.

10          **MR. SOMMER:**  We were not on notice that this was going to

11     be used, so it hasn't been reviewed for confidentiality.

12          **THE COURT:**  All right, let's show it on the record.  I

13     mean, unless you can articulate to me right now why this is

14     going to create competitive disadvantage for Google, then

15     let's show it, because I haven't heard an explanation of why.

16     Thank you.

17          **MR. HAFENBRACK:**  Can we put that slide on the screen?

18     Thank you so much.

19          **MR. SOMMER:**  Judge, I'm sorry, I would ask that if there

20     are going to be additional documents that we weren't told of

21     that are designated for confidential review, that they be

22     disclosed to us so I at least have a chance to talk to my

23     client.

24          **THE COURT:**  That's fine, and we've put a process in

25     place.  But let me -- we can take this up afterwards, we

1  don't need to interrupt this with Dr. Raghavan's testimony.

2  Go ahead.  Sorry, sir.

3  **BY MR. HAFENBRACK:**

4      Q.  Dr. Raghavan, you see this is a slide that is showing

5  growth in Google's latency over a period of 2010 -- 2011 to

6  2020, correct?

7      A.  Correct.

8      Q.  And you see latency grew steadily throughout that

9  time period, correct?

10     A.  Correct.

11     Q.  That means that when users enter queries into Google,

12 the results they were getting back were getting slower and

13 slower over time, right?

14     A.  Correct.

15     Q.  And you see the scale of the increase that built up

16 over this time period was 500 milliseconds, correct?

17     A.  Roughly.

18     Q.  And that's a significant amount of increased latency,

19 correct?

20     A.  Yes, it is.

21     Q.  And you testified earlier even a few milliseconds is

22 something that might affect user behavior, right?

23     A.  Indeed, which is why I brought that latency down by

24 500 milliseconds.

25     Q.  Let's take a look at slide seven.

1      A.   Sorry, could you read the number at the bottom,

2   please?

3      Q.   Yes, it says 087, Dr. Raghavan.  You see the title of

4   this slide is Google vs. Bing, right?

5      A.   I do.

6      Q.   And what this is comparing Google and Bing on is

7   latency, right?

8      A.   On specific queries.

9      Q.   Exactly.  You see five sample queries that are listed

10  here, right?

11     A.   Yes.

12     Q.   And these are all pretty common queries, would you

13  agree?

14     A.   Some of them are.

15     Q.   Would you think all five of these would be considered

16  head queries?

17     A.   I'd say they're all important queries.

18     Q.   And for all five, Bing -- at least at this time in

19  2020, Bing was faster than Google in loading the results,

20  right?

21     A.   Noting that what Bing loaded may not match what

22  Google loaded.  In other words, very simple example, the

23  Google results were more visually rich, then there is more

24  stuff to send to the client.  So that's why I'm a little

25  careful on the specific queries as opposed to a general query

1    sample, which is more representative.

2        Q.  Okay.  But whatever metric you were using here to

3    compare Google versus Bing, Bing was significantly faster on

4    all five of the queries listed here; is that correct?

5        A.  Load some results, that's the point I want to

6    emphasize.  Because what they load might be a text only page,

7    and that is much faster in general.

8        Q.  If you take a look at the car rental query, the

9    fourth one down.  Do you see that?

10       A.  I do.

11       Q.  And you see the difference in load time is almost 400

12   milliseconds there, correct?

13       A.  I do.

14       Q.  Let's go to one more page on this exhibit, it's page

15   13, Dr. Raghavan.  And if you want to look in your binder,

16   it's 093, the Bates number on the bottom right.  The headline

17   here is Radical Latency in a Nutshell.  Do you see that?

18       A.  I see the headline.

19       Q.  And under impact, the team is outlining a goal to

20   decrease latency that's redacted.  Do you see that?

21       A.  I do.

22       Q.  And it's outlining a goal to decrease latency over an

23   18-month estimate, correct?

24       A.  Correct.

25       Q.  And you chose not to fund this radical latency

1    project, correct?

2        A.  I chose not to fund this radical latency project,

3    because I didn't think it was the right project to reduce

4    latency.

5        Q.  You can put that one aside.  Switching topics to data

6    privacy.  Search engines -- general search engines, including

7    Google, compete on data privacy, correct?

8        A.  As always, it's one of many dimensions.  We just

9    spoke of latency, so there are many dimensions.  The quality

10   of the output is the most important thing.

11       Q.  Latency and privacy both dimensions of competition

12   among general search engines, you would agree?

13       A.  I would agree.

14       Q.  And you also agree that consumers should and will

15   consider how a search engine uses their data in picking a

16   search engine, correct?

17       A.  In principle, yes.  In practice, most consumers don't

18   get into the nuance of exactly how data is retained and

19   governed.

20       Q.  Just to make sure I'm getting a clean answer, I'm

21   going to ask that one again.  You agree that consumers should

22   and will consider how a search engine uses their data in

23   picking a search engine, right?

24       A.  I would agree they should.  It's the "will" part that

25   I'm unsure about, simply because it's a complex topic most

1    consumers don't really understand.

2        Q.  Let's go back to your deposition binder again, page

3    269, starting at line five:

4        "Question:  And do you agree that whether the search

5    engine maintains that individual's data might be one of the

6    factors that some consumers consider when choosing a search

7    engine?"

8        "Answer:  I absolutely say consumers should and will

9    consider that."

10       Were you asked that question, and did you give that

11   answer?

12       A.  I'd say they should.  Some will.

13       Q.  Sir, were you asked that question, and did you give

14   that answer?

15       A.  Yes.

16       Q.  And in fact, Dr. Raghavan, Google has conducted user

17   research that shows that users -- search engine users care a

18   great deal about privacy, correct?

19       A.  I don't know about great deal, but I recall generally

20   that users -- our user research show that search engine users

21   do care about privacy.

22       Q.  Let's take a look at one such study.  If you could

23   look at DX183 in the white binder I gave you.  It should be

24   the first document in there.  This is in evidence, Your

25   Honor.

1          The title here is Search Trust Drivers Analysis from

2     2020, and you're the custodian for this document.  Let's go

3     to page one -- page two, rather.  There's a research

4     objective, and what's it's describing, Dr. Raghavan, is the

5     purpose of this study was to identify the strongest drivers

6     of trust in Google in four countries, including the United

7     States, right?

8          **A.**  I see that.

9          **Q.**  And that's an important question to Google, whether

10    users trust the company, right?

11         **A.**  It is.

12         **Q.**  And let's go to slide 15, which is Bates 892.  This

13    is a slide that shows that in this study, Google had weak

14    performances on data privacy and data security in all four

15    countries, correct?

16         **A.**  I want to make sure.  The red boxes, I think, are in

17    the original study, not because of any highlighting, correct?

18         **Q.**  Yes, sir.

19         **A.**  Okay, yeah.

20         **Q.**  Yes?

21         **A.**  The numbers are in the 20s.

22         **Q.**  And you see at the top Google had weak performance

23    scores, right?

24         **A.**  Yeah, 24, 17 percent have rated us as good on

25    privacy.

1      Q.  And those two categories, data privacy, data

2   security, were the most important attributes in this study

3   for creating user trust in Google Search, right?

4      A.  Yes.

5      Q.  You can put that one aside.  Let's talk about the

6   data Google collects from search users, okay?

7      A.  Okay.

8      Q.  By default, or without the user taking any action,

9   Google collects and logs the search history of its users,

10  correct?

11     A.  Yes.

12     Q.  And that's true for both signed in and signed out

13  users, correct?

14     A.  Up to that 18-month window that we talked about

15  earlier.

16     Q.  And the distinction there between signed in and

17  signed out users is if a user has signed into their Google

18  account before they're -- at the time they're conducting

19  their search, they'll be considered a signed in user, right?

20     A.  Correct.

21     Q.  Let's talk about signed out users for a couple

22  minutes first.  For signed out users --

23     THE COURT:  I'm sorry, when you say signed in versus

24  signed out, you mean, for example, with a Gmail address,

25  that's how somebody is signed in to their Google software

1    that's available?

2        **THE WITNESS:**  Yeah, the scenario that makes it the

3    simplest to think about is let's say you have the Chrome

4    browser, you've signed into your Gmail.  Maybe it could be

5    Calendar, but most commonly it's Gmail.  Then you open a new

6    tab and you run a search.  That is what counsel is referring

7    to as a signed in user, I believe so.

8    **BY MR. HAFENBRACK:**

9        **Q.**  And to pick up on the Court's question and your

10   answer, if someone signs into their Gmail account, they'll

11   automatically be signed into Google.com the next time they go

12   to do a search, correct?

13       **A.**  In Chrome.  That's not true necessarily of Safari,

14   for instance.

15       **Q.**  If I'm a Chrome user, I sign into Gmail, the next

16   search I do on Chrome or on Google.com I'm going to be signed

17   in, right?

18       **A.**  In fact, the next activity on any Google service.  So

19   for instance, you open the Calendar on a different tab,

20   you're signed in.  So the idea is your identity is preserved

21   across the services.

22       **Q.**  And it's valuable to Google if users sign in, right?

23       **A.**  And I hope it's valuable to users as well.

24       **Q.**  And Google takes a lot of steps to encourage users to

25   sign in, right?

1        A.  I think the most natural scenario is people signing

2    in through Gmail without which they don't access their e-mail

3    or calendar or documents.  So that is by far the biggest

4    source of sign ins.

5        Q.  But if you're searching on Google.com and you haven't

6    signed in, you're pretty likely to see a prompt, a pop-up

7    prompt nudging you to sign in, correct?

8        A.  Actually, I don't know that because I've always

9    remained signed in.

10       Q.  Fair enough.  You're a good employee.  Back to signed

11   out users for a minute.

12       THE COURT:  Let me assure you, you do get a prompt.  Go

13   ahead.

14   BY MR. HAFENBRACK:

15       Q.  Thank you, Your Honor.

16       For signed out users, Dr. Raghavan, Google collects and

17   logs search history by default, and ties that search history

18   to a unique identifier that's created by Google, correct?

19       A.  So for signed out users, so we maintain a log and it

20   is tied to the user without their identity.

21       Q.  It's tied to a unique cookie that Google creates for

22   that browser or that device, right?

23       A.  For that browser at that time, yes.

24       Q.  Let's put up UPXD17, another demonstrative.  Thank

25   you.  And this is Google's privacy policy that is available

1     online.  You see in the bottom left it says

2     policies.google.com/privacy?

3        A.   Yes.

4        Q.   And Google publishes its privacy policies for anyone

5     to see, right?

6        A.   Yes.

7        Q.   And in the second paragraph there, the privacy policy

8     reads:  "When you're not signed into a Google account, we

9     store the information we collect with unique identifiers tied

10    to the browser, application or device you're using."

11        Do you see that?

12        A.   I do.

13        Q.   And that's an accurate statement, correct?

14        A.   It is.

15        Q.   And the unique identifier that Google creates, is

16    something called a Zwieback cookie?

17        A.   I don't remember the names.  We have these cookies,

18    so that could be what it's still called.  I think way back

19    many years, when I first heard about these things, they were

20    called Zwieback cookies.

21        Q.   Okay.  And for the court reporter, that's

22    Z-W-I-E-B-A-C-K.

23        You see in the next sentence here on the privacy policy

24    that one of the things that Google does with that uniquely

25    device identified data for signed out users is to use it to

1    help target ads to them, correct?

2        A.  Based -- so such as preferred language and relevant

3    search ads based on recent activity.

4        Q.  Google uses the search data it collects by default

5    from signed out users to inform personalized advertising to

6    that device, right?

7        A.  It does.

8        Q.  Is that a yes?

9        A.  Yes.

10       Q.  Am I correct that Google doesn't ask or prompt signed

11   out users whether or not they want Google to log their

12   searches when they're signed out?

13       A.  Let me make sure I understood.  Do we prompt people

14   asking whether they want that logging to happen?

15       Q.  Yes, sir.

16       A.  Again, I'm not sure I know, because I haven't been a

17   signed out user in a long time.  But I'm not aware of such

18   prompting.

19       Q.  Now let's turn to signed in users, okay.

20       MR. HAFENBRACK:  Oh, Your Honor, we'll offer UPXD17

21   because it's a Google web page.

22       MR. SOMMER:  Judge, could we just check it overnight?

23   Because we just tried to access it and couldn't get it using

24   the URL, so we'll get back to counsel on that.

25       THE COURT:  Okay.  So it will be provisionally admitted.

1          (Exhibit UPXD17 provisionally admitted into evidence)

2     **BY MR. HAFENBRACK:**

3          Q.  Signed in users.  For signed in users, by default

4     Google logs my search history and ties that search history to

5     my Google account, correct?

6          A.  Correct, signed in.

7          Q.  Signed in, yes, sir.  Correct?

8          A.  Yes.

9          Q.  It's a personalized search history, right?

10         A.  I wouldn't have used that term, but we do what you

11    said in the log.  We have the identity and the query history.

12         Q.  It's not an anonymized dataset like Google uses to

13    train its algorithms, correct?

14         A.  So for -- it depends on which algorithms you're

15    talking about.  But generally, our algorithms that have

16    training will not use your user ID.

17         Q.  They won't use your data that's tied to your Google

18    account?

19         A.  To the Google account, yes.

20         Q.  And you mentioned this on your direct.  The default

21    data collection period for signed in users is 18 months,

22    correct?

23         A.  For signed in users, 18 months, yes.

24         Q.  Do you know what it is for signed out users?

25         A.  It's whenever the cookie, whatever it's called these

1    days, expires.  I forget the expiration period at this point.

2         Q.  By default, Google logs every query that a signed in

3    user enters for 18 months, correct?

4         A.  Correct.

5         Q.  And Google logs for 18 months by default every web

6    page and every ad that that user clicked on from the search

7    page, correct?

8         A.  Correct.

9         Q.  And Google also logs whether the user went back to

10   the search page after clicking on any link or ad, right?

11        A.  Correct.

12        Q.  And Google logs by default for 18 months every

13   location where a signed in user conducted a search, correct?

14        A.  Every location, so we hold the IP address.  We have a

15   separate control for your location, and if you turn that off,

16   then we cannot use your fine-grained location, right.  So we

17   can only use the IP address which gives us coarse-grained

18   location, so I want to make that distinction.

19        Q.  If you opt out of location tracking, you won't --

20   Google won't track your location, right?

21        A.  Your fine-grained location.

22        Q.  But by default, Google logs every location where a

23   signed in user conducts a search for 18 months, correct?

24        A.  Yes.

25        Q.  If I conduct a search outside the courthouse, Google

1    will log my query and log the location where that query

2    occurred, correct?

3        A.   Yes.

4        Q.   And Google doesn't just log clicks and queries for 18

5    months, it also tracks detailed information about signed in

6    user's engagement with the Google search page, correct?

7        A.   So to make sure I understand, when you say detailed

8    engagement, what do you have in mind?

9        Q.   Fair question.  Google knows and logs my swipes,

10   scrolls, hovers on the search page, correct?

11       A.   I don't know that's true for all users, actually.

12       Q.   For signed in users, Google -- let's take them one at

13   a time.  Google -- for signed in users, Google for 18 months

14   logs my swipes and scrolls on the search page, correct?

15       A.   I don't know that for a fact.  I don't recall,

16   actually.

17       Q.   Do you have any reason to doubt that?

18       A.   No.

19       Q.   And it ties that activity to my Google account,

20   correct?

21       A.   Correct.

22       Q.   Now, Dr. Raghavan, Google implemented the 18-month

23   default collection period in 2019, right?

24       A.   I don't remember the date, but somewhere in that

25   vicinity.

1     Q.  It was right before you took over as head of Search,

2  right?

3     A.  I think so.

4     Q.  And before that, from Google's founding up until

5  2019, Google collected search history indefinitely, correct?

6     A.  As I think most search engines continue to do.

7     Q.  Forever, correct?

8     A.  Correct, forever.

9     Q.  And before 2019, users had no option to tell Google

10  to autodelete their search history at set intervals, right?

11     A.  That's correct, and we provided it based on user

12  research that said users wanted it.

13     Q.  Users wanted an option, correct?

14     A.  Correct.

15     Q.  And the research that Google did showed that users

16  wanted an autodelete that was much less time than the 18

17  months that Google settled on, correct?

18     A.  I don't recall the exact results from the research,

19  but these questions were explored in the user research for

20  sure.

21     Q.  Half of the people in the user research said one

22  month; isn't that true, sir?

23     A.  I don't recall that.

24     Q.  And Google today -- there's an 18-month default, and

25  there's a dropdown menu where users can change the 18-month

7463

1    default.  Are you familiar with that?

2        A.  I am.

3        Q.  And are you aware it takes 10 clicks for a user who

4    knows where that is to find that page?

5        A.  I'm not.

6        Q.  And are you aware that the lowest option, the least

7    data retention that's available in that screen, is three

8    months?

9        A.  I don't recall that.

10        Q.  Now, Dr. Raghavan, Google uses the search history

11    that it collects from users to serve personalized ads to

12    those users, correct?

13        A.  Correct.

14        Q.  And Google serves personalized ads to users based on

15    their search history by default, correct?

16        A.  By default, with the option of turning it off.

17        Q.  And Google uses search history for personalized ads

18    both on and off search, right?

19        A.  Help me with that, please.  What do you mean by on

20    and off search?

21        Q.  One category Google uses user search history to

22    personalize ads on the Google Search results page, right?

23        A.  Yes.

24        Q.  And another category Google uses user search history

25    to personalize ads when they're on YouTube, Gmail, the

1    Discover product, correct?

2         **A.**   I see, yes.

3         **Q.**   And so, as an example, if I'm -- if I type "need a

4    plumber now," and I've been searching for a plumber on the

5    Google search page, I might get an ad for a plumber when I'm

6    watching videos on YouTube, right?

7         **A.**   Yes.

8         **Q.**   Dr. Raghavan, as head of Google Search today, you

9    would sign off to any major change to Google's privacy

10   policies, fair?

11        **A.**   Any major change, yes.

12        **Q.**   And before implementing a privacy change or a privacy

13   enhancement, you would consider whether that change will

14   result in more or less queries for Google, right?

15        **A.**   That's not the primary thing I would look at.  Did

16   you literally mean more or less queries?  Because the first

17   thing I would look at is the impact on the user's experience

18   before I looked at that question.

19        **Q.**   At least one of the considerations in whether you'd

20   approve a privacy enhancement is whether that enhancement led

21   to less or more queries for Google, yes or no?

22        **A.**   One of several considerations, yeah.

23        **Q.**   Yes?

24        **A.**   Yes.

25        **Q.**   And in considering whether to sign off on a potential

1    privacy enhancement for Google Search, you would consider

2    whether Google is losing queries to any rival on the basis of

3    privacy, correct?

4        **A.**  So just to make sure I understood the complete

5    question, is one of the considerations how well users are

6    responding to other search engines?  Yes.

7        **Q.**  The question is --

8        **A.**  Please.

9        **Q.**  -- in considering whether to sign off on a potential

10    privacy enhancement for search, you would consider whether

11    Google is losing queries to any rival, correct?

12        **A.**  If it is relevant to the privacy proposal, yes.

13        **Q.**  You discussed with your counsel the discussions that

14    were going on in and around June 2019 about privacy messaging

15    by DuckDuckGo, and whether Google should respond to that?

16        **A.**  Yes.

17        **Q.**  Let's take a look at UPX500.  Dr. Raghavan,

18    Mr. Sommer showed you a different fork of this e-mail, which

19    was UPX501.  This one has the same first e-mail from Cory

20    Ondrejka, so I'm going to ask you a few questions about this

21    one, and then I'm going to ask you a few questions about 501,

22    okay?

23        **A.**  Is there a paper form of this I can look at?

24        **Q.**  Yes, there is, it should be in your binder there.

25        **A.**  One moment, please.

1          Q.   This 500's in evidence, Your Honor.

2          This is an e-mail exchange between you and Cory Ondrejka.

3     Do you see that?

4          A.   Yes.  One moment, please.

5          Q.   Sure, take your time.

6          A.   Okay.

7          Q.   E-mail chain between you and Cory Ondrejka, correct?

8          A.   Correct.

9          Q.   And Mr. Ondrejka was a VP at Google?

10         A.   Yes.

11         Q.   And you see, if you look in sort of the first couple

12    of paragraphs of Mr. Ondrejka's e-mail to you, he mentions

13    that -- he talks about the DuckDuckGo discussions.

14         That's what you discussed on your direct testimony,

15    right?

16         A.   Correct.

17         Q.   And he says:  "DuckDuckGo is having a successful

18    marketing moment."  Do you see that?

19         A.   I do.

20         Q.   And that was around attacking Google on privacy in

21    the public, right?

22         A.   They were insinuating that we weren't private enough.

23         Q.   And you see Mr. Ondrejka -- we'll zoom down to his

24    proposed action items, which is just below.  And he

25    references a Kathy, and that's Kathy Edwards, right?

1        **A.**   Kathy Edwards.

2        **Q.**   And she was -- Ms. Edwards was one of the employees

3    at Google working on privacy and trust issues around this

4    time, right?

5        **A.**   At that time, yes.

6        **Q.**   And Your Honor, we have designated deposition

7    testimony from Ms. Edwards.

8        And you see, Dr. Raghavan, the first action item there

9    from Mr. Ondrejka is about gathering data around users

10   switching between Google and DuckDuckGo.  Do you see that?

11       **A.**   Yes.

12       **Q.**   And you see he asks whether users are migrating to

13   DuckDuckGo, and whether there's data you can leverage to

14   better understand that, right?

15       **A.**   Correct.

16       **Q.**   Let's look at your e-mail at the top of the string

17   back to Mr. Ondrejka.  I want to ask you in particular about

18   your point number two.

19       **A.**   Okay.

20       **Q.**   And you asked for a study analogous to what impact is

21   DuckDuckGo having on our search volume.  Do you see that?

22       **A.**   I have asked for that.

23       **Q.**   You saw that.  And the very detailed longitudinal

24   study you mentioned there refers to the Project Charlotte

25   analysis we discussed earlier on, right?

1          **A.**   I expect it does.

2          **Q.**   And what you were suggesting here was that before

3     Google enacted any response to DuckDuckGo in response to this

4     messaging campaign, you wanted to see data on whether Google

5     was actually losing queries to DuckDuckGo, right?

6          **A.**   I wanted to see data.

7          **Q.**   And you wanted to see data on whether Google was

8     losing queries to DuckDuckGo, right?

9          **A.**   I wanted to see data, correct.

10         **Q.**   You wanted to know if it was just a PR problem or if

11    it was actually a query loss problem, right?

12         **A.**   Correct.

13         **Q.**   Let's look at 501, the one that your counsel showed

14    you.  This, again, has the same sort of base e-mail from

15    Mr. Ondrejka, and there's a different fork above it.  I want

16    to direct your attention to the Ben Gomes e-mail.

17         **A.**   The e-mail from Ben?

18         **Q.**   Exactly, from Mr. Gomes.

19         **A.**   Okay.

20         **Q.**   Your Honor, I think we'll be hearing from Mr. Gomes

21    next week.

22         Mr. Gomes was a senior vice president or a vice president

23    in search at this time; is that right?

24         **A.**   That's correct.

25         **Q.**   Do you know which it was?

1     A.  He was -- oh, you were asking me his title?

2     Q.  Yeah, well, general.

3     A.  Sorry, senior vice president for search.

4     Q.  Okay.  He was head of search at this time?

5     A.  That's correct.

6     Q.  And you recall that during these DuckDuckGo

7  discussions, Mr. Gomes, among a few others, was an advocate

8  for making a product change in response to DuckDuckGo, right?

9     A.  Correct.

10    Q.  And it was the view of Mr. Gomes, along with Nick

11 Fox, another VP in the search department, that if Google

12 didn't take action you'd lose queries, right?

13    A.  Correct.

14    Q.  And you disagreed with that, right?

15    A.  I wanted to see more data before agreeing with that

16 conclusion.

17    Q.  Let me put it this way:  You weren't convinced with

18 their case, right?

19    A.  That's correct.

20    Q.  You wanted to see more evidence?

21    A.  Correct.

22    Q.  Let's take a look at your e-mail at the top.  And

23 this is the one that your counsel spoke with you briefly

24 about.  And you send, I think it's fair to characterize, a

25 sharply worded response to Mr. Gomes.  Do you agree with

1    that?

2        A.   It's likely more sharply worded than I might like to.

3    I'm generally mild mannered, but yes.

4        Q.   You were making your point very clearly?

5        A.   Sharply.

6        Q.   Let's take a look at the first two bullets in your

7    e-mail.  You say:  "I agree that there's something worth

8    exploring in this space of private search."

9        And the space of private search would be offering search

10   options that have enhanced privacy protections, right?

11       A.   Correct.

12       Q.   You write:  "But the working teams have to do much

13   more careful work before wasting our valuable time," correct?

14       A.   Correct.

15       Q.   And the much more careful work you had in mind there

16   was similar to the query loss data that teams had done around

17   Amazon previously, right?

18       A.   That's one instance of how it could manifest itself,

19   but really what I wanted was thorough analysis.

20       Q.   The second bullet that's highlighted on the screen

21   says:  "I want to see evidence that there's a real impact on

22   Google users attributable to this factor."  Do you see that?

23       A.   I do.

24       Q.   And the factor there would be privacy or privacy

25   messaging, right?

7471

1       A.   But -- I agree that the sentence is sort of left

2    incomplete.  But the fact there would specifically be the

3    features that DuckDuckGo put forth can be attributed to those

4    and impact on our users.

5       Q.   Understood.  And one more e-mail from you.  I think a

6    couple lines down, there's a bullet point that starts with:

7    "I disagree with the methodology that consists of conflating

8    people care increasingly about privacy.  DuckDuckGo is making

9    a lot of noise about it.  Sundar mentioned it in the IO.  All

10   true statements.  Then concluding that this needs a product

11   change."

12       Do you see that?

13       A.   Yes.

14       Q.   And the reference to Sundar is Mr. Pichai, the CEO?

15       A.   Correct.

16       Q.   And the IO is a big conference Google does every

17   year?

18       A.   Correct.

19       Q.   And the CEO had mentioned privacy as a focus at the

20   2019 conference; is that right?

21       A.   I vaguely recall he did.

22       Q.   Okay.  And when you said all true statements, you

23   meant that you thought it was true, that people do care

24   increasingly about privacy, right?

25       A.   I do -- I did, sorry.

1    Q.  But that's a separate question, people caring about

2    privacy, from whether Google needed to enact a product change

3    to prevent query loss to DuckDuckGo, right?

4    A.  That one had to make a product change in light of all

5    of the above.

6    Q.  You can put this one -- take this one down.

7    Subsequent to this e-mail exchange in 2019, Dr. Raghavan,

8    Google has not run any studies or surveys, to your knowledge,

9    on whether -- to follow up on whether Google is losing

10   queries to DuckDuckGo, correct?

11   A.  I don't recall any.

12   Q.  You don't recall any such studies?

13   A.  I don't recall.

14   Q.  And as head of Google Search, you could ask for such

15   a study or survey, correct?

16   A.  I could ask for such a study.

17   Q.  And you haven't done that, correct?

18   A.  No.

19   Q.  Dr. Raghavan, you have referred to DuckDuckGo search

20   engines that attack Google on privacy as, quote, ankle

21   biters, unquote, correct?

22   A.  I may have used that unfortunate term.

23   Q.  Okay.  That's a yes?

24   A.  Yes.

25   Q.  The Court has heard testimony from a couple witnesses

1    previously in this trial about incognito mode, and

2    particularly how it relates to browsers.

3         You're familiar with incognito mode, correct?

4         **A.**  It has different semantics in different places, but

5    yes -- the general idea, yes.

6         **Q.**  And Google offers an incognito mode for the Chrome

7    browser, right?

8         **A.**  For Chrome, and separately for Maps where it means

9    something else.

10        **Q.**  And I want to ask you about something slightly

11   different, which is incognito mode for Google Search, okay?

12        **A.**  Okay.

13        **Q.**  And you -- okay, strike that.

14        Today, Google doesn't have a generally available

15   incognito mode for search, correct?

16        **A.**  That's correct.

17        **Q.**  But around the 2019 timeframe we were discussing,

18   Google did consider offering an incognito option for

19   Google.com, right?

20        **A.**  And beyond, actually, yes.

21        **Q.**  And beyond 2019 continued to consider it?

22        **A.**  Yes.

23        **Q.**  And what Google contemplated was a standalone search

24   site where incognito mode would be the default, right?

25        **A.**  Yes.

1    **Q.**  And it would have -- and that proposal, had it been

2    enacted, would have offered users an option for searching

3    where Google would anonymize the user's data and never log

4    it, right?

5    **A.**  Correct.

6    **Q.**  And Google never adopted that proposal, correct?

7    **A.**  Correct.

8    **Q.**  And one of the concerns was if Google adopted that

9    proposal, users would pick it and Google would lose billions

10   of dollars in revenue, correct?

11   **A.**  That was only one of the concerns, yes.

12   **Q.**  But that was one of the concerns, correct?

13   **A.**  Yes.

14   **Q.**  And Google could offer an incognito mode for Google

15   Search if it wanted to, right?

16   **A.**  It's not as simple as that.  Part of our challenge is

17   we already have two incognito modes in our products, and

18   we've had fairly vigorous debates about how not to add a

19   third incognito mode that means something else.  So one of

20   the things we are trying to do is figure out how to reconcile

21   this variance.

22   **Q.**  But certainly as a technical matter, and as a matter

23   of priority, if Google wanted to, it could put a little

24   toggle on the Google.com search bar that let people click on

25   incognito mode if they wanted to?

1      A.   As a technical matter, yes.  That doesn't make a good

2    product design.

3      Q.   And you could launch a separate search site, like

4    you've discussed in 2019 and beyond, for incognito mode?

5      A.   Again, that may not be the product design, but yes.

6      Q.   And similar to Google.com, Dr. Raghavan, Google does

7    not offer an incognito option for the search widget, the

8    Google widget on Android devices; is that right?

9      A.   We do not offer an incognito mode in search, correct.

10     Q.   Google is the default search engine in Safari, yes?

11     A.   It's whatever the user sets, but yes.

12     Q.   Out-of-the-box?

13     A.   Out-of-the-box.

14     Q.   And if I enter a query into the Safari query bar,

15    browser bar, using the default settings with Google as the

16    default, that query goes to Google, right?

17     A.   That query goes to Google.

18     Q.   And for those users -- Safari users conducting

19    default searches using all the default settings, Google

20    doesn't offer an incognito mode for them either, correct?

21     A.   Correct.

22     THE COURT:  Mr. Hafenbrack, I can ask you where you are

23    in your examination?

24     MR. HAFENBRACK:  I'm switching gears now, so it's a good

25    time to stop.

1      **THE COURT:**  Okay, so why don't we stop for the day and

2  then we'll pick up tomorrow.

3      Dr. Raghavan, we are going to conclude for the day and we

4  will resume tomorrow.  So we'll look forward to seeing you in

5  the morning.  We'll start at 9:30.

6      **THE WITNESS:**  Yes.

7      **THE COURT:**  And I'll just ask you not to discuss your

8  testimony with anyone overnight.

9      **THE WITNESS:**  Of course.

10      **THE COURT:**  Thank you, sir.  And you can just step

11  outside, thank you.

12      (Witness not present)

13      **THE COURT:**  I'm just trying to get a sense of tomorrow.

14  We have Dr. Raghavan.  How much longer do you think you'll

15  be, Mr. Hafenbrack?

16      **MR. HAFENBRACK:**  I would say around an hour, Your Honor.

17      **THE COURT:**  And the States?

18      **MR. KAUFMANN:**  Half hour approximately.

19      **THE COURT:**  Okay.  How does that put us in terms of

20  getting to Dr. Fox tomorrow, Professor Fox?

21      **MR. SCHMIDTLEIN:**  He will be here prepared to begin his

22  testimony.

23      **THE COURT:**  Okay.  And I assume -- well, let me -- is it

24  still the case that Mr. Pichai is scheduled for Monday?

25      **MR. SCHMIDTLEIN:**  That is correct, Your Honor.  If we are

1    not concluded with Dr. Fox tomorrow, we would ask that we

2    take him sort of out of order.

3        **THE COURT:**  Sure, that's what I figured.  That's what I

4    wanted to talk about.  So at least the plan would be -- look,

5    it seems unlikely that we would finish Dr. Fox tomorrow, so

6    we would begin Monday with Mr. Pichai's testimony first thing

7    in the morning.

8        And with respect to Mr. Pichai's testimony, we might as

9    well just talk about it now.  Is there any anticipation of a

10   closed session with Mr. Pichai?

11       **MR. SCHMIDTLEIN:**  No, we're going to try to work around

12   it as best we can.  There may be some segments where we're

13   going to have to navigate around it, but our intention and

14   hope is that we will not have to do that.

15       **THE COURT:**  Okay, terrific.  I appreciate that.  Thank

16   you.  I think that concludes what we need to get done for the

17   day.

18       Are there any loose ends or anything else we need to talk

19   about?

20       **MR. GOWER:**  Cameron Gower for the United States.  We have

21   designations and objections for the final four witnesses for

22   our opening case -- or our case-in-chief.  And there's a

23   cover letter here explaining the details on a flash drive.

24       **THE COURT:**  Okay.  Terrific, thank you.

25       **MR. GOWER:**  As with the previous --

1          **THE COURT:**  Go ahead.

2          **MR. GOWER:**  As with the previous witnesses, the videos

3     will follow.

4          **THE COURT:**  Okay.  Terrific, thank you.  Just one quick

5     observation I'd like to make.  In terms of the redacting of

6     documents that are being presented -- and I know the

7     parties -- let me just first say the parties have worked very

8     hard to work on redactions in advance of their presentation

9     in court, so I'm grateful for that.

10          The one thing I would just make an observation is with

11     respect to numbers -- and I just mean that in a very broad

12     sense, all numbers are not the same.  I think we ought to

13     just be a little bit more careful about what is being

14     redacted as a number.  You know, just one example that stood

15     out, as I was looking at things today, you know, the sample

16     size of one of the surveys, for example, was redacted.  That

17     doesn't need to be redacted.

18          Again, I go back to the market share percentages.  Again,

19     these are -- it may be the case that these are not otherwise

20     public, but we are operating under different parameters here.

21     And it is not -- it's fair to say that it's not ultimately a

22     party's responsibility to do the Hubbard factor weighing, but

23     I would just ask you all to be more -- to be mindful of that

24     when it comes to numbers, and that essentially all numbers

25     are not the same.

7479

1        All right.  Thank you, everybody.  We will see you in the

2   morning.

3        (Proceedings adjourned at 5:04 p.m.)

1                        **C E R T I F I C A T E**

2

3                    I, **Jeff M. Hook, Official Court Reporter,**

4        certify that the foregoing is a true and correct transcript

5        of the record of proceedings in the above-entitled matter.

6

7

8

9        <u>October 26, 2023</u>              _____

10                **DATE**                        **Jeff M. Hook**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

BY MR.
HAFENBRACK: [14]
7418/9 7420/20
7423/5 7424/7
7429/14 7431/7
7436/21 7440/4
7441/15 7441/21
7448/2 7455/7
7456/13 7459/1
BY MR. SOMMER:
[23]  7345/4
7348/13 7350/17
7357/25 7360/19
7365/3 7366/3
7372/10 7374/24
7385/18 7385/22
7386/5 7388/16
7389/15 7392/13
7393/20 7395/8
7396/12 7399/25
7401/22 7402/3
7406/19 7408/19
MR. GOWER: [3]
7477/19 7477/24
7478/1
MR. HAFENBRACK:
[29]  7348/7
7350/3 7350/10
7364/17 7374/14
7374/17 7385/17
7389/7 7389/11
7392/5 7392/7
7393/18 7395/4
7398/12 7399/3
7420/17 7423/3
7430/22 7431/1
7431/4 7440/2
7445/17 7445/20
7445/23 7446/2
7447/16 7458/19
7475/23 7476/15
MR. KAUFMANN: [1]
7476/17
MR. SCHMIDTLEIN:
[3]  7476/20
7476/24 7477/10
MR. SOMMER: [36]
7350/14 7374/14
7374/16 7374/20
7388/13 7389/4
7389/10 7395/3
7396/9 7398/16
7398/21 7398/23
7399/6 7399/14
7399/22 7401/11
7401/14 7418/4
7423/1 7423/4
7423/20 7423/22
7429/12 7441/7
7441/10 7445/19
7445/21 7445/24
7446/10 7446/15
7446/23 7447/2
7447/5 7447/9
7447/18 7458/21
THE COURT: [75]

7345/1 7348/9
7350/8 7350/12
7350/15 7357/1
7357/4 7360/5
7364/18 7364/20
7365/19 7371/19
7374/19 7374/22
7385/20 7385/25
7388/12 7388/14
7389/13 7392/11
7395/6 7396/11
7398/19 7398/22
7399/7 7399/18
7399/24 7401/13
7401/15 7401/20
7401/25 7406/4
7407/19 7408/11
7408/18 7418/6
7420/16 7420/19
7423/21 7423/25
7429/13 7430/24
7431/2 7431/6
7436/7 7436/16
7436/20 7440/3
7441/9 7441/12
7441/19 7446/6
7446/14 7446/18
7446/25 7447/3
7447/7 7447/11
7447/23 7454/22
7456/11 7458/24
7475/21 7475/25
7476/6 7476/9
7476/12 7476/16
7476/18 7476/22
7477/2 7477/14
7477/23 7477/25
7478/3
THE WITNESS: [25]
7348/11 7357/3
7357/6 7360/8
7364/19 7364/21
7365/20 7371/23
7386/1 7388/15
7392/6 7406/7
7407/23 7408/14
7424/3 7430/25
7436/11 7436/17
7441/11 7441/17
7441/20 7445/22
7455/1 7476/5
7476/8

## $

$40 [1]  7439/13
$40 billion [1]
7439/13
$5 [1]  7379/1
$60 [1]  7379/1

## .

.....Admitted [5]
7344/12 7344/13
7344/14 7344/15
7344/16
.005 [1]  7389/24
.019 [2]  7396/8
7396/14

## 0

069 [1]  7435/23
087 [1]  7449/3
093 [1]  7450/16

## 1

10 [3]  7361/3
7421/6 7463/3
10019 [1]  7343/11
10036 [1]  7342/25
1100 [1]  7342/14
1133 [1]  7342/24
12 [4]  7431/24
7436/25 7443/21
7443/24
12-week [1]
7437/13
122 [3]  7445/21
7445/23 7445/24
126 [2]  7395/7
7438/10
13 [2]  7435/21
7450/15
1300 [1]  7343/4
1301 [1]  7343/10
14th [4]  7439/24
7440/7 7443/16
7443/18
15 [6]  7360/3
7369/23 7402/10
7417/12 7417/13
7453/12
15th [2]  7440/7
7440/10
17 percent [1]
7453/24
18 [10]  7417/22
7459/21 7459/23
7460/3 7460/5
7460/12 7460/23
7461/4 7461/13
7462/16
18 percent [1]
7347/18
18-month [5]
7450/23 7454/14
7461/22 7462/24
7462/25
19 [1]  7396/8
1996 [1]  7428/23
1:20-cv-3010 [1]
7342/4
1:30 [1]  7342/6

## 2

2 percent [3]
7347/19 7347/20
7347/22
20 [3]  7360/3
7402/10 7402/14
20 percent [1]
7346/15
200,000,000 [1]
7403/7
2000 [4]  7349/20
7351/1 7351/2
7357/12

20001 [2]  7342/18
7343/25
20005 [1]  7342/15
20024 [1]  7343/8
2010 [1]  7448/5
2011 [1]  7448/5
2015 [1]  7348/21
2016 [1]  7403/12
2017 [1]  7403/12
2018 [4]  7395/13
7395/17 7405/12
7419/1
2019 [18]  7389/22
7389/23 7390/8
7390/9 7401/8
7410/14 7431/10
7438/1 7438/3
7461/23 7462/5
7462/9 7465/14
7471/20 7472/7
7473/17 7473/21
7475/4
2019th [1]
7437/25
2020 [10]  7383/24
7388/8 7389/21
7389/23 7390/23
7419/2 7445/12
7448/6 7449/19
7453/2
2020-2021 [1]
7445/13
2021 [5]  7439/24
7439/25 7440/8
7443/16 7445/13
2022 [1]  7401/6
2023 [1]  7342/5
209 [1]  7342/20
20s [1]  7453/21
2200 [2]  7342/24
7342/24
24 [1]  7453/24
24th [1]  7431/10
26 [1]  7342/5
269 [1]  7452/3
28 [1]  7342/7
2:59 p.m [1]
7401/19

## 3

3,000,000 [3]
7384/17 7384/20
7384/24
3010 [1]  7342/4
3059 [1]  7431/23
3236 [2]  7374/14
7374/16
333 [1]  7343/24
344 [2]  7431/1
7431/9
3:15 [1]  7401/17
3:17 p.m [1]
7401/20

## 4

400 [1]  7450/11
40th [1]  7343/10
42 [1]  7445/17

441 [3]  7440/11
7440/14 7440/15
4420 [2]  7412/6
7412/9
450 [1]  7342/18
48 [3]  7443/16
7443/21 7443/23

## 5

500 [2]  7448/16
7448/24
500's [1]  7466/1
501 [2]  7465/21
7468/13
5:04 p.m [1]
7479/3

## 6

600 [1]  7342/20
60604 [1]  7342/21
680 [1]  7343/8

## 7

7345 [1]  7344/4
7374 [1]  7344/12
7389 [2]  7344/13
7344/14
7395 [1]  7344/15
7418 [1]  7344/5
7459 [1]  7344/16
747 [2]  7357/13
7357/14
75 [1]  7402/13
7th [1]  7343/4

## 8

80 [1]  7358/17
80 percent [2]
7346/14 7347/17
80203 [1]  7343/4
811 [1]  7412/10
892 [1]  7453/12

## 9

90 [3]  7358/17
7358/20 7360/10
99.3 percent [1]
7405/2
9:30 [1]  7476/5

## A

ability [3]
7364/2 7411/20
7413/23
able [17]  7352/7
7356/23 7359/19
7370/7 7370/25
7378/13 7378/14
7378/18 7378/23
7378/24 7378/25
7379/4 7380/12
7382/22 7387/10
7398/4 7434/13
above [6]  7351/14
7352/23 7376/19
7468/15 7472/5
7480/5
above-entitled [1]
7480/5

**A**

absolutely [5]
7351/22 7386/16
7444/5 7444/18
7452/8
abstract [5]
7406/15 7407/16
7407/21 7408/12
7408/18
Abundantly [1]
7392/17
academia [1]
7361/5
access [4] 7410/6
7421/16 7456/2
7458/23
accessible [2]
7345/18 7345/19
accompanies [1]
7380/8
account [11]
7346/21 7346/23
7347/3 7409/8
7454/18 7455/10
7457/8 7459/5
7459/18 7459/19
7461/19
accounts [1]
7427/10
accumulation [1]
7387/11
accurate [2]
7371/23 7457/13
acronym [1]
7375/25
acronyms [1]
7352/1
across [3]
7367/18 7409/6
7455/21
action [5] 7342/3
7454/8 7466/24
7467/8 7469/12
active [1]
7432/11
activity [9]
7349/13 7390/16
7415/20 7415/21
7417/11 7417/14
7455/18 7458/3
7461/19
actors [4]
7377/22 7377/25
7378/1 7415/4
actually [30]
7346/8 7348/20
7351/16 7356/14
7357/15 7358/22
7359/3 7359/22
7360/4 7364/25
7376/21 7377/16
7378/1 7381/15
7383/4 7394/19
7396/10 7399/1
7401/10 7402/5
7407/24 7422/18
7435/1 7440/6

7456/8 7461/11
7461/16 7468/5
7468/11 7473/20
ad [55] 7348/4
7348/24 7353/4
7353/9 7353/15
7357/14 7357/18
7359/19 7360/16
7362/11 7364/10
7368/2 7368/5
7369/11 7369/17
7371/11 7371/15
7372/6 7372/13
7373/8 7375/14
7377/7 7377/10
7377/11 7377/15
7378/2 7378/24
7382/9 7385/10
7385/14 7385/25
7386/3 7386/14
7386/23 7387/11
7391/19 7393/4
7396/25 7397/1
7397/3 7397/10
7397/13 7397/22
7398/4 7400/18
7410/1 7411/21
7416/20 7430/15
7438/22 7439/10
7440/20 7460/6
7460/10 7464/5
adapt [1] 7416/15
add [1] 7474/18
added [1] 7370/13
addition [2]
7379/16 7406/11
additional [4]
7391/2 7391/12
7444/12 7447/20
address [11]
7366/6 7413/11
7413/16 7413/20
7413/21 7414/4
7414/15 7417/17
7454/24 7460/14
7460/17
addressed [1]
7396/16
addressees [1]
7411/8
addresses [3]
7413/25 7414/9
7414/12
adjourned [1]
7479/3
adjusting [1]
7372/4
adjusts [1]
7355/16
admiration [1]
7351/7
admit [1] 7399/20
admitted [10]
7344/17 7374/23
7374/24 7389/14
7389/15 7395/7
7395/8 7398/23

7458/25 7459/1
adopt [1] 7409/3
adopted [3]
7417/1 7474/6
7474/8
adroit [1] 7404/4
ads [95] 7345/9
7345/10 7345/16
7346/12 7346/14
7346/18 7347/7
7347/8 7347/15
7347/20 7347/24
7348/13 7348/15
7349/8 7351/20
7353/14 7355/9
7355/12 7355/25
7356/5 7358/25
7359/9 7362/20
7363/3 7363/6
7363/11 7363/19
7363/21 7366/12
7368/20 7368/20
7368/23 7369/1
7369/22 7370/5
7370/7 7370/16
7370/20 7371/5
7371/21 7373/22
7373/23 7375/12
7375/15 7376/18
7377/21 7382/6
7382/10 7382/11
7382/12 7383/18
7383/20 7385/17
7386/11 7386/13
7387/15 7388/9
7390/9 7391/13
7394/13 7394/14
7395/13 7395/16
7395/17 7395/19
7396/23 7396/23
7404/15 7406/22
7406/23 7416/13
7416/15 7416/17
7416/19 7417/8
7418/22 7419/1
7419/2 7420/2
7420/6 7420/7
7420/9 7420/11
7431/24 7436/25
7439/12 7439/13
7439/18 7458/1
7458/3 7463/11
7463/14 7463/17
7463/22 7463/25
adults [1]
7393/13
advance [4]
7360/25 7369/20
7384/9 7478/8
advantage [3]
7368/5 7368/6
7368/13
advertise [2]
7390/21 7425/1
advertisement [6]
7346/22 7353/5
7353/19 7353/23

7357/9 7361/22
advertisements [6]
7346/1 7346/2
7355/7 7355/10
7355/11 7355/24
advertiser [33]
7348/19 7354/13
7354/16 7361/18
7361/23 7362/1
7362/9 7362/11
7364/7 7365/1
7366/5 7367/11
7371/12 7372/1
7372/10 7372/12
7373/4 7373/6
7373/13 7375/10
7375/17 7376/7
7376/12 7378/20
7380/22 7382/2
7384/10 7385/3
7385/4 7385/11
7387/9 7397/4
7406/25
advertiser's [1]
7353/21
advertisers [46]
7347/4 7363/2
7363/9 7363/16
7364/6 7364/13
7365/9 7365/10
7366/7 7369/13
7369/17 7370/16
7370/21 7371/4
7371/9 7371/16
7371/17 7373/11
7373/14 7373/16
7374/1 7374/3
7374/6 7378/8
7378/12 7378/18
7379/5 7379/11
7379/17 7379/20
7380/1 7380/4
7380/15 7381/16
7382/5 7384/9
7384/17 7384/20
7385/15 7386/2
7386/15 7387/25
7391/10 7410/2
7410/9 7441/2
advertising [19]
7346/5 7346/11
7351/8 7351/18
7351/24 7373/2
7387/21 7388/4
7390/4 7394/16
7400/10 7400/17
7404/22 7407/6
7407/11 7420/15
7425/2 7441/4
7458/5
advice [3] 7408/4
7408/6 7411/25
advocate [1]
7469/7
AdWords [9]
7350/24 7350/25
7351/1 7351/7

7351/15 7351/20
7351/22 7352/5
7359/18
affect [2] 7371/8
7448/22
affiliated [1]
7379/11
affords [1]
7372/9
afternoon [8]
7345/6 7345/7
7395/24 7401/12
7401/17 7418/12
7418/13 7418/17
afterwards [1]
7447/25
again [28]
7357/21 7368/25
7369/4 7375/7
7382/25 7388/13
7389/25 7391/6
7396/1 7396/4
7396/12 7398/6
7399/7 7400/14
7401/11 7414/14
7437/23 7439/6
7439/16 7443/12
7444/13 7451/21
7452/2 7458/16
7468/14 7475/5
7478/18 7478/18
against [1]
7416/11
agent [5] 7414/21
7414/21 7414/25
7415/4 7415/7
aggregate [7]
7382/19 7383/21
7383/23 7383/25
7384/2 7385/7
7385/8
ago [10] 7369/23
7369/23 7371/10
7371/17 7373/1
7375/11 7402/6
7409/14 7446/21
7447/9
agree [14]
7364/14 7427/5
7437/21 7446/4
7449/13 7451/12
7451/13 7451/14
7451/21 7451/24
7452/4 7469/25
7470/7 7471/1
agreeing [1]
7469/15
agreements [3]
7429/10 7429/18
7429/25
Ah [1] 7438/4
ahead [11]
7348/11 7392/13
7401/16 7402/1
7402/3 7411/24
7429/14 7441/15
7448/2 7456/13

**A**

ahead... [1]
 7478/1
AI [6]    7373/9
 7377/2 7377/5
 7377/8 7404/5
 7404/14
aiming [1]   7429/1
al [2]    7342/3
 7348/21
alert [1]    7389/25
algorithm [2]
 7346/17 7419/24
algorithms [3]
 7459/13 7459/14
 7459/15
alike [1]   7423/15
all-purpose [1]
 7426/12
allow [2]   7353/20
 7417/15
almost [1]
 7450/11
along [1]   7469/10
AlphaFold [1]
 7403/7
Alta [1]  7351/11
alternative [1]
 7425/23
Although [1]
 7387/7
always [7]   7349/4
 7364/24 7382/7
 7409/11 7444/21
 7451/8 7456/8
amazing [1]
 7391/1
Amazon [64]
 7348/13 7363/17
 7363/17 7363/18
 7364/3 7378/23
 7378/24 7379/3
 7379/13 7379/20
 7386/14 7394/9
 7394/10 7394/14
 7394/16 7394/17
 7394/22 7395/3
 7396/7 7396/17
 7396/19 7396/20
 7397/3 7397/17
 7397/20 7398/2
 7398/2 7398/4
 7401/2 7426/15
 7426/17 7426/21
 7427/2 7427/25
 7428/14 7429/24
 7430/3 7430/10
 7430/11 7430/12
 7430/14 7431/19
 7432/1 7432/24
 7433/3 7433/3
 7433/14 7434/7
 7434/10 7434/16
 7434/17 7434/18
 7434/23 7434/23
 7435/6 7435/10
 7435/15 7436/3

7436/10 7436/10
 7436/14 7441/1
 7441/4 7470/17
Amazon's [8]
 7395/13 7395/17
 7397/10 7397/13
 7438/21 7439/9
 7439/17 7440/19
AMERICA [1]
 7342/3
Americas [2]
 7342/24 7343/10
AMIT [1]   7342/10
among [4]   7363/25
 7425/14 7451/22
 7469/7
amount [2]
 7368/19 7448/18
analogous [1]
 7467/20
analogy [2]
 7367/16 7367/17
analyses [4]
 7387/20 7388/22
 7394/15 7394/17
analysis [19]
 7380/13 7388/11
 7391/8 7391/11
 7391/17 7394/25
 7396/5 7397/11
 7410/4 7412/3
 7414/8 7422/19
 7434/15 7437/5
 7437/9 7438/6
 7453/1 7467/25
 7470/19
Analytica [1]
 7409/15
analyze [1]
 7430/14
analyzed [2]
 7397/9 7431/18
ancient [1]
 7352/11
Android [6]
 7429/10 7429/11
 7429/19 7429/20
 7429/22 7475/8
ankle [1]   7472/20
annotation [1]
 7371/7
announce [1]
 7384/14
announced [1]
 7406/24
annoy [1]   7415/17
annoying [1]
 7414/14
anonymize [1]
 7474/3
anonymized [1]
 7459/12
answered [1]
 7429/3
anticipation [1]
 7477/9
Antitrust [1]

7343/3
anxious [1]
 7345/15
anyways [1]
 7390/22
apart [2]   7404/16
 7417/16
apartment [2]
 7405/6 7405/8
apologize [2]
 7363/23 7392/8
app [3]   7422/7
 7425/1 7425/2
appear [3]   7401/8
 7414/17 7414/18
APPEARANCES [2]
 7342/12 7343/1
appears [1]
 7408/3
application [2]
 7419/12 7457/10
apply [1]   7434/10
appreciate [3]
 7347/6 7429/3
 7477/15
appreciated [1]
 7377/24
approach [2]
 7430/24 7440/3
appropriate [1]
 7421/19
approval [1]
 7382/16
approve [2]
 7407/6 7464/20
approximately [1]
 7476/18
AQ [3]   7383/9
 7383/17 7383/18
area [5]   7345/8
 7359/24 7379/15
 7412/1 7424/1
areas [1]   7396/18
arguing [2]
 7412/24 7413/1
Armenia [1]
 7414/18
around [16]
 7352/7 7361/5
 7445/13 7445/15
 7446/20 7447/1
 7447/2 7465/14
 7466/20 7467/3
 7467/9 7470/16
 7473/17 7476/16
 7477/11 7477/13
arrival [1]
 7369/2
arrive [1]   7393/7
arrow [3]   7349/19
 7446/2 7446/12
arrows [1]
 7375/14
art [1]   7362/25
article [1]
 7397/16
articles [3]

7392/15 7392/21
 7421/23
articulate [2]
 7446/9 7447/13
artifact [2]
 7402/20 7407/18
artifacts [2]
 7404/8 7404/24
artificial [7]
 7351/13 7376/1
 7376/15 7376/24
 7402/6 7402/9
 7402/16
aside [4]   7438/14
 7441/1 7451/5
 7454/5
aspect [2]
 7414/11 7415/6
aspects [4]
 7377/10 7377/11
 7377/15 7387/24
assess [5]
 7355/10 7380/12
 7384/2 7407/25
 7409/24
assessing [1]
 7379/17
assessment [1]
 7356/13
assist [1]
 7379/16
Assistant [1]
 7418/21
assume [3]   7416/6
 7422/16 7476/23
assumed [2]
 7373/1 7445/15
assure [1]
 7456/12
attack [3]   7378/2
 7414/10 7472/20
attacking [1]
 7466/20
attacks [1]
 7414/2
attention [1]
 7468/16
attorney [1]
 7428/16
attract [1]
 7397/22
attributable [1]
 7470/22
attribute [3]
 7398/4 7400/7
 7400/24
attributed [1]
 7471/3
attributes [2]
 7369/12 7454/2
auction [28]
 7355/25 7356/4
 7357/1 7358/3
 7358/8 7358/19
 7359/1 7359/5
 7359/11 7359/12
 7359/13 7360/6

7360/7 7360/17
 7360/19 7364/10
 7364/10 7364/16
 7365/3 7365/9
 7368/5 7377/10
 7377/11 7377/16
 7381/1 7381/23
 7385/14 7385/17
auctioning [1]
 7358/15
auctions [8]
 7358/11 7358/13
 7358/14 7359/17
 7360/2 7380/7
 7380/17 7385/25
audience [1]
 7362/2
Australia [1]
 7409/24
authenticate [1]
 7415/17
authenticated [1]
 7414/16
authors [5]
 7395/12 7395/15
 7395/22 7396/6
 7396/18
autodelete [2]
 7462/10 7462/16
automatically [2]
 7417/22 7455/11
auxiliary [1]
 7370/10
available [10]
 7353/13 7354/1
 7374/12 7375/16
 7406/17 7426/22
 7455/1 7456/25
 7463/7 7473/14
Avenue [4]
 7342/24 7343/7
 7343/10 7343/24
average [2]
 7379/7 7433/18
aware [12]   7351/1
 7354/23 7369/4
 7399/15 7429/17
 7429/21 7429/22
 7429/25 7438/15
 7458/17 7463/3
 7463/6
away [9]   7348/25
 7359/6 7360/13
 7368/2 7370/4
 7380/24 7402/21
 7432/9 7432/15

**B**

back [34]   7345/2
 7356/17 7356/21
 7364/23 7375/18
 7376/3 7384/13
 7391/15 7392/2
 7394/14 7400/16
 7400/17 7401/20
 7401/21 7407/4
 7408/4 7408/10
 7417/5 7420/13

**B**

back... [15]
  7420/24 7421/1
  7432/20 7433/5
  7435/4 7438/8
  7439/25 7448/12
  7452/2 7456/10
  7457/18 7458/24
  7460/9 7467/17
  7478/18
background [1]
  7358/23
bad [6]  7355/17
  7365/3 7366/2
  7378/1 7414/1
  7415/4
badging [6]
  7346/9 7346/10
  7346/11 7352/24
  7353/2 7370/9
balance [1]
  7362/25
bandwidth [1]
  7353/13
Bankruptcy [1]
  7343/24
banned [2]
  7427/18 7427/20
banner [1]
  7351/14
bar [4]  7391/4
  7474/24 7475/14
  7475/15
Bard [4]  7406/6
  7406/8 7406/11
  7418/21
barely [1]  7438/5
barring [1]
  7401/3
base [1]  7468/14
based [14]
  7350/9 7370/4
  7381/13 7398/14
  7399/3 7416/13
  7419/24 7421/13
  7427/12 7442/6
  7458/2 7458/3
  7462/11 7463/14
basically [1]
  7375/15
basis [6]  7350/12
  7371/22 7392/10
  7405/24 7423/22
  7465/2
Bates [5]  7435/23
  7445/21 7445/24
  7450/16 7453/12
bearing [1]
  7351/15
beat [3]  7384/20
  7400/14 7402/22
became [1]
  7359/11
become [2]
  7354/23 7355/19
becoming [3]
  7431/24 7432/10

began [3]  7390/19
  7393/17 7417/5
begin [3]  7418/7
  7476/21 7477/6
beginning [1]
  7409/14
begins [1]
  7349/20
behave [1]  7371/9
behavior [5]
  7360/14 7414/4
  7431/18 7436/19
  7448/22
behind [1]
  7405/22
Belknap [1]
  7342/23
bell [1]  7430/7
BELLSHAW [1]
  7342/16
belong [1]
  7436/19
below [5]  7354/2
  7359/2 7396/21
  7437/11 7466/24
Ben [3]  7411/8
  7468/16 7468/17
BENCH [1]  7342/10
Benedict [1]
  7410/13
benefit [1]
  7354/9
best [15]  7346/4
  7349/5 7372/6
  7373/19 7375/13
  7385/17 7389/19
  7394/7 7394/10
  7407/8 7412/4
  7413/15 7421/2
  7444/22 7477/12
better [13]
  7345/20 7353/14
  7357/24 7358/11
  7372/9 7382/8
  7385/17 7391/15
  7391/15 7426/20
  7442/24 7443/5
  7467/14
beyond [5]  7393/2
  7429/13 7473/20
  7473/21 7475/4
bid [18]  7357/12
  7358/12 7358/16
  7358/16 7358/17
  7359/2 7359/2
  7359/21 7360/10
  7360/10 7360/11
  7360/12 7360/13
  7360/13 7360/18
  7367/8 7367/11
  7367/25
bidders [1]
  7359/19
bidding [2]
  7360/15 7364/13
bids [2]  7347/3

7373/10
big [4]  7376/5
  7382/13 7401/1
  7471/16
biggest [9]
  7347/16 7363/9
  7373/3 7373/3
  7378/5 7384/16
  7409/11 7409/17
  7456/3
billboard [1]
  7367/18
billion [1]
  7439/13
billions [6]
  7356/12 7441/21
  7441/23 7441/25
  7442/1 7474/9
binder [23]
  7374/17 7374/22
  7382/22 7382/22
  7388/6 7388/7
  7388/7 7394/18
  7394/19 7394/19
  7394/21 7410/21
  7430/19 7431/3
  7431/5 7438/8
  7443/18 7445/4
  7445/5 7450/15
  7452/2 7452/23
  7465/24
Bing [14]  7347/24
  7348/2 7348/4
  7387/9 7393/14
  7406/4 7429/23
  7449/4 7449/6
  7449/18 7449/19
  7449/21 7450/3
  7450/3
biology [1]
  7403/6
bit [9]  7358/6
  7360/22 7368/12
  7375/20 7377/11
  7380/6 7401/3
  7442/2 7478/13
biters [1]
  7472/21
black [1]  7377/12
blew [1]  7402/21
blocks [1]
  7423/10
blue [1]  7421/6
Boeing [2]
  7357/13 7357/14
booked [1]
  7353/25
booking [1]
  7353/24
both [17]  7356/4
  7362/12 7363/20
  7369/21 7370/20
  7371/11 7397/2
  7397/4 7397/4
  7404/15 7406/19
  7410/1 7414/15
  7419/2 7451/11

7454/12 7463/18
botnets [3]
  7378/1 7413/22
  7414/1
bottle [4]
  7358/15 7358/18
  7359/8 7360/16
bottom [7]
  7349/20 7375/19
  7437/5 7445/20
  7449/1 7450/16
  7457/1
box [7]  7377/12
  7397/6 7425/6
  7425/7 7446/22
  7475/12 7475/13
boxes [3]  7383/1
  7396/1 7453/16
brand [4]  7366/13
  7367/20 7367/22
  7367/25
branded [10]
  7366/13 7366/14
  7366/15 7366/16
  7366/17 7367/2
  7367/3 7367/6
  7367/11 7391/24
break [5]  7380/5
  7395/25 7396/7
  7401/13 7401/17
breakthrough [2]
  7403/22 7403/23
breed [1]  7385/17
brief [2]  7372/22
  7408/21
briefly [11]
  7361/1 7362/3
  7370/2 7372/20
  7372/23 7378/23
  7398/1 7402/5
  7402/15 7437/4
  7469/23
bring [1]  7357/23
bringing [1]
  7365/8
broad [1]  7478/11
broaden [1]
  7362/1
broadening [1]
  7366/8
broadly [1]
  7373/20
Broadway [1]
  7343/4
brought [2]
  7405/12 7448/23
browser [11]
  7414/23 7414/23
  7414/24 7415/5
  7425/3 7455/4
  7456/22 7456/23
  7457/10 7473/7
  7475/15
browsers [1]
  7473/2
bucket [2]
  7347/16 7376/18

budget [2]  7373/6
  7375/10
budgets [4]
  7370/22 7370/25
  7386/4 7391/19
bug [3]  7347/9
  7347/11 7347/12
build [4]  7391/15
  7411/20 7444/12
  7444/15
building [1]
  7443/10
builds [1]  7444/1
built [3]  7406/10
  7406/11 7448/15
bullet [9]  7432/4
  7432/14 7432/23
  7433/22 7435/24
  7437/7 7437/12
  7470/20 7471/6
bullets [1]
  7470/6
bunch [10]
  7357/22 7369/10
  7377/18 7380/25
  7382/21 7406/10
  7406/11 7409/5
  7416/16 7438/5
busily [1]
  7427/17
business [11]
  7348/19 7349/6
  7374/9 7376/25
  7387/15 7387/22
  7394/16 7395/13
  7395/18 7397/10
  7397/13
businesses [4]
  7379/10 7395/16
  7395/19 7396/7
buy [2]  7357/14
  7370/11
buying [1]  7351/8
buys [1]  7435/9
buzz [2]  7392/16
  7404/13

**C**

calculation [2]
  7368/17 7379/2
calendar [3]
  7455/5 7455/19
  7456/3
call [8]  7346/8
  7360/17 7379/3
  7406/13 7406/16
  7406/17 7416/20
  7438/17
called [18]
  7350/1 7354/20
  7359/24 7360/22
  7361/14 7372/17
  7376/15 7388/18
  7402/19 7403/10
  7403/11 7403/24
  7411/7 7430/5
  7457/16 7457/18
  7457/20 7459/25

**C**

calling [2]
  7423/23 7431/25
Cambridge [1]
  7409/15
came [11]   7352/8
  7353/9 7354/6
  7376/24 7398/1
  7409/15 7411/6
  7411/17 7412/18
  7416/23 7445/15
Cameron [1]
  7477/20
campaign [2]
  7375/10 7468/4
campaigns [1]
  7373/12
can [105]   7345/19
  7346/2 7346/4
  7346/7 7349/17
  7350/13 7350/16
  7354/8 7355/8
  7357/2 7357/5
  7360/13 7362/2
  7362/5 7364/21
  7364/24 7366/7
  7366/8 7366/9
  7367/2 7367/10
  7368/19 7369/11
  7369/16 7369/20
  7371/20 7371/22
  7372/20 7373/13
  7375/6 7375/8
  7379/6 7381/6
  7381/9 7386/1
  7386/2 7388/9
  7389/19 7392/3
  7394/12 7395/10
  7396/11 7399/22
  7401/2 7402/15
  7403/5 7405/21
  7406/1 7406/5
  7406/25 7408/9
  7409/25 7410/8
  7410/11 7411/3
  7411/22 7412/12
  7412/14 7413/20
  7413/25 7414/9
  7415/5 7416/15
  7416/17 7417/23
  7419/23 7420/12
  7421/12 7423/8
  7423/11 7423/24
  7424/2 7424/19
  7425/8 7425/10
  7425/11 7425/18
  7426/18 7427/21
  7429/8 7436/8
  7438/5 7438/11
  7438/14 7441/1
  7441/11 7442/20
  7443/5 7443/9
  7444/15 7446/9
  7447/13 7447/17
  7447/25 7451/5
  7454/5 7460/17
  7462/25 7465/23

7467/13 7471/3
7472/6 7475/22
7476/10 7477/12
capabilities [1]
  7416/18
capability [1]
  7394/11
capacity [4]
  7442/21 7443/2
  7443/4 7443/4
captured [2]
  7359/3 7412/1
car [1]   7450/8
care [5]   7392/19
  7452/17 7452/21
  7471/8 7471/23
careful [9]
  7361/17 7380/6
  7391/22 7407/24
  7412/3 7449/25
  7470/13 7470/15
  7478/13
careless [2]
  7361/20 7365/17
cares [2]   7372/1
  7387/9
caring [1]   7472/1
carousel [2]
  7370/5 7370/5
cart [1]   7398/3
case [18]   7353/9
  7353/12 7354/13
  7368/9 7374/2
  7380/15 7388/16
  7389/2 7396/23
  7411/15 7422/18
  7422/19 7444/21
  7469/18 7476/24
  7477/22 7477/22
  7478/19
case-in-chief [1]
  7477/22
cases [8]   7361/16
  7379/2 7380/16
  7380/17 7381/9
  7409/25 7413/8
  7415/4
catch [1]   7361/12
categorical [1]
  7364/22
categories [2]
  7416/21 7454/1
category [2]
  7463/21 7463/24
caught [1]
  7404/18
causation [1]
  7436/12
cause [1]   7436/16
causes [2]
  7442/16 7442/17
caution [2]
  7381/18 7382/25
CAVANAUGH [1]
  7342/23
caveats [2]
  7406/1 7438/6

center [2]
  7416/20 7444/24
centers [5]
  7443/10 7444/1
  7444/12 7444/15
  7444/21
cents [4]   7358/17
  7358/17 7358/20
  7360/10
century [1]
  7351/11
CEO [2]   7471/14
  7471/19
certain [8]
  7361/21 7384/14
  7406/2 7414/3
  7414/4 7416/19
  7433/15 7433/16
certainly [4]
  7395/21 7399/22
  7438/20 7474/22
certify [1]
  7480/4
cetera [4]
  7369/10 7375/16
  7381/10 7414/24
chain [1]   7466/7
chains [2]
  7390/20 7390/23
challenge [3]
  7361/5 7430/7
  7474/16
challenges [1]
  7363/9
champion [1]
  7402/22
chance [2]
  7410/16 7447/22
change [17]
  7380/12 7380/20
  7381/1 7381/10
  7405/14 7409/18
  7415/7 7425/9
  7462/25 7464/9
  7464/11 7464/12
  7464/13 7469/8
  7471/11 7472/2
  7472/6
changed [6]
  7370/2 7370/9
  7390/14 7391/17
  7395/18 7409/13
changes [12]
  7363/25 7380/10
  7380/18 7381/5
  7381/24 7381/24
  7409/9 7410/5
  7411/10 7411/12
  7417/17 7444/20
characterize [1]
  7469/24
characters [2]
  7365/23 7366/2
charge [3]
  7358/19 7359/20
  7359/20
Charlotte [7]

7430/6 7430/13
7431/10 7431/18
7435/17 7438/16
7467/24
chart [16]   7383/2
  7383/6 7391/4
  7398/11 7399/16
  7399/17 7399/18
  7399/21 7400/3
  7401/1 7401/10
  7412/5 7412/16
  7412/18 7412/22
  7446/1
chat [1]   7404/19
ChatGPT [7]
  7403/24 7404/3
  7404/12 7404/16
  7405/13 7406/10
  7406/10
check [3]   7374/5
  7410/22 7458/22
checkmark [1]
  7416/5
Chicago [2]
  7342/21 7352/12
chief [1   7477/22
choices [1]
  7371/8
choosing [3]
  7421/17 7424/22
  7452/6
chose [2]   7450/25
  7451/2
chosen [1]
  7425/18
Christmas [1]
  7371/8
Chrome [18]
  7414/24 7425/3
  7425/5 7425/15
  7425/18 7425/23
  7426/1 7426/3
  7426/7 7426/10
  7426/16 7426/23
  7455/3 7455/13
  7455/15 7455/16
  7473/6 7473/8
circa [1]   7357/11
circumspect [1]
  7408/6
circumstances [5]
  7361/22 7362/8
  7367/14 7371/3
  7371/5
Civil [1]   7342/3
clarification [1]
  7374/15
clarifying [1]
  7363/22
Clarke [1]
  7358/10
classic [1]
  7357/11
clean [1]   7451/20
cleaner [3]
  7405/5 7405/6
  7405/8

clear [8]   7349/21
  7353/1 7356/22
  7393/2 7393/8
  7399/9 7401/1
  7424/18
clearly [2]
  7394/3 7470/4
click [12]   7354/1
  7354/8 7354/12
  7357/15 7357/16
  7357/20 7371/21
  7378/24 7398/4
  7415/23 7415/24
  7474/24
click-through [1]
  7357/20
clicked [1]
  7460/6
clicking [2]
  7357/18 7460/10
clicks [7]   7355/9
  7357/10 7359/20
  7379/7 7413/23
  7461/4 7463/3
client [3]
  7414/22 7447/23
  7449/24
close [2]   7378/16
  7394/9
closed [4]
  7397/22 7397/23
  7397/24 7477/10
closely [1]
  7365/16
closer [4]   7444/1
  7444/10 7444/15
  7444/21
CO [1]   7343/4
coarse [2]
  7413/16 7460/17
coarse-grained [1]
  7460/17
coffee [7]
  7422/11 7422/15
  7422/16 7422/21
  7422/22 7423/20
  7428/6
cohort [10]
  7432/1 7433/2
  7433/3 7433/10
  7433/12 7433/13
  7433/13 7434/20
  7436/19 7438/18
Coke [1]   7377/19
colleague [1]
  7348/6
colleagues [3]
  7348/2 7348/23
  7361/4
collect [1]
  7457/9
collected [1]
  7462/5
collection [2]
  7459/21 7461/23
collects [5]
  7454/6 7454/9

**C**

collects... [3]
  7456/16 7458/4
  7463/11
Colorado [3]
  7342/22 7343/2
  7343/3
COLUMBIA [1]
  7342/1
column [1]   7401/6
combat [1]   7414/1
combination [1]
  7346/20
combs [1]   7414/14
comfort [1]
  7370/14
coming [5]
  7383/21 7394/10
  7395/22 7426/19
  7435/4
commerce [2]
  7393/24 7394/2
commercial [13]
  7345/13 7345/16
  7345/23 7346/16
  7347/25 7390/25
  7394/5 7407/22
  7407/23 7408/8
  7432/19 7432/22
  7435/14
common [3]   7376/8
  7422/13 7449/12
commonly [2]
  7404/6 7455/5
communicating [1]
  7374/5
community [2]
  7359/23 7360/5
companies [2]
  7374/2 7410/4
company [8]
  7351/16 7366/22
  7388/2 7393/3
  7407/2 7409/4
  7409/6 7453/10
company's [1]
  7366/19
compare [2]
  7387/14 7450/3
compared [1]
  7363/3
comparing [1]
  7449/6
compatible [1]
  7360/17
compelling [2]
  7393/9 7394/11
compete [9]
  7364/3 7386/14
  7386/17 7386/19
  7389/21 7391/16
  7396/19 7442/6
  7451/7
competing [2]
  7397/3 7410/3
competition [5]
  7359/24 7391/18

7419/5 7430/3
  7451/11
competitive [4]
  7387/20 7388/11
  7394/15 7447/14
competitiveness
  [1]   7397/20
competitor [6]
  7390/3 7390/6
  7392/22 7394/16
  7411/10 7411/14
competitor's [1]
  7367/11
competitors [6]
  7356/20 7386/8
  7386/11 7386/23
  7398/9 7398/18
complaint [1]
  7373/3
complaints [1]
  7373/3
complete [2]
  7394/6 7465/4
completely [1]
  7406/2
complex [2]
  7373/4 7451/25
compliance [1]
  7409/7
complicated [1]
  7371/24
component [3]
  7355/15 7356/3
  7357/6
components [1]
  7357/6
compose [1]
  7369/16
composite [2]
  7355/18 7355/22
computation [3]
  7378/17 7379/4
  7379/14
compute [2]
  7355/14 7379/12
computed [1]
  7378/16
computer [2]
  7347/2 7359/25
computing [4]
  7378/22 7381/17
  7442/21 7443/2
concerning [1]
  7393/14
concerns [6]
  7405/18 7427/6
  7427/15 7474/8
  7474/11 7474/12
conclude [2]
  7424/4 7476/3
concluded [1]
  7477/1
concludes [2]
  7438/21 7477/16
concluding [2]
  7356/5 7471/10
conclusion [9]

7390/9 7391/7
  7393/7 7437/24
  7439/9 7439/17
  7440/19 7440/22
  7469/16
conclusions [3]
  7380/24 7433/11
  7436/20
concrete [1]
  7406/23
conduct [2]
  7346/5 7460/25
conducted [4]
  7437/13 7437/19
  7452/16 7460/13
conducting [2]
  7454/18 7475/18
conducts [1]
  7460/23
conference [2]
  7471/16 7471/20
confess [1]
  7419/14
confidential [4]
  7396/11 7441/8
  7441/11 7447/21
confidentiality
  [3]   7445/25
  7447/7 7447/11
confirm [1]
  7445/19
conflating [1]
  7471/7
confusion [1]
  7400/9
connect [1]
  7364/5
connection [2]
  7356/17 7412/19
Connolly [1]
  7343/7
connotation [2]
  7426/3 7426/5
consequence [1]
  7377/8
consider [14]
  7356/15 7381/23
  7416/21 7442/7
  7442/10 7451/15
  7451/22 7452/6
  7452/9 7464/13
  7465/1 7465/10
  7473/18 7473/21
consideration [2]
  7345/24 7409/17
considerations [4]
  7409/8 7464/19
  7464/22 7465/5
considered [3]
  7433/9 7449/15
  7454/19
considering [2]
  7464/25 7465/9
considers [1]
  7356/4
consisted [1]
  7411/7

consistent [2]
  7345/24 7388/1
consistently [3]
  7345/23 7387/17
  7388/4
consists [1]
  7471/7
conspicuously [1]
  7346/5
constant [1]
  7349/13
constantly [4]
  7372/5 7415/17
  7418/1 7444/5
constituent [1]
  7396/7
Constitution [1]
  7343/24
constrained [2]
  7443/3 7443/4
Consumer [2]
  7411/7 7412/21
consumers [7]
  7390/22 7451/14
  7451/17 7451/21
  7452/1 7452/6
  7452/8
CONT [1]   7343/1
contain [3]
  7389/9 7405/2
  7429/18
contemplated [1]
  7473/23
contemplating [1]
  7355/2
contending [1]
  7384/4
content [7]
  7353/8 7353/11
  7370/10 7396/24
  7419/17 7420/24
  7421/1
context [3]
  7351/9 7377/13
  7416/4
continuation [1]
  7415/3
continue [4]
  7354/11 7365/6
  7411/16 7462/6
continued [5]
  7344/4 7345/4
  7397/12 7397/14
  7473/21
continuing [1]
  7354/18
control [1]
  7460/15
controls [4]
  7416/16 7416/22
  7417/7 7417/24
convenient [1]
  7430/21
convinced [1]
  7469/17
cookie [6]
  7414/15 7415/12

7415/13 7456/21
  7457/16 7459/25
cookies [3]
  7415/21 7457/17
  7457/20
coordinate [1]
  7409/5
copy [1]   7369/14
corner [2]
  7382/23 7445/20
correcting [3]
  7364/1 7364/15
  7365/7
correction [2]
  7365/15 7365/17
correctly [1]
  7362/24
correlated [2]
  7434/1 7434/24
correlation [5]
  7434/11 7435/7
  7435/15 7436/3
  7436/13
correspondence [1]
  7437/18
corroborative [1]
  7408/16
Cory [4]   7411/9
  7465/19 7466/2
  7466/7
cost [4]   7371/21
  7439/10 7439/18
  7440/20
cost-per-click [1]
  7371/21
council [3]
  7409/4 7411/7
  7412/21
counsel [9]
  7350/7 7423/3
  7423/4 7438/9
  7455/6 7458/24
  7465/13 7468/13
  7469/23
Counsel's [1]
  7350/6
counsel-created
  [1]   7350/7
countries [2]
  7453/6 7453/15
couple [18]
  7356/9 7366/7
  7370/3 7377/9
  7378/7 7386/9
  7388/18 7392/16
  7398/7 7402/18
  7408/24 7409/2
  7415/18 7446/21
  7454/21 7466/11
  7471/6 7472/25
course [9]   7374/9
  7382/10 7387/3
  7387/21 7388/12
  7398/16 7399/6
  7399/9 7476/9
courses [1]
  7359/15

**C**

court [20]    7342/1
7343/23 7343/23
7348/22 7349/17
7351/10 7361/1
7361/21 7377/10
7385/12 7397/25
7398/16 7400/8
7402/15 7416/9
7437/8 7457/21
7472/25 7478/9
7480/3
Court's [2]
7360/22 7455/9
courthouse [1]
7460/25
Courts [1]
7343/24
cover [5]    7408/21
7408/23 7431/9
7438/1 7477/23
covers [1]
7405/22
COVID [2]    7390/17
7390/19
CPC [12]    7352/1
7379/22 7380/10
7380/21 7381/10
7382/1 7383/9
7383/15 7383/21
7384/11 7385/9
7385/9
CPCs [5]    7352/4
7379/23 7380/4
7383/21 7384/6
CPM [2]    7352/2
7352/4
CPS [1]    7343/3
CPS/Antitrust [1]
7343/3
crank [1]    7348/23
create [2]
7365/11 7447/14
created [5]
7350/6 7350/7
7423/1 7423/9
7456/18
creates [2]
7456/21 7457/15
creating [3]
7369/14 7383/9
7454/3
creative [1]
7407/1
creatives [1]
7407/5
cross [4]    7344/5
7409/4 7418/8
7418/9
cross-company [1]
7409/4
cross-examination
[3]    7344/5
7418/8 7418/9
Cruises [1]
7351/14
cue [1]    7370/8

cumulative [2]
7383/13 7383/15
current [4]
7353/6 7369/24
7369/25 7369/25
custodian [3]
7431/11 7445/11
7453/2
cv [1]    7342/4

**D**

DAHLQUIST [1]
7342/19
damage [1]
7365/18
data [38]    7387/4
7398/7 7411/19
7412/3 7427/16
7433/20 7443/10
7444/1 7444/12
7444/15 7444/21
7444/24 7446/13
7451/5 7451/7
7451/15 7451/18
7451/22 7452/5
7453/14 7453/14
7454/1 7454/1
7454/6 7457/25
7458/4 7459/17
7459/21 7463/7
7467/9 7467/13
7468/4 7468/6
7468/7 7468/9
7469/15 7470/16
7474/3
database [1]
7369/15
dataset [1]
7459/12
date [6]    7395/13
7437/25 7438/4
7445/11 7461/24
7480/10
dates [1]    7440/9
DAVID [1]    7342/19
day [9]    7342/7
7356/12 7361/15
7385/6 7385/8
7387/2 7476/1
7476/3 7477/17
days [2]    7440/7
7460/1
DC [5]    7342/5
7342/15 7342/18
7343/8 7343/25
DDG [1]    7416/24
deal [4]    7376/5
7444/23 7452/18
7452/19
dealership [1]
7367/18
dealing [1]
7398/19
dealings [1]
7433/19
deals [1]    7345/14
debates [1]
7474/18

decades [1]
7358/9
decelerating [1]
7390/11
December [8]
7404/17 7439/24
7440/7 7440/7
7440/10 7443/16
7443/17 7443/18
December 14th [4]
7439/24 7440/7
7443/16 7443/18
December 15th [2]
7440/7 7440/10
decide [2]
7346/18 7370/11
decides [1]
7385/9
decision [1]
7381/20
deck [9]    7371/19
7388/8 7388/20
7389/18 7389/19
7392/3 7395/11
7395/12 7416/24
decks [1]    7395/2
decline [1]
7400/21
declined [1]
7400/5
decrease [3]
7385/9 7450/20
7450/22
decree [1]
7416/17
dedicated [1]
7378/21
deep [3]    7376/22
7403/10 7403/11
deeper [1]
7381/25
deeply [1]
7393/14
default [33]
7425/4 7425/9
7425/14 7425/16
7425/17 7425/22
7426/1 7426/2
7426/4 7426/5
7426/16 7426/23
7427/2 7454/8
7456/17 7458/4
7459/3 7459/20
7460/2 7460/5
7460/12 7460/22
7461/23 7462/24
7463/1 7463/15
7463/16 7473/24
7475/10 7475/15
7475/16 7475/19
7475/19
defeat [1]    7414/7
Defendant [2]
7342/7 7343/7
define [1]
7397/24
defined [1]

7432/20
definitely [1]
7352/16
definition [2]
7432/21 7434/20
delete [1]
7417/23
deleted [1]
7417/22
delicate [1]
7362/24
deliver [2]
7348/18 7353/14
delivered [1]
7371/7
delivery [1]
7375/15
demand [2]
7353/10 7375/13
demanding [1]
7382/8
demographic [1]
7393/10
demonstrative [19]
7349/16 7350/5
7350/8 7350/12
7352/9 7366/21
7375/5 7382/22
7383/3 7388/7
7392/3 7397/15
7422/23 7423/1
7423/7 7423/9
7427/21 7427/22
7456/24
demonstratives [1]
7423/3
denominator [1]
7382/2
Denver [1]    7343/4
department [5]
7342/14 7342/17
7342/20 7343/3
7469/11
depend [2]
7361/15 7361/15
depending [3]
7371/2 7372/12
7415/7
depends [4]
7378/20 7425/5
7444/12 7459/14
depicted [1]
7383/2
deposed [3]
7439/23 7440/7
7443/12
deposition [5]
7440/1 7440/11
7443/15 7452/2
7467/6
Depot [1]    7425/21
describe [8]
7349/17 7367/2
7369/20 7372/20
7372/25 7375/8
7395/10 7402/15
described [10]

7353/2 7355/18
7356/1 7371/16
7375/3 7385/12
7398/7 7407/14
7419/19 7420/8
describing [4]
7433/12 7437/9
7437/12 7453/4
deserves [1]
7380/6
design [3]
7358/11 7475/2
7475/5
designated [2]
7447/21 7467/6
designations [1]
7477/21
detail [2]
7377/21 7383/4
detailed [6]
7437/15 7437/16
7437/18 7461/5
7461/7 7467/23
details [4]
7429/21 7429/25
7437/22 7477/23
detect [1]
7413/22
detecting [1]
7415/4
detects [1]
7414/3
determining [1]
7409/9
detrimental [1]
7348/24
develop [1]
7361/3
developed [2]
7360/1 7360/3
developing [1]
7405/22
developments [3]
7377/2 7377/3
7402/16
device [7]    7369/9
7415/5 7415/9
7456/22 7457/10
7457/25 7458/6
devices [1]
7475/8
difference [3]
7367/2 7442/18
7450/11
different [23]
7353/7 7366/24
7368/24 7368/24
7370/7 7376/14
7384/23 7384/24
7387/23 7408/22
7409/6 7420/22
7424/18 7426/12
7431/3 7432/1
7455/19 7465/18
7468/15 7473/4
7473/4 7473/11
7478/20

**D**

differs [1]
  7444/9
difficult [3]
  7363/3 7384/17
  7406/18
digital [6]
  7387/15 7387/21
  7390/4 7391/19
  7400/10 7400/17
dim [1]  7437/23
dimension [1]
  7410/7
dimensional [1]
  7403/5
dimensions [3]
  7451/8 7451/9
  7451/11
dining [4]
  7353/25 7354/2
  7354/8 7354/16
DINTZER [2]
  7342/13 7444/10
direct [17]
  7344/4 7345/4
  7391/12 7401/14
  7418/18 7419/4
  7419/4 7419/10
  7424/15 7424/20
  7430/2 7442/3
  7442/5 7443/7
  7459/20 7466/14
  7468/16
directions [3]
  7422/1 7422/4
  7422/7
directly [7]
  7353/21 7354/1
  7354/18 7396/19
  7405/15 7406/9
  7409/3
disadvantage [1]
  7447/14
disagree [1]
  7471/7
disagreed [1]
  7469/14
discern [2]
  7346/24 7369/10
disclosed [1]
  7447/22
disclosing [1]
  7396/4
Discover [1]
  7464/1
discovery [2]
  7403/3 7403/8
discuss [1]
  7476/7
discussed [10]
  7345/12 7363/25
  7401/5 7411/5
  7435/4 7442/2
  7465/13 7466/14
  7467/25 7475/4
discussing [3]
  7406/6 7443/8

discussion [2]
  7380/6 7411/6
discussions [3]
  7465/13 7466/13
  7469/7
display [1]
  7396/23
displaying [1]
  7446/9
dispute [1]
  7438/19
distance [1]
  7444/24
distinct [2]
  7438/24 7439/1
distinction [2]
  7454/16 7460/18
distinctive [1]
  7387/8
distinguish [2]
  7346/2 7356/19
distinguishing [1]
  7376/18
distribute [1]
  7429/11
DISTRICT [4]
  7342/1 7342/1
  7342/11 7343/24
divine [1]  7394/8
divining [1]
  7387/11
division [1]
  7418/20
document [19]
  7383/24 7389/9
  7395/25 7398/16
  7399/4 7399/6
  7399/10 7405/13
  7431/9 7431/11
  7445/1 7445/9
  7445/11 7446/8
  7446/25 7452/24
  7453/2
documents [3]
  7447/20 7456/3
  7478/6
DOJ [1]  7342/13
dollar [5]
  7358/17 7358/19
  7360/10 7360/12
  7398/4
dollars [5]
  7390/4 7397/22
  7441/21 7442/1
  7474/10
dominant [1]
  7369/12
done [17]  7350/20
  7362/8 7362/18
  7362/21 7364/4
  7364/25 7365/2
  7365/15 7376/3
  7388/22 7394/25
  7397/11 7431/17
  7438/15 7470/16

7473/17
door [1]  7402/2
doubt [2]  7401/1
  7461/17
doubts [1]  7374/4
down [21]  7354/13
  7367/10 7379/24
  7380/4 7382/3
  7383/16 7383/21
  7384/11 7392/2
  7394/12 7396/7
  7397/6 7397/8
  7424/19 7429/8
  7444/24 7448/23
  7450/9 7466/23
  7471/6 7472/6
downloading [3]
  7427/6 7427/17
  7429/19
downside [1]
  7355/17
downstream [4]
  7346/23 7357/23
  7368/7 7368/9
  7420/1  7383/14
dozen [1]  7383/14
7407/9
Dr [1]  7411/23
Dr. [52]  7345/6
  7350/19 7352/10
  7357/3 7358/2
  7363/1 7375/2
  7390/2 7392/4
  7393/23 7395/10
  7397/12 7398/18
  7400/3 7401/24
  7418/12 7419/13
  7422/12 7422/25
  7423/7 7425/3
  7427/5 7427/24
  7430/19 7431/9
  7433/17 7434/16
  7436/24 7438/14
  7440/6 7442/20
  7445/12 7448/1
  7448/4 7449/3
  7450/15 7452/16
  7453/4 7456/16
  7461/22 7463/10
  7464/8 7465/17
  7467/8 7472/7
  7472/19 7475/6
  7476/3 7476/14
  7476/20 7477/1
  7477/5
Dr. Fox [3]
  7476/20 7477/1
  7477/5
Dr. Raghavan [48]
  7345/6 7350/19
  7352/10 7357/3
  7358/2 7363/1
  7375/2 7390/2
  7392/4 7393/23
  7395/10 7397/12
  7398/18 7400/3
  7401/24 7418/12
  7419/13 7422/12

7422/25 7423/7
  7425/3 7427/5
  7427/24 7430/19
  7431/9 7433/17
  7434/16 7436/24
  7438/14 7440/6
  7442/20 7445/12
  7448/4 7449/3
  7450/15 7452/16
  7453/4 7456/16
  7461/22 7463/10
  7464/8 7465/17
  7467/8 7472/7
  7472/19 7475/6
  7476/3 7476/14
Dr. Raghavan's [1]
  7448/1
Drake [1]  7352/12
dramatically [2]
  7351/7 7444/25
drawing [1]
  7421/8
draws [1]  7358/21
drift [1]  7428/25
drive [1]  7477/23
drivers [2]
  7453/1 7453/5
driving [1]
  7367/17
drop [4]  7360/13
  7442/12 7442/16
  7442/17
dropdown [1]
  7462/25
drug [2]  7403/3
  7403/8
DuckDuckGo [22]
  7411/15 7412/25
  7416/5 7417/2
  7417/16 7429/24
  7465/15 7466/13
  7466/17 7467/10
  7467/13 7467/21
  7468/3 7468/5
  7468/8 7469/6
  7469/8 7471/3
  7471/8 7472/3
  7472/10 7472/19
due [1]  7358/9
during [5]
  7350/21 7363/1
  7400/10 7430/2
  7469/6
dust [1]  7389/2
DX126 [7]  7344/15
  7394/19 7395/4
  7395/8 7396/15
  7396/18 7438/11
DX163 [5]  7344/13
  7388/8 7388/14
  7389/5 7389/15
DX163A [3]
  7344/14 7389/6
  7389/15
DX183 [1]  7452/23
DX21.006 [1]
  7427/22

DX21.016 [1]
  7372/16
DX3236 [5]
  7344/12 7374/7
  7374/14 7374/20
  7374/24
DXD21.007 [1]
  7349/17
DXD21.009 [1]
  7352/10
DXD21.010 [1]
  7354/19
DXD21.012 [1]
  7360/25
DXD21.013 [1]
  7366/21
DXD21.014 [1]
  7368/19
DXD21.015 [1]
  7369/19
DXD21.016 [1]
  7375/19
DXD21.017 [1]
  7373/21
DXD21.018 [1]
  7375/6
DXD21.020 [2]
  7382/20 7382/23
DXD21.022 [1]
  7392/3
DXD21.023 [1]
  7397/15
DXD3.005 [1]
  7398/6
dynamic [2]
  7384/19 7391/20
dynamics [2]
  7371/9 7381/2

**E**

e-commerce [2]
  7393/24 7394/2
e-mail [21]
  7410/13 7410/16
  7411/5 7411/8
  7411/23 7411/23
  7412/6 7456/2
  7465/18 7465/19
  7466/2 7466/7
  7466/12 7467/16
  7468/14 7468/16
  7468/17 7469/22
  7470/7 7471/5
  7472/7
earlier [15]
  7345/12 7352/24
  7353/11 7368/7
  7378/23 7386/25
  7391/14 7415/16
  7425/21 7437/12
  7438/11 7438/24
  7448/21 7454/15
  7467/25
early [5]  7357/8
  7357/12 7363/1
  7363/5 7363/5
easier [2]
  7377/22 7399/17

**E**

easily [3]
7369/11 7376/17
7378/4
easy [2]    7363/10
7386/4
eBay [2]    7357/12
7357/14
economists [1]
7358/9
ecosystem [1]
7348/19
Edge [1]    7414/23
Edwards [4]
7466/25 7467/1
7467/2 7467/7
effect [3]
7348/24 7359/21
7365/8
effective [1]
7442/23
effectively [4]
7350/7 7387/5
7387/18 7389/21
effects [1]
7359/18
efficiently [1]
7354/11
effort [1]    7377/6
efforts [1]
7409/1
either [2]
7407/11 7475/20
elect [1]    7417/23
electronic [1]
7369/9
elements [1]
7408/17
elevate [1]
7347/2
elicit [1]
7398/18
eliminate [1]
7360/8
eliminating [1]
7361/10
else [8]    7353/6
7358/17 7376/22
7406/7 7435/13
7473/9 7474/19
7477/18
eMarketer [2]
7393/11 7398/6
embedded [3]
7389/9 7405/9
7420/3
emitting [1]
7387/3
emphasize [2]
7372/23 7450/6
employee [1]
7456/10
employees [2]
7392/10 7467/2
employer [1]
7356/20
enact [1]    7472/2

enacted [2]
7468/3 7474/2
encourage [1]
7455/24
end [10]    7365/23
7372/1 7372/3
7378/25 7379/6
7385/6 7385/8
7387/9 7406/24
7436/14
ends [2]    7435/23
7477/18
engagement [4]
7419/24 7433/23
7461/6 7461/8
engaging [1]
7404/19 7414/4
engine [30]
7345/10 7352/14
7356/22 7371/11
7405/9 7421/19
7425/4 7425/15
7425/16 7425/17
7425/22 7426/1
7426/2 7426/6
7426/16 7426/23
7427/2 7441/5
7442/8 7442/9
7443/4 7451/15
7451/16 7451/22
7451/23 7452/5
7452/7 7452/17
7452/20 7475/10
engineering [3]
7442/23 7442/25
7443/6
engineers [1]
7349/14
engines [18]
7351/9 7351/11
7357/12 7419/6
7425/19 7426/4
7426/11 7426/18
7426/22 7428/7
7429/23 7442/5
7451/6 7451/6
7451/12 7462/6
7465/6 7472/20
enhanced [1]
7470/10
enhancement [5]
7464/13 7464/20
7464/20 7465/1
7465/10
enhances [1]
7365/15
enormous [1]
7404/13
enough [5]
7356/16 7366/1
7433/21 7456/10
7466/22
ensure [4]    7346/6
7373/19 7409/6
7409/25
enter [6]    7419/16
7419/18 7422/4

7422/18 7448/11
7475/14
entering [2]
7358/25 7360/11
enters [2]
7422/15 7460/3
entire [1]
7378/21
entirely [1]
7402/11
entitled [2]
7431/10 7480/5
especially [6]
7354/17 7387/1
7393/9 7402/18
7409/14 7423/24
essentially [1]
7478/24
establishing [1]
7356/17
estimate [9]
7355/8 7355/14
7355/23 7357/22
7378/15 7384/19
7393/4 7393/6
7450/23
estimates [1]
7379/9
et [6]    7342/3
7348/21 7369/9
7375/16 7381/10
7414/24
evaluating [1]
7357/6
evaporate [1]
7386/5
even [15]    7350/21
7361/15 7381/2
7384/16 7399/23
7401/8 7424/9
7424/10 7434/17
7434/22 7441/11
7442/12 7442/17
7446/5 7448/21
event [1]    7356/12
events [1]
7413/21
eventually [1]
7413/8
everybody [6]
7345/2 7358/15
7360/18 7401/17
7401/21 7479/1
everywhere [1]
7427/17
evidence [20]
7344/12 7344/13
7344/14 7344/15
7344/16 7371/21
7374/24 7389/5
7389/15 7395/8
7410/10 7412/6
7427/18 7430/18
7432/6 7452/24
7459/1 7466/1
7469/20 7470/21
evolved [2]

7352/14 7353/10
exact [4]    7432/21
7435/19 7442/14
7462/18
exactly [7]
7378/4 7407/1
7411/18 7445/5
7449/9 7451/18
7468/18
exam [1]    7401/14
examination [8]
7344/4 7344/5
7345/4 7418/8
7418/9 7419/5
7442/5 7475/23
examine [1]
7350/14
example [27]
7347/24 7348/5
7353/20 7354/8
7357/11 7357/19
7358/13 7361/10
7361/19 7362/15
7362/19 7363/4
7365/25 7366/22
7367/4 7368/4
7376/4 7376/4
7378/22 7409/20
7413/14 7413/14
7449/22 7454/24
7464/3 7478/14
7478/16
examples [2]
7362/4 7417/19
excellent [1]
7413/22
except [3]    7389/8
7427/18 7427/19
exception [1]
7379/13
exceptions [1]
7387/17
excerpt [1]
7373/22
excess [2]    7383/9
7383/21
excessively [1]
7414/14
exchange [3]
7411/5 7466/2
7472/7
excited [1]
7377/4
exciting [1]
7403/17
excuse [1]    7354/7
Exec [1]    7431/10
executive [2]
7431/14 7438/6
exhibit [23]
7344/11 7344/12
7344/13 7344/14
7344/15 7344/16
7344/17 7374/17
7374/22 7374/22
7374/24 7388/6
7388/8 7394/23

7395/8 7396/8
7396/14 7396/15
7397/5 7412/7
7447/5 7450/14
7459/1
Exhibit DX126 [1]
7396/15
Exhibits [1]
7389/15
exist [1]    7367/23
exists [1]
7434/11
expanded [1]
7364/4
expect [5]
7401/10 7409/13
7433/13 7433/17
7468/1
expectation [1]
7399/3
expectations [4]
7353/10 7353/12
7405/3 7409/13
expense [3]
7377/23 7401/12
7438/22
expensive [3]
7371/22 7371/25
7372/8
experience [29]
7346/23 7346/24
7346/25 7348/1
7348/25 7349/3
7349/4 7351/8
7353/14 7355/12
7355/17 7356/5
7357/20 7357/23
7362/20 7365/15
7365/18 7366/3
7378/8 7378/9
7378/12 7385/14
7404/19 7406/13
7406/16 7409/18
7427/12 7442/22
7464/17
experiences [1]
7424/17
experiment [3]
7381/5 7381/9
7381/12
experiments [3]
7380/19 7380/20
7407/7
expert [2]
7398/15 7399/5
expiration [1]
7460/1
expires [2]
7413/8 7460/1
explain [8]
7371/3 7371/22
7372/7 7404/25
7413/25 7416/9
7431/21 7446/15
explaining [1]
7477/23
explanation [1]

**E**

explanation... [1]
  7447/15
explanations [1]
  7435/5
explored [1]
  7462/19
exploring [1]
  7470/8
explosion [1]
  7359/24
express [2]
  7376/13 7378/8
expressing [1]
  7376/12
extending [1]
  7366/24
extensions [1]
  7353/16
extensively [1]
  7408/23
extent [6]   7364/4
  7376/17 7389/9
  7404/1 7406/21
  7444/4
extra [3]   7370/13
  7370/25 7442/13
extreme [1]
  7347/1
extremely [2]
  7387/4 7393/9

**F**

face [1]   7387/7
Facebook [22]
  7363/3 7363/11
  7364/3 7379/20
  7386/22 7387/5
  7387/20 7387/24
  7388/4 7389/21
  7390/3 7390/6
  7391/10 7391/16
  7391/19 7391/23
  7401/4 7426/15
  7426/17 7426/21
  7427/1 7429/24
faces [2]   7419/5
  7430/3
facilitate [1]
  7345/16
facilities [1]
  7354/1
facility [1]
  7417/13
fact [8]   7379/20
  7387/1 7433/22
  7443/3 7452/16
  7455/18 7461/15
  7471/2
factor [4]
  7409/11 7470/22
  7470/24 7478/22
factors [6]
  7346/20 7356/1
  7379/21 7379/23
  7442/7 7452/6
factuality [2]

7405/18 7405/19
failing [1]
  7411/11
fair [13]   7352/15
  7362/12 7367/21
  7368/19 7374/12
  7378/14 7422/14
  7433/21 7456/10
  7461/9 7464/10
  7469/24 7478/21
fairly [7]
  7349/13 7355/19
  7360/3 7387/16
  7388/1 7393/12
  7474/18
fall [1]   7389/23
falls [1]   7376/18
familiar [30]
  7347/23 7349/7
  7352/1 7353/15
  7354/21 7354/22
  7356/25 7358/3
  7360/23 7364/9
  7366/13 7368/21
  7372/18 7373/22
  7383/2 7383/6
  7388/20 7388/21
  7392/15 7394/25
  7403/24 7404/5
  7429/8 7429/12
  7430/5 7430/9
  7431/17 7445/9
  7463/1 7473/3
families [4]
  7408/1 7408/2
  7408/3 7408/10
family [1]
  7403/11
far [8]   7348/13
  7352/24 7409/11
  7412/3 7421/25
  7423/18 7424/5
  7456/3
fascinating [1]
  7358/22
fashion [2]
  7355/18 7384/19
fast [1]   7391/25
faster [6]
  7387/18 7393/8
  7395/21 7449/19
  7450/3 7450/7
fastest [3]
  7395/16 7395/19
  7395/20
favorite [1]
  7380/12
feasible [2]
  7385/2 7402/24
feat [2]   7376/9
  7376/13
feature [1]
  7413/5
features [12]
  7350/23 7353/19
  7354/8 7369/8
  7369/16 7381/14

7412/24 7413/2
  7413/3 7413/9
  7435/12 7471/3
February [1]
  7404/12
feed [4]   7377/2
  7407/3 7419/24
  7420/4
feedback [2]
  7363/12 7411/25
feeds [1]   7362/11
feel [2]   7408/2
  7408/10
feels [1]   7362/19
felt [3]   7354/16
  7395/14 7417/14
few [23]   7351/9
  7357/7 7373/1
  7379/13 7380/8
  7380/16 7381/9
  7387/17 7391/1
  7395/24 7413/17
  7417/7 7417/20
  7418/17 7419/9
  7423/10 7442/13
  7442/18 7447/9
  7448/21 7465/20
  7465/21 7469/7
fewer [2]   7364/13
  7434/8
fiber [1]   7444/23
fidelity [1]
  7385/5
field [3]   7377/8
  7402/13 7402/16
fifth [3]   7342/18
  7401/6 7401/7
fighting [1]
  7391/21
figure [4]   7379/8
  7393/15 7437/8
  7474/20
figured [2]
  7362/16 7477/3
figuring [1]
  7361/24
final [2]   7370/10
  7477/21
finally [2]
  7377/24 7418/1
finals [1]
  7428/23
financial [1]
  7400/12
find [9]   7361/11
  7369/10 7370/6
  7370/12 7388/9
  7394/18 7428/16
  7434/14 7463/4
finding [2]
  7391/9 7423/19
findings [1]
  7438/16
fine [10]   7389/11
  7389/13 7399/19
  7399/25 7405/3
  7438/4 7441/20

7447/24 7460/16
  7460/21
fine-grained [2]
  7460/16 7460/21
finish [1]   7477/5
first [44]   7352/8
  7354/6 7354/12
  7356/10 7357/9
  7359/1 7359/18
  7361/1 7362/4
  7370/18 7377/18
  7381/1 7381/11
  7385/21 7390/23
  7394/19 7394/23
  7394/23 7401/25
  7402/5 7402/20
  7406/23 7413/10
  7414/21 7418/24
  7426/7 7431/13
  7432/4 7432/14
  7435/24 7437/7
  7443/15 7443/18
  7446/17 7452/24
  7454/22 7457/19
  7464/16 7465/19
  7466/11 7467/8
  7470/6 7477/6
  7478/7
first-price [1]
  7359/1
Fitzpatrick [1]
  7411/9
five [13]   7370/16
  7389/24 7391/3
  7395/25 7404/23
  7409/14 7427/24
  7446/5 7449/9
  7449/15 7449/18
  7450/4 7452/3
fix [1]   7347/10
fixed [1]   7381/17
fixes [1]   7360/19
Fl [1]   7343/10
flash [1]   7477/23
flat [1]   7379/23
fling [1]   7370/7
flip [1]   7435/21
Floor [1]   7343/4
flow [2]   7378/23
  7379/13
focus [2]   7390/3
  7471/19
focused [3]
  7378/8 7380/1
  7386/3
folded [1]   7403/7
folding [3]
  7403/1 7403/4
  7403/6
folks [1]   7391/12
follow [8]   7357/3
  7362/3 7365/13
  7366/15 7399/18
  7438/24 7472/9
  7478/3
follow-up [1]
  7438/24

following [2]
  7366/12 7405/11
For Plaintiffs [1]
  7342/22
forecast [2]
  7384/10 7385/2
forecasts [1]
  7390/19
foregoing [1]
  7480/4
foreign [1]
  7427/7
forever [2]
  7462/7 7462/8
forget [3]   7417/9
  7417/12 7460/1
forgot [1]   7431/5
fork [2]   7465/18
  7468/15
form [5]   7366/11
  7402/8 7416/25
  7423/8 7465/23
formal [1]
  7356/10
format [2]   7415/6
  7419/20
formats [1]
  7371/15
former [1]
  7356/20
formula [1]
  7377/19
forth [1]   7471/3
forum [1]   7411/6
forward [5]
  7371/19 7375/6
  7411/4 7411/17
  7476/4
found [3]   7432/6
  7435/16 7436/4
foundation [4]
  7348/8 7350/5
  7358/14 7388/19
founder's [1]
  7376/23
founding [1]
  7462/4
four [13]   7346/15
  7347/7 7347/7
  7347/13 7347/15
  7347/18 7347/20
  7348/3 7359/8
  7446/5 7453/6
  7453/14 7477/21
fourth [1]   7450/9
Fox [5]   7469/11
  7476/20 7476/20
  7477/1 7477/5
fraction [1]
  7380/19
fraudulent [2]
  7413/23 7414/10
free [2]   7370/12
  7371/7
freely [1]   7371/4
frequency [2]
  7349/12 7423/25

**F**

frequent [2]
7419/14 7422/13
fresh [1]    7410/2
Friday [1]
7373/18
front [3]    7405/17
7410/20 7415/11
fulfill [1]
7423/19
full [5]    7374/17
7374/18 7378/23
7379/3 7379/13
function [8]
7355/20 7356/3
7356/4 7356/7
7356/18 7357/17
7368/9 7378/4
functionality [2]
7406/10 7406/11
functionally [1]
7420/8
functions [3]
7349/8 7377/21
7377/23
fund [2]    7450/25
7451/2
funnel [2]    7379/3
7379/13
further [2]
7360/9 7418/5

**G**

G.com [2]    7433/23
7434/3
game [9]    7358/21
7359/24 7359/25
7360/17 7377/23
7380/7 7380/13
7402/24 7428/23
gamification [2]
7359/3 7377/25
gamify [1]
7358/12
gaming [2]    7360/6
7360/11
gap [1]    7368/12
garden [2]
7420/16 7420/18
gathering [1]
7467/9
gave [6]    7362/4
7405/1 7413/14
7415/16 7417/19
7452/23
Gear [2]    7367/1
7367/8
gears [1]    7475/24
Gen [1]    7393/12
general [22]
7354/25 7365/9
7366/15 7382/7
7391/7 7399/21
7413/25 7425/18
7426/17 7426/21
7429/19 7429/23
7436/18 7441/14

7441/19 7441/20
7449/25 7450/7
7451/6 7451/12
7469/2 7473/5
generalized [3]
7359/12 7359/12
7380/16
generally [13]
7347/23 7348/3
7349/17 7364/11
7395/10 7429/17
7430/9 7430/16
7442/15 7452/19
7459/15 7470/3
7473/14
generate [1]
7404/8
generative [5]
7377/5 7404/5
7404/14 7406/13
7406/16
germane [1]
7351/18
given [1]    7370/19
gives [3]    7372/5
7413/22 7460/17
giving [1]
7407/16
glean [1]    7369/11
7387/5
Global [1]    7388/8
Gmail [9]    7375/12
7375/16 7454/24
7455/4 7455/5
7455/10 7455/15
7456/2 7463/25
goal [4]    7363/15
7375/3 7450/19
7450/22
goes [8]    7377/7
7379/22 7379/24
7379/24 7414/14
7435/9 7475/16
7475/17
Gomes [9]    7410/13
7411/8 7468/16
7468/18 7468/20
7468/22 7469/7
7469/10 7469/25
good [40]    7345/6
7345/7 7345/14
7346/25 7348/25
7357/24 7362/6
7362/7 7362/8
7362/10 7362/12
7362/20 7364/15
7377/25 7378/15
7378/18 7381/19
7381/19 7393/12
7401/12 7408/2
7408/10 7409/7
7411/20 7412/13
7413/14 7415/21
7418/12 7418/13
7422/8 7428/8
7428/13 7428/18
7429/6 7433/20

7442/15 7453/24
7456/10 7475/1
7475/24
Goodrich [1]
7343/10
goods [1]    7390/21
GOOGLE [288]
Google and [1]
7349/22
Google's [36]
7348/16 7349/8
7358/24 7358/25
7365/5 7374/9
7376/16 7390/3
7390/8 7391/18
7392/23 7398/8
7400/4 7400/11
7400/21 7402/16
7403/18 7404/1
7409/1 7410/4
7418/20 7418/21
7423/11 7423/18
7425/3 7429/19
7429/22 7430/14
7438/22 7439/10
7439/18 7440/20
7448/5 7456/25
7462/4 7464/9
Google.com [9]
7433/24 7434/8
7434/17 7455/11
7455/16 7456/5
7473/19 7474/24
7475/6
Gotcha [1]
7374/18
governed [1]
7451/19
government [2]
7446/17 7446/23
GOWER [2]    7342/17
7477/20
grab [1]    7407/3
gradually [1]
7405/22
grained [3]
7460/16 7460/17
7460/21
grateful [1]
7478/9
gratuitously [1]
7365/2
great [8]    7349/12
7382/25 7397/21
7402/20 7442/23
7444/23 7452/18
7452/19
greatest [1]
7354/15
green [1]    7398/11
grew [3]    7353/10
7370/21 7448/8
ground [2]
7389/11 7389/12
grounds [1]
7348/9
Groves [1]

7358/10
grow [3]    7397/13
7397/14 7401/10
growing [11]
7387/18 7392/1
7393/7 7393/8
7395/16 7395/19
7395/20 7395/21
7400/18 7400/22
7439/12
grown [2]    7379/15
7400/10
growth [8]    7390/9
7390/11 7393/5
7438/21 7439/9
7439/18 7440/19
7448/5
grudging [1]
7351/6
guess [3]    7360/12
7371/21 7446/7
guest [1]    7354/17

**H**

H-O-H-N-H-O-L-D
[1]    7348/22
HAFENBRACK [5]
7342/16 7344/5
7418/11 7475/22
7476/15
half [6]    7351/5
7390/23 7401/15
7407/5 7462/21
7476/18
hand [7]    7346/22
7347/4 7368/8
7382/23 7414/17
7430/23 7431/6
handed [2]    7423/7
7438/9
hands [1]    7403/8
hang [3]    7399/8
7399/8 7399/8
happen [5]
7384/18 7390/13
7399/2 7414/2
7458/14
happened [3]
7347/9 7353/13
7395/17
happening [1]
7356/12
happens [11]
7367/20 7371/2
7372/3 7376/21
7379/9 7380/14
7380/20 7381/13
7381/16 7381/17
7384/1
happy [1]    7429/2
hard [10]    7356/11
7356/17 7356/23
7357/21 7364/22
7369/10 7380/11
7384/19 7409/22
7478/8
harder [1]
7381/24

hardware [1]
7444/2
harm [2]    7446/7
7446/9
hats [2]    7362/15
7362/15
head [9]    7419/1
7419/2 7427/12
7445/14 7449/16
7462/1 7464/8
7469/4 7472/14
header [1]
7383/13
heading [1]
7396/16
headline [3]
7393/16 7450/16
7450/18
headlines [2]
7393/1 7393/2
hear [2]    7377/3
7387/24
heard [16]    7355/1
7360/22 7363/2
7367/22 7368/19
7368/24 7371/20
7373/3 7377/11
7393/23 7396/22
7420/19 7446/15
7447/15 7457/19
7472/25
hearing [1]
7468/20
hearsay [4]
7389/10 7392/9
7393/20 7395/6
heavier [1]
7433/13
heavily [1]
7372/23
heavy [1]    7353/8
7373/22 7374/5
7373/23 7374/2
7374/8 7379/12
7426/18 7437/16
7458/1 7463/19
helps [3]    7345/17
7370/11 7371/8
here's [7]    7355/7
7367/15 7373/17
7373/18 7384/18
7406/15 7407/16
Hewlett [1]
7376/6
hey [1]    7367/23
high [3]    7360/7
7390/2 7422/21
higher [4]    7348/4
7433/18 7434/3
7434/3
highest [4]
7347/3 7358/20
7359/10 7359/11
highlight [4]
7377/5 7402/18
7410/11 7411/23
highlighted [3]

**H**

highlighted... [3]
7372/17 7375/2
7470/20
highlighting [1]
7453/17
history [20]
7358/6 7376/16
7416/13 7416/15
7417/21 7417/21
7454/9 7456/17
7456/17 7459/4
7459/4 7459/9
7459/11 7462/5
7462/10 7463/10
7463/15 7463/17
7463/21 7463/24
Hohnhold [1]
7348/21
HOKA [5]   7367/24
7368/2 7368/5
7368/11 7368/12
hold [1]   7460/14
holiday [1]
7371/6
home [3]   7354/12
7368/11 7425/21
Honda [1]   7367/18
honestly [1]
7399/17
Honor [38]   7348/8
7350/4 7350/11
7374/7 7374/14
7374/19 7374/21
7388/14 7389/5
7389/8 7392/6
7392/8 7393/19
7395/4 7395/5
7396/10 7398/13
7401/15 7418/5
7418/11 7420/18
7429/16 7430/18
7430/23 7431/6
7440/3 7441/8
7441/18 7445/25
7446/3 7452/25
7456/15 7458/20
7466/1 7467/6
7468/20 7476/16
7476/25
HONORABLE [1]
7342/10
HOOK [3]   7343/23
7480/3 7480/10
hope [7]   7354/10
7362/7 7362/7
7363/15 7410/21
7455/23 7477/14
hopefully [1]
7364/7
horizontal [1]
7370/5
hotel [4]   7352/12
7353/24 7354/2
7354/17
Hotels.com [1]
7425/21

hour [3]   7401/15
7476/16 7476/18
hours [3]   7387/2
7387/3 7414/18
house [1]   7361/11
hovers [1]
7461/10
HP [1]   7376/5
Hubbard [1]
7478/22
humans [1]
7376/13
humongous [1]
7403/2
hundreds [4]
7349/14 7359/13
7382/14 7382/15
hurry [1]   7413/24
hypothetical [1]
7364/24

**I**

ID [5]   7414/15
7415/23 7415/24
7416/11 7459/16
idea [16]   7351/17
7351/17 7354/22
7354/25 7355/7
7355/22 7358/11
7358/18 7368/13
7381/19 7398/1
7404/8 7436/10
7441/4 7455/20
7473/5
identified [1]
7457/25
identifier [2]
7456/18 7457/15
identifiers [1]
7457/9
identify [2]
7350/16 7453/5
identity [3]
7455/20 7456/20
7459/11
IDs [2]   7415/13
7415/13
IL [1]   7342/21
illustrate [1]
7360/9
image [5]   7353/8
7369/12 7403/16
7404/10 7404/11
image-heavy [1]
7353/8
images [3]
7369/15 7370/24
7408/16
immediately [2]
7347/10 7404/17
impact [35]
7351/25 7355/11
7355/15 7356/10
7356/16 7360/4
7364/2 7379/22
7380/3 7380/14
7383/13 7383/15
7384/24 7390/18

7391/11 7397/19
7404/13 7407/10
7407/13 7409/18
7409/25 7410/4
7411/20 7415/10
7430/14 7431/23
7432/7 7432/8
7432/25 7436/25
7450/19 7464/17
7467/20 7470/21
7471/4
impactful [2]
7376/20 7417/15
implement [3]
7409/9 7410/5
7416/23
implementation [1]
7359/17
implemented [5]
7406/22 7412/25
7413/1 7417/17
7461/22
implementing [1]
7464/12
importance [1]
7403/2
important [9]
7359/22 7363/12
7375/24 7400/15
7412/1 7449/17
7451/10 7453/9
7454/2
impression [1]
7348/4
improvements [2]
7346/7 7443/6
improving [2]
7385/14 7444/22
inaccurate [1]
7350/10
incentive [2]
7358/12 7360/17
incentive-compatib
le [1]   7360/17
included [1]
7421/18
includes [4]
7391/25 7418/20
7418/21 7426/3
including [8]
7363/16 7375/16
7379/19 7380/10
7393/11 7434/19
7451/6 7453/6
incognito [15]
7473/1 7473/3
7473/6 7473/11
7473/15 7473/18
7473/24 7474/14
7474/17 7474/19
7474/25 7475/4
7475/7 7475/9
7475/20
incoming [1]
7417/20
incomplete [1]
7471/2

inconsistent [1]
7438/15
incorporate [1]
7404/1
incorporated [1]
7368/15
increase [6]
7348/16 7380/10
7385/9 7391/1
7436/11 7448/15
increased [5]
7364/7 7364/7
7382/1 7405/4
7448/18
increases [1]
7370/13
increasingly [4]
7391/23 7397/18
7471/8 7471/24
incredibly [1]
7356/11
Indeed [1]
7448/23
indefinitely [1]
7462/5
index [2]   7421/9
7421/13
indexes [1]
7421/15
India [1]   7405/25
indicate [2]
7400/22 7414/9
indicates [2]
7353/4 7354/14
indicating [1]
7432/22
indication [2]
7387/25 7414/22
individual [1]
7385/4
individual's [1]
7452/5
industry [8]
7351/24 7357/8
7361/4 7369/5
7390/10 7390/14
7398/19 7400/18
Inevitably [1]
7418/4
inferred [2]
7431/24 7436/25
influence [2]
7351/22 7392/22
inform [1]   7458/5
information [13]
7345/18 7369/11
7369/17 7370/13
7370/24 7396/5
7421/3 7421/23
7422/8 7424/10
7441/9 7457/9
7461/5
initiate [1]
7394/5
innovation [13]
7349/11 7349/25
7350/20 7352/5

7354/4 7356/19
7356/25 7358/5
7360/21 7368/18
7369/7 7375/21
7391/13
innovations [5]
7349/7 7349/25
7350/2 7354/7
7377/2
innovative [1]
7356/7
input [3]   7403/13
7403/14 7403/15
ins [1]   7456/4
insight [2]
7348/6 7382/4
insights [1]
7387/6
insinuating [1]
7466/22
inspire [1]
7394/8
inspired [1]
7422/20
Instagram [6]
7386/22 7387/5
7387/12 7391/25
7394/7 7394/10
instance [12]
7348/13 7351/13
7353/22 7354/16
7369/9 7371/6
7405/5 7408/3
7415/18 7455/14
7455/19 7470/18
instances [3]
7367/10 7369/22
7376/23
instant [2]
7359/23 7417/10
instantiation [2]
7370/1 7406/24
instead [3]
7352/4 7361/20
7407/1
instruction [2]
7366/11 7381/20
intelligence [7]
7351/13 7376/2
7376/15 7376/24
7402/6 7402/9
7402/17
intend [1]   7435/6
intent [18]
7345/13 7351/15
7351/18 7355/13
7361/6 7361/8
7365/5 7365/12
7365/16 7365/24
7376/3 7387/1
7387/4 7387/7
7387/8 7387/12
7394/8 7423/19
intention [1]
7477/13
interact [1]
7406/9

**I**

interest [1]
 7354/15
interested [5]
 7353/24 7361/18
 7362/12 7367/23
 7367/24
interesting [4]
 7355/2 7377/1
 7390/21 7438/4
interface [1]
 7416/20
internet [1]
 7374/12
interrupt [4]
 7406/5 7407/20
 7423/2 7448/1
intervals [2]
 7414/5 7462/10
into [39]   7344/12
 7344/13 7344/14
 7344/15 7344/16
 7346/21 7346/23
 7347/2 7347/3
 7348/19 7354/5
 7358/25 7365/9
 7368/15 7374/24
 7376/22 7382/5
 7389/5 7389/15
 7395/8 7396/7
 7402/20 7403/15
 7406/18 7407/3
 7408/18 7409/8
 7414/6 7422/5
 7448/11 7451/18
 7454/17 7455/4
 7455/10 7455/11
 7455/15 7457/8
 7459/1 7475/14
introduced [10]
 7352/5 7352/6
 7354/5 7356/8
 7359/5 7361/25
 7393/24 7394/2
 7404/17 7446/21
introduction [1]
 7369/1
intuition [1]
 7358/21
invalid [1]
 7381/22
invented [1]
 7351/17
invest [3]
 7385/16 7385/20
 7385/24
invested [2]
 7385/13 7444/23
investing [1]
 7442/21
investment [3]
 7372/10 7378/7
 7382/3
involvement [1]
 7409/1
IO [2]   7471/9
 7471/16

**IP** [11]   7413/11
 7413/16 7413/20
 7413/21 7413/25
 7414/4 7414/9
 7414/12 7414/15
 7460/14 7460/17
isolation [1]
 7381/19
issue [4]   7362/16
 7411/4 7446/1
 7446/12
issues [2]
 7417/17 7467/3
issuing [1]
 7354/15
item [4]   7414/20
 7415/12 7434/25
 7467/8
items [1]   7466/24

**J**

jamming [1]
 7390/20
January [4]
 7431/10 7437/25
 7438/1 7438/3
January 2019 [1]
 7438/3
January 2019th [1]
 7437/25
January 24th [1]
 7431/10
Japan [1]   7405/25
JEFF [3]   7343/23
 7480/3 7480/10
Jen [1]   7411/9
Joanne [1]   7367/8
Joanne's [1]
 7366/22 7367/1
 7367/6 7367/7
job [3]   7391/12
 7397/21 7409/5
JOHN [1]   7343/7
Jordan [1]
 7428/22
JOSHUA [2]
 7342/16 7418/11
journey [4]
 7354/11 7354/18
 7358/22 7372/3
JR [1]   7342/23
JUDGE [9]   7342/11
 7345/6 7372/20
 7398/22 7401/12
 7446/11 7446/16
 7447/19 7458/22
Judge's [1]
 7407/14
June [2]   7410/13
 7465/14
June 2019 [1]
 7465/14
Justice [3]
 7342/14 7342/17
 7342/20

**K**

Kathy [3]   7466/25

7466/25 7467/1
KAUFMANN [1]
 7343/2
keep [4]   7410/2
 7410/8 7410/20
 7415/21
keeping [2]
 7405/22 7430/8
KENNETH [1]
 7342/13
kept [2]   7379/23
 7388/25
key [1]   7349/25
keyword [14]
 7357/13 7360/23
 7361/1 7361/4
 7361/24 7366/18
 7366/19 7367/3
 7367/6 7367/12
 7367/25 7368/8
 7381/3 7381/24
keywords [8]
 7363/18 7366/10
 7366/12 7366/13
 7366/14 7366/16
 7373/10 7373/11
kind [5]   7378/3
 7402/21 7408/13
 7414/22 7415/7
kinds [1]   7436/15
knew [1]   7378/4
knowing [1]
 7378/2
knowledge [6]
 7350/17 7350/20
 7356/9 7400/2
 7421/10 7472/8
known [4]   7356/25
 7359/11 7367/20
 7367/22
knows [4]   7398/2
 7399/13 7461/9
 7463/4

**L**

label [1]   7346/4
labels [1]   7346/6
labs [2]   7406/17
 7407/18
lack [1]   7385/17
laid [1]   7415/11
landing [3]
 7346/24 7368/7
 7368/9
language [11]
 7350/1 7375/25
 7376/1 7376/9
 7376/10 7376/11
 7381/3 7405/11
 7406/9 7407/4
 7458/2
large [17]   7356/3
 7365/23 7373/13
 7376/17 7377/6
 7377/22 7378/1
 7432/2 7432/11
 7432/25 7433/14
 7433/18 7433/23

7434/2 7434/12
 7435/16 7436/3
larger [1]
 7373/11
largest [4]
 7378/20 7388/1
 7441/2 7441/3
LaSalle [1]
 7342/20
last [13]   7360/3
 7365/7 7370/15
 7374/21 7387/17
 7392/16 7401/24
 7404/12 7407/19
 7408/21 7416/12
 7417/12 7417/13
late [3]   7390/8
 7390/9 7402/20
latency [31]
 7442/2 7442/6
 7442/7 7442/10
 7442/13 7442/15
 7442/16 7442/20
 7443/6 7443/9
 7444/3 7444/6
 7444/16 7444/18
 7444/22 7444/24
 7445/7 7445/13
 7448/5 7448/8
 7448/18 7448/23
 7449/7 7450/17
 7450/20 7450/22
 7450/25 7451/2
 7451/4 7451/9
 7451/11
latent [5]   7387/1
 7387/3 7387/7
 7387/12 7394/8
later [2]   7364/24
 7414/18
latter [1]   7443/3
launch [8]   7351/1
 7381/13 7381/20
 7384/9 7384/23
 7385/3 7385/7
 7475/3
launched [3]
 7351/1 7354/23
 7355/4
launches [17]
 7381/19 7381/21
 7382/9 7382/10
 7382/11 7382/12
 7382/14 7382/15
 7382/19 7383/14
 7383/16 7383/22
 7383/25 7384/2
 7384/6 7384/14
 7384/16
law [2]   7343/3
 7408/6
lead [2]   7350/8
 7443/6
leaders [1]
 7409/5
leading [4]
 7364/18 7377/3

7385/18 7407/14
learn [1]   7357/22
learned [4]
 7348/20 7357/8
 7393/23 7417/9
learning [2]
 7376/22 7402/19
least [10]   7368/3
 7377/24 7413/4
 7446/5 7446/8
 7447/22 7449/18
 7463/6 7464/19
 7477/4
leave [1]   7397/7
led [3]   7359/23
 7360/14 7464/20
left [7]   7349/21
 7351/5 7369/21
 7423/11 7446/11
 7457/1 7471/1
legal [1]   7408/4
legible [1]
 7389/7
less [9]   7347/15
 7347/19 7367/22
 7396/19 7401/15
 7462/16 7464/14
 7464/16 7464/21
less-known [1]
 7367/22
letter [1]
 7477/23
letters [1]
 7383/4
level [2]   7360/7
 7390/2
lever [5]   7442/22
 7442/23 7442/24
 7442/25 7443/2
leverage [1]
 7467/13
lifetime [1]
 7402/25
light [3]   7404/24
 7409/15 7472/4
likelihood [3]
 7357/10 7372/2
 7423/24
likely [6]
 7368/10 7385/1
 7423/19 7424/5
 7456/6 7470/2
Likewise [1]
 7418/15
limited [2]
 7405/24 7407/18
line [8]   7440/11
 7440/15 7443/21
 7443/24 7446/20
 7446/24 7447/1
 7452/3
lines [1]   7471/6
link [2]   7354/2
 7354/2 7422/6
 7460/10
links [4]   7352/22
 7408/16 7421/3

**L**

links... [1]    7421/6
list [5]    7396/21    7414/20 7419/19    7425/11 7425/23
listed [2]    7449/9    7450/4
listing [5]    7368/20 7368/22    7369/1 7369/17    7369/22
literally [2]    7446/17 7464/16
litigation [1]    7399/5
little [15]    7347/18 7351/9    7351/10 7351/15    7358/6 7360/22    7375/20 7377/11    7391/22 7401/3    7401/5 7446/20    7449/24 7474/23    7478/13
live [1]    7380/18
LLC [1]    7342/6
LLP [2]    7342/23    7343/7
load [5]    7348/4    7348/24 7450/5    7450/6 7450/11
loaded [2]    7449/21 7449/22
loading [2]    7429/23 7449/19
locale [2]    7361/15 7413/17
location [13]    7413/16 7417/21    7423/10 7460/13    7460/14 7460/15    7460/16 7460/18    7460/19 7460/20    7460/21 7460/22    7461/1
lodged [1]    7359/9
log [11]    7413/11    7414/25 7415/13    7416/11 7456/19    7458/11 7459/11    7461/1 7461/1    7461/4 7474/3
logging [1]    7458/14
logs [12]    7414/3    7414/9 7454/9    7456/17 7459/4    7460/2 7460/5    7460/9 7460/12    7460/22 7461/9    7461/14
London [1]    7361/14
long [16]    7348/18    7349/2 7349/4    7354/20 7354/21

7354/22 7355/4    7355/5 7355/23    7356/2 7356/22    7357/6 7357/25    7361/14 7402/8    7458/17
long-running [1]    7361/14
long-term [13]    7348/18 7349/2    7349/4 7354/20    7354/21 7354/22    7355/4 7355/5    7355/23 7356/2    7356/22 7357/6    7357/25
longer [4]    7353/24 7396/11    7401/14 7476/14
longitudinal [2]    7437/18 7467/23
look [54]    7348/6    7356/12 7373/5    7380/9 7380/21    7381/19 7381/21    7384/1 7384/3    7384/5 7387/23    7393/5 7395/12    7396/2 7398/11    7400/3 7401/5    7409/17 7410/6    7410/7 7417/6    7422/22 7423/8    7423/15 7424/6    7428/22 7430/17    7431/13 7431/22    7432/3 7433/21    7436/7 7438/3    7438/8 7443/15    7443/16 7445/1    7445/17 7448/25    7450/8 7450/15    7452/22 7452/23    7464/15 7464/17    7465/17 7465/23    7466/11 7467/16    7468/13 7469/22    7470/6 7476/4    7477/4
looked [2]    7389/17 7464/18
looking [10]    7361/12 7361/13    7369/8 7369/12    7382/19 7395/13    7413/15 7413/21    7422/16 7478/15
looks [2]    7352/11    7446/5
loop [4]    7394/9    7397/22 7397/23    7397/24
loose [1]    7477/18
lose [3]    7413/23    7469/12 7474/9
losing [6]    7400/24 7465/2

7465/11 7468/5    7468/8 7472/9
loss [3]    7468/11    7470/16 7472/3
lost [2]    7358/12    7398/8
lot [14]    7359/2    7376/20 7377/6    7378/1 7396/22    7414/6 7422/14    7427/13 7435/6    7435/10 7435/14    7441/6 7455/24    7471/9
lots [2]    7359/14    7373/10
love [1]    7424/5
low [1]    7355/13
lower [1]    7382/23
lowest [1]    7463/6
loyal [1]    7433/10
loyalty [13]    7431/25 7432/10    7432/24 7433/6    7433/8 7433/9    7433/12 7433/17    7434/2 7434/7    7434/11 7434/19    7437/1
LTV [4]    7356/7    7356/18 7368/8    7368/17
lunch [2]    7424/6    7446/16

**M**

machine [2]    7357/22 7373/10
machines [1]    7373/14
magic [4]    7373/9    7373/19 7376/21    7377/7
Magically [1]    7424/14
mail [21]    7410/16    7410/16 7411/5    7411/8 7411/23    7411/23 7412/6    7456/2 7465/18    7465/19 7466/2    7466/7 7466/12    7467/16 7468/14    7468/16 7468/17    7469/22 7470/7    7471/5 7472/7
main [1]    7354/2
Maine [1]    7343/8
maintain [1]    7456/19
maintained [1]    7374/8
maintains [1]    7452/5
major [2]    7464/9    7464/11
majority [1]    7376/17

makes [6]    7348/25    7358/15 7377/22    7386/22 7387/12    7455/2
making [8]    7345/18 7389/22    7408/5 7411/10    7446/8 7469/8    7470/4 7471/8
malware [2]    7347/2 7378/3
manage [2]    7355/22 7373/13
managed [1]    7357/17
maniacally [3]    7378/9 7378/10    7380/1
manifest [1]    7470/18
manipulate [1]    7378/3
manner [1]    7390/12
mannered [1]    7470/3
many [25]    7346/18    7347/24 7355/12    7360/1 7360/1    7361/4 7369/23    7376/14 7378/4    7379/7 7382/10    7385/13 7387/2    7390/19 7393/4    7394/17 7395/2    7405/1 7408/9    7428/22 7430/8    7433/1 7451/8    7451/9 7457/19
map [1]    7422/6
Maps [5]    7375/16    7418/21 7422/3    7422/7 7473/8
marked [2]    7374/7    7388/8
marker [1]    7406/19
market [5]    7400/4    7400/22 7400/25    7405/24 7478/18
marketed [1]    7412/25
marketing [6]    7388/9 7389/20    7390/5 7391/1    7391/9 7466/18
marketplace [1]    7388/2
marketplaces [1]    7434/12
massive [1]    7390/24
match [19]    7346/21 7360/23    7361/2 7361/4    7361/6 7361/17    7361/25 7361/25

7362/1 7362/24    7366/2 7366/5    7366/12 7367/7    7368/8 7368/10    7376/11 7381/24    7449/21
matched [2]    7346/1 7355/13
matches [4]    7361/24 7365/22    7366/19 7421/19
matching [6]    7362/14 7362/23    7365/24 7377/7    7381/2 7381/3
matchmaker [2]    7364/5 7380/15
material [2]    7441/12 7441/13
mathematical [1]    7355/20
matter [8]    7362/23 7381/2    7439/23 7443/13    7474/22 7474/22    7475/1 7480/5
Max [8]    7372/17    7372/21 7373/16    7373/20 7374/6    7375/4 7375/6    7375/9
may [20]    7351/10    7362/22 7367/8    7367/22 7368/2    7380/6 7386/25    7397/25 7399/13    7406/25 7430/24    7435/1 7435/3    7440/3 7446/3    7449/21 7472/22    7475/5 7477/12    7478/19
maybe [6]    7411/19    7411/19 7416/3    7426/18 7428/25    7455/4
MEAGAN [1]    7342/16
mean [23]    7355/12    7363/19 7364/11    7365/20 7371/14    7383/12 7399/10    7399/12 7399/16    7408/12 7416/2    7416/10 7416/22    7420/7 7432/16    7433/6 7437/22    7439/11 7447/13    7454/24 7463/19    7464/16 7478/11
meaning [6]    7359/1 7362/17    7364/1 7364/16    7381/11 7405/19
meaningful [2]    7432/8 7432/15
means [10]

## M

means... [10]
7354/12 7364/12
7366/11 7373/17
7374/5 7416/6
7447/6 7448/11
7473/8 7474/19
meant [2]    7424/24
7471/23
mechanism [2]
7366/6 7366/9
mechanisms [1]
7366/9
media [1]    7419/6
medical [1]
7408/6
medications [1]
7428/12
medicine [1]
7403/2
meet [2]    7353/12
7418/14
meeting [1]
7412/21
MEHTA [1]    7342/10
member [6]
7431/25 7432/10
7432/24 7433/6
7433/17 7437/1
members [8]
7433/4 7434/2
7434/7 7434/7
7434/11 7434/19
7434/24 7435/5
memory [4]    7352/6
7411/1 7433/6
7437/23
mention [2]
7359/16 7383/1
mentioned [17]
7347/6 7371/10
7373/1 7386/8
7386/9 7398/7
7402/5 7417/8
7418/17 7419/10
7424/20 7425/21
7437/11 7459/20
7467/24 7471/9
7471/19
mentions [1]
7466/12
menu [3]    7425/9
7426/9 7462/25
merchant [2]
7376/6 7376/7
merchants [4]
7345/15 7345/15
7346/25 7388/3
mercurial [1]
7401/9
messaging [3]
7465/14 7468/4
7470/25
messed [1]
7390/19
Meta [3]    7386/17
7391/24 7401/4

Meta's [1]
7387/14
Meta/Facebook [1]
7401/4
methodology [1]
7471/7
metric [1]    7450/2
mice [1]    7361/13
MICHAEL [2]
7343/9 7428/22
Microsoft [1]
7406/4
middle [1]    7401/3
might [27]    7347/1
7345/23 7351/19
7351/13 7354/14
7357/13 7361/18
7361/19 7367/11
7385/3 7385/3
7408/17 7415/9
7427/5 7427/14
7428/14 7433/8
7435/6 7435/10
7436/14 7437/23
7442/9 7442/11
7448/22 7450/6
7452/5 7464/5
7470/2 7477/8
migrating [1]
7467/12
mild [1]    7470/3
miles [1]    7413/17
millions [2]
7369/15 7373/11
milliseconds [6]
7442/13 7442/18
7448/16 7448/21
7448/24 7450/12
mind [2]    7461/8
7470/15
mindful [1]
7478/23
mine [1]    7447/3
minimal [1]
7415/19
minute [5]    7359/4
7359/7 7371/17
7375/11 7456/11
minutes [6]
7373/1 7417/12
7417/13 7446/21
7447/9 7454/22
mirror [1]    7417/1
mismatch [1]
7361/7
missed [2]
7385/21 7418/25
misspelling [2]
7362/4 7364/1
misspellings [2]
7364/15 7365/7
misspells [1]
7362/5
mistype [1]
7361/9
mobile [2]    7415/5
7415/9
mode [13]    7435/14

7473/1 7473/3
7473/6 7473/11
7473/15 7473/24
7474/14 7474/19
7474/25 7475/4
7475/9 7475/20
model [3]    7376/6
7406/9 7407/4
models [1]    7410/1
modern [1]
7352/20
modes [1]    7474/17
moment [16]
7345/23 7351/19
7364/6 7371/10
7394/21 7404/25
7411/1 7411/13
7411/22 7435/22
7436/8 7445/3
7445/22 7465/25
7466/4 7466/18
moments [1]
7345/16
Monday [2]
7476/24 7477/6
money [2]    7371/4
7385/20
monitoring [1]
7418/2
month [6]    7450/23
7454/14 7461/22
7462/22 7462/24
7462/25
months [12]
7381/15 7417/22
7459/21 7459/23
7460/3 7460/5
7460/12 7460/23
7461/5 7461/13
7462/17 7463/8
more [61]    7347/7
7347/12 7348/3
7348/13 7348/15
7352/20 7352/24
7353/10 7359/20
7362/2 7364/5
7364/12 7365/8
7365/10 7365/16
7368/10 7369/24
7370/7 7370/22
7370/22 7371/22
7371/25 7372/8
7372/8 7388/4
7389/6 7389/21
7396/19 7400/18
7405/19 7408/23
7412/3 7415/8
7423/19 7424/5
7430/21 7434/8
7434/17 7434/24
7436/14 7436/15
7438/18 7439/12
7439/16 7443/10
7444/1 7449/23
7449/23 7450/1
7450/14 7464/14
7464/16 7464/21

7469/15 7469/20
7470/2 7470/13
7470/15 7471/5
7478/13 7478/23
morning [6]
7342/7 7345/12
7438/9 7476/5
7477/7 7479/2
most [15]    7365/25
7373/14 7374/2
7378/20 7391/25
7401/2 7442/23
7446/5 7451/10
7451/17 7451/25
7454/2 7455/5
7456/1 7462/6
motivated [1]
7360/18
mousetrap [2]
7361/12 7361/14
move [2]    7370/25
7371/4
movie [1]    7390/22
moving [1]
7370/22
Mr. [23]    7345/3
7402/1 7402/3
7444/10 7465/18
7466/9 7466/12
7466/23 7467/9
7467/17 7468/15
7468/18 7468/20
7468/22 7469/7
7469/10 7469/25
7471/14 7476/15
7476/24 7477/6
7477/8 7477/10
Mr. Dintzer [1]
7444/10
Mr. Gomes [6]
7468/18 7468/20
7468/22 7469/7
7469/10 7469/25
Mr. Hafenbrack [1]
7476/15
Mr. Ondrejka [5]
7466/9 7466/23
7467/9 7467/17
7468/15
Mr. Ondrejka's [1]
7466/12
Mr. Pichai [3]
7471/14 7476/24
7477/10
Mr. Pichai's [2]
7477/6 7477/8
Mr. Sommer [4]
7345/3 7402/1
7402/3 7465/18
Ms. [2]    7467/2
7467/7
Ms. Edwards [2]
7467/2 7467/7
much [21]    7351/3
7353/8 7373/6
7373/15 7385/9
7385/16 7385/20

7385/24 7392/24
7401/14 7406/9
7414/6 7423/5
7427/17 7442/24
7447/18 7450/7
7462/16 7470/12
7470/15 7476/14
multiple [3]
7405/4 7441/23
7441/25
music [1]    7428/17
myself [2]
7351/12 7411/9
mystery [1]
7422/14

## N

name [3]    7351/16
7388/2 7430/7
Namely [1]    7405/2
names [2]    7430/8
7457/17
narrative [1]
7408/13
narrower [1]
7399/23
narrows [1]
7368/12
native [1]    7389/6
natural [8]
7350/1 7375/25
7376/1 7376/9
7376/10 7381/3
7405/10 7456/1
nature [1]
7364/23
navigate [3]
7353/21 7425/8
7477/13
NBA [1]    7428/23
near [9]    7371/18
7422/11 7422/15
7422/16 7422/21
7422/22 7423/20
7424/7 7428/6
Nebraska [1]
7342/23
necessarily [4]
7443/11 7443/11
7444/11 7455/13
need [14]    7345/16
7347/4 7390/7
7391/22 7394/5
7411/1 7411/18
7421/12 7430/23
7448/1 7464/3
7477/16 7477/18
7478/17
needed [1]    7472/2
needs [1]    7471/10
negative [6]
7366/10 7383/9
7383/20 7432/7
7432/7 7432/25
negatively [1]
7409/19
neuralnets [2]
7403/10 7403/11

**N**

new [9]   7342/25
7343/11 7354/8
7369/7 7394/1
7402/11 7406/21
7418/2 7455/5
news [1]   7421/23
next [20]   7349/16
7352/9 7352/17
7354/19 7362/10
7369/19 7369/20
7372/16 7373/21
7380/18 7382/19
7416/5 7431/13
7431/22 7436/23
7455/11 7455/15
7455/18 7457/23
7468/21
Nick [1]   7469/10
Nike [11]   7366/20
7367/21 7367/25
7368/2 7368/4
7368/9 7368/10
7368/11 7368/11
7368/12 7368/14
Nikes [1]   7367/23
nine [2]   7397/5
7397/9
NLU [4]   7350/1
7375/21 7375/24
7376/15
Nobel [1]   7358/10
nobody [1]
7360/15
nobody's [1]
7357/17
noise [1]   7471/9
non [7]   7366/14
7366/16 7367/3
7392/9 7407/23
7421/1 7441/12
non-branded [3]
7366/14 7366/16
7367/3
non-commercial [1]
7407/23
non-Google [1]
7392/9
non-public [1]
7441/12
non-TikTok [1]
7421/1
none [2]   7426/25
7428/10
nontrivial [1]
7358/21
nor [2]   7426/15
7446/22
normally [1]
7406/14
notes [1]   7437/5
notice [2]   7376/7
7447/10
noticed [1]
7370/15
notify [1]   7384/9
Noting [1]

7449/21
notion [3]   7358/8
7361/24 7434/14
notions [1]
7362/22
notwithstanding
[2]   7385/6
7385/8
noun [1]   7405/2
nouns [1]   7405/4
nuance [1]
7451/18
nudging [1]
7456/7
number [23]
7345/25 7349/25
7355/10 7359/21
7361/8 7361/25
7365/23 7379/10
7384/15 7393/5
7396/12 7431/23
7441/7 7441/10
7441/11 7441/14
7441/19 7441/20
7445/20 7449/1
7450/16 7467/18
7478/14
number's [1]
7374/20
numbers [11]
7382/21 7383/1
7383/15 7391/6
7400/13 7435/19
7453/21 7478/11
7478/12 7478/24
7478/24
numerically [1]
7395/14
Nutshell [1]
7450/17
NW [3]   7342/14
7342/18 7343/24
NY [2]   7342/25
7343/11

**O**

oath [1]   7440/1
object [4]   7348/8
7350/4 7392/8
7398/13
objected [2]
7385/21 7398/25
objection [12]
7348/10 7364/18
7374/19 7385/18
7389/8 7389/13
7393/19 7395/5
7395/6 7423/21
7429/13 7441/8
objections [1]
7477/21
objective [2]
7356/3 7453/4
objectives [2]
7373/7 7375/10
observation [2]
7478/5 7478/10
observations [2]

7381/11 7399/22
observe [1]
7381/14
observed [7]
7381/4 7381/4
7381/6 7431/23
7432/25 7434/1
7436/25
observing [2]
7349/24 7372/5
obvious [2]
7362/19 7370/19
obviously [2]
7345/17 7346/25
occasionally [1]
7408/17
occurred [1]
7461/2
October [2]
7342/5 7389/22
October 2019 [1]
7389/22
odds [1]   7400/12
off [16]   7345/20
7377/2 7389/2
7416/16 7416/17
7417/13 7442/12
7442/16 7442/17
7460/15 7463/16
7463/18 7463/20
7464/9 7464/25
7465/9
offer [16]
7367/17 7374/14
7376/4 7376/4
7379/11 7389/5
7389/7 7392/1
7395/4 7397/4
7398/25 7458/20
7474/14 7475/7
7475/9 7475/20
offered [4]
7398/24 7399/1
7435/5 7474/2
offering [7]
7367/21 7398/17
7398/17 7399/7
7406/25 7470/9
7473/18
offerings [1]
7392/1
offers [3]
7345/14 7361/23
7473/6
Official [2]
7343/23 7480/3
offline [1]
7390/25
often [5]   7362/24
7364/5 7367/20
7381/15 7405/20
old [3]   7358/9
7402/13 7446/4
once [1]   7407/6
Ondrejka [9]
7411/9 7465/20
7466/2 7466/7

7466/9 7466/23
7467/9 7467/17
7468/15
Ondrejka's [1]
7466/12
one [120]   7346/15
7347/17 7353/9
7355/9 7357/7
7357/18 7357/19
7359/21 7363/9
7366/8 7369/24
7369/25 7370/8
7372/8 7372/9
7372/13 7373/2
7374/15 7375/5
7375/18 7377/20
7378/22 7380/21
7381/13 7384/13
7384/15 7384/17
7387/25 7388/1
7388/19 7389/2
7389/20 7391/2
7391/25 7392/9
7393/16 7394/19
7394/21 7395/2
7395/15 7395/18
7395/20 7396/1
7396/11 7396/25
7397/7 7398/24
7399/8 7399/11
7401/6 7401/7
7401/25 7402/5
7402/21 7403/8
7407/7 7408/22
7409/2 7411/13
7413/15 7415/8
7415/16 7416/12
7417/7 7417/20
7424/5 7429/4
7435/4 7435/13
7435/22 7435/23
7436/16 7438/14
7439/16 7441/1
7441/3 7442/7
7442/22 7442/25
7443/18 7444/9
7445/3 7445/18
7445/22 7450/9
7450/14 7451/5
7451/8 7451/21
7452/5 7452/22
7453/3 7454/5
7457/24 7461/12
7462/21 7463/21
7464/19 7464/22
7465/5 7465/19
7465/21 7465/25
7466/4 7467/2
7468/13 7469/23
7470/18 7471/5
7472/4 7472/6
7472/6 7474/8
7474/11 7474/12
7474/19 7478/4
7478/10 7478/14
7478/16
one's [1]   7445/19

ones [5]   7347/2
7378/21 7393/6
7396/22 7413/4
ongoing [4]
7349/25 7375/21
7376/17 7377/1
online [18]
7367/16 7367/20
7390/9 7390/25
7391/1 7393/13
7409/16 7432/10
7432/11 7432/25
7433/14 7433/18
7433/23 7434/2
7434/12 7435/16
7436/3 7457/1
only [14]   7347/20
7348/1 7359/19
7371/24 7405/25
7406/17 7424/24
7428/12 7428/17
7428/23 7429/4
7450/6 7460/17
7474/11
only one [1]
7429/4
oops [1]   7417/11
open [8]   7382/21
7421/4 7421/11
7421/13 7421/23
7422/7 7455/5
7455/19
opening [1]
7477/22
operating [1]
7478/20
opportunity [3]
7364/5 7368/1
7368/3
opposed [4]
7388/6 7407/10
7433/7 7449/25
opt [3]   7366/8
7406/19 7460/19
optical [1]
7444/23
optimized [1]
7443/5
option [10]
7426/1 7426/15
7428/17 7462/9
7462/13 7463/6
7463/16 7473/18
7474/2 7475/7
options [8]
7425/11 7425/14
7425/17 7425/22
7426/22 7427/2
7435/11 7470/10
order [3]   7358/6
7382/14 7477/2
ordering [1]
7370/5
ordinary [6]
7374/9 7387/21
7388/12 7398/16
7399/6 7399/9

**O**

organic [8]
7345/20 7346/2
7351/20 7351/23
7351/25 7352/23
7352/23 7377/22
original [4]
7352/21 7358/8
7446/24 7453/17
others [9]
7363/25 7377/19
7379/19 7387/12
7401/11 7413/22
7417/20 7428/10
7469/7
otherwise [1]
7478/19
ought [1]   7478/12
out [48]   7345/13
7361/24 7362/16
7366/8 7366/25
7370/10 7370/18
7374/8 7376/16
7378/1 7379/8
7379/10 7391/21
7393/15 7397/3
7398/8 7399/11
7400/8 7403/13
7405/17 7405/24
7406/19 7415/11
7418/18 7425/6
7425/7 7431/25
7435/11 7454/12
7454/17 7454/21
7454/22 7454/24
7456/11 7456/16
7456/19 7457/25
7458/5 7458/11
7458/12 7458/17
7459/24 7460/19
7474/20 7475/12
7475/13 7477/2
7478/15
Out-of-the-box [4]
7425/6 7425/7
7475/12 7475/13
outcomes [1]
7365/1
outline [1]
7380/9
outlining [2]
7450/19 7450/22
output [5]
7403/14 7403/15
7403/16 7415/6
7451/10
outside [4]
7349/24 7355/1
7460/25 7476/11
over [27]   7349/8
7352/14 7355/19
7360/3 7368/5
7370/2 7370/15
7379/14 7381/14
7384/3 7385/12
7387/2 7392/16
7397/17 7398/9

7400/4 7404/23
7409/13 7417/17
7436/25 7437/13
7440/7 7448/5
7448/13 7448/16
7450/22 7462/1
overall [2]
7385/14 7432/18
overdo [1]
7365/16
overlapping [1]
7396/21
overnight [2]
7458/22 7476/8
overruled [3]
7348/10 7364/19
7424/3
oversee [3]
7409/3 7418/19
7418/23
Overstock [1]
7427/25 7428/15
Overture [2]
7351/16 7352/8
Overview [1]
7394/22
own [2]   7410/5
7417/17
ownership [1]
7427/7

**P**

p.m [4]   7342/6
7401/19 7401/20
7479/3
Packard [1]
7376/6
pads [1]   7366/24
page [63]   7344/2
7344/11 7345/11
7351/21 7352/11
7352/14 7352/20
7353/7 7354/12
7368/8 7368/9
7368/11 7371/11
7373/22 7389/24
7391/3 7394/23
7395/23 7395/25
7396/8 7396/10
7396/14 7397/5
7397/9 7407/17
7412/6 7421/19
7423/18 7427/21
7427/24 7428/13
7428/17 7431/13
7431/14 7431/22
7431/23 7435/21
7436/7 7438/1
7440/1 7441/5
7443/16 7443/23
7445/20 7446/17
7447/2 7447/4
7450/6 7450/14
7450/14 7452/2
7453/3 7453/3
7458/21 7460/6
7460/7 7460/10
7461/6 7461/10

7461/14 7463/4
7463/22 7464/5
pages [5]   7373/23
7374/5 7374/8
7395/24 7423/15
paid [6]   7353/5
7359/1 7359/10
7359/11 7372/2
7379/7
paper [2]   7423/8
7465/23
papers [1]
7359/14
paradigm [1]
7402/19
paragraph [3]
7403/16 7404/9
7457/7
paragraphs [1]
7466/12
parameters [1]
7478/20
paramount [1]
7349/3
part [11]   7355/25
7368/8 7370/6
7377/6 7400/21
7401/3 7412/18
7446/1 7446/13
7451/24 7474/16
participants [1]
7358/12
particular [10]
7355/23 7365/9
7381/12 7383/14
7384/23 7389/18
7391/8 7403/11
7422/10 7467/17
particularly [3]
7434/18 7434/23
7473/2
parties [4]
7365/1 7379/10
7478/7 7478/7
Partly [1]   7415/3
partner [2]
7394/4 7424/20
partners [3]
7424/25 7429/10
7429/19
parts [2]   7357/6
7409/6
party [1]   7430/1
party's [1]
7478/22
past [4]   7397/17
7400/4 7417/18
7419/25
pastime [1]
7402/25
patent [1]   7387/8
pattern [1]
7414/4
patterning [1]
7365/16
Patterson [1]
7342/23

pause [1]   7436/8
pay [3]   7345/19
7372/2 7372/4
Payments [1]
7418/22
PCDR [1]   7376/23
penalize [1]
7357/18
people [19]
7351/9 7368/24
7370/7 7387/1
7387/2 7387/23
7422/22 7427/13
7436/14 7436/15
7444/2 7444/15
7456/1 7458/13
7462/21 7471/8
7471/23 7472/1
7474/24
per [2]   7371/21
7432/7
per-user [1]
7432/7
percent [9]
7346/14 7346/15
7347/17 7347/18
7347/19 7347/20
7347/22 7405/2
7453/24
percentage [1]
7347/14
percentages [1]
7478/18
perception [1]
7391/18
perfect [2]
7378/16 7379/14
perfectly [1]
7367/21
perform [3]
7376/9 7379/4
7387/20
performance [10]
7372/17 7372/21
7373/16 7373/20
7374/6 7375/3
7375/5 7375/9
7400/12 7453/22
performances [1]
7453/14
performs [1]
7407/8
perhaps [7]
7353/23 7353/24
7361/19 7365/25
7373/3 7377/24
7414/23
period [12]
7350/21 7351/6
7381/15 7400/9
7437/13 7446/6
7448/5 7448/9
7448/16 7459/21
7460/1 7461/23
periodic [1]
7414/5
periodically [1]

7346/5
person [1]
7360/13
personal [2]
7350/17 7350/19
personalization
[3]   7415/19
7416/17 7417/8
personalize [4]
7415/20 7416/20
7463/22 7463/25
personalized [5]
7458/5 7459/9
7463/11 7463/14
7463/17
personally [1]
7399/15
perspective [3]
7371/14 7379/25
7403/3
pet [1]   7405/8
pets [1]   7405/6
PhD [1]   7403/6
phone [1]   7427/6
phones [3]
7429/11 7429/20
7429/22
phrase [2]
7377/13 7420/19
phrasing [1]
7373/4
physical [2]
7367/15 7367/17
Pichai [3]
7471/14 7476/24
7477/10
Pichai's [2]
7477/6 7477/8
pick [6]   7370/8
7382/18 7425/11
7455/9 7474/9
7476/2
picking [4]
7442/8 7442/9
7451/15 7451/23
picture [3]
7380/23 7382/13
7425/25
pie [1]   7400/10
piece [3]   7356/14
7357/7 7357/18
pink [2]   7401/6
7401/7
PLA [3]   7369/17
7370/13 7371/11
place [7]   7351/7
7355/7 7355/10
7377/5 7423/19
7442/24 7447/25
placement [1]
7368/3
places [5]
7378/24 7386/3
7386/7 7424/6
7473/4
placing [1]
7382/6

**P**

Plaintiff [1]
7343/2
plaintiffs [4]
7342/4 7342/13
7342/22 7398/25
plan [3]    7388/9
7389/20 7477/4
planning [1]
7421/10
PLAs [12]    7368/25
7369/22 7370/2
7370/17 7370/20
7370/21 7370/23
7371/4 7371/22
7372/5 7375/12
7396/23
platform [3]
7385/25 7393/24
7394/2
platforms [12]
7364/3 7379/17
7386/17 7386/21
7386/23 7387/14
7388/2 7390/25
7394/13 7396/25
7397/1 7409/16
play [1]    7361/14
played [1]
7419/14
player [1]
7387/24
players [1]
7377/23
please [14]
7362/1 7372/25
7411/16 7431/21
7435/22 7441/17
7443/16 7444/14
7445/3 7449/2
7463/19 7465/8
7465/25 7466/4
pleasure [1]
7418/14
plumber [6]
7409/20 7413/15
7428/16 7464/4
7464/4 7464/5
plumbers [4]
7409/21 7409/23
7409/24 7413/17
point [38]
7347/19 7353/20
7353/21 7357/15
7364/23 7370/10
7370/18 7374/15
7375/17 7375/24
7376/15 7381/11
7381/17 7382/18
7390/20 7397/1
7399/20 7400/8
7404/23 7405/4
7405/25 7407/2
7414/7 7415/3
7425/8 7432/4
7432/14 7433/22
7435/24 7437/7

7438/12 7444/11
7447/9 7450/5
7460/1 7467/18
7470/4 7471/6
point's [1]
7432/23
point-in-time [1]
7381/11
pointed [1]
7345/13
points [2]
7419/10 7428/22
policies [6]
7409/3 7409/6
7417/1 7418/3
7457/4 7464/10
policies.google.co
m [1]    7457/2
policies.google.co
m/privacy [1]
7457/2
policy [4]
7347/12 7456/25
7457/7 7457/23
poorly [1]
7355/13
pop [1]    7456/6
pop-up [1]    7456/6
popular [1]
7404/18
popularity [1]
7370/21
population [1]
7436/18
portion [1]
7382/20
portions [1]
7430/20
position [2]
7382/4 7392/18
positive [3]
7434/11 7435/15
7436/2
positively [1]
7434/1
possibility [1]
7395/15
possible [5]
7354/11 7363/16
7371/13 7380/16
7446/19
post [1]    7373/25
posts [1]    7420/3
potential [6]
7355/8 7355/17
7407/5 7425/16
7464/25 7465/9
potentially [7]
7359/8 7365/2
7380/10 7403/14
7404/21 7420/15
7444/17
powerful [1]
7387/13
PR [2]    7388/9
7468/10
PRABHAKAR [3]

7344/3 7345/4
7418/9
practice [2]
7371/2 7451/17
practices [1]
7410/3
pre [1]    7429/23
pre-loading [1]
7429/23
precedent [1]
7351/16
precise [1]
7367/5
precisely [2]
7352/7 7436/9
precision [2]
7362/22 7362/23
predated [1]
7369/1
predictable [1]
7414/5
prediction [1]
7376/23
preface [1]
7406/14
prefer [3]
7363/10 7368/22
7423/9
preferences [1]
7368/25
preferred [2]
7391/10 7458/2
premise [2]
7355/16 7429/1
preoccupation [1]
7376/24
prepared [4]
7398/14 7399/1
7399/4 7476/21
presence [1]
7434/23
present [2]
7357/9 7476/12
presentation [1]
7478/8
presented [3]
7369/13 7399/10
7478/6
preserved [1]
7455/20
president [3]
7468/22 7468/22
7469/3
pretend [1]
7360/10
pretty [5]
7369/25 7398/15
7427/16 7449/12
7456/6
prevent [1]
7472/3
previous [4]
7404/17 7415/3
7477/25 7478/2
previously [3]
7405/16 7470/17
7473/1

price [16]    7357/1
7358/3 7358/8
7358/14 7358/19
7358/20 7359/1
7359/5 7359/10
7359/12 7359/13
7359/16 7360/7
7360/19 7379/7
7380/17
primary [1]
7464/15
prime [7]    7433/3
7433/7 7434/7
7434/10 7434/24
7435/5 7438/18
principle [3]
7366/15 7410/7
7451/17
print [1]    7438/4
printer [1]
7376/6
prior [4]    7358/24
7361/3 7362/22
7384/8
priority [1]
7474/23
privacy [46]
7408/22 7408/25
7409/1 7409/4
7409/10 7409/18
7410/3 7410/5
7411/10 7411/11
7417/1 7417/17
7418/3 7427/14
7451/6 7451/7
7451/11 7452/18
7452/21 7453/14
7453/25 7454/1
7456/25 7457/2
7457/4 7457/7
7457/23 7464/9
7464/12 7464/12
7464/20 7465/1
7465/3 7465/10
7465/12 7465/14
7466/20 7467/3
7470/10 7470/24
7470/24 7471/8
7471/19 7471/24
7472/2 7472/20
private [4]
7412/2 7466/22
7470/8 7470/9
privy [2]    7379/6
7427/16
Prize [1]    7358/10
Pro [4]    7366/22
7367/1 7367/6
7367/7
probably [5]
7367/24 7408/4
7425/24 7428/9
7428/15
problem [8]
7349/14 7356/23
7361/10 7364/16
7403/2 7403/4

7468/10 7468/11
proceed [3]
7364/20 7411/2
7411/3
proceeding [1]
7441/14
proceedings [2]
7479/3 7480/5
process [3]
7355/25 7385/16
7447/24
produced [1]
7407/22
product [25]
7368/20 7368/22
7369/1 7369/8
7369/13 7369/14
7369/16 7369/16
7369/22 7370/11
7391/15 7393/9
7393/13 7398/2
7406/6 7406/12
7407/2 7425/2
7464/1 7469/8
7471/10 7472/2
7472/4 7475/2
7475/5
products [13]
7363/15 7373/2
7373/5 7374/4
7391/13 7396/21
7397/2 7402/9
7409/2 7410/9
7418/18 7418/19
7474/17
Professor [1]
7476/20
profound [1]
7360/4
prognoses [1]
7395/22
program [6]
7373/10 7403/7
7432/10 7433/9
7434/2 7434/19
prohibit [1]
7429/22
project [13]
7430/5 7430/5
7430/8 7430/13
7431/10 7431/18
7435/17 7438/16
7445/13 7451/1
7451/2 7451/3
7467/24
prominent [1]
7352/24
promise [1]
7380/24
prompt [5]    7456/6
7456/7 7456/12
7458/10 7458/13
prompting [1]
7458/18
proper [1]
7392/10
properly [1]
7456/3

**P**

properly... [1]
  7346/17
property [1]
  7434/21
proposal [11]
  7389/22 7411/9
  7411/17 7412/19
  7412/20 7416/23
  7445/12 7465/12
  7474/1 7474/6
  7474/9
proposed [3]
  7409/18 7416/25
  7466/24
proprietary [1]
  7446/2
protections [3]
  7409/10 7410/5
  7470/10
protein [4]
  7403/1 7403/3
  7403/4 7403/6
proud [1]   7403/9
prove [1]   7381/6
proved [1]   7381/8
provide [18]
  7361/8 7379/5
  7379/18 7386/5
  7406/12 7416/18
  7421/3 7421/6
  7421/13 7421/22
  7424/15 7424/22
  7426/12 7428/3
  7428/7 7428/13
  7428/18 7429/4
provided [2]
  7369/18 7462/11
provides [1]
  7425/12
providing [1]
  7379/16
provision [1]
  7429/18
provisionally [3]
  7344/17 7458/25
  7459/1
public [7]   7393/3
  7439/11 7441/12
  7441/13 7446/8
  7466/21 7478/20
publication [2]
  7348/21 7348/23
publicly [4]
  7373/25 7374/9
  7403/18 7446/9
publish [4]
  7377/15 7377/19
  7403/19 7403/23
published [3]
  7348/20 7359/4
  7403/12
publishes [1]
  7457/4
publishing [1]
  7377/20
pull [4]   7398/6

7408/4 7408/10
  7445/2
punch [1]   7400/14
purchase [1]
  7387/6 7394/8
  7408/9
purchasing [1]
  7435/13
purpose [8]
  7395/11 7395/12
  7426/12 7426/18
  7426/22 7430/12
  7430/13 7453/5
push [3]   7397/14
  7409/11 7411/4
pushback [1]
  7411/18
put [33]   7351/17
  7354/20 7365/12
  7366/10 7374/8
  7377/6 7378/2
  7381/21 7387/4
  7403/3 7405/14
  7405/17 7405/24
  7410/10 7412/5
  7422/23 7426/9
  7427/21 7430/20
  7438/14 7441/1
  7442/24 7445/18
  7447/17 7447/24
  7451/5 7454/5
  7456/24 7469/17
  7471/3 7472/6
  7474/23 7476/19
putting [2]
  7347/1 7444/21

**Q**

qualifying [1]
  7345/14
Qualitatively [1]
  7391/9
quality [15]
  7346/21 7346/23
  7347/3 7355/13
  7357/20 7357/23
  7368/15 7376/18
  7382/11 7382/12
  7383/18 7383/20
  7407/25 7408/11
  7451/9
quantification [3]
  7356/10 7356/22
  7356/24
quantify [2]
  7357/21 7430/14
quarters [1]
  7391/1
queries [42]
  7346/14 7347/22
  7347/23 7347/25
  7405/2 7405/3
  7408/1 7408/8
  7409/20 7426/13
  7428/4 7430/15
  7432/9 7432/15
  7432/16 7432/18
  7432/19 7432/21

7432/22 7433/1
  7434/17 7435/16
  7436/4 7438/18
  7448/11 7449/8
  7449/9 7449/12
  7449/16 7449/17
  7449/25 7450/4
  7461/4 7464/14
  7464/16 7464/21
  7465/2 7465/11
  7468/5 7468/8
  7469/12 7472/10
query [68]
  7346/12 7346/16
  7346/19 7346/22
  7351/12 7352/12
  7352/20 7354/15
  7357/16 7361/8
  7361/17 7361/22
  7362/5 7365/13
  7365/21 7365/23
  7367/5 7368/10
  7370/19 7371/3
  7371/5 7405/4
  7405/7 7405/10
  7405/13 7407/23
  7407/23 7407/23
  7407/24 7408/9
  7415/21 7415/23
  7415/24 7419/19
  7420/10 7420/12
  7420/12 7421/19
  7422/4 7422/9
  7422/10 7422/15
  7422/15 7422/19
  7423/10 7424/16
  7424/17 7428/6
  7429/6 7431/18
  7432/8 7432/8
  7433/23 7434/3
  7434/4 7449/25
  7450/8 7459/11
  7460/2 7461/1
  7461/1 7468/11
  7470/16 7472/3
  7475/14 7475/14
  7475/16 7475/17
querying [1]
  7357/16
question's [2]
  7381/22 7392/12
quick [4]   7363/17
  7400/16 7438/3
  7478/4
quickly [6]
  7393/6 7394/13
  7395/24 7397/24
  7413/3 7413/10
quite [10]
  7345/22 7356/24
  7385/1 7399/16
  7399/17 7405/16
  7413/7 7421/16
  7424/17 7431/20
quote [1]   7472/20

**R**

radical [5]

7445/7 7445/13
  7450/17 7450/25
  7451/2
RAGHAVAN [51]
  7344/3 7345/4
  7345/6 7350/19
  7352/10 7357/3
  7358/2 7363/1
  7375/2 7390/2
  7392/4 7393/23
  7395/10 7397/12
  7398/18 7400/3
  7401/24 7418/9
  7418/12 7419/13
  7422/12 7422/25
  7423/7 7425/3
  7427/5 7427/24
  7430/19 7431/9
  7433/17 7434/16
  7436/24 7438/14
  7440/6 7442/20
  7445/12 7448/4
  7449/3 7450/15
  7452/16 7453/4
  7456/16 7461/22
  7463/10 7464/8
  7465/17 7467/8
  7472/7 7472/19
  7475/6 7476/3
  7476/14
Raghavan's [2]
  7411/23 7448/1
raising [2]
  7380/4 7395/15
ranking [3]
  7377/21 7410/1
  7410/1
rant [1]   7405/21
rated [1]   7453/24
rather [3]
  7393/13 7443/22
  7453/3
ratio [1]   7415/6
rational [1]
  7360/16
re [4]   7391/24
  7415/17 7435/25
  7436/2
re-ask [2]
  7435/25 7436/2
re-authenticate
  [1]   7415/17
re-branded [1]
  7391/24
reach [2]   7345/15
  7362/2
reached [5]
  7391/7 7433/11
  7439/8 7439/17
  7440/19
reaches [1]
  7440/21
react [3]   7381/16
  7381/16 7409/16
read [7]   7427/10
  7435/24 7438/5
  7440/12 7440/16

7443/21 7449/1
reading [3]
  7383/14 7391/6
  7416/4
reads [1]   7457/8
ready [3]   7345/3
  7387/6 7401/22
real [1]   7470/21
reality [1]
  7376/25
really [14]
  7348/17 7355/22
  7359/9 7363/21
  7372/1 7375/12
  7381/20 7384/16
  7395/24 7403/9
  7439/22 7446/3
  7452/1 7470/10
realtime [1]
  7371/18
reason [12]
  7349/14 7350/9
  7368/6 7377/20
  7377/20 7413/20
  7415/8 7415/16
  7421/8 7421/12
  7431/25 7461/17
reasons [6]
  7361/8 7377/18
  7377/24 7378/5
  7378/5 7415/18
recall [28]
  7351/10 7362/23
  7368/7 7386/25
  7419/7 7425/24
  7430/11 7430/13
  7435/19 7437/20
  7439/20 7439/21
  7439/21 7439/22
  7439/23 7442/14
  7443/12 7445/12
  7452/19 7461/15
  7462/18 7462/23
  7463/9 7469/6
  7471/21 7472/11
  7472/12 7472/13
received [1]
  7350/11
recent [7]   7398/9
  7402/16 7404/24
  7415/20 7415/21
  7446/6 7458/3
recently [1]
  7414/17
Recess [1]
  7401/19
recognize [1]
  7352/10
recollect [1]
  7434/14
recollection [1]
  7430/16
reconcile [1]
  7474/20
reconstruct [1]
  7389/19
record [3]

7500

**R**

record... [3]
  7401/20 7447/12
  7480/5
records [1]
  7388/25
recurrent [1]
  7414/3
red [12]    7362/20
  7365/25 7366/1
  7397/6 7446/2
  7446/11 7446/20
  7446/22 7446/24
  7446/24 7447/1
  7453/16
redacted [7]
  7382/21 7390/1
  7437/7 7450/20
  7478/14 7478/16
  7478/17
redacting [1]
  7478/5
redactions [2]
  7396/1 7478/8
reduce [4]
  7356/14 7442/20
  7443/9 7451/3
reduces [2]
  7444/6 7444/18
reducing [2]
  7444/3 7444/16
refer [5]   7346/11
  7346/17 7355/5
  7383/17 7404/7
reference [2]
  7375/23 7471/14
references [2]
  7364/9 7466/25
referred [5]
  7352/24 7353/15
  7382/9 7437/17
  7472/19
referring [3]
  7406/6 7408/14
  7455/6
refers [6]
  7383/13 7383/18
  7383/18 7383/21
  7415/12 7467/24
refinements [1]
  7346/8
reflects [1]
  7399/21
refresh [2]
  7411/1 7433/6
regard [2]
  7391/18 7416/14
regarding [1]
  7395/3
regular [3]
  7434/2 7434/12
  7434/14
regulations [1]
  7409/7
regulator [1]
  7418/2
reinforcement [1]

relate [1]
  7365/12
relates [1]
  7473/2
relating [1]
  7375/5
relative [1]
  7423/24
released [1]
  7404/13
relevant [7]
  7346/22 7362/11
  7410/9 7424/10
  7430/20 7458/2
  7465/12
remain [2]
  7379/21 7409/7
remained [1]
  7456/9
remaining [1]
  7346/14
remember [6]
  7378/15 7380/7
  7412/16 7417/24
  7457/17 7461/24
remind [1]   7361/1
reminded [1]
  7350/25
rental [1]   7450/6
repeat [2]   7375/7
  7416/3
rephrase [1]
  7393/22 7393/22
replicate [2]
  7413/1 7413/9
report [1]   7393/3
reported [2]
  7348/2 7435/8
reporter [4]
  7343/23 7343/23
  7457/21 7480/3
represent [2]
  7350/20 7413/5
  7418/16
representative [1]
  7450/1
represented [1]
  7393/6
research [17]
  7345/22 7370/4
  7409/12 7417/7
  7422/20 7428/12
  7435/7 7435/10
  7435/13 7452/17
  7452/20 7453/3
  7462/12 7462/15
  7462/18 7462/19
  7462/21
resolve [1]
  7362/16
resources [1]
  7385/13
respect [6]
  7392/4 7394/15
  7446/1 7446/13
  7477/8 7478/11

respond [2]
  7393/15 7465/15
responding [1]
  7465/6
response [12]
  7346/12 7346/19
  7347/24 7404/10
  7407/22 7418/3
  7420/9 7420/11
  7468/3 7468/3
  7469/8 7469/25
responses [2]
  7405/19 7408/1
responsibility [4]
  7373/2 7406/3
  7445/16 7478/22
responsible [4]
  7345/9 7405/17
  7409/3 7426/10
rest [2]   7373/8
  7379/8
restaurants [1]
  7424/7
restrict [1]
  7429/19
result [10]
  7355/8 7381/4
  7384/6 7391/7
  7407/22 7408/2
  7428/8 7428/24
  7429/6 7464/14
resulting [1]
  7432/9
results [33]
  7345/10 7345/21
  7346/3 7351/20
  7351/21 7351/23
  7352/14 7352/23
  7352/23 7353/7
  7353/14 7371/11
  7380/13 7406/14
  7407/17 7415/10
  7421/9 7421/19
  7423/11 7423/12
  7423/15 7423/18
  7424/15 7424/23
  7428/13 7428/18
  7441/5 7448/12
  7449/19 7449/23
  7450/5 7462/18
  7463/22
resume [1]   7476/4
retail [3]
  7432/10 7432/16
  7435/16
retailer [3]
  7432/25 7433/18
  7433/19
retailers [5]
  7432/11 7433/14
  7433/23 7434/3
  7436/4
retained [1]
  7451/18
retention [1]
  7463/7
return [11]

7372/6 7372/9
  7373/8 7373/18
  7375/14 7378/7
  7380/22 7382/2
  7386/3 7401/17
  7407/8
returns [1]
  7373/19
revenue [22]
  7345/17 7348/16
  7349/2 7355/8
  7355/15 7355/16
  7356/5 7356/15
  7364/8 7380/22
  7381/10 7393/4
  7429/10 7431/24
  7432/7 7436/25
  7439/10 7439/12
  7439/13 7439/18
  7440/20 7474/10
revenues [3]
  7400/22 7430/15
  7438/22
review [4]
  7382/16 7388/9
  7410/16 7447/21
reviewed [3]
  7389/17 7447/6
  7447/11
reviewed for [1]
  7447/11
reviews [1]
  7370/12
rewind [1]   7380/6
rich [3]   7353/11
  7353/13 7449/23
RICHARD [1]
  7342/17
richer [1]   7353/8
right [189]
right-hand [1]
  7382/23
rings [1]   7430/7
rise [5]   7401/9
  7438/21 7439/9
  7439/17 7440/19
rises [1]   7353/12
Risks [1]   7396/17
rival [2]   7465/2
  7465/11
robots [1]
  7378/21
rodents [1]
  7361/10
ROI [13]   7378/7
  7378/8 7378/13
  7378/19 7379/2
  7379/12 7379/17
  7379/22 7379/24
  7380/1 7380/4
  7382/6 7382/8
role [1]   7358/24
roll [1]   7418/19
rooms [1]   7354/17
Rosati [1]
  7343/10
rough [7]   7346/13

7441/7 7441/10
  7441/11 7441/14
  7441/19 7441/20
roughly [12]
  7347/18 7349/20
  7349/21 7351/5
  7369/23 7380/23
  7383/14 7384/22
  7390/22 7432/17
  7441/6 7448/17
row [1]   7414/15
rule [1]   7372/7
rules [2]   7389/11
  7389/12
run [6]   7380/18
  7380/20 7381/9
  7407/7 7455/6
  7472/8
running [1]
  7361/14

**S**

Safari [7]
  7414/23 7426/25
  7427/3 7455/13
  7475/10 7475/14
  7475/18
sale [2]   7372/3
  7387/10
sales [2]   7363/8
  7363/8
salient [1]
  7350/22
same [29]   7352/20
  7356/24 7362/14
  7371/12 7379/22
  7384/11 7389/11
  7389/12 7391/20
  7393/19 7395/6
  7396/14 7397/5
  7412/7 7412/19
  7413/7 7414/16
  7423/10 7423/10
  7426/25 7431/4
  7431/5 7434/11
  7436/15 7439/2
  7465/19 7468/14
  7478/12 7478/25
sample [4]   7437/9
  7449/9 7450/1
  7478/15
Samsung [1]
  7435/12
satisfied [2]
  7382/5 7434/20
save [4]   7415/23
  7416/2 7416/5
  7416/6
saving [1]
  7414/11
saw [2]   7382/13
  7467/23
saying [7]
  7360/12 7361/5
  7390/6 7406/18
  7416/2 7432/23
  7434/16
scale [1]   7448/17

7501

**S**

scenario [3]
7381/12 7455/2
7456/1
scheduled [1]
7476/24
SCHMIDTLEIN [1]
7343/7
science [3]
7380/11 7403/22
7403/23
scientific [2]
7359/4 7359/14
scientists [1]
7359/25
scope [1]   7429/13
score [1]   7368/16
scored [1]
7428/23
scores [1]
7453/23
screen [14]
7375/1 7410/10
7412/11 7412/14
7422/25 7423/8
7425/18 7430/20
7432/4 7436/24
7445/18 7447/17
7463/7 7470/20
scroll [1]
7419/23 7420/4
scrolls [2]
7461/10 7461/14
sealed [1]
7358/16
sealed-bid [1]
7358/16
search [164]
searched [1]
7422/11
searches [8]
7368/1 7393/13
7398/2 7434/8
7434/8 7434/24
7458/12 7475/19
searching [4]
7436/11 7456/5
7464/4 7474/2
Seas [1]   7351/14
season [2]   7371/6
7441/6
second [35]
7356/14 7357/1
7358/3 7358/8
7358/14 7358/19
7358/20 7359/5
7359/10 7359/10
7359/12 7359/13
7359/16 7360/7
7360/19 7370/8
7371/4 7377/20
7380/17 7381/18
7384/13 7385/22
7385/24 7388/7
7388/19 7397/6
7403/9 7404/3
7409/17 7412/11

7414/20 7433/21
7445/21 7457/7
7470/20
second-price [12]
7357/1 7358/3
7358/8 7358/14
7358/19 7359/5
7359/12 7359/13
7359/16 7360/7
7360/19 7380/17
seconds [1]
7380/8
secret [1]
7377/18
Section [1]
7343/3
secular [1]
7390/11
secure [1]
7414/13
security [6]
7414/11 7414/12
7414/12 7427/14
7453/14 7454/2
seeing [8]
7370/14 7381/12
7387/25 7390/5
7393/1 7446/7
7446/17 7476/4
seek [1]   7399/20
seeking [2]
7412/2 7417/6
seem [1]   7424/14
seems [3]   7349/19
7383/15 7477/5
sees [1]   7397/4
segment [1]
7377/1
segments [1]
7477/12
sellers [1]
7366/2
selling [1]
7359/8
semantic [5]
7361/24 7362/14
7362/17 7364/1
7364/16
semantics [1]
7473/4
send [2]   7449/24
7469/24
senior [3]   7409/5
7468/22 7469/3
sense [11]
7345/14 7346/13
7357/5 7394/7
7405/7 7405/16
7407/8 7424/24
7433/10 7476/13
7478/12
sensitive [1]
7416/21
sensitivity [2]
7442/14 7446/13
sent [2]   7379/6
7412/5

sentence [3]
7403/15 7457/23
7471/1
separate [6]
7351/20 7430/8
7439/3 7460/15
7472/1 7475/3
separately [1]
7473/8
sequence [1]
7381/21
sequences [1]
7413/21
serve [6]   7346/12
7353/13 7356/6
7409/4 7412/4
7463/11
served [3]
7346/18 7420/9
7420/11
serves [2]   7352/6
7463/14
service [1]
7455/18
services [6]
7348/12 7379/11
7421/13 7427/1
7429/20 7455/21
serving [3]
7405/3 7443/3
7443/4
session [2]
7342/7 7477/10
set [7]   7351/9
7358/23 7417/9
7417/10 7423/2
7426/23 7462/10
sets [2]   7425/5
7475/11
setting [1]
7361/3
settings [3]
7425/9 7475/15
7475/19
settled [1]
7462/17
seven [4]   7351/14
7370/16 7400/4
7448/25
several [6]
7379/19 7385/12
7397/17 7417/18
7442/7 7464/22
shall [1]   7438/17
share [6]   7387/18
7400/4 7400/11
7400/25 7429/10
7478/18
shares [1]
7399/13
sharply [3]
7469/25 7470/2
7470/5
shift [4]   7372/13
7390/24 7432/8
7432/15
shill [1]   7358/12

shilling [1]
7359/3
shipping [2]
7370/12 7371/7
shocking [1]
7351/24
shoe [1]   7367/25
shoes [6]   7361/20
7361/21 7361/23
7368/11 7368/12
7368/12
shop [5]   7366/22
7367/1 7367/6
7367/7 7435/6
Shopee [5]   7432/9
7432/15 7432/18
7432/21 7434/4
Shopify [2]
7388/2 7388/3
shoppers [4]
7433/10 7434/2
7434/12 7434/14
shopping [6]
7368/20 7394/6
7418/22 7428/4
7431/25 7437/1
short [4]   7348/17
7349/2 7382/1
7432/7
short-term [2]
7349/2 7432/7
shortly [2]
7390/13 7401/18
shot [1]   7403/8
show [19]   7345/10
7347/7 7347/12
7348/15 7349/16
7350/2 7366/21
7371/11 7375/5
7389/2 7390/2
7396/11 7397/15
7412/22 7412/23
7439/11 7447/12
7447/15 7452/20
showed [6]
7348/23 7376/19
7425/25 7462/15
7465/18 7468/13
showing [4]
7347/14 7375/14
7446/4 7448/4
shown [5]   7347/20
7347/24 7367/9
7420/2 7424/23
shows [6]   7345/22
7349/24 7398/2
7427/24 7452/17
7453/13
shrinkage [1]
7400/11
shrinking [1]
7400/22
shut [1]   7402/2
side [23]   7349/21
7351/24 7351/25
7352/18 7352/18
7352/18 7353/1

7359/18 7359/21
7386/12 7386/13
7391/3 7394/9
7394/13 7394/14
7404/15 7404/15
7406/4 7406/22
7406/23 7407/10
7407/11 7446/22
side-by-side [1]
7352/18
sides [1]   7362/12
sign [8]   7455/15
7455/22 7455/25
7456/4 7456/7
7464/9 7464/25
7465/9
signal [1]
7414/19
signals [6]
7357/22 7387/3
7413/15 7413/22
signed [43]
7415/24 7416/10
7454/12 7454/12
7454/16 7454/17
7454/17 7454/19
7454/21 7454/22
7454/23 7454/24
7454/25 7455/4
7455/7 7455/11
7455/16 7455/20
7456/6 7456/9
7456/10 7456/16
7456/19 7457/8
7457/25 7458/5
7458/10 7458/12
7458/17 7458/19
7459/3 7459/3
7459/6 7459/7
7459/21 7459/23
7459/24 7460/2
7460/13 7460/23
7461/5 7461/12
7461/13
significant [5]
7385/13 7386/23
7435/17 7436/5
7448/18
significantly [3]
7377/8 7400/11
7450/3
signing [1]
7456/1
signs [2]   7432/24
7455/10
similar [3]
7367/19 7470/16
7475/6
similarly [1]
7408/6
simple [6]
7358/13 7358/13
7372/7 7414/8
7449/22 7474/16
simplest [3]
7378/22 7415/16
7455/3

**S**

simplified [1]
  7351/8
simplistic [1]
  7355/18
simply [2]
  7416/10 7451/25
single [4]
  7356/13 7359/8
  7375/17 7447/4
site [6]  7347/1
  7354/14 7393/24
  7404/18 7473/24
  7475/3
sites [1]  7419/6
sits [1]  7403/4
sitting [2]
  7373/9 7437/21
situation [1]
  7364/25
six [5]  7381/15
  7409/14 7427/22
  7428/23 7446/4
size [3]  7387/15
  7437/9 7478/16
slack [1]  7401/3
slate [2]  7355/11
  7355/23
slide [34]
  7349/18 7349/24
  7350/19 7351/5
  7352/17 7352/19
  7354/19 7367/5
  7369/19 7369/21
  7370/19 7370/21
  7372/16 7373/21
  7374/16 7375/1
  7375/18 7375/19
  7382/20 7383/13
  7388/8 7391/3
  7396/5 7416/4
  7431/9 7436/23
  7445/7 7445/17
  7447/17 7448/4
  7448/25 7449/4
  7453/12 7453/13
slight [1]
  7368/13
slightly [1]
  7473/10
slot [2]  7359/10
  7360/16
slower [2]
  7448/12 7448/13
slowly [1]  7400/5
small [7]  7368/6
  7376/4 7382/14
  7383/5 7395/14
  7405/5 7405/6
smaller [4]
  7367/24 7377/23
  7387/16 7432/1
smartphones [1]
  7370/6
so there's [1]
  7363/20
social [6]

7386/21 7386/22
7394/13 7419/5
7420/6 7420/7
socials [1]
  7393/11
software [1]
  7454/25
sold [1]  7358/25
solve [1]  7390/7
solved [1]  7403/1
solving [1]
  7364/15
somebody [5]
  7358/17 7402/2
  7436/9 7446/20
  7454/25
someone [4]
  7367/5 7422/15
  7435/9 7455/10
something's [1]
  7414/19
sometimes [10]
  7345/13 7351/12
  7366/10 7371/10
  7371/25 7381/13
  7405/21 7414/16
  7417/9 7417/10
somewhat [3]
  7361/19 7381/24
  7388/21
somewhere [4]
  7422/1 7422/5
  7439/25 7461/24
SOMMER [7]  7343/9
  7344/4 7345/3
  7401/22 7402/1
  7402/3 7465/18
Sonsini [1]
  7343/10
soon [1]  7398/15
sophisticated [4]
  7355/19 7373/12
  7377/22 7378/21
sophistication [1]
  7379/15
sorry [31]
  7355/21 7357/2
  7360/6 7365/20
  7381/7 7383/5
  7388/13 7388/15
  7394/24 7398/20
  7406/5 7407/20
  7412/7 7416/3
  7423/2 7423/4
  7427/9 7430/22
  7431/3 7437/16
  7438/1 7438/3
  7441/13 7441/18
  7441/24 7447/19
  7448/2 7449/1
  7454/23 7469/3
  7471/25
sort [11]  7352/17
  7359/23 7368/4
  7369/14 7414/18
  7424/1 7444/2
  7466/11 7468/14

7471/1 7477/2
sorts [1]  7477/5
sound [1]  7350/6
sounds [2]  7350/7
  7441/10
source [3]
  7393/12 7422/8
  7456/4
sources [1]
  7393/5
South [1]  7342/20
space [5]  7387/21
  7403/5 7412/2
  7470/8 7470/9
spam [1]  7414/1
speak [1]  7346/4
specialization [1]
  7424/1
specific [7]
  7369/8 7396/4
  7426/2 7438/17
  7439/20 7449/8
  7449/25
specifically [1]
  7471/2
speculate [1]
  7433/9
speculation [1]
  7423/23
spell [3]  7348/22
  7365/14 7365/17
spelled [1]
  7418/18
spend [15]  7372/6
  7372/13 7373/7
  7373/8 7373/17
  7375/14 7380/22
  7385/10 7386/3
  7386/14 7386/24
  7387/11 7397/3
  7400/19 7436/15
spending [2]
  7387/2 7436/14
spent [1]  7379/1
spherical [1]
  7367/19
spit [1]  7403/13
split [1]  7347/16
spoke [4]  7353/11
  7368/7 7451/9
  7469/23
sponsored [3]
  7352/22 7353/2
  7420/3
spurring [1]
  7377/8
square [1]
  7413/17
stack [3]  7404/23
  7407/15 7443/6
stage [1]  7358/25
standalone [1]
  7473/23
standing [2]
  7389/13 7395/6
start [6]  7366/17
  7367/15 7383/8

7386/21 7393/13
7476/5
started [1]
  7370/22
starting [6]
  7399/24 7407/12
  7440/11 7440/15
  7443/20 7452/3
starts [1]  7471/6
state [4]  7342/22
  7342/23 7343/2
  7436/12
statement [3]
  7364/23 7393/20
  7457/13
statements [3]
  7392/9 7471/10
  7471/22
STATES [8]  7342/1
  7342/3 7342/11
  7418/11 7418/16
  7453/7 7476/17
  7477/20
statistic [2]
  7378/16 7405/1
statistically [2]
  7435/17 7436/5
statistics [2]
  7378/15 7422/21
stay [1]  7384/11
steadily [1]
  7448/8
step [1]  7476/10
steps [1]  7455/24
STEVEN [1]  7343/2
stick [1]  7388/19
still [10]  7356/8
  7368/2 7384/1
  7391/21 7395/14
  7399/2 7406/2
  7406/13 7457/18
  7476/24
stimulus [1]
  7404/10
stood [1]  7478/14
stop [4]  7411/13
  7411/22 7475/25
  7476/1
store [3]  7367/1
  7367/8 7457/9
stories [1]
  7421/23
straightforward
  [1]  7379/1
strategy [1]
  7392/23
street [4]
  7342/14 7342/18
  7342/20 7367/19
strike [3]  7429/9
  7430/12 7473/13
string [1]
  7467/16
strollers [1]
  7408/9
strong [3]  7390/6
  7434/18 7434/23

strongest [1]
  7453/5
structured [1]
  7370/24
studied [1]
  7359/14
studies [9]
  7345/24 7346/6
  7439/8 7439/11
  7439/15 7439/16
  7440/18 7472/8
  7472/12
study [23]  7360/2
  7380/23 7433/22
  7435/17 7436/4
  7437/12 7437/15
  7437/17 7437/18
  7437/25 7438/15
  7438/20 7439/20
  7440/21 7452/22
  7453/5 7453/13
  7453/17 7454/2
  7467/20 7467/24
  7472/15 7472/16
stuff [3]  7404/19
  7408/5 7449/24
stunningly [1]
  7422/21
subfield [2]
  7376/1 7376/15
subject [3]
  7359/13 7395/5
  7399/1
subsequent [2]
  7437/17 7472/7
subset [5]  7350/3
  7350/22 7407/7
  7432/18 7432/20
Substantively [1]
  7391/20
subtract [1]
  7355/15
successful [1]
  7466/17
successor [1]
  7403/1
succinct [2]
  7346/21 7347/5
succinctly [1]
  7412/1
suggest [1]
  7345/24
suggested [1]
  7417/7
suggesting [3]
  7411/11 7436/15
  7468/2
suggestions [1]
  7415/20
suggests [1]
  7427/16
Suite [2]  7342/20
  7342/24
summary [4]
  7347/5 7408/15
  7431/14 7438/6
Sundar [2]  7471/9

**S**

Sundar... [1]
  7471/14
superposition [1]
  7383/16
supply [2]
  7390/20 7390/23
sure [19]    7356/16
  7397/25 7401/14
  7407/6 7418/18
  7420/7 7430/25
  7438/23 7439/5
  7440/4 7451/20
  7453/16 7458/13
  7458/16 7461/7
  7462/20 7465/4
  7466/5 7477/3
surprise [1]
  7405/1
surprising [2]
  7435/1 7435/3
surprisingly [1]
  7442/17
survey [1]
  7472/15
surveys [2]
  7472/8 7478/16
survive [1]
  7349/5
SW [1]   7343/8
swipes [2]   7461/9
  7461/14
switching [4]
  7442/2 7451/5
  7467/10 7475/24
synthesized [2]
  7407/16 7407/21
synthetic [1]
  7408/1
system [7]
  7348/18 7360/15
  7384/19 7403/1
  7411/21 7414/2
  7444/20
systematic [1]
  7360/2
systematically [1]
  7442/12
systems [4]
  7378/2 7402/22
  7414/19 7425/2

**T**

tab [2]   7455/6
  7455/19
table [1]   7408/17
talk [8]   7386/7
  7386/12 7447/22
  7454/5 7454/21
  7477/4 7477/9
  7477/18
talked [8]   7380/7
  7381/3 7386/10
  7386/12 7386/25
  7394/12 7430/2
  7454/14
talking [10]

7363/21 7375/20
7386/7 7396/18
7397/10 7422/3
7427/1 7436/13
7447/1 7459/15
talks [1]   7466/13
target [2]
  7416/12 7458/1
task [1]   7394/6
tasteful [1]
  7345/25
tastefully [2]
  7362/8 7362/21
teacher [1]
  7428/17
team [16]   7363/8
  7373/5 7381/21
  7383/18 7390/6
  7391/9 7391/15
  7397/12 7411/17
  7412/24 7418/22
  7418/22 7418/22
  7426/3 7426/7
  7450/19
team's [1]
  7389/20
teams [5]   7363/8
  7378/21 7389/20
  7470/12 7470/16
tech [2]   7374/2
  7409/16
technical [5]
  7360/5 7362/21
  7375/25 7474/22
  7475/1
techniques [1]
  7403/10
technology [8]
  7353/11 7403/17
  7404/4 7405/9
  7405/14 7405/17
  7406/22 7407/13
telling [2]
  7388/3 7393/12
tells [1]   7403/4
tend [2]   7434/7
  7434/17
tennis [4]
  7361/20 7361/23
  7367/1 7367/7
tenure [4]   7363/1
  7363/1 7363/5
  7363/6
term [22]   7348/17
  7348/18 7349/2
  7349/2 7349/4
  7354/20 7354/21
  7354/22 7355/4
  7355/5 7355/23
  7356/2 7356/22
  7357/6 7357/25
  7378/6 7385/17
  7404/5 7404/6
  7432/7 7459/10
  7472/22
terminology [4]
  7354/25 7355/4

7355/5 7364/14
terms [12]   7382/7
  7387/15 7387/15
  7390/3 7391/12
  7397/19 7399/21
  7413/25 7418/2
  7419/21 7476/19
  7478/5
terrific [3]
  7477/15 7477/24
  7478/4
territory [1]
  7406/19
test [1]   7424/6
testified [2]
  7419/4 7448/21
testifying [1]
  7398/15
testimony [14]
  7362/22 7383/25
  7419/11 7424/20
  7430/2 7443/7
  7448/1 7466/14
  7467/7 7472/25
  7476/8 7476/22
  7477/6 7477/8
testing [1]
  7405/15
textbooks [1]
  7359/15
theater [1]
  7361/13
theorem [2]
  7381/6 7381/8
theorems [2]
  7380/14 7380/16
theoretic [1]
  7380/13
theoretically [1]
  7384/24
theorists [2]
  7359/25 7360/17
theory [3]
  7358/21 7359/25
  7380/7
therapies [1]
  7403/5
there's a [1]
  7414/6
therefore [1]
  7367/9
thesis [1]   7403/6
thicken [1]
  7365/3
thicker [4]
  7364/10 7364/12
  7364/17 7394/18
thinking [3]
  7355/3 7392/25
  7407/1
thinner [2]
  7364/9 7364/13
third [5]   7359/11
  7379/10 7414/15
  7415/12 7474/19
thorough [1]
  7470/19

thought [1]
  7471/23
three [9]   7347/17
  7358/9 7381/15
  7403/5 7430/22
  7436/7 7440/11
  7440/15 7463/7
three-dimensional
  [1]   7403/5
throughout [2]
  7376/16 7448/8
tickets [1]
  7361/13
tied [4]   7456/20
  7456/21 7457/9
  7459/17
ties [4]   7405/10
  7456/17 7459/4
  7459/17
TikTok [57]
  7386/19 7386/22
  7387/5 7387/12
  7392/5 7392/15
  7392/16 7392/22
  7393/3 7393/13
  7393/23 7394/2
  7394/3 7394/5
  7394/6 7401/5
  7401/7 7419/9
  7419/10 7419/12
  7419/17 7419/19
  7419/23 7420/2
  7420/12 7420/13
  7420/14 7420/23
  7420/24 7421/1
  7421/3 7421/8
  7421/10 7421/12
  7421/15 7421/22
  7422/2 7422/8
  7422/11 7422/13
  7422/19 7422/22
  7423/25 7424/6
  7424/7 7424/9
  7424/14 7424/20
  7424/25 7425/14
  7425/16 7427/1
  7427/6 7427/7
  7427/14 7427/17
  7429/24
TikTok's [2]
  7401/9 7423/11
timeframe [2]
  7445/13 7473/17
timeline [3]
  7349/19 7349/20
  7349/22
times [4]   7356/12
  7378/7 7384/14
  7398/7
title [4]   7436/24
  7449/3 7453/1
  7469/1
titled [1]   7388/8
today [10]
  7349/21 7384/1
  7386/25 7414/18
  7421/13 7437/21

7462/24 7464/8
7473/14 7478/15
together [7]
  7360/1 7376/21
  7376/24 7381/21
  7387/4 7394/10
  7426/19
toggle [1]
  7474/24
told [1]   7447/20
tolerate [1]
  7405/20
tomorrow [6]
  7476/2 7476/4
  7476/13 7476/20
  7477/1 7477/5
tons [1]   7396/20
took [2]   7405/8
  7462/1
tool [1]   7380/18
tools [4]   7379/5
  7379/8 7379/16
  7379/18
top [7]   7353/23
  7383/8 7410/11
  7411/23 7453/22
  7467/16 7469/22
topic [4]   7407/19
  7408/21 7416/19
  7451/25
topics [3]
  7401/24 7442/2
  7451/5
topside [1]
  7347/7
totally [1]
  7439/1
touched [2]
  7378/22 7391/14
towards [2]
  7394/3 7394/4
toxicity [2]
  7405/18 7405/20
Toyota [1]
  7367/18
track [2]   7415/21
  7460/20
tracking [1]
  7460/19
tracks [1]   7461/5
trade [1]   7377/18
tradition [1]
  7403/23
traditional [1]
  7426/11
traffic [2]
  7380/19 7388/4
train [2]   7410/1
  7459/13
training [1]
  7459/16
trajectory [2]
  7390/14 7398/3
transaction [3]
  7378/25 7379/6
  7398/3
transactions [1]

**T**

transactions...
  [1]   7398/5
transcript [2]
  7342/10 7480/4
transformer [7]
  7404/2 7404/3
  7404/4 7405/8
  7405/14 7407/4
  7407/13
transformers [8]
  7377/4 7403/12
  7403/13 7403/18
  7404/8 7404/21
  7404/22 7407/9
transforms [1]
  7403/14
transition [1]
  7371/18
transitioned [1]
  7371/15
traps [2]   7361/11
  7361/12
trends [2]
  7370/15 7399/15
trial [4]   7342/10
  7393/17 7420/19
  7473/1
tried [1]   7458/23
trigger [1]
  7361/22
trivial [1]
  7365/25
trouble [1]
  7430/8
true [16]   7360/15
  7360/15 7360/18
  7384/1 7395/22
  7426/25 7427/8
  7427/11 7454/12
  7455/13 7461/11
  7462/22 7471/10
  7471/22 7471/23
  7480/4
trust [5]   7453/1
  7453/6 7453/10
  7454/3 7467/3
try [16]   7346/4
  7346/20 7346/24
  7355/14 7355/14
  7357/22 7360/12
  7365/6 7372/22
  7380/19 7385/2
  7393/6 7424/4
  7426/19 7430/14
  7477/11
trying [10]
  7348/2 7372/23
  7376/2 7376/3
  7381/23 7393/4
  7396/6 7412/23
  7474/20 7476/13
Ts [1]   7404/3
tune [1]   7439/13
turn [15]   7345/8
  7351/10 7386/10
  7389/24 7392/3

7395/23 7395/25
  7396/8 7397/5
  7416/16 7417/13
  7427/21 7440/10
  7458/19 7460/15
turning [1]
  7463/16
TV [2]   7435/10
  7435/10
TVs [2]   7434/22
  7435/12
two [22]   7346/8
  7359/18 7362/3
  7366/24 7371/15
  7380/24 7384/15
  7399/11 7400/16
  7401/24 7404/11
  7404/16 7406/8
  7417/19 7423/15
  7423/18 7440/7
  7453/3 7454/1
  7467/18 7470/6
  7474/17
Tyler [1]   7342/23
type [16]   7351/12
  7351/13 7357/13
  7361/4 7361/12
  7361/21 7362/19
  7365/21 7366/1
  7367/7 7383/6
  7388/11 7394/25
  7397/16 7434/25
  7464/3
typed [2]   7361/6
  7361/7
types [19]   7354/7
  7360/23 7361/2
  7361/25 7361/25
  7371/18 7376/5
  7388/22 7426/13
typically [5]
  7403/6 7408/15
  7414/2 7420/11
  7422/6
typing [3]
  7361/20 7367/5
  7367/6

**U**

U.S [6]   7342/14
  7342/17 7342/20
  7343/24 7393/3
  7405/25
ultimately [1]
  7478/21
umbrella [1]
  7391/24
unclogged [1]
  7390/24
under [6]   7396/16
  7413/4 7416/8
  7440/1 7450/19
  7478/20
underlying [1]
  7361/6
understood [7]
  7349/23 7351/23
  7374/18 7445/17

7458/13 7465/4
  7471/5
underway [1]
  7414/10
unequivocally [1]
  7443/5
unfortunate [1]
  7472/22
unfortunately [1]
  7438/5
uniformly [1]
  7371/25
unique [4]
  7456/18 7456/21
  7457/9 7457/15
uniquely [1]
  7457/24
unit [1]   7369/13
UNITED [7]   7342/1
  7342/3 7342/11
  7418/11 7418/16
  7453/6 7477/20
universally [1]
  7345/18
unless [4]   7381/6
  7381/7 7381/8
  7447/13
unlikely [1]
  7477/5
unprecedented [1]
  7390/24
unquote [1]
  7472/21
unredacted [1]
  7397/7
unsure [1]
  7451/25
untenable [1]
  7373/12
up [58]   7347/16
  7348/23 7349/20
  7354/6 7354/20
  7356/6 7356/13
  7357/3 7358/23
  7362/3 7362/22
  7364/24 7365/23
  7367/17 7375/1
  7379/22 7379/24
  7380/5 7382/18
  7382/22 7384/6
  7384/11 7384/13
  7390/19 7396/2
  7397/25 7398/1
  7398/2 7398/6
  7400/16 7401/7
  7404/18 7407/14
  7408/5 7410/10
  7412/5 7412/11
  7418/19 7422/7
  7422/23 7427/21
  7428/22 7430/23
  7431/6 7432/24
  7436/14 7438/24
  7445/2 7446/8
  7447/25 7448/15
  7454/14 7455/9
  7456/6 7456/24

7462/4 7472/9
  7476/2
Update [1]
  7431/10
upload [2]
  7369/15 7370/24
upshot [1]   7359/2
upside [2]
  7355/16 7356/15
UPX223 [1]   7445/2
UPX344 [2]
  7430/17 7430/18
UPX500 [1]
  7465/17
UPX501 [3]
  7410/11 7410/24
  7465/19
UPX811 [1]   7412/7
UPXD17 [4]
  7344/16 7456/24
  7458/20 7459/1
UPXD19 [1]
  7422/23
URL [1]   7458/24
use [16]   7350/13
  7363/3 7363/18
  7366/10 7373/4
  7374/3 7402/20
  7404/4 7407/5
  7435/16 7436/3
  7457/25 7459/16
  7459/17 7460/16
  7460/17
used [13]   7348/12
  7351/12 7378/6
  7378/6 7403/5
  7404/6 7414/1
  7419/21 7433/7
  7433/8 7447/11
  7459/10 7472/22
used the [1]
  7378/6
useful [6]
  7354/17 7363/15
  7409/23 7410/2
  7413/20 7414/13
user [109]
  7345/24 7346/5
  7346/23 7347/4
  7348/24 7349/3
  7349/4 7353/20
  7353/22 7354/18
  7355/9 7355/10
  7355/14 7355/17
  7356/5 7356/10
  7356/15 7356/16
  7357/10 7357/10
  7357/15 7357/16
  7357/19 7361/6
  7361/10 7361/12
  7362/4 7362/6
  7362/7 7362/12
  7364/7 7365/1
  7365/12 7365/18
  7368/1 7370/4
  7370/11 7376/3
  7376/5 7376/11

7380/14 7386/12
  7387/6 7394/5
  7398/1 7403/15
  7405/3 7405/7
  7405/15 7408/3
  7409/12 7409/13
  7409/20 7409/25
  7414/12 7414/13
  7414/16 7414/18
  7414/21 7414/21
  7414/22 7414/25
  7415/4 7415/5
  7415/7 7415/23
  7415/24 7416/11
  7416/16 7417/7
  7417/15 7417/22
  7419/12 7419/14
  7422/13 7422/20
  7423/25 7424/6
  7425/5 7426/3
  7426/6 7426/7
  7432/7 7432/9
  7432/24 7448/22
  7452/16 7452/20
  7454/3 7454/8
  7454/17 7454/19
  7455/7 7455/15
  7456/20 7458/17
  7459/16 7460/3
  7460/6 7460/9
  7460/13 7460/23
  7462/1 7462/19
  7462/21 7463/3
  7463/21 7463/24
  7475/11
user's [19]
  7347/2 7351/15
  7351/18 7353/10
  7353/12 7355/11
  7355/13 7357/25
  7361/17 7361/19
  7365/15 7370/14
  7409/18 7413/11
  7420/3 7423/19
  7461/6 7464/17
  7474/3
user-impactful [1]
  7417/15
users [104]
  7345/12 7345/15
  7345/20 7345/23
  7346/2 7346/6
  7348/25 7351/11
  7354/9 7354/10
  7354/15 7361/7
  7363/16 7364/6
  7369/8 7370/7
  7371/8 7374/2
  7376/8 7381/16
  7405/17 7406/17
  7409/12 7409/16
  7410/2 7410/8
  7410/9 7411/20
  7412/4 7415/25
  7416/18 7416/22
  7417/6 7417/9
  7417/20 7419/16

**U**

users... [68]
7419/23 7421/22
7424/6 7424/14
7425/8 7425/18
7427/5 7427/16
7431/19 7432/1
7433/2 7433/13
7434/17 7435/14
7442/6 7442/7
7442/9 7442/12
7442/16 7444/10
7444/21 7448/11
7452/17 7452/17
7452/20 7452/20
7453/10 7454/6
7454/9 7454/13
7454/17 7454/21
7454/22 7455/22
7455/23 7455/24
7456/11 7456/16
7456/19 7457/25
7458/5 7458/11
7458/19 7459/3
7459/3 7459/21
7459/23 7459/24
7461/11 7461/12
7461/13 7462/9
7462/12 7462/13
7462/15 7462/25
7463/11 7463/12
7463/14 7465/5
7467/9 7467/12
7470/22 7471/4
7474/2 7474/9
7475/18 7475/18
uses [8]   7451/15
7451/22 7458/4
7459/12 7463/10
7463/17 7463/21
7463/24
using [22]   7350/7
7352/4 7359/1
7367/3 7370/16
7382/5 7391/23
7397/21 7402/8
7404/8 7404/22
7405/12 7407/15
7414/23 7417/25
7424/7 7427/14
7450/2 7457/10
7458/23 7475/15
7475/19
usually [1]
7420/2

**V**

vacuum [3]   7405/5
7405/6 7405/8
vaguely [3]
7388/21 7430/9
7471/21
valuable [3]
7455/22 7455/23
7470/13
valuation [2]
7360/16 7396/6

value [20]
7348/18 7354/20
7354/21 7354/22
7355/4 7355/6
7355/22 7355/23
7356/3 7356/13
7356/16 7356/16
7356/23 7357/6
7357/25 7360/15
7364/7 7364/7
7383/9 7386/5
values [1]
7360/18
variables [2]
7380/21 7380/23
variance [1]
7474/21
variants [1]
7359/14
varies [1]   7441/6
various [11]
7349/7 7375/2
7377/19 7382/9
7387/23 7393/11
7397/2 7408/1
7410/1 7416/21
7419/10
vast [1]   7387/11
vehicles [1]
7375/15
versa [1]   7377/2
version [4]
7352/21 7353/6
7382/1 7389/6
versions [1]
7360/1
versus [6]   7347/1
7362/15 7366/13
7370/16 7450/3
7454/23
vertical [3]
7348/12 7370/4
7419/6
verticals [3]
7348/5 7434/4
7434/18
vice [4]   7377/2
7468/22 7468/22
7469/3
vicinity [2]
7409/21 7461/25
Vickery [1]
7358/9
video [3]   7396/24
7419/23 7421/20
videos [10]
7419/25 7420/3
7420/14 7421/16
7421/18 7424/9
7424/9 7424/22
7464/6 7478/2
view [6]   7395/18
7397/20 7398/18
7405/15 7419/16
7469/10
viewing [1]
7354/17

vigorous [1]
7474/18
virtually [1]
7357/13
virtue [1]   7380/3
vis [2]   7397/20
7397/20
vis-a-vis [1]
7397/20
visibility [1]
7379/3
visible [6]
7346/6 7370/20
7392/7 7401/10
7402/21 7404/23
visitor [1]
7436/10
visits [1]
7436/10
Vista [1]   7351/11
visual [1]
7399/16
visually [4]
7353/11 7353/13
7370/8 7449/23
volume [9]   7372/3
7387/4 7398/5
7432/8 7432/8
7434/3 7434/4
7441/4 7467/21
VP [2]   7466/9
7469/11

**W**

wait [1]   7359/7
walled [2]
7420/16 7420/18
Walmart [3]
7425/25 7428/1
7428/14
Walmart's [1]
7425/25
wants [2]   7367/9
7405/7
wares [1]   7367/21
wary [1]   7427/14
Washington [5]
7342/5 7342/15
7342/18 7343/8
7343/25
wasting [1]
7470/13
watch [3]   7378/25
7397/12 7397/14
watched [1]
7424/10
watching [1]
7464/6
water [3]   7358/15
7359/8 7360/16
wattage [1]
7369/9
way [35]   7348/17
7354/13 7355/2
7356/2 7365/14
7366/17 7372/8
7373/15 7373/16
7373/16 7375/9

7380/9 7380/12
7381/23 7383/8
7384/4 7397/22
7398/3 7399/11
7403/14 7406/22
7407/14 7409/19
7413/7 7414/8
7415/21 7420/22
7435/5 7436/16
7443/9 7444/2
7444/16 7444/22
7457/18 7469/17
Wayfair [2]
7427/25 7428/15
ways [3]   7366/7
7376/14 7414/13
Waze [1]   7418/21
weak [2]   7453/13
7453/22
web [8]   7421/4
7421/9 7421/11
7421/13 7421/23
7426/11 7458/21
7460/5
Webb [1]   7342/23
website [3]
7353/22 7407/3
7407/3
websites [2]
7427/25 7428/3
week [2]   7437/13
7468/21
weeks [2]   7431/24
7437/1
weighing [1]
7478/22
weights [1]
7356/4
Welcome [2]
7345/2 7401/21
well-defined [1]
7432/20
well-known [1]
7367/20
well-matched [2]
7346/1
weren't [3]
7447/20 7466/22
7469/17
what did [1]
7360/7
what's [16]
7359/9 7366/17
7388/18 7393/17
7396/12 7396/16
7397/9 7399/2
7399/14 7410/10
7411/4 7411/4
7414/21 7441/7
7445/20 7453/4
whenever [3]
7345/3 7401/22
7459/25
wherever [2]
7346/7 7444/2
white [5]   7362/19
7365/25 7366/2

7445/5 7452/23
who's [1]   7414/16
whole [7]   7380/21
7400/18
whose [2]   7409/5
7436/19
widget [2]   7475/7
7475/8
WILLIAM [1]
7342/23
Williams [1]
7343/7
willing [2]
7373/7 7373/17
willingness [1]
7372/4
Wilson [1]
7343/10
window [1]
7454/14
wine [5]   7362/19
7362/20 7366/1
7366/1 7366/2
winner [3]
7358/18 7359/1
7359/10
winners [1]
7401/2
winning [1]
7358/16
wise [1]   7377/17
wish [1]   7417/11
withdrawn [2]
7365/11 7385/7
within [6]
7353/19 7353/21
7393/24 7406/12
7407/15 7413/17
without [8]
7391/6 7396/4
7399/17 7401/1
7414/13 7454/8
7456/2 7456/20
witness [16]
7344/2 7350/6
7350/8 7350/16
7384/8 7392/11
7398/14 7399/1
7399/5 7399/10
7408/23 7423/24
7431/6 7445/3
7445/5 7476/12
witnesses [3]
7472/25 7477/21
7478/2
women [1]   7362/15
Women's [1]
7362/15
Wonderful [1]
7404/19
word [3]   7353/2
7391/23 7433/10
worded [2]
7469/25 7470/2
words [10]   7375/2
7404/11 7412/2
7413/8 7415/9

**W**

words... [5]
 7416/8 7416/10
 7433/7 7447/8
 7449/22
work [15]   7349/14
 7352/13 7359/4
 7359/14 7370/23
 7370/25 7373/15
 7376/18 7394/4
 7403/18 7404/2
 7470/13 7470/15
 7477/11 7478/8
worked [1]   7478/7
working [2]
 7467/3 7470/12
works [2]   7347/5
 7377/16
world [8]   7367/15
 7367/16 7367/17
 7367/20 7377/4
 7394/7 7402/21
 7402/22
worries [1]
 7423/5
worry [1]   7375/11
worth [1]   7470/7
write [2]   7407/2
 7470/12
written [3]
 7408/13 7408/15
 7421/22
wrong [3]   7365/2
 7405/19 7406/1

**X**

XY3200 [1]   7376/6

**Y**

Yahoo [4]   7356/20
 7356/21 7356/21
 7357/12
year [8]   7346/7
 7382/10 7382/14
 7389/22 7404/12
 7439/13 7441/6
 7471/17
years [21]   7349/9
 7360/4 7361/3
 7369/23 7369/23
 7370/16 7385/13
 7387/17 7392/16
 7397/11 7397/17
 7398/9 7400/4
 7402/10 7402/13
 7404/23 7409/14
 7417/18 7446/4
 7446/5 7457/19
Yelp [4]   7348/5
 7348/6 7348/7
 7348/13
yep [4]   7400/20
 7432/5 7436/1
 7438/10
yesterday [2]
 7423/1 7423/10
York [2]   7342/25

 7343/11
young [1]   7387/1
younger [1]
 7393/10
YouTube [3]
 7375/12 7463/25
 7464/6

**Z**

Z-W-I-E-B-A-C-K
 [1]   7457/22
zero [3]   7346/14
 7347/6 7347/16
zoom [1]   7466/23
Zwieback [2]
 7457/16 7457/20