```
 1                BEFORE THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA
 2

 3   UNITED STATES OF AMERICA, et al., .
                                       .  Case Number 20-cv-3010
 4             Plaintiffs,             .
                                       .
 5        vs.                          .
                                       .  Washington, D.C.
 6   GOOGLE LLC,                       .  October 27, 2023
                                       .  9:33 a.m.
 7             Defendant.              .
     - - - - - - - - - - - - - - - - - .
 8

 9                  TRANSCRIPT OF BENCH TRIAL, DAY 29
                    BEFORE THE HONORABLE AMIT P. MEHTA
10                     UNITED STATES DISTRICT JUDGE

11

12   APPEARANCES:

13   For DOJ Plaintiffs:          KENNETH DINTZER, ESQ.
                                   United States Department of Justice
14                                 1100 L Street Northwest
                                   Washington, D.C. 20005
15
                                   JOSHUA HAFENBRACK, ESQ.
16                                 United States Department of Justice
                                   450 Fifth Street Northwest
17                                 Washington, D.C. 20001

18   For Plaintiff State of
     Colorado:                     STEVEN KAUFMANN, ESQ.
19                                 Colorado Department of Law
                                   Consumer Protection Section
20                                 Antitrust Unit
                                   1300 Broadway
21                                 Seventh Floor
                                   Denver, Colorado 80203
22

23

24                      -- continued --

25
```

1     APPEARANCES (CONTINUED):

2     For Plaintiffs State of
      Colorado and State of
3     Nebraska:                    WILLIAM F. CAVANAUGH, JR., ESQ.
                                   Patterson Belknap Webb & Tyler LLP
4                                  1133 Avenue of the Americas
                                   Suite 2200
5                                  New York, New York 10036

6     For the Defendant:           JOHN SCHMIDTLEIN, ESQ.
                                   Williams & Connolly LLP
7                                  680 Maine Avenue Southwest
                                   Washington, D.C. 20024
8
                                   MICHAEL SOMMER, ESQ.
9                                  Wilson Sonsini Goodrich & Rosati
                                   1301 Avenue of the Americas
10                                 40th Floor
                                   New York, New York 10019

11

12

13

14    Official Court Reporter:     SARA A. WICK, RPR, CRR
                                   333 Constitution Avenue Northwest
15                                 Room 4704-B
                                   Washington, D.C. 20001
16                                 202-354-3284

17
      Proceedings recorded by stenotype shorthand.
18    Transcript produced by computer-aided transcription.

19

20

21

22

23

24

25

1

# C O N T E N T S

2

3

## TESTIMONY

4    PRABHAKAR RAGHAVAN      Cross-Examination............... 7510
                            Cross-Examination............... 7581
5                           Redirect Examination........... 7595

6

7                           EXHIBITS RECEIVED

8    UPX2051.................................................. 7511
     UPX2040.................................................. 7531
9    UPX2041.................................................. 7545
     UPX8082.................................................. 7558
10   UPX7002A................................................. 7578
     PSX1217.................................................. 7589
11   PSX1218.................................................. 7594

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    P R O C E E D I N G S

 2         (Call to order of the court.)

 3              COURTROOM DEPUTY:  Good morning, Your Honor.  This is

 4    Civil Action 20-3010, United States of America, et al., versus

 5    Google LLC.

 6         Kenneth Dintzer for the DOJ, William Cavanaugh on behalf of

 7    Plaintiff States, John Schmidtlein on behalf of Google.

 8              THE COURT:  All right.  Good morning again, everyone.

 9    And it is Friday.  So are we ready to get started?

10         Dr. Raghavan, good morning.

11         Mr. Hafenbrack, whenever you are ready.

12              MR. HAFENBRACK:  Joshua Hafenbrack for the United

13    States.

14                    CROSS-EXAMINATION (Continued)

15     PRABHAKAR RAGHAVAN, WITNESS FOR THE DEFENDANT, RESUMED STAND

16              BY MR. HAFENBRACK:

17    Q.   Good morning, Dr. Raghavan.

18    A.   Good morning, Mr. Hafenbrack.

19    Q.   Welcome back to day 2.

20         Can you please to UPX2051 in your binder, please.  And we

21    will put it up on the screen for you also.  I know you have to

22    flip through a few.  So let me know when you're there.

23              THE COURT:  Just say the exhibit number one more time,

24    please.

25              MR. HAFENBRACK:  2051, Your Honor, UPX.  It should be
```

```
 1    sort of near the back of the binder.
 2             THE WITNESS:  I can look through the whole thing.  Is
 3    there a particular --
 4             BY MR. HAFENBRACK:
 5    Q.   No, that's okay.  I'm going to ask you a few general
 6    questions first, and then I will point you to a few specific
 7    slides.
 8         This is a update on something called Project Cinnamon that
 9    was addressed to you; correct?
10    A.   Yes.
11    Q.   And this is a slide deck from 2020.  And at a general
12    level, Project Cinnamon was about Google's search strategy on
13    Apple iOS devices, including iPhones; right?
14    A.   At a general level.
15             MR. HAFENBRACK:  Your Honor, we will offer UPX2051.
16             MR. SOMMER:  No objection.
17             THE COURT:  It will be admitted.
18        (Exhibit UPX2051 received into evidence.)
19             BY MR. HAFENBRACK:
20    Q.   Dr. Raghavan, one of the goals of Project Cinnamon was to
21    move the search habit for existing Safari users from Safari into
22    the Google Search application; is that right?
23    A.   IGA, as we call it.
24    Q.   IGA meaning the Google Search application; correct?
25    A.   yes, iOS Google app.
```

Q.   Okay.  Great.  And Project Cinnamon was a topic of interest
in the latter half of 2020 because Google's distribution
agreement with Apple was coming up for a renewal point in 2021;
is that right?

A.   That's not the consideration that was presented to me.  The
Cinnamon team came and presented this as something they had been
working on prior to my arrival in search.  And so they were
showing me their work.

Q.   Okay.  So you didn't see it as related to sort of
considering the strategic landscape on Apple ahead of the
contract renewal?

A.   To me, the contract renewal was not the reason to think
about the iOS Google app.

Q.   Okay.  That's fair.  This might have been before your time
as head of search, Dr. Raghavan, but are you familiar with a
Project Soy that came before Project Cinnamon?

A.   The name rings a vague, very vague bell, but I'm not
familiar with this project.

Q.   Okay.  And if you recall, did Project Soy have a similar
sort of goal of thinking about how to get users out of Safari
and into the Google Search application?

A.   I have no idea.

Q.   Okay.  Let's take a look at slide 8, which we will put up
on the screen.  It's also Bates 519.  And a bit of this slide
has been marked confidential, as you can see on your screen, but

1    I'm going to work around that in my questions.

2         And you see, Dr. Raghavan, the title of the slide asks the

3    question, "How do users reach Google on iOS?"  Do you see that?

4    A.    I do.

5    Q.    And the answer in red is "through Safari"; right?

6    A.    Yes.

7    Q.    And then the percentages -- there's a line graph there, and

8    the percentages are redacted.  So I won't ask you about the

9    specific numbers.  But this line graph is showing that as of

10   2020, the strong majority of Google's iOS searches were coming

11   through Safari; correct?

12   A.    The strong majority, yes.

13   Q.    And there's lines there for the Google Search application

14   in Chrome.

15        Do you see that?

16   A.    I do.

17   Q.    The Google Search application's in blue, and the Chrome is

18   in yellow; right?

19   A.    I think that's the yellow line, yeah.

20   Q.    Chrome is yellow; right?

21   A.    I think so.

22   Q.    Okay.  And that's showing that much lower percentages

23   relative to Safari of Google Search traffic coming through the

24   search app. in Chrome; right?

25   A.    Yes.

1    Q.   And you see here the percentages of traffic coming through

2    these three different access points, very stable over the period

3    of time depicted on this chart; right?

4    A.   Yes.

5    Q.   And you see this chart is saying the current slope, meaning

6    the growth rate in usage of the Google Search application, was

7    0 percent; right?

8    A.   The chart does say that.

9    Q.   And you're aware that by this time in 2020, Google had been

10   making a concerted effort for years to try to get users to use

11   the search application instead of Safari; correct?

12   A.   I wouldn't say I'm aware of what had happened before that.

13   Q.   Okay.

14   A.   I can speak to anything you want to know about after this

15   point.

16   Q.   So you don't know one way or the other whether in the years

17   leading up to 2020 Google had done that?

18   A.   I do not.

19   Q.   Okay.  That's fair.  Let's take a look at the next slide,

20   slide 9.  And the question here, the headline question is, "Is

21   serving our users primarily through Safari a risk for us?"

22        Do you see that?

23   A.   Yes.

24   Q.   And "us" meaning Google; correct?

25   A.   Correct.

1    Q.    And the answer is, "Yes, in Safari, users often unaware

2    they're using Google."

3         Do you see that?

4    A.    I do.

5    Q.    And then this chart on this slide is showing the results of

6    some user research that Google had done; correct?

7    A.    I believe so, yes.

8    Q.    And that user research showed that the majority of Safari

9    users, when they're searching through the Safari bar, were

10   unaware that they were actually searching through Google;

11   correct?

12   A.    Yes.

13   Q.    You can put that one aside.  Dr. Raghavan, you've been the

14   head of Google Search since 2020; is that correct?

15   A.    Since June of 2020.

16   Q.    Do you know to the nearest $1 billion how much Google paid

17   Apple under the ISA in 2022?

18   A.    I do not.

19   Q.    Can you tell me to the nearest $2 billion?

20   A.    I don't want to speculate.  I'm told there's an agreement,

21   and I stay out of it.  I've been consciously focusing on the

22   product, not the agreement.

23   Q.    And you have no knowledge of the amount of money, top line

24   amount of money that Google pays to Apple; is that right?

25   A.    Not a good estimate, I do not.

1   Q.   You never asked anyone that question?

2   A.   I've not focused on that at all.  It didn't occur to me

3   that that was an important consideration, and I should go back

4   to fixing the product.

5   Q.   You've never asked anyone on your team to analyze -- strike

6   that.

7        Okay.  New topic, Dr. Raghavan.  You receive reports about

8   the profit and loss performance of the parts of the company that

9   report up to you; right?

10  A.   Some reports, yeah, yeah.

11  Q.   You don't receive the detailed spreadsheets, but you get

12  sort of an executive summary; right?

13  A.   Summary.

14  Q.   And including reports about the performance of Google's ad

15  divisions; right?

16  A.   Of Google's?  Sorry?

17  Q.   Ad divisions.

18  A.   Yes.

19  Q.   Let's take a look at UPX453.  And this is in evidence, Your

20  Honor.

21       Dr. Raghavan, this document, because it's got a fair amount

22  of numbers, it's got some redactions, but I'm going to do my

23  best to try to ask you questions without discussing the specific

24  figures.  Okay?

25  A.   Thank you.

1    Q.    And you see at the top it says "2020 ads P&L outlook";

2    right?

3    A.    I do.

4    Q.    And P&L, profit and loss?

5    A.    Yes.

6    Q.    And it's addressed to you, Philipp Schindler, and Jerry

7    Dischler; is that right?

8    A.    That's right.

9    Q.    And the Court has heard from Mr. Dischler.

10         And Mr. Schindler is SVP and chief business officer at

11   Google; is that right?

12   A.    He is.

13   Q.    Okay.  And these P&L reports are prepared by one of the

14   finance teams at Google; correct?

15   A.    The Ads finance teams.

16   Q.    The Ads finance teams?

17   A.    Yes.

18   Q.    Okay.  And you receive this type of report, this type of

19   summary of the P&L performance regularly; right?

20   A.    Yes.

21   Q.    Do you receive them at particular intervals?  Monthly?

22   Yearly?

23   A.    Roughly, certainly quarterly, and towards the end of the

24   year more often because we are planning for the following fiscal

25   year.

```
1    Q.   I see.  And quarterly, and you receive sort of an annual

2    version as well?

3    A.   What do you mean by an annual version?

4    Q.   A version of the P&L that doesn't report quarterly results,

5    it reports annual results?

6    A.   I think the end of each year they do that.

7    Q.   Okay.  Let's take a look at page 3, which is Bates 559.

8    And there's a little chart there I want to ask you about.  You

9    see at the top it's labeled "Exhibit 2, ads profit contribution

10   broken out by Search Plus, DVAA, and YT ads"?

11   A.   I do.

12   Q.   And the chart, which is redacted, has a bunch of P&L

13   figures; right?

14   A.   Sorry.  It has a bunch of?

15   Q.   P&L figures.

16   A.   It has a bunch of, yeah, dollar numbers.

17   Q.   And this kind of chart is created by someone in the finance

18   department; right?

19   A.   Yes.

20   Q.   And the finance department keeps highly detailed underlying

21   spreadsheets with all this P&L data; right?

22   A.   I would expect so.

23   Q.   Okay.  And I assume you're spared from the actual

24   spreadsheets?

25   A.   I am, fortunately.
```

1    Q.    Okay.  And you see this chart, the chart here on UPX453,

2    has separate columns for Search Plus, DVAA, and YouTube?

3    A.    I do.

4    Q.    And those are all business units that you oversee; correct?

5    A.    I do not have responsibility for YouTube.  The way we

6    operate is YouTube operates as a separate division, but the

7    YouTube Ads team and the numbers are reported up to me.

8    Q.    And so the YouTube organic or product team, it does not

9    report up to you?

10   A.    You're correct.

11   Q.    Okay.

12              THE COURT:  I'm sorry.  What is DVAA?

13              THE WITNESS:  Oh, it's an acronym that I cannot

14   completely recall, but it refers to advertisements that Google

15   places on partners such as *The New York Times* and so on.  So

16   it's not out owned and operated properties but third-party media

17   properties.

18              THE COURT:  I see.  Okay.

19              BY MR. HAFENBRACK:

20   Q.    Your Honor, you anticipated my next question, which was

21   going to be, "DVAA" refers to the Google display network; is

22   that right?

23   A.    Yes.

24   Q.    And that's the part of Google's business that involves

25   serving ads on third-party non-Google websites; right?

1  A.   Yes.

2  Q.   And that division also reports up to you; right?

3  A.   Yes.

4  Q.   And then -- and just for completeness, the column on the

5  right, "YouTube," that's a column that shows the advertising

6  revenues and associated costs with YouTube; right?

7  A.   So it's the advertising revenue from YouTube and the cost,

8  yes.

9  Q.   Okay.  And I want to focus on the first column on the left,

10  the "Search Plus" column.

11      Do you see that?

12  A.   I do.

13  Q.   And Search Plus is an accounting category that includes

14  both the Search product team and the Search Ads product team; is

15  that right?

16  A.   Sorry.  When you say -- the revenue only comes from Search

17  Ads.

18  Q.   Yes.

19  A.   Yeah.

20  Q.   So let me ask more precisely.

21  A.   Okay.

22  Q.   It includes the costs associated with providing organic

23  search results and the costs and revenues associated with search

24  advertising; right?

25  A.   Yes.

1    Q.   I want to go through a couple of these line items.

2         You see under "booked revenue," there's a row that

3    says "TAC"?

4    A.   I do see that.

5    Q.   And that's traffic acquisition costs; right?

6    A.   Yes.

7    Q.   Yes?

8    A.   Yes.

9    Q.   And that's what Google pays for search defaults; right?

10   A.   When you say "pays for search defaults," I understand there

11   are agreements with a number of other parties for us to provide

12   their search, and cumulatively, that is considered the TAC.

13   Q.   And it would include things like Google enters into a

14   revenue share agreement with a browser or a device manufacturer,

15   and that would be counted as a TAC?

16   A.   I believe that's accounted for as a TAC.

17   Q.   And you see the "machine network"?

18   A.   I do.

19   Q.   And does that figure encompass things like servers, data

20   centers, machine technology?

21   A.   Yes.

22   Q.   And below the "gross margin figure," there's a line

23   for "total OpEx."

24        Do you see that?

25   A.   I do.

1    Q.    And is that total operating expenses?

2    A.    Yes.

3    Q.    And the figures there that are redacted include the

4    operating expenses for both the organic side and ad side of

5    Search; right?

6    A.    I believe they do, but I better not try to be a finance

7    person here.

8    Q.    Fair enough.  To your understanding, they do?

9    A.    To my understanding.

10    Q.    And that would include things like engineers, product

11    managers, marketing, sales staff; right?

12    A.    It's some of that, which I'm not sure exactly how they

13    account for it.  That's why I am trying not to be a finance

14    person here.

15    Q.    Fair enough.  To the best of your knowledge, it would

16    include things like engineers, product managing, marketing,

17    sales staff?

18    A.    As best as I can recall here.

19    Q.    And you see at the bottom of this chart, it lists an

20    operating profit percentage or margin for all three of these

21    areas, Search Plus, DVAA, YouTube; correct?

22    A.    Correct.

23    Q.    And you can see that the operating profit margin for Search

24    Plus, order of magnitude higher than the operating profit margin

25    for either DVAA or YouTube; correct?

1    A.    I'm going to check one thing before I respond.

2    Q.    Sure.

3    A.    Yes.

4    Q.    You can put that one aside, Dr. Raghavan.  Thank you.

5          And let's take a look at UPX7002A.  Mr. Barkey, hold off on

6    putting this one on the screen for one second.

7          Your Honor, this is a summary exhibit of the P&L data like

8    we just looked at with Dr. Raghavan.  We're offering this under

9    Rule 1006, and I understand Google doesn't have any objection.

10          THE COURT:  Can you say the exhibit number one more

11    time?

12          MR. HAFENBRACK:  Your Honor, yes, UPX7002A.

13          THE COURT:  It's at the back.  Okay.

14      Is that right, Mr. Sommer?

15          MR. SOMMER:  Right, we have no objection, but are you

16    going to --

17          MR. HAFENBRACK:  I'm going to raise the

18    confidentiality issue now, yes.

19          MR. SOMMER:  We have a dispute over confidentiality on

20    this document, Your Honor.

21          THE COURT:  Okay.

22          MR. HAFENBRACK:  So, Your Honor, what we would like to

23    do is show a version of this summary exhibit on the screen that

24    shows the booked revenue and TAC lines.  You can see them there.

25    The booked revenue goes across in green, and TAC is right

1    underneath it, everything else below that redacted.

2        We don't believe those two rows meet the trade secret

3    criteria that this court has articulated.  Those are top-line

4    figures, similar to those that have already been discussed in

5    open court through various witnesses and that Google has

6    disclosed in securities filings.

7        The TAC figure, in particular, not specific to any one

8    partner.  And as this Court said yesterday, the total dollars a

9    particular company is earning, not a state secret.

10        So we believe those two lines should be shown on the

11    screen.

12                THE COURT:  Mr. Sommer?

13                MR. SOMMER:  So, Your Honor, two days ago, we reached

14    agreement with the government that this would be maintained as

15    confidential.  At 10:00 last night, we got an e-mail saying they

16    wanted to do this.

17        I'm raising that only because there are several layers at

18    my client that need to be consulted on these things.  Many of

19    them are on the West Coast.  So we have not even had an

20    opportunity to fully vet it.

21        But let me explain why this should remain confidential.  It

22    is true that some of these categories are in our 10-Ks, but

23    they're all aggregated.  They're not broken out separately like

24    this.  And that's what distinguishes this from what's in the

25    public filings.  To break these out separately would compromise

```
1    Google's ability in its negotiations for distribution
2    agreements.  It would compromise its competitive posture
3    vis-a-vis competitors.  There's a reason we don't disclose this
4    granularity in our securities filings, because this is precisely
5    the type of data that would create a competitive disadvantage
6    for Google.
7              THE COURT:  How much longer do you have in your
8    examination?
9              MR. HAFENBRACK:  50 minutes, something like that.
10             THE COURT:  All right.  Let's move beyond this and
11   keep going, and we may take a break to have this discussion.  If
12   we've got issues like this, I would rather do it before the
13   witness takes a stand.
14             MR. HAFENBRACK:  Sure.  Absolutely, Your Honor.
15             THE COURT:  So let's keep moving, and then we can
16   decide where we are, and we will take a break to have this
17   conversation.
18             MR. HAFENBRACK:  So what I will do is I will just move
19   past this document, and we will swing back to it.
20             BY MR. HAFENBRACK:
21   Q.   You can put that one aside for now, Dr. Raghavan.
22        You -- switching topics, you spoke about AI during your
23   direct testimony; correct?
24   A.   I did.
25   Q.   You're familiar with *The Verge*, the tech industry
```

1    publication?

2    A.    I know of it.

3    Q.    And you gave an interview to *The Verge* that was published a

4    couple of months ago where you discussed AI topics; correct?

5    A.    I don't quite remember -- maybe it was published a

6    couple -- I don't recall exactly when, but I have spoken to *The*

7    *Verge* at times.

8    Q.    And you've spoken to *The Verge* about AI; correct?

9    A.    I'm sure I have.

10   Q.    Let's take a look at 2040 in your binder.

11        And, Your Honor, UPX2040 is a news article.  I intend to

12   move it in just for the party admissions, Dr. Raghavan's

13   statements, not anything else.

14            THE COURT:  Okay.  Any objection as to that limited

15   purpose of admission?

16            MR. SOMMER:  Well, Your Honor, I don't know yet until

17   I hear the examination.  I mean, a press account of what someone

18   says is not necessarily an admission until the witness

19   acknowledges that he's said it.

20        So to the extent Dr. Raghavan acknowledges that he made the

21   statement, then no objection, but subject to that.

22            THE COURT:  Okay.  Fair enough.

23            MR. HAFENBRACK:  Works for me.

24            BY MR. HAFENBRACK:

25   Q.    Take a look at page 7, Dr. Raghavan.  We're going to blow

1    up on the screen the paragraph I want to ask you about that has

2    quotes from you.  We're going to go sort of sentence by sentence

3    in this paragraph.

4         And so the first sentence says, "So for now" -- this is the

5    reporter writing the article.

6         "So for now, SGE remains opt-in and personality-free."

7         And "SGE," what does that stand for, if you know?

8    A.   It's an acronym for search generative experience, which I

9    mentioned briefly yesterday in response to His Honor's question

10   of is that Bard.  No, this is the thing that happens within the

11   search engine, and it's limited to opted-in users.

12   Q.   Users can opt in to a search experience that has AI

13   features?

14   A.   Well, all search engines, including Google, have AI

15   features, but this particular -- they can opt into this

16   particular generative experience.

17   Q.   Can you briefly describe, what is the generative experience

18   if someone opts into SGE?

19   A.   Yeah, if someone opts into SGE, as we discussed yesterday,

20   you get the traditional search results, prefaced by a summary of

21   those results, which includes elements that are textual,

22   corroborative links, some images, occasionally a table.  And

23   because it's very experimental, at this point, there's also a

24   fair bit of cautions there that we discussed briefly yesterday.

25   Q.   And is SGE available for opt-in worldwide for Google users?

1    A.   At present, it is available for opt-in in the U.S., India,

2    and Japan.

3    Q.   Okay.  I believe you said that yesterday.

4    A.   Yes.

5    Q.   And do you know -- let's just take the U.S., and only if

6    you know.  Do you know the percentage of United States Google

7    users that have opted in to SGE?

8    A.   I didn't -- I haven't looked in the last two weeks, but I

9    know roughly the number of users who have opted in.

10   Q.   Please tell us.

11   A.   It's in the several millions.

12   Q.   Okay.  And how many -- and is that in all three countries?

13   A.   No.  That's in -- you said the U.S.

14   Q.   That's the U.S., okay.  And how many total Google users are

15   there in the United States?

16   A.   It depends on how you count, because you can look at users

17   who are active daily versus monthly and so on.  But very

18   roughly, think of it as a couple of hundred million.

19   Q.   Okay.  So a couple million out of a couple hundred million

20   have opted in?

21   A.   I said a few million, not a couple million.  It's a few

22   million out of a couple hundred million.

23   Q.   How does a few million differ from a couple million?

24   A.   It could be more than two.

25   Q.   Okay.  Fair enough.  Okay.

1      And then the next sentence in this paragraph says,

2   "Raghavan says he's comfortable playing a longer game," and then

3   there's a quote from you.  "Knee-jerk reacting to some trend is

4   not necessarily going to be the way to go."

5      Do you see that?

6   A.   I do.

7   Q.   And did that accurately quote you?

8   A.   Yes.

9   Q.   And the trend you're referring to there is AI and LLMs;

10  right?

11  A.   And the growing belief that these large language models can

12  solve any problem, which I was observing with some alarm and

13  continue to observe with some alarm around me.

14  Q.   And you don't believe that; right?

15  A.   It's not that I don't believe it.  I think people

16  have expected -- have come to expect these things to do magic,

17  and the magic isn't quite here yet.

18  Q.   And the next sentence doesn't quote you, but it refers to

19  you.  It says, "He's also convinced that AI is not some panacea

20  that changes everything - that ten years from now, we'll all do

21  everything through chatbots and LLMs."

22      Do you see that?

23  A.   Sorry.  Let me take a look.  "He's also" -- yes, I realize

24  now.  I look at that sentence.  Yeah, I see the sentence.

25  Q.   And that's a sentence written by the reporter referring to

1    your views.

2         Do you see that?

3    A.    Yes.

4    Q.    And that's your view today, that it's not the case that ten

5    years from now we're going to do everything through chatbots and

6    LLMs; right?

7    A.    It's not the case, I believe, that everything we do in ten

8    years will be through LLMs.

9    Q.    And as you sit here today, Google has no plans to stop

10   crawling and indexing the web; correct?

11   A.    Not because of LLMs.

12   Q.    Not for any reason; right?

13   A.    Not for any reason.

14   Q.    And Google has no plans to stop providing users with

15   information from and links to the open web; correct?

16   A.    We have no plans at this time.

17   Q.    No plans to stop that; correct?

18   A.    No plans to stop.

19   Q.    That's the core mission of Google; right?

20   A.    The core mission is to provide people with information.

21   The product manifestation for now remains to provide

22   corroboration and links to the open web so users can -- we

23   believe that users are served not just by our summaries but then

24   checking for themselves what they see on the web.

25   Q.    And the last quote from you there is, "I think it's going

```
1    to be one more step.  It's not like okay, the old world went

2    away and we're in a whole new world."

3         Do you see that?

4    A.   I do.

5    Q.   And that accurately quoted you; correct?

6    A.   Correct.

7    Q.   And you said that because you believe that; right?

8    A.   I do.

9              MR. HAFENBRACK:  Okay.  Your Honor, we would offer

10   UPX2040 for the party admissions.

11             MR. SOMMER:  No objection on those particular

12   statements that the witness --

13             THE COURT:  It will be admitted.

14       (Exhibit UPX2040 received into evidence.)

15             THE COURT:  When you say, "I think it's going to be

16   one more step," what did you mean by that?

17             THE WITNESS:  If you recall, Your Honor, yesterday, I,

18   either in response to direct or cross-examination, I forget,

19   painted a picture of artificial intelligence slowly moving up

20   the stack from better understanding documents, better

21   understanding queries to actually giving summary answers to the

22   user directly.

23       And I view this as a journey, not as something that

24   happened overnight.  And I think what we in the industry have to

25   figure out is how to use the AI -- these artificial intelligence
```

```
 1   tools to do a better and better job of defining the user's
 2   intent and giving just the perfect answer.
 3        And what I've seen so far is one more step.  I think
 4   there's a few more steps to go, and I expect that in time, for
 5   instance, you will see these language models be able to service
 6   queries not only from typewritten prompts, but voice queries,
 7   image, camera, as well.  And that's a journey that we're still
 8   early on.
 9             THE COURT:  Thank you.
10             BY MR. HAFENBRACK:
11   Q.   You can put that one aside, Dr. Raghavan.
12        You're familiar with StatCounter; correct?
13   A.   I think there's a service that counts various web
14   statistics.  Beyond that, I don't know them well.
15   Q.   And one of the things StatCounter does is provides market
16   share information for different markets?
17   A.   Okay.
18   Q.   Yes?
19   A.   I mean, I don't know that.  I don't know exactly what they
20   do.  They ring a bell.
21   Q.   We're going to put a demonstrative on the screen.  If we
22   could put UPXD16 on the screen.
23   A.   Sorry.  I didn't hear the number.
24   Q.   UPXD16.  There it is.  This is a demonstrative I created,
25   Dr. Raghavan.
```

1      And this is a chart -- may I approach, Your Honor?

2            THE COURT:  You may.

3            BY MR. HAFENBRACK:

4  Q.   Just so you have a paper copy.

5  A.   Thank you.

6  Q.   Sure.  And Dr. Raghavan, this is a chart of StatCounter

7  data, U.S. general search engine market shares, from September

8  2022 to September 2023.

9       Do you see that?

10  A.   I do see it written here, yes.

11  Q.   And what I've done is added a few lines for milestones in

12  generative AI over the past year.

13       Do you see that?

14  A.   Yes.

15  Q.   And I believe you discussed this yesterday, but you might

16  have said December, and I'm happy to take your recollection, but

17  either in November or December of last year, OpenAI introduced

18  ChatGPT; right?

19  A.   I think you may be right on November.  My recollection is

20  somewhere in that vicinity.

21  Q.   Gotcha.  And you certainly recall well that in February

22  2023 Microsoft launched AI-powered Bing and Google launched

23  Bard; right?

24  A.   I do recall that.

25  Q.   And there was a lot of press coverage around Bing's launch

1    of AI-powered -- or Microsoft's launch of AI-powered Bing;

2    right?

3    A.    Yes.

4    Q.    It generated a lot of buzz in the press; right?

5    A.    It did.

6    Q.    And you can see on this chart showing Google's U.S. market

7    share, at least according to StatCounter, from February 2023 to

8    September 2023 remains the same; right?

9    A.    Within some variation.

10   Q.    Within a point or two?

11   A.    Something of that, yes.

12   Q.    And it remains just below 90 percent for that whole time;

13   right?

14   A.    Yes, that's what the chart shows, yes.

15   Q.    And Bing's partnership -- Microsoft's partnership with

16   ChatGPT generated a lot of news coverage, a lot of buzz, but in

17   eight months, it hasn't put a dent in Google's market share;

18   correct?

19   A.    I mean, that's what this chart suggests.

20   Q.    You can put that one aside.

21         Have you ever spoken with a person named Professor Edward

22   Fox, one of Google's experts in this case?

23   A.    I don't believe I've seen him.

24   Q.    Okay.  Have you seen or read Professor Fox's reports that

25   he wrote in 2022 for this case?

1    A.    No.

2    Q.    Have you heard anything about Professor Fox's conclusions

3    that he reached?

4    A.    No.

5    Q.    And you're not aware of any experiments conducted at Google

6    or by Google's experts that decrease the amount of click and

7    query data available to Google down to Bing's level and then

8    tests the effect that has on Google's ability to serve relevant

9    results?

10   A.    So I do know the Search team experiments with different

11   sources of data and the contribution of each.  I don't know of

12   anything as specific as reducing to -- I wouldn't personally, I

13   cannot think of how we would know what it means to reduce to

14   Bing's level.  But leaving that aside, I don't know of that

15   specific thing that you just talked about.

16   Q.    You've certainly never seen or heard anything about an

17   experiment like that conducted by Professor Fox; correct?

18   A.    No.

19   Q.    Let's talk a bit about search advertising.

20         You've been the head of Google's ads division, department

21   since 2018; correct?

22   A.    Yes.

23   Q.    And sitting here today, you don't know whether Google's

24   search text ads are more or less expensive on a cost-per-click

25   basis than Bing's search text ads; correct?

1    A.    I don't know anything about Bing's costs.  From time to
2    time, I'm given reports of ours, but that's -- I don't focus on
3    that.
4    Q.    You're given reports of yours but not Bing's; right?
5    A.    I believe that from time to time, reports come to me,
6    certainly not Bing's.  I wouldn't know how to access Bing's
7    numbers.
8    Q.    And the prices, the cost-per-click prices that Bing
9    charges, not information that you are routinely provided;
10   correct?
11   A.    The costs per click that Bing observes -- I wouldn't say
12   charges; I would say observes -- I'm not privy to.
13   Q.    Okay.  Google sells an advertising product or an
14   advertising campaign called Discovery ads; is that right?
15   A.    Yes.
16   Q.    And Discovery ads are not served in response to a query;
17   right?
18   A.    Correct.
19   Q.    And Google markets Discovery ads to advertisers as a
20   species of social advertising; right?
21   A.    That's quite possible that some of our marketing refers to
22   it as social advertising.
23   Q.    And in particular, Discovery ads are displayed in a user's
24   content feed on Google properties separate from Search; right?
25   A.    Correct, with one exception.

1    Q.    Sure.

2    A.    So you mentioned this yesterday.  You brought up YouTube.

3    You brought up Gmail.  There's one other place within Google's

4    search experience where these ads can show up.  So a few minutes

5    ago, you spoke of the Google application on, for instance, iOS,

6    which I refer to as IGA.  If you open that, of course, you get a

7    search bar, predominantly open at top, but you get a feed of

8    mostly lifestyle stories.  And it's possible that interspersed

9    amongst them, a user might see a Discovery ad.

10   Q.    And that was going to be my next question.

11   A.    And that's why -- you said not on Search.  Sorry.  Sorry to

12   interrupt.  I think of that as in Search.

13   Q.    Fair enough.  So Discovery campaigns, Discovery ads, they

14   can run on YouTube, Gmail, or the Discover product; right?

15   A.    The Discover feed, which is a part of the Search product.

16   Q.    Okay.  And to clear up, because the Discovery ad campaign

17   and the Discover product are so close, I want to try to clear up

18   that confusion, if I can.

19   A.    Thank you.

20   Q.    So the ads are called Discovery ads, and one of the places

21   that they run is on the Discover product; right?

22   A.    It's a very unfortunate coincidence of names, but you're

23   correct that the ads are called Discovery ads, and one of the

24   places they run is within the feed that we refer to as Discover

25   within the Search product.

1    Q.    And is Google now rebranding Discovery ads as something

2    called Demand Gen ads?

3    A.    They were talking about it.  I don't know if it's a done

4    deal.

5    Q.    And was one of the ideas there to avoid this naming

6    confusion?

7    A.    Some of us were annoyed by the naming confusion.  So they

8    were going to try and do something about it.

9    Q.    Okay.  And the Discover product, I go to the Google Search

10   app. on my iPhone, and below the search bar, there will be a

11   bunch of stories, and you mentioned lifestyle kind of stories

12   that are available to me that I can click on and read; right?

13   A.    Correct.

14   Q.    And there might be advertisements that are interspersed

15   within that feed; right?

16   A.    Correct.

17   Q.    Back to Discovery ads, okay, did Google launch the

18   Discovery ads product around 2018 or 2019?  Is that right?

19   A.    I believe we announced it in 2019.

20   Q.    And you were the head of Ads at Google at the time

21   Discovery was launched?

22   A.    Yes.

23   Q.    And Google launched Discovery ads to offer advertisers an

24   option for visually rich ads that aren't served in response to a

25   query; correct?

```
 1    A.    Correct.

 2    Q.    And that's a type of ad that's frequently seen on social

 3    media sites like Instagram and Facebook; correct?

 4    A.    Yes.

 5    Q.    And Discovery -- strike that.

 6          And Google launched Discovery ads because you found

 7    advertisers were asking you why they couldn't get the types of

 8    social ads they could get from Facebook and Instagram from

 9    Google; right?

10    A.    Yes.

11    Q.    And there was demand from advertisers to have an option

12    from Google, separate from Search Ads, for highly visual ads

13    that are a part of a Google content feed; correct?

14    A.    So I think the ask was to have one of the things that was

15    described to me many times was ads in a place like Instagram are

16    so beautiful, why don't you give me a way to place beautiful ads

17    on your properties.  And that was the ask.  It wasn't that they

18    explicitly asked that it be on or off the Search property.

19    Q.    And you mentioned Instagram?

20    A.    Yes.

21    Q.    A similar idea would apply for TikTok as well; right?

22    A.    A similar idea.

23    Q.    Let's look at UPX33, Dr. Raghavan.

24          This is in evidence, Your Honor.

25    A.    Sorry.  Is it in this binder?
```

1    Q.   It should be in your white binder and sort of up near the

2    front.  In fact, it might be the third document in your white

3    binder.

4    A.   Oh, okay.

5    Q.   And you see the cover slide says "Discovery ads strategy,"

6    and it's dated June 2020?

7    A.   Yes.

8    Q.   And you're -- I can just tell you you're the custodian for

9    this document, Dr. Raghavan.

10        And let's go to page 10.  It's up on your screen.

11             THE COURT:  Can you provide a number?

12             MR. HAFENBRACK:  Bates 123, Your Honor.

13        Mr. Barkey, can we zoom in on the left, the image from

14   Gmail and from Facebook?  Okay.

15             BY MR. HAFENBRACK:

16   Q.   And Dr. Raghavan, you see here there's an ad for Peloton?

17   A.   Yeah, it's very hazy, but I think it's Peloton.

18   Q.   And you see on the left it's a Google Discover ad and on

19   the right is a Facebook ad; right?

20   A.   Yes.

21   Q.   And they're identical; right?

22   A.   Yes.

23   Q.   And in fact, with Discovery ads, Google had a maniacal

24   focus on creating ads that have parity with what Facebook

25   offers; right?

A.   I wouldn't have used the word "maniacal focus," but yes, we focused on it.

Q.   If you would turn to page 19, Bates 132.  And we don't need to put this one on the screen.

     But you see the headline there says "maniacal focus on parity with Facebook to stay on growth curve"; correct?

A.   Yes.

Q.   Let's take a look at page 32.

     And Your Honor, this is Bates 145.

     And the headline is "Discovery ads provide a familiar pitch to social buyers."

     Do you see that?

A.   I do.

Q.   And that's because Google was tailoring Discovery ads to social buyers; right?

A.   Sorry.  I missed a couple of words.  Could you repeat that, please.

Q.   Google was designing, was tailoring these Discovery ads to social buyers; correct?

A.   So yes, and so everyone understands what social buyers are, marketers, advertisers traditionally look at spending with us and with channels like Facebook, Instagram, TikTok.  The latter spend was considering social buying.  And we said okay, we have an opportunity, because in considering the return from each channel, we got a sense that they were moving the spend out to

1    the social channels.  So this was a way of recapturing some of

2    the demand.

3    Q.    Okay.  Thank you.  And you see the chart here depicts three

4    different types of ad buyers; right?

5    A.    I do.

6    Q.    And the middle column says "search buyer, capture a

7    person's declared intent"; right?

8    A.    Yes.

9    Q.    And for search, the reason you know their declared intent

10   is because you have the query they just entered; right?

11   A.    Correct, what I referred to yesterday as patent intent.

12   Q.    Patent intent, right.  And on the right-hand column, it

13   says "social buyer, create intent, find new customers"; right?

14   A.    Correct.

15   Q.    And Discovery ads fall under that "social buyer" bucket in

16   this chart; right?

17   A.    That's the best place I would put it, yes.

18   Q.    And if you look above the "social buyer" column in green,

19   there's a figure that's redacted, and it says that Discovery ads

20   are aimed at capturing a share of incremental social budgets.

21        Do you see that?

22   A.    I do.

23   Q.    And the social bend -- strike that.

24        The social spend, the social budget is incremental to the

25   budgets that are listed in blue on the left; right?  That's what

1    this chart is saying?

2    A.    That's what this chart says.  So please take into

3    consideration what I said a couple of minutes ago.  Because they

4    were providing good results on latent intent, as the green box

5    says, we were seeing budgets move from the middle column to the

6    right column, and we were trying to recapture some of that,

7    hopefully incrementally.

8    Q.    Do you see on the next slide -- we won't put it up on the

9    screen, but the headline is "no evidence of cannibalization with

10    existing campaigns"?

11    A.    I do.

12    Q.    And that's saying that the Discovery ads campaigns aren't

13    cannibalizing what you're getting from Search ad campaigns;

14    right?

15    A.    Correct.

16    Q.    Okay.  You can put that one aside.

17        We discussed briefly Google launching something called

18    "Demand Gen ad campaigns."  Is Demand Gen the successor to

19    Discovery ads?

20    A.    I vaguely think so.  I didn't know it was official as yet,

21    but yes.

22    Q.    And Demand Gen ad, like Discovery ads, are aimed at social

23    advertisers; right?

24    A.    Sorry.  Would you repeat that question?  I'm sorry.

25    Q.    Yes.  Absolutely.  Demand Gen ad campaigns, like Discovery

1  ad campaigns, are aimed at social buyers; right?

2  A.   At buying -- are aimed at the latent intent that Facebook,

3  Instagram, TikTok, and others are capturing, yes.

4  Q.   Let's -- if you could turn to 2040, UPX2041, 2041, really

5  quickly.  We'll put that up on the screen as well.

6          THE COURT:  So Discovery ads on YouTube, are they --

7  if I'm watching a YouTube video, is it the ad that appears at

8  the start of the video or in the middle of the video?

9          THE WITNESS:  As we discussed yesterday, YouTube,

10 Gmail, and within the search app. the unfortunately named

11 Discover feed, these are advertisements where your latent intent

12 is gleaned from your recent search and browsing behavior, as

13 opposed to, you know, what Instagram might do, which is their

14 browsing behavior within Instagram or TikTok correspondingly.

15 So that's what a Discovery ad is.

16     And essentially, an advertiser comes and says here's my

17 spend, I would like you to figure out how to allocate it amongst

18 Gmail, YouTube, and the Discover feed.

19     I should caution that not all of the ads you see within

20 YouTube fall in this bucket of Discovery ads.

21         THE COURT:  And I'm sorry.  If somebody is watching a

22 YouTube video, does a Discovery ad appear within the video feed,

23 or is it separate?  And sorry to ask multiple questions, but is

24 there a distinguishing feature between an ordinary YouTube video

25 ad and a Discovery video ad?

1            THE WITNESS:  Not fundamentally.  I guess anyone on

2      the team looking at it might be able to tell, but it's not meant

3      to cause any user to think about well, this is this kind of ad

4      or that.  In the end, it's advertising.

5            THE COURT:  Okay.

6            BY MR. HAFENBRACK:

7      Q.   You mentioned latent intent.  One of the ways that Google

8      figures out the latent intent as someone is looking at videos on

9      YouTube is based on their searches; right?

10     A.   Searches, yes.

11     Q.   2041.  And this is a tweet or, I guess I should say, a post

12     on X by the Google Ads team.  And you see here, Dr. Raghavan, it

13     says, "Are your social ads falling short of expectations?  It's

14     time to demand more from social advertising," and then it

15     mentions Demand Gen.

16          Do you see that?

17     A.   I do.

18          MR. HAFENBRACK:  And, Your Honor, we would offer

19     UPX2041.

20          MR. SOMMER:  No objection.

21          THE COURT:  It will be admitted.

22     (Exhibit UPX2041 received into evidence.)

23          BY MR. HAFENBRACK:

24     Q.   You can take that one down.

25          To remind the Court, an OKR is an objective and key result;

1    is that right?

2    A.    Yes.

3    Q.    And that's a way Google lays out different goals for

4    different teams?

5    A.    Yes.

6    Q.    And for at least the first three years of your tenure as

7    the head of Search Ads at Google, there was an OKR for the

8    Search Ads team that sought somewhere in the neighborhood of

9    20 percent annual revenue growth; correct?

10   A.    It wasn't directly revenue.  The Search Ads team can build

11   a product.  What happens in the market is subject to other

12   factors, like COVID hit.  Right?  It was a technical metric that

13   the team used called RPM for which they had the OKR.

14   Q.    Let me ask one more time.  For the first three years that

15   you were in charge of Search Ads, there was an OKR for Search

16   Ads that saw somewhere in the neighborhood of 20 percent revenue

17   growth for search, yes or no?

18   A.    If by Search Ads team you mean my team, not the whole

19   business.  The goal was to hit technical goals that could lead

20   to 20 percent revenue growth.

21         But my point is a technical one, that the technical

22   launches alone don't get 20 percent revenue increase.  That's

23   all.

24   Q.    Can you turn to your deposition binder from December 14,

25   2021, the first day, and turn to page 198, starting at line 11.

1          And the question was --

2     A.   Sorry.  Where am I looking?

3     Q.   Oh, sorry.  Your first deposition, December 14, 2021, page

4     198, starting at line 11.

5     A.   198, okay.

6     Q.   Starting at line 11.

7          "Question:  So for the three years that you've been in

8     charge of Search Ads, there's been an OKR for Search Ads that

9     seeks somewhere in the neighborhood of 20 percent revenue growth

10    for Search?

11         "Answer:  Yes."

12         Were you asked that question, and did you give that answer

13    under oath, sir?

14    A.   I did.

15              MR. HAFENBRACK:  Your Honor, we would offer that.

16              MR. SOMMER:  As what?  As an inconsistent statement?

17    Because it's not.

18              MR. HAFENBRACK:  Inconsistent statement and party

19    admission, Your Honor.

20              MR. SOMMER:  I have no objection as a statement he

21    made.  It's just not an inconsistent statement.

22              THE WITNESS:  I don't think it's inconsistent.

23              MR. SOMMER:  Thank you.

24              THE COURT:  Well, hang on.  If there's no objection to

25    its admissibility, I'm not sure it matters what you characterize

```
 1    it as.  It's a statement.  It's admitted.  We will hear the
 2    witness on what he meant.  If he doesn't explain it further, you
 3    can give him that opportunity.
 4          Go ahead.
 5                BY MR. HAFENBRACK:
 6    Q.    Let's look at UPX342.
 7          And thank you, Your Honor, and this is in evidence.
 8    A.    342, okay.
 9    Q.    And you see the cover e-mail, e-mails between you and Jerry
10    Dischler commenting on a slide deck; right?
11    A.    I do.
12    Q.    And Mr. Dischler then and now worked for you in the Ads
13    department; right?
14    A.    He reports to me, yes.
15    Q.    Let's take a look at the second page.  It says "overview of
16    search and YouTube ads revenue."
17          Do you see that?
18    A.    I do.
19    Q.    And dated October 2018; correct?
20    A.    Yes.
21    Q.    And let's now move to slide 7, which is Bates 824.
22          Dr. Raghavan, google.com revenue growth, google.com revenue
23    refers to the revenue Google gets from surfing search ads on the
24    Google Search page; correct?
25    A.    Yes.
```

1    Q.    Text ads and shopping ads, right, or PLAs, as you called

2    them?

3    A.    Yes.

4    Q.    Text ads and PLAs; right?

5    A.    Yes.

6    Q.    And this chart shows that between the years 2010 and 2018,

7    the Search team -- Search Ads team consistently meant the OKR

8    for revenue growth in the neighborhood of 20 percent; correct?

9    A.    Yes.

10   Q.    And you see the figure in gray below 2020, it says 17

11   billion?

12   A.    Sorry.   2010, I think.

13   Q.    Let me ask that again.   I messed up the number.

14        The figure in gray below 2010, 17 billion, you see that;

15   correct?

16   A.    Yes.

17   Q.    And that's Search Ads revenue for 2010?

18   A.    Yes.

19   Q.    And then the gray figure below 2018 is 83 billion.

20        Do you see that?

21   A.    I do.

22   Q.    That's a nearly 500 percent revenue growth over a nine-year

23   span; correct?

24   A.    Roughly, I would say, over eight-year period or nine-year

25   period, yes, I would compute it to be 400 percent.

1    Q.    Okay, 400 percent.

2          And directing your attention to the line underneath -- I'm

3    sorry, the sentence underneath the line graph, it

4    says "two-thirds of the company's revenue and growth for

5    ten-plus years."

6          Do you see that?

7    A.    I do.

8    Q.    And that's saying that Search Ads account for two-thirds of

9    the company's revenue; correct?

10   A.    Roughly.

11   Q.    And two-thirds of the company's revenue growth; correct?

12   A.    Roughly, yes.

13   Q.    And you have no basis to believe any of these figures on

14   this chart are inaccurate; correct?

15   A.    I don't think they're inaccurate.

16   Q.    Okay.  The next slide, please, Bates 825.  And the title

17   here is "maintained 20 percent year-over-year growth over

18   several years."  And it mentions RPM gains being the primary

19   driver of that revenue growth.

20         Do you see that?

21   A.    I do.

22   Q.    And RPM is a metric of revenue per 1,000 queries; correct?

23   A.    Correct.

24   Q.    So what this slide is saying is that most of Google's

25   year-over-year growth in Search Ad revenues have been driven by

1    higher RPMs rather than higher overall query volume; correct?

2    A.    I think it says here in -- oh, that's a redacted figure.

3    So I would say a large fraction of growth was driven, for

4    instance, in 2018 by RPM growth.

5    Q.    RPM as opposed to overall query growth was having a bigger

6    impact on the revenue acceleration; correct?

7    A.    In recent years, that's correct.

8    Q.    And that continues to be correct; true?

9    A.    With the few outliers.  There are times when query growth

10   spikes, and that is a bigger contributor.  We spoke of COVID.

11   So it varies by quarter, but I would say if I look back over the

12   last five or six years, the majority of the time, the majority

13   of the growth has come from RPM.

14   Q.    Okay.  And by 2018 and continuing past 2018, RPM had become

15   the dominant growth driver for Google's business; correct?

16   A.    Without discussing the figure here, I wouldn't say it's

17   dominant, but it's a majority, and I'm very comfortable saying

18   it's a majority.

19   Q.    If you could turn to the next slide, and we won't put it up

20   on the screen.  But you see the headline there says, "RPM has

21   become the dominant growth driver"; correct?

22   A.    That's what the slide says, yes.

23   Q.    Turn to page 42, and Mr. Barkey, let's hold off on putting

24   this one on the screen for a second.

25          This is Bates 860, Your Honor.

1          Dr. Raghavan, you can see that this is -- I'm sorry, 859,

2     859, "top U.S. queries."

3     A.    Sorry?

4     Q.    859, Dr. Raghavan.

5               MR. SOMMER:  Sorry, Counsel.  UPX?

6               MR. HAFENBRACK:  UPX342, Bates 859, "top U.S.

7     queries."

8               BY MR. HAFENBRACK:

9     Q.    Let me know when you're there, Dr. Raghavan.

10    A.    Oh, I see.  Okay.

11    Q.    And this is listing the top 20 U.S. queries for a week in

12    2018 ordered by overall queries and ordered by revenue; right?

13    A.    Sorry.  The heading makes sense.  I'm just trying to see

14    some of the fine print.

15         Yes, for a week, yes.  It talks about top queries, volume

16    of queries, yeah.

17              MR. HAFENBRACK:  And Your Honor, this is another slide

18    and, I think, the last slide in my examination we have a

19    confidentiality dispute with Google.  We think we should be able

20    to put this slide on the screen; Google disagrees.  We don't see

21    how this is commercially sensitive or would harm Google to show

22    a sample of queries from five years ago.

23              MR. SOMMER:  Your Honor, would you like to hear from

24    me or take these two up together?

25              THE COURT:  I would like to take them up together.

1          MR. HAFENBRACK:  Okay.

2          BY MR. HAFENBRACK:

3    Q.   So let's -- you can put this one aside for now,

4    Dr. Raghavan.  We may revisit it later.

5          Let's take a look at UPX -- actually, let me ask you a

6    question first.

7          Dr. Raghavan, you have met many search engineers and

8    product managers who quit or wanted to quit because Google was

9    pushing them to hit monetization milestones at the expense of

10   the user experience; correct?

11   A.   I think it's fair to say many complained to me about this.

12   Q.   Let's take a look at 734, UPX734.

13        This is in evidence, Your Honor.

14        And you're familiar with this one; correct, Dr. Raghavan?

15   A.   I am.

16   Q.   And this is a 2018 e-mail exchange between you and Carlos

17   Kirjner; is that right?

18   A.   Yes.

19   Q.   He was a VP of Finance at the time; correct?

20   A.   He was.

21   Q.   I'm going to direct your attention to your e-mail about

22   halfway down on the first page.  We will blow it on up on the

23   screen for you.

24        And you wrote, "I've met enough engineers and PMs who want

25   to quit (and many are quitting) because they think we pay lip

1    service to the user experience and squeeze out revenue, while

2    pushing them to hit heroic monetization milestones."

3         Do you see that?

4    A.    I do.

5    Q.    And you wrote that; right?

6    A.    I did.

7    Q.    And you wrote it because you believed it; right?

8    A.    Yes.

9    Q.    And those engineers and PMs who quit or were thinking of

10   quitting, they thought that Google's push for monetization was

11   damaging the user experience; right?

12   A.    That was the -- that's what they expressed to me.

13   Q.    That was their view; right?

14   A.    Yes.

15   Q.    And then in the next sentence -- yes, in the next sentence

16   in this paragraph, you write, "I'm all for cleverer expanded

17   match and auction pricing, but know that the former comes at

18   some cost to users and the latter at a cost to advertisers, both

19   come at a cost to our most critical product talent."

20        Do you see that?

21   A.    I do.

22   Q.    And you also believed that when you wrote it; right?

23   A.    I was pushing back on the Finance VP who was pushing --

24   telling me we were sandbagging him, and I'm like no, we are

25   working hard, and we are doing the right thing.

1   Q.   And here, you were saying cleverer expanded match can come

2   at some cost to users; right?

3   A.   Sorry.  Could you repeat the question?

4   Q.   Absolutely.  You were expressing the view that cleverer

5   expanded match can come at some cost to users; right?

6   A.   Not necessarily to users.  This is the discussion we had

7   yesterday where if you do expanded match tastefully, it will be

8   right for the user and the advertiser.  If you do it poorly, it

9   could -- it could come at a cost to either the user or the

10  advertiser or both.

11  Q.   And that's because if you do it too cleverly or broadly,

12  you might end up serving ads that aren't responsive to the

13  query?

14  A.   That's correct.

15  Q.   And that would be a worse user experience; right?

16  A.   That would be a worse user experience.

17  Q.   And your reference to auction pricing was a reference to

18  auction mechanisms or launches that can increase prices; right?

19  A.   That do things that are not right for the long term, I

20  would say.

21  Q.   Okay.

22          THE COURT:  I'm sorry.  Could you clarify, because

23  maybe I'm just not -- you were responding to a criticism from

24  someone in finance about the revenue plan as sandbagging?  Can

25  you explain what you were being criticized for so I understand

1    what the response is.

2              THE WITNESS:  The finance vice president, Your Honor,

3    Mr. Kirjner, unfortunately the late Mr. Kirjner, had been

4    pushing me.  Essentially, this was days after I arrived in Ads,

5    and his push was, you're the new guy, why don't you look to see

6    if you can make a more aggressive revenue plan.  And in my new

7    duties, I had been meeting engineers and product managers, and

8    one thing many of them said to me is let's be careful not, as

9    you just said, to impair the user experience or the advertiser

10   experience.

11        And so I was pushing back to -- when I said "sandbagging,"

12   I'm referring to his suggestion that we were setting ourselves

13   low revenue goals.  And I wanted to say no, we're trying to do

14   this so that we don't -- in a way that won't impair the user

15   experience.

16              BY MR. HAFENBRACK:

17   Q.   One more statement in this e-mail.  Let's look at your

18   e-mail at the top of the string, and we will blow up the portion

19   I want to ask you about.

20        What you wrote is, "What seems different is that more than

21   one exiting person" -- and an exiting person would be a person

22   who is leaving the company; right?

23   A.   Correct.

24   Q.   "More than one exiting person has given me the sense that

25   management has held them to the 20 percent bar (I speak mainly

1    on the Search Ads side) and they feel pressured to perform, in

2    my reading, by reaching into user experience impact that they

3    wouldn't have contemplated a couple of years ago."

4         Do you see that?

5    A.   That was -- yes, I do.

6    Q.   And the 20 percent bar you were referring to there was the

7    20 percent OKR we were just discussing; right?

8    A.   20 percent RPM OKR.

9    Q.   Okay.  You can put that one aside.

10        And one last question on this loop of expanded match.  I

11   think you mentioned yesterday expanded match has an opt-out

12   feature?

13   A.   Expanded match has an opt-out.

14   Q.   But users -- am I right that users can opt out but some --

15   strike that.

16        Am I right that users can opt out of some but not all of

17   the expanded match features that Google has launched?

18   A.   I think you may mean to ask whether advertisers.

19   Q.   Yes, that's what I meant, yes, advertisers.

20   A.   So I'm not familiar now with exactly what we expose in the

21   ad interface, so --

22   Q.   You're not aware one way or the other whether users can opt

23   out of semantic match?

24   A.   I'm not aware one way or the other whether advertisers can

25   opt out of semantic match.

1    Q.   Last topic before we circle back to those two

2    confidentiality issues.

3         You submitted a declaration in this case on your use of

4    Google Chats for work purposes.

5         Do you recall that?

6    A.   I do.

7    Q.   Let's take a look at UPX8082.

8         This is the declaration you submitted; correct?

9    A.   I did.

10         MR. HAFENBRACK:  Your Honor, we would offer 8082.

11         MR. SOMMER:  No objection.

12         THE COURT:  Admitted.

13    (Exhibit UPX8082 received into evidence.)

14         BY MR. HAFENBRACK:

15    Q.   Dr. Raghavan, you've used Google Chat regularly in the

16    course of your work at Google; correct?

17    A.   I do.

18    Q.   And you know that the internal default for Google's chat

19    platform is set to history off; correct?

20    A.   Not any longer, I believe.  At least all my chat messages

21    are on the record.

22    Q.   That's a fair point.  Up until February 2023, the internal

23    default for Google Chat was history off; right?

24    A.   I don't know the exact date, but it changed at some point.

25    Q.   And when the history default -- strike that.

1        When the default history-off mode was enabled, chats were

2    automatically deleted every 24 hours; right?

3    A.    Every chat disappeared 24 hours later.

4    Q.    And as a general matter, before the setting was changed,

5    you didn't change the default history setting on your Google

6    Chat; right?

7    A.    As a general matter, I did not.

8    Q.    And you can't recall between 2019 and February 2023 ever

9    changing the chat default from history off to history on;

10   correct?

11   A.    I may have done it, but I don't recall doing that.

12   Q.    Let's take a look at UPX714.

13   A.    Okay.  Yes.

14   Q.    And this is an e-mail exchange between you, Jerry Dischler,

15   and Darshan Kantak?

16   A.    Yes.

17   Q.    Did I pronounce the last name right?

18   A.    I think it's Kantak.

19   Q.    And you see the subject line is "Chrome query loss and the

20   need for stronger oversight"?

21   A.    I do see it.

22   Q.    Okay.  Let's look at the first string in this e-mail which

23   begins on page 3, Bates 203.

24        You see there's an e-mail from Mr. Kantak to you there;

25   right?

1   A.   If you will give me -- oh, I see.  On the screen?

2   Q.   Yes, sir.  Take a minute and read it.

3   A.   I do see it.

4   Q.   And you recall this general discussion you had around

5   Chrome; right?

6   A.   I do.

7   Q.   And the subject matter here was the Chrome team had

8   unveiled, had released some changes to the Chrome user

9   interface; right?

10  A.   Some months previously, yes.

11  Q.   And those changes resulted in fewer visits to the Google

12  search engine results page; correct?

13  A.   I would say it resulted in fewer queries.

14  Q.   Fewer queries meaning fewer visits to the Google Search

15  page; right?

16  A.   Yes.

17  Q.   And fewer visits to the search page means fewer

18  opportunities to show ads; right?

19  A.   Fewer queries means fewer -- less potential for ads, yes.

20  Q.   And your Ads team, your Search Ads team in particular,

21  disagreed with the changes that the Chrome team had made; right?

22  A.   Yes.

23  Q.   Let's take a look at your e-mail on page 2 of this exhibit.

24  It's page 202.

25  A.   Yes.

1    Q.   And the first e-mail there, I want to get some of these

2    names right.

3         You say you raised it with Hiroshi, Ben G., and then they

4    plused in Anil.

5         Do you see that?

6    A.   I do.

7    Q.   And Hiroshi, Hiroshi Lockheimer is an SVP at Google?

8    A.   He is.

9    Q.   Ben G. is Ben Gomes, who is SVP for Search at the time;

10   right?

11   A.   At the time, yes.

12   Q.   And is Anil Anil Sabharwal, who was a VP for Google Chrome?

13   A.   He was at that time.

14   Q.   Okay.  Not any longer?

15   A.   He's not any longer.

16   Q.   Okay.  And in the second sentence, you write, "So I kind of

17   let them have it on both barrels on a history-off chat message."

18        Do you see that?

19   A.   I do.

20   Q.   By "them," you were referring to Mr. Lockheimer, Mr. Gomes,

21   Mr. Sabharwal; right?

22   A.   I don't recall the exact subset.  I do recall that Hiroshi

23   Lockheimer was one of them.

24   Q.   Okay.  And by "both barrels," you were referring to giving

25   at least Mr. Lockheimer your unfiltered view on this Chrome

1    issue; right?

2    A.   I think it's fair to say that I'm generally mild mannered.

3    I don't like to raise my voice.  And I wanted to raise my voice

4    in this case, and so I did.  And --

5    Q.   And sir, when you wanted to raise your voice, you chose to

6    do that on history-off chat; correct?

7    A.   On this one occasion, yes.

8    Q.   And what you were discussing here, this Chrome change, that

9    was a substantive business topic, you would agree; correct?

10   A.   We continued to discuss it in this e-mail and in other

11   forums.

12   Q.   It was a substantive business topic; correct?

13   A.   Yes.

14   Q.   You weren't scheduling a meeting; correct?

15   A.   In this -- well, I don't recall exactly what I wrote to

16   them, but it was somewhat colorful and frustrated.  But we

17   weren't discussing the substance of these changes, because there

18   was no point doing that on the chat, because that required us to

19   get together, which we did.

20   Q.   You don't recall what you wrote to them, and now you can't

21   look it up because the chat has been erased; right?

22   A.   Correct.

23           MR. HAFENBRACK:  Your Honor, that concludes my

24   examination subject to the two confidentiality issues.

25           THE COURT:  All right.  Why don't we have Dr. Raghavan

```
 1    step outside, and then we can continue the conversation.  And
 2    then in terms of timing, we will see where we are.
 3              THE WITNESS:  So I should just wait out --
 4              THE COURT:  If you would, please.  Thank you.
 5              THE WITNESS:  Thank you.
 6         (Witness exited courtroom.)
 7              THE COURT:  All right.  Could we one more time
 8    identify what the exhibits are?  I have --
 9              MR. HAFENBRACK:  Yes, Your Honor.
10              THE COURT:  -- 342, Bates end ending in 859.  And then
11    what's the other one again?
12              MR. HAFENBRACK:  The other one is UPX7002A, which is
13    our summary exhibit, and there, the only things we want to
14    unredact are the "booked revenue" and "TAC lines."
15              THE COURT:  All right.  Okay.  Mr. Sommer, why don't
16    we start there.
17              MR. SOMMER:  Sure.
18         So, Judge, in the company's 10-Ks, TAC is reported.  It's
19    reported on a consolidated basis.  It's not broken out, for
20    example, by Search.  And that's for a reason.  The disclosure of
21    that metric would allow somebody to reverse engineer what
22    specific TAC numbers are and thereby disclose to -- disclose
23    potentially to large search revenue partners what some of our
24    margins are that are confidential and, of course, could inhibit
25    Google's ability to effectively negotiate in future contracts.
```

1        So there's a reason it's not publicly disclosed, and

2    there's a reason that the securities laws do not require that

3    type of breakdown to be disclosed.  And it's to protect the very

4    confidentiality of more granular metrics which would stand to

5    compromise the ability of the company to conduct future

6    business.

7             THE COURT:  Can I ask you, in light of what you just

8    said, are you objecting to the disclosure of the booked revenue

9    number?

10            MR. SOMMER:  It's really the same thing.  That again

11   is disclosed publicly on a consolidated basis.  It's not broken

12   down with this type of --

13            THE COURT:  So Google does not disclose publicly what

14   its Search revenue is compared to other products?

15            MR. SOMMER:  No, Your Honor.

16            THE COURT:  I haven't looked at the 10-K.  So I have

17   no idea.

18            MR. SOMMER:  I can get you the 10-K.

19            THE COURT:  Their in-house counsel, she is shaking her

20   head no.

21            MR. SOMMER:  I will defer.

22            THE COURT:  Okay.  And the TAC is specific to -- but

23   that's essentially, what, the cost per acquisition?  I'm sorry.

24   TAC, what's that stand for again?  I thought that was the

25   revenue share payments.

1          MR. HAFENBRACK:  Yes, Your Honor.  It's traffic

2    acquisition costs, which are the revenue share payments Google

3    makes to all of its partners, not specific to one partner.

4          MR. SOMMER:  Again, Your Honor, those --

5          THE COURT:  I'm sorry to interrupt.  Are there traffic

6    acquisition costs associated with non-Search partners?

7          MR. HAFENBRACK:  Not that I'm aware of.

8          MR. SOMMER:  No, Your Honor.  The traffic acquisition

9    costs are costs associated with the distribution agreements,

10   which Your Honor, I think at least up to this point in the

11   trial, has recognized are highly confidential.

12      So that really puts your finger on part of the concern that

13   we have.

14         THE COURT:  Again, I wanted clarification, because I

15   thought I heard you say something about -- I thought I

16   understood you to say something about TAC across different

17   platforms or different products.

18         MR. SOMMER:  Well, there is -- TAC is disclosed in the

19   aggregate in the 10-K.  There's a line that says TAC.  This

20   particular number is for -- just on what's called Search Plus in

21   this document.  So there are other acquisition costs beyond

22   those for Search, and that's what I'm referring to as greater

23   granularity.

24      So in other words, in the 10-K, there's a line that says

25   "TAC," but it is capturing more costs than just Search ones,

     1   which are the distribution agreements.

     2           THE COURT:  Okay.  Again, I'm just curious.  What's an

     3   example of traffic acquisition costs other than Search Plus?

     4   Like YouTube, for example?

     5           MR. SOMMER:  That's a perfect example.

     6           MR. HAFENBRACK:  I was just handed up a note that says

     7   the difference might be the traffic acquisition costs associated

     8   with the display network.  There might be some acquisition costs

     9   related to that.

    10           MR. SOMMER:  There are some in there, too, as I

    11   understand as well.

    12           THE COURT:  Oh, okay.  I see.  All right.

    13           MR. SOMMER:  And Judge, on the other document, I have

    14   a very brief argument.  The top --

    15           THE COURT:  Can I just interrupt you for a moment and

    16   stick on this one?

    17           MR. SOMMER:  Sure.

    18           THE COURT:  Here's my question, which is, is there a

    19   material impact on Google if these are disclosed?  The reason I

    20   ask is as follows:  If I'm right, and maybe you will tell me I'm

    21   wrong, that both of these numbers are a very high percentage of

    22   the overall book number.  Right?  In other words, whatever the

    23   booked revenue is for Search margins, that's a pretty high

    24   percentage of the overall booked revenue for Google that's

    25   publicly disclosed, and that whatever the publicly disclosed

1  top-line TAC is, the Search Plus TAC is probably a pretty high

2  percentage of that number as well.

3  And if that's the case -- I'm not saying anything here that

4  anybody who has been sitting here for six-and-a-half weeks

5  wouldn't intuit, right, whether the disclosure of the specifics

6  is really going to be a problem -- is going to create an issue

7  if we're just essentially, for example, and I'm not saying this

8  is the case, disclosing what 95 percent of 100 that's otherwise

9  disclosed is.

10  MR. SOMMER:  I understand, Your Honor.  I'm sitting

11  here looking at the 10-K entry for 2020, and the TAC number for

12  2020 is -- I think this is in millions, 32 million 778.

13  And if you compare that to what's on --

14  THE COURT:  Hold on.  Say that again.

15  MR. SOMMER:  32,778.  That's in millions.

16  So if you compare that to the chart, UPX7002, you will see

17  there is a very substantial -- it's not the hypothetical Your

18  Honor posed.

19  THE COURT:  Okay.  I'm happy to be corrected.

20  Mr. Hafenbrack?

21  MR. HAFENBRACK:  Your Honor, our understanding is that

22  these numbers are consistent with what you're saying, that

23  they're very similar to what's reported in the 10-K with the 2

24  to 3 percent difference, both booked revenue and TAC.

25  THE COURT:  Mr. Sommer has just suggested it's not

 1    that at all.

 2            MR. HAFENBRACK:  I'm just handed a note that the

 3    revenue is the one that's very close.  It's within a couple of

 4    percentage points.

 5            MR. SCHMIDTLEIN:  What's the point of having this

 6    conversation if you're going to start --

 7            THE COURT:  Hang on.  Can we not -- arguments are made

 8    to me, not amongst each other, please.

 9            MR. SCHMIDTLEIN:  I'm just saying, I would ask that

10    they not get into commentary about percentage points when we're

11    still trying --

12            THE COURT:  I proposed that as a possibility.  So I

13    don't think Mr. Hafenbrack is doing anything inappropriate.  And

14    percentage points is a -- in any event.

15        Okay.  I'm sorry.  You were going to say?  I think you

16    weren't finished.

17            MR. HAFENBRACK:  I think these numbers are, you know,

18    not -- I guess our core argument is these numbers are not that

19    different from what they report in 10-Ks, that have been

20    discussed in court.  Some of the search advertising revenue

21    figures that have been discussed in open court aren't that

22    dissimilar from the ones that are in the green line here.

23        It's sort of a top-line figure about how much Google makes

24    and how much it pays in traffic acquisition costs to all of its

25    partners, not one partner.  And it's hard to see how this could

be used against Google in some sort of negotiation or

competitive situation.

MR. SOMMER:  Judge, my final comment is, there is no

barrier to counsel making the type of inquiry that has been done

with respect to other confidential figures.  He can make his

record.  Your Honor will see the number.  There's zero prejudice

to the plaintiffs with respect to this particular issue.

All I can do is say to Your Honor there is extreme

discomfort on the part of those segments from my client that

I've even been able to communicate with since we got this at

10:00 last night.

So I think if you're balancing that, and as Your Honor has

already recognized with prior numbers like this, this does fall

on the side of weighing in favor of continued confidentiality.

MR. HAFENBRACK:  Your Honor, may I make one more

comment?

THE COURT:  Sure.

MR. HAFENBRACK:  Not prejudice to us.  This is

something the public should know, and it goes to the core of the

case.

THE COURT:  I understand that.

Okay.  Let's then talk about the other --

MR. SOMMER:  Very short argument on that one, Judge.

THE COURT:  One second.  If I can just get to the page

so I can look at it while you're -- go ahead.

1          MR. SOMMER:  I think the best analogy here is we're

2     being asked to disclose our top 20 customers, for example, so

3     that our competitors can go after them.  These are our top

4     queries.  To disclose our top queries to our competitors -- I'll

5     stick with my analogy.  There is -- no company should have to

6     disclose its list of top customers publicly.

7          THE COURT:  But these aren't your top customers.

8          MR. SOMMER:  They're top queries, though.  That's why

9     the analogy is appropriate.  These are the queries that are the

10    most frequent queries that drive that segment of the business.

11    So for example, a different platform with that information

12    could start targeting those queries in a way that right now they

13    don't have data to know what those top queries are.  That is

14    proprietary information that is extremely sensitive for my

15    client.

16    And the fact that it's -- I think one of the arguments

17    made, oh, it's five years ago, there's no basis to assume that

18    those queries are not top queries today as well.

19          THE COURT:  Well, I can guess that some of them

20    probably are the same.

21          MR. SOMMER:  Yes.

22          THE COURT:  Given what they are.

23          MR. SOMMER:  Again, Your Honor --

24          MR. HAFENBRACK:  And I'm going to focus on the right

25    chart, Your Honor, not the left chart in my questioning.

```
 1              THE COURT:  And now the public is not in on the joke.
 2   Sorry.
 3              MR. SOMMER:  Judge, again, while I know the government
 4   is advocating on behalf of the public --
 5              THE COURT:  I'm sorry.  You just want the left chart?
 6              MR. HAFENBRACK:  I just want the one ordered by
 7   revenue, not the one that's ordered by queries, Your Honor.
 8              MR. SOMMER:  It's really the same thing, Judge.  It's
 9   identifying the top queries that generate our top revenue.
10              THE COURT:  Oh, I see.  I'm sorry.  So it's the one on
11   the right that you're --
12              MR. HAFENBRACK:  That's the one I want to ask about,
13   Your Honor.  And these queries are so general, it just doesn't
14   look like a trade secret to us.
15              THE COURT:  Yeah, they are pretty general.
16         Okay.  Did you want to add anything else, Mr. Sommer?
17              MR. SOMMER:  Other than to -- I never want to start an
18   argument with "I want to repeat what I said," but I think this
19   would allow other platforms to target these queries, and they
20   are directly connected to revenue, and that would put us at a
21   competitive disadvantage.
22         That's it.
23              THE COURT:  Okay.  All right.  Let's break until
24   11:15.  We'll come back, and let me just think about it, and I
25   will have an answer when we come back.
```

 1          Thank you, everyone.

 2          (Recess taken from 10:57 a.m. to 11:22 a.m.)

 3          (Call to order of the court.)

 4          THE COURT:  So let me just get clarity again.  So on

 5     UPX342, is it that you want to show the entire slide or just the

 6     right-hand column?

 7          MR. HAFENBRACK:  Just the right-hand column, Your

 8     Honor.  And we would be happy just showing the names of the

 9     queries.  We don't need the revenue figures that are next to it.

10          THE COURT:  Okay.  Certainly, if that's all you want

11     to show, then I don't see the strategic or the competitive harm

12     in showing them.  These are very, very generic.  These are --

13     although these are not previously public, these are search

14     queries from five years ago.  And it's not clear to me how the

15     disclosure of these names, many of which are the names of large

16     companies and otherwise, very generic searches, would harm

17     Google.

18          Insofar as the UPX7002A, the booked revenue number is --

19     let me just -- the Hubbard factors 1 and 6 favor disclosure, as

20     they do throughout the trial.  The fact that it's been objected

21     to by Google weighs against disclosure.

22          The extent of previous public access at least to with

23     respect to the booked revenue number favors disclosure, because

24     looking at the 10-K, for example, from 2020, the Google

25     Search -- it's described as Google Search and other number is

1    disclosed in the 10-K.  I can tell you what it is here.  It's --

2    well, it's in the 10-K, and the number here is essentially a

3    very large percentage of that.  I don't know what the other

4    constitutes in the 10-K line, but that number that's being

5    proposed to be shown is essentially already a public number.

6    And whatever the delta is is what it is.  It's a very small

7    number.

8         In terms of the TAC, and that's where the real issue comes

9    in -- so the bottom line is, whatever the other factors are

10   here, the strength of the property interests and the prior

11   disclosure and the prejudice, at least with respect to the

12   booked revenue numbers, I don't think that justifies public --

13   or remaining confidential.

14        TAC number is a little bit different.  The TAC number is

15   not publicly disclosed with respect to -- in the 10-K.  The

16   top-line TAC number is disclosed, and that top-line TAC number

17   does differ from the TAC number that's associated with the

18   Search-only figure.  And so in terms of prior public disclosure,

19   that factor would weigh against disclosure.

20        And so what this really comes down to, it seems to me, is

21   ultimately the question of does the potential prejudice to

22   Google outweigh the need for public access and the purpose for

23   which the documents were introduced, as those are typically the

24   most significant factors.

25        And at the end of the day, I think it does not.  The TAC

number that's included in the 10-K, although this is not
identical to and, in fact, this is a fraction of, to the extent
Google is concern about the TAC number causing a competitive
disadvantage, that is, this specific TAC number, it's not clear
to me how competitors would be able to use that number to its
benefit, given the delta already between the revenue number that
Google discloses annually and the TAC number that's associated
with the company in the aggregate.

While there is, obviously, a lower TAC associated with
Search, again, it's not clear to me why revealing that
particular number is going to somehow disadvantage Google with
respect to its negotiations with distribution partners when the
delta between the company's top-line revenue from Search and the
TAC in the aggregate is already known.

So again, I balanced all the factors.  It doesn't mean
those factors would be balanced in the same way for other
numbers.  But for these numbers, I think that's how the factors
ought to come out.

So why don't we bring Dr. Raghavan back in.  We can finish
up with the questioning by the Department of Justice, and then
we will turn to the States and see if we can get finished up
with Dr. Raghavan by lunch.

Thank you, everyone.

(Witness entered courtroom.)

THE COURT:  Thank you, Dr. Raghavan, for your

1    patience.  We are ready to continue.

2            BY MR. HAFENBRACK:

3    Q.   Dr. Raghavan, we're going to put UPX7002A up on the screen.

4    You can also turn to that in your binder, if you would like.

5    A.   One moment, please.

6    Q.   Sure.

7    A.   I see it.

8    Q.   And you will see on the screen, Dr. Raghavan, that the

9    booked revenue figure and the TAC figure are shown, everything

10   else redacted.

11        You see that; right?

12   A.   I do.

13   Q.   And the booked revenue figure in green is the booked

14   revenue that Google attributes to Search Plus; correct?

15   A.   Correct.

16   Q.   And you can see that -- and that's -- it's measured in

17   billions.  So the figure, for example, for 2021, that's saying

18   146.4 billion; correct?

19   A.   For 2021, yes.

20   Q.   And you can see that the booked revenue that Google

21   attributes to the Search Plus category tripled from 2014 to

22   2021; correct?

23   A.   Roughly, yes.

24   Q.   And you can see the operating profit in sort of the light

25   orange at the bottom, that's redacted, but while revenues

1    tripled, Google's operating profit margin, without saying any

2    specific figures, stayed roughly constant; correct?

3    A.    In percentage terms, yes.

4    Q.    Within a few percentage points; right?

5    A.    Yes.

6    Q.    And you can see the operating profit percentage actually

7    higher in 2021 than in 2014; correct?

8    A.    Marginally.

9    Q.    And TAC, I think we discussed earlier, is the traffic

10   acquisition costs associated with the Google Search product;

11   right?

12   A.    Yes.

13   Q.    Things like the revenue share payment Google has with Apple

14   and Android manufacturers; right?

15   A.    Yes.

16   Q.    And for 2021, this chart is showing that Google spent $26.3

17   billion on default distribution for Google Search; correct?

18   A.    It says 26.3 billion and whatever gets counted under TAC.

19   Q.    Which would include default distribution for Google Search;

20   correct?

21   A.    I believe so.

22   Q.    And the other numbers below TAC are redacted, but you can

23   see that by far the largest single expense that Google

24   attributes to the Search Plus category is traffic acquisition;

25   correct?

```
 1   A.   It's mostly redacted.  I would say what I'm seeing here is
 2   that the TAC item is the largest of the items below.
 3   Q.   And in fact, if you added up everything else, it still
 4   wouldn't equal the TAC figure; correct?
 5   A.   I can try and do the math.
 6        It wouldn't equal them; it wouldn't equal the TAC number.
 7   Q.   Okay.  Thank you.  Can you take a look at slide number 2
 8   from your demonstrative yesterday?  Maybe we can put that on the
 9   screen for you.  That might be easier, Mr. Sommer's
10   demonstrative with you.
11   A.   Sorry.  Okay.  One moment.
12   Q.   It should be the sort of slim black binder.
13   A.   I do.
14   Q.   You've got that?
15   A.   I think so.
16   Q.   And this -- I believe he was asking you about this
17   yesterday.  This is how much Google spends on R&D on search;
18   right?
19   A.   Yes.
20   Q.   And you would agree -- just take 2021 -- the amount that
21   Google spends for R&D on search, many times less than what
22   Google spends on traffic acquisition; correct?
23   A.   I would say there's a large ratio between the traffic
24   acquisition and the numbers I see here.
25             MR. HAFENBRACK:  Your Honor, we move into evidence
```

 1    UPX7002A.  I'm not sure if it was admitted earlier.

 2            THE COURT:  As long as there's no objections on 1006

 3    grounds, it will be admitted.

 4            MR. SOMMER:  No objection.

 5            THE COURT:  Okay.

 6        (Exhibit UPX7002A received into evidence.)

 7            BY MR. HAFENBRACK:

 8    Q.   Dr. Raghavan, let's turn finally to UPX342, and direct your

 9    attention to Bates 859.

10        So what we've put on the screen, Dr. Raghavan, is the

11    right-hand chart.  And what that shows is the top 20 queries for

12    one week in September 2018 ordered by revenue; right?

13    A.   One moment.  Let me take a look.

14    Q.   Sure.

15    A.   Sorry.  I'm looking for where it says top -- it has 20

16    queries, and they're ordered by revenue.  I'm looking for where

17    it might say top --

18    Q.   Do you see in the top left in blue top, it says "top U.S.

19    queries" above the --

20    A.   Yes.

21    Q.   Okay.  And the right chart is the top U.S. queries ordered

22    by revenue; correct?

23    A.   I believe so, yes.

24    Q.   And you can see the first two search terms are for --

25    related to iPhones.

1  A.   Yes.

2  Q.   And the 11th search term is related to iPhones.

3       Can we highlight those on the screen, Mr. Barkey?  Thank

4  you.

5       Feel free to take a minute to review.  But out of this list

6  of 20, those are the only three queries that are associated with

7  a physical product; is that right?

8  A.   On this list --

9  Q.   On this list, yes, sir.

10 A.   Those are the three I would describe as physical products.

11 Q.   And the other 17 queries on this list would produce search

12 text ads only in terms of the advertisements that are shown on

13 the SERP because they aren't queries for a physical product;

14 correct?

15 A.   I'm not sure about a couple of them, like spectrum.  I'm

16 not sure what that is pointing to.  But -- so I would run the

17 query and in order to answer your query with perfect fidelity,

18 but more than a couple of these, I think many of the others

19 would only produce text ads.

20 Q.   And I believe you mentioned yesterday during your direct

21 testimony, some advertisers, I think you said, move freely

22 between text and PLAs; right?

23 A.   They do.

24 Q.   On this list, the only company that even would have the

25 option to switch between a search text ad and a PLA is Apple;

1    right?

2    A.    The only company that would have the incentive would be the

3    three that you highlight for sure, and I don't know what

4    spectrum is.

5    Q.    And just to pick one example that appears a few times on

6    this list, there's some insurance company examples.

7          Do you see those?

8    A.    I do.

9    Q.    An insurance company can't buy PLA; right?

10   A.    They're free to, but typically, a product listing ad should

11   highlight an image, and if they're willing to highlight an image

12   of a policy, yes, they could.  I don't know that they do that

13   routinely.  It's not like they're disallowed.  That's my point.

14   Q.    Right.  It just wouldn't make sense for them to do that

15   since they don't sell a product?

16   A.    Well, they do sell products.  It's products, whether they

17   have visual appeal, that is the real issue.

18   Q.    Can we pull up page 5 from yesterday's demonstrative.

19         And you see here this is a list of vertical providers that

20   you discussed yesterday?

21   A.    I do.

22   Q.    And the queries we just looked at, you would agree -- let's

23   take the insurance example.  There's several insurance examples

24   in that list.

25         The insurance company could only advertise on Google Search

1   out of these options; right?

2   A.   The insurance queries on that top 20 list?

3   Q.   Yes, sir.

4   A.   I don't know what they do in these other sites.  For

5   instance, some insurance companies do offer travel insurance.  I

6   don't know what they specifically advertise on these.

7        But they could certainly -- they clearly will advertise on

8   Google.

9   Q.   Clearly would advertise on Google.

10       If you're selling car insurance, you might want to

11  advertise on Google?

12  A.   Correct.

13  Q.   But you probably wouldn't want to advertise on Expedia;

14  correct?

15  A.   Sorry?

16  Q.   On Expedia?

17  A.   For car insurance, I cannot think of a good reason to

18  advertise on Expedia.

19            MR. HAFENBRACK:  Thank you, sir.

20       You can take that down, Mr. Barkey.

21       No further questions, Your Honor.

22            THE COURT:  All right.  We will turn to the States.

23                      CROSS-EXAMINATION

24            BY MR. KAUFMANN:

25  Q.   Good morning, Dr. Raghavan.  I've Steven Kaufmann from the

1    State of Colorado representing the State of Colorado.

2    A.    Good morning, Mr. Kaufmann.

3    Q.    I provided you with a notebook that's a bit smaller than

4    some of the other ones.  But I actually want to start with the

5    notebook that you were just looking at with counsel for the

6    Department of Justice.

7    A.    Okay.

8    Q.    And I would like to refer you back to the same pages that

9    you were looking at before, DXD2105 and 2106, if we could pull

10   those up on the screen.  They are both laid out on the screen as

11   well.

12   A.    Okay.  Yeah.  I see.

13   Q.    Now, each of these specialized vertical providers purchase

14   a significant volume of search advertising from Google; correct?

15   A.    I wouldn't be able to say that for all of them, but I

16   recognize several of them as search advertisers on Google.

17   Q.    Well, most of them are among Google's top advertisers

18   purchasing text ads; correct?

19   A.    Not only text, but also PLAs.

20   Q.    Okay.  So for the companies that sell office furniture,

21   they also could buy PLAs to appear on the SERP?

22   A.    Correct.

23   Q.    Okay.  But for the hotel -- for the companies looking for a

24   hotel, they wouldn't purchase product listing ads; correct?

25   A.    Correct, because -- yes, because there's not a physical

1    product they're selling.

2    Q.   Okay.  Now, you testified earlier about the scope or the

3    size of the volume of Amazon ads.  Let's talk about the home

4    office furniture companies that are listed there:  Wayfair,

5    Walmart, and Overstock.

6         Can you give us an idea of the volume or the size of the

7    ads purchases that those companies make from Google?

8    A.   So keep in mind that there was a somewhat wild spike during

9    COVID.  You mentioned office furniture.  And during that time,

10   we saw these office furniture advertisers, demand for them

11   spiked.  So during that time, there was a temporary spike.

12        When you say give me an idea of volume, are you saying

13   dollar numbers?

14   Q.   A rough dollar volume -- a rough dollar amount for each one

15   of those companies.

16   A.   Well, I wouldn't recall rough dollar numbers for Wayfair.

17        What were the other two you mentioned?

18   Q.   Well --

19   A.   Overstock?

20   Q.   The ones that are up there:  Wayfair, Walmart, and

21   Overstock.

22   A.   Yeah, I cannot off the top of my head recall their spend

23   numbers in the steady state now.  I know that during COVID, they

24   spiked to the point where I had some visibility to them, but not

25   now.

1  Q.   But they are among Google's top advertisers on Search?

2  A.   For some notion of top, they are certainly, yeah, active

3  advertisers.

4  Q.   And what about for the travel companies that are listed on

5  DXD2105?  Are those -- can you give me an idea of the dollar

6  volume for each of those companies?

7  A.   I can tell you that Booking and Expedia are among our

8  larger advertisers, without getting into dollar numbers.

9  Q.   Now, the reason that these specialized vertical providers

10 make these significant investments in Google Search ads is to

11 reach consumers, as I believe you described it, at the moment of

12 commercial consideration?

13 A.   I've said that.  That's one reason -- that's the reason

14 they invest in Google Search ads, yes.

15 Q.   And these specialized vertical providers pay Google

16 significant dollar amounts to reach consumers who are not going

17 directly to SVPs' websites or their apps. on their own?

18 A.   That's why they would advertise on us, to get to the patent

19 intent that users express.

20 Q.   Now, if we could look specifically at DXD2105, and I direct

21 you to the reference to Google Search, to that page.

22      Do you see that?

23 A.   I do.

24 Q.   This page actually depicts Google's travel vertical page

25 and not the search engine results page; correct?

1    A.    Let me take a look.

2          Yes.

3    Q.    To get to this page, a user would have to navigate to

4    travel.google.com; correct?

5    A.    That's definitely the best way to get there.

6    Q.    If a user entered in their browser "hotels in Washington,

7    D.C.," they would get to the SERP and not this page; correct?

8    A.    That's a correct default behavior.

9    Q.    Okay.  I'm done with that exhibit.

10   A.    Sorry?

11   Q.    I'm done with that exhibit, ready to move to another line

12   of questioning.  Thank you.

13   A.    Okay.

14   Q.    Now, I would refer you in the binder that Mr. Sommer gave

15   you, so that's the large binder that Mr. Sommer -- not the small

16   one, but the larger one, the black binder.

17   A.    One moment.

18   Q.    I believe that's it.

19   A.    Yes.

20   Q.    And I would refer you to DX0163.

21   A.    I see that.

22   Q.    And Mr. Sommer asked you about page 5 of that exhibit.

23   A.    Yes.

24   Q.    And in your -- in Mr. Sommer's questioning, you provided

25   answers about Facebook's volume of ads revenue.

1          Do you recall that?

2     A.    I don't recall quite what I said.  I thought this page was

3     about advertisers' preference for -- relative preference -- I

4     have to be careful, because I think there's redacted stuff.

5          So as I recall, it was about Facebook's relative preference

6     over Google amongst advertisers.  That's what I remember

7     discussing here.

8     Q.    Okay.  And that was for the year 2019; correct?

9     A.    I think this is -- yeah, I believe this is -- well, this

10    was a survey taken likely during 2019.  I'm struggling to find

11    exactly the date the survey was done.

12    Q.    But approximately 2019 or 2020; correct?

13    A.    Likely 2019.

14    Q.    And you're aware that in 2021 Apple changed its policy that

15    permitted Apple users to opt out of data tracking.

16          Are you aware of that?

17    A.    Apple made a change that they call ATT that sought user

18    consent on third-party apps., yes.

19    Q.    And you're aware that following that announcement, Facebook

20    then announced that that change would negatively impact

21    Facebook's ad sales by $10 billion in the next year?

22    A.    I don't recall the number, but I remember there was a

23    public discussion between Facebook and Apple on this.

24    Q.    But you do recall that Facebook announced publicly that

25    Apple's privacy change would significantly reduce Facebook's

1    revenues?

2    A.    I believe they stated publicly, yeah.  What I remember them

3    saying is -- publicly is that Apple's changes would impact their

4    margins and small businesses.  Whether they announced a dollar

5    number for their own business, I don't recall.

6    Q.    But you do recall that -- forget -- setting aside the

7    dollar amount, that in fact Facebook would lose money or not

8    earn as much money because of that change?

9    A.    I recall that.

10   Q.    I would like to go back in time, Dr. Raghavan, to the

11   position you held before you were involved with the Ads business

12   from 2014 until October of 2018.

13        I believe you said you were the SVP of Workspace, it was

14   called Apps.  Did I get that right?

15   A.    VP, not SVP.

16   Q.    I'm sorry.

17   A.    Of Apps., as it was called then.

18   Q.    And your responsibility included what were referred to as

19   the G Suite products?

20   A.    It changed names a couple of times.  When I started, it was

21   Apps.  Then it became G Suite.  And following my exit, it's

22   become Workspace.

23   Q.    And those apps., those Workspace or G Suite apps. included

24   what was described as Google Hangouts?

25   A.    Included a then product -- I believe when I started there

1    was Google Hangouts.  And then over time, we replaced them

2    with -- replaced Google Hangouts with Google Meet and Google

3    Chat, and those were starting to be built around the time I was

4    finishing up there.

5    Q.    Okay.  And those tools that have been rebranded provide the

6    enterprise chat function that Google sells?

7    A.    Yes.

8    Q.    Okay.  And another one of the features within the G Suite

9    or Workspace was also Google Vault; is that correct?

10   A.    Yes.  It's coming back to me now.  Yes.

11   Q.    And Google Vault is the storage function within the

12   Workspace or G Suite set of tools?

13   A.    Yes.  When you say "storage," let's be clear.  The data

14   resides on Google Drive, and Google Vault was a capability to --

15   for the system administrator to request certain portions of the

16   data for further use, such as in legal discovery.

17   Q.    So let me see if I can break that down.  So Google Drive is

18   the physical place where the data is stored, and Vault is the

19   app. that functions within Drive?

20   A.    I think the way you should think about it, Google Drive is

21   the app. through which you access Google Docs.  You could store

22   .pdf files and so on.  Vault, as I remember, was a place where

23   an administrator could say grab all the documents that say

24   Facebook and put them aside here, and then you could perform

25   specialist operations on that subset.

1    Q.   And I believe you mentioned administrators as well, that

2    administrators could control how people stored certain data

3    within that system?

4    A.   Yeah, the system administrator controls a bunch of -- they

5    have a whole bunch of controls on the Workspace apps.

6    Q.   If you could look in the binder that I provided you,

7    Dr. Raghavan, at PSX01217.

8    A.   1217, yes.

9    Q.   Now, this is a document that we pulled from Google's

10   website, and the URL is on the slip sheet on the back of that

11   site.

12       And this was a document that was prepared at about the time

13   that you were -- at the time you were still in charge of this

14   area at Google; correct?

15   A.   Correct.

16           MR. KAUFMANN:  We would move the admission of PSX1217,

17   Your Honor.

18           MR. SOMMER:  No objection.

19           THE COURT:  It will be admitted.

20       (Exhibit PSX1217 received into evidence.)

21           BY MR. KAUFMANN:

22   Q.   I would direct you to the second page of the exhibit, the

23   first page of the text.  The pages aren't numbered because this

24   was pulled down from the Internet, but it's the second page of

25   that document.  It starts "Google Vault support for Hangouts

1    Chat."

2        Do you see that?

3    A.    I do.

4    Q.    And in that, Google announced that some new G Suite

5    products and the features to help organizations collaborate more

6    effectively and efficiently; is that correct?

7    A.    Yes.

8    Q.    Is that what you announced?

9        And as a part of that announcement, Google stated that

10   "Hangouts Chat gives G Suite administrators the governance

11   controls they need to manage and secure their organization's

12   data, including full support in Google Vault, a tool that can

13   help with their e-discovery and compliance needs."

14   A.    Correct.

15   Q.    And in this document, in 2018, Google was calling out the

16   e-discovery functionality that was available?

17   A.    In Google Vault, yes, exactly.

18   Q.    Okay.  If you would turn to the next page, please, the box

19   at the top of that page is an image of what an administrator

20   would see if they were going into the administrative function

21   for Google Vault; correct?

22   A.    Yes.  I mean, I've never seen the screen myself, but it

23   seems to be doing what you said.

24   Q.    Okay.  And that allows for the enterprise to set retention

25   on Chats within that tool?

```
 1    A.    Yes.
 2    Q.    And the Chats can be set to be kept indefinitely?  That's
 3    one option?
 4    A.    Yes.
 5    Q.    And another option that's here, the default that's there is
 6    45 days; is that right?
 7    A.    Yes.
 8    Q.    And an enterprise could decide to shorten that to one day?
 9    A.    They could.
10    Q.    And until recently, Google as an enterprise chose one day
11    or 24 hours within that setting?
12    A.    Yes.
13    Q.    Now, if you go down on that page --
14          THE COURT:  Sorry to interrupt you.  Dr. Raghavan, is
15    it the fact -- well, let me ask, is it indeed the case that the
16    45 days is a default, or this is just an example?
17          THE WITNESS:  I'm not sure, actually, because I've
18    never been a system administrator at Google.  So I don't know
19    what the screen --
20          THE COURT:  I just wanted clarity on that.  Thank you.
21          BY MR. KAUFMANN:
22    Q.    Now, if you will go further down the page, there's the
23    heading that's "place legal holds on Hangouts Chat messages."
24          Do you see that?
25    A.    I do.
```

Q.   And in this announcement in 2018, Google told its potential
customers that "in addition to setting retention policies, you
can now place legal holds on your employees' Hangouts chat
conversations, whether they take place via direct message or in
rooms"; is that correct?

A.   Yes.

Q.   And then going down, Google advertised that "doing so will
preserve room conversations in which a held use user is a
participant, i.e. they sent a message, and direct messages in
which a held user is a member, i.e.  they sent or received a
message."

A.   Yes.

Q.   That's what you said.

     And it goes on to say that preservation occurs "regardless
of whether that user deletes those messages."

A.   Yes.

Q.   "If a user on a hold deletes a message, it will appear
deleted to them, but it will be available in Vault until the
hold is removed"; is that correct?

A.   Yes.

Q.   Google emphasized "remember that holds always take
precedence over retention rules"?

A.   Yes.

Q.   Okay.  And if we continue to the next page, Google provides
a screenshot of what's a box for an administrator to easily set

1    up legal holds; is that right?

2    A.   I hope it's easy.

3    Q.   It's certainly the intention of your team to make that

4    easy?

5    A.   Yes.

6    Q.   Now, I believe you mentioned that Google Hangouts then

7    transitioned to Google Chats?

8    A.   So Hangouts split into Google Chat and Google Meet, which

9    is a video conferencing facility.

10   Q.   Okay.  And at least for Google Chat, that's the branding of

11   the tool that's used today?

12   A.   Yes.

13   Q.   Okay.  And in the new incarnation of Google Chats, the

14   e-discovery function and the legal hold functionality that we

15   just went through have continued; is that right?

16   A.   I don't recall that, but I believe you must be correct.

17   Q.   Okay.  If you could please turn to PSX0128.

18   A.   Okay.

19   Q.   This is the current Google Vault help page that we printed

20   out from Google, and the URL is on the slip sheet on the back.

21        Do you see that?

22   A.   I do.

23             MR. KAUFMANN:  Your Honor, we would move the admission

24   of PSX1218.

25             MR. SOMMER:  No objection.

```
1              THE COURT:  Okay.  It will be admitted.
2         (Exhibit PSX1218 received into evidence.)
3              BY MR. KAUFMANN:
4    Q.   And if you look at the top where it says "place Google Chat
5    messages on hold," it says, "You can use holds to preserve Chat
6    messages indefinitely to meet legal or preservation
7    obligations."
8    A.   I see that.
9    Q.   That's what Google tells customers today; correct?
10   A.   Yes.
11   Q.   And it also says, "You can apply a hold to individual
12   accounts or all accounts in an organizational unit."
13        That's something else Google tells --
14   A.   Yes.
15   Q.   -- enterprises today?
16        And then again, as we heard before, "Holds override
17   retention rules, so data on hold is protected from your standard
18   information governance rules that might purge it otherwise"; is
19   that correct?
20   A.   I see that, yes.
21   Q.   Okay.  Now, using the tools that Google had developed and
22   marketed since at least 2018, Google could have put in place an
23   automatic legal hold on your Chat messages in 2019?
24   A.   I imagine so.
25   Q.   And that could have been done irrespective of the default
```

1   settings that were applied?

2   A.   Overriding the default settings.

3   Q.   And that's true not only of your chat messages, but

4   everyone within Google who received a legal hold notice; is that

5   right?

6   A.   I believe so, yes.  That's the functionality.

7           MR. KAUFMANN:  Great.  Thank you.

8       I have no further questions, Your Honor.

9           THE COURT:  Thank you, Counsel.

10      All right.  Mr. Sommer?

11                    REDIRECT EXAMINATION

12          BY MR. SOMMER:

13  Q.   Don't despair.  I only have a few minutes of questions for

14  you.

15      Dr. Raghavan, you were shown a couple of documents this

16  morning that showed Google revenue growth.  You don't have to go

17  hunt for them.  One was UPX342 that showed revenue growth from

18  2010 to 2018.

19      Do you remember that one?

20  A.   I remember that.

21  Q.   Then there was UPX7002.A, which showed booked revenue to

22  2021.

23      Do you remember that one?

24  A.   I do.

25  Q.   Okay.  And in both of those charts, we saw Google's revenue

1    growing; correct?

2    A.    Yes.

3    Q.    All right.  Let's put this in context.  Would you agree,

4    sir, that the digital advertising industry was growing

5    enormously during those periods of time, the entire industry?

6    A.    The entire industry was growing significantly through the

7    period.  Also, it should be recognized that many more people are

8    getting online during the period.  So both sides, the advertiser

9    side and the user side, were growing.

10   Q.    Okay.  So it's not a static industry in which Google's

11   revenue is growing; it was a growing industry in which Google's

12   revenue was growing?

13   A.    Definitely a very dynamic period.

14   Q.    Thank you.  You were asked -- I asked you some questions

15   yesterday about competition with Amazon.  You may recall I

16   showed you a slide deck from 2018.  And then counsel for the

17   government, when they examined you yesterday, showed you a slide

18   deck for 2019.

19        Do you remember that?

20   A.    Yes.

21   Q.    Okay.  And one of the things that you were asked about was

22   the deck you were shown on direct is 2018, the deck I'm showing

23   you is 2019.

24        Do you remember that substantive -- that point coming up?

25   A.    Yes.

1    Q.   Okay.  Let me show you -- may I approach, Your Honor?

2              THE COURT:  Sure.

3              BY MR. SOMMER:

4    Q.   I'm going to show you what I've marked as DX231.

5         This is actually in evidence already, Your Honor.

6         Dr. Raghavan, do you see this is another Google study on

7    Amazon?

8    A.   I do.

9    Q.   Okay.  And the cover page, it says "Amazon growth and

10   merchant onboarding."

11        Do you see that?

12   A.   I do.

13   Q.   Let's turn to page 3 of the document.

14   A.   Would that be 569?

15   Q.   You've learned the drill.  Yes.

16        Let's look at the headline.  "Amazon's ads business is big,

17   but growth is in its infancy."

18        The "growth" there is referring to whom?

19   A.   Oh, Amazon.

20   Q.   Okay.  And then it goes on to say, "Amazon's U.S. ads

21   business is nearly the size of Google's U.S. retail ads business

22   today and is growing at over twice Google's rate.  There are

23   still untapped opportunities for Amazon to continue its fast

24   growth."

25        Do you see that?

1    A.    I do.

2    Q.    And was that true in 2021, as far as you know?

3    A.    As far as I know, yes.

4    Q.    And has that fast growth continued since 2021?

5    A.    Yes.

6    Q.    Thank you.  If we could bring up UPX500, this was a

7    document you were shown on cross-examination.

8    A.    Yeah.

9    Q.    Do you remember this?  This was about some privacy

10   suggestions made to you by others.  Do you remember that?

11   A.    I do.

12   Q.    I'd like to highlight your first point, number 1.  And you

13   wrote, "I do believe we have a markedly better core search

14   product than they do."

15        Let me stop there for a moment.  Who is the "they" you're

16   referring to there, if you recall?

17   A.    I believe I was referring in this case to DuckDuckGo as the

18   search engine, yeah.

19   Q.    You go on to say, "We should both accent rate through

20   marketing, et cetera, this lead and increase the lead."

21        As head of Ads, why would you want to increase the lead?

22   A.    Because having a better Search product helps the business

23   and helps the user.

24   Q.    And then the last sentence in this highlighted section

25   says, "The search world is in awe of what we do, and we here

1    take it for granted."

2         What did you mean by that?

3    A.   Well, from talking to peers in the industry and academia at

4    industry conferences and academic conferences, I would get a lot

5    of feedback from peers appreciating this or that feature or

6    innovation that we delivered in Search.

7    Q.   By the way, when these suggestions were made to you, these

8    ideas about privacy vis-a-vis DuckDuckGo, something DuckDuckGo

9    may have been doing, did you just categorically reject that?

10   A.   Sorry.  This was at a time where, I think, I was not in a

11   position to accept or reject it categorically, because that is a

12   suggestion for the Search team, and I was not yet responsible

13   for Search.  So I don't get to rule.  But this only came to me

14   because I was on the consumer council, and I was giving my

15   input.

16   Q.   And your input was you wanted data; correct?

17   A.   My input was I wanted data.

18   Q.   Thank you.  Last topic.

19        You were asked on cross-examination about latency.  Do you

20   remember that?

21   A.   Yes.

22   Q.   Okay.  And you were actually shown a document, UPX223, you

23   don't have to hunt for it, that was entitled "radical latency."

24   It was a deck.

25        Do you remember that?

1    A.    I do remember that.

2    Q.    Okay.  You were asked by counsel for the government if

3    Google could build data centers to improve latency.

4        Do you remember that?

5    A.    I do.

6    Q.    And you were asked if Google could deploy additional

7    servers.

8        Do you remember that?

9    A.    I do.

10    Q.    And I want to read you one question and answer just so you

11    have it in mind.  This is from yesterday, at page 7450, starting

12    at line 25.

13        "Question:  And you chose not to fund this radical latency

14    project; correct?

15        "Answer:  I chose not to fund this radical latency project

16    because I didn't think it was the right project to reduce

17    latency."

18        Do you remember giving that testimony just yesterday?

19    A.    I did.

20    Q.    Did you solve the latency issue?

21    A.    I believe I did.  But it's probably, given all the issues

22    you put together, good for the Court to get some context.

23    Q.    Go ahead.

24    A.    So let's start with data centers.  We build data centers

25    all the time.  I don't think that is a good solution to latency

1    issues.  It would be if our servers were running hard, meaning

2    they were already at full load.

3        In my memory, in the last few years, there were only two

4    times we came close to server capacity.  The first was during

5    the soccer workup, and what we saw was a buildup between the

6    quarter final and then the semifinal.

7        And you realize these things are now moving at a rate you

8    cannot solve it by building data centers.  So I directed the

9    engineers to go make the code that serves sports results more

10   efficient, and they improved that dramatically.  That was one

11   instance.

12       The second thing we do which I mentioned yesterday is we

13   are constantly laying new optic fiber and cables, which reduces

14   the latency between locales.

15       I bring this up because the second instance where we got

16   close to running out of capacity was actually the cricket workup

17   where a large fraction of a billion people in India were issuing

18   cricket queries.  And we made again software changes on which

19   data center would respond to a query.  For confidentiality

20   reasons, I won't go into the details.  But by better

21   distributing the queries coming from a hard locale, we were able

22   to bring down latency.

23       I give these as illustrations of why, instead of radical

24   latency, I went with a different program.  Because in my

25   experience, things are not best solved in latency inefficiency

1    by building data centers and adding servers; it's by better

2    optimizing the code.

3        And I'm really proud of the engineers that went and over

4    the last three years saved about 500 milliseconds.  And they're

5    continuing their work, and I am really looking forward to even

6    more progress from them.

7    Q.   So just to close the loop on this, from your perspective,

8    you had a team of engineers that vastly improved latency;

9    correct?

10   A.   That's correct.

11            MR. HAFENBRACK:  Objection; leading.

12            THE WITNESS:  Sorry.

13            THE COURT:  That's okay.  It's overruled.  Go ahead.

14            THE WITNESS:  From my perspective, these engineers did

15   a heroic job, and they're continuing to do their job.  They're

16   not done.

17            BY MR. SOMMER:

18   Q.   And sir, as a result of their success in reducing latency,

19   do you have any different view today as to whether you made the

20   right decision on the radical latency proposal?

21   A.   I stand by that decision.  I think it was the right

22   decision.

23            MR. SOMMER:  Thank you, Your Honor.  Nothing further.

24            THE COURT:  Okay.  Dr. Raghavan, thank you very much

25   for your time and your testimony.

1          THE WITNESS:  Thank you, Your Honor.

2          THE COURT:  Mr. Schmidtlein?

3          MR. SCHMIDTLEIN:  Your Honor, it is 12:12 roughly,

4    according to my watch.  It was not lost on counsel, I think for

5    both sides, that you have a hearing at 1:00 today, at least

6    based on the schedule that was posted outside.

7          My recommendation would be that we adjourn for -- 15

8    minutes early today or 17 minutes early and that we not start

9    Professor Fox today and that we just take him -- because we

10    would have to interrupt him anyway on Monday for Mr. Pichai.

11          So I've spoken to my colleagues here.  I think they're in

12    agreement with that proposal.

13          THE COURT:  Say no more.  That's fine.  Particularly

14    given the technical nature of his expected testimony, I think

15    it's better we do it all at once.

16          MR. SCHMIDTLEIN:  Just one last point.  I think as

17    Your Honor knows and we've talked about previously, we've had in

18    place a process whereby we are supposed to get 48 hours' notice

19    on confidentiality issues.

20          That process worked reasonably well, not perfectly but

21    reasonably well during the government's case.  That process for

22    the two witnesses who have now been called by Google has not

23    worked very well.  We are getting extraordinarily late requests.

24    We are not getting 48 hours' notice.  I don't believe it's on

25    documents or as a result of sort of things that are a surprise

1   for cross.  I understand every once in a while that can come up.

2   That's not what's gone on here.

3       And it is, to be -- I think it's compromising our ability

4   to be able to articulate to you and to be able to fairly argue

5   to you some of these confidentiality issues.  You have to make

6   your judgments based upon the information that's in front of

7   you, and we would really ask that they adhere to this 48-hour

8   rule more faithfully so that we can go through this process and,

9   if necessary, be in a position to articulate these arguments to

10  you, because it's very important to our client.

11      Thank you.

12          THE COURT:  Sure.  Look, I think that's fair.  Let's

13  do our best for everybody to stick to the process that's in

14  place.  This is not a process that's been put in place to favor

15  one side over the other.

16      I understand that exhibits, in the process of leading up to

17  a witness, can develop, but nevertheless -- I guess what I would

18  also emphasize is that, you know, more time is better, even if

19  it's not 48 hours, to ensure that everybody has a full

20  opportunity to vet the issues, including me.

21      So I hope it's clear that I'm trying to take all this very

22  seriously.  And so, you know, doing things like actually looking

23  at the 10-K is a helpful thing in terms of the publicly

24  disclosed element of the Hubbard factors.  So more time is

25  better.

1    Two, I would prefer not to raise these issues during a

2  witness's testimony.  And so if such issues are likely to arise,

3  if there's going to be disputes, please let us know the evening

4  before, and we can come in early or delay a witness by a few

5  minutes to sort that out while the witness isn't here on the

6  stand.

7    Okay?

8         MR. DINTZER:  Your Honor, I just want to say, we have

9  been -- obviously, we're acting in good faith.  We're doing our

10  best to get them the documents.  They say oh, we got them last

11  night.  That's not untrue.  It's just once we identify them --

12  we're still working on the documents that we're going to use for

13  different witnesses, and as we find them, we are turning them

14  over.

15    So I just want to make sure the Court understands that --

16         THE COURT:  I understand that.  And as I said, I

17  understand there's -- I should stop doing things like this, but

18  there's some latency delays in getting exhibits --

19         MR. DINTZER:  Yes, more than 5 milliseconds, Your

20  Honor.

21         THE COURT:  -- over, but again, the emphasis ought to

22  be on trying to adhere to it.

23    I believe now, since I haven't heard from the plaintiffs

24  further, that you've got disclosure about Google's witnesses and

25  the order of their witnesses.

1          MR. DINTZER:  Some.

2          THE COURT:  You should have for next week for sure.

3          MR. DINTZER:  We have for next week.  And when they

4    apparently have some juggling to do, which we understand,

5    they've let us know.  So we do have that.

6      If -- and they have given us some indication of witnesses

7    that they're dropping.  As a part of this -- and I'm not saying

8    it's causality, but it is all a part of this.  Knowing when

9    they're dropping witnesses will help us manage our resources so

10   that we can do this process.

11         THE COURT:  Look, I understand.  Again, this is a

12   two-way street, and again, I've asked them to give them notice

13   when they're dropping folks, and it sounds like that's

14   happening.  But the bottom line is, there's a process in place.

15   Again, everybody is operating in good faith, I believe, but

16   let's try to adhere to it.  And if there are exceptions and it

17   needs to be brought to my attention, you know, let me know

18   sooner rather than later as opposed to during a witness, so that

19   everybody has an ample opportunity to vet the issue.  Okay?

20         MR. DINTZER:  We understand.  We've heard the Court.

21   We will on the morning of any witness let the Court know if

22   there are any outstanding issues.

23         THE COURT:  Okay.  All right.  I've got a couple of

24   housekeeping matters.  Does anybody want to raise anything

25   before I turn to those?

1          MR. DINTZER:  Not from the DOJ plaintiffs, Your Honor.

2          MR. CAVANAUGH:  No, Your Honor.

3          MR. SCHMIDTLEIN:  No, Your Honor.

4          THE COURT:  I said -- three housekeeping matters.  One

5     is Monday.  I take it it's Mr. Pichai, and then we will turn to

6     Professor Fox, or is there a reordering?

7          MR. SCHMIDTLEIN:  No.

8          THE COURT:  Okay.  So that covers us for Monday in

9     terms of anticipated testimony.

10         The second housekeeping matter is we have received from the

11    parties and third parties their suggested redactions to -- or, I

12    should say, the maintaining particular redactions to the sealed

13    portions of the testimony of four different witnesses.  They

14    were Mr. Barrett-Bowen, Ms. Kartasheva, Mr. Parakhin, and

15    Mr. Tinter.

16         We have gone through those, and I won't give the whole

17    spiel I've given previously.  I will just incorporate that into

18    the record in terms of having done a line-by-line analysis,

19    which we have done, and we appreciate the parties' and third

20    parties' careful review of the transcripts.

21         So let me just put on the record what we have done in

22    general terms.  With respect to Mr. Barrett-Bowen, we have

23    maintained redactions, and this was a Microsoft witness,

24    concerning the structure of ongoing and recent deals between

25    third parties, confidential financial and budgeting figures,

negotiating strategies with third parties with respect to
ongoing or recent agreements.

We have not, however, redacted, that is, we've left for the
public transcript high-level description of agreements and the
names of Microsoft partners that are otherwise already publicly
known.

So that's Mr. Barrett-Bowen.

Mr. Parakhin, what we did redact were third-party trade
secrets, that is, the methodology that was used to structure
certain features.  There was very limited redacting for
Mr. Parakhin, and that's what it concerned.

Mr. Tinter, we did redact third-parties' internal
projections of potential agreements with other third parties
that may be subject to future negotiations.

We did not, however, redact information regarding Bing's
attempts to partner with Apple on search, which were publicly
discussed in Mr. Nadella's testimony, as well as the unsealed
portion of Mr. Cue.  There was an overlap between those three
witnesses in terms of the testimony about the back and forth
between Apple, and given what Mr. Nadella testified to publicly
and what we unsealed for Mr. Cue, it did not seem to us that we
needed to maintain redactions for Mr. Tinter as to those
subjects.

As to Ms. Kartasheva, we did unredact the following:  The
fact of Google's deals terms differing among partners I think at

a general level was left unredacted.  I don't think it was more
specific than that.

The percentage of Google's revenues that come from certain
Android placements, there was an e-mail that was discussed
concerning Ms. Kartasheva's receipt of information about Android
placements and the analysis that was done based upon that.  We
unredacted that, because even though we had redacted similar
information that was during the testimony of Kolotouros, we
unredacted it for two reasons.  One is that Ms. Kartasheva was
using that information actually to make essentially revenue
share projections -- or she was using it as revenue share
projection exercise in order to determine how much Bing would
need to pay for whatever might remain for compensation.  And
ultimately on the witness stand, she disavowed the analysis.

To the extent that Google had a proprietary interest and
concern in those numbers and in that analysis and the fact she
had disavowed it and walked away from its accuracy, I thought,
sort of diminished Google's proprietary interests and privacy
interests with respect to that information.

So that's the reason there's a difference between the way
we treated Kolotouros's testimony and why similar information
we've unredacted from Ms. Kartasheva.

We did maintain, however, as redacted the particular
revenue share percentages that were identified in the sealed
portion of her testimony.

          With respect to the two exhibits as to which The New York

Times has requested removal of redactions, these are UPX552 and

UPX137.  I have, again, applied the Hubbard factors, with

Hubbard factors 1 and 6 again weighing in favor of disclosure.

          The fact of there being objection that has weighed in,

that's Google's objection on the strength of any property or

privacy interests, that favors nondisclosure, although that's

slightly weakened because it does involve the strength of a

property interest of a party.

          And then in terms of prejudice, I've considered that as

well.

          So at the end of the day, considering all of those factors,

I I'm going to order that the entirety of those exhibits be

unsealed.  And the reason is two primarily.  One is the age of

the exhibits.  I think the e-mails are from 2007 and concern

potential negotiations with Apple for a prior revenue share

agreement.  It does not concern terms of the revenue share

agreement that are continuing forward except as to the

percentages, and the percentages have changed.  One of the

percentages that Google requested, which was the ultimate

revenue share for that revenue share agreement, has been

publicly disclosed.

          There was a citation to a Politico article that reflected

the number.  Even though Google may or may not have confirmed

that number publicly, it does, I think, diminish the privacy

interests and the fact of the public disclosure of it as a

factor I must consider.

And then in terms of some of the other redacted portions in

the e-mails that were going back and forth, again given the age

of the e-mail and given the fact that the topic that was the

subject of the e-mail as it relates to the rev share agreement

is now -- has been changed, I thought that that weighed against

the privacy concerns and the prejudice concerns that were being

put forward.

So I will order that those two exhibits be made available

in full. Okay? Well, I shouldn't say in full. One of the two

had an e-mail about a project that is not relevant to the case.

I can't remember which of the two.

Mr. Schmidtlein, you're shaking your head. You know which

one I'm talking about. That portion of the document need not be

disclosed. It's the very first portion, because it wasn't

introduced at trial for purposes of my consideration, and it's

not relevant, frankly, to any subject matter in the case. And

so I don't think it -- we haven't discussed the issue of whether

portions of an exhibit like that are, in fact, judicial records,

but the bottom line is, I don't think, even applying the Hubbard

factors, that portion needs to be disclosed.

Okay? All right. I think that's it from my end, and

unless there is anything further, we will adjourn for the day,

and we will see -- oh, one more thing. If I could have, again,

1    kindly for housekeeping with respect to these binders and

2    exhibits, I would appreciate it.

3         We'll see everybody Monday.

4         (Proceedings adjourned at 12:26 p.m.)

CERTIFICATE OF OFFICIAL COURT REPORTER


        I, Sara A. Wick, certify that the foregoing is a

correct transcript from the record of proceedings in the

above-entitled matter.



/s/ Sara A. Wick                    October 28, 2023

SIGNATURE OF COURT REPORTER         DATE

**$**

**$10** [1] - 7586:21

**/**

**/s** [1] - 7613:8

**0**

**0** [1] - 7514:7

**1**

**1** [4] - 7515:16,
7572:19, 7598:12,
7610:4
**1,000** [1] - 7550:22
**10** [1] - 7540:10
**10-K** [13] - 7564:16,
7564:18, 7565:19,
7565:24, 7567:11,
7567:23, 7572:24,
7573:1, 7573:2,
7573:4, 7573:15,
7574:1, 7604:23
**10-Ks** [3] - 7524:22,
7563:18, 7568:19
**100** [1] - 7567:8
**10019** [1] - 7508:10
**10036** [1] - 7508:5
**1006** [2] - 7523:9,
7578:2
**10:00** [2] - 7524:15,
7569:11
**10:57** [1] - 7572:2
**11** [3] - 7546:25,
7547:4, 7547:6
**1100** [1] - 7507:14
**1133** [1] - 7508:4
**11:15** [1] - 7571:24
**11:22** [1] - 7572:2
**11th** [1] - 7579:2
**1217** [1] - 7589:8
**123** [1] - 7540:12
**12:12** [1] - 7603:3
**12:26** [1] - 7612:4
**1300** [1] - 7507:20
**1301** [1] - 7508:9
**132** [1] - 7541:3
**14** [2] - 7546:24,
7547:3
**145** [1] - 7541:9
**146.4** [1] - 7575:18
**15** [1] - 7603:7
**17** [4] - 7549:10,
7549:14, 7579:11,
7603:8
**19** [1] - 7541:3
**198** [3] - 7546:25,

**2**

**2** [6] - 7510:19,
7515:19, 7518:9,
7560:23, 7567:23,
7577:7
**20** [17] - 7546:9,
7546:16, 7546:20,
7546:22, 7547:9,
7549:8, 7550:17,
7552:11, 7556:25,
7557:6, 7557:7,
7557:8, 7570:2,
7578:11, 7578:15,
7579:6, 7581:2
**20-3010** [1] - 7510:4
**20-cv-3010** [1] -
7507:3
**20001** [2] - 7507:17,
7508:15
**20005** [1] - 7507:14
**20024** [1] - 7508:7
**2007** [1] - 7610:15
**2010** [5] - 7549:6,
7549:12, 7549:14,
7549:17, 7595:18
**2014** [3] - 7575:21,
7576:7, 7587:12
**2018** [18] - 7535:21,
7538:18, 7548:19,
7549:6, 7549:19,
7551:4, 7551:14,
7552:12, 7553:16,
7578:12, 7587:12,
7590:15, 7592:1,
7594:22, 7595:18,
7596:16, 7596:22
**2019** [10] - 7538:18,
7538:19, 7559:8,
7586:8, 7586:10,
7586:12, 7586:13,
7594:23, 7596:18,
7596:23
**202** [1] - 7560:24
**202-354-3284** [1] -
7508:16
**2020** [14] - 7511:11,
7512:2, 7513:10,
7514:9, 7514:17,
7515:14, 7515:15,
7517:1, 7540:6,
7549:10, 7567:11,
7567:12, 7572:24,
7586:12
**2021** [13] - 7512:3,
7546:25, 7547:3,
7575:17, 7575:19,

**2022** [3] - 7515:17,
7533:8, 7534:25
**2023** [8] - 7507:6,
7533:8, 7533:22,
7534:7, 7534:8,
7558:22, 7559:8,
7613:8
**203** [1] - 7559:23
**2040** [2] - 7526:10,
7544:4
**2041** [2] - 7544:4,
7545:11
**2051** [1] - 7510:25
**2106** [1] - 7582:9
**2200** [1] - 7508:4
**24** [3] - 7559:2,
7559:3, 7591:11
**25** [1] - 7600:12
**26.3** [2] - 7576:16,
7576:18
**27** [1] - 7507:6
**28** [1] - 7613:8
**29** [1] - 7507:9

**3**

**3** [4] - 7518:7,
7559:23, 7567:24,
7597:13
**32** [2] - 7541:8,
7567:12
**32,778** [1] - 7567:15
**333** [1] - 7508:14
**342** [2] - 7548:8,
7563:10

**4**

**400** [1] - 7549:25,
7550:1
**40th** [1] - 7508:10
**42** [1] - 7551:23
**45** [2] - 7591:6,
7591:16
**450** [1] - 7507:16
**4704-B** [1] - 7508:15
**48** [3] - 7603:18,
7603:24, 7604:19
**48-hour** [1] - 7604:7

**5**

**5** [3] - 7580:18,
7585:22, 7605:19
**50** [1] - 7525:9
**500** [2] - 7549:22,

**6**

**6** [2] - 7572:19, 7610:4
**680** [1] - 7508:7

**7**

**7** [2] - 7526:25,
7548:21
**734** [1] - 7553:12
**7450** [1] - 7600:11
**7510** [1] - 7509:4
**7511** [1] - 7509:8
**7531** [1] - 7509:8
**7545** [1] - 7509:9
**7558** [1] - 7509:9
**7578** [1] - 7509:10
**7581** [1] - 7509:4
**7589** [1] - 7509:10
**7594** [1] - 7509:11
**7595** [1] - 7509:5
**778** [1] - 7567:12

**8**

**8** [1] - 7512:23
**80203** [1] - 7507:21
**8082** [1] - 7558:10
**824** [1] - 7548:21
**825** [1] - 7550:16
**83** [1] - 7549:19
**859** [6] - 7552:1,
7552:2, 7552:4,
7552:6, 7563:10,
7578:9
**860** [1] - 7551:25

**9**

**9** [1] - 7514:20
**90** [1] - 7534:12
**95** [1] - 7567:8
**9:33** [1] - 7507:6

**A**

**a.m** [3] - 7507:6,
7572:2
**ability** [5] - 7525:1,
7535:8, 7563:25,
7564:5, 7604:3
**able** [9] - 7532:5,
7545:2, 7552:19,
7569:10, 7574:5,
7582:15, 7601:21,

**7602:4**
**519** [1] - 7512:24
**559** [1] - 7518:7
**569** [1] - 7597:14

**7604:4**
**above-entitled** [1] -
7613:5
**absolutely** [3] -
7525:14, 7543:25,
7555:4
**academia** [1] - 7599:3
**academic** [1] - 7599:4
**acceleration** [1] -
7551:6
**accent** [1] - 7598:19
**accept** [1] - 7599:11
**access** [5] - 7514:2,
7536:6, 7572:22,
7573:22, 7588:21
**according** [2] -
7534:7, 7603:4
**account** [3] - 7522:13,
7526:17, 7550:8
**accounted** [1] -
7521:16
**accounting** [1] -
7520:13
**accounts** [2] -
7594:12
**accuracy** [1] - 7609:17
**accurately** [2] -
7529:7, 7531:5
**acknowledges** [2] -
7526:19, 7526:20
**acquisition** [14] -
7521:5, 7564:23,
7565:2, 7565:6,
7565:8, 7565:21,
7566:3, 7566:7,
7566:8, 7568:24,
7576:10, 7576:24,
7577:22, 7577:24
**acronym** [2] -
7519:13, 7527:8
**acting** [1] - 7605:9
**Action** [1] - 7510:4
**active** [2] - 7528:17,
7584:2
**actual** [1] - 7518:23
**Ad** [1] - 7550:25
**ad** [25] - 7516:14,
7516:17, 7522:4,
7537:9, 7537:16,
7539:2, 7540:16,
7540:18, 7540:19,
7542:4, 7543:13,
7543:18, 7543:22,
7543:25, 7544:1,
7544:7, 7544:15,
7544:22, 7544:25,
7545:3, 7557:21,
7579:25, 7580:10,
7586:21
**add** [1] - 7571:16

**added** [2] - 7533:11, 7577:3
**adding** [1] - 7602:1
**addition** [1] - 7592:2
**additional** [1] - 7600:6
**addressed** [2] - 7511:9, 7517:6
**adhere** [3] - 7604:7, 7605:22, 7606:16
**adjourn** [2] - 7603:7, 7611:24
**adjourned** [1] - 7612:4
**administrative** [1] - 7590:20
**administrator** [6] - 7588:15, 7588:23, 7589:4, 7590:19, 7591:18, 7592:25
**administrators** [3] - 7589:1, 7589:2, 7590:10
**admissibility** [1] - 7547:25
**admission** [5] - 7526:15, 7526:18, 7547:19, 7589:16, 7593:23
**admissions** [2] - 7526:12, 7531:10
**admitted** [9] - 7511:17, 7531:13, 7545:21, 7548:1, 7558:12, 7578:1, 7578:3, 7589:19, 7594:1
**ads** [63] - 7517:1, 7518:9, 7518:10, 7519:25, 7535:20, 7535:24, 7535:25, 7536:14, 7536:16, 7536:19, 7536:23, 7537:4, 7537:13, 7537:20, 7537:23, 7538:1, 7538:2, 7538:17, 7538:18, 7538:23, 7538:24, 7539:6, 7539:8, 7539:12, 7539:15, 7539:16, 7540:5, 7540:23, 7540:24, 7541:10, 7541:14, 7541:18, 7542:15, 7542:19, 7543:12, 7543:19, 7543:22, 7544:6, 7544:19, 7544:20, 7545:13, 7548:16, 7548:23, 7549:1, 7549:4, 7555:12, 7560:18, 7560:19, 7579:12,

7579:19, 7582:18, 7582:24, 7583:3, 7583:7, 7584:10, 7584:14, 7585:25, 7597:16, 7597:20, 7597:21
**Ads** [26] - 7517:15, 7517:16, 7519:7, 7520:14, 7520:17, 7538:20, 7539:12, 7545:12, 7546:7, 7546:8, 7546:10, 7546:15, 7546:16, 7546:18, 7547:8, 7548:12, 7549:7, 7549:17, 7550:8, 7556:4, 7557:1, 7560:20, 7587:11, 7598:21
**advertise** [8] - 7580:25, 7581:6, 7581:7, 7581:9, 7581:11, 7581:13, 7581:18, 7584:18
**advertised** [1] - 7592:7
**advertisements** [4] - 7519:14, 7538:14, 7544:11, 7579:12
**advertiser** [5] - 7544:16, 7555:8, 7555:10, 7556:9, 7596:8
**advertisers** [18] - 7536:19, 7538:23, 7539:7, 7539:11, 7541:21, 7543:23, 7554:18, 7557:18, 7557:19, 7557:24, 7579:21, 7582:16, 7582:17, 7583:10, 7584:1, 7584:3, 7584:8, 7586:6
**advertisers'** [1] - 7586:3
**advertising** [13] - 7520:5, 7520:7, 7520:24, 7535:19, 7536:13, 7536:14, 7536:20, 7536:22, 7545:4, 7545:14, 7568:20, 7582:14, 7596:4
**advocating** [1] - 7571:4
**age** [2] - 7610:14, 7611:4
**aggregate** [3] - 7565:19, 7574:8, 7574:14

**aggregated** [1] - 7524:23
**aggressive** [1] - 7556:6
**ago** [8] - 7524:13, 7526:4, 7537:5, 7543:3, 7552:22, 7557:3, 7570:17, 7572:14
**agree** [4] - 7562:9, 7577:20, 7580:22, 7596:3
**agreement** [10] - 7512:3, 7515:20, 7515:22, 7521:14, 7524:14, 7603:12, 7610:17, 7610:18, 7610:21, 7611:6
**agreements** [7] - 7521:11, 7525:2, 7565:9, 7566:1, 7608:2, 7608:4, 7608:13
**ahead** [5] - 7512:10, 7548:4, 7569:25, 7600:23, 7602:13
**AI** [12] - 7525:22, 7526:4, 7526:8, 7527:12, 7527:14, 7529:9, 7529:19, 7531:25, 7533:12, 7533:22, 7534:1
**AI-powered** [3] - 7533:22, 7534:1
**aided** [1] - 7508:18
**aimed** [4] - 7542:20, 7543:22, 7544:1, 7544:2
**al** [2] - 7507:3, 7510:4
**alarm** [2] - 7529:12, 7529:13
**allocate** [1] - 7544:17
**allow** [2] - 7563:21, 7571:19
**allows** [1] - 7590:24
**alone** [1] - 7546:22
**Amazon** [6] - 7583:3, 7596:15, 7597:7, 7597:9, 7597:19, 7597:23
**Amazon's** [2] - 7597:16, 7597:20
**AMERICA** [1] - 7507:3
**America** [1] - 7510:4
**Americas** [2] - 7508:4, 7508:9
**AMIT** [1] - 7507:9
**amount** [7] - 7515:23, 7515:24, 7516:21, 7535:6, 7577:20,

7583:14, 7587:7
**amounts** [1] - 7584:16
**ample** [1] - 7606:19
**analogy** [2] - 7570:1, 7570:5, 7570:9
**analysis** [4] - 7607:18, 7609:6, 7609:14, 7609:16
**analyze** [1] - 7516:5
**Android** [3] - 7576:14, 7576:24, 7609:5
**Anil** [3] - 7561:4, 7561:12
**announced** [6] - 7538:19, 7586:20, 7586:24, 7587:4, 7590:4, 7590:8
**announcement** [3] - 7586:19, 7590:9, 7592:1
**annoyed** [1] - 7538:7
**annual** [4] - 7518:1, 7518:3, 7518:5, 7546:9
**annually** [1] - 7574:7
**answer** [7] - 7513:5, 7515:1, 7532:2, 7547:12, 7571:25, 7579:17, 7600:10
**Answer** [2] - 7547:11, 7600:15
**answers** [2] - 7531:21, 7585:25
**anticipated** [2] - 7519:20, 7607:9
**Antitrust** [1] - 7507:20
**anyway** [1] - 7603:10
**app** [7] - 7511:25, 7512:13, 7513:24, 7538:10, 7544:10, 7588:19, 7588:21
**appeal** [1] - 7580:17
**appear** [3] - 7544:22, 7582:21, 7592:17
**APPEARANCES** [2] - 7507:12, 7508:1
**Apple** [14] - 7511:13, 7512:3, 7512:10, 7515:17, 7515:24, 7576:13, 7579:25, 7586:14, 7586:15, 7586:17, 7586:23, 7608:16, 7608:20, 7610:16
**Apple's** [2] - 7586:25, 7587:3
**application** [7] - 7511:22, 7511:24, 7512:21, 7513:13, 7514:6, 7514:11,

7537:5
**application's** [1] - 7513:17
**applied** [2] - 7595:1, 7610:3
**apply** [2] - 7539:21, 7594:11
**applying** [1] - 7611:21
**appreciate** [2] - 7607:19, 7612:2
**appreciating** [1] - 7599:5
**approach** [2] - 7533:1, 7597:1
**appropriate** [1] - 7570:9
**apps** [5] - 7584:17, 7586:18, 7587:23, 7589:5
**Apps** [3] - 7587:14, 7587:17, 7587:21
**area** [1] - 7589:14
**areas** [1] - 7522:21
**argue** [1] - 7604:4
**argument** [4] - 7566:14, 7568:18, 7569:23, 7571:18
**arguments** [3] - 7568:7, 7570:16, 7604:9
**arise** [1] - 7605:2
**arrival** [1] - 7512:7
**arrived** [1] - 7556:4
**article** [3] - 7526:11, 7527:5, 7610:23
**articulate** [2] - 7604:4, 7604:9
**articulated** [1] - 7524:3
**artificial** [2] - 7531:19, 7531:25
**aside** [11] - 7515:13, 7523:4, 7525:21, 7532:11, 7534:20, 7535:14, 7543:16, 7553:3, 7557:9, 7587:6, 7588:24
**associated** [11] - 7520:6, 7520:22, 7520:23, 7565:6, 7565:9, 7566:7, 7573:17, 7574:7, 7574:9, 7576:10, 7579:6
**assume** [2] - 7518:23, 7570:17
**ATT** [1] - 7586:17
**attempts** [1] - 7608:16
**attention** [4] - 7550:2, 7553:21, 7578:9,

7606:17
**attributes** [3] -
7575:14, 7575:21,
7576:24
**auction** [3] - 7554:17,
7555:17, 7555:18
**automatic** [1] -
7594:23
**automatically** [1] -
7559:2
**available** [7] -
7527:25, 7528:1,
7535:7, 7538:12,
7590:16, 7592:18,
7611:10
**Avenue** [4] - 7508:4,
7508:7, 7508:9,
7508:14
**avoid** [1] - 7538:5
**aware** [9] - 7514:9,
7514:12, 7535:5,
7557:22, 7557:24,
7565:7, 7586:14,
7586:16, 7586:19
**awe** [1] - 7598:25

**B**

**balanced** [2] -
7574:15, 7574:16
**balancing** [1] -
7569:12
**bar** [5] - 7515:9,
7537:7, 7538:10,
7556:25, 7557:6
**Bard** [2] - 7527:10,
7533:23
**Barkey** [5] - 7523:5,
7540:13, 7551:23,
7579:3, 7581:20
**barrels** [2] - 7561:17,
7561:24
**Barrett** [3] - 7607:14,
7607:22, 7608:7
**Barrett-Bowen** [3] -
7607:14, 7607:22,
7608:7
**barrier** [1] - 7569:4
**based** [4] - 7545:9,
7603:6, 7604:6,
7609:6
**basis** [5] - 7535:25,
7550:13, 7563:19,
7564:11, 7570:17
**Bates** [12] - 7512:24,
7518:7, 7540:12,
7541:3, 7541:9,
7548:21, 7550:16,
7551:25, 7552:6,
7559:23, 7563:10,

7578:9
**beautiful** [2] - 7539:16
**became** [1] - 7587:21
**become** [5] - 7551:14,
7551:21, 7587:22
**BEFORE** [2] - 7507:1,
7507:9
**begins** [1] - 7559:23
**behalf** [3] - 7510:6,
7510:7, 7571:4
**behavior** [3] -
7544:12, 7544:14,
7585:8
**belief** [1] - 7529:11
**Belknap** [1] - 7508:3
**bell** [2] - 7512:17,
7532:20
**below** [9] - 7521:22,
7524:1, 7534:12,
7538:10, 7549:10,
7549:14, 7549:19,
7576:22, 7577:2
**Ben** [2] - 7561:3,
7561:9
**BENCH** [1] - 7507:9
**bend** [1] - 7542:23
**benefit** [1] - 7574:6
**best** [9] - 7516:23,
7522:15, 7522:18,
7542:17, 7570:1,
7585:5, 7601:25,
7604:13, 7605:10
**better** [12] - 7522:6,
7531:20, 7532:1,
7598:13, 7598:22,
7601:20, 7602:1,
7603:15, 7604:18,
7604:25
**between** [18] -
7544:24, 7548:9,
7549:6, 7553:16,
7559:8, 7559:14,
7574:6, 7574:13,
7577:23, 7579:22,
7579:25, 7586:23,
7601:5, 7601:14,
7607:24, 7608:18,
7608:20, 7609:20
**beyond** [2] - 7525:10,
7532:14, 7565:21
**big** [1] - 7597:16
**bigger** [2] - 7551:5,
7551:10
**billion** [10] - 7515:16,
7515:19, 7549:11,
7549:14, 7549:19,
7575:18, 7576:17,
7576:18, 7586:21,
7601:17
**billions** [1] - 7575:17

**binder** [13] - 7510:20,
7511:1, 7526:10,
7539:25, 7540:1,
7540:3, 7546:24,
7575:4, 7577:12,
7585:14, 7585:15,
7585:16, 7589:6
**binders** [1] - 7612:1
**Bing** [5] - 7533:22,
7534:1, 7536:8,
7536:11, 7609:12
**Bing's** [10] - 7533:25,
7534:15, 7535:7,
7535:14, 7535:25,
7536:1, 7536:4,
7536:6, 7608:15
**bit** [5] - 7512:24,
7527:24, 7535:19,
7573:14, 7582:3
**black** [2] - 7577:12,
7585:16
**blow** [3] - 7526:25,
7553:22, 7556:18
**blue** [3] - 7513:17,
7542:25, 7578:18
**book** [1] - 7566:22
**booked** [16] - 7521:2,
7523:24, 7523:25,
7563:14, 7564:8,
7566:23, 7566:24,
7567:24, 7572:18,
7572:23, 7573:12,
7575:9, 7575:13,
7575:20, 7595:21
**Booking** [1] - 7584:7
**bottom** [5] - 7522:19,
7573:9, 7575:25,
7606:14, 7611:21
**Bowen** [3] - 7607:14,
7607:22, 7608:7
**box** [3] - 7543:4,
7590:18, 7592:25
**branding** [1] - 7593:10
**break** [5] - 7524:25,
7525:11, 7525:16,
7571:23, 7588:17
**breakdown** [1] -
7564:3
**brief** [1] - 7566:14
**briefly** [4] - 7527:9,
7527:17, 7527:24,
7543:17
**bring** [4] - 7574:19,
7598:6, 7601:15,
7601:22
**broadly** [1] - 7555:11
**Broadway** [1] -
7507:20
**broken** [4] - 7518:10,
7524:23, 7563:19,

7564:11
**brought** [3] - 7537:2,
7537:3, 7606:17
**browser** [2] - 7521:14,
7585:6
**browsing** [2] -
7544:12, 7544:14
**bucket** [2] - 7542:15,
7544:20
**budget** [1] - 7542:24
**budgeting** [1] -
7607:25
**budgets** [3] - 7542:20,
7542:25, 7543:5
**build** [3] - 7546:10,
7600:3, 7600:24
**building** [2] - 7601:8,
7602:1
**buildup** [1] - 7601:5
**built** [1] - 7588:3
**bunch** [6] - 7518:12,
7518:14, 7518:16,
7538:11, 7589:4,
7589:5
**business** [15] -
7517:10, 7519:4,
7519:24, 7546:19,
7551:15, 7562:9,
7562:12, 7564:6,
7570:10, 7587:5,
7587:11, 7597:16,
7597:21, 7598:22
**businesses** [1] -
7587:4
**buy** [2] - 7580:9,
7582:21
**buyer** [4] - 7542:6,
7542:13, 7542:15,
7542:18
**buyers** [6] - 7541:11,
7541:15, 7541:19,
7541:20, 7542:4,
7544:1
**buying** [2] - 7541:23,
7544:2
**buzz** [2] - 7534:4,
7534:16
**BY** [25] - 7510:16,
7511:4, 7511:19,
7519:19, 7525:20,
7526:24, 7532:10,
7533:3, 7540:15,
7545:6, 7545:23,
7548:5, 7552:8,
7553:2, 7556:16,
7558:14, 7575:2,
7578:7, 7581:24,
7589:21, 7591:21,
7594:3, 7595:12,
7597:3, 7602:17

7564:11
**brought** [3] - 7537:2,
7537:3, 7606:17

**C**

**cables** [1] - 7601:13
**camera** [1] - 7532:7
**campaign** [2] -
7536:14, 7537:16
**campaigns** [7] -
7537:13, 7543:10,
7543:12, 7543:13,
7543:18, 7543:25,
7544:1
**cannibalization** [1] -
7543:9
**cannibalizing** [1] -
7543:13
**cannot** [5] - 7519:13,
7535:13, 7581:17,
7583:22, 7601:8
**capability** [1] -
7588:14
**capacity** [2] - 7601:4,
7601:16
**capture** [1] - 7542:6
**capturing** [3] -
7542:20, 7544:3,
7565:25
**car** [2] - 7581:10,
7581:17
**careful** [3] - 7556:8,
7586:4, 7607:20
**Carlos** [1] - 7553:16
**case** [14] - 7530:4,
7530:7, 7534:22,
7534:25, 7558:3,
7562:4, 7567:3,
7567:8, 7569:20,
7591:15, 7598:17,
7603:21, 7611:12,
7611:18
**Case** [1] - 7507:3
**categorically** [2] -
7599:9, 7599:11
**categories** [1] -
7524:22
**category** [3] -
7520:13, 7575:21,
7576:24
**causality** [1] - 7606:8
**causing** [1] - 7574:3
**caution** [1] - 7544:19
**cautions** [1] - 7527:24
**Cavanaugh** [1] -
7510:6
**CAVANAUGH** [2] -
7508:3, 7607:2
**center** [1] - 7601:19
**centers** [6] - 7521:20,
7600:3, 7600:24,
7601:8, 7602:1
**certain** [4] - 7588:15,

7589:2, 7608:10,
7609:3
**certainly** [8] -
7517:23, 7533:21,
7535:16, 7536:6,
7572:10, 7581:7,
7584:2, 7593:3
**CERTIFICATE** [1] -
7613:1
**certify** [1] - 7613:3
**cetera** [1] - 7598:20
**change** [6] - 7559:5,
7562:8, 7586:17,
7586:20, 7586:25,
7587:8
**changed** [6] -
7558:24, 7559:4,
7586:14, 7587:20,
7610:19, 7611:7
**changes** [7] -
7529:20, 7560:8,
7560:11, 7560:21,
7562:17, 7587:3,
7601:18
**changing** [1] - 7559:9
**channel** [1] - 7541:25
**channels** [2] -
7541:22, 7542:1
**characterize** [1] -
7547:25
**charge** [3] - 7546:15,
7547:8, 7589:13
**charges** [2] - 7536:9,
7536:12
**chart** [28] - 7514:3,
7514:5, 7514:8,
7515:5, 7518:8,
7518:12, 7518:17,
7519:1, 7522:19,
7533:1, 7533:6,
7534:6, 7534:14,
7534:19, 7542:3,
7542:16, 7543:1,
7543:2, 7549:6,
7550:14, 7567:16,
7570:25, 7571:5,
7576:16, 7578:11,
7578:21
**charts** [1] - 7595:25
**Chat** [12] - 7558:15,
7558:23, 7559:6,
7588:3, 7590:1,
7590:10, 7591:23,
7593:8, 7593:10,
7594:4, 7594:5,
7594:23
**chat** [11] - 7558:18,
7558:20, 7559:3,
7559:9, 7561:17,
7562:6, 7562:18,

7562:21, 7588:6,
7592:3, 7595:3
**chatbots** [2] -
7529:21, 7530:5
**ChatGPT** [2] -
7533:18, 7534:16
**Chats** [5] - 7558:4,
7590:25, 7591:2,
7593:7, 7593:13
**chats** [1] - 7559:1
**check** [1] - 7523:1
**checking** [1] -
7530:24
**chief** [1] - 7517:10
**chose** [4] - 7562:5,
7591:10, 7600:13,
7600:15
**Chrome** [6] -
7513:14, 7513:17,
7513:20, 7513:24,
7559:19, 7560:5,
7560:7, 7560:8,
7560:21, 7561:12,
7561:25, 7562:8
**Cinnamon** [6] -
7511:8, 7511:12,
7511:20, 7512:1,
7512:6, 7512:16
**circle** [1] - 7558:1
**citation** [1] - 7610:23
**Civil** [1] - 7510:4
**clarification** [1] -
7555:14
**clarify** [1] - 7555:22
**clarity** [2] - 7572:4,
7591:20
**clear** [7] - 7537:16,
7537:17, 7572:14,
7574:4, 7574:10,
7588:13, 7604:21
**clearly** [2] - 7581:7,
7581:9
**cleverer** [3] - 7554:16,
7555:1, 7555:4
**cleverly** [1] - 7555:11
**click** [5] - 7535:6,
7535:24, 7536:8,
7536:11, 7538:12
**client** [4] - 7524:18,
7569:9, 7570:15,
7604:10
**close** [5] - 7537:17,
7568:3, 7601:4,
7601:16, 7602:7
**Coast** [1] - 7524:19
**code** [2] - 7601:9,
7602:2
**coincidence** [1] -
7537:22
**collaborate** [1] -

7590:5
**colleagues** [1] -
7603:11
**Colorado** [6] -
7507:18, 7507:19,
7507:21, 7508:2,
7582:1
**colorful** [1] - 7562:16
**COLUMBIA** [1] -
7507:1
**column** [11] - 7520:4,
7520:5, 7520:9,
7520:10, 7542:6,
7542:12, 7542:18,
7543:5, 7543:6,
7572:6, 7572:7
**columns** [1] - 7519:2
**comfortable** [2] -
7529:2, 7551:17
**coming** [7] - 7512:3,
7513:10, 7513:23,
7514:1, 7588:10,
7596:24, 7601:21
**comment** [2] - 7569:3,
7569:16
**commentary** [1] -
7568:10
**commenting** [1] -
7548:10
**commercial** [1] -
7584:12
**commercially** [1] -
7552:21
**communicate** [1] -
7569:10
**companies** [9] -
7572:16, 7581:5,
7582:20, 7582:23,
7583:4, 7583:7,
7583:15, 7584:4,
7584:6
**company** [11] -
7516:8, 7524:9,
7556:22, 7564:5,
7570:5, 7574:8,
7579:24, 7580:2,
7580:6, 7580:9,
7580:25
**company's** [5] -
7550:4, 7550:9,
7550:11, 7563:18,
7574:13
**compare** [2] -
7567:13, 7567:16
**compared** [1] -
7564:14
**compensation** [1] -
7609:13
**competition** [1] -
7596:15

**competitive** [6] -
7525:2, 7525:5,
7569:2, 7571:21,
7572:11, 7574:3
**competitors** [4] -
7525:3, 7570:3,
7570:4, 7574:5
**complained** [1] -
7553:11
**completely** [1] -
7519:14
**completeness** [1] -
7520:4
**compliance** [1] -
7590:13
**compromise** [3] -
7524:25, 7525:2,
7564:5
**compromising** [1] -
7604:3
**compute** [1] - 7549:25
**computer** [1] -
7508:18
**computer-aided** [1] -
7508:18
**concern** [5] - 7565:12,
7574:3, 7609:16,
7610:15, 7610:17
**concerned** [1] -
7608:11
**concerning** [2] -
7607:24, 7609:5
**concerns** [2] - 7611:8
**concerted** [1] -
7514:10
**concludes** [1] -
7562:23
**conclusions** [1] -
7535:2
**conduct** [1] - 7564:5
**conducted** [2] -
7535:5, 7535:17
**conferences** [1] -
7599:4
**conferencing** [1] -
7593:9
**confidential** [8] -
7512:25, 7524:15,
7524:21, 7563:24,
7565:11, 7569:5,
7573:13, 7607:25
**confidentiality** [10] -
7523:18, 7523:19,
7552:19, 7558:2,
7562:24, 7564:4,
7569:14, 7601:19,
7603:19, 7604:5
**confirmed** [1] -
7610:24
**confusion** [3] -

7537:18, 7538:6,
7538:7
**connected** [1] -
7571:20
**Connolly** [1] - 7508:6
**consciously** [1] -
7515:21
**consent** [1] - 7586:18
**consider** [1] - 7611:2
**consideration** [5] -
7512:5, 7516:3,
7543:3, 7584:12,
7611:17
**considered** [2] -
7521:12, 7610:10
**considering** [4] -
7512:10, 7541:23,
7541:24, 7610:12
**consistent** [1] -
7567:22
**consistently** [1] -
7549:7
**consolidated** [2] -
7563:19, 7564:11
**constant** [1] - 7576:2
**constantly** [1] -
7601:13
**constitutes** [1] -
7573:4
**Constitution** [1] -
7508:14
**consulted** [1] -
7524:18
**Consumer** [1] -
7507:19
**consumer** [1] -
7599:14
**consumers** [2] -
7584:11, 7584:16
**contemplated** [1] -
7557:3
**content** [2] - 7536:24,
7539:13
**context** [2] - 7596:3,
7600:22
**continue** [5] -
7529:13, 7563:1,
7575:1, 7592:24,
7597:23
**continued** [5] -
7507:24, 7562:10,
7569:14, 7593:15,
7598:4
**Continued** [1] -
7510:14
**CONTINUED** [1] -
7508:1
**continues** [1] - 7551:8
**continuing** [4] -
7551:14, 7602:5,

7602:15, 7610:18
**contract** [2] - 7512:11, 7512:12
**contracts** [1] - 7563:25
**contribution** [2] - 7518:9, 7535:11
**contributor** [1] - 7551:10
**control** [1] - 7589:2
**controls** [3] - 7589:4, 7589:5, 7590:11
**conversation** [3] - 7525:17, 7563:1, 7568:6
**conversations** [2] - 7592:4, 7592:8
**convinced** [1] - 7529:19
**copy** [1] - 7533:4
**core** [5] - 7530:19, 7530:20, 7568:18, 7569:19, 7598:13
**correct** [118] - 7511:9, 7511:24, 7513:11, 7514:11, 7514:24, 7514:25, 7515:6, 7515:11, 7515:14, 7517:14, 7519:4, 7519:10, 7522:21, 7522:22, 7522:25, 7525:23, 7526:4, 7526:8, 7530:10, 7530:15, 7530:17, 7531:5, 7531:6, 7532:12, 7534:18, 7535:17, 7535:21, 7535:25, 7536:10, 7536:18, 7536:25, 7537:23, 7538:13, 7538:16, 7538:25, 7539:1, 7539:3, 7539:13, 7541:6, 7541:19, 7542:11, 7542:14, 7543:15, 7546:9, 7548:19, 7548:24, 7549:8, 7549:15, 7549:23, 7550:9, 7550:11, 7550:14, 7550:22, 7550:23, 7551:1, 7551:6, 7551:7, 7551:8, 7551:15, 7551:21, 7553:10, 7553:14, 7553:19, 7555:14, 7556:23, 7558:8, 7558:16, 7558:19, 7559:10, 7560:12, 7562:6, 7562:9, 7562:12,

7562:14, 7562:22, 7575:14, 7575:15, 7575:18, 7575:22, 7576:2, 7576:7, 7576:17, 7576:20, 7576:25, 7577:4, 7577:22, 7578:22, 7579:14, 7581:12, 7581:14, 7582:14, 7582:18, 7582:22, 7582:24, 7582:25, 7584:25, 7585:4, 7585:7, 7585:8, 7586:8, 7586:12, 7588:9, 7589:14, 7589:15, 7590:6, 7590:14, 7590:21, 7592:5, 7592:19, 7593:16, 7594:9, 7594:19, 7596:1, 7599:16, 7600:14, 7602:9, 7602:10, 7613:4
**corrected** [1] - 7567:19
**correspondingly** [1] - 7544:14
**corroboration** [1] - 7530:22
**corroborative** [1] - 7527:22
**cost** [10] - 7520:7, 7535:24, 7536:8, 7554:18, 7554:19, 7555:2, 7555:5, 7555:9, 7564:23
**cost-per-click** [2] - 7535:24, 7536:8
**costs** [17] - 7520:6, 7520:22, 7520:23, 7521:5, 7536:1, 7536:11, 7565:2, 7565:6, 7565:9, 7565:21, 7565:25, 7566:3, 7566:7, 7566:8, 7568:24, 7576:10
**council** [1] - 7599:14
**counsel** [6] - 7564:19, 7569:4, 7582:5, 7596:16, 7600:2, 7603:4
**Counsel** [2] - 7552:5, 7595:9
**count** [1] - 7528:16
**counted** [2] - 7521:15, 7576:18
**countries** [1] - 7528:12
**counts** [1] - 7532:13

**couple** [18] - 7521:1, 7526:4, 7526:6, 7528:18, 7528:19, 7528:21, 7528:22, 7528:23, 7541:16, 7543:3, 7557:3, 7568:3, 7579:15, 7579:18, 7587:20, 7595:15, 7606:23
**course** [3] - 7537:6, 7558:16, 7563:24
**Court** [8] - 7508:14, 7517:9, 7524:8, 7545:25, 7600:22, 7605:15, 7606:20, 7606:21
**COURT** [86] - 7507:1, 7510:8, 7510:23, 7511:17, 7519:12, 7519:18, 7523:10, 7523:13, 7523:21, 7524:12, 7525:7, 7525:10, 7525:15, 7526:14, 7526:22, 7531:13, 7531:15, 7532:9, 7533:2, 7540:11, 7544:6, 7544:21, 7545:5, 7545:21, 7547:24, 7552:25, 7555:22, 7558:12, 7562:25, 7563:4, 7563:7, 7563:10, 7563:15, 7564:7, 7564:13, 7564:16, 7564:19, 7564:22, 7565:5, 7565:14, 7566:2, 7566:12, 7566:15, 7566:18, 7567:14, 7567:19, 7567:25, 7568:7, 7568:12, 7569:17, 7569:21, 7569:24, 7570:7, 7570:19, 7570:22, 7571:1, 7571:5, 7571:10, 7571:15, 7571:23, 7572:4, 7572:10, 7574:25, 7578:2, 7578:5, 7581:22, 7589:19, 7591:14, 7591:20, 7594:1, 7595:9, 7597:2, 7602:13, 7602:24, 7603:2, 7603:13, 7604:12, 7605:16, 7605:21, 7606:2, 7606:11, 7606:23, 7607:4, 7607:8, 7613:1, 7613:9

**court** [6] - 7510:2, 7524:3, 7524:5, 7568:20, 7568:21, 7572:3
**courtroom** [2] - 7563:6, 7574:24
**COURTROOM** [1] - 7510:3
**cover** [3] - 7540:5, 7548:9, 7597:9
**coverage** [2] - 7533:25, 7534:16
**covers** [1] - 7607:8
**COVID** [4] - 7546:12, 7551:10, 7583:9, 7583:23
**crawling** [1] - 7530:10
**create** [3] - 7525:5, 7542:13, 7567:6
**created** [2] - 7518:17, 7532:24
**creating** [1] - 7540:24
**cricket** [2] - 7601:16, 7601:18
**criteria** [1] - 7524:3
**critical** [1] - 7554:19
**criticism** [1] - 7555:23
**criticized** [1] - 7555:25
**cross** [4] - 7531:18, 7598:7, 7599:19, 7604:1
**Cross** [2] - 7509:4, 7509:4
**CROSS** [2] - 7510:14, 7581:23
**cross-examination** [3] - 7531:18, 7598:7, 7599:19
**CROSS-EXAMINATION** [2] - 7510:14, 7581:23
**Cross-Examination..**
**...........** [2] - 7509:4, 7509:4
**CRR** [1] - 7508:14
**Cue** [2] - 7608:18, 7608:21
**cumulatively** [1] - 7521:12
**curious** [1] - 7566:2
**current** [2] - 7514:5, 7593:19
**curve** [1] - 7541:6
**custodian** [1] - 7540:8
**customers** [6] - 7542:13, 7570:2, 7570:6, 7570:7, 7592:2, 7594:9

## D

**D.C** [6] - 7507:5, 7507:14, 7507:17, 7508:7, 7508:15, 7585:7
**daily** [1] - 7528:17
**damaging** [1] - 7554:11
**Darshan** [1] - 7559:15
**data** [23] - 7518:21, 7521:19, 7523:7, 7525:5, 7533:7, 7535:7, 7535:11, 7570:13, 7586:15, 7588:13, 7588:16, 7588:18, 7589:2, 7590:12, 7594:17, 7599:16, 7599:17, 7600:3, 7600:24, 7601:8, 7601:19, 7602:1
**DATE** [1] - 7613:9
**date** [2] - 7558:24, 7586:11
**dated** [2] - 7540:6, 7548:19
**DAY** [1] - 7507:9
**days** [4] - 7524:13, 7556:4, 7591:6, 7591:16
**deal** [1] - 7538:4
**deals** [2] - 7607:24, 7608:25
**December** [4] - 7533:16, 7533:17, 7546:24, 7547:3
**decide** [2] - 7525:16, 7591:8
**decision** [3] - 7602:20, 7602:21, 7602:22
**deck** [7] - 7511:11, 7548:10, 7596:16, 7596:18, 7596:22, 7599:24
**declaration** [2] - 7558:3, 7558:8
**declared** [2] - 7542:7, 7542:9
**decrease** [1] - 7535:6
**default** [13] - 7558:18, 7558:23, 7558:25, 7559:1, 7559:5, 7559:9, 7576:17, 7576:19, 7585:8, 7591:5, 7591:16, 7594:25, 7595:2
**defaults** [2] - 7521:9, 7521:10

**DEFENDANT** [1] - 7510:15

**Defendant** [2] - 7507:7, 7508:6

**defer** [1] - 7564:21

**defining** [1] - 7532:1

**definitely** [2] - 7585:5, 7596:13

**delay** [1] - 7605:4

**delays** [1] - 7605:18

**deleted** [2] - 7559:2, 7592:18

**deletes** [2] - 7592:15, 7592:17

**delivered** [1] - 7599:6

**delta** [3] - 7573:6, 7574:6, 7574:13

**demand** [4] - 7539:11, 7542:2, 7545:14, 7583:10

**Demand** [6] - 7538:2, 7543:18, 7543:22, 7543:25, 7545:15

**demonstrative** [5] - 7532:21, 7532:24, 7577:8, 7577:10, 7580:18

**dent** [1] - 7534:17

**Denver** [1] - 7507:21

**department** [4] - 7518:18, 7518:20, 7535:20, 7548:13

**Department** [5] - 7507:13, 7507:16, 7507:19, 7574:20, 7582:6

**depicted** [1] - 7514:3

**depicts** [2] - 7542:3, 7584:24

**deploy** [1] - 7600:6

**deposition** [2] - 7546:24, 7547:3

**DEPUTY** [1] - 7510:3

**describe** [2] - 7527:17, 7579:10

**described** [4] - 7539:15, 7572:25, 7584:11, 7587:24

**description** [1] - 7608:4

**designing** [1] - 7541:18

**despair** [1] - 7595:13

**detailed** [2] - 7516:11, 7518:20

**details** [1] - 7601:20

**determine** [1] - 7609:12

**develop** [1] - 7604:17

**developed** [1] -

7594:21

**device** [1] - 7521:14

**devices** [1] - 7511:13

**differ** [2] - 7528:23, 7573:17

**difference** [3] - 7566:7, 7567:24, 7609:20

**different** [16] - 7514:2, 7532:16, 7535:10, 7542:4, 7546:3, 7546:4, 7556:20, 7565:16, 7565:17, 7568:19, 7570:11, 7573:14, 7601:24, 7602:19, 7605:13, 7607:13

**differing** [1] - 7608:25

**digital** [1] - 7596:4

**diminish** [1] - 7610:25

**diminished** [1] - 7609:18

**DINTZER** [7] - 7507:13, 7605:8, 7605:19, 7606:1, 7606:3, 7606:20, 7607:1

**Dintzer** [1] - 7510:6

**direct** [10] - 7525:23, 7531:18, 7553:21, 7578:8, 7579:20, 7584:20, 7589:22, 7592:4, 7592:9, 7596:22

**directed** [1] - 7601:8

**directing** [1] - 7550:2

**directly** [4] - 7531:22, 7546:10, 7571:20, 7584:17

**disadvantage** [4] - 7525:5, 7571:21, 7574:4, 7574:11

**disagreed** [1] - 7560:21

**disagrees** [1] - 7552:20

**disallowed** [1] - 7580:13

**disappeared** [1] - 7559:3

**disavowed** [2] - 7609:14, 7609:17

**Dischler** [5] - 7517:7, 7517:9, 7548:10, 7548:12, 7559:14

**disclose** [7] - 7525:3, 7563:22, 7564:13, 7570:2, 7570:4, 7570:6

**disclosed** [16] -

7524:6, 7564:1, 7564:3, 7564:11, 7565:18, 7566:19, 7566:25, 7567:9, 7573:1, 7573:15, 7573:16, 7604:24, 7610:22, 7611:16, 7611:22

**discloses** [1] - 7574:7

**disclosing** [1] - 7567:8

**disclosure** [13] - 7563:20, 7564:8, 7567:5, 7572:15, 7572:19, 7572:21, 7572:23, 7573:11, 7573:18, 7573:19, 7605:24, 7610:4, 7611:1

**discomfort** [1] - 7569:9

**Discover** [9] - 7537:14, 7537:15, 7537:17, 7537:21, 7537:24, 7538:9, 7540:18, 7544:11, 7544:18

**discovery** [2] - 7588:16, 7590:13, 7590:16, 7593:14

**Discovery** [33] - 7536:14, 7536:16, 7536:19, 7536:23, 7537:9, 7537:13, 7537:16, 7537:20, 7537:23, 7538:1, 7538:17, 7538:18, 7538:21, 7538:23, 7539:5, 7539:6, 7540:5, 7540:23, 7541:10, 7541:14, 7541:18, 7542:15, 7542:19, 7543:12, 7543:19, 7543:22, 7543:25, 7544:6, 7544:15, 7544:20, 7544:22, 7544:25

**discuss** [1] - 7562:10

**discussed** [14] - 7524:4, 7526:4, 7527:19, 7527:24, 7533:15, 7543:17, 7544:9, 7568:20, 7568:21, 7576:9, 7580:20, 7608:17, 7609:4, 7611:19

**discussing** [6] - 7516:23, 7551:16, 7557:7, 7562:8, 7562:17, 7586:7

**discussion** [4] - 7525:11, 7555:6, 7560:4, 7586:23

**display** [2] - 7519:21, 7566:8

**displayed** [1] - 7536:23

**dispute** [2] - 7523:19, 7552:19

**disputes** [1] - 7605:3

**dissimilar** [1] - 7568:22

**distinguishes** [1] - 7524:24

**distinguishing** [1] - 7544:24

**distributing** [1] - 7601:21

**distribution** [7] - 7512:2, 7525:1, 7565:9, 7566:1, 7574:12, 7576:17, 7576:19

**DISTRICT** [3] - 7507:1, 7507:1, 7507:10

**division** [3] - 7519:6, 7520:2, 7535:20

**divisions** [2] - 7516:15, 7516:17

**Docs** [1] - 7588:21

**document** [15] - 7516:21, 7523:20, 7525:19, 7540:2, 7540:9, 7565:21, 7566:13, 7589:9, 7589:12, 7589:25, 7590:15, 7597:13, 7598:7, 7599:22, 7611:15

**documents** [7] - 7531:20, 7573:23, 7588:23, 7595:15, 7603:25, 7605:10, 7605:12

**DOJ** [3] - 7507:13, 7510:6, 7607:1

**dollar** [10] - 7518:16, 7583:13, 7583:14, 7583:16, 7584:5, 7584:8, 7584:16, 7587:4, 7587:7

**dollars** [1] - 7524:8

**dominant** [3] - 7551:15, 7551:17, 7551:21

**done** [15] - 7514:17, 7515:6, 7533:11, 7538:3, 7559:11, 7569:4, 7585:9, 7585:11, 7586:11,

7594:25, 7602:16, 7607:18, 7607:19, 7607:21, 7609:6

**down** [12] - 7535:7, 7545:24, 7553:22, 7564:12, 7573:20, 7581:20, 7588:17, 7589:24, 7591:13, 7591:22, 7592:7, 7601:22

**Dr** [44] - 7510:10, 7510:17, 7511:20, 7512:15, 7513:2, 7515:13, 7516:7, 7516:21, 7523:4, 7523:8, 7525:21, 7526:12, 7526:20, 7526:25, 7532:11, 7532:25, 7533:6, 7539:23, 7540:9, 7540:16, 7545:12, 7548:22, 7552:1, 7552:4, 7552:9, 7553:4, 7553:7, 7553:14, 7558:15, 7562:25, 7574:19, 7574:22, 7574:25, 7575:3, 7575:8, 7578:8, 7578:10, 7581:25, 7587:10, 7589:7, 7591:14, 7595:15, 7597:6, 7602:24

**dramatically** [1] - 7601:10

**drill** [1] - 7597:15

**drive** [1] - 7570:10

**Drive** [4] - 7588:14, 7588:17, 7588:19, 7588:20

**driven** [2] - 7550:25, 7551:3

**driver** [3] - 7550:19, 7551:15, 7551:21

**dropping** [3] - 7606:7, 7606:9, 7606:13

**DuckDuckGo** [3] - 7598:17, 7599:8

**during** [14] - 7525:22, 7579:20, 7583:8, 7583:9, 7583:11, 7583:23, 7586:10, 7596:5, 7596:8, 7601:4, 7603:21, 7605:1, 7606:18, 7609:8

**duties** [1] - 7556:7

**DVAA** [6] - 7518:10, 7519:2, 7519:12, 7519:21, 7522:21,

7522:25
**DX0163** [1] - 7585:20
**DX231** [1] - 7597:4
**DXD2105** [3] - 7582:9, 7584:5, 7584:20
**dynamic** [1] - 7596:13

## E

**e-discovery** [3] - 7590:13, 7590:16, 7593:14
**e-mail** [16] - 7524:15, 7548:9, 7553:16, 7553:21, 7556:17, 7556:18, 7559:14, 7559:22, 7559:24, 7560:23, 7561:1, 7562:10, 7609:4, 7611:5, 7611:6, 7611:12
**e-mails** [3] - 7548:9, 7610:15, 7611:4
**early** [4] - 7532:8, 7603:8, 7605:4
**earn** [1] - 7587:8
**earning** [1] - 7524:9
**easier** [1] - 7577:9
**easily** [1] - 7592:25
**easy** [2] - 7593:2, 7593:4
**Edward** [1] - 7534:21
**effect** [1] - 7535:8
**effectively** [2] - 7563:25, 7590:6
**efficient** [1] - 7601:10
**efficiently** [1] - 7590:6
**effort** [1] - 7514:10
**eight** [2] - 7534:17, 7549:24
**eight-year** [1] - 7549:24
**either** [4] - 7522:25, 7531:18, 7533:17, 7555:9
**element** [1] - 7604:24
**elements** [1] - 7527:21
**emphasis** [1] - 7605:21
**emphasize** [1] - 7604:18
**emphasized** [1] - 7592:21
**employees'** [1] - 7592:3
**enabled** [1] - 7559:1
**encompass** [1] - 7521:19
**end** [8] - 7517:23, 7518:6, 7545:4,

7555:12, 7563:10, 7573:25, 7610:12, 7611:23
**ending** [1] - 7563:10
**engine** [5] - 7527:11, 7533:7, 7560:12, 7584:25, 7598:18
**engineer** [1] - 7563:21
**engineers** [10] - 7522:10, 7522:16, 7553:7, 7553:24, 7554:9, 7556:7, 7601:9, 7602:3, 7602:8, 7602:14
**engines** [1] - 7527:14
**enormously** [1] - 7596:5
**ensure** [1] - 7604:19
**entered** [3] - 7542:10, 7574:24, 7585:6
**enterprise** [4] - 7588:6, 7590:24, 7591:8, 7591:10
**enterprises** [1] - 7594:15
**enters** [1] - 7521:13
**entire** [3] - 7572:5, 7596:5, 7596:6
**entirety** [1] - 7610:13
**entitled** [2] - 7599:23, 7613:5
**entry** [1] - 7567:11
**equal** [2] - 7577:4, 7577:6
**erased** [1] - 7562:21
**ESQ** [6] - 7507:13, 7507:15, 7507:18, 7508:3, 7508:6, 7508:8
**essentially** [7] - 7544:16, 7556:4, 7564:23, 7567:7, 7573:2, 7573:5, 7609:10
**estimate** [1] - 7515:25
**et** [3] - 7507:3, 7510:4, 7598:20
**evening** [1] - 7605:3
**event** [1] - 7568:14
**evidence** [14] - 7511:18, 7516:19, 7531:14, 7539:24, 7543:9, 7545:22, 7548:7, 7553:13, 7558:13, 7577:25, 7578:6, 7589:20, 7594:2, 7597:5
**exact** [2] - 7558:24, 7561:22
**exactly** [7] - 7522:12,

7526:6, 7532:19, 7557:20, 7562:15, 7586:11, 7590:17
**examination** [7] - 7525:8, 7526:17, 7531:18, 7552:18, 7562:24, 7598:7, 7599:19
**EXAMINATION** [3] - 7510:14, 7581:23, 7595:11
**Examination..........** [1] - 7509:5
**Examination............** . [2] - 7509:4, 7509:4
**examined** [1] - 7596:17
**example** [12] - 7563:20, 7566:3, 7566:4, 7566:5, 7567:7, 7570:2, 7570:11, 7572:24, 7575:17, 7580:5, 7580:23, 7591:16
**examples** [2] - 7580:6, 7580:23
**except** [1] - 7610:18
**exception** [1] - 7536:25
**exceptions** [1] - 7606:16
**exchange** [2] - 7553:16, 7559:14
**executive** [1] - 7516:12
**exercise** [1] - 7609:12
**exhibit** [11] - 7510:23, 7523:7, 7523:10, 7523:23, 7560:23, 7563:13, 7585:9, 7585:11, 7585:22, 7589:22, 7611:20
**Exhibit** [8] - 7511:18, 7518:9, 7531:14, 7545:22, 7558:13, 7578:6, 7589:20, 7594:2
**EXHIBITS** [1] - 7509:7
**exhibits** [8] - 7563:8, 7604:16, 7605:18, 7610:1, 7610:13, 7610:15, 7611:10, 7612:2
**existing** [2] - 7511:21, 7543:10
**exit** [1] - 7587:21
**exited** [1] - 7563:6
**exiting** [3] - 7556:21, 7556:24
**expanded** [8] -

7554:16, 7555:1, 7555:5, 7555:7, 7557:10, 7557:11, 7557:13, 7557:17
**expect** [3] - 7518:22, 7529:16, 7532:4
**expectations** [1] - 7545:13
**expected** [2] - 7529:16, 7603:14
**Expedia** [4] - 7581:13, 7581:16, 7581:18, 7584:7
**expense** [2] - 7553:9, 7576:23
**expenses** [2] - 7522:1, 7522:4
**expensive** [1] - 7535:24
**experience** [15] - 7527:8, 7527:12, 7527:16, 7527:17, 7537:4, 7553:10, 7554:1, 7554:11, 7555:15, 7555:16, 7556:9, 7556:10, 7556:15, 7557:2, 7601:25
**experiment** [1] - 7535:17
**experimental** [1] - 7527:23
**experiments** [2] - 7535:5, 7535:10
**experts** [2] - 7534:22, 7535:6
**explain** [3] - 7524:21, 7548:2, 7555:25
**explicitly** [1] - 7539:18
**expose** [1] - 7557:20
**express** [1] - 7584:19
**expressed** [1] - 7554:12
**expressing** [1] - 7555:4
**extent** [4] - 7526:20, 7572:22, 7574:2, 7609:15
**extraordinarily** [1] - 7603:23
**extreme** [1] - 7569:8
**extremely** [1] - 7570:14

## F

**Facebook** [13] - 7539:3, 7539:8, 7540:14, 7540:19, 7540:24, 7541:6,

7541:22, 7544:2, 7586:19, 7586:23, 7586:24, 7587:7, 7588:24
**Facebook's** [4] - 7585:25, 7586:5, 7586:21, 7586:25
**facility** [1] - 7593:9
**fact** [14] - 7540:2, 7540:23, 7570:16, 7572:20, 7574:2, 7577:3, 7587:7, 7591:15, 7608:25, 7609:16, 7610:5, 7611:1, 7611:5, 7611:20
**factor** [2] - 7573:19, 7611:2
**factors** [12] - 7546:12, 7572:19, 7573:9, 7573:24, 7574:15, 7574:16, 7574:17, 7604:24, 7610:3, 7610:4, 7610:12, 7611:22
**fair** [13] - 7512:14, 7514:19, 7516:21, 7522:8, 7522:15, 7526:22, 7527:24, 7528:25, 7537:13, 7553:11, 7558:22, 7562:2, 7604:12
**fairly** [1] - 7604:4
**faith** [2] - 7605:9, 7606:15
**faithfully** [1] - 7604:8
**fall** [3] - 7542:15, 7544:20, 7569:13
**falling** [1] - 7545:13
**familiar** [7] - 7512:15, 7512:18, 7525:25, 7532:12, 7541:10, 7553:14, 7557:20
**far** [4] - 7532:3, 7576:23, 7598:2, 7598:3
**fast** [2] - 7597:23, 7598:4
**favor** [4] - 7569:14, 7572:19, 7604:14, 7610:4
**favors** [2] - 7572:23, 7610:7
**feature** [3] - 7544:24, 7557:12, 7599:5
**features** [6] - 7527:13, 7527:15, 7557:17, 7588:8, 7590:5, 7608:10
**February** [4] -

7533:21, 7534:7, 7558:22, 7559:8
**feed** [9] - 7536:24, 7537:7, 7537:15, 7537:24, 7538:15, 7539:13, 7544:11, 7544:18, 7544:22
**feedback** [1] - 7599:5
**few** [15] - 7510:22, 7511:5, 7511:6, 7528:21, 7528:23, 7532:4, 7533:11, 7537:4, 7576:9, 7576:4, 7580:5, 7595:13, 7601:3, 7605:4
**fewer** [8] - 7560:11, 7560:13, 7560:14, 7560:17, 7560:19
**fiber** [1] - 7601:13
**fidelity** [1] - 7579:17
**Fifth** [1] - 7507:16
**figure** [18] - 7521:19, 7521:22, 7524:7, 7531:25, 7542:19, 7544:17, 7549:10, 7549:14, 7549:19, 7551:2, 7551:16, 7568:23, 7573:18, 7575:9, 7575:13, 7575:17, 7577:4
**figures** [12] - 7516:24, 7518:13, 7518:15, 7522:3, 7524:4, 7545:8, 7550:13, 7568:21, 7569:5, 7572:9, 7576:2, 7607:25
**files** [1] - 7588:22
**filings** [3] - 7524:6, 7524:25, 7525:4
**final** [2] - 7569:3, 7601:6
**finally** [1] - 7578:8
**finance** [9] - 7517:14, 7517:15, 7517:16, 7518:17, 7518:20, 7522:6, 7522:13, 7555:24, 7556:2
**Finance** [2] - 7553:19, 7554:23
**financial** [1] - 7607:25
**fine** [2] - 7552:14, 7603:13
**finger** [1] - 7565:12
**finish** [1] - 7574:19
**finished** [2] - 7568:16, 7574:21
**finishing** [1] - 7588:4
**first** [16] - 7511:6,

7520:9, 7527:4, 7546:6, 7546:14, 7546:25, 7547:3, 7553:6, 7553:22, 7559:22, 7561:1, 7578:24, 7589:23, 7598:12, 7601:4, 7611:16
**fiscal** [1] - 7517:24
**five** [4] - 7551:12, 7552:22, 7570:17, 7572:14
**fixing** [1] - 7516:4
**flip** [1] - 7510:22
**Floor** [2] - 7507:21, 7508:10
**focus** [7] - 7520:9, 7536:2, 7540:24, 7541:1, 7541:5, 7570:24
**focused** [2] - 7516:2, 7541:2
**focusing** [1] - 7515:21
**folks** [1] - 7606:13
**following** [4] - 7517:24, 7586:19, 7587:21, 7608:24
**follows** [1] - 7566:20
**FOR** [2] - 7507:1, 7510:15
**foregoing** [1] - 7613:3
**forget** [2] - 7531:18, 7587:6
**former** [1] - 7554:17
**forth** [2] - 7608:19, 7611:4
**fortunately** [1] - 7518:25
**forums** [1] - 7562:11
**forward** [3] - 7602:5, 7610:18, 7611:9
**four** [1] - 7607:13
**Fox** [4] - 7534:22, 7535:17, 7603:9, 7607:6
**Fox's** [2] - 7534:24, 7535:2
**fraction** [3] - 7551:3, 7574:2, 7601:17
**frankly** [1] - 7611:18
**free** [3] - 7527:6, 7579:5, 7580:10
**freely** [1] - 7579:21
**frequent** [1] - 7570:10
**frequently** [1] - 7539:2
**Friday** [1] - 7510:9
**front** [2] - 7540:2, 7604:6
**frustrated** [1] - 7562:16

**full** [5] - 7590:12, 7601:2, 7604:19, 7611:11
**fully** [1] - 7524:20
**function** [4] - 7588:6, 7588:11, 7590:20, 7593:14
**functionality** [3] - 7590:16, 7593:14, 7595:6
**functions** [1] - 7588:19
**fund** [2] - 7600:13, 7600:15
**fundamentally** [1] - 7545:1
**furniture** [4] - 7582:20, 7583:4, 7583:9, 7583:10
**future** [3] - 7563:25, 7564:5, 7608:14

# G

**gains** [1] - 7550:18
**game** [1] - 7529:2
**Gen** [6] - 7538:2, 7543:18, 7543:22, 7543:25, 7545:15
**general** [11] - 7511:5, 7511:11, 7511:14, 7533:7, 7559:4, 7559:7, 7560:4, 7571:13, 7571:15, 7607:22, 7609:11
**generally** [1] - 7562:2
**generate** [1] - 7571:9
**generated** [2] - 7534:4, 7534:16
**generative** [4] - 7527:8, 7527:16, 7527:17, 7533:12
**generic** [2] - 7572:12, 7572:16
**given** [12] - 7536:2, 7536:4, 7556:24, 7570:22, 7574:6, 7600:21, 7603:14, 7606:6, 7607:17, 7608:20, 7611:4, 7611:5
**gleaned** [1] - 7544:12
**Gmail** [5] - 7537:3, 7537:14, 7540:14, 7544:10, 7544:18
**goal** [2] - 7512:20, 7546:19
**goals** [4] - 7511:20, 7546:3, 7546:19, 7556:13

**Gomes** [2] - 7561:9, 7561:20
**Goodrich** [1] - 7508:9
**Google** [165] - 7510:5, 7510:7, 7511:22, 7511:24, 7511:25, 7512:13, 7512:21, 7513:3, 7513:13, 7513:17, 7513:23, 7514:6, 7514:9, 7514:17, 7514:24, 7515:2, 7515:6, 7515:10, 7515:14, 7515:16, 7515:24, 7517:11, 7517:14, 7519:14, 7519:24, 7519:25, 7521:9, 7521:13, 7523:9, 7524:5, 7525:6, 7527:14, 7527:25, 7528:6, 7528:14, 7530:9, 7530:14, 7530:19, 7533:22, 7535:5, 7535:7, 7536:13, 7536:19, 7536:24, 7537:5, 7538:1, 7538:9, 7538:17, 7538:20, 7538:23, 7539:6, 7539:9, 7539:12, 7539:13, 7540:18, 7540:23, 7541:14, 7541:18, 7543:17, 7545:7, 7545:12, 7546:3, 7546:7, 7548:23, 7548:24, 7552:19, 7552:20, 7552:21, 7553:8, 7557:17, 7558:4, 7558:15, 7558:16, 7558:23, 7559:5, 7560:11, 7560:14, 7561:7, 7561:12, 7564:13, 7565:2, 7566:19, 7566:24, 7568:23, 7569:1, 7572:17, 7572:21, 7572:24, 7572:25, 7573:22, 7574:3, 7574:7, 7574:11, 7575:14, 7575:20, 7576:10, 7576:13, 7576:16, 7576:17, 7576:19, 7576:23, 7577:17, 7577:21, 7577:22, 7580:25, 7581:8, 7581:9, 7581:11, 7582:14, 7582:16, 7583:7, 7584:10, 7584:14, 7584:15, 7584:21,

7586:6, 7587:24, 7588:1, 7588:2, 7588:6, 7588:9, 7588:11, 7588:14, 7588:17, 7588:20, 7588:21, 7589:14, 7589:25, 7590:4, 7590:9, 7590:12, 7590:15, 7590:17, 7590:21, 7591:10, 7591:18, 7592:1, 7592:7, 7592:21, 7592:24, 7593:6, 7593:7, 7593:8, 7593:10, 7593:13, 7593:19, 7593:20, 7594:4, 7594:9, 7594:13, 7594:21, 7594:22, 7595:4, 7595:16, 7597:6, 7600:3, 7600:6, 7603:22, 7609:15, 7610:20, 7610:24
**GOOGLE** [1] - 7507:6
**Google's** [35] - 7511:12, 7512:2, 7513:10, 7516:14, 7516:16, 7519:24, 7525:1, 7534:6, 7534:17, 7534:22, 7535:6, 7535:8, 7535:20, 7535:23, 7537:3, 7550:24, 7551:15, 7554:10, 7558:18, 7563:25, 7576:1, 7582:17, 7584:1, 7584:24, 7589:9, 7595:25, 7596:10, 7596:11, 7597:21, 7597:22, 7605:24, 7608:25, 7609:3, 7609:18, 7610:6
**google.com** [2] - 7548:22
**gotcha** [1] - 7533:21
**governance** [2] - 7590:10, 7594:18
**government** [4] - 7524:14, 7571:3, 7596:17, 7600:2
**government's** [1] - 7603:21
**grab** [1] - 7588:23
**granted** [1] - 7599:1
**granular** [1] - 7564:4
**granularity** [2] - 7525:4, 7565:23
**graph** [3] - 7513:7, 7513:9, 7550:3

gray [3] - 7549:10, 7549:14, 7549:19
great [2] - 7512:1, 7595:7
greater [1] - 7565:22
green [5] - 7523:25, 7542:18, 7543:4, 7568:22, 7575:13
gross [1] - 7521:22
grounds [1] - 7578:3
growing [9] - 7529:11, 7596:1, 7596:4, 7596:6, 7596:9, 7596:11, 7596:12, 7597:22
growth [28] - 7514:6, 7541:6, 7546:9, 7546:17, 7546:20, 7547:9, 7548:22, 7549:8, 7549:22, 7550:4, 7550:11, 7550:17, 7550:19, 7550:25, 7551:3, 7551:4, 7551:5, 7551:9, 7551:13, 7551:15, 7551:21, 7595:16, 7595:17, 7597:9, 7597:17, 7597:18, 7597:24, 7598:4
guess [5] - 7545:1, 7545:11, 7568:18, 7570:19, 7604:17
guy [1] - 7556:5

## H

habit [1] - 7511:21
HAFENBRACK [56] - 7507:15, 7510:12, 7510:16, 7510:25, 7511:4, 7511:15, 7511:19, 7519:19, 7523:12, 7523:17, 7523:22, 7525:9, 7525:14, 7525:18, 7525:20, 7526:23, 7526:24, 7531:9, 7532:10, 7533:3, 7540:12, 7540:15, 7545:6, 7545:18, 7545:23, 7547:15, 7547:18, 7548:5, 7552:6, 7552:8, 7552:17, 7553:1, 7553:2, 7556:16, 7558:10, 7558:14, 7562:23, 7563:9, 7563:12, 7565:1, 7565:7, 7566:6,

7567:21, 7568:2, 7568:17, 7569:15, 7569:18, 7570:24, 7571:6, 7571:12, 7572:7, 7575:2, 7577:25, 7578:7, 7581:19, 7602:11
Hafenbrack [5] - 7510:11, 7510:12, 7510:18, 7567:20, 7568:13
half [2] - 7512:2, 7567:4
halfway [1] - 7553:22
hand [4] - 7542:12, 7572:6, 7572:7, 7578:11
handed [2] - 7566:6, 7568:2
hang [2] - 7547:24, 7568:7
Hangouts [9] - 7587:24, 7588:1, 7588:2, 7589:25, 7590:10, 7591:23, 7592:3, 7593:6, 7593:8
happy [1] - 7533:16, 7567:19, 7572:8
hard [4] - 7554:25, 7568:25, 7601:1, 7601:21
harm [3] - 7552:21, 7572:11, 7572:16
hazy [1] - 7540:17
head [9] - 7512:15, 7515:14, 7535:20, 7538:20, 7546:7, 7564:20, 7583:22, 7598:21, 7611:14
heading [2] - 7552:13, 7591:23
headline [6] - 7514:20, 7541:5, 7541:10, 7543:9, 7551:20, 7597:16
hear [4] - 7526:17, 7532:23, 7548:1, 7552:23
heard [7] - 7517:9, 7535:2, 7535:16, 7565:15, 7594:16, 7605:23, 7606:20
hearing [1] - 7603:5
held [4] - 7556:25, 7587:11, 7592:8, 7592:10
help [4] - 7590:5, 7590:13, 7593:19, 7606:9

helpful [1] - 7604:23
helps [2] - 7598:22, 7598:23
heroic [2] - 7554:2, 7602:15
high [4] - 7566:21, 7566:23, 7567:1, 7608:4
high-level [1] - 7608:4
higher [4] - 7522:24, 7551:1, 7576:7
highlight [5] - 7579:3, 7580:3, 7580:11, 7598:12
highlighted [1] - 7598:24
highly [3] - 7518:20, 7539:12, 7565:11
Hiroshi [4] - 7561:3, 7561:7, 7561:22
history [9] - 7558:19, 7558:23, 7558:25, 7559:1, 7559:5, 7559:9, 7561:17, 7562:6
history-off [3] - 7559:1, 7561:17, 7562:6
hit [4] - 7546:12, 7546:19, 7553:9, 7554:2
hold [11] - 7523:5, 7551:23, 7567:14, 7592:17, 7592:19, 7593:14, 7594:5, 7594:11, 7594:17, 7594:23, 7595:4
holds [6] - 7591:23, 7592:3, 7592:21, 7593:1, 7594:5, 7594:16
home [1] - 7583:3
Honor [64] - 7510:3, 7510:25, 7511:15, 7516:20, 7519:20, 7523:7, 7523:12, 7523:20, 7523:22, 7524:13, 7525:14, 7526:11, 7526:16, 7531:9, 7531:17, 7533:1, 7539:24, 7540:12, 7541:9, 7545:18, 7547:15, 7547:19, 7548:7, 7551:25, 7552:17, 7552:23, 7553:13, 7556:2, 7558:10, 7562:23, 7563:9, 7564:15, 7565:1, 7565:4, 7565:8,

7565:10, 7567:10, 7567:18, 7567:21, 7569:6, 7569:8, 7569:12, 7569:15, 7570:23, 7570:25, 7571:7, 7571:13, 7572:8, 7577:25, 7581:21, 7589:17, 7593:23, 7595:8, 7597:1, 7597:5, 7602:23, 7603:1, 7603:3, 7603:17, 7605:8, 7605:20, 7607:1, 7607:2, 7607:3
Honor's [1] - 7527:9
HONORABLE [1] - 7507:9
hope [2] - 7593:2, 7604:21
hopefully [1] - 7543:7
hotel [2] - 7582:23, 7582:24
hotels [1] - 7585:6
hours [4] - 7559:2, 7559:3, 7591:11, 7604:19
hours' [2] - 7603:18, 7603:24
house [1] - 7564:19
housekeeping [4] - 7606:24, 7607:4, 7607:10, 7612:1
Hubbard [5] - 7572:19, 7604:24, 7610:3, 7610:4, 7611:21
hundred [3] - 7528:18, 7528:19, 7528:22
hunt [2] - 7595:17, 7599:23
hypothetical [1] - 7567:17

## I

i.e [2] - 7592:9, 7592:10
idea [7] - 7512:22, 7539:21, 7539:22, 7564:17, 7583:6, 7583:12, 7584:5
ideas [2] - 7538:5, 7599:8
identical [2] - 7540:21, 7574:2
identified [1] - 7609:24
identify [2] - 7563:8, 7605:11

identifying [1] - 7571:9
IGA [3] - 7511:23, 7511:24, 7537:6
illustrations [1] - 7601:23
image [5] - 7532:7, 7540:13, 7580:11, 7590:19
images [1] - 7527:22
imagine [1] - 7594:24
impact [5] - 7551:6, 7557:2, 7566:19, 7586:20, 7587:3
impair [2] - 7556:9, 7556:14
important [2] - 7516:3, 7604:10
improve [1] - 7600:3
improved [2] - 7601:10, 7602:8
in-house [1] - 7564:19
inaccurate [2] - 7550:14, 7550:15
inappropriate [1] - 7568:13
incarnation [1] - 7593:13
incentive [1] - 7580:2
include [5] - 7521:13, 7522:3, 7522:10, 7522:16, 7576:19
included [4] - 7574:1, 7587:18, 7587:23, 7587:25
includes [3] - 7520:13, 7520:22, 7527:21
including [5] - 7511:13, 7516:14, 7527:14, 7590:12, 7604:20
inconsistent [4] - 7547:16, 7547:18, 7547:21, 7547:22
incorporate [1] - 7607:17
increase [4] - 7546:22, 7555:18, 7598:20, 7598:21
incremental [2] - 7542:20, 7542:24
incrementally [1] - 7543:7
indeed [1] - 7591:15
indefinitely [2] - 7591:2, 7594:6
indexing [1] - 7530:10
India [2] - 7528:1, 7601:17

**indication** [1] - 7606:6
**individual** [1] - 7594:11
**industry** [9] - 7525:25, 7531:24, 7596:4, 7596:5, 7596:6, 7596:10, 7596:11, 7599:3, 7599:4
**inefficiency** [1] - 7601:25
**infancy** [1] - 7597:17
**information** [14] - 7530:15, 7530:20, 7532:16, 7536:9, 7570:11, 7570:14, 7594:18, 7604:6, 7608:15, 7609:5, 7609:8, 7609:10, 7609:19, 7609:21
**inhibit** [1] - 7563:24
**innovation** [1] - 7599:6
**input** [3] - 7599:15, 7599:16, 7599:17
**inquiry** [1] - 7569:4
**insofar** [1] - 7572:18
**Instagram** [8] - 7539:3, 7539:8, 7539:15, 7539:19, 7541:22, 7544:3, 7544:13, 7544:14
**instance** [6] - 7532:5, 7537:5, 7551:4, 7581:5, 7601:11, 7601:15
**instead** [2] - 7514:11, 7601:23
**insurance** [10] - 7580:6, 7580:9, 7580:23, 7580:25, 7581:2, 7581:5, 7581:10, 7581:17
**intelligence** [2] - 7531:19, 7531:25
**intend** [1] - 7526:11
**intent** [12] - 7532:2, 7542:7, 7542:9, 7542:11, 7542:12, 7542:13, 7543:4, 7544:2, 7544:11, 7545:7, 7545:8, 7584:19
**intention** [1] - 7593:3
**interest** [3] - 7512:1, 7609:15, 7610:9
**interests** [5] - 7573:10, 7609:18, 7609:19, 7610:7, 7611:1
**interface** [2] -

7557:21, 7560:9
**internal** [3] - 7558:18, 7558:22, 7608:12
**Internet** [1] - 7589:24
**interrupt** [5] - 7537:12, 7565:5, 7566:15, 7591:14, 7603:10
**interspersed** [2] - 7537:8, 7538:14
**intervals** [1] - 7517:21
**interview** [1] - 7526:3
**introduced** [3] - 7533:17, 7573:23, 7611:17
**intuit** [1] - 7567:5
**invest** [1] - 7584:14
**investments** [1] - 7584:10
**involve** [1] - 7610:8
**involved** [1] - 7587:11
**involves** [1] - 7519:24
**iOS** [6] - 7511:13, 7511:25, 7512:13, 7513:3, 7513:10, 7537:5
**iPhone** [1] - 7538:10
**iPhones** [3] - 7511:13, 7578:25, 7579:2
**irrespective** [1] - 7594:25
**ISA** [1] - 7515:17
**issue** [9] - 7523:18, 7562:1, 7567:6, 7569:7, 7573:8, 7580:17, 7600:20, 7606:19, 7611:19
**issues** [11] - 7525:12, 7558:2, 7562:24, 7600:21, 7601:1, 7603:19, 7604:5, 7604:20, 7605:1, 7605:2, 7606:22
**issuing** [1] - 7601:17
**item** [1] - 7577:2
**items** [2] - 7521:1, 7577:2

**J**

**Japan** [1] - 7528:2
**jerk** [1] - 7529:3
**Jerry** [3] - 7517:6, 7548:9, 7559:14
**job** [3] - 7532:1, 7602:15
**JOHN** [1] - 7508:6
**John** [1] - 7510:7
**joke** [1] - 7571:1
**JOSHUA** [1] - 7507:15

**Joshua** [1] - 7510:12
**journey** [2] - 7531:23, 7532:7
**JR** [1] - 7508:3
**judge** [2] - 7569:3, 7571:3
**JUDGE** [1] - 7507:10
**Judge** [4] - 7563:18, 7566:13, 7569:23, 7571:8
**judgments** [1] - 7604:6
**judicial** [1] - 7611:20
**juggling** [1] - 7606:4
**June** [2] - 7515:15, 7540:6
**Justice** [4] - 7507:13, 7507:16, 7574:20, 7582:6
**justifies** [1] - 7573:12

**K**

**Kantak** [3] - 7559:15, 7559:18, 7559:24
**Kartasheva** [4] - 7607:14, 7608:24, 7609:9, 7609:22
**Kartasheva's** [1] - 7609:5
**KAUFMANN** [8] - 7507:18, 7581:24, 7589:16, 7589:21, 7591:21, 7593:23, 7594:3, 7595:7
**Kaufmann** [2] - 7581:25, 7582:2
**keep** [3] - 7525:11, 7525:15, 7583:8
**keeps** [1] - 7518:20
**Kenneth** [1] - 7510:6
**KENNETH** [1] - 7507:13
**kept** [1] - 7591:2
**key** [1] - 7545:25
**kind** [4] - 7518:17, 7538:11, 7545:3, 7561:16
**kindly** [1] - 7612:1
**Kirjner** [3] - 7553:17, 7556:3
**knee** [1] - 7529:3
**knee-jerk** [1] - 7529:3
**knowing** [1] - 7606:8
**knowledge** [2] - 7515:23, 7522:15
**known** [2] - 7574:14, 7608:6
**knows** [1] - 7603:17
**Kolotouros** [1] -

7609:8
**Kolotouros's** [1] - 7609:21

**L**

**labeled** [1] - 7518:9
**laid** [1] - 7582:10
**landscape** [1] - 7512:10
**language** [2] - 7529:11, 7532:5
**large** [8] - 7529:11, 7551:3, 7563:23, 7572:15, 7573:3, 7577:23, 7585:15, 7601:17
**larger** [2] - 7584:8, 7585:16
**largest** [2] - 7576:23, 7577:2
**last** [16] - 7524:15, 7528:8, 7530:25, 7533:17, 7551:12, 7552:18, 7557:10, 7558:1, 7559:17, 7569:11, 7598:24, 7599:18, 7601:3, 7602:4, 7603:16, 7605:10
**late** [2] - 7556:3, 7603:23
**latency** [16] - 7599:19, 7599:23, 7600:3, 7600:13, 7600:15, 7600:17, 7600:20, 7600:25, 7601:14, 7601:22, 7601:24, 7601:25, 7602:8, 7602:18, 7602:20, 7605:18
**latent** [5] - 7543:4, 7544:2, 7544:11, 7545:7, 7545:8
**latter** [3] - 7512:2, 7541:22, 7554:18
**launch** [3] - 7533:25, 7534:1, 7538:17
**launched** [6] - 7533:22, 7538:21, 7538:23, 7539:6, 7557:17
**launches** [2] - 7546:22, 7555:18
**launching** [1] - 7543:17
**Law** [1] - 7507:19
**laws** [1] - 7564:2
**layers** [1] - 7524:17
**laying** [1] - 7601:13

**lays** [1] - 7546:3
**lead** [4] - 7546:19, 7598:20, 7598:21
**leading** [3] - 7514:17, 7602:11, 7604:16
**learned** [1] - 7597:15
**least** [10] - 7534:7, 7546:6, 7558:20, 7561:25, 7565:10, 7572:22, 7573:11, 7593:10, 7594:22, 7603:5
**leaving** [2] - 7535:14, 7556:22
**left** [9] - 7520:9, 7540:13, 7540:18, 7542:25, 7570:25, 7571:5, 7578:18, 7608:3, 7609:1
**legal** [8] - 7588:16, 7591:23, 7592:3, 7593:1, 7593:14, 7594:6, 7594:23, 7595:4
**less** [3] - 7535:24, 7560:19, 7577:21
**level** [6] - 7511:12, 7511:14, 7535:7, 7535:14, 7608:4, 7609:1
**lifestyle** [2] - 7537:8, 7538:11
**light** [2] - 7564:7, 7575:24
**likely** [3] - 7586:10, 7586:13, 7605:2
**limited** [3] - 7526:14, 7527:11, 7608:10
**line** [29] - 7513:7, 7513:9, 7513:19, 7515:23, 7521:1, 7521:22, 7524:3, 7546:25, 7547:4, 7547:6, 7550:2, 7550:3, 7559:19, 7565:19, 7565:24, 7567:1, 7568:22, 7568:23, 7573:4, 7573:9, 7573:16, 7574:13, 7585:11, 7600:12, 7606:14, 7607:18, 7611:21
**line-by-line** [1] - 7607:18
**lines** [5] - 7513:13, 7523:24, 7524:10, 7533:11, 7563:14
**links** [3] - 7527:22, 7530:15, 7530:22
**lip** [1] - 7553:25

**list** [10] - 7570:6, 7579:5, 7579:8, 7579:9, 7579:11, 7579:24, 7580:6, 7580:19, 7580:24, 7581:2
**listed** [3] - 7542:25, 7583:4, 7584:4
**listing** [3] - 7552:11, 7580:10, 7582:24
**lists** [1] - 7522:19
**LLC** [2] - 7507:6, 7510:5
**LLMs** [5] - 7529:9, 7529:21, 7530:6, 7530:8, 7530:11
**LLP** [2] - 7508:3, 7508:6
**load** [1] - 7601:2
**locale** [1] - 7601:21
**locales** [1] - 7601:14
**Lockheimer** [4] - 7561:7, 7561:20, 7561:23, 7561:25
**look** [38] - 7511:2, 7512:23, 7514:19, 7516:19, 7518:7, 7523:5, 7526:10, 7526:25, 7528:16, 7529:23, 7529:24, 7539:23, 7541:8, 7541:21, 7542:18, 7548:6, 7548:15, 7551:11, 7553:5, 7553:12, 7556:5, 7556:17, 7558:7, 7559:12, 7559:22, 7560:23, 7562:21, 7569:25, 7571:14, 7577:7, 7578:13, 7584:20, 7585:1, 7589:6, 7594:4, 7597:16, 7604:12, 7606:11
**looked** [4] - 7523:8, 7528:8, 7564:16, 7580:22
**looking** [12] - 7545:2, 7545:8, 7547:2, 7567:11, 7572:24, 7578:15, 7578:16, 7582:5, 7582:9, 7582:23, 7602:5, 7604:22
**loop** [2] - 7557:10, 7602:7
**lose** [1] - 7587:7
**loss** [3] - 7516:8, 7517:4, 7559:19
**lost** [1] - 7603:4

**low** [1] - 7556:13
**lower** [2] - 7513:22, 7574:9
**lunch** [1] - 7574:22

## M

**machine** [2] - 7521:17, 7521:20
**magic** [2] - 7529:16, 7529:17
**magnitude** [1] - 7522:24
**mail** [16] - 7524:15, 7548:9, 7553:16, 7553:21, 7556:17, 7556:18, 7559:14, 7559:22, 7559:24, 7560:23, 7561:1, 7562:10, 7609:4, 7611:5, 7611:6, 7611:12
**mails** [3] - 7548:9, 7610:15, 7611:4
**Maine** [1] - 7508:7
**maintain** [2] - 7608:22, 7609:23
**maintained** [2] - 7524:14, 7550:17, 7607:23
**maintaining** [1] - 7607:12
**majority** [7] - 7513:10, 7513:12, 7515:8, 7551:12, 7551:17, 7551:18
**manage** [2] - 7590:11, 7606:9
**management** [1] - 7556:25
**managers** [3] - 7522:11, 7553:8, 7556:7
**managing** [1] - 7522:16
**maniacal** [3] - 7540:23, 7541:1, 7557:14
**manifestation** [1] - 7530:21
**mannered** [1] - 7562:2
**manufacturer** [1] - 7521:14
**manufacturers** [1] - 7576:14
**margin** [5] - 7521:22, 7522:20, 7522:23, 7522:24, 7576:1
**marginally** [1] - 7576:8

**margins** [3] - 7563:24, 7566:23, 7587:4
**marked** [2] - 7512:25, 7597:4
**markedly** [1] - 7598:13
**market** [5] - 7532:15, 7533:7, 7534:6, 7534:17, 7546:11
**marketed** [1] - 7594:22
**marketers** [1] - 7541:21
**marketing** [4] - 7522:11, 7522:16, 7536:21, 7598:20
**markets** [2] - 7532:16, 7536:19
**match** [10] - 7554:17, 7555:1, 7555:5, 7555:7, 7557:10, 7557:11, 7557:13, 7557:17, 7557:23, 7557:25
**material** [1] - 7566:19
**math** [1] - 7577:5
**matter** [6] - 7559:4, 7559:7, 7560:7, 7607:10, 7611:18, 7613:5
**matters** [3] - 7547:25, 7606:24, 7607:4
**mean** [10] - 7518:3, 7526:17, 7531:16, 7532:19, 7534:19, 7546:18, 7557:18, 7574:15, 7590:22, 7599:2
**meaning** [5] - 7511:24, 7514:5, 7514:24, 7560:14, 7601:1
**means** [3] - 7535:13, 7560:17, 7560:19
**meant** [4] - 7545:2, 7548:2, 7549:7, 7557:19
**measured** [1] - 7575:16
**mechanisms** [1] - 7555:18
**media** [2] - 7519:16, 7539:3
**meet** [2] - 7524:2, 7594:6
**Meet** [2] - 7588:2, 7593:8
**meeting** [2] - 7556:7, 7562:14
**MEHTA** [1] - 7507:9

**member** [1] - 7592:10
**memory** [1] - 7601:3
**mentioned** [12] - 7527:9, 7537:2, 7538:11, 7539:19, 7545:7, 7557:11, 7579:20, 7583:9, 7583:17, 7589:1, 7593:6, 7601:12
**mentions** [2] - 7545:15, 7550:18
**merchant** [1] - 7597:10
**message** [5] - 7561:17, 7592:4, 7592:9, 7592:11, 7592:17
**messages** [8] - 7558:20, 7591:23, 7592:9, 7592:15, 7594:5, 7594:6, 7594:23, 7595:3
**messed** [1] - 7549:13
**met** [2] - 7553:7, 7553:24
**methodology** [1] - 7608:9
**metric** [3] - 7546:12, 7550:22, 7563:21
**metrics** [1] - 7564:4
**MICHAEL** [1] - 7508:8
**Microsoft** [3] - 7533:22, 7607:23, 7608:5
**Microsoft's** [2] - 7534:1, 7534:15
**middle** [3] - 7542:6, 7543:5, 7544:8
**might** [15] - 7512:14, 7533:15, 7537:9, 7538:14, 7540:2, 7544:13, 7545:2, 7555:12, 7566:7, 7566:8, 7577:9, 7578:17, 7581:10, 7594:18, 7609:13
**mild** [1] - 7562:2
**milestones** [3] - 7533:11, 7553:9, 7554:2
**million** [10] - 7528:18, 7528:19, 7528:21, 7528:22, 7528:23, 7567:12
**millions** [3] - 7528:11, 7567:12, 7567:15
**milliseconds** [2] - 7602:4, 7605:19
**mind** [2] - 7583:8, 7600:11

**minute** [2] - 7560:2, 7579:5
**minutes** [7] - 7525:9, 7537:4, 7543:3, 7595:13, 7603:8, 7605:5
**missed** [1] - 7541:16
**mission** [3] - 7530:19, 7530:20
**mode** [1] - 7559:1
**models** [2] - 7529:11, 7532:5
**moment** [7] - 7566:15, 7575:5, 7577:11, 7578:13, 7584:11, 7585:17, 7598:15
**Monday** [4] - 7603:10, 7607:5, 7607:8, 7612:3
**monetization** [3] - 7553:9, 7554:2, 7554:10
**money** [4] - 7515:23, 7515:24, 7587:7, 7587:8
**monthly** [2] - 7517:21, 7528:17
**months** [3] - 7526:4, 7534:17, 7560:10
**morning** [9] - 7510:3, 7510:8, 7510:10, 7510:17, 7510:18, 7581:25, 7582:2, 7595:16, 7606:21
**most** [5] - 7550:24, 7554:19, 7570:10, 7573:24, 7582:17
**mostly** [2] - 7537:8, 7577:1
**move** [11] - 7511:21, 7525:10, 7525:18, 7526:12, 7543:5, 7548:21, 7577:25, 7579:21, 7585:11, 7589:16, 7593:23
**moving** [4] - 7525:15, 7531:19, 7541:25, 7601:7
**MR** [118] - 7510:12, 7510:16, 7510:25, 7511:4, 7511:15, 7511:16, 7511:19, 7519:19, 7523:12, 7523:15, 7523:17, 7523:19, 7523:22, 7524:13, 7525:9, 7525:14, 7525:18, 7525:20, 7526:16, 7526:23, 7526:24, 7531:9, 7531:11,

7532:10, 7533:3,
7540:12, 7540:15,
7545:6, 7545:18,
7545:20, 7545:23,
7547:15, 7547:16,
7547:18, 7547:20,
7547:23, 7548:5,
7552:5, 7552:6,
7552:8, 7552:17,
7552:23, 7553:1,
7553:2, 7556:16,
7558:10, 7558:11,
7558:14, 7562:23,
7563:9, 7563:12,
7563:17, 7564:10,
7564:15, 7564:18,
7564:21, 7565:1,
7565:4, 7565:7,
7565:8, 7565:18,
7566:5, 7566:6,
7566:10, 7566:13,
7566:17, 7567:10,
7567:15, 7567:21,
7568:2, 7568:5,
7568:9, 7568:17,
7569:3, 7569:15,
7569:18, 7569:23,
7570:1, 7570:8,
7570:21, 7570:23,
7570:24, 7571:3,
7571:6, 7571:8,
7571:12, 7571:17,
7572:7, 7575:2,
7577:25, 7578:4,
7578:7, 7581:19,
7581:24, 7589:16,
7589:18, 7589:21,
7591:21, 7593:23,
7593:25, 7594:3,
7595:7, 7595:12,
7597:3, 7602:11,
7602:17, 7602:23,
7603:3, 7603:16,
7605:8, 7605:19,
7606:1, 7606:3,
7606:20, 7607:1,
7607:2, 7607:3,
7607:7
**multiple** [1] - 7544:23
**must** [2] - 7593:16,
7611:2

**N**

**Nadella** [1] - 7608:20
**Nadella's** [1] -
7608:17
**name** [2] - 7512:17,
7559:17
**named** [2] - 7534:21,
7544:10

**names** [7] - 7537:22,
7561:2, 7572:8,
7572:15, 7587:20,
7608:5
**naming** [2] - 7538:5,
7538:7
**nature** [1] - 7603:14
**navigate** [1] - 7585:3
**near** [2] - 7511:1,
7540:1
**nearest** [2] - 7515:16,
7515:19
**nearly** [2] - 7549:22,
7597:21
**Nebraska** [1] - 7508:3
**necessarily** [3] -
7526:18, 7529:4,
7555:6
**necessary** [1] - 7604:9
**need** [8] - 7524:18,
7541:3, 7559:20,
7572:9, 7573:22,
7590:11, 7609:13,
7611:15
**needed** [1] - 7608:22
**needs** [3] - 7590:13,
7606:17, 7611:22
**negatively** [1] -
7586:20
**negotiate** [1] -
7563:25
**negotiating** [1] -
7608:1
**negotiation** [1] -
7569:1
**negotiations** [4] -
7525:1, 7574:12,
7608:14, 7610:16
**neighborhood** [4] -
7546:8, 7546:16,
7547:9, 7549:8
**network** [3] - 7519:21,
7521:17, 7566:8
**never** [6] - 7516:1,
7516:5, 7535:16,
7571:17, 7590:22,
7591:18
**nevertheless** [1] -
7604:17
**New** [6] - 7508:5,
7508:10, 7519:15,
7610:1
**new** [8] - 7516:7,
7531:2, 7542:13,
7556:5, 7556:6,
7590:4, 7593:13,
7601:13
**news** [2] - 7526:11,
7534:16
**next** [16] - 7514:19,

7519:20, 7529:1,
7529:18, 7537:10,
7543:8, 7550:16,
7551:19, 7554:15,
7572:9, 7586:21,
7590:18, 7592:24,
7606:2, 7606:3
**night** [3] - 7524:15,
7569:11, 7605:11
**nine** [2] - 7549:22,
7549:24
**nine-year** [2] -
7549:22, 7549:24
**non** [2] - 7519:25,
7565:6
**non-Google** [1] -
7519:25
**non-Search** [1] -
7565:6
**nondisclosure** [1] -
7610:7
**Northwest** [3] -
7507:14, 7507:16,
7508:14
**note** [2] - 7566:6,
7568:2
**notebook** [2] - 7582:3,
7582:5
**nothing** [1] - 7602:23
**notice** [4] - 7595:4,
7603:18, 7603:24,
7606:12
**notion** [1] - 7584:2
**November** [2] -
7533:17, 7533:19
**number** [39] -
7510:23, 7521:11,
7523:10, 7528:9,
7532:23, 7540:11,
7549:13, 7564:9,
7565:20, 7566:22,
7567:2, 7567:11,
7569:6, 7572:18,
7572:23, 7572:25,
7573:2, 7573:4,
7573:5, 7573:7,
7573:14, 7573:16,
7573:17, 7574:1,
7574:3, 7574:4,
7574:5, 7574:6,
7574:7, 7574:11,
7577:6, 7577:7,
7586:22, 7587:5,
7598:12, 7610:24,
7610:25
**Number** [1] - 7507:3
**numbered** [1] -
7589:23
**numbers** [21] -
7513:9, 7516:22,

7518:16, 7519:7,
7536:7, 7563:22,
7566:21, 7567:22,
7568:17, 7568:18,
7569:13, 7573:12,
7574:17, 7576:22,
7577:24, 7583:13,
7583:16, 7583:23,
7584:8, 7609:16

**O**

**oath** [1] - 7547:13
**objected** [1] - 7572:20
**objecting** [1] - 7564:8
**objection** [16] -
7511:16, 7523:9,
7523:15, 7526:14,
7526:21, 7531:11,
7545:20, 7547:20,
7547:24, 7558:11,
7578:4, 7589:18,
7593:25, 7602:11,
7610:5, 7610:6
**objections** [1] -
7578:2
**objective** [1] - 7545:25
**obligations** [1] -
7594:7
**observe** [1] - 7529:13
**observes** [2] -
7536:11, 7536:12
**observing** [1] -
7529:12
**obviously** [2] -
7574:9, 7605:9
**occasion** [1] - 7562:7
**occasionally** [1] -
7527:22
**occur** [1] - 7516:2
**occurs** [1] - 7592:14
**October** [4] - 7507:6,
7548:19, 7587:12,
7613:8
**OF** [5] - 7507:1,
7507:3, 7507:9,
7613:1, 7613:9
**offer** [7] - 7511:15,
7531:9, 7538:23,
7545:18, 7547:15,
7558:10, 7581:5
**offering** [1] - 7523:8
**offers** [1] - 7540:25
**office** [4] - 7582:20,
7583:4, 7583:9,
7583:10
**officer** [1] - 7517:10
**official** [1] - 7543:20
**Official** [1] - 7508:14
**OFFICIAL** [1] - 7613:1

**often** [2] - 7515:1,
7517:24
**OKR** [8] - 7545:25,
7546:7, 7546:13,
7546:15, 7547:8,
7549:7, 7557:7,
7557:8
**old** [1] - 7531:1
**onboarding** [1] -
7597:10
**once** [3] - 7603:15,
7604:1, 7605:11
**one** [88] - 7510:23,
7511:20, 7514:16,
7515:13, 7517:13,
7523:1, 7523:4,
7523:6, 7523:10,
7524:7, 7525:21,
7531:1, 7531:16,
7532:3, 7532:11,
7532:15, 7534:20,
7534:22, 7536:25,
7537:3, 7537:20,
7537:23, 7538:5,
7539:14, 7541:4,
7543:14, 7545:7,
7545:24, 7546:14,
7546:21, 7551:24,
7553:3, 7553:14,
7556:8, 7556:17,
7556:21, 7556:24,
7557:9, 7557:10,
7557:22, 7557:24,
7561:23, 7562:7,
7563:7, 7563:11,
7563:12, 7565:3,
7566:16, 7568:3,
7568:25, 7569:15,
7569:23, 7569:24,
7570:16, 7571:6,
7571:7, 7571:10,
7571:12, 7575:5,
7577:11, 7578:12,
7578:13, 7580:5,
7583:14, 7584:13,
7585:16, 7585:17,
7588:8, 7591:3,
7591:8, 7591:10,
7595:17, 7595:19,
7595:23, 7596:21,
7600:10, 7601:10,
7603:16, 7604:15,
7607:4, 7609:9,
7610:14, 7610:19,
7611:11, 7611:15,
7611:25
**ones** [4] - 7565:25,
7568:22, 7582:4,
7583:20
**ongoing** [2] - 7607:24,

7608:2
**online** [1] - 7596:8
**open** [6] - 7524:5,
7530:15, 7530:22,
7537:6, 7537:7,
7568:21
**OpenAI** [1] - 7533:17
**operate** [1] - 7519:6
**operated** [1] - 7519:16
**operates** [1] - 7519:6
**operating** [9] - 7522:1,
7522:4, 7522:20,
7522:23, 7522:24,
7575:24, 7576:1,
7576:6, 7606:15
**operations** [1] -
7588:25
**OpEx** [1] - 7521:23
**opportunities** [2] -
7560:18, 7597:23
**opportunity** [5] -
7524:20, 7541:24,
7548:3, 7604:20,
7606:19
**opposed** [3] -
7544:13, 7551:5,
7606:18
**opt** [12] - 7527:6,
7527:12, 7527:15,
7527:25, 7528:1,
7557:11, 7557:13,
7557:14, 7557:16,
7557:22, 7557:25,
7586:15
**opt-in** [3] - 7527:6,
7527:25, 7528:1
**opt-out** [2] - 7557:11,
7557:13
**opted** [4] - 7527:11,
7528:7, 7528:9,
7528:20
**opted-in** [1] - 7527:11
**optic** [1] - 7601:13
**optimizing** [1] -
7602:2
**option** [5] - 7538:24,
7539:11, 7579:25,
7591:3, 7591:5
**options** [1] - 7581:1
**opts** [2] - 7527:18,
7527:19
**orange** [1] - 7575:25
**order** [8] - 7510:2,
7522:24, 7572:3,
7579:17, 7605:25,
7609:12, 7610:13,
7611:10
**ordered** [7] - 7552:12,
7571:6, 7571:7,
7578:12, 7578:16,

7578:21
**ordinary** [1] - 7544:24
**organic** [3] - 7519:8,
7520:22, 7522:4
**organization's** [1] -
7590:11
**organizational** [1] -
7594:12
**organizations** [1] -
7590:5
**otherwise** [4] -
7567:8, 7572:16,
7594:18, 7608:5
**ought** [2] - 7574:18,
7605:21
**ourselves** [1] -
7556:12
**outliers** [1] - 7551:9
**outlook** [1] - 7517:1
**outside** [2] - 7563:1,
7603:6
**outstanding** [1] -
7606:22
**outweigh** [1] -
7573:22
**overall** [5] - 7551:1,
7551:5, 7552:12,
7566:22, 7566:24
**overlap** [1] - 7608:18
**overnight** [1] -
7531:24
**override** [1] - 7594:16
**overriding** [1] - 7595:2
**overruled** [1] -
7602:13
**oversee** [1] - 7519:4
**oversight** [1] -
7559:20
**Overstock** [3] -
7583:5, 7583:19,
7583:21
**overview** [1] - 7548:15
**own** [2] - 7584:17,
7587:5
**owned** [1] - 7519:16

**P**

**P&L** [9] - 7517:1,
7517:4, 7517:13,
7517:19, 7518:4,
7518:12, 7518:15,
7518:21, 7523:7
**p.m** [1] - 7612:4
**page** [39] - 7518:7,
7526:25, 7540:10,
7541:3, 7541:8,
7546:25, 7547:3,
7548:15, 7548:24,
7551:23, 7553:22,

7559:23, 7560:12,
7560:15, 7560:17,
7560:23, 7560:24,
7569:24, 7580:18,
7584:21, 7584:24,
7584:25, 7585:3,
7585:7, 7585:22,
7586:2, 7589:22,
7589:23, 7589:24,
7590:18, 7590:19,
7591:13, 7591:22,
7592:24, 7593:19,
7597:9, 7597:13,
7600:11
**pages** [2] - 7582:8,
7589:23
**paid** [1] - 7515:16
**painted** [1] - 7531:19
**panacea** [1] - 7529:19
**paper** [1] - 7533:4
**paragraph** [4] -
7527:1, 7527:3,
7529:1, 7554:16
**Parakhin** [3] -
7607:14, 7608:8,
7608:11
**parity** [2] - 7540:24,
7541:6
**part** [8] - 7519:24,
7537:15, 7539:13,
7565:12, 7569:9,
7590:9, 7606:7,
7606:8
**participant** [1] -
7592:9
**particular** [14] -
7511:3, 7517:21,
7524:7, 7524:9,
7527:15, 7527:16,
7531:11, 7536:23,
7560:20, 7565:20,
7569:7, 7574:11,
7607:12, 7609:23
**particularly** [1] -
7603:13
**parties** [6] - 7521:11,
7607:11, 7607:25,
7608:1, 7608:13
**parties'** [3] - 7607:19,
7607:20, 7608:12
**partner** [4] - 7524:8,
7565:3, 7568:25,
7608:16
**partners** [8] - 7519:15,
7563:23, 7565:3,
7565:6, 7568:25,
7574:12, 7608:5,
7608:25
**partnership** [2] -
7534:15

**parts** [1] - 7516:8
**party** [8] - 7519:16,
7519:25, 7526:12,
7531:10, 7547:18,
7586:18, 7608:8,
7610:9
**past** [3] - 7525:19,
7533:12, 7551:14
**patent** [3] - 7542:11,
7542:12, 7584:18
**patience** [1] - 7575:1
**Patterson** [1] - 7508:3
**pay** [3] - 7553:25,
7584:15, 7609:13
**payment** [1] - 7576:13
**payments** [2] -
7564:25, 7565:2
**pays** [4] - 7515:24,
7521:9, 7521:10,
7568:24
**pdf** [1] - 7588:22
**peers** [2] - 7599:3,
7599:5
**Peloton** [2] - 7540:16,
7540:17
**people** [5] - 7529:15,
7530:20, 7589:2,
7596:7, 7601:17
**per** [7] - 7535:24,
7536:8, 7536:11,
7550:22, 7564:23
**percent** [18] - 7514:7,
7534:12, 7546:9,
7546:16, 7546:20,
7546:22, 7547:9,
7549:8, 7549:22,
7549:25, 7550:1,
7550:17, 7556:25,
7557:6, 7557:7,
7557:8, 7567:8,
7567:24
**percentage** [13] -
7522:20, 7528:6,
7566:21, 7566:24,
7567:2, 7568:4,
7568:10, 7568:14,
7573:3, 7576:3,
7576:4, 7576:6,
7609:3
**percentages** [8] -
7513:7, 7513:8,
7513:22, 7514:1,
7609:24, 7610:19,
7610:20
**perfect** [3] - 7532:2,
7566:5, 7579:17
**perfectly** [1] - 7603:20
**perform** [2] - 7557:1,
7588:24
**performance** [3] -

7516:8, 7516:14,
7517:19
**period** [6] - 7514:2,
7549:24, 7549:25,
7596:7, 7596:8,
7596:13
**periods** [1] - 7596:5
**permitted** [1] -
7586:15
**person** [7] - 7522:7,
7522:14, 7534:21,
7556:21, 7556:24
**person's** [1] - 7542:7
**personality** [1] -
7527:6
**personality-free** [1] -
7527:6
**personally** [1] -
7535:12
**perspective** [2] -
7602:7, 7602:14
**Philipp** [1] - 7517:6
**physical** [3] - 7579:7,
7579:10, 7579:13,
7582:25, 7588:18
**Pichai** [1] - 7603:10,
7607:5
**pick** [1] - 7580:5
**picture** [1] - 7531:19
**pitch** [1] - 7541:10
**PLA** [2] - 7579:25,
7580:9
**place** [12] - 7537:3,
7539:15, 7539:16,
7542:17, 7588:18,
7588:22, 7591:23,
7592:3, 7592:4,
7594:4, 7594:22,
7603:18, 7604:14,
7606:14
**placements** [2] -
7609:4, 7609:6
**places** [3] - 7519:15,
7537:20, 7537:24
**Plaintiff** [2] - 7507:18,
7510:7
**plaintiffs** [3] - 7569:7,
7605:23, 7607:1
**Plaintiffs** [3] - 7507:4,
7507:13, 7508:2
**plan** [2] - 7555:24,
7556:6
**planning** [1] - 7517:24
**plans** [5] - 7530:9,
7530:14, 7530:16,
7530:17, 7530:18
**PLAs** [5] - 7549:1,
7549:4, 7579:22,
7582:19, 7582:21
**platform** [2] - 7558:19,

7570:11
**platforms** [2] - 7565:17, 7571:19
**playing** [1] - 7529:2
**Plus** [12] - 7518:10, 7519:2, 7520:10, 7520:13, 7522:21, 7522:24, 7565:20, 7566:3, 7567:1, 7575:14, 7575:21, 7576:24
**plus** [1] - 7550:5
**plused** [1] - 7561:4
**PMs** [2] - 7553:24, 7554:9
**point** [16] - 7511:6, 7512:3, 7514:15, 7527:23, 7534:10, 7546:21, 7558:22, 7558:24, 7562:18, 7565:10, 7568:5, 7580:13, 7583:24, 7596:24, 7598:12, 7603:16
**pointing** [1] - 7579:16
**points** [5] - 7514:2, 7568:4, 7568:10, 7568:14, 7576:4
**policies** [1] - 7592:2
**policy** [2] - 7580:12, 7586:14
**Politico** [1] - 7610:23
**poorly** [1] - 7555:8
**portion** [6] - 7556:18, 7608:18, 7609:25, 7611:15, 7611:16, 7611:22
**portions** [4] - 7588:15, 7607:13, 7611:3, 7611:20
**posed** [1] - 7567:18
**position** [3] - 7587:11, 7599:11, 7604:9
**possibility** [1] - 7568:12
**possible** [2] - 7536:21, 7537:8
**post** [1] - 7545:11
**posted** [1] - 7603:6
**posture** [1] - 7525:2
**potential** [5] - 7560:19, 7573:21, 7592:1, 7608:13, 7610:16
**potentially** [1] - 7563:23
**powered** [3] - 7533:22, 7534:1
**PRABHAKAR** [2] - 7509:4, 7510:15

**precedence** [1] - 7592:22
**precisely** [2] - 7520:20, 7525:4
**predominantly** [1] - 7537:7
**prefaced** [1] - 7527:20
**prefer** [1] - 7605:1
**preference** [3] - 7586:3, 7586:5
**prejudice** [6] - 7569:6, 7569:18, 7573:11, 7573:21, 7610:10, 7611:8
**prepared** [2] - 7517:13, 7589:12
**present** [1] - 7528:1
**presented** [2] - 7512:5, 7512:6
**preservation** [2] - 7592:14, 7594:6
**preserve** [2] - 7592:8, 7594:5
**president** [1] - 7556:2
**press** [3] - 7526:17, 7533:25, 7534:4
**pressured** [1] - 7557:1
**pretty** [3] - 7566:23, 7567:1, 7571:15
**previous** [1] - 7572:22
**previously** [4] - 7560:10, 7572:13, 7603:17, 7607:17
**prices** [3] - 7536:8, 7555:18
**pricing** [2] - 7554:17, 7555:17
**primarily** [2] - 7514:21, 7610:14
**primary** [1] - 7550:18
**print** [1] - 7552:14
**printed** [1] - 7593:19
**privacy** [7] - 7586:25, 7598:9, 7599:8, 7609:18, 7610:7, 7610:25, 7611:8
**privy** [1] - 7536:12
**problem** [2] - 7529:12, 7567:6
**Proceedings** [2] - 7508:17, 7612:4
**proceedings** [1] - 7613:4
**process** [9] - 7603:18, 7603:20, 7603:21, 7604:8, 7604:13, 7604:14, 7604:16, 7606:10, 7606:14
**produce** [2] - 7579:11, 7579:19

**produced** [1] - 7508:18
**product** [30] - 7515:22, 7516:4, 7519:8, 7520:14, 7522:10, 7522:16, 7530:21, 7536:13, 7537:14, 7537:15, 7537:17, 7537:21, 7537:25, 7538:9, 7538:18, 7546:11, 7553:8, 7554:19, 7556:7, 7576:10, 7579:7, 7579:13, 7580:10, 7580:15, 7582:24, 7583:1, 7587:25, 7598:14, 7598:22
**products** [7] - 7564:14, 7565:17, 7579:10, 7580:16, 7587:19, 7590:5
**Professor** [6] - 7534:21, 7534:24, 7535:2, 7535:17, 7603:9, 7607:6
**profit** [9] - 7516:8, 7517:4, 7518:9, 7522:20, 7522:23, 7522:24, 7575:24, 7576:1, 7576:6
**program** [1] - 7601:24
**progress** [1] - 7602:6
**project** [5] - 7512:18, 7600:14, 7600:15, 7600:16, 7611:12
**Project** [7] - 7511:8, 7511:12, 7511:20, 7512:1, 7512:16, 7512:19
**projection** [1] - 7609:12
**projections** [2] - 7608:13, 7609:11
**prompts** [1] - 7532:6
**pronounce** [1] - 7559:17
**properties** [4] - 7519:16, 7519:17, 7536:24, 7539:17
**property** [4] - 7539:18, 7573:10, 7610:6, 7610:9
**proposal** [2] - 7602:20, 7603:12
**proposed** [2] - 7568:12, 7573:5
**proprietary** [3] - 7570:14, 7609:15, 7609:18

**protect** [1] - 7564:3
**protected** [1] - 7594:17
**Protection** [1] - 7507:19
**proud** [1] - 7602:3
**provide** [6] - 7521:11, 7530:20, 7530:21, 7540:11, 7541:10, 7588:5
**provided** [4] - 7536:9, 7582:3, 7585:24, 7589:6
**providers** [4] - 7580:19, 7582:13, 7584:9, 7584:15
**provides** [2] - 7532:15, 7592:24
**providing** [3] - 7520:22, 7530:14, 7543:4
**PSX01217** [1] - 7589:7
**PSX0128** [1] - 7593:17
**PSX1217** [2] - 7589:16, 7589:20
**PSX1217.....................
........................** [1] - 7509:10
**PSX1218** [2] - 7593:24, 7594:2
**PSX1218....................
........................** [1] - 7509:11
**public** [13] - 7524:25, 7569:19, 7571:1, 7571:4, 7572:13, 7572:22, 7573:5, 7573:12, 7573:18, 7573:22, 7586:23, 7608:4, 7611:1
**publication** [1] - 7526:1
**publicly** [16] - 7564:1, 7564:11, 7564:13, 7566:25, 7570:6, 7573:15, 7586:24, 7587:2, 7587:3, 7604:23, 7608:5, 7608:16, 7608:20, 7610:22, 7610:25
**published** [2] - 7526:3, 7526:5
**pull** [2] - 7580:18, 7582:9
**pulled** [2] - 7589:9, 7589:24
**purchase** [2] - 7582:13, 7582:24
**purchases** [1] - 7583:7

**purchasing** [1] - 7582:18
**purge** [1] - 7594:18
**purpose** [2] - 7526:15, 7573:22
**purposes** [2] - 7558:4, 7611:17
**push** [2] - 7554:10, 7556:5
**pushing** [6] - 7553:9, 7554:2, 7554:23, 7556:4, 7556:11
**put** [30] - 7510:21, 7512:23, 7515:13, 7523:4, 7525:21, 7532:11, 7532:21, 7532:22, 7534:17, 7534:20, 7541:4, 7542:17, 7543:8, 7543:16, 7544:5, 7544:19, 7552:20, 7553:3, 7557:9, 7571:20, 7575:3, 7577:8, 7578:10, 7588:24, 7594:22, 7596:3, 7600:22, 7604:14, 7607:21, 7611:9
**puts** [1] - 7565:12
**putting** [2] - 7523:6, 7551:23

## Q

**quarter** [2] - 7551:11, 7601:6
**quarterly** [3] - 7517:23, 7518:1, 7518:4
**queries** [40] - 7531:21, 7532:6, 7550:22, 7552:2, 7552:7, 7552:11, 7552:12, 7552:15, 7552:16, 7552:22, 7560:13, 7560:14, 7560:19, 7570:4, 7570:8, 7570:9, 7570:10, 7570:12, 7570:13, 7570:18, 7571:7, 7571:9, 7571:13, 7571:19, 7572:9, 7572:14, 7578:11, 7578:16, 7578:19, 7578:21, 7579:6, 7579:11, 7579:13, 7580:22, 7581:2, 7601:18, 7601:21
**query** [12] - 7535:7, 7536:16, 7538:25,

7542:10, 7551:1, 7551:5, 7551:9, 7555:13, 7559:19, 7579:17, 7601:19
**questioning** [4] - 7570:25, 7574:20, 7585:12, 7585:24
**questions** [8] - 7511:6, 7513:1, 7516:23, 7544:23, 7581:21, 7595:8, 7595:13, 7596:14
**quickly** [1] - 7544:5
**quit** [4] - 7553:8, 7553:25, 7554:9
**quite** [4] - 7526:5, 7529:17, 7536:21, 7586:2
**quitting** [2] - 7553:25, 7554:10
**quote** [4] - 7529:3, 7529:7, 7529:18, 7530:25
**quoted** [1] - 7531:5
**quotes** [1] - 7527:2

## R

**R&D** [2] - 7577:17, 7577:21
**radical** [5] - 7599:23, 7600:13, 7600:15, 7601:23, 7602:20
**RAGHAVAN** [2] - 7509:4, 7510:15
**Raghavan** [44] - 7510:10, 7510:17, 7511:20, 7512:15, 7513:2, 7515:13, 7516:7, 7516:21, 7523:4, 7523:8, 7525:21, 7526:20, 7526:25, 7529:2, 7532:11, 7532:25, 7533:6, 7539:23, 7540:9, 7540:16, 7545:12, 7548:22, 7552:1, 7552:4, 7552:9, 7553:4, 7553:7, 7553:14, 7558:15, 7562:25, 7574:19, 7574:22, 7574:25, 7575:3, 7575:8, 7578:8, 7578:10, 7581:25, 7587:10, 7589:7, 7591:14, 7595:15, 7597:6, 7602:24
**Raghavan's** [1] - 7526:12

**raise** [6] - 7523:17, 7562:3, 7562:5, 7605:1, 7606:24
**raised** [1] - 7561:3
**raising** [1] - 7524:17
**rate** [4] - 7514:6, 7597:22, 7598:19, 7601:7
**rather** [3] - 7525:12, 7551:1, 7606:18
**ratio** [1] - 7577:23
**reach** [3] - 7513:3, 7584:11, 7584:16
**reached** [2] - 7524:13, 7535:3
**reaching** [1] - 7557:2
**reacting** [1] - 7529:3
**read** [4] - 7534:24, 7538:12, 7560:2, 7600:10
**reading** [1] - 7557:2
**ready** [4] - 7510:9, 7510:11, 7575:1, 7585:11
**real** [2] - 7573:8, 7580:17
**realize** [2] - 7529:23, 7601:7
**really** [9] - 7544:4, 7564:10, 7565:12, 7567:6, 7571:8, 7573:20, 7602:3, 7602:5, 7604:7
**reason** [5] - 7512:12, 7525:3, 7530:12, 7530:13, 7542:9, 7563:20, 7564:1, 7564:2, 7566:19, 7581:17, 7584:9, 7584:13, 7609:20, 7610:14
**reasonably** [2] - 7603:20, 7603:21
**reasons** [2] - 7601:20, 7609:9
**rebranded** [1] - 7588:5
**rebranding** [1] - 7538:1
**recapture** [1] - 7543:6
**recapturing** [1] - 7542:1
**receipt** [1] - 7609:5
**receive** [5] - 7516:7, 7516:11, 7517:18, 7517:21, 7518:1
**RECEIVED** [1] - 7509:7
**received** [10] - 7511:18, 7531:14, 7545:22, 7558:13,

7578:6, 7589:20, 7592:10, 7594:2, 7595:4, 7607:10
**recent** [4] - 7544:12, 7551:7, 7607:24, 7608:2
**recently** [1] - 7591:10
**Recess** [1] - 7572:2
**recognize** [1] - 7582:16
**recognized** [3] - 7565:11, 7569:13, 7596:7
**recollection** [2] - 7533:16, 7533:19
**recommendation** [1] - 7603:7
**record** [5] - 7558:21, 7569:6, 7607:18, 7607:21, 7613:4
**recorded** [1] - 7508:17
**records** [1] - 7611:20
**red** [1] - 7513:5
**redact** [3] - 7608:8, 7608:12, 7608:15
**redacted** [15] - 7513:8, 7518:12, 7522:3, 7524:1, 7542:19, 7551:2, 7575:10, 7575:25, 7576:22, 7577:1, 7586:4, 7608:3, 7609:7, 7609:23, 7611:3
**redacting** [1] - 7608:10
**redactions** [6] - 7516:22, 7607:11, 7607:12, 7607:23, 7608:22, 7610:2
**Redirect** [1] - 7509:5
**REDIRECT** [1] - 7595:11
**reduce** [3] - 7535:13, 7586:25, 7600:16
**reduces** [1] - 7601:13
**reducing** [2] - 7535:12, 7602:18
**refer** [5] - 7537:6, 7537:24, 7582:8, 7585:14, 7585:20
**reference** [3] - 7555:17, 7584:21
**referred** [2] - 7542:11, 7587:18
**referring** [10] - 7529:9, 7529:25, 7556:12, 7557:6, 7561:20, 7561:24, 7565:22, 7597:18, 7598:16, 7598:17

**refers** [5] - 7519:14, 7519:21, 7529:18, 7536:21, 7548:23
**reflected** [1] - 7610:23
**regarding** [1] - 7608:15
**regardless** [1] - 7592:14
**regularly** [2] - 7517:19, 7558:15
**reject** [2] - 7599:9, 7599:11
**related** [4] - 7512:9, 7566:9, 7578:25, 7579:2
**relates** [1] - 7611:6
**relative** [3] - 7513:23, 7586:3, 7586:5
**released** [1] - 7560:8
**relevant** [3] - 7535:8, 7611:12, 7611:18
**remain** [2] - 7524:21, 7609:13
**remaining** [1] - 7573:13
**remains** [4] - 7527:6, 7530:21, 7534:8, 7534:12
**remember** [20] - 7526:5, 7586:6, 7586:22, 7587:2, 7588:22, 7592:21, 7595:19, 7595:20, 7595:23, 7596:19, 7596:24, 7598:9, 7598:10, 7599:20, 7599:25, 7600:1, 7600:4, 7600:8, 7600:18, 7611:13
**remind** [1] - 7545:25
**removal** [1] - 7610:2
**removed** [1] - 7592:19
**renewal** [3] - 7512:3, 7512:11, 7512:12
**reordering** [1] - 7607:6
**repeat** [4] - 7541:16, 7543:24, 7555:3, 7571:18
**replaced** [2] - 7588:1, 7588:2
**report** [7] - 7516:9, 7517:18, 7518:4, 7519:9, 7568:19
**reported** [4] - 7519:7, 7563:18, 7563:19, 7567:23
**Reporter** [1] - 7508:14
**reporter** [2] - 7527:5, 7529:25

**REPORTER** [2] - 7613:1, 7613:9
**reports** [11] - 7516:7, 7516:10, 7516:14, 7517:13, 7518:5, 7520:2, 7534:24, 7536:2, 7536:4, 7536:5, 7548:14
**representing** [1] - 7582:1
**request** [1] - 7588:15
**requested** [2] - 7610:2, 7610:20
**requests** [1] - 7603:23
**require** [1] - 7564:2
**required** [1] - 7562:18
**research** [2] - 7515:6, 7515:8
**resides** [1] - 7588:14
**resources** [1] - 7606:9
**respect** [11] - 7569:5, 7569:7, 7572:23, 7573:11, 7573:15, 7574:12, 7607:22, 7608:1, 7609:19, 7610:1, 7612:1
**respond** [2] - 7523:1, 7601:19
**responding** [1] - 7555:23
**response** [5] - 7527:9, 7531:18, 7536:16, 7538:24, 7556:1
**responsibility** [2] - 7519:5, 7587:18
**responsible** [1] - 7599:12
**responsive** [1] - 7555:12
**result** [3] - 7545:25, 7602:18, 7603:25
**resulted** [2] - 7560:11, 7560:13
**results** [11] - 7515:5, 7518:4, 7518:5, 7520:23, 7527:20, 7527:21, 7535:9, 7543:4, 7560:12, 7584:25, 7601:9
**RESUMED** [1] - 7510:15
**retail** [1] - 7597:21
**retention** [4] - 7590:24, 7592:2, 7592:22, 7594:17
**return** [1] - 7541:24
**rev** [1] - 7611:6
**revealing** [1] - 7574:10
**revenue** [72] - 7520:7,

7520:16, 7521:2, 7521:14, 7523:24, 7523:25, 7546:9, 7546:10, 7546:16, 7546:20, 7546:22, 7547:9, 7548:16, 7548:22, 7548:23, 7549:8, 7549:17, 7549:22, 7550:4, 7550:9, 7550:11, 7550:19, 7550:22, 7551:6, 7552:12, 7554:1, 7555:24, 7556:6, 7556:13, 7563:14, 7563:23, 7564:8, 7564:14, 7564:25, 7565:2, 7566:23, 7566:24, 7567:24, 7568:3, 7568:20, 7571:7, 7571:9, 7571:20, 7572:9, 7572:18, 7572:23, 7573:12, 7574:6, 7574:13, 7575:9, 7575:13, 7575:14, 7575:20, 7576:13, 7578:12, 7578:16, 7578:22, 7585:25, 7595:16, 7595:17, 7595:21, 7595:25, 7596:11, 7596:12, 7609:10, 7609:11, 7609:24, 7610:16, 7610:17, 7610:21
**revenues** [6] - 7520:6, 7520:23, 7550:25, 7575:25, 7587:1, 7609:3
**reverse** [1] - 7563:21
**review** [2] - 7579:5, 7607:20
**revisit** [1] - 7553:4
**rich** [1] - 7538:24
**right-hand** [4] - 7542:12, 7572:6, 7572:7, 7578:11
**ring** [1] - 7532:20
**rings** [1] - 7512:17
**risk** [1] - 7514:21
**Room** [1] - 7508:15
**room** [1] - 7592:8
**rooms** [1] - 7592:5
**Rosati** [1] - 7508:9
**rough** [3] - 7583:14, 7583:16
**roughly** [9] - 7517:23, 7528:9, 7528:18, 7549:24, 7550:10, 7550:12, 7575:23, 7576:2, 7603:3
**routinely** [2] - 7536:9, 7580:13
**row** [1] - 7521:2
**rows** [1] - 7524:2
**RPM** [9] - 7546:13, 7550:18, 7550:22, 7551:4, 7551:5, 7551:13, 7551:14, 7551:20, 7557:8
**RPMs** [1] - 7551:1
**RPR** [1] - 7508:14
**Rule** [1] - 7523:9
**rule** [2] - 7599:13, 7604:8
**rules** [3] - 7592:22, 7594:17, 7594:18
**run** [4] - 7537:14, 7537:21, 7537:24, 7579:16
**running** [2] - 7601:1, 7601:16

## S

**Sabharwal** [2] - 7561:12, 7561:21
**Safari** [11] - 7511:21, 7512:20, 7513:5, 7513:11, 7513:23, 7514:11, 7514:21, 7515:1, 7515:8, 7515:9
**sales** [3] - 7522:11, 7522:17, 7586:21
**sample** [1] - 7552:22
**sandbagging** [3] - 7554:24, 7555:24, 7556:11
**Sara** [2] - 7613:3, 7613:8
**SARA** [1] - 7508:14
**saved** [1] - 7602:4
**saw** [4] - 7546:16, 7583:10, 7595:25, 7601:5
**schedule** [1] - 7603:6
**scheduling** [1] - 7562:14
**Schindler** [2] - 7517:6, 7517:10
**SCHMIDTLEIN** [7] - 7508:6, 7568:5, 7568:9, 7603:3, 7603:16, 7607:3, 7607:7
**Schmidtlein** [3] - 7510:7, 7603:2, 7611:14
**scope** [1] - 7583:2
**screen** [27] - 7510:21, 7512:24, 7512:25, 7523:6, 7523:23, 7524:11, 7527:1, 7532:21, 7532:22, 7540:10, 7541:4, 7543:9, 7544:5, 7551:20, 7551:24, 7552:20, 7553:23, 7560:1, 7575:3, 7575:8, 7577:9, 7578:10, 7579:3, 7582:10, 7590:22, 7591:19
**screenshot** [1] - 7592:25
**sealed** [2] - 7607:12, 7609:24
**search** [49] - 7511:12, 7511:21, 7512:7, 7512:15, 7513:24, 7514:11, 7520:23, 7521:9, 7521:10, 7521:12, 7527:8, 7527:11, 7527:12, 7527:14, 7527:20, 7533:7, 7535:19, 7535:24, 7535:25, 7537:4, 7537:7, 7538:10, 7542:6, 7542:9, 7544:10, 7544:12, 7546:17, 7548:16, 7548:23, 7553:7, 7560:12, 7560:17, 7563:23, 7568:20, 7572:13, 7577:17, 7577:21, 7578:24, 7579:2, 7579:11, 7579:25, 7582:14, 7582:16, 7584:25, 7598:13, 7598:18, 7598:25, 7608:16
**Search** [76] - 7511:22, 7511:24, 7512:21, 7513:13, 7513:17, 7513:23, 7514:6, 7515:14, 7518:10, 7519:2, 7520:10, 7520:13, 7520:14, 7520:16, 7522:5, 7522:21, 7522:23, 7535:10, 7536:24, 7537:11, 7537:12, 7537:15, 7537:25, 7538:9, 7539:12, 7539:18, 7543:13, 7546:7, 7546:8, 7546:10, 7546:15, 7546:18, 7547:8, 7547:10, 7548:24, 7549:7, 7549:17, 7550:8, 7550:25, 7557:1, 7560:14, 7560:20, 7561:9, 7563:20, 7564:14, 7565:6, 7565:20, 7565:22, 7565:25, 7566:3, 7566:23, 7567:1, 7572:25, 7573:18, 7574:10, 7574:13, 7575:14, 7575:21, 7576:10, 7576:17, 7576:19, 7576:24, 7580:25, 7584:1, 7584:10, 7584:14, 7584:21, 7598:22, 7599:6, 7599:12, 7599:13
**Search-only** [1] - 7573:18
**searches** [4] - 7513:10, 7545:9, 7545:10, 7572:16
**searching** [2] - 7515:9, 7515:10
**second** [10] - 7523:6, 7548:15, 7551:24, 7561:16, 7569:24, 7589:22, 7589:24, 7601:12, 7601:15, 7607:10
**secret** [3] - 7524:2, 7524:9, 7571:14
**secrets** [1] - 7608:9
**Section** [1] - 7507:19
**section** [1] - 7598:24
**secure** [1] - 7590:11
**securities** [3] - 7524:6, 7525:4, 7564:2
**see** [104] - 7512:9, 7512:25, 7513:2, 7513:3, 7513:15, 7514:1, 7514:5, 7514:22, 7515:3, 7517:1, 7518:1, 7518:9, 7519:1, 7519:18, 7520:11, 7521:2, 7521:4, 7521:17, 7521:24, 7522:19, 7522:23, 7523:24, 7529:5, 7529:22, 7529:24, 7530:2, 7530:24, 7531:3, 7532:5, 7533:9, 7533:10, 7533:13, 7534:6, 7537:9, 7540:5, 7540:16, 7540:18, 7541:5, 7541:12, 7542:3, 7542:21, 7543:8, 7544:19, 7545:12, 7545:16, 7548:9, 7548:17, 7549:10, 7549:14, 7549:20, 7550:6, 7550:20, 7551:20, 7552:1, 7552:10, 7552:13, 7552:20, 7554:3, 7554:20, 7556:5, 7557:4, 7559:19, 7559:21, 7559:24, 7560:1, 7560:3, 7561:5, 7561:18, 7563:2, 7566:12, 7567:16, 7568:25, 7569:6, 7571:10, 7572:11, 7574:21, 7575:7, 7575:8, 7575:11, 7575:16, 7575:20, 7575:24, 7576:6, 7576:23, 7577:24, 7578:18, 7578:24, 7580:7, 7580:19, 7582:12, 7584:22, 7585:21, 7588:17, 7590:2, 7590:20, 7591:24, 7593:21, 7594:8, 7594:20, 7597:6, 7597:11, 7597:25, 7611:25, 7612:3
**seeing** [2] - 7543:5, 7577:1
**seeks** [1] - 7547:9
**seem** [1] - 7608:21
**segment** [1] - 7570:10
**segments** [1] - 7569:9
**sell** [3] - 7580:15, 7580:16, 7582:20
**selling** [2] - 7581:10, 7583:1
**sells** [2] - 7536:13, 7588:6
**semantic** [2] - 7557:23, 7557:25
**semifinal** [1] - 7601:6
**sense** [4] - 7541:25, 7552:13, 7556:24, 7580:14
**sensitive** [2] - 7552:21, 7570:14
**sent** [2] - 7592:9, 7592:10
**sentence** [13] - 7527:2, 7527:4, 7529:1, 7529:18, 7529:24, 7529:25,

7550:3, 7554:15, 7561:16, 7598:24

**separate** [5] - 7519:2, 7519:6, 7536:24, 7539:12, 7544:23

**separately** [2] - 7524:23, 7524:25

**September** [4] - 7533:7, 7533:8, 7534:8, 7578:12

**seriously** [1] - 7604:22

**SERP** [3] - 7579:13, 7582:21, 7585:7

**serve** [1] - 7535:8

**served** [3] - 7530:23, 7536:16, 7538:24

**server** [1] - 7601:4

**servers** [4] - 7521:19, 7600:7, 7601:1, 7602:1

**serves** [1] - 7601:9

**service** [3] - 7532:5, 7532:13, 7554:1

**serving** [3] - 7514:21, 7519:25, 7555:12

**set** [5] - 7558:19, 7588:12, 7590:24, 7591:2, 7592:25

**setting** [6] - 7556:12, 7559:4, 7559:5, 7587:6, 7591:11, 7592:2

**settings** [2] - 7595:1, 7595:2

**Seventh** [1] - 7507:21

**several** [5] - 7524:17, 7528:11, 7550:18, 7580:23, 7582:16

**SGE** [6] - 7527:6, 7527:7, 7527:18, 7527:19, 7527:25, 7528:7

**shaking** [2] - 7564:19, 7611:14

**share** [16] - 7521:14, 7532:16, 7534:7, 7534:17, 7542:20, 7564:25, 7565:2, 7576:13, 7609:11, 7609:24, 7610:16, 7610:17, 7610:21, 7611:6

**shares** [1] - 7533:7

**sheet** [2] - 7589:10, 7593:20

**shopping** [1] - 7549:1

**short** [2] - 7545:13, 7569:23

**shorten** [1] - 7591:8

**shorthand** [1] - 7508:17

**show** [8] - 7523:23, 7537:4, 7552:21, 7560:18, 7572:5, 7572:11, 7597:1, 7597:4

**showed** [6] - 7515:8, 7595:16, 7595:17, 7595:21, 7596:16, 7596:17

**showing** [9] - 7512:8, 7513:9, 7513:22, 7515:5, 7534:6, 7572:8, 7572:12, 7576:16, 7596:22

**shown** [8] - 7524:10, 7573:5, 7575:9, 7579:12, 7595:15, 7596:22, 7598:7, 7603:5

**shows** [5] - 7520:5, 7523:24, 7534:14, 7549:6, 7578:11

**side** [7] - 7522:4, 7557:1, 7569:14, 7596:9, 7604:15

**sides** [2] - 7596:8, 7603:5

**SIGNATURE** [1] - 7613:9

**significant** [4] - 7573:24, 7582:14, 7584:10, 7584:16

**significantly** [2] - 7586:25, 7596:6

**similar** [7] - 7512:19, 7524:4, 7539:21, 7539:22, 7567:23, 7609:7, 7609:21

**single** [1] - 7576:23

**sit** [1] - 7530:9

**site** [1] - 7589:11

**sites** [2] - 7539:3, 7581:4

**sitting** [3] - 7535:23, 7567:4, 7567:10

**situation** [1] - 7569:2

**six** [2] - 7551:12, 7567:4

**six-and-a-half** [1] - 7567:4

**size** [3] - 7583:3, 7583:6, 7597:21

**slide** [22] - 7511:11, 7512:23, 7512:24, 7513:2, 7514:19, 7514:20, 7515:5, 7540:5, 7543:8, 7548:10, 7548:21,

7550:16, 7550:24, 7551:19, 7551:22, 7552:17, 7552:18, 7552:20, 7572:5, 7577:7, 7596:16, 7596:17

**slides** [1] - 7511:7

**slightly** [1] - 7610:8

**slim** [1] - 7577:12

**slip** [2] - 7589:10, 7593:20

**slope** [1] - 7514:5

**slowly** [1] - 7531:19

**small** [3] - 7573:6, 7585:15, 7587:4

**smaller** [1] - 7582:3

**soccer** [1] - 7601:5

**social** [21] - 7536:20, 7536:22, 7539:2, 7539:8, 7541:11, 7541:15, 7541:19, 7541:20, 7541:23, 7542:1, 7542:13, 7542:15, 7542:18, 7542:20, 7542:23, 7542:24, 7542:22, 7544:1, 7545:13, 7545:14

**software** [1] - 7601:18

**solution** [1] - 7600:25

**solve** [3] - 7529:12, 7600:20, 7601:8

**solved** [1] - 7601:25

**someone** [6] - 7518:17, 7526:17, 7527:18, 7527:19, 7545:8, 7555:24

**somewhat** [2] - 7562:16, 7583:8

**somewhere** [4] - 7533:20, 7546:8, 7546:16, 7547:9

**SOMMER** [44] - 7508:8, 7511:16, 7523:15, 7523:19, 7524:13, 7526:16, 7531:11, 7545:20, 7547:16, 7547:20, 7547:23, 7552:5, 7552:23, 7558:11, 7563:17, 7564:10, 7564:15, 7564:18, 7564:21, 7565:4, 7565:8, 7565:18, 7566:5, 7566:10, 7566:13, 7566:17, 7567:10, 7567:15, 7569:3, 7569:23, 7570:1, 7570:8, 7570:21, 7570:23,

7571:3, 7571:8, 7571:17, 7578:4, 7589:18, 7593:25, 7595:12, 7597:3, 7602:17, 7602:23

**Sommer** [9] - 7523:14, 7524:12, 7563:15, 7567:25, 7571:16, 7585:14, 7585:15, 7585:22, 7595:10

**Sommer's** [2] - 7577:9, 7585:24

**Sonsini** [1] - 7508:9

**sooner** [1] - 7606:18

**Sorry** [1] - 7602:12

**sorry** [37] - 7516:16, 7518:14, 7519:12, 7520:16, 7529:23, 7532:23, 7537:11, 7539:25, 7541:16, 7543:24, 7544:21, 7544:23, 7547:2, 7547:3, 7549:12, 7550:3, 7552:1, 7552:3, 7552:5, 7552:13, 7555:3, 7555:22, 7564:23, 7565:5, 7568:15, 7571:2, 7571:5, 7571:10, 7577:11, 7578:15, 7581:15, 7585:10, 7587:16, 7591:14, 7599:10

**sort** [14] - 7511:1, 7512:9, 7512:20, 7516:12, 7518:1, 7527:2, 7540:1, 7568:23, 7569:1, 7575:24, 7577:12, 7603:25, 7605:5, 7609:18

**sought** [2] - 7546:8, 7586:17

**sounds** [1] - 7606:13

**sources** [1] - 7535:11

**Southwest** [1] - 7508:7

**Soy** [2] - 7512:16, 7512:19

**span** [1] - 7549:23

**spared** [1] - 7518:23

**specialist** [1] - 7588:25

**specialized** [3] - 7582:13, 7584:9, 7584:15

**species** [1] - 7536:20

**specific** [12] - 7511:6, 7513:9, 7516:23, 7524:7, 7535:12,

7535:15, 7563:22, 7564:22, 7565:3, 7574:4, 7576:2, 7609:2

**specifically** [2] - 7581:6, 7584:20

**specifics** [1] - 7567:5

**spectrum** [2] - 7579:15, 7580:4

**speculate** [1] - 7515:20

**spend** [5] - 7541:23, 7541:25, 7542:24, 7544:17, 7583:22

**spending** [1] - 7541:21

**spends** [3] - 7577:17, 7577:21, 7577:22

**spent** [1] - 7576:16

**spiel** [1] - 7607:17

**spike** [2] - 7583:8, 7583:11

**spiked** [2] - 7583:11, 7583:24

**spikes** [1] - 7551:10

**split** [1] - 7593:8

**spoken** [4] - 7526:6, 7526:8, 7534:21, 7603:11

**sports** [1] - 7601:9

**spreadsheets** [3] - 7516:11, 7518:21, 7518:24

**squeeze** [1] - 7554:1

**stable** [1] - 7514:2

**stack** [1] - 7531:20

**staff** [2] - 7522:11, 7522:17

**STAND** [1] - 7510:15

**stand** [7] - 7525:13, 7527:7, 7564:4, 7564:24, 7602:21, 7605:6, 7609:14

**standard** [1] - 7594:17

**start** [8] - 7544:8, 7563:16, 7568:6, 7570:12, 7571:17, 7582:4, 7600:24, 7603:8

**started** [3] - 7510:9, 7587:20, 7587:25

**starting** [5] - 7546:25, 7547:4, 7547:6, 7588:3, 7600:11

**starts** [1] - 7589:25

**StatCounter** [4] - 7532:12, 7532:15, 7533:6, 7534:7

**state** [2] - 7524:9, 7583:23

**State** [5] - 7507:18, 7508:2, 7508:2, 7582:1
**statement** [7] - 7526:21, 7547:16, 7547:18, 7547:20, 7547:21, 7548:1, 7556:17
**statements** [2] - 7526:13, 7531:12
**STATES** [3] - 7507:1, 7507:3, 7507:10
**States** [9] - 7507:13, 7507:16, 7510:4, 7510:7, 7510:13, 7528:6, 7528:15, 7574:21, 7581:22
**static** [1] - 7596:10
**statistics** [1] - 7532:14
**stay** [2] - 7515:21, 7541:6
**stayed** [1] - 7576:2
**steady** [1] - 7583:23
**stenotype** [1] - 7508:17
**step** [4] - 7531:1, 7531:16, 7532:3, 7563:1
**steps** [1] - 7532:4
**Steven** [1] - 7581:25
**STEVEN** [1] - 7507:18
**stick** [3] - 7566:16, 7570:5, 7604:13
**still** [6] - 7532:7, 7568:11, 7577:3, 7589:13, 7597:23, 7605:12
**stop** [6] - 7530:9, 7530:14, 7530:17, 7530:18, 7598:15, 7605:17
**storage** [2] - 7588:11, 7588:13
**store** [1] - 7588:21
**stored** [2] - 7588:18, 7589:2
**stories** [2] - 7537:8, 7538:11
**strategic** [2] - 7512:10, 7572:11
**strategies** [1] - 7608:1
**strategy** [2] - 7511:12, 7540:5
**Street** [2] - 7507:14, 7507:16
**street** [1] - 7606:12
**strength** [3] - 7573:10, 7610:6, 7610:8
**strike** [5] - 7516:5, 7539:5, 7542:23,

7557:15, 7558:25
**string** [2] - 7556:18, 7559:22
**strong** [2] - 7513:10, 7513:12
**stronger** [1] - 7559:20
**structure** [2] - 7607:24, 7608:9
**struggling** [1] - 7586:10
**study** [1] - 7597:6
**stuff** [1] - 7586:4
**subject** [8] - 7526:21, 7546:11, 7559:19, 7560:7, 7562:24, 7608:14, 7611:6, 7611:18
**subjects** [1] - 7608:23
**submitted** [2] - 7558:3, 7558:8
**subset** [2] - 7561:22, 7588:25
**substance** [1] - 7562:17
**substantial** [1] - 7567:17
**substantive** [3] - 7562:9, 7562:12, 7596:24
**success** [1] - 7602:18
**successor** [1] - 7543:18
**suggested** [2] - 7567:25, 7607:11
**suggestion** [2] - 7556:12, 7599:12
**suggestions** [2] - 7598:10, 7599:7
**suggests** [1] - 7534:19
**Suite** [8] - 7508:4, 7587:19, 7587:21, 7587:23, 7588:8, 7588:12, 7590:4, 7590:10
**summaries** [1] - 7530:23
**summary** [8] - 7516:12, 7516:13, 7517:19, 7523:7, 7523:23, 7527:20, 7531:21, 7563:13
**support** [2] - 7589:25, 7590:12
**supposed** [1] - 7603:18
**surfing** [1] - 7548:23
**surprise** [1] - 7603:25
**survey** [2] - 7586:10, 7586:11

**SVP** [5] - 7517:10, 7561:7, 7561:9, 7587:13, 7587:15
**SVPs'** [1] - 7584:17
**swing** [1] - 7525:19
**switch** [1] - 7579:25
**switching** [1] - 7525:22
**system** [4] - 7588:15, 7589:3, 7589:4, 7591:18

# T

**table** [1] - 7527:22
**TAC** [39] - 7521:3, 7521:12, 7521:15, 7521:16, 7523:24, 7523:25, 7524:7, 7563:14, 7563:18, 7563:22, 7564:22, 7564:24, 7565:16, 7565:18, 7565:19, 7565:25, 7567:1, 7567:11, 7567:24, 7573:8, 7573:14, 7573:16, 7573:17, 7573:25, 7574:3, 7574:4, 7574:7, 7574:9, 7574:14, 7575:9, 7576:9, 7576:18, 7576:22, 7577:2, 7577:4, 7577:6
**tailoring** [2] - 7541:14, 7541:18
**talent** [1] - 7554:19
**talks** [1] - 7552:15
**target** [1] - 7571:19
**targeting** [1] - 7570:12
**tastefully** [1] - 7555:7
**team** [23] - 7512:6, 7516:5, 7519:7, 7519:8, 7520:14, 7535:10, 7545:2, 7545:12, 7546:8, 7546:10, 7546:13, 7546:18, 7549:7, 7560:7, 7560:20, 7560:21, 7593:3, 7599:12, 7602:8
**teams** [4] - 7517:14, 7517:15, 7517:16, 7546:4
**tech** [1] - 7525:25
**technical** [5] - 7546:12, 7546:19, 7546:21, 7603:14
**technology** [1] - 7521:20

**temporary** [1] - 7583:11
**ten** [4] - 7529:20, 7530:4, 7530:7, 7550:5
**ten-plus** [1] - 7550:5
**tenure** [1] - 7546:6
**term** [2] - 7555:19, 7579:2
**terms** [15] - 7563:2, 7573:8, 7573:18, 7576:3, 7578:24, 7579:12, 7604:23, 7607:9, 7607:18, 7607:22, 7608:19, 7608:25, 7610:10, 7610:17, 7611:3
**testified** [2] - 7583:2, 7608:20
**TESTIMONY** [1] - 7509:3
**testimony** [13] - 7525:23, 7579:21, 7600:18, 7602:25, 7603:14, 7605:2, 7607:9, 7607:13, 7608:17, 7608:19, 7609:8, 7609:21, 7609:25
**tests** [1] - 7535:8
**text** [11] - 7535:24, 7535:25, 7549:1, 7549:4, 7579:12, 7579:19, 7579:22, 7579:25, 7582:18, 7582:19, 7589:23
**textual** [1] - 7527:21
**THE** [100] - 7507:1, 7507:1, 7507:9, 7510:8, 7510:15, 7510:23, 7511:2, 7511:17, 7519:12, 7519:13, 7519:18, 7523:10, 7523:13, 7523:21, 7524:12, 7525:7, 7525:10, 7525:15, 7526:14, 7526:22, 7531:13, 7531:15, 7531:17, 7532:9, 7533:2, 7540:11, 7544:6, 7544:9, 7544:21, 7545:1, 7545:5, 7545:21, 7547:22, 7547:24, 7552:25, 7555:22, 7556:2, 7558:12, 7562:25, 7563:3, 7563:4, 7563:5, 7563:7, 7563:10, 7563:15,

7564:7, 7564:13, 7564:16, 7564:19, 7564:22, 7565:5, 7565:14, 7566:2, 7566:12, 7566:15, 7566:18, 7567:14, 7567:19, 7567:25, 7568:7, 7568:12, 7569:17, 7569:21, 7569:24, 7570:7, 7570:19, 7570:22, 7571:1, 7571:5, 7571:10, 7571:15, 7571:23, 7572:4, 7572:10, 7574:25, 7578:2, 7578:5, 7581:22, 7589:19, 7591:14, 7591:17, 7591:20, 7594:1, 7595:9, 7597:2, 7602:12, 7602:13, 7602:14, 7602:24, 7603:1, 7603:2, 7603:13, 7604:12, 7605:16, 7605:21, 7606:2, 7606:11, 7606:23, 7607:4, 7607:8
**themselves** [1] - 7530:24
**thereby** [1] - 7563:22
**they've** [1] - 7606:5
**thinking** [2] - 7512:20, 7554:9
**third** [11] - 7519:16, 7519:25, 7540:2, 7586:18, 7607:11, 7607:19, 7607:25, 7608:1, 7608:8, 7608:12, 7608:13
**third-parties'** [1] - 7608:12
**third-party** [4] - 7519:16, 7519:25, 7586:18, 7608:8
**thirds** [3] - 7550:4, 7550:8, 7550:11
**three** [13] - 7514:2, 7522:20, 7528:12, 7542:3, 7546:6, 7546:14, 7547:7, 7579:6, 7579:10, 7580:3, 7602:4, 7607:4, 7608:18
**throughout** [1] - 7572:20
**TikTok** [4] - 7539:21, 7541:22, 7544:3, 7544:14
**timing** [1] - 7563:2

**Tinter** [3] - 7607:15, 7608:12, 7608:22
**title** [2] - 7513:2, 7550:16
**today** [12] - 7530:4, 7530:9, 7535:23, 7570:18, 7593:11, 7594:9, 7594:15, 7597:22, 7602:19, 7603:5, 7603:8, 7603:9
**together** [4] - 7552:24, 7552:25, 7562:19, 7600:22
**tool** [3] - 7590:12, 7590:25, 7593:11
**tools** [4] - 7532:1, 7588:5, 7588:12, 7594:21
**top** [40] - 7515:23, 7517:1, 7518:9, 7524:3, 7537:7, 7552:2, 7552:6, 7552:11, 7552:15, 7556:18, 7566:14, 7567:1, 7568:23, 7570:2, 7570:3, 7570:4, 7570:6, 7570:7, 7570:8, 7570:13, 7570:18, 7571:9, 7573:16, 7574:13, 7578:11, 7578:15, 7578:17, 7578:18, 7578:21, 7581:2, 7582:17, 7583:22, 7584:1, 7584:2, 7590:19, 7594:4
**top-line** [6] - 7524:3, 7567:1, 7568:23, 7573:16, 7574:13
**topic** [7] - 7512:1, 7516:7, 7558:1, 7562:9, 7562:12, 7599:18, 7611:5
**topics** [2] - 7525:22, 7526:4
**total** [4] - 7521:23, 7522:1, 7524:8, 7528:14
**towards** [1] - 7517:23
**tracking** [1] - 7586:15
**trade** [3] - 7524:2, 7571:14, 7608:3
**traditional** [1] - 7527:20
**traditionally** [1] - 7541:21
**traffic** [13] - 7513:23, 7514:1, 7521:5,

7565:1, 7565:5, 7565:8, 7566:3, 7566:7, 7568:24, 7576:9, 7576:24, 7577:22, 7577:23
**Transcript** [1] - 7508:18
**transcript** [2] - 7608:4, 7613:4
**TRANSCRIPT** [1] - 7507:9
**transcription** [1] - 7508:18
**transcripts** [1] - 7607:20
**transitioned** [1] - 7593:7
**travel** [3] - 7581:5, 7584:4, 7584:24
**travel.google.com** [1] - 7585:4
**treated** [1] - 7609:21
**trend** [2] - 7529:3, 7529:9
**TRIAL** [1] - 7507:9
**trial** [3] - 7565:11, 7572:20, 7611:17
**tripled** [2] - 7575:21, 7576:1
**true** [4] - 7524:22, 7551:8, 7595:3, 7598:2
**try** [7] - 7514:10, 7516:23, 7522:6, 7537:17, 7538:8, 7577:5, 7606:16
**trying** [7] - 7522:13, 7543:6, 7552:13, 7556:13, 7568:11, 7604:21, 7605:22
**turn** [15] - 7541:3, 7544:4, 7546:24, 7546:25, 7551:19, 7551:23, 7574:21, 7575:4, 7578:8, 7581:22, 7590:18, 7593:17, 7597:13, 7606:25, 7607:5
**turning** [1] - 7605:13
**tweet** [1] - 7545:11
**twice** [1] - 7597:22
**two** [24] - 7524:2, 7524:10, 7524:13, 7528:8, 7528:24, 7534:10, 7550:4, 7550:8, 7550:11, 7552:24, 7558:1, 7562:24, 7578:24, 7583:17, 7601:3, 7603:22, 7605:1,

7606:12, 7609:9, 7610:1, 7610:14, 7611:10, 7611:11, 7611:13
**two-thirds** [3] - 7550:4, 7550:8, 7550:11
**two-way** [1] - 7606:12
**Tyler** [1] - 7508:3
**type** [7] - 7517:18, 7525:5, 7539:2, 7564:3, 7564:12, 7569:4
**types** [2] - 7539:7, 7542:4
**typewritten** [1] - 7532:6
**typically** [2] - 7573:23, 7580:10

# U

**U.S** [13] - 7528:1, 7528:5, 7528:13, 7528:14, 7533:7, 7534:6, 7552:2, 7552:6, 7552:11, 7578:18, 7578:21, 7597:20, 7597:21
**ultimate** [1] - 7610:20
**ultimately** [2] - 7573:21, 7609:14
**unaware** [2] - 7515:1, 7515:10
**under** [6] - 7515:17, 7521:2, 7523:8, 7542:15, 7547:13, 7576:18
**underlying** [1] - 7518:20
**underneath** [3] - 7524:1, 7550:2, 7550:3
**understood** [1] - 7565:16
**unfiltered** [1] - 7561:25
**unfortunate** [1] - 7537:22
**unfortunately** [2] - 7544:10, 7556:3
**Unit** [1] - 7507:20
**unit** [1] - 7594:12
**UNITED** [3] - 7507:1, 7507:3, 7507:10
**United** [6] - 7507:13, 7507:16, 7510:4, 7510:12, 7528:6, 7528:15
**units** [1] - 7519:4

**unless** [1] - 7611:24
**unredact** [2] - 7563:14, 7608:24
**unredacted** [4] - 7609:1, 7609:7, 7609:9, 7609:22
**unsealed** [3] - 7608:17, 7608:21, 7610:14
**untapped** [1] - 7597:23
**untrue** [1] - 7605:11
**unveiled** [1] - 7560:8
**up** [44] - 7510:21, 7512:3, 7512:23, 7514:17, 7516:9, 7519:7, 7519:9, 7520:2, 7527:1, 7531:19, 7537:2, 7537:3, 7537:4, 7537:16, 7537:17, 7540:1, 7540:10, 7543:8, 7544:5, 7549:13, 7551:19, 7552:24, 7552:25, 7553:22, 7555:12, 7556:18, 7558:22, 7562:21, 7565:10, 7566:6, 7574:20, 7574:21, 7575:3, 7577:3, 7580:18, 7582:10, 7583:20, 7588:4, 7593:1, 7596:24, 7598:6, 7601:15, 7604:1, 7604:16
**update** [1] - 7511:8
**UPX** [3] - 7510:25, 7552:5, 7553:5
**UPX137** [1] - 7610:3
**UPX2040** [3] - 7526:11, 7531:10, 7531:14
**UPX2040.................**
**........................** [1] - 7509:8
**UPX2041** [3] - 7544:4, 7545:19, 7545:22
**UPX2041.................**
**........................** [1] - 7509:9
**UPX2051** [3] - 7510:20, 7511:15, 7511:18
**UPX2051.................**
**........................** [1] - 7509:8
**UPX223** [1] - 7599:22
**UPX33** [1] - 7539:23
**UPX342** [5] - 7548:6,

7552:6, 7572:5, 7578:8, 7595:17
**UPX453** [2] - 7516:19, 7519:1
**UPX500** [1] - 7598:6
**UPX552** [1] - 7610:2
**UPX7002** [1] - 7567:16
**UPX7002.A** [1] - 7595:21
**UPX7002A** [7] - 7523:5, 7523:12, 7563:12, 7572:18, 7575:3, 7578:1, 7578:6
**UPX7002A.................**
**........................** [1] - 7509:10
**UPX714** [1] - 7559:12
**UPX734** [1] - 7553:12
**UPX8082** [2] - 7558:7, 7558:13
**UPX8082.................**
**........................** [1] - 7509:9
**UPXD16** [2] - 7532:22, 7532:24
**URL** [2] - 7589:10, 7593:20
**usage** [1] - 7514:6
**user** [25] - 7515:6, 7515:8, 7531:22, 7537:9, 7545:3, 7553:10, 7554:1, 7554:11, 7555:8, 7555:9, 7555:15, 7555:16, 7556:9, 7556:14, 7557:2, 7560:8, 7585:3, 7585:6, 7586:17, 7592:8, 7592:10, 7592:15, 7592:17, 7596:9, 7598:23
**user's** [2] - 7532:1, 7536:23
**users** [27] - 7511:21, 7512:20, 7513:3, 7514:10, 7514:21, 7515:1, 7515:9, 7527:11, 7527:12, 7527:25, 7528:7, 7528:9, 7528:14, 7528:16, 7530:14, 7530:22, 7530:23, 7554:18, 7555:2, 7555:5, 7555:6, 7557:14, 7557:16, 7557:22, 7584:19, 7586:15

## V

**vague** [2] - 7512:17
**vaguely** [1] - 7543:20
**variation** [1] - 7534:9
**varies** [1] - 7551:11
**various** [2] - 7524:5, 7532:13
**vastly** [1] - 7602:8
**Vault** [10] - 7588:9, 7588:11, 7588:14, 7588:18, 7589:25, 7590:12, 7590:17, 7590:21, 7592:18, 7593:19
**vault** [1] - 7588:22
**Verge** [4] - 7525:25, 7526:3, 7526:7, 7526:8
**version** [4] - 7518:2, 7518:3, 7518:4, 7523:23
**versus** [2] - 7510:4, 7528:17
**vertical** [5] - 7580:19, 7582:13, 7584:9, 7584:15, 7584:24
**vet** [3] - 7524:20, 7604:20, 7606:19
**via** [1] - 7592:4
**vice** [1] - 7556:2
**vicinity** [1] - 7533:20
**video** [8] - 7544:7, 7544:8, 7544:22, 7544:24, 7544:25, 7593:9
**videos** [1] - 7545:8
**view** [6] - 7530:4, 7531:23, 7554:13, 7555:4, 7561:25, 7602:19
**views** [1] - 7530:1
**vis** [4] - 7525:3, 7599:8
**vis-a-vis** [2] - 7525:3, 7599:8
**visibility** [1] - 7583:24
**visits** [3] - 7560:11, 7560:14, 7560:17
**visual** [2] - 7539:12, 7580:17
**visually** [1] - 7538:24
**voice** [4] - 7532:6, 7562:3, 7562:5
**volume** [9] - 7551:1, 7552:15, 7582:14, 7583:3, 7583:6, 7583:12, 7583:14, 7584:6, 7585:25
**VP** [4] - 7553:19,

7554:23, 7561:12, 7587:15
**vs** [1] - 7507:5

## W

**wait** [1] - 7563:3
**walked** [1] - 7609:17
**Walmart** [2] - 7583:5, 7583:20
**Washington** [6] - 7507:5, 7507:14, 7507:17, 7508:7, 7508:15, 7585:6
**watch** [1] - 7603:4
**watching** [2] - 7544:7, 7544:21
**Wayfair** [3] - 7583:4, 7583:16, 7583:20
**ways** [1] - 7545:7
**weakened** [1] - 7610:8
**web** [5] - 7530:10, 7530:15, 7530:22, 7530:24, 7532:13
**Webb** [1] - 7508:3
**website** [1] - 7589:10
**websites** [2] - 7519:25, 7584:17
**week** [5] - 7552:11, 7552:15, 7578:12, 7606:2, 7606:3
**weeks** [2] - 7528:8, 7567:4
**weigh** [1] - 7573:19
**weighed** [2] - 7610:5, 7611:7
**weighing** [2] - 7569:14, 7610:4
**weighs** [1] - 7572:21
**welcome** [1] - 7510:19
**West** [1] - 7524:19
**whereby** [1] - 7603:18
**white** [2] - 7540:1, 7540:2
**whole** [6] - 7511:2, 7531:2, 7534:12, 7546:18, 7589:5, 7607:16
**WICK** [1] - 7508:14
**Wick** [2] - 7613:3, 7613:8
**wild** [1] - 7583:8
**William** [1] - 7510:6
**WILLIAM** [1] - 7508:3
**Williams** [1] - 7508:6
**willing** [1] - 7580:11
**Wilson** [1] - 7508:9
**Witness** [2] - 7563:6, 7574:24
**WITNESS** [14] -

7510:15, 7511:2, 7519:13, 7531:17, 7544:9, 7545:1, 7547:22, 7556:2, 7563:3, 7563:5, 7591:17, 7602:12, 7602:14, 7603:1
**witness** [11] - 7525:13, 7526:18, 7531:12, 7548:2, 7604:17, 7605:4, 7605:5, 7606:18, 7606:21, 7607:23, 7609:14
**witness's** [1] - 7605:2
**witnesses** [9] - 7524:5, 7603:22, 7605:13, 7605:24, 7605:25, 7606:6, 7606:9, 7607:13, 7608:19
**word** [1] - 7541:1
**words** [3] - 7541:16, 7565:24, 7566:22
**works** [1] - 7526:23
**Workspace** [6] - 7587:13, 7587:22, 7587:23, 7588:9, 7588:12, 7589:5
**workup** [2] - 7601:5, 7601:16
**world** [3] - 7531:1, 7531:2, 7598:25
**worldwide** [1] - 7527:25
**worse** [2] - 7555:15, 7555:16
**write** [2] - 7554:16, 7561:16
**writing** [1] - 7527:5
**written** [2] - 7529:25, 7533:10
**wrote** [9] - 7534:25, 7553:24, 7554:5, 7554:7, 7554:22, 7556:20, 7562:15, 7562:20, 7598:13

## Y

**year** [14] - 7517:24, 7517:25, 7518:6, 7533:12, 7533:17, 7549:22, 7549:24, 7550:17, 7550:25, 7586:8, 7586:21
**year-over-year** [2] - 7550:17, 7550:25
**yearly** [1] - 7517:22
**years** [19] - 7514:10,

7514:16, 7529:20, 7530:5, 7530:8, 7546:6, 7546:14, 7547:7, 7549:6, 7550:5, 7550:18, 7551:7, 7551:12, 7552:22, 7557:3, 7570:17, 7572:14, 7601:3, 7602:4
**yellow** [3] - 7513:18, 7513:19, 7513:20
**yesterday** [21] - 7524:8, 7527:9, 7527:19, 7527:24, 7528:3, 7531:17, 7533:15, 7537:2, 7542:11, 7544:9, 7555:7, 7557:11, 7577:8, 7577:17, 7579:20, 7580:20, 7596:15, 7596:17, 7600:11, 7600:18, 7601:12
**yesterday's** [1] - 7580:18
**York** [6] - 7508:5, 7508:10, 7519:15, 7610:1
**YouTube** [22] - 7519:2, 7519:5, 7519:6, 7519:7, 7519:8, 7520:5, 7520:6, 7520:7, 7522:21, 7522:25, 7537:2, 7537:14, 7544:6, 7544:7, 7544:9, 7544:18, 7544:20, 7544:22, 7544:24, 7545:9, 7548:16, 7566:4
**YT** [1] - 7518:10

## Z

**zero** [1] - 7569:6
**zoom** [1] - 7540:13