```
1                   IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA
2
     United States of America,    )
3    et al.,                      )
                                  ) DAY 30
4                     Plaintiffs, )
                                  ) CV No. 20-3010
5                           vs. ) Washington, D.C.
                                  ) October 30, 2023
6    Google, LLC                  ) 1:30 p.m.
                                  )
7                     Defendant. )
     _____)
8

9                    TRANSCRIPT OF BENCH TRIAL
                 BEFORE THE HONORABLE AMIT P. MEHTA
10                  UNITED STATES DISTRICT JUDGE

11   APPEARANCES:
     For DoJ Plaintiffs:        Kenneth M. Dintzer
12                              U.S. DEPARTMENT OF JUSTICE
                                1100 L Street, NW
13                              Washington, D.C.
                                (202) 307-0340
14                              Email: Kenneth.dintzer2@usdoj.gov
                                David E. Dahlquist
15                              U.S. DEPARTMENT of JUSTICE
                                209 South LaSalle Street
16                              Suite 600
                                Chicago, IL  60604
17                              (202) 805-8563
                                Email:  David.dahlquist@usdoj.gov
18                              Meagan Bellshaw
                                Richard Cameron Gower
19                              U.S. DEPARTMENT of JUSTICE
                                450 Fifth Street, NW, Suite 7100
20                              Washington, DC  20530
                                202-549-7155
21                              Email:  Meagan.bellshw@usdoj.gov
                                Email:  Richard.gower@usdoj.gov
22

23

24

25
```

```
 1    For Plaintiff
        States:              Jonathan Bruce Sallet
 2                           COLORADO DEPARTMENT OF LAW
                             Consumer Protection Section,
 3                           Antitrust Unit
                             Ralph L. Carr
 4                           Colorado Judicial Center
                             1300 Broadway
 5                           Seventh Floor
                             Denver, CO 80203
 6                           (720) 508-6000
                             Email: Jon.sallet@coag.gov
 7                           William J. Cavanaugh, Jr.
                             PATTERSON BELKNAP WEBB & TYLER LLP
 8                           1133 Avenue of the Americas
                             Suite 2200
 9                           New York, NY 10036
                             (212) 335-2793
10                           Email:  Wfcavanaugh@pbwt.com

11    For Defendant Google:  John E. Schmidtlein
                             Kenneth Smurzynski
12                           Benjamin M. Greenblum
                             WILLIAMS & CONNOLLY LLP
13                           680 Maine Avenue SW
                             Washington, D.C. 20024
14                           (202) 434-5000
                             Email: Jschmidtlein@wc.com
15                           Email:  Ksmurzynski@wc.com
                             Email:  Bgreenblum@wc.com
16
      Court Reporter:        Janice E. Dickman, RMR, CRR, CRC
17                           Official Court Reporter
                             United States Courthouse, Room 6523
18                           333 Constitution Avenue, NW
                             Washington, DC  20001
19                           202-354-3267
                                  *   *   *
20

21

22

23

24

25
```

```
1    * * * * * * *P R O C E E D I N G S* * * * * * *
2              THE COURT:  Welcome back, everybody.
3              Mr. Cavanaugh, we are ready when you are.
4              MR. CAVANAUGH:  Thank you, Your Honor.
5                        SUNDAR PICHAI,
6              CROSS-EXAMINATION (Cont.)
7    BY MR. CAVANAUGH:
8    Q.  Good afternoon, Mr. Pichai.  Good to see you again.
9    A.  Good afternoon, Mr. Cavanaugh.  Good to see you, too.
10   Q.  Let's start with the 2016 negotiations with Apple.  I
11   assume you prepared for those negotiations?
12   A.  Yes.
13   Q.  And in preparing for those negotiations, was one of the
14   things you considered Apple's options in selecting, perhaps, a
15   different general search engine default?
16   A.  Yes.
17   Q.  And Mr. Cue, at one point, mentioned Bing in your
18   discussions with him?
19   A.  Yeah, he definitely indicated it was a very complicated
20   dynamic and they were considering other providers, and he did
21   mention Bing in the context of those conversations.
22   Q.  At the time, in 2016, you understood that Google's share of
23   queries on general search engines was well over 80 percent?
24   A.  By the time of 2016, you know, I viewed the market for
25   information as a much broader thing, right?  I mean, even if
```

1    you look at the substantially similar view, we were worried

2    about potential traffic which Apple could send to Amazon in the

3    context of this deal.  So I had a very, very broad view of what

4    I was worried about.

5    Q.  Were Amazon, Facebook, or any other companies listed on the

6    choice screen in Safari?

7    A.  Not in the choice screen.  But, Apple had the choice of

8    where they would send the queries to.

9    Q.  So, let's go back to my question.

10        At the time, you understood Google's share of queries

11   among general search engines was well over 80 percent, correct?

12   A.  I knew we were the most popular general search engine, yes.

13   Q.  Let me put up DX1139, our expert's calculation.

14        And in 2016, it's 86 percent.  Do you see that?

15               MR. SCHMIDTLEIN:  Objection, Your Honor.

16               THE WITNESS:  I'm not sure what the source is, but,

17   yes.

18               THE COURT:  I'm sorry, Mr. Pichai.  There's an

19   objection.

20               It's overruled.  He can comment on it.

21               THE WITNESS:  Thank you, Your Honor.

22   BY MR. CAVANAUGH:

23   Q.  You had no reason to disagree with that because you

24   understood you had a significant share?

25   A.  From a general search engine standpoint, yes.

1    Q.  You understood Bing's share in 2016 was substantially

2    smaller than yours, right?

3    A.  Yes.

4    Q.  And here, our expert calculated it at 8.4 percent in 2016.

5    That's roughly -- you understood that to be Bing's share, in

6    that neighborhood?

7    A.  I wasn't thinking much about it, but, yes.

8    Q.  And Google's share of queries among search engines was even

9    higher on mobile, correct?

10   A.  I haven't looked at general search engine share in a long,

11   long time, so I can't tell you the difference between mobile

12   and desktop.

13   Q.  Well, did you have an understanding at that point in time,

14   2016, that Bing wasn't a serious player in mobile?

15   A.  Maybe.  I'm trying to recall back.  I definitely wasn't

16   thinking along those dimensions.

17   Q.  Would you agree with me that mobile is very important to

18   Apple?

19   A.  Yes.

20   Q.  All right.  Apple sells a lot more iPhones and iPads than

21   Macs?

22   A.  Yes.

23   Q.  And based on your understanding of the significant share

24   that you had in search queries versus Bing, you also understood

25   your ad revenue was significantly greater than Bing's in 2016,

```
 1    correct?

 2    A.   In general, we were aware that our ad quality was much

 3    better -- both search quality and ad quality was better than

 4    Bing, and we monetized better because our ad quality was

 5    better, too.

 6    Q.   Significantly -- the ad revenue was significantly higher

 7    for you, correct?

 8    A.   Yes, yes.

 9    Q.   Just go to DX1141.

10         And you see in 2016 --

11             THE COURT:  Mr. Pichai, I don't think it's in your

12    binder.  Just up on the screen, sir.

13             MR. CAVANAUGH:  It's up on the screen.

14    BY MR. CAVANAUGH:

15    Q.   In 2016, your share of U.S. general search ad revenue by

16    general search firms was 86.8 percent, almost -- very, very

17    close to what your search share was, right, that we just looked

18    at a moment ago?

19    A.   Sorry.  Was this mobile?

20    Q.   No.  This is across the board, global and desktop.

21    A.   Okay.  And what was the previous one?

22    Q.   Previous one was general search queries, mobile and desktop

23    combined.

24    A.   Oh, now I understand.  Makes sense.  Yes.

25    Q.   The 86.8, that's close to what your share of queries was in
```

1    2016, right?

2    A.  Seems roughly, yeah.

3    Q.  All right.  And same for Bing.

4    A.  That's right.

5    Q.  Correct?

6    A.  Yes.

7    Q.  Now, you mentioned your search team at Google in your prior

8    testimony.  One thing you would expect your search team to look

9    at is you look very closely at the quality of Google's search

10   results, correct?

11   A.  Yes, very much so.

12   Q.  All right.  And you would expect your team to also look at

13   the relative quality of Google's search results with Bing's

14   results, correct?

15   A.  I would rely on the search team to judge that.  I would

16   assume so.

17   Q.  And during your discussions with Apple in 2016, you had

18   very knowledgeable people at Google regarding the quality of

19   Google Search ads, ad search engine query results versus

20   Bing's, correct?

21   A.  Yes.

22   Q.  You had people like Dr. Giannandrea and Mr. Nayak who could

23   supply you with information regarding the quality of Google's

24   search engine relative to Bing, right?

25   A.  Yes.

1    Q.  At that time, your search people believed that Google's

2    search engine was superior to Bing, right?

3    A.  (Nods head.)

4    Q.  And you believed that?

5    A.  Yes.

6    Q.  And Mr. Cue told you that you had the better product?

7    A.  In a general sense, yes.

8    Q.  And would it be fair to say you believe Google's

9    significant share of queries versus Bing's was in part

10   attributable to Google having a better search engine?

11   A.  That's right.

12   Q.  So, armed with all of this information we've just been

13   talking about, at any point in your discussions in 2016 with

14   Mr. Cook and Mr. Cue, did you communicate to them that they

15   didn't really have any leverage in negotiating a revenue share

16   percentage because Google was the only viable option?

17   A.  I looked at it with a -- with a set of factors.  We were

18   looking at a deal which had worked well for a long period of

19   time.  It was precedent.  And the growth through the deal, both

20   in terms of Apple had demonstrated strong growth, you know,

21   extraordinary growth in phones and traffic from phones.  Our

22   search usage had grown tremendously, so the deal was working

23   very well with us.

24          Users were very happy with their experience.  It

25   was a competitive dynamic.  There was a lot of uncertainty

1    about what Apple would do because Apple tends to, you know,

2    design, control its own experience.  There was a lot of

3    uncertainty on what would happen to the experience.  So, it's

4    not -- you know, one of the things I liked about how it was

5    working was it increasing search usage.  It was clear, the

6    implementation of how they had done it was getting users to

7    search a lot more, so the deal was working well.

8              And by the way, yes, I did take what you're saying

9    into account, which was why we didn't pay the share Apple

10   wanted.

11   Q.  But you increased it versus the prior agreement, correct?

12   A.  That's right.

13   Q.  Now, as the CEO of Google, you need to be very conscious of

14   costs, do you not?

15   A.  Yes.

16   Q.  That's an obligation the board expects from you and your

17   shareholders expect from you?

18   A.  Yes.

19   Q.  Right.  So, at any point in your discussions with Mr. Cook

20   and Mr. Cue, based on the factors we've just been talking

21   about, did you tell them that the revenue share percentages

22   under the IOS agreement had to go down materially because Apple

23   had no viable alternative to Google's search engine as a

24   default search engine?

25   A.  Again, I just gave you all the reasons of -- all the

7774

1    reasons why I thought the deal was working well.  It was

2    working well for our users.  It was creating value for our

3    shareholders.  So, I was taking all that into account.  And

4    there was a lot of uncertainty about what would happen

5    if we didn't enter the deal.

6              Having said that, we both negotiated, and we

7    ultimately compromised on the revshare.  But they wanted

8    something much higher than what we ended up at.

9    Q.  So is the answer to my question no?

10   A.  Can you repeat your question, please?

11   Q.  Sure.  Did you say to Mr. Cook or Mr. Cue that the revenue

12   share percentages under the then-existing IOS agreement had to

13   go down materially because Apple had no viable alternatives to

14   Google's search engine as the default search engine?

15   A.  No.

16   Q.  In fact, as I think you mentioned a moment ago, the revenue

17   share percent that you agreed to pay was above what was in the

18   prior agreement.

19   A.  It was below what was in the original agreements, but it

20   was above the most recent prior agreement.

21   Q.  It was above, correct?

22   A.  Yes.

23   Q.  Were you concerned at that point that if you reduced

24   revenue share percentages, Apple might develop its own search

25   engine?

1    A.  We were -- we literally felt like a very competitive

2    dynamic.  Mr. Cue had made it clear they were considering rival

3    providers.  So that was the context in which I was thinking

4    through.  And as I said, there was a lot of uncertainty about

5    what would happen.  It wasn't fully clear what the experience

6    would end up being, if they didn't enter the deal.

7    Q.  Now, people at Google had expressed concern about Apple

8    developing its own search engine, correct?

9    A.  At various times, maybe always, think about who all are

10   potential sources of competition, and we had thought about it,

11   yes, including Apple, yes.

12   Q.  I'm talking about now, in the context of the 2016

13   negotiations, were you --

14   A.  I can't fully -- this was not a --

15           THE COURT:  Sorry.  Let's not talk over one another,

16   please.

17           Go ahead, Mr. Cavanaugh.

18   BY MR. CAVANAUGH:

19   Q.  In 2016, when you're having these negotiations with Apple,

20   were people at Google concerned that Apple might develop its

21   own general search engine?

22   A.  I can't be sure of the timing, given it was a while ago.

23   There have been moments where people have been concerned about

24   Apple as a potential competitor going into the deal at the

25   time.  You know, I'm happy to walk you through, again, the set

```
1    of factors that was on top of my mind as we entered the
2    negotiations.
3              MR. CAVANAUGH:  Your Honor, may I approach?
4              THE COURT:  You may.
5              THE WITNESS:  Thank you.
6              THE COURT:  Counsel, before we continue, can I just
7    ask a contextual question?
8              At the time this deal was being negotiated, had
9    Mr. Giannandrea left for Apple yet?
10             THE WITNESS:  No.  He was still at Google.
11             THE COURT:  Okay.  Thank you.
12             MR. CAVANAUGH:  Your Honor, we've marked as 1222 an
13   email from Mr. Cue to Mr. Pichai dated July 28th, 2016.  We
14   would move for its admission.
15             MR. SCHMIDTLEIN:  No objection.
16             THE COURT:  All right.  1222 will be admitted -- PSX,
17   that is.
18   BY MR. CAVANAUGH:
19   Q.  There's certain redactions on this document requested by
20   the parties.
21             Let me just draw your attention to the heading Mac
22   Search.  Do you see that?  It's about halfway down the
23   document.
24   A.  Yes.
25   Q.  All right.  And in there, Mr. Cue makes reference to you
```

1    promising to do something, correct?

2    A.  I don't see there's a promise.  I think he's saying you

3    said something.  That's what he's saying, yeah.

4    Q.  Staying with the 2016 negotiations.  In the course of your

5    discussions with people at Apple, did you propose that a choice

6    screen be utilized instead of a default search engine?

7           THE COURT:  I'm sorry.  Can I just ask a question, to

8    be clear?  What did you understand Mr. Cue to be referring to

9    when you said "Mac Search"?

10          THE WITNESS:  I think he's talking about the ISA

11   agreement in the context of how it works on Mac, MacBooks

12   versus iPhones.  I think he's referring to the personal

13   computer aspect of the deal.

14          THE COURT:  Okay.  Thank you.

15   BY MR. CAVANAUGH:

16   Q.  And when he's referring to the promise which he states you

17   made, that was not limited to Mac, was it?

18   A.  I'm assume -- I think he's talking, clearly, within the

19   context of Mac.  You know, that's what he's talking about.

20   Q.  Let me go back to my question.

21          In the course of your discussions with Apple in 2016,

22   did you propose, at any point, use of a choice screen instead

23   of default search requirement?

24   A.  I don't recall doing so.

25   Q.  Okay.  Did you consider a choice screen with Google

1    agreeing to a lower revenue share percentage?

2    A.  That wasn't -- it's -- Apple is designing their product

3    and, you know, they had opened up this deal opportunity.  It

4    was a competitive situation, so, you know, I don't recall there

5    being a choice screen implementation at the time.

6    Q.  You certainly never raised it?

7    A.  No, I don't think so.

8    Q.  Was it still your position at that point that for a choice

9    screen, there would be no sharing of revenue with Apple?

10   A.  I don't recall this being within the scope of the

11   discussions we had in 2016.  But, in general, I think, you

12   know, we would approach -- we'd pay for placement-enhanced

13   promotion.  Or, you know, we don't want to generally be in an

14   environment that people could just ask a toll on what people

15   use Google anyway for.  And, so, we normally do our commercial

16   deals to make sure we are either getting default or there is an

17   enhanced promotion, so something the partner does to drive

18   incremental usage.

19   Q.  Well, putting you on a choice screen provides you an

20   opportunity to be used, doesn't it?

21   A.  It is.  But, it's not what we have historically gone and

22   done deals for.

23   Q.  Would it be fair to say, then, that the billions and

24   billions of dollars that you pay to Apple are for the default?

25   A.  In the context of ISA?

1    Q.  Yes.

2    A.  Yes.

3    Q.  Now, if a choice screen had been utilized, Google and Apple

4    could have still agreed to a revenue share percentage when

5    Google was the selected search engine, right?

6    A.  Could you repeat the question?

7    Q.  Sure.  Now, if a choice screen had been utilized in 2016,

8    Google and Apple still could have agreed to a revenue share

9    percentage when Google was the selected search engine, correct?

10   A.  It's not how we had -- it's not the framework, which as I

11   said earlier, that's not how we had approached our distribution

12   deals.

13   Q.  I understand that.  But, you were having negotiations with

14   Apple at the time.

15   A.  Yes.

16   Q.  If a choice screen had been utilized, Google and Apple

17   could have agreed to a revenue share percentage when Google was

18   the selected search engine, right?

19   A.  Are you asking for a hypothetical scenario?  Because this

20   wasn't what we were discussing at the time.  I'm trying to

21   understand.

22   Q.  You want to call it hypothetical, that's fine.

23   A.  Yeah.  I mean, I would have thought it through.  But if it

24   was purely showing a choice screen and users could choose a

25   search engine, that is not something we would consider as the

1    way we were valuing the distribution deals and the way we would

2    do the share runs.  So, the answer is no.

3    Q.  So at the time, an 86 percent share of general search

4    queries with corresponding revenue, had you done a choice

5    screen with the revenue share agreement, that still could have

6    been a very beneficial financial arrangement for Apple and

7    Google, correct?

8    A.  You know, they definitely -- this was not the scope of what

9    they were proposing, so, you know, you're talking about

10   something -- an alternate scenario, which didn't happen in the

11   context of the deal we were discussing.

12   Q.  Now, you know, based on Google's experience in Europe,

13   where there's been a choice screen, a high percentage of users

14   have continued to select Google?

15   A.  Yes.

16   Q.  And, so, the hypothetical I just laid out could have -- in

17   2016, could have yielded a very beneficial financial

18   arrangement for Google and Apple, correct?

19   A.  Could have also led Apple to redesign, do something else.

20   So, we have a deal which is working well, increasing search

21   usage.  Both Apple benefits and sells more iPhones by having

22   their brand associated with the quality and the use of

23   happiness with Google Search.  Our brand gets validated by

24   being present as a default in iPhones.

25              So, we saw value in all that, and the deal was

1    working very well by every metric we could look at.  And, so,

2    it was a profitable deal creating value, and, so, you know, it

3    was the best possible terms.

4    Q.  Your assumption of doing something else, such as selecting

5    another default search engine, that would require there being a

6    viable alternative at that point in 2016, correct?

7    A.  Sorry.  Your question?  I'm --

8    Q.  Sure.  You said:  Apple could have done other things.

9         If they had decided to stick with a --

10   A.  If they could remove the default search box in the browser,

11   that would have dramatically decreased search usage.

12   Q.  So, you believe a choice screen, giving users a choice,

13   would have reduced search utilization?

14   A.  No, no.  I'm saying there was a lot of uncertainty.  If you

15   didn't renew the deal, they could have chosen to implement many

16   scenarios, right?  You know, it wasn't clear to us.  We don't

17   control the product.  We don't control the experience.  The

18   deal offered us an opportunity to continue a deal which we

19   thought was working well for our users and creating financial

20   value for Google.

21   Q.  At a cost to your company of billions and billions of

22   dollars, correct?

23   A.  Which creates more billions and billions in revenue.  It's

24   a profitable deal.

25   Q.  If a choice screen had produced relatively the same level

1    of revenue at a lower cost, that would have been good for your

2    shareholders, as well?

3    A.  If it would have produced the same amount of revenue.  But,

4    I think Apple would have less of an incentive, you know,

5    compared to the incentive they have today.

6    Q.  Let me turn to the 2021 negotiations.  At that point, you

7    still believed that your search engine was superior to Bing's,

8    correct?

9    A.  In 2021, yes.

10   Q.  And at that point, Dr. Giannandrea was now at Apple,

11   correct?

12   A.  That's correct.

13   Q.  All right.  And you knew his view, from his time at Google,

14   was that Google's search engine was quite superior to Bing's,

15   correct?

16   A.  That's correct.

17   Q.  And so you knew there was some knowledgeable person on the

18   Apple side who viewed the Bing product as inferior, correct?

19   A.  Look, I can't speak to what J.G. was thinking at the time,

20   in 2021.  I hadn't talked to him at that point.

21   Q.  Did you also know at that period of time, in 2021, that

22   your share of general search queries among general search

23   engines had continued to grew?

24   A.  I don't know whether it had changed from 2016.  I'm not

25   fully sure.

 1    Q.  All right.  Let's go to DX1139 and see what actually

 2    happened.

 3            So you see, in 2021, you've increased from 86 percent to

 4    88.9, getting close to 90 percent, correct?

 5    A.  According to this, yes.

 6    Q.  And Bing has actually gone down in that time period, from

 7    2016 to 2021, correct?

 8    A.  Yes.

 9    Q.  All right.  And you knew at that time that they had roughly

10    a 2 percent share of queries in mobile?

11    A.  No, I did not know.

12    Q.  You have no reason to doubt that they had a very, very

13    minimal share in mobile?

14    A.  I'd assumed they had a much higher share.

15    Q.  And, again, you would have assumed, given the share you're

16    seeing in general search queries, that your share of ad revenue

17    would be at or above this number?

18    A.  Yes.  Slightly.

19    Q.  And advertising revenue is the main source of revenue share

20    payments, correct?

21    A.  That's correct.

22    Q.  Now, again, in 2021, five years have passed.  In your

23    discussions with Mr. Cook or anyone at Apple, did you ever

24    say -- communicate to them, you know, Tim, you don't really

25    have any leverage here.  You know, there are really no good

1    alternative general search engine competitors, so we should

2    decrease the revenue share percentages materially?

3    A.  I wasn't directly involved -- the 2021 negotiations were

4    done by a different set of folks.  I wasn't directly involved,

5    but I did -- I, mean the teams consulted me internally.  And,

6    again, the framework of -- if anything, I felt the deal had

7    continued to do well since 2016, and I was happy with the

8    performance of the deal.  It -- you know, looking at our

9    numbers, the deal looked like it was continuing to increase

10   search usage, increase revenue.  It's doing well.

11          I had a very different framework from the way -- you

12   know, I was thinking about the deal was working well to

13   increase search usage, and the placement, how people use it,

14   was driving increased usage of Search.  So, I was thinking it

15   with that framework, so...

16   Q.  At the same time, your traffic acquisition costs were going

17   up, correct?

18   A.  Traffic acquisition?  For what?

19   Q.  Under your revenue share agreement with --

20   A.  With Apple?

21   Q.  Yes.

22   A.  I don't think it changed through the 2021.

23   Q.  Not the percent.  The amount of money.  The payment.

24   A.  Yeah, but the --

25   Q.  The dollars?

1    A.  -- percent is the same, and we are making more money.  The

2    amount we pay them will also increase.  That's a good deal.

3    Q.  And we've had testimony in this case recently that the

4    traffic acquisition costs were roughly 26 billion in 2021.

5    Apple made up a substantial percentage of that, correct?

6    A.  I think I answered that earlier.  So, yes.

7    Q.  Now, again, in 2021, did you propose to your team

8    negotiating with Apple utilizing a choice screen where Google

9    would pay a much lower revenue share percentage?

10    A.  Again, this was not within the scope of -- Apple had an

11    implementation and, so, for us, the choice was whether to

12    participate in that construct or not, and that's what we were

13    thinking through.

14    Q.  So you never proposed a choice screen, correct?

15    A.  In 2021, I wasn't negotiating the agreement, so --

16    Q.  Did you propose that to the team, have you considered a

17    choice screen?

18    A.  No, because it's not their -- it's -- Apple has a construct

19    and, I mean, we knew that's what we were competing for.

20    Q.  Would your view in 2021 have been that if there was going

21    to be a choice screen, no revenue share payments to Apple?

22    A.  So, you're saying if Apple came and proposed a choice

23    screen implementation?

24    Q.  Yes.

25    A.  Well, we wouldn't have applied our current revshare

1    payments to that Apple implementation.

2    Q.  So Google preferred an all-or-nothing arrangement, correct?

3    A.  Can you define "all or nothing"?

4    Q.  All or nothing:  Default, you get money; choice screen, you

5    get nothing.

6    A.  In the current way of doing distribution deals, yes, we pay

7    for either default or some way of clearly enhanced promotion of

8    our services.

9    Q.  As you testified earlier, Google and Apple compete against

10   each other in several markets, correct?

11   A.  That's correct.

12   Q.  All right.  And all these products, like maps and browsers,

13   mobile operating systems, they're all vertically integrated

14   with either Android or Apple, correct?

15   A.  So, I don't understand.  Can you clarify what you mean --

16   Q.  Let me break it down.  I was trying to do it too fast.

17           Google competes against Apple in the mobile software

18   market?

19   A.  Mobile software, yes.

20   Q.  And Google and Apple are the two major providers of mobile

21   operating systems, correct?

22   A.  That's correct.

23   Q.  Would you agree it's, essentially, a duopoly?

24           MR. SCHMIDTLEIN:  Objection to form.

25           THE COURT:  Sustained.

1    BY MR. CAVANAUGH:

2    Q.  Google and Apple compete in their mapping products?

3    A.  Yes.

4    Q.  Google and Apple compete in their browsers?

5    A.  Yes.

6    Q.  Now, mapping, browsers, and the IOS system, they're all

7    vertically integrated into Apple's iPhone product?

8    A.  Sorry.  For the mapping?

9    Q.  Yes.

10   A.  Browsers?

11   Q.  Yes.  And the mobile operating systems.

12   A.  All iPhones ship with IOS, if that's your question.  It

13   comes preloaded with Google Maps -- sorry -- Apple Maps and

14   Safari.

15   Q.  Now, with all these products integrated into the iPhone and

16   which compete against Google, were you concerned that Apple

17   would then enter general search in 2021?

18   A.  I mean, look, I'm not privy to what Apple's plans are.  I'd

19   read press reports that they, you know, were potentially

20   building an index.  So I've assumed, you know, they may be

21   building something to do with search.

22   Q.  Did you conclude in 2021 that you had to pay Apple enough

23   money so that they wouldn't consider going into general search?

24   A.  That was not -- I mean, we are a deal, and for all the

25   reasons I stated before, let me repeat:  It was a deal where

1    there was exceptionally strong growth and usage of Google

2    Search for many, many years.  Year on year, the product was

3    doing well, generating revenue.  It was an experience our users

4    liked.  I think it helped the brand of our product.  And, so,

5    those were the reasons why I valued the concept of the deal.

6    Q.  Now, Apple had hired away --

7                (Noise disturbance.)

8                THE COURT:  Mr. Cavanaugh, can you hold on?

9                (Pause.)

10               THE COURT:  Sorry.  Go ahead.  Make sure the floor is

11   not falling out from underneath.

12   BY MR. CAVANAUGH:

13   Q.  Apple had successfully hired away Mr. -- Dr. Giannandrea

14   from Google in 2018?

15   A.  I think that's right.

16   Q.  And you had personally tried to convince him to stay at

17   Google?

18   A.  Of course.

19   Q.  Now, he was precisely the type of person the company would

20   want to hire, if they were intending on starting a general

21   search engine, correct?

22   A.  Could be.  I mean, J.G. had not worked on search before.

23   At Google, before I put him in charge of search, he had worked

24   on -- he was running a Google research teams before.  But, he's

25   qualified -- very qualified to do it.  My understanding at the

1    time, he had told me he was going to go work on the AI efforts.

2    That's the way he had told me at the time he was leaving.

3    Q.  But, if Mr. Cook had told him to develop a general search

4    engine, that's what he would have done, right?

5    A.  I expect him to do what Mr. Cook tells him to do.

6    Q.  And he was certainly capable of doing so?

7    A.  Yes, I think so.

8    Q.  Going back to the issue of choice screen.

9         As we -- as you discussed this morning, back in 2007,

10   Apple had actually proposed a choice screen, had they not?

11   A.  In the context of back and forth, at one point, for Safari

12   on Windows, which was a new effort they were considering doing,

13   they were potentially considering launching the new product on

14   Windows with a choice screen, yes.

15   Q.  Let me turn to a different topic.

16             MR. CAVANAUGH:  May I approach, Your Honor?

17             THE WITNESS:  Thank you.

18   BY MR. CAVANAUGH:

19   Q.  Mr. Pichai, we've marked as PSX1221 an earnings call from

20   October 29th, 2020.  You participate in calls with financial

21   analysts, correct?

22   A.  That's correct.

23   Q.  You do so every quarter, after your -- after your

24   financial -- quarterly financial statements come out?

25   A.  That's correct.

1    Q.  Let me ask you to turn to page 8.  You see there's a

2    statement by you about halfway down the page.  And if we could

3    just go to the second paragraph.

4         You say:  In terms of the funnel and behavior, to me,

5    what's interesting is, obviously, Search captures the intent of

6    the moment, and the breadth of search, I think, has been a real

7    asset.

8         What did you mean by "intent of the moment"?

9    A.  Let me take time to understand the context of the question.

10   Q.  Sure.

11        (Pause.)

12   A.  I think the analyst is concerned about what he sees as

13   increased competition within eCommerce.  He's worried about how

14   we're competing with Amazon and so on.  So, that's the

15   question.  And part of how we compete with them is sometimes

16   they offer deeper vertical experience, but we can give more

17   coverage.  So, sometimes people come because they can compare

18   and contrast, so that's what I'm talking about.

19   Q.  And when you refer to "intent of the moment," are you

20   talking about the user's intent right at that moment that

21   they're conducting a search?

22   A.  I'm talking -- because this conversation is about

23   eCommerce --

24   Q.  Yes.

25   A.  -- and eCommerce users have the commercial intent.  It was

1    no different from the example I gave about engagement rings

2    earlier.  When people come for these commercial things, they

3    have an intent.  You know, that's what I'm talking about.

4    Q.  When you say "of the moment," you're referring to the

5    moment they're doing the search query?

6    A.  Yes.  Yeah.

7    Q.  And when you refer to the "funnel," are you talking about

8    the marketing funnel?

9    A.  Yeah.  All I'm talking about is there are a lot of times

10   people are just looking to do research.  They are searching

11   across.  They may come and type, you know, shoes, and they are

12   looking in a broad way, we would call the top of the funnel.

13          That is very different from when you say there's a

14   specific shoe and you're trying to buy it.  You know, that

15   would be lower down the funnel, before you're about to complete

16   a fulfilment.

17   Q.  Turn to another topic.

18          MR. CAVANAUGH:  May I approach, Your Honor?

19          THE COURT:  Okay.

20          THE WITNESS:  Thank you.

21          MR. CAVANAUGH:  Your Honor, I realize I should have

22   moved in PX1221.

23          THE COURT:  It will be admitted.  Sorry.

24          MR. SCHMIDTLEIN:  1221 has not been previously

25   provided to us.  There are, obviously, statements made by

1    non-Google employees.  What I would like to be able to do is

2    just confer with my colleagues to make sure that this is

3    actually a full rendition of this transcript.  And if it is, we

4    will not have an objection, subject to the embedded hearsay

5    objection as to statements made by -- not by Mr. Pichai.

6              THE COURT:  Sure.  And, yeah, again, I'm admitting

7    this just for the question and answer, as opposed to all the

8    other statements that were made in the context of the call.  I

9    understand why the whole thing is printed out, but the evidence

10   before me is just what you highlighted.

11             MR. CAVANAUGH:  That's correct, Your Honor.

12   BY MR. CAVANAUGH:

13   Q.  Mr. Pichai, we've marked as PSX1187 an email initially sent

14   from Barry Diller to Philipp Schindler -- he is your chief

15   business officer?

16   A.  That is correct.

17   Q.  -- dated December 12th, 2019, and then he sent it on to you

18   and a number of other people, correct?  If you see, you're one

19   of the CCs.

20   A.  Yeah, Philipp.

21   Q.  I'm sorry.  It is hard to read.

22             Are you familiar with Mr. Diller's -- the concerns

23   Mr. Diller expressed in this email?

24   A.  At a high level, yes.

25   Q.  Now, Expedia was one of the companies in which Mr. Diller

1    had an interest?

2    A.  That's correct.

3    Q.  Okay.  And Expedia is one of Google's largest advertising

4    clients, correct?

5    A.  Yes.

6    Q.  Okay.

7              THE COURT:  Sorry.  Was Mr. Diller a board member of

8    Expedia?

9              MR. CAVANAUGH:  I believe he's an owner -- a

10   substantial shareholder.

11             THE WITNESS:  My sense is he's a substantial owner

12   and shareholder of IAC, which is a holding company which has a

13   set of companies.  I think Expedia is part of that.  That's my

14   understanding of it.

15             THE COURT:  Okay.  Thank you.

16   BY MR. CAVANAUGH:

17   Q.  And let me draw your attention to Mr. Diller's statement:

18   Google's policy of constantly shrinking research in favor of

19   their own ad products and other disintermediating policies is

20   harsh and hurtful to those who depend upon a fair marketplace.

21        You see that?

22   A.  I see that.

23   Q.  And he goes on to note on the following page, where it

24   says:  Philipp, I'm a senior executive of companies that spend

25   over $6.5 billion a year in media, the majority going to

1    Google.

2         Do you see that?

3    A.  Yes.

4    Q.  And then at the bottom of that paragraph he says:  And I

5    believe I'm qualified to speak to this matter.  Our companies

6    have paid Google $10 billion over the years.

7         So his concern was -- if you look in the second

8    paragraph of this letter, he notes the problems Vrbo was having

9    with Google in terms of their Google spend going from

10   21 million to almost 300 million, correct?

11   A.  That's right.

12   Q.  And his concern was that the visits were not increasing

13   from year to year, although they were spending so much more

14   money, right?

15   A.  You know, it could be a whole set of reasons, right?  I

16   think this is around the time where Airbnb dramatically

17   increased in popularity, booking.com was doing really well.

18   And the vertical around this area is a very, very competitive

19   market, you know, so I'm not in the details to know all that's

20   going on.

21         But, something like this, there are times where for

22   someone it's going to cost more to get the same number of

23   clicks.  For some people, because they have a better product

24   than Google's wanted, may be coming down.  I mean, it's an

25   option.  It's a dynamic.  There's a bunch of factors.   It's

1    tough for me to --

2    Q.  And if we just go to the first paragraph again.

3         Mr. Diller states, in the fifth line:  But, I must say

4    that I'm on the edge of revolt now that Google's actions are so

5    punitive, not just for Expedia, but also for IAC and all the

6    players that depend upon something of a level playing field.

7         Do you see that?

8    A.  Yes.

9    Q.  And he expressed those views -- let's just go to the last

10   page again.  And if we could pull up the last paragraph.

11        He says:  If you really want to talk about that, rather

12   than the historically empty slogans of partnership, please tell

13   me and I'll show up anytime, 24-7.

14        Right?

15   A.  Yes.

16   Q.  And he expressed these views in -- let me make sure I have

17   the date of this -- on December 12th, 2019?

18   A.  That's right.

19   Q.  And am I correct that in 2021, Expedia was, again, one of

20   Google's largest advertisers?

21   A.  They are a very large advertiser, so I would assume so.

22   Q.  Thank you.

23        MR. CAVANAUGH:  Your Honor, nothing further.

24        Thank you, Mr. Pichai.

25        Hold on.

```
 1                Your Honor, I move PSX1187 into evidence.
 2                THE COURT:  Okay.  That will be admitted.  Thank you,
 3     Mr. Cavanaugh.
 4                Mr. Schmidtlein?
 5                MR. CAVANAUGH:  Thank you.
 6                          REDIRECT EXAMINATION
 7     BY MR. SCHMIDTLEIN:
 8     Q.  Mr. Pichai, can you take a look at PSX1187?  That was the
 9     document that Mr. Cavanaugh was just asking you about, the
10     correspondence with Mr. Diller.
11                Do you have that in front of you?
12     A.  Yes.
13     Q.  And if you look at his email to Mr. Schindler on the first
14     page there, and the last sentence of the first paragraph, he
15     makes a reference to:  Google's policy of constantly shrinking
16     free search in favor of their own ads products.
17                Do you see the reference to "own ads products"?  Is that
18     a reference to Google's vertical travel experience?
19     A.  I think that's what he's talking about here, yes.
20     Q.  So you made reference to the fact that in this space,
21     Mr. Diller was facing increased competition from Airbnb.  I
22     think you made reference to -- and booking.com.  Was one of the
23     other entities that Mr. Diller was facing competition at this
24     point was from Google's vertical travel experience?
25     A.  That's right.  You know, we are responding to what users
```

1    are expecting when they come with these queries.  And, so, we

2    are evolving our product, as well, and he's referring to that,

3    too.

4    Q.  Why was Google developing vertical travel experiences like

5    the one Mr. Diller was making reference to?

6    A.  I mean, as I've always said, we are competing with all

7    these.  People can either come to Google or can choose to go to

8    any of these providers directly.  And users increasingly are

9    demanding more sophisticated experiences.  They want -- in the

10   old days, we may just say, here are some tickets.  But, they

11   want to understand the times of the flights.  In fact, one of

12   the most popular features we've ever designed in the company

13   are the experience we've built around Google Travel, and people

14   really value that and I think it helps us compete against other

15   providers.

16   Q.  Can you also take a look at PSX1221?  This was the earnings

17   transcript that Mr. Cavanaugh had provided to you.  And if you

18   will go back to that page 8, again, that he asked you about.

19        And he had asked you some questions about the second

20   paragraph attributable to you on this page.  I would ask you to

21   go up to the first paragraph.  And you make reference to,

22   there:  Our free shopping listings which we launched in the

23   U.S. is now available in 48 countries around the world.

24   Additionally, we eliminated commission fees, so for the Buy on

25   Google checkout option, open the platform up to PayPal, Shopify

1    for integration as well.  So that gives rise to

2    comprehensiveness, and we are focused on quality there.

3            What are you referring to there?

4    A.  Again, it's our example of vertical commerce experience, in

5    this case, like travel, and we are looking to make it possible

6    for more merchants to reach consumers more easily, which is why

7    we are making payments easier.  We are integrating with PayPal,

8    Shopify so they can bring their merchants to be on Google so

9    that consumers can find Google.  So, we are evolving our

10   product there.

11   Q.  Is this an example of a Google Search product innovation

12   and an ad innovation designed to compete more effectively with

13   somebody like Amazon?

14   A.  Absolutely.

15           MS. BELLSHAW:  Objection.  Leading.

16           THE COURT:  Overruled.  You can answer.

17   A.  Absolutely.

18   BY MR. SCHMIDTLEIN:

19   Q.  If you will take a look at PX1222.  This was a document

20   that Mr. --

21           THE COURT:  Can I interrupt?  When you're referring

22   here to the free shopping listings, what are you referring to

23   there, Mr. Pichai?

24           THE WITNESS:  I think I'm talking about in our --

25   when people come and do shopping queries, so that the

1    experience they see really answers that query.  The results

2    page is what I'm talking about here.

3                THE COURT:  You're not referring there to the PLA ad

4    that we've heard?

5                THE WITNESS:  The free shopping listings is not the

6    PLA ad.

7                THE COURT:  Just wanted to make sure we were talking

8    about something different.  All right.  Thank you.

9    BY MR. SCHMIDTLEIN:

10   Q.  If you look at PSX1222.  This was the email exchange that

11   you had with Mr. Cue, and you were asked a question about the

12   section there referencing Mac search.  Do you recall that?

13   A.  Yes.

14   Q.  And you were asked a question specifically about the second

15   sentence in that section of the email, and about a statement

16   that Mr. Cue attributes to you.  And I guess what I would ask

17   is:  Did Google actually ever -- or, did you ever agree to the

18   matters that are referenced in that sentence?

19   A.  No.  And, you know, we continue promoting Chrome to Safari

20   users on the Mac, even recently.

21               THE COURT:  Just make an inquiry.  Sorry.

22               The redaction here, who has made the request?

23               MR. SCHMIDTLEIN:  Apple.

24               MR. CAVANAUGH:  Your Honor, I received it from Apple

25   this morning.  They did note that Mr. Cue's testimony about

1    this was -- was sealed, so that's why I accepted the redaction.

2           THE COURT:  Okay.  As I sit here right now, I don't

3    see any --

4           MR. SCHMIDTLEIN:  I think this is ostensibly part of

5    negotiating back and forth, ostensibly.  I think that was the

6    thought about it.  I didn't have any more questions about it,

7    and I just -- you know, I don't have anything further to ask

8    about it.

9           THE COURT:  No, no, I understand that.  But, he's now

10   been asked about this and we've now heard that it was not a

11   term that was ever actually accepted by Google.  It's not clear

12   to me why any potential deal terms is being redacted,

13   especially over a negotiation that happened in 2016.

14          So, I know it's redacted on the screen, but I think

15   it's -- at least from where I'm sitting right now, I think it's

16   appropriate to at least read it into the record so it's clear

17   what we've all been referring to.

18   BY MR. SCHMIDTLEIN:

19   Q.  Well, the statement that was raised in the sentence was

20   referencing:  A potential agreement not to promote Chrome to

21   Safari users when using your sites.

22          I think the reference there would be Google sites; is

23   that right?

24   A.  That's right, on Macs.

25   Q.  Google has never agreed to that, has it?

```
 1    A.  No.

 2    Q.  Either in an agreement or outside of any written agreement,

 3    correct?

 4    A.  No.

 5            MR. CAVANAUGH:  Your Honor, if your request was

 6    reading in what it says, then I think we should read in what it

 7    says.

 8            THE COURT:  Well, I was just going to ask

 9    Mr. Schmidtlein if we could just read the entirety of what

10    that -- the title is -- I'll read it.  Mac search and the two

11    sentences below it are:  Given our discussion, I agree we will

12    not include this.

13            And then the next sentence is:  As you said, we will

14    not promote Chrome to Safari users when using your sites,

15    period.

16            So those are the two sentences.

17            MR. SCHMIDTLEIN:  Thank you, Your Honor.

18            THE COURT:  Thank you, Mr. Schmidtlein.

19    BY MR. SCHMIDTLEIN:

20    Q.  Now, earlier this morning, counsel for the DoJ asked you

21    some questions about a Google Chat you had with Emily Singer.

22    Do you recall that?

23    A.  Yes.

24    Q.  And there was a reference to a leaders circle in that Chat.

25    Do you recall that?
```

1    A.   (Nods head.)

2    Q.   And I believe you testified that you thought that this had

3    to do with a Google Cloud public event; is that right?

4    A.   That's correct.

5    Q.   And do you recall in that Chat that there was a link to a

6    document within that Chat?

7    A.   That's what it seemed to say.

8         MR. SCHMIDTLEIN:   Your Honor, if I may approach the

9    witness?

10   BY MR. SCHMIDTLEIN:

11   Q.   Mr. Pichai, I've handed you what's been marked as DX2034.

12   This is a document that the very top of it is entitled Cloud

13   Next Keynote Plus Leaders Circle.

14        Do you have that in front of you?

15   A.   Yes.

16   Q.   Is this the document that was linked in the Chat you were

17   shown?

18   A.   Yes.  So this was the event I was referring to, which is

19   our Google Cloud next external keynote.  And leader circle

20   refers to the hundreds of top CIOs and CEOs from Fortune 500

21   companies who are our customers.

22   Q.   The leaders circle -- strike that.

23        Is this document, DX2034, consistent with your

24   recollection that the leaders circle that you refer to in your

25   Chat did not refer to a group of internal Google executives?

1    A.  There is no internal group we call leaders circle.

2    Q.  Is this consistent with your recollection that the Chat was

3    about Google Cloud and not about Google Search?

4    A.  Yes.

5             MR. SCHMIDTLEIN:  Your Honor, we move into evidence

6    DX2034.

7             MS. BELLSHAW:  Your Honor, we haven't had a chance to

8    look through it.  We have no objection.  But, if there's any

9    embedded hearsay, we would just ask that that it be admitted to

10   the same evidence we've been having.

11            THE COURT:  So DX2034 will be admitted.

12   BY MR. SCHMIDTLEIN:

13   Q.  Now, this morning, Mr. Pichai, you were also asked a few

14   questions about a letter that Mr. David Drummond sent to

15   Microsoft complaining about Microsoft's implementation of a new

16   inline search feature in IE7.  Do you recall that?

17   A.  Yes.

18   Q.  Okay.  Did Microsoft agree to the changes that Google

19   sought?

20   A.  No.

21   Q.  After that incident in 2005, have you observed other

22   instances where Microsoft has engaged in efforts to make

23   switching default browsers or search engines more difficult?

24   A.  Yes.  All the time.  And including the current -- the press

25   has covered it extensively, about what they are doing in the

1    current version of Windows 11.

2    Q.  You were asked some questions about the choice screen for

3    Safari on Windows.  How did Safari for Windows do in the

4    market?

5    A.  My recollection is that they had the product in the market

6    for a few months and then withdrew it.

7    Q.  I believe you testified to this, but I just want to make

8    sure it's clear:  During your communications with Mr. Cue

9    around the 2016 agreement, did Apple ever raise the idea of

10   using a choice screen?

11   A.  No.

12   Q.  You were also asked some questions this morning about the

13   meeting that you had with Mr. Cook in 2018, and I think you

14   explained that that was a -- was that a CEO check-in meeting

15   around the Safari agreement?

16   A.  It was -- I think it was done within that framework.  But,

17   it was a response to a specific ask from Apple, and so we were

18   responding to that concern.

19   Q.  Since the time of that meeting, has Google competed as hard

20   as ever with Apple with its Android operating system?

21   A.  Yes.  Every single day.

22   Q.  Since that meeting, has Google competed as hard as ever

23   with its Chrome browser?

24            MR. CAVANAUGH:  Leading.

25            THE COURT:  Rephrase the question, please.

1    BY MR. SCHMIDTLEIN:

2    Q.  Can you explain the nature of the competition between the

3    Chrome browser and the Safari browser during the time you've

4    been CEO of Google?

5    A.  You know, it's -- we are obviously very focused on making

6    sure we can build the best possible Chrome experience on

7    Apple's products.  It's much more difficult to do it on IOS.

8    In IOS, Apple restricts other browsers from the ability to use

9    their own rendering engines, so we have to -- we are

10   restricted.  We would have to use a web view provided by Apple,

11   so we are limited in our ability.  But, we do the best within

12   those constraints to build and ship a product and promote it

13   and compete.

14   Q.  Has Google engaged in efforts to try to get users to

15   download Chrome on IOS devices?

16   A.  Yes.  And we spend money to market and promote, and we run

17   advertising to do that.

18   Q.  And has Google worked to improve Google Search results so

19   that users will choose that results over any suggestions that

20   Safari Suggest makes?

21            MS. BELLSHAW:  Objection.

22            THE COURT:  I'm sorry.  Can you -- can you rephrase

23   the question?  Because I didn't hear it in the first instance.

24   I'm sorry.

25            MR. SCHMIDTLEIN:  Sure.

```
1    BY MR. SCHMIDTLEIN:
2    Q.  Has Google worked to improve Google Search results so that
3    users choose those Google Search results over any suggestions
4    from Safari Suggest?
5              MS. BELLSHAW:  Objection, Your Honor.
6              THE COURT:  Okay.  Objection is overruled.
7              You can answer, Mr. Pichai.
8    A.  Yeah, we're working very, very hard to make sure, for any
9    given query, we can provide the best possible experience.  And
10   it's always been our true knot and will continue to be so.
11             MR. SCHMIDTLEIN:  No further questions, Your Honor.
12             THE COURT:  Okay.  Mr. Pichai, thank you very much
13   for your time and testimony, sir.  And safe travels home.
14             THE WITNESS:  Thank you, Your Honor.  I appreciate it.
15             Do I leave this here?
16             THE COURT:  You can leave that there and we'll take
17   care of it.
18             THE WITNESS:  Thank you again.  Thank you.
19             THE COURT:  I swear.  We're not trying to keep you
20   here.
21             All right.  Mr. Schmidtlein.
22             MR. SCHMIDTLEIN:  Good afternoon, Your Honor.  Google
23   next calls Dr. Edward Fox to the stand.
24                          EDWARD FOX,
25   was called as a witness and, having been first duly sworn, was
```

```
 1    examined and testified as follows:
 2              THE COURT:  Professor Fox, welcome.  I think you've
 3    been here in fits and starts, so happy to have you here at
 4    last.
 5              THE WITNESS:  Thank you so much.
 6                        DIRECT EXAMINATION
 7    MR. SMURZYNSKI:
 8    Q.  Good afternoon, Dr. Fox.
 9    A.  Good afternoon.
10    Q.  Please state your name and spell it for the record.
11    A.  Edward Alan Fox.  E-D-W-A-R-D, A-L-A-N, F-O-X.
12    Q.  What is your current position?
13    A.  I'm a professor of computer science, and by courtesy of
14    electrical and computer engineering at Virginia Tech.
15    Q.  For how long have you taught at Virginia Tech?
16    A.  Since September 1983.
17              THE COURT:  Mr. Fox, I would ask you to keep your
18    voice up and speak into the microphone.  Thank you.  You don't
19    need to lean forward.  Just keep your voice up.  Thank you.
20              THE WITNESS:  Thank you.
21    MR. SMURZYNSKI:
22    Q.  Professor Fox, please tell us the degrees you've earned
23    since graduating from high school.
24    A.  I have a bachelor's of science in electrical engineering,
25    with a computer science focus, from the Massachusetts Institute
```

1    of Technology in 1972.  I did a thesis relating to information

2    retrieval.  I have a master's of science in computer science

3    from Cornell University from 1981, and a Ph.D. in computer

4    science from Cornell University from 1983.

5    Q.  What was the nature of your Ph.D. dissertation?

6    A.  This was in the field of information retrieval.  Lots of

7    different areas, going back to bullion systems like in Juris

8    and Lexis and so on.  But, moving from there towards the newer

9    systems, using AI and natural language processing and links

10   between things like we see in page rank.

11   Q.  And when you say that, are you describing information

12   retrieval in general, or your dissertation from Cornell?

13   A.  Sort of both.  My dissertation covered, really, most of the

14   areas of information retrieval at that time.

15   Q.  Who was your academic adviser at Cornell?

16   A.  His name is Gerard Salton.  He's often called the father of

17   information retrieval.

18   Q.  You've used this term "information retrieval," or IR.  Can

19   you give us sort of a little more explanation as to what that

20   field constitutes?

21   A.  My view is, it's about helping people gain access to

22   information to meet their needs.

23   Q.  And how does that field relate to commercial search engines

24   like Google or Bing?

25   A.  Well, the field of information retrieval goes back to the

 1    1950s.  In the 1990s, when the web emerged, it had a design

 2    flaw that there was no search built in, so companies had to

 3    come in and develop search engines.  And the field of search

 4    engines on the web and broadly on the internet and, also, other

 5    areas, which I call digital libraries, sometimes people call

 6    them vertical markets, all of that is covered in the field of

 7    information retrieval, with other things like recommendation.

 8    Many different areas.

 9    Q.  And are you a member of any IR learned societies?

10    A.  So, there are two computer societies that I'm a fellow of,

11    IEEE and ACM, and they both have activity in this area.  ACM is

12    the one that is a bit more visible.  It has a special interest

13    group called the Special Interest Group on Information

14    Retrieval, or SIGIR.  I was its chair from 1991 to 1995, its

15    vice-chair from '87 to '91.  And it opened, in 2021, the SIGIR

16    Academy for the Leaders of the Field of Information Retrieval,

17    and I was in the first cohort related to that.

18    Q.  What courses do you teach at Virginia Tech?

19    A.  I've taught a lot of different courses.  Artifical

20    Intelligence and Database and Computation Linguistics and

21    things called Natural Language Processing.  Big Data

22    Tech Summarization.  But, since I started there in '83, I've

23    been teaching annually a course for graduate students, which is

24    Information Storage and Retrieval.

25            Then, in the early '90s, I read an educational

1    project founded by the National Science Foundation, and I

2    decided to introduce a course so seniors in computer science

3    would know something about information, because I think that's

4    important.  And, so, I called it Multimedia, Hypertext and

5    Information Access, which covers -- information access covers

6    the information retrieval part, the multimedia covers video and

7    audio and images, and the hypertext covers the web and all

8    those kinds of things.

9    Q.  Beyond the book work that your students are doing, is there

10   a practical aspect to what you teach them?

11   A.  Yes.  I believe in engaging students in doing things.  I

12   think experiential learning is the way to do this.  So for many

13   years I've been using what's called problem-based learning or

14   project-based learning.  So, in my classes, the students work

15   together in teams and do some kind of project in the

16   information retrieval class.  The last, I guess, four times,

17   including the one I'm teaching this semester, they built a big

18   search engine all together, working together as if they were a

19   little company.

20   Q.  Have you published any peer-reviewed articles?

21   A.  Roughly 500.

22   Q.  And how about books?  Have you authored or coauthored any

23   books?

24   A.  Nineteen.

25   Q.  And you were talking about the books and the articles.

1           Is there any method for tracking how often one is cited

2    by others?

3    A.  As usual, for many things there are different measures, and

4    there are different groups that try to come up with those

5    measures.  One of the more popular ones is a measure that's

6    coming out of Google Scholar.  They try to collect the works of

7    people that are available.  So Google Scholar's one of the

8    ones.  And then they have what's called an H Index and they

9    have an I Index and they have a citation count.

10   Q.  And what is your citation count in Google Scholar?

11   A.  It's just about 21,000.

12   Q.  Have you ever received any grants for research purposes?

13   A.  Yes.  Over 140.

14   Q.  And could you give me some examples of ones that relate to

15   search engines in particular?

16   A.  About a third of my grants have come from the National

17   Science Foundation, and so I've done a lot of projects with

18   regard to that in the late '80s.  There is one project I called

19   CODER, C-O-D-E-R, which stood for Composite Document Export

20   Effective Extended Retrieval.  So that was one we took large

21   collections of electronic mail messages and we tried to figure

22   out what they were about.  We used artificial intelligence

23   methods, natural language processing methods, user modeling

24   techniques, analyzed the documents, provided distributed system

25   to processes.  So, that was one of the early ones.

1    Q.  In the early days of Google, did you have any opportunity

2    to review the Google work?

3    A.  So, in 1981, a group of us in the information retrieval

4    world thought, what can we do so people know what this field

5    is?  Because at that point, it wasn't very well known.  So, we

6    said, well, let's create a national digital library for the

7    country so everyone has access to information.  Which led to,

8    after many workshops and discussions, the National Science

9    Foundation and other agencies put in $25 million to fund the

10   digital library initiative.

11        One of the awardees was Stanford.  I was on a review

12   panel, because I had been involved in this, to visit a number

13   of these different sites.  So, I think in '98 I visited

14   Stanford, and I met those grad students who were showing a demo

15   as part of the funding through this initiative, a thing called

16   BackRub.  And that was the two Google founders.  So, that's the

17   first experience I had with them.

18   Q.  Do you have an understanding as to what BackRub became?

19   A.  Yes.  That was kind of the beginning version of the Google

20   system.

21   Q.  And that was 1998.  Today, are you still doing work on

22   search engines?

23        THE COURT:  Sorry.  I'm thinking what the world would

24   be if the word was BackRub instead of Google.

25        MR. SMURZYNSKI:  It could get very confusing, Your

1    Honor.

2              THE WITNESS:  Yes.  I'm sorry.  I lost your question.

3              THE COURT:  Sorry.

4              MR. SMURZYNSKI:  Fair enough.

5    MR. SMURZYNSKI:

6    Q.  Today, what work do you do in terms of building or

7    reviewing search engines?

8    A.  Oh, right.  Okay.  So, this semester I'm teaching the

9    Information Storage and Retrieval class, except when I'm here,

10   and the students are building what I think is the

11   state-of-the-art system.  We filed three provisional patent

12   applications last year on what we did last year, published

13   papers on it, and maybe four of the six doctoral students I'm

14   supervising now are involved in related efforts.

15             So, in '87, I kind of launched the initiatives so

16   that these dissertations around the world would become

17   electronic and could be accessed, and I run the nonprofit

18   related.  So, what we're doing in this class is trying to get

19   the U.S. thesis and dissertations analyzed using AI and

20   language models and other methods so we can make them

21   accessible in small pieces.  You can find chapters or figures,

22   as well as the entire work, which is what most systems now do.

23             So, we're building a system, and this is, like, the

24   third iteration of doing this.  And the students are busy doing

25   classification, summarization, recommendation, all the

 1    different parts of a retrieval system.

 2            MR. SMURZYNSKI:  Your Honor, at this time Google

 3    moves to qualify Professor Fox as an expert in the field of

 4    computer science and information retrieval.

 5            MR. DINTZER:  We have voir, Your Honor.  We have

 6    voir, Q&A.  If we may?

 7            THE COURT:  Sure, if you like.

 8            MR. DINTZER:  Good morning, sir.

 9            THE WITNESS:  Good afternoon.

10            MR. DINTZER:  I guess good afternoon.

11            Let's see.  Sir, you've been involved in 15

12    litigations connected to Google; is that right?

13            THE WITNESS:  I've -- I think this is my fourth

14    trial, and the others were all to do with patent issues.  I

15    don't remember the full number with Google, but something like

16    that.  Most of them don't get very far.

17            MR. DINTZER:  That's fine.  You jumped ahead of me a

18    little bit.

19            I was talking about litigations in general.  Is the

20    number above 15 now that are Google specific?

21            THE WITNESS:  I don't know.  I work with about 20

22    different defendants.  I don't know the exact number, sitting

23    here.

24            MR. DINTZER:  So as you sit here, you don't know how

25    many times you've worked with Google, but it's more than ten?

```
 1                THE WITNESS:  On cases, many of which never went very

 2    far, yes.

 3                MR. DINTZER:  And most of the work that you do for

 4    Google is patent stuff.  I think you said that, right?

 5                THE WITNESS:  Most of my litigation experience has

 6    been with patent and validity or noninfringement, yes.

 7                MR. DINTZER:  The four cases you've tried with Google

 8    were all patent cases?

 9                THE WITNESS:  This is, I think, the fourth that's

10    gone to trial.  So the other three had to do with patent cases,

11    if I remember.

12                MR. DINTZER:  And those were noninfringement cases

13    where you testified that somebody's patent -- or, that Google

14    doesn't infringe somebody's patent; is that right?

15                THE WITNESS:  The one -- most recent one was actually

16    an invalidity case.  The earlier ones, if I remember, were

17    noninfringement.

18                MR. DINTZER:  Were those in front of the PTO or were

19    those in district court?

20                THE WITNESS:  So, I've been involved in IPRs having

21    to do with the patent and trademark office, which are separate

22    matters than the trials.  I haven't had a trial with the patent

23    board.  But, these trials had to do with when a patent goes to

24    sue, then the district courts have to handle that situation.

25                MR. DINTZER:  And you've never done a study like the
```

 1    one you're about to talk about?  You've never done a study like
 2    this for Google, right?
 3         THE WITNESS:  I don't think anyone has ever done a
 4    study like this for Google.
 5         MR. DINTZER:  And you've never done a study this
 6    large for anyone; is that right?
 7         THE WITNESS:  I don't think anyone else has ever done
 8    a study this large.
 9         MR. DINTZER:  And Google and Bing's search systems
10    are proprietary, right?
11         MR. SMURZYNSKI:  Your Honor, my understanding of voir
12    dire is that it's qualification.
13         THE COURT:  I agree.  I just -- hopefully this is a
14    question that's going to lead to an acceptable one.  So let me
15    see where he's going to do.
16         MR. DINTZER:  Thank you, Your Honor.
17         THE WITNESS:  Could you ask the question again?
18         MR. DINTZER:  Google and Bing's search systems are
19    proprietary?
20         THE WITNESS:  Yes.
21         MR. DINTZER:  You did not have access to Google's
22    proprietary system during the time that you were creating your
23    report?
24         THE WITNESS:  That's not correct.  I had indirect
25    access to it.

1          MR. DINTZER:  Right.  You worked with engineers who

2    had access to it?

3          THE WITNESS:  Correct.

4          MR. DINTZER:  But you, yourself, never sat at the

5    keyboard and worked on it?

6          THE WITNESS:  That's correct.

7          MR. DINTZER:  And you never had access to Bing's

8    proprietary system; is that right?

9          THE COURT:  Hang on.  I think we're moving outside.

10   Just qualification into the actual experiment itself.

11         MR. DINTZER:  We have a challenge, Your Honor.

12         THE COURT:  I know.  But this is just a question of

13   his expertise.  I'm not denying you the opportunity to examine

14   him about the actual experiment.

15         MR. DINTZER:  No, I know.  And I appreciate that.

16         We have a challenge about the breadth.  We do not

17   challenge him as being an expert in computer science or

18   information retrieval.

19         THE COURT:  Okay.  Well, go ahead.

20         MR. DINTZER:  We do have a challenge as to whether

21   he's an expert on either of the systems we just talked about,

22   given that he did not have access to them.

23         THE COURT:  So, there hasn't been a request to

24   qualify him as an expert on the systems.  So to the extent he's

25   been requested to be qualified on the computer science and

 1    information retrieval, that's all that's before me now.

 2              MR. DINTZER:  Understood, Your Honor.

 3              THE COURT:  And to the extent we need to get into his

 4    expertise or need for expertise on the proprietary systems, I

 5    think that's still coming.

 6              MR. DINTZER:  That's fine, Your Honor.  As long as we

 7    reserve the right to challenge when and if he wanders into

 8    those territories.

 9              THE COURT:  Yes.

10              MR. DINTZER:  Thank you, Your Honor.  And with that,

11    we do not challenge with respect to the two items listed.

12              THE COURT:  Okay.  So, the Court will recognize

13    Professor Fox as an expert in computer science and information

14    retrieval.

15              MR. SMURZYNSKI:  Thank you, Your Honor.

16              THE COURT:  Mr. Smurzynski, whenever you're ready.

17              MR. SMURZYNSKI:  Let me pass out some demonstratives

18    before I begin the remainder.

19              May I approach?

20              THE COURT:  You may.

21    BY MR. SMURZYNSKI:

22    Q.  Professor Fox, at a high level, what was your assignment in

23    this matter?

24    A.  My assignment was to determine the extent to which the

25    amount of what I call user interaction data would affect the

1    quality of a search engine, in particular Google, relative to

2    the difference in quality between it and Bing.

3    Q.  Did you prepare any slides for purposes of your testimony

4    today?

5    A.  Yes, I did.

6    Q.  All right.  If we could put up the first demonstrative.

7    This is DXD26.

8          Professor Fox, what are your principal opinions that

9    you're testifying to today?

10   A.  So, the big one is the first one:  The vast majority of the

11   Google-Microsoft Search quality gap must be explained by

12   factors other than the volume of user interaction data.

13          And then behind that, there's sort of two points

14   about:  A company as efficient as Google could have search

15   quality similar to Google, even at Microsoft's scale.  And

16   likewise, a company as efficient as Google, but with

17   Microsoft's scale, would not meaningfully benefit from increase

18   in user interaction data.

19          And behind that is the principle:  There are

20   diminishing returns to search quality from an increase in the

21   quantity of user interaction data.

22   Q.  If you could advance the slide, Andrew.

23          What's depicted on this slide, slide 003?

24   A.  So the last point I made was about diminishing returns.

25   This is one illustration of the concept of diminishing returns.

1    We see on the left axis a measure that Microsoft and others

2    have used for assessing the quality of a search system.  The X

3    axis we see the amount of training data, and we see a curve

4    that, once you get to sort of the point labeled B, flattens

5    out.  You don't get much benefit by going out further along

6    that amount of training data.

7    Q.  Is this concept of diminishing returns one that's familiar

8    in computer science and information retrieval?

9    A.  Yes, it's a common principle.

10   Q.  Could you explain?

11   A.  Well, it's true in other areas, as well.  We have

12   distributions of things, first of all, and when you're in

13   different parts of a distribution, you have different kinds of

14   behavior.  Many things you get kind of close to the maximum you

15   can get, and then it's really hard to get any improvement

16   beyond that.  Or you get to some point where things are about

17   as good as they get with current technology, and then it's hard

18   to get beyond that.

19         So this is the point on the right side of the curve.

20   It doesn't help to get more data once you get to a certain

21   point.  Sometimes it hurts, actually.

22   Q.  How did you go about measuring the effect of the volume of

23   user interaction data on Google Search quality here?

24         THE COURT:  I'm sorry.  Can I just ask a couple

25   questions about this?

1          MR. SMURZYNSKI:  Certainly.  Absolutely, Your Honor.

2          THE COURT:  What is the vertical access NDCG?

3          THE WITNESS:  Net discount cumulative gain, I think,

4     is the translation, I think.

5          THE COURT:  Next question:  What is that?

6          THE WITNESS:  So, in information retrieval, we have

7     lots of measures, like you would expect in anything, and that

8     is one of the measures.  It is a measure that was used for many

9     years at Microsoft, and it's in the published literature a lot,

10    publications they've published, other people have published.

11    So when you publish something, you want to show how well you do

12    with certain measures, and that's one of the measures that's

13    commonly used.  It's not proprietary, so you can make use of it.

14         Basically what it does is you get a ranking of the

15    results in a search page, or any other kind of retrieval

16    system, and you typically look -- most people only go so far.

17    They look at the top part.  So, the first one is really

18    important, the second one is half as important, and the third

19    is a third as important.  It's a kind of a discounted gain that

20    we get getting there.  And then you compute the score, the

21    quality of each of those things, and then you come up with an

22    average value.

23         So, for a single query and a single set of results,

24    you do that over a lot of queries and a lot of results, and

25    then you get some general score.

1    THE COURT:  The other question is:  The graph that

2    you have pasted here in your slide, is this something you

3    created or is this a document -- or an image that you imported

4    from a business record?

5    THE WITNESS:  So, if you look in the bottom left

6    corner, there's a number.  This has been admitted to evidence.

7    So I thought it was easier than having arguments, to have this.

8    This is actually a Microsoft document.

9    THE COURT:  Thank you.

10   MR. SMURZYNSKI:

11   Q.  Just so we're clear, Professor Fox, the NDCG, is that a

12   measure of quality?

13   A.  Yes.

14   Q.  We can take that slide down, Andrew.

15   Going back to your assignment.

16   At a high level, how did you go about measuring the

17   effect of the volume of user interaction data on Google's

18   search quality?

19   A.  By running an experiment -- a controlled experiment.  I

20   like running experiments.  You never know what is going to

21   happen until you actually run an experiment.

22   Q.  Did this experiment have any particular type of name or any

23   particular type of experiment?

24   A.  Yes.  So, because I was in the privileged position of

25   having a lot of data to work with, and I was interested to see

1    what happened when you have less of that.  It's called a data

2    reduction experiment.  So we're reducing the amount of data in

3    the experiment to see what happens.  Do you get any change?

4    How much change do you get?

5    Q.  Are experiments in which the amount of data is changed or

6    altered common in the computer industry?

7    A.  They're fairly common when you're in a situation where you

8    have a lot of data to start with.  But, they're in a broad

9    family, which is really very common, which I would call a

10   scaleability study.  You want to see how things scale up as you

11   go along.  And most of the time I've run scaleability

12   studies -- in the roughly 100 masters and doctoral students I

13   work with, about a third of them have been experimental

14   scaleability studies.

15            So, we do that all the time because we want to show

16   how much we need.  And, obviously, if you can get away with

17   just a little bit, then that's great.

18   Q.  Are you aware of evidence in this case of companies that

19   have commercial search engines doing scaleability studies or

20   data reduction experiments or the like?

21   A.  Yeah.  I work with a number of big companies.  I work with

22   the internet archive, which is much bigger than Google in terms

23   of the amount of data that they have, because they're trying

24   to, through the Wayback Machine and other things, give you

25   answers of what happened in 1998 on some web page that's no

 1    longer there.

 2            They have petabytes of information.  So it's

 3    expensive to store a lot of information, and if you can get by

 4    with less storage and less processing, then you can make

 5    economies of scale that are good for your business.  And if you

 6    get the same results, then why bother doing all that extra?

 7    Q.  Have you done any recent work with information retrieval

 8    systems that have addressed this concept of scaleability or

 9    data reduction?

10    A.  We do the scaleability studies all the time.  In the last

11    month, I've had a couple papers published.  One of the students

12    is working on a National Institutes of Health-funded study

13    about obesity and diabetes, and we've gotten about 3,000

14    assessments of quality of text that have to do with inspiring

15    people to change their behavior to reduce obesity and diabetes

16    issues.  And then she tried with some of the newer language

17    models and managed to get about the same results with 30

18    examples rather than 3,000.  So, that was quite impressive.

19    Q.  Turning to the experiment you did in this case --

20            THE COURT:  Let me interrupt you again.  Since we're

21    turning to the main topic at hand and it's a little before 3,

22    so let's take our afternoon break.  We'll resume at 3:15.

23            Dr. Fox, I'll ask you please not to discuss your

24    testimony during the break.  Thank you, sir.

25            (Recess from 2:59 p.m. to 3:16 p.m.)

```
 1              THE COURTROOM DEPUTY:  Have a seat, Professor Fox.
 2   Thank you.
 3              THE WITNESS:  Thank you.
 4              THE COURT:  Counsel, whenever you're ready.
 5              MR. SMURZYNSKI:  Thank you, Your Honor.
 6   MR. SMURZYNSKI:
 7   Q.  Professor Fox, were you involved in designing the data
 8   reduction experiment at use here?
 9   A.  Yes.
10   Q.  And at a high level, could you trace the timeline of your
11   work in this case?
12   A.  So, I was asked to be involved in this matter in September
13   2021.  In some point in February 2022, the experiment was
14   allowed to proceed, and began and happened in March and April,
15   mostly.  Then, I continued to work on the report, which was due
16   June 3rd, 2022.  And then I continued to study and work towards
17   the deposition November 14 and 15, 2022.  That was sort of
18   the -- leading to the documents available so far.
19   Q.  Okay.  And how much time did you spend on the design of the
20   experiment?
21   A.  So, up through the beginning part of April, I spent over
22   200 hours, and probably 600 hours through November on the
23   reporting and the deposition and all that stuff.
24   Q.  Okay.  And what kind of decisions or choices go into
25   putting together an experiment like the one you did here?
```

1    A.  So, this experiment is of a family that has been well

2    understood since the 1960s.  That's the Cranfield experiments,

3    was the SIGIR, the Salton Award given for introducing, in the

4    '60s, in the U.K., the process we've been using ever since to

5    do these kind of experiments, whereby you take a collection of

6    documents and you take a collection of queries and you get

7    people to judge which of the documents fit with the queries, or

8    relevant to the queries, and then you compute some kind of

9    measure and you do averaging and then you say, well, we did

10   that with this system and we did this other thing with this

11   other system and this one did better, so it's a better system.

12   Q.  And with respect to the experiment you did here,

13   mechanically -- mechanically, how did you go about the

14   experiment?

15   A.  So, those are the pieces of the puzzle.  We have to have a

16   system, and controlled experiments typically have a baseline,

17   something that you're going to compare against.  This one had a

18   baseline, had two other versions that we were going to compare

19   against baseline.  Later, I'm sure we'll talk about the low

20   mobile and the high mobile were the two ones.  The baseline we

21   called 100 percent because that was sort of everything.

22           So, these are the three different versions of the

23   system.  You freeze the system, and then you sort of tweak it

24   for those different versions.  So, that's one piece of the

25   puzzle.

1    And then you get multiple sets of queries so that you
2    have a robust study.  You don't want to use just one set.
3    Although that's enough, it's good to use a few different sets.
4    And then you take those query sets and you have the system in
5    each of those three settings, in this case, be processing those
6    to see what results you get.  And you get human experts, raters
7    make judgments on the results from each of those three
8    conditions that we're comparing, and then you use a variety of
9    different measures, or metrics, to determine the quality,
10   according to whatever you're considering.  And we used a number
11   of those different ones.
12   Q.  And in terms of physically touching the machines -- if one
13   physically touches machines anymore -- what was your role as
14   compared to the role of others in terms of implementing each of
15   the steps in the experiment?
16   A.  Well, just as I've done as a faculty member for 40 years,
17   running maybe 500 different studies, supervising student teams
18   or doctoral or master students, I find a good group who can do
19   the specific details and I supervise them and I help them with
20   the design and the plan and identify the research questions and
21   the hypotheses, how to measure things, all those things.
22         So, in this case, I did the same thing I've been
23   doing for many, many years with my own research and with many
24   others.  I had probably one of the best teams in the world to
25   work with, and, so, I supervised them and designed this

 1    experiment to test what I wanted to test.

 2    Q.  All right.

 3         Andrew, if you could pull up slide 004.

 4         MR. SMURZYNSKI:  Your Honor, this is one of the very

 5    few ones we've redacted.  We've been quite careful about that.

 6    But, on this particular slide there is commercially sensitive

 7    information about how Google's algorithms work and, so, we've

 8    redacted this one.

 9         THE COURT:  Okay.

10    BY MR. SMURZYASKI:

11    Q.  Professor Fox, without talking about the details that are

12    redacted here in public, can you explain what this is and how

13    it fits into the experiment?

14    A.  Right.  So Google is a very large system with lots and lots

15    of components.  Some of the components have some of their

16    behavior affected by what we refer to as user interaction data.

17    Most of the components are not affected, and these ones are

18    affected to some small extent in some cases, some bigger extent

19    in some other cases.  So, these are the main components that

20    would be influenced by the volume of user interaction data,

21    which is the thing I was trying to measure, what's the effect

22    of different amount of user interaction data?

23         So, I picked the most important ones, the biggest

24    ones, and this is the list of those different components that

25    relate to this study.

1    Q.  We'll get to, in a moment, to exactly what training was

2    done of those different components.  But, we go ahead -- let me

3    pause before I show the next slide.

4        The six components that are listed on slide 004, what

5    are they used for?

6    A.  They're used for different things.  The first one is to

7    take a query that someone issues to see if there's another

8    query that's very much like it, and then to see what was done

9    with regard to that one or more other queries very much like it

10   in terms of people's interactions.  Sort of a big table lookup

11   that predicts a probability.  When we do retrieval, we try to

12   figure out probabilities.  What's the probability that it

13   should be good?  Basically, given this query and given this

14   document, is this document good?  So, it -- particularly, it's

15   multiplying several probabilities to come up with things, and

16   it pulls those probabilities out of values and tables to give

17   some answers.

18        The second-from-the-last one sort of goes back to the

19   early days of information retrieval in its base form.  This is

20   the stuff I did in my dissertation.  So when you have a query

21   and a document, and there are words in common between those,

22   some of the words are not going to be very important, if you --

23   if they both have the word "the," that's not going to help you

24   a whole lot.  But, if they both have "engagement" -- I guess we

25   heard that earlier today -- then, that's probably an important

 1    word.  It's not as common as the word "the."  So we assign

 2    weights to those terms.

 3           And there's a long history of using many different

 4    formulas and techniques, some of which I came up with, and then

 5    we tweak those with other kinds of information.  So, that's

 6    sort of a traditional thing, but it's been improved with some

 7    of the other data that we work with.

 8           The QBST also is one that's been around kind of for a

 9    long time, but, again, improved.  When you have a question in a

10    document, they may not have exactly the same words, but they

11    may have similar words that are related to each other.

12    Sometimes they're called salient terms or synonyms;

13    linguistics.  So, we come up with a bunch of other words to add

14    to the document that explain it in other terms in the exact

15    words in the document.  And the same thing for queries.  So

16    this is sometimes called query expansion.  We're trying to

17    expand the query to be better understood, depending on its

18    context.

19           The other ones that are listed here are primarily

20    what are called deep learning methods, neuro network-based

21    methods.  So they're newer kinds of techniques.  And they use a

22    lot less data.  So as we get smarter and understand language

23    more and understand the documents more and spend more time

24    processing the documents to understand them more, we can use

25    these more sophisticated techniques to determine whether

1    something is going to be a match.

2            The last one, the rank embedded BERT uses -- I

3    think we heard testimony about BERT, one of the newer

4    inventions from Google.  It looks at texts in both directions

5    and tries to figure out sort of the base for a lot of the

6    current language models.  So, this is taking the documents

7    themselves and trying to represent it in a space that the neuro

8    network can understand, called vector space and embedding

9    space.  We do the same thing with the document.  And, so,

10   finding things from this big collection based on these AI kind

11   of matches.

12   Q.  And I see the header for the -- this collection of slides

13   from your appendix from your report refers to ranking

14   components.  Are those components exclusively for ranking or do

15   they involve something in addition to ranking?

16   A.  So, as in many fields, we use different words in the same

17   sense for different sentences.  I'm using, in this case,

18   ranking as the whole process of taking the trillion documents

19   in the index that Google has and figuring out which ones are

20   the ones that should be retrieved.  And, then, from that,

21   culling it down to the smaller ones.  So the ranking includes

22   sort of the first level of if there's no word in common and

23   there's no concepts in common, then you don't even have to

24   consider it.

25           It's like in the old days, if it didn't match your

1    query at all, then you don't have to look at it.  So, these are

2    all zero where they're all tied for the 10,000th position, you

3    know, the trillion that -- the ones that are left after this

4    kind of process, then you want to rank those, but you're

5    actually ranking the whole set.

6    Q.  And are the terms "retrieval" and "ranking" sometimes just

7    simply combined in IR and referred to as ranking?

8    A.  Yes.  I like to use the word information retrieval because

9    it covers the whole broad process, but, here we're focused on,

10   typically, the top part of the list.  So ranking is probably

11   the one most people are thinking about.

12   Q.  Okay.  And if I use the term ranking today alone, will you

13   understand I mean ranking plus retrieval?

14   A.  Yes.

15   Q.  Okay.  And we'll get to the training in a moment, but these

16   are the components.

17        And if we could advance the slide.

18        What are these signals that are presented on the next

19   slide, 005?

20   A.  So, those components are big systems, and inside those

21   systems there's lots of different probabilities that are being

22   estimated, lots of models or pieces of models -- you can think

23   of it as big models, small models, combinations of models --

24   lots of different models to help us understand what's going on.

25   So, a signal, you can think of it as an algorithm or a routine

1    that gives you some number.  So, it looks at some information

2    and it gives you some number.

3          And to do the ranking, Google uses a very simple

4    method of a combination of evidence or a combination of experts

5    or information fusion.  They are all similar terms.  It just

6    takes each of these things, gets a number added, multiplies all

7    the numbers together.  And, so, the bigger number you get, the

8    better off you are.  So, they're called signals.  We also get

9    this from electrical engineering and signal processing and so

10   forth.  So we're combining signals to get some overall effect.

11   Q.  Professor Fox, there's a color scheme on this slide.  What

12   does the color scheme represent?

13   A.  So, the white represents all of the methods that have

14   nothing to do with user interaction data.  The field has been

15   around for a long time.  We didn't have user interaction data

16   at all, or in very small amounts, at the very beginning, so we

17   used lots of other things to determine what's going on.  So

18   that's the white stuff.

19         The blue stuff are the things that were changed in

20   each of the three settings of my experiment, the 100 percent,

21   the low mobile, and high mobile.  So, we rebuilt them, we redid

22   them with the data that we had for those particular cases and

23   we produced results from that.  So, those signals are the ones

24   that are sort of changed because of this kind of experiment

25   conditions.

```
1              The purple ones are the ones that we didn't change.
2    They could have some small affect coming out of the user
3    interaction data, but, for various reasons, like the second one
4    there, the second purple one, the way we built the experiment,
5    it's unlikely that would make any difference because that one
6    is affected by a timing kind of thing, and our experiment had
7    different timing than what you see normally.  So, the purple
8    ones are the ones that there could be some small affect from
9    the amount of user interaction data, and they were not changed.
10   Q.  And when you say that any of these signals that are blue or
11   purple use user interaction data, does that mean that user
12   interaction data is the only thing they use, or something else?
13   A.  No.  Most of them use at least one or two other things,
14   sometimes even more.  Some of them only have a small affect
15   from the amount of user interaction data.  When people do
16   clicks on web pages, various things like that, there's a lot of
17   noise.  You get a clickbait, you get all kinds of other things,
18   SPAMing and situations.  And people go off and get coffee in
19   the middle of something, so we don't really have a lot of
20   reliability with regard to that.  So, it's noisy -- that user
21   interaction data is rather noisy.
22   Q.  Without identifying the name of the signal, could you give
23   us an example on this chart within the blue ones of this
24   phenomenon you're talking about with the signal using some user
25   interaction data and using other things as well?
```

1    A.   Do you want the blue ones or the purple ones?

2    Q.   I want to do the blue first, then we'll do the purple one.

3    A.   So, if we look at the third one, this is involved in the

4    first step of taking the big corpus of stuff in the index and

5    kind of whittling it down, so it's kind a prescreening of that

6    information and it's looking to see if the topic of the query

7    and the topic of the document are kind of the same.  And,

8    again, we have a lot of other influences on that, as I

9    mentioned before, that come from words being similar and so on.

10   So, that stuff has been around for a while.

11          There's some affect, and they tweak it to get more

12   affect, the user interaction data, but it's not the only

13   situation.

14   Q.   How about the purple ones?

15   A.   So, the first of the purple ones has to do with when you

16   look at a web page, most web pages have what's called a

17   beginning part or prefix or domain.  So, you might have

18   cnn.com, for example, and then you have more stuff after that

19   that gives you about a particular day and some particular event

20   and so forth.  So, the affect of that prefix, the first part of

21   the URL, the web address, determines a lot of what's going to

22   be the importance of stuff inside that website.  So if it's a

23   bad websites, it's not going to have a lot of good stuff,

24   typically, and vice versa.

25          So, that one is looking at this overall information

1    for the website.  And Google has a long history of using page

2    rank and other methods to look at the links into that website,

3    who's using that, who's referring to that and so on.  And, so,

4    that one is looking at this combination, and it's only partly

5    affected by user interaction data.

6    Q.  On this chart, on 005, there is a reference to impact and a

7    percentage.  How was that impact percentage determined?

8    A.  So, the analogy that I use in the 34-page appendix to my

9    first report, which gives 23 tables of results, a lot of

10   details, has a several-page description of how this is done.

11   The simple version is that this is like if you're going to an

12   orchestra, there's some instruments that can play very, very

13   softly and very, very loudly, so there's a big dynamic range

14   for that instrument, and, so, those kinds of things get counted

15   more, basically.

16          If there's not a whole lot of variation in the amount

17   of volume, then it's not going to have as much affect as the

18   others, since you're multiplying this stuff together.  So, that

19   computation is sort of the basic principle to come up with

20   these numbers.

21   Q.  When you say a "computation," right -- and I'm not going to

22   ask you to recite the formula because neither the Judge nor I

23   will follow it -- but what was the -- sort of the general

24   nature of the computation that's being done?

25   A.  Okay.  So, we took 15,000 queries -- which is a big

 1    number -- and we ran those against the collection and looked at

 2    the top ten results for those 15,000 and then we had that

 3    scored.  And then we tried to see the range for those and then

 4    average across those, basically.

 5            THE COURT:  You said "range for those."

 6            THE WITNESS:  So, the range of the scores for the top

 7    ten.  And, so, if the -- it's a big range, then it's a bigger

 8    number, and we averaged across the 15,000 by ten, right?

 9            THE COURT:  Let me just -- sorry.  But just maybe,

10    perhaps, in overly simplistic terms.  The impact column orders

11    these signals in order of importance to the ultimate search

12    result?

13            THE WITNESS:  Right.  The impact on the search -- on

14    the ranking, yes.

15            THE COURT:  On the ranking.  All right.  Okay.

16            THE WITNESS:  And it's in descending order.  And as

17    you can see, when you get down to the very bottom, we're at

18    .01 percent of the overall --

19            THE COURT:  So that's the least significant signal in

20    terms of influencing the ranking.  Conversely, if you're at the

21    top, those are more significant?

22            THE WITNESS:  Right.  So, for example, some of the

23    ones towards the bottom occur only in very rare situations, so,

24    hopefully, like, if someone is in a life or death situation,

25    then you want to know that, but that doesn't happen very often,

 1   fortunately.

 2            And the set here is 59.  There's certainly more than

 3   100 all together, but they're really small numbers after this.

 4            MR. SMURZYNSKI:  If we could advance the slide,

 5   Andrew.

 6   MR. SMURZYNSKI:

 7   Q.  And what does this slide show, Professor Fox?

 8   A.  So, the other slide is kind of big and complicated and

 9   busy, and this kind of give you the aggregations across these.

10   So, remember, we had the white, so, 28, essentially, percent of

11   the overall impact on ranking comes from things with nothing to

12   do with user interaction data.  So, that's the first

13   category -- well, the middle category.

14            The top one is the blue, which we talked about.

15   Those are the ones that were affected by my experiment.  So, I

16   looked at different amounts of user interaction data and redid

17   these things so that they would be recomputed according to

18   those three different conditions, so that accounts for 54.31

19   percent.  If you add those two together, you get 82 something.

20   So, this accounts for at least 82 percent of the overall affect

21   on ranking that would be considered.

22            The last one, the ones that we didn't consider,

23   they're not affected by -- they were not retrained based on our

24   different situations, but only a part of what they are used or

25   how they're computed has to do with user interaction data

1    anyway.  So, it's actually a smaller number that would be

2    there, if we were just controlling that number.

3            But, there's no easy way to determine how much of

4    what in this particular signal comes from this, except we can

5    look at the techniques and technologies and kind of come up

6    with a sense of -- it's certainly less than 15 percent.  So at

7    least 82 percent of the ranking process was determined by our

8    experiment or not related to it.

9    Q.  We'll get to your results very soon.

10           But, do you have confidence in those results, even

11   though there's a portion here -- a purple portion that was not

12   retrained in the manner that you've described?

13   A.  Yes, very strong confidence.

14           THE COURT:  So, just, again -- I'm sorry -- the top

15   two rows here, blue -- excuse me -- the light blue and the

16   white, are they --

17           THE WITNESS:  They match the table before.

18           THE COURT:  Right.  It's essentially a rolling up of

19   the individual impact numbers that correspond to the different

20   color coding?

21           THE WITNESS:  Correct, correct.

22           THE COURT:  Okay.

23           THE WITNESS:  Yes.

24           MR. SMURZYNSKI:  Andrew, if you could advance the

25   slide to 07.

1    MR. SMURZYNSKI:

2    Q.  What do we see on slide 07, Professor Fox?

3    A.  So, I'm doing a controlled experiment.  We have three

4    conditions that we're considering.  The baseline condition is

5    all of the traffic that Google has.  Okay?  And then we have

6    two other settings.  We're going to see how much -- what the

7    effect is on ranking in two other scenarios or settings.  So

8    the Google system -- think of it as three different versions of

9    the Google system; the sort of regular version, and then the

10   one with a low mobile amount of data, and then another version

11   with a high mobile amount of data.  So, three different kinds

12   of things we're looking at.

13          These different samples, these percentages that we

14   see here were given to me by Professor Kevin Murphy, who, I

15   guess, will appear later in the trial.

16   Q.  What do you understand the low mobile percentages to equate

17   to?

18   A.  I was made to understand that sample 1, the low mobile,

19   represents roughly the amount of traffic that Bing now sees,

20   being that it's syndicated partners.

21          High mobile is the same, except the amount of mobile

22   data is doubled.  So, that's the -- that's why it's called high

23   mobile.

24   Q.  Okay.  And then with these three different samples -- we

25   talked about training before, but what did you do with those

1    samples?

2    A.  So, machine learning works in a number of different ways.

3    One of the ways is to give the machine examples to train it,

4    right?  So, we took this amount of data and fed it into the

5    Google system to train it as if it was behaving like Bing in

6    terms of the amount of traffic it had, or with twice as much

7    mobile, and compared that with the system with all of Google's

8    amount of traffic, right?

9         So, essentially, you know, you have these models.

10   They're sort of empty to start with.  Just like a young child,

11   doesn't know anything, and then you start training it and

12   teaching it different things over time, and that's what the

13   machine learning things do.  And here's the set of data to

14   teach it, so we teach it.

15        THE COURT:  Sorry.  These datasets that were involved

16   in low mobile and high mobile, are they a combination of

17   desktop data, mobile data, or -- let me just ask:  What do they

18   consist of as it relates to desktop and mobile?

19        THE WITNESS:  So, low mobile is to represent Bing's

20   and syndicated partners' total mix of traffic of all kinds.

21   So, the first two columns is mobile and desktop in the U.S.

22        THE COURT:  I see.

23        THE WITNESS:  The second set of columns are English

24   outside of the U.S., mobile and desktop.

25        The third set are from the rest of the world, mobile

1    and desktop.

2         So, Kevin Murphy gave me this to represent what

3    universe he understood was Bing's amount of traffic load

4    relative to Google's.

5    MR. SMURZYNSKI:

6    Q.  When you did the comparison, did you do the comparison to

7    the live Google system or something else?

8    A.  So, when you run experiments, you want to control

9    everything you can, so that was very careful.  I didn't want to

10   test anything else.  I didn't want any other confounding

11   variables.  I just wanted to have the amount of web traffic as

12   the variable that I was considering to see what the effects

13   would be.

14        So, we took the Google system, and then they set it

15   aside, they froze it, and they created a separate system that

16   wouldn't change during the course of our experiment.  Because

17   we had to do these retrainings, and they take a while to do,

18   and you don't want to keep changing the code and changing the

19   data and so forth.  So, it's like they took Google's current

20   system and stuck it off in a corner, ran their production

21   things separately from this so we could just do this

22   experiment.

23   Q.  Now, Professor Ord, who is an expert who was hired by the

24   Department of Justice after you filed your report, had a

25   criticism that suggested you couldn't really train a model

1    because the model, or the component, remembered information

2    from before.  What do you make of that criticism?

3    A.  So, there are different kinds of models.  If you're

4    training a young child, you can't kind of untrain them, erase

5    their whole memory from the first years and then teach them

6    something again to start with.  They still know some of that.

7         That's not the case with the machine learning models.

8    These things are often initialized with zeroes or random values

9    or whatever, and then you start to feed it the new data that

10   you're going to teach it.  So, all of the models that we're

11   considering were retrained from scratch, or trained anew, if

12   you want, starting from zero, a blank thing.

13        There's one exception in the case of one of the

14   models called RankBrain, where they have some particular

15   techniques to save space and make it faster and so forth.  It's

16   called a distillation process, which I can explain, if you want

17   me to.  But, they might have had some small influence on that

18   with prior versions of the model, but there was -- there were

19   several other studies to show if you don't do the distillation

20   or you do do the distillation, it wouldn't make any difference.

21   So, that one is a correlation study I did later, made it clear

22   to me that that didn't make any difference.

23   Q.  All right.  Andrew, if you could advance the slide deck,

24   please, one.

25        THE COURT:  I'm sorry.  Could you go back one?  I

 1    just want to make sure I understand what these percentages are

 2    across the screen.  So, they don't add up to 100 as you go left

 3    to right.  So explain this, what these percentages represent

 4    within the sample.

 5            THE WITNESS:  Okay.  So, we start off with all of

 6    Google's traffic.

 7            THE COURT:  Right.

 8            THE WITNESS:  Okay.  And then we slice it into

 9    different -- these six different categories.

10            THE COURT:  Okay.

11            THE WITNESS:  Okay.  And then in each of those

12    categories we take a percentage of that category and we put

13    that into the new thing that we're looking at.

14            THE COURT:  I see.  Okay.

15            THE WITNESS:  So, if you look at the overall numbers

16    for the first row, if you took Google's total traffic, the

17    ultimate effect is we're getter 4.86 percent of Google's total

18    traffic in this sample.  In the second one, we're getting 6.43

19    percent of Google's total traffic in this sample.

20            THE COURT:  I understand.  So, in other words, the --

21    what goes into the sample is 5 percent of all of Google's U.S.

22    mobile traffic and then 25 percent of its desktop traffic and

23    so on and so forth?

24            THE WITNESS:  Yes, yes.  So, I was trying to get

25    something as close as I could to what Bing's traffic would be.

 1          THE COURT:  All right.  Okay.  So, as you go across,

 2     these aren't, sort of, constituent parts.  These percentages

 3     represent a percentage of the overall Google traffic from which

 4     you are deriving the sample.

 5          THE WITNESS:  So, the first entry, the 5 percent is

 6     5 percent of the U.S. mobile traffic that Google sees.

 7          THE COURT:  Okay.

 8          THE WITNESS:  And, so, I put that as part of my

 9     sample.  And then I take 25 percent of the total Google traffic

10     desktop and so on.  So, I build it up, you know, so it gets to

11     4.86 percent, and I'm comparing it against 100 percent.

12          THE COURT:  Got you.  All right.  Thank you.

13     Appreciate that.

14     MR. SMURZYNSKI:

15     Q.  So, Professor Fox, if we were to put the 100 percent sample

16     on this, there would be a bottom row and it would read 100

17     percent, 100 percent, 100 percent, 100 percent, 100 percent,

18     and combine 100 percent; is that right?

19     A.  Yes.  I guess I should have done that.  I'm sorry for being

20     confusing.

21     Q.  You mentioned, in describing your assignment and opinions,

22     that you looked at -- or, you're trying to answer the question

23     to understand the effect of that various traffic on the

24     measured quality of the Bing and Google Search engines.  What

25     is slide 008?

1  A.  So, Google, on a weekly basis, tries to estimate its

2  quality and, also, the quality of Bing.  This comes from, I

3  believe, March 11th.  There's a score, or metric, that's shown

4  on the left side, IS4@5.  That's the particular metric that

5  Google uses for its highest importance score, single value

6  score that it does to make its assessments.  And the numbers

7  come from scraping queries run with a special set-aside query

8  collection called the covert set, which we'll hear about in

9  more detail later.  That's one that Google engineers don't see,

10 so it's something that they can't tune to or, you know, fit to

11 and so forth.

12        So that's the one that's used for this particular

13 purpose.  And they've been doing this for years, and this is --

14 point that shows what it is as of March 11th, 2022.  It's been

15 very consistent about this amount of difference for a long

16 time.

17        THE COURT:  And that delta between the 58.109 and

18 62.114 --

19        THE WITNESS:  Roughly four points.

20        THE COURT:  Right.  That's a significant delta in

21 terms of quality.

22        THE WITNESS:  Yes.

23 MR. SMURZYNSKI:

24 Q.  If you could advance the slide one, Andrew.

25        Here, we have the math.  And this 3.924, plus or minus

1    delta, in your experience in computer science and information

2    retrieval, how significant is that?

3    A.  It's very significant.

4    Q.  Okay.  So that's the difference between Google and Bing.

5         What's shown on the right of this slide?

6    A.  There's a big, black line because I wanted to separate

7    because we're talking about something else on the right side.

8    When I ran the experiment using this covert dataset, which is

9    the best one --

10         THE COURT:  What's it called again?

11         THE WITNESS:  Covert, C-O-V-E-R-T.  It's in the top

12    right-hand corner of the slide.

13         THE COURT:  Got you.  Okay.

14    A.  5,000 queries, a big, big set.  And I ran the experiment

15    with the low mobile situation and tried to see what was the

16    decrease in quality, because you would expect, when you have

17    less data, you might get a decrease.

18         So, if you look at the first -- the middle column,

19    when we went down to the low mobile sample, the decrease we saw

20    with the covert set was, as you can see, .113, plus or minus

21    .117.  Statistically significant.  Looking at 95 percent, you

22    can't tell it's not zero.  So, it could be no affect, right?

23         And then the high mobile is .203, plus or minus .115.

24    So, it's a little bit beyond zero, but .203 is the point

25    estimate, if we were going to do comparison.  So if we're doing

7848

1    point estimates, we're comparing .113 versus 3.1, 3.94, or .203

2    versus 3.924.  The experiment actually showed that when we

3    compared the low mobile and the high mobile for these two

4    things, there's no difference.  So these are really small

5    amounts of decrease, and compared to that big gap that we saw,

6    which came from the prior slide, they're just tiny.

7            THE COURT:  This delta, .113 and the .203, that is a

8    reduction from the 3.924?

9            THE WITNESS:  When you go from the 100 percent score

10   to the score that you get for the low mobile case, for IS4,

11   that's how much decrease you get.  So, it doesn't go down much,

12   basically.

13           MR. SMURZYNSKI:  Your Honor, we have another slide

14   that I think might do a better job of communicating that.

15           Andrew, if you could advance to the next slide.

16   MR. SMURZYNSKI:

17   Q.  What does this show, Professor Fox?

18   A.  So, if we take the point estimates from the prior slide and

19   we just do a ratio -- and we're doing, in this case, the low

20   mobile case, and we're trying to figure out how does that

21   change, that we get from going to low mobile from 100 percent,

22   how does that compare to the overall gap?  Then this tells us

23   that 2.9 percent of that overall gap is explained by going from

24   the 100 percent to the low mobile sample.

25   Q.  And the low mobile sample on slide .010 is based on what

1    you understand to be the volume of Bing and its syndication

2    partners; is that correct?

3    A.  Yes, that's correct.

4    Q.  On a Google system.

5    A.  Right.  So we're doing this all on a Google system.  That's

6    what I had to work with.  And the situation that I'm trying to

7    explain is that if you have a company that's as efficient as

8    Google and has good technology, this is what happens.

9    Q.  When you say "this is what happens," this is what happens

10   if it has Bing's amount of data?

11   A.  Right.  So if we --

12             MR. DINTZER:  Objection, Your Honor.  Leading.

13             THE COURT:  Go ahead.  You can answer.

14             THE WITNESS:  So, if you -- if you take Google's

15   system and you shrink the amount of data it has -- user

16   interaction data down to the level that Bing has, then you

17   get -- 2.9 percent of the gap between the two is explained by

18   that change, that amount of user interaction data.

19             THE COURT:  I'm sorry.  The 2.9 percent, in your

20   view, is -- it's -- that 3 percent is what explains the overall

21   quality gap.  In your view, there's 97 percent of some other

22   variables that explain the rest of the quality?

23             THE WITNESS:  Right.  So, we're controlling the

24   experiment.  I want to see what's the effect of user direction

25   data, and this says 3 percent is affected by user interaction

1    data.  The rest must be by something else.

2    BY MR. SMURZYASKI:

3    Q.  Whether it's innovation, better algorithms or the like you

4    didn't study, but that's what accounts for the other 97

5    percent, in your view?

6    A.  So, I don't know what the other parts are.  I have guesses

7    because I've worked in the field for a long time, but it's not

8    from user interaction data.  That's what I can tell.

9    Q.  Okay.  Thank you.

10           All right.  Let's return just for a moment to the

11   methodology.

12           And, Andrew, if you could advance the slide.  This is

13   slide 11.

14           What's going on here, Dr. Fox?

15   A.  So, I mentioned before the Cranfield experiments.  This, as

16   I mentioned, is a technique that comes from the 1960s that I've

17   been using for 45 years or more.  You take queries, you run

18   them in a system against a set of documents, you get a bunch of

19   results, which is what's shown in the second column.  You have

20   experts, raters that judge those to see how good they are, so

21   you get the ratings.  And then you go through some calculations

22   to come up with an aggregate score.  So, there's more than 20

23   different settings that were represented by this scenario for

24   all the different conditions that I was looking at to try to be

25   very comprehensive.

1    Q.  All right.  And you mentioned queries.

2        Let's advance to the next slide.

3        Where did you get the queries from, Dr. Fox?

4    A.  So, Google has three kinds of query sets that it uses for

5    it's normal business practices.  I mentioned already the first

6    one, the covert set.  This is the one that it uses for

7    comparing its behavior with Bing and potentially others.  It's

8    a 5,000 query set.  It's randomly sampled from the total

9    traffic that Google sees in terms of queries.  So, all the

10   queries that Google gets, it's a random sample of size 5,000.

11       It's not something that's available to the engineers,

12   generally.  However, I said I want to use this for my

13   comparison because I want to have a gap that I can consider.

14   So, I said, you got to use this.  So, they changed their

15   procedures to run the experiment with the covert set.

16       The other two sets are other sets that are used for

17   looking and running experiments inside of Google.  They run a

18   lot of experiments.  The launch one is used when they're

19   thinking about making a launch of some change to their system.

20   So, that's, again, 5,000.  And, again, that's a random sample

21   from the overall traffic.

22       The terminology that we've sometimes heard of what's

23   called the long tail, if you look at the queries and see what

24   queries are popular, really popular and not very popular, and

25   you cut it, and we look at the ones that are least frequent.

1    That's called the long tail in a lot of different disciplines.

2    So, in the overall traffic, 25 percent is long tail, and, so,

3    that was part of what happened in these two slices.

4         The last one is a separate set that's bigger, and it

5    has more of the long tail represented, so they oversample from

6    the long tail.  And this makes it more challenging for the

7    system, so they use this for training purposes in trying new

8    features to see if it will do well with the long tail, since

9    they're giving it more weight.  But, that's not representative

10   of the overall traffic.  It's a special set that they use for

11   their research purposes.

12        THE COURT:  So, I'm sorry to keep interrupting.  But,

13   the signals -- going back to them, the signals that were used

14   in this experiment are the signals as they exist today,

15   correct -- or at the time you ran the experiment?

16        THE WITNESS:  Correct, correct.

17        THE COURT:  And, so, the signals -- correct me if I'm

18   wrong -- they are the signals that have developed as of the

19   date of the experiment through whatever inputs that Google has

20   used to develop those signals?

21        THE WITNESS:  So, the 8,000 engineers who were

22   involved in this kind of stuff are constantly tweaking those

23   components and tweaking the signals and trying to get them

24   better and better.  That's part of their innovation process.

25        THE COURT:  So, take navboost, for example, has been

1   trained -- or, developed over the years -- maybe that's a

2   better term -- at least in part on user data.  The navboost

3   signals that you used, when you used it, is the product of

4   those years of development, correct?

5          THE WITNESS:  So, the -- when you develop code, you

6   keep developing it and tweaking it and running experiments and

7   so forth, so whatever you have at a certain point is what

8   happened before.  The data that goes into it, if we go back to

9   that chart, it's only trained on 13 months of data, so they

10  drop everything before the 13 months of data.  And they train

11  it with that data, so it doesn't know anything about what

12  happened before.

13         So, as far as the data is concerned and as far as my

14  retraining of these different models is concerned, it doesn't

15  know stuff from prior amounts of data.

16         THE COURT:  Okay.  I understand.

17  MR. SMURZYNSKI:

18  Q.  Professor Fox, you mentioned these three query sets.  Why

19  did you use three different query sets in your experiment?

20  A.  I wanted to use the covert because that way I could be

21  making comparisons with the Google-Bing difference.  So that

22  was important.  And, so, I carried that throughout the whole

23  set.  And as it says here, it's the safest reset because it's

24  kind of blind to everybody, so there's no tweaking and so forth

25  that we can account for.

1    It's nice to have different sets so you can get some

2    repetition, right, when you're doing studies.  So, when I do

3    experiments and I make my students do stuff, I make them do at

4    least three things, right, because I don't want them to turn in

5    a result that says, well, it worked for this, but who knows if

6    it works for anything else?

7    So if you can get it to work for three things, then

8    you can generalize and have more confidence of the robustness

9    of your study.

10   Q.  I think you mentioned, when we were looking at the earlier

11   slides, that the results you put on those slides were for the

12   covert set.  Why did you use the covert set there to present

13   for those particular results?

14   A.  So, the values that I showed, the difference between Google

15   and Bing, whenever they do the weekly assessment to compare

16   those two things, and it's been consistent recently, 3.9 is the

17   gap.  They do that using the covert set.  So, if I'm going to

18   make comparability, I want to compare it to something that I

19   can look at the gap and see, what's the decrease I see here and

20   how does that compare to that gap?  So that was really

21   important.

22   Q.  I think you've mentioned already that you used human raters

23   to score the differences between the resulting pages that came

24   from these different samples; is that right?

25   A.  That's right.

1    Q.  And why did you use human raters as opposed to, say, live

2    traffic for that?

3    A.  So, this is the same procedure we do in much of science.

4    We get judges, multiple people to make an assessment.  And then

5    just like in sports or other things, you want to get multiple

6    judges to score something for the Olympics or some other

7    things.  You would be more confident that it's not one person

8    who has some sort of bias or some other things going on.

9          The fact that I used raters as opposed to the

10    particular person who issued the query is actually really

11    important, because there's more confidence that that's actually

12    the right value to use.

13          When Google is trying to return a page to someone,

14    they're not just wanting to give what somebody might want.

15    They want to give them something good that they should see,

16    right?  So part of what goes on with this IS4@5 score is the

17    judges say:  How high is the quality of this?  So, they look at

18    two things:  Does it meet the needs of the question, does it

19    answer the question, and is it of high quality?  So, they

20    combine those two things.

21          You wouldn't get a high-quality rating if you had

22    just a user giving you values.  So I like this kind of study

23    better, and it makes it much easier to do comparisons.

24    Q.  And on the slides we saw, we saw IS4@5 is the quality

25    metric.  Did you look at other quality metrics and other ways

1    to aggregate quality scores as well?

2    A.   Yes.  So, Google has been evolving its measures for many

3    years.  IS4 just means the fourth version of the IS score, and

4    they had other kinds of scores before that.  I had Google do

5    IS1, which is an earlier version that doesn't use this quality

6    assessment.  So that was another way to do this.

7         And then I had -- if you recall the second slide, we

8    had NDCG.  So I wanted something that Microsoft has used for a

9    while.  Microsoft still uses a variant of NDCG for its scoring

10   and NDCG is published, and it's in published studies and so

11   forth.  So, Google doesn't usually assess things with that, but

12   I made the engineers do the computations for NDCG.  And then

13   it's actually based on a smaller thing called DCG.  So, NDCG is

14   normalized and DCG is without the normalizing.

15   Q.   And when you chose different methods to aggregate the

16   quality scores, did you see any significant difference between

17   the amount of the difference caused by the different data sizes

18   as compared to the Google versus Bing difference?

19   A.   So, Appendix A of my report, which is 34 pages and 24

20   tables, has all kinds of details and examples and I had all

21   these different numbers and I looked at them and they were,

22   essentially, all consistent.

23   Q.   But briefly, Professor Fox, there's been some questions --

24            MR. SMURZYNSKI:  I'm sorry.  Did you have a question?

25            THE COURT:  (Shakes head.)

1    MR. SMURZYNSKI:

2    Q.  Briefly, Professor Fox, there's been some questions about

3    long tail queries, in particular, in this case.  Did you do any

4    work that was focused specifically on long tail queries?

5    A.  Yes.  And if we look at the last of the three sets, that

6    one is oversampled, so we're using more of the long tail than

7    you would normally see in regular traffic.  All of these

8    different query sets can be sliced and diced in different ways.

9    How many are desktop?  How many are mobile?  How many are long

10   tail?  How many are popular?  So, the tables in this appendix

11   give all these different things looked at from many different

12   perspectives.

13   Q.  All right.

14        Andrew, if you could advance the slides to slide 13.

15        Professor Fox, what is shown on slide 13?

16   A.  So, if we just look at the long tail queries and we

17   consider the covert set and we compute the score for Google and

18   the score for Bing, we get the numbers that are shown up here.

19   These numbers are smaller than the numbers we saw before

20   because long tail queries are harder to give good answers to.

21   Some of them are very long.  Some of them have misspellings.

22   There are all kinds of problems with the long tail, so you

23   would expect the scores to be different.

24        If you look at the difference, the gap, between Bing

25   and Google, it's actually more than the 3.9 we saw before.

1    It's more like 4.5.

2    Q.  Andrew, if you advance the slides, I think we can see that

3    graphically.

4         And on the left there's that difference you were

5    describing.  And the slide on the right, what does this show?

6    A.  So, on the right-hand side, again, we have the decrease

7    that we get when we go from 100 percent down to low mobile --

8    that's the middle column -- and the decrease that we get in the

9    IS4@5 score when we go from 100 percent down to the high

10   mobile.  So, this is the -- if we went into these other

11   scenarios, we were acting as if -- Google's acting as if it had

12   Bing's amount of data.  That's the amount of decrease we see,

13   very small decrease.  And if you look at the actual numbers on

14   the low mobile sample, it's -- you can't tell it's different

15   from zero.  The one, similar.  You can't tell it's different

16   from zero.

17   Q.  If we use the point estimates --

18        Andrew, if you could advance the slide.

19        -- what do we see as the portion of the difference

20   that's attributable to the smaller use of data in your

21   experiment?

22   A.  So, all that we can say from the point estimates, when we

23   shrink from the amount of data that Google has to the amount

24   that we estimate that Bing would have, changing that amount of

25   data for feeding into our system only accounts for 3.4 percent

1    of the gap between Google and Bing.

2    Q.  Have you formed an opinion as to the extent to which

3    incremental additional user interaction data would improve an

4    equally efficient competitor to Google?

5    A.  Yes.

6    Q.  What is that?

7    A.  That we're at the point of what is called diminishing

8    returns.  That if we had Google's technology and the amount of

9    data that Bing has and it had more data, then it wouldn't make

10   much difference, if any.

11   Q.  Andrew, if you go -- advance the slide to 16.

12        Professor Fox, these are the six components that we saw

13   earlier, and then some results for those.  What is being shown

14   here?

15   A.  So, after you've done a big experiment, then you want to

16   try to tease out what's going on in more detail.  And, so, this

17   is slightly different terminology than the medical domain, but,

18   they're called ablation studies, kind of get rid of something

19   and find out what the effect might be.  So, this was the

20   reported result that comes from running an ablation study where

21   we see what's the affect of navboost or not, and then for each

22   of the others.

23        And then we see the only one where there was any

24   statistically significant difference was the first one,

25   navboost.  In this one, we're doing the low mobile situation,

1    so we really can't tell anything from a single component.  If

2    we got rid of navboost completely, then it would only be a very

3    small effect.  And the others, some of them have an improvement

4    by going with more data, although none of them are significant.

5    Q.  By saying "none of them are significant," you mean in a

6    statistical sense; is that right?

7    A.  That's right.  I'm using a 95 percent confidence interval.

8    Q.  What does it tell you, given the low points before the

9    statistical error bars, about what you would see by just

10   retraining any of these signal components?

11   A.  So, the point estimates are all very small numbers, and the

12   95 percent confidence interval says, with 95 percent

13   confidence, we can't tell that QBST is different from zero.  We

14   can't tell that term weighting is different than zero.

15   Q.  Did you look at this for the high mobile differences as

16   well?

17   A.  Yes.  That's shown on the next slide.

18   Q.  Okay.  Let's go to the next slide, Andrew.  Should be 18.

19        This was the chart we looked at before from the

20   Microsoft document, UPX892.  Professor Fox, did you attempt to

21   take this information that you did in your experiment and

22   relate it to this general concept of diminishing returns?

23   A.  Right.  Because we're not getting much difference, it was

24   clear to me that we're in a situation of diminishing returns,

25   and this is sort of a hypothetical, one way to look at that

1    kind of curve.

2    Q.  Did you plot the points from your experiment?

3    A.  I did.  And we can look at the next slide.

4    Q.  Andrew, if you could go to that.

5    A.  So, I really don't know what the left side of the curve is

6    because I don't know the whole history of Google, and, you

7    know, what would happen if I had, you know, ten clicks or a

8    million clicks.  Now, we're up in the level of a trillion

9    queries, and, so, these numbers are very, very big.

10        So, all I know is far out on the curve -- way out on

11   the curve there we have these three points, which are the ones

12   that I did in my experiment.  And clearly, from the stuff we

13   saw before, and if we kind of look at this, eyeballing, as

14   well, the low mobile, the high mobile, and the Google traffic

15   100 percent situation, there's really not much difference.

16        THE COURT:  They're all on the very flat part of the

17   curve?

18        THE WITNESS:  Right.  And to put this in perspective,

19   I mean, let's just kind of ballpark it.  If you have a trillion

20   queries, 4.86 is 48 billion, that's a lot of data, so going

21   from there on up doesn't make much difference.

22        MR. SMURZYNSKI:  All right.  Thank you, Professor

23   Fox.  I have no further questions.

24        Your Honor, we move the Demonstrative Exhibit DXD26

25   in the same manner that we did before.  It aids to the

1    witness's testimony.

2            THE COURT:  One other question, and you'll have an

3    opportunity to follow up.  Just ask, as a practical question,

4    and perhaps you have no opinion on this.

5            But if I understand the upshot of your study, one way

6    to think of it is that Google is saving far more data than it

7    needs to, and collecting far more data than it needs to.  If

8    that is a fair interpretation of your study, and if there is a

9    cost to maintaining as much data as it does, why, in your

10   estimation, does Google do it?

11           THE WITNESS:  I would actually put it even stronger,

12   because this study was done just with things as they are, and

13   if Google had that amount of data, it would do all kinds of

14   engineering to make it even better, right?  So this is kind of

15   a best case, worse case; I don't know which you want to call

16   it, right?  Maybe Google is going do that now.  I don't know.

17           They certainly have been shifting.  And we talked

18   about these machine learning, the neural network techniques.

19   They've been using those more and more over time.  They have

20   the other stuff running and it works well, so keep it going,

21   but they keep putting in new techniques, and these gradually

22   take over, over time.  So, do you junk it or do you just kind

23   of gradually move?  I don't know.  One could -- well, that's

24   enough.

25           THE COURT:  Thank you.

```
1              MR. SMURZYNSKI:  Just one follow-up question.
2    MR. SMURZYNSKI:
3    Q.  Professor Fox, did you review the testimony of Dr. Nayak in
4    this case?
5    A.  Yes.
6    Q.  What did Dr. Nayak say about the trend in terms of how much
7    data Google was using to train models as the models developed
8    in the modern deep-learning world?
9    A.  Right.  So, they're using less and less data.  So, for
10   example, the last of the --
11             MR. DINTZER:  Objection, Your Honor.  He keeps asking
12   the witness to repeat what the witness two witnesses ago said.
13   It doesn't seem to add to the record.
14             THE COURT:  We've had a lot of experts do that very
15   thing, so we'll --
16             THE WITNESS:  So I will give --
17   MR. SMURZYNSKI:
18   Q.  Professor Fox, I would just ask you not to state the exact
19   numbers, which were redacted, but if you could answer the
20   question.
21   A.  So, I will use the example of the last of the components in
22   the list, the rank embed BERT.  That one uses only 70 days of
23   data and then it takes a very small sample of that data and
24   that's all it needs.  So, we're getting to the situation we
25   don't need quite as much, and with the newer work with large
```

 1    language models, this is getting even more so.

 2              The fundamental question in retrieval is you have a

 3    question and you have documents.  They're both text, they're

 4    language.  If we understand the language better, then we're

 5    going to do a better job of figuring out which ones work.

 6              MR. SMURZYNSKI:  All right.  Thank you.

 7              MR. DINTZER:  If we could just have a minute.

 8              THE COURT:  Sure.

 9              (Pause.)

10                        CROSS-EXAMINATION

11    BY MR. DINTZER:

12    Q.  Good afternoon, Doctor.

13    A.  Good afternoon.

14    Q.  So, I think we're going to start where the Court ended and

15    ask -- I know you watched some of the testimony -- or, did you

16    watch Professor Nayak -- or, Dr. Nayak -- or did you read his

17    testimony?

18    A.  I was here all last week, but I wasn't here before last

19    week.

20    Q.  Do you remember Dr. Nayak?

21    A.  I went through his deposition and I went through his

22    testimony from the transcript.

23    Q.  And Google still uses the same amount of data to train the

24    system now that they did when you did the study?

25    A.  I have no idea.

1   Q.  Okay.  And if I -- well, okay.  That's fine.

2        If Google -- Google's engineers worked on the study; is

3   that right?

4   A.  I directed and ran the study and they implemented the

5   different problems, yes, and did the calculations for the

6   evaluations, yes.

7   Q.  Okay.  And...

8   A.  Just like happens with my graduate students.

9   Q.  I'm sorry?

10  A.  Just like happens with my graduate students.

11            MS. AGUILAR:  May we approach, Your Honor?

12            THE COURT:  You may.

13  BY MR. DINTZER:

14  Q.  Sir, I'm going to ask you to turn to UPXD020, and if I'm

15  lucky, you'll have that in front of you.  We've got it on the

16  screen for you, sir.  Let me know when you've got it.

17  A.  It is 020 --

18  Q.  UPXD020.  It's on the screen, sir.  I mean, you're

19  welcome --

20  A.  Yep.

21  Q.  You should recognize it.  This is from your report, right?

22  A.  Yes, yes.

23  Q.  And, so, you've talked about these things, but you haven't

24  actually used this chart, so I think this will be helpful.

25        You have the production versions of Google and Bing,

1    right?

2    A.  On the left side, in red, yes.

3    Q.  Those are the real ones.  We open up our system -- at least

4    back in 2022 -- and we run a search and that's what we get,

5    right?

6    A.  That's the running system, yes.

7    Q.  The 100 percent sample -- we're going to go through all of

8    these, but just briefly, the 100 percent sample is the frozen

9    sample, the one that Google froze for you so that you could use

10    it as a baseline?

11    A.  Well, they froze the system for me, and then this is the

12    amount of traffic that was totally available at -- the total

13    amount of traffic, that's it, yes.

14    Q.  Then we have the high mobile and the low mobile sets that

15    you derived from the query sets, right?

16    A.  Yes.

17    Q.  And basically, if you look at this, the difference between

18    the 100 percent sample and the high and low mobile, as the

19    Court has pointed out, is almost imperceptible; it's very

20    small, right?

21    A.  That's right.

22    Q.  So, you pitched out -- and tell me if I'm right -- 90

23    percent of the mobile data and 75 percent of the desktop data

24    to get to the high mobile; is that right?

25    A.  Um --

1  Q.  Feel free to look at your slide deck.

2  A.  So, what were the number again?  I'm sorry.

3  Q.  90 percent of the mobile and 75 percent of the desktop; is

4  that right, that's what you pitched out?

5  A.  So, the low mobile was 5 percent of the U.S. mobile

6  traffic.

7  Q.  That means you pitched out 95 percent?

8  A.  In that case, yes.

9  Q.  So let's just stick with the high mobile for just a second.

10  A.  The high mobile is 10 percent, yes.

11  Q.  So, you pitched out 90 percent of the mobile and you

12  pitched out 75 percent of the desktop traffic, right?

13  A.  I prefer to say I did a random sample of 5 percent of the

14  overall amount, as opposed to "pitching out."

15  Q.  But, the point is, is what you put through the system was

16  10 percent and 25 percent of what Google usually puts through

17  their system.

18  A.  That's in that particular case.  But, for the five other

19  columns that fit with this, I also had that data, so it's not

20  just the -- that one.  It's the combination of all these.  So,

21  overall, it was 4.86 percent of the traffic.

22  Q.  But, if we look -- and that's right.  And we can do each of

23  these, but let's try not to make us take that long.

24        If we look at UPXE202 (sic), we see that the variations

25  all give us roughly about the same area.  I understand that

1    there's differences and we can talk about those.  But, roughly,

2    the difference between 100 percent sample and the high and low

3    mobiles, it's very small, correct?

4    A.  In general, yes.

5    Q.  And, so, if -- and you said Google engineers worked on

6    this -- and we're going to get into that more, too.  But,

7    Google engineers worked on this project.  They know about your

8    results, right?

9    A.  They do now.

10   Q.  Okay.  And they've known about it since March 2022?

11   A.  Um, probably April, June.

12   Q.  Fair enough.

13   A.  Probably June is accurate because the report was done

14   June 3rd.

15   Q.  Right.  And -- well, as far as you know -- because I

16   understand that you don't have access to the proprietary stuff

17   now -- as far as you know, has Google made any effort to reduce

18   the vast amount of data that they have, based on your report?

19   A.  I have no idea.

20   Q.  Okay.  Did you know that we've had testimony that Google

21   saves every single query that's done on it indefinitely?

22   A.  I wasn't aware of that.

23   Q.  Okay.  So, if I -- if that was the case, that means that

24   Google views the value of the data as at least worth saving,

25   right?  I mean, just basic economics, if they're hanging onto

1    it, they find some value in it, right?

2    A.  I have no idea.  I'm a pack rat, so I keep everything,

3    probably for no reason.  My wife keeps wanting me to get rid of

4    stuff.

5    Q.  Exactly.  Exactly.  And, so -- now, the 2022 DRE was made

6    for litigation, right?  It was made for this case?

7    A.  I was asked to do a study and I did a study and it was

8    relevant to this case, yes.

9    Q.  But, you understand that when you were hired, you were

10   hired to be an expert witness in this case?

11   A.  I was hired to be an expert in this case, yes.

12   Q.  And you did the study as part of this case.  You weren't

13   hired to do this in the normal course of work for Google,

14   right?

15   A.  I'm not employed by Google, no.

16   Q.  Okay.  And you never have been?

17   A.  No.

18   Q.  Okay.  And, so -- and, so...

19   A.  But I wanted to do this study.  This is interesting.

20   Q.  I'm sure, sir.

21        And, so, let's look at your slides.  Now, let's go to

22   your second slide, the one with the curve.  You see that?  And

23   you took it from UPX0892.  Do you see that?

24   A.  Yes.

25   Q.  Okay.  Now, this was from a Microsoft document, right?

1    A.  Yes.

2    Q.  You didn't create this curve, right?

3    A.  No.

4    Q.  And you don't claim it's to scale -- using "scale" in a

5    different way -- you don't claim it's to scale of anything that

6    represents anything that you've worked on, right?

7    A.  No.  It's just to give a general impression.

8    Q.  And you don't have this curve in your report.  You didn't

9    actually talk about it in your report, right?

10   A.  Right.  It was in evidence, so I thought it was good to use

11   for the demonstrative.

12   Q.  Do you understand that this curve changes with innovation

13   in the industry?

14   A.  Everything changes with innovation.

15   Q.  Right.  But I'm talking about this curve, sir.  Do you

16   understand that this curve, the one you put in your slides,

17   that it changes as innovation comes in the industry?  If you

18   don't know, that's fine.

19   A.  Sure.

20   Q.  So, is that a yes?

21   A.  Yes.

22   Q.  Okay.  So, if the curve changes, maybe there's some

23   innovation and the curve changes, then whatever you conclude at

24   this point could change as the curve changes, correct?

25   A.  So, I want to be sure I'm understanding your question

1    right.  So there's a single curve that's shown here.

2    Q.  Of course.  And it's not to scale.  We know that, right?

3    A.  Right.  So, this is a general mathematical construct to

4    show what's going on, and it has to do with a given situation

5    where we're looking at some variable that's on the X axis, and

6    we're measuring some other variable on the Y axis.  There are

7    other variations of this curve that occur in different

8    situations.

9    Q.  And you got to right where I was going, sir.  My question

10   is very simple.

11        If there's innovation in the search industry -- and if

12   you don't know, that's fine -- do you understand that the carve

13   could change shape, change position?

14   A.  There could be different curves.

15   Q.  And those different curves would put different participants

16   in different places.  That's the very nature of a change in the

17   curve, right, sir?

18   A.  So, if a curve is representing a certain kind of technology

19   in a certain situation, then it represents the situation with

20   regard to the traffic in this case in that particular setting.

21   When the world changes, then the world changes.

22   Q.  And the curve changes.

23   A.  You have a different curve, perhaps.

24   Q.  And you did not study how the curve for the return on data

25   would change with the change of innovation, correct?

1    A.  I did an experiment in a situation to see what would

2    happen.  That's what I did.

3    Q.  At that point in time, in June -- in March and April of

4    2022?

5    A.  With that technology and with that datasets, yes.

6    Q.  And that curve?

7    A.  I didn't look at the curve in detail, as I showed you in

8    the last slide.  I have three data points and those come out of

9    my study and that's what I know.  I don't know the rest of the

10   curve, and I -- it would be very hard to figure out the rest of

11   the curve, and it really doesn't matter in this situation.

12   Q.  Let's go to that.  You mentioned it, so let's go there.

13   Let's go to the DX26019.

14        And you don't show the rest of the curve.  You know that

15   Google has more data than Bing, right?

16   A.  I'm trying to figure out what you're --

17   Q.  Please, this is in your slide, Professor.

18   A.  Okay.  So is this the last slide?  Is that what you're

19   referring to?

20   Q.  I think it's the second to last.  You have a pretty blue

21   slide as the last slide, sir.

22   A.  Yes.  Got it.

23   Q.  So, this is your slide, DX26019?

24   A.  Yes.

25   Q.  And you don't show the rest of the curve on this slide

1    because you don't actually have it plotted for the rest of the

2    curve, right?

3    A.  Right.

4    Q.  Okay.  You show three data points, the three that you took

5    from your -- the 2022 DRE, right?

6    A.  The three points that are relevant in this case, yes.

7    Q.  And the one thing we know, absolute certain, is that

8    Google, in the real world, has more data than Bing in the real

9    world, right?

10   A.  We have those numbers, yes.

11   Q.  So, whatever that curve is, Google is farther along the

12   curve in the real world than Bing?

13   A.  So, this is showing three data points, and Google is at the

14   far end on the right of this picture in red, yes.

15   Q.  Okay.  And that doesn't really answer my question.

16           My question is:  Wherever they are, Google has more data

17   than Bing, so it's farther along the curve than Bing, right?

18   A.  That's why we have these sort of things to show the big

19   gap.  It would be very hard to fit this on a slide and make any

20   sense.

21   Q.  Because how much more data Google has than Bing?

22   A.  Right.  But, remember the percentages I gave you and the

23   numbers.  You know, 48 billion queries is an awful lot of data.

24   Q.  Now -- oh, and just to be clear, on that slide with the

25   curve, you have three bullets there, right?

1    A.  Correct.

2    Q.  You have Google traffic, which is a red bullet, right?

3    A.  Yes.

4    Q.  And you have high mobile, which is the Google system

5    programmed with less data, right?

6    A.  This is the results for Google with roughly 6.43 percent of

7    the total traffic that Google sees.

8    Q.  Right.  And then the third one is the Google system with

9    even less data, right?

10   A.  That's right.

11   Q.  And you never had access to the Bing system, right?

12   A.  That's right.

13   Q.  So you never had the chance to give Bing all the data that

14   Google has and see what Bing would do with that.  That's the

15   one thing we certainly don't have in the system because you

16   didn't have access to it, right?

17   A.  I certainly had no access to Bing's proprietary system.

18   Q.  So, you couldn't do what I just said, which is, feed them

19   all of Google's data, right?

20   A.  I guess the government could have, but I didn't.

21   Q.  But you didn't?

22   A.  I didn't either.  I couldn't.

23   Q.  Okay.  So, what this curve shows is -- on 26019, it shows

24   the diminishing returns for Google with Google's system and

25   data, right?

1    A.   That's right.  For any system that's comparable to Google

2    in terms of its activities, yes, one would generalize it to

3    that.  Maybe someone else had similar excellent technology and

4    similar performance, then it would probably have the same

5    behavior.

6    Q.   But you've never been working on the Bing system, so you

7    don't have technological insight into how Bing works, right?

8    A.   I have no idea how efficient Bing is, but, obviously, it's

9    less efficient than Google because its quality value is lower.

10   Q.   Okay.  The Court asked about -- just so we're clear,

11   another thing you didn't try is, you didn't try to figure out

12   what Bing's system would like if Bing had had more data over

13   the last 10 or 12 years, right?

14   A.   That's a hypothetical which I had no way to tell.

15   Q.   Right.  And, so, are you familiar with the fact that the

16   Court has heard testimony that more data means that a general

17   search engine can run more experiments?  Are you aware that

18   there was testimony along those lines?

19   A.   Yeah.  No, I'm not sure I agree with that.  I think the

20   scale that Bing has, it could be running a lot more experiments

21   than it has.

22   Q.   And that, actually, totally wasn't my question.

23        My question was:  Are you aware that there was testimony

24   at trial that more data meant that a general search engine can

25   run more experiments?  Just, are you familiar that there was

1    testimony?

2    A.  I haven't seen the transcripts from the part of this trial

3    that would talk about that.  I have some other things I've read

4    before.  So, I can't -- can't real exactly answer your

5    question.

6    Q.  Okay.  And you agree that the creation and maintenance of a

7    search engine such as Google or Bing requires a significant

8    capital investment, right?

9    A.  Yes.  Although, I build systems in my class for almost no

10   cost.

11   Q.  Yes.  And how do those monetize, sir?

12   A.  Well, we have three or four provisional patent

13   applications.  I don't know.  We'll see what happens in a few

14   years.

15   Q.  I guess.  If you can get distribution, right?

16   A.  I'm not really interested in the business, myself, so --

17   Q.  So, let's go to DXD26.008.

18        And that's one of your slides?

19   A.  The last three digits?

20   Q.  DXD26.008.  There's two red bars, sir.

21   A.  Okay.  So this is the rest of the sets.  Okay.  Got it.

22   Q.  And when you showed this, you talked about the weekly test

23   of quality between Google and Bing; is that right?

24   A.  Yes.  So, in my report, I show a graph for 12 weeks and how

25   much difference there is and it's -- jiggles a little bit, but

1    you expect that when you're doing measurements.  But, this is

2    the one from March 11th, 2022.

3    Q.  Google does this weekly, right?

4    A.  Yes.

5    Q.  To test to make sure that the quality of their system is

6    maintained?

7    A.  They are interested to see about their quality, yes.

8    Q.  That's why they do it, right?

9    A.  Sure.

10   Q.  They use Bing because it's their closest search competitor,

11   right?

12   A.  I don't know why they use Bing, but that's probably one

13   possible reason.

14   Q.  You don't know why they're testing themselves against Bing,

15   as opposed to Amazon or Expedia or some other site?

16   A.  I know they've done other tests with other places, and I

17   can conjecture.  I don't know the intent of people inside of a

18   company.

19   Q.  And you don't know the intent of people inside Google,

20   right?

21   A.  Right.

22   Q.  You used the term "information need" for the information a

23   user needs or desires, right?

24   A.  That's a general term that's often used in the field.  I've

25   been working with human-computer interaction, which relates to

1  what we've been hearing.  It's user experience.  So, there's a

2  whole psychological and behavioral and so forth that has to do

3  with -- people need information, so that's the general broad

4  category for the whole issue.

5  Q.  Right.  And my only question, sir, is:  You use the term

6  "information need" for the information a user needs and

7  desires, right?

8  A.  Needs, maybe desires, yeah.  It's unclear what the -- how

9  to specify what the need is, but it's some kind of need, yes.

10 Q.  And this applies to the users of a general search engine?

11 A.  To the users of any search engine, yes.

12 Q.  When someone uses Google or Bing, they have an information

13 need?

14 A.  I think that's true, yes.

15 Q.  Three things relate to search quality:  Efficiency,

16 effectiveness, and user experience?

17 A.  That's what I wrote in my first report, yes.

18 Q.  And you still believe it?

19 A.  Yes.

20 Q.  Relevance and latency are two dimensions across which

21 search engines are compared?

22 A.  There are lots of ways we can compare them, and the

23 relevance has closest to do with the effectiveness that we

24 talked about a minute ago, and the latency has closest to do

25 with the efficiency.

1   Q.  People have concerns about online privacy, right?

2   A.  Some people do.

3   Q.  Okay.  Some people are very concerned about privacy, right?

4   A.  Some people are.

5   Q.  Some people make decisions based on a strong concern about

6   privacy, right?

7   A.  I believe so.

8   Q.  People try to ensure that their privacy is respected by any

9   online organization that they work with, right?

10  A.  Some people.

11  Q.  A lot of people, right?

12  A.  I have no measure.  I don't know.

13  Q.  You don't have any take on people's desire for privacy

14  online?  That's not something you've studied or looked at?

15  A.  I know that there are a lot of people who are part of

16  customer loyalty programs, and they don't seem to care very

17  much.  They want to have better service.

18  Q.  So, you -- so, I need a yes or no.  People try to ensure

19  their privacy is respected by any online organization that they

20  work with?

21          MR. SMURZYNSKI:  Your Honor, I object.  This is far

22  beyond the scope of anything the witness has testified to or

23  has in his report.  We're far afield.

24          MR. DINTZER:  Your Honor, the witness has talked

25  about the quality of a search engine, and there are various

1  axes upon which the quality of a search engine is measured,

2  along with privacy, and the Court has heard a lot about that.

3  I don't think that should come as a surprise to the defense.

4       THE COURT:  I don't know that he has any expertise in

5  the area.  So, unless there's a precise question about

6  something he can actually answer, let's move on to his actual

7  experiment.

8       MR. DINTZER:  That's fine.

9  BY MR. DINTZER:

10  Q.  Sir, when you do your normal reporting, you tend to be very

11  thorough, right?

12  A.  Yes.

13  Q.  You've written a lot of articles.  So when you write those

14  articles, you tend to be as thorough as you can, right?

15  A.  Yes.  Within the space limits and the audience

16  understanding, yes.

17  Q.  And in your normal reporting, editors -- I think you told

18  us this -- often chastise you for too many footnotes and

19  citations in your proposals and papers, right?

20  A.  It depends on the sponsor.  When we're talking about the

21  proposals, National Science Foundation has no limit on

22  references, in which case, I go to town.  Some have limits,

23  which I follow.

24  Q.  Sure.  If there's limits on citations, then you follow

25  them.  But, if not, like you say, you go to town.  You put as

1    many as you need to, correct?

2    A.  As many as I can, yes.

3    Q.  Now, you were advised in this case that your normal

4    approach was not appropriate?

5    A.  I was advised that the Judge would read my report, and I

6    should make it in a way that he would be comfortable reading

7    it, so it shouldn't be too bad to read.

8    Q.  And you were advised that your usual thorough practice was

9    not appropriate?

10   A.  I was advised to make it so that the Judge would be able to

11   read it, yes.

12   Q.  I need you to answer my question, sir.

13        You were advised that your usual thorough practice was

14   not appropriate, right?

15   A.  I think my comment is, it's the same as what you're saying.

16   I was trying to do this so the Judge would read it, yes.

17   Q.  Counsel told you the Judge would not want to have footnotes

18   in the report?

19   A.  Well, if you look at the numbers of footnotes that I have,

20   there's hundreds of them there, so...

21   Q.  You didn't put as many as you would have, if counsel hadn't

22   told you that; isn't that right, sir?

23   A.  So, as a scientist, I like to have any statement that's

24   made supported by data or by a citation.  So, in this

25   particular case, I didn't think it was necessary, since I was

1    working with people from Google, to cite every discussion I had

2    and who said what and so forth.  I didn't think that was

3    appropriate.

4    Q.  Right.  Because counsel told you not to.  I need you to

5    answer my question, sir.

6    A.  I think I've answered your question.  Counsel told me to

7    make it so the Judge could read it.  That's what their guidance

8    was.

9    Q.  Did counsel tell you to reduce the number of footnotes in

10   your report?  Yes or no.

11   A.  I have no knowledge if they said that.

12            MR. DINTZER:  May I approach, Your Honor?

13            THE COURT:  Sure.

14            THE WITNESS:  Thank you.

15   BY MR. DINTZER:

16   Q.  Sir, I've handed you what's -- your deposition.  Do you see

17   that?

18   A.  I do.

19   Q.  And you've had your deposition taken many times; is that

20   right?

21   A.  Yes.  And you did it on November 14th, 2022.

22   Q.  We did, didn't we.  I think we did it for two days; isn't

23   that right, sir?

24   A.  And your colleague also, yes.

25   Q.  And so I want to be clear.  You did not do the level of

1    documentation of every single phrase of every single statement

2    in your report that you would normally do in your normal

3    course; isn't that right?

4    A.  Yes.

5    Q.  And Counsel was the one who told you that the Judge didn't

6    want that, correct?

7    A.  Counsel told me to make the report so the Judge would read

8    it.  That's what I remember.  I don't remember exactly what

9    they said, but that's the gist of what I recall, and that's

10    what I tried to implement in my writing.

11    Q.  And your first report could have had another 100 footnotes,

12    right?

13    A.  Sure.

14    Q.  And based on Counsel's comments, you did not document as

15    you usually would; is that right?

16    A.  I did not put in a lot more footnotes.  That's the

17    implication, yes.

18    Q.  Now, when --

19    A.  But there were hundreds of footnotes.

20    Q.  Well, we're going to get to some of those, sir, we are.

21    But, when you're not an expert but acting as a scholar, you

22    take notes, right?  And you talk to people when you do

23    research?

24    A.  So, in the deposition you asked me the same question, and I

25    said that I sometimes take notes.  Sometimes I have my students

1    take notes.  Sometimes I do not take notes.  Depends on the

2    situation.  And my experience has been that when I do write

3    stuff down, I wind up losing it, so it's not terribly useful.

4    Q.  For all those footnotes that you do in your normal course,

5    you take notes, right, so that you can create all those

6    footnotes?

7    A.  I have hundreds of documents I've studied for this case,

8    and I have lists of those.  And, yes, I have lots of things in

9    my, sort of, drafts of this report that are not shown in the

10   report.

11   Q.  But, when you had interactions with Google engineers, you

12   did not take or keep any notes; is that right?

13   A.  Yeah, that's true, I think.  I think that's true.

14   Q.  And at least it was when we took your deposition.  It's

15   impossible for you to recall months of discussions and who said

16   what and who did what because you don't have notes.

17   A.  It's also because I'm 73 years old and I don't remember

18   people's names, even from when I was in my 20s.

19   Q.  But if you had notes, we could look at them, right?

20   A.  I guess, if I had notes, I could look at them, if I could

21   find them, yes.

22   Q.  Because you didn't take notes, you can't tell the Court who

23   said what or who did what when designing the DRE, right?

24   A.  I ran the experiment and I know what was done and it was

25   done the way I wanted.  I don't know who individually did which

1      particular piece.  I know some of the people who did certain

2      pieces.

3      Q.  You know some of the people who did certain pieces of the

4      DRE right?

5      A.  Yeah.

6      Q.  Now, Google has a production system that serves end users.

7      We talked about that.  That's on that chart.  That's the far

8      left one, right?

9      A.  That's what Google Search business is, they have a

10     production system, yes.

11     Q.  Now, the second one -- so Google has its production

12     version, and then Google has the frozen version, right?  That's

13     the one that was the baseline?

14     A.  Yes.

15     Q.  And we'll call --

16     A.  So, let me make this a little bit more clear.  So, there's

17     a system, okay, which is running stuff.  Okay?  So they froze

18     the system.

19     Q.  Right.

20     A.  Then I used the same frozen system with the code and

21     everything there in three different settings, right?  So one of

22     the settings was with 100 percent traffic and the other two

23     were with smaller amounts of traffic.  So, be careful between

24     the frozen and samples, they're sort of different things.

25     Q.  Sure.  100 percent traffic.  So with 100 percent traffic,

1    just so we're clear, this is your baseline (indicating); is

2    that right?

3    A.  That's right.

4    Q.  That's the benchmark for the DRE.  I think that's what you

5    said earlier, that's the benchmark for the 2022 DRE?

6    A.  Yeah.  Baseline basis of comparison, and lots of different

7    terms could be used.

8    Q.  The decision to use 100 percent sample was an important

9    step in designing the DRE, right?

10   A.  You need to have something to compare against, yes.

11   Q.  Right.  You actually have to have a baseline for an

12   experiment, right?

13   A.  That's one way to do experiments.  That's a common way, and

14   that's what I did here, yes.

15   Q.  So, the 100 percent sample was the baseline.  The selection

16   of that, the decision to do that, that was an important

17   decision as part of the design process, right?

18   A.  Yes.  That's part of the design, right.  That's one of the

19   things you're comparing as part of the design of an experiment.

20   Q.  And it was important?

21   A.  All parts of an experiment are important, yes.

22   Q.  Especially the baseline, right, sir?

23   A.  Well, sometimes when we're running studies we have multiple

24   baselines, depends on the situation.  But, in this case, one

25   baseline made sense.

1   Q.  Right.  And the decision to have one baseline, that was an

2   important decision?

3   A.  Right.  So, in the technical sense, the 100 percent sample

4   was compared, pair wise, with the other smaller samples, and

5   there's tiny variation.  If you look at the very last table in

6   my Appendix A, there's another version of the 100 percent that

7   was run for some of the comparisons.  But it's essentially the

8   same, so -- so, in some sense, we had two baselines.  But

9   they're very, very similar.

10  Q.  The decision to do 100 percent sample was not an important

11  decision?  I'm looking for one or the other, sir.  It's a

12  yes-or-no question.  Was the use of a 100 percent sample an

13  important decision?

14  A.  It was important to have a baseline, and the baseline that

15  makes sense is the 100 percent sample, yes.

16  Q.  Okay.  And who was Eric Lehman?

17  A.  He's one of the people who has testified in here.  He works

18  at Google, and I interviewed him to confirm some of the things

19  in my report, to make sure that I understood them clearly, and

20  that what I wrote was a good representation.

21  Q.  Okay.  And you actually read his deposition, as well, in

22  preparing your report, right?

23  A.  I read his deposition and, I guess, his transcript here,

24  yeah.

25  Q.  Okay.  And there are places in your reports where you cite

```
 1    an interview with Eric Lehman, right?

 2    A.  That's true.

 3    Q.  And you rely on the interview in your report because he

 4    verified facts that you put in your report?

 5    A.  He confirmed my understanding, yes.

 6    Q.  Okay.  And you discussed the 100 percent sample with

 7    Mr. Lehman, right?

 8    A.  I think so.  I would have to look in the report and see,

 9    but, probably.  I know I talked with him about the components,

10    and maybe about the 100 percent sample.  I think so.  I think I

11    did.

12    Q.  In designing the 2022 DRE, you wanted to use the systems

13    and methods that Google normally used in evaluating search

14    quality, right?

15    A.  Correct.

16    Q.  And Eric Lehman, Mr. Lehman, confirmed that Google commonly

17    uses the 100 percent sample as the baseline of comparison; is

18    that right?

19    A.  Yes.  That's -- well, they typically freeze the system, and

20    then they make comparisons with the frozen system.

21    Q.  Now, you didn't take notes of your conversation with

22    Mr. Lehman, right?

23    A.  That's right.  I wrote the report shortly after.  So, I did

24    remember enough to make sure that that was confirmatory of what

25    I had in the report.
```

1    Q.  All right.

2    A.  Which is my point of the footnote, yes.

3    Q.  So, you called him up.  He gave you the information.

4    You didn't write anything down with notes.  You just put it

5    right into the report shortly after?

6    A.  It was a video conference or a phone conference with

7    attorneys, and I talked with him, and maybe the attorneys took

8    notes, I don't know.

9    Q.  Okay.  Well, we don't have those.  But, you don't have

10   notes because you put the information immediately into the

11   report you were writing, right?

12   A.  Soon after, yes.

13   Q.  And then you included a footnote that cites Mr. Lehman, to

14   give him credit, right?

15   A.  Correct.

16   Q.  And, so -- do you have your report there?

17   A.  No.  No one has given me my report.  Actually, either of my

18   reports.  There are two reports.

19   Q.  Yes.  We're going to hand them both.

20            MR. DINTZER:  May I approach, Your Honor?

21            THE WITNESS:  Thank you.

22   BY MR. DINTZER:

23   Q.  So, we're going to go to your initial report, and we're

24   going to go to footnote 118 on your initial report.  And that's

25   on page 50.

1          Just let me know when you're there, sir.

2          (Pause.)

3    A.  Okay.

4    Q.  Are you there?

5    A.  Um, page 50, note 118?

6    Q.  Yes.

7    A.  Okay.  Good.

8    Q.  And --

9    A.  So the report was filed June 3rd.  This is dated June 1st,

10   so shortly thereafter.

11   Q.  Sure.  And let's look at the sentence that's attached to

12   that footnote.  The sentence says:  Using the 100 percent

13   sample as the baseline of comparison is commonly used at Google

14   and, therefore, part of the experimental design.

15          Do you see that?

16   A.  I do.

17   Q.  And, so, you explain that because it was commonly used at

18   Google, that's why it was part of the DRE, right?

19   A.  It's also the right thing to do.

20   Q.  Well, you don't say that, but, that's fine.

21          And then, like you said, the footnote shows that you

22   talked to Mr. Lehman on June 1st, 2022, right?

23   A.  Yes.

24   Q.  Okay.  And you don't cite anything else for that

25   proposition except for the conversation with Mr. Lehman, right?

7891

1    A.   This is common practice in the field, so I don't think I

2    needed to say more.  I thought it was done at Google.  I

3    thought that was important to add in, which is what this is

4    explaining.

5    Q.   So, two days before your report was due, you got on a video

6    chat with Mr. Lehman, right?

7         I need a verbal answer, sir.

8    A.   He confirmed my understanding about this.

9    Q.   Right.  Two days before your report was due, you got on a

10   video conference with Mr. Lehman, right?

11   A.   Um-hum.

12   Q.   I need you to --

13   A.   Yes, yes.

14   Q.   Thank you.

15        And two days before this report was due, he confirmed to

16   you that using the 100 percent sample as the baseline of

17   comparison is commonly used at Google.  That's what he told

18   you, right?

19   A.   Yes.  That's what it says here.

20   Q.   Okay.  And -- well, you don't have any notes, so this is

21   all we got, right?

22   A.   That's what we have on this, yes.

23   Q.   Okay.  And, so, you write:  And, therefore, part of the

24   experimental design.

25        So you relied on the fact that Google commonly did it to

1   make it part of the design, right?

2   A.  Um -- so...

3   Q.  Let me put it this way --

4   A.  So, the footnote is at the end of the sentence:  Using the

5   100 percent sample as a baseline of comparison is common use at

6   Google.

7           I could have put the footnote after the word

8   "Google" --

9   Q.  Sure.

10  A.  -- "and, therefore, part of the experimental design" is

11  sort of the throw-in to point out what's going on.

12  Q.  And two days before your report was due -- the whole

13  experiment was done by then, right?

14  A.  Sure.

15  Q.  Okay.  And, so, two days before your report was due, and

16  the experiment was completely done, that's when Mr. Lehman told

17  you that the 100 percent baseline is that comparison that is

18  commonly used at Google, right?

19  A.  That's the first part of the sentence, yes.

20  Q.  Okay.  And -- and --

21  A.  So, you know, I wanted to have confirmation so I could give

22  credit to the people at Google.  I knew this before then.  I

23  just wanted to get confirmation so I could put it in the

24  report.

25  Q.  Okay.  This is -- except for Mr. Lehman, you don't credit

1    anyone at Google for any of the work that they did on the DRE,

2    right?

3          I mean, you don't have any citations to anybody else's

4    works, but you do cite Mr. Lehman for providing you this

5    information two days before your report was due.

6    A.  He's cited in a couple of places.  There's also a cite

7    somewhere for a Paul Haahr.  I remember that as well.

8    Q.  We're going to come to that, sir.

9    A.  Okay.

10   Q.  You have nothing in your reports or docs relied upon dated

11   before the DRE was started supporting the use of the 100

12   percent sample as the baseline of comparison; is that correct?

13   A.  Would you say that one more time?

14   Q.  Of course.  You have nothing in your report or the docs

15   relied upon dated before the DRE was started that supports the

16   experiment's use of the 100 percent sample.  All you got is

17   Mr. Lehman two days before the report is due.

18   A.  So, as I mentioned earlier, when the timeline was being

19   discussed -- the experiment was solidified roughly the end of

20   February, and everything was determined at that point.  There

21   were lots of internal confidential documents back and forth

22   that attorneys were shipping back and forth between the

23   attorneys and me and Google and so on.  That's -- there's lots

24   of stuff that was written down, but that's all privileged.

25   Q.  It is.  So that's why I'm saying, sir, that the Court can

1    rely upon -- that stuff was privileged, but Google wouldn't let

2    us ask you about it in your deposition.  I know you remember

3    that.

4         So my question to you is:  As you sit here now, other

5    than Mr. Lehman's footnote two days before the report was due,

6    you have nothing else, no data, no footnotes, nothing that

7    shows the reliance on -- and you knew about the 100 percent

8    sample before the experiment was done; isn't that correct?

9    A.  Um -- I think I hear you asking:  Is -- was there any

10   nonconfidential information or non-attorney privileged

11   information that was written down and described in the

12   experiment?  The answer to that is no.  And that's fairly

13   standard practice.  You write up an experiment when you're done

14   with it.

15   Q.  Okay.

16         THE COURT:  Mr. Dintzer, we're after 5 o'clock, so

17   why don't we pause on your examination here.

18         And, so, Dr. Fox, we'll have the pleasure of having

19   you here tomorrow morning.  We look forward to seeing you

20   tomorrow.  We'll get started at 9:30.  And I'll ask you not to

21   discuss your testimony overnight with anyone.  I'll ask you to

22   step outside the courtroom.

23         Thank you, sir.

24         MR. DINTZER:  And I just want to express my

25   appreciation to the Court for letting me finish that line of

```
 1   questioning.
 2           MR. SMURZYNSKI:  Your Honor, one housekeeping matter.
 3   I asked to move in the demonstrative and then you asked your
 4   question and I didn't get a ruling.  So if you could just let
 5   us know whether it's admitted.
 6           THE COURT:  It's in.
 7           MR. SMURZYNSKI:  Thank you, Your Honor.
 8           THE COURT:  That's it?  All right.
 9           So, what are we looking at tomorrow in terms of
10   Dr. Fox and then moving forward?
11           MR. DINTZER:  I want to say between an hour and hour
12   and a half.
13           THE COURT:  All right.  So we'll finish with Dr. Fox
14   in the morning.  And then who do we have coming up after him?
15           MR. SCHMIDTLEIN:  Tomorrow, Your Honor, Google will
16   call Mr. Ben Gomes, who, I believe, you heard him referenced
17   today by Mr. Pichai.  So he will be our next witness.
18           THE COURT:  Okay.  And before you sit down,
19   Mr. Schmidtlein, do you expect Mr. Gomes to go for the rest of
20   the day?
21           MR. SCHMIDTLEIN:  I do.
22           THE COURT:  And any expectation for request for
23   closed session in Mr. Gomes' testimony?
24           MR. SCHMIDTLEIN:  I don't believe so.
25           THE COURT:  And then plaintiffs expect any closed
```

7896

1   session for Mr. Gomes?

2           MR. DAHLQUIST:  We do not expect closed session.

3           MR. CAVANAUGH:  Not for us, Your Honor.

4           THE COURT:  Okay.  Anything we need to discuss or

5   raise before we adjourn?

6           MR. GREENBLUM:  Just briefly, Your Honor.  We have

7   some unobjected-to exhibits.  They are accreditations in the

8   documents.

9           THE COURT:  These are your exhibits?

10          MR. GREENBLUM:  Yes.  I don't have the power to move

11  in their exhibits.

12          The documents we'll hand up to Mr. Douyon, and the

13  file will reflect those exhibits for which one group of

14  plaintiffs or the other lodges an objection to embedded

15  hearsay.  But, other than that, this will resolve this

16  category.  So, we can just have these in evidence as our case

17  moves forward.

18          THE COURT:  Perfect.  Thank you.  Okay.  Anything

19  else we need to talk about?

20          MR. GOWER:  Cameron Gower for the United States.

21  Your Honor, apologies.  The flash drive we handed up last week

22  with designations for the last four witnesses, they're missing

23  a little bit of information, so we would like to update that

24  flash dive.  It's not ready right now.

25          THE COURT:  Okay.  All right.  Well, whenever it's

1      ready, just give it to Mr. Douyon.

2                MR. GOWER:  Will do.

3                THE COURT:  Thank you.  Anything else before we

4      adjourn for the evening?

5                MR. DINTZER:  Nothing from the DoJ plaintiffs, Your

6      Honor.

7                MR. CAVANAUGH:  Nothing, Your Honor.

8                MR. SCHMIDTLEIN:  Nothing for Google.

9                THE COURT:  We'll see you in the morning.

10                          *   *   *

7898

```
 1                CERTIFICATE OF OFFICIAL COURT REPORTER

 2

 3         I, JANICE DICKMAN, do hereby certify that the above and

 4    foregoing constitutes a true and accurate transcript of my

 5    stenographic notes and is a full, true and complete transcript

 6    of the proceedings to the best of my ability.

 7                        Dated this 31st day of October 2023

 8

 9

10                         _____

11                         Janice E. Dickman, CRR, CMR, CCR
                           Official Court Reporter
12                         Room 6523
                           333 Constitution Avenue, N.W.
13                         Washington, D.C.  20001

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                              INDEX

 2

 3      WITNESSES:

 4          Sundar Pichai
                Cross-Examination (Cont.) By Mr. Cavanaugh.......7767
                Redirect Examination By Mr. Schmidtlein..........7796
 5
            Edward Fox
 6              Direct Examination By Mr. Smurzynski.............7807
                Cross-Examination By Mr. Dintzer.................7864
 7

 8      EXHIBITS ADMITTED:

 9          PSX1187.............................................7796
            PX1221..............................................7791
10          PSX1222.............................................7776

11          DXD26...............................................7861
            DX2034..............................................7803
12                              *    *    *

13

14

15

16

17

18

19

20

21

22

23

24

25
```

7900

## $

**$10** [1] - 7794:6
**$25** [1] - 7812:9

## '

**'60s** [1] - 7826:4
**'80s** [1] - 7811:18
**'83** [1] - 7809:22
**'87** [2] - 7809:15, 7813:15
**'90s** [1] - 7809:25
**'91** [1] - 7809:15
**'98** [1] - 7812:13

## 0

**000** [1] - 7851:20
**003** [1] - 7819:23
**004** [2] - 7828:3, 7829:4
**005** [2] - 7832:19, 7836:6
**008** [1] - 7845:25
**01** [1] - 7837:18
**010** [1] - 7848:25
**020** [1] - 7865:17
**07** [2] - 7839:25, 7840:2

## 1

**1** [1] - 7840:18
**10** [3] - 7867:10, 7867:16, 7875:13
**10,000th** [1] - 7832:2
**100** [44] - 7823:12, 7826:21, 7833:20, 7838:3, 7844:2, 7845:11, 7845:15, 7845:16, 7845:17, 7845:18, 7848:9, 7848:21, 7848:24, 7858:7, 7858:9, 7861:15, 7866:7, 7866:8, 7866:18, 7868:2, 7883:11, 7885:22, 7885:25, 7886:8, 7886:15, 7887:3, 7887:6, 7887:10, 7887:12, 7887:15, 7888:6, 7888:10, 7888:17, 7890:12, 7891:16, 7892:5, 7892:17, 7893:11, 7893:16, 7894:7
**10036** [1] - 7766:9
**11** [2] - 7804:1,

7850:13
**1100** [1] - 7765:12
**113** [3] - 7847:20, 7848:1, 7848:7
**1133** [1] - 7766:8
**115** [1] - 7847:23
**117** [1] - 7847:21
**118** [2] - 7889:24, 7890:5
**11th** [3] - 7846:3, 7846:14, 7877:2
**12** [2] - 7875:13, 7876:24
**1221** [1] - 7791:24
**1222** [2] - 7776:12, 7776:16
**12th** [2] - 7792:17, 7795:17
**13** [4] - 7853:9, 7853:10, 7857:14, 7857:15
**1300** [1] - 7766:4
**14** [1] - 7825:17
**140** [1] - 7811:13
**14th** [1] - 7882:21
**15** [4] - 7814:11, 7814:20, 7825:17, 7839:6
**15,000** [3] - 7836:25, 7837:2, 7837:8
**16** [1] - 7859:11
**18** [1] - 7860:18
**1950s** [1] - 7809:1
**1960s** [2] - 7826:2, 7850:16
**1972** [1] - 7808:1
**1981** [2] - 7808:3, 7812:3
**1983** [2] - 7807:16, 7808:4
**1990s** [1] - 7809:1
**1991** [1] - 7809:14
**1995** [1] - 7809:14
**1998** [2] - 7812:21, 7823:25
**1:30** [1] - 7765:6
**1st** [2] - 7890:9, 7890:22

## 2

**2** [1] - 7783:10
**2.9** [3] - 7848:23, 7849:17, 7849:19
**20** [2] - 7814:21, 7850:22
**20-3010** [1] - 7765:4
**200** [1] - 7825:22
**20001** [2] - 7766:18, 7898:13

**20024** [1] - 7766:13
**2005** [1] - 7803:21
**2007** [1] - 7789:9
**2016** [27] - 7767:10, 7767:22, 7767:24, 7768:14, 7769:1, 7769:4, 7769:14, 7769:25, 7770:10, 7770:15, 7771:1, 7771:17, 7772:13, 7775:12, 7775:19, 7776:13, 7777:4, 7777:21, 7778:11, 7779:7, 7780:17, 7781:6, 7782:24, 7783:7, 7784:7, 7800:13, 7804:9
**2018** [2] - 7788:14, 7804:13
**2019** [2] - 7792:17, 7795:17
**202** [3] - 7765:13, 7765:17, 7766:14
**202-354-3267** [1] - 7766:19
**202-549-7155** [1] - 7765:20
**2020** [1] - 7789:20
**2021** [18] - 7782:6, 7782:9, 7782:20, 7782:21, 7783:3, 7783:7, 7783:22, 7784:3, 7784:22, 7785:4, 7785:7, 7785:15, 7785:20, 7787:17, 7787:22, 7795:19, 7809:15, 7825:13
**2022** [14] - 7825:13, 7825:16, 7825:17, 7846:14, 7866:4, 7868:10, 7869:5, 7872:4, 7873:5, 7877:2, 7882:21, 7886:5, 7888:12, 7890:22
**2023** [2] - 7765:5, 7898:7
**203** [4] - 7847:23, 7847:24, 7848:1, 7848:7
**20530** [1] - 7765:20
**209** [1] - 7765:15
**20s** [1] - 7884:18
**21** [1] - 7794:10
**21,000** [1] - 7811:11
**212** [1] - 7766:9
**2200** [1] - 7766:8
**23** [1] - 7836:9
**24** [1] - 7856:19

**24-7** [1] - 7795:13
**25** [4] - 7844:22, 7845:9, 7852:2, 7867:6
**26** [1] - 7785:4
**26019** [1] - 7874:23
**28** [1] - 7838:10
**28th** [1] - 7776:13
**29th** [1] - 7789:20
**2:59** [1] - 7824:25

## 3

**3** [3] - 7824:21, 7849:20, 7849:25
**3,000** [2] - 7824:13, 7824:18
**3.1** [1] - 7848:1
**3.4** [1] - 7858:25
**3.9** [2] - 7854:16, 7857:25
**3.924** [3] - 7846:25, 7848:2, 7848:8
**3.94** [1] - 7848:1
**30** [3] - 7765:3, 7765:5, 7824:17
**300** [1] - 7794:10
**307-0340** [1] - 7765:13
**31st** [1] - 7898:7
**333** [2] - 7766:18, 7898:12
**335-2793** [1] - 7766:9
**34** [1] - 7856:19
**34-page** [1] - 7836:8
**3:15** [1] - 7824:22
**3:16** [1] - 7824:25
**3rd** [3] - 7825:16, 7868:14, 7890:9

## 4

**4.5** [1] - 7858:1
**4.86** [4] - 7844:17, 7845:11, 7861:20, 7867:21
**40** [1] - 7827:16
**434-5000** [1] - 7766:14
**45** [1] - 7850:17
**450** [1] - 7765:19
**48** [3] - 7797:23, 7861:20, 7873:23

## 5

**5** [7] - 7844:21, 7845:5, 7845:6, 7851:20, 7867:5, 7867:13, 7894:16
**5,000** [3] - 7847:14, 7851:8, 7851:10

**50** [2] - 7889:25, 7890:5
**500** [3] - 7802:20, 7810:21, 7827:17
**508-6000** [1] - 7766:6
**54.31** [1] - 7838:18
**58.109** [1] - 7846:17
**59** [1] - 7838:2

## 6

**6.43** [2] - 7844:18, 7874:6
**6.5** [1] - 7793:25
**600** [2] - 7765:16, 7825:22
**60604** [1] - 7765:16
**62.114** [1] - 7846:18
**6523** [2] - 7766:17, 7898:12
**680** [1] - 7766:13

## 7

**70** [1] - 7863:22
**7100** [1] - 7765:19
**720** [1] - 7766:6
**73** [1] - 7884:17
**75** [3] - 7866:23, 7867:3, 7867:12

## 8

**8** [2] - 7790:1, 7797:18
**8,000** [1] - 7852:21
**8.4** [1] - 7769:4
**80** [2] - 7767:23, 7768:11
**80203** [1] - 7766:5
**805-8563** [1] - 7765:17
**82** [3] - 7838:19, 7838:20, 7839:7
**86** [3] - 7768:4, 7780:3, 7783:3
**86.8** [2] - 7770:16, 7770:25
**88.9** [1] - 7783:4

## 9

**90** [4] - 7783:4, 7866:22, 7867:3, 7867:11
**95** [5] - 7847:21, 7860:7, 7860:12, 7867:7
**97** [2] - 7849:21, 7850:4
**9:30** [1] - 7894:20

## A

**ability** [3] - 7805:8, 7805:11, 7898:6
**ablation** [2] - 7859:18, 7859:20
**able** [2] - 7792:1, 7881:10
**absolute** [1] - 7873:7
**absolutely** [3] - 7798:14, 7798:17, 7821:1
**academic** [1] - 7808:15
**Academy** [1] - 7809:16
**acceptable** [1] - 7816:14
**accepted** [2] - 7800:1, 7800:11
**access** [13] - 7808:21, 7810:5, 7812:7, 7816:21, 7816:25, 7817:2, 7817:7, 7817:22, 7821:2, 7868:16, 7874:11, 7874:16, 7874:17
**Access** [1] - 7810:5
**accessed** [1] - 7813:17
**accessible** [1] - 7813:21
**according** [3] - 7783:5, 7827:10, 7838:17
**account** [3] - 7773:9, 7774:3, 7853:25
**accounts** [4] - 7838:18, 7838:20, 7850:4, 7858:25
**accreditations** [1] - 7896:7
**accurate** [2] - 7868:13, 7898:4
**ACM** [2] - 7809:11
**acquisition** [3] - 7784:16, 7784:18, 7785:4
**acting** [3] - 7858:11, 7883:21
**actions** [1] - 7795:4
**activities** [1] - 7875:2
**activity** [1] - 7809:11
**actual** [4] - 7817:10, 7817:14, 7858:13, 7880:6
**ad** [12] - 7769:25, 7770:2, 7770:3, 7770:4, 7770:6, 7770:15, 7771:19,

7783:16, 7793:19, 7798:12, 7799:3, 7799:6
**add** [5] - 7830:13, 7838:19, 7844:2, 7863:13, 7891:3
**added** [1] - 7833:6
**addition** [1] - 7831:15
**additional** [1] - 7859:3
**additionally** [1] - 7797:24
**address** [1] - 7835:21
**addressed** [1] - 7824:8
**adjourn** [2] - 7896:5, 7897:4
**admission** [1] - 7776:14
**ADMITTED** [1] - 7899:8
**admitted** [7] - 7776:16, 7791:23, 7796:2, 7803:9, 7803:11, 7822:6, 7895:5
**admitting** [1] - 7792:6
**ads** [3] - 7771:19, 7796:16, 7796:17
**advance** [13] - 7819:22, 7832:17, 7838:4, 7839:24, 7843:23, 7846:24, 7848:15, 7850:12, 7851:2, 7857:14, 7858:2, 7858:18, 7859:11
**advertiser** [1] - 7795:21
**advertisers** [1] - 7795:20
**advertising** [3] - 7783:19, 7793:3, 7805:17
**advised** [5] - 7881:3, 7881:5, 7881:8, 7881:10, 7881:13
**adviser** [1] - 7808:15
**affect** [11] - 7818:25, 7834:2, 7834:8, 7834:14, 7835:11, 7835:12, 7835:20, 7836:17, 7838:20, 7847:22, 7859:21
**affected** [8] - 7828:16, 7828:17, 7828:18, 7834:6, 7836:5, 7838:15, 7838:23, 7849:25
**afield** [1] - 7879:23
**afternoon** [10] -

7767:8, 7767:9, 7806:22, 7807:8, 7807:9, 7814:9, 7814:10, 7824:22, 7864:12, 7864:13
**agencies** [1] - 7812:9
**aggregate** [3] - 7850:22, 7856:1, 7856:15
**aggregations** [1] - 7838:9
**ago** [5] - 7770:18, 7774:16, 7775:22, 7863:12, 7878:24
**agree** [8] - 7769:17, 7786:23, 7799:17, 7801:11, 7803:18, 7816:13, 7875:19, 7876:6
**agreed** [5] - 7774:17, 7779:4, 7779:8, 7779:17, 7800:25
**agreeing** [1] - 7778:1
**agreement** [14] - 7773:11, 7773:22, 7774:12, 7774:18, 7774:20, 7777:11, 7780:5, 7784:19, 7785:15, 7800:20, 7801:2, 7804:9, 7804:15
**agreements** [1] - 7774:19
**AGUILAR** [1] - 7865:11
**ahead** [6] - 7775:17, 7788:10, 7814:17, 7817:19, 7829:2, 7849:13
**AI** [2] - 7789:1, 7808:9, 7813:19, 7831:10
**aids** [1] - 7861:25
**Airbnb** [2] - 7794:16, 7796:21
**al** [1] - 7765:3
**Alan** [1] - 7807:11
**ALAN** [1] - 7807:11
**algorithm** [1] - 7832:25
**algorithms** [2] - 7828:7, 7850:3
**all-or-nothing** [1] - 7786:2
**allowed** [1] - 7825:14
**almost** [4] - 7770:16, 7794:10, 7866:19, 7876:9
**alone** [1] - 7832:12
**altered** [1] - 7823:6
**alternate** [1] - 7780:10

**alternative** [3] - 7773:23, 7781:6, 7784:1
**alternatives** [1] - 7774:13
**Amazon** [5] - 7768:2, 7768:5, 7790:14, 7798:13, 7877:15
**America** [1] - 7765:2
**Americas** [1] - 7766:8
**AMIT** [1] - 7765:9
**amount** [39] - 7782:3, 7784:23, 7785:2, 7818:25, 7820:3, 7820:6, 7823:2, 7823:5, 7823:23, 7828:22, 7834:9, 7834:15, 7836:16, 7840:10, 7840:11, 7840:19, 7840:21, 7841:4, 7841:6, 7841:8, 7842:3, 7842:11, 7846:15, 7849:10, 7849:15, 7849:18, 7856:17, 7858:12, 7858:23, 7858:24, 7859:8, 7862:13, 7864:23, 7866:12, 7866:13, 7867:14, 7868:18
**amounts** [5] - 7833:16, 7838:16, 7848:5, 7853:15, 7885:23
**analogy** [1] - 7836:8
**analyst** [1] - 7790:12
**analysts** [1] - 7789:21
**analyzed** [2] - 7811:24, 7813:19
**and..** [1] - 7865:7
**Andrew** [15] - 7819:22, 7822:14, 7828:3, 7838:5, 7839:24, 7843:23, 7846:24, 7848:15, 7850:12, 7857:14, 7858:2, 7858:18, 7859:11, 7860:18, 7861:4
**Android** [2] - 7786:14, 7804:20
**anew** [1] - 7843:11
**annually** [1] - 7809:23
**answer** [16] - 7774:9, 7780:2, 7792:7, 7798:16, 7806:7, 7845:22, 7849:13, 7855:19, 7863:19, 7873:15, 7876:4, 7880:6, 7881:12, 7882:5, 7891:7,

**7894:12**
**answered** [2] - 7785:6, 7882:6
**answers** [4] - 7799:1, 7823:25, 7829:17, 7857:20
**Antitrust** [1] - 7766:3
**anytime** [1] - 7795:13
**anyway** [2] - 7778:15, 7839:1
**apologies** [1] - 7896:21
**appear** [1] - 7840:15
**APPEARANCES** [1] - 7765:11
**Appendix** [2] - 7856:19, 7887:6
**appendix** [3] - 7831:13, 7836:8, 7857:10
**Apple** [64] - 7767:10, 7768:2, 7768:7, 7769:18, 7769:20, 7771:17, 7772:20, 7773:1, 7773:9, 7773:22, 7774:13, 7774:24, 7775:7, 7775:11, 7775:19, 7775:20, 7775:24, 7776:9, 7777:5, 7777:21, 7778:2, 7778:9, 7778:24, 7779:3, 7779:8, 7779:14, 7779:16, 7780:6, 7780:18, 7780:19, 7780:21, 7781:8, 7782:4, 7782:10, 7782:18, 7783:23, 7784:20, 7785:5, 7785:8, 7785:10, 7785:18, 7785:21, 7785:22, 7786:1, 7786:9, 7786:14, 7786:17, 7786:20, 7787:2, 7787:4, 7787:13, 7787:16, 7787:22, 7788:6, 7788:13, 7789:10, 7799:23, 7799:24, 7804:9, 7804:17, 7804:20, 7805:8, 7805:10
**Apple's** [4] - 7767:14, 7787:7, 7787:18, 7805:7
**applications** [2] - 7813:12, 7876:13
**applied** [1] - 7785:25
**applies** [1] - 7878:10
**appreciate** [3] -

**7806:14, 7817:15, 7845:13**
**appreciation** [1] - 7894:25
**approach** [10] - 7776:3, 7778:12, 7789:16, 7791:18, 7802:8, 7818:19, 7865:11, 7881:4, 7882:12, 7889:20
**approached** [1] - 7779:11
**appropriate** [5] - 7800:16, 7881:4, 7881:9, 7881:14, 7882:3
**April** [4] - 7825:14, 7825:21, 7868:11, 7872:3
**archive** [1] - 7823:22
**area** [4] - 7794:18, 7809:11, 7867:25, 7880:5
**areas** [5] - 7808:7, 7808:14, 7809:5, 7809:8, 7820:11
**arguments** [1] - 7822:7
**armed** [1] - 7772:12
**arrangement** [3] - 7780:6, 7780:18, 7786:2
**art** [1] - 7813:11
**articles** [4] - 7810:20, 7810:25, 7880:13, 7880:14
**artifical** [1] - 7809:19
**artificial** [1] - 7811:22
**aside** [2] - 7842:15, 7846:7
**aspect** [2] - 7777:13, 7810:10
**assess** [1] - 7856:11
**assessing** [1] - 7820:2
**assessment** [3] - 7854:15, 7855:4, 7856:6
**assessments** [2] - 7824:14, 7846:6
**asset** [1] - 7790:7
**assign** [1] - 7830:1
**assignment** [4] - 7818:22, 7818:24, 7822:15, 7845:21
**associated** [1] - 7780:22
**assume** [4] - 7767:11, 7771:16, 7777:18, 7795:21
**assumed** [3] -

**7783:14, 7783:15, 7787:20**
**assumption** [1] - 7781:4
**attached** [1] - 7890:11
**attempt** [1] - 7860:20
**attention** [2] - 7776:21, 7793:17
**attorney** [1] - 7894:10
**attorneys** [4] - 7889:7, 7893:22, 7893:23
**attributable** [3] - 7772:10, 7797:20, 7858:20
**attributes** [1] - 7799:16
**audience** [1] - 7880:15
**audio** [1] - 7810:7
**authored** [1] - 7810:22
**available** [5] - 7797:23, 7811:7, 7825:18, 7851:11, 7866:12
**Avenue** [4] - 7766:8, 7766:13, 7766:18, 7898:12
**average** [2] - 7821:22, 7837:4
**averaged** [1] - 7837:8
**averaging** [1] - 7826:9
**Award** [1] - 7826:3
**awardees** [1] - 7812:11
**aware** [5] - 7770:2, 7823:18, 7868:22, 7875:17, 7875:23
**awful** [1] - 7873:23
**axes** [1] - 7880:1
**axis** [4] - 7820:1, 7820:3, 7871:5, 7871:6

**B**

**bachelor's** [1] - 7807:24
**BackRub** [3] - 7812:16, 7812:18, 7812:24
**bad** [2] - 7835:23, 7881:7
**ballpark** [1] - 7861:19
**Barry** [1] - 7792:14
**bars** [2] - 7860:9, 7876:20
**base** [2] - 7829:19, 7831:5
**based** [13] - 7769:23, 7773:20, 7780:12, 7810:13, 7810:14, 7830:20, 7831:10,

7838:23, 7848:25, 7856:13, 7868:18, 7879:5, 7883:14

**baseline** [22] - 7826:16, 7826:18, 7826:19, 7826:20, 7840:4, 7866:10, 7885:13, 7886:1, 7886:6, 7886:11, 7886:15, 7886:22, 7886:25, 7887:1, 7887:14, 7888:17, 7890:13, 7891:16, 7892:5, 7892:17, 7893:12

**baselines** [2] - 7886:24, 7887:8

**basic** [2] - 7836:19, 7868:25

**basis** [2] - 7846:1, 7886:6

**became** [1] - 7812:18

**become** [1] - 7813:16

**BEFORE** [1] - 7765:9

**began** [1] - 7825:14

**begin** [1] - 7818:18

**beginning** [4] - 7812:19, 7825:21, 7833:16, 7835:17

**behaving** [1] - 7841:5

**behavior** [6] - 7790:4, 7820:14, 7824:15, 7828:16, 7851:7, 7875:5

**behavioral** [1] - 7878:2

**behind** [2] - 7819:13, 7819:19

**BELKNAP** [1] - 7766:7

**BELLSHAW** [4] - 7798:15, 7803:7, 7805:21, 7806:5

**Bellshaw** [1] - 7765:18

**below** [2] - 7774:19, 7801:11

**Ben** [1] - 7895:16

**BENCH** [1] - 7765:9

**benchmark** [2] - 7886:4, 7886:5

**beneficial** [2] - 7780:6, 7780:17

**benefit** [2] - 7819:17, 7820:5

**benefits** [1] - 7780:21

**Benjamin** [1] - 7766:12

**BERT** [3] - 7831:2, 7831:3, 7863:22

**best** [8] - 7781:3, 7805:6, 7805:11,

7806:9, 7827:24, 7847:9, 7862:15, 7898:6

**better** [21] - 7770:3, 7770:4, 7770:5, 7772:6, 7772:10, 7794:23, 7826:11, 7830:17, 7833:8, 7848:14, 7850:3, 7852:24, 7853:2, 7855:23, 7862:14, 7864:4, 7864:5, 7879:17

**between** [19] - 7769:11, 7805:2, 7808:10, 7819:2, 7829:21, 7846:17, 7847:4, 7849:17, 7854:14, 7854:23, 7856:16, 7857:24, 7859:1, 7866:17, 7868:2, 7876:23, 7885:23, 7893:22, 7895:11

**beyond** [5] - 7810:9, 7820:16, 7820:18, 7847:24, 7879:22

**bgreenblum@wc. com** [1] - 7766:15

**bias** [1] - 7855:8

**big** [20] - 7809:21, 7810:17, 7819:10, 7823:21, 7829:10, 7831:10, 7832:20, 7832:23, 7835:4, 7836:13, 7836:25, 7837:7, 7838:8, 7847:6, 7847:14, 7848:5, 7859:15, 7861:9, 7873:18

**bigger** [5] - 7823:22, 7828:18, 7833:7, 7837:7, 7852:4

**biggest** [1] - 7828:23

**billion** [5] - 7785:4, 7793:25, 7794:6, 7861:20, 7873:23

**billions** [6] - 7778:23, 7778:24, 7781:21, 7781:23

**binder** [1] - 7770:12

**Bing** [49] - 7767:17, 7767:21, 7769:14, 7769:24, 7770:4, 7771:3, 7771:24, 7772:2, 7782:18, 7783:6, 7808:24, 7819:2, 7840:19, 7841:5, 7845:24, 7846:2, 7847:4,

7849:1, 7849:16, 7851:7, 7853:21, 7854:15, 7856:18, 7857:18, 7857:24, 7858:24, 7859:1, 7859:9, 7865:25, 7872:15, 7873:8, 7873:12, 7873:17, 7873:21, 7874:11, 7874:13, 7874:14, 7875:6, 7875:7, 7875:8, 7875:12, 7875:20, 7876:7, 7876:23, 7877:10, 7877:12, 7877:14, 7878:12

**Bing's** [18] - 7769:1, 7769:5, 7769:25, 7771:13, 7771:20, 7772:9, 7782:7, 7782:14, 7816:9, 7816:18, 7817:7, 7841:19, 7842:3, 7844:25, 7849:10, 7858:12, 7874:17, 7875:12

**bit** [7] - 7809:12, 7814:18, 7823:17, 7847:24, 7876:25, 7885:16, 7896:23

**black** [1] - 7847:6

**blank** [1] - 7843:12

**blind** [1] - 7853:24

**blue** [9] - 7833:19, 7834:10, 7834:23, 7835:1, 7835:2, 7838:14, 7839:15, 7872:20

**board** [4] - 7770:20, 7773:16, 7793:7, 7815:23

**book** [1] - 7810:9

**booking.com** [2] - 7794:17, 7796:22

**books** [3] - 7810:22, 7810:23, 7810:25

**bother** [1] - 7824:6

**bottom** [5] - 7794:4, 7822:5, 7837:17, 7837:23, 7845:16

**box** [1] - 7781:10

**brand** [3] - 7780:22, 7780:23, 7788:4

**breadth** [2] - 7790:6, 7817:16

**break** [3] - 7786:16, 7824:22, 7824:24

**briefly** [4] - 7856:23, 7857:2, 7866:8, 7896:6

**bring** [1] - 7798:8

**broad** [5] - 7768:3, 7791:12, 7823:8, 7832:9, 7878:3

**broader** [1] - 7767:25

**broadly** [1] - 7809:4

**Broadway** [1] - 7766:4

**browser** [4] - 7781:10, 7804:23, 7805:3

**browsers** [6] - 7786:12, 7787:4, 7787:6, 7787:10, 7803:23, 7805:8

**Bruce** [1] - 7766:1

**build** [4] - 7805:6, 7805:12, 7845:10, 7876:9

**building** [5] - 7787:20, 7787:21, 7813:6, 7813:10, 7813:23

**built** [4] - 7797:13, 7809:2, 7810:17, 7834:4

**bullet** [1] - 7874:2

**bullets** [1] - 7873:25

**bullion** [1] - 7808:7

**bunch** [3] - 7794:25, 7830:13, 7850:18

**business** [6] - 7792:15, 7822:4, 7824:5, 7851:5, 7876:16, 7885:9

**busy** [2] - 7813:24, 7838:9

**Buy** [1] - 7797:24

**buy** [1] - 7791:14

**BY** [28] - 7767:7, 7768:22, 7770:14, 7775:18, 7776:18, 7777:15, 7787:1, 7788:12, 7789:18, 7792:12, 7793:16, 7796:7, 7798:18, 7799:9, 7800:18, 7801:19, 7802:10, 7803:12, 7805:1, 7806:1, 7818:21, 7828:10, 7850:2, 7864:11, 7865:13, 7880:9, 7882:15, 7889:22

---

### C

**C-O-V-E-R-T** [1] - 7847:11

**calculated** [1] - 7769:4

**calculation** [1] - 7768:13

**calculations** [2] - 7850:21, 7865:5

**Cameron** [2] - 7765:18, 7896:20
**capable** [1] - 7789:6
**capital** [1] - 7876:8
**captures** [1] - 7790:5
**care** [2] - 7806:17, 7879:16
**careful** [3] - 7828:5, 7842:9, 7885:23
**Carr** [1] - 7766:3
**carried** [1] - 7853:22
**carve** [1] - 7871:12
**case** [34] - 7785:3, 7798:5, 7815:16, 7823:18, 7824:19, 7825:11, 7827:5, 7827:22, 7831:17, 7843:7, 7843:13, 7848:10, 7848:19, 7848:20, 7857:3, 7862:15, 7863:4, 7867:8, 7867:18, 7868:23, 7869:6, 7869:8, 7869:10, 7869:11, 7869:12, 7871:20, 7873:6, 7880:22, 7881:3, 7881:25, 7884:7, 7886:24, 7896:16
**cases** [8] - 7815:1, 7815:7, 7815:8, 7815:10, 7815:12, 7828:18, 7828:19, 7833:22
**categories** [2] - 7844:9, 7844:12
**category** [5] - 7838:13, 7844:12, 7878:4, 7896:16
**caused** [1] - 7856:17
**Cavanaugh** [8] - 7766:7, 7767:3, 7767:9, 7775:17, 7788:8, 7796:3, 7796:9, 7797:17
**CAVANAUGH** [27] - 7767:4, 7767:7, 7768:22, 7770:13, 7770:14, 7775:18, 7776:3, 7776:12, 7776:18, 7777:15, 7787:1, 7788:12, 7789:16, 7789:18, 7791:18, 7791:21, 7792:11, 7792:12, 7793:9, 7793:16, 7795:23, 7796:5, 7799:24, 7801:5, 7804:24, 7896:3, 7897:7

**Cavanaugh........7767** [1] - 7899:4
**CCR** [1] - 7898:11
**CCs** [1] - 7792:19
**Center** [1] - 7766:4
**CEO** [3] - 7773:13, 7804:14, 7805:4
**CEOs** [1] - 7802:20
**certain** [9] - 7776:19, 7820:20, 7821:12, 7853:7, 7871:18, 7871:19, 7873:7, 7885:1, 7885:3
**certainly** [8] - 7778:6, 7789:6, 7821:1, 7838:2, 7839:6, 7862:17, 7874:15, 7874:17
**CERTIFICATE** [1] - 7898:1
**certify** [1] - 7898:3
**chair** [2] - 7809:14, 7809:15
**challenge** [6] - 7817:11, 7817:16, 7817:17, 7817:20, 7818:7, 7818:11
**challenging** [1] - 7852:6
**chance** [2] - 7803:7, 7874:13
**change** [14] - 7823:3, 7823:4, 7824:15, 7834:1, 7842:16, 7848:21, 7849:18, 7851:19, 7870:24, 7871:13, 7871:16, 7871:25
**changed** [7] - 7782:24, 7784:22, 7823:5, 7833:19, 7833:24, 7834:9, 7851:14
**changes** [10] - 7803:18, 7870:12, 7870:14, 7870:17, 7870:22, 7870:23, 7870:24, 7871:21, 7871:22
**changing** [3] - 7842:18, 7858:24
**chapters** [1] - 7813:21
**charge** [1] - 7788:23
**chart** [6] - 7834:23, 7836:6, 7853:9, 7860:19, 7865:24, 7885:7
**chastise** [1] - 7880:18
**chat** [1] - 7891:6
**Chat** [7] - 7801:21,

7801:24, 7802:5, 7802:6, 7802:16, 7802:25, 7803:2
**check** [1] - 7804:14
**check-in** [1] - 7804:14
**checkout** [1] - 7797:25
**Chicago** [1] - 7765:16
**chief** [1] - 7792:14
**child** [2] - 7841:10, 7843:4
**choice** [30] - 7768:6, 7768:7, 7777:5, 7777:22, 7777:25, 7778:5, 7778:8, 7778:19, 7779:3, 7779:7, 7779:16, 7779:24, 7780:4, 7780:13, 7781:12, 7781:25, 7785:8, 7785:11, 7785:14, 7785:17, 7785:21, 7785:22, 7786:4, 7789:8, 7789:10, 7789:14, 7804:2, 7804:10
**choices** [1] - 7825:24
**choose** [4] - 7779:24, 7797:7, 7805:19, 7806:3
**chose** [1] - 7856:15
**chosen** [1] - 7781:15
**Chrome** [7] - 7799:19, 7800:20, 7801:14, 7804:23, 7805:3, 7805:6, 7805:15
**CIOs** [1] - 7802:20
**circle** [5] - 7801:24, 7802:19, 7802:22, 7802:24, 7803:1
**Circle** [1] - 7802:13
**citation** [3] - 7811:9, 7811:10, 7881:24
**citations** [3] - 7880:19, 7880:24, 7893:3
**cite** [5] - 7882:1, 7887:25, 7890:24, 7893:4, 7893:6
**cited** [2] - 7811:1, 7893:6
**cites** [1] - 7889:13
**claim** [2] - 7870:4, 7870:5
**clarify** [1] - 7786:15
**class** [4] - 7810:16, 7813:9, 7813:18, 7876:9
**classes** [1] - 7810:14
**classification** [1] -

7813:25
**clear** [16] - 7773:5, 7775:2, 7775:5, 7777:8, 7781:16, 7800:11, 7800:16, 7804:8, 7822:11, 7843:21, 7860:24, 7873:24, 7875:10, 7882:25, 7885:16, 7886:1
**clearly** [4] - 7777:18, 7786:7, 7861:12, 7887:19
**clickbait** [1] - 7834:17
**clicks** [4] - 7794:23, 7834:16, 7861:7, 7861:8
**clients** [1] - 7793:4
**close** [5] - 7770:17, 7770:25, 7783:4, 7820:14, 7844:25
**closed** [3] - 7895:23, 7895:25, 7896:2
**closely** [1] - 7771:9
**closest** [3] - 7877:10, 7878:23, 7878:24
**Cloud** [4] - 7802:3, 7802:12, 7802:19, 7803:3
**CMR** [1] - 7898:11
**cnn.com** [1] - 7835:18
**CO** [1] - 7766:5
**coauthored** [1] - 7810:22
**code** [3] - 7842:18, 7853:5, 7885:20
**CODER** [2] - 7811:19
**coding** [1] - 7839:20
**coffee** [1] - 7834:18
**cohort** [1] - 7809:17
**colleague** [1] - 7882:24
**colleagues** [1] - 7792:2
**collect** [1] - 7811:6
**collecting** [1] - 7862:7
**collection** [6] - 7826:5, 7826:6, 7831:10, 7831:12, 7837:1, 7846:8
**collections** [1] - 7811:21
**color** [3] - 7833:11, 7833:12, 7839:20
**COLORADO** [1] - 7766:2
**Colorado** [1] - 7766:4
**COLUMBIA** [1] - 7765:1
**column** [4] - 7837:10,

7905

7847:18, 7850:19, 7858:8

**columns** [3] - 7841:21, 7841:23, 7867:19

**combination** [5] - 7833:4, 7836:4, 7841:16, 7867:20

**combinations** [1] - 7832:23

**combine** [2] - 7845:18, 7855:20

**combined** [2] - 7770:23, 7832:7

**combining** [1] - 7833:10

**comfortable** [1] - 7881:6

**coming** [5] - 7794:24, 7811:6, 7818:5, 7834:2, 7895:14

**comment** [2] - 7768:20, 7881:15

**comments** [1] - 7883:14

**commerce** [1] - 7798:4

**commercial** [5] - 7778:15, 7790:25, 7791:2, 7808:23, 7823:19

**commercially** [1] - 7828:6

**commission** [1] - 7797:24

**common** [11] - 7820:9, 7823:6, 7823:7, 7823:9, 7829:21, 7830:1, 7831:22, 7831:23, 7886:13, 7891:1, 7892:5

**commonly** [7] - 7821:13, 7888:16, 7890:13, 7890:17, 7891:17, 7891:25, 7892:18

**communicate** [2] - 7772:14, 7783:24

**communicating** [1] - 7848:14

**communications** [1] - 7804:8

**companies** [9] - 7768:5, 7792:25, 7793:13, 7793:24, 7794:5, 7802:21, 7809:2, 7823:18, 7823:21

**company** [9] - 7781:21, 7788:19,

7793:12, 7797:12, 7810:19, 7819:14, 7819:16, 7849:7, 7877:18

**comparability** [1] - 7854:18

**comparable** [1] - 7875:1

**compare** [9] - 7790:17, 7826:17, 7826:18, 7848:22, 7854:15, 7854:18, 7854:20, 7878:22, 7886:10

**compared** [8] - 7782:5, 7827:14, 7841:7, 7848:3, 7848:5, 7856:18, 7878:21, 7887:4

**comparing** [5] - 7827:8, 7845:11, 7848:1, 7851:7, 7886:19

**comparison** [11] - 7842:6, 7847:25, 7851:13, 7886:6, 7888:17, 7890:13, 7891:17, 7892:5, 7892:17, 7893:12

**comparisons** [4] - 7853:21, 7855:23, 7887:7, 7888:20

**compete** [8] - 7786:9, 7787:2, 7787:4, 7787:16, 7790:15, 7797:14, 7798:12, 7805:13

**competed** [2] - 7804:19, 7804:22

**competes** [1] - 7786:17

**competing** [3] - 7785:19, 7790:14, 7797:6

**competition** [5] - 7775:10, 7790:13, 7796:21, 7796:23, 7805:2

**competitive** [4] - 7772:25, 7775:1, 7778:4, 7794:18

**competitor** [3] - 7775:24, 7859:4, 7877:10

**competitors** [1] - 7784:1

**complaining** [1] - 7803:15

**complete** [2] - 7791:15, 7898:5

**completely** [2] - 7860:2, 7892:16

**complicated** [2] - 7767:19, 7838:8

**component** [2] - 7843:1, 7860:1

**components** [16] - 7828:15, 7828:17, 7828:19, 7828:24, 7829:2, 7829:4, 7831:14, 7832:16, 7832:20, 7852:23, 7859:12, 7860:10, 7863:21, 7888:9

**Composite** [1] - 7811:19

**comprehensive** [1] - 7850:25

**comprehensiveness** [1] - 7798:2

**compromised** [1] - 7774:7

**Computation** [1] - 7809:20

**computation** [3] - 7836:19, 7836:21, 7836:24

**computations** [1] - 7856:12

**compute** [3] - 7821:20, 7826:8, 7857:17

**computed** [1] - 7838:25

**computer** [16] - 7777:13, 7807:13, 7807:14, 7807:25, 7808:2, 7808:3, 7809:10, 7810:2, 7814:4, 7817:17, 7817:25, 7818:13, 7820:8, 7823:6, 7847:1, 7877:25

**concept** [5] - 7788:5, 7819:25, 7820:7, 7824:8, 7860:22

**concepts** [1] - 7831:23

**concern** [5] - 7775:7, 7794:7, 7794:12, 7804:18, 7879:5

**concerned** [8] - 7774:23, 7775:20, 7775:23, 7787:16, 7790:12, 7853:13, 7853:14, 7879:3

**concerns** [2] - 7792:22, 7879:1

**conclude** [2] - 7787:22, 7870:23

**condition** [1] - 7840:4

**conditions** [5] - 7827:8, 7833:25, 7838:18, 7840:4, 7850:24

**conducting** [1] - 7790:21

**confer** [1] - 7792:2

**conference** [3] - 7889:6, 7891:10

**confidence** [7] - 7839:10, 7839:13, 7854:8, 7855:11, 7860:7, 7860:12, 7860:13

**confident** [1] - 7855:7

**confidential** [1] - 7893:21

**confirm** [1] - 7887:18

**confirmation** [2] - 7892:21, 7892:23

**confirmatory** [1] - 7888:24

**confirmed** [4] - 7888:5, 7888:16, 7891:8, 7891:15

**confounding** [1] - 7842:10

**confusing** [2] - 7812:25, 7845:20

**conjecture** [1] - 7877:17

**connected** [1] - 7814:12

**CONNOLLY** [1] - 7766:12

**conscious** [1] - 7773:13

**consider** [7] - 7777:25, 7779:25, 7787:23, 7831:24, 7838:22, 7851:13, 7857:17

**considered** [3] - 7767:14, 7785:16, 7838:21

**considering** [8] - 7767:20, 7775:2, 7789:12, 7789:13, 7827:10, 7840:4, 7842:12, 7843:11

**consist** [1] - 7841:18

**consistent** [5] - 7802:23, 7803:2, 7846:15, 7854:16, 7856:22

**constantly** [3] - 7793:18, 7796:15, 7852:22

**constituent** [1] -

7906

7845:2
  **constitutes** [2] - 7808:20, 7898:4
  **Constitution** [2] - 7766:18, 7898:12
  **constraints** [1] - 7805:12
  **construct** [3] - 7785:12, 7785:18, 7871:3
  **consulted** [1] - 7784:5
  **Consumer** [1] - 7766:2
  **consumers** [2] - 7798:6, 7798:9
  **Cont** [2] - 7767:6, 7899:4
  **context** [12] - 7767:21, 7768:3, 7775:3, 7775:12, 7777:11, 7777:19, 7778:25, 7780:11, 7789:11, 7790:9, 7792:8, 7830:18
  **contextual** [1] - 7776:7
  **continue** [4] - 7776:6, 7781:18, 7799:19, 7806:10
  **continued** [5] - 7780:14, 7782:23, 7784:7, 7825:15, 7825:16
  **continuing** [1] - 7784:9
  **contrast** [1] - 7790:18
  **control** [4] - 7773:2, 7781:17, 7842:8
  **controlled** [3] - 7822:19, 7826:16, 7840:3
  **controlling** [2] - 7839:2, 7849:23
  **conversation** [3] - 7790:22, 7888:21, 7890:25
  **conversations** [1] - 7767:21
  **conversely** [1] - 7837:20
  **convince** [1] - 7788:16
  **cook** [7] - 7772:14, 7773:19, 7774:11, 7783:23, 7789:3, 7789:5, 7804:13
  **Cornell** [4] - 7808:3, 7808:4, 7808:12, 7808:15
  **corner** [3] - 7822:6, 7842:20, 7847:12

  **corpus** [1] - 7835:4
  **correct** [71] - 7768:11, 7769:9, 7770:1, 7770:7, 7771:5, 7771:10, 7771:14, 7771:20, 7773:11, 7774:21, 7775:8, 7777:1, 7779:9, 7780:7, 7780:18, 7781:6, 7781:22, 7782:8, 7782:11, 7782:12, 7782:15, 7782:16, 7782:18, 7783:4, 7783:7, 7783:20, 7783:21, 7784:17, 7785:5, 7785:14, 7786:2, 7786:10, 7786:11, 7786:14, 7786:21, 7786:22, 7788:21, 7789:21, 7789:22, 7789:25, 7792:11, 7792:16, 7792:18, 7793:2, 7793:4, 7794:10, 7795:19, 7801:3, 7802:4, 7816:24, 7817:3, 7817:6, 7839:21, 7849:2, 7849:3, 7852:15, 7852:16, 7852:17, 7853:4, 7868:3, 7870:24, 7871:25, 7874:1, 7881:1, 7883:6, 7888:15, 7889:15, 7893:12, 7894:8
  **correlation** [1] - 7843:21
  **correspond** [1] - 7839:19
  **correspondence** [1] - 7796:10
  **corresponding** [1] - 7780:4
  **cost** [5] - 7781:21, 7782:1, 7794:22, 7862:9, 7876:10
  **costs** [3] - 7773:14, 7784:16, 7785:4
  **Counsel** [2] - 7882:6, 7883:5
  **counsel** [8] - 7776:6, 7801:20, 7825:4, 7881:17, 7881:21, 7882:4, 7882:9, 7883:7
  **Counsel's** [1] - 7883:14
  **count** [2] - 7811:9, 7811:10
  **counted** [1] - 7836:14

  **countries** [1] - 7797:23
  **country** [1] - 7812:7
  **couple** [3] - 7820:24, 7824:11, 7893:6
  **course** [11] - 7777:4, 7777:21, 7788:18, 7809:23, 7810:2, 7842:16, 7869:13, 7871:2, 7883:3, 7884:4, 7893:14
  **courses** [2] - 7809:18, 7809:19
  **COURT** [110] - 7765:1, 7767:2, 7768:18, 7770:11, 7775:15, 7776:4, 7776:6, 7776:11, 7776:16, 7777:7, 7777:14, 7786:25, 7788:8, 7788:10, 7791:19, 7791:23, 7792:6, 7793:7, 7793:15, 7796:2, 7798:16, 7798:21, 7799:3, 7799:7, 7799:21, 7800:2, 7800:9, 7801:8, 7801:18, 7803:11, 7804:25, 7805:22, 7806:6, 7806:12, 7806:16, 7806:19, 7807:2, 7807:17, 7812:23, 7813:3, 7814:7, 7816:13, 7817:9, 7817:12, 7817:19, 7817:23, 7818:3, 7818:9, 7818:12, 7818:16, 7818:20, 7820:24, 7821:2, 7821:5, 7822:1, 7822:9, 7824:20, 7825:4, 7828:9, 7837:5, 7837:9, 7837:15, 7837:19, 7839:14, 7839:18, 7839:22, 7841:15, 7841:22, 7843:25, 7844:7, 7844:10, 7844:14, 7844:20, 7845:1, 7845:7, 7845:12, 7846:17, 7846:20, 7847:10, 7847:13, 7848:7, 7849:13, 7849:19, 7852:12, 7852:17, 7852:25, 7853:16, 7856:25, 7861:16, 7862:2, 7862:25, 7863:14, 7864:8,

7865:12, 7880:4, 7882:13, 7894:16, 7895:6, 7895:8, 7895:13, 7895:18, 7895:22, 7895:25, 7896:4, 7896:9, 7896:18, 7896:25, 7897:3, 7897:9, 7898:1
  **court** [1] - 7815:19
  **Court** [12] - 7766:16, 7766:17, 7818:12, 7864:14, 7866:19, 7875:10, 7875:16, 7880:2, 7884:22, 7893:25, 7894:25, 7898:11
  **courtesy** [1] - 7807:13
  **Courthouse** [1] - 7766:17
  **COURTROOM** [1] - 7825:1
  **courtroom** [1] - 7894:22
  **courts** [1] - 7815:24
  **coverage** [1] - 7790:17
  **covered** [3] - 7803:25, 7808:13, 7809:6
  **covers** [5] - 7810:5, 7810:6, 7810:7, 7832:9
  **covert** [11] - 7846:8, 7847:8, 7847:11, 7847:20, 7851:6, 7851:15, 7853:20, 7854:12, 7854:17, 7857:17
  **Cranfield** [2] - 7826:2, 7850:15
  **CRC** [1] - 7766:16
  **create** [3] - 7812:6, 7870:2, 7884:5
  **created** [2] - 7822:3, 7842:15
  **creates** [1] - 7781:23
  **creating** [4] - 7774:2, 7781:2, 7781:19, 7816:22
  **creation** [1] - 7876:6
  **credit** [3] - 7889:14, 7892:22, 7892:25
  **criticism** [2] - 7842:25, 7843:2
  **CROSS** [2] - 7767:6, 7864:10
  **Cross** [2] - 7899:4, 7899:6
  **CROSS-EXAMINATION** [2] - 7767:6, 7864:10
  **Cross-Examination** [2] - 7899:4, 7899:6

**CRR** [2] - 7766:16, 7898:11
**Cue** [11] - 7772:6, 7772:14, 7773:20, 7774:11, 7775:2, 7776:13, 7776:25, 7777:8, 7799:11, 7799:16, 7804:8
**cue** [1] - 7767:17
**Cue's** [1] - 7799:25
**culling** [1] - 7831:21
**cumulative** [1] - 7821:3
**current** [8] - 7785:25, 7786:6, 7803:24, 7804:1, 7807:12, 7820:17, 7831:6, 7842:19
**curve** [35] - 7820:3, 7820:19, 7861:1, 7861:5, 7861:10, 7861:11, 7861:17, 7869:22, 7870:2, 7870:8, 7870:12, 7870:15, 7870:16, 7870:22, 7870:23, 7870:24, 7871:1, 7871:7, 7871:17, 7871:18, 7871:22, 7871:23, 7871:24, 7872:6, 7872:7, 7872:10, 7872:11, 7872:14, 7872:25, 7873:2, 7873:11, 7873:12, 7873:17, 7873:25, 7874:23
**curves** [2] - 7871:14, 7871:15
**customer** [1] - 7879:16
**customers** [1] - 7802:21
**cut** [1] - 7851:25
**CV** [1] - 7765:4

# D

**D.C** [4] - 7765:5, 7765:13, 7766:13, 7898:13
**DAHLQUIST** [1] - 7896:2
**Dahlquist** [1] - 7765:14
**Data** [1] - 7809:21
**data** [105] - 7818:25, 7819:12, 7819:18, 7819:21, 7820:3, 7820:6, 7820:20, 7820:23, 7822:17,

7822:25, 7823:1, 7823:2, 7823:5, 7823:8, 7823:20, 7823:23, 7824:9, 7825:7, 7828:16, 7828:20, 7828:22, 7830:7, 7830:22, 7833:14, 7833:15, 7833:22, 7834:3, 7834:9, 7834:11, 7834:12, 7834:15, 7834:21, 7834:25, 7835:12, 7836:5, 7838:12, 7838:16, 7838:25, 7840:10, 7840:11, 7840:22, 7841:4, 7841:13, 7841:17, 7842:19, 7843:9, 7847:17, 7849:10, 7849:15, 7849:16, 7849:18, 7849:25, 7850:1, 7850:8, 7853:2, 7853:8, 7853:9, 7853:10, 7853:11, 7853:13, 7853:15, 7856:17, 7858:12, 7858:20, 7858:23, 7858:25, 7859:3, 7859:9, 7860:4, 7861:20, 7862:6, 7862:7, 7862:9, 7862:13, 7863:7, 7863:9, 7863:23, 7864:23, 7866:23, 7867:19, 7868:18, 7868:24, 7871:24, 7872:8, 7872:15, 7873:4, 7873:8, 7873:13, 7873:16, 7873:21, 7873:23, 7874:5, 7874:9, 7874:13, 7874:19, 7874:25, 7875:12, 7875:16, 7875:24, 7881:24, 7894:6
**Database** [1] - 7809:20
**dataset** [1] - 7847:8
**datasets** [2] - 7841:15, 7872:5
**date** [2] - 7795:17, 7852:19
**Dated** [1] - 7898:7
**dated** [5] - 7776:13, 7792:17, 7890:9, 7893:10, 7893:15
**David** [2] - 7765:14, 7803:14
**David.dahlquist@**

**usdoj.gov** [1] - 7765:17
**DAY** [1] - 7765:3
**days** [14] - 7797:10, 7812:1, 7829:19, 7831:25, 7863:22, 7882:22, 7891:5, 7891:9, 7891:15, 7892:12, 7892:15, 7893:5, 7893:17, 7894:5
**DC** [2] - 7765:20, 7766:18
**DCG** [2] - 7856:13, 7856:14
**deal** [29] - 7768:3, 7772:18, 7772:19, 7772:22, 7773:7, 7774:1, 7774:5, 7775:6, 7775:24, 7776:8, 7777:13, 7778:3, 7780:11, 7780:20, 7780:25, 7781:2, 7781:15, 7781:18, 7781:24, 7784:6, 7784:8, 7784:9, 7784:12, 7785:2, 7787:24, 7787:25, 7788:5, 7800:12
**deals** [5] - 7778:16, 7778:22, 7779:12, 7780:1, 7786:6
**death** [1] - 7837:24
**December** [2] - 7792:17, 7795:17
**decided** [2] - 7781:9, 7810:2
**decision** [8] - 7886:8, 7886:16, 7886:17, 7887:1, 7887:2, 7887:10, 7887:11, 7887:13
**decisions** [2] - 7825:24, 7879:5
**deck** [2] - 7843:23, 7867:1
**decrease** [11] - 7784:2, 7847:16, 7847:17, 7847:19, 7848:5, 7848:11, 7854:19, 7858:6, 7858:8, 7858:12, 7858:13
**decreased** [1] - 7781:11
**deep** [2] - 7830:20, 7863:8
**deep-learning** [1] - 7863:8
**deeper** [1] - 7790:16

**default** [13] - 7767:15, 7773:24, 7774:14, 7777:6, 7777:23, 7778:16, 7778:24, 7780:24, 7781:5, 7781:10, 7786:4, 7786:7, 7803:23
**Defendant** [2] - 7765:7, 7766:11
**defendants** [1] - 7814:22
**defense** [1] - 7880:3
**define** [1] - 7786:3
**definitely** [3] - 7767:19, 7769:15, 7780:8
**degrees** [1] - 7807:22
**delta** [4] - 7846:17, 7846:20, 7847:1, 7848:7
**demanding** [1] - 7797:9
**demo** [1] - 7812:14
**demonstrated** [1] - 7772:20
**Demonstrative** [1] - 7861:24
**demonstrative** [3] - 7819:6, 7870:11, 7895:3
**demonstratives** [1] - 7818:17
**Denver** [1] - 7766:5
**denying** [1] - 7817:13
**DEPARTMENT** [4] - 7765:12, 7765:15, 7765:19, 7766:2
**Department** [1] - 7842:24
**depicted** [1] - 7819:23
**deposition** [10] - 7825:17, 7825:23, 7864:21, 7882:16, 7882:19, 7883:24, 7884:14, 7887:21, 7887:23, 7894:2
**DEPUTY** [1] - 7825:1
**derived** [1] - 7866:15
**deriving** [1] - 7845:4
**descending** [1] - 7837:16
**described** [2] - 7839:12, 7894:11
**describing** [3] - 7808:11, 7845:21, 7858:5
**description** [1] - 7836:10
**design** [11] - 7773:2, 7809:1, 7825:19,

7827:20, 7886:17, 7886:18, 7886:19, 7890:14, 7891:24, 7892:1, 7892:10

**designations** [1] - 7896:22

**designed** [3] - 7797:12, 7798:12, 7827:25

**designing** [5] - 7778:2, 7825:7, 7884:23, 7886:9, 7888:12

**desire** [1] - 7879:13

**desires** [3] - 7877:23, 7878:7, 7878:8

**desktop** [14] - 7769:12, 7770:20, 7770:22, 7841:17, 7841:18, 7841:21, 7841:24, 7842:1, 7844:22, 7845:10, 7857:9, 7866:23, 7867:3, 7867:12

**detail** [3] - 7846:9, 7859:16, 7872:7

**details** [5] - 7794:19, 7827:19, 7828:11, 7836:10, 7856:20

**determine** [5] - 7818:24, 7827:9, 7830:25, 7833:17, 7839:3

**determined** [3] - 7836:7, 7839:7, 7893:20

**determines** [1] - 7835:21

**develop** [6] - 7774:24, 7775:20, 7789:3, 7809:3, 7852:20, 7853:5

**developed** [3] - 7852:18, 7853:1, 7863:7

**developing** [3] - 7775:8, 7797:4, 7853:6

**development** [1] - 7853:4

**devices** [1] - 7805:15

**diabetes** [2] - 7824:13, 7824:15

**diced** [1] - 7857:8

**DICKMAN** [1] - 7898:3

**Dickman** [2] - 7766:16, 7898:11

**difference** [24] - 7769:11, 7819:2, 7834:5, 7843:20, 7843:22, 7846:15,

7847:4, 7848:4, 7853:21, 7854:14, 7856:16, 7856:17, 7856:18, 7857:24, 7858:4, 7858:19, 7859:10, 7859:24, 7860:23, 7861:15, 7861:21, 7866:17, 7868:2, 7876:25

**differences** [3] - 7854:23, 7860:15, 7868:1

**different** [77] - 7767:15, 7784:4, 7784:11, 7789:15, 7791:1, 7791:13, 7799:8, 7808:7, 7809:8, 7809:19, 7811:3, 7811:4, 7812:13, 7814:1, 7814:22, 7820:13, 7826:22, 7826:24, 7827:3, 7827:9, 7827:11, 7827:17, 7828:22, 7828:24, 7829:2, 7829:6, 7830:3, 7831:16, 7831:17, 7832:21, 7832:24, 7834:7, 7838:16, 7838:18, 7838:24, 7839:19, 7840:8, 7840:11, 7840:13, 7840:24, 7841:2, 7841:12, 7843:3, 7844:9, 7850:23, 7850:24, 7852:1, 7853:14, 7853:19, 7854:1, 7854:24, 7856:15, 7856:17, 7856:21, 7857:8, 7857:11, 7857:23, 7858:14, 7858:15, 7859:17, 7860:13, 7860:14, 7865:5, 7870:5, 7871:7, 7871:14, 7871:15, 7871:16, 7871:23, 7885:21, 7885:24, 7886:6

**difficult** [2] - 7803:23, 7805:7

**digital** [3] - 7809:5, 7812:6, 7812:10

**digits** [1] - 7876:19

**Diller** [9] - 7792:14, 7792:23, 7792:25, 7793:7, 7795:3, 7796:10, 7796:21, 7796:23, 7797:5

**Diller's** [2] - 7792:22,

7793:17

**dimensions** [2] - 7769:16, 7878:20

**diminishing** [8] - 7819:20, 7819:24, 7819:25, 7820:7, 7859:7, 7860:22, 7860:24, 7874:24

**DINTZER** [39] - 7814:5, 7814:8, 7814:10, 7814:17, 7814:24, 7815:3, 7815:7, 7815:12, 7815:18, 7815:25, 7816:5, 7816:9, 7816:16, 7816:18, 7816:21, 7817:1, 7817:4, 7817:7, 7817:11, 7817:15, 7817:20, 7818:2, 7818:6, 7818:10, 7849:12, 7863:11, 7864:7, 7864:11, 7865:13, 7879:24, 7880:8, 7880:9, 7882:12, 7882:15, 7889:20, 7889:22, 7894:24, 7895:11, 7897:5

**Dintzer** [2] - 7765:11, 7894:16

**Dintzer................ 7864** [1] - 7899:6

**dire** [1] - 7816:12

**DIRECT** [1] - 7807:6

**Direct** [1] - 7899:6

**directed** [1] - 7865:4

**direction** [1] - 7849:24

**directions** [1] - 7831:4

**directly** [3] - 7784:3, 7784:4, 7797:8

**disagree** [1] - 7768:23

**disciplines** [1] - 7852:1

**discount** [1] - 7821:3

**discounted** [2] - 7821:19

**discuss** [3] - 7824:23, 7894:21, 7896:4

**discussed** [3] - 7789:9, 7888:6, 7893:19

**discussing** [2] - 7779:20, 7780:11

**discussion** [2] - 7801:11, 7882:1

**discussions** [10] - 7767:18, 7771:17, 7772:13, 7773:19, 7777:5, 7777:21,

7778:11, 7783:23, 7812:8, 7884:15

**disintermediating** [1] - 7793:19

**dissertation** [4] - 7808:5, 7808:12, 7808:13, 7829:20

**dissertations** [2] - 7813:16, 7813:19

**distillation** [3] - 7843:16, 7843:19, 7843:20

**distributed** [1] - 7811:24

**distribution** [5] - 7779:11, 7780:1, 7786:6, 7820:13, 7876:15

**distributions** [1] - 7820:12

**DISTRICT** [3] - 7765:1, 7765:1, 7765:10

**district** [2] - 7815:19, 7815:24

**disturbance** [1] - 7788:7

**dive** [1] - 7896:24

**docs** [2] - 7893:10, 7893:14

**Doctor** [1] - 7864:12

**doctoral** [3] - 7813:13, 7823:12, 7827:18

**document** [21] - 7776:19, 7776:23, 7796:9, 7798:19, 7802:6, 7802:12, 7802:16, 7802:23, 7822:3, 7822:8, 7829:14, 7829:21, 7830:10, 7830:14, 7830:15, 7831:9, 7835:7, 7860:20, 7869:25, 7883:14

**Document** [1] - 7811:19

**documentation** [1] - 7883:1

**documents** [14] - 7811:24, 7825:18, 7826:6, 7826:7, 7830:23, 7830:24, 7831:6, 7831:18, 7850:18, 7864:3, 7884:7, 7893:21, 7896:8, 7896:12

**DoJ** [3] - 7765:11, 7801:20, 7897:5

**dollars** [3] - 7778:24, 7781:22, 7784:25

**domain** [2] - 7835:17,

7909

7859:17
**done** [32] - 7773:6, 7778:22, 7780:4, 7781:8, 7784:4, 7789:4, 7804:16, 7811:17, 7815:25, 7816:1, 7816:3, 7816:5, 7816:7, 7824:7, 7827:16, 7829:2, 7829:8, 7836:10, 7836:24, 7845:19, 7859:15, 7862:12, 7868:13, 7868:21, 7877:16, 7884:24, 7884:25, 7891:2, 7892:13, 7892:16, 7894:8, 7894:13
**doubled** [1] - 7840:22
**doubt** [1] - 7783:12
**Douyon** [2] - 7896:12, 7897:1
**down** [22] - 7773:22, 7774:13, 7776:22, 7783:6, 7786:16, 7790:2, 7791:15, 7794:24, 7822:14, 7831:21, 7835:5, 7837:17, 7847:19, 7848:11, 7849:16, 7858:7, 7858:9, 7884:3, 7889:4, 7893:24, 7894:11, 7895:18
**download** [1] - 7805:15
**Dr** [15] - 7771:22, 7782:10, 7788:13, 7806:23, 7807:8, 7824:23, 7850:14, 7851:3, 7863:3, 7863:6, 7864:16, 7864:20, 7894:18, 7895:10, 7895:13
**drafts** [1] - 7884:9
**dramatically** [2] - 7781:11, 7794:16
**draw** [2] - 7776:21, 7793:17
**DRE** [12] - 7869:5, 7873:5, 7884:23, 7885:4, 7886:4, 7886:5, 7886:9, 7888:12, 7890:18, 7893:1, 7893:11, 7893:15
**drive** [2] - 7778:17, 7896:21
**driving** [1] - 7784:14
**drop** [1] - 7853:10

**Drummond** [1] - 7803:14
**due** [9] - 7825:15, 7891:5, 7891:9, 7891:15, 7892:12, 7892:15, 7893:5, 7893:17, 7894:5
**duly** [1] - 7806:25
**duopoly** [1] - 7786:23
**during** [6] - 7771:17, 7804:8, 7805:3, 7816:22, 7824:24, 7842:16
**DX1139** [2] - 7768:13, 7783:1
**DX1141** [1] - 7770:9
**DX2034** [4] - 7802:11, 7802:23, 7803:6, 7803:11
**DX2034......................
.........................7803**
[1] - 7899:11
**DX26019** [2] - 7872:13, 7872:23
**DXD26** [2] - 7819:7, 7861:24
**DXD26......................
.........................7861**
[1] - 7899:11
**DXD26.008** [2] - 7876:17, 7876:20
**dynamic** [5] - 7767:20, 7772:25, 7775:2, 7794:25, 7836:13

# E

**early** [4] - 7809:25, 7811:25, 7812:1, 7829:19
**earned** [1] - 7807:22
**earnings** [2] - 7789:19, 7797:16
**easier** [3] - 7798:7, 7822:7, 7855:23
**easily** [1] - 7798:6
**easy** [1] - 7839:3
**eCommerce** [3] - 7790:13, 7790:23, 7790:25
**economics** [1] - 7868:25
**economies** [1] - 7824:5
**edge** [1] - 7795:4
**editors** [1] - 7880:17
**educational** [1] - 7809:25
**Edward** [3] - 7806:23, 7807:11, 7899:5

**EDWARD** [2] - 7806:24, 7807:11
**effect** [10] - 7820:22, 7822:17, 7828:21, 7833:10, 7840:7, 7844:17, 7845:23, 7849:24, 7859:19, 7860:3
**Effective** [1] - 7811:20
**effectively** [1] - 7798:12
**effectiveness** [2] - 7878:16, 7878:23
**effects** [1] - 7842:12
**efficiency** [2] - 7878:15, 7878:25
**efficient** [7] - 7819:14, 7819:16, 7849:7, 7859:4, 7875:8, 7875:9
**effort** [2] - 7789:12, 7868:17
**efforts** [4] - 7789:1, 7803:22, 7805:14, 7813:14
**either** [8] - 7778:16, 7786:7, 7786:14, 7797:7, 7801:2, 7817:21, 7874:22, 7889:17
**electrical** [3] - 7807:14, 7807:24, 7833:9
**electronic** [2] - 7811:21, 7813:17
**eliminated** [1] - 7797:24
**Email** [7] - 7765:14, 7765:17, 7765:21, 7765:21, 7766:6, 7766:14, 7766:15
**email** [8] - 7766:10, 7766:15, 7776:13, 7792:13, 7792:23, 7796:13, 7799:10, 7799:15
**embed** [1] - 7863:22
**embedded** [4] - 7792:4, 7803:9, 7831:2, 7896:14
**embedding** [1] - 7831:8
**emerged** [1] - 7809:1
**Emily** [1] - 7801:21
**employed** [1] - 7869:15
**employees** [1] - 7792:1
**empty** [2] - 7795:12, 7841:10
**end** [5] - 7775:6,

7873:14, 7885:6, 7892:4, 7893:19
**ended** [2] - 7774:8, 7864:14
**engaged** [2] - 7803:22, 7805:14
**engagement** [2] - 7791:1, 7829:24
**engaging** [1] - 7810:11
**engine** [35] - 7767:15, 7768:12, 7768:25, 7769:10, 7771:19, 7771:24, 7772:2, 7772:10, 7773:23, 7773:24, 7774:14, 7774:25, 7775:8, 7775:21, 7777:6, 7779:5, 7779:9, 7779:18, 7779:25, 7781:5, 7782:7, 7782:14, 7784:1, 7788:21, 7789:4, 7810:18, 7819:1, 7875:17, 7875:24, 7876:7, 7878:10, 7878:11, 7879:25, 7880:1
**engineering** [4] - 7807:14, 7807:24, 7833:9, 7862:14
**engineers** [9] - 7817:1, 7846:9, 7851:11, 7852:21, 7856:12, 7865:2, 7868:5, 7868:7, 7884:11
**engines** [15] - 7767:23, 7768:11, 7769:8, 7782:23, 7803:23, 7805:9, 7808:23, 7809:3, 7809:4, 7811:15, 7812:22, 7813:7, 7823:19, 7845:24, 7878:21
**English** [1] - 7841:23
**enhanced** [3] - 7778:12, 7778:17, 7786:7
**ensure** [2] - 7879:8, 7879:18
**enter** [3] - 7774:5, 7775:6, 7787:17
**entered** [1] - 7776:1
**entire** [1] - 7813:22
**entirety** [1] - 7801:9
**entities** [1] - 7796:23
**entitled** [1] - 7802:12
**entry** [1] - 7845:5

environment [1] - 7778:14

equally [1] - 7859:4

equate [1] - 7840:16

erase [1] - 7843:4

Eric [3] - 7887:16, 7888:1, 7888:16

error [1] - 7860:9

especially [2] - 7800:13, 7886:22

essentially [6] - 7786:23, 7838:10, 7839:18, 7841:9, 7856:22, 7887:7

estimate [3] - 7846:1, 7847:25, 7858:24

estimated [1] - 7832:22

estimates [5] - 7848:1, 7848:18, 7858:17, 7858:22, 7860:11

estimation [1] - 7862:10

et [1] - 7765:3

Europe [1] - 7780:12

evaluating [1] - 7888:13

evaluations [1] - 7865:6

evening [1] - 7897:4

event [3] - 7802:3, 7802:18, 7835:19

evidence [12] - 7792:9, 7796:1, 7803:5, 7803:10, 7822:6, 7823:18, 7833:4, 7870:10, 7896:16

evolving [3] - 7797:2, 7798:9, 7856:2

exact [3] - 7814:22, 7830:14, 7863:18

exactly [6] - 7829:1, 7830:10, 7869:5, 7876:4, 7883:8

Examination [4] - 7899:4, 7899:4, 7899:6, 7899:6

examination [1] - 7894:17

EXAMINATION [4] - 7767:6, 7796:6, 7807:6, 7864:10

examine [1] - 7817:13

examined [1] - 7807:1

example [9] - 7791:1, 7798:4, 7798:11, 7834:23, 7835:18, 7837:22, 7852:25, 7863:10, 7863:21

examples [4] -

---

7811:14, 7824:18, 7841:3, 7856:20

excellent [1] - 7875:3

except [5] - 7813:9, 7839:4, 7840:21, 7890:25, 7892:25

exception [1] - 7843:13

exceptionally [1] - 7788:1

exchange [1] - 7799:10

exclusively [1] - 7831:14

excuse [1] - 7839:15

executive [1] - 7793:24

executives [1] - 7802:25

Exhibit [1] - 7861:24

exhibits [5] - 7896:7, 7896:9, 7896:11, 7896:13, 7899:8

exist [1] - 7852:14

existing [1] - 7774:12

expand [1] - 7830:17

expansion [1] - 7830:16

expect [11] - 7771:8, 7771:12, 7773:17, 7789:5, 7821:7, 7847:16, 7857:23, 7877:1, 7895:19, 7895:25, 7896:2

expectation [1] - 7895:22

expecting [1] - 7797:1

expects [1] - 7773:16

Expedia [7] - 7792:25, 7793:3, 7793:8, 7793:13, 7795:5, 7795:19, 7877:15

expensive [1] - 7824:3

experience [21] - 7772:24, 7773:2, 7773:3, 7775:5, 7780:12, 7781:17, 7788:3, 7790:16, 7796:18, 7796:24, 7797:13, 7798:4, 7799:1, 7805:6, 7806:9, 7812:17, 7815:5, 7847:1, 7878:1, 7878:16, 7884:2

experiences [2] - 7797:4, 7797:9

experiential [1] - 7810:12

experiment [55] -

---

7817:10, 7817:14, 7822:19, 7822:21, 7822:22, 7822:23, 7823:2, 7823:3, 7824:19, 7825:8, 7825:13, 7825:20, 7825:25, 7826:1, 7826:12, 7826:14, 7827:15, 7828:1, 7828:13, 7833:20, 7833:24, 7834:4, 7834:6, 7838:15, 7839:8, 7840:3, 7842:16, 7842:22, 7847:8, 7847:14, 7848:2, 7849:24, 7851:15, 7852:14, 7852:15, 7852:19, 7853:19, 7858:21, 7859:15, 7860:21, 7861:2, 7861:12, 7872:1, 7880:7, 7884:24, 7886:12, 7886:19, 7886:21, 7892:13, 7892:16, 7893:19, 7894:8, 7894:12, 7894:13

experiment's [1] - 7893:16

experimental [4] - 7823:13, 7890:14, 7891:24, 7892:10

experiments [16] - 7822:20, 7823:5, 7823:20, 7826:2, 7826:5, 7826:16, 7842:8, 7850:15, 7851:17, 7851:18, 7853:6, 7854:3, 7875:17, 7875:20, 7875:25, 7886:13

expert [10] - 7769:4, 7814:3, 7817:17, 7817:21, 7817:24, 7818:13, 7842:23, 7869:10, 7869:11, 7883:21

expert's [1] - 7768:13

expertise [4] - 7817:13, 7818:4, 7880:4

experts [4] - 7827:6, 7833:4, 7850:20, 7863:14

explain [9] - 7805:2, 7820:10, 7828:12, 7830:14, 7843:16, 7844:3, 7849:7, 7849:22, 7890:17

explained [4] -

---

7804:14, 7819:11, 7848:23, 7849:17

explaining [1] - 7891:4

explains [1] - 7849:20

explanation [1] - 7808:19

Export [1] - 7811:19

express [1] - 7894:24

expressed [4] - 7775:7, 7792:23, 7795:9, 7795:16

Extended [1] - 7811:20

extensively [1] - 7803:25

extent [6] - 7817:24, 7818:3, 7818:24, 7828:18, 7859:2

external [1] - 7802:19

extra [1] - 7824:6

extraordinary [1] - 7772:21

eyeballing [1] - 7861:13

## F

F-O-X [1] - 7807:11

Facebook [1] - 7768:5

facing [2] - 7796:21, 7796:23

fact [6] - 7774:16, 7796:20, 7797:11, 7855:9, 7875:15, 7891:25

factors [5] - 7772:17, 7773:20, 7776:1, 7794:25, 7819:12

facts [1] - 7888:4

faculty [1] - 7827:16

fair [6] - 7772:8, 7778:23, 7793:20, 7813:4, 7862:8, 7868:12

fairly [2] - 7823:7, 7894:12

falling [1] - 7788:11

familiar [4] - 7792:22, 7820:7, 7875:15, 7875:25

family [2] - 7823:9, 7826:1

far [15] - 7814:16, 7815:2, 7821:16, 7825:18, 7853:13, 7861:10, 7862:6, 7862:7, 7868:15, 7868:17, 7873:14, 7879:21, 7879:23,

7911

7885:7
**fast** [1] - 7786:16
**faster** [1] - 7843:15
**father** [1] - 7808:16
**favor** [2] - 7793:18,
7796:16
**feature** [1] - 7803:16
**features** [2] - 7797:12,
7852:8
**February** [2] -
7825:13, 7893:20
**fed** [1] - 7841:4
**feed** [2] - 7843:9,
7874:18
**feeding** [1] - 7858:25
**fees** [1] - 7797:24
**fellow** [1] - 7809:10
**felt** [2] - 7775:1,
7784:6
**few** [5] - 7803:13,
7804:6, 7827:3,
7828:5, 7876:13
**field** [13] - 7795:6,
7808:6, 7808:20,
7808:23, 7808:25,
7809:3, 7809:6,
7812:4, 7814:3,
7833:14, 7850:7,
7877:24, 7891:1
**Field** [1] - 7809:16
**fields** [1] - 7831:16
**Fifth** [1] - 7765:19
**fifth** [1] - 7795:3
**figure** [7] - 7811:21,
7829:12, 7831:5,
7848:20, 7872:10,
7872:16, 7875:11
**figures** [1] - 7813:21
**figuring** [2] - 7831:19,
7864:5
**file** [1] - 7896:13
**filed** [3] - 7813:11,
7842:24, 7890:9
**financial** [6] - 7780:6,
7780:17, 7781:19,
7789:20, 7789:24
**fine** [8] - 7779:22,
7814:17, 7818:6,
7865:1, 7870:18,
7871:12, 7880:8,
7890:20
**finish** [2] - 7894:25,
7895:13
**firms** [1] - 7770:16
**first** [30] - 7795:2,
7796:13, 7796:14,
7797:21, 7805:23,
7806:25, 7809:17,
7812:17, 7819:6,
7819:10, 7820:12,

7821:17, 7829:6,
7831:22, 7835:2,
7835:4, 7835:15,
7835:20, 7836:9,
7838:12, 7841:21,
7843:5, 7844:16,
7845:5, 7847:18,
7851:5, 7859:24,
7878:17, 7883:11,
7892:19
**fit** [4] - 7826:7,
7846:10, 7867:19,
7873:19
**fits** [2] - 7807:3,
7828:13
**five** [2] - 7783:22,
7867:18
**flash** [2] - 7896:21,
7896:24
**flat** [1] - 7861:16
**flattens** [1] - 7820:4
**flaw** [1] - 7809:2
**flights** [1] - 7797:11
**Floor** [1] - 7766:5
**floor** [1] - 7788:10
**focus** [1] - 7807:25
**focused** [4] - 7798:2,
7805:5, 7832:9, 7857:4
**folks** [1] - 7784:4
**follow** [5] - 7836:23,
7862:3, 7863:1,
7880:23, 7880:24
**follow-up** [1] - 7863:1
**following** [1] -
7793:23
**follows** [1] - 7807:1
**footnote** [8] - 7889:2,
7889:13, 7889:24,
7890:12, 7890:21,
7892:4, 7892:7, 7894:5
**footnotes** [10] -
7880:18, 7881:17,
7881:19, 7882:9,
7883:11, 7883:16,
7883:19, 7884:4,
7884:6, 7894:6
**FOR** [1] - 7765:1
**foregoing** [1] - 7898:4
**form** [2] - 7786:24,
7829:19
**formed** [1] - 7859:2
**formula** [1] - 7836:22
**formulas** [1] - 7830:4
**forth** [15] - 7789:11,
7800:5, 7833:10,
7835:20, 7842:19,
7843:15, 7844:23,
7846:11, 7853:7,
7853:24, 7856:11,
7878:2, 7882:2,

7893:21, 7893:22
**fortunately** [1] -
7838:1
**Fortune** [1] - 7802:20
**forward** [4] - 7807:19,
7894:19, 7895:10,
7896:17
**Foundation** [4] -
7810:1, 7811:17,
7812:9, 7880:21
**founded** [1] - 7810:1
**founders** [1] - 7812:16
**four** [6] - 7810:16,
7813:13, 7815:7,
7846:19, 7876:12,
7896:22
**fourth** [3] - 7814:13,
7815:9, 7856:3
**Fox** [35] - 7806:23,
7807:2, 7807:8,
7807:11, 7807:17,
7807:22, 7814:3,
7818:13, 7818:22,
7819:8, 7822:11,
7824:23, 7825:1,
7825:7, 7828:11,
7833:11, 7838:7,
7840:2, 7845:15,
7848:17, 7850:14,
7851:3, 7853:18,
7856:23, 7857:2,
7857:15, 7859:12,
7860:20, 7861:23,
7863:3, 7863:18,
7894:18, 7895:10,
7895:13, 7899:5
**FOX** [1] - 7806:24
**framework** [5] -
7779:10, 7784:6,
7784:11, 7784:15,
7804:16
**free** [5] - 7796:16,
7797:22, 7798:22,
7799:5, 7867:1
**freeze** [2] - 7826:23,
7888:19
**frequent** [1] - 7851:25
**front** [4] - 7796:11,
7802:14, 7815:18,
7865:15
**froze** [4] - 7842:15,
7866:9, 7866:11,
7885:17
**frozen** [5] - 7866:8,
7885:12, 7885:20,
7885:24, 7888:20
**fulfilment** [1] -
7791:16
**full** [3] - 7792:3,
7814:15, 7898:5

**fully** [3] - 7775:5,
7775:14, 7782:25
**fund** [1] - 7812:9
**fundamental** [1] -
7864:2
**funded** [1] - 7824:12
**funding** [1] - 7812:15
**funnel** [5] - 7790:4,
7791:7, 7791:8,
7791:12, 7791:15
**fusion** [1] - 7833:5

## G

**gain** [3] - 7808:21,
7821:3, 7821:19
**gap** [13] - 7819:11,
7848:5, 7848:22,
7848:23, 7849:17,
7849:21, 7851:13,
7854:17, 7854:19,
7854:20, 7857:24,
7859:1, 7873:19
**general** [35] - 7767:15,
7767:23, 7768:11,
7768:12, 7768:25,
7769:10, 7770:2,
7770:15, 7770:16,
7770:22, 7772:7,
7775:21, 7778:11,
7780:3, 7782:22,
7783:16, 7784:1,
7787:17, 7787:23,
7788:20, 7789:3,
7808:12, 7814:19,
7821:25, 7836:23,
7860:22, 7868:4,
7870:7, 7871:3,
7875:16, 7875:24,
7877:24, 7878:3,
7878:10
**generalize** [2] -
7854:8, 7875:2
**generally** [2] -
7778:13, 7851:12
**generating** [1] -
7788:3
**Gerard** [1] - 7808:16
**getter** [1] - 7844:17
**giannandrea** [1] -
7771:22
**Giannandrea** [3] -
7776:9, 7782:10,
7788:13
**gist** [1] - 7883:9
**given** [12] - 7775:22,
7783:15, 7801:11,
7806:9, 7817:22,
7826:3, 7829:13,
7840:14, 7860:8,

7912

7871:4, 7889:17
**global** [1] - 7770:20
**Gomes** [2] - 7895:16
**gomes** [2] - 7895:19, 7896:1
**gomes'** [1] - 7895:23
**google** [1] - 7765:6
**Google** [200] -
7766:11, 7771:7,
7771:18, 7771:19,
7772:10, 7772:16,
7773:13, 7775:7,
7775:20, 7776:10,
7777:25, 7778:15,
7779:3, 7779:5,
7779:8, 7779:9,
7779:16, 7779:17,
7780:7, 7780:14,
7780:18, 7780:23,
7781:20, 7782:13,
7785:8, 7786:2,
7786:9, 7786:17,
7786:20, 7787:2,
7787:4, 7787:13,
7787:16, 7788:1,
7788:14, 7788:17,
7788:23, 7788:24,
7792:1, 7794:1,
7794:6, 7794:9,
7797:4, 7797:7,
7797:13, 7797:25,
7798:8, 7798:9,
7798:11, 7799:17,
7800:11, 7800:22,
7800:25, 7801:21,
7802:3, 7802:19,
7802:25, 7803:3,
7803:18, 7804:19,
7804:22, 7805:4,
7805:14, 7805:18,
7806:2, 7806:3,
7806:22, 7808:24,
7811:6, 7811:7,
7811:10, 7812:1,
7812:2, 7812:16,
7812:19, 7812:24,
7814:2, 7814:12,
7814:15, 7814:20,
7814:25, 7815:4,
7815:7, 7815:13,
7816:2, 7816:4,
7816:9, 7816:18,
7819:1, 7819:11,
7819:14, 7819:15,
7819:16, 7820:23,
7823:22, 7828:14,
7831:4, 7831:19,
7833:3, 7836:1,
7840:5, 7840:8,
7840:9, 7841:5,

7842:7, 7842:14,
7845:3, 7845:6,
7845:9, 7845:24,
7846:1, 7846:5,
7846:9, 7847:4,
7849:4, 7849:5,
7849:8, 7851:4,
7851:9, 7851:10,
7851:17, 7852:19,
7853:21, 7854:14,
7855:13, 7856:2,
7856:4, 7856:11,
7856:18, 7857:17,
7857:25, 7858:23,
7859:1, 7859:4,
7861:6, 7861:14,
7862:6, 7862:10,
7862:13, 7862:16,
7863:7, 7864:23,
7865:2, 7865:25,
7866:9, 7867:16,
7868:5, 7868:7,
7868:17, 7868:20,
7868:24, 7869:13,
7869:15, 7872:15,
7873:8, 7873:11,
7873:13, 7873:16,
7873:21, 7874:2,
7874:4, 7874:6,
7874:7, 7874:8,
7874:14, 7874:24,
7875:1, 7875:9,
7876:7, 7876:23,
7877:3, 7877:19,
7878:12, 7882:1,
7884:11, 7885:6,
7885:9, 7885:11,
7885:12, 7887:18,
7888:13, 7888:16,
7890:13, 7890:18,
7891:2, 7891:17,
7891:25, 7892:6,
7892:8, 7892:18,
7892:22, 7893:1,
7893:23, 7894:1,
7895:15, 7897:8
**Google's** [37] -
7767:22, 7768:10,
7769:8, 7771:9,
7771:13, 7771:23,
7772:1, 7772:8,
7773:23, 7774:14,
7780:12, 7782:14,
7793:3, 7793:18,
7794:24, 7795:4,
7795:20, 7796:15,
7796:18, 7796:24,
7816:21, 7822:17,
7828:7, 7841:7,
7842:4, 7842:19,
7844:6, 7844:16,

7844:17, 7844:19,
7844:21, 7849:14,
7858:11, 7859:8,
7865:2, 7874:19,
7874:24
**Google-Bing** [1] -
7853:21
**Google-Microsoft** [1]
- 7819:11
**government** [1] -
7874:20
**Gower** [2] - 7765:18,
7896:20
**GOWER** [2] - 7896:20,
7897:2
**grad** [1] - 7812:14
**gradually** [2] -
7862:21, 7862:23
**graduate** [3] -
7809:23, 7865:8,
7865:10
**graduating** [1] -
7807:23
**grants** [2] - 7811:12,
7811:16
**graph** [2] - 7822:1,
7876:24
**graphically** [1] -
7858:3
**great** [1] - 7823:17
**greater** [1] - 7769:25
**GREENBLUM** [2] -
7896:6, 7896:10
**Greenblum** [1] -
7766:12
**grew** [1] - 7782:23
**Group** [1] - 7809:13
**group** [6] - 7802:25,
7803:1, 7809:13,
7812:3, 7827:18,
7896:13
**groups** [1] - 7811:4
**grown** [1] - 7772:22
**growth** [4] - 7772:19,
7772:20, 7772:21,
7788:1
**guess** [10] - 7799:16,
7810:16, 7814:10,
7829:24, 7840:15,
7845:19, 7874:20,
7876:15, 7884:20,
7887:23
**guesses** [1] - 7850:6
**guidance** [1] - 7882:7

## H

**Haahr** [1] - 7893:7
**half** [2] - 7821:18,
7895:12

**halfway** [2] - 7776:22,
7790:2
**hand** [5] - 7824:21,
7847:12, 7858:6,
7889:19, 7896:12
**handed** [3] - 7802:11,
7882:16, 7896:21
**handle** [1] - 7815:24
**hang** [1] - 7817:9
**hanging** [1] - 7868:25
**happiness** [1] -
7780:23
**happy** [4] - 7772:24,
7775:25, 7784:7,
7807:3
**hard** [8] - 7792:21,
7804:19, 7804:22,
7806:8, 7820:15,
7820:17, 7872:10,
7873:19
**harder** [1] - 7857:20
**harsh** [1] - 7793:20
**head** [3] - 7772:3,
7802:1, 7856:25
**header** [1] - 7831:12
**heading** [1] - 7776:21
**Health** [1] - 7824:12
**Health-funded** [1] -
7824:12
**hear** [3] - 7805:23,
7846:8, 7894:9
**heard** [8] - 7799:4,
7800:10, 7829:25,
7831:3, 7851:22,
7875:16, 7880:2,
7895:16
**hearing** [1] - 7878:1
**hearsay** [3] - 7792:4,
7803:9, 7896:15
**help** [4] - 7820:20,
7827:19, 7829:23,
7832:24
**helped** [1] - 7788:4
**helpful** [1] - 7865:24
**helping** [1] - 7808:21
**helps** [1] - 7797:14
**hereby** [1] - 7898:3
**high** [27] - 7780:13,
7792:24, 7807:23,
7818:22, 7822:16,
7825:10, 7826:20,
7833:21, 7840:11,
7840:21, 7840:22,
7841:16, 7847:23,
7848:3, 7855:17,
7855:19, 7855:21,
7858:9, 7860:15,
7861:14, 7866:14,
7866:18, 7866:24,
7867:9, 7867:10,

7868:2, 7874:4
**high-quality** [1] - 7855:21
**higher** [4] - 7769:9, 7770:6, 7774:8, 7783:14
**highest** [1] - 7846:5
**highlighted** [1] - 7792:10
**hire** [1] - 7788:20
**hired** [7] - 7788:6, 7788:13, 7842:23, 7869:9, 7869:10, 7869:11, 7869:13
**historically** [2] - 7778:21, 7795:12
**history** [3] - 7830:3, 7836:1, 7861:6
**hold** [2] - 7788:8, 7795:25
**holding** [1] - 7793:12
**home** [1] - 7806:13
**Honor** [51] - 7767:4, 7768:15, 7768:21, 7776:3, 7776:12, 7789:16, 7791:18, 7791:21, 7792:11, 7795:23, 7796:1, 7799:24, 7801:5, 7801:17, 7802:8, 7803:5, 7803:7, 7806:5, 7806:11, 7806:14, 7806:22, 7813:1, 7814:2, 7814:5, 7816:11, 7816:16, 7817:11, 7818:2, 7818:6, 7818:10, 7818:15, 7821:1, 7825:5, 7828:4, 7848:13, 7849:12, 7861:24, 7863:11, 7865:11, 7879:21, 7879:24, 7882:12, 7889:20, 7895:2, 7895:7, 7895:15, 7896:3, 7896:6, 7896:21, 7897:6, 7897:7
**HONORABLE** [1] - 7765:9
**hopefully** [2] - 7816:13, 7837:24
**hour** [2] - 7895:11
**hours** [2] - 7825:22
**housekeeping** [1] - 7895:2
**hum** [1] - 7891:11
**human** [4] - 7827:6, 7854:22, 7855:1, 7877:25

**human-computer** [1] - 7877:25
**hundreds** [4] - 7802:20, 7881:20, 7883:19, 7884:7
**hurtful** [1] - 7793:20
**hurts** [1] - 7820:21
**Hypertext** [1] - 7810:4
**hypertext** [1] - 7810:7
**hypotheses** [1] - 7827:21
**hypothetical** [5] - 7779:19, 7779:22, 7780:16, 7860:25, 7875:14

---

## I

**IAC** [2] - 7793:12, 7795:5
**idea** [5] - 7804:9, 7864:25, 7868:19, 7869:2, 7875:8
**identify** [1] - 7827:20
**identifying** [1] - 7834:22
**IE7** [1] - 7803:16
**IEEE** [1] - 7809:11
**IL** [1] - 7765:16
**illustration** [1] - 7819:25
**image** [1] - 7822:3
**images** [1] - 7810:7
**immediately** [1] - 7889:10
**impact** [6] - 7836:6, 7836:7, 7837:10, 7837:13, 7838:11, 7839:19
**imperceptible** [1] - 7866:19
**implement** [2] - 7781:15, 7883:10
**implementation** [6] - 7773:6, 7778:5, 7785:11, 7785:23, 7786:1, 7803:15
**implemented** [1] - 7865:4
**implementing** [1] - 7827:14
**implication** [1] - 7883:17
**importance** [3] - 7835:22, 7837:11, 7846:5
**important** [20] - 7769:17, 7810:4, 7821:18, 7821:19, 7828:23, 7829:22,

7829:25, 7853:22, 7854:21, 7855:11, 7886:8, 7886:16, 7886:20, 7886:21, 7887:2, 7887:10, 7887:13, 7887:14, 7891:3
**imported** [1] - 7822:3
**impossible** [1] - 7884:15
**impression** [1] - 7870:7
**impressive** [1] - 7824:18
**improve** [3] - 7805:18, 7806:2, 7859:3
**improved** [2] - 7830:6, 7830:9
**improvement** [2] - 7820:15, 7860:3
**IN** [1] - 7765:1
**incentive** [2] - 7782:4, 7782:5
**incident** [1] - 7803:21
**include** [1] - 7801:12
**included** [1] - 7889:13
**includes** [1] - 7831:21
**including** [3] - 7775:11, 7803:24, 7810:17
**increase** [6] - 7784:9, 7784:10, 7784:13, 7785:2, 7819:17, 7819:20
**increased** [6] - 7773:11, 7783:3, 7784:14, 7790:13, 7794:17, 7796:21
**increasing** [3] - 7773:5, 7780:20, 7794:12
**increasingly** [1] - 7797:8
**incremental** [2] - 7778:18, 7859:3
**indefinitely** [1] - 7868:21
**index** [3] - 7787:20, 7831:19, 7835:4
**INDEX** [1] - 7899:1
**Index** [2] - 7811:8, 7811:9
**indicated** [1] - 7767:19
**indicating** [1] - 7886:1
**indirect** [1] - 7816:24
**individual** [1] - 7839:19
**individually** [1] - 7884:25

**industry** [4] - 7823:6, 7870:13, 7870:17, 7871:11
**inferior** [1] - 7782:18
**influence** [1] - 7843:17
**influenced** [1] - 7828:20
**influences** [1] - 7835:8
**influencing** [1] - 7837:20
**information** [50] - 7767:25, 7771:23, 7772:12, 7808:1, 7808:6, 7808:11, 7808:14, 7808:17, 7808:18, 7808:22, 7808:25, 7809:7, 7810:3, 7810:5, 7810:6, 7810:16, 7812:3, 7812:7, 7814:4, 7817:18, 7818:1, 7818:13, 7820:8, 7821:6, 7824:2, 7824:3, 7824:7, 7828:7, 7829:19, 7830:5, 7832:8, 7833:1, 7833:5, 7835:6, 7835:25, 7843:1, 7847:1, 7860:21, 7877:22, 7878:3, 7878:6, 7878:12, 7889:3, 7889:10, 7893:5, 7894:10, 7894:11, 7896:23
**Information** [5] - 7809:13, 7809:16, 7809:24, 7810:5, 7813:9
**infringe** [1] - 7815:14
**initial** [2] - 7889:23, 7889:24
**initialized** [1] - 7843:8
**initiative** [2] - 7812:10, 7812:15
**initiatives** [1] - 7813:15
**inline** [1] - 7803:16
**innovation** [10] - 7798:11, 7798:12, 7850:3, 7852:24, 7870:12, 7870:14, 7870:17, 7870:23, 7871:11, 7871:25
**inputs** [1] - 7852:19
**inquiry** [1] - 7799:21
**inside** [5] - 7832:20, 7835:22, 7851:17,

7914

7877:17, 7877:19
**insight** [1] - 7875:7
**inspiring** [1] - 7824:14
**instance** [1] - 7805:23
**instances** [1] -
7803:22
**instead** [3] - 7777:6,
7777:22, 7812:24
**Institute** [1] - 7807:25
**Institutes** [1] -
7824:12
**instrument** [1] -
7836:14
**instruments** [1] -
7836:12
**integrated** [3] -
7786:13, 7787:7,
7787:15
**integrating** [1] -
7798:7
**integration** [1] -
7798:1
**Intelligence** [1] -
7809:20
**intelligence** [1] -
7811:22
**intending** [1] -
7788:20
**intent** [8] - 7790:5,
7790:8, 7790:19,
7790:20, 7790:25,
7791:3, 7877:17,
7877:19
**interaction** [29] -
7818:25, 7819:12,
7819:18, 7819:21,
7820:23, 7822:17,
7828:16, 7828:20,
7828:22, 7833:14,
7833:15, 7834:3,
7834:9, 7834:11,
7834:12, 7834:15,
7834:21, 7834:25,
7835:12, 7836:5,
7838:12, 7838:16,
7838:25, 7849:16,
7849:18, 7849:25,
7850:8, 7859:3,
7877:25
**interactions** [2] -
7829:10, 7884:11
**Interest** [1] - 7809:13
**interest** [2] - 7793:1,
7809:12
**interested** [3] -
7822:25, 7876:16,
7877:7
**interesting** [2] -
7790:5, 7869:19
**internal** [3] - 7802:25,

7803:1, 7893:21
**internally** [1] - 7784:5
**internet** [2] - 7809:4,
7823:22
**interpretation** [1] -
7862:8
**interrupt** [2] -
7798:21, 7824:20
**interrupting** [1] -
7852:12
**interval** [2] - 7860:7,
7860:12
**interview** [2] - 7888:1,
7888:3
**interviewed** [1] -
7887:18
**introduce** [1] - 7810:2
**introducing** [1] -
7826:3
**invalidity** [1] - 7815:16
**inventions** [1] -
7831:4
**investment** [1] -
7876:8
**involve** [1] - 7831:15
**involved** [11] - 7784:3,
7784:4, 7812:12,
7813:14, 7814:11,
7815:20, 7825:7,
7825:12, 7835:3,
7841:15, 7852:22
**IOS** [7] - 7773:22,
7774:12, 7787:6,
7787:12, 7805:7,
7805:8, 7805:15
**iPads** [1] - 7769:20
**iPhone** [2] - 7787:7,
7787:15
**iPhones** [5] - 7769:20,
7777:12, 7780:21,
7780:24, 7787:12
**IPRs** [1] - 7815:20
**IR** [3] - 7808:18,
7809:9, 7832:7
**IS** [1] - 7856:3
**IS1** [1] - 7856:5
**IS4** [2] - 7848:10,
7856:3
**IS4@5** [4] - 7846:4,
7855:16, 7855:24,
7858:9
**ISA** [2] - 7777:10,
7778:25
**issue** [2] - 7789:8,
7878:4
**issued** [1] - 7855:10
**issues** [3] - 7814:14,
7824:16, 7829:7
**items** [1] - 7818:11
**iteration** [1] - 7813:24

**itself** [1] - 7817:10

## J

**J.G** [2] - 7782:19,
7788:22
**JANICE** [1] - 7898:3
**Janice** [2] - 7766:16,
7898:11
**jiggles** [1] - 7876:25
**job** [2] - 7848:14,
7864:5
**John** [1] - 7766:11
**jon.sallet@coag.gov**
[1] - 7766:6
**Jonathan** [1] - 7766:1
**Jr** [1] - 7766:7
**jschmidtlein@wc.**
**com** [1] - 7766:14
**Judge** [8] - 7836:22,
7881:5, 7881:10,
7881:16, 7881:17,
7882:7, 7883:5, 7883:7
**JUDGE** [1] - 7765:10
**judge** [3] - 7771:15,
7826:7, 7850:20
**judges** [3] - 7855:4,
7855:6, 7855:17
**judgments** [1] -
7827:7
**Judicial** [1] - 7766:4
**July** [1] - 7776:13
**jumped** [1] - 7814:17
**June** [8] - 7825:16,
7868:11, 7868:13,
7868:14, 7872:3,
7890:9, 7890:22
**junk** [1] - 7862:22
**Juris** [1] - 7808:7
**Justice** [1] - 7842:24
**JUSTICE** [3] -
7765:12, 7765:15,
7765:19

## K

**keep** [10] - 7806:19,
7807:17, 7807:19,
7842:18, 7852:12,
7853:6, 7862:20,
7862:21, 7869:2,
7884:12
**keeps** [2] - 7863:11,
7869:3
**Kenneth** [2] - 7765:11,
7766:11
**kenneth.dintzer2@**
**usdoj.gov** [1] - 7765:14
**Kevin** [2] - 7840:14,
7842:2

**keyboard** [1] - 7817:5
**Keynote** [1] - 7802:13
**keynote** [1] - 7802:19
**kind** [32] - 7810:15,
7812:19, 7813:15,
7820:14, 7821:15,
7821:19, 7825:24,
7826:5, 7826:8,
7830:8, 7831:10,
7832:4, 7833:24,
7834:6, 7835:5,
7835:7, 7838:8,
7838:9, 7839:5,
7843:4, 7852:22,
7853:24, 7855:22,
7859:18, 7861:1,
7861:13, 7861:19,
7862:14, 7862:22,
7871:18, 7878:9
**kinds** [14] - 7810:8,
7820:13, 7830:5,
7830:21, 7834:17,
7836:14, 7840:11,
7841:20, 7843:3,
7851:4, 7856:4,
7856:20, 7857:22,
7862:13
**knot** [1] - 7806:10
**knowledge** [1] -
7882:11
**knowledgeable** [2] -
7771:18, 7782:17
**known** [2] - 7812:5,
7868:10
**knows** [1] - 7854:5
**Ksmurzynski@wc.**
**com** [1] - 7766:15

## L

**labeled** [1] - 7820:4
**laid** [1] - 7780:16
**Language** [1] -
7809:21
**language** [9] - 7808:9,
7811:23, 7813:20,
7824:16, 7830:22,
7831:6, 7864:1, 7864:4
**large** [6] - 7795:21,
7811:20, 7816:6,
7816:8, 7828:14,
7863:25
**largest** [2] - 7793:3,
7795:20
**LaSalle** [1] - 7765:15
**last** [27] - 7795:9,
7795:10, 7796:14,
7807:4, 7810:16,
7813:12, 7819:24,
7824:10, 7829:18,

7831:2, 7838:22, 7852:4, 7857:5, 7863:10, 7863:21, 7864:18, 7872:8, 7872:18, 7872:20, 7872:21, 7875:13, 7876:19, 7887:5, 7896:21, 7896:22

**late** [1] - 7811:18
**latency** [2] - 7878:20, 7878:24
**launch** [2] - 7851:18, 7851:19
**launched** [2] - 7797:22, 7813:15
**launching** [1] - 7789:13
**LAW** [1] - 7766:2
**lead** [1] - 7816:14
**leader** [1] - 7802:19
**leaders** [4] - 7801:24, 7802:22, 7802:24, 7803:1
**Leaders** [2] - 7802:13, 7809:16
**leading** [4] - 7798:15, 7804:24, 7825:18, 7849:12
**lean** [1] - 7807:19
**learned** [1] - 7809:9
**learning** [9] - 7810:12, 7810:13, 7810:14, 7830:20, 7841:2, 7841:13, 7843:7, 7862:18, 7863:8
**least** [12] - 7800:15, 7800:16, 7834:13, 7837:19, 7838:20, 7839:7, 7851:25, 7853:2, 7854:4, 7866:3, 7868:24, 7884:14
**leave** [2] - 7806:15, 7806:16
**leaving** [1] - 7789:2
**led** [2] - 7780:19, 7812:7
**left** [10] - 7776:9, 7820:1, 7822:5, 7832:3, 7844:2, 7846:4, 7858:4, 7861:5, 7866:2, 7885:8
**Lehman** [15] - 7887:16, 7888:1, 7888:7, 7888:16, 7888:22, 7889:13, 7890:22, 7890:25, 7891:6, 7891:10, 7892:16, 7892:25, 7893:4, 7893:17

**Lehman's** [1] - 7894:5
**less** [12] - 7782:4, 7823:1, 7824:4, 7830:22, 7839:6, 7847:17, 7863:9, 7874:5, 7874:9, 7875:9
**letter** [2] - 7794:8, 7803:14
**letting** [1] - 7894:25
**level** [10] - 7781:25, 7792:24, 7795:6, 7818:22, 7822:16, 7825:10, 7831:22, 7849:16, 7861:8, 7882:25
**leverage** [2] - 7772:15, 7783:25
**Lexis** [1] - 7808:8
**libraries** [1] - 7809:5
**library** [2] - 7812:6, 7812:10
**life** [1] - 7837:24
**light** [1] - 7839:15
**likewise** [1] - 7819:16
**limit** [1] - 7880:21
**limited** [2] - 7777:17, 7805:11
**limits** [3] - 7880:15, 7880:22, 7880:24
**line** [3] - 7795:3, 7847:6, 7894:25
**lines** [1] - 7875:18
**linguistics** [1] - 7830:13
**Linguistics** [1] - 7809:20
**link** [1] - 7802:5
**linked** [1] - 7802:16
**links** [2] - 7808:9, 7836:2
**list** [3] - 7828:24, 7832:10, 7863:22
**listed** [4] - 7768:5, 7818:11, 7829:4, 7830:19
**listings** [3] - 7797:22, 7798:22, 7799:5
**lists** [1] - 7884:8
**literally** [1] - 7775:1
**literature** [1] - 7821:9
**litigation** [2] - 7815:5, 7869:6
**litigations** [2] - 7814:12, 7814:19
**live** [2] - 7842:7, 7855:1
**LLC** [1] - 7765:6
**LLP** [2] - 7766:7, 7766:12
**load** [1] - 7842:3

**lodges** [1] - 7896:14
**look** [50] - 7768:1, 7771:8, 7771:9, 7771:12, 7781:1, 7782:19, 7787:18, 7794:7, 7796:8, 7796:13, 7797:16, 7798:19, 7799:10, 7803:8, 7821:16, 7821:17, 7822:5, 7832:1, 7835:3, 7835:16, 7836:2, 7839:5, 7844:15, 7847:18, 7851:23, 7851:25, 7854:19, 7855:17, 7855:25, 7857:5, 7857:16, 7857:24, 7858:13, 7860:15, 7860:25, 7861:3, 7861:13, 7866:17, 7867:1, 7867:22, 7867:24, 7869:21, 7872:7, 7881:19, 7884:19, 7884:20, 7887:5, 7888:8, 7890:11, 7894:19
**looked** [11] - 7769:10, 7770:17, 7772:17, 7784:9, 7837:1, 7838:16, 7845:22, 7856:21, 7857:11, 7860:19, 7879:14
**looking** [17] - 7772:18, 7784:8, 7791:10, 7791:12, 7798:5, 7835:6, 7835:25, 7836:4, 7840:12, 7844:13, 7847:21, 7850:24, 7851:17, 7854:10, 7871:5, 7887:11, 7895:9
**looks** [2] - 7831:4, 7833:1
**lookup** [1] - 7829:10
**losing** [1] - 7884:3
**lost** [1] - 7813:2
**loudly** [1] - 7866:13
**low** [24] - 7826:19, 7833:21, 7840:10, 7840:16, 7840:18, 7841:16, 7841:19, 7847:15, 7847:19, 7848:3, 7848:10, 7848:19, 7848:21, 7848:24, 7848:25, 7858:7, 7858:14, 7859:25, 7860:8, 7861:14, 7866:14, 7866:18, 7867:5,

7868:2
**lower** [5] - 7778:1, 7782:1, 7785:9, 7791:15, 7875:9
**loyalty** [1] - 7879:16
**lucky** [1] - 7865:15

## M

**Mac** [8] - 7776:21, 7777:9, 7777:11, 7777:17, 7777:19, 7799:12, 7799:20, 7801:10
**MacBooks** [1] - 7777:11
**Machine** [1] - 7823:24
**machine** [5] - 7841:2, 7841:3, 7841:13, 7843:7, 7862:18
**machines** [2] - 7827:12, 7827:13
**Macs** [2] - 7769:21, 7800:24
**mail** [1] - 7811:21
**main** [3] - 7783:19, 7824:21, 7828:19
**Maine** [1] - 7766:13
**maintained** [1] - 7877:6
**maintaining** [1] - 7862:9
**maintenance** [1] - 7876:6
**major** [1] - 7786:20
**majority** [2] - 7793:25, 7819:10
**managed** [1] - 7824:17
**manner** [2] - 7839:12, 7861:25
**mapping** [3] - 7787:2, 7787:6, 7787:8
**maps** [1] - 7786:12
**Maps** [2] - 7787:13
**March** [6] - 7825:14, 7846:3, 7846:14, 7868:10, 7872:3, 7877:2
**marked** [4] - 7776:12, 7789:19, 7792:13, 7802:11
**market** [6] - 7767:24, 7786:18, 7794:19, 7804:4, 7804:5, 7805:16
**marketing** [1] - 7791:8
**marketplace** [1] - 7793:20
**markets** [2] - 7786:10,

7916

7809:6
**Massachusetts** [1] - 7807:25
**master** [1] - 7827:18
**master's** [1] - 7808:2
**masters** [1] - 7823:12
**match** [3] - 7831:1, 7831:25, 7839:17
**matches** [1] - 7831:11
**materially** [3] - 7773:22, 7774:13, 7784:2
**math** [1] - 7846:25
**mathematical** [1] - 7871:3
**matter** [5] - 7794:5, 7818:23, 7825:12, 7872:11, 7895:2
**matters** [2] - 7799:18, 7815:22
**maximum** [1] - 7820:14
**meagan** [1] - 7765:18
**Meagan.bellshw@usdoj.gov** [1] - 7765:21
**mean** [18] - 7767:25, 7779:23, 7784:5, 7785:19, 7786:15, 7787:18, 7787:24, 7788:22, 7790:8, 7794:24, 7797:6, 7832:13, 7834:11, 7860:5, 7861:19, 7865:18, 7868:25, 7893:3
**meaningfully** [1] - 7819:17
**means** [4] - 7856:3, 7867:7, 7868:23, 7875:16
**meant** [1] - 7875:24
**measure** [8] - 7811:5, 7820:1, 7821:8, 7822:12, 7826:9, 7827:21, 7828:21, 7879:12
**measured** [2] - 7845:24, 7880:1
**measurements** [1] - 7877:1
**measures** [8] - 7811:3, 7811:5, 7821:7, 7821:8, 7821:12, 7827:9, 7856:2
**measuring** [3] - 7820:22, 7822:16, 7871:6
**mechanically** [2] - 7826:13
**media** [1] - 7793:25

**medical** [1] - 7859:17
**meet** [2] - 7808:22, 7855:18
**meeting** [4] - 7804:13, 7804:14, 7804:19, 7804:22
**MEHTA** [1] - 7765:9
**member** [3] - 7793:7, 7809:9, 7827:16
**memory** [1] - 7843:5
**mention** [1] - 7767:21
**mentioned** [14] - 7767:17, 7771:7, 7774:16, 7835:9, 7845:21, 7850:15, 7850:16, 7851:1, 7851:5, 7853:18, 7854:10, 7854:22, 7872:12, 7893:18
**merchants** [2] - 7798:6, 7798:8
**messages** [1] - 7811:21
**met** [1] - 7812:14
**method** [2] - 7811:1, 7833:4
**methodology** [1] - 7850:11
**methods** [9] - 7811:23, 7813:20, 7830:20, 7830:21, 7833:13, 7836:2, 7856:15, 7888:13
**metric** [4] - 7781:1, 7846:3, 7846:4, 7855:25
**metrics** [2] - 7827:9, 7855:25
**microphone** [1] - 7807:18
**Microsoft** [11] - 7803:15, 7803:18, 7803:22, 7819:11, 7820:1, 7821:9, 7822:8, 7856:8, 7856:9, 7860:20, 7869:25
**Microsoft's** [3] - 7803:15, 7819:15, 7819:17
**middle** [4] - 7834:19, 7838:13, 7847:18, 7858:8
**might** [8] - 7774:24, 7775:20, 7835:17, 7843:17, 7847:17, 7848:14, 7855:14, 7859:19
**million** [4] - 7794:10, 7812:9, 7861:8

**mind** [1] - 7776:1
**minimal** [1] - 7783:13
**minus** [3] - 7846:25, 7847:20, 7847:23
**minute** [2] - 7864:7, 7878:24
**missing** [1] - 7896:22
**misspellings** [1] - 7857:21
**mix** [1] - 7841:20
**mobile** [65] - 7769:9, 7769:11, 7769:14, 7769:17, 7770:19, 7770:22, 7783:10, 7783:13, 7786:13, 7786:17, 7786:19, 7786:20, 7787:11, 7826:20, 7833:21, 7840:10, 7840:11, 7840:16, 7840:18, 7840:21, 7840:23, 7841:7, 7841:16, 7841:17, 7841:18, 7841:19, 7841:21, 7841:24, 7841:25, 7844:22, 7845:6, 7847:15, 7847:19, 7847:23, 7848:3, 7848:10, 7848:20, 7848:21, 7848:24, 7848:25, 7857:9, 7858:7, 7858:10, 7858:14, 7859:25, 7860:15, 7861:14, 7866:14, 7866:18, 7866:23, 7866:24, 7867:3, 7867:5, 7867:9, 7867:10, 7867:11, 7874:4
**mobiles** [1] - 7868:3
**model** [3] - 7842:25, 7843:1, 7843:18
**modeling** [1] - 7811:23
**models** [18] - 7813:20, 7824:17, 7831:6, 7832:22, 7832:23, 7832:24, 7841:9, 7843:3, 7843:7, 7843:10, 7843:14, 7853:14, 7863:7, 7864:1
**modern** [1] - 7863:8
**moment** [11] - 7770:18, 7774:16, 7790:6, 7790:8, 7790:19, 7790:20, 7791:4, 7791:5, 7829:1, 7832:15, 7850:10

**moments** [1] - 7775:23
**monetize** [1] - 7876:11
**monetized** [1] - 7770:4
**money** [6] - 7784:23, 7785:1, 7786:4, 7787:23, 7794:14, 7805:16
**month** [1] - 7824:11
**months** [4] - 7804:6, 7853:9, 7853:10, 7884:15
**morning** [9] - 7789:9, 7799:25, 7801:20, 7803:13, 7804:12, 7814:8, 7894:19, 7895:14, 7897:9
**most** [16] - 7768:12, 7774:20, 7797:12, 7808:13, 7813:22, 7814:16, 7815:3, 7815:5, 7815:15, 7821:16, 7823:11, 7828:17, 7828:23, 7832:11, 7834:13, 7835:16
**mostly** [1] - 7825:15
**move** [8] - 7776:14, 7796:1, 7803:5, 7861:24, 7862:23, 7880:6, 7895:3, 7896:10
**moved** [1] - 7791:22
**moves** [2] - 7814:3, 7896:17
**moving** [3] - 7808:8, 7817:9, 7895:10
**MR** [133] - 7767:4, 7767:7, 7768:15, 7768:22, 7770:13, 7770:14, 7775:18, 7776:3, 7776:12, 7776:15, 7776:18, 7777:15, 7786:24, 7787:1, 7788:12, 7789:16, 7789:18, 7791:18, 7791:21, 7791:24, 7792:11, 7792:12, 7793:9, 7793:16, 7795:23, 7796:5, 7796:7, 7798:18, 7799:9, 7799:23, 7799:24, 7800:4, 7800:18, 7801:5, 7801:17, 7801:19, 7802:8, 7802:10, 7803:5, 7803:12, 7804:24, 7805:1, 7805:25,

7917

7806:1, 7806:11,
7806:22, 7807:7,
7807:21, 7812:25,
7813:4, 7813:5,
7814:2, 7814:5,
7814:8, 7814:10,
7814:17, 7814:24,
7815:3, 7815:7,
7815:12, 7815:18,
7815:25, 7816:5,
7816:9, 7816:11,
7816:16, 7816:18,
7816:21, 7817:1,
7817:4, 7817:7,
7817:11, 7817:15,
7817:20, 7818:2,
7818:6, 7818:10,
7818:15, 7818:17,
7818:21, 7821:1,
7822:10, 7825:5,
7825:6, 7828:4,
7828:10, 7838:4,
7838:6, 7839:24,
7840:1, 7842:5,
7845:14, 7846:23,
7848:13, 7848:16,
7849:12, 7850:2,
7853:17, 7856:24,
7857:1, 7861:22,
7863:1, 7863:2,
7863:11, 7863:17,
7864:6, 7864:7,
7864:11, 7865:13,
7879:21, 7879:24,
7880:8, 7880:9,
7882:12, 7882:15,
7889:20, 7889:22,
7894:24, 7895:2,
7895:7, 7895:11,
7895:15, 7895:21,
7895:24, 7896:2,
7896:3, 7896:6,
7896:10, 7896:20,
7897:2, 7897:5,
7897:7, 7897:8
**MS** [5] - 7798:15,
7803:7, 7805:21,
7806:5, 7865:11
**Multimedia** [1] -
7810:4
**multimedia** [1] -
7810:6
**multiple** [4] - 7827:1,
7855:4, 7855:5,
7886:23
**multiplies** [1] - 7833:6
**multiplying** [2] -
7829:15, 7836:18
**Murphy** [2] - 7840:14,
7842:2

**must** [3] - 7795:3,
7819:11, 7850:1

## N

**N.W** [1] - 7898:12
**name** [4] - 7807:10,
7808:16, 7822:22,
7834:22
**names** [1] - 7884:18
**national** [1] - 7812:6
**National** [5] - 7810:1,
7811:16, 7812:8,
7824:12, 7880:21
**natural** [2] - 7808:9,
7811:23
**Natural** [1] - 7809:21
**nature** [4] - 7805:2,
7808:5, 7836:24,
7871:16
**navboost** [5] -
7852:25, 7853:2,
7859:21, 7859:25,
7860:2
**Nayak** [6] - 7771:22,
7863:3, 7863:6,
7864:16, 7864:20
**NDCG** [7] - 7821:2,
7822:11, 7856:8,
7856:9, 7856:10,
7856:12, 7856:13
**necessary** [1] -
7881:25
**need** [21] - 7773:13,
7807:19, 7818:3,
7818:4, 7823:16,
7863:25, 7877:22,
7878:3, 7878:6,
7878:9, 7878:13,
7879:18, 7881:1,
7881:12, 7882:4,
7886:10, 7891:7,
7891:12, 7896:4,
7896:19
**needed** [1] - 7891:2
**needs** [7] - 7808:22,
7855:18, 7862:7,
7863:24, 7877:23,
7878:6
**Needs** [1] - 7878:8
**negotiated** [2] -
7774:6, 7776:8
**negotiating** [4] -
7772:15, 7785:8,
7785:15, 7800:5
**negotiation** [1] -
7800:13
**negotiations** [10] -
7767:10, 7767:11,
7767:13, 7775:13,

7775:19, 7776:2,
7777:4, 7779:13,
7782:6, 7784:3
**neighborhood** [1] -
7769:6
**net** [1] - 7821:3
**network** [3] - 7830:20,
7831:8, 7862:18
**network-based** [1] -
7830:20
**neural** [1] - 7862:18
**neuro** [2] - 7830:20,
7831:7
**never** [14] - 7778:6,
7785:14, 7800:25,
7815:1, 7815:25,
7816:1, 7816:5,
7817:4, 7817:7,
7822:20, 7869:16,
7874:11, 7874:13,
7875:6
**new** [7] - 7789:12,
7789:13, 7803:15,
7843:9, 7844:13,
7852:7, 7862:21
**New** [1] - 7766:9
**newer** [5] - 7808:8,
7824:16, 7830:21,
7831:3, 7863:25
**next** [12] - 7801:13,
7802:19, 7806:23,
7821:5, 7829:3,
7832:18, 7848:15,
7851:2, 7860:17,
7860:18, 7861:3,
7895:17
**Next** [1] - 7802:13
**nice** [1] - 7854:1
**nineteen** [1] - 7810:24
**noise** [1] - 7834:17
**Noise** [1] - 7788:7
**noisy** [2] - 7834:20,
7834:21
**non** [2] - 7792:1,
7894:10
**non-attorney** [1] -
7894:10
**non-Google** [1] -
7792:1
**nonconfidential** [1] -
7894:10
**none** [2] - 7860:4,
7860:5
**noninfringement** [3] -
7815:6, 7815:12,
7815:17
**nonprofit** [1] -
7813:17
**normal** [7] - 7851:5,
7869:13, 7880:10,

7880:17, 7881:3,
7883:2, 7884:4
**normalized** [1] -
7856:14
**normalizing** [1] -
7856:14
**normally** [5] -
7778:15, 7834:7,
7857:7, 7883:2,
7888:13
**note** [3] - 7793:23,
7799:25, 7890:5
**notes** [17] - 7794:8,
7883:22, 7883:25,
7884:1, 7884:5,
7884:12, 7884:16,
7884:19, 7884:20,
7884:22, 7888:21,
7889:4, 7889:8,
7889:10, 7891:20,
7898:5
**nothing** [14] - 7786:2,
7786:3, 7786:4,
7786:5, 7795:23,
7833:14, 7838:11,
7893:10, 7893:14,
7894:6, 7897:5,
7897:7, 7897:8
**November** [3] -
7825:17, 7825:22,
7882:21
**number** [21] - 7783:17,
7792:18, 7794:22,
7812:12, 7814:15,
7814:20, 7814:22,
7822:6, 7823:21,
7827:10, 7833:1,
7833:2, 7833:6,
7833:7, 7837:1,
7837:8, 7839:1,
7839:2, 7841:2,
7867:2, 7882:9
**numbers** [18] - 7784:9,
7833:7, 7836:20,
7838:3, 7839:19,
7844:15, 7846:6,
7856:21, 7857:18,
7857:19, 7858:13,
7860:11, 7861:9,
7863:19, 7873:10,
7873:23, 7881:19
**NW** [3] - 7765:12,
7765:19, 7766:18
**NY** [1] - 7766:9

## O

**o'clock** [1] - 7894:16
**obesity** [2] - 7824:13,
7824:15

7918

**object** [1] - 7879:21
**objection** [14] - 7768:15, 7768:19, 7776:15, 7786:24, 7792:4, 7792:5, 7798:15, 7803:8, 7805:21, 7806:5, 7806:6, 7849:12, 7863:11, 7896:14
**obligation** [1] - 7773:16
**observed** [1] - 7803:21
**obviously** [5] - 7790:5, 7791:25, 7805:5, 7823:16, 7875:8
**occur** [2] - 7837:23, 7871:7
**October** [2] - 7789:20, 7898:7
**october** [1] - 7765:5
**OF** [5] - 7765:1, 7765:9, 7765:12, 7766:2, 7898:1
**offer** [1] - 7790:16
**offered** [1] - 7781:18
**office** [1] - 7815:21
**officer** [1] - 7792:15
**OFFICIAL** [1] - 7898:1
**Official** [2] - 7766:17, 7898:11
**often** [6] - 7808:16, 7811:1, 7837:25, 7843:8, 7877:24, 7880:18
**old** [3] - 7797:10, 7831:25, 7884:17
**Olympics** [1] - 7855:6
**once** [2] - 7820:4, 7820:20
**one** [117] - 7767:13, 7767:17, 7770:21, 7770:22, 7771:8, 7773:4, 7775:15, 7789:11, 7792:18, 7792:25, 7793:3, 7795:19, 7796:22, 7797:5, 7797:11, 7809:12, 7810:17, 7811:1, 7811:5, 7811:7, 7811:18, 7811:20, 7811:25, 7812:11, 7815:15, 7816:1, 7816:14, 7819:10, 7819:25, 7820:7, 7821:8, 7821:12, 7821:17, 7821:18, 7824:11, 7825:25, 7826:11, 7826:17, 7826:24,

7827:2, 7827:12, 7827:24, 7828:4, 7828:8, 7829:6, 7829:9, 7829:18, 7830:8, 7831:2, 7831:3, 7832:11, 7834:3, 7834:4, 7834:5, 7834:13, 7835:2, 7835:3, 7835:25, 7836:4, 7838:14, 7838:22, 7840:10, 7841:3, 7843:13, 7843:21, 7843:24, 7843:25, 7844:18, 7846:9, 7846:12, 7846:24, 7847:9, 7851:6, 7851:18, 7852:4, 7855:7, 7857:6, 7858:15, 7859:23, 7859:24, 7859:25, 7860:25, 7862:2, 7862:5, 7862:23, 7863:1, 7863:22, 7866:9, 7867:20, 7869:22, 7870:16, 7873:7, 7874:8, 7874:15, 7875:2, 7876:18, 7877:2, 7877:12, 7883:5, 7885:8, 7885:11, 7885:13, 7885:21, 7886:13, 7886:18, 7886:24, 7887:1, 7887:11, 7887:17, 7889:17, 7893:13, 7895:2, 7896:13
**ones** [33] - 7811:5, 7811:8, 7811:14, 7811:25, 7815:16, 7826:20, 7827:11, 7828:5, 7828:17, 7828:23, 7828:24, 7830:19, 7831:19, 7831:20, 7831:21, 7832:3, 7833:23, 7834:1, 7834:8, 7834:23, 7835:1, 7835:14, 7835:15, 7837:23, 7838:15, 7838:22, 7851:25, 7861:11, 7864:5, 7866:3
**online** [4] - 7879:1, 7879:9, 7879:14, 7879:19
**open** [2] - 7797:25, 7866:3
**opened** [2] - 7778:3, 7809:15

**operating** [4] - 7786:13, 7786:21, 7787:11, 7804:20
**opinion** [2] - 7859:2, 7862:4
**opinions** [2] - 7819:8, 7845:21
**opportunity** [6] - 7778:3, 7778:20, 7781:18, 7812:1, 7817:13, 7862:3
**opposed** [5] - 7792:7, 7855:1, 7855:9, 7867:14, 7877:15
**option** [3] - 7772:16, 7794:25, 7797:25
**options** [1] - 7767:14
**orchestra** [1] - 7836:12
**Ord** [1] - 7842:23
**order** [2] - 7837:11, 7837:16
**orders** [1] - 7837:10
**organization** [2] - 7879:9, 7879:19
**original** [1] - 7774:19
**ostensibly** [2] - 7800:4, 7800:5
**outside** [4] - 7801:2, 7817:9, 7841:24, 7894:22
**overall** [15] - 7833:10, 7835:25, 7837:18, 7838:11, 7838:20, 7844:15, 7845:3, 7848:22, 7848:23, 7849:20, 7851:21, 7852:2, 7852:10, 7867:14, 7867:21
**overly** [1] - 7837:10
**overnight** [1] - 7894:21
**overruled** [3] - 7768:20, 7798:16, 7806:6
**oversample** [1] - 7852:5
**oversampled** [1] - 7857:6
**own** [9] - 7773:2, 7774:24, 7775:8, 7775:21, 7793:19, 7796:16, 7796:17, 7805:9, 7827:23
**owner** [2] - 7793:9, 7793:11

## P

**p.m** [3] - 7765:6,

7824:25
**pack** [1] - 7869:2
**page** [17] - 7790:1, 7790:2, 7793:23, 7795:10, 7796:14, 7797:18, 7797:20, 7799:2, 7808:10, 7821:15, 7823:25, 7835:16, 7836:1, 7836:10, 7855:13, 7889:25, 7890:5
**pages** [4] - 7834:16, 7835:16, 7854:23, 7856:19
**paid** [1] - 7794:6
**pair** [1] - 7887:4
**panel** [1] - 7812:12
**papers** [3] - 7813:13, 7824:11, 7880:19
**paragraph** [8] - 7790:3, 7794:4, 7794:8, 7795:2, 7795:10, 7796:14, 7797:20, 7797:21
**part** [30] - 7772:9, 7790:15, 7793:13, 7800:4, 7810:6, 7812:15, 7821:17, 7825:21, 7832:10, 7835:17, 7835:20, 7838:24, 7845:8, 7852:3, 7852:24, 7853:2, 7855:16, 7861:16, 7869:12, 7876:2, 7879:15, 7886:17, 7886:18, 7886:19, 7890:14, 7890:18, 7891:23, 7892:1, 7892:10, 7892:19
**participants** [1] - 7871:15
**participate** [2] - 7785:12, 7789:20
**particular** [19] - 7811:15, 7819:1, 7822:22, 7822:23, 7828:6, 7833:22, 7835:19, 7839:4, 7843:14, 7846:4, 7846:12, 7854:13, 7855:10, 7857:3, 7867:18, 7871:20, 7881:25, 7885:1
**particularly** [1] - 7829:14
**parties** [1] - 7776:20
**partly** [1] - 7836:4
**partner** [1] - 7778:17
**partners** [2] - 7840:20,

7919

7849:2
  **partners'** [1] - 7841:20
  **partnership** [1] -
7795:12
  **parts** [5] - 7814:1,
7820:13, 7845:2,
7850:6, 7886:21
  **pass** [1] - 7818:17
  **passed** [1] - 7783:22
  **pasted** [1] - 7822:2
  **patent** [12] - 7813:11,
7814:14, 7815:4,
7815:6, 7815:8,
7815:10, 7815:13,
7815:14, 7815:21,
7815:22, 7815:23,
7876:12
  **PATTERSON** [1] -
7766:7
  **Paul** [1] - 7893:7
  **pause** [6] - 7788:9,
7790:11, 7829:3,
7864:9, 7890:2,
7894:17
  **pay** [8] - 7773:9,
7774:17, 7778:12,
7778:24, 7785:2,
7785:9, 7786:6,
7787:22
  **payment** [1] - 7784:23
  **payments** [4] -
7783:20, 7785:21,
7786:1, 7798:7
  **PayPal** [2] - 7797:25,
7798:7
  **peer** [1] - 7810:20
  **peer-reviewed** [1] -
7810:20
  **people** [49] - 7771:18,
7771:22, 7772:1,
7775:7, 7775:20,
7775:23, 7777:5,
7778:14, 7784:13,
7790:17, 7791:2,
7791:10, 7792:18,
7794:23, 7797:7,
7797:13, 7798:25,
7808:21, 7809:5,
7811:7, 7812:4,
7821:10, 7821:16,
7824:15, 7826:7,
7832:11, 7834:15,
7834:18, 7855:4,
7877:17, 7877:19,
7878:3, 7879:1,
7879:2, 7879:3,
7879:4, 7879:5,
7879:8, 7879:10,
7879:11, 7879:15,
7879:18, 7882:1,

7883:22, 7885:1,
7885:3, 7887:17,
7892:22
  **people's** [3] - 7829:10,
7879:13, 7884:18
  **percent** [93] - 7767:23,
7768:11, 7768:14,
7769:4, 7770:16,
7774:17, 7780:3,
7783:3, 7783:4,
7783:10, 7784:23,
7785:1, 7826:21,
7833:20, 7837:18,
7838:10, 7838:19,
7838:20, 7839:6,
7839:7, 7844:17,
7844:19, 7844:21,
7844:22, 7845:5,
7845:6, 7845:9,
7845:11, 7845:15,
7845:17, 7845:18,
7847:21, 7848:9,
7848:21, 7848:23,
7848:24, 7849:17,
7849:19, 7849:20,
7849:21, 7849:25,
7850:5, 7852:2,
7858:7, 7858:9,
7858:25, 7860:7,
7860:12, 7861:15,
7866:7, 7866:8,
7866:18, 7866:23,
7867:3, 7867:5,
7867:7, 7867:10,
7867:11, 7867:12,
7867:13, 7867:16,
7867:21, 7868:2,
7874:6, 7885:22,
7885:25, 7886:8,
7886:15, 7887:3,
7887:6, 7887:10,
7887:12, 7887:15,
7888:6, 7888:10,
7888:17, 7890:12,
7891:16, 7892:5,
7892:17, 7893:12,
7893:16, 7894:7
  **percentage** [12] -
7772:16, 7778:1,
7779:4, 7779:9,
7779:17, 7780:13,
7785:5, 7785:9,
7836:7, 7844:12,
7845:3
  **percentages** [10] -
7773:21, 7774:12,
7774:24, 7784:2,
7840:13, 7840:16,
7844:1, 7844:3,
7845:2, 7873:22

  **perfect** [1] - 7896:18
  **performance** [2] -
7784:8, 7875:4
  **perhaps** [4] - 7767:14,
7837:10, 7862:4,
7871:23
  **period** [4] - 7772:18,
7782:21, 7783:6,
7801:15
  **person** [4] - 7782:17,
7788:19, 7855:7,
7855:10
  **personal** [1] - 7777:12
  **personally** [1] -
7788:16
  **perspective** [1] -
7861:18
  **perspectives** [1] -
7857:12
  **petabytes** [1] - 7824:2
  **Ph.D** [2] - 7808:3,
7808:5
  **phenomenon** [1] -
7834:24
  **Philipp** [3] - 7792:14,
7792:20, 7793:24
  **phone** [1] - 7889:6
  **phones** [2] - 7772:21
  **phrase** [1] - 7883:1
  **physically** [2] -
7827:12, 7827:13
  **pichai** [2] - 7770:11,
7789:19
  **PICHAI** [1] - 7767:5
  **Pichai** [14] - 7767:8,
7768:18, 7776:13,
7792:5, 7792:13,
7795:24, 7796:8,
7798:23, 7802:11,
7803:13, 7806:7,
7806:12, 7895:17,
7899:3
  **picked** [1] - 7828:23
  **picture** [1] - 7873:14
  **piece** [2] - 7826:24,
7885:1
  **pieces** [5] - 7813:21,
7826:15, 7832:22,
7885:2, 7885:3
  **pitched** [5] - 7866:22,
7867:4, 7867:7,
7867:11, 7867:12
  **pitching** [1] - 7867:14
  **PLA** [2] - 7799:3,
7799:6
  **placement** [2] -
7778:12, 7784:13
  **placement-**
**enhanced** [1] - 7778:12
  **places** [4] - 7871:16,

7877:16, 7887:25,
7893:6
  **Plaintiff** [1] - 7766:1
  **plaintiffs** [3] -
7895:25, 7896:14,
7897:5
  **Plaintiffs** [2] - 7765:4,
7765:11
  **plan** [1] - 7827:20
  **plans** [1] - 7787:18
  **platform** [1] - 7797:25
  **play** [1] - 7836:12
  **player** [1] - 7769:14
  **players** [1] - 7795:6
  **playing** [1] - 7795:6
  **pleasure** [1] - 7894:18
  **plot** [1] - 7861:2
  **plotted** [1] - 7873:1
  **plus** [4] - 7832:13,
7846:25, 7847:20,
7847:23
  **Plus** [1] - 7802:13
  **point** [35] - 7767:17,
7769:13, 7772:13,
7773:19, 7774:23,
7777:22, 7778:8,
7781:6, 7782:6,
7782:10, 7782:20,
7789:11, 7796:24,
7812:5, 7819:24,
7820:4, 7820:16,
7820:19, 7820:21,
7825:13, 7846:14,
7847:24, 7848:1,
7848:18, 7853:7,
7858:17, 7858:22,
7859:7, 7860:11,
7867:15, 7870:24,
7872:3, 7889:2,
7892:11, 7893:20
  **pointed** [1] - 7866:19
  **points** [9] - 7819:13,
7846:19, 7860:8,
7861:2, 7861:11,
7872:8, 7873:4,
7873:6, 7873:13
  **policies** [1] - 7793:19
  **policy** [2] - 7793:18,
7796:15
  **popular** [7] - 7768:12,
7797:12, 7811:5,
7851:24, 7857:10
  **popularity** [1] -
7794:17
  **portion** [3] - 7839:11,
7858:19
  **position** [5] - 7778:8,
7807:12, 7822:24,
7832:2, 7871:13
  **possible** [5] - 7781:3,

7920

7798:5, 7805:6,
7806:9, 7877:13
  **potential** [5] - 7768:2,
7775:10, 7775:24,
7800:12, 7800:20
  **potentially** [3] -
7787:19, 7789:13,
7851:7
  **power** [1] - 7896:10
  **practical** [2] -
7810:10, 7862:3
  **practice** [4] - 7881:8,
7881:13, 7891:1,
7894:13
  **practices** [1] - 7851:5
  **precedent** [1] -
7772:19
  **precise** [1] - 7880:5
  **precisely** [1] - 7788:19
  **predicts** [1] - 7829:11
  **prefer** [1] - 7867:13
  **preferred** [1] - 7786:2
  **prefix** [2] - 7835:17,
7835:20
  **preloaded** [1] -
7787:13
  **prepare** [1] - 7819:3
  **prepared** [1] - 7767:11
  **preparing** [2] -
7767:13, 7887:22
  **prescreening** [1] -
7835:5
  **present** [2] - 7780:24,
7854:12
  **presented** [1] -
7832:18
  **press** [2] - 7787:19,
7803:24
  **pretty** [1] - 7872:20
  **previous** [2] -
7770:21, 7770:22
  **previously** [1] -
7791:24
  **primarily** [1] - 7830:19
  **principal** [1] - 7819:8
  **principle** [3] -
7819:19, 7820:9,
7836:19
  **printed** [1] - 7792:9
  **privacy** [7] - 7879:1,
7879:3, 7879:6,
7879:8, 7879:13,
7879:19, 7880:2
  **privileged** [4] -
7822:24, 7893:24,
7894:1, 7894:10
  **privy** [1] - 7787:18
  **probabilities** [4] -
7829:12, 7829:15,
7829:16, 7832:21

  **probability** [2] -
7829:11, 7829:12
  **problem** [1] - 7810:13
  **problem-based** [1] -
7810:13
  **problems** [3] - 7794:8,
7857:22, 7865:5
  **procedure** [1] - 7855:3
  **procedures** [1] -
7851:15
  **proceed** [1] - 7825:14
  **proceedings** [1] -
7898:6
  **process** [8] - 7826:4,
7831:18, 7832:4,
7832:9, 7839:7,
7843:16, 7852:24,
7886:17
  **processes** [1] -
7811:25
  **Processing** [1] -
7809:21
  **processing** [6] -
7808:9, 7811:23,
7824:4, 7827:5,
7830:24, 7833:9
  **produced** [3] -
7781:25, 7782:3,
7833:23
  **product** [15] - 7772:6,
7778:2, 7781:17,
7782:18, 7787:7,
7788:2, 7788:4,
7789:13, 7794:23,
7797:2, 7798:10,
7798:11, 7804:5,
7805:12, 7853:3
  **production** [5] -
7842:20, 7865:25,
7885:6, 7885:10,
7885:11
  **products** [7] -
7786:12, 7787:2,
7787:15, 7793:19,
7796:16, 7796:17,
7805:7
  **Professor** [28] -
7807:2, 7807:22,
7814:3, 7818:13,
7818:22, 7819:8,
7822:11, 7825:1,
7825:7, 7828:11,
7833:11, 7838:7,
7840:2, 7840:14,
7842:23, 7845:15,
7848:17, 7853:18,
7856:23, 7857:2,
7857:15, 7859:12,
7860:20, 7861:22,
7863:3, 7863:18,

7864:16, 7872:17
  **professor** [1] -
7807:13
  **profitable** [2] - 7781:2,
7781:24
  **programmed** [1] -
7874:5
  **programs** [1] -
7879:16
  **project** [5] - 7810:1,
7810:14, 7810:15,
7811:18, 7868:7
  **project-based** [1] -
7810:14
  **projects** [1] - 7811:17
  **promise** [2] - 7777:2,
7777:16
  **promising** [1] - 7777:1
  **promote** [4] - 7800:20,
7801:14, 7805:12,
7805:16
  **promoting** [1] -
7799:19
  **promotion** [3] -
7778:13, 7778:17,
7786:7
  **proposals** [2] -
7880:19, 7880:21
  **propose** [4] - 7777:5,
7777:22, 7785:7,
7785:16
  **proposed** [3] -
7785:14, 7785:22,
7789:10
  **proposing** [1] - 7780:9
  **proposition** [1] -
7890:25
  **proprietary** [8] -
7816:10, 7816:19,
7816:22, 7817:8,
7818:4, 7821:13,
7868:16, 7874:17
  **Protection** [1] -
7766:2
  **provide** [1] - 7806:9
  **provided** [4] -
7791:25, 7797:17,
7805:10, 7811:24
  **providers** [5] -
7767:20, 7775:3,
7786:20, 7797:8,
7797:15
  **provides** [1] - 7778:19
  **providing** [1] - 7893:4
  **provisional** [2] -
7813:11, 7876:12
  **PSX** [1] - 7776:16
  **PSX1187** [3] -
7792:13, 7796:1,
7796:8

  **pSX1187**.................
..........................**7796**
[1] - 7899:9
  **PSX1221** [1] -
7789:19, 7797:16
  **PSX1222** [1] - 7799:10
  **PSX1222**.................
..........................**7776**
[1] - 7899:10
  **psychological** [1] -
7878:2
  **PTO** [1] - 7815:18
  **public** [2] - 7802:3,
7828:12
  **publications** [1] -
7821:10
  **publish** [1] - 7821:11
  **published** [8] -
7810:20, 7813:12,
7821:9, 7821:10,
7824:11, 7856:10
  **pull** [2] - 7795:10,
7828:3
  **pulls** [1] - 7829:16
  **punitive** [1] - 7795:5
  **purely** [1] - 7779:24
  **purple** [9] - 7834:1,
7834:4, 7834:7,
7834:11, 7835:1,
7835:2, 7835:14,
7835:15, 7839:11
  **purpose** [1] - 7846:13
  **purposes** [4] -
7811:12, 7819:3,
7852:7, 7852:11
  **put** [22] - 7768:13,
7788:23, 7812:9,
7819:6, 7844:12,
7845:8, 7845:15,
7854:11, 7861:18,
7862:11, 7867:15,
7870:16, 7871:15,
7880:25, 7881:21,
7883:16, 7888:4,
7889:4, 7889:10,
7892:3, 7892:7,
7892:23
  **puts** [1] - 7867:16
  **putting** [3] - 7778:19,
7825:25, 7862:21
  **puzzle** [2] - 7826:15,
7826:25
  **PX1221** [1] - 7791:22
  **pX1221**...................
..........................**7791**
[1] - 7899:9
  **PX1222** [1] - 7798:19

## Q

**Q&A** [1] - 7814:6
**QBST** [2] - 7830:8, 7860:13
**qualification** [2] - 7816:12, 7817:10
**qualified** [4] - 7788:25, 7794:5, 7817:25
**qualify** [2] - 7814:3, 7817:24
**quality** [45] - 7770:2, 7770:3, 7770:4, 7771:9, 7771:13, 7771:18, 7771:23, 7780:22, 7798:2, 7819:1, 7819:2, 7819:11, 7819:15, 7819:20, 7820:2, 7820:23, 7821:21, 7822:12, 7822:18, 7824:14, 7827:9, 7845:24, 7846:2, 7846:21, 7847:16, 7849:21, 7849:22, 7855:17, 7855:19, 7855:21, 7855:24, 7855:25, 7856:1, 7856:5, 7856:16, 7875:9, 7876:23, 7877:5, 7877:7, 7878:15, 7879:25, 7880:1, 7888:14
**quantity** [1] - 7819:21
**quarter** [1] - 7789:23
**quarterly** [1] - 7789:24
**queries** [38] - 7767:23, 7768:8, 7768:10, 7769:8, 7769:24, 7770:22, 7770:25, 7772:9, 7780:4, 7782:22, 7783:10, 7783:16, 7797:1, 7798:25, 7821:24, 7826:6, 7826:7, 7826:8, 7827:1, 7829:9, 7830:15, 7836:25, 7846:7, 7847:14, 7850:17, 7851:1, 7851:3, 7851:9, 7851:10, 7851:23, 7851:24, 7857:3, 7857:4, 7857:16, 7857:20, 7861:9, 7861:20, 7873:23
**query** [23] - 7771:19, 7791:5, 7799:1, 7806:9, 7821:23,

7827:4, 7829:7, 7829:8, 7829:13, 7829:20, 7830:16, 7830:17, 7832:1, 7835:6, 7846:7, 7851:4, 7851:8, 7853:18, 7853:19, 7855:10, 7857:8, 7866:15, 7868:21
**questioning** [1] - 7895:1
**questions** [12] - 7797:19, 7800:6, 7801:21, 7803:14, 7804:2, 7804:12, 7806:11, 7820:25, 7827:20, 7856:23, 7857:2, 7861:23
**quite** [4] - 7782:14, 7824:18, 7828:5, 7863:25

## R

**raise** [2] - 7804:9, 7896:5
**raised** [2] - 7778:6, 7800:19
**Ralph** [1] - 7766:3
**ran** [7] - 7837:1, 7842:20, 7847:8, 7847:14, 7852:15, 7865:4, 7884:24
**random** [4] - 7843:8, 7851:10, 7851:20, 7867:13
**randomly** [1] - 7851:8
**range** [5] - 7836:13, 7837:3, 7837:5, 7837:6, 7837:7
**rank** [5] - 7808:10, 7831:2, 7832:4, 7836:2, 7863:22
**RankBrain** [1] - 7843:14
**ranking** [20] - 7821:14, 7831:13, 7831:14, 7831:15, 7831:18, 7831:21, 7832:5, 7832:6, 7832:7, 7832:10, 7832:12, 7832:13, 7833:3, 7837:14, 7837:15, 7837:20, 7838:11, 7838:21, 7839:7, 7840:7
**rare** [1] - 7837:23
**rat** [1] - 7869:2
**raters** [5] - 7827:6, 7850:20, 7854:22,

7855:1, 7855:9
**rather** [3] - 7795:11, 7824:18, 7834:21
**rating** [1] - 7855:21
**ratings** [1] - 7850:21
**ratio** [1] - 7848:19
**reach** [1] - 7798:6
**read** [18] - 7787:19, 7792:21, 7800:16, 7801:6, 7801:9, 7801:10, 7809:25, 7845:16, 7864:16, 7876:3, 7881:5, 7881:7, 7881:11, 7881:16, 7882:7, 7883:7, 7887:21, 7887:23
**reading** [2] - 7801:6, 7881:6
**ready** [5] - 7767:3, 7818:16, 7825:4, 7896:24, 7897:1
**real** [6] - 7790:6, 7866:3, 7873:8, 7873:12, 7876:4
**realize** [1] - 7791:21
**really** [24] - 7772:15, 7783:24, 7783:25, 7794:17, 7795:11, 7797:14, 7799:1, 7808:13, 7820:15, 7821:17, 7823:9, 7834:19, 7838:3, 7842:25, 7848:4, 7851:24, 7854:20, 7855:10, 7860:1, 7861:5, 7861:15, 7872:11, 7873:15, 7876:16
**reason** [4] - 7768:23, 7783:12, 7869:3, 7877:13
**reasons** [6] - 7773:25, 7774:1, 7787:25, 7788:5, 7794:15, 7834:3
**rebuilt** [1] - 7833:21
**received** [2] - 7799:24, 7811:12
**recent** [3] - 7774:20, 7815:15, 7824:7
**recently** [3] - 7785:3, 7799:20, 7854:16
**recess** [1] - 7824:25
**recite** [1] - 7836:22
**recognize** [2] - 7818:12, 7865:21
**recollection** [3] - 7802:24, 7803:2, 7804:5

**recommendation** [2] - 7809:7, 7813:25
**recomputed** [1] - 7838:17
**record** [4] - 7800:16, 7807:10, 7822:4, 7863:13
**red** [4] - 7866:2, 7873:14, 7874:2, 7876:20
**redacted** [6] - 7800:12, 7800:14, 7828:5, 7828:8, 7828:12, 7863:19
**redaction** [2] - 7799:22, 7800:1
**redactions** [1] - 7776:19
**redesign** [1] - 7780:19
**redid** [2] - 7833:21, 7838:16
**Redirect** [1] - 7899:4
**REDIRECT** [1] - 7796:6
**reduce** [3] - 7824:15, 7868:17, 7882:9
**reduced** [2] - 7774:23, 7781:13
**reducing** [1] - 7823:2
**reduction** [5] - 7823:2, 7823:20, 7824:9, 7825:8, 7848:8
**refer** [5] - 7790:19, 7791:7, 7802:24, 7802:25, 7828:16
**reference** [11] - 7776:25, 7796:15, 7796:17, 7796:18, 7796:20, 7796:22, 7797:5, 7797:21, 7800:22, 7801:24, 7836:6
**referenced** [2] - 7799:18, 7895:16
**references** [1] - 7880:22
**referencing** [2] - 7799:12, 7800:20
**referred** [1] - 7832:7
**referring** [13] - 7777:8, 7777:12, 7777:16, 7791:4, 7797:2, 7798:3, 7798:21, 7798:22, 7799:3, 7800:17, 7802:18, 7836:3, 7872:19
**refers** [2] - 7802:20, 7831:13
**reflect** [1] - 7896:13
**regard** [4] - 7811:18,

7922

7829:9, 7834:20, 7871:20
**regarding** [2] - 7771:18, 7771:23
**regular** [2] - 7840:9, 7857:7
**relate** [5] - 7808:23, 7811:14, 7828:25, 7860:22, 7878:15
**related** [5] - 7809:17, 7813:14, 7813:18, 7830:11, 7839:8
**relates** [2] - 7841:18, 7877:25
**relating** [1] - 7808:1
**relative** [4] - 7771:13, 7771:24, 7819:1, 7842:4
**relatively** [1] - 7781:25
**relevance** [2] - 7878:20, 7878:23
**relevant** [3] - 7826:8, 7869:8, 7873:6
**reliability** [1] - 7834:20
**reliance** [1] - 7894:7
**relied** [3] - 7891:25, 7893:10, 7893:15
**rely** [3] - 7771:15, 7888:3, 7894:1
**remainder** [1] - 7818:18
**remember** [12] - 7814:15, 7815:11, 7815:16, 7838:10, 7864:20, 7873:22, 7883:8, 7884:17, 7888:24, 7893:7, 7894:2
**remembered** [1] - 7843:1
**remove** [1] - 7781:10
**rendering** [1] - 7805:9
**rendition** [1] - 7792:3
**renew** [1] - 7781:15
**repeat** [4] - 7774:10, 7779:6, 7787:25, 7863:12
**repetition** [1] - 7854:2
**rephrase** [2] - 7804:25, 7805:22
**report** [46] - 7816:23, 7825:15, 7831:13, 7836:9, 7842:24, 7856:19, 7865:21, 7868:13, 7868:18, 7870:8, 7870:9, 7876:24, 7878:17, 7879:23, 7881:5, 7881:18, 7882:10, 7883:2, 7883:7,

7883:11, 7884:9, 7884:10, 7887:19, 7887:22, 7888:3, 7888:4, 7888:8, 7888:23, 7888:25, 7889:5, 7889:11, 7889:16, 7889:17, 7889:23, 7889:24, 7890:9, 7891:5, 7891:9, 7891:15, 7892:12, 7892:15, 7892:24, 7893:5, 7893:14, 7893:17, 7894:5
**reported** [1] - 7859:20
REPORTER [1] - 7898:1
**Reporter** [3] - 7766:16, 7766:17, 7898:11
**reporting** [3] - 7825:23, 7880:10, 7880:17
**reports** [5] - 7787:19, 7887:25, 7889:18, 7893:10
**represent** [6] - 7831:7, 7833:12, 7841:19, 7842:2, 7844:3, 7845:3
**representation** [1] - 7887:20
**representative** [1] - 7852:9
**represented** [2] - 7850:23, 7852:5
**representing** [1] - 7871:18
**represents** [4] - 7833:13, 7840:19, 7870:6, 7871:19
**request** [4] - 7799:22, 7801:5, 7817:23, 7895:22
**requested** [2] - 7776:19, 7817:25
**require** [1] - 7781:5
**requirement** [1] - 7777:23
**requires** [1] - 7876:7
**research** [8] - 7788:24, 7791:10, 7793:18, 7811:12, 7827:20, 7827:23, 7852:11, 7883:23
**reserve** [1] - 7818:7
**reset** [1] - 7853:23
**resolve** [1] - 7896:15
**respect** [2] - 7818:11, 7826:12
**respected** [2] -

7879:8, 7879:19
**responding** [2] - 7796:25, 7804:18
**response** [1] - 7804:17
**rest** [10] - 7841:25, 7849:22, 7850:1, 7872:9, 7872:10, 7872:14, 7872:25, 7873:1, 7876:21, 7895:19
**restricted** [1] - 7805:10
**restricts** [1] - 7805:8
**result** [3] - 7837:12, 7854:5, 7859:20
**resulting** [1] - 7854:23
**results** [27] - 7771:10, 7771:13, 7771:14, 7771:19, 7799:1, 7805:18, 7805:19, 7806:2, 7806:3, 7821:15, 7821:23, 7821:24, 7824:6, 7824:17, 7827:6, 7827:7, 7833:23, 7836:9, 7837:2, 7839:9, 7839:10, 7850:19, 7854:11, 7854:13, 7859:13, 7868:8, 7874:6
**resume** [1] - 7824:22
**retrained** [3] - 7838:23, 7839:12, 7843:11
**retraining** [2] - 7853:14, 7860:10
**retrainings** [1] - 7842:17
**retrieval** [27] - 7808:2, 7808:6, 7808:12, 7808:14, 7808:17, 7808:18, 7808:25, 7809:7, 7810:6, 7810:16, 7812:3, 7814:1, 7814:4, 7817:18, 7818:1, 7818:14, 7820:8, 7821:6, 7821:15, 7824:7, 7829:11, 7829:19, 7832:6, 7832:8, 7832:13, 7847:2, 7864:2
**Retrieval** [5] - 7809:14, 7809:16, 7809:24, 7811:20, 7813:9
**retrieved** [1] - 7831:20
**return** [3] - 7850:10, 7855:13, 7871:24

**returns** [8] - 7819:20, 7819:24, 7819:25, 7820:7, 7859:8, 7860:22, 7860:24, 7874:24
**revenue** [27] - 7769:25, 7770:6, 7770:15, 7772:15, 7773:21, 7774:11, 7774:16, 7774:24, 7778:1, 7778:9, 7779:4, 7779:8, 7779:17, 7780:4, 7780:5, 7781:23, 7782:1, 7782:3, 7783:16, 7783:19, 7784:2, 7784:10, 7784:19, 7785:9, 7785:21, 7788:3
**review** [3] - 7812:2, 7812:11, 7863:3
**reviewed** [1] - 7810:20
**reviewing** [1] - 7813:7
**revolt** [1] - 7795:4
**revshare** [2] - 7774:7, 7785:25
**Richard** [1] - 7765:18
**richard.gower@ usdoj.gov** [1] - 7765:21
**rid** [3] - 7859:18, 7860:2, 7869:3
**right-hand** [2] - 7847:12, 7858:6
**rings** [1] - 7791:1
**rise** [1] - 7798:1
**rival** [1] - 7775:2
**RMR** [1] - 7766:16
**robust** [1] - 7827:2
**robustness** [1] - 7854:8
**role** [2] - 7827:13, 7827:14
**rolling** [1] - 7839:18
**Room** [2] - 7766:17, 7898:12
**roughly** [12] - 7769:5, 7771:2, 7783:9, 7785:4, 7810:21, 7823:12, 7840:19, 7846:19, 7867:25, 7868:1, 7874:6, 7893:19
**routine** [1] - 7832:25
**row** [2] - 7844:16, 7845:16
**rows** [1] - 7839:15
**ruling** [1] - 7895:4
**run** [13] - 7805:16, 7813:17, 7822:21, 7823:11, 7842:8,

7923

7846:7, 7850:17,
7851:15, 7851:17,
7866:4, 7875:17,
7875:25, 7887:7
**running** [12] -
7788:24, 7822:19,
7822:20, 7827:17,
7851:17, 7853:6,
7859:20, 7862:20,
7866:6, 7875:20,
7885:17, 7886:23
**runs** [1] - 7780:2

## S

**Safari** [12] - 7768:6,
7787:14, 7789:11,
7799:19, 7800:21,
7801:14, 7804:3,
7804:15, 7805:3,
7805:20, 7806:4
**safe** [1] - 7806:13
**safest** [1] - 7853:23
**salient** [1] - 7830:12
**Sallet** [1] - 7766:1
**Salton** [2] - 7808:16,
7826:3
**sample** [36] - 7840:18,
7844:4, 7844:18,
7844:19, 7844:21,
7845:4, 7845:9,
7845:15, 7847:19,
7848:24, 7848:25,
7851:10, 7851:20,
7858:14, 7863:23,
7866:7, 7866:8,
7866:9, 7866:18,
7867:13, 7868:2,
7886:8, 7886:15,
7887:3, 7887:10,
7887:12, 7887:15,
7888:6, 7888:10,
7888:17, 7890:13,
7891:16, 7892:5,
7893:12, 7893:16,
7894:8
**sampled** [1] - 7851:8
**samples** [6] - 7840:13,
7840:24, 7841:1,
7854:24, 7885:24,
7887:4
**sat** [1] - 7817:4
**save** [1] - 7843:15
**saves** [1] - 7868:21
**saving** [2] - 7862:6,
7868:24
**saw** [9] - 7780:25,
7847:19, 7848:5,
7855:24, 7857:19,
7857:25, 7859:12,

7861:13
**scale** [9] - 7819:15,
7819:17, 7823:10,
7824:5, 7870:4,
7870:5, 7871:2,
7875:20
**scaleability** [6] -
7823:10, 7823:11,
7823:14, 7823:19,
7824:8, 7824:10
**scenario** [3] -
7779:19, 7780:10,
7850:23
**scenarios** [3] -
7781:16, 7840:7,
7858:11
**scheme** [2] - 7833:11,
7833:12
**Schindler** [2] -
7792:14, 7796:13
**SCHMIDTLEIN** [25] -
7768:15, 7776:15,
7786:24, 7791:24,
7796:7, 7798:18,
7799:9, 7799:23,
7800:4, 7800:18,
7801:17, 7801:19,
7802:8, 7802:10,
7803:5, 7803:12,
7805:1, 7805:25,
7806:1, 7806:11,
7806:22, 7895:15,
7895:21, 7895:24,
7897:8
**Schmidtlein** [6] -
7766:11, 7796:4,
7801:9, 7801:18,
7806:21, 7895:19
**Schmidtlein..........
7796** [1] - 7899:4
**Scholar** [2] - 7811:6,
7811:10
**scholar** [1] - 7883:21
**Scholar's** [1] - 7811:7
**school** [1] - 7807:23
**Science** [4] - 7810:1,
7811:17, 7812:8,
7880:21
**science** [14] - 7807:13,
7807:24, 7807:25,
7808:2, 7808:4,
7810:2, 7814:4,
7817:17, 7817:25,
7818:13, 7820:8,
7847:1, 7855:3
**scientist** [1] - 7881:23
**scope** [4] - 7778:10,
7780:8, 7785:10,
7879:22
**score** [15] - 7821:20,

7821:25, 7846:3,
7846:5, 7846:6,
7848:9, 7848:10,
7850:22, 7854:23,
7855:6, 7855:16,
7856:3, 7857:17,
7857:18, 7858:9
**scored** [1] - 7837:3
**scores** [5] - 7837:6,
7856:1, 7856:4,
7856:16, 7857:23
**scoring** [1] - 7856:9
**scraping** [1] - 7846:7
**scratch** [1] - 7843:11
**screen** [33] - 7768:6,
7768:7, 7770:12,
7770:13, 7777:6,
7777:22, 7777:25,
7778:5, 7778:9,
7778:19, 7779:3,
7779:7, 7779:16,
7779:24, 7780:5,
7780:13, 7781:12,
7781:25, 7785:8,
7785:14, 7785:17,
7785:21, 7785:23,
7786:4, 7789:8,
7789:10, 7789:14,
7800:14, 7804:2,
7804:10, 7844:2,
7865:16, 7865:18
**sealed** [1] - 7800:1
**search** [100] - 7767:15,
7767:23, 7768:11,
7768:12, 7768:25,
7769:8, 7769:10,
7769:24, 7770:3,
7770:15, 7770:16,
7770:17, 7770:22,
7771:7, 7771:8,
7771:9, 7771:13,
7771:15, 7771:19,
7771:24, 7772:1,
7772:2, 7772:10,
7772:22, 7773:5,
7773:7, 7773:23,
7773:24, 7774:14,
7774:24, 7775:8,
7775:21, 7777:6,
7777:23, 7779:5,
7779:9, 7779:18,
7779:25, 7780:3,
7780:20, 7781:5,
7781:10, 7781:11,
7781:13, 7782:7,
7782:14, 7782:22,
7783:16, 7784:1,
7784:10, 7784:13,
7787:17, 7787:21,
7787:23, 7788:21,

7788:22, 7788:23,
7789:3, 7790:6,
7790:21, 7791:5,
7796:16, 7799:12,
7801:10, 7803:16,
7803:23, 7808:23,
7809:2, 7809:3,
7810:18, 7811:15,
7812:22, 7813:7,
7816:9, 7816:18,
7819:1, 7819:14,
7819:20, 7820:2,
7821:15, 7822:18,
7823:19, 7837:11,
7837:13, 7866:4,
7871:11, 7875:17,
7875:24, 7876:7,
7877:10, 7878:10,
7878:11, 7878:15,
7878:21, 7879:25,
7880:1, 7888:13
**Search** [16] - 7771:19,
7776:22, 7777:9,
7780:23, 7784:14,
7788:2, 7790:5,
7798:11, 7803:3,
7805:18, 7806:2,
7806:3, 7819:11,
7820:23, 7845:24,
7885:9
**searching** [1] -
7791:10
**seat** [1] - 7825:1
**second** [16] - 7790:3,
7794:7, 7797:19,
7799:14, 7821:18,
7829:18, 7834:3,
7834:4, 7841:23,
7844:18, 7850:19,
7856:7, 7867:9,
7869:22, 7872:20,
7885:11
**second-from-the-
last** [1] - 7829:18
**Section** [1] - 7766:2
**section** [2] - 7799:12,
7799:15
**see** [69] - 7767:8,
7767:9, 7768:14,
7770:10, 7776:22,
7777:2, 7783:1,
7783:3, 7790:1,
7792:18, 7793:21,
7793:22, 7794:2,
7795:7, 7796:17,
7799:1, 7800:3,
7808:10, 7814:11,
7816:15, 7820:1,
7820:3, 7822:25,
7823:3, 7823:10,

7924

7827:6, 7829:7, 7829:8, 7831:12, 7834:7, 7835:6, 7837:3, 7837:17, 7840:2, 7840:6, 7840:14, 7841:22, 7842:12, 7844:14, 7846:9, 7847:15, 7847:20, 7849:24, 7850:20, 7851:23, 7852:8, 7854:19, 7855:15, 7856:16, 7857:7, 7858:2, 7858:12, 7858:19, 7859:21, 7859:23, 7860:9, 7867:24, 7869:22, 7869:23, 7872:1, 7874:14, 7876:13, 7877:7, 7882:16, 7888:8, 7890:15, 7897:9

**seeing** [2] - 7783:16, 7894:19

**seem** [2] - 7863:13, 7879:16

**sees** [5] - 7790:12, 7840:19, 7845:6, 7851:9, 7874:7

**select** [1] - 7780:14

**selected** [3] - 7779:5, 7779:9, 7779:18

**selecting** [2] - 7767:14, 7781:4

**selection** [1] - 7886:15

**sells** [2] - 7769:20, 7780:21

**semester** [2] - 7810:17, 7813:8

**send** [2] - 7768:2, 7768:8

**senior** [1] - 7793:24

**seniors** [1] - 7810:2

**sense** [11] - 7770:24, 7772:7, 7793:11, 7831:17, 7839:6, 7860:6, 7873:20, 7886:25, 7887:3, 7887:8, 7887:15

**sensitive** [1] - 7828:6

**sent** [3] - 7792:13, 7792:17, 7803:14

**sentence** [9] - 7796:14, 7799:15, 7799:18, 7800:19, 7801:13, 7890:11, 7890:12, 7892:4, 7892:19

**sentences** [3] - 7801:11, 7801:16, 7831:17

**separate** [4] - 7815:21, 7842:15, 7847:6, 7852:4

**separately** [1] - 7842:21

**September** [2] - 7807:16, 7825:12

**serious** [1] - 7769:14

**serves** [1] - 7885:6

**service** [1] - 7879:17

**services** [1] - 7786:8

**session** [3] - 7895:23, 7896:1, 7896:2

**set** [28] - 7772:17, 7775:25, 7784:4, 7793:13, 7794:15, 7821:23, 7827:2, 7832:5, 7838:2, 7841:13, 7841:23, 7841:25, 7842:14, 7846:7, 7846:8, 7847:14, 7847:20, 7850:18, 7851:6, 7851:8, 7851:15, 7852:4, 7852:10, 7853:23, 7854:12, 7854:17, 7857:17

**set-aside** [1] - 7846:7

**sets** [14] - 7827:1, 7827:3, 7827:4, 7851:4, 7851:16, 7853:18, 7853:19, 7854:1, 7857:5, 7857:8, 7866:14, 7866:15, 7876:21

**setting** [1] - 7871:20

**settings** [7] - 7827:5, 7833:20, 7840:6, 7840:7, 7850:23, 7885:21, 7885:22

**Seventh** [1] - 7766:5

**several** [4] - 7786:10, 7829:15, 7836:10, 7843:19

**several-page** [1] - 7836:10

**Shakes** [1] - 7856:25

**shape** [1] - 7871:13

**share** [36] - 7767:22, 7768:10, 7768:24, 7769:1, 7769:5, 7769:8, 7769:10, 7769:23, 7770:15, 7770:17, 7770:25, 7772:9, 7772:15, 7773:9, 7773:21, 7774:12, 7774:17, 7774:24, 7778:1, 7779:4, 7779:8, 7779:17, 7780:2,

7780:3, 7780:5, 7782:22, 7783:10, 7783:13, 7783:14, 7783:15, 7783:16, 7783:19, 7784:2, 7784:19, 7785:9, 7785:21

**shareholder** [2] - 7793:10, 7793:12

**shareholders** [3] - 7773:17, 7774:3, 7782:2

**sharing** [1] - 7778:9

**shifting** [1] - 7862:17

**ship** [2] - 7787:12, 7805:12

**shipping** [1] - 7893:22

**shoe** [1] - 7791:14

**shoes** [1] - 7791:11

**Shopify** [2] - 7797:25, 7798:8

**shopping** [4] - 7797:22, 7798:22, 7798:25, 7799:5

**shortly** [3] - 7888:23, 7889:5, 7890:10

**show** [14] - 7795:13, 7821:11, 7823:15, 7829:3, 7838:7, 7843:19, 7848:17, 7858:5, 7871:4, 7872:14, 7872:25, 7873:4, 7873:18, 7876:24

**showed** [4] - 7848:2, 7854:14, 7872:7, 7876:22

**showing** [3] - 7779:24, 7812:14, 7873:13

**shown** [10] - 7802:17, 7846:3, 7847:5, 7850:19, 7857:15, 7857:18, 7859:13, 7860:17, 7871:1, 7884:9

**shows** [5] - 7846:14, 7874:23, 7890:21, 7894:7

**shrink** [2] - 7849:15, 7858:23

**shrinking** [2] - 7793:18, 7796:15

**sic** [1] - 7867:24

**side** [7] - 7782:18, 7820:19, 7846:4, 7847:7, 7858:6, 7861:5, 7866:2

**SIGIR** [3] - 7809:14, 7809:15, 7826:3

**signal** [7] - 7832:25,

7833:9, 7834:22, 7834:24, 7837:19, 7839:4, 7860:10

**signals** [14] - 7832:18, 7833:8, 7833:10, 7833:23, 7834:10, 7837:11, 7852:13, 7852:14, 7852:17, 7852:18, 7852:20, 7852:23, 7853:3

**significant** [14] - 7768:24, 7769:23, 7772:9, 7837:19, 7837:21, 7846:20, 7847:2, 7847:3, 7847:21, 7856:16, 7859:24, 7860:4, 7860:5, 7876:7

**significantly** [3] - 7769:25, 7770:6

**similar** [9] - 7768:1, 7819:15, 7830:11, 7833:5, 7835:9, 7858:15, 7875:3, 7875:4, 7887:9

**simple** [3] - 7833:3, 7836:11, 7871:10

**simplistic** [1] - 7837:10

**simply** [1] - 7832:7

**Singer** [1] - 7801:21

**single** [9] - 7804:21, 7821:23, 7846:5, 7860:1, 7868:21, 7871:1, 7883:1

**sit** [4] - 7800:2, 7814:24, 7894:4, 7895:18

**site** [1] - 7877:15

**sites** [4] - 7800:21, 7800:22, 7801:14, 7812:13

**sitting** [2] - 7800:15, 7814:22

**situation** [18] - 7778:4, 7815:24, 7823:7, 7835:13, 7837:24, 7847:15, 7849:6, 7859:25, 7860:24, 7861:15, 7863:24, 7871:4, 7871:19, 7872:1, 7872:11, 7884:2, 7886:24

**situations** [4] - 7834:18, 7837:23, 7838:24, 7871:8

**six** [4] - 7813:13, 7829:4, 7844:9, 7859:12

**size** [1] - 7851:10

7925

**sizes** [1] - 7856:17
**slice** [1] - 7844:8
**sliced** [1] - 7857:8
**slices** [1] - 7852:3
**slide** [50] - 7819:22, 7819:23, 7822:2, 7822:14, 7828:3, 7828:6, 7829:3, 7829:4, 7832:17, 7832:19, 7833:11, 7838:4, 7838:7, 7838:8, 7839:25, 7840:2, 7843:23, 7845:25, 7846:24, 7847:5, 7847:12, 7848:6, 7848:13, 7848:15, 7848:18, 7848:25, 7850:12, 7850:13, 7851:2, 7856:7, 7857:14, 7857:15, 7858:5, 7858:18, 7859:11, 7860:17, 7860:18, 7861:3, 7867:1, 7869:22, 7872:8, 7872:17, 7872:18, 7872:21, 7872:23, 7872:25, 7873:19, 7873:24
**slides** [10] - 7819:3, 7831:12, 7854:11, 7855:24, 7857:14, 7858:2, 7869:21, 7870:16, 7876:18
**slightly** [2] - 7783:18, 7859:17
**slogans** [1] - 7795:12
**small** [16] - 7813:21, 7828:18, 7832:23, 7833:16, 7834:2, 7834:8, 7834:14, 7838:3, 7843:17, 7848:4, 7858:13, 7860:3, 7860:11, 7863:23, 7866:20, 7868:3
**smaller** [8] - 7769:2, 7831:21, 7839:1, 7856:13, 7857:19, 7858:20, 7885:23, 7887:4
**smarter** [1] - 7830:22
**SMURZYASKI** [2] - 7828:10, 7850:2
**SMURZYNSKI** [35] - 7807:7, 7807:21, 7812:25, 7813:4, 7813:5, 7814:2, 7816:11, 7818:15, 7818:17, 7818:21,

7821:1, 7822:10, 7825:5, 7825:6, 7828:4, 7838:4, 7838:6, 7839:24, 7840:1, 7842:5, 7845:14, 7846:23, 7848:13, 7848:16, 7853:17, 7856:24, 7857:1, 7861:22, 7863:1, 7863:2, 7863:17, 7864:6, 7879:21, 7895:2, 7895:7
**smurzynski** [1] - 7818:16
**Smurzynski** [1] - 7766:11
**Smurzynski............ 7807** [1] - 7899:6
**so..** [4] - 7784:15, 7869:18, 7881:20, 7892:2
**societies** [2] - 7809:9, 7809:10
**softly** [1] - 7836:13
**software** [2] - 7786:17, 7786:19
**solidified** [1] - 7893:19
**someone** [6] - 7794:22, 7829:7, 7837:24, 7855:13, 7875:3, 7878:12
**sometimes** [13] - 7790:15, 7790:17, 7809:5, 7820:21, 7830:12, 7830:16, 7832:6, 7834:14, 7851:22, 7883:25, 7884:1, 7886:23
**somewhere** [1] - 7893:7
**soon** [2] - 7839:9, 7889:12
**sophisticated** [2] - 7797:9, 7830:25
**sorry** [28] - 7768:18, 7770:19, 7775:15, 7777:7, 7781:7, 7787:8, 7787:13, 7788:10, 7791:23, 7792:21, 7793:7, 7799:21, 7805:22, 7805:24, 7812:23, 7813:2, 7813:3, 7820:24, 7837:9, 7839:14, 7841:15, 7843:25, 7845:19, 7849:19, 7852:12, 7856:24, 7865:9,

7867:2
**sort** [24] - 7808:13, 7808:19, 7819:13, 7820:4, 7825:17, 7826:21, 7826:23, 7829:10, 7829:18, 7830:6, 7831:5, 7831:22, 7833:24, 7836:19, 7836:23, 7840:9, 7841:10, 7845:2, 7855:8, 7860:25, 7873:18, 7884:9, 7885:24, 7892:11
**sought** [1] - 7803:19
**source** [2] - 7768:16, 7783:19
**sources** [1] - 7775:10
**South** [1] - 7765:15
**space** [6] - 7796:20, 7831:7, 7831:8, 7831:9, 7843:15, 7880:15
**SPAMing** [1] - 7834:18
**special** [3] - 7809:12, 7846:7, 7852:10
**Special** [1] - 7809:13
**specific** [4] - 7791:14, 7804:17, 7814:20, 7827:19
**specifically** [2] - 7799:14, 7857:4
**specify** [1] - 7878:9
**spell** [1] - 7807:10
**spend** [5] - 7793:24, 7794:9, 7805:16, 7825:19, 7830:23
**spending** [1] - 7794:13
**spent** [1] - 7825:21
**sponsor** [1] - 7880:20
**sports** [1] - 7855:5
**stand** [1] - 7806:23
**standard** [1] - 7894:13
**standpoint** [1] - 7768:25
**Stanford** [2] - 7812:11, 7812:14
**start** [8] - 7767:10, 7823:8, 7841:10, 7841:11, 7843:6, 7843:9, 7844:5, 7864:14
**started** [4] - 7809:22, 7893:11, 7893:15, 7894:20
**starting** [2] - 7788:20, 7843:12
**starts** [1] - 7807:3
**state** [3] - 7807:10,

7813:11, 7863:18
**state-of-the-art** [1] - 7813:11
**statement** [6] - 7790:2, 7793:17, 7799:15, 7800:19, 7881:23, 7883:1
**statements** [4] - 7789:24, 7791:25, 7792:5, 7792:8
**STATES** [2] - 7765:1, 7765:10
**states** [2] - 7777:16, 7795:3
**States** [4] - 7765:2, 7766:1, 7766:17, 7896:20
**statistical** [2] - 7860:6, 7860:9
**statistically** [2] - 7847:21, 7859:24
**stay** [1] - 7788:16
**staying** [1] - 7777:4
**stenographic** [1] - 7898:5
**step** [3] - 7835:4, 7886:9, 7894:22
**steps** [1] - 7827:15
**stick** [2] - 7781:9, 7867:9
**still** [12] - 7776:10, 7778:8, 7779:4, 7779:8, 7780:5, 7782:7, 7812:21, 7818:5, 7843:6, 7856:9, 7864:23, 7878:18
**stood** [1] - 7811:19
**storage** [1] - 7824:4
**Storage** [2] - 7809:24, 7813:9
**store** [1] - 7824:3
**Street** [3] - 7765:12, 7765:15, 7765:19
**strike** [1] - 7802:22
**strong** [4] - 7772:20, 7788:1, 7839:13, 7879:5
**stronger** [1] - 7862:11
**stuck** [1] - 7842:20
**student** [1] - 7827:17
**students** [15] - 7809:23, 7810:9, 7810:11, 7810:14, 7812:14, 7813:10, 7813:13, 7813:24, 7823:12, 7824:11, 7827:18, 7854:3, 7865:8, 7865:10, 7883:25

7926

**studied** [2] - 7879:14, 7884:7
**studies** [10] - 7823:12, 7823:14, 7823:19, 7824:10, 7827:17, 7843:19, 7854:2, 7856:10, 7859:18, 7886:23
**study** [27] - 7815:25, 7816:1, 7816:4, 7816:5, 7816:8, 7823:10, 7824:12, 7825:16, 7827:2, 7828:25, 7843:21, 7850:4, 7854:9, 7855:22, 7859:20, 7862:5, 7862:8, 7862:12, 7864:24, 7865:2, 7865:4, 7869:7, 7869:12, 7869:19, 7871:24, 7872:9
**stuff** [22] - 7815:4, 7825:23, 7829:20, 7833:18, 7833:19, 7835:4, 7835:10, 7835:18, 7835:22, 7835:23, 7836:18, 7852:22, 7853:15, 7854:3, 7861:12, 7862:20, 7868:16, 7869:4, 7884:3, 7885:17, 7893:24, 7894:1
**subject** [1] - 7792:4
**substantial** [3] - 7785:5, 7793:10, 7793:11
**substantially** [2] - 7768:1, 7769:1
**successfully** [1] - 7788:13
**sue** [1] - 7815:24
**Suggest** [2] - 7805:20, 7806:4
**suggested** [1] - 7842:25
**suggestions** [2] - 7805:19, 7806:3
**Suite** [3] - 7765:16, 7765:19, 7766:8
**Summarization** [1] - 7809:22
**summarization** [1] - 7813:25
**Sundar** [1] - 7899:3
**SUNDAR** [1] - 7767:5
**superior** [3] - 7772:2, 7782:7, 7782:14
**supervise** [1] -

7827:19
**supervised** [1] - 7827:25
**supervising** [2] - 7813:14, 7827:17
**supply** [1] - 7771:23
**supported** [1] - 7881:24
**supporting** [1] - 7893:11
**supports** [1] - 7893:15
**surprise** [1] - 7880:3
**sustained** [1] - 7786:25
**SW** [1] - 7766:13
**swear** [1] - 7806:19
**switching** [1] - 7803:23
**sworn** [1] - 7806:25
**syndicated** [2] - 7840:20, 7841:20
**syndication** [1] - 7849:1
**synonyms** [1] - 7830:12
**system** [57] - 7787:6, 7804:20, 7811:24, 7812:20, 7813:11, 7813:23, 7814:1, 7816:22, 7817:8, 7820:2, 7821:16, 7826:10, 7826:11, 7826:16, 7826:23, 7827:4, 7828:14, 7840:8, 7840:9, 7841:5, 7841:7, 7842:7, 7842:14, 7842:15, 7842:20, 7849:4, 7849:5, 7849:15, 7850:18, 7851:19, 7852:7, 7858:25, 7864:24, 7866:3, 7866:6, 7866:11, 7867:15, 7867:17, 7874:4, 7874:8, 7874:11, 7874:15, 7874:17, 7874:24, 7875:1, 7875:6, 7875:12, 7877:5, 7885:6, 7885:10, 7885:17, 7885:18, 7885:20, 7888:19, 7888:20
**systems** [16] - 7786:13, 7786:21, 7787:11, 7808:7, 7808:9, 7813:22, 7816:9, 7816:18, 7817:21, 7817:24, 7818:4, 7824:8,

7832:20, 7832:21, 7876:9, 7888:12

## T

**table** [3] - 7829:10, 7839:17, 7887:5
**tables** [4] - 7829:16, 7836:9, 7856:20, 7857:10
**tail** [13] - 7851:23, 7852:1, 7852:2, 7852:5, 7852:6, 7852:8, 7857:3, 7857:4, 7857:6, 7857:10, 7857:16, 7857:20, 7857:22
**taught** [2] - 7807:15, 7809:19
**teach** [6] - 7809:18, 7810:10, 7841:14, 7843:5, 7843:10
**teaching** [4] - 7809:23, 7810:17, 7813:8, 7841:12
**team** [6] - 7771:7, 7771:8, 7771:12, 7771:15, 7785:7, 7785:16
**teams** [5] - 7784:5, 7788:24, 7810:15, 7827:17, 7827:24
**tease** [1] - 7859:16
**Tech** [4] - 7807:14, 7807:15, 7809:18, 7809:22
**technical** [1] - 7887:3
**technique** [1] - 7850:16
**techniques** [8] - 7811:24, 7830:4, 7830:21, 7830:25, 7839:5, 7843:15, 7862:18, 7862:21
**technological** [1] - 7875:7
**technologies** [1] - 7839:5
**technology** [6] - 7820:17, 7849:8, 7859:8, 7871:18, 7872:5, 7875:3
**Technology** [1] - 7808:1
**ten** [5] - 7814:25, 7837:2, 7837:7, 7837:8, 7861:7
**tend** [2] - 7880:10, 7880:14
**tends** [1] - 7773:1

**term** [8] - 7800:11, 7808:18, 7832:12, 7853:2, 7860:14, 7877:22, 7877:24, 7878:5
**terminology** [2] - 7851:22, 7859:17
**terms** [24] - 7772:20, 7781:3, 7790:4, 7794:9, 7800:12, 7813:6, 7823:22, 7827:12, 7827:14, 7829:10, 7830:2, 7830:12, 7830:14, 7832:6, 7833:5, 7837:10, 7837:20, 7841:6, 7846:21, 7851:9, 7863:6, 7875:2, 7886:7, 7895:9
**terribly** [1] - 7884:3
**territories** [1] - 7818:8
**test** [5] - 7828:1, 7842:10, 7876:22, 7877:5
**testified** [7] - 7786:9, 7802:2, 7804:7, 7807:1, 7815:13, 7879:22, 7887:17
**testifying** [1] - 7819:9
**testimony** [19] - 7771:8, 7785:3, 7799:25, 7806:13, 7819:3, 7824:24, 7831:3, 7862:1, 7863:3, 7864:15, 7864:17, 7864:22, 7868:20, 7875:16, 7875:18, 7875:23, 7876:1, 7894:21, 7895:23
**testing** [1] - 7877:14
**tests** [1] - 7877:16
**text** [2] - 7824:14, 7864:3
**texts** [1] - 7831:4
**THE** [176] - 7765:1, 7765:1, 7765:9, 7767:2, 7768:16, 7768:18, 7768:21, 7770:11, 7775:15, 7776:4, 7776:5, 7776:6, 7776:10, 7776:11, 7776:16, 7777:7, 7777:10, 7777:14, 7786:25, 7788:8, 7788:10, 7789:17, 7791:19, 7791:20, 7791:23, 7792:6, 7793:7, 7793:11, 7793:15,

7796:2, 7798:16,
7798:21, 7798:24,
7799:3, 7799:5,
7799:7, 7799:21,
7800:2, 7800:9,
7801:8, 7801:18,
7803:11, 7804:25,
7805:22, 7806:6,
7806:12, 7806:14,
7806:16, 7806:18,
7806:19, 7807:2,
7807:5, 7807:17,
7807:20, 7812:23,
7813:2, 7813:3,
7814:7, 7814:9,
7814:13, 7814:21,
7815:1, 7815:5,
7815:9, 7815:15,
7815:20, 7816:3,
7816:7, 7816:13,
7816:17, 7816:20,
7816:24, 7817:3,
7817:6, 7817:9,
7817:12, 7817:19,
7817:23, 7818:3,
7818:9, 7818:12,
7818:16, 7818:20,
7820:24, 7821:2,
7821:3, 7821:5,
7821:6, 7822:1,
7822:5, 7822:9,
7824:20, 7825:1,
7825:3, 7825:4,
7828:9, 7837:5,
7837:6, 7837:9,
7837:13, 7837:15,
7837:16, 7837:19,
7837:22, 7839:14,
7839:17, 7839:18,
7839:21, 7839:22,
7839:23, 7841:15,
7841:19, 7841:22,
7841:23, 7843:25,
7844:5, 7844:7,
7844:8, 7844:10,
7844:11, 7844:14,
7844:15, 7844:20,
7844:24, 7845:1,
7845:5, 7845:7,
7845:8, 7845:12,
7846:17, 7846:19,
7846:20, 7846:22,
7847:10, 7847:11,
7847:13, 7848:7,
7848:9, 7849:13,
7849:14, 7849:19,
7849:23, 7852:12,
7852:16, 7852:17,
7852:21, 7852:25,
7853:5, 7853:16,
7856:25, 7861:16,

7861:18, 7862:2,
7862:11, 7862:25,
7863:14, 7863:16,
7864:8, 7865:12,
7880:4, 7882:13,
7882:14, 7889:21,
7894:16, 7895:6,
7895:8, 7895:13,
7895:18, 7895:22,
7895:25, 7896:4,
7896:9, 7896:18,
7896:25, 7897:3,
7897:9
  **themselves** [2] -
7831:7, 7877:14
  **then-existing** [1] -
7774:12
  **thereafter** [1] -
7890:10
  **therefore** [3] -
7890:14, 7891:23,
7892:10
  **thesis** [2] - 7808:1,
7813:19
  **they've** [5] - 7821:10,
7846:13, 7862:19,
7868:10, 7877:16
  **thinking** [10] - 7769:7,
7769:16, 7775:3,
7782:19, 7784:12,
7784:14, 7785:13,
7812:23, 7832:11,
7851:19
  **third** [8] - 7811:16,
7813:24, 7821:18,
7821:19, 7823:13,
7835:3, 7841:25,
7874:8
  **thorough** [4] -
7880:11, 7880:14,
7881:8, 7881:13
  **three** [28] - 7813:11,
7815:10, 7826:22,
7827:5, 7827:7,
7833:20, 7838:18,
7840:3, 7840:8,
7840:11, 7840:24,
7851:4, 7853:18,
7853:19, 7854:4,
7854:7, 7857:5,
7861:11, 7872:8,
7873:4, 7873:6,
7873:13, 7873:25,
7876:12, 7876:19,
7878:15, 7885:21
  **throughout** [1] -
7853:22
  **throw** [1] - 7892:11
  **throw-in** [1] - 7892:11
  **tickets** [1] - 7797:10

  **tied** [1] - 7832:2
  **Tim** [1] - 7783:24
  **timeline** [2] - 7825:10,
7893:18
  **timing** [3] - 7775:22,
7834:6, 7834:7
  **tiny** [2] - 7848:6,
7887:5
  **title** [1] - 7801:10
  **today** [9] - 7782:5,
7812:21, 7813:6,
7819:4, 7819:9,
7829:25, 7832:12,
7852:14, 7895:17
  **together** [8] - 7810:15,
7810:18, 7825:25,
7833:7, 7836:18,
7838:3, 7838:19
  **toll** [1] - 7778:14
  **tomorrow** [4] -
7894:19, 7894:20,
7895:9, 7895:15
  **took** [10] - 7811:20,
7836:25, 7841:4,
7842:14, 7842:19,
7844:16, 7869:23,
7873:4, 7884:14,
7889:7
  **top** [12] - 7776:1,
7791:12, 7802:12,
7802:20, 7821:17,
7832:10, 7837:2,
7837:6, 7837:21,
7838:14, 7839:14,
7847:11
  **topic** [5] - 7789:15,
7791:17, 7824:21,
7835:6, 7835:7
  **total** [8] - 7841:20,
7844:16, 7844:17,
7844:19, 7845:9,
7851:8, 7866:12,
7874:7
  **totally** [2] - 7866:12,
7875:22
  **touches** [1] - 7827:13
  **touching** [1] - 7827:12
  **tough** [1] - 7795:1
  **towards** [3] - 7808:8,
7825:16, 7837:23
  **town** [2] - 7880:22,
7880:25
  **trace** [1] - 7825:10
  **tracking** [1] - 7811:1
  **trademark** [1] -
7815:21
  **traditional** [1] - 7830:6
  **traffic** [42] - 7768:2,
7772:21, 7784:16,
7784:18, 7785:4,

7840:5, 7840:19,
7841:6, 7841:8,
7841:20, 7842:3,
7842:11, 7844:6,
7844:16, 7844:18,
7844:19, 7844:22,
7844:25, 7845:3,
7845:6, 7845:9,
7845:23, 7851:9,
7851:21, 7852:2,
7852:10, 7855:2,
7857:7, 7861:14,
7866:12, 7866:13,
7867:6, 7867:12,
7867:21, 7871:20,
7874:2, 7874:7,
7885:22, 7885:23,
7885:25
  **train** [6] - 7841:3,
7841:5, 7842:25,
7853:10, 7863:7,
7864:23
  **trained** [3] - 7843:11,
7853:1, 7853:9
  **training** [8] - 7820:3,
7820:6, 7829:1,
7832:15, 7840:25,
7841:11, 7843:4,
7852:7
  **TRANSCRIPT** [1] -
7765:9
  **transcript** [6] - 7792:3,
7797:17, 7864:22,
7887:23, 7898:4,
7898:5
  **transcripts** [1] -
7876:2
  **translation** [1] -
7821:4
  **travel** [4] - 7796:18,
7796:24, 7797:4,
7798:5
  **Travel** [1] - 7797:13
  **travels** [1] - 7806:13
  **tremendously** [1] -
7772:22
  **trend** [1] - 7863:6
  **trial** [6] - 7814:14,
7815:10, 7815:22,
7840:15, 7875:24,
7876:2
  **TRIAL** [1] - 7765:9
  **trials** [2] - 7815:22,
7815:23
  **tried** [7] - 7788:16,
7811:21, 7815:7,
7824:16, 7837:3,
7847:15, 7883:10
  **tries** [2] - 7831:5,
7846:1

7928

**trillion** [4] - 7831:18, 7832:3, 7861:8, 7861:19
**true** [8] - 7806:10, 7820:11, 7878:14, 7884:13, 7888:2, 7898:4, 7898:5
**try** [11] - 7805:14, 7811:4, 7811:6, 7829:11, 7850:24, 7859:16, 7867:23, 7875:11, 7879:8, 7879:18
**trying** [19] - 7769:15, 7779:20, 7786:16, 7791:14, 7806:19, 7813:18, 7823:23, 7828:21, 7830:16, 7831:7, 7844:24, 7845:22, 7848:20, 7849:6, 7852:7, 7852:23, 7855:13, 7872:16, 7881:16
**tune** [1] - 7846:10
**turn** [6] - 7782:6, 7789:15, 7790:1, 7791:17, 7854:4, 7865:14
**turning** [2] - 7824:19, 7824:21
**tweak** [3] - 7826:23, 7830:5, 7835:11
**tweaking** [4] - 7852:22, 7852:23, 7853:6, 7853:24
**twice** [1] - 7841:6
**two** [37] - 7786:20, 7801:10, 7801:16, 7809:10, 7812:16, 7818:11, 7819:13, 7826:18, 7826:20, 7834:13, 7838:19, 7839:15, 7840:6, 7840:7, 7841:21, 7848:3, 7849:17, 7851:16, 7852:3, 7854:16, 7855:18, 7855:20, 7863:12, 7876:20, 7878:20, 7882:22, 7885:22, 7887:8, 7889:18, 7891:5, 7891:9, 7891:15, 7892:12, 7892:15, 7893:5, 7893:17, 7894:5
**TYLER** [1] - 7766:7
**type** [4] - 7788:19, 7791:11, 7822:22, 7822:23
**typically** [5] - 7821:16,

7826:16, 7832:10, 7835:24, 7888:19

## U

**U.K** [1] - 7826:4
**U.S** [11] - 7765:12, 7765:15, 7765:19, 7770:15, 7797:23, 7813:19, 7841:21, 7841:24, 7844:21, 7845:6, 7867:5
**ultimate** [2] - 7837:11, 7844:17
  **ultimately** [1] - 7774:7
**um-hum** [1] - 7891:11
**uncertainty** [5] - 7772:25, 7773:3, 7774:4, 7775:4, 7781:14
**unclear** [1] - 7878:8
**under** [3] - 7773:22, 7774:12, 7784:19
**underneath** [1] - 7788:11
**understood** [11] - 7767:22, 7768:10, 7768:24, 7769:1, 7769:5, 7769:24, 7818:2, 7826:2, 7830:17, 7842:3, 7887:19
**Unit** [1] - 7766:3
**United** [2] - 7766:17, 7896:20
**UNITED** [2] - 7765:1, 7765:10
**united** [1] - 7765:2
**universe** [1] - 7842:3
**University** [2] - 7808:3, 7808:4
**unless** [1] - 7880:5
**unlikely** [1] - 7834:5
**unobjected** [1] - 7896:7
**unobjected-to** [1] - 7896:7
**untrain** [1] - 7843:4
**up** [41] - 7768:13, 7770:12, 7770:13, 7774:8, 7775:6, 7778:3, 7784:17, 7785:5, 7795:10, 7795:13, 7797:21, 7797:25, 7807:18, 7807:19, 7811:4, 7819:6, 7821:21, 7823:10, 7825:21, 7828:3, 7829:15, 7830:4, 7830:13,

7836:19, 7839:5, 7839:18, 7844:2, 7845:10, 7850:22, 7857:18, 7861:8, 7861:21, 7862:3, 7863:1, 7866:3, 7884:3, 7889:3, 7894:13, 7895:14, 7896:12, 7896:21
**update** [1] - 7896:23
**upshot** [1] - 7862:5
**UPX0892** [1] - 7869:23
**UPX892** [1] - 7860:20
**UPXD020** [2] - 7865:14, 7865:18
**UPXE202** [1] - 7867:24
**URL** [1] - 7835:21
**usage** [9] - 7772:22, 7773:5, 7778:18, 7780:21, 7781:11, 7784:10, 7784:13, 7784:14, 7788:1
**useful** [1] - 7884:3
**user** [36] - 7811:23, 7818:25, 7819:12, 7819:18, 7819:21, 7820:23, 7822:17, 7828:16, 7828:20, 7828:22, 7833:14, 7833:15, 7834:2, 7834:9, 7834:11, 7834:15, 7834:20, 7834:24, 7835:12, 7836:5, 7838:12, 7838:16, 7838:25, 7849:15, 7849:18, 7849:24, 7849:25, 7850:8, 7853:2, 7855:22, 7859:3, 7877:23, 7878:1, 7878:6, 7878:16
**user's** [1] - 7790:20
**users** [20] - 7772:24, 7773:6, 7774:2, 7779:24, 7780:13, 7781:12, 7781:19, 7788:3, 7790:25, 7796:25, 7797:8, 7799:20, 7800:21, 7801:14, 7805:14, 7805:19, 7806:3, 7878:10, 7878:11, 7885:6
**uses** [10] - 7831:2, 7833:3, 7846:5, 7851:4, 7851:6, 7856:9, 7863:22, 7864:23, 7878:12, 7888:17
**usual** [3] - 7811:3,

7881:8, 7881:13
  **utilization** [1] - 7781:13
  **utilized** [4] - 7777:6, 7779:3, 7779:7, 7779:16
  **utilizing** [1] - 7785:8

## V

**validated** [1] - 7780:23
**validity** [1] - 7815:6
**value** [11] - 7774:2, 7780:25, 7781:2, 7781:20, 7797:14, 7821:22, 7846:5, 7855:12, 7868:24, 7869:1, 7875:9
**valued** [1] - 7788:5
**values** [4] - 7829:16, 7843:8, 7854:14, 7855:22
**valuing** [1] - 7780:1
**variable** [3] - 7842:12, 7871:5, 7871:6
**variables** [2] - 7842:11, 7849:22
**variant** [1] - 7856:9
**variation** [2] - 7836:16, 7887:5
**variations** [2] - 7867:24, 7871:7
**variety** [1] - 7827:8
**various** [5] - 7775:9, 7834:3, 7834:16, 7845:23, 7879:25
**vast** [2] - 7819:10, 7868:18
**vector** [1] - 7831:8
**verbal** [1] - 7891:7
**verified** [1] - 7888:4
**versa** [1] - 7835:24
**version** [10] - 7804:1, 7812:19, 7836:11, 7840:9, 7840:10, 7856:3, 7856:5, 7885:12, 7887:6
**versions** [6] - 7826:18, 7826:22, 7826:24, 7840:8, 7843:18, 7865:25
**versus** [8] - 7769:24, 7771:19, 7772:9, 7773:11, 7777:12, 7848:1, 7848:2, 7856:18
**vertical** [8] - 7790:16, 7794:18, 7796:18, 7796:24, 7797:4, 7798:4, 7809:6, 7821:2

**vertically** [2] - 7786:13, 7787:7
**viable** [4] - 7772:16, 7773:23, 7774:13, 7781:6
**vice** [2] - 7809:15, 7835:24
**vice-chair** [1] - 7809:15
**video** [4] - 7810:6, 7889:6, 7891:5, 7891:10
**view** [9] - 7768:1, 7768:3, 7782:13, 7785:20, 7805:10, 7808:21, 7849:20, 7849:21, 7850:5
**viewed** [2] - 7767:24, 7782:18
**views** [3] - 7795:9, 7795:16, 7868:24
**Virginia** [3] - 7807:14, 7807:15, 7809:18
**visible** [1] - 7809:12
**visit** [1] - 7812:12
**visited** [1] - 7812:13
**visits** [1] - 7794:12
**voice** [2] - 7807:18, 7807:19
**voir** [3] - 7814:5, 7814:6, 7816:11
**volume** [6] - 7819:12, 7820:22, 7822:17, 7828:20, 7836:17, 7849:1
**Vrbo** [1] - 7794:8
**vs** [1] - 7765:5

## W

**walk** [1] - 7775:25
**wanders** [1] - 7818:7
**Washington** [6] - 7765:5, 7765:13, 7765:20, 7766:13, 7766:18, 7898:13
**watch** [1] - 7864:16
**watched** [1] - 7864:15
**Wayback** [1] - 7823:24
**ways** [5] - 7841:2, 7841:3, 7855:25, 7857:8, 7878:22
**web** [10] - 7805:10, 7809:1, 7809:4, 7810:7, 7823:25, 7834:16, 7835:16, 7835:21, 7842:11
**WEBB** [1] - 7766:7
**website** [3] - 7835:22, 7836:1, 7836:2

**websites** [1] - 7835:23
**week** [3] - 7864:18, 7864:19, 7896:21
**weekly** [4] - 7846:1, 7854:15, 7876:22, 7877:3
**weeks** [1] - 7876:24
**weight** [1] - 7852:9
**weighting** [1] - 7860:14
**weights** [1] - 7830:2
**welcome** [3] - 7767:2, 7807:2, 7865:19
**Wfcavanaugh@pbwt .com** [1] - 7766:10
**whereby** [1] - 7826:5
**white** [4] - 7833:13, 7833:18, 7838:10, 7839:16
**whittling** [1] - 7835:5
**whole** [13] - 7792:9, 7794:15, 7829:24, 7831:18, 7832:5, 7832:9, 7836:16, 7843:5, 7853:22, 7861:6, 7878:2, 7878:4, 7892:12
**wife** [1] - 7869:3
**William** [1] - 7766:7
**WILLIAMS** [1] - 7766:12
**wind** [1] - 7884:3
**Windows** [5] - 7789:12, 7789:14, 7804:1, 7804:3
**wise** [1] - 7887:4
**withdrew** [1] - 7804:6
**WITNESS** [64] - 7768:16, 7768:21, 7776:5, 7776:10, 7777:10, 7789:17, 7791:20, 7793:11, 7798:24, 7799:5, 7806:14, 7806:18, 7807:5, 7807:20, 7813:2, 7814:9, 7814:13, 7814:21, 7815:1, 7815:5, 7815:9, 7815:15, 7815:20, 7816:3, 7816:7, 7816:17, 7816:20, 7816:24, 7817:3, 7817:6, 7821:3, 7821:6, 7822:5, 7825:3, 7837:6, 7837:13, 7837:16, 7837:22, 7839:17, 7839:21, 7839:23, 7841:19, 7841:23, 7844:5,

7844:8, 7844:11, 7844:15, 7844:24, 7845:5, 7845:8, 7846:19, 7846:22, 7847:11, 7848:9, 7849:14, 7849:23, 7852:16, 7852:21, 7853:5, 7861:18, 7862:11, 7863:16, 7882:14, 7889:21
**witness** [8] - 7802:9, 7806:25, 7863:12, 7869:10, 7879:22, 7879:24, 7895:17
**witness's** [1] - 7862:1
**witnesses** [3] - 7863:12, 7896:22, 7899:2
**word** [7] - 7812:24, 7829:23, 7830:1, 7831:22, 7832:8, 7892:7
**words** [9] - 7829:21, 7829:22, 7830:10, 7830:11, 7830:13, 7830:15, 7831:16, 7835:9, 7844:20
**works** [8] - 7777:11, 7811:6, 7841:2, 7854:6, 7862:20, 7875:7, 7887:17, 7893:4
**workshops** [1] - 7812:8
**world** [12] - 7797:23, 7812:4, 7812:23, 7813:16, 7827:24, 7841:25, 7863:8, 7871:21, 7873:8, 7873:9, 7873:12
**worried** [3] - 7768:1, 7768:4, 7790:13
**worse** [1] - 7862:15
**worth** [1] - 7868:24
**write** [5] - 7880:13, 7884:2, 7889:4, 7891:23, 7894:13
**writing** [2] - 7883:10, 7889:11
**written** [4] - 7801:2, 7880:13, 7893:24, 7894:11
**wrote** [3] - 7878:17, 7887:20, 7888:23

## Y

**year** [7] - 7788:2, 7793:25, 7794:13, 7813:12

**years** [16] - 7783:22, 7788:2, 7794:6, 7810:13, 7821:9, 7827:16, 7827:23, 7843:5, 7846:13, 7850:17, 7853:1, 7853:4, 7856:3, 7875:13, 7876:14, 7884:17
**yes-or-no** [1] - 7887:12
**yielded** [1] - 7780:17
**York** [1] - 7766:9
**young** [2] - 7841:10, 7843:4
**yourself** [1] - 7817:4

## Z

**zero** [8] - 7832:2, 7843:12, 7847:22, 7847:24, 7858:15, 7858:16, 7860:13, 7860:14
**zeroes** [1] - 7843:8