1        BEFORE THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
2

3    UNITED STATES OF AMERICA, et al., .
                                       .  Case Number 20-cv-3010
4            Plaintiffs,               .
                                       .
5        vs.                           .
                                       .  Washington, D.C.
6    GOOGLE LLC,                       .  October 31, 2023
                                       .  9:32 a.m.
7            Defendant.                .
     - - - - - - - - - - - - - - - - - -

8

9              TRANSCRIPT OF BENCH TRIAL, DAY 31
                      (MORNING SESSION)
10          BEFORE THE HONORABLE AMIT P. MEHTA
               UNITED STATES DISTRICT JUDGE
11

12   APPEARANCES:

13   For DOJ Plaintiffs:        KENNETH DINTZER, ESQ.
                                United States Department of Justice
14                              1100 L Street Northwest
                                Washington, D.C. 20005
15
                                DAVID DAHLQUIST, ESQ.
16                              United States Department of Justice
                                209 South LaSalle Street
17                              Suite 600
                                Chicago, Illinois 60604
18
     For Plaintiffs State of
19   Colorado and State of
     Nebraska:                  WILLIAM F. CAVANAUGH, JR., ESQ.
20                              Patterson Belknap Webb & Tyler LLP
                                1133 Avenue of the Americas
21                              Suite 2200
                                New York, New York 10036
22

23

24                   -- continued --

25

1    APPEARANCES (CONTINUED):

2    For the Defendant:         JOHN SCHMIDTLEIN, ESQ.
                                KENNETH SMURZYNSKI, ESQ.
3                               Williams & Connolly LLP
                                680 Maine Avenue Southwest
4                               Washington, D.C. 20024

5

6

7    Official Court Reporter:   SARA A. WICK, RPR, CRR
                                333 Constitution Avenue Northwest
8                               Room 4704-B
                                Washington, D.C. 20001
9                               202-354-3284

10

     Proceedings recorded by stenotype shorthand.
11   Transcript produced by computer-aided transcription.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                          C O N T E N T S

3                              TESTIMONY

4    EDWARD FOX              Cross-Examination............... 7933
                            Redirect Examination........... 8001
5
     BENEDICT GOMES          Direct Examination............. 8006
6

7

8                          EXHIBITS RECEIVED

9    DX2035.......................................... 8035

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                        P R O C E E D I N G S

2          (Call to order of the court.)

3               COURTROOM DEPUTY:  Good morning, Your Honor.  This is

4     Civil Action 20-3010, United States of America, et al., versus

5     Google LLC.

6          Kenneth Dintzer for the DOJ.  William Cavanaugh on behalf

7     of Plaintiff States.  John Schmidtlein on behalf of Google.

8               THE COURT:  All right.  Good morning, everyone.  I

9     hope everyone is doing well.

10         Are we ready to proceed with Dr. Fox?

11              MR. DINTZER:  We are, Your Honor.

12        EDWARD FOX, WITNESS FOR THE DEFENDANT, RESUME STAND

13              THE COURT:  Dr. Fox, good morning.

14              THE WITNESS:  Good morning, Your Honor.

15                    CROSS-EXAMINATION (Continued)

16              BY MR. DINTZER:

17    Q.   Professor Fox, did you talk to anybody about your testimony

18    since you got off of the stand?

19    A.   Nothing of a material nature.

20    Q.   Okay.  And how about the nonmaterial part?

21    A.   Logistical things, you know, when do I leave and how do I

22    get to my car and all that stuff.

23    Q.   And did you look at any materials since you got off the

24    stand?

25    A.   I studied some of my notes.
```

1    Q.    And what notes are you talking about, sir?

2    A.    My report and various things I've looked at over the time

3    period.

4    Q.    Okay.  So I just want to make sure that we're on the same

5    page.

6          So you looked at your report.  Did you look at both

7    reports?

8    A.    Yes; I think so, yes.

9    Q.    And other than the reports, what else did you look at, sir?

10   A.    I had to keep track of my class this morning and cover it.

11   Q.    I'm sorry.  I -- I don't mean just in general.  I meant

12   related to the case.  I'm sorry if I asked too broad of a

13   question.

14         Other than your report, did you look at anything else

15   related to the case?

16   A.    I looked at my resume to make sure about dates of certain

17   things, for example.

18   Q.    Anything else, sir?

19   A.    Some counts of things that I had made so I would remember

20   people's names and so on.

21   Q.    And is that something that's been turned over to the

22   government?

23   A.    I don't know if it has or not.  I don't think so.

24   Q.    Okay.  So you reviewed some things last night.  People's

25   names who work at Google?

1    A.    Yes, because in my deposition, you asked me the names, and

2    I wanted to make sure I remembered them, or some of them.

3    Q.    At the time in your deposition, you told me you didn't have

4    any notes.

5    A.    I went through documents to try to figure out who they were

6    in the time since the deposition.  And so that's the list I have

7    now.

8    Q.    Okay.  And --

9    A.    I've been studying like 200 hours trying to get prepared

10   for this today.

11   Q.    And I think that's very admirable, sir.  You've got a list

12   that we don't have now of the people that you've talked to --

13   that you talked to at Google that didn't exist when your

14   deposition was taken; right?

15   A.    I didn't give that -- I gave some of the names, which I

16   keep forgetting.  But I wanted to get their last names and

17   things like that.

18   Q.    I just want to make sure I understand.  After your

19   deposition, you sat down.  You went through the documents -- on

20   your documents relied upon or beyond that?

21   A.    I went through lots of documents.  I've been studying

22   hundreds of documents in this case.

23   Q.    Are you now relying on documents that are not on your

24   documents relied upon, sir?

25   A.    The names are not in the list of things that I relied on in

1  the reports.  But I thought I was supposed to be prepared for

2  today to answer all kinds of questions.  So I've been studying

3  lots of things.

4  Q.  Okay.  So you've studied documents that are not in your

5  documents relied upon in preparation for your testimony?

6  A.  Yes, lots of documents, yes, because I thought that the

7  judge would be interested in knowing my view of current things

8  that have happened since then.

9  Q.  And you're relying on those?

10  A.  I'm prepared to answer questions if I'm asked questions

11  about things.

12  Q.  Okay, sir.  We're going to start with -- and I may ask from

13  time to time about that as we're going forward.

14      Your Honor, may I approach?

15      Sir, I'm handing you up what's been marked by the defense

16  as DXD17.016.  The boxes in red are redacted as confidential.

17  So I'm going to ask you not to say them out loud.

18      This was a document that the defense used with Mr. Nayak, I

19  believe.  And you saw Mr. Nayak's testimony; right?

20  A.  Yes.

21  Q.  And was that in person, or was that on video that you saw

22  it?

23  A.  I didn't see videos of anything.  I have seen things in

24  person, and I have read transcripts.

25  Q.  And you see here that it shows for RankBrain, DeepRank, and

1    RankEmbed BERT the amount of data that is used to prep each of

2    these items, do you see that, to train them?

3    A.    To train them, yes.

4    Q.    And this is the same amount of data that was used to train

5    these items before you started your DRE; right?

6    A.    So I think this is the set of numbers that is also shown in

7    my report, which talks about the practice at Google of training

8    these.  It changes a little bit.  It depends on, if they had

9    some new innovation, they may wait or take longer or less time.

10        But this is sort of the general time periods that are

11   reported, and this has been used -- this was used before my

12   study and was used in the study, as far as I know.

13   Q.    Right.  So my only question, this was used with Mr. Nayak

14   to talk about today.  And so we can establish that today,

15   RankBrain, DeepRank, and RankEmbed BERT are trained on the same

16   amount of data that was used in the production model at the time

17   that you did your DRE?

18        That's my only question to you.

19   A.    As far as I know.  There's one number in the RankEmbed

20   that's redacted.  I've seen numbers on different ends of that

21   range, but that's the only thing that would -- might be slightly

22   different.

23   Q.    Okay.  Now, the 2022 -- no further questions on that, sir.

24        The 2022 DRE was not underway when you were retained;

25   right?

1    A.    That's right.  It wasn't approved to do it until February.

2    Q.    And who approved that, sir?

3    A.    Google.

4    Q.    And Google engineers did the actual retraining; right?

5    A.    They ran the procedures to do the retraining, yes.

6    Q.    And Google had a large team of engineers design the DRE;

7    right?

8    A.    I designed the DRE.  They worked with me so that it would

9    be able to be implemented in their system.

10   Q.    And at least in your deposition, you didn't know which

11   Google engineers spent the most time on designing the DRE.

12         Is that still true?

13   A.    Sure.  I don't know the time periods.  I don't keep track

14   of that, and I have no access to that.

15   Q.    And Mister -- is it pronounced Haahr, H-a-a-h-r?

16   A.    I believe so.  And one thing you said, a large team.  It

17   wasn't actually a very large team, but --

18   Q.    It wasn't a large team?  Do you know how many people it

19   was?

20   A.    I was exposed to, I don't know, maybe ten people.  I don't

21   know if there were others besides that, but that's the team I

22   interacted with, roughly.

23   Q.    Okay.  And I'm just going to ask you straight out, did you

24   have a large team of people at Google who you worked with on the

25   DRE?

1    A.   I worked with a team of about ten, if I remember.

2    Q.   Okay.  Would it surprise you in your deposition you said

3    there was a large team?

4    A.   Well, there's probably people behind them who were doing

5    things.  So I guess that would explain why I said that at that

6    stage.  To me, that's a large team.  I have six Ph.D. students.

7    So when it gets bigger than that, then I consider it large.

8    Q.   And Mr. Haahr -- is it Haahr?

9    A.   I believe so.

10   Q.   Okay.  Mr. Haahr, he was the senior-most person that you

11   were -- that you connected with working on this project; right?

12   A.   Except for Dr. Lehman, who I -- we talked about yesterday.

13   Q.   Yes.  And in your initial report, you don't cite Mr. Haahr

14   at all; is that right?

15   A.   I don't remember which report I cited him in, but in one of

16   the two reports, I cited him.

17   Q.   Okay.  Well, will you take my representation that you

18   didn't cite him in the first one?

19   A.   I remember that there was a discussion in Dr. Oard's report

20   that he was sort of saying that the government didn't have

21   access to documents.  And I went through to check the discovery

22   that took place in the summer of 2022, and I saw that Paul Haahr

23   had done some work then.  And so therefore, it was appropriate

24   in response to Dr. Oard's report for me to mention Paul Haahr

25   specifically.  That's why I did that then.

1    Q.   So that's a yes, you did not cite him in your first report?

2    A.   I don't --

3    Q.   This will go faster if you just answer my questions as I

4    ask them, sir.

5         MR. SMURZYNSKI:  Your Honor, he's answered the

6    question.  He said he doesn't recall whether it was in the first

7    report.  This badgering of the witness, I believe, is

8    inappropriate, and I object.

9         MR. DINTZER:  And that's a speaking objection, Your

10   Honor.

11        THE COURT:  All right, guys.  Let's move forward.

12        BY MR. DINTZER:

13   Q.   The first report -- okay.  So you didn't cite him in your

14   first report; is that correct?

15   A.   I don't believe I did.

16   Q.   Okay.  And so you said you were retained in September 2021,

17   and the decision to run the experiment was in February of 2022;

18   right?

19   A.   That's my recollection, yes.

20   Q.   And the first report was due June 3rd, 2022?

21   A.   That's correct.

22   Q.   And so when Google approved the DRE, there was about three

23   months left before the report had to be submitted; right?

24   A.   That sounds about right.

25   Q.   And the 2022 DRE faced feasibility constraints?

A.    Any study has feasibility constraints.

Q.    Right.  But I'm asking about this one, sir.

A.    Sure.  I said any study.  So that includes this one, yes.

Q.    Okay.  And you waited -- or Google waited to run the DRE until February of 2022, and that contributed to the feasibility constraints; right?

A.    I don't think so.  I mean, I think there was enough time to do everything in a proper fashion.  Remember, I had been working on this case since September, and have been designing things and discussing this and so on.  So everyone was kind of prepped to be able to run the thing.  It's just that -- I guess that's when the final approvals that I'm aware of became in place.

Q.    The engineering resources available limited which models could be used in the 2022 DRE?

A.    So when we looked at the table that had the 59 different signals, some of the signals had very, very low impact.  And so building models that relate to those didn't make any sense anyway.  So some of them might have taken longer.  But it didn't make sense to do anything beyond what I did.

Q.    Okay.  And I need you to answer my question, sir.

      Engineering resources available limited which models could be used in the DRE?

A.    That's a general statement that's always true, yes.

Q.    And some of the retraining process could have taken many months?

1    A.    I was -- I'm conjecturing that there probably are some

2    model that are harder to do.  I have students who work on our

3    supercomputers, and it takes sometimes months to run some of our

4    studies.

5    Q.    Right.  And again, I'm only asking you about this case.

6          Some of the retraining could have taken many months;

7    correct?

8    A.    It's always possible.

9    Q.    You don't know?

10   A.    I don't know how long it would take to do all of the

11   possible models.  There may be many models.  I don't know.  But

12   they would have a small impact.

13   Q.    So you don't know how long it would have taken to retrain

14   the other models, the ones you didn't do?

15   A.    Yeah, that's kind of an obvious statement, yes.

16   Q.    And there wasn't time to do retraining that would take many

17   months; right?

18   A.    There wasn't time to do unnecessary things that would take

19   a long time, that's true.

20   Q.    There wasn't time to do retraining that would take many

21   months; correct, sir?

22   A.    Sure.  We had a certain time period, and something that

23   would take longer wouldn't have fit into the study, yes.

24   Q.    Retraining all the components in Google's search stack

25   would have been time-consuming and expensive?

1    A.   That's a general statement, yes.

2    Q.   And also, only a subset of the components were retrained

3    because of these constraints; correct?

4    A.   Sure.

5    Q.   Now, you used the term "user interaction data" in your

6    response report; is that correct?

7    A.   Yes, because in the other report, it was "click and query"

8    and "query and click" and different things, and Dr. Oard said

9    "user side data," which I thought was very inappropriate.  So I

10   said let's consolidate and just say "user interaction data."

11   That seemed more accurate.

12   Q.   Okay.  And user interaction data includes the query/click

13   data that you were talking about; correct?

14   A.   Yes, it does.

15   Q.   And the click duration -- but user interaction data

16   includes other types of data as well; correct?

17   A.   So in the deposition, you asked me about hovers and swipes

18   and so forth.  That stuff is included, too.  And I explained

19   that the general principle in trying to understand user behavior

20   is to see when they're making selections, so things that have to

21   do with selections, even from voice kind of thing.

22        So yeah, I explained a bunch of things in the deposition

23   and have clarified to -- my thinking to be sure that I would say

24   it right today, yes.

25   Q.   So my question was, user interaction data includes a

1    variety of things other than click data such as, and I will just

2    add on, hovers and scrolls and swipes; correct?

3    A.    Yes.  So Google is trying to make as much use as it can of

4    what it gets from users.  And so that's what the Glue system is

5    aimed to do, is to provide all the information.  In my study,

6    all of that was used in all of the three cases.  So that makes

7    it all comparable.

8    Q.    You asked Google to identify the components that were most

9    impacted by user interaction data; right?  You asked Google to

10   make that determination?

11   A.    Yes, because they had experience with this.

12   Q.    And when you say "with this," not with DREs like the one

13   that you did; right?

14   A.    They had done other DREs.  So they're somewhat like what I

15   did.

16   Q.    They haven't done any kind of DRE where they trained five

17   or six models with less data; correct?

18   A.    Except in the European study.

19   Q.    Which was not done in the normal course.  That was done for

20   litigation; right?

21   A.    I guess so.

22   Q.    So you didn't pick the components.  Google's engineers did;

23   right?

24   A.    I reviewed the decision and went through the discussion

25   with them, and that was the selection that was made, yes.

1          My usual process, I have people do things, and then I

2     review them and make a final decision.

3     Q.    Right.  Do you know who John Giannandrea is?

4          THE COURT:  Before you ask that, can I ask a quick

5     question?  Your list of signals that were most impacted by user

6     interaction data, do I understand you to mean that those are the

7     signals that are impacted the most by all user -- all types of

8     user interaction data or some subset of user interaction data?

9          THE WITNESS:  So first of all, the signals are listed

10    in terms of overall impact on ranking.

11         So that's the first thing.

12         THE COURT:  Right.

13         THE WITNESS:  The second thing is that there are

14    different types of information that are used in the different

15    components.  Some use other types.  So there's a mix.

16         There's a general system called Glue, which tries to

17    take -- so Navboost was around for a long time, and then they

18    said let's generalize this to get all the user interaction data

19    for all of our different systems.  So Glue was an attempt to

20    broadly cover this so it would be more comprehensive.

21         But some of the models, some of the components use certain

22    parts, and other things use other parts.

23         THE COURT:  Okay.  So the premise of my question was

24    wrong.  So thank you for clarifying that.

25         BY MR. DINTZER:

1  Q.   Sir, you've mentioned Glue a number of times.  You don't

2  mention Glue in your first report; right?

3  A.   I probably do.  I don't remember, but I thought I did.  So

4  Navboost and Glue are kind of used synonymously.

5  Q.   We're going to get to Glue, sir.  My only question was, did

6  you mention it in your first report, or did you wait until

7  Professor Oard pointed out that you hadn't considered Glue?

8       I'm going to challenge opposing counsel when they get up

9  here to show you in your first report where you cite Glue.

10  Okay?

11  A.   As I said, Navboost and Glue are sometimes use

12  interchangeably.  I don't know whether I mentioned Glue

13  specifically or not in the first report.

14  Q.   Okay.  So you know who John Giannandrea is; right?

15  A.   I believe this is a person that I've heard was at Google

16  and then went to Apple, if I'm thinking of the right person.

17  Q.   You are; you are.  And he offered some testimony.  I want

18  to see if you agree with it.  And we're going to just pull it up

19  on the screen, I think.

20       And he was asked this question:

21       "Question:  As a part of the Bing-Google side-by-side, your

22  employees showed you the methodology that they were going to use

23  for the evaluation and you approved it?

24       "Answer:  It was very similar, yes.

25       "Question:  Do you think that that's part of the best

practices, having a written evaluation process before the actual

testing begins?

    "Answer:  Yes, it's common to do that."

    Do you agree with him?

A.   So this is in some kind of context, which I don't know what

the context is.

Q.   Just if you're going to do an experiment --

A.   So you're just asking about the last part?

Q.   I am.

    It's a simple yes-or-no question, sir.  Do you agree with

it?

A.   It's important to have an evaluation process pinned down

before you do an experiment.  I'm not convinced that the writing

is necessary.

Q.   Okay.  So now let's go to your report and appendix A.

    Actually, before we do that, let's go to -- oh, actually,

let's go to appendix A.

    Have we handed up the report?

        THE COURT:  Yes, I think so.

        THE WITNESS:  I think I have everything here.  Okay.

I'm at the beginning of appendix A.

        BY MR. DINTZER:

Q.   Okay.  And appendix A, it's where you wrote down and

described the experiment; is that right?

A.   This gives details of the experiment.  The report gives an

1    overview, and this gives details of the experiment.

2    Q.    And parts of appendix A were written as the experiment was

3    being done; right?

4    A.    Yeah, I guess so.

5    Q.    And part of the appendix A was written after the experiment

6    was completed?

7    A.    I believe so, yes.

8    Q.    Okay.  And there's no reports or work papers that show what

9    happened before the experiment was begun; right?

10   Last time, we talked about the 100 percent, but there's no

11   report or work papers about what happened before the experiment

12   was done for any of it; right?

13   A.    There's nothing in my documents that explain things from

14   before.  I wrote the report June 3rd, and that's where I put

15   everything.

16   Q.    Okay.  So John Giannandrea says there should be something

17   written in advance, and you don't have anything to show the

18   Court today written in advance; right?

19   A.    I have the two reports here.  That's what's on the record.

20   Q.    Google experiments on all of its components to continually

21   make improvements; right?  I think the Court asked you about

22   this yesterday.

23   A.    Google runs a very large number of experiments, especially

24   the human rater type, but yes.

25   Q.    And Google's -- and innovation can benefit from data;

1    right?

2    A.    In some cases.  It depends on what kind of innovation.

3    Q.    Google's data contributes to its better performance

4    relative to Bing; right?

5    A.    My experiment showed that there is a small benefit of the

6    additional amount of data that Google has relative to Bing, yes.

7    Q.    Google does a lot of live experiments.  You mentioned the

8    human rater ones.  They do a lot of live experiments, too, don't

9    they?

10   A.    A very small fraction of the experiments they run are live

11   experiments.  It's like 600,000 to 15,000 is sort of the ratio.

12   So one gets a lot of knowledge from running these human rater

13   experiments, and Bing could run as many as it wanted without

14   further data.

15   Q.    The 15,000 live experiments, if you do the math, that means

16   that there's maybe 30 live experiments -- assuming that they

17   overlap, maybe more than that -- going on at any time at Google;

18   right?

19   A.    I'd have to do the arithmetic.

20   Q.    A lot?

21   A.    Yeah.

22   Q.    There's a lot of experiments going on at the same time;

23   right?

24   A.    A number per day, yes, certainly.  I don't know if it's

25   evenly distributed or how it works.  And it's possible that some

1   of the experiments are overlapping so that they may make use of

2   the same information.  Sometimes when we run experiments, we run

3   multiple cases at the same time.  So I don't know how to carve

4   it up.  So it's hard to do the arithmetic.

5   Q.   And those experiments allowed Google to improve the

6   algorithms that are in the modules that you were testing; right?

7   A.   The human rater experiments, line experiments, all of those

8   can help improving things.  They help you test to see if your

9   idea is going to be helpful.  In this field, you really don't

10  know until you run a test whether some theory is going to be

11  applicable.  Often, they're not.

12  Q.   One form of a live experiment is an A/B experiment; right?

13  A.   That's one type, yes.

14  Q.   An A/B experiment is a live traffic experiment on a

15  production system?

16  A.   It doesn't have to be a production system.  It can be any

17  system.  But it can be run on a production system.

18  Q.   An A/B experiment is a live traffic experiment where some

19  people have queries processed according to one condition and

20  others from a different condition?  That's the A and the B?

21  A.   Yeah.  It's sometimes called mud versus silver.  There's

22  different terms for this, yes.

23  Q.   But the answer is yes?

24  A.   That's one way to do a A/B experiment, a live experiment.

25  There are other ways.

1    Q.   Google's practice is to run live traffic experiments for

2    changes to its production system.  That means it will have a

3    live traffic experiment before it changes its system.

4    A.   Yeah.  The numbers, as far as I know, are like

5    600,000/15,000.  And then when they actually make a launch, it's

6    maybe 1,500.  So only in a small number of cases do they have to

7    do the live experiment, because often you tell from the human

8    rater experiments that it's not worth pursuing the live

9    experiment.

10   Q.   Right.  They do some human raters, and then when they

11   figure out that they really might want to launch this, they do

12   the live experiments to make sure that it works; right?

13   A.   That's one of the procedures that's commonly followed.

14   Q.   And it's followed at Google; right?

15   A.   I believe so.  I've looked at what are called launch

16   reports, which describe the different things they did to make a

17   decision.

18   Q.   And you didn't do a live action experiment -- a live

19   experiment here, did you?

20   A.   It was not appropriate in this case.

21   Q.   Okay.  And now, the models you worked on were the ones in

22   use in 2022, in February/March 2022; right?

23   A.   The components and the models and the systems, yeah,

24   everything.

25   Q.   You don't opine on what Bing's system would have looked

1    like in 2022 if Google had never used restrictive contracts?

2    You don't offer an alternative like that; correct?

3    A.    I didn't catch the last part.  Some sort of context, you

4    said?

5    Q.    You didn't -- you don't offer an opinion as to what Bing's

6    algorithms and system would look like if Google had not had the

7    restrictive contracts that are being challenged here today?

8    A.    This is a complicated hypothetical.  I have no idea.

9    Q.    Then I take that as a no, you didn't do it; right?

10   A.    I don't think anybody could do it.  Right.

11   Q.    You don't opine about what --

12   A.    Although I guess Bing could do it or the Department of

13   Justice could have done it, but yes.

14   Q.    You don't opine about how Bing's search engine would look

15   like if it had 5 or 10 more percent of traffic for -- over ten

16   years; right?

17   A.    I don't follow 5 percent.  5 percent is the number we

18   actually were considering.  So -- and that was to model what

19   Bing has.

20        So I don't understand your question.  Sorry.  Could you

21   repeat it maybe?

22   Q.    Sure.  You don't go back ten years and try to predict how

23   Bing's algorithm would have evolved if it had had more traffic

24   for the past ten years; right?

25   A.    That's a different question than you asked.  But with

1    regard to this current question, I don't know the details of

2    Bing's system.  I have general knowledge of it and similar

3    systems.  Going back ten years -- I did read many documents

4    about Bing's system from the discovery.  It would be hard to do

5    what you just said, especially because it's over a time period.

6    Q.   So you didn't do it?

7    A.   So I did a sort of mental analysis, but I didn't come up

8    with some specific details, right.

9    Q.   Sir, I just want to make sure that the record is clear.

10         You did not and are not offering an opinion about how

11   Bing's system would function if it had had more data for the

12   past ten years; is that right?

13   A.   I did not do that analysis.

14   Q.   Now, you talked about the human raters.  A human rater

15   experiment is where people are hired to grade the DRE's output;

16   right?

17   A.   A human rater study is a study where people are typically

18   hired to make assessments with regard to the results of in this

19   case searches, to see the quality of those, and that method is

20   widely used.  As I said yesterday, it's been used since the

21   Cranfield studies in the '60s as a general procedure, and it was

22   used in the DRE as well.

23   Q.   Right.  So the experiment was done, and then the human

24   raters looked at and graded the output from the experiment;

25   right?

1  A.   From all the different cases we ran in the experiment, yes.

2  Q.   Okay.  You did not do a side-by-side analysis?

3  A.   I did not, no.

4  Q.   A side-by-side experiment has a rater compare two results

5  coming from two different systems; right?

6  A.   That's side-by-side, yes.

7  Q.   Yes.  And these human raters, they did it sort of on a

8  batch system.  They got a whole set and just graded each one as

9  they came through, not a side-by-side?

10  A.   That's right.  A side-by-side is very, very inappropriate

11  in this situation.

12  Q.   And --

13  A.   There were more than 20 different cases that I was trying

14  to compare things, and this is the best way to do that.

15  Q.   So Bing uses side-by-side analysis to compare SERPs from

16  different search engines; right?  You say that in your report.

17  A.   That's a common process, and I believe, yes, Bing does

18  that, yes.

19  Q.   Google uses side-by-side tests to compare its SERP to Bing

20  for quality purposes; right?

21  A.   That's one of the things it does, I believe, yes.

22  Q.   Google uses side-by-side experiments for desktop as well as

23  for mobile SERPs; right?

24  A.   I believe so, yes, because they're different features that

25  might be manifest on different form factors.

Q.   You cite Mr. Nayak's 30(b)(6) deposition in your report;
right?  In fact, you cite it many times; right?

A.   I believe so.

Q.   Did you read it all the way through?

A.   Yes.

Q.   Okay.  And so I'm going to show you a portion of it, and
let me tell you if you've read this.

     "And so over the years, we have developed a rigorous
evaluation process that has many different elements, including,
you know, live experiments and so forth.  But a crucial, crucial
piece of evidence that we use in this evaluation process are
these things called side-by-side experiments.  Right?  And the
idea there is if you have a change, you take a sample of queries
where the change is -- makes a meaningful difference over
whatever is in production, and you show these people we call
raters these different sides of possibilities, and the
experiment, and the base site," and then it goes on.

     So Dr. Nayak used the word "crucial" twice to emphasize the
import of the side-by-side experiment; right?

A.   That's what it says here, yes.

Q.   Did you decide not to do the side-by-side experiment, or
did Google make that decision?

A.   I decided.

Q.   And you read that, and you decided to skip side-by-side
anyway?

1    A.    It was not appropriate in this particular case.  This is

2    talking about a different situation.

3    Q.    Now, you could have done a DRE as a side-by-side with

4    retrained Google compared to original Google; right?

5    A.    Possibly.  It was not the appropriate method to use.

6    Q.    All right.  Well, let's get the "possibly" down.

7          You could have done it, sir; right?

8    A.    Possibly.

9    Q.    Okay.  So let's go to your deposition, and on page 164 --

10   actually, sir, let me revise that question so I get it right.

11         You could have done a live traffic experiment to compare

12   Google at 100 percent and Google at mobile 1 or mobile 2?  You

13   could have done it as a live traffic experiment; is that right,

14   sir?

15   A.    That's what's on page 164.  That's the question you asked

16   me then.

17   Q.    It is.  And you said it could have been done, didn't you?

18   A.    Well, there was some back and forth discussion, are we

19   talking about using Google systems.  Then we went off the

20   record.

21   Q.    Could you have done a live action experiment, sir?

22   A.    I don't know what a live action experiment is.

23   Q.    A live traffic experiment.

24         THE COURT:  Dr. Fox, I'm going to ask you to close

25   your deposition at this point, and let's just focus on the

1    questions asked.

2                THE WITNESS:  Okay.  I'm sorry.

3                BY MR. DINTZER:

4    Q.    Could you have done a live traffic experiment?  Yes or no.

5    A.    Possibly.

6    Q.    You chose not to?

7    A.    I chose not to.  It's not the right method to use.

8    Q.    Have you followed -- and so we talked about

9    Mr. Giannandrea's testimony.  We're going to go back to that,

10   the transcript at 2298.  You can see it on the screen.

11   A.    Okay.  Good.  Thank you.

12   Q.    And just as I -- the question here:

13       "Question:  And just -- I promised my team I wouldn't write

14   anymore."  That's an aside.  "But just side-by-side,

15   side-by-side is when you push queries -- and we'll get to

16   this -- through the systems and then put side-by-side Googles on

17   one and Bings on the other so that a reader can evaluate them

18   next to each other?

19       "Answer:  Yes.

20       "Question:  And you believe that that's the best practice

21   of doing an evaluation?

22       "Answer:  It's how evaluations are done for changes to,

23   say, Bing.  They would do the same thing.  They would take a

24   search result without some proposed change, a search result with

25   a proposed change, and then they rate an evaluation, and that's

how they would decide to" -- it says "chip."  I think it

means "ship an improvement?"

    "Question:  And you think that's the best way of doing it?

    "Answer:  It's the best practice in the industry, yes."

    Do you agree with that, that side-by-side is the best

practice in the industry?

A.   So --

Q.   That's a yes-or-no question, sir.

A.   No, it's not a yes or no, because the context is totally

different.  My experiment was done in a very different way than

this.  This is about making changes in a system.  My experiment

was not about making changes in a system.  So this is not

relevant to my situation.

Q.   Do you agree with him that making changes in the system

side-by-side is the best practice?

A.   If one is going to make a change in a system, one should do

a human rater experiment.  One should do this kind of

experiment.

Q.   The side-by-side?

    MR. SMURZYNSKI:  Your Honor, could the witness be

allowed to complete his answer?  I think Mr. Dintzer interrupted

him as he was testifying.

    THE COURT:  I think he was just asking for

clarification of what he meant by "this."

    You can answer the question, sir.

1      THE WITNESS:  I'm sorry.  I lost the context again.

2      BY MR. DINTZER:

3  Q.   That's okay.  It's pretty short.

4      You believe that for changes to the system, side-by-side is

5  the best practice; right?

6  A.   If I'm going to make a launch of some change to a system, I

7  want to see examples of it and look at the detailed data.  That

8  was not the situation of my study.

9  Q.   You didn't answer my question, sir.

10      If something is going to be put in production, you believe

11  that a side-by-side analysis is the best practice; correct?

12  A.   In big companies like this with lots of data and people and

13  staff, it's a good way to do things, yes.

14  Q.   Best practice?

15  A.   For this particular situation, it would be among the best

16  practices.  But there are lots of different ways to do user

17  studies, and I've done many, many user studies.  It depends on

18  the context.

19  Q.   So your take is that for an experiment where you're

20  comparing two different amounts of data, so when you have a

21  certain amount and you do a comparison of a second amount, that

22  a side-by-side is not appropriate; right?

23  A.   In the context of my experiment, we had more than 20

24  different things that we were trying to compare.  So if we were

25  trying to do side-by-side experiments, we would have to do pair

1    wise across all of those 20 different situations.  And that

2    would take just an enormous amount of effort and time, and it's

3    not appropriate.  It's not the way to do this study.

4    Q.   It wasn't worth the investment?

5    A.   It wasn't the right way to do it.  It's the wrong way.

6    It's not the best practice in this situation.

7    Q.   So let's go to DX --

8    A.   As I mentioned, the best practice is -- since the Cleverdon

9    time is to do the kind of study I did, since the 1960s.

10   Q.   Let's go to DX108, and this is in evidence.

11           THE COURT:  Sorry.  Before you do, can I ask you to

12   clarify, what do you mean you were trying to compare 20

13   different situations?  I'm not quite sure I follow what you mean

14   by that.

15           THE WITNESS:  Okay.  Right.  So we have three

16   different settings:  The 100 percent, the low mobile, and the

17   high mobile.  Okay.  And we have the ablation studies that were

18   done with six components for each of those things.  So that's

19   another set of things to consider in each of those situations.

20       And I wanted to compare the low mobile against the high

21   mobile.  I wanted to compare the high mobile -- I'm sorry, the

22   100 percent against each of the other two.

23       So if you add up all of the situations, including the

24   ablation things, there's like 20 different things we were trying

25   to compare.

1          THE COURT:  I see.  Okay.

2          THE WITNESS:  More than 20.

3          BY MR. DINTZER:

4    Q.    Now, the number of human raters who were actually reading

5    each one and doing the grading, Google picked the number of

6    raters to do the grading?

7    A.    They assigned the task to raters, and they managed that

8    process, yes.

9    Q.    And they picked how many raters would grade each page;

10   right?

11   A.    We agreed it would be somewhere between three and ten.

12   That was the -- the normal practice is three in these kinds of

13   studies.  And they did at least three; in some cases, they did

14   more, maybe up to ten.

15   Q.    You were told that there would be ten at one point; right?

16   A.    I wasn't sure what the number was.  So I asked for

17   clarification.  And that was part of what I put in my report.

18   Q.    But at one point, you were told that there would be ten

19   raters reading each and grading each item; right?

20   A.    Somewhere in my memory was the number ten.  That's why I

21   asked to get confirmation what the actual number was.

22   Q.    Right.  So somewhere in your memory, there was ten, and

23   then you reached out to Google to find out if you were right and

24   they were actually using ten raters; right?

25   A.    I asked what the actual number was, and I was told it was

1  between three and ten.

2  Q.  Right.  And so let's go -- you actually asked Paul Haahr;

3  right?

4  A.  I asked Paul Haahr to get confirmation, yes.

5  Q.  Okay.  And you asked Mr. Haahr how much raters there would

6  be.  You asked him on October 10th -- I'm sorry, October 6th;

7  right?

8  A.  That's in the second report.  I think I put that there,

9  yes.

10  Q.  Okay.  And so October 6th, how many days is that before the

11  second report is due?

12  A.  I don't remember the date of the second report.

13  Q.  It's right there in front of you.  You can look at the

14  first page.

15  A.  As I've said before, three is a sufficient number.  So I

16  just wanted to make sure what the number was to be accurate.

17      So the second report was October 10th.

18  Q.  Okay.  So on October 6th -- and you're welcome to get to

19  the page -- you have a footnote there.  It's on page -- I'm

20  sorry, paragraph 53.  Maybe we should just go there, paragraph

21  53.

22      In the very last sentence there, you write, "In the DRE,

23  Google used as many as ten individual ratings to evaluate the

24  results.  Google normally uses three to five raters per query in

25  its launch decision."

1          Do you see that?

2     A.    I do.

3     Q.    And that's dated October 6, 2022; right?

4     A.    Yes.

5     Q.    Okay.  And that was about maybe four months, five months

6     after the experiment was done; right?

7     A.    The experiment was done in March/April time frame.  So yes,

8     between then and October, yes.

9     Q.    Okay.  The experiment was done in March or April, and you

10    didn't find out until October how many human raters were

11    reading/grading each one of the results; right?

12    A.    So if you read these two sentences, it says, "In the DRE,

13    Google used as many as ten in its ratings to evaluate the

14    results."  That's a statement without a footnote.

15          The second sentence is, "Google normally uses three to five

16    raters per query in its launch decisions."  So my confirmation

17    from him was that's their normal practice in business.  They use

18    three to five raters.

19          So these are separate facts.

20    Q.    Sir, you called or talked to Mr. Haahr on October 6th to

21    find out how many human raters were actually used, and that's

22    when you learned; right?

23    A.    I found from him that Google normally uses three to five

24    raters per query.

25    Q.    You also found out that in this experiment, that they

```
1   didn't use the ten that you thought they were?

2   A.   I didn't --

3   Q.   Please answer my question.

4   A.   I didn't say that I thought that they used ten.  I

5   remembered the number ten, and I knew that they used three to

6   ten, but I wanted to find out the specifics.  It didn't matter

7   as long as it was three.

8   Q.   And you found out the specifics of how many human raters

9   Google used on October 6th; right?

10  A.   I think these sentences stand for themselves, yes.

11  Q.   I need you to answer my question.

12       You found out how many human raters they used on

13  October 6th; right?

14  A.   They used three to five raters per query in their launch

15  decisions is what the footnote claims, yes.

16  Q.   Sir, you're not answering my question.

17       Google -- you found out on October 6th how many human

18  raters Google used for the experiment; right?

19  A.   I found out that -- I knew that they used between three and

20  ten, yes.  I knew that before, but I wanted to get confirmation.

21  I like to document things, and that's why I put a footnote here.

22  Q.   So let's go to page 178 of your deposition, sir.  At the

23  bottom of page 178 -- let me know when you're there.

24  A.   Okay.

25  Q.   Okay.  And you were asked this question, and you gave this
```

1    answer:

2        "Question:  What did Paul Haahr tell you about what Google

3    normally does for -- with raters in its launch decisions?

4        "Answer:  So I knew from prior study of different documents

5    and prior discussions that the number was three to five in the

6    normal situation.  I heard that the number was ten in the

7    experiment.  I wanted to make sure whether it was exactly ten or

8    mostly ten or so on.  So I asked Paul Haahr to give me detail,

9    and that's the clarification he provided."

10       You were asked that question, and you gave that answer;

11   right?

12   A.   Yes.

13   Q.   Okay.  Now, in the appendix at page 34 -- actually, let me

14   just ask it as a question.

15       You used a static snapshot approach in this experiment; is

16   that correct?

17   A.   We froze the Google system, and that's essentially a static

18   version of the system, yes.

19   Q.   Okay.  And so if we could go to page 34 of your report.

20   A.   The report or the appendix?

21   Q.   Appendix, please.

22   A.   Okay.

23   Q.   And at the bottom -- in the middle of it, it says "table

24   23," and at the bottom sentence in that paragraph, it says,

25   "Further, this static snapshot approach is the standard approach

1    used for evaluating almost all ranking feature changes to Google

2    Search, the primary exception being freshness-related changes,

3    and this system has been in use for over a decade."

4         Do you see that?

5    A.   Yes; yes, I do.

6    Q.   And you have no citations for that; is that right?

7    A.   That's right.

8    Q.   Okay.  And it says the primary exception being

9    freshness-related changes; right?

10   A.   Okay.

11   Q.   Freshness is an important aspect of search quality; right?

12   A.   In some situations, yes.  It depends on the query that is

13   being issued.

14   Q.   If a user wants to know who Taylor Swift is dating or if

15   she attended a Chiefs game, they want fresh information; right?

16   A.   Probably.

17   Q.   Okay.  The 2022 DRE uses the static snapshot approach, the

18   one we just described; right?

19   A.   Yes.

20   Q.   And so the static snapshot approach is not good for testing

21   freshness; right?

22   A.   Freshness usually has to do with very popular queries where

23   the amount of user interaction data is not very important.

24   That's one of the signals that was not controlled in my study.

25   Q.   Okay.  And when you say "not controlled," that means your

1   study does not test for freshness; right?

2   A.   Because it wasn't relevant in this experiment, yes.

3   Q.   Okay.  And when you adopted the static snapshot approach,

4   you understood it was not going to test for freshness; right?

5   A.   I understood that the system would be frozen.  That's

6   necessary to these kinds of experiments.  And so there's some

7   things that are not going to be tested, and those are things

8   that need to be understood, such as freshness, yes.

9   Q.   Some parts of the search stack relate to fresh queries and

10  fresh content; right?

11  A.   So there are parts of the search process that involve

12  looking at freshness as a signal, yes.

13  Q.   One of the 59 signals is the freshness -- I don't know if

14  I'm allowed to say it, one of the boosters; right?

15  A.   It has an effect on the ranking, yes.

16  Q.   Okay.  And that booster, the one that's related to

17  freshness, was not retrained; right?

18  A.   That's right, because it wasn't appropriate in this

19  particular test situation, yes, and it's not relevant either.

20  Q.   It's not relevant?  Did you do a test to see if the

21  freshness element -- how it would have changed things?

22       Show me in your report where you actually tested to see if

23  freshness would have affected the outcome.

24  A.   I didn't do a test, but I know from the field that that's

25  probably not very important.

1    Q.    Okay.  So you just went off your knowing in the field;

2    right?

3    A.    My 45 years of working in the field, yes.

4    Q.    But none of that time spent working on Google system;

5    right?  Right?

6    A.    Well, I use Google system, and I run experiments with big

7    systems.  So I know a lot about this.

8    Q.    None of your 45 years was on Google system, right, sir,

9    aside from using Google like the rest of us?

10   A.    I have not worked with the system itself.  I have not run

11   things in the system, if that's what you're asking.

12   Q.    You did not test the effect of user interaction data on

13   freshness in this experiment; correct?

14   A.    That's true, yes, and it's a very small amount of signal if

15   you look at the table, yes.

16   Q.    Google has more fresh data than Bing does; right?

17   A.    Google has more data than -- well, so it depends on how

18   you're counting freshness.  So freshness has to do with

19   documents, as you were talking about a certain kind of

20   information that was in the news.  So fresh information is in

21   the index.  So it depends on the size of your index.  And fresh

22   information is something that would clearly be in the index of

23   both systems.

24         So fresh documents, I don't think that statement you made

25   is true.  With regard to queries that are being issued, Google

1    has more queries.

2    Q.    And that's why I used the term -- okay.  So the number of

3    queries that are processed by Google is larger, so it has more

4    fresh queries from the last three months than Bing does; right?

5    A.    Right.  And fresh queries of this nature are ones that tend

6    to be popular.  So even if you have a small sample, you will

7    still get a good mix of those.

8    Q.    Now, before this case, you had never done a DRE on Google

9    system; is that right?

10   A.    That's true.  No one has, as far as I know, from outside.

11   Q.    As far as the 2022 DRE, you never went to Mountain View;

12   right?

13   A.    That's true.

14   Q.    You had no direct access to Google's equipment and systems;

15   right?

16   A.    Indirect access only, yes.

17   Q.    And when the DRE was being run, you had no direct access to

18   the system; right?

19   A.    That's true.

20   Q.    You didn't connect to Google's computer system at all;

21   right?

22   A.    Other than my normal use of Google for other purposes, yes.

23   Q.    Your main contact to the DRE was Google's counsel; right?

24   A.    So the process for this case, because of litigation and so

25   forth, is that I work with counsel, and then they coordinated

1    with Google, and we had sessions together with all of us there.

2    So that's the way it's supposed to be, as far as I know, in

3    these cases.

4    Q.   But you kind of overrode my question.

5         My question is, your main contact for the DRE was Google's

6    counsel; right?

7    A.   Well, there were discussions with Google personnel and

8    counsel at the same time.  So I don't know how to count that.

9    Q.   Okay.  Let's go to 106 of your report.

10   A.   The second report?

11   Q.   I'm sorry.  Page 106 of your deposition, sir, middle of the

12   page.

13   A.   Okay.

14   Q.   "Question:  And you -- what role did he have in the DRE

15   besides being your main contact, which I think you said earlier?

16        "Answer:  I didn't say he was the main contact.  I said he

17   was the senior person involved in the process.

18        "Question:  Who was your main contact?

19        "Answer:  Counsel."

20        You were asked those questions, and you gave that answer;

21   right?

22        That's a yes-or-no question, sir.

23   A.   That's what it says here.

24   Q.   Now, you believe that Google employees who worked on your

25   DRE had run many experiments over the years; right?

1    A.    Yes.

2    Q.    But the actual experience of the Google workers was not

3    transparent to you?

4    A.    When you talk with people, you kind of know what they're

5    doing.  So yes, it was transparent from discussions.

6    Q.    But the actual experience, how much experience they had on

7    doing these experiments, was not transparent to you, was it?

8    A.    I had no details of that.

9    Q.    Okay.  You didn't even know which of the people you spoke

10   to at Google were engineers and which were data scientists;

11   right?

12   A.    So I believe in the deposition, we discussed about this,

13   and I don't really distinguish between data scientists and

14   engineers.  Google tends to call everyone engineers.  Data

15   scientists have become a popular buzz term in recent years.  So

16   I don't give much credence to those kinds of things.

17   Q.    Google decided who would work on the DRE; right?

18   A.    They identified the people who would work with me, yes.

19   Q.    And they were chosen by Google?

20   A.    That's what I just said, yes.

21   Q.    Your materials don't include a list of Google employees

22   involved in the DRE?  Maybe you've got one, but we don't; right?

23   A.    I gave you a list of the ones I remembered during the

24   deposition.

25   Q.    Right, off the top of your head.  We never got a complete

1    list; right?

2    A.    I don't know.  I mean, you have a number of documents.

3    Some of the documents that were delivered last summer have

4    people's names on them.  So you can tell from that some of the

5    names.  So --

6    Q.    Google did not document who worked on what part of the 2022

7    DRE; right?

8    A.    I have no idea.

9    Q.    And you don't know exactly who did which piece of the DRE;

10   right?

11   A.    I know some people did certain pieces, but I don't know who

12   did all the different pieces.  Several of them may work together

13   on some pieces.  I remember there were discussions and different

14   things, but I don't remember who was responsible for which

15   piece.

16        I know Paul Haahr, as I mentioned, did some of the

17   evaluation stuff that's been shared with the Department of

18   Justice as of last summer.

19   Q.    Google did not bother to share with you who did what on the

20   DRE in any detail?

21   A.    I don't know.  They may have said things and I don't

22   remember.  It really doesn't matter.  So I don't -- as I said,

23   I'm very bad with names anyway.  So --

24   Q.    So I need you to answer my question.

25        Google did not share with you who did what on the DRE;

1    right?

2    A.    There may have been discussions in documents in which

3    somebody said they did something or were going to do something.

4    So in some sense, they did, but I don't remember.

5    Q.    Okay.  You did not review the code for the 2022 DRE?

6    A.    I don't know what you mean by that.  If you -- if you mean

7    all of the Google millions and millions of lines of code in all

8    of their systems, certainly not.

9        I have done, in some of my patent-related work where I've

10   been not an infringement expert, I've looked at a lot of Google

11   code, but that's been a while.

12   Q.    You rely on Google's engineers with code; right?

13   A.    I relied on them to run the experiment that would make use

14   of the code.

15   Q.    Now, in the 100 percent sample that we talked about

16   yesterday, Navboost was retrained; right?

17   A.    Yes.

18   Q.    Okay.  So this is not the ones where you did the DRE.  This

19   was the 100 percent sample.

20       Even though this was supposed to be the baseline, Navboost

21   was retrained within that; right?

22   A.    So for technical reasons, Navboost is a bunch of tables.

23   So it makes sense to rebuild the tables, which is really what is

24   the basis for Navboost.  So that was done with 100 percent

25   sample.

1    Your picture doesn't, I think, fit with what's going on,

2    but I think I explained it.

3    Q.   This 100 percent sample, Navboost is one of the modules;

4    right?

5    A.   It's one of the components, yes.

6    Q.   And in the 100 percent sample, it got retrained; is that

7    correct?

8    A.   Yes, that's true.  I said that, yes.

9    Q.   And you don't know why Navboost was retrained for the

10   100 percent sample beyond some technical reason; right?

11   A.   Which I tried to explain, yes.

12   Q.   Okay.  You didn't do any analysis about the effect of the

13   100 percent retrain on Navboost, right, for the 100 percent

14   sample?

15   A.   The fact that there was retrained is better than not being

16   retrained.  There's no disadvantage in doing some extra work.

17   That's essentially what this is, is extra work.

18   Q.   Right.  But you didn't do an analysis on it; is that right?

19   A.   It didn't make any sense to, no.

20   Q.   Okay.

21        THE COURT:  When you say Navboost was retrained on the

22   100 percent sample, can you explain what you mean by that, so I

23   understand?

24        THE WITNESS:  Sure.  So we're training these models

25   with the amount of data that we have.  So 100 percent is the

1    full set of data that we have at that particular point in time.

2         The production system is the production system.  And so

3    the -- the technical reason might have been that it was running

4    a few more days and they didn't want to have it wrong, so they

5    made sure it was the same amount.

6         So they feed it this data.  It builds a bunch of tables.

7    Those tables are then used to make probability estimates and to

8    come up with signals.

9         BY MR. DINTZER:

10   Q.   Now, the -- Google regularly measures its search quality

11   against Bing.  We talked about that.  Right?

12   A.   Yes.  In my report, I have a 12-week window showing those

13   values, yes.

14   Q.   And it uses the IS score; right?

15   A.   It uses a number of scores.  The IS4@5 is the one that we

16   were most focused on the report.  It also shows it for the IS1@5

17   score.

18   Q.   And Google uses human rater side-by-side experiments to

19   measure how its quality compares to Bing's quality; right?

20   A.   Google does a number of different studies.  The main one

21   that we're looking at is the human rater study.  It does other

22   studies, of course, at different times, yes.

23   Q.   But Google's human rater study is a side-by-side study?

24   A.   The study that I'm concerned with is sort of the human

25   rater study where it scrapes from both systems and looks at the

```
 1   results for those and does computation.
 2   Q.   Side-by-side?
 3   A.   It's looking at both of those things to come up with the
 4   results.
 5   Q.   I need you to answer my question, sir.
 6        When Google does the comparison for the IS, it does it as a
 7   side-by-side; right?
 8   A.   It scrapes the two things and then gets people to evaluate
 9   them.  I don't -- it doesn't matter for my purposes whether it
10   was side-by-side or just done in a batch.  So I don't care.
11   Q.   And you don't know?
12   A.   I don't care.  It doesn't matter.
13   Q.   Sir, I need you to answer my question.
14   A.   They may do it.  I don't remember whether it's done as a
15   side-by-side or whether it's done in a batch.  It doesn't make
16   any difference for my purposes.
17   Q.   Raters use the mobile presentation for their assessments;
18   right?
19   A.   That's true.
20   Q.   The 4-point quality gap on figure 6 -- we can put up
21   figure 6.  We were looking at this yesterday.  It's at UPXD20 in
22   your binder, but we can just look at this.
23   A.   I'm sorry.  So --
24   Q.   Do you remember this?  This is from your report.
25   A.   Yes, I do remember this.
```

1    Q.    Okay.  The 4-point quality gap between Google and Bing here

2    is based on mobile presentation; right?

3    A.    The measurements are taken by human raters based on what

4    human raters do with a mobile presentation.

5    Q.    You don't know what the IS gap would be if human raters

6    were looking at desktop presentation; right?

7    A.    Google made a decision some years ago to do all the rater

8    experiments with mobile.  So that's all I know.

9    Q.    Okay.  And so your experiment doesn't address the desktop

10   quality for Google -- for Bing; right?

11   A.    That's not true.  I mean -- so certainly, the samples

12   represent desktop.  The difference between desktop and mobile,

13   we heard in testimony last week, is maybe 6 percent where you

14   get different results, is what I heard in the testimony last

15   week.

16        So there's only a small number of cases where it's

17   different.  So there would be some small difference, but that's

18   all I can say.

19   Q.    Sometimes, Bing is better on desktop than Google; right?

20   You've seen documents to that effect.

21   A.    I've seen documents that have explained that the features

22   may be better.  That was what I saw in the documents.  I didn't

23   see something about the IS score being better for Bing.  It's

24   just the features, the way that you get certain displays of

25   things, because when you have a desktop device, it's a bigger

1    device.  You can have different things on the screen.  It can

2    look different ways.  And Microsoft likes to play with interface

3    designs.

4    Q.   Right.  There's a difference in the way that the desktop

5    and the mobile present themselves; right?

6    A.   In some cases.  I looked at some queries the other day, and

7    I couldn't tell much difference.

8    Q.   Okay.  So the 2022 DRE used three query sets; right?  And

9    those are the inputs here; right?

10   A.   So there are three different ways to do an assessment with

11   each of the different conditions, yes.  They're inputs to the

12   system, and the system then is used to come up with results.

13   Q.   Right.  There's three sets of queries, you described this

14   to the Court, that were used in the experiment; right?

15   A.   That's right.

16   Q.   Okay.  And Google generates these query sets?

17   A.   Google randomly samples from its query mix these, and it

18   updates them periodically, yes.

19   Q.   Okay.  And you didn't supervise that step of Google

20   randomly sampling or creating the query sets?

21   A.   No.  These query sets are created in the normal course of

22   business activities.

23   Q.   Okay.  These aren't the only query sets that Google uses in

24   the ordinary course; right?  Maybe you don't know.

25   A.   So they keep changing.  In that sense, they're not the only

1    ones.

2    Q.   But do you know if there are other query sets that were not

3    used in this experiment?

4    A.   So we looked at, in this particular case, subsamples of

5    those three.  So in some sense, those are different query sets.

6    So we did look at a bunch of those.

7         Whether there are additional query sets that are used in

8    other settings, I would conjecture that there are different

9    query sets from other countries, because we were focused here on

10   U.S.  So certainly, there are different query sets for other

11   countries and other situations.  There's the I18 set, which is

12   different languages, and some of that was used in the European

13   study.

14        So yes, there are other studies, other sets, yes.

15   Q.   You don't know if there are other query sets that Google

16   uses in the United States, do you, besides the three that you

17   used?

18        And I'm not talking about subsamples.  I'm talking about

19   other sets.

20        You don't know one way or the other?

21   A.   They may use some of the other ones from other countries,

22   because there are subpopulations in this country that they may

23   make use of Spanish or some other things.

24        I don't know the details, no.

25   Q.   Okay.  Query set selection can affect results; right?

1    A.    Certainly, in the general case.  This is a random sample

2    from a very large collection.  So it's unlikely there would be

3    much difference.

4    Q.    You didn't test to see if Google selected query sets to

5    influence the results?

6    A.    I did not test them.  I was told this was the ones they use

7    in the normal business course and that this represents their

8    long history of doing this kind of study.

9    Q.    Who told you that?  Do you have any notes?

10   A.    All the documents that talk about these query sets and how

11   they're defined.

12        I did have in footnotes from Dr. Lehman that he's certified

13   that table that explains what's going on.  With regard to the

14   components, I don't know if I have a footnote for the query

15   sets.

16   Q.    Okay.  You didn't have the ability to test if Google

17   selected query sets to influence the results; right?

18   A.    I had the query sets, and you had the query sets.  The

19   government had all the query sets.  So someone could have done a

20   study on your side to see if they were improper.

21        But I didn't look at -- I didn't see anything improper

22   about them from what I had.

23   Q.    But you didn't test them?

24   A.    I didn't test them, yes.

25   Q.    Now, the covert set, that's one of your query sets,

1  includes both mobile and desktop queries, I think you said;

2  right?

3      So the covert set has both mobile and desktop; right?

4  A.   We can slice it in different ways.  Yes, that's one way to

5  slice it.

6  Q.   And -- now, the human step looked at the results -- the

7  human raters, they only looked at mobile results; right?

8  A.   That's right, yes.  That's the procedure that the human

9  raters follow.

10 Q.   So mobile and desktop queries were fed in, but only mobile

11 results were looked at; right?

12 A.   That's true.

13 Q.   Okay.  And so let's go back to Mr. Giannandrea's

14 transcript.

15 A.   Do I have that, or --

16 Q.   It's going to come up on the screen.  It is at 2300.  And

17 he was asked:

18     "Question:  Okay.  And that means you had sort of one query

19 set that were mobile and then another query set that were

20 desktop; right?

21     "Answer:  That's correct."

22     So he had separate query sets that were desktop and mobile.

23 You combined the mobile and desktop into one query set.  Right?

24 A.    I had a query set, and it was split -- I had three query

25 sets.  They were each split mobile/desktop.  It's not clear from

1    this statement, because I don't know the rest of the context,

2    whether the two things that are mentioned here are from the same

3    query set or different ones.

4    Q.    Okay.  Let's go to the next clip.

5          "Question:  And on the evaluation side, you evaluated the

6    desktop side-by-side, and then you evaluated the mobile

7    side-by-side?

8          "Answer:  That's correct.

9          "Question:  And you think that was best practices, too?

10         "Answer:  Yes."

11         So putting aside side-by-side, I think we've done that, but

12   you can separate out mobile and desktop for the reviewers on the

13   results side; right?

14   A.    That's true, yes.

15   Q.    Okay.

16   A.    They did see both of them.

17   Q.    Okay.  So you've mentioned Mr. Lehman.  In fact, you

18   mentioned him about the report.  So let's first look at your

19   slides.  Okay?

20         And you have a slide -- most of it is -- it's DXD26004.

21   Most of it's redacted, but the outline isn't.

22         Do you see that?  This is where you list the six ranking

23   components; right?

24   A.    Yes.

25   Q.    I'm not going to talk about the redacted portion.  You list

1  the six, and have the description and data used and notes and

2  comments; right?

3  A.    That's right.

4  Q.    This is the core of your presentation, the core of your

5  analysis; right?

6  A.    It's an important part of it, yes.

7  Q.    So now let's go to your table.  This is page 31, table 1,

8  in your report.

9  A.    Is this the appendix?

10  Q.    No, it's in the main part here.

11  A.    Okay.

12  Q.    As you said, it's important.

13  A.    I'm sorry.  So which page is it again?

14  Q.    So it's your main report, page 31, and the table starts at

15  the bottom of the page.

16  A.    Okay.  Yes, it's split, yes.

17  Q.    Do you see it?

18  A.    Yes.

19  Q.    And the heading is "The Six Ranking Components Retrained in

20  This Experiment."

21        Do you see that?

22  A.    Yes.

23  Q.    And the only citation to this is Mr. Lehman; right?

24  A.    Yes.

25  Q.    And the interview that you conducted with him on

1    January 1st, 2022; right?

2    A.    That's the footnote.   June -- June 1st, yes.

3    Q.    June 1st, 2022.   That's the only citation that you -- you

4    didn't put this on your slide, the one that you showed the

5    Court, but in your report, that's the only citation that you

6    have for the entire table, right, June 1st, 2022; right?

7    A.    Right.   I went through this table in detail with him to

8    make sure that I -- my understanding was correct, and he

9    confirmed that.

10    Q.    Right.   And so you made sure your understanding was correct

11    two days before you filed your report; right?

12    A.    I'm trying to be very thorough, yes.

13    Q.    Right.   And that was after the entire experiment had been

14    completed; right?

15    A.    That's right.

16    Q.    Okay.   And there are no notes for that; right?

17    A.    No notes for what?

18    Q.    For your interview with Mr. Lehman about this table.

19    Right?

20    A.    Just that footnote, that's right.

21    Q.    And have you read Mr. Lehman's testimony, or did you see it

22    at trial?

23    A.    I've read it.

24    Q.    Okay.   And so let me show you.   You're going to be familiar

25    with this.   This is at transcript at 1827.

1   A.   That doesn't say much.

2   Q.   No, it doesn't.  If you could pull up UPXD32 in your

3   binder.

4   A.   Okay.  This is the witness binder?

5   Q.   It is.

6   A.   Okay.  Give me a second to juggle.

7         MR. DINTZER:  We didn't have time, Your Honor, to go

8   through every piece that we were going to use, but if there's --

9   there may not be any objection to showing this, but out of an

10  abundance of caution.

11        Are you there, sir, UPXD032?

12        THE WITNESS:  I think so.

13        BY MR. DINTZER:

14  Q.   Do you see what Mr. Lehman testified about?

15  A.   Yes.

16        MR. DINTZER:  And we can ask counsel, do you have any

17  objection?

18        MR. SMURZYNSKI:  No objection to doing this publicly.

19        BY MR. DINTZER:

20  Q.   "Question:  Going back to when you met with Professor Fox,

21  do you recall if you met with him before or after his

22  experiment?

23        "Answer:  I don't think I knew about the experiment.  So I

24  don't know if it was before or after."

25        Right?  So Mr. Lehman, who you relied on for this table and

1   all the information in the table, didn't know about the

2   experiment?

3   A.   I have nothing that I can say about his memory.  I guess he

4   didn't remember something that happened.

5   Q.   Or he just didn't know about it, and when you were talking

6   to him, he didn't know the experiment existed.

7        Did you know when you asked him to confirm these elements

8   that he didn't know about the experiment?

9   A.   It didn't make any difference.  I was asking him about this

10  table and how things worked.  Whether he knew about the

11  experiment or not doesn't really matter.  That wasn't the

12  subject of the discussion.  So --

13  Q.   And let's go to UPXD33, which is the next one in the

14  binder.

15       Again, we will ask counsel if they're okay with us showing

16  it.

17            MR. SMURZYNSKI:  No objection.

18            MR. DINTZER:  Thank you.

19            BY MR. DINTZER:

20  Q.   Mr. Lehman also gave the following testimony:

21       "Question:  Did you tell Professor Fox that you had never

22  done a data reduction experiment yourself?

23       "Answer:  I don't recall telling him that.  I just don't

24  recall our conversation that clearly."

25       So Mr. Lehman had never done a data reduction experiment at

1    all.  Did you know that when you relied on him for all the

2    central elements in your report?

3    A.   So I didn't rely on him for the central elements of my

4    report.  I relied on him for confirming the data, the

5    information in that table.

6         That's different from what you just said.  I don't think

7    it's necessary for him to have run a data reduction experiment

8    himself.  He's a senior manager, and he probably wouldn't be

9    doing that kind of thing.  So that's irrelevant.

10   Q.   So the only citation you have for the chart that you showed

11   the judge to explain all the elements that you reduced and why

12   you reduced them, he didn't know about the experiment, and he

13   had never done one himself.  That's the only citation you've

14   got; right?

15   A.   The table was verified by him as being accurate, and it

16   describes components that are a part of Google's system.  I

17   assume he -- and apparently, he seemed to know about those

18   components and could verify that that was the way those

19   components worked and how to describe them.  That was what I

20   cared about, and the rest of it is irrelevant.

21   Q.   In his deposition, Mr. Lehman said that he had never done

22   one of these experiments, and you read his deposition.  You cite

23   it in your report.

24        So you knew that he had not done one of these experiments;

25   right?

1    A.    It's irrelevant in the discussion.

2    Q.    And let's go ahead and pull up that deposition.  If you

3    flip through it, that's UPXD045.

4         "Question:  Has Google ever tried to conduct an experiment

5    where its limits its share or its -- its sort of use of search

6    logs to be equivalent to the share of -- of a search competitor

7    and see what happens to its top-line metrics?

8         "Answer:  I'm not aware of such experiments."

9         So you knew not only him; he didn't know of anybody who had

10   done one of these at Google?

11   A.    So the fact of him not knowing something doesn't inform me

12   of anything.  That's just the way the company is organized.

13   Q.    So did anybody tell you that they had done one of these

14   that worked on your project?

15   A.    I'm not sure what you're referring to.  One of what?

16   Q.    A data reduction experiment.

17   A.    So there are documents that I've studied that have to do

18   with other data reduction experiments of particular components.

19   Q.    Right.  And my question is, do you know if any of the

20   people who worked on those worked on this one?

21   A.    I don't know the assignments of people inside Google staff.

22   Q.    Okay.  So the people who worked on this, you have no

23   knowledge, you can't confirm that they actually had ever done

24   one of these before; isn't that correct?

25   A.    So first of all, this experiment had never been done before

1    at all.  Second of all, there are data reduction experiments

2    that are done in the ordinary course.

3         The people I worked with seemed knowledgeable about what I

4    was talking about, and that was sufficient for my purposes.

5    Q.   Okay.  Now, your list does list Navboost; right?

6    A.   The list of components includes Navboost as one of those --

7    Navboost as one of those, yes.

8    Q.   And one part of Navboost is it tries to determine if a

9    current query is like queries submitted in the past; right?

10   A.   Yes, that's a part of the matching process, because queries

11   tend to be similar, and you can learn from different rephrasings

12   of the same thing.

13   Q.   And Navboost records clicks on search results.  That's its

14   focus, clicks.  Right?

15   A.   It records impressions, which means something is shown to

16   somebody.  It records clicks.  It records something about the

17   length of the click as well.

18        So those are among the things it records, yes.

19   Q.   And you use the term downsample.  You downsampled Navboost;

20   right?

21   A.   So there's different downsample terms in different places

22   of the report.  I'm not sure which one you're referring to.  But

23   possibly I used that term, probably.

24        So when you're trying to construct a sample and you have a

25   certain amount of data and you want to reduce the amount of

1  data, that's called a downsample.

2  Q.   Right.  And that's what you did.  That's what the 2022 DRE

3  is.  Right?

4  A.   We tend to call it a data reduction experiment, but

5  downsample is a related term.

6  Q.   Okay.  And Navboost does clicks to websites; right?  But

7  there are other things on a page besides clicks on websites;

8  right?  There are other things on a search page besides web

9  results; right?

10  A.   So Navboost does clicks on web pages, not websites.  I'm

11  sorry.  What else --

12  Q.   But there are other features on web pages -- on SERPs other

13  than blue links that can be clicked on; right?

14  A.   So a search page now has a lot of other things besides the

15  list of web pages that are sometimes called the ten blue links,

16  yes, nowadays.

17      It depends on the query.  I think we heard testimony of how

18  many and so forth.  But I don't know the percentages.  It

19  depends.  It's gotten more in recent years, certainly.

20  Q.   There are features, there are images on a web page other

21  than the list -- the ten blue links that Navboost focuses on?

22  A.   You've got maps.  You've got pictures, various kinds of

23  things, yes, tables, yeah.

24  Q.   Okay.  Glue is a table that attempts to record all those

25  other interaction types on all those other elements of the

1    search page for different queries; right?

2    A.    Glue is a part of the system.  There's a pipeline of

3    processing that's called the Glue pipeline.  The Glue was

4    introduced to extend and generalize Navboost to deal with other

5    kinds of things, and it's capturing that as part of what goes on

6    in Glue.

7    Q.    So Glue focuses on things that are not clips on web links;

8    correct?

9    A.    Well, my understanding is it captures everything.  This is

10   a general system that does all of this stuff.  So it does the

11   clicks, and it does the other things, too.  That's my

12   understanding.  So it's kind of replaced Navboost as the sort of

13   frontline thing.

14   Q.    Compared to Navboost, Glue captures a broader range of user

15   interactions; right?

16   A.    Glue and Navboost are sort of together, and they do the

17   same kind of thing.  Sometimes, they're used interchangeably.

18   But Glue is typically used as the term to describe this big

19   pipeline of lots of things happening.

20   Q.    Navboost is a subset of Glue; right?

21   A.    I guess.  I mean, it depends on how you -- I don't know

22   whether people in Google would say that or they would

23   distinguish them.  But they certainly overlap.  That's certainly

24   the case.

25   Q.    And at least on your chart that you provided the Court with

1    the things that you retrained -- this is DXD26.004 -- the six
2    ranking components retrained in the DRE, you don't list Glue;
3    right?
4    A.   Because it's not a ranking component.  Glue is the system
5    that's the overall pipeline to capture this stuff and feed it
6    into this kind of model building.
7    Q.   You didn't retrain Glue; right?
8    A.   Glue was used in the retraining for Navboost.
9    Q.   Okay.  So that's why I want to make this easy.
10        You didn't list Glue as one of the six elements that you
11   retrained?  We can look through this whole chart, and the word
12   "Glue" doesn't show up.  That's a yes-or-no question, sir.
13   A.   It's not a ranking component.  So I didn't list it.
14   Q.   Okay.  Now, you do mention Glue in your rebuttal report;
15   right?
16   A.   Yes.  We talked about that earlier.
17   Q.   And let's go to your rebuttal report at paragraph 46.  Just
18   let me know when you're there.
19   A.   Okay.
20   Q.   Okay.  And so this is -- you do talk about Glue in this
21   paragraph; right?
22   A.   I do.
23   Q.   And you do this in response to Professor Oard's discussion
24   in his report about Glue; right?
25   A.   So this report gives lots more details to try to be clear

1    and responsive, yes.

2    Q.    Excellent.  And there's a sentence here in the middle of

3    paragraph 46.  "This process determines both whether a search

4    feature is triggered and where it triggers on the page."

5         Do you see that?

6    A.    Yes.

7    Q.    And who do you cite for that?

8    A.    135 refers to an interview with Paul Haahr.

9    Q.    And what's the date on that?

10   A.    October 6.

11   Q.    Okay.  So you found out about this process on October 6,

12   three, four months after the experiment was done; right?

13   A.    I'm giving more details in this report, and so I wanted to

14   make sure that there was something I could point to for the

15   details that were discussed here that weren't discussed before.

16   Q.    So you called Mr. Haahr, and you had a discussion with him

17   about Glue?

18   A.    There was an interview with him that was done in

19   conjunction with the attorneys, yes.

20   Q.    And the documents that you cite in paragraph 46 at 132,

21   footnote 132, footnote 133, footnote 134, those documents are

22   not cited in your initial report.  They're all only cited in

23   your reply report.  Right?

24   A.    I'll take your word for it.

25   Q.    You didn't rely on them when you did your initial analysis,

1    the one that didn't mention Glue; right?

2    A.    It wasn't relevant then.

3    Q.    Okay.  Now, changing subjects, if ads were in the top five

4    items, they did not get graded by your raters; right?

5    A.    Ads were not considered in my study.

6    Q.    At all?

7    A.    Right.

8    Q.    Okay.  So if -- and you haven't offered an opinion on how

9    scale affects the quality of search ads; right?

10   A.    I have no opinion about ads.

11   Q.    You haven't offered an opinion about how scale affects the

12   monetization of search ads either; right?

13   A.    That's true.  The only thing that I can say is that the

14   processing for ads is somewhat similar to the processing and

15   what I worked with.  That's the best I can explain.  But this

16   wasn't something I was tasked to study, and I didn't study it

17   and didn't report on it.

18   Q.    Now, no two search engines are the same, right, especially

19   proprietary ones?

20   A.    I think that's an obvious statement, yes.

21   Q.    Okay.  There are many, many, many ways of developing search

22   engines, as evident by the different types of search engines,

23   and one would be remiss to believe that every architecture and

24   every implementation needs the exact -- exactly the same amount

25   of data.

```
 1            You agree with that?
 2    A.    I think I probably said that, yes.
 3    Q.    And you agree with it?
 4    A.    Yes.
 5    Q.    Google's modules or models or however you want to call them
 6    do not perfectly map to Bing's models?
 7    A.    That's true.
 8    Q.    You don't know what model or module Bing uses to cover the
 9    functions in Glue or in Navboost; right?
10    A.    That's true.
11    Q.    And you didn't compare Google systems to other general
12    search engines like Neeva or DuckDuckGo; right?
13    A.    That's true.
14            MR. DINTZER:  I've got between five and ten minutes,
15    Your Honor.  I don't want to interrupt the Court's break, but if
16    now would be a good time.
17            THE COURT:  Why don't we go ahead and take a break.
18    It's 11:00.  We will resume at 11:15.
19        Thank you, all.  See you shortly.
20        (Recess taken from 10:59 am. to 11:17 a.m.)
21        (Call to order of the court.)
22            THE COURT:  Mr. Dintzer.
23            MR. DINTZER:  Thank you, Your Honor.
24            BY MR. DINTZER:
25    Q.    Professor Fox, to rerun something, you have to reproduce
```

1    the experiment's exact environment; right?

2    A.    So there's different views of the word "rerun" and

3    "reproduce" and "replicate."

4         One can run an experiment similar to a prior experiment.

5    So that's one way to rerun an experiment.  Someone could rerun

6    my experiment now with the current situation.

7    Q.    Right.  They could redo it -- they could do a 2023 DRE;

8    right?

9    A.    That's true, yes.

10   Q.    To rerun the DRE you did, you would need the exact

11   environment on the Google systems, right, for reproducibility?

12   A.    Well, reproducibility has different definitions in

13   different contexts.  But if one wanted to exactly have the exact

14   same results, then one could -- if one had everything in place,

15   then do it again, yes.

16        But history doesn't work that way.  Things change.

17   Q.    Right.  And the data, the systems, the code would all be

18   needed to redo the experiment to get the same result; right?

19   A.    To get similar results.  There's some nondeterminatives in

20   the process.  So you'll get slightly small variations, even if

21   you ran it with exactly everything in place.

22   Q.    But to even try, you need the data, the systems, and code;

23   right?

24   A.    You need all the computers, all the same computers, all

25   that stuff.

1    Q.   That's a yes?

2    A.   If you wanted to do that, then that's what you would have

3    to do, yes.

4    Q.   Okay.  And Google didn't retain everything needed to

5    recreate the experiment?

6    A.   It certainly didn't keep all the old computers that

7    probably have died since then and all the other stuff.  No, it

8    didn't do that.

9    Q.   And your experiment was not peer reviewed, or the approach

10   that you did -- I mean, you said no one has ever done it before.

11        This one hasn't been peer reviewed; right?

12   A.   I would love to have it peer reviewed, if the judge would

13   let it happen.

14   Q.   Right.  But it hasn't; right?

15   A.   It hasn't happened, no.

16   Q.   Now, the low mobile and the high mobile case, I think you

17   got those percentages from Professor Murphy; right?

18   A.   That's correct.

19   Q.   And you never discussed the experiment with Professor

20   Murphy.  You just got the numbers from him.  Right?

21   A.   That's correct.

22   Q.   And you didn't read Professor Murphy's report; right?

23   A.   That's correct.

24   Q.   And the high mobile sample is based on the assumption of

25   the amount of data Microsoft would have if not for Google's

1    challenged conduct; right?  Do you understand that?

2    A.    That's one explanation that I've heard.  The specific

3    details is that the amount of mobile data has doubled.  That's

4    the specific technical thing.

5    Q.    Right.  And if -- I understand these are assumptions that

6    you made based on Professor Murphy, the amount of low mobile and

7    high mobile.  Right?

8    A.    It's the percentages I used in the study that came from

9    him, yes.

10   Q.    If his conclusions about those 5 percent and 10 percent

11   numbers were wrong, then obviously, the information in your

12   report would be different; right?

13   A.    Slightly different.  As we see from the results, there's

14   diminishing returns.  So it doesn't make much difference even

15   when you double the amount of mobile data.

16   Q.    You didn't do that experiment, though?

17   A.    I didn't do an experiment with other percentages which I

18   don't have, no.

19   Q.    Okay.  And you will agree with me that just in general,

20   it's wrong to run an experiment and then pick and choose results

21   to meet what you're trying -- the goal that you're trying to

22   reach; right?

23   A.    When I ran the computing center in the institute in

24   Nigeria, the chief statistician said, Everyone comes to me with

25   experiments already run and then they want me to analyze them.

1    That's not the way to do a statistical study.  So yes, one

2    should plan ahead and then test hypotheses and answer research

3    questions, which is what we did.

4    Q.    Now, let's go to your reply report and paragraph 7.

5    A.    7?

6    Q.    Yes, sir.

7    A.    So I should add to my prior comment, since you gave me a

8    chance to think, there are some scientific studies that are

9    called exploratory data analysis studies where you don't know

10   what the situation is and you explore things.  So that's another

11   legitimate kind of scientific study.

12   Q.    But that wasn't this?

13   A.    This was a controlled study with hypotheses.

14   Q.    At the beginning, and then the idea was to test those

15   hypotheses?

16   A.    Well, there were research questions.  The report has a set

17   of three research questions, which are things to be

18   investigated.  I didn't know what the results would be.  So it's

19   not really one where we would say hypotheses.  I assumed that

20   there would be a data reduction phenomena.  So I guess that's a

21   hypothesis.  So it --

22   Q.    Paragraph 7 of the report, sir.

23   A.    Okay.

24   Q.    In the middle on page 4, it says, "The DRE suggests that

25   Microsoft is already at a scale where the benefit to search

1    quality of additional click and query volume would be small for

2    a provider with Google's technology"; right?

3    A.    Correct.

4    Q.    And that's one of your conclusions; right?

5    A.    Correct.

6    Q.    And the important thing is for a provider with Google's

7    technology, right, because you didn't do an analysis for a

8    provider with Bing's technology?

9    A.    Correct.

10   Q.    And you didn't do an analysis for a provider with Bing

11   technology because you didn't have access?

12   A.    That's certainly one reason, yes.

13   Q.    So your conclusion is based on Google.

14        Google is at a scale where the benefit to search quality of

15   additional click and query volume would be small; right?  I'm

16   talking just about Google.

17   A.    That's what was -- so what was shown is given Google's

18   traffic if we reduce the amount.  I didn't explore if Google had

19   more traffic, because I didn't have that.

20   Q.    Right.  But wherever Google is -- you talk about

21   diminishing returns.  We know that if Google got more data, that

22   it would have an even smaller impact than the analysis that you

23   already did, right, because of diminishing; right?

24   A.    Probably.  I mean, I don't have empirical evidence.  So I

25   can't say for sure, but that's what the trend would show.

1   Q.   So not about Bing, you didn't have access to their machine,

2   but Google we know is at a point of diminishing returns; right?

3   A.   I think that's clear, since Google has run studies and is

4   reducing the amount of data it's using in some of its model

5   building processes.

6   Q.   But it's not reducing the amount of data that it's keeping

7   and maybe using in other places, right, or you don't know?

8   A.   I have no knowledge of that.

9           MR. DINTZER:  Okay.  With that, Your Honor, we pass

10   the witness.

11           THE COURT:  All right.  Do the States have an

12   examination of Dr. Fox?

13           MR. CAVANAUGH:  No, Your Honor.

14           THE COURT:  Okay.  Any redirect?

15           MR. SMURZYNSKI:  Briefly, Your Honor.

16                        REDIRECT EXAMINATION

17           BY MR. SMURZYNSKI:

18   Q.   Dr. Fox, you were asked some questions about the

19   diminishing returns and the amounts of data.  I just want to

20   make sure there's no confusion about what you actually studied

21   and concluded with regard to that.

22           Andrew, if you could put up slide DX019.  That's in your

23   binder, but it's also on the screen.

24           What are the three data points that you tested in the DRE?

25   A.   So the one on the right is the data point of Google's

1    system using all of the traffic it has available on a frozen

2    system, a frozen version of its system so we could do a

3    comparison with other situations.  So that's the first point,

4    the 100 percent sample.

5        The other two are taking the amount of traffic that Google

6    has and taking a random sample according to the relative cuts

7    and percentages that Kevin Murphy gave me, which amounts to on

8    average 4.86 percent, a random sample of all of 100 percent of

9    Google traffic.

10       And taking that amount of data and rerunning the training

11   processes for the six big components that affect the quality of

12   ranking for Google system, the first one being an approximation

13   of the traffic that would be for Bing in its current situation.

14   So that's the first one on the left.

15       The one in the middle, the high mobile, is a similar

16   sample, taken again from the Google traffic, which has twice as

17   much mobile data in terms of the sampling process.  So the

18   overall is 6.43 percent of the total amount of Google traffic.

19   Q.   And no pun intended, but in terms of the quality, this is

20   to scale; correct?

21   A.   Yes, it seems to be.  There's very little difference.  When

22   you do statistical comparisons between the low mobile and the

23   high mobile, there's no difference at all, and the difference up

24   to the Google traffic is very, very small.

25   Q.   You were asked some questions about the method used to

1    create the ratings that were then reported in your experiment.

2    And there was some suggestion that you could have done it on a

3    side-by-side method or a live experiment method, and you said

4    that was not the right method.

5         Why did you say that?

6    A.   So first of all, the approach that I used is a tried and

7    true method that goes back to the 1960s of doing these kinds of

8    studies.  It's been published in hundreds of studies.  I've used

9    it for years.  It's used by Google and other companies in large

10   numbers to do testing.  It's the most efficient way to be able

11   to make comparisons between many different situations that we

12   have.

13        It allowed me to do high mobile -- I'm sorry.  It allowed

14   me to do comparisons between the high mobile and the low mobile,

15   between the 100 percent and the low mobile, 100 percent and the

16   high mobile, ablation studies for those situations, also long

17   tail studies, ablation studies.  They may do a lot of different

18   studies, more than 20 different kind of comparisons.

19        So that's the right way to do this kind of study.  You get

20   statistical significant results.  You don't need millions of

21   users.  And then you get all kind of variations from live

22   experiments, because they're not considering the quality of the

23   pages they're looking at.  So this is the right way to do the

24   study.

25   Q.   Do you have any reason to believe that if you had used a

```
 1   different methodology, like side-by-side or live traffic, that
 2   the results would materially differ from the ones you saw using
 3   the testing method that you used?
 4              MR. DINTZER:  Objection, Your Honor; leading and calls
 5   for speculation.  He's asking if the results --
 6              THE COURT:  I will allow him to answer.
 7        You can answer, sir.
 8              THE WITNESS:  I have no reason to believe the results
 9   would be any different.
10              BY MR. SMURZYNSKI:
11   Q.   Did you pick the method you chose to rate -- have the
12   ratings done on the results from a point of view of biasing the
13   results in your experiments?
14   A.   I picked the rating method because this rating approach has
15   been used since the 1960s, because it's used in the normal
16   course of Google's business, it's used in the normal course of
17   other companies' business, it's published in studies.  So I used
18   the standard practice.
19   Q.   Professor Fox, you were also asked some questions about the
20   fact that the results were shown to the raters via a mobile
21   SERP.
22        What's your understanding about how Google in the ordinary
23   course checks the quality of its own results versus Bing?  What
24   type of SERP do they use to show the raters?
25   A.   So the human raters, in all cases, use the mobile interface
```

1    view of things.  That's used for internal processing.  It's used

2    for comparison with Bing.  It's the standard practice they use

3    for all the rating studies.  And they do a lot of those studies.

4    Q.   My last question is about some of the footnotes where you

5    cite interviews of Google employees, whether it's Dr. Lehman or

6    Dr. Haahr.

7         In particular, let me start with the table 1 in your

8    report, in which you describe the six ranking components that

9    were trained in the experiment.

10        Was June 1st, 2022, the first time you had knowledge that

11   those were the components that were trained in the DRE?

12   A.   No.  I had been studying those components since

13   September 2021, hundreds of documents from Google about all the

14   different systems, and I knew that those are the ones that we

15   were going to use.  This table was just to have clear

16   documentation and the right wording and make sure that the

17   information was comprehensive.

18   Q.   Same question about the freezing of the system.  You

19   reviewed with counsel for the Department of Justice a footnote

20   there.

21        Was June 1st, 2022, the first time you were aware that in

22   the experiment the procedure was to freeze the system?

23   A.   No.  The method of freezing a system and using it for

24   comparisons is well known in the field.  It's used in all kinds

25   of studies.  If you have a production system, you have to have

 1    something that's not going to be changing, because you're trying

 2    to control everything.  So you freeze that.

 3          And I know that's the way that everyone does these studies,

 4    including what Google does.

 5    Q.   And there are a number of other places, I'm not going to go

 6    through all of them, where you had a footnote in which you

 7    indicated an interview with either Dr. Lehman or Dr. Haahr.

 8          Do those footnotes indicate the first time you learned that

 9    fact in each instance?

10    A.   No.  They were to confirm my understanding and allow me to

11    give due credit to the right person who could confirm this and

12    had sufficient stature in the company to be representative and

13    perhaps having to be deposed or whatever else.

14              MR. SMURZYNSKI:  All right.  Thank you, Professor Fox.

15    I have no further questions.

16              THE COURT:  Okay.  Professor Fox, thank you for being

17    with us, and thank you for all your hard work and your

18    testimony.

19              THE WITNESS:  Thank you, Your Honor.

20              MR. SMURZYNSKI:  Your Honor, Google calls Ben Gomes as

21    its next witness.

22         BENEDICT GOMES, WITNESS FOR THE DEFENDANT, SWORN

23              THE COURT:  Mr. Gomes, welcome.

24              THE WITNESS:  Thank you.

25                        DIRECT EXAMINATION

```
 1              BY MR. SMURZYNSKI:
 2    Q.    Good morning, Dr. Gomes.  Please state your full name for
 3    the record and spell it for the court reporter.
 4    A.    Benedict Gomes, B-e-n-e-d-i-c-t G-o-m-e-s.
 5    Q.    What is your business address?
 6    A.    1600 Amphitheatre Parkway, Mountain View, California, yeah.
 7    No zip codes.
 8    Q.    That will suffice.
 9          Where did you grow up, Dr. Gomes?
10    A.    I was born in Dar es Salaam in Tanzania, and then I grew up
11    in Bengaluru, India, and then I came to the States for college.
12    Q.    Where did you attend college?
13    A.    I went to Case Western Reserve University in Cleveland for
14    my undergrad, and then I went to Berkeley for grad school.
15    Q.    And what sort of degree did you receive from Berkeley?
16    A.    I got my master's and Ph.D. in computer science.
17    Q.    Okay.  And when did you receive your Ph.D. from Berkeley?
18    A.    '97.
19    Q.    After receiving your Ph.D., what did you go on to do?
20    A.    I worked at -- I first went to Europe, and then I worked
21    for Sun Microsystems for about a year and a half, and then I
22    joined Google.
23    Q.    And what was the date when you joined Google?
24    A.    October of 1999.
25    Q.    Okay.  And we'll get there -- back to there in a second.
```

1        Could you just give the Court a high-level sketch of the
2    positions you've held at Google over the years.
3    A.    Yeah.  So when I joined, I was working on infrastructure on
4    building the next crawling/indexing system at Google as a
5    software engineer.  And I continued in Search in various
6    different positions working on ranking, and then working on the
7    interface to Search, and then eventually leading all of Search.
8    And I was in Search for 20 years.  At the end of, it I was
9    leading Search, the Assistant and News.
10        And then I decided just -- at my 20th anniversary, I
11    decided I wanted to work on Education and Learning.  So I took
12    on a different role working across the company, working on
13    Education in the context of YouTube, Search, as well as Google
14    Classroom, Google Arts and Scholar, Google Arts and Culture,
15    Google Scholar, products like Read Along, which teach literacy.
16        And then about a year ago, Sundar asked me to also look at
17    sustainability across the company.  So now I also oversee some
18    of our efforts on -- our efforts on sustainability from areas in
19    research to areas of things we're doing in our data centers.
20    Q.    And you mentioned Sundar.  That's Sundar Pichai, the CEO of
21    Google?
22    A.    Yes.
23    Q.    And when did you leave the Search organization?  What date?
24    A.    During COVID; it was the beginning of COVID.  I think May
25    or June of 2000.

```
1   Q.   All right.  I want to go back to 1999.
2        Could you put the first demonstrative on the screen.
3        Who is that?
4   A.   That is me.  That is one of the first desks I was at in a
5   room called the Ben Pen because they put three of us named Ben
6   in that office.
7        I notice I have an AI book on the table.
8   Q.   I was going to ask you about the AI book from 1999,
9   "Artificial Intelligence:  A Modern Approach."
10       What experience had you had with artificial intelligence
11  when you joined Google?
12  A.   I worked on actually neural networks in graduate school
13  even.  I was in a group that worked on cognitive science and
14  neural networks and modeling, and I had been interested in AI
15  for a long while.
16       But at that time, neural networks didn't work very well,
17  but I still remained interested in AI, and the company had an
18  interest in AI, too, at the time.
19       And this was -- the book was written by, actually, my boss
20  a little bit later on, Peter Norvig.
21  Q.   And you can take that down.
22       When you started at Google, how many employees were there?
23  A.   Around 45 to 50, somewhere in that range.
24  Q.   Why did you decide to join Google?
25  A.   Well, a friend of mine named Christian Baars from high
```

1    school actually told me about Google, and he knew the very good

2    people working there.  So some of the people who worked at

3    TechCERC and TechWorld, which were sort of the successors to

4    Xerox PARC in some ways, were at Google.  He knew some of them.

5    He himself worked there.

6        The problem was really interesting, because search is an

7    interesting combination of -- an interesting technical problem

8    in terms of how do you do it quickly, but also an interesting

9    problem in terms of how does a user interact with information.

10       So it spans a very interesting spectrum, both from complex

11   algorithms for performance all the way to the frontiers of like

12   how do you understand language and what does a user really want

13   to know.

14   Q.   And how was Google trying to solve that problem in 1999

15   when you joined?

16   A.   Yeah, so there were many search engines then.  Google had

17   taken a pretty unique approach to it, and they had said well,

18   we're going to look at signals that other people have not, like

19   how is the web connected.  And so they had used a signal called

20   PageRank, which was looking at the connectivity between all of

21   the pages on the web, and used it as a fundamental signal in

22   ranking pages.

23       They also were doing things like keywords and context.  And

24   this is not something you really easily noticed when using the

25   search engine, because your snippets were just far better than

1    any other search engine because there were actually the words on

2    the page that matched your query.  And it was actually a lot

3    more expensive to do that.

4        So what they had said is, we're going to throw as much

5    computation as we can at this problem and see if we can do it a

6    lot better, because they really believed in doing -- that this

7    was an important problem, and if you could solve this well, it

8    was really worth solving.

9    Q.   Put up the next slide.  Oh, I apologize.  I should

10   distribute these.

11       Dr. Gomes, what are we looking at here?

12   A.   These were some of the earliest server racks that Google

13   built.  So they look really messy, because they were.  They

14   consisted of four machines on each of those racks, separated by

15   cardboard, with hard drives sitting on top of the machines.

16       And it seemed this was sort of like something that Larry

17   and Sergei-- an idea that Larry and Sergei had come up with.

18   And the idea was, well, data centers are rented out by square

19   footage, and they wanted to pack as many machines as they could

20   with the square footage they could afford.  But they also were

21   using really cheap machines, and they wanted to get as many of

22   them as possible on the systems.

23       And the end result of that was these systems were

24   unreliable in various ways.  I remember these because they had

25   sent us -- the data centers would try and fix them, and we were

1    software engineers, so that didn't work very well.  But they
2    were -- so we go there and try and fix, like lift the hard drive
3    and try and fix some of the computers.

4        But what they did have was the idea of distributed
5    computing.  And this led to the pathway that Google took in the
6    future, because with this they had a lot more computation than
7    anybody else had.

8        And they start -- and we went down this path of investing
9    in this, because it was hard to program these computers, because
10   they were cheap computers.  They were not very reliable.  I
11   worked on PageRank, and for a while, my system was buggy because
12   the memory on these had no parity, let alone error correction,
13   and so bits would flip.

14       And so you had to write software that was actually
15   responsive to that and could actually handle it.  So it was
16   really challenging to write the software for these systems, and
17   lots of times, I really wished -- I'd look and see the Sun
18   blocks of machines next door, and I would really wish we could
19   have one of those machines.

20       But this path of having lots of cheap machines allowed us
21   to have more computation ability as a software that actually
22   changed the industry, I believe, in the long run.

23       We did things like MapReduce --
24            COURT REPORTER:  I need you to slow down.
25            THE WITNESS:  Sorry.

1          In the long run, we did systems like MapReduce, which was a

2     system that Jeff and Sanjay came -- Jeff Dean and Sanjay

3     Ghemawat came up with, which allowed you to program these

4     computers without knowing the details of what you were doing.

5          So there was a new way of looking at the problem, and

6     eventually, it became a standard way used across the industry.

7     We published how to do this, and it was used really widely.

8          The style of data centers also became the default for what

9     lots of companies did and how data centers came to be built.

10    It's an amazing progression to see from this to where we are

11    today.

12    Q.   And you mentioned Jeff Dean and distributed computing.

13         Did Jeff Dean go on to have other roles at Google?

14    A.   Yeah, Jeff Dean had a very illustrious career at Google.  I

15    worked with him on crawling and indexing then, and then he later

16    on went to do things like -- he was -- he and Sanjay Ghemavat

17    were about the two most-senior engineers at Google, and they

18    built many of our key pieces of infrastructure.

19         Later on, he went on to lead an effort called Google Brain,

20    which was an early effort to revive neural networks along with

21    some of the pioneer -- another pioneer of neural networks, Geoff

22    Hinton, who had joined Google.  And Geoff Hinton was somebody

23    whose papers I had been reading when I was in grad school.

24         The two of them together revived neural networks and began

25    to solve these problems like speech recognition and translation

1    that I had thought were unsolvable when I was in grad school,

2    and had been seen as unsolvable for a long time.

3        Later on, he went to head Google Brain and the research

4    team as a whole.  And he's a senior Google fellow.

5    Q.   And how does the concept of distributed computing fit in to

6    those innovations of Google Brain and what followed?

7    A.   So the thread of using a lot of computation continued all

8    the way through, because search is fundamentally a hard

9    computational problem, and so if you can marshal more

10   computational resources to do it, you can do a better job.

11       And so Geoff took on this problem of neural networks and

12   actually managed to make them scale in a way by just using more

13   machines than was possible before.  And so we continued to

14   build -- innovate in the space of data centers by building

15   better and faster data centers, faster interconnects, and then

16   eventually our own tensor processing units, which was

17   specialized hardware for neural networks in order to get the

18   kind of performance we needed, which is something we ended up

19   needing for the launches we did later on when we were using

20   these systems in search.

21   Q.   All right.  Going back to those very early days, what are

22   some of the things you were working on in your first couple of

23   years at Google?

24   A.   So I started off working with -- on the crawl and indexing

25   system.  At the time, the crawl and index ran once a month, and

1    it was about 50 to 100 million pages, and sometimes, it wouldn't

2    run for a couple of months.

3        We had a goal in a year's term of having the crawl and

4    index be a billion pages, which seemed -- it didn't seem quite

5    possible.  But we managed to get there, actually.  And so the

6    first was rebuilding the entire crawling and indexing system in

7    that year's time frame.

8        I, in particular, worked on some aspects of indexing on the

9    PageRank system, which was initially in memory.  Then I got it

10   working on disk.  I rewrote it twice for better performance, and

11   then it was read-in subsequently as the index grew bigger.

12   PageRank is a computation that requires a huge amount of space,

13   as well as computation.  And so it had to be written and read it

14   in multiple times.

15       Then I went on to work on spelling correction, other

16   aspects of ranking, and eventually on to the interface of

17   search.

18   Q.  Could you describe the culture at Google when you joined in

19   1999?

20   A.  The culture at Google was modeled around the culture Geoff

21   and -- Larry and Sergei, sorry, had at Stanford.  It was modeled

22   on the graduate student culture, because they wanted to create a

23   sense of thinking about new ideas all the time, sort of the

24   environment they had at Stanford Grad School.  And so it was

25   very open and very free in many ways.

But also, it was directed to words -- really always thinking about innovation. So there was this notion of 20 percent time, where any engineer or actually any employee could take 20 percent of their time to work on a new idea that was theirs that other people might not agree with or think was important, but it was their time to work on it.

And people could -- those things sometimes resulted in products, like some things like Google News and some of the Ads products all came out of people's 20 percent time.

And that culture was very important. And we also paid a lot of attention to queries and the user. The idea was, if you -- if you do the right thing for the user, all other things will follow. And so we stayed at queries a lot. Initially, there were ten queries we used for evaluation, and people would gather in a room and actually look at these queries and look at the results and say how can we be doing better on each of those queries.

Then it was 100 queries. At that point, I had a role of search quality czar, where I was sort of in charge of making sure search quality was good. I remember pasting up all those -- printing them out and pasting up the results on the wall and getting people to walk around them and look at the results, try those queries, see what could be better for each of those queries.

And that tradition -- and that tradition was something that

1    was really deeply baked into the culture of like focus on the

2    user.

3    Q.   In the early days, how did Google go about recruiting

4    people to join?

5    A.   I mean, we went to campuses.  We recruited from

6    universities, a couple of professors who joined.  There were --

7    there were -- we also recruited from other companies, in

8    particular from some of the research labs.  Key people came from

9    Bell Labs and from DEC.  At that time, I think it was HP or

10   Compaq.

11   Q.   And where were these folks located after the very initial

12   years when everybody was in Silicon Valley?

13   A.   After initial years, we had offices all over the world,

14   because we wanted to get the best talent from everywhere in the

15   world.  As it turns out, we got key innovations from places like

16   Zurich, from key people in Zurich, from people in Brazil and

17   from people in Israel.  So we had offices all over the world,

18   because the idea was let's get the best talent you can, no

19   matter where it is, whether it's in Silicon Valley or New York.

20       We had a big office in New York which eventually gave rise

21   to Local Search, where Local Search was built.  So key pieces

22   came from talent around the world, and we learned to operate in

23   that way in working with people all around the world, because

24   you never know where the best ideas will be.

25   Q.   Skipping ahead to your time period as head of Search, when

were you head of Search at Google?

A.    I had the role, I think, in 2016, I was head of Core

Search, and then in 2018, I was head of Search and Assistant and

News.

Q.    At that time, how many employees were working on search at

Google?

A.    I think my team in 2018 was around 7,000 people.  Some of

those were working on the Assistant and most of them were

working on Search.

Q.    And how, if at all, did the culture change from those early

days to when you were head of Search?

A.    Well, it's -- very differently, 45 people and 7,000.  But

the key ideas that remained was I -- we really wanted to

encourage that notion of keep looking for ideas.  We're hiring

smart people not just to do the work, but to have the ideas.

And I would reinforce this with my team.

      And so while people may not take the time for the

20 percent projects, what I started doing was demo days, where a

whole team would get together for a whole week, and the goal was

forget about your day job, think about new ideas and find a few

other people to work with on the idea for a week.  We'd present

it, because it may turn into something.

      But I wanted people to be in the mode of thinking about

something new, what more could you do.  And so that culture

continued.  But we had to become more rigorous about lots of

1    other things we did.  Like, I had a more rigorous evaluation

2    culture, because we're now launching hundreds of changes, not a

3    few changes.

4        So the pace of change actually sped up over time, because

5    we had more engineers, many more engineers working on it.  We

6    had more techniques, more tools.  And so we had to have much

7    more systematicity about what we were doing, so there had to be

8    some amount of process around that to make sure we were moving

9    in the right direction, we were building the right product for

10   the user.

11   Q.   Let me go back again to the early days.  What motivated you

12   and your colleagues in Search?

13   A.   You know, a lot of it was looking at these problems,

14   because in multiple ways, first of all, they were just really

15   interesting computer science problems, because you're trying to

16   do things sometimes that were just technically hard.

17       For instance, PageRank is just an expensive computation.

18   How do you make it faster is just an interesting technical

19   problem.

20       The second part of it is on a technical side also, you're

21   trying to also solve this problem of language, like what do

22   words actually mean.  When somebody types in a query, what do

23   they actually mean, and how do we match that to what they mean.

24   And that's a really interesting problem.

25       And besides that, like you're talking to people who are

1    using the product; you're using the product yourself.  So you

2    have the sense of like how does that interaction go, how are we

3    impacting people who are using the product.  If they find the

4    results they want, they're happy with it.  If they don't,

5    they're not.

6        And so that connection to the user was really important to

7    us.  So there's a huge amount of motivation just from the

8    technical side.  So that attracted a lot of good computer

9    scientists.  It's, I believe, one of the most interesting

10   problems in computer science.  So it attracts a lot of good

11   people who want to work on this problem, as well as it has this

12   impact on other people based on what you can do.

13   Q.   I think you mentioned when you first joined Google there

14   were some other search engines.  What were the names of them, if

15   you can recall?

16   A.   Well, there's AltaVista, Ask Jeeves, Dogpile, Northern

17   Lights, Yahoo!, of course.  Yahoo! was really -- I think

18   Microsoft had a search engine.  Those are some I remember.

19   There were a lot.

20   Q.   How did Google differentiate itself from those other search

21   engines that existed in that time period, say 1999?

22   A.   So some of these key innovations that I mentioned, right,

23   like things like PageRank and Keywords in Context were new

24   innovations that nobody else was doing because they're really

25   expensive to do computationally.

1          And I think we really cared about the user.  And so we

2     cared about having the best results.  I don't know -- other

3     people sometimes thought about it perhaps as just a systems

4     problem.  If you serve up some search results, it's good,

5     provided -- but we also had -- so we wanted to have the biggest

6     index you could find, all of the documents, and you want to have

7     the best results from that index.

8          So we cared about both aspects of that problem.  And so we

9     spent a lot of time, like I said, building to a billion-page

10    index and then building beyond that.  After I stopped working on

11    it, it continued to build up.  It's hundreds of billions pages

12    today.  As well as working on the ranking side of things.

13         And, you know, some of them might have paid attention to

14    some aspect of this, but they didn't seem to care about the

15    problem in quite the same way we did.

16    Q.    All right.  If you could put up the next slide.

17         Listed here are a number of items.  Let's start with, at a

18    high level, what are these from your perspective?

19    A.    Yeah, these are key innovations in the early history of

20    Google up to maybe 2000 -- Knowledge Graph was in 2012, I think

21    it was launched, and many of these are ideas that still continue

22    to play an important role within Google Search even until today.

23    Q.    And you talked a little bit about PageRank already, but

24    what was the -- what was the insight, what is it that PageRank

25    did that differentiated Google from others?

A.   So you've got this problem that a user types in a query,
say "IBM," right, and there's a million pages, even then, that
had the word "IBM" in it.  Which is the page you want to return?
How do you know which page is the most important page for the
word "IBM"?

So key innovation is looking at this notion of page
importance or page quality.  And PageRank garnered that notion.
So the idea is basically -- one you can think about is to give
all the pages on the web a little bit of, say -- some number of
points.  They give those points to any page they point to, and
those pages give those points to any page they point to.

Now, the end result is which pages end up with the most
points?  This is not a completely technically accurate version
of how the algorithm exactly works, but it gets at the concept
of what it's trying to do.

And so at the end of that, the pages that more people point
to, that are pointed to by more important pages, do the best.
So the idea of home page is much more important than any other
page that talks about IBM.

The Yahoo! home page is more important than any other page
that mentions the word Yahoo!.

So using PageRank, you can begin to pay attention to not
just the pages that match your keywords, but which are the most
important among those pages.  So there are two different aspects
to ranking.  One is the page quality, and PageRank was a key

1    part of that, and the other one was the relevance of the page to

2    your query.  And these ended up being important notions of how

3    we thought about ranking for -- right through my tenure to my

4    familiarity with ranking.

5    Q.    And you've talked in PageRank about pages.  Do the queries

6    that Google receives influence the PageRank algorithm?

7    A.    No, no.

8    Q.    All right.  If we could put up the next item, spelling.

9          In what sense was spelling a key innovation at Google?

10   A.    So I talked about how we started user queries.  When you

11   look at user queries, the first things we noticed was that a

12   good percentage of them, like 5 to 7 percent, were misspelled.

13   And initially, you think well, that's because -- like what's

14   wrong, why can't users spell correctly.

15         But people are asking about things they don't know, and so

16   it's very likely that they misspell, because they're not

17   familiar with what they're asking about.  And so you have to

18   figure out how to do -- so spelling correction is very important

19   for them to get to the right query, because when you do a

20   misspelling, very often it's not like you don't find any pages.

21   You find the pages of other people who also don't know how to

22   spell, and they often are not the best pages on the Web.  So

23   it's very important for you to actually get the spelling right

24   in order to get the right results.

25         And so spelling correction has the other problem that there

 1    isn't a dictionary that contains the words that people are

 2    using.  There's no dictionary that has all of the celebrities in

 3    the world.  And many of them have funky spellings.  Like Britney

 4    Spears, I'm not sure I know how to spell her name today.  There

 5    are many ways you can spell Britney and spell Spears.  And so

 6    you had to come up with a way of figuring out spelling

 7    correction for all of these queries, many of which we've never

 8    seen before.  Some of them, like 15 percent of the queries,

 9    we've never seen before on any given days by one measurement

10    we've done.

11        So the person who came up with this, Noam Shazeer, who

12    later on went to be the second author on probably the most

13    famous paper in AI today, "Attention is All You Need," he wrote

14    a spelling correction system based on probabilities that

15    didn't -- that figured out that in the web corpus you actually

16    have more correct spellings than you have on the -- in the

17    queries.

18        So if you could take the queries and figure out what's the

19    right spelling according to the web corpus and do that mapping

20    well in a probabilistic fashion, he came up with an absolutely

21    brilliant system.  You can actually do really good spell

22    correction.  And when he came up with that, I remember like

23    people were going around saying --  Jeff Dean said to me, it can

24    correct eggs crumbled berdict, and people were coming up with

25    e-mails of how much could they twist a word and still have it

1    spell correct.  So it worked really well.

2        And then I went on to work with him later on.

3    Q.   And when you talk about the web corpus, are you talking

4    there about the pages out on the web that Google has indexed?

5    A.   Yes.

6    Q.   And just a little more on how that innovation sort of drove

7    the spelling system and the innovation at Google.

8    A.   Sorry.  I didn't catch what you said.

9    Q.   Could you just say a little bit more about how that worked

10   into Google's innovation on spelling.

11   A.   Right.  So basically, the correct spellings -- so the --

12   you're more likely to find the right spellings on the web.  And

13   so therefore, you look to analyze those spellings on the web in

14   order to figure out what the right mapping is.

15       And I ended up working with him to internationalize this to

16   four European languages that I didn't speak, which is the

17   beginning of another trend that we did, which is we built these

18   algorithms that would work across the world.

19       And I remember I had to go around -- when you're doing

20   spelling correction, you never want to return bad words.  So I

21   had to go around and find bad words in all these languages so we

22   didn't return bad words in French and Italian and Spanish when

23   we did spell corrections.

24       But it worked well.  At least the people who spoke those

25   languages in our office said it worked well.

1    Q.   And what was the impact on Google's quality from doing --

2    fixing the spelling problems that were presented to you?

3    A.   You know, the quality metrics at that time could not quite

4    capture what this -- what the improvement was, because you were

5    not actually changing the ranking necessarily for a given query.

6    You were improving the query stream coming in in a dramatic way.

7    Because up to 7 percent of your queries were misspelled before

8    that, so now you're getting the correct spellings, but you might

9    be getting fewer queries.  People in the past might have tried a

10   misspelling and said those results are not right and then tried

11   another spelling and then finally got the right spelling.

12        So we might have been actually losing queries but actually

13   improving the results for the user and shortening the time it

14   took to get to the results.

15   Q.   And the next key early innovation we have are synonyms.

16        How do synonyms fit into what was being done in search?

17   A.   Going back to this notion of a user starts with a vague

18   notion ahead of what they want, and that has to somehow

19   translate into the exact words on a document.  They don't have

20   the expertise to label those -- to choose the right words.

21        So for instance, if I wanted to change the brightness on a

22   laptop, the best documents will tend to say adjust the

23   brightness.  It's a subtle difference, right, but you want the

24   best documents.  How do I change a .pdf into a Word document, I

25   want to actually say convert.

1     So the idea behind synonyms is to get these other good

2   documents in that you may not have thought about.  So we had

3   this idea of like broadening the words in the query to get you

4   the right documents.  And I think we had this idea in 2001.  I

5   worked on it with Simon Tong for a year, and we didn't have good

6   results.  The problem is that if you don't do this well, you

7   actually bring in irrelevant documents.  If you say -- if you

8   add the word "convert," how do I convert brightness on a laptop,

9   you bring in irrelevant documents that have the word "convert."

10  So if you don't do it precisely, you do more harm than good.

11     It took many years, but I still remember walking down the

12  stairs leaving the building, and John Lamping was also walking

13  out with me and he said, "I think they've got it."  What he's

14  referring to is for the first time, after several years of a

15  bunch of Ph.D.s working on this problem, they actually had found

16  a version that worked and did much more good than harm.  Because

17  the user is really quite upset if the query drifts into a word

18  that they have not specified and -- even though on balance is

19  better.

20     So you have to actually do a really good job with this.

21  And they launched it shortly thereafter, the beginnings of it.

22  And this system began to evolve for years and years after that.

23  Q.   And roughly what time frame did Google crack synonyms, if

24  you will?

25  A.   My memory was that it was two or three years after I

1    started working on it, because it took a while.  I felt better

2    about not having solved it in a year, I remember that.  I don't

3    remember exactly when they launched.

4    Q.   All right.  If we would advance this slide one,

5    auto-complete.

6         What is auto-complete?

7    A.   Auto-complete is when you start typing in a query, we can

8    help you by completing the query with other useful suggestions

9    that are likely to be what you might have wanted to complete in

10   that -- type in that query.  And so it helps a user formulate

11   that query faster by saving them typing time.  And the system we

12   started a long time ago in the Google Toolbar, but gradually

13   came to -- that came to Search, and then was something that we

14   expanded greatly over time.

15   Q.   Has there been any estimates about the significance of

16   auto-complete in terms of any sort of metric on queries?

17   A.   Yeah, I think it saves several seconds in typing time for

18   any given query.  So it's a good percentage of the time that you

19   spend typing.  And more than that, it also helps you formulate a

20   good query.

21   Q.   All right.  Let's go to the next key early innovation,

22   universal search.  If we could advance the slide once as well.

23        What are we looking at here on slide 9?

24   A.   This is a search results page pre-universal search, which

25   is basically ten blue links.  We had a few things like

1    categories in the top, but mostly, it was just ten blue links.

2    Our search results were basically returning textual results for

3    search.

4    Q.    And if we could advance this slide, what does this show?

5    A.    So what we realized at the time was that as the web was

6    growing, it was actually -- we were developing new types of

7    data, those videos, those images, those news, there was the

8    blogs, and we were creating search engines for each of those

9    different types of data.

10        There was an image search engine.  I worked a little bit on

11   that.  We had video search.  We had news search.  News search

12   prioritized freshness over other signals.

13        But then we realized also that now for a user to find what

14   they're looking for, we were interested in serving an

15   information need.  They now have to try their query in all of

16   these different search engines.  So is there some way for us to

17   find the best results across these different types of content.

18        Now, the problem is hard because the signals you're using

19   for different types of content are different.  When you're

20   looking at image search, you're looking at text near the images.

21   You're looking at properties of the image itself.  So your

22   ranking system is different.  The scores are different.

23   Likewise, for videos, with news, you're looking at freshness as

24   a key part of your score.

25        So if you're going to try and bring them together, one big

problem is how do you rank them all together.  It's not -- it's

apples and oranges in some ways, the scores you're getting from

different places.

The second question is also now you have to do queries in

all of these different corpra, which is expensive to do, because

you were doing one query before, and you now have to do four or

five queries.  So you have to find ways of doing that

efficiently.

So those are two key problems that have to be solved, and I

think we had one false start where we tried to do it and we

couldn't.  And then David Bailey, who also is from Berkeley,

took on the problem and did solve it, and we launched universal

search.

Q.   Approximately what date did universal search get launched?

A.   I think it was around 2007.

Q.   And you mentioned Dr. Bailey.  Did you have involvement in

launching universal search as well?

A.   Yeah, I was involved to a certain extent because I was

involved in all of the user interface changes that were

happening in search.  And my role in search was as a leader of

the team, and it was not a very circumscribed role.

Q.   At that period of time, what was -- did you have a

particular focus within the search area?

A.   Around that time, my focus came to be on search features,

which were how do you change the interface of search to actually

1    serve more things like universal search, do more things to

2    improve the interface, interaction with search, so things like

3    auto-complete, the snippets, things like universal search,

4    Google Instant.  All those things were how we were thinking of

5    changing the interaction with the search result page.

6    Q.    And with those features that you were working on, what was

7    the role of Google having a collection of user queries?  How

8    important, if at all, was that to that process?

9    A.    It played a role in some features, but not in all.  For

10   instance, if you're changing the snippets, the user query

11   doesn't necessarily play any significant role.  You can be -- we

12   got sites to do various kind of markup.  We were working with

13   the ecosystem in various ways.

14        So there were some things they could play a role, like in

15   auto-complete, but it didn't play a role in many of the kinds of

16   changes we did.

17   Q.    All right.  If we could go on to the next key innovation,

18   the Knowledge Graph.

19        What, at a high level, is the Knowledge Graph?

20   A.    So the Knowledge Graph -- so to this point, we've been

21   thinking about words as just ordinary words without any meaning

22   attached to them.  We don't know that this -- the word "Paris"

23   is actually a place, the word "Paris Hilton" is actually a

24   person.  So everything was just a word to us.  The words had

25   relationships to each other, but they had no meaning or

1    grounding in the world.

2        The Knowledge Graph was saying, can we solve this better,

3    this problem better, by actually understanding the meanings of

4    these words we're dealing with.

5        So the Knowledge Graph was -- it started out with a billion

6    and after it was several billion -- people, places, and things

7    and the connections between them.  And so the idea was to

8    actually build that network of relationships between people,

9    places, and things and then try to understand our queries in

10   terms of the simple entities and what might the user be talking

11   about and which documents or what information can we respond

12   with.

13   Q.   And how did -- and let's advance this slide.

14       This is a simple example, but what's being shown here?

15   A.   Yeah, so in this context, the entities are -- like Yogi

16   Berra is an entity.  The New York Yankees is an entity.

17   St. Louis is an entity.  Carmen Berra is another entity.  And

18   these are all the relationships between them.  Yogi Berra played

19   for the New York Yankees.  He was born in St. Louis.  He was

20   married to Carmen Berra.

21       We have a billion -- we started out with a billion of these

22   kinds of entities and many billions of connections between them

23   that captured the relationship between these semantic entities

24   in the world, which we could then begin to use to answer

25   questions like who is Yogi Berra's wife, who did he play for,

1    when did he play there.  These are slightly more complex

2    questions.  Where was he born.

3        So you can begin to now understand a query as a

4    relationship between entities and begin to answer the query

5    semantically.

6    Q.  And what did it take to build the Knowledge Graph?

7    A.  So what it took was -- much of this data existed on the

8    web, but it exists in different forms and different places.  So

9    you have to know that the Hilton that's mentioned here is the

10   hotel and not Paris Hilton that's mentioned in another document.

11       So what it was was combining all of these data sources and

12   normalizing them to say that this is Paris Hilton, this is the

13   Hilton Hotel Group, they're two different things.

14       And that normalization process around things like

15   Wikipedia, the CIA Factbook, there are lots of sources of this

16   kind of data, and we license some amount of data as well from

17   sports teams and so on, to bring that all together into the

18   Knowledge Graph.

19   Q.  And that again, is that driven by the queries that Google

20   sees, the pages out there in the web, or something else?

21   A.  That is largely driven by -- the structure of the Knowledge

22   Graph is driven by the pages of the web and by ways of getting

23   that information from them.

24   Q.  And what did Google need to do to bring all that in to a

25   Knowledge Graph that was housed at Google?

1    A.    So first of all, we had to figure out -- we had to get

2    these data sources.  We had to figure out how we're extracting

3    information from these data sources.  Then we had to figure out

4    algorithms that would normalize across the different data

5    sources.

6         We also had to keep up -- because some of these data

7    sources change their format.  They might have different ways of

8    representing things over time.  So things can go wrong.  When we

9    make mistakes, we have to figure out what kind of a mistake it

10   was and how do you reconcile those mistakes.

11        So there's a lot of work that had to be done on the

12   algorithms to combine these different data sources.

13   Q.    And when was the Knowledge Graph launched?

14   A.    I think around 2012.

15   Q.    All right.  We've talked about six key innovations in this

16   sort of through, say, 2012 or so.  What did you observe about

17   competitors' behaviors as Google launched these innovations and

18   others?

19   A.    Competitors typically copied us, with a delay as they built

20   the feature, but almost everything we did was copied by

21   competitors after some time period.  We saw more just crop up

22   after a while.

23   Q.    All right.  I'm going to switch gears for a moment, and I

24   would like to talk briefly about something called on-device

25   search on Android.

1      Dr. Gomes, you have in front of you what's been marked

2  DX2035.   What is DX2035?

3  A.   This is the launch of a way to search for content in apps.

4  One of the things we were wondering about is, there's content in

5  various apps. like your contacts and various other apps. you may

6  have in your phone.  Is there interest in actually searching

7  across those apps. in some -- for users.

8      And so this was, along with many other efforts we had, one

9  of the ways we experimented with searching across the apps. on

10  your phone.

11  Q.   And I see in the upper left-hand corner, there is something

12  called "the keyword."

13      Are you familiar with that type of document?

14  A.   Yes.

15  Q.   What type of document is that?

16  A.   This is a launch announcement on the Google blog.

17          MR. SMURZYNSKI:  Your Honor, we would move into

18  evidence DX2035.

19          MR. DAHLQUIST:  No objection, Your Honor.

20          THE COURT:  It will be admitted.

21      (Exhibit DX2035 received into evidence.)

22          BY MR. SMURZYNSKI:

23  Q.   If we could focus for a moment on the date of this blog

24  post.  Maybe you can just read into the record when that

25  occurred.

1   A.   August 30th, 2016.

2   Q.   Okay.  If we could scroll down, Andrew, in that first

3   section where it's being described.

4        You see there is language there, "With this new search

5   mode, called In Apps, you can quickly find content from

6   installed apps."

7        What was going on with that feature?

8   A.   So when you typed a query into the Android search box, you

9   could now get results that were from within an app. on your

10  phone.  And it was a way of sort of like crawling the content

11  within the app. and returning those results within the search

12  box; in this connection, contacts, messages, songs.

13  Q.   If you scroll forward in the document, if you go to the

14  third page of the document at the top, and it's on the screen as

15  well, you can see a reference to this feature appearing in the

16  upcoming LG V20 phone.

17       Is that an Android phone?

18  A.   Yes.

19  Q.   Okay.  And it continues, "The LG V20 will be the first

20  smartphone with this dedicated shortcut.  In addition to

21  searching apps. you have downloaded on the new LG V20, you will

22  also be able to search LG's pre-installed apps."

23       Do you see that?

24  A.   Yes.

25  Q.   And what was the consumer response to this on-device search

1    feature?

2    A.    Consumers didn't seem to be interested in this.  We

3    eventually unlaunched this in 2019 because it was just not

4    getting much usage.  We were showing up these results, but they

5    were not getting clicked on.  So we decided to unlaunch this

6    just a few years later.

7    Q.    And that unlaunching, did that occur during your tenure as

8    head of Search?

9    A.    Yes.  I think it was somewhere in 2019.

10                THE COURT:  I'm sorry.  Where would the search be

11   input in order for this functionality to be used?

12                THE WITNESS:  On the search box in Android.

13                THE COURT:  So it's within the search --

14                THE WITNESS:  Yeah.

15                THE COURT:  Okay.  Thank you.

16                BY MR. SMURZYNSKI:

17   Q.    And with the document in front of you, Dr. Gomes, can you

18   explain to the Court where that would -- where that would be?

19   A.    Where it would be?  This would be on the home screen of the

20   phone in the search box.  On page -- the search box is shown on

21   page .003.  You see it on the first page actually, .001, even.

22   Q.    Okay.  And why was it that Google decided to unlaunch this

23   on-device feature?

24   A.    It just was not getting usage, and things that don't get

25   usage can also get in the way of other things you're trying to

1    do.  So we unlaunched it because net-net we thought it was

2    negative.

3    Q.   All right.  I want to switch topics now and talk about

4    mobile.

5         When you started in 1999 at Google, was there mobile

6    search?

7    A.   Not that I know of.

8    Q.   Sir, was there any good mobile search?

9         When did mobile search start to be a thing that Google was

10   paying attention to?

11   A.   I think it was -- we began to pay attention to it shortly

12   after launch of the iPhone and Android, maybe a year or so after

13   that launch.  We began to have teams begin to experiment with

14   what mobile search could be.  But it was -- we began to

15   experiment with it then, and that progressed from that point.

16   Q.   All right.  And if we could put up the next demonstrative.

17        Dr. Gomes, I'm not going to hold you to the actual numbers

18   on this chart in any fashion, but directionally, what does this

19   chart show?

20   A.   Directionally, this shows --

21             MR. DAHLQUIST:  Objection, Your Honor; foundation.

22             THE COURT:  Well, I mean --

23             MR. DAHLQUIST:  We don't know if the witness has ever

24   seen this chart before or prepared it.

25             THE COURT:  I understand.

1          MR. SMURZYNSKI:  I will lay a little foundation.

2          BY MR. SMURZYNSKI:

3    Q.   Dr. Gomes, when you were involved in search at Google, were

4    you aware of the relative number of queries that Google was

5    receiving on mobile versus desktop versus tablets and the like?

6    A.   That was a part of presentations I got, yes.

7    Q.   Okay.  And did you see data on that over the course of your

8    time at Google from 2009 to at least 2020 when you were head of

9    Search?

10   A.   Yes.

11   Q.   And is the chart that's in front of you consistent with

12   your understanding of the trends in terms of the percentage of

13   search queries that were coming in via mobile versus desktop or

14   tablets?

15   A.   The trends seem roughly right, but I would not be able to

16   comment on the exact percentages or numbers.

17   Q.   Okay.

18          MR. DAHLQUIST:  With that, Your Honor, I would ask to

19   take down the chart as leading.  The witness can certainly

20   answer, but not with the chart.

21          THE COURT:  I don't think he's being asked specifics

22   about the chart.  I think he's just being asked to comment

23   generally whether it's consistent with his understanding of the

24   industry trends, which I think we've heard something about.

25          MR. DAHLQUIST:  Thank you.

8040

```
 1              BY MR. SMURZYNSKI:
 2    Q.   Dr. Gomes, how did Google approach this new trend of mobile
 3    usage of search?
 4    A.   I think somewhere in this time frame, in the early time
 5    frame, we made a huge pivot towards focusing on mobile.  We
 6    started with a small team working on mobile, Scott Huffman.  And
 7    then at some point, we realized that no, this is actually really
 8    important.  Even though it was a small percentage of our
 9    traffic, we could see that it was growing, and we made a big
10    switch to move to mobile.
11         At the time we made the switch, it actually came from
12    Larry.  I --
13    Q.   That's Larry Page?
14    A.   Larry Page, who is the CEO at the time.
15         I was a little bit skeptical, because it was such a small
16    fraction of our traffic at the time.  And he directed us to not
17    just be mobile first but mobile only.  I had a conversation with
18    him, and I said mobile first, and he said not mobile first,
19    mobile only.
20         And so all of the reviews and all that we were doing began
21    to be mobile mocks, how is this performing on mobile, even
22    though at the time it was not a huge fraction of our traffic.
23    Q.   And what was your initial reaction to this direction from
24    the senior leadership of the company that you should be mobile
25    only?
```

1    A.   I trust Larry's intuition, but it was -- it was a tricky

2    call at the time, because most of our traffic was desktop

3    traffic.  And saying that we're going to focus on mobile rather

4    than desktop was somewhat challenging.

5              MR. SMURZYNSKI:  Your Honor, this would be -- I'm

6    going to shift a bit, and this would be an appropriate time to

7    take a break, if that's okay with you.

8              THE COURT:  Sure.  Of course.

9         So Mr. Gomes, we're going to take our lunch break.  We will

10   resume at 1:30.  I will just ask you not to discuss your

11   testimony with anyone over the lunch break.

12             THE WITNESS:  Thank you.

13             THE COURT:  Thank you, everyone.  See you at 1:30.

14        (Recess taken at 12:25 p.m.)

1  CERTIFICATE OF OFFICIAL COURT REPORTER

2

3       I, Sara A. Wick, certify that the foregoing is a

4  correct transcript from the record of proceedings in the

5  above-entitled matter.

6

7

8  /s/ Sara A. Wick_____          October 31, 2023_____

9  SIGNATURE OF COURT REPORTER          DATE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**'**

**'60s** [1] - 7953:21
**'97** [1] - 8007:18

**/**

**/s** [1] - 8042:8

**0**

**001** [1] - 8037:21
**003** [1] - 8037:21

**1**

**1** [3] - 7956:12,
7983:7, 8005:7
**1,500** [1] - 7951:6
**10** [2] - 7952:15,
7998:10
**100** [20] - 7948:10,
7956:12, 7960:16,
7960:22, 7973:15,
7973:19, 7973:24,
7974:3, 7974:6,
7974:10, 7974:13,
7974:22, 7974:25,
8002:4, 8002:8,
8003:15, 8015:1,
8016:18
**10036** [1] - 7930:21
**106** [2] - 7970:9,
7970:11
**10:59** [1] - 7995:20
**10th** [2] - 7962:6,
7962:17
**1100** [1] - 7930:14
**1133** [1] - 7930:20
**11:00** [1] - 7995:18
**11:15** [1] - 7995:18
**11:17** [1] - 7995:20
**12-week** [1] - 7975:12
**12:25** [1] - 8041:14
**132** [2] - 7993:20,
7993:21
**133** [1] - 7993:21
**134** [1] - 7993:21
**135** [1] - 7993:8
**15** [1] - 8024:8
**15,000** [2] - 7949:11,
7949:15
**1600** [1] - 8007:6
**164** [2] - 7956:9,
7956:15
**178** [2] - 7964:22,
7964:23
**1827** [1] - 7984:25
**1960s** [3] - 7960:9,
8003:7, 8004:15

**1999** [7] - 8007:24,
8009:1, 8009:8,
8010:14, 8015:19,
8020:21, 8038:5
**1:30** [2] - 8041:10,
8041:13
**1st** [6] - 7984:1,
7984:2, 7984:3,
7984:6, 8005:10,
8005:21

**2**

**2** [1] - 7956:12
**20** [12] - 7954:13,
7959:23, 7960:1,
7960:12, 7960:24,
7961:2, 8003:18,
8008:8, 8016:3,
8016:4, 8016:9,
8018:18
**20-3010** [1] - 7933:4
**20-cv-3010** [1] -
7930:3
**200** [1] - 7935:9
**2000** [2] - 8008:25,
8021:20
**20001** [1] - 7931:8
**20005** [1] - 7930:14
**2001** [1] - 8027:4
**20024** [1] - 7931:4
**2007** [1] - 8030:15
**2009** [1] - 8039:8
**2012** [3] - 8021:20,
8034:14, 8034:16
**2016** [2] - 8018:2,
8036:1
**2018** [2] - 8018:3,
8018:7
**2019** [2] - 8037:3,
8037:9
**202-354-3284** [1] -
7931:9
**2020** [1] - 8039:8
**2021** [2] - 7940:16,
8005:13
**2022** [23] - 7937:23,
7937:24, 7939:22,
7940:17, 7940:20,
7940:25, 7941:5,
7941:14, 7951:22,
7952:1, 7963:3,
7966:17, 7969:11,
7972:6, 7973:5,
7978:8, 7984:1,
7984:3, 7984:6,
7990:2, 8005:10,
8005:21
**2023** [3] - 7930:6,
7996:7, 8042:8

**209** [1] - 7930:16
**20th** [1] - 8008:10
**2200** [1] - 7930:21
**2298** [1] - 7957:10
**23** [1] - 7965:24
**2300** [1] - 7981:16

**3**

**30** [1] - 7949:16
**30(b)(6** [1] - 7955:1
**30th** [1] - 8036:1
**31** [5] - 7930:6,
7930:9, 7983:7,
7983:14, 8042:8
**333** [1] - 7931:7
**34** [2] - 7965:13,
7965:19
**3rd** [2] - 7940:20,
7948:14

**4**

**4** [1] - 7999:24
**4-point** [2] - 7976:20,
7977:1
**4.86** [1] - 8002:8
**45** [4] - 7968:3,
7968:8, 8009:23,
8018:12
**46** [3] - 7992:17,
7993:3, 7993:20
**4704-B** [1] - 7931:8

**5**

**5** [5] - 7952:15,
7952:17, 7998:10,
8023:12
**50** [2] - 8009:23,
8015:1
**53** [2] - 7962:20,
7962:21
**59** [2] - 7941:15,
7967:13

**6**

**6** [6] - 7963:3,
7976:20, 7976:21,
7977:13, 7993:10,
7993:11
**6.43** [1] - 8002:18
**600** [1] - 7930:17
**600,000** [1] - 7949:11
**600,000/15,000** [1] -
7951:5
**60604** [1] - 7930:17
**680** [1] - 7931:3
**6th** [7] - 7962:6,

7962:10, 7962:18,
7963:20, 7964:9,
7964:13, 7964:17

**7**

**7** [5] - 7999:4, 7999:5,
7999:22, 8023:12,
8026:7
**7,000** [2] - 8018:7,
8018:12
**7933** [1] - 7932:4

**8**

**8001** [1] - 7932:4
**8006** [1] - 7932:5
**8035** [1] - 7932:9

**9**

**9** [1] - 8028:23
**9:32** [1] - 7930:6

**A**

**a.m** [2] - 7930:6,
7995:20
**A/B** [4] - 7950:12,
7950:14, 7950:18,
7950:24
**ability** [2] - 7980:16,
8012:21
**ablation** [4] - 7960:17,
7960:24, 8003:16,
8003:17
**able** [5] - 7938:9,
7941:11, 8003:10,
8036:22, 8039:15
**above-entitled** [1] -
8042:5
**absolutely** [1] -
8024:20
**abundance** [1] -
7985:10
**access** [7] - 7938:14,
7939:21, 7969:14,
7969:16, 7969:17,
8000:11, 8001:1
**according** [3] -
7950:19, 8002:6,
8024:19
**accurate** [4] -
7943:11, 7962:16,
7987:15, 8022:13
**Action** [1] - 7933:4
**action** [3] - 7951:18,
7956:21, 7956:22
**activities** [1] - 7978:22
**actual** [7] - 7938:4,

7947:1, 7961:21,
7961:25, 7971:2,
7971:6, 8038:17
**add** [4] - 7944:2,
7960:23, 7999:7,
8027:8
**addition** [1] - 8036:20
**additional** [4] -
7949:6, 7979:7,
8000:1, 8000:15
**address** [2] - 7977:9,
8007:5
**adjust** [1] - 8026:22
**admirable** [1] -
7935:11
**admitted** [1] - 8035:20
**adopted** [1] - 7967:3
**Ads** [1] - 8016:8
**ads** [6] - 7994:3,
7994:5, 7994:9,
7994:10, 7994:12,
7994:14
**advance** [6] - 7948:17,
7948:18, 8028:4,
8028:22, 8029:4,
8032:13
**affect** [2] - 7979:25,
8002:11
**affected** [1] - 7967:23
**affects** [2] - 7994:9,
7994:11
**afford** [1] - 8011:20
**ago** [3] - 7977:7,
8008:16, 8028:12
**agree** [9] - 7946:18,
7947:4, 7947:10,
7958:5, 7958:14,
7995:1, 7995:3,
7998:19, 8016:5
**agreed** [1] - 7961:11
**ahead** [5] - 7988:2,
7995:17, 7999:2,
8017:25, 8026:18
**AI** [6] - 8009:7, 8009:8,
8009:14, 8009:17,
8009:18, 8024:13
**aided** [1] - 7931:11
**aimed** [1] - 7944:5
**al** [2] - 7930:3, 7933:4
**algorithm** [3] -
7952:23, 8022:14,
8023:6
**algorithms** [6] -
7950:6, 7952:6,
8010:11, 8025:18,
8034:4, 8034:12
**allow** [2] - 8004:6,
8006:10
**allowed** [7] - 7950:5,
7958:21, 7967:14,

8003:13, 8012:20, 8013:3
**almost** [2] - 7966:1, 8034:20
**alone** [1] - 8012:12
**AltaVista** [1] - 8020:16
**alternative** [1] - 7952:2
**amazing** [1] - 8013:10
**AMERICA** [1] - 7930:3
**America** [1] - 7933:4
**Americas** [1] - 7930:20
**AMIT** [1] - 7930:10
**amount** [28] - 7937:1, 7937:4, 7937:16, 7949:6, 7959:21, 7960:2, 7966:23, 7968:14, 7974:25, 7975:5, 7989:25, 7994:24, 7997:25, 7998:3, 7998:6, 7998:15, 8000:18, 8001:4, 8001:6, 8002:5, 8002:10, 8002:18, 8015:12, 8019:8, 8020:7, 8033:16
**amounts** [3] - 7959:20, 8001:19, 8002:7
**Amphitheatre** [1] - 8007:6
**analysis** [13] - 7953:7, 7953:13, 7954:2, 7954:15, 7959:11, 7974:12, 7974:18, 7983:5, 7993:25, 7999:9, 8000:7, 8000:10, 8000:22
**analyze** [2] - 7998:25, 8025:13
**Andrew** [2] - 8001:22, 8036:2
**Android** [5] - 8034:25, 8036:8, 8036:17, 8037:12, 8038:12
**anniversary** [1] - 8008:10
**announcement** [1] - 8035:16
**answer** [22] - 7936:2, 7936:10, 7940:3, 7941:20, 7950:23, 7958:21, 7958:25, 7959:9, 7964:3, 7964:11, 7965:1, 7965:10, 7970:20, 7972:24, 7976:5, 7976:13, 7999:2,

7994:23
**area** [1] - 8030:23
**areas** [2] - 8008:18, 8008:19
**arithmetic** [2] - 7949:19, 7950:4
**Artificial** [1] - 8009:9
**artificial** [1] - 8009:10
**Arts** [2] - 8008:14
**aside** [3] - 7957:14, 7968:9, 7982:11
**aspect** [2] - 7966:11, 8021:14
**aspects** [4] - 8015:8, 8015:16, 8021:8, 8022:24
**assessment** [1] - 7978:10
**assessments** [2] - 7953:18, 7976:17
**assigned** [1] - 7961:7
**assignments** [1] - 7988:21
**Assistant** [3] - 8008:9, 8018:3, 8018:8
**assume** [1] - 7987:17
**assumed** [1] - 7999:19
**assuming** [1] - 7949:16
**assumption** [1] - 7997:24
**assumptions** [1] - 7998:5
**attached** [1] - 8031:22
**attempt** [1] - 7945:19
**attempts** [1] - 7990:24
**attend** [1] - 8007:12
**attended** [1] - 7966:15
**Attention** [1] - 8024:13
**attention** [5] - 8016:11, 8021:13, 8022:22, 8038:10, 8038:11
**attorneys** [1] - 7993:19
**attracted** [1] - 8020:8
**attracts** [1] - 8020:10
**August** [1] - 8036:1
**author** [1] - 8024:12
**auto** [6] - 8028:5, 8028:6, 8028:7, 8028:16, 8031:3, 8031:15
**auto-complete** [6] - 8028:5, 8028:6, 8028:7, 8028:16, 8031:3, 8031:15
**available** [3] - 7941:13, 7941:21,

8002:1
**Avenue** [3] - 7930:20, 7931:3, 7931:7
**average** [1] - 8002:8
**aware** [4] - 7941:12, 7988:8, 8005:21, 8039:4

## B

**Baars** [1] - 8009:25
**bad** [4] - 7972:23, 8025:20, 8025:21, 8025:22
**badgering** [1] - 7940:7
**Bailey** [2] - 8030:11, 8030:16
**baked** [1] - 8017:1
**balance** [1] - 8027:18
**base** [1] - 7955:17
**based** [7] - 7977:2, 7977:3, 7997:24, 7998:6, 8000:13, 8020:12, 8024:14
**baseline** [1] - 7973:20
**basis** [1] - 7973:24
**batch** [3] - 7954:8, 7976:10, 7976:15
**became** [3] - 7941:12, 8013:6, 8013:8
**become** [2] - 7971:15, 8018:25
**BEFORE** [2] - 7930:1, 7930:10
**began** [6] - 8013:24, 8027:22, 8038:11, 8038:13, 8038:14, 8040:20
**begin** [5] - 8022:22, 8032:24, 8033:3, 8033:4, 8038:13
**beginning** [4] - 7947:21, 7999:14, 8008:24, 8025:17
**beginnings** [1] - 8027:21
**begins** [1] - 7947:2
**begun** [1] - 7948:9
**behalf** [2] - 7933:6, 7933:7
**behavior** [1] - 7943:19
**behaviors** [1] - 8034:17
**behind** [2] - 7939:4, 8027:1
**Belknap** [1] - 7930:20
**Bell** [1] - 8017:9
**Ben** [3] - 8006:20, 8009:5
**BENCH** [1] - 7930:9

**BENEDICT** [3] - 7932:5, 8006:22, 8007:4
**benedict** [1] - 8007:4
**benefit** [4] - 7948:25, 7949:5, 7999:25, 8000:14
**Bengaluru** [1] - 8007:11
**berdict** [1] - 8024:24
**Berkeley** [4] - 8007:14, 8007:15, 8007:17, 8030:11
**Berra** [4] - 8032:16, 8032:17, 8032:18, 8032:20
**Berra's** [1] - 8032:25
**BERT** [2] - 7937:1, 7937:15
**best** [25] - 7946:25, 7954:14, 7957:20, 7958:3, 7958:4, 7958:5, 7958:15, 7959:5, 7959:11, 7959:14, 7959:15, 7960:6, 7960:8, 7982:9, 7994:15, 8017:14, 8017:18, 8017:24, 8021:2, 8021:7, 8022:17, 8023:22, 8026:22, 8026:24, 8029:17
**better** [16] - 7949:3, 7974:15, 7977:19, 7977:22, 7977:23, 8010:25, 8011:6, 8014:10, 8014:15, 8015:10, 8016:16, 8016:23, 8027:19, 8028:1, 8032:2, 8032:3
**between** [19] - 7961:11, 7962:1, 7963:8, 7964:19, 7971:13, 7977:1, 7977:12, 7995:14, 8002:22, 8003:11, 8003:14, 8003:15, 8010:20, 8032:7, 8032:8, 8032:18, 8032:22, 8032:23, 8033:4
**beyond** [4] - 7935:20, 7941:19, 7974:10, 8021:10
**biasing** [1] - 8004:12
**big** [7] - 7959:12, 7968:6, 7991:18, 8002:11, 8017:20, 8029:25, 8040:9

8004:6, 8004:7, 8032:24, 8033:4, 8039:20
**Answer** [14] - 7946:24, 7947:3, 7957:19, 7957:22, 7958:4, 7965:4, 7970:16, 7970:19, 7981:21, 7982:8, 7982:10, 7985:23, 7986:23, 7988:8
**answered** [1] - 7940:5
**answering** [1] - 7964:16
**anyway** [3] - 7941:18, 7955:25, 7972:23
**apologize** [1] - 8011:9
**app** [2] - 8036:9, 8036:11
**APPEARANCES** [2] - 7930:12, 7931:1
**appearing** [1] - 8036:15
**appendix** [10] - 7947:15, 7947:17, 7947:21, 7947:23, 7948:2, 7948:5, 7965:13, 7965:20, 7965:21, 7983:9
**Apple** [1] - 7946:16
**apples** [1] - 8030:2
**applicable** [1] - 7950:11
**approach** [12] - 7936:14, 7965:15, 7965:25, 7966:17, 7966:20, 7967:3, 7997:9, 8003:6, 8004:14, 8010:17, 8040:2
**Approach** [1] - 8009:9
**appropriate** [8] - 7939:23, 7951:20, 7956:1, 7956:5, 7959:22, 7960:3, 7967:18, 8041:6
**approvals** [1] - 7941:12
**approved** [4] - 7938:1, 7938:2, 7940:22, 7946:23
**approximation** [1] - 8002:12
**apps** [8] - 8035:3, 8035:5, 8035:7, 8035:9, 8036:6, 8036:21, 8036:22
**Apps** [1] - 8036:5
**April** [1] - 7963:9
**architecture** [1] -

**bigger** [3] - 7939:7, 7977:25, 8015:11
**biggest** [1] - 8021:5
**billion** [6] - 8015:4, 8021:9, 8032:5, 8032:6, 8032:21
**billion-page** [1] - 8021:9
**billions** [2] - 8021:11, 8032:22
**binder** [5] - 7976:22, 7985:3, 7985:4, 7986:14, 8001:23
**Bing** [23] - 7946:21, 7949:4, 7949:6, 7949:13, 7952:12, 7952:19, 7954:15, 7954:17, 7954:19, 7957:23, 7968:16, 7969:4, 7975:11, 7977:1, 7977:10, 7977:19, 7977:23, 7995:8, 8000:10, 8001:1, 8002:13, 8004:23, 8005:2
**Bing's** [10] - 7951:25, 7952:5, 7952:14, 7952:23, 7953:2, 7953:4, 7953:11, 7975:19, 7995:6, 8000:8
**Bing-Google** [1] - 7946:21
**Bings** [1] - 7957:17
**bit** [8] - 7937:8, 8009:20, 8021:23, 8022:9, 8025:9, 8029:10, 8040:15, 8041:6
**bits** [1] - 8012:13
**blocks** [1] - 8012:18
**blog** [2] - 8035:16, 8035:23
**blogs** [1] - 8029:8
**blue** [5] - 7990:13, 7990:15, 7990:21, 8028:25, 8029:1
**book** [3] - 8009:7, 8009:8, 8009:19
**booster** [1] - 7967:16
**boosters** [1] - 7967:14
**born** [3] - 8007:10, 8032:19, 8033:2
**boss** [1] - 8009:19
**bother** [1] - 7972:19
**bottom** [4] - 7964:23, 7965:23, 7965:24, 7983:15
**box** [5] - 8036:8, 8036:12, 8037:12,

8037:20
**boxes** [1] - 7936:16
**Brain** [3] - 8013:19, 8014:3, 8014:6
**Brazil** [1] - 8017:16
**break** [5] - 7995:15, 7995:17, 8041:7, 8041:9, 8041:11
**briefly** [2] - 8001:15, 8034:24
**brightness** [3] - 8026:21, 8026:23, 8027:8
**brilliant** [1] - 8024:21
**bring** [5] - 8027:7, 8027:9, 8029:25, 8033:17, 8033:24
**Britney** [2] - 8024:3, 8024:5
**broad** [1] - 7934:12
**broadening** [1] - 8027:3
**broader** [1] - 7991:14
**broadly** [1] - 7945:20
**buggy** [1] - 8012:11
**build** [4] - 8014:14, 8021:11, 8032:8, 8033:6
**building** [9] - 7941:17, 7992:6, 8001:5, 8008:4, 8014:14, 8019:9, 8021:9, 8021:10, 8027:12
**builds** [1] - 7975:6
**built** [6] - 8011:13, 8013:9, 8013:18, 8017:21, 8025:17, 8034:19
**bunch** [5] - 7943:22, 7973:22, 7975:6, 7979:6, 8027:15
**business** [6] - 7963:17, 7978:22, 7980:7, 8004:16, 8004:17, 8007:5
**buzz** [1] - 7971:15
**BY** [19] - 7933:16, 7940:12, 7945:25, 7947:22, 7957:3, 7959:2, 7961:3, 7975:9, 7985:13, 7985:19, 7986:19, 7995:24, 8001:17, 8004:10, 8007:1, 8035:22, 8037:16, 8039:2, 8040:1

---

## C

**California** [1] - 8007:6

**campuses** [1] - 8017:5
**capture** [2] - 7992:5, 8026:4
**captured** [1] - 8032:23
**captures** [2] - 7991:9, 7991:14
**capturing** [1] - 7991:5
**car** [1] - 7933:22
**cardboard** [1] - 8011:15
**care** [3] - 7976:10, 7976:12, 8021:14
**cared** [4] - 7987:20, 8021:1, 8021:2, 8021:8
**career** [1] - 8013:14
**Carmen** [2] - 8032:17, 8032:20
**carve** [1] - 7950:3
**Case** [2] - 7930:3, 8007:13
**case** [14] - 7934:12, 7934:15, 7935:22, 7941:9, 7942:5, 7951:20, 7953:19, 7956:1, 7969:8, 7969:24, 7979:4, 7980:1, 7991:24, 7997:16
**cases** [11] - 7944:6, 7949:2, 7950:3, 7951:6, 7954:1, 7954:13, 7961:13, 7970:3, 7977:16, 7978:6, 8004:25
**catch** [2] - 7952:3, 8025:8
**categories** [1] - 8029:1
**caution** [1] - 7985:10
**CAVANAUGH** [2] - 7930:19, 8001:13
**Cavanaugh** [1] - 7933:6
**celebrities** [1] - 8024:2
**center** [1] - 7998:23
**centers** [7] - 8008:19, 8011:18, 8011:25, 8013:8, 8013:9, 8014:14, 8014:15
**central** [2] - 7987:2, 7987:3
**CEO** [2] - 8008:20, 8040:14
**certain** [9] - 7934:16, 7942:22, 7945:21, 7959:21, 7968:19, 7972:11, 7977:24, 7989:25, 8030:18

**certainly** [11] - 7949:24, 7973:8, 7977:11, 7979:10, 7980:1, 7990:19, 7991:23, 7997:6, 8000:12, 8039:19
**CERTIFICATE** [1] - 8042:1
**certified** [1] - 7980:12
**certify** [1] - 8042:3
**challenge** [1] - 7946:8
**challenged** [2] - 7952:7, 7998:1
**challenging** [2] - 8012:16, 8041:4
**chance** [1] - 7999:8
**change** [13] - 7955:13, 7955:14, 7957:24, 7957:25, 7958:16, 7959:6, 7996:16, 8018:10, 8019:4, 8026:21, 8026:24, 8030:25, 8034:7
**changed** [2] - 7967:21, 8012:22
**changes** [15] - 7937:8, 7951:2, 7951:3, 7957:22, 7958:11, 7958:12, 7958:14, 7959:4, 7966:1, 7966:2, 7966:9, 8019:2, 8019:3, 8030:19, 8031:16
**changing** [6] - 7978:25, 7994:3, 8006:1, 8026:5, 8031:5, 8031:10
**charge** [1] - 8016:19
**chart** [10] - 7987:10, 7991:25, 7992:11, 8038:18, 8038:19, 8038:24, 8039:11, 8039:19, 8039:20, 8039:22
**cheap** [3] - 8011:21, 8012:10, 8012:20
**check** [1] - 7939:21
**checks** [1] - 8004:23
**Chicago** [1] - 7930:17
**chief** [1] - 7998:24
**Chiefs** [1] - 7966:15
**chip** [1] - 7958:1
**choose** [2] - 7998:20, 8026:20
**chose** [3] - 7957:6, 7957:7, 8004:11
**chosen** [1] - 7971:19
**Christian** [1] - 8009:25
**CIA** [1] - 8033:15

**circumscribed** [1] - 8030:21
**citation** [5] - 7983:23, 7984:3, 7984:5, 7987:10, 7987:13
**citations** [1] - 7966:6
**cite** [11] - 7939:13, 7939:18, 7940:1, 7940:13, 7946:9, 7955:1, 7955:2, 7987:22, 7993:7, 7993:20, 8005:5
**cited** [4] - 7939:15, 7939:16, 7993:22
**Civil** [1] - 7933:4
**claims** [1] - 7964:15
**clarification** [3] - 7958:24, 7961:17, 7965:9
**clarified** [1] - 7943:23
**clarify** [1] - 7960:12
**clarifying** [1] - 7945:24
**class** [1] - 7934:10
**Classroom** [1] - 8008:14
**clear** [5] - 7953:9, 7981:25, 7992:25, 8001:3, 8005:15
**clearly** [2] - 7968:22, 7986:24
**Cleveland** [1] - 8007:13
**Cleverdon** [1] - 7960:8
**click** [7] - 7943:7, 7943:8, 7943:15, 7944:1, 7989:17, 8000:1, 8000:15
**clicked** [2] - 7990:13, 8037:5
**clicks** [7] - 7989:13, 7989:14, 7989:16, 7990:6, 7990:7, 7990:10, 7991:11
**clip** [1] - 7982:4
**clips** [1] - 7991:7
**close** [1] - 7956:24
**code** [7] - 7973:5, 7973:7, 7973:11, 7973:12, 7973:14, 7996:17, 7996:22
**codes** [1] - 8007:7
**cognitive** [1] - 8009:13
**colleagues** [1] - 8019:12
**collection** [2] - 7980:2, 8031:7
**college** [2] - 8007:11, 8007:12

Colorado [1] - 7930:19
COLUMBIA [1] - 7930:1
combination [1] - 8010:7
combine [1] - 8034:12
combined [1] - 7981:23
combining [1] - 8033:11
coming [4] - 7954:5, 8024:24, 8026:6, 8039:13
comment [3] - 7999:7, 8039:16, 8039:22
comments [1] - 7983:2
common [2] - 7947:3, 7954:17
commonly [1] - 7951:13
companies [4] - 7959:12, 8003:9, 8013:9, 8017:7
companies' [1] - 8004:17
company [6] - 7988:12, 8006:12, 8008:12, 8008:17, 8009:17, 8040:24
Compaq [1] - 8017:10
comparable [1] - 7944:7
compare [11] - 7954:4, 7954:14, 7954:15, 7954:19, 7956:11, 7959:24, 7960:12, 7960:20, 7960:21, 7960:25, 7995:11
compared [2] - 7956:4, 7991:14
compares [1] - 7975:19
comparing [1] - 7959:20
comparison [4] - 7959:21, 7976:6, 8002:3, 8005:2
comparisons [5] - 8002:22, 8003:11, 8003:14, 8003:18, 8005:24
competitor [1] - 7988:6
competitors [2] - 8034:19, 8034:21
competitors' [1] - 8034:17
complete [9] -

7958:21, 7971:25, 8028:5, 8028:6, 8028:7, 8028:9, 8028:16, 8031:3, 8031:15
completed [2] - 7948:6, 7984:14
completely [1] - 8022:13
completing [1] - 8028:8
complex [2] - 8010:10, 8033:1
complicated [1] - 7952:8
component [2] - 7992:4, 7992:13
Components [1] - 7983:19
components [22] - 7942:24, 7943:2, 7944:8, 7944:22, 7945:15, 7945:21, 7948:20, 7951:23, 7960:18, 7974:5, 7980:14, 7982:23, 7987:16, 7987:18, 7987:19, 7988:18, 7989:6, 7992:2, 8002:11, 8005:8, 8005:11, 8005:12
comprehensive [2] - 7945:20, 8005:17
computation [8] - 7976:1, 8011:5, 8012:6, 8012:21, 8014:7, 8015:12, 8015:13, 8019:17
computational [2] - 8014:9, 8014:10
computationally [1] - 8020:25
computer [6] - 7931:11, 7969:20, 8007:16, 8019:15, 8020:8, 8020:10
computer-aided [1] - 7931:11
computers [7] - 7996:24, 7997:6, 8012:3, 8012:9, 8012:10, 8013:4
computing [4] - 7998:23, 8012:5, 8013:12, 8014:5
concept [2] - 8014:5, 8022:14
concerned [1] - 7975:24
concluded [1] -

8001:21
conclusion [1] - 8000:13
conclusions [2] - 7998:10, 8000:4
condition [2] - 7950:19, 7950:20
conditions [1] - 7978:11
conduct [2] - 7988:4, 7998:1
conducted [1] - 7983:25
confidential [1] - 7936:16
confirm [4] - 7986:7, 7988:23, 8006:10, 8006:11
confirmation [4] - 7961:21, 7962:4, 7963:16, 7964:20
confirmed [1] - 7984:9
confirming [1] - 7987:4
confusion [1] - 8001:20
conjecture [1] - 7979:8
conjecturing [1] - 7942:1
conjunction [1] - 7993:19
connect [1] - 7969:20
connected [2] - 7939:11, 8010:19
connection [2] - 8020:6, 8036:12
connections [2] - 8032:7, 8032:22
connectivity [1] - 8010:20
Connolly [1] - 7931:3
consider [2] - 7939:7, 7960:19
considered [2] - 7946:7, 7994:5
considering [2] - 7952:18, 8003:22
consisted [1] - 8011:14
consistent [2] - 8039:11, 8039:23
consolidate [1] - 7943:10
Constitution [1] - 7931:7
constraints [4] - 7940:25, 7941:1, 7941:6, 7943:3
construct [1] -

7989:24
consumer [1] - 8036:25
consumers [1] - 8037:2
consuming [1] - 7942:25
contact [5] - 7969:23, 7970:5, 7970:15, 7970:16, 7970:18
contacts [2] - 8035:5, 8036:12
contains [1] - 8024:1
content [7] - 7967:10, 8029:17, 8029:19, 8035:3, 8035:4, 8036:5, 8036:10
Context [1] - 8020:23
context [11] - 7947:5, 7947:6, 7952:3, 7958:9, 7959:1, 7959:18, 7959:23, 7982:1, 8008:13, 8010:23, 8032:15
contexts [1] - 7996:13
continually [1] - 7948:20
continue [1] - 8021:21
Continued [1] - 7933:15
continued [6] - 7930:24, 8008:5, 8014:7, 8014:13, 8018:25, 8021:11
CONTINUED [1] - 7931:1
continues [1] - 8036:19
contracts [2] - 7952:1, 7952:7
contributed [1] - 7941:5
contributes [1] - 7949:3
control [1] - 8006:2
controlled [3] - 7966:24, 7966:25, 7999:13
conversation [2] - 7986:24, 8040:17
convert [4] - 8026:25, 8027:8, 8027:9
convinced [1] - 7947:13
coordinated [1] - 7969:25
copied [2] - 8034:19, 8034:20
Core [1] - 8018:2
core [2] - 7983:4

corner [1] - 8035:11
corpra [1] - 8030:5
corpus [3] - 8024:15, 8024:19, 8025:3
correct [34] - 7940:14, 7940:21, 7942:7, 7942:21, 7943:3, 7943:6, 7943:13, 7943:16, 7944:2, 7944:17, 7952:2, 7959:11, 7965:16, 7968:13, 7974:7, 7981:21, 7982:8, 7984:8, 7984:10, 7988:24, 7991:8, 7997:18, 7997:21, 7997:23, 8000:3, 8000:5, 8000:9, 8002:20, 8024:16, 8024:24, 8025:1, 8025:11, 8026:8, 8042:4
correction [8] - 8012:12, 8015:15, 8023:18, 8023:25, 8024:7, 8024:14, 8024:22, 8025:20
corrections [1] - 8025:23
correctly [1] - 8023:14
counsel [9] - 7946:8, 7969:23, 7969:25, 7970:6, 7970:8, 7970:19, 7985:16, 7986:15, 8005:19
count [1] - 7970:8
counting [1] - 7968:18
countries [3] - 7979:9, 7979:11, 7979:21
country [1] - 7979:22
counts [1] - 7934:19
couple [3] - 8014:22, 8015:2, 8017:6
course [12] - 7944:19, 7975:22, 7978:21, 7978:24, 7980:7, 7989:2, 8004:16, 8004:23, 8020:17, 8039:7, 8041:8
COURT [32] - 7930:1, 7933:8, 7933:13, 7940:11, 7945:4, 7945:12, 7945:23, 7947:19, 7956:24, 7958:23, 7960:11, 7961:1, 7974:21, 7995:17, 7995:22, 8001:11, 8001:14, 8004:6, 8006:16, 8006:23, 8012:24,

8035:20, 8037:10,
8037:13, 8037:15,
8038:22, 8038:25,
8039:21, 8041:8,
8041:13, 8042:1,
8042:9
**Court** [8] - 7931:7,
7948:18, 7948:21,
7978:14, 7984:5,
7991:25, 8008:1,
8037:18
**court** [3] - 7933:2,
7995:21, 8007:3
**Court's** [1] - 7995:15
**COURTROOM** [1] -
7933:3
**cover** [3] - 7934:10,
7945:20, 7995:8
**covert** [2] - 7980:25,
7981:3
**COVID** [2] - 8008:24
**crack** [1] - 8027:23
**Cranfield** [1] -
7953:21
**crawl** [3] - 8014:24,
8014:25, 8015:3
**crawling** [3] -
8013:15, 8015:6,
8036:10
**crawling/indexing** [1]
- 8008:4
**create** [2] - 8003:1,
8015:22
**created** [1] - 7978:21
**creating** [2] - 7978:20,
8029:8
**credence** [1] -
7971:16
**credit** [1] - 8006:11
**crop** [1] - 8034:21
**CROSS** [1] - 7933:15
**Cross** [1] - 7932:4
**CROSS-
EXAMINATION** [1] -
7933:15
**Cross-Examination..
...........** [1] - 7932:4
**CRR** [1] - 7931:7
**crucial** [3] - 7955:10,
7955:18
**crumbled** [1] -
8024:24
**Culture** [1] - 8008:14
**culture** [9] - 8015:18,
8015:20, 8015:22,
8016:10, 8017:1,
8018:10, 8018:24,
8019:2
**current** [5] - 7936:7,
7953:1, 7989:9,

7996:6, 8002:13
**cuts** [1] - 8002:6
**czar** [1] - 8016:19

# D

**D.C** [4] - 7930:5,
7930:14, 7931:4,
7931:8
**DAHLQUIST** [6] -
7930:15, 8035:19,
8038:21, 8038:23,
8039:18, 8039:25
**Dar** [1] - 8007:10
**data** [82] - 7937:1,
7937:4, 7937:16,
7943:5, 7943:9,
7943:10, 7943:12,
7943:13, 7943:15,
7943:16, 7943:25,
7944:1, 7944:9,
7944:17, 7945:6,
7945:8, 7945:18,
7948:25, 7949:3,
7949:6, 7949:14,
7953:11, 7959:7,
7959:12, 7959:20,
7966:23, 7968:12,
7968:16, 7968:17,
7971:10, 7971:13,
7971:14, 7974:25,
7975:1, 7975:6,
7983:1, 7986:22,
7986:25, 7987:4,
7987:7, 7988:16,
7988:18, 7989:1,
7989:25, 7990:1,
7990:4, 7994:25,
7996:17, 7996:22,
7997:25, 7998:3,
7998:15, 7999:9,
7999:20, 8000:21,
8001:4, 8001:6,
8001:19, 8001:24,
8001:25, 8002:10,
8002:17, 8008:19,
8011:18, 8011:25,
8013:8, 8013:9,
8014:14, 8014:15,
8029:7, 8029:9,
8033:7, 8033:11,
8033:16, 8034:2,
8034:3, 8034:4,
8034:6, 8034:12,
8039:7
**DATE** [1] - 8042:9
**date** [6] - 7962:12,
7993:9, 8007:23,
8008:23, 8030:14,
8035:23

**dated** [1] - 7963:3
**dates** [1] - 7934:16
**dating** [1] - 7966:14
**David** [1] - 8030:11
**DAVID** [1] - 7930:15
**DAY** [1] - 7930:9
**days** [9] - 7962:10,
7975:4, 7984:11,
8014:21, 8017:3,
8018:11, 8018:18,
8019:11, 8024:9
**deal** [1] - 7991:4
**dealing** [1] - 8032:4
**Dean** [5] - 8013:2,
8013:12, 8013:13,
8013:14, 8024:23
**DEC** [1] - 8017:9
**decade** [1] - 7966:3
**decide** [3] - 7955:21,
7958:1, 8009:24
**decided** [7] - 7955:23,
7955:24, 7971:17,
8008:10, 8008:11,
8037:5, 8037:22
**decision** [7] -
7940:17, 7944:24,
7945:2, 7951:17,
7955:22, 7962:25,
7977:7
**decisions** [3] -
7963:16, 7964:15,
7965:3
**dedicated** [1] -
8036:20
**deeply** [1] - 8017:1
**DeepRank** [2] -
7936:25, 7937:15
**default** [1] - 8013:8
**DEFENDANT** [2] -
7933:12, 8006:22
**Defendant** [2] -
7930:7, 7931:2
**defense** [2] - 7936:15,
7936:18
**defined** [1] - 7980:11
**definitions** [1] -
7996:12
**degree** [1] - 8007:15
**delay** [1] - 8034:19
**delivered** [1] - 7972:3
**demo** [1] - 8018:18
**demonstrative** [2] -
8009:2, 8038:16
**Department** [5] -
7930:13, 7930:16,
7952:12, 7972:17,
8005:19
**deposed** [1] - 8006:13
**deposition** [19] -
7935:1, 7935:3,

7935:6, 7935:14,
7935:19, 7938:10,
7939:2, 7943:17,
7943:22, 7955:1,
7956:9, 7956:25,
7964:22, 7970:11,
7971:12, 7971:24,
7987:21, 7987:22,
7988:2
**DEPUTY** [1] - 7933:3
**describe** [5] -
7951:16, 7987:19,
7991:18, 8005:8,
8015:18
**described** [4] -
7947:24, 7966:18,
7978:13, 8036:3
**describes** [1] -
7987:16
**description** [1] -
7983:1
**design** [1] - 7938:6
**designed** [1] - 7938:8
**designing** [2] -
7938:11, 7941:9
**designs** [1] - 7978:3
**desks** [1] - 8009:4
**desktop** [20] -
7954:22, 7977:6,
7977:9, 7977:12,
7977:19, 7977:25,
7978:4, 7981:1,
7981:3, 7981:10,
7981:20, 7981:22,
7981:23, 7982:6,
7982:12, 8039:5,
8039:13, 8041:2,
8041:4
**detail** [3] - 7965:8,
7972:20, 7984:7
**detailed** [1] - 7959:7
**details** [11] - 7947:25,
7948:1, 7953:1,
7953:8, 7971:8,
7979:24, 7992:25,
7993:13, 7993:15,
7998:3, 8013:4
**determination** [1] -
7944:10
**determine** [1] - 7989:8
**determines** [1] -
7993:3
**developed** [1] -
7955:8
**developing** [2] -
7994:21, 8029:6
**device** [5] - 7977:25,
7978:1, 8034:24,
8036:25, 8037:23
**dictionary** [2] -

8024:1, 8024:2
**died** [1] - 7997:7
**differ** [1] - 8004:2
**difference** [13] -
7955:14, 7976:16,
7977:12, 7977:17,
7978:4, 7978:7,
7980:3, 7986:9,
7998:14, 8002:21,
8002:23, 8026:23
**different** [81] -
7937:20, 7937:22,
7941:15, 7943:8,
7945:14, 7945:19,
7950:20, 7950:22,
7951:16, 7952:25,
7954:1, 7954:5,
7954:13, 7954:16,
7954:24, 7954:25,
7955:9, 7955:16,
7956:2, 7958:10,
7959:16, 7959:20,
7959:24, 7960:1,
7960:13, 7960:16,
7960:24, 7965:4,
7972:12, 7972:13,
7975:20, 7975:22,
7977:14, 7977:17,
7978:1, 7978:2,
7978:10, 7978:11,
7979:5, 7979:8,
7979:10, 7979:12,
7981:4, 7982:3,
7987:6, 7989:11,
7989:21, 7991:1,
7994:22, 7996:2,
7996:12, 7996:13,
7998:12, 7998:13,
8003:11, 8003:17,
8003:18, 8004:1,
8004:9, 8005:14,
8008:6, 8008:12,
8022:24, 8029:9,
8029:16, 8029:17,
8029:19, 8029:22,
8030:3, 8030:5,
8033:8, 8033:13,
8034:4, 8034:7,
8034:12
**differentiate** [1] -
8020:20
**differentiated** [1] -
8021:25
**differently** [1] -
8018:12
**diminishing** [5] -
7998:14, 8000:21,
8000:23, 8001:2,
8001:19
**DINTZER** [22] -

7930:13, 7933:11, 7933:16, 7940:9, 7940:12, 7945:25, 7947:22, 7957:3, 7959:2, 7961:3, 7975:9, 7985:7, 7985:13, 7985:16, 7985:19, 7986:18, 7986:19, 7995:14, 7995:23, 7995:24, 8001:9, 8004:4

**Dintzer** [3] - 7933:6, 7958:21, 7995:22

**direct** [2] - 7969:14, 7969:17

**Direct** [1] - 7932:5

**DIRECT** [1] - 8006:25

**directed** [2] - 8016:1, 8040:16

**direction** [2] - 8019:9, 8040:23

**directionally** [2] - 8038:18, 8038:20

**disadvantage** [1] - 7974:16

**discovery** [2] - 7939:21, 7953:4

**discuss** [1] - 8041:10

**discussed** [4] - 7971:12, 7993:15, 7997:19

**discussing** [1] - 7941:10

**discussion** [7] - 7939:19, 7944:24, 7956:18, 7986:12, 7988:1, 7992:23, 7993:16

**discussions** [5] - 7965:5, 7970:7, 7971:5, 7972:13, 7973:2

**disk** [1] - 8015:10

**displays** [1] - 7977:24

**distinguish** [2] - 7971:13, 7991:23

**distribute** [1] - 8011:10

**distributed** [4] - 7949:25, 8012:4, 8013:12, 8014:5

**DISTRICT** [3] - 7930:1, 7930:1, 7930:10

**document** [11] - 7936:18, 7964:21, 7972:6, 8026:19, 8026:24, 8033:10, 8035:13, 8035:15, 8036:13, 8036:14, 8037:17

**documentation** [1] - 8005:16

**documents** [35] - 7935:5, 7935:19, 7935:20, 7935:21, 7935:22, 7935:23, 7935:24, 7936:4, 7936:5, 7936:6, 7939:21, 7948:13, 7953:3, 7965:4, 7968:19, 7968:24, 7972:2, 7972:3, 7973:2, 7977:20, 7977:21, 7977:22, 7980:10, 7988:17, 7993:20, 7993:21, 8005:13, 8021:6, 8026:22, 8026:24, 8027:2, 8027:4, 8027:7, 8027:9, 8032:11

**Dogpile** [1] - 8020:16

**DOJ** [2] - 7930:13, 7933:6

**done** [49] - 7939:23, 7944:14, 7944:16, 7944:19, 7948:3, 7948:12, 7952:13, 7953:23, 7956:3, 7956:7, 7956:11, 7956:13, 7956:17, 7956:21, 7957:4, 7957:22, 7958:10, 7959:17, 7960:18, 7963:6, 7963:7, 7963:9, 7969:8, 7973:9, 7973:24, 7976:10, 7976:14, 7976:15, 7980:19, 7982:11, 7986:22, 7986:25, 7987:13, 7987:21, 7987:24, 7988:10, 7988:13, 7988:23, 7988:25, 7989:2, 7993:12, 7993:18, 7997:10, 8003:2, 8004:12, 8024:10, 8026:16, 8034:11

**door** [1] - 8012:18

**double** [1] - 7998:15

**doubled** [1] - 7998:3

**down** [10] - 7935:19, 7947:12, 7947:23, 7956:6, 8009:21, 8012:8, 8012:24, 8027:11, 8036:2, 8039:19

**downloaded** [1] - 8036:21

**downsample** [4] - 7989:19, 7989:21, 7990:1, 7990:5

**downsampled** [1] - 7989:19

**Dr** [24] - 7933:10, 7933:13, 7939:12, 7939:19, 7939:24, 7943:8, 7955:18, 7956:24, 7980:12, 8001:12, 8001:18, 8005:5, 8005:6, 8006:7, 8007:2, 8007:9, 8011:11, 8030:16, 8035:1, 8037:17, 8038:17, 8039:3, 8040:2

**dramatic** [1] - 8026:6

**DRE** [41] - 7937:5, 7937:17, 7937:24, 7938:6, 7938:8, 7938:11, 7938:25, 7940:22, 7940:25, 7941:4, 7941:14, 7941:22, 7944:16, 7953:22, 7956:3, 7962:22, 7963:12, 7966:17, 7969:8, 7969:11, 7969:17, 7969:23, 7970:5, 7970:14, 7970:25, 7971:17, 7971:22, 7972:7, 7972:9, 7972:20, 7972:25, 7973:5, 7973:18, 7978:8, 7990:2, 7992:2, 7996:7, 7996:10, 7999:24, 8001:24, 8005:11

**DRE's** [1] - 7953:15

**DREs** [2] - 7944:12, 7944:14

**drifts** [1] - 8027:17

**drive** [1] - 8012:2

**driven** [3] - 8033:19, 8033:21, 8033:22

**drives** [1] - 8011:15

**drove** [1] - 8025:6

**DuckDuckGo** [1] - 7995:12

**due** [3] - 7940:20, 7962:11, 8006:11

**duration** [1] - 7943:15

**during** [3] - 7971:23, 8008:24, 8037:7

**DX** [1] - 7960:7

**DX019** [1] - 8001:22

**DX108** [1] - 7960:10

**DX2035** [4] - 8035:2, 8035:18, 8035:21

**DX2035.....................
............................** [1] - 7932:9

**DXD17.016** [1] - 7936:16

**DXD26.004** [1] - 7992:1

**DXD26004** [1] - 7982:20

# E

**e-mails** [1] - 8024:25

**earliest** [1] - 8011:12

**early** [9] - 8013:20, 8014:21, 8017:3, 8018:10, 8019:11, 8021:19, 8026:15, 8028:21, 8040:4

**easily** [1] - 8010:24

**easy** [1] - 7992:9

**ecosystem** [1] - 8031:13

**Education** [2] - 8008:11, 8008:13

**EDWARD** [2] - 7932:4, 7933:12

**effect** [4] - 7967:15, 7968:12, 7974:12, 7977:20

**efficient** [1] - 8003:10

**efficiently** [1] - 8030:8

**effort** [3] - 7960:2, 8013:19, 8013:20

**efforts** [3] - 8008:18, 8035:8

**eggs** [1] - 8024:24

**either** [3] - 7967:19, 7994:12, 8006:7

**element** [1] - 7967:21

**elements** [7] - 7955:9, 7986:7, 7987:2, 7987:3, 7987:11, 7990:25, 7992:10

**emphasize** [1] - 7955:18

**empirical** [1] - 8000:24

**employee** [1] - 8016:3

**employees** [6] - 7946:22, 7970:24, 7971:21, 8005:5, 8009:22, 8018:5

**encourage** [1] - 8018:14

**end** [5] - 8008:8, 8011:23, 8022:12, 8022:16

**ended** [2] - 8014:18, 8023:2, 8025:15

**ends** [1] - 7937:20

**engine** [5] - 7952:14, 8010:25, 8011:1, 8020:18, 8029:10

**engineer** [2] - 8008:5, 8016:3

**engineering** [2] - 7941:13, 7941:21

**engineers** [12] - 7938:4, 7938:6, 7938:11, 7944:22, 7971:10, 7971:14, 7973:12, 8012:1, 8013:17, 8019:5

**engines** [10] - 7954:16, 7994:18, 7994:22, 7995:12, 8010:16, 8020:14, 8020:21, 8029:8, 8029:16

**enormous** [1] - 7960:2

**entire** [3] - 7984:6, 7984:13, 8015:6

**entities** [5] - 8032:10, 8032:15, 8032:22, 8032:23, 8033:4

**entitled** [1] - 8042:5

**entity** [4] - 8032:16, 8032:17

**environment** [3] - 7996:1, 7996:11, 8015:24

**equipment** [1] - 7969:14

**equivalent** [1] - 7988:6

**error** [1] - 8012:12

**es** [1] - 8007:10

**especially** [3] - 7948:23, 7953:5, 7994:18

**ESQ** [5] - 7930:13, 7930:15, 7930:19, 7931:2, 7931:2

**essentially** [2] - 7965:17, 7974:17

**establish** [1] - 7937:14

**estimates** [2] - 7975:7, 8028:15

**et** [2] - 7930:3, 7933:4

**Europe** [1] - 8007:20

**European** [3] - 7944:18, 7979:12, 8025:16

**evaluate** [4] - 7957:17, 7962:23, 7963:13, 7976:8

**evaluated** [2] - 7982:5, 7982:6

**evaluating** [1] - 7966:1
**evaluation** [11] - 7946:23, 7947:1, 7947:12, 7955:9, 7955:11, 7957:21, 7957:25, 7972:17, 7982:5, 8016:14, 8019:1
**evaluations** [1] - 7957:22
**evenly** [1] - 7949:25
**eventually** [6] - 8008:7, 8013:6, 8014:16, 8015:16, 8017:20, 8037:3
**everywhere** [1] - 8017:14
**evidence** [5] - 7955:11, 7960:10, 8000:24, 8035:18, 8035:21
**evident** [1] - 7994:22
**evolve** [1] - 8027:22
**evolved** [1] - 7952:23
**exact** [6] - 7994:24, 7996:1, 7996:10, 7996:13, 8026:19, 8039:16
**exactly** [7] - 7965:7, 7972:9, 7994:24, 7996:13, 7996:21, 8022:14, 8028:3
**EXAMINATION** [3] - 7933:15, 8001:16, 8006:25
**examination** [1] - 8001:12
**Examination............** [1] - 7932:4
**Examination............** [1] - 7932:5
**Examination............** . [1] - 7932:4
**example** [2] - 7934:17, 8032:14
**examples** [1] - 7959:7
**excellent** [1] - 7993:2
**except** [2] - 7939:12, 7944:18
**exception** [2] - 7966:2, 7966:8
**Exhibit** [1] - 8035:21
**EXHIBITS** [1] - 7932:8
**exist** [1] - 7935:13
**existed** [3] - 7986:6, 8020:21, 8033:7
**exists** [1] - 8033:8
**expanded** [1] - 8028:14

**expensive** [5] - 7942:25, 8011:3, 8019:17, 8020:25, 8030:5
**experience** [5] - 7944:11, 7971:2, 7971:6, 8009:10
**experiment** [90] - 7940:17, 7947:7, 7947:13, 7947:24, 7947:25, 7948:1, 7948:2, 7948:5, 7948:9, 7948:11, 7949:5, 7950:12, 7950:14, 7950:18, 7950:24, 7951:3, 7951:7, 7951:9, 7951:18, 7951:19, 7953:15, 7953:23, 7953:24, 7954:1, 7954:4, 7955:17, 7955:19, 7955:21, 7956:11, 7956:13, 7956:21, 7956:22, 7956:23, 7957:4, 7958:10, 7958:11, 7958:17, 7958:18, 7959:19, 7959:23, 7963:6, 7963:7, 7963:9, 7963:25, 7964:18, 7965:7, 7965:15, 7967:2, 7968:13, 7973:13, 7977:9, 7978:14, 7979:3, 7984:13, 7985:22, 7985:23, 7986:2, 7986:6, 7986:8, 7986:11, 7986:22, 7986:25, 7987:7, 7987:12, 7988:4, 7988:16, 7988:25, 7990:4, 7993:12, 7996:4, 7996:5, 7996:6, 7996:18, 7997:5, 7997:9, 7997:19, 7998:16, 7998:17, 7998:20, 8003:1, 8003:3, 8005:9, 8005:22, 8038:13, 8038:15
**Experiment** [1] - 7983:20
**experiment's** [1] - 7996:1
**experimented** [1] - 8035:9
**experiments** [36] - 7948:20, 7948:23, 7949:7, 7949:8,

7949:10, 7949:11, 7949:13, 7949:15, 7949:16, 7949:22, 7950:1, 7950:2, 7950:5, 7950:7, 7951:1, 7951:8, 7951:12, 7954:22, 7955:10, 7955:12, 7959:25, 7967:6, 7968:6, 7970:25, 7971:7, 7975:18, 7977:8, 7987:22, 7987:24, 7988:8, 7988:18, 7989:1, 7998:25, 8003:22, 8004:13
**expert** [1] - 7973:10
**expertise** [1] - 8026:20
**explain** [7] - 7939:5, 7948:13, 7974:11, 7974:22, 7987:11, 7994:15, 8037:18
**explained** [4] - 7943:18, 7943:22, 7974:2, 7977:21
**explains** [1] - 7980:13
**explanation** [1] - 7998:2
**exploratory** [1] - 7999:9
**explore** [2] - 7999:10, 8000:18
**exposed** [1] - 7938:20
**extend** [1] - 7991:4
**extent** [1] - 8030:18
**extra** [2] - 7974:16, 7974:17
**extracting** [1] - 8034:2

## F

**faced** [1] - 7940:25
**fact** [6] - 7955:2, 7974:15, 7982:17, 7988:11, 8004:20, 8006:9
**Factbook** [1] - 8033:15
**factors** [1] - 7954:25
**facts** [1] - 7963:19
**false** [1] - 8030:10
**familiar** [3] - 7984:24, 8023:17, 8035:13
**familiarity** [1] - 8023:4
**famous** [1] - 8024:13
**far** [7] - 7937:12, 7937:19, 7951:4, 7969:10, 7969:11, 7970:2, 8010:25

**fashion** [3] - 7941:8, 8024:20, 8038:18
**faster** [5] - 7940:3, 8014:15, 8019:18, 8028:11
**feasibility** [3] - 7940:25, 7941:1, 7941:5
**feature** [7] - 7966:1, 7993:4, 8034:20, 8036:7, 8036:15, 8037:1, 8037:23
**features** [8] - 7954:24, 7977:21, 7977:24, 7990:12, 7990:20, 8030:24, 8031:6, 8031:9
**February** [3] - 7938:1, 7940:17, 7941:5
**February/March** [1] - 7951:22
**fed** [1] - 7981:10
**feed** [2] - 7975:6, 7992:5
**fellow** [1] - 8014:4
**felt** [1] - 8028:1
**few** [5] - 7975:4, 8018:20, 8019:3, 8028:25, 8037:6
**fewer** [1] - 8026:9
**field** [5] - 7950:9, 7967:24, 7968:1, 7968:3, 8005:24
**figure** [11] - 7935:5, 7951:11, 7976:20, 7976:21, 8023:18, 8024:18, 8025:14, 8034:1, 8034:2, 8034:3, 8034:9
**figured** [1] - 8024:15
**figuring** [1] - 8024:6
**filed** [1] - 7984:11
**final** [2] - 7941:12, 7945:2
**finally** [1] - 8026:11
**first** [38] - 7939:18, 7940:1, 7940:6, 7940:13, 7940:14, 7940:20, 7945:9, 7945:11, 7946:2, 7946:6, 7946:9, 7946:13, 7962:14, 7982:18, 7988:25, 8002:3, 8002:12, 8002:14, 8003:6, 8005:10, 8005:21, 8006:8, 8007:20, 8009:2, 8009:4, 8014:22, 8015:6, 8019:14, 8020:13,

8023:11, 8027:14, 8034:1, 8036:2, 8036:19, 8037:21, 8040:17, 8040:18
**fit** [4] - 7942:23, 7974:1, 8014:5, 8026:16
**five** [11] - 7944:16, 7962:24, 7963:5, 7963:15, 7963:18, 7963:23, 7964:14, 7965:5, 7994:3, 7995:14, 8030:7
**fix** [3] - 8011:25, 8012:2, 8012:3
**fixing** [1] - 8026:2
**flip** [2] - 7988:3, 8012:13
**focus** [7] - 7956:25, 7989:14, 8017:1, 8030:23, 8030:24, 8035:23, 8041:3
**focused** [2] - 7975:16, 7979:9
**focuses** [2] - 7990:21, 7991:7
**focusing** [1] - 8040:5
**folks** [1] - 8017:11
**follow** [4] - 7952:17, 7960:13, 7981:9, 8016:13
**followed** [4] - 7951:13, 7951:14, 7957:8, 8014:6
**following** [1] - 7986:20
**footage** [2] - 8011:19, 8011:20
**footnote** [12] - 7962:19, 7963:14, 7964:15, 7964:21, 7980:14, 7984:2, 7984:20, 7993:21, 8005:19, 8006:6
**footnotes** [3] - 7980:12, 8005:4, 8006:8
**FOR** [3] - 7930:1, 7933:12, 8006:22
**foregoing** [1] - 8042:3
**forget** [1] - 8018:20
**forgetting** [1] - 7935:16
**form** [2] - 7950:12, 7954:25
**format** [1] - 8034:7
**forms** [1] - 8033:8
**formulate** [2] - 8028:10, 8028:19
**forth** [5] - 7943:18,

7955:10, 7956:18, 7969:25, 7990:18

**forward** [3] - 7936:13, 7940:11, 8036:13

**foundation** [2] - 8038:21, 8039:1

**four** [5] - 7963:5, 7993:12, 8011:14, 8025:16, 8030:6

**Fox** [12] - 7933:10, 7933:13, 7933:17, 7956:24, 7985:20, 7986:21, 7995:25, 8001:12, 8001:18, 8004:19, 8006:14, 8006:16

**FOX** [2] - 7932:4, 7933:12

**fraction** [3] - 7949:10, 8040:16, 8040:22

**frame** [5] - 7963:7, 8015:7, 8027:23, 8040:4, 8040:5

**free** [1] - 8015:25

**freeze** [2] - 8005:22, 8006:2

**freezing** [2] - 8005:18, 8005:23

**French** [1] - 8025:22

**fresh** [9] - 7966:15, 7967:9, 7967:10, 7968:16, 7968:20, 7968:21, 7968:24, 7969:4, 7969:5

**freshness** [18] - 7966:2, 7966:9, 7966:11, 7966:21, 7966:22, 7967:1, 7967:4, 7967:8, 7967:12, 7967:13, 7967:17, 7967:21, 7967:23, 7968:13, 7968:18, 8029:12, 8029:23

**freshness-related** [2] - 7966:2, 7966:9

**friend** [1] - 8009:25

**front** [4] - 7962:13, 8035:1, 8037:17, 8039:11

**frontiers** [1] - 8010:11

**frontline** [1] - 7991:13

**froze** [1] - 7965:17

**frozen** [3] - 7967:5, 8002:1, 8002:2

**full** [2] - 7975:1, 8007:2

**function** [1] - 7953:11

**functionality** [1] - 8037:11

**functions** [1] - 7995:9

**fundamental** [1] - 8010:21

**fundamentally** [1] - 8014:8

**funky** [1] - 8024:3

**future** [1] - 8012:6

## G

**G-o-m-e-s** [1] - 8007:4

**game** [1] - 7966:15

**gap** [3] - 7976:20, 7977:1, 7977:5

**garnered** [1] - 8022:7

**gather** [1] - 8016:15

**gears** [1] - 8034:23

**general** [12] - 7934:11, 7937:10, 7941:23, 7943:1, 7943:19, 7945:16, 7953:2, 7953:21, 7980:1, 7991:10, 7995:11, 7998:19

**generalize** [2] - 7945:18, 7991:4

**generally** [1] - 8039:23

**generates** [1] - 7978:16

**Geoff** [4] - 8013:21, 8013:22, 8014:11, 8015:20

**Ghemavat** [1] - 8013:16

**Ghemawat** [1] - 8013:3

**Giannandrea** [3] - 7945:3, 7946:14, 7946:18

**Giannandrea's** [2] - 7957:9, 7981:13

**given** [4] - 8000:17, 8024:9, 8026:5, 8038:18

**Glue** [33] - 7944:4, 7945:16, 7945:19, 7946:1, 7946:2, 7946:4, 7946:5, 7946:7, 7946:9, 7946:11, 7946:12, 7990:24, 7991:2, 7991:3, 7991:6, 7991:7, 7991:14, 7991:16, 7991:18, 7991:20, 7992:2, 7992:4, 7992:7, 7992:8, 7992:10, 7992:12, 7992:14, 7992:20, 7992:24,

7993:17, 7994:1, 7995:9

**goal** [3] - 7998:21, 8015:3, 8018:19

**GOMES** [2] - 7932:5, 8006:22

**Gomes** [7] - 8006:20, 8006:23, 8007:2, 8007:4, 8007:9, 8011:11, 8041:9

**gomes** [5] - 8035:1, 8037:17, 8038:17, 8039:3, 8040:2

**GOOGLE** [1] - 7930:6

**Google** [171] - 7933:5, 7933:7, 7934:25, 7935:13, 7937:7, 7938:3, 7938:4, 7938:6, 7938:11, 7938:24, 7940:22, 7941:4, 7944:3, 7944:8, 7944:9, 7946:15, 7946:21, 7948:20, 7948:23, 7949:6, 7949:7, 7949:17, 7950:5, 7951:14, 7952:1, 7952:6, 7954:19, 7954:22, 7955:22, 7956:4, 7956:12, 7956:19, 7961:5, 7961:23, 7962:23, 7962:24, 7963:12, 7963:15, 7963:23, 7964:9, 7964:17, 7964:18, 7965:2, 7965:17, 7966:1, 7968:4, 7968:6, 7968:8, 7968:9, 7968:16, 7968:17, 7968:25, 7969:3, 7969:8, 7969:22, 7970:1, 7970:7, 7970:24, 7971:2, 7971:10, 7971:14, 7971:17, 7971:19, 7971:21, 7972:6, 7972:19, 7972:25, 7973:7, 7973:10, 7975:10, 7975:18, 7975:20, 7976:6, 7977:1, 7977:7, 7977:10, 7977:19, 7978:16, 7978:17, 7978:19, 7978:23, 7979:15, 7980:4, 7980:16, 7988:4, 7988:10, 7988:21, 7991:22, 7995:11, 7996:11, 7997:4,

8000:13, 8000:14, 8000:16, 8000:18, 8000:20, 8000:21, 8001:2, 8001:3, 8002:5, 8002:9, 8002:12, 8002:16, 8002:18, 8002:24, 8003:9, 8004:22, 8005:5, 8005:13, 8006:4, 8006:20, 8007:22, 8007:23, 8008:2, 8008:4, 8008:10, 8008:14, 8008:15, 8008:21, 8009:11, 8009:22, 8009:24, 8010:1, 8010:4, 8010:14, 8010:16, 8011:12, 8012:5, 8013:13, 8013:14, 8013:17, 8013:19, 8013:22, 8014:3, 8014:4, 8014:6, 8014:23, 8015:18, 8015:20, 8016:8, 8017:3, 8018:1, 8018:6, 8020:13, 8020:20, 8021:20, 8021:22, 8021:25, 8023:6, 8023:9, 8025:4, 8025:7, 8027:23, 8028:12, 8031:4, 8031:7, 8033:19, 8033:24, 8033:25, 8034:17, 8035:16, 8037:22, 8038:5, 8038:9, 8039:3, 8039:4, 8039:8, 8040:2

**Google's** [21] - 7942:24, 7944:22, 7948:25, 7949:3, 7951:1, 7969:14, 7969:20, 7969:23, 7970:5, 7973:12, 7975:23, 7987:16, 7995:5, 7997:25, 8000:2, 8000:6, 8000:17, 8001:25, 8004:16, 8025:10, 8026:1

**Googles** [1] - 7957:16

**government** [3] - 7934:22, 7939:20, 7980:19

**Grad** [1] - 8015:24

**grad** [3] - 8007:14, 8013:23, 8014:1

**grade** [2] - 7953:15, 7961:9

**graded** [3] - 7953:24, 7954:8, 7994:4

**grading** [3] - 7961:5, 7961:6, 7961:19

**gradually** [1] - 8028:12

**graduate** [2] - 8009:12, 8015:22

**Graph** [14] - 8021:20, 8031:18, 8031:19, 8031:20, 8032:2, 8032:5, 8033:6, 8033:18, 8033:22, 8033:25, 8034:13

**greatly** [1] - 8028:14

**grew** [2] - 8007:10, 8015:11

**grounding** [1] - 8032:1

**group** [1] - 8009:13

**Group** [1] - 8033:13

**grow** [1] - 8007:9

**growing** [2] - 8029:6, 8040:9

**guess** [8] - 7939:5, 7941:11, 7944:21, 7948:4, 7952:12, 7986:3, 7991:21, 7999:20

**guys** [1] - 7940:11

## H

**Haahr** [18] - 7938:15, 7939:8, 7939:10, 7939:13, 7939:22, 7939:24, 7962:2, 7962:4, 7962:5, 7963:20, 7965:2, 7965:8, 7972:16, 7993:8, 7993:16, 8005:6, 8006:7

**HAAHR** [1] - 7938:15

**half** [1] - 8007:21

**hand** [1] - 8035:11

**handed** [1] - 7947:18

**handing** [1] - 7936:15

**handle** [1] - 8012:15

**happy** [1] - 8020:4

**hard** [9] - 7950:4, 7953:4, 8006:17, 8011:15, 8012:2, 8012:9, 8014:8, 8019:16, 8029:18

**harder** [1] - 7942:2

**hardware** [1] - 8014:17

**harm** [2] - 8027:10, 8027:16

**head** [9] - 7971:25,

8014:3, 8017:25,
8018:1, 8018:2,
8018:3, 8018:11,
8037:8, 8039:8
**heading** [1] - 7983:19
**heard** [7] - 7946:15,
7965:6, 7977:13,
7977:14, 7990:17,
7998:2, 8039:24
**held** [1] - 8008:2
**help** [3] - 7950:8,
8028:8
**helpful** [1] - 7950:9
**helps** [2] - 8028:10,
8028:19
**high** [15] - 7960:17,
7960:20, 7960:21,
7997:16, 7997:24,
7998:7, 8002:15,
8002:23, 8003:13,
8003:14, 8003:16,
8008:1, 8009:25,
8021:18, 8031:19
**high-level** [1] - 8008:1
**Hilton** [5] - 8031:23,
8033:9, 8033:10,
8033:12, 8033:13
**himself** [3] - 7987:8,
7987:13, 8010:5
**Hinton** [2] - 8013:22
**hired** [2] - 7953:15,
7953:18
**hiring** [1] - 8018:14
**history** [3] - 7980:8,
7996:16, 8021:19
**hold** [1] - 8038:17
**home** [3] - 8022:18,
8022:20, 8037:19
**Honor** [21] - 7933:3,
7933:11, 7933:14,
7936:14, 7940:5,
7940:10, 7958:20,
7985:7, 7995:15,
7995:23, 8001:9,
8001:13, 8001:15,
8004:4, 8006:19,
8006:20, 8035:17,
8035:19, 8038:21,
8039:18, 8041:5
**HONORABLE** [1] -
7930:10
**hope** [1] - 7933:9
**hotel** [1] - 8033:10
**Hotel** [1] - 8033:13
**hours** [1] - 7935:9
**housed** [1] - 8033:25
**hovers** [2] - 7943:17,
7944:2
**HP** [1] - 8017:9
**Huffman** [1] - 8040:6

**huge** [4] - 8015:12,
8020:7, 8040:5,
8040:22
**human** [29] - 7948:24,
7949:8, 7949:12,
7950:7, 7951:7,
7951:10, 7953:14,
7953:17, 7953:23,
7954:7, 7958:17,
7961:4, 7963:10,
7963:21, 7964:8,
7964:12, 7964:17,
7975:18, 7975:21,
7975:23, 7975:24,
7977:3, 7977:4,
7977:5, 7981:6,
7981:7, 7981:8,
8004:25
**hundreds** [5] -
7935:22, 8003:8,
8005:13, 8019:2,
8021:11
**hypotheses** [4] -
7999:2, 7999:13,
7999:15, 7999:19
**hypothesis** [1] -
7999:21
**hypothetical** [1] -
7952:8

## I

**I18** [1] - 7979:11
**IBM** [4] - 8022:2,
8022:3, 8022:5,
8022:19
**idea** [18] - 7950:9,
7952:8, 7955:13,
7972:8, 7999:14,
8011:17, 8011:18,
8012:4, 8016:4,
8016:11, 8017:18,
8018:21, 8022:8,
8022:18, 8027:1,
8027:3, 8027:4,
8032:7
**ideas** [7] - 8015:23,
8017:24, 8018:13,
8018:14, 8018:15,
8018:20, 8021:21
**identified** [1] -
7971:18
**identify** [1] - 7944:8
**Illinois** [1] - 7930:17
**illustrious** [1] -
8013:14
**image** [3] - 8029:10,
8029:20, 8029:21
**images** [3] - 7990:20,
8029:7, 8029:20

**impact** [6] - 7941:16,
7942:12, 7945:10,
8000:22, 8020:12,
8026:1
**impacted** [3] - 7944:9,
7945:5, 7945:7
**impacting** [1] - 8020:3
**implementation** [1] -
7994:24
**implemented** [1] -
7938:9
**import** [1] - 7955:19
**importance** [1] -
8022:7
**important** [22] -
7947:12, 7966:11,
7966:23, 7967:25,
7983:6, 7983:12,
8000:6, 8011:7,
8016:6, 8016:10,
8020:6, 8021:22,
8022:4, 8022:17,
8022:18, 8022:20,
8022:24, 8023:2,
8023:18, 8023:23,
8031:8, 8040:8
**impressions** [1] -
7989:15
**improper** [2] -
7980:20, 7980:21
**improve** [2] - 7950:5,
8031:2
**improvement** [2] -
7958:2, 8026:4
**improvements** [1] -
7948:21
**improving** [3] -
7950:8, 8026:6,
8026:13
**inappropriate** [3] -
7940:8, 7943:9,
7954:10
**include** [1] - 7971:21
**included** [1] - 7943:18
**includes** [6] - 7941:3,
7943:12, 7943:16,
7943:25, 7981:1,
7989:6
**including** [3] - 7955:9,
7960:23, 8006:14
**index** [9] - 7968:21,
7968:22, 8014:25,
8015:4, 8015:11,
8021:6, 8021:7,
8021:10
**indexed** [1] - 8025:4
**indexing** [4] -
8013:15, 8014:24,
8015:6, 8015:8
**India** [1] - 8007:11

**indicate** [1] - 8006:8
**indicated** [1] - 8006:7
**indirect** [1] - 7969:16
**individual** [1] -
7962:23
**industry** [5] - 7958:4,
7958:6, 8012:22,
8013:6, 8039:24
**influence** [3] - 7980:5,
7980:17, 8023:6
**inform** [1] - 7988:11
**information** [16] -
7944:5, 7945:14,
7950:2, 7966:15,
7968:20, 7968:22,
7986:1, 7987:5,
7998:11, 8005:17,
8010:9, 8029:15,
8032:11, 8033:23,
8034:3
**infrastructure** [2] -
8008:3, 8013:18
**infringement** [1] -
7973:10
**initial** [6] - 7939:13,
7993:22, 7993:25,
8017:11, 8017:13,
8040:23
**innovate** [1] - 8014:14
**innovation** [12] -
7937:9, 7948:25,
7949:2, 8016:2,
8022:6, 8023:9,
8025:6, 8025:7,
8025:10, 8026:15,
8028:21, 8031:17
**innovations** [7] -
8014:6, 8017:15,
8020:22, 8020:24,
8021:19, 8034:15,
8034:17
**input** [1] - 8037:11
**inputs** [2] - 7978:9,
7978:11
**inside** [1] - 7988:21
**insight** [1] - 8021:24
**installed** [2] - 8036:6,
8036:22
**instance** [4] - 8006:9,
8019:17, 8026:21,
8031:10
**Instant** [1] - 8031:4
**institute** [1] - 7998:23
**Intelligence** [1] -
8009:9
**intelligence** [1] -
8009:10
**intended** [1] - 8002:19
**interact** [1] - 8010:9
**interacted** [1] -

7938:22
**interaction** [16] -
7943:5, 7943:10,
7943:12, 7943:15,
7943:25, 7944:9,
7945:6, 7945:8,
7945:18, 7966:23,
7968:12, 7990:25,
8020:2, 8031:2,
8031:5
**interactions** [2] -
7991:15
**interchangeably** [2] -
7946:12, 7991:17
**interconnects** [1] -
8014:15
**interest** [2] - 8009:18,
8035:6
**interested** [5] -
7936:7, 8009:14,
8009:17, 8029:14,
8037:2
**interesting** [9] -
8010:6, 8010:7,
8010:8, 8010:10,
8019:15, 8019:18,
8019:24, 8020:9
**interface** [7] - 7978:2,
8004:25, 8008:7,
8015:16, 8030:19,
8030:25, 8031:2
**internal** [1] - 8005:1
**internationalize** [1] -
8025:15
**interrupt** [1] - 7995:15
**interrupted** [1] -
7958:21
**interview** [5] -
7983:25, 7984:18,
7993:8, 7993:18,
8006:7
**interviews** [1] - 8005:5
**introduced** [1] -
7991:4
**intuition** [1] - 8041:1
**investigated** [1] -
7999:18
**investing** [1] - 8012:8
**investment** [1] -
7960:4
**involve** [1] - 7967:11
**involved** [5] - 7970:17,
7971:22, 8030:18,
8030:19, 8039:3
**involvement** [1] -
8030:16
**iPhone** [1] - 8038:12
**irrelevant** [5] - 7987:9,
7987:20, 7988:1,
8027:7, 8027:9

**IS** [4] - 7975:14, 7976:6, 7977:5, 7977:23
**IS1@5** [1] - 7975:16
**IS4@5** [1] - 7975:15
**Israel** [1] - 8017:17
**issued** [2] - 7966:13, 7968:25
**Italian** [1] - 8025:22
**item** [2] - 7961:19, 8023:8
**items** [4] - 7937:2, 7937:5, 7994:4, 8021:17
**itself** [3] - 7968:10, 8020:20, 8029:21

## J

**January** [1] - 7984:1
**Jeeves** [1] - 8020:16
**Jeff** [6] - 8013:2, 8013:12, 8013:13, 8013:14, 8024:23
**job** [3] - 8014:10, 8018:20, 8027:20
**JOHN** [1] - 7931:2
**John** [5] - 7933:7, 7945:3, 7946:14, 7948:16, 8027:12
**join** [2] - 8009:24, 8017:4
**joined** [9] - 8007:22, 8007:23, 8008:3, 8009:11, 8010:15, 8013:22, 8015:18, 8017:6, 8020:13
**JR** [1] - 7930:19
**JUDGE** [1] - 7930:10
**judge** [3] - 7936:7, 7987:11, 7997:12
**juggle** [1] - 7985:6
**June** [9] - 7940:20, 7948:14, 7984:2, 7984:3, 7984:6, 8005:10, 8005:21, 8008:25
**Justice** [5] - 7930:13, 7930:16, 7952:13, 7972:18, 8005:19

## K

**keep** [7] - 7934:10, 7935:16, 7938:13, 7978:25, 7997:6, 8018:14, 8034:6
**keeping** [1] - 8001:6
**KENNETH** [2] - 7930:13, 7931:2

**Kenneth** [1] - 7933:6
**Kevin** [1] - 8002:7
**key** [17] - 8013:18, 8017:8, 8017:15, 8017:16, 8017:21, 8018:13, 8020:22, 8021:19, 8022:6, 8022:25, 8023:9, 8026:15, 8028:21, 8029:24, 8030:9, 8031:17, 8034:15
**keyword** [1] - 8035:12
**Keywords** [1] - 8020:23
**keywords** [2] - 8010:23, 8022:23
**kind** [25] - 7941:10, 7942:15, 7943:21, 7944:16, 7946:4, 7947:5, 7949:2, 7958:17, 7960:9, 7968:19, 7970:4, 7971:4, 7980:8, 7987:9, 7991:12, 7991:17, 7992:6, 7999:11, 8003:18, 8003:19, 8003:21, 8014:18, 8031:12, 8033:16, 8034:9
**kinds** [6] - 7936:2, 7961:12, 7967:6, 7971:16, 7990:22, 7991:5, 8003:7, 8005:24, 8031:15, 8032:22
**knowing** [4] - 7936:7, 7968:1, 7988:11, 8013:4
**knowledge** [5] - 7949:12, 7953:2, 7988:23, 8001:8, 8005:10
**Knowledge** [11] - 8021:20, 8031:18, 8031:19, 8031:20, 8032:2, 8032:5, 8033:6, 8033:18, 8033:21, 8033:25, 8034:13
**knowledgeable** [1] - 7989:3
**known** [1] - 8005:24

## L

**label** [1] - 8026:20
**labs** [1] - 8017:8
**Labs** [1] - 8017:9
**Lamping** [1] - 8027:12
**language** [3] -

8010:12, 8019:21, 8036:4
**languages** [4] - 7979:12, 8025:16, 8025:21, 8025:25
**laptop** [2] - 8026:22, 8027:8
**large** [11] - 7938:6, 7938:16, 7938:17, 7938:18, 7938:24, 7939:3, 7939:6, 7939:7, 7948:23, 7980:2, 8003:9
**largely** [1] - 8033:21
**larger** [1] - 7969:3
**Larry** [6] - 8011:16, 8011:17, 8015:21, 8040:12, 8040:13, 8040:14
**Larry's** [1] - 8041:1
**LaSalle** [1] - 7930:16
**last** [12] - 7934:24, 7935:16, 7947:8, 7948:10, 7952:3, 7962:22, 7969:4, 7972:3, 7972:18, 7977:13, 7977:14, 8005:4
**launch** [12] - 7951:5, 7951:11, 7951:15, 7959:6, 7962:25, 7963:16, 7964:14, 7965:3, 8035:3, 8035:16, 8038:12, 8038:13
**launched** [7] - 8021:21, 8027:21, 8028:3, 8030:12, 8030:14, 8034:13, 8034:17
**launches** [1] - 8014:19
**launching** [2] - 8019:2, 8030:17
**lay** [1] - 8039:1
**lead** [1] - 8013:19
**leader** [1] - 8030:20
**leadership** [1] - 8040:24
**leading** [4] - 8004:4, 8008:7, 8008:9, 8039:19
**learn** [1] - 7989:11
**learned** [3] - 7963:22, 8006:8, 8017:22
**Learning** [1] - 8008:11
**least** [5] - 7938:10, 7961:13, 7991:25, 8025:24, 8039:8
**leave** [1] - 7933:21,

8008:23
**leaving** [1] - 8027:12
**led** [1] - 8012:5
**left** [3] - 7940:23, 8002:14, 8035:11
**left-hand** [1] - 8035:11
**legitimate** [1] - 7999:11
**Lehman** [12] - 7939:12, 7980:12, 7982:17, 7983:23, 7984:18, 7985:14, 7985:25, 7986:20, 7986:25, 7987:21, 8005:5, 8006:7
**Lehman's** [1] - 7984:21
**length** [1] - 7989:17
**less** [2] - 7937:9, 7944:17
**level** [3] - 8008:1, 8021:18, 8031:19
**LG** [3] - 8036:16, 8036:19, 8036:21
**LG's** [1] - 8036:22
**license** [1] - 8033:16
**lift** [1] - 8012:2
**Lights** [1] - 8020:17
**likely** [3] - 8023:16, 8025:12, 8028:9
**likewise** [1] - 8029:23
**limited** [2] - 7941:13, 7941:21
**limits** [1] - 7988:5
**line** [2] - 7950:7, 7988:7
**lines** [1] - 7973:7
**links** [6] - 7990:13, 7990:15, 7990:21, 7991:7, 8028:25, 8029:1
**list** [17] - 7935:6, 7935:11, 7935:25, 7945:5, 7971:21, 7971:23, 7972:1, 7982:22, 7982:25, 7989:5, 7989:6, 7990:15, 7990:21, 7992:2, 7992:10, 7992:13
**listed** [2] - 7945:9, 8021:17
**literacy** [1] - 8008:15
**litigation** [2] - 7944:20, 7969:24
**live** [26] - 7949:7, 7949:8, 7949:10, 7949:15, 7949:16, 7950:12, 7950:14, 7950:18, 7950:24,

8008:23
7951:1, 7951:3, 7951:7, 7951:8, 7951:12, 7951:18, 7955:10, 7956:11, 7956:13, 7956:21, 7956:22, 7956:23, 7957:4, 8003:3, 8003:21, 8004:1
**LLC** [2] - 7930:6, 7933:5
**LLP** [2] - 7930:20, 7931:3
**Local** [2] - 8017:21
**located** [1] - 8017:11
**logistical** [1] - 7933:21
**logs** [1] - 7988:6
**look** [24] - 7933:23, 7934:6, 7934:9, 7934:14, 7952:6, 7952:14, 7959:7, 7962:13, 7968:15, 7976:22, 7978:2, 7979:6, 7980:21, 7982:18, 7992:11, 8008:16, 8010:18, 8011:13, 8012:17, 8016:15, 8016:22, 8023:11, 8025:13
**looked** [13] - 7934:2, 7934:6, 7934:16, 7941:15, 7951:15, 7951:25, 7953:24, 7973:10, 7978:6, 7979:4, 7981:6, 7981:7, 7981:11
**looking** [18] - 7967:12, 7975:21, 7976:3, 7976:21, 7977:6, 8003:23, 8010:20, 8011:11, 8013:5, 8018:14, 8019:13, 8022:6, 8028:23, 8029:14, 8029:20, 8029:21, 8029:23
**looks** [1] - 7975:25
**losing** [1] - 8026:12
**lost** [1] - 7959:1
**loud** [1] - 7936:17
**Louis** [2] - 8032:17, 8032:19
**love** [1] - 7997:12
**low** [8] - 7941:16, 7960:16, 7960:20, 7997:16, 7998:6, 8002:22, 8003:14, 8003:15
**lunch** [2] - 8041:9, 8041:11

## M

**machine** [1] - 8001:1
**machines** [8] -
8011:14, 8011:15,
8011:19, 8011:21,
8012:18, 8012:19,
8012:20, 8014:13
**mails** [1] - 8024:25
**main** [8] - 7969:23,
7970:5, 7970:15,
7970:16, 7970:18,
7975:20, 7983:10,
7983:14
**Maine** [1] - 7931:3
**managed** [3] - 7961:7,
8014:12, 8015:5
**manager** [1] - 7987:8
**manifest** [1] - 7954:25
**map** [1] - 7995:6
**mapping** [2] -
8024:19, 8025:14
**MapReduce** [2] -
8012:23, 8013:1
**maps** [1] - 7990:22
**March** [1] - 7963:9
**March/April** [1] -
7963:7
**marked** [2] - 7936:15,
8035:1
**markup** [1] - 8031:12
**married** [1] - 8032:20
**marshal** [1] - 8014:9
**master's** [1] - 8007:16
**match** [2] - 8019:23,
8022:23
**matched** [1] - 8011:2
**matching** [1] -
7989:10
**material** [1] - 7933:19
**materially** [1] - 8004:2
**materials** [2] -
7933:23, 7971:21
**math** [1] - 7949:15
**matter** [7] - 7964:6,
7972:22, 7976:9,
7976:12, 7986:11,
8017:19, 8042:5
**mean** [18] - 7934:11,
7941:7, 7945:6,
7960:12, 7960:13,
7972:2, 7973:6,
7974:22, 7977:11,
7991:21, 7997:10,
8000:24, 8017:5,
8019:22, 8019:23,
8038:22
**meaning** [2] -
8031:21, 8031:25
**meaningful** [1] -

7955:14
**meanings** [1] - 8032:3
**means** [6] - 7949:15,
7951:2, 7958:2,
7966:25, 7981:18,
7989:15
**meant** [2] - 7934:11,
7958:24
**measure** [1] - 7975:19
**measurement** [1] -
8024:9
**measurements** [1] -
7977:3
**measures** [1] -
7975:10
**meet** [1] - 7998:21
**MEHTA** [1] - 7930:10
**memory** [6] - 7961:20,
7961:22, 7986:3,
8012:12, 8015:9,
8027:25
**mental** [1] - 7953:7
**mention** [5] - 7939:24,
7946:2, 7946:6,
7992:14, 7994:1
**mentioned** [15] -
7946:1, 7946:12,
7949:7, 7960:8,
7972:16, 7982:2,
7982:17, 7982:18,
8008:20, 8013:12,
8020:13, 8020:22,
8030:16, 8033:9,
8033:10
**mentions** [1] -
8022:21
**messages** [1] -
8036:12
**messy** [1] - 8011:13
**met** [2] - 7985:20,
7985:21
**method** [12] - 7953:19,
7956:5, 7957:7,
8002:25, 8003:3,
8003:4, 8003:7,
8004:3, 8004:11,
8004:14, 8005:23
**methodology** [2] -
7946:22, 8004:1
**metric** [1] - 8028:16
**metrics** [2] - 7988:7,
8026:3
**Microsoft** [4] - 7978:2,
7997:25, 7999:25,
8020:18
**Microsystems** [1] -
8007:21
**middle** [5] - 7965:23,
7970:11, 7993:2,
7999:24, 8002:15

**might** [13] - 7937:21,
7941:18, 7951:11,
7954:25, 7975:3,
8016:5, 8021:13,
8026:8, 8026:9,
8026:12, 8028:9,
8032:10, 8034:7
**million** [2] - 8015:1,
8022:2
**millions** [3] - 7973:7,
8003:20
**mine** [1] - 8009:25
**minutes** [1] - 7995:14
**misspell** [1] - 8023:16
**misspelled** [2] -
8023:12, 8026:7
**misspelling** [2] -
8023:20, 8026:10
**mistake** [1] - 8034:9
**mistakes** [2] - 8034:9,
8034:10
**Mister** [1] - 7938:15
**mix** [3] - 7945:15,
7969:7, 7978:17
**mobile** [62] - 7954:23,
7956:12, 7960:16,
7960:17, 7960:20,
7960:21, 7976:17,
7977:2, 7977:4,
7977:8, 7977:12,
7978:5, 7981:1,
7981:3, 7981:7,
7981:10, 7981:19,
7981:22, 7981:23,
7982:6, 7982:12,
7997:16, 7997:24,
7998:3, 7998:6,
7998:7, 7998:15,
8002:15, 8002:17,
8002:22, 8002:23,
8003:13, 8003:14,
8003:15, 8003:16,
8004:20, 8004:25,
8038:4, 8038:5,
8038:8, 8038:9,
8038:14, 8039:5,
8039:13, 8040:2,
8040:5, 8040:6,
8040:10, 8040:17,
8040:18, 8040:19,
8040:21, 8040:24,
8041:3
**mobile/desktop** [1] -
7981:25
**mocks** [1] - 8040:21
**mode** [2] - 8018:23,
8036:5
**model** [6] - 7937:16,
7942:2, 7952:18,
7992:6, 7995:8,

8001:4
**modeled** [2] -
8015:20, 8015:21
**modeling** [1] -
8009:14
**models** [13] - 7941:13,
7941:17, 7941:21,
7942:11, 7942:14,
7944:17, 7945:21,
7951:21, 7951:23,
7974:24, 7995:5,
7995:6
**Modern** [1] - 8009:9
**module** [1] - 7995:8
**modules** [3] - 7950:6,
7974:3, 7995:5
**moment** [2] - 8034:23,
8035:23
**monetization** [1] -
7994:12
**month** [1] - 8014:25
**months** [11] - 7940:23,
7941:25, 7942:3,
7942:6, 7942:17,
7942:21, 7963:5,
7969:4, 7993:12,
8015:2
**morning** [7] - 7933:3,
7933:8, 7933:13,
7933:14, 7934:10,
8007:2
**MORNING** [1] - 7930:9
**most** [17] - 7938:11,
7939:10, 7944:8,
7945:5, 7945:7,
7975:16, 7982:20,
7982:21, 8003:10,
8013:17, 8018:8,
8020:9, 8022:4,
8022:12, 8022:23,
8024:12, 8041:2
**most-senior** [1] -
8013:17
**mostly** [2] - 7965:8,
8029:1
**motivated** [1] -
8019:11
**motivation** [1] -
8020:7
**Mountain** [2] -
7969:11, 8007:6
**move** [3] - 7940:11,
8035:17, 8040:10
**moving** [1] - 8019:8
**MR** [44] - 7933:11,
7933:16, 7940:5,
7940:9, 7940:12,
7945:25, 7947:22,
7957:3, 7958:20,
7959:2, 7961:3,

8001:4
**modeled** [2] -

7975:9, 7985:7,
7985:13, 7985:16,
7985:18, 7985:19,
7986:17, 7986:18,
7986:19, 7995:14,
7995:23, 7995:24,
8001:9, 8001:13,
8001:15, 8001:17,
8004:4, 8004:10,
8006:14, 8006:20,
8007:1, 8035:17,
8035:19, 8035:22,
8037:16, 8038:21,
8038:23, 8039:1,
8039:2, 8039:18,
8039:25, 8040:1,
8041:5
**mud** [1] - 7950:21
**multiple** [3] - 7950:3,
8015:14, 8019:14
**Murphy** [4] - 7997:17,
7997:20, 7998:6,
8002:7
**Murphy's** [1] -
7997:22

## N

**name** [2] - 8007:2,
8024:4
**named** [2] - 8009:5,
8009:25
**names** [10] - 7934:20,
7934:25, 7935:1,
7935:15, 7935:16,
7935:25, 7972:4,
7972:5, 7972:23,
8020:14
**nature** [2] - 7933:19,
7969:5
**Navboost** [27] -
7945:17, 7946:4,
7946:11, 7973:16,
7973:20, 7973:22,
7973:24, 7974:3,
7974:9, 7974:13,
7974:21, 7989:5,
7989:6, 7989:7,
7989:8, 7989:13,
7989:19, 7990:6,
7990:10, 7990:21,
7991:4, 7991:12,
7991:14, 7991:16,
7991:20, 7992:8,
7995:9
**Nayak** [3] - 7936:18,
7937:13, 7955:18
**Nayak's** [2] - 7936:19,
7955:1
**near** [1] - 8029:20

**Nebraska** [1] - 7930:19
**necessarily** [2] - 8026:5, 8031:11
**necessary** [3] - 7947:14, 7967:6, 7987:7
**need** [13] - 7941:20, 7964:11, 7967:8, 7972:24, 7976:5, 7976:13, 7996:10, 7996:22, 7996:24, 8003:20, 8012:24, 8029:15, 8033:24
**Need** [1] - 8024:13
**needed** [3] - 7996:18, 7997:4, 8014:18
**needing** [1] - 8014:19
**needs** [1] - 7994:24
**Neeva** [1] - 7995:12
**negative** [1] - 8038:2
**net** [2] - 8038:1
**net-net** [1] - 8038:1
**network** [1] - 8032:8
**networks** [8] - 8009:12, 8009:14, 8009:16, 8013:20, 8013:21, 8013:24, 8014:11, 8014:17
**neural** [8] - 8009:12, 8009:14, 8009:16, 8013:20, 8013:21, 8013:24, 8014:11, 8014:17
**never** [14] - 7952:1, 7969:8, 7969:11, 7971:25, 7986:21, 7986:25, 7987:13, 7987:21, 7988:25, 7997:19, 8017:24, 8024:7, 8024:9, 8025:20
**new** [11] - 7937:9, 8013:5, 8015:23, 8016:4, 8018:20, 8018:24, 8020:23, 8029:6, 8036:4, 8036:21, 8040:2
**New** [6] - 7930:21, 8017:19, 8017:20, 8032:16, 8032:19
**news** [4] - 7968:20, 8029:7, 8029:11, 8029:23
**News** [4] - 8008:9, 8016:8, 8018:4, 8029:11
**next** [13] - 7957:18, 7982:4, 7986:13, 8006:21, 8008:4,

8011:9, 8012:18, 8021:16, 8023:8, 8026:15, 8028:21, 8031:17, 8038:16
**Nigeria** [1] - 7998:24
**night** [1] - 7934:24
**Noam** [1] - 8024:11
**nobody** [1] - 8020:24
**nondeterminatives** [1] - 7996:19
**none** [2] - 7968:4, 7968:8
**nonmaterial** [1] - 7933:20
**normal** [9] - 7944:19, 7961:12, 7963:17, 7965:6, 7969:22, 7978:21, 7980:7, 8004:15, 8004:16
**normalization** [1] - 8033:14
**normalize** [1] - 8034:4
**normalizing** [1] - 8033:12
**normally** [4] - 7962:24, 7963:15, 7963:23, 7965:3
**Northern** [1] - 8020:16
**Northwest** [2] - 7930:14, 7931:7
**Norvig** [1] - 8009:20
**notes** [7] - 7933:25, 7934:1, 7935:4, 7980:9, 7983:1, 7984:16, 7984:17
**nothing** [3] - 7933:19, 7948:13, 7986:3
**notice** [1] - 8009:7
**noticed** [2] - 8010:24, 8023:11
**notion** [6] - 8016:2, 8018:14, 8022:6, 8022:7, 8026:17, 8026:18
**notions** [1] - 8023:2
**nowadays** [1] - 7990:16
**Number** [1] - 7930:3
**number** [26] - 7937:19, 7946:1, 7948:23, 7949:24, 7951:6, 7952:17, 7961:4, 7961:5, 7961:16, 7961:20, 7961:21, 7961:25, 7962:15, 7962:16, 7964:5, 7965:5, 7965:6, 7969:2, 7972:2, 7975:15, 7975:20, 7977:16,

8006:5, 8021:17, 8022:9, 8039:4
**numbers** [8] - 7937:6, 7937:20, 7951:4, 7997:20, 7998:11, 8003:10, 8038:17, 8039:16

---

## O

**Oard** [2] - 7943:8, 7946:7
**Oard's** [3] - 7939:19, 7939:24, 7992:23
**object** [1] - 7940:8
**objection** [8] - 7940:9, 7985:9, 7985:17, 7985:18, 7986:17, 8004:4, 8035:19, 8038:21
**observe** [1] - 8034:16
**obvious** [2] - 7942:15, 7994:20
**obviously** [1] - 7998:11
**occur** [1] - 8037:7
**occurred** [1] - 8035:25
**October** [17] - 7930:6, 7962:6, 7962:10, 7962:17, 7962:18, 7963:3, 7963:8, 7963:10, 7963:20, 7964:9, 7964:13, 7964:17, 7993:10, 7993:11, 8007:24, 8042:8
**OF** [5] - 7930:1, 7930:3, 7930:9, 8042:1, 8042:9
**offer** [2] - 7952:2, 7952:5
**offered** [3] - 7946:17, 7994:8, 7994:11
**offering** [1] - 7953:10
**office** [3] - 8009:6, 8017:20, 8025:25
**offices** [2] - 8017:13, 8017:17
**Official** [1] - 7931:7
**OFFICIAL** [1] - 8042:1
**often** [4] - 7950:11, 7951:7, 8023:20, 8023:22
**old** [1] - 7997:6
**on-device** [3] - 8034:24, 8036:25, 8037:23
**once** [2] - 8014:25, 8028:22
**one** [85] - 7937:19,

7938:16, 7939:15, 7939:18, 7941:2, 7941:3, 7944:12, 7949:12, 7950:12, 7950:13, 7950:19, 7950:24, 7951:13, 7954:8, 7954:21, 7957:17, 7958:16, 7958:17, 7961:5, 7961:15, 7961:18, 7963:11, 7966:18, 7966:24, 7967:13, 7967:16, 7969:10, 7971:22, 7974:3, 7974:5, 7975:15, 7975:20, 7979:20, 7980:25, 7981:4, 7981:18, 7981:23, 7984:4, 7986:13, 7987:13, 7987:22, 7987:24, 7988:10, 7988:13, 7988:15, 7988:20, 7988:24, 7989:6, 7989:7, 7989:8, 7989:22, 7992:10, 7994:1, 7994:23, 7996:4, 7996:5, 7996:13, 7996:14, 7997:10, 7997:11, 7998:2, 7999:1, 7999:19, 8000:4, 8000:12, 8001:25, 8002:12, 8002:14, 8002:15, 8009:4, 8012:19, 8020:9, 8022:8, 8022:25, 8023:1, 8024:9, 8028:4, 8029:25, 8030:6, 8030:10, 8035:4, 8035:8
**ones** [13] - 7942:14, 7949:8, 7951:21, 7969:5, 7971:23, 7973:18, 7979:1, 7979:21, 7980:6, 7982:3, 7994:19, 8004:2, 8005:14
**open** [1] - 8015:25
**operate** [1] - 8017:22
**opine** [3] - 7951:25, 7952:11, 7952:14
**opinion** [5] - 7952:5, 7953:10, 7994:8, 7994:10, 7994:11
**opposing** [1] - 7946:8
**oranges** [1] - 8030:2
**order** [6] - 7933:2, 7995:21, 8014:17, 8023:24, 8025:14,

8037:11
**ordinary** [4] - 7978:24, 7989:2, 8004:22, 8031:21
**organization** [1] - 8008:23
**organized** [1] - 7988:12
**original** [1] - 7956:4
**outcome** [1] - 7967:23
**outline** [1] - 7982:21
**output** [2] - 7953:15, 7953:24
**outside** [1] - 7969:10
**overall** [3] - 7945:10, 7992:5, 8002:18
**overlap** [1] - 7949:17, 7991:23
**overlapping** [1] - 7950:1
**overrode** [1] - 7970:4
**oversee** [1] - 8008:17
**overview** [1] - 7948:1
**own** [2] - 8004:23, 8014:16

---

## P

**p.m** [1] - 8041:14
**pace** [1] - 8019:4
**pack** [1] - 8011:19
**page** [45] - 7934:5, 7956:9, 7956:15, 7961:9, 7962:14, 7962:19, 7964:22, 7964:23, 7965:13, 7965:19, 7970:11, 7970:12, 7983:7, 7983:13, 7983:14, 7983:15, 7990:7, 7990:8, 7990:14, 7990:20, 7991:1, 7993:4, 7999:24, 8011:2, 8021:9, 8022:3, 8022:4, 8022:6, 8022:7, 8022:10, 8022:11, 8022:18, 8022:19, 8022:20, 8022:25, 8023:1, 8028:24, 8031:5, 8036:14, 8037:20, 8037:21
**Page** [2] - 8040:13, 8040:14
**PageRank** [13] - 8010:20, 8012:11, 8015:9, 8015:12, 8019:17, 8020:23, 8021:23, 8021:24, 8022:7, 8022:22,

8022:25, 8023:5, 8023:6

**pages** [24] - 7990:10, 7990:12, 7990:15, 8003:23, 8010:21, 8010:22, 8015:1, 8015:4, 8021:11, 8022:2, 8022:9, 8022:11, 8022:12, 8022:16, 8022:17, 8022:23, 8022:24, 8023:5, 8023:20, 8023:21, 8023:22, 8025:4, 8033:20, 8033:22

**paid** [2] - 8016:10, 8021:13

**pair** [1] - 7959:25

**paper** [1] - 8024:13

**papers** [3] - 7948:8, 7948:11, 8013:23

**paragraph** [9] - 7962:20, 7965:24, 7992:17, 7992:21, 7993:3, 7993:20, 7999:4, 7999:22

**PARC** [1] - 8010:4

**Paris** [4] - 8031:22, 8031:23, 8033:10, 8033:12

**parity** [1] - 8012:12

**Parkway** [1] - 8007:6

**part** [19] - 7933:20, 7946:21, 7946:25, 7947:8, 7948:5, 7952:3, 7961:17, 7972:6, 7983:6, 7983:10, 7987:16, 7989:8, 7989:10, 7991:2, 7991:5, 8019:20, 8023:1, 8029:24, 8039:6

**particular** [10] - 7956:1, 7959:15, 7967:19, 7975:1, 7979:4, 7988:18, 8005:7, 8015:8, 8017:8, 8030:23

**parts** [5] - 7945:22, 7948:2, 7967:9, 7967:11

**pass** [1] - 8001:9

**past** [4] - 7952:24, 7953:12, 7989:9, 8026:9

**pasting** [2] - 8016:20, 8016:21

**patent** [1] - 7973:9

**patent-related** [1] - 7973:9

**path** [2] - 8012:8, 8012:20

**pathway** [1] - 8012:5

**Patterson** [1] - 7930:20

**Paul** [8] - 7939:22, 7939:24, 7962:2, 7962:4, 7965:2, 7965:8, 7972:16, 7993:8

**pay** [2] - 8022:22, 8038:11

**paying** [1] - 8038:10

**pdf** [1] - 8026:24

**peer** [3] - 7997:9, 7997:11, 7997:12

**Pen** [1] - 8009:5

**people** [55] - 7935:12, 7938:18, 7938:20, 7938:24, 7939:4, 7945:1, 7950:19, 7953:15, 7953:17, 7955:15, 7959:12, 7971:4, 7971:9, 7971:18, 7972:11, 7976:8, 7988:20, 7988:21, 7988:22, 7989:3, 7991:22, 8010:2, 8010:18, 8016:5, 8016:7, 8016:14, 8016:22, 8017:4, 8017:8, 8017:16, 8017:17, 8017:23, 8018:7, 8018:12, 8018:15, 8018:17, 8018:21, 8018:23, 8019:25, 8020:3, 8020:11, 8020:12, 8021:3, 8022:16, 8023:15, 8023:21, 8024:1, 8024:23, 8024:24, 8025:24, 8026:9, 8032:6, 8032:8

**people's** [4] - 7934:20, 7934:24, 7972:4, 8016:9

**per** [5] - 7949:24, 7962:24, 7963:16, 7963:24, 7964:14

**percent** [33] - 7948:10, 7952:15, 7952:17, 7956:12, 7960:16, 7960:22, 7973:15, 7973:19, 7973:24, 7974:3, 7974:6, 7974:10, 7974:13, 7974:22, 7974:25, 7977:13, 7998:10, 8002:4, 8002:8,

8002:18, 8003:15, 8016:3, 8016:4, 8016:9, 8018:18, 8023:12, 8024:8, 8026:7

**percentage** [4] - 8023:12, 8028:18, 8039:12, 8040:8

**percentages** [6] - 7990:18, 7997:17, 7998:8, 7998:17, 8002:7, 8039:16

**perfectly** [1] - 7995:6

**performance** [4] - 7949:3, 8010:11, 8014:18, 8015:10

**performing** [1] - 8040:21

**perhaps** [2] - 8006:13, 8021:3

**period** [7] - 7934:3, 7942:22, 7953:5, 8017:25, 8020:21, 8030:22, 8034:21

**periodically** [1] - 7978:18

**periods** [2] - 7937:10, 7938:13

**person** [9] - 7936:21, 7936:24, 7939:10, 7946:15, 7946:16, 7970:17, 8006:11, 8024:11, 8031:24

**personnel** [1] - 7970:7

**perspective** [1] - 8021:18

**Peter** [1] - 8009:20

**Ph.D** [4] - 7936:6, 8007:16, 8007:17, 8007:19

**Ph.D.s** [1] - 8027:15

**phenomena** [1] - 7999:20

**phone** [6] - 8035:6, 8035:10, 8036:10, 8036:16, 8036:17, 8037:20

**Pichai** [1] - 8008:20

**pick** [3] - 7944:22, 7998:20, 8004:11

**picked** [3] - 7961:5, 7961:9, 8004:14

**picture** [1] - 7974:1

**pictures** [1] - 7990:22

**piece** [4] - 7955:11, 7972:9, 7972:15, 7985:8

**pieces** [5] - 7972:11, 7972:12, 7972:13, 8013:18, 8017:21

**pinned** [1] - 7947:12

**pioneer** [2] - 8013:21

**pipeline** [4] - 7991:2, 7991:3, 7991:19, 7992:5

**pivot** [1] - 8040:5

**place** [5] - 7939:22, 7941:12, 7996:14, 7996:21, 8031:23

**places** [8] - 7989:21, 8001:7, 8006:5, 8017:15, 8030:3, 8032:6, 8032:9, 8033:8

**Plaintiff** [1] - 7933:7

**Plaintiffs** [3] - 7930:4, 7930:13, 7930:18

**plan** [1] - 7999:2

**play** [7] - 7978:2, 8021:22, 8031:11, 8031:14, 8031:15, 8032:25, 8033:1

**played** [2] - 8031:9, 8032:18

**point** [16] - 7956:25, 7961:15, 7961:18, 7975:1, 7993:14, 8001:2, 8001:25, 8002:3, 8004:12, 8016:18, 8022:10, 8022:11, 8022:16, 8031:20, 8038:15, 8040:7

**pointed** [2] - 7946:7, 8022:17

**points** [5] - 8001:24, 8022:10, 8022:11, 8022:13

**popular** [3] - 7966:22, 7969:6, 7971:15

**portion** [2] - 7955:6, 7982:25

**positions** [2] - 8008:2, 8008:6

**possibilities** [1] - 7955:16

**possible** [6] - 7942:8, 7942:11, 7949:25, 8011:22, 8014:13, 8015:5

**possibly** [5] - 7956:5, 7956:6, 7956:8, 7957:5, 7989:23

**post** [1] - 8035:24

**practice** [15] - 7937:7, 7951:1, 7957:20, 7958:4, 7958:6, 7958:15, 7959:5, 7959:11, 7959:14, 7960:6, 7960:8,

7961:12, 7963:17, 8004:18, 8005:2

**practices** [3] - 7947:1, 7952:16, 7982:9

**pre** [2] - 8028:24, 8036:22

**pre-installed** [1] - 8036:22

**pre-universal** [1] - 8028:24

**precisely** [1] - 8027:10

**predict** [1] - 7952:22

**premise** [1] - 7945:23

**prep** [1] - 7937:1

**preparation** [1] - 7936:5

**prepared** [4] - 7935:9, 7936:1, 7936:10, 8038:24

**prepped** [1] - 7941:10

**present** [2] - 7978:5, 8018:21

**presentation** [5] - 7976:17, 7977:2, 7977:4, 7977:6, 7983:4

**presentations** [1] - 8039:6

**presented** [1] - 8026:2

**pretty** [2] - 7959:3, 8010:17

**primary** [2] - 7966:2, 7966:8

**principle** [1] - 7943:19

**printing** [1] - 8016:21

**prioritized** [1] - 8029:12

**probabilistic** [1] - 8024:20

**probabilities** [1] - 8024:14

**probability** [1] - 7975:7

**problem** [24] - 8010:6, 8010:7, 8010:9, 8010:14, 8011:5, 8011:7, 8013:5, 8014:9, 8014:11, 8019:19, 8019:21, 8019:24, 8020:11, 8021:4, 8021:8, 8021:15, 8022:1, 8023:25, 8027:6, 8027:15, 8029:18, 8030:1, 8030:12, 8032:3

**problems** [6] - 8013:25, 8019:13, 8019:15, 8020:10, 8026:2, 8030:9

**procedure** [3] - 7953:21, 7981:8, 8005:22
**procedures** [2] - 7938:5, 7951:13
**proceed** [1] - 7933:10
**proceedings** [1] - 8042:4
**Proceedings** [1] - 7931:10
**process** [19] - 7941:24, 7945:1, 7947:1, 7947:12, 7954:17, 7955:9, 7955:11, 7961:8, 7967:11, 7969:24, 7970:17, 7989:10, 7993:3, 7993:11, 7996:20, 8002:17, 8019:8, 8031:8, 8033:14
**processed** [2] - 7950:19, 7969:3
**processes** [2] - 8001:5, 8002:11
**processing** [5] - 7991:3, 7994:14, 8005:1, 8014:16
**produced** [1] - 7931:11
**product** [4] - 8019:9, 8020:1, 8020:3
**production** [10] - 7937:16, 7950:15, 7950:16, 7950:17, 7951:2, 7955:15, 7959:10, 7975:2, 8005:25
**products** [3] - 8008:15, 8016:8, 8016:9
**Professor** [13] - 7933:17, 7946:7, 7985:20, 7986:21, 7992:23, 7995:25, 7997:17, 7997:19, 7997:22, 7998:6, 8004:19, 8006:14, 8006:16
**professors** [1] - 8017:6
**program** [2] - 8012:9, 8013:3
**progressed** [1] - 8038:15
**progression** [1] - 8013:10
**project** [2] - 7939:11, 7988:14
**projects** [1] - 8018:18

**promised** [1] - 7957:13
**pronounced** [1] - 7938:15
**proper** [1] - 7941:8
**properties** [1] - 8029:21
**proposed** [2] - 7957:24, 7957:25
**proprietary** [1] - 7994:19
**provide** [1] - 7944:5
**provided** [3] - 7965:9, 7991:25, 8021:5
**provider** [4] - 8000:2, 8000:6, 8000:8, 8000:10
**publicly** [1] - 7985:18
**published** [3] - 8003:8, 8004:17, 8013:7
**pull** [3] - 7946:18, 7985:2, 7988:2
**pun** [1] - 8002:19
**purposes** [5] - 7954:20, 7969:22, 7976:9, 7976:16, 7989:4
**pursuing** [1] - 7951:8
**push** [1] - 7957:15
**put** [15] - 7948:14, 7957:16, 7959:10, 7961:17, 7962:8, 7964:21, 7976:20, 7984:4, 8001:22, 8009:2, 8009:5, 8011:9, 8021:16, 8023:8, 8038:16
**putting** [1] - 7982:11

## Q

**quality** [22] - 7953:19, 7954:20, 7966:11, 7975:10, 7975:19, 7976:20, 7977:1, 7977:10, 7994:9, 8000:1, 8000:14, 8002:11, 8002:19, 8003:22, 8004:23, 8016:19, 8016:20, 8022:7, 8022:25, 8026:1, 8026:3
**queries** [43] - 7950:19, 7955:13, 7957:15, 7966:22, 7967:9, 7968:25, 7969:1, 7969:3, 7969:4, 7969:5, 7978:6, 7978:13, 7981:1,

7981:10, 7989:9, 7989:10, 7991:1, 8016:11, 8016:13, 8016:14, 8016:15, 8016:17, 8016:18, 8016:23, 8016:24, 8023:5, 8023:10, 8023:11, 8024:7, 8024:8, 8024:17, 8024:18, 8026:7, 8026:9, 8026:12, 8028:16, 8030:4, 8030:7, 8031:7, 8032:9, 8033:19, 8039:4, 8039:13
**query** [60] - 7943:7, 7943:8, 7962:24, 7963:16, 7963:24, 7964:14, 7966:12, 7978:8, 7978:16, 7978:17, 7978:20, 7978:21, 7978:23, 7979:2, 7979:5, 7979:7, 7979:9, 7979:10, 7979:15, 7979:25, 7980:4, 7980:10, 7980:14, 7980:17, 7980:18, 7980:19, 7980:25, 7981:18, 7981:19, 7981:22, 7981:23, 7981:24, 7982:3, 7989:9, 7990:17, 8000:1, 8000:15, 8011:2, 8019:22, 8022:1, 8023:2, 8023:19, 8026:5, 8026:6, 8027:3, 8027:17, 8028:7, 8028:8, 8028:10, 8028:11, 8028:18, 8028:20, 8029:15, 8030:6, 8031:10, 8033:3, 8033:4, 8036:8
**query/click** [1] - 7943:12
**questions** [16] - 7936:2, 7936:10, 7937:23, 7940:3, 7957:1, 7970:20, 7999:3, 7999:16, 7999:17, 8001:18, 8002:25, 8004:19, 8006:15, 8032:25, 8033:2
**quick** [1] - 7945:4
**quickly** [2] - 8010:8, 8036:5
**quite** [5] - 7960:13,

8015:4, 8021:15, 8026:3, 8027:17

## R

**racks** [2] - 8011:12, 8011:14
**ran** [5] - 7938:5, 7954:1, 7996:21, 7998:23, 8014:25
**random** [3] - 7980:1, 8002:6, 8002:8
**randomly** [2] - 7978:17, 7978:20
**range** [3] - 7937:21, 7991:14, 8009:23
**rank** [1] - 8030:1
**RankBrain** [2] - 7936:25, 7937:15
**RankEmbed** [3] - 7937:1, 7937:15, 7937:19
**ranking** [18] - 7945:10, 7966:1, 7967:15, 7982:22, 7992:2, 7992:4, 7992:13, 8002:12, 8005:8, 8008:6, 8010:22, 8015:16, 8021:12, 8022:25, 8023:3, 8023:4, 8026:5, 8029:22
**Ranking** [1] - 7983:19
**rate** [2] - 7957:25, 8004:11
**rater** [14] - 7948:24, 7949:8, 7949:12, 7950:7, 7951:8, 7953:14, 7953:17, 7954:4, 7958:17, 7975:18, 7975:21, 7975:23, 7975:25, 7977:7
**raters** [33] - 7951:10, 7953:14, 7953:24, 7954:7, 7955:16, 7961:4, 7961:6, 7961:7, 7961:9, 7961:19, 7961:24, 7962:5, 7962:24, 7963:10, 7963:16, 7963:18, 7963:21, 7963:24, 7964:8, 7964:12, 7964:14, 7964:18, 7965:3, 7976:17, 7977:3, 7977:4, 7977:5, 7981:7, 7981:9, 7994:4, 8004:20, 8004:24, 8004:25

**rather** [1] - 8041:3
**rating** [3] - 8004:14, 8005:3
**ratings** [4] - 7962:23, 7963:13, 8003:1, 8004:12
**ratio** [1] - 7949:11
**reach** [1] - 7998:22
**reached** [1] - 7961:23
**reaction** [1] - 8040:23
**Read** [1] - 8008:15
**read** [13] - 7936:24, 7953:3, 7955:4, 7955:7, 7955:24, 7963:12, 7984:21, 7984:23, 7987:22, 7997:22, 8015:11, 8015:13, 8035:24
**read-in** [1] - 8015:11
**reader** [1] - 7957:17
**reading** [3] - 7961:4, 7961:19, 8013:23
**reading/grading** [1] - 7963:11
**ready** [1] - 7933:10
**realized** [3] - 8029:5, 8029:13, 8040:7
**really** [32] - 7950:9, 7951:11, 7971:13, 7972:22, 7973:23, 7986:11, 7999:19, 8010:6, 8010:12, 8010:24, 8011:6, 8011:8, 8011:13, 8011:21, 8012:16, 8012:17, 8012:18, 8013:7, 8016:1, 8017:1, 8018:13, 8019:14, 8019:24, 8020:6, 8020:17, 8020:24, 8021:1, 8024:21, 8025:1, 8027:17, 8027:20, 8040:7
**reason** [5] - 7974:10, 7975:3, 8000:12, 8003:25, 8004:8
**reasons** [1] - 7973:22
**rebuild** [1] - 7973:23
**rebuilding** [1] - 8015:6
**rebuttal** [2] - 7992:14, 7992:17
**receive** [2] - 8007:15, 8007:17
**RECEIVED** [1] - 7932:8
**received** [1] - 8035:21
**receives** [1] - 8023:6
**receiving** [2] - 8007:19, 8039:5

**recent** [2] - 7971:15,
7990:19
**Recess** [2] - 7995:20,
8041:14
**recognition** [1] -
8013:25
**recollection** [1] -
7940:19
**reconcile** [1] -
8034:10
**record** [7] - 7948:19,
7953:9, 7956:20,
7990:24, 8007:3,
8035:24, 8042:4
**recorded** [1] - 7931:10
**records** [5] - 7989:13,
7989:15, 7989:16,
7989:18
**recreate** [1] - 7997:5
**recruited** [2] - 8017:5,
8017:7
**recruiting** [1] - 8017:3
**red** [1] - 7936:16
**redacted** [4] -
7936:16, 7937:20,
7982:21, 7982:25
**redirect** [1] - 8001:14
**Redirect** [1] - 7932:4
**REDIRECT** [1] -
8001:16
**redo** [2] - 7996:7,
7996:18
**reduce** [2] - 7989:25,
8000:18
**reduced** [2] - 7987:11,
7987:12
**reducing** [2] - 8001:4,
8001:6
**reduction** [8] -
7986:22, 7986:25,
7987:7, 7988:16,
7988:18, 7989:1,
7990:4, 7999:20
**reference** [1] -
8036:15
**referring** [3] -
7988:15, 7989:22,
8027:14
**refers** [1] - 7993:8
**regard** [5] - 7953:1,
7953:18, 7968:25,
7980:13, 8001:21
**regularly** [1] - 7975:10
**reinforce** [1] - 8018:16
**relate** [2] - 7941:17,
7967:9
**related** [7] - 7934:12,
7934:15, 7966:2,
7966:9, 7967:16,
7973:9, 7990:5

**relationship** [2] -
8032:23, 8033:4
**relationships** [3] -
8031:25, 8032:8,
8032:18
**relative** [4] - 7949:4,
7949:6, 8002:6,
8039:4
**relevance** [1] - 8023:1
**relevant** [5] - 7958:13,
7967:2, 7967:19,
7967:20, 7994:2
**reliable** [1] - 8012:10
**relied** [8] - 7935:20,
7935:24, 7935:25,
7936:5, 7973:13,
7985:25, 7987:1,
7987:4
**rely** [3] - 7973:12,
7987:3, 7993:25
**relying** [2] - 7935:23,
7936:9
**remained** [2] -
8009:17, 8018:13
**remember** [23] -
7934:19, 7939:1,
7939:15, 7939:19,
7941:8, 7946:3,
7962:12, 7972:13,
7972:14, 7972:22,
7973:4, 7976:14,
7976:24, 7976:25,
7986:4, 8011:24,
8016:20, 8020:18,
8024:22, 8025:19,
8027:11, 8028:2,
8028:3
**remembered** [3] -
7935:2, 7964:5,
7971:23
**remiss** [1] - 7994:23
**rented** [1] - 8011:18
**repeat** [1] - 7952:21
**rephrasings** [1] -
7989:11
**replaced** [1] - 7991:12
**replicate** [1] - 7996:3
**reply** [2] - 7993:23,
7999:4
**report** [63] - 7934:2,
7934:6, 7934:14,
7937:7, 7939:13,
7939:15, 7939:19,
7939:24, 7940:1,
7940:7, 7940:13,
7940:14, 7940:20,
7940:23, 7943:6,
7943:7, 7946:2,
7946:6, 7946:9,
7946:13, 7947:15,

7947:18, 7947:25,
7948:11, 7948:14,
7954:16, 7955:1,
7961:17, 7962:8,
7962:11, 7962:12,
7962:17, 7965:19,
7965:20, 7967:22,
7970:9, 7970:10,
7975:12, 7975:16,
7976:24, 7982:18,
7983:8, 7983:14,
7984:5, 7984:11,
7987:2, 7987:4,
7987:23, 7989:22,
7992:14, 7992:17,
7992:24, 7992:25,
7993:13, 7993:22,
7993:23, 7994:17,
7997:22, 7998:12,
7999:4, 7999:16,
7999:22, 8005:8
**reported** [2] - 7937:11,
8003:1
**reporter** [1] - 8007:3
**Reporter** [1] - 7931:7
**REPORTER** [3] -
8012:24, 8042:1,
8042:9
**reports** [7] - 7934:7,
7934:9, 7936:1,
7939:16, 7948:8,
7948:19, 7951:16
**represent** [1] -
7977:12
**representation** [1] -
7939:17
**representative** [1] -
8006:12
**representing** [1] -
8034:8
**represents** [1] -
7980:7
**reproduce** [2] -
7995:25, 7996:3
**reproducibility** [2] -
7996:11, 7996:12
**requires** [1] - 8015:12
**rerun** [5] - 7995:25,
7996:2, 7996:5,
7996:10
**rerunning** [1] -
8002:10
**research** [6] - 7999:2,
7999:16, 7999:17,
8008:19, 8014:3,
8017:8
**Reserve** [1] - 8007:13
**resources** [3] -
7941:13, 7941:21,
8014:10

**respond** [1] - 8032:11
**response** [4] -
7939:24, 7943:6,
7992:23, 8036:25
**responsible** [1] -
7972:14
**responsive** [2] -
7993:1, 8012:15
**rest** [3] - 7968:9,
7982:1, 7987:20
**restrictive** [2] -
7952:1, 7952:7
**result** [6] - 7957:24,
7996:18, 8011:23,
8022:12, 8031:5
**resulted** [1] - 8016:7
**results** [50] - 7953:18,
7954:4, 7962:24,
7963:11, 7963:14,
7976:1, 7976:4,
7977:14, 7978:12,
7979:25, 7980:5,
7980:17, 7981:6,
7981:7, 7981:11,
7982:13, 7989:13,
7990:9, 7996:14,
7996:19, 7998:13,
7998:20, 7999:18,
8003:20, 8004:2,
8004:5, 8004:8,
8004:12, 8004:13,
8004:20, 8004:23,
8016:16, 8016:21,
8016:23, 8020:4,
8021:2, 8021:4,
8021:7, 8023:24,
8026:10, 8026:13,
8026:14, 8027:6,
8028:24, 8029:2,
8029:17, 8036:9,
8036:11, 8037:4
**RESUME** [1] - 7933:12
**resume** [3] - 7934:16,
7995:18, 8041:10
**retain** [1] - 7997:4
**retained** [2] - 7937:24,
7940:16
**retrain** [3] - 7942:13,
7974:13, 7992:7
**Retrained** [1] -
7983:19
**retrained** [13] -
7943:2, 7956:4,
7967:17, 7973:16,
7973:21, 7974:6,
7974:9, 7974:15,
7974:16, 7974:21,
7992:1, 7992:2,
7992:11
**retraining** [8] -

7938:4, 7938:5,
7941:24, 7942:6,
7942:16, 7942:20,
7942:24, 7992:8
**return** [3] - 8022:3,
8025:20, 8025:22
**returning** [2] - 8029:2,
8036:11
**returns** [4] - 7998:14,
8000:21, 8001:2,
8001:19
**review** [2] - 7945:2,
7973:5
**reviewed** [6] -
7934:24, 7944:24,
7997:9, 7997:11,
7997:12, 8005:19
**reviewers** [1] -
7982:12
**reviews** [1] - 8040:20
**revise** [1] - 7956:10
**revive** [1] - 8013:20
**revived** [1] - 8013:24
**rewrote** [1] - 8015:10
**rigorous** [3] - 7955:8,
8018:25, 8019:1
**rise** [1] - 8017:20
**role** [12] - 7970:14,
8008:12, 8016:18,
8018:2, 8021:22,
8030:20, 8030:21,
8031:7, 8031:9,
8031:11, 8031:14,
8031:15
**roles** [1] - 8013:13
**Room** [1] - 7931:8
**room** [2] - 8009:5,
8016:15
**roughly** [3] - 7938:22,
8027:23, 8039:15
**RPR** [1] - 7931:7
**run** [24] - 7940:17,
7941:4, 7941:11,
7942:3, 7949:10,
7949:13, 7950:2,
7950:10, 7950:17,
7951:1, 7968:6,
7968:10, 7969:17,
7970:25, 7973:13,
7987:7, 7996:4,
7998:20, 7998:25,
8001:3, 8012:22,
8013:1, 8015:2
**running** [2] - 7949:12,
7975:3
**runs** [1] - 7948:23

---

**S**

---

**Salaam** [1] - 8007:10

8058

**sample** [17] - 7955:13, 7969:6, 7973:15, 7973:19, 7973:25, 7974:3, 7974:6, 7974:10, 7974:14, 7974:22, 7980:1, 7989:24, 7997:24, 8002:4, 8002:6, 8002:8, 8002:16
**samples** [2] - 7977:11, 7978:17
**sampling** [2] - 7978:20, 8002:17
**Sanjay** [3] - 8013:2, 8013:16
**SARA** [1] - 7931:7
**Sara** [2] - 8042:3, 8042:8
**sat** [1] - 7935:19
**saves** [1] - 8028:17
**saving** [1] - 8028:17
**saw** [6] - 7936:19, 7936:21, 7939:22, 7977:22, 8004:2, 8034:21
**scale** [6] - 7994:9, 7994:11, 7999:25, 8000:14, 8002:20, 8014:12
**SCHMIDTLEIN** [1] - 7931:2
**Schmidtlein** [1] - 7933:7
**Scholar** [2] - 8008:14, 8008:15
**School** [1] - 8015:24
**school** [5] - 8007:14, 8009:12, 8010:1, 8013:23, 8014:1
**science** [4] - 8007:16, 8009:13, 8019:15, 8020:10
**scientific** [2] - 7999:8, 7999:11
**scientists** [4] - 7971:10, 7971:13, 7971:15, 8020:9
**score** [4] - 7975:14, 7975:17, 7977:23, 8029:24
**scores** [3] - 7975:15, 8029:22, 8030:2
**Scott** [1] - 8040:6
**scrapes** [2] - 7975:25, 7976:8
**screen** [8] - 7946:19, 7957:10, 7978:1, 7981:16, 8001:23, 8009:2, 8036:14, 8037:19

**scroll** [2] - 8036:2, 8036:13
**scrolls** [1] - 7944:2
**Search** [21] - 7966:2, 8008:5, 8008:7, 8008:8, 8008:9, 8008:13, 8008:23, 8017:21, 8017:25, 8018:1, 8018:3, 8018:9, 8018:11, 8019:12, 8021:22, 8028:13, 8037:8, 8039:9
**search** [82] - 7942:24, 7952:14, 7954:16, 7957:24, 7966:11, 7967:9, 7967:11, 7975:10, 7988:5, 7988:6, 7989:13, 7990:8, 7990:14, 7991:1, 7993:3, 7994:9, 7994:12, 7994:18, 7994:21, 7994:22, 7995:12, 7999:25, 8000:14, 8010:6, 8010:16, 8010:25, 8011:1, 8014:8, 8014:20, 8015:17, 8016:19, 8016:20, 8018:5, 8020:14, 8020:18, 8020:20, 8021:4, 8026:16, 8028:22, 8028:24, 8029:2, 8029:3, 8029:8, 8029:10, 8029:11, 8029:16, 8029:20, 8030:17, 8030:20, 8030:23, 8030:24, 8030:25, 8031:1, 8031:2, 8031:3, 8031:5, 8034:25, 8035:3, 8036:4, 8036:8, 8036:11, 8036:22, 8036:25, 8037:10, 8037:12, 8037:13, 8037:20, 8038:6, 8038:8, 8038:9, 8038:14, 8039:3, 8039:13, 8040:3
**searches** [1] - 7953:19
**searching** [3] - 8035:6, 8035:9, 8036:21
**second** [14] - 7945:13, 7959:21, 7962:8, 7962:11, 7962:12, 7962:17, 7963:15,

7970:10, 7985:6, 7989:1, 8007:25, 8019:20, 8024:12, 8030:4
**seconds** [1] - 8028:17
**section** [1] - 8036:3
**see** [40] - 7936:23, 7936:25, 7937:2, 7943:20, 7946:18, 7950:8, 7953:19, 7957:10, 7959:7, 7961:1, 7963:1, 7966:4, 7967:20, 7967:22, 7977:23, 7980:4, 7980:20, 7980:21, 7982:16, 7982:22, 7983:17, 7983:21, 7984:21, 7985:14, 7988:7, 7993:5, 7995:19, 7998:13, 8011:5, 8012:17, 8013:10, 8016:23, 8035:11, 8036:4, 8036:15, 8036:23, 8037:21, 8039:7, 8040:9, 8041:13
**seem** [4] - 8015:4, 8021:14, 8037:2, 8039:15
**sees** [1] - 8033:20
**selected** [2] - 7980:4, 7980:17
**selection** [2] - 7944:25, 7979:25
**selections** [2] - 7943:20, 7943:21
**semantic** [1] - 8032:23
**semantically** [1] - 8033:5
**senior** [6] - 7939:10, 7970:17, 7987:8, 8013:17, 8014:4, 8040:24
**senior-most** [1] - 7939:10
**sense** [10] - 7941:17, 7941:19, 7973:4, 7973:23, 7974:19, 7978:25, 7979:5, 8015:23, 8020:2, 8023:9
**sent** [1] - 8011:25
**sentence** [4] - 7962:22, 7963:15, 7965:24, 7993:2
**sentences** [2] - 7963:12, 7964:10
**separate** [3] - 7963:19, 7981:22,

7982:12
**separated** [1] - 8011:14
**September** [3] - 7940:16, 7941:9, 8005:13
**Sergei** [3] - 8011:17, 8015:21
**SERP** [3] - 7954:19, 8004:21, 8004:24
**SERPs** [3] - 7954:15, 7954:23, 7990:12
**serve** [4] - 8021:4, 8031:1
**server** [1] - 8011:12
**serving** [1] - 8029:14
**SESSION** [1] - 7930:9
**sessions** [1] - 7970:1
**set** [14] - 7937:6, 7954:8, 7960:19, 7975:1, 7979:11, 7979:25, 7980:25, 7981:3, 7981:19, 7981:23, 7981:24, 7982:3, 7999:16
**sets** [24] - 7978:8, 7978:13, 7978:16, 7978:20, 7978:21, 7978:23, 7979:2, 7979:5, 7979:7, 7979:9, 7979:10, 7979:14, 7979:15, 7979:19, 7980:4, 7980:10, 7980:15, 7980:17, 7980:18, 7980:19, 7980:25, 7981:22, 7981:25
**settings** [2] - 7960:16, 7979:8
**several** [4] - 7972:12, 8027:14, 8028:17, 8032:6
**share** [4] - 7972:19, 7972:25, 7988:5, 7988:6
**shared** [1] - 7972:17
**Shazeer** [1] - 8024:11
**shift** [1] - 8041:6
**ship** [1] - 7958:2
**short** [1] - 7959:3
**shortcut** [1] - 8036:20
**shortening** [1] - 8026:13
**shorthand** [1] - 7931:10
**shortly** [3] - 7995:19, 8027:21, 8038:11
**show** [12] - 7946:9, 7948:8, 7948:17, 7955:6, 7955:15,

7967:22, 7984:24, 7992:12, 8000:25, 8004:24, 8029:4, 8038:19
**showed** [4] - 7946:22, 7949:5, 7984:4, 7987:10
**showing** [4] - 7975:12, 7985:9, 7986:15, 8037:4
**shown** [6] - 7937:6, 7989:15, 8000:17, 8004:20, 8032:14, 8037:20
**shows** [3] - 7936:25, 7975:16, 8038:20
**side** [77] - 7943:9, 7946:21, 7954:2, 7954:4, 7954:6, 7954:9, 7954:10, 7954:15, 7954:19, 7954:22, 7955:12, 7955:19, 7955:21, 7955:24, 7956:3, 7957:14, 7957:15, 7957:16, 7958:5, 7958:15, 7958:19, 7959:4, 7959:11, 7959:22, 7959:25, 7975:18, 7975:23, 7976:2, 7976:7, 7976:10, 7976:15, 7980:20, 7982:5, 7982:6, 7982:7, 7982:11, 7982:13, 8003:3, 8004:1, 8019:20, 8020:8, 8021:12
**side-by-side** [35] - 7946:21, 7954:2, 7954:4, 7954:6, 7954:9, 7954:10, 7954:15, 7954:19, 7954:22, 7955:12, 7955:19, 7955:21, 7955:24, 7956:3, 7957:14, 7957:15, 7957:16, 7958:5, 7958:15, 7958:19, 7959:4, 7959:11, 7959:22, 7959:25, 7975:18, 7975:23, 7976:2, 7976:7, 7976:10, 7976:15, 7982:6, 7982:7, 7982:11, 8003:3, 8004:1
**sides** [1] - 7955:16
**signal** [4] - 7967:12, 7968:14, 8010:19,

8010:21
**signals** [11] - 7941:16,
7945:5, 7945:7,
7945:9, 7966:24,
7967:13, 7975:8,
8010:18, 8029:12,
8029:18
**SIGNATURE** [1] -
8042:9
**significance** [1] -
8028:15
**significant** [2] -
8003:20, 8031:11
**Silicon** [2] - 8017:12,
8017:19
**silver** [1] - 7950:21
**similar** [7] - 7946:24,
7953:2, 7989:11,
7994:14, 7996:4,
7996:19, 8002:15
**Simon** [1] - 8027:5
**simple** [3] - 7947:10,
8032:10, 8032:14
**site** [1] - 7955:17
**sites** [1] - 8031:12
**sitting** [1] - 8011:15
**situation** [11] -
7954:11, 7956:2,
7958:13, 7959:8,
7959:15, 7960:6,
7965:6, 7967:19,
7996:6, 7999:10,
8002:13
**situations** [9] -
7960:1, 7960:13,
7960:19, 7960:23,
7966:12, 7979:11,
8002:3, 8003:11,
8003:16
**six** [10] - 7939:6,
7944:17, 7960:18,
7982:22, 7983:1,
7992:1, 7992:10,
8002:11, 8005:8,
8034:15
**Six** [1] - 7983:19
**size** [1] - 7968:21
**skeptical** [1] - 8040:15
**sketch** [1] - 8008:1
**skip** [1] - 7955:24
**skipping** [1] - 8017:25
**slice** [2] - 7981:4,
7981:5
**slide** [10] - 7982:20,
7984:4, 8001:22,
8011:9, 8021:16,
8028:4, 8028:22,
8028:23, 8029:4,
8032:13
**slides** [1] - 7982:19

**slightly** [4] - 7937:21,
7996:20, 7998:13,
8033:1
**slow** [1] - 8012:24
**small** [15] - 7942:12,
7949:5, 7949:10,
7951:6, 7968:14,
7969:6, 7977:16,
7977:17, 7996:20,
8000:1, 8000:15,
8002:24, 8040:6,
8040:8, 8040:15
**smaller** [1] - 8000:22
**smart** [1] - 8018:15
**smartphone** [1] -
8036:20
**SMURZYNSKI** [18] -
7931:2, 7940:5,
7958:20, 7985:18,
7986:17, 8001:15,
8001:17, 8004:10,
8006:14, 8006:20,
8007:1, 8035:17,
8035:22, 8037:16,
8039:1, 8039:2,
8040:1, 8041:5
**snapshot** [5] -
7965:15, 7965:25,
7966:17, 7966:20,
7967:3
**snippets** [3] -
8010:25, 8031:3,
8031:10
**software** [5] - 8008:5,
8012:1, 8012:14,
8012:16, 8012:21
**solve** [6] - 8010:14,
8011:7, 8013:25,
8019:21, 8030:12,
8032:2
**solved** [2] - 8028:2,
8030:9
**solving** [1] - 8011:8
**someone** [2] -
7980:19, 7996:5
**sometimes** [11] -
7942:3, 7946:11,
7950:2, 7950:21,
7977:19, 7990:15,
7991:17, 8015:1,
8016:7, 8019:16,
8021:3
**somewhat** [3] -
7944:14, 7994:14,
8041:4
**somewhere** [6] -
7961:11, 7961:20,
7961:22, 8009:23,
8037:9, 8040:4
**songs** [1] - 8036:12

**sorry** [17] - 7934:11,
7934:12, 7952:20,
7957:2, 7959:1,
7960:11, 7960:21,
7962:6, 7962:20,
7970:11, 7976:23,
7983:13, 7990:11,
8003:13, 8015:21,
8025:8, 8037:10
**Sorry** [1] - 8012:25
**sort** [20] - 7937:10,
7939:20, 7949:11,
7952:3, 7953:7,
7954:7, 7975:24,
7981:18, 7988:5,
7991:12, 7991:16,
8007:15, 8010:3,
8011:16, 8015:23,
8016:19, 8025:6,
8028:16, 8034:16,
8036:10
**sounds** [1] - 7940:24
**sources** [7] - 8033:11,
8033:15, 8034:2,
8034:3, 8034:5,
8034:7, 8034:12
**South** [1] - 7930:16
**Southwest** [1] -
7931:3
**space** [2] - 8014:14,
8015:12
**Spanish** [2] - 7979:23,
8025:22
**spans** [1] - 8010:10
**speaking** [1] - 7940:9
**Spears** [2] - 8024:4,
8024:5
**specialized** [1] -
8014:17
**specific** [3] - 7953:8,
7998:2, 7998:4
**specifically** [2] -
7939:25, 7946:13
**specifics** [3] - 7964:6,
7964:8, 8039:21
**specified** [1] -
8027:18
**spectrum** [1] -
8010:10
**speculation** [1] -
8004:5
**sped** [1] - 8019:4
**speech** [1] - 8013:25
**spell** [9] - 8007:3,
8023:14, 8023:22,
8024:4, 8024:5,
8024:21, 8025:1,
8025:23
**spelling** [15] -
8015:15, 8023:8,

8023:9, 8023:18,
8023:23, 8023:25,
8024:6, 8024:14,
8024:19, 8025:7,
8025:10, 8025:20,
8026:2, 8026:11
**spellings** [6] - 8024:3,
8024:16, 8025:11,
8025:12, 8025:13,
8026:8
**spend** [1] - 8028:19
**spent** [3] - 7938:11,
7968:4, 8021:9
**split** [3] - 7981:24,
7981:25, 7983:16
**sports** [1] - 8033:17
**square** [2] - 8011:18,
8011:20
**St** [2] - 8032:17,
8032:19
**stack** [2] - 7942:24,
7967:9
**staff** [2] - 7959:13,
7988:21
**stage** [1] - 7939:6
**stairs** [1] - 8027:12
**STAND** [1] - 7933:12
**stand** [3] - 7933:18,
7933:24, 7964:10
**standard** [4] -
7965:25, 8004:18,
8005:2, 8013:6
**Stanford** [2] -
8015:21, 8015:24
**start** [7] - 7936:12,
8005:7, 8012:8,
8021:17, 8028:7,
8030:10, 8038:9
**started** [11] - 7937:5,
8009:22, 8014:24,
8018:18, 8023:10,
8028:1, 8028:12,
8032:5, 8032:21,
8038:5, 8040:6
**starts** [2] - 7983:14,
8026:17
**State** [2] - 7930:18,
7930:19
**state** [1] - 8007:2
**statement** [7] -
7941:23, 7942:15,
7943:1, 7963:14,
7968:24, 7982:1,
7994:20
**STATES** [3] - 7930:1,
7930:3, 7930:10
**States** [7] - 7930:13,
7930:16, 7933:4,
7933:7, 7979:16,
8001:11, 8007:11

**static** [6] - 7965:15,
7965:17, 7965:25,
7966:17, 7966:20,
7967:3
**statistical** [3] -
7999:1, 8002:22,
8003:20
**statistician** [1] -
7998:24
**stature** [1] - 8006:12
**stayed** [1] - 8016:13
**stenotype** [1] -
7931:10
**step** [2] - 7978:19,
7981:6
**still** [6] - 7938:12,
7969:7, 8009:17,
8021:21, 8024:25,
8027:11
**stopped** [1] - 8021:10
**straight** [1] - 7938:23
**stream** [1] - 8026:6
**Street** [2] - 7930:14,
7930:16
**structure** [1] - 8033:21
**student** [1] - 8015:22
**students** [2] - 7939:6,
7942:2
**studied** [4] - 7933:25,
7936:4, 7988:17,
8001:20
**studies** [23] - 7942:4,
7953:21, 7959:17,
7960:17, 7961:13,
7975:20, 7975:22,
7979:14, 7999:8,
7999:9, 8001:3,
8003:8, 8003:16,
8003:17, 8003:18,
8004:17, 8005:3,
8005:25, 8006:3
**study** [32] - 7937:12,
7941:1, 7941:3,
7942:23, 7944:5,
7944:18, 7953:17,
7959:8, 7960:3,
7960:9, 7965:4,
7966:24, 7967:1,
7975:21, 7975:23,
7975:24, 7975:25,
7979:13, 7980:8,
7980:20, 7994:5,
7994:16, 7998:8,
7999:1, 7999:11,
7999:13, 8003:19,
8003:24
**studying** [4] - 7935:9,
7935:21, 7936:2,
8005:12
**stuff** [7] - 7933:22,

7943:18, 7972:17, 7991:10, 7992:5, 7996:25, 7997:7
**style** [1] - 8013:8
**subject** [1] - 7986:12
**subjects** [1] - 7994:3
**submitted** [2] - 7940:23, 7989:9
**subpopulations** [1] - 7979:22
**subsamples** [2] - 7979:4, 7979:18
**subsequently** [1] - 8015:11
**subset** [3] - 7943:2, 7945:8, 7991:20
**subtle** [1] - 8026:23
**successors** [1] - 8010:3
**suffice** [1] - 8007:8
**sufficient** [3] - 7962:15, 7989:4, 8006:12
**suggestion** [1] - 8003:2
**suggestions** [1] - 8028:8
**suggests** [1] - 7999:24
**Suite** [2] - 7930:17, 7930:21
**summer** [3] - 7939:22, 7972:3, 7972:18
**Sun** [2] - 8007:21, 8012:17
**Sundar** [3] - 8008:16, 8008:20
**supercomputers** [1] - 7942:3
**supervise** [1] - 7978:19
**supposed** [3] - 7936:1, 7970:2, 7973:20
**surprise** [1] - 7939:2
**sustainability** [2] - 8008:17, 8008:18
**Swift** [1] - 7966:14
**swipes** [2] - 7943:17, 7944:2
**switch** [4] - 8034:23, 8038:3, 8040:10, 8040:11
**SWORN** [1] - 8006:22
**synonymously** [1] - 7946:4
**synonyms** [4] - 8026:15, 8026:16, 8027:1, 8027:23
**system** [61] - 7938:9,

7944:4, 7945:16, 7950:15, 7950:16, 7950:17, 7951:2, 7951:3, 7951:25, 7952:6, 7953:2, 7953:4, 7953:11, 7954:8, 7958:11, 7958:12, 7958:14, 7958:16, 7959:4, 7959:6, 7965:17, 7965:18, 7966:3, 7967:5, 7968:4, 7968:6, 7968:8, 7968:10, 7968:11, 7969:9, 7969:18, 7969:20, 7975:2, 7978:12, 7987:16, 7991:2, 7991:10, 7992:4, 8002:1, 8002:2, 8002:12, 8005:18, 8005:22, 8005:23, 8005:25, 8008:4, 8012:11, 8013:2, 8014:25, 8015:6, 8015:9, 8024:14, 8024:21, 8025:7, 8027:22, 8028:11, 8029:22
**systematicity** [1] - 8019:7
**systems** [22] - 7945:19, 7951:23, 7953:3, 7954:5, 7956:19, 7957:16, 7968:7, 7968:23, 7969:14, 7973:8, 7975:25, 7995:11, 7996:11, 7996:17, 7996:22, 8005:14, 8011:22, 8011:23, 8012:16, 8013:1, 8014:20, 8021:3

**T**

**table** [19] - 7941:15, 7965:23, 7968:15, 7980:13, 7983:7, 7983:14, 7984:6, 7984:7, 7984:18, 7985:25, 7986:1, 7986:10, 7987:5, 7987:15, 7990:24, 8005:7, 8005:15, 8009:7
**tables** [5] - 7973:22, 7973:23, 7975:6, 7975:7, 7990:23
**tablets** [2] - 8039:5, 8039:14
**tail** [1] - 8003:17

**talent** [3] - 8017:14, 8017:18, 8017:22
**talks** [2] - 7937:7, 8022:19
**Tanzania** [1] - 8007:10
**task** [1] - 7961:7
**tasked** [1] - 7994:16
**Taylor** [1] - 7966:14
**teach** [1] - 8008:15
**team** [16] - 7938:6, 7938:16, 7938:17, 7938:18, 7938:21, 7938:24, 7939:1, 7939:3, 7939:6, 7957:13, 8014:4, 8018:7, 8018:16, 8018:19, 8030:21, 8040:6
**teams** [2] - 8033:17, 8038:13
**TechCERC** [1] - 8010:3
**technical** [8] - 7973:22, 7974:10, 7975:3, 7998:4, 8010:7, 8019:18, 8019:20, 8020:8
**technically** [2] - 8019:16, 8022:13
**techniques** [1] - 8019:6
**technology** [4] - 8000:2, 8000:7, 8000:8, 8000:11
**TechWorld** [1] - 8010:3
**ten** [31] - 7938:20, 7939:1, 7952:15, 7952:22, 7952:24, 7953:3, 7953:12, 7961:11, 7961:14, 7961:15, 7961:18, 7961:20, 7961:22, 7961:24, 7962:1, 7962:23, 7963:13, 7964:1, 7964:4, 7964:5, 7964:6, 7964:20, 7965:6, 7965:7, 7965:8, 7990:15, 7990:21, 7995:14, 8016:14, 8028:25, 8029:1
**tend** [4] - 7969:5, 7989:11, 7990:4, 8026:22
**tends** [1] - 7971:14
**tensor** [1] - 8014:16
**tenure** [2] - 8023:3, 8037:7
**term** [8] - 7943:5,

7969:2, 7971:15, 7989:19, 7989:23, 7990:5, 7991:18, 8015:3
**terms** [10] - 7945:10, 7950:22, 7989:21, 8002:17, 8002:19, 8010:8, 8010:9, 8028:16, 8032:10, 8039:12
**test** [15] - 7950:8, 7950:10, 7967:1, 7967:4, 7967:19, 7967:20, 7967:24, 7968:12, 7980:4, 7980:6, 7980:16, 7980:23, 7980:24, 7999:2, 7999:14
**tested** [3] - 7967:7, 7967:22, 8001:24
**testified** [1] - 7985:14
**testifying** [1] - 7958:22
**TESTIMONY** [1] - 7932:3
**testimony** [12] - 7933:17, 7936:5, 7936:19, 7946:17, 7957:9, 7977:13, 7977:14, 7984:21, 7986:20, 7990:17, 8006:18, 8041:11
**testing** [5] - 7947:2, 7950:6, 7966:20, 8003:10, 8004:3
**tests** [1] - 7954:19
**text** [1] - 8029:20
**textual** [1] - 8029:2
**THE** [50] - 7930:1, 7930:1, 7930:10, 7933:8, 7933:12, 7933:13, 7933:14, 7940:11, 7945:4, 7945:9, 7945:12, 7945:13, 7945:23, 7947:19, 7947:20, 7956:24, 7957:2, 7958:23, 7959:1, 7960:11, 7960:15, 7961:1, 7961:2, 7974:21, 7974:24, 7985:12, 7995:17, 7995:22, 8001:11, 8001:14, 8004:6, 8004:8, 8006:16, 8006:19, 8006:22, 8006:23, 8006:24, 8012:25, 8035:20, 8037:10, 8037:12, 8037:13, 8037:14,

8037:15, 8038:22, 8038:25, 8039:21, 8041:8, 8041:12, 8041:13
**theirs** [1] - 8016:5
**themselves** [2] - 7964:10, 7978:5
**theory** [1] - 7950:10
**thereafter** [1] - 8027:21
**therefore** [2] - 7939:23, 8025:13
**they've** [1] - 8027:13
**thinking** [7] - 7943:23, 7946:16, 8015:23, 8016:2, 8018:23, 8031:4, 8031:21
**third** [1] - 8036:14
**thorough** [1] - 7984:12
**thread** [1] - 8014:7
**three** [29] - 7940:22, 7944:6, 7960:15, 7961:11, 7961:12, 7961:13, 7962:1, 7962:15, 7962:24, 7963:15, 7963:18, 7963:23, 7964:5, 7964:7, 7964:14, 7964:19, 7965:5, 7969:4, 7978:8, 7978:10, 7978:13, 7979:5, 7979:16, 7981:24, 7993:12, 7999:17, 8001:24, 8009:5, 8027:25
**throw** [1] - 8011:4
**time-consuming** [1] - 7942:25
**today** [12] - 7935:10, 7936:2, 7937:14, 7943:24, 7948:18, 7952:7, 8013:11, 8021:12, 8021:22, 8024:4, 8024:13
**together** [8] - 7970:1, 7972:12, 7991:16, 8013:24, 8018:19, 8029:25, 8030:1, 8033:17
**Tong** [1] - 8027:5
**took** [9] - 7939:22, 8008:11, 8012:5, 8014:11, 8026:14, 8027:11, 8028:1, 8030:12, 8033:7
**Toolbar** [1] - 8028:12
**tools** [1] - 8019:6
**top** [6] - 7971:25, 7988:7, 7994:3,

8011:15, 8029:1,
8036:14
**top-line** [1] - 7988:7
**topics** [1] - 8038:3
**total** [1] - 8002:18
**totally** [1] - 7958:9
**towards** [1] - 8040:5
**track** [2] - 7934:10,
7938:13
**tradition** [2] - 8016:25
**traffic** [25] - 7950:14,
7950:18, 7951:1,
7951:3, 7952:15,
7952:23, 7956:11,
7956:13, 7956:23,
7957:4, 8000:18,
8000:19, 8002:1,
8002:5, 8002:9,
8002:13, 8002:16,
8002:18, 8002:24,
8004:1, 8040:9,
8040:16, 8040:22,
8041:2, 8041:3
**train** [3] - 7937:2,
7937:3, 7937:4
**trained** [4] - 7937:15,
7944:16, 8005:9,
8005:11
**training** [3] - 7937:7,
7974:24, 8002:10
**Transcript** [1] -
7931:11
**transcript** [4] -
7957:10, 7981:14,
7984:25, 8042:4
**TRANSCRIPT** [1] -
7930:9
**transcription** [1] -
7931:11
**transcripts** [1] -
7936:24
**translate** [1] - 8026:19
**translation** [1] -
8013:25
**transparent** [3] -
7971:3, 7971:5,
7971:7
**trend** [3] - 8000:25,
8025:17, 8040:2
**trends** [3] - 8039:12,
8039:15, 8039:24
**trial** [1] - 7984:22
**TRIAL** [1] - 7930:9
**tricky** [1] - 8041:1
**tried** [6] - 7974:11,
7988:4, 8003:6,
8026:9, 8026:10,
8030:10
**tries** [2] - 7945:16,
7989:8

**triggered** [1] - 7993:4
**triggers** [1] - 7993:4
**true** [19] - 7938:12,
7941:23, 7942:19,
7968:14, 7968:25,
7969:10, 7969:13,
7969:19, 7974:8,
7976:19, 7977:11,
7981:12, 7982:14,
7994:13, 7995:7,
7995:10, 7995:13,
7996:9, 8003:7
**trust** [1] - 8041:1
**try** [11] - 7935:5,
7952:22, 7992:25,
7996:22, 8011:25,
8012:2, 8012:3,
8016:23, 8029:15,
8029:25, 8032:9
**trying** [18] - 7935:9,
7943:19, 7944:3,
7954:13, 7959:24,
7959:25, 7960:12,
7960:24, 7984:12,
7989:24, 7998:21,
8006:1, 8010:14,
8019:15, 8019:21,
8022:15, 8037:25
**turn** [1] - 8018:22
**turned** [1] - 7934:21
**turns** [1] - 8017:15
**twice** [3] - 7955:18,
8002:16, 8015:10
**twist** [1] - 8024:25
**two** [18] - 7939:16,
7948:19, 7954:4,
7954:5, 7959:20,
7960:22, 7963:12,
7976:8, 7982:2,
7984:11, 7994:18,
8002:5, 8013:17,
8013:24, 8022:24,
8027:25, 8030:9,
8033:13
**Tyler** [1] - 7930:20
**type** [6] - 7948:24,
7950:13, 8004:24,
8028:10, 8035:13,
8035:15
**typed** [1] - 8036:8
**types** [12] - 7943:16,
7945:7, 7945:14,
7945:15, 7990:25,
7994:22, 8019:22,
8022:1, 8029:6,
8029:9, 8029:17,
8029:19
**typically** [3] - 7953:17,
7991:18, 8034:19
**typing** [4] - 8028:7,

8028:11, 8028:17,
8028:19

## U

**U.S** [1] - 7979:10
**undergrad** [1] -
8007:14
**understood** [3] -
7967:4, 7967:5,
7967:8
**underway** [1] -
7937:24
**unique** [1] - 8010:17
**UNITED** [3] - 7930:1,
7930:3, 7930:10
**United** [4] - 7930:13,
7930:16, 7933:4,
7979:16
**units** [1] - 8014:16
**universal** [7] -
8028:22, 8028:24,
8030:12, 8030:14,
8030:17, 8031:1,
8031:3
**universities** [1] -
8017:6
**University** [1] -
8007:13
**unlaunch** [2] - 8037:5,
8037:22
**unlaunched** [2] -
8037:3, 8038:1
**unlaunching** [1] -
8037:7
**unlikely** [1] - 7980:2
**unnecessary** [1] -
7942:18
**unreliable** [1] -
8011:24
**unsolvable** [2] -
8014:1, 8014:2
**up** [45] - 7936:15,
7946:8, 7946:18,
7947:18, 7950:4,
7953:7, 7960:23,
7961:14, 7975:8,
7976:3, 7976:20,
7978:12, 7981:16,
7985:2, 7988:2,
7992:12, 8001:22,
8002:23, 8007:9,
8007:10, 8011:9,
8011:17, 8013:3,
8014:18, 8016:20,
8016:21, 8019:4,
8021:4, 8021:11,
8021:16, 8022:1,
8022:12, 8023:2,
8023:8, 8024:6,

8024:11, 8024:20,
8024:22, 8024:24,
8025:15, 8026:7,
8034:6, 8034:21,
8037:4, 8038:16
**upcoming** [1] -
8036:16
**updates** [1] - 7978:18
**upper** [1] - 8035:11
**upset** [1] - 8027:17
**UPXD032** [1] -
7985:11
**UPXD045** [1] - 7988:3
**UPXD20** [1] - 7976:21
**UPXD32** [1] - 7985:2
**UPXD33** [1] - 7986:13
**usage** [4] - 8037:4,
8037:24, 8037:25,
8040:3
**useful** [1] - 8028:8
**user** [39] - 7943:5,
7943:9, 7943:10,
7943:12, 7943:15,
7943:19, 7943:25,
7944:9, 7945:5,
7945:7, 7945:8,
7945:18, 7959:16,
7959:17, 7966:14,
7966:23, 7968:12,
7991:14, 8010:9,
8010:12, 8016:11,
8016:12, 8017:2,
8019:10, 8020:6,
8021:1, 8022:1,
8023:10, 8023:11,
8026:13, 8026:17,
8027:17, 8028:10,
8029:13, 8030:19,
8031:7, 8031:10,
8032:10
**users** [4] - 7944:4,
8003:21, 8023:14,
8035:7
**uses** [13] - 7954:15,
7954:19, 7954:22,
7962:24, 7963:15,
7963:23, 7966:17,
7975:14, 7975:15,
7975:18, 7978:23,
7979:16, 7995:8
**usual** [1] - 7945:1

## V

**V20** [3] - 8036:16,
8036:19, 8036:21
**vague** [1] - 8026:17
**Valley** [2] - 8017:12,
8017:19
**values** [1] - 7975:13

**variations** [2] -
7996:20, 8003:21
**variety** [1] - 7944:1
**various** [8] - 7934:2,
7990:22, 8008:5,
8011:24, 8031:12,
8031:13, 8035:5
**verified** [1] - 7987:15
**verify** [1] - 7987:18
**version** [4] - 7965:18,
8002:2, 8022:13,
8027:16
**versus** [6] - 7933:4,
7950:21, 8004:23,
8039:5, 8039:13
**via** [2] - 8004:20,
8039:13
**video** [2] - 7936:21,
8029:11
**videos** [3] - 7936:23,
8029:7, 8029:23
**View** [2] - 7969:11,
8007:6
**view** [3] - 7936:7,
8004:12, 8005:1
**views** [1] - 7996:2
**voice** [1] - 7943:21
**volume** [2] - 8000:1,
8000:15
**vs** [1] - 7930:5

## W

**wait** [2] - 7937:9,
7946:6
**waited** [2] - 7941:4
**walk** [1] - 8016:22
**walking** [2] - 8027:11,
8027:12
**wall** [1] - 8016:22
**wants** [1] - 7966:14
**Washington** [4] -
7930:5, 7930:14,
7931:4, 7931:8
**ways** [17] - 7950:25,
7959:16, 7978:2,
7978:10, 7981:4,
7994:21, 8010:4,
8011:24, 8015:25,
8019:14, 8024:5,
8030:2, 8030:7,
8031:13, 8033:22,
8034:7, 8035:9
**web** [19] - 7990:8,
7990:10, 7990:12,
7990:15, 7990:20,
7991:7, 8010:19,
8010:21, 8022:9,
8024:15, 8024:19,
8025:3, 8025:4,

8025:12, 8025:13, 8029:5, 8033:8, 8033:20, 8033:22

**Web** [1] - 8023:22
**Webb** [1] - 7930:20
**websites** [3] - 7990:6, 7990:7, 7990:10
**week** [4] - 7977:13, 7977:15, 8018:19, 8018:21
**welcome** [2] - 7962:18, 8006:23
**Western** [1] - 8007:13
**whole** [5] - 7954:8, 7992:11, 8014:4, 8018:19
**Wick** [2] - 8042:3, 8042:8
**WICK** [1] - 7931:7
**widely** [2] - 7953:20, 8013:7
**wife** [1] - 8032:25
**Wikipedia** [1] - 8033:15
**William** [1] - 7933:6
**WILLIAM** [1] - 7930:19
**Williams** [1] - 7931:3
**window** [1] - 7975:12
**wise** [1] - 7960:1
**wish** [1] - 8012:18
**wished** [1] - 8012:17
**witness** [7] - 7940:7, 7958:20, 7985:4, 8001:10, 8006:21, 8038:23, 8039:19
**WITNESS** [19] - 7933:12, 7933:14, 7945:9, 7945:13, 7947:20, 7957:2, 7959:1, 7960:15, 7961:2, 7974:24, 7985:12, 8004:8, 8006:19, 8006:22, 8006:24, 8012:25, 8037:12, 8037:14, 8041:12
**wondering** [1] - 8035:4
**word** [14] - 7955:18, 7992:11, 7993:24, 7996:2, 8022:3, 8022:5, 8022:21, 8024:25, 8027:8, 8027:9, 8027:17, 8031:22, 8031:23, 8031:24
**Word** [1] - 8026:24
**wording** [1] - 8005:16
**words** [14] - 8011:1, 8016:1, 8019:22,

8024:1, 8025:20, 8025:21, 8025:22, 8026:19, 8026:20, 8027:3, 8031:21, 8031:24, 8032:4
**workers** [1] - 7971:2
**works** [3] - 7949:25, 7951:12, 8022:14
**world** [9] - 8017:13, 8017:15, 8017:17, 8017:22, 8017:23, 8024:3, 8025:18, 8032:1, 8032:24
**worth** [3] - 7951:8, 7960:4, 8011:8
**write** [4] - 7957:13, 7962:22, 8012:14, 8012:16
**writing** [1] - 7947:13
**written** [7] - 7947:1, 7948:2, 7948:5, 7948:17, 7948:18, 8009:19, 8015:13
**wrote** [3] - 7947:23, 7948:14, 8024:13

## X

**Xerox** [1] - 8010:4

## Y

**Yahoo** [3] - 8020:17, 8022:20
**Yahoo!** [1] - 8022:21
**Yankees** [2] - 8032:16, 8032:19
**year** [5] - 8007:21, 8008:16, 8027:5, 8028:2, 8038:12
**year's** [2] - 8015:3, 8015:7
**years** [24] - 7952:16, 7952:22, 7952:24, 7953:3, 7953:12, 7955:8, 7968:3, 7968:8, 7970:25, 7971:15, 7977:7, 7990:19, 8003:9, 8008:2, 8008:8, 8014:23, 8017:12, 8017:13, 8027:11, 8027:14, 8027:22, 8027:25, 8037:6
**yes-or-no** [4] - 7947:10, 7958:8, 7970:22, 7992:12
**yesterday** [5] - 7939:12, 7948:22, 7953:20, 7973:16,

7976:21
**Yogi** [3] - 8032:15, 8032:18, 8032:25
**York** [6] - 7930:21, 8017:19, 8017:20, 8032:16, 8032:19
**yourself** [2] - 7986:22, 8020:1
**YouTube** [1] - 8008:13

## Z

**zip** [1] - 8007:7
**Zurich** [2] - 8017:16