UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, et al.,

                Plaintiffs,

v.

GOOGLE LLC,

                Defendant.

Case No. 1:20 cv 03010-APM

**NOTICE OF CHANGE OF ADDRESS**

**PLEASE TAKE NOTICE** that the New York office of CLIFFORD CHANCE US LLP is no longer located at 31 West 52nd Street and has moved to the following address:

CLIFFORD CHANCE US LLP
Two Manhattan West
375 9th Avenue
New York, NY 10001

All telephone numbers and email addresses remain the same.

Dated: June 25, 2024

CLIFFORD CHANCE US LLP

S/ John D. Friel

John D. Friel
Two Manhattan West
375 9th Avenue
New York, NY 10001
(212) 878-8000
John.friel@cliffordchance.com

Attorneys for non-party Oracle Corporation