1              BEFORE THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
2

3   UNITED STATES OF AMERICA, et al., .
                                      .  Case Number 20-cv-3010
4            Plaintiffs,              .
                                      .
5       vs.                           .
                                      .  Washington, D.C.
6   GOOGLE LLC,                       .  November 1, 2023
                                      .  1:31 p.m.
7            Defendant.               .
    - - - - - - - - - - - - - - - - - .

8

9              TRANSCRIPT OF BENCH TRIAL, DAY 32
                      (AFTERNOON SESSION)
10        BEFORE THE HONORABLE AMIT P. MEHTA
                UNITED STATES DISTRICT JUDGE
11

12  APPEARANCES:

13  For DOJ Plaintiffs:          KENNETH DINTZER, ESQ.
                                 United States Department of Justice
14                               1100 L Street Northwest
                                 Washington, D.C. 20005
15
                                 DAVID DAHLQUIST, ESQ.
16                               United States Department of Justice
                                 209 South LaSalle Street
17                               Suite 600
                                 Chicago, Illinois 60604
18
                                 SARA GRAY, ESQ.
19                               JOSHUA HAFENBRACK, ESQ.
                                 United States Department of Justice
20                               450 Fifth Street Northwest
                                 Washington, D.C. 20001
21
    For Plaintiffs State of
22  Colorado and State of
    Nebraska:                    WILLIAM F. CAVANAUGH, JR., ESQ.
23                               Patterson Belknap Webb & Tyler LLP
                                 1133 Avenue of the Americas
24                               Suite 2200
                                 New York, New York 10036
25
                        -- continued --

```
1    APPEARANCES (CONTINUED):

2    For Plaintiff State of
     Nebraska:                    MATTHEW MCKINLEY, ESQ.
3                                 Office of the Attorney General
                                  2115 State Capital Building
4                                 Lincoln, Nebraska 68509

5    For the Defendant:           JOHN SCHMIDTLEIN, ESQ.
                                  KENNETH SMURZYNSKI, ESQ.
6                                 BENJAMIN GREENBLUM, ESQ.
                                  Williams & Connolly LLP
7                                 680 Maine Avenue Southwest
                                  Washington, D.C. 20024
8

9

10

11   Official Court Reporter:     SARA A. WICK, RPR, CRR
                                  333 Constitution Avenue Northwest
12                                Room 4704-B
                                  Washington, D.C. 20001
13                                202-354-3284

14
     Proceedings recorded by stenotype shorthand.
15   Transcript produced by computer-aided transcription.

16

17

18

19

20

21

22

23

24

25
```

1                          C O N T E N T S

2

3                              TESTIMONY

4   ELIZABETH REID          Cross-Examination................ 8326
                            Cross-Examination................ 8336
5                           Redirect Examination............. 8347
                            Recross-Examination.............. 8349
6

7   ERIC CHRISTENSEN (via videotaped deposition)

    WINIFRED MITCHELL BAKER (via videotaped deposition)
8

9

10                         EXHIBITS RECEIVED

11  UPX2068.......................................... 8327
    UPX2067.......................................... 8330
12  PSXD15........................................... 8346
    DX62A............................................ 8349
13  UPX2022 and UPX2023.............................. 8351
    DX2036 and UPX2080.............................. 8356

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    P R O C E E D I N G S
 2          (Call to order of the court.)
 3              THE COURT:  Mr. Dahlquist, whenever you're ready.
 4              MR. DAHLQUIST:  Thank you, Your Honor.
 5                    CROSS-EXAMINATION (Continued)
 6              BY MR. DAHLQUIST:
 7   Q.   Welcome back, Ms. Reid.  I hope you had a good lunch.
 8   A.   Thank you.
 9   Q.   Right before the break, we were talking about SGE, which
10   stands for Search Generative Experience; correct?
11   A.   Yes.
12   Q.   Now, SGE, or Search Generative Experience, is Google's
13   effort to combine generative AI with Search; correct?
14   A.   Correct.
15   Q.   Google's SGE today is only available through Google Search
16   Labs; correct?
17   A.   That is correct.
18   Q.   And today, SGE users only represent a small portion of
19   Google's total daily users on Search; correct?
20   A.   That is correct.
21   Q.   Do you have an estimate as to how many?
22   A.   On a daily basis, yes.
23   Q.   What's the approximate, in rough numbers?
24   A.   Around 8 to 10 million.
25   Q.   Okay.  If we can put up UPX2068, which should also be in
```

```
 1    your -- the white binder there, UPX2068.
 2         And is UPX2068 a blog post authored by you that was posted
 3    to Google's website around May 10, 2023?
 4    A.   Yes.
 5              MR. DAHLQUIST:  Your Honor, we move to admit UPX2068.
 6              MR. SMURZYNSKI:  No objection.
 7              THE COURT:  Okay.  It will be admitted.
 8         (Exhibit UPX2068 received into evidence.)
 9              BY MR. DAHLQUIST:
10    Q.   Ms. Reid, at the very top on UPX2068, it says, "Sign up
11    today to test our latest update to Search."
12         Do you see that?
13    A.   Yes.
14    Q.   In order to use the Search Generative Experience, users
15    need to sign in or sign up; correct?
16    A.   Yes.
17    Q.   And if you could turn to page 454, a couple pages in, the
18    heading is "taking a responsible approach."
19         Do you see that heading?
20    A.   Uh-huh.
21    Q.   At the very top, the first line, you state, "There are
22    known limitations with generative AI and LLMs, and search even
23    today will not always get it right."
24         Do you see that statement?
25    A.   I do.
```

```
 1   Q.   And you continue on by stating, "We're taking a responsible

 2   and deliberate approach to bringing new generative AI

 3   capabilities to search."

 4        Do you see that statement?

 5   A.   I do.

 6   Q.   And you authored those statements; correct?

 7   A.   Yes.  Sorry.  I nodded.

 8   Q.   Now, as stated, Google has identified some of the known

 9   limitations to its SGE product; correct?

10   A.   Yes.

11   Q.   Because it's an experiment, it's not always going to get

12   things right; correct?

13   A.   Yes, and also just because of how LLMs and generative AI

14   work.

15   Q.   Let's turn to UPX2067.

16   A.   Is that the previous --

17   Q.   Oh, I'm sorry.  I went too fast.  I apologize.

18        Let's go down to "starting with Search Labs," back to the

19   same document we were on, apologies, UPX2068, back to page 454.

20        Under "taking a responsible approach," there's another

21   heading, "starting with Search Labs."

22   A.   Uh-huh.

23   Q.   Do you see that?

24   A.   Yes.

25   Q.   You state, "We're starting an experiment in Search Labs
```

called SGE (Search Generative Experience) available on Chrome

desktop and the Google app., android and iOS in the U.S.,

English only at launch, so that we can incorporate feedback and

continue to improve the experience over time."

    Do you see that?

A.   Yes.

Q.   And that goes to the idea we were talking about before of

the more user feedback you get, the better the SGE experience

will become; correct?

A.   I think what that was actually focused on in that sentence

is this is a pretty different experience, and just the question

of feedback, like do people like it, what do people like about

the experience.

    And so it wasn't even more on a per-query basis, but just

does the product work, when does it work, when do people prefer

a different experience.

Q.   And Google is going to rely on that feedback and user

interaction in order to determine -- improve the quality of the

product; correct?

A.   It will be one input into how we improve the product.

Q.   Now let's turn to UPX2067, which is also in your binder.

    And UPX2067 is entitled "a new way to search with

generative AI, an overview of SGE."

    Are you familiar with this document?

A.   I'm familiar at a high level, not all of the details.

```
 1   Q.   This is a document posted on Google's website that gives

 2   users more information about its SGE experience; correct?

 3   A.   That is correct.

 4            MR. DAHLQUIST:  Your Honor, we move to admit UPX2067.

 5            MR. SMURZYNSKI:  No objection.

 6            THE COURT:  Okay.  It will be admitted.

 7        (Exhibit UPX2067 received into evidence.)

 8            BY MR. DAHLQUIST:

 9   Q.   If we can turn to page 445 in this document, the heading

10   is "known limitations."

11   A.   Yes.

12   Q.   And it states at the top, "While we've built a range of

13   protections into SGE, there are known limitations of both LLMs

14   and this experience in its initial experimental form."

15        Do you see that?

16   A.   Uh-huh.

17   Q.   Again, we've talked about this, but you agree that there's

18   some known limitations to LLMs, Bard, and now SGE; correct?

19   A.   I agree.

20   Q.   It identifies four or five specific categories.  I would

21   just like to ask you a couple of questions about them.

22   A.   Uh-huh.

23   Q.   Well, let me take a step back.

24        Similar to Bard -- well, let's start at the first one.

25        The first bullet point says "misinterpretation during
```

1    corroboration"; correct?

2    A.    Correct.

3    Q.    Now, similar to Bard, SGE may misinterpret -- may

4    misinterpret queries or requests during its corroboration.

5          What does that mean?

6    A.    So when they said we identify information to corroborate

7    but with misinterpretations of language, so a good example might

8    be you have this information that talks about a house that was

9    sold at one price and bought at another price.  Okay?  And we

10   thought that it was sold at the price it was bought at, right,

11   like in the second one.

12         And so the information that corroborates it, that backs it

13   up, the web page that's related is referred correctly, but we

14   didn't actually understand.  Right?

15         The -- the ability to sort of know who is attesting to

16   similar things as opposed to know whether they attested that

17   specific thing can have errors.

18   Q.    So Google tries to fact-check the SGE responses against the

19   results that it gets from Google Search; correct?

20   A.    It does.

21   Q.    And Google relies on its search results in order to verify

22   or confirm the SGE responses; correct?

23   A.    It is relying on the search index.  It may not be the

24   results for that particular query.

25   Q.    Now, the second bullet point, SGE is also prone to

1    hallucinations; correct?

2    A.    Correct.

3    Q.    And similar to Bard, SGE can misrepresent facts or

4    inaccurately identify insights; correct?

5    A.    Correct.

6    Q.    The third one is "bias."

7          That's a known limitation of SGE as well; correct?

8    A.    Of any LLM or model, yeah.

9    Q.    And what does it mean to have a bias in an SGE or an LLM?

10   A.    So it can have different -- it can exhibit in different

11   ways, but an example might be you reference something that has

12   very different perspectives.

13         Like in the U.S., the reference to God is often more from a

14   Christian perspective.  That's just what the web dominates on.

15   So you have to think about whether or not if someone just asks

16   about God in general, do you use a Christian interpretation or

17   do you use a broader global interpretation.  Right?  That can be

18   an example.

19         CEOs are disproportionately of certain genders and certain

20   races.  If you ask a generic question about CEOs, do you surface

21   across the different ones.

22         So those can be ways that it can show.

23   Q.    The next page, one page in at 446, has a limitation

24   of "opinionated content implying persona."

25         Do you see that limitation?

1    A.    Uh-huh.

2    Q.    And what is meant by that limitation to SGE?

3    A.    So we really want to reflect much more of that neutral

4    objective tone, but it could be that the model, having been

5    trained on the web, might imply that it is coming off with a

6    particular point of view.

7         It could be that it's trained heavily and it read a bunch

8    of marketing material for a product, and then it starts -- then

9    you ask a question about the product, and it sounds like it's

10   giving marketing speech as opposed to just more neutral, here's

11   the facts, here's how people perceive.

12        So it's not -- it doesn't have an -- we don't want it to

13   have an opinion.  We want it to be very neutral.  But because

14   the web itself is not always neutral, then it can come out in

15   cases.

16   Q.    And the last one says "duplication or contradiction with

17   existing search features."

18        What do you mean by that term?

19   A.    So SGE is very much in early stage.  And as we started to

20   roll it out, you could have information that shows up multiple

21   times in a page.  We could be talking about restaurants in SGE

22   and also talk about restaurants elsewhere on the page.

23        Also, you could have -- one web page could talk about

24   something from one point of view, and SGE could talk about it

25   from a different.  The web pages themselves may contradict each

1    other.  So there's no promise that the information is yet

2    consistent.

3        We will, obviously, want to evolve this over time, but

4    that's where we're starting.

5    Q.    In addition to the limitations here, is speed another

6    limitation?  It takes a while for the SGE results to load on a

7    results page; correct?

8    A.    Speed is a limitation.

9    Q.    Staying within this document, back a couple pages, at 439.

10        There's the heading at the bottom "search ads."

11    A.    Uh-huh.

12    Q.    The first sentence states, "As search applies the power of

13    generative AI, search ads will continue to play a critical

14    role."

15        You agree that SGE includes search ads today; correct?

16    A.    When you have SGE on, the search results page shows ads.

17    Q.    And Google's goal is to continue to expand the role of

18    search ads in its SGE experience; correct?

19    A.    Yes.

20    Q.    We're done with that document.  Thank you.  One final

21    topic, Ms. Reid.

22        Earlier today in your testimony, you stated -- or you

23    testified that over the past years, Google has spent billions of

24    dollars investing in, I think -- were you referencing local

25    search or all search?

1    A.    We were referencing the development of geo, which includes

2    local search and maps and just the underlying model of the real

3    world.

4    Q.    Approximately how many billions of dollars has Google --

5    A.    I don't -- I don't know at this point.  We're a few years

6    out, and I don't recall.

7    Q.    And do you know across how many years?

8    A.    We started investing in the mid-2000s.

9    Q.    So between the mid-2000s to today, Google has invested an

10   unknown number of billions of dollars in its local geo

11   platforms; correct?

12   A.    Correct.

13   Q.    Are you aware Google earns over $100 billion per year from

14   its Google Search product?

15   A.    Uh-huh.

16   Q.    Yes?

17   A.    Yes.

18   Q.    And that in 2021 alone, Google spent over $26 billion

19   paying for default access for search engines; correct?

20   A.    I don't know the specific amount, but I have no reason to

21   dispute that.

22            MR. DAHLQUIST:  Thank you for your time, Ms. Reid.

23        No further questions, Your Honor.

24            THE COURT:  Okay.  I think -- cross-examination on

25   behalf of the States?

1          MR. MCKINLEY:  Good afternoon, Your Honor.  Matt

2     McKinley on behalf of the Plaintiff States.

3          May I proceed?

4               THE COURT:  You may.

5                         CROSS-EXAMINATION

6          BY MR. MCKINLEY:

7     Q.   Good afternoon, Ms. Reid.  My name is Matt McKinley.  Nice

8     to meet you.

9     A.   Nice to meet you.

10    Q.   Earlier, you testified about DX62.  Can we turn back to

11    that exhibit, please.  It should be in the binder that your

12    counsel gave you, the first tab.

13    A.   Yes.

14    Q.   If you could turn to page 2.

15         This deck surveys applications where users conduct local

16    search; correct?

17    A.   Local search and discovery.

18    Q.   On applications; right?

19    A.   Yes.

20    Q.   It's limited to searches conducted on applications; right?

21    A.   I don't think it's entirely limited.  We showed a page

22    earlier in which they asked questions about web sites or apps.

23    But I believe the deeper dive was focused on mobile app.

24    Q.   Does it assess local search on general search engines

25    through a browser?

1  A.   I don't know without looking in detail whether or not the

2  whole deck did.

3  Q.   Okay.  You can set that aside.

4       Earlier, you testified about the importance of

5  user-generated content to the geo team's overall strategy; is

6  that correct?

7  A.   Uh-huh.

8  Q.   In order for a user to provide user-generated content to

9  Google, they have to be a user of Google; right?

10  A.   Yes.

11  Q.   And you also discussed earlier the growth of the mobile

12  search -- general search market -- or the growth of general

13  search over the last ten years; right?

14  A.   I don't know that I -- whether or not I discussed that, but

15  general search has grown over the last several years.

16  Q.   Okay.  And Google gets many more mobile queries than any

17  other general search engine; correct?

18  A.   I believe that is true.

19  Q.   And more mobile users make it easier to get more

20  user-generated content; correct?

21  A.   Most of our user-generated content for geo comes from

22  Google Maps.  It does not come from general search users.

23  Q.   But it does come from search users sometimes; right?

24  A.   It does come from search users sometimes.

25  Q.   So if you have more search users, you're more likely to get

1    more user-generated content; correct?

2    A.    Yes, but the vast majority comes from Google Maps.

3             THE COURT:   I'm sorry.   The vast majority?

4             THE WITNESS:   The vast majority of our content comes

5    from Google Maps.   Search contributions are a small percentage.

6        BY MR. McKINLEY:

7    Q.    Earlier, you testified about Google's local unit that

8    appears on Google SERP; right?

9        Your Honor, I have a demonstrative I would like to hand up.

10   It's PSXD15.   May I approach?

11            THE COURT:   Sure.

12            BY MR. McKINLEY:

13   Q.    Ms. Reid, this demonstrative depicts one example of a

14   Google search engine results page in response to the

15   query "rental cars Denver."

16       Do you see that?

17   A.    That is correct.

18   Q.    Okay.   And this is fairly typical of a local search search

19   engine results page that can be done on Google; right?

20   A.    The units are typical.   The ordering of the units varies

21   based on the query and where the user is located and any number

22   of things.

23   Q.    And they usually include text ads, which are the first four

24   results?

25   A.    A -- about a quarter of queries will have search ads, text

1    ads.  The rest of queries do not have text ads.

2    Q.   And then it's typical to see then the local unit, which

3    includes the three businesses and the map; right?

4    A.   The local unit can occur at that position.  It also occurs

5    at other positions commonly.

6    Q.   Right.  But it's typical to -- in response to a local

7    search query?

8    A.   It is typical that the unit would show, not necessarily at

9    position 1.

10                THE COURT:  I'm sorry.  Not necessarily what?

11                THE WITNESS:  At position 1.  Sorry.  We give

12   positions after the ads.  We talk about the positions within

13   organic.  So it would -- sometimes it is right below the ads,

14   and sometimes it can occur in different parts of the page.

15                BY MR. MCKINLEY:

16   Q.   And then in this example, the next set of results are the

17   blue links; right?

18   A.   The next four results are blue links, yes.

19   Q.   Okay.  And on this example, one of the text ads is for

20   Expedia.

21        Do you see that?

22   A.   I do.

23   Q.   And Expedia is a specialized vertical provider; right?

24   A.   Yes.

25   Q.   And then just to clarify for the record, the unit below,

1    you refer to that as the local unit?

2    A.    We use lots of different names, but "local unit" is a fine

3    name for it.

4    Q.    And Google does not allow SVPs to appear among the listings

5    in the local unit; correct?

6    A.    The local unit is designed to actually just show local

7    businesses that provide the services.  And so we try and

8    organize the page across different intents.  And people -- what

9    we've seen from our research is that people want to see both

10   businesses separate from some of the SVPs or similar.

11       And so we surface both, and this is really helpful to the

12   merchants and the chains as well.

13   Q.    You referenced user data.  What user data are you

14   referencing there?

15   A.    So we will have both from UXR, in which -- UX Research, in

16   which we ask people what's the information they would like to

17   see.  We will also see it from what raters will tell us, in

18   which we ask raters, and our rater guidelines are published

19   externally.

20       And then we will also see based on where we put it on the

21   page.  Then users may say they like it more or less, based on

22   the way they interact with it.

23   Q.    Google conducts a type of study called an ablation study;

24   right?

25   A.    It does.

1    Q.   And an ablation study is where it's testing the removal of

2    a unit and a user's preference to either include or remove that

3    unit; right?

4    A.   That is a type of ablation study.  Ablation studies in

5    general are designed to ask the -- check whether or not if you

6    alter a position of a unit or it doesn't have it, what are the

7    consequences.

8    Q.   Google's not conducted any type of ablation study to

9    determine whether a user would prefer the local unit if SVPs

10   were allowed to participate in the unit; correct?

11   A.   We have not done that, because the way we define the local

12   unit is specifically about entities.  That's the organization of

13   that module.

14   Q.   And that's Google's decision?

15   A.   It's Google's decisions on what the units are, yes, but we

16   would not do it if users didn't like it.

17   Q.   But you haven't tested whether users like a local unit that

18   includes SVPs more; correct?

19   A.   We have not tested that.  You would have to format an

20   entirely different -- it would be a different unit if you tried

21   to include them.

22   Q.   Based on Google's definition of the unit?

23   A.   Well, the structure of the unit is places, website,

24   directions.  If you put an SVP in there, then you don't have a

25   place.  You have a website.  So it would be fundamentally a

 1    different unit.

 2    Q.    But it's correct, though, that SVPs can connect a user to a

 3    local business; right?

 4    A.    Yes.

 5                  THE COURT:  Can I ask a question?

 6                  THE WITNESS:  Yeah.

 7                  THE COURT:  Using this example that we have here, if I

 8    just put in "rental cars" and left off "Denver," would that put

 9    me in a different vertical?  Would that put me in the travel

10    vertical?  And is it because Denver is included in the search

11    query that it is a local query?

12                  THE WITNESS:  That's a great question.

13         The line between local and travel is pretty blurry.  So we

14    don't necessarily split it, you know -- various classifications

15    will have some of the travel vertical really considered a part

16    of the local vertical.

17         If you had just issued "rental cars," depending on what we

18    found out from raters, from what the algorithm said, we might

19    still include a local unit.  It might be in a different position

20    on the page because we thought people just wanted rental car --

21    if your query was "rental car companies" or other things, you

22    might get different responses.

23                  THE COURT:  Gotcha.

24         So, for example, if I'm on my mobile phone and I punch

25    in "rental cars" while I'm at an airport --

```
 1              THE WITNESS:  Then you will probably get some rental
 2      car agencies near you, at minimum.
 3              THE COURT:  Gotcha.  Thank you.
 4              BY MR. McKINLEY:
 5      Q.   So looking back at PSXD15, if you click on the "more
 6      places" there at the bottom of the unit, will that take you to
 7      the immersive?
 8      A.   Yes.
 9      Q.   All right.  So underneath the local unit, the first blue
10      link in response to this query is Kayak.com.
11      A.   Uh-huh.
12      Q.   Do you see that?
13      A.   Uh-huh.
14      Q.   And Kayak.com is an SVP; right?
15      A.   That's correct.
16      Q.   And Google's algorithm in response to this query ranked
17      Kayak.com as the most relevant blue link to the query; right?
18      A.   It ranked as the most relevant blue link, yes.
19              THE COURT:  Sorry.  Could you repeat that?
20              THE WITNESS:  It ranked as the most relevant blue
21      link, yes.
22              BY MR. McKINLEY:
23      Q.   So just to quickly recap, SVPs can purchase text ads;
24      correct?
25      A.   Yes.
```

1  Q.   And Google determines whether a particular ad is relevant

2  to the query; right?

3  A.   Yes.

4  Q.   And if an SVP appears in a text ad in response to a local

5  search, Google has determined it is relevant to that specific

6  query; right?

7  A.   If it shows up in the text ad, then yes.

8       The ad system has determined.  It is not connected to the

9  organic system.

10  Q.   But SVPs cannot appear in Google's local unit?

11  A.   That is correct.

12  Q.   But SVPs can and do frequently appear, outside of just this

13  example, in the blue links in response to a local query; right?

14  A.   Yes.  And they can appear in blue links above places, the

15  local unit.

16  Q.   And if an SVP appears in response to a local search or

17  local query in the blue links, Google has determined that SVP is

18  relevant to the query; right?

19  A.   Yes.

20  Q.   So in the SERP we're looking at, Kayak is the first blue

21  link; right?

22  A.   Yes.

23  Q.   And Expedia is the third blue link?

24  A.   Yes.

25  Q.   And Expedia is also an SVP; right?

1    A.    Yes.

2    Q.    And they're appearing here because they're relevant to the

3    query "rental cars Denver"; right?

4    A.    Yes.

5    Q.    Which is a local search; right?

6    A.    It is a -- it's a search for rental cars, and whether or

7    not it is a local search with the idea of finding a particular

8    rental car agency or actually booking a specific car, you don't

9    know what the user's intent is in the same way.

10         Local search is more about our ability to help people with

11   the local queries.  Whether the query is intended to be local

12   search by the user depends on what the user's actual intent is.

13   Q.    But at least Google believes it's a local search?

14   A.    Google believes local search is a high-intent possibility

15   for the query, yes.

16   Q.    And as we discussed, despite the relevance to the query,

17   neither Kayak.com nor Expedia could show up in the local unit;

18   right?

19   A.    That is correct.  They could show above the local unit, but

20   they can't show up in the local unit.

21   Q.    And in this example, they would have to pay to show up

22   above the local unit; right?

23   A.    They do not show up in this example because the algorithm

24   determined that users would prefer the local unit over those

25   results.

```
 1    Q.   Yeah, I think maybe -- I will restate my question.

 2          In this example, Expedia, to show up above the local unit,

 3    had to buy a text ad; right?

 4    A.   Because users -- because the algorithm does not think that

 5    users prefer it above the local unit in terms of its relevance,

 6    because the algorithm thinks Expedia is lower relevance than the

 7    local unit, then if they wish to be above the local unit, they

 8    would need to pay an ad.

 9    Q.   So the answer is yes?

10    A.   Yes, for this query.

11    Q.   And all of these results, as we see here on PSXD15, the

12    text ads, the local unit, and the blue links, they're all

13    triggered by the exact same query; right?

14    A.   Yes.

15          MR. McKINLEY:  Your Honor, no further questions.

16    I would move to admit PSXD15 as a demonstrative in similar

17    fashion with other demonstratives that have been admitted.

18          THE COURT:  Sure.

19    (Exhibit PSXD15 received into evidence.)

20          THE COURT:  Could I ask a question, then?

21          THE WITNESS:  Yeah.

22          THE COURT:  And feel free to follow up.

23    Did I understand you correctly to say that the algorithm

24    actually in terms of the SERP output essentially weighs the

25    local unit or the vertical against other types of query results?
```

1          THE WITNESS:  Yes, it does.

2          THE COURT:  Okay.  Thank you.

3          MR. McKINLEY:  Thank you, Ms. Reid.

4                    REDIRECT EXAMINATION

5          BY MR. SMURZYNSKI:

6   Q.   Ms. Reid, just a couple questions.

7          In the white binder in front of you, there is a document

8   UPX2067 that you were asked some questions on.

9   A.   Uh-huh.

10  Q.   If you will turn to the page ending in 439, there were a

11  couple of questions about search ads, and I just want to make

12  sure we understand how search ads interact, if at all, with the

13  SGE.

14  A.   Uh-huh.

15  Q.   So if you have -- if SGE is triggered and it appears on the

16  page, how do -- what interaction, if any, does the SGE have with

17  the search ads that also appear?

18  A.   So we think of SGE as basically the name for people opting

19  into an experience that can show generative AI.  Okay?

20         So we don't necessarily call what we sometimes call the

21  purple box SGE so much as it's the overall experience.  Okay?

22         In the generative AI section, ads do not currently appear.

23  Ads can show above the purple box.  They can show below the box.

24  But right now, they do not appear in the middle of the

25  generative AI experience.

1    Q.   And do whatever ads get shown on that page that includes

2    the purple box --

3    A.   Yeah.

4    Q.   -- do they impact the content of the purple box in any way?

5    A.   In no way whatsoever.

6         MR. SMURZYNSKI:  Your Honor had asked for cleaner

7    copies of DX62, and we were able to print those over the break,

8    and I've provided them to the government as well.

9         THE COURT:  Thank you.  I appreciate that.

10        MR. SMURZYNSKI:  And if I may approach the witness.

11        THE WITNESS:  Thank you.

12        BY MR. SMURZYNSKI:

13   Q.   Ms. Reid, if you would turn to the page that ends in .027.

14        And earlier, with our blurry page, you -- you had read a

15   number.  Could you read what the number is on this cleaner

16   version in DX62A?

17   A.   Yes.  The number is 51 percent.

18        MR. SMURZYNSKI:  Thank you.  I have no further

19   questions.  Oh --

20        MR. DAHLQUIST:  Your Honor, since we have a clearer

21   version, could I ask two questions on this document, the same

22   page?

23        THE COURT:  Go ahead, Counsel.

24        MR. SMURZYNSKI:  Could I just make clear, I provided

25   this document to the government on the break.  So they've had

 1    it.  It's not -- this is not a surprise, number 1.

 2         And --

 3              THE COURT:  It's not my usual practice to permit this,

 4    but I'll allow it in this one limited circumstance.  Then

 5    obviously, if you would like to follow up with redirect on these

 6    questions, you're welcome to.

 7              MR. SMURZYNSKI:  I appreciate that, Your Honor.

 8         And then just for purposes of the record, we ask that DX62A

 9    be admitted.

10              THE COURT:  It will be admitted.

11         Thank you, Counsel.  I appreciate you pulling this up so

12    quickly.

13         (Exhibit DX62A received into evidence.)

14              THE COURT:  Mr. Dahlquist?

15              MR. DAHLQUIST:  Thank you, Your Honor.  And with your

16    indulgence, if we could put up that same slide again.  Thank

17    you.

18                          RECROSS-EXAMINATION

19              BY MR. DAHLQUIST:

20    Q.   Ms. Reid, now with the benefit of being able to read it,

21    the first category is 51.2 percent, I think, as you correctly

22    identified; correct?

23    A.   Correct.

24    Q.   And it says "goog."

25         What is that?

A.   So we asked people in their own words to say where did they

use -- where did they go for local search.   And apparently, some

users wrote "goog."

Q.   Okay.  Understood.

Now, the third line down, the third bar down, that was my

question before, if it was additive or included.

I think we now see it's a separate category, Google

Map/Google Maps.  That should be added to the first bar;

correct?  It's different.

A.   I think it is not a subset of the first bar.  I do not know

whether or not people could only choose one result or they could

have picked Google Maps and Google, they could have picked Yelp

and Yahoo!.  I don't know the answer to that question.

Q.   And the fifth line down is "Chrome/Google Chrome"; correct?

A.   Yes.

Q.   And that's another Google product, obviously; right?

A.   So what people apparently answered for some of them was

that they gave names of browsers they used as to where they went

for local search.  So you see Google Chrome.  You see Safari as

examples.

So people have given browsers as names of that, which

doesn't really affect -- they had to actually go to a website.

They couldn't actually use the browser to get an answer.  But

that's how they thought about what they did.

Q.   And so based on your understanding and reading of this

1    chart on DX62A.27, we would need to add together the Google

2    products on this to figure out the total percentage; correct?

3    A.   I don't think you can add Chrome in the same sense.  Chrome

4    cannot -- both Google Maps and Google Search can help you with

5    local.  Google Chrome doesn't actually itself answer anything.

6    It just gives you a box that you type in, and then you go

7    somewhere.  So we don't actually know what service anyone used

8    in Google Chrome.

9             MR. DAHLQUIST:  Okay.  Thank you, Ms. Reid.

10        Thank you, Your Honor, for the extra indulgence.

11            MR. SMURZYNSKI:  Nothing, Your Honor.

12            THE COURT:  Okay.  Ms. Reid, thank you very much for

13   your time and your testimony.  Safe travels home.

14            THE WITNESS:  Thank you.  Should I leave these here?

15            THE COURT:  You can leave all that, yes.  Thank you.

16            MR. DAHLQUIST:  Your Honor, in my haste, I forgot to

17   move in our demonstratives, UPXD22 and 23, just for purposes of

18   demonstrative only, Your Honor.

19            THE COURT:  All right.  Those will be admitted.

20        (Exhibits UPX2022 and UPX2023 received into evidence.)

21            THE COURT:  So we now move to the audio/visual portion

22   of our afternoon?

23            MR. SCHMIDTLEIN:  Yes, Your Honor.

24        For Google's next witness, we call by video deposition

25   Mr. Eric Christensen, C-h-r-i-s-t-e-n-s-e-n, who is from

Motorola.

I can hand up Your Honor just the clips or excerpts that we will be playing.

Your Honor, just for organizational purposes, we have conferred with our colleagues, and you will have sort of in one comprehensive playing here the designations from all the parties that have been -- that have been included, and we will just play them all the way through in one continuous fashion.

THE COURT:  Okay.

MR. SCHMIDTLEIN:  I think that's the easiest way to sort of present it.

THE COURT:  Okay.  Just for my own benefit, what's the order?  Maybe I will be able to see.  I don't know if counsel will be --

MR. SCHMIDTLEIN:  The order of the designations?

THE COURT:  Right, and the questioning.

MR. SCHMIDTLEIN:  That's right.  Google took this deposition.  So you will -- you may have to suffer through listening to my voice first, and then we had some of our colleagues who have also asked questions after that.

And as I said, the --

MS. GRAY:  Your Honor, Sara Gray for the United States.  I took the deposition.  So you will then hear my lovely voice.

THE COURT:  Okay.

1          MR. SCHMIDTLEIN:  And the running time for this one is

2    about 47 minutes.  So it should actually get us roughly to our

3    afternoon break.

4          THE COURT:  Great.  Okay.

5       One last question.  I'm just quickly flipping through it.

6    It does not look like there are any objections I will need to

7    resolve.

8          MR. SCHMIDTLEIN:  I don't think, for purposes of

9    this -- no, there are not.

10          MS. GRAY:  There are not.

11          THE COURT:  All right.  Terrific.

12       Counsel, feel free to move in and out.  You don't need to

13    be at your seats during this portion of the presentation.

14       (Videotaped deposition of Eric V. Christensen played.)

15          MS. GRAY:  Your Honor, there was just one question and

16    answer that was not included in the video, and I'm sure it was

17    just at the end of the night trying to edit and get it together.

18       If it's all right with you, I would like to read it into

19    the record.  And I can tell you what page it's at.

20          THE COURT:  Sure.

21          MS. GRAY:  It's at page 6, 25:19 through 25:23.

22       "Question:  And are -- the other entities that you listed

23    as competitors, what operating systems do they develop on?

24       "Answer:  They -- to my knowledge, they exclusively develop

25    on Android."

1          Thank you.

2               MR. SCHMIDTLEIN:  There were two exhibits referenced

3     during the course of that.  Those are DX995 and DX997, and they

4     have already been admitted into evidence.

5               THE COURT:  Terrific.

6          Okay.  Why don't we go ahead and take a break before the

7     next video is played.

8          How long is that one expected to run?

9               MR. SCHMIDTLEIN:  That one is roughly an hour and 15

10    minutes.

11              THE COURT:  All right.  So it is now about 5 of 3:00.

12    Why don't we take -- just plan to return about 3:10, and we will

13    continue.

14         Thanks, everyone.

15         (Recess taken from 2:53 p.m. to 3:12 p.m.)

16         (Call to order of the court.)

17              THE COURT:  All right.  Mr. Schmidtlein?

18              MR. SCHMIDTLEIN:  Yes, Your Honor.  For Google's next

19    witness, we call Mitchell Baker from the Mozilla Corporation and

20    again by video deposition.

21         As before, my partner, Ben Greenblum, is the first

22    examining attorney during this deposition, and then

23    Mr. Hafenbrack examined on behalf of the United States.  I don't

24    believe there are any designations from the States.  So those

25    are the voices that you will be hearing.

1      And at the end, I will -- I think we have confirmation that

2      the various exhibits that are made reference to and maybe

3      excerpted or highlighted, I think, all are either admitted or

4      there's no objection, but I will confirm that with you at the

5      conclusion.

6           THE COURT:  Okay.  And are there exhibits referenced

7      in the questioning that I ought to be sort of taking a look at?

8           MR. SCHMIDTLEIN:  Your Honor, I will hand up two

9      binders.  They have all but one of the exhibits tabbed, and then

10     the other one that Mr. Hafenbrack just gave me is one of theirs

11     that they've just recently marked, and I've just put that on the

12     inside cover, and it's numbered.

13          THE COURT:  Okay.  And do we have the capacity to put

14     them up on the screen as they're called out?

15          MR. SCHMIDTLEIN:  Yes.  I believe to the extent that

16     the witness is being asked about specific portions -- during the

17     last deposition, the two documents were just the agreements

18     themselves, and the witness was really just being asked to kind

19     of confirm and authenticate those.

20      But to the extent there are exhibits here where we're

21     questioning about particular excerpts, I believe our crack staff

22     has been able to -- will blow those up and highlight those so

23     you can try to follow along on the video screen.

24          THE COURT:  Terrific.  Excellent.  Thank you.

25          (Videotaped deposition of Winifred Mitchell Baker played.)

 1          THE COURT:  Okay.

 2          MR. SCHMIDTLEIN:  Your Honor, during the course of

 3    that deposition, I believe the following trial exhibit numbers

 4    were sort of implicated:  DX099, DX2036, DX1012, DX1021, DX0280,

 5    DX0547, UPX0851, DX1008, UPX2080, UPX1070, UPX0898, and UPX0979.

 6       I believe all of these except for DX2036 and UPX2080 have

 7    already been admitted into evidence.  The DX2036, defendant's

 8    exhibit that we offer that I understand there's no objection to.

 9          MR. HAFENBRACK:  No objection to 2036, Your Honor.

10          MR. SCHMIDTLEIN:  And UPX2080 that the plaintiffs have

11    requested admission with this deposition, Google does not object

12    to.

13       So I think that clears us all up for exhibits.

14          THE COURT:  Thank you.  I appreciate that, counsel.

15       (Exhibits DX2036 and UPX2080 received into evidence.)

16          THE COURT:  Thank you all for making that very easy

17    and seamless.

18       All right.  So that brings us to the end of the day.  So we

19    begin with Dr. Israel tomorrow; is that correct?

20          MR. SCHMIDTLEIN:  That is correct, Your Honor.  There

21    may be -- you made reference to the filing that was made by

22    Farmers yesterday that we got resolved.  We are still in

23    conversations with a couple of other third parties whose

24    information is the subject of Dr. Israel's analysis, and we have

25    made proposals about reflecting some of that in open court

1    tomorrow in connection with slides.

2         As I said, I don't have anything to put in front of Your

3    Honor right now, but we certainly have informed the third

4    parties that if we can't reach agreement, that they should be

5    prepared to come forward and present those to Your Honor before

6    Dr. Israel takes the stand in the morning.

7              THE COURT:  Okay.

8              MR. SCHMIDTLEIN:  So we will -- we will try to perhaps

9    apprise you all later this evening or certainly no later than

10   when we're here early tomorrow morning whether anything needs to

11   be done on that front before Dr. Israel takes the stand.

12             THE COURT:  Okay.  That sounds good.

13        And is the expectation that he will be all day tomorrow and

14   likely into Friday?

15             MR. SCHMIDTLEIN:  I believe that is the expectation.

16             THE COURT:  All right.  Okay.  So we will look forward

17   to his testimony tomorrow.

18        Anything else we need to discuss before we adjourn for the

19   evening?

20             MS. BELLSHAW:  Not from the DOJ plaintiffs, Your

21   Honor.

22             MR. CAVANAUGH:  Not from us, Your Honor.

23             MR. SCHMIDTLEIN:  No, Your Honor.

24             THE COURT:  Thank you all very much, and we will see

25   you tomorrow.

1    (Proceedings adjourned at 4:36 p.m.)

2

3    - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

4

5            CERTIFICATE OF OFFICIAL COURT REPORTER

6

7        I, Sara A. Wick, certify that the foregoing is a

8    correct transcript from the record of proceedings in the

9    above-entitled matter.

10

11

12    /s/ Sara A. Wick                    November 1, 2023

13    SIGNATURE OF COURT REPORTER          DATE

14

15

16

17

18

19

20

21

22

23

24

25

**$**

**$100** [1] - 8335:13
**$26** [1] - 8335:18

**/**

**/s** [1] - 8358:12

**0**

**027** [1] - 8348:13

**1**

**1** [5] - 8323:6, 8339:9, 8339:11, 8349:1, 8358:12
**10** [2] - 8326:24, 8327:3
**10036** [1] - 8323:24
**1100** [1] - 8323:14
**1133** [1] - 8323:23
**15** [1] - 8354:9
**1:31** [1] - 8323:6

**2**

**2** [1] - 8336:14
**20-cv-3010** [1] - 8323:3
**20001** [2] - 8323:20, 8324:12
**20005** [1] - 8323:14
**20024** [1] - 8324:7
**202-354-3284** [1] - 8324:13
**2021** [1] - 8335:18
**2023** [3] - 8323:6, 8327:3, 8358:12
**2036** [1] - 8356:9
**209** [1] - 8323:16
**2115** [1] - 8324:3
**2200** [1] - 8323:24
**23** [1] - 8351:17
**25:19** [1] - 8353:21
**25:23** [1] - 8353:21
**2:53** [1] - 8354:15

**3**

**32** [1] - 8323:9
**333** [1] - 8324:11
**3:00** [1] - 8354:11
**3:10** [1] - 8354:12
**3:12** [1] - 8354:15

**4**

**439** [2] - 8334:9,

8347:10
**445** [1] - 8330:9
**446** [1] - 8332:23
**450** [1] - 8323:20
**454** [2] - 8327:17, 8328:19
**47** [1] - 8353:2
**4704-B** [1] - 8324:12
**4:36** [1] - 8358:1

**5**

**5** [1] - 8354:11
**51** [1] - 8348:17
**51.2** [1] - 8349:21

**6**

**6** [1] - 8353:21
**600** [1] - 8323:17
**60604** [1] - 8323:17
**680** [1] - 8324:7
**68509** [1] - 8324:4

**8**

**8** [1] - 8326:24
**8326** [1] - 8325:4
**8327** [1] - 8325:11
**8330** [1] - 8325:11
**8336** [1] - 8325:4
**8346** [1] - 8325:12
**8347** [1] - 8325:5
**8349** [2] - 8325:5, 8325:12
**8351** [1] - 8325:13
**8356** [1] - 8325:13

**A**

**ability** [2] - 8331:15, 8345:10
**ablation** [5] - 8340:23, 8341:1, 8341:4, 8341:8
**able** [4] - 8348:7, 8349:20, 8352:13, 8355:22
**above-entitled** [1] - 8358:9
**access** [1] - 8335:19
**actual** [1] - 8345:12
**ad** [6] - 8344:1, 8344:4, 8344:7, 8344:8, 8346:3, 8346:8
**add** [2] - 8351:1, 8351:3
**added** [1] - 8350:8
**addition** [1] - 8334:5

**additive** [1] - 8350:6
**adjourn** [1] - 8357:18
**adjourned** [1] - 8358:1
**admission** [1] - 8356:11
**admit** [3] - 8327:5, 8330:4, 8346:16
**admitted** [9] - 8327:7, 8330:6, 8346:17, 8349:9, 8349:10, 8351:19, 8354:4, 8355:3, 8356:7
**ads** [20] - 8334:10, 8334:13, 8334:15, 8334:16, 8334:18, 8338:23, 8338:25, 8339:1, 8339:12, 8339:13, 8339:19, 8343:23, 8346:12, 8347:11, 8347:12, 8347:17, 8347:22, 8347:23, 8348:1
**affect** [1] - 8350:22
**afternoon** [4] - 8336:1, 8336:7, 8351:22, 8353:3
**AFTERNOON** [1] - 8323:9
**agencies** [1] - 8343:2
**agency** [1] - 8345:8
**agree** [3] - 8330:17, 8330:19, 8334:15
**agreement** [1] - 8357:4
**agreements** [1] - 8355:17
**ahead** [2] - 8348:23, 8354:6
**AI** [9] - 8326:13, 8327:22, 8328:2, 8328:13, 8329:23, 8334:13, 8347:19, 8347:22, 8347:25
**aided** [1] - 8324:15
**airport** [1] - 8342:25
**al** [1] - 8323:3
**algorithm** [6] - 8342:18, 8343:16, 8345:23, 8346:4, 8346:6, 8346:23
**allow** [2] - 8340:4, 8349:4
**allowed** [1] - 8341:10
**alone** [1] - 8335:18
**alter** [1] - 8341:6
**AMERICA** [1] - 8323:3
**Americas** [1] - 8323:23
**AMIT** [1] - 8323:10
**amount** [1] - 8335:20

**analysis** [1] - 8356:24
**Android** [1] - 8353:25
**android** [1] - 8329:2
**answer** [5] - 8346:9, 8350:13, 8350:23, 8351:5, 8353:16
**Answer** [1] - 8353:24
**answered** [1] - 8350:17
**apologies** [1] - 8328:19
**apologize** [1] - 8328:17
**app** [2] - 8329:2, 8336:23
**appear** [7] - 8340:4, 8344:10, 8344:12, 8344:14, 8347:17, 8347:22, 8347:24
**APPEARANCES** [2] - 8323:12, 8324:1
**appearing** [1] - 8345:2
**applications** [3] - 8336:15, 8336:18, 8336:20
**applies** [1] - 8334:12
**appreciate** [4] - 8348:9, 8349:7, 8349:11, 8356:14
**apprise** [1] - 8357:9
**approach** [5] - 8327:18, 8328:2, 8328:20, 8338:10, 8348:10
**approximate** [1] - 8326:23
**apps** [1] - 8336:22
**aside** [1] - 8337:3
**assess** [1] - 8336:24
**attested** [1] - 8331:16
**attesting** [1] - 8331:15
**Attorney** [1] - 8324:3
**attorney** [1] - 8354:22
**audio/visual** [1] - 8351:21
**authenticate** [1] - 8355:19
**authored** [2] - 8327:2, 8328:6
**available** [2] - 8326:15, 8329:1
**Avenue** [3] - 8323:23, 8324:7, 8324:11
**aware** [1] - 8335:13

**B**

**backs** [1] - 8331:12
**BAKER** [1] - 8325:7
**Baker** [2] - 8354:19,

8355:25
**bar** [3] - 8350:5, 8350:8, 8350:10
**Bard** [4] - 8330:18, 8330:24, 8331:3, 8332:3
**based** [5] - 8338:21, 8340:20, 8340:21, 8341:22, 8350:25
**basis** [2] - 8326:22, 8329:14
**become** [1] - 8329:9
**BEFORE** [2] - 8323:1, 8323:10
**begin** [1] - 8356:19
**behalf** [3] - 8335:25, 8336:2, 8354:23
**believes** [2] - 8345:13, 8345:14
**Belknap** [1] - 8323:23
**BELLSHAW** [1] - 8357:20
**below** [3] - 8339:13, 8339:25, 8347:23
**Ben** [1] - 8354:21
**BENCH** [1] - 8323:9
**benefit** [2] - 8349:20, 8352:12
**BENJAMIN** [1] - 8324:6
**better** [1] - 8329:8
**between** [2] - 8335:9, 8342:13
**bias** [2] - 8332:6, 8332:9
**billion** [2] - 8335:13, 8335:18
**billions** [3] - 8334:23, 8335:4, 8335:10
**binder** [4] - 8327:1, 8329:21, 8336:11, 8347:7
**binders** [1] - 8355:9
**blog** [1] - 8327:2
**blow** [1] - 8355:22
**blue** [12] - 8339:17, 8339:18, 8343:9, 8343:17, 8343:18, 8343:20, 8344:13, 8344:14, 8344:17, 8344:20, 8344:23, 8346:12
**blurry** [2] - 8342:13, 8348:14
**booking** [1] - 8345:8
**bottom** [2] - 8334:10, 8343:6
**bought** [2] - 8331:9, 8331:10
**box** [6] - 8347:21,

8347:23, 8348:2,
8348:4, 8351:6
**break** [5] - 8326:9,
8348:7, 8348:25,
8353:3, 8354:6
**bringing** [1] - 8328:2
**brings** [1] - 8356:18
**broader** [1] - 8332:17
**browser** [2] - 8336:25,
8350:23
**browsers** [2] -
8350:18, 8350:21
**Building** [1] - 8324:3
**built** [1] - 8330:12
**bullet** [2] - 8330:25,
8331:25
**bunch** [1] - 8333:7
**business** [1] - 8342:3
**businesses** [3] -
8339:3, 8340:7,
8340:10
**buy** [1] - 8346:3
**BY** [12] - 8326:6,
8327:9, 8330:8,
8336:6, 8338:6,
8338:12, 8339:15,
8343:4, 8343:22,
8347:5, 8348:12,
8349:19

## C

**cannot** [2] - 8344:10,
8351:4
**capabilities** [1] -
8328:3
**capacity** [1] - 8355:13
**Capital** [1] - 8324:3
**car** [5] - 8342:20,
8342:21, 8343:2,
8345:8
**cars** [6] - 8338:15,
8342:8, 8342:17,
8342:25, 8345:3,
8345:6
**Case** [1] - 8323:3
**cases** [1] - 8333:15
**categories** [1] -
8330:20
**category** [2] -
8349:21, 8350:7
**CAVANAUGH** [2] -
8323:22, 8357:22
**CEOs** [2] - 8332:19,
8332:20
**certain** [2] - 8332:19
**certainly** [2] - 8357:3,
8357:9
**CERTIFICATE** [1] -
8358:5

**certify** [1] - 8358:7
**chains** [1] - 8340:12
**chart** [1] - 8351:1
**check** [2] - 8331:18,
8341:5
**Chicago** [1] - 8323:17
**choose** [1] - 8350:11
**CHRISTENSEN** [2] -
8325:6, 8351:25
**Christensen** [2] -
8351:25, 8353:14
**Christian** [2] -
8332:14, 8332:16
**Chrome** [7] - 8329:1,
8350:14, 8350:19,
8351:3, 8351:5,
8351:8
**Chrome/Google** [1] -
8350:14
**circumstance** [1] -
8349:4
**clarify** [1] - 8339:25
**classifications** [1] -
8342:14
**cleaner** [2] - 8348:6,
8348:15
**clear** [1] - 8348:24
**clearer** [1] - 8348:20
**clears** [1] - 8356:13
**click** [1] - 8343:5
**clips** [1] - 8352:2
**colleagues** [2] -
8352:5, 8352:20
**Colorado** [1] -
8323:22
**COLUMBIA** [1] -
8323:1
**combine** [1] - 8326:13
**coming** [1] - 8333:5
**commonly** [1] -
8339:5
**companies** [1] -
8342:21
**competitors** [1] -
8353:23
**comprehensive** [1] -
8352:6
**computer** [1] -
8324:15
**computer-aided** [1] -
8324:15
**conclusion** [1] -
8355:5
**conduct** [1] - 8336:15
**conducted** [2] -
8336:20, 8341:8
**conducts** [1] -
8340:23
**conferred** [1] - 8352:5
**confirm** [3] - 8331:22,

8355:4, 8355:19
**confirmation** [1] -
8355:1
**connect** [1] - 8342:2
**connected** [1] -
8344:8
**connection** [1] -
8357:1
**Connolly** [1] - 8324:6
**consequences** [1] -
8341:7
**considered** [1] -
8342:15
**consistent** [1] -
8334:2
**Constitution** [1] -
8324:11
**content** [8] - 8332:24,
8337:5, 8337:8,
8337:20, 8337:21,
8338:1, 8338:4,
8348:4
**continue** [5] - 8328:1,
8329:4, 8334:13,
8334:17, 8354:13
**Continued** [1] -
8326:5
**continued** [1] -
8323:25
**CONTINUED** [1] -
8324:1
**continuous** [1] -
8352:8
**contradict** [1] -
8333:25
**contradiction** [1] -
8333:16
**contributions** [1] -
8338:5
**conversations** [1] -
8356:23
**copies** [1] - 8348:7
**Corporation** [1] -
8354:19
**correct** [53] - 8326:10,
8326:13, 8326:14,
8326:16, 8326:17,
8326:19, 8326:20,
8327:15, 8328:6,
8328:9, 8328:12,
8329:9, 8329:19,
8330:2, 8330:3,
8330:18, 8331:1,
8331:2, 8331:19,
8331:22, 8332:1,
8332:2, 8332:4,
8332:5, 8332:7,
8334:7, 8334:15,
8334:18, 8335:11,
8335:12, 8335:19,

8336:16, 8337:6,
8337:17, 8337:20,
8338:1, 8338:17,
8340:5, 8341:10,
8341:18, 8342:2,
8343:15, 8343:24,
8344:11, 8345:19,
8349:22, 8349:23,
8350:9, 8350:14,
8351:2, 8356:19,
8356:20, 8358:8
**correctly** [3] -
8331:13, 8346:23,
8349:21
**corroborate** [1] -
8331:6
**corroborates** [1] -
8331:12
**corroboration** [2] -
8331:1, 8331:4
**Counsel** [2] - 8348:23,
8349:11
**counsel** [4] - 8336:12,
8352:13, 8353:12,
8356:14
**couple** [6] - 8327:17,
8330:21, 8334:9,
8347:6, 8347:11,
8356:23
**course** [2] - 8354:3,
8356:2
**Court** [1] - 8324:11
**COURT** [49] - 8323:1,
8326:3, 8327:7,
8330:6, 8335:24,
8336:4, 8338:3,
8338:11, 8339:10,
8342:5, 8342:7,
8342:23, 8343:3,
8343:19, 8346:18,
8346:20, 8346:22,
8347:2, 8348:9,
8348:23, 8349:3,
8349:10, 8349:14,
8351:12, 8351:15,
8351:19, 8351:21,
8352:9, 8352:12,
8352:16, 8352:25,
8353:4, 8353:11,
8353:20, 8354:5,
8354:11, 8354:17,
8355:6, 8355:13,
8355:24, 8356:1,
8356:14, 8356:16,
8357:7, 8357:12,
8357:16, 8357:24,
8358:5, 8358:13
**court** [3] - 8326:2,
8354:16, 8356:25
**cover** [1] - 8355:12

**crack** [1] - 8355:21
**critical** [1] - 8334:13
**Cross** [2] - 8325:4,
8325:4
**cross** [1] - 8335:24
**CROSS** [2] - 8326:5,
8336:5
**cross-examination** [1]
- 8335:24
**CROSS-**
**EXAMINATION** [2] -
8326:5, 8336:5
**Cross-Examination..**
**.............** [2] - 8325:4,
8325:4
**CRR** [1] - 8324:11

## D

**D.C** [5] - 8323:5,
8323:14, 8323:20,
8324:7, 8324:12
**Dahlquist** [2] - 8326:3,
8349:14
**DAHLQUIST** [13] -
8323:15, 8326:4,
8326:6, 8327:5,
8327:9, 8330:4,
8330:8, 8335:22,
8348:20, 8349:15,
8349:19, 8351:9,
8351:16
**daily** [2] - 8326:19,
8326:22
**data** [2] - 8340:13
**DATE** [1] - 8358:13
**DAVID** [1] - 8323:15
**DAY** [1] - 8323:9
**decision** [1] - 8341:14
**decisions** [1] -
8341:15
**deck** [2] - 8336:15,
8337:2
**deeper** [1] - 8336:23
**default** [1] - 8335:19
**Defendant** [2] -
8323:7, 8324:5
**defendant's** [1] -
8356:7
**define** [1] - 8341:11
**definition** [1] -
8341:22
**deliberate** [1] - 8328:2
**demonstrative** [4] -
8338:9, 8338:13,
8346:16, 8351:18
**demonstratives** [2] -
8346:17, 8351:17
**Denver** [4] - 8338:15,
8342:8, 8342:10,

8345:3
**Department** [3] -
8323:13, 8323:16,
8323:19
**depicts** [1] - 8338:13
**deposition** [12] -
8325:6, 8325:7,
8351:24, 8352:18,
8352:23, 8353:14,
8354:20, 8354:22,
8355:17, 8355:25,
8356:3, 8356:11
**designations** [3] -
8352:6, 8352:15,
8354:24
**designed** [2] - 8340:6,
8341:5
**desktop** [1] - 8329:2
**despite** [1] - 8345:16
**detail** [1] - 8337:1
**details** [1] - 8329:25
**determine** [2] -
8329:18, 8341:9
**determined** [4] -
8344:5, 8344:8,
8344:17, 8345:24
**determines** [1] -
8344:1
**develop** [2] - 8353:23,
8353:24
**development** [1] -
8335:1
**different** [17] -
8329:11, 8329:16,
8332:10, 8332:12,
8332:21, 8333:25,
8339:14, 8340:2,
8340:8, 8341:20,
8342:1, 8342:9,
8342:19, 8342:22,
8350:9
**DINTZER** [1] - 8323:13
**directions** [1] -
8341:24
**discovery** [1] -
8336:17
**discuss** [1] - 8357:18
**discussed** [3] -
8337:11, 8337:14,
8345:16
**disproportionately** [1]
- 8332:19
**dispute** [1] - 8335:21
**DISTRICT** [3] - 8323:1,
8323:1, 8323:10
**dive** [1] - 8336:23
**document** [9] -
8328:19, 8329:24,
8330:1, 8330:9,
8334:9, 8334:20,

8347:7, 8348:21,
8348:25
**documents** [1] -
8355:17
**DOJ** [2] - 8323:13,
8357:20
**dollars** [3] - 8334:24,
8335:4, 8335:10
**dominates** [1] -
8332:14
**done** [4] - 8334:20,
8338:19, 8341:11,
8357:11
**down** [4] - 8328:18,
8350:5, 8350:14
**Dr** [4] - 8356:19,
8356:24, 8357:6,
8357:11
**duplication** [1] -
8333:16
**during** [7] - 8330:25,
8331:4, 8353:13,
8354:3, 8354:22,
8355:16, 8356:2
**DX0280** [1] - 8356:4
**DX0547** [1] - 8356:4
**DX099** [1] - 8356:4
**DX1008** [1] - 8356:5
**DX1012** [1] - 8356:4
**DX1021** [1] - 8356:4
**DX2036** [5] - 8325:13,
8356:4, 8356:6,
8356:7, 8356:15
**DX62** [2] - 8336:10,
8348:7
**DX62A** [3] - 8348:16,
8349:8, 8349:13
**DX62A.............**
**.........................** [1]
- 8325:12
**DX62A.27** [1] - 8351:1
**DX995** [1] - 8354:3
**DX997** [1] - 8354:3

### E

**early** [2] - 8333:19,
8357:10
**earns** [1] - 8335:13
**easier** [1] - 8337:19
**easiest** [1] - 8352:10
**easy** [1] - 8356:16
**edit** [1] - 8353:17
**effort** [1] - 8326:13
**either** [2] - 8341:2,
8355:3
**ELIZABETH** [1] -
8325:4
**elsewhere** [1] -
8333:22

**end** [3] - 8353:17,
8355:1, 8356:18
**ending** [1] - 8347:10
**ends** [1] - 8348:13
**engine** [3] - 8337:17,
8338:14, 8338:19
**engines** [2] - 8335:19,
8336:24
**English** [1] - 8329:3
**entirely** [2] - 8336:21,
8341:20
**entities** [2] - 8341:12,
8353:22
**entitled** [2] - 8329:22,
8358:9
**ERIC** [1] - 8325:6
**Eric** [2] - 8351:25,
8353:14
**errors** [1] - 8331:17
**ESQ** [9] - 8323:13,
8323:15, 8323:18,
8323:19, 8323:22,
8324:2, 8324:5,
8324:5, 8324:6
**essentially** [1] -
8346:24
**estimate** [1] - 8326:21
**et** [1] - 8323:3
**evening** [2] - 8357:9,
8357:19
**evidence** [8] - 8327:8,
8330:7, 8346:19,
8349:13, 8351:20,
8354:4, 8356:7,
8356:15
**evolve** [1] - 8334:3
**exact** [1] - 8346:13
**examination** [1] -
8335:24
**EXAMINATION** [4] -
8326:5, 8336:5,
8347:4, 8349:18
**Examination............**
- 8325:5
**Examination............**
[1] - 8325:5
**Examination............**
**..** [2] - 8325:4, 8325:4
**examined** [1] -
8354:23
**examining** [1] -
8354:22
**example** [12] - 8331:7,
8332:11, 8332:18,
8338:13, 8339:16,
8339:19, 8342:7,
8342:24, 8344:13,
8345:21, 8345:23,
8346:2
**examples** [1] -

8350:20
**excellent** [1] - 8355:24
**except** [1] - 8356:6
**excerpted** [1] - 8355:3
**excerpts** [2] - 8352:2,
8355:21
**exclusively** [1] -
8353:24
**exhibit** [4] - 8332:10,
8336:11, 8356:3,
8356:8
**Exhibit** [4] - 8327:8,
8330:7, 8346:19,
8349:13
**EXHIBITS** [1] -
8325:10
**exhibits** [6] - 8354:2,
8355:2, 8355:6,
8355:9, 8355:20,
8356:13
**Exhibits** [2] - 8351:20,
8356:15
**existing** [1] - 8333:17
**expand** [1] - 8334:17
**expectation** [2] -
8357:13, 8357:15
**expected** [1] - 8354:8
**Expedia** [7] - 8339:20,
8339:23, 8344:23,
8344:25, 8345:17,
8346:2, 8346:6
**experience** [11] -
8329:4, 8329:8,
8329:11, 8329:13,
8329:16, 8330:2,
8330:14, 8334:18,
8347:19, 8347:21,
8347:25
**Experience** [4] -
8326:10, 8326:12,
8327:14, 8329:1
**experiment** [2] -
8328:11, 8328:25
**experimental** [1] -
8330:14
**extent** [2] - 8355:15,
8355:20
**externally** [1] -
8340:19
**extra** [1] - 8351:10

### F

**fact** [1] - 8331:18
**fact-check** [1] -
8331:18
**facts** [2] - 8332:3,
8333:11
**fairly** [1] - 8338:18
**familiar** [2] - 8329:24,

8329:25
**Farmers** [1] - 8356:22
**fashion** [2] - 8346:17,
8352:8
**fast** [1] - 8328:17
**features** [1] - 8333:17
**feedback** [4] - 8329:3,
8329:8, 8329:12,
8329:17
**few** [1] - 8335:5
**fifth** [1] - 8350:14
**Fifth** [1] - 8323:20
**figure** [1] - 8351:2
**filing** [1] - 8356:21
**final** [1] - 8334:20
**fine** [1] - 8340:2
**first** [13] - 8327:21,
8330:24, 8330:25,
8334:12, 8336:12,
8338:23, 8343:9,
8344:20, 8349:21,
8350:8, 8350:10,
8352:19, 8354:21
**five** [1] - 8330:20
**flipping** [1] - 8353:5
**focused** [2] - 8329:10,
8336:23
**follow** [3] - 8346:22,
8349:5, 8355:23
**following** [1] - 8356:3
**FOR** [1] - 8323:1
**foregoing** [1] - 8358:7
**forgot** [1] - 8351:16
**form** [1] - 8330:14
**format** [2] - 8341:19
**forward** [2] - 8357:5,
8357:16
**four** [3] - 8330:20,
8338:23, 8339:18
**free** [2] - 8346:22,
8353:12
**frequently** [1] -
8344:12
**Friday** [1] - 8357:14
**front** [3] - 8347:7,
8357:2, 8357:11
**fundamentally** [1] -
8341:25

### G

**genders** [1] - 8332:19
**General** [1] - 8324:3
**general** [8] - 8332:16,
8336:24, 8337:12,
8337:15, 8337:17,
8337:22, 8341:5
**generated** [5] -
8337:5, 8337:8,
8337:20, 8337:21,

8338:1
**Generative** [4] - 8326:10, 8326:12, 8327:14, 8329:1
**generative** [9] - 8326:13, 8327:22, 8328:2, 8328:13, 8329:23, 8334:13, 8347:19, 8347:22, 8347:25
**generic** [1] - 8332:20
**geo** [4] - 8335:1, 8335:10, 8337:5, 8337:21
**given** [1] - 8350:21
**global** [1] - 8332:17
**goal** [1] - 8334:17
**God** [2] - 8332:13, 8332:16
**goog** [2] - 8349:24, 8350:3
**Google** [41] - 8326:15, 8328:8, 8329:2, 8329:17, 8331:18, 8331:19, 8331:21, 8334:23, 8335:4, 8335:9, 8335:13, 8335:14, 8335:18, 8337:9, 8337:16, 8337:22, 8338:2, 8338:5, 8338:8, 8338:14, 8338:19, 8340:4, 8340:23, 8344:1, 8344:5, 8344:17, 8345:13, 8345:14, 8350:7, 8350:12, 8350:16, 8350:19, 8351:1, 8351:4, 8351:5, 8351:8, 8352:17, 8356:11
**GOOGLE** [1] - 8323:6
**Google's** [15] - 8326:12, 8326:15, 8326:19, 8327:3, 8330:1, 8334:17, 8338:7, 8341:8, 8341:14, 8341:15, 8341:22, 8343:16, 8344:10, 8351:24, 8354:18
**gotcha** [2] - 8342:23, 8343:3
**government** [2] - 8348:8, 8348:25
**GRAY** [5] - 8323:18, 8352:22, 8353:10, 8353:15, 8353:21
**Gray** [1] - 8352:22
**great** [2] - 8342:12,

8353:4
**Greenblum** [1] - 8354:21
**GREENBLUM** [1] - 8324:6
**grown** [1] - 8337:15
**growth** [2] - 8337:11, 8337:12
**guidelines** [1] - 8340:18

**H**

**HAFENBRACK** [2] - 8323:19, 8356:9
**Hafenbrack** [2] - 8354:23, 8355:10
**hallucinations** [1] - 8332:1
**hand** [3] - 8338:9, 8352:2, 8355:8
**haste** [1] - 8351:16
**heading** [5] - 8327:18, 8327:19, 8328:21, 8330:9, 8334:10
**hear** [1] - 8352:23
**hearing** [1] - 8354:25
**heavily** [1] - 8333:7
**help** [2] - 8345:10, 8351:4
**helpful** [1] - 8340:11
**high** [2] - 8329:25, 8345:14
**high-intent** [1] - 8345:14
**highlight** [1] - 8355:22
**highlighted** [1] - 8355:3
**home** [1] - 8351:13
**Honor** [30] - 8326:4, 8327:5, 8330:4, 8335:23, 8336:1, 8338:9, 8346:15, 8348:6, 8348:20, 8349:7, 8349:15, 8351:10, 8351:11, 8351:16, 8351:18, 8351:23, 8352:2, 8352:4, 8352:22, 8353:15, 8354:18, 8355:8, 8356:2, 8356:9, 8356:20, 8357:3, 8357:5, 8357:21, 8357:22, 8357:23
**HONORABLE** [1] - 8323:10
**hope** [1] - 8326:7
**hour** [1] - 8354:9
**house** [1] - 8331:8

**I**

**idea** [1] - 8329:7, 8345:7
**identified** [2] - 8328:8, 8349:22
**identifies** [1] - 8330:20
**identify** [2] - 8331:6, 8332:4
**Illinois** [1] - 8323:17
**immersive** [1] - 8343:7
**impact** [1] - 8348:4
**implicated** [1] - 8356:4
**imply** [1] - 8333:5
**implying** [1] - 8332:24
**importance** [1] - 8337:4
**improve** [3] - 8329:4, 8329:18, 8329:20
**inaccurately** [1] - 8332:4
**include** [4] - 8338:23, 8341:2, 8341:21, 8342:19
**included** [4] - 8342:10, 8350:6, 8352:7, 8353:16
**includes** [5] - 8334:15, 8335:1, 8339:3, 8341:18, 8348:1
**incorporate** [1] - 8329:3
**index** [1] - 8331:23
**indulgence** [2] - 8349:16, 8351:10
**information** [8] - 8330:2, 8331:6, 8331:8, 8331:12, 8333:20, 8334:1, 8340:16, 8356:24
**informed** [1] - 8357:3
**initial** [1] - 8330:14
**input** [1] - 8329:20
**inside** [1] - 8355:12
**insights** [1] - 8332:4
**intended** [1] - 8345:11
**intent** [3] - 8345:9, 8345:12, 8345:14
**intents** [1] - 8340:8
**interact** [2] - 8340:22, 8347:12
**interaction** [2] - 8329:18, 8347:16
**interpretation** [2] - 8332:16, 8332:17
**invested** [1] - 8335:9

**investing** [2] - 8334:24, 8335:8
**iOS** [1] - 8329:2
**Israel** [3] - 8356:19, 8357:6, 8357:11
**Israel's** [1] - 8356:24
**issued** [1] - 8342:17
**itself** [2] - 8333:14, 8351:5

**J**

**JOHN** [1] - 8324:5
**JOSHUA** [1] - 8323:19
**JR** [1] - 8323:22
**JUDGE** [1] - 8323:10
**Justice** [3] - 8323:13, 8323:16, 8323:19

**K**

**Kayak** [1] - 8344:20
**Kayak.com** [4] - 8343:10, 8343:14, 8343:17, 8345:17
**KENNETH** [2] - 8323:13, 8324:5
**kind** [1] - 8355:18
**knowledge** [1] - 8353:24
**known** [6] - 8327:22, 8328:8, 8330:10, 8330:13, 8330:18, 8332:7

**L**

**Labs** [4] - 8326:16, 8328:18, 8328:21, 8328:25
**language** [1] - 8331:7
**LaSalle** [1] - 8323:16
**last** [5] - 8333:16, 8337:13, 8337:15, 8353:5, 8355:17
**latest** [1] - 8327:11
**launch** [1] - 8329:3
**least** [1] - 8345:13
**leave** [2] - 8351:14, 8351:15
**left** [1] - 8342:8
**less** [1] - 8340:21
**level** [1] - 8329:25
**likely** [2] - 8337:25, 8357:14
**limitation** [6] - 8332:7, 8332:23, 8332:25, 8333:2, 8334:6, 8334:8
**limitations** [6] -

8327:22, 8328:9, 8330:10, 8330:13, 8330:18, 8334:5
**limited** [3] - 8336:20, 8336:21, 8349:4
**Lincoln** [1] - 8324:4
**line** [4] - 8327:21, 8342:13, 8350:5, 8350:14
**link** [6] - 8343:10, 8343:17, 8343:18, 8343:21, 8344:21, 8344:23
**links** [6] - 8339:17, 8339:18, 8344:13, 8344:14, 8344:17, 8346:12
**listed** [1] - 8353:22
**listening** [1] - 8352:19
**listings** [1] - 8340:4
**LLC** [1] - 8323:6
**LLM** [2] - 8332:8, 8332:9
**LLMs** [4] - 8327:22, 8328:13, 8330:13, 8330:18
**LLP** [2] - 8323:23, 8324:6
**load** [1] - 8334:6
**local** [52] - 8334:24, 8335:2, 8335:10, 8336:15, 8336:17, 8336:24, 8338:7, 8338:18, 8339:2, 8339:4, 8339:6, 8340:1, 8340:2, 8340:5, 8340:6, 8341:9, 8341:11, 8341:17, 8342:3, 8342:11, 8342:13, 8342:16, 8342:19, 8343:9, 8344:4, 8344:10, 8344:13, 8344:15, 8344:16, 8344:17, 8345:5, 8345:7, 8345:10, 8345:11, 8345:13, 8345:14, 8345:17, 8345:19, 8345:20, 8345:22, 8345:24, 8346:2, 8346:5, 8346:7, 8346:12, 8346:25, 8350:2, 8350:19, 8351:5
**located** [1] - 8338:21
**look** [3] - 8353:6, 8355:7, 8357:16
**looking** [3] - 8337:1, 8343:5, 8344:20
**lovely** [1] - 8352:23

**lower** [1] - 8346:6
**lunch** [1] - 8326:7

## M

**Maine** [1] - 8324:7
**majority** [3] - 8338:2, 8338:3, 8338:4
**map** [1] - 8339:3
**Map/Google** [1] - 8350:8
**maps** [1] - 8335:2
**Maps** [6] - 8337:22, 8338:2, 8338:5, 8350:8, 8350:12, 8351:4
**marked** [1] - 8355:11
**market** [1] - 8337:12
**marketing** [2] - 8333:8, 8333:10
**material** [1] - 8333:8
**Matt** [2] - 8336:1, 8336:7
**matter** [1] - 8358:9
**MATTHEW** [1] - 8324:2
**McKinley** [8] - 8336:2, 8336:7, 8338:6, 8338:12, 8343:4, 8343:22, 8346:15, 8347:3
**MCKINLEY** [4] - 8324:2, 8336:1, 8336:6, 8339:15
**mean** [3] - 8331:5, 8332:9, 8333:18
**meant** [1] - 8333:2
**meet** [2] - 8336:8, 8336:9
**MEHTA** [1] - 8323:10
**merchants** [1] - 8340:12
**mid-2000s** [2] - 8335:8, 8335:9
**middle** [1] - 8347:24
**might** [6] - 8331:7, 8332:11, 8333:5, 8342:18, 8342:19, 8342:22
**million** [1] - 8326:24
**minimum** [1] - 8343:2
**minutes** [2] - 8353:2, 8354:10
**misinterpret** [2] - 8331:3, 8331:4
**misinterpretation** [1] - 8330:25
**misinterpretations** [1] - 8331:7
**misrepresent** [1] -

8332:3
**MITCHELL** [1] - 8325:7
**Mitchell** [2] - 8354:19, 8355:25
**mobile** [5] - 8336:23, 8337:11, 8337:16, 8337:19, 8342:24
**model** [3] - 8332:8, 8333:4, 8335:2
**module** [1] - 8341:13
**morning** [2] - 8357:6, 8357:10
**most** [4] - 8337:21, 8343:17, 8343:18, 8343:20
**Motorola** [1] - 8352:1
**move** [6] - 8327:5, 8330:4, 8346:16, 8351:17, 8351:21, 8353:12
**Mozilla** [1] - 8354:19
**MR** [49] - 8326:4, 8326:6, 8327:5, 8327:6, 8327:9, 8330:4, 8330:5, 8330:8, 8335:22, 8336:6, 8338:6, 8338:12, 8339:15, 8343:4, 8343:22, 8346:15, 8347:3, 8347:5, 8348:6, 8348:10, 8348:12, 8348:18, 8348:20, 8348:24, 8349:7, 8349:15, 8349:19, 8351:9, 8351:11, 8351:16, 8351:23, 8352:10, 8352:15, 8352:17, 8353:1, 8353:8, 8354:2, 8354:9, 8354:18, 8355:8, 8355:15, 8356:2, 8356:9, 8356:10, 8356:20, 8357:8, 8357:15, 8357:22, 8357:23
**MS** [5] - 8352:22, 8353:10, 8353:15, 8353:21, 8357:20
**multiple** [1] - 8333:20

## N

**name** [3] - 8336:7, 8340:3, 8347:18
**names** [3] - 8340:2, 8350:18, 8350:21
**near** [1] - 8343:2
**Nebraska** [3] -

8323:22, 8324:2, 8324:4
**necessarily** [4] - 8339:8, 8339:10, 8342:14, 8347:20
**need** [6] - 8327:15, 8346:8, 8351:1, 8353:6, 8353:12, 8357:18
**needs** [1] - 8357:10
**neutral** [4] - 8333:3, 8333:10, 8333:13, 8333:14
**new** [2] - 8328:2, 8329:22
**New** [2] - 8323:24
**next** [6] - 8332:23, 8339:16, 8339:18, 8351:24, 8354:7, 8354:18
**nice** [2] - 8336:7, 8336:9
**night** [1] - 8353:17
**Northwest** [3] - 8323:14, 8323:20, 8324:11
**nothing** [1] - 8351:11
**November** [2] - 8323:6, 8358:12
**number** [6] - 8335:10, 8338:21, 8348:15, 8348:17, 8349:1
**Number** [1] - 8323:3
**numbered** [1] - 8355:12
**numbers** [2] - 8326:23, 8356:3

## O

**object** [1] - 8356:11
**objection** [5] - 8327:6, 8330:5, 8355:4, 8356:8, 8356:9
**objections** [1] - 8353:6
**objective** [1] - 8333:4
**obviously** [3] - 8334:3, 8349:5, 8350:16
**occur** [2] - 8339:4, 8339:14
**occurs** [1] - 8339:4
**OF** [5] - 8323:1, 8323:3, 8323:9, 8358:5, 8358:13
**offer** [1] - 8356:8
**Office** [1] - 8324:3
**OFFICIAL** [1] - 8358:5
**Official** [1] - 8324:11

**often** [1] - 8332:13
**one** [24] - 8329:20, 8330:24, 8331:9, 8331:11, 8332:6, 8332:23, 8333:16, 8333:23, 8333:24, 8334:20, 8338:13, 8339:19, 8349:4, 8350:11, 8352:5, 8352:8, 8353:1, 8353:5, 8353:15, 8354:8, 8354:9, 8355:9, 8355:10
**ones** [1] - 8332:21
**open** [1] - 8356:25
**operating** [1] - 8353:23
**opinion** [1] - 8333:13
**opinionated** [1] - 8332:24
**opposed** [2] - 8331:16, 8333:10
**opting** [1] - 8347:18
**order** [8] - 8326:2, 8327:14, 8329:18, 8331:21, 8337:8, 8352:13, 8352:15, 8354:16
**ordering** [1] - 8338:20
**organic** [2] - 8339:13, 8344:9
**organization** [1] - 8341:12
**organizational** [1] - 8352:4
**organize** [1] - 8340:8
**ought** [1] - 8355:7
**output** [1] - 8346:24
**outside** [1] - 8344:12
**overall** [2] - 8337:5, 8347:21
**overview** [1] - 8329:23
**own** [2] - 8350:1, 8352:12

## P

**p.m** [4] - 8323:6, 8354:15, 8358:1
**page** [27] - 8327:17, 8328:19, 8330:9, 8331:13, 8332:23, 8333:21, 8333:22, 8333:23, 8334:7, 8334:16, 8336:14, 8336:21, 8338:14, 8338:19, 8339:14, 8340:8, 8340:21, 8342:20, 8347:10, 8347:16, 8348:1,

8348:13, 8348:14, 8348:22, 8353:19, 8353:21
**pages** [3] - 8327:17, 8333:25, 8334:9
**part** [1] - 8342:15
**participate** [1] - 8341:10
**particular** [5] - 8331:24, 8333:6, 8344:1, 8345:7, 8355:21
**parties** [3] - 8352:6, 8356:23, 8357:4
**partner** [1] - 8354:21
**parts** [1] - 8339:14
**past** [1] - 8334:23
**Patterson** [1] - 8323:23
**pay** [2] - 8345:21, 8346:8
**paying** [1] - 8335:19
**people** [14] - 8329:12, 8329:15, 8333:11, 8340:8, 8340:9, 8340:16, 8342:20, 8345:10, 8347:18, 8350:1, 8350:11, 8350:17, 8350:21
**per** [2] - 8329:14, 8335:13
**per-query** [1] - 8329:14
**perceive** [1] - 8333:11
**percent** [2] - 8348:17, 8349:21
**percentage** [2] - 8338:5, 8351:2
**perhaps** [1] - 8357:8
**permit** [1] - 8349:3
**persona** [1] - 8332:24
**perspective** [1] - 8332:14
**perspectives** [1] - 8332:12
**phone** [1] - 8342:24
**picked** [1] - 8350:12
**place** [1] - 8341:25
**places** [3] - 8341:23, 8343:6, 8344:14
**Plaintiff** [2] - 8324:2, 8336:2
**Plaintiffs** [3] - 8323:4, 8323:13, 8323:21
**plaintiffs** [2] - 8356:10, 8357:20
**plan** [1] - 8354:12
**platforms** [1] - 8335:11
**play** [2] - 8334:13,

8352:7
**played** [3] - 8353:14, 8354:7, 8355:25
**playing** [2] - 8352:3, 8352:6
**point** [5] - 8330:25, 8331:25, 8333:6, 8333:24, 8335:5
**portion** [3] - 8326:18, 8351:21, 8353:13
**portions** [1] - 8355:16
**position** [5] - 8339:4, 8339:9, 8339:11, 8341:6, 8342:19
**positions** [3] - 8339:5, 8339:12
**possibility** [1] - 8345:14
**post** [1] - 8327:2
**posted** [2] - 8327:2, 8330:1
**power** [1] - 8334:12
**practice** [1] - 8349:3
**prefer** [4] - 8329:15, 8341:9, 8345:24, 8346:5
**preference** [1] - 8341:2
**prepared** [1] - 8357:5
**present** [2] - 8352:11, 8357:5
**presentation** [1] - 8353:13
**pretty** [2] - 8329:11, 8342:13
**previous** [1] - 8328:16
**price** [3] - 8331:9, 8331:10
**print** [1] - 8348:7
**proceed** [1] - 8336:3
**Proceedings** [2] - 8324:14, 8358:1
**proceedings** [1] - 8358:8
**produced** [1] - 8324:15
**product** [8] - 8328:9, 8329:15, 8329:19, 8329:20, 8333:8, 8333:9, 8335:14, 8350:16
**products** [1] - 8351:2
**promise** [1] - 8334:1
**prone** [1] - 8331:25
**proposals** [1] - 8356:25
**protections** [1] - 8330:13
**provide** [2] - 8337:8, 8340:7

**provided** [2] - 8348:8, 8348:24
**provider** [1] - 8339:23
**PSXD15** [5] - 8338:10, 8343:5, 8346:11, 8346:16, 8346:19
**PSXD15.....................
...........................** [1]
- 8325:12
**published** [1] -
8340:18
**pulling** [1] - 8349:11
**punch** [1] - 8342:24
**purchase** [1] -
8343:23
**purple** [4] - 8347:21, 8347:23, 8348:2, 8348:4
**purposes** [4] - 8349:8, 8351:17, 8352:4, 8353:8
**put** [10] - 8326:25, 8340:20, 8341:24, 8342:8, 8342:9, 8349:16, 8355:11, 8355:13, 8357:2

## Q

**quality** [1] - 8329:18
**quarter** [1] - 8338:25
**queries** [5] - 8331:4, 8337:16, 8338:25, 8339:1, 8345:11
**query** [23] - 8329:14, 8331:24, 8338:15, 8338:21, 8339:7, 8342:11, 8342:21, 8343:10, 8343:16, 8343:17, 8344:2, 8344:6, 8344:13, 8344:17, 8344:18, 8345:3, 8345:11, 8345:15, 8345:16, 8346:10, 8346:13, 8346:25
**questioning** [3] - 8352:16, 8355:7, 8355:21
**questions** [11] - 8330:21, 8335:23, 8336:22, 8346:15, 8347:6, 8347:8, 8347:11, 8348:19, 8348:21, 8349:6, 8352:20
**quickly** [3] - 8343:23, 8349:12, 8353:5

## R

**races** [1] - 8332:20
**range** [1] - 8330:12
**ranked** [3] - 8343:16, 8343:18, 8343:20
**rater** [1] - 8340:18
**raters** [3] - 8340:17, 8340:18, 8342:18
**reach** [1] - 8357:4
**read** [5] - 8333:7, 8348:14, 8348:15, 8349:20, 8353:18
**reading** [1] - 8350:25
**ready** [1] - 8326:3
**real** [1] - 8335:2
**really** [5] - 8333:3, 8340:11, 8342:15, 8350:22, 8355:18
**reason** [1] - 8335:20
**recap** [1] - 8343:23
**received** [6] - 8327:8, 8330:7, 8346:19, 8349:13, 8351:20, 8356:15
**RECEIVED** [1] -
8325:10
**recently** [1] - 8355:11
**Recess** [1] - 8354:15
**record** [4] - 8339:25, 8349:8, 8353:19, 8358:8
**recorded** [1] - 8324:14
**RECROSS** [1] -
8349:18
**Recross** [1] - 8325:5
**RECROSS-
EXAMINATION** [1] -
8349:18
**Rrecross-
Examination............
...** [1] - 8325:5
**REDIRECT** [1] -
8347:4
**Redirect** [1] - 8325:5
**redirect** [1] - 8349:5
**refer** [1] - 8340:1
**reference** [4] -
8332:11, 8332:13, 8355:2, 8356:21
**referenced** [3] -
8340:13, 8354:2, 8355:6
**referencing** [3] -
8334:24, 8335:1, 8340:14
**referred** [1] - 8331:13
**reflect** [1] - 8333:3
**reflecting** [1] -
8356:25

**REID** [1] - 8325:4
**Reid** [12] - 8326:7, 8327:10, 8334:21, 8335:22, 8336:7, 8338:13, 8347:3, 8347:6, 8348:13, 8349:20, 8351:9, 8351:12
**related** [1] - 8331:13
**relevance** [3] -
8345:16, 8346:5, 8346:6
**relevant** [7] - 8343:17, 8343:18, 8343:20, 8344:1, 8344:5, 8344:18, 8345:2
**relies** [1] - 8331:21
**rely** [1] - 8329:17
**relying** [1] - 8331:23
**removal** [1] - 8341:1
**remove** [1] - 8341:2
**rental** [10] - 8338:15, 8342:8, 8342:17, 8342:20, 8342:21, 8342:25, 8343:1, 8345:3, 8345:6, 8345:8
**repeat** [1] - 8343:19
**Reporter** [1] - 8324:11
**REPORTER** [2] -
8358:5, 8358:13
**represent** [1] -
8326:18
**requested** [1] -
8356:11
**requests** [1] - 8331:4
**Research** [1] -
8340:15
**research** [1] - 8340:9
**resolve** [1] - 8353:7
**resolved** [1] - 8356:22
**response** [7] -
8338:14, 8339:6, 8343:10, 8343:16, 8344:4, 8344:13, 8344:16
**responses** [3] -
8331:18, 8331:22, 8342:22
**responsible** [3] -
8327:18, 8328:1, 8328:20
**rest** [1] - 8339:1
**restate** [1] - 8346:1
**restaurants** [2] -
8333:21, 8333:22
**result** [1] - 8350:11
**results** [14] - 8331:19, 8331:21, 8331:24, 8334:6, 8334:7,

8334:16, 8338:14, 8338:19, 8338:24, 8339:16, 8339:18, 8345:25, 8346:11, 8346:25
**return** [1] - 8354:12
**role** [2] - 8334:14, 8334:17
**roll** [1] - 8333:20
**Room** [1] - 8324:12
**rough** [1] - 8326:23
**roughly** [2] - 8353:2, 8354:9
**RPR** [1] - 8324:11
**run** [1] - 8354:8
**running** [1] - 8353:1

## S

**Safari** [1] - 8350:19
**safe** [1] - 8351:13
**sARA** [1] - 8323:18
**SARA** [1] - 8324:11
**Sara** [3] - 8352:22, 8358:7, 8358:12
**Schmidtlein** [1] -
8354:17
**SCHMIDTLEIN** [18] -
8324:5, 8351:23, 8352:10, 8352:15, 8352:17, 8353:1, 8353:8, 8354:2, 8354:9, 8354:18, 8355:8, 8355:15, 8356:2, 8356:10, 8356:20, 8357:8, 8357:15, 8357:23
**screen** [2] - 8355:14, 8355:23
**seamless** [1] -
8356:17
**Search** [13] - 8326:10, 8326:12, 8326:13, 8326:15, 8326:19, 8327:14, 8328:18, 8328:21, 8328:25, 8329:1, 8331:19, 8335:14, 8351:4
**search** [51] - 8327:11, 8327:22, 8328:3, 8329:22, 8331:21, 8331:23, 8333:17, 8334:10, 8334:12, 8334:13, 8334:15, 8334:16, 8334:18, 8334:25, 8335:2, 8335:19, 8336:16, 8336:17, 8336:24, 8337:12, 8337:13, 8337:15, 8337:17,

8337:22, 8337:23, 8337:24, 8337:25, 8338:5, 8338:14, 8338:18, 8338:25, 8339:7, 8342:10, 8344:5, 8344:16, 8345:5, 8345:6, 8345:7, 8345:10, 8345:12, 8345:13, 8345:14, 8347:11, 8347:12, 8347:17, 8350:2, 8350:19

**searches** [1] - 8336:20

**seats** [1] - 8353:13

**second** [2] - 8331:11, 8331:25

**section** [1] - 8347:22

**see** [22] - 8327:12, 8327:19, 8327:24, 8328:4, 8328:23, 8329:5, 8330:15, 8332:25, 8338:16, 8339:2, 8339:21, 8340:9, 8340:17, 8340:20, 8343:12, 8346:11, 8350:7, 8350:19, 8352:13, 8357:24

**sense** [1] - 8351:3

**sentence** [2] - 8329:10, 8334:12

**separate** [2] - 8340:10, 8350:7

**SERP** [3] - 8338:8, 8344:20, 8346:24

**service** [1] - 8351:7

**services** [1] - 8340:7

**SESSION** [1] - 8323:9

**set** [2] - 8337:3, 8339:16

**several** [1] - 8337:15

**SGE** [31] - 8326:9, 8326:12, 8326:15, 8326:18, 8328:9, 8329:1, 8329:8, 8329:23, 8330:2, 8330:13, 8330:18, 8331:3, 8331:18, 8331:22, 8331:25, 8332:3, 8332:7, 8332:9, 8333:2, 8333:19, 8333:21, 8333:24, 8334:6, 8334:15, 8334:16, 8334:18, 8347:13, 8347:15, 8347:16, 8347:18, 8347:21

**shorthand** [1] - 8324:14

**show** [12] - 8332:22,

8339:8, 8340:6, 8345:17, 8345:19, 8345:20, 8345:21, 8345:23, 8346:2, 8347:19, 8347:23

**showed** [1] - 8336:21

**shown** [1] - 8348:1

**shows** [3] - 8333:20, 8334:16, 8344:7

**Sign** [1] - 8327:10

**sign** [2] - 8327:15

**SIGNATURE** [1] - 8358:13

**similar** [6] - 8330:24, 8331:3, 8331:16, 8332:3, 8340:10, 8346:16

**sites** [1] - 8336:22

**slide** [1] - 8349:16

**slides** [1] - 8357:1

**small** [2] - 8326:18, 8338:5

**SMURZYNSKI** [11] - 8324:5, 8327:6, 8330:5, 8347:5, 8348:6, 8348:10, 8348:12, 8348:18, 8348:24, 8349:7, 8351:11

**sold** [2] - 8331:9, 8331:10

**someone** [1] - 8332:15

**sometimes** [5] - 8337:23, 8337:24, 8339:13, 8339:14, 8347:20

**somewhere** [1] - 8351:7

**sorry** [6] - 8328:7, 8328:17, 8338:3, 8339:10, 8339:11, 8343:19

**sort** [5] - 8331:15, 8352:5, 8352:11, 8355:7, 8356:4

**sounds** [2] - 8333:9, 8357:12

**South** [1] - 8323:16

**Southwest** [1] - 8324:7

**specialized** [1] - 8339:23

**specific** [6] - 8330:20, 8331:17, 8335:20, 8344:5, 8345:8, 8355:16

**specifically** [1] - 8341:12

**speech** [1] - 8333:10

**speed** [2] - 8334:5, 8334:8

**spent** [2] - 8334:23, 8335:18

**split** [1] - 8342:14

**staff** [1] - 8355:21

**stage** [1] - 8333:19

**stand** [2] - 8357:6, 8357:11

**stands** [1] - 8326:10

**start** [1] - 8330:24

**started** [2] - 8333:19, 8335:8

**starting** [4] - 8328:18, 8328:21, 8328:25, 8334:4

**starts** [1] - 8333:8

**state** [2] - 8327:21, 8328:25

**State** [4] - 8323:21, 8323:22, 8324:2, 8324:3

**statement** [2] - 8327:24, 8328:4

**statements** [1] - 8328:6

**STATES** [3] - 8323:1, 8323:3, 8323:10

**states** [2] - 8330:12, 8334:12

**States** [8] - 8323:13, 8323:16, 8323:19, 8335:25, 8336:2, 8352:23, 8354:23, 8354:24

**stating** [1] - 8328:1

**staying** [1] - 8334:9

**stenotype** [1] - 8324:14

**step** [1] - 8330:23

**still** [2] - 8342:19, 8356:22

**strategy** [1] - 8337:5

**Street** [3] - 8323:14, 8323:16, 8323:20

**structure** [1] - 8341:23

**studies** [1] - 8341:4

**study** [5] - 8340:23, 8341:1, 8341:4, 8341:8

**subject** [1] - 8356:24

**subset** [1] - 8350:10

**suffer** [1] - 8352:18

**Suite** [2] - 8323:17, 8323:24

**surface** [2] - 8332:20, 8340:11

**surprise** [1] - 8349:1

**surveys** [1] - 8336:15

**SVP** [6] - 8341:24,

8343:14, 8344:4, 8344:16, 8344:17, 8344:25

**SVPs** [8] - 8340:4, 8340:10, 8341:9, 8341:18, 8342:2, 8343:23, 8344:10, 8344:12

**system** [2] - 8344:8, 8344:9

**systems** [1] - 8353:23

## T

**tab** [1] - 8336:12

**tabbed** [1] - 8355:9

**talks** [1] - 8331:8

**team's** [1] - 8337:5

**ten** [1] - 8337:13

**term** [1] - 8333:18

**terms** [2] - 8346:5, 8346:24

**terrific** [3] - 8353:11, 8354:5, 8355:24

**test** [1] - 8327:11

**tested** [2] - 8341:17, 8341:19

**testified** [4] - 8334:23, 8336:10, 8337:4, 8338:7

**TESTIMONY** [1] - 8325:3

**testimony** [3] - 8334:22, 8351:13, 8357:17

**testing** [1] - 8341:1

**text** [9] - 8338:23, 8338:25, 8339:1, 8339:19, 8343:23, 8344:4, 8344:7, 8346:3, 8346:12

**THE** [59] - 8323:1, 8323:1, 8323:10, 8326:3, 8327:7, 8330:6, 8335:24, 8336:4, 8338:3, 8338:4, 8338:11, 8339:10, 8339:11, 8342:5, 8342:6, 8342:7, 8342:12, 8342:23, 8343:1, 8343:3, 8343:19, 8343:20, 8346:18, 8346:20, 8346:21, 8346:22, 8347:1, 8347:2, 8348:9, 8348:11, 8348:23, 8349:3, 8349:10, 8349:14, 8351:12, 8351:14, 8351:15,

8351:19, 8351:21, 8352:9, 8352:12, 8352:16, 8352:25, 8353:4, 8353:11, 8353:20, 8354:5, 8354:11, 8354:17, 8355:6, 8355:13, 8355:24, 8356:1, 8356:14, 8356:16, 8357:7, 8357:12, 8357:16, 8357:24

**theirs** [1] - 8355:10

**themselves** [2] - 8333:25, 8355:18

**they've** [2] - 8348:25, 8355:11

**thinks** [1] - 8346:6

**third** [6] - 8332:6, 8344:23, 8350:5, 8356:23, 8357:3

**three** [1] - 8339:3

**today** [7] - 8326:15, 8326:18, 8327:11, 8327:23, 8334:15, 8334:22, 8335:9

**together** [2] - 8351:1, 8353:17

**tomorrow** [6] - 8356:19, 8357:1, 8357:10, 8357:13, 8357:17, 8357:25

**tone** [1] - 8333:4

**took** [2] - 8352:17, 8352:23

**top** [3] - 8327:10, 8327:21, 8330:12

**topic** [1] - 8334:21

**total** [2] - 8326:19, 8351:2

**trained** [2] - 8333:5, 8333:7

**Transcript** [1] - 8324:15

**transcript** [1] - 8358:8

**TRANSCRIPT** [1] - 8323:9

**transcription** [1] - 8324:15

**travel** [3] - 8342:9, 8342:13, 8342:15

**travels** [1] - 8351:13

**TRIAL** [1] - 8323:9

**trial** [1] - 8356:3

**tried** [1] - 8341:20

**tries** [1] - 8331:18

**triggered** [2] - 8346:13, 8347:15

**true** [1] - 8337:18

**try** [3] - 8340:7, 8355:23, 8357:8

**trying** [1] - 8353:17
**turn** [8] - 8327:17, 8328:15, 8329:21, 8330:9, 8336:10, 8336:14, 8347:10, 8348:13
**two** [4] - 8348:21, 8354:2, 8355:8, 8355:17
**Tyler** [1] - 8323:23
**type** [4] - 8340:23, 8341:4, 8341:8, 8351:6
**types** [1] - 8346:25
**typical** [5] - 8338:18, 8338:20, 8339:2, 8339:6, 8339:8

## U

**U.S** [2] - 8329:2, 8332:13
**under** [1] - 8328:20
**underlying** [1] - 8335:2
**underneath** [1] - 8343:9
**understood** [1] - 8350:4
**unit** [36] - 8338:7, 8339:2, 8339:4, 8339:8, 8339:25, 8340:1, 8340:2, 8340:5, 8340:6, 8341:2, 8341:3, 8341:6, 8341:9, 8341:10, 8341:12, 8341:17, 8341:20, 8341:22, 8341:23, 8342:1, 8342:19, 8343:6, 8343:9, 8344:10, 8344:15, 8345:17, 8345:19, 8345:20, 8345:22, 8345:24, 8346:2, 8346:5, 8346:7, 8346:12, 8346:25
**UNITED** [3] - 8323:1, 8323:3, 8323:10
**United** [5] - 8323:13, 8323:16, 8323:19, 8352:22, 8354:23
**units** [3] - 8338:20, 8341:15
**unknown** [1] - 8335:10
**up** [21] - 8326:25, 8327:10, 8327:15, 8331:13, 8333:20, 8338:9, 8344:7,

8345:17, 8345:20, 8345:21, 8345:23, 8346:2, 8346:22, 8349:5, 8349:11, 8349:16, 8352:2, 8355:8, 8355:14, 8355:22, 8356:13
**update** [1] - 8327:11
**UPX0851** [1] - 8356:5
**UPX0898** [1] - 8356:5
**UPX0979** [1] - 8356:5
**UPX1070** [1] - 8356:5
**UPX2022** [2] - 8325:13, 8351:20
**UPX2023** [1] - 8351:20
**UPX2023..................
.................** [1] - 8325:13
**UPX2067** [6] - 8328:15, 8329:21, 8329:22, 8330:4, 8330:7, 8347:8
**UPX2067..................
...........................** [1] - 8325:11
**UPX2068** [7] - 8326:25, 8327:1, 8327:2, 8327:5, 8327:8, 8327:10, 8328:19
**UPX2068..................
...........................** [1] - 8325:11
**UPX2080** [4] - 8356:5, 8356:6, 8356:10, 8356:15
**UPX2080..................
.................** [1] - 8325:13
**UPXD22** [1] - 8351:17
**user** [15] - 8329:8, 8329:17, 8337:5, 8337:8, 8337:9, 8337:20, 8337:21, 8338:1, 8338:21, 8340:13, 8341:9, 8342:2, 8345:12
**user's** [3] - 8341:2, 8345:9, 8345:12
**user-generated** [5] - 8337:5, 8337:8, 8337:20, 8337:21, 8338:1
**users** [17] - 8326:18, 8326:19, 8327:14, 8330:2, 8336:15, 8337:19, 8337:22, 8337:23, 8337:24, 8337:25, 8340:21, 8341:16, 8341:17,

8345:24, 8346:4, 8346:5, 8350:3
**usual** [1] - 8349:3
**UX** [1] - 8340:15
**UXR** [1] - 8340:15

## V

**varies** [1] - 8338:20
**various** [2] - 8342:14, 8355:2
**vast** [3] - 8338:2, 8338:3, 8338:4
**verify** [1] - 8331:21
**version** [2] - 8348:16, 8348:21
**vertical** [6] - 8339:23, 8342:9, 8342:10, 8342:15, 8342:16, 8346:25
**via** [2] - 8325:6, 8325:7
**video** [5] - 8351:24, 8353:16, 8354:7, 8354:20, 8355:23
**Videotaped** [1] - 8355:25
**videotaped** [3] - 8325:6, 8325:7, 8353:14
**view** [2] - 8333:6, 8333:24
**voice** [2] - 8352:19, 8352:24
**voices** [1] - 8354:25
**vs** [1] - 8323:5

## W

**Washington** [5] - 8323:5, 8323:14, 8323:20, 8324:7, 8324:12
**ways** [2] - 8332:11, 8332:22
**web** [7] - 8331:13, 8332:14, 8333:5, 8333:14, 8333:23, 8333:25, 8336:22
**Webb** [1] - 8323:23
**website** [5] - 8327:3, 8330:1, 8341:23, 8341:25, 8350:22
**weighs** [1] - 8346:24
**welcome** [2] - 8326:7, 8349:6
**whatsoever** [1] - 8348:5
**white** [2] - 8327:1, 8347:7

**whole** [1] - 8337:2
**WICK** [1] - 8324:11
**Wick** [2] - 8358:7, 8358:12
**WILLIAM** [1] - 8323:22
**Williams** [1] - 8324:6
**WINIFRED** [1] - 8325:7
**Winifred** [1] - 8355:25
**wish** [1] - 8346:7
**witness** [5] - 8348:10, 8351:24, 8354:19, 8355:16, 8355:18
**WITNESS** [1] - 8338:4, 8339:11, 8342:6, 8342:12, 8343:1, 8343:20, 8346:21, 8347:1, 8348:11, 8351:14
**words** [1] - 8350:1
**world** [1] - 8335:3
**wrote** [1] - 8350:3

## Y

**Yahoo!** [1] - 8350:13
**year** [1] - 8335:13
**years** [5] - 8334:23, 8335:5, 8335:7, 8337:13, 8337:15
**Yelp** [1] - 8350:12
**yesterday** [1] - 8356:22
**York** [2] - 8323:24