1          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
2

3    UNITED STATES OF AMERICA,
     et al.,                              Civil Action
4                    Plaintiffs,          No. 1:20-cv-3010

5              vs.                        Washington, DC
                                          November 2, 2023
6    GOOGLE, LLC,                         1:32 p.m.

7                    Defendant.           Day 33
     _____/    Afternoon Session
8

9

10                TRANSCRIPT OF BENCH TRIAL
           BEFORE THE HONORABLE AMIT P. MEHTA
11               UNITED STATES DISTRICT JUDGE

12

     APPEARANCES:
13

     For DOJ Plaintiffs:     KENNETH DINTZER
14                              U.S. Department of Justice
                                1100 L Street, NW
15                              Washington, DC 20005

16                           MEAGAN BELLSHAW
                                U.S. Department of Justice
17                              450 Fifth Street, NW
                                Washington, DC 20001
18
                             DAVID DAHLQUIST
19                              U.S Department of Justice
                                209 South LaSalle Street, Suite 600
20                              Chicago, IL 60604

21   For Plaintiffs
     State of Colorado &
22   State of Nebraska:      WILLIAM CAVANAUGH, JR.
                                Patterson, Belknap, Webb & Tyler, LLP
23                              1133 Avenue of the Americas #2200
                                Suite 2200
24                              New York, NY 10036

25

8504

1    **APPEARANCES CONT**:

2    **For Plaintiff**
     **State of Colorado:**      **JONATHAN SALLET**
3                                 Colorado Department of Law
                                  CPS/Antitrust Section
4                                 1300 Broadway, 7th Floor
                                  Denver, CO 80203
5

6

7    **For Defendant Google:**   **JOHN SCHMIDTLEIN**
                                  **KENNETH SMURZYNSKI**
8                                 Williams & Connolly, LLP
                                  680 Maine Avenue, SW
9                                 Washington, DC 20024

10
                                 **MICHAEL SOMMER**
11                                Wilson, Sonsini, Goodrich & Rosati
                                  1301 Avenue of the Americas, 40th Fl.
12                                New York, NY 10019

13

14

15

16

17

18

19

20

21

22

23   **Court Reporter:**         **JEFF HOOK**
                                  Official Court Reporter
24                                U.S. District & Bankruptcy Courts
                                  333 Constitution Avenue, NW
25                                Washington, DC 20001

8505

1                              **I N D E X**

2   **WITNESS**                                                **PAGE**

3   MARK ISRAEL

4       Continued Direct Examination by Mr. Sommer          8506

5       Cross-Examination by Mr. Dintzer                    8603

6

7

8

9

10                           **E X H I B I T S**

11

12                    NO EXHIBITS WERE MARKED

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    **P R O C E E D I N G S**

2          **THE COURT:**  Welcome back everybody.  Mr. Sommer, ready

3     when you are.

4          **CONTINUED DIRECT EXAMINATION OF MARK ISRAEL**

5     **BY MR. SOMMER:**

6          **Q.**  Thank you, Judge.

7          Welcome back, Dr. Israel.

8          **A.**  Thank you.

9          **Q.**  We were about to move on -- a little deeper on to

10    substitution, and I was up to slide 72.  So let's get that

11    up, let's see if I can get it up.  There it is, 72.

12         Can you describe to the Court the concepts you're

13    addressing in this slide, please.

14         **A.**  Yeah, so as I mentioned earlier, I'm going to try to

15    present the evidence that I've been able to review and

16    develop on substitution between ad formats, as we talked

17    about.  So there's really three forms of evidence that I'll

18    go through.  The first one -- and you had asked about

19    empirical studies before, and I'll come to that.  As I said,

20    tried to make what -- you know, what's possible of the

21    empirical evidence in the record.  There's only so much of

22    it, though.  And so the first thing I've done is look at what

23    the people in the marketplace are doing, particularly the

24    people who are providing tools, who are serving the needs of

25    advertisers under the logic that if they're investing in and

1    providing tools to help people substitute across channels,

2    that indicates that there's an important demand for that, and

3    that's something people want to do.

4        So I'll look at the tools, then I'll go to the empirical

5    evidence that's available.  And then I'll spend a fair bit of

6    time on what Professor Whinston presented as his three main

7    factors that he is -- affecting the substitutability of ad

8    products.  And I'll describe why my conclusion from his

9    factors, as well as my own, is that there's greater

10   substitution between Google search ads and other formats than

11   between Google search ads and other general search ads.

12       **Q.**  All right.  Let's start with the tools that you

13   mentioned.  Performance Max, is that one of them?

14       **A.**  Yeah, so this is -- this slide has a description of

15   the Performance Max offering from Google.  So just to take a

16   step back -- and I'm sure you know much of this, but I

17   mentioned Google Ads earlier, right.  So Google Ads is the

18   native interface through which people buy Google search ads.

19   So there's an auction running in the background, but

20   generally advertisers work through Google Ads to submit their

21   campaigns and their bidding strategies and so on.  So you can

22   submit various -- advertisers can come to Google and submit

23   various campaigns.

24       In a recent development at Google -- which I think you've

25   heard about, which is their fastest growing campaign form is

1    called Performance Max.  And the key feature of Performance

2    Max is that it explicitly -- you don't set a search campaign

3    or a PLA campaign or a display campaign separately.  You tell

4    it your goals, you give it a budget, and it uses AI

5    effectively to shift your budget across channels in order to

6    maximize return.  So this is saying it will optimize

7    performance in realtime across channels.  If you have a CPA,

8    which is cost per action, or a return on an advertising spend

9    target, it will do that for you.  So Google is providing a

10   tool that explicitly doesn't separate between display,

11   search, PLA; it optimizes across them.

12       Q.  And did you see testimony from Dr. Raghavan that also

13   addressed this issue?

14       A.  Right.  And he was clear, using the sort of same

15   logic I've been describing, an advertiser comes in with a

16   budget, and Google figures out where to put money in that

17   budget in order to maximize their return on ad spend.

18       Q.  Is Google the only ad platform that offers an ad

19   optimization tool like Performance Max?

20       A.  Definitely not.  So on the next slide, we see

21   Microsoft has a similar, although in some ways broader,

22   offering.  So Microsoft offers something called Smart

23   Campaigns.  Interestingly, Microsoft -- the name of

24   Microsoft's sort of technology that manages these is also

25   called Performance Max.  But it's Smart Campaigns, it's the

1    same idea:  Automatically optimize your budget for the best

2    performance.  One interesting notable difference is Google

3    Ads is doing this across Google stuff, Google search.  Google

4    also has a display network of display ads.  Google is

5    optimizing across those.  Microsoft is explicitly optimizing

6    across its own Bing search ads, also Google Ads, also

7    Facebook and Instagram.

8        So you give Microsoft a campaign, and it will optimize

9    your budget across those.  So it's explicitly considering how

10   to move money across channels.

11       Q.  Are these ad platforms the only tools out there or

12   are there others?

13       A.  There's lots of others.  The ones that I just

14   described are native to Google and Microsoft, so Google and

15   Microsoft offer them.  Probably the place that I think you

16   see this the most -- or certainly one of the most, is with

17   advertising agencies.  It's a lot of what advertising

18   agencies are doing for their advertising clients, is helping

19   them optimize -- move money between channels.  And so the

20   next couple documents are from an advertising agency, IPG --

21   there's been a witness from them.  And then Reprise is a part

22   of IPG that manages some of these technologies.

23       So on slide 75, we see IPG/Reprise has something called

24   optimization engine.  It's a realtime budget optimizer.  It

25   mentions that it looks across channels: display, video,

1    search, social, OTT -- which is over-the-top video, connected

2    television and so on.  And it says -- it recommends budget

3    reallocations away from underperforming channels to

4    outperforming channels for more impactful business outcomes

5    and better ROI versus in-channel optimization only.  So it's

6    sort of a clear description of this move money to where the

7    ROI is higher.

8       Q.  And with that same company, IPG/Reprise, that's

9    featured on the next slide as well?

10      A.  Right.  So they have a guide to paid search reporting

11   and optimization, a publication from the same company.  And

12   they indicate, again, measuring the performance across

13   multiple channels.  The highlighted part says:  "As an

14   example, if paid social is performing well within the target

15   ROI but paid search is not, then we may recommend moving the

16   budget to ensure we spend in the most efficient channel."

17      Q.  And Dr. Israel, is IPG the only ad agency that offers

18   advertisers these types of optimization tools?

19      A.  Definitely not.

20      Q.  And did you see testimony from Mr. Lowcock from IPG

21   who testified at this trial?

22      A.  Yes.  He said every agency or every significantly

23   sized agency that he's aware of has such tools.  That's also

24   my experience in the industry.  Agencies have to compete for

25   the business of advertisers, so they basically have to offer

1    them these tools or they won't be effective in maximizing

2    returns.

3        Q.  So you've mentioned the platforms have tools, the ad

4    agencies have tools.  Are there other optimization tools out

5    there as well?

6        A.  There's a variety of firms, sort of third-party

7    tools, that work with the agencies often or work with the

8    advertisers to help them with this sort of function.

9        Q.  So on slide 78 --

10       A.  So Nexoya is an example of a company that provides

11   these services.  They provide a budget optimizer.  Their

12   statement is:  "Optimize your digital ad spend with automated

13   cross-channel portfolio management."

14       Q.  And then we see one from a company called Grid

15   Dynamics?

16       A.  Right.  And I think -- maybe, yeah, if we -- theirs

17   says the same:  "Optimally allocate budgets across marketing

18   channels.  Measure the true contribution of each channel."

19   So it's another similar service.

20       Q.  And there's also one from ChannelMix?

21       A.  ChannelMix.  Again, theirs talked about protecting

22   optimal media mix, protect budgets and reduce wasted spend.

23   You know, all of these are evidence of what -- the service

24   that's being provided, invested in and demanded is taking

25   advertising budget and move money around between channels to

1    optimize return, you know, with specific language about

2    moving money from underperforming to overperforming channels.

3        Q.  What about Google itself, have you seen documents

4    showing whether it uses ROI to make its own ad buying

5    decisions?

6        A.  Yes.  I mean, Google's an ad buyer, so Google as a

7    seller is moving money around to generate returns.  What's on

8    here is actually work that I've done from Google's data,

9    which is just here making the simple point that this is

10   Google advertising for the Play Store.  So you can -- they'll

11   say sign up for the Play Store to get music or to use the

12   Play Store for apps or whatever, they advertise that in

13   various ways.  And so this is just showing that over time,

14   the proportion of the money they're spending across different

15   channels is varying quite a bit.  As the bullets say, it's

16   between zero on search and 55 percent on search; and display,

17   between 25 and 85.

18        Now, again, this is -- Google's doing this for a variety

19   of reasons; to be clear, they're optimizing over time.  But

20   it clearly shows that as far as the mix in their budget, it's

21   not like search always get a certain percentage.  These are

22   fluid movements across channel.

23        Q.  Have you found any other evidence in the record that

24   advertisers shift between search and other forms of

25   advertising?

1      **A.**   Yes.   So this is an attempt to find in the record

2   where I could find a place to do an empirical study of my

3   own.  As I said, there's limited places where I have data on

4   the ROI or the price and the ad movement such that you can

5   actually do econometrics.  I don't think plaintiffs' experts

6   have done it.  There's limited places where there's

7   sufficient data.  What I looked at here was one example.  So

8   you may recall in the basically early fall -- late summer,

9   early fall of 2020, there were some advertisers who boycotted

10   Facebook, boycotted Meta in response to some of Meta's

11   policies.  Most of those boycotts were very short, so most of

12   them in the data were less than a month, really no time to

13   study.

14      The one example where there was a sustained boycott

15   longer was Nike.  So Nike boycotted Facebook, got rid of all

16   spending on Facebook for July, August and September of 2020.

17   So the way that I think about that is it's effectively like

18   Facebook saw a large decrease in the ROI -- or Nike saw a

19   large decrease in the ROI on Facebook, right -- or a decrease

20   in quality, however you want to think about it, a large

21   increase in price, it's equivalent to that, enough that they

22   eliminated all spending on Meta, on Facebook for three

23   months.  Now, that's a large decrease at Meta, but what it

24   does is let me see where that money went to.

25      And so what we see -- you know, I did my own empirical

1    work here, but honestly, the clearest statements come from

2    Nike documents themselves.  Nike says:  "When we paused, we

3    reallocated most of our social investment in display and

4    search."  They indicate they looked at other social

5    investment options that they didn't find as attractive, and

6    they reallocated their money to display and search.  And then

7    they indicated that after relaunch of the budget allocation,

8    the percentages have generally shifted back.  And I'll talk

9    about the empirical work I did and what I have controlled

10   for, but honestly, the cleanest statement of this is Nike's

11   overall summary here.  Above the summary, they have some sort

12   of one-week snapshots.  Those are just certain weeks during

13   the time period.  But their summary, as a whole, is:  "We

14   reallocated most of our social investment in display and

15   search."

16       So, again, the way I would think about this is

17   effectively a large price increase on ads at Meta.

18   Advertising flowed out of Facebook, and it went to display

19   and search, showing substitution across channel.

20       Q.   Professor Whinston addressed this boycott as well in

21   his testimony, if my memory is right?

22       A.   I'm not sure I recall.

23       Q.   In his report, okay.

24       A.   But I've done some empirical work that I'd be happy

25   to talk about on it.

1      Q.  Well, is there anything we should glean from this

2   particular chart?

3      A.  So we can -- this is my look at the data.  So it's

4   just on the right-hand side of that main slide.  So it's a

5   little hard -- it's me actually not just going to the Nike

6   document, but doing some data work where I could.  So if you

7   look at the dashed purple line, that's Nike's spending on

8   advertising at Meta.  So you see it coming along, coming

9   along, and then for that three-month period, from July of

10  2020 through September of 2020, it goes to zero.

11      And then what you see happen in response, you see three

12  lines spike up.  So non Meta social goes up a little bit,

13  display come up a lot for sure, and social -- and search goes

14  up a lot.  So you see the money being reallocated, some

15  within the social channel, but obviously a lot of it to

16  search and to display.  Given what their options were, they

17  found that re-optimization to be optimal.

18      I also, on the next slide, I think, described --

19      THE COURT:  I'm sorry to interrupt.  So why wouldn't this

20  be an example of the cellophane fallacy?  Can you justify or

21  establish that the ROI that they got back from these

22  substitutes was similar?  I mean, in other words, just

23  because they stopped and substituted doesn't mean that these

24  were adequate substitutes.

25      THE WITNESS:  Yeah, I guess I would say two things.  One,

1    in the document, it refers to the performance generally being

2    good.  Although, I don't want to say I recall they said

3    exactly the same, but that generally being satisfied.  But I

4    think what I would say to that is it certainly is a big

5    change for Meta itself.  But that was just for Facebook,

6    right.  So even -- I don't think it's cellophane, because

7    cellophane would say all the other substitutes that are out

8    there are basically gone because you've monopolized, so you

9    have to find some really distant substitute.  This is saying

10   there was a change in just that one platform, just at

11   Facebook.  The other substitutes in the market are what they

12   are in the market.  So we're seeing where it diverts to given

13   that one particular provider went way down.

14       So where I would see cellophane is if Facebook had

15   successfully squished everybody else.  And so you saw

16   something like Facebook went down and so they started

17   advertising on TV or something, right, because the other

18   digital options were all gone.  But here, it's one particular

19   digital provider got -- made bad, and we see what other

20   digital options that they went to.  And some of it was to

21   other social, but they didn't see those options as attractive

22   in the market as shifting a lot of it to search and to

23   display.

24   BY MR. SOMMER:

25       Q.  On the next slide in this series, we see three bullet

1    points up at the top --

2        **A.**  Right.

3        **Q.**  -- on slide 86?

4        **A.**  Yes.  So that's -- I mean, those bullet points are

5    sort of my summary of what we would take away from this, that

6    there was a big increase in price, effectively a big loss of

7    purchasing at Meta, at one platform.  Nike reallocated, they

8    switched a little bit inside the social channel.  But they

9    found the options that were available at search and display

10   to be more attractive, and so they switched to search and

11   display in larger portions.

12       **Q.**  Did you do some additional empirical work on this

13   study, this particular study of Nike?

14       **A.**  I also did a regression analysis.  The results of the

15   regression analysis are shown here in very simple bar chart

16   form.  But basically what the regression analysis did, it's

17   statistical analysis that asked for every penny -- or every

18   dollar, say, that went away in Facebook advertising.  So it

19   predicted search advertising as a function of advertising on

20   Facebook.  And it says when the Facebook advertising went

21   away during the boycott, how much did the search advertising

22   go up; controlling for seasonality, COVID, things like that

23   in the regression.

24       And there's two results that I got here.  My basic result

25   that I did first was to -- was 31 cents.  So for every dollar

1    of reduction in Facebook advertising, 31 cents went to

2    search.  Then Professor Whinston actually suggested looking

3    at time trends in the data, and whether there were trends

4    that would affect things, so I did that in the second bar.

5    What I did was be careful to control for the time trend that

6    existed before the boycott separately from the time trend

7    after the boycott.  So I put in time trends for before, and a

8    time trend that started in the holiday season after.  And

9    then I got result of -- with the time trend control, the

10   result went up finding a dollar reduction in Facebook led to

11   47 cents increase in search.  But, again, that was

12   controlling for these sort of before and after time trends as

13   an additional check.

14       Q.  Dr. Israel, Professor Whinston testified that he

15   believes advertisers do not substitute between different ad

16   formats.

17       Can you explain your understanding of his view, and your

18   reaction to his view?

19       A.  Yeah, what I heard him say -- and this is his slide

20   that's up here now.  So in his slide, he presented -- I mean,

21   you were here obviously, this is his slide.  He presented a

22   number of factors that affect the substitutability of ad

23   products.  But then he was clear in his testimony that he

24   thought there were -- the top three were very important, so

25   he focused on what he called the top three factors that

1    affect substitution.  So what I've done in slides -- many

2    slides coming after this is really dig into those top three

3    factors, and explain why I think a proper interpretation of

4    them says that there actually is a lot of substitution.  In

5    fact, arguably, stronger substitution between Google and

6    other channels than between Google and Bing, for example.

7        So also the three factors that he focused on were:  The

8    role in consumers' purchase journeys, the characteristics of

9    the audiences and the degree to which they overlap, and the

10   degree to which ads can be effectively targeted.  So what I

11   want to do is go through those three factors and explain why

12   Professor Whinston's factors actually support a lot of

13   substitution.

14       Q.  Let's go slightly out of order and start with factor

15   number two, and explain to the Court why you're starting with

16   factor two.

17       A.  So Professor Whinston and I certainly agree on factor

18   number two, and agree -- I mean, this is prominent in the

19   economic literature, that for two ads -- or two ad channels,

20   two ad types to be substitutes for one another, they have to

21   allow the advertiser to reach overlapping audiences.  And

22   Professor Whinston talked about this at some length.  I think

23   I have a quote from him, and I'll give my own logic on it.

24       But the basic idea is, if we're thinking about

25   substitution, if one ad channel gets worse, what I've lost is

1     the ability to target certain people who were -- I could find

2     through that ad channel.  I've lost the ability to get

3     certain consumers who might have been purchasing.  So what

4     that's going to make more attractive is other channels that

5     let me reach those same people, right, because suddenly I

6     need a new way to reach those individuals.  So that's -- I

7     agree this is a very important factor.

8         As I say next -- I mean, my view is this is the most

9     important factor, although I'll talk about the others.  I

10    think that's consistent with the economic literature as well,

11    that audience overlap is a driving force of advertiser

12    substitution.  And the reason is, if you think about the

13    other two factors, the role in the purchase journey, where it

14    is in the journey -- I'll talk about that one, and that can

15    matter.  But if there's not strong audience overlap, then

16    you're reaching different purchase journeys, the journeys of

17    different people.

18        And effective targeting, if you don't have good audience

19    overlap, you're targeting different people.  So really, the

20    kind of meat, the substance of it here is what lets me get to

21    the same individuals.  If I lose access or reduce access at

22    one channel, I want a channel that lets me find those same

23    people so I don't miss out on their spending.

24        Q.  You mentioned that Professor Whinston testified on

25    this point.  Is that what's depicted in slide 90?

1          A.   Yes.  So Professor Whinston -- I mean, I agree with

2     this statement from him.  He gave this example of if I want

3     to reach Ms. Smith, if I don't reach her in the New York

4     Times and the price went up, I can go to Sports Illustrated.

5     But if the audiences at the New York Times and Sports

6     Illustrated are separate, then maybe they're attractive to

7     advertise in, maybe they're not, but they're not substitute

8     ways to reach Ms. Smith.  And so the fact that I don't use

9     the New York Times -- obviously it would apply to people

10     generally and not just Ms. Smith.  But if they don't have

11     overlapping audiences, then the loss of the New York Times

12     wouldn't make the Sports Illustrated more attractive because

13     it wouldn't be reaching the same people.

14          Q.   And I guess you have an example of that in your next

15     slide?

16          A.   Yeah, so the cleanest example you would have of this

17     would be advertising in different cities, right.  So if I'm

18     advertising in -- thinking about an advertisement in Kansas

19     City and an advertisement in Cleveland, even if it's exactly

20     the same advertisement with all the same other brown shoe

21     factors of market definition, it's the same ad, those are

22     different cities with different people.  Those ads aren't

23     substitutes for each other.  Whereas if I'm advertising and

24     I'm running two ads inside Cleveland, even if one's a radio

25     ad and one's a newspaper ad, those aren't perfect

1    substitutes, but they're substitutes to some degree because I

2    can reach the same people.

3        In this case, because it's digital targeting and we talk

4    a lot about point in the purchase journey, what's really

5    going to matter the most is what formats let me reach the

6    same people within roughly the same time, right.  So if I

7    wasn't going to advertise one, so I miss out on someone who

8    was interested in shoes, how else can I find that same person

9    on the internet.  That's really the question.

10       So the punch line ultimately is going to be that there's

11   not much at all audience overlap between Google and Bing.  So

12   Google and Bing are kind of like Kansas City and Cleveland,

13   although not that extreme.  I'm not saying they're totally

14   separate, but they're really different sets of people.  So on

15   this very important, probably most important, dimension,

16   they're not close substitutes.  But I'll go through more on

17   that.

18       Q.  Let's return to empirical evidence.  Have you done

19   some empirical analysis on audience overlaps?

20       A.  Yes.

21       Q.  Let's go to the next slide.  What do we see here?

22       A.  So this is -- back to using the Google panels data

23   that we talked about before.  Here, in order to get a close

24   time period but somewhat more time, I look at what's called a

25   session in the Google panels data.  We talked about visits

8523

1    before.  You could look at that here.  The numbers would go

2    down some, but the pattern would be similar.  But if you look

3    in a session, a session is defined as -- remember, we said

4    visits where you go and then it's a five-minute break.  In a

5    session, it's a 30-minute break.  So you're putting together

6    a little more activity.

7        So what I ask is for anyone who used Google search during

8    a session, what other platforms were they also found on in

9    that same session.  So that's exactly the sort of

10   close-in-time audience overlap question.  So if they were

11   found on Google search, where else could you find them.  And

12   what you'll see here is that, perhaps probably intuitively,

13   relatively few of them -- very few of them were also on

14   Microsoft Bing or DuckDuckGo, they're not using both general

15   search engines.  They sort of don't really have a need to,

16   and I'll talk more about that.

17       Interestingly, I think here a few more of them can be

18   found on Yahoo! search, which starts to go to the intuition.

19   I don't know if you've used Yahoo! search at all lately, but

20   Yahoo! search has a search bar, but it also has kind of a

21   bunch of news and stuff on the page.  So there's a little

22   more overlap there, because the person -- they can get search

23   from Yahoo!, but they can get more.  So there's more reason

24   for them to overlap.

25       And then if you go to Amazon or Meta, you see enormous

1    overlap.  So if you're not -- if you're missing out on

2    somebody on Google search because you're reducing your

3    advertising there, and you want to get this audience overlap

4    so you can hit that same person and hit them with your

5    message, you're just much, much more likely to find them on

6    Amazon or Meta or some non-GSE property than you are to find

7    them on Bing.

8        This is the sense in which I mean Bing and Google are not

9    as extreme as Cleveland and Kansas City.  I don't want to say

10   there's none or they're in totally different -- they're in

11   different markets, I'm not saying that.  I'm just saying that

12   Amazon and Meta are better places to find that audience

13   overlap.

14       Q.  Did Professor Whinston address the issue of audience

15   overlap in his testimony?

16       A.  Yes.  I mean, this was one of his points about

17   substitution.  And he agreed that there's not much overlap

18   between Google and Bing.  Now, he said that's true in the

19   current state, which sort of sets up this question about is

20   that a cellophane issue or something else -- which I want to

21   talk about.  But as far as what's true in the data and what's

22   true in economics, it seems that Professor Whinston and I

23   agree that audience overlap is a very important dimension of

24   substitutability.  And that as things stand, he even agreed

25   to the statement that the next best alternative -- right, the

1    question was:  "If I'm an advertiser, again, and I'm looking

2    for alternatives to reach the people who are on Google, my

3    next best alternative would be to advertise on Facebook or

4    Amazon, not Bing, correct?"  And he agreed:  "In the current

5    state, that's correct."

6        Q.   And -- okay, let's go to the cellophane point for a

7    moment.  Do you believe the audience overlap patterns that

8    you have studied in the real world present a cellophane

9    issue?

10        A.   No.

11        Q.   Can you explain why?

12        A.   Yeah, it's on the next slide.  So I think it's a good

13    question to ask here, right.  I mean, as I said early on, we

14    should -- one thing we should do when we think about

15    cellophane fallacy in this case is test for it, and see if

16    the tests support cellophane fallacy as the issue.  And so

17    that's what I've done here, I've tried to test for it, both

18    in terms of economic logic and also whatever ways I can test

19    for it in the data.

20        So does it appear -- and the question, again, is does it

21    appear that this fact -- this fact is: not much overlap

22    between who uses Google and who uses Bing, not much overlap

23    between GSEs, but lots of overlap between Google and Amazon

24    or Facebook.  Is that fact driven by the conduct, by the fact

25    that Google has allegedly harmed Bing.  And I find no for at

1    least four reasons.

2        Number one is the audience substitution patterns are

3    driven by how people use the internet, right.  So -- and we

4    talked about this earlier, and you asked.  There's clearly

5    commission between, say, Google and Amazon for queries.  But

6    as you said, Amazon also does other stuff, Google also does

7    other stuff.  So there's a reason for a user to use both of

8    them.  They compete for the queries, but the other stuff they

9    do means there's reason to be on both.  So in one session,

10    it's not surprising to find somebody on Google and also find

11    them on Amazon; it's not surprising to find them on Google

12    and also find them on Bing.

13        If we can go to the next slide just for a second.  I

14    think Professor Whinston seemed to agree with this -- or at

15    least he --

16        Q.  Can I interrupt you for one second?

17        A.  Yes.

18        Q.  Because I don't know if you misspoke or I misheard

19    you, but you said it wouldn't be surprising to find them both

20    on Google and Amazon, and then you gave another example.

21    What was the second --

22        A.  It should have been Google and Facebook.

23        Q.  Okay, because I think you said Google and Bing.

24        A.  It would be surprising to find them on Google and

25    Bing.

1    **Q.**  It would?

2    **A.**  Yes.

3    **Q.**  Sorry.

4    **A.**  No, I probably misspoke.  So Professor Whinston on

5    the next slide seems to agree -- and I want to spend a minute

6    on this point.  He seems to agree -- he quotes me and says:

7    "Common-sense that you wouldn't go to both Bing and Google."

8    So we seem to now agree that there's not going to be a lot of

9    audience overlap between Google and Bing, which means they're

10    not going to be close advertising substitutes, right.  What

11    he says in his reports and his testimony is -- he does a lot

12    of this in his report.  He takes -- he tries to argue this

13    back to the user side -- what we talked about earlier -- and

14    say, well, that's because Google and Bing are so much alike,

15    which means on the user side they must be closest

16    substitutes, right.

17        So his argument is he seems to be agreeing that because

18    they do sort of the same thing, there's not going to be a lot

19    of audience overlap, so you're not going to find the same

20    people on the advertising side.  He says aha, I think that

21    makes my point, that they must be closest substitutes on the

22    user side.  And I just want to make clear, since this is the

23    time to talk about that, that I very much disagree -- and we

24    had this discussion before.

25        Google -- as I said earlier, Google and Amazon, Google

8528

1     and Expedia, they can compete face up for the query, they

2     both go after queries.  They also, as you pointed out, do

3     some different stuff.  So you're going to find people on both

4     of them because they do some different stuff.  So somebody

5     could search on Google or Amazon, that's straight up

6     competition.  But then either way, they could be on Amazon to

7     buy, and you can advertise to them there.

8         So my conclusion on this is that -- the first one is

9     there's no cellophane fallacy.  The reason there's not a lot

10    of audience overlap is because Google and Bing only do the

11    same thing.  That doesn't contradict my user point, because

12    Google and Amazon also do the same thing for queries, but

13    they both do other stuff, too, which creates a reason for a

14    user to use both.

15        Bottom line, it's not surprising that I see you on Google

16    and Amazon for different purposes.  I wouldn't expect to see

17    a user on both Google and Bing.  So Google and Bing are more

18    like Cleveland and Kansas City, they have less audience

19    overlap.  And that's not a cellophane issue, that's just the

20    way the internet is used.

21        If you can go back up -- could you go back up to my --

22    thank you.  So I said there were four answers on cellophane.

23    That was the -- that's sort of the most fundamental one.  But

24    I want to make three other points, because I tried to test

25    this every way I could because it's a really important point.

1    Professor Whinston and I agree, audience overlap drives a lot

2    of substitution.  And now we seem to be agreeing that there's

3    less between Google and Bing than between Google and other

4    platforms.  I really wanted to test this carefully.

5        So the second reason why it doesn't seem to me to be

6    cellophane is that even if you do it in the other direction,

7    if you ask for a Bing user or a DuckDuckGo user, are they

8    more likely to also be found on Google or also to be found on

9    Amazon or Facebook.  So Google is very large in the current

10   situation.  So if this was cellophane, that it's only

11   happening because Bing is small, you wouldn't see it in the

12   other way.  You wouldn't see it -- you would see lots of

13   overlap with Google.

14       But what we actually see, if we can go down two slides,

15   is the same pattern for -- this is for Bing.  It's different

16   data, and I'll explain that in a second.  First of all, just

17   to highlight what it's showing.  On the left-hand side

18   there's desktop, on the right-hand side there's mobile -- if

19   you're down on 96.  In each case, it's saying that for people

20   who use Bing, there's more audience overlap on desktop.  You

21   find more of them on Amazon than you find them on Google.  On

22   mobile, you find more of them on Facebook than you find on

23   Google.

24       As I said, these are different data, because the Google

25   panels data I used before doesn't have -- you can't get a

1    hundred percent of the Bing users from the Google panel's

2    data.  So this uses Comscore data.  The overlaps are all

3    lower, because Comscore just let's me look at an hour rather

4    than a session.  But the pattern stays the same.  If I look

5    at everyone who uses Bing and say where else can I find them,

6    where is there audience overlap, it's bigger with Amazon on

7    desktop or Facebook on mobile than it is with Google.

8        If you go down one more, that's just the same story, but

9    for DuckDuckGo.  If I take every DuckDuckGo user that I have

10   in the Comscore data, I find more of them on Amazon on

11   desktop or Facebook on mobile.  There's more audience overlap

12   with these other channels.

13       **Q.**  Done?

14       **A.**  Yes.

15       **Q.**  Okay.  Early in your testimony, I believe you used --

16   you made reference to something called the circle principle.

17   Is that relevant here?

18       **A.**  Yes.

19       **Q.**  Tell us what the circle principle is.

20       **THE COURT:**  I'm sorry, can I interrupt.  Just to be

21   clear, this analysis relates -- well, let me ask, does it

22   relate only to the search ads market and the search text ads

23   market or does it also include -- I'm sorry, the general

24   search market and then the general search text ads market or

25   does it also extend to the general search market?

1          **THE WITNESS:**  I think it -- it should extend to all of

2     them.  And again, just to make clear why, the audience

3     overlap we're looking at is among users.  I know we kind of

4     jumped back to the user side to make the point.

5          **THE COURT:**  Right.

6          **THE WITNESS:**  The audience overlap is just saying if

7     you're looking for audience overlap, you're not going to find

8     if between two general search engines as much as you're going

9     to find it between general search engines and Amazon or

10    Facebook.

11         **THE COURT:**  I thought -- maybe I'm misunderstanding, but

12    at least the DOJ plaintiffs, one of their ad markets is a

13    search advertising market which would include an Amazon or a

14    Facebook.

15         **THE WITNESS:**  Oh, I see.

16         **THE COURT:**  So in terms of thinking about different

17    audiences, the fact that a user -- excuse me, that a user is

18    on both, I'm not sure it would help with that market.

19         **THE WITNESS:**  So in terms of which one is it responsive

20    to.  I mean, it's primarily saying there's substitution with

21    Amazon and Facebook.  So in the case of Facebook, I think

22    you're right, that if there was a query done on Facebook,

23    that would be included.  Obviously, the overwhelming majority

24    of advertising on Facebook is not search advertising.  So if

25    you wanted to get to a user -- if you wanted to take

1    advantage of this audience overlap with Facebook, by far the

2    way you do that is to do social media ads on Facebook.  So

3    this would be saying the Facebook social media platform

4    should be in the market because it's a closer substitute.

5       In the case of Amazon, this sort of goes back to the

6    point I made early on in saying they're a strong substitute

7    with Amazon.  I agree that at least one of the three markets,

8    one of the DOJ markets, includes search ads on Amazon.  As I

9    said early on, it does not include product, when you go to

10   the product listing page.  Those are other ways to substitute

11   on Amazon.  So I think it's more making the case that all of

12   Amazon should be in.  So it certainly would say you need a

13   market that includes those Amazon search ads.  I think it's

14   making the case that Amazon product ads are going to be

15   closer than Bing is because they get the audience overlap.

16   And it's very much making the point that social, Facebook

17   should be in the market, because that's got more audience

18   overlap.  And almost all Facebook advertising is social media

19   advertising, not search advertising.

20      THE COURT:  So then what about the theory that non-search

21   ads are reaching a different audience because they are at a

22   different point in the purchase journey?  I'm not going to

23   use the word funnel.

24      THE WITNESS:  Honestly, I don't want to ever put off one

25   of your questions, but there's really a bunch of slides on

1      that coming up.

2          **THE COURT:**  Great, okay.

3          **THE WITNESS:**  I mean, as I said early on, my response at

4      this point is that they are -- they're really -- I would say

5      it slightly differently from what you said, with respect.

6      They're reaching overlapping audiences, the same people.  The

7      question would be are you reaching them at a different time

8      in their journey.

9          **THE COURT:**  Right.

10         **THE WITNESS:**  And so the first point I would make is even

11     if that were true -- and we'll come to the journey, that's

12     still going to get you more substitution than reaching an

13     entirely different journey, right.  So if you reach different

14     people, you're reaching somebody else's journey, you're not

15     substituting for the person.  That's kind of like radio and

16     newspaper maybe, at least they're both in Cleveland, they're

17     both getting after the same people.

18         But I'm going to go on at some length about why I also

19     think that that purchase journey logic doesn't hold up.

20         **THE COURT:**  Okay.

21     BY MR. SOMMER:

22         **Q.**  The circle principle?

23         **A.**  So the circle principle says -- this is the way it's

24     described in the academic economic literature.  Also, it's

25     described in different language in like the horizontal merger

1    guidelines.  It says that if you're going to include a

2    product in the market -- basically, I said earlier you

3    shouldn't skip over closer substitutes.  So if you're going

4    to include a product in the market, you should also include

5    everything that's a closer substitute.

6        So the circle -- it's really well illustrated on the

7    right-hand side of this picture.  Based on audience

8    overlap -- which, again, Professor Whinston and I agree is

9    important, and I would argue is particularly important so

10   that you're reaching the same people.  Based on audience

11   overlap, Facebook and Amazon and Instagram -- or Facebook and

12   Amazon at least, from what we saw.  Really, Meta -- which is

13   Facebook and Instagram, and Amazon are closer for Google than

14   Bing and Yahoo! on this dimension -- which, again, we agree

15   is very important.

16       So just to make clear, I am not saying that Google and

17   Bing are not in the same advertising market.  They're

18   alternative ways to digitally advertise.  They have some

19   audience overlap, it's just smaller.  So my view would be I

20   agree that Bing should be in this market.  But then by the

21   circle principle, so should Facebook and Amazon, because they

22   have better audience overlap.

23       So if you go to the next slide, it just -- it's more

24   circle principle.

25       Q.  Yeah, I think I'm there.  Ninety-nine?

1    **A.**  Oh, I see, yes.  My fault.  It looks so similar.

2    **Q.**  Yes.

3    **A.**  Plaintiffs failed to follow this principle.  Their

4    definition would include Google and Bing and Yahoo! search,

5    but not Facebook's social media ads, at least not Amazon's

6    product ads.  And so based on audience overlap -- which is an

7    important -- you know, we're agreeing is important, they're

8    violating the circle principle.  They're jumping over

9    Facebook and Amazon to get to Bing.

10   **Q.**  So we've just spent a fair amount of time on number

11   two in Professor Whinston's list.  Let's not forget about

12   numbers one and three.  Do you address those in your next

13   slide?

14   **A.**  Yea, and this was your question where I promised we

15   would come back soon.  So his number one and number three,

16   number one was the role in consumer purchase journeys.

17   Number three was the degree to which ads can be effectively

18   targeted.  I mean, to give credit, he's saying -- his

19   argument is purchase journeys can matter, as you said, and

20   the degree to which ads can be targeted can matter.  My first

21   response was audience overlap determines whether you're even

22   reaching the same people.  But I'd like to go on and talk

23   about these other two.  The points that I will make are

24   summarized on slide 100.

25        So for purchase journeys -- and you said you won't use

1    the word funnel, I'm using it here.  But purchase journeys,

2    the key is there's not a simple funnel, rather the current

3    understanding is there's this complex nonlinear path that

4    consumers go on.  Why does that matter?  Because of two

5    reasons, really.  One is it means all sorts of different ads

6    can be right next to each other in the journey.  I might

7    search and then go on social and then go on display, so

8    they're really quite proximate -- they're proximate to each

9    other in time.  Different ads can happen at different points

10   in the process.

11       And really, these days, advertisers think about how do I

12   get somebody to buy, just how do I get a return on my

13   investment.  It's no longer just push them down to the bottom

14   of the funnel, it's just convince them somewhere along the

15   journey to come buy the product.  And so given a nonlinear

16   journey, these ads really all sort of touch each other along

17   the journey, and you don't have this separation that people

18   used to think about in the funnel.

19       So that's my response on the funnel, and I'll go through

20   more slides.

21       **THE COURT:**  Sorry to interrupt.  I mean, we've had a

22   number of advertisers say that there are -- there is a

23   greater value to those customers who are closest to the

24   purchase point, and so not all customers or target audience

25   members are created equally.  Advertisers get the greatest

1    ROI presumably on those users who are closest to wanting to

2    buy something.  And at least Professor Whinston's thesis is

3    that certain types of advertising is better at targeting

4    those folks than others.

5        **THE WITNESS:**  I'll go through it in some detail.  I think

6    I have two basic high level responses.  One is once the

7    funnel -- once the journey is complicated and nonlinear, it's

8    very hard to know who is closest to purchasing.  Commonly you

9    see somebody search, then stop for a while and go do display,

10   then do some social.  And so once you have it nonlinear, this

11   idea that one is close to purchase and one is not is at least

12   quite hazy.  And so there -- and advertisers, I think

13   increasingly -- and I'll show documents on this -- think of

14   different ways to be able to get people who are close to

15   purchase, right.

16       Now, you might say, well, that could all be true, but

17   maybe search still seems the closest, maybe there's still

18   some difference.  First of all, I'll point to advertisers

19   saying differently.  But second of all, that goes back to my

20   point about how prices can adjust.  People are focused on

21   ROI.  If search is quite likely to lead to a conversion, and

22   a display ad is slightly less likely to lead to a conversion,

23   that's really why you see a price difference between them,

24   search is more expensive.  But that doesn't mean they're not

25   substitutes, it means they are.  Because you can buy more

1      display ads for your money.  And thus, even if it's not quite

2      as effective at getting people to convert, you've got more

3      shots at them.  The prices are not perfect, ROIs are not

4      identical, but the prices are generally helping to equate

5      that.  It's sort of like you can get a 10 percent shot with

6      search, and if you think you can get a 2 percent shot with

7      display -- you know, one's 1/5th the price of the other, then

8      you can compensate for that.

9  **BY MR. SOMMER:**

10        **Q.**  Did you see evidence from the trial record confirming

11      your view that the consumer journey is nonlinear?

12        **A.**  Yes.

13        **Q.**  What do we see on slide 101?

14        **A.**  And I don't think we need to spend a lot of time

15      here.  Multiple people have said -- I think there's a

16      consensus that the funnel is something that's been taught,

17      but it's not a linear, go from the top to the bottom the way

18      a funnel sounds.  It is a journey which is this sort of

19      nonlinear winding path.  So like Dr. Jerath said consumers

20      can skip stages, in some cases go to one, come back.  That's

21      what I was describing, they can jump around.  Which means,

22      again, it's not like any of them are right next to purchase

23      and any of them are far away, it's much more winding than

24      that.

25        **Q.**  Those weren't the only two who made that point,

1    right?

2        **A.**    Professor Whinston agrees, Mr. Vallez agrees.  I

3    don't think this is a controversial point.  I also agree we

4    should think more about how advertisers look at it and where

5    they substitute, which I've been trying to do.  But it

6    certainly is not a bright line that one is close to purchase

7    and one is not, which creates this ability to substitute,

8    especially if the prices help to equalize the ROI.

9        **Q.**    Picking up a little more on your point that

10   advertisers are looking for consumers anywhere along the

11   consumer path in the hope of making a conversion.

12       Did you find some documents from the advertisers

13   themselves that make that point?

14       **A.**    Yeah, so the next few slides have some documents from

15   advertisers.  And I will note -- and I'm sure you've heard

16   this, advertisers do two things when I've talked to them, and

17   you see it in the documents.  They both say the funnel is not

18   tight and it's nonlinear, but a lot of them will still speak

19   in funnel language.  It gets taught a lot in MBA programs

20   that I've been part of, is people teach the funnel.  But then

21   they say the funnel is nonlinear and not really quite a

22   funnel.

23       So you see in the Wells Fargo document, for example, that

24   they use lower funnel as a phrase still, but they indicate

25   that included in lower funnel is display and social and

1    search and direct mail, for example.  Allstate is on the

2    right-hand side here.  Allstate also has a full funnel media

3    strategy and language in their document.  But when they say

4    acquisition -- which is close to purchase, you know,

5    acquisition is another word that gets used, they say

6    acquisition can include paid search, can include display,

7    aggregators, social and so on.

8        **Q.**  One more slide?

9        **A.**  Yeah.  American Airlines on the next slide.  American

10   Airlines is interesting, because they explicitly say

11   conversion.  American Airlines draws a funnel, and they say

12   conversion includes display, search and social.  American

13   also says mid funnel includes display, social and search.  So

14   it's not like search is always just at the bottom.

15       I mean, I also -- when you look through the documents --

16   and what I've seen is consistent with the substitution that I

17   measured, I think there's a lot of consensus these days that

18   social, in particular, can be quite a down funnel activity.

19   That's what TikTok and Meta have done over time, is get all

20   of these signals of user intent from what they watch on

21   videos and what they click like on such that they don't have

22   a search query per se, but they have a really good idea of

23   what's on a person's mind at that point in time.

24       The last one here is OMD, which is part of an advertising

25   agency.  OMD draws -- I suppose they're drawing a nonlinear

1    consumer journey.  And you see over on the active intent

2    side -- which is now how they talk about it, not purchase,

3    but intent, when you have those intent signals, they have

4    social and search over there on that active intent side.

5    **Q.**  All right.  You've talked a little bit about social

6    media and signals through social media.  We're going to get

7    to an issue that's near and dear to my heart, at least.

8    Because of the change in the season, I couldn't show golf

9    shorts, but because it's now cold out, they're golf pants.

10    What is depicted on slide 105?

11    **A.**  So slide 105 is an Instagram advertisement.  I mean,

12    we sort of switched topics to what I introduced before, which

13    is evidence of various forms that other channels beyond just

14    search allow effective targeting.  This is an example --

15    actually, I'm not sure if this is embarrassing or not, but

16    I'm actually a fairly big Instagram user.  Instagram, if

17    you -- I mean, I buy things on Instagram all the time.

18    Whenever I talk to people who are younger, they tell me they

19    watch videos, they click like on Instagram, and then it pops

20    up these ads that say "shop now" and you buy them there.

21    One other example for Instagram -- and it's just another

22    example, but it's something that I know.  I actually serve on

23    a college board where I help -- actually, independently of

24    this case, help them with their marketing.  I can just tell

25    you in that example that they've always tried to find

1    18-years-olds who want to go to college by what are they

2    searching for.  They struggle to find 18-year-olds on Google

3    search now, shifting a lot of budget to Instagram.  Because

4    people can like a college, they can like a competitor

5    college, and they immediately serve them an ad.  And what the

6    performance people are getting is this intent, that these ads

7    are popping up quickly.  People are showing what they like,

8    and the ads are popping up.

9        Q.  You had a second example of people doing that type of

10   conversion, not just on Instagram.  What's that?

11       A.  So this is -- I am told this is a TikTok ad.  Unlike

12   Instagram, I'm not a big TikTok user.  But we did choose a

13   TikTok makeup ad.  I mean, TikTok, I think, was the driver --

14   TikTok is growing rapidly.  But TikTok's role in all of this

15   is as a driver of this understanding among social media, that

16   if you get people to engage with your content, watch your

17   videos, click like on your stuff, you know what they're doing

18   right then, you know what they're interested in, and TikTok

19   puts buy now ads there.  Again, this is not like old school

20   display where you're just popping up a banner.  This is

21   showing somebody an ad in the context of the app based on

22   what they've been doing.

23       Q.  Can that also be seen on display ads?

24       A.  Yes.  So, again, I put a lot of emphasis myself on

25   social media as particularly targeted, given sort of the

1    TikTok revolution and how it's done.  But there's two ways

2    that display ads can be targeted to people.  One is

3    contextual display is what I would call it, which is put a

4    display ad on a display page which is on topic.  So this is a

5    tennis site, and there's ads for tennis rackets, right.  And

6    if we stick with makeup, if you go to a makeup site, you're

7    going to see ads for makeup.  The other way that display ads

8    can be targeted is re-targeting, which is use what you know

9    about the user from other parts of their journey and show

10   them the right display ad.  But those are two ways that it

11   can be done.

12       **Q.**  On slide 108, what's depicted here?

13       **A.**  I mean, this is Amazon, and we were talking about

14   Amazon before.  As you said, I don't think there's a dispute

15   in the case that Amazon is quite targeted.  Amazon can do

16   search ads on the search page.  This is an example of what I

17   talked about before.  This is an Amazon product page.  So I

18   have now searched and then found this Stumptown Coffee

19   Roasters.  But when I click on that page, in addition to

20   seeing the product I clicked on, there's multiple ads on the

21   page for other coffee.  So this is definitely a person who is

22   close to purchase, very close, but other people are showing

23   this person ads for other types of coffee based on that

24   signal.

25       And as I said, this type of Amazon ad, where it's not on

1    the search page but it's on the product page, is not at any

2    point in this market.  In Professor Whinston's data work, he

3    explicitly subtracts all of these ads from Amazon.  It's

4    about a third of Amazon's ad business is this type of ad.

5        Q.  I want to shift gears slightly here.  One of the

6    plaintiffs, as you know, has the claim that search text ads

7    are a distinct market from PLA/shopping ads because they're

8    not substitutable for one another.

9        You're aware of that claim?

10       A.  Yes.

11       Q.  And have you found evidence in the record to support

12   your view that that's not correct?

13       A.  Yes.  And I would say -- I mean, this does connect

14   that what we were just looking at for Amazon was obviously a

15   form of PLA.  And so one of the pieces of evidence was Amazon

16   itself.  So this is testimony from Mr. James at Amazon,

17   deposition testimony, where he was asked about a statement

18   about an intersection of purpose with text ads and shopping

19   ads.  And you see here he says that there's a shopping ad

20   that can fulfill the same customer's need.  When they're

21   querying, you know, a text ad could also fulfill the same

22   need.  I mean, to be clear, he goes on and says there may be

23   advantages in one or the other.  So they're not exactly

24   identical, but they're filling this overlapping need for the

25   same person, right.  And so that's the sense in which I think

1      he's saying, and I would agree, that they're close

2      substitutes.

3           **Q.**   How about Mr. Booth from Home Depot?

4           **A.**   Mr. Booth is even more clear on the dimension of

5      substitution that you've asked about, right.  So the question

6      for him was:  "If your team observed today that product

7      listing ads were delivering a higher return on ad spend than

8      a search text ad, you'd expect that within a matter of days

9      spend would be reallocated from the text ads to the product

10     listing ads, right?"  And he says:  "Yes."

11          **THE COURT:**  Does it affect your view that there is no

12     such text ads market, the text ads -- or put differently,

13     product listing ads are limited to only certain types of

14     commercial products, you can't advertise services, you can't

15     advertise non-tangible purchases?

16          **THE WITNESS:**  Right, so I would say this relates -- I

17     haven't emphasized it as much on the ads side, but it relates

18     back to what I said on the user side.  That if you think

19     that's the concern, then what I would do is not cluster

20     everything together, and break those -- you know, you could

21     use verticals on the ads side as well.  So I think the right

22     conclusion would be where a PLA ad can work, like for any

23     product, it's got to be a close substitute.  Which means it

24     shouldn't just be left out of the market, it should be in the

25     market for that part that you cluster together.

1      I agree with you, though, there are other types of ad

2   services and so on where you don't show PLAs.  Then you would

3   say the social ads may be good substitutes, display ads on

4   the relevant kind of display site.  Other SVP ads, so not

5   PLAs on Amazon, but if it's a travel service, then

6   advertising on Expedia.  If it's a financial service, then

7   advertising on various financial websites would be

8   substitutes.  So I haven't emphasized it as much here, but I

9   think if that's a concern, my answer would always be don't

10   define away the competition.  If competitive conditions are

11   different -- maybe it's just physical stuff and not physical

12   stuff, you could think of those as two separate clusters, and

13   in each case you would include the competitors.

14   BY MR. SOMMER:

15      Q.  One final source on this PLAs and text ads being

16   substitutes.  You reviewed Dr. Raghavan's testimony in this

17   regard?

18      A.  Yes, and it's on the slide here.  I'll just focus on

19   the highlighted parts.  It says as PLAs grew in popularity,

20   advertisers started moving more and more of their budgets

21   from text to PLAs.  Advertisers will freely move money

22   between PLA and text ads.

23      If I could quickly, just one more comment from the Google

24   point of view.  I know there were some questions about

25   they're not in the same auction.  There's different auctions

1    for like every query and so on.  But I agree that there are

2    distinct auctions.  So in sort of the guts of the system,

3    there are different auctions.  But again, when an advertiser

4    interfaces with Google Ads, they are setting parameters that

5    let them buy both text ads and PLAs at that level.  And

6    Google Ads goes and does the bidding.  They're given

7    information to optimize to see how well they're performing

8    next to each other.  If they use something like Performance

9    Max, it's freely moving money between them.

10       So I would just say I wouldn't personally focus too much

11   on the auction itself, because that's sort of in the guts of

12   the system.  I would say that the tool, like a Google Ads

13   tool that they're able to use, is letting them bid on both

14   and see how both are performing and move money between them.

15       Q.  So let me just ask you about your next slide.  Very

16   sophisticated question on my part, what's the upshot of this?

17       A.  This is really just the summary of what we've been

18   saying, so I won't spend long.  This is -- all of these to me

19   are close competitors for targeted ads that can have audience

20   overlap, especially if the other three boxes, aside from

21   GSEs, overlap with GSEs.  As you brought up, some of them may

22   have more or less conversion, more or less targeting, but

23   prices can adjust to compensate for that.  So in my view,

24   there's all these sort of ways out there, these new and

25   growing ways, to target customers.  So it can be GSEs, it can

1    be SVPs, social media, display ads.  All of them provide the

2    ability to target, right.  They all provide -- you know, we

3    saw they can be up or down, the so-called funnel.  They

4    generally all provide closer audience overlap with Google

5    than Bing does.  So if you're going to have a market that

6    includes Google and Bing -- as I think it should, these other

7    forms, in my view, need to be in the market as well.

8       Now, again, you might ask would they all be there for

9    every type of ad.  Maybe some are better for physical

10   products and some are better for services, and so you could

11   segment that way.  But they're all ways to target customers.

12      Q.  Let me ask you to take a look at the next slide.  Is

13   this a chart that you prepared?

14      A.  Yes.

15      Q.  And what was the source for this chart?

16      A.  This is eMarketer data.  So eMarketer is sort of the

17   industry source on all things advertising data.

18      Q.  And Your Honor, the underlying eMarketer data is in

19   evidence as DX1228.

20      Dr. Israel, does the chart fairly and accurately reflect

21   the underlying data that you used to make it?

22      A.  Yes.

23      MR. SOMMER:  Your Honor, we offer this chart.  I've

24   marked it DX3243.

25      MR. DINTZER:  Your Honor, we don't have any objection to

1    the chart coming in as a demonstrative.

2        MR. SOMMER:  It's being offered as a 1006 exhibit, Your

3    Honor.

4        MR. DINTZER:  Your Honor, this -- we would need a chance

5    to review this and to evaluate it, so we would ask the Court

6    to withhold and allow us a time to consider it.

7        THE COURT:  Okay.

8    BY MR. SOMMER:

9        Q.  Dr. Israel, can you share with the Court what you

10   think is significant about the chart you prepared?

11       A.  It's just showing you what's happening to advertising

12   revenue shares, digital advertising revenue shares, in the

13   U.S. over time.  So I would point out I guess three or four

14   things from it, at least to start.  One is that over the last

15   several years, Google's share is declining as a percentage of

16   all digital advertising revenue.  So it's declined since 2015

17   or so.  That's really been driven sort of in order by three

18   phenomenon -- well, two primarily so far.  One is that

19   starting in 2010, here you see the enormous expansion of Meta

20   as an advertiser.  And I think if you look at the information

21   about Meta in the record and that you may have heard, this is

22   really the growth of Meta and Facebook as providing targeted

23   advertising where you can measure ROI.  They have their own

24   auctions.  They have the whole platform set up such that you

25   can go use all of the information they have about users to

1      target them and advertise to them.  So that was number one.

2          Number two, starting a bit later, especially after 2017,

3      you see the growth of Amazon.  Amazon, obviously an important

4      competitor, I think there's some agreement on that.  But

5      what's changed about Amazon is really an increased focus on

6      advertising revenue.  Amazon was more about selling products,

7      but they have recognized this ability to sell ads against

8      searches and against products, and they've grown

9      dramatically.  And I would say others are copying that,

10     Walmart, other platforms are starting to do similar things.

11         One of the things you see on this chart, it's obviously

12     smaller so far, but it's the more recent growth of TikTok.  I

13     mean, to me, that's on the path towards coming -- I mean, I

14     think the numbers -- there's projections of them growing to

15     10 billion and beyond.  TikTok is sort of, to me, on the path

16     of being number three in this series.  It was Meta, it was

17     Amazon and now it's TikTok.

18     Q.  Is there other evidence, Dr. Israel, that you have

19     looked at and considered that shows that the ad market is

20     thriving notwithstanding plaintiffs' claims that Google is

21     somehow constraining competition?

22     A.  Well, I've looked at -- just taken a deeper dive into

23     these revenues for the three examples I just listed.

24     Obviously, those are examples of a broader advertising space.

25     But on slide 115, here not using eMarketer data, using Meta's

1    own data that was -- you know, is in the record, I have

2    what's happened to Meta's advertising revenue over time.

3    That's really an exponentially increasing growth path to the

4    point where today Meta is over $60 billion in revenue, and

5    really roughly equal in size with Google.

6        Q.   What about the next slide?

7        A.   The next slide is Amazon.  So Amazon is, what I said

8    before, a later start.  They really turned their attention to

9    advertising a bit later, 2016 and beyond.  But you see this

10   exponential path for them as well to where they've grown by

11   2021 to being over -- almost 25 billion, and on a rapid

12   growth path showing their ability to compete.

13       Q.   And slide 117 is the TikTok example?

14       A.   So TikTok is more recent.  Through the eMarketer data

15   through 2021, you see 2 billion.  They certainly have been

16   growing.  I think there was testimony in this case about them

17   hitting 10 billion, I think that was global.  But they're on

18   this -- they seem, to me, to be on the growth path of these

19   other examples.

20       Q.   So we've covered the competitors, which was number

21   one.  Let's turn to the second of your ads side opinions, and

22   that's monopoly power; is that right?

23       A.   Yes.

24       Q.   Please take the Court through the general views you

25   have on the monopoly power issue.

1          **A.**   So in some ways, the transition here is similar to on

2     the user side.   It's my view that there's many more

3     competitors on the advertiser side than are in the alleged

4     markets.   And so therefore, my first conclusion is that

5     indirect evidence doesn't support monopoly power.   Because

6     indirect evidence, remember, is about market structure, and

7     there's lots and lots of players competing.

8          And then I turn to the second point here is plaintiffs

9     also provide no direct evidence of monopoly power.   And this

10    is a similar point.   Plaintiffs would need -- you know,

11    direct evidence of monopoly power, in my opinion, would need

12    to be evidence of an output restriction relative to some but

13    for world in which that power was reduced.   Plaintiffs

14    haven't defined such a but for world at all or shown an

15    output restriction.   In fact, on the advertising side as

16    well, output growth has been explosive.   Google's been a part

17    of that, along with Meta, Amazon and others.   But what you

18    actually see is an output explosion, especially in recent

19    years, nothing that looks like an output restriction.

20         **Q.**   The Court heard from Professor Whinston, his view

21    that direct evidence actually establishes that Google has

22    monopoly power in search advertising.   Do you agree with

23    that?

24         **A.**   No.

25         **Q.**   Can you explain why?

1     A.  Yeah, so basically the direct evidence -- I think

2     we're going to -- I was going to turn to that in a bit, so I

3     don't know if you want to jump ahead --

4     Q.  Am I pushing ahead?  Let me not push ahead.  Let me

5     get back to output.  You said explosive output a couple of

6     times.  We have that in a chart in 120, correct?

7     A.  Thanks, so that's where I was looking next.

8     Q.  I'm just here to facilitate.

9     A.  Yeah, so the chart on 120 is, again, from eMarketer.

10    It's looking at U.S. digital advertising spend.  So you see

11    this rapid growth.  You see the sort of turning up, the kind

12    of exponential growth, especially more recently.  So again,

13    just from output numbers, you see an industry that looks to

14    be thriving, not to be suffering from monopoly power.  The

15    other thing that I can do with eMarketer is eMarketer

16    makes -- every so often they'll make a projection of where

17    they see -- where they think advertising spending is going.

18    So in November of 2010, they would publish their chart on

19    advertising spending and then they would publish a

20    projection.

21        And so I graphed several of these projections.  The

22    general pattern is that advertising spending has -- in nearly

23    all cases they publish, has outstripped their projections.  I

24    think it's interesting, even around 2010 when there's -- you

25    know, the allegations here -- or at least that's as far back

8554

1    as they go, you still see output beating projections.  What I

2    take from this is, at least relative to this industry source,

3    nothing is happening that's caused output to fall below what

4    they expected.

5        I will note, just for completeness, there were a couple

6    times when -- and I don't have every line on here.  There

7    were a couple of times when, for a little while, projections

8    were above actual.  That was only during COVID, and then it

9    crossed back after that.  So it's not like they're always too

10   low.  I mean, COVID actually was something that caused output

11   to fall below what they expected.  But that's the only case

12   where that's happened.  Otherwise, nothing that's happened in

13   the market has done anything except exceed their

14   expectations.

15       Q.  Have plaintiffs presented any evidence that you've

16   seen that output would have somehow been higher but for any

17   conduct -- or alleged conduct on the part of Google?

18       A.  I haven't seen any discussion of a but for world or a

19   comparison to a benchmark or anything that would show that.

20       Q.  Let's go to the next slide, 121.  What is shown here,

21   Dr. Israel?

22       A.  So this is -- I mean, just as we did on the user

23   side, you can look at output, you can also look at measures

24   of quality.  So the way I've tried to measure quality -- and

25   I'll use this a couple of times in the rest of my testimony,

1    is basically the click-through rate.  If ads are higher

2    quality, if they're a better match, then more people are

3    going to click on them.  So the sort of goal of targeted

4    advertising is to match it to the right user.  So this is

5    looking at Google's click ratio.  So just to be clear, it's

6    the number of clicks relative to the number of queries that

7    return any ads.

8        So I'm not adding up all of the ads and dividing, I'm

9    saying did this query return an ad at all, and how many of --

10   in how many of those cases do you get a click.  So how well

11   are you doing putting an ad on the page which is attractive

12   to the user.

13       **THE COURT:**  So this is the ratio of clicks to queries?

14       **THE WITNESS:**  Queries with ads.

15       **THE COURT:**  Queries with ads, great, okay.

16       **THE WITNESS:**  So you see in 2011, that was just over

17   10 percent.  So about 10 percent of the time that a query had

18   an ad, it was clicked.  By 2021, that's over 30 percent.  So

19   the ads that are being put are matching to users better in

20   the sense that they're being clicked on more regularly.

21   **BY MR. SOMMER:**

22       **Q.**  Did Professor Whinston identify factors that he

23   claimed indicate that Google has substantial market power in

24   the search advertising side?

25       **A.**  Yes.

1      **Q.**  Have you collected those on the next slide?

2      **A.**  Yes.

3      **Q.**  Can you describe them to the Court, please.

4      **A.**  So Professor Whinston had -- he went through several

5 factors.  He mentioned market share and barriers to entry,

6 which are his indirect factors effectively.  And looking at

7 market structure.  He described the advantages of --

8 basically the third one that's summarized here.  But it's

9 basically that he alleged Google had large advantages over

10 Bing on the mobile side, and those advantages would give

11 Google monopoly power.  And then he discussed what he called

12 low advertiser responsiveness allowing Google to raise its

13 text ad prices significantly.  So basically pricing knobs is

14 the term that's been used, but basically a claim that Google

15 has had control and been able to raise its prices.

16      **Q.**  Let's just briefly go through each of Professor

17 Whinston's arguments, starting with the market share point

18 which is addressed in slide 123.

19      **A.**  So this is really the same response from on the user

20 side.  Market shares are only as good as the market that you

21 define.  So the market that Professor Whinston is defining

22 is -- only includes text advertising, or text advertising and

23 PLAs in some cases, and leaves out all the competition from

24 other SVPs, social media and so on.  And so the shares here

25 don't reflect the fullness of the competition.

1     Q.   How about barriers to entry, as described in slide

2     124?

3     A.   It's the same issue as we described last time.  He's

4     arguing for barriers to entry to become a new GSE -- this is

5     on slide 124.  But he's acknowledged, as I showed before,

6     that it's easier to enter as an SVP, right.  So that would be

7     another way to enter as an advertising competitor.  Also,

8     particularly relevant in advertising is social media as a

9     competitor for advertising.  And here, we have evidence of

10    TikTok has entered recently and growing substantially.  So as

11    soon as you acknowledge competition from social media and

12    SVP, the story about entry changes entirely.

13    Q.   What about Professor Whinston's argument that Google

14    enjoys monopoly power as a result of its alleged advantages

15    on mobile?

16    A.   So yeah, I mean, this, again, relates to stuff I said

17    on the user side in the sense that having a high quality

18    product -- to the extent it's true, it is a high quality

19    product, it's not evidence of monopoly power.  But on the

20    advertiser side, I really think there's another really

21    important point to make about mobile.  A lot of this case, as

22    I've said, seems to be about mobile.  It seems to be focused

23    on what's there or what's been lost in competition between

24    Google and Bing, say, in mobile.  But that's missing, to me,

25    the real action in mobile.  Mobile is super competitive.

1    That's really where Meta is strong, where TikTok is strong,

2    where apps are strong, where a lot of the focus of Instagram

3    ads and so on are strong.

4        So to me, Google versus Bing is not the issue in mobile

5    advertising especially.  The issue in mobile advertising is

6    all of these other ways that people who are using phones are

7    being targeted by other advertising.

8        **Q.**  Let's get to the last of Professor Whinston's four

9    points.  This one relates to the so-called pricing knobs.

10       **A.**  Yeah, so this one is fairly long, because I think

11   this is one where a lot of attention has been spent, and so

12   I'm going to spend some attention here.  I mean, just to take

13   a step back.  As I understand the argument, it's that Google

14   has certain -- the argument is that Google has certain levers

15   it can pull or knobs it can turn, it's been said, to change

16   the price of auctions.  The argument would be that ability

17   to -- under the argument, to control prices implies monopoly

18   power.

19       The first comment I would make on that is even if it was

20   all true, that, to me, is not monopoly power.  At most, an

21   ability to control prices is evidence of some market power.

22   It doesn't tell you they restricted output, so it goes back

23   to market power versus monopoly power.  But the other three

24   points -- the three points I would really focus on are,

25   number one, that these pricing knobs that get all this

1    attention, I think properly understood, actually illustrate

2    Google has limited pricing power, limited ability to even

3    control, affect its own prices; really, a limited ability to

4    prevent its own prices from going down a lot of time.  So the

5    first point would be -- and I'll talk about this.  I think if

6    you really dig into the pricing knobs and think about what

7    they mean relative to other firms, they indicate a lack of

8    pricing control.  Not a complete lack, but less than a lot of

9    firms have.

10       Second would be that focusing just on nominal prices,

11   just on what's happened -- you know, even if a price goes up

12   after a change of any sort, you need to ask what happened to

13   quality.  Quality adjusted prices are what matter.  And then

14   third, if you do fully all in control for quality, as Google

15   has done in the ordinary course in analyzing its own prices,

16   you see that quality adjusted prices have actually gone down,

17   not up.

18       Q.  Let's go a little further on the -- on Google's

19   limited pricing power that you mentioned, and look at slide

20   127.

21       A.  So the basic point here I would make -- and then I'd

22   dive in in a little detail.  But the basic point I would make

23   here is that you need to set the context for all this

24   discussion of pricing -- so-called pricing knobs, right.

25   Google's prices are ultimately set by an auction.  That

1    doesn't mean that Google has no influence at all or can't do

2    anything.  But it certainly means that Google has less

3    ability to set its prices than most firms.  Most firms, even

4    those that clearly don't have monopoly power, if they want to

5    change their prices, they change their prices.

6        And you'll see -- as I said, most firms in the market

7    have some market power.  So you'll see local restaurants

8    increase the prices on a bottle of wine fairly substantially,

9    they have some market power over the ability to do that.

10   They don't have to run an auction, they just change the

11   price.  So if the question is control over prices, all of

12   this discussion about knobs and what do we do about our knobs

13   is actually -- and a lot of documents on those, is actually

14   Google struggling with how can it influence its prices,

15   right.  Whether it's a monopoly or not, optimal prices change

16   over time as quality changes, as demand changes.  And Google

17   has to try to -- it doesn't get to set them directly, it has

18   to try to influence them through these knobs.

19       And so what -- the way I would -- the second bullet, the

20   way I would understand the discussions in the documents on

21   pricing knobs -- and I've read these documents carefully,

22   there are -- you know, it's really Google trying to deal with

23   two issues that affect its pricing.  And I need to get a

24   little technical for a minute, and some of this will stay

25   that way.

1    So there's two issues that affect Google's pricing when

2    you dive into it.  Number one is the one I just alluded to,

3    Google -- auctions set prices, Google doesn't.  So whatever

4    knob Google tries to turn, if that's the term we're using,

5    whatever it tries to do, all the advertisers react, they

6    change their bidding strategies.  So if Google changes a

7    parameter, if it changes semantic matching or some term

8    you've heard, advertisers all see that and experiment.  They

9    see it at least by experimenting and seeing what happens, and

10   they change their bidding strategies.  So in many cases,

11   Google turns a knob, as it's being called here, and prices

12   don't go up at all.  Even if an allegation is being that was

13   the attempt, they go down.

14        And second -- and this is where I need to get technical

15   for a minute.  The issue with the Google auctions or the way

16   they work -- and we've been through this some, the way they

17   work is the winner wins, and the winner pays a price based on

18   number two.  But it's not exactly number two's bid, it's

19   basically adjusted by the relative predicted click-through

20   rates, right.  And so you can think about that as number one.

21   If number one's click-through rate -- predicted click-through

22   rate gets better, number one basically gets a discount.  It

23   doesn't have to pay as big a price to match number two

24   because its click-through rate is doing the work.

25        So what you see in a lot of these documents is this group

1    called AQ, this auction quality group, is trying to do things

2    to make those click-through rates better.  A better auction

3    has better click-through rates.  It's trying to make the

4    click-through rates better for the winner.  That's good for

5    everybody.  But if you do that and nothing else changes, that

6    means number one gets a discount, because that click-through

7    rate got better.

8         And so the issue that Google is -- a lot of these

9    documents are struggling with is if we try to make our --

10   unlike most other firms I've ever seen, if Google tries to

11   make its auctions better by having a better click-through

12   rate, that's going to cause its price to go down, because

13   that click-through rate is going to create this discount

14   effect.  Lots of what's being described in these documents is

15   not how do we raise prices, it's how do we create auction

16   quality while dealing with this other issue; that if we don't

17   do something, auction quality will actually drive our prices

18   down.

19        **Q.**  And do you have a chart that sets forth some of your

20   analysis on this very point?

21        **A.**  Yes.

22        **Q.**  Is it slide 120?

23        **THE COURT:**  Before we turn to another, why don't we go

24   ahead and take our afternoon break and just pause here, and

25   then we'll resume at 3:15.  Thanks, everyone.

1          (Recess taken at 2:56 p.m.)

2          (Proceedings resumed at 3:17 p.m.)

3          **THE COURT:**  Mr. Sommer -- actually, before we -- and

4     maybe you're going to go over it, but could you rewind,

5     Dr. Israel, where you were before the break?

6          **THE WITNESS:**  Yes.

7          **THE COURT:**  The caffeine is helping.

8     **BY MR. SOMMER:**

9          **Q.**  So Dr. Israel, we were talking about your view that

10    Google actually has limited power to control prices.  Do you

11    recall that?

12         **A.**  Yes.

13         **Q.**  And where I was about to go was to ask you whether

14    Professor Whinston presented a chart on this issue to the

15    Court during his testimony?

16         **A.**  He did.

17         **Q.**  Okay.  Let's go to --

18         **A.**  Sorry, just to be clear, did you want me to go back

19    over some earlier testimony?

20         **THE COURT:**  Are you going to review what we just talked

21    about?

22         **MR. SOMMER:**  No, no -- okay, I misunderstood you, Your

23    Honor.  How far back do you want me to go?

24         **THE COURT:**  I just need him to comment on the pricing

25    knobs.

1    BY MR. SOMMER:

2        Q.   Just give us a summary of what you covered in about

3    the last 10 minutes or so on pricing knobs, and then we'll --

4        THE COURT:   You don't have to go far, 10 minutes, just

5    the last few.

6        THE WITNESS:   So we've seen discussion of pricing knobs.

7    I think of them as parameters of the auction.  And the

8    argument from Professor Whinston and plaintiffs, that those

9    indicate that Google has pricing power.  My basic point is

10   that what they actually indicate and the sort of struggle

11   with them in the documents is that Google doesn't directly

12   control its prices.  It has to try to work through the

13   auction.  I don't want to tell you that means it has zero

14   influence at all.  But the fact that it has to work

15   indirectly through an auction, and that its bidders can react

16   and ultimately determine the prices, is less pricing control

17   than we see for lots of firms who can just set their prices.

18       Another point that I made that's probably where the

19   caffeine will help is there's two things, I think, that are

20   worth understanding about the pricing knobs and what drives

21   Google to have to use them.  One is -- the first one was

22   Google can change the parameters of its auction.  Advertisers

23   are constantly experimenting with strategies, and looking at

24   what their other alternatives are to Google and so on.  So

25   after Google does that, Google doesn't know what's going to

1      happen to prices.  Advertisers can change how they bid, they

2      can go bid -- they can switch to another competitor.  That's

3      where the competition comes in.  So the prices get determined

4      in auction based on what the bidders do.  And so you'll see

5      lots of cases we'll go through where there's a pricing knob,

6      which plaintiffs are claiming was an attempt to increase

7      prices, and prices go down right after it.

8          The second point, which is where I said I had to get a

9      little technical, is there is this fundamental -- I mean, the

10     Google auction was a big innovation.  It has lots of good

11     properties as an auction.  It has this feature that if you

12     make the click-through rate, the fit for the top bidder

13     better -- which is what the auction quality guys are trying

14     to do, they're trying to really get the top guy to have a

15     really -- be really likely to be clicked on, right, that's a

16     good match.  The way that the pricing works is that means

17     that effectively gives a discount to the top guy, because

18     he's got better.  And so Google's in this position that I

19     haven't seen in another firm that I've -- or another case

20     that I've looked at where if the auction quality guys make

21     the auction work better, the price goes down because the

22     winning bidder doesn't have to pay as much per click.

23         **THE COURT:**  This is the second-price auction?

24         **THE WITNESS:**  Well, the second-price auction combined

25     with that it's not -- in the simplest second-price auctions,

1    I just pay what the second price guy bids.  But here, I pay

2    it times -- you know, it gets adjusted by the click-through

3    rate.  So I don't have to pay exactly his bid, I have to

4    pay -- and I have an example of this.  But I have to pay just

5    enough that when you multiply my bid times my predicted

6    click-through rate, it matches his value.  So if the first

7    guy starts to look really good on click-through rate, he can

8    win the bid with a lower CPC because he's being bumped up by

9    that click-through rate.

10        So a lot of what the auction quality guys are doing is

11   they're in a separate room making the auction work better,

12   making that number one click-through rate go up.  And that's

13   having the effect, without any adjustment, of pushing CPC

14   down.  Prices are going down in response to that quality

15   improvement.  So lots of discussions you see in Google

16   documents are just grappling with that:  We want to improve

17   our quality, but as a profit maximizing firm, we don't want

18   that to drive our prices down, that doesn't make sense to us.

19   So they're trying to deal with that.

20        **THE COURT:**  Thank you.

21   BY MR. SOMMER:

22        **Q.**  I'd asked you about a chart Professor Whinston had

23   prepared?

24        **A.**  Yes.

25        **Q.**  Did you include that in your deck?

1        A.  I did.

2        Q.  That's slide 128.  Just like when he presented it,

3   it's redacted here, but can you describe to the Court your

4   view on this slide?

5        A.  Sure.  So there's a couple different points I would

6   make about this slide.  So this -- first, I want to focus in

7   on it kind of at a micro level, and then I'll take a step

8   back to the overall pattern.  So this slide is Professor

9   Whinston presented what he called the Google search ads price

10  index for PCs and mobile phones, and he put on notable

11  auction changes.  So the first thing that I noticed from this

12  slide is there's lots of ups and downs in prices.  Overall

13  the index goes up -- and I'll turn to that next, but there's

14  lots of ups and downs.  And if you look at some of the quote,

15  unquote knobs that we've heard the most about, you'll see

16  that after that knob was implemented, prices clearly go down.

17       I don't know, can I name some of the text that's on here?

18       Q.  Yeah, I think we can name the names without going

19  into the numbers.  Go ahead.

20       A.  So if you look at RGSP, almost all the way to the

21  right, that certainly has got attention in here as a knob

22  that is claimed to be increasing price.  Price goes down for

23  several months after RGSP.  You see the same thing for

24  semantic exact which has been referred to.  You see the same

25  thing for butternut squash which has been referred to.  So

1    you see that -- the sort of the knob's connection to these

2    prices is uncertain at best.  If you go through them all and

3    look in the few months before and after each knob, there's no

4    consistent pattern of the prices going up after the knobs

5    that we've been talking about, right.

6        So that's my point number one, is the connection between

7    these knobs and prices, I don't see it in the chart.  What I

8    do see is an overall pattern of the price index going up, not

9    really tied to the knobs.  And I'd like to make two comments

10   about that -- or a lot of what I'd like to focus on really is

11   stepping back from the knobs a bit -- and I'll come back to

12   them, you know, what's going on that we see this price index

13   going up.  The first thing that I would stress is, based on

14   the Google documents themselves, including the document that

15   this index has been in, I wouldn't put a lot of emphasis on

16   this index.  Because Google itself says this is basically a

17   sort of tracking index on a set of queries.  They don't

18   intend for it to represent what an -- any advertiser would

19   actually pay.  It's a way they're using to track what's

20   happening over time.  They explicitly say it is not designed

21   to capture what advertisers are doing for the queries that

22   they're actually buying.  So I wouldn't put too much emphasis

23   on it, given how it's used.

24       But that said, we can still look at it and think about if

25   we think that some measure of price was going up, what might

1    that tell us.  And we can probably go to the next slide for

2    that.

3         Q.  And that one's also redacted, so be a little bit

4    cryptic, but please do describe it to the Court.

5         A.  So this is making a point of -- one way I could make

6    it empirically.  The point is that nothing about this price

7    index is in any way controlling for quality.  So we're not

8    looking at a quality adjusted price at all.  We're not asking

9    has the auction gotten better, have characteristics of the

10   auction become more attractive to bidders.  We are just

11   asking is this price index -- which, again, is not really

12   tied to advertisers, but is this price index going up.

13        As one way to illustrate that, this chart looks at what's

14   happening over time to the price index versus a measure of

15   the quality of the auction, which is the click-through rate,

16   right.  So auctions do better when they get better

17   click-through rates.  That means they're better matching ads

18   to queries.  That's one measure of quality that's available

19   in the data.

20        The way this chart works is it indexes everything to the

21   end of it.  So everything comes up to a hundred at the end.

22   But by looking at it over time, you can see which of the

23   lines are increasing more.  And you'll see that the quality

24   line, the ratio of ad clicks line, has started from lower,

25   it's going up by more than the price index.

1      **Q.** Does this tend to show that Google's ads quality is

2   increasing over time?

3      **A.** It definitely shows that the ad quality is

4   increasing.  I mean, there's many ways to measure quality.

5   But it's saying that by this sort of very basic measure of

6   quality, which is how much of the ad's being clicked on, the

7   quality on that metric is increasing faster than the prices

8   are.

9      **Q.** Did Professor Whinston acknowledge that his analysis

10   did not account for changes in quality?

11      **A.** Yes.  So to be fair, he was asked:  "It doesn't

12   improve for Google's search advertising technology?"  He says

13   correct.  Above that he acknowledges it's a price index.  So

14   he's acknowledging that this is not a quality adjusted price,

15   this is, at most, just the price.  I would stress, again,

16   it's really a sort of narrow price index.  It's not even

17   really a measure of the prices that any advertisers pay.  But

18   it's -- as it stands, it definitely does not control for

19   quality.

20      **THE COURT:**  So what is your understanding of what it is

21   as a price index?  If it is not actually reflecting actual

22   prices paid, what is it measuring?

23      **THE WITNESS:**  So it is -- I mean, it's not measuring what

24   any advertiser would actually face.  Google chooses a set of

25   queries, not designed to be representative of what any

1    particular advertiser pays, and critically not allowing for

2    the fact that advertisers will optimize queries over time.

3    It fixes a set of queries, and it measures what happens on

4    that set of queries.  So the price index, as I understand it,

5    does go up for that set of queries, which is why I don't want

6    to end there, I want to think about what that could be.

7        **THE COURT:**  I remember, this was -- Professor Whinston

8    compared this to like a consumer price index.

9        **THE WITNESS:**  Right, but it's not even that, because for

10    two reasons.  One is a consumer price index is -- a lot of

11    care is taken to make sure that the basket of goods is

12    representative of what consumers are buying.  Google, in

13    their documents, overtly doesn't do that.  They pick a sort

14    of set of queries to track.  So these queries could go up,

15    but there's not an attempt made to make sure they are

16    representative of what advertisers.  They explicitly say this

17    is a health of the system thing that Google is doing to check

18    what's happening.

19        Second, they explicitly say advertisers have the ability

20    to re-optimize over what queries they buy, and they're not

21    trying to adjust for that either.  They're just taking a set

22    of queries and seeing what happens over time.  So the way I

23    would say it is I wouldn't put too much emphasis on it,

24    because it's not designed as a measure of what advertisers

25    pay.  That said, I think it's worth us talking about why it's

1    going up -- which I admit I don't want to stop with that, but

2    I don't want to put too much emphasis on it given what it is.

3    **BY MR. SOMMER:**

4        **Q.**  Dr. Israel, what is the significance, if any, of

5    looking for an increase in nominal prices?

6        **A.**  On its own, I would say nominal prices, especially in

7    a situation where we know quality is going up --

8        **Q.**  Let's take that scenario first.  Is that depicted in

9    slide 131?

10        **A.**  Yeah.  So if we know quality is going up, nominal

11    prices don't tell us much -- or anything, really, they tell

12    us about nominal prices.  They don't tell us whether users

13    are better off or advertisers are better off, right, they

14    tell us about nominal prices.  And so one thing we know in

15    the context of auctions, again, is that if the quality of the

16    auction improves, if it's a better auction, better queries,

17    the auction is run better, you're going to get -- if you make

18    the auction work better for people to bid on, you're going to

19    get more advertisers attracted to that auction, it's a better

20    auction.  And that's going to put upward pressure on prices,

21    because more people are interested in a better auction.

22    That's a quality effect.  That means people are getting more

23    quality and therefore they're bidding more.

24        That's also -- and Professor Whinston agreed with this,

25    that's driven by competition.  That means there's a better

1    quality auction, more people come in, they compete and the

2    competition between advertisers sets the price.  As the --

3    and that's the reason I focus so much on the knobs not being

4    really what seems to drive it.  The claim seems to be it's

5    the knobs that drives the price.  But if the price goes up,

6    the knobs don't seem to really change things in any

7    consistent pattern.  If the price is just going up with

8    quality, that generally would mean it's a better product,

9    more demand, more advertisers are interested in the better

10   product.

11       You've heard the term thicker auctions, that there's more

12   people in the auction.  But thicker auctions are a good

13   thing, right.  Because what you want to happen in an auction

14   is the advertiser who values that query the most wins, that's

15   the best outcome.  Thicker auctions, having more people in

16   the same auction, means we're going to find the best match.

17   He only has to pay the second price, so he's going to get a

18   benefit himself, right, because he only has to pay the number

19   two price.  So he's going to capture some of the benefit, and

20   the auction's going to work better because we're matching the

21   highest valued advertiser.  Thin auctions mean even if they

22   create lower prices, the problem is they're only thin because

23   there's less competition, you're not finding the right

24   advertiser for the query.

25       Q.  There's been a fair amount of testimony about

1    Google's innovations in the ads auction process.  Have you

2    considered certain innovations, certain specific innovations

3    in evaluating the knob issues and price issues?

4        **A.**  Yeah, I have.  The first one is still on this slide

5    on 131.  So there's been a lot of discussion about format

6    pricing.  Formats in ads are things -- and this may have been

7    covered.  Formats in ads are things that get added to your

8    search ads, so like a phone number.  And so that's a pretty

9    clear example of you get more for your ad, and therefore

10   there's some charge for that; for getting more, the price

11   goes up.  In some cases, that's also because -- in a lot of

12   cases where there's a format, the ad is just bigger so it

13   takes up more of the SERP.  And so there's an opportunity

14   cost, taking up more of the space so you can't show something

15   else in that space.

16       So to me, formats are a pretty simple example of what's

17   being sold, the thing that an advertiser is buying changed,

18   right, they're getting -- having their phone number in the ad

19   is helpful to them.  And so if there's a higher price for

20   that, that's a quality effect, right, that seems natural.

21       **Q.**  On slide 132, do you address some of the other

22   innovations that impacted on the auction?

23       **A.**  Yes, so I focus here on three that I've heard

24   discussion of.  The first one's pretty simple, the next two

25   are less simple.  The first one is semantic matching.

1    Semantic matching is this Google innovation over time that

2    when an advertiser says it wants to bid on a particular

3    keyword, the idea is don't match that based on the specific

4    words, match it based on the meaning.  So the example -- it's

5    not really misspellings, it's more like if I say I want to

6    bid on shoes for running and the query is running shoes,

7    those mean the same thing so you should put me into that

8    auction.  That has the effect of making the auction thicker,

9    but in the sense that it's actually capturing the people who

10   expressed an interest in that term.  I mean, it's just

11   matching it by meaning rather than by syntax.

12       Again, that's an example of a price that could -- it

13   depends on how everybody reacts and what happens, it could

14   cause a price to go up.  But that's because you're getting a

15   better performance in the auction, and you're bringing the

16   people into the auction who have the most value on that term.

17       Q.   And I take it the user is getting fed with an ad that

18   the user is interested in?

19       A.   That's a good point for these things generally that I

20   should have said.  There's a lot here.  But this is not -- I

21   mean, it's important to keep the user side in mind, right.  A

22   reason that it's valuable to have a better match, to have a

23   thicker auction and to get the best match, is because the

24   user gets an ad that's better targeted for them.

25       THE COURT:  Isn't it evidence of monopoly power that

1     Google is able to make these changes without giving the

2     advertiser the ability to opt out?

3          So use the semantic matching, for example.  It was my

4     understanding that one of the effects of it in theory on a

5     particular auction, it could create a thicker auction.  That

6     may increase the price, a smaller advertiser may not want to

7     participate in that.

8          **THE WITNESS:**  So my understanding -- and I think there

9     was testimony from people who were closer to every detail

10    than I am, is that you can use negative keywords, which I

11    think is a way to opt out, say I don't want to be included in

12    some of these terms.  So I'm not going to be included in that

13    case.  My general understanding of what I've seen in the

14    record, actually from what I've seen, would tend to go the

15    other way from your smaller advertiser example in that

16    smaller advertisers don't have big teams to go figure out

17    every word they could put into the auction.

18         So if I'm a smaller advertiser and I want to bid on

19    running shoes, I want to be put in the auctions for running

20    shoes, even if somebody spelled that differently or called it

21    shoes for running.  From what I've seen in the record -- and

22    this is from memory here.  But from what I've seen is it's

23    more larger advertisers who have more ability to be

24    sophisticated about this, who liked the fact that they could

25    be in the thin auction before.  They could go bid -- they

1    could bid for various versions of it, and that auction may be

2    thin and they might win on the cheap.

3        But that's really not -- that means they're just not

4    having to face competition from other advertisers who would

5    want that term.  So I don't see that as monopoly power

6    that -- I mean, first of all, I understand there to be an opt

7    out option.  But second of all, either way, having the

8    auction bring together the full set of bidders who are

9    interested in that is good for users because there will be a

10   better match.  It seems to be good for smaller advertisers if

11   it helps them -- you know, helps them match all the terms

12   that they want.  And it ultimately creates -- the winner by

13   competition is going to be the guy with the highest value.

14   And that person is still, by the nature of a second-price

15   auction, not going to pay more than it's worth to them.

16   They're going to have surplus leftover or value leftover

17   because they pay something based on the second price.  So I

18   don't see it as monopoly power.

19       I guess another -- I'd have to check, but I think -- my

20   recollection is that other auctions are doing similar things,

21   this isn't Google alone, because this is a way to try to get

22   the right people in the auction.

23   **BY MR. SOMMER:**

24       **Q.**  Okay.  So let's get to one that's a little more

25   complicated, squashing.

1    **A.**    Okay.  So squashing, squashing is -- so if we could

2    flip over a slide, it probably will help.

3    **Q.**  Okay.

4    **A.**    And again, sorry to have to be a little bit

5    technical.  We talked about this before.  This is an example

6    that illustrates the point of squashing.  Basically what

7    squashing is, squashing is really directly going after the

8    point that I raised to you, which is if they improve the

9    quality, if they improve the pCTR, they'll drive their price

10    down.  So I think what's worth looking at, just for starters,

11    is forget the rest of the text, just look at the first line

12    of numbers that says initial.  So this is just a hypothetical

13    example that was in my report.

14    So this is a situation where advertiser one -- and for

15    this whole hypothetical, just imagine that the query, the

16    person here, would bid on advertiser one's ad, but they

17    wouldn't click on advertiser two's ad.  So the initial set up

18    lays out one way the auction might happen, which is

19    advertiser one bids $2.50.  Google's algorithms tell it

20    there's a 70 percent chance of a click.  So they're not

21    getting it exactly right, but they're saying there's a

22    70 percent chance of a click.

23    What the mechanism says is the LTV -- and here I'm

24    simplifying from some -- giving you the simplest form.  The

25    LTV for advertiser one, their value is $2.50 if there's a

1    click, times a 70 percent chance of a click, is $1.75.

2    Advertiser two bids $3.00.  The system tells them there's

3    a -- Google thinks there's a 30 percent chance that will get

4    clicked on.  So doing that same multiplication, you get an

5    LTV of 90 cents.

6         So what happens in this auction?  Advertiser one wins the

7    auction because they have the higher LTV.  The price they

8    have to pay is -- and this is what I was saying earlier about

9    how it depends on the click-through rate as well.  They have

10   to pay $1.30, that's the term, it is $1.30 times advertiser

11   one's pCTR.  So they pay $1.30 and there's a 70 percent

12   chance of a click, that gives you 91 cents.  That's just

13   enough to beat advertiser two's value.  So they don't have to

14   pay the full bid, advertiser two, they pay just enough such

15   that when you multiply their bid times what the system says

16   is their click-through rate, they beat advertiser two's

17   value.  So basically their winning bid is adjusted down some

18   by the fact that their click-through rate is a bit higher.

19        So now suppose Google improves its -- it invests money,

20   the auction quality guys do more work and they improve the

21   pCTR, they get better at predicting, right.  What could

22   happen -- and again, this is all very specific to the case.

23   But what could happen in that case is the pCTR goes -- you

24   know, for advertiser one, it goes up to 80 percent.  It's

25   doing a better job of predicting.  For advertiser two, it

1    falls to 10 percent.  So the system has gotten better -- the

2    right answer here is a hundred percent and zero.  It's very

3    hard to figure that out.  But the system has gotten better at

4    doing -- at dividing them up.  It's now more accurate, right.

5    And that's good, because it's making a better prediction,

6    it's going to create better matches.  The effect of that,

7    though, is that the winning price falls to 39 cents.  And the

8    reason is advertiser one just now has to beat this lower

9    value for advertiser two, and it gets the benefit of this

10   higher predicted click-through rate to do so.

11       So squashing was entirely designed to -- this is a

12   problem, because the auction quality guys are saying I have a

13   better mousetrap; I can predict click-through rates more

14   accurately; I can create better matches; I can put the right

15   ad on the page; but if I do that, I'm going to crush the --

16   I'm going to drive the price way down potentially.

17       So what squashing did -- and there's academic literature

18   on how this can be efficient, it basically squashes the lower

19   predicted click-through rates up towards the higher one a

20   bit, right.  It's true, to be clear, that has the effect of

21   increasing this winning CPC a bit.  Not all the way up to

22   130, but a bit.  But the reason to do that is because now

23   when the auction quality guys come to the businesspeople and

24   say:  I can make the auction better, they don't also have to

25   say:  But if we do it, our price is actually going to go way

1    down.  That means they can improve the quality without

2    squashing their own revenue.

3        Google is a profit maximizing firm.  You want it to have

4    incentives to make its pCTR better.  You need some mechanism

5    to deal with this issue, which is the general one I talked

6    about with the knobs.  Which is if pCTR gets better, you can

7    end up driving the price way down.  They're not raising the

8    price from the $1.30, they're implementing the better pCTR,

9    but at least offsetting this effect.

10       **Q.**  Okay.

11       **A.**  If you go to the next slide, this is from one of --

12   this is from the document about squashing, so it's one of

13   these pricing knob documents.  But the callout here exactly

14   describes what I was saying.  The auction quality guys are

15   saying we have this learn UI, which is a better mousetrap.

16   It increased the accuracy of our predictions and added

17   clicks, but it lost CPC and was revenue negative.  So they'd

18   be in the position as a business of we can do something that

19   makes the auction work better, helps users, creates a better

20   match, but if we do it, we're going to lose revenue on it.

21       And so the last highlighted sentence says:  "Ads quality

22   wants to continue launching such advertiser value creating

23   launches, but needs a mechanism to help Google share in the

24   value that our launches create."  That's -- squashing was the

25   way to do that.

1          If you -- and there's an example of what they're doing

2     ultimately raises the final price on that lower line a bit.

3     But that's so that they don't have this, what I'd call,

4     perverse effect of improving the mousetrap.  If most firms

5     improve the mousetrap, they get a higher price.  This

6     mousetrap gets better, the price goes down, and they're

7     trying to deal with that.

8          Q.  How about RGSP, Dr. Israel?  That's much simpler, I'm

9     sure.

10         A.  Just one last thing I'd mention on squashing on that

11    previous page.  It also illustrates the point that whatever

12    they do, it depends on -- one page up, it depends on how

13    advertisers react.  Because in practice, they say prices went

14    up 60 percent of the time and down 40 percent of the time.

15    So even though they implemented squashing, it wasn't like it

16    was a hundred percent price increase, it depended on what the

17    advertisers did.

18         RGSP.

19         Q.  RGSP.

20         A.  It actually is a little simpler, at least the way

21    that I'm going to explain it.  Because the other issue with

22    these auctions is this stuff is predictive, right.  We're

23    trying to figure out who's got the higher value, but that's

24    based on predictive click-through rates.  I don't know for

25    sure which -- you know, I don't know for sure.  You have

1    situations where one person's value is just one cent higher

2    than another person's value, we're pretty close together.  If

3    you don't have any randomization -- which is what the R

4    stands for, the guy with the higher value wins -- even though

5    it's barely higher, he wins always, he's guaranteed to win.

6        Google's fear has been that that creates a

7    winner-takes-all phenomenon; that you never get a chance to

8    see how well that lower option would have performed.  So RGSP

9    says if the values are really close together, then with some

10   probability -- or if they're close enough together, to be

11   fair, with some probability, I will reverse the order so that

12   I can give the number two guy a chance to win, if he was just

13   a tiny bit behind.  And sometimes I'll put him in first as a

14   discovery mechanism, just to see how well it does.  So it

15   doesn't pick the highest rank guy in the moment, but it lets

16   the system learn how that ad would have performed.

17   Otherwise, they wouldn't have ever gotten that information.

18       Q.  Did you review the testimony of Jerry Dischler on

19   this point?

20       A.  Yes.

21       Q.  And was that informative?

22       A.  Again, the testimony is consistent with the

23   explanation that I'm giving.  He says:  "We do this so we

24   don't have biases and winner-takes-all dynamics."  That's

25   what I was describing.  "What we do is, some percentage of

1    the time, we flip them to see if actually somebody may be

2    better, in order to improve the user experience.

3    Otherwise" -- and his example is Amazon always shows up on

4    top.  You never figure out if somebody would perform -- you

5    know, be better than Amazon.  And then there was this

6    question and answer about:  "Does that mean the winning

7    bidder may not have the highest value or ad rank?"  And he's

8    acknowledging:  "They wouldn't have the highest value in that

9    particular option."  But he's saying, really, that's because

10   we just haven't been able to explore the value of that person

11   unless we let them win sometimes.  We have to put them on the

12   page sometimes and see if they get clicked on or we'll never

13   know.

14       Q.  Was there another Google document you looked at that

15   was related to this point of prices falling from quality

16   increases?

17       A.  Yes, so --

18       Q.  And I'll just caution you that parts of this are

19   redacted, as you can see in your deck, but go ahead.

20       A.  So this is a thing called excess CPC.  This is

21   Google's metric that they reported over time.  I think they

22   last reported a value in 2020.  But it was their attempt to

23   measure -- to balance these effects, to actually measure

24   something like a quality adjusted price.  To say on the one

25   hand, advertisers are getting more value from these

1    improvements; on the other hand, CPCs are coming up -- may be

2    coming up over time.  But what we want to know is who -- are

3    advertisers getting more value on net or less.  So basically

4    they're converting it all into an equivalent price effect.

5        So this metric they had, consistently over time the value

6    is negative.  Which means all in, accounting for advertiser

7    value -- Professor Whinston says this in his report, too.  If

8    you account for advertiser value and what's happening to

9    price, the quality adjusted price is going down.  That's what

10   they found in their last full report in 2018.  I think there

11   was another statement that it was still true in 2020.  But

12   it's all in when you account for the quality and what the

13   price is, the quality adjusted price is lower.

14       So for everything else I've said, I think the takeaway

15   really can be here they were tracking this.  Advertisers are

16   getting more benefit, Google is sharing in that, you know,

17   what's the net effect on advertisers.  And the answer was

18   quality adjusted prices are going down.

19       **Q.**  Benefitting advertisers?

20       **A.**  Yes, and users.  All of these things are beneficial

21   to users, because they're trying to improve the quality of

22   the match.

23       **Q.**  Let's get to your final opinion on the digital

24   advertising side, and that's number three on your list:  A

25   failure to show harm to digital advertising competition or

1    advertisers.

2        Can you describe what we see in slide 139, Dr. Israel.

3        A.  Yes, so this is, for the first time today, after a

4    long time, not about market definition or monopoly power.

5    I'm turning to this question I raised at the beginning, which

6    is think about competitive effects.  As I said, I'm not

7    analyzing the defaults or anything like that.  The question

8    I'm asking is straightforward, it's let's suppose something

9    happened to make Bing bigger, have plaintiffs shown that

10   competitive outcomes, that competition would be better.

11       And Professor Whinston had -- what's on this slide is

12   what Professor Whinston said.  He gave two conditions under

13   which there would be -- the current system would be adverse

14   to competition.

15       Q.  This is slide 139; is that right?

16       A.  Yes.  So Professor Whinston's sort of two-step logic

17   was, first of all, scale affects advertiser participation and

18   ad relevance.  So his argument is if Bing effectively has

19   less scale, it won't get as much advertiser participation and

20   ad relevance.  And then his argument two is, because of that,

21   because of what he's calling Bing's inability to get this

22   participation and relevance, his argument would be Google

23   doesn't face as much competition, and therefore Google has

24   reduced incentives to compete.

25       So he's saying there's a weaker Bing with less

1    advertisers, and therefore Google doesn't have as much

2    incentive to compete, and that's bad for competition.

3        Q.  Did Professor Whinston provide any data or empirical

4    evidence to support his views?

5        A.  I want to be careful.  I would say what Professor

6    Whinston provided was some data, as I recall, about Bing's

7    ability -- how much money Bing makes.  So there was evidence

8    in his reports about Bing's monetization, about how much

9    money Bing makes.  That's not really the question, right.

10   That's looking at a particular firm or a particular

11   competitor.  The question is would competition be better off,

12   would advertisers be better off, and I can't think of

13   anything he did on that topic.

14       Q.  Were you able to find some relevant data that

15   informed your views?

16       A.  Yes.  I tried to dive into each of these two prongs

17   of his argument one at a time.

18       Q.  Let's start with the first one.  What do we see on

19   slide 140?

20       A.  So the first one is focusing on his claim that

21   because of Bing's smaller size, it gets less advertiser

22   participation, just there's fewer advertisers at Bing.  There

23   are fewer advertisers at Bing, the punch line's going to be,

24   but Bing, by its own language, has the majority of the large

25   advertisers.  And the large advertisers in this industry make

8588

1    up the overwhelming majority of the dollars.  So if you want

2    to put a firm -- if you want to put competitive pressure on a

3    firm, you challenge its dollars, you challenge its revenue.

4        And so what the slide on 140 is showing you is this

5    industry is extraordinarily skewed towards the largest

6    advertisers in terms of revenue.  In some industries, we talk

7    about an 80/20 rule, that 20 percent of customers make up

8    80 percent of revenue.  Here, it's a 2.5/90 rule.

9        **THE COURT:**  I'm sorry, 2.5 what?

10        **THE WITNESS:**  90.  The top 2.5 percent of Google's

11    advertisers make up 90 percent of the revenue that's spent on

12    Google.  So why do I care?  Because what this tells me is if

13    Bing is able to attract just the very largest advertisers,

14    it's putting -- it's able to compete, challenge the vast

15    majority of Google's revenue.  So it's not -- really, there's

16    a long tail here, but what threatens Google as a competitor

17    is its revenue.  And that means if you can challenge for the

18    large advertisers, you can put that Google revenue at risk.

19        **Q.**  And there are a couple of redactions on slide 141, so

20    navigate around those percentages.  But please explain to the

21    Court what you've found on this slide.

22        **A.**  Sure.  So this is really just, first, extensions of

23    what I showed you on the chart.  So you can see the top

24    2.5 percent -- sorry, I won't give the revenue number then --

25    well, I just did that one on the last page.

8589

1          **THE COURT:**  That's fine.

2     BY MR. SOMMER:

3          Q.  That's all right.

4          A.  You see the percentages here then.  These top

5     percentages of Google advertisers make up the vast majority

6     of Google revenue.  There's Microsoft testimony in the record

7     saying the vast majority of large advertisers advertise at

8     Bing.  There's also a Microsoft document saying 26 percent of

9     the advertisers at Google also advertise at Bing.  Putting

10    those together, we would say the vast majority of Google

11    revenue is also advertising at Bing and thus at risk; Bing is

12    competing for that revenue.

13         Q.  Let's turn to the second of Professor Whinston's

14    points, the profit point.

15         A.  So yeah, this is -- the second point is really

16    that -- so the first point is Bing is competing for most of

17    the revenue.  The second point is, as I mentioned earlier,

18    Professor Whinston is really -- his evidence, his arguments

19    focus on the money Bing makes, not on competition.  So what

20    I'm saying on slide 142 is the relevant question to me, as an

21    antitrust person, is not whether Bing would be better off in

22    some alternative world, but whether competition would be

23    enhanced and advertisers would be better off.  That's what we

24    want to ask.  That's the question that Professor Whinston --

25    that I haven't seen any evidence on.

1          It's true that if you -- if Bing had more queries, right,

2     some queries would move over to Bing.  They wouldn't be on

3     Google anymore, they'd be on Bing.  There would be an auction

4     run for them on Bing.  People would bid on those queries on

5     Bing.  But the question is would that change anything about

6     competition, right.  We said earlier that different GSEs --

7     different auctions on different GSEs tend not to be the same

8     people, so it's not obvious at all those auctions would

9     compete with each other.  We also said earlier that a lot of

10    other platforms are out there competing.

11         I think, based on the evidence in this case, if you took

12    a chunk of queries at Google and moved them over to Bing --

13    say, because the default was different, you just would have

14    the auction run in a different place.  But I haven't seen any

15    evidence that would actually increase competitive pressures

16    on those prices.  Because there's all this other competition,

17    and the circle principle that I went through said Bing and

18    Google actually aren't each other's closest competitors.

19         So I think what we see is, yes, Bing would make more of

20    the revenue, but I don't see a basis to say that would

21    actually increase competitive pressure on those auctions.

22         THE COURT:  If you spread the auction participants out

23    over two different general search engines of equal quality,

24    would there not be -- do you think there would be fewer

25    participants in the individual auctions and therefore would

8591

1       have a reduced price pressure?

2           **THE WITNESS:**  So I'll try to tie that back to the points

3       that I've been making.  So if there was a thinner auction,

4       for whatever reason, the prices in that auction -- not

5       always, but would tend to be lower.  I mean, in some sense,

6       that's a -- Bing today says it has thinner auctions, right,

7       which means Bing today has relatively low prices, which might

8       say that's a low price auction that's out there in the market

9       now.  But more generally, I also think thinner auctions are

10      getting you lower prices by being less efficient.  They're

11      not putting -- they're not going to find you the best match

12      if you don't have the people in there.

13          I guess my most fundamental point I was just making would

14      be, though, most of the dollars are already at both places,

15      so I'm not sure it's a spreading out effect.  I think what

16      happens is if you move more of the auctions over to Bing --

17      those queries were attractive to advertisers.  If you move

18      them to Bing, they're still going to be attractive to

19      advertisers, they're just going to bid on them at a different

20      place.  So I don't -- it doesn't seem to me that you're --

21      you know, what determines how attractive -- especially for

22      the large advertisers who make up most of the dollars.  What

23      determines how attractive a given query is to bid on is the

24      query and the person.  You move it to Bing, they bid on it at

25      Bing.  But I don't see why that auction gets thinner

1    necessarily if that query was attractive.

2        So if you spread them out more, you get a price reduction

3    effect.  I think that's not necessarily efficient, but I

4    don't see why you'd get that here when you'd just move the

5    same queries to a different place and the large advertisers

6    are already there.

7    BY MR. SOMMER:

8        Q.  Dr. Israel, we've come to the end of your advertising

9    side, and we see again the summary of your opinions.  But we

10   still have one more topic to cover, and that's SA360.

11       Have you formed opinions relating to SA360?

12       A.  Yes.

13       Q.  Can you describe to the Court your opinions in that

14   regard?

15       A.  So one last change, and then we're almost done.  So

16   just to take a step back, for me at least.  The allegations,

17   as I understand them, in SA360 are that by not rolling -- the

18   claim is that by not rolling out all of the features to

19   Bing -- particularly so-called auction-time bidding, at the

20   same time that SA360 rolled them out to Google, that in some

21   way foreclosed Bing from competing effectively.  So I really

22   have sort of three buckets of opinions.  I mean, I disagree

23   with that claim.

24       Number one and two are the first kind of bucket of

25   opinions, and that is if you're thinking about a foreclosure

1    claim, does SA360 really have the power to do that.  So SA360

2    faces a lot of competition, and SA360 has a modest share.  So

3    the first point is SA360 is not -- doesn't seem to be must

4    have, it faces a lot of competition.  There's other options

5    for advertisers.  So that's points one and two, and I'll go

6    through those.

7        Point three is I just think if you look at the evidence

8    in the case and what's actually being done, it doesn't

9    support this claim that Google is somehow acting differently

10   or acting on some incentive to harm Bing.  It doesn't support

11   a foreclosure claim, just looking at the facts of what Google

12   is doing relative to everyone else.  And then the final

13   bucket of claims is really four and five, which is if you

14   just look at what's happened, there's no evidence at all that

15   there's been any foreclosure or that anyone's been harmed.

16   So really, it's the three buckets are SA360 faces

17   competition, evidence doesn't support foreclosure, and the

18   outcomes don't support harm.

19       Q.  Let's turn to the competition bucket first.  Can you

20   take us through slide 146, please.

21       A.  Yeah.  This is a lot simpler than what we were doing

22   before, so I'll try to be quick.  SA360 is a tool that you

23   use to bid on search advertising.  There are lots of other

24   tools, so-called management tools:  Adobe, Kenshoo/Skai and

25   Marin are all out there.  Just as an aside, many of them

1     allow you to bid on things like Facebook and Amazon and

2     TikTok as well.  But first of all, there's three other major

3     search engine platforms.  And then I really think it matters

4     a lot that there are these big native tools, you can bid

5     directly in Google Ads or directly in Microsoft Ads.  Tons of

6     people do, large advertisers, small advertisers.  Those are

7     the guts of the system.  So the new features, that's where

8     it's all happening.  The new features roll out there first,

9     and then over time get added to these multi-platforms.  So

10    the native tools are large and growing and important in terms

11    of competition.

12        Q.  You have a reference to Professor Baker at the bottom

13    of slide 146?

14        A.  Yeah, thank you.  So Professor Baker acknowledges

15    that he hasn't defined a separate relevant market for SEM

16    tools.  So in that sense, he hasn't defined a market that

17    would rule out the native tools.  And I don't think you could

18    support one given the strength and the growth of the native

19    tools.

20        Q.  Have you prepared some data on a slide in this

21    regard?

22        A.  Yes.

23        Q.  Okay.  Part of it is redacted, the one on the right,

24    but do your best.

25        A.  So this is just looking at where our bids -- where is

1    revenue for Google search ads and Bing search ads coming

2    from, like which tools.  So the one on the left that I can

3    refer to tells you that on Google, it's almost 60 percent.

4    It's grown over time from 50 to almost 60 percent comes from

5    Google Ads from the native tool.  And SA360 has also grown

6    some over time, but makes up only about 20 to 25 percent on

7    Google.

8        **Q.**   Why is that relevant?

9        **A.**   Again, this is this SA360 faces competition, and this

10    is just a market share version of that.  SA360's share on

11    Google is about 20 percent, it's not that large.  The one

12    that's redacted is the same thing for Bing.  So you'll see

13    native tools also large and have grown, not quite as large as

14    on Google, but quite large.  SA360 has also grown.  It's a

15    little larger on Bing than on Google.  I would also -- I

16    think the two points I would take is, one --

17        **THE COURT:**   I'm sorry, I just want to make sure I

18    understand it.  These are numbers of SA360's revenue and what

19    platform -- advertising platforms are what share of SA360's

20    revenue?

21        **THE WITNESS:**   It's a share of all search ad spending on

22    Google.  The denominator is all search ad spending on Google.

23    The numerator would be what percentage of that comes from

24    native tools, what percentage of that comes from SA360.

25        **THE COURT:**   I see, okay.

1          **THE WITNESS:**  So if you want to spend money on Google

2     search ads, where is it happening?  It's happening in native

3     tools mostly, and 20 percent from SA360.  If you want to

4     spend money on search ads on Bing, where is it coming from?

5     Again, most of it coming from native -- or about half of it

6     coming from native tools.  And SA360, you see the number

7     here.  So SA360's share in both cases -- you know, it's a

8     competitor, but it's not a dominant share.

9          I also think it's worth noting on this page that SA360

10    makes up a reasonably -- it does make up a reasonably big --

11    you know, modest, but reasonably large share of total

12    spending on Bing ads.  If you think about what that means, it

13    means Google has put out and is investing in a tool that

14    generates a lot of revenue for Bing.

15         **THE COURT:**  If you take a look at the slide on the left,

16    the chart on the left, if you make the assumption that people

17    who advertise on SA360 are more interested in shifting their

18    ad spend, because it's easier to do it on an SEM tool than it

19    is between native tools, would those numbers not indicate

20    that the amount of advertisers who are actually doing the

21    kind of shifting that you described earlier is not as high

22    you might think?

23         **THE WITNESS:**  I think from what I've --

24         **THE COURT:**  Or is not as prevalent as you've suggested?

25         **THE WITNESS:**  I think from what I've seen in the record,

1    I would say no.  I mean, I understand where your assumption

2    started, but the large advertisers very often are present on

3    these native tools.  The native tools are where the things

4    roll out first.  They are -- I mean, large advertisers are

5    all over Google ads and Microsoft ads, and they're shifting

6    money by using those directly.  So one answer to that is I

7    just think that the native tools definitely are where things

8    come out first, and the large advertisers are using them to

9    shift money.

10        The other thing that I'd note there that relates back to

11   what I said --

12       **THE COURT:**  And I guess the right chart would support

13   that proposition?

14       **THE WITNESS:**  Yeah, that a lot is coming from the native

15   tools.

16       **THE COURT:**  Right.

17       **THE WITNESS:**  And if a lot of the revenue -- we saw in

18   the earlier charts, in order to have that much of the

19   revenue, you must have the large advertisers.  And Bing and

20   Google are both saying the large advertisers are on both, so

21   they must be using native tools on both sides.  Recall, also,

22   from a long time ago now that I went through the Smart

23   Campaigns on Microsoft.  So even if you're on the Microsoft

24   native tool, it let's you bid into Google and Facebook and

25   Instagram.  So even the Microsoft native tool has this

 1    multihome -- this ability to shift dollars, it's got an

 2    ability to bid in Google auctions.

 3  **BY MR. SOMMER:**

 4    **Q.**  Let me take you to the next slide.  There's a visual

 5    there.  If you could explain to the Court what the point of

 6    this is.

 7    **A.**  Yeah, so this turns to this auction-time bidding

 8    question in particular.  The allegation -- the heart of the

 9    allegation, as I understand it, is that Google -- SA360 has

10    rolled out auction-time bidding for Google but not for Bing,

11    and that indicates some sort of foreclosure or some harm.  To

12    me, this chart is the most important, I think honestly,

13    response to this.  Which is that Google -- SA360 is doing

14    nothing unique, right.  If you -- it's true, as was discussed

15    in court, that Skai has rolled out auction-time bidding for

16    Bing.  But none of the other three tools have, including two

17    that are independent.  They're not owned by Google, they're

18    making independent business decisions.

19        So everyone here has fully rolled out auction-time

20    bidding for Google, right.  Three of the four are in the

21    process of developing auction-time bidding for Bing, but none

22    of those three have done so.  So if I was going to say what's

23    the test for whether SA360 is acting differently because it's

24    owned by Google, I would say compare it to the independent

25    guys.  Two-thirds of them also haven't rolled out

1    auction-time bidding for Bing.

2        Q.   Professor Baker testified that Google has an

3    incentive to use SA360 to foreclose competition.  Do you

4    agree with his conclusion?

5        A.   No.

6        Q.   Can you explain why, please?

7        A.   Yeah, so that's the slide on 149.  And I just -- I

8    don't see how the evidence supports this argument.  Most

9    fundamentally, I mean, Google is supporting and investing in

10   SA360 on which you can bid into Bing.  If it wanted to

11   foreclose Bing, an obvious thing to do would be don't support

12   that functionality or don't invest in it -- being able to

13   advertise into Bing at all, right.  We know that over time, a

14   large percentage of Bing's revenue is coming through SA360.

15   Google continues to invest in SA360, so Google is investing

16   in a tool that is generating a large amount of revenue for

17   Bing.

18       If I look at those facts, all these facts I've seen, it

19   appears to me the best explanation is Google supports SA360

20   as a tool to support search advertising, and it rolls out

21   features over time in a way that it finds makes business

22   sense.  And those decisions don't look different in terms of

23   auction-time bidding from independent players, right.  It's

24   got this tool, lots of people are using it for Bing.  And

25   Bing continues to have a lot of sales there, and it's not

1    making different decisions in terms of auction-time bidding

2    relative to two of the other three independent players.

3    　　　**THE COURT:**  In a sense, is that a fair comparison with

4    respect to, I guess, it's Adobe and Marin?  Because the

5    development for auction-time bidding for Google was a

6    fraction of the cost of the overall -- of a company's overall

7    ability to bid.  So building auction-time -- you know,

8    bidding, as I understand it, is an expensive, time-consuming

9    proposition.  It's even more so for Adobe and Marin than it

10   is for Google, because those are smaller companies.  Skai, I

11   think, is number two, and so perhaps it would have more of an

12   incentive than the other three and four.

13   　　　**THE WITNESS:**  Although, I think -- I mean, I hear what

14   you're saying.  I mean, these are not tiny companies.  The

15   way I would think about that, they're all competing for the

16   same pie, right.  And so if they're smaller, then they're

17   looking for ways to differentiate themselves and get ahead.

18   What really matters is how much revenue can you capture from

19   doing that.  It's not how much revenue do I have today, it's

20   if I make this investment, how much can I go capture.  And so

21   if they look and say SA360 is the market leader but they

22   don't have this technology, if I can go build it, I could

23   capture that revenue.  So in terms of incremental revenue, I

24   don't really see it that way, because they have the ability

25   to go capture it.

1          I mean, I understand the point you're making.  I guess my

2     bottom line would be if I'm trying to evaluate is Google

3     doing something unique because it owns SA360, I would still

4     try to look at all of the other benchmarks and see if it

5     stands out.

6     **BY MR. SOMMER:**

7          **Q.**  Dr. Israel, Professor Baker also claimed that

8     Google's conduct related to SA360 harmed the ability and

9     incentive of SA360 advertisers to multihome, and thereby

10    harmed Bing's ability to expand inexpensively.

11         Do you agree with that conclusion?

12         **A.**  No.  I think I would -- I mean, I would rather

13    just -- we've been here a long time -- cut to the chase on

14    slide 151.

15         **Q.**  Okay, let's cut to the chase.  Go ahead.

16         **A.**  So this is the other sort of most important bottom

17    line test, is I went and looked in the -- if you think that

18    rolling out auction-time bidding on Google but not Bing was a

19    big disadvantage to Bing, you would expect to see that after

20    that happened, Bing struggled on SA360 because it was at a

21    weaker position.  It just didn't happen in the data.  So this

22    is total spending on SA360 as the denominator, how much is

23    Google, how much is Bing.  You can see the dashed line.

24    That's when auction-time bidding came out on Google.  These

25    don't really even wiggle.

1        So is auction-time bidding attractive to advertisers?  I

2   think advertisers have said yes.  But what matters for

3   competition is did this decision by SA360, this timing, take

4   away Bing's ability to compete for dollars.  And it just

5   doesn't show up here, right.  Bing is -- among the universe

6   of SA360, Bing is -- nothing happens.  Bing is not unable to

7   compete for dollars, even within SA360, after this change.

8        So what I said before was SA360 makes up a lot of Bing's

9   revenue.  When auction-time bidding rolled out for Google and

10   not for Bing, that didn't change, those shares didn't even

11   really wiggle.

12        MR. SOMMER:  Well, Dr. Israel, since we cut to the chase,

13   I have no further questions at this time.  Thank you.

14        THE COURT:  Thank you, Mr. Sommer.  So why don't we get

15   started with the --

16        THE WITNESS:  Is there any chance I could use the

17   restroom?

18        THE COURT:  Yeah, of course.

19        MR. DINTZER:  Your Honor, actually, we're happy to make a

20   down payment.  It's not going to surprise the Court, I

21   suppose, that we are not going to finish tonight.

22        THE COURT:  I didn't think you would.

23        MR. DINTZER:  And so we're happy to start tonight, or if

24   the Court -- if it would be the Court's pleasure, we'd be

25   happy to start up first thing in the morning.

8603

1      **THE COURT:**  I take it you're not going to finish tomorrow

2    either?

3      **MR. DINTZER:**  Given the girth of data and information, it

4    seems unlikely.  And the plaintiffs -- I mean, the defense

5    has given us their schedule for next week, and it seems to

6    have a great deal of space built in.  So as far as next week,

7    it doesn't look like we'd be pushing anything aside.

8      **MR. SOMMER:**  Judge, let me just inquire gingerly, since I

9    know Dr. Israel has some commitments next week.  Any chance

10   the Court has additional time tomorrow?  That's a no, okay.

11   Thank you.

12     **THE COURT:**  No, I've got -- yeah, I really don't.  I've

13   got some criminal matters that have been pending for a while

14   tomorrow afternoon.

15     Well, look, let's go ahead and take a 10-minute break,

16   and we'll at least get started and use the next half hour.

17   So we'll resume at 4:25.  Thanks, everyone.

18     (Recess taken at 4:17 p.m.)

19     (Proceedings resumed at 4:27 p.m.)

20     **THE COURT:**  Mr. Dintzer.

21     <u>**CROSS-EXAMINATION OF MARK ISRAEL**</u>

22   **BY MR. DINTZER:**

23     **Q.**  Thank you, Your Honor.

24     Dr. Israel, you dispute that the general search services

25   are a relevant antitrust market; is that right?

1    **A.**   Yes.

2    **Q.**   But you have not defined a relevant market that

3    includes Google search; is that right?

4    **A.**   I think what I said, what will be accurate is not the

5    precise metes and bounds, not the borders of one.  I've

6    described additional competitors that need to be in that

7    market, but I have not described where the ultimate boundary

8    would be.

9    **Q.**   Okay.  So you've not indicated this is a search

10   market that would include Google -- any of Google search,

11   right?

12   **A.**   I'm not sure how to answer that differently.  I have

13   not defined the exact boundaries of the market.  I've tried

14   to indicate what competitors would be in there, sufficient

15   competitors that I think belong there, to indicate an absence

16   of monopoly power.

17   **Q.**   So you have -- so I just want to make sure that we're

18   on the same page, Doctor.  You have not provided the Court

19   with the contours of a complete product market, including

20   Google search; isn't that correct?

21   **A.**   I have not provided the ultimate outside boundaries.

22   I've indicated additional competitors that would need to be

23   in it.  But there may be more, I have not reached that

24   decision.

25   **Q.**   And we're going to talk about query-by-query.  But

1    you haven't done a query-by-query analysis for any market; is

2    that right?

3        A.   I've analyzed queries.  I'm not sure what else you're

4    asking.

5        Q.   Well, so you've talked about how queries are

6    necessary to build the market, right?

7        A.   I think what I said is the product is an answer to a

8    query, and you should group together those products in a way

9    that makes sense given competition.

10       Q.   And you haven't done that, you haven't built a set of

11   queries into a product market; is that right?

12       A.   I've described groupings that I think are logical and

13   would make sense.

14       Q.   But you haven't done them -- you haven't provided

15   them in a market, you haven't said this is a market and it

16   contains these queries; is that correct?

17       A.   I still think it's the same answer.  I've described

18   competitors that I think needed to be included.  I have not

19   described the precise boundaries.

20       Q.   Sir, you testified in the American Airlines-Jet Blue

21   antitrust case?

22       A.   Yes.

23       Q.   And the case involved an alliance between American

24   Airlines and Jet Blue called, I think, the Northeast

25   Alliance, or the NEA?

1    **A.**   That's correct.

2    **Q.**   And the NEA involved coordination by competitors in

3    an industry that, on a domestic level, is highly

4    concentrated, often volatile, at least as found by the trial

5    court?

6    **A.**   I don't recall, those words may be in the opinion.

7    **Q.**   You've read the opinion?

8    **A.**   Yes.  I don't remember all the words, but that may be

9    in the opinion.

10    **Q.**   Of course.  You were the defendant's lead expert?

11    **A.**   I was one of three experts.

12    **Q.**   But you were the defendant's lead expert?

13    **A.**   I don't know if that's how I would characterize

14    myself.  I was one of three experts.

15    **Q.**   Did the trial court characterize you as one of the

16    defendant's -- as the defendant's lead expert?

17    **A.**   Again, I don't recall, the court may have.

18    **Q.**   You provided lengthy testimony?

19    **A.**   That's correct.

20    **Q.**   And in its opinion the court wrote:  "When it comes

21    to Dr. Israel's analysis predicting the NEA's benefits, his

22    projections are contaminated by his reliance on scenarios

23    designed and selected by the defendants"?

24    **A.**   That sounds like what the court wrote.

25    **Q.**   The court rejected all of your opinions?

1      **A.** That's correct.

2      **Q.** And at trial, you testified that you remembered

3      conversations with executives and lawyers from two years

4      earlier, although you took no notes; is that correct?

5      **A.** Yes, I did remember those conversations.

6      **Q.** And you testified to that; is that right?

7      **A.** That's right.

8      **Q.** And the trial court found that this testimony was not

9      credible, right?

10     **A.** I think there was a footnote saying it was not

11     credible that I had those memories.

12     **Q.** Well, that you testified about those memories, right?

13     **A.** I did.

14     **Q.** The court held that your view of the antitrust market

15     was oversimplistic?

16     **A.** That may be, I don't recall. I mean, it definitely

17     disagreed with my characterization, I just don't recall if

18     that was the word.

19     **Q.** The court found that the defense experts, including

20     you, had, quote, the demeanor and tone of an advocate

21     invested in the outcome of the case, unquote?

22     **A.** That sounds right.

23     **Q.** The court held that you rendered opinions based on

24     false assumptions?

25     **A.** I think that's what -- I think that's among the

1    reasons the court disagreed, yes.

2        Q.   The opinion states:  "In his lengthy testimony,

3    Dr. Israel also demonstrated a misunderstanding and

4    misapplication of antitrust concepts."

5        A.   That sounds like language from the opinion.

6        Q.   The opinion states:  "The Court emphatically rejects

7    this arbitrary, unfounded view."

8        A.   That sounds right.

9        Q.   And finally, the opinion states:  "The Court finds

10   Dr. Israel's opinions rendered in this case are entitled to

11   no weight."  Is that correct?

12       A.   Yes.

13       Q.   Now, you testified here that Google serving results

14   for -- serving results for noncommercial queries, I believe

15   in response to the Judge's question.  Do you recall that?

16       A.   I'm sorry, could you repeat that?

17       Q.   Of course.  You discussed Google's serving of results

18   for noncommercial queries.  Do you remember discussing that

19   with the Court?

20       A.   Yes.

21       Q.   And you likened that to free samples for advertising?

22       A.   Yes.

23       Q.   You know that consumers don't pay for any queries on

24   Google, right, so they're all free, right?

25       A.   To consumers there, there's no monetary cost,

1    correct.

2        Q.  And you say that Google shows noncommercial queries

3    to build its brand; is that right?

4        A.  I believe that's what I said, yeah, that sounds

5    accurate.

6        Q.  Google serves 80 percent of queries only to build its

7    brand, that's your theory?

8        A.  I think what I said is they show them to -- firms

9    maximize profits.  It's not monetizing those in another way.

10   So the benefit is to improve its ability to make money, which

11   is happening on other queries.  So the benefit is improving

12   the reputation to do so.

13       Q.  Or it's to get people to type in all their queries

14   regardless without knowing whether they're commercial or

15   noncommercial so that Google can answer them, right?

16       A.  I think it's trying to encourage people to type their

17   queries in.  Whether it's all or more, it's trying to

18   encourage people to find Google to be an attractive place to

19   type queries.

20       Q.  Right.  But you said that Google's answering the

21   noncommercial queries to build their brand.  There are other

22   ways to build a brand, right?

23       A.  Yes.

24       Q.  In fact, most companies build a brand without

25   creating an enormous index and crawling the web, right?

1        A.   Certainly most companies don't crawl the web.

2        Q.   Okay.  And so -- and Google invests billions of

3   dollars in building its index and crawling the web, right?

4        A.   Right, and makes substantial revenue doing so on the

5   queries that it monetizes.

6        Q.   Exactly.  So 80 percent of what it does is not

7   monetized, and it monetizes on the 20 percent -- not to

8   scale, it's late in the day, that it does monetize, right?

9        A.   That sounds right.

10       Q.   And but to the user, they just type their query in

11  and Google answers it, right, whether it's a commercial query

12  or noncommercial query?

13       A.   I mean, the user experience is somewhat different

14  based on whether ads are served and so on.  But yes, the bar

15  is the same.

16       Q.   Right.  And have you done any research about whether

17  users -- when they're typing or tapping to put in a query,

18  whether they know that it's going to be a commercial or

19  noncommercial query, whether an ad is going to come up or

20  not?  Have you done any research at all about that?

21       A.   I don't think I specifically studied whether users,

22  no.

23       Q.   So a user might just think, oh, I've got a query and

24  I'm going to put it in.  And the fact that Google can answer

25  this 80 percent gives them a crack at this 20 percent,

1    because Google answers everything, right?  From the user's

2    point of view, they don't have that distinction, right?

3        A.   I don't know what you mean by a crack at.  It makes

4    sense and is consistent with my opinion that the user learns

5    that Google is good at doing this.

6        Q.   At answering all queries?

7        A.   At answering queries, sure.  And I don't know what

8    you mean by all queries.  The user doesn't learn that Google

9    is going to be my source for all queries.  The user learns

10   that when I type something into Google, I tend to get a good

11   answer.

12       Q.   And you haven't seen any documents where Google

13   evaluates if they could build their brand more effectively or

14   more efficiently if they invested their money in some other

15   product or some other avenue, have you?

16       A.   I mean, they do advertise in other ways.

17       Q.   But that's not my question, sir.  My question is you

18   said that Google does this 80 percent for brand building for

19   this.  And my question is have you seen any Google documents

20   where they describe it as such; where they say, look, we'll

21   invest this money in building -- in indexing and crawling the

22   web instead of advertising or doing what most companies do,

23   flyers or billboards of whatever?  Have you seen anything at

24   Google that says that that's why they're investing?

25       A.   I've seen lots of things at Google indicating that

1    they're investing to have a reputation for being good at

2    providing results.

3        Q.  Exactly.  Now, for your search analysis, we're going

4    to talk -- obviously we're going to go through everything

5    that you've done.  But for your search analysis -- and you

6    can tell me if I'm wrong -- and you still have your binder up

7    there for your deck, right?

8        A.  Yes.

9        Q.  Am I right that you don't cite a single Google or

10   Bing internal document to support your theories?

11       A.  I'm sure there were citations to documents in my

12   report.

13       Q.  Right, but I'm talking about what you presented in

14   court?

15       A.  I just -- I don't recall.

16       Q.  You're welcome to look.  I saw one document, if I'm

17   right, the BofA document, which actually comes from Professor

18   Whinston's report.

19       But other than that, can you think of any documents --

20   Google-Bing documents that you cite to support your search

21   theories?

22       A.  I mean, there's some Google information about my --

23   you mean by search theories, you mean the user side theories?

24       Q.  The user side theories, I'm happy to discuss it that

25   way.

1    A.  Either way is fine, I just wanted to be clear.  I

2    mean, the slides will speak for themselves.  I don't

3    remember.

4    Q.  Okay.  Didn't you think that -- I mean, here you have

5    the biggest search engine in the world, certainly the biggest

6    in the United States, and you have complete access to all

7    their documents.  And you don't cite a single document to

8    support your theory about how Google's -- about Google's

9    search market, not a single internal document that discusses

10   it, shows that somebody at Google thinks the same way that

11   you do?

12   A.  I mean, I tried to cite what is relevant to each

13   opinion.  I don't think -- I mean, in general, it's going to

14   be more data than documents, where I can get it.  But in each

15   opinion, I tried to cite what in the record was most

16   relevant.

17   Q.  Now, you are not addressing whether Google's conduct

18   on the user side is in any way exclusionary or whether it

19   harms competition on the user side of the market, right?

20   A.  I certainly think some of my opinions speak to that

21   in terms of the extent of competition would be a factor in

22   such an analysis.  But I don't do a separate competitive

23   effects analysis the way I do on the advertising side.

24   Q.  Do you know if Google looked for business documents

25   that support your theory?

8614

1        A.   I don't really even understand.  Who at Google?  I

2    don't --

3        Q.   Do you know if people looked at Google for business

4    documents that support your user side theory?

5        A.   I don't know what people at Google looked for.  I

6    looked with the help of my team for all the documents I could

7    find in the record on all sides to form my opinions.

8        Q.   And so you tell me if you agree with this statement:

9    "I do not address whether the alleged conduct is in any way

10   exclusionary or whether it harms competition on the user side

11   of the market or harms the users themselves"?

12       A.   I think that's from my initial report.  I just

13   wanted -- the distinction I was drawing was, based on my

14   assignment, I do a competitive effects analysis on the

15   advertising side, but not the user side.

16       Q.   So you do not offer any opinion on the user side

17   regarding exclusionary conduct or harm to competition, right?

18       A.   I mean, again, I think the clearest answer would be

19   my opinions are relevant, but I don't separately go on to

20   analyze the competitive effects.

21       Q.   Is the statement from your report still accurate?

22       A.   I mean, it's in the context of several paragraphs

23   describing what I do and don't do, and it was in my opinions

24   today.  There's not a separate competitive effects analysis

25   on the user side.  I just don't want to say that opinions

8615

1    about market definition and monopoly power on the user side

2    have no bearing on such a thing.

3        Q.  But you did, you said it in your report, right?  So

4    I'm just asking you do you -- are you saying right here now

5    that you are going beyond what you've said in your report or

6    not?  Do you want me to read it to you again or do you know

7    it?

8        A.  I know it.  I'm offering the opinions that are in my

9    report.  So I think the accurate statement, just to make sure

10   we're all clear, is I'm offering opinions on market

11   definition and monopoly power which may be useful to the

12   Court in analyzing those questions.  But I'm not separately

13   analyzing the competitive effects on the user side.

14       Q.  You're not offering an opinion about whether a

15   general search services market would have significant

16   barriers to entry, right, on the user side?  We're going to

17   get to the ad side.

18       A.  I'm thinking.  If, by a general search services

19   market, you mean a market that only includes general search

20   engines?

21       Q.  Sure.

22       A.  Then I'm not analyzing that market, because I don't

23   think it's the correct market.  I'm analyzing it insofar as

24   determining that it doesn't include the relevant competition.

25       Q.  I didn't quite track that, so I just want to make

1 sure.  To the extent that the Court finds a general search

2 services market, you don't have an opinion about whether

3 there would be significant barriers to entry; is that right?

4  **A.**  If, by that market, you mean it only includes general

5 search services, then I haven't offered an opinion about

6 those factors in that market.

7  **Q.**  Now, whether products should be included in markets

8 depend on the degree of substitution at competitive prices,

9 right?

10  **A.**  As long as we agree -- and we could discuss more on

11 the definition of competitive prices, then I agree with that

12 statement.

13  **Q.**  The purpose of market definition is to figure out the

14 competitive products?

15  **A.**  That's a little narrower than I would probably say.

16 I would probably say the purpose is to figure out competitive

17 constraints, but competitive products is close.

18  **Q.**  Market definition is meant to be a useful tool in

19 antitrust cases?

20  **A.**  That sounds right.

21  **Q.**  And you don't perform a horizontal merger test,

22 right?

23  **A.**  You mean a hypothetical monopolist --

24  **Q.**  I'm sorry, it is late in the day.

25  **A.**  It's got the same letters.

1          **THE COURT:**  Wrong case.

2     **BY MR. DINTZER:**

3          **Q.**  You know, I made the mistake of writing the initials

4     here instead of writing it out, Your Honor.

5          So a hypothetical monopolist test?

6          **A.**  Yeah, it's what I described to the Court.  I don't

7     perform a formal test, I use the concepts as guides.

8          **Q.**  Now, General Motors has a website, right?

9          **A.**  That sounds right.

10         **Q.**  And on that website, it has one of those magnifying

11    glasses to enter queries, right?

12         **A.**  I think you showed me this at my deposition, so I

13    presume it still does.

14         **Q.**  Can we bring it up.  Yes, we did talk about it at

15    your deposition.  If somebody went to General Motors, hit

16    that magnifying glass and searched for what kind of car to

17    buy, you conclude that that would be competition for Google,

18    right?

19         **A.**  I think I said a very little bit.  Any query -- as I

20    said this to the Court, any query that Google could have

21    gotten and doesn't got -- doesn't get takes a little bit away

22    from Google.  I certainly wouldn't say that needs to be in

23    the market, but I agree that an issue that Google faces is

24    there's a lot of ways to do queries.  I named the ones that I

25    think probably need to be in the market.  But there are other

1    ways to do queries, and those are queries that Google doesn't

2    get.

3        Q.    In your deposition, I asked you to name three major

4    corporations that do not compete against Google for queries.

5    Do you remember that?

6        A.    I think it was the very first thing you asked me.

7        Q.    Okay.  Do you remember what your answer was?

8        A.    I think I said General Motors, Pepsi and Coke.

9        Q.    Well, to be clear, you said you couldn't name any

10    major corporation that doesn't compete, right?

11        A.    No, I don't think I said that.  I think I said off

12    the top -- it was the first question of the deposition, so I

13    just said off the top of my head I'm not thinking of any, and

14    then I gave you three.

15        Q.    The three that you gave me -- let's work with that,

16    Pepsi, Coke and GM.  You believe that each of them and their

17    little query bar on their websites where they answer queries,

18    that they compete with Google to some extent in answering

19    queries, right?

20        A.    I mean, a tiny bit.  Google's trying to answer as

21    many queries as it can, and that took one away out of

22    80 billion.

23        Q.    Okay.  And can you name any corporation in the United

24    States that doesn't compete with Google for queries?

25        A.    I mean, I wouldn't say those corporations compete

1    with Google in any meaningful way.  There are some queries

2    that move away.  So I don't know off the top of my head if

3    there are corporations that have never gotten a query.  We're

4    not talking about anyone who should be in the market.  But

5    Google's trying to answer queries, and there's lots of ways

6    to do it, and Google has to deal with that competitively.

7        Q.  And you keep talking about the market, and I'm just

8    asking, any entity that has one of those little boxes that

9    answer queries is in competition with Google for the queries

10   that go in that box, under your theory, right?

11       A.  A tiny bit for one query.  I mean, this is like

12   saying anything I could do with my time competes with

13   anything else I could do with my time.  A tiny bit.  But

14   that's not how we analyze antitrust.

15       Q.  Well, sir, but you're the one that came up with the

16   query-by-query analysis, right?

17       A.  No.

18       Q.  You believe that the market analysis is

19   query-by-query, right?

20       A.  I mean, I think I was clear on this.  I think the

21   product is an answer to a query, and we should group together

22   queries that are reasonably grouped together.

23       Q.  So that would be query-by-query, right?

24       A.  I don't really agree with that description.  I think

25   you build it up by looking at queries.  But I tried to be

1    clear that you should aggregate as far as you can, but not go

2    beyond that to where you're missing competitors.

3        Q.   Just about every website on the internet has a search

4    bar somewhere, right?

5        A.   That sounds right.

6        Q.   So like the DOJ website has a search bar?

7        A.   Probably.

8        Q.   And does the Department of Justice compete with

9    Google for queries?

10       A.   Again, in this extremely remote way, if somebody

11   types something in there they might have typed for Google,

12   then 1/80 billionth of Google's queries might go there.

13       Q.   And the same for the website for U.S. District Court

14   for the District of Columbia?

15       THE COURT:  For the record, we do not compete.

16       MR. DINTZER:  But you do have a little search bar.  In

17   fact, we've got it up on the screen there.  We would agree

18   with Your Honor.  We're certainly not trying to create --

19   anyway.

20       MR. SCHMIDTLEIN:  We'll stipulate to that, Your Honor.

21       THE COURT:  Good.  I don't want there to be a conflict.

22   BY MR. DINTZER:

23       Q.   Not at all.  But you do believe that any query like

24   that is one that Google potentially could get and so is

25   potentially in competition for it?

8621

1      **A.**  If it doesn't go to Google, then Google lost that one

2      query.  Again, I don't contend that's constraining Google in

3      the definition you gave before or that Google's focused on

4      that.  I think what we should do is look at queries and see

5      who is getting a significant number of them.

6      **Q.**  And I want to make sure that I get you right.  You

7      believe search competition happens query-by-query, right?

8      **A.**  I believe users make -- I think the demand side --

9      the product is a query, and the demand side substitution

10     happens on the product that consumers choose.

11     **Q.**  So the idea --

12     **A.**  Every time a -- like in any market, every time a

13     consumer makes a choice between two products, that's a piece

14     of competition.

15     **Q.**  So search competition happens query-by-query, right?

16     **A.**  In terms of the competition for each user, I think

17     that's right.  Now, again, I've never said analyze each query

18     as a market or something, you aggregate as much as you can.

19     **Q.**  You keep saying that, aggregate as much as you can.

20     But how are you going to aggregate the queries if you're not

21     going to look at the queries?  You need to look at them to

22     aggregate as much as you can, right?

23     **A.**  There's ordinary course definitions, there's

24     verticals.  I mean, our job is to try to look -- all I want

25     us to do is look where the competition is happening, look

1    who's in the market.  So if there's different products, then

2    we need to think about how competition plays out for those

3    different products.

4        Q.  Well, sir, but the market can -- well, let's take --

5    whether Amazon is a competitive constraint on Google varies

6    by query?

7        A.  When Amazon is a competitive constraint for a large

8    class of queries and not for others.  My standard is

9    aggregate enough up that you don't leave Amazon out.  Don't

10   aggregate to the point where you decide Amazon is not

11   competition.

12       Q.  So I need you to answer my question, sir.  Whether

13   Amazon is a competitive constraint on Google varies by query;

14   there are some queries that you believable Amazon is, and

15   some queries you believe that they're not, right?

16       A.  Yes, Amazon is a competitor for shopping queries.

17   That's a well-defined category that we can analyze.

18       Q.  But there are some queries that Amazon gets that it

19   doesn't compete with Google, even under your theory, right?

20       A.  Sorry, I didn't understand that question.

21       Q.  Google gets some queries that it doesn't compete with

22   Amazon for, you'll agree with that?

23       A.  I agree with that.

24       Q.  Okay.  And are there queries that Amazon gets that

25   Google doesn't compete for?

1        A.  Not obviously to me.

2        Q.  But the query-by-query analysis is just the starting

3    point, and then figuring out how meaningful groupings of

4    those queries, that's the next step, right?

5        A.  I would agree that the product is an answer to a

6    query, and what we ought to do is try to find reasonable

7    groupings of them.  You don't need to look at 80 billion of

8    them to do that, you need to just break them down enough that

9    we see who the competitors are.

10       Q.  So let's go to, in your first report, table 13.

11       A.  Do I have it?  I don't have it.

12       Q.  No, we're going to get it to you.

13       THE COURT:  Can I ask a question.  In your view, the fact

14   that hypothetically we could define smaller vertical search

15   markets, sub markets, does that then foreclose the definition

16   of a general search market that would subsume not only those

17   verticals, but noncommercial verticals?

18       THE WITNESS:  Again, I think the right standard is not to

19   group together products where competitive conditions are

20   different, because you effectively average over different

21   sets of competitors.  So going with my view, which is that

22   market definition is a tool to be useful, I think it's most

23   useful if we have categories in which the competitive sets

24   are more equal.  That said, if the Court wanted to sort of

25   roll things up in some way, what really would matter to me is

1    don't leave Amazon and Expedia and these guys out of it,

2    right, because they are competing for large swaths of it.  So

3    don't say a competitor has to do everything to do anything.

4        THE COURT:  And I think you said that -- you said

5    something about different competitive conditions for each

6    vertical.  Can you describe what you mean by that?

7        THE WITNESS:  Well, it's basically just different firms

8    are competing for them.

9        THE COURT:  It's just different competitors?

10        THE WITNESS:  Yeah, different competitors.  I mean,

11    another just an example, you know, we were just talking about

12    an airlines case.  So when the DOJ -- one thing we've always

13    agreed on about airlines is you define markets route by

14    route; and you break it down, you don't roll it all up into

15    one.  And one reason you do that is because there's different

16    airlines competing on different routes and you can assess

17    that.  If you rolled it all up, you might say Jet Blue

18    doesn't compete with American because they're not everywhere.

19    I'm just saying break it down enough so that you can analyze

20    who the competitors are in a meaningful way.

21    BY MR. DINTZER:

22        Q.  Now, you'll agree that no browsers default to search

23    verticals, right?

24        A.  That's a very short, general question.  Can you ask

25    it one more time?

1    Q.   Sure.  You know what a browser is?

2    A.   Yes.

3    Q.   And you know what a search -- is that the term you

4    used, search vertical?

5    A.   I think I borrowed the term that the States had used

6    which was specialized vertical provider.

7    Q.   So let's just use SVP.

8    A.   Yes.

9    Q.   So we've got our browser and we've got our URL bar or

10   our search bar.  You can choose the browser, but none of them

11   default to anything other than a general search engine,

12   right?  And we can go through them, Chrome and the like.  But

13   they all default to a search engine, right?

14   A.   I'm just struggling a little with default, for what

15   purpose.  Because there's been testimony here that they do

16   attempt to answer a lot of questions by looking at SVPs.

17   Q.   So you know what a default is, right?

18   A.   Well, I mean, it can mean various things.  If you

19   mean there's sort of a default search engine that they put on

20   the browser, and that's what we're talking about --

21   Q.   That's what the case is about, sir.  The default

22   search engine that they put on the browser, that that -- any

23   of them default to anything other than --

24   A.   I would agree the default browser, in the way you're

25   using it, is a general search engine, we talked about that.

1      Q.  You can't name any that default to an SVP, right?

2      A.  That fill this role of the search engine, no.  We

3  talked about this, right, because they need something that

4  could cover any case.

5      Q.  Cover any case.  That's a general search engine,

6  right?

7      A.  Yeah, that sounds right.  I mean, as we've been

8  discussing, general search engines will answer any query, and

9  they compete for categories of queries with SVPs.

10      Q.  And SVPs, in reverse, they do not cover any query by

11  nature, right?

12      A.  Yeah, they cover the set of queries that they cover.

13      MR. DINTZER:  And with that, Your Honor, I can crack his

14  report, but it might be a good time to wrap up, if that's

15  okay with the Court.

16      THE COURT:  Okay.  So why don't we conclude for the day.

17  It's a little bit before 5:00 o'clock.  Dr. Israel, I'll ask

18  you to step down and step out.  I just want to talk about

19  scheduling.  I'll just ask counsel for Google to let you know

20  what time to return tomorrow.

21      THE WITNESS:  Okay.

22      THE COURT:  Thank you, Dr. Israel.  Have a nice night.

23      (Witness not present)

24      THE COURT:  Mr. Dintzer, do you have a ballpark sense of

25  what we're looking at in terms of length of your

1    cross-examination?  It can be a large ballpark, I'm not

2    asking for specified time, but I understand.

3        MR. DINTZER:  It's pretty lengthy, Your Honor.  We need

4    to go everything that he went through -- I mean, except for

5    SA360, which our friends will be taking care of.  So at a

6    very minimum, two and a half hours.  It is --

7        THE COURT:  That seems --

8        MR. DINTZER:  It's lengthy.

9        THE COURT:  No, I was going to say an underestimate.

10       MR. DINTZER:  And to be fair to my team, one of the

11   things I need to do is talk to them.  I mean, we've seen a

12   lot here today, they covered a lot of ground.  I mean, I'm

13   giving the Court an estimate --

14       THE COURT:  No, no, what I'm trying to figure out is

15   whether if we tweaked the schedule tomorrow we could finish

16   with Dr. Israel, but that doesn't seem realistic.

17       Let me ask, Mr. Schmidtlein, what is your current

18   thinking about Monday, and do you have folks coming in from

19   out of town?  What's the thinking about fact witnesses early

20   next week?

21       MR. SCHMIDTLEIN:  We have two Google employees, fact

22   witnesses, who are -- who will be here ready to testify on

23   Monday.  Obviously, if the second of those needs to get

24   pushed back, they can be pushed back by a day.  We have that

25   flexibility, I suppose.  But we do have two fact witnesses

1    who will be here testifying on Monday.

2        **THE COURT:**  And do both of those -- one or more of those

3    witnesses have flexibility in terms of when they can be here?

4        **MR. SCHMIDTLEIN:**  I believe so.  I believe so, yes.

5        **THE COURT:**  See what you can figure out this evening.

6    Look, if you've got say, for example, a fact witness who is

7    scheduled to come Monday and says I can only be here Monday,

8    then we'll break up Dr. Israel's testimony as needed to

9    accommodate the fact witnesses.  But if they have some

10   flexibility, I'd like to finish him all at once.  It doesn't

11   seem to me that he's likely to be done, at the earliest,

12   by -- I think realistically, with redirect, I suspect it's

13   probably not going to be until after lunch on Monday, if I

14   were to guess.  Maybe Monday morning, but I think it's

15   probably -- Monday morning is probably I think an optimistic

16   estimate.

17       **MR. SCHMIDTLEIN:**  Okay.  I will check this evening, and

18   I'll be able to report back first thing in the morning.

19       **THE COURT:**  Just, again, my concern is accommodating the

20   schedules of fact witnesses first, and then we can worry

21   about Dr. Israel's schedule second.

22       **MR. SCHMIDTLEIN:**  Thank you.

23       **THE COURT:**  That's all I had for the evening.

24   Anybody else want to raise anything?

25       **MR. DINTZER:**  Not from the DOJ plaintiffs, Your Honor.

1          **MR. CAVANAUGH:**  No, Your Honor.

2          **MR. SCHMIDTLEIN:**  No, Your Honor.

3          **THE COURT:**  So we'll see everybody tomorrow morning, and

4    we'll just get started at 9:30 per usual.  Thanks, everyone.

5    Have a good night.

6          (Proceedings adjourned at 4:59 p.m.)

1              **C E R T I F I C A T E**

2

3              I, **Jeff M. Hook, Official Court Reporter,**

4    certify that the foregoing is a true and correct transcript

5    of the record of proceedings in the above-entitled matter.

6

7

8

9    <u>November 2, 2023</u>              _____

10          **DATE**                        **Jeff M. Hook**

BY MR. DINTZER:
[4] 8603/21
8617/1 8620/21
8624/20
BY MR. SOMMER:
[16] 8506/4
8516/23 8533/20
8538/8 8546/13
8549/7 8555/20
8563/7 8563/25
8566/20 8572/2
8577/22 8589/1
8592/6 8598/2
8601/5
MR. CAVANAUGH:
[1] 8628/25
MR. DINTZER: [11]
8548/24 8549/3
8602/18 8602/22
8603/2 8620/15
8626/12 8627/2
8627/7 8627/9
8628/24
MR. SCHMIDTLEIN:
[6] 8620/19
8627/20 8628/3
8628/16 8628/21
8629/1
MR. SOMMER: [5]
8548/22 8549/1
8563/21 8602/11
8603/7
THE COURT: [59]
8506/1 8515/18
8530/19 8531/4
8531/10 8531/15
8532/19 8533/1
8533/8 8533/19
8536/20 8545/10
8549/6 8555/12
8555/14 8562/22
8563/2 8563/6
8563/19 8563/23
8564/3 8565/22
8566/19 8570/19
8571/6 8575/24
8588/8 8588/25
8590/21 8595/16
8595/24 8596/14
8596/23 8597/11
8597/15 8600/2
8602/13 8602/17
8602/21 8602/25
8603/11 8603/19
8616/25 8620/14
8620/20 8623/12
8624/3 8624/8
8626/15 8626/21
8626/23 8627/6
8627/8 8627/13
8628/1 8628/4
8628/18 8628/22
8629/2
THE WITNESS: [32]
8515/24 8530/25
8531/5 8531/14

8531/18 8532/23
8533/2 8533/9
8537/4 8545/15
8555/13 8555/15
8563/5 8564/5
8565/23 8570/22
8571/8 8576/7
8588/9 8591/1
8595/20 8595/25
8596/22 8596/24
8597/13 8597/16
8600/12 8602/15
8623/17 8624/6
8624/9 8626/20

**$**

$1.30 [4] 8579/8
8579/10 8579/11
8581/8
$1.75 [1] 8579/1
$2.50 [2] 8578/19
8578/25
$3.00 [1] 8579/2
$60 [1] 8551/4
$60 billion [1]
8551/4

**1**

1/5th [1] 8538/7
1/80 billionth [1]
8620/12
10 [2] 8564/3
8564/4
10 billion [2]
8550/15 8551/17
10 percent [4]
8538/5 8555/17
8555/17 8580/1
10-minute [1]
8603/15
100 [1] 8535/24
10019 [1] 8504/12
10036 [1] 8503/24
1006 [1] 8549/2
101 [1] 8538/13
105 [2] 8541/10
8541/11
108 [1] 8543/12
1100 [1] 8503/14
1133 [1] 8503/23
115 [1] 8550/25
117 [1] 8551/13
120 [3] 8553/6
8553/9 8562/22
121 [1] 8554/20
123 [1] 8556/18
124 [2] 8557/2
8557/5
127 [1] 8559/20
128 [1] 8567/2
13 [1] 8623/10
130 [1] 8580/22
1300 [1] 8504/4
1301 [1] 8504/11
131 [2] 8572/9
8574/5
132 [1] 8574/21
139 [2] 8586/2

8586/15
140 [2] 8587/19
8588/4
141 [1] 8588/19
142 [1] 8589/20
146 [2] 8593/20
8594/13
149 [1] 8599/7
151 [1] 8601/14
18-year-olds [1]
8542/2
18-years-olds [1]
8542/1
1:20-cv-3010 [1]
8503/4
1:32 [1] 8503/6

**2**

2 billion [1]
8551/15
2.5 [2] 8588/9
8588/10
2.5 percent [1]
8588/24
2.5/90 [1] 8588/8
20 [2] 8588/7
8595/6
20 percent [5]
8588/7 8595/11
8596/3 8610/7
8610/25
20001 [2] 8503/17
8504/25
20005 [1] 8503/15
20024 [1] 8504/9
2010 [3] 8549/19
8553/18 8553/24
2011 [1] 8555/16
2015 [1] 8549/16
2016 [1] 8551/9
2017 [1] 8550/2
2018 [1] 8585/10
2020 [6] 8513/9
8513/16 8515/10
8515/10 8584/22
8585/11
2021 [3] 8551/11
8551/15 8555/18
2023 [1] 8503/5
209 [1] 8503/19
2200 [2] 8503/23
8503/23
25 [1] 8512/17
25 billion [1]
8551/11
25 percent [1]
8595/6
26 percent [1]
8589/8
2:56 p.m [1]
8563/1

**3**

30 percent [2]
8555/18 8579/3
30-minute [1]
8523/5
3010 [1] 8503/4

31 [2] 8517/25
8518/1
33 [1] 8503/7
333 [1] 8504/24
39 [1] 8580/7
3:15 [1] 8562/25
3:17 p.m [1]
8563/2

**4**

40 percent [1]
8582/14
40th [1] 8504/11
450 [1] 8503/17
47 [1] 8518/11
4:17 p.m [1]
8603/18
4:25 [1] 8603/17
4:27 [1] 8603/19
4:59 p.m [1]
8629/6

**5**

50 [1] 8595/4
55 percent [1]
8512/16
5:00 [1] 8626/17
5th [1] 8538/7

**6**

60 percent [3]
8582/14 8595/3
8595/4
600 [1] 8503/19
60604 [1] 8503/20
680 [1] 8504/8

**7**

70 percent [4]
8578/20 8578/22
8579/1 8579/11
72 [2] 8506/10
8506/11
75 [1] 8509/23
78 [1] 8511/9
7th [1] 8504/4

**8**

80 billion [2]
8618/22 8623/7
80 percent [6]
8579/24 8588/8
8609/6 8610/6
8610/25 8611/18
80/20 [1] 8588/7
80203 [1] 8504/4
85 [1] 8512/17
8506 [1] 8505/4
86 [1] 8517/3
8603 [1] 8505/5

**9**

90 [4] 8520/25
8579/5 8588/8
8588/10
90 percent [1]
8588/11
91 [1] 8579/12

96 [1] 8529/19
9:30 [1] 8629/4

**A**

ability [24]
8520/1 8520/2
8539/7 8548/2
8550/7 8551/12
8558/16 8558/21
8559/2 8559/3
8560/3 8560/9
8571/19 8576/2
8576/23 8587/7
8598/1 8598/2
8600/7 8600/24
8601/8 8601/10
8602/4 8609/10
able [11] 8506/15
8537/14 8547/13
8556/15 8576/1
8584/10 8587/14
8588/13 8588/14
8599/12 8628/18
above [4] 8514/11
8554/8 8570/13
8630/5
above-entitled [1]
8630/5
absence [1]
8604/15
academic [2]
8533/24 8580/17
access [3]
8520/21 8520/21
8613/6
accommodate [1]
8628/9
accommodating [1]
8628/19
account [3]
8570/10 8585/8
8585/12
accounting [1]
8585/6
accuracy [1]
8581/16
accurate [5]
8580/4 8604/4
8609/5 8614/21
8615/9
accurately [2]
8548/20 8580/14
acknowledge [2]
8557/11 8570/9
acknowledged [1]
8557/5
acknowledges [2]
8570/13 8594/14
acknowledging [2]
8570/14 8584/8
acquisition [3]
8540/4 8540/5
8540/6
across [15]
8507/1 8508/5
8508/7 8508/11
8509/3 8509/5
8509/6 8509/9

**A**

across... [7]
8509/10 8509/25
8510/12 8511/17
8512/14 8512/22
8514/19
acting [3]  8593/9
8593/10 8598/23
action [3]  8503/3
8508/8 8557/25
active [2]  8541/1
8541/4
activity [2]
8523/6 8540/18
actual [2]  8554/8
8570/21
actually [39]
8512/8 8513/5
8515/5 8518/2
8519/4 8519/12
8529/14 8541/15
8541/16 8541/22
8541/23 8552/18
8552/21 8554/10
8559/1 8559/16
8560/13 8560/13
8562/17 8563/3
8563/10 8564/10
8568/19 8568/22
8570/21 8570/24
8575/9 8576/14
8580/25 8582/20
8584/1 8584/23
8590/15 8590/18
8590/21 8593/8
8596/20 8602/19
8612/17
ad [63]  8506/16
8507/7 8508/17
8508/18 8508/18
8509/11 8510/17
8511/3 8511/12
8512/4 8512/6
8513/4 8518/15
8518/22 8519/19
8519/20 8519/25
8520/2 8521/21
8521/25 8521/25
8531/12 8537/22
8542/5 8542/11
8542/13 8542/21
8543/4 8543/10
8543/25 8544/4
8544/4 8544/19
8544/21 8545/7
8545/8 8545/22
8546/1 8548/9
8550/19 8555/9
8555/11 8555/18
8556/13 8569/24
8570/3 8574/9
8574/12 8574/18
8575/17 8575/24
8578/16 8578/17
8580/15 8583/16
8584/7 8586/18
8586/20 8595/21

8595/22 8596/18
8610/19 8615/17
ad buyer [1]
8512/6
ad's [1]  8570/6
added [3]  8574/7
8581/16 8594/9
adding [1]  8555/8
addition [1]
8543/19
additional [5]
8517/12 8518/13
8603/10 8604/6
8604/22
address [4]
8524/14 8535/12
8574/21 8614/9
addressed [3]
8508/13 8514/20
8556/18
addressing [2]
8506/13 8613/17
adequate [1]
8515/24
adjourned [1]
8629/6
adjust [3]
8537/20 8547/23
8571/21
adjusted [11]
8559/13 8559/16
8561/19 8566/2
8569/8 8570/14
8579/17 8584/24
8585/9 8585/13
8585/18
adjustment [1]
8566/13
admit [1]  8572/1
Adobe [3]  8593/24
8600/4 8600/9
ads [96]  8507/10
8507/11 8507/17
8507/17 8507/17
8507/18 8507/20
8509/3 8509/4
8509/6 8509/6
8514/17 8519/10
8519/19 8521/22
8521/24 8530/22
8530/22 8530/24
8532/2 8532/8
8532/13 8532/14
8532/21 8535/5
8535/6 8535/17
8535/20 8536/5
8536/9 8536/16
8538/1 8541/20
8542/6 8542/8
8542/19 8542/23
8543/2 8543/5
8543/7 8543/7
8543/16 8543/20
8543/23 8544/3
8544/6 8544/7
8544/18 8544/19
8545/7 8545/9

8545/10 8545/12
8545/12 8545/13
8545/17 8545/21
8546/3 8546/3
8546/4 8546/15
8546/22 8547/4
8547/5 8547/6
8547/12 8547/19
8548/1 8550/7
8551/21 8555/1
8555/7 8555/8
8555/14 8555/15
8555/19 8558/3
8567/9 8569/17
8570/1 8574/1
8574/6 8574/7
8574/8 8581/21
8594/5 8594/5
8595/1 8595/1
8595/5 8596/2
8596/4 8596/12
8597/5 8597/5
8610/14
advantage [1]
8532/1
advantages [5]
8544/23 8556/7
8556/9 8556/10
8557/14
adverse [1]
8586/13
advertise [14]
8512/12 8521/7
8522/7 8525/3
8528/7 8534/18
8545/14 8545/15
8550/1 8589/7
8599/13 8611/16
advertisement [4]
8521/18 8521/19
8521/20 8541/11
advertiser [42]
8508/15 8519/21
8520/11 8525/1
8547/3 8549/20
8552/3 8556/12
8557/20 8568/18
8570/24 8571/1
8573/14 8573/21
8573/24 8574/17
8575/2 8576/2
8576/6 8576/15
8576/18 8578/14
8578/16 8578/17
8578/19 8578/25
8579/2 8579/6
8579/10 8579/13
8579/14 8579/16
8579/24 8579/25
8580/8 8580/9
8581/22 8585/6
8585/8 8586/17
8586/19 8587/21
advertisers [78]
8506/25 8507/20
8507/22 8510/18

8510/25 8511/8
8512/24 8513/9
8518/15 8536/11
8536/22 8536/25
8537/12 8537/18
8539/4 8539/10
8539/12 8539/15
8539/16 8546/20
8546/21 8561/5
8561/8 8564/22
8565/1 8568/21
8569/12 8570/17
8571/2 8571/16
8571/19 8571/24
8572/13 8572/19
8573/2 8573/9
8576/16 8576/23
8577/4 8577/10
8582/13 8582/17
8584/25 8585/3
8585/15 8585/17
8585/19 8586/1
8587/1 8587/12
8587/22 8587/23
8587/25 8587/25
8588/6 8588/11
8588/13 8588/18
8589/5 8589/7
8589/9 8589/23
8591/17 8591/19
8591/22 8592/5
8593/5 8594/6
8594/6 8596/20
8597/2 8597/4
8597/8 8597/19
8597/20 8601/9
8602/1 8602/2
advertising [71]
8508/8 8509/17
8509/17 8509/18
8509/20 8511/25
8512/10 8512/25
8514/18 8515/8
8516/17 8517/18
8517/19 8517/19
8517/20 8517/21
8518/1 8521/17
8521/18 8521/23
8524/3 8527/10
8527/20 8531/13
8531/24 8531/24
8532/18 8532/19
8532/19 8534/17
8537/3 8540/24
8546/6 8546/7
8548/17 8549/11
8549/12 8549/16
8549/23 8550/6
8550/24 8551/2
8551/9 8552/15
8552/22 8553/10
8553/17 8553/19
8553/22 8555/4
8555/24 8556/22
8556/22 8557/7
8557/8 8557/9
8558/5 8558/5

8558/7 8570/12
8585/24 8585/25
8589/11 8592/8
8593/23 8595/19
8599/20 8608/21
8611/22 8613/23
8614/15
advocate [1]
8607/20
affect [7]  8518/4
8518/22 8519/1
8545/11 8559/3
8560/23 8561/1
affecting [1]
8507/7
affects [1]
8586/17
afternoon [3]
8503/7 8562/24
8603/14
again [36]
8510/12 8511/21
8512/18 8514/16
8518/11 8525/1
8525/20 8531/2
8534/8 8534/14
8538/22 8542/19
8542/24 8547/3
8548/8 8553/9
8553/12 8557/16
8569/11 8570/15
8572/15 8575/12
8578/4 8579/22
8583/22 8592/9
8595/9 8596/5
8606/17 8614/18
8615/6 8620/10
8621/2 8621/17
8623/18 8628/19
against [3]
8550/7 8550/8
8618/4
agencies [5]
8509/17 8509/18
8510/24 8511/4
8511/7
agency [5]
8509/20 8510/17
8510/22 8510/23
8540/25
aggregate [7]
8620/1 8621/18
8621/19 8621/20
8621/22 8622/9
8622/10
aggregators [1]
8540/7
ago [1]  8597/22
agree [32]
8519/17 8519/18
8520/7 8521/1
8524/23 8526/14
8527/5 8527/6
8527/8 8529/1
8532/7 8534/8
8534/14 8534/20
8539/3 8545/1

**A**

agree... [16]
8546/1 8547/1
8552/22 8599/4
8601/11 8614/8
8616/10 8616/11
8617/23 8619/24
8620/17 8622/22
8622/23 8623/5
8624/22 8625/24
agreed [5]
8524/17 8524/24
8525/4 8572/24
8624/13
agreeing [3]
8527/17 8529/2
8535/7
agreement [1]
8550/4
agrees [2]  8539/2
8539/2
aha [1]  8527/20
ahead [9]  8553/3
8553/4 8553/4
8562/24 8567/19
8584/19 8600/17
8601/15 8603/15
AI [1]  8508/4
airlines [8]
8540/9 8540/10
8540/11 8605/20
8605/24 8624/12
8624/13 8624/16
Airlines-Jet [1]
8605/20
al [1]  8503/3
algorithms [1]
8578/19
alike [1]  8527/14
allegation [3]
8561/12 8598/8
8598/9
allegations [2]
8553/25 8592/16
alleged [5]
8552/3 8554/17
8556/9 8557/14
8614/9
allegedly [1]
8525/25
alliance [2]
8605/23 8605/25
allocate [1]
8511/17
allocation [1]
8514/7
allow [4]  8519/21
8541/14 8549/6
8594/1
allowing [2]
8556/12 8571/1
Allstate [2]
8540/1 8540/2
alluded [1]
8561/2
almost [6]
8532/18 8551/11

8567/20 8592/15
8595/3 8595/4
alone [1]  8577/21
along [6]  8515/8
8515/9 8536/14
8536/16 8539/10
8552/17
alternative [4]
8524/25 8525/3
8534/18 8589/22
alternatives [2]
8525/2 8564/24
although [6]
8508/21 8516/2
8520/9 8522/13
8600/13 8607/4
always [9]
8512/21 8540/14
8541/25 8546/9
8554/9 8583/5
8584/3 8591/5
8624/12
Amazon [66]
8523/25 8524/6
8524/12 8525/4
8525/23 8526/5
8526/6 8526/11
8526/20 8527/25
8528/5 8528/6
8528/12 8528/16
8529/9 8529/21
8530/6 8530/10
8531/9 8531/13
8531/21 8532/5
8532/7 8532/8
8532/11 8532/12
8532/13 8532/14
8534/11 8534/12
8534/13 8534/21
8535/9 8543/13
8543/14 8543/15
8543/15 8543/17
8543/25 8544/3
8544/14 8544/15
8544/16 8546/5
8550/3 8550/3
8550/5 8550/6
8550/17 8551/7
8551/7 8552/17
8584/3 8584/5
8594/1 8622/5
8622/7 8622/9
8622/10 8622/13
8622/14 8622/16
8622/18 8622/22
8622/24 8624/1
Amazon's [2]
8535/5 8544/4
AMERICA [1]
8503/3
American [7]
8540/9 8540/9
8540/11 8540/12
8605/20 8605/23
8624/18
Americas [2]
8503/23 8504/11

AMIT [1]  8503/10
among [4]  8531/3
8542/15 8602/5
8607/25
amount [4]
8535/10 8573/25
8596/20 8599/16
analysis [19]
8517/14 8517/15
8517/16 8517/17
8522/19 8530/21
8562/20 8570/9
8605/1 8606/21
8612/3 8612/5
8613/22 8613/23
8614/14 8614/24
8619/16 8619/18
8623/2
analyze [5]
8614/20 8619/14
8621/17 8622/17
8624/19
analyzed [1]
8605/3
analyzing [6]
8559/15 8586/7
8615/12 8615/13
8615/22 8615/23
antitrust [8]
8504/3 8589/21
8603/25 8605/21
8607/14 8608/4
8616/19 8619/14
anymore [1]
8590/3
app [1]  8542/21
appear [2]
8525/20 8525/21
APPEARANCES [2]
8503/12 8504/1
appears [1]
8599/19
apply [1]  8521/9
apps [2]  8512/12
8558/2
AQ [1]  8562/1
arbitrary [1]
8608/7
arguably [1]
8519/5
argue [2]  8527/12
8534/9
arguing [1]
8557/4
argument [13]
8527/17 8535/19
8557/13 8558/13
8558/14 8558/16
8558/17 8564/8
8586/18 8586/20
8586/22 8587/17
8599/8
arguments [2]
8556/17 8589/18
around [5]
8511/5 8512/7
8538/21 8553/24

8588/20
aside [3]  8547/20
8593/25 8603/7
assess [1]
8624/16
assignment [1]
8614/14
assumption [2]
8596/16 8597/1
assumptions [1]
8607/24
attempt [6]
8513/1 8561/13
8565/6 8571/15
8584/22 8625/16
attention [5]
8551/8 8558/11
8558/12 8559/1
8567/21
attract [1]
8588/13
attracted [1]
8572/19
attractive [15]
8514/5 8516/21
8517/10 8520/4
8521/6 8521/12
8555/11 8569/10
8591/17 8591/18
8591/21 8591/23
8592/1 8602/1
8609/18
auction [84]
8507/19 8546/25
8547/11 8559/25
8560/10 8562/1
8562/2 8562/15
8562/17 8564/7
8564/13 8564/15
8564/22 8565/4
8565/10 8565/11
8565/13 8565/20
8565/21 8565/23
8565/24 8566/10
8566/11 8567/11
8569/9 8569/10
8569/15 8572/16
8572/16 8572/17
8572/18 8572/19
8572/20 8572/21
8573/1 8573/12
8573/13 8573/16
8574/1 8574/22
8575/8 8575/8
8575/15 8575/16
8575/23 8576/5
8576/5 8576/17
8576/25 8577/1
8577/8 8577/15
8577/22 8578/18
8579/6 8579/7
8579/20 8580/12
8580/23 8580/24
8581/14 8581/19
8590/3 8590/14
8590/22 8591/3
8591/4 8591/8

8591/25 8592/19
8598/7 8598/10
8598/15 8598/19
8598/21 8599/1
8599/23 8600/1
8600/5 8600/7
8601/18 8601/24
8602/1 8602/9
auction's [1]
8573/20
auction-time [15]
8592/19 8598/7
8598/10 8598/15
8598/19 8598/21
8599/1 8599/23
8600/1 8600/5
8600/7 8601/18
8601/24 8602/1
8602/9
auctions [26]
8546/25 8547/2
8547/3 8549/24
8558/16 8561/3
8561/15 8562/11
8565/25 8569/16
8572/15 8573/11
8573/12 8573/15
8573/21 8576/19
8577/20 8582/22
8590/7 8590/8
8590/21 8590/25
8591/6 8591/9
8591/16 8598/2
audience [36]
8520/11 8520/15
8520/18 8522/11
8522/19 8523/10
8524/3 8524/12
8524/14 8524/23
8525/7 8526/2
8527/9 8527/19
8528/10 8528/18
8529/1 8529/20
8530/6 8530/11
8531/2 8531/6
8531/7 8532/1
8532/15 8532/17
8532/21 8534/7
8534/10 8534/19
8534/22 8535/6
8535/21 8536/24
8547/19 8548/4
audiences [6]
8519/9 8519/21
8521/5 8521/11
8531/17 8533/6
August [1]
8513/16
automated [1]
8511/12
Automatically [1]
8509/1
available [3]
8507/5 8517/9
8569/18
avenue [5]
8503/23 8504/8

**A**

avenue... [3]   8504/11 8504/24 8611/15
average [1]   8623/20
aware [2]   8510/23 8544/9
away [10]   8510/3 8517/5 8517/18 8517/21 8538/23 8546/10 8602/4 8617/21 8618/21 8619/2

**B**

back [31]   8506/2 8506/7 8507/16 8514/8 8515/21 8522/22 8527/13 8528/21 8528/21 8531/4 8532/5 8535/15 8537/19 8538/20 8545/18 8553/5 8553/25 8554/9 8558/13 8558/22 8563/18 8563/23 8567/8 8568/11 8568/11 8591/2 8592/16 8597/10 8627/24 8627/24 8628/18
background [1]   8507/19
bad [2]   8516/19 8587/2
Baker [4]   8594/12 8594/14 8599/2 8601/7
balance [1]   8584/23
ballpark [2]   8626/24 8627/1
Bankruptcy [1]   8504/24
banner [1]   8542/20
bar [10]   8517/15 8518/4 8523/20 8610/14 8618/17 8620/4 8620/6 8620/16 8625/9 8625/10
barely [1]   8583/5
barriers [5]   8556/5 8557/1 8557/4 8615/16 8616/3
based [16]   8534/7 8534/10 8535/6 8542/21 8543/23 8561/17 8565/4 8568/13 8575/3 8575/4 8577/17 8582/24 8590/11 8607/23 8610/14 8614/13

basic [7]   8517/24 8519/24 8537/6 8559/21 8559/22 8564/9 8570/5
basically [19]   8510/25 8513/8 8516/8 8517/16 8534/2 8553/1 8555/1 8556/8 8556/9 8556/13 8556/14 8561/19 8561/22 8568/16 8578/6 8579/17 8580/18 8585/3 8624/7
basis [1]   8590/20
basket [1]   8571/11
bearing [1]   8615/2
beat [3]   8579/13 8579/16 8580/8
beating [1]   8554/1
become [2]   8557/4 8569/10
beginning [1]   8586/5
behind [1]   8583/13
believable [1]   8622/14
believes [1]   8518/15
Belknap [1]   8503/22
BELLSHAW [1]   8503/16
belong [1]   8604/15
below [2]   8554/3 8554/11
BENCH [1]   8503/10
benchmark [1]   8554/19
benchmarks [1]   8601/4
beneficial [1]   8585/20
benefit [6]   8573/18 8573/19 8580/9 8585/16 8609/10 8609/11
benefits [1]   8606/21
Benefitting [1]   8585/19
best [10]   8509/1 8524/25 8525/3 8568/2 8573/15 8573/16 8575/23 8591/11 8594/24 8599/19
better [63]   8510/5 8524/12 8534/22 8537/3 8548/9 8548/10

8555/2 8555/19 8561/22 8562/2 8562/2 8562/3 8562/4 8562/7 8562/11 8562/11 8565/13 8565/18 8565/21 8566/11 8569/9 8569/16 8569/16 8569/17 8572/13 8572/13 8572/16 8572/16 8572/17 8572/18 8572/19 8572/21 8572/25 8573/8 8573/9 8573/20 8575/15 8575/22 8575/24 8577/10 8579/21 8579/25 8580/1 8580/3 8580/5 8580/6 8580/13 8580/14 8580/24 8581/4 8581/6 8581/8 8581/15 8581/19 8581/19 8582/6 8584/2 8584/5 8586/10 8587/11 8587/12 8589/21 8589/23
beyond [5]   8541/13 8550/15 8551/9 8615/5 8620/2
biases [1]   8583/24
bid [28]   8547/13 8561/18 8565/1 8565/2 8566/3 8566/5 8566/8 8572/18 8575/2 8575/6 8576/18 8576/25 8577/1 8578/16 8579/14 8579/15 8579/17 8590/4 8591/19 8591/23 8591/24 8593/23 8594/1 8594/4 8597/24 8598/2 8599/10 8600/7
bidder [3]   8565/12 8565/22 8584/7
bidders [4]   8564/15 8565/4 8569/10 8577/8
bidding [20]   8507/21 8547/6 8561/6 8561/10 8572/23 8592/19 8598/7 8598/10 8598/15 8598/20 8598/21 8599/1 8599/23 8600/1 8600/5 8600/8 8601/18 8601/24 8602/1 8602/9

bids [4]   8566/1 8578/19 8579/2 8594/25
big [11]   8516/4 8517/6 8517/6 8541/16 8542/12 8561/23 8565/10 8576/16 8594/4 8596/10 8601/19
bigger [3]   8530/6 8574/12 8586/9
biggest [2]   8613/5 8613/5
billboards [1]   8611/23
billion [7]   8550/15 8551/4 8551/11 8551/15 8551/17 8618/22 8623/7
billions [1]   8610/2
billionth [1]   8620/12
binder [1]   8612/6
Bing [98]   8509/6 8519/6 8522/11 8522/12 8523/14 8524/7 8524/8 8524/18 8525/4 8525/22 8525/25 8526/23 8526/25 8527/7 8527/9 8527/14 8528/10 8528/17 8528/17 8529/3 8529/7 8529/11 8529/15 8529/20 8530/1 8530/5 8532/15 8534/14 8534/17 8534/20 8535/4 8535/9 8548/5 8548/6 8556/10 8557/24 8558/4 8586/9 8586/18 8586/25 8587/7 8587/9 8587/22 8587/23 8587/24 8588/13 8589/8 8589/9 8589/11 8589/11 8589/16 8589/19 8589/21 8590/1 8590/2 8590/3 8590/4 8590/5 8590/12 8590/17 8590/19 8591/6 8591/7 8591/16 8591/18 8591/24 8591/25 8592/19 8592/21 8593/10 8595/1 8595/12 8595/15 8596/4 8596/12 8596/14 8597/19 8598/10 8598/16 8598/21 8599/1 8599/10

8599/11 8599/13 8599/17 8599/24 8599/25 8601/18 8601/19 8601/20 8601/23 8602/5 8602/6 8602/6 8602/10 8612/10 8612/20
Bing's [8]   8586/21 8587/6 8587/8 8587/21 8599/14 8601/10 8602/4 8602/8
bit [23]   8507/5 8512/15 8515/12 8517/8 8541/5 8550/2 8551/9 8553/2 8568/11 8569/3 8578/4 8579/18 8580/20 8580/21 8580/22 8582/2 8583/13 8617/19 8617/21 8618/20 8619/11 8619/13 8626/17
Blue [3]   8605/20 8605/24 8624/17
board [1]   8541/23
BofA [1]   8612/17
Booth [2]   8545/3 8545/4
borders [1]   8604/5
borrowed [1]   8625/5
both [24]   8523/14 8525/17 8526/7 8526/9 8526/19 8527/7 8528/2 8528/3 8528/13 8528/14 8528/17 8531/18 8533/16 8533/17 8533/17 8547/5 8547/13 8547/14 8591/14 8596/7 8597/20 8597/20 8597/21 8628/2
bottle [1]   8560/8
bottom [7]   8528/15 8536/13 8538/17 8540/14 8594/12 8601/2 8601/16
boundaries [3]   8604/13 8604/21 8605/19
boundary [1]   8604/7
bounds [1]   8604/5
box [1]   8619/10
boxes [2]   8547/20 8619/8
boycott [5]   8513/14 8514/20 8517/21 8518/6 8518/7

boycotted - Cleveland

**B**

boycotted [3]
8513/9 8513/10
8513/15
boycotts [1]
8513/11
brand [7]  8609/3
8609/7 8609/21
8609/22 8609/24
8611/13 8611/18
break [10]  8523/4
8523/5 8545/20
8562/24 8563/5
8603/15 8623/8
8624/14 8624/19
8628/8
briefly [1]
8556/16
bright [1]  8539/6
bring [2]  8577/8
8617/14
bringing [1]
8575/15
broader [2]
8508/21 8550/24
Broadway [1]
8504/4
brought [1]
8547/21
brown [1]  8521/20
browser [6]
8625/1 8625/9
8625/10 8625/20
8625/22 8625/24
browsers [1]
8624/22
bucket [3]
8592/24 8593/13
8593/19
buckets [2]
8592/22 8593/16
budget [14]
8508/4 8508/5
8508/16 8508/17
8509/1 8509/9
8509/24 8510/2
8510/16 8511/11
8511/25 8512/20
8514/7 8542/3
budgets [3]
8511/17 8511/22
8546/20
build [9]  8600/22
8605/6 8609/3
8609/6 8609/21
8609/22 8609/24
8611/13 8619/25
building [4]
8600/7 8610/3
8611/18 8611/21
built [2]  8603/6
8605/10
bullet [3]
8516/25 8517/4
8560/19
bullets [1]
8512/15

bumped [1]  8566/8
bunch [2]  8523/21
8532/25
business [8]
8510/4 8510/25
8544/4 8581/18
8598/18 8599/21
8613/24 8614/3
businesspeople [1]
8580/23
butternut [1]
8567/25
buy [12]  8507/18
8528/7 8536/12
8536/15 8537/2
8537/25 8541/17
8541/20 8542/19
8547/5 8571/20
8617/17
buyer [1]  8512/6
buying [4]  8512/4
8568/22 8571/12
8574/17

**C**

caffeine [2]
8563/7 8564/19
call [2]  8543/3
8582/3
called [20]
8508/1 8508/22
8508/25 8509/23
8511/14 8518/25
8522/24 8530/16
8548/3 8556/11
8558/9 8559/24
8561/11 8562/1
8567/9 8576/20
8584/20 8592/19
8593/24 8605/24
calling [1]
8586/21
callout [1]
8581/13
came [2]  8601/24
8619/15
campaign [5]
8507/25 8508/2
8508/3 8508/3
8509/8
campaigns [5]
8507/21 8507/23
8508/23 8508/25
8597/23
can [139]
can see [1]
8588/23
capture [6]
8568/21 8573/19
8600/18 8600/20
8600/23 8600/25
capturing [1]
8575/9
car [1]  8617/16
care [3]  8571/11
8588/12 8627/5
careful [2]
8518/5 8587/5

carefully [2]
8529/4 8560/21
case [28]  8522/3
8525/15 8529/19
8531/21 8532/5
8532/11 8532/14
8541/24 8543/15
8546/13 8551/16
8554/11 8557/21
8565/19 8576/13
8579/22 8579/23
8590/11 8593/8
8605/21 8605/23
8607/21 8608/10
8617/1 8624/12
8625/21 8626/4
8626/5
cases [10]
8538/20 8553/23
8555/10 8556/23
8561/10 8565/5
8574/11 8574/12
8596/7 8616/19
categories [2]
8623/23 8626/9
category [1]
8622/17
cause [2]  8562/12
8575/14
caused [2]  8554/3
8554/10
caution [1]
8584/18
CAVANAUGH [1]
8503/22
cellophane [14]
8515/20 8516/6
8516/7 8516/14
8524/20 8525/6
8525/8 8525/15
8525/16 8528/9
8528/19 8528/22
8529/6 8529/10
cent [1]  8583/1
cents [6]  8517/25
8518/1 8518/11
8579/5 8579/12
8580/7
certain [10]
8512/21 8514/12
8520/1 8520/3
8537/3 8545/13
8558/14 8558/14
8574/2 8574/2
certainly [3]
8509/16 8516/4
8519/17 8532/12
8539/6 8551/15
8560/2 8567/21
8610/1 8613/5
8613/20 8617/22
8620/18
certify [1]
8630/4
challenge [4]
8588/3 8588/3
8588/14 8588/17

chance [10]
8549/4 8578/20
8578/22 8579/1
8579/3 8579/12
8583/7 8583/12
8602/16 8603/9
change [18]
8516/5 8516/10
8541/8 8558/15
8559/12 8560/5
8560/5 8560/10
8560/15 8561/6
8561/10 8564/22
8565/1 8573/6
8590/5 8592/15
8602/7 8602/10
changed [2]
8550/5 8574/17
changes [9]
8557/12 8560/16
8560/16 8561/6
8561/7 8562/5
8567/11 8570/10
8576/1
channel [12]
8510/5 8510/16
8511/13 8511/18
8512/22 8514/19
8515/15 8517/8
8519/25 8520/2
8520/22 8520/22
ChannelMix [2]
8511/20 8511/21
channels [18]
8507/1 8508/5
8508/7 8509/10
8509/19 8509/25
8510/3 8510/4
8510/13 8511/18
8511/25 8512/2
8512/15 8519/6
8519/19 8520/4
8530/12 8541/13
characteristics
[2]  8519/8
8569/9
characterization
[1]  8607/17
characterize [2]
8606/13 8606/15
charge [1]
8574/10
chart [22]  8515/2
8517/15 8548/13
8548/15 8548/20
8548/23 8549/1
8549/10 8550/11
8553/6 8553/9
8553/18 8562/19
8563/14 8566/22
8568/7 8569/13
8569/20 8588/23
8596/16 8597/12
8598/12
charts [1]
8597/18
chase [3]  8601/13

8601/15 8602/12
cheap [1]  8577/2
check [4]  8518/13
8571/17 8577/19
8628/17
Chicago [1]
8503/20
choice [1]
8621/13
choose [3]
8542/12 8621/10
8625/10
chooses [1]
8570/24
Chrome [1]
8625/12
chunk [1]  8590/12
circle [9]
8530/16 8530/19
8533/22 8533/23
8534/6 8534/21
8534/24 8535/8
8590/17
citations [1]
8612/11
cite [5]  8612/9
8612/20 8613/7
8613/12 8613/15
cities [2]
8521/17 8521/22
City [4]  8521/19
8522/12 8524/9
8528/18
Civil [1]  8503/3
claim [10]  8544/6
8544/9 8556/14
8573/4 8587/20
8592/18 8592/23
8593/1 8593/9
8593/11
claimed [3]
8555/23 8567/22
8601/7
claiming [1]
8565/6
claims [2]
8550/20 8593/13
class [1]  8622/8
cleanest [2]
8514/10 8521/16
clear [19]
8508/14 8510/6
8512/19 8518/23
8527/22 8530/21
8531/2 8534/16
8544/22 8545/4
8555/5 8563/18
8574/9 8580/20
8613/1 8615/10
8618/9 8619/20
8620/1
clearest [2]
8514/1 8614/18
clearly [4]
8512/20 8526/4
8560/4 8567/16
Cleveland [6]

**C**

Cleveland... [6]
  8521/19 8521/24
  8522/12 8524/9
  8528/18 8533/16
click [40]
  8540/21 8541/19
  8542/17 8543/19
  8555/1 8555/3
  8555/5 8555/10
  8561/19 8561/21
  8561/21 8561/24
  8562/2 8562/3
  8562/4 8562/6
  8562/11 8562/13
  8565/12 8565/22
  8566/2 8566/6
  8566/7 8566/9
  8566/12 8569/15
  8569/17 8578/17
  8578/20 8578/22
  8579/1 8579/1
  8579/9 8579/12
  8579/16 8579/18
  8580/10 8580/13
  8580/19 8582/24
click-through [26]
  8555/1 8561/19
  8561/21 8561/21
  8561/24 8562/2
  8562/3 8562/4
  8562/6 8562/11
  8562/13 8565/12
  8566/2 8566/6
  8566/7 8566/9
  8566/12 8569/15
  8569/17 8579/9
  8579/16 8579/18
  8580/10 8580/13
  8580/19 8582/24
clicked [7]
  8543/20 8555/18
  8555/20 8565/15
  8570/6 8579/4
  8584/12
clicks [4]  8555/6
  8555/13 8569/24
  8581/17
clients [1]
  8509/18
close [17]
  8522/16 8522/23
  8523/10 8527/10
  8537/11 8537/14
  8539/6 8540/4
  8543/22 8543/22
  8545/1 8545/23
  8547/19 8583/2
  8583/9 8583/10
  8616/17
close-in-time [1]
  8523/10
closer [7]  8532/4
  8532/15 8534/3
  8534/5 8534/13
  8548/4 8576/9
closest [7]

8527/15 8527/21
8536/23 8537/1
8537/8 8537/17
8590/18
cluster [2]
  8545/19 8545/25
clusters [1]
  8546/12
CO [1]  8504/4
coffee [3]
  8543/18 8543/21
  8543/23
Coke [2]  8618/8
  8618/16
cold [1]  8541/9
collected [1]
  8556/1
college [4]
  8541/23 8542/1
  8542/4 8542/5
Colorado [3]
  8503/21 8504/2
  8504/3
COLUMBIA [2]
  8503/1 8620/14
combined [1]
  8565/24
coming [15]
  8515/8 8515/8
  8519/2 8533/1
  8549/1 8550/13
  8585/1 8585/2
  8595/1 8596/4
  8596/5 8596/6
  8597/14 8599/14
  8627/18
comment [3]
  8546/23 8558/19
  8563/24
comments [1]
  8568/9
commercial [4]
  8545/14 8609/14
  8610/11 8610/18
commission [1]
  8526/5
commitments [1]
  8603/9
Common [1]  8527/7
Common-sense [1]
  8527/7
Commonly [1]
  8537/8
companies [5]
  8600/10 8600/14
  8609/24 8610/1
  8611/22
company [4]
  8510/8 8510/11
  8511/10 8511/14
company's [1]
  8600/6
compare [1]
  8598/24
compared [1]
  8571/8
comparison [2]

8554/19 8600/3
compensate [2]
  8538/8 8547/23
compete [23]
  8510/24 8526/8
  8528/1 8551/12
  8573/1 8586/24
  8587/2 8588/14
  8590/9 8602/4
  8602/7 8618/4
  8618/10 8618/18
  8618/24 8618/25
  8620/8 8620/15
  8622/19 8622/21
  8622/25 8624/18
  8626/9
competes [1]
  8619/12
competing [9]
  8552/7 8589/12
  8589/16 8590/10
  8592/21 8600/15
  8624/2 8624/8
  8624/16
competition [47]
  8528/6 8546/10
  8550/21 8556/23
  8556/25 8557/11
  8557/23 8565/3
  8572/25 8573/2
  8573/23 8577/4
  8577/13 8585/25
  8586/10 8586/14
  8586/23 8587/2
  8587/11 8589/19
  8589/22 8590/6
  8590/16 8593/2
  8593/4 8593/17
  8593/19 8594/11
  8595/9 8599/3
  8602/3 8605/9
  8613/19 8613/21
  8614/10 8614/17
  8615/24 8617/17
  8619/9 8620/25
  8621/7 8621/14
  8621/15 8621/16
  8621/25 8622/2
  8622/11
competitive [23]
  8546/10 8557/25
  8586/6 8586/10
  8588/2 8590/15
  8590/21 8613/22
  8614/14 8614/20
  8614/24 8615/13
  8616/8 8616/11
  8616/14 8616/16
  8616/17 8622/5
  8622/7 8622/13
  8623/19 8623/23
  8624/5
competitively [1]
  8619/6
competitor [10]
  8542/4 8550/4
  8557/7 8557/9

8565/2 8587/11
8588/16 8596/8
8622/16 8624/3
competitors [17]
  8546/13 8547/19
  8551/20 8552/3
  8590/18 8604/6
  8604/14 8604/15
  8604/22 8605/18
  8606/2 8620/2
  8623/9 8623/21
  8624/9 8624/10
  8624/20
complete [3]
  8559/8 8604/19
  8613/6
completeness [1]
  8554/5
complex [1]
  8536/3
complicated [2]
  8537/7 8577/25
Comscore [3]
  8530/2 8530/3
  8530/10
concentrated [1]
  8606/4
concepts [3]
  8506/12 8608/4
  8617/7
concern [3]
  8545/19 8546/9
  8628/19
conclude [2]
  8617/17 8626/16
conclusion [6]
  8507/8 8528/8
  8545/22 8552/4
  8599/4 8601/11
conditions [4]
  8546/10 8586/12
  8623/19 8624/5
conduct [7]
  8525/24 8554/17
  8554/17 8601/8
  8613/17 8614/9
  8614/17
confirming [1]
  8538/10
conflict [1]
  8620/21
connect [1]
  8544/13
connected [1]
  8510/1
connection [2]
  8568/1 8568/6
Connolly [1]
  8504/8
consensus [2]
  8538/16 8540/17
consider [1]
  8549/6
considered [2]
  8550/19 8574/2
considering [1]
  8509/9

consistent [6]
  8520/10 8540/16
  8568/4 8573/7
  8583/22 8611/4
consistently [1]
  8585/5
constantly [1]
  8564/23
Constitution [1]
  8504/24
constraining [2]
  8550/21 8621/2
constraint [3]
  8622/5 8622/7
  8622/13
constraints [1]
  8616/17
consumer [7]
  8535/16 8538/11
  8539/11 8541/1
  8571/8 8571/10
  8621/13
consumers [8]
  8520/3 8536/4
  8538/19 8539/10
  8571/12 8608/23
  8608/25 8621/10
consumers' [1]
  8519/8
consuming [1]
  8600/8
CONT [1]  8504/1
contains [1]
  8605/16
contaminated [1]
  8606/22
contend [1]
  8621/2
content [1]
  8542/16
context [4]
  8542/21 8559/23
  8572/15 8614/22
contextual [1]
  8543/3
continue [1]
  8581/22
Continued [2]
  8505/4 8506/4
continues [2]
  8599/15 8599/25
contours [1]
  8604/19
contradict [1]
  8528/11
contribution [1]
  8511/18
control [13]
  8518/5 8518/9
  8556/15 8558/17
  8558/21 8559/3
  8559/8 8559/14
  8560/11 8563/10
  8564/12 8564/16
  8570/18
controlled [1]
  8514/9

**C**

controlling [3]
8517/22 8518/12
8569/7
controversial [1]
8539/3
conversations [2]
8607/3 8607/5
conversion [7]
8537/21 8537/22
8539/11 8540/11
8540/12 8542/10
8547/22
convert [1]
8538/2
converting [1]
8585/4
convince [1]
8536/14
coordination [1]
8606/2
copying [1]
8550/9
corporation [2]
8618/10 8618/23
corporations [3]
8618/4 8618/25
8619/3
cost [4]  8508/8
8574/14 8600/6
8608/25
counsel [1]
8626/19
couple [7]
8509/20 8553/5
8554/5 8554/7
8554/25 8567/5
8588/19
course [5]
8559/15 8602/18
8606/10 8608/17
8621/23
court [45]  8503/1
8504/23 8504/23
8506/12 8519/15
8549/5 8549/9
8551/24 8552/20
8556/3 8563/15
8567/3 8569/4
8588/21 8592/13
8598/5 8598/15
8602/20 8602/24
8603/10 8604/18
8606/5 8606/15
8606/17 8606/20
8606/24 8606/25
8607/8 8607/14
8607/19 8607/23
8608/1 8608/6
8608/9 8608/19
8612/14 8615/12
8616/1 8617/6
8617/20 8620/13
8623/24 8626/15
8627/13 8630/3
Court's [1]
8602/24

Courts [1]
8504/24
cover [6]  8592/10
8626/4 8626/5
8626/10 8626/12
8626/12
covered [4]
8551/20 8564/2
8574/7 8627/12
COVID [3]  8517/22
8554/8 8554/10
CPA [1]  8508/7
CPC [5]  8566/8
8566/13 8580/21
8581/17 8584/20
CPCs [1]  8585/1
CPS [1]  8504/3
CPS/Antitrust [1]
8504/3
crack [3]  8610/25
8611/3 8626/13
crawl [1]  8610/1
crawling [3]
8609/25 8610/3
8611/21
create [8]
8562/13 8562/15
8573/22 8576/5
8580/6 8580/14
8581/24 8620/18
created [1]
8536/25
creates [5]
8528/13 8539/7
8577/12 8581/19
8583/6
creating [2]
8581/22 8609/25
credible [2]
8607/9 8607/11
credit [1]
8535/18
criminal [1]
8603/13
critically [1]
8571/1
cross [4]  8505/5
8511/13 8603/21
8627/1
cross-channel [1]
8511/13
cross-examination
[3]  8505/5
8603/21 8627/1
crossed [1]
8554/9
crush [1]  8580/15
crush the [1]
8580/15
cryptic [1]
8569/4
current [6]
8524/19 8525/4
8529/9 8536/2
8586/13 8627/17
customer's [1]
8544/20

customers [5]
8536/23 8536/24
8547/25 8548/11
8588/7
cut [3]  8601/13
8601/15 8602/12
cv [1]  8503/4

**D**

DAHLQUIST [1]
8503/18
dashed [2]  8515/7
8601/23
data [33]  8512/8
8513/3 8513/7
8513/12 8515/3
8515/6 8518/3
8522/22 8522/25
8524/21 8525/19
8529/16 8529/24
8529/25 8530/2
8530/2 8530/10
8544/2 8548/16
8548/17 8548/18
8548/21 8550/25
8551/1 8551/14
8569/19 8587/3
8587/6 8587/14
8594/20 8601/21
8603/3 8613/14
DATE [1]  8630/10
DAVID [1]  8503/18
day [5]  8503/7
8610/8 8616/24
8626/16 8627/24
days [3]  8536/11
8540/17 8545/8
DC [5]  8503/5
8503/15 8503/17
8504/9 8504/25
deal [6]  8560/22
8566/19 8581/5
8582/7 8603/6
8619/6
dealing [1]
8562/16
dear [1]  8541/7
decide [1]
8622/10
decision [2]
8602/3 8604/24
decisions [4]
8512/5 8598/18
8599/22 8600/1
deck [3]  8586/25
8584/19 8612/7
declined [1]
8549/16
declining [1]
8549/15
decrease [4]
8513/18 8513/19
8513/19 8513/23
deeper [2]  8506/9
8550/22
default [11]
8590/13 8624/22
8625/11 8625/13

8625/14 8625/17
8625/19 8625/21
8625/23 8625/24
8626/1
defaults [1]
8586/7
Defendant [2]
8503/7 8504/7
defendant's [4]
8606/10 8606/12
8606/16 8606/16
defendants [1]
8606/23
defense [2]
8603/4 8607/19
define [4]
8546/10 8556/21
8623/14 8624/13
defined [7]
8523/3 8552/14
8594/15 8594/16
8604/2 8604/13
8622/17
defining [1]
8556/21
definitely [7]
8508/20 8510/19
8543/21 8570/3
8570/18 8597/7
8607/16
definition [1]
8521/21 8535/4
8586/4 8615/1
8615/11 8616/11
8616/13 8616/18
8621/3 8623/15
8623/22
definitions [1]
8621/23
degree [6]  8519/9
8519/10 8522/1
8535/17 8535/20
8616/8
delivering [1]
8545/7
demand [5]  8507/2
8560/16 8573/9
8621/8 8621/9
demanded [1]
8511/24
demeanor [1]
8607/20
demonstrated [1]
8608/3
demonstrative [1]
8549/1
denominator [2]
8595/22 8601/22
Denver [1]  8504/4
Department [5]
8503/14 8503/16
8503/19 8504/3
8620/8
depend [1]  8616/8
depended [1]
8582/16
depends [4]

8575/13 8579/9
8582/12 8582/12
depicted [4]
8520/25 8541/10
8543/12 8572/8
deposition [5]
8544/17 8617/12
8617/15 8618/3
8618/12
Depot [1]  8545/3
describe [9]
8506/12 8507/8
8556/3 8567/3
8569/4 8586/2
8592/13 8611/20
8624/6
described [15]
8509/14 8515/18
8533/24 8533/25
8556/7 8557/1
8557/3 8562/14
8596/21 8604/6
8604/7 8605/12
8605/17 8605/19
8617/6
describes [1]
8581/14
describing [4]
8508/15 8538/21
8583/25 8614/23
description [3]
8507/14 8510/6
8619/24
designed [5]
8568/20 8570/25
8571/24 8580/11
8606/23
designed to [1]
8580/11
desktop [4]
8529/18 8529/20
8530/7 8530/11
detail [3]  8537/5
8559/22 8576/9
determine [1]
8564/16
determined [1]
8565/3
determines [3]
8535/21 8591/21
8591/23
determining [1]
8615/24
develop [1]
8506/16
developing [1]
8598/21
development [2]
8507/24 8600/5
difference [3]
8509/2 8537/18
8537/23
different [52]
8512/14 8518/15
8520/16 8520/17
8520/19 8521/17
8521/22 8521/22

**D**

different... [44]
8522/14 8524/10
8524/11 8528/3
8528/4 8528/16
8529/15 8529/24
8531/16 8532/17
8532/22 8533/7
8533/13 8533/13
8533/25 8536/5
8536/9 8536/9
8537/14 8546/11
8546/25 8547/3
8567/5 8590/6
8590/7 8590/7
8590/13 8590/14
8590/23 8591/19
8592/5 8599/22
8600/1 8610/13
8622/1 8622/3
8623/20 8623/20
8624/5 8624/7
8624/9 8624/10
8624/15 8624/16
differentiate [1]
8600/17
differently [7]
8533/5 8537/19
8545/12 8576/20
8593/9 8598/23
8604/12
dig [2]    8519/2
8559/6
digital [10]
8511/12 8516/18
8516/19 8516/20
8522/3 8549/12
8549/16 8553/10
8585/23 8585/25
digitally [1]
8534/18
dimension [4]
8522/15 8524/23
8534/14 8545/4
DINTZER [4]
8503/13 8505/5
8603/20 8626/24
direct [7]    8505/4
8506/4 8540/1
8552/9 8552/11
8552/21 8553/1
direction [1]
8529/6
directly [6]
8560/17 8564/11
8578/7 8594/5
8594/5 8597/6
disadvantage [1]
8601/19
disagree [2]
8527/23 8592/22
disagreed [2]
8607/17 8608/1
Dischler [1]
8583/18
discount [4]
8561/22 8562/6

8562/13 8565/17
discovery [1]
8583/14
discuss [2]
8612/24 8616/10
discussed [3]
8556/11 8598/14
8608/17
discusses [1]
8613/9
discussing [2]
8608/18 8626/8
discussion [7]
8527/24 8554/18
8559/24 8560/12
8564/6 8574/5
8574/24
discussions [2]
8560/20 8566/15
display [35]
8508/3 8508/10
8509/4 8509/4
8509/25 8512/16
8514/3 8514/6
8514/14 8514/18
8515/13 8515/16
8516/23 8517/9
8517/11 8536/7
8537/9 8537/22
8538/1 8538/7
8539/25 8540/6
8540/12 8540/13
8542/20 8542/23
8543/2 8543/3
8543/4 8543/4
8543/7 8543/10
8546/3 8546/4
8548/1
dispute [2]
8543/14 8603/24
distant [1]
8516/9
distinct [2]
8544/7 8547/2
distinction [2]
8611/2 8614/13
DISTRICT [6]
8503/1 8503/1
8503/11 8504/24
8620/13 8620/14
dive [4]    8550/22
8559/22 8561/2
8587/16
diverts [1]
8516/12
dividing [2]
8555/8 8580/4
Doctor [1]
8604/18
document [13]
8515/6 8516/1
8539/23 8540/3
8568/14 8581/12
8584/14 8589/8
8612/10 8612/16
8612/17 8613/7
8613/9

documents [29]
8509/20 8512/3
8514/2 8537/13
8539/12 8539/14
8539/17 8540/15
8560/13 8560/20
8560/21 8561/25
8562/9 8562/14
8564/11 8566/16
8568/14 8571/13
8581/13 8611/12
8611/19 8612/11
8612/19 8612/20
8613/7 8613/14
8613/24 8614/4
8614/6
DOJ [6]    8503/13
8531/12 8532/8
8620/6 8624/12
8628/25
dollar [3]
8517/18 8517/25
8518/10
dollars [8]
8588/1 8588/3
8591/14 8591/22
8598/1 8602/4
8602/7 8610/3
domestic [1]
8606/3
dominant [1]
8596/8
done [24]    8506/22
8512/8 8513/6
8514/24 8519/1
8522/18 8525/17
8530/13 8531/22
8540/19 8543/1
8543/11 8554/13
8559/15 8592/15
8593/8 8598/22
8605/1 8605/10
8605/14 8610/16
8610/20 8612/5
8628/11
down [35]    8516/13
8516/16 8523/2
8529/14 8529/19
8530/8 8536/13
8540/18 8548/3
8559/4 8559/16
8561/13 8562/12
8562/18 8565/7
8565/21 8566/14
8566/14 8566/18
8567/16 8567/22
8578/10 8579/17
8580/16 8581/1
8581/7 8582/6
8582/14 8585/9
8585/18 8602/20
8623/8 8624/14
8624/19 8626/18
downs [2]    8567/12
8567/14
Dr. [28]    8506/7
8508/12 8510/17

8518/14 8538/19
8546/16 8548/20
8549/9 8550/18
8554/21 8563/5
8563/9 8572/4
8582/8 8586/2
8592/8 8601/7
8602/12 8603/9
8603/24 8606/21
8608/3 8608/10
8626/17 8626/22
8627/16 8628/8
8628/21
Dr. Israel [21]
8506/7 8510/17
8518/14 8548/20
8549/9 8550/18
8554/21 8563/5
8563/9 8572/4
8582/8 8586/2
8592/8 8601/7
8602/12 8603/9
8603/24 8608/3
8626/17 8626/22
8627/16
Dr. Israel's [4]
8606/21 8608/10
8628/8 8628/21
Dr. Jerath [1]
8538/19
Dr. Raghavan [1]
8508/12
Dr. Raghavan's [1]
8546/16
dramatically [1]
8550/9
drawing [2]
8540/25 8614/13
draws [2]    8540/11
8540/25
drive [5]    8562/17
8566/18 8573/4
8578/9 8580/16
driven [4]
8525/24 8526/3
8549/17 8572/25
driver [2]
8542/13 8542/15
drives [3]    8529/1
8564/20 8573/5
driving [2]
8520/11 8581/7
DuckDuckGo [4]
8523/14 8529/7
8530/9 8530/9
during [5]
8514/12 8517/21
8523/7 8554/8
8563/15
DX1228 [1]
8548/19
DX3243 [1]
8548/24
dynamics [2]
8511/15 8583/24

**E**

earlier [14]

8506/14 8507/17
8526/4 8527/13
8527/25 8534/2
8563/19 8579/8
8589/17 8590/6
8590/9 8596/21
8597/18 8607/4
earliest [1]
8628/11
early [8]    8513/8
8513/9 8525/13
8530/15 8532/6
8532/9 8533/3
8627/19
easier [2]    8557/6
8596/18
econometrics [1]
8513/5
economic [4]
8519/19 8520/10
8525/18 8533/24
economics [1]
8524/22
effect [13]
8562/14 8566/13
8572/22 8574/20
8575/8 8580/6
8580/20 8581/9
8582/4 8585/4
8585/17 8591/15
8592/3
effective [4]
8511/1 8520/18
8538/2 8541/14
effectively [12]
8508/5 8513/17
8514/17 8517/6
8519/10 8535/17
8556/6 8565/17
8586/18 8592/21
8611/13 8623/20
effects [8]
8576/4 8584/23
8586/6 8613/23
8614/14 8614/20
8614/24 8615/13
efficient [4]
8510/16 8580/18
8591/10 8592/3
efficiently [1]
8611/14
either [5]    8528/6
8571/21 8577/7
8603/2 8613/1
eliminated [1]
8513/22
else [12]    8516/15
8522/8 8523/11
8524/20 8530/5
8562/5 8574/15
8585/14 8593/12
8605/3 8619/13
8628/24
else's [1]
8533/14
eMarketer [8]
8548/16 8548/16

**E**

eMarketer... [6]
8548/18 8550/25
8551/14 8553/9
8553/15 8553/15
embarrassing [1]
8541/15
emphasis [5]
8542/24 8568/15
8568/22 8571/23
8572/2
emphasized [2]
8545/17 8546/8
emphatically [1]
8608/6
empirical [11]
8506/19 8506/21
8507/4 8513/2
8513/25 8514/9
8514/24 8517/12
8522/18 8522/19
8587/3
empirically [1]
8569/6
employees [1]
8627/21
encourage [2]
8609/16 8609/18
end [5]  8569/21
8569/21 8571/6
8581/7 8592/8
engage [1]
8542/16
engine [10]
8509/24 8594/3
8613/5 8625/11
8625/13 8625/19
8625/22 8625/25
8626/2 8626/5
engines [6]
8523/15 8531/8
8531/9 8590/23
8615/20 8626/8
enhanced [1]
8589/23
enjoys [1]
8557/14
enormous [3]
8523/25 8549/19
8609/25
enough [8]
8513/21 8566/5
8579/13 8579/14
8583/10 8622/9
8623/8 8624/19
ensure [1]
8510/16
enter [3]  8557/6
8557/7 8617/11
entered [1]
8557/10
entirely [3]
8533/13 8557/12
8580/11
entitled [2]
8608/10 8630/5
entity [1]  8619/8

entry [6]  8556/5
8557/11 8557/4
8557/12 8615/16
8616/3
equal [3]  8551/5
8590/23 8623/24
equalize [1]
8539/8
equally [1]
8536/25
equate [1]  8538/4
equivalent [2]
8513/21 8585/4
especially [8]
8539/8 8547/20
8550/2 8552/18
8553/12 8558/5
8572/6 8591/21
establish [1]
8515/21
establishes [1]
8552/21
estimate [2]
8627/13 8628/16
et [1]  8503/3
evaluate [2]
8549/5 8601/2
evaluates [1]
8611/13
evaluating [1]
8574/3
even [29]  8516/6
8521/19 8521/24
8524/24 8529/6
8533/10 8535/21
8538/1 8545/4
8553/24 8558/19
8559/2 8559/11
8560/3 8561/12
8570/16 8571/9
8573/21 8576/20
8582/15 8583/4
8597/23 8597/25
8600/9 8601/25
8602/7 8602/10
8614/1 8622/19
evening [3]
8628/5 8628/17
8628/23
everybody [5]
8506/2 8516/15
8562/5 8575/13
8629/3
everyone [6]
8530/5 8562/25
8593/12 8598/19
8603/17 8629/4
everywhere [1]
8624/18
evidence [35]
8506/15 8506/17
8506/21 8507/5
8511/23 8512/23
8522/18 8538/10
8541/13 8544/11
8544/15 8548/19
8550/18 8552/5

8552/6 8552/9
8552/11 8552/12
8552/21 8553/1
8554/15 8557/9
8557/19 8558/21
8575/25 8587/4
8587/7 8589/18
8589/25 8590/11
8590/15 8593/7
8593/14 8593/17
8599/8
exact [2]  8567/24
8604/13
exactly [10]
8516/3 8521/19
8523/9 8544/23
8561/18 8566/3
8578/21 8581/13
8610/6 8612/3
examination [5]
8505/4 8505/5
8506/4 8603/21
8627/1
example [32]
8510/14 8511/10
8513/7 8513/14
8515/20 8519/6
8521/2 8521/14
8521/16 8526/20
8539/23 8540/1
8541/14 8541/21
8541/22 8541/25
8542/9 8543/16
8551/13 8566/4
8574/9 8574/16
8575/4 8575/12
8576/3 8576/15
8578/5 8578/13
8582/1 8584/3
8624/11 8628/6
examples [3]
8550/23 8550/24
8551/19
exceed [1]
8554/13
except [2]
8554/13 8627/4
excess [1]
8584/20
exclusionary [3]
8613/18 8614/10
8614/17
excuse [1]
8531/17
executives [1]
8607/3
exhibit [1]
8549/2
EXHIBITS [1]
8505/12
existed [1]
8518/6
expand [1]
8601/10
expansion [1]
8549/19
expect [3]

8528/16 8545/8
8601/19
expectations [1]
8554/14
expected [2]
8554/4 8554/11
Expedia [3]
8528/1 8546/6
8624/1
expensive [2]
8537/24 8600/8
experience [3]
8510/24 8584/2
8610/13
experiment [1]
8561/8
experimenting [2]
8561/9 8564/23
expert [3]
8606/10 8606/12
8606/16
experts [4]
8513/5 8606/11
8606/14 8607/19
explain [11]
8518/17 8519/3
8519/11 8519/15
8525/11 8529/16
8552/25 8582/21
8588/20 8598/5
8599/6
explanation [2]
8583/23 8599/19
explicitly [9]
8508/2 8508/10
8509/5 8509/9
8540/10 8544/3
8568/20 8571/16
8571/19
explore [1]
8584/10
explosion [1]
8552/18
explosive [2]
8552/16 8553/5
exponential [2]
8551/10 8553/12
exponentially [1]
8551/3
expressed [1]
8575/10
extend [2]
8530/25 8531/1
extensions [1]
8588/22
extent [4]
8557/18 8613/21
8616/1 8618/18
extraordinarily
[1]  8588/5
extreme [2]
8522/13 8524/9
extremely [1]
8620/10

**F**

face [4]  8528/1
8570/24 8577/4

8586/23
Facebook [43]
8509/7 8513/10
8513/15 8513/16
8513/18 8513/19
8513/22 8514/18
8516/5 8516/11
8516/14 8516/16
8517/18 8517/20
8517/20 8518/1
8518/10 8525/3
8525/24 8526/22
8529/9 8529/22
8530/7 8530/11
8531/10 8531/14
8531/21 8531/21
8531/22 8531/24
8532/1 8532/2
8532/3 8532/16
8532/18 8534/11
8534/11 8534/13
8534/21 8535/9
8549/22 8594/1
8597/24
Facebook's [1]
8535/5
faces [5]  8593/2
8593/4 8593/16
8595/9 8617/23
facilitate [1]
8553/8
fact [22]  8519/5
8521/8 8525/21
8525/21 8525/24
8525/24 8531/17
8552/15 8564/14
8571/2 8576/24
8579/18 8609/24
8610/24 8620/17
8623/13 8627/19
8627/21 8627/25
8628/6 8628/9
8628/20
factor [6]
8519/14 8519/16
8519/17 8520/7
8520/9 8613/21
factors [14]
8507/7 8507/9
8518/22 8518/25
8519/3 8519/7
8519/11 8519/12
8520/13 8521/21
8555/22 8556/5
8556/6 8616/6
facts [3]  8593/11
8599/18 8599/18
failed [1]  8535/3
failure [1]
8585/25
fair [7]  8507/5
8535/10 8570/11
8573/25 8583/11
8600/3 8627/10
fairly [4]
8541/16 8548/20
8558/10 8560/8

**F**

fall [4]    8513/8
  8513/9 8554/3
  8554/11
fallacy [4]
  8515/20 8525/15
  8525/16 8528/9
falling [1]
  8584/15
falls [2]    8580/1
  8580/7
false [1]    8607/24
far [11]    8512/20
  8524/21 8532/1
  8538/23 8549/18
  8550/12 8553/25
  8563/23 8564/4
  8603/6 8620/1
Fargo [1]    8539/23
faster [1]    8570/7
fastest [1]
  8507/25
fault [1]    8535/1
fear [1]    8583/6
feature [2]
  8508/1 8565/11
featured [1]
  8510/9
features [4]
  8592/18 8594/7
  8594/8 8599/21
fed [1]    8575/17
few [6]    8523/13
  8523/13 8523/17
  8539/14 8564/5
  8568/3
fewer [3]    8587/22
  8587/23 8590/24
Fifth [1]    8503/17
figure [8]
  8576/16 8580/3
  8582/23 8584/4
  8616/13 8616/16
  8627/14 8628/5
figures [1]
  8508/16
figuring [1]
  8623/3
fill [1]    8626/2
filling [1]
  8544/24
final [4]    8546/15
  8582/2 8585/23
  8593/12
finally [1]
  8608/9
financial [2]
  8546/6 8546/7
find [37]    8513/1
  8513/2 8514/5
  8516/9 8520/1
  8520/22 8522/8
  8523/11 8524/5
  8524/6 8524/12
  8525/25 8526/10
  8526/10 8526/11
  8526/12 8526/19

8526/24 8527/19
8528/3 8529/21
8529/21 8529/22
8529/22 8530/5
8530/10 8531/7
8531/9 8539/12
8541/25 8542/2
8573/16 8587/14
8591/11 8609/18
8614/7 8623/6
finding [2]
  8518/10 8573/23
finds [3]    8599/21
  8608/9 8616/1
fine [2]    8589/1
  8613/1
finish [4]
  8602/21 8603/1
  8627/15 8628/10
firm [6]    8565/19
  8566/17 8581/3
  8587/10 8588/2
  8588/3
firm that [1]
  8565/19
firms [11]    8511/6
  8559/7 8559/9
  8560/3 8560/3
  8560/6 8562/10
  8564/17 8582/4
  8609/8 8624/7
first [42]
  8506/18 8506/22
  8517/25 8528/8
  8529/16 8533/10
  8535/20 8537/18
  8552/4 8558/19
  8559/5 8564/21
  8566/6 8567/6
  8567/11 8568/13
  8572/8 8574/4
  8574/24 8574/25
  8577/6 8578/11
  8583/13 8586/3
  8586/17 8587/18
  8587/20 8588/22
  8589/16 8592/24
  8593/3 8593/19
  8594/2 8594/8
  8597/4 8597/8
  8602/25 8618/6
  8618/12 8623/10
  8628/18 8628/20
fit [1]    8565/12
five [2]    8523/4
  8593/13
five-minute [1]
  8523/4
fixes [1]    8571/3
F1 [1]    8504/11
flexibility [3]
  8627/25 8628/3
  8628/10
flip [2]    8578/2
  8584/1
Floor [1]    8504/4
flowed [1]

8514/18
fluid [1]    8512/22
flyers [1]
  8611/23
focus [10]
  8546/18 8547/10
  8550/5 8558/2
  8558/24 8567/6
  8568/10 8573/3
  8574/23 8589/19
focused [5]
  8518/25 8519/7
  8537/20 8557/22
  8621/3
focusing [2]
  8559/10 8587/20
folks [2]    8537/4
  8627/18
follow [1]    8535/3
footnote [1]
  8607/10
For Plaintiffs [1]
  8503/21
force [1]    8520/11
foreclose [3]
  8599/3 8599/11
  8623/15
foreclosed [1]
  8592/21
foreclosure [5]
  8592/25 8593/11
  8593/15 8593/17
  8598/11
foregoing [1]
  8630/4
forget [2]
  8535/11 8578/11
form [5]    8507/25
  8517/16 8544/15
  8578/24 8614/7
formal [1]    8617/7
format [2]    8574/5
  8574/12
formats [7]
  8506/16 8507/10
  8518/16 8522/5
  8574/6 8574/7
  8574/16
formed [1]
  8592/11
forms [4]    8506/17
  8512/24 8541/13
  8548/7
forth [1]    8562/19
found [15]
  8512/23 8515/17
  8517/9 8523/8
  8523/11 8523/18
  8529/8 8529/8
  8543/18 8544/11
  8585/10 8588/21
  8606/4 8607/7
  8607/19
four [7]    8526/1
  8528/22 8549/13
  8558/8 8593/13
  8598/20 8600/12

fraction [1]
  8600/6
free [2]    8608/21
  8608/24
freely [2]
  8546/21 8547/9
friends [1]
  8627/5
from native [1]
  8596/5
fulfill [2]
  8544/20 8544/21
full [4]    8540/2
  8577/8 8579/14
  8585/10
fullness [1]
  8556/25
fully [2]    8559/14
  8598/19
function [2]
  8511/8 8517/19
functionality [1]
  8599/12
fundamental [3]
  8528/23 8565/9
  8591/13
fundamentally [1]
  8599/9
funnel [21]
  8532/23 8536/1
  8536/2 8536/14
  8536/18 8536/19
  8537/7 8538/16
  8538/18 8539/17
  8539/19 8539/20
  8539/21 8539/22
  8539/24 8539/25
  8540/2 8540/11
  8540/13 8540/18
  8548/3
further [2]
  8559/18 8602/13

**G**

gave [6]    8521/2
  8526/20 8586/12
  8618/14 8618/15
  8621/3
gears [1]    8544/5
general [28]
  8507/11 8523/14
  8530/23 8530/24
  8530/25 8531/8
  8531/9 8551/24
  8553/22 8576/13
  8581/5 8590/23
  8603/24 8613/13
  8615/15 8615/18
  8615/19 8616/1
  8616/4 8617/8
  8617/15 8618/8
  8623/16 8624/24
  8625/11 8625/25
  8626/5 8626/8
generally [10]
  8507/20 8514/8
  8516/1 8516/3
  8521/10 8538/4

8548/4 8573/8
8575/19 8591/9
generate [1]
  8512/7
generates [1]
  8596/14
generating [1]
  8599/16
gets [16]    8519/25
  8539/19 8540/5
  8561/22 8561/22
  8562/6 8566/2
  8575/24 8580/9
  8581/6 8582/6
  8587/21 8591/25
  8622/18 8622/21
  8622/24
gingerly [1]
  8603/8
girth [1]    8603/3
given [12]
  8515/16 8516/12
  8536/15 8542/25
  8547/6 8568/23
  8572/2 8591/23
  8594/18 8603/3
  8603/5 8605/9
gives [3]    8565/17
  8579/12 8610/25
giving [4]    8576/1
  8578/24 8583/23
  8627/13
glass [1]    8617/16
glasses [1]
  8617/11
glean [1]    8515/1
global [1]
  8551/17
GM [1]    8618/16
goal [1]    8555/3
goals [1]    8508/4
goes [17]    8515/10
  8515/12 8515/13
  8532/5 8537/19
  8544/22 8547/6
  8558/22 8559/11
  8565/21 8567/13
  8567/22 8573/5
  8574/11 8579/23
  8579/24 8582/6
golf [2]    8541/8
  8541/9
good [21]    8516/2
  8520/18 8525/12
  8540/22 8546/3
  8556/20 8562/4
  8565/10 8565/16
  8566/7 8573/12
  8575/19 8577/9
  8577/10 8580/5
  8611/5 8611/10
  8612/1 8620/21
  8626/14 8629/5
Goodrich [1]
  8504/11
goods [1]    8571/11
GOOGLE [238]

**G**

Google is [1]
8562/8
Google's [28]
8512/6 8512/8
8512/18 8549/15
8552/16 8555/5
8559/18 8559/25
8570/1 8570/12
8574/1 8578/19
8583/6 8584/21
8588/10 8588/15
8601/8 8608/17
8609/20 8613/8
8613/8 8613/17
8618/20 8619/5
8620/12 8621/3
Google-Bing [1]
8612/20
graphed [1]
8553/21
grappling [1]
8566/16
great [3] 8533/2
8555/15 8603/6
greater [2]
8507/9 8536/23
greatest [1]
8536/25
grew [1] 8546/19
Grid [1] 8511/14
ground [1]
8627/12
group [5] 8561/25
8562/1 8605/8
8619/21 8623/19
grouped [1]
8619/22
groupings [3]
8605/12 8623/3
8623/7
growing [7]
8507/25 8542/14
8547/25 8550/14
8551/16 8557/10
8594/10
grown [6] 8550/8
8551/10 8595/4
8595/5 8595/13
8595/14
growth [10]
8549/22 8550/3
8550/12 8551/3
8551/12 8551/18
8552/16 8553/11
8553/12 8594/18
GSE [2] 8524/6
8557/4
GSEs [6] 8525/23
8547/21 8547/21
8547/25 8590/6
8590/7
guaranteed [1]
8583/5
guess [9] 8515/25
8521/14 8549/13

8577/19 8591/13
8597/12 8600/4
8601/1 8628/14
guide [1] 8510/10
guidelines [1]
8534/1
guides [1] 8617/7
guts [3] 8547/2
8547/11 8594/7
guy [8] 8565/14
8565/17 8566/1
8566/7 8577/13
8583/4 8583/12
8583/15
guys [9] 8565/13
8565/20 8566/10
8579/20 8580/12
8580/23 8581/14
8598/25 8624/1

**H**

half [3] 8596/5
8603/16 8627/6
hand [7] 8515/4
8529/17 8529/18
8534/7 8540/2
8584/25 8585/1
happen [8]
8515/11 8536/9
8565/1 8573/13
8578/18 8579/2
8579/23 8601/21
happened [8]
8551/2 8554/12
8554/12 8559/11
8559/12 8586/9
8593/14 8601/20
happening [12]
8529/11 8549/11
8554/3 8568/20
8569/14 8571/18
8585/8 8594/8
8596/2 8596/2
8609/11 8621/25
happens [10]
8561/9 8571/3
8571/22 8575/13
8579/6 8591/16
8602/6 8621/7
8621/10 8621/15
happy [5] 8514/24
8602/19 8602/23
8602/25 8612/24
hard [3] 8515/5
8537/8 8580/3
harm [5] 8585/25
8593/10 8593/18
8598/11 8614/17
harmed [4]
8525/25 8593/15
8601/8 8601/10
harms [3] 8613/19
8614/10 8614/11
hazy [1] 8537/12
head [2] 8618/13
8619/2
health [1]
8571/17

hear [1] 8600/13
heard [9] 8517/15
8518/19 8539/15
8549/21 8552/22
8561/8 8567/15
8573/11 8574/23
heart [2] 8541/7
8598/8
held [2] 8607/14
8607/23
help [10] 8507/1
8511/8 8531/18
8539/8 8541/23
8541/24 8564/19
8578/2 8581/23
8614/6
helpful [1]
8574/19
helping [3]
8509/18 8538/4
8563/7
helps [3] 8577/11
8577/11 8581/19
high [4] 8537/6
8557/17 8557/18
8596/21
higher [14]
8510/7 8545/7
8554/16 8555/1
8574/19 8579/7
8579/18 8580/10
8580/19 8582/5
8582/23 8583/1
8583/4 8583/5
highest [5]
8573/21 8577/13
8583/15 8584/7
8584/8
highlight [1]
8529/17
highlighted [3]
8510/13 8546/19
8581/21
highly [1] 8606/3
himself [1]
8573/18
hit [3] 8524/4
8524/4 8617/15
hitting [1]
8551/17
hold [1] 8533/19
holiday [1]
8518/8
Home [1] 8545/3
honestly [4]
8514/1 8514/10
8532/24 8598/12
Honor [16]
8548/18 8548/23
8548/25 8549/3
8549/4 8563/23
8602/19 8603/23
8617/4 8620/18
8620/20 8626/13
8627/3 8628/25
8629/1 8629/2
HONORABLE [1]

8503/10
HOOK [3] 8504/23
8630/3 8630/10
hope [1] 8539/11
horizontal [2]
8533/25 8616/21
hour [2] 8530/3
8603/16
hours [1] 8627/6
hundred [4]
8530/1 8569/21
8580/2 8582/16
hypothetical [4]
8578/12 8578/15
8616/23 8617/5
hypothetically [1]
8623/14

**I**

idea [6] 8509/1
8519/24 8537/11
8540/22 8575/3
8621/11
identical [2]
8538/4 8544/24
identify [1]
8555/22
If you [1]
8598/14
IL [1] 8503/20
illustrate [2]
8559/1 8569/13
illustrated [4]
8521/4 8521/6
8521/12 8534/6
illustrates [2]
8578/6 8582/11
imagine [1]
8578/15
immediately [1]
8542/5
impacted [1]
8574/22
impactful [1]
8510/4
implemented [2]
8567/16 8582/15
implementing [1]
8581/8
implies [1]
8558/17
important [19]
8507/2 8518/24
8520/7 8520/9
8522/15 8522/15
8524/23 8528/25
8534/9 8534/9
8534/15 8535/7
8535/7 8550/3
8557/21 8575/21
8594/10 8598/12
8601/16
improve [10]
8566/16 8570/12
8578/8 8578/9
8579/20 8581/1
8582/5 8584/2
8585/21 8609/10

improvement [1]
8566/15
improvements [1]
8585/1
improves [2]
8572/16 8579/19
improving [2]
8582/4 8609/11
in-channel [1]
8510/5
inability [1]
8586/21
incentive [5]
8587/2 8593/10
8599/3 8600/12
8601/9
incentives [2]
8581/4 8586/24
include [13]
8530/23 8531/13
8532/9 8534/1
8534/4 8534/4
8535/4 8540/6
8540/6 8546/13
8566/25 8604/10
8615/24
included [6]
8531/23 8539/25
8576/11 8576/12
8605/18 8616/7
includes [9]
8532/8 8532/13
8540/12 8540/13
8548/6 8556/22
8604/3 8615/19
8616/4
including [4]
8568/14 8598/16
8604/19 8607/19
increase [11]
8513/21 8514/17
8517/6 8518/11
8560/8 8565/6
8572/5 8576/6
8582/16 8590/15
8590/21
increased [2]
8550/5 8581/16
increases [1]
8584/16
increasing [7]
8551/3 8567/22
8569/23 8570/2
8570/4 8570/7
8580/21
increasingly [1]
8537/13
incremental [1]
8600/23
independent [3]
8598/17 8598/18
8598/24 8599/23
8600/2
independently [1]
8541/23
index [20]
8567/10 8567/13

**I**

index... [18]
  8568/8 8568/12
  8568/15 8568/16
  8568/17 8569/7
  8569/11 8569/12
  8569/14 8569/25
  8570/13 8570/16
  8570/21 8571/4
  8571/8 8571/10
  8609/25 8610/3
indexes [1]
  8569/20
indexing [1]
  8611/21
indicate [10]
  8510/12 8514/4
  8539/24 8555/23
  8559/7 8564/9
  8564/10 8596/19
  8604/14 8604/15
indicated [3]
  8514/7 8604/9
  8604/22
indicates [2]
  8507/2 8598/11
indicating [1]
  8611/25
indirect [3]
  8552/5 8552/6
  8556/6
indirectly [1]
  8564/15
individual [1]
  8590/25
individuals [2]
  8520/6 8520/21
industries [1]
  8588/6
industry [7]
  8510/24 8548/17
  8553/13 8554/2
  8587/25 8588/5
  8606/3
inexpensively [1]
  8601/10
influence [4]
  8560/1 8560/14
  8560/18 8564/14
information [6]
  8547/7 8549/20
  8549/25 8583/17
  8603/3 8612/22
informative [1]
  8583/21
informed [1]
  8587/15
initial [3]
  8578/12 8578/17
  8614/12
initials [1]
  8617/3
innovation [2]
  8565/10 8575/1
innovations [4]
  8574/1 8574/2
  8574/2 8574/22

inquire [1]
  8603/8
inside [2]   8517/8
  8521/24
insofar [1]
  8615/23
Instagram [14]
  8509/7 8534/11
  8534/13 8541/11
  8541/16 8541/16
  8541/17 8541/19
  8541/21 8542/3
  8542/10 8542/12
  8558/2 8597/25
instead [2]
  8611/22 8617/4
intend [1]
  8568/18
intent [6]
  8540/20 8541/1
  8541/3 8541/3
  8541/4 8542/6
interest [1]
  8575/10
interested [7]
  8522/8 8542/18
  8572/21 8573/9
  8575/18 8577/9
  8596/17
interesting [3]
  8509/2 8540/10
  8553/24
Interestingly [2]
  8508/23 8523/17
interface [1]
  8507/18
interfaces [1]
  8547/4
internal [2]
  8612/10 8613/9
internet [4]
  8522/9 8526/3
  8528/20 8620/3
interpretation [1]
  8519/3
interrupt [4]
  8515/19 8526/16
  8530/20 8536/21
intersection [1]
  8544/18
into [16]   8519/2
  8550/22 8559/6
  8561/2 8567/19
  8575/7 8575/16
  8576/17 8585/4
  8587/16 8597/24
  8599/10 8599/13
  8605/11 8611/10
  8624/14
introduced [1]
  8541/12
intuition [1]
  8523/18
intuitively [1]
  8523/12
invest [3]
  8599/12 8599/15

8611/21
invested [3]
  8511/24 8607/21
  8611/14
investing [6]
  8506/25 8596/13
  8599/9 8599/15
  8611/24 8612/1
investment [5]
  8514/3 8514/5
  8514/14 8536/13
  8600/20
invests [2]
  8579/19 8610/2
involved [2]
  8605/23 8606/2
IPG [6]   8509/20
  8509/22 8509/23
  8510/8 8510/17
  8510/20
IPG/Reprise [2]
  8509/23 8510/8
ISRAEL [24]
  8505/3 8506/4
  8506/7 8510/17
  8518/14 8548/20
  8549/9 8550/18
  8554/21 8563/5
  8563/9 8572/4
  8582/8 8586/2
  8592/8 8601/7
  8602/12 8603/9
  8603/21 8603/24
  8608/3 8626/17
  8626/22 8627/16
Israel's [4]
  8606/21 8608/10
  8628/8 8628/21
issue [18]
  8508/13 8524/14
  8524/20 8525/9
  8525/16 8528/19
  8541/7 8551/25
  8557/3 8558/4
  8558/5 8561/15
  8562/8 8562/16
  8563/14 8581/5
  8582/21 8617/23
issues [4]
  8560/23 8561/1
  8574/3 8574/3

**J**

James [1]   8544/16
JEFF [3]   8504/23
  8630/3 8630/10
Jerath [1]
  8538/19
Jerry [1]   8583/18
Jet [3]   8605/20
  8605/24 8624/17
job [2]   8579/25
  8621/24
JOHN [1]   8504/7
JONATHAN [1]
  8504/2
journey [18]
  8520/13 8520/14

8522/4 8532/22
  8533/8 8533/11
  8533/13 8533/14
  8533/19 8536/6
  8536/15 8536/16
  8536/17 8537/7
  8538/11 8538/18
  8541/1 8543/9
journeys [7]
  8519/8 8520/16
  8520/16 8535/16
  8535/19 8535/25
  8536/1
JR [1]   8503/22
JUDGE [3]   8503/11
  8506/6 8603/8
Judge's [1]
  8608/15
July [2]   8513/16
  8515/9
jump [2]   8538/21
  8553/3
jumped [1]   8531/4
jumping [1]
  8535/8
Justice [4]
  8503/14 8503/16
  8503/19 8620/8
justify [1]
  8515/20

**K**

Kansas [4]
  8521/18 8522/12
  8524/9 8528/18
keep [3]   8575/21
  8619/7 8621/19
KENNETH [2]
  8503/13 8504/7
Kenshoo [1]
  8593/24
Kenshoo/Skai [1]
  8593/24
key [2]   8508/1
  8536/2
keyword [1]
  8575/3
keywords [1]
  8576/10
kind [11]   8520/20
  8522/12 8523/20
  8531/3 8533/15
  8546/4 8553/11
  8567/7 8592/24
  8596/21 8617/16
knob [8]   8561/4
  8561/11 8565/5
  8567/16 8567/21
  8568/3 8574/3
  8581/13
knob's [1]   8568/1
knobs [23]
  8556/13 8558/9
  8558/15 8558/25
  8559/6 8559/24
  8560/12 8560/12
  8560/18 8560/21
  8563/25 8564/3

8564/6 8564/20
  8567/15 8568/4
  8568/7 8568/9
  8568/11 8573/3
  8573/5 8573/6
  8581/6
knowing [1]
  8609/14

**L**

lack [2]   8559/7
  8559/8
language [6]
  8512/1 8533/25
  8539/19 8540/3
  8587/24 8608/5
large [30]
  8513/18 8513/19
  8513/20 8513/23
  8514/17 8529/9
  8556/9 8587/24
  8587/25 8588/18
  8589/7 8591/22
  8592/5 8594/6
  8594/10 8595/11
  8595/13 8595/13
  8595/14 8596/11
  8597/2 8597/4
  8597/8 8597/19
  8597/20 8599/14
  8599/16 8622/7
  8624/2 8627/1
larger [3]
  8517/11 8576/23
  8595/15
largest [2]
  8588/5 8588/13
LaSalle [1]
  8503/19
last [12]   8540/24
  8549/14 8557/3
  8558/8 8564/3
  8564/5 8581/21
  8582/10 8584/22
  8585/10 8588/25
  8592/15
late [3]   8513/8
  8610/8 8616/24
lately [1]
  8523/19
later [3]   8550/2
  8551/8 8551/9
launches [2]
  8581/23 8581/24
launching [1]
  8581/22
Law [1]   8504/3
lawyers [1]
  8607/3
lays [1]   8578/18
lead [5]   8537/21
  8537/22 8606/10
  8606/12 8606/16
leader [1]
  8600/21
learn [3]   8581/15
  8583/16 8611/8
learns [2]   8611/4

**L**

learns... [1]
8611/9
least [19] 8526/1
8526/15 8531/12
8532/7 8533/16
8534/12 8535/5
8537/2 8537/11
8541/7 8549/14
8553/25 8554/2
8561/9 8581/9
8582/20 8592/16
8603/16 8606/4
leave [2] 8622/9
8624/1
leaves [1]
8556/23
led [1] 8518/10
left [5] 8529/17
8545/24 8595/2
8596/15 8596/16
left-hand [1]
8529/17
leftover [2]
8577/16 8577/16
length [3]
8519/22 8533/18
8626/25
lengthy [4]
8606/18 8608/2
8627/3 8627/8
less [16] 8513/12
8528/18 8529/3
8537/22 8547/22
8547/22 8559/8
8560/2 8564/16
8573/23 8574/25
8585/3 8586/19
8586/25 8587/21
8591/10
lets [3] 8520/20
8520/22 8583/15
letters [1]
8616/25
letting [1]
8547/13
level [4] 8537/6
8547/5 8567/7
8606/3
levers [1]
8558/14
liked [1] 8576/24
likely [6] 8524/5
8529/8 8537/21
8537/22 8565/15
8628/11
likened [1]
8608/21
limited [8]
8513/3 8513/6
8545/13 8559/2
8559/2 8559/3
8559/19 8563/10
line [12] 8515/7
8522/10 8528/15
8539/6 8554/6
8569/24 8569/24

8578/11 8582/2
8601/2 8601/17
8601/23
line's [1]
8587/23
linear [1]
8538/17
lines [2] 8515/12
8569/23
list [2] 8535/11
8585/24
listed [1]
8550/23
listing [4]
8532/10 8545/7
8545/10 8545/13
literature [4]
8519/19 8520/10
8533/24 8580/17
little [26]
8506/9 8515/5
8515/12 8517/8
8523/6 8523/21
8539/9 8541/5
8554/7 8559/18
8559/22 8560/24
8565/9 8569/3
8577/24 8578/4
8582/20 8595/15
8616/15 8617/19
8617/21 8618/17
8619/8 8620/16
8625/14 8626/17
LLC [1] 8503/6
LLP [2] 8503/22
8504/8
local [1] 8560/7
logic [6] 8506/25
8508/15 8519/23
8525/18 8533/19
8586/16
logical [1]
8605/12
long [7] 8547/18
8558/10 8586/4
8588/16 8597/22
8601/13 8616/10
longer [2]
8513/15 8536/13
look [41] 8506/22
8507/4 8515/3
8515/7 8522/24
8523/1 8523/2
8530/3 8530/4
8539/4 8540/15
8548/12 8549/20
8554/23 8554/23
8559/19 8566/7
8567/14 8567/20
8568/3 8568/24
8578/11 8593/7
8593/14 8596/15
8599/18 8599/22
8600/21 8601/4
8603/7 8603/15
8611/20 8612/16
8621/4 8621/21

8621/21 8621/24
8621/25 8621/25
8623/7 8628/6
looked [11]
8513/7 8514/4
8550/19 8550/22
8565/20 8584/14
8601/17 8613/24
8614/3 8614/5
8614/6
looking [22]
8518/2 8525/1
8531/3 8531/7
8539/10 8544/14
8553/7 8553/10
8555/5 8556/6
8564/23 8569/8
8569/22 8572/5
8578/10 8587/10
8593/11 8594/25
8600/17 8619/25
8625/16 8626/25
looks [5] 8509/25
8535/1 8552/19
8553/13 8569/13
lose [2] 8520/21
8581/20
loss [2] 8517/6
8521/11
lost [5] 8519/25
8520/2 8557/23
8581/17 8621/1
lot [48] 8509/17
8515/13 8515/14
8515/15 8516/22
8519/4 8519/12
8522/4 8527/8
8527/11 8527/18
8528/9 8529/1
8538/14 8539/18
8539/19 8540/17
8542/3 8542/24
8557/21 8558/2
8558/11 8559/4
8559/8 8560/13
8561/25 8562/8
8566/10 8568/10
8568/15 8571/10
8574/5 8574/11
8575/20 8590/9
8593/2 8593/4
8593/21 8594/4
8596/14 8597/14
8597/17 8599/25
8602/8 8617/24
8625/16 8627/12
8627/12
lots [16] 8509/13
8525/23 8529/12
8552/7 8552/7
8562/14 8564/17
8565/5 8565/10
8566/15 8567/12
8567/14 8593/23
8599/24 8611/25
8619/5
low [4] 8554/10

8556/12 8591/7
8591/8
Lowcock [1]
8510/20
lower [13] 8530/3
8539/24 8539/25
8566/8 8569/24
8573/22 8580/8
8580/18 8582/2
8583/8 8585/13
8591/5 8591/10
LTV [4] 8578/23
8578/25 8579/5
8579/7
lunch [1] 8628/13

**M**

magnifying [2]
8617/10 8617/16
mail [1] 8540/1
main [2] 8507/6
8515/4
Maine [1] 8504/8
major [3] 8504/8
8618/3 8618/10
majority [7]
8531/23 8587/24
8588/1 8588/15
8589/5 8589/7
8589/10
make our [1]
8562/9
makes [14]
8527/21 8553/16
8581/19 8587/7
8587/9 8589/19
8595/6 8596/10
8599/21 8602/8
8605/9 8610/4
8611/3 8621/13
makeup [4]
8542/13 8543/6
8543/6 8543/7
making [15]
8512/9 8532/11
8532/14 8532/16
8539/11 8566/11
8566/12 8569/5
8575/8 8580/5
8591/3 8591/13
8598/18 8600/1
8601/1
management [2]
8511/13 8593/24
manages [2]
8508/24 8509/22
many [8] 8519/1
8552/2 8555/9
8555/10 8561/10
8570/4 8593/25
8618/21
many of [1]
8555/9
Marin [3] 8593/25
8594/8 8600/9
MARK [3] 8505/3
8506/4 8603/21
marked [2]

8505/12 8548/24
market [84]
8516/11 8516/12
8516/22 8521/21
8530/22 8530/23
8530/24 8530/24
8530/25 8531/13
8531/18 8532/4
8532/13 8532/17
8534/2 8534/4
8534/17 8534/20
8544/2 8544/7
8545/12 8545/24
8545/25 8548/5
8548/7 8550/19
8552/6 8554/13
8555/23 8556/5
8556/7 8556/17
8556/20 8556/20
8556/21 8558/21
8558/23 8560/6
8560/7 8560/9
8586/4 8591/8
8594/15 8594/16
8595/10 8600/21
8603/25 8604/2
8604/7 8604/10
8604/13 8604/19
8605/1 8605/6
8605/11 8605/15
8605/15 8607/14
8613/9 8613/19
8614/11 8615/1
8615/10 8615/15
8615/19 8615/15
8615/22 8615/23
8616/2 8616/4
8616/6 8616/13
8616/18 8617/23
8617/25 8619/4
8619/7 8619/18
8621/12 8621/18
8622/1 8622/4
8623/16 8623/22
marketing [2]
8511/17 8541/24
marketplace [1]
8506/23
markets [9]
8524/11 8531/12
8532/7 8532/8
8552/4 8616/7
8623/15 8623/15
8624/13
match [14] 8555/2
8555/4 8561/23
8565/16 8573/16
8575/3 8575/4
8575/22 8575/23
8577/10 8577/11
8581/20 8585/22
8591/11
matches [3]
8566/6 8580/6
8580/14
matching [8]
8555/19 8561/7

**M**

matching... [6]
8569/17 8573/20
8574/25 8575/1
8575/11 8576/3
matter [9]
8520/15 8522/5
8535/19 8535/20
8536/4 8545/8
8559/13 8623/25
8630/5
matters [4]
8594/3 8600/18
8602/2 8603/13
Max [7] 8507/13
8507/15 8508/1
8508/2 8508/19
8508/25 8547/9
maximize [3]
8508/6 8508/17
8609/9
maximizing [3]
8511/1 8566/17
8581/3
may [19] 8510/15
8513/8 8544/22
8546/3 8547/21
8549/21 8574/6
8576/6 8576/6
8577/1 8584/1
8604/23 8606/6
8606/8 8606/17
8607/16 8615/11
maybe [11]
8511/16 8521/6
8521/7 8531/11
8533/16 8537/17
8537/17 8546/11
8548/9 8563/4
8628/14
MBA [1] 8539/19
MEAGAN [1]
8503/16
mean [82] 8512/6
8515/22 8515/23
8517/4 8518/20
8519/18 8520/8
8521/1 8524/8
8524/16 8525/13
8531/20 8533/3
8535/18 8536/21
8537/24 8540/15
8541/11 8541/17
8542/13 8543/13
8544/13 8544/22
8550/13 8550/13
8554/10 8554/22
8557/16 8558/12
8559/7 8560/1
8565/9 8570/4
8570/23 8573/8
8573/21 8575/7
8575/10 8575/21
8577/6 8584/6
8591/5 8592/22
8597/1 8597/4

8599/9 8600/13
8600/14 8601/1
8601/12 8603/4
8607/16 8610/13
8611/3 8611/8
8611/16 8612/22
8612/23 8612/23
8613/2 8613/4
8613/12 8613/13
8614/18 8614/22
8615/19 8616/4
8616/23 8618/20
8618/25 8619/11
8619/20 8621/24
8624/6 8624/10
8625/18 8625/18
8625/19 8626/7
8627/4 8627/11
8627/12
meaning [2]
8575/4 8575/11
meaningful [3]
8619/1 8623/3
8624/20
means [22] 8526/9
8527/9 8527/15
8536/5 8537/25
8538/21 8545/23
8560/2 8562/6
8564/13 8565/16
8569/17 8572/22
8572/25 8573/16
8577/3 8581/1
8585/6 8588/17
8591/7 8596/12
8596/13
meant [1] 8616/18
measure [12]
8511/18 8549/23
8554/24 8568/25
8569/14 8569/18
8570/4 8570/5
8570/17 8571/24
8584/23 8584/23
measured [1]
8540/17
measures [2]
8554/23 8571/3
measuring [3]
8510/12 8570/22
8570/23
meat [1] 8520/20
mechanism [4]
8578/23 8581/4
8581/23 8583/14
media [14]
8511/22 8532/2
8532/3 8532/18
8535/5 8540/2
8541/6 8541/6
8542/15 8542/25
8548/1 8556/24
8557/8 8571/3
MEHTA [1] 8503/10
members [1]
8536/25
memories [2]

8607/11 8607/12
memory [2]
8514/21 8576/22
mention [1]
8582/10
mentioned [8]
8506/14 8507/13
8507/17 8511/3
8520/24 8556/5
8559/19 8589/17
mentions [1]
8509/25
merger [2]
8533/25 8616/21
message [1]
8524/5
Meta [20] 8513/10
8513/22 8513/23
8514/17 8515/8
8515/12 8516/5
8517/7 8523/25
8524/6 8524/12
8534/12 8540/19
8549/19 8549/21
8549/22 8550/16
8551/4 8552/17
8558/1
Meta's [3]
8513/10 8550/25
8551/2
metes [1] 8604/5
metric [3] 8570/7
8584/21 8585/5
MICHAEL [1]
8504/10
micro [1] 8567/7
Microsoft [15]
8508/21 8508/22
8508/23 8509/5
8509/8 8509/14
8509/15 8523/14
8589/6 8589/8
8594/5 8597/5
8597/23 8597/23
8597/25
Microsoft's [1]
8508/24
mid [1] 8540/13
might [14] 8520/3
8536/6 8537/16
8548/8 8568/25
8577/2 8578/18
8591/7 8596/22
8610/23 8620/11
8620/12 8624/17
8626/14
mind [2] 8540/23
8575/21
minimum [1]
8627/6
minute [6] 8523/4
8523/5 8527/5
8560/24 8561/15
8603/15
minutes [2]
8564/3 8564/4
misapplication [1]
8608/4

misheard [1]
8526/18
miss [2] 8520/23
8522/7
missing [3]
8524/1 8557/24
8620/2
misspellings [1]
8575/5
misspoke [2]
8526/18 8527/4
mistake [1]
8617/3
misunderstanding
[2] 8531/11
8608/3
misunderstood [1]
8563/22
mix [2] 8511/22
8512/20
mobile [14]
8529/18 8529/22
8530/7 8530/11
8556/10 8557/15
8557/21 8557/22
8557/24 8557/25
8557/25 8558/4
8558/5 8567/10
modest [2] 8593/2
8596/11
moment [2] 8525/7
8583/15
Monday [8]
8627/18 8627/23
8628/1 8628/7
8628/7 8628/13
8628/14 8628/15
monetary [1]
8608/25
monetization [1]
8587/8
monetize [1]
8610/8
monetized [1]
8610/7
monetizes [2]
8610/5 8610/7
monetizing [1]
8609/9
money [26]
8508/16 8509/10
8509/19 8510/6
8511/25 8512/2
8512/7 8512/14
8513/24 8514/6
8515/14 8538/1
8546/21 8547/9
8547/14 8579/19
8587/7 8587/9
8589/19 8596/1
8596/4 8597/6
8597/9 8609/10
8611/14 8611/21
monopolist [2]
8616/23 8617/5
monopolized [1]
8516/8

monopoly [22]
8551/22 8551/25
8552/5 8552/9
8552/11 8552/22
8553/14 8556/11
8557/14 8557/19
8558/17 8558/20
8558/23 8560/4
8560/15 8575/25
8577/5 8577/18
8586/4 8604/16
8615/1 8615/11
month [2] 8513/12
8515/9
months [3]
8513/23 8567/23
8568/3
more [91] 8510/4
8517/10 8520/4
8521/12 8522/16
8522/24 8523/6
8523/16 8523/17
8523/22 8523/23
8523/23 8524/5
8528/17 8529/8
8529/20 8529/21
8529/22 8530/8
8530/10 8530/11
8532/11 8532/17
8533/12 8534/23
8536/20 8537/24
8537/25 8538/2
8538/23 8539/4
8539/9 8540/8
8545/4 8546/20
8546/20 8546/23
8547/22 8547/22
8550/6 8550/12
8551/14 8552/2
8553/12 8555/2
8555/20 8569/10
8569/23 8569/25
8572/19 8572/21
8572/22 8572/23
8573/1 8573/9
8573/9 8573/11
8573/15 8574/9
8574/10 8574/13
8574/14 8575/5
8576/23 8576/23
8577/15 8577/24
8579/20 8580/4
8580/13 8584/25
8585/3 8585/16
8590/1 8590/19
8591/9 8591/16
8592/2 8592/10
8596/17 8600/9
8600/11 8604/23
8609/17 8611/13
8611/14 8613/14
8616/10 8623/24
8624/25 8628/2
morning [5]
8602/25 8628/14
8628/15 8628/18
8629/3

**M**

most [34]  8509/16
8509/16 8510/16
8513/11 8513/11
8514/3 8514/14
8520/8 8522/5
8522/15 8528/23
8558/20 8560/3
8560/3 8560/6
8562/10 8567/15
8570/15 8573/14
8575/16 8582/4
8589/16 8591/13
8591/14 8591/22
8596/5 8598/12
8599/8 8601/16
8609/24 8610/1
8611/22 8613/15
8623/22
mostly [1]  8596/3
Motors [3]  8617/8
8617/15 8618/8
mousetrap [5]
8580/13 8581/15
8582/4 8582/5
8582/6
move [13]  8506/9
8509/10 8509/19
8510/6 8511/25
8546/21 8547/14
8590/2 8591/16
8591/17 8591/24
8592/4 8619/2
moved [1]  8590/12
movement [1]
8513/4
movements [1]
8512/22
moving [5]
8510/15 8512/2
8512/7 8546/20
8547/9
Mr. [11]  8506/2
8510/20 8539/2
8544/16 8545/3
8545/4 8563/3
8602/14 8603/20
8626/24 8627/17
Mr. Booth [2]
8545/3 8545/4
Mr. Dintzer [2]
8603/20 8626/24
Mr. James [1]
8544/16
Mr. Lowcock [1]
8510/20
Mr. Schmidtlein
[1]  8627/17
Mr. Sommer [3]
8506/2 8563/3
8602/14
Mr. Vallez [1]
8539/2
Ms. [3]  8521/3
8521/8 8521/10
Ms. Smith [3]
8521/3 8521/8

8521/10
much [39]  8506/21
8507/16 8517/21
8522/11 8524/5
8524/5 8524/17
8525/21 8525/22
8527/14 8527/21
8531/8 8532/16
8538/23 8545/17
8546/8 8547/10
8565/22 8568/22
8570/6 8571/23
8572/2 8572/11
8573/3 8582/8
8586/19 8586/23
8587/1 8587/7
8587/8 8597/18
8600/18 8600/19
8600/20 8601/22
8601/23 8621/18
8621/19 8621/22
multi [1]  8594/9
multi-platforms
[1]  8594/9
multihome [2]
8598/1 8601/9
multiple [3]
8510/13 8538/15
8543/20
multiplication [1]
8579/4
multiply [2]
8566/5 8579/15
music [1]  8512/11
must [5]  8527/15
8527/21 8593/3
8597/19 8597/21
myself [2]
8542/24 8606/14

**N**

name [7]  8508/23
8567/17 8567/18
8618/3 8618/9
8618/23 8626/1
named [1]  8617/24
names [1]  8567/18
narrow [1]
8570/16
narrower [1]
8616/15
native [20]
8507/18 8509/14
8594/4 8594/10
8594/17 8594/18
8595/5 8595/13
8595/24 8596/2
8596/5 8596/6
8596/19 8597/3
8597/3 8597/7
8597/14 8597/21
8597/24 8597/25
natural [1]
8574/20
nature [2]
8577/14 8626/11
navigate [1]
8588/20

NEA [2]  8605/25
8606/2
NEA's [1]  8606/21
near [1]  8541/7
nearly [1]
8553/22
Nebraska [1]
8503/22
necessarily [2]
8592/1 8592/3
necessary [1]
8605/6
need [28]  8520/6
8523/15 8532/12
8538/14 8544/20
8544/22 8544/24
8548/7 8549/4
8552/10 8552/11
8559/12 8559/23
8560/23 8561/14
8563/24 8581/4
8604/6 8604/22
8617/25 8621/21
8622/2 8622/12
8623/7 8623/8
8626/3 8627/3
8627/11
needed [2]
8605/18 8628/8
needs [4]  8506/24
8581/23 8617/22
8627/23
negative [3]
8576/10 8581/17
8585/6
net [2]  8585/3
8585/17
network [1]
8509/4
new [11]  8503/24
8504/12 8520/6
8521/3 8521/5
8521/9 8521/11
8547/24 8557/4
8594/7 8594/8
news [1]  8523/21
newspaper [2]
8521/25 8533/16
Nexoya [1]
8511/10
next [38]  8508/20
8509/20 8510/9
8515/18 8516/25
8520/8 8521/14
8522/21 8524/25
8525/3 8525/12
8526/13 8527/5
8534/23 8535/12
8536/6 8538/22
8539/14 8540/9
8547/8 8547/15
8548/12 8551/6
8551/7 8553/7
8554/20 8556/1
8567/13 8569/1
8574/24 8581/11
8598/4 8603/5

8603/6 8603/9
8603/16 8623/4
8627/20
nice [1]  8626/22
night [2]  8626/22
8629/5
Nike [8]  8513/15
8513/15 8513/18
8514/2 8514/2
8515/5 8517/7
8517/13
Nike's [2]
8514/10 8515/7
nine [1]  8534/25
Ninety [1]
8534/25
Ninety-nine [1]
8534/25
nominal [6]
8559/10 8572/5
8572/6 8572/10
8572/12 8572/14
non [4]  8515/12
8524/6 8532/20
8545/15
non-GSE [1]
8524/6
non-search [1]
8532/20
non-tangible [1]
8545/15
noncommercial [8]
8608/14 8608/18
8609/2 8609/15
8609/21 8610/12
8610/19 8623/17
none [4]  8524/10
8598/16 8598/21
8625/10
nonlinear [9]
8536/3 8536/15
8537/7 8537/10
8538/11 8538/19
8539/18 8539/21
8540/25
Northeast [1]
8605/24
notable [2]
8509/2 8567/10
note [3]  8539/15
8554/5 8597/10
notes [5]  8607/4
noticed [1]
8567/11
noting [1]  8596/9
notwithstanding
[1]  8550/20
November [2]
8503/5 8553/18
number [37]
8518/22 8519/15
8519/18 8526/2
8535/10 8535/15
8535/15 8535/16
8535/17 8536/22
8550/1 8550/2
8550/16 8551/20

8555/6 8555/6
8558/25 8561/2
8561/18 8561/18
8561/20 8561/21
8561/22 8561/23
8562/6 8566/12
8568/6 8573/18
8574/8 8574/18
8583/12 8585/24
8588/24 8592/24
8596/6 8600/11
8621/5
numbers [8]
8523/1 8535/12
8550/14 8553/13
8567/19 8578/12
8595/18 8596/19
numerator [1]
8595/23
NW [3]  8503/14
8503/17 8504/24
NY [2]  8503/24
8504/12

**O**

o'clock [1]
8626/17
objection [1]
8548/25
observed [1]
8545/6
obvious [2]
8590/8 8599/11
obviously [11]
8515/15 8518/21
8521/9 8531/23
8544/14 8550/3
8550/11 8550/24
8612/4 8623/1
8627/23
of what [1]
8511/23
off [10]  8532/24
8572/13 8572/13
8587/11 8587/12
8589/21 8589/23
8618/11 8618/13
8619/2
offer [4]  8509/15
8510/25 8548/23
8614/16
offered [2]
8549/2 8616/5
offering [5]
8507/15 8508/22
8615/8 8615/10
8615/14
offers [3]
8508/18 8508/22
8510/17
Official [2]
8504/23 8630/3
offsetting [1]
8581/9
often [4]  8511/7
8553/16 8597/2
8606/4
old [1]  8542/19

**O**

olds [2]    8542/1
8542/2
OMD [2]    8540/24
8540/25
once [4]    8537/6
8537/7 8537/10
8628/10
one [128]    8506/18
8507/13 8509/2
8509/16 8511/14
8511/20 8513/7
8513/14 8514/12
8515/25 8516/10
8516/13 8516/18
8517/7 8519/20
8519/25 8520/14
8520/22 8522/7
8524/16 8525/14
8526/2 8526/9
8526/16 8528/8
8528/23 8530/8
8531/12 8531/19
8532/7 8532/8
8532/24 8535/12
8535/15 8535/16
8536/5 8537/6
8537/11 8537/11
8538/20 8539/6
8539/7 8540/8
8540/24 8541/21
8543/2 8544/5
8544/8 8544/15
8544/23 8546/15
8546/23 8549/14
8549/18 8550/1
8550/11 8551/21
8556/8 8558/9
8558/10 8558/11
8558/25 8561/2
8561/2 8561/20
8561/22 8562/6
8564/21 8564/21
8566/12 8568/6
8569/5 8569/13
8569/18 8571/10
8572/14 8574/4
8574/25 8576/4
8577/24 8578/14
8578/18 8578/19
8578/25 8579/6
8579/24 8580/8
8580/19 8581/5
8581/11 8581/12
8582/10 8582/12
8583/1 8583/1
8584/24 8587/17
8587/18 8587/20
8588/25 8592/12
8592/15 8592/24
8593/5 8594/18
8594/23 8595/2
8595/11 8595/14
8597/6 8604/5
8606/11 8606/14
8606/15 8612/16
8617/10 8618/21

8619/8 8619/11
8619/15 8620/24
8621/1 8624/12
8624/15 8624/15
8624/25 8627/10
8628/2
one's [8]    8521/24
8521/25 8538/7
8561/21 8569/3
8574/24 8578/16
8579/11
one-week [1]
8514/12
ones [2]    8509/13
8617/24
only [23]    8506/21
8508/18 8509/11
8510/5 8510/17
8528/10 8529/10
8530/22 8538/25
8545/13 8554/8
8554/11 8556/20
8556/22 8573/17
8573/18 8573/22
8595/6 8609/6
8615/19 8616/4
8623/16 8628/7
opinion [17]
8552/11 8585/23
8606/6 8606/7
8606/9 8606/20
8608/2 8608/5
8608/6 8608/9
8611/4 8613/13
8613/15 8614/16
8615/14 8616/2
8616/5
opinions [16]
8551/21 8592/9
8592/11 8592/13
8592/22 8592/25
8606/25 8607/23
8608/10 8613/20
8614/7 8614/19
8614/23 8614/25
8615/8 8615/10
opportunity [1]
8574/13
opt [3]    8576/2
8576/11 8577/6
optimal [3]
8511/22 8515/17
8560/15
Optimally [1]
8511/17
optimistic [1]
8628/15
optimization [7]
8508/19 8509/24
8510/5 8510/11
8510/18 8511/4
8515/17
optimize [9]
8508/6 8509/1
8509/8 8509/19
8511/12 8512/1
8547/7 8571/2

8571/20
optimizer [2]
8509/24 8511/11
optimizes [1]
8508/11
optimizing [3]
8509/5 8509/5
8512/19
option [3]    8577/7
8583/8 8584/9
options [7]
8514/5 8515/16
8516/18 8516/20
8516/21 8517/9
8593/4
order [8]    8508/5
8508/17 8519/14
8522/23 8549/17
8583/11 8584/2
8597/18
ordinary [2]
8559/15 8621/23
other's [1]
8590/18
others [7]
8509/12 8509/13
8520/9 8537/4
8550/9 8552/17
8622/8
Otherwise [3]
8554/12 8583/17
8584/3
OTT [1]    8510/1
ought [1]    8623/6
out [57]    8508/16
8509/11 8511/4
8514/18 8516/7
8519/14 8520/23
8522/7 8524/1
8528/2 8541/9
8545/24 8547/24
8549/13 8556/23
8576/2 8576/11
8576/16 8577/7
8578/18 8580/3
8582/23 8584/4
8590/10 8590/22
8591/8 8591/15
8592/2 8592/18
8592/20 8593/25
8594/8 8594/17
8596/13 8597/4
8597/8 8598/10
8598/15 8598/19
8598/25 8599/20
8601/5 8601/18
8601/24 8602/9
8616/13 8616/16
8617/4 8618/21
8622/2 8622/9
8623/3 8624/1
8626/18 8627/14
8627/19 8628/5
outcome [2]
8573/15 8607/21
outcomes [3]
8510/4 8586/10

8593/18
outperforming [1]
8510/4
output [14]
8552/12 8552/15
8552/16 8552/18
8552/19 8553/5
8553/5 8553/13
8554/1 8554/3
8554/10 8554/16
8554/23 8558/22
outside [1]
8604/21
outstripped [1]
8553/23
over [44]    8510/1
8512/13 8512/19
8534/3 8535/8
8540/19 8541/1
8541/4 8549/13
8549/14 8551/2
8551/4 8551/11
8555/16 8555/18
8556/9 8560/9
8560/11 8560/16
8563/4 8563/19
8568/20 8569/14
8569/22 8570/2
8571/2 8571/20
8571/22 8575/1
8578/2 8584/21
8585/2 8585/5
8590/2 8590/12
8590/23 8591/16
8594/9 8595/4
8595/6 8597/5
8599/13 8599/21
8623/20
over-the-top [1]
8510/1
overall [6]
8514/11 8567/8
8567/12 8568/8
8600/6 8600/6
overlap [42]
8519/9 8520/11
8520/15 8520/19
8522/11 8523/10
8523/22 8523/24
8524/1 8524/3
8524/13 8524/16
8524/17 8524/23
8525/7 8525/21
8525/22 8525/23
8527/9 8527/19
8528/10 8528/19
8529/1 8529/13
8529/20 8530/6
8530/11 8531/3
8531/6 8531/7
8532/1 8532/15
8532/18 8534/8
8534/11 8534/19
8534/22 8535/6
8535/21 8547/20
8547/21 8548/4
overlapping [4]

8519/21 8521/11
8533/6 8544/24
overlaps [2]
8522/19 8530/2
overperforming [1]
8512/2
oversimplistic [1]
8607/15
overtly [1]
8571/13
overwhelming [2]
8531/23 8588/1
own [14]    8507/9
8509/6 8512/4
8513/3 8513/25
8519/23 8549/23
8551/1 8559/3
8559/4 8559/15
8572/6 8581/2
8587/24
owned [2]    8598/17
8598/24
owns [1]    8601/3

**P**

p.m [6]    8503/6
8563/1 8563/2
8603/18 8603/19
8629/6
page [18]    8505/2
8523/21 8532/10
8543/4 8543/16
8543/17 8543/19
8543/21 8544/1
8544/1 8555/11
8580/15 8582/11
8582/12 8584/12
8588/25 8596/9
8604/18
paid [5]    8510/10
8510/14 8510/15
8540/6 8570/22
panel's [1]
8530/1
panels [3]
8522/22 8522/25
8529/25
pants [1]    8541/9
paragraphs [1]
8614/22
parameter [1]
8561/7
parameters [3]
8547/4 8564/7
8564/22
part [9]    8509/21
8510/13 8539/20
8540/24 8545/25
8547/16 8552/16
8554/17 8594/23
participants [2]
8590/22 8590/25
participate [1]
8576/7
participation [1]
8586/17 8586/21
8586/22 8587/22
particular [12]

**P**

particular... [12]
    8515/2 8516/13
    8516/18 8517/13
    8540/18 8571/1
    8575/2 8576/5
    8584/9 8587/10
    8587/10 8598/8
particularly [5]
    8506/23 8534/9
    8542/25 8557/8
    8592/19
parts [3]   8543/9
    8546/19 8584/18
party [1]   8511/6
path [9]   8536/3
    8538/19 8539/11
    8550/13 8550/15
    8551/3 8551/10
    8551/12 8551/18
pattern [8]
    8523/2 8529/15
    8530/4 8553/22
    8567/8 8568/4
    8568/8 8573/7
patterns [2]
    8525/7 8526/2
Patterson [1]
    8503/22
pause [1]   8562/24
paused [1]   8514/2
pay [20]   8561/23
    8565/22 8566/1
    8566/1 8566/3
    8566/4 8566/4
    8568/19 8570/17
    8571/25 8573/17
    8573/18 8577/15
    8577/17 8579/8
    8579/10 8579/11
    8579/14 8579/14
    8608/23
payment [1]
    8602/20
pays [2]   8561/17
    8571/1
PCs [1]   8567/10
pCTR [7]   8578/9
    8579/11 8579/21
    8579/23 8581/4
    8581/6 8581/8
pending [1]
    8603/13
penny [1]   8517/17
people [63]
    8506/23 8506/24
    8507/1 8507/3
    8507/18 8520/17
    8520/5 8520/17
    8520/19 8520/23
    8521/9 8521/13
    8521/22 8522/2
    8522/6 8522/14
    8525/2 8526/3
    8527/20 8528/3
    8529/19 8533/6
    8533/14 8533/17

8534/10 8535/22
8536/17 8537/14
8537/20 8538/2
8538/15 8539/20
8541/18 8542/4
8542/6 8542/7
8542/9 8542/16
8543/2 8543/22
8555/2 8558/6
8572/18 8572/21
8572/22 8573/1
8573/12 8573/15
8575/9 8575/16
8576/9 8577/22
8590/4 8590/8
8591/12 8594/6
8596/16 8599/24
8609/13 8609/16
8609/18 8614/3
8614/5
Pepsi [2]   8618/8
8618/16
per [4]   8508/8
8540/22 8565/22
8629/4
percent [35]
8512/16 8530/1
8538/5 8538/6
8555/17 8555/17
8555/18 8578/20
8578/22 8579/1
8579/3 8579/11
8579/24 8580/1
8580/2 8582/14
8582/14 8582/16
8588/7 8588/8
8588/10 8588/11
8588/24 8589/8
8595/3 8595/4
8595/6 8595/11
8596/3 8609/6
8610/6 8610/7
8610/25 8610/25
8611/18
percentage [6]
8512/21 8549/15
8583/25 8595/23
8595/24 8599/14
percentages [4]
8514/8 8588/20
8589/4 8589/5
perfect [2]
8521/25 8538/3
perform [3]
8584/4 8616/21
8617/7
performance [13]
8507/13 8507/15
8508/1 8508/1
8508/7 8508/19
8508/25 8509/2
8510/12 8516/1
8542/6 8547/8
8575/15
performed [2]
8583/8 8583/16
performing [3]

8510/14 8547/7
8547/14
perhaps [2]
8523/12 8600/11
period [3]
8514/13 8515/9
8522/24
person [12]
8522/8 8523/22
8524/4 8533/15
8543/21 8543/23
8544/25 8577/14
8578/16 8584/10
8589/21 8591/24
person's [3]
8540/23 8583/1
8583/2
personally [1]
8547/10
perverse [1]
8582/4
phenomenon [2]
8549/18 8583/7
phone [2]   8574/8
8574/18
phones [2]   8558/6
8567/10
phrase [1]
8539/24
physical [3]
8546/11 8546/11
8548/9
pick [2]   8571/13
8583/15
Picking [1]
8539/9
picture [1]
8534/7
pie [1]   8600/16
piece [1]   8621/13
pieces [1]
8544/15
PLA [6]   8508/3
8508/11 8544/7
8544/15 8545/22
8546/22
PLA/shopping [1]
8544/7
place [6]   8509/15
8513/2 8590/14
8591/20 8592/5
8609/18
places [4]   8513/3
8513/6 8524/12
8591/14
Plaintiff [1]
8504/2
plaintiffs [15]
8503/4 8503/13
8503/21 8531/12
8535/3 8544/6
8552/8 8552/10
8552/13 8554/15
8564/8 8565/6
8586/9 8603/4
8628/25
Plaintiffs would
[1]   8552/10

plaintiffs' [2]
8513/5 8550/20
PLAs [7]   8546/2
8546/5 8546/15
8546/19 8546/21
8547/5 8556/23
platform [6]
8508/18 8516/10
8517/7 8532/3
8549/24 8595/19
platforms [9]
8509/11 8511/3
8523/8 8529/4
8550/10 8590/10
8594/3 8594/9
8595/19
Play [3]   8512/10
8512/11 8512/12
players [3]
8552/7 8599/23
8600/2
plays [1]   8622/2
please [7]
8506/13 8551/24
8556/3 8569/4
8588/20 8593/20
8599/6
pleasure [1]
8602/24
point [58]   8512/9
8520/25 8522/4
8525/6 8527/6
8527/21 8528/11
8528/25 8531/4
8532/6 8532/16
8532/22 8533/4
8533/10 8536/24
8537/18 8537/20
8538/25 8539/3
8539/9 8539/13
8540/23 8544/2
8546/24 8549/13
8551/4 8552/8
8552/10 8556/17
8557/21 8559/5
8559/21 8559/22
8562/20 8564/9
8564/18 8565/8
8568/6 8569/5
8569/6 8575/19
8578/6 8578/8
8582/11 8583/19
8584/15 8589/14
8589/15 8589/16
8589/17 8591/13
8593/3 8593/7
8598/5 8601/1
8611/2 8622/10
8623/3
point would [1]
8559/5
pointed [1]
8528/2
points [14]
8517/1 8517/4
8524/16 8528/24
8535/23 8536/9

8558/9 8558/24
8558/24 8567/5
8589/14 8591/2
8593/5 8595/16
policies [1]
8513/11
popping [3]
8542/7 8542/8
8542/20
pops [1]   8541/19
popularity [1]
8546/19
portfolio [1]
8511/13
portions [1]
8517/11
position [3]
8565/18 8581/18
8601/21
possible [1]
8506/20
potentially [3]
8580/16 8620/24
8620/25
power [32]
8551/22 8551/25
8552/5 8552/9
8552/11 8552/13
8552/22 8553/14
8555/23 8556/11
8557/14 8557/19
8558/18 8558/20
8558/21 8558/23
8558/23 8559/2
8559/19 8560/4
8560/7 8560/9
8563/10 8564/9
8575/25 8577/5
8577/18 8586/4
8593/1 8604/16
8615/1 8615/11
practice [1]
8582/13
precise [2]
8604/5 8605/19
predict [1]
8580/13
predicted [6]
8517/19 8561/19
8561/21 8566/5
8580/10 8580/19
predicting [3]
8579/21 8579/25
8606/21
prediction [1]
8580/5
predictions [1]
8581/16
predictive [2]
8582/22 8582/24
prepared [4]
8548/13 8549/10
8566/23 8594/20
present [4]
8506/15 8525/8
8597/2 8626/23
presented [8]

**P**

presented... [8]
  8507/6 8518/20
  8518/21 8554/15
  8563/14 8567/2
  8567/9 8612/13
pressure [4]
  8572/20 8588/2
  8590/21 8591/1
pressures [1]
  8590/15
presumably [1]
  8537/1
presume [1]
  8617/13
pretty [5]  8574/8
  8574/16 8574/24
  8583/2 8627/3
prevalent [1]
  8596/24
prevent [1]
  8559/4
previous [1]
  8582/11
price [72]  8513/4
  8513/21 8514/17
  8517/6 8521/4
  8537/23 8538/7
  8558/16 8559/11
  8560/11 8561/17
  8561/23 8562/12
  8565/21 8565/23
  8565/24 8565/25
  8566/1 8567/9
  8567/22 8567/22
  8568/8 8568/12
  8568/25 8569/6
  8569/8 8569/11
  8569/12 8569/14
  8569/25 8570/13
  8570/14 8570/15
  8570/16 8570/21
  8571/4 8571/8
  8571/10 8573/2
  8573/5 8573/5
  8573/7 8573/17
  8573/19 8574/3
  8574/10 8574/19
  8575/12 8575/14
  8576/6 8577/14
  8577/17 8578/9
  8579/7 8580/7
  8580/16 8580/25
  8581/7 8581/8
  8582/2 8582/5
  8582/6 8582/16
  8584/24 8585/4
  8585/9 8585/9
  8585/13 8585/13
  8591/1 8591/8
  8592/2
prices [61]
  8537/20 8538/3
  8538/4 8539/8
  8547/23 8556/13
  8556/15 8558/17
  8558/21 8559/3

8559/4 8559/10
8559/13 8559/15
8559/16 8559/25
8560/3 8560/5
8560/5 8560/8
8560/11 8560/14
8560/15 8561/3
8561/11 8562/15
8562/17 8563/10
8564/12 8564/16
8564/17 8565/1
8565/3 8565/7
8565/7 8566/14
8566/18 8567/12
8567/16 8568/2
8568/4 8568/7
8570/7 8570/17
8570/22 8572/5
8572/6 8572/11
8572/12 8572/14
8572/20 8573/22
8582/13 8584/15
8585/18 8590/16
8591/4 8591/7
8591/10 8616/8
8616/11
pricing [22]
8556/13 8558/9
8558/25 8559/2
8559/6 8559/8
8559/19 8559/24
8559/24 8560/21
8560/23 8561/1
8563/24 8564/3
8564/6 8564/9
8564/16 8564/20
8565/5 8565/16
8574/6 8581/13
primarily [2]
8531/20 8549/18
principle [9]
8530/16 8530/19
8533/22 8533/23
8534/21 8534/24
8535/3 8535/8
8590/17
probability [2]
8583/10 8583/11
probably [14]
8509/15 8522/15
8523/12 8527/4
8564/18 8569/1
8578/2 8616/15
8616/16 8617/25
8620/7 8628/13
8628/15 8628/15
problem [2]
8573/22 8580/12
proceedings [4]
8563/2 8603/19
8629/6 8630/5
process [3]
8536/10 8574/1
8598/21
product [26]
8532/9 8532/10
8532/14 8534/2

8534/4 8535/6
8536/15 8543/17
8543/20 8544/1
8545/6 8545/9
8545/13 8545/23
8557/18 8557/19
8573/8 8573/10
8604/19 8605/7
8605/11 8611/15
8619/21 8621/9
8621/10 8623/5
products [14]
8507/8 8518/23
8545/14 8548/10
8550/6 8550/8
8605/8 8616/7
8616/14 8616/17
8621/13 8622/1
8622/3 8623/19
Professor [47]
8507/6 8514/20
8518/2 8518/14
8519/12 8519/17
8519/22 8520/24
8521/1 8524/14
8524/22 8526/14
8527/4 8529/1
8534/8 8535/11
8537/2 8539/2
8544/2 8552/20
8555/22 8556/4
8556/16 8556/21
8557/13 8558/8
8563/14 8564/8
8566/22 8567/8
8570/9 8571/7
8572/24 8585/7
8586/11 8586/12
8586/16 8587/3
8587/5 8589/13
8589/18 8589/24
8594/12 8594/14
8599/2 8601/7
8612/17
profit [3]
8566/17 8581/3
8589/14
profits [1]
8609/9
programs [1]
8539/19
projection [2]
8553/16 8553/20
projections [6]
8550/14 8553/21
8553/23 8554/1
8554/7 8606/22
prominent [1]
8519/18
promised [1]
8535/14
prongs [1]
8587/16
proper [1]  8519/3
properly [1]
8559/1
properties [1]

8565/11
property [1]
8524/6
proportion [1]
8512/14
proposition [2]
8597/13 8600/9
protect [1]
8511/22
protecting [1]
8511/21
provide [6]
8511/11 8548/1
8548/2 8548/4
8552/9 8587/3
provided [6]
8511/24 8587/6
8604/18 8604/21
8605/14 8606/18
provider [3]
8516/13 8516/19
8625/6
provides [1]
8511/10
providing [5]
8506/24 8507/1
8508/9 8549/22
8612/2
proximate [2]
8536/8 8536/8
publication [1]
8510/11
publish [3]
8553/18 8553/19
8553/23
pull [1]  8558/15
punch [2]  8522/10
8587/23
purchase [18]
8519/8 8520/13
8520/16 8522/4
8532/22 8533/19
8535/16 8535/19
8535/25 8536/1
8536/24 8537/11
8537/15 8538/22
8539/6 8540/4
8541/2 8543/22
purchases [1]
8545/15
purchasing [3]
8517/7 8520/3
8537/8
purple [1]  8515/7
purpose [4]
8544/18 8616/13
8616/16 8625/15
purposes [1]
8528/16
push [2]  8536/13
8553/4
pushed [2]
8627/24 8627/24
pushing [3]
8553/4 8566/13
8603/7
put [27]  8508/16

8518/7 8532/24
8542/24 8543/3
8545/12 8555/19
8567/10 8568/15
8568/22 8571/23
8572/2 8572/20
8575/7 8576/17
8576/19 8580/14
8583/13 8584/11
8588/2 8588/2
8588/18 8596/13
8610/17 8610/24
8625/19 8625/22
puts [1]  8542/19
putting [5]
8523/5 8555/11
8588/14 8589/9
8591/11

**Q**

quality [55]
8513/20 8554/24
8554/24 8555/2
8557/17 8557/18
8559/13 8559/13
8559/14 8559/16
8560/16 8562/1
8562/16 8562/17
8565/13 8565/20
8566/10 8566/14
8566/17 8569/7
8569/8 8569/15
8569/18 8569/23
8570/1 8570/3
8570/4 8570/6
8570/7 8570/10
8570/14 8570/19
8572/7 8572/10
8572/15 8572/22
8572/23 8573/1
8573/8 8574/20
8578/9 8579/20
8580/12 8580/23
8581/1 8581/14
8581/21 8584/15
8584/24 8585/9
8585/12 8585/13
8585/18 8585/21
8590/23
queries [76]
8526/5 8526/8
8528/2 8528/12
8555/6 8555/13
8555/14 8555/15
8568/17 8568/21
8569/18 8570/25
8571/2 8571/3
8571/4 8571/5
8571/14 8571/14
8571/20 8571/22
8572/16 8590/1
8590/2 8590/4
8590/12 8591/17
8592/5 8605/3
8605/5 8605/11
8605/16 8608/14
8608/18 8608/23
8609/2 8609/6

**Q**

queries... [40]
8609/11 8609/13
8609/17 8609/19
8609/21 8610/5
8611/6 8611/7
8611/8 8611/9
8617/11 8617/24
8618/1 8618/1
8618/4 8618/17
8618/19 8618/21
8618/24 8619/1
8619/5 8619/9
8619/9 8619/22
8619/25 8620/9
8620/12 8621/4
8621/20 8621/21
8622/8 8622/14
8622/15 8622/16
8622/18 8622/21
8622/24 8623/4
8626/9 8626/12
query [51]  8528/1
8531/22 8540/22
8547/1 8555/9
8555/17 8573/14
8573/24 8575/6
8578/15 8591/21
8591/24 8592/1
8604/25 8604/25
8605/1 8605/1
8605/8 8610/10
8610/11 8610/12
8610/17 8610/19
8610/23 8617/19
8617/20 8618/17
8619/3 8619/11
8619/16 8619/16
8619/19 8619/19
8619/21 8619/23
8619/23 8620/23
8621/2 8621/7
8621/7 8621/9
8621/15 8621/15
8621/17 8622/6
8622/13 8623/2
8623/2 8623/6
8626/8 8626/10
query-by-query [8]
8604/25 8605/1
8619/16 8619/19
8619/23 8621/7
8621/15 8623/2
querying [1]
8544/21
quick [1]  8593/22
quickly [2]
8542/7 8546/23
quite [11]
8512/15 8536/8
8537/12 8537/21
8538/1 8539/21
8540/18 8543/15
8595/13 8595/14
8615/25
quote [3]  8519/23
8567/14 8607/20

quotes [1]  8527/6

**R**

rackets [1]
8543/5
radio [2]  8521/24
8533/15
Raghavan [1]
8508/12
Raghavan's [1]
8546/16
raise [4]  8556/12
8556/15 8562/15
8628/24
raised [2]  8578/8
8586/5
raises [1]  8582/2
raising [1]
8581/7
randomization [1]
8583/3
rank [2]  8583/15
8584/7
rapid [2]  8551/11
8553/11
rapidly [1]
8542/14
rate [18]  8555/1
8561/21 8561/22
8561/24 8562/7
8562/12 8562/13
8565/12 8566/3
8566/6 8566/7
8566/9 8566/12
8569/15 8579/9
8579/16 8579/18
8580/10
rates [8]  8561/20
8562/2 8562/3
8562/4 8569/17
8580/13 8580/19
8582/24
rather [4]  8530/3
8536/2 8575/11
8601/12
ratio [3]  8555/5
8555/13 8569/24
re [3]  8515/17
8543/8 8571/20
re-optimization
[1]  8515/17
re-optimize [1]
8571/20
re-targeting [1]
8543/8
reach [10]
8519/21 8520/5
8520/6 8521/3
8521/3 8521/8
8522/2 8522/5
8525/2 8533/13
reached [1]
8604/23
reaching [9]
8520/16 8521/13
8532/21 8533/6
8533/7 8533/12
8533/14 8534/10

8535/22
react [3]  8561/5
8564/15 8582/13
reaction [1]
8518/18
reacts [1]
8575/13
read [3]  8560/21
8606/7 8615/6
ready [2]  8506/2
8627/22
real [2]  8525/8
8557/25
realistic [1]
8627/16
realistically [1]
8628/12
reallocated [6]
8514/3 8514/6
8514/14 8515/14
8517/7 8545/9
reallocations [1]
8510/3
really [73]
8506/17 8513/12
8516/9 8519/2
8520/19 8522/4
8522/9 8522/14
8523/15 8528/25
8529/4 8532/25
8533/4 8534/6
8534/12 8536/5
8536/8 8536/11
8536/16 8537/23
8539/21 8540/22
8547/17 8549/17
8549/22 8550/5
8551/3 8551/5
8551/8 8556/19
8557/20 8557/20
8558/1 8558/24
8559/3 8559/6
8560/22 8565/14
8565/15 8565/15
8566/7 8568/9
8568/10 8569/11
8570/16 8570/17
8572/11 8573/4
8573/6 8575/5
8577/3 8578/7
8583/9 8584/9
8585/15 8587/9
8588/15 8588/22
8589/15 8589/18
8592/21 8593/1
8593/13 8593/16
8594/3 8600/18
8600/24 8601/25
8602/11 8603/12
8614/1 8619/24
8623/25
realtime [2]
8508/7 8509/24
reason [13]
8520/12 8523/23
8526/7 8526/9
8528/9 8528/13

8529/5 8573/3
8575/22 8580/8
8580/22 8591/4
8624/15
reasonable [1]
8623/6
reasonably [4]
8596/10 8596/10
8596/11 8619/22
reasons [5]
8512/19 8526/1
8536/5 8571/10
8608/1
recall [12]
8512/9 8513/7
8513/8 8514/22
8516/2 8563/11
8587/6 8597/21
8606/6 8606/17
8607/16 8607/17
8608/15 8612/15
recent [4]
8507/24 8550/12
8551/14 8552/18
recently [2]
8553/12 8557/10
Recess [2]  8563/1
8603/18
recognized [1]
8550/7
recollection [1]
8577/20
recommend [1]
8510/15
recommends [1]
8510/2
record [15]
8506/21 8512/23
8513/1 8538/10
8544/11 8549/21
8551/1 8576/14
8576/21 8589/6
8596/25 8613/15
8614/7 8620/15
8630/5
redacted [5]
8567/3 8569/3
8584/19 8594/23
8595/12
redactions [1]
8588/19
redirect [1]
8628/12
reduce [2]
8511/22 8520/21
reduced [3]
8552/13 8586/24
8591/1
reducing [1]
8524/2
reduction [3]
8518/1 8518/10
8592/2
refer [1]  8595/3
reference [2]
8530/16 8594/12
referred [2]
8567/24 8567/25

refers [1]  8516/1
reflect [2]
8548/20 8556/25
reflecting [1]
8570/21
regard [3]
8546/17 8592/14
8594/21
regarding [1]
8614/17
regardless [1]
8609/14
regression [4]
8517/14 8517/15
8517/16 8517/23
regularly [1]
8555/20
rejected [1]
8606/25
rejects [1]
8608/6
relate [1]
8530/22
related [2]
8584/15 8601/8
relates [6]
8530/21 8545/16
8545/17 8557/16
8558/9 8597/10
relates back [1]
8597/10
relating [1]
8592/11
relative [7]
8552/12 8554/2
8555/6 8559/7
8561/19 8593/12
8600/2
relatively [2]
8523/13 8591/7
relaunch [1]
8514/7
relevance [3]
8586/18 8586/20
8586/22
relevant [13]
8530/17 8546/4
8557/8 8587/14
8589/20 8594/15
8595/8 8603/25
8604/2 8613/12
8613/16 8614/19
8615/24
reliance [1]
8606/22
remember [9]
8523/3 8552/6
8571/7 8606/8
8607/5 8608/18
8613/3 8618/5
8618/7
remembered [1]
8607/2
remote [1]
8620/10
rendered [2]
8607/23 8608/10

**R**

repeat [1]
  8608/16
report [15]
  8514/23 8527/12
  8578/13 8585/7
  8585/10 8612/12
  8612/18 8614/12
  8614/21 8615/3
  8615/5 8615/9
  8623/10 8626/14
  8628/18
reported [2]
  8584/21 8584/22
Reporter [3]
  8504/23 8504/23
  8630/3
reporting [1]
  8510/10
reports [2]
  8527/11 8587/8
represent [1]
  8568/18
representative [3]
  8570/25 8571/12
  8571/16
Reprise [3]
  8509/21 8509/23
  8510/8
reputation [2]
  8609/12 8612/1
research [2]
  8610/16 8610/20
respect [2]
  8533/5 8600/4
response [9]
  8513/10 8515/11
  8533/3 8535/21
  8536/19 8556/19
  8566/14 8598/13
  8608/15
responses [1]
  8537/6
responsive [1]
  8531/19
responsiveness [1]
  8556/12
rest [2]    8554/25
  8578/11
restaurants [1]
  8560/7
restricted [1]
  8558/22
restriction [3]
  8552/12 8552/15
  8552/19
restroom [1]
  8602/17
result [4]
  8517/24 8518/9
  8518/10 8557/14
results [6]
  8517/14 8517/24
  8608/13 8608/14
  8608/17 8612/2
resume [2]
  8562/25 8603/17

resumed [2]
  8563/2 8603/19
return [10]
  8508/6 8508/8
  8508/17 8512/1
  8522/18 8536/12
  8545/7 8555/7
  8555/9 8626/20
returns [2]
  8511/2 8512/7
revenue [36]
  8549/12 8549/12
  8549/16 8550/6
  8551/2 8551/4
  8581/2 8581/17
  8581/20 8588/3
  8588/6 8588/8
  8588/11 8588/15
  8588/17 8588/18
  8588/24 8589/6
  8589/11 8589/12
  8589/17 8590/20
  8595/1 8595/18
  8595/20 8596/14
  8597/17 8597/19
  8599/14 8599/16
  8600/18 8600/19
  8600/23 8600/23
  8602/9 8610/4
revenues [1]
  8550/23
reverse [2]
  8583/11 8626/10
review [4]
  8506/15 8549/5
  8563/20 8583/18
reviewed [1]
  8546/16
revolution [1]
  8543/1
rewind [1]    8563/4
RGSP [6]    8567/20
  8567/23 8582/9
  8582/18 8582/19
  8583/8
rid [1]    8513/15
right [153]
right-hand [4]
  8515/4 8529/18
  8534/7 8540/2
risk [2]    8588/18
  8589/11
Roasters [1]
  8543/19
ROI [12]    8510/5
  8510/7 8510/15
  8512/4 8513/4
  8513/18 8513/19
  8515/21 8537/1
  8537/21 8539/8
  8549/23
ROIs [1]    8538/3
role [5]    8519/8
  8520/13 8535/16
  8542/14 8626/2
roll [4]    8594/8
  8597/4 8623/25

8624/14
rolled [7]
  8592/20 8598/10
  8598/15 8598/19
  8598/25 8602/9
  8624/17
rolling [3]
  8592/17 8592/18
  8601/18
rolls [1]    8599/20
room [1]    8566/11
Rosati [1]
  8504/11
roughly [2]
  8522/6 8551/5
route [2]    8624/13
  8624/14
routes [1]
  8624/16
rule [3]    8588/7
  8588/8 8594/17
run [4]    8560/10
  8572/17 8590/4
  8590/14
running [7]
  8507/19 8521/24
  8575/6 8575/6
  8576/19 8576/19
  8576/21

**S**

SA360 [37]
  8592/10 8592/11
  8592/17 8592/20
  8593/1 8593/1
  8593/2 8593/3
  8593/16 8593/22
  8595/5 8595/9
  8595/14 8595/24
  8596/3 8596/6
  8596/9 8596/17
  8598/9 8598/13
  8598/23 8599/3
  8599/10 8599/14
  8599/15 8599/19
  8600/21 8601/3
  8601/8 8601/9
  8601/20 8601/22
  8602/3 8602/6
  8602/7 8602/8
  8627/5
SA360's [4]
  8595/10 8595/18
  8595/19 8596/7
said off [1]
  8618/11
sales [1]    8599/25
SALLET [1]    8504/2
same [53]    8508/14
  8509/1 8510/8
  8510/11 8511/17
  8516/3 8520/5
  8520/21 8520/22
  8521/13 8521/20
  8521/20 8521/21
  8522/2 8522/6
  8522/6 8522/8
  8523/9 8524/4

8527/18 8527/19
  8528/11 8528/12
  8529/15 8530/4
  8530/8 8533/6
  8533/17 8534/10
  8534/17 8535/22
  8544/20 8544/21
  8544/25 8546/25
  8556/19 8557/3
  8567/23 8567/24
  8573/16 8575/7
  8579/4 8590/7
  8592/5 8592/20
  8595/12 8600/16
  8604/18 8605/17
  8610/15 8613/10
  8616/25 8620/10
samples [1]
  8608/21
satisfied [1]
  8516/3
saw [7]    8513/18
  8513/18 8516/15
  8534/12 8548/3
  8597/17 8612/16
saying [34]
  8508/6 8516/9
  8522/13 8524/11
  8524/11 8529/19
  8531/6 8531/20
  8532/3 8532/6
  8534/16 8535/18
  8537/19 8545/1
  8547/18 8555/9
  8570/5 8578/21
  8579/8 8580/12
  8581/14 8581/15
  8584/9 8586/25
  8589/7 8589/8
  8589/20 8597/20
  8600/14 8607/10
  8615/4 8619/12
  8621/19 8624/19
scale [3]    8586/17
  8586/19 8610/8
scenario [1]
  8572/8
scenarios [1]
  8606/22
schedule [3]
  8603/5 8627/15
  8628/21
scheduled [1]
  8628/7
schedules [1]
  8628/20
scheduling [1]
  8626/19
SCHMIDTLEIN [2]
  8504/7 8627/17
school [1]
  8542/19
screen [1]
  8620/17
se [1]    8540/22
search [122]
  8507/10 8507/11

8507/11 8507/18
  8508/2 8508/11
  8509/3 8509/6
  8510/1 8510/10
  8510/15 8512/16
  8512/16 8512/21
  8512/24 8514/4
  8514/6 8514/15
  8514/19 8515/13
  8515/16 8516/22
  8517/9 8517/10
  8517/19 8517/21
  8518/2 8518/11
  8523/7 8523/11
  8523/15 8523/18
  8523/19 8523/20
  8523/20 8523/22
  8524/2 8528/5
  8530/22 8530/22
  8530/24 8530/24
  8530/25 8531/8
  8531/9 8531/13
  8531/24 8532/8
  8532/13 8532/19
  8532/20 8535/4
  8536/7 8537/9
  8537/17 8537/21
  8537/24 8538/6
  8540/1 8540/6
  8540/12 8540/13
  8540/14 8540/22
  8541/4 8541/14
  8542/3 8543/16
  8543/16 8544/1
  8544/6 8545/8
  8552/22 8555/24
  8567/9 8570/12
  8574/8 8590/23
  8593/23 8594/3
  8595/1 8595/1
  8595/21 8595/22
  8596/2 8596/4
  8599/20 8603/24
  8604/3 8604/9
  8604/10 8604/20
  8612/3 8612/5
  8612/20 8612/23
  8613/5 8613/9
  8615/15 8615/18
  8615/19 8616/1
  8616/5 8620/3
  8620/6 8620/16
  8621/7 8621/11
  8623/14 8623/16
  8624/22 8625/3
  8625/4 8625/10
  8625/11 8625/13
  8625/19 8625/22
  8625/25 8626/2
  8626/5 8626/8
searched [2]
  8543/18 8617/16
searches [1]
  8550/8
searching [1]
  8542/2
season [2]    8518/8

**S**

season... [1]
8541/8
seasonality [1]
8517/22
second [28]
8518/4 8526/13
8526/16 8526/21
8529/5 8529/16
8537/19 8542/9
8551/21 8552/8
8559/10 8560/19
8561/14 8565/8
8565/23 8565/24
8565/25 8566/1
8571/19 8573/17
8577/7 8577/14
8577/17 8589/13
8589/15 8589/17
8627/23 8628/21
second-price [4]
8565/23 8565/24
8565/25 8577/14
Section [1]
8504/3
seeing [4]
8516/12 8543/20
8561/9 8571/22
seem [9]   8527/8
8529/2 8529/5
8551/18 8573/6
8591/20 8593/3
8627/16 8628/11
seemed [1]
8526/14
seems [14]
8524/22 8527/5
8527/6 8527/17
8537/17 8557/22
8557/22 8573/4
8573/4 8574/20
8577/10 8603/4
8603/5 8627/7
segment [1]
8548/11
selected [1]
8606/23
sell [1]    8550/7
seller [1]   8512/7
selling [1]
8550/6
SEM [2]   8594/15
8596/18
semantic [5]
8561/7 8567/24
8574/25 8575/1
8576/3
sense [15]   8524/8
8527/7 8544/25
8555/20 8557/17
8566/18 8575/9
8591/5 8594/16
8599/22 8600/3
8605/9 8605/13
8611/4 8626/24
sentence [1]
8581/21

separate [8]
8508/10 8521/6
8522/14 8546/12
8566/11 8594/15
8613/22 8614/24
separately [4]
8508/3 8518/6
8614/19 8615/12
separation [1]
8536/17
September [2]
8513/16 8515/10
series [2]
8516/25 8550/16
SERP [1]   8574/13
serve [2]   8541/22
8542/5
served [1]
8610/14
serves [1]   8609/6
service [4]
8511/19 8511/23
8546/5 8546/6
services [9]
8511/11 8545/14
8546/2 8548/10
8603/24 8615/15
8615/18 8616/2
8616/5
serving [4]
8506/24 8608/13
8608/14 8608/17
session [9]
8503/7 8522/25
8523/3 8523/3
8523/5 8523/8
8523/9 8526/9
8530/4
set [19]   8508/2
8549/24 8559/23
8559/25 8560/3
8560/17 8561/3
8564/17 8568/17
8570/24 8571/3
8571/4 8571/5
8571/14 8571/21
8577/8 8578/17
8605/10 8626/12
sets [6]   8522/14
8524/19 8562/19
8573/2 8623/21
8623/23
setting [1]
8547/4
several [5]
8549/15 8553/21
8556/4 8567/23
8614/22
share [13]   8549/9
8549/15 8556/5
8556/17 8581/23
8593/2 8595/10
8595/10 8595/19
8595/21 8596/7
8596/8 8596/11
shares [5]
8549/12 8549/12

8556/20 8556/24
8602/10
sharing [1]
8585/16
shift [5]   8508/5
8512/24 8544/5
8597/9 8598/1
shifted [1]
8514/8
shifting [5]
8516/22 8542/3
8596/17 8596/21
8597/5
shoe [1]   8521/20
shoes [6]   8522/8
8575/6 8575/6
8576/19 8576/20
8576/21
shop [1]   8541/20
shopping [4]
8544/7 8544/18
8544/19 8622/16
short [2]   8513/11
8624/24
shorts [1]   8541/9
shot [2]   8538/5
8538/6
shots [1]   8538/3
show [10]   8537/13
8541/8 8543/9
8546/2 8554/19
8570/1 8574/14
8585/25 8602/5
8609/8
showed [3]   8557/5
8588/23 8617/12
showing [10]
8512/4 8512/13
8514/19 8529/17
8542/7 8542/21
8543/22 8549/11
8551/12 8588/4
shown [4]   8517/15
8552/14 8554/20
8586/9
shows [6]   8512/20
8550/19 8570/3
8584/3 8609/2
8613/10
side [45]   8515/4
8527/13 8527/15
8527/20 8527/22
8529/17 8529/18
8531/4 8534/7
8540/2 8541/2
8541/4 8545/17
8545/18 8545/21
8551/21 8552/2
8552/3 8552/15
8554/23 8555/24
8556/10 8556/20
8557/17 8557/20
8575/21 8585/24
8592/9 8612/23
8612/24 8613/18
8613/19 8613/23
8614/4 8614/10

8614/15 8614/15
8614/16 8614/25
8615/1 8615/13
8615/16 8615/17
8621/8 8621/9
sides [2]   8597/21
8614/7
sign [1]   8512/11
signal [1]
8543/24
signals [3]
8540/20 8541/3
8541/6
significance [1]
8572/4
significant [2]
8549/10 8615/15
8616/3 8621/5
significantly [2]
8510/22 8556/13
similar [9]
8508/21 8511/19
8515/22 8523/2
8535/1 8550/10
8552/1 8552/10
8577/20
simple [6]   8512/9
8517/15 8536/2
8574/16 8574/24
8574/25
simpler [3]
8582/8 8582/20
8593/21
simplest [2]
8565/25 8578/24
simplifying [1]
8578/24
single [3]   8612/9
8613/7 8613/9
site [3]   8543/5
8543/6 8546/4
situation [3]
8529/10 8572/7
8578/14
situations [1]
8583/1
size [2]   8551/5
8587/21
sized [1]   8510/23
Skai [3]   8593/24
8598/15 8600/10
skewed [1]   8588/5
skip [2]   8534/3
8538/20
slide [69]
8506/10 8506/13
8507/14 8508/20
8509/23 8510/9
8511/9 8515/4
8515/18 8516/25
8517/3 8518/19
8518/20 8518/21
8520/25 8521/15
8522/21 8525/12
8526/13 8527/5
8534/23 8535/13
8535/24 8538/13

8540/8 8540/9
8541/10 8541/11
8543/12 8546/18
8547/15 8548/12
8550/25 8551/6
8551/7 8551/13
8554/20 8556/1
8556/18 8557/1
8557/5 8559/19
8562/22 8567/2
8567/4 8567/6
8567/8 8567/12
8569/1 8572/9
8574/4 8574/21
8578/2 8581/11
8586/2 8586/11
8586/15 8587/19
8588/4 8588/19
8588/21 8589/20
8593/20 8594/13
8594/20 8596/15
8598/4 8599/7
8601/14
slide for [1]
8569/1
slides [7]   8519/1
8519/2 8529/14
8532/25 8536/20
8539/14 8613/2
slightly [4]
8519/14 8533/5
8537/22 8544/5
small [2]   8529/11
8594/6
smaller [11]
8534/19 8550/12
8576/6 8576/15
8576/16 8576/18
8577/10 8587/21
8600/10 8600/16
8623/14
Smart [3]   8508/22
8508/25 8597/22
Smith [3]   8521/3
8521/8 8521/10
SMURZYNSKI [1]
8504/7
snapshots [1]
8514/12
so-called [5]
8548/3 8558/9
8559/24 8592/19
8593/24
social [32]
8510/1 8510/14
8514/3 8514/4
8514/14 8515/12
8515/13 8515/15
8516/21 8517/8
8532/2 8532/3
8532/16 8532/18
8535/5 8536/7
8537/10 8539/25
8540/7 8540/12
8540/13 8540/18
8541/4 8541/5
8541/6 8542/15

S

social... [6]
8542/25 8546/3
8548/1 8556/24
8557/8 8557/11
sold [1]   8574/17
somebody [13]
8524/2 8526/10
8528/4 8533/14
8536/12 8537/9
8542/21 8576/20
8584/1 8584/4
8613/10 8617/15
8620/10
somehow [3]
8550/21 8554/16
8593/9
someone [1]
8522/7
sometimes [3]
8583/13 8584/11
8584/12
somewhat [2]
8522/24 8610/13
somewhere [2]
8536/14 8620/4
SOMMER [5]
8504/10 8505/4
8506/2 8563/3
8602/14
Sonsini [1]
8504/11
soon [2]   8535/15
8557/11
sophisticated [2]
8547/16 8576/24
sorry [5]
8515/19 8527/3
8530/20 8530/23
8536/21 8563/18
8578/4 8588/9
8588/24 8595/17
8608/16 8616/24
8622/20
sort [40]   8508/14
8508/24 8510/6
8511/6 8511/8
8514/11 8517/5
8518/12 8523/9
8523/15 8524/19
8527/18 8528/23
8532/5 8536/16
8538/5 8538/18
8541/12 8542/25
8547/2 8547/11
8547/24 8548/16
8549/17 8550/15
8553/11 8555/3
8559/12 8564/10
8568/1 8568/17
8570/5 8570/16
8571/13 8586/16
8592/22 8598/11
8601/16 8623/24
8625/19
sorts [1]   8536/5
sounds [11]

8538/18 8606/24
8607/22 8608/5
8608/8 8609/4
8610/9 8616/20
8617/9 8620/5
8626/7
source [5]
8546/15 8548/15
8548/17 8554/2
8611/9
South [1]   8503/19
space [4]   8550/24
8574/14 8574/15
8603/6
speak [3]   8539/18
8613/2 8613/20
specialized [1]
8625/6
specific [4]
8512/1 8574/2
8575/3 8579/22
specifically [1]
8610/21
specified [1]
8627/2
spelled [1]
8576/20
spend [16]   8507/5
8508/8 8508/17
8510/16 8511/12
8511/22 8527/5
8538/14 8545/7
8545/9 8547/18
8553/10 8558/12
8596/1 8596/4
8596/18
spending [12]
8512/14 8513/16
8513/22 8515/7
8520/23 8553/17
8553/19 8553/22
8595/21 8595/22
8596/12 8601/22
spent [3]   8535/10
8558/11 8588/11
spike [1]   8515/12
Sports [3]   8521/4
8521/5 8521/12
spread [2]
8590/22 8592/2
spreading [1]
8591/15
squash [1]
8567/25
squashes [1]
8580/18
squashing [13]
8577/25 8578/1
8578/1 8578/6
8578/7 8578/7
8580/11 8580/17
8581/2 8581/12
8581/24 8582/10
8582/15
squished [1]
8516/15
stages [1]

8538/20
stand [1]   8524/24
standard [2]
8622/8 8623/18
stands [3]
8570/18 8583/4
8601/5
start [7]   8507/12
8519/14 8543/14
8551/8 8587/18
8602/23 8602/25
started [8]
8516/16 8518/8
8546/20 8569/24
8597/2 8602/15
8603/16 8629/4
started with [1]
8602/15
starters [1]
8578/10
starting [6]
8519/15 8549/19
8550/2 8550/10
8556/17 8623/2
starts [2]
8523/18 8566/7
state [5]   8503/21
8503/22 8504/2
8524/19 8525/5
statement [10]
8511/12 8514/10
8521/2 8524/25
8544/17 8585/11
8614/8 8614/21
8615/9 8616/12
statements [1]
8514/1
states [9]   8503/1
8503/3 8503/11
8608/2 8608/6
8608/9 8613/6
8618/24 8625/5
statistical [1]
8517/17
stay [1]   8560/24
stays [1]   8530/4
step [8]   8507/16
8558/13 8567/7
8586/16 8592/16
8623/4 8626/18
8626/18
stepping [1]
8568/11
stick [1]   8543/6
still [17]
8533/12 8537/17
8537/17 8539/18
8539/24 8554/1
8568/24 8574/4
8577/14 8585/11
8591/18 8592/10
8601/3 8605/17
8612/6 8614/21
8617/13
stipulate [1]
8620/20
stop [2]   8537/9

8572/1
stopped [1]
8515/23
Store [3]   8512/10
8512/11 8512/12
story [2]   8530/8
8557/12
straight [1]
8528/5
straightforward
[1]   8586/8
strategies [4]
8507/21 8561/6
8561/10 8564/23
strategy [1]
8540/3
Street [3]
8503/14 8503/17
8503/19
strength [1]
8594/18
stress [2]
8568/13 8570/15
strong [6]
8520/15 8532/6
8558/1 8558/1
8558/2 8558/3
stronger [1]
8519/5
structure [2]
8552/6 8556/7
struggle [2]
8542/2 8564/10
struggled [1]
8601/20
struggling [3]
8560/14 8562/9
8625/14
studied [2]
8525/8 8610/21
studies [1]
8506/19
study [4]   8513/2
8513/13 8517/13
8517/13
stuff [13]   8509/3
8523/21 8526/6
8526/7 8526/8
8528/3 8528/4
8528/13 8542/17
8546/11 8546/12
8557/16 8582/22
Stumptown [1]
8543/18
sub [1]   8623/15
submit [3]
8507/20 8507/22
8507/22
substance [1]
8520/20
substantial [2]
8555/23 8610/4
substantially [2]
8557/10 8560/8
substitutability
[3]   8507/7
8518/22 8524/24

substitutable [1]
8544/8
substitute [11]
8507/1 8516/9
8518/15 8521/7
8532/4 8532/6
8532/10 8534/5
8539/5 8539/7
8545/23
substituted [1]
8515/23
substitutes [18]
8515/22 8515/24
8516/7 8516/11
8519/20 8521/23
8522/1 8522/1
8522/16 8527/10
8527/16 8527/21
8534/3 8537/25
8545/2 8546/3
8546/8 8546/16
substituting [1]
8533/15
substitution [19]
8506/10 8506/16
8507/10 8514/19
8519/1 8519/4
8519/5 8519/13
8519/25 8520/12
8524/17 8526/2
8529/2 8531/20
8533/12 8540/16
8545/5 8616/8
8621/9
subsume [1]
8623/16
subtracts [1]
8544/3
successfully [1]
8516/15
suddenly [1]
8520/5
suffering [1]
8553/14
sufficient [2]
8513/7 8604/14
suggested [2]
8518/2 8596/24
Suite [2]   8503/19
8503/23
summarized [2]
8535/24 8556/8
summary [7]
8514/11 8514/11
8514/13 8517/5
8547/17 8564/2
8592/9
summer [1]   8513/8
super [1]   8557/25
support [18]
8519/12 8525/16
8544/11 8552/5
8587/4 8593/9
8593/10 8593/17
8593/18 8594/18
8597/12 8599/11
8599/20 8612/10

**S**

support... [4]   8612/20 8613/8
8613/25 8614/4
supporting [1]
8599/9
supports [2]
8599/8 8599/19
suppose [5]
8540/25 8579/19
8586/8 8602/21
8627/25
sure [25]   8507/16
8514/22 8515/13
8531/18 8539/15
8541/15 8567/5
8571/11 8571/15
8582/9 8582/25
8582/25 8588/22
8591/15 8595/17
8604/12 8604/17
8605/3 8611/7
8612/11 8615/9
8615/21 8616/1
8621/6 8625/1
surplus [1]
8577/16
surprise [1]
8602/20
surprising [5]
8526/10 8526/11
8526/19 8526/24
8528/15
suspect [1]
8628/12
sustained [1]
8513/14
SVP [5]   8546/4
8557/6 8557/12
8625/7 8626/1
SVPs [5]   8548/1
8556/24 8625/16
8626/9 8626/10
SW [1]   8504/8
swaths [1]   8624/2
switch [1]   8565/2
switched [3]
8517/8 8517/10
8541/12
syntax [1]
8575/11
system [10]
8547/2 8547/12
8571/17 8579/2
8579/15 8580/1
8580/3 8583/16
8586/13 8594/7

**T**

table [1]   8623/10
tail [1]   8588/16
takeaway [1]
8585/14
talk [18]   8514/8
8514/25 8520/9
8520/14 8522/3
8523/16 8524/21
8527/23 8535/22
8541/2 8541/18
8559/5 8588/6
8604/25 8612/4
8617/14 8626/18
8627/11
talked [16]
8506/16 8511/21
8519/22 8522/23
8522/25 8526/4
8527/13 8539/16
8541/5 8543/17
8563/20 8578/5
8581/5 8605/5
8625/25 8626/3
talking [9]
8543/13 8563/9
8568/5 8571/25
8612/13 8619/4
8619/7 8624/11
8625/20
tangible [1]
8545/15
tapping [1]
8610/17
target [8]   8508/9
8510/14 8520/1
8536/24 8547/25
8548/2 8548/11
8550/1
targeted [12]
8519/10 8535/18
8535/20 8542/25
8543/2 8543/8
8543/15 8547/19
8549/22 8555/3
8558/7 8575/24
targeting [7]
8520/18 8520/19
8522/3 8537/3
8541/14 8543/8
8547/22
taught [2]
8538/16 8539/19
teach [1]   8539/20
team [3]   8545/6
8614/6 8627/10
teams [1]   8576/16
technical [4]
8560/24 8561/14
8565/9 8578/5
technologies [1]
8509/22
technology [3]
8508/24 8570/12
8600/22
television [1]
8510/2
tells [3]   8579/2
8588/12 8595/3
tend [5]   8570/1
8576/14 8590/7
8591/5 8611/10
tennis [2]   8543/5
8543/5
term [10]   8556/14
8561/4 8561/7
8573/11 8575/10
8575/16 8577/15
8579/10 8625/3
8625/5
terms [14]
8525/18 8531/16
8531/19 8576/12
8577/11 8588/6
8594/10 8599/22
8600/1 8600/23
8613/21 8621/16
8626/25 8628/5
test [10]   8525/15
8525/17 8525/18
8528/24 8529/4
8598/23 8601/17
8616/21 8617/5
8617/7
testified [9]
8510/21 8518/14
8520/24 8599/2
8605/20 8607/2
8607/6 8607/12
8608/13
testify [1]
8627/22
testifying [1]
8628/1
testimony [24]
8508/12 8510/20
8514/21 8518/23
8524/15 8527/11
8530/15 8544/16
8544/17 8546/16
8551/16 8554/25
8563/15 8563/19
8573/25 8576/9
8583/18 8583/22
8589/6 8606/18
8607/8 8608/2
8625/15 8628/8
tests [1]   8525/16
Thanks [4]   8553/7
8562/25 8603/17
8629/4
theirs [2]
8511/16 8511/21
theories [5]
8612/10 8612/21
8612/23 8612/23
8612/24
theory [8]
8532/20 8576/4
8609/7 8613/8
8613/25 8614/4
8619/10 8622/19
thereby [1]
8601/9
therefore [6]
8552/4 8572/23
8574/9 8586/23
8587/1 8590/25
thesis [1]   8537/2
thicker [6]
8573/11 8573/12
8573/15 8575/8
8575/23 8576/5
thin [4]   8573/21
8573/22 8576/25
8577/2
thinking [8]
8519/24 8521/18
8531/16 8592/25
8615/18 8618/13
8627/18 8627/19
thinner [4]
8591/3 8591/6
8591/9 8591/25
third [4]   8511/6
8544/4 8556/8
8559/14
third-party [1]
8511/6
thirds [1]
8598/25
though [6]
8506/22 8546/1
8580/7 8582/15
8583/4 8591/14
thought [2]
8518/24 8531/11
threatens [1]
8588/16
three [39]
8506/17 8507/6
8513/22 8515/9
8515/11 8516/25
8518/24 8518/25
8519/2 8519/7
8519/11 8528/24
8532/7 8535/12
8535/15 8535/17
8547/20 8549/13
8549/17 8550/16
8550/23 8558/23
8558/24 8574/23
8585/24 8592/22
8593/7 8593/16
8594/2 8598/16
8598/20 8598/22
8600/2 8600/12
8606/11 8606/14
8618/3 8618/14
8618/15
three-month [1]
8515/9
thriving [2]
8550/20 8553/14
thus [2]   8538/1
8589/11
tie [1]   8591/2
tied [2]   8568/9
8569/12
tight [1]   8539/18
TikTok [16]
8540/19 8542/11
8542/12 8542/13
8542/13 8542/14
8542/18 8543/1
8550/12 8550/15
8550/17 8551/13
8551/14 8557/10
8558/1 8594/2
TikTok's [1]
8542/14
time-consuming [1]
8600/8
times [13]   8521/4
8521/5 8521/9
8521/11 8553/6
8554/6 8554/7
8554/25 8566/2
8566/5 8579/1
8579/10 8579/15
times when [1]
8554/6
timing [1]   8602/3
tiny [5]   8583/13
8600/14 8618/20
8619/11 8619/13
to a [1]   8531/25
today [8]   8545/6
8551/4 8586/3
8591/6 8591/7
8600/19 8614/24
8627/12
together [12]
8523/5 8545/20
8545/25 8577/8
8583/2 8583/9
8583/10 8589/10
8605/8 8619/21
8619/22 8623/19
told [1]   8542/11
tomorrow [6]
8603/1 8603/10
8603/14 8626/20
8627/15 8629/3
tone [1]   8607/20
tonight [2]
8602/21 8602/23
Tons [1]   8594/5
took [3]   8590/11
8607/4 8618/21
tool [15]   8508/10
8508/19 8547/12
8547/13 8593/22
8595/5 8596/13
8596/18 8597/24
8597/25 8599/16
8599/20 8599/24
8616/18 8623/22
tools [31]
8506/24 8507/1
8507/4 8507/12
8509/11 8510/18
8510/23 8511/1
8511/3 8511/4
8511/4 8511/7
8593/24 8593/24
8594/4 8594/10
8594/16 8594/17
8594/19 8595/2
8595/13 8595/24
8596/3 8596/6
8596/19 8597/3
8597/3 8597/7
8597/15 8597/21
8598/16
top [16]   8510/1
8517/1 8518/24

**T**

top... [13]
8518/25 8519/2
8538/17 8565/12
8565/14 8565/17
8584/4 8588/10
8588/23 8589/4
8618/12 8618/13
8619/2
topic [3]   8543/4
8587/13 8592/10
topics [1]
8541/12
total [2]   8596/11
8601/22
totally [2]
8522/13 8524/10
touch [1]   8536/16
towards [3]
8550/13 8580/19
8588/5
town [1]   8627/19
track [3]   8568/19
8571/14 8615/25
tracking [2]
8568/17 8585/15
transcript [2]
8503/10 8630/4
transition [1]
8552/1
travel [1]   8546/5
trend [4]   8518/5
8518/6 8518/8
8518/9
trends [4]   8518/3
8518/3 8518/7
8518/12
trial [7]   8503/10
8510/21 8538/10
8606/4 8606/15
8607/2 8607/8
tried [10]
8506/20 8525/17
8528/24 8541/25
8554/24 8587/16
8604/13 8613/12
8613/15 8619/25
tries [4]   8527/12
8561/4 8561/5
8562/10
true [13]   8511/18
8524/18 8524/21
8524/22 8533/11
8537/16 8557/18
8558/20 8580/20
8585/11 8590/1
8598/14 8630/4
try [11]   8506/14
8560/17 8560/18
8562/9 8564/12
8577/21 8591/2
8593/22 8601/4
8621/24 8623/6
trying [18]
8539/5 8560/22
8562/1 8562/3
8565/13 8565/14

8566/19 8571/21
8582/7 8582/23
8585/21 8601/2
8609/16 8609/17
8618/20 8619/5
8620/18 8627/14
turn [9]   8551/21
8552/8 8553/2
8558/15 8561/4
8562/23 8567/13
8589/13 8593/19
turned [1]   8551/8
turning [2]
8553/11 8586/5
turns [2]   8561/11
8598/7
TV [1]   8516/17
tweaked [1]
8627/15
two [54]   8515/25
8517/24 8519/15
8519/16 8519/18
8519/19 8519/19
8519/20 8520/13
8521/24 8529/14
8531/8 8535/11
8535/23 8536/4
8537/6 8538/25
8539/16 8543/1
8543/10 8546/12
8549/18 8550/2
8560/23 8561/1
8561/18 8561/23
8564/19 8568/9
8571/10 8573/19
8574/24 8579/2
8579/14 8579/25
8580/9 8583/12
8586/12 8586/16
8586/20 8587/16
8590/23 8592/24
8593/5 8595/16
8598/16 8598/25
8600/2 8600/11
8607/3 8621/13
8627/6 8627/21
8627/25
two's [4]   8561/18
8578/17 8579/13
8579/16
two-step [1]
8586/16
Two-thirds [1]
8598/25
Tyler [1]   8503/22
type [9]   8542/9
8543/25 8544/4
8548/9 8609/13
8609/16 8609/19
8610/10 8611/10
typed [1]   8620/11
types [7]   8510/18
8519/20 8537/3
8543/23 8545/13
8546/1 8620/11
typing [1]
8610/17

**U**

U.S [7]   8503/14
8503/16 8503/19
8504/24 8549/13
8553/10 8620/13
UI [1]   8581/15
ultimate [2]
8604/7 8604/21
ultimately [5]
8522/10 8559/25
8564/16 8577/12
8582/2
unable [1]   8602/6
uncertain [1]
8568/2
under [5]   8506/25
8558/17 8586/12
8619/10 8622/19
underestimate [1]
8627/9
underlying [2]
8548/18 8548/21
underperforming
[2]   8510/3
8512/2
understood [1]
8559/1
unfounded [1]
8608/7
unique [2]
8598/14 8601/3
UNITED [5]   8503/1
8503/3 8503/11
8613/6 8618/23
universe [1]
8602/5
unless [1]
8584/11
unlike [2]
8542/1 8562/10
unlikely [1]
8603/4
unquote [2]
8567/15 8607/21
up [88]   8506/10
8506/11 8506/11
8512/11 8515/12
8515/12 8515/13
8515/14 8517/1
8517/22 8518/10
8518/20 8521/4
8524/19 8528/1
8528/5 8528/21
8528/21 8533/1
8533/19 8539/9
8541/20 8542/7
8542/8 8542/20
8547/21 8548/3
8549/24 8553/11
8555/8 8559/11
8559/17 8561/12
8566/8 8566/12
8567/13 8568/4
8568/8 8568/13
8568/25 8569/12
8569/21 8569/25
8571/5 8571/14

8572/1 8572/7
8572/10 8573/5
8573/7 8574/11
8574/13 8574/14
8575/14 8578/17
8579/24 8580/4
8580/19 8580/21
8581/7 8582/12
8582/14 8584/3
8585/1 8585/2
8588/1 8588/7
8588/11 8589/5
8591/22 8595/6
8596/10 8596/10
8602/5 8602/8
8602/25 8610/19
8612/6 8617/14
8619/15 8619/25
8620/17 8622/9
8623/25 8624/14
8624/17 8626/14
8628/8
ups [2]   8567/12
8567/14
upshot [1]
8547/16
upward [1]
8572/20
URL [1]   8625/9
use [24]   8512/11
8521/8 8526/3
8526/7 8528/14
8529/20 8532/23
8535/25 8539/24
8543/8 8545/21
8547/8 8547/13
8549/25 8554/25
8564/21 8576/3
8576/10 8593/23
8599/3 8602/16
8603/16 8617/7
8625/7
used [12]   8523/7
8523/19 8528/20
8529/25 8530/15
8536/18 8540/5
8548/21 8556/14
8568/23 8625/4
8625/5
useful [4]
8615/11 8616/18
8623/22 8623/23
user [49]   8526/7
8527/13 8527/15
8527/22 8528/11
8528/14 8528/17
8529/7 8529/7
8530/9 8531/4
8531/17 8531/17
8531/25 8540/20
8541/16 8542/12
8543/9 8545/18
8552/2 8554/22
8555/4 8555/12
8556/19 8557/17
8575/17 8575/18
8575/21 8575/24

8584/2 8610/10
8610/13 8610/23
8611/4 8611/8
8611/9 8612/23
8612/24 8613/18
8613/19 8614/4
8614/10 8614/15
8614/16 8614/25
8615/1 8615/13
8615/16 8621/16
user's [1]   8611/1
users [14]   8530/1
8531/3 8537/1
8549/25 8555/19
8572/12 8577/9
8581/19 8585/20
8585/21 8610/17
8610/21 8614/11
8621/8
uses [6]   8508/4
8512/4 8525/22
8525/22 8530/2
8530/5
using [14]
8508/14 8522/10
8523/14 8536/1
8550/25 8554/25
8558/6 8561/4
8568/19 8597/6
8597/8 8597/21
8599/24 8625/25
usual [1]   8629/4

**V**

Vallez [1]   8539/2
valuable [1]
8575/22
value [24]
8536/23 8566/6
8575/16 8577/13
8577/16 8578/25
8579/13 8579/17
8580/9 8581/22
8581/24 8582/23
8583/1 8583/2
8583/4 8584/7
8584/8 8584/10
8584/22 8584/25
8585/3 8585/5
8585/7 8585/8
valued [1]
8573/21
values [2]
8573/14 8583/9
varies [2]   8622/5
8622/13
variety [2]
8511/6 8512/18
various [7]
8507/22 8507/23
8512/13 8541/13
8546/7 8577/1
8625/18
varying [1]
8512/15
vast [4]   8588/14
8589/5 8589/7
8589/10

**V**

version [1]
8595/10
versions [1]
8577/1
versus [4]    8510/5
8558/4 8558/23
8569/14
vertical [4]
8623/14 8624/6
8625/4 8625/6
verticals [5]
8545/21 8621/21
8623/17 8623/17
8624/23
video [2]    8509/25
8510/1
videos [3]
8540/21 8541/19
8542/17
view [19]    8518/17
8518/18 8520/8
8534/19 8538/11
8544/12 8545/11
8546/24 8547/23
8548/7 8552/2
8552/20 8563/9
8567/4 8607/14
8608/7 8611/2
8623/13 8623/21
views [3]    8551/24
8587/4 8587/15
violating [1]
8535/8
visits [2]
8522/25 8523/4
visual [1]    8598/4
volatile [1]
8606/4

**W**

Walmart [1]
8550/10
want to [1]
8553/3
wants [2]    8575/2
8581/22
Washington [5]
8503/5 8503/15
8503/17 8504/9
8504/25
wasted [1]
8511/22
watch [3]    8540/20
8541/19 8542/16
way [56]    8513/17
8514/16 8516/13
8520/6 8528/6
8528/20 8528/25
8529/12 8532/2
8533/23 8538/17
8543/7 8548/11
8554/24 8557/7
8560/19 8560/20
8560/25 8561/15
8561/16 8565/16
8567/20 8568/19

8569/5 8569/7
8569/13 8569/20
8571/22 8576/11
8576/15 8577/7
8577/21 8578/18
8580/16 8580/21
8580/25 8581/7
8581/25 8582/20
8592/21 8599/21
8600/15 8600/24
8605/8 8609/9
8612/25 8613/1
8613/10 8613/18
8613/23 8614/9
8619/1 8620/10
8623/25 8624/20
8625/24
way I [1]    8560/19
ways [21]    8508/21
8512/13 8521/8
8525/18 8532/10
8534/18 8537/14
8543/1 8543/10
8547/24 8547/25
8548/11 8552/1
8558/6 8570/4
8600/17 8609/22
8611/16 8617/24
8618/1 8619/5
weaker [2]
8586/25 8601/21
web [4]    8609/25
8610/1 8610/3
8611/22
Webb [1]    8503/22
website [5]
8617/8 8617/10
8620/3 8620/6
8620/13
websites [2]
8546/7 8618/17
week [5]    8514/12
8603/5 8603/6
8603/9 8627/20
weeks [1]    8514/12
weight [1]
8608/11
welcome [3]
8506/2 8506/7
8612/16
well-defined [1]
8622/17
Wells [1]    8539/23
weren't [1]
8538/25
what's [32]
8506/20 8512/7
8520/25 8522/4
8522/24 8524/21
8524/21 8540/23
8542/10 8543/12
8547/16 8549/11
8550/5 8551/2
8557/23 8557/23
8559/11 8562/14
8564/25 8568/12
8568/19 8569/13

8571/18 8574/16
8578/10 8585/8
8585/17 8586/11
8593/8 8593/14
8598/22 8627/19
Whenever [1]
8541/18
Whereas [1]
8521/23
Whinston [33]
8507/6 8514/20
8518/2 8518/14
8519/17 8519/22
8520/24 8521/1
8524/14 8524/22
8526/14 8527/4
8529/1 8534/8
8539/2 8552/20
8555/22 8556/4
8556/21 8563/14
8564/8 8566/22
8567/9 8570/9
8571/7 8572/24
8585/7 8586/11
8586/12 8587/3
8587/6 8589/18
8589/24
Whinston's [10]
8519/12 8535/11
8537/2 8544/2
8556/17 8557/13
8558/8 8586/16
8589/13 8612/18
who's [2]    8582/23
8622/1
whole [3]    8514/13
8549/24 8578/15
wiggle [2]
8601/25 8602/11
WILLIAM [1]
8503/22
Williams [1]
8504/8
Wilson [1]
8504/11
win [1]  8566/8
8577/2 8583/5
8583/12 8584/11
winding [2]
8538/19 8538/23
wine [1]  8560/8
winner [6]
8561/17 8561/17
8562/4 8577/12
8583/7 8583/24
winner-takes-all
[2]    8583/7
8583/24
winning [5]
8565/22 8579/17
8580/7 8580/21
8584/6
wins [5]  8561/17
8573/14 8579/6
8583/4 8583/5
withhold [1]
8549/6

within [5]
8510/14 8515/15
8522/6 8545/8
8602/7
without [6]
8566/13 8567/18
8576/1 8581/1
8609/14 8609/24
witness [4]
8505/2 8509/21
8626/23 8628/6
witnesses [6]
8627/19 8627/22
8627/25 8628/3
8628/9 8628/20
word [5]  8532/23
8536/1 8540/5
8576/17 8607/18
words [4]  8515/22
8575/4 8606/6
8606/8
work [23]  8507/20
8511/7 8511/7
8512/8 8514/1
8514/9 8514/24
8515/6 8517/12
8544/2 8545/22
8561/16 8561/17
8561/24 8564/12
8564/14 8565/21
8566/11 8572/18
8573/20 8579/20
8581/19 8618/15
works [2]  8565/16
8569/20
world [6]  8525/8
8552/13 8552/14
8554/18 8589/22
8613/5
worry [1]  8628/20
worse [1]  8519/25
worth [5]  8564/20
8571/25 8577/15
8578/10 8596/9
would also [1]
8595/15
wrap [1]  8626/14
writing [2]
8617/3 8617/4
wrong [2]  8612/6
8617/1
wrote [2]  8606/20
8626/24

**Y**

Yahoo [6]  8523/18
8523/19 8523/20
8523/23 8534/14
8535/4
Yea [1]  8535/14
year [1]  8542/6
years [4]  8542/1
8549/15 8552/19
8607/3
York [6]  8523/24
8504/12 8521/3
8521/5 8521/9
8521/11

younger [1]
8541/18

**Z**

zero [4]    8512/16
8515/10 8564/13
8580/2