1              BEFORE THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
2

3   UNITED STATES OF AMERICA, et al., .
                       .  Case Number 20-cv-3010
4        Plaintiffs,      .

5     vs.              .  Washington, D.C.
6   GOOGLE LLC,          .  November 3, 2023
                       .  9:31 a.m.
7        Defendant.      .
   - - - - - - - - - - - - - - - - - -

8

9             TRANSCRIPT OF BENCH TRIAL, DAY 34
           BEFORE THE HONORABLE AMIT P. MEHTA
10            UNITED STATES DISTRICT JUDGE

11

12  APPEARANCES:

13  For DOJ Plaintiffs:       KENNETH DINTZER, ESQ.
                       United States Department of Justice
14                    1100 L Street Northwest
                    Washington, D.C. 20005
15

16                    SARA GRAY, ESQ.
                    United States Department of Justice
17                    450 Fifth Street Northwest
                    Washington, D.C. 20001
18  For Plaintiff State of
   Colorado:              JONATHAN SALLET, ESQ.
19                    Colorado Department of Law
                    Consumer Protection Section
20                    Antitrust Unit
                    1300 Broadway
21                    Seventh Floor
                    Denver, Colorado 80203
22

23

24                  -- continued --

25

```
 1    APPEARANCES (CONTINUED):

 2    For Plaintiffs State of
      Colorado and State of
 3    Nebraska:                      WILLIAM F. CAVANAUGH, JR., ESQ.
                                     Patterson Belknap Webb & Tyler LLP
 4                                   1133 Avenue of the Americas
                                     Suite 2200
 5                                   New York, New York 10036

 6    For the Defendant:            JOHN SCHMIDTLEIN, ESQ.
                                     Williams & Connolly LLP
 7                                   680 Maine Avenue Southwest
                                     Washington, D.C. 20024
 8
                                     MICHAEL SOMMER, ESQ.
 9                                   Wilson Sonsini Goodrich & Rosati
                                     1301 Avenue of the Americas
10                                   40th Floor
                                     New York, New York 10019
11

12

13    Official Court Reporter:      SARA A. WICK, RPR, CRR
                                     333 Constitution Avenue Northwest
14                                   Room 4704-B
                                     Washington, D.C. 20001
15                                   202-354-3284

16

17    Proceedings recorded by stenotype shorthand.
      Transcript produced by computer-aided transcription.

18

19

20

21

22

23

24

25
```

1                        C O N T E N T S

2

3                          TESTIMONY

4    MARK ISRAEL              Cross-Examination................ 8661

5

6

7                      EXHIBITS RECEIVED

8    DXD29 and DX3243........................................ 8660
     PSX0562................................................ 8732
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                      P R O C E E D I N G S
 2          (Call to order of the court.)
 3              COURTROOM DEPUTY:  Good morning, Your Honor.  This is
 4     Civil Action 20-3010, United States of America, et al., versus
 5     Google LLC.
 6          Kenneth Dintzer for the DOJ.  Jonathan Sallet and William
 7     Cavanaugh for Plaintiff States.  John Schmidtlein on behalf of
 8     Google.
 9              THE COURT:  All right.  Good morning, everyone.
10     Anything we need to discuss before we get started?
11              MR. SOMMER:  Not a discussion, Your Honor.  I
12     neglected yesterday to offer DXD29, which was the deck I used
13     with Dr. Israel.  And I'm also re-offering DX3243, which was the
14     chart that DOJ said they wanted to look at yet again.  I don't
15     know if there's an objection.  If there is, he can be heard on
16     it.
17              MR. DINTZER:  We have no objection to the deck coming
18     in as a demonstrative, which has been the normal course for
19     these things in the trial.
20          The proposed exhibit, it wasn't disclosed to us exactly
21     under the rules, but we won't oppose it for it to come in now.
22              MR. SOMMER:  The exhibit was disclosed, I don't know,
23     two months ago.  I don't know what the issue is there.  But
24     since they're not opposing it, I won't --
25              MR. CAVANAUGH:  Your Honor, we don't have any
```

1    objection to it, but it's the same for the Baker slides.  There
2    were a number of slides used in the deck for Professor Baker
3    that we want offered under 106.  They're currently reviewing
4    them.  So long as it works both ways, we don't have a problem
5    with that.
6         MR. SCHMIDTLEIN:  I think we have raised some issues
7    with your team on the Baker exhibits, and I think our teams are
8    conferring back and forth still on those.
9         THE COURT:  All right.  You will let me know if
10   there's an issue to be resolved.  Otherwise, we will just wait
11   to hear from you on that issue.
12      (Exhibits DXD29 and DX3243 received into evidence.)
13        MR. SCHMIDTLEIN:  One last point, Your Honor.  You had
14   asked me yesterday about scheduling for Monday.
15        THE COURT:  Right.
16        MR. SCHMIDTLEIN:  The first witness that we were
17   otherwise planning to call on Monday does have a timing issue,
18   but I would expect and hope that we would -- Dr. Israel will be
19   done in the morning on Monday, and if that's the case and we
20   call our witness after lunch, given the anticipated length of
21   direct, we expect that she should be concluded by the end of the
22   day Monday, and then our second witness doesn't have a timing
23   issue in terms of being able to come on Tuesday.
24        THE COURT:  Great.  Okay.  Let's just see where we are
25   at the end of the day, and hopefully, that schedule holds.

1       Mr. Dintzer, ready when you are.

2         MR. DINTZER:  Thank you, Your Honor.

3      MARK ISRAEL, WITNESS FOR THE DEFENDANT, RESUMED STAND

4          CROSS-EXAMINATION (Continued)

5       BY MR. DINTZER:

6  Q.  Do you still have your binder there?

7  A.  Yes.

8  Q.  Okay.  Good.

9      So we were talking about verticals yesterday, and you said

10  that there are ordinary course aggregations of queries, like

11  verticals.

12      Do you remember that testimony?

13  A.  Yes.

14  Q.  Okay.  And one of the verticals -- it's not one that you

15  showed to the Court, but one of the verticals I believe you

16  identify in your report is the health vertical; is that right?

17  A.  I don't think we talked about that yesterday.  That may be

18  a vertical in the report.

19  Q.  You don't recall?

20  A.  I don't recall which all that I listed and where.  I'd want

21  to look.

22  Q.  Okay.  You do understand that there's a health vertical?

23  A.  I think people define a health vertical, yes.

24  Q.  Okay.  And that a query regarding cancer would be in the

25  health vertical; right?

1    A.    That sounds reasonable.

2    Q.    And a query regarding a child's fever would be in the

3    health vertical; right?

4    A.    Yeah, I mean, there's -- it depends on the nature of these

5    queries, but that sounds reasonable.

6    Q.    Okay.  And a query regarding cancer and one regarding a

7    child's fever are separate searches by your definition and,

8    therefore, may be resolved by different sets of competitors;

9    right?

10   A.    That's possible.

11   Q.    A query regarding cancer and one regarding a child's fever

12   aren't in the same vertical but still may be resolved by

13   different sets of competitors, under your analysis?

14   A.    I mean, there could be different competitors.  Again, to be

15   clear, I think aggregation where the competitors are similar is

16   reasonable.  So the purpose is just to identify competition.

17        So I would be unlikely to quibble about one competitor on

18   the edge.  The purpose is to make sure we're not missing

19   competition.

20   Q.    I understand, sir.  But you move back and forth between

21   your -- between talking about queries and verticals; you move

22   back and forth between queries and verticals.

23        I just want to understand, you have not gone query by query

24   and said this query belongs in this vertical, this query

25   belongs -- that's an analysis you haven't done on any

1    significant set of queries; is that true?

2    A.    Well, I have definitely grouped queries into verticals

3    throughout the report.

4    Q.    But you're not answering my question.

5    My question is, you haven't gone and said, well, this query

6    goes to this vertical and this query goes to this.

7    You haven't done it on a query-by-query basis?

8    A.    Yeah, that's not true.

9    Q.    Okay.  Show me the list of queries that you've done and

10   where you've assigned each of the queries to a vertical.

11   A.    For example, I showed the Court an analysis of queries in

12   the shopping vertical and queries in the local vertical and

13   counted the number of queries that went into different entities

14   in those verticals.

15   Q.    Yes.  You did it in groups?

16   A.    But that's by assigning queries.  Otherwise, I wouldn't be

17   able to count up the number of queries.

18   Q.    That's exactly my point.  Thank you.

19   If you actually did a query-by-query analysis, given that

20   Google gets a billion queries every day, it would be, you will

21   agree with me, impossible to figure out where each of those

22   queries goes; right?

23   A.    And that's what I'm saying I did for the queries for the

24   week.

25   Q.    You went through a Bing (indiscernible)?

```
1              COURT REPORTER:  You went through what?
2              MR. DINTZER:  A Bing app.
3              THE WITNESS:  I took all the queries from that weekly
4    sample and assigned them in the verticals.
5              BY MR. DINTZER:
6    Q.   Yes, but you didn't look at each -- sir, you didn't look at
7    each query; right?
8    A.   I don't know what you mean by that.  The queries were all
9    in the data, and every query was assigned to a vertical.
10   Q.   Did you personally sit down and look and read each query?
11        You make me ask the question because you keep fuzzing it.
12             MR. SOMMER:  Objection, Your Honor.
13             BY MR. DINTZER:
14   Q.   Answer the question I'm asking, sir.
15             MR. SOMMER:  We just don't need the --
16             MR. DINTZER:  That's fair, Your Honor.  I withdraw.
17             BY MR. DINTZER:
18   Q.   Did you sit down and read each query and figure out which
19   vertical each query individually goes into?
20   A.   I did not personally read each one.  Automated tools, with
21   the definitions given in the report, assigned every query.
22   Q.   Okay.  And that automated definition, where did you get the
23   automated definition in the report to assign the queries to
24   different verticals?
25   A.   For the most part, it came from Google's ordinary course
```

1    assignment.  I also used some economic judgment in terms of

2    shopping queries and so on, as I said to the Court, I think, to

3    look at ones that returned PLAs.

4    Q.    Right.  So you took Google's ordinary course division of

5    queries, and then you -- you changed them so that they fit the

6    way that you think that they should be; right?

7    A.    I adapted shopping, for example, to look for PLAs.  You

8    could use the ordinary course definitions of Google and get very

9    similar results.

10   Q.    But you didn't.  You used a modified version of Google.

11   A.    For shopping in particular, I tried to focus on where PLAs

12   have been, because that's been a focus for shopping queries.

13   Q.    Now, in your -- I'm sorry.

14        In your report, you did not offer any opinion as to how the

15   queries might be aggregated, the precise, correct aggregation;

16   right?

17   A.    I think what I said is, I don't -- I don't take enough

18   stand that there has to be one precise aggregation.  They can be

19   aggregated into things like verticals that reveal competition.

20        I mean, my point is, you have to look at the demand side

21   and how people are searching, and you should do some aggregation

22   that lets you get to a reasonable set of queries so that you can

23   see what the competition is.

24   Q.    Right.  But in your report, you took the position that you

25   did not formulate precise, correct aggregation of queries; is

1    that correct?

2    A.   I don't think that's what I said.  I think I said I'm not

3    taking a stand that the ones that I did have to be the market

4    definition.  You could do it slightly differently and get to a

5    reasonable market definition that way.

6    Q.   Okay.  So let's go to your deposition, and we're going to

7    go to page 86 of your deposition.  We're going to hand it up.

8         May we approach, Your Honor?

9         Page 86, sir.  Let me know when you're there.

10   A.   I see that.

11   Q.   Okay.  And the question you were asked on page 86 and the

12   answer you gave was:

13        "Question:  Have you done the work to figure out what

14   aggregation is appropriate for the -- to take us out of the

15   query-by-query analysis of product definition?

16        "Answer:  I have not offered an opinion on the precise,

17   correct aggregation."

18        You were asked that question and gave that answer; right,

19   sir?

20   A.   I did.  And right below that, you asked me again, and I

21   clarify.  "I don't offer an opinion on whether this is or is not

22   the correct market, but I certainly offer it as one way you

23   might think about aggregating things."

24   Q.   You answered my question -- the part I read back, sir, that

25   was the correct reading of that; that correct?

1    A.    Yeah, you read it correctly.

2    Q.    Okay.  And so you don't offer an opinion whether the

3    verticals are the correct market; is that correct?

4    A.    I think verticals are a reasonable way to group the market.

5    My opinion is that you could group them in somewhat different

6    ways and still arrive at what matters to me, which is that SVPs

7    compete.

8    Q.    Okay.  But my question is, you don't offer an opinion

9    whether the verticals are the correct market; am I right?

10   A.    I'm not saying that the way I grouped them is the way that

11   you have to do it.  There are different ways you could group

12   them and reach the same conclusion.

13   Q.    So it's not -- the verticals are not the correct market?

14   You're not offering that opinion?

15        I need a yes or a no, sir.

16   A.    I think the verticals, as I've said, are a reasonable way

17   to do it.  I'm not saying they're the only way to do it.

18   Q.    Okay.  I see you're reading your deposition while we're

19   talking.  So you're probably already at the spot where I was

20   going to read, sir.

21        You were asked this question and you gave this answer on

22   page 87:

23        "Question:  Okay.  Other than the query-by-query analysis

24   for search, what product market, what method of considering the

25   product market that Google compete -- participates in for search

1    do you offer?

2         "Answer:  I think that's different from your last question.

3    You asked me if I considered any way to analyze it, and I offer

4    analysis of verticals as an ordinary course way that would give

5    us one form of aggregation.  I don't offer an opinion on whether

6    that is or is not the correct market.  But I certainly offer it

7    as one way you might think about aggregating things."

8         You were asked that question and you gave that answer; is

9    that right, sir?

10   A.   Yes.

11   Q.   Okay.  You can close your deposition.

12        And you will agree that even verticals combine queries that

13   have different competitive conditions?

14   A.   Yes.  It's an issue when you analyze markets.  There's

15   always going to be some difference in competition.  The key is

16   that we get the reasonable aggregation so that we can reasonably

17   figure out who the competition is.

18   Q.   Okay.  And let's go to your slides, sir.

19        Do you have those handy?

20   A.   Yes.

21   Q.   I'm going to go to slide 16.  Just let me know when you're

22   there.

23   A.   It's up on the screen, so yeah.

24   Q.   I'm going to try to keep it up -- do these on the screen,

25   too, to make it easier for you.

1    The third bullet here, it says, "This approach naturally

2    leads to verticals as a grouping, shopping queries likely to

3    have similar options to each other but very different options

4    from travel or banking queries."

5    Do you see that?

6    A.    I do.

7    Q.    Okay.  And then if you turn to the next page, these are

8    some of the verticals that you put; is that right?

9    A.    Yes.

10    Q.    And the jobs and education, that's one of the verticals you

11    list; right?

12    A.    Yes.

13    Q.    And do you know what GreatSchools in the jobs and education

14    vertical, what they do?

15    A.    I don't know that one in particular.  I know some other

16    schools ones that probably have information on schools, but I'm

17    not familiar with that one in particular.

18    Q.    So you group something in a vertical without actually

19    knowing what they do?

20    A.    I mean, these were groupings based on the methodology

21    described in the report.

22    Q.    Okay.  But answer my question.  You put things in these

23    verticals and -- when you don't know what they do; right?

24    A.    I'm not personally familiar with that website.  I know what

25    they do based on the methodology in the report, which is --

1   Q.    Okay.

2   A.    -- what searches return these terms.

3   Q.    Who put these slides together, sir?

4   A.    I did.

5   Q.    Who decided to put "GreatSchools" in that one?

6   A.    I mean, it's in that vertical as defined in the report.  So

7   I put it in there.  I just haven't personally been to that web

8   page.

9   Q.    Who put it in the report?  If you don't know it, I'm asking

10  you, who put it in the report?

11  A.    I did, based on the methodology described in the report

12  that grouped these based on what comes out of Google.

13  Q.    Okay.  And you will agree that "jobs and education," just

14  the title of that vertical, those are very different things?  If

15  I'm looking for a job, I may not be looking for an education.  I

16  may have finished my education.  Right?

17  A.    I agree they are different.

18  Q.    Okay.  But you put them in one vertical?

19  A.    I did.  Some aggregation has to happen.  Right?  If we were

20  debating about is it "jobs," is it "jobs and education," and

21  that's how you had grouped it, I don't think I would have much

22  of a quibble.

23        My point is, by aggregating everything, you miss

24  competition.

25  Q.    Okay.  And so I'm just looking at the way that you did it,

1    sir.  It's your slide.

2         And so you would agree that a query on "great schools,"

3    whatever that does, and LinkedIn probably are not in the same

4    competitive market?  They're not looking for the same thing;

5    right?

6    A.    They may be different competitive options.

7    Q.    And if I'm looking for a book on -- let's turn to your

8    shopping one.  This is the one that you defined yourself.  You

9    didn't take Google's vertical; right?

10   A.    I think all of these would be in Google's -- the

11   competitors in the shopping -- no, the competitors in the

12   shopping query would be defined based on the Google method that

13   I described.  Which particular queries I analyzed had this

14   additional component of looking for whether they had PLAs.

15   Q.    Okay.  And so if I'm looking for the book "Good Night

16   Moon," I might look on Amazon because I can have it shipped to

17   me; right?

18   A.    Yes.

19   Q.    Okay.  But if I'm looking for Good Night Moon, I'm not

20   going to go to Home Depot.  That probably wouldn't be a good

21   choice.

22   A.    That's probably correct.

23   Q.    This is another example where you're grouping queries that

24   aren't necessarily addressable by everybody in the same

25   vertical; right?

A.    I agree, there are going to be differences, but by doing it
this way, we get a nice list of competitors.

Q.    We do get a list, sir, but the competitive conditions are
not the same for every query in each of these verticals; right?

A.    So I agree they're not exactly the same, and that's why
when you group things, you have to group them in reasonable ways
to get you to reasonable definitions of competition.

Q.    Now, we start -- sort of where we ended yesterday, we were
talking about browsers and how none of them default to SVP.

        Do you remember that conversation, sir?

A.    I sure do, yes.

Q.    And there's been testimony in the case about that; right?

A.    Yes.

Q.    Okay.  And all the testimony in the case -- and we're
putting it up here.  This is UPXD059.  All the testimony in the
case is that everybody wants the default in a browser to be a
general search engine; right?

A.    I'm not sure what "everybody" means.  I mean, I agree that
there's been testimony that browsers are looking for a default
GSE, but there's -- I mean, there's nuance to what purpose and
then who you're including in "everybody."

Q.    Okay.  That's fair.  Why don't we include John Giannandrea.

        He was asked the question:

        "Question:  And users, when they put something in the URL
bar of Safari, they have an expectation that it's going to go to

1    a general search engine?

2        "Answer:  Yes."

3        He gave that testimony; right?

4    A.    He did.  He gave a lot of testimony about how a lot of what

5    is typed in is actually served in other ways.  But he did

6    indicate that -- the answer to this question you have here.

7    Q.    Okay.  And Mitchell Baker, she gave the testimony:

8        "Question:  For the Firefox default search engine, is

9    Mozilla looking for a general search engine that responds to all

10   different types of user queries?

11       "Answer:  That is -- yes, that is what we have done.

12       "Question:  A vertical provider that focuses on one

13   category of content would not be appropriate as the default

14   search engine for the Firefox browser; right?

15       "Answer:  I think that's right."

16       So she agreed that general search engines are the only pick

17   for browsers; right?

18   A.    She agreed here that they are what they're looking for as

19   the default.

20   Q.    Okay.

21   A.    So they are seeking out a default GSE.

22   Q.    Have you seen any testimony -- because you asked me what do

23   I mean by "everybody."  Have you seen any testimony in this

24   trial where somebody testified that it would be a good idea to

25   put something other than a general search engine in a browser's

1  default?

2  A.   Again, I think a lot of the Giannandrea testimony speaks to

3  that, in the sense that I read his testimony to say Apple wants

4  to provide the best answers they can in the default searches,

5  like Spotlight or Siri.  And in a lot of cases, they use sources

6  far beyond GSEs.

7  Q.   Okay.  So you're saying that they send Safari queries to

8  places other than Google in the search box?  Is that your

9  testimony?

10  A.   I mean, his testimony will speak for itself, but my

11  recollection and my read of it was he said that Apple intercepts

12  a lot of queries, and when they do, they're seeking information

13  from a wide variety of sources beyond just GSEs.

14  Q.   Now, GSEs define themselves as answering all queries;

15  right?

16  A.   That sounds right in general.

17  Q.   Browsers want GSEs in the default positions because they

18  want a search engine that can handle all sorts of queries?

19  A.   I think that's consistent with what I talked about

20  yesterday.  GSEs is kind of the Swiss army knife to the browser.

21  Q.   There's a cost to the user for a null response or a useless

22  response from a search engine?

23  A.   I think I agree with that generally, yeah.

24  Q.   Users don't like to get useless or null response.

25       We can agree on that; right?

A.    I think users like to get the best response they can to
their query.  That's what they're seeking when they decide where
to go.
Q.    So if they go to a search engine and they put in a query
and they get a null response or a useless response, that's
something that's not helpful for them.  They don't like that.
Right?
A.    I agree with that.
Q.    Okay.  And part of Google's brand is their ability to
answer responses and not give a null or useless response; right?
A.    I think Google is building a reputation of being able to
answer, you know, all queries.  Other SVPs are building a
reputation of being better than Google on certain types of
queries.
Q.    Now, you mentioned TikTok.  TikTok does not provide -- do
you know what a SERP is?
A.    Yes.
Q.    What's a SERP?
A.    It's a search engine response page.
Q.    Okay.  TikTok does not provide a SERP in response to a
query; right?
A.    I think as we usually define a SERP, that would be correct.
They answer in a different form.
Q.    If you're a user and you want SERPs, then TikTok doesn't
provide that; right?

8676

1    A.    If I want the way -- I don't think most users know what a

2    SERP is.  But if I want the thing that we call a SERP, if I

3    really like that, then TikTok wouldn't provide that.

4    Q.    Okay.  So let's make sure we're all on the same SERP page.

5          A SERP has those blue links or some links; right?  Can we

6    agree on that?

7    A.    That sounds right.

8    Q.    Okay.  And it may have an answer, it may have other kinds

9    of information, but it has it in a written form so that a user

10   can look at it and examine the different possible results;

11   right?

12   A.    Yeah.  Generally, it's going to have some text, maybe some

13   pictures, but it's going to have a page that returns some

14   results, at least some of which are links, some of which may be

15   information boxes.

16   Q.    Okay.  And it may have links to YouTube or something?  It

17   may have some video; is that right?

18   A.    It could.

19   Q.    Okay.

20   A.    It could have video on the page in some cases.

21   Q.    If I put -- so if I wanted an auto parts store near me and

22   I put that into a general search engine, the SERP shows the

23   answers in milliseconds, right, hopefully in milliseconds, about

24   auto parts stores and the like; right?

25   A.    In general, yes.

Q.   Okay.  If I put that same query, "auto parts store near me"
into TikTok, do you have any idea what I would get?

A.   I don't know for that query what I would get from TikTok.

Q.   Okay.  But whatever I got, I would have to watch a video;
right?

A.   Yeah, I honestly don't know.  TikTok is mostly about
videos.  So it may have links, too.  TikTok is not one I use a
lot.  I would advance Yelp as the obvious alternative in that
case.

Q.   Okay.  But you talked about TikTok.  So TikTok does not
offer a SERP with listed answers.  It offers -- to any query.
It offers video, where if you want to find out if you've even
got a useful answer, you have to watch video; right?

A.   Again, I'm not positive everything is video.  It's mostly a
video source.  I don't think I talked much about TikTok as a
search competitor, although I understand from my kids that they
use it that way.

Q.   Now, there are many, many Google documents in this case, a
lot entered into evidence, where Google compares itself to Bing
for a variety of reasons; right?

A.   Yeah, I agree with that.  There's lots of documents where
Google compares itself to many different companies.

Q.   Okay.  But my question --

A.   Certainly Bing is one.

Q.   And Google and Bing return relevant results in response to

1    a broader range of queries than does Amazon; right?

2    A.    That sounds correct.

3    Q.    Google's interior analysis of who its competitors are is

4    useful in identifying its competitors; right?  There's some

5    value into looking at who Google thinks it competes with on the

6    search side.  All these questions are on the search side.  We're

7    going to get to ads.

8         On the search side, Google's analysis is useful in figuring

9    out who its search competitors are?

10    A.    Broadly speaking.  I mean, as long as you look at all of it

11    and you interpret -- you know, you understand the context, but

12    broadly speaking, as long as we look at the universe of it, it's

13    useful.

14    Q.    Okay.  And so we're going to go to -- we're going to try

15    not to over-binder you, but we have a lot of information.

16    A.    I've never had that verb before, but I may use it myself.

17    Q.    We're going to hand up a binder of exhibits.

18         May I approach, Your Honor.

19         If you go to 7001 in the binder, and we're going to put

20    this on the screen, too.

21    A.    7001.

22              THE COURT:  It's the last tab.

23              THE WITNESS:  The last tab?

24              THE COURT:  Yeah.

25              THE WITNESS:  Thank you.

1              BY MR. DINTZER:

2    Q.    Have you seen this document, sir?

3    A.    I've seen documents like this.

4    Q.    Okay.  This is a summary exhibit that the plaintiffs have

5    entered in showing -- it accumulates information from a variety

6    of exhibits that occurred in Google over a number of years.  And

7    this was Google's measure of its share of clicks for years.  And

8    you're welcome to look through it.

9          My question is, for years, Google evaluated its search

10   share when comparing itself to Bing and Yahoo!; is that right?

11   A.    Yeah, I think -- I testified for a long time Google has had

12   reports like this where it -- one of the reports it does is

13   click shares of the GSEs.

14   Q.    Right.  And in these -- in all of the ones listed here,

15   almost -- I think there might be one or two where it compares

16   itself to Ask or one of the others, but it almost uniformly just

17   compares itself to Bing and Yahoo!; is that right?

18   A.    Yeah, in these tables, the comparison is to Bing and

19   Yahoo!.

20   Q.    And they add up to about 100 percent.  So in these tables,

21   when comparing itself to Bing and Yahoo!, Google is only

22   comparing itself to Bing and Yahoo! regarding search click

23   shares; right?

24   A.    These tables, even in the notes, say these are shares of

25   GSEs.  There are lots of other documents that say lots of other

1    things, but these documents are computing shares among GSEs.

2    Q.    There are lots of other documents that do say a lot of

3    other things.  But in your search analysis to the Court, you

4    didn't cite any of them; right?

5    A.    There certainly -- you asked me this yesterday, and I was

6    thinking about it.  There certainly are other documents cited in

7    the slides about ways Google is investing and so on.  I think

8    the slides themselves didn't spend a lot of time on documents.

9    Q.    Okay.  And I think that's a way of saying yes, I'm right,

10    that you did not cite any of those documents?

11    A.    I mean, I think you're referring to documents that I'm

12    talking about that refer to competition with Amazon or Yelp or

13    others.  Those are certainly in the report.  I think you're

14    right that I focused on data for those topics in the slides.

15    Q.    Okay.  So let's go to UPX472, which is in evidence, Your

16    Honor.

17         And this is just one of the components of the 7001 document

18    that we were just looking at.  And this is where in November

19    2010, they're circulating their search numbers.

20         If you look at the CUP data, which is the first set of

21    date, where they have Google, Bing, and Yahoo!.

22         Do you see that?

23    A.    I do.

24    Q.    Okay.  And again, it adds up to 100 percent.  And we asked

25    Dr. Varian about this, and UPXD062, we can see his testimony.

He testified that they could have included Amazon or Facebook.
Okay?

　　"Question:  And if Google had wanted to and asked the CUP
people to do it, they could have added Amazon and Facebook and
whoever else?

　　"Answer:  Right.

　　"Question:  And they never did.  None of the Penny Chu
reports have search shares for Facebook or Amazon.  Right?

　　"Answer:  In this survey, they never -- yes, they never did
that for this survey."

　　So Google could have said, well, how about these other
people, and they chose not to compare themselves in these
reports to anyone other than general search engines; right?

A.　For his answer, this is the survey they did.  I agree with
that.

Q.　Okay.  And as we said at the beginning of when I started,
this is some information that has to be considered in figuring
out the search market; right?  What Google actually did in
real-time is relevant; right?

A.　When I -- I think my earlier answer is what I would say.
The full set of Google's competitive documents is relevant.

Q.　Okay.

A.　I don't think slicing them into documents on one topic or
another is particularly relevant without looking at the full set
of documents.

1    Q.    Okay.  Have you looked at the full set of documents?

2    A.    It's a large record, but I've tried to review lots of

3    documents that I've cited.

4    Q.    Okay.  So let's go -- now, from at least 2017 through 2019,

5    Google calculated quarterly general search market shares.

6          Are you aware of that?

7    A.    Yeah, I didn't recall they were quarterly, but that sounds

8    plausible.

9    Q.    But you knew that they were calculating these search market

10   shares; right?

11   A.    I knew they had been calculating these sorts of shares.

12   Q.    Let's go to UPX0475.

13         Your Honor, this is in evidence, and parts of this are

14   redacted.

15         So let's go to 744, sir.  It's in your binder.  We're not

16   going to say the numbers.

17   A.    Sorry.  Which one am I looking at?

18   Q.    Bates 744.

19   A.    But within tab 475?

20   Q.    Yes, sir.

21         If you would look at the top heading -- and we're not going

22   to say the numbers because we don't have to -- you will see at

23   the top it says "desktop search query share" and "mobile search

24   query share."

25         Do you see that?

1    A.    I do.

2    Q.    And do you see that it shows for mobile search query share,

3    it shows 77 -- 97 percent?  Do you see that?

4    A.    I do see that number.

5    Q.    Okay.  And for desktop, it's 84 percent?

6    A.    I see that number, yes.

7    Q.    And you understand that those numbers are relevant to

8    general search engines, not including Amazon or Facebook or

9    anything like that, because they wouldn't be those numbers if

10   they were?

11   A.    I actually don't know what these particular numbers are,

12   but if that's your representation, I don't have a quarrel with

13   it.

14   Q.    Okay.  And you don't dispute that Google has routinely

15   created query share, search share numbers where it only compares

16   its itself to general search engines?  You're not disputing

17   that?

18   A.    I'm not disputing there's a set of documents that compute

19   share -- I mean, I think I talked about it in my direct

20   testimony, compute shares in this group.

21   Q.    Okay.  And you've never seen Google calculating market

22   share on a query-by-query basis?

23   A.    I don't know what that means exactly.  These are counting

24   up queries.

25   Q.    Okay.  Well, fair enough.  You've never seen a document

1    where Google says let's look at query "how tall is the Eiffel

2    Tower" and said okay, what's our percentage of the market for

3    queries about how tall the Eiffel Tower is, what's our

4    percentage of -- you haven't seen them do that, have you?

5    A.    Not fully disaggregated like that.  I've certainly seen

6    them do a lot of analysis by vertical.

7    Q.    Okay.  And there are industry resources out in the market

8    where you can buy measures of query share -- I'm sorry, of

9    search share or market share for the general search engines; is

10   that right?

11   A.    That sounds right.

12   Q.    Okay.  So, you know, like Comscore, StatCounter, eMarketer,

13   those are corporations that actually assemble and sell market

14   share data; right?

15   A.    They sell a lot of data, including share data.

16        I should be clear, in your earlier answer, you said for the

17   general search engine market.  Obviously, I disagree that's a

18   thing.  But they compute shares for general search engines.

19   Q.    Okay.  So another place we can look at is sort of in the

20   industry, there are calculations out there by third parties

21   measuring general search engines and how that -- if you don't

22   want to call it a market, how those people divide up what

23   they're doing; right?

24   A.    Yeah, I agree.  There's a set of firms that compete in that

25   way, and there are people who are computing how well they're

1    competing within that group.

2    Q.   And some people must be interested, because those companies

3    wouldn't go to that effort if they didn't have somebody to sell

4    it to; right?

5    A.   I think people are interested in data of many, many cuts,

6    and certainly, one interesting cut is to look at yourself versus

7    other GSEs.  Others look by vertical at your competition that

8    exists there.

9    Q.   But I'm talking about third parties.  Third parties have an

10   interest in looking at data about how the GSEs distribute GSE

11   queries; right?

12   A.   I agree that's one cut that they do.  We certainly also

13   looked at lots of third-party information that's by vertical

14   that looks at SVPs versus GSEs.  I think all of that is data

15   that helps you understand all the elements of competition.

16   Q.   Okay.  So let's go to UPX2022.

17        This is in evidence, Your Honor.

18        Are you familiar with this document, sir?

19   A.   I don't remember.  It's -- I just don't remember.

20   Q.   There's a lot of documents in the case.  I understand, sir.

21   You've got the binder, but we're going to try to make this

22   easier for you and I on the screen.

23   A.   We probably share eyes that don't work as well as they used

24   to.

25   Q.   Okay.  And so this is a document where Google compares

```
 1    itself to Bing.  You can see the title.  So that's a giveaway;
 2    right?
 3    A.   Yeah, this looks like a document of a comparison between
 4    Google and Bing.
 5    Q.   And if we go to the fourth page, Bates 593, and we're going
 6    to bring it up so it's easier to see.
 7         And do you see the heading "Bing is faster in part due to
 8    our server-side latency increasing since Q3 2106"?  Do you see
 9    that?
10    A.   I do.
11    Q.   So this would be an example where Google is comparing
12    itself to Bing not on search share but on another avenue,
13    latency; right?
14    A.   Correct.
15    Q.   Okay.  And we will agree that latency is one way that
16    Google and Bing compete against each other; right?
17    A.   It's one way that -- yes, I think Google and Bing and many
18    others, most websites compete on this basis.
19    Q.   Okay.  And have you seen any documents comparing Google to
20    SVPs on latency?
21    A.   There are lots of documents that compare Google to Amazon
22    and other SVPs on lots of dimensions.  Whether latency is one or
23    not, I don't remember.
24    Q.   Okay.  No further questions on that document, sir.
25         Let's go to UPXD063.  That's not in a binder.  It's just
```

1    going to be a slide, although we're happy to pass them out.

2         May I approach, Your Honor?

3              THE COURT:  Sure.

4              BY MR. DINTZER:

5    Q.   Just to make it easier to see, sir.

6         And so are you familiar -- you're welcome to look through

7    this.  I know that you've been following the trial.  Are you

8    familiar with the testimony -- all the testimony that we see on

9    this slide?

10   A.   Generally, yes.  I've read some of this more completely

11   than others.

12   Q.   And so we have had testimony, like from Mr. Higgins:

13        "Question:  During your time in device marketing, has

14   Verizon ever set a vertical search provider as the default

15   search engine on a device?

16        "Answer:  I'm not aware of that happening."

17        Mr. Weinberg:

18        "Question:  And who does DuckDuckGo consider to be its

19   search engine competitors?

20        "Answer:  Really, most of our users switch to Google, so

21   like far and away."

22        Mr. Tinter from Microsoft:

23        "Question:  And thinking about the market today, who are

24   Bing's search competitors?

25        "Answer:  Candidly, when we talk about competition, it's

1    one company, it's Google."

2        Do you see that?

3    A.    I do.

4    Q.    Okay.  So there was significant testimony at trial about

5    people viewing Bing and Google and DuckDuckGo, participants in

6    the general search market, as competitors; right?

7    A.    I certainly agree they are competitors.

8    Q.    Okay.  And Mr. Weinberg and Mr. Tinter, they didn't

9    identify Amazon as a search competitor?

10   A.    Not in these answers, no.  They seem to be focused here on

11   Google.

12   Q.    Okay.  No further questions on that document.

13       Sir, Android -- and I know that you're not doing the

14   conduct part of the case.  So -- you are familiar roughly with

15   the RSAs; right?

16   A.    Yes.

17   Q.    Okay.  Android RSAs in the United States, they put

18   restrictions on counterparties, whether they're OEMs or

19   carriers; right?

20   A.    Generally, that sounds right.

21   Q.    Okay.  And in the U.S., they prevent the pre-installation

22   of, quote, alternative search services.

23       Are you aware of that?

24   A.    Generally, yes.

25   Q.    Okay.  And this prohibits the pre-installation of other

1  general search engines like Bing that are close substitutes to

2  Google; right?

3  A.    Yeah, I think that's fair.

4  Q.    Okay.  The RSAs do not prohibit the pre-installation of

5  specialized verticals like Amazon or Yelp; right?

6  A.    That's my understanding.

7  Q.    Right.  It also does not prohibit the pre-installation of

8  social networks, like Facebook and Instagram or TikTok; right?

9  A.    That's also my understanding.

10  Q.    So when Google was designing the RSA to ensure -- to

11  protect its defaults, to get its defaults, it contractually

12  prohibited Bing apps. but not Amazon or TikTok; right?

13  A.    I don't think that's a complete description of how the RSAs

14  are designed or why.  I agree with your characterization of

15  what's in them, but I don't think -- I think you give a very

16  narrow description of what the RSAs have to accomplish.

17  Q.    Okay.  And that's fair, and that's really a conversation

18  that I'm going to have to have with Professor Murphy.  So I'm

19  not trying to shoehorn you into the why.  It's really the what.

20      Google said to the OEMs and to the carriers in the

21  agreements it's okay for you to put -- we're not going to

22  prohibit you from putting TikTok and Amazon and Facebook, we're

23  not going to prohibit you from putting those on the devices;

24  right?

25  A.    That's what they say.

1   Q.   Right.  But they do prohibit and cite exclusivity regarding

2   general search engines?

3   A.   Yes.  I mean, I have views on the why, but those aren't

4   opinions I'm offering.

5   Q.   And that will save both of us time.  Like I said, this is a

6   conversation we're going to have to have with Dr. Murphy.

7   A.   Okay.

8   Q.   Now, if I decide I don't want to use Google Search anymore,

9   look, for whatever reason I don't want to use it anymore, maybe

10  because I don't like their privacy policy, what's my next best

11  option?

12  A.   It depends on the search.

13  Q.   Okay.  And so in trying to figure it out, are you saying

14  that if I give up Google, every time I make a search I'm going

15  to have to say okay, where am I going to put this?  There's not

16  some other search engine out there that kind of does the same

17  thing as Google and that I might go to instead?

18  A.   To me, those are two different questions.

19       As I said clearly in my testimony, my view of common sense,

20  I think, and the evidence is that every time a user makes a

21  search now, they decide where to put it.  So if I wasn't going

22  to use Google anymore, when I shop, I would always start on

23  Amazon, even if sometimes today I start on Google.

24       The answer would be different if I was looking -- if I was

25  looking up presidents, I would probably start on Wikipedia.  But

1    I think users make a decision search by search, and if they said

2    never Google, then they would decide what to use minus Google in

3    the consideration set.

4    Q.   I'm writing down what you're saying, because we're going to

5    talk about it.  I may not be word for word, but every time a

6    user does a search, they decide where to put it.

7         Is that roughly what you just said?

8    A.   Yeah, there's a decision each time I query something.

9    Q.   Right.  If that was the case, then defaults would have no

10   value at all; right?  Because if every single time I said to

11   myself where am I going to put this one, then the value of a

12   default would be zero, because I would be, you know, every

13   single time making that decision; right?

14   A.   I don't see how those follow.  There's been lots of

15   testimony about the value of defaults, which is basically this

16   sort of -- Professor Whinston even said it gives you a

17   convenient position.

18        So I'm not denying that having a convenient position or a

19   convenient app. might affect the decision each time you search.

20   I'm just saying each time I search, at least, I think about is

21   Google a good place for this, or am I going to find it better

22   somewhere else.

23   Q.   So let's go to UPX0811, which is in evidence.  And there's

24   a cover, and then there's a -- and you can tell me if you've

25   seen it.  I'm really going to be asking about the deck.  So we

1    can go to the next -- to the first page of the deck,

2    please, "private searching on Google."

3        Have you seen this?

4    A.    I'm not recalling this one, although this is only the cover

5    page.  So --

6    Q.    Okay.  And the cover kind of gives you a tip-off about what

7    we're going to be talking about.

8        This is prepared in June 2019.  Do you see that?

9    A.    I do.

10   Q.    Okay.  And so we're going to go to -- and I'll just spill

11   the beans.  This is a Google document considering a privacy

12   mode.  Okay?

13   A.    Okay.

14   Q.    We're going to go to page -- Bates 4416, page 16 of the

15   deck.  So this is not going to be on the slide for

16   confidentiality reasons, but you should have it in your binder.

17   Just let me know when you've got it.

18   A.    Sorry.  I was just using the screen.

19   Q.    I understand, and we would like to do that, but --

20   A.    Just remind me of the tab number.

21   Q.    Yes, sir.  It's UPX811.  That's the UPX.  And the Bates

22   number that you're looking for is -- it's the seventh page,

23   4407.

24   A.    I haven't even found 811.

25   Q.    Just let me know when you're there.

1    A.    UPX811?

2    Q.    Yes, sir.

3    A.    There it is.  Sorry to be slow.

4    Q.    Sorry we can't share it with you on the screen.

5    A.    And tell me the Bates again.

6    Q.    Okay.  So then in that, you're going to go to 4416.

7    A.    Okay.

8    Q.    Okay.  And so this is a Google document considering

9    privacy, and Google is comparing itself to other general search

10   engines with privacy features.

11        Do you see that?

12   A.    I can barely see the page.

13   Q.    I'm sorry we can't blow it up.  Okay.

14        At the top, you will see Google.  Do you see the really

15   small duck?  Do you see a Q for Qwant?  Do you know what Qwant

16   is?

17   A.    I actually don't.

18   Q.    Okay.  Well, let me put it this way:  In comparing itself

19   on privacy, do you see any reference at the top to Amazon or

20   Facebook?

21   A.    I don't see Amazon or Facebook on this page.  It's a very

22   long document that I don't recall.

23   Q.    Okay.  No further questions on it.

24        Let me ask you this:  Have you seen any document maybe that

25   you can cite to the Court where Google compares itself on

1    privacy to something other than a general search engine?

2    A.    I'm not recalling any.  As I said, I haven't focused on

3    privacy, per se.  So I just -- I don't recall.

4    Q.    But you agree that privacy is one of the ways, I think you

5    said this yesterday, that general search engines compete; right?

6    I mean, that's one of the axes of competition?

7    A.    I think I said it seemed like a dimension of quality, but

8    also not one that I focused on on its own terms.

9    Q.    And that's fine.  I'm not going to go deep on privacy.

10   Privacy is a dimension of quality, and quality is one of

11   the ways that general search engines compete; right?

12   A.    I mean, I think it's very much a way that all these

13   platforms -- you know, all these platforms are worried about it.

14   Certainly, it's been an issue for social media sites, for SVPs.

15   Privacy has been an issue they have all focused on.

16   Q.    They all have, including the general search engines; right?

17   A.    That sounds right, yes.

18   Q.    Okay.  Now, you've seen evidence -- we're going to turn to

19   Apple.

20        You've seen evidence that Apple has considered roles it

21   could play as a general search engine and whether it could enter

22   the market; is that right?

23   A.    Generally, yes.

24   Q.    Google has considered Apple as a potential entrant that

25   Google has to worry about; is that right?

1    A.   At that level, that sounds correct.

2    Q.   And Apple has considered entry; right?

3    A.   I mean, I guess Apple's testimony will speak better than me

4    characterizing it exactly that way.

5         Considered entry?  I've certainly seen testimony that Apple

6    has investigated general search and has said it felt that it

7    could enter if it desired to.

8    Q.   Okay.  And your idea about queries, we know that Apple

9    answers some queries.  So at least in your theory, Apple is

10   already in competition with Google to answer any general query;

11   right?

12   A.   Well, I'm not sure I follow that form of the question.

13   Q.   We can pull up an Apple home page.  But I'm guessing -- I

14   actually haven't looked, but I'm guessing that somewhere on that

15   page --

16   A.   Oh.

17   Q.   -- there's going to be a -- just let me finish.  There's

18   going to be a box that can do a search; right?

19   A.   Sorry.  I wasn't trying to cut you off.  I just said "oh."

20   Q.   So if we turn to the Apple home page -- I will confess I

21   haven't looked at it -- we can assume somewhere in that there's

22   going to be a box that can do a search; right?

23   A.   Apple in that sense -- that's why I said "oh," because I

24   was realizing you meant Apple, like on their product page.

25   Apple is a retailer basically that has a search page -- or a

1    search bar where you can search for products.

2    Q.   So in that sense, they're already in competition with

3    Google to answer queries; right?

4    A.   I think I said -- it wasn't one that I featured or said is

5    one of the strongest or biggest competitors in this sense, but I

6    mentioned that retailers generally are places you can go and do

7    some of these queries.

8    Q.   Okay.  And when Apple -- you used the word "redirects."

9    When Apple is on Safari and redirects a query that it handles

10   itself, it's in competition with Google?  It's a query that

11   Google doesn't get; right?

12   A.   And I'm just thinking that one through.

13        I think the word I used was "intercepts."  When Apple

14   intercepts a query that doesn't go to Google, yeah, that's a

15   query that Google doesn't get.

16        Again, Mr. Giannandrea's testimony will be sharpest on

17   that, but I think that was his characterization, too.  Apple

18   wants to get those queries, and those queries don't go to the

19   GSE.

20   Q.   Okay.  So when Apple intercepts queries from Safari, it's

21   competing with Google?

22   A.   I think that's a form of competition, yes.

23   Q.   Okay.  And just so we're clear, that's the Apple

24   suggestions that I think has been discussed at trial; right?

25   A.   I think it included Spotlight and Safari and things.  I

1   think the general testimony was for things that you enter, Apple

2   tries to answer itself when it can.

3        Again, the testimony will speak better than my memory.

4   Q.   Okay.  But you do understand that on Safari, Apple offers a

5   service called "suggestions"; right?

6   A.   That may be.  I don't remember.

7   Q.   Okay.  Do you understand that Apple has its own index and

8   crawls and its own data to answer questions?

9   A.   Yes.  I think some of these intercepts we're talking about,

10  or a lot of them, was Apple's Knowledge Graph, maybe they call

11  it, where they try to collect whatever information they can and

12  answer a lot of things themselves.

13  Q.   And Google has reacted to Apple's possible entry; right?

14  A.   At that level, that sounds right.

15  Q.   Okay.  In Apple's distribution contract, which we're not

16  going to get to the exact price, but it's priced in the

17  billions?  You're aware of that?

18  A.   And I think of it as a revenue share that results in

19  billions of dollars of revenue.

20  Q.   Okay.  And Apple's contract with Google affects Apple's

21  decision regarding entry; right?  It must.

22              THE COURT:  Sorry.  Can you repeat the question?

23              MR. DINTZER:  Of course, Your Honor.

24              BY MR. DINTZER:

25  Q.   Apple's contract with Google affects -- let me make it even

1    clearer.

2    Apple's ISA, where it revenue shares from Google, affects

3    Apple's decision regarding Apple's entry; right?

4    MR. SOMMER:  Objection to form, Your Honor.

5    THE COURT:  I will sustain it insofar as -- are you

6    asking him what Apple actually is -- its motivation is or his

7    opinion about --

8    MR. DINTZER:  The economics of it, Your Honor.

9    THE COURT:  Okay.  He can answer the question to the

10   extent that --

11   MR. SOMMER:  It's certainly beyond the scope of his

12   testimony and his report.

13   THE COURT:  Well, I don't think it's beyond the scope

14   of his direct testimony.  I think he can answer the question to

15   the extent he has a view about the economics of it, but not a

16   view about the evidence as to what Apple's motivations, in fact,

17   are or are not.

18   MR. DINTZER:  Thank you, Your Honor.

19   BY MR. DINTZER:

20   Q.   Do you need the question again, sir?

21   A.   Yes, please.

22   Q.   Okay.  Apple's contract, the ISA, with Google affects

23   Apple's decision regarding entry into the general search engine

24   market?

25   A.   I struggle with it in that form.  I mean, Apple is a firm,

1    like many firms, making what I would call a make-versus-buy

2    decision about how to handle search.  And the ability of a buyer

3    to make a make-versus-buy decision affects the terms that they

4    get from providers.  It puts competitive pressure on Google.

5        And so I think those terms that they get ultimately, you

6    know, Apple weighs its options as a matter of economics.  But I

7    would describe it as Apple having an option to make it itself

8    affects the terms.  It's sort of reverse cause and effect in the

9    way you asked the question.

10   Q.   Okay.  And you gave me a long answer that I'm having

11   trouble parsing.  So I'm going to ask you a very simple

12   question.

13       The contractual terms between Google and Apple affect

14   Apple's decisions regarding entry; right?

15               MR. SOMMER:  Objection; asked and answered.  That's

16   the exact same question he just answered.

17               THE COURT:  I'll allow him to answer it one more time.

18               BY MR. DINTZER:

19   Q.   It's a very simple question, sir.

20   A.   I think the terms it gets are an outcome of competition,

21   and ultimately, Apple got terms from Google that it accepted,

22   and that influences the decision that it makes.

23   Q.   Including the decision to enter?

24   A.   Yeah, I think the make-versus-buy decision puts competitive

25   pressure on Google, leads to terms that led Google to choose to

1    buy, not make.

2    Q.   Now, I understand we're going to disagree --

3            THE COURT:  Sorry.  You mean Apple to buy, not make;

4    right?

5            THE WITNESS:  Yes.

6            BY MR. DINTZER:

7    Q.   If -- I understand we're going to disagree about whether

8    Google is a monopolist.  So this is framed as a hypothetical.

9        If hypothetically Google was a monopolist, it would still

10   have an interest in paying Apple on the ISA to keep it out of

11   the market; right?

12   A.   Sorry.  I'm just struggling with "monopolist" there.  I

13   link that to monopoly power, which I assume means there are

14   barriers to entry.  So if Apple is a credible threat to enter

15   such that it had to be paid a lot of money not to, then I think

16   that fact alone means there's not monopoly power.

17   Q.   So if -- I'm going to try again, and I will use "monopoly

18   power" now.

19       If hypothetically Google had monopoly power and Apple was a

20   potential entrant that it could enter, Google would have a

21   financial incentive to pay Apple not to enter; right?

22   A.   And again, I'm struggling, because to pay it a lot of money

23   indicates that it takes that threat seriously.  Right?

24       And the second factor we look at in monopoly power is

25   barriers to entry.  So the fact of a lot of -- if you're saying

1    there's a lot of payment to Apple because Apple is seen as a

2    credible threat, I think that argues against monopoly power on

3    its own.

4    Q.   Because there's one possible entrant?

5    A.   I mean, it's Apple, and if there's a large payment to them

6    that under your hypothetical is predicated on the threat that

7    they will enter, that factor on its own argues against monopoly

8    power.  It's not the end of the inquiry, but it argues against

9    monopoly power.

10   Q.   Now, in your report, you wrote, "Because any search engine

11   is just a few keystrokes away on any desktop or a swipe away on

12   any mobile device and because searches of different types often

13   occur in different visits, such time costs are minimum."

14        I'm happy to show you your report if you would like to see

15   that.

16   A.   That sounds right.

17   Q.   Okay.  So you're saying that the costs of maneuvering

18   between different search engines, whether it's clicking or --

19   clicking or swiping are minimal to get from one search engine to

20   another; is that right?

21   A.   I think that's right.  Not nonexistent, but in the range of

22   switching costs we see in cases, quite low.

23   Q.   Okay.  So let's look at UPXD065, and that will be on the

24   screen, sir, and I will hand it out, too, just to make sure.

25        May I approach, Your Honor.

1    Do you have that, sir?

2    A.    I do.

3    Q.    Okay.  So this is a Google Search of hiking boots.

4    Do you see that?

5    A.    Yes.

6    Q.    And so if I'm already in a browser, if I put my search term

7    into the top, it's immediately served.  I don't have to go

8    anywhere.  Right?

9    A.    If you're inside a browser and you put your search term in

10    the bar, yes.

11    Q.    Okay.  And so there will be some amount of time to get

12    anyplace else, to any other place to search if I'm already in

13    the browser.

14    We'll agree on that; right?

15    A.    If you wanted to go to Zappos, you would have to put Zappos

16    in the browser and then click.  So there would be one extra step

17    in this example.

18    Q.    Well, let's be clear.  If I put -- if I put -- if I wanted

19    to go to Amazon, I wanted to use the app., I would have to close

20    the browser and open up the app.

21    It would be at least a couple of functions there; right?

22    A.    If I'm on a phone and I'm in any one app., whichever app.

23    it is, I have to click on the other app.

24    Q.    Okay.  So there's some switching costs?

25    A.    In either direction in that case, yes.

1    Q.    Okay.  But if --

2    A.    At minimal, as I said before, but in either direction,

3    there would be one step to click on the other app.

4    Q.    Okay.  Now, the sponsored options -- if we can please bring

5    them up, the sponsored options, those are PLAs; right?

6    A.    Those are examples of -- what you're showing me now is an

7    example of a PLA.

8    Q.    Okay.  And so those include from Adidas, North Face,

9    Palladium; right?

10   A.    That's what's up here, yes.

11   Q.    Okay.  And if we look down below the PLAs, we see one of

12   the blue links for REI; right?

13        We're going to make it bigger.  This is a lot of things,

14   but it is not a sight test.

15        So we have REI.  Do you see that?

16   A.    I do.

17   Q.    Are you familiar with REI?

18   A.    Yes.

19   Q.    And then we have Switchback Travel.  That's a website.

20        Do you see that?

21   A.    I do.

22   Q.    Those are both blue links; right?

23   A.    They are.

24   Q.    Okay.  Now, to find out that all these websites, the three

25   PLAs -- and there's more, of course -- and the two blue links,

1   to find out that all these websites had information about hiking

2   boots would take a number of clicks; right?  I'd have to visit a

3   number of different sites?

4   A.   I mean, it depends how you go about it.  So I'm not sure I

5   follow.

6   Q.   Okay.  On this one general search engine, I found out that

7   I could get -- at least there's some information about hiking

8   books from Adidas, North Face, Palladium, REI, Switchback

9   Travel, and -- right?  I mean, there's more, but we'll start

10  with those five.  Right?  There's some information about all

11  five of them; right?

12  A.   Yes, there's some information about that set of websites.

13  Q.   Okay.  And if I wanted to get information, this same

14  information that's on this general search engine, I would have

15  to visit five websites?

16  A.   I don't know what you mean by "have to."  Are you asking me

17  are there alternative ways to get this information?

18  Q.   For these five, the specific information that I now have in

19  front of all of us, I would have to visit multiple websites?

20  A.   I mean, even here, I would have to visit the websites to

21  figure out more details, but if I want a list of places that

22  sell shoes, there are a few ways that I could do that.

23  Q.   Right.  And we'll get to that.  But that's really not my

24  question.

25       My question is, one of the benefits of a general search

1    engine is that I can get some information about a lot of

2    different websites in one place so that it can help me make a

3    decision about where I want to go.

4         So if I wanted to get the same information that Adidas has

5    the Terrex, that North Face has the men's Vectiv, that Palladium

6    has boots, that REI has boots, if I wanted to get all that

7    information, that would take multiple websites; right?

8    A.    Again, I'm not following the "would take."  GSEs are one

9    way to get information about multiple websites in one place.

10   Lately, I found a very nice way to do it is to ask ChatGPT.

11        So there are different ways to do it.  GSEs are one way to

12   do it.

13   Q.    And -- but does ChatGPT give you a SERP?

14   A.    It gives you a list of websites.  I mean, it depends on

15   what you ask it.  But lately, I found if you ask it where do I

16   find shoes or flights, it gives me a nice list of places to go.

17   Q.    Okay.  And for this web page, for this information,

18   specific information that I'm seeing here -- first of all,

19   Google provided me the information that it thinks is the most

20   responsive to the term "hiking boot"?  We can agree on that;

21   right?

22   A.    Right.  According to its ranking algorithms, that's what it

23   determined.

24   Q.    So if it got it right, so this is the world of good places

25   to look, it would take multiple visits for different websites to

1    get this information?  Yes or no.

2    A.    I mean, that -- I guess going to other websites would be

3    another way to do it, and I agree if you did it that way, you

4    would have to make multiple clicks.  GSEs -- for this sort of

5    information, GSEs can do it.  I think it's a nice -- it's a good

6    use of these new AI tools.  But those are the ways you could do

7    it, maybe the app. store, depending on what you're trying to do.

8         But I agree, if you're trying to find a list of websites,

9    there's a set of tools that can do that, and GSEs are certainly

10   a good one.

11   Q.    One of the things that GSEs do well is they give us a list

12   of websites that have relevant information?

13   A.    I think that's fair.

14   Q.    Okay.  And is ChatGPT -- do you know how often they refresh

15   ChatGPT?

16   A.    I think it depends on the service that you get.  But I

17   think the basic one that you have is the information is a year

18   old or something.

19   Q.    Okay.  So if I'm looking for maybe something a little more

20   up-to-date than a year old, ChatGPT would not be an option to

21   get this type of information?

22   A.    As the simplest form of ChatGPT stands now, that's correct.

23   Q.    Okay.  And you will agree that the information Google has

24   given me is as current as they can make it, up to the minute,

25   hour, something?

A.    I mean, yeah, they're crawling the web.  So it's current.

Q.    Now, you have not done any analysis regarding how much more time it would take people to reconstruct this information that we see here, this type of information, by going SVP to SVP to gather it up?

You haven't sort of said, look -- because in your report, you say that such time costs to bounce around and find this information, you say, are minimal.  But there's no analysis there to show how you've accumulated information to get to minimal.

So is there any analysis where you said, look, if we gathered the information and recreate what is on a SERP, a general search engine SERP, it would take this amount of time?

A.    I haven't added it up for a particular search.  I mean, my point was simply, if I wanted to buy these -- if I wanted to get a good list of shoes from a variety of vendors, I can go to Zappos, and that would be minimal cost.

Q.    Right.  And that would give you some information.

It wouldn't give you REI, though, would it?

A.    It wouldn't give me the exact same list.

Q.    But let's be specific.

A.    If I wanted REI -- for REI in particular, I would just go to REI.  But if I wanted -- if I know that I want a set of shoes, I could go to Zappos, and that would be minimal cost.

Q.    That would.  That would give you a set of shoes.  But what

1    Google gives you is more information about a variety of vendors.

2         So REI-specific, that would be one piece of information

3    that if you went to Zappos you would be missing out on, even

4    though Google thinks that's the best response; right?

5    A.   I mean, the response at the top are a list of shoes, and

6    then it thinks the best -- it gives you the best place to go is

7    REI.

8    Q.   Okay.  And that wouldn't come up if you went to Zappos.  I

9    need you to clarify that.

10   A.   I don't know, as I sit here, if Zappos sells the REI brand

11   or not.

12   Q.   Okay.  So you talked about one-stop shopping in your

13   direct.

14        Do you remember that?

15   A.   Yes.

16   Q.   And you agree that one advantage a general search engine

17   has over verticals is that it can handle virtually any type of

18   query; right?

19   A.   I don't know that I would call that an advantage.  It's a

20   fact.

21   Q.   Okay.  Well, browsers think it's an advantage because

22   that's why they want them; right?

23   A.   Right.  So browsers -- we talked about this.  Browsers need

24   a backstop.  So if browsers have a choice, they're giving users

25   a Swiss army knife.  But users who want to cut something don't

1    necessarily think the Swiss army knife is better.

2    Q.   Okay.  So let's go to slide 25 in your set.

3    A.   I may be over-bindered now.

4    Q.   And we may have more.  If you need a hand at any time, sir,

5    please let us know.

6         And just let me know when you're at slide 25, sir.  And we

7    also have it on the screen for you.

8    A.   Oh, okay.

9    Q.   To be clear, these are sessions, not queries; is that

10   right?

11   A.   These are visits.

12   Q.   Visits.  So you're comparing the number of visits, but

13   you're definitely not counting queries, just to be clear?

14   A.   Well, I am giving information on the number of queries per

15   visit.  That's in the text box.

16   Q.   Right.

17   A.   But the unit of observation is a visit, and then I'm giving

18   various facts about visits.

19   Q.   Okay.  And so let's say I wanted to run a search about the

20   next Nationals baseball game, which of course now won't be until

21   next year, but maybe I want to buy ahead.

22        A general search engine can handle that query; right?  We

23   can agree on that?

24   A.   As I understand it, the query is "who do they play next" or

25   something?

1    Q.    Sure, or just "Nationals baseball game."

2    A.    A general search engine would give you responses to that

3    query.

4    Q.    Okay.  And remind me -- you say at the bottom, it says,

5    "User action separated by five minutes of inactivity"; right?

6    A.    Yes.

7    Q.    And just so we're clear, is inactivity, if I go and maybe I

8    spend six minutes on the Nationals ticket site, which may take

9    me to Ticketmaster, Nationals ticket site, and I take six

10   minutes to buy those tickets, does that mean that we're

11   resetting the clock on your exhibit?

12   A.    This is Google's ordinary course definition.  So I believe

13   if you're not engaged with Google in some form for five minutes,

14   that would be seen as another visit to Google after that.

15   Q.    Okay.  So I go to the Nationals website, and I spend six

16   minutes, and I buy my tickets.  And then I go back to the

17   browser at the top, the URL, and I hit a new query, because it's

18   been six minutes, this thing counts that as a whole new visit;

19   right?

20   A.    Right.  It would see it as a separate engagement with

21   whatever you choose to do next.

22   Q.    So it would take us all the way back to 1; right?

23   A.    It would -- I don't what you mean by "all the way back to

24   1."  It would restart another visit.

25   Q.    But what you're showing, the 1, 2, 3, 4, you're showing the

1    number of queries, right, in a certain amount of time?

2    A.    This is the number of verticals reached in a single visit.

3    Q.    The number of verticals reached in a single visit?

4    A.    For the percent.  One would say whatever this percentage

5    is, I won't say the number, a visit has that many verticals

6    or -- yeah.

7    Q.    Okay.  And I put it in a different way.  Let me try putting

8    it this way:  The visit starts -- we start out fresh, and the

9    visit starts, and if I go -- according to you, if I go Amazon

10   and then within five minutes I do healthcare, then I get two

11   within that visit; right?

12   A.    Yeah, so if I interact with Google to go look at Amazon and

13   then a healthcare within Google in that visit, that's two

14   verticals.

15   Q.    Okay.  And so that would take me to the number 2 here;

16   correct?

17   A.    Correct.

18   Q.    I wanted to make sure we understand.

19         So if I go to Google and I go to Amazon and I spend six

20   minutes and then I go back to Google and I go to healthcare,

21   that counts as two one-query visits; right?

22   A.    Correct.  Those are separate -- the way Google is

23   identifying this, those are two interactions with Google.

24   They're separate visits; they're separate interactions.

25   Q.    So if I'm interacting with whatever the places that I go to

1    are for any amount of time, it will -- according to this

2    approach, it will de-aggregate how many verticals I'm visiting,

3    I'm actually going to, because what -- the visit length is only

4    five minutes; right?

5    A.    Well, the break has to be five minutes.

6    Q.    Okay.

7    A.    So the ordinary course logic of Google that I agree with

8    and am using is that if there's five minutes in between the

9    interaction, the next time you go to Google, you know, you're

10   having a separate interaction with it.

11        And I take it if you did Amazon, went away for five

12   minutes, and later you're going to go to healthcare, my point is

13   that there's a separate decision when you go to healthcare where

14   you get that information.  And you could go back to Google, or

15   you could go straight to WebMD, or you could go to an app. on

16   your phone.  But it's a separate decision you make some period

17   of time later.

18   Q.    Well, you're saying I went away.  I didn't really go away.

19        Let's go back to 25, because what you're doing is you're

20   drawing a conclusion from how big the number 1 bar is; right?

21   You say that most people are only going for a single topic.

22        But if I go onto Google and I get my -- and I

23   put "Nationals baseball" and I get my tickets and then I go back

24   to the URL without going anyplace else and I want to check out

25   the weather for the game in two days and then I futz around with

the weather website because maybe there's a hurricane and I get
interested in something for six minutes and then I go back to
the URL and I want to find a good place to eat near the
ballpark, in reality, I've used the Google search engine
repeatedly to find different things in what you call different
verticals, but -- and you're breaking that up so that they all
become 1.

    But in the way that I experience that as a typical GSE
user, I've just sat there at my computer and made a series of
searches and interacted with the product at the end of the
searches.

                MR. SOMMER:  Objection to the form.

                MR. DINTZER:  That may be a bit long, sir.

                MR. SOMMER:  Is there a question?

                MR. DINTZER:  That's entirely fair.  Let me try to
shorten that one.  I was on a roll, Your Honor.  I apologize.
Let me simplify it.

                BY MR. DINTZER:
Q.   You're drawing a conclusion from the big 1 model, that
people are not using a Swiss army knife, that they're just using
a knife; right?  You're making a conclusion from that.
A.   I'm making a conclusion from the way they're interacting
across different visits.
Q.   Okay.
A.   I mean, I can respond to your earlier question if you want

1    me to.

2    Q.    We got an objection.  So I -- the key here is the

3    definition of a visit.  If we change that number from five

4    minutes to in 30 minutes, then one would go down, and the others

5    would go up; right?

6    A.    You would be requiring a 30-minute break between them.  So

7    this is Google's ordinary course definition, which is why I use

8    it.  But if it required a 30-minute break, then you could have

9    places in between them where there was a ten-minute break and

10   somebody comes back and you would count that as one interaction.

11        I intentionally stuck with Google's ordinary course

12   definition to get at this idea.  Implicit in your earlier

13   question was each time you go back to the URL, which first of

14   all is a very PC and not mobile concept, but second of all, it

15   was a decision.

16        I tend to think in this case in terms of the phone.  So if

17   I'm on Google and then I go to Amazon for five minutes and then

18   I choose what to do next, and that may be go back to Google or

19   it may be do something else, but it's a separate decision.

20   Q.    So I think you answered my visit question.  If the visit

21   was defined to be a longer period of time, the 1 bar on slide 25

22   would go down, and the others would go up?

23   A.    I think you would be aggregating together what Google

24   considers to be separate visits.  So by aggregating, you would

25   have that effect.

1    Q.   Okay.  And if it turns out that the way people search is

2    that they don't -- they actually spend time on the places that

3    they've searched before they go back to the Safari browser on

4    their iPhone, if it turns out they do that more often, then it

5    would make these other bars go up; correct?

6    A.   I don't think the bars would change unless we changed the

7    definition of a visit.

8    Q.   You haven't done the analysis -- that's fair.

9    A.   The bars wouldn't change unless we changed the definition

10   of a visit.

11            THE COURT:  I take the point.  Why don't we move to

12   the next topic.

13            MR. DINTZER:  Okay.  Thank you, Your Honor.

14            BY MR. DINTZER:

15   Q.   And in your deposition, I asked you in which SVP I could

16   search for the query "restaurant in Southwest D.C. with a red

17   awning that sells biscuits."

18       Do you recall that?

19            MR. SOMMER:  Page number, please.

20            MR. DINTZER:  That's at 133 and 134.

21            MR. SOMMER:  Thank you.

22            BY MR. DINTZER:

23   Q.   Do you recall me asking that?

24   A.   I didn't hear the question.

25   Q.   I will repeat it.  In your deposition, I asked you which

1    SVP I could search for the query "restaurant in Southwest D.C.

2    with a red awning that sells biscuits."

3    A.    I recall that.  And I think I said Yelp.

4    Q.    Okay.  Have you actually looked at Yelp to see what kind of

5    an answer they would give?

6    A.    I have not.

7    Q.    Okay.  And so let's put that up on the screen.

8         And it says "no results for restaurants in Southwest D.C.

9    with a red awning that sells biscuits."

10        So this would be a null response; right?

11   A.    It appears to be for that particular query.

12   Q.    Okay.  And so if you don't know which SVP is the best

13   option for your search, finding the best information could take

14   many clicks; right?

15   A.    Yeah, in general, if you don't know the best information to

16   get you the best answers that you want, you might have to try

17   more than one thing.  I think that would include a GSE, too,

18   because if you start to get into information like this, then

19   GSEs often don't give you what you want.

20   Q.    Can we agree that this search would probably give me some

21   response on a GSE?

22   A.    I'm sure it would put something up.  This is only personal

23   experience, but I find when it's specific to things like this,

24   what I get from a GSE is not really getting me there.

25        Another option that I might use, thinking about it sitting

1    here, would be to go to Apple Maps.  But my experience would

2    be a query like this, to get something this specific would

3    probably take some experimentation across different sources.

4    Q.    And that would take time?  You would have to drop yourself

5    into various SVPs to get information; right?

6    A.    Or GSEs.  I don't know that you would get information from

7    a GSE that would be this precise.  You might for this query.

8    You may have tried it.  But when I'm trying to get something

9    specific about what's on Sixth Street in D.C., a GSE doesn't

10   always get me what I'm looking for either.

11   Q.    But one of the problems with your vertical approach is

12   that -- let me ask it a different way.

13         If I'm searching for information on SVPs and I don't know

14   which SVP is the best one to answer it, unless I go to a GSE, I

15   have to hunt and peck amongst SVPs; right?  Those are the two

16   options?

17   A.    If I don't know the best source, I may have to try various

18   ones.  I'm just saying, I don't think, for a query like this, I

19   have any sense that a GSE is necessarily the best source.

20         I take your point that if I don't know, I have to look, and

21   in some cases, it might be a GSE.  In other cases, I'm quite

22   sure it's Maps or Amazon.  But if I don't know, then I have to

23   figure it out.

24   Q.    Okay.  And there's a cost to that?

25   A.    In cases where I'm not sure who is going to give me the

1    best information, there's a cost to searching.

2    Q.   Okay.  So in the deposition, I asked you about if I wanted

3    to change the oil of a 1960s Ford Mustang, what website I would

4    go to.

5    A.   I think you asked me about a particular year that somebody

6    told me didn't exist.

7    Q.   It turns out that -- I said '63.

8    A.   Afterwards, I was criticized for not knowing there was no

9    such thing.

10   Q.   It turns out that '65 was the first product year.  So I got

11   that one wrong.

12        But do you remember the answer that you gave me?

13   A.   I don't remember.  Maybe -- I don't remember.

14   Q.   Okay.  Cars.com.  And they sell cars.  They don't have any

15   information about that.  Both general search engines, Bing and

16   Google, do have information about it.  Okay?

17        Can we pull up UPXD067 -- I'm sorry, 068.  Okay.

18        Okay.  So these are both general search engines that have

19   the query put into the top.  And both of them have blue links

20   for something called cjponyparts.com.  Okay?  It turns out that

21   that's a website that has information about how to change your

22   classic Mustang's oil.

23        Do you see that?

24   A.   Not really.  The screen is very blurry.

25   Q.   Okay.  I can hand it out.  I don't know that that's going

1    to be any better.

2         May I approach, Your Honor?

3              THE COURT:  Sure.

4              THE WITNESS:  Yeah, just the screen is blurry.

5              BY MR. DINTZER:

6    Q.   So you see that the first blue link is to cjponyparts.com?

7    A.   I do.

8    Q.   You didn't know about the website.  I didn't know about the

9    website.  But this website actually has information about how to

10   change your classic Mustang's oil.

11        Do you see that?

12   A.   I mean, I don't know what's on the -- it looks like they

13   have some information here about that, yeah.

14   Q.   Okay.  One of the benefits of a general search engine is

15   that it can answer a query, even if I don't know -- even if I

16   have no idea which SVP might have information; right?

17        So you talked about hunting and pecking and looking around.

18   But this is one that unless you knew to hunt down cjponyparts,

19   this is one none of us would have thought to look at without a

20   general search engine.

21   A.   I wouldn't know.  I'm not a car guy at all.  But I agree

22   that if you have no idea where to look, you could type into a

23   GSE and it may give you an answer.

24   Q.   Okay.  And so -- and the other part of my question, if you

25   have no idea where to look, if you don't use a GSE, what's your

1  other option?

2  A.   Again, I think generative AI tools are becoming another

3  option for this.  I take the point, and I agree, that there are

4  cases where people search on GSEs.  I think the bigger point I

5  was making is if you're a car person or the first time you learn

6  about this site, if this is an SVP that has a lot of car

7  queries, you could use it forevermore.

8      There are cases where the first search in a session or the

9  first search of your life is on a GSE.  Then you learn about

10  SVPs, and then you use them.  Especially in a mobile setting,

11  what happens to me usually is the first search I do is on a GSE.

12  The second search is on the app. store.  And the third search is

13  on the particular app.

14  Q.   Okay.  And you know what a nav query is; right?

15  A.   Yes.

16  Q.   What's a nav query?

17  A.   It's a query where you're seeking to go to another site.

18  Q.   Okay.  And so a lot of people, a lot of people use a GSE to

19  navigate, for nav purposes; right?

20  A.   You mentioned putting it at the top.  A lot of people use a

21  GSE with the bar at the top.  And a nav query is basically just

22  whether do you type dot-com or do you let the search engine do

23  it.

24  Q.   Right.  But if you don't put the dot-com or maybe you don't

25  know the exact -- it's cjponyparts, and you can't remember

1    exactly if there's a space or a dot, so you just type

2    "cjponyparts," that's a nav search; right?

3    A.    That would be a query designed to take you to another site,

4    right.

5    Q.    So along with the people who are intentionally searching

6    for things on Google, there are people who use Google to

7    navigate around the Internet based on nav queries; right?

8    A.    Yeah, for sure.  We talked about navigation queries.  I

9    talked about them in the report.  I mean, I think of them as

10   another vertical where the competition probably is largely the

11   bar itself or on a mobile phone often is the app. store.

12         But yeah, that's one use of a general search engine, is as

13   this vehicle to take me to other sites.

14   Q.    Okay.  And another -- sometimes people are just wrong;

15   right?  They say, oh, I want this information, but they're wrong

16   about the information, and so they can't find the right website;

17   right?

18         I will give you an example that was actually raised in

19   testimony by Dr. Nayak.  He said -- and we can pull it up.  It's

20   UPXD98.  But he offered the example of, if you wanted to know

21   more about the TV show Survivor and you typed in NBC Survivor,

22   the problem is that you're wrong about where it is.  So if you

23   went to the NBC website to search, you would be wrong.

24         And so we were talking about when you don't know where to

25   search, but this is another example.  If you're just wrong about

1    some of the information, one of the things -- and Mr. Nayak goes

2    into detail about the fact that they can do this -- is that the

3    general search engine can find you information even when you're

4    wrong about it; right?

5    A.    Yeah, there certainly are occasions where a GSE gives you

6    information where you mistyped the query.

7    Q.    Mistyped, but also, if you said "the Eiffel Tower in

8    London," you could be looking at London Guides for a long time

9    and not finding the Eiffel Tower.  But if you go to a general

10   search engine, they're going to clean that up for you and take

11   you to it; right?

12   A.    Yeah, I agree there certainly are cases where the GSE gets

13   you there.  These are examples of how it helps you navigate

14   somewhere.

15        Just to be clear, I don't ever want to say these GSE

16   services would go all the way to zero.  My point is just when

17   there are SVPs out there, once you find the right one, then it

18   gets the rest of the queries, and that's competition.

19   Q.    So let's talk about air fryers, UPXD070.  So I put in a

20   query "air fryer recipes" into Google and Bing.  And they

21   both -- let's wait until we have it.

22        May I approach, Your Honor.

23        We put "air fryer recipes" into Google and Bing.

24        Do you see that?

25   A.    I do.

1    Q.    And they both show allrecipes.com as a good choice.

2          Do you see that?  We've got a green box on the screen for

3    help.

4    A.    I do.

5    Q.    Okay.  So both those major search engines thought

6    allrecipes.com would be a good place to go for my air fryer

7    recipes.

8          Do you see that?

9    A.    I do.

10   Q.    Okay.  Now, when I asked you about air fryer recipes in the

11   depo, you said food.com would be a good option.

12   A.    Yeah, I'm not a cook.  That was one that I thought of on

13   the fly.

14   Q.    Of course.  And so neither Google nor Bing listed food.com.

15   It's not that they don't have recipes there, but neither of them

16   thought that was the best choice.

17         Do you see that?

18   A.    It wasn't Google or Bing's top choice.

19   Q.    Okay.  And so one of the other things that Google and Bing

20   do, besides just providing links, is they curate the list.  So

21   they both think that the best choice, not just a choice but the

22   best choice is all foods, and for somebody who is not really

23   into food, which I understand, is they may not know what the

24   best choice is.  They might go to food.com or some other place,

25   and they might get a recipe.

1      But one of the things that a general search engine provides
2  is what they think is the best choice of the place to go; right?
3  A.   There's no doubt that a GSE, we talked about this, has an
4  algorithm for putting what's first.
5      I think most cooks, I know many have places they go for
6  this sort of thing.  So they have their own best choice.  That's
7  really an SVP that gets a lot of queries.  But Google and Bing
8  have their algorithm that gives you their top choice.
9  Q.   Right.
10     And I know we're at the break.  I think I can do this in
11 two questions, Your Honor.
12     The point I'm making, sir, is that one of the things that a
13 general search engine brings to it is sifting through SVPs and
14 not just listing any, but based on the algorithm and their
15 machine learning, everything that they do, providing what might
16 be, what they think is the best choice, something that if I
17 needed to go do that on my own, I would have to flip through a
18 lot of different choices; right?
19 A.   I mean, they provide what they think is the best choice.
20 In this case, I think in the food sense, there's a lot of SVPs
21 that have their own views on the best place to get recipes.  But
22 I agree that GSEs tell you what they think is the best choice
23 for any query that you enter.
24 Q.   And it would take a lot of clicks for me to recreate that
25 analysis so that I could find the best choice myself; right?

1              MR. SOMMER:  Objection to the form.

2              THE WITNESS:  Yeah, I don't think I could recreate --

3              THE COURT:  I'm sorry.  The objection is overruled.

4              THE WITNESS:  I should listen to that first.  Sorry.

5          I don't think I could recreate what Google and Bing do.  If

6      I'm a cook, I probably have my own best choice, and other sites

7      probably give me other best choices.  But I don't think I could

8      recreate the Google and Bing algorithm.

9              MR. DINTZER:  Okay.  With that, we're ready for a

10     break, Your Honor.

11             THE COURT:  It's a little before 11:00.  We will

12     resume at 11:15.  See everyone shortly.

13         (Recess taken from 10:59 a.m. to 11:17 a.m.)

14             BY MR. DINTZER:

15     Q.   Sir, Google only has 20 percent commercial queries; right?

16     I think we talked about that.

17     A.   Roughly 20 percent of queries return ads.

18     Q.   Okay.  And then -- and some of those are plumbers and

19     lawyers and real estate brokers and insurance; right?

20     A.   That sounds correct.

21     Q.   And Amazon wouldn't compete for any of those, right,

22     plumbers, lawyers, real estate brokers, and insurance?

23     A.   That sounds right for that list.

24     Q.   Okay.  So of that subset of the commercial queries, Amazon

25     only competes, under your analysis, for a portion of what's left

1    over; right?

2    A.    Amazon competes primarily for shopping queries.

3    Q.    Okay.  And that would be a subset of the 20 percent minus

4    all those people who can't advertise on Amazon; right?

5    A.    Those sound like two different questions.  It would be --

6    the shopping queries are a subset of the commercial queries.

7    Q.    So some number under 20 percent?

8    A.    That sounds correct.

9    Q.    Okay.  Now let's go to slide 92 in your deck.  Let me know

10   when you're there, sir.

11   A.    Okay.

12   Q.    So as I understand it, this was based completely on

13   Google's data; right?

14   A.    I mean, this is Google panels data, but panels is not

15   limited to use of Google.

16   Q.    What is panels?

17   A.    Panels is a sample of 10,000 or so U.S. users -- U.S.

18   people.  But it's not limited -- other than the fact that Google

19   commissioned it, it's not Google data.

20   Q.    Right.  And it was a bad question.

21       Google owns this data.  This is where the data comes from.

22   They commission this, and it's their information?

23   A.    This particular data is something Google has commissioned,

24   yes.

25   Q.    Okay.  And so Google could have created this analysis

1  themselves, because it's their data?

2  A.   That sounds right.

3  Q.   Okay.  There's no documents from Google that validate this

4  analysis; right?  You don't have any example where Google

5  themselves have actually looked at this analysis or considered

6  this analysis; right?

7  A.   This is not based on a Google document.  It's based on my

8  analysis of the data.

9  Q.   Okay.  So you took the data from Google, and you came up

10  with slide 92?

11  A.   That's right.

12  Q.   Okay.  And then -- and the conclusion that you're drawing

13  here is that people who use Google tend to use the blue bars

14  more than the red bars; right?

15  A.   There's more audience overlap.  So from this particular

16  picture, it would be within the same session.  People who use

17  Google show up more in the blue bars.

18  Q.   Okay.  And if I buy a car, we can agree that that would

19  reduce my demand for a ride-sharing service like Uber or taking

20  the bus, because now I have a car; right?

21  A.   Yeah, I suppose.  As an economist, I would say, is

22  ownership of a car a substitute for a ride-sharing service?  To

23  some degree, yes.

24  Q.   Okay.  People who buy Toyotas, they visit the grocery store

25  more often than they drive Hondas, right, because they own a

1    Toyota?

2    A.    They visit the grocery store more often than they drive --

3    I guess it depends whether they also own a Honda.

4    Q.    That's it.  If a person only owns a Toyota, they go to the

5    grocery store more than they drive a Honda, because they already

6    have a car, the Toyota; right?

7    A.    I mean, in general, that sounds right.

8    Q.    Okay.  But the Honda is still the closer competitor to the

9    Toyota than the grocery store is?  The fact that they visit the

10   grocery store more often, as people who use Google do for

11   Amazon, doesn't mean that the grocery store is a substitute for

12   the Honda; it just means that their need for a car has already

13   been satisfied; right?

14   A.    If the question is about cars, then I think Toyota and

15   Honda compete more than Toyota and grocery stores.

16        I've lost the connection to this case.

17   Q.    Okay.  So regularly using more than one general search

18   engine is rare; right?

19   A.    Yes.

20   Q.    Okay.  Even if other general search engines such as Bing

21   were more popular, more muscular, whatever, you would expect

22   people to primarily use only one general search engine; right?

23   A.    I would expect relatively limited overlap between the

24   general search engines.

25   Q.    By contrast, it's very common for people to use both a

1    general search engine and Amazon; right?

2    A.    Correct, because Amazon not only offers queries, it does a

3    lot more.

4    Q.    Okay.  You can buy stuff on Amazon?

5    A.    Correct.

6    Q.    Okay.  So if we go up to UPXD074, so it would not be

7    uncommon for someone to do research on a general search engine

8    for like a television and then -- and this is what Mr. Raghavan

9    says -- do research on -- Prime members who in any way intend to

10   shop on Amazon might come to Google and do a lot of research

11   before they do that, so we will see that correlation.

12        Do you see that?  He uses the word "correlation" between

13   Google and Amazon.

14   A.    I mean, I see what he says.  The correlation he was

15   describing I think was in response to a question about how much

16   Amazon Prime users use Google.  So I don't think it's a

17   correlation.  I mean, I don't think the correlation is quite the

18   way you just said it, but I see him saying people may do

19   research at Google and then buy at Amazon.

20   Q.    Okay.  No further questions on that slide, sir.

21        Because general search engines are free, search engines

22   compete on quality and other features.  I think we agreed on

23   that; right?

24   A.    They compete for users with whatever they compete with on

25   things other than price.

1    Q.   And quality is the most salient competitive variable for

2    search, because nobody pays a price.

3    A.   Yeah, I mean, I think we talked about this in my

4    deposition, too.  Economists have a tendency to describe the

5    world as price and quality, and those are the two things.  So

6    when it's not competition on price, as an economist, we tend to

7    say it's competition on quality.

8         But that -- the way economists talk about that, that kind

9    of includes everything else.

10    Q.   Have you -- are you familiar with Project Charlotte from

11    Google?

12    A.   I don't recall the name.

13    Q.   Okay.  Let's go to UPX344.

14         Have you seen this document, sir?

15    A.   I don't recall it from the cover page.

16    Q.   Okay.  It's in evidence, and it's cited in Professor

17    Whinston's report, and it's 2019.

18         Let's go to the second slide, bullet 1.

19    A.   This continues to just be really blurry on my screen.

20    Q.   Okay.  We're going to get this --

21    A.   Oh, okay.  That's better.  Thank you.

22    Q.   Is that better?

23         At bullet 1, "We have found no evidence of short-term

24    negative per-user revenue impact or a negative query volume

25    impact or a meaningful shift in query volume of shoppy queries

1   away from Google resulting from the user becoming an online

2   retail loyalty program member or being active on large online

3   retailers."

4       Were you aware Google of that, sir, that Google had

5   actually done research and concluded that people who spent a lot

6   of time on Amazon did not harm them?

7   A.   I don't recall the full study, if I've studied it.  I would

8   have to look at the full study to see what's being compared to

9   what.  So I can't agree from what you're showing me on the "does

10  not harm them," but I see the statement.

11  Q.   Okay.  And you haven't looked at this, so you didn't take

12  this into consideration in your analysis?

13  A.   I don't recall the study.  I tried to look at query

14  competition as opposed to sort of the broader elements of what

15  each of them do.  But I'm not recalling the study.

16  Q.   So let's go to slide 2.  And the second bullet says, "In

17  fact, engagement on large online retailers and querying on

18  google.com are positively correlated."

19      You understand what "positively correlated" means; right?

20  A.   I do.

21  Q.   Okay.  That means when one goes up, the other one goes up;

22  right?

23  A.   Yes.

24  Q.   Okay.  No further questions on that document, sir.

25      Let's go to PSX0562.  Now, are you familiar with any study

1    on correlations between the use of Amazon app. and Google Search

2    use?

3    A.    Not that I'm recalling, no.

4    Q.    Okay.  So let's go to PSX0562.  Let me know when you're

5    there.

6    A.    Oh, I was waiting on the screen.

7    Q.    This is one we don't have prepped, sir.  It's in the

8    binder.

9    A.    Give me the number again, then.

10   Q.    Of course.  PSX0562.

11          THE COURT:  I don't think it's in the binder.

12          THE WITNESS:  I see it.  It's the second tab in mine.

13          THE COURT:  PSX -- okay.  I'm sorry.

14          BY MR. DINTZER:

15   Q.    And there's some confidentiality limits on this one.  So

16   we're going to be careful here.

17          Do you see the title here?  It's dated 2020.  Do you see

18   that?

19   A.    Yes.

20          MR. DINTZER:  Your Honor, this is a Google document.

21   We're going to offer it.  It's not in evidence yet.

22          MR. SOMMER:  No objection.

23          THE COURT:  It will be admitted.

24      (Exhibit PSX0562 received into evidence.)

25          BY MR. DINTZER:

1   Q.    Okay.  And do you see that the general tenor of this is

2   regarding Amazon app. usage and Google?  Do you see that?

3   A.    I do.

4   Q.    And are you familiar with that document?

5   A.    I think I've seen this.

6   Q.    Okay.  Let's go to Bates number 966.

7         Do you see the heading on 966 regarding app. users?

8   A.    I do.

9   Q.    And then the first sentence below that, "as expected," do

10  you see that?

11  A.    I do.

12  Q.    And so -- and then the second box -- the second statement

13  regarding correlation, do you see that?

14  A.    I do.

15  Q.    So the first thing we saw was about just general --

16        THE COURT:  Is there any particular reason we can't

17  read -- not looking at the numbers, but the --

18        MR. DINTZER:  Thank you.  We were working with them.

19  So this is probably more us than them.

20        BY MR. DINTZER:

21  Q.    The first one says, "As expected, Amazon users are also

22  more likely to be regular and frequent Google users"; right?

23  A.    Yes.

24  Q.    You don't have any reason to doubt that; right?

25  A.    That is consistent with what I've been describing.

1    Q.    Okay.  And the second one is, "There is a slight

2    correlation of higher Amazon app. use to higher google.com

3    frequency."

4         Do you see that?

5    A.    I do.

6    Q.    And it says, "But in general, all Amazon app. users see

7    higher google.com usage."

8    A.    I see that.

9    Q.    You don't have any reason to doubt that either, do you?

10   A.    Again, I would think people who are shopping and buying

11   things more are running more queries in general.  So my point is

12   never that Amazon shopping competes with queries.  It's that who

13   gets the queries is the competition.

14   Q.    So let's go to 976.  This is page 15 in the document.

15             THE COURT:  Can I ask a question?  Is it -- your

16   definition, and I don't know whether the numbers bear this out,

17   but say there is a increase in Google usage by those who use

18   Amazon, or let's say there's an increase in Google usage by

19   those who also use the Amazon app.

20         Would you then consider them to be competitors?

21             THE WITNESS:  I would for the queries.  I mean,

22   there's two things.  And one is, I haven't fully looked at the

23   study.  So generally, people who use the Internet more are going

24   to use both apps. more.  But assuming it's that people who use

25   the Amazon app. more that actually increases -- I'm sure that

1    they're buying more stuff.  So it increases the queries.

2        So I don't think the query function at Google or Amazon is

3    a competitor for the buying of the item.  I think --

4            THE COURT:  My point is slightly different.

5        Again, I don't know if the numbers bear this out, but it

6    seems to be the general tenor of this slide, which is that the

7    usage of the Amazon app. actually increases the number of

8    queries that otherwise might not be on Google.

9            THE WITNESS:  Right.

10           THE COURT:  So if that's the case, do they still

11    compete in the sense that you're referring to if in fact the

12    existence of the Amazon app. actually benefits Google?

13           THE WITNESS:  I think the all-in app., which gives

14    people the ability to shop, that part of it is a complement for

15    queries, right, the shopping portion.

16        I think the competition is, people are entering queries to

17    find things to shop on.  Within the Amazon app., the shopping

18    portion and the searching portion are complements for each

19    other.  Right?  But the fight between Amazon and Google is at

20    the level of who gets the query that they can advertise against.

21    Right?

22        So I can enter the query on the Amazon SERP --

23           THE COURT:  You would say that even if, in the

24    aggregate, Google benefits by people -- people who -- you're

25    right, on an individual query-by-query basis, there's one or the

1    other, I suppose.

2         But at least this seems to suggest that people who are

3    using Amazon with some frequency and using Amazon in the first

4    instance might be using Google more.

5              THE WITNESS:  So I think I would say at that sort of

6    broad level, of everything Amazon and Google do, there are

7    elements of complementarity between them, and the existence of

8    the app. might help Google.  They like that shopping apps. are

9    there.

10        But the thing that keeps Google on its toes as a query

11   competitor is that if it doesn't provide good query results,

12   that 58 percent number who start at Amazon will just go up.

13        So the existence of Amazon and other shopping apps.

14   probably expands the universe of queries to be had.  That's

15   probably why Google lets Amazon be put on the phone and so on.

16        But Google as a query competitor needs to compete well and

17   provide good queries, or that 58 percent number who start on

18   Amazon will go to 100 percent.  They won't use Google for the

19   query function.

20        So I think there's a SERP competition between the two of

21   them, even though the broader functions have complementarity

22   between them.

23             THE COURT:  An app. like Amazon, it seems to me,

24   actually functions to increase queries or probably in some sense

25   across the board, because people who are using it are using it

1    in a way to purchase differently.  They're using it to purchase

2    delivery, online, as opposed to going to a store to make that

3    purchase.

4            THE WITNESS:  I agree that the existence of apps.

5    generally increases queries as a whole, and Google likes that.

6    But Google's got to provide good queries, or people can type

7    them in on the SERP on Amazon.

8        So I would say that, again, I think there's -- queries

9    might go from 100,000 to 200,000, but Google's got to fight for

10   that with Amazon because Amazon can serve the queries itself.

11           BY MR. DINTZER:

12   Q.   Sir, if you could go to page Bates number 976 of this

13   document, of PSX562.

14   A.   976?

15   Q.   Yes, sir.  At the top, it says, "Do users alter their

16   Google usage after adopting shopping apps.?"

17           THE COURT:  Sorry.  Could you state the page again?

18           MR. DINTZER:  Of course, Your Honor.  Bates number

19   976, the last three digits.

20           THE COURT:  I'm with you.  I don't know if

21   Dr. Israel --

22           THE WITNESS:  I'm there.

23           BY MR. DINTZER:

24   Q.   At the top, it says, "Do users alter their Google usage

25   after adopting shopping apps.?"

1        Do you see?

2   A.   I see.

3   Q.   And it says six apps. were analyzed, three retail-focused

4   apps, three nonretail-focused apps., and then it has the

5   pictures of the six that they analyzed?

6   A.   Yes.

7   Q.   And it has some details about it, but if we go to the next

8   page, 977, we get the reveal.

9        Do you see that?

10  A.   I do.

11  Q.   "No evidence of negative impact on google.com from app.

12  adoption."

13       Do you see that?

14  A.   I do.

15  Q.   This study found that app. adopters were correlated with

16  increased revenue and growth; is that right?

17  A.   Right.  I think this is the dialogue we were just having

18  exactly.  Apps. are good for queries, and then there's

19  competition for who gets those queries.

20  Q.   No further questions on that document, sir.

21       Let's go to your slide 47.  Just let me know when you're

22  there.

23  A.   It's on the screen.

24  Q.   This is a quote from Mr. Nadella; is that right?

25  A.   Yes.

1    Q.    And I think you referenced it about how -- about the

2    relationship between Microsoft and Google, right, and Google

3    coming out with its Bard after Microsoft presented ChatGPT with

4    Bing; right?

5    A.    I mean, that's the context of the discussion.  I referenced

6    it in a series of slides on Google innovating in response to

7    competition.

8    Q.    Okay.  And you say "in response."

9          How many days after Bing came out with ChatGPT did Google

10   come out with Bard?

11   A.    I don't recall the number of days.  I mean, Bard is

12   something they had been working on, but I don't recall the

13   timing of the rollouts.

14   Q.    If I said it was just a handful of days, would you doubt

15   that?

16   A.    I don't doubt that.

17   Q.    Okay.  And so Google did not develop Bard in those handful

18   of days; Google developed Bard over presumably a period of time?

19   Right?

20   A.    Google -- as I said, Google had been working on Bard, yeah.

21   I mean, the rollout and the things that happened afterwards and

22   Mr. Nadella's reference to their competition happened over time.

23   But I would agree in general, competition is spurring Google to

24   innovate, and that was not only the ChatGPT announcements.

25   Q.    Okay.  But competition from Bing.  So Bing announced, and

1    within days, Google announced Bard; right?

2    A.    Yeah.  I mean, the timing, I'm not going to remember all of

3    it.  Google had a rollout soon after ChatGPT.

4    Q.    Okay.  Do you have any reason to doubt that the reason that

5    Google announced Bard was because Bing announced ChatGPT?

6    A.    I think Google is responding to competition from Bing here.

7    Q.    Okay.  Let's go to page 37 in your slide deck.  And let me

8    know when you're there.

9    A.    It's on the screen.  So I'm good.

10   Q.    Okay.  And you write -- this is regarding Professor

11   Whinston.  You write that he ignores all other Google documents

12   focusing on SVPs.

13         Do you see that?

14   A.    Right.  It's in reference to this -- what I saw him put up

15   in terms of Google documents.

16   Q.    Right.  And my question is, you didn't put up any; right?

17   A.    As I said, I -- I don't recall everything.  I think it was

18   primarily data analysis.  So this is a reference to the many

19   documents on SVPs that are in my report in summary form here.

20   Q.    Okay.  But at trial, you didn't -- I mean, I just want to

21   be fair.  You say he ignores other Google documents, but you

22   didn't show which documents you say he ignores that you have

23   cited; right?  You didn't cite any.

24   A.    I mean, I didn't cite them in my slides.  They're in my

25   report, and I think they're in the record, but I didn't put them

1    up in my slides.

2    Q.    Okay.  Let's go to the next page.  That's DXD38.

3         And you write, "The fact that SVPs advertise on GSEs does

4    not mean that they do not compete."

5         Do you see that?

6    A.    Yes.

7    Q.    Okay.  Now, one of your basic theories is people can easily

8    navigate to SVPs; right?  There's a minimum cost to moving

9    around between SVPs; right?

10   A.    I think I say the switching costs to go to another site are

11   minimal.  We had a discussion before about how you learn about

12   that, and that can be different in different cases.

13        But my switching cost point is specific to once you have an

14   app. or you have a website or a shortcut, those switching costs

15   are minimal.

16   Q.    Okay.  But companies like Amazon and Expedia, they spend a

17   lot of money, a lot of money advertising on Google; right?

18   A.    Yes.

19   Q.    Okay.  And they do it because they think that that's the

20   best way -- showing up on Google is the best way to get traffic;

21   right?  Otherwise, they wouldn't spend it.

22   A.    I mean, you would have to ask them if they think it's the

23   best way.  They clearly think it's an effective way.

24   Q.    Okay.  If it turned out -- this is sort of a fly

25   experiment.  If it turned out that every single person could

with minimal costs and with great perception go to Amazon from
wherever, then the value of that advertising on Google would be
worthless, right, because people would just be, I've got a query
for Amazon, I'll go to Amazon; right?

A.   I don't think the two are directly connected.  I think
there's lots of things that are relatively easy to switch to
that it's still useful to advertise to put them at the top of
people's minds.

Q.   So that people will then go to those sites?

A.   You're trying to, in various ways, develop a reputation and
encourage people to go to your site.  So Amazon advertises in
various places, one of them is on Google, trying to generally
increase its usage.

Q.   The search ads provide incremental usage?

A.   Yeah, I think that sounds right.  Advertisement wherever
they advertise, I presume because they're doing it, increases
their sales.

Q.   Okay.  Did you see Professor Varian's testimony?

A.   I didn't see it.  I've read it.

Q.   Have you read it?  Are you aware that he testified that if
Google were to disappear, people would just switch to Bing?

A.   I think I've seen him say that.

Q.   Okay.  And he actually identifies Bing as the specific
alternative to Google?

A.   I think that's what he said, yeah.

1    Q.   Okay.  And when he was asked about if Google and Bing were

2    to disappear or if all general search engines were to disappear,

3    then the Internet would be like a library without a card

4    catalogue.

5         Did you see that?

6    A.   I remember something.  A comment at that level, I would

7    want to see the testimony.

8    Q.   Okay.  Let's do that, UPXD075.

9         At the bottom, he was asked:

10        "Question:  If all general purpose search engines were to

11   disappear, the world would be like Borges' universal library

12   with no card catalogue; right?

13        "Answer:  Right.

14   A.   That's what he said, yes.

15   Q.   Okay.  So at least in his take, he didn't say, well, it's

16   okay, because people could search on SVPs or people could search

17   on -- people would know where to go.  He specifically called out

18   that there wouldn't be a way to get around; correct?

19   A.   I mean, yeah, you would have to ask him all of his meaning,

20   but this is what he said.  I mean, he also said there's no

21   search market.  So I'm not adopting his views on all these

22   topics, but this is what he said.

23   Q.   Okay.  No further questions on that document.

24        Let's go to UPX0334.  This is a speech Dr. Varian gave

25   frequently.  He testified about it.  We're going to go to

1    page 2085.  This is a chart that Dr. Varian presented apparently

2    for years, and if we can bring that up.

3         So he provides across the top the product and then the

4    different major providers, and along the left side -- and you

5    will see that for general purpose search engines, he has Google

6    and Microsoft.

7         Do you see that?

8    A.   I do.

9    Q.   And for special purpose search engines, which I think is

10   what we're calling SVPs, he throws them all in.

11        Do you see that?

12   A.   I don't know if he means the same thing we mean by SVPs.  I

13   don't know this document well enough.  But he -- and he

14   certainly isn't including all of the SVPs in the world, but he

15   says these five companies all have a check there.

16   Q.   He doesn't combine those two markets, though, does he?  He

17   has separate lines for those; right?

18   A.   I don't think he's saying anything about markets here.

19   Q.   Okay.  No further questions on that document.

20        When you open up Amazon, they have some sponsored links and

21   suggestions on the very first page; is that right?

22   A.   That sounds correct.

23   Q.   And let's pull up UPXD077.

24        May I approach, Your Honor?

25             THE COURT:  You may.

```
 1              BY MR. DINTZER:
 2     Q.   So you can buy things on Amazon without ever making a
 3     search; right?
 4     A.   Yes.
 5     Q.   If I buy a toaster on Amazon without ever doing a search,
 6     Amazon is not competing with Google on search; right?
 7     A.   Say that again.
 8     Q.   Sure.  If I buy a toaster on Amazon without ever doing a
 9     search, maybe it pops up in the front and I click on it and then
10     I get the page that has the ability to buy it and I buy it, if I
11     go on Amazon and I don't do a single search, Amazon is not
12     competing with Google Search; right?
13     A.   There was no search to be competed for.
14     Q.   Okay.  And so in that case, Amazon is acting just as a
15     complement to Google if maybe I did some search on Google
16     before; right?
17     A.   Well, that's a different question.  Before, you said there
18     was no search.  If there was a search on Google before, then
19     there's competition for the queries.  So it's not just a
20     complement.  But if you just literally opened your Amazon app.,
21     saw one of these ads and bought it, then there was no query to
22     be competed for.
23     Q.   Okay.  No further questions on that document, sir.
24          Let's go to slide 20 of your presentation.
25     A.   Okay.
```

1    Q.   Are you there?

2    A.   It's on the screen.

3    Q.   It says, "Shopping:  Google faces greater competition for

4    users from Amazon than from Bing."

5         Do you see that?

6    A.   I do.

7    Q.   First of all, this is a chart you made for litigation;

8    right?  No Google document develops or tracks this specific

9    information in this way?

10   A.   Google doesn't have access to the Amazon query data.

11   Q.   Okay.  So my -- the answer is yes; right?

12   A.   Google certainly tracks what Amazon is doing, but it

13   doesn't -- it can't make this chart.

14   Q.   Okay.  Now, to make this chart, you had to decide which

15   queries were shopping queries; right?

16   A.   Correct.  There is a grouping in the shopping queries.

17   We've talked some about that definition.

18   Q.   Are you familiar with Pedacat, P-e-d-a-c-a-t?

19   A.   That's a Google tool that classifies queries.

20   Q.   And if you run queries through it, it determines what type

21   of query it is and breaks it down into potential verticals;

22   right?

23   A.   It does.

24   Q.   You didn't use the verticals as Google defined them for

25   this analysis; right?

```
 1    A.    That's correct.  We've talked about that.

 2          I focused on shopping queries that have PLAs.

 3    Q.    Okay.  So for the visits thing that we discussed, you used

 4    the numbers that Google provided and how they do it in the

 5    ordinary course, but for this chart, you modified it, and you

 6    used a modification of it; right?

 7    A.    Yeah, that's fair.  I mean, the visits minutes cut-off, I

 8    had no other basis.  Here, I had this PLA basis that I wanted to

 9    focus on.

10    Q.    So you made your own categorizations; right?

11    A.    Well, yeah, that's fair.  The shopping query focuses on

12    queries with PLAs.

13    Q.    Okay.  Now, you also excluded -- and you say this at the

14    top.  You excluded nav queries; is that right?

15    A.    Yes.  As we discussed, I think of nav queries as basically

16    a different vertical.

17    Q.    But there is no actual vertical called nav queries; right?

18    A.    Google doesn't list -- Google identifies nav queries in the

19    Google ordinary course.  I don't think they call it a vertical.

20    Q.    Okay.  That's because in ordinary course, Google groups nav

21    queries in with their other verticals; right?

22    A.    I think Pedacat includes them, groups them into verticals,

23    but there's a separate Google tool that within the vertical

24    tells you what's nav and what's not.

25    Q.    Right.  But Pedacat said if I put in Johns Hopkins or even
```

1    Amazon, that lists it as part -- as a search done for the Amazon

2    or the healthcare vertical; right?

3    A.    The shopping or healthcare vertical.

4    Q.    Shopping or healthcare vertical.

5    A.    Pedacat puts them in verticals, and a separate tool tells

6    you whether they're navigational or not.

7    Q.    And Google responds to nav queries by providing a link, but

8    they do provide an SERP for that; right?

9    A.    Yes.

10   Q.    Okay.  If I type "Facebook" into Google, I get an organic

11   link to Facebook; right?

12   A.    Yes.

13   Q.    But Google can sell ads on navigational queries; right?  In

14   fact, they do?

15   A.    Sometimes; often, yes.

16   Q.    Okay.  And other GSEs compete with Google for answering nav

17   queries?

18   A.    Yeah, among other things, that sounds right.

19   Q.    Navigational queries are a significant volume on general

20   search engines?

21   A.    That sounds right.

22   Q.    Professor Whinston calculated that nearly 12 percent of all

23   Google queries are nav queries, and I don't believe you've

24   disputed that.

25   A.    I don't recall the number, but I don't dispute it's a

1    significant source of queries.

2    Q.    Amazon doesn't handle any nav queries at all?

3    A.    Amazon is not a competitor for nav queries.

4    Q.    If I type Facebook into Amazon, I'm not going to get to

5    Facebook?

6    A.    That's correct.

7    Q.    And by excluding nav queries from this chart, that meant

8    that the green box and the red box would be bigger if there were

9    nav queries, but since Amazon doesn't answer any, their box

10   wouldn't change; right?

11   A.    Right.  I mean, yeah, this -- again, I think the right way

12   as an economist to think about nav queries is a separate

13   vertical.  You're right that if -- that vertical would not have

14   a bar for Amazon.  So if you added them up, it would have the

15   effect you described.

16   Q.    Okay.  Now, the queries that are called nav queries,

17   sometimes they are actual efforts to navigate somewhere, and

18   sometimes they're not; right?  The actual word, there's a --

19   sometimes, they're viewed as wanting to navigate to a specific

20   site, and sometimes they're not that; right?

21   A.    I'm not sure I follow.

22   Q.    That wasn't a very good question.  Let me try it again.

23         Google uses context to classify a given query as

24   navigational or not; right?

25   A.    That sounds right.

1    Q.   Okay.  So sometimes the words alone are not enough to

2    figure out if something's a nav query.  Google needs the context

3    to know if it's a nav query; right?

4    A.   Google's classification tool uses the information it has.

5    I will say most words are either almost always nav queries or

6    never nav queries, but there is some context required, and it's

7    not 100 percent.

8    Q.   And you altered -- not only did you leave out the nav

9    queries, but you altered Google's actual classifications

10   regarding nav queries.

11   A.   Not that I'm recalling.

12   Q.   If a given query is labeled as nonnavigational more than

13   80 percent of the time, you called that nonnavigational in all

14   cases?

15   A.   Right.  I classified things by the query term.  So like I

16   said, there's a pretty big -- it's sort of very distinct.  It's

17   close to zero or close to 100.  But I define things by the query

18   term.

19   Q.   Okay.  But Google doesn't do that?  Google actually uses

20   context, and it has a more -- a more refined analysis about

21   whether that specific term is a nav query or not?

22   A.   It uses some context.  It isn't just a query word.  So

23   again, it's pretty bimodal, it's pretty separated, but in order

24   to have it be based on a word so that I could look at it in

25   various data sources, I used this 80 percent rule.

1    Q.   Okay.  Let's go to slide 227 -- I'm sorry, slide 27 in your

2    deck.  And -- actually, let's skip this one.  Let's go to slide

3    20 in your deck.

4             THE COURT:  I think we were just there.

5             BY MR. DINTZER:

6    Q.   If you had used Google's actual shopping categories, the

7    results would have been quite different; right?

8    A.   I think that's right.  What Google calls shopping includes

9    things like "I just want to go to the store," like an actual

10   physical store, whether it's different competitors than there

11   would be here.

12       So I agree that the results would be different.  You would

13   still see SVP competition, but if you use a definition other

14   than this PLA definition, you would see a different mix.

15   Q.   Right.  So if you hadn't adopted the definition you did and

16   you used Google's normal course, you wouldn't know what

17   figure 20 would look like; right?  You haven't done that

18   analysis?

19   A.   Not that I recall.  I tried again to do the aggregations

20   that I thought made the most sense.  It certainly wouldn't

21   change the conclusion that Amazon gets a bunch and there's SVP

22   competition.  I just think it would be somewhat less

23   informative.

24   Q.   So let's go to -- let me ask you this:  The user's intent

25   is important in understanding an individual query; is that

1    right?

2    A.    I don't understand the question.

3    Q.    Sure.  If we look at a query and look at the words, to

4    understand what the user's actually looking for, it helps to

5    understand what the user's intent is in typing in those words?

6    A.    I think my whole point here is we should be analyzing

7    substitution on the demand side as well as we can.  So we should

8    be trying to do our best to understand what options the user had

9    open to them, and that depends on their intent.

10   Q.    Okay.  So let's go to UPXD081.  And this is Dr. Raghavan.

11   A.    In the binder or --

12   Q.    That will come up on the screen, sir.

13         This is an example he gave about the term "mousetrap."  If

14   you type in the word mousetrap, you could be looking for tickets

15   to the long-running play in London called Mousetrap, or you

16   could be looking for a way to catch mice.

17         Do you see that?

18   A.    I do.

19   Q.    And he writes -- or he says, "And those are things -- cases

20   where you have to be very careful about how you take the user's

21   query and match it to what the advertiser might be interested

22   in."

23         Do you see that?

24   A.    Correct.  I talked about similar things, about why this

25   helps SVPs be better at targeting advertising.

1    Q.   Right.  But my point is, for the specific query, whether

2    it's one SVP or another, knowing the specific intent of the user

3    is vital; right?

4    A.   Right.  The demand-side analysis, the demand-side

5    substitution would be different.  So the user would have choices

6    in each case, but those choices would differ.

7    Q.   If someone wants to look for tickets, that's not available

8    on Amazon.  If someone wants to kill vermin, then maybe Amazon

9    may have a solution.

10        So knowing which of the two is important; right?

11   A.   Right.  And the user knows, and therefore, the user can

12   choose which competitors are relevant.

13   Q.   But your analysis says that if a word is issued on both

14   Google and Amazon, then there's an overlap, but it may be that

15   just because that word is issued on both, the user intent is not

16   overlapping at all, like "mousetrap"?

17   A.   It's -- some of the searches on Google might not actually

18   have been for the shopping.  I think that's a strength of Amazon

19   and a weakness of Google.

20        I agree, in the data, you have to use the queries you have

21   to try to do the best we can with data.  But that's a strength

22   of Amazon, that they know -- they can give the user exactly what

23   the user wants.

24   Q.   I just want to make sure I get a clean answer to my

25   question, sir.  And it is that, beyond the actual term that is

1    typed in, the fact that both Google and Amazon may have some

2    response to it doesn't mean that their answers are overlapping.

3    They may be providing completely different types of information;

4    right?

5    A.    Well --

6    Q.    Let me try it this way, sir.  Google and Amazon don't

7    compete for the term "mousetrap" if I'm looking for tickets.

8    A.    Other things compete with Google.

9    Q.    But Amazon doesn't?

10   A.    In that case, Amazon is not the relevant competitor.

11   Q.    And so knowing what the person is looking for, the intent

12   is relevant; right?

13   A.    Right, and very helpful to SVPs, because they can infer

14   more about intent than Google can.

15   Q.    So let's go to -- we don't have to go back to your

16   slide 20, but the data that you used for your query analysis

17   there was broken down by individual query; is that right?

18   A.    It's a week's query-level data.

19   Q.    And Valentine's Day would be an individual query that was

20   in your set; is that right?

21   A.    Yes.

22   Q.    Valentine's Day on Google, UPXD82, let's pull that up.  The

23   links are to Wikipedia, Britannica, history.com, and Internet

24   Movie Database.

25         Do you see that?

8755

A.    I do.

Q.    Okay.  And I can pull up the Amazon one, but for brevity, in fact, none of those are going to show up if I put in "Valentine's Day" on Amazon; is that right?

A.    I agree.

Q.    Okay.  So the fact that Valentine's Day is both in your red bar and -- I mean in your Amazon bar and your Google bar doesn't mean that they're actually competing for Valentine's Day searches.  In fact, on this one, the one that's on the screen, the very first thing that Google provides is, what, the date, in case that that's what the person was looking for?  Do you see that?

A.    I see that, yeah.

Q.    Okay.  So the fact that there are overlapping terms between Google and Amazon on your bars doesn't mean that they're actually competing for the same term with the same intent?  People clearly on Google are not looking for the same stuff that they're looking for on Amazon, because Google doesn't offer that stuff?

A.    I mean, they do.  Some of them might be.  If you went farther down, I'm sure there are Google links for where to buy Valentine's Day things.

       I agree the specific SVP -- again, we should be doing this on the demand side.  The user knows what they want, and if they want flowers, then Google competes with something like FTD.  If

8756

1    they want, you know, chocolates to buy, Google probably competes

2    with Amazon.

3        My point is only that each of those Google queries faces

4    competition.

5    Q.    Let's go back to your slide 20.  This is the problem with

6    the slide 20.  The yellow bar in the middle, all that tells us

7    is that Valentine's Day was both on Google and Amazon; right?

8    A.    The yellow bar tells me it was on Amazon.

9    Q.    Right.  And the fact that it was on Amazon doesn't mean

10    that the person who put it into Amazon had any of the same

11    interests that the person who put it into Google.  They may have

12    completely different intents.

13    A.    The first -- sorry.

14    Q.    No, please.

15    A.    The person who put it into Amazon clearly wanted to shop.

16    Q.    Right.

17    A.    Some of the people who put it in Google probably didn't

18    want to shop.  So the Google bar probably is too high.  So

19    Amazon is even stronger for shopping relative to Google than

20    this says.

21    Q.    The fact that terms are overlapping doesn't tell you

22    anything about how -- what people thought of the terms?  And I

23    think that you said that Valentine's Day was the number 1 query

24    in the analysis on slide 20; is that right?

25    A.    It would depend on which.  Maybe that's true for Google.

1    It would depend.

2        But another way I did slide 20 is to take the top 25 Amazon

3    queries.  Those are all shopping queries.  And I said how many

4    of them show up at Google.  That's telling you how often Google

5    gets those queries.  If some of those are not shopping queries,

6    I'm just making the GSE bar look a little higher.

7        But these are all -- in Amazon's case, these are all

8    shopping queries, and Google gets a lot of shopping queries,

9    too.

10   Q.   Let's go to slide 18.  So this is a -- you call this "usage

11   pattern"; is that right?

12   A.   Yes.

13   Q.   This is only Android and only phone; right?

14   A.   No, this includes all laptop use.  On the phone side, it

15   only includes Android.

16   Q.   So all laptop plus Android; is that right?

17   A.   Correct.

18   Q.   Okay.  And --

19   A.   Or all PC plus Android.

20   Q.   Okay.  And it says "usage patterns"; right?

21   A.   Yes.

22   Q.   And I believe you told the Court this, but I want to make

23   sure we get this right.  This doesn't tell us anything about

24   queries; you're not counting queries?

25   A.   Right.  Usage of a GSE is entering a query on the GSE.  But

1    on the SVP side, I can't see what they're typing in exactly.  So

2    I tried to be clear, I hope I was, that this is using an SVP.

3    Q.   So on flights, if I -- if I go to the flight to check my

4    flight status, if I go to book tickets, it could have -- there

5    could be no searches involved on the SVP side; right?

6    A.   I guess for a given user.  If you think about how you use

7    Expedia, a fair bit of that is searching until you buy.  So no

8    searching at all would surprise me, but I would agree with the

9    point that some final action might have been to purchase the

10   ticket.

11   Q.   Okay.  But you haven't measured it?  You have no visibility

12   as to what people are doing on the SVP side; right?

13   A.   Right.  I have tried to do things like, you know, one

14   version of what you do with flights includes the airline's

15   website itself where you can do a lot of searching.  But I think

16   you're right, you probably also check your flight and so on.

17       So I've limited this in other versions to just things like

18   Expedia and Travelocity, where a lot of the behavior is likely

19   searching.

20       But I take the point and hope I was clear that it also

21   could include some additional activity on the SVP.

22   Q.   It could actually be most of the activity on the SVP,

23   because you don't have any visibility, just to be clear.

24   A.   I think that's quite unlikely, given how these SVPs are

25   used, but I can't give you a number from the data.

1    Q.   Okay.  And again, this excludes nav queries; is that right?

2    A.   I'm not recalling as I sit here.

3    Q.   Okay.  If I search Amazon on Google and then go to Amazon

4    and buy a toaster, that counts as one for the GSE and one for

5    the SVP; is that right?

6    A.   Right.  That would be one usage of a GSE and one usage of

7    an SVP.

8    Q.   Okay.  Now, in your original analysis, you included banks,

9    and you included hotels; right?

10   A.   I mean, not on the ones that are on here, but I had a

11   finance version and a hotel version.  And there was a version, I

12   think it was the first one, that included the banks and the

13   hotels on the SVP side.

14   Q.   Okay.  And you withdrew those because you realized that

15   there's such a significant amount of usage that's nonsearch that

16   they weren't worth showing; right?

17   A.   I wouldn't say I withdrew them.  I showed it the other way,

18   too, to show the results didn't change.  If you think about -- I

19   just gave the example of airlines.  Personally, I do all of my

20   airline searches on aa.com because -- the AA app. because that's

21   where I'm going to go.  So I did a version that included that as

22   an SVP.

23        But I recognize that other people may use it in other ways,

24   and it's not, you know, a broad -- it's not a multisite SVP.  So

25   I did a version that took it out to show that the conclusions

1    don't change.

2    Q.   No further questions on that slide.

3              THE COURT:   Just to be clear on slide 18, the SVPs

4    refer to what I will just call sort of aggregated SVPs and

5    doesn't include the specific airline or, for example, a specific

6    retail merchant?

7              THE WITNESS:   It wouldn't include -- well, I think the

8    version that's on slide 18 includes -- includes airlines and the

9    merchants.   There's another version in the report where the

10   basic patterns stay the same.   It takes those out.

11       But I think the version that's here was the original

12   version where it's everything that Google method pops up as an

13   SVP.   That would include airlines.

14       On the shopping side, it would be -- those are basically

15   aggregators -- I mean, retailers.   So amazon.com, walmart.com

16   would be included.

17       On auto, this isn't really an issue.   Auto is going to be

18   things like cars.com and those sorts of searches.

19       So flights is the one where I think this version does

20   include the airlines, but I've done a version that doesn't where

21   you have this same basic pattern, that it's in the middle of the

22   other two.

23              BY MR. DINTZER:

24   Q.   Slide 44, sir, you talk about but-for worlds.

25       Do you recall?

A.    Yes.

Q.    Okay.  And just to be clear, you have not developed a counterfactual but-for world where Google doesn't enter into the challenged contracts; is that right?

A.    I have not fully specified such a but-for world.  I've tried to provide information I think would be informative in thinking about it, but I have not fully specified a but-for world.

Q.    You haven't articulated the elements of a -- are you offering an opinion about the conclusion in a but-for world or not, sir?

A.    Can you ask that again?

Q.    Sure.  Let me rephrase.

      You've developed no counterfactual world where Google doesn't enter into the challenged contracts; right?

A.    If by developed counterfactually, you mean have I sort of done some economic modeling or presented my own version of what output would be in that world, then the answer is I have not.

Q.    Okay.  You did not predict Bing's quality level absent the challenged conduct; right?

A.    Yeah, I mean, that would require some economic modeling that, you know, I point out here plaintiffs would need to do, but I also have not done that.

Q.    You have not modeled what Google's general search engine rivals would look like absent the challenged conduct?

1    A.    Sorry.  That one went fast for me.

2    Q.    Of course.  You have not modeled what Google's general

3    search engine rivals would look like absent the challenged

4    conduct?

5    A.    Yeah, again, I've provided opinions that I think are

6    relevant, but I have not done a model of that.

7    Q.    Let's go to slide 120.

8          Are you there, sir?

9    A.    Yes.  You guys get me there quickly.

10   Q.    That's Jorge.  He's doing a terrific job.

11         You testified that the search market and search ads

12   market -- well, let's focus on the search market.  The search

13   market has outperformed the industry expectations.

14         I guess you use this for both, don't you?

15   A.    It's advertising only, because I can use eMarketer data.

16   So here, I present digital advertising.  There's a version in

17   the reports which is search advertising.

18   Q.    But you didn't provide that in court; right?

19   A.    I only presented digital advertising, because in my view

20   that's the more relevant set of competitors.

21   Q.    Okay.  And eMarketer separately tracks -- well, you used

22   eMarketer for the expectations in the search ad market; right?

23   A.    These are their projections.

24   Q.    Okay.  And then what happened is they continued to make

25   projections, and they continued to come out low; is that right?

8763

1    A.    In almost all cases, as I discussed, they were below what

2    actually happened.

3    Q.    And they could have underpredicted the growth in the search

4    market for a number of reasons; right?

5    A.    Yes.

6    Q.    Okay.  And you haven't done a formal analysis breaking down

7    why they underperformed -- why eMarketer underestimated year

8    after year; right?

9    A.    That's correct.  I'm just presenting their projections and

10   making the comment that, you know, it's at least true that any

11   alleged behavior hasn't pulled things below their projections,

12   but I'm not doing more than that.

13   Q.    And the projections cover many years under different

14   conditions; is that right?

15   A.    Yes.

16   Q.    And the evidence of industry performance is not dispositive

17   regarding monopoly power; right?

18   A.    Yeah, I think I said that.  It's a piece of evidence, but

19   it's not the end of the inquiry.

20   Q.    Now, if Google faced no competition hypothetically, it

21   would still try to raise its profits; right?

22   A.    I mean, it would try to maximize profits, yes.

23   Q.    Well, it would try to raise them, too.  If they saw an

24   opportunity to raise their profits, even as a monopolist with no

25   competition, they would still pursue those; right?

1    A.    Sure.  They would try to make them as high as they could.

2    Q.    Okay.  And even if Google faced no competition, it would

3    try to raise output; right?

4    A.    Try to raise output?

5    Q.    Yes, if that made more profits.

6    A.    I think you would seek to maximize profits.  So in general,

7    the characteristic of monopolies is they find it profitable to

8    reduce output because that creates scarcity and increases

9    profits.  So a key economic characteristic of a monopoly is

10   output reduction.

11        But broadly, I agree they would take the steps that would

12   increase their profits.

13   Q.    Right.  So if certain efforts would increase Google's

14   profits, even if it was a monopolist, it would still have a

15   financial incentive to take those efforts; right?

16   A.    I guess increase output relative to what?

17             THE COURT:  Can I ask a question?  Sorry to interrupt.

18             MR. DINTZER:  No, please.

19             THE COURT:  Your point on the ordinary monopolist and

20   wanting to restrict output to create scarcity, I can understand

21   that for most products.

22        Does that -- do you think that still holds true for a

23   product like this in which the creation of scarcity -- well, let

24   me put it differently.

25        Not creating scarcity would not -- would actually benefit

the monopolist in the sense that there's no limit in terms of
what the monopolist can produce because of the nature of the
product.

          THE WITNESS:  Right.

          THE COURT:  Does that make sense?

          THE WITNESS:  I think on the search side -- so I mean,
there's -- it's not a capacity constraint issue.  It's a under
the allegations what can I charge for the advertising issue.

          THE COURT:  Right.

          THE WITNESS:  So the scarcity would be fewer queries
or in some way less unlimited access to these things for
advertisers so that I could raise the advertising price.  That
would be the argument.

    I mean, I agree the search side is strange here in lots of
ways because it's not being explicitly priced.  But I think the
point would be if you -- you asked yesterday if you could make
fewer and fewer auctions so that you could artificially restrict
the number of auctions such that you could get higher prices.

    That's where I think you would look for an output
restriction.

          THE COURT:  I guess I'm having trouble understanding
why the creation of ad scarcity or search ad scarcity on Google
would benefit it, if it were a monopolist.  This is all,
obviously, a hypothetical.

          THE WITNESS:  Monopolists produce to the point where

they're thinking about -- so you have to sort of think of a
monopolist as it approaches -- this is why it has to be compared
to a but-for world.

So imagine there's a competitive level of output, and the
monopolist is thinking about should I get all the way to the
competitive level of output.  The thing that a monopolist thinks
about that the competitive level doesn't think about is if I
keep increasing output towards that level, that's going to put
downward pressure on the price.

So at some point, the monopolist says it's not profitable
to me anymore because I internalize the fact that it reduces the
price.  Whereas in a competitive market, there's lots of
players.  They're all producing.  They don't control that output
level.  They all think it's worth producing one -- they're kind
of price takers is a term we use.

So if it's a competitive market and I'm a price taker, I
say I should sell one more because I sell one more and I get the
price.  If it's a monopoly market, at some point, I say if I
sell one more, that drives down the price, and that's bad for
me.

So the key feature of monopoly is they don't consider that
last 5 percent of output to be profitable, because they think
man, if I do that, prices come down.  Whereas, in a competitive
market, people think man, if I do that, I can capture that
additional -- I can sell those, and I don't have the same effect

1    on price that a monopolist would, because I'm just one of many.

2         So the thing that makes sort of this -- sort of abstract --

3         THE COURT:  Is part of that analysis typically the

4    fact that the marginal cost is going to -- in a world where

5    you're creating widgets, your marginal cost is going to -- or

6    there's going to be a cost associated with the creation of these

7    widgets.

8         It seems to me the cost associated with the publication of

9    a new ad -- sure, there's some cost, but it's fairly low.

10         THE WITNESS:  So suppose the marginal cost is zero.

11    Let's just take that version.  The issue is on the demand and

12    marginal revenue side, not the marginal cost side.

13         So just suppose the marginal cost is zero.  In a

14    competitive market, right, people are going to just keep

15    producing ads until the price gets driven all the way down close

16    to zero.  Now, it's not literally zero here.  There are costs.

17    So that's not what we see.

18         But in a monopoly market, if it's truly a monopoly, you

19    would think about the marginal revenue, not the price, and the

20    marginal revenue incorporates the fact that if I produce more,

21    that drives price down.

22         So the issue is, a monopolist marginal revenue curve lies

23    below the price curve, and so they produce less, because they're

24    thinking about this effect on prices, which is why the key thing

25    you look for is are they actually restraining output, because

1    that tells me that they're acting the way a monopolist would

2    act.  But it's about the fact that their marginal revenue

3    differs from the price.

4        This is all pretty abstract, like, econ stuff, but that's

5    the -- the issue is that they think -- again, it's not like I'm

6    going to produce nothing.  But as we get closer to the margin,

7    they think if I produce more, I worry about the selling a few

8    more -- if I could produce widgets even for free, they would

9    still say this last 10 percent I was going to produce isn't

10   worth it because the price-reducing effect offsets the quantity

11   expansion effect.

12              THE COURT:  Okay.  Thanks.

13              MR. DINTZER:  Thank you, Your Honor.

14              BY MR. DINTZER:

15   Q.   Sir, even monopolists have some incentive to invest; right?

16   A.   That's correct.

17   Q.   Let's go to slide 46.

18        This is your R&D analysis; is that right?

19   A.   Correct.

20   Q.   Okay.  And your R&D analysis regarding Google spending are

21   mostly worldwide; right?

22   A.   I think these are worldwide figures.  I think that was -- I

23   think that's what was available.

24   Q.   Okay.  So some of Google's R&D spending are allocated to

25   different regions of the world not involving the United States;

1    right?

2    A.    That's definitely true in general.

3    Q.    Okay.  So R&D spend on search in Egypt would not

4    necessarily be relevant to the U.S. market; right?

5    A.    It would have limited relevance.  Maybe not none, but --

6    Q.    Okay.  Some elements of R&D relate more to certain

7    geographies than others; is that fair?

8    A.    I think that's fair of some.  Obviously, lots of the R&D is

9    general, but there certainly is region-specific R&D, to some

10   extent.

11   Q.    Okay.  And you combine that Google and Alphabet are in the

12   expenditures; right?

13   A.    Yes.

14   Q.    YouTube is a profitable business for Alphabet; is that

15   right?

16   A.    Yes.

17   Q.    Okay.  But whatever R&D is directed at YouTube, you're

18   still putting it on this chart as something relevant for what

19   you're trying to show on exhibit -- slide 46; right?

20   A.    Right.  We talked about this some.  I'm including all

21   Alphabet revenue intentionally, because my read of the record

22   and experience with Google is everything they do -- or much of

23   what they do is designed to increase Internet activity and

24   thereby increase search.

25   Q.    Right.  And you include self-driving cars on this chart,

1    too; right?

2    A.    Their statements have been quite explicit, that they see

3    the benefit as people will spend more time on the Internet and

4    therefore more time searching.

5    Q.    For self-driving cars?

6    A.    Yes.

7    Q.    Okay.  So this captures all the investment in self-driving

8    cars, as well as anything directly related to search; right?

9    A.    To be clear, this is all of Alphabet.  You could make a

10    decision either way, but I think a fair read of what Google says

11    is they are, for most of what they do, hyperfocused on the

12    effects on search.

13    Q.    Okay.  Slide 45, the one right before it.

14    A.    Mine didn't move.

15    Q.    We'll get it for you, sir.  Okay.

16        This is supposed to measure output; is that right?

17    A.    This is, as it says, "total GSE-specific query volume."

18    Q.    You agree there's not a single correct measure of output

19    for a general search engine?

20    A.    I don't think there's one perfect measure of output

21    probably in any case anyone does.  This is a good one.

22    Q.    And you will agree that increased network speeds led to

23    more Internet usage and to more searches over this entire time?

24    A.    Yeah, that sounds right.

25    Q.    Okay.  And more Internet usage meant more search

1    advertising; is that right?

2    A.   I mean, more Internet usage likely led to more searches.

3    Again, that's a part of why Google invests in the Internet.  And

4    more searches would lead to more search advertising, yes.

5    Q.   Increased adoption of mobile phones over the last 15 years

6    also led to more searches; is that right?

7    A.   Right, I agree.

8    Q.   And so this chart only measures output increases for the

9    industry; they don't tease out any factors that -- you know,

10   whether Google led to or caused any of this increase; right?

11   A.   This chart doesn't tease out the causes.  You're giving

12   good examples of what we were discussing on the last chart about

13   why Google invests in things like Android, because it's trying

14   to increase Internet usage and, therefore, increase searches.

15       So Google has a lot to do with this, but this chart doesn't

16   tease that out.

17   Q.   Let's go to DXD59.

18       We're talking about ads now, sir.  Do you see it, sir?

19   A.   Yes.

20   Q.   Okay.  And so my understanding is what you've done here

21   with the green arrows is show the elements that are in each of

22   the three alleged ad markets; is that right?

23   A.   Yes.

24   Q.   Okay.  And on the left-hand column, in the sixth

25   row, "other SVPs," you have a red X; is that right?

1    A.    I do.

2    Q.    Okay.  You do realize that the DOJ search advertising

3    market had some advertising on SVPs; right?

4    A.    My understanding would be if it was on the SERP.  So you

5    could split them all out the way I did for Amazon.  I take that

6    point.  It just would make the chart very long.  But I take the

7    point that if it's on a SERP, it would be included.

8    Q.    So that red X for "other SVPs" is just wrong?  I mean, if

9    there's a SERP, then there's a green arrow there; right?

10    A.    I would call that a check mark.  Yeah, I mean, it's an X in

11    the sense that they're not fully included.  But you're right, to

12    the extent they're on a SERP, they would be included.

13    Q.    And is that true with Facebook ads, too, to the extent they

14    were the result of a search?

15    A.    I think that's right.  That's a very small percentage on

16    Facebook, but yeah, I take that point.

17    Q.    Okay.  Let's go to UPX006.

18          Your Honor, this is in evidence.

19          Sir, you've got it in your binder, but you also have it in

20    front of you.  Do you recognize this document, sir?

21    A.    I think so, but it's very hard to tell from just the cover

22    page.

23    Q.    It's in your binder.  You're welcome to look at it, if you

24    would like.  It's an October 2019 document called "Search State

25    of the Union."  Just let me know when you're there, sir.

1    A.    I'm here.  I'm not sure whether I recall this.  I've seen

2    figures and charts that look like this, but I'm not sure if it

3    was from this document.

4    Q.    Okay.  That's fine.  Let's go to the fourth page, which is

5    Bates 329.  And the left-hand graph is "America's digital add

6    spend" in billions.

7          Do you see that?  We're going to make it bigger to make it

8    a little easier.

9          Do you see that, sir?

10   A.    I do.

11   Q.    It breaks out search, video, and display separately; right?

12   A.    It has a section of the bar for each of those.

13   Q.    So their analysis, Google's analysis in this document is

14   breaking out search and display and video as separate areas that

15   they consider; is that correct?

16   A.    Yeah, I mean, they're certainly well-defined areas.  I

17   think most of what I presented, I defined them as competitors

18   but distinct forms.

19   Q.    And then on the right, if you look at the right-hand chart,

20   and Google breaks down its search from the rest of the industry,

21   its search market share -- this is ads, I believe -- as compared

22   to the rest of the industry.

23         Do you see that?

24   A.    I do.

25   Q.    And they show 79 percent in 2023.

1        Do you see that?

2    A.   I do.

3    Q.   And with respect to ads, Google Search market share

4    percentage, you don't have any reason to disagree with these

5    numbers; right?

6    A.   I don't know what they're computing here.  I'm not saying

7    they did anything wrong.  I just don't know what they're

8    including.

9    Q.   Okay.  Let's go back to page 2, 327.  This is the executive

10   summary.

11        Do you see that, sir?

12   A.   I do.

13   Q.   And the first bullet -- let's see if we can make that a

14   little bigger for you.

15        It says, "Google Search is expected to increase market

16   share to 80 percent."

17        Do you see that?

18   A.   I see that sentence, yes.

19   Q.   You don't have any reason to disagree with that, do you,

20   sir?

21   A.   I don't know what you mean by "reason to disagree."

22        It seems like what someone at Google was projecting in

23   2019.  So I guess a reason to disagree would be that in my

24   experience, I talk about in the reports the world of digital

25   advertising has changed dramatically in the last four years,

1    especially post-COVID.  So I would disagree with the use of a

2    2019 projection as meaning much today, but I don't disagree that

3    somebody projected this.

4         MR. DINTZER:  No further questions on that document.

5    And Your Honor, I think we're at a good point.

6         THE COURT:  All right.  Dr. Israel, we will resume on

7    Monday.  Let me talk just to the parties and figure out what

8    time we will get started.

9         THE WITNESS:  Thank you.

10         THE COURT:  Thank you.  Have a nice weekend.  And just

11    the same reminder not to discuss your testimony with anyone.

12    Thank you.

13    Mr. Dintzer, where are we in terms of timing for your

14    examination?

15         MR. DINTZER:  We are past Search, and we are into

16    Search Ads, and my team tells me that I am terrible about

17    estimating the timing.

18         THE COURT:  I would concur with your team.

19         MR. DINTZER:  Two hours.  I'm getting that from people

20    who are better at this than I am.  That's a rough estimate, but

21    it still brings us well under what I believe the -- anyway, two

22    hours.

23         MR. SCHMIDTLEIN:  No, you would be over --

24         MR. DINTZER:  That's why I stopped.

25    Your Honor, we need to cover what --

```
 1                THE COURT:  I'm just trying to figure this out.

 2        Mr. Cavanaugh?

 3                MR. CAVANAUGH:  About an hour, hopefully less.

 4                THE COURT:  Okay.  So maybe we -- if we start with

 5      Dr. Israel Monday, maybe we finish by lunch, maybe we don't,

 6      including some time for redirect.

 7          Say we don't -- maybe an easier way to do this, how long is

 8      your fact witness on Monday likely to take, all in?

 9                MR. SCHMIDTLEIN:  The direct is going to be no longer

10      than an hour and a half and hopefully closer to an hour.

11                THE COURT:  Okay.  And who is it?

12                MR. SCHMIDTLEIN:  Jennifer Fitzpatrick.

13                THE COURT:  And she is?

14                MR. SCHMIDTLEIN:  A current Google senior executive.

15                THE COURT:  Okay.  And I take it no closed session is

16      expected?

17                MR. SCHMIDTLEIN:  I don't believe so.

18                THE COURT:  All right.  So what do you all think from

19      plaintiffs in terms of expected cross?  Are both sets of

20      plaintiffs expected to cross or just DOJ?

21                MR. CAVANAUGH:  We do have some.

22                THE COURT:  You will?

23                MR. CAVANAUGH:  Yeah.

24                THE COURT:  All right.  So it sounds like we have some

25      degree of confidence that we could start with Dr. Israel, finish
```

8777

1   him either right before lunch or shortly after, and still get to

2   Ms. Fitzpatrick's testimony and finish her by the end of the

3   day.

4        Okay.  All right.  So let's do our best, and I'm sort of

5   looking at this side of the room, to stick to that timetable on

6   Monday, because I would like to finish Dr. Israel up and not

7   break him up to get to Ms. Fitzpatrick.  So let's try and stick

8   to that, if we can, please.

9        All right.  I don't have anything else.  Does anybody else?

10            MR. SOMMER:  I have one very brief thing.

11        This morning, we walked in to court and were handed four

12   more documents for confidentiality review.  It's impossible for

13   us to consult with our client at 9:15 or 9:30 in the morning,

14   particularly since people are on the West Coast.  I'm begging

15   them to try to do better.  It's really becoming unfair.  It's

16   very difficult.

17            THE COURT:  Okay.

18            MR. DINTZER:  Your Honor, all I can say is that we

19   hadn't -- this is cross-examination.  This is not like a fact

20   witness where we have a sense of what the witness is going to

21   testify about.  So -- and we've only used -- we've used exactly

22   one today.  So the rest we are saving until Monday.

23        So we're doing our best, given the -- as we watch his

24   real-time testimony, trying to figure out what we're going to

25   use.

1          MR. SOMMER:  I'm sympathetic to what goes on during

2     trial, but it's hard for me to believe they found these

3     documents this morning.  At a minimum, they had them last night.

4          I'm just asking them to try to do better.  I know stuff

5     comes up during trial.  I get it.  But they want answers from us

6     when we walk in the courtroom, and we can't give them.

7          THE COURT:  That's fair.  I've asked both sides to

8     make sure that this confidentiality review takes place

9     sufficiently in advance.  I've also tried to be flexible.  But

10    again, you know, once you are aware you're going to be using an

11    exhibit that hasn't already been disclosed, just send it over,

12    even if that means sending over multiple e-mails.  At least that

13    way, Mr. Sommer can have things sooner rather than later or any

14    of the other counsel.

15         I don't think there's a -- from what I'm hearing, they

16    would rather have the exhibits sooner rather than later, even if

17    that means getting multiple e-mails or multiple communications

18    that there's a new record going to be used.  Okay?

19         MR. DINTZER:  We will accommodate that, Your Honor.

20    Just so you know, obviously, it was a late one for us.

21         THE COURT:  I saw that the Amazon ad had the late-

22    night score of the football game.  The Amazon demonstrative, I

23    should say.

24         MR. DINTZER:  But we will respect that, Your Honor,

25    and do that as we can.

```
 1              THE COURT:  All right.  Thank you, Mr. Sommer.
 2         Anything else?
 3              MR. DINTZER:  Just one thing, Your Honor.
 4         As I understand the way that Google is structuring next
 5    week, we now have four videos to be shown in court.  Obviously,
 6    if that's the -- I mean, we're here for it if that's how they're
 7    going to structure it.  The last time, we got Ms. Baker's video
 8    with very little notice, and so we had to turn it around.  So
 9    we're looking at sort of the other side of things.  We would
10    like to have at least 72 hours' notice.  This is something
11    obviously they've had for a long time, for each video that we're
12    going to have to look at and sign off on, so we don't have to
13    run around.
14              THE COURT:  When you say -- do you mean the finished
15    product, or do you just mean your designations?
16              MR. DINTZER:  No, the finished product.  After we
17    designate, we want to see what it is is going to be shown in
18    court to make sure we don't have any issues with it, Your Honor.
19              THE COURT:  Okay.  All right.
20              MR. SCHMIDTLEIN:  These are not -- these are not
21    surprises like the confidentiality documents.  These are
22    depositions that have been designated extensively pretrial.
23    We've gone back and forth on those.
24         What we frankly are doing, Your Honor, is trying to narrow
25    those into shorter, almost highlight reels for you so that they
```

1    are not -- because unfortunately, some of the designations by

2    both sides, you know, if you're not showing it in court, they're

3    candidly way too long.

4        And so what we've been trying to do is actually reduce

5    those, and we've been getting them over to them in sort of the

6    reduced fashion so that hopefully our expectation is that they

7    will have reduced counterdesignations, in the spirit of trying

8    to get you something that is not longer than it needs to be.

9        So we are certainly getting them today.

10            MR. GREENBLUM:  We got them all to them last night.

11            MR. SCHMIDTLEIN:  Yes, and we certainly will not be

12    playing any video on Monday.  I think the earliest we might

13    start showing some video potentially could be now probably

14    Wednesday, given where we are.  So I think they have plenty of

15    time.

16            THE COURT:  Mr. Schmidtlein, what's your thinking in

17    terms of your case?

18            MR. SCHMIDTLEIN:  Our last witness will be Professor

19    Murphy, and he will be called on Monday, November the 13th.

20    He's going to be a several-hour witness, I anticipate, but we

21    anticipate that he will be done -- certainly, our direct will be

22    done during the day on Monday, and depending on when the cross

23    finishes, I would anticipate and expect that the cross will be

24    done on Tuesday, Tuesday the 14th, at the latest.

25            THE COURT:  Okay.  All right.  So I think we remain on

1     track, then, in terms of --

2           MR. SCHMIDTLEIN:  Yeah, we -- obviously, we don't know

3     the extent of this supposed rebuttal case that we're going to

4     get.  We have filed a motion with Your Honor directed at a

5     witness who we think is an inappropriate rebuttal witness.  I

6     don't know if they're still planning on calling that witness.

7     The last time we checked with them and asked them whether they

8     were going to call the witness, they said it was still a

9     possibility.

10          At this juncture, we haven't gotten any indication as to

11    the breadth.  I assume it's going to be Professor Whinston and

12    potentially one other expert and then this third disputed

13    expert, I suppose, if they're going to continue to call that

14    witness.

15          THE COURT:  I haven't had a chance to review the

16    motion, but are there any representations in terms of that

17    witness at this point?

18          MS. GRAY:  Yes, Your Honor.  This is Sara Gray for the

19    United States.

20          We were going to briefly address it and ask -- we believe

21    that the motion is premature, because we haven't really decided

22    entirely who we're going to call in rebuttal.  We would like to

23    make clear to the Court that if we do call Mr. Davies, that it

24    would be to rebut Professor Murphy's testimony on Monday.

25          We would ask that you consider delaying any sort of

1    consideration until after we submit our witness list on

2    Wednesday.

3            THE COURT:  Okay.  All right.  And was this -- I don't

4    know if we need to resolve this today, but was the expert --

5    this expert, was he designated as a rebuttal expert in the

6    course of discovery?

7            MS. GRAY:  He was an affirmative expert for DOJ

8    plaintiffs.  Professor Murphy -- Mr. Davies responded directly

9    to Professor Murphy's rebuttal report.  Professor Murphy cited

10   to Mr. Davies over 100 times, and Mr. Davies responded in his

11   reply report.

12           THE COURT:  Okay.  Mr. Schmidtlein?

13           MR. SCHMIDTLEIN:  Just to be clear, Mr. Davies

14   submitted an expert report on the initial deadline.  He was

15   disclosed as an affirmative expert in the first round.  They did

16   not call him in their case-in-chief.

17       So for all the reasons we've set forth in the motion, he is

18   not an appropriate rebuttal witness at this point.

19           THE COURT:  Okay.  All right.  I will take a look at

20   the motion.  I would urge DOJ to be in a position to, if you do

21   make the decision to want to call him, to have something in

22   writing that I can take a look at before I rule.  Okay?

23           MS. GRAY:  Sure.  Thank you.

24           THE COURT:  All right.  With that, is there anything

25   else?

1              MR. DINTZER:  Nothing from the DOJ plaintiffs, Your

2      Honor.

3              MR. CAVANAUGH:  Nothing further, Your Honor.

4              MR. SCHMIDTLEIN:  Nothing further, Your Honor.

5              THE COURT:  Thank you all very much.  Have a nice

6      weekend.  We will see you all on Monday.

7          (Proceedings adjourned at 12:38 p.m.)

1                   CERTIFICATE OF OFFICIAL COURT REPORTER

2

3           I, Sara A. Wick, certify that the foregoing is a

4   correct transcript from the record of proceedings in the

5   above-entitled matter.

6

7

8   /s/ Sara A. Wick                November 4, 2023

9   SIGNATURE OF COURT REPORTER        DATE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**'**

**'63** [1] - 8718:7
**'65** [1] - 8718:10

**/**

**/s** [1] - 8784:8

**0**

**068** [1] - 8718:17

**1**

**1** [10] - 8710:22,
8710:24, 8710:25,
8712:20, 8713:7,
8713:19, 8714:21,
8730:18, 8730:23,
8756:23
**10** [1] - 8768:9
**10,000** [1] - 8726:17
**100** [6] - 8679:20,
8680:24, 8736:18,
8750:7, 8750:17,
8782:10
**100,000** [1] - 8737:9
**10019** [1] - 8657:10
**10036** [1] - 8657:5
**106** [1] - 8660:3
**10:59** [1] - 8725:13
**1100** [1] - 8656:14
**1133** [1] - 8657:4
**11:00** [1] - 8725:11
**11:15** [1] - 8725:12
**11:17** [1] - 8725:13
**12** [1] - 8748:22
**120** [1] - 8762:7
**12:38** [1] - 8783:7
**1300** [1] - 8656:20
**1301** [1] - 8657:9
**133** [1] - 8715:20
**134** [1] - 8715:20
**13th** [1] - 8780:19
**14th** [1] - 8780:24
**15** [2] - 8734:14,
8771:5
**16** [2] - 8668:21,
8692:14
**18** [3] - 8757:10,
8760:3, 8760:8
**1960s** [1] - 8718:3

**2**

**2** [4] - 8710:25,
8711:15, 8731:16,
8774:9
**20** [12] - 8725:15,

8725:17, 8726:3,
8726:7, 8745:24,
8751:3, 8751:17,
8754:16, 8756:5,
8756:6, 8756:24,
8757:2
**20-3010** [1] - 8659:4
**20-cv-3010** [1] -
8656:3
**200,000** [1] - 8737:9
**20001** [2] - 8656:17,
8657:14
**20005** [1] - 8656:14
**20024** [1] - 8657:7
**2010** [1] - 8680:19
**2017** [1] - 8682:4
**2019** [6] - 8682:4,
8692:8, 8730:17,
8772:24, 8774:23,
8775:2
**202-354-3284** [1] -
8657:15
**2020** [1] - 8732:17
**2023** [3] - 8656:6,
8773:25, 8784:8
**2085** [1] - 8744:1
**2106** [1] - 8686:8
**2200** [1] - 8657:4
**227** [1] - 8751:1
**25** [5] - 8709:2,
8709:6, 8712:19,
8714:21, 8757:2
**27** [1] - 8751:1

**3**

**3** [2] - 8656:6, 8710:25
**30** [1] - 8714:4
**30-minute** [2] -
8714:6, 8714:8
**327** [1] - 8774:9
**329** [1] - 8773:5
**333** [1] - 8657:13
**34** [1] - 8656:9
**37** [1] - 8740:7

**4**

**4** [2] - 8710:25, 8784:8
**40th** [1] - 8657:10
**44** [1] - 8760:24
**4407** [1] - 8692:23
**4416** [2] - 8692:14,
8693:6
**45** [1] - 8770:13
**450** [1] - 8656:16
**46** [2] - 8768:17,
8769:19
**47** [1] - 8738:21
**4704-B** [1] - 8657:14

**475** [1] - 8682:19

**5**

**5** [1] - 8766:22
**58** [2] - 8736:12,
8736:17
**593** [1] - 8686:5

**6**

**680** [1] - 8657:7

**7**

**7001** [3] - 8678:19,
8678:21, 8680:17
**72** [1] - 8779:10
**744** [2] - 8682:15,
8682:18
**77** [1] - 8683:3
**79** [1] - 8773:25

**8**

**80** [3] - 8750:13,
8750:25, 8774:16
**80203** [1] - 8656:21
**811** [1] - 8692:24
**84** [1] - 8683:5
**86** [3] - 8666:7,
8666:9, 8666:11
**8660** [1] - 8658:8
**8661** [1] - 8658:4
**87** [1] - 8667:22
**8732** [1] - 8658:8

**9**

**92** [2] - 8726:9,
8727:10
**966** [2] - 8733:6,
8733:7
**97** [1] - 8683:3
**976** [4] - 8734:14,
8737:12, 8737:14,
8737:19
**977** [1] - 8738:8
**9:15** [1] - 8777:13
**9:30** [1] - 8777:13
**9:31** [1] - 8656:6

**A**

**a.m** [3] - 8656:6,
8725:13
**AA** [1] - 8759:20
**aa.com** [1] - 8759:20
**ability** [4] - 8675:9,
8699:2, 8735:14,

8745:10
**able** [3] - 8660:23,
8663:17, 8675:11
**above-entitled** [1] -
8784:5
**absent** [3] - 8761:19,
8761:25, 8762:3
**abstract** [2] - 8767:2,
8768:4
**accepted** [1] - 8699:21
**access** [2] - 8746:10,
8765:11
**accommodate** [1] -
8778:19
**accomplish** [1] -
8689:16
**according** [3] -
8705:22, 8711:9,
8712:1
**accumulated** [1] -
8707:9
**accumulates** [1] -
8679:5
**act** [1] - 8768:2
**acting** [2] - 8745:14,
8768:1
**Action** [1] - 8659:4
**action** [2] - 8710:5,
8758:9
**active** [1] - 8731:2
**activity** [3] - 8758:21,
8758:22, 8769:23
**actual** [7] - 8747:17,
8749:17, 8749:18,
8750:9, 8751:6,
8751:9, 8753:25
**ad** [6] - 8762:22,
8765:22, 8767:9,
8771:22, 8778:21
**adapted** [1] - 8665:7
**add** [2] - 8679:20,
8773:5
**added** [3] - 8681:4,
8707:14, 8749:14
**additional** [3] -
8671:14, 8758:21,
8766:25
**address** [1] - 8781:20
**addressable** [1] -
8671:24
**adds** [1] - 8680:24
**Adidas** [3] - 8703:8,
8704:8, 8705:4
**adjourned** [1] - 8783:7
**admitted** [1] - 8732:23
**adopted** [1] - 8751:15
**adopters** [1] - 8738:15
**adopting** [3] -
8737:16, 8737:25,
8743:21

**adoption** [2] -
8738:12, 8771:5
**ads** [11] - 8678:7,
8725:17, 8742:14,
8745:21, 8748:13,
8762:11, 8767:15,
8771:18, 8772:13,
8773:21, 8774:3
**Ads** [1] - 8775:16
**advance** [2] - 8677:8,
8778:9
**advantage** [3] -
8708:16, 8708:19,
8708:21
**advertise** [5] - 8726:4,
8735:20, 8741:3,
8742:7, 8742:16
**advertisement** [1] -
8742:15
**advertiser** [1] -
8752:21
**advertisers** [1] -
8765:12
**advertises** [1] -
8742:11
**advertising** [14] -
8741:17, 8742:2,
8752:25, 8762:15,
8762:16, 8762:17,
8762:19, 8765:8,
8765:12, 8771:1,
8771:4, 8772:2,
8772:3, 8774:25
**affect** [2] - 8691:19,
8699:13
**affects** [6] - 8697:20,
8697:25, 8698:2,
8698:22, 8699:3,
8699:8
**afterwards** [2] -
8718:8, 8739:21
**aggregate** [2] -
8712:2, 8735:24
**aggregated** [3] -
8665:15, 8665:19,
8760:4
**aggregating** [5] -
8666:23, 8668:7,
8670:23, 8714:23,
8714:24
**aggregation** [10] -
8662:15, 8665:15,
8665:18, 8665:21,
8665:25, 8666:14,
8666:17, 8668:5,
8668:16, 8670:19
**aggregations** [2] -
8661:10, 8751:19
**aggregators** [1] -
8760:15

**ago** [1] - 8659:23
**agree** [47] - 8663:21,
8668:12, 8670:13,
8670:17, 8671:2,
8672:1, 8672:5,
8672:18, 8674:23,
8674:25, 8675:8,
8676:6, 8677:21,
8681:14, 8684:24,
8685:12, 8686:15,
8688:7, 8689:14,
8694:4, 8702:14,
8705:20, 8706:3,
8706:8, 8706:23,
8708:16, 8709:23,
8712:7, 8716:20,
8719:21, 8720:3,
8722:12, 8724:22,
8727:18, 8731:9,
8737:4, 8739:23,
8751:12, 8753:20,
8755:5, 8755:23,
8758:8, 8764:11,
8765:14, 8770:18,
8770:22, 8771:7
**agreed** [3] - 8673:16,
8673:18, 8729:22
**agreements** [1] -
8689:21
**ahead** [1] - 8709:21
**AI** [2] - 8706:6, 8720:2
**aided** [1] - 8657:17
**air** [5] - 8722:19,
8722:20, 8722:23,
8723:6, 8723:10
**airline** [2] - 8759:20,
8760:5
**airline's** [1] - 8758:14
**airlines** [4] - 8759:19,
8760:8, 8760:13,
8760:20
**al** [2] - 8656:3, 8659:4
**algorithm** [4] - 8724:4,
8724:8, 8724:14,
8725:8
**algorithms** [1] -
8705:22
**all-in** [1] - 8735:13
**allegations** [1] -
8765:8
**alleged** [2] - 8763:11,
8771:22
**allocated** [1] -
8768:24
**allow** [1] - 8699:17
**allrecipes.com** [2] -
8723:1, 8723:6
**almost** [5] - 8679:15,
8679:16, 8750:5,
8763:1, 8779:25

**alone** [2] - 8700:16,
8750:1
**Alphabet** [4] -
8769:11, 8769:14,
8769:21, 8770:9
**alter** [2] - 8737:15,
8737:24
**altered** [2] - 8750:8,
8750:9
**alternative** [4] -
8677:8, 8688:22,
8704:17, 8742:24
**Amazon** [113] -
8671:16, 8678:1,
8680:12, 8681:1,
8681:4, 8681:8,
8683:8, 8686:21,
8688:9, 8689:5,
8689:12, 8689:22,
8690:23, 8693:19,
8693:21, 8702:19,
8711:9, 8711:12,
8711:19, 8712:11,
8714:17, 8717:22,
8725:21, 8725:24,
8726:2, 8726:4,
8728:11, 8729:1,
8729:2, 8729:4,
8729:10, 8729:13,
8729:16, 8729:19,
8731:6, 8732:1,
8733:2, 8733:21,
8734:2, 8734:6,
8734:12, 8734:18,
8734:19, 8734:25,
8735:2, 8735:7,
8735:12, 8735:17,
8735:19, 8735:22,
8736:3, 8736:6,
8736:12, 8736:13,
8736:15, 8736:18,
8736:23, 8737:7,
8737:10, 8741:16,
8742:1, 8742:4,
8742:11, 8744:20,
8745:2, 8745:5,
8745:6, 8745:8,
8745:11, 8745:14,
8745:20, 8746:4,
8746:10, 8746:12,
8748:1, 8749:2,
8749:3, 8749:4,
8749:9, 8749:14,
8751:21, 8753:8,
8753:14, 8753:18,
8753:22, 8754:1,
8754:6, 8754:9,
8754:10, 8755:2,
8755:4, 8755:7,
8755:15, 8755:18,

8756:2, 8756:7,
8756:8, 8756:9,
8756:10, 8756:15,
8756:19, 8757:2,
8759:3, 8772:5,
8778:21, 8778:22
**Amazon's** [1] - 8757:7
**amazon.com** [1] -
8760:15
**AMERICA** [1] - 8656:3
**America** [1] - 8659:4
**America's** [1] - 8773:5
**Americas** [2] - 8657:4,
8657:9
**AMIT** [1] - 8656:9
**amount** [5] - 8702:11,
8707:13, 8711:1,
8712:1, 8759:15
**analysis** [38] -
8662:13, 8662:25,
8663:11, 8663:19,
8666:15, 8667:23,
8668:4, 8678:3,
8678:8, 8680:3,
8684:6, 8707:2,
8707:8, 8707:11,
8715:8, 8724:25,
8725:25, 8726:25,
8727:4, 8727:5,
8727:6, 8727:8,
8731:12, 8740:18,
8746:25, 8750:20,
8751:18, 8753:4,
8753:13, 8754:16,
8756:24, 8759:8,
8763:6, 8767:3,
8768:18, 8768:20,
8773:13
**analyze** [2] - 8668:3,
8668:14
**analyzed** [3] -
8671:13, 8738:3,
8738:5
**analyzing** [1] - 8752:6
**Android** [7] - 8688:13,
8688:17, 8757:13,
8757:15, 8757:16,
8757:19, 8771:13
**announced** [4] -
8739:25, 8740:1,
8740:5
**announcements** [1] -
8739:24
**answer** [34] - 8664:14,
8666:12, 8666:18,
8667:21, 8668:8,
8669:22, 8673:6,
8675:10, 8675:12,
8675:23, 8676:8,
8677:13, 8681:14,

8681:20, 8684:16,
8690:24, 8695:10,
8696:3, 8697:2,
8697:8, 8697:12,
8698:9, 8698:14,
8699:10, 8699:17,
8716:5, 8717:14,
8718:12, 8719:15,
8719:23, 8746:11,
8749:9, 8753:24,
8761:18
**Answer** [11] - 8666:16,
8668:2, 8673:2,
8673:11, 8673:15,
8681:6, 8681:9,
8687:16, 8687:20,
8687:25, 8743:13
**answered** [4] -
8666:24, 8699:15,
8699:16, 8714:20
**answering** [3] -
8663:4, 8674:14,
8748:16
**answers** [8] - 8674:4,
8676:23, 8677:11,
8688:10, 8695:9,
8716:16, 8754:2,
8778:5
**anticipate** [3] -
8780:20, 8780:21,
8780:23
**anticipated** [1] -
8660:20
**Antitrust** [1] - 8656:20
**anyplace** [2] -
8702:12, 8712:24
**anyway** [1] - 8775:21
**apologize** [1] -
8713:16
**app** [31] - 8664:2,
8691:19, 8702:19,
8702:20, 8702:22,
8702:23, 8703:3,
8706:7, 8712:15,
8720:12, 8720:13,
8721:11, 8732:1,
8733:2, 8733:7,
8734:2, 8734:6,
8734:19, 8734:25,
8735:7, 8735:12,
8735:13, 8735:17,
8736:8, 8736:23,
8738:11, 8738:15,
8741:14, 8745:20,
8759:20
**APPEARANCES** [2] -
8656:12, 8657:1
**Apple** [38] - 8674:3,
8674:11, 8694:19,
8694:20, 8694:24,

8695:2, 8695:5,
8695:8, 8695:9,
8695:13, 8695:20,
8695:23, 8695:24,
8695:25, 8696:8,
8696:9, 8696:13,
8696:17, 8696:20,
8696:23, 8697:1,
8697:4, 8697:7,
8698:6, 8698:25,
8699:6, 8699:7,
8699:13, 8699:21,
8700:3, 8700:10,
8700:14, 8700:19,
8700:21, 8701:1,
8701:5, 8717:1
**Apple's** [14] - 8695:3,
8697:10, 8697:13,
8697:15, 8697:20,
8697:25, 8698:2,
8698:3, 8698:16,
8698:22, 8698:23,
8699:14
**approach** [10] -
8666:8, 8669:1,
8678:18, 8687:2,
8701:25, 8712:2,
8717:11, 8719:2,
8722:22, 8744:24
**approaches** [1] -
8766:2
**appropriate** [3] -
8666:14, 8673:13,
8782:18
**apps** [11] - 8689:12,
8734:24, 8736:8,
8736:13, 8737:4,
8737:16, 8737:25,
8738:3, 8738:4,
8738:18
**areas** [2] - 8773:14,
8773:16
**argues** [3] - 8701:2,
8701:7, 8701:8
**argument** [1] -
8765:13
**army** [4] - 8674:20,
8708:25, 8709:1,
8713:20
**arrive** [1] - 8667:6
**arrow** [1] - 8772:9
**arrows** [1] - 8771:21
**articulated** [1] -
8761:9
**artificially** [1] -
8765:17
**assemble** [1] -
8684:13
**assign** [1] - 8664:23
**assigned** [4] -

8663:10, 8664:4, 8664:9, 8664:21
**assigning** [1] - 8663:16
**assignment** [1] - 8665:1
**associated** [2] - 8767:6, 8767:8
**assume** [3] - 8695:21, 8700:13, 8781:11
**assuming** [1] - 8734:24
**auctions** [2] - 8765:17, 8765:18
**audience** [1] - 8727:15
**auto** [5] - 8676:21, 8676:24, 8677:1, 8760:17
**automated** [3] - 8664:20, 8664:22, 8664:23
**available** [2] - 8753:7, 8768:23
**avenue** [1] - 8686:12
**Avenue** [4] - 8657:4, 8657:7, 8657:9, 8657:13
**aware** [7] - 8682:6, 8687:16, 8688:23, 8697:17, 8731:4, 8742:20, 8778:10
**awning** [3] - 8715:17, 8716:2, 8716:9
**axes** [1] - 8694:6

## B

**backstop** [1] - 8708:24
**bad** [2] - 8726:20, 8766:19
**Baker** [4] - 8660:1, 8660:2, 8660:7, 8673:7
**Baker's** [1] - 8779:7
**ballpark** [1] - 8713:4
**banking** [1] - 8669:4
**banks** [2] - 8759:8, 8759:12
**bar** [16] - 8672:25, 8696:1, 8702:10, 8712:20, 8714:21, 8720:21, 8721:11, 8749:14, 8755:7, 8756:6, 8756:8, 8756:18, 8757:6, 8773:12
**Bard** [8] - 8739:3, 8739:10, 8739:11,

8739:17, 8739:18, 8739:20, 8740:1, 8740:5
**barely** [1] - 8693:12
**barriers** [2] - 8700:14, 8700:25
**bars** [7] - 8715:5, 8715:6, 8715:9, 8727:13, 8727:14, 8727:17, 8755:15
**baseball** [3] - 8709:20, 8710:1, 8712:23
**based** [11] - 8669:20, 8669:25, 8670:11, 8670:12, 8671:12, 8721:7, 8724:14, 8726:12, 8727:7, 8750:24
**basic** [4] - 8706:17, 8741:7, 8760:10, 8760:21
**basis** [6] - 8663:7, 8683:22, 8686:18, 8735:25, 8747:8
**Bates** [3] - 8682:18, 8686:5, 8692:14, 8692:21, 8693:5, 8733:6, 8737:12, 8737:18, 8773:5
**beans** [1] - 8692:11
**bear** [2] - 8734:16, 8735:5
**become** [1] - 8713:7
**becoming** [3] - 8720:2, 8731:1, 8777:15
**BEFORE** [2] - 8656:1, 8656:9
**begging** [1] - 8777:14
**beginning** [1] - 8681:16
**behalf** [1] - 8659:7
**behavior** [2] - 8758:18, 8763:11
**Belknap** [1] - 8657:3
**belongs** [2] - 8662:24, 8662:25
**below** [6] - 8666:20, 8703:11, 8733:9, 8763:1, 8763:11, 8767:23
**BENCH** [1] - 8656:9
**benefit** [3] - 8764:25, 8765:23, 8770:3
**benefits** [4] - 8704:25, 8719:14, 8735:12, 8735:24
**best** [34] - 8674:4, 8675:1, 8690:10, 8708:4, 8708:6,

8716:12, 8716:13, 8716:15, 8716:16, 8717:14, 8717:17, 8717:19, 8718:1, 8723:16, 8723:21, 8723:22, 8723:24, 8724:2, 8724:6, 8724:16, 8724:19, 8724:21, 8724:22, 8724:25, 8725:6, 8725:7, 8741:20, 8741:23, 8752:8, 8753:21, 8777:4, 8777:23
**better** [12] - 8675:13, 8691:21, 8695:3, 8697:3, 8709:1, 8719:1, 8730:21, 8730:22, 8752:25, 8775:20, 8777:15, 8778:4
**between** [19] - 8662:20, 8662:21, 8662:22, 8686:3, 8699:13, 8701:18, 8712:8, 8714:6, 8714:9, 8728:23, 8729:12, 8732:1, 8735:19, 8736:7, 8736:20, 8736:22, 8739:2, 8741:9, 8755:14
**beyond** [5] - 8674:6, 8674:13, 8698:11, 8698:13, 8753:25
**big** [3] - 8712:20, 8713:19, 8750:16
**bigger** [5] - 8703:13, 8720:4, 8749:8, 8773:7, 8774:14
**biggest** [1] - 8696:5
**billion** [1] - 8663:20
**billions** [3] - 8697:17, 8697:19, 8773:6
**bimodal** [1] - 8750:23
**binder** [13] - 8661:6, 8678:15, 8678:17, 8678:19, 8682:15, 8685:21, 8686:25, 8692:16, 8732:8, 8732:11, 8752:11, 8772:19, 8772:23
**bindered** [1] - 8709:3
**Bing** [39] - 8663:25, 8664:2, 8677:19, 8677:24, 8677:25, 8679:10, 8679:17, 8679:18, 8679:21, 8679:22, 8680:21, 8686:1, 8686:4,

8686:7, 8686:12, 8686:16, 8686:17, 8688:5, 8689:1, 8689:12, 8718:15, 8722:20, 8722:23, 8723:14, 8723:19, 8724:7, 8725:5, 8725:8, 8728:20, 8739:4, 8739:9, 8739:25, 8740:5, 8740:6, 8742:21, 8742:23, 8743:1, 8764:4
**Bing's** [3] - 8687:24, 8723:18, 8761:19
**biscuits** [3] - 8715:17, 8716:2, 8716:9
**bit** [2] - 8713:13, 8758:7
**blow** [1] - 8693:13
**blue** [6] - 8676:5, 8703:12, 8703:22, 8703:25, 8718:19, 8719:6, 8727:13, 8727:17
**blurry** [2] - 8718:24, 8719:4, 8730:19
**board** [1] - 8736:25
**book** [3] - 8671:7, 8671:15, 8758:4
**books** [1] - 8704:8
**boot** [2] - 8705:20
**boots** [4] - 8702:3, 8704:2, 8705:6
**Borges'** [1] - 8743:11
**bottom** [2] - 8710:4, 8743:9
**bought** [1] - 8745:21
**bounce** [1] - 8707:7
**box** [9] - 8674:8, 8695:18, 8695:22, 8709:15, 8723:2, 8733:12, 8749:8, 8749:9
**boxes** [1] - 8676:15
**brand** [2] - 8675:9, 8708:10
**breadth** [1] - 8781:11
**break** [7] - 8712:5, 8714:6, 8714:8, 8714:9, 8724:10, 8725:10, 8777:7
**breaking** [3] - 8713:6, 8763:6, 8773:14
**breaks** [3] - 8746:21, 8773:11, 8773:20
**brevity** [1] - 8755:2
**brief** [1] - 8777:10
**briefly** [1] - 8781:20
**bring** [3] - 8686:6,

8703:4, 8744:2
**brings** [2] - 8724:13, 8775:21
**Britannica** [1] - 8754:23
**broad** [2] - 8736:6, 8759:24
**broader** [3] - 8678:1, 8731:14, 8736:21
**broadly** [3] - 8678:10, 8678:12, 8764:11
**Broadway** [1] - 8656:20
**broken** [1] - 8754:17
**brokers** [2] - 8725:19, 8725:22
**browser** [10] - 8672:16, 8673:14, 8674:20, 8702:6, 8702:9, 8702:13, 8702:16, 8702:20, 8710:17, 8715:3
**browser's** [1] - 8673:25
**browsers** [8] - 8672:9, 8672:19, 8673:17, 8674:17, 8708:21, 8708:23, 8708:24
**building** [3] - 8675:11, 8675:12
**bullet** [5] - 8669:1, 8730:18, 8730:23, 8731:16, 8774:13
**bunch** [3] - 8751:21
**bus** [1] - 8727:20
**business** [1] - 8769:14
**but-for** [6] - 8760:24, 8761:3, 8761:5, 8761:7, 8761:10, 8766:3
**buy** [23] - 8684:8, 8699:1, 8699:3, 8699:24, 8700:1, 8700:3, 8707:15, 8709:21, 8710:10, 8710:16, 8727:18, 8727:24, 8729:4, 8729:19, 8745:2, 8745:5, 8745:8, 8745:10, 8755:21, 8756:1, 8758:7, 8759:4
**buyer** [1] - 8699:2
**buying** [3] - 8734:10, 8735:1, 8735:3
**BY** [24] - 8661:5, 8664:5, 8664:13, 8664:17, 8679:1, 8687:4, 8697:24,

8698:19, 8699:18, 8700:6, 8713:18, 8715:14, 8715:22, 8719:5, 8725:14, 8732:14, 8732:25, 8733:20, 8737:11, 8737:23, 8745:1, 8751:5, 8760:23, 8768:14

## C

**calculated** [2] - 8682:5, 8748:22
**calculating** [3] - 8682:9, 8682:11, 8683:21
**calculations** [1] - 8684:20
**cancer** [3] - 8661:24, 8662:6, 8662:11
**candidly** [2] - 8687:25, 8780:3
**capacity** [1] - 8765:7
**capture** [1] - 8766:24
**captures** [1] - 8770:7
**car** [8] - 8719:21, 8720:5, 8720:6, 8727:18, 8727:20, 8727:22, 8728:6, 8728:12
**card** [2] - 8743:3, 8743:12
**careful** [2] - 8732:16, 8752:20
**carriers** [2] - 8688:19, 8689:20
**cars** [5] - 8718:14, 8728:14, 8769:25, 8770:5, 8770:8
**cars.com** [2] - 8718:14, 8760:18
**case** [23] - 8660:19, 8672:12, 8672:14, 8672:16, 8677:9, 8677:18, 8685:20, 8688:14, 8691:9, 8702:25, 8714:16, 8724:20, 8728:16, 8735:10, 8745:14, 8753:6, 8754:10, 8755:11, 8757:7, 8770:21, 8780:17, 8781:3, 8782:16
**Case** [1] - 8656:3
**case-in-chief** [1] - 8782:16
**cases** [13] - 8674:5, 8676:20, 8701:22, 8717:21, 8717:25,

8720:4, 8720:8, 8722:12, 8741:12, 8750:14, 8752:19, 8763:1
**catalogue** [2] - 8743:4, 8743:12
**catch** [1] - 8752:16
**categories** [1] - 8751:6
**categorizations** [1] - 8747:10
**category** [1] - 8673:13
**caused** [1] - 8771:10
**causes** [1] - 8771:11
**Cavanaugh** [2] - 8659:7, 8776:2
**CAVANAUGH** [6] - 8657:3, 8659:25, 8776:3, 8776:21, 8776:23, 8783:3
**certain** [4] - 8675:13, 8711:1, 8764:13, 8769:6
**certainly** [24] - 8666:22, 8668:6, 8677:24, 8680:5, 8680:6, 8680:13, 8684:5, 8685:6, 8685:12, 8688:7, 8694:14, 8695:5, 8698:11, 8706:9, 8722:5, 8722:12, 8744:14, 8746:12, 8751:20, 8769:9, 8773:16, 8780:9, 8780:11, 8780:21
**CERTIFICATE** [1] - 8784:1
**certify** [1] - 8784:3
**challenged** [5] - 8761:4, 8761:15, 8761:20, 8761:25, 8762:3
**chance** [1] - 8781:15
**change** [10] - 8714:3, 8715:6, 8715:9, 8718:3, 8718:21, 8719:10, 8749:10, 8751:21, 8759:18, 8760:1
**changed** [4] - 8665:5, 8715:6, 8715:9, 8774:25
**characteristic** [2] - 8764:7, 8764:9
**characterization** [2] - 8689:14, 8696:17
**characterizing** [1] - 8695:4
**charge** [1] - 8765:8

**Charlotte** [1] - 8730:10
**chart** [15] - 8659:14, 8744:1, 8746:7, 8746:13, 8746:14, 8747:5, 8749:7, 8769:18, 8769:25, 8771:8, 8771:11, 8771:12, 8771:15, 8772:6, 8773:19
**charts** [1] - 8773:2
**ChatGPT** [11] - 8705:10, 8705:13, 8706:14, 8706:15, 8706:20, 8706:22, 8739:3, 8739:9, 8739:24, 8740:3, 8740:5
**check** [5] - 8712:24, 8744:15, 8758:3, 8758:16, 8772:10
**checked** [1] - 8781:7
**chief** [1] - 8782:16
**child's** [3] - 8662:2, 8662:7, 8662:11
**chocolates** [1] - 8756:1
**choice** [17] - 8671:21, 8708:24, 8723:1, 8723:16, 8723:18, 8723:21, 8723:22, 8723:24, 8724:2, 8724:6, 8724:8, 8724:16, 8724:19, 8724:22, 8724:25, 8725:6
**choices** [4] - 8724:18, 8725:7, 8753:5, 8753:6
**choose** [4] - 8699:25, 8710:21, 8714:18, 8753:12
**chose** [1] - 8681:12
**Chu** [1] - 8681:7
**circulating** [1] - 8680:19
**cite** [6] - 8680:4, 8680:10, 8690:1, 8693:25, 8740:23, 8740:24
**cited** [5] - 8680:6, 8682:3, 8730:16, 8740:23, 8782:9
**Civil** [1] - 8659:4
**cjponyparts** [3] - 8719:18, 8720:25, 8721:2
**cjponyparts.com** [2] - 8718:20, 8719:6
**clarify** [2] - 8666:21,

8708:9
**classic** [2] - 8718:22, 8719:10
**classification** [1] - 8750:4
**classifications** [1] - 8750:9
**classified** [1] - 8750:15
**classifies** [1] - 8746:19
**classify** [1] - 8749:23
**clean** [2] - 8722:10, 8753:24
**clear** [16] - 8662:15, 8684:16, 8696:23, 8702:18, 8709:9, 8709:13, 8710:7, 8722:15, 8758:2, 8758:20, 8758:23, 8760:3, 8761:2, 8770:9, 8781:23, 8782:13
**clearer** [1] - 8698:1
**clearly** [4] - 8690:19, 8741:23, 8755:17, 8756:15
**click** [5] - 8679:13, 8679:22, 8702:16, 8702:23, 8703:3, 8745:9
**clicking** [2] - 8701:18, 8701:19
**clicks** [5] - 8679:7, 8704:2, 8706:4, 8716:14, 8724:24
**client** [1] - 8777:13
**clock** [1] - 8710:11
**close** [6] - 8668:11, 8689:1, 8702:19, 8750:17, 8767:15
**closed** [1] - 8776:15
**closer** [3] - 8728:8, 8768:6, 8776:10
**Coast** [1] - 8777:14
**collect** [1] - 8697:11
**Colorado** [4] - 8656:18, 8656:19, 8656:21, 8657:2
**COLUMBIA** [1] - 8656:1
**column** [1] - 8771:24
**com** [2] - 8720:22, 8720:24
**combine** [3] - 8668:12, 8744:16, 8769:11
**coming** [2] - 8659:17, 8739:3
**comment** [2] - 8743:6,

8763:10
**commercial** [3] - 8725:15, 8725:24, 8726:6
**commission** [1] - 8726:22
**commissioned** [2] - 8726:19, 8726:23
**common** [2] - 8690:19, 8728:25
**communications** [1] - 8778:17
**companies** [4] - 8677:22, 8685:2, 8741:16, 8744:15
**company** [1] - 8688:1
**compare** [2] - 8681:12, 8686:21
**compared** [3] - 8731:8, 8766:2, 8773:21
**compares** [7] - 8677:19, 8677:22, 8679:15, 8679:17, 8683:15, 8685:25, 8693:25
**comparing** [8] - 8679:10, 8679:21, 8679:22, 8686:11, 8686:19, 8693:9, 8693:18, 8709:12
**comparison** [2] - 8679:18, 8686:3
**compete** [18] - 8667:7, 8667:25, 8684:24, 8686:16, 8686:18, 8694:5, 8694:11, 8725:21, 8728:15, 8729:22, 8729:24, 8735:11, 8736:16, 8741:4, 8748:16, 8754:7, 8754:8
**competed** [2] - 8745:13, 8745:22
**competes** [6] - 8678:5, 8725:25, 8726:2, 8734:12, 8755:25, 8756:1
**competing** [6] - 8685:1, 8696:21, 8745:6, 8745:12, 8755:8, 8755:16
**competition** [40] - 8662:16, 8662:19, 8665:19, 8665:23, 8668:15, 8668:17, 8670:24, 8672:7, 8680:12, 8685:7, 8685:15, 8687:25, 8694:6, 8695:10,

8696:2, 8696:10, 8696:22, 8699:20, 8721:10, 8722:18, 8730:6, 8730:7, 8731:14, 8734:13, 8735:16, 8736:20, 8738:19, 8739:7, 8739:22, 8739:23, 8739:25, 8740:6, 8745:19, 8746:3, 8751:13, 8751:22, 8756:4, 8763:20, 8763:25, 8764:2

**competitive** [15] - 8668:13, 8671:4, 8671:6, 8672:3, 8681:21, 8699:4, 8699:24, 8730:1, 8766:4, 8766:6, 8766:7, 8766:12, 8766:16, 8766:23, 8767:14

**competitor** [9] - 8662:17, 8677:16, 8688:9, 8728:8, 8735:3, 8736:11, 8736:16, 8749:3, 8754:10

**competitors** [20] - 8662:8, 8662:13, 8662:14, 8662:15, 8671:11, 8672:2, 8678:3, 8678:4, 8678:9, 8687:19, 8687:24, 8688:6, 8688:7, 8696:5, 8734:20, 8751:10, 8753:12, 8762:20, 8773:17

**complement** [3] - 8735:14, 8745:15, 8745:20

**complementarity** [2] - 8736:7, 8736:21

**complements** [1] - 8735:18

**complete** [1] - 8689:13

**completely** [4] - 8687:10, 8726:12, 8754:3, 8756:12

**component** [1] - 8671:14

**components** [1] - 8680:17

**compute** [3] - 8683:18, 8683:20, 8684:18

**computer** [2] - 8657:17, 8713:9

**computer-aided** [1] - 8657:17

**computing** [3] - 8680:1, 8684:25, 8774:6

**Comscore** [1] - 8684:12

**concept** [1] - 8714:14

**concluded** [2] - 8660:21, 8731:5

**conclusion** [8] - 8667:12, 8712:20, 8713:19, 8713:21, 8713:22, 8727:12, 8751:21, 8761:10

**conclusions** [1] - 8759:25

**concur** [1] - 8775:18

**conditions** [3] - 8668:13, 8672:3, 8763:14

**conduct** [4] - 8688:14, 8761:20, 8761:25, 8762:4

**conferring** [1] - 8660:8

**confess** [1] - 8695:20

**confidence** [1] - 8776:25

**confidentiality** [5] - 8692:16, 8732:15, 8777:12, 8778:8, 8779:21

**connected** [1] - 8742:5

**connection** [1] - 8728:16

**Connolly** [1] - 8657:6

**consider** [5] - 8687:18, 8734:20, 8766:21, 8773:15, 8781:25

**consideration** [3] - 8691:3, 8731:12, 8782:1

**considered** [7] - 8668:3, 8681:17, 8694:20, 8694:24, 8695:2, 8695:5, 8727:5

**considering** [3] - 8667:24, 8692:11, 8693:8

**considers** [1] - 8714:24

**consistent** [2] - 8674:19, 8733:25

**Constitution** [1] - 8657:13

**constraint** [1] - 8765:7

**consult** [1] - 8777:13

**Consumer** [1] - 8656:19

**content** [1] - 8673:13

**context** [7] - 8678:11, 8739:5, 8749:23, 8750:2, 8750:6, 8750:20, 8750:22

**continue** [1] - 8781:13

**Continued** [1] - 8661:4

**continued** [3] - 8656:24, 8762:24, 8762:25

**CONTINUED** [1] - 8657:1

**continues** [1] - 8730:19

**contract** [4] - 8697:15, 8697:20, 8697:25, 8698:22

**contracts** [2] - 8761:4, 8761:15

**contractual** [1] - 8699:13

**contractually** [1] - 8689:11

**contrast** [1] - 8728:25

**control** [1] - 8766:13

**convenient** [3] - 8691:17, 8691:18, 8691:19

**conversation** [3] - 8672:10, 8689:17, 8690:6

**cook** [2] - 8723:12, 8725:6

**cooks** [1] - 8724:5

**corporations** [1] - 8684:13

**correct** [39] - 8665:15, 8665:25, 8666:1, 8666:17, 8666:22, 8666:25, 8667:3, 8667:9, 8667:13, 8668:6, 8671:22, 8675:22, 8678:2, 8686:14, 8695:1, 8706:22, 8711:16, 8711:17, 8711:22, 8715:5, 8725:20, 8726:8, 8729:2, 8729:5, 8743:18, 8744:22, 8746:16, 8747:1, 8749:6, 8752:24, 8757:17, 8763:9, 8768:16, 8768:19, 8770:18, 8773:15, 8784:4

**correctly** [1] - 8667:1

**correlated** [3] - 8731:18, 8731:19, 8738:15

**correlation** [7] - 8729:11, 8729:12, 8729:14, 8729:17, 8733:13, 8734:2

**correlations** [1] - 8732:1

**cost** [15] - 8674:21, 8707:17, 8707:24, 8717:24, 8718:1, 8741:8, 8741:13, 8767:4, 8767:5, 8767:6, 8767:8, 8767:9, 8767:10, 8767:12, 8767:13

**costs** [9] - 8701:13, 8701:17, 8701:22, 8702:24, 8707:7, 8741:10, 8741:14, 8742:1, 8767:16

**counsel** [1] - 8778:14

**count** [2] - 8663:17, 8714:10

**counted** [1] - 8663:13

**counterdesignations** [1] - 8780:7

**counterfactual** [2] - 8761:3, 8761:14

**counterfactually** [1] - 8761:16

**counterparties** [1] - 8688:18

**counting** [3] - 8683:23, 8709:13, 8757:24

**counts** [3] - 8710:18, 8711:21, 8759:4

**couple** [1] - 8702:21

**course** [22] - 8659:18, 8661:10, 8664:25, 8665:4, 8665:8, 8668:4, 8697:23, 8703:25, 8709:20, 8710:12, 8712:7, 8714:7, 8714:11, 8723:14, 8732:10, 8737:18, 8747:5, 8747:19, 8747:24, 8751:16, 8762:2, 8782:6

**COURT** [67] - 8656:1, 8659:9, 8660:9, 8660:15, 8660:24, 8664:1, 8678:22, 8678:24, 8687:3, 8697:22, 8698:5, 8698:9, 8698:13, 8699:17, 8700:3,

8715:11, 8719:3, 8725:3, 8725:11, 8732:11, 8732:13, 8732:23, 8733:16, 8734:15, 8735:4, 8735:10, 8735:23, 8736:23, 8737:17, 8737:20, 8744:25, 8751:4, 8760:3, 8764:17, 8764:19, 8765:5, 8765:9, 8765:21, 8767:3, 8768:12, 8775:6, 8775:10, 8775:18, 8776:1, 8776:4, 8776:11, 8776:13, 8776:15, 8776:18, 8776:22, 8776:24, 8777:17, 8778:7, 8778:21, 8779:1, 8779:14, 8779:19, 8780:16, 8780:25, 8781:15, 8782:3, 8782:12, 8782:19, 8782:24, 8783:5, 8784:1, 8784:9

**court** [6] - 8659:2, 8762:18, 8777:11, 8779:5, 8779:18, 8780:2

**Court** [8] - 8657:13, 8661:15, 8663:11, 8665:2, 8680:3, 8693:25, 8757:22, 8781:23

**courtroom** [1] - 8778:6

**COURTROOM** [1] - 8659:3

**cover** [7] - 8691:24, 8692:4, 8692:6, 8730:15, 8763:13, 8772:21, 8775:25

**COVID** [1] - 8775:1

**crawling** [1] - 8707:1

**crawls** [1] - 8697:8

**create** [1] - 8764:20

**created** [2] - 8683:15, 8726:25

**creates** [1] - 8764:8

**creating** [2] - 8764:25, 8767:5

**creation** [3] - 8764:23, 8765:22, 8767:6

**credible** [2] - 8700:14, 8701:2

**criticized** [1] - 8718:8

**cross** [5] - 8776:19, 8776:20, 8777:19, 8780:22, 8780:23

CROSS [1] - 8661:4
Cross [1] - 8658:4
cross-examination [1]
- 8777:19
CROSS-
EXAMINATION [1] -
8661:4
Cross-Examination..
.............. [1] - 8658:4
CRR [1] - 8657:13
CUP [2] - 8680:20,
8681:3
curate [1] - 8723:20
current [3] - 8706:24,
8707:1, 8776:14
curve [2] - 8767:22,
8767:23
cut [5] - 8685:6,
8685:12, 8695:19,
8708:25, 8747:7
cut-off [1] - 8747:7
cuts [1] - 8685:5

**D**

D.C [9] - 8656:5,
8656:14, 8656:17,
8657:7, 8657:14,
8715:16, 8716:1,
8716:8, 8717:9
data [28] - 8664:9,
8680:14, 8680:20,
8684:14, 8684:15,
8685:5, 8685:10,
8685:14, 8697:8,
8726:13, 8726:14,
8726:19, 8726:21,
8726:23, 8727:1,
8727:8, 8727:9,
8740:18, 8746:10,
8750:25, 8753:20,
8753:21, 8754:16,
8754:18, 8758:25,
8762:15
Database [1] -
8754:24
date [3] - 8680:21,
8706:20, 8755:10
DATE [1] - 8784:9
dated [1] - 8732:17
Davies [5] - 8781:23,
8782:8, 8782:10,
8782:13
DAY [1] - 8656:9
days [6] - 8712:25,
8739:9, 8739:11,
8739:14, 8739:18,
8740:1
de [1] - 8712:2
de-aggregate [1] -

8712:2
deadline [1] - 8782:14
debating [1] - 8670:20
decide [6] - 8675:2,
8690:8, 8690:21,
8691:2, 8691:6,
8746:14
decided [2] - 8670:5,
8781:21
decision [19] - 8691:1,
8691:8, 8691:13,
8691:19, 8697:21,
8698:3, 8698:23,
8699:2, 8699:3,
8699:22, 8699:23,
8699:24, 8705:3,
8712:13, 8712:16,
8714:15, 8714:19,
8770:10, 8782:21
decisions [1] -
8699:14
deck [10] - 8659:12,
8659:17, 8660:2,
8691:25, 8692:1,
8692:15, 8726:9,
8740:7, 8751:2,
8751:3
deep [1] - 8694:9
default [12] - 8672:9,
8672:16, 8672:19,
8673:8, 8673:13,
8673:19, 8673:21,
8674:1, 8674:4,
8674:17, 8687:14,
8691:12
defaults [4] - 8689:11,
8691:9, 8691:15
DEFENDANT [1] -
8661:3
Defendant [2] -
8656:7, 8657:6
define [4] - 8661:23,
8674:14, 8675:22,
8750:17
defined [7] - 8670:6,
8671:8, 8671:12,
8714:21, 8746:24,
8773:16, 8773:17
definitely [3] - 8663:2,
8709:13, 8769:2
definition [17] -
8662:7, 8664:22,
8664:23, 8666:4,
8666:5, 8666:15,
8710:12, 8714:3,
8714:7, 8714:12,
8715:7, 8715:9,
8734:16, 8746:17,
8751:13, 8751:14,
8751:15

definitions [3] -
8664:21, 8665:8,
8672:7
degree [2] - 8727:23,
8776:25
delaying [1] - 8781:25
delivery [1] - 8737:2
demand [7] - 8665:20,
8727:19, 8752:7,
8753:4, 8755:24,
8767:11
demand-side [2] -
8753:4
demonstrative [2] -
8659:18, 8778:22
Denver [1] - 8656:21
denying [1] - 8691:18
Department [7] -
8656:13, 8656:16,
8656:19
depo [1] - 8723:11
deposition [8] -
8666:6, 8666:7,
8667:18, 8668:11,
8715:15, 8715:25,
8718:2, 8730:4
depositions [1] -
8779:22
Depot [1] - 8671:20
DEPUTY [1] - 8659:3
describe [2] - 8699:7,
8730:4
described [4] -
8669:21, 8670:11,
8671:13, 8749:15
describing [2] -
8729:15, 8733:25
description [2] -
8689:13, 8689:16
designate [1] -
8779:17
designated [2] -
8779:22, 8782:5
designations [2] -
8779:15, 8780:1
designed [3] -
8689:14, 8721:3,
8769:23
designing [1] -
8689:10
desired [1] - 8695:7
desktop [3] - 8682:23,
8683:5, 8701:11
detail [1] - 8722:2
details [2] - 8704:21,
8738:7
determined [1] -
8705:23
determines [1] -
8746:20

develop [2] - 8739:17,
8742:10
developed [4] -
8739:18, 8761:2,
8761:14, 8761:16
develops [1] - 8746:8
device [3] - 8687:13,
8687:15, 8701:12
devices [1] - 8689:23
dialogue [1] - 8738:17
differ [1] - 8753:6
difference [1] -
8668:15
differences [1] -
8672:1
different [49] - 8662:8,
8662:13, 8662:14,
8663:13, 8664:24,
8667:5, 8667:11,
8668:2, 8668:13,
8669:3, 8670:14,
8670:17, 8671:6,
8673:10, 8675:23,
8676:10, 8677:22,
8690:18, 8690:24,
8701:12, 8701:13,
8701:18, 8704:3,
8705:2, 8705:11,
8705:25, 8711:7,
8713:5, 8713:23,
8717:3, 8717:12,
8724:18, 8726:5,
8735:4, 8741:12,
8744:4, 8745:17,
8747:16, 8751:7,
8751:10, 8751:12,
8751:14, 8753:5,
8754:3, 8756:12,
8763:13, 8768:25
differently [3] -
8666:4, 8737:1,
8764:24
differs [1] - 8768:3
difficult [1] - 8777:16
digital [4] - 8762:16,
8762:19, 8773:5,
8774:24
digits [1] - 8737:19
dimension [2] -
8694:7, 8694:10
dimensions [1] -
8686:22
DINTZER [52] -
8656:13, 8659:17,
8661:2, 8661:5,
8664:2, 8664:5,
8664:13, 8664:16,
8664:17, 8669:1,
8687:4, 8697:23,
8697:24, 8698:8,

8698:18, 8698:19,
8699:18, 8700:6,
8713:13, 8713:15,
8713:18, 8715:13,
8715:14, 8715:20,
8715:22, 8719:5,
8725:9, 8725:14,
8732:14, 8732:20,
8732:24, 8732:25,
8732:25, 8733:18,
8733:20, 8737:11,
8737:18, 8737:23,
8745:1, 8751:5,
8760:23, 8764:18,
8768:13, 8768:14,
8775:4, 8775:15,
8775:19, 8775:24,
8777:18, 8778:19,
8778:24, 8779:3,
8779:16, 8783:1
Dintzer [3] - 8659:6,
8661:1, 8775:13
direct [6] - 8660:21,
8683:19, 8698:14,
8708:13, 8776:9,
8780:21
directed [2] - 8769:17,
8781:4
direction [2] -
8702:25, 8703:2
directly [3] - 8742:5,
8770:8, 8782:8
disaggregated [1] -
8684:5
disagree [9] -
8684:17, 8700:2,
8700:7, 8774:4,
8774:19, 8774:21,
8774:23, 8775:1,
8775:2
disappear [2] -
8742:21, 8743:2,
8743:11
disclosed [4] -
8659:20, 8659:22,
8778:11, 8782:15
discovery [1] - 8782:6
discuss [2] - 8659:10,
8775:11
discussed [4] -
8696:24, 8747:3,
8747:15, 8763:1
discussing [1] -
8771:12
discussion [3] -
8659:11, 8739:5,
8741:11
display [2] - 8773:11,
8773:14
dispositive [1] -
8763:16

**dispute** [2] - 8683:14, 8748:25
**disputed** [2] - 8748:24, 8781:12
**disputing** [2] - 8683:16, 8683:18
**distinct** [2] - 8750:16, 8773:18
**distribute** [1] - 8685:10
**distribution** [1] - 8697:15
**DISTRICT** [3] - 8656:1, 8656:1, 8656:10
**divide** [1] - 8684:22
**division** [1] - 8665:4
**document** [30] - 8679:2, 8680:17, 8683:25, 8685:18, 8685:25, 8686:3, 8686:24, 8688:12, 8692:11, 8693:8, 8693:22, 8693:24, 8727:7, 8730:14, 8731:24, 8732:20, 8733:4, 8734:14, 8737:13, 8738:20, 8743:23, 8744:13, 8744:19, 8745:23, 8746:8, 8772:20, 8772:24, 8773:3, 8773:13, 8775:4
**documents** [28] - 8677:18, 8677:21, 8679:3, 8679:25, 8680:1, 8680:2, 8680:6, 8680:8, 8680:10, 8680:11, 8681:21, 8681:23, 8681:25, 8682:1, 8682:3, 8683:18, 8685:20, 8686:19, 8686:21, 8727:3, 8740:11, 8740:15, 8740:19, 8740:21, 8740:22, 8777:12, 8778:3, 8779:21
**DOJ** [8] - 8656:13, 8659:6, 8659:14, 8772:2, 8776:20, 8782:7, 8782:20, 8783:1
**dollars** [1] - 8697:19
**done** [20] - 8660:19, 8662:25, 8663:7, 8663:9, 8666:13, 8673:11, 8707:2, 8715:8, 8731:5, 8748:1, 8751:17, 8760:20, 8761:17,

8761:23, 8762:6, 8763:6, 8771:20, 8780:21, 8780:22, 8780:24
**dot** [3] - 8720:22, 8720:24, 8721:1
**dot-com** [2] - 8720:22, 8720:24
**doubt** [6] - 8724:3, 8733:24, 8734:9, 8739:14, 8739:16, 8740:4
**down** [16] - 8664:10, 8664:18, 8691:4, 8703:11, 8714:4, 8714:22, 8719:18, 8746:21, 8754:17, 8755:21, 8763:6, 8766:19, 8766:23, 8767:15, 8767:21, 8773:20
**downward** [1] - 8766:9
**Dr** [13] - 8659:13, 8660:18, 8680:25, 8690:6, 8721:19, 8737:21, 8743:24, 8744:1, 8752:10, 8775:6, 8776:5, 8776:25, 8777:6
**dramatically** [1] - 8774:25
**drawing** [3] - 8712:20, 8713:19, 8727:12
**drive** [3] - 8727:25, 8728:2, 8728:5
**driven** [1] - 8767:15
**drives** [2] - 8766:19, 8767:21
**driving** [3] - 8769:25, 8770:5, 8770:7
**drop** [1] - 8717:4
**duck** [1] - 8693:15
**DuckDuckGo** [2] - 8687:18, 8688:5
**due** [1] - 8686:7
**during** [4] - 8687:13, 8778:1, 8778:5, 8780:22
**DX3243** [2] - 8659:13, 8660:12
**DX3243**......................
.................. [1] -
8658:8
**DXD29** [3] - 8658:8, 8659:12, 8660:12
**DXD38** [1] - 8741:2
**DXD59** [1] - 8771:17

**E**

**e-mails** [2] - 8778:12, 8778:17
**earliest** [1] - 8780:12
**easier** [6] - 8668:25, 8685:22, 8686:6, 8687:5, 8773:8, 8776:7
**easily** [1] - 8741:7
**easy** [1] - 8742:6
**eat** [1] - 8713:3
**econ** [1] - 8768:4
**economic** [4] - 8665:1, 8761:17, 8761:21, 8764:9
**economics** [3] - 8698:8, 8698:15, 8699:6
**economist** [3] - 8727:21, 8730:6, 8749:12
**economists** [2] - 8730:4, 8730:8
**edge** [1] - 8662:18
**education** [6] - 8669:10, 8669:13, 8670:13, 8670:15, 8670:16, 8670:20
**effect** [7] - 8699:8, 8714:25, 8749:15, 8766:25, 8767:24, 8768:10, 8768:11
**effective** [1] - 8741:23
**effects** [1] - 8770:12
**effort** [1] - 8685:3
**efforts** [3] - 8749:17, 8764:13, 8764:15
**Egypt** [1] - 8769:3
**Eiffel** [4] - 8684:1, 8684:3, 8722:7, 8722:9
**either** [7] - 8702:25, 8703:2, 8717:10, 8734:9, 8750:5, 8770:10, 8777:1
**elements** [6] - 8685:15, 8731:14, 8736:7, 8761:9, 8769:6, 8771:21
**eMarketer** [5] - 8684:12, 8762:15, 8762:21, 8762:22, 8763:7
**encourage** [1] - 8742:11
**end** [6] - 8660:21, 8660:25, 8701:8, 8713:10, 8763:19, 8777:2

**ended** [1] - 8672:8
**engaged** [1] - 8710:13
**engagement** [2] - 8710:20, 8731:17
**engine** [43] - 8672:17, 8673:1, 8673:8, 8673:9, 8673:14, 8673:25, 8674:18, 8674:22, 8675:4, 8675:19, 8676:22, 8684:17, 8687:15, 8687:19, 8690:16, 8694:1, 8694:21, 8698:23, 8701:10, 8701:19, 8704:6, 8704:14, 8705:1, 8707:13, 8708:16, 8709:22, 8710:2, 8713:4, 8719:14, 8719:20, 8720:22, 8721:12, 8722:3, 8722:10, 8724:1, 8724:13, 8728:18, 8728:22, 8729:1, 8729:7, 8761:24, 8762:3, 8770:19
**engines** [26] - 8673:16, 8681:13, 8683:8, 8683:16, 8684:9, 8684:18, 8684:21, 8689:1, 8690:2, 8693:10, 8694:5, 8694:11, 8694:16, 8701:18, 8718:15, 8718:18, 8723:5, 8728:20, 8728:24, 8729:21, 8743:2, 8743:10, 8744:5, 8744:9, 8748:20
**ensure** [1] - 8689:10
**enter** [12] - 8694:21, 8695:7, 8697:1, 8699:23, 8700:14, 8700:20, 8700:21, 8701:7, 8724:23, 8735:22, 8761:3, 8761:15
**entered** [2] - 8677:19, 8679:5
**entering** [1] - 8735:16, 8757:25
**entire** [1] - 8770:23
**entirely** [2] - 8713:15, 8781:22
**entities** [1] - 8663:13
**entitled** [1] - 8784:5
**entrant** [3] - 8694:24, 8700:20, 8701:4
**entry** [9] - 8695:2,

8695:5, 8697:13, 8697:21, 8698:3, 8698:23, 8699:14, 8700:14, 8700:25
**especially** [2] - 8720:10, 8775:1
**ESQ** [6] - 8656:13, 8656:15, 8656:18, 8657:3, 8657:6, 8657:8
**estate** [2] - 8725:19, 8725:22
**estimate** [1] - 8775:20
**estimating** [1] - 8775:17
**et** [2] - 8656:3, 8659:4
**evaluated** [1] - 8679:9
**evidence** [18] - 8660:12, 8677:19, 8680:15, 8682:13, 8685:17, 8690:20, 8691:23, 8694:18, 8694:20, 8698:16, 8730:16, 8730:23, 8732:21, 8732:24, 8738:11, 8763:16, 8763:18, 8772:18
**exact** [4] - 8697:16, 8699:16, 8707:20, 8720:25
**exactly** [10] - 8659:20, 8663:18, 8672:5, 8683:23, 8695:4, 8721:1, 8738:18, 8753:22, 8758:1, 8777:21
**EXAMINATION** [1] - 8661:4
**examination** [2] - 8775:14, 8777:19
**Examination**............
.. [1] - 8658:4
**examine** [1] - 8676:10
**example** [13] - 8663:11, 8665:7, 8671:23, 8686:11, 8702:17, 8703:7, 8721:18, 8721:20, 8721:25, 8727:4, 8752:13, 8759:19, 8760:5
**examples** [3] - 8703:6, 8722:13, 8771:12
**excluded** [2] - 8747:13, 8747:14
**excludes** [1] - 8759:1
**excluding** [1] - 8749:7
**exclusivity** [1] - 8690:1
**executive** [2] - 8774:9,

8776:14
**exhibit** [6] - 8659:20, 8659:22, 8679:4, 8710:11, 8769:19, 8778:11
**Exhibit** [1] - 8732:24
**exhibits** [4] - 8660:7, 8678:17, 8679:6, 8778:16
**EXHIBITS** [1] - 8658:7
**Exhibits** [1] - 8660:12
**exist** [1] - 8718:6
**existence** [4] - 8735:12, 8736:7, 8736:13, 8737:4
**exists** [1] - 8685:8
**expands** [1] - 8736:14
**expansion** [1] - 8768:11
**expect** [5] - 8660:18, 8660:21, 8728:21, 8728:23, 8780:23
**expectation** [2] - 8672:25, 8780:6
**expectations** [2] - 8762:13, 8762:22
**expected** [6] - 8733:9, 8733:21, 8774:15, 8776:16, 8776:19, 8776:20
**Expedia** [3] - 8741:16, 8758:7, 8758:18
**expenditures** [1] - 8769:12
**experience** [5] - 8713:8, 8716:23, 8717:1, 8769:22, 8774:24
**experiment** [1] - 8741:25
**experimentation** [1] - 8717:3
**expert** [8] - 8781:12, 8781:13, 8782:4, 8782:5, 8782:7, 8782:14, 8782:15
**explicit** [1] - 8770:2
**explicitly** [1] - 8765:15
**extensively** [1] - 8779:22
**extent** [6] - 8698:10, 8698:15, 8769:10, 8772:12, 8772:13, 8781:3
**extra** [1] - 8702:16
**eyes** [1] - 8685:23

## F

**Face** [3] - 8703:8,

8704:8, 8705:5
**Facebook** [14] - 8681:1, 8681:4, 8681:8, 8683:8, 8689:8, 8689:22, 8693:20, 8693:21, 8748:10, 8748:11, 8749:4, 8749:5, 8772:13, 8772:16
**faced** [2] - 8763:20, 8764:2
**faces** [2] - 8746:3, 8756:3
**fact** [24] - 8698:16, 8700:16, 8700:25, 8708:20, 8722:2, 8726:18, 8728:9, 8731:17, 8735:11, 8741:3, 8748:14, 8754:1, 8755:3, 8755:6, 8755:9, 8755:14, 8756:9, 8756:21, 8766:11, 8767:4, 8767:20, 8768:2, 8776:8, 8777:19
**factor** [2] - 8700:24, 8701:7
**factors** [1] - 8771:9
**facts** [1] - 8709:18
**fair** [16] - 8664:16, 8672:22, 8683:25, 8689:3, 8689:17, 8706:13, 8713:15, 8715:8, 8740:21, 8747:7, 8747:11, 8758:7, 8769:7, 8769:8, 8770:10, 8778:7
**fairly** [1] - 8767:9
**familiar** [11] - 8669:17, 8669:24, 8685:18, 8687:6, 8687:8, 8688:14, 8703:17, 8730:10, 8731:25, 8733:4, 8746:18
**far** [2] - 8674:6, 8687:21
**fashion** [1] - 8780:6
**fast** [1] - 8762:1
**faster** [1] - 8686:7
**feature** [1] - 8766:21
**featured** [1] - 8696:4
**features** [2] - 8693:10, 8729:22
**felt** [1] - 8695:6
**fever** [3] - 8662:2, 8662:7, 8662:11
**few** [3] - 8701:11, 8704:22, 8768:7

**fewer** [3] - 8765:10, 8765:17
**Fifth** [1] - 8656:16
**fight** [2] - 8735:19, 8737:9
**figure** [12] - 8663:21, 8664:18, 8666:13, 8668:17, 8690:13, 8704:21, 8717:23, 8750:2, 8751:17, 8775:7, 8776:1, 8777:24
**figures** [2] - 8768:22, 8773:2
**figuring** [2] - 8678:8, 8681:17
**filed** [1] - 8781:4
**final** [1] - 8758:9
**finance** [1] - 8759:11
**financial** [2] - 8700:21, 8764:15
**fine** [2] - 8694:9, 8773:4
**finish** [5] - 8695:17, 8776:5, 8776:25, 8777:2, 8777:6
**finished** [3] - 8670:16, 8779:14, 8779:16
**finishes** [1] - 8780:23
**Firefox** [2] - 8673:8, 8673:14
**firm** [1] - 8698:25
**firms** [2] - 8684:24, 8699:1
**first** [24] - 8660:16, 8680:20, 8692:1, 8705:18, 8714:13, 8718:10, 8719:6, 8720:5, 8720:8, 8720:9, 8720:11, 8724:4, 8725:4, 8733:9, 8733:15, 8733:21, 8736:3, 8744:21, 8746:7, 8755:10, 8756:13, 8759:12, 8774:13, 8782:15
**fit** [1] - 8665:5
**Fitzpatrick** [2] - 8776:12, 8777:7
**Fitzpatrick's** [1] - 8777:2
**five** [14] - 8704:10, 8704:11, 8704:15, 8704:18, 8710:5, 8710:13, 8711:10, 8712:4, 8712:5, 8712:8, 8712:11, 8714:3, 8714:17, 8744:15

**flexible** [1] - 8778:9
**flight** [3] - 8758:3, 8758:4, 8758:16
**flights** [4] - 8705:16, 8758:3, 8758:14, 8760:19
**flip** [1] - 8724:17
**Floor** [2] - 8656:21, 8657:10
**flowers** [1] - 8755:25
**fly** [2] - 8723:13, 8741:24
**focus** [4] - 8665:11, 8665:12, 8747:9, 8762:12
**focused** [8] - 8680:14, 8688:10, 8694:2, 8694:8, 8694:15, 8738:3, 8738:4, 8747:2
**focuses** [2] - 8673:12, 8747:11
**focusing** [1] - 8740:12
**follow** [4] - 8691:14, 8695:12, 8704:5, 8749:21
**following** [2] - 8687:7, 8705:8
**food** [2] - 8723:23, 8724:20
**food.com** [3] - 8723:11, 8723:14, 8723:24
**foods** [1] - 8723:22
**football** [1] - 8778:22
**FOR** [2] - 8656:1, 8661:3
**Ford** [1] - 8718:3
**foregoing** [1] - 8784:3
**forevermore** [1] - 8720:7
**form** [12] - 8668:5, 8675:23, 8676:9, 8695:12, 8696:22, 8698:4, 8698:25, 8706:22, 8710:13, 8713:12, 8725:1, 8740:19
**formal** [1] - 8763:6
**forms** [1] - 8773:18
**formulate** [1] - 8665:25
**forth** [5] - 8660:8, 8662:20, 8662:22, 8779:23, 8782:17
**four** [3] - 8774:25, 8777:11, 8779:5
**fourth** [2] - 8686:5, 8773:4
**framed** [1] - 8700:8

**frankly** [1] - 8779:24
**free** [2] - 8729:21, 8768:8
**frequency** [2] - 8734:3, 8736:3
**frequent** [1] - 8733:22
**frequently** [1] - 8743:25
**fresh** [1] - 8711:8
**front** [3] - 8704:19, 8745:9, 8772:20
**fryer** [4] - 8722:20, 8722:23, 8723:6, 8723:10
**fryers** [1] - 8722:19
**FTD** [1] - 8755:25
**full** [5] - 8681:21, 8681:24, 8682:1, 8731:7, 8731:8
**fully** [5] - 8684:5, 8734:22, 8761:5, 8761:7, 8772:11
**function** [2] - 8735:2, 8736:19
**functions** [3] - 8702:21, 8736:21, 8736:24
**futz** [1] - 8712:25
**fuzzing** [1] - 8664:11

## G

**game** [4] - 8709:20, 8710:1, 8712:25, 8778:22
**gather** [1] - 8707:5
**gathered** [1] - 8707:12
**general** [70] - 8672:17, 8673:1, 8673:9, 8673:16, 8673:25, 8674:16, 8676:22, 8676:25, 8681:13, 8682:5, 8683:8, 8683:16, 8684:9, 8684:17, 8684:18, 8684:21, 8688:6, 8689:1, 8690:2, 8693:9, 8694:1, 8694:5, 8694:11, 8694:16, 8694:21, 8695:6, 8695:10, 8697:1, 8698:23, 8704:6, 8704:14, 8704:25, 8707:13, 8708:16, 8709:22, 8710:2, 8716:15, 8718:15, 8718:18, 8719:14, 8719:20, 8721:12, 8722:3, 8722:9, 8724:1,

8724:13, 8728:7,
8728:17, 8728:20,
8728:22, 8728:24,
8729:1, 8729:7,
8729:21, 8733:1,
8733:15, 8734:6,
8734:11, 8735:6,
8739:23, 8743:2,
8743:10, 8744:5,
8748:19, 8761:24,
8762:2, 8764:6,
8769:2, 8769:9,
8770:19
**generally** [10] -
8674:23, 8676:12,
8687:10, 8688:20,
8688:24, 8694:23,
8696:6, 8734:23,
8737:5, 8742:12
**generative** [1] -
8720:2
**geographies** [1] -
8769:7
**Giannandrea** [2] -
8672:22, 8674:2
**Giannandrea's** [1] -
8696:16
**giveaway** [1] - 8686:1
**given** [10] - 8660:20,
8663:19, 8664:21,
8706:24, 8749:23,
8750:12, 8758:6,
8758:24, 8777:23,
8780:14
**Goodrich** [1] - 8657:9
**GOOGLE** [1] - 8656:6
**Google** [254] - 8659:5,
8659:8, 8663:20,
8665:8, 8665:10,
8667:25, 8670:12,
8671:12, 8674:8,
8675:11, 8675:13,
8677:18, 8677:19,
8677:22, 8677:25,
8678:5, 8679:6,
8679:9, 8679:11,
8679:21, 8680:7,
8680:21, 8681:3,
8681:11, 8681:18,
8682:5, 8683:14,
8683:21, 8684:1,
8685:25, 8686:4,
8686:11, 8686:16,
8686:17, 8686:19,
8686:21, 8687:20,
8688:1, 8688:5,
8688:11, 8689:2,
8689:10, 8689:20,
8690:8, 8690:14,
8690:17, 8690:22,

8690:23, 8691:2,
8691:21, 8692:2,
8692:11, 8693:8,
8693:9, 8693:14,
8693:25, 8694:24,
8694:25, 8695:10,
8696:3, 8696:10,
8696:11, 8696:14,
8696:15, 8696:21,
8697:13, 8697:20,
8697:25, 8698:2,
8698:22, 8699:4,
8699:13, 8699:21,
8699:25, 8700:8,
8700:9, 8700:19,
8700:20, 8702:3,
8705:19, 8706:23,
8708:1, 8708:4,
8710:13, 8710:14,
8711:12, 8711:13,
8711:19, 8711:20,
8711:22, 8711:23,
8712:7, 8712:9,
8712:14, 8712:22,
8713:4, 8714:17,
8714:18, 8714:23,
8718:16, 8721:6,
8722:20, 8722:23,
8723:14, 8723:18,
8723:19, 8724:7,
8725:5, 8725:8,
8725:15, 8726:14,
8726:15, 8726:18,
8726:19, 8726:21,
8726:23, 8726:25,
8727:3, 8727:4,
8727:7, 8727:9,
8727:13, 8727:17,
8728:10, 8729:10,
8729:13, 8729:16,
8729:19, 8730:11,
8731:1, 8731:4,
8732:1, 8732:20,
8733:2, 8733:22,
8734:17, 8734:18,
8735:2, 8735:8,
8735:12, 8735:19,
8735:24, 8736:4,
8736:6, 8736:8,
8736:10, 8736:15,
8736:16, 8736:18,
8737:5, 8737:16,
8737:24, 8739:2,
8739:6, 8739:9,
8739:17, 8739:18,
8739:20, 8739:23,
8740:1, 8740:3,
8740:5, 8740:6,
8740:11, 8740:15,
8740:21, 8741:17,
8741:20, 8742:2,

8742:12, 8742:21,
8742:24, 8743:1,
8744:5, 8745:6,
8745:12, 8745:15,
8745:18, 8746:3,
8746:8, 8746:10,
8746:12, 8746:19,
8746:24, 8747:4,
8747:18, 8747:19,
8747:20, 8747:23,
8748:7, 8748:10,
8748:13, 8748:16,
8748:23, 8749:23,
8750:2, 8750:19,
8751:8, 8753:14,
8753:17, 8753:19,
8754:1, 8754:6,
8754:8, 8754:14,
8754:22, 8755:7,
8755:10, 8755:15,
8755:17, 8755:18,
8755:21, 8755:25,
8756:1, 8756:3,
8756:7, 8756:11,
8756:17, 8756:18,
8756:19, 8756:25,
8757:4, 8757:8,
8759:3, 8760:12,
8761:3, 8761:14,
8763:20, 8764:2,
8765:22, 8768:20,
8769:11, 8769:22,
8770:10, 8771:3,
8771:10, 8771:13,
8771:15, 8773:20,
8774:3, 8774:15,
8774:22, 8776:14,
8779:4
**Google's** [24] -
8664:25, 8665:4,
8671:9, 8671:10,
8675:9, 8678:3,
8678:8, 8679:7,
8681:21, 8710:12,
8714:7, 8714:11,
8726:13, 8737:6,
8737:9, 8750:4,
8750:9, 8751:6,
8751:16, 8761:24,
8762:2, 8764:13,
8768:24, 8773:13
**google.com** [4] -
8731:18, 8734:2,
8734:7, 8738:11
**graph** [1] - 8773:5
**Graph** [1] - 8697:10
**Gray** [1] - 8781:18
**GRAY** [4] - 8656:15,
8781:18, 8782:7,
8782:23

**great** [3] - 8660:24,
8671:2, 8742:1
**greater** [1] - 8746:3
**GreatSchools** [2] -
8669:13, 8670:5
**green** [4] - 8723:2,
8749:8, 8771:21,
8772:9
**GREENBLUM** [1] -
8780:10
**grocery** [7] - 8727:24,
8728:2, 8728:5,
8728:9, 8728:10,
8728:11, 8728:15
**group** [8] - 8667:4,
8667:5, 8667:11,
8669:18, 8672:6,
8683:20, 8685:1
**grouped** [4] - 8663:2,
8667:10, 8670:12,
8670:21
**grouping** [3] - 8669:2,
8671:23, 8746:16
**groupings** [1] -
8669:20
**groups** [3] - 8663:15,
8747:20, 8747:22
**growth** [2] - 8738:16,
8763:3
**GSE** [29] - 8672:20,
8673:21, 8685:10,
8696:19, 8713:8,
8716:17, 8716:21,
8716:24, 8717:7,
8717:9, 8717:14,
8717:19, 8717:21,
8719:23, 8719:25,
8720:9, 8720:11,
8720:18, 8720:21,
8722:5, 8722:12,
8722:15, 8724:3,
8757:6, 8757:25,
8759:4, 8759:6,
8770:17
**GSE-specific** [1] -
8770:17
**GSEs** [23] - 8674:6,
8674:13, 8674:14,
8674:17, 8674:20,
8679:13, 8679:25,
8680:1, 8685:7,
8685:10, 8685:14,
8705:8, 8705:11,
8706:4, 8706:5,
8706:9, 8706:11,
8716:19, 8717:6,
8720:4, 8724:22,
8741:3, 8748:16
**guess** [8] - 8695:3,
8706:2, 8728:3,

8758:6, 8762:14,
8764:16, 8765:21,
8774:23
**guessing** [2] -
8695:13, 8695:14
**Guides** [1] - 8722:8
**guy** [1] - 8719:21
**guys** [1] - 8762:9

# H

**half** [1] - 8776:10
**hand** [8] - 8666:7,
8678:17, 8701:24,
8709:4, 8718:25,
8771:24, 8773:5,
8773:19
**handed** [1] - 8777:11
**handful** [2] - 8739:14,
8739:17
**handle** [5] - 8674:18,
8699:2, 8708:17,
8709:22, 8749:2
**handles** [1] - 8696:9
**handy** [1] - 8668:19
**happy** [2] - 8687:1,
8701:14
**hard** [2] - 8772:21,
8778:2
**harm** [2] - 8731:6,
8731:10
**heading** [3] - 8682:21,
8686:7, 8733:7
**health** [5] - 8661:16,
8661:22, 8661:23,
8661:25, 8662:3
**healthcare** [8] -
8711:10, 8711:13,
8711:20, 8712:12,
8712:13, 8748:2,
8748:3, 8748:4
**hear** [2] - 8660:11,
8715:24
**heard** [1] - 8659:15
**hearing** [1] - 8778:15
**help** [3] - 8705:2,
8723:3, 8736:8
**helpful** [2] - 8675:6,
8754:13
**helps** [4] - 8685:15,
8722:13, 8752:4,
8752:25
**Higgins** [1] - 8687:12
**high** [2] - 8756:18,
8764:1
**higher** [5] - 8734:2,
8734:7, 8757:6,
8765:18
**highlight** [1] - 8779:25
**hiking** [4] - 8702:3,

8704:1, 8704:7, 8705:20
**history.com** [1] - 8754:23
**hit** [1] - 8710:17
**holds** [2] - 8660:25, 8764:22
**Home** [1] - 8671:20
**home** [2] - 8695:13, 8695:20
**Honda** [5] - 8728:3, 8728:5, 8728:8, 8728:12, 8728:15
**Hondas** [1] - 8727:25
**honestly** [1] - 8677:6
**Honor** [42] - 8659:3, 8659:11, 8659:25, 8660:13, 8661:2, 8664:12, 8664:16, 8666:8, 8678:18, 8680:16, 8682:13, 8685:17, 8687:2, 8697:23, 8698:4, 8698:8, 8698:18, 8701:25, 8713:16, 8715:13, 8719:2, 8722:22, 8724:11, 8725:10, 8732:20, 8737:18, 8744:24, 8768:13, 8772:18, 8775:5, 8775:25, 8777:18, 8778:19, 8778:24, 8779:3, 8779:18, 8779:24, 8781:4, 8781:18, 8783:2, 8783:3, 8783:4
**HONORABLE** [1] - 8656:9
**hope** [3] - 8660:18, 8758:2, 8758:20
**hopefully** [5] - 8660:25, 8676:23, 8776:3, 8776:10, 8780:6
**Hopkins** [1] - 8747:25
**hotel** [1] - 8759:11
**hotels** [2] - 8759:9, 8759:13
**hour** [5] - 8706:25, 8776:3, 8776:10, 8780:20
**hours** [2] - 8775:19, 8775:22
**hours'** [1] - 8779:10
**hunt** [2] - 8717:15, 8719:18
**hunting** [1] - 8719:17
**hurricane** [1] - 8713:1
**hyperfocused** [1] -

8770:11
**hypothetical** [3] - 8700:8, 8701:6, 8765:24
**hypothetically** [3] - 8700:9, 8700:19, 8763:20

**I**

**idea** [7] - 8673:24, 8677:2, 8695:8, 8714:12, 8719:16, 8719:22, 8719:25
**identifies** [2] - 8742:23, 8747:18
**identify** [3] - 8661:16, 8662:16, 8688:9
**identifying** [2] - 8678:4, 8711:23
**ignores** [3] - 8740:11, 8740:21, 8740:22
**imagine** [1] - 8766:4
**immediately** [1] - 8702:7
**impact** [3] - 8730:24, 8730:25, 8738:11
**implicit** [1] - 8714:12
**important** [2] - 8751:25, 8753:10
**impossible** [2] - 8663:21, 8777:12
**inactivity** [2] - 8710:5, 8710:7
**inappropriate** [1] - 8781:5
**incentive** [3] - 8700:21, 8764:15, 8768:15
**include** [9] - 8672:22, 8703:8, 8716:17, 8758:21, 8760:5, 8760:7, 8760:13, 8760:20, 8769:25
**included** [10] - 8681:1, 8696:25, 8759:8, 8759:9, 8759:12, 8759:21, 8760:16, 8772:7, 8772:11, 8772:12
**includes** [8] - 8730:9, 8747:22, 8751:8, 8757:14, 8757:15, 8758:14, 8760:8
**including** [9] - 8672:21, 8683:8, 8684:15, 8694:16, 8699:23, 8744:14, 8769:20, 8774:8, 8776:6

**incorporates** [1] - 8767:20
**increase** [13] - 8734:17, 8734:18, 8736:24, 8742:13, 8764:12, 8764:13, 8764:16, 8769:23, 8769:24, 8771:10, 8771:14, 8774:15
**increased** [3] - 8738:16, 8770:22, 8771:5
**increases** [7] - 8734:25, 8735:1, 8735:7, 8737:5, 8742:16, 8764:8, 8771:8
**increasing** [2] - 8686:8, 8766:8
**incremental** [1] - 8742:14
**index** [1] - 8697:7
**indicate** [1] - 8673:6
**indicates** [1] - 8700:23
**indication** [1] - 8781:10
**indiscernible** [1] - 8663:25
**individual** [4] - 8735:25, 8751:25, 8754:17, 8754:19
**individually** [1] - 8664:19
**industry** [7] - 8684:7, 8684:20, 8762:13, 8763:16, 8771:9, 8773:20, 8773:22
**infer** [1] - 8754:13
**influences** [1] - 8699:22
**information** [63] - 8669:16, 8674:12, 8676:9, 8676:15, 8678:15, 8679:5, 8681:17, 8685:13, 8697:11, 8704:1, 8704:7, 8704:10, 8704:12, 8704:13, 8704:14, 8704:17, 8704:18, 8705:1, 8705:4, 8705:7, 8705:9, 8705:17, 8705:18, 8705:19, 8706:1, 8706:5, 8706:12, 8706:17, 8706:21, 8706:23, 8707:3, 8707:4, 8707:8, 8707:9, 8707:12, 8707:18,

8708:1, 8708:2, 8709:14, 8712:14, 8716:13, 8716:15, 8716:18, 8717:5, 8717:6, 8717:13, 8718:1, 8718:15, 8718:16, 8718:21, 8719:9, 8719:13, 8719:16, 8721:15, 8721:16, 8722:1, 8722:3, 8722:6, 8726:22, 8746:9, 8750:4, 8754:3, 8761:6
**informative** [2] - 8751:23, 8761:6
**initial** [1] - 8782:14
**innovate** [1] - 8739:24
**innovating** [1] - 8739:6
**inquiry** [2] - 8701:8, 8763:19
**inside** [1] - 8702:9
**insofar** [1] - 8698:5
**Instagram** [1] - 8689:8
**installation** [4] - 8688:21, 8688:25, 8689:4, 8689:7
**instance** [1] - 8736:4
**instead** [1] - 8690:17
**insurance** [2] - 8725:19, 8725:22
**intend** [1] - 8729:9
**intent** [8] - 8751:24, 8752:5, 8752:9, 8753:2, 8753:15, 8754:11, 8754:14, 8755:16
**intentionally** [3] - 8714:11, 8721:5, 8769:21
**intents** [1] - 8756:12
**interact** [1] - 8711:12
**interacted** [1] - 8713:10
**interacting** [2] - 8711:25, 8713:22
**interaction** [3] - 8712:9, 8712:10, 8714:10
**interactions** [2] - 8711:23, 8711:24
**intercepts** [5] - 8674:11, 8696:13, 8696:14, 8696:20, 8697:9
**interest** [2] - 8685:10, 8700:10
**interested** [4] - 8685:2, 8685:5,

8713:2, 8752:21
**interesting** [1] - 8685:6
**interests** [1] - 8756:11
**interior** [1] - 8678:3
**internalize** [1] - 8766:11
**Internet** [11] - 8721:7, 8734:23, 8743:3, 8754:23, 8769:23, 8770:3, 8770:23, 8770:25, 8771:2, 8771:3, 8771:14
**interpret** [1] - 8678:11
**interrupt** [1] - 8764:17
**invest** [1] - 8768:15
**investigated** [1] - 8695:6
**investing** [1] - 8680:7
**investment** [1] - 8770:7
**invests** [2] - 8771:3, 8771:13
**involved** [1] - 8758:5
**involving** [1] - 8768:25
**iPhone** [1] - 8715:4
**ISA** [3] - 8698:2, 8698:22, 8700:10
**ISRAEL** [2] - 8658:4, 8661:3
**Israel** [7] - 8659:13, 8660:18, 8737:21, 8775:6, 8776:5, 8776:25, 8777:6
**issue** [14] - 8659:23, 8660:10, 8660:11, 8660:17, 8660:23, 8668:14, 8694:14, 8694:15, 8760:17, 8765:7, 8765:8, 8767:11, 8767:22, 8768:5
**issued** [2] - 8753:13, 8753:15
**issues** [2] - 8660:6, 8779:18
**item** [1] - 8735:3
**itself** [20] - 8674:10, 8677:19, 8677:22, 8679:10, 8679:16, 8679:17, 8679:21, 8679:22, 8683:16, 8686:1, 8686:12, 8693:9, 8693:18, 8693:25, 8696:10, 8697:2, 8699:7, 8721:11, 8737:10, 8758:15

## J

**Jennifer** [1] - 8776:12
**job** [2] - 8670:15, 8762:10
**jobs** [5] - 8669:10, 8669:13, 8670:13, 8670:20
**John** [2] - 8659:7, 8672:22
**JOHN** [1] - 8657:6
**Johns** [1] - 8747:25
**JONATHAN** [1] - 8656:18
**Jonathan** [1] - 8659:6
**Jorge** [1] - 8762:10
**JR** [1] - 8657:3
**JUDGE** [1] - 8656:10
**judgment** [1] - 8665:1
**juncture** [1] - 8781:10
**June** [1] - 8692:8
**Justice** [2] - 8656:13, 8656:16

## K

**keep** [5] - 8664:11, 8668:24, 8700:10, 8766:8, 8767:14
**keeps** [1] - 8736:10
**Kenneth** [1] - 8659:6
**KENNETH** [1] - 8656:13
**key** [5] - 8668:15, 8714:2, 8764:9, 8766:21, 8767:24
**keystrokes** [1] - 8701:11
**kids** [1] - 8677:16
**kill** [1] - 8753:8
**kind** [6] - 8674:20, 8690:16, 8692:6, 8716:4, 8730:8, 8766:14
**kinds** [1] - 8676:8
**knife** [5] - 8674:20, 8708:25, 8709:1, 8713:20, 8713:21
**knowing** [5] - 8669:19, 8718:8, 8753:2, 8753:10, 8754:11
**Knowledge** [1] - 8697:10
**knows** [2] - 8753:11, 8755:24

## L

**labeled** [1] - 8750:12

**laptop** [2] - 8757:14, 8757:16
**large** [4] - 8682:2, 8701:5, 8731:2, 8731:17
**largely** [1] - 8721:10
**last** [15] - 8660:13, 8668:2, 8678:22, 8678:23, 8737:19, 8766:22, 8768:9, 8771:5, 8771:12, 8774:25, 8778:3, 8779:7, 8780:10, 8780:18, 8781:7
**late** [2] - 8778:20, 8778:21
**lately** [2] - 8705:10, 8705:15
**latency** [5] - 8686:8, 8686:13, 8686:15, 8686:20, 8686:22
**latest** [1] - 8780:24
**Law** [1] - 8656:19
**lawyers** [2] - 8725:19, 8725:22
**lead** [1] - 8771:4
**leads** [2] - 8669:2, 8699:25
**learn** [3] - 8720:5, 8720:9, 8741:11
**learning** [1] - 8724:15
**least** [11] - 8676:14, 8682:4, 8691:20, 8695:9, 8702:21, 8704:7, 8736:2, 8743:15, 8763:10, 8778:12, 8779:10
**leave** [1] - 8750:8
**led** [5] - 8699:25, 8770:22, 8771:2, 8771:6, 8771:10
**left** [4] - 8725:25, 8744:4, 8771:24, 8773:5
**left-hand** [2] - 8724:8, 8773:5
**length** [2] - 8660:20, 8712:3
**less** [4] - 8751:22, 8765:11, 8767:23, 8776:3
**level** [12] - 8695:1, 8697:14, 8735:20, 8736:6, 8743:6, 8754:18, 8761:19, 8766:4, 8766:6, 8766:7, 8766:8, 8766:14
**library** [2] - 8743:3, 8743:11

**lies** [1] - 8767:22
**life** [1] - 8720:9
**likely** [5] - 8669:2, 8733:22, 8788:16, 8771:2, 8776:8
**limit** [1] - 8765:1
**limited** [5] - 8726:15, 8726:18, 8728:23, 8758:17, 8769:5
**limits** [1] - 8732:15
**lines** [1] - 8744:17
**link** [4] - 8700:13, 8719:6, 8748:7, 8748:11
**LinkedIn** [1] - 8671:3
**links** [13] - 8676:5, 8676:14, 8676:16, 8677:7, 8703:12, 8703:22, 8703:25, 8718:19, 8723:20, 8744:20, 8754:23, 8755:21
**list** [16] - 8663:9, 8669:11, 8672:2, 8672:3, 8704:21, 8705:14, 8705:16, 8706:8, 8706:11, 8707:16, 8707:20, 8708:5, 8723:20, 8725:23, 8747:18, 8782:1
**listed** [4] - 8661:20, 8677:11, 8679:14, 8723:14
**listen** [1] - 8725:4
**listing** [1] - 8724:14
**lists** [1] - 8748:1
**literally** [2] - 8745:20, 8767:16
**litigation** [1] - 8746:7
**LLC** [2] - 8656:6, 8659:5
**LLP** [2] - 8657:3, 8657:6
**local** [1] - 8663:12
**logic** [1] - 8712:7
**London** [3] - 8722:8, 8752:15
**long-running** [1] - 8752:15
**look** [50] - 8659:14, 8661:21, 8664:6, 8664:10, 8665:3, 8665:7, 8665:20, 8671:16, 8676:10, 8678:10, 8678:12, 8679:8, 8680:20, 8682:21, 8684:1, 8684:19, 8685:6, 8685:7, 8687:6,

8690:9, 8700:24, 8701:23, 8703:11, 8705:25, 8707:6, 8707:11, 8711:12, 8717:20, 8719:19, 8719:22, 8719:25, 8731:8, 8731:13, 8750:24, 8751:17, 8752:3, 8753:7, 8757:6, 8761:25, 8762:3, 8765:19, 8767:25, 8772:23, 8773:2, 8773:19, 8779:12, 8782:19, 8782:22
**looked** [8] - 8682:1, 8685:13, 8695:14, 8695:21, 8716:4, 8727:5, 8731:11, 8734:22
**looking** [34] - 8670:15, 8670:25, 8671:4, 8671:7, 8671:14, 8671:15, 8671:19, 8672:19, 8673:9, 8673:18, 8678:5, 8680:18, 8681:24, 8682:17, 8685:10, 8690:24, 8690:25, 8692:22, 8706:19, 8717:10, 8719:17, 8722:8, 8733:17, 8752:4, 8752:14, 8752:16, 8754:7, 8754:11, 8755:14, 8755:17, 8755:18, 8777:5, 8779:9
**looks** [3] - 8685:14, 8686:3, 8719:12
**lost** [1] - 8728:16
**low** [3] - 8701:22, 8762:25, 8767:9
**loyalty** [1] - 8731:2
**lunch** [3] - 8660:20, 8776:5, 8777:1

## M

**machine** [1] - 8724:15
**mails** [2] - 8778:12, 8778:17
**Maine** [1] - 8657:7
**major** [2] - 8723:5, 8744:4
**make-versus-buy** [3] - 8699:1, 8699:3, 8699:24
**man** [2] - 8766:23, 8766:24
**maneuvering** [1] -

8701:17
**Maps** [2] - 8717:1, 8717:22
**margin** [1] - 8768:6
**marginal** [10] - 8767:4, 8767:5, 8767:10, 8767:12, 8767:13, 8767:19, 8767:20, 8767:22, 8768:2
**mark** [1] - 8772:10
**MARK** [2] - 8658:4, 8661:3
**market** [44] - 8666:3, 8666:5, 8666:22, 8667:3, 8667:4, 8667:9, 8667:13, 8667:24, 8667:25, 8668:6, 8671:4, 8681:18, 8682:5, 8682:9, 8683:21, 8684:2, 8684:7, 8684:9, 8684:13, 8684:17, 8684:22, 8687:23, 8688:6, 8694:22, 8698:24, 8700:11, 8743:21, 8762:11, 8762:12, 8762:13, 8762:22, 8763:4, 8766:12, 8766:16, 8766:18, 8766:24, 8767:14, 8767:18, 8769:4, 8772:3, 8773:21, 8774:3, 8774:15
**marketing** [1] - 8687:13
**markets** [4] - 8668:14, 8744:16, 8744:18, 8771:22
**match** [1] - 8752:21
**matter** [2] - 8699:6, 8784:5
**matters** [1] - 8667:6
**maximize** [2] - 8763:22, 8764:6
**mean** [76] - 8662:4, 8662:14, 8664:8, 8665:20, 8669:20, 8670:6, 8672:18, 8672:20, 8673:23, 8674:10, 8678:10, 8680:11, 8683:19, 8690:3, 8694:6, 8694:12, 8695:3, 8698:25, 8700:3, 8701:5, 8704:4, 8704:9, 8704:16, 8704:20, 8705:14, 8706:2, 8707:1, 8707:14, 8708:5,

8710:10, 8710:23,
8713:25, 8719:12,
8721:9, 8724:19,
8726:14, 8728:7,
8728:11, 8729:14,
8729:17, 8730:3,
8734:21, 8739:5,
8739:11, 8739:21,
8740:2, 8740:20,
8740:24, 8741:4,
8741:22, 8743:19,
8743:20, 8744:12,
8747:7, 8749:11,
8754:2, 8755:7,
8755:8, 8755:15,
8755:20, 8756:9,
8759:10, 8760:15,
8761:16, 8761:21,
8763:22, 8765:6,
8765:14, 8771:2,
8772:8, 8772:10,
8773:16, 8774:21,
8779:6, 8779:14,
8779:15
**meaning** [2] -
8743:19, 8775:2
**meaningful** [1] -
8730:25
**means** [10] - 8672:18,
8683:23, 8700:13,
8700:16, 8728:12,
8731:19, 8731:21,
8744:12, 8778:12,
8778:17
**meant** [3] - 8695:24,
8749:7, 8770:25
**measure** [4] - 8679:7,
8770:16, 8770:18,
8770:20
**measured** [1] -
8758:11
**measures** [2] -
8684:8, 8771:8
**measuring** [1] -
8684:21
**media** [1] - 8694:14
**MEHTA** [1] - 8656:9
**member** [1] - 8731:2
**members** [1] - 8729:9
**memory** [1] - 8697:3
**men's** [1] - 8705:5
**mentioned** [3] -
8675:15, 8696:6,
8720:20
**merchant** [1] - 8760:6
**merchants** [1] -
8760:9
**method** [3] - 8667:24,
8671:12, 8760:12
**methodology** [3] -

8669:20, 8669:25,
8670:11
**mice** [1] - 8752:16
**MICHAEL** [1] - 8657:8
**Microsoft** [4] -
8687:22, 8739:2,
8739:3, 8744:6
**middle** [2] - 8756:6,
8760:21
**might** [25] - 8665:15,
8666:23, 8668:7,
8671:16, 8679:15,
8690:17, 8691:19,
8716:16, 8716:25,
8717:7, 8717:21,
8719:16, 8723:24,
8723:25, 8724:15,
8729:10, 8735:8,
8736:4, 8736:8,
8737:9, 8752:21,
8753:17, 8755:20,
8758:9, 8780:12
**milliseconds** [2] -
8676:23
**minds** [1] - 8742:8
**mine** [2] - 8732:12,
8770:14
**minimal** [9] - 8701:19,
8703:2, 8707:8,
8707:10, 8707:17,
8707:24, 8741:11,
8741:15, 8742:1
**minimum** [3] -
8701:13, 8741:8,
8778:3
**minus** [2] - 8691:2,
8726:3
**minute** [2] - 8706:24,
8714:9
**minutes** [17] - 8710:5,
8710:8, 8710:10,
8710:13, 8710:16,
8710:18, 8711:10,
8711:20, 8712:4,
8712:5, 8712:8,
8712:12, 8713:2,
8714:4, 8714:17,
8747:7
**miss** [1] - 8670:23
**missing** [2] - 8662:18,
8708:3
**mistyped** [2] - 8722:6,
8722:7
**Mitchell** [1] - 8673:7
**mix** [1] - 8751:14
**mobile** [7] - 8682:23,
8683:2, 8701:12,
8714:14, 8720:10,
8721:11, 8771:5
**mode** [1] - 8692:12

**model** [2] - 8713:19,
8762:6
**modeled** [2] -
8761:24, 8762:2
**modeling** [2] -
8761:17, 8761:21
**modification** [1] -
8747:6
**modified** [2] -
8665:10, 8747:5
**Monday** [5] -
8660:14, 8660:17,
8660:19, 8660:22,
8775:7, 8776:5,
8776:8, 8777:6,
8777:22, 8780:12,
8780:19, 8780:22,
8781:24, 8783:6
**money** [4] - 8700:15,
8700:22, 8741:17
**monopolies** [1] -
8764:7
**monopolist** [16] -
8700:8, 8700:9,
8700:12, 8763:24,
8764:14, 8764:19,
8765:1, 8765:2,
8765:23, 8766:2,
8766:5, 8766:6,
8766:10, 8767:1,
8767:22, 8768:1
**monopolists** [2] -
8765:25, 8768:15
**monopoly** [14] -
8700:13, 8700:16,
8700:17, 8700:19,
8700:24, 8701:2,
8701:7, 8701:9,
8763:17, 8764:9,
8766:18, 8766:21,
8767:18
**months** [1] - 8659:23
**Moon** [2] - 8671:16,
8671:19
**morning** [6] - 8659:3,
8659:9, 8660:19,
8777:11, 8777:13,
8778:3
**most** [14] - 8664:25,
8676:1, 8686:18,
8687:20, 8705:19,
8712:21, 8724:5,
8730:1, 8750:5,
8751:20, 8758:22,
8764:21, 8770:11,
8773:17
**mostly** [3] - 8677:6,
8677:14, 8768:21
**motion** [5] - 8781:4,
8781:16, 8781:21,

8782:17, 8782:20
**motivation** [1] -
8698:6
**motivations** [1] -
8698:16
**mousetrap** [4] -
8752:13, 8752:14,
8753:16, 8754:7
**Mousetrap** [1] -
8752:15
**move** [4] - 8662:20,
8662:21, 8715:11,
8770:14
**Movie** [1] - 8754:24
**moving** [1] - 8741:8
**Mozilla** [1] - 8673:9
**MR** [86] - 8659:11,
8659:17, 8659:22,
8659:25, 8660:6,
8660:13, 8660:16,
8661:2, 8661:5,
8664:2, 8664:5,
8664:12, 8664:13,
8664:15, 8664:16,
8664:17, 8679:1,
8687:4, 8697:23,
8697:24, 8698:4,
8698:8, 8698:11,
8698:18, 8698:19,
8699:15, 8699:18,
8700:6, 8713:12,
8713:13, 8713:14,
8713:15, 8713:18,
8715:13, 8715:14,
8715:19, 8715:20,
8715:21, 8715:22,
8719:5, 8725:1,
8725:9, 8725:14,
8732:14, 8732:20,
8732:22, 8732:25,
8733:18, 8733:20,
8737:11, 8737:18,
8737:23, 8745:1,
8751:5, 8760:23,
8764:18, 8768:13,
8768:14, 8775:4,
8775:15, 8775:19,
8775:23, 8775:24,
8776:3, 8776:9,
8776:12, 8776:14,
8776:17, 8776:21,
8776:23, 8777:10,
8777:18, 8778:1,
8778:19, 8778:24,
8779:3, 8779:16,
8779:20, 8780:10,
8780:11, 8780:18,
8781:2, 8782:13,
8783:1, 8783:3,
8783:4

**MS** [3] - 8781:18,
8782:7, 8782:23
**multiple** [8] - 8704:19,
8705:7, 8705:9,
8705:25, 8706:4,
8778:12, 8778:17
**multisite** [1] - 8759:24
**Murphy** [5] - 8689:18,
8690:6, 8780:19,
8782:8, 8782:9
**Murphy's** [2] -
8781:24, 8782:9
**muscular** [1] -
8728:21
**must** [2] - 8685:2,
8697:21
**Mustang** [1] - 8718:3
**Mustang's** [2] -
8718:22, 8719:10

**N**

**Nadella** [1] - 8738:24
**Nadella's** [1] -
8739:22
**name** [1] - 8730:12
**narrow** [1] - 8689:16,
8779:24
**Nationals** [6] -
8709:20, 8710:1,
8710:8, 8710:9,
8710:15, 8712:23
**naturally** [1] - 8669:1
**nature** [2] - 8662:4,
8765:2
**nav** [29] - 8720:14,
8720:16, 8720:19,
8720:21, 8721:2,
8721:7, 8747:14,
8747:15, 8747:17,
8747:18, 8747:20,
8747:24, 8748:7,
8748:16, 8748:23,
8749:2, 8749:3,
8749:7, 8749:9,
8749:12, 8749:16,
8750:2, 8750:3,
8750:5, 8750:6,
8750:8, 8750:10,
8750:21, 8759:1
**navigate** [6] - 8720:19,
8721:7, 8722:13,
8741:8, 8749:17,
8749:19
**navigation** [1] -
8721:8
**navigational** [4] -
8748:6, 8748:13,
8748:19, 8749:24
**Nayak** [2] - 8721:19,

8722:1
**NBC** [2] - 8721:21,
8721:23
**near** [3] - 8676:21,
8677:1, 8713:3
**nearly** [1] - 8748:22
**Nebraska** [1] - 8657:3
**necessarily** [4] -
8671:24, 8709:1,
8717:19, 8769:4
**need** [11] - 8659:10,
8664:15, 8667:15,
8698:20, 8708:9,
8708:23, 8709:4,
8728:12, 8761:22,
8775:25, 8782:4
**needed** [1] - 8724:17
**needs** [3] - 8736:16,
8750:2, 8780:8
**negative** [3] - 8730:24,
8738:11
**neglected** [1] -
8659:12
**network** [1] - 8770:22
**networks** [1] - 8689:8
**never** [9] - 8678:16,
8681:7, 8681:9,
8683:21, 8683:25,
8691:2, 8734:12,
8750:6
**New** [4] - 8657:5,
8657:10
**new** [5] - 8706:6,
8710:17, 8710:18,
8767:9, 8778:18
**next** [13] - 8669:7,
8690:10, 8692:1,
8709:20, 8709:21,
8709:24, 8710:21,
8712:9, 8714:18,
8715:12, 8738:7,
8741:2, 8779:4
**nice** [6] - 8672:2,
8705:10, 8705:16,
8706:5, 8775:10,
8783:5
**night** [3] - 8778:3,
8778:22, 8780:10
**Night** [2] - 8671:15,
8671:19
**nobody** [1] - 8730:2
**none** [5] - 8672:9,
8681:7, 8719:19,
8755:3, 8769:5
**nonexistent** [1] -
8701:21
**nonnavigational** [2] -
8750:12, 8750:13
**nonretail** [1] - 8738:4
**nonretail-focused** [1]

- 8738:4
**nonsearch** [1] -
8759:15
**normal** [2] - 8659:18,
8751:16
**North** [3] - 8703:8,
8704:8, 8705:5
**Northwest** [3] -
8656:14, 8656:16,
8657:13
**notes** [1] - 8679:24
**nothing** [4] - 8768:6,
8783:1, 8783:3,
8783:4
**notice** [2] - 8779:8,
8779:10
**November** [4] -
8656:6, 8680:18,
8780:19, 8784:8
**nuance** [1] - 8672:20
**null** [5] - 8674:21,
8674:24, 8675:5,
8675:10, 8716:10
**number** [34] - 8660:2,
8663:13, 8663:17,
8679:6, 8683:4,
8683:6, 8692:20,
8692:22, 8704:2,
8704:3, 8709:12,
8709:14, 8711:1,
8711:2, 8711:3,
8711:5, 8711:15,
8712:20, 8714:3,
8715:19, 8726:7,
8732:9, 8733:6,
8735:7, 8736:12,
8736:17, 8737:12,
8737:18, 8739:11,
8748:25, 8756:23,
8758:25, 8763:4,
8765:18
**Number** [1] - 8656:3
**numbers** [12] -
8680:19, 8682:16,
8682:22, 8683:7,
8683:9, 8683:11,
8683:15, 8733:17,
8734:16, 8735:5,
8747:4, 8774:5

---

# O

**objection** [11] -
8659:15, 8659:17,
8660:1, 8664:12,
8698:4, 8699:15,
8713:12, 8714:2,
8725:1, 8725:3,
8732:22
**observation** [1] -

8709:17
**obvious** [1] - 8677:8
**obviously** [7] -
8684:17, 8765:24,
8769:8, 8778:20,
8779:5, 8779:11,
8781:2
**occasions** [1] -
8722:5
**occur** [1] - 8701:13
**occurred** [1] - 8679:6
**October** [2] - 8772:24
**OEMs** [2] - 8688:18,
8689:20
**OF** [5] - 8656:1,
8656:3, 8656:9,
8784:1, 8784:9
**offer** [13] - 8659:12,
8665:14, 8666:21,
8666:22, 8667:2,
8667:8, 8668:1,
8668:3, 8668:5,
8668:6, 8677:11,
8732:21, 8755:18
**offered** [3] - 8660:3,
8666:16, 8721:20
**offering** [4] - 8659:13,
8667:14, 8690:4,
8761:10
**offers** [4] - 8677:11,
8677:12, 8697:4,
8729:2
**Official** [1] - 8657:13
**OFFICIAL** [1] - 8784:1
**offsets** [1] - 8768:10
**often** [10] - 8701:12,
8706:14, 8715:4,
8716:19, 8721:11,
8727:25, 8728:2,
8728:10, 8748:15,
8757:4
**oil** [3] - 8718:3,
8718:22, 8719:10
**old** [2] - 8706:18,
8706:20
**once** [3] - 8722:17,
8741:13, 8778:10
**one** [120] - 8660:13,
8661:14, 8661:15,
8662:6, 8662:11,
8662:17, 8664:20,
8665:18, 8666:22,
8668:5, 8668:7,
8669:10, 8669:15,
8669:17, 8670:5,
8670:18, 8671:8,
8673:12, 8677:7,
8677:24, 8679:12,
8679:15, 8679:16,
8680:17, 8681:23,

8682:17, 8685:6,
8685:12, 8686:15,
8686:17, 8686:22,
8688:1, 8691:11,
8692:4, 8694:4,
8694:6, 8694:8,
8694:10, 8696:4,
8696:5, 8696:12,
8699:17, 8701:4,
8701:19, 8702:16,
8702:22, 8703:3,
8703:11, 8704:6,
8704:25, 8705:2,
8705:8, 8705:9,
8705:11, 8706:10,
8706:11, 8706:17,
8708:2, 8708:12,
8708:16, 8711:4,
8711:21, 8713:16,
8714:4, 8714:10,
8716:17, 8717:11,
8717:14, 8718:11,
8719:14, 8719:18,
8719:19, 8721:12,
8722:1, 8722:17,
8723:12, 8723:19,
8724:1, 8724:12,
8728:17, 8728:22,
8731:21, 8732:7,
8732:15, 8733:21,
8734:1, 8734:22,
8735:25, 8741:7,
8742:12, 8745:21,
8751:2, 8753:2,
8755:2, 8755:9,
8758:13, 8759:4,
8759:6, 8759:12,
8760:19, 8762:1,
8766:14, 8766:17,
8766:19, 8767:1,
8770:13, 8770:20,
8770:21, 8777:10,
8777:22, 8778:20,
8779:3, 8781:12
**one-query** [1] -
8711:21
**one-stop** [1] - 8708:12
**ones** [6] - 8665:3,
8666:3, 8669:16,
8679:14, 8717:18,
8759:10
**online** [4] - 8731:1,
8731:2, 8731:17,
8737:2
**open** [3] - 8702:20,
8744:20, 8752:9
**opened** [1] - 8745:20
**opinion** [10] -
8665:14, 8666:16,
8666:21, 8667:2,

8667:5, 8667:8,
8667:14, 8668:5,
8698:7, 8761:10
**opinions** [2] - 8690:4,
8762:5
**opportunity** [1] -
8763:24
**oppose** [1] - 8659:21
**opposed** [2] -
8731:14, 8737:2
**opposing** [1] -
8659:24
**option** [8] - 8690:11,
8699:7, 8706:20,
8716:13, 8716:25,
8720:1, 8720:3,
8723:11
**options** [9] - 8669:3,
8671:6, 8699:6,
8703:4, 8703:5,
8717:16, 8752:8
**order** [2] - 8659:2,
8750:23
**ordinary** [13] -
8661:10, 8664:25,
8665:4, 8665:8,
8668:4, 8710:12,
8712:7, 8714:7,
8714:11, 8747:5,
8747:19, 8747:20,
8764:19
**organic** [1] - 8748:10
**original** [2] - 8759:8,
8760:11
**otherwise** [5] -
8660:10, 8660:17,
8663:16, 8735:8,
8741:21
**outcome** [1] - 8699:20
**outperformed** [1] -
8762:13
**output** [18] - 8761:18,
8764:3, 8764:4,
8764:8, 8764:10,
8764:16, 8764:20,
8765:19, 8766:4,
8766:6, 8766:8,
8766:13, 8766:22,
8767:25, 8770:16,
8770:18, 8770:20,
8771:8
**over-binder** [1] -
8678:15
**over-bindered** [1] -
8709:3
**overlap** [3] - 8727:15,
8728:23, 8753:14
**overlapping** [4] -
8753:16, 8754:2,
8755:14, 8756:21

8798

**overruled** [1] - 8725:3
**own** [13] - 8694:8, 8697:7, 8697:8, 8701:3, 8701:7, 8724:6, 8724:17, 8724:21, 8725:6, 8727:25, 8728:3, 8747:10, 8761:17
**ownership** [1] - 8727:22
**owns** [2] - 8726:21, 8728:4

**P**

**p.m** [1] - 8783:7
**page** [38] - 8666:7, 8666:9, 8666:11, 8667:22, 8669:7, 8670:8, 8675:19, 8676:4, 8676:13, 8676:20, 8686:5, 8692:1, 8692:5, 8692:14, 8692:22, 8693:12, 8693:21, 8695:13, 8695:15, 8695:20, 8695:24, 8695:25, 8705:17, 8715:19, 8730:15, 8734:14, 8737:12, 8737:17, 8738:8, 8740:7, 8741:2, 8744:1, 8744:21, 8745:10, 8772:22, 8773:4, 8774:9
**paid** [1] - 8700:15
**Palladium** [3] - 8703:9, 8704:8, 8705:5
**panels** [4] - 8726:14, 8726:16, 8726:17
**parsing** [1] - 8699:11
**part** [10] - 8664:25, 8666:24, 8675:9, 8686:7, 8688:14, 8719:24, 8735:14, 8748:1, 8767:3, 8771:3
**participants** [1] - 8688:5
**participates** [1] - 8667:25
**particular** [13] - 8665:11, 8669:15, 8669:17, 8671:13, 8683:11, 8707:14, 8707:22, 8716:11, 8718:5, 8720:13, 8726:23, 8727:15, 8733:16

**particularly** [2] - 8681:24, 8777:14
**parties** [4] - 8684:20, 8685:9, 8775:7
**parts** [4] - 8676:21, 8676:24, 8677:1, 8682:13
**party** [1] - 8685:13
**pass** [1] - 8687:1
**past** [1] - 8775:15
**pattern** [2] - 8757:11, 8760:21
**patterns** [2] - 8757:20, 8760:10
**Patterson** [1] - 8657:3
**pay** [2] - 8700:21, 8700:22
**paying** [1] - 8700:10
**payment** [2] - 8701:1, 8701:5
**pays** [1] - 8730:2
**PC** [2] - 8714:14, 8757:19
**peck** [1] - 8717:15
**pecking** [1] - 8719:17
**Pedacat** [4] - 8746:18, 8747:22, 8747:25, 8748:5
**PEDACAT** [1] - 8746:18
**Penny** [1] - 8681:7
**people** [58] - 8661:23, 8665:21, 8681:4, 8681:12, 8684:22, 8684:25, 8685:2, 8685:5, 8688:5, 8707:3, 8712:21, 8713:20, 8715:1, 8720:4, 8720:18, 8720:20, 8721:5, 8721:6, 8721:14, 8726:4, 8726:18, 8727:13, 8727:16, 8727:24, 8728:10, 8728:22, 8728:25, 8729:18, 8731:5, 8734:10, 8734:23, 8734:24, 8735:14, 8735:16, 8735:24, 8736:2, 8736:25, 8737:6, 8741:7, 8742:3, 8742:9, 8742:11, 8742:21, 8743:16, 8743:17, 8755:17, 8756:17, 8756:22, 8758:12, 8759:23, 8766:24, 8767:14, 8770:3, 8775:19, 8777:14
**people's** [1] - 8742:8

**per** [3] - 8694:3, 8709:14, 8730:24
**per-user** [1] - 8730:24
**percent** [20] - 8679:20, 8680:24, 8683:3, 8683:5, 8711:4, 8725:15, 8725:17, 8726:3, 8726:7, 8736:12, 8736:17, 8736:18, 8748:22, 8750:7, 8750:13, 8750:25, 8766:22, 8768:9, 8773:25, 8774:16
**percentage** [5] - 8684:2, 8684:4, 8711:4, 8772:15, 8774:4
**perception** [1] - 8742:1
**perfect** [1] - 8770:20
**performance** [1] - 8763:16
**period** [3] - 8712:16, 8714:21, 8739:18
**person** [8] - 8720:5, 8728:4, 8741:25, 8754:11, 8755:11, 8756:10, 8756:11, 8756:15
**personal** [1] - 8716:22
**personally** [5] - 8664:10, 8664:20, 8669:24, 8670:7, 8759:19
**phone** [7] - 8702:22, 8712:16, 8714:16, 8721:11, 8736:15, 8757:13, 8757:14
**phones** [1] - 8771:5
**physical** [1] - 8751:10
**pick** [1] - 8673:16
**picture** [1] - 8727:16
**pictures** [2] - 8676:13, 8738:5
**piece** [2] - 8708:2, 8763:18
**PLA** [3] - 8703:7, 8747:8, 8751:14
**place** [12] - 8684:19, 8691:21, 8702:12, 8705:2, 8705:9, 8708:6, 8713:3, 8723:6, 8723:24, 8724:2, 8724:21, 8778:8
**places** [10] - 8674:8, 8696:6, 8704:21, 8705:16, 8705:24, 8711:25, 8714:9,

8715:2, 8724:5, 8742:12
**Plaintiff** [2] - 8656:18, 8659:7
**plaintiffs** [6] - 8679:4, 8761:22, 8776:19, 8776:20, 8782:8, 8783:1
**Plaintiffs** [3] - 8656:4, 8656:13, 8657:2
**planning** [2] - 8660:17, 8781:6
**PLAs** [9] - 8665:3, 8665:7, 8665:11, 8671:14, 8703:5, 8703:11, 8703:25, 8747:2, 8747:12
**platforms** [2] - 8694:13
**plausible** [1] - 8682:8
**play** [3] - 8694:21, 8709:24, 8752:15
**players** [1] - 8766:13
**playing** [1] - 8780:12
**plenty** [1] - 8780:14
**plumbers** [2] - 8725:18, 8725:22
**plus** [2] - 8757:16, 8757:19
**point** [32] - 8660:13, 8663:18, 8665:20, 8670:23, 8707:15, 8712:12, 8715:11, 8717:20, 8720:3, 8720:4, 8722:16, 8724:12, 8734:11, 8735:4, 8741:13, 8752:6, 8753:1, 8756:3, 8758:9, 8758:20, 8761:22, 8764:19, 8765:16, 8765:25, 8766:10, 8766:18, 8772:6, 8772:7, 8772:16, 8775:5, 8781:17, 8782:18
**policy** [1] - 8690:10
**pops** [2] - 8745:9, 8760:12
**popular** [1] - 8728:21
**portion** [4] - 8725:25, 8735:15, 8735:18
**position** [4] - 8665:24, 8691:17, 8691:18, 8782:20
**positions** [1] - 8674:17
**positive** [1] - 8677:14
**positively** [2] - 8731:18, 8731:19

**possibility** [1] - 8781:9
**possible** [4] - 8662:10, 8676:10, 8697:13, 8701:4
**post** [1] - 8775:1
**post-COVID** [1] - 8775:1
**potential** [3] - 8694:24, 8700:20, 8746:21
**potentially** [2] - 8780:13, 8781:12
**power** [9] - 8700:13, 8700:16, 8700:18, 8700:19, 8700:24, 8701:2, 8701:8, 8701:9, 8763:17
**pre** [4] - 8688:21, 8688:25, 8689:4, 8689:7
**pre-installation** [4] - 8688:21, 8688:25, 8689:4, 8689:7
**precise** [5] - 8665:15, 8665:18, 8665:25, 8666:16, 8717:7
**predicated** [1] - 8701:6
**predict** [1] - 8761:19
**premature** [1] - 8781:21
**prepared** [1] - 8692:8
**prepped** [1] - 8732:7
**present** [1] - 8762:16
**presentation** [1] - 8745:24
**presented** [5] - 8739:3, 8744:1, 8761:17, 8762:19, 8773:17
**presenting** [1] - 8763:9
**presidents** [1] - 8690:25
**pressure** [3] - 8699:4, 8699:25, 8766:9
**presumably** [1] - 8739:18
**presume** [1] - 8742:16
**pretrial** [1] - 8779:22
**pretty** [4] - 8750:16, 8750:23, 8768:4
**prevent** [1] - 8688:21
**price** [19] - 8697:16, 8729:25, 8730:2, 8730:5, 8730:6, 8765:12, 8766:9, 8766:12, 8766:15, 8766:16, 8766:18,

8766:19, 8767:1, 8767:15, 8767:19, 8767:21, 8767:23, 8768:3, 8768:10
**price-reducing** [1] - 8768:10
**priced** [2] - 8697:16, 8765:15
**prices** [3] - 8765:18, 8766:23, 8767:24
**primarily** [3] - 8726:2, 8728:22, 8740:18
**Prime** [2] - 8729:9, 8729:16
**privacy** [11] - 8690:10, 8692:11, 8693:9, 8693:10, 8693:19, 8694:1, 8694:3, 8694:4, 8694:9, 8694:10, 8694:15
**private** [1] - 8692:2
**problem** [3] - 8660:4, 8721:22, 8756:5
**problems** [1] - 8717:11
**Proceedings** [2] - 8657:16, 8783:7
**proceedings** [1] - 8784:4
**produce** [8] - 8765:2, 8765:25, 8767:20, 8767:23, 8768:6, 8768:7, 8768:8, 8768:9
**produced** [1] - 8657:17
**producing** [3] - 8766:13, 8766:14, 8767:15
**product** [11] - 8666:15, 8667:24, 8667:25, 8695:24, 8713:10, 8718:10, 8744:3, 8764:23, 8765:3, 8779:15, 8779:16
**products** [2] - 8696:1, 8764:21
**Professor** [13] - 8660:2, 8689:18, 8691:16, 8730:16, 8740:10, 8742:18, 8748:22, 8780:18, 8781:11, 8781:24, 8782:8, 8782:9
**profitable** [4] - 8764:7, 8766:10, 8766:22, 8769:14
**profits** [8] - 8763:21, 8763:22, 8763:24,

8764:5, 8764:6, 8764:9, 8764:12, 8764:14
**program** [1] - 8731:2
**prohibit** [5] - 8689:4, 8689:7, 8689:22, 8689:23, 8690:1
**prohibited** [1] - 8689:12
**prohibits** [1] - 8688:25
**Project** [1] - 8730:10
**projected** [1] - 8775:3
**projecting** [1] - 8774:22
**projection** [1] - 8775:2
**projections** [5] - 8762:23, 8762:25, 8763:9, 8763:11, 8763:13
**proposed** [1] - 8659:20
**protect** [1] - 8689:11
**Protection** [1] - 8656:19
**provide** [13] - 8674:4, 8675:15, 8675:20, 8675:25, 8676:3, 8724:19, 8736:11, 8736:17, 8737:6, 8742:14, 8748:8, 8761:6, 8762:18
**provided** [3] - 8705:19, 8747:4, 8762:5
**provider** [2] - 8673:12, 8687:14
**providers** [2] - 8699:4, 8744:4
**provides** [3] - 8724:1, 8744:3, 8755:10
**providing** [4] - 8723:20, 8724:15, 8748:7, 8754:3
**PSX** [1] - 8732:13
**PSX0562** [4] - 8731:25, 8732:4, 8732:10, 8732:24
**PSX0562.................
...........................** [1] - 8658:8
**PSX562** [1] - 8737:13
**publication** [1] - 8767:8
**pull** [6] - 8695:13, 8718:17, 8721:19, 8744:23, 8754:22, 8755:2
**pulled** [1] - 8763:11
**purchase** [4] - 8737:1, 8737:3, 8758:9

**purpose** [6] - 8662:16, 8662:18, 8672:20, 8743:10, 8744:5, 8744:9
**purposes** [1] - 8720:19
**pursue** [1] - 8763:25
**put** [48] - 8669:8, 8669:22, 8670:3, 8670:5, 8670:7, 8670:9, 8670:10, 8670:18, 8672:24, 8673:25, 8675:4, 8676:21, 8676:22, 8677:1, 8678:19, 8688:17, 8689:21, 8690:15, 8690:21, 8691:6, 8691:11, 8693:18, 8702:6, 8702:9, 8702:15, 8702:18, 8711:7, 8712:23, 8716:7, 8716:22, 8718:19, 8720:24, 8722:19, 8722:23, 8736:15, 8740:14, 8740:16, 8740:25, 8742:7, 8747:25, 8755:3, 8756:10, 8756:11, 8756:15, 8756:17, 8764:24, 8766:8
**puts** [3] - 8699:4, 8699:24, 8748:5
**putting** [7] - 8672:15, 8689:22, 8689:23, 8711:7, 8720:20, 8724:4, 8769:18

## Q

**Q3** [1] - 8686:8
**quality** [8] - 8694:7, 8694:10, 8729:22, 8730:1, 8730:5, 8730:7, 8761:19
**quantity** [1] - 8768:10
**quarrel** [1] - 8683:12
**quarterly** [2] - 8682:5, 8682:7
**queries** [125] - 8661:10, 8662:5, 8662:21, 8662:22, 8663:1, 8663:2, 8663:9, 8663:10, 8663:11, 8663:12, 8663:13, 8663:16, 8663:17, 8663:20, 8663:22, 8663:23, 8664:3, 8664:8, 8664:23, 8665:2,

8665:5, 8665:12, 8665:15, 8665:22, 8665:25, 8668:12, 8669:2, 8669:4, 8671:13, 8671:23, 8673:10, 8674:7, 8674:12, 8674:14, 8674:18, 8675:12, 8675:14, 8678:1, 8683:24, 8684:3, 8685:11, 8695:8, 8695:9, 8696:3, 8696:7, 8696:18, 8696:20, 8709:9, 8709:13, 8709:14, 8711:1, 8720:7, 8721:7, 8721:8, 8722:18, 8724:7, 8725:15, 8725:17, 8725:24, 8726:2, 8726:6, 8729:2, 8730:25, 8734:11, 8734:12, 8734:13, 8734:21, 8735:1, 8735:8, 8735:15, 8735:16, 8736:14, 8736:17, 8736:24, 8737:5, 8737:6, 8737:8, 8737:10, 8738:18, 8738:19, 8745:19, 8746:15, 8746:16, 8746:19, 8746:20, 8747:2, 8747:12, 8747:14, 8747:15, 8747:17, 8747:18, 8747:21, 8748:7, 8748:13, 8748:17, 8748:19, 8748:23, 8749:1, 8749:2, 8749:3, 8749:7, 8749:9, 8749:12, 8749:16, 8750:5, 8750:6, 8750:9, 8750:10, 8753:20, 8756:3, 8757:3, 8757:5, 8757:8, 8757:24, 8759:1, 8765:10
**query** [105] - 8661:24, 8662:2, 8662:6, 8662:11, 8662:23, 8662:24, 8663:5, 8663:6, 8663:7, 8663:19, 8664:7, 8664:9, 8664:10, 8664:18, 8664:19, 8664:21, 8666:15, 8667:23, 8671:2, 8671:12, 8672:4, 8675:2, 8675:4, 8675:21, 8677:1,

8677:3, 8677:11, 8682:23, 8682:24, 8683:2, 8683:15, 8683:22, 8684:1, 8684:8, 8691:8, 8695:10, 8696:9, 8696:10, 8696:14, 8696:15, 8708:18, 8709:22, 8709:24, 8710:3, 8710:17, 8711:21, 8715:16, 8716:1, 8716:11, 8717:2, 8717:7, 8717:18, 8718:19, 8719:15, 8720:14, 8720:16, 8720:17, 8720:21, 8721:3, 8722:6, 8722:20, 8724:23, 8730:24, 8730:25, 8731:13, 8735:2, 8735:20, 8735:22, 8735:25, 8736:10, 8736:11, 8736:16, 8736:19, 8742:3, 8745:21, 8746:10, 8746:21, 8747:11, 8749:23, 8750:2, 8750:3, 8750:12, 8750:15, 8750:17, 8750:21, 8750:22, 8751:25, 8752:3, 8752:21, 8753:1, 8754:16, 8754:17, 8754:18, 8754:19, 8756:23, 8757:25, 8770:17
**query-by-query** [6] - 8663:7, 8663:19, 8666:15, 8667:23, 8683:22, 8735:25
**query-level** [1] - 8754:18
**querying** [1] - 8731:17
**questions** [16] - 8678:6, 8686:24, 8688:12, 8690:18, 8693:23, 8697:8, 8724:11, 8726:5, 8729:20, 8731:24, 8738:20, 8743:23, 8744:19, 8745:23, 8760:2, 8775:4
**quibble** [2] - 8662:17, 8670:22
**quickly** [1] - 8762:9
**quite** [6] - 8701:22, 8717:21, 8729:17, 8751:7, 8758:24, 8770:2
**quote** [2] - 8688:22,

8738:24
**Qwant** [2] - 8693:15

# R

**R&D** [8] - 8768:18,
8768:20, 8768:24,
8769:3, 8769:6,
8769:8, 8769:9,
8769:17
**Raghavan** [2] -
8729:8, 8752:10
**raise** [6] - 8763:21,
8763:23, 8763:24,
8764:3, 8764:4,
8765:12
**raised** [2] - 8660:6,
8721:18
**range** [2] - 8678:1,
8701:21
**ranking** [1] - 8705:22
**rare** [1] - 8728:18
**rather** [3] - 8778:13,
8778:16
**re** [1] - 8659:13
**re-offering** [1] -
8659:13
**reach** [1] - 8667:12
**reached** [2] - 8711:2,
8711:3
**reacted** [1] - 8697:13
**read** [14] - 8664:10,
8664:18, 8664:20,
8666:24, 8667:1,
8667:20, 8674:3,
8674:11, 8687:10,
8733:17, 8742:19,
8742:20, 8769:21,
8770:10
**reading** [2] - 8666:25,
8667:18
**ready** [2] - 8661:1,
8725:9
**real** [4] - 8681:19,
8725:19, 8725:22,
8777:24
**real-time** [2] -
8681:19, 8777:24
**reality** [1] - 8713:4
**realize** [1] - 8772:2
**realized** [1] - 8759:14
**realizing** [1] - 8695:24
**really** [16] - 8676:3,
8687:20, 8689:17,
8689:19, 8691:25,
8693:14, 8704:23,
8712:18, 8716:24,
8718:24, 8723:22,
8724:7, 8730:19,
8760:17, 8777:15,

8781:21
**reason** [10] - 8690:9,
8733:16, 8733:24,
8734:9, 8740:4,
8774:4, 8774:19,
8774:21, 8774:23
**reasonable** [10] -
8662:1, 8662:5,
8662:16, 8665:22,
8666:5, 8667:4,
8667:16, 8668:16,
8672:6, 8672:7
**reasonably** [1] -
8668:16
**reasons** [4] - 8677:20,
8692:16, 8763:4,
8782:17
**rebut** [1] - 8781:24
**rebuttal** [6] - 8781:3,
8781:5, 8781:22,
8782:5, 8782:9,
8782:18
**recalling** [6] - 8692:4,
8694:2, 8731:15,
8732:3, 8750:11,
8759:2
**received** [2] - 8660:12,
8732:24
**RECEIVED** [1] -
8658:7
**Recess** [1] - 8725:13
**recipe** [1] - 8723:25
**recipes** [6] - 8722:20,
8722:23, 8723:7,
8723:10, 8723:15,
8724:21
**recognize** [2] -
8759:23, 8772:20
**recollection** [1] -
8674:11
**reconstruct** [1] -
8707:3
**record** [5] - 8682:2,
8740:25, 8769:21,
8778:18, 8784:4
**recorded** [1] - 8657:16
**recreate** [5] - 8707:12,
8724:24, 8725:2,
8725:5, 8725:8
**red** [8] - 8715:16,
8716:2, 8716:9,
8727:14, 8749:8,
8755:6, 8771:25,
8772:8
**redacted** [1] - 8682:14
**redirect** [1] - 8776:6
**redirects** [2] - 8696:8,
8696:9
**reduce** [3] - 8727:19,
8764:8, 8780:4

**reduced** [2] - 8780:6,
8780:7
**reduces** [1] - 8766:11
**reducing** [1] - 8768:10
**reduction** [1] -
8764:10
**reels** [1] - 8779:25
**refer** [2] - 8680:12,
8760:4
**reference** [4] -
8693:19, 8739:22,
8740:14, 8740:18
**referenced** [2] -
8739:1, 8739:5
**referring** [2] -
8680:11, 8735:11
**refined** [1] - 8750:20
**refresh** [1] - 8706:14
**regarding** [20] -
8661:24, 8662:2,
8662:6, 8662:11,
8679:22, 8690:1,
8697:21, 8698:3,
8698:23, 8699:14,
8707:2, 8733:2,
8733:7, 8733:13,
8740:10, 8750:10,
8763:17, 8768:20
**region** [1] - 8769:9
**region-specific** [1] -
8769:9
**regions** [1] - 8768:25
**regular** [1] - 8733:22
**regularly** [1] - 8728:17
**REI** [12] - 8703:12,
8703:15, 8703:17,
8704:8, 8705:6,
8707:19, 8707:22,
8707:23, 8708:2,
8708:7, 8708:10
**REI-specific** [1] -
8708:2
**relate** [1] - 8769:6
**related** [1] - 8770:8
**relationship** [1] -
8739:2
**relative** [2] - 8756:19,
8764:16
**relatively** [2] -
8728:23, 8742:6
**relevance** [1] - 8769:5
**relevant** [13] -
8677:25, 8681:19,
8681:21, 8681:24,
8683:7, 8706:12,
8753:12, 8754:10,
8754:12, 8762:6,
8762:20, 8769:4,
8769:18
**remain** [1] - 8780:25

**remember** [13] -
8661:12, 8672:10,
8685:19, 8686:23,
8697:6, 8708:14,
8718:12, 8718:13,
8720:25, 8740:2,
8743:6
**remind** [2] - 8692:20,
8710:4
**reminder** [1] - 8775:11
**repeat** [2] - 8697:22,
8715:25
**repeatedly** [1] -
8713:5
**rephrase** [1] - 8761:13
**reply** [1] - 8782:11
**report** [26] - 8661:16,
8661:18, 8663:3,
8664:21, 8664:23,
8665:14, 8665:24,
8669:21, 8669:25,
8670:6, 8670:9,
8670:10, 8670:11,
8680:13, 8698:12,
8701:10, 8701:14,
8707:6, 8721:9,
8730:17, 8740:19,
8740:25, 8760:9,
8782:9, 8782:11,
8782:14
**REPORTER** [3] -
8664:1, 8784:1,
8784:9
**Reporter** [1] - 8657:13
**reports** [6] - 8679:12,
8681:8, 8681:13,
8762:17, 8774:24
**representation** [1] -
8683:12
**representations** [1] -
8781:16
**reputation** [3] -
8675:11, 8675:13,
8742:10
**require** [1] - 8761:21
**required** [2] - 8714:8,
8750:6
**requiring** [1] - 8714:6
**research** [5] - 8729:7,
8729:9, 8729:10,
8729:19, 8731:5
**resetting** [1] - 8710:11
**resolve** [1] - 8782:4
**resolved** [3] -
8660:10, 8662:8,
8662:12
**resources** [1] - 8684:7
**respect** [2] - 8774:3,
8778:24
**respond** [1] - 8713:25

**responded** [2] -
8782:8, 8782:10
**responding** [1] -
8740:6
**responds** [2] - 8673:9,
8748:7
**response** [18] -
8674:21, 8674:22,
8674:24, 8675:1,
8675:5, 8675:10,
8675:19, 8675:20,
8677:25, 8708:4,
8708:5, 8716:10,
8716:21, 8729:15,
8739:6, 8739:8,
8754:2
**responses** [2] -
8675:10, 8710:2
**responsive** [1] -
8705:20
**rest** [4] - 8722:18,
8773:20, 8773:22,
8777:22
**restart** [1] - 8710:24
**restaurant** [2] -
8715:16, 8716:1
**restaurants** [1] -
8716:8
**restraining** [1] -
8767:25
**restrict** [2] - 8764:20,
8765:17
**restriction** [1] -
8765:20
**restrictions** [1] -
8688:18
**result** [1] - 8772:14
**resulting** [1] - 8731:1
**results** [10] - 8665:9,
8676:10, 8676:14,
8677:25, 8697:18,
8716:8, 8736:11,
8751:7, 8751:12,
8759:18
**resume** [2] - 8725:12,
8775:6
**RESUMED** [1] -
8661:3
**retail** [3] - 8731:2,
8738:3, 8760:6
**retail-focused** [1] -
8738:3
**retailer** [1] - 8695:25
**retailers** [4] - 8696:6,
8731:3, 8731:17,
8760:15
**return** [3] - 8670:2,
8677:25, 8725:17
**returned** [1] - 8665:3
**returns** [1] - 8676:13

8801

**reveal** [2] - 8665:19, 8738:8
**revenue** [11] - 8697:18, 8697:19, 8698:2, 8730:24, 8738:16, 8767:12, 8767:19, 8767:20, 8767:22, 8768:2, 8769:21
**reverse** [1] - 8699:8
**review** [4] - 8682:2, 8777:12, 8778:8, 8781:15
**reviewing** [1] - 8660:3
**ride** [2] - 8727:19, 8727:22
**ride-sharing** [2] - 8727:19, 8727:22
**right-hand** [1] - 8773:19
**rivals** [2] - 8761:25, 8762:3
**roles** [1] - 8694:20
**roll** [1] - 8713:16
**rollout** [2] - 8739:21, 8740:3
**rollouts** [1] - 8739:13
**Room** [1] - 8657:14
**room** [1] - 8777:5
**Rosati** [1] - 8657:9
**rough** [1] - 8775:20
**roughly** [3] - 8688:14, 8691:7, 8725:17
**round** [1] - 8782:15
**routinely** [1] - 8683:14
**row** [1] - 8771:25
**RPR** [1] - 8657:13
**RSA** [1] - 8689:10
**RSAs** [5] - 8688:15, 8688:17, 8689:4, 8689:13, 8689:16
**rule** [2] - 8750:25, 8782:22
**rules** [1] - 8659:21
**run** [3] - 8709:19, 8746:20, 8779:13
**running** [2] - 8734:11, 8752:15

## S

**Safari** [7] - 8672:25, 8674:7, 8696:9, 8696:20, 8696:25, 8697:4, 8715:3
**sales** [1] - 8742:17
**salient** [1] - 8730:1
**SALLET** [1] - 8656:18
**Sallet** [1] - 8659:6
**sample** [2] - 8664:4,

8726:17
**Sara** [3] - 8781:18, 8784:3, 8784:8
**SARA** [2] - 8656:15, 8657:13
**sat** [1] - 8713:9
**satisfied** [1] - 8728:13
**save** [1] - 8690:5
**saving** [1] - 8777:22
**saw** [5] - 8733:15, 8740:14, 8745:21, 8763:23, 8778:21
**scarcity** [7] - 8764:8, 8764:20, 8764:23, 8764:25, 8765:10, 8765:22
**schedule** [1] - 8660:25
**scheduling** [1] - 8660:14
**SCHMIDTLEIN** [15] - 8657:6, 8660:6, 8660:13, 8666:16, 8775:23, 8776:9, 8776:12, 8776:14, 8776:17, 8779:20, 8780:11, 8780:18, 8781:2, 8782:13, 8783:4
**Schmidtlein** [3] - 8659:7, 8780:16, 8782:12
**schools** [3] - 8669:16, 8671:2
**scope** [2] - 8698:11, 8698:13
**score** [1] - 8778:22
**screen** [1] - 8668:23, 8668:24, 8678:20, 8685:22, 8692:18, 8693:4, 8701:24, 8709:7, 8716:7, 8718:24, 8719:4, 8723:2, 8730:19, 8732:6, 8738:23, 8740:9, 8746:2, 8752:12, 8755:9
**se** [1] - 8694:3
**Search** [9] - 8690:8, 8702:3, 8732:1, 8745:12, 8772:24, 8774:3, 8774:15, 8775:15, 8775:16
**search** [168] - 8667:24, 8667:25, 8672:17, 8673:1, 8673:8, 8673:9, 8673:14, 8673:16, 8673:25, 8674:8, 8674:18, 8674:22, 8675:4,

8675:19, 8676:22, 8677:16, 8678:6, 8678:8, 8678:9, 8679:9, 8679:22, 8680:3, 8680:19, 8681:8, 8681:13, 8681:18, 8682:5, 8682:9, 8682:23, 8683:2, 8683:8, 8683:15, 8683:16, 8684:9, 8684:17, 8684:18, 8684:21, 8686:12, 8687:14, 8687:15, 8687:19, 8687:24, 8688:6, 8688:9, 8688:22, 8689:1, 8690:2, 8690:12, 8690:14, 8690:16, 8690:21, 8691:1, 8691:6, 8691:19, 8691:20, 8693:9, 8694:1, 8694:5, 8694:11, 8694:16, 8694:21, 8695:6, 8695:18, 8695:22, 8695:25, 8696:1, 8698:23, 8699:2, 8701:10, 8701:18, 8701:19, 8702:6, 8702:9, 8702:12, 8704:6, 8704:14, 8704:25, 8707:13, 8707:14, 8708:16, 8709:19, 8709:22, 8710:12, 8713:4, 8715:1, 8715:16, 8716:1, 8716:13, 8716:20, 8718:15, 8718:18, 8719:14, 8719:20, 8720:4, 8720:8, 8720:9, 8720:11, 8720:12, 8720:22, 8721:2, 8721:12, 8721:23, 8721:25, 8722:3, 8722:10, 8723:5, 8724:1, 8724:13, 8728:17, 8728:20, 8728:22, 8728:24, 8729:1, 8729:7, 8729:21, 8730:2, 8742:14, 8743:2, 8743:10, 8743:16, 8743:21, 8744:5, 8744:9, 8745:3, 8745:5, 8745:6, 8745:9, 8745:11, 8745:13, 8745:15, 8745:18, 8748:1, 8748:20, 8759:3, 8761:24,

8762:3, 8762:11, 8762:12, 8762:17, 8762:22, 8763:3, 8765:6, 8765:14, 8765:22, 8769:3, 8769:24, 8770:8, 8770:12, 8770:19, 8770:25, 8771:4, 8772:2, 8772:14, 8773:11, 8773:14, 8773:20, 8773:21
**searched** [1] - 8715:3
**searches** [16] - 8662:7, 8670:2, 8674:4, 8701:12, 8713:10, 8713:11, 8753:17, 8755:9, 8758:5, 8759:20, 8760:18, 8770:23, 8771:2, 8771:4, 8771:6, 8771:14
**searching** [11] - 8665:21, 8692:2, 8717:13, 8718:1, 8721:5, 8735:18, 8758:7, 8758:8, 8758:15, 8758:19, 8770:4
**second** [10] - 8660:22, 8700:24, 8714:14, 8720:12, 8730:18, 8731:16, 8732:12, 8733:12, 8734:1
**Section** [1] - 8656:19
**section** [1] - 8773:12
**see** [97] - 8660:24, 8665:23, 8666:10, 8667:18, 8669:5, 8680:22, 8680:25, 8682:22, 8682:25, 8683:2, 8683:3, 8683:4, 8683:6, 8686:1, 8686:6, 8686:7, 8686:8, 8687:5, 8687:8, 8688:2, 8691:14, 8692:8, 8693:11, 8693:12, 8693:14, 8693:15, 8693:19, 8693:21, 8701:14, 8701:22, 8702:4, 8703:11, 8703:15, 8703:20, 8707:4, 8710:20, 8716:4, 8718:23, 8719:6, 8719:11, 8722:24, 8723:2, 8723:8, 8723:17, 8729:11, 8729:12, 8729:14, 8729:18, 8731:8,

8731:10, 8732:12, 8732:17, 8733:1, 8733:2, 8733:7, 8733:10, 8733:13, 8734:4, 8734:6, 8734:8, 8738:1, 8738:2, 8738:9, 8738:13, 8740:13, 8741:5, 8742:18, 8742:19, 8743:5, 8743:7, 8744:5, 8744:7, 8744:11, 8746:5, 8751:13, 8751:14, 8752:17, 8752:23, 8754:25, 8755:11, 8755:13, 8758:1, 8767:17, 8770:2, 8771:18, 8773:7, 8773:9, 8773:23, 8774:1, 8774:11, 8774:13, 8774:17, 8774:18, 8779:17, 8783:6
**See** [1] - 8725:12
**seeing** [1] - 8705:18
**seek** [1] - 8764:6
**seeking** [4] - 8673:21, 8674:12, 8675:2, 8720:17
**seem** [1] - 8688:10
**self** [3] - 8769:25, 8770:5, 8770:7
**self-driving** [3] - 8769:25, 8770:5, 8770:7
**sell** [10] - 8684:13, 8684:15, 8685:3, 8704:22, 8718:14, 8748:13, 8766:17, 8766:19, 8766:25
**selling** [1] - 8768:7
**sells** [4] - 8708:10, 8715:17, 8716:2, 8716:9
**send** [2] - 8674:7, 8778:11
**sending** [1] - 8778:12
**senior** [1] - 8776:14
**sense** [14] - 8674:3, 8690:19, 8695:23, 8696:2, 8696:5, 8717:19, 8724:20, 8735:11, 8736:24, 8751:20, 8765:1, 8765:5, 8772:11, 8777:20
**sentence** [2] - 8733:9, 8774:18
**separate** [15] - 8662:7, 8710:20, 8711:22,

8711:24, 8712:10,
8712:13, 8712:16,
8714:19, 8714:24,
8744:17, 8747:23,
8748:5, 8749:12,
8773:14
**separated** [2] -
8710:5, 8750:23
**separately** [2] -
8762:21, 8773:11
**series** [2] - 8713:9,
8739:6
**seriously** [1] -
8700:23
**SERP** [21] - 8675:16,
8675:18, 8675:20,
8675:22, 8676:2,
8676:4, 8676:5,
8676:22, 8677:11,
8705:13, 8707:12,
8707:13, 8735:22,
8736:20, 8737:7,
8748:8, 8772:4,
8772:7, 8772:9,
8772:12
**SERPs** [1] - 8675:24
**serve** [1] - 8737:10
**served** [2] - 8673:5,
8702:7
**server** [1] - 8686:8
**server-side** [1] -
8686:8
**service** [4] - 8697:5,
8706:16, 8727:19,
8727:22
**services** [2] - 8688:22,
8722:16
**session** [3] - 8720:8,
8727:16, 8776:15
**sessions** [1] - 8709:9
**set** [18] - 8663:1,
8665:22, 8680:20,
8681:21, 8681:24,
8682:1, 8683:18,
8684:24, 8687:14,
8691:3, 8704:12,
8706:9, 8707:23,
8707:25, 8709:2,
8754:20, 8762:20,
8782:17
**sets** [3] - 8662:8,
8662:13, 8776:19
**setting** [1] - 8720:10
**seventh** [1] - 8692:22
**Seventh** [1] - 8656:21
**several** [1] - 8780:20
**several-hour** [1] -
8780:20
**share** [21] - 8679:7,
8679:10, 8682:23,

8682:24, 8683:2,
8683:15, 8683:19,
8683:22, 8684:8,
8684:9, 8684:14,
8684:15, 8685:23,
8686:12, 8693:4,
8697:18, 8773:21,
8774:3, 8774:16
**shares** [11] - 8679:13,
8679:23, 8679:24,
8680:1, 8681:8,
8682:5, 8682:10,
8682:11, 8683:20,
8684:18, 8698:2
**sharing** [2] - 8727:19,
8727:22
**sharpest** [1] - 8696:16
**shift** [1] - 8730:25
**shipped** [1] - 8671:16
**shoehorn** [1] -
8689:19
**shoes** [6] - 8704:22,
8705:16, 8707:16,
8707:24, 8707:25,
8708:5
**shop** [6] - 8690:22,
8729:10, 8735:14,
8735:17, 8756:15,
8756:18
**shopping** [35] -
8663:12, 8665:2,
8665:7, 8665:11,
8665:12, 8669:2,
8671:8, 8671:11,
8671:12, 8708:12,
8726:2, 8726:6,
8734:10, 8734:12,
8735:15, 8735:17,
8736:8, 8736:13,
8737:16, 8737:25,
8746:15, 8746:16,
8747:2, 8747:11,
8748:3, 8748:4,
8751:6, 8751:8,
8753:18, 8756:19,
8757:3, 8757:5,
8757:8, 8760:14
**Shopping** [1] - 8746:3
**shoppy** [1] - 8730:25
**short** [1] - 8730:23
**short-term** [1] -
8730:23
**shortcut** [1] - 8741:14
**shorten** [1] - 8713:16
**shorter** [1] - 8779:25
**shorthand** [1] -
8657:16
**shortly** [2] - 8725:12,
8777:1
**show** [14] - 8663:9,

8701:14, 8707:9,
8721:21, 8723:1,
8727:17, 8740:22,
8755:3, 8757:4,
8759:18, 8759:25,
8769:19, 8771:21,
8773:25
**showed** [3] - 8661:15,
8663:11, 8759:17
**showing** [9] - 8679:5,
8703:6, 8710:25,
8731:9, 8741:20,
8759:16, 8780:2,
8780:13
**shown** [2] - 8779:5,
8779:17
**shows** [3] - 8676:22,
8683:2, 8683:3
**side** [22] - 8665:20,
8678:6, 8678:8,
8686:8, 8744:4,
8752:7, 8753:4,
8755:24, 8757:14,
8758:1, 8758:5,
8758:12, 8759:13,
8760:14, 8765:6,
8765:14, 8767:12,
8777:5, 8779:9
**sides** [2] - 8778:7,
8780:2
**sifting** [1] - 8724:13
**sight** [1] - 8703:14
**sign** [1] - 8779:12
**SIGNATURE** [1] -
8784:9
**significant** [5] -
8663:1, 8688:4,
8748:19, 8749:1,
8759:15
**similar** [4] - 8662:15,
8665:9, 8669:3,
8752:24
**simple** [2] - 8699:11,
8699:19
**simplest** [1] - 8706:22
**simplify** [1] - 8713:17
**simply** [1] - 8707:15
**single** [8] - 8691:10,
8691:13, 8711:2,
8711:3, 8712:21,
8741:25, 8745:11,
8770:18
**Siri** [1] - 8674:5
**sit** [4] - 8664:10,
8664:18, 8708:10,
8759:2
**site** [8] - 8710:8,
8710:9, 8720:6,
8720:17, 8721:3,
8741:10, 8742:11,

8749:20
**sites** [5] - 8694:14,
8704:3, 8721:13,
8725:6, 8742:9
**sitting** [1] - 8716:25
**six** [8] - 8710:8,
8710:9, 8710:15,
8710:18, 8711:19,
8713:2, 8738:3,
8738:5
**sixth** [1] - 8771:24
**Sixth** [1] - 8717:9
**skip** [1] - 8751:2
**slicing** [1] - 8681:23
**slide** [34] - 8668:21,
8671:1, 8687:1,
8687:9, 8692:15,
8709:2, 8709:6,
8714:21, 8726:9,
8727:10, 8729:20,
8730:18, 8731:16,
8735:6, 8738:21,
8740:7, 8745:24,
8751:1, 8751:2,
8754:16, 8756:5,
8756:6, 8756:24,
8757:2, 8757:10,
8760:2, 8760:3,
8760:8, 8760:24,
8762:7, 8768:17,
8769:19, 8770:13
**slides** [10] - 8660:1,
8660:2, 8668:18,
8670:3, 8680:7,
8680:8, 8680:14,
8739:6, 8740:24,
8741:1
**slight** [1] - 8734:1
**slightly** [2] - 8666:4,
8735:4
**slow** [1] - 8693:3
**small** [2] - 8693:15,
8772:15
**social** [2] - 8689:8,
8694:14
**solution** [1] - 8753:9
**someone** [4] - 8729:7,
8753:7, 8753:8,
8774:22
**something's** [1] -
8750:2
**sometimes** [8] -
8690:23, 8721:14,
8748:15, 8749:17,
8749:18, 8749:19,
8749:20, 8750:1
**somewhat** [2] -
8667:5, 8751:22
**somewhere** [5] -
8691:22, 8695:14,

8695:21, 8722:14,
8749:17
**Sommer** [2] - 8778:13,
8779:1
**SOMMER** [16] -
8657:8, 8659:11,
8659:22, 8664:12,
8664:15, 8698:4,
8698:11, 8699:15,
8713:12, 8713:14,
8715:19, 8715:21,
8725:1, 8732:22,
8777:10, 8778:1
**Sonsini** [1] - 8657:9
**soon** [1] - 8740:3
**sooner** [2] - 8778:13,
8778:16
**sorry** [20] - 8665:13,
8682:17, 8684:8,
8692:18, 8693:3,
8693:4, 8693:13,
8695:19, 8697:22,
8700:3, 8700:12,
8718:17, 8725:3,
8725:4, 8732:13,
8737:17, 8751:1,
8756:13, 8762:1,
8764:17
**sort** [20] - 8672:8,
8684:19, 8691:16,
8699:8, 8706:4,
8707:6, 8724:6,
8731:14, 8736:5,
8741:24, 8750:16,
8760:4, 8761:16,
8766:1, 8767:2,
8777:4, 8779:9,
8780:5, 8781:25
**sorts** [3] - 8674:18,
8682:11, 8760:18
**sound** [1] - 8726:5
**sounds** [24] - 8662:1,
8662:5, 8674:16,
8676:7, 8678:2,
8682:7, 8684:11,
8688:20, 8694:17,
8695:1, 8697:14,
8701:16, 8725:20,
8725:23, 8726:8,
8727:2, 8728:7,
8742:15, 8744:22,
8748:18, 8748:21,
8749:25, 8770:24,
8776:24
**source** [4] - 8677:15,
8717:17, 8717:19,
8749:1
**sources** [4] - 8674:5,
8674:13, 8717:3,
8750:25

**Southwest** [4] - 8657:7, 8715:16, 8716:1, 8716:8
**space** [1] - 8721:1
**speaking** [2] - 8678:10, 8678:12
**speaks** [1] - 8674:2
**special** [1] - 8744:9
**specialized** [1] - 8689:5
**specific** [19] - 8704:18, 8705:18, 8707:21, 8708:2, 8716:23, 8717:2, 8717:9, 8741:13, 8742:23, 8746:8, 8749:19, 8750:21, 8753:1, 8753:2, 8755:23, 8760:5, 8769:9, 8770:17
**specifically** [1] - 8743:17
**specified** [2] - 8761:5, 8761:7
**speech** [1] - 8743:24
**speeds** [1] - 8770:22
**spend** [10] - 8680:8, 8710:8, 8710:15, 8711:19, 8715:2, 8741:16, 8741:21, 8769:3, 8770:3, 8773:6
**spending** [2] - 8768:20, 8768:24
**spent** [1] - 8731:5
**spill** [1] - 8692:10
**spirit** [1] - 8780:7
**split** [1] - 8772:5
**sponsored** [3] - 8703:4, 8703:5, 8744:20
**spot** [1] - 8667:19
**Spotlight** [2] - 8674:5, 8696:25
**spurring** [1] - 8739:23
**STAND** [1] - 8661:3
**stand** [2] - 8665:18, 8666:3
**stands** [1] - 8706:22
**start** [12] - 8672:8, 8690:22, 8690:23, 8690:25, 8704:9, 8711:8, 8716:18, 8736:12, 8736:17, 8776:4, 8776:25, 8780:13
**started** [3] - 8659:10, 8681:16, 8775:8
**starts** [2] - 8711:8, 8711:9

**StatCounter** [1] - 8684:12
**State** [4] - 8656:18, 8657:2, 8657:2, 8772:24
**state** [1] - 8737:17
**statement** [2] - 8731:10, 8733:12
**statements** [1] - 8770:2
**STATES** [3] - 8656:1, 8656:3, 8656:10
**States** [7] - 8656:13, 8656:16, 8659:4, 8659:7, 8688:17, 8768:25, 8781:19
**status** [1] - 8758:4
**stay** [1] - 8760:10
**stenotype** [1] - 8657:16
**step** [2] - 8702:16, 8703:3
**steps** [1] - 8764:11
**stick** [2] - 8777:5, 8777:7
**still** [19] - 8660:8, 8661:6, 8662:12, 8667:6, 8700:9, 8728:8, 8735:10, 8742:7, 8751:13, 8763:21, 8763:25, 8764:14, 8764:22, 8768:9, 8769:18, 8775:21, 8777:1, 8781:6, 8781:8
**stop** [1] - 8708:12
**stopped** [1] - 8775:24
**store** [14] - 8676:21, 8677:1, 8706:7, 8720:12, 8721:11, 8727:24, 8728:2, 8728:5, 8728:9, 8728:10, 8728:11, 8737:2, 8751:9, 8751:10
**stores** [2] - 8676:24, 8728:15
**straight** [1] - 8712:15
**strange** [1] - 8765:14
**Street** [3] - 8656:14, 8656:16, 8717:9
**strength** [2] - 8753:18, 8753:21
**stronger** [1] - 8756:19
**strongest** [1] - 8696:5
**structure** [1] - 8779:7
**structuring** [1] - 8779:4
**struggle** [1] - 8698:25
**struggling** [2] -

8700:12, 8700:22
**stuck** [1] - 8714:11
**studied** [1] - 8731:7
**study** [7] - 8731:7, 8731:8, 8731:13, 8731:15, 8731:25, 8734:23, 8738:15
**stuff** [6] - 8729:4, 8735:1, 8755:17, 8755:19, 8768:4, 8778:4
**submit** [1] - 8782:1
**submitted** [1] - 8782:14
**subset** [3] - 8725:24, 8726:3, 8726:6
**substitute** [2] - 8727:22, 8728:11
**substitutes** [1] - 8689:1
**substitution** [2] - 8752:7, 8753:5
**sufficiently** [1] - 8778:9
**suggest** [1] - 8736:2
**suggestions** [3] - 8696:24, 8697:5, 8744:21
**Suite** [1] - 8657:4
**summary** [3] - 8679:4, 8740:19, 8774:10
**suppose** [5] - 8727:21, 8736:1, 8767:10, 8767:13, 8781:13
**supposed** [2] - 8770:16, 8781:3
**surprise** [1] - 8758:8
**surprises** [1] - 8779:21
**survey** [3] - 8681:9, 8681:10, 8681:14
**Survivor** [2] - 8721:21
**sustain** [1] - 8698:5
**SVP** [26] - 8672:9, 8707:4, 8715:15, 8716:1, 8716:12, 8717:14, 8719:16, 8720:6, 8724:7, 8751:13, 8751:21, 8753:2, 8755:23, 8758:1, 8758:2, 8758:5, 8758:12, 8758:21, 8758:22, 8759:5, 8759:7, 8759:13, 8759:22, 8759:24, 8760:13
**SVPs** [30] - 8667:6, 8675:12, 8685:14, 8686:20, 8686:22,

8694:14, 8717:5, 8717:13, 8717:15, 8720:10, 8722:17, 8724:13, 8724:20, 8740:12, 8740:19, 8741:3, 8741:8, 8741:9, 8743:16, 8744:10, 8744:12, 8744:14, 8752:25, 8754:13, 8758:24, 8760:3, 8760:4, 8771:25, 8772:3, 8772:8
**swipe** [1] - 8701:11
**swiping** [1] - 8701:19
**Swiss** [4] - 8674:20, 8708:25, 8709:1, 8713:20
**switch** [3] - 8687:20, 8742:6, 8742:21
**Switchback** [2] - 8703:19, 8704:8
**switching** [5] - 8701:22, 8702:24, 8741:10, 8741:13, 8741:14
**sympathetic** [1] - 8778:1

# T

**tab** [5] - 8678:22, 8678:23, 8682:19, 8692:20, 8732:12
**tables** [3] - 8679:18, 8679:20, 8679:24
**taker** [1] - 8766:16
**takers** [1] - 8766:15
**tall** [2] - 8684:1, 8684:3
**targeting** [1] - 8752:25
**team** [3] - 8660:7, 8775:16, 8775:18
**teams** [1] - 8660:7
**tease** [3] - 8771:9, 8771:11, 8771:16
**television** [1] - 8729:8
**ten** [1] - 8714:9
**ten-minute** [1] - 8714:9
**tend** [3] - 8714:16, 8727:13, 8730:6
**tendency** [1] - 8730:4
**tenor** [2] - 8733:1, 8735:6
**term** [12] - 8702:6, 8702:9, 8705:20, 8730:23, 8750:15, 8750:18, 8750:21, 8752:13, 8753:25,

8754:7, 8755:16, 8766:15
**terms** [22] - 8660:23, 8665:1, 8670:2, 8694:8, 8699:3, 8699:5, 8699:8, 8699:13, 8699:20, 8699:21, 8699:25, 8714:16, 8740:15, 8755:14, 8756:21, 8756:22, 8765:1, 8775:13, 8776:19, 8780:17, 8781:1, 8781:16
**Terrex** [1] - 8705:5
**terrible** [1] - 8775:16
**terrific** [1] - 8762:10
**test** [1] - 8703:14
**testified** [6] - 8673:24, 8679:11, 8681:1, 8742:20, 8743:25, 8762:11
**testify** [1] - 8777:21
**TESTIMONY** [1] - 8658:3
**testimony** [36] - 8661:12, 8672:12, 8672:14, 8672:15, 8672:19, 8673:3, 8673:4, 8673:7, 8673:22, 8673:23, 8674:2, 8674:3, 8674:9, 8674:10, 8680:25, 8683:20, 8687:8, 8687:12, 8688:4, 8690:19, 8691:15, 8695:3, 8695:5, 8696:16, 8697:1, 8697:3, 8698:12, 8698:14, 8721:19, 8742:18, 8743:7, 8775:11, 8777:2, 8777:24, 8781:24
**text** [2] - 8676:12, 8709:15
**THE** [88] - 8656:1, 8656:1, 8656:9, 8659:9, 8660:9, 8660:15, 8660:24, 8661:3, 8664:3, 8678:22, 8678:23, 8678:24, 8678:25, 8687:3, 8697:22, 8698:5, 8698:9, 8698:13, 8699:17, 8700:3, 8700:5, 8715:11, 8719:3, 8719:4, 8725:2, 8725:3, 8725:4,

8804

8725:11, 8732:11, 8732:12, 8732:13, 8732:23, 8733:16, 8734:15, 8734:21, 8735:4, 8735:9, 8735:10, 8735:13, 8735:23, 8736:5, 8736:23, 8737:4, 8737:17, 8737:20, 8737:22, 8744:25, 8751:4, 8760:3, 8760:7, 8764:17, 8764:19, 8765:4, 8765:5, 8765:6, 8765:9, 8765:10, 8765:21, 8765:25, 8767:3, 8767:10, 8768:12, 8775:6, 8775:9, 8775:10, 8775:18, 8776:1, 8776:4, 8776:11, 8776:13, 8776:15, 8776:18, 8776:22, 8776:24, 8777:17, 8778:7, 8778:21, 8779:1, 8779:14, 8779:19, 8780:16, 8780:25, 8781:15, 8782:3, 8782:12, 8782:19, 8782:24, 8783:5

**themselves** [6] - 8674:14, 8680:8, 8681:12, 8697:12, 8727:1, 8727:5
**theories** [1] - 8741:7
**theory** [1] - 8695:9
**thereby** [1] - 8769:24
**therefore** [4] - 8662:8, 8753:11, 8770:4, 8771:14
**they've** [2] - 8715:3, 8779:11
**thinking** [9] - 8680:6, 8687:23, 8696:12, 8716:25, 8761:7, 8766:1, 8766:5, 8767:24, 8780:16
**thinks** [5] - 8678:5, 8705:19, 8708:4, 8708:6, 8766:6
**third** [7] - 8669:1, 8684:20, 8685:9, 8685:13, 8720:12, 8781:12
**third-party** [1] - 8685:13
**threat** [4] - 8700:14, 8700:23, 8701:2, 8701:6

**three** [5] - 8703:24, 8737:19, 8738:3, 8738:4, 8771:22
**throughout** [1] - 8663:3
**throws** [1] - 8744:10
**ticket** [3] - 8710:8, 8710:9, 8758:10
**Ticketmaster** [1] - 8710:9
**tickets** [7] - 8710:10, 8710:16, 8712:23, 8752:14, 8753:7, 8754:7, 8758:4
**TikTok** [15] - 8675:15, 8675:20, 8675:24, 8676:3, 8677:2, 8677:3, 8677:6, 8677:7, 8677:10, 8677:15, 8689:8, 8689:12, 8689:22
**timetable** [1] - 8777:5
**timing** [6] - 8660:17, 8660:22, 8739:13, 8740:2, 8775:13, 8775:17
**Tinter** [2] - 8687:22, 8688:8
**tip** [1] - 8692:6
**tip-off** [1] - 8692:6
**title** [3] - 8670:14, 8686:1, 8732:17
**toaster** [3] - 8745:5, 8745:8, 8759:4
**today** [6] - 8687:23, 8690:23, 8775:2, 8777:22, 8780:9, 8782:4
**toes** [1] - 8736:10
**together** [2] - 8670:3, 8714:23
**took** [5] - 8664:3, 8665:4, 8665:24, 8727:9, 8759:25
**tool** [4] - 8746:19, 8747:23, 8748:5, 8750:4
**tools** [4] - 8664:20, 8706:6, 8706:9, 8720:2
**top** [18] - 8682:21, 8682:23, 8693:14, 8693:19, 8702:7, 8708:5, 8710:17, 8718:19, 8720:20, 8720:21, 8723:18, 8724:8, 8737:15, 8737:24, 8742:7, 8744:3, 8747:14, 8757:2

**topic** [3] - 8681:23, 8712:21, 8715:12
**topics** [2] - 8680:14, 8743:22
**total** [1] - 8770:17
**towards** [1] - 8766:8
**Tower** [4] - 8684:2, 8684:3, 8722:7, 8722:9
**Toyota** [6] - 8728:1, 8728:4, 8728:6, 8728:9, 8728:14, 8728:15
**Toyotas** [1] - 8727:24
**track** [1] - 8781:1
**tracks** [3] - 8746:8, 8746:12, 8762:21
**traffic** [1] - 8741:20
**transcript** [1] - 8784:4
**TRANSCRIPT** [1] - 8656:9
**Transcript** [1] - 8657:17
**transcription** [1] - 8657:17
**Travel** [2] - 8703:19, 8704:9
**travel** [1] - 8669:4
**Travelocity** [1] - 8758:18
**TRIAL** [1] - 8656:9
**trial** [8] - 8659:19, 8673:24, 8687:7, 8688:4, 8696:24, 8740:20, 8778:2, 8778:5
**tried** [9] - 8665:11, 8682:2, 8717:8, 8731:13, 8751:19, 8758:2, 8758:13, 8761:6, 8778:9
**tries** [1] - 8697:2
**trouble** [2] - 8699:11, 8765:21
**true** [7] - 8663:1, 8663:8, 8756:25, 8763:10, 8764:22, 8769:2, 8772:13
**truly** [1] - 8767:18
**try** [21] - 8668:24, 8678:14, 8685:21, 8697:11, 8700:17, 8711:7, 8713:15, 8716:16, 8717:17, 8749:22, 8753:21, 8754:6, 8763:21, 8763:22, 8763:23, 8764:1, 8764:3, 8764:4, 8777:7, 8777:15, 8778:4

**trying** [16] - 8689:19, 8690:13, 8695:19, 8706:7, 8706:8, 8717:8, 8742:10, 8742:12, 8752:8, 8769:19, 8771:13, 8776:1, 8777:24, 8779:24, 8780:4, 8780:7
**Tuesday** [3] - 8660:23, 8780:24
**turn** [5] - 8669:7, 8671:7, 8694:18, 8695:20, 8779:8
**turned** [2] - 8741:24, 8741:25
**turns** [5] - 8715:1, 8715:4, 8718:7, 8718:10, 8718:20
**TV** [1] - 8721:21
**two** [21] - 8659:23, 8679:15, 8690:18, 8703:25, 8711:10, 8711:13, 8711:21, 8711:23, 8712:25, 8717:15, 8724:11, 8726:5, 8730:5, 8734:22, 8736:20, 8742:5, 8744:16, 8753:10, 8760:22, 8775:19, 8775:21
**Tyler** [1] - 8657:3
**type** [11] - 8706:21, 8707:4, 8708:17, 8719:22, 8720:22, 8721:1, 8737:6, 8746:20, 8748:10, 8749:4, 8752:14
**typed** [3] - 8673:5, 8721:21, 8754:1
**types** [4] - 8673:10, 8675:13, 8701:12, 8754:3
**typical** [1] - 8713:8
**typically** [1] - 8767:3
**typing** [2] - 8752:5, 8758:1

## U

**U.S** [4] - 8688:21, 8726:17, 8769:4
**Uber** [1] - 8727:19
**ultimately** [2] - 8699:5, 8699:21
**uncommon** [1] - 8729:7
**under** [9] - 8659:21, 8660:3, 8662:13, 8701:6, 8725:25,

8726:7, 8763:13, 8765:7, 8775:21
**underestimated** [1] - 8763:7
**underperformed** [1] - 8763:7
**underpredicted** [1] - 8763:3
**unfair** [1] - 8777:15
**unfortunately** [1] - 8780:1
**uniformly** [1] - 8679:16
**Union** [1] - 8772:25
**unit** [1] - 8709:17
**Unit** [1] - 8656:20
**UNITED** [3] - 8656:1, 8656:3, 8656:10
**United** [6] - 8656:13, 8656:16, 8659:4, 8688:17, 8768:25, 8781:19
**universal** [1] - 8743:11
**universe** [2] - 8678:12, 8736:14
**unless** [4] - 8715:6, 8715:9, 8717:14, 8719:18
**unlikely** [2] - 8662:17, 8758:24
**unlimited** [1] - 8765:11
**up** [56] - 8663:17, 8666:7, 8668:23, 8668:24, 8672:15, 8678:17, 8679:20, 8680:24, 8683:24, 8684:22, 8686:6, 8690:14, 8690:25, 8693:13, 8695:13, 8702:20, 8703:5, 8703:10, 8706:20, 8706:24, 8707:5, 8707:14, 8708:8, 8713:6, 8714:5, 8714:22, 8715:5, 8716:7, 8716:22, 8718:17, 8721:19, 8722:10, 8727:9, 8727:17, 8729:6, 8731:21, 8736:12, 8740:14, 8740:16, 8741:1, 8741:20, 8744:2, 8744:20, 8744:23, 8745:9, 8749:14, 8752:12, 8754:22, 8755:2, 8755:3, 8757:4, 8760:12, 8777:6,

8777:7, 8778:5
**up-to-date** [1] -
8706:20
**UPX** [1] - 8692:21
**UPX006** [1] - 8772:17
**UPX0334** [1] - 8743:24
**UPX0475** [1] - 8682:12
**UPX0811** [1] - 8691:23
**UPX2022** [1] - 8685:16
**UPX344** [1] - 8730:13
**UPX472** [1] - 8680:15
**UPX811** [2] - 8692:21,
8693:1
**UPXD059** [1] -
8672:15
**UPXD062** [1] -
8680:25
**UPXD063** [1] -
8686:25
**UPXD065** [1] -
8701:23
**UPXD067** [1] -
8718:17
**UPXD070** [1] -
8722:19
**UPXD074** [1] - 8729:6
**UPXD075** [1] - 8743:8
**UPXD077** [1] -
8744:23
**UPXD081** [1] -
8752:10
**UPXD82** [1] - 8754:22
**UPXD98** [1] - 8721:20
**urge** [1] - 8782:20
**URL** [5] - 8672:24,
8710:17, 8712:24,
8713:3, 8714:13
**usage** [19] - 8733:2,
8734:7, 8734:17,
8734:18, 8735:7,
8737:16, 8737:24,
8742:13, 8742:14,
8757:10, 8757:20,
8757:25, 8759:6,
8759:15, 8770:23,
8770:25, 8771:2,
8771:14
**useful** [5] - 8677:13,
8678:4, 8678:8,
8678:13, 8742:7
**useless** [4] - 8674:21,
8674:24, 8675:5,
8675:10
**User** [1] - 8710:5
**user** [19] - 8673:10,
8674:21, 8675:24,
8676:9, 8690:20,
8691:6, 8713:9,
8730:24, 8731:1,
8752:8, 8753:2,

8753:5, 8753:11,
8753:15, 8753:22,
8753:23, 8755:24,
8758:6
**user's** [4] - 8751:24,
8752:4, 8752:5,
8752:20
**users** [18] - 8672:24,
8674:24, 8675:1,
8676:1, 8687:20,
8691:1, 8708:24,
8708:25, 8726:17,
8729:16, 8729:24,
8733:7, 8733:21,
8733:22, 8734:6,
8737:15, 8737:24,
8746:4
**uses** [5] - 8729:12,
8749:23, 8750:4,
8750:19, 8750:22

## V

**Valentine's** [8] -
8754:19, 8754:22,
8755:4, 8755:6,
8755:8, 8755:22,
8756:7, 8756:23
**validate** [1] - 8727:3
**value** [5] - 8678:5,
8691:10, 8691:11,
8691:15, 8742:2
**variable** [1] - 8730:1
**Varian** [3] - 8680:25,
8743:24, 8744:1
**Varian's** [1] - 8742:18
**variety** [5] - 8674:13,
8677:20, 8679:5,
8707:16, 8708:1
**various** [6] - 8709:18,
8717:5, 8717:17,
8742:10, 8742:12,
8750:25
**Vectiv** [1] - 8705:5
**vehicle** [1] - 8721:13
**vendors** [2] - 8707:16,
8708:1
**verb** [1] - 8678:16
**Verizon** [1] - 8687:14
**vermin** [1] - 8753:8
**version** [16] - 8665:10,
8758:14, 8759:11,
8759:21, 8759:25,
8760:8, 8760:9,
8760:11, 8760:12,
8760:19, 8760:20,
8761:17, 8762:16,
8767:11
**versions** [1] - 8758:17
**versus** [6] - 8659:4,

8685:6, 8685:14,
8699:1, 8699:3,
8699:24
**vertical** [37] - 8661:16,
8661:18, 8661:22,
8661:23, 8661:25,
8662:3, 8662:12,
8662:24, 8663:6,
8663:10, 8663:12,
8664:9, 8664:19,
8669:14, 8669:18,
8670:6, 8670:14,
8670:18, 8671:9,
8671:25, 8673:12,
8684:6, 8685:7,
8685:13, 8687:14,
8717:11, 8721:10,
8747:16, 8747:17,
8747:19, 8747:23,
8748:2, 8748:3,
8748:4, 8749:13
**verticals** [36] - 8661:9,
8661:11, 8661:14,
8661:15, 8662:21,
8662:22, 8663:2,
8663:14, 8664:4,
8664:24, 8665:19,
8667:3, 8667:4,
8667:9, 8667:13,
8667:16, 8668:4,
8668:12, 8669:2,
8669:8, 8669:10,
8669:23, 8672:4,
8689:5, 8708:17,
8711:2, 8711:3,
8711:5, 8711:14,
8712:2, 8713:6,
8746:21, 8746:24,
8747:21, 8747:22,
8748:5
**video** [13] - 8676:17,
8676:20, 8677:4,
8677:12, 8677:13,
8677:14, 8677:15,
8773:11, 8773:14,
8779:7, 8779:11,
8780:12, 8780:13
**videos** [2] - 8677:7,
8779:5
**view** [4] - 8690:19,
8698:15, 8698:16,
8762:19
**viewed** [1] - 8749:19
**viewing** [1] - 8688:5
**views** [3] - 8690:3,
8724:21, 8743:21
**virtually** [1] - 8708:17
**visibility** [2] - 8758:11,
8758:23
**visit** [25] - 8704:2,

8704:15, 8704:19,
8704:20, 8709:15,
8709:17, 8710:14,
8710:18, 8710:24,
8711:2, 8711:3,
8711:5, 8711:8,
8711:9, 8711:11,
8711:13, 8712:3,
8714:3, 8714:20,
8715:7, 8715:10,
8727:24, 8728:2,
8728:9
**visiting** [1] - 8712:2
**visits** [12] - 8701:13,
8705:25, 8709:11,
8709:12, 8709:18,
8711:21, 8711:24,
8713:23, 8714:24,
8747:3, 8747:7
**vital** [1] - 8753:3
**volume** [4] - 8730:24,
8730:25, 8748:19,
8770:17
**vs** [1] - 8656:5

## W

**wait** [2] - 8660:10,
8722:21
**waiting** [1] - 8732:6
**walk** [1] - 8778:6
**walked** [1] - 8777:11
**walmart.com** [1] -
8760:15
**wants** [6] - 8672:16,
8674:3, 8696:18,
8753:7, 8753:8,
8753:23
**Washington** [5] -
8656:5, 8656:14,
8656:17, 8657:7,
8657:14
**watch** [3] - 8677:4,
8677:13, 8777:23
**ways** [15] - 8660:4,
8667:6, 8667:11,
8672:6, 8673:5,
8680:7, 8694:4,
8694:11, 8704:17,
8704:22, 8705:11,
8706:6, 8742:10,
8759:23, 8765:15
**weakness** [1] -
8753:19
**weather** [2] - 8712:25,
8713:1
**web** [3] - 8670:7,
8705:17, 8707:1
**Webb** [1] - 8657:3
**WebMD** [1] - 8712:15

**website** [13] -
8669:24, 8703:19,
8710:15, 8713:1,
8718:3, 8718:21,
8719:8, 8719:9,
8721:16, 8721:23,
8741:14, 8758:15
**websites** [15] -
8686:18, 8703:24,
8704:1, 8704:12,
8704:15, 8704:19,
8704:20, 8705:2,
8705:7, 8705:9,
8705:14, 8705:25,
8706:2, 8706:8,
8706:12
**Wednesday** [2] -
8780:14, 8782:2
**week** [2] - 8663:24,
8779:5
**week's** [1] - 8754:18
**weekend** [2] -
8775:10, 8783:6
**weekly** [1] - 8664:3
**weighs** [1] - 8699:6
**Weinberg** [2] -
8687:17, 8688:8
**welcome** [3] - 8679:8,
8687:6, 8772:23
**well-defined** [1] -
8773:16
**West** [1] - 8777:14
**whereas** [2] - 8766:12,
8766:23
**whichever** [1] -
8702:22
**Whinston** [4] -
8691:16, 8740:11,
8748:22, 8781:11
**Whinston's** [1] -
8730:17
**whole** [3] - 8710:18,
8737:5, 8752:6
**Wick** [2] - 8784:3,
8784:8
**WICK** [1] - 8657:13
**wide** [1] - 8674:13
**widgets** [3] - 8767:5,
8767:7, 8768:8
**Wikipedia** [2] -
8690:25, 8754:23
**WILLIAM** [1] - 8657:3
**William** [1] - 8659:6
**Williams** [1] - 8657:6
**Wilson** [1] - 8657:9
**withdraw** [1] -
8664:16
**withdrew** [2] -
8759:14, 8759:17
**witness** [16] -

8660:16, 8660:20, 8660:22, 8776:8, 8777:20, 8780:18, 8780:20, 8781:5, 8781:6, 8781:8, 8781:14, 8781:17, 8782:1, 8782:18

**WITNESS** [22] - 8661:3, 8664:3, 8678:23, 8678:25, 8700:5, 8719:4, 8725:2, 8725:4, 8732:12, 8734:21, 8735:9, 8735:13, 8736:5, 8737:4, 8737:22, 8760:7, 8765:4, 8765:6, 8765:10, 8765:25, 8767:10, 8775:9

**word** [11] - 8691:5, 8696:8, 8696:13, 8729:12, 8749:18, 8750:22, 8750:24, 8752:14, 8753:13, 8753:15

**words** [4] - 8750:1, 8750:5, 8752:3, 8752:5

**works** [1] - 8660:4

**world** [14] - 8705:24, 8730:5, 8743:11, 8744:14, 8761:3, 8761:5, 8761:8, 8761:10, 8761:14, 8761:18, 8766:3, 8767:4, 8768:25, 8774:24

**worlds** [1] - 8760:24

**worldwide** [2] - 8768:21, 8768:22

**worried** [1] - 8694:13

**worry** [2] - 8694:25, 8768:7

**worth** [3] - 8759:16, 8766:14, 8768:10

**worthless** [1] - 8742:3

**write** [3] - 8740:10, 8740:11, 8741:3

**writes** [1] - 8752:19

**writing** [2] - 8691:4, 8782:22

**written** [1] - 8676:9

**wrote** [1] - 8701:10

---

## Y

**Yahoo** [4] - 8679:10, 8679:17, 8679:21, 8679:22

**Yahoo!** [2] - 8679:19,

---

8680:21

**year** [7] - 8706:17, 8706:20, 8709:21, 8718:5, 8718:10, 8763:7, 8763:8

**years** [7] - 8679:6, 8679:7, 8679:9, 8744:2, 8763:13, 8771:5, 8774:25

**yellow** [2] - 8756:6, 8756:8

**Yelp** [5] - 8677:8, 8680:12, 8689:5, 8716:3, 8716:4

**yesterday** [9] - 8659:12, 8660:14, 8661:9, 8661:17, 8672:8, 8674:20, 8680:5, 8694:5, 8765:16

**York** [4] - 8657:5, 8657:10

**yourself** [3] - 8671:8, 8685:6, 8717:4

**YouTube** [3] - 8676:16, 8769:14, 8769:17

---

## Z

**Zappos** [7] - 8702:15, 8707:17, 8707:24, 8708:3, 8708:8, 8708:10

**zero** [7] - 8691:12, 8722:16, 8750:17, 8767:10, 8767:13, 8767:16