UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>                    *Plaintiffs,*<br><br>        v.<br><br>Google LLC, *et al.*,<br><br>                    *Defendants.* | Case No. 1:20-cv-3010-APM |
| State of Colorado, *et al.*,<br><br>                    *Plaintiffs,*<br><br>        v.<br><br>Google LLC, *et al.*,<br><br>                    *Defendants.* | Case No. 1:20-cv-3715-APM |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK AND ALL PARTIES OF RECORD:

Pursuant to Local Rule 83.6(b), Jonathan R. Marx hereby withdraws his appearance as counsel for Plaintiff State of North Carolina in the above-captioned matter. The State of North Carolina will be represented by Jessica Sutton and Kunal Choksi of the North Carolina Department of Justice, who have entered appearances in this matter.

Respectfully submitted the 27th day of June, 2024.

/s/ *Jonathan R. Marx*
Jonathan R. Marx
Special Deputy Attorney General
North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Phone: (919) 716-6000
N.C. State Bar No. 35428
jmarx@ncdoj.gov

## CERTIFICATE OF SERVICE

I certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record.

This the 27th day of June, 2024.

_/s/ Jonathan R. Marx_
Jonathan R. Marx
Special Deputy Attorney General