```
1                    IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA
2
     United States of America,    )
3    et al.,                      )
                                  ) DAY 35
4                    Plaintiffs,  )
                                  ) CV No. 20-3010
5                        vs. )  Washington, D.C.
                                  ) November 6, 2023
6    Google LLC,                  ) 1:35 p.m.
                                  )
7                    Defendant.   )
     _____)
8

9                    TRANSCRIPT OF BENCH TRIAL
                  BEFORE THE HONORABLE AMIT P. MEHTA
10                  UNITED STATES DISTRICT JUDGE

11   APPEARANCES:
     For DoJ Plaintiffs:      Kenneth M. Dintzer
12                            U.S. DEPARTMENT OF JUSTICE
                              1100 L Street, NW
13                            Washington, D.C.
                              (202) 307-0340
14                            Email: Kenneth.dintzer2@usdoj.gov
                              Ian Hoffman
15                            U.S. DEPARTMENT OF JUSTICE
                              450 Fifth Street, NW
16                            Washington, DC  20530
                              Email: Ian.Hoffman@usdoj.gov
17                            David E. Dahlquist
                              U.S. DEPARTMENT OF JUSTICE
18                            209 South LaSalle Street
                              Suite 600
19                            Chicago, IL  60604
                              (202) 805-8563
20                            Email: David.dahlquist@usdoj.gov
     For Plaintiff
21     State of Colorado:     Jonathan Bruce Sallet
                              Steven M. Kaufmann
22                            COLORADO DEPARTMENT OF LAW
                              Ralph L. Carr Colorado Judicial Center
23                            1300 Broadway, Seventh Floor
                              Denver, CO 80203
24                            (720) 508-6000
                              Email: Jon.sallet@coag.gov
25                            Email:  Steve.kaufmann@coag.gov
```

```
 1    For Plaintiff
         States (Cont.)        William J. Cavanaugh, Jr.
 2                             Patterson Belknap Webb & Tyler LLP
                               1133 Avenue of the Americas
 3                             Suite 2200
                               New York, NY 10036
 4                             (212) 335-2793
                               Email:  Wfcavanaugh@pbwt.com
 5
      For Defendant Google:    John E. Schmidtlein
 6                             Colette Connor
                               WILLIAMS & CONNOLLY LLP
 7                             680 Maine Avenue SW
                               Washington, D.C. 20024
 8                             (202) 434-5000
                               Email:  Jschmidtlein@wc.com
 9                             Email:  Cconnor@wc.com
                               Michael Sommer
10                             Wilson Sonsini Goodrich & Rosati
                               1301 Avenue of the Americas
11                             40th Floor
                               New York, NY  10019
12                             (212) 497-7728
                               Email:  Msommer@wsgr.com
13
      Court Reporter:          Janice E. Dickman, RMR, CRR, CRC
14                             Official Court Reporter
                               United States Courthouse, Room 6523
15                             333 Constitution Avenue, NW
                               Washington, DC  20001
16                             202-354-3267
                               Email:  Janice_e_dickman@dcd.uscourts.gov
17                                  *   *   *

18

19

20

21

22

23

24

25
```

```
1         *  *  *  *  *  *  *P R O C E E D I N G S*  *  *  *  *  *  *
2              THE COURT:  All right, Mr. Cavanaugh.  We're ready
3    when you are.
4              MR. CAVANAUGH:  Thank you, Your Honor.
5              THE COURT:  If you could close the door.
6                        MARK ISRAEL
7                   CROSS-EXAMINATION (Cont.)
8    BY MR. CAVANAUGH:
9    Q.  Doctor, let's put up DXD29.070, a demonstrative that you
10   showed.  Let me show you the underlying document that that's
11   drawn from, DX3058.
12             THE COURT:  Sorry.  That's -- okay.
13             MR. CAVANAUGH:  We're going to go to the document,
14   Your Honor.
15             THE COURT:  Just want to make sure I orient myself,
16   and he does as well.
17             MR. CAVANAUGH:  Peter, when I go to the specific
18   page, don't put the pages up.  I'm not sure we have a
19   resolution of confidentiality issues on it.
20   BY MR. CAVANAUGH:
21   Q.  Can you turn to page 36 -- I'm sorry, 35.  Start with 35.
22   And does that identify the ROI for various --
23   A.  I don't have that document.  I just have what's on the
24   screen.
25   Q.  It should be in my --
```

```
 1    A.  I think they took all my binders away, so -- I guess I'm
 2    now under-bindered.
 3              THE COURT:  That's very efficient housekeeping.
 4              MR. CAVANAUGH:  Let me see if I have an extra one.
 5              Here you go.
 6              THE WITNESS:  This is how I always threaten to clean
 7    my kids' rooms.
 8              Sorry.  Just give me a sec to --
 9    BY MR. CAVANAUGH:
10    Q.  Sure.  Take your time.  Page 35.
11    A.  All right.  35?
12    Q.  Yes.
13    A.  I'm not seeing that description.
14              THE COURT:  I think he means the one that ends with
15    .6.
16              THE WITNESS:  I see.
17    BY MR. CAVANAUGH:
18    Q.  MMM results.  Do you see that?
19    A.  Yes.
20    Q.  All right.  It provides the profit ROI for various
21    channels, correct?
22    A.  Yes.
23    Q.  All right.  And the nonbrand searches is the highest,
24    correct?
25    A.  Um, of these numbers, that looks right.
```

1    Q.  All right.  More than twice paid social, correct?

2    A.  Well, on here, that looks right.

3    Q.  If you could turn to the next page, .7.

4    A.  Okay.

5    Q.  Refers to a brand.com sales funnel, correct?

6    A.  Where are you looking?

7    Q.  In the --

8    A.  I see it at the top, yes.

9    Q.  And it is three levels:  Desirability, consideration, and

10   conversion, correct?

11   A.  I see that.

12   Q.  Does that roughly correspond to the traditional three-level

13   marketing funnel that you mentioned in your testimony?

14   A.  I think the way that's taught varies a lot, but it might be

15   one depiction.

16   Q.  And here, the advertisers assigning the relative effect of

17   each ad product on the different level of the funnel, correct?

18   A.  Yeah.  Honestly, from this one page -- I mean, they have

19   percentages.  I don't know exactly what they're doing.

20   Q.  If we just work off of their analysis, the brand search in

21   PLA is heavily skewed towards conversion and consideration,

22   correct?

23   A.  Again, I just don't know what these percentages mean.  I

24   can see it's shown at both those levels with different

25   percentages, and the percent listed is bigger at conversion,

1  but I don't know what they mean exactly.

2  Q.  There's nothing listed under desirability for brand search,

3  correct?

4  A.  There's nothing here.  There's consideration and

5  conversion, and then there's multiple channels of each level

6  with different percentages.

7  Q.  For Facebook and Instagram, it's spread across the three

8  with the largest percent being consideration?

9  A.  Correct.  They show it's spread across the three, and the

10  percent is big there.

11  Q.  It's --

12  A.  Where it's larger -- it's the largest of the three.  And

13  you see the search in two of those three buckets with

14  different -- well, similar percentage in consideration and

15  different in conversion.

16  Q.  Three times higher in conversion, correct?

17  A.  The percent is substantially higher.  Again, I just don't

18  know what the percentages mean and what they're dividing up

19  into what.

20          MR. CAVANAUGH:  Your Honor, we would move DX3058 into

21  evidence.

22          THE COURT:  Okay.

23          MR. SOMMER:  No objection.

24          MR. CAVANAUGH:  Also, Skechers document, which was

25  PX04219.

1          THE COURT:  Also be admitted.

2    BY MR. CAVANAUGH:

3    Q.  If you could go back to PSX1257 in your binder.  It's your

4    data from --

5    A.  Okay.

6    Q.  Now, if we go from September 1, 2019 to your end period,

7    March 1, 2021, I'll represent to you that's 19 months.

8    A.  Okay.

9    Q.  All right.  And you had mentioned the earlier period, so

10   before September of 2019.  If we go back -- if we go back 19

11   months there, that takes us back to February of 2018.  Okay?

12   A.  Okay.

13   Q.  So, 2018, you have a number of 13.93, correct?

14   A.  For February, that looks right.

15   Q.  And then in September 1, 2019, 13.26, correct?

16   A.  Sorry.  Which month?

17   Q.  September 1.

18   A.  Yeah, that looks right.

19   Q.  So the difference between those two is .67, right?

20   A.  Just subtracting, yes.

21   Q.  Okay.  And, you know, if we did the -- if we did percentage

22   decline, it would be 4.80 percent.

23   A.  Okay.

24   Q.  And as we talked about earlier in my questioning of you,

25   for the post -- for the September 1, 2019 period going forward,

1    for that 19 months, the drop was 2.27 percent?

2    A.  For those specific months -- now, I haven't done these

3    calculations because you're doing sort of a subset of what my

4    regression does.  The regression controls for things

5    like seasonality and overall spend trends and --

6    Q.  Did you testify about your regression on direct?

7    A.  Yeah, I think I testified the charts that I showed that I

8    had tested and there was no notable change.

9    Q.  But from September 1, 2019, you have a number of 13.26, and

10   then March 1, 2021, it's down to 11.01, correct?

11   A.  I agree with those numbers.

12   Q.  Okay.  And that's a 2.27 difference, is it not?

13   A.  That sounds right.

14   Q.  All right.

15              MR. CAVANAUGH:  Nothing further, Your Honor.

16              THE COURT:  All right.  Redirect, Mr. Sommer?

17                    REDIRECT EXAMINATION

18   BY MR. SOMMER:

19   Q.  Dr. Israel, good afternoon.

20   A.  Good afternoon.

21   Q.  After nearly seven hours of cross, I think I have about 12

22   minutes of redirect, if you'll bear with me.

23   A.  I'll do my best.

24   Q.  You were asked some questions by Mr. Dintzer about whether

25   market definition on the user's side should include only search

1    engines that compete for browser search default deals.  Do you

2    remember that?

3    A.  Yes.

4    Q.  Okay.  I want to put up on the screen quickly paragraphs 88

5    to 90 of the DoJ complaint.

6         Can you see that on the screen in front of you?

7    A.  I do.

8    Q.  And this is really the section that's talking about the

9    one-stop shop and how that makes general search services or

10   general search engines unique.  Do you recall that?

11   A.  Yes.

12   Q.  Okay.  Now, according to the complaint that we're looking

13   at, it's the one-stop shop that makes general search engines a

14   separate market for users; is that right?

15   A.  Yeah, that's consistent with how I read it.

16   Q.  When you did your analysis on the user side, did you focus

17   on users or did you focus or browsers?

18   A.  Users.

19   Q.  In paragraph 50 of your rebuttal report you noted, quote,

20   that "competition" --

21         MR. DINTZER:  Objection, Your Honor.  He's reading

22   his rebuttal report that's not in evidence and --

23         MR. SOMMER:  Okay.  I'll rephrase.  I'll rephrase.

24   BY MR. SOMMER:

25   Q.  Do you recall discussing in your rebuttal report,

1    Dr. Israel -- or, do you recall discussing in your rebuttal

2    report this distinction between user -- looking at it from a

3    user perspective and looking at it from a default perspective?

4    A.  Yes.  I think I talked about it in my direct testimony,

5    too.

6    Q.  Can you just explain to the Court why such a distinction

7    exists and how that relates to your view of the relevant market

8    here?

9    A.  We talked about it some before.  The choice that a browser

10   makes when choosing a default is a browser choice, depending on

11   the browser needs.  And I think I said before, the browser may

12   think it needs a backstop.  It doesn't know what users are

13   going to use the search engine for, so it might need a backstop

14   that can cover different types of searches.

15         Users make a choice every time they search for what

16   to use.  They know what their intent is, so their demand-side

17   decision is specific to that given search.  And, so, I think I

18   made a big point in direct that it's not a once-and-for-all

19   decision for users.  You don't decide for the next 50 or 100

20   queries.  When I sit down to search for a flight or for shoes,

21   I can do it differently.  But for a browser, it is sort of a

22   once-and-for-all decision.  So that decision is just

23   fundamentally different from the user decision.

24   Q.  Dr. Israel, do you recall being asked by the Court whether

25   there could be a scenario on the user side where both you and

1    Professor Whinston could be right?  Do you remember that?

2    A.  Um --

3    Q.  Maybe I got it wrong, but something along those lines?

4    A.  Something like that.

5    Q.  Okay.  Professor Whinston argues for a one-stop shop,

6    correct?

7    A.  Yes.

8    Q.  You just articulated your view that it's really what the

9    user is looking for at that time, correct?

10   A.  Yes.

11            MR. DINTZER:  Objection, Your Honor.  Leading.

12            MR. SOMMER:  Just trying to set up the question,

13   Judge.

14            THE COURT:  Go ahead.

15   BY MR. SOMMER:

16   Q.  In your reports, Dr. Israel, do you describe that these two

17   views are inconsistent with one another?

18   A.  Yes.

19   Q.  Can you explain why to the Court?

20   A.  Again, the demand side substitution, that's what we have to

21   do for market definition, so the question on the user side is:

22   What choices -- what is the user deciding between?  What are

23   the user's options?

24            And my view is, and I think consistent with the

25   evidence, is the user, each time they make a query, they can

 1    consider what the options are, and that's not a one-stop, it's

 2    not a one-time decision.  Professor Whinston calls it a

 3    one-stop shop, as though it's a once-and-for-all, one-time

 4    decision, the choice between Google and other options

 5    forevermore.

 6             So it's just one -- I think the correct way to think

 7    about the demand side for -- on the user side is users -- on

 8    these discrete times when they search, they make a decision

 9    about what's available.  But, what I think I said in the

10    earlier answer is what matters to me is that you don't leave

11    the SVPs out.  The options that are open to users when they are

12    searching in these discrete events need to be included.  I

13    think what I said is if you wanted to aggregate up, what's

14    critical is that when you do that, you keep the SVPs in the mix

15    because collectively they provide competition for, basically,

16    all of the commercial searches.

17    Q.  Can we put up DXD21.017.

18             Mr. Dintzer showed you this slide in your cross and

19    suggested to you that it was a slide from Professor Bucklin's

20    deck.  Let me ask you this, Dr. Israel:  You read

21    Dr. Raghavan's testimony, correct?

22    A.  Yes.

23    Q.  And you looked at the exhibits and demonstratives that were

24    displayed during his testimony, correct?

25    A.  Yes.

 1   Q.  Could we go to DXD21.001?  This is the Prabhakar Raghavan

 2   deck.  And within that deck, let's go to DXD21.017.

 3         That's where we saw the performance max slide, correct?

 4   A.  That looks right.

 5   Q.  You've never seen a deck for someone named Professor

 6   Bucklin, have you?

 7   A.  No.

 8   Q.  I want to ask you something about the Nike boycott that you

 9   were asked about on cross.  Let's bring up from your deck slide

10   085.  There were a few times when you were being questioned

11   about the one week that you kept referring to the fact that you

12   looked at all the data.  Was there something you wanted to add?

13   A.  I mean, really, this chart that is now up here is the

14   full-time period rather than one week.  So, if you look at the

15   shaded part -- we did this before, but if you look at the

16   shaded part, where the boycott happened, so Facebook goes away,

17   and as I said, that's a large reduction in Facebook, no

18   question.  But as I said, what matters from this is not how

19   much it went down at Facebook, but where it went instead.

20         So, rather than look at those one-week snapshots, you

21   can look at the whole time period, and you see some increase in

22   non-Meta social, that's the bottom line.  A large increase in

23   display, for sure.  And a large increase sort of the middle of

24   the two for search.  So, the point is, just rather than take

25   the one-week snapshot they called out, if you look at the full

1    set of data, you see other types of social got the least of a

2    kick display and search got the most of a kick.

3    Q.  We can take that down.

4        You were shown a 2014 document and you were asked about

5    semantic matching and negative keywords.  Do you remember that

6    coming up on cross?

7    A.  Yes.

8    Q.  Have you seen any evidence, Dr. Israel, that an advertiser

9    does not want to match to a query that matches the very product

10   the advertiser is trying to sell?

11   A.  I haven't.  I would also say that there seems to be some

12   implication that Google could trick people by having queries

13   that don't really match in order to raise prices.  The problem

14   with that theory is if users are being tricked, they're going

15   to reduce their bids because they're not getting what they

16   want.

17       You can't trick people with semantic matching into

18   bidding too much, because if suddenly the matches aren't

19   working the way users want or advertisers want, they would

20   lower their bids and that would backfire.

21   Q.  Switching gears, again.

22       Mr. Dintzer asked you if you included Google documents

23   in your slide deck on the user side, and you responded that

24   your goal was to present data.  Do you remember that exchange?

25   A.  Yes.

1   Q.  Did you review a very large volume of Google documents in

2   reaching your opinions in this case?

3   A.  I tried my best to review everything in the record.

4   Q.  Mr. Dintzer asked you if Google's own analysis of who its

5   competitors are is useful in identifying its actual

6   competitors.  Do you remember that?

7   A.  Yes.

8   Q.  And then he showed you a document in which Google was

9   looking at Bing and what Bing was doing in the market.  Do you

10  recall that?

11  A.  Yes.

12  Q.  Okay.  I'm going to hand out your last binder for the day,

13  and we're going to look at a few documents very quickly.

14          MR. SOMMER:  May I approach, Your Honor?

15          THE COURT:  You may.

16  BY MR. SOMMER:

17  Q.  I'll take this one away, trade you up.

18          I would like to start with DX246, which is in evidence.

19  It's in your binder.  And this is cited in your second report

20  at paragraph 45.  Let's just start on the cover page of this

21  document, if we could, 246.

22  A.  Okay.

23  Q.  Says:  Search User Fundamentals.

24          And just for the record, this is a May 2021 document.

25  The only part that's highlighted here is the end of the first

1     paragraph.  It says:  Search from a user perspective.

2          Do you see that?

3     A.  I do.

4     Q.  And is that the perspective you undertook in your analysis?

5     A.  That's what I keep calling a demand side market definition

6     analysis, yes.

7     Q.  Let's go to page .028 in this document.

8          MR. DINTZER:  Your Honor, we object.  Not only was it

9     not used in his direct, so we didn't get a chance to cross on

10    the document, but he hasn't laid any foundation that the

11    witness saw this.  I don't know, because we're just getting it,

12    if it was in his documents relied upon and, if not, then we

13    have no understanding of how this is relevant to his testimony.

14         MR. SOMMER:  Well, I said, it's cited in his report

15    at paragraph 45.  This is in response to Mr. Dintzer's

16    suggestion that Dr. Israel either did not look at Google

17    documents, and in response to the suggestion that Google

18    documents can be a window into what Google thinks its

19    competitors are as being an accurate barometer.  So it's a fair

20    response to what occurred in cross.

21         THE COURT:  Objection is overruled.  As long as it's

22    something he reviewed before and considered before.

23    BY MR. SOMMER:

24    Q.  Let's just magnify that bottom paragraph:  What do people

25    use instead of search?

```
 1              And by the way, just so we're totally clear here, this
 2    is a document you reviewed and cited in your report; is that
 3    right, Dr. Israel?
 4    A.  Yes.
 5    Q.  This says --
 6              THE COURT:  Sorry.  Can you --
 7              MR. SOMMER:  .028, Judge.
 8              THE COURT:  Thank you.
 9              MR. SOMMER:  In Exhibit 246.  You may not be in the
10    right --
11              THE COURT:  Okay.
12    BY MR. SOMMER:
13    Q.  It says:  What do people use instead of search?  Search was
14    once your primary gateway for any and everything needed in
15    cyberspace.  But take a moment and look at what's on your phone
16    or laptop today.  App Eco systems and walled gardens have
17    flourished.  This means that search isn't used as much by some
18    users or for some needs as we may wish.
19              Let's stop there for a moment.  This is a Google
20    internal document, correct, Dr. Israel?
21    A.  Yes.
22    Q.  We go on:  Today, search is no longer the only door to all
23    of the world's information.  Over time, people started spending
24    less of their mobile time on the open web and its browsers.
25    Now most daily information needs are not resolved on search,
```

1    including for topics where search has strengths, such as news,

2    finance, and shopping.  In this section, you can examine the

3    two ways in which search is primarily displaced:  One, by other

4    apps/sites that people turn to to meet certain needs, rather

5    than going through search as a starting point; and, two, to a

6    lesser extent, by other search engines which people may use for

7    either some or all of their queries.

8         Let me stop reading there.  Dr. Israel, was this a

9    document you found relevant to your opinion about how users

10   search?

11   A.  Yes.  That's why I cited it.  As I said, I tried to dig

12   into the data about where people are going.  But this speaks

13   directly to the comments I made about other options, apps, and

14   so on.

15   Q.  Let's go to DX85 in the binder.

16        MR. SOMMER:  Your Honor, this is in evidence.  This

17   was cited by Dr. Israel in his opening report at paragraph 64,

18   131, and 159.

19   BY MR. SOMMER:

20   Q.  And what I would like you to do, Dr. Israel, in this

21   strategic plan from Google, is turn to page .003.  The heading

22   on this document is Updated Competitive Landscape.

23        Do you see that?

24   A.  Yes.

25   Q.  Okay.  Now, this is talking about --

```
 1            THE COURT:  Sorry.  Just let me get up to speed here.
 2   BY MR. SOMMER:
 3   Q.  This slide, this presentation, is talking about the local
 4   or home services vertical, correct?
 5   A.  It appears to be, yes.
 6   Q.  And do you see those images in the box on page .003?
 7   A.  Yes.
 8   Q.  Now I want you to compare that to your slide 29.017 for the
 9   local vertical.  Do you see that?
10   A.  Yes.
11   Q.  And do you see the same verticals listed there?
12   A.  The same provider, the same SVPs, yes -- I mean, the Google
13   slide has a few more, but, yes.
14   Q.  There are some that weren't in your demonstrative that were
15   in the Google document, correct?
16   A.  Correct.
17   Q.  And, again, your -- you testified that you were not
18   defining where the end line was.  You were -- of what should be
19   included.  You were trying to just identify who must be
20   included if you're going to have a valid market definition; is
21   that right?
22   A.  So, I was -- you know, I stressed Amazon, Yelp, Expedia
23   Tripadvisor a lot.  My point is, they clearly compete, and we
24   looked at query numbers for some of them.  What I didn't do is
25   decide how deep into this list you need to go.  You could
```

1    include all of them, but there may be a line short of that that

2    would be a market.  But clearly, you need the predominate SVPs.

3    Q.  Okay.  Let's go to DX3249 in your binder.  This is an

4    internal document from 2020 on the shopping vertical.  Do you

5    see that?

6    A.  Yes.

7            MR. SOMMER:  Your Honor, this was cited in

8    Dr. Israel's reply report at paragraph 61.  And this is not yet

9    in evidence.  I offer DX3249.

10            MR. DINTZER:  Your Honor, we haven't had a chance

11    to -- Your Honor, we'll maintain an objection to embedded

12    hearsay.  Otherwise, no objection.

13            MR. SOMMER:  And we're happy with the same protocol.

14            THE COURT:  It will be admitted.

15    BY MR. SOMMER:

16    Q.  Do you recall reviewing this document, Dr. Israel?

17    A.  Yes.

18    Q.  Can we go to -- sorry.  Just give me a second -- page .048

19    in this document.  And can you blow up the Commercial Intent

20    bar at the very bottom?

21            It says:  When you think about finding information

22    online about any services or products that you intend to use or

23    purchase, what online sources come to mind?  Do you see that?

24    A.  Yes.

25    Q.  And then there's some percentages listed; is that right?

1    A.  Yeah, four providers and percentages.

2    Q.  And Google is 76 percent.  Amazon is at 56 percent?

3    A.  Correct.

4    Q.  This one is characterized in terms of what you think of.

5    Do you remember the pie chart from Bank of America where people

6    start their shopping?

7    A.  Yes.

8    Q.  Let's take a look quickly at that.  That's DXD29.028.  And

9    we saw there Amazon -- people are starting 58 percent of their

10    shopping on Amazon and only 25 percent on Google; is that

11    correct?

12    A.  Yes.

13    Q.  Let's go to DX225.

14            MR. SOMMER:  This is in evidence, Your Honor.  It is

15    cited in Dr. Israel's reply report at paragraph 61.

16    BY MR. SOMMER:

17    Q.  And this is a December 2020 Google shopping analysis,

18    correct?

19    A.  Yes.

20    Q.  Okay.  Let's go to page .006.  Do you see those bar charts

21    there?

22    A.  I do.

23    Q.  By the way, do you recall reviewing this document?

24    A.  Yes.  Some of these have been a while, but I recall

25    reviewing this.

1    Q.  And how did this document inform or how is it consistent

2    with your opinion on user side market definition, these bar

3    charts we see?

4    A.  Again, it first indicates that the set of competitors

5    varies by the type of query, or the type of search.  And then

6    for the shopping queries in particular, among the large

7    competitors are the firms I've been listing, Amazon and

8    Walmart, in particular.

9    Q.  In fact, at the very top it says:  Amazon and Walmart

10   continue to rank first and second across metrics.

11         Do you see that?

12   A.  Yes.

13   Q.  And, again, if you just think back to your demonstrative

14   with the different verticals, both of those were on there, too,

15   for shopping, right?

16   A.  Yeah, I'm sure Amazon and Walmart.  Especially as Walmart

17   has gotten more and more into providing online services like

18   Amazon, they would be at the top of the list.

19   Q.  Let's go to DX245 in your binder.  This one relates to

20   social.

21         MR. SOMMER:  This is a Google internal document from

22   August 2021.  It's in evidence, Your Honor.  It's cited in

23   Dr. Israel's rebuttal report at paragraph 48.

24   BY MR. SOMMER:

25   Q.  And just starting on the cover page, do you see what it

 1    says under Search User Insight Series?

 2    A.  It says:  TikTok an emerging search platform.

 3    Q.  Let's go to page .007 of this document.  And I want to just

 4    highlight, under Summary, Nos. 1 and 4.

 5         And, Dr. Israel, how did this inform your view on both

 6    social platforms and emerging, new platforms in terms of

 7    evaluating user side market?

 8    A.  Let me just -- there are a fair number of -- or, a lot of

 9    users, increasingly so, who use social media as a form of

10    search.  I focus more of my testimony, frankly, on SVPs and

11    specific verticals, but I mention social media as well.  And

12    this sort of document explains how they're used in that way.

13    Q.  Okay.  And just one last thing on this slide, page .013.

14    Do you see that heading there:  A majority of TikTok users

15    search on TikTok.  Many say it meets most or all of their

16    search needs.

17         Do you see that?

18    A.  Yes.

19    Q.  That reports some percentages?

20    A.  Yes.

21    Q.  Dr. Israel, do the documents -- withdrawn.

22         The documents I just showed you, that's not the entire

23    universe of relevant Google internal documents that you looked

24    at, by far, correct?

25    A.  Oh, definitely not.  I would say, more broadly, are just

1   documents indicating competition with Amazon, Facebook, SVPs.

2   I mean, the Google documents in the record are full of

3   documents, on both the user side and the advertiser side,

4   reflecting that competition.

5   Q.  Shift to the final topic.  That's SA360.

6      Mr. Cavanaugh showed you PSX1257.  Do you still have

7   that up there, or is that --

8   A.  No -- well, maybe it's over here.

9   Q.  1257, if you find it.  It was a one-pager.  Maybe it's in

10   this one.

11   A.  I think you took it away from me.

12   Q.  I did.  I'll give it back to you.  Just make sure it's in

13   here because it may have been a handout.  Yeah, it's not in

14   here -- oh, here it is.

15        MR. SOMMER:  May I approach, Your Honor?

16        THE COURT:  You may.

17        MR. SOMMER:  Kinder, gentler binder.

18   BY MR. SOMMER:

19   Q.  Let me ask you this, Dr. Israel:  Was Bing losing share

20   prior to Google introducing auction-time bidding?

21   A.  Yes.

22   Q.  And so there was a trend -- is there a trend?  Is that a

23   fair thing to say?

24   A.  Yes.

25   Q.  And did that trend simply continue after auction-time

1    bidding of Google's was introduced?

2    A.   Right.  My analysis looked to see whether there was any

3    break from trend in various statistical tests and found there

4    was not.

5    Q.   No dramatic acceleration of lost share or anything like

6    that?

7    A.   Yeah, nothing statistically detectable as a change from

8    trend at all.

9    Q.   There has been some discussion about SA360's market share.

10   Just to clarify, have plaintiffs or plaintiffs' experts alleged

11   an SEM tool market?

12   A.   Not that I have seen.

13   Q.   Mr. Cavanaugh asked you some questions about developing

14   Bing features on SA360.  If Google was required to offer full

15   and immediate feature parity to its competition Bing, what, if

16   any, impact would that have on whether and how quickly Google

17   could launch new Google Ads features on SA360?

18   A.   I mean, my economic opinion, it would slow it down

19   dramatically.  One benefit of having SA360 be integrated with

20   Google is that, you know, it has done things to rollout

21   features, and if you had to wait for every other competitor for

22   every feature, that would slow everything down.

23   Q.   Suppose Google had built auction-time bidding integration

24   in whatever kind of but-for world the plaintiffs would try to

25   specify.  Are you aware of any evidence that any such delay

1    harmed competition?

2    A.  No.

3    Q.  There have been some questions about whether use of native

4    tools means that advertisers, particularly large advertisers,

5    do not actually shift their spend.  Have you seen any evidence

6    that large advertisers have some way to shift spend based on

7    ROI through means other than SEM tools?

8    A.  They can shift it directly using the native tools.  They

9    shift among and between them using their planning tools.  I

10   also noted that the --

11            THE COURT:  I'm sorry.  Using?

12            THE WITNESS:  Their planning tools.

13            I also noted that the Microsoft native tool, itself,

14   has the ability to bid on Google Ads.  So, you could do it

15   inside the Microsoft native tool.

16   BY MR. SOMMER:

17   Q.  Last thing.  Maybe I can get away without handing you a

18   document.

19            Mr. Cavanaugh showed you a slide from Professor Baker's

20   deck.  It was the -- oh, there it is.  Okay -- PSXD-11, at page

21   73 -- showing percentages of ad spend on SEM tools.  Do you

22   remember talking about this with Mr. Cavanaugh?

23   A.  Yes.

24   Q.  Have you seen any evidence in the record of SA360 investing

25   in new features and, in fact, a rebuild of its platform?

1    A.   Yes.  I mean, something, I think, was called Project

2    Amalgam, was a rebuild of the platform.

3              MR. CAVANAUGH:  Objection, Your Honor.  This is all

4    outside of the scope of cross.

5              THE COURT:  It's overruled.  I mean, it relates to

6    the percentages that are on the slide and, potentially, the

7    reasons for them.

8              Go ahead.

9    A.   So as part of Project Amalgam, there was a rebuild of the

10   SA360 tools to be more tightly integrated with the ads deck.

11   BY MR. SOMMER:

12   Q.   And have you seen evidence in the record that advertisers

13   may, in fact, spend more when an ads platform delivers strong

14   performance?

15   A.   Lots of what I presented about the planning tools and the

16   immediate optimization tools say advertisers respond to

17   performance.

18             MR. SOMMER:  That's all I have.

19             MR. DINTZER:  Your Honor, if we could ask for a brief

20   recross, specifically on the documents that were not used in

21   his deck and that were not cited in his direct testimony.

22             THE COURT:  I haven't allowed recross for any witness

23   so far, I think, except for one very limited exception.  And,

24   so, I mean, the records are records that were cited in the

25   reports.  It was perfectly within the scope of the

 1    cross-examination, so I think it's appropriate -- well, I don't

 2    think it's appropriate to permit further recross on those

 3    documents.

 4            MR. DINTZER:  Thank you, Your Honor.

 5            THE COURT:  All right.  So, Dr. Israel, thank you

 6    very much for all your work, and thank you for your time and

 7    your testimony.

 8            THE WITNESS:  Thank you so much.

 9            MS. CONNOR:  Good afternoon, Your Honor.  Colette

10    Connor for Google.

11            THE COURT:  Good afternoon, Ms. Connor.

12            MS. CONNOR:  We call Jen Fitzpatrick.

13            THE COURTROOM DEPUTY:  Please raise your right hand.

14                      JENNIFER FITZPATRICK,

15    was called as a witness and, having been first duly sworn, was

16    examined and testified as follows:

17            THE COURT:  Ms. Fitzpatrick, welcome.  Thank you for

18    joining us.

19                      DIRECT EXAMINATION

20    BY MS. CONNOR:

21    Q.  Could you please state your name for the record?

22    A.  Jennifer Fitzpatrick.

23    Q.  What's your education and background?

24    A.  I have a bachelor's degree in symbolic systems and a

25    master's degree in computer science.

```
 1              THE COURT:  I'm going to ask you to keep your voice
 2    up and slow down a little.
 3              THE WITNESS:  Will do.  Thank you.
 4              THE COURT:  Could you repeat that so I could hear it?
 5              THE WITNESS:  I have a bachelor's degree in symbolic
 6    systems and a master's degree in computer science, both
 7    from Stanford.
 8    BY MS. CONNOR:
 9    Q.  What is symbolic systems?
10    A.  It's an interdisciplinary degree that deals with concepts
11    like language and cognition, both human and machine.  So, it
12    pulls from a range of disciplines, but including philosophy,
13    psychology, linguistic, symbolic logic, and computer science.
14    Q.  Are you an engineer?
15    A.  By training, yes.
16    Q.  Where do you work?
17    A.  I work at Google.
18    Q.  For how long have you worked at Google?
19    A.  I have worked at Google for 24 years.
20    Q.  What was the first position you had at Google?
21    A.  Summer intern.
22    Q.  When was that?
23    A.  That was the summer of 1999.
24    Q.  How many interns were there?
25    A.  There were four of us that summer.
```

1    Q.  How did you become interested in applying for that first

2    job at Google?

3    A.  When I was doing my master's degree at Stanford, I was

4    entertaining the idea of doing a research project, and my

5    adviser at the time suggested that I wander up to the fourth

6    floor of the computer science building and check out this

7    research group that was meeting over lunch, which happened to

8    be Larry and Sergey, Google's cofounders, research project at

9    the time.  I wound up not doing research with them because I

10   got a teaching position that I wanted very badly instead.

11        But got exposed through that to Google back when it

12   was a research project, and sort of not quite a product yet,

13   but something that you could use and do searches on.  And I was

14   pretty much instantly blown away by it.  As a student, I found

15   it useful in my daily life.  I was telling friends and family

16   about it.  And I'm not usually someone who goes off and

17   evangelizes new products, but this one felt like something

18   really special.  And so when it came time the following summer

19   to look for potential internships, that was top of my list for

20   places that I thought would be great to try and get a job, and

21   luckily, I did.

22   Q.  Have you worked at Google ever since?

23   A.  I have, yes.

24   Q.  Could you walk the Court through the positions you've held

25   at Google?

1    A.   Sure.   So, as I mentioned, I started as a summer intern.

2    From there, I took on, originally, a part-time and then a

3    full-time role as a software engineer, initially working on

4    Search because that's all we did in the early days, and I did

5    that for several years.   I took on some engineering management

6    responsibility several years later, still working on Search.

7         At that -- during those same years, I also cofounded

8    and ran for a number of years our user experience team.   And

9    subsequent to that, led engineering teams over the years on

10   things like our -- some of our advertising products, Google

11   News, Google Image Search, Shopping, a number of our search

12   verticals.

13        Somewhere in the probably 2010 or '11 timeframe, I

14   switched over and started working on local search as well as

15   sort of some related small business tools and services.   And

16   then starting in 2014, took over leading what we called our Geo

17   group, which is responsible for not just local, but also Google

18   Maps, Google Earth, Street View, all of those types of

19   products, and did that.

20        Led that area through mid-2020, when I switched over

21   to my current role, which is leading a team called Core Systems

22   and Experiences, which provides what you can think of as the

23   technical foundation that's kind of shared underneath all of

24   Google's many products.

25   Q.   And what is your position at Google today?

```
 1    A.  Senior vice president.

 2    Q.  Who do you report to?

 3    A.  Sundar Pichai.

 4    Q.  Does the work of the Core Team that you head include work

 5    related to privacy and security?

 6    A.  Yes.  One of the teams that I lead is called Privacy,

 7    Safety and Security.

 8    Q.  Can you please describe the work of the Privacy, Safety and

 9    Security team?

10    A.  Sure.  It deals, as the name would suggest, with things

11    related to building privacy and security into our technical

12    foundations, as well as into our products, as well as a variety

13    of things keeping our users safe both in the context of Google

14    as well as across the internet more broadly.  So, we have a

15    cybersecurity team that focuses on protecting, sort of,

16    Google's, you know, products and services, as well as detecting

17    malicious activity, be that incoming to Google or, again,

18    across the internet more broadly.

19           We have privacy teams that are focused on both

20    building proactive privacy protections into our products, as

21    well as building technical privacy protections into our systems

22    and infrastructure.  And then we have a number of teams that

23    deal with what you can think of as keeping users safe in our

24    products.  So, everything from detecting a highjacking attempt

25    against someone's login or user account, things like
```

1    counter-reviews for detecting malicious or harmful content

2    in -- sort of in our products, and, you know, other forms of,

3    like I said, keeping users safe online.

4    Q.   Approximately how many Google employees work in the

5    Privacy, Safety and Security team that's part of Core?

6    A.   Several dozen people.

7    Q.   What kinds of expertise do the employees on that team have?

8    A.   It's a variety of backgrounds and specialties.  I would say

9    predominantly engineers, some with deep specialization in, for

10   example, cybersecurity or things like that.  Others more

11   generalists.  But, also, product managers, user experience

12   professionals, program managers, and the like.

13   Q.   And are there Google employees outside of those from the

14   Core privacy team that focus on privacy at Google?

15   A.   Yes.  We also have teams embedded in each of our major

16   product areas that focus on privacy work related specifically

17   to those products.

18   Q.   Ms. Fitzpatrick, can you describe at a high level how

19   Google approaches user privacy?

20   A.   Sure.  We think about user privacy in sort of three main

21   dimensions.  The first is, we want to make sure that everything

22   we build is secure by default.  And what I mean by that is, we

23   want to make sure that we are building sort of world-class

24   security protections into everything that we release to the

25   world.

1          And the reason we start there is because we like to

2    say that, you know, if something is not secure, it can't be

3    private.  In other words, if someone can hack into your account

4    or otherwise get malicious access to your -- or, unwanted

5    access to your information, then your hopes of privacy are dead

6    in the water.  And so you start with a really strong security

7    foundation as kind of the baseline.

8          From there, we think about making our products

9    private by design.  And what I mean by that is, really, two

10   things.  First, making sure that we are applying whatever --

11   sort of the cutting-edge abilities of privacy-preserving

12   technology to our systems to make sure, whether that's we're

13   anonymizing data wherever possible instead of relying on

14   personally identifiable information, whether we are minimizing

15   the amount of data used to satisfy a particular task or

16   feature, things like that.

17         And then the second thing is building what I would

18   describe as proactive privacy capabilities into our products.

19   So, this is everything from controls and ways for users to

20   better understand what's actually happening with respect to

21   their personal data in the context of the products that they

22   might be using.

23         And then the final thing is, for everything we do in

24   privacy, we want to really focus on both transparency and

25   control for the user.  So, we want the user to have a

1    transparency into what of their personal information Google has

2    and has stored in association with their Google account, and to

3    have robust controls to, you know, keep, delete, or otherwise

4    have agency over that data, including removing it from Google

5    whenever and should they so choose.

6          MS. CONNOR:  Your Honor, I would like to put up a

7    demonstrative.  May I approach?

8          THE COURT:  You may.

9          MS. CONNOR:  And for the record, this is DXD29.

10   BY MS. CONNOR:

11   Q.  You see here slide 2.  Does that slide reflect how you

12   conceive of the approach to privacy at Google that you just

13   described?

14   A.  Yes.  These are the three buckets that I just described.

15   Q.  I would like to talk a little bit more about user and

16   control.  You mentioned that Google has made control and

17   transparency a part of its approach to privacy.  Why is that?

18   A.  The idea is that when a user chooses to interact with --

19   interact with Google, that the data associated, you know, sort

20   of with those interactions should ultimately being in the

21   control of that user, right?  They should have agency over, you

22   know, how that data is stored, whether it's, you know, in

23   fact -- whether it's, in fact, kept.  And like I said, going

24   along with that, you can't control what you can't see, and so

25   making sure that users have clear visibility into, again, what

1    data is stored in keeping with their account.

2    Q.  And turning to the first two layers here.  You've

3    identified security as what you say as one of the buckets of

4    privacy.  In your experience, do users see a relationship

5    between privacy and security?

6    A.  What we find when we do user research is that most users

7    don't make a clear distinction between security and privacy.

8    They think of both of them as part and parcel of what it means

9    to be safe online and to -- and, so, we find that, you know,

10    sort of, users tend to treat security and privacy as kind of

11    one lump of things that they associate with what it means to

12    have kind of a healthy online experience.

13    Q.  Okay.  You can take that down.

14        What was Google's approach to privacy in the early years

15    of the company, say, in the 2000s?

16    A.  Many of those same, you know, approaches have been long

17    held for us.  So, you know, cybersecurity has been an area

18    we've deeply invested in for many, many, many years now.  The

19    ideas around things like privacy built into product design have

20    been around for many years.  So, to give two examples from the

21    2000s timeframe you mentioned, you know, back in the -- I want

22    to say mid-2000s, when we first started working on a concept

23    that we called "take out," which is this notion that as a user,

24    you could come to Google at any point in time and say, I want

25    to extract all my data that currently lives with Google outside

1    of Google and, potentially, to import that to another service

2    of my choosing.

3             That was kind of a groundbreaking concept at the

4    time, certainly within the tech industry.  But it felt

5    important to us to give users, again, that agency and that

6    choice.  Another example would be incognito mode, which we

7    brought to Chrome in sort of -- again, I believe originally in

8    that same timeframe, again, with the notion that as a user, you

9    may sometimes have searches that you want to do that's -- you

10   don't want a casual user of your computer device to be able to

11   stumble upon.

12            The example I like to use here is if you're shopping

13   for, you know, an engagement ring for your partner on a shared

14   computer, you would like it if your partner doesn't stumble

15   upon your search history, the fact that you were doing that

16   search last week.  So incognito mode offers a way to

17   temporarily go into a search were that search isn't stored on

18   that device and avoid those "oops" moments.

19   Q.  How, if at all, has Google's approach to privacy changed

20   during the time you've been at Google?

21   A.  As I said, a lot of the principles in general approaches

22   have been reasonably consistent over the years.  But, what I

23   would say has happened over that same time period is

24   expectations around privacy from our users from, frankly,

25   society across the tech industry, have evolved pretty

1    significantly.

2         The way I kind of think about it is back in the early

3    days of the internet boom, everyone was just excited that all

4    these new things worked for the first time.  Oh, my gosh, I can

5    search and actually get information that works.  What do you

6    mean, I can store all of my email and I don't have to always be

7    deleting it, to I can search my photos.  So, there was much

8    more excitement on the newness of everything.

9         I think less, maybe, collective consciousness about

10   issues around sort of, you know, data storage and what does it

11   mean to have an online profile that persists over many years,

12   and not just a moment in time thing.  And, so, I think the

13   collective awareness and, therefore, focus on privacy as a

14   topic has really elevated and increased, you know, and that --

15   I think that has, you know, particularly accelerated in, you

16   know, the last, you know, number of years.

17   Q.  And how, if at all, has Google responded to that increased,

18   elevated focus on issues around privacy?

19   A.  I think it's led us to continue to invest in it, both in

20   the sense of investing and growing the teams working on these

21   areas, but, also, you know, increasing the degree to which we

22   expose, like I said, both these controls, but, also, sort of

23   explaining to people in context as well as in help centers and

24   other things exactly what's happening with respect to user data

25   in the context of Google products; again, so that people have

1    that -- like I said, that transparency, and hopefully

2    that comfort with what's happening, but, also, like I said,

3    different choice points.

4            One of the things we really find to be true with

5    privacy, it's not a one-size-fits-all thing.  That some people,

6    you know, sort of take it to an extreme and want very, very,

7    you know, sort of, you know, ironclad controls over what

8    personal data that they're willing to put in an online context

9    in the first place.  Whereas, other people would happily have a

10    little bit more of their personal shared with their product and

11    service, if it means they get more utility out.

12            So, like I said, those things are -- wind up in

13    balance with each other, and different users we find want

14    different choice points on that spectrum.

15    Q.  Does Google face competitive pressure in the area of

16    privacy?

17    A.  Yes, absolutely.

18    Q.  How would you describe the competitive pressure that Google

19    faces in this area?

20    A.  I would describe it as falling in at least a couple

21    different categories.  First would be competitive pressure from

22    other search engines, be it general purpose or more specialized

23    ones with, you know, a range of different privacy practices and

24    approaches.

25            Another would be in the context of the mobile

1    operating system and device space.

2           And the third would be, particularly as we see people

3    seeking information from a much wider array of types of

4    products, things like Facebook, Instagram, TikTok, et cetera,

5    and privacy practices.  I would say, generally speaking, in the

6    advertising industry as well, getting called into question, I

7    think what we find there is that oftentimes privacy practices

8    being used one place in the industry tend to have a spillover

9    effect for how people think about, sort of, tech more broadly.

10          And, so, that's something that we do find influences,

11   you know, perception.  It's not just what we do, but it's also

12   what's happening, like I said, in the industry more broadly

13   that affects both how we're perceived and how we need to think

14   about the issues.

15   Q.  To what extent does Google consider competitive benchmarks

16   in assessing whether to make changes in privacy practices or

17   features?

18   A.  We certainly try to be aware of what's happening, again,

19   across other parts of the industry for the reasons I just

20   described.  But what we -- the way we think about it is the

21   goal is not necessarily to sort of meet for a line-by-line the

22   approach of any particular competitor, in part because our

23   products don't line up, you know, sort of one for one in many

24   cases, in terms of how they work or why they work the way they

25   do.

1    So, I would say it's something we keep an eye on.

2    It's something that, you know, certainly is one of, you know,

3    many sort of data points into, you know, how we approach or

4    think about our problem.  But when we're designing, whether

5    it's a product overall, a new feature, or a privacy control or

6    capability, end of the day the question is:  How do we do

7    what's right for our users?

8    And that's the -- any time you're designing a product

9    there is judgment, at the end of the day, about how to balance

10    a multitude of factors, and that's how we try to approach it.

11    Q.  Allen, could we put back up slide 2, please?

12    All right.  I would like to talk in more detail about

13    each of these layers.  So, first, secure by default.

14    And can we go to slide 3, please?

15    What is shown on this slide?

16    A.  This is an example of three different security features

17    that we provide to users.  So the first on the left is we

18    proactively monitor logins to Google accounts.  And if we see

19    an attempted login that comes, for example, from an unfamiliar

20    device or location that we've never seen before, we'll send you

21    an alert at a known place that we believe is you and say, can

22    you just verify that this is you trying to login, versus

23    someone in Kansas City, perhaps maliciously, trying to access

24    your account?

25    We find this goes a long way to prevent malicious

1    login attempts.

2           The second is something we call safe browsing.  So,

3    the notion here is we do a bunch of work to understand, across

4    the internet at large, where are websites that have dangerous

5    content.  By that I mean malware or other things that are known

6    to be, you know, sort of deeply harmful.  And before a user,

7    for example, clicks on or visits a cite -- in this case in

8    their Chrome browser -- we will pop up and say, the place

9    you're about to go is known to be very dangerous.  Strongly

10   consider going back to safety.  And we encourage people to

11   think twice or, perhaps, three times before proceeding onto

12   those known dangerous places on the web.

13          The third on the right is a service that we offer

14   through Google One, which is our premium subscription offering.

15   And this is a VPN, or virtual private network, and what this

16   does is, for a user who opts into it, helps to add sort of an

17   even deeper level of security around their online behavior.

18   So, for example, making the traffic that they're sending over

19   the network be encrypted by default.

20   Q.  For the security alert feature, does Google use a user's IP

21   address as one input in identifying whether a login might be

22   suspicious?

23   A.  Yes.

24   Q.  All right.  So, turning now to the second layer, private by

25   design.  Are you familiar with the term -- and maybe you use

1    this -- privacy-enhancing technologies?

2    A.  Yes.

3    Q.  And what do you use that term to mean?

4    A.  So, I would describe that as technical approaches to make

5    sure that we are improving privacy guarantees that we can make

6    about either our products or about how data within our products

7    is processed or handled.

8    Q.  And does Google conduct research in this area?

9    A.  We do.  Our Google research team, in addition to our

10   security and privacy research teams, do -- regularly do

11   research in this area.

12   Q.  Has Google published research in this area?

13   A.  We have published numerous examples of, you know, computer

14   science and related research on things like privacy-enhancing

15   technologies.

16   Q.  Let's go to slide 4, please.

17        Are these examples of privacy-enhancing technologies

18   that Google has pursued?

19   A.  Yes, they are.

20   Q.  And can you explain them at a high level?

21   A.  Sure.  Differential privacy is the notion that you can

22   technically guarantee that when you are processing a dataset

23   that contains personally identifiable information, that -- and

24   this is done by injecting kind of random noise into the

25   dataset, but it's a technique that guarantees that even though

1     the dataset contains personally identifiable information, that

2     no personally identify -- identifiable information -- sorry --

3     can be extracted from the end computation.

4               And, so, it's considered an industry-leading approach

5     to really guarantee that no private data can leak out of a

6     particular dataset when it's used in a product.

7     Q.  What is federated learning?

8     A.  Federated learning is a technique that was invented by

9     Google's research teams.  It relates to machine learning, and

10    the idea with federated learning is with so many people having,

11    for example, you know, mobile devices in their pocket, you can

12    do training of a machine learning model on a local device so

13    that someone's personal data can be used to improve a model.

14    But, that the -- again, the personal information stays on that

15    device and only the aggregate learnings go back to feed the

16    central model and make it better.

17              So, as an example, this is something that when

18    Gboard, which is the Google keyboard on a mobile device, learns

19    to give you auto-complete suggestions that might include things

20    like the names of people that you frequently communicate with

21    or email addresses or other things, your keyboard can learn

22    that those are auto completes for you, but that personal

23    information never leaves your device.  It's private only to

24    you.

25    Q.  And then lastly, what is homomorphic encryption?

1    A.  Homomorphic encryption is a cryptographic technique that

2    means that you can do math and other forms of simple

3    computation on top of an encrypted dataset so that you can get

4    the results without ever actually having access to see the raw

5    underlying data, which sounds a little bit --

6    Q.  Counterintuitive.

7    A.  -- counterintuitive, but that's the concept.

8    Q.  Can we go to slide 5, please?

9         And this slide shows a blog post from 2014.  What is

10   Google announcing in this blog post?

11   A.  This is a blog post announcing the introduction of

12   differential privacy to Chrome for the first time.  And what's

13   notable here, and you can see this in the first paragraph

14   that's called out here, is differential privacy had long been

15   widely accepted in academia as the strongest possible form of

16   privacy guarantee.  But, this blog post here, in 2014, was the

17   first time we're aware of that differential privacy was used at

18   scale in a real product.

19   Q.  Has differential privacy since been incorporated into other

20   Google products?

21   A.  Yes.  Multiple.

22   Q.  Can you go to slide 6, please?

23        THE COURT:  Sorry.  Maybe you're about to get to

24   this, but what does that mean in practical terms?  You know, I

25   use Gmail, for example.  How does something like differential

1    privacy, if it's incorporated or integrated into Gmail, say,

2    hypothetical, what does that look like or what does that mean

3    for the user?

4         THE WITNESS:  Would it be okay if I give you an

5    example from Google Maps?

6         THE COURT:  Fine.  Whatever.  I just threw out Gmail

7    because I didn't know if that would be applicable.

8         THE WITNESS:  So, are you familiar with -- in Google

9    Maps, you can look up, for example, a restaurant, and it will

10   show you busyness times, and it will say, you know, like --

11        THE COURT:  Right.

12        THE WITNESS:  And it will show you not just busyness

13   times based on, sort of, historical averages and things like

14   that, but also live, right now, how busy is this place?  That,

15   as you can imagine, is a very sensitive dataset involving

16   locations of real humans.  We applied differential privacy to

17   how we calculate those by busyness levels so that we are

18   guaranteed to never be exposing the, sort of, absence or

19   presence of any individual person in how we compute that data.

20   So, we very carefully protect, again, using these techniques,

21   against, like I said, individuals' information being

22   identifiably used to make those calculations.

23        THE COURT:  Does that mean -- well, I guess, say

24   hypothetically someone were to then ask -- say law enforcement

25   were to subpoena Google and want to know where somebody was at

1    a particular time, does that -- would Google have that

2    information?  Or does this kind of privacy shield that kind of

3    information from being preserved at Google?

4                THE WITNESS:  So, one of the settings that we afford

5    to our users is something called Location History.  It's

6    something that's off by default, but that a user can choose to

7    turn on.  When you turn Location History on, then Google will,

8    at your request, store individual, you know, places that you go

9    and paths that you follow.

10               So, for a user who has that Location History on and

11   saved in their Google account, that would be available, for

12   example, for a law enforcement request.  But, when we do what I

13   would call derived uses of that data, to enable, like I said,

14   you know, traffic busyness or busyness to a particular place,

15   the way we do computation over that data is such that there's

16   no individual data points that are able to sort of leak out of

17   that and into, accidently, you know, letting someone figure out

18   where a particular person was or may be.  So, it's only stored

19   in your account, cannot make its way into the products that are

20   seen by billions of people.

21               THE COURT:  Thank you.

22   BY MS. CONNOR:

23   Q.  Here, we have a blog post about federated learning.  I know

24   you already explained federated learning, and that Google had

25   invented it.  Is this the blog post announcing Google's

1    invention?

2    A.  Yes.

3    Q.  And does Google open source these privacy-enhancing

4    technologies?

5    A.  We do have a practice of open-sourcing technologies like

6    this when we feel like they can be put to good use, not just in

7    the context of our own products, but in the context of making

8    the internet overall more -- a more safe and private place.

9    The -- at the risk of stating the obvious, our products don't

10   operate in isolation.  They live in this, you know,

11   interconnected context we call the internet.

12           And, so, to the extent we can do things that make the

13   internet overall a -- like I said, a safer place, then that's,

14   we think, a good thing, you know, not just for us, but for

15   society more broadly.

16   Q.  Could you go to slide 7, please, Allen?

17           And is this blog post an example of Google announcing an

18   open source privacy-enhancing technology?

19   A.  Yes.  So, this is a blog post from back in 2019, when we

20   announced we were releasing an open source version of the

21   software library for differential privacy so that other

22   software developers, no matter what they were doing, could take

23   advantage of applying those same differential private

24   approaches to their own work.

25   Q.  I would like to turn to discussing that top layer, which

1    you described as transparency and control for users.

2          And could you put up slide 9, please?

3          What is shown here on this slide?

4    A.  This is the Google homepage.  And in the upper right there,

5    that "G" in a brown circle is what we refer to as the account

6    particle.  And when you click on that G, you would get this

7    blueish box over the top, which is an account management panel

8    that shows up and is accessible from any Google product, and

9    it's where you can easily click to access and manage many

10   different aspects of your Google account, as well as other,

11   kind of, quick settings.

12   Q.  Let's go to the next slide, please.  And let me back up a

13   bit.

14          What is a Google account?

15   A.  So, a Google account is a -- is the -- sort of what you can

16   think of as the home for your login and settings and all data

17   and information stored with your Google account.  So, it's what

18   you use to log in to Google products.  One login gets you

19   access to all of our products, and its where all of the, again,

20   transparency and control around where and how your data and

21   your settings exist, reside.

22   Q.  And is this showing the Google account?

23   A.  Yes.  This is what you would have --

24   Q.  For the homepage?

25   A.  Yes.  This is where you would get to if, on that previous

1    screen, you click on Manage your Account.

2    Q.  All right.  And can we blow up the Privacy and

3    Personalization on the desktop version?

4        Is this where a user would go to access their -- the

5    privacy tools that Google offers?

6    A.  This is certainly one place you can go to access the

7    privacy controls.  There are many other entry points to this

8    same area because we want to enable people to get to it through

9    their Google account, but, also, in context, you know, sort of

10   from the individual products themselves.  So, this is one of

11   many entry points.

12   Q.  And if we go out, again, and then go to the Data and

13   Privacy tab on the desktop.

14       Is that another entry point?

15   A.  It is, yes.

16   Q.  Can we go to the next slide, please?

17       THE COURT:  Can I ask a quick question?  Do I

18   understand you to say that it's through this interface that a

19   user can control their privacy settings across all Google's

20   products, and do it in a singular way?  In other words, you

21   don't have to do it product by product?

22       THE WITNESS:  Yes.  There are a number of settings --

23   and I think we're going to look at a few examples -- but there

24   are a number of samples that apply across-the-board.  There are

25   also some settings that are specific to a particular product

 1    because it's tied to a feature in that product.  But, this is

 2    the all-encompassing place that you can get to all of it.

 3              THE COURT:  Okay.

 4    BY MS. CONNOR:

 5    Q.  Here, this is what happens when you click on Data and

 6    Privacy.  And is this where a user can control the settings?

 7    A.  Yes.

 8    Q.  And we're on slide 11.

 9              So, I want to talk with you a little bit about the first

10    box there, History Settings.  What is that?

11    A.  So, History Settings is where a user can control what --

12    information about historical things that they have done with

13    the Google product they've stored.  So there's three main

14    settings there.  I will just briefly explain each of them.

15              Web and App Activity is what stores things like your

16    search history; so, previous searches that you've typed into

17    Google, your browser's history, sort of sites that you've

18    visited in Chrome, and things like that.

19              Location History we just talked about briefly a

20    moment ago.  Again, that one is off by default, but when a user

21    turns it on, stores locations that you have visited in the --

22    in the real world.

23              And then YouTube History, as the name would suggest,

24    stores the history of things you've done on YouTube.  For

25    example, videos you've watched previously so that YouTube knows

1    not to recommend those same videos to you again, next time you

2    come back to YouTube.

3    Q.  And we'll look in more detail, but can a user also turn on

4    or off ads personalization and personal results in Search from

5    this page?

6    A.  Yes.  Those are the two control sections on the bottom of

7    the page.  So, you can turn on or off ad personalization, and

8    can turn on or off whether your search results are personalized

9    based on that other information stored in your Google account.

10   Q.  Slide 12.

11           What is shown here on this slide?

12   A.  This is what happens when you click into that web and app

13   activity control, so that first of the history settings.  So,

14   as you can see on the left, you've got the option to, with one

15   click here, turn web and app activity off entirely.  If you

16   click that, turn it off, you get the panel in the middle, which

17   says:  Here's a quick explainer of when you turn this setting

18   off, what's going to change in your Google experience -- or, in

19   your Google product experience, right?  So new activity won't

20   be saved to your account.  We'll save the existing activity and

21   continue to personalize.

22           So, the middle panel explains the implications of

23   making that choice to turn something off.  So, here, for

24   example, new activity won't be saved, but existing activity

25   stored in your account will continue to personalize your

1   experience, unless you go back and choose to delete it, which

2   you can also do.

3          As you can see here, if the user agrees, then we give

4   one more reminder that says:  Your web and app activity is off,

5   but your historical activity has not been deleted.  If you want

6   to delete your activities, you can go ahead and continue to

7   click to delete the remainder.

8          And the reason for that is, we never want to

9   accidently delete someone's information.  We want to make sure

10  that's a very conscious choice on the part of a user because,

11  obviously, once something is deleted, you can't get back.

12  Q.  Let's go to the next slide, please.

13         What is shown on this slide?

14  A.  So, this is the sort of flip side experience.  So, again,

15  on the left, this is someone turning web and app activity back

16  on.  Again, if you turn that on, you'll get a similar explainer

17  in the middle that says:  Here's what's going to now happen, is

18  information will be saved and stored with your account.  And if

19  you go ahead and turn it on, you'll get confirmation, but then,

20  also, an encouragement to turn on a setting that we call

21  auto-delete, which is the ability, even though you're storing

22  activity with your account, to have that activity be auto

23  deleted after a specified amount of time so that you're not

24  collecting an, you know, infinite timeline of information, but

25  you have a way to time bound that to your choosing.

1    Q.  And next slide, please.

2         Is this the auto-delete option that you mentioned?

3    A.  Yes, this is the auto-delete control.

4    Q.  And can you walk the Court through the auto-delete control,

5    please?

6    A.  Yes.  So, the default, if you set up a new Google account,

7    is that we will store your web and app activity for 18 months.

8    And the left-hand here shows that that's the current state

9    you're in.  If you click on that, you can get a drop down, as

10   you see on the next two screens, to choose different time

11   periods.  So, I can say I want to keep my information, but only

12   for three months.

13        Or, actually, I really prefer that Google keep more

14   of my information because I find it useful to be able to go and

15   find searches that I did a couple years ago.  Maybe I want to

16   remember what restaurants I was looking for last time I visited

17   D.C. or whatever the case may be.  Again, if you choose, that

18   time period will confirm that the setting changed, but then,

19   also, encourage you to set up auto-delete for other Google

20   products, because we take this as a signal that you're

21   interested in privacy settings, and want to make sure you get a

22   chance to get exposed to more of them.

23   Q.  When did Google introduce the auto-delete default?

24   A.  I believe this was in 2019, maybe -- probably -- I believe

25   2019.

1   Q.  And what was the default prior to that?

2   A.  Prior to that, the default was to store this history

3   indefinitely.

4           THE COURT:  Can I ask:  Is there a reason why the

5   user can't specify the amount that they would like to store?

6           THE WITNESS:  Very fair question.  We debated that as

7   part of designing this.  Ultimately, we felt like the

8   complexity of having to specify an arbitrary timeframe made the

9   experience actually hard to use by default, and that as we,

10  again, did user research, people generally were comfortable

11  with broad time ranges.  We didn't see a lot of, you know, sort

12  of deep user demand for that real customization.

13          What we do let you do is delete any custom range that

14  you want.  So, if you say, you know, I was doing that

15  engagement ring thing back in January and, oops, I didn't think

16  about it at the time, I can go back and say just delete all my

17  searches from, you know, January of last year, or whatever the

18  case is.  So, there is that -- more of that granularity on the

19  deletion side, just to give people that agency.

20  BY MS. CONNOR:

21  Q.  How did Google choose 18 months as the default?

22  A.  Yes.  So, we first did user research to inform, again, sort

23  of our understanding of people's general preferences for these

24  types of data retention.  We also thought about what are the

25  product features and capabilities that get enabled by each of

1    these different settings, and one of the things that we felt

2    was important is recognizing that many patterns of user

3    behavior actually have sort of an annual cadence or flavor to

4    them, right?

5            Whether that's, you know, what was the name of that,

6    you know, sort of, Christmas tree lights guy that I used last

7    year, or, you know, sort of, again, what was that trip I took,

8    you know, sort of the same time last year, I want to remember

9    some information about that.  And, so, we felt like it was

10   important to have a default that was greater than that one-year

11   boundary to allow for that kind of annual seasonality to still

12   be preserved.

13           And 18 months was greater than one year and kind of a

14   round number.  We played with 13 months, but it just felt like

15   a really weird number.  18 months just felt a little -- you

16   know, it felt a little better.  And, so, that became the

17   default, but, then again, recognizing that we wanted to give

18   people room to both shorten and length that.

19   Q.  Can we go to the next slide, please?

20           What is shown on this slide?

21   A.  This is more deletion controls.  And, so, this is the idea

22   that you can both see all of your prior search history.  So,

23   any search that is -- you know, that you've done in the past

24   that's stored in your Google account, you can -- depending on

25   how far you want to scroll and how you want to search for it,

1    it's all there.

2              So -- and this shows you a little bit more about how

3    some of that deletion works.  So, then you can come in and say,

4    delete everything I've done today, delete custom range, which

5    is what we were talking about, which is delete January of last

6    year or January 17th to February 3rd, whatever date range you

7    want there.  You can delete all time or, again, you can set up

8    these auto-delete.  And, again, as it suggests here, you can

9    choose whether to delete activity across all products, or maybe

10   just, you know, what I was doing on, you know, image search

11   that particular day.

12             The only other thing I'll call out here is that on

13   that second panel that says Search History, you see where it

14   says October 29th?  If you scrolled -- all the way at the

15   bottom, if you kept scrolling on that screen, you would see all

16   the searchs done on October 29th, and that X there would delete

17   all of the searches from that day.  So, you can also kind of

18   visually inspect what's there and just say, you know, here's

19   the ones that I want to get rid of.

20   Q.  Can we go to the next slide, please?

21             And we looked earlier at a personalized ad setting.  Is

22   this showing the personalized ad on/off setting?

23   A.  Yes.  This is the setting to turn personalized ads on and

24   off.  It's something we call My Ads Center, which is an

25   experience that gives, again, both a bunch of transparency and

1    a bunch of control into what's being used to personalize your

2    ads experience on Google, and controls over how to alter or

3    change that or turn off that personalization altogether.

4    Q.  So, separately from turning ads personalization on and off,

5    is a user able to adjust their ads settings?

6    A.  Yes.  A user can, for example, see that Google has

7    identified them as someone that's interested in cars, and say,

8    please stop showing me ads about cars.  I don't want those

9    anymore.  Or any number of other categories that you can

10   imagine.  Or you can even see particular advertisers whose ad

11   content you've seen recently and say, please stop showing me,

12   or please give me more of, you know, content from this -- you

13   know, from this advertiser.

14   Q.  And when did Google introduce those additional capabilities

15   to sort of customize the ads personalization?

16   A.  The --

17   Q.  Approximately.

18   A.  The ability to turn personalized ads on and off has been in

19   place for many years.  This more robust experience I'm just

20   describing, where you can see and modify individual topic

21   category, you know, advertiser information, et cetera, that was

22   introduced -- I want to say 2021.  I may be off by some number

23   of months in one direction, but roughly in that timeframe.  The

24   last small number of years, certainly.

25   Q.  And with respect to -- strike that.

1          Does Google provide the user an ability to turn personal

2    results in search on or off?

3    A.  Yes.

4          THE COURT:  Sorry.  Can you ask the question again?

5    BY MS. CONNOR:

6    Q.  Does Google provide the user the ability to turn personal

7    results in search on and off?

8    A.  Yeah, so by default, Google will use this information

9    stored in your Google account to, in some cases, personalize

10   your search experience.  So, to give you a simple example, if

11   you have visited a website before, Google will show the link in

12   a different color than a website you haven't visited.  And it

13   might say, you last visited this website on, you know,

14   October 17th, something like that.

15         The ability to show you that tailored information

16   within the context of your search experience is something that

17   we would pull from your account history, but, you, as a user,

18   have the ability to turn that personalization off if, for

19   whatever reason, you don't want it.

20   Q.  Does Google prompt users to review their privacy settings?

21   A.  We do.  We do something called a privacy checkup, which is

22   something that we send, I believe, hundreds of millions of

23   times each year, in aggregate.  As an individual, you don't get

24   it that many times.  But, what it is, it's a reminder and an

25   encouragement to the user to go visit these controls,

1    understand what their current privacy settings are, and

2    potentially change or alter them as they see fit.

3             And, so, that's something that could come to your

4    inbox.  You get an email reminding you to take a privacy

5    checkup.  It's something that could show up in that account

6    panel that we looked at, or it's something that could show up,

7    again, as a message, you know, on your Google homepage or

8    elsewhere in one of our products.

9    Q.  Can we go to the next slide, please?

10            Is this showing the privacy checkup?

11   A.  Yes.  So, the first screen on the left is a link into the

12   privacy checkup.  So, something you can always find in your

13   Google account, if you want to go proactively do it.  But,

14   again, we do remind people to do it as well.  And then, if you

15   were to click on, no matter where you're getting the reminder

16   from, that take privacy checkup, you would get encouraged to

17   both review your web and app activity settings, review your

18   YouTube history settings, review your ad personalization

19   settings -- and then I think there's another one -- and review

20   what other people can see about your profile, so what's -- what

21   public information are you sharing about your name and

22   identity.  And then, also, what you're sharing in the YouTube

23   context.  So, all of those things we would encourage people to

24   go review, understand, alter as they see fit, and then they're

25   done.

```
 1                MS. CONNOR:  Your Honor, it's 3 o'clock, so this is a
 2       fine time for a break, if that works for Your Honor.
 3                THE COURT:  Okay.  Why don't we take a break.  It's
 4       about 3.  Why don't we resume at 3:15.
 5                I'll remind you not to discuss your testimony with
 6       anyone during the break.  Thank you.
 7                THE WITNESS:  Thank you.
 8                (Recess from 3:01 p.m. to 3:20 p.m.)
 9                THE COURT:  Ready when you are, Counsel.
10                MS. CONNOR:  Thank you, Your Honor.
11                Can we put back up the slide we were on, which was
12       18?
13       BY MS. CONNOR:
14       Q.  Why does Google offer the privacy checkup to users?
15       A.  It's very important to us that users have as clear as
16       possible an understanding of what's happening with their data
17       and their privacy in the context of Google.  And, so, the
18       privacy checkup is a way to make sure that we are encouraging
19       people as much as possible to understand what settings are
20       currently on or off with their account, and have the chance to
21       change that, if there's something that they would prefer to
22       have working differently.
23       Q.  And focusing on the last image here on the right, where it
24       says:  You've completed your privacy checkup.
25                What other information does Google provide there?
```

1    A.  So, two things I would call it here.  One is, if you would

2    like to, you can check a box to ask Google to send you more

3    frequent reminders to do this privacy checkup.  So, someone

4    who's on the relatively more privacy sensitive side of the

5    spectrum may want to do that.

6            And then the second thing that we do is, we ask

7    people to follow this up with what we call our security

8    checkup, which is a parallel checkup experience aimed at making

9    sure that people are encouraged to get their Google account in

10   the best possible protected state with respect to cybersecurity

11   and passwords and account safety and things like that.

12   Q.  Can we go to the next slide, please?

13           Is this the security checkup?

14   A.  Yes.  So, this would be three examples of possible

15   experiences you could get when you go to the security checkup.

16   You know, on the right (sic), your account is looking like it's

17   in pretty good shape.  In the middle, we've got a few

18   suggestions for you.  You know, on the right, which is the one

19   that I'll spend just a moment on, this would be an example

20   where we found a suspicious attempt of someone else trying to

21   sign in using your password.  So we're going to encourage you

22   to go look at that activity, and very likely strongly encourage

23   you to change your password because we have reason to believe

24   it's been compromised in some fashion.

25           You can imagine other types of alerts, but that at

1    least gives you an example of the types of things that we would

2    show and encourage you to do to keep your account as safe and

3    protected as possible.

4    Q.  And does the security checkup take the user through a

5    series of screens similar to the privacy checkup screens that

6    we looked at?

7    A.  Yes, it does.  Again, depending on what recommendations we

8    have for that particular account.

9    Q.  Okay.  The controls we've walked through give users

10   multiple entry points to access privacy controls.  Are some of

11   those entry points redundant to one another?

12   A.  They are, as I described a bit earlier, redundant by

13   design.  We want to make sure that users have multiple ways to

14   access these -- both checkup experiences, but, also, account

15   settings and controls.  And, so, again, the Google account is

16   always a one-stop shop to find all of this, but also making

17   sure, whether it's proactive reminders or entry points from

18   within each of our products, to send people to the controls as

19   well.

20   Q.  Does Google solicit user feedback regarding its privacy

21   controls?

22   A.  We do.  We run regular user research on many aspects of how

23   our products work, but including the privacy and security

24   controls and features.

25   Q.  Has Google observed user confusion around issues of

 1    privacy?

 2    A.  As you can probably tell walking through all of these

 3    screens, there's a fair amount of complexity here, both in

 4    terms of the number of, you know, distinct controls offered, as

 5    well as the implications for what turning one of these settings

 6    on or off, you know, does in terms of the product functionality

 7    that it alters.  So, you know, we have certainly found examples

 8    where people do not always tell us that they understand

 9    everything about this landscape.

10            We want to make this as clear and understandable as

11    possible, and, so, one of the things that we are constantly

12    looking to do and have done over the years is add more of those

13    explainers, like I showed in some of the earlier screens, in as

14    sort of, you know, simple and clear language as possible,

15    describe how these things work, and, again, what those

16    implications are.

17            Adding more help content and other things so that

18    people who are curious can be able to easily look up.  There's

19    YouTube videos that explain how these things work.  And, so,

20    you know, we're constantly trying to improve the

21    understandability and clarity and simplicity of these

22    experiences.  And, you know, that's something that we continue

23    to do to this day.

24    Q.  Can we go to the next slide, please?

25            What is shown on this slide?

1    A.  This is a page that links to our privacy policy, as well as

2    a number of other materials related to privacy and safety in

3    our products.  Both information about the Google account,

4    something called the Google Safety Center, which is where we

5    give people guidance and best practices around how to keep

6    themselves safe across Google's product landscape.  Our privacy

7    and security principles, which is more about just how do we

8    think about these topics, and kind of explaining how we

9    approach them at a high level to users who are curious about

10    that.

11          And then the bottom right one, which is our Google

12    Product Privacy Guide, goes Google product by Google product,

13    and gives specific material and explainers and guidance around

14    both privacy practices, what data is collected and used and for

15    what purpose, how it all works, and what controls are

16    available.  And it goes into a fair amount of detail for anyone

17    who wants that level and depth of information and

18    understanding.

19    Q.  Go to the next slide, please.

20          And is this the Google Product Privacy Guide that you

21    were just discussing?

22    A.  Yes.  So, this is a subset of it.  There's much more of it,

23    if you were to keep scrolling down that page.  But, you know,

24    as you can see, there's multiple, you know, bodies of content

25    around Search, Gmail, YouTube, et cetera.  And, again, that

1    would carry through to each of our products explaining, again,

2    the settings, what information is kept and stored, how it

3    actually works in terms of the product functionality with

4    respect to user data and things like that.

5    Q.  Since Google introduced the web and app activity controls

6    that we walked through, I think you said in 2019, has Google

7    introduced additional privacy controls?

8    A.  The auto-delete was introduced in 2019.  And since then,

9    yes, we have introduced a number of additional privacy

10    controls.

11    Q.  Can we go to the next slide, please?

12         What is shown here?

13    A.  This is the Google Search app.  So, the -- again, you see

14    the account particle in the upper right there, that "G" with

15    the circle.  And if you were to click on that account particle,

16    you would see the panel on the right here.  And there's two

17    things I'll call out here.  One is one-click ability to turn on

18    incognito mode in the Search app.  It is something I talked

19    about coming to Chrome a number of years ago.  This is bringing

20    it directly to the Search app, as well.

21         And then, also, this Delete Last 15 Minutes.  And so

22    this is one-tap access to delete the last 15 minutes of your

23    search history.  So, again, whether it's the engagement ring

24    example or I'm planning a surprise party for someone or

25    whatever else I'm doing that I just don't want others to be

1    able to easily stumble upon, I can quickly, in the moment,

2    right in context say just, you know, delete what I've been

3    doing for the last 15 minutes.

4    Q.  Can we go to the next slide?

5          So, we discussed earlier, within a user's Google

6    account, they can see their searches and delete specific

7    searches or days or time periods.  Can a user also delete a

8    search within the interface of Google Search?

9    A.  Yes.  So, this is -- you know, Google Search, either, I

10   believe, in the app or in your browser, you know, as you may

11   know, if you click on the search bar, you can see recent

12   searches that you've typed in, if you've got your history

13   configured to allow for that.  And in both cases, again, mobile

14   and laptop here, anytime you see one of those recent searches,

15   with one click delete it in context, as well.

16          So, if you happen to stumble across something that

17   you've done and you say, oops, maybe I don't want that out

18   there, X.

19   Q.  And directing your attention to the mobile screenshot on

20   the left.  The reference there to incognito mode, what is that?

21   A.  Incognito mode, again, is something that existed in Chrome

22   for a long time.  We brought a similar capability to the Search

23   app in recent years.  And the idea there is that, again, in the

24   context of a search experience, you can temporarily go into,

25   again, what we call incognito mode, which means that anything

1    you do while you're in that incognito mode -- and the app will

2    change its look to remind that you're in that mode -- that any

3    queries or histories will not be stored with your Google

4    account for anything that's done in incognito mode.

5    Q.  And shifting gears slightly.

6        Are you familiar with About This Result?

7    A.  Yes.

8    Q.  Can we go to the next slide?

9        THE COURT:  Can I interrupt you for a moment?

10       So, primarily we've been talking about privacy

11   settings through Google web page or the Google app, but what

12   about use of Google if you're using it through a browser like

13   Safari?

14   A.  We don't have a lot of control over the user interface that

15   gets exposed through Safari, so we have limited ability to

16   influence what happens there.  But, in Chrome, for example, we

17   would aim to expose these similar types of capabilities.  It

18   would be -- or practice is to have these types of capabilities

19   as many places as possible.  Again, some places we have

20   relatively more control and agency over the user interface than

21   others.

22       THE COURT:  New question.  I think I've understood

23   you to say that most of these settings -- well, at least you've

24   described them as reachable once somebody has signed in to

25   their Google account.  What if somebody is not signed in?

1        THE WITNESS:  So, if you're not signed in, by

2    definition, there's no Google account, so we can't associate

3    anything with it.  We will still log search information in

4    Google's logs, which we use to improve our products and prevent

5    fraud and abuse and all sorts of other things, but that login

6    would not be tied to your user ID, you know, your login.  It

7    would typically be tied to what you can think of as an

8    ephemeral identifier, instead, something like a cookie or,

9    otherwise, a temporary ID.

10        THE COURT:  So if you're not signed in, are you

11    essentially anonymous in terms of Google's transparency into

12    seeing who's using the service?

13        THE WITNESS:  So, we don't have any way to tie signed

14    in -- or, sorry -- signed out usage back to individual humans.

15    What we do in the signed-out state is we will use very short

16    time windows to group together queries based on those temporary

17    IDs so that you can use an initial search to influence the

18    results in a subsequent one.

19        So, an example here might be, if I type in travel and

20    then I type in Alaska and then my next search is cruises, you

21    could get a suggested auto-complete to cruises for Alaska based

22    on the fact that three minutes ago, you just told us you were

23    interested in Alaska, whereas maybe that wouldn't be the

24    default, you know, auto-complete without that signal.

25        You can think of it as, like, a 20 minute-ish window

1    of time where we'll use that context to improve the search

2    results because we know oftentimes when people are doing repeat

3    searches, they're on a topic and finding different ways to, you

4    know, explore it.

5            THE COURT:  And is somebody who is signed out still

6    identifiable by the IP address that the person is associated

7    with?

8            THE WITNESS:  We do --

9            THE COURT:  Device address.

10           THE WITNESS:  We do log IP addresses with signed-out

11   searches, but they're not a particularly reliable way to

12   identify back to a given individual, given that ISTs tend to

13   rotate them pretty regularly.

14           THE COURT:  Okay.  Thank you.

15   BY MS. CONNOR:

16   Q.  What is shown on this slide?

17   A.  This is something called About This Result, which is

18   another feature we introduced in the last year or two.  And the

19   idea here is next to each search result, you can click a little

20   icon and get more information about that result and how and why

21   it's showing up for you.

22           So, as an example, this is a result someone clicked

23   on about managing your search history or deleting your

24   information.  Tells you this is a web page that's coming from

25   Google, the company.  This result is not personalized to you.

1    So this is the same result that anyone doing the search, you

2    know, would see.  And it also tells you that it is showing up

3    for you because of these particular terms that you typed into

4    the search box, and it's a page that's in English.

5              It just gives you any information we have about why

6    this page is showing up in relation to not just Google's index

7    in general, but your own history, as well.

8              THE COURT:  I'm sorry.  This comes up how?

9              THE WITNESS:  There's a little -- I believe it's

10   three dots, but there's a little icon next to each such result,

11   if you hover over it, and if you click on that, it would show

12   up.

13   BY MS. CONNOR:

14   Q.  Why did Google build this feature?

15   A.  We built this feature as another example of how to give

16   users more transparency about why they're getting the results

17   and the experiences they are.  So, one of the questions we

18   sometimes heard was, okay, I'm looking at this page of search

19   results.  Is this the same set of ten results that anyone would

20   see, or is this stuff I'm seeing because I just searched for

21   Alaska or because, you know, I've been researching, you know, a

22   different -- you know, a different topic?

23             And, so, it's a means to have a space to give people

24   whatever information we can about ways that their search

25   results may be personalized or tuned to their recent or

1    historic activity.

2    Q.  Does Google have a similar feature for search ads?

3    A.  We do.  We have a similar feature for ads.

4    Q.  Could we go to the next slide?

5         Is that what's shown here?

6    A.  Yes.  So, in a similar way, there's also a little icon next

7    to each ad that, if you click on, you would get this experience

8    which tells you, first of all, what advertiser is this ad

9    coming from, in case you're interested in that information, and

10    then why are you seeing this ad.  So, in this case, it says,

11    you know, it's based on your approximate current location,

12    areas of interest that we have, you know, estimated you to have

13    and, you know, a few other things.

14         And then, again, you can click to get more

15    information either just about how does this ad personalization

16    thing work in general, or, hey, what settings are currently on

17    in my account with respect to ads?  And, again, you can go

18    alter them, as we've already walked through.

19         And similarly, this is something that we heard

20    interest from people in understanding, okay, I'm seeing this

21    ad, but who is really behind it?  Right?  Who is it that is

22    trying to sell me this thing that's showing up?

23         And people were interested in using that as a way to

24    better understand whether they, in fact, wanted to transact

25    with this business or not.

1  Q.  Can we go to the next slide, please?

2      Okay.  You see here a chronology.  I believe through the

3  course of our discussion, we have covered most of the features

4  on this page.  I believe all of them, other than I wanted to

5  direct you to an entry for 2010, the two-step verification.

6  Can you explain what that is?

7  A.  So, two-step verification is something that we strongly

8  encourage people to turn on for their Google account.  And the

9  idea there is, if you're logging into your account from an

10 unfamiliar device or location, we will prompt you to do an

11 extra step of verification.  So, you might be familiar that

12 sometimes a site will ask you to do an search market share

13 verification or to send you a pass code in your email, things

14 like this.

15      There is, you know, more modern ways to do this, as

16 well, through using phones and other things, but this was our

17 initial version of using that two-step verification for Google

18 accounts, which turns out to be an incredibly important tool in

19 keeping accounts protected from malicious activity.

20 Q.  One more question for you, actually.  In 2020, the

21 long-press incognito, what does that refer to?

22 A.  So, we looked at incognito mode in the Google Search app.

23 It's, you know, a mode you can go into to turn on that

24 temporary incognito state.

25      In 2020 we also introduced an affordance, sort of a

1    UI mechanism where if you long press on that account particle,

2    that G in the circle, it will automatically put you into

3    incognito mode and, again, change the experience -- the look of

4    the experience to show you that's the mode you're in.  So,

5    again, just finding ways to make it easier to access this stuff

6    in any way that we can.

7    Q.  I would like to ask you some questions about a consumer

8    council meeting in June of 2019.  Did you serve on the consumer

9    council at that point in time?

10   A.  I did.

11   Q.  What was the purpose of the consumer council?

12   A.  The consumer council was a group of executives responsible

13   for our major consumer products who would come together on a

14   topic-by-topic basis to discuss and give teams steer on issues

15   that had implications beyond or across more than one of our

16   products.

17   Q.  Do you recall a meeting in June of 2019 at which DuckDuckGo

18   and privacy was discussed?

19   A.  Yes.

20   Q.  Who presented at that meeting?

21   A.  I don't recall who the individual was that presented, but I

22   recall it being someone from the Search team.

23   Q.  And what was discussed at that meeting?

24   A.  Roughly speaking, what was discussed was a proposal from

25   someone or a team of people within the Search team to examine

1    whether we could or should build more privacy features into

2    Google Search in an attempt to be more at parity with the

3    approach that DuckDuckGo was taking, and speaking quite loudly

4    and broadly about it at the time.

5    Q.  Was IP address logging one of the features or differences

6    between DuckDuckGo and Google that was discussed in that

7    meeting?

8    A.  Yes.  To the best of our understanding, and at least the

9    way that they explained it, DuckDuckGo does not log IP

10   addresses, whereas, as we've discussed, Google does for many

11   reasons, including that it's an important fraud and abuse

12   signal for us.

13   Q.  And coming out of that meeting, did you gather more

14   information about the reasons that Google logs IP addresses?

15   A.  Yes.  One of the things that I took as an action in coming

16   out of that meeting was to go and talk with Ben Smith, who

17   is -- or who was, at the time, a Google fellow, which was our

18   senior-most engineering rank, and one of our deepest experts in

19   Google's infrastructure and search systems, and to explore with

20   him the question of what would it mean or what would it take if

21   Google were to stop logging IP addresses.

22          We did have that conversation, and relatively quickly

23   came to the conclusion, in part based on Ben's expert insight,

24   that removing the logging of IP addresses from Google would not

25   only be a deeply, deeply invasive change, to the point of

1    almost being infeasible, but, also, that it would have very

2    negative implications for our ability to keep users and our

3    systems safe because of all the ways that we rely on it for

4    those, I guess, safety use cases.

5    Q.  Was logging of what's called a user agent another practice

6    that was identified at this meeting?

7    A.  Yes.  That was another difference that was identified

8    between what we understood to be DuckDuckGo's approach or

9    practices and Google's.  And similarly, here, we -- the belief

10   was that user agent is -- so, a user agent you can think of as

11   an identifier that will tell you what type of a device a query

12   is coming from.

13          So, it might say you're coming to Google on a Safari

14   browser on, you know, a Mac, or you're coming from a Google

15   Pixel Phone or you're coming from, you know, Chrome on a

16   Windows device, that sort of thing.  And that information is

17   particularly useful to us because it helps us to determine what

18   sort of user interface is best to present to you.  Or maybe

19   there's performance things that we can do that are specific to

20   a particular type of device.

21          But, basically, that was just to optimize the

22   experience for the type of device, as well as to understand, in

23   aggregate, what types of devices people are using to come to

24   Google so we can make sure that we are testing them

25   appropriately and things like that.

1    Q.  And you referenced earlier a temporary ID.  Was associating

2    queries with either a temporary ID or with one's Google account

3    another difference identified between DuckDuckGo and Google?

4    A.  It was --

5              THE COURT:  Sorry to interrupt.

6              Before you go off the user agent issue, so, maybe

7    I'm -- just follow through with that thread, is your testimony

8    that DuckDuckGo is doing something different with respect to

9    this user agent concept than Google?

10             THE WITNESS:  What DuckDuckGo reported, and was

11   our -- the best of our understanding was that DuckDuckGo did

12   not log user agents with their search logs.  So, whereas Google

13   in each -- every time someone does a search at Google, there's

14   a log entry written that includes things like that IP address,

15   the user agent, the words of the query that were typed in,

16   things like that.

17             What we understood to be DuckDuckGo's practice is, is

18   they would not log that IP address.  They would not log that

19   user agent.

20             THE COURT:  And a user agent is just information

21   about the device?

22             THE WITNESS:  Yep, exactly.

23   BY MS. CONNOR:

24   Q.  And was associating queries with a temporary ID, in the

25   case of a signed-out user, another difference between Google

1    and DuckDuckGo that was identified?

2    A.  Yes.  Again, to the best of our understanding -- so, let me

3    back up.

4          We spoke a moment ago about examples where Google

5    will, for short periods of time, use a chain of queries done

6    together to influence and improve the results.  In order to do

7    that, again, we rely on some kind of temporary ID to understand

8    that it's the same person doing those several searches.

9          Our understanding was that DuckDuckGo did not use

10   those types of temporary IDs and, therefore, also was not doing

11   what you would call in-session customization, but, instead,

12   looking at every query independently.

13   BY MS. CONNOR:

14   Q.  Is it Google's view that using the in-session customization

15   provides a user with a better search experience?

16   A.  Yes.  We -- as you may have -- as you may have heard

17   already, we do lots of experimentation in the context of our

18   search experience, including lots of regress measurement of

19   when we introduce a new feature or capability, is it beneficial

20   to user?  Does it cause them to come back and search more?  You

21   know, other things which would indicate user happiness.

22          And the features that -- you know, that we choose to

23   include beyond the experiment phase are ones that we believe

24   are, like I said, measurably beneficial to the user experience,

25   including things like this in-session use of context to improve

1    results.

2    Q.  What was your view coming out of that meeting as to whether

3    the changes to Google's incognito mode along the lines of what

4    was being proposed would improve the user experience for Google

5    users?

6    A.  I was not --

7              THE COURT:  I'm sorry.  I don't understand the --

8              MS. CONNOR:  Sure.

9              THE COURT:  -- where we got to changing incognito

10   mode.  So, can you link up the two?

11             MS. CONNOR:  Sure.  So, let me back up -- well, let

12   me restate the question.

13   BY MS. CONNOR:

14   Q.  At the meeting, you were discussing some differences

15   between Google and DuckDuckGo, right?

16   A.  Yes.

17   Q.  And whether to change Google's search product to remove

18   those differences; is that --

19   A.  That was one specific proposal that this team had brought

20   to the table in that discussion.

21   Q.  So, with respect to that proposal whether to change Google

22   Search practices to make them more parallel to DuckDuckGo, what

23   was your view coming out of the meeting as to whether that

24   would be a change that would improve the experience for

25   Google's users?

1    A.   My personal review -- my personal view was that things like

2    logging or not logging IP address and user agent and the like

3    were not likely to be things that swayed most users' opinions

4    and views of Google as a relatively more or less private

5    experience, and that were likely other things that we could do

6    that were both more understandable and visible to people, but

7    that also probably had a deeper material impact on their actual

8    privacy.

9    Q.   And then sitting here today, after you've joined the Core

10   Team and delved deeper into privacy issues, has your view

11   changed?

12   A.   It has not.

13   Q.   And did Google introduce the specific proposal that was

14   discussed at that June of 2019 meeting?

15   A.   We did not.  As with many topics at Google, there was

16   vigorous debate in the context of that conversation.  But,

17   ultimately, the Search team we delegated follow-up from that

18   conversation decided that there were other privacy, you know,

19   improving things that they could do with Search that would be

20   higher impact and made more sense for, you know, the vast

21   majority of our users.

22   Q.   Has Google introduced other privacy-improving features

23   since that meeting in 2019?

24   A.   We have, including many of the ones you see in the

25   subsequent years on the slide, and that we've walked through

1    examples for today.

2    Q.  You took over leadership of Core, I believe, in 2020,

3    right?

4    A.  Yes.

5    Q.  Has Core's Privacy, Safety -- has Core's Privacy, Safety &

6    Security team grown since you joined in 2020?

7    A.  It has.  In particular, we saw significant expansion and

8    growth in those teams in both the 2021 and 2022 timeframe, both

9    increasing, you know, sort of the number of employees working

10   on these areas, and, also, increasing, you know, sort of the

11   resources going towards things like, sort of, marketing and

12   other dollars to help explain, you know, these practices to the

13   world more broadly.

14   Q.  Why did Google expand that team?

15   A.  We rely deeply on our users' trust as kind of a foundation

16   of how we work.  We offer a lot of free products.  People

17   choose to come to them because they want to.  And we believe

18   strongly that one of the things that enables and encourages

19   people to keep using Google is a sense that they can trust not

20   only the quality of the experiences that they're going to have,

21   but the safety of their own, you know, information and

22   experiences.  And, so, it's very important to us to be

23   investing in strengthening that sense of trust that users can

24   have, like I said, not just in quality, but also in things like

25   data practices and the like.

```
 1              MS. CONNOR:  Thank you, Your Honor.  I have no
 2     further questions at this time.
 3              THE COURT:  All right.  Thank you, Counsel.
 4              All right.  Cross-examination from DoJ plaintiffs?
 5              MR. HOFFMAN:  Yes, Your Honor.  Ian Hoffman for the
 6     United States.
 7                        CROSS-EXAMINATION
 8     BY MR. HOFFMAN:
 9     Q.  Good afternoon, Ms. Fitzpatrick.
10     A.  Good afternoon.
11     Q.  My name is Ian Hoffman, and I represent the United States
12     in this matter, and I'll have some questions for you today.
13              I would like to start out with your presentation,
14     specifically slide 24.  Do you have that in front of you?
15     A.  I do.  Give me a moment.
16              It's very small, but I do have it.
17     Q.  Right.  Right, it is very small.  It says:  About This
18     Result.
19              And then at the very top of the phone screen -- I think
20     that's a phone screen -- it says About This Results.
21              And then even in smaller letters, it says:  Beta.
22              Do you see that?
23     A.  I do.
24     Q.  Can you tell me what "beta" means there, in this context?
25     A.  Beta is a label that we often apply to brand-new features
```

1   that have just been rolled out, often to signal to the user

2   that they may still be undergoing change or evolution as we

3   learn and innervate based on feedback that we get and things we

4   learn.  We often can learn a lot more once a product or feature

5   is out in the wild, seeing usage at scale, than we can just

6   when we're testing in a lab or with a handful of people.

7   Q.  So, this is a privacy feature that's just been rolled out;

8   is that correct?

9   A.  Yes.  This is a relatively recent one.

10  Q.  Okay.  Thank you.

11       So, I take it, based on your testimony today, that

12  protecting user information is important to Google, right?

13  A.  Yes.

14  Q.  Okay.  And many Google employees invest effort thinking

15  about how to keep user information secure and private; is that

16  right?

17  A.  That is correct.

18  Q.  And one Google employee who thinks a lot about privacy is

19  Lorraine Twohill; is that right?

20  A.  That is right.

21  Q.  And for background, Ms. Twohill is Google's chief marketing

22  officer; is that right?

23  A.  That's correct.

24  Q.  And she's held that position for about 14 years?

25  A.  That sounds about right.  I don't know the exact dates,

1    but, yes.

2    Q.  Okay.  And when Ms. Twohill is not working at Google, she

3    also serves on the board of directors of Palo Alto Networks; is

4    that right?

5    A.  I believe that's correct.

6    Q.  And Palo Alto Networks is a multinational cybersecurity

7    company; is that right?

8    A.  I believe so.

9    Q.  So, all of that is just to say that Ms. Twohill knows about

10   protecting information online; is that right?

11   A.  Yes.  Her primary responsibility is worldwide marketing for

12   Google.  So, she's first and foremost a marketing expert, but

13   she has long cared deeply about topics like privacy.

14   Q.  Okay.  And sometimes Ms. Twohill even describes herself as

15   privacy obsessed, right?

16   A.  I haven't specifically heard her use that phrase, but it

17   wouldn't surprise me.

18   Q.  We'll get to it later.

19        So, with all that background in mind, let's take a look

20   at UPX0981, which is an email written by Ms. Twohill.

21        MR. HOFFMAN:  And, Your Honor, this document has

22   already been admitted into evidence.

23        My I approach, Your Honor?

24        THE COURT:  Um-hum.

25        THE WITNESS:  Thank you.

1    BY MR. HOFFMAN:

2    Q.  It will be on the screen, too.

3    A.  Thank you.

4    Q.  All right.  Do you see this document, UPX981?

5    A.  Yes.

6    Q.  Okay.  And this is an email from Ms. Twohill to Sundar

7    Pichai, Rahul Roy-Chowdhury, you, and Luiz André Barroso; is

8    that right?

9    A.  Yes.

10   Q.  And we know who you are, and we know who Mr. Pichai is,

11   but, Mr. Roy-Chowdhury and Mr. Barroso are both former senior

12   vice presidents at Google; is that right?

13   A.  They were both vice presidents at Google.

14   Q.  Okay.  Not senior vice presidents.  Just vice presidents?

15   A.  Yes.

16   Q.  Okay.  Thank you.

17        But, you, today, are a senior vice president, right?

18   A.  Right.

19   Q.  Okay.  Congratulations.

20             So, this is an email from Google's chief marketing

21   officer to three other senior Google executives, plus Google's

22   chief executive; is that right?

23   A.  That is correct.

24   Q.  Okay.  And the date of this email is January 9th, 2021.

25   So, this email was written roughly three years ago; is that

1    right?

2    A.  Almost.

3    Q.  Right.  33 months, we could say, right?

4    A.  That sounds about right.

5    Q.  Okay.  Okay.  And the title of this email is:  Today is

6    Privacy -- Today is Data Privacy Day, so please read.

7         ; is that right?

8    A.  Yes.

9    Q.  And is Data Privacy Day routinely celebrated at Google?

10   A.  It's a internationally recognized day in the industry.

11   Q.  Okay.  And, so, in this email Ms. Twohill writes:  As today

12   is international Data Privacy Day, check out our homepage.  And

13   privacy has been on my mind, as well as all of yours, for some

14   time.  I want to share some thoughts.

15        ; is that right?

16   A.  Yes, that's what it says.

17   Q.  Okay.  And then halfway through the paragraph Ms. Twohill

18   continues:  And we have made a lot of progress, but our

19   challenges are even greater.  We need more velocity.

20        ; is that right?

21   A.  Yes.

22   Q.  Okay.  And then Ms. Twohill continues:  Since I know you

23   all agree, and I know, Sundar, that you have been thinking

24   about this, too, I want to share my random thoughts here as,

25   hopefully, somewhat useful and actionable.

1        Do you see that?

2   A.  I do.

3   Q.  Okay.  And finally, Ms. Twohill writes:  What I think we

4   need.

5        Do you see that?

6   A.  Yes.

7   Q.  It's a little further -- okay.  You see it.  Good.

8   A.  Um-hum.

9   Q.  So, let's look at some of the privacy-related changes that

10  almost three years ago, 33 months ago, Ms. Twohill thought

11  Google needed to make.

12       So, if we turn to the bottom of page 2 of this

13  exhibit -- and that's Bates number ending in 846 -- in the

14  middle of the page, there is a Section 2.  Do you see that?

15  A.  Yes.

16  Q.  It says:  Privacy is a future products making meaningful

17  change.

18       Do you see that?

19  A.  I do.

20  Q.  And then below that, there's a subsection that says:

21  Giving users more transparency and control over their data.

22       Do you see that?

23  A.  Yes.

24  Q.  Okay.  And then the first suggestion that Ms. Twohill makes

25  that I want to ask you about is the one titled:  Apps have to

 1    ask permission to access data.

 2          Do you see that?

 3    A.  I do.

 4    Q.  And Ms. Twohill goes on to say:  Not just assume that all

 5    of Google can access.  By asking users' permission to link

 6    their inbox with Maps, we can avoid trigger moments, like hotel

 7    reservations showing up in Maps.  Or at least we show a card

 8    the first time it happens to explain that App A knows this info

 9    from App B.  Vault could be a great answer here.

10          Do you see that?

11    A.  I do.

12    Q.  And, so, the "trigger moment" that Ms. Twohill cites is

13    when a user realizes that Google Maps has been automatically

14    reading their Gmail account; is that right?

15    A.  I wouldn't describe it as Maps automatically reading your

16    Gmail account, but having access to shared information that's

17    part of the Google account.  But, yes.

18    Q.  Okay.  Thank you for the explanation.

19          And it's still the case today that Maps has automatic

20    access to a Gmail account; is that right?

21    A.  The way that our privacy policy works today, information

22    that is stored in association with your Google account can be

23    shared and used by other Google products.  We do that because

24    it enables a lot of cross-product useful features.

25    Q.  And Google has the engineering capability to de-link Gmail

1    from Google Maps, right?

2    A.  I'm not quite sure what it would mean to "de-link Gmail

3    from Google Maps."

4            But, we certainly could implement the ability to

5    restrict access to various data stores.  But, instead, in this

6    case, the approach that we have typically taken is to do more

7    of the explainer cards, like Lorraine mentions here.  I don't

8    know specifically the example of hotel reservations and Maps

9    and how that works today, but we have, over the years, layered

10   in more moments where if there is cross-product data usage

11   happening, to put, again, in context, you know, again, one of

12   those information bubbles and allowing users to understand that

13   and, of course, to control it, as well.

14   Q.  So, in the 33 months since Ms. Twohill made this privacy

15   suggestion, to the best of your knowledge, Google has not

16   adopted it; is that right?

17   A.  There are, as you can see, many, many, many suggestions in

18   this document from Ms. Twohill, some of which were already in

19   progress when she wrote it, some of which have subsequently

20   been implemented, and some of which the many expert teams who

21   worked on these, you know, have decided not to pursue.  But, in

22   this specific example, I don't believe that we have wholesale

23   implemented this particular bullet.

24   Q.  Okay.  Thank you.

25           And I absolutely agree, there are many recommendations.

1    We'll talk not all -- about all of them.  I'm not going to put

2    you through that.  But we will talk about a few.

3         All right.  Let's look at a second privacy suggestion

4    that Ms. Twohill made, and this is near the bottom of page 2.

5    We're still on page 846.  And this is -- the headline is:  All

6    products to be transparent on data usage.

7         Do you see that?

8    A.  Yes.

9    Q.  And then it says:  What is tracked?  What it is for?  What

10   is in it for the user?  Give users the ability to turn off any

11   of the data in any of the products in a way that they want.

12   Introduce 100 percent comprehensive and consistent data use

13   labelling any time and everywhere we use data.

14        Do you see that?

15   A.  I do.

16   Q.  So, Google tracks a variety of information about its users,

17   right?

18   A.  Yes.

19   Q.  And here, Ms. Twohill suggested that Google should be

20   transparent about whatever data it tracks, right?

21   A.  That's what it says, yes.

22   Q.  And she further suggested that users should have the

23   ability to prevent Google from tracking whatever information

24   the users wanted to keep private; is that right?

25   A.  Yes.

1    Q.  Okay.  And, so, to take just one example, Google tracks

2    user information as granular as their mouse movements; is that

3    right?

4    A.  I don't believe that mouse movements are tracked by default

5    for all users, but it is something that we would look at in an

6    experimental context to better understand user behavior on a

7    particular page.

8    Q.  And Google has a patent for tracking mouse movements,

9    right?

10   A.  I'm not familiar with it, but it wouldn't surprise me to

11   learn that.

12   Q.  And Google has the engineering capability to allow its

13   users to opt out of mouse tracking, right?

14   A.  I would imagine that is possible.

15   Q.  Okay.  But, in the 33 months since Ms. Twohill made this

16   privacy suggestion, to give users the ability to turn off data

17   tracking in any way that they want, Google doesn't even

18   specifically inform users that they're being tracked at that

19   granular level, does it?

20   A.  I'm not aware of the full degree of every disclosure that

21   we've ever made, so I can't confirm what we do or don't say

22   specifically about mouse movement.  But, what I do know is that

23   I'm not familiar with any indications we've gotten from users

24   that they have seen that as a concern.

25   Q.  Okay.  Could that be because users don't even know their

1    mouse movements are being tracked?

2    A.  It's possible.  As I said, it's not something I'm aware of

3    that is a widespread practice.

4    Q.  Okay.  All right.  Let's -- thank you for the answer.

5         Let's look at a third privacy suggestion that

6    Ms. Twohill made.  This is at the bottom of page 2.  We're

7    still on page 846.  And this one is headlined:  Make it easier

8    for users to delete data.

9         Do you see that one?

10   A.  I do.

11   Q.  Okay.  And here, Ms. Twohill continues:  Streamline the

12   current path.  Go to Google Account, click on Data and

13   Personalization, click on My Activity, click on Delete, and go

14   from there.  By further improving the Delete actions in Google

15   account, and surfacing Delete Activity in key product surfaces

16   make Delete feel easy and immediate.  Let's more aggressively

17   surface Auto-Delete options and make it easier for people to

18   access the tool.

19        Do you see that?

20   A.  I do.

21   Q.  And Ms. Twohill here referred to the auto-delete setting;

22   is that right?

23   A.  Yes.

24   Q.  And that's something that you talked about, the auto-delete

25   setting, in your direct testimony, right?

1    A.  Yes.

2    Q.  And that setting allows users to choose how long Google

3    stores their activity on the web before it is automatically

4    deleted, right?

5    A.  And their search history, as well, yes.

6    Q.  And their search history.

7         And -- and today, the default for storing web and app

8    activity is 18 months; is that right?

9    A.  Correct.

10   Q.  Okay.  By my count, it took ten clicks, by looking at your

11   demonstration, for a user to change the 18-month default; is

12   that correct?

13   A.  I have not specifically counted.  But, as I said, there are

14   multiple different entry points to get to that experience.  I

15   would imagine that the number of clicks it takes would differ,

16   depending.  We do, as I also showed, put a few confirmation

17   screens after the fact to make sure that users clearly

18   understand what the choice is that they've made and the

19   implications of it.  But, I have not specifically counted.

20   Q.  So, changing your auto-delete default is not just a click

21   away, is it?

22   A.  Changing auto-delete is not a single click because that is

23   a significant choice that has major implications for how many

24   parts of your Google experience behave.  But, delete, itself,

25   as you saw through the many examples, is something that we have

1    made great efforts to expose through one-click mechanisms, be

2    it quick delete in search for the last 15 minutes, individual

3    one-click delete of individual results wherever they show up,

4    as well as one-click delete of individual days when looking at

5    your history overall.

6    Q.  Right.  And we -- or, rather, you -- I don't want to take

7    credit for your testimony -- you talked about the 18-month

8    default, right?  And you said, at some point, Google considered

9    a 13-month default because that sort of covered the season, and

10   that might have worked well, right?

11   A.  Correct.

12   Q.  Okay.  But you said:  13 months seemed weird.

13        Was that right?

14   A.  As we user-tested 13 months, people questioned why 13

15   months.  It was sort of an odd, non-round-feeling number, and

16   people tend to like more round-feeling numbers.  And 18 months

17   felt more like a round number that people were more comfortable

18   with, rather than trying to have to go through the cognitive

19   load of:  Why 13?

20   Q.  Okay.  So, for the benefit of using a round number, Google

21   defaults to saving an additional five months of user data; is

22   that right?

23   A.  For the benefit of ease of user comprehension and the

24   ability to quickly get through an experience without extra

25   cognitive overhead.

1    Q.  Google has considered, internally, using a slider to allow

2    users to choose how long their information will be stored

3    before it's auto-deleted, right?

4    A.  I believe that may have been one of the proposals that was

5    floated as we were designing this larger capability.

6    Q.  For the benefit of the Court, could you explain what a

7    slider is?

8    A.  A slider would be a bar that you can drag to one end or the

9    other to indicate more of something or less of something, and

10   to be able to put that slider at arbitrary points along that

11   spectrum.

12   Q.  You say, "arbitrary points."

13        But, if a user knew they wanted to have only one month

14   and they were able to slide the slider to one month, that

15   wouldn't be arbitrary to the user, would it?

16   A.  Perhaps my words weren't precise.

17        At any number of different points along -- you can

18   have a slider with a handful of choices, which is the same

19   thing as the drop-down with the three choices.  You can have a

20   slider that has many, many, many more choices.  So, it is a

21   product design choice to do a drop-down versus a slider, as

22   well as how many different options to provide by default.

23   Q.  Well, you said a drop-down would be the same as a slider,

24   but a drop-down has limited options, right?  In this case,

25   Google gives --

1    A.  My point was simply, you could design a slider that had

2    only three options, as well.  You can pick the number of

3    choices available through a slider.

4    Q.  Sure.  Sure.  Point well taken.

5         But, at the same time, Google -- I think there's been

6    testimony earlier, Google has 18,000 Ph.D.s working for it.  At

7    the same time, Google could design a slider that has infinite

8    amounts of possibilities, right?

9    A.  "Infinite" is hard to express in a user experience.  But,

10   let's say many, many.

11   Q.  Okay.  Many, many more than three, right?

12   A.  Certainly.

13   Q.  And the minimum amount of time that could be selected on a

14   slider for information to auto-delete could be as low as one

15   day, right?

16   A.  It could be.

17   Q.  Or could be even less than a day, right?

18   A.  Yes, it could be.

19   Q.  Okay.

20   A.  We didn't make that choice because we felt like users who

21   were that privacy sensitive were likely to want that feature

22   off in the first place, and some of our research corroborated

23   that.  The relative product utility of all of those different

24   distinctions becomes hard to distinguish once you add a

25   sufficient number of points of granularity.

1    Q.  Okay.

2    A.  The other challenge with the more choices that you add in

3    terms of timeframes, the more different states you have to be

4    able to technically enforce and maintain through all of

5    Google's data storage systems.  So we also felt that there was

6    value in having a smaller number of default choices because it

7    made it easier for us to guarantee and verify and test on an

8    ongoing basis that those choices were, in fact, being, you

9    know, enforced as -- you know, according to the user's wishes.

10   Q.  And I appreciate that answer.  It's helpful and

11   enlightening.

12        I just want to make sure it's the case that the three

13   options that Google gives its users for auto-delete right now,

14   that's a design choice and not a choice that's forced on Google

15   by their lack of engineering capability; is that right?

16   A.  That was a design choice.

17   Q.  Okay.  Thank you.

18        And you talked about user research that Google had done

19   in coming up with the design choice of 3, 18 and 36 months; is

20   that right?

21   A.  Correct.

22   Q.  Okay.  And so let's look at the document that's labeled

23   UPX0996.

24        MR. HOFFMAN:  And, Your Honor, this document has

25   already been admitted into evidence.

1          THE COURT:  Okay.

2     BY MR. HOFFMAN:

3     Q.  This is an email, and attached to this email, on page 4,

4     which is Bates numbered ending in 952 -- I'll let you turn to

5     that.  Or you can look on the screen.

6     A.  You said 952?  Yes.

7     Q.  Yep.  Okay.  Is a slide deck titled:  Assistant quality

8     review:  Privacy and logging readout.

9          Do you see that?

10    A.  I do.

11    Q.  And now I'll ask you to turn to page 29 of the slide deck,

12    which ends in Bates number 977.  I'm sorry.  There's a lot

13    flipping.

14         Do you see the two graphs on this page?

15    A.  I do.  I can only read the left-hand one, but --

16    Q.  Yeah.  I'm sorry.  I don't mean to cut you off.

17         Yeah, let's -- is it possible to blow up the graph on

18    the left-hand side?  Yeah, there we go.

19         Can you read it better now?

20    A.  Yes.  Thank you very much.

21    Q.  Okay.  Great.

22         Thank you, Ms. Cassidy.

23         If you look at the title of the graph on the left-hand

24    side, you can see that the topic of this survey that Google

25    performed is about Google collecting search history and

1    browsing activity; is that right?

2    A.  That is correct.

3    Q.  And then -- unfortunately you can't see it now, but maybe

4    if you look on your paper, if you look at the bottom of the

5    page, you can see that Google surveyed 1,000 users; is that

6    right?

7    A.  I see that, yes.

8    Q.  And now I'm going to ask you to turn to the next page,

9    which is Bates number 988.

10        And I'm going to ask Ms. Cassidy to blow up the graph on

11    the right-hand side.

12            THE COURT:  Sorry.  Do you mean 978?

13            MR. HOFFMAN:  Yes.  I think I had the -- 978, that's

14    right, Your Honor.  I was passed a note that said the same

15    thing.

16    BY MR. HOFFMAN:

17    Q.  And so we're clear, are you looking at this graph that

18    says:  How long do you want Google to store this data?

19    A.  Yes, that's what I'm looking at.

20    Q.  And this is a survey that Google did of 1,000 users, and

21    what it found is that 17 percent of users prefer Google not

22    keep their data at all; is that right?

23    A.  I believe that's what it says.  I can't quite read the X

24    axis.

25    Q.  And then, if we move over one section to the right, it

1    shows that 32 percent of users prefer that Google keep their

2    data between one day and one month, right?

3    A.   Yes.

4    Q.   Okay.  And collectively, 17 and 32 is equal to 49 percent

5    of users, right?

6    A.   That sounds like the right math.

7    Q.   And 49 percent is roughly half; is that right?

8    A.   Just about.

9    Q.   Okay.  Yet, in the auto-delete settings -- I know you're an

10   engineer.  I don't need to -- I know you knew that was half.

11       Yet, in the auto-delete settings that we looked at, the

12   default option that Google set for its users is 18 months,

13   right?

14   A.   That is the default setting for the reasons I explained

15   prior.  I would also point out that there's two different

16   controls to address that 17 and the, say, 32 and 25 buckets.

17   The offsetting is the one that's designed for that never

18   bucket.

19       But, I will also say that surveys like this we use as

20   one data point to inform how we design these product features.

21   We would never choose defaults or elements of product design

22   based purely on what users tell us in survey research.  There's

23   always multiple factors that leads to what will make a good

24   product.  And, so, you know, this is input that would feed into

25   the team, not something that would yield direct, you know,

1    connection to what the numbers are that we choose.  Again,

2    multiple factors would feed into that.

3    Q.  Right.  But when you cited for me the reasons that Google

4    chose the three default time periods for auto-delete, one of

5    the reasons you cited to me was Google's user research, right?

6    A.  Again, it's absolutely something that informs how we think

7    about it.  It's just one of many inputs that does.

8    Q.  Okay.  Thank you.  You can put that document aside.

9        And now I'll ask you to turn back to UPX981.  This is

10   Ms. Twohill's email.

11   A.  Um-hum.

12   Q.  And I'll ask you to turn to page 3 of this document, which

13   is -- ends in Bates number 847.  And I'll ask you about a

14   fourth privacy suggestion that Ms. Twohill made.  This is at

15   the top of page 3, and the title of this suggestion is:  Give

16   users the option to choose from prepackaged setting bundles,

17   low, medium, high.

18       Do you see that?

19   A.  I do.

20   Q.  And Ms. Twohill goes on to write:  Based on user profiles,

21   e.g., recommended to set data retention to three months,

22   actionable in a simple one-click way; you could choose the type

23   you want, e.g., full anonymity, balanced setting, enable all

24   data sharing, and this applies automatically across all Google

25   settings, like the privacy slider idea we had years ago.

1              Do you see that?

2    A.  I do.

3    Q.  And we've already talked about Google having the

4    engineering capability to create a privacy slider.

5    A.  That was specifically in the context of auto-delete.

6    Q.  Okay.  Does Google not have the engineering capability, in

7    this context, to create a privacy slider?

8    A.  If I'm understanding the suggestion here correctly, it's to

9    create a single slider that would operate over all of the

10   privacy controls, and that is, I believe, an idea that was

11   considered and tossed around.  There are many ideas that get

12   considered --

13   Q.  Of course.

14   A.  -- across Google over time.  But what we discovered as we

15   dug further into it -- as the team dug further into an idea

16   like this, is that users didn't neatly fall into these types of

17   clean user profiles when it came to:  I want everything in one

18   place versus everything -- well, for example, you might have a

19   user who is a deep and heavy YouTube user who wants to make

20   sure that their YouTube query is set to save for, you know,

21   many years so that YouTube can recommend me things based on

22   what I've viewed before and not showing me duplicate videos and

23   things like that.

24              But, maybe I consider my search history to be much

25   more personal and private and I want to keep that for a shorter

1    amount of time.  And that's one example.  But, what we found is

2    that it wasn't mapping cleanly to how users, themselves,

3    expressed their choices and the reasons behind these choices,

4    and, instead, giving people more granular controls was a better

5    way to meet their expectations.

6    Q.  Okay.  It's probably my fault for bringing up the privacy

7    slider here, because what Ms. Twohill recommends in this fourth

8    privacy suggestion is creating user bundles of low, medium, and

9    high privacy.

10          So, the question that I should have asked that I'll ask

11   now is:  Does Google have the engineering capability to create

12   these privacy bundles that Ms. Twohill describes in her fourth

13   privacy suggestion?

14   A.  I don't imagine that it would be technically prohibitive to

15   have a setting that would control multiple settings underneath

16   it.  Again, as I explained in my last answer, which I was

17   speaking about this entire suggestion, not just the privacy

18   slider, which is more of just a UI detail for how you would

19   expose that to users, we didn't find that this concept of user

20   profiles matched to how users, themselves, thought about those

21   choices.

22   Q.  Okay.  So, in the 33 months since Ms. Twohill made this

23   privacy suggestion, Google hasn't created prepackaged privacy

24   setting bundles for users to choose from; is that correct?

25   A.  We have not.  And, as I said before, we have lots and lots

9061

1    and lots of ideas that get brought to the table all the time,

2    including from our senior-most executives who care lots about

3    these issues.  That does not mean that every idea that gets

4    suggested is determined to be the right one to pursue or, you

5    know, sort of the ones that make sense.

6         But, there are many things throughout this very long

7    list of suggestions, like I said, that either were, at the

8    time, in the early stages of being implemented, or have been

9    implemented since.

10   Q.  Okay.  Thank you.

11        So, let's look at a fifth privacy suggestion that

12   Ms. Twohill made.  This is also near the top of page 3, which

13   is Bates numbered 847, and it's just below the headline that

14   says:  Creating more visible, ownable privacy products and

15   brands.

16        Do you see that headline?

17   A.  I do.

18   Q.  And then what -- it's already been called out, is the

19   suggestion that reads:  Vault keeping my most important

20   documents off the grid, like a private cloud for sensitive

21   health info, taxes, property deeds, passports, et cetera.

22        Do you see that headline?

23   A.  I do.

24   Q.  And then Ms. Twohill goes on further to write:  The vault

25   idea has been knocking for many years now.  A clear product

1    opportunity exists to give people ultimate control and keep

2    their most valuable digital stuff safe.

3         Do you see that?

4    A.  I do.

5    Q.  And Google has the engineering capability to create Google

6    Vault as described in this email, right?

7    A.  It's not exactly clear what the vault idea is proposing in

8    a technical sense.  But, certainly, Google has the technical

9    ability to, you know, cordon off data and keep it separated

10   from other types of data.

11   Q.  But in the 33 months since Ms. Twohill made this privacy

12   suggestion that would provide a way to, in her words, give

13   people ultimate control and keep their most valuable digital

14   stuff safe, Google has not enacted it, right?

15   A.  We have not enacted this specific idea.  We found that, in

16   general, people perceive Google Drive, which is where much of

17   this type information tends to reside, as already quite a safe

18   place to keep personal, private information.  We have

19   introduced a similar concept, for example, in Google Photos.

20   So we introduced -- I believe it's call a locked folder -- I

21   might have the exact word wrong -- in the Google Photos

22   experience.  So if you have photos stored in your account that

23   you consider particularly private, be it a photo of your

24   passport or, you know, a photo of that engagement ring, to

25   go -- you know, to go back to that example, that you want to

1    make sure is not available to someone whom you might hand your

2    phone to scroll through your vacation photos, is stored in a

3    separate, locked place that would require, you know, a reentry

4    of password or other sort of authentication to be able to

5    access.

6            So, it's a concept we've been looking at introducing,

7    just not exactly in the way proposed here.

8    Q.  Okay.  It's something you're looking at, but haven't

9    enacted yet?

10   A.  Again, we have enacted it in specific examples.  For

11   example, the Google Photos context.  We have not done a

12   singular vault, to my knowledge.

13   Q.  Okay.  Thank you.

14           Let's look, then, at a fifth privacy suggestion that

15   Ms. Twohill made.  This is on the -- excuse me.  We're on to

16   the sixth privacy suggestion.  My fault.  This is in the middle

17   of page 3.  We're still on page 847.  And this one is called:

18   Make incognito mode truly private.

19           Do you see that one?

20   A.  I do.

21   Q.  And what Ms. Twohill wrote is:  Make incognito mode truly

22   private by strengthening it with a free VPN, making it for

23   signed-in only users, turning cookie blocking on by default,

24   ensure sections/tabs disappear by default after a period of

25   time, and adding cautionary language at moments like 3-P sign

 1    in.

 2         Is that third-party sign in?

 3    A.  Yes.

 4    Q.  Okay.  We are limited in how strongly you can market

 5    incognito because it is not truly private, thus, requiring

 6    really fuzzy, hedging language that is almost more damaging.

 7         Do you see that?

 8    A.  I do.

 9    Q.  Okay.  And Ms. Twohill talks about a VPN here.  Is a VPN a

10    virtual private network?

11    A.  Yes.

12    Q.  And a VPN protects its user by encrypting their data and

13    masking their IP addresses, right?

14    A.  Right.

15    Q.  And a VPN hides browsing activity, identity, and location;

16    is that right?

17    A.  I believe so.

18    Q.  Okay.  Now, to go back to your engagement ring example that

19    you've given a couple of times.  And you talked about if a user

20    is in incognito mode and they're searching for engagement ring,

21    the value of incognito mode is their partner won't come and use

22    the computer and then find out they're about to be proposed to,

23    right?

24    A.  Correct.

25    Q.  But, it's still the case, if someone is searching in

1    incognito mode, that their Google profile is tracking that

2    search, right?

3    A.  If someone is searching in incognito mode, my understanding

4    is those searches are not stored with their Google account.  I

5    think what Ms. Twohill is referring to when she talks about

6    incognito mode not being truly private is that, as I explained

7    when you referenced, incognito mode was designed, really, to

8    solve for that, "Oops, someone saw something I didn't intend

9    them to see" use case.

10          So, really, in that shared device context.  I think

11    many of us have devices in our life that, you know, other

12    people have access to, and, so, incognito was specifically

13    designed to kind of address that reasonably common user pain

14    point.  It was not designed to meet all possible privacy

15    scenarios.

16          So, as an example, depending on, you know, sort of

17    how your account or internet access is set up, there may be

18    other entities that have access to view your online activity,

19    be that your employer, your IT admin, you know, things like

20    that.  Educational institution, if you're accessing.  And, so,

21    incognito does not guarantee preventing those types of

22    entities, for example, from being able to access that type of

23    behavior.  It really was designed, like, for that first use

24    case that I described.

25    Q.  Right.  So, the person using the computer could still get a

1    targeted ad about engagement rings, right?

2    A.  If the user is signed in, that information, I believe,

3    would not be stored with their Google account; therefore, the

4    ads would not -- that history information would not be used to

5    target subsequent ads.

6         Similarly, if a user is signed out, that temporary ID

7    would go away after the incognito section.  And, so, the

8    ability to target ads would go away after that, as well.  That

9    is my understanding.

10   Q.  Okay.  Okay.  I want to make sure I understand this,

11   because I think it's an important point.

12        If a user is logged into Google and using incognito mode

13   and makes a search -- we understand that, right, incognito mode

14   won't -- will prevent that search from being saved on that

15   device, right?

16   A.  It will prevent it from being stored in that user's account

17   history.  I -- it will prevent it from being stored in the

18   account history.

19   Q.  But the user's Google account still realizes that the user

20   has searched for engagement rings, right?

21   A.  Only for that short duration of that session, that sort of

22   20-minute conceptual window that I talked about.  Again, that

23   search information is not logged into the search history when

24   it's done in incognito mode.

25   Q.  All right.  So in the 33 months that Ms. Twohill made this

1    particular privacy suggestion about including a VPN -- I mean,

2    I guess I'm just torn.

3        What's the benefit of including an incognito mode if the

4    search disappears after 20 minutes?  Why would it be important

5    to have a VPN with incognito mode, if the search isn't still

6    tracked to one's Google account?

7    A.  The general idea behind the VPN is to prevent people being

8    able to sniff traffic going over the network.  So, it's a

9    different type of, sort of, attempting to look at online

10   activity.  It's an extra layer of protection that you can add.

11   But, it doesn't have so much to do with the search itself so

12   much as to how that traffic is treated when it goes over the

13   wire.

14   Q.  All right.  So, to wrap up the sixth privacy suggestion, is

15   it the case that in the 33 months that Ms. Twohill made this

16   privacy suggestion, Google still hasn't adopted it?

17   A.  Google has made numerous improvements to incognito mode and

18   the ability to access it, as we looked at it earlier, but we

19   have not implemented this specific suggestion as outlined here.

20   As I said, it's a long list of things, some of which we have

21   chosen to take forward and others of which we have not.

22   Q.  And that's not for lack of engineering capability, right?

23   A.  I would not describe it as for lack of engineering

24   capability.  There are many, many things at any given point in

25   time that we can do to improve our products, and we have to

1    make choices, you know, every day about which ones we believe

2    are going to be most beneficial, both in terms of providing

3    utility to users, as well as helping drive their understanding.

4         And that's the framework that we use to think about

5    which ones do we put in front of the queue when we choose to

6    develop things?  We do have many, many people who work on these

7    areas, but it's not an infinite set, so we're constantly

8    making, you know, like I said, choices and judgement calls to

9    the best of our abilities.  And, like I said, the goal for us

10   is to be constantly making things better.

11   Q.  Okay.  All right.  Let's take a look at the seventh privacy

12   suggestion that Ms. Twohill made.  And this is on the top of

13   page 4, which ends in Bates number 848.  The headline on this

14   one is:  Accelerating potential changes in ad retargeting.

15        Do you see that?

16   A.  I do.

17   Q.  And then Ms. Twohill says:  This is one of the top triggers

18   for users when it comes to concerns that Google tracks them and

19   shares/sells their information with third parties.  Explore

20   options ranging from making it easier for people to opt out in

21   the moment, e.g., stop personalized ads from ^Me button, to

22   changing timing of retargeting, e.g., increased time lapse or

23   specificity, e.g., less specific.  Accelerate efforts underway

24   within ads to address this and improve the consumer experience.

25        Do you see that?

1    A.  I do.

2    Q.  Okay.  Google users can be retargeted by ads today, right?

3    A.  Yes.  That's a lot of what that -- My Ad Center experience

4    that we looked at earlier was designed to give users additional

5    agency and control around, I guess, in terms of both what

6    topics as can be targeted to them on in the context of their

7    Google experience, as well as, like I said, particular

8    advertisers, brands, et cetera that they may want to see more

9    or less of.

10          So, this is an area where, once again, I don't know

11   that, you know, sort of word-for-word this suggestion was taken

12   and implemented as described here.  But, we have made

13   additional, you know, investments and controls and transparency

14   available in this general area.

15   Q.  And Google users can be retargeted by ads today with no

16   delay; is that right?

17   A.  I don't know specifically whether there's a delay or not.

18   Q.  Okay.  And the default is that Google users are retargeted;

19   is that right?

20   A.  The default is to use information in a Google -- in a

21   Google user's account to give them more personally relevant

22   ads, because we believe that leads to higher-quality ads and a

23   more relevant information-seeking experience.

24   Q.  And Google has the engineering capability to increase the

25   time lapse, as Ms. Twohill suggested, for retargeting ads,

1    right?

2    A.  I admit to not being an expert on the targeting of our ad

3    systems, so I can't, sort of, categorically state that.  I

4    don't imagine, if there's some time boundary, that it's

5    difficult to increase it.  But, again, that is one where I

6    don't actually know the details well.

7    Q.  So, to the best of your knowledge, in the 33 months since

8    Ms. Twohill made this privacy suggestion, Google hasn't delayed

9    the timing for ad retargeting, has it?

10   A.  Not that I'm familiar with.  But, again, this is not a part

11   of our system that I'm deeply familiar with.

12   Q.  Okay.  Thank you.  All right --

13              THE COURT:  Can I ask a clarifying question?

14   Increased time lapse, can you explain what you understand that

15   to mean?

16              THE WITNESS:  I'm not sure I fully understand what it

17   means, but give me a second to think about it in an attempt to

18   give you an answer.

19              I think what -- my interpretation of what it would

20   mean would, say -- if I, let's say -- get away from engagement

21   rings and pick a different example.

22              If I am searching for a new pair of running shoes, I

23   could, very soon after that, start to see ads for other running

24   shoes in different contexts.  And I think what she's

25   suggesting, is that there would be more of a time lag between

1    when I do that initial search and those related ads would start

2    to show up to help address the user perception that we

3    sometimes hear, that searches are being used to, you know, sort

4    of follow you around with ads.

5    BY MR. HOFFMAN:

6    Q.   Following up on that, Ms. Twohill thought users were

7    triggered by that behavior, right?

8    A.   I believe she used the word "trigger" elsewhere.  I don't

9    recall the specific context.

10   Q.   Okay.  Well, do you see where she wrote:  This is one of

11   the top triggers for user?

12   A.   Oh, yes, I do see that.  My apologies.

13   Q.   So, I guess Ms. Twohill felt there were multiple times

14   Google's practices triggered its users, right?

15   A.   We have -- we have heard concern from people with

16   perception that ads on the internet broadly can feel like they

17   are following them, for lack of a better word.

18          It's important to point out that some of that is

19   attributable to how Google's ad sessions may work, but users on

20   the internet generally don't perceive a distinction between

21   when an ad is coming from Google and its own, you know, sort of

22   advertising practices, versus one of the many other, you know,

23   ad providers out there.

24          So, I would say, this is an area where there is some

25   confusion in the world, or sort of in the industry, at large,

1    in terms of how advertising on the internet, broadly speaking,

2    does or does not work.

3    Q.  Right.  Okay.  So, I promised you I wouldn't go through all

4    30 of Ms. Twohill's suggestions, so I'll ask you about the

5    eighth one, and then we'll move on.

6          So, the eighth privacy suggestion that Ms. Twohill made

7    is -- that I would like to talk about with you is one near the

8    bottom of page 5.  This is on Bates number 849.  That -- do see

9    that one?

10   A.  I do.

11   Q.  Okay.  And the headline here is:  Create ads free,

12   private-paid Google, Google One.

13         And then Ms. Twohill goes on to write:  For very

14   privacy-sensitive individuals, provide them an option through

15   Google One to use Google Search and Chrome completely ads free.

16         Do you see that?

17   A.  I do.

18   Q.  And Google One is a subscription service that offers

19   expanded cloud storage for the consumer market; is that right?

20   A.  Among other features, yes.

21   Q.  And it costs 1.99 a month?

22   A.  I believe there may be a couple different tiers at this

23   point, but I believe that's the baseline tier.

24   Q.  Okay.  So one of Ms. Twohill's ideas was with this

25   $24-a-year subscription, users could access an ads-free Google

1    experience, right?

2    A.  I don't know that she's implying it would have to be $24 a

3    year, but for some price, yes.

4    Q.  Fair point.

5        And, I mean, you know what question is coming.  Google

6    has the engineering capability to offer an ads-free experience,

7    right?

8    A.  It is not an engineering problem to not show ads.  It is

9    a -- generally speaking, a user problem.  Because many of the

10   questions that people bring to Google are commercial in nature,

11   and often one of the best ways we have to answer those

12   questions is with commercial information, which tends to come

13   from our advertisers.

14       So, it turns out that removing ads from the

15   experience actually has pretty significant costs in terms of

16   overall quality of information that we're able to provide back

17   to people.  And that's one of the reasons we put so much effort

18   and attention into the quality of the ads and the relevance of

19   them, including sometimes showing fewer ads to make sure that

20   the ones we do show are, in fact, useful and relevant.

21   Q.  Sure.  I get that and that makes sense.

22       But, Ms. Twohill, in this -- in this eighth privacy

23   suggestion, she wasn't suggesting a universal ads-free

24   experience, was she?  She was targeting it at the very

25   privacy-sensitive individuals, right?

1    A.  Yes.  But, again, it's not always the case that a user is

2    saying I want extreme privacy, understands the implications of

3    that in terms of product quality and information quality that

4    they're able to get back.  And, so, a consideration for us --

5    again, talking about judgment being needed in all aspects of

6    product design -- you know, in our judgment, it creates a worse

7    product experience, on balance, to miss out, like I said, on

8    that wide body of commercial information that comes to us

9    through ads.

10   Q.  So you think if someone who considered themselves a very

11   privacy-sensitive individual said, you know, I would really

12   like an ads-free Google experience, that the fact is that they

13   probably just don't understand, and that would be a worse

14   experience for them?

15   A.  I would not suggest to characterize what any individual

16   person, you know, is thinking about Google.  What I would say

17   is:  We have not determined that there are, you know, enough

18   people that both would be interested in a capability like this

19   at the price that it would likely take, you know, sort of to do

20   it in an economically, you know, sort of feasible way, and to

21   have a positive-enough product quality experience that it

22   wouldn't actually, you know, sort of hurt them in unintended

23   ways.

24           So, again, as with many things, it's a

25   multidimensional price list.  But, for many of those reasons,

1    we have certainly looked at proposals like this, you know,

2    probably multiple times over the course of Google's history.

3    We have not chosen to pursue this as a specific product

4    offering, and that's been a deliberate choice.

5    Q.  Okay.  Thank you.

6         And, then, just to wrap up this email, next page, ending

7    in Bates number 850.  The top of page 6, Ms. Twohill signs her

8    email:  Your privacy obsessed pal.

9         Do you see that?

10   A.  I do.

11   Q.  And Ms. Twohill cares about privacy, doesn't she?

12   A.  She does.  She cares about our users very deeply.

13   Q.  I just want to ask you about one other document.  It's

14   UPX1044.  Do you see that in your --

15   A.  I do.

16   Q.  Okay.  And attached to this email is a report, and the

17   report begins on the Bates number that ends in 717.  And, so,

18   I'll ask you to turn forward to there.

19        You have to flip quite a bit.

20   A.  I'm there.  I'm just trying to get a little bit of context

21   of what it is that I'm looking at.

22   Q.  Sure, sure.

23   A.  Okay.

24   Q.  And the title of this report is:  A reintroduction to how

25   Google uses personalization in Search.

1            ; is that right?

2    A.  Yes, that's what it says.

3    Q.  And, then, at the very top, where it says "author by" line,

4    do you see that?

5    A.  Yes.

6    Q.  And the author is Danny Sullivan; is that right?

7    A.  Yes.

8    Q.  You know who Mr. Sullivan is?

9    A.  I do.

10   Q.  For the benefit of the Court, can you tell us?

11   A.  Of course.  Danny Sullivan works in our Search team, and he

12   often gets called on to explain various dimensions of how

13   Search works to the public.

14   Q.  Okay.  He's like the Search ombudsman, maybe; is that

15   right?

16   A.  I don't know if I would use the word "ombudsman," but he is

17   certainly the search explainer.  How about that?

18   Q.  Okay.  That works for me.

19        So, I will ask you to flip forward one page, to 718.

20   And do you see the section here that says:  Personalization

21   rarely changes rankings?

22        It's, like, a third of the way down.

23   A.  Yes, I do.

24   Q.  Okay.  And, then, I'll read the third paragraph below that,

25   that subhead.  It says -- and this is written by Danny

1    Sullivan, right?

2    A.  I assume so, given he's listed as the author.  I don't know

3    whether other people helped to author it, but, certainly, he's

4    listed as the primary author.

5    Q.  Okay.  So Danny Sullivan, the search explainer who is the

6    primary author of this document writes:  When someone searches,

7    the words they enter into the search box generally provide all

8    that's necessary to deliver good results.  The query itself,

9    not any data about the user, is by far the most powerful signal

10   for which results are most relevant and useful.

11          ; is that right?

12   A.  Yes.

13   Q.  Is that your understanding, too?

14   A.  I think that's an accurate characterization, yes.

15   Q.  Okay.  Thank you.  I appreciate your time.

16          MR. HOFFMAN:  And I have no further questions.

17          THE COURT:  Counsel, what's your anticipated

18   length of --

19          MR. KAUFMANN:  Five minutes.

20          THE COURT:  Okay.

21                    CROSS-EXAMINATION

22   BY MR. KAUFMANN:

23   Q.  Good afternoon, Ms. Fitzpatrick.

24   A.  Good afternoon.

25   Q.  My name is Steven Kaufmann, representing the State of

1    Colorado.

2        Under the systems that Google currently has in place,

3    certain realtime data about user search activity is valuable to

4    advertisers; is that right?

5    A.  I believe so, yes.  For example, the query that a user

6    types in, which you could characterize as realtime data, is

7    very relevant to what ads get shown.

8    Q.  In addition to the query that the user types in, Google

9    also provides to advertisers information about the user beyond

10   that in terms of selling ads; is that right?

11   A.  The information that would get shared with an advertiser is

12   very reflective of the types of information that you would see

13   in that My Ad Center experience that we looked at.  So

14   high-level information around things like inferred age or, you

15   know, broad income bracket, or inferred interests like

16   things -- like I said, cars or running shoes or, you know,

17   other topics that may be inferred based on the user's history.

18   Q.  The other type of data that Google provides to advertisers

19   to help them is location data, as well; is that right?

20   A.  In certain contexts, location data can also be a signal

21   used to target an ad.  An individual user location would never

22   be shared directly with an advertiser.  We have very strict

23   policies that prohibit sharing or selling of personal

24   information with third parties without explicit user consent.

25        But, Google could allow an advertiser, for example,

1    to target, say, you know, things around the National Mall, and

2    then know that a user, based -- if they have their location

3    history turned on, was in that area, and then make that match.

4    Q.  Even --

5    A.  I hope that's clear.

6    Q.  Even if the user does not have their location history

7    turned on, their IP address and user agent will give an

8    approximate location, correct?

9    A.  We can and do use IP address to infer a general -- what we

10   refer to as sort of core-screens location for a user.  It's not

11   foolproof.  IP addresses can lead to incorrect inferences in

12   terms of location.  But it tends to be a reasonably

13   high-quality signal, and it is one that we do use.

14   Q.  And Google uses that type of data realtime in its

15   auction-time bidding offering; is that correct?

16   A.  I am not deeply familiar with auction-time bidding.  But,

17   we do certainly use realtime location in the context of ad

18   targeting.  Again, with the important caveat that an advertiser

19   can never see an individual user's specific location.

20            MR. KAUFMANN:  Thank you.

21            THE COURT:  All right.  Any redirect?

22            MS. CONNOR:  Briefly, Your Honor.

23            I would like to pull back up UPX981, the email from

24   Ms. Twohill.  And can we go down to the Bates page ending in

25   46?

```
 1                    REDIRECT EXAMINATION

 2   BY MS. CONNOR:

 3   Q.  And you were asked by Counsel for the DoJ some questions

 4   about this last bullet:  Make it easier for users to delete

 5   data.

 6        Has Google enacted changes to make it easier for users

 7   to delete data?

 8   A.  Yes.  As we walked through in our earlier discussion, we've

 9   made numerous changes to ease of access to deletion, more

10   reminders for people to go proactively look at those deletion

11   controls, and more ability for people to quickly delete either

12   individual results in context, be that in Search or Maps or

13   Maps or other products, but, also, from that Google account

14   surface.

15   Q.  And can WE go to the Bates page ending in 49, please?  And

16   the bullet on:  Creating ads-free/private.

17        And you were asked some questions about this bullet as

18   well.  If a privacy-sensitive individual would like to ensure

19   that advertisements are not personalized to that user, is there

20   an option for them to do that on Google?

21   A.  Absolutely.  They can go and turn off ad personalization in

22   their Google account.

23   Q.  And you explained that based on your review, some of the

24   suggestions here were either already in progress or have since

25   been subsequently implemented.  And without sort of going
```

1    through each of them, can you give the Court an example or two

2    of proposals that were either already in progress or have since

3    been implemented?

4    A.  Sure.  Give me just a brief moment to scan this quickly

5    because we've discussed it a lot here.

6         Increasing user-facing reassurance, as in product --

7    we talked about this a little bit -- but, we have put many

8    moments in context in our products, both to explain what's

9    going on in terms of a particular type of result or a

10   particular type of feature that may be using information from

11   across products.  So, that's definitely an area that we have

12   invested and then seen numerous launches on.

13        Let's see.  I'll pick one or two from each section

14   here.  And we already talked about making it easier for users

15   to delete data.  That's certainly been an area, including this

16   being transparent on data usage, right?  Some of the things,

17   like the increased Google account settings, have been all about

18   transparency.

19        Continue to improve Google account as a single

20   destination for users' privacy and security choices.  We do

21   continue to invest in the Google account, both in terms of

22   making it more robust in terms of its capabilities, but, also,

23   again, that explainability, ease of access.  Making sure that

24   it truly does serve as that one-stop shop for anything that you

25   need to inquire about, understand, or change in terms of your

1    Google account experience.

2          And, again, you saw the robust partial list of

3    explainers on a product-by-product basis that live within there

4    and that we continue to build out as we get questions or

5    indications thereof.

6          Maybe the other I'll call out, since there's a number

7    of suggestions here on ads.  Privacy Sandbox is referenced on

8    the page ending in 848.  That's an effort that's been underway

9    for multiple years now, and the idea there is to -- is that

10   Google is trying to help, not just ourselves, but the

11   advertising and publishing industries, sort of at large, move

12   away from a reliance on third-party cookies, which are a means,

13   today, that are very widely used to do both ad targeting and ad

14   measurement.

15         And this Privacy Sandbox is an effort, again, sort of

16   led by Google, to try to drive an industry-wide, agreed-upon

17   approach for how to move away from third-party cookies and

18   towards more privacy-preserving ways of doing both ad targeting

19   and measurement.

20         As you can imagine, getting the entire advertising

21   industry, tech industry, and publishing industry all aligned on

22   a new approach to do something takes some time and convincing.

23   So, we are working our way there, and are now sort of several

24   iterations into, sort of, design and work here on Privacy

25   Sandbox.

1          So, this one remains a work in progress, but this is

2    a very, you know, sort of serious effort on our part, and one

3    that we are very motivated to continue to push forward, again,

4    because we think it's a good thing for users, advertisers, and

5    publishers alike if we can get there.

6          Let me see if there's maybe one other that I would

7    call out in the interest of time.

8          There's a whole section here that we haven't talked

9    about yet around security.  I think one of the things on the

10   back of Ms. Twohill's email that we collectively realize is

11   that we were doing immense amounts of work on cybersecurity,

12   and had been for many, many years.

13         But, we were doing maybe not quite as good a job as

14   we maybe could of telling that story to our users and to the

15   world, so that's an area where we really have amped up not only

16   our explaining capability, but, also, some of our marketing or

17   other efforts you may have seen.  Newspaper, you know, ads or

18   billboards or other things that talk about how Google is

19   keeping more people safe online than anyone else in the world.

20   That was a, sort of, direct outcome of these types of

21   conversations.

22         I could -- I'm happy to go further, if you would like

23   more, but those are, in the interest of time, a few examples.

24   Q.  We have two minutes or so, so let me ask about one more.

25         On the page 847, can we call out the Improved Ad

1    Settings at the bottom of that page?

2        And is this a feature that Google has rolled out since

3    the time of this?

4    A.  This suggestion is very much in keeping with the My Ad

5    Center experience that we looked at briefly, which is -- which

6    has been rolled out subsequent to -- I believe this was early

7    2021, if I recall, and that's -- this was something that was,

8    if I'm recalling correctly, already under development by the

9    Ads team, but really got sort of prioritized and, you know,

10   sort of pushed the team in terms of how hard we could go on

11   some of that transparency and control in -- not in direct

12   response to this email, which, as we've said, did not translate

13   directly into a product roadmap.

14       But, this type of sentiment certainly led a number of

15   us to prioritize and look carefully at the My Ad Center

16   experience, which as we've now talked about, is now live and

17   available to all of our users.

18       MS. CONNOR:  Thank you, Your Honor.  I have no

19   further questions.

20       THE COURT:  Thank you.  Thank you very much for your

21   time.

22       THE WITNESS:  Thank you.

23       THE COURT:  And safe travels home.

24       THE WITNESS:  Thank you for your questions.

25       THE COURT:  Step down, leave all that there, and they

1    will take care of that.

2            All right.  Mr. Schmidtlein, what do we have in store

3    for tomorrow?

4            MR. SCHMIDTLEIN:  Your Honor, tomorrow Google has two

5    Google employee witnesses that it will call.  Richard Holden

6    will be called first thing in the morning.  I do not anticipate

7    the direct of Mr. Holden to be done in private session.  Our

8    intention is to direct him entirely in open session.

9            The second witness that we will call tomorrow is

10    Adrienne McCallister.  Ms. McCallister, I do anticipate we will

11    have a short session that we will ask be done in closed

12    session.  Ms. McCallister was the lead negotiator for Google of

13    its RSA agreements with the three major carriers that resulted

14    in agreements that are -- the terms of which are still in

15    effect today.

16            And, so, for example, you heard from Mr. Higgins

17    earlier in the trial.  There were aspects of his testimony that

18    were, I think, in closed session, in part, because they

19    reflected some of the confidential negotiation.

20    Ms. McCallister was involved in those negotiations, but, also,

21    with AT&T and T-Mobile, as well.

22            And as I said, we will try to scope that.  And I

23    anticipate that the direct examination of her will be

24    structured in such a way that the closed session will be at the

25    very end.  So we will be open as much as we can at the

1    beginning, and then ask for closed at the very end, when we get

2    into the specific specifics of those negotiations.

3            THE COURT:  And is the intention, then, with respect

4    to the closed session, to deal with specific deal terms that

5    are either in the agreements presently or were proposed to be

6    part of the agreement -- agreements?

7            MR. SCHMIDTLEIN:  Yes.  I anticipate that we will get

8    into some of the competitive dynamics and strategies back and

9    forth that occurred during those negotiations.

10            THE COURT:  And approximately how long would you

11    expect that session to take?

12            MR. SCHMIDTLEIN:  Half an hour.

13            THE COURT:  Okay.  Okay.  All right.

14            Any thoughts on that from the plaintiffs?

15            MS. BELLSHAW:  No, Your Honor.  I would expect that

16    we would cover the same topics in closed session.  But, we

17    would obviously do our best to try and conduct as much of the

18    cross in open court as possible, but we don't really know until

19    we hear what she says.

20            THE COURT:  Okay.  Next question, Mr. Schmidtlein,

21    is to what extent you think -- and it may be cumbersome, but

22    the substance of her closed session -- what otherwise would be

23    closed-session testimony could be elicited in the way that

24    we've been generally proceeding, by referring to documents that

25    might not otherwise be put up on the screen?

 1          MR. SCHMIDTLEIN:  I have given that thought, Your

 2    Honor.  I am -- candidly, I think it will be very clumsy in

 3    terms of the Q&A of the witness.  And I've thought about how we

 4    could we do it, sort of question by question, and get around.

 5    I don't think this is necessarily going to be so much document

 6    specific as it's going to be sort of testimonial, so as to sort

 7    of -- I don't anticipate navigating around a lot of documents.

 8    I think it's going to be more, as I said, overarching

 9    testimony.

10          And I am concerned about the ability to effectively

11    conduct that Q&A in a way that sort of navigates, as we have

12    tried to do with some of the other witnesses, which I recognize

13    we've really, I think, been relatively successful to do it.  I

14    think it's going to be difficult -- difficult for the witness

15    to be able to, on a question-by-question basis, kind of

16    navigate in that direction.

17          THE COURT:  Okay.  All right.  So we'll revisit this

18    tomorrow.  You know, consistent with our practice, we'll post

19    something online, and if anyone else would like to be heard

20    about the proposed closed session, we can hear from them in the

21    morning.

22          Okay.  And then is the expectation that it will take

23    the entirety of the day for those two witnesses?

24          MR. SCHMIDTLEIN:  I think there is a good chance that

25    those two witnesses will not go the entire day.  And if that is

1    the case, we have deposition video that we would play, and then

2    bring back our next live witness first thing on Wednesday

3    morning.

4                THE COURT:  Okay.  Very good.  Okay.  All right.

5    Anything else we need to talk about, then, before we adjourn

6    for the evening?

7                MR. DINTZER:  Not from the DoJ plaintiffs, Your

8    Honor.

9                MR. CAVANAUGH:  No, Your Honor.

10               MS. CONNOR:  One matter, Your Honor.  I neglected to

11   move in the demonstrative exhibit.  And, actually, we marked

12   the prior demonstrative exhibit also No. 29.  So we will

13   provide, tomorrow, a replacement version tomorrow that is

14   identical but marked DXD30.

15               THE COURT:  Okay.

16               MS. CONNOR:  So we are seeking to move that in as

17   DXD30.

18               THE COURT:  Okay.  Very good.

19               MR. DINTZER:  And, Your Honor, Counsel has refreshed

20   my memory that we have demonstratives that we would like to

21   move in.  We'll provide those to the Court tomorrow.  We're

22   still gathering the list, and we'll provide those to the Court

23   tomorrow.

24               THE COURT:  Okay.  Very good.

25               MR. DINTZER:  For Dr. Israel.

```
 1              THE COURT:  Okay.  All right.  Okay.  If there's
 2    nothing else, we'll see everybody in the morning, and see you
 3    at 9:30.  Thank you, Everyone.
 4              Mr. Schmidtlein, could you just make sure we have the
 5    right spelling for the witness's name, so we can get that
 6    posted?
 7              MR. SCHMIDTLEIN:  Oh, yes.
 8              THE COURT:  Thank you.
 9              THE COURTROOM DEPUTY:  This court stands in recess.
10                             *   *   *
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1          CERTIFICATE OF OFFICIAL COURT REPORTER

2

3       I, JANICE DICKMAN, do hereby certify that the above and

4   foregoing constitutes a true and accurate transcript of my

5   stenographic notes and is a full, true and complete transcript

6   of the proceedings to the best of my ability.

7                        Dated this 7th day of November, 2023

8

9

10                        _____

11                        Janice E. Dickman, CRR, CMR, CCR
                          Official Court Reporter
12                        Room 6523
                          333 Constitution Avenue, N.W.
13                        Washington, D.C.  20001

14

15

16

17

18

19

20

21

22

23

24

25

1                                  INDEX

2

3      WITNESSES:

4          Mark Israel
               Cross-Examination By Mr. Cavanaugh................8960
               Redirect Examination By Mr. Sommer...............8965
5
           Jennifer Fitzpatrick
6              Direct Examination By Ms. Connor.................8985
               Cross-Examination By Mr. Hoffman.................9039
7              Cross-Examination By Mr. Kaufmann................9077
               Redirect Examination By Ms. Connor...............9080
8

9      EXHIBITS ADMITTED:

10         DXD30.............................................9088
           DX................................................8963
11         DX3249............................................8977
           PX04219...........................................8964
12                              *   *   *

13

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$24** [1] - 9073:2

## '

**'11** [1] - 8988:13

## 0

**003** [2] - 8975:21, 8976:6
**006** [1] - 8978:20
**007** [1] - 8980:3
**013** [1] - 8980:13
**028** [2] - 8973:7, 8974:7
**048** [1] - 8977:18
**085** [1] - 8970:10

## 1

**1** [8] - 8964:6, 8964:7, 8964:15, 8964:17, 8964:25, 8965:9, 8965:10, 8980:4
**1,000** [2] - 9056:5, 9056:20
**1.99** [1] - 9072:21
**100** [2] - 8967:19, 9047:12
**10019** [1] - 8959:11
**10036** [1] - 8959:3
**11** [1] - 9008:8
**11.01** [1] - 8965:10
**1100** [1] - 8958:12
**1133** [1] - 8959:2
**12** [2] - 8965:21, 9009:10
**1257** [1] - 8981:9
**13** [5] - 9013:14, 9051:12, 9051:14, 9051:19
**13-month** [1] - 9051:9
**13.26** [2] - 8964:15, 8965:9
**13.93** [1] - 8964:13
**1300** [1] - 8958:23
**1301** [1] - 8959:10
**131** [1] - 8975:18
**14** [1] - 9040:24
**15** [4] - 9023:21, 9023:22, 9024:3, 9051:2
**159** [1] - 8975:18
**17** [3] - 9056:21, 9057:4, 9057:16
**17th** [2] - 9014:6, 9016:14
**18** [9] - 9011:7,

9012:21, 9013:13, 9013:15, 9018:12, 9050:8, 9051:16, 9054:19, 9057:12
**18,000** [1] - 9053:6
**18-month** [2] - 9050:11, 9051:7
**19** [3] - 8964:7, 8964:10, 8965:1
**1999** [1] - 8986:23
**1:35** [1] - 8958:6

## 2

**2** [6] - 8992:11, 8998:11, 9044:12, 9044:14, 9047:4, 9049:6
**2.27** [2] - 8965:1, 8965:12
**20** [2] - 9026:25, 9067:4
**20-3010** [1] - 8958:4
**20-minute** [1] - 9066:22
**20001** [2] - 8959:15, 9090:13
**2000s** [2] - 8993:15, 8993:21
**20024** [1] - 8959:7
**2010** [2] - 8988:13, 9030:5
**2014** [4] - 8971:4, 8988:16, 9002:9, 9002:16
**2018** [2] - 8964:11, 8964:13
**2019** [14] - 8964:6, 8964:10, 8964:15, 8964:25, 8965:9, 9005:19, 9011:24, 9011:25, 9023:6, 9023:8, 9031:8, 9031:17, 9037:14, 9037:23
**202** [3] - 8958:13, 8958:19, 8959:8
**202-354-3267** [1] - 8959:16
**2020** [6] - 8977:4, 8978:17, 9030:20, 9030:25, 9038:2, 9038:6
**2021** [8] - 8964:7, 8965:10, 8972:24, 8979:22, 9015:22, 9038:8, 9042:24, 9084:7
**2022** [1] - 9038:8
**2023** [2] - 8958:5,

9090:7
**20530** [1] - 8958:16
**209** [1] - 8958:18
**212** [2] - 8959:4, 8959:12
**2200** [1] - 8959:3
**24** [2] - 8986:19, 9039:14
**24-a-year** [1] - 9072:25
**246** [2] - 8972:21, 8974:9
**25** [2] - 8978:10, 9057:16
**29** [2] - 9055:11, 9088:12
**29.017** [1] - 8976:8
**29th** [2] - 9014:14, 9014:16

## 3

**3** [8] - 8998:14, 9018:1, 9018:4, 9054:19, 9058:12, 9058:15, 9061:12, 9063:17
**3-P** [1] - 9063:25
**30** [1] - 9072:4
**307-0340** [1] - 8958:13
**32** [3] - 9057:1, 9057:4, 9057:16
**33** [9] - 9043:3, 9044:10, 9046:14, 9048:15, 9060:22, 9062:11, 9066:25, 9067:15, 9070:7
**333** [2] - 8959:15, 9090:12
**335-2793** [1] - 8959:4
**35** [5] - 8958:3, 8960:21, 8961:10, 8961:11
**36** [2] - 8960:21, 9054:19
**3:01** [1] - 9018:8
**3:15** [1] - 9018:4
**3:20** [1] - 9018:8
**3rd** [1] - 9014:6

## 4

**4** [4] - 8980:4, 9000:16, 9055:3, 9068:13
**4.80** [1] - 8964:22
**40th** [1] - 8959:11
**434-5000** [1] - 8959:8
**45** [2] - 8972:20, 8973:15
**450** [1] - 8958:15

**46** [1] - 9079:25
**48** [1] - 8979:23
**49** [3] - 9057:4, 9057:7, 9080:15
**497-7728** [1] - 8959:12

## 5

**5** [2] - 9002:8, 9072:8
**50** [2] - 8966:19, 8967:19
**508-6000** [1] - 8958:24
**56** [1] - 8978:2
**58** [1] - 8978:9

## 6

**6** [4] - 8958:5, 8961:15, 9002:22, 9075:7
**600** [1] - 8958:18
**60604** [1] - 8958:19
**61** [2] - 8977:8, 8978:15
**64** [1] - 8975:17
**6523** [2] - 8959:14, 9090:12
**67** [1] - 8964:19
**680** [1] - 8959:7

## 7

**7** [2] - 8962:3, 9005:16
**717** [1] - 9075:17
**718** [1] - 9076:19
**720** [1] - 8958:24
**73** [1] - 8983:21
**76** [1] - 8978:2
**7th** [1] - 9090:7

## 8

**80203** [1] - 8958:23
**805-8563** [1] - 8958:19
**846** [3] - 9044:13, 9047:5, 9049:7
**847** [4] - 9058:13, 9061:13, 9063:17, 9083:25
**848** [2] - 9068:13, 9082:8
**849** [1] - 9072:8
**850** [1] - 9075:7
**88** [1] - 8966:4

## 9

**9** [1] - 9006:2
**90** [1] - 8966:5
**952** [2] - 9055:4,

9055:6
**977** [1] - 9055:12
**978** [2] - 9056:12,
9056:13
**988** [1] - 9056:9
**9:30** [1] - 9089:3
**9th** [1] - 9042:24

# A

**abilities** [2] - 8991:11,
9068:9
**ability** [21] - 8983:14,
9010:21, 9015:18,
9016:1, 9016:6,
9016:15, 9016:18,
9023:17, 9025:15,
9033:2, 9046:4,
9047:10, 9047:23,
9048:16, 9051:24,
9062:9, 9066:8,
9067:18, 9080:11,
9087:10, 9090:6
**able** [15] - 8994:10,
9004:16, 9011:14,
9015:5, 9021:18,
9024:1, 9052:10,
9052:14, 9054:4,
9063:4, 9065:22,
9067:8, 9073:16,
9074:4, 9087:15
**absence** [1] - 9003:18
**absolutely** [4] -
8996:17, 9046:25,
9058:6, 9080:21
**abuse** [2] - 9026:5,
9032:11
**academia** [1] -
9002:15
**accelerate** [1] -
9068:23
**accelerated** [1] -
8995:15
**accelerating** [1] -
9068:14
**acceleration** [1] -
8982:5
**accepted** [1] - 9002:15
**access** [27] - 8991:4,
8991:5, 8998:23,
9002:4, 9006:9,
9006:19, 9007:4,
9007:6, 9020:10,
9020:14, 9023:22,
9031:5, 9045:1,
9045:5, 9045:16,
9045:20, 9046:5,
9049:18, 9063:5,
9065:12, 9065:17,
9065:18, 9065:22,

9067:18, 9072:25,
9080:9, 9081:23
**accessible** [1] -
9006:8
**accessing** [1] -
9065:20
**accidently** [2] -
9004:17, 9010:9
**according** [2] -
8966:12, 9054:9
**account** [67] -
8989:25, 8991:3,
8992:2, 8993:1,
8998:24, 9004:11,
9004:19, 9006:5,
9006:7, 9006:10,
9006:14, 9006:15,
9006:17, 9006:22,
9007:9, 9009:9,
9009:20, 9009:25,
9010:18, 9010:22,
9011:6, 9013:24,
9016:9, 9016:17,
9017:5, 9017:13,
9018:20, 9019:9,
9019:11, 9019:16,
9020:2, 9020:8,
9020:14, 9020:15,
9022:3, 9023:14,
9023:15, 9024:6,
9025:4, 9025:25,
9026:2, 9029:17,
9030:8, 9030:9,
9031:1, 9034:2,
9045:14, 9045:16,
9045:17, 9045:20,
9045:22, 9049:15,
9062:22, 9065:4,
9065:17, 9066:3,
9066:16, 9066:18,
9066:19, 9067:6,
9069:21, 9080:13,
9080:22, 9081:17,
9081:19, 9081:21,
9082:1
**Account** [2] - 9007:1,
9049:12
**accounts** [3] -
8998:18, 9030:18,
9030:19
**accurate** [3] - 8973:19,
9077:14, 9090:4
**across-the-board** [1] -
9007:24
**action** [1] - 9032:15
**actionable** [2] -
9043:25, 9058:22
**actions** [1] - 9049:14
**activities** [1] - 9010:6
**activity** [26] - 8989:17,

9009:13, 9009:15,
9009:19, 9009:20,
9009:24, 9010:4,
9010:5, 9010:15,
9010:22, 9011:7,
9014:9, 9017:17,
9019:22, 9023:5,
9029:1, 9030:19,
9050:3, 9050:8,
9056:1, 9064:15,
9065:18, 9067:10,
9078:3
**Activity** [3] - 9008:15,
9049:13, 9049:15
**actual** [2] - 8972:5,
9037:7
**Ad** [5] - 9069:3,
9078:13, 9083:25,
9084:4, 9084:15
**ad** [25] - 8962:17,
8983:21, 9009:7,
9014:21, 9014:22,
9015:10, 9017:18,
9029:7, 9029:8,
9029:10, 9029:15,
9029:21, 9066:1,
9068:14, 9070:2,
9070:9, 9071:19,
9071:21, 9071:23,
9078:21, 9079:17,
9080:21, 9082:13,
9082:18
**add** [6] - 8970:12,
8999:16, 9021:12,
9053:24, 9054:2,
9067:10
**adding** [2] - 9021:17,
9063:25
**addition** [2] - 9000:9,
9078:8
**additional** [6] -
9015:14, 9023:7,
9023:9, 9051:21,
9069:4, 9069:13
**address** [13] -
8999:21, 9027:6,
9027:9, 9032:5,
9034:14, 9034:18,
9037:2, 9057:16,
9065:13, 9068:24,
9071:2, 9079:7, 9079:9
**addresses** [8] -
9001:21, 9027:10,
9032:10, 9032:14,
9032:21, 9032:24,
9064:13, 9079:11
**adjourn** [1] - 9088:5
**adjust** [1] - 9015:5
**admin** [1] - 9065:19
**admit** [1] - 9070:2

**ADMITTED** [1] -
9091:9
**admitted** [4] - 8964:1,
8977:14, 9041:22,
9054:25
**adopted** [2] - 9046:16,
9067:16
**Adrienne** [1] - 9085:10
**Ads** [4] - 8982:17,
8983:14, 9014:24,
9084:9
**ads** [43] - 8984:10,
8984:13, 9009:4,
9014:23, 9015:2,
9015:4, 9015:5,
9015:8, 9015:15,
9015:18, 9029:2,
9029:3, 9029:17,
9066:4, 9066:5,
9066:8, 9068:21,
9068:24, 9069:2,
9069:15, 9069:22,
9069:25, 9070:23,
9071:1, 9071:4,
9071:16, 9072:11,
9072:15, 9072:25,
9073:6, 9073:8,
9073:14, 9073:18,
9073:19, 9073:23,
9074:9, 9074:12,
9078:7, 9078:10,
9080:16, 9082:7,
9083:17
**ads-free** [4] - 9072:25,
9073:6, 9073:23,
9074:12
**ads-free/private** [1] -
9080:16
**advantage** [1] -
9005:23
**advertisements** [1] -
9080:19
**advertiser** [10] -
8971:8, 8971:10,
8981:3, 9015:13,
9015:21, 9029:8,
9078:11, 9078:22,
9078:25, 9079:18
**advertisers** [14] -
8962:16, 8971:19,
8983:4, 8983:6,
8984:12, 8984:16,
9015:10, 9069:8,
9073:13, 9078:4,
9078:9, 9078:18,
9083:4
**advertising** [6] -
8988:10, 8997:6,
9071:22, 9072:1,
9082:11, 9082:20

9094

**adviser** [1] - 8987:5
**affects** [1] - 8997:13
**afford** [1] - 9004:4
**affordance** [1] - 9030:25
**afternoon** [8] - 8965:19, 8965:20, 8985:9, 8985:11, 9039:9, 9039:10, 9077:23, 9077:24
**age** [1] - 9078:14
**agency** [6] - 8992:4, 8992:21, 8994:5, 9012:19, 9025:20, 9069:5
**agent** [10] - 9033:5, 9033:10, 9034:6, 9034:9, 9034:15, 9034:19, 9034:20, 9037:2, 9079:7
**agents** [1] - 9034:12
**aggregate** [4] - 8969:13, 9001:15, 9016:23, 9033:23
**aggressively** [1] - 9049:16
**ago** [9] - 9008:20, 9011:15, 9023:19, 9026:22, 9035:4, 9042:25, 9044:10, 9058:25
**agree** [3] - 8965:11, 9043:23, 9046:25
**agreed** [1] - 9082:16
**agreed-upon** [1] - 9082:16
**agreement** [1] - 9086:6
**agreements** [4] - 9085:13, 9085:14, 9086:5, 9086:6
**agrees** [1] - 9010:3
**ahead** [4] - 8968:14, 8984:8, 9010:6, 9010:19
**aim** [1] - 9025:17
**aimed** [1] - 9019:8
**al** [1] - 8958:3
**Alaska** [4] - 9026:20, 9026:21, 9026:23, 9028:21
**alert** [2] - 8998:21, 8999:20
**alerts** [1] - 9019:25
**aligned** [1] - 9082:21
**alike** [1] - 9083:5
**all-encompassing** [1] - 9008:2
**alleged** [1] - 8982:10
**Allen** [2] - 8998:11,

9005:16
**allow** [5] - 9013:11, 9024:13, 9048:12, 9052:1, 9078:25
**allowed** [1] - 8984:22
**allowing** [1] - 9046:12
**allows** [1] - 9050:2
**almost** [4] - 9033:1, 9043:2, 9044:10, 9064:6
**alter** [4] - 9015:2, 9017:2, 9017:24, 9029:18
**alters** [1] - 9021:7
**Alto** [2] - 9041:3, 9041:6
**altogether** [1] - 9015:3
**Amalgam** [2] - 8984:2, 8984:9
**Amazon** [9] - 8976:22, 8978:2, 8978:9, 8978:10, 8979:7, 8979:9, 8979:16, 8979:18, 8981:1
**America** [2] - 8958:2, 8978:5
**Americas** [2] - 8959:2, 8959:10
**AMIT** [1] - 8958:9
**amount** [7] - 8991:15, 9010:23, 9012:5, 9021:3, 9022:16, 9053:13, 9060:1
**amounts** [2] - 9053:8, 9083:11
**amped** [1] - 9083:15
**analysis** [7] - 8962:20, 8966:16, 8972:4, 8973:4, 8973:6, 8978:17, 8982:2
**André** [1] - 9042:7
**announced** [1] - 9005:20
**announcing** [4] - 9002:10, 9002:11, 9004:25, 9005:17
**annual** [2] - 9013:3, 9013:11
**anonymity** [1] - 9058:23
**anonymizing** [1] - 8991:13
**anonymous** [1] - 9026:11
**answer** [7] - 8969:10, 9045:9, 9049:4, 9054:10, 9060:16, 9070:18, 9073:11
**anticipate** [5] - 9085:6, 9085:10,

9085:23, 9086:7, 9087:7
**anticipated** [1] - 9077:17
**anytime** [1] - 9024:14
**apologies** [1] - 9071:12
**App** [3] - 9008:15, 9045:8, 9045:9
**app** [17] - 8974:16, 9009:12, 9009:15, 9010:4, 9010:15, 9011:7, 9017:17, 9023:5, 9023:13, 9023:18, 9023:20, 9024:10, 9024:23, 9025:1, 9025:11, 9030:22, 9050:7
**APPEARANCES** [1] - 8958:11
**applicable** [1] - 9003:7
**applied** [1] - 9003:16
**applies** [1] - 9058:24
**apply** [2] - 9007:24, 9039:25
**applying** [3] - 8987:1, 8991:10, 9005:23
**appreciate** [2] - 9054:10, 9077:15
**approach** [18] - 8972:14, 8981:15, 8992:7, 8992:12, 8992:17, 8993:14, 8994:19, 8997:22, 8998:3, 8998:10, 9001:4, 9022:9, 9032:3, 9033:8, 9041:23, 9046:6, 9082:17, 9082:22
**approaches** [6] - 8990:19, 8993:16, 8994:21, 8996:24, 9000:4, 9005:24
**appropriate** [2] - 8985:1, 8985:2
**appropriately** [1] - 9033:25
**approximate** [2] - 9029:11, 9079:8
**apps** [2] - 8975:13, 9044:25
**apps/sites** [1] - 8975:4
**arbitrary** [4] - 9012:8, 9052:10, 9052:12, 9052:15
**area** [15] - 8988:20, 8993:17, 8996:15, 8996:19, 9000:8, 9000:11, 9000:12, 9007:8, 9069:10,

9069:14, 9071:24, 9079:3, 9081:11, 9081:15, 9083:15
**areas** [5] - 8990:16, 8995:21, 9029:12, 9038:10, 9068:7
**argues** [1] - 8968:5
**array** [1] - 8997:3
**articulated** [1] - 8968:8
**aside** [1] - 9058:8
**aspects** [4] - 9006:10, 9020:22, 9074:5, 9085:17
**assessing** [1] - 8997:16
**assigning** [1] - 8962:16
**assistant** [1] - 9055:7
**associate** [2] - 8993:11, 9026:2
**associated** [2] - 8992:19, 9027:6
**associating** [2] - 9034:1, 9034:24
**association** [2] - 8992:2, 9045:22
**assume** [2] - 9045:4, 9077:2
**AT&T** [1] - 9085:21
**attached** [2] - 9055:3, 9075:16
**attempt** [4] - 8989:24, 9019:20, 9032:2, 9070:17
**attempted** [1] - 8998:19
**attempting** [1] - 9067:9
**attempts** [1] - 8999:1
**attention** [2] - 9024:19, 9073:18
**attributable** [1] - 9071:19
**auction** [5] - 8981:20, 8981:25, 8982:23, 9079:15, 9079:16
**auction-time** [5] - 8981:20, 8981:25, 8982:23, 9079:15, 9079:16
**August** [1] - 8979:22
**authentication** [1] - 9063:4
**author** [6] - 9076:3, 9076:6, 9077:2, 9077:3, 9077:4, 9077:6
**Auto** [1] - 9049:17
**auto** [24] - 9001:19, 9001:22, 9010:21,

9010:22, 9011:2, 9011:3, 9011:4, 9011:19, 9011:23, 9014:8, 9023:8, 9026:21, 9026:24, 9049:21, 9049:24, 9050:20, 9050:22, 9052:3, 9053:14, 9054:13, 9057:9, 9057:11, 9058:4, 9059:5

**auto-complete** [3] - 9001:19, 9026:21, 9026:24

**Auto-Delete** [1] - 9049:17

**auto-delete** [18] - 9010:21, 9011:2, 9011:3, 9011:4, 9011:19, 9011:23, 9014:8, 9023:8, 9049:21, 9049:24, 9050:20, 9050:22, 9053:14, 9054:13, 9057:9, 9057:11, 9058:4, 9059:5

**auto-deleted** [1] - 9052:3

**automatic** [1] - 9045:19

**automatically** [5] - 9031:2, 9045:13, 9045:15, 9050:3, 9058:24

**available** [7] - 8969:9, 9004:11, 9022:16, 9053:3, 9063:1, 9069:14, 9084:17

**Avenue** [5] - 8959:2, 8959:7, 8959:10, 8959:15, 9090:12

**averages** [1] - 9003:13

**avoid** [2] - 8994:18, 9045:6

**aware** [5] - 8982:25, 8997:18, 9002:17, 9048:20, 9049:2

**awareness** [1] - 8995:13

**axis** [1] - 9056:24

---

### B

**bachelor's** [2] - 8985:24, 8986:5

**backfire** [1] - 8971:20

**background** [3] - 8985:23, 9040:21, 9041:19

**backgrounds** [1] -

---

8990:8

**backstop** [2] - 8967:12, 8967:13

**badly** [1] - 8987:10

**Baker's** [1] - 8983:19

**balance** [3] - 8996:13, 8998:9, 9074:7

**balanced** [1] - 9058:23

**Bank** [1] - 8978:5

**bar** [5] - 8977:20, 8978:20, 8979:2, 9024:11, 9052:8

**barometer** [1] - 8973:19

**Barroso** [1] - 9042:7

**barroso** [1] - 9042:11

**based** [15] - 8983:6, 9003:13, 9009:9, 9026:16, 9026:21, 9029:11, 9032:23, 9040:3, 9040:11, 9057:22, 9058:20, 9059:21, 9078:17, 9079:2, 9080:23

**baseline** [2] - 8991:7, 9072:23

**basis** [4] - 9031:14, 9054:8, 9082:3, 9087:15

**Bates** [12] - 9044:13, 9055:4, 9055:12, 9056:9, 9058:13, 9061:13, 9068:13, 9072:8, 9075:7, 9075:17, 9079:24, 9080:15

**bear** [1] - 8965:22

**became** [1] - 9013:16

**become** [1] - 8987:1

**becomes** [1] - 9053:24

**BEFORE** [1] - 8958:9

**beginning** [1] - 9086:1

**begins** [1] - 9075:17

**behave** [1] - 9050:24

**behavior** [5] - 8999:17, 9013:3, 9048:6, 9065:23, 9071:7

**behind** [3] - 9029:21, 9060:3, 9067:7

**belief** [1] - 9033:9

**Belknap** [1] - 8959:2

**BELLSHAW** [1] - 9086:15

**below** [3] - 9044:20, 9061:13, 9076:24

**Ben** [1] - 9032:16

**Ben's** [1] - 9032:23

**BENCH** [1] - 8958:9

**benchmarks** [1] -

---

8997:15

**beneficial** [3] - 9035:19, 9035:24, 9068:2

**benefit** [6] - 8982:19, 9051:20, 9051:23, 9052:6, 9067:3, 9076:10

**best** [14] - 8965:23, 8972:3, 9019:10, 9022:5, 9032:8, 9033:18, 9034:11, 9035:2, 9046:15, 9068:9, 9070:7, 9073:11, 9086:17, 9090:6

**Beta** [1] - 9039:21

**beta** [2] - 9039:24, 9039:25

**better** [10] - 8991:20, 9001:16, 9013:16, 9029:24, 9035:15, 9048:6, 9055:19, 9060:4, 9068:10, 9071:17

**between** [15] - 8964:19, 8967:2, 8968:22, 8969:4, 8983:9, 8993:5, 8993:7, 9032:6, 9033:8, 9034:3, 9034:25, 9036:15, 9057:2, 9070:25, 9071:20

**beyond** [3] - 9031:15, 9035:23, 9078:9

**bid** [1] - 8983:14

**bidding** [6] - 8971:18, 8981:20, 8982:1, 8982:23, 9079:15, 9079:16

**bids** [2] - 8971:15, 8971:20

**big** [2] - 8963:10, 8967:18

**bigger** [1] - 8962:25

**billboards** [1] - 9083:18

**billions** [1] - 9004:20

**binder** [7] - 8964:3, 8972:12, 8972:19, 8975:15, 8977:3, 8979:19, 8981:17

**bindered** [1] - 8961:2

**binders** [1] - 8961:1

**Bing** [5] - 8972:9, 8981:19, 8982:14, 8982:15

**bit** [10] - 8992:15, 8996:10, 9002:5,

---

9006:13, 9008:9, 9014:2, 9020:12, 9075:19, 9075:20, 9081:7

**blocking** [1] - 9063:23

**blog** [8] - 9002:9, 9002:10, 9002:11, 9002:16, 9004:23, 9004:25, 9005:17, 9005:19

**blow** [4] - 8977:19, 9007:2, 9055:17, 9056:10

**blown** [1] - 8987:14

**blueish** [1] - 9006:7

**board** [2] - 9007:24, 9041:3

**bodies** [1] - 9022:24

**body** [1] - 9074:8

**boom** [1] - 8995:3

**bottom** [12] - 8970:22, 8973:24, 8977:20, 9009:6, 9014:15, 9022:11, 9044:12, 9047:4, 9049:6, 9056:4, 9072:8, 9084:1

**bound** [1] - 9010:25

**boundary** [2] - 9013:11, 9070:4

**box** [6] - 8976:6, 9006:7, 9008:10, 9019:2, 9028:4, 9077:7

**boycott** [2] - 8970:8, 8970:16

**bracket** [1] - 9078:15

**brand** [3] - 8962:20, 8963:2, 9039:25

**brand-new** [1] - 9039:25

**brand.com** [1] - 8962:5

**brands** [2] - 9061:15, 9069:8

**break** [4] - 8982:3, 9018:2, 9018:3, 9018:6

**brief** [2] - 8984:19, 9081:4

**briefly** [4] - 9008:14, 9008:19, 9079:22, 9084:5

**bring** [3] - 8970:9, 9073:10, 9088:2

**bringing** [2] - 9023:19, 9060:6

**broad** [2] - 9012:11, 9078:15

**broadly** [10] - 8980:25, 8989:14, 8989:18, 8997:9, 8997:12, 9005:15, 9032:4,

9038:13, 9071:16, 9072:1
**Broadway** [1] - 8958:23
**brought** [4] - 8994:7, 9024:22, 9036:19, 9061:1
**brown** [1] - 9006:5
**browser** [10] - 8966:1, 8967:9, 8967:10, 8967:11, 8967:21, 8999:8, 9024:10, 9025:12, 9033:14
**browser's** [1] - 9008:17
**browsers** [2] - 8966:17, 8974:24
**browsing** [3] - 8999:2, 9056:1, 9064:15
**Bruce** [1] - 8958:21
**bubbles** [1] - 9046:12
**bucket** [1] - 9057:18
**buckets** [4] - 8963:13, 8992:14, 8993:3, 9057:16
**Bucklin** [1] - 8970:6
**Bucklin's** [1] - 8969:19
**build** [4] - 8990:22, 9028:14, 9032:1, 9082:4
**building** [6] - 8987:6, 8989:11, 8989:20, 8989:21, 8990:23, 8991:17
**built** [3] - 8982:23, 8993:19, 9028:15
**bullet** [4] - 9046:23, 9080:4, 9080:16, 9080:17
**bunch** [3] - 8999:3, 9014:25, 9015:1
**bundles** [4] - 9058:16, 9060:8, 9060:12, 9060:24
**business** [2] - 8988:15, 9029:25
**busy** [1] - 9003:14
**busyness** [5] - 9003:10, 9003:12, 9003:17, 9004:14
**but-for** [1] - 8982:24
**button** [1] - 9068:21
**BY** [38] - 8960:8, 8961:9, 8961:17, 8964:2, 8965:18, 8966:24, 8968:15, 8972:16, 8973:23, 8974:12, 8975:19, 8976:2, 8977:15,

8978:16, 8979:24, 8981:18, 8983:16, 8984:11, 8985:20, 8986:8, 8992:10, 9004:22, 9008:4, 9012:20, 9016:5, 9018:13, 9027:15, 9028:13, 9034:23, 9035:13, 9036:13, 9039:8, 9042:1, 9055:2, 9056:16, 9071:5, 9077:22, 9080:2

## C

**cadence** [1] - 9013:3
**calculate** [1] - 9003:17
**calculations** [2] - 8965:3, 9003:22
**candidly** [1] - 9087:2
**cannot** [1] - 9004:19
**capabilities** [6] - 8991:18, 9012:25, 9015:14, 9025:17, 9025:18, 9081:22
**capability** [17] - 8998:6, 9024:22, 9035:19, 9045:25, 9048:12, 9052:5, 9054:15, 9059:4, 9059:6, 9060:11, 9062:5, 9067:22, 9067:24, 9069:24, 9073:6, 9074:18, 9083:16
**card** [1] - 9045:7
**cards** [1] - 9046:7
**care** [2] - 9061:2, 9085:1
**cared** [1] - 9041:13
**carefully** [2] - 9003:20, 9084:15
**cares** [2] - 9075:11, 9075:12
**Carr** [1] - 8958:22
**carriers** [1] - 9085:13
**carry** [1] - 9023:1
**cars** [3] - 9015:7, 9015:8, 9078:16
**case** [17] - 8972:2, 8999:7, 9011:17, 9012:18, 9029:9, 9029:10, 9034:25, 9045:19, 9046:6, 9052:24, 9054:12, 9064:25, 9065:9, 9065:24, 9067:15, 9074:1, 9088:1
**cases** [4] - 8997:24,

9016:9, 9024:13, 9033:4
**cassidy** [1] - 9055:22
**Cassidy** [1] - 9056:10
**casual** [1] - 8994:10
**categorically** [1] - 9070:3
**categories** [2] - 8996:21, 9015:9
**category** [1] - 9015:21
**cautionary** [1] - 9063:25
**CAVANAUGH** [14] - 8960:4, 8960:8, 8960:13, 8960:17, 8960:20, 8961:4, 8961:9, 8961:17, 8963:20, 8963:24, 8964:2, 8965:15, 8984:3, 9088:9
**Cavanaugh** [6] - 8959:1, 8960:2, 8981:6, 8982:13, 8983:19, 8983:22
**Cavanaugh...............8960** [1] - 9091:4
**caveat** [1] - 9079:18
**Cconnor@wc.com** [1] - 8959:9
**CCR** [1] - 9090:11
**celebrated** [1] - 9043:9
**Center** [7] - 8958:22, 9014:24, 9022:4, 9069:3, 9078:13, 9084:5, 9084:15
**centers** [1] - 8995:23
**central** [1] - 9001:16
**certain** [3] - 8975:4, 9078:3, 9078:20
**certainly** [15] - 8994:4, 8997:18, 8998:2, 9007:6, 9015:24, 9021:7, 9046:4, 9053:12, 9062:8, 9075:1, 9076:17, 9077:3, 9079:17, 9081:15, 9084:14
**CERTIFICATE** [1] - 9090:1
**certify** [1] - 9090:3
**cetera** [5] - 8997:4, 9015:21, 9022:25, 9061:21, 9069:8
**chain** [1] - 9035:5
**challenge** [1] - 9054:2
**challenges** [1] - 9043:19
**chance** [5] - 8973:9, 8977:10, 9011:22,

9018:20, 9087:24
**change** [17] - 8965:8, 8982:7, 9009:18, 9015:3, 9017:2, 9018:21, 9019:23, 9025:2, 9031:3, 9032:25, 9036:17, 9036:21, 9036:24, 9040:2, 9044:17, 9050:11, 9081:25
**changed** [3] - 8994:19, 9011:18, 9037:11
**changes** [7] - 8997:16, 9036:3, 9044:9, 9068:14, 9076:21, 9080:6, 9080:9
**changing** [4] - 9036:9, 9050:20, 9050:22, 9068:22
**channels** [2] - 8961:21, 8963:5
**characterization** [1] - 9077:14
**characterize** [2] - 9074:15, 9078:6
**characterized** [1] - 8978:4
**chart** [2] - 8970:13, 8978:5
**charts** [3] - 8965:7, 8978:20, 8979:3
**check** [3] - 8987:6, 9019:2, 9043:12
**checkup** [16] - 9016:21, 9017:5, 9017:10, 9017:12, 9017:16, 9018:14, 9018:18, 9018:24, 9019:3, 9019:8, 9019:13, 9019:15, 9020:4, 9020:5, 9020:14
**Chicago** [1] - 8958:19
**chief** [3] - 9040:21, 9042:20, 9042:22
**choice** [18] - 8967:9, 8967:10, 8967:15, 8969:4, 8994:6, 8996:3, 8996:14, 9009:23, 9010:10, 9050:18, 9050:23, 9052:21, 9053:20, 9054:14, 9054:16, 9054:19, 9075:4
**choices** [14] - 8968:22, 9052:18, 9052:19, 9052:20, 9053:3, 9054:2, 9054:6, 9054:8,

9097

9060:3, 9060:21,
9068:1, 9068:8,
9081:20

**choose** [17] - 8992:5,
9004:6, 9010:1,
9011:10, 9011:17,
9012:21, 9014:9,
9035:22, 9038:17,
9050:2, 9052:2,
9057:21, 9058:1,
9058:16, 9058:22,
9060:24, 9068:5

**chooses** [1] - 8992:18

**choosing** [3] -
8967:10, 8994:2,
9010:25

**chose** [1] - 9058:4

**chosen** [2] - 9067:21,
9075:3

**Chowdhury** [2] -
9042:7, 9042:11

**Christmas** [1] - 9013:6

**Chrome** [9] - 8994:7,
8999:8, 9002:12,
9008:18, 9023:19,
9024:21, 9025:16,
9033:15, 9072:15

**chronology** [1] -
9030:2

**circle** [3] - 9006:5,
9023:15, 9031:2

**cite** [1] - 8999:7

**cited** [12] - 8972:19,
8973:14, 8974:2,
8975:11, 8975:17,
8977:7, 8978:15,
8979:22, 8984:21,
8984:24, 9058:3,
9058:5

**cites** [1] - 9045:12

**City** [1] - 8998:23

**clarify** [1] - 8982:10

**clarifying** [1] -
9070:13

**clarity** [1] - 9021:21

**class** [1] - 8990:23

**clean** [2] - 8961:6,
9059:17

**cleanly** [1] - 9060:2

**clear** [10] - 8974:1,
8992:25, 8993:7,
9018:15, 9021:10,
9021:14, 9056:17,
9061:25, 9062:7,
9079:5

**clearly** [3] - 8976:23,
8977:2, 9050:17

**click** [27] - 9006:6,
9006:9, 9007:1,
9008:5, 9009:12,

9009:15, 9009:16,
9010:7, 9011:9,
9017:15, 9023:15,
9023:17, 9024:11,
9024:15, 9027:19,
9028:11, 9029:7,
9029:14, 9049:12,
9049:13, 9050:20,
9050:22, 9051:1,
9051:3, 9051:4,
9058:22

**clicked** [1] - 9027:22

**clicks** [3] - 8999:7,
9050:10, 9050:15

**close** [1] - 8960:5

**closed** [9] - 9085:11,
9085:18, 9085:24,
9086:1, 9086:4,
9086:16, 9086:22,
9086:23, 9087:20

**closed-session** [1] -
9086:23

**cloud** [2] - 9061:20,
9072:19

**clumsy** [1] - 9087:2

**CMR** [1] - 9090:11

**CO** [1] - 8958:23

**code** [1] - 9030:13

**cofounded** [1] -
8988:7

**cofounders** [1] -
8987:8

**cognition** [1] -
8986:11

**cognitive** [2] -
9051:18, 9051:25

**Colette** [2] - 8959:6,
8985:9

**collected** [1] - 9022:14

**collecting** [2] -
9010:24, 9055:25

**collective** [2] - 8995:9,
8995:13

**collectively** [3] -
8969:15, 9057:4,
9083:10

**color** [1] - 9016:12

**Colorado** [3] -
8958:21, 8958:22,
9078:1

**COLORADO** [1] -
8958:22

**COLUMBIA** [1] -
8958:1

**comfort** [1] - 8996:2

**comfortable** [2] -
9012:10, 9051:17

**coming** [15] - 8971:6,
9023:19, 9027:24,
9029:9, 9032:13,

9032:15, 9033:12,
9033:13, 9033:14,
9033:15, 9036:2,
9036:23, 9054:19,
9071:21, 9073:5

**comments** [1] -
8975:13

**commercial** [4] -
8969:16, 9073:10,
9073:12, 9074:8

**Commercial** [1] -
8977:19

**common** [1] - 9065:13

**communicate** [1] -
9001:20

**company** [3] -
8993:15, 9027:25,
9041:7

**compare** [1] - 8976:8

**compete** [2] - 8966:1,
8976:23

**competition** [6] -
8966:20, 8969:15,
8981:1, 8981:4,
8982:15, 8983:1

**competitive** [5] -
8996:15, 8996:18,
8996:21, 8997:15,
9086:8

**Competitive** [1] -
8975:22

**competitor** [2] -
8982:21, 8997:22

**competitors** [5] -
8972:5, 8972:6,
8973:19, 8979:4,
8979:7

**complaint** [2] -
8966:5, 8966:12

**complete** [4] -
9001:19, 9026:21,
9026:24, 9090:5

**completed** [1] -
9018:24

**completely** [1] -
9072:15

**completes** [1] -
9001:22

**complexity** [2] -
9012:8, 9021:3

**comprehension** [1] -
9051:23

**comprehensive** [1] -
9047:12

**compromised** [1] -
9019:24

**computation** [3] -
9001:3, 9002:3,
9004:15

**compute** [1] - 9003:19

**computer** [9] -
8985:25, 8986:6,
8986:13, 8987:6,
8994:10, 8994:14,
9000:13, 9064:22,
9065:25

**conceive** [1] - 8992:12

**concept** [7] - 8993:22,
8994:3, 9002:7,
9034:9, 9060:19,
9062:19, 9063:6

**concepts** [1] -
8986:10

**conceptual** [1] -
9066:22

**concern** [2] - 9048:24,
9071:15

**concerned** [1] -
9087:10

**concerns** [1] -
9068:18

**conclusion** [1] -
9032:23

**conduct** [3] - 9000:8,
9086:17, 9087:11

**confidential** [1] -
9085:19

**confidentiality** [1] -
8960:19

**configured** [1] -
9024:13

**confirm** [2] - 9011:18,
9048:21

**confirmation** [2] -
9010:19, 9050:16

**confusion** [2] -
9020:25, 9071:25

**congratulations** [1] -
9042:19

**connection** [1] -
9058:1

**CONNOLLY** [1] -
8959:6

**CONNOR** [27] -
8985:9, 8985:12,
8985:20, 8986:8,
8992:6, 8992:9,
8992:10, 9004:22,
9008:4, 9012:20,
9016:5, 9018:1,
9018:10, 9018:13,
9027:15, 9028:13,
9034:23, 9035:13,
9036:8, 9036:11,
9036:13, 9039:1,
9079:22, 9080:2,
9084:18, 9088:10,
9088:16

**Connor** [3] - 8959:6,
8985:10, 8985:11

Connor................
**8985** [1] - 9091:6
Connor...............
**9080** [1] - 9091:7
**conscious** [1] -
9010:10
**consciousness** [1] -
8995:9
**consent** [1] - 9078:24
**consider** [5] - 8969:1,
8997:15, 8999:10,
9059:24, 9062:23
**consideration** [6] -
8962:9, 8962:21,
8963:4, 8963:8,
8963:14, 9074:4
**considered** [7] -
8973:22, 9001:4,
9051:8, 9052:1,
9059:11, 9059:12,
9074:10
**consistent** [6] -
8966:15, 8968:24,
8979:1, 8994:22,
9047:12, 9087:18
**constantly** [4] -
9021:11, 9021:20,
9068:7, 9068:10
**constitutes** [1] -
9090:4
**Constitution** [2] -
8959:15, 9090:12
**consumer** [7] -
9031:7, 9031:8,
9031:11, 9031:12,
9031:13, 9068:24,
9072:19
**Cont** [2] - 8959:1,
8960:7
**contains** [2] -
9000:23, 9001:1
**content** [6] - 8990:1,
8999:5, 9015:11,
9015:12, 9021:17,
9022:24
**context** [33] - 8989:13,
8991:21, 8995:23,
8995:25, 8996:8,
8996:25, 9005:7,
9005:11, 9007:9,
9016:16, 9017:23,
9018:17, 9024:2,
9024:15, 9024:24,
9027:1, 9035:17,
9035:25, 9037:16,
9039:24, 9046:11,
9048:6, 9059:5,
9059:7, 9063:11,
9065:10, 9069:6,
9071:9, 9075:20,

9079:17, 9080:12,
9081:8
**contexts** [2] -
9070:24, 9078:20
**continue** [11] -
8979:10, 8981:25,
8995:19, 9009:21,
9009:25, 9010:6,
9021:22, 9081:19,
9081:21, 9082:4,
9083:3
**continues** [3] -
9043:18, 9043:22,
9049:11
**control** [25] - 8991:25,
8992:16, 8992:21,
8992:24, 8998:5,
9006:1, 9006:20,
9007:19, 9008:6,
9008:11, 9009:6,
9009:13, 9011:3,
9011:4, 9015:1,
9025:14, 9025:20,
9044:21, 9046:13,
9060:15, 9062:1,
9062:13, 9069:5,
9084:11
**controls** [25] - 8965:4,
8991:19, 8992:3,
8995:22, 8996:7,
9007:7, 9013:21,
9015:2, 9016:25,
9020:9, 9020:10,
9020:15, 9020:18,
9020:21, 9020:24,
9021:4, 9022:15,
9023:5, 9023:7,
9023:10, 9057:16,
9059:10, 9060:4,
9069:13, 9080:11
**conversation** [3] -
9032:22, 9037:16,
9037:18
**conversations** [1] -
9083:21
**conversion** [6] -
8962:10, 8962:21,
8962:25, 8963:5,
8963:15, 8963:16
**convincing** [1] -
9082:22
**cookie** [2] - 9026:8,
9063:23
**cookies** [2] - 9082:12,
9082:17
**cordon** [1] - 9062:9
**core** [1] - 9079:10
**Core** [6] - 8988:21,
8989:4, 8990:5,
8990:14, 9037:9,

9038:2
**Core's** [2] - 9038:5
**core-screens** [1] -
9079:10
**correct** [41] - 8961:21,
8961:24, 8962:1,
8962:5, 8962:10,
8962:17, 8962:22,
8963:3, 8963:9,
8963:16, 8964:13,
8964:15, 8965:10,
8968:6, 8968:9,
8969:6, 8969:21,
8969:24, 8970:3,
8974:20, 8976:4,
8976:15, 8976:16,
8978:3, 8978:11,
8978:18, 8980:24,
9040:8, 9040:17,
9040:23, 9041:5,
9042:23, 9050:9,
9050:12, 9051:11,
9054:21, 9056:2,
9060:24, 9064:24,
9079:8, 9079:15
**correctly** [2] - 9059:8,
9084:8
**correspond** [1] -
8962:12
**corroborated** [1] -
9053:22
**costs** [2] - 9072:21,
9073:15
**council** [4] - 9031:8,
9031:9, 9031:11,
9031:12
**Counsel** [4] - 9018:9,
9039:3, 9080:3,
9088:19
**counsel** [1] - 9077:17
**count** [1] - 9050:10
**counted** [2] - 9050:13,
9050:19
**counter** [1] - 8990:1
**counter-reviews** [1] -
8990:1
**counterintuitive** [2] -
9002:6, 9002:7
**couple** [4] - 8996:20,
9011:15, 9064:19,
9072:22
**course** [5] - 9030:3,
9046:13, 9059:13,
9075:2, 9076:11
**COURT** [73] - 8958:1,
8960:2, 8960:5,
8960:12, 8960:15,
8961:3, 8961:14,
8963:22, 8964:1,
8965:16, 8968:14,

8972:15, 8973:21,
8974:6, 8974:8,
8974:11, 8976:1,
8977:14, 8981:16,
8983:11, 8984:5,
8984:22, 8985:5,
8985:11, 8985:17,
8986:1, 8986:4,
8992:8, 9002:23,
9003:6, 9003:11,
9003:23, 9004:21,
9007:17, 9008:3,
9012:4, 9016:4,
9018:3, 9018:9,
9025:9, 9025:22,
9026:10, 9027:5,
9027:9, 9027:14,
9028:8, 9034:5,
9034:20, 9036:7,
9036:9, 9039:3,
9041:24, 9055:1,
9056:12, 9070:13,
9077:17, 9077:20,
9079:21, 9084:20,
9084:23, 9084:25,
9086:3, 9086:10,
9086:13, 9086:20,
9087:17, 9088:4,
9088:15, 9088:18,
9088:24, 9089:1,
9089:8, 9090:1
**court** [2] - 9086:18,
9089:9
**Court** [13] - 8959:13,
8959:14, 8967:6,
8967:24, 8968:19,
8987:24, 9011:4,
9052:6, 9076:10,
9081:1, 9088:21,
9088:22, 9090:11
**Courthouse** [1] -
8959:14
**COURTROOM** [2] -
8985:13, 9089:9
**cover** [4] - 8967:14,
8972:20, 8979:25,
9086:16
**covered** [2] - 9030:3,
9051:9
**CRC** [1] - 8959:13
**create** [6] - 9059:4,
9059:7, 9059:9,
9060:11, 9062:5,
9072:11
**created** [1] - 9060:23
**creates** [1] - 9074:6
**creating** [3] - 9060:8,
9061:14, 9080:16
**credit** [1] - 9051:7
**critical** [1] - 8969:14

**cross** [12] - 8965:21, 8969:18, 8970:9, 8971:6, 8973:9, 8973:20, 8984:4, 8985:1, 9039:4, 9045:24, 9046:10, 9086:18

**Cross** [3] - 9091:4, 9091:6, 9091:7

**CROSS** [3] - 8960:7, 9039:7, 9077:21

**cross-examination** [2] - 8985:1, 9039:4

**Cross-Examination** [3] - 9091:4, 9091:6, 9091:7

**CROSS-EXAMINATION** [3] - 8960:7, 9039:7, 9077:21

**cross-product** [2] - 9045:24, 9046:10

**CRR** [2] - 8959:13, 9090:11

**cruises** [2] - 9026:20, 9026:21

**cryptographic** [1] - 9002:1

**cumbersome** [1] - 9086:21

**curious** [2] - 9021:18, 9022:9

**current** [5] - 8988:21, 9011:8, 9017:1, 9029:11, 9049:12

**custom** [2] - 9012:13, 9014:4

**customization** [3] - 9012:12, 9035:11, 9035:14

**customize** [1] - 9015:15

**cut** [1] - 9055:16

**cutting** [1] - 8991:11

**cutting-edge** [1] - 8991:11

**CV** [1] - 8958:4

**cybersecurity** [6] - 8989:15, 8990:10, 8993:17, 9019:10, 9041:6, 9083:11

**cyberspace** [1] - 8974:15

# D

**D.C** [5] - 8958:5, 8958:13, 8959:7, 9011:17, 9090:13

**Dahlquist** [1] -

8958:17

**daily** [2] - 8974:25, 8987:15

**damaging** [1] - 9064:6

**dangerous** [3] - 8999:4, 8999:9, 8999:12

**Danny** [4] - 9076:6, 9076:11, 9076:25, 9077:5

**Data** [6] - 9007:12, 9008:5, 9043:6, 9043:9, 9043:12, 9049:12

**data** [65] - 8964:4, 8970:12, 8971:1, 8971:24, 8975:12, 8991:13, 8991:15, 8991:21, 8992:4, 8992:19, 8992:22, 8993:1, 8993:25, 8995:10, 8995:24, 8996:8, 8998:3, 9000:6, 9001:5, 9001:13, 9002:5, 9003:19, 9004:13, 9004:15, 9004:16, 9006:16, 9006:20, 9012:24, 9018:16, 9022:14, 9023:4, 9038:25, 9044:21, 9045:1, 9046:5, 9046:10, 9047:6, 9047:11, 9047:12, 9047:13, 9047:20, 9048:16, 9049:8, 9051:21, 9054:5, 9056:18, 9056:22, 9057:2, 9057:20, 9058:21, 9058:24, 9062:9, 9062:10, 9064:12, 9077:9, 9078:3, 9078:6, 9078:18, 9078:19, 9078:20, 9079:14, 9080:5, 9080:7, 9081:15, 9081:16

**dataset** [6] - 9000:22, 9000:25, 9001:1, 9001:6, 9002:3, 9003:15

**date** [2] - 9014:6, 9042:24

**Dated** [1] - 9090:7

**dates** [1] - 9040:25

**David** [1] - 8958:17

**David.dahlquist@usdoj.gov** [1] - 8958:20

**DAY** [1] - 8958:3

**days** [4] - 8988:4,

8995:3, 9024:7, 9051:4

**DC** [2] - 8958:16, 8959:15

**de** [2] - 9045:25, 9046:2

**de-link** [2] - 9045:25, 9046:2

**dead** [1] - 8991:5

**deal** [3] - 8989:23, 9086:4

**deals** [3] - 8966:1, 8986:10, 8989:10

**debate** [1] - 9037:16

**debated** [1] - 9012:6

**December** [1] - 8978:17

**decide** [2] - 8967:19, 8976:25

**decided** [2] - 9037:18, 9046:21

**deciding** [1] - 8968:22

**decision** [8] - 8967:17, 8967:19, 8967:22, 8967:23, 8969:2, 8969:4, 8969:8

**deck** [11] - 8969:20, 8970:2, 8970:5, 8970:9, 8971:23, 8983:20, 8984:10, 8984:21, 9055:7, 9055:11

**decline** [1] - 8964:22

**deeds** [1] - 9061:21

**deep** [4] - 8976:25, 8990:9, 9012:12, 9059:19

**deeper** [3] - 8999:17, 9037:7, 9037:10

**deepest** [1] - 9032:18

**deeply** [9] - 8993:18, 8999:6, 9032:25, 9038:15, 9041:13, 9070:11, 9075:12, 9079:16

**default** [33] - 8966:1, 8967:3, 8967:10, 8990:22, 8998:13, 8999:19, 9004:6, 9008:20, 9011:6, 9011:23, 9012:1, 9012:2, 9012:9, 9012:21, 9013:10, 9013:17, 9016:8, 9026:24, 9048:4, 9050:7, 9050:11, 9050:20, 9051:8, 9051:9, 9052:22, 9054:6, 9057:12, 9057:14, 9058:4, 9063:23, 9063:24,

9069:18, 9069:20

**defaults** [2] - 9051:21, 9057:21

**Defendant** [2] - 8958:7, 8959:5

**defining** [1] - 8976:18

**definitely** [2] - 8980:25, 9081:11

**definition** [6] - 8965:25, 8968:21, 8973:5, 8976:20, 8979:2, 9026:2

**degree** [3] - 8985:24, 8985:25, 8986:5, 8986:6, 8986:10, 8987:3, 8995:21, 9048:20

**delay** [3] - 8982:25, 9069:16, 9069:17

**delayed** [1] - 9070:8

**delegated** [1] - 9037:17

**delete** [45] - 8992:3, 9010:1, 9010:6, 9010:7, 9010:9, 9010:21, 9011:2, 9011:3, 9011:4, 9011:19, 9011:23, 9012:13, 9012:16, 9014:4, 9014:5, 9014:7, 9014:8, 9014:9, 9014:16, 9023:8, 9023:22, 9024:2, 9024:6, 9024:7, 9024:15, 9049:8, 9049:21, 9049:24, 9050:20, 9050:22, 9050:24, 9051:2, 9051:3, 9051:4, 9053:14, 9054:13, 9057:9, 9057:11, 9058:4, 9059:5, 9080:4, 9080:7, 9080:11, 9081:15

**Delete** [6] - 9023:21, 9049:13, 9049:14, 9049:15, 9049:16, 9049:17

**deleted** [5] - 9010:5, 9010:11, 9010:23, 9050:4, 9052:3

**deleting** [2] - 8995:7, 9027:23

**deletion** [5] - 9012:19, 9013:21, 9014:3, 9080:9, 9080:10

**deliberate** [1] - 9075:4

**deliver** [1] - 9077:8

**delivers** [1] - 8984:13

9100

**delved** [1] - 9037:10
**demand** [5] - 8967:16, 8968:20, 8969:7, 8973:5, 9012:12
**demand-side** [1] - 8967:16
**demonstration** [1] - 9050:11
**demonstrative** [6] - 8960:9, 8976:14, 8979:13, 8992:7, 9088:11, 9088:12
**demonstratives** [2] - 8969:23, 9088:20
**Denver** [1] - 8958:23
**DEPARTMENT** [4] - 8958:12, 8958:15, 8958:17, 8958:22
**depiction** [1] - 8962:15
**deposition** [1] - 9088:1
**depth** [1] - 9022:17
**DEPUTY** [2] - 8985:13, 9089:9
**derived** [1] - 9004:13
**describe** [10] - 8968:16, 8989:8, 8990:18, 8991:18, 8996:18, 8996:20, 9000:4, 9021:15, 9045:15, 9067:23
**described** [9] - 8992:13, 8992:14, 8997:20, 9006:1, 9020:12, 9025:24, 9062:6, 9065:24, 9069:12
**describes** [2] - 9041:14, 9060:12
**describing** [1] - 9015:20
**description** [1] - 8961:13
**design** [14] - 8991:9, 8993:19, 8999:25, 9020:13, 9052:21, 9053:1, 9053:7, 9054:14, 9054:16, 9054:19, 9057:20, 9057:21, 9074:6, 9082:24
**designed** [6] - 9057:17, 9065:7, 9065:13, 9065:14, 9065:23, 9069:4
**designing** [4] - 8998:4, 8998:8, 9012:7, 9052:5
**desirability** [2] -

8962:9, 8963:2
**desktop** [2] - 9007:3, 9007:13
**destination** [1] - 9081:20
**detail** [4] - 8998:12, 9009:3, 9022:16, 9060:18
**details** [1] - 9070:6
**detectable** [1] - 8982:7
**detecting** [3] - 8989:16, 8989:24, 8990:1
**determine** [1] - 9033:17
**determined** [2] - 9061:4, 9074:17
**develop** [1] - 9068:6
**developers** [1] - 9005:22
**developing** [1] - 8982:13
**development** [1] - 9084:8
**device** [17] - 8994:10, 8994:18, 8997:1, 8998:20, 9001:12, 9001:15, 9001:18, 9001:23, 9027:9, 9030:10, 9033:11, 9033:16, 9033:20, 9033:22, 9034:21, 9065:10, 9066:15
**devices** [3] - 9001:11, 9033:23, 9065:11
**Dickman** [2] - 8959:13, 9090:11
**DICKMAN** [1] - 9090:3
**differ** [1] - 9050:15
**difference** [5] - 8964:19, 8965:12, 9033:7, 9034:3, 9034:25
**differences** [3] - 9032:5, 9036:14, 9036:18
**different** [32] - 8962:17, 8962:24, 8963:6, 8963:14, 8963:15, 8967:14, 8967:23, 8979:14, 8996:3, 8996:13, 8996:14, 8996:21, 8996:23, 8998:16, 9006:10, 9011:10, 9013:1, 9016:12, 9027:3, 9028:22, 9034:8, 9050:14, 9052:17, 9052:22,

9053:23, 9054:3, 9057:15, 9067:9, 9070:21, 9070:24, 9072:22
**differential** [9] - 9000:21, 9002:12, 9002:14, 9002:17, 9002:19, 9002:25, 9003:16, 9005:21, 9005:23
**differently** [2] - 8967:21, 9018:22
**difficult** [3] - 9070:5, 9087:14
**dig** [1] - 8975:11
**digital** [2] - 9062:2, 9062:13
**dimensions** [2] - 8990:21, 9076:12
**Dintzer** [5] - 8958:11, 8965:24, 8969:18, 8971:22, 8972:4
**DINTZER** [9] - 8966:21, 8968:11, 8973:8, 8977:10, 8984:19, 8985:4, 9088:7, 9088:19, 9088:25
**Dintzer's** [1] - 8973:15
**DIRECT** [1] - 8985:19
**Direct** [1] - 9091:6
**direct** [13] - 8965:6, 8967:4, 8967:18, 8973:9, 8984:21, 9030:5, 9049:25, 9057:25, 9083:20, 9084:11, 9085:7, 9085:8, 9085:23
**directing** [1] - 9024:19
**direction** [2] - 9015:23, 9087:16
**directly** [5] - 8975:13, 8983:8, 9023:20, 9078:22, 9084:13
**directors** [1] - 9041:3
**disappear** [1] - 9063:24
**disappears** [1] - 9067:4
**disciplines** [1] - 8986:12
**disclosure** [1] - 9048:20
**discovered** [1] - 9059:14
**discrete** [2] - 8969:8, 8969:12
**discuss** [2] - 9018:5, 9031:14
**discussed** [8] -

9024:5, 9031:18, 9031:23, 9031:24, 9032:6, 9032:10, 9037:14, 9081:5
**discussing** [5] - 8966:25, 8967:1, 9005:25, 9022:21, 9036:14
**discussion** [4] - 8982:9, 9030:3, 9036:20, 9080:8
**displaced** [1] - 8975:3
**display** [2] - 8970:23, 8971:2
**displayed** [1] - 8969:24
**distinct** [1] - 9021:4
**distinction** [4] - 8967:2, 8967:6, 8993:7, 9071:20
**distinctions** [1] - 9053:24
**distinguish** [1] - 9053:24
**DISTRICT** [3] - 8958:1, 8958:1, 8958:10
**dividing** [1] - 8963:18
**Doctor** [1] - 8960:9
**document** [34] - 8960:10, 8960:13, 8960:23, 8963:24, 8971:4, 8972:8, 8972:21, 8972:24, 8973:7, 8973:10, 8974:2, 8974:20, 8975:9, 8975:22, 8976:15, 8977:4, 8977:16, 8977:19, 8978:23, 8979:1, 8979:21, 8980:3, 8980:12, 8983:18, 9041:21, 9042:4, 9046:18, 9054:22, 9054:24, 9058:8, 9058:12, 9075:13, 9077:6, 9087:5
**documents** [17] - 8971:22, 8972:1, 8972:13, 8973:12, 8973:17, 8973:18, 8980:21, 8980:22, 8980:23, 8981:1, 8981:2, 8981:3, 8984:20, 8985:3, 9061:20, 9086:24, 9087:7
**DoJ** [5] - 8958:11, 8966:5, 9039:4, 9080:3, 9088:7
**dollars** [1] - 9038:12

9101

**done** [18] - 8965:2, 8982:20, 9000:24, 9008:12, 9008:24, 9013:23, 9014:4, 9014:16, 9017:25, 9021:12, 9024:17, 9025:4, 9035:5, 9054:18, 9063:11, 9066:24, 9085:7, 9085:11
**door** [2] - 8960:5, 8974:22
**dots** [1] - 9028:10
**down** [17] - 8965:10, 8967:20, 8970:19, 8971:3, 8982:18, 8982:22, 8986:2, 8993:13, 9011:9, 9022:23, 9052:19, 9052:21, 9052:23, 9052:24, 9076:22, 9079:24, 9084:25
**dozen** [1] - 8990:6
**Dr** [21] - 8967:1, 8967:24, 8968:16, 8969:20, 8969:21, 8971:8, 8973:16, 8974:3, 8974:20, 8975:8, 8975:17, 8975:20, 8977:8, 8977:16, 8978:15, 8979:23, 8980:5, 8980:21, 8981:19, 8985:5, 9088:25
**dr** [1] - 8965:19
**drag** [1] - 9052:8
**dramatic** [1] - 8982:5
**dramatically** [1] - 8982:19
**drawn** [1] - 8960:11
**drive** [2] - 9068:3, 9082:16
**Drive** [1] - 9062:16
**drop** [6] - 8965:1, 9011:9, 9052:19, 9052:21, 9052:23, 9052:24
**drop-down** [4] - 9052:19, 9052:21, 9052:23, 9052:24
**DuckDuckGo** [12] - 9031:17, 9032:3, 9032:6, 9032:9, 9034:3, 9034:8, 9034:10, 9034:11, 9035:1, 9035:9, 9036:15, 9036:22
**DuckDuckGo's** [2] - 9033:8, 9034:17
**dug** [2] - 9059:15

**duly** [1] - 8985:15
**duplicate** [1] - 9059:22
**duration** [1] - 9066:21
**during** [5] - 8969:24, 8988:7, 8994:20, 9018:6, 9086:9
**DX**............................
.........................**8963** [1] - 9091:10
**DX225** [1] - 8978:13
**DX245** [1] - 8979:19
**DX246** [1] - 8972:18
**DX3058** [2] - 8960:11, 8963:20
**DX3249** [2] - 8977:3, 8977:9
**DX3249**......................
............................**8977** [1] - 9091:11
**DX85** [1] - 8975:15
**DXD21.001** [1] - 8970:1
**DXD21.017** [2] - 8969:17, 8970:2
**DXD29** [1] - 8992:9
**DXD29.028** [1] - 8978:8
**DXD29.070** [1] - 8960:9
**DXD30** [2] - 9088:14, 9088:17
**dXD30**........................
............................**9088** [1] - 9091:10
**dynamics** [1] - 9086:8

# E

**e.g** [5] - 9058:21, 9058:23, 9068:21, 9068:22, 9068:23
**early** [5] - 8988:4, 8993:14, 8995:2, 9061:8, 9084:6
**Earth** [1] - 8988:18
**ease** [3] - 9051:23, 9080:9, 9081:23
**easier** [8] - 9031:5, 9049:7, 9049:17, 9054:7, 9068:20, 9080:4, 9080:6, 9081:14
**easily** [3] - 9006:9, 9021:18, 9024:1
**easy** [1] - 9049:16
**Eco** [1] - 8974:16
**economic** [1] - 8982:18
**economically** [1] -

9074:20
**edge** [1] - 8991:11
**education** [1] - 8985:23
**educational** [1] - 9065:20
**effect** [3] - 8962:16, 8997:9, 9085:15
**effectively** [1] - 9087:10
**efficient** [1] - 8961:3
**effort** [5] - 9040:14, 9073:17, 9082:8, 9082:15, 9083:2
**efforts** [3] - 9051:1, 9068:23, 9083:17
**eighth** [3] - 9072:5, 9072:6, 9073:22
**either** [11] - 8973:16, 8975:7, 9000:6, 9024:9, 9029:15, 9034:2, 9061:7, 9080:11, 9080:24, 9081:2, 9086:5
**elements** [1] - 9057:21
**elevated** [2] - 8995:14, 8995:18
**elicited** [1] - 9086:23
**elsewhere** [2] - 9017:8, 9071:8
**email** [22] - 8959:4, 8995:6, 9001:21, 9017:4, 9030:13, 9041:20, 9042:6, 9042:20, 9042:24, 9042:25, 9043:5, 9043:11, 9055:3, 9058:10, 9062:6, 9075:6, 9075:8, 9075:16, 9079:23, 9083:10, 9084:12
**Email** [9] - 8958:14, 8958:16, 8958:20, 8958:24, 8958:25, 8959:8, 8959:9, 8959:12, 8959:16
**embedded** [2] - 8977:11, 8990:15
**emerging** [2] - 8980:2, 8980:6
**employee** [2] - 9040:18, 9085:5
**employees** [5] - 8990:4, 8990:7, 8990:13, 9038:9, 9040:14
**employer** [1] - 9065:19
**enable** [3] - 9004:13, 9007:8, 9058:23

**enabled** [1] - 9012:25
**enables** [2] - 9038:18, 9045:24
**enacted** [5] - 9062:14, 9062:15, 9063:9, 9063:10, 9080:6
**encompassing** [1] - 9008:2
**encourage** [7] - 8999:10, 9011:19, 9017:23, 9019:21, 9019:22, 9020:2, 9030:8
**encouraged** [2] - 9017:16, 9019:9
**encouragement** [2] - 9010:20, 9016:25
**encourages** [1] - 9038:18
**encouraging** [1] - 9018:18
**encrypted** [2] - 8999:19, 9002:3
**encrypting** [1] - 9064:12
**encryption** [2] - 9001:25, 9002:1
**end** [9] - 8964:6, 8972:25, 8976:18, 8998:6, 8998:9, 9001:3, 9052:8, 9085:25, 9086:1
**ending** [6] - 9044:13, 9055:4, 9075:6, 9079:24, 9080:15, 9082:8
**ends** [5] - 8961:14, 9055:12, 9058:13, 9068:13, 9075:17
**enforce** [1] - 9054:4
**enforced** [1] - 9054:9
**enforcement** [2] - 9003:24, 9004:12
**engagement** [9] - 8994:13, 9012:15, 9023:23, 9062:24, 9064:18, 9064:20, 9066:1, 9066:20, 9070:20
**engine** [1] - 8967:13
**engineer** [3] - 8986:14, 8988:3, 9057:10
**engineering** [15] - 8988:5, 8988:9, 9032:18, 9045:25, 9048:12, 9054:15, 9059:4, 9059:9, 9060:11, 9062:5, 9067:22, 9067:23,

9102

9069:24, 9073:6, 9073:8

**engineers** [1] - 8990:9
**engines** [5] - 8966:1, 8966:10, 8966:13, 8975:6, 8996:22
**English** [1] - 9028:4
**enhancing** [5] - 9000:1, 9000:14, 9000:17, 9005:3, 9005:18
**enlightening** [1] - 9054:11
**ensure** [2] - 9063:24, 9080:18
**enter** [1] - 9077:7
**entertaining** [1] - 8987:4
**entire** [4] - 8980:22, 9060:17, 9082:20, 9087:25
**entirely** [2] - 9009:15, 9085:8
**entirety** [1] - 9087:23
**entities** [2] - 9065:18, 9065:22
**entry** [9] - 9007:7, 9007:11, 9007:14, 9020:10, 9020:11, 9020:17, 9030:5, 9034:14, 9050:14
**ephemeral** [1] - 9026:8
**equal** [1] - 9057:4
**especially** [1] - 8979:16
**essentially** [1] - 9026:11
**estimated** [1] - 9029:12
**et** [6] - 8958:3, 8997:4, 9015:21, 9022:25, 9061:21, 9069:8
**evaluating** [1] - 8980:7
**evangelizes** [1] - 8987:17
**evening** [1] - 9088:6
**events** [1] - 8969:12
**everywhere** [1] - 9047:13
**evidence** [15] - 8963:21, 8966:22, 8968:25, 8971:8, 8972:18, 8975:16, 8977:9, 8978:14, 8979:22, 8982:25, 8983:5, 8983:24, 8984:12, 9041:22, 9054:25

**evolution** [1] - 9040:2
**evolved** [1] - 8994:25
**exact** [2] - 9040:25, 9062:21
**exactly** [6] - 8962:19, 8963:1, 8995:24, 9034:22, 9062:7, 9063:7
**examination** [3] - 8985:1, 9039:4, 9085:23
**Examination** [6] - 9091:4, 9091:4, 9091:6, 9091:6, 9091:7, 9091:7
**EXAMINATION** [6] - 8960:7, 8965:17, 8985:19, 9039:7, 9077:21, 9080:1
**examine** [2] - 8975:2, 9031:25
**examined** [1] - 8985:16
**example** [41] - 8990:10, 8994:6, 8994:12, 8998:16, 8998:19, 8999:7, 8999:18, 9001:11, 9001:17, 9002:25, 9003:5, 9003:9, 9004:12, 9005:17, 9008:25, 9009:24, 9015:6, 9016:10, 9019:19, 9020:1, 9023:24, 9025:16, 9026:19, 9027:22, 9028:15, 9046:8, 9046:22, 9048:1, 9059:18, 9060:1, 9062:19, 9062:25, 9063:11, 9064:18, 9065:16, 9065:22, 9070:21, 9078:5, 9078:25, 9081:1, 9085:16
**examples** [11] - 8993:20, 9000:13, 9000:17, 9007:23, 9019:14, 9021:7, 9035:4, 9038:1, 9050:25, 9063:10, 9083:23
**except** [1] - 8984:23
**exception** [1] - 8984:23
**exchange** [1] - 8971:24
**excited** [1] - 8995:3
**excitement** [1] - 8995:8

**excuse** [1] - 9063:15
**executive** [1] - 9042:22
**executives** [3] - 9031:12, 9042:21, 9061:2
**exhibit** [3] - 9044:13, 9088:11, 9088:12
**Exhibit** [1] - 8974:9
**exhibits** [1] - 8969:23
**EXHIBITS** [1] - 9091:9
**exist** [1] - 9006:21
**existed** [1] - 9024:21
**existing** [2] - 9009:20, 9009:24
**exists** [2] - 8967:7, 9062:1
**expand** [1] - 9038:14
**expanded** [1] - 9072:19
**expansion** [1] - 9038:7
**expect** [2] - 9086:11, 9086:15
**expectation** [1] - 9087:22
**expectations** [2] - 8994:24, 9060:5
**Expedia** [1] - 8976:22
**experience** [47] - 8988:8, 8990:11, 8993:4, 8993:12, 9009:18, 9009:19, 9010:1, 9010:14, 9012:9, 9014:25, 9015:2, 9015:19, 9016:10, 9016:16, 9019:8, 9024:24, 9029:7, 9031:3, 9031:4, 9033:22, 9035:15, 9035:18, 9035:24, 9036:4, 9036:24, 9037:5, 9050:14, 9050:24, 9051:24, 9053:9, 9062:22, 9068:24, 9069:3, 9069:7, 9069:23, 9073:1, 9073:6, 9073:15, 9073:24, 9074:7, 9074:12, 9074:14, 9074:21, 9078:13, 9082:1, 9084:5, 9084:16
**Experiences** [1] - 8988:22
**experiences** [6] - 9019:15, 9020:14, 9021:22, 9028:17, 9038:20, 9038:22

**experiment** [1] - 9035:23
**experimental** [1] - 9048:6
**experimentation** [1] - 9035:17
**expert** [4] - 9032:23, 9041:12, 9046:20, 9070:2
**expertise** [1] - 8990:7
**experts** [2] - 8982:10, 9032:18
**explain** [12] - 8967:6, 8968:19, 9000:20, 9008:14, 9021:19, 9030:6, 9038:12, 9045:8, 9052:6, 9070:14, 9076:12, 9081:8
**explainability** [1] - 9081:23
**explained** [6] - 9004:24, 9032:9, 9057:14, 9060:16, 9065:6, 9080:23
**explainer** [5] - 9009:17, 9010:16, 9046:7, 9076:17, 9077:5
**explainers** [3] - 9021:13, 9022:13, 9082:3
**explaining** [4] - 8995:23, 9022:8, 9023:1, 9083:16
**explains** [2] - 8980:12, 9009:22
**explanation** [1] - 9045:18
**explicit** [1] - 9078:24
**explore** [3] - 9027:4, 9032:19, 9068:19
**expose** [4] - 8995:22, 9025:17, 9051:1, 9060:19
**exposed** [3] - 8987:11, 9011:22, 9025:15
**exposing** [1] - 9003:18
**express** [1] - 9053:9
**expressed** [1] - 9060:3
**extent** [4] - 8975:6, 8997:15, 9005:12, 9086:21
**extra** [4] - 8961:4, 9030:11, 9051:24, 9067:10
**extract** [1] - 8993:25
**extracted** [1] - 9001:3
**extreme** [2] - 8996:6,

9074:2
**eye** [1] - 8998:1

# F

**face** [1] - 8996:15
**Facebook** [6] -
8963:7, 8970:16,
8970:17, 8970:19,
8981:1, 8997:4
**faces** [1] - 8996:19
**facing** [1] - 9081:6
**fact** [13] - 8970:11,
8979:9, 8983:25,
8984:13, 8992:23,
8994:15, 9026:22,
9029:24, 9050:17,
9054:8, 9073:20,
9074:12
**factors** [3] - 8998:10,
9057:23, 9058:2
**fair** [7] - 8973:19,
8980:8, 8981:23,
9012:6, 9021:3,
9022:16, 9073:4
**fall** [1] - 9059:16
**falling** [1] - 8996:20
**familiar** [9] - 8999:25,
9003:8, 9025:6,
9030:11, 9048:10,
9048:23, 9070:10,
9070:11, 9079:16
**family** [1] - 8987:15
**far** [4] - 8980:24,
8984:23, 9013:25,
9077:9
**fashion** [1] - 9019:24
**fault** [2] - 9060:6,
9063:16
**feasible** [1] - 9074:20
**feature** [17] - 8982:15,
8982:22, 8991:16,
8998:5, 8999:20,
9008:1, 9027:18,
9028:14, 9028:15,
9029:2, 9029:3,
9035:19, 9040:4,
9040:7, 9053:21,
9081:10, 9084:2
**features** [17] -
8982:14, 8982:17,
8982:21, 8983:25,
8997:17, 8998:16,
9012:25, 9020:24,
9030:3, 9032:1,
9032:5, 9035:22,
9037:22, 9039:25,
9045:24, 9057:20,
9072:20
**February** [3] -

8964:11, 8964:14,
9014:6
**federated** [5] - 9001:7,
9001:8, 9001:10,
9004:23, 9004:24
**feed** [3] - 9001:15,
9057:24, 9058:2
**feedback** [2] -
9020:20, 9040:3
**fellow** [1] - 9032:17
**felt** [12] - 8987:17,
8994:4, 9012:7,
9013:1, 9013:9,
9013:14, 9013:15,
9013:16, 9051:17,
9053:20, 9054:5,
9071:13
**few** [9] - 8970:10,
8972:13, 8976:13,
9007:23, 9019:17,
9029:13, 9047:2,
9050:16, 9083:23
**fewer** [1] - 9073:19
**Fifth** [1] - 8958:15
**fifth** [2] - 9061:11,
9063:14
**figure** [1] - 9004:17
**final** [2] - 8981:5,
8991:23
**finally** [1] - 9044:3
**finance** [1] - 8975:2
**fine** [2] - 9003:6,
9018:2
**firms** [1] - 8979:7
**first** [30] - 8972:25,
8979:4, 8979:10,
8985:15, 8986:20,
8987:1, 8990:21,
8991:10, 8993:2,
8993:22, 8995:4,
8996:9, 8996:21,
8998:13, 8998:17,
9002:12, 9002:13,
9002:17, 9008:9,
9009:13, 9012:22,
9017:11, 9029:8,
9041:12, 9044:24,
9045:8, 9053:22,
9065:23, 9085:6,
9088:2
**fit** [2] - 9017:2,
9017:24
**fits** [1] - 8996:5
**Fitzpatrick** [6] -
8985:12, 8985:17,
8985:22, 8990:18,
9039:9, 9091:5
**fitzpatrick** [1] -
9077:23
**FITZPATRICK** [1] -

8985:14
**five** [2] - 9051:21,
9077:19
**flavor** [1] - 9013:3
**flight** [1] - 8967:20
**flip** [3] - 9010:14,
9075:19, 9076:19
**flipping** [1] - 9055:13
**floated** [1] - 9052:5
**floor** [1] - 8987:6
**Floor** [2] - 8958:23,
8959:11
**flourished** [1] -
8974:17
**focus** [8] - 8966:16,
8966:17, 8980:10,
8990:14, 8990:16,
8991:24, 8995:13,
8995:18
**focused** [1] - 8989:19
**focuses** [1] - 8989:15
**focusing** [1] - 9018:23
**folder** [1] - 9062:20
**follow** [5] - 9004:9,
9019:7, 9034:7,
9037:17, 9071:4
**follow-up** [1] -
9037:17
**following** [3] -
8987:18, 9071:6,
9071:17
**follows** [1] - 8985:16
**foolproof** [1] -
9079:11
**FOR** [1] - 8958:1
**forced** [1] - 9054:14
**foregoing** [1] - 9090:4
**foremost** [1] - 9041:12
**forevermore** [1] -
8969:5
**form** [2] - 8980:9,
9002:15
**former** [1] - 9042:11
**forms** [2] - 8990:2,
9002:2
**forth** [1] - 9086:9
**forward** [5] - 8964:25,
9067:21, 9075:18,
9076:19, 9083:3
**foundation** [4] -
8973:10, 8988:23,
8991:7, 9038:15
**foundations** [1] -
8989:12
**four** [2] - 8978:1,
8986:25
**fourth** [4] - 8987:5,
9058:14, 9060:7,
9060:12
**framework** [1] -

9068:4
**frankly** [2] - 8980:10,
8994:24
**fraud** [2] - 9026:5,
9032:11
**free** [8] - 9038:16,
9063:22, 9072:11,
9072:15, 9072:25,
9073:6, 9073:23,
9074:12
**free/private** [1] -
9080:16
**frequent** [1] - 9019:3
**frequently** [1] -
9001:20
**friends** [1] - 8987:15
**front** [3] - 8966:6,
9039:14, 9068:5
**full** [8] - 8970:14,
8970:25, 8981:2,
8982:14, 8988:3,
9048:20, 9058:23,
9090:5
**full-time** [2] - 8970:14,
8988:3
**fully** [1] - 9070:16
**functionality** [2] -
9021:6, 9023:3
**fundamentally** [1] -
8967:23
**Fundamentals** [1] -
8972:23
**funnel** [3] - 8962:5,
8962:13, 8962:17
**future** [1] - 9044:16
**fuzzy** [1] - 9064:6

# G

**gardens** [1] - 8974:16
**gateway** [1] - 8974:14
**gather** [1] - 9032:13
**gathering** [1] -
9088:22
**Gboard** [1] - 9001:18
**gears** [2] - 8971:21,
9025:5
**general** [12] - 8966:9,
8966:10, 8966:13,
8994:21, 8996:22,
9012:23, 9028:7,
9029:16, 9062:16,
9067:7, 9069:14,
9079:9
**generalists** [1] -
8990:11
**generally** [6] - 8997:5,
9012:10, 9071:20,
9073:9, 9077:7,
9086:24

gentler [1] - 8981:17
Geo [1] - 8988:16
given [7] - 8967:17,
9027:12, 9064:19,
9067:24, 9077:2,
9087:1
Gmail [9] - 9002:25,
9003:1, 9003:6,
9022:25, 9045:14,
9045:16, 9045:20,
9045:25, 9046:2
goal [3] - 8971:24,
8997:21, 9068:9
Goodrich [1] -
8959:10
Google [284] - 8958:6,
8959:5, 8969:4,
8971:12, 8971:22,
8972:1, 8972:8,
8973:16, 8973:17,
8973:18, 8974:19,
8975:21, 8976:12,
8976:15, 8978:2,
8978:10, 8978:17,
8979:21, 8980:23,
8981:2, 8981:20,
8982:14, 8982:16,
8982:17, 8982:20,
8982:23, 8983:14,
8985:10, 8986:17,
8986:18, 8986:19,
8986:20, 8987:2,
8987:11, 8987:22,
8987:25, 8988:10,
8988:11, 8988:17,
8988:18, 8988:25,
8989:13, 8989:17,
8990:4, 8990:13,
8990:14, 8990:19,
8992:1, 8992:2,
8992:4, 8992:12,
8992:16, 8992:19,
8993:24, 8993:25,
8994:1, 8994:20,
8995:17, 8995:25,
8996:15, 8996:18,
8997:15, 8998:18,
8999:14, 8999:20,
9000:8, 9000:9,
9000:12, 9000:18,
9001:18, 9002:10,
9002:20, 9003:5,
9003:8, 9003:25,
9004:1, 9004:3,
9004:7, 9004:11,
9004:24, 9005:3,
9005:17, 9006:4,
9006:8, 9006:10,
9006:14, 9006:15,
9006:17, 9006:18,

9006:22, 9007:5,
9007:9, 9008:13,
9008:17, 9009:9,
9009:18, 9009:19,
9011:6, 9011:13,
9011:19, 9011:23,
9012:21, 9013:24,
9015:2, 9015:6,
9015:14, 9016:1,
9016:6, 9016:8,
9016:9, 9016:11,
9016:20, 9017:7,
9017:13, 9018:14,
9018:17, 9018:25,
9019:2, 9019:9,
9020:15, 9020:20,
9020:25, 9022:3,
9022:4, 9022:11,
9022:12, 9022:20,
9023:5, 9023:6,
9023:13, 9024:5,
9024:8, 9024:9,
9025:3, 9025:11,
9025:12, 9025:25,
9026:2, 9027:25,
9028:14, 9029:2,
9030:8, 9030:17,
9030:22, 9032:2,
9032:6, 9032:10,
9032:14, 9032:17,
9032:21, 9032:24,
9033:13, 9033:14,
9033:24, 9034:2,
9034:3, 9034:9,
9034:12, 9034:13,
9034:25, 9035:4,
9036:4, 9036:15,
9036:21, 9037:4,
9037:13, 9037:15,
9037:22, 9038:14,
9038:19, 9040:12,
9040:14, 9040:18,
9041:2, 9041:12,
9042:12, 9042:13,
9042:21, 9043:9,
9044:11, 9045:5,
9045:13, 9045:17,
9045:22, 9045:23,
9045:25, 9046:1,
9046:3, 9046:15,
9047:16, 9047:19,
9047:23, 9048:1,
9048:8, 9048:12,
9048:17, 9049:12,
9049:14, 9050:2,
9050:24, 9051:8,
9051:20, 9052:1,
9052:25, 9053:5,
9053:6, 9053:7,
9054:13, 9054:14,
9054:18, 9055:24,

9055:25, 9056:5,
9056:18, 9056:20,
9056:21, 9057:1,
9057:12, 9058:3,
9058:24, 9059:3,
9059:6, 9059:14,
9060:11, 9060:23,
9062:5, 9062:8,
9062:14, 9062:16,
9062:19, 9062:21,
9063:11, 9065:1,
9065:4, 9066:3,
9066:12, 9066:19,
9067:6, 9067:16,
9067:17, 9068:18,
9069:2, 9069:7,
9069:15, 9069:18,
9069:20, 9069:21,
9069:24, 9070:8,
9071:21, 9072:12,
9072:15, 9072:18,
9072:25, 9073:5,
9073:10, 9074:12,
9074:16, 9075:25,
9078:2, 9078:8,
9078:18, 9078:25,
9079:14, 9080:6,
9080:13, 9080:20,
9080:22, 9081:17,
9081:19, 9081:21,
9082:1, 9082:10,
9082:16, 9083:18,
9084:2, 9085:4,
9085:5, 9085:12
Google's [28] -
8972:4, 8982:1,
8987:8, 8988:24,
8989:16, 8993:14,
8994:19, 9001:9,
9004:25, 9007:19,
9022:6, 9026:4,
9026:11, 9028:6,
9032:19, 9033:9,
9035:14, 9036:3,
9036:17, 9036:25,
9040:21, 9042:20,
9042:21, 9054:5,
9058:5, 9071:14,
9071:19, 9075:2
gosh [1] - 8995:4
granular [3] - 9048:2,
9048:19, 9060:4
granularity [2] -
9012:18, 9053:25
graph [4] - 9055:17,
9055:23, 9056:10,
9056:17
graphs [1] - 9055:14
great [4] - 8987:20,
9045:9, 9051:1,

9055:21
greater [3] - 9013:10,
9013:13, 9043:19
grid [1] - 9061:20
groundbreaking [1] -
8994:3
group [4] - 8987:7,
8988:17, 9026:16,
9031:12
growing [1] - 8995:20
grown [1] - 9038:6
growth [1] - 9038:8
guarantee [5] -
9000:22, 9001:5,
9002:16, 9054:7,
9065:21
guaranteed [1] -
9003:18
guarantees [2] -
9000:5, 9000:25
guess [6] - 8961:1,
9003:23, 9033:4,
9067:2, 9069:5,
9071:13
guidance [2] - 9022:5,
9022:13
Guide [2] - 9022:12,
9022:20
guy [1] - 9013:6

## H

hack [1] - 8991:3
half [3] - 9057:7,
9057:10, 9086:12
halfway [1] - 9043:17
hand [8] - 8972:12,
8985:13, 9011:8,
9055:15, 9055:18,
9055:23, 9056:11,
9063:1
handful [2] - 9040:6,
9052:18
handing [1] - 8983:17
handled [1] - 9000:7
handout [1] - 8981:13
happily [1] - 8996:9
happiness [1] -
9035:21
happy [2] - 8977:13,
9083:22
hard [4] - 9012:9,
9053:9, 9053:24,
9084:10
harmed [1] - 8983:1
harmful [2] - 8990:1,
8999:6
head [1] - 8989:4
heading [2] - 8975:21,
8980:14

**headline** [6] - 9047:5, 9061:13, 9061:16, 9061:22, 9068:13, 9072:11
**headlined** [1] - 9049:7
**health** [1] - 9061:21
**healthy** [1] - 8993:12
**hear** [4] - 8986:4, 9071:3, 9086:19, 9087:20
**heard** [7] - 9028:18, 9029:19, 9035:16, 9041:16, 9071:15, 9085:16, 9087:19
**hearsay** [1] - 8977:12
**heavily** [1] - 8962:21
**heavy** [1] - 9059:19
**hedging** [1] - 9064:6
**held** [3] - 8987:24, 8993:17, 9040:24
**help** [6] - 8995:23, 9021:17, 9038:12, 9071:2, 9078:19, 9082:10
**helped** [1] - 9077:3
**helpful** [1] - 9054:10
**helping** [1] - 9068:3
**helps** [2] - 8999:16, 9033:17
**hereby** [1] - 9090:3
**herself** [1] - 9041:14
**hides** [1] - 9064:15
**Higgins** [1] - 9085:16
**high** [7] - 8990:18, 9000:20, 9022:9, 9058:17, 9060:9, 9078:14, 9079:13
**high-level** [1] - 9078:14
**high-quality** [1] - 9079:13
**higher** [4] - 8963:16, 8963:17, 9037:20, 9069:22
**higher-quality** [1] - 9069:22
**highest** [1] - 8961:23
**highjacking** [1] - 8989:24
**highlight** [1] - 8980:4
**highlighted** [1] - 8972:25
**historic** [1] - 9029:1
**historical** [3] - 9003:13, 9008:12, 9010:5
**histories** [1] - 9025:3
**History** [8] - 9004:5, 9004:7, 9004:10, 9008:10, 9008:11,

9008:19, 9008:23, 9014:13
**history** [26] - 8994:15, 9008:16, 9008:17, 9008:24, 9009:13, 9012:2, 9013:22, 9016:17, 9017:18, 9023:23, 9024:12, 9027:23, 9028:7, 9050:5, 9050:6, 9051:5, 9055:25, 9059:24, 9066:4, 9066:17, 9066:18, 9066:23, 9075:2, 9078:17, 9079:3, 9079:6
**Hoffman** [3] - 8958:14, 9039:5, 9039:11
**HOFFMAN** [10] - 9039:5, 9039:8, 9041:21, 9042:1, 9054:24, 9055:2, 9056:13, 9056:16, 9071:5, 9077:16
**Hoffman.................. 9039** [1] - 9091:6
**Holden** [2] - 9085:5, 9085:7
**home** [3] - 8976:4, 9006:16, 9084:23
**homepage** [4] - 9006:4, 9006:24, 9017:7, 9043:12
**homomorphic** [2] - 9001:25, 9002:1
**honestly** [1] - 8962:18
**Honor** [38] - 8960:4, 8960:14, 8963:20, 8965:15, 8966:21, 8968:11, 8972:14, 8973:8, 8975:16, 8977:7, 8977:10, 8977:11, 8978:14, 8979:22, 8981:15, 8984:3, 8984:19, 8985:4, 8985:9, 8992:6, 9018:1, 9018:2, 9018:10, 9039:1, 9039:5, 9041:21, 9041:23, 9054:24, 9056:14, 9079:22, 9084:18, 9085:4, 9086:15, 9087:2, 9088:8, 9088:9, 9088:10, 9088:19
**HONORABLE** [1] - 8958:9
**hope** [1] - 9079:5
**hopefully** [2] - 8996:1,

9043:25
**hopes** [1] - 8991:5
**hotel** [2] - 9045:6, 9046:8
**hour** [1] - 9086:12
**hours** [1] - 8965:21
**housekeeping** [1] - 8961:3
**hover** [1] - 9028:11
**hum** [3] - 9041:24, 9044:8, 9058:11
**human** [1] - 8986:11
**humans** [2] - 9003:16, 9026:14
**hundreds** [1] - 9016:22
**hurt** [1] - 9074:22
**hypothetical** [1] - 9003:2
**hypothetically** [1] - 9003:24

**I**

**Ian** [3] - 8958:14, 9039:5, 9039:11
**Ian.Hoffman@usdoj. gov** [1] - 8958:16
**icon** [3] - 9027:20, 9028:10, 9029:6
**ID** [7] - 9026:6, 9026:9, 9034:1, 9034:2, 9034:24, 9035:7, 9066:6
**idea** [16] - 8987:4, 8992:18, 9001:10, 9013:21, 9024:23, 9027:19, 9030:9, 9058:25, 9059:10, 9059:15, 9061:3, 9061:25, 9062:7, 9062:15, 9067:7, 9082:9
**ideas** [4] - 8993:19, 9059:11, 9061:1, 9072:24
**identical** [1] - 9088:14
**identifiable** [5] - 8991:14, 9000:23, 9001:1, 9001:2, 9027:6
**identifiably** [1] - 9003:22
**identified** [6] - 8993:3, 9015:7, 9033:6, 9033:7, 9034:3, 9035:1
**identifier** [2] - 9026:8, 9033:11
**identify** [4] - 8960:22, 8976:19, 9001:2, 9027:12

**identifying** [2] - 8972:5, 8999:21
**identity** [2] - 9017:22, 9064:15
**IDs** [2] - 9026:17, 9035:10
**IL** [1] - 8958:19
**Image** [1] - 8988:11
**image** [2] - 9014:10, 9018:23
**images** [1] - 8976:6
**imagine** [8] - 9003:15, 9015:10, 9019:25, 9048:14, 9050:15, 9060:14, 9070:4, 9082:20
**immediate** [3] - 8982:15, 8984:16, 9049:16
**immense** [1] - 9083:11
**impact** [3] - 8982:16, 9037:7, 9037:20
**implement** [1] - 9046:4
**implemented** [8] - 9046:20, 9046:23, 9061:8, 9061:9, 9067:19, 9069:12, 9080:25, 9081:3
**implication** [1] - 8971:12
**implications** [8] - 9009:22, 9021:5, 9021:16, 9031:15, 9033:2, 9050:19, 9050:23, 9074:2
**implying** [1] - 9073:2
**import** [1] - 8994:1
**important** [13] - 8994:5, 9013:2, 9013:10, 9018:15, 9030:18, 9032:11, 9038:22, 9040:12, 9061:19, 9066:11, 9067:4, 9071:18, 9079:18
**improve** [11] - 9001:13, 9021:20, 9026:4, 9027:1, 9035:6, 9035:25, 9036:4, 9036:24, 9067:25, 9068:24, 9081:19
**Improved** [1] - 9083:25
**improvements** [1] - 9067:17
**improving** [4] - 9000:5, 9037:19, 9037:22, 9049:14

9106

**IN** [1] - 8958:1
**in-session** [3] - 9035:11, 9035:14, 9035:25
**inbox** [2] - 9017:4, 9045:6
**include** [5] - 8965:25, 8977:1, 8989:4, 9001:19, 9035:23
**included** [4] - 8969:12, 8971:22, 8976:19, 8976:20
**includes** [1] - 9034:14
**including** [13] - 8975:1, 8986:12, 8992:4, 9020:23, 9032:11, 9035:18, 9035:25, 9037:24, 9061:2, 9067:1, 9067:3, 9073:19, 9081:15
**incognito** [32] - 8994:6, 8994:16, 9023:18, 9024:20, 9024:21, 9024:25, 9025:1, 9025:4, 9030:21, 9030:22, 9030:24, 9031:3, 9036:3, 9036:9, 9063:18, 9063:21, 9064:5, 9064:20, 9064:21, 9065:1, 9065:3, 9065:6, 9065:7, 9065:12, 9065:21, 9066:7, 9066:12, 9066:13, 9066:24, 9067:3, 9067:5, 9067:17
**income** [1] - 9078:15
**incoming** [1] - 8989:17
**inconsistent** [1] - 8968:17
**incorporated** [2] - 9002:19, 9003:1
**incorrect** [1] - 9079:11
**increase** [5] - 8970:21, 8970:22, 8970:23, 9069:24, 9070:5
**increased** [5] - 8995:14, 8995:17, 9068:22, 9070:14, 9081:17
**increasing** [4] - 8995:21, 9038:9, 9038:10, 9081:6
**increasingly** [1] - 8980:9
**incredibly** [1] - 9030:18

**indefinitely** [1] - 9012:3
**independently** [1] - 9035:12
**INDEX** [1] - 9091:1
**index** [1] - 9028:6
**indicate** [2] - 9035:21, 9052:9
**indicates** [1] - 8979:4
**indicating** [1] - 8981:1
**indications** [2] - 9048:23, 9082:5
**individual** [18] - 9003:19, 9004:8, 9004:16, 9007:10, 9015:20, 9016:23, 9026:14, 9027:12, 9031:21, 9051:2, 9051:3, 9051:4, 9074:11, 9074:15, 9078:21, 9079:19, 9080:12, 9080:18
**individuals** [2] - 9072:14, 9073:25
**individuals'** [1] - 9003:21
**industries** [1] - 9082:11
**industry** [13] - 8994:4, 8994:25, 8997:6, 8997:8, 8997:12, 8997:19, 9001:4, 9043:10, 9071:25, 9082:16, 9082:21
**industry-leading** [1] - 9001:4
**industry-wide** [1] - 9082:16
**infeasible** [1] - 9033:1
**infer** [1] - 9079:9
**inferences** [1] - 9079:11
**inferred** [3] - 9078:14, 9078:15, 9078:17
**infinite** [4] - 9010:24, 9053:7, 9053:9, 9068:7
**influence** [3] - 9025:16, 9026:17, 9035:6
**influences** [1] - 8997:10
**info** [2] - 9045:8, 9061:21
**inform** [5] - 8979:1, 8980:5, 9012:22, 9048:18, 9057:20
**information** [73] - 8974:23, 8974:25, 8977:21, 8991:5, 8991:14, 8992:1,

8995:5, 8997:3, 9000:23, 9001:1, 9001:2, 9001:14, 9001:23, 9003:21, 9004:2, 9004:3, 9006:17, 9008:12, 9009:9, 9010:9, 9010:18, 9010:24, 9011:11, 9011:14, 9013:9, 9015:21, 9016:8, 9016:15, 9017:21, 9018:25, 9022:3, 9022:17, 9023:2, 9026:3, 9027:20, 9027:24, 9028:5, 9028:24, 9029:9, 9029:15, 9032:14, 9033:16, 9034:20, 9038:21, 9040:12, 9040:15, 9041:10, 9040:15, 9045:21, 9046:12, 9047:16, 9047:23, 9048:2, 9052:2, 9053:14, 9062:17, 9062:18, 9066:2, 9066:4, 9066:23, 9068:19, 9069:20, 9069:23, 9073:12, 9073:16, 9074:3, 9074:8, 9078:9, 9078:11, 9078:12, 9078:14, 9078:24, 9081:10
**information-seeking** [1] - 9069:23
**informs** [1] - 9058:6
**infrastructure** [2] - 8989:22, 9032:19
**initial** [3] - 9026:17, 9030:17, 9071:1
**injecting** [1] - 9000:24
**innervate** [1] - 9040:3
**input** [2] - 8999:21, 9057:24
**inputs** [1] - 9058:7
**inquire** [1] - 9081:25
**inside** [1] - 8983:15
**Insight** [1] - 8980:1
**insight** [1] - 9032:23
**inspect** [1] - 9014:18
**Instagram** [2] - 8963:7, 8997:4
**instantly** [1] - 8987:14
**instead** [9] - 8970:19, 8973:25, 8974:13, 8987:10, 8991:13, 9026:8, 9035:11, 9046:5, 9060:4
**institution** [1] -

9065:20
**integrated** [3] - 8982:19, 8984:10, 9003:1
**integration** [1] - 8982:23
**intend** [2] - 8977:22, 9065:8
**intent** [1] - 8967:16
**Intent** [1] - 8977:19
**intention** [2] - 9085:8, 9086:3
**interact** [2] - 8992:18, 8992:19
**interactions** [1] - 8992:20
**interconnected** [1] - 9005:11
**interdisciplinary** [1] - 8986:10
**interest** [4] - 9029:12, 9029:20, 9083:7, 9083:23
**interested** [7] - 8987:1, 9011:21, 9015:7, 9026:23, 9029:9, 9029:23, 9074:18
**interests** [1] - 9078:15
**interface** [5] - 9007:18, 9024:8, 9025:14, 9025:20, 9033:18
**intern** [2] - 8986:21, 8988:1
**internal** [4] - 8974:20, 8977:4, 8979:21, 8980:23
**internally** [1] - 9052:1
**international** [1] - 9043:12
**internationally** [1] - 9043:10
**internet** [11] - 8989:14, 8989:18, 8995:3, 8999:4, 9005:8, 9005:11, 9005:13, 9065:17, 9071:16, 9071:20, 9072:1
**interns** [1] - 8986:24
**internships** [1] - 8987:19
**interpretation** [1] - 9070:19
**interrupt** [2] - 9025:9, 9034:5
**introduce** [5] - 9011:23, 9015:14, 9035:19, 9037:13, 9047:12

**introduced** [1] - 8982:1, 9015:22, 9023:5, 9023:7, 9023:8, 9023:9, 9027:18, 9030:25, 9037:22, 9062:19, 9062:20
**introducing** [2] - 8981:20, 9063:6
**introduction** [1] - 9002:11
**invasive** [1] - 9032:25
**invented** [2] - 9001:8, 9004:25
**invention** [1] - 9005:1
**invest** [3] - 8995:19, 9040:14, 9081:21
**invested** [2] - 8993:18, 9081:12
**investing** [3] - 8983:24, 8995:20, 9038:23
**investments** [1] - 9069:13
**involved** [1] - 9085:20
**involving** [1] - 9003:15
**IP** [15] - 8999:20, 9027:6, 9027:10, 9032:5, 9032:9, 9032:14, 9032:21, 9032:24, 9034:14, 9034:18, 9037:2, 9064:13, 9079:7, 9079:9, 9079:11
**ironclad** [1] - 8996:7
**ish** [1] - 9026:25
**isolation** [1] - 9005:10
**Israel** [19] - 8965:19, 8967:1, 8967:24, 8968:16, 8969:20, 8971:8, 8973:16, 8974:3, 8974:20, 8975:8, 8975:17, 8975:20, 8977:16, 8980:5, 8980:21, 8981:19, 8985:5, 9088:25, 9091:3
**ISRAEL** [1] - 8960:6
**Israel's** [3] - 8977:8, 8978:15, 8979:23
**issue** [1] - 9034:6
**issues** [8] - 8960:19, 8995:10, 8995:18, 8997:14, 9020:25, 9031:14, 9037:10, 9061:3
**ISTs** [1] - 9027:12
**IT** [1] - 9065:19
**iterations** [1] -

9082:24
**itself** [4] - 8983:13, 9050:24, 9067:11, 9077:8

## J

**Janice** [2] - 8959:13, 9090:11
**JANICE** [1] - 9090:3
Janice_e_dickman@dcd.uscourts.gov [1] - 8959:16
**January** [5] - 9012:15, 9012:17, 9014:5, 9014:6, 9042:24
**Jen** [1] - 8985:12
**JENNIFER** [1] - 8985:14
**Jennifer** [2] - 8985:22, 9091:5
**job** [3] - 8987:2, 8987:20, 9083:13
**John** [1] - 8959:5
**joined** [2] - 9037:9, 9038:6
**joining** [1] - 8985:18
jon.sallet@coag.gov [1] - 8958:24
**Jonathan** [1] - 8958:21
**Jr** [1] - 8959:1
jschmidtlein@wc.com [1] - 8959:8
**Judge** [2] - 8968:13, 8974:7
**JUDGE** [1] - 8958:10
**judgement** [1] - 9068:8
**judgment** [3] - 8998:9, 9074:5, 9074:6
**Judicial** [1] - 8958:22
**June** [3] - 9031:8, 9031:17, 9037:14
**JUSTICE** [3] - 8958:12, 8958:15, 8958:17

## K

**Kansas** [1] - 8998:23
**Kaufmann** [2] - 8958:21, 9077:25
**KAUFMANN** [3] - 9077:19, 9077:22, 9079:20
**Kaufmann..................** **9077** [1] - 9091:7
**keep** [21] - 8969:14, 8973:5, 8986:1,

8992:3, 8998:1, 9011:11, 9011:13, 9020:2, 9022:5, 9022:23, 9033:2, 9038:19, 9040:15, 9047:24, 9056:22, 9057:1, 9059:25, 9062:1, 9062:9, 9062:13, 9062:18
**keeping** [8] - 8989:13, 8989:23, 8990:3, 8993:1, 9030:19, 9061:19, 9083:19, 9084:4
**Kenneth** [1] - 8958:11
kenneth.dintzer2@usdoj.gov [1] - 8958:14
**kept** [4] - 8970:11, 8992:23, 9014:15, 9023:2
**key** [1] - 9049:15
**keyboard** [2] - 9001:18, 9001:21
**keywords** [1] - 8971:5
**kick** [2] - 8971:2
**kids'** [1] - 8961:7
**kind** [19] - 8982:24, 8988:23, 8991:7, 8993:10, 8993:12, 8994:3, 8995:2, 9000:24, 9004:2, 9006:11, 9013:11, 9013:13, 9014:17, 9022:8, 9035:7, 9038:15, 9065:13, 9087:15
**kinder** [1] - 8981:17
**kinds** [1] - 8990:7
**knocking** [1] - 9061:25
**knowledge** [3] - 9046:15, 9063:12, 9070:7
**known** [4] - 8998:21, 8999:5, 8999:9, 8999:12
**knows** [3] - 9008:25, 9041:9, 9045:8

## L

**lab** [1] - 9040:6
**label** [1] - 9039:25
**labeled** [1] - 9054:22
**labelling** [1] - 9047:13
**lack** [4] - 9054:15, 9067:22, 9067:23, 9071:17
**lag** [1] - 9070:25
**laid** [1] - 8973:10

**Landscape** [1] - 8975:22
**landscape** [2] - 9021:9, 9022:6
**language** [4] - 8986:11, 9021:14, 9063:25, 9064:6
**lapse** [3] - 9068:22, 9069:25, 9070:14
**laptop** [2] - 8974:16, 9024:14
**large** [10] - 8970:17, 8970:22, 8970:23, 8972:1, 8979:6, 8983:4, 8983:6, 8999:4, 9071:25, 9082:11
**larger** [2] - 8963:12, 9052:5
**largest** [2] - 8963:8, 8963:12
**Larry** [1] - 8987:8
**LaSalle** [1] - 8958:18
**Last** [1] - 9023:21
**last** [19] - 8972:12, 8980:13, 8983:17, 8994:16, 8995:16, 9011:16, 9012:17, 9013:6, 9013:8, 9014:5, 9015:24, 9016:13, 9018:23, 9023:22, 9024:3, 9027:18, 9051:2, 9060:16, 9080:4
**lastly** [1] - 9001:25
**launch** [1] - 8982:17
**launches** [1] - 9081:12
**law** [2] - 9003:24, 9004:12
**LAW** [1] - 8958:22
**layer** [2] - 8999:24, 9005:25, 9067:10
**layered** [1] - 9046:9
**layers** [2] - 8993:2, 8998:13
**lead** [3] - 8989:6, 9079:11, 9085:12
**leadership** [1] - 9038:2
**leading** [4] - 8968:11, 8988:16, 8988:21, 9001:4
**leads** [2] - 9057:23, 9069:22
**leak** [2] - 9001:5, 9004:16
**learn** [5] - 9001:21, 9040:3, 9040:4, 9048:11
**learning** [7] - 9001:7,

9001:8, 9001:9, 9001:10, 9001:12, 9004:23, 9004:24
**learnings** [1] - 9001:15
**learns** [1] - 9001:18
**least** [6] - 8971:1, 8996:20, 9020:1, 9025:23, 9032:8, 9045:7
**leave** [2] - 8969:10, 9084:25
**leaves** [1] - 9001:23
**led** [5] - 8988:9, 8988:20, 8995:19, 9082:16, 9084:14
**left** [9] - 8998:17, 9009:14, 9010:15, 9011:8, 9017:11, 9024:20, 9055:15, 9055:18, 9055:23
**left-hand** [4] - 9011:8, 9055:15, 9055:18, 9055:23
**length** [2] - 9013:18, 9077:18
**less** [7] - 8974:24, 8995:9, 9037:4, 9052:9, 9053:17, 9068:23, 9069:9
**lesser** [1] - 8975:6
**letters** [1] - 9039:21
**letting** [1] - 9004:17
**level** [10] - 8962:12, 8962:17, 8963:5, 8990:18, 8999:17, 9000:20, 9022:9, 9022:17, 9048:19, 9078:14
**levels** [3] - 8962:9, 8962:24, 9003:17
**library** [1] - 9005:21
**life** [2] - 8987:15, 9065:11
**lights** [1] - 9013:6
**likely** [5] - 9019:22, 9037:3, 9037:5, 9053:21, 9074:19
**limited** [4] - 8984:23, 9025:15, 9052:24, 9064:4
**line** [7] - 8970:22, 8976:18, 8977:1, 8997:21, 8997:23, 9076:3
**line-by-line** [1] - 8997:21
**lines** [2] - 8968:3, 9036:3
**linguistic** [1] -

**link** [6] - 9016:11, 9017:11, 9036:10, 9045:5, 9045:25, 9046:2
**links** [1] - 9022:1
**list** [8] - 8976:25, 8979:18, 8987:19, 9061:7, 9067:20, 9074:25, 9082:2, 9088:22
**listed** [6] - 8962:25, 8963:2, 8976:11, 8977:25, 9077:2, 9077:4
**listing** [1] - 8979:7
**live** [5] - 9003:14, 9005:10, 9082:3, 9084:16, 9088:2
**lives** [1] - 8993:25
**LLC** [1] - 8958:6
**LLP** [2] - 8959:2, 8959:6
**load** [1] - 9051:19
**local** [5] - 8976:3, 8976:9, 8988:14, 8988:17, 9001:12
**location** [14] - 8998:20, 9029:11, 9030:10, 9064:15, 9078:19, 9078:20, 9078:21, 9079:2, 9079:6, 9079:8, 9079:10, 9079:12, 9079:17, 9079:19
**Location** [4] - 9004:5, 9004:7, 9004:10, 9008:19
**locations** [2] - 9003:16, 9008:21
**locked** [2] - 9062:20, 9063:3
**log** [8] - 9006:18, 9026:3, 9027:10, 9032:9, 9034:12, 9034:14, 9034:18
**logged** [2] - 9066:12, 9066:23
**logging** [8] - 9030:9, 9032:5, 9032:21, 9032:24, 9033:5, 9037:2, 9055:8
**logic** [1] - 8986:13
**login** [9] - 8989:25, 8998:19, 8998:22, 8999:1, 8999:21, 9006:16, 9006:18, 9026:5, 9026:6
**logins** [1] - 8998:18
**logs** [3] - 9026:4,

9032:14, 9034:12
**long-press** [1] - 9030:21
**look** [34] - 8970:14, 8970:15, 8970:20, 8970:21, 8970:25, 8972:13, 8973:16, 8974:15, 8978:8, 8987:19, 9003:2, 9003:9, 9007:23, 9009:3, 9019:22, 9021:18, 9025:2, 9031:3, 9041:19, 9044:9, 9047:3, 9048:5, 9049:5, 9054:22, 9055:5, 9055:23, 9056:4, 9061:11, 9063:14, 9067:9, 9068:11, 9080:10, 9084:15
**looked** [15] - 8969:23, 8970:12, 8976:24, 8980:23, 8982:2, 9014:21, 9017:6, 9020:6, 9030:22, 9057:11, 9067:18, 9069:4, 9075:1, 9078:13, 9084:5
**looking** [18] - 8962:6, 8966:12, 8967:2, 8967:3, 8968:9, 8972:9, 9011:16, 9019:16, 9021:12, 9028:18, 9035:12, 9050:10, 9051:4, 9056:17, 9056:19, 9063:6, 9063:8, 9075:21
**looks** [5] - 8961:25, 8962:2, 8964:14, 8964:18, 8970:4
**Lorraine** [2] - 9040:19, 9046:7
**losing** [1] - 8981:19
**lost** [1] - 8982:5
**loudly** [1] - 9032:3
**low** [3] - 9053:14, 9058:17, 9060:8
**lower** [1] - 8971:20
**luckily** [1] - 8987:21
**Luiz** [1] - 9042:7
**lump** [1] - 8993:11
**lunch** [1] - 8987:7

**M**

**Mac** [1] - 9033:12
**machine** [3] - 8986:11, 9001:9, 9001:12
**magnify** [1] - 8973:24

**main** [2] - 8990:20, 9008:13
**Maine** [1] - 8959:7
**maintain** [2] - 8977:11, 9054:4
**major** [4] - 8990:15, 9031:13, 9050:23, 9085:13
**majority** [2] - 8980:14, 9037:21
**malicious** [5] - 8989:17, 8990:1, 8991:4, 8998:25, 9030:19
**maliciously** [1] - 8998:23
**Mall** [1] - 9079:1
**malware** [1] - 8999:5
**manage** [1] - 9006:9
**Manage** [1] - 9007:1
**management** [2] - 8988:5, 9006:7
**managers** [2] - 8990:11, 8990:12
**managing** [1] - 9027:23
**mapping** [1] - 9060:2
**Maps** [13] - 8988:18, 9003:5, 9003:9, 9045:6, 9045:7, 9045:13, 9045:15, 9045:19, 9046:1, 9046:3, 9046:8, 9080:12, 9080:13
**March** [2] - 8964:7, 8965:10
**Mark** [1] - 9091:3
**MARK** [1] - 8960:6
**marked** [2] - 9088:11, 9088:14
**market** [15] - 8965:25, 8966:14, 8967:7, 8968:21, 8972:9, 8973:5, 8976:20, 8977:2, 8979:2, 8980:7, 8982:9, 8982:11, 9030:12, 9064:4, 9072:19
**marketing** [7] - 8962:13, 9038:11, 9040:21, 9041:11, 9041:12, 9042:20, 9083:16
**masking** [1] - 9064:13
**master's** [3] - 8985:25, 8986:6, 8987:3
**match** [3] - 8971:9, 8971:13, 9079:3
**matched** [1] - 9060:20
**matches** [2] - 8971:9,

8971:18
**matching** [2] - 8971:5, 8971:17
**material** [2] - 9022:13, 9037:7
**materials** [1] - 9022:2
**math** [2] - 9002:2, 9057:6
**matter** [4] - 9005:22, 9017:15, 9039:12, 9088:10
**matters** [2] - 8969:10, 8970:18
**max** [1] - 8970:3
**McCallister** [3] - 9085:10, 9085:12
**mcCallister** [1] - 9085:20
**mean** [29] - 8962:18, 8962:23, 8963:1, 8963:18, 8970:13, 8976:12, 8981:2, 8982:18, 8984:1, 8984:5, 8984:24, 8990:22, 8991:9, 8995:6, 8995:11, 8999:5, 9000:3, 9002:24, 9003:2, 9003:23, 9032:20, 9046:2, 9055:16, 9056:12, 9061:3, 9067:1, 9070:15, 9070:20, 9073:5
**meaningful** [1] - 9044:16
**means** [13] - 8961:14, 8974:17, 8983:4, 8983:7, 8993:8, 8993:11, 8996:11, 9002:2, 9024:25, 9028:23, 9039:24, 9070:17, 9082:12
**measurably** [1] - 9035:24
**measurement** [3] - 9035:18, 9082:14, 9082:19
**mechanism** [1] - 9031:1
**mechanisms** [1] - 9051:1
**media** [2] - 8980:9, 8980:11
**medium** [2] - 9058:17, 9060:8
**meet** [4] - 8975:4, 8997:21, 9060:5, 9065:14
**meeting** [14] - 8987:7, 9031:8, 9031:17,

9031:20, 9031:23, 9032:7, 9032:13, 9032:16, 9033:6, 9036:2, 9036:14, 9036:23, 9037:14, 9037:23
**meets** [1] - 8980:15
**MEHTA** [1] - 8958:9
**memory** [1] - 9088:20
**mention** [1] - 8980:11
**mentioned** [6] - 8962:13, 8964:9, 8988:1, 8992:16, 8993:21, 9011:2
**mentions** [1] - 9046:7
**message** [1] - 9017:7
**Meta** [1] - 8970:22
**metrics** [1] - 8979:10
**Michael** [1] - 8959:9
**Microsoft** [2] - 8983:13, 8983:15
**mid-2000s** [1] - 8993:22
**mid-2020** [1] - 8988:20
**middle** [7] - 8970:23, 9009:16, 9009:22, 9010:17, 9019:17, 9044:14, 9063:16
**might** [14] - 8962:14, 8967:13, 8991:22, 8999:21, 9001:19, 9016:13, 9026:19, 9030:11, 9033:13, 9051:10, 9059:18, 9062:21, 9063:1, 9086:25
**millions** [1] - 9016:22
**mind** [3] - 8977:23, 9041:19, 9043:13
**minimizing** [1] - 8991:14
**minimum** [1] - 9053:13
**minute** [1] - 9026:25
**minute-ish** [1] - 9026:25
**minutes** [8] - 8965:22, 9023:22, 9024:3, 9026:22, 9051:2, 9067:4, 9077:19, 9083:24
**Minutes** [1] - 9023:21
**miss** [1] - 9074:7
**mix** [1] - 8969:14
**MMM** [1] - 8961:18
**Mobile** [1] - 9085:21
**mobile** [6] - 8974:24, 8996:25, 9001:11, 9001:18, 9024:13, 9024:19

**mode** [29] - 8994:6, 8994:16, 9023:18, 9024:20, 9024:21, 9024:25, 9025:1, 9025:2, 9025:4, 9030:22, 9030:23, 9031:3, 9031:4, 9036:3, 9036:10, 9063:18, 9063:21, 9064:20, 9064:21, 9065:1, 9065:3, 9065:6, 9065:7, 9066:12, 9066:13, 9066:24, 9067:3, 9067:5, 9067:17
**model** [3] - 9001:12, 9001:13, 9001:16
**modern** [1] - 9030:15
**modify** [1] - 9015:20
**moment** [12] - 8974:15, 8974:19, 8995:12, 9008:20, 9019:19, 9024:1, 9025:9, 9035:4, 9039:15, 9045:12, 9068:21, 9081:4
**moments** [5] - 8994:18, 9045:6, 9046:10, 9063:25, 9081:8
**monitor** [1] - 8998:18
**month** [5] - 8964:16, 9052:13, 9052:14, 9057:2, 9072:21
**months** [29] - 8964:7, 8964:11, 8965:1, 8965:2, 9011:7, 9011:12, 9012:21, 9013:13, 9013:14, 9013:15, 9015:23, 9043:3, 9044:10, 9046:14, 9048:15, 9050:8, 9051:12, 9051:14, 9051:15, 9051:16, 9051:21, 9054:19, 9057:12, 9058:21, 9060:22, 9062:11, 9066:25, 9067:15, 9070:7
**morning** [4] - 9085:6, 9087:21, 9088:3, 9089:2
**most** [15] - 8971:2, 8974:25, 8980:15, 8993:6, 9025:23, 9030:3, 9032:18, 9037:3, 9061:2, 9061:19, 9062:2, 9062:13, 9068:2, 9077:9, 9077:10

**motivated** [1] - 9083:3
**mouse** [6] - 9048:2, 9048:4, 9048:8, 9048:13, 9048:22, 9049:1
**move** [8] - 8963:20, 9056:25, 9072:5, 9082:11, 9082:17, 9088:11, 9088:16, 9088:21
**movement** [1] - 9048:22
**movements** [4] - 9048:2, 9048:4, 9048:8, 9049:1
**MR** [71] - 8960:4, 8960:8, 8960:13, 8960:17, 8960:20, 8961:4, 8961:9, 8961:17, 8963:20, 8963:23, 8963:24, 8964:2, 8965:15, 8965:18, 8966:21, 8966:23, 8966:24, 8968:11, 8968:12, 8968:15, 8972:14, 8972:16, 8973:8, 8973:14, 8973:23, 8974:7, 8974:9, 8974:12, 8975:14, 8975:19, 8976:2, 8977:7, 8977:10, 8977:13, 8977:15, 8978:14, 8978:16, 8979:21, 8979:24, 8981:15, 8981:17, 8981:18, 8983:16, 8984:3, 8984:11, 8984:18, 8984:19, 8985:4, 9039:5, 9039:8, 9041:21, 9042:1, 9054:24, 9055:2, 9056:13, 9056:16, 9071:5, 9077:16, 9077:19, 9077:22, 9079:20, 9085:4, 9086:7, 9086:12, 9087:1, 9087:24, 9088:7, 9088:9, 9088:19, 9088:25, 9089:7
**MS** [28] - 8985:9, 8985:12, 8985:20, 8986:8, 8992:6, 8992:9, 8992:10, 9004:22, 9008:4, 9012:20, 9016:5, 9018:1, 9018:10, 9018:13, 9027:15, 9028:13, 9034:23,

9110

9035:13, 9036:8, 9036:11, 9036:13, 9039:1, 9079:22, 9080:2, 9084:18, 9086:15, 9088:10, 9088:16

**msommer@wsgr. com** [1] - 8959:12

**multidimensional** [1] - 9074:25

**multinational** [1] - 9041:6

**multiple** [12] - 8963:5, 9002:21, 9020:10, 9020:13, 9022:24, 9050:14, 9057:23, 9058:2, 9060:15, 9071:13, 9075:2, 9082:9

**multitude** [1] - 8998:10

**must** [1] - 8976:19

## N

**N.W** [1] - 9090:12

**name** [8] - 8985:21, 8989:10, 9008:23, 9013:5, 9017:21, 9039:11, 9077:25, 9089:5

**named** [1] - 8970:5

**names** [1] - 9001:20

**National** [1] - 9079:1

**native** [4] - 8983:3, 8983:8, 8983:13, 8983:15

**nature** [1] - 9073:10

**navigate** [1] - 9087:16

**navigates** [1] - 9087:11

**navigating** [1] - 9087:7

**near** [3] - 9047:4, 9061:12, 9072:7

**nearly** [1] - 8965:21

**neatly** [1] - 9059:16

**necessarily** [2] - 8997:21, 9087:5

**necessary** [1] - 9077:8

**need** [10] - 8967:13, 8969:12, 8976:25, 8977:2, 8997:13, 9043:19, 9044:4, 9057:10, 9081:25, 9088:5

**needed** [3] - 8974:14, 9044:11, 9074:5

**needs** [6] - 8967:11, 8967:12, 8974:18,

8974:25, 8975:4, 8980:16

**negative** [2] - 8971:5, 9033:2

**neglected** [1] - 9088:10

**negotiation** [1] - 9085:19

**negotiations** [3] - 9085:20, 9086:2, 9086:9

**negotiator** [1] - 9085:12

**network** [4] - 8999:15, 8999:19, 9064:10, 9067:8

**Networks** [2] - 9041:3, 9041:6

**never** [9] - 8970:5, 8998:20, 9001:23, 9003:18, 9010:8, 9057:17, 9057:21, 9078:21, 9079:19

**New** [2] - 8959:3, 8959:11

**new** [14] - 8980:6, 8982:17, 8983:25, 8987:17, 8995:4, 8998:5, 9009:19, 9009:24, 9011:6, 9025:22, 9035:19, 9039:25, 9070:22, 9082:22

**newness** [1] - 8995:8

**news** [1] - 8975:1

**News** [1] - 8988:11

**newspaper** [1] - 9083:17

**next** [27] - 8962:3, 8967:19, 9006:12, 9007:16, 9009:1, 9010:12, 9011:1, 9011:10, 9013:19, 9014:20, 9017:9, 9019:12, 9021:24, 9022:19, 9023:11, 9024:4, 9025:8, 9026:20, 9027:19, 9028:10, 9029:4, 9029:6, 9030:1, 9056:8, 9075:6, 9086:20, 9088:2

**Nike** [1] - 8970:8

**noise** [1] - 9000:24

**non** [2] - 8970:22, 9051:15

**non-Meta** [1] - 8970:22

**non-round-feeling** [1] - 9051:15

**nonbrand** [1] - 8961:23

**Nos** [1] - 8980:4

**notable** [2] - 8965:8, 9002:13

**note** [1] - 9056:14

**noted** [3] - 8966:19, 8983:10, 8983:13

**notes** [1] - 9090:5

**nothing** [5] - 8963:2, 8963:4, 8965:15, 8982:7, 9089:2

**notion** [4] - 8993:23, 8994:8, 8999:3, 9000:21

**November** [1] - 9090:7

**november** [1] - 8958:5

**number** [37] - 8964:13, 8965:9, 8980:8, 8988:8, 8988:11, 8989:22, 8995:16, 9007:22, 9007:24, 9013:14, 9013:15, 9015:9, 9015:22, 9015:24, 9021:4, 9022:2, 9023:9, 9023:19, 9038:9, 9044:13, 9050:15, 9051:15, 9051:17, 9051:20, 9052:17, 9053:2, 9053:25, 9054:6, 9055:12, 9056:9, 9058:13, 9068:13, 9072:8, 9075:7, 9075:17, 9082:6, 9084:14

**numbered** [2] - 9055:4, 9061:13

**numbers** [5] - 8961:25, 8965:11, 8976:24, 9051:16, 9058:1

**numerous** [4] - 9000:13, 9067:17, 9080:9, 9081:12

**NW** [3] - 8958:12, 8958:15, 8959:15

**NY** [2] - 8959:3, 8959:11

## O

**o'clock** [1] - 9018:1

**object** [1] - 8973:8

**objection** [7] - 8963:23, 8966:21, 8968:11, 8973:21, 8977:11, 8977:12, 8984:3

**observed** [1] -

9020:25

**obsessed** [2] - 9041:15, 9075:8

**obvious** [1] - 9005:9

**obviously** [2] - 9010:11, 9086:17

**occurred** [2] - 8973:20, 9086:9

**October** [3] - 9014:14, 9014:16, 9016:14

**odd** [1] - 9051:15

**OF** [7] - 8958:1, 8958:9, 8958:12, 8958:15, 8958:17, 8958:22, 9090:1

**offer** [6] - 8977:9, 8982:14, 8999:13, 9018:14, 9038:16, 9073:6

**offered** [1] - 9021:4

**offering** [3] - 8999:14, 9075:4, 9079:15

**offers** [3] - 8994:16, 9007:5, 9072:18

**officer** [2] - 9040:22, 9042:21

**Official** [1] - 8959:14, 9090:11

**OFFICIAL** [1] - 9090:1

**offsetting** [1] - 9057:17

**often** [5] - 9039:25, 9040:1, 9040:4, 9073:11, 9076:12

**oftentimes** [2] - 8997:7, 9027:2

**ombudsman** [2] - 9076:14, 9076:16

**on/off** [1] - 9014:22

**once** [9] - 8967:18, 8967:22, 8969:3, 8974:14, 9010:11, 9025:24, 9040:4, 9053:24, 9069:10

**once-and-for-all** [3] - 8967:18, 8967:22, 8969:3

**one** [122] - 8961:4, 8961:14, 8962:15, 8962:18, 8966:9, 8966:13, 8968:5, 8968:17, 8969:1, 8969:2, 8969:3, 8969:6, 8970:11, 8970:14, 8970:20, 8970:25, 8972:17, 8975:3, 8978:4, 8979:19, 8980:13, 8981:9, 8981:10, 8982:19, 8984:23,

9111

8987:17, 8989:6, 8993:3, 8993:11, 8996:4, 8996:5, 8997:8, 8997:23, 8998:2, 8999:21, 9004:4, 9006:18, 9007:6, 9007:10, 9008:20, 9009:14, 9010:4, 9013:1, 9013:10, 9013:13, 9015:23, 9017:8, 9017:19, 9019:1, 9019:18, 9020:11, 9020:16, 9021:5, 9021:11, 9022:11, 9023:17, 9023:22, 9024:14, 9024:15, 9026:18, 9028:17, 9030:20, 9031:15, 9032:5, 9032:15, 9032:18, 9036:19, 9038:18, 9040:9, 9040:18, 9044:25, 9046:11, 9048:1, 9049:7, 9049:9, 9051:1, 9051:3, 9051:4, 9052:4, 9052:8, 9052:13, 9052:14, 9053:14, 9055:15, 9056:25, 9057:2, 9057:17, 9057:20, 9058:4, 9058:7, 9058:22, 9059:17, 9060:1, 9061:4, 9063:17, 9063:19, 9068:14, 9068:17, 9070:5, 9071:10, 9071:22, 9072:5, 9072:7, 9072:9, 9072:24, 9073:11, 9073:17, 9075:13, 9076:19, 9079:13, 9081:13, 9081:24, 9083:1, 9083:2, 9083:6, 9083:9, 9083:24, 9088:10

**One** [4] - 8999:14, 9072:12, 9072:15, 9072:18

**one's** [2] - 9034:2, 9067:6

**one-click** [5] - 9023:17, 9051:1, 9051:3, 9051:4, 9058:22

**one-pager** [1] - 8981:9
**one-size-fits-all** [1] - 8996:5

**one-stop** [7] - 8966:9,

8966:13, 8968:5, 8969:1, 8969:3, 9020:16, 9081:24

**one-tap** [1] - 9023:22
**one-time** [2] - 8969:2, 8969:3

**one-week** [2] - 8970:20, 8970:25

**one-year** [1] - 9013:10
**ones** [8] - 8996:23, 9014:19, 9035:23, 9037:24, 9061:5, 9068:1, 9068:5, 9073:20

**ongoing** [1] - 9054:8
**online** [14] - 8977:22, 8977:23, 8979:17, 8990:3, 8993:9, 8993:12, 8995:11, 8996:8, 8999:17, 9041:10, 9065:18, 9067:9, 9083:19, 9087:19

**oops** [3] - 8994:18, 9012:15, 9024:17

**Oops** [1] - 9065:8
**open** [9] - 8969:11, 8974:24, 9005:3, 9005:5, 9005:18, 9005:20, 9085:8, 9085:25, 9086:18

**open-sourcing** [1] - 9005:5

**opening** [1] - 8975:17
**operate** [2] - 9005:10, 9059:9

**operating** [1] - 8997:1
**opinion** [3] - 8975:9, 8979:2, 8982:18

**opinions** [2] - 8972:2, 9037:3

**opportunity** [1] - 9062:1

**opt** [2] - 9048:13, 9068:20

**optimization** [1] - 8984:16

**optimize** [1] - 9033:21
**option** [6] - 9009:14, 9011:2, 9057:12, 9058:16, 9072:14, 9080:20

**options** [11] - 8968:23, 8969:1, 8969:4, 8969:11, 8975:13, 9049:17, 9052:22, 9052:24, 9053:2, 9054:13, 9068:20

**opts** [1] - 8999:16
**order** [2] - 8971:13,

9035:6

**orient** [1] - 8960:15
**originally** [2] - 8988:2, 8994:7

**otherwise** [6] - 8977:12, 8991:4, 8992:3, 9026:9, 9086:22, 9086:25

**ourselves** [1] - 9082:10

**outcome** [1] - 9083:20
**outlined** [1] - 9067:19
**outside** [3] - 8984:4, 8990:13, 8993:25

**overall** [6] - 8965:5, 8998:5, 9005:8, 9005:13, 9051:5, 9073:16

**overarching** [1] - 9087:8

**overhead** [1] - 9051:25

**overruled** [2] - 8973:21, 8984:5

**own** [6] - 8972:4, 9005:7, 9005:24, 9028:7, 9038:21, 9071:21

**ownable** [1] - 9061:14

## P

**p.m** [3] - 8958:6, 9018:8

**page** [52] - 8960:18, 8960:21, 8961:10, 8962:3, 8962:18, 8972:20, 8973:7, 8975:21, 8976:6, 8977:18, 8978:20, 8979:25, 8980:3, 8980:13, 8983:20, 9009:5, 9009:7, 9022:1, 9022:23, 9025:11, 9027:24, 9028:4, 9028:6, 9028:18, 9030:4, 9044:12, 9044:14, 9047:4, 9047:5, 9048:7, 9049:6, 9049:7, 9055:3, 9055:11, 9055:14, 9056:5, 9056:8, 9058:12, 9058:15, 9061:12, 9063:17, 9068:13, 9072:8, 9075:6, 9075:7, 9076:19, 9079:24, 9080:15, 9082:8, 9083:25, 9084:1

**pager** [1] - 8981:9
**pages** [1] - 8960:18
**paid** [2] - 8962:1, 9072:12

**pain** [1] - 9065:13
**pair** [1] - 9070:22
**pal** [1] - 9075:8
**Palo** [2] - 9041:3, 9041:6

**panel** [6] - 9006:7, 9009:16, 9009:22, 9014:13, 9017:6, 9023:16

**paper** [1] - 9056:4
**paragraph** [12] - 8966:19, 8972:20, 8973:1, 8973:15, 8973:24, 8975:17, 8977:8, 8978:15, 8979:23, 9002:13, 9043:17, 9076:24

**paragraphs** [1] - 8966:4

**parallel** [2] - 9019:8, 9036:22

**parcel** [1] - 8993:8
**parity** [2] - 8982:15, 9032:2

**part** [17] - 8970:15, 8970:16, 8972:25, 8984:9, 8988:2, 8990:5, 8992:17, 8993:8, 8997:22, 9010:10, 9012:7, 9032:23, 9045:17, 9070:10, 9083:2, 9085:18, 9086:6

**part-time** [1] - 8988:2
**partial** [1] - 9082:2
**particle** [4] - 9006:6, 9023:14, 9023:15, 9031:1

**particular** [21] - 8979:6, 8979:8, 8991:15, 8997:22, 9001:6, 9004:1, 9004:14, 9004:18, 9007:25, 9014:11, 9015:10, 9020:8, 9028:3, 9033:20, 9038:7, 9046:23, 9048:7, 9067:1, 9069:7, 9081:9, 9081:10

**particularly** [6] - 8983:4, 8995:15, 8997:2, 9027:11, 9033:17, 9062:23

**parties** [2] - 9068:19, 9078:24

9112

**partner** [3] - 8994:13, 8994:14, 9064:21
**parts** [2] - 8997:19, 9050:24
**party** [4] - 9023:24, 9064:2, 9082:12, 9082:17
**pass** [1] - 9030:13
**passed** [1] - 9056:14
**passport** [1] - 9062:24
**passports** [1] - 9061:21
**password** [3] - 9019:21, 9019:23, 9063:4
**passwords** [1] - 9019:11
**past** [1] - 9013:23
**patent** [1] - 9048:8
**path** [1] - 9049:12
**paths** [1] - 9004:9
**patterns** [1] - 9013:2
**Patterson** [1] - 8959:2
**people** [66] - 8971:12, 8971:17, 8973:24, 8974:13, 8974:23, 8975:4, 8975:6, 8975:12, 8978:5, 8978:9, 8990:6, 8995:23, 8995:25, 8996:5, 8996:9, 8997:2, 8997:9, 8999:10, 9001:10, 9001:20, 9004:20, 9012:19, 9013:18, 9017:14, 9017:20, 9017:23, 9018:19, 9019:7, 9019:9, 9020:18, 9021:8, 9021:18, 9022:5, 9027:2, 9028:23, 9029:20, 9029:23, 9030:8, 9031:25, 9033:23, 9037:6, 9038:16, 9038:19, 9040:6, 9049:17, 9051:14, 9051:16, 9051:17, 9060:4, 9062:1, 9062:13, 9062:16, 9065:12, 9067:7, 9068:6, 9068:20, 9071:15, 9073:10, 9073:17, 9074:18, 9077:3, 9080:10, 9080:11, 9083:19
**people's** [1] - 9012:23
**perceive** [2] - 9062:16, 9071:20

**perceived** [1] - 8997:13
**percent** [15] - 8962:25, 8963:8, 8963:10, 8963:17, 8964:22, 8965:1, 8978:2, 8978:9, 8978:10, 9047:12, 9056:21, 9057:1, 9057:4, 9057:7
**percentage** [2] - 8963:14, 8964:21
**percentages** [10] - 8962:19, 8962:23, 8962:25, 8963:6, 8963:18, 8977:25, 8978:1, 8980:19, 8983:21, 8984:6
**perception** [3] - 8997:11, 9071:2, 9071:16
**perfectly** [1] - 8984:25
**performance** [4] - 8970:3, 8984:14, 8984:17, 9033:19
**performed** [1] - 9055:25
**perhaps** [3] - 8998:23, 8999:11, 9052:16
**period** [8] - 8964:6, 8964:9, 8964:25, 8970:14, 8970:21, 8994:23, 9011:18, 9063:24
**periods** [4] - 9011:11, 9024:7, 9035:5, 9058:4
**permission** [2] - 9045:1, 9045:5
**permit** [1] - 8985:2
**persists** [1] - 8995:11
**person** [6] - 9003:19, 9004:18, 9027:6, 9035:8, 9065:25, 9074:16
**personal** [15] - 8991:21, 8992:1, 8996:8, 8996:10, 9001:13, 9001:14, 9001:22, 9009:4, 9016:1, 9016:6, 9037:1, 9059:25, 9062:18, 9078:23
**Personalization** [2] - 9007:3, 9049:13
**personalization** [11] - 9009:4, 9009:7, 9015:3, 9015:4, 9015:15, 9016:18, 9017:18, 9029:15, 9075:25, 9076:20, 9080:21

**personalize** [4] - 9009:21, 9009:25, 9015:1, 9016:9
**personalized** [9] - 9009:8, 9014:21, 9014:22, 9014:23, 9015:18, 9027:25, 9028:25, 9068:21, 9080:19
**personally** [5] - 8991:14, 9000:23, 9001:1, 9001:2, 9069:21
**perspective** [4] - 8967:3, 8973:1, 8973:4
**Peter** [1] - 8960:17
**Ph.D.s** [1] - 9053:6
**phase** [1] - 9035:23
**philosophy** [1] - 8986:12
**phone** [4] - 8974:15, 9039:19, 9039:20, 9063:2
**Phone** [1] - 9033:15
**phones** [1] - 9030:16
**photo** [2] - 9062:23, 9062:24
**photos** [3] - 8995:7, 9062:22, 9063:2
**Photos** [3] - 9062:19, 9062:21, 9063:11
**phrase** [1] - 9041:16
**Pichai** [2] - 8989:3, 9042:7
**pichai** [1] - 9042:10
**pick** [3] - 9053:2, 9070:21, 9081:13
**pie** [1] - 8978:5
**Pixel** [1] - 9033:15
**PLA** [1] - 8962:21
**place** [16] - 8996:9, 8997:8, 8998:21, 8999:8, 9003:14, 9004:14, 9005:8, 9005:13, 9007:6, 9008:2, 9015:19, 9053:22, 9059:18, 9062:18, 9063:3, 9078:2
**places** [5] - 8987:20, 8999:12, 9004:8, 9025:19
**Plaintiff** [2] - 8958:20, 8959:1
**Plaintiffs** [2] - 8958:4, 8958:11
**plaintiffs** [5] - 8982:10, 8982:24, 9039:4, 9086:14, 9088:7

**plaintiffs'** [1] - 8982:10
**plan** [1] - 8975:21
**planning** [4] - 8983:9, 8983:12, 8984:15, 9023:24
**platform** [4] - 8980:2, 8983:25, 8984:2, 8984:13
**platforms** [2] - 8980:6
**play** [1] - 9088:1
**played** [1] - 9013:14
**plus** [1] - 9042:21
**pocket** [1] - 9001:11
**point** [19] - 8967:18, 8970:24, 8975:5, 8976:23, 8993:24, 9007:14, 9031:9, 9032:25, 9051:8, 9053:1, 9053:4, 9057:15, 9057:20, 9065:14, 9066:11, 9067:24, 9071:18, 9072:23, 9073:4
**points** [14] - 8996:3, 8996:14, 8998:3, 9004:16, 9007:7, 9007:11, 9020:10, 9020:11, 9020:17, 9050:14, 9052:10, 9052:12, 9052:17, 9053:25
**policies** [1] - 9078:23
**policy** [2] - 9022:1, 9045:21
**pop** [1] - 8999:8
**position** [4] - 8986:20, 8987:10, 8988:25, 9040:24
**positions** [1] - 8987:24
**positive** [1] - 9074:21
**positive-enough** [1] - 9074:21
**possibilities** [1] - 9053:8
**possible** [15] - 8991:13, 9002:15, 9018:16, 9018:19, 9019:10, 9019:14, 9020:3, 9021:11, 9021:14, 9025:19, 9048:14, 9049:2, 9055:17, 9065:14, 9086:18
**post** [10] - 8964:25, 9002:9, 9002:10, 9002:11, 9002:16, 9004:23, 9004:25, 9005:17, 9005:19,

9087:18
**posted** [1] - 9089:6
**potential** [2] -
8987:19, 9068:14
**potentially** [3] -
8984:6, 8994:1, 9017:2
**powerful** [1] - 9077:9
**Prabhakar** [1] - 8970:1
**practical** [1] - 9002:24
**practice** [6] - 9005:5,
9025:18, 9033:5,
9034:17, 9049:3,
9087:18
**practices** [12] -
8996:23, 8997:5,
8997:7, 8997:16,
9022:5, 9022:14,
9033:9, 9036:22,
9038:12, 9038:25,
9071:14, 9071:22
**precise** [1] - 9052:16
**predominantly** [1] -
8990:9
**predominate** [1] -
8977:2
**prefer** [4] - 9011:13,
9018:21, 9056:21,
9057:1
**preferences** [1] -
9012:23
**premium** [1] - 8999:14
**prepackaged** [2] -
9058:16, 9060:23
**presence** [1] - 9003:19
**present** [2] - 8971:24,
9033:18
**presentation** [2] -
8976:3, 9039:13
**presented** [3] -
8984:15, 9031:20,
9031:21
**presently** [1] - 9086:5
**preserved** [2] -
9004:3, 9013:12
**preserving** [2] -
8991:11, 9082:18
**president** [2] - 8989:1,
9042:17
**presidents** [4] -
9042:12, 9042:13,
9042:14
**press** [2] - 9030:21,
9031:1
**pressure** [3] -
8996:15, 8996:18,
8996:21
**pretty** [5] - 8987:14,
8994:25, 9019:17,
9027:13, 9073:15
**prevent** [7] - 8998:25,

9026:4, 9047:23,
9066:14, 9066:16,
9066:17, 9067:7
**preventing** [1] -
9065:21
**previous** [2] -
9006:25, 9008:16
**previously** [1] -
9008:25
**price** [3] - 9073:3,
9074:19, 9074:25
**prices** [1] - 8971:13
**primarily** [2] - 8975:3,
9025:10
**primary** [4] - 8974:14,
9041:11, 9077:4,
9077:6
**principles** [2] -
8994:21, 9022:7
**prioritize** [1] - 9084:15
**prioritized** [1] - 8984:9
**privacy** [134] - 8989:5,
8989:11, 8989:19,
8989:20, 8989:21,
8990:14, 8990:16,
8990:19, 8990:20,
8991:5, 8991:11,
8991:18, 8991:24,
8992:12, 8992:17,
8993:4, 8993:5,
8993:7, 8993:10,
8993:14, 8993:19,
8994:19, 8994:24,
8995:13, 8995:18,
8996:5, 8996:16,
8996:23, 8997:5,
8997:7, 8997:16,
8998:5, 9000:1,
9000:5, 9000:10,
9000:14, 9000:17,
9000:21, 9002:12,
9002:14, 9002:16,
9002:17, 9002:19,
9003:1, 9003:16,
9004:2, 9005:3,
9005:18, 9005:21,
9007:5, 9007:7,
9007:19, 9011:21,
9016:20, 9016:21,
9017:1, 9017:4,
9017:10, 9017:12,
9017:16, 9018:14,
9018:17, 9018:18,
9018:24, 9019:3,
9019:4, 9020:5,
9020:10, 9020:20,
9020:23, 9021:1,
9022:1, 9022:2,
9022:6, 9022:14,
9023:7, 9023:9,

9025:10, 9031:18,
9032:1, 9037:8,
9037:10, 9037:18,
9037:22, 9040:7,
9040:18, 9041:13,
9041:15, 9043:13,
9044:9, 9044:16,
9045:21, 9046:14,
9047:3, 9048:16,
9049:5, 9053:21,
9055:8, 9058:14,
9058:25, 9059:4,
9059:7, 9059:10,
9060:6, 9060:8,
9060:9, 9060:12,
9060:13, 9060:17,
9060:23, 9061:11,
9061:14, 9062:11,
9063:14, 9063:16,
9065:14, 9067:1,
9067:14, 9067:16,
9068:11, 9070:8,
9072:6, 9072:14,
9073:22, 9073:25,
9074:2, 9074:11,
9075:8, 9075:11,
9080:18, 9081:20,
9082:18
**Privacy** [17] - 8989:6,
8989:8, 8990:5,
9007:2, 9007:13,
9008:6, 9022:12,
9022:20, 9038:5,
9043:6, 9043:9,
9043:12, 9082:7,
9082:15, 9082:24
**privacy-enhancing** [5]
- 9000:1, 9000:14,
9000:17, 9005:3,
9005:18
**privacy-improving** [1]
- 9037:22
**privacy-preserving**
[2] - 8991:11, 9082:18
**privacy-related** [1] -
9044:9
**privacy-sensitive** [4] -
9072:14, 9073:25,
9074:11, 9080:18
**private** [22] - 8991:3,
8991:9, 8999:15,
8999:24, 9001:5,
9001:23, 9005:8,
9005:23, 9037:4,
9040:15, 9047:24,
9059:25, 9061:20,
9062:18, 9062:23,
9063:18, 9063:22,
9064:5, 9064:10,
9065:6, 9072:12,

9085:7
**private-paid** [1] -
9072:12
**proactive** [3] -
8989:20, 8991:18,
9020:17
**proactively** [3] -
8998:18, 9017:13,
9080:10
**problem** [4] - 8971:13,
8998:4, 9073:8, 9073:9
**proceeding** [2] -
8999:11, 9086:24
**proceedings** [1] -
9090:6
**processed** [1] -
9000:7
**processing** [1] -
9000:22
**Product** [2] - 9022:12,
9022:20
**product** [44] -
8962:17, 8971:9,
8987:12, 8990:11,
8990:16, 8993:19,
8996:10, 8998:5,
8998:8, 9001:6,
9002:18, 9006:8,
9007:21, 9007:25,
9008:1, 9008:13,
9009:19, 9012:25,
9021:6, 9022:6,
9022:12, 9023:3,
9036:17, 9040:4,
9045:24, 9046:10,
9049:15, 9052:21,
9053:23, 9057:20,
9057:21, 9057:24,
9061:25, 9074:3,
9074:6, 9074:7,
9074:21, 9075:3,
9081:6, 9082:3,
9084:13
**product-by-product**
[1] - 9082:3
**products** [47] -
8977:22, 8987:17,
8988:10, 8988:19,
8988:24, 8989:12,
8989:16, 8989:20,
8989:24, 8990:2,
8990:17, 8991:8,
8991:18, 8991:21,
8995:25, 8997:4,
8997:23, 9000:6,
9002:20, 9004:19,
9005:7, 9005:9,
9006:18, 9006:19,
9007:10, 9007:20,
9011:20, 9014:9,

9017:8, 9020:18,
9020:23, 9022:3,
9023:1, 9026:4,
9031:13, 9031:16,
9038:16, 9044:16,
9045:23, 9047:6,
9047:11, 9061:14,
9067:25, 9080:13,
9081:8, 9081:11
**professionals** [1] -
9990:12
**Professor** [6] - 8968:1,
8968:5, 8969:2,
8969:19, 8970:5,
8983:19
**profile** [3] - 8995:11,
9017:20, 9065:1
**profiles** [3] - 9058:20,
9059:17, 9060:20
**profit** [1] - 8961:20
**program** [1] - 8990:12
**progress** [5] -
9043:18, 9046:19,
9080:24, 9081:2,
9083:1
**prohibit** [1] - 9078:23
**prohibitive** [1] -
9060:14
**project** [3] - 8987:4,
8987:8, 8987:12
**Project** [2] - 8984:1,
8984:9
**promised** [1] - 9072:3
**prompt** [2] - 9016:20,
9030:10
**property** [1] - 9061:21
**proposal** [4] -
9031:24, 9036:19,
9036:21, 9037:13
**proposals** [3] -
9052:4, 9075:1, 9081:2
**proposed** [5] - 9036:4,
9063:7, 9064:22,
9086:5, 9087:20
**proposing** [1] - 9062:7
**protect** [1] - 9003:20
**protected** [3] -
9019:10, 9020:3,
9030:19
**protecting** [3] -
8989:15, 9040:12,
9041:10
**protection** [1] -
9067:10
**protections** [3] -
8989:20, 8989:21,
8990:24
**protects** [1] - 9064:12
**protocol** [1] - 8977:13
**provide** [13] - 8969:15,

8998:17, 9016:1,
9016:6, 9018:25,
9052:22, 9062:12,
9072:14, 9073:16,
9077:7, 9088:13,
9088:21, 9088:22
**provider** [1] - 8976:12
**providers** [2] - 8978:1,
9071:23
**provides** [5] -
8961:20, 8988:22,
9035:15, 9078:9,
9078:18
**providing** [2] -
8979:17, 9068:2
**PSX1257** [2] - 8964:3,
8981:6
**PSXD-11** [1] - 8983:20
**psychology** [1] -
8986:13
**public** [2] - 9017:21,
9076:13
**published** [2] -
9000:12, 9000:13
**publishers** [1] -
9083:5
**publishing** [2] -
9082:11, 9082:21
**pull** [2] - 9016:17,
9079:23
**pulls** [1] - 8986:12
**purchase** [1] -
8977:23
**purely** [1] - 9057:22
**purpose** [3] - 8996:22,
9022:15, 9031:11
**pursue** [3] - 9046:21,
9061:4, 9075:3
**pursued** [1] - 9000:18
**push** [1] - 9083:3
**pushed** [1] - 9084:10
**put** [20] - 8960:9,
8960:18, 8966:4,
8969:17, 8992:6,
8996:8, 8998:11,
9005:6, 9006:2,
9018:11, 9031:2,
9046:11, 9047:1,
9050:16, 9052:10,
9058:8, 9068:5,
9073:17, 9081:7,
9086:25
**PX04219** [1] - 8963:25
**PX04219....................
.............................8964**
[1] - 9091:11

---

## Q

**Q&A** [2] - 9087:3,

9087:11
**quality** [10] - 9038:20,
9038:24, 9055:7,
9069:22, 9073:16,
9073:18, 9074:3,
9074:21, 9079:13
**queries** [9] - 8967:20,
8971:12, 8975:7,
8979:6, 9025:3,
9026:16, 9034:2,
9034:24, 9035:5
**query** [11] - 8968:25,
8971:9, 8976:24,
8979:5, 9033:11,
9034:15, 9035:12,
9059:20, 9077:8,
9078:5, 9078:8
**question-by-
question** [1] - 9087:15
**questioned** [2] -
8970:10, 9051:14
**questioning** [1] -
8964:24
**questions** [15] -
8965:24, 8982:13,
8983:3, 9028:17,
9031:7, 9039:2,
9039:12, 9073:10,
9073:12, 9077:16,
9080:3, 9080:17,
9082:4, 9084:19,
9084:24
**queue** [1] - 9068:5
**quick** [4] - 9006:11,
9007:17, 9009:17,
9051:2
**quickly** [9] - 8966:4,
8972:13, 8978:8,
8982:16, 9024:1,
9032:22, 9051:24,
9080:11, 9081:4
**quite** [7] - 8987:12,
9032:3, 9046:2,
9056:23, 9062:17,
9075:19, 9083:13
**quote** [1] - 8966:19

---

## R

**Raghavan** [1] - 8970:1
**Raghavan's** [1] -
8969:21
**Rahul** [1] - 9042:7
**raise** [2] - 8971:13,
8985:13
**Ralph** [1] - 8958:22
**ran** [1] - 8988:8
**random** [2] - 9000:24,
9043:24
**range** [5] - 8986:12,

8996:23, 9012:13,
9014:4, 9014:6
**ranges** [1] - 9012:11
**ranging** [1] - 9068:20
**rank** [2] - 8979:10,
9032:18
**rankings** [1] - 9076:21
**rarely** [1] - 9076:21
**rather** [6] - 8970:14,
8970:20, 8970:24,
8975:4, 9051:6,
9051:18
**raw** [1] - 9002:4
**reachable** [1] -
9025:24
**reaching** [1] - 8972:2
**read** [7] - 8966:15,
8969:20, 9043:6,
9055:15, 9055:19,
9056:23, 9076:24
**reading** [4] - 8966:21,
8975:8, 9045:14,
9045:15
**readout** [1] - 9055:8
**reads** [1] - 9061:19
**ready** [2] - 8960:2,
9018:9
**real** [4] - 9002:18,
9003:16, 9008:22,
9012:12
**realize** [1] - 9083:10
**realizes** [2] - 9045:13,
9066:19
**really** [23] - 8966:8,
8968:8, 8970:13,
8971:13, 8987:18,
8991:6, 8991:9,
8991:24, 8995:14,
8996:4, 9001:5,
9011:13, 9013:15,
9029:21, 9064:6,
9065:7, 9065:10,
9065:23, 9074:11,
9083:15, 9084:9,
9086:18, 9087:13
**realtime** [4] - 9078:3,
9078:6, 9079:14,
9079:17
**reason** [5] - 8991:1,
9010:8, 9012:4,
9016:19, 9019:23
**reasonably** [3] -
8994:22, 9065:13,
9079:12
**reasons** [10] - 8984:7,
8997:19, 9032:11,
9032:14, 9057:14,
9058:3, 9058:5,
9060:3, 9073:17,
9074:25

9115

**reassurance** [1] - 9081:6

**rebuild** [3] - 8983:25, 8984:2, 8984:9

**rebuttal** [5] - 8966:19, 8966:22, 8966:25, 8967:1, 8979:23

**recalling** [1] - 9084:8

**recent** [5] - 9024:11, 9024:14, 9024:23, 9028:25, 9040:9

**recently** [1] - 9015:11

**recess** [2] - 9018:8, 9089:9

**recognize** [1] - 9087:12

**recognized** [1] - 9043:10

**recognizing** [2] - 9013:2, 9013:17

**recommend** [2] - 9009:1, 9059:21

**recommendations** [2] - 9020:7, 9046:25

**recommended** [1] - 9058:21

**recommends** [1] - 9060:7

**record** [7] - 8972:3, 8972:24, 8981:2, 8983:24, 8984:12, 8985:21, 8992:9

**records** [2] - 8984:24

**recross** [3] - 8984:20, 8984:22, 8985:2

**redirect** [3] - 8965:16, 8965:22, 9079:21

**Redirect** [2] - 9091:4, 9091:7

**REDIRECT** [2] - 8965:17, 9080:1

**reduce** [1] - 8971:15

**reduction** [1] - 8970:17

**redundant** [2] - 9020:11, 9020:12

**reentry** [1] - 9063:3

**refer** [3] - 9006:5, 9030:21, 9079:10

**reference** [1] - 9024:20

**referenced** [3] - 9034:1, 9065:7, 9082:7

**referred** [1] - 9049:21

**referring** [3] - 8970:11, 9065:5, 9086:24

**refers** [1] - 8962:5

**reflect** [1] - 8992:11

**reflected** [1] - 9085:19

**reflecting** [1] - 8981:4

**reflective** [1] - 9078:12

**refreshed** [1] - 9088:19

**regarding** [1] - 9020:20

**regress** [1] - 9035:18

**regression** [3] - 8965:4, 8965:6

**regular** [1] - 9020:22

**regularly** [2] - 9000:10, 9027:13

**reintroduction** [1] - 9075:24

**related** [8] - 8988:15, 8989:5, 8989:11, 8990:16, 9000:14, 9022:2, 9044:9, 9071:1

**relates** [4] - 8967:7, 8979:19, 8984:5, 9001:9

**relation** [1] - 9028:6

**relationship** [1] - 8993:4

**relative** [2] - 8962:16, 9053:23

**relatively** [6] - 9019:4, 9025:20, 9032:22, 9037:4, 9040:9, 9087:13

**release** [1] - 8990:24

**releasing** [1] - 9005:20

**relevance** [1] - 9073:18

**relevant** [9] - 8967:7, 8973:13, 8975:9, 8980:23, 9069:21, 9069:23, 9073:20, 9077:10, 9078:7

**reliable** [1] - 9027:11

**reliance** [1] - 9082:12

**relied** [1] - 8973:12

**rely** [3] - 9033:3, 9035:7, 9038:15

**relying** [1] - 8991:13

**remainder** [1] - 9010:7

**remains** [1] - 9083:1

**remember** [9] - 8966:2, 8968:1, 8971:5, 8971:24, 8972:6, 8978:5, 8983:22, 9011:16, 9013:8

**remind** [3] - 9017:14, 9018:5, 9025:2

**reminder** [3] - 9010:4, 9016:24, 9017:15

**reminders** [3] - 9019:3, 9020:17, 9080:10

**reminding** [1] - 9017:4

**remove** [1] - 9036:17

**removing** [3] - 8992:4, 9032:24, 9073:14

**repeat** [2] - 8986:4, 9027:2

**rephrase** [1] - 8966:23

**replacement** [1] - 9088:13

**reply** [2] - 8977:8, 8978:15

**report** [15] - 8966:19, 8966:22, 8966:25, 8967:2, 8972:19, 8973:14, 8974:2, 8975:17, 8977:8, 8978:15, 8979:23, 8989:2, 9075:16, 9075:17, 9075:24

**reported** [1] - 9034:10

**Reporter** [3] - 8959:13, 8959:14, 9090:11

**REPORTER** [1] - 9090:1

**reports** [3] - 8968:16, 8980:19, 8984:25

**represent** [2] - 8964:7, 9039:11

**representing** [1] - 9077:25

**request** [2] - 9004:8, 9004:12

**require** [1] - 9063:3

**required** [1] - 8982:14

**requiring** [1] - 9064:5

**research** [20] - 8987:4, 8987:7, 8987:8, 8987:9, 8987:12, 8993:6, 9000:8, 9000:9, 9000:10, 9000:11, 9000:12, 9000:14, 9001:9, 9012:10, 9012:22, 9020:22, 9053:22, 9054:18, 9057:22, 9058:5

**researching** [1] - 9028:21

**reservations** [2] - 9045:7, 9046:8

**reside** [2] - 9006:21, 9062:17

**resolution** [1] - 8960:19

**resolved** [1] - 8974:25

**resources** [1] - 9038:11

**respect** [9] - 8991:20, 8995:24, 9015:25,

9019:10, 9023:4, 9029:17, 9034:8, 9036:21, 9086:3

**respond** [1] - 8984:16

**responded** [2] - 8971:23, 8995:17

**response** [4] - 8973:15, 8973:17, 8973:20, 9084:12

**responsibility** [2] - 8988:6, 9041:11

**responsible** [2] - 8988:17, 9031:12

**restate** [1] - 9036:12

**restaurant** [1] - 9003:9

**restaurants** [1] - 9011:16

**restrict** [1] - 9046:5

**result** [7] - 9027:19, 9027:20, 9027:22, 9027:25, 9028:1, 9028:10, 9081:9

**Result** [3] - 9025:6, 9027:17, 9039:18

**resulted** [1] - 9085:13

**results** [18] - 8961:18, 9002:4, 9009:4, 9009:8, 9016:2, 9016:7, 9026:18, 9027:2, 9028:16, 9028:19, 9028:25, 9035:6, 9036:1, 9051:3, 9077:8, 9077:10, 9080:12

**Results** [1] - 9039:20

**resume** [1] - 9018:4

**retargeted** [3] - 9069:2, 9069:15, 9069:18

**retargeting** [4] - 9068:14, 9068:22, 9069:25, 9070:9

**retention** [2] - 9012:24, 9058:21

**review** [11] - 8972:1, 8972:3, 9016:20, 9017:17, 9017:18, 9017:19, 9017:24, 9037:1, 9055:8, 9080:23

**reviewed** [2] - 8973:22, 8974:2

**reviewing** [3] - 8977:16, 8978:23, 8978:25

**reviews** [1] - 8990:1

**revisit** [1] - 9087:17

**Richard** [1] - 9085:5

**rid** [1] - 9014:19

**right-hand** [1] -

9056:11
**ring** [6] - 8994:13,
9012:15, 9023:23,
9062:24, 9064:18,
9064:20
**rings** [3] - 9066:1,
9066:20, 9070:21
**risk** [1] - 9005:9
**RMR** [1] - 8959:13
**roadmap** [1] - 9084:13
**robust** [4] - 8992:3,
9015:19, 9081:22,
9082:2
**ROI** [3] - 8960:22,
8961:20, 8983:7
**role** [2] - 8988:3,
8988:21
**rolled** [4] - 9040:1,
9040:7, 9084:2, 9084:6
**rollout** [1] - 8982:20
**room** [1] - 9013:18
**Room** [2] - 8959:14,
9090:12
**rooms** [1] - 8961:7
**Rosati** [1] - 8959:10
**rotate** [1] - 9027:13
**roughly** [5] - 8962:12,
9015:23, 9031:24,
9042:25, 9057:7
**round** [5] - 9013:14,
9051:15, 9051:16,
9051:17, 9051:20
**round-feeling** [1] -
9051:16
**routinely** [1] - 9043:9
**Roy** [2] - 9042:7,
9042:11
**Roy-Chowdhury** [2] -
9042:7, 9042:11
**RSA** [1] - 9085:13
**run** [1] - 9020:22
**running** [3] - 9070:22,
9070:23, 9078:16

**S**

**SA360** [6] - 8981:5,
8982:14, 8982:17,
8982:19, 8983:24,
8984:10
**SA360's** [1] - 8982:9
**Safari** [3] - 9025:13,
9025:15, 9033:13
**safe** [14] - 8989:13,
8989:23, 8990:3,
8993:9, 8999:2,
9005:8, 9020:2,
9022:6, 9033:3,
9062:2, 9062:14,
9062:17, 9083:19,

9084:23
**safer** [1] - 9005:13
**safety** [5] - 8999:10,
9019:11, 9022:2,
9033:4, 9038:21
**Safety** [6] - 8989:7,
8989:8, 8990:5,
9022:4, 9038:5
**sales** [1] - 8962:5
**Sallet** [1] - 8958:21
**samples** [1] - 9007:24
**Sandbox** [3] - 9082:7,
9082:15, 9082:25
**satisfy** [1] - 8991:15
**save** [2] - 9009:20,
9059:20
**saved** [5] - 9004:11,
9009:20, 9009:24,
9010:18, 9066:14
**saving** [1] - 9051:21
**saw** [7] - 8970:3,
8973:11, 8978:9,
9038:7, 9050:25,
9065:8, 9082:2
**scale** [2] - 9002:18,
9040:5
**scan** [1] - 9081:4
**scenario** [1] - 8967:25
**scenarios** [1] -
9065:15
**SCHMIDTLEIN** [6] -
9085:4, 9086:7,
9086:12, 9087:1,
9087:24, 9089:7
**Schmidtlein** [4] -
8959:5, 9085:2,
9086:20, 9089:4
**science** [5] - 8985:25,
8986:6, 8986:13,
8987:6, 9000:14
**scope** [3] - 8984:4,
8984:25, 9085:22
**screen** [11] - 8960:24,
8966:4, 8966:6,
9007:1, 9014:15,
9017:11, 9039:19,
9039:20, 9042:2,
9055:5, 9086:25
**screens** [7] - 9011:10,
9020:5, 9021:3,
9021:13, 9050:17,
9079:10
**screenshot** [1] -
9024:19
**scroll** [2] - 9013:25,
9063:2
**scrolled** [1] - 9014:14
**scrolling** [2] -
9014:15, 9022:23
**search** [93] - 8962:20,

8963:2, 8963:13,
8965:25, 8966:1,
8966:9, 8966:10,
8966:13, 8967:13,
8967:15, 8967:17,
8967:20, 8969:8,
8970:24, 8971:2,
8972:23, 8973:1,
8973:25, 8974:13,
8974:17, 8974:22,
8974:25, 8975:1,
8975:3, 8975:5,
8975:6, 8975:10,
8979:5, 8980:2,
8980:10, 8980:15,
8980:16, 8988:11,
8988:14, 8994:15,
8994:16, 8994:17,
8995:5, 8995:7,
8996:22, 9008:16,
9009:8, 9013:22,
9013:23, 9013:25,
9014:10, 9016:2,
9016:7, 9016:10,
9016:16, 9023:23,
9024:8, 9024:11,
9024:24, 9026:3,
9026:17, 9026:20,
9027:1, 9027:19,
9027:23, 9028:1,
9028:4, 9028:18,
9028:24, 9029:2,
9030:12, 9032:19,
9034:12, 9034:13,
9035:15, 9035:18,
9035:20, 9036:17,
9050:5, 9050:6,
9051:2, 9055:25,
9059:24, 9065:2,
9066:13, 9066:14,
9066:23, 9067:4,
9067:5, 9067:11,
9071:1, 9076:17,
9077:5, 9077:7, 9078:3
**Search** [26] - 8980:1,
8988:4, 8988:6,
8988:11, 9009:4,
9014:13, 9022:25,
9023:13, 9023:18,
9023:20, 9024:8,
9024:9, 9024:22,
9030:22, 9031:22,
9031:25, 9032:2,
9036:22, 9037:17,
9037:19, 9072:15,
9075:25, 9076:11,
9076:13, 9076:14,
9080:12
**searched** [2] -
9028:20, 9066:20
**searches** [19] -

8961:23, 8967:14,
8969:16, 8987:13,
8994:9, 9008:16,
9011:15, 9012:17,
9014:17, 9024:6,
9024:7, 9024:12,
9024:14, 9027:3,
9027:11, 9035:8,
9065:4, 9071:3, 9077:6
**searching** [5] -
8969:12, 9064:20,
9064:25, 9065:3,
9070:22
**searchs** [1] - 9014:16
**season** [1] - 9051:9
**seasonality** [2] -
8965:5, 9013:11
**sec** [1] - 8961:8
**second** [11] - 8972:19,
8977:18, 8979:10,
8991:17, 8999:2,
8999:24, 9014:13,
9019:6, 9047:3,
9070:17, 9085:9
**Section** [1] - 9044:14
**section** [7] - 8966:8,
8975:2, 9056:25,
9066:7, 9076:20,
9081:13, 9083:8
**sections** [1] - 9009:6
**sections/tabs** [1] -
9063:24
**secure** [4] - 8990:22,
8991:2, 8998:13,
9040:15
**security** [20] - 8989:5,
8989:11, 8990:24,
8991:6, 8993:3,
8993:5, 8993:7,
8993:10, 8998:16,
8999:17, 8999:20,
9000:10, 9019:7,
9019:13, 9019:15,
9020:4, 9020:23,
9022:7, 9081:20,
9083:9
**Security** [4] - 8989:7,
8989:9, 8990:5, 9038:6
**see** [101] - 8961:4,
8961:16, 8961:18,
8962:8, 8962:11,
8962:24, 8963:13,
8966:6, 8970:21,
8971:1, 8973:2,
8975:23, 8976:6,
8976:9, 8976:11,
8977:5, 8977:23,
8978:20, 8979:3,
8979:11, 8979:25,
8980:14, 8980:17,

8982:2, 8992:11, 8992:24, 8993:4, 8997:2, 8998:18, 9002:4, 9002:13, 9009:14, 9010:3, 9011:10, 9012:11, 9013:22, 9014:13, 9014:15, 9015:6, 9015:10, 9015:20, 9017:2, 9017:20, 9017:24, 9022:24, 9023:13, 9023:16, 9024:6, 9024:11, 9024:14, 9028:2, 9028:20, 9030:2, 9037:24, 9039:22, 9042:4, 9044:1, 9044:5, 9044:7, 9044:14, 9044:18, 9044:22, 9045:2, 9045:10, 9046:17, 9047:7, 9047:14, 9049:9, 9049:19, 9055:9, 9055:14, 9055:24, 9056:3, 9056:5, 9056:7, 9058:18, 9059:1, 9061:16, 9061:22, 9062:3, 9063:19, 9064:7, 9065:9, 9068:15, 9068:25, 9069:8, 9070:23, 9071:10, 9071:12, 9072:8, 9072:16, 9075:9, 9075:14, 9076:4, 9076:20, 9078:12, 9079:19, 9081:13, 9083:6, 9089:2

**seeing** [6] - 8961:13, 9026:12, 9028:20, 9029:10, 9029:20, 9040:5

**seeking** [3] - 8997:3, 9069:23, 9088:16

**selected** [1] - 9053:13

**sell** [2] - 8971:10, 9029:22

**selling** [2] - 9078:10, 9078:23

**SEM** [3] - 8982:11, 8983:7, 8983:21

**semantic** [2] - 8971:5, 8971:17

**send** [5] - 8998:20, 9016:22, 9019:2, 9020:18, 9030:13

**sending** [1] - 8999:18

**senior** [7] - 8989:1, 9032:18, 9042:11,

9042:14, 9042:17, 9042:21, 9061:2

**senior-most** [2] - 9032:18, 9061:2

**sense** [7] - 8995:20, 9037:20, 9038:19, 9038:23, 9061:5, 9062:8, 9073:21

**sensitive** [8] - 9003:15, 9019:4, 9053:21, 9061:20, 9072:14, 9073:25, 9074:11, 9080:18

**sentiment** [1] - 9084:14

**separate** [2] - 8966:14, 9063:3

**separated** [1] - 9062:9

**separately** [1] - 9015:4

**September** [6] - 8964:6, 8964:10, 8964:15, 8964:17, 8964:25, 8965:9

**Sergey** [1] - 8987:8

**series** [1] - 9020:5

**Series** [1] - 8980:1

**serious** [1] - 9083:2

**serve** [2] - 9031:8, 9081:24

**serves** [1] - 9041:3

**service** [5] - 8994:1, 8996:11, 8999:13, 9026:12, 9072:18

**services** [6] - 8966:9, 8976:4, 8977:22, 8979:17, 8988:15, 8989:16

**session** [16] - 9035:11, 9035:14, 9035:25, 9066:21, 9085:7, 9085:8, 9085:11, 9085:12, 9085:18, 9085:24, 9086:4, 9086:11, 9086:16, 9086:22, 9086:23, 9087:20

**sessions** [1] - 9071:19

**set** [12] - 8968:12, 8971:1, 8979:4, 9011:6, 9011:19, 9014:7, 9028:19, 9057:12, 9058:21, 9059:20, 9065:17, 9068:7

**setting** [14] - 9009:17, 9010:20, 9011:18, 9014:21, 9014:22, 9014:23, 9049:21, 9049:25, 9050:2, 9057:14, 9058:16,

9058:23, 9060:15, 9060:24

**settings** [30] - 9004:4, 9006:11, 9006:16, 9006:21, 9007:19, 9007:22, 9007:25, 9008:6, 9008:14, 9009:13, 9011:21, 9013:1, 9015:5, 9016:20, 9017:1, 9017:17, 9017:18, 9017:19, 9018:19, 9020:15, 9021:5, 9023:2, 9025:11, 9025:23, 9029:16, 9057:9, 9057:11, 9058:25, 9060:15, 9081:17

**Settings** [3] - 9008:10, 9008:11, 9084:1

**seven** [1] - 8965:21

**Seventh** [1] - 8958:23

**seventh** [1] - 9068:11

**several** [5] - 8988:5, 8988:6, 8990:6, 9035:8, 9082:23

**shaded** [2] - 8970:15, 8970:16

**shape** [1] - 9019:17

**share** [6] - 8981:19, 8982:5, 8982:9, 9030:12, 9043:14, 9043:24

**shared** [8] - 8988:23, 8994:13, 8996:10, 9045:16, 9045:23, 9065:10, 9078:11, 9078:22

**shares/sells** [1] - 9068:19

**sharing** [4] - 9017:21, 9017:22, 9058:24, 9078:23

**shield** [1] - 9004:2

**shift** [5] - 8981:5, 8983:5, 8983:6, 8983:8, 8983:9

**shifting** [1] - 9025:5

**shoes** [4] - 8967:20, 9070:22, 9070:24, 9078:16

**shop** [6] - 8966:9, 8966:13, 8968:5, 8969:3, 9020:16, 9081:24

**Shopping** [1] - 8988:11

**shopping** [8] - 8975:2, 8977:4, 8978:6, 8978:10, 8978:17,

8979:6, 8979:15, 8994:12

**short** [5] - 8977:1, 9026:15, 9035:5, 9066:21, 9085:11

**shorten** [1] - 9013:18

**shorter** [1] - 9059:25

**show** [16] - 8960:10, 8963:9, 9003:10, 9003:12, 9016:11, 9016:15, 9017:5, 9017:6, 9020:2, 9028:11, 9031:4, 9045:7, 9051:3, 9071:2, 9073:8, 9073:20

**showed** [9] - 8960:10, 8965:7, 8969:18, 8972:8, 8980:22, 8981:6, 8983:19, 9021:13, 9050:16

**showing** [13] - 8983:21, 9006:22, 9014:22, 9015:8, 9015:11, 9017:10, 9027:21, 9028:2, 9028:6, 9029:22, 9045:7, 9059:22, 9073:19

**shown** [12] - 8962:24, 8971:4, 8998:15, 9006:3, 9009:11, 9010:13, 9013:20, 9021:25, 9023:12, 9027:16, 9029:5, 9078:7

**shows** [5] - 9002:9, 9006:8, 9011:8, 9014:2, 9057:1

**sic** [1] - 9019:16

**side** [20] - 8965:25, 8966:16, 8967:16, 8967:25, 8968:20, 8968:21, 8969:7, 8971:23, 8973:5, 8979:2, 8980:7, 8981:3, 9010:14, 9012:19, 9019:4, 9055:18, 9055:24, 9056:11

**sign** [3] - 9019:21, 9063:25, 9064:2

**signal** [7] - 9011:20, 9026:24, 9032:12, 9040:1, 9077:9, 9078:20, 9079:13

**signed** [13] - 9025:24, 9025:25, 9026:1, 9026:10, 9026:13, 9026:14, 9026:15,

9118

9027:5, 9027:10,
9034:25, 9063:23,
9066:2, 9066:6
**signed-in** [1] -
9063:23
**signed-out** [3] -
9026:15, 9027:10,
9034:25
**significant** [3] -
9038:7, 9050:23,
9073:15
**significantly** [1] -
8995:1
**signs** [1] - 9075:7
**similar** [9] - 8963:14,
9010:16, 9020:5,
9024:22, 9025:17,
9029:2, 9029:3,
9029:6, 9062:19
**similarly** [3] - 9029:19,
9033:9, 9066:6
**simple** [4] - 9002:2,
9016:10, 9021:14,
9058:22
**simplicity** [1] -
9021:21
**simply** [2] - 8981:25,
9053:1
**single** [3] - 9050:22,
9059:9, 9081:19
**singular** [2] - 9007:20,
9063:12
**sit** [1] - 8967:20
**site** [1] - 9030:12
**sites** [1] - 9008:17
**sitting** [1] - 9037:9
**sixth** [2] - 9063:16,
9067:14
**size** [1] - 8996:5
**Skechers** [1] -
8963:24
**skewed** [1] - 8962:21
**slide** [51] - 8969:18,
8969:19, 8970:3,
8970:9, 8971:23,
8976:3, 8976:8,
8976:13, 8980:13,
8983:19, 8984:6,
8992:11, 8998:11,
8998:14, 8998:15,
9000:16, 9002:8,
9002:9, 9002:22,
9005:16, 9006:2,
9006:3, 9006:12,
9007:16, 9008:8,
9009:10, 9009:11,
9010:12, 9010:13,
9011:1, 9013:19,
9013:20, 9014:20,
9017:9, 9018:11,

9019:12, 9021:24,
9021:25, 9022:19,
9023:11, 9024:4,
9025:8, 9027:16,
9029:4, 9030:1,
9037:25, 9039:14,
9052:14, 9055:7,
9055:11
**slider** [19] - 9052:1,
9052:7, 9052:8,
9052:10, 9052:14,
9052:18, 9052:20,
9052:21, 9052:23,
9053:1, 9053:3,
9053:7, 9053:14,
9058:25, 9059:4,
9059:7, 9059:9,
9060:7, 9060:18
**slightly** [1] - 9025:5
**slow** [3] - 8982:18,
8982:22, 8986:2
**small** [4] - 8988:15,
9015:24, 9039:16,
9039:17
**smaller** [2] - 9039:21,
9054:6
**Smith** [1] - 9032:16
**snapshot** [1] -
8970:25
**snapshots** [1] -
8970:20
**sniff** [1] - 9067:8
**social** [7] - 8962:1,
8970:22, 8971:1,
8979:20, 8980:6,
8980:9, 8980:11
**society** [2] - 8994:25,
9005:15
**software** [3] - 8988:3,
9005:21, 9005:22
**solicit** [1] - 9020:20
**solve** [1] - 9065:8
**someone** [21] -
8970:5, 8987:16,
8991:3, 8998:23,
9003:24, 9004:17,
9010:15, 9015:7,
9019:3, 9019:20,
9023:24, 9027:22,
9031:22, 9031:25,
9034:13, 9063:1,
9064:25, 9065:3,
9065:8, 9074:10,
9077:6
**sometimes** [6] -
8994:9, 9028:18,
9030:12, 9041:14,
9071:3, 9073:19
**somewhat** [1] -
9043:25

**somewhere** [1] -
8988:13
**Sommer** [2] - 8959:9,
8965:16
**SOMMER** [29] -
8963:23, 8965:18,
8966:23, 8966:24,
8968:12, 8968:15,
8972:14, 8972:16,
8973:14, 8973:23,
8974:7, 8974:9,
8974:12, 8975:16,
8975:19, 8976:2,
8977:7, 8977:13,
8977:15, 8978:14,
8978:16, 8979:21,
8979:24, 8981:15,
8981:17, 8981:18,
8983:16, 8984:11,
8984:18
**Sommer................**
**8965** [1] - 9091:4
**Sonsini** [1] - 8959:10
**soon** [1] - 9070:23
**sorry** [18] - 8960:12,
8960:21, 8961:8,
8964:16, 8974:6,
8976:1, 8977:18,
8983:11, 9001:2,
9002:23, 9016:4,
9026:14, 9028:8,
9034:5, 9036:7,
9055:12, 9055:16,
9056:12
**sort** [74] - 8965:3,
8967:21, 8970:23,
8980:12, 8987:12,
8988:15, 8989:15,
8990:2, 8990:20,
8990:23, 8991:11,
8992:19, 8993:10,
8994:7, 8995:10,
8995:22, 8996:6,
8996:7, 8997:9,
8997:21, 8997:23,
8998:3, 8999:6,
8999:16, 9003:13,
9003:18, 9004:16,
9006:15, 9007:9,
9008:17, 9010:14,
9012:11, 9012:22,
9013:3, 9013:6,
9013:7, 9013:8,
9015:15, 9021:14,
9030:25, 9033:16,
9033:18, 9038:9,
9038:10, 9038:11,
9051:9, 9051:15,
9061:5, 9063:4,
9065:16, 9066:21,

9067:9, 9069:11,
9070:3, 9071:3,
9071:21, 9071:25,
9074:19, 9074:20,
9074:22, 9079:10,
9080:25, 9082:11,
9082:15, 9082:23,
9082:24, 9083:2,
9083:20, 9084:9,
9084:10, 9087:4,
9087:6, 9087:11
**sorts** [1] - 9026:5
**sounds** [5] - 8965:13,
9002:5, 9040:25,
9043:4, 9057:6
**source** [3] - 9005:3,
9005:18, 9005:20
**sources** [1] - 8977:23
**sourcing** [1] - 9005:5
**South** [1] - 8958:18
**space** [2] - 8997:1,
9028:23
**speaking** [6] - 8997:5,
9031:24, 9032:3,
9060:17, 9072:1,
9073:9
**speaks** [1] - 8975:12
**special** [1] - 8987:18
**specialization** [1] -
8990:9
**specialized** [1] -
8996:22
**specialties** [1] -
8990:8
**specific** [21] -
8960:17, 8965:2,
8967:17, 8980:11,
9007:25, 9022:13,
9024:6, 9033:19,
9036:19, 9037:13,
9046:22, 9062:15,
9063:10, 9067:19,
9068:23, 9071:9,
9075:3, 9079:19,
9086:2, 9086:4, 9087:6
**specifically** [12] -
8984:20, 8990:16,
9039:14, 9041:16,
9046:8, 9048:18,
9048:22, 9050:13,
9050:19, 9059:5,
9065:12, 9069:17
**specificity** [1] -
9068:23
**specifics** [1] - 9086:2
**specified** [1] - 9010:23
**specify** [3] - 8982:25,
9012:5, 9012:8
**spectrum** [3] -
8996:14, 9019:5,

9052:11
**speed** [1] - 8976:1
**spelling** [1] - 9089:5
**spend** [6] - 8965:5, 8983:5, 8983:6, 8983:21, 8984:13, 9019:19
**spending** [1] - 8974:23
**spillover** [1] - 8997:8
**spread** [2] - 8963:7, 8963:9
**stages** [1] - 9061:8
**stands** [1] - 9089:9
**Stanford** [2] - 8986:7, 8987:3
**start** [9] - 8960:21, 8972:18, 8972:20, 8978:6, 8991:1, 8991:6, 9039:13, 9070:23, 9071:1
**started** [4] - 8974:23, 8988:1, 8988:14, 8993:22
**starting** [4] - 8975:5, 8978:9, 8979:25, 8988:16
**State** [2] - 8958:21, 9077:25
**state** [6] - 8985:21, 9011:8, 9019:10, 9026:15, 9030:24, 9070:3
**STATES** [2] - 8958:1, 8958:10
**states** [1] - 9054:3
**States** [5] - 8958:2, 8959:1, 8959:14, 9039:6, 9039:11
**stating** [1] - 9005:9
**statistical** [1] - 8982:3
**statistically** [1] - 8982:7
**stays** [1] - 9001:14
**steer** [1] - 9031:14
**stenographic** [1] - 9090:5
**step** [5] - 9030:5, 9030:7, 9030:11, 9030:17, 9084:25
**steve.kaufmann@ coag.gov** [1] - 8958:25
**Steven** [2] - 8958:21, 9077:25
**still** [17] - 8981:6, 8988:6, 9013:11, 9026:3, 9027:5, 9040:2, 9045:19, 9047:5, 9049:7, 9063:17, 9064:25,

9065:25, 9066:19, 9067:5, 9067:16, 9085:14, 9088:22
**stop** [13] - 8966:9, 8966:13, 8968:5, 8969:1, 8969:3, 8974:19, 8975:8, 9015:8, 9015:11, 9020:16, 9032:21, 9068:21, 9081:24
**storage** [3] - 8995:10, 9054:5, 9072:19
**store** [7] - 8995:6, 9004:8, 9011:7, 9012:2, 9012:5, 9056:18, 9085:2
**stored** [22] - 8992:2, 8992:22, 8993:1, 8994:17, 9004:18, 9006:17, 9008:13, 9009:9, 9009:25, 9010:18, 9013:24, 9016:9, 9023:2, 9025:3, 9045:22, 9052:2, 9062:22, 9063:2, 9065:4, 9066:3, 9066:16, 9066:17
**stores** [5] - 9008:15, 9008:21, 9008:24, 9046:5, 9050:3
**storing** [2] - 9010:21, 9050:7
**story** [1] - 9083:14
**strategic** [1] - 8975:21
**strategies** [1] - 9086:8
**streamline** [1] - 9049:11
**Street** [4] - 8958:12, 8958:15, 8958:18, 8988:18
**strengthening** [2] - 9038:23, 9063:22
**strengths** [1] - 8975:1
**stressed** [1] - 8976:22
**strict** [1] - 9078:22
**strike** [1] - 9015:25
**strong** [2] - 8984:13, 8991:6
**strongest** [1] - 9002:15
**strongly** [5] - 8999:9, 9019:22, 9030:7, 9038:18, 9064:4
**structured** [1] - 9085:24
**student** [1] - 8987:14
**stuff** [4] - 9028:20, 9031:5, 9062:2, 9062:14

**stumble** [4] - 8994:11, 8994:14, 9024:1, 9024:16
**subhead** [1] - 9076:25
**subpoena** [1] - 9003:25
**subscription** [3] - 8999:14, 9072:18, 9072:25
**subsection** [1] - 9044:20
**subsequent** [5] - 8988:9, 9026:18, 9037:25, 9066:5, 9084:6
**subsequently** [2] - 9046:19, 9080:25
**subset** [2] - 8965:3, 9022:22
**substance** [1] - 9086:22
**substantially** [1] - 8963:17
**substitution** [1] - 8968:20
**subtracting** [1] - 8964:20
**successful** [1] - 9087:13
**suddenly** [1] - 8971:18
**sufficient** [1] - 9053:25
**suggest** [3] - 8989:10, 9008:23, 9074:15
**suggested** [7] - 8969:19, 8987:5, 9026:21, 9047:19, 9047:22, 9061:4, 9069:25
**suggesting** [2] - 9070:25, 9073:23
**suggestion** [29] - 8973:16, 8973:17, 9044:24, 9046:15, 9047:3, 9048:16, 9049:5, 9058:14, 9058:15, 9059:8, 9060:8, 9060:13, 9060:17, 9060:23, 9061:11, 9061:19, 9062:12, 9063:14, 9063:16, 9067:1, 9067:14, 9067:16, 9067:19, 9068:12, 9069:11, 9070:8, 9072:6, 9073:23, 9084:4
**suggestions** [7] - 9001:19, 9019:18, 9046:17, 9061:7,

9072:4, 9080:24, 9082:7
**suggests** [1] - 9014:8
**Suite** [2] - 8958:18, 8959:3
**Sullivan** [5] - 9076:6, 9076:8, 9076:11, 9077:1, 9077:5
**Summary** [1] - 8980:4
**summer** [5] - 8986:21, 8986:23, 8986:25, 8987:18, 8988:1
**Sundar** [3] - 8989:3, 9042:6, 9043:23
**suppose** [1] - 8982:23
**surface** [2] - 9049:17, 9080:14
**surfaces** [1] - 9049:15
**surfacing** [1] - 9049:15
**surprise** [3] - 9023:24, 9041:17, 9048:10
**survey** [3] - 9055:24, 9056:20, 9057:22
**surveyed** [1] - 9056:5
**surveys** [1] - 9057:19
**suspicious** [2] - 8999:22, 9019:20
**SVPs** [6] - 8969:11, 8969:14, 8976:12, 8977:2, 8980:10, 8981:1
**SW** [1] - 8959:7
**swayed** [1] - 9037:3
**switched** [2] - 8988:14, 8988:20
**switching** [1] - 8971:21
**sworn** [1] - 8985:15
**symbolic** [4] - 8985:24, 8986:5, 8986:9, 8986:13
**system** [2] - 8997:1, 9070:11
**systems** [11] - 8974:16, 8985:24, 8986:6, 8986:9, 8989:21, 8991:12, 9032:19, 9033:3, 9054:5, 9070:3, 9078:2
**Systems** [1] - 8988:21

**T**

**T-Mobile** [1] - 9085:21
**tab** [1] - 9007:13
**table** [2] - 9036:20, 9061:1
**tailored** [1] - 9016:15
**talks** [2] - 9064:9,

9120

9065:5
**tap** [1] - 9023:22
**target** [4] - 9066:5, 9066:8, 9078:21, 9079:1
**targeted** [2] - 9066:1, 9069:6
**targeting** [5] - 9070:2, 9073:24, 9079:18, 9082:13, 9082:18
**task** [1] - 8991:15
**taught** [1] - 8962:14
**taxes** [1] - 9061:21
**teaching** [1] - 8987:10
**Team** [2] - 8989:4, 9037:10
**team** [20] - 8988:8, 8988:21, 8989:9, 8989:15, 8990:5, 8990:7, 8990:14, 9000:9, 9031:22, 9031:25, 9036:19, 9037:17, 9038:14, 9057:25, 9059:15, 9076:11, 9084:9, 9084:10
**teams** [11] - 8988:9, 8989:6, 8989:19, 8989:22, 8990:15, 8995:20, 9000:10, 9001:9, 9031:14, 9038:8, 9046:20
**tech** [4] - 8994:4, 8994:25, 8997:9, 9082:21
**technical** [6] - 8988:23, 8989:11, 8989:21, 9000:4, 9062:8
**technically** [3] - 9000:22, 9054:4, 9060:14
**technique** [3] - 9000:25, 9001:8, 9002:1
**techniques** [1] - 9003:20
**technologies** [5] - 9000:1, 9000:15, 9000:17, 9005:4, 9005:5
**technology** [2] - 8991:12, 9005:18
**temporarily** [2] - 8994:17, 9024:24
**temporary** [9] - 9026:9, 9026:16, 9030:24, 9034:1, 9034:2, 9034:24, 9035:7, 9035:10,

9066:6
**ten** [2] - 9028:19, 9050:10
**tend** [4] - 8993:10, 8997:8, 9027:12, 9051:16
**tends** [3] - 9062:17, 9073:12, 9079:12
**term** [2] - 8999:25, 9000:3
**terms** [25] - 8978:4, 8980:6, 8997:24, 9002:24, 9021:4, 9021:6, 9023:3, 9026:11, 9028:3, 9054:3, 9068:2, 9069:5, 9072:1, 9073:15, 9074:3, 9078:10, 9079:12, 9081:9, 9081:21, 9081:22, 9081:25, 9084:10, 9085:14, 9086:4, 9087:3
**test** [1] - 9054:7
**tested** [2] - 8965:8, 9051:14
**testified** [3] - 8965:7, 8976:17, 8985:16
**testify** [1] - 8965:6
**testimonial** [1] - 9087:6
**testimony** [17] - 8962:13, 8967:4, 8969:21, 8969:24, 8973:13, 8980:10, 8984:21, 8985:7, 9018:5, 9034:7, 9040:11, 9049:25, 9051:7, 9053:6, 9085:17, 9086:23, 9087:9
**testing** [2] - 9033:24, 9040:6
**tests** [1] - 8982:3
**THE** [100] - 8958:1, 8958:1, 8958:9, 8960:2, 8960:5, 8960:12, 8960:15, 8961:3, 8961:6, 8961:14, 8961:16, 8963:22, 8964:1, 8965:16, 8968:14, 8972:15, 8973:21, 8974:6, 8974:8, 8974:11, 8976:1, 8977:14, 8981:16, 8983:11, 8983:12, 8984:5, 8984:22, 8985:5, 8985:8, 8985:11, 8985:13,

8985:17, 8986:1, 8986:3, 8986:4, 8986:5, 8992:8, 9002:23, 9003:4, 9003:6, 9003:8, 9003:11, 9003:12, 9003:23, 9004:4, 9004:21, 9007:17, 9007:22, 9008:3, 9012:4, 9012:6, 9016:4, 9018:3, 9018:7, 9018:9, 9025:9, 9025:22, 9026:1, 9026:10, 9026:13, 9027:5, 9027:8, 9027:9, 9027:10, 9027:14, 9028:8, 9028:9, 9034:5, 9034:10, 9034:20, 9034:22, 9036:7, 9036:9, 9039:3, 9041:24, 9041:25, 9055:1, 9056:12, 9070:13, 9070:16, 9077:17, 9077:20, 9079:21, 9084:20, 9084:22, 9084:23, 9084:24, 9084:25, 9086:3, 9086:10, 9086:13, 9086:20, 9087:17, 9088:4, 9088:15, 9088:18, 9088:24, 9089:1, 9089:8, 9089:9
**themselves** [5] - 9007:10, 9022:6, 9060:2, 9060:20, 9074:10
**theory** [1] - 8971:14
**therefore** [3] - 8995:13, 9035:10, 9066:3
**thereof** [1] - 9082:5
**they've** [2] - 9008:13, 9050:18
**thinking** [3] - 9040:14, 9043:23, 9074:16
**thinks** [2] - 8973:18, 9040:18
**third** [10] - 8997:2, 8999:13, 9049:5, 9064:2, 9068:19, 9076:22, 9076:24, 9078:24, 9082:12, 9082:17
**third-party** [3] - 9064:2, 9082:12, 9082:17
**thoughts** [3] - 9043:14, 9043:24,

9086:14
**thread** [1] - 9034:7
**threaten** [1] - 8961:6
**three** [26] - 8962:9, 8962:12, 8963:7, 8963:9, 8963:12, 8963:13, 8963:16, 8990:20, 8992:14, 8998:16, 8999:11, 9008:13, 9011:12, 9019:14, 9026:22, 9028:10, 9042:21, 9042:25, 9044:10, 9052:19, 9053:2, 9053:11, 9054:12, 9058:4, 9058:21, 9085:13
**three-level** [1] - 8962:12
**threw** [1] - 9003:6
**throughout** [1] - 9061:6
**tie** [1] - 9026:13
**tied** [3] - 9008:1, 9026:6, 9026:7
**tier** [1] - 9072:23
**tiers** [1] - 9072:22
**tightly** [1] - 8984:10
**TikTok** [4] - 8980:2, 8980:14, 8980:15, 8997:4
**timeframe** [6] - 8988:13, 8993:21, 8994:8, 9012:8, 9015:23, 9038:8
**timeframes** [1] - 9054:3
**timeline** [1] - 9010:24
**timing** [2] - 9068:22, 9070:9
**title** [4] - 9043:5, 9055:23, 9058:15, 9075:24
**titled** [2] - 9044:25, 9055:7
**today** [19] - 8974:16, 8974:22, 8988:25, 9014:4, 9037:9, 9038:1, 9039:12, 9040:11, 9042:17, 9043:5, 9043:11, 9045:19, 9045:21, 9046:9, 9050:7, 9069:2, 9069:15, 9082:13, 9085:15
**Today** [1] - 9043:6
**together** [3] - 9026:16, 9031:13, 9035:6
**tomorrow** [8] - 9085:3, 9085:4, 9085:9,

9087:18, 9088:13, 9088:21, 9088:23

**took** [9] - 8961:1, 8981:11, 8988:2, 8988:5, 8988:16, 9013:7, 9032:15, 9038:2, 9050:10

**tool** [5] - 8982:11, 8983:13, 8983:15, 9030:18, 9049:18

**tools** [11] - 8983:4, 8983:7, 8983:8, 8983:9, 8983:12, 8983:21, 8984:10, 8984:15, 8984:16, 8988:15, 9007:5

**top** [15] - 8962:8, 8979:9, 8979:18, 8987:19, 9002:3, 9005:25, 9006:7, 9039:19, 9058:15, 9061:12, 9068:12, 9068:17, 9071:11, 9075:7, 9076:3

**topic** [8] - 8981:5, 8995:14, 9015:20, 9027:3, 9028:22, 9031:14, 9055:24

**topic-by-topic** [1] - 9031:14

**topics** [7] - 8975:1, 9022:8, 9037:15, 9041:13, 9069:6, 9078:17, 9086:16

**torn** [1] - 9067:2

**tossed** [1] - 9059:11

**totally** [1] - 8974:1

**towards** [3] - 8962:21, 9038:11, 9082:18

**tracked** [5] - 9047:9, 9048:4, 9048:18, 9049:1, 9067:6

**tracking** [5] - 9047:23, 9048:8, 9048:13, 9048:17, 9065:1

**tracks** [4] - 9047:16, 9047:20, 9048:1, 9068:18

**trade** [1] - 8972:17

**traditional** [1] - 8962:12

**traffic** [4] - 8999:18, 9004:14, 9067:8, 9067:12

**training** [2] - 8986:15, 9001:12

**transact** [1] - 9029:24

**transcript** [2] - 9090:4, 9090:5

**TRANSCRIPT** [1] -

---

8958:9

**translate** [1] - 9084:12

**transparency** [13] - 8991:24, 8992:1, 8992:17, 8996:1, 9006:1, 9006:20, 9014:25, 9026:11, 9028:16, 9044:21, 9069:13, 9081:18, 9084:11

**transparent** [3] - 9047:6, 9047:20, 9081:16

**travel** [1] - 9026:19

**travels** [1] - 9084:23

**treat** [1] - 8993:10

**treated** [1] - 9067:12

**tree** [1] - 9013:6

**trend** [5] - 8981:22, 8981:25, 8982:3, 8982:8

**trends** [1] - 8965:5

**TRIAL** [1] - 8958:9

**trial** [1] - 9085:17

**trick** [2] - 8971:12, 8971:17

**tricked** [1] - 8971:14

**tried** [3] - 8972:3, 8975:11, 9087:12

**trigger** [3] - 9045:6, 9045:12, 9071:8

**triggered** [2] - 9071:7, 9071:14

**triggers** [2] - 9068:17, 9071:11

**trip** [1] - 9013:7

**Tripadvisor** [1] - 8976:23

**true** [3] - 8996:4, 9090:4, 9090:5

**truly** [5] - 9063:18, 9063:21, 9064:5, 9065:6, 9081:24

**trust** [3] - 9038:15, 9038:19, 9038:23

**try** [7] - 8982:24, 8987:20, 8997:18, 8998:10, 9082:16, 9085:22, 9086:17

**trying** [11] - 8968:12, 8971:10, 8976:19, 8998:22, 8998:23, 9019:20, 9021:20, 9029:22, 9051:18, 9075:20, 9082:10

**tuned** [1] - 9028:25

**turn** [36] - 8960:21, 8962:3, 8975:4, 8975:21, 9004:7, 9005:25, 9009:3,

---

9009:7, 9009:8, 9009:15, 9009:16, 9009:17, 9009:23, 9010:16, 9010:19, 9010:20, 9014:23, 9015:3, 9015:18, 9016:1, 9016:6, 9016:18, 9023:17, 9030:8, 9030:23, 9044:12, 9047:10, 9048:16, 9055:4, 9055:11, 9056:8, 9058:9, 9058:12, 9075:18, 9080:21

**turned** [2] - 9079:3, 9079:7

**turning** [6] - 8993:2, 8999:24, 9010:15, 9015:4, 9021:5, 9063:23

**turns** [3] - 9008:21, 9030:18, 9073:14

**twice** [2] - 8962:1, 8999:11

**two** [26] - 8963:13, 8964:19, 8968:16, 8970:24, 8975:3, 8975:5, 8991:9, 8993:2, 8993:20, 9009:6, 9011:10, 9019:1, 9023:16, 9027:18, 9030:5, 9030:7, 9030:17, 9036:10, 9055:14, 9057:15, 9081:1, 9081:13, 9083:24, 9085:4, 9087:23, 9087:25

**two-step** [3] - 9030:5, 9030:7, 9030:17

**Twohill** [48] - 9040:19, 9040:21, 9041:2, 9041:9, 9041:14, 9041:20, 9042:6, 9043:11, 9043:17, 9043:22, 9044:3, 9044:10, 9044:24, 9045:4, 9045:12, 9046:14, 9046:18, 9047:4, 9047:19, 9048:15, 9049:6, 9049:11, 9049:21, 9058:14, 9060:7, 9060:12, 9060:22, 9061:12, 9061:24, 9062:11, 9063:15, 9063:21, 9064:9, 9065:5, 9066:25, 9067:15, 9068:12, 9068:17, 9069:25,

---

9070:8, 9071:6, 9071:13, 9072:6, 9072:13, 9073:22, 9075:7, 9075:11, 9079:24

**twohill** [1] - 9058:20

**Twohill's** [4] - 9058:10, 9072:4, 9072:24, 9083:10

**Tyler** [1] - 8959:2

**type** [16] - 8979:5, 9026:19, 9026:20, 9033:11, 9033:20, 9033:22, 9058:22, 9062:17, 9065:22, 9067:9, 9078:18, 9079:14, 9081:9, 9081:10, 9084:14

**typed** [4] - 9008:16, 9024:12, 9028:3, 9034:15

**types** [18] - 8967:14, 8971:1, 8988:18, 8997:3, 9012:24, 9019:25, 9020:1, 9025:17, 9025:18, 9033:23, 9035:10, 9059:16, 9062:10, 9065:21, 9078:6, 9078:8, 9078:12, 9083:20

**typically** [2] - 9026:7, 9046:6

---

# U

**U.S** [3] - 8958:12, 8958:15, 8958:17

**UI** [2] - 9031:1, 9060:18

**ultimate** [2] - 9062:1, 9062:13

**ultimately** [3] - 8992:20, 9012:7, 9037:17

**um-hum** [3] - 9041:24, 9044:8, 9058:11

**under** [6] - 8961:2, 8963:2, 8980:1, 8980:4, 9078:2, 9084:8

**under-bindered** [1] - 8961:2

**undergoing** [1] - 9040:2

**underlying** [2] - 8960:10, 9002:5

**underneath** [2] - 8988:23, 9060:15

**understandability** [1] - 9021:21

**understandable** [2] -
9021:10, 9037:6
**understood** [3] -
9025:22, 9033:8,
9034:17
**undertook** [1] - 8973:4
**underway** [2] -
9068:23, 9082:8
**unfamiliar** [2] -
8998:19, 9030:10
**unfortunately** [1] -
9056:3
**unintended** [1] -
9074:22
**unique** [1] - 8966:10
**United** [3] - 8959:14,
9039:6, 9039:11
**UNITED** [2] - 8958:1,
8958:10
**united** [1] - 8958:2
**universal** [1] - 9073:23
**universe** [1] - 8980:23
**unless** [1] - 9010:1
**unwanted** [1] - 8991:4
**up** [59] - 8960:9,
8960:18, 8963:18,
8966:4, 8968:12,
8969:13, 8969:17,
8970:9, 8970:13,
8971:6, 8972:17,
8976:1, 8977:19,
8981:7, 8986:2,
8987:5, 8987:9,
8992:6, 8996:12,
8997:23, 8998:11,
8999:8, 9003:9,
9006:2, 9006:8,
9006:12, 9007:2,
9011:6, 9011:19,
9014:7, 9017:5,
9017:6, 9018:11,
9019:7, 9021:18,
9027:21, 9028:2,
9028:6, 9028:8,
9028:12, 9029:22,
9035:3, 9036:10,
9036:11, 9037:17,
9045:7, 9051:3,
9054:19, 9055:17,
9056:10, 9060:6,
9065:17, 9067:14,
9071:2, 9071:6,
9075:6, 9079:23,
9083:15, 9086:25
**Updated** [1] - 8975:22
**upper** [2] - 9006:4,
9023:14
**UPX0981** [1] - 9041:20
**UPX0996** [1] - 9054:23
**UPX1044** [1] - 9075:14

**UPX981** [3] - 9042:4,
9058:9, 9079:23
**usage** [5] - 9026:14,
9040:5, 9046:10,
9047:6, 9081:16
**useful** [8] - 8972:5,
8987:15, 9011:14,
9033:17, 9043:25,
9045:24, 9073:20,
9077:10
**user** [126] - 8966:16,
8967:2, 8967:3,
8967:23, 8967:25,
8968:9, 8968:21,
8968:22, 8968:25,
8969:7, 8971:23,
8973:1, 8979:2,
8980:7, 8981:3,
8988:8, 8989:25,
8990:11, 8990:19,
8990:20, 8991:25,
8992:15, 8992:18,
8992:21, 8993:6,
8993:23, 8994:8,
8994:10, 8995:24,
8999:6, 8999:16,
9003:3, 9004:6,
9004:10, 9007:4,
9007:19, 9008:6,
9008:11, 9008:20,
9009:3, 9010:3,
9010:10, 9012:5,
9012:10, 9012:12,
9012:22, 9013:2,
9015:5, 9015:6,
9016:1, 9016:6,
9016:17, 9016:25,
9020:4, 9020:20,
9020:22, 9020:25,
9023:4, 9024:7,
9025:14, 9025:20,
9026:6, 9033:5,
9033:10, 9033:18,
9034:6, 9034:9,
9034:12, 9034:15,
9034:19, 9034:20,
9034:25, 9035:15,
9035:20, 9035:21,
9035:24, 9036:4,
9037:2, 9040:1,
9040:12, 9040:15,
9045:13, 9047:10,
9048:2, 9048:6,
9050:11, 9051:14,
9051:21, 9051:23,
9052:13, 9052:15,
9053:9, 9054:18,
9058:5, 9058:20,
9059:17, 9059:19,
9060:8, 9060:19,
9064:12, 9064:19,

9065:13, 9066:2,
9066:6, 9066:12,
9066:19, 9071:2,
9071:11, 9073:9,
9074:1, 9077:9,
9078:3, 9078:5,
9078:8, 9078:9,
9078:21, 9078:24,
9079:2, 9079:6,
9079:7, 9079:10,
9080:19, 9081:6
**User** [2] - 8972:23,
8980:1
**user's** [10] - 8965:25,
8968:23, 8999:20,
9024:5, 9054:9,
9066:16, 9066:19,
9069:21, 9078:17,
9079:19
**user-facing** [1] -
9081:6
**user-tested** [1] -
9051:14
**users** [90] - 8966:14,
8966:17, 8966:18,
8967:12, 8967:15,
8967:19, 8969:7,
8969:11, 8971:14,
8971:19, 8974:18,
8975:9, 8980:9,
8980:14, 8989:13,
8989:23, 8990:3,
8991:19, 8992:25,
8993:4, 8993:6,
8993:10, 8994:5,
8994:24, 8996:13,
8998:7, 8998:17,
9004:5, 9006:1,
9016:20, 9018:14,
9018:15, 9020:9,
9020:13, 9022:9,
9028:16, 9033:2,
9036:5, 9036:25,
9037:21, 9038:23,
9044:21, 9046:12,
9047:10, 9047:16,
9047:22, 9047:24,
9048:5, 9048:13,
9048:16, 9048:18,
9048:23, 9048:25,
9049:8, 9050:2,
9050:17, 9052:2,
9053:20, 9054:13,
9056:5, 9056:20,
9056:21, 9057:1,
9057:5, 9057:12,
9057:22, 9058:16,
9059:16, 9060:2,
9060:19, 9060:20,
9060:24, 9063:23,

9068:3, 9068:18,
9069:2, 9069:4,
9069:15, 9069:18,
9071:6, 9071:14,
9071:19, 9072:25,
9075:12, 9080:4,
9080:6, 9081:14,
9083:4, 9083:14,
9084:17
**users'** [4] - 9037:3,
9038:15, 9045:5,
9081:20
**uses** [3] - 9004:13,
9075:25, 9079:14
**utility** [3] - 8996:11,
9053:23, 9068:3

**V**

**vacation** [1] - 9063:2
**valid** [1] - 8976:20
**valuable** [3] - 9062:2,
9062:13, 9078:3
**value** [2] - 9054:6,
9064:21
**varies** [2] - 8962:14,
8979:5
**variety** [3] - 8989:12,
8990:8, 9047:16
**various** [5] - 8960:22,
8961:20, 8982:3,
9046:5, 9076:12
**vast** [1] - 9037:20
**vault** [5] - 9045:9,
9061:19, 9061:24,
9062:7, 9063:12
**Vault** [1] - 9062:6
**velocity** [1] - 9043:19
**verification** [5] -
9030:5, 9030:7,
9030:11, 9030:13,
9030:17
**verify** [2] - 8998:22,
9054:7
**version** [4] - 9005:20,
9007:3, 9030:17,
9088:13
**versus** [4] - 8998:22,
9052:21, 9059:18,
9071:22
**vertical** [3] - 8976:4,
8976:9, 8977:4
**verticals** [4] - 8976:11,
8979:14, 8980:11,
8988:12
**vice** [6] - 8989:1,
9042:12, 9042:13,
9042:14, 9042:17
**video** [1] - 9088:1
**videos** [4] - 9008:25,

9123

9009:1, 9021:19, 9059:22
**view** [10] - 8967:7, 8968:8, 8968:24, 8980:5, 9035:14, 9036:2, 9036:23, 9037:1, 9037:10, 9065:18
**View** [1] - 8988:18
**viewed** [1] - 9059:22
**views** [2] - 8968:17, 9037:4
**vigorous** [1] - 9037:16
**virtual** [2] - 8999:15, 9064:10
**visibility** [1] - 8992:25
**visible** [2] - 9037:6, 9061:14
**visit** [1] - 9016:25
**visited** [6] - 9008:18, 9008:21, 9011:16, 9016:11, 9016:12, 9016:13
**visits** [1] - 8999:7
**visually** [1] - 9014:18
**voice** [1] - 8986:1
**volume** [1] - 8972:1
**VPN** [9] - 8999:15, 9063:22, 9064:9, 9064:12, 9064:15, 9067:1, 9067:5, 9067:7
**vs** [1] - 8958:5

## W

**wait** [1] - 8982:21
**walk** [2] - 8987:24, 9011:4
**walked** [5] - 9020:9, 9023:6, 9029:18, 9037:25, 9080:8
**walking** [1] - 9021:2
**walled** [1] - 8974:16
**Walmart** [4] - 8979:8, 8979:9, 8979:16
**wander** [1] - 8987:5
**wants** [2] - 9022:17, 9059:19
**Washington** [6] - 8958:5, 8958:13, 8958:16, 8959:7, 8959:15, 9090:13
**watched** [1] - 9008:25
**water** [1] - 8991:6
**ways** [11] - 8975:3, 8991:19, 9020:13, 9027:3, 9028:24, 9030:15, 9031:5, 9033:3, 9073:11, 9074:23, 9082:18

**WE** [1] - 9080:15
**Web** [1] - 9008:15
**web** [13] - 8974:24, 8999:12, 9009:12, 9009:15, 9010:4, 9010:15, 9011:7, 9017:17, 9023:5, 9025:11, 9027:24, 9050:3, 9050:7
**Webb** [1] - 8959:2
**website** [3] - 9016:11, 9016:12, 9016:13
**websites** [1] - 8999:4
**Wednesday** [1] - 9088:2
**week** [5] - 8970:11, 8970:14, 8970:20, 8970:25, 8994:16
**weird** [2] - 9013:15, 9051:12
**welcome** [1] - 8985:17
**Wfcavanaugh@pbwt .com** [1] - 8959:4
**whereas** [4] - 8996:9, 9026:23, 9032:10, 9034:12
**Whinston** [3] - 8968:1, 8968:5, 8969:2
**whole** [2] - 8970:21, 9083:8
**wholesale** [1] - 9046:22
**wide** [2] - 9074:8, 9082:16
**widely** [2] - 9002:15, 9082:13
**wider** [1] - 8997:3
**widespread** [1] - 9049:3
**wild** [1] - 9040:5
**William** [1] - 8959:1
**WILLIAMS** [1] - 8959:6
**willing** [1] - 8996:8
**Wilson** [1] - 8959:10
**wind** [1] - 8996:12
**window** [3] - 8973:18, 9026:25, 9066:22
**Windows** [1] - 9033:16
**windows** [1] - 9026:16
**wire** [1] - 9067:13
**wish** [1] - 8974:18
**wishes** [1] - 9054:9
**withdrawn** [1] - 8980:21
**witness** [7] - 8973:11, 8984:22, 8985:15, 9085:9, 9087:3, 9087:14, 9088:2
**WITNESS** [24] -

8961:6, 8961:16, 8983:12, 8985:8, 8986:3, 8986:5, 9003:4, 9003:8, 9003:12, 9004:4, 9007:22, 9012:6, 9018:7, 9026:1, 9026:13, 9027:8, 9027:10, 9028:9, 9034:10, 9034:22, 9041:25, 9070:16, 9084:22, 9084:24
**witness's** [1] - 9089:5
**witnesses** [4] - 9085:5, 9087:12, 9087:23, 9087:25
**WITNESSES** [1] - 9091:2
**word** [6] - 9062:21, 9069:11, 9071:8, 9071:17, 9076:16
**word-for-word** [1] - 9069:11
**words** [6] - 8991:3, 9007:20, 9034:15, 9052:16, 9062:12, 9077:7
**works** [10] - 8995:5, 9014:3, 9018:2, 9022:15, 9023:3, 9045:21, 9046:9, 9076:11, 9076:13, 9076:18
**world** [8] - 8982:24, 8990:23, 8990:25, 9008:22, 9038:13, 9071:25, 9083:15, 9083:19
**world's** [1] - 8974:23
**world-class** [1] - 8990:23
**worldwide** [1] - 9041:11
**worse** [2] - 9074:6, 9074:13
**wound** [1] - 8987:9
**wrap** [2] - 9067:14, 9075:6
**write** [3] - 9058:20, 9061:24, 9072:13
**writes** [3] - 9043:11, 9044:3, 9077:6
**written** [4] - 9034:14, 9041:20, 9042:25, 9076:25
**wrote** [3] - 9046:19, 9063:21, 9071:10

## Y

**year** [9] - 9012:17, 9013:7, 9013:8, 9013:10, 9013:13, 9014:6, 9016:23, 9027:18, 9073:3
**years** [28] - 8986:19, 8988:5, 8988:6, 8988:7, 8988:8, 8988:9, 8993:14, 8993:18, 8993:20, 8994:22, 8995:11, 8995:16, 9011:15, 9015:19, 9015:24, 9021:12, 9023:19, 9024:23, 9037:25, 9040:24, 9042:25, 9044:10, 9046:9, 9058:25, 9059:21, 9061:25, 9082:9, 9083:12
**Yelp** [1] - 8976:22
**yield** [1] - 9057:25
**York** [2] - 8959:3, 8959:11
**YouTube** [11] - 9008:23, 9008:24, 9008:25, 9009:2, 9017:18, 9017:22, 9021:19, 9022:25, 9059:19, 9059:20, 9059:21