IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA, ET AL.,  )
                                   )
          Plaintiffs,              )
                                   )    CV No. 20-3010
       vs.                         )    Washington, D.C.
                                   )    November 7, 2023
GOOGLE LLC,                        )    9:30 a.m.
                                   )
          Defendant.               )    Day 36
_____)    Morning Session


TRANSCRIPT OF BENCH TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For DOJ Plaintiffs:          Kenneth M. Dintzer
                             U.S. DEPARTMENT OF JUSTICE
                             1100 L Street, NW
                             Washington, D.C.
                             (202) 307-0340
                             Email:
                             kenneth.dintzer2@usdoj.gov

                             Matthew Robert Jones
                             Meagan Kara Bellshaw
                             U.S. DEPARTMENT OF JUSTICE
                             Antitrust Division
                             450 Fifth Street, NW
                             Washington, D.C. 20530
                             (202) 598-8369
                             Email:
                             matthew.jones3@usdoj.gov
                             Email:
                             meagan.bellshaw@usdoj.gov

For Plaintiff
State of Colorado:           Jonathan Bruce Sallet
                             COLORADO DEPARTMENT OF LAW
                             Consumer Protection Section,
                             Antitrust Unit
                             Ralph L. Carr
                             Colorado Judicial Center
                             1300 Broadway
                             Suite 7th Floor
                             Denver, CO 80203
                             (720) 508-6000
                             Email: jon.sallet@coag.gov

                             William F. Cavanaugh, Jr.
                             PATTERSON BELKNAP
                             WEBB & TYLER LLP
                             1133 Avenue of the Americas
                             Suite 2200
                             New York, NY 10036-6710
                             (212) 335-2793
                             Email: wfcavanaugh@pbwt.com

```
APPEARANCES CONTINUED:

For Defendant Google:        John E. Schmidtlein
                             Gloria K. Maier
                             WILLIAMS & CONNOLLY LLP
                             680 Maine Avenue, SW
                             Washington, D.C. 20024
                             (202) 434-5000
                             Email: jschmidtlein@wc.com
                             Email: gmaier@wc.com


For Non-Party Petitioner
Apple Inc.:                  Ryan J. Travers
                             SKADDEN, ARPS, SLATE,
                             MEAGHER & FLOM LLP
                             1440 New York Avenue, NW
                             Washington, D.C. 20005
                             (202) 371-7347
                             Email:
                             ryan.travers@skadden.com


Court Reporter:              William P. Zaremba
                             Registered Merit Reporter
                             Certified Realtime Reporter
                             Official Court Reporter
                             E. Barrett Prettyman CH
                             333 Constitution Avenue, NW
                             Washington, D.C. 20001
                             (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

– – –

WITNESS INDEX

– – –

WITNESSES          DIRECT CROSS REDIRECT RECROSS

DEFENDANT'S:

RICHARD HOLDEN          9137  9208

– – –

INDEX OF EXHIBITS

– – –

PLAINTIFF'S                              ADMITTED

PSX1247                                    9237

PSX1258                                    9238

P R O C E E D I N G S

1

2          COURTROOM DEPUTY:  All rise.  The Honorable

3   Amit P. Mehta presiding.

4          THE COURT:  Good morning, everyone.  Please be

5   seated.

6          COURTROOM DEPUTY:  Good morning, Your Honor.

7   This is Civil Action 20-3010, United States of America,

8   et al., versus Google LLC.

9          Kenneth Dintzer for the DOJ.

10          Jonathan Sallet and William Cavanaugh for

11   Plaintiff States.

12          John Schmidtlein on behalf of Google.

13          THE COURT:  Okay.  Good morning, everyone.

14          All right.  So let's get started.

15          So I understand there's a representative on behalf

16   of The New York Times who's here who wishes to be heard on

17   the proposed sealing of Ms. McCallister's testimony.

18          MR. McCABE:  Good morning, Your Honor.  For the

19   record, my name is David McCabe.  I'm a reporter for The New

20   York Times.  That's spelled D-a-v-i-d, M-c-C-a-b-e.

21          We just want to briefly respectfully object to the

22   proposed sealing of Ms. McCallister's Testimony that the

23   parties previewed yesterday.

24          We just note that the Supreme Court has ruled that

25   the First Amendment prohibits the exclusion of the public

1    from trial proceedings without findings of fact that

2    identify the overriding interest to be protected and the

3    necessity of closure to protect it.  Additionally, courts

4    rule that openness is a constitutional presumption and more

5    than speculation or conciliatory assertion of harm is

6    required to justify closure.

7              Now, to the extent that, Your Honor, you do decide

8    to close the courtroom, we would just ask that the closed

9    session be as short and as focused as possible.

10             THE COURT:  All right.  Thank you.  I appreciate

11   it, Mr. McCabe.

12             Mr. Schmidtlein, any updates on Ms. McCallister

13   and your current thinking of how we'll proceed?

14             MR. SCHMIDTLEIN:  Thank you, Your Honor.

15             You know, I have gone back.  I am going to ask for

16   a short closed session that is focused specifically on

17   particular aspects of the agreements that are currently in

18   place.  I anticipate it will be, her examination is going to

19   be, in total, relatively short, less than an hour; and I

20   anticipate that the portion that will be -- that we've asked

21   to be closed will be five to ten, maybe ten minutes.

22             THE COURT:  Okay.

23             MR. SCHMIDTLEIN:  I've tried to get it as focused

24   as I possibly can.

25             THE COURT:  I appreciate it.

1        MR. SCHMIDTLEIN:  And --

2        THE COURT:  And, again, just to preview of what

3   you expect to elicit in the closed session, obviously at a

4   high level?

5        MR. SCHMIDTLEIN:  We will be presenting

6   information that would include the final terms of those

7   agreements.  Some of the strategic back-and-forth and

8   discussions between individual carriers, which is both

9   sensitive and confidential to Google, but I would also add

10   that the carriers also consider this information

11   confidential and important.

12        As you've heard, I think in other settings, not

13   just confidential vis-à-vis Google and some of the things

14   that go back, but obviously confidential vis-à-vis one

15   another.  The carriers obviously view themselves in

16   competition, and so the terms that they negotiate, the

17   strategic positions and the back-and-forth with them that

18   they have individually, we understand they obviously do not

19   want revealed publicly so that other carriers would learn

20   about some of the different terms, and you will hear about

21   the fact that in some respects, there are different terms

22   between the three companies.

23        THE COURT:  Can you just state for the record what

24   the subject matter of those terms are?  Again, just

25   generally without descending into specifics.

1          MR. SCHMIDTLEIN:  They could -- they would include

2     the actual dollars that are at issue, the certain coverage

3     or scope of the agreements, and some differences in final

4     provisions that were either negotiated or asked for,

5     carve-outs asked for by particular carriers.

6          THE COURT:  Okay.

7          MR. SCHMIDTLEIN:  So, again, I know that they view

8     those as competitively sensitive.  We agree with -- we

9     obviously agree with that.

10          THE COURT:  Okay.  All right.  Thank you,

11     Mr. Schmidtlein.

12          MR. SCHMIDTLEIN:  And as I said yesterday,

13     Mr. Holden, who's the first witness, we will conduct wholly

14     open.

15          THE COURT:  Right.  Okay.

16          Plaintiffs wish to be heard any further in light

17     of those representations.

18          MS. BELLSHAW:  No, Your Honor.  I think we're

19     hoping to do the entirety of our -- the planned portion of

20     our cross using redacted documents in a public session, and

21     then I guess we'll see what comes up during the closed

22     session.  But I would anticipate any cross on that topic

23     would be very brief.

24          THE COURT:  Mr. Sallet.

25          MR. SALLET:  We are not anticipating any questions

```
 1    on cross.
 2            THE COURT:  Okay.
 3            All right.  You know, I'm mindful of the
 4    constitutionality of an open session and the presumption of
 5    open sessions and have been throughout, have done that
 6    through the course of the trial; however, there are certain
 7    circumstances in which brief closed sessions are warranted,
 8    and I think based upon the description of the information
 9    that is sought to be elicited, it is appropriate to have a
10    short closed session with respect to Ms. McCallister's
11    testimony.
12            To the extent the Hubbard factors are what I'm
13    supposed to consider for the purposes of a closed session,
14    those factors obviously weigh in favor.  The first in six
15    factor weigh in favor of open testimony.  The information is
16    both -- at issue both Google's and a third party's
17    information, and so there are third parties interests,
18    proprietary interests at issue here, and so it's not simply
19    those of a party.
20            And to the extent I presently have an
21    understanding of this, the provisions that are to be
22    discussed have not been previously made public.  So those
23    factors, the proprietary interest of the third party as well
24    as the nonpublic disclosure favor a closed session.
25            And ultimately I think that, given that this is
```

9133

1    information that, if disclosed, as it's been described to

2    me, based upon the subject matters, in particular the dollar

3    amounts, the scope of coverage, and any carve-outs, could be

4    used to the strategic detriment of the parties to these

5    agreements, particularly in future negotiations, I think it

6    is warranted now to have that testimony in a closed session.

7            Now, all that said, consistent with my prior

8    practice, I will review, of course, any transcripts of any

9    closed session to satisfy myself once the testimony has been

10   put on the record, that it, in fact, meets the standards

11   that would allow for there to be confident -- you know, that

12   that testimony remain confidential and so we have that as a

13   backstop ultimately in ensuring full public access to the

14   proceedings as is appropriate, okay?

15           All right.  So with that, just one other public

16   access related issue, and that concerns the United States

17   filing last evening concerning a couple of exhibits, JX24

18   and JX33 and the public posting of those materials.

19           Is Google and/or Apple intending to file a

20   response, and if so, when can I expect it?

21           MR. SCHMIDTLEIN:  We do intend to file a response

22   to that.

23           I believe Apple is also going to --

24           MR. TRAVERS:  We will as well, Your Honor.

25           MR. SCHMIDTLEIN:  -- will also be filing a

```
 1   response.
 2           I guess the timing of that response, I don't have
 3   in mind a timing.  I don't believe, as I understand it, that
 4   the documents that have been provided or this dispute,
 5   relates to something that is live to a witness coming in the
 6   future; in other words, this doesn't relate to a witness
 7   that, you know, they want to be able to use the document
 8   with.
 9           THE COURT:  Right.
10           MR. SCHMIDTLEIN:  And so I'm not trying to delay
11   the time that we have, I'm just trying to prioritize things
12   that need to be decided and when they need to be decided.
13   And I don't understand that to require an imminent ruling by
14   the Court.
15           And we'll be guided as to providing a response
16   when you obviously want one from us.  But these are, you
17   know, very, very sensitive documents having to do with the
18   highly confidential, commercially sensitive agreements that
19   heretofore, I believe Your Honor in other contexts, have
20   already looked at, and the government had previously taken
21   different positions and I think, as I understand it now,
22   press are taking positions with the government or trying to
23   to get them to change their mind and so now we find
24   ourselves in this position.
25           THE COURT:  Right.
```

1          MR. SCHMIDTLEIN:  So we'll respond on whatever

2   timetable you want.  But these are things that we will be --

3   would want to make a real material submission on.

4          THE COURT:  Okay.

5          All right.  I mean, look, hopefully you've had a

6   chance to review it, I looked at it earlier this morning.

7   I think the question, at least, that's been primarily raised

8   in the government's submission or the plaintiffs' submission

9   is the extent to which some of this has already been made

10  public through other testimony that has been already on the

11  public record, so I think that's really where my focus is in

12  terms of getting a response from Google and Apple.

13         Look, there's a lot happening.  At the same time,

14  I'd like to move quickly on these, given the public interest

15  that's been expressed and particular exhibits and the

16  process that we have set up.  So if I could get something

17  from you by tomorrow evening, that would be helpful, and

18  from Apple as well.

19         MR. SCHMIDTLEIN:  Will do.

20         MR. TRAVERS:  Yes, Your Honor.

21         THE COURT:  And that way -- is today Tuesday --

22  get it by Thursday, I can rule -- I'll rule Friday morning,

23  okay?

24         All right.  So with -- oh, no, hang on.  So we're

25  actually off Friday because it's a holiday.

 1              Oh, so, right, tomorrow evening would be Wednesday

 2    and so I can rule Thursday.  Right.  Perfect.

 3              All right.  Great.  So we're on track.  It's hard

 4    to keep track of the days of the week, truth be told.

 5              All right.  So with that, anything else we need to

 6    discuss before we get started?

 7              MR. DINTZER:  Not from the DOJ Plaintiffs,

 8    Your Honor.

 9              MR. SALLET:  Not from us, Your Honor.

10              THE COURT:  All right.  Let's hear then from

11    Google's next witness.

12              MS. MAIER:  Google calls as its next witness,

13    Richard Holden.

14              COURTROOM DEPUTY:  Please raise your right hand.

15              (Witness is placed under oath.)

16              COURTROOM DEPUTY:  Thank you.

17              THE COURT:  All right, Counsel, whenever you're

18    ready.

19              MS. MAIER:  This is Gloria Maier for Google,

20    Your Honor.

21              THE COURT:  "Maynor," right?

22              MS. MAIER:  Maier, M-a-i-e-r.

23              THE COURT:  Thank you, Counsel.

24

25

1                              - - -

2    RICHARD HOLDEN, WITNESS FOR THE DEFENDANT, SWORN

3                         DIRECT EXAMINATION

4    BY MS. MAIER:

5         Q    Good morning.

6         A    Good morning.

7         Q    Could you please state your name for the record.

8         A    Richard Holden.

9         Q    And could you please spell your last name for the

10   court reporter?

11        A    It's H-o-l-d-e-n.

12        Q    Mr. Holden, are you a Google employee?

13        A    I am.

14        Q    When did you begin working at Google?

15        A    June 2002.

16        Q    Prior to joining Google, what was your educational

17   background?

18        A    I have a AB degree in history from Princeton

19   University, and a JD and an MBA from Stanford University.

20        Q    What led you to join Google in June of 2002?

21        A    Two reasons.  One was the person who hired me at a

22   company called At Home Network that I worked for for five

23   years out of graduate school, Jonathan Rosenberg, was the

24   first head of product at Google, he joined in early 2002.

25   And I was the first product manager he hired at Google.

1          And the second reason was, I was just fascinated

2     in what this small interesting company was doing at the

3     time.

4          Q    When you joined Google, what area of Google were

5     you working in?

6          A    Well, when I was first hired, I was actually hired

7     as a product marketing manager because Larry and Sergey

8     wouldn't hire anybody as a project manager who didn't have a

9     CS degree, which I don't.  But Jonathan knew he wanted me to

10    do project management and said, but don't worry about that.

11    But for two months, I worked in product marketing.

12         Q    And then after working in product marketing, what

13    division or what area of responsibility did you have after

14    that?

15         A    I shifted over in August of 2002 to be a product

16    manager on what was AdWords at the time, that was our cost

17    per click advertising program that we had just started that

18    today is called Google Ads, our search ads.

19         Q    And did there come a time when you transitioned

20    into a role in relating to Google travel?

21         A    Yes.

22              In August 2013, I left my ads role and moved over

23    to leading product management for the travel team.

24         Q    And do you recall what your title was at that

25    point?

1        A    I was director of product management.

2        Q    And for which products?

3        A    For our travel products, which included Flight

4   Search, Hotel Search.

5        Q    And so I want to sort of focus on, so when you

6   were referring to travel products, what does that refer to?

7        A    It refers to a set of vertically specific oriented

8   products for consumers.  One of them being a hotel search

9   offering to allow consumers to find information about hotels

10  and then connect with partners for making those

11  reservations.

12       We also had a similar product for flight search,

13  where consumers could look for flight information and then

14  ultimately connect with an airline or an online travel

15  agent.

16       Those were our primary products at the time, plus

17  some other search features that we had for travel.

18       Q    And so how do those travel products relate to

19  Google Search?

20       A    Well, they are really just a vertical slice of

21  Google Search, I would say.  It's really about the types of

22  queries that users are generating that are travel specific,

23  and so it's just a different form of travel -- of search

24  overall, I would say.

25       Q    How long did you work on the travel team?

1    A    I worked on the travel team from August 2013 until

2    this past May, so May 2023.

3    Q    And what were your different capacities over that

4    decade?

5    A    I was first, as I mentioned, a director of product

6    management for a number of years, leading the product

7    managers on the team.  And then I don't remember exactly

8    when, but a few years later I became a vice president of

9    product management on the team.

10         And then in 2020, Bill Ready who headed the

11   commerce organization which travel reported into, asked me

12   if I wanted to take on the general manager role for travel,

13   which meant that I was leading then the product management

14   team and the software engineers that built the product.

15   Q    And how many Google employees worked under you on

16   the travel team?

17   A    Among those product managers and software

18   engineers, there were probably 480 or 490 when I left the

19   team.

20   Q    And what was the ratio between product managers

21   and software engineers?

22   A    It varies in the company, but typically, you have

23   sort of ten software engineers to every product manager so

24   that ratio was -- about that ratio -- probably in travel, so

25   there were probably about 50 or so product managers, and the

 1    rest were software engineers on the team.

 2         Q    So the rest being 400 or so?

 3         A    4-, 430, 440, something like that.

 4         Q    And you mentioned that you worked on the travel

 5    team until May of 2023; is that right?

 6         A    That's correct.

 7         Q    Recently have you taken on a new role at Google?

 8         A    I have.  I'm the vice president for product

 9    management for Google Chrome, which includes the Web browser

10    and the web platform part of the business.

11         Q    Were there recent changes to the organization of

12    the travel team?

13         A    There were.

14              Back in January, the travel team moved from what

15    was called our commerce organization that contained

16    shopping, payments, and travel.

17              And we moved into the search organization in

18    January.  And at that time -- or by the time they came

19    around, we merged the travel team and the local team

20    together.  And the head of local went off to do another role

21    in the company and I went off to do this role in Chrome at

22    that time.

23         Q    And so who now manages the combined local and

24    travel team?

25         A    There's a head of engineering and a head of

1    product, and they report into Liz Hamon Reid who heads this

2    portion of search.

3        Q    So during your time on the travel team, did your

4    role involve strategy relating to Google's specialized

5    travel-related search results?

6        A    Yes, I was in charge of building the product and

7    the strategy, our direction in the product area.

8        Q    And did your role relate to both the paid and

9    unpaid aspects of Google's specialized travel results?

10       A    Yes.

11            When I joined the team, I was responsible for both

12   building the ad products that were related to our travel

13   products, as well as the organic search experience for

14   consumers.

15       Q    And so focusing on those travel-related products

16   on Google Search results, what are the primary kinds of

17   specialized travel results offered by Google Search?

18       A    You can think of them primarily around hotel

19   search capabilities, helping a user find information about a

20   hotel and connect with a partner.

21            You can also -- another piece of this is the

22   flights business, helping consumers find information about

23   flights, pricing, availability, et cetera and then connect

24   with partners.

25            We also have a product in what we would call

1    things to do, or you can think about as the activities

2    space, where consumers in a market try to figure out what

3    they want to do when they're traveling as well.  That's

4    another subvertical that we look at.  Those are the primary

5    products.

6        Q    Does the Google travel team have a mission?

7        A    We do.  It's very similar to the overall Google

8    mission, to organize the world's information, make it

9    accessible and useful.

10            We build off of that and we talk a lot in the team

11   and have all my years in it, about utility, helping a user

12   find what they need quickly and easily.

13            And we focus on comprehensiveness just like we do

14   in search in general.  The user should be able to trust that

15   they can come to Google and find all the information they're

16   looking for objectively presented to them, as well as

17   advertising information.  And so our mission is very

18   comparable to the overall Google mission.

19       Q    Do consumers have other places they can go to find

20   travel-related information?

21       A    Yes, they can go many places on the web to find

22   travel information.  They can --

23       Q    What are some of those places?

24       A    They can go to online travel agents, large and

25   small.  They can go to metasearch providers.  They can go to

1  other general search engines.  There are many different

2  locations on the web they can go for information about

3  travel.

4      Q    Can you explain for the Court what you mean by

5  metasearch engines?

6      A    Metasearch engines are companies that gather

7  information related to travel across the web, and they're

8  presenting to consumers in one place many different offers

9  from online travel agents, from suppliers directly as well.

10  So they're another level of aggregation, you could say,

11  in -- where a consumer can go to look for travel specific

12  information.

13      Q    And can you provide some examples of those types

14  of companies?

15      A    Yeah.  Large, good examples of that are

16  Tripadvisor, Kayak was primarily in flights in the past but

17  hotels also.  Those are examples of that.  There are others

18  as well, too.

19      Q    And you mentioned online travel agents.  Can you

20  describe for the Court what those are.

21      A    Online travel agents are places where consumers

22  can go to look for information about flights or hotels or

23  car rental or things to do.

24          And they can get pricing and availability

25  information there, they can find review information, other

```
 1    information about the products.
 2            And then ultimately, they can reserve a room or a
 3    hotel through that online travel agent and enter a consumer
 4    relationship with that company.
 5        Q    And can you provide some examples of large
 6    companies in that that are online travel agents?
 7        A    Sure.
 8            There are a couple of large ones.
 9            One's the Expedia group, which owns a set of
10    online travel agencies underneath that umbrella
11    organization.
12            And then there's Booking Holdings, which also owns
13    a whole suite of online travel agents as well.
14        Q    So I'd like to transition and go back in time and
15    turn our focus to a decade ago when you joined the travel
16    team.
17            What was the state of Google's search results for
18    travel queries when you joined the team in 2013?
19        A    Well, we had started to recognize probably four or
20    five years before I joined the team, that there was a set of
21    queries that were starting to decline on Google over time
22    that were related to general queries in travel.  This was
23    also happening in other verticals, we noticed as well.  And
24    so we were focused, over time, that potentially consumers
25    were starting to go elsewhere to get their questions
```

1  answered.

2          And then our belief was that we were falling

3  behind from a consumer perspective, that we weren't doing an

4  effective job at answering those questions.

5          So when I joined the team in 2013, we had started

6  some of those efforts to try to build a more full offering.

7     Q    Originally, at the very beginning at Google, did

8  Google offer any specialized search results for travel

9  related queries?

10    A    At the very beginning, no, we just had general

11  search offering at that point.

12         MS. MAIER:  And I'm -- at this point I'm going to

13  use a demonstrative, so I can introduce the demonstrative

14  and pass out the hard copies.

15         I'll note for the record that this demonstrative

16  is numbered DXD30, and we have renumbered the demonstrative

17  from yesterday from Ms. Fitzpatrick to be DXD31 and I'll

18  pass that out at the close.

19         Your Honor, may I approach?

20         THE COURT:  You may.  Thank you.

21         MS. MAIER:  So for the record, on Slide 2 of

22  DXD30, we have an image from an exhibit that has been

23  admitted into evidence.  It's DX0072 and it's an internal

24  Google document titled "Hotels Product Update from October

25  of 2015."  And so the image in the demonstrative is taken

```
 1   from that 2015 document.
 2   BY MS. MAIER:
 3       Q    So, Mr. Holden, the first image here in the
 4   evolution of hotel search that's labeled "10 Blue Links,"
 5   can you describe what's reflected there?
 6       A    Yes.
 7            This is an early screenshot of a Google Search
 8   results page for a navigational query for a particular
 9   hotel.  And what it shows here is an ad at the top and then
10   a set of blue link -- what we would call blue links,
11   traditional organic links on the page.
12       Q    And then after this period, we can -- the next
13   image on this demonstrative in the evolution of hotel search
14   shows something called Hotel Finder Commercial Unit.  Can
15   you describe what was the evolution from the 10 blue links
16   to this early hotel-related unit?
17       A    Yeah, this is an example of when we had started to
18   build a services around hotel search, in particular for
19   consumers.
20            And the difference that's occurring here now is
21   that before, that information on the page was everything
22   about crawling the web, it was organic unstructured content,
23   we would call it, that you can crawl from the web in
24   general.
25            What you're seeing in the red box here is the
```

1    start of our hotel search offering, where we started to

2    gather what we would call structured data, where you need to

3    enter into relationships with partners to gather this data

4    that's not generally available on the web.  It can't be

5    crawled.  So we started to gather pricing information,

6    availability information, review information and the like,

7    and started to gather that on the search results page

8    because we recognized the consumers were looking for this

9    type of information and starting to go elsewhere to find it.

10        Q    And could you briefly describe what Google's

11   flight -- so and -- let me ask a question before that.

12            So when you joined the travel team, what -- at

13   what state was the evolution of the hotel search capability?

14        A    When I joined in 2013, we had launched Hotel

15   Finder at that point, which would represent something like

16   this on the search results page, plus hotel search

17   capability behind this if somebody were to click into that

18   unit.  But it was the early stages of building the product.

19        Q    And then for Flight Search, where was Google in

20   the stages of building that product?

21        A    We had made an acquisition in 2011 of ITA, which

22   is a technology company that had a lot of information about

23   flights, and we had closed that deal in 2012.

24            And then between then and 2013 when I joined the

25   travel team, we had launched our first initial version of

9149

1    Flight Search as well.

2        Q    Were there any shortcomings in Google's

3    travel-related offerings at this point in time?

4        A    Definitely.

5            We didn't have complete information on the hotel

6    side.  We didn't have all the pricing information.  Again,

7    our goal was always to be comprehensive for users.

8            We were just starting to gather that data, which

9    is a time-consuming tech -- heavy tech lift over time to do

10   that.

11           And on Flight Search, we were at the early stages

12   of doing.  We had a lot of the technology but we didn't have

13   all the data yet and all the systems in place to fully

14   deliver the full product.

15       Q    Did Google have a sense that these products were

16   falling short?

17       A    Yes, we did.

18       Q    And can you describe -- how did Google have that

19   sense at this point in time?

20       A    Well, it was a combination of looking at user

21   feedback and gauging what the products initially and what

22   they were seeing on Google.

23           And then there was an aspect of also looking at

24   competitive products in the market and doing comparison of

25   what features we were lacking or not.

1      Q    And so at this time, I'd like to show you an

2  exhibit that's been admitted into evidence in this case,

3  it's been marked as DX46.

4            MS. MAIER:  Your Honor, may I approach?

5            THE COURT:  You may.

6  BY MS. MAIER:

7      Q    And, Mr. Holden, at this time, were there any

8  trends in queries that Google had observed?

9      A    Yes, we had been observing for a while that we

10  were seeing a decline of what we would call a generic or

11  categorical queries related to travel over time.  And what

12  I mean by that is a broad query like "hotels in Washington,

13  D.C."

14     Q    And so turning to Defendant's Exhibit 46,

15  do you recognize this document?

16     A    I do.

17     Q    And what is it?

18     A    This is a document that was created for a BC

19  review, BC, I think, meant business counsel review, that we

20  would have between the leadership on the sales side and the

21  leadership on the product and engineering side of the

22  company.

23     Q    And when was this prepared?

24     A    Late 2013.

25     Q    What was the purpose of the BC travel -- sorry,

1  the travel BC review at this point in time?

2      A    This was -- the point of this presentation and the

3  meeting was to talk about what our plans for 2014 were and

4  hopefully get approval on what we wanted to invest in

5  related to travel going into the next year.

6      Q    Were you involved in this presentation?

7      A    I was.

8      Q    What was your roll?

9      A    I was the product lead so I was responsible for

10  the product direction or product strategy.

11      Q    So I want to turn to Slide 7 of this presentation.

12  It's a slide titled "Hotels context and 2013 progress."

13         Are you there?

14      A    I am.

15      Q    Okay.

16         What was being communicated at this point in the

17  presentation with this slide?

18      A    Well, there were a couple of things that we were

19  trying to convey.

20         The first one was that we had very strong

21  competition in the market, and we believe that they had

22  superior UX, or user experience, and we pointed in

23  particular to large OTAs, such as Priceline, which part of

24  the Booking.com and Expedia.

25         And then also we were looking at the metasearch

1    providers in the market, like Tripadvisor, Kayak, Trivago.

2        Q    So I want to ask you, so who did Google view as

3    its competitors in this space at this time?

4        A    The companies listed on the slide here in

5    particular, the large online travel agencies underneath

6    booking.com, like Priceline and all the competitors -- all

7    the companies within the Expedia holding group as well too.

8            And then, as well, the metasearch providers in

9    particular, Tripadvisor, Kayak, Trivago.

10       Q    And what was meant by the statement that there

11   were strong competitors with superior UX?

12       A    Well, what we meant is that they were strong

13   competitors in the sense that they had lots of resources

14   focused on this set of queries from users that were very

15   focused on travel in particular, and they had invested years

16   and many, many resources in building what we thought at the

17   time was a superior user experience and we were falling

18   behind as a result.

19       Q    And then the second point on this slide says

20   decline in generic queries and there's a chart.  Can you

21   describe what this chart was communicating?

22       A    Yeah, what we were showing was year over year

23   growth and traffic growth related to queries.  We were

24   seeing strong growth on Google related to supplier queries.

25   People were coming, looking for what we would call a

1    navigational query, looking for a particular hotel, typing

2    something like "Hilton, Washington, D.C."

3           There were strong query growth for online travel

4    agencies themselves.  There was strong query growth for

5    metasearch providers as well.

6           There was growth, but not as strong, related to

7    hotel queries overall.

8           And then what we were most worried about was there

9    was an actual decline in queries, not slower growth but

10    actual declining queries on generic queries; again, the

11    categorical queries, the ones like "Hotels in Washington,

12    D.C."

13    Q    And what was the significance of that analysis?

14    A    Well, we were worried at that point that we were

15    losing relevance with consumers.  And they were voting with

16    their queries.  They were going elsewhere to get their

17    answers related to travel queries, broad travel queries.

18           And, you know, our objective is to address user

19    queries, address their information needs, and serve them on

20    Google, and we clearly weren't.

21           Secondary concern about that is that this is a

22    highly commercial category or vertical for Google.  If these

23    generic queries are going elsewhere, our advertisers would

24    have less reason to come to Google over time, buy

25    advertising, and we would have less relevant leads to

1    deliver to them over time, thereby harming our business as

2    well.

3        Q    There's a similar slide in this presentation for

4    flights, so can we turn to page 15 of this presentation.

5             And this slide is titled "Flights, context and

6    2013 progress."

7             Are you there?

8        A    I am.

9        Q    What was the flight's context being described at

10   this point in the presentation?

11       A    Similar to the hotels' situation in the sense that

12   there were very strong alternatives out there for consumers

13   for doing flight shopping at the time.  We had launched the

14   initial version of Flight Search, but there were strong

15   competitors in the market that we were concerned about.

16   Some of them more regional in nature.

17            Skyscanner has now become a very large company,

18   but at that time it was very Europe focused, and we were

19   definitely worried about our ability to compete in Europe.

20   Expedia had flight information as well.  And Priceline, via

21   Kayak, in particular, was a very well-known offering at that

22   time too.

23            And then in many cases, consumers would go to the

24   airlines direct as well, too.

25       Q    So when it comes to the strong alternatives at

1  that point, what companies did those include?

2      A    It included Kayak.  It included Skyscanner, in

3  particular, and Expedia overall.

4      Q    So at this time at this point and with this

5  presentation, what was Google proposing to do at this time?

6      A    Well, our goal at that time was we wanted to

7  invest more in our Flight Search offering to make it richer

8  and better and more competitive over time.  We thought we

9  had the technology and the infrastructure to offer a

10  fantastic flight product, and we just wanted to invest more

11  in making sure it was global in nature as well.

12      Q    Was Google's plan to invest and improve its travel

13  vertical part of a larger strategy?

14      A    Well, we had a broader strategy, given what I was

15  saying that multiple years before this, we had started to

16  observe a decline in generic queries across a number of

17  verticals.

18          There were a number of companies that are then

19  merging from 2008, 2009 that, in essence, were sort of

20  cherry-picking some of these most interesting commercial

21  verticals, and we were seeing declines in queries in each

22  one of these segments.

23          And from that point forward, we started to invest

24  in a number of verticals.  Travel was one of them.  Shopping

25  was another.  Finance.  There were a number of other

 1    verticals as well.

 2            Shopping and travel seemed to be the ones that we

 3    had the most momentum on building great products in so we

 4    continued that investment.

 5            But, yes, we were seeing a trend and we were very

 6    worried about what was the consumer engagement with us over

 7    time.

 8    Q    And at this time, did Google analyze the features

 9    that its competitors in the travel space were offering?

10    A    We did.

11    Q    And why did Google do that?

12    A    Well, we wanted to be able to convey to others in

13    the company who were in charge of resources that we were

14    falling short and we needed to do a lot of hard work to

15    catch up and have a competitive offering for consumers.

16    Q    And so turning to Slide 14 of this presentation,

17    there's a slide that's titled "Hotels feature comparison."

18    Can you describe what Google was communicating or what your

19    team was communicating in this part of the presentation?

20    A    Yes, this is a product comparison chart that

21    product managers on the team would have assembled, and it

22    shows a set of competitors across the top.  In this case,

23    Kayak, Hipmonk, Tripadvisor, Booking, and then Google is in

24    the yellow color there.

25            And then the rows are a set of features or

1    functionality that we thought was important looking across

2    this range of products.

3          And then the Xs indicate where there was

4    completeness, or at least where there was an offering for

5    each of those other products out there.  And what we were

6    trying to do is demonstrate the feature richness of one

7    product versus another in the marketplace.

8    Q    And particularly as it related to the category of

9    search here, can you describe what that reflected about the

10   state of Google's offerings at this time?

11   A    Well, in that category, we were looking across a

12   range of things.  Functionality that would allow a consumer

13   to drill down in and find the particular hotel that they

14   might most be interested in.

15         As you can see from the chart, all of our

16   competitors were -- had some functionality, some more

17   complete than others.  And then Google, we had nothing in

18   that space at that point.  We were not complete.

19   Q    And so what was the sort of overarching conclusion

20   of this hotel's feature comparison?

21   A    The message was internally that we had work to do

22   and we wanted to make investments to be able to complete

23   along these lines also.

24   Q    And did Google also compare its Flight Search

25   features to its competitors at this time?

1      A      We did.

2      Q      And if you turn to page 17 in that exhibit,

3   do you see there's a slide titled "Flights feature

4   comparison"?

5      A      Yes, I do see it.

6      Q      Okay.

7             What was the point of this flight feature

8   comparison?

9      A      Well, similarly to the hotels example, a set of

10  product managers would have worked on putting together this

11  chart.

12            Again, looking at a set of competitors, Kayak,

13  Hipmonk, Expedia, Orbitz, and then Google as well, looking

14  across a set of features and functionality and then showing,

15  you know, where we had gaps or where the others had gaps as

16  well.

17     Q      And what was the conclusion relating to the

18  flights features?

19     A      Well, this one we also indicated that we had gaps

20  relative to some of the parties.

21            You'll see WIP or work in progress in a number of

22  the cells there under Google.

23            So we recognized that we had started to have the

24  rudimentary offerings in some of these spaces but we had

25  more to do to have the offering be more complete.

1          And I think that represents where we were on

2   Flight Search.  We were sort of further along in building a

3   robust flight search offering than we were on hotels at that

4   point.

5          Q    So based on this analysis for hotels and flights,

6   what did Google set out to do?

7          A    We set out to invest more in engineering and

8   product management resources going into 2014 and many years

9   beyond that to try to build a more competitive offering for

10  both flights and hotels.

11         Q    And so there's -- if you go to Slide 8 in this

12  exhibit, there's a slide titled "Hotels 2014 Plan."

13         A    Yes.

14         Q    Can you summarize what was the plan going into

15  2014 for hotels?

16         A    Yeah, what we were trying to suggest going into

17  2014 is we wanted to invest in a number of areas.

18         First and foremost was UX or user experience.  We

19  wanted to build the best in class hotel search offering for

20  users to get any question they want answered related to

21  searching for a hotel and so we wanted to invest in that.

22         Secondly, we wanted to build out our content

23  experience.  We thought we needed a much richer set of

24  information for -- to help a user make a decision about what

25  the right hotel is and we were lacking on photos, we were

```
 1    lacking in reviews at that time.  We wanted to invest

 2    resources in building that out.

 3            And then third, we wanted to make sure we had

 4    comprehensive pricing and deal information.  We knew we

 5    didn't have all prices out there, we wanted a user to come

 6    to Google and trust that they were seeing all offers in one

 7    place and that we had an objective presentation of that.

 8    Again, a reason they come to Google often is to trust the

 9    results and so our goal there was to build the most

10    trustworthy results as well.

11            And then four, we wanted to build out the

12    effective modernization within this to help our advertising

13    partners reach consumers more directly, generated higher

14    qualified, higher ROI leads through the product as well.

15    Q    And then for flights, was there also a plan going

16    into 2014 for flights?

17    A    There was.

18    Q    And if we turn to Slide 16, can you summarize what

19    was the plan for the flight search at that time?

20    A    Similar to the one in hotel search in the sense

21    that the number one theme for the 2014, going into it was we

22    wanted to build the best in-house flight search.  We thought

23    we had the raw materials to do so, but we had to make a lot

24    more investment to actually produce that at the end of the

25    day.
```

1          And, again, that's acquiring pricing, availability

2   information and doing it globally.

3          And then second, there was a set of content that

4   we thought we needed in the product to help consumers make

5   the best decision possible about what flight they wanted.

6          In the flight space, a little bit differently

7   here, was international expansion.  We knew that we had a

8   product that was U.S. based at that time and that we were

9   facing a lot of competition from Skyscanner and others in

10  Europe and we wanted to get into that market so we had to

11  work on gathering all the data, the partnerships, et cetera

12  to be able to launch in Europe and worldwide.

13         And then there was a set of other things that we

14  wanted to work on that we thought the technology that we had

15  built would allow us to do some unique things in the flight

16  search space over time.

17    Q    So looking at these plans, did Google act on these

18  plans?

19    A    We did.

20         We didn't deliver all of it in 2014, but we

21  started the process of doing that and it was a multi-year

22  effort to build out the functionality, both for hotels and

23  flights.

24    Q    Did your team, the travel team, ultimately

25  accomplish the objectives that were set out in these plans

1    from 2014?

2        A    I'd like to think so.  I think we accomplished a

3    lot over the last ten years when I was working on the

4    product.

5            MS. MAIER:  So I want to turn now to the -- back

6    to the demonstrative at Slide 5.

7    BY MS. MAIER:

8        Q    And so, again, so this is an image from 2015.  Can

9    you describe what's reflected here at this stage in the

10   evolution labeled "Hotel Search"?

11       A    Yeah, this is sort of the early stages of us

12   starting to build out that more competitive offering, more

13   comprehensive structured data, again, data that you can't

14   get across the web but you need to gather across partners.

15           And we had started to represent that on the search

16   results page in an effort to address user queries, which

17   were more generic in nature of hotels in New York City.  We

18   wanted to be able to answer that question for a user, at

19   least indicate to them that we had rich information to help

20   them make that decision.

21       Q    Does Google test user features like the hotels

22   search reflected here prior to launching them?

23       A    Yes, we test them extensively.

24       Q    And what is the purpose of that testing?

25       A    The testing is to ensure that we're delivering

1    something that's for the benefit of users that we see

2    metrics driving in the right direction from a user

3    engagement standpoint.  And that's first and foremost what

4    we focus on, anything that we launch on Google.

5         Q    How did making the improvements reflected here,

6    the early improvements to the hotels unit on the search

7    results page, impact Google's ability to compete with the

8    competitors you've identified?

9         A    Well, it allowed us to indicate to a user that we

10   had information that would help them make a decision about a

11   hotel they might want to stay in.  And it was effective in

12   helping address their information need, which is what we

13   were in the business of doing.

14             So building this more structured data to

15   compliment the unstructured data, the web data on the page

16   allowed us to start to provide to the user a more complete

17   answer.

18             And when we generated 10 blue links in the past,

19   it was often about just giving information to a user.  As we

20   evolved the product not just in travel but across Google, we

21   started to try to help answer questions for users as well

22   and that's what we were starting to do here as well.

23        Q    Did you view this as an improvement in Google's

24   response to categorical queries?

25        A    Yes, this is triggered for categorical queries in

1    this case and it was meant to address the information needs

2    that a user had when asking a question like hotels in

3    New York City.

4         Q    So in the decade since or, I guess, in the eight

5    years since this presentation here showing this version of

6    the hotels unit, has Google continued to improve the hotels

7    unit?

8         A    Yes, we've had that large team that I referred to

9    before, many resources on that team, working on ongoing

10   iterations of this product, data connections with partners,

11   ensuring quality of data, ensuring immediate instantaneous

12   delivery of the content, building the infrastructure to do

13   that, building out the content behind this, the photos, the

14   reviews, many, many things that we invested in to try to

15   make this a better product.

16        MS. MAIER:   Turning to Slide 6 of the

17   demonstrative, I'll note for the record this is an image

18   from defense Exhibit 341 which is in evidence.

19   BY MS. MAIER:

20        Q    First, Mr. Holden, can you describe for the Court

21   what's reflected here in the zoomed-in portion of this

22   demonstrative?

23        A    Yes, this is a more modern day version of that

24   hotels unit that we were talking about before.  And

25   so this is, again, a unit that would be triggered based on a

1    categorical or generic query related to hotels in

2    Washington, D.C.

3        Q    And so looking -- using this demonstrative, can

4    you describe for the Court some of the additional

5    improvements that your team made to this hotels unit since

6    the last image?

7        A    Yeah, a number of things.

8            You can look across the top of the unit here and

9    there are a number of pivots that you can make as a user on

10   the content such as top rated or budget options or luxury

11   stays.  These are intended to allow a user to be able to

12   quickly drill down on part of, various segments of content

13   that they might be interested to help them make a decision

14   faster about that.

15           We've enhanced the listings themselves, you see on

16   the left-hand side there.  We have larger imagery to give

17   them a better sense of what that hotel might be about.  But

18   we also have review information there of score on reviews

19   there, star ratings for that, an indication of how many

20   reviews might be behind that score.  So if 3,000 reviews in

21   one case here on the first item so the user knows whether

22   that is a weighty review score, a star rating for the hotel.

23           Also information about amenities at the hotel as

24   well, you can see in some of them free WiFi or

25   eco-certified.  We have a description in many cases of the

1    hotel, where we're trying to distill down to a few words

2    what that hotel might be about to give a user a sense of the

3    hotel.

4            And then we have a map on the right with pricing

5    information on that map for the user which they can also

6    engage with and get additional information as they roll over

7    each price.

8    Q    And let's go ahead to the next slide, which this

9    is a demonstrative that reflects the rollover that you

10   described.

11   A    Yeah, a user can take their cursor on desktop,

12   roll over, as this animation is showing, the information at

13   that hotel will pop up, the hotel will be highlighted on the

14   left as well if it's there, and they get quick information

15   about where that hotel is located.

16           And part of what we're trying to do here is when a

17   person is just getting a general sense of a market, they

18   often want to know where are these hotels located in

19   relation to sites that I might want to visit or in relation

20   to one another or to restaurants, et cetera.

21   Q    I'm going back to Slide 6 now.

22           So I want to ask you about the search results page

23   that the hotels unit appears on which is -- it's a bit small

24   there, maybe we can zoom in on the left side of the page.

25           Can you briefly explain to the Court on the search

1  results page, what portions of those results are, paid

2  results versus unpaid organic results?

3      A    Yes.

4          So the left-hand side here is a search-results

5  page for a categorical query, hotels in Washington, D.C.

6          What you see at the top in this case are two

7  sponsored elements which are advertisements.

8          As you scroll down the page, you might want to

9  zoom out a little bit again, the red box there that's

10  highlighted is an organic unit on the page, it's unpaid,

11  that is the hotels unit.  This is fully organic information.

12          And then as you go down the page, you see

13  additional organic results on the page for other websites.

14      Q    And can you describe for the Court how the

15  location of the hotels unit is determined on the

16  search-results page?

17      A    Yeah, it's a fully organic unit, where our

18  traditional organic search ranking algorithms control where

19  that unit shows up on the page.  And so it may show up in a

20  variety of places on the page.

21      Q    Now, if a user interacts with the hotels unit, can

22  you describe, is there an additional step to the

23  capabilities that a user is able to access?

24      A    Yeah.  If the user interacts with the hotels unit,

25  then we will trigger into what we call the immersive

 1    experience.  They'll go into the full hotel search

 2    experience.  And we do that at that point because we think

 3    the user has shown intent that they want to inquire more

 4    about hotels.

 5         Q    And I should clarify.  We showed that there's some

 6    interactions that a user can do on the SERP itself;

 7    is that right?

 8         A    That's correct.

 9         Q    Can you explain the type of interaction that would

10    take the user to the immersive?

11         A    Well, if they clicked on a particular hotel on

12    that listing, those three hotels on the left, that would

13    take them into the unit, or if they clicked on to "view," I

14    can't see the exact -- 286 hotels at the bottom, that would

15    take the user into the full search experience as well.

16         Q    And so turning to Slide 8 --

17              THE COURT:  Before you do that, could I ask a

18    couple of just questions, and more for curiosity.

19              In terms of the structured data that Google

20    obtains, the pricing information and vacancy information, is

21    that something that comes from hotel companies, information

22    aggregators, all of the above?

23              THE WITNESS:  Yeah, it's a good question because

24    it can be confusing at times.

25              It does come from all of the above.

1          We gather that data through working with online

2     travel agents and setting up data feeds with them to gather

3     the data.

4          And we also go to hotels themselves, the

5     suppliers, and gather that data.

6          There's a whole bunch of other players in the

7     industry often called bed banks or consolidators, and we

8     gather data from them.

9          There's many different parties that gather that

10    data.

11         THE COURT:  Okay.

12         So you mentioned online travel agencies, for

13    example, Expedia, and I don't know whether you ever deal

14    with them or not, but are you also acquiring data from what

15    companies that you would consider to be competitors?

16         THE WITNESS:  Definitely.

17         We're acquiring data from online travel agents,

18    such as Expedia, such as Booking and all their children

19    company as well.

20         We're acquiring data from metasearch providers

21    like Tripadvisor, Kayak and others, and we're also going out

22    to the consolidators in the industry.

23         Basically, we work across any of the parties in

24    the industry, competitors or not, because we're seeking

25    comprehensive information, all the information.

1           THE COURT:  And then in terms of the hotel unit

2   and the features, three hotels here, there are hundreds and

3   hundreds of hotels in the District of Columbia or any city

4   that you're searching, how does Google determine which

5   hotels to feature on the SERP?

6           THE WITNESS:  Yeah, that's a good question also.

7           These hotels that are featured in the three there

8   are organically ranked.

9           Just like you might look at a restaurant or

10  something on Google, it's the same type of organic ranking

11  that applies for these listings.

12          And it's aspects of what the organic model has

13  found over time that might be relevant to the consumer; they

14  might have been looked at or engaged with more by consumers

15  over time.

16          But it's purely based on black -- organic ranking

17  models.  There's nothing paid about it.  It's based on

18  attributes of engagement over time with those, and

19  relevancy, we think, to that query.

20          THE COURT:  All right.  Thank you.

21  BY MS. MAIER:

22      Q    So, Mr. Holden, here we have the hotels immersive.

23  Can you briefly summarize the capabilities and features of

24  the hotels immersive?

25      A    Yeah, in the immersive here, towards the top,

 1   you'll see a range, again, of capabilities that a user can

 2   pivot on across the data, as well as similar to what we saw

 3   on the search-results page but expanded here to allow

 4   somebody to look at four star hotels or look at hotels that

 5   might have free parking, et cetera.

 6        What you'll see on the -- you'll also see dates

 7   selection so a user can quickly change their date of arrival

 8   and departure.  They can also just change the query here,

 9   too, if they want to look at a different location.

10        What they'll first see here as well are a set of

11   hotels on the left-hand side.  The first two in this example

12   are sponsored hotels, they're ads, they're promoted hotels

13   in the listing, and then beyond that are a full set of

14   organic listings for hotels.

15        And then within each hotel listing, again, you'll

16   see a star rating, reviews, number of reviews, amenities for

17   the hotel, pricing information for that particular date of

18   arrival and departure, and then again, but larger, a map in

19   this context with all the prices on the map itself.

20   Q    And then turning to the next page of the slide,

21   and maybe we can zoom in on the left side of the page, can

22   you describe what is reflected on this part of the

23   demonstrative.

24   A    So this is an example of a user that's come into

25   the immersive experience for hotels and they've said that

1    they're interested in looking at more information related to

2    the YOTEL Washington, D.C. that you can see on the left-hand

3    side.  So they would have looked at that list and clicked on

4    YOTEL.

5              And then the page alters, such as the middle

6    column here is a hotel listing page, or you can think of it

7    as a knowledge panel for this hotel in particular, the

8    YOTEL.

9              We provide at the top there information related to

10   the hotel, address information, rating information,

11   et cetera, and a website link, link to directions, ability

12   to share information on this hotel, and then pricing

13   information.

14             And then on the right-hand side, it's cut off, but

15   then you have the map as well, with this hotel in particular

16   highlighted on the map.

17        Q    Can you describe what's reflected in the red boxed

18   area that we've zoomed in on?

19        A    Yeah.

20             Then below the photos and dates selection

21   information, we have a box, which is what we would call the

22   booking module, and that is where partners would show up who

23   want to have offers for consumer for staying in that hotel

24   for that arrival and departure date, what the price of a

25   room would be on those days.

1    Q    And can you describe the difference between the

2    sponsored featured options and all options?

3    A    Yes.

4         The sponsored portion of the booking module is the

5    advertisement.  So this is where partners are purchasing

6    hotel ads to appear in this box to have their offers

7    presented to users.

8         And then there's a section called "All options,"

9    which is an organic listing of all offers on hotels.

10        And as I was mentioning earlier, our goal is to

11   have all offers, all pricing information for a consumer, and

12   so we have both a paid section of the booking module, as

13   well as an organic section.

14        Some partners may not want to bid for particular

15   placement.  They want to just make sure that that offer is

16   presented to a consumer, and that's what we want to do as

17   well.

18        THE COURT:  So, I'm sorry to interrupt, but if

19   there's a purchase or a booking here, does Google earn any

20   revenue on the booking itself?

21        THE WITNESS:  Google's earning revenue when

22   somebody, a user, clicks on one of the links in the

23   sponsored section.

24        Then the consumer's passed to the partner site.

25   But we have gathered revenue at that point when the ad is

1    clicked.  It's not based on conversion on the partner site.

2         The partner at the end of the day will judge the

3    conversion over time and then alter their bids based on how

4    it converts.  But we don't necessarily know what the

5    conversion is at the end of the day.

6         THE COURT:  So Google's revenue in this hotel and

7    flight module is still based upon -- is it exclusively based

8    on advertising?

9         THE WITNESS:  This module here, it's based on the

10   click, the advertised click and not -- there's plenty of

11   other links that go out from this page that aren't paid at

12   all, but just within this booking module, if somebody

13   clicked on the price in the all -- the "all options"

14   section, there would be no charge to the partner, it would

15   go to the partner, and OTAs can show up in that section as

16   well.

17        And just a small correction, you had mentioned a

18   flights unit.  There is no monetization in the flights unit

19   so when consumers go to the airlines or the OTAs, there's no

20   charge.

21        THE COURT:  Thank you.

22   BY MS. MAIER:

23   Q    And I want to go to the next slide of the

24   demonstrative, which shows what happens when you click "view

25   more options."

1           Looking at this slide, can you describe what this

2    slide is showing?

3      A    So this is a case where a consumer is on that

4    particular hotel listing page, the YOTEL, and they saw the

5    "all options" at the bottom of the booking module, and there

6    was a button, I think, that says "more options."  They

7    clicked on that and then the page then expands.

8           So what you're looking at is if they were to

9    scroll, they would scroll through this page and they would

10   see the part on the right-hand side and indicating here that

11   there are many, many options for the consumer to choose from

12   for this hotel for booking options for them.  So there are

13   many unpaid options that the consumer can connect with a

14   hotel through.

15          And you'll see in that, typically, a range of

16   online travel agents, a range of metasearch providers, and

17   often you'll see the supplier themselves to or meaning the

18   hotel.

19     Q    Can you explain for the Court how the data that

20   enables Google to present this information relates to the

21   suppliers and partners themselves?  Is that the data that

22   they provide Google with?

23     A    This is data that we're working with our partners,

24   whether that be the supplier or the online travel agent or

25   the metasearch provider, to gather this data and present

1  this data, both in a paid format and in an organic free

2  format.

3       Q    And can the partners choose whether to provide

4  Google with the data to show these booking links?

5       A    Yeah, this is entirely up to the partner decision

6  whether they want to share the data.

7            They share the data because it generates leads for

8  them, and they judge whether those are higher -- or high

9  return on investment leads for them.  And they make the

10  decision whether it's worth sharing the leads, sharing the

11  data with us to generate leads.

12       Q    And if any one of these particular partners opts

13  not to provide a booking link or pricing information for a

14  given hotel, does Google have other information from which

15  to present information about that hotel?

16       A    Well, we have a number of partners providing us

17  with data, so if a partner chooses not to share that data,

18  we may be not as comprehensive, we may not have a price that

19  may be appealing to the consumer there.  So we are very

20  interested in having that show to consumers.

21            A partner can also choose to have their data --

22  share their data and say, I don't want to buy advertising,

23  I just want to show up organically, and we will show it in

24  the organic listings as well.

25       Q    Does Google have a name that it used internally

1   for the introduction of these unpaid booking links?

2      A   Yeah, there was an internal name of Hubble that we

3   used when building the all options feature of this as well.

4      Q   And why does Google include the unpaid booking

5   links in the booking module?

6      A   Well, we include them there because our goal is to

7   be comprehensive in our listings.  We want, at the end of

8   the day, in the consumer mind to think, Google has all

9   prices.  I'm not going with to -- I can go to Google and

10   trust that I'm not going to be missing out on something

11   elsewhere.

12      And the purchase decision around travel is a high

13   stakes one for most consumers.  They don't do it often, it

14   costs a lot, and there's a lot of stress that goes into

15   purchasing travel, and so our objective is to reduce that

16   stress and help them make a decision more easily, and by

17   being comprehensive, we can help drive that.

18      It was something that we were doing more broadly

19   at Google, too, in shopping as well.  We were trying to

20   expand and provide all listings.

21      Q   Could we go back to Slide 8, please.

22      And so this is the hotel immersive which shows the

23   filters and features that you talked about.

24      Who does Google view as its competition for

25   providing comprehensive hotel search features like the ones

1    in the immersive and the booking module?

2        A    Well, we view our competitors in this space as

3    online travel agents, metasearch providers.  There could be

4    other general search engines as well.  We view all of them

5    as competitors in terms of users getting their information

6    needs served related to looking for hotels.

7        Q    And can we turn to Slide 11.

8            So, Mr. Holden, this is another search-results

9    page for the query "Hyatt Regency McCormick Place."

10           And I'll note that the feature on the right-hand

11   side of the page with the red box, that is what is being

12   expanded on the right side of the demonstrative, but we had

13   to break it up so you can see it.

14           Mr. Holden, can you explain what is that feature

15   on the right-hand side of the search-results page?

16       A    So in this case, we have a different type of query

17   than we were talking about before, this is what we would

18   call a navigational query.  A user is looking for a

19   particular hotel.  And so we've generated a search-results

20   page that provides them with organic listings on the page

21   and advertisements related to this property.

22           What we're looking at on the right side of the

23   page is what we would call knowledge panel.  This is --

24   comes out of the work that we've done across Google, not

25   specific to travel, but where we've invested a tremendous

 1   amount of resources over the last decade-plus in building

 2   out what we call the knowledge graph, which is a

 3   knowledge -- or a structuring data around the world around

 4   all entities that exist in the world.  We do it for

 5   restaurants, we do for a variety of things.  And so we've

 6   worked with our teams across Google to use the knowledge

 7   panel capability or the knowledge graph capability to

 8   provide a comprehensive listing for a hotel as well.  And

 9   so this is -- stems from that same type of work.

10       Q    So what is the functionality of a knowledge panel

11   for a navigational hotel query?

12       A    So we think in this case often a consumer is

13   interested in -- you know, their intent is, I want to know

14   more about this hotel in particular.

15            So we generate the knowledge panel on the right to

16   try to provide as much information about the hotel.  We

17   provide imagery at the top; we provide a link to a map, if

18   they want to see it in context; we provide a big button for

19   the website if they want to just go the website of the

20   hotel; directions, as well; and then they could save this

21   listing, too, to their maps information.  We provide the

22   address of the hotel, phone number.  Often they might want

23   to just call the hotel.

24            And then we also think, well, maybe they're

25   interested in staying in this hotel also so we provide

9180

1    information about booking below that as well.

2        Q    So where there it says "Sponsored Featured

3    Options" and "All Options," is that also a booking module?

4        A    That's the same idea, the same booking module that

5    we were seeing in the immersive experience.  But in the case

6    of a navigational query, we show that booking module on the

7    search-results page itself, and their partners such as

8    online travel agents and hotels and metasearch providers are

9    there as well.

10       Q    And so does that portion of the knowledge panel,

11   does it include any advertising abilities?

12       A    It does.

13            The section there that says sponsored or featured

14   options, those are hotel ads that our partners have

15   purchased to show up against this query against this type of

16   property.

17       Q    And so for this type of query and navigational

18   query for a particular hotel, hotel ads can show on the

19   first page of the search results that a user encounters?

20       A    Yes, for navigational queries, very often in a

21   hotel context, you would have a booking module here, and

22   partners would show up on the search-results page in that

23   booking module.

24       Q    Mr. Holden, I want to switch gears and talk about

25   flights.  So I want to talk about the improvements that

1    Google has made over time to the flight search

2    functionality.

3            So we can go to Slide 12 of the demonstrative.

4            Using this demonstrative, as well as your

5    experience, can you describe what are the improvements at a

6    high level that Google has introduced to its flight search

7    capabilities?

8        A    Yes, this a query.  In this case the user is

9    typing "Chicago to New York flights."

10           We think the intent is about looking for flights

11   in particular, and we generate at this point a unit on the

12   page called the flights unit, that's the unit in the red box

13   on the left.

14           This is a unit where our intention is to try to

15   tell a user in as condensed a space as possible what their

16   options might look like for flying from Chicago to New York.

17           They can trigger or play with the date of

18   departure and arrival, they can click on economy and choose

19   business if they want, they can choose round trip versus one

20   stop or two stop itineraries, and to change this immediately

21   and change the results within it.

22           There's a price graph below that allows the user

23   to grab and drag that and immediately see different pricing

24   because in the case of flights, the pricing can be extremely

25   volatile from day to day.  And the user --

1    Q    Let's go -- sorry, just I'll pause there.

2         Let's go to Slide 13, there's a demonstrative.

3    Can you tell me, does this demonstrative reflect what you

4    just described?

5    A    Yeah, the user can roll over any particular date,

6    and it will show, for a two-day stay or a three-day stay or

7    a four-day stay, depending on what's been chosen above on

8    dates what the price for those days are.  They can also use

9    their cursor and drag across it and the prices will

10   re-render and the bar charts will change immediately for

11   them as well.

12        And then as well on that, they see what are the

13   airlines that fly on this routing as well and get a sense of

14   what the pricing might be.

15        And our objective here is really to just try to

16   answer a question quickly because a user may not be quite

17   shopping yet, they may be in the case of just trying to

18   understand what would pricing look like if I was traveling

19   around this time.

20        We also could be wrong.  That's why we provide at

21   the top of the unit a flight status button.  They might be

22   trying to pick up somebody at the airport and not know what

23   flight it was.  So flight -- they can pick the flight status

24   quickly or they might be looking for information about an

25   airport and they can pivot to that as well too.

1     Q    So you've just described some of those

2  functionalities.  Is this a better unit in 2023 than it was

3  in 2015?

4     A    It's definitely a better unit than it was in 2015.

5  A lot of investment went into building this out.

6     Q    And so I want to highlight some of the pricing

7  tools and features that you began to describe.

8          So we looked at the price graph here on the

9  search-results page.

10          Like with the hotels unit, is there also an

11  immersive that applies to flight search?

12     A    There is.

13     Q    Okay.  Let's go to the next slide here.  Is that

14  what is reflected on this demonstrative?

15     A    Yes, this is when a user has said, I'm interested

16  in, you know, the X number of flights, clicked on that

17  button on the search results page, they would end up in the

18  immersive experience because we think that they're now truly

19  interested in shopping.

20     Q    And so within the flights immersive, there's

21  another, I see there are two icons here for date grid and

22  price graph.  I want to talk to you about those features.

23  So advancing to the next slide --

24          THE COURT:  I'm sorry.  May I interrupt?

25          MS. MAIER:  Yes.

1          THE COURT:  So what would you click to go from the

2   unit to the immersive?  If you go back to 13, what is it

3   that puts you into the immersive?  Is it "show flights"?

4          THE WITNESS:  Show flights.  If you manipulate the

5   other things within that unit, like dates or destination and

6   the like, that doesn't take you to flights because it allows

7   you to quickly find information within that unit.  But if

8   you want to see more flights and you tell us that

9   explicitly, you go to the immersive.

10          THE COURT:  I see.  Okay.

11  BY MS. MAIER:

12     Q    And then, so looking at the price graph that's

13  within the flights immersive, Slide 15, we have an animation

14  of this one as well.  Can you describe the robustness of

15  this price graph compared to the price graph on the SERP?

16     A    Yeah, this is just giving a user a more complete

17  picture of this.  They have an ability to pivot the length

18  of their trip at the top there where you can see the cursor

19  hovering because, again, the trip pricing can change

20  dramatically based on the number of days.

21          And then if they scroll or they roll over the

22  chart below, they'll see different pricing for that two

23  day -- that five-day trip that they may have highlighted

24  now, if they pivoted to a four-day trip or a three-day trip,

25  it would be showing the pricing for each date of departure

1    across that graph.

2           And, again, the volatility can be extremely high.

3    And this is particularly useful for a consumer to be able to

4    get a quick sense of, wow, I could change my trip to be a

5    four-day trip rather than a five-day trip, or I can leave

6    one day earlier or one day later, get a dramatically

7    different price.

8    Q     And then there was another feature called the date

9    grid, which is shown on Slide 16.

10          Can you describe what features and functionalities

11    does the date grid offer consumers?

12    A     So the date grid is the pretty cool functionality

13    that allows a user to look at a date of departure and the

14    date of return on the grid, that's where the blue box shows

15    what the price point for that would be.

16          But it's hard to see kind of in a static setting.

17    But when you're on your computer, you can take your cursor,

18    click on it, drag it up and down and around and change and

19    look at that volatility in pricing.

20          And what's interesting about it is if you scroll

21    off the screen and around, pricing filters in almost

22    instantaneously.  And it doesn't seem like a big deal but

23    it's actually a very big deal to do this.  In the flight

24    space in particular, when you think about the combination of

25    every origin, destination, plus every flight option, plus

1    nonstop or one stay, and across every departure date and a

2    return date, the combination of that combinatorially is

3    massive.  And being able to do that very quickly and

4    efficiently requires the infrastructure that we've built

5    over the last decade plus, plus the technology that we've

6    developed to do this and be able to cache this information

7    and deliver it instantaneously to users, it's an impressive

8    feat.

9        Q    And can you explain a bit more, like, how much

10   time and how many engineers did Google put towards the

11   effort to build these tools?

12       A    Well, I mean, our flights team was based mostly in

13   Cambridge, Massachusetts, and Zurich.  It was probably more

14   than half of the overall travel team.

15            And most of that team was focused on data quality,

16   data connections, data responsiveness such that would make

17   this possible.  So you know the majority of the team would

18   be focused on capabilities like this.

19       Q    And can you tell us, like, does Google cache data,

20   how does the cache and the compute work to make features

21   like this function?

22       A    We do.

23            And this is what -- what goes in a little of work

24   is working with all the carriers in the world, flight

25   carriers and working with all the online travel agencies

```
 1     that we can connect with, gathering their data.
 2               And part of what we do is making sure that because
 3     this pricing is highly volatile, we care deeply about
 4     having, you know, 99 percent plus accuracy that at any one
 5     moment, you might change the date on this or change the
 6     destination and that you get accurate pricing.
 7               Doing that requires building probably the world's
 8     largest cache, which means taking this data, storing this in
 9     the infrastructure, all this pricing and availability
10     information across all those permutations that I spoke about
11     before, and then also refreshing that cache constantly to be
12     able to deliver a result that might be something that a user
13     doesn't search for all the time but we think they might
14     search for it and we want to be able to deliver that as
15     efficiently as possible.  That's the magic that goes into
16     what we do that requires vast amounts of compute
17     infrastructure, knowledge, and people to build that software
18     to do that.
19               THE COURT:  Do you mean to say that what you're
20     caching, a user's queries, in other words, if I'm a user who
21     routinely regularly flies to New York, that the second,
22     third, fourth time I punch in D.C. to New York, that the
23     results will come up more quickly, is that what you mean?
24               THE WITNESS:  Well, I'm not talking about caching
25     the queries, I'm talking about caching the data.
```

1          THE COURT:  The data, okay.

2          THE WITNESS:  I'm talking about caching the

3    pricing and availability information.  So that if you change

4    any parameter around what you're looking for on that

5    itinerary, and millions of people are doing that

6    instantaneously also, that we're able to deliver that

7    pricing information that's 100 percent or nearly 100 percent

8    accurate to that user instantaneously.  So it's really about

9    the data that I'm talking about.  I'm not talking about the

10   queries.

11         THE COURT:  I see.

12         MS. MAIER:  Do you want to slide back to 14 for a

13   moment.

14   BY MS. MAIER:

15   Q    So here looking at, you know, the flights

16   immersive and Google's flight search feature overall?

17   A    Yes.

18   Q    Today, how do Google's flight search capabilities

19   compare to those of its competitors?

20   A    Very well.

21         In fact, we're usually looked at as the leading

22   flight search product in the market.

23         A lot of it has to do with our comprehensiveness.

24   A lot of it has to do with the instantaneousness of how we

25   deliver results.

1      Q    What has user feedback been on these features?

2      A    Enormously positive.

3           We have lots of feedback that comes back through,

4   people generating comments in the product.  We do user

5   studies where we get that feedback.  I've gone to a lot of

6   cocktail parties over the last ten years where people ask me

7   what I work on at Google, and I mention Flight Search, and

8   they're like, "I love that product."  So a lot of good

9   feedback.

10     Q    So today, how would you describe the overall trend

11  in competition in the travel vertical in the last ten years?

12     A    I'd say it's been very competitive and gets

13  increasingly competitive over time.

14     Q    And today, who would you consider to be Google's

15  most significant competitors in the travel vertical?

16     A    The biggest players in the industry, such as

17  booking.com and their holdings; Expedia Group and their

18  holdings within that.  Tripadvisor, Kayak, Trivago.  New

19  emergents such as Airbnb or newer to the stage.

20          I'd say even things like Facebook where a lot of

21  travel spend happens there as well too.

22          And TikTok has become more and more present in our

23  minds as well.

24     Q    And when you think about competition in this

25  travel space, does it matter in your mind that Expedia and

9190

```
 1   Booking offer the ability to fully complete a travel

 2   booking, whereas Google does not?

 3        A    No, I don't think so.

 4             At the end of the day what we're looking at is

 5   consumers trying to satisfy an information need that they

 6   have.

 7             Consumers come to us, or they come to Expedia or

 8   they come to Booking looking for information about travel.

 9             They go through a process of looking at and

10   ferreting it down and finding maybe an option that looks

11   interesting to them.

12             They may go back up in that process on us or on

13   another party, look for something else, look for another

14   hotel, look for another flight, go down that process again.

15             It's an iterative process that happens over many

16   days often, over many sessions often, and consumers do that

17   across us and our competitors as well.

18             The very last stage of that is like, yes, I'd like

19   to reserve that.  That's a pretty small part of the process

20   at the end of the day.  At that point, they've made their

21   decision and they're just doing the transaction.

22        Q    And does -- and we've looked at the booking module

23   and does Google offer a consumer the ability to choose what

24   they want to book?

25        A    Well, the consumer in that booking module can --
```

```
 1    sees a range of parties that they can go book with; again,
 2    could be an online travel agent, could be a metasearch
 3    provider, it could be the supplier themselves directly.
 4         Q    And then another question.  So thinking about
 5    Expedia and Expedia's capabilities, is it fair to say that
 6    if a user searches for something not travel related, like
 7    UFOs, on Expedia, that they won't get a particularly good
 8    result?
 9         A    I think that's fair to say.
10         Q    To you and in your --
11              THE COURT:  You could book a flight on a UFO.
12              THE WITNESS:  Maybe in the future.
13    BY MS. MAIER:
14         Q    Well, but is it fair to say -- or so in your role
15    at Google and thinking about competition in the travel space
16    has it mattered to you that a user won't get a particularly
17    good result at Expedia for something not travel related?
18         A    No.
19              I mean, my job and what I focus on is this
20    vertical segment, or have, is travel.  And what I care about
21    is what that consumer is looking for in the travel context
22    and what they come to Google to do it find information
23    related to travel and what they might find on a competitor
24    site.  So I don't really care about UFOs.
25         Q    At present, how does Google continue to compete
```

1    with competitors like booking.com and Expedia?

2        A    Well, we continue to compete in the sense that we

3    every day are working on improving the product.

4            The job of having data quality is never done.  In

5    terms of making sure that it's highly accurate, highly

6    available, that's an ongoing task that will never end.

7            And, you know, we're not, our competitors aren't

8    sitting still either.  They've been diversifying in other

9    areas, like things to do and activities space that I

10   mentioned before.  We are working on products in that space

11   as well.

12           In the lodging space, it's no longer about hotels

13   alone.  It's also about vacation rental properties.  They

14   are looking at that space.

15           We could be building the best hotel search

16   offering and we would be left in the dust as consumers start

17   to look across the spectrum of lodging options.  They're no

18   longer thinking just hotel.  They're thinking vacation

19   rentals as well.  So we're investing in those areas too.

20           So the competition continues and the iteration in

21   the products continue day in and day out.

22       Q    Have there been any emerging technological

23   developments in the competitive space?

24       A    I would say the last couple years for sure related

25   to artificial intelligence.

1              A lot of us in the travel industry have been

2    excited about what can happen with AI.  I described before

3    that the inquiry timeline for a user is often very lengthy

4    in travel.  It involves a lot of drilling down on a

5    particular offer of going back up on a hotel, for example,

6    looking at a different hotel, coming back up, going away for

7    a couple days, coming back and re-engaging in that process.

8              We often see that sessions can take or inquiries

9    about a travel problem can take, you know, 30 days for a

10   person to finally make a decision.

11             And AI offers a lot of promise to streamline some

12   of that.

13             And, for example, we talk a lot about comparative

14   capabilities.  We'd love to be able to have a user come and

15   do a search for hotels with a particular set of attributes

16   and say, can you tell us, tell me about what set of hotels

17   and let me compare across them.

18             AI shows the promise of being able to deliver that

19   back with a table that has comparison of features,

20   et cetera, across structured and unstructured data.

21             So we're looking at that, and our competitors are

22   certainly looking at that as well.  And that offers an

23   opportunity for some to leapfrog others very rapidly in this

24   space.

25        Q    Have other general search engines made improvement

```
 1   to their travel search results as Google has done so over

 2   the years?

 3       A    Well, in the general search space, I would think

 4   mostly about Bing in that context, and I would say in most

 5   cases, you know, they look at a lot of what we launch, and I

 6   could best describe it as they often copy what we do.

 7            I would say on the surface, they copy it.

 8   I'm not sure they're delivering the same product beneath

 9   that from a back-end perspective.

10            But, yes, there's a lot of iteration that they're

11   doing to copy a lot of what we do over time.

12            MS. MAIER:  And, Your Honor, now is probably a

13   good time to take a break.

14            THE COURT:  Okay.

15            All right.  So it's 11:00 right now.  We will

16   resume at 11:15.

17            And, Mr. Holden, I'll just ask you please not to

18   discuss your testimony during the break.

19            Thank you, sir.

20            THE WITNESS:  Thank you.

21            COURTROOM DEPUTY:  All rise.  This Court stands in

22   recess.

23            (Recess from 11:01 a.m. to 11:22 a.m.)

24            COURTROOM DEPUTY:  All rise.  This Honorable Court

25   is again in session.
```

1          THE COURT:  Please be seated.  Thank you,

2    everyone.

3          All right.  Ms. Maier, whenever you're ready.

4    BY MS. MAIER:

5      Q    Mr. Holden, does Google offer advertising products

6    to businesses in the travel space?

7      A    Yes, we do.

8      Q    What types of ads does Google offer to businesses

9    in the travel space who wish to advertise?

10     A    Businesses in the travel space can use Google

11   search ads, the text ads, they can buy those.  And they can

12   also buy hotel ads, which are another form of search

13   advertising.

14     Q    And are there different varieties of hotel ads?

15     A    Well, there's different places where the hotel ads

16   will appear.  They appear in the booking module that we

17   referred to before in the immersive, as well as on the

18   search results page in the knowledge panel.

19          They could also appear in promoted hotels, which

20   is the list at the top of the list of hotels in the

21   immersive experience.

22     Q    What is the purpose of Google's advertising

23   products for travel advertisers?

24     A    Well, these products are designed just like our

25   general search ad products are, to help our advertising

1    partners connect with consumers who are interested in their

2    products or services, and our goal is to make that as ROI

3    positive for our partners at possible.

4        Q    And can you describe in what way both text ads and

5    hotel ads can be served in response to a user query?

6        A    Yeah, a user could be looking for, again, a

7    categorical query, like hotels in Washington, D.C., as we

8    were looking at before.  There may be advertisements at the

9    top of the search results page which are the standard text

10   ads.

11           There could be hotel ads showing on that

12   search-results page also if it was a navigational query in

13   the knowledge panel.

14           And then if a user engages with the hotels unit

15   and then looks at a particular hotel and engages with the

16   booking module, they'll see advertisements there, the hotel

17   ads, in that case as well.

18       Q    What kinds of travel businesses buy text ads and

19   hotel ads on Google?

20       A    Online travel agents do, metasearch providers.

21   The suppliers themselves do.  And they usually buy across

22   both sets, both hotel ads and text ads.

23       Q    Where else do those travel businesses advertise?

24       A    Well, they have many other places they can go and

25   advertise as well.

1          In many cases, you'll see online travel agents

2    advertising on metasearch providers for traffic.  They can

3    go to other general search engines and advertise there as

4    well.

5          They could go -- they often go to places like

6    Facebook, who've feature travel content.  And more and more,

7    they're spending time advertising on places like TikTok,

8    too.

9      Q    Do those other platforms for advertising also

10   offer advertising based on user queries?

11     A    They do.  They offer the ability for the

12   advertisers to identify and find consumers based on their

13   queries and intent.  You know, a user might go to Expedia

14   and they express their intent and do a query based on a

15   location and date selection.

16         They might be on a metasearch provider doing that

17   as well.

18         They could be in Facebook looking at particular

19   content and also searching on Facebook, or they could be on

20   TikTok looking at content or doing searches on TikTok as

21   well.

22     Q    And based on your experience working with Google's

23   travel advertisers, how do they typically look at their

24   portfolio of advertising, including Google?

25     A    They look collectively.

1            They have a set of money that they are spending to

2    try to drive marketing dollars and distribution dollars that

3    they're trying to drive traffic to them over time, and they

4    look at a combination of what they can generate from search

5    engine optimization through the organic links.

6            They look at what they can drive through search

7    engine marketing, which is both the text ads, as well as

8    through the hotel ads.

9            They look at that as a pool of funds.  And they

10   look collectively at the spend that they make across all

11   those things and determine whether they're getting a

12   positive return on that investment.

13           And they frequently will shift their spend from

14   one to the other based on whether they feel the ROI is

15   better in one area or another.

16   Q    And when discussing that portfolio, are you

17   referring to of their Google advertising alone or of their

18   advertising dollars for other platforms as well?

19   A    Speaking of Google, but also they're looking

20   across all properties as well.  So they may be looking at

21   their spend on metasearch providers, they may be looking at

22   their spend on other sites across the web.

23           And, yes, there's a one grand pool that they're

24   looking at they're spending across to generate their leads

25   and looking at their ROI on it.  But they're also doing ROI

1    calculations on each of those properties individually.  And

2    within Google, they're looking at search engine optimization

3    and search engine marketing together as well.

4         Q    I want to switch gears slightly and talk about

5    Google's relationships and partnerships.  Does Google

6    partner with other travel companies in connection with the

7    travel results that Google provides?

8         A    We do.  We have many partners that we work with to

9    gather data to be able to either show advertising if they

10   want or show organic listings.

11              We work with them to gather photos and reviews and

12   other information as well.

13        Q    This courtroom has heard a bit about a company

14   called Hopper.  Are you familiar with Hopper?

15        A    I am.

16        Q    What is Hopper?

17        A    Hopper is a provider of -- was typically in the

18   past, flight search capabilities.  I think they might have

19   hotel search capability as well now too.  But it's another

20   place that consumers can go to to look for travel

21   information.

22        Q    Has Google ever had a partnership with Hopper?

23        A    We have not.

24        Q    And then thinking about Google's partnerships with

25   larger travel SVPs, referring to online travel agencies or

 1   metasearch, can you describe at a high level the types of

 2   discussions and dialogue that Google will engage in with its

 3   travel partners?

 4       A    We would have lots of discussions with them.  We

 5   would have semiannual summits that we would -- either in

 6   their location or our location.

 7            They would come and I would be meeting with the

 8   senior leads on those teams.  And my engineering

 9   counterparts, and other functions in the company would join

10   those meetings as well from sales representation.

11            And we would talk about what our product direction

12   is, how we were evolving our product, both advertising and

13   the organic offering.  They would talk about how they're

14   evolving their product as well.

15            They would spend a great deal of time talking to

16   us about how -- try to understand better how our product was

17   evolving, because their goal and interest was often trying

18   to maximize their ability to generate highly qualified leads

19   from the product as well.  That would happen at that level.

20            And then there was ongoing engagement also between

21   the product managers and engineers among the teams.

22   I think, for example, in our Cambridge, Boston office, we

23   had at least an annual, if not nice twice a year, summit

24   that was a technical summit that we would have with booking,

25   where we would have with Expedia or other partners where

1    they would bring their engineering and product counterparts

2    and we would bring ours and we would talk about how the

3    product was evolving.  A lot of those discussions were about

4    data connections, how we could make them more efficient to

5    make it more cost effective for them to deliver content to

6    us.

7            Some of that was about the advertising products,

8    how they could get better performance from the ad products.

9    It was very much conversations that were along the lines of

10   joint development of product.  In fact, the Booking execs

11   would often say to me, like, how can we grow the market

12   together; what are some new opportunities that we can look

13   at.  And we would spend a lot of time talking about where

14   growth could come in the travel space.

15   Q    Has there been any tension in Google's

16   relationship with its large travel SVP partners?

17   A    Well, I guess I would say with any high stakes

18   business relationship, that there's tensions there, and the

19   tensions I mean are because each party is trying to maximize

20   what their opportunity is.

21           We're trying to deliver fantastic results to

22   consumers and stay relevant to them over time so that we can

23   generate effective leads for our partners, paid and unpaid.

24   And their interest in time is utilizing those tools that we

25   provide as effectively as possible.  But they also have an

1    incentive to try to build their products and make them

2    better and better and have that consumer come to them

3    directly and maybe not go through Google over time which

4    falls directly to their bottom line from a profitability

5    standpoint.  So there are natural tensions in that, of

6    course.

7            And then there are just natural tensions and when

8    you're jointly developing products together and utilizing

9    them, they would give us feedback on products.  Sometimes we

10   didn't want to make those changes because our goal at the

11   end of the day is the consumer experience first, and maybe

12   not the advertiser experience, but we would balance those

13   interests as we built out the products as well.

14   Q    Have there been any major travel SVPs who have a

15   more limited relationship with Google than, say, Expedia

16   and Booking.com?

17   A    Yeah, a good example of that would be Airbnb.

18   Airbnb used to be a strong advertiser of ours.  We also

19   worked with them on our vacation rental offering in terms of

20   getting data connections from them just for purely

21   organically listing their offerings.

22           Airbnb made an effort not long before they went

23   public in a statement that they were going to make that they

24   were able to generate more traffic directly to themselves

25   and they weren't going to work through intermediaries or

 1    rely less on intermediaries for traffic.  And they reduced

 2    their ad spend with us.

 3          They also turned off the data feeds to us for

 4    sharing vacation rental content purely organically through

 5    us as well.

 6          And since they've gone public, they've continued

 7    to advertise to some degree but a far less degree than they

 8    ever did before.

 9    Q    And can you describe how apps have impacted the

10    competitive landscape?

11    A    Yeah, we've had a lot of concern about the growth

12    of native apps on mobile devices over time.

13          For us, we have been a web-oriented, web-first

14    company and we've had a lot of efforts to try to iterate to

15    be a relevant player in the native app space.

16          And in the travel space in particular, we

17    definitely were concerned about that.

18          It's a strategy for sure that many of the large

19    online travel agents have invested a lot in building out

20    their native apps with an objective of trying to have

21    consumers connect with a good app and no longer come to

22    Google for that connection with the partners over time.

23          And they've been effective in doing that in many

24    cases.

25    Q    So thinking of Airbnb and Airbnb's efforts to

1  generate its own direct traffic in the vacation rental

2  space, how has that affected Google competitively?

3      A    Well, Airbnb has come out with a great offering

4  the consumers engage with highly.  They have a wonderful

5  native app that people enjoy using.  And when people often

6  think of vacation rental content, they think Airbnb.  And

7  there's definitely a mind-share aspect there that consumers

8  are focused on that space.  We're concerned about that space

9  because, again, we've been iterating and building a great

10  hotel search offering.

11          And as I was alluding to before, we're worried we

12  might have a great hotel search offering, then a consumer

13  will be looking for hotels and vacation rental in the space

14  same space.  We worry about Airbnb being able to very easily

15  add hotel content to their product and have a much richer

16  lodging search experience.  And they have taken steps

17  towards that.  They acquired HotelTonight a number of years

18  ago.  And we were then concerned about them plugging in the

19  hotel data that they have as well through that.

20          So Airbnb has done a very effective job at driving

21  traffic directly for their vacation rental continent, and,

22  you know, as a result, they're not sharing that data with us

23  at this point.

24      Q    And I want to turn to another large OTA, Vrbo.

25  Do you recall a complaint raised by Expedia in 2019 about

```
 1   the amount of money that Vrbo was spending over time at
 2   Google?
 3        A    I do recall that.
 4        Q    And were you involved with Google's response to
 5   that complaint?
 6        A    I was involved in the response.
 7        Q    How so?
 8        A    I was notified by, I believe, Philipp Schindler,
 9   who I think got the complaint.  Philipp Schindler was the
10   head of sales at Google, and he took the complaint and
11   he said, can you guys investigate this and figure out what's
12   the issue here.  And we did a bunch of research on this and
13   we came back with a response to Philipp based on that.
14        Q    And what did you determine based on your research?
15        A    We found two things primarily.
16             The first was, you have to remember in the
17   context, I was referring to Airbnb before.  This is the time
18   when Airbnb was rising in prominence quickly with consumers
19   and consumers were engaging with our content heavily.  Vrbo
20   was in direct competition with Airbnb.
21             The first thing that we found was that on the
22   organic search results themselves, the consumers were just
23   looking for Airbnb very frequently in the search results and
24   they weren't looking for Vrbo as frequently as they might
25   have in the past.  And as a result, consumer engagement with
```

1    the search results over time was more toward Airbnb and Vrbo

2    was following in the results because consumers weren't

3    engaging with those results.  So their SEO, or search engine

4    optimized traffic, was falling over time and they were

5    having to expend more efforts to try to figure out how to

6    build that traffic back.

7            The second part of this was, because consumers

8    were engaging less with Vrbo and more with Airbnb, that was

9    affecting them on the advertising side as well too.

10   Airbnb -- well, consumers were engaging more with Airbnb ads

11   on Google, and as a result, just like our ad model auction

12   is designed with higher click-through rates over time, the

13   partners that enjoy that higher click-through rate have

14   higher predicted click-through rates in the future and they

15   can bid less to show up in the same location in the ad

16   results that's designed, by design, for consumer benefit.

17   If ads perform better, partners should have to bid less

18   because users find those ads valuable.

19           And what was happening to Vrbo at the time is that

20   their ads, to show up in the same location, they were having

21   to bid more and more and more because their ads were

22   becoming less relevant to consumers.  Consumers were not

23   engaging with those ads.  So as a result, they were having

24   to spend much more to acquire the same level of traffic over

25   time because they were being outcompeted.

1      Q      Did Google communicate that back to Expedia?

2      A      We did.  We shared that information back with

3    Philipp and team.  They communicated back to Expedia/Vrbo.

4    And the feedback we got back from them was, oh, we have some

5    work to do.  Thank you.

6      Q      Thank you.  I have no further questions.

7             THE COURT:  Okay.  Mr. Sallet.

8             Let me ask you.  Are the DOJ Plaintiffs not

9    seeking to examine or just going to go after Colorado

10   Plaintiffs?

11            MR. JONES:  So, good morning, Your Honor.  Matthew

12   Jones for the DOJ.

13            If it pleases the Court, the State Plaintiffs will

14   examine Mr. Holden first and DOJ Plaintiffs may or may not

15   have a few questions afterwards.

16            THE COURT:  Terrific.  Thank you.

17            MR. JONES:  Thank you.

18            THE COURT:  Mr. Sallet.

19

20

21

22

23

24

25

```
 1                            - - -

 2                       CROSS-EXAMINATION

 3    BY MR. SALLET:

 4        Q    Mr. Holden, my name is Jonathan Sallet.  I'm an

 5    attorney for the state of Colorado.

 6             Mr. Holden, you've talked about your work

 7    extensively with the travel vertical at Google.  Am I

 8    correct that you have said on your LinkedIn page, that you

 9    developed from the ground up the number one flight and

10    lodging search products global, Google Flight Search and

11    Google Hotel Search?

12        A    I believe that's what I wrote on that page, yes.

13        Q    Thank you.

14             So one term that's been used in this case is

15    specialized vertical provider to refer to companies like

16    Expedia or -- but in shopping Amazon and in-home services,

17    HomeAdvisor.  If I use that term to describe those kinds of

18    companies, will that be understandable to you?

19        A    It will be.

20        Q    And if I use the initials SVP, will that work as

21    well?

22        A    That should work.

23        Q    Thank you.

24             And you've already described what an online travel

25    agency is.
```

1           SVPs are some of Google's biggest advertisers;
2    is that correct?
3        A    Yes, they are, some of them are.
4        Q    And that's true in travel as well?
5        A    Some of the largest travel advertisers are some of
6    our largest advertisers.
7        Q    And that's true for companies like Booking and
8    Expedia, correct?
9        A    Booking and Expedia are some of our largest
10   advertisers.
11           MR. SALLET:  So we have binders that we will hand
12   up.
13           Your Honor, they're bigger than they look, that's
14   all I can say.
15           May I approach?  I'm sorry, I should have asked.
16           THE COURT:  Uh-huh.  No problem.
17   BY MR. SALLET:
18       Q    Mr. Holden, when you get a minute, I would like
19   you to turn to the Defendant's Exhibit 254.
20           I believe the way this is done is that their
21   exhibits, I guess they're not -- is that in this book?
22       A    I don't see a 254, but maybe I'm missing.
23       Q    It's on the record in this proceeding that I'm bad
24   at math and I'm apparently bad at this one as well.  You're
25   exactly right.

1          So we have a second binder that we're going to

2    hand out.  We'll just go on and I'll come back to this if

3    that's all right.  I'll try to find documents in this

4    binder.

5          Companies like Expedia and Booking are big

6    purchasers of ads you just said.  They were also big

7    purchasers of text advertisements on the Google SERP;

8    is that correct?

9    A    They purchase text ads and they purchase hotel

10   ads.

11   Q    And they buy a lot of text ads; isn't that right?

12   A    They buy advertising from us, correct.

13   Q    And the -- Google's traffic vertical is highly

14   profitable for Google, isn't it?

15   A    It's one of our largest verticals for Google.

16   Q    And, in fact, in 2019, billions of dollars were

17   earned by the travel vertical; is that correct?

18   A    Well, I hesitate on the word "earned."  I mean,

19   there was revenue from the company that was -- I don't know

20   what the profitability of it was.

21   Q    I take your point about there's sometimes precise

22   use of the term "earnings."  Let me say gained billions of

23   dollars of revenue; is that correct?

24   A    There is billions of revenue in the travel

25   vertical.

1    Q    And that comes to Google, correct?

2    A    That comes to Google.

3    Q    Yes.

4         So I would like you now -- let's see if I can do a

5    better job on this one -- to look at PSX524 in the binder

6    you have.

7         And I want to note that that this is partially

8    redacted, and so you will see some things that, for example,

9    are marked with yellow highlighting.

10        Mr. Holden, I may ask you generalized questions,

11   but I will endeavor not to use any of the precise numbers

12   and I would ask that you would do the same.

13   A    Okay.

14   Q    So is this -- this is a document entitled "Travel

15   traffic analysis ACM."

16        Do you see that?

17   A    Yes, I do.

18   Q    It's dated April 5, 2019?

19   A    Correct.

20   Q    And are you familiar with this document?

21   A    I'm familiar with analyses that were done for

22   these meetings, but, yes, I think so.

23   Q    This is the kind of analysis that would be

24   regularly done at Google, correct?

25   A    Those ACM meetings weren't that frequent, but,

1    yes, I guess occasionally would be done.

2        Q    Okay.

3            And I'll represent that this was produced from

4    your files.

5            So if you could turn to page 2 of this, which you

6    see the Bates numbers at the bottom, I'll give you those as

7    well, but in this case, it's the second page that ends in

8    226.

9            Do you see that?

10       A    Yes, I do.

11       Q    Have you seen this before?

12       A    Well, let me just look at it one second, sorry.

13       Q    Of course.

14       A    I don't remember this document in particular, but,

15   yeah, this seems like something I would have seen.

16       Q    Of course.

17           And could you look at the note?  The note on this

18   says, "Richard, to set the stage for travel context."

19           Is the Richard referred to there yourself,

20   Mr. Holden?

21       A    Yes.

22       Q    If you looked at the very first bullet on this,

23   does the number that I do not want you to say out loud, but

24   it is an annual travel revenue as of this date in 2019.  Is

25   that consistent with your understanding?

1      A    That's consistent with my understanding for search

2  ads and hotel ads combined.

3      Q    Yes.  Thank you.  Thank you for the clarification.

4           I'd like you to turn to page 10 of this which is

5  at -- if you use the Bates numbers, it's 234.  You can

6  probably get there.

7           And, again, you'll see yellow showing redactions,

8  so there's a column on the right-hand side of this slide,

9  it's multicolored.

10          Do you see that?

11     A    Yeah, it's a little hard to read, but yes.

12     Q    It is hard to read and I'll try to make it easy.

13          We can't show it, of course, because it's

14  redacted, Mr. Holden, so I apologize.  Oftentimes it's

15  easier to see on the electronic screen.

16          But there's a column that's marked "Revenue."

17 Do you see that on the right?

18     A    I do.

19     Q    And so this is just to ask a question.

20          The green portion of that column, and I won't give

21 the number, is the amount of revenue that's attributed to

22 hotels and accommodations; is that correct?

23     A    It looks like that's the case.

24     Q    And the extent to the -- and that's hotel queries;

25 is that right?

1       A    Well, it would be -- it would be broader than just

2   hotel queries.  It would be a broad range of anything that

3   was deemed to be accommodation related.

4       Q    So as to hotel queries, there is language at the

5   very top, again, with a percentage that's redacted.  Hotel

6   queries represent X percent of travel revenue.  That is

7   hotel queries, correct?

8       A    Yes, though it could have been shorthand for

9   talking about hotels and accommodations, in general, but

10  yeah, generally speaking.

11      Q    And the color is difficult because we overlaid the

12  redaction, but there's -- if you go to that same column and

13  go up to the third item, which to me looks kind of orangey

14  yellow, that refers to air travel; is that correct?  There's

15  a legend on the right-hand side of the slide, Mr. Holden.

16      A    Yes, it looks like it refers to air travel.

17      Q    And that gives a percentage of revenue attributed

18  to that segment, air travel, correct?

19      A    Yes.  Again, across search ads, yes.

20      Q    Now, I would like you to turn --

21      A    Actually, search ads -- I should clarify.  Search

22  ads could be display ads too.  All forms of advertising.

23      Q    These are Google Ads we're talking about here,

24  correct?

25      A    Yes, but Google Ads aren't just search ads, just

```
1    to be complete here.  They're display ads also which are --
2    which are not -- go ahead, sorry.
3         Q    I don't mean to interrupt you, but --
4         A    No, no.  Go ahead.  What was your question?
5         Q    You've referred before to text and hotel ads, each
6    of which can appear on the Google SERP.  In the case of
7    hotel ads, they also appear in the immersives in the booking
8    modules and such, correct?
9         A    Yes, I was talking about text ads and also hotel
10   ads before.
11        Q    There were no display ads that appear on the
12   Google SERP, correct?
13        A    No, but I'm just saying that this revenue number
14   we're talking about, the overall travel space, may be
15   referring to display as well.
16             I'm not positive.  I'm just saying it's possible.
17        Q    You don't know.
18        A    I don't recall whether it does or not, but
19   typically when we talk about the travel segment, we would be
20   talking about search and display, all forms of advertising,
21   how big is the ad market.
22        Q    Do you see any reference -- at the top of the page
23   it says "Hotel queries," correct?
24        A    Yes.
25        Q    Are display ads -- do display ads show up on the
```

 1    Google SERP in response to queries?

 2         A     No, but sometimes we loosely talk about how big

 3    the market is.  I may be wrong.  I'm just mentioning that it

 4    could -- might have encountered display as well.

 5         Q     I'd like you to turn now, it's also redacted, to

 6    the page that is -- ends with the Bates numbers 238.  Could

 7    you do that?

 8         A     Okay.

 9         Q     Now, this focuses on hotel traffic and other

10    vertical benchmarks.  And there's a percentage that is

11    redacted, but it's a percentage of outbound clicks from

12    hotel-related queries, and then says, "but paid clicks are

13    growing."

14              In other words, am I correct that from the Google

15    Search engine results page, they can be nonpaid clicks, for

16    example, on a text ad, and paid clicks -- I'm sorry,

17    nonpaid, for example, on the blue links and paid, for

18    example, on the text ads, correct?

19         A     Well, there can be unpaid links from the blue

20    links.  There can be unpaid links from, if it's a

21    navigational query, could be coming out of the booking

22    module from the free links of the net.  It could be coming

23    from also the links that we provide at the top of that

24    knowledge panel to partners as well, and there could be paid

25    links coming from the advertisement.  And there could be

```
 1    also on the immersive, unpaid links out to there, as well as
 2    links from the booking module that are paid, a combination
 3    of the two.
 4         Q    Thank you, Mr. Holden.
 5              In fact, let's go to the first column there which
 6    is -- got a label I can't read, I guess, I'm not allowed to
 7    read, but I would call it a subvertical in travel.
 8              Do you see what I'm talking about?  It's a column
 9    on the left.  And it's got a name under it?
10         A    Yes.
11         Q    Okay.
12              So let's walk up just -- I think you've covered
13    this, but it would be helpful, I think.
14              What this shows is the percentage of clicks to
15    this subvertical that come from various sources through
16    Google, correct?
17         A    This shows the -- sorry.
18              This shows the outbound traffic to partners from
19    various sources of Google.
20         Q    I'm going to work from the bottom up if that's
21    okay.
22              The bottom are that traffic which comes from text
23    ads, correct?
24         A    It comes from the overall search ads, meaning the
25    text ads, as well as the hotel ads.
```

9218

```
 1      Q    Well, does it?  Because if you look at the very
 2  top --
 3      A    I'm sorry, you're right.  I read the legend wrong.
 4  It is text ads.  My apologies.
 5      Q    And then there's a percentage.  That's the
 6  percentage.
 7           And there's a number to the left.  Is that number
 8  to the left the average price of these text ads in this time
 9  period?
10      A    I believe that would be the cost per click for
11  those ads.
12      Q    And then the next box and the colors are hard to
13  say, this is labeled -- it's -- yeah, web organic, correct?
14      A    Correct, that's the traffic we're delivering
15  through web search results.
16      Q    And if I call those the blue links, I think
17  earlier you talked about the traditional, the 10 blue links,
18  would that be an accurate description of what these are?
19      A    Yes, that would be.
20           The only caveat I'm going to say for on this one
21  is that I'm not entirely clear whether, for example, on a
22  navigational query like we were talking about before, in the
23  knowledge panel, website link, et cetera, might be included
24  in that.
25           There is a hotel unit organic element but that
```

9219

 1    might be the spotted -- in the booking module itself.

 2            So it could be a blending of the two.

 3        Q    But that's helpful, because the next category is

 4    just what you said.  It's called hotel, you know, organic,

 5    and I've understood these, and tell me if I'm correct, to be

 6    the non- paid listings that appear in the hotel unit on the

 7    SERP; is that correct?

 8        A    It could be -- it certainly includes the elements

 9    in the booking module that are unpaid.  It may also include

10    the website link button, et cetera, at the top.

11            But given that we're not talking about the amounts

12    here, I think that that amount might be actually in the web

13    organic as well.

14        Q    And then the very top, in a different color, is

15    labeled "Hotel Unit Ads," correct?

16        A    Correct.

17        Q    And these are ads that one accesses from the hotel

18    unit which appear not on the search engine results page but

19    on, for example, the immersive or on a property page;

20    is that correct?

21        A    These are the ads that appear in the immersive and

22    can appear on the search-results page in the knowledge panel

23    in a booking module.  I mean, they put -- and they get there

24    own SERP and in immersive.

25        Q    On the knowledge panel, just see if I have this

1    right, those ads appear on the knowledge panel in response

2    to a query from a user that asks names of particular hotel

3    in a particular geographic location; is that correct?

4        A    That's correct, it shows the online travel agents,

5    the suppliers, metasearch providers giving them access to

6    consumers at that point as well.

7        Q    And then on the left of that very top element,

8    there's another price, is that the average price for hotel

9    unit ads?

10       A    I believe that's referring to the cost per click

11   for those ads.

12       Q    Yes, thank you.

13            Now, I would like you to go to, if you might,

14   page 6 of the document, which is 230.

15            And this is a summary of key findings for both

16   inbound travel queries and outbound queries.  Do you see

17   that?

18       A    I do.

19       Q    And I'm going to be careful here because of the

20   redactions, but do you see -- well, there's a subheading,

21   "Google's Outbound Click from Hotel Queries," correct?

22       A    Yes.

23       Q    And then the sentence underneath that, "A redacted

24   percentage of outbound clicks from hotel-related queries

25   were organic," correct?

9221

```
 1      A     Correct.

 2      Q     Correct?

 3            Sorry.

 4      A     That's what it says, yes.

 5      Q     Yes.

 6            And then the redacted portion, without saying what

 7   it says specifically, does it provide a comparison between

 8   the growth of paid and nonpaid queries?

 9      A     Let me just read the section for one second.

10      Q     Of course.

11      A     Are you asking about that first bullet point and

12   what it says?

13      Q     I'm asking about the end of the sub-bullet point

14   under "Google's outbound clicks."  There's a redacted

15   portion at the end?

16      A     And can you repeat the question?

17      Q     Of course.

18            Does this make a comparison between paid clicks

19   and nonpaid clicks?

20      A     My reading of it is that it makes a comparison

21   between paid clicks and queries.

22      Q     And queries would be the content that the user

23   puts into, say, Google.com, correct?

24      A     No, that's different than unpaid clicks.

25      Q     I take the point and I appreciate the
```

 1    clarification.

 2              Can you move to page -- the page that ends in 241,

 3    please.  Now, this is not much that's not redacted but I can

 4    say it deals with OTAs on search.

 5              And what we see here, without giving any numbers,

 6    is some OTAs --

 7              THE COURT:  Sorry, what's the page again,

 8    Mr. Sallet?

 9              MR. SALLET:  I apologize.  It's 241.  It's the

10    Bates number ends in 241.

11              THE COURT:  I just was behind you.

12    BY MR. SALLET:

13        Q    And what we see here, Mr. Holden, is some OTAs,

14    and then a specific outbound traffic analysis for each of

15    the ones that are displayed; is that correct?

16        A    Yes, that's correct.

17        Q    And the categories are the same categories we

18    talked about a few minutes ago, right, text ads, web

19    organic, hotel unit organic, hotel unit ads; is that right?

20        A    That's correct.

21        Q    Let me just say it this way:  A significant share

22    of this outbound traffic is coming from advertising,

23    correct?

24        A    Let me just look at the chart here for a minute,

25    please.

1      Q    Sure.  Of course.

2      A    It varies by partner, but a significant portion is

3  generated through advertising, of the leads and outbound

4  clicks.

5      Q    In fact, the -- my apologies.  I didn't mean to

6  interrupt.

7      A    Sorry.

8           No, I was just saying that a significant -- it

9  varies by partner, but, yes, I guess you could describe it

10  as a significant amount of traffic is coming via paid

11  outbound links.

12     Q    And conversely, it doesn't appear that a whole lot

13  of traffic is coming through the hotel unit, does it?

14     A    I'm having a little trouble distinguishing the

15  shading, but...

16     Q    It's difficult, Mr. Holden.  Thank you for trying.

17     A    I guess I wouldn't describe it as not a lot.

18  I would describe it as significant also.

19     Q    But smaller?

20     A    It's smaller.

21     Q    Yes.

22          Mr. Holden, could you turn to the PSX299 in your

23  binder.

24          MR. SALLET:  I should have said, I apologize

25  Your Honor, that on the prior document, 524, it is -- it has

1    been admitted.

2              THE COURT:  Okay.

3              MR. SALLET:  And this is partially redacted.  It

4    has also been admitted, Your Honor.

5              THE WITNESS:  Sorry.  You said PSX299?

6    BY MR. SALLET:

7         Q    Yes, sir:

8              Is it not at the first -- is it not the first tab

9    in your binder?

10        A    Oh, maybe it is.  Sorry.  I thought I had flipped

11   them all over but that one.

12             Okay.  There we go.  Sorry.

13        Q    Mr. Holden, are you familiar with this document?

14        A    Let me look at it one second.

15        Q    Of course.

16        A    It seems familiar, yes, I'm generally familiar

17   with it.

18        Q    And the title of this document is "Tough

19   Questions/Discussion Points, PSSR 2019 Prep," correct?

20        A    That's correct.

21        Q    And is my understanding accurate that PSSR stands

22   for product sales strategy review?

23        A    That's correct.

24        Q    On the bottom of the first page of this document,

25   if we could just pull that up on the screen, I think

1    it would be easier to read, there's a reference here, this

2    is a paragraph that deals with Partners - OTA.  Do you see

3    that?

4         A    I do.

5         Q    Do you see the second bullet?  "Both partners are

6    publicly committed to growing direct traffic and brand

7    loyalty but they continue to generate a huge share of

8    revenue from Google Ads."  Do you see that?

9         A    I do.

10         Q    And this refers to the revenue that I suppose one

11    can say two OTAs gain through the purchase of Google Ads.

12    Is that a fair reading?

13         A    This is saying that those partners of ours

14    generate a tremendous amount of revenue through our

15    partnership.

16         Q    And then the last bullet says, "We expect them to

17    continue to try to go direct traffic over time but in the

18    near term, they would be very challenged to make drastic

19    cuts and find a replacement source for the substantial lost

20    revenue."  Do you see that?

21         A    I do.

22         Q    And they would be challenged because these

23    companies rely on Google traffic both paid and unpaid;

24    is that correct?

25         A    I think they would be challenged in what this

9226

```
 1    language means, is the aspect of drastic cuts.  They are
 2    public companies that shape their trajectory and their
 3    earnings growth by having smoothness, and pivoting
 4    immediately and pulling back substantially would create all
 5    sort of concerns among the investment community that invests
 6    in these companies.
 7           They could certainly shift traffic over time and
 8    they did and they do to other properties, but the notion of
 9    them making a drastic change was unrealistic.
10    Q    Yes.  Thank you.
11           You may close the binder.  I'm not going to ask
12    any more about that document, Mr. Holden.
13           So we've talked about traffic to SVPs and OTAs
14    from Google.  It's true, isn't it, that traffic from Google
15    is particularly important for SVPs in attracting new
16    customers; is that correct?
17    A    It's -- traffic from Google is important to them
18    for attracting new customers which they hope to invest in or
19    retain over time.
20           They also retain customers that have been on
21    Google before, too, so it's both.
22    Q    Well, to the second category, for example, someone
23    who used an SVP but hasn't used it recently might be
24    somebody who's -- who the SVP wants to reach by appearing on
25    the Google SERP; is that correct?
```

1      A    It can happen.  Their objective is to gain a user

2  through lead generation with us and show them a great user

3  experience over time such that that user will come back to

4  them directly.  Doesn't always happen.  Sometimes it does.

5  That's why they innovate on their product, like we do too.

6      Q    And is it fair to say that an important aspect of

7  gaining traffic from Google is that they wish to gain

8  incremental customers?

9      A    They are hoping to grow their customer base and by

10 working with us and working with many other partners too.

11     Q    Mr. Holden, could you turn to the tab PSX385?

12     A    Sorry, we need that binder again?

13     Q    Yes, I'm sorry, Mr. Holden.  I only meant to say

14 that you didn't need to stare at the document.  I didn't

15 mean to inconvenience you.

16          So, Mr. Holden, this is an email that you sent on

17 June 6th, 2018; is that correct?

18     A    Let me look at it here quickly.

19     Q    Of course.

20     A    Okay.  That is an email from me.

21     Q    Well, it has been admitted into evidence.

22          MR. SALLET:  It has been admitted into evidence,

23 Your Honor.

24 BY MR. SALLET:

25     Q    You wrote this email, and please take the time to

1    look, but you wrote this email in preparation for a

2    presentation the next day at a product sales strategy event;

3    is that correct?

4         A    It looks like that's the case.

5         Q    And I want to ask you about a particular sentence.

6    It appears in the first paragraph, it's the last sentence,

7    and it says this:  "Just in case there is any confusion in

8    the audience tomorrow, I want folks to understand that hotel

9    AW text ads and hotel ads are different things (the latter

10   is more structured, delivers more qualified users much lower

11   in the funnel, and the CPCs are as a result quite

12   different)."

13            Do you see that?

14        A    I do.

15        Q    Just for clarification, the phrase "hotel AW text

16   ads," those are the text ads of which we've been speaking,

17   correct?

18        A    The AW refers to AdWords, what we used to call

19   text ads.

20        Q    Thank you.

21            And so in thinking about hotel ads --

22            THE COURT:  I'm sorry, Mr. Sallet.  Could I ask

23   you.  Maybe I'm not understanding.

24            The hotel AW text ads, those are the hotel text

25   ads that appear on the SERP; is that right?

1          THE WITNESS:  Yeah, that's referring -- the ad

2     platform used to be called AdWords in those days.  We still

3     refer to it, it's called Google Ads now.  Those are the text

4     ads that appear at the search results.

5          THE COURT:  And the hotel ads are those that

6     appear in the immersive?

7          THE WITNESS:  Can appear in the immersive and they

8     can also appear, as we saw, in on navigational queries on

9     SERP in the booking module too.  So both SERP and immersive.

10    BY MR. SALLET:

11    Q    And just to focus on the immersive for a moment.

12    A    Okay.

13    Q    It's correct, isn't it, that when a user clicks on

14    hotel ads in an immersive, that user is close to completing

15    a transaction; is that correct?

16    A    When a user clicks on an ad in the booking module

17    in the immersive, they might be closer to transacting at

18    that point.

19          Often, consumers click on that and they click back

20    on that and they click back and go look at another hotel and

21    come down and look for another hotel and they might click

22    again.  On average, they're probably closer to booking, but

23    it doesn't necessarily mean they're going to book.

24    Q    From an advertiser's perspective, though, the

25    advertiser's buying hotel ads, think they're getting a more

9230

1    qualified user that has a higher probability of purchase

2    than a user on the Google SERP, correct?

3        A    The advertiser -- the advertiser is buying a hotel

4    ad, often is bidding more on that hotel ad than maybe a text

5    ad because the likelihood of conversion may be higher, but

6    they're buying across both those sets of ads all the time

7    and are comparing ROI across them and shift dollars among

8    them.

9        Q    In fact, on the prior document, and I won't use

10   any numbers, we saw numbers for text ads and numbers for

11   hotel ads and the number for hotel ads was bigger on a

12   cost-per-click basis.

13            Do you recall that?

14       A    That is correct, on average, they are higher price

15   because the conversion rate might be higher.

16       Q    You believe, don't you, that text ads and hotel

17   ads can be viewed by advertisers as complementary;

18   is that correct?

19       A    I view that advertisers look at hotel ads and text

20   ads in a pool of money that they're spending across both and

21   across search engine optimization efforts to try to derive

22   traffic together.  I think they look at them collectively

23   and that they shift spend among them and often talk to me in

24   the past about how they'll shift spend from one to the other

25   versus the ROI.

1     Q    Did you also believe, as you just said, that users

2   in the immersive are viewed by advertisers as more likely to

3   convert to a sale; is that correct?

4     A    It's possible that they might convert more likely

5   there.

6          But it's also possible, depending on what the bids

7   are, that the ROI is less there from the advertiser.  And if

8   it is so, they'll shift more money to the text ads.  If the

9   reverse happens over time, they'll shift money to the hotel

10  ads, and they do it all the time.

11    Q    Just for clarity's sake, an ad that shows in the

12  immersive reaches those people who've come to the Google

13  SERP and then gone through the hotel unit, taken an

14  additional step, at least one, to get to the immersive where

15  the hotel ad appears, correct?

16    A    Not always.  They can also see that same ad on the

17  SERP itself.

18    Q    That's correct.

19    A    In a knowledge panel.

20    Q    But also --

21    A    So either case they could be --

22    Q    Let me --

23         THE COURT:  Don't talk over each other.

24         MR. SALLET:  My apologies.

25

1  BY MR. SALLET:

2      Q    I'm directing my question to hotel ads that appear

3  in the immersive.

4      A    Okay.

5      Q    Okay.

6           As to those ads, a user enters a query, goes to

7  the SERP and takes at least one more step to get to the

8  immersive where the hotel ads are, correct?

9      A    They've taken the step of indicating interest in a

10  particular hotel and they're looking at the booking module

11  for that hotel, or they might have seen a promoted hotel in

12  the list in the immersive as well, too, at the top of the

13  list.

14      Q    Correct.

15           A user who sees ads on the SERP who enters a

16  categorical query sees the text ads in response to a hotel

17  categorical query; is that correct?

18      A    Correct.  If there's an ad shown, they'll see an

19  ad there too.

20      Q    And there's a lot more users who see the SERP than

21  who take the trouble to go into an immersive;

22  is that correct?

23      A    That's correct, yep.

24      Q    When a user clicks on a text ad or a hotel ad

25  purchased by an SVP, that user then goes to the SVP's site,

```
 1   correct?
 2       A    If they've -- sorry, repeat the question.  Make
 3   sure I understand it.
 4       Q    I'm just trying to set up something, Mr. Holden.
 5   I don't think it's controversial.
 6       A    I want to make sure I heard it right.
 7       Q    Are if a user clicks on an SVP ad, and for these
 8   purposes, I mean to say either text or hotel, the user then
 9   travels into the SVP site; is that correct?
10       A    Correct.
11       Q    And there a transaction can be completed, correct?
12       A    May or may not be, but, yes.
13       Q    Can be?
14       A    Yes.
15       Q    Right.
16            But a user who is looking at the Google SERP
17   cannot book a hotel room without taking a journey to
18   someplace else; isn't that correct?
19       A    A user who's on the Google -- on Google Search, we
20   think is looking for information about hotels, and we
21   ultimately link to a partner for that actual booking.  For a
22   period of time, we had something called "Book on Google"
23   that would allow a user to transact on Google as well.  But
24   today, we don't -- you need to go to a partner to make that
25   reservation.
```

1      Q    And I will return to that topic, Mr. Holden,

2   so it's helpful for you to explain.

3           You agree, don't you, that users express their

4   interest in what they're looking for through their Google

5   searches?

6      A    Users express some form of intent.  We don't

7   always know what that intent is, but, yes they're expressing

8   intent through a query.

9      Q    And you'd agree, would you not, that that's what

10  makes search advertising so useful to advertisers like

11  Booking, Expedia and others?

12     A    I would say that intent is an important thing for

13  advertisers on Google.  Intent is important to those same

14  competitors on their own sites.  Intent is important on

15  Facebook when somebody does a search.  Intent is important

16  on Bing.  Intent is important on TikTok.  Intent is

17  important on metasearch engines as well.

18     Q    You agree that search is the ultimate intent

19  signal, correct?

20     A    I agree that intent -- that search expresses

21  intent very often, and people express search and their

22  intent on many sites across the web.

23     Q    And Google is a place where intent is expressed by

24  the entry of the Google queries, correct?

25     A    Users give us some form of intent through the

1    query -- in a query that they could be entering elsewhere,

2    too, where they're expressing intent.

3         Q    And advertisers use ads on the Google search

4    engine results page, and I'm -- let me go back.  Strike that

5    question.

6              The purpose of these questions, I want to be

7    clear, that I'm contrasting the search engine results page

8    from the immersives or the property pages or the detail

9    pages that are linked, for example, to a hotel unit, just

10   for clarity.  Does that make sense?

11        A    Okay.  You're talking about the text ads at the

12   top of the search-results page.

13        Q    Correct.

14        A    Okay.

15        Q    Advertisers use those text ads to get insight into

16   what a user wants; is that correct?

17        A    They -- can you say that again?

18        Q    Sure, of course, Mr. Holden.  I'm sorry if I went

19   too quickly.

20             Advertisers use those text ads to get insight into

21   what a user wants?

22        A    I guess I wouldn't describe that way.  I'd say

23   that they use those text ads to seek users who may be

24   interested in a product or service that they have.  I don't

25   think they use the text ads to understand the intent.

1    Q    Fair.

2         They believe some form of intent has been

3    expressed by the user through the entry of a query and they

4    use the text ads to find users who've expressed that form of

5    intent; is that correct?

6    A    They are using text ads to hopefully attract users

7    that are interested in their product or service.

8    Q    And the point of using text ads from an

9    advertiser's perspective is that they can deliver the right

10   product to people who are viewing the Google SERP at the

11   right moment, correct?

12   A    The goal is to connect -- connect a partner with a

13   user who has expressed interest in their product or service.

14   They can do that on Google, they can do that on many sites,

15   of course.

16   Q    But people spend a lot of money on Google because

17   they think there's some important information coming out of

18   the search query entered by a user on Google, correct?

19   A    They think that there is valuable leads that are

20   ROI positive on the paid side or beneficial on the search

21   engine optimization side through Google.

22        They also spend a great deal of money on other

23   sites for seeking people that are expressing their intent as

24   well.

25   Q    The Judge asked you a question prior to the break

1    during the direct, and I think if I understood it correct,

2    is that the revenue that Google gets through hotel queries

3    comes from the sale of ads, correct?

4         A    The revenue that Google gets in the hotels and the

5    travel vertical is through queries that are related to

6    hotels and ads that are shown against them.  I'm not sure

7    I'm remembering the full original question, but so...

8         Q    Okay.

9              You mentioned before that there used to be

10   something called "Book on Google" for hotels, correct?

11        A    Yes.

12        Q    And that was discontinued in 2022;

13   is that correct?

14        A    I think that's the right time frame.

15        Q    If you would turn in your binder to PSX1247.

16             MR. SALLET:  This is not in evidence.  It's a

17   public document.  I would move it into evidence.  It's a

18   Google page.

19             MS. MAIER:  No objection.

20             THE COURT:  It will be admitted.

21                                 (Plaintiffs' Exhibit PSX1247
                                       received into evidence.)
22

23   BY MR. SALLET:

24        Q    This page, Mr. Holden, I think, expresses what

25   you've just been talking about, that "On May 25th, 2022,

9238

1    Book on Google for hotels will be discontinued";

2    is that correct?

3        A    That's correct.

4        Q    Now, you may put that --

5            Please, if you would, turn to PSX1258.

6            And this is also a publicly available page from

7    the Google website.

8            MR. SALLET:  It is not in evidence.  We would move

9    it into evidence.

10           MR. SCHMIDTLEIN:  Is this a full page?

11           MR. SALLET:  I think so.

12           MS. MAIER:  No objection, Your Honor.

13           MR. SALLET:  Your Honor, may this be admitted?

14           THE COURT:  It may.  It's admitted.

15                                (Plaintiffs' Exhibit PSX1258
                                  received into evidence.)

16

17   BY MR. SALLET:

18       Q    Google previously offered a service known as "Book

19   on Google" for flights, correct?

20       A    That's correct.

21       Q    And this document states that, "On September 30th,

22   2022, Book on Google for flights will be discontinued in

23   most countries or regions outside the United States";

24   is that correct?

25       A    That's what it says, yes.

9239

1        Q    And are you aware that this year Google announced

2    that it intended to phase out the remaining Book on Google

3    for flights over the course of, say, 12 months?

4        A    It might have happened after I left the team.

5    I don't recall specifically.

6        Q    So I'd like you to look at PSX1268, if I have it

7    in here.

8             Yes.

9             MR. SALLET:  And this, Your Honor, I'm only

10   offering to refresh recollection.  So I'm not moving this

11   into evidence, okay?

12   BY MR. SALLET:

13       Q    It is an article from a trade -- what I think is

14   a -- fairly described as a trade journal specializing in

15   travel.

16             And I just would like to point you to the third

17   paragraph --

18             Well, the second paragraph says, "According to

19   Google, it will do" so-and-so.  And then there's a

20   statement.  "Over the next 12 months, we plan to phase out

21   the Book on Google feature for flights."

22             Does that affect your recollection of whether such

23   an announcement was made?

24       A    Yeah.  No, I was just referring to the fact you

25   were asking about in the rest of the countries in 2023.

```
 1    I don't know 2023.  This is referring back to the original
 2    phasing out that you originally referred to and again, yeah,
 3    I'm aware of that.
 4         Q    Oh, that it was going to be phased out?
 5         A    Yep.
 6         Q    Yeah.  Thank you.
 7              Now, you've talked today about SVPs desiring to
 8    have customers come directly to them, correct?
 9         A    Yes, I did.
10         Q    And SVPs like Booking and Expedia have well-known
11    brands; is that correct?
12         A    They do.  They spend a lot of brand advertising
13    dollars to generate that.
14         Q    So for a person knows -- so if a person knows and
15    likes an SVP brand, they can go directly to an SVP website
16    or use an app, correct?
17         A    Yes, they can.
18         Q    And that's because the user has acquired enough
19    information so they don't feel they need to look for
20    alternative destinations on Google Search, correct?
21         A    No, I wouldn't say that's the case.
22         Q    Well, if they know a brand and they know where
23    they want to go, then there would be no purpose for them
24    necessarily to go to Google to see alternatives;
25    isn't that correct?
```

1        A    They -- a user will go to Booking, they'll go to

2   Expedia, they'll go to Google to look for a broad range of

3   travel information.  They could do that on Google, they

4   could do that on Booking.

5        Q    Correct.

6        A    So they can go any of those places to look for

7   travel information.

8        Q    Correct.

9             And my question is about where they choose to go.

10             If a user knows that it wants to use a particular

11   SVP and it just travels to that SVP, then it isn't using

12   Google as a search to research online destinations, correct?

13        A    I'm not sure I understand the question other than

14   they could be going to Booking or Expedia to research travel

15   destinations also.

16        Q    They could.

17             But I'm using -- if we accept that Booking is a

18   destination for a user, a user goes to Booking, does so,

19   doesn't he or she or they, because they don't feel any need

20   to get the set of information on the Google SERP, correct?

21        A    I'm not really sure I understand the question.

22             I guess, again, a user who's looking for travel

23   information could be going to Google, they could be going to

24   Booking, they could be going to Expedia.

25        Q    That's true.

1     A     I'm not sure why it has to do with the exclusion

2  of Google because they go to Booking.

3     Q     Because if I open up an SVP app and choose to use

4  the app, I'm choosing not to go to Google at that moment to

5  seek information, correct?

6     A     Correct, you've decided you want to use that

7  product.

8     Q     That's right.

9           And so in that circumstance, it's the knowledge of

10  the user that is controlling whether or not the Google SERP

11  is viewed, correct?

12     A     Sorry, I'm really not understanding the question.

13     Q     Sure.  Let me try --

14     A     You're talking about a user using an app for

15  Expedia.  How does that have to do with -- using Google

16  Search?

17     Q     They're not going to Google.

18     A     Correct.

19     Q     Because they have knowledge that makes them

20  conclude that they don't need to use Google right then,

21  correct?

22     A     Yeah, if they have a question that they want

23  answered on Expedia, they can go to Expedia if they want

24  that, they can go to Google, they can go to Booking.

25     Q     They can, but I'm asking you to focus on a

1    circumstance where a user decides to go to an SVP, and I'm

2    asking you, isn't that indicative of the fact that the user

3    at that moment feels that the knowledge the user has informs

4    the user that it need not and does not intend to use Google

5    Search?

6        A    I don't know what knowledge the user has.  The

7    user has just chosen to use Booking or Expedia, it sounds

8    like.  I'm not quite sure what the question is.

9        Q    Okay.  But not Google?

10       A    In that instance the user has chosen to go to

11   Booking or Expedia.  They can choose to go to Google, they

12   can choose to go to Booking, they've chosen to go to

13   Booking.  I'm not sure what the question is.

14       Q    Well, I think we've spent enough time on it so

15   we'll let the record reflect what the questions and the

16   answers are if that's all right.

17           I'd like to turn to questions of the SERP and how

18   it works.  Could you go to PSX907 in your binder?

19           MR. SALLET:  And, Your Honor, let me just say,

20   I'm going to ask some questions about SERPS.  I understand

21   we have seen hotel results pages before, including this

22   morning, including at some earlier sessions.  I'm just going

23   to try to set up very briefly some points to ask some

24   questions that have not been asked.

25           I might say, Your Honor, I'm going to show

9244

1    something first that's hotels in New York, and it doesn't

2    contain either the Holiday Inn or the Waldorf Astoria, but

3    it does contain other hotels.

4    BY MR. SALLET:

5        Q    907.  Do you have 907 in front of you?

6        A    I do.

7        Q    Now, this is a Google SERP responsive to the query

8    "Hotels in New York"?

9        A    That's correct.

10       Q    And I'll represent to you that we ran this in

11   2021.

12            Just very briefly, there are two text ads at the

13   top, correct?

14       A    Correct.

15       Q    And then there's what we've been calling the hotel

16   unit, which has the map and nonpaid listings on the left;

17   is that right?

18       A    That's correct.

19       Q    And an SVP cannot appear in this hotel unit on the

20   SERP, correct?

21       A    That's correct.  That unit is about the entities,

22   like the knowledge graph is about entities in the world,

23   it's about the thing, the hotel.  The supplier doesn't

24   appear there either.  There are no offers from suppliers or

25   OTAs in this context.

9245

1       Q    The name of the supplier appears, correct, the

2  name of the specific hotel?

3       A    That's the entity, yes.  The entity appears.

4       Q    Correct.

5            And that is a supplier, right, one could book a

6  hotel room from that entity, correct?

7       A    No, I'm drawing a distinction here between that is

8  the entity, the thing itself.  The supplier ultimately is

9  maybe what you book through or what you reserve through,

10  just like you might reserve with the OTA.  Neither of the

11  OTA nor the supplier offer is actually presented in this

12  case.

13       Q    Sure.

14            But the supplier's presence is clear, right?

15       A    Because it's the entity.  That's what the consumer

16  is asking about.

17       Q    And we talked before -- you talked before about

18  the amount of content that appears, for example, in the

19  nonpaid listings in the immersive.  Do you recall that?

20       A    Yes.

21       Q    You talked about, please correct me if I got this

22  wrong, but pricing, amenities, location, for example?

23       A    Photos, reviews, et cetera, yes.

24       Q    Exactly, right.

25            Now, there's a lot -- there's information in these

1    nonpaid listings in the hotel unit that does not appear in

2    the text ads that are above, correct?

3        A    That is correct, though you did acknowledge that

4    this page was from 2021.  There's been some evolution, some

5    of the text ads where they've become richer over time, and

6    you may see some of the pricing and availability information

7    in the text ads today.

8        Q    And below the hotel unit are some blue links;

9    is that correct?

10       A    Below the hotels unit are other organic links as

11   well.

12       Q    I've been using the term blue links.  Is that

13   acceptable to you for these?

14       A    I'm just acknowledging that the hotels unit and

15   those blue links are organic.

16       Q    Correct.  That's right.

17       A    Correct.

18       Q    And the blue links also don't have the kind of

19   information that exists on the listings in the hotel unit;

20   is that correct?

21       A    That's not always the case.  We do have

22   capabilities for people to submit additional information

23   that could be added to the organic links; but, in this case,

24   it doesn't appear that there are additional links.

25       Q    Now, in the hotel -- and you mentioned this

1   before -- in the hotel listings, there are prices with each

2   hotel, correct?

3        A    Yeah, there's a price shown on the image there for

4   each of the hotels.  It's a representative price.

5        Q    It's a representative price because, although it's

6   a picture of a hotel and the name of a hotel, it's not

7   necessarily the price supplied by that hotel, correct?

8        A    That's partly what I meant before, that this is

9   not representing either the OTAs or the supplier itself.  It

10  is representing the entity with a representative price of

11  what you might get through one of those channels.

12       Q    Well, it's representative in the sense that the

13  price could be supplied by an SVP, correct?

14       A    The pricing information could be supplied by just

15  about anybody.

16       Q    Including an SVP?

17       A    Could be including an SVP.

18       Q    And you would agree, wouldn't you, that consumers

19  generally are advantaged by knowing who's supplying the

20  price of a good or service, correct?

21       A    Well, they're not -- we're giving a consumer, as

22  with this whole unit in general, we're giving them an

23  indication of what might be available, what the pricing

24  might be.  We're not giving them a complete picture of all

25  the pricing options that they might have for that property.

9248

1    So this is a representative price.

2              I wouldn't expect a consumer to make a decision

3    based on this.  I would expect them to say, oh, I'm

4    interested in learning more, maybe I'll go and look at the

5    full range of pricing at that point.

6        Q    One of the things you don't give them is the

7    source of this price, correct?

8        A    The price, again, is a representative price.

9    There is no particular source.  It could be from all over,

10   and it can be the same price from many channels, so...

11       Q    When you say it's no particular price, it is an

12   actual real price that somebody is offering but the user at

13   this moment doesn't know who; is that correct?

14       A    Many parties may be offering the same price.

15       Q    That's right, but there would be an actual price

16   offered by some entity or entities whose identity is not

17   disclosed on the SERP, correct?

18       A    Again, it's about the thing.  It's about what it

19   might cost an individual to stay there.  It's not -- to us,

20   the channel you buy through isn't relevant at this point.

21       Q    One of the reasons, correct me if I am wrong, that

22   you're using the term representative is that the purpose of

23   this hotel unit is to draw users into the immersive and

24   detail pages which contain much more information, provide

25   links to third parties, some paid, some nonpaid;

1    is that correct?

2        A    I wouldn't use the word that is -- the intention

3    is to draw them in.

4            The intention is, as with all Google Search

5    results page, is to try to give users as much as information

6    as possible on the SERP so they can either go to a partner

7    or they want to explore something further.  We often think

8    that they can answer their question, at least -- in many

9    cases, a user here is in just the general mode of like,

10   what's the pricing look like for this market for this

11   particular data range, and they're done, they move an.

12           So we're not trying to draw somebody in to try

13   that as an opportunity for them to go to it if it's

14   irrelevant to them, but we don't know based on the query

15   that that's what they want.

16       Q    It's not Google's intent to try to have users

17   click in the hotel unit and see the additional information

18   that appears connected to the unit?

19       A    Our intent across all Google Search results is to

20   try to answer that question as efficiently as possible.  If

21   we do that, the user comes back to us and re-engages with us

22   in the future.

23           If we try to lure them into something in

24   particular that doesn't necessarily answer their question or

25   not, they get frustrated, they don't come back.  User study

1    show us that over time.

2           If they are satisfied with the answer here and

3    they come back, well, maybe they'll engage with the text ads

4    then over time, too, as well, and that will be as full as

5    well.

6      Q    We've established that hotel ads that appear in

7    the immersives and on the property pages, correct?

8      A    They've appeared in the immersive and on the SERP,

9    yes.

10     Q    But I'm asking you, they appear in -- there are

11   hotel ads that appear in the immersives and the property

12   pages that one link gets to from the hotel unit, correct?

13     A    Property of pages also appear on the SERP in the

14   knowledge panel.

15     Q    Let me just stick to immersives.

16          Google cannot gain revenue from any hotel ad

17   that's contained in an immersive unless a user clicks

18   through the hotel unit to see the page on which that ad

19   appears, correct?

20     A    I would say two things to that.

21          Google can gain revenue from engaging with that

22   same hotel ad on the SERP itself.  We also gain revenue from

23   the text ads.  We don't care which one it comes from.  It's

24   a pool of -- it's the experience.  We want the user to

25   engage with an ad ultimately if it's useful to them.

1    Q    But, Mr. Holden, I'm asking you a very specific

2    question.  I'm directing your attention to hotel ads that

3    appear on an immersive page.

4          I'm simply asking:  Isn't it true that Google

5    cannot sell and get revenue from those hotel ads, those

6    specific ads in that immersive, unless a user clicks through

7    the hotel unit to get to the immersive on which those ads

8    appear?

9    A    We do not gain revenue from ads that appear in the

10   immersive unless the user clicks on those ads.  Those same

11   ads appear elsewhere than just in the immersive.

12          THE COURT:  Mr. Sallet, it --

13          MR. SALLET:  Yes.  I'm sorry.  Oh, I'm sorry.

14          THE COURT:  That's okay.  No, no.  If you're

15   moving to another topic or another exhibit.

16          MR. SALLET:  Yes, I am, yes, Your Honor.

17          THE COURT:  Oh, okay.  Very good.

18          So let's take our lunch break.  It's 12:35.  We'll

19   resume at 1:35.

20          Mr. Holden, I'll just ask you again not to discuss

21   your testimony during the lunch break.  Thank you.

22          THE WITNESS:  Sure.  Thank you.

23          COURTROOM DEPUTY:  All rise.  This Court stands in

24   recess.

25          (Recess from 12:35 p.m. to 1:35 p.m.)

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date:__November 7, 2023_____      _____

                 William P. Zaremba, RMR, CRR

9253

**BY MR. SALLET: [11]**
9208/3 9209/17
9222/12 9224/6
9227/24 9229/10
9231/25 9237/23
9238/17 9239/12
9244/4

**BY MS. MAIER: [11]**
9137/4 9147/2 9150/6
9162/7 9164/19
9170/21 9174/22
9184/11 9188/14
9191/13 9195/4

**COURTROOM
DEPUTY: [7]** 9128/2
9128/6 9136/14
9136/16 9194/21
9194/24 9251/23

**MR. DINTZER: [1]**
9136/7

**MR. JONES: [2]**
9207/11 9207/17

**MR. McCABE: [1]**
9128/18

**MR. SALLET: [16]**
9131/25 9136/9
9209/11 9222/9
9223/24 9224/3
9227/22 9231/24
9237/16 9238/8
9238/11 9238/13
9239/9 9243/19
9251/13 9251/16

**MR. SCHMIDTLEIN:
[13]** 9129/14 9129/23
9130/1 9130/5 9131/1
9131/7 9131/12
9133/21 9133/25
9134/10 9135/1
9135/19 9238/10

**MR. TRAVERS: [2]**
9133/24 9135/20

**MS. BELLSHAW: [1]**
9131/18

**MS. MAIER: [13]**
9136/12 9136/19
9136/22 9146/12
9146/21 9150/4 9162/5
9164/16 9183/25
9188/12 9194/12
9237/19 9238/12

**THE COURT: [53]**
9128/4 9128/13
9129/10 9129/22
9129/25 9130/2
9130/23 9131/6
9131/10 9131/15
9131/24 9132/2 9134/9
9134/25 9135/4
9135/21 9136/10
9136/17 9136/21
9136/23 9146/20
9150/5 9168/17
9169/11 9170/1
9170/20 9173/18
9174/6 9174/21
9183/24 9184/1

**9188/1 9188/11**
9191/11 9194/14
9195/1 9207/7 9207/16
9207/18 9209/16
9222/7 9222/11 9224/2
9228/22 9229/5
9231/23 9237/20
9238/14 9251/12
9251/14 9251/17

**THE WITNESS: [14]**
9168/23 9169/16
9170/6 9173/21 9174/9
9184/4 9187/24 9188/2
9191/12 9194/20
9224/5 9229/1 9229/7
9251/22

**0**

**0340 [1]** 9125/4

**1**

**10 [2]** 9147/4 9213/4
**10 blue [3]** 9147/15
9163/18 9218/17
**100 [1]** 9188/7
**100 percent [1]** 9188/7
**10036-6710 [1]**
9125/20
**11 [1]** 9178/7
**1100 [1]** 9125/3
**1133 [1]** 9125/19
**11:00 [1]** 9194/15
**11:01 [1]** 9194/23
**11:15 [1]** 9194/16
**11:22 [1]** 9194/23
**12 [3]** 9181/3 9239/3
9239/20
**12:35 [2]** 9251/18
9251/25
**13 [2]** 9182/2 9184/2
**1300 [1]** 9125/15
**14 [2]** 9156/16 9188/12
**1440 [1]** 9126/8
**15 [2]** 9154/4 9184/13
**16 [2]** 9160/18 9185/9
**17 [1]** 9158/2
**1:35 [2]** 9251/19
9251/25

**2**

**20-3010 [2]** 9124/4
9128/7
**20001 [1]** 9126/14
**20005 [1]** 9126/9
**2002 [4]** 9137/15
9137/20 9137/24
9138/15
**20024 [1]** 9126/4
**2008 [1]** 9155/19
**2009 [1]** 9155/19
**2011 [1]** 9148/21
**2012 [1]** 9148/23
**2013 [9]** 9138/22
9140/1 9145/18 9146/5
9148/14 9148/24
9150/24 9151/12
9154/6

**9159/12 9159/15**
9159/17 9160/16
9160/21 9161/20
9162/1
**2015 [5]** 9146/25
9147/1 9162/8 9183/3
9183/4
**2018 [1]** 9227/17
**2019 [5]** 9204/25
9210/16 9211/18
9212/24 9224/19
**202 [5]** 9125/4 9125/9
9126/4 9126/9 9126/15
**2020 [1]** 9140/10
**2021 [2]** 9244/11
9246/4
**2022 [3]** 9237/12
9237/25 9238/22
**2023 [7]** 9124/5 9140/2
9141/5 9183/2 9239/25
9240/1 9252/7
**20530 [1]** 9125/8
**212 [1]** 9125/21
**2200 [1]** 9125/20
**226 [1]** 9212/8
**230 [1]** 9220/14
**234 [1]** 9213/5
**238 [1]** 9216/6
**241 [3]** 9222/2 9222/9
9222/10
**254 [2]** 9209/19
9209/22
**25th [1]** 9237/25
**2793 [1]** 9125/21
**286 [1]** 9168/14

**3**

**3,000 [1]** 9165/20
**30 days [1]** 9193/9
**3010 [2]** 9124/4 9128/7
**307-0340 [1]** 9125/4
**30th [1]** 9238/21
**3249 [1]** 9126/15
**333 [1]** 9126/14
**335-2793 [1]** 9125/21
**341 [1]** 9164/18
**354-3249 [1]** 9126/15
**36 [1]** 9124/7
**371-7347 [1]** 9126/9

**4**

**400 [1]** 9141/2
**430 [1]** 9141/3
**434-5000 [1]** 9126/4
**440 [1]** 9141/3
**450 [1]** 9125/8
**46 [1]** 9150/14
**480 [1]** 9140/18
**490 [1]** 9140/18

**5**

**50 [1]** 9140/25
**5000 [1]** 9126/4
**508-6000 [1]** 9125/16
**524 [1]** 9223/25
**598-8369 [1]** 9125/9

**6**

**6000 [1]** 9125/16
**6710 [1]** 9125/20
**680 [1]** 9126/3
**6th [1]** 9227/17

**7**

**720 [1]** 9125/16
**7347 [1]** 9126/9
**7th [1]** 9125/15

**8**

**80203 [1]** 9125/16
**8369 [1]** 9125/9

**9**

**907 [2]** 9244/5 9244/5
**99 percent [1]** 9187/4
**9:30 [1]** 9124/6

**A**

**a.m [3]** 9124/6 9194/23
9194/23
**AB [1]** 9137/18
**abilities [1]** 9180/11
**ability [8]** 9154/19
9163/7 9172/11
9184/17 9190/1
9190/23 9197/11
9200/18
**able [19]** 9134/7
9143/14 9156/12
9157/22 9161/12
9162/18 9165/11
9167/23 9185/3 9186/3
9186/6 9187/12
9187/14 9188/6
9193/14 9193/18
9199/9 9202/24
9204/14
**about [124]** 9130/20
9130/20 9138/10
9139/9 9139/21
9140/24 9140/25
9142/19 9142/22
9143/1 9143/11 9144/2
9144/22 9145/1
9147/22 9148/22
9151/3 9153/8 9153/21
9154/15 9154/19
9156/6 9157/9 9159/24
9161/5 9163/10
9163/19 9164/24
9165/14 9165/17
9165/23 9166/2
9166/15 9166/22
9168/4 9170/17
9176/15 9177/23
9178/17 9179/14
9179/16 9180/1
9180/24 9180/25
9181/10 9182/24
9183/22 9185/20
9185/24 9187/3
9187/10 9187/24
9187/25 9188/2 9188/8
9188/9 9188/9 9189/24
9190/8 9191/4 9191/15

**9191/20 9191/24**
9192/12 9192/13
9193/2 9193/9 9193/13
9193/16 9194/4 9199/4
9199/13 9199/24
9200/11 9200/13
9200/16 9201/2 9201/3
9201/7 9201/13
9203/11 9203/17
9204/8 9204/14
9204/18 9204/25
9208/6 9210/21 9214/9
9214/23 9215/9
9215/14 9215/19
9215/20 9216/2 9217/8
9218/17 9218/22
9219/11 9221/11
9221/13 9222/18
9226/12 9226/13
9228/5 9228/21
9230/24 9233/20
9235/11 9237/25
9239/25 9240/7 9241/9
9242/14 9243/20
9244/21 9244/22
9244/23 9245/16
9245/17 9245/21
9247/15 9248/18
9248/18
**above [5]** 9168/22
9168/25 9182/7 9246/2
9252/4
**above-titled [1]** 9252/4
**accept [1]** 9241/17
**acceptable [1]** 9246/13
**access [4]** 9133/13
9133/16 9167/23
9220/5
**accesses [1]** 9219/17
**accessible [1]** 9143/9
**accommodation [1]**
9214/3
**accommodations [2]**
9213/22 9214/9
**accomplish [1]**
9161/25
**accomplished [1]**
9162/2
**According [1]** 9239/18
**accuracy [1]** 9187/4
**accurate [5]** 9187/6
9188/8 9192/5 9218/18
9224/21
**acknowledge [1]**
9246/3
**acknowledging [1]**
9246/14
**ACM [2]** 9211/15
9211/25
**acquire [1]** 9206/24
**acquired [2]** 9204/17
9240/18
**acquiring [4]** 9161/1
9169/14 9169/17
9169/20
**acquisition [1]**
9148/21
**across [34]** 9144/7

**across... [33]** 9155/16
9156/22 9157/1
9157/11 9158/14
9162/14 9162/14
9163/20 9165/8
9169/23 9171/2
9178/24 9179/6 9182/9
9185/1 9186/1 9187/10
9190/17 9192/17
9193/17 9193/20
9196/21 9198/10
9198/20 9198/22
9198/24 9214/19
9230/6 9230/7 9230/20
9230/21 9234/22
9249/19
**act [1]** 9161/17
**Action [1]** 9128/7
**activities [2]** 9143/1
9192/9
**actual [6]** 9131/2
9153/9 9153/10
9233/21 9248/12
9248/15
**actually [7]** 9135/25
9138/6 9160/24
9185/23 9214/21
9219/12 9245/11
**ad [27]** 9142/12 9147/9
9173/25 9195/25
9201/8 9203/2 9206/11
9206/15 9215/21
9216/16 9229/1
9229/16 9230/4 9230/4
9230/5 9231/11
9231/15 9231/16
9232/18 9232/19
9232/24 9232/24
9233/7 9250/16
9250/18 9250/22
9250/25
**add [2]** 9130/9 9204/15
**added [1]** 9246/23
**additional [8]** 9165/4
9166/6 9167/13
9167/22 9231/14
9246/22 9246/24
9249/17
**Additionally [1]** 9129/3
**address [7]** 9153/18
9153/19 9162/16
9163/12 9164/1
9172/10 9179/22
**admitted [10]** 9127/10
9146/23 9150/2 9224/1
9224/4 9227/21
9227/22 9237/20
9238/13 9238/14
**ads [123]** 9138/18
9138/18 9138/22
9171/12 9173/6
9180/14 9180/18
9195/8 9195/11
9195/11 9195/12
9195/14 9195/15
9196/4 9196/5 9196/10
9196/11 9196/17

9196/22 9196/22
9198/7 9198/8 9206/10
9206/17 9206/18
9206/20 9206/21
9206/23 9210/6 9210/9
9210/10 9210/11
9213/2 9213/2 9214/19
9214/21 9214/22
9214/22 9214/23
9214/25 9214/25
9215/1 9215/5 9215/7
9215/9 9215/10
9215/11 9215/25
9215/25 9216/18
9217/23 9217/24
9217/25 9217/25
9218/4 9218/8 9218/11
9219/15 9219/17
9219/21 9220/1 9220/9
9220/11 9222/18
9222/19 9225/8
9225/11 9228/9 9228/9
9228/16 9228/16
9228/19 9228/21
9228/24 9228/25
9229/3 9229/4 9229/5
9229/14 9229/25
9230/6 9230/10
9230/11 9230/11
9230/16 9230/17
9230/19 9230/20
9231/8 9231/10 9232/2
9232/6 9232/8 9232/15
9232/16 9235/3
9235/11 9235/15
9235/20 9235/23
9235/25 9236/4 9236/6
9236/8 9237/3 9237/6
9244/12 9246/2 9246/5
9246/7 9250/3 9250/6
9250/11 9250/23
9251/2 9251/5 9251/6
9251/7 9251/9 9251/10
9251/11
**advancing [1]** 9183/23
**advantaged [1]**
9247/19
**advertise [5]** 9195/9
9196/23 9196/25
9197/3 9203/7
**advertised [1]** 9174/10
**advertisement [2]**
9173/5 9216/25
**advertisements [5]**
9167/7 9178/21 9196/8
9196/16 9210/7
**advertiser [5]** 9202/12
9202/18 9230/3 9230/3
9231/7
**advertiser's [3]**
9229/24 9229/25
9236/9
**advertisers [16]**
9153/23 9195/23
9197/12 9197/23
9209/1 9209/5 9209/6
9209/10 9230/17

9234/10 9234/13
9235/3 9235/15
9235/20
**advertising [29]**
9138/17 9143/17
9153/25 9160/12
9174/8 9176/22
9180/11 9195/5
9195/13 9195/22
9195/25 9197/2 9197/7
9197/9 9197/10
9197/24 9198/17
9198/18 9199/9
9200/12 9201/7 9206/9
9210/12 9214/22
9215/20 9222/22
9223/3 9234/10
9240/12
**AdWords [3]** 9138/16
9228/18 9229/2
**affect [1]** 9239/22
**affected [1]** 9204/2
**affecting [1]** 9206/9
**after [5]** 9138/12
9138/13 9147/12
9207/9 9239/4
**afterwards [1]** 9207/15
**again [34]** 9130/2
9130/24 9131/7 9149/6
9153/10 9158/12
9160/8 9161/1 9162/8
9162/13 9164/25
9167/9 9171/1 9171/5
9171/18 9184/19
9185/2 9190/14 9191/1
9194/25 9196/6 9204/9
9213/7 9214/5 9214/19
9222/7 9227/12
9229/22 9235/17
9240/2 9241/22 9248/8
9248/18 9251/20
**against [3]** 9180/15
9180/15 9237/6
**agencies [6]** 9145/10
9152/5 9153/4 9169/12
9186/25 9199/25
**agency [1]** 9208/25
**agent [4]** 9139/15
9145/3 9175/24 9191/2
**agents [15]** 9143/24
9144/9 9144/19
9144/21 9145/6
9145/13 9169/2
9169/17 9175/16
9178/3 9180/8 9196/20
9197/1 9203/19 9220/4
**aggregation [1]**
9144/10
**aggregators [1]**
9168/22
**ago [3]** 9145/15
9204/18 9222/18
**agree [7]** 9131/8
9131/9 9234/3 9234/9
9234/18 9234/20
9247/18
**agreements [1]**

9133/5 9134/18
**ahead [3]** 9166/8
9215/2 9215/4
**AI [3]** 9193/2 9193/11
9193/18
**aided [1]** 9126/16
**air [3]** 9214/14 9214/16
9214/18
**Airbnb [17]** 9189/19
9202/17 9202/18
9202/22 9203/25
9204/3 9204/6 9204/14
9204/20 9205/17
9205/18 9205/20
9205/23 9206/1 9206/8
9206/10 9206/10
**Airbnb's [1]** 9203/25
**airline [1]** 9139/14
**airlines [3]** 9154/24
9174/19 9182/13
**airport [2]** 9182/22
9182/25
**al [2]** 9124/3 9128/8
**algorithms [1]** 9167/18
**all [71]** 9128/2 9128/14
9129/10 9131/10
9132/3 9133/7 9133/15
9135/5 9135/24 9136/3
9136/5 9136/10
9136/17 9143/11
9143/15 9149/6
9149/13 9149/13
9152/6 9152/6 9157/15
9160/5 9160/6 9161/11
9161/20 9168/22
9168/25 9169/18
9169/25 9170/20
9171/19 9173/2 9173/8
9173/9 9173/11
9173/11 9174/12
9174/13 9174/13
9175/5 9177/3 9177/8
9177/20 9178/4 9179/4
9180/3 9186/24
9186/25 9187/9
9187/10 9187/13
9194/15 9194/21
9194/24 9195/3
9198/10 9198/20
9209/14 9210/3
9214/22 9215/20
9224/11 9226/4 9230/6
9231/10 9243/16
9247/24 9248/9 9249/4
9249/19 9251/23
**all right [2]** 9195/3
9243/16
**allow [7]** 9133/11
9139/9 9157/12
9161/15 9165/11
9171/3 9233/23
**allowed [3]** 9163/9
9163/16 9217/16
**allows [3]** 9181/22
9184/6 9185/13
**alluding [1]** 9204/11
**almost [1]** 9185/21

**alone [2]** 9192/13
9198/17
**along [3]** 9157/23
9159/2 9201/9
**already [4]** 9134/20
9135/9 9135/10
9208/24
**also [68]** 9130/9
9130/10 9133/23
9133/25 9139/12
9142/21 9142/25
9144/17 9145/12
9145/23 9149/23
9151/25 9157/23
9157/24 9158/19
9160/15 9165/18
9165/23 9166/5 9169/4
9169/14 9169/21
9170/6 9171/6 9171/8
9176/21 9179/24
9179/25 9180/3 9182/8
9182/20 9183/10
9187/11 9188/6
9192/13 9195/12
9195/19 9196/12
9197/9 9197/19
9198/19 9198/25
9200/20 9201/25
9202/18 9203/3 9210/6
9215/1 9215/7 9215/9
9216/5 9216/23 9217/1
9219/9 9223/18 9224/4
9226/20 9229/8 9231/1
9231/6 9231/16
9231/20 9236/22
9238/6 9241/15
9246/18 9250/13
9250/22
**alter [1]** 9174/3
**alternative [1]** 9240/20
**alternatives [3]**
9154/12 9154/25
9240/24
**alters [1]** 9172/5
**although [1]** 9247/5
**always [5]** 9149/7
9227/4 9231/16 9234/7
9246/21
**am [9]** 9129/15
9137/13 9151/14
9154/8 9199/15 9208/7
9216/14 9248/21
9251/16
**Amazon [1]** 9208/16
**Amendment [1]**
9128/25
**amenities [3]** 9165/23
9171/16 9245/22
**AMERICA [2]** 9124/3
9128/7
**Americas [1]** 9125/19
**AMIT [2]** 9124/9 9128/3
**Amit P [1]** 9128/3
**among [5]** 9140/17
9200/21 9226/5 9230/7
9230/23
**amount [7]** 9179/1
9205/1 9213/21

**A**

amount... [4] 9219/12
9223/10 9225/14
9245/18
amounts [3] 9133/3
9187/16 9219/11
analyses [1] 9211/21
analysis [5] 9153/13
9159/5 9211/15
9211/23 9222/14
analyze [1] 9156/8
animation [2] 9166/12
9184/13
announced [1] 9239/1
announcement [1]
9239/23
annual [2] 9200/23
9212/24
another [24] 9130/15
9141/20 9142/21
9143/4 9144/10
9155/25 9157/7
9166/20 9178/8
9183/21 9185/8
9190/13 9190/13
9190/14 9191/4
9195/12 9198/15
9199/19 9204/24
9220/8 9229/20
9229/21 9251/15
9251/15
answer [8] 9162/18
9163/17 9163/21
9182/16 9249/8
9249/20 9249/24
9250/2
answered [3] 9146/1
9159/20 9242/23
answering [1] 9146/4
answers [2] 9153/17
9243/16
anticipate [3] 9129/18
9129/20 9131/22
anticipating [1]
9131/25
Antitrust [1] 9125/7
9125/13
any [32] 9129/12
9131/16 9131/22
9131/25 9133/3 9133/8
9133/8 9146/8 9149/2
9150/7 9159/20
9169/23 9170/3
9173/19 9176/12
9180/11 9182/5 9187/4
9188/4 9192/22
9201/15 9201/17
9202/14 9211/11
9215/22 9222/5
9226/12 9228/7
9230/10 9241/6
9241/19 9250/16
anybody [2] 9138/8
9247/15
anything [3] 9136/5
9163/4 9214/2
apologies [3] 9218/4
9223/5 9231/24

apologize [3] 9201/17
9222/9 9223/24
app [7] 9203/15
9203/21 9204/5
9240/16 9242/3 9242/4
9242/14
apparently [1] 9209/24
appealing [1] 9176/19
appear [31] 9173/6
9195/16 9195/16
9195/19 9215/6 9215/7
9215/11 9219/6
9219/18 9219/21
9219/22 9220/1
9223/12 9228/25
9229/4 9229/6 9229/7
9229/8 9232/2 9244/19
9244/24 9246/1
9246/24 9250/6
9250/10 9250/11
9250/13 9251/3 9251/8
9251/9 9251/11
APPEARANCES [2]
9124/11 9125/23
appeared [1] 9250/8
appearing [1] 9226/24
appears [8] 9166/23
9228/6 9231/15 9245/1
9245/3 9245/18
9249/18 9250/19
Apple [5] 9126/7
9133/19 9133/23
9135/12 9135/18
applies [2] 9170/11
9183/11
appreciate [3] 9129/10
9129/25 9221/25
approach [3] 9146/19
9150/4 9209/15
appropriate [2] 9132/9
9133/14
approval [1] 9151/4
April [1] 9211/18
are [138]
area [5] 9138/4
9138/13 9142/7
9172/18 9198/15
areas [3] 9159/17
9192/9 9192/19
aren't [2] 9174/11
9192/7 9214/25
around [10] 9141/19
9142/18 9147/18
9177/12 9179/3 9179/3
9182/19 9185/18
9185/21 9188/4
ARPS [1] 9126/7
arrival [4] 9171/7
9171/18 9172/24
9181/18
article [1] 9239/13
artificial [1] 9192/25
as [193]
ask [18] 9129/8
9129/15 9148/11
9152/2 9166/22

apologize [3] 9201/17
around [10] 9141/19
9194/17 9207/8
9211/10 9211/12
9213/19 9226/11
9228/5 9228/22
9243/20 9243/23
9251/20
asked [7] 9129/20
9131/4 9131/5 9140/11
9209/15 9236/25
9243/24
asking [10] 9164/2
9221/11 9221/13
9239/25 9242/25
9243/2 9245/16
9250/10 9251/1 9251/4
asks [1] 9220/2
aspect [4] 9149/23
9204/7 9226/1 9227/6
aspects [3] 9129/17
9142/9 9170/12
assembled [1] 9156/21
assertion [1] 9129/5
Astoria [1] 9244/2
attention [1] 9251/2
attorney [1] 9208/5
attract [1] 9236/6
attracting [2] 9226/15
9226/18
attributed [2] 9213/21
9214/17
attributes [2] 9170/18
9193/15
auction [1] 9206/11
audience [1] 9228/8
August [3] 9138/15
9138/22 9140/1
availability [7] 9142/23
9144/24 9148/6 9161/1
9187/9 9188/3 9246/6
available [4] 9148/4
9192/6 9238/6 9247/23
Avenue [4] 9125/19
9126/3 9126/8 9126/14
average [4] 9218/8
9220/8 9229/22
9230/14
AW [4] 9228/9 9228/15
9228/18 9228/24
aware [2] 9239/1
9240/3
away [1] 9193/6

**B**

back [34] 9129/15
9130/7 9130/14
9130/17 9141/14
9145/14 9162/5
9166/21 9177/21
9184/2 9188/12 9189/3
9190/12 9193/5 9193/6
9193/7 9193/19 9194/9
9205/13 9206/6 9207/1
9207/2 9207/3 9207/4
9210/2 9226/4 9227/3
9229/19 9229/20
9235/4 9240/1 9249/21
9249/25 9250/3

background [1]
9137/17
backstop [1] 9133/13
bad [2] 9209/23
9209/24
balance [1] 9202/12
banks [1] 9169/7
bar [1] 9182/10
Barrett [1] 9126/13
base [1] 9227/9
based [23] 9132/8
9133/2 9159/5 9161/8
9164/25 9170/16
9170/17 9174/1 9174/3
9174/7 9174/7 9174/9
9184/20 9186/12
9197/10 9197/12
9197/14 9197/22
9198/14 9205/13
9205/14 9248/3
9249/14
Basically [1] 9169/23
basis [1] 9230/12
Bates [4] 9212/6
9213/5 9216/6 9222/10
BC [1] 9150/18
9150/19 9150/25
9151/1
be [166]
became [1] 9140/8
because [39] 9135/25
9138/7 9148/8 9168/2
9168/23 9169/24
9176/7 9177/6 9181/24
9182/16 9183/18
9184/6 9184/19 9187/2
9200/17 9201/19
9202/10 9204/9 9206/2
9206/7 9206/18
9206/21 9206/25
9213/13 9214/11
9218/1 9219/3 9220/19
9225/22 9230/5
9230/15 9236/16
9240/18 9241/19
9242/2 9242/3 9242/19
9245/15 9247/5
become [3] 9154/17
9189/22 9246/5
becoming [1] 9206/22
bed [1] 9169/7
been [39] 9132/5
9132/22 9133/1 9133/9
9134/4 9135/7 9135/9
9135/10 9135/15
9146/22 9150/2 9150/3
9150/9 9170/14 9182/7
9189/1 9189/12 9192/8
9192/22 9193/1
9201/15 9202/14
9203/13 9203/23
9204/9 9208/14 9214/8
9224/1 9224/4 9226/20
9227/21 9227/22
9228/16 9236/2
9237/25 9243/24
9244/15 9246/4

before [30] 9124/9
9136/6 9145/20
9147/21 9148/11
9155/15 9164/9
9164/24 9168/17
9178/17 9187/11
9192/10 9193/2
9195/17 9196/8
9202/22 9203/8
9204/11 9205/17
9212/11 9215/5
9215/10 9218/22
9226/21 9237/9
9243/21 9245/17
9245/17 9247/1 9247/8
began [1] 9183/7
begin [1] 9137/14
beginning [2] 9146/7
9146/10
behalf [2] 9128/12
9128/15
behind [6] 9146/3
9148/17 9152/18
9164/13 9165/20
9222/11
being [10] 9139/8
9141/2 9151/16 9154/9
9177/17 9178/11
9186/3 9193/18
9204/14 9206/20
belief [1] 9146/2
believe [12] 9133/23
9134/3 9134/19
9151/21 9205/8
9208/12 9209/20
9218/10 9220/10
9230/16 9231/1 9236/2
BELKNAP [1] 9125/18
Bellshaw [1] 9125/6
below [6] 9172/20
9180/1 9181/22
9184/22 9246/8
9246/10
BENCH [1] 9124/9
benchmarks [1]
9216/10
beneath [1] 9194/8
beneficial [1] 9236/20
benefit [2] 9163/1
9206/16
best [5] 9159/19
9160/22 9161/5
9192/15 9194/6
better [12] 9155/8
9164/15 9165/17
9183/2 9183/4 9198/15
9200/16 9201/8 9202/2
9202/2 9206/17 9211/5
between [11] 9130/8
9130/22 9140/20
9148/24 9150/20
9173/1 9200/20 9221/7
9221/18 9221/21
9245/7
beyond [2] 9159/9
9171/13
bid [4] 9173/14

**bid... [3]** 9206/15
9206/17 9206/21
**bidding [1]** 9230/4
**bids [2]** 9174/3 9231/6
**big [7]** 9179/18
9185/22 9185/23
9210/5 9210/6 9215/21
9216/2
**bigger [2]** 9209/13
9230/11
**biggest [2]** 9189/16
9209/1
**Bill [1]** 9140/10
**billions [3]** 9210/16
9210/22 9210/24
**binder [9]** 9210/1
9210/4 9211/5 9223/23
9224/9 9226/11
9227/12 9237/15
9243/18
**binders [1]** 9209/11
**Bing [2]** 9194/4
9234/16
**bit [5]** 9161/6 9166/23
9167/9 9186/9 9199/13
**black [1]** 9170/16
**blending [1]** 9219/2
**blue [14]** 9147/4
9147/10 9147/10
9147/15 9163/18
9185/14 9216/17
9216/19 9218/16
9218/17 9246/8
9246/12 9246/15
9246/18
**book [15]** 9190/24
9191/1 9191/11
9209/21 9229/23
9233/17 9233/22
9237/10 9238/1
9238/18 9238/22
9239/2 9239/21 9245/5
9245/9
**booking [60]** 9145/12
9156/23 9169/18
9172/22 9173/4
9173/12 9173/19
9173/20 9174/12
9175/5 9175/12 9176/4
9176/13 9177/1 9177/4
9177/5 9178/1 9180/1
9180/3 9180/4 9180/6
9180/21 9180/23
9190/1 9190/2 9190/8
9190/22 9190/25
9195/16 9196/16
9200/24 9201/10
9209/7 9209/9 9210/5
9215/7 9216/21 9217/2
9219/1 9219/9 9219/23
9229/9 9229/16
9229/22 9232/10
9233/21 9234/11
9240/10 9241/1 9241/4
9241/14 9241/17
9241/18 9241/24
9242/2 9242/24 9243/7

9243/13
**booking.com [5]**
9151/24 9152/6
9189/17 9192/1
9202/16
**Boston [1]** 9200/22
**both [21]** 9130/8
9132/16 9132/16
9142/8 9142/11
9159/10 9161/22
9173/12 9176/1 9196/4
9196/22 9196/22
9198/7 9200/12
9220/15 9225/5
9225/23 9226/21
9229/9 9230/6 9230/20
**bottom [7]** 9168/14
9175/5 9202/4 9212/6
9217/20 9217/22
9224/24
**box [8]** 9147/25 9167/9
9172/21 9173/6
9178/11 9181/12
9185/14 9218/12
**boxed [1]** 9172/17
**brand [4]** 9225/6
9240/12 9240/15
9240/22
**brands [1]** 9240/11
**break [6]** 9178/13
9194/13 9194/18
9236/25 9251/18
9251/21
**brief [2]** 9131/23
9132/7
**briefly [6]** 9128/21
9148/10 9166/25
9170/23 9243/23
9244/12
**bring [2]** 9201/1
9201/2
**broad [4]** 9150/12
9153/17 9214/2 9241/2
**broader [2]** 9155/14
9214/1
**broadly [1]** 9177/18
**Broadway [1]** 9125/15
**browser [1]** 9141/9
**Bruce [1]** 9125/12
**budget [1]** 9165/10
**build [15]** 9143/10
9146/6 9147/18 9159/9
9159/19 9159/22
9160/9 9160/11
9160/22 9161/22
9162/12 9186/11
9187/17 9202/1 9206/6
**building [18]** 9142/6
9142/12 9148/18
9148/20 9152/16
9156/3 9159/2 9160/2
9163/14 9164/12
9164/13 9177/3 9179/1
9183/5 9187/7 9192/15
9203/19 9204/9
**built [4]** 9140/14
9161/15 9186/4

**bullet [5]** 9212/22
9221/11 9221/13
9225/5 9225/16
**bunch [2]** 9169/6
9205/12
**business [7]** 9141/10
9142/22 9150/19
9154/1 9163/13
9181/19 9201/18
**businesses [5]** 9195/6
9195/8 9195/10
9196/18 9196/23
**button [5]** 9175/6
9179/18 9182/21
9183/17 9219/10
**buy [9]** 9153/24
9176/22 9195/11
9195/12 9196/18
9196/21 9210/11
9210/12 9248/20
**buying [3]** 9229/25
9230/3 9230/6

**C**

**cache [5]** 9186/6
9186/19 9186/20
9187/8 9187/11
**caching [4]** 9187/20
9187/24 9187/25
9188/2
**calculations [1]** 9199/1
**call [15]** 9142/25
9147/10 9147/23
9148/2 9150/10
9152/25 9167/25
9172/21 9178/18
9178/23 9179/2
9179/23 9217/7
9218/16 9228/18
**called [14]** 9137/22
9138/18 9141/15
9147/14 9169/7 9173/8
9181/12 9185/8
9199/14 9219/4 9229/2
9229/3 9233/22
9237/10
**calling [1]** 9244/15
**calls [1]** 9136/12
**Cambridge [2]** 9186/13
9200/22
**came [2]** 9141/18
9205/13
**can [155]**
**can't [5]** 9148/4
9162/13 9168/14
9213/13 9217/6
**cannot [4]** 9233/17
9244/19 9250/16
9251/5
**capabilities [11]**
9142/19 9167/23
9170/23 9171/1 9181/7
9186/18 9188/18
9191/5 9193/14
9199/18 9246/22
**capability [5]** 9148/13
9148/17 9179/7 9179/7

**capacities [1]** 9140/3
**car [1]** 9144/23
**care [4]** 9187/3
9191/20 9191/24
9250/23
**careful [1]** 9220/19
**Carr [1]** 9125/14
**carriers [7]** 9130/8
9130/10 9130/15
9130/19 9131/5
9186/24 9186/25
**carve [2]** 9131/5
9133/3
**carve-outs [2]** 9131/5
9133/3
**case [24]** 9150/2
9156/22 9164/1
9165/21 9167/6 9175/3
9178/16 9179/12
9180/5 9181/8 9181/24
9182/17 9196/17
9208/14 9212/7
9213/23 9215/6 9228/4
9228/7 9231/21
9240/21 9245/12
9246/21 9246/23
**cases [6]** 9154/23
9165/25 9194/5 9197/1
9203/24 9249/9
**catch [1]** 9156/15
**categorical [9]**
9150/11 9153/11
9163/24 9163/25
9165/1 9167/5 9196/7
9232/16 9232/17
**categories [2]** 9222/17
9222/17
**category [5]** 9153/22
9157/8 9157/11 9219/3
9226/22
**Cavanaugh [2]**
9125/18 9128/10
**caveat [1]** 9218/20
**cells [1]** 9158/22
**Center [1]** 9125/14
**certain [2]** 9131/2
9132/6
**certainly [3]** 9193/22
9219/8 9226/7
**certified [2]** 9126/12
9165/25
**certify [1]** 9252/2
**cetera [9]** 9142/23
9161/11 9166/20
9171/5 9172/11
9193/20 9218/23
9219/10 9245/23
**CH [1]** 9176/13
**challenged [3]** 9225/18
9225/22 9225/25
**chance [1]** 9135/6
**change [13]** 9134/23
9171/7 9171/8 9181/20
9181/21 9182/10
9184/19 9185/4
9185/18 9187/5 9187/5
9188/3 9226/9

**changes [2]** 9141/19
9202/10
**channel [1]** 9248/20
**channels [2]** 9247/11
9248/10
**charge [4]** 9142/6
9156/13 9174/14
9174/20
**chart [7]** 9152/20
9152/21 9156/20
9157/15 9158/11
9184/22 9222/24
**charts [1]** 9182/10
**cherry [1]** 9155/20
**cherry-picking [1]**
9155/20
**Chicago [2]** 9181/9
9181/16
**children [1]** 9169/18
**choose [10]** 9175/11
9176/3 9176/21
9181/18 9181/19
9190/23 9241/9 9242/3
9243/11 9243/12
**chooses [1]** 9176/17
**choosing [1]** 9242/4
**chosen [4]** 9182/7
9243/7 9243/10
9243/12
**Chrome [2]** 9141/9
9141/21
**circumstance [2]**
9242/9 9243/1
**circumstances [1]**
9132/7
**city [3]** 9162/17 9164/3
9170/3
**Civil [1]** 9128/7
**clarification [3]** 9213/3
9222/1 9228/15
**clarify [2]** 9168/5
9214/21
**clarity [1]** 9235/10
**clarity's [1]** 9231/11
**class [1]** 9159/19
**clear [3]** 9218/21
9235/7 9245/14
**clearly [1]** 9153/20
**click [20]** 9138/17
9148/17 9174/10
9174/10 9174/24
9181/18 9184/1
9185/18 9206/12
9206/13 9206/14
9218/10 9220/10
9220/21 9229/19
9229/19 9229/20
9229/21 9230/12
9249/17
**click-through [3]**
9206/12 9206/13
9206/14
**clicked [7]** 9168/11
9168/13 9172/3 9174/1
9174/13 9175/7
9183/16
**clicks [20]** 9173/22
9216/11 9216/12

Case 1:20-cv-03010-APM   Document 296   Filed 06/28/24   Page 134 of 154

9257

clicks... [17] 9216/15
9216/16 9217/14
9220/24 9221/14
9221/18 9221/19
9221/21 9221/24
9223/4 9229/13
9229/16 9232/24
9233/7 9250/17 9251/6
9251/10

close [4] 9129/8
9146/18 9226/11
9229/14

closed [12] 9129/8
9129/16 9129/21
9130/3 9131/21 9132/7
9132/10 9132/13
9132/24 9133/6 9133/9
9148/23

closer [2] 9229/17
9229/22

closure [2] 9129/3
9129/6

CO [1] 9125/16

coag.gov [1] 9125/17

cocktail [1] 9189/6

collectively [3]
9197/25 9198/10
9230/22

color [3] 9156/24
9214/11 9219/14

Colorado [5] 9125/12
9125/12 9125/14
9207/9 9208/5

colors [1] 9218/12

COLUMBIA [2] 9124/1
9170/3

column [7] 9172/6
9213/8 9213/16
9213/20 9214/12
9217/5 9217/8

combination [5]
9149/20 9185/24
9186/2 9198/4 9217/2

combinatorially [1]
9186/2

combined [2] 9141/23
9213/2

come [26] 9138/19
9143/15 9153/24
9160/5 9160/8 9168/25
9171/24 9187/23
9190/7 9190/7 9190/8
9191/22 9193/14
9200/7 9201/14 9202/2
9203/21 9204/3 9210/2
9217/15 9227/3
9229/21 9231/12
9240/8 9249/25 9250/3

comes [12] 9131/21
9154/25 9168/21
9178/24 9189/3 9211/1
9211/2 9217/22
9217/24 9237/3
9249/21 9250/23

coming [11] 9134/5
9152/25 9193/6 9193/7
9216/21 9216/22

9220/5 9222/2 9223/8
9223/10 9223/13
9236/17

comments [1] 9189/4

commerce [2] 9140/11
9141/15

commercial [3]
9147/14 9153/22
9155/20

commercially [1]
9134/18

committed [1] 9225/6

communicate [1]
9207/1

communicated [2]
9151/16 9207/3

communicating [3]
9152/21 9156/18
9156/19

community [1] 9226/5

companies [18]
9130/22 9144/6
9144/14 9145/6 9152/4
9152/7 9155/1 9155/18
9168/21 9169/15
9199/6 9208/15
9208/18 9209/7 9210/5
9225/23 9226/2 9226/6

company [14] 9137/22
9138/2 9140/22
9141/21 9145/4
9148/22 9150/22
9154/17 9156/13
9169/19 9199/13
9200/9 9203/14
9210/19

comparable [1]
9143/18

comparative [1]
9193/13

compare [3] 9157/24
9188/19 9193/17

compared [1] 9184/15

comparing [1] 9230/7

comparison [10]
9149/24 9156/17
9156/20 9157/20
9158/4 9158/8 9193/19
9221/7 9221/18
9221/20

compete [4] 9154/19
9163/7 9191/25 9192/2

competition [9]
9130/16 9151/21
9161/9 9177/24
9189/11 9189/24
9191/15 9192/20
9205/20

competitive [9]
9149/24 9155/8
9156/15 9159/9
9162/12 9189/12
9189/13 9192/23
9203/10

competitively [2]
9131/8 9204/2

competitor [1] 9191/23

competitors [22]

9152/13 9154/15
9156/9 9156/22
9157/16 9157/25
9158/12 9163/8
9169/15 9169/24
9178/2 9178/5 9188/19
9189/15 9190/17
9192/1 9192/7 9193/21
9234/14

complaint [4] 9204/25
9205/5 9205/9 9205/10

complementary [1]
9230/17

complete [10] 9149/5
9157/17 9157/18
9157/22 9158/25
9163/16 9184/16
9190/1 9215/1 9247/24

completed [1] 9233/11

completeness [1]
9157/4

completing [1]
9229/14

compliment [1]
9163/15

comprehensive [9]
9149/7 9160/4 9162/13
9169/25 9176/18
9177/7 9177/17
9177/25 9179/8

comprehensiveness
[2] 9143/13 9188/23

compute [2] 9186/20
9187/16

computer [2] 9126/16
9185/17

computer-aided [1]
9126/16

concern [2] 9153/21
9203/11

concerned [4] 9154/15
9203/17 9204/8
9204/18

concerning [1]
9133/17

concerns [2] 9133/16
9226/5

conciliatory [1] 9129/5

conclude [1] 9242/20

conclusion [2]
9157/19 9158/17

condensed [1]
9181/15

conduct [1] 9131/13

confident [1] 9133/11

confidential [6] 9130/9
9130/11 9130/13
9130/14 9133/12
9134/18

confusing [1] 9168/24

confusion [1] 9228/7

connect [10] 9139/10
9139/14 9142/20
9142/23 9175/13
9187/1 9196/1 9203/21
9236/12 9236/12

connected [1] 9249/18

9203/22

connections [4]
9164/10 9186/16
9201/4 9202/20

CONNOLLY [1] 9126/3

consider [4] 9130/10
9132/13 9169/15
9189/14

consistent [3] 9133/7
9212/25 9213/1

consolidators [2]
9169/7 9169/22

constantly [1] 9187/11

Constitution [1]
9126/14

constitutional [1]
9129/4

constitutionality [1]
9132/4

consumer [28]
9125/13 9144/11
9145/3 9146/3 9156/6
9157/12 9170/13
9172/23 9173/11
9173/16 9175/3
9175/11 9175/13
9176/19 9177/8
9179/12 9185/3
9190/23 9190/25
9191/21 9202/2
9202/11 9204/12
9205/25 9206/16
9245/15 9247/21
9248/2

consumer's [1]
9173/24

consumers [45]
9139/8 9139/9 9139/13
9142/14 9142/22
9143/2 9143/19 9144/8
9144/21 9145/24
9147/19 9148/8
9153/15 9154/12
9154/23 9156/15
9160/13 9161/4
9170/14 9174/19
9176/20 9177/13
9185/11 9190/5 9190/7
9190/16 9192/16
9196/1 9197/12
9199/20 9201/22
9203/21 9204/4 9204/7
9205/18 9205/19
9205/22 9206/2 9206/7
9206/10 9206/22
9206/22 9220/6
9229/19 9247/18

consuming [1] 9149/9

contain [3] 9244/2
9244/3 9248/24

contained [2] 9141/15
9250/17

content [17] 9147/22
9159/22 9161/3
9164/12 9164/13
9165/10 9165/12
9197/6 9197/19

9203/22

context [11] 9151/12
9154/5 9154/9 9171/19
9179/18 9180/21
9191/21 9194/4
9205/17 9212/18
9244/25

contexts [1] 9134/19

continent [1] 9204/21

continue [5] 9191/25
9192/2 9192/21 9225/7
9225/17

continued [4] 9126/1
9156/4 9164/6 9203/6

continues [1] 9192/20

contrasting [1] 9235/7

control [1] 9167/18

controlling [1] 9242/10

controversial [1]
9233/5

conversations [1]
9201/9

conversely [1] 9223/12

conversion [5] 9174/1
9174/3 9174/5 9230/5
9230/15

convert [2] 9231/3
9231/4

converts [1] 9174/4

convey [2] 9151/19
9156/12

cool [1] 9185/12

copies [1] 9146/14

copy [3] 9194/6 9194/7
9194/11

correct [129] 9141/6
9168/8 9208/8 9209/2
9209/8 9210/8 9210/12
9210/17 9210/23
9211/1 9211/19
9211/24 9213/22
9214/7 9214/14
9214/18 9214/24
9215/8 9215/12
9215/23 9216/14
9216/18 9217/16
9217/23 9218/13
9218/14 9219/5 9219/7
9219/15 9219/16
9219/20 9220/3 9220/4
9220/21 9220/25
9221/1 9221/2 9221/23
9222/15 9222/16
9222/20 9222/23
9224/19 9224/20
9224/23 9225/24
9226/16 9226/25
9227/17 9228/3
9228/17 9229/13
9229/15 9230/2
9230/14 9230/18
9231/3 9231/15
9231/18 9232/8
9232/14 9232/17
9232/18 9232/22

**C**

**correct... [65]** 9232/23
9233/1 9233/9 9233/10
9233/11 9233/18
9234/19 9234/24
9235/13 9235/16
9236/5 9236/11
9236/18 9237/1 9237/3
9237/10 9237/13
9238/2 9238/3 9238/19
9238/20 9238/24
9240/8 9240/11
9240/16 9240/20
9240/25 9241/5 9241/8
9241/12 9241/20
9242/5 9242/6 9242/11
9242/18 9242/21
9244/9 9244/13
9244/14 9244/18
9244/20 9244/21
9245/1 9245/4 9245/6
9245/21 9246/2 9246/3
9246/9 9246/16
9246/17 9246/20
9247/2 9247/7 9247/13
9247/20 9248/7
9248/13 9248/17
9248/21 9249/1 9250/7
9250/12 9250/19
9252/3
**correction [1]** 9174/17
**cost [6]** 9138/16
9201/5 9218/10
9220/10 9230/12
9248/19
**cost-per-click [1]**
9230/12
**costs [1]** 9177/14
**could [63]** 9131/1
9133/3 9135/16 9137/7
9137/9 9139/13
9144/10 9148/10
9168/17 9177/21
9178/3 9179/20
9182/20 9185/4 9191/2
9191/2 9191/3 9191/11
9192/15 9194/6
9195/19 9196/6
9196/11 9197/5
9197/18 9197/19
9201/4 9201/8 9201/14
9212/5 9212/17 9214/8
9214/22 9216/4 9216/6
9216/21 9216/22
9216/24 9216/25
9219/2 9219/8 9223/9
9223/22 9224/25
9226/7 9227/11
9228/22 9231/21
9235/1 9241/3 9241/4
9241/14 9241/16
9241/23 9241/23
9241/24 9243/18
9245/5 9246/23
9247/13 9247/14
9247/17 9248/9
**counsel [3]** 9136/17
9136/23 9150/19

**counterparts [2]**
9200/9 9201/1
**countries [2]** 9238/23
9239/25
**couple [6]** 9133/17
9145/8 9151/18
9168/18 9192/24
9193/7
**course [14]** 9132/6
9133/8 9202/6 9212/13
9212/16 9213/13
9221/10 9221/17
9223/1 9224/15
9227/19 9235/18
9236/15 9239/3
**court [17]** 9124/1
9126/11 9126/13
9128/24 9134/14
9137/10 9144/4
9144/20 9164/20
9165/4 9166/25
9167/14 9175/19
9194/21 9194/24
9207/13 9251/23
**court reporter [1]**
9137/10
**courtroom [2]** 9129/8
9199/13
**courts [1]** 9129/3
**coverage [2]** 9131/2
9133/3
**covered [1]** 9217/12
**CPCs [1]** 9228/11
**crawl [1]** 9147/23
**crawled [1]** 9148/5
**crawling [1]** 9147/22
**create [1]** 9226/4
**created [1]** 9150/18
**cross [5]** 9127/4
9131/20 9131/22
9132/1 9208/2
**CROSS-EXAMINATION**
**[1]** 9208/2
**CRR [2]** 9252/2 9252/8
**CS [1]** 9138/9
**curiosity [1]** 9168/18
**current [1]** 9129/13
**currently [1]** 9129/17
**cursor [4]** 9166/11
9182/9 9184/18
9185/17
**customer [1]** 9227/9
**customers [5]** 9226/16
9226/18 9226/20
9227/8 9240/8
**cut [2]** 9172/14
**cuts [2]** 9225/19
9226/1
**CV [1]** 9124/4

**D**

**D-a-v-i-d [1]** 9128/20
**D.C [14]** 9124/5 9125/3
9125/8 9126/4 9126/9
9126/14 9150/13
9153/2 9153/12 9165/2
9167/5 9172/2 9187/22
9196/7

**data [25]** 9148/23
9148/3 9149/8 9149/13
9161/11 9162/13
9162/13 9163/14
9163/15 9163/15
9164/10 9164/11
9168/19 9169/1 9169/2
9169/3 9169/5 9169/8
9169/10 9169/14
9169/17 9169/20
9171/2 9175/19
9175/21 9175/23
9175/25 9176/1 9176/4
9176/6 9176/7 9176/11
9176/17 9176/17
9176/21 9176/22
9179/3 9186/15
9186/16 9186/16
9186/19 9187/1 9187/8
9187/25 9188/1 9188/9
9192/4 9193/20 9199/9
9201/4 9202/20 9203/3
9204/19 9204/22
9249/11
**date [18]** 9171/7
9171/17 9172/24
9181/17 9182/5
9183/21 9184/25
9185/8 9185/11
9185/12 9185/13
9185/14 9186/1 9186/2
9187/5 9197/15
9212/24 9252/7
**dated [1]** 9211/18
**dates [4]** 9171/6
9172/20 9182/8 9184/5
**David [1]** 9128/19
**day [26]** 9124/7
9160/25 9164/23
9174/2 9174/5 9177/8
9181/25 9181/25
9182/6 9182/6 9182/7
9184/23 9184/23
9184/24 9184/24
9185/5 9185/5 9185/6
9185/6 9190/4 9190/20
9192/3 9192/21
9192/21 9202/11
9228/2
**days [8]** 9136/4
9172/25 9182/8
9184/20 9190/16
9193/7 9193/9 9229/2
**deal [7]** 9148/23
9160/4 9169/13
9185/22 9185/23
9200/15 9236/22
**deals [2]** 9222/4
9225/2
**decade [5]** 9140/4
9145/15 9164/4 9179/1
9186/5
**decade-plus [1]**
9179/1
**decide [1]** 9129/7
**decided [3]** 9134/12
9134/12 9242/6
**decides [1]** 9243/1

**decision [12]** 9159/25
9161/5 9162/20
9163/10 9165/13
9176/5 9176/10
9177/12 9177/16
9190/21 9193/10
9248/2
**decline [5]** 9145/21
9150/10 9152/20
9153/9 9155/16
**declines [1]** 9155/21
**declining [1]** 9153/10
**deemed [1]** 9214/3
**deeply [1]** 9187/3
**Defendant [3]** 9124/7
9126/2 9137/2
**DEFENDANT'S [3]**
9127/5 9150/14
9209/19
**Defendant's Exhibit**
**254 [1]** 9209/19
**Defendant's Exhibit 46**
**[1]** 9150/14
**defense [1]** 9164/18
**definitely [6]** 9149/4
9154/19 9169/16
9183/4 9203/17 9204/7
**degree [4]** 9137/18
9138/9 9203/7 9203/7
**delay [1]** 9134/10
**deliver [12]** 9149/14
9154/1 9161/20 9186/7
9187/12 9187/14
9188/6 9188/25
9193/18 9201/5
9201/21 9236/9
**delivering [3]** 9162/25
9194/8 9218/14
**delivers [1]** 9228/10
**delivery [1]** 9164/12
**demonstrate [1]**
9157/6
**demonstrative [19]**
9146/13 9146/13
9146/15 9146/16
9146/25 9147/13
9162/6 9164/17
9164/22 9165/3 9166/9
9171/23 9174/24
9178/12 9181/3 9181/4
9182/2 9182/3 9183/14
**Denver [1]** 9125/16
**DEPARTMENT [3]**
9125/2 9125/7 9125/12
**departure [7]** 9171/8
9171/18 9172/24
9181/18 9184/25
9185/13 9186/1
**depending [2]** 9182/7
9231/6
**derive [1]** 9230/21
**descending [1]**
9130/25
**describe [31]** 9144/20
9147/5 9147/15
9148/10 9149/18
9152/21 9156/18
9157/9 9162/9 9164/20

**decision [1]** ... 9167/14
9167/22 9171/22
9172/17 9173/1 9175/1
9181/5 9183/7 9184/14
9185/10 9189/10
9194/6 9196/4 9200/1
9203/9 9208/17 9223/9
9223/17 9223/18
9235/22
**described [8]** 9133/1
9154/9 9166/10 9182/4
9183/1 9193/2 9208/24
9239/14
**description [3]** 9132/8
9165/25 9218/18
**design [1]** 9206/16
**designed [3]** 9195/24
9206/12 9206/16
**desiring [1]** 9240/7
**desktop [1]** 9166/11
**destination [4]** 9184/5
9185/25 9187/6
9241/18
**destinations [3]**
9240/20 9241/12
9241/15
**detail [2]** 9235/8
9248/24
**determine [3]** 9170/4
9198/11 9205/14
**determined [1]**
9167/15
**detriment [1]** 9133/4
**developed [2]** 9186/6
9208/9
**developing [1]** 9202/8
**development [1]**
9201/10
**developments [1]**
9192/23
**devices [1]** 9203/12
**dialogue [1]** 9200/2
**did [33]** 9137/14
9138/13 9138/19
9139/25 9142/3 9142/8
9146/7 9149/15
9149/17 9149/18
9152/2 9155/1 9156/8
9156/10 9156/11
9157/24 9158/1 9159/6
9161/17 9161/19
9161/24 9163/5
9163/23 9186/10
9203/8 9205/12
9205/14 9207/1 9207/2
9226/8 9231/1 9240/9
9246/3
**did you [3]** 9137/14
9139/25 9205/14
**didn't [10]** 9138/8
9149/5 9149/6 9149/12
9160/5 9161/20
9202/10 9223/5
9227/14 9227/14
**difference [1]** 9147/20
9173/1
**differences [1]** 9131/3
**different [20]** 9130/20

**different... [19]**
9130/21 9134/21
9139/23 9140/3 9144/1
9144/8 9169/9 9171/9
9178/16 9181/23
9184/22 9185/7 9193/6
9195/14 9195/15
9219/14 9221/24
9228/9 9228/12

**differently [1]** 9161/6
**difficult [2]** 9214/11
9223/16
**Dintzer [2]** 9125/2
9128/9
**direct [8]** 9127/4
9137/3 9154/24 9204/1
9205/20 9225/6
9225/17 9237/1
**directing [2]** 9232/2
9251/2
**direction [4]** 9142/7
9151/10 9163/2
9200/11
**directions [2]** 9172/11
9179/20
**directly [10]** 9144/9
9160/13 9191/3 9202/3
9202/4 9202/24
9204/21 9227/4 9240/8
9240/15
**director [2]** 9139/1
9140/5
**disclosed [2]** 9133/1
9248/17
**disclosure [1]** 9132/24
**discontinued [3]**
9237/12 9238/1
9238/22
**discuss [3]** 9136/6
9194/18 9251/20
**discussed [1]** 9132/22
**discussing [1]** 9198/16
**Discussion [1]**
9224/19
**discussions [4]** 9130/8
9200/2 9200/4 9201/3
**display [8]** 9214/22
9215/1 9215/11
9215/15 9215/20
9215/25 9215/25
9216/4
**displayed [1]** 9222/15
**dispute [1]** 9134/4
**distill [1]** 9166/1
**distinction [1]** 9245/7
**distinguishing [1]**
9223/14
**distribution [1]** 9198/2
**DISTRICT [4]** 9124/1
9124/1 9124/10 9170/3
**diversifying [1]** 9192/8
**division [2]** 9125/7
9138/13
**do [116]** 9129/7
9130/18 9131/19
9133/21 9134/17
9135/19 9138/10

9141/20 9141/21
9143/1 9143/3 9143/7
9143/13 9143/19
9144/23 9149/9
9150/15 9150/16
9155/5 9156/11
9156/14 9157/6
9157/21 9158/3 9158/5
9158/25 9159/6
9160/23 9161/15
9163/22 9164/12
9166/16 9168/2 9168/6
9168/17 9173/16
9177/13 9179/4 9179/5
9185/23 9186/3 9186/6
9186/22 9187/2
9187/16 9187/18
9187/19 9188/12
9188/18 9188/23
9188/24 9189/4
9190/16 9191/22
9192/9 9193/15 9194/6
9194/11 9195/7
9196/20 9196/21
9196/23 9197/9
9197/11 9197/14
9197/23 9199/8
9204/25 9205/3 9207/5
9211/4 9211/12
9211/16 9211/17
9212/9 9212/10
9212/23 9213/10
9213/17 9213/18
9215/22 9215/25
9216/7 9217/8 9220/16
9220/18 9220/20
9225/2 9225/4 9225/5
9225/8 9225/9 9225/20
9225/21 9226/8 9227/5
9228/13 9228/14
9230/13 9231/10
9236/14 9236/14
9239/19 9240/12
9241/3 9241/4 9242/1
9242/15 9244/5 9244/6
9245/19 9246/21
9249/21 9251/9
**do you [4]** 9138/24
9204/25 9230/13
9245/19
**Do you have [1]**
9244/5
**do you recognize [1]**
9150/15
**do you see [13]** 9158/3
9211/16 9212/9
9213/10 9213/17
9217/8 9220/16
9220/20 9225/2 9225/5
9225/8 9225/20
9228/13
**document [18]** 9134/7
9146/24 9147/1
9150/15 9150/18
9211/14 9211/20
9212/14 9220/14
9223/25 9224/13

9226/12 9227/14
9230/9 9237/17
9238/21
**documents [4]**
9131/20 9134/4
9134/17 9210/3
**does [40]** 9139/6
9143/6 9162/21
9168/25 9170/4
9173/19 9176/14
9176/25 9177/4
9177/24 9180/10
9180/11 9180/12
9182/3 9185/11
9186/19 9186/20
9189/25 9190/2
9190/22 9190/23
9191/25 9195/5 9195/8
9199/5 9212/23
9215/18 9218/1 9221/7
9221/18 9223/13
9227/4 9234/15
9235/10 9239/22
9241/18 9242/15
9243/4 9244/3 9246/1
**doesn't [13]** 9134/6
9184/6 9185/22
9187/13 9223/12
9227/4 9229/23
9241/19 9244/1
9244/23 9246/24
9248/13 9249/24
**doing [17]** 9138/2
9146/3 9149/12
9149/24 9154/13
9161/2 9161/21
9163/13 9177/18
9187/7 9188/5 9190/21
9194/11 9197/16
9197/20 9198/25
9203/23
**DOJ [6]** 9125/2 9128/9
9136/7 9207/8 9207/12
9207/14
**dollar [1]** 9133/2
**dollars [8]** 9131/2
9198/2 9198/2 9198/18
9210/16 9210/23
9230/7 9240/13
**don't [36]** 9134/2
9134/3 9134/13 9138/9
9138/10 9140/7
9169/13 9174/4
9176/22 9177/13
9190/3 9191/24
9209/22 9210/19
9212/14 9215/3
9215/17 9215/18
9230/16 9231/23
9233/5 9233/24 9234/3
9234/6 9235/24 9239/5
9240/1 9240/19
9241/19 9242/20
9243/6 9246/18 9248/6
9249/14 9249/25
9250/23
**done [10]** 9132/5

9204/20 9209/20
9211/21 9211/24
9212/1 9249/11
**down [10]** 9157/13
9165/12 9166/1 9167/8
9167/12 9185/18
9190/10 9190/14
9193/4 9229/21
**drag [3]** 9181/23
9182/9 9185/18
**dramatically [2]**
9184/20 9185/6
**drastic [3]** 9225/18
9226/1 9226/9
**draw [3]** 9248/23
9249/3 9249/12
**drawing [1]** 9245/7
**drill [2]** 9157/13
9165/12
**drilling [1]** 9193/4
**drive [4]** 9177/17
9198/2 9198/3 9198/6
**driving [2]** 9163/2
9204/20
**during [5]** 9131/21
9142/3 9194/18 9237/1
9251/21
**dust [1]** 9192/16
**DX0072 [1]** 9146/23
**DX46 [1]** 9150/3
**DXD30 [2]** 9146/16
9146/22
**DXD31 [1]** 9146/17

**E**

**each [12]** 9155/21
9157/5 9166/7 9171/15
9184/25 9199/1
9201/19 9215/5
9222/14 9231/23
9247/1 9247/4
**earlier [5]** 9135/6
9173/10 9185/6
9218/17 9243/22
**early [7]** 9137/24
9147/7 9147/16
9148/18 9149/11
9162/11 9163/6
**earn [1]** 9173/19
**earned [2]** 9210/17
9210/18
**earning [1]** 9173/21
**earnings [2]** 9210/22
9226/3
**easier [2]** 9213/15
9225/1
**easily [3]** 9143/12
9177/16 9204/14
**easy [1]** 9213/12
**eco [1]** 9165/25
**eco-certified [1]**
9165/25
**economy [1]** 9181/18
**educational [1]**
9137/16
**effective [7]** 9146/4
9160/12 9163/11

9203/23 9204/20
**effectively [1]** 9201/25
**efficient [1]** 9201/4
**efficiently [3]** 9186/4
9186/11 9187/18
**effort [4]** 9161/22
9162/16 9186/11
9202/22
**efforts [5]** 9146/6
9203/14 9203/25
9206/5 9230/21
**eight [1]** 9164/4
**either [10]** 9131/4
9192/8 9199/9 9200/5
9231/21 9233/8 9244/2
9244/24 9247/9 9249/6
**electronic [1]** 9213/15
**element [2]** 9218/25
9220/7
**elements [2]** 9167/7
9219/8
**elicit [1]** 9130/3
**elicited [1]** 9132/9
**else [4]** 9136/5
9190/13 9196/23
9233/18
**elsewhere [1]** 9145/25
9148/9 9153/16
9153/23 9177/11
9235/1 9251/11
**email [12]** 9125/4
9125/9 9125/10
9125/17 9125/21
9126/5 9126/9 9126/10
9227/16 9227/20
9227/25 9228/1
**emergents [1]** 9189/19
**emerging [1]** 9192/22
**employee [1]** 9137/12
**employees [1]** 9140/15
**enables [1]** 9175/20
**encountered [1]**
9216/4
**encounters [1]**
9180/19
**end [12]** 9160/24
9174/2 9174/5 9177/7
9183/17 9190/4
9190/20 9192/6 9194/9
9202/11 9221/13
9221/15
**endeavor [1]** 9211/11
**ends [4]** 9212/7 9216/6
9222/2 9222/10
**engage [5]** 9166/6
9200/2 9204/4 9250/3
9250/25
**engaged [1]** 9170/14
**engagement [5]**
9156/6 9163/3 9170/18
9200/20 9205/25
**engages [3]** 9196/14
9196/15 9249/21
**engaging [7]** 9193/7
9205/19 9206/3 9206/8
9206/10 9206/23
9250/21

9260

**E**

**engine [11]** 9198/5
9198/7 9199/2 9199/3
9206/3 9216/15
9219/18 9230/21
9235/4 9235/7 9236/21
**engineering [5]**
9141/25 9150/21
9159/7 9200/8 9201/1
**engineers [7]** 9140/14
9140/18 9140/21
9140/23 9141/1
9186/10 9200/21
**engines [7]** 9144/1
9144/5 9144/6 9178/4
9193/25 9197/3
9234/17
**enhanced [1]** 9165/15
**enjoy [2]** 9204/5
9206/13
**Enormously [1]** 9189/2
**enough [2]** 9240/18
9243/14
**ensure [1]** 9162/25
**ensuring [3]** 9133/13
9164/11 9164/11
**enter [2]** 9145/3 9148/3
**entered [1]** 9236/18
**entering [1]** 9235/1
**enters [2]** 9232/6
9232/15
**entirely [2]** 9176/5
9218/21
**entirety [1]** 9131/19
**entities [4]** 9179/4
9244/21 9244/22
9248/16
**entitled [1]** 9211/14
**entity [7]** 9245/3
9245/3 9245/6 9245/8
9245/15 9247/10
9248/16
**entry [2]** 9234/24
9236/3
**essence [1]** 9155/19
**established [1]** 9250/6
**et [11]** 9124/3 9128/8
9142/23 9161/11
9166/20 9171/5
9172/11 9193/20
9218/23 9219/10
9245/23
**et al [1]** 9128/8
**et cetera [9]** 9142/23
9161/11 9166/20
9171/5 9172/11
9193/20 9218/23
9219/10 9245/23
**Europe [4]** 9154/18
9154/19 9161/10
9161/12
**even [1]** 9189/20
**evening [3]** 9133/17
9135/17 9136/1
**event [1]** 9228/2
**ever [3]** 9169/13
9199/22 9203/8
**every [5]** 9140/23

9186/1 9192/3
**everyone [3]** 9128/4
9128/13 9195/2
**everything [1]** 9147/21
**evidence [12]** 9146/23
9150/2 9164/18
9227/21 9227/22
9237/16 9237/17
9237/21 9238/8 9238/9
9238/15 9239/11
**evolution [6]** 9147/4
9147/13 9147/15
9148/13 9162/10
9246/4
**evolved [1]** 9163/20
**evolving [4]** 9200/12
9200/14 9200/17
9201/3
**exact [1]** 9168/14
**exactly [3]** 9140/7
9209/25 9245/24
**examination [3]**
9129/18 9137/3 9208/2
**examine [2]** 9207/9
9207/14
**example [19]** 9147/17
9158/9 9169/13
9171/11 9171/24
9193/5 9193/13
9200/22 9202/17
9211/8 9216/16
9216/17 9216/18
9218/21 9219/19
9226/22 9235/9
9245/18 9245/22
**examples [4]** 9144/13
9144/15 9144/17
9145/5
**excited [1]** 9193/2
**exclusion [2]** 9128/25
9242/1
**exclusively [1]** 9174/7
**execs [1]** 9201/10
**exhibit [10]** 9146/22
9150/2 9150/14 9158/2
9159/12 9164/18
9209/19 9237/21
9238/15 9251/15
**exhibits [4]** 9127/8
9133/17 9135/15
9209/21
**exist [1]** 9179/4
**exists [1]** 9246/19
**expand [1]** 9177/20
**expanded [2]** 9171/3
9178/12
**expands [1]** 9175/7
**expansion [1]** 9161/7
**expect [5]** 9130/3
9133/20 9225/16
9248/2 9248/3
**Expedia [35]** 9145/9
9151/24 9152/7
9154/20 9155/3
9158/13 9169/13
9169/18 9189/17
9189/25 9190/7 9191/5

9197/13 9200/25
9202/15 9204/25
9207/1 9207/3 9208/16
9209/8 9209/9 9210/5
9234/11 9240/10
9241/2 9241/14
9241/24 9242/13
9242/23 9242/23
9243/7 9243/11
**Expedia's [1]** 9191/5
**Expedia/Vrbo [1]**
9207/3
**expend [1]** 9206/5
**experience [19]**
9142/13 9151/22
9152/17 9159/18
9159/23 9168/1 9168/2
9168/15 9171/25
9180/5 9181/5 9183/18
9195/21 9197/22
9202/11 9202/12
9204/16 9227/3
9250/24
**explain [7]** 9144/4
9166/25 9168/9
9175/19 9178/14
9186/9 9234/2
**explicitly [1]** 9184/9
**explore [1]** 9249/7
**express [4]** 9197/14
9234/3 9234/6 9234/21
**expressed [5]** 9135/15
9234/23 9236/3 9236/4
9236/13
**expresses [2]** 9234/20
9237/24
**expressing [3]** 9234/7
9235/2 9236/23
**extensively [2]**
9162/23 9208/7
**extent [5]** 9129/7
9132/12 9132/20
9135/9 9213/24
**extremely [2]** 9181/24
9185/2

**F**

**Facebook [5]** 9189/20
9197/6 9197/18
9197/19 9234/15
**facing [1]** 9161/9
**fact [11]** 9129/1
9130/21 9133/10
9188/21 9201/10
9210/16 9217/5 9223/5
9230/9 9239/24 9243/2
**factor [1]** 9132/15
**factors [3]** 9132/12
9132/14 9132/23
**fair [6]** 9191/5 9191/9
9191/14 9225/12
9227/6 9236/1
**fairly [1]** 9239/14
**falling [5]** 9146/2
9149/16 9152/17
9156/14 9206/4
**falls [1]** 9202/4

**familiar [6]** 9202/24
9211/2 9211/21
9224/13 9224/16
9224/16
**fantastic [2]** 9155/10
9201/21
**far [1]** 9203/7
**fascinated [1]** 9138/1
**faster [1]** 9165/14
**favor [3]** 9132/14
9132/15 9132/24
**feat [1]** 9186/8
**feature [13]** 9156/17
9157/6 9157/20 9158/3
9158/7 9170/5 9177/3
9178/10 9178/14
9185/8 9188/16 9197/6
9239/21
**featured [4]** 9170/7
9173/2 9180/2 9180/13
**features [18]** 9139/17
9149/25 9156/8
9156/25 9157/25
9158/14 9158/18
9162/21 9170/2
9170/23 9177/23
9177/25 9183/7
9183/22 9185/10
9186/20 9189/1
9193/19
**feedback [7]** 9149/21
9189/1 9189/3 9189/5
9189/9 9202/9 9207/4
**feeds [2]** 9169/2
9203/3
**feel [3]** 9198/14
9240/19 9241/19
**feels [1]** 9243/3
**ferreting [1]** 9190/10
**few [4]** 9140/8 9166/1
9207/15 9222/18
**Fifth [1]** 9125/8
**figure [3]** 9143/2
9205/11 9206/5
**file [2]** 9133/19
9133/21
**files [1]** 9212/4
**filing [2]** 9133/17
9133/25
**filters [3]** 9177/23
9185/21
**final [2]** 9130/6 9131/3
**finally [1]** 9193/10
**Finance [1]** 9155/25
**find [19]** 9134/23
9139/9 9142/19
9142/22 9143/12
9143/15 9143/19
9143/21 9144/25
9148/9 9157/13 9184/7
9191/22 9191/23
9197/12 9206/18
9210/3 9225/19 9236/4
**Finder [2]** 9147/14
9148/15
**finding [1]** 9190/10
**findings [2]** 9129/1
9220/15

**first [40]** 9128/25
9131/13 9132/14
9137/24 9137/25
9138/6 9140/5 9147/3
9148/25 9151/20
9159/18 9163/3
9164/20 9165/21
9171/10 9171/11
9180/19 9202/11
9203/13 9205/16
9205/21 9207/14
9212/22 9217/5
9221/11 9224/8 9224/8
9224/24 9228/6 9244/1
**First Amendment [1]**
9128/25
**Fitzpatrick [1]** 9146/17
**five [2]** 9129/21
9137/22 9145/20
9184/23 9185/5
**five-day [2]** 9184/23
9185/5
**flies [1]** 9187/21
**flight [41]** 9139/3
9139/12 9139/13
9148/11 9148/19
9149/1 9149/11
9154/13 9154/14
9154/20 9155/7
9155/10 9157/24
9158/7 9159/2 9159/3
9160/19 9160/22
9161/5 9161/6 9161/15
9174/7 9181/1 9181/6
9182/21 9182/23
9182/23 9182/23
9183/11 9185/23
9185/25 9186/24
9188/16 9188/18
9188/22 9189/7
9190/14 9191/11
9199/18 9208/9
9208/10
**flight's [1]** 9154/9
**flights [34]** 9142/22
9142/23 9144/16
9144/22 9148/23
9154/4 9154/5 9158/3
9158/18 9159/5
9159/10 9160/15
9160/16 9161/23
9174/18 9174/18
9180/25 9181/9
9181/10 9181/12
9181/24 9183/16
9183/20 9184/3 9184/4
9184/6 9184/8 9184/13
9186/12 9188/15
9238/19 9238/22
9239/3 9239/21
**flipped [1]** 9224/10
**FLOM [1]** 9126/8
**Floor [1]** 9125/15
**fly [1]** 9182/13
**flying [1]** 9181/16
**focus [8]** 9135/11
9139/5 9143/13
9145/15 9163/4

**focus... [3]** 9191/19
9229/11 9242/25
**focused [10]** 9129/9
9129/16 9129/23
9145/24 9152/14
9152/15 9154/18
9186/15 9186/18
9204/8
**focuses [1]** 9216/9
**focusing [1]** 9142/15
**folks [1]** 9228/8
**following [1]** 9206/2
**foregoing [1]** 9252/3
**foremost [2]** 9159/18
9163/3
**form [6]** 9139/23
9195/12 9234/6
9234/25 9236/2 9236/4
**format [2]** 9176/1
9176/2
**forms [2]** 9214/22
9215/20
**forth [2]** 9130/7
9130/17
**forward [1]** 9155/23
**found [3]** 9170/13
9205/15 9205/21
**four [6]** 9145/19
9160/11 9171/4 9182/7
9184/24 9185/5
**four-day [3]** 9182/7
9184/24 9185/5
**fourth [1]** 9187/22
**frame [1]** 9237/14
**free [4]** 9165/24 9171/5
9176/1 9216/22
**frequent [1]** 9211/25
**frequently [3]** 9198/13
9205/23 9205/24
**Friday [2]** 9135/22
9135/25
**front [1]** 9244/5
**frustrated [1]** 9249/25
**full [10]** 9133/13
9146/6 9149/14 9168/1
9168/15 9171/13
9237/7 9238/10 9248/5
9250/4
**fully [4]** 9149/13
9167/11 9167/17
9190/1
**function [1]** 9186/21
**functionalities [2]**
9183/2 9185/10
**functionality [8]**
9157/1 9157/12
9157/16 9158/14
9161/22 9179/10
9181/2 9185/12
**functions [1]** 9200/9
**funds [1]** 9198/9
**funnel [1]** 9228/11
**further [4]** 9131/16
9159/2 9207/6 9249/7
**future [5]** 9133/5
9134/6 9191/12
9206/14 9249/22

**G**
**gain [7]** 9225/11
9227/1 9227/7 9250/16
9250/21 9250/22
9251/9
**gained [1]** 9210/22
**gaining [1]** 9227/7
**gaps [3]** 9158/15
9158/15 9158/19
**gather [15]** 9144/6
9148/2 9148/3 9148/5
9148/7 9149/8 9162/14
9169/1 9169/2 9169/5
9169/8 9169/9 9175/25
9199/9 9199/11
**gathered [1]** 9173/25
**gathering [2]** 9161/11
9187/1
**gauging [1]** 9149/21
**gears [2]** 9180/24
9199/4
**general [15]** 9140/12
9143/14 9144/1
9145/22 9146/10
9147/24 9166/17
9178/4 9193/25 9194/3
9195/25 9197/3 9214/9
9247/22 9249/9
**generalized [1]**
9211/10
**generally [5]** 9130/25
9148/4 9214/10
9224/16 9247/19
**generate [12]** 9176/11
9179/15 9181/11
9198/4 9198/24
9200/18 9201/23
9202/24 9204/1 9225/7
9225/14 9240/13
**generated [4]** 9160/13
9163/18 9178/19
9223/3
**generates [1]** 9176/7
**generating [2]** 9139/22
9189/4
**generation [1]** 9227/2
**generic [7]** 9150/10
9152/20 9153/10
9153/23 9155/16
9162/17 9165/1
**geographic [1]** 9220/3
**get [35]** 9128/14
9129/23 9134/23
9135/16 9135/22
9136/6 9144/24
9145/25 9151/4
9153/16 9159/20
9161/10 9162/14
9166/6 9166/14
9182/13 9185/4 9185/6
9187/6 9189/5 9191/7
9191/16 9201/8
9209/18 9213/6
9219/23 9231/14
9232/7 9235/15
9235/20 9241/20
9247/11 9249/25
9251/5 9251/7

**gets [3]** 9189/23
9237/2 9237/4 9250/12
**getting [6]** 9135/12
9166/17 9178/5
9198/11 9202/20
9229/25
**give [8]** 9165/16
9166/2 9202/9 9212/6
9213/20 9234/25
9248/6 9249/5
**given [5]** 9132/25
9135/14 9155/14
9176/14 9219/11
**gives [1]** 9214/17
**giving [7]** 9163/19
9184/16 9220/5 9222/5
9247/21 9247/22
9247/24
**global [2]** 9155/11
9208/10
**globally [1]** 9161/2
**Gloria [2]** 9126/2
9136/19
**gmaier [1]** 9126/5
**go [79]** 9130/14
9143/19 9143/21
9143/24 9143/25
9143/25 9144/2
9144/11 9144/22
9145/14 9145/25
9148/9 9154/23
9159/11 9166/8
9167/12 9168/1 9169/4
9174/11 9174/15
9174/19 9174/23
9177/9 9177/21
9179/19 9181/3 9182/1
9182/2 9183/13 9184/1
9184/2 9184/9 9190/9
9190/12 9190/14
9191/1 9196/24 9197/3
9197/5 9197/5 9197/13
9199/20 9202/3 9207/9
9210/2 9214/12
9214/13 9215/2 9215/4
9217/5 9220/13
9224/12 9225/17
9229/20 9232/21
9233/24 9235/4
9240/15 9240/23
9240/24 9241/1 9241/1
9241/2 9241/6 9241/9
9242/2 9242/4 9242/23
9242/24 9242/24
9243/1 9243/10
9243/11 9243/12
9243/12 9243/18
9248/4 9249/6 9249/13
**go ahead [3]** 9166/8
9215/2 9215/4
**goal [9]** 9149/7 9155/6
9160/9 9173/10 9177/6
9196/2 9200/17
9202/10 9236/12
**goes [6]** 9177/14
9186/23 9187/15
9232/6 9232/25
9241/18

**going [36]** 9183/21
9129/19 9133/23
9146/12 9151/5
9153/16 9153/23
9159/8 9159/14
9159/16 9160/15
9160/21 9166/21
9169/21 9177/9
9177/10 9193/5 9193/6
9202/23 9202/25
9207/9 9210/1 9217/20
9218/20 9220/19
9226/11 9229/23
9240/4 9241/14
9241/23 9241/23
9241/24 9242/17
9243/20 9243/22
9243/25
**gone [4]** 9129/15
9189/5 9203/6 9231/13
**good [18]** 9128/4
9128/6 9128/13
9128/18 9137/5 9137/6
9144/15 9168/23
9170/6 9189/8 9191/7
9191/17 9194/13
9202/17 9203/21
9207/11 9247/20
9251/17
**good morning [5]**
9128/4 9128/13 9137/5
9137/6 9207/11
**GOOGLE [190]**
**Google LLC [1]** 9128/8
**Google's [27]** 9132/16
9136/11 9142/4 9142/9
9145/17 9148/10
9149/2 9155/12
9157/10 9163/7
9163/23 9173/21
9174/6 9188/16
9188/18 9189/14
9195/22 9197/22
9199/5 9199/24
9201/15 9205/4 9209/1
9210/13 9220/21
9221/14 9249/16
**Google.com [1]**
9221/23
**got [5]** 9205/9 9207/4
9217/6 9217/9 9245/21
**government [2]**
9134/20 9134/22
**government's [1]**
9135/8
**grab [1]** 9181/23
**graduate [1]** 9137/23
**grand [1]** 9198/23
**graph [10]** 9179/2
9179/7 9181/22 9183/8
9183/22 9184/12
9184/15 9184/15
9185/1 9244/22
**great [8]** 9136/3 9156/3
9200/15 9204/3 9204/9
9204/12 9227/2
9236/22
**green [1]** 9213/20

**grid [14]** 9183/21 9185/9
9185/11 9185/12
9185/14
**ground [1]** 9208/9
**group [3]** 9145/9
9152/7 9189/17
**grow [2]** 9201/11
9227/9
**growing [2]** 9216/13
9225/6
**growth [11]** 9152/21
9152/23 9152/24
9153/3 9153/4 9153/6
9153/9 9201/14
9203/11 9221/8 9226/3
**guess [11]** 9131/21
9134/2 9164/4 9201/17
9209/21 9212/1 9217/6
9223/9 9223/17
9235/22 9241/22
**guided [1]** 9134/15
**guys [1]** 9205/11

**H**
**H-o-l-d-e-n [1]** 9137/11
**had [55]** 9134/20
9135/5 9138/17
9139/12 9139/17
9145/19 9146/5
9146/10 9147/17
9148/14 9148/21
9148/22 9148/23
9148/25 9149/12
9150/8 9150/9 9151/20
9151/21 9152/13
9152/15 9154/13
9154/20 9155/9
9155/14 9155/15
9156/3 9157/16
9157/17 9157/21
9158/15 9158/15
9158/19 9158/23
9158/24 9160/3 9160/7
9160/23 9160/23
9161/7 9161/10
9161/14 9162/15
9162/19 9163/10
9164/2 9164/8 9174/17
9178/12 9199/22
9200/23 9203/11
9203/14 9224/10
9233/22
**half [1]** 9186/14
**Hamon [1]** 9142/1
**hand [13]** 9136/14
9165/16 9167/4
9171/11 9172/2
9172/14 9175/10
9178/10 9178/12
9209/11 9210/2 9213/8
9214/15
**hang [1]** 9135/24
**happen [4]** 9193/2
9200/19 9227/1 9227/4
**happened [1]** 9239/4
**happening [3]** 9135/13
9145/23 9206/19
**happens [4]** 9174/24

**happens... [3]** 9189/21
9190/15 9231/9
**hard [7]** 9136/3
9146/14 9156/14
9185/16 9213/11
9213/12 9218/12
**harm [1]** 9129/5
**harming [1]** 9154/1
**has [40]** 9128/24
9133/9 9135/9 9135/10
9146/22 9154/17
9164/6 9168/3 9170/12
9177/8 9181/1 9181/6
9183/15 9188/23
9188/24 9189/1
9189/22 9191/16
9193/19 9194/1
9199/13 9199/22
9201/15 9204/2 9204/3
9204/20 9223/25
9224/4 9227/21
9227/22 9230/1 9236/2
9236/13 9240/18
9242/1 9243/3 9243/6
9243/7 9243/10
9244/16
**hasn't [1]** 9226/23
**have [130]**
9166/13 9167/10
9172/16 9184/23
**having [9]** 9134/17
9176/20 9187/4 9192/4
9206/5 9206/20
9206/23 9223/14
9226/3
**he [6]** 9137/24 9137/25
9138/9 9205/10
9205/11 9241/19
**he said [1]** 9205/11
**head [5]** 9137/24
9141/20 9141/25
9141/25 9205/10
**headed [1]** 9140/10
**heads [1]** 9142/1
**hear [2]** 9130/20
9136/10
**heard [5]** 9128/16
9130/12 9131/16
9199/13 9233/6
**heavily [1]** 9205/19
**heavy [1]** 9149/9
**help [10]** 9159/24
9160/12 9161/4
9162/19 9163/10
9163/21 9165/13
9177/16 9177/17
9195/25
**helpful [4]** 9135/17
9217/13 9219/3 9234/2
**helping [4]** 9142/19
9142/22 9143/11
9163/12
**her [1]** 9129/18
**here [49]** 9128/16
9132/18 9147/3 9147/9
9147/20 9147/25
9152/4 9157/9 9161/7
9162/9 9162/22 9163/5
9163/22 9164/5

9165/21 9166/16
9167/4 9170/2 9170/22
9170/25 9171/3 9171/8
9171/10 9172/6
9173/19 9174/9
9175/10 9180/21
9182/15 9183/8
9183/13 9183/21
9188/15 9205/12
9214/23 9215/1
9219/12 9220/19
9222/5 9222/13
9222/24 9225/1
9227/18 9239/7 9245/7
9249/9 9250/2
**heretofore [1]** 9134/19
**hesitate [1]** 9210/18
**high [7]** 9130/4 9176/8
9177/12 9181/6 9185/2
9200/1 9201/17
**higher [10]** 9160/13
9160/14 9176/8
9206/12 9206/13
9206/14 9230/1 9230/5
9230/14 9230/15
**highlight [1]** 9183/6
**highlighted [4]**
9166/13 9167/10
9172/16 9184/23
**highlighting [1]** 9211/9
**highly [8]** 9134/18
9153/22 9187/3 9192/5
9192/5 9200/18 9204/4
9210/13
**Hilton [1]** 9153/2
**Hipmonk [2]** 9156/23
9158/13
**hire [1]** 9138/8
**hired [4]** 9137/21
9137/25 9138/6 9138/6
**history [1]** 9137/18
**Holden [37]** 9131/13
9136/13 9137/2 9137/8
9137/12 9147/3 9150/7
9164/20 9170/22
9178/8 9178/14
9180/24 9194/17
9195/5 9207/14 9208/4
9208/6 9209/18
9211/10 9212/20
9213/14 9214/15
9223/16 9223/22
9224/13 9226/12
9227/11 9227/13
9227/16 9233/4 9234/1
9235/18 9237/24
9251/1 9251/20
**holding [1]** 9152/7
**holdings [3]** 9145/12
9189/17 9189/18
**holiday [2]** 9135/25
9244/2
**home [2]** 9137/22
9208/16
**HomeAdvisor [1]**
9208/17

9128/18 9129/7
9129/14 9131/18
9133/24 9134/19
9135/20 9136/8 9136/9
9136/20 9146/19
9150/4 9194/12
9207/11 9209/13
9223/25 9224/4
9227/23 9238/12
9238/13 9239/9
9243/19 9243/25
9251/16
**HONORABLE [3]**
9124/9 9128/2 9194/24
**hope [1]** 9226/18
**hopefully [3]** 9135/5
9151/4 9236/6
**hoping [1]** 9131/19
9227/9
**Hopper [5]** 9199/14
9199/14 9199/16
9199/17 9199/22
**hotel [173]**
**hotel's [1]** 9157/20
**hotel-related [3]**
9147/16 9216/12
9220/24
**hotels [73]** 9139/9
9144/17 9144/22
9146/24 9150/12
9151/12 9153/11
9156/17 9158/9 9159/3
9159/5 9159/10
9159/12 9159/15
9159/15 9159/15
9161/22 9162/17
9162/21 9163/6 9164/2
9164/6 9164/6 9164/24
9165/1 9165/5 9166/18
9166/23 9167/5
9167/11 9167/15
9167/21 9167/24
9168/4 9168/12
9168/14 9169/4 9170/2
9170/3 9170/5 9170/7
9170/22 9170/24
9171/4 9171/4 9171/11
9171/12 9171/12
9171/14 9171/25
9173/9 9178/6 9180/8
9183/10 9192/12
9193/15 9193/16
9195/19 9195/20
9196/7 9196/14
9204/13 9213/22
9214/9 9233/20 9237/4
9237/6 9237/10 9238/1
9244/1 9244/3 9244/8
9246/10 9246/14
9247/4
**hotels' [1]** 9154/11
**HotelTonight [1]**
9204/17
**hour [1]** 9129/19
**house [1]** 9160/22
**hovering [1]** 9184/19
**how [36]** 9129/13
9139/18 9139/25

9163/5 9165/19
9167/14 9170/4 9174/3
9175/19 9186/9
9186/10 9186/20
9188/18 9188/24
9189/10 9191/25
9197/23 9200/12
9200/13 9200/16
9200/16 9201/2 9201/4
9201/8 9201/11 9203/9
9204/2 9205/7 9206/5
9215/21 9216/2
9230/24 9242/15
9243/17
**however [1]** 9132/6
**Hubbard [1]** 9132/12
**Hubble [1]** 9177/2
**huge [1]** 9225/7
**huh [1]** 9209/16
**hundreds [2]** 9170/2
9170/3
**Hyatt [1]** 9178/9

**I**

**I am [5]** 9129/15
9137/13 9151/14
9154/8 9199/15
**I apologize [2]** 9222/9
9223/24
**I believe [7]** 9133/23
9134/19 9205/8
9208/12 9209/20
9218/10 9220/10
**I can [7]** 9135/22
9136/2 9146/13 9177/9
9185/5 9209/14 9222/3
**I can't [1]** 9217/6
**I don't [11]** 9134/3
9138/9 9140/7 9169/13
9191/24 9210/19
9212/14 9233/5
9235/24 9240/1 9243/6
**I don't have [1]** 9134/2
**I don't recall [2]**
9215/18 9239/5
**I guess [10]** 9131/21
9134/2 9164/4 9201/17
9209/21 9212/1 9217/6
9223/9 9235/22
9241/22
**I have [4]** 9129/15
9137/18 9141/8 9207/6
**I just [3]** 9176/23
9222/11 9239/16
**I know [1]** 9131/7
**I mean [6]** 9135/5
9150/12 9186/12
9191/19 9210/18
9233/8
**I should [3]** 9168/5
9214/21 9223/24
**I think [26]** 9130/12
9131/18 9132/8
9132/25 9133/5
9134/21 9135/7
9150/19 9159/1 9162/2
9175/6 9191/9 9199/18

9217/12 9217/13
9218/16 9219/12
9224/25 9225/25
9230/22 9237/14
9237/24 9239/13
9243/14
**I thought [1]** 9224/10
**I understand [7]**
9128/15 9134/3
9134/21 9233/3
9241/13 9241/21
9243/20
**I want [15]** 9139/5
9151/11 9152/2 9162/5
9174/23 9179/13
9180/24 9180/25
9183/6 9199/4 9204/24
9228/5 9228/8 9233/6
9235/6
**I was [18]** 9137/25
9138/1 9139/1 9140/5
9140/13 9142/6
9142/11 9151/7 9151/9
9151/9 9155/14
9173/10 9204/11
9205/6 9205/8 9205/17
9223/8 9239/24
**I went [1]** 9141/21
**I will [3]** 9133/8
9201/11 9234/1
**I work [1]** 9189/7
**I worked [3]** 9137/22
9138/11 9140/1
**I would [2]** 9139/24
9223/18
**I wouldn't [4]** 9235/22
9240/21 9248/2 9249/2
**I'd [12]** 9135/14
9145/14 9150/1 9162/2
9189/12 9189/20
9190/18 9213/4 9216/5
9235/22 9239/6
9243/17
**I'll [15]** 9135/22
9146/15 9146/17
9164/17 9178/10
9182/1 9194/17 9210/2
9210/3 9212/3 9212/6
9213/12 9244/10
9248/4 9251/20
**I'm [79]** 9128/19
9132/3 9132/12
9134/10 9134/11
9141/8 9146/12
9146/12 9166/21
9173/18 9177/9
9177/10 9183/15
9183/24 9187/20
9187/24 9187/25
9188/2 9188/9 9188/9
9194/8 9208/4 9209/15
9209/22 9209/23
9209/24 9211/21
9215/13 9215/16
9215/16 9216/3
9216/16 9217/6 9217/8
9217/20 9218/3

**I**

**I'm... [43]** 9218/20
9218/21 9219/5
9220/19 9221/13
9223/14 9224/16
9226/11 9227/13
9228/22 9228/23
9232/2 9233/4 9235/4
9235/7 9235/18 9237/6
9237/7 9239/9 9239/10
9240/3 9241/13
9241/17 9241/21
9242/1 9242/4 9242/12
9242/25 9243/1 9243/8
9243/13 9243/20
9243/22 9243/25
9245/7 9246/14 9248/3
9250/10 9251/1 9251/2
9251/4 9251/13
9251/13
**I'm going [4]** 9146/12
9218/20 9220/19
9243/20
**I'm just [6]** 9134/11
9215/13 9215/16
9216/3 9233/4 9246/14
**I'm not [10]** 9134/10
9177/9 9188/9 9215/16
9217/6 9218/21
9226/11 9228/23
9239/10 9241/21
**I'm not quite [1]**
9243/8
**I'm not sure [5]** 9194/8
9237/6 9241/13 9242/1
9243/13
**I'm sorry [8]** 9173/18
9216/16 9218/3
9227/13 9228/22
9235/18 9251/13
9251/13
**I've [4]** 9129/23 9189/5
9219/5 9246/12
icons [1] 9183/21
idea [1] 9180/4
identified [1] 9163/8
identify [2] 9129/2
9197/12
identity [1] 9248/16
image [8] 9146/22
9146/25 9147/3
9147/13 9162/8
9164/17 9165/6 9247/3
imagery [2] 9165/16
9179/17
immediate [1] 9164/11
immediately [4]
9181/20 9181/23
9182/10 9226/4
immersive [45]
9167/25 9168/10
9170/22 9170/24
9170/25 9171/25
9177/22 9178/1 9180/5
9183/11 9183/18
9183/20 9184/2 9184/3
9184/9 9184/13
9188/16 9195/17

9219/19 9219/21
9219/24 9229/6 9229/7
9229/9 9229/11
9229/14 9229/17
9231/2 9231/12
9231/14 9232/3 9232/8
9232/12 9232/21
9245/19 9248/23
9250/8 9250/17 9251/3
9251/6 9251/7 9251/10
9251/11
immersives [5] 9215/7
9235/8 9250/7 9250/11
9250/15
imminent [1] 9134/13
impact [1] 9163/7
impacted [1] 9203/9
important [12] 9130/11
9157/1 9226/15
9226/17 9227/6
9234/12 9234/13
9234/14 9234/15
9234/16 9234/17
9236/17
impressive [1] 9186/7
improve [2] 9155/12
9164/6
improvement [2]
9163/23 9193/25
improvements [5]
9163/5 9163/6 9165/5
9180/25 9181/5
improving [1] 9192/3
inbound [1] 9220/16
Inc [1] 9126/7
incentive [1] 9202/1
include [7] 9130/6
9131/1 9155/1 9177/4
9177/6 9180/11 9219/9
included [4] 9139/3
9155/2 9155/2 9218/23
includes [2] 9141/9
9219/8
including [5] 9197/24
9243/21 9243/22
9247/16 9247/17
inconvenience [1]
9227/15
increasingly [1]
9189/13
incremental [1] 9227/8
INDEX [2] 9127/2
9127/8
indicate [3] 9157/3
9162/19 9163/9
indicated [1] 9158/19
indicating [2] 9175/10
9232/9
indication [2] 9165/19
9247/23
indicative [1] 9243/2
individual [2] 9130/8
9248/19
individually [2]
9130/18 9199/1
industry [5] 9169/7
9169/22 9169/24

information [97]
9130/6 9130/10 9132/8
9132/15 9132/17
9133/1 9139/9 9139/13
9142/19 9142/22
9143/8 9143/15
9143/17 9143/20
9143/22 9144/2 9144/7
9144/12 9144/22
9144/25 9144/25
9145/1 9147/21 9148/5
9148/6 9148/6 9148/9
9148/22 9149/5 9149/6
9153/19 9154/20
9159/24 9160/4 9161/2
9162/19 9163/10
9163/12 9163/19
9164/1 9165/18
9165/23 9166/5 9166/6
9166/12 9166/14
9167/11 9168/20
9168/20 9168/21
9169/25 9169/25
9171/17 9172/1 9172/9
9172/10 9172/10
9172/12 9172/13
9172/21 9173/11
9175/20 9176/13
9176/14 9176/15
9178/5 9179/16
9179/21 9180/1
9182/24 9184/7 9186/6
9187/10 9188/3 9188/7
9190/5 9190/8 9191/22
9199/12 9199/21
9207/2 9233/20
9236/17 9240/19
9241/3 9241/7 9241/20
9241/23 9242/5
9245/25 9246/6
9246/19 9246/22
9247/14 9248/24
9249/5 9249/17
informs [1] 9243/3
infrastructure [5]
9155/9 9164/12 9186/4
9187/9 9187/17
initial [2] 9148/25
9154/14
initially [1] 9149/21
initials [1] 9208/20
Inn [1] 9244/2
innovate [1] 9227/5
inquire [1] 9168/3
inquiries [1] 9193/8
inquiry [1] 9193/3
insight [2] 9235/15
9235/20
instance [1] 9243/10
instantaneous [1]
9164/11
instantaneously [4]
9185/22 9186/7 9188/6
9188/8
instantaneousness [1]
9188/24
intelligence [1]

intend [2] 9133/21
9243/4
intended [2] 9165/11
9239/2
intending [1] 9133/19
intent [27] 9168/3
9179/13 9181/10
9197/13 9197/14
9234/6 9234/7 9234/8
9234/12 9234/13
9234/14 9234/15
9234/16 9234/16
9234/18 9234/20
9234/21 9234/22
9234/23 9234/25
9235/2 9235/25 9236/2
9236/5 9236/23
9249/16 9249/19
intention [3] 9181/14
9249/2 9249/4
interaction [1] 9168/9
interactions [1] 9168/6
interacts [2] 9167/21
9167/24
interest [8] 9129/2
9132/23 9135/14
9200/17 9201/24
9232/9 9234/4 9236/13
interested [12]
9157/14 9165/13
9172/1 9176/20
9179/13 9179/25
9183/15 9183/19
9196/1 9235/24 9236/7
9248/4
interesting [4] 9138/2
9155/20 9185/20
9190/11
interests [3] 9132/17
9132/18 9202/13
intermediaries [2]
9202/25 9203/1
internal [2] 9146/23
9177/2
internally [2] 9157/21
9176/25
international [1]
9161/7
interrupt [4] 9173/18
9183/24 9215/3 9223/6
introduce [1] 9146/13
introduced [1] 9181/6
introduction [1]
9177/1
invest [10] 9151/4
9155/7 9155/10
9155/12 9155/23
9159/7 9159/17
9159/21 9160/1
9226/18
invested [4] 9152/15
9164/14 9178/25
9203/19
investigate [1] 9205/11
investing [1] 9192/19
investment [6] 9156/4
9160/24 9176/9 9183/5

investments [1]
9157/22
invests [1] 9226/5
involve [1] 9142/4
involved [3] 9151/6
9205/4 9205/6
involves [1] 9193/4
irrelevant [1] 9249/14
is [331]
is that correct [28]
9209/2 9210/8 9210/17
9210/23 9213/22
9214/14 9219/7
9219/20 9222/15
9225/24 9226/16
9226/25 9227/17
9229/15 9230/18
9231/3 9232/22 9233/9
9235/16 9236/5
9237/13 9238/2
9238/24 9240/11
9246/9 9246/20
9248/13 9249/1
is that right [5] 9141/5
9168/7 9213/25
9228/25 9244/17
is there [2] 9167/22
9183/10
isn't [10] 9210/11
9210/14 9226/14
9229/13 9233/18
9240/25 9241/11
9243/2 9248/20 9251/4
isn't that correct [2]
9233/18 9240/25
issue [5] 9131/2
9132/16 9132/18
9133/16 9205/12
it [204]
it would be [6]
9184/25 9214/1 9214/1
9214/2 9217/13 9225/1
it's [90] 9132/19
9133/1 9135/25 9136/3
9137/11 9139/21
9139/23 9143/7
9146/23 9146/23
9150/3 9151/12
9166/14 9166/23
9167/10 9167/17
9168/23 9170/10
9170/12 9170/16
9170/17 9172/14
9174/1 9174/9 9176/10
9183/4 9185/16
9185/23 9186/7 9188/8
9189/12 9190/15
9192/5 9192/12
9192/13 9194/15
9199/19 9203/18
9209/23 9210/15
9211/18 9212/7 9213/5
9213/9 9213/11
9213/13 9213/14
9215/16 9216/5
9216/11 9216/20
9217/8 9217/9 9218/13

**I**

it's... [36] 9219/4
9222/9 9222/9 9223/16
9223/20 9226/14
9226/17 9226/21
9228/6 9229/3 9229/13
9231/4 9231/6 9233/5
9234/2 9237/16
9237/17 9238/14
9242/9 9244/23
9245/15 9247/4 9247/5
9247/5 9247/6 9247/12
9248/11 9248/18
9248/18 9248/19
9249/13 9249/16
9250/23 9250/24
9250/25 9251/18
**ITA [1]** 9148/21
**item [2]** 9165/21
9214/13
**iterate [1]** 9203/14
**iterating [1]** 9204/9
**iteration [2]** 9192/20
9194/10
**iterations [1]** 9164/10
**iterative [1]** 9190/15
**itineraries [1]** 9181/20
**itinerary [1]** 9188/5
**its [12]** 9136/12 9152/3
9155/12 9156/9
9157/24 9157/25
9177/24 9181/6
9188/19 9200/2
9201/16 9204/1
**itself [9]** 9168/6
9171/19 9173/20
9180/7 9219/1 9231/17
9245/8 9247/9 9250/22

**J**

**January [2]** 9141/14
9141/18
**JD [1]** 9137/19
**job [5]** 9146/4 9191/19
9192/4 9204/20 9211/5
**John [2]** 9126/2
9128/12
**John Schmidtlein [1]**
9128/12
**join [2]** 9137/20 9200/9
**joined [10]** 9137/24
9138/4 9142/11
9145/15 9145/18
9145/20 9146/5
9148/12 9148/14
9148/24
**joining [1]** 9137/16
**joint [1]** 9201/10
**jointly [1]** 9202/8
**jon.sallet [1]** 9125/17
**Jonathan [5]** 9125/12
9128/10 9137/23
9138/9 9208/4
**Jones [2]** 9125/6
9207/12
**journal [1]** 9239/14
**journey [1]** 9233/17
**Jr [1]** 9125/18

**Schmidtlein [1]**
9126/5
**judge [4]** 9124/10
9174/2 9176/8 9236/25
**Judicial [1]** 9125/14
**June [3]** 9137/15
9137/20 9227/17
**just [85]** 9128/21
9128/24 9129/8 9130/2
9130/13 9130/23
9130/24 9133/15
9134/11 9138/1
9138/17 9139/20
9139/23 9143/13
9146/10 9149/8
9155/10 9163/19
9163/20 9166/17
9168/18 9170/9 9171/8
9173/15 9174/12
9174/17 9176/23
9179/19 9179/23
9182/1 9182/4 9182/15
9182/17 9183/1
9184/16 9190/21
9192/18 9194/17
9195/24 9202/7
9202/20 9205/22
9206/11 9207/9 9210/2
9210/6 9212/12
9213/19 9214/1
9214/25 9214/25
9215/13 9215/16
9216/3 9217/12 9219/4
9219/25 9221/9
9222/11 9222/21
9222/24 9223/8
9224/25 9228/7
9228/15 9229/11
9231/1 9231/11 9233/4
9235/9 9237/25
9239/16 9239/24
9241/11 9243/7
9243/19 9243/22
9244/12 9245/10
9246/14 9247/14
9249/9 9250/15
9251/11 9251/20
**JUSTICE [2]** 9125/2
9125/7
**justify [1]** 9129/6
**JX24 [1]** 9133/17
**JX33 [1]** 9133/18

**K**

**Kara [1]** 9125/6
**Kayak [9]** 9144/16
9152/1 9152/9 9154/21
9155/2 9156/23
9158/12 9169/21
9189/18
**keep [1]** 9136/4
**Kenneth [2]** 9125/2
9128/9
**kenneth.dintzer2 [1]**
9125/5
**key [1]** 9220/15
**kind [4]** 9185/16
9211/23 9214/13

**kinds [3]** 9142/16
9196/18 9208/17
**knew [3]** 9138/9
9160/4 9161/7
**know [33]** 9129/15
9131/7 9132/3 9133/11
9134/7 9134/17
9153/18 9158/15
9166/18 9169/13
9174/4 9179/13
9179/13 9182/22
9183/16 9186/17
9187/4 9188/15 9192/7
9193/9 9194/5 9197/13
9204/22 9210/19
9215/17 9219/4 9234/7
9240/1 9240/22
9240/22 9243/6
9248/13 9249/14
**knowing [1]** 9247/19
**knowledge [24]** 9172/7
9178/23 9179/2 9179/3
9179/6 9179/7 9179/10
9179/15 9180/10
9187/17 9195/18
9196/13 9216/24
9218/23 9219/22
9219/25 9220/1
9231/19 9242/9
9242/19 9243/3 9243/6
9244/22 9250/14
**known [3]** 9154/21
9238/18 9240/10
**knows [4]** 9165/21
9240/14 9240/14
9241/10

**L**

**label [1]** 9217/6
**labeled [4]** 9147/4
9162/10 9218/13
9219/15
**lacking [3]** 9149/25
9159/25 9160/1
**landscape [1]** 9203/10
**language [1]** 9214/4
9226/1
**large [11]** 9143/24
9144/15 9145/5 9145/8
9151/23 9152/5
9154/17 9164/8
9201/16 9203/18
9204/24
**larger [4]** 9155/13
9165/16 9171/18
9199/25
**largest [5]** 9187/8
9209/5 9209/6 9209/9
9210/15
**Larry [1]** 9138/7
**last [12]** 9133/17
9137/9 9162/3 9165/6
9179/1 9186/5 9189/6
9189/11 9190/18
9192/24 9225/16
9228/6
**Late [1]** 9150/24

**later [2]** 9142/2
**latter [3]** 9228/9
**launch [3]** 9161/12
9163/4 9194/5
**launched [3]** 9148/14
9148/25 9154/13
**launching [1]** 9162/22
**LAW [1]** 9125/12
**lead [2]** 9151/9 9227/2
**leadership [2]** 9150/20
9150/21
**leading [4]** 9138/23
9140/6 9140/13
9188/21
**leads [12]** 9153/25
9160/14 9176/7 9176/9
9176/10 9176/11
9198/24 9200/8
9200/18 9201/23
9223/3 9236/19
**leapfrog [1]** 9193/23
**learn [1]** 9130/19
**learning [1]** 9248/4
**least [7]** 9135/7 9157/4
9162/19 9200/23
9231/14 9232/7 9249/8
**leave [1]** 9185/5
**led [1]** 9137/20
**left [18]** 9138/22
9140/18 9165/16
9166/14 9166/24
9167/4 9168/12
9171/11 9171/21
9172/2 9181/13
9192/16 9217/9 9218/7
9218/8 9220/7 9239/4
9244/16
**left-hand [4]** 9165/16
9167/4 9171/11 9172/2
**legend [2]** 9214/15
9218/3
**length [1]** 9184/17
**lengthy [1]** 9193/3
**less [10]** 9129/19
9153/24 9153/25
9203/1 9203/7 9206/8
9206/15 9206/17
9206/22 9231/7
**let [16]** 9148/11
9193/17 9207/8
9210/22 9212/12
9221/9 9222/21
9222/24 9224/14
9227/18 9231/22
9235/4 9242/13
9243/15 9243/19
9250/15
**let's [10]** 9128/14
9136/10 9166/8 9182/1
9182/2 9183/13 9211/4
9217/5 9217/12
9251/18
**let's see [1]** 9211/4
**level [6]** 9130/4
9144/10 9181/6 9200/1
9200/19 9206/24
**lift [1]** 9149/9
**light [1]** 9131/16

**like [56]** 9135/14
9141/3 9143/13
9145/14 9148/6
9148/15 9150/1
9150/12 9152/1 9152/6
9153/2 9153/11 9162/2
9162/21 9164/2
9169/21 9170/9
9177/25 9181/16
9182/18 9183/10
9184/5 9184/6 9185/22
9186/9 9186/18
9186/19 9186/21
9189/8 9189/20
9190/18 9190/18
9191/6 9192/1 9192/9
9195/24 9196/7 9197/5
9197/7 9201/11
9206/11 9208/15
9209/7 9209/18 9210/5
9211/4 9212/15 9213/4
9213/23 9214/16
9214/20 9216/5
9218/22 9220/13
9227/5 9228/4 9234/10
9239/6 9239/16
9240/1 9240/3 9243/8
9243/17 9244/22
9245/10 9249/9
9249/10
**likelihood [1]** 9230/5
**likely [2]** 9231/2
9231/4
**likes [1]** 9240/15
**limited [1]** 9202/15
**line [1]** 9202/4
**lines [2]** 9157/23
9201/9
**link [9]** 9147/10
9172/11 9172/11
9176/13 9179/17
9218/23 9219/10
9233/21 9250/12
**linked [1]** 9235/9
**LinkedIn [1]** 9208/8
**links [31]** 9147/4
9147/10 9147/11
9147/15 9163/18
9173/22 9174/11
9176/4 9177/1 9177/5
9198/5 9216/17
9216/19 9216/20
9216/20 9216/22
9216/23 9216/25
9217/1 9217/2 9218/16
9218/17 9223/11
9246/8 9246/10
9246/12 9246/15
9246/18 9246/23
9246/24 9248/25
**list [5]** 9172/3 9195/20
9195/20 9232/12
9232/13
**listed [1]** 9152/4
**listing [9]** 9168/12
9171/13 9171/15
9172/6 9173/9 9175/4
9179/8 9179/21

**L**

**listing... [1]** 9202/21
**listings [14]** 9165/15
9170/11 9171/14
9176/24 9177/7
9177/20 9178/20
9199/10 9219/6
9246/1 9246/19 9247/1
9186/23 9213/11
9223/14
**little [5]** 9161/6 9167/9
9186/23 9213/11
9223/14
**live [1]** 9134/5
**Liz [1]** 9142/1
**LLC [2]** 9124/6 9128/8
**LLP [3]** 9125/19 9126/3
9126/8
**local [3]** 9141/19
9141/20 9141/23
**located [2]** 9166/15
9166/18
**location [9]** 9167/15
9171/9 9197/15 9200/6
9200/6 9206/15
9206/20 9220/3
9245/22
**locations [1]** 9144/2
**lodging [4]** 9192/12
9192/17 9204/16
9208/10
**long [2]** 9139/25
9202/22
**longer [3]** 9192/12
9192/18 9203/21
**look [47]** 9135/5
9135/13 9139/13
9143/4 9144/11
9144/22 9165/8 9170/9
9171/4 9171/4 9171/9
9181/16 9182/18
9185/13 9185/19
9190/13 9190/13
9190/14 9192/17
9194/5 9197/23
9197/25 9198/4 9198/6
9198/9 9198/10
9199/20 9201/12
9209/13 9211/5
9212/12 9212/17
9218/1 9222/24
9224/14 9227/18
9228/1 9229/20
9229/21 9230/19
9230/22 9239/6
9240/19 9241/2 9241/6
9248/4 9249/10
**looked [8]** 9134/20
9135/6 9170/14 9172/3
9183/8 9188/21
9190/22 9212/22
**looking [50]** 9143/16
9148/8 9149/20
9149/23 9151/25
9152/25 9153/1 9157/1
9157/11 9158/12
9158/13 9161/17
9165/3 9172/1 9175/1
9175/8 9178/6 9178/18

9182/24 9184/12
9188/4 9188/15 9190/4
9190/8 9190/9 9191/21
9192/14 9193/6
9193/21 9193/22
9196/6 9196/8 9197/18
9197/20 9198/19
9198/20 9198/21
9198/24 9198/25
9199/2 9204/13
9205/23 9205/24
9232/10 9233/16
9233/20 9234/4
9241/22
**looks [6]** 9190/10
9196/15 9213/23
9214/13 9214/16
9228/4
**loosely [1]** 9216/2
**losing [1]** 9153/15
**lost [1]** 9225/19
**lot [35]** 9135/13
9143/10 9148/22
9149/12 9156/14
9160/23 9161/9 9162/3
9177/14 9177/14
9183/5 9188/23
9188/24 9189/5 9189/8
9189/20 9193/1 9193/4
9193/11 9193/13
9194/5 9194/10
9194/11 9201/3
9201/13 9203/11
9203/14 9203/19
9210/11 9223/12
9223/17 9232/20
9236/16 9240/12
9245/25
**lots [3]** 9152/13 9189/3
9200/4
**loud [1]** 9212/23
**love [2]** 9189/8
9193/14
**lower [1]** 9228/10
**loyalty [1]** 9225/7
**lunch [2]** 9251/18
9251/21
**lure [1]** 9249/23
**luxury [1]** 9165/10

**M**

**M-a-i-e-r [1]** 9136/22
**M-c-C-a-b-e [1]**
9128/20
**made [9]** 9132/22
9135/9 9148/21 9165/5
9181/1 9190/20
9193/25 9202/22
9239/23
**magic [1]** 9187/15
**Maier [4]** 9126/2
9136/19 9136/22
9195/3
**Maine [1]** 9126/3
**major [1]** 9202/14
**majority [1]** 9186/17
**make [34]** 9135/3

9159/24 9160/3
9160/23 9161/4
9162/20 9163/10
9164/15 9165/9
9165/13 9173/15
9176/9 9177/16
9186/16 9186/20
9193/10 9196/2
9198/10 9201/4 9201/5
9202/1 9202/10
9202/23 9213/12
9221/18 9225/18
9233/2 9233/6 9233/24
9235/10 9248/2
**makes [3]** 9221/20
9234/10 9242/19
**making [6]** 9139/10
9155/11 9163/5 9187/2
9192/5 9226/9
**management [8]**
9138/10 9138/23
9139/1 9140/6 9140/9
9140/13 9141/9 9159/8
**manager [6]** 9137/25
9138/7 9138/8 9138/16
9140/12 9140/23
**managers [7]** 9140/7
9140/17 9140/20
9140/25 9156/21
9158/10 9200/21
**manages [1]** 9141/23
**manipulate [1]** 9184/4
**many [31]** 9140/15
9143/21 9144/1 9144/8
9152/16 9152/16
9154/23 9159/8 9164/9
9164/14 9164/14
9165/19 9165/25
9169/9 9175/11
9175/11 9175/13
9186/10 9190/15
9190/16 9196/24
9197/1 9199/8 9203/18
9203/23 9227/10
9234/22 9236/14
9248/10 9248/14
9249/8
**map [8]** 9166/4 9166/5
9171/18 9171/19
9172/15 9172/16
9179/17 9244/16
**maps [1]** 9179/21
**marked [3]** 9150/3
9211/9 9213/16
**market [12]** 9143/2
9149/24 9151/21
9152/1 9154/15
9161/10 9166/17
9188/22 9201/11
9215/21 9216/3
9249/10
**marketing [6]** 9138/7
9138/11 9138/12
9198/2 9198/7 9199/3
**marketplace [1]**
9157/7
**Massachusetts [1]**

**massive [1]** 9186/3
**material [1]** 9135/3
**materials [2]** 9133/18
9160/23
**math [1]** 9209/24
**matter [3]** 9130/24
9189/25 9252/4
**mattered [1]** 9191/16
**matters [1]** 9133/2
**Matthew [2]** 9125/6
9207/11
**matthew.jones3 [1]**
9125/10
**maximize [2]** 9200/18
9201/19
**may [38]** 9140/2
9140/2 9141/5 9146/19
9146/20 9150/4 9150/5
9167/19 9173/14
9176/18 9176/18
9176/19 9182/16
9182/17 9183/24
9184/23 9190/12
9196/8 9198/20
9198/21 9207/14
9207/14 9209/15
9211/10 9215/14
9216/3 9219/9 9226/11
9230/5 9233/12
9233/12 9235/23
9237/25 9238/4
9238/13 9238/14
9246/6 9248/14
**maybe [15]** 9129/21
9166/24 9171/21
9179/24 9190/10
9191/12 9202/3
9202/11 9209/22
9224/10 9228/23
9230/4 9245/9 9248/4
9250/3
**Maynor [1]** 9136/21
**MBA [1]** 9137/19
**McCabe [2]** 9128/19
9129/11
**McCallister [1]**
9129/12
**McCallister's [3]**
9128/17 9128/22
9132/10
**McCormick [1]** 9178/9
**me [29]** 9133/2
9137/21 9138/9
9140/11 9148/11
9182/3 9189/6 9193/16
9193/17 9201/11
9207/17 9210/22
9212/12 9214/13
9219/5 9221/9 9222/21
9222/24 9224/14
9227/18 9227/20
9230/23 9231/22
9235/4 9242/13
9243/19 9245/21
9248/21 9250/15

**MEAGHER [1]** 9126/8
**mean [15]** 9135/5
9144/4 9150/12
9186/12 9187/19
9187/23 9191/19
9201/19 9210/18
9215/3 9219/23 9223/5
9227/15 9229/23
9233/8
**meaning [2]** 9175/17
9217/24
**means [2]** 9187/8
9226/1
**meant [7]** 9140/13
9150/19 9152/10
9152/12 9164/1
9227/13 9247/8
**mechanical [1]**
9126/16
**meeting [3]** 9151/3
9200/7
**meetings [3]** 9200/10
9211/22 9211/25
**meets [1]** 9133/10
**MEHTA [2]** 9124/9
9128/3
**mention [1]** 9189/7
**mentioned [8]** 9140/5
9141/4 9144/19
9169/12 9174/17
9192/10 9237/9
9246/25
**mentioning [2]**
9173/10 9216/3
**merged [1]** 9141/19
**merging [1]** 9155/19
**Merit [1]** 9126/12
**message [1]** 9157/21
**metasearch [19]**
9143/25 9144/5 9144/6
9151/25 9152/8 9153/5
9169/20 9175/16
9175/25 9178/3 9180/8
9191/2 9196/20 9197/2
9197/16 9198/21
9200/1 9220/5 9234/17
**metrics [1]** 9163/2
**middle [1]** 9172/5
**might [45]** 9157/14
9163/11 9165/13
9165/17 9165/20
9166/2 9166/19 9167/8
9170/9 9170/13
9170/14 9171/5
9179/22 9181/16
9182/14 9182/21
9182/24 9187/5
9187/12 9187/13
9191/23 9197/13
9197/16 9199/18
9204/12 9205/24
9216/4 9218/23 9219/1
9219/12 9220/13
9226/23 9229/17
9229/21 9230/15
9231/4 9232/11 9239/4
9243/25 9245/10

Case 1:20-cv-03010-APM Document 996 Filed 06/28/24 Page 143 of 154

**might... [5]** 9247/11
9247/23 9247/24
9247/25 9248/19
**millions [1]** 9188/5
**mind [5]** 9134/3
9134/23 9177/8
9189/25 9204/7
**mind-share [1]** 9204/7
**mindful [1]** 9132/3
**minds [1]** 9189/23
**minute [2]** 9209/18
9222/24
**minutes [2]** 9129/21
9222/18
**missing [2]** 9177/10
9209/22
**mission [4]** 9143/6
9143/8 9143/17
9143/18
**mobile [1]** 9203/12
**mode [1]** 9249/9
**model [2]** 9170/12
9206/11
**models [1]** 9170/17
**modern [1]** 9164/23
**modernization [1]** 9160/12
**module [26]** 9172/22
9173/4 9173/12 9174/7
9174/9 9174/12 9175/5
9177/5 9178/1 9180/3
9180/4 9180/6 9180/21
9180/23 9190/22
9190/25 9195/16
9196/16 9216/22
9217/2 9219/1 9219/9
9219/23 9229/9
9229/16 9232/10
**modules [1]** 9215/8
**moment [7]** 9187/5
9188/13 9229/17
9236/11 9242/4 9243/3
9248/13
**momentum [1]** 9156/3
**monetization [1]** 9174/18
**money [7]** 9198/1
9205/1 9230/20 9231/8
9231/9 9236/16
9236/22
**months [3]** 9138/11
9239/3 9239/20
**more [61]** 9129/4
9146/6 9154/16 9155/7
9155/8 9155/10
9157/16 9158/25
9158/25 9159/7 9159/9
9160/13 9160/24
9162/12 9162/12
9162/17 9163/14
9163/16 9164/23
9168/3 9168/18
9170/14 9172/1
9174/25 9175/6
9177/16 9177/18
9179/14 9184/8
9184/16 9186/9

**Mr. [5]** 9247/11
9189/22 9189/22
9197/6 9197/6 9201/4
9201/5 9202/15
9202/24 9206/1 9206/5
9206/8 9206/10
9206/21 9206/21
9206/21 9206/24
9226/12 9228/10
9228/10 9229/25
9230/4 9231/2 9231/4
9231/8 9232/7 9232/20
9248/4 9248/24
**morning [11]** 9124/7
9128/4 9128/6 9128/13
9128/18 9135/6
9135/22 9137/5 9137/6
9207/11 9243/22
**most [10]** 9153/9
9155/20 9156/3
9157/14 9160/9
9177/13 9186/15
9189/15 9194/4
9238/23
**mostly [2]** 9186/12
9194/4
**move [5]** 9135/14
9222/2 9237/17 9238/8
9249/11
**moved [3]** 9138/22
9141/14 9141/17
**moving [2]** 9239/10
9251/15
**Mr. [43]** 9129/11
9129/12 9131/11
9131/13 9131/24
9137/12 9147/3 9150/7
9164/20 9170/22
9178/8 9178/14
9180/24 9194/17
9195/5 9207/7 9207/14
9207/18 9208/4 9208/6
9209/18 9211/10
9212/20 9213/14
9214/15 9217/4 9222/8
9222/13 9223/16
9223/22 9224/13
9226/12 9227/11
9227/13 9227/16
9228/22 9233/4 9234/1
9235/18 9237/24
9251/1 9251/12
9251/20
**Mr. Holden [34]**
9131/13 9137/17
9147/3 9150/7 9164/20
9170/22 9178/8
9178/14 9180/24
9194/17 9195/5
9207/14 9208/4 9208/6
9209/18 9211/10
9212/20 9213/14
9214/15 9217/4
9222/13 9223/16
9223/22 9224/13
9226/12 9227/11
9227/13 9227/16
9233/4 9234/1 9235/18

9189/22 9189/22
9251/20
**Mr. McCabe [1]** 9129/11
**Mr. Sallet [6]** 9131/24
9207/7 9207/18 9222/8
9228/22 9251/12
**Mr. Schmidtlein [2]**
9129/12 9131/11
**Ms [1]** 9128/22
**Ms. [5]** 9128/17
9129/12 9132/10
9146/17 9195/3
**Ms. Fitzpatrick [1]**
9146/17
**Ms. Maier [1]** 9195/3
**Ms. McCallister [1]**
9129/12
**Ms. McCallister's [2]**
9128/17 9132/10
**much [10]** 9159/23
9179/16 9186/9 9201/9
9204/15 9206/24
9222/3 9228/10
9248/24 9249/5
**multi [1]** 9161/21
**multi-year [1]** 9161/21
**multicolored [1]**
9213/9
**multiple [1]** 9155/15
**my [17]** 9129/11
9133/7 9135/11
9138/22 9143/11
9185/4 9191/19 9200/8
9208/4 9213/1 9218/4
9221/20 9223/5
9224/21 9231/24
9232/2 9241/9
**my apologies [1]**
9223/5
**myself [1]** 9133/9

**N**

**name [10]** 9128/19
9137/7 9137/9 9176/25
9177/2 9208/4 9217/9
9245/1 9245/2 9247/6
**names [1]** 9220/2
**native [4]** 9203/12
9203/15 9203/20
9204/5
**natural [2]** 9202/5
9202/7
**nature [3]** 9154/16
9155/11 9162/17
**navigational [11]**
9147/8 9153/1 9178/18
9179/11 9180/6
9180/17 9180/20
9196/12 9216/21
9218/22 9229/8
**near [1]** 9225/18
**nearly [1]** 9188/7
**necessarily [5]** 9174/4
9229/23 9240/24
9247/7 9249/24
**necessity [1]** 9129/3
**need [15]** 9134/12

9143/12 9148/2
9162/14 9163/12
9190/5 9227/12
9227/14 9233/24
9240/19 9241/19
9242/20 9243/4
**needed [3]** 9156/14
9159/23 9161/4
**needs [3]** 9153/19
9164/1 9178/6
**negotiate [1]** 9130/16
**negotiated [1]** 9131/4
**negotiations [1]**
9133/5
**Neither [1]** 9245/10
**net [1]** 9216/22
**Network [1]** 9137/22
**never [2]** 9192/4
9192/6
**new [17]** 9125/20
9126/8 9128/16
9128/19 9141/7
9162/17 9164/3 9181/9
9181/16 9187/21
9187/22 9189/18
9201/12 9226/15
9226/18 9244/1 9244/8
**New York [8]** 9128/16
9162/17 9164/3
9181/9 9181/16
9187/22 9244/1 9244/8
**newer [1]** 9189/19
**next [13]** 9136/11
9136/12 9147/12
9151/5 9166/8 9171/20
9174/23 9183/13
9183/23 9218/12
9219/3 9228/2 9239/20
**nice [1]** 9200/23
**no [32]** 9124/4 9131/18
9135/24 9146/10
9174/14 9174/18
9174/19 9190/3
9191/18 9192/12
9192/17 9203/21
9207/6 9209/16 9215/4
9215/4 9215/11
9215/13 9216/2
9221/24 9223/8
9237/19 9238/12
9239/24 9240/21
9240/23 9244/24
9245/7 9248/9 9248/11
9251/14 9251/14
**non [2]** 9126/6 9219/6
**Non-Party [1]** 9126/6
**nonpaid [8]** 9216/15
9216/17 9221/8
9221/19 9244/16
9245/19 9246/1
9248/25
**nonpublic [1]** 9132/24
**nonstop [1]** 9186/1
**not [95]** 9130/12
9130/18 9131/25
9132/18 9132/22
9134/10 9136/7 9136/9

9149/25 9153/6
9153/9 9157/18
9163/20 9169/14
9169/24 9173/14
9174/1 9174/10
9176/13 9176/17
9176/18 9176/18
9177/9 9177/10
9178/24 9182/16
9182/22 9187/24
9188/9 9190/2 9191/6
9191/17 9192/7 9194/8
9194/17 9199/23
9200/23 9202/3
9202/12 9202/22
9204/22 9206/22
9207/8 9207/14
9209/21 9211/11
9212/23 9215/2
9215/16 9215/18
9217/6 9218/21
9219/11 9219/18
9222/3 9222/3 9223/17
9224/8 9224/8 9226/11
9228/23 9231/16
9233/12 9234/9 9237/5
9237/16 9238/8
9239/10 9241/13
9241/21 9242/1 9242/4
9242/10 9242/12
9242/17 9243/4 9243/4
9243/8 9243/9 9243/13
9243/24 9246/1
9246/21 9247/6 9247/9
9247/21 9247/24
9248/16 9248/19
9249/12 9249/16
9249/25 9251/9
9251/20
**note [7]** 9128/24
9146/15 9164/17
9178/10 9211/7
9212/17 9212/17
**nothing [2]** 9157/17
9170/17
**noticed [1]** 9145/23
**notified [1]** 9205/8
**notion [1]** 9226/8
**November [2]** 9124/5
9252/7
**now [28]** 9129/7
9133/6 9133/7 9134/21
9134/23 9141/23
9147/20 9154/17
9162/5 9166/21
9167/21 9183/18
9184/24 9194/12
9194/15 9199/19
9211/4 9214/20 9216/5
9216/9 9220/13 9222/3
9229/3 9238/4 9240/7
9244/7 9245/25
9246/25
**number [24]** 9140/6
9155/16 9155/18
9155/24 9155/25
9158/21 9159/17
9160/21 9165/7 9165/9

**N**

number... [14] 9171/16
9176/16 9179/22
9183/16 9184/20
9204/17 9208/9
9212/23 9213/21
9215/13 9218/7 9218/7
9222/10 9230/11
numbered [1] 9146/16
numbers [8] 9211/11
9212/6 9213/5 9216/6
9222/5 9230/10
9230/10 9230/10
NW [4] 9125/3 9125/8
9126/8 9126/14
NY [1] 9125/20

**O**

oath [1] 9136/15
object [1] 9128/21
objection [2] 9237/19
9238/12
objective [6] 9153/18
9160/7 9177/15
9182/15 9203/20
9227/1
objectively [1] 9143/16
objectives [1] 9161/25
observe [1] 9155/16
observed [1] 9150/8
observing [1] 9150/9
obtains [1] 9168/20
obviously [7] 9130/3
9130/14 9130/15
9130/18 9131/9
9132/14 9134/16
occasionally [1]
9212/1
occurring [1] 9147/20
October [1] 9146/24
off [7] 9135/25 9141/20
9141/21 9143/10
9172/14 9185/21
9203/3
offer [12] 9146/8
9155/9 9173/15
9185/11 9190/1
9190/23 9193/5 9195/5
9195/8 9197/10
9197/10 9245/11
offered [3] 9142/17
9238/18 9248/16
offering [23] 9139/9
9146/6 9146/11 9148/1
9154/21 9155/7 9156/9
9156/15 9157/4
9158/25 9159/3 9159/9
9159/19 9162/12
9192/16 9200/13
9202/19 9204/3
9204/10 9204/12
9239/10 9248/12
9248/14
offerings [4] 9149/3
9157/10 9158/24
9202/21
offers [9] 9144/8
9160/6 9172/23 9173/6
9193/11 9193/22
9244/24
office [1] 9200/22
Official [1] 9126/13
often [23] 9160/8
9163/19 9166/18
9169/7 9175/17
9177/13 9179/12
9179/22 9180/20
9190/16 9190/16
9193/3 9193/8 9194/6
9197/5 9200/17
9201/11 9204/5
9229/19 9230/4
9230/23 9234/21
9249/7
Oftentimes [1] 9213/14
oh [8] 9135/24 9136/1
9207/4 9224/10 9240/4
9248/3 9251/13
9251/17
okay [35] 9128/13
9129/22 9131/6
9131/10 9131/15
9132/2 9133/14 9135/4
9135/23 9151/15
9158/6 9169/11
9183/13 9184/10
9188/1 9194/14 9207/7
9211/13 9212/2 9216/8
9217/11 9217/21
9224/2 9224/12
9227/20 9229/12
9232/4 9232/5 9235/11
9235/14 9237/8
9239/11 9243/9
9251/14 9251/17
once [1] 9133/9
one [49] 9130/14
9133/15 9134/16
9137/21 9139/8 9144/8
9151/20 9155/22
9155/24 9157/6
9158/19 9160/6
9160/20 9160/21
9165/21 9166/20
9173/22 9176/12
9177/13 9181/19
9184/14 9185/6 9185/6
9186/1 9187/4 9198/14
9198/15 9198/23
9208/9 9208/14
9209/24 9210/15
9211/5 9212/12
9218/20 9219/17
9221/9 9224/11
9224/14 9225/10
9230/24 9231/14
9232/7 9245/5 9247/11
9248/6 9248/21
9250/12 9250/23
One's [1] 9145/9
ones [5] 9145/8
9153/11 9156/2
9177/25 9222/15
ongoing [3] 9164/9
9192/6 9200/20
9143/24 9144/9
9144/19 9144/21
9145/3 9145/6 9145/10
9145/13 9152/5 9153/3
9169/1 9169/12
9169/17 9175/16
9175/24 9178/3 9180/8
9186/25 9191/2
9196/20 9197/1
9199/25 9203/19
9208/24 9220/4
9241/12
only [3] 9218/20
9227/13 9239/9
open [5] 9131/14
9132/4 9132/5 9132/15
9242/3
openness [1] 9129/4
opportunities [1]
9201/12
opportunity [3]
9193/23 9201/20
9249/13
optimization [4]
9198/5 9199/2 9230/21
9236/21
optimized [1] 9206/4
option [2] 9185/25
9190/10
options [18] 9165/10
9173/2 9173/2 9173/8
9174/13 9174/25
9175/5 9175/6 9175/11
9175/12 9175/13
9177/3 9180/3 9180/3
9180/14 9181/16
9192/17 9247/25
opts [1] 9176/12
orangey [1] 9214/13
Orbitz [1] 9158/13
organic [32] 9142/13
9147/11 9147/22
9167/2 9167/10
9167/11 9167/13
9167/17 9167/18
9170/10 9170/12
9170/16 9171/14
9173/9 9173/13 9176/1
9176/24 9178/20
9198/5 9199/10
9200/13 9205/22
9218/13 9218/25
9219/4 9219/13
9220/25 9222/19
9222/19 9246/10
9246/15 9246/23
organically [4] 9170/8
9176/23 9202/21
9203/4
organization [5]
9140/11 9141/11
9141/15 9141/17
9145/11
organize [1] 9143/8
oriented [2] 9139/7
9203/13
origin [1] 9185/25
original [2] 9137/23
9240/1
originally [2] 9146/7
9240/2
OTA [4] 9204/24
9225/2 9245/10
9245/11
OTAs [10] 9151/23
9174/15 9174/19
9222/4 9222/6 9222/13
9225/11 9226/13
9244/25 9247/9
other [43] 9130/12
9130/19 9133/15
9134/6 9134/19
9135/10 9139/17
9143/19 9144/1
9144/25 9145/23
9155/25 9157/5
9161/13 9167/13
9169/6 9174/11
9176/14 9178/4 9184/5
9187/20 9192/8
9193/25 9196/24
9197/3 9197/9 9198/14
9198/18 9198/22
9199/6 9199/12 9200/9
9200/25 9216/9
9216/14 9226/8
9227/10 9230/24
9231/23 9236/22
9241/13 9244/3
9246/10
others [8] 9144/17
9156/12 9157/17
9158/15 9161/9
9169/21 9193/23
9234/11
our [63] 9131/19
9131/20 9138/16
9138/18 9139/3
9139/16 9141/15
9142/7 9142/12
9143/17 9145/15
9146/2 9148/1 9148/25
9149/7 9151/3 9153/18
9153/23 9154/1
9154/19 9155/6 9155/7
9157/15 9159/22
9160/9 9160/12
9167/17 9173/10
9175/23 9177/6 9177/7
9177/15 9178/2 9179/6
9180/14 9181/14
9182/15 9186/12
9188/23 9189/22
9190/17 9192/7
9193/21 9195/24
9195/25 9196/2 9196/3
9200/6 9200/11
9200/12 9200/16
9200/22 9201/23
9202/10 9202/19
9205/19 9206/11
9209/6 9209/9 9210/15
9225/14 9249/19
9251/18
ours [3] 9201/2
ourselves [1] 9134/24
out [38] 9135/9
9143/2 9146/14
9146/18 9154/12
9157/5 9159/6 9159/9
9159/22 9160/2 9160/5
9160/11 9161/22
9161/25 9162/12
9164/13 9167/9
9169/21 9174/11
9177/10 9178/24
9179/2 9183/5 9192/21
9202/13 9203/19
9204/3 9205/11 9206/5
9210/2 9212/23
9216/21 9217/1
9236/17 9239/2
9239/20 9240/2 9240/4
outbound [10] 9216/11
9217/18 9220/16
9220/21 9220/24
9221/14 9222/14
9222/22 9223/3
9223/11
outcompeted [1]
9206/25
outs [5] 9131/5 9133/3
outside [1] 9238/23
over [54] 9138/15
9138/22 9140/3
9145/21 9145/24
9149/9 9150/11
9152/22 9153/24
9154/1 9155/8 9156/6
9161/16 9162/3 9166/6
9166/12 9170/13
9170/15 9170/18
9174/3 9179/1 9181/1
9182/5 9184/21 9186/5
9189/6 9189/13
9190/5 9190/16
9194/1 9194/11 9198/3
9201/22 9202/3
9203/12 9203/22
9205/1 9206/1 9206/4
9206/12 9206/24
9226/7 9226/19 9227/3
9231/9 9231/23 9239/3
9239/20 9246/5 9248/9
9250/1 9250/4
overall [10] 9139/24
9143/7 9143/18 9153/7
9155/3 9186/14
9188/16 9189/10
9215/14 9217/24
overarching [1]
9157/19
overlaid [1] 9214/11
overriding [1] 9129/2
own [3] 9204/1
9219/24 9234/14
owns [2] 9145/9
9145/12

**P**

p.m [2] 9251/25

**P**

**p.m...** [1] 9251/25
**page [72]** 9147/8
9147/11 9147/21
9148/7 9148/16 9154/4
9158/2 9162/16 9163/7
9163/15 9166/22
9166/24 9167/1 9167/5
9167/8 9167/10
9167/12 9167/13
9167/16 9167/19
9167/20 9171/3
9171/20 9171/21
9172/5 9172/6 9174/11
9175/4 9175/7 9175/9
9178/9 9178/11
9178/15 9178/20
9178/20 9178/23
9180/7 9180/19
9180/22 9181/12
9183/9 9183/17
9195/18 9196/9
9196/12 9208/8
9208/12 9212/5 9212/7
9213/4 9215/22 9216/6
9216/15 9219/18
9219/19 9219/22
9220/14 9222/2 9222/2
9222/7 9224/24 9235/4
9235/7 9235/12
9237/18 9237/24
9238/6 9238/10 9246/4
9249/5 9250/18 9251/3
**page 10 [1]** 9213/4
**page 2 [1]** 9212/5
**page 6 [1]** 9220/14
**pages [7]** 9235/8
9235/9 9243/21
9248/24 9250/7
9250/12 9250/13
**paid [20]** 9142/8
9167/1 9170/17
9173/12 9174/11
9176/1 9201/23
9216/12 9216/16
9216/17 9216/24
9217/2 9219/6 9221/8
9221/18 9221/21
9223/10 9225/23
9236/20 9248/25
**panel [15]** 9172/7
9178/23 9179/7
9179/10 9179/15
9180/10 9195/18
9196/13 9216/24
9218/23 9219/22
9219/25 9220/1
9231/19 9250/14
**paragraph [4]** 9225/2
9228/6 9239/17
9239/18
**parameter [1]** 9188/4
**parking [1]** 9171/5
**part [11]** 9141/10
9151/23 9155/13
9156/19 9165/12
9166/16 9171/22
9175/10 9187/2

**partially [2]** 9211/7
9224/3
**particular [42]** 9129/17
9131/5 9133/2 9135/15
9147/8 9147/18
9151/23 9152/5 9152/9
9152/15 9153/1
9154/21 9155/3
9157/13 9168/11
9171/17 9172/7
9172/15 9173/14
9175/4 9176/12
9178/19 9179/14
9180/18 9181/11
9182/5 9185/24 9193/5
9193/15 9196/15
9197/18 9203/16
9212/14 9220/2 9220/3
9228/5 9232/10
9241/10 9248/9
9248/11 9249/11
9249/24
**particularly [6]** 9133/5
9157/8 9185/3 9191/7
9191/16 9226/15
**parties [10]** 9128/23
9132/17 9133/4
9158/20 9169/9
9169/23 9189/6 9191/1
9248/14 9248/25
**partly [1]** 9247/8
**partner [16]** 9142/20
9173/24 9174/1 9174/2
9174/14 9174/15
9176/5 9176/17
9176/21 9199/6 9223/2
9223/9 9233/21
9233/24 9236/12
9249/6
**partners [33]** 9139/10
9142/24 9148/3
9160/13 9162/14
9164/10 9172/22
9173/5 9173/14
9175/21 9175/23
9176/3 9176/12
9176/16 9180/7
9180/14 9180/22
9196/1 9196/3 9199/8
9200/3 9200/25
9201/16 9201/23
9203/22 9206/13
9206/17 9216/24
9217/18 9225/2 9225/5
9225/13 9227/10
**partnership [2]**
9199/22 9225/15
**partnerships [3]**
9161/11 9199/5
9199/24
**party [5]** 9126/6
9132/19 9132/23
9190/13 9201/19
**party's [1]** 9132/16
**pass [2]** 9146/14
9146/18
**passed [1]** 9173/24

**past [3]** 9140/22
9144/16 9163/18
9199/18 9205/25
9230/24
**PATTERSON [1]**
9125/18
**pause [1]** 9182/1
**payments [1]** 9141/16
**pbwt.com [1]** 9125/21
**people [13]** 9152/25
9187/17 9188/5 9189/4
9189/6 9204/5 9204/5
9231/12 9234/21
9236/10 9236/16
9236/23 9246/22
**per [4]** 9138/17
9218/10 9220/10
9230/12
**percent [4]** 9187/4
9188/7 9188/7 9214/6
**percentage [8]** 9214/5
9214/17 9216/10
9216/11 9217/14
9218/5 9218/6 9220/24
**Perfect [1]** 9136/2
**perform [1]** 9206/17
**performance [1]**
9201/8
**period [3]** 9147/12
9218/9 9233/22
**permutations [1]**
9187/10
**person [5]** 9137/21
9166/17 9193/10
9240/14 9240/14
**perspective [4]** 9146/3
9194/9 9229/24 9236/9
**Petitioner [1]** 9126/6
**phase [2]** 9239/2
9239/20
**phased [1]** 9240/4
**phasing [1]** 9240/2
**Philipp [4]** 9205/8
9205/9 9205/13 9207/3
**phone [1]** 9179/22
**photos [5]** 9159/25
9164/13 9172/20
9199/11 9245/23
**phrase [1]** 9228/15
**pick [2]** 9182/22
9182/23
**picking [1]** 9155/20
**picture [3]** 9184/17
9247/6 9247/24
**piece [1]** 9142/21
**pivot [3]** 9171/2
9182/25 9184/17
**pivoted [1]** 9184/24
**pivoting [1]** 9226/3
**pivots [1]** 9165/9
**place [7]** 9129/18
9144/8 9149/13 9160/7
9178/9 9199/20
9234/23
**placed [1]** 9136/15
**placement [1]** 9173/15
**places [10]** 9143/19
9143/21 9143/23

9195/15 9196/24
9197/5 9197/7 9241/6
**Plaintiff [2]** 9125/11
9128/11
**PLAINTIFF'S [1]**
9127/10
**Plaintiffs [8]** 9124/4
9125/2 9131/16 9136/7
9207/8 9207/10
9207/13 9207/17
**plaintiffs' [3]** 9135/8
9237/21 9238/15
**plan [6]** 9155/12
9159/12 9159/14
9160/15 9160/19
9239/20
**planned [1]** 9131/19
**plans [4]** 9151/3
9161/17 9161/18
9161/25
**platform [2]** 9141/10
9229/2
**platforms [2]** 9197/9
9198/18
**play [1]** 9181/17
**player [1]** 9203/15
**players [2]** 9169/6
9189/16
**please [12]** 9128/4
9136/14 9137/7 9137/9
9177/21 9194/17
9195/1 9222/3 9222/25
9227/25 9238/5
9245/21
**pleases [1]** 9207/13
**plenty [1]** 9174/10
**plugging [1]** 9204/18
**plus [8]** 9139/16
9148/16 9179/1
9185/25 9185/25
9186/5 9186/5 9187/4
**point [34]** 9138/25
9146/11 9146/12
9148/15 9149/3
9149/19 9151/1 9151/2
9151/16 9152/19
9153/14 9154/10
9155/1 9155/4 9155/23
9157/18 9158/7 9159/4
9168/2 9173/25
9181/11 9185/15
9190/20 9204/23
9210/21 9220/6
9221/11 9221/13
9221/25 9229/18
9236/8 9239/16 9248/5
9248/20
**pointed [1]** 9151/22
**points [2]** 9224/19
9243/23
**pool [4]** 9198/9
9198/23 9230/20
9250/24
**pop [1]** 9166/13
**portfolio [1]** 9197/24
9198/16
**portion [10]** 9129/20

9164/21 9173/4
9180/10 9213/20
9221/6 9221/15 9223/2
**portions [1]** 9167/1
**position [1]** 9134/24
**positions [3]** 9130/17
9134/21 9134/22
**positive [5]** 9189/2
9196/3 9198/12
9215/16 9236/20
**possible [12]** 9129/9
9161/5 9181/15
9186/17 9187/15
9196/3 9201/25
9215/16 9231/4 9231/6
9249/6 9249/20
**possibly [1]** 9129/24
**posting [1]** 9133/18
**potentially [1]** 9145/24
**practice [1]** 9133/8
**precise [2]** 9210/21
9211/11
**predicted [1]** 9206/14
**Prep [1]** 9224/19
**preparation [1]** 9228/1
**prepared [3]** 9150/23
**presence [1]** 9245/14
**present [5]** 9175/20
9175/25 9176/15
9189/22 9191/25
**presentation [13]**
9151/2 9151/6 9151/11
9151/17 9154/3 9154/4
9154/10 9155/5
9156/16 9156/19
9160/7 9164/5 9228/2
**presented [4]** 9143/16
9173/7 9173/16
9245/11
**presenting [2]** 9130/5
9144/8
**presently [1]** 9132/20
**president [2]** 9140/8
9141/8
**presiding [1]** 9128/3
**press [1]** 9134/22
**presumption [2]**
9129/4 9132/4
**pretty [3]** 9185/12
9190/19
**Prettyman [1]** 9126/13
**preview [1]** 9130/2
**previewed [1]** 9128/23
**previously [3]** 9132/22
9134/20 9238/18
**price [33]** 9166/7
9172/24 9174/13
9176/18 9181/22
9182/8 9183/8 9183/22
9184/12 9184/15
9184/15 9185/7
9185/15 9218/8 9220/8
9220/8 9231/24 9247/3
9247/4 9247/5 9247/7
9247/10 9247/13
9247/20 9248/1 9248/7
9248/8 9248/8 9248/10

**price... [4]** 9248/11
9248/12 9248/14
9248/15
**Priceline [3]** 9151/23
9152/6 9154/20
**prices [5]** 9160/5
9171/19 9177/9 9182/9
9247/1
**pricing [34]** 9142/23
9144/24 9148/5 9149/6
9160/4 9161/1 9166/4
9168/20 9171/17
9172/12 9173/11
9176/13 9181/23
9181/24 9182/14
9182/18 9183/6
9184/19 9184/22
9184/25 9185/19
9185/21 9187/3 9187/6
9187/9 9188/3 9188/7
9245/22 9246/6
9247/14 9247/23
9247/25 9248/5
9249/10
**primarily [4]** 9135/7
9142/18 9144/16
9205/15
**primary [3]** 9139/16
9142/16 9143/4
**Princeton [1]** 9137/18
**prior [6]** 9133/7
9137/16 9162/22
9223/25 9230/9
9236/25
**prioritize [1]** 9134/11
**probability [1]** 9230/1
**probably [9]** 9140/18
9140/24 9140/25
9145/19 9186/13
9187/7 9194/12 9213/6
9229/22
**problem [2]** 9193/9
9209/16
**proceed [1]** 9129/13
**proceeding [1]**
9209/23
**proceedings [5]**
9124/9 9126/16 9129/1
9133/14 9252/4
**process [8]** 9135/16
9161/21 9190/9
9190/12 9190/14
9190/15 9190/19
9193/7
**produce [1]** 9160/24
**produced [2]** 9126/16
9212/3
**product [67]** 9137/24
9137/25 9138/7
9138/11 9138/12
9138/15 9138/23
9139/1 9139/12 9140/5
9140/6 9140/9 9140/13
9140/14 9140/17
9140/20 9140/23
9140/25 9141/8 9142/1
9142/6 9142/7 9142/25

9148/20 9149/14
9150/21 9151/9
9151/10 9151/10
9155/10 9156/20
9156/21 9157/7
9158/10 9159/8
9160/14 9161/4 9161/8
9162/4 9163/20
9164/10 9164/15
9188/22 9189/4 9189/8
9192/3 9194/8 9200/11
9200/12 9200/14
9200/16 9200/19
9200/21 9201/1 9201/3
9201/10 9204/15
9224/22 9227/5 9228/2
9235/24 9236/7
9236/10 9236/13
9242/7
**products [31]** 9139/2
9139/3 9139/6 9139/8
9139/16 9139/18
9142/12 9142/13
9142/15 9143/5 9145/1
9149/15 9149/21
9149/24 9156/3 9157/2
9157/5 9192/10
9192/21 9195/5
9195/23 9195/24
9195/25 9196/2 9201/7
9201/8 9202/1 9202/8
9202/9 9202/13
9208/10
**profitability [2]** 9202/4
9210/20
**profitable [1]** 9210/14
**program [1]** 9138/17
**progress [3]** 9151/12
9154/6 9158/21
**prohibits [1]** 9128/25
**project [2]** 9138/8
9138/10
**prominence [1]**
9205/18
**promise [2]** 9193/11
9193/18
**promoted [3]** 9171/12
9195/19 9232/11
**properties [4]** 9192/13
9198/20 9199/1 9226/8
**property [8]** 9178/21
9180/16 9219/19
9235/8 9247/25 9250/7
9250/11 9250/13
**proposed [2]** 9128/17
9128/22
**proposing [1]** 9155/5
**proprietary [2]**
9132/18 9132/23
**protect [1]** 9129/3
**protected [1]** 9129/2
**Protection [1]** 9125/13
**provide [20]** 9144/13
9145/5 9163/16 9172/9
9175/22 9176/3
9176/13 9177/20
9179/8 9179/16

9179/18 9179/21
9179/25 9182/20
9201/25 9216/23
9221/7 9248/24
**provided [1]** 9134/4
**provider [5]** 9175/25
9191/3 9197/10
9199/17 9208/15
**providers [12]** 9143/25
9152/1 9152/8 9153/5
9169/20 9175/16
9178/3 9180/8 9196/20
9197/2 9198/21 9220/5
**provides [2]** 9178/20
9199/7
**providing [3]** 9134/15
9176/16 9177/25
**provisions [1]** 9131/4
9132/21
**PSSR [2]** 9224/19
9224/21
**PSX1247 [2]** 9237/15
9237/21
**PSX1258 [2]** 9238/5
9238/15
**PSX1268 [1]** 9239/6
**PSX299 [2]** 9223/22
9224/5
**PSX385 [1]** 9227/11
**PSX524 [1]** 9211/5
**PSX907 [1]** 9243/18
**public [13]** 9128/25
9131/20 9132/22
9133/13 9133/15
9133/18 9135/10
9135/11 9135/14
9202/23 9203/6 9226/2
9237/17
**publicly [3]** 9130/19
9225/6 9238/6
**pull [1]** 9224/25
**pulling [1]** 9226/4
**punch [1]** 9187/22
**purchase [6]** 9173/19
9177/12 9210/9 9210/9
9225/11 9230/1
**purchased [2]** 9180/15
9232/25
**purchasers [2]** 9210/6
9210/7
**purchasing [2]** 9173/5
9177/15
**purely [3]** 9170/16
9202/20 9203/4
**purpose [5]** 9150/25
9162/24 9195/22
9235/6 9240/23
9248/22
**purposes [2]** 9132/13
9233/8
**put [4]** 9133/10
9186/10 9219/23
9238/4
**puts [2]** 9184/3
9221/23
**putting [1]** 9158/10

**Q**

**qualified [4]** 9160/14
9200/18 9228/10
9230/1
**quality [3]** 9164/11
9186/15 9192/4
**queries [51]** 9139/22
9145/18 9145/21
9145/22 9146/9 9150/8
9150/11 9152/14
9152/20 9152/23
9152/24 9153/7 9153/9
9153/10 9153/10
9153/11 9153/16
9153/17 9153/17
9153/19 9153/23
9155/16 9155/21
9162/16 9163/24
9163/25 9180/20
9187/20 9187/25
9188/10 9197/10
9197/13 9213/24
9214/2 9214/4 9214/6
9214/7 9215/23 9216/1
9216/12 9220/16
9220/16 9220/21
9220/24 9221/8
9221/21 9221/22
9229/8 9234/24 9237/2
9237/5
**query [35]** 9147/8
9150/12 9153/1 9153/3
9153/4 9165/1 9167/5
9170/19 9171/8 9178/9
9178/16 9178/18
9179/11 9180/6
9180/15 9180/17
9180/18 9181/8 9196/5
9196/7 9196/12
9197/14 9216/21
9218/22 9220/2 9232/6
9232/16 9232/17
9234/8 9235/1 9235/1
9236/3 9236/18 9244/7
9249/14
**question [28]** 9135/7
9148/11 9159/20
9162/18 9164/2
9168/23 9170/6
9182/16 9191/4
9213/19 9215/4
9221/16 9232/2 9233/2
9235/5 9236/25 9237/7
9241/9 9241/13
9241/21 9242/12
9242/22 9243/8
9243/13 9249/8
9249/20 9249/24
9251/2
**questions [14]**
9131/25 9145/25
9146/4 9163/21
9168/18 9207/6
9207/15 9211/10
9224/19 9235/6
9243/15 9243/17
9243/20 9243/24
**Questions/Discussion
[1]** 9224/19

**[2]** 9166/14
9185/4
**quickly [12]** 9135/14
9143/12 9165/12
9171/7 9182/16
9182/24 9184/7 9186/3
9187/23 9205/18
9227/18 9235/19
**quite [3]** 9182/16
9228/11 9243/8

**R**

**raise [1]** 9136/14
**raised [2]** 9135/7
9204/25
**Ralph [1]** 9125/14
**ran [1]** 9244/10
**range [10]** 9157/2
9157/12 9171/1
9175/15 9175/16
9191/1 9214/2 9241/2
9248/5 9249/11
**ranked [1]** 9170/8
**ranking [3]** 9167/18
9170/10 9170/16
**rapidly [1]** 9193/23
**rate [2]** 9206/13
9230/15
**rated [1]** 9165/10
**rates [2]** 9206/12
9206/14
**rather [1]** 9185/5
**rating [2]** 9165/22
9171/16 9172/10
**ratings [1]** 9165/19
**ratio [3]** 9140/20
9140/24 9140/24
**raw [1]** 9160/23
**re [3]** 9182/10 9193/7
9249/21
**re-engages [1]**
9249/21
**re-engaging [1]** 9193/7
**re-render [1]** 9182/10
**reach [2]** 9160/13
9226/24
**reaches [1]** 9231/12
**read [7]** 9213/11
9213/12 9217/6 9217/7
9218/3 9221/9 9225/1
**reading [2]** 9221/20
9225/12
**ready [3]** 9136/18
9140/10 9195/3
**real [2]** 9135/3 9248/12
**really [8]** 9135/11
9139/20 9139/21
9182/15 9188/8
9191/24 9241/21
9242/12
**Realtime [1]** 9126/12
**reason [2]** 9138/1
9153/24 9160/18
**reasons [2]** 9137/21
9248/21
**recall [7]** 9138/24
9204/25 9205/2
9215/18 9230/13

9270

**R**

recall... [2] 9239/5
9245/19
received [2] 9237/21
9238/15
recent [1] 9141/11
recently [2] 9141/7
9226/23
recess [4] 9194/22
9194/23 9251/24
9251/25
recognize [2] 9145/19
9150/15
recognized [2] 9148/8
9158/23
recollection [2]
9239/10 9239/22
record [11] 9128/19
9130/23 9133/10
9135/11 9137/7
9146/15 9146/21
9164/17 9209/23
9243/15 9252/3
recorded [1] 9126/16
RECROSS [1] 9127/4
red [5] 9147/25 9167/9
9172/17 9178/11
9181/12
redacted [11] 9131/20
9211/8 9213/14 9214/5
9216/5 9216/11
9220/23 9221/6
9221/14 9222/3 9224/3
redaction [1] 9214/12
redactions [2] 9213/7
9220/20
REDIRECT [1] 9127/4
reduce [1] 9177/15
reduced [1] 9203/1
refer [3] 9139/6
9208/15 9229/3
reference [2] 9215/22
9225/1
referred [5] 9164/8
9195/17 9212/19
9215/5 9240/2
referring [9] 9139/6
9198/17 9199/25
9205/17 9215/15
9220/10 9229/1
9239/24 9240/1
refers [5] 9139/7
9214/14 9214/16
9225/10 9228/18
reflect [2] 9182/3
9243/15
reflected [9] 9147/5
9157/9 9162/9 9162/22
9163/5 9164/21
9171/22 9172/17
9183/14
reflects [1] 9166/9
refresh [1] 9239/10
refreshing [1] 9187/11
Regency [1] 9178/9
regional [1] 9154/16
regions [1] 9238/23
Registered [1] 9126/12

regularly [2] 9130/22
9211/24
Reid [1] 9142/1
relate [3] 9134/6
9139/18 9142/8
related [31] 9133/16
9142/5 9142/12
9142/15 9143/20
9144/7 9145/22 9146/9
9147/16 9149/3
9150/11 9151/5
9152/23 9152/24
9153/6 9153/17 9157/8
9159/20 9165/1 9172/1
9172/9 9178/6 9178/21
9191/6 9191/17
9191/23 9192/24
9214/3 9216/12
9220/24 9237/5
relates [2] 9134/5
9175/20
relating [3] 9138/20
9142/4 9158/17
relation [2] 9166/19
9166/19
relationship [4] 9145/4
9201/16 9201/18
9202/15
relationships [2]
9148/3 9199/5
relative [1] 9158/20
relatively [1] 9129/19
relevance [1] 9153/15
relevancy [1] 9170/19
relevant [6] 9153/25
9170/13 9201/22
9203/15 9206/22
9248/20
rely [2] 9203/1 9225/23
remain [1] 9133/12
remaining [1] 9239/2
remember [3] 9140/7
9205/16 9212/14
remembering [1]
9237/7
render [1] 9182/10
rental [8] 9144/23
9192/13 9202/19
9203/4 9204/1 9204/6
9204/13 9204/21
rentals [1] 9192/19
renumbered [1]
9146/16
repeat [2] 9221/16
9233/2
replacement [1]
9225/19
report [1] 9142/1
reported [1] 9140/11
reporter [6] 9126/11
9126/12 9126/12
9126/13 9128/19
9137/10
represent [5] 9148/15
9162/15 9212/3 9214/6
9244/10
representation [1]
9200/10

representations [1]
9131/17
representative [8]
9128/15 9247/4 9247/5
9247/10 9247/12
9248/1 9248/8 9248/22
representing [2]
9247/9 9247/10
represents [1] 9159/1
require [1] 9134/13
required [1] 9129/6
requires [3] 9186/4
9187/7 9187/16
research [4] 9205/12
9205/14 9241/12
9241/14
reservation [1]
9233/25
reservations [1]
9139/11
reserve [4] 9145/2
9190/19 9245/9
9245/10
resources [7] 9152/13
9152/16 9156/13
9159/8 9160/2 9164/9
9179/1
respect [1] 9132/10
respectfully [1]
9128/21
respects [1] 9130/21
respond [1] 9135/1
response [14] 9133/20
9133/21 9134/1 9134/2
9134/15 9135/12
9163/24 9196/5 9205/4
9205/6 9205/13 9216/1
9220/1 9232/16
responsibility [1]
9138/13
responsible [2]
9142/11 9151/9
responsive [1] 9244/7
responsiveness [1]
9186/16
rest [3] 9141/1 9141/2
9239/25
restaurant [1] 9170/9
restaurants [2]
9166/20 9179/5
result [9] 9152/18
9187/12 9191/8
9191/17 9204/22
9205/25 9206/11
9206/23 9228/11
results [56] 9142/5
9142/9 9142/16
9142/17 9145/17
9146/8 9147/8 9148/7
9148/16 9160/9
9160/10 9162/16
9163/7 9166/22 9167/1
9167/1 9167/2 9167/2
9167/4 9167/13
9167/16 9171/3 9178/8
9178/15 9178/19
9180/7 9180/19
9180/22 9181/21

representations [to]
9187/23 9188/25
9194/1 9195/18 9196/9
9196/12 9199/7
9201/21 9205/22
9205/23 9206/1 9206/2
9206/3 9206/16
9216/15 9218/15
9219/18 9219/22
9229/4 9235/4 9235/7
9235/12 9243/21
9249/5 9249/19
resume [2] 9194/16
9251/19
retain [2] 9226/19
9226/20
return [5] 9176/9
9185/14 9186/2
9198/12 9234/1
revealed [1] 9130/19
revenue [24] 9173/20
9173/21 9173/25
9174/6 9210/19
9210/23 9210/24
9212/24 9213/16
9213/21 9214/6
9214/17 9215/13
9225/8 9225/10
9225/14 9225/20
9237/2 9237/4 9250/16
9250/21 9250/22
9251/5 9251/9
reverse [1] 9231/9
review [10] 9133/8
9135/6 9144/25 9148/6
9150/19 9150/19
9151/1 9165/18
9165/22 9224/22
reviews [9] 9160/1
9164/14 9165/18
9165/20 9165/20
9171/16 9171/16
9199/11 9245/23
rich [1] 9162/19
Richard [5] 9136/13
9137/2 9137/8 9212/18
9212/19
richer [4] 9155/7
9159/23 9204/15
9246/5
richness [1] 9157/6
right [60] 9128/14
9129/10 9131/10
9131/15 9132/3
9133/15 9134/9
9134/25 9135/5
9135/24 9136/1 9136/2
9136/3 9136/5 9136/10
9136/14 9136/17
9136/21 9141/5
9159/25 9163/2 9166/4
9168/7 9170/20
9172/14 9175/10
9178/10 9178/12
9178/15 9178/22
9179/15 9194/15
9194/15 9195/3
9209/25 9210/3

9213/8
9213/17 9213/25
9214/15 9218/3 9220/1
9222/18 9222/19
9228/25 9233/6
9233/15 9236/9
9236/11 9237/14
9242/8 9242/20
9243/16 9244/17
9245/5 9245/14
9245/24 9246/16
9248/15
right-hand [6] 9172/14
9175/10 9178/10
9178/15 9213/8
9214/15
rise [4] 9128/2 9194/21
9194/24 9251/23
rising [1] 9205/18
RMR [2] 9252/2 9252/8
Robert [1] 9125/6
robust [1] 9159/3
robustness [1]
9184/14
ROI [9] 9160/14 9196/2
9198/14 9198/25
9198/25 9230/7
9230/25 9231/7
9236/20
role [9] 9138/20
9138/22 9140/12
9141/7 9141/20
9141/21 9142/4 9142/8
9141/21 9142/4 9142/8
roll [5] 9151/8 9166/6
9166/12 9182/5
9184/21
rollover [1] 9166/9
room [4] 9145/2
9172/25 9233/17
9245/6
Rosenberg [1] 9137/23
round [2] 9181/19
routinely [1] 9187/21
routing [1] 9182/13
rows [1] 9156/25
rudimentary [1]
9158/24
rule [4] 9129/4 9135/22
9135/22 9136/2
ruled [1] 9128/24
ruling [1] 9134/13
Ryan [1] 9126/7
ryan.travers [1]
9126/10

**S**

said [12] 9131/12
9133/7 9138/10
9171/25 9183/15
9205/11 9208/8 9210/6
9219/4 9223/24 9224/5
9231/1
sake [1] 9231/11
sale [2] 9231/3 9237/3
sales [5] 9150/20
9200/10 9205/10
9224/22 9228/2

**Sallet [9]** 9125/12 9128/10 9131/24 9207/7 9207/18 9208/4 9222/8 9228/22 9251/12

**same [19]** 9135/13 9170/10 9179/9 9180/4 9180/4 9194/8 9204/14 9206/15 9206/20 9206/24 9211/12 9214/12 9222/17 9231/16 9234/13 9248/10 9248/14 9250/22 9251/10

**satisfied [1]** 9250/2

**satisfy [2]** 9133/9 9190/5

**save [1]** 9179/20

**saw [4]** 9171/2 9175/4 9229/8 9230/10

**say [39]** 9139/21 9139/24 9144/10 9176/22 9187/19 9189/12 9189/20 9191/5 9191/9 9191/14 9192/24 9193/16 9194/4 9194/7 9201/11 9201/17 9202/15 9209/14 9210/22 9212/23 9218/13 9218/20 9221/23 9222/4 9222/21 9225/11 9227/6 9227/13 9233/8 9234/12 9235/17 9235/22 9239/3 9240/21 9243/19 9243/25 9248/3 9248/11 9250/20

**saying [6]** 9155/15 9215/13 9215/16 9221/6 9223/8 9225/13

**says [14]** 9152/19 9175/6 9180/2 9180/13 9212/18 9215/23 9216/12 9221/4 9221/7 9221/12 9225/16 9228/7 9238/25 9239/18

**Schindler [2]** 9205/8 9205/9

**Schmidtlein [4]** 9126/2 9128/12 9129/12 9131/11

**school [1]** 9137/23

**scope [2]** 9131/3 9133/3

**score [3]** 9165/18 9165/20 9165/22

**screen [3]** 9185/21 9213/15 9224/25

**screenshot [1]** 9147/7

**scroll [5]** 9167/8 9175/9 9175/9 9184/21 9185/20

**sealing [2]** 9128/17 9128/22

**search [34]** 9211/24 9212/15 9232/11 9243/21

**search-results [12]** 9167/4 9167/16 9171/3 9178/8 9178/15 9178/19 9180/7 9180/22 9183/9 9196/12 9219/22 9235/12

**searches [3]** 9191/6 9197/20 9234/5

**searching [3]** 9159/21 9170/4 9197/19

**seated [2]** 9128/5 9195/1

**second [13]** 9138/1 9152/19 9161/3 9187/21 9206/7 9210/1 9212/7 9212/12 9221/9 9224/14 9225/5 9226/22 9239/18

**Secondary [1]** 9153/21

**Secondly [1]** 9159/22

**section [9]** 9125/13 9173/8 9173/12 9173/13 9173/23 9174/14 9174/15 9180/13 9221/9

**see [63]** 9131/21 9157/15 9158/3 9158/5 9158/21 9163/1 9165/15 9165/24 9167/6 9167/12 9168/14 9171/1 9171/6 9171/6 9171/10 9171/16 9172/2 9175/10 9175/15 9175/17 9178/13 9179/18 9181/23 9182/12 9183/21 9184/8 9184/10 9184/18 9184/22 9185/16 9188/11 9193/8 9196/16 9197/1 9209/22 9211/4 9211/8 9211/16 9212/6 9212/9 9213/7 9213/10 9213/15 9213/17 9215/22 9217/8 9219/25 9220/16 9220/20 9222/5 9222/13 9225/2 9225/5 9225/8 9225/20 9228/13 9231/16 9232/18 9232/20 9240/24 9246/6 9249/17 9250/18

**seeing [8]** 9147/25 9149/22 9150/10 9152/24 9155/21 9156/5 9160/6 9180/5

**seek [2]** 9235/23 9242/5

**seeking [3]** 9169/24 9207/9 9236/23

**seem [1]** 9185/22

**seemed [1]** 9156/2

**seems [2]** 9212/15 9224/16

**seen [98]** 9212/15 9232/16

**sees [3]** 9191/1 9232/15 9232/16

**segment [3]** 9191/20 9214/18 9215/19

**segments [2]** 9155/22 9165/12

**selection [3]** 9171/7 9172/20 9197/15

**sell [1]** 9251/5

**semiannual [1]** 9200/5

**senior [1]** 9200/8

**sense [13]** 9149/15 9149/19 9152/13 9154/11 9160/20 9165/17 9166/2 9166/17 9182/13 9185/4 9192/2 9235/10 9247/12

**sensitive [4]** 9130/9 9131/8 9134/17 9134/18

**sent [1]** 9227/16

**sentence [3]** 9220/23 9228/5 9228/6

**SEO [1]** 9206/3

**September [1]** 9238/21

**Sergey [1]** 9138/7

**SERP [31]** 9168/6 9170/5 9184/15 9210/7 9215/6 9215/12 9216/1 9219/7 9219/24 9226/25 9228/25 9229/9 9229/9 9230/2 9231/13 9231/17 9232/7 9232/15 9232/20 9233/16 9236/10 9241/20 9242/10 9243/17 9244/7 9244/20 9248/17 9249/6 9250/8 9250/13 9250/22

**SERPS [1]** 9243/20

**serve [1]** 9153/19

**served [2]** 9178/6 9196/5

**service [5]** 9235/24 9236/7 9236/13 9238/18 9247/20

**services [3]** 9147/18 9196/2 9208/16

**session [13]** 9124/7 9129/9 9129/16 9130/3 9131/20 9131/22 9132/4 9132/10 9132/13 9132/24 9133/6 9133/9 9194/25 9213/7

**sessions [5]** 9132/5 9132/7 9190/16 9193/8 9243/22

**set [26]** 9135/16 9139/7 9145/9 9145/20 9147/10 9152/14 9156/22 9156/25 9158/9 9158/12 9158/14 9159/6 9159/7

**seen [98]** (continued)
**shall [1]** 9161/13 9161/25
9171/10 9171/13
9193/15 9193/16
9198/1 9212/18 9233/4
9241/20 9243/23

**sets [2]** 9196/22
9230/6

**setting [2]** 9169/2
9185/16

**settings [1]** 9130/12

**shading [1]** 9223/15

**shape [1]** 9226/2

**share [8]** 9172/12
9176/6 9176/7 9176/17
9176/22 9204/7
9222/21 9225/7

**shared [1]** 9207/2

**sharing [4]** 9176/10
9176/10 9203/4
9204/22

**she [1]** 9241/19

**shift [7]** 9198/13
9226/7 9230/7 9230/23
9230/24 9231/8 9231/9

**shifted [1]** 9138/15

**shopping [8]** 9141/16
9154/13 9155/24
9156/2 9177/19
9182/17 9183/19
9208/16

**short [6]** 9129/9
9129/16 9129/19
9132/10 9149/16
9156/14

**shortcomings [1]**
9149/2

**shorthand [1]** 9214/8

**should [7]** 9143/14
9168/5 9206/17
9208/22 9209/15
9214/21 9223/24

**show [24]** 9150/1
9167/19 9172/22
9174/15 9176/4
9176/20 9176/23
9176/23 9180/6
9180/15 9180/18
9180/22 9182/6 9184/3
9184/4 9199/9 9199/10
9206/15 9206/20
9213/13 9215/25
9227/2 9243/25 9250/1

**showed [1]** 9168/5

**showing [8]** 9152/22
9158/14 9164/5
9166/12 9175/2
9184/25 9196/11
9213/7

**shown [5]** 9168/3
9185/9 9232/18 9237/6
9247/3

**shows [13]** 9147/9
9147/14 9156/22
9167/19 9174/24
9177/22 9185/14
9193/18 9217/14
9217/17 9217/18

**side [20]** 9149/6
9150/20 9150/21
9165/16 9166/24
9167/4 9171/1
9171/21 9172/3
9172/14 9175/10
9178/11 9178/12
9178/15 9178/22
9206/9 9213/8 9214/15
9236/20 9236/21

**signal [1]** 9234/19

**significance [1]**
9153/13

**significant [6]** 9189/15
9222/21 9223/2 9223/8
9223/10 9223/18

**similar [6]** 9139/12
9143/7 9154/3 9154/11
9160/20 9171/2

**similarly [1]** 9158/9

**simply [2]** 9132/18
9251/4

**since [4]** 9164/4
9164/5 9165/5 9203/6

**sir [2]** 9194/19 9224/7

**site [5]** 9173/24 9174/1
9191/24 9232/25
9233/9

**sites [3]** 9166/19
9198/22 9234/14
9234/22 9236/14
9236/23

**sitting [1]** 9192/8

**situation [1]** 9154/11

**six [1]** 9132/14

**SKADDEN [1]** 9126/7

**skadden.com [1]**
9126/10

**Skyscanner [3]**
9154/17 9155/2 9161/9

**SLATE [1]** 9126/7

**slice [1]** 9139/20

**slide [34]** 9146/21
9151/11 9151/12
9151/17 9152/4
9152/19 9154/3 9154/5
9156/16 9156/17
9158/3 9159/11
9159/12 9160/18
9162/6 9164/16 9166/8
9166/21 9168/16
9171/20 9174/23
9175/1 9175/2 9177/21
9178/7 9181/3 9182/2
9183/13 9183/23
9184/13 9185/9
9188/12 9213/8
9214/15

**Slide 2 [1]** 9146/21

**slightly [1]** 9199/4

**slower [1]** 9153/9

**small [5]** 9138/2
9143/25 9166/23
9174/17 9190/19

**smaller [2]** 9223/19
9223/20

**smoothness [1]**

smoothness... [1] 9226/3

so [187]

so I think [1] 9135/11

so it's [5] 9132/18 9139/23 9194/15 9226/21 9234/2

so this is [9] 9162/8 9164/25 9171/24 9173/5 9175/3 9177/22 9179/9 9213/19 9248/1

software [6] 9140/14 9140/17 9140/21 9140/23 9141/1 9187/17

some [53] 9130/7 9130/13 9130/20 9130/21 9131/3 9135/9 9139/17 9143/23 9144/13 9145/5 9146/6 9154/16 9155/20 9157/16 9157/16 9158/20 9158/24 9161/15 9165/4 9165/24 9168/5 9173/14 9183/1 9183/6 9193/11 9193/23 9201/7 9201/12 9203/7 9207/4 9209/1 9209/3 9209/5 9209/5 9209/9 9211/8 9222/6 9222/13 9234/6 9234/25 9236/2 9236/17 9243/20 9243/22 9243/23 9243/23 9246/4 9246/4 9246/6 9246/8 9248/16 9248/25 9248/25

somebody [9] 9148/17 9171/4 9173/22 9174/12 9182/22 9226/24 9235/19 9248/12 9249/12

someone [1] 9226/22

someplace [1] 9233/18

something [22] 9134/5 9135/16 9141/3 9147/14 9148/15 9153/2 9163/1 9168/21 9170/10 9177/10 9177/18 9187/12 9190/13 9191/6 9191/17 9212/15 9233/4 9233/22 9237/10 9244/1 9249/7 9249/23

sometimes [4] 9202/9 9210/21 9216/2 9227/4

sorry [24] 9150/25 9173/18 9182/1 9183/24 9209/15 9212/12 9215/2 9216/16 9217/17 9218/3 9221/3 9222/7 9223/7 9224/5 9224/10 9224/12 9227/12 9227/13 9228/22 9233/2 9235/18

9251/19

sort [7] 9139/5 9140/23 9155/19 9157/19 9159/2 9162/11 9226/5

sought [1] 9132/9

sounds [1] 9243/7

source [3] 9225/19 9248/7 9248/9

sources [2] 9217/15 9217/19

space [30] 9143/2 9152/3 9156/9 9157/18 9161/6 9161/16 9178/2 9181/15 9185/24 9189/25 9191/15 9192/9 9192/10 9192/12 9192/14 9192/23 9193/24 9194/3 9195/6 9195/9 9195/10 9201/14 9203/15 9203/16 9204/2 9204/8 9204/8 9204/13 9204/14 9215/14

spaces [1] 9158/24

speaking [3] 9198/19 9214/10 9228/16

specialized [5] 9142/4 9142/9 9142/17 9146/8 9208/15

specializing [1] 9239/14

specific [8] 9139/7 9139/22 9144/11 9178/25 9222/14 9245/2 9251/1 9251/6

specifically [3] 9129/16 9221/7 9239/5

specifics [1] 9130/25

spectrum [1] 9192/17

speculation [1] 9129/5

spell [1] 9137/9

spelled [1] 9128/20

spend [14] 9189/21 9198/10 9198/13 9198/21 9198/22 9200/15 9201/13 9203/2 9206/24 9230/23 9230/24 9236/16 9236/22 9240/12

spending [5] 9197/7 9198/1 9198/24 9205/1 9230/20

spent [1] 9243/14

spoke [1] 9187/10

sponsored [7] 9167/7 9171/12 9173/2 9173/4 9173/23 9180/2 9180/13

spotted [1] 9219/1

stage [4] 9162/9 9189/19 9190/18 9212/18

stages [4] 9148/18 9148/20 9149/11 9162/11

9201/17

standard [1] 9196/9

standards [1] 9133/10

standpoint [2] 9163/3 9202/5

stands [3] 9194/21 9224/21 9251/23

Stanford [1] 9137/19

star [4] 9165/19 9165/22 9171/4 9171/16

stare [1] 9227/14

start [3] 9148/1 9163/16 9192/16

started [15] 9128/14 9136/6 9138/17 9145/19 9146/5 9147/17 9148/1 9148/5 9148/7 9155/15 9155/23 9158/23 9161/21 9162/15 9163/21

starting [6] 9145/21 9145/25 9148/9 9149/8 9162/12 9163/22

state [8] 9125/12 9130/23 9137/7 9145/17 9148/13 9157/10 9207/13 9208/5

statement [3] 9152/10 9202/23 9239/20

states [8] 9124/1 9124/3 9124/10 9128/7 9128/11 9133/16 9238/21 9238/23

static [1] 9185/16

status [2] 9182/21 9182/23

stay [7] 9163/11 9182/6 9182/6 9182/7 9186/1 9201/22 9248/19

staying [2] 9172/23 9179/25

stays [1] 9165/11

stems [1] 9179/9

stenography [1] 9126/16

step [4] 9167/22 9231/14 9232/7 9232/9

steps [1] 9204/16

stick [1] 9250/15

still [3] 9174/7 9192/8 9229/2

stop [2] 9181/20 9181/20

storing [1] 9187/8

strategic [3] 9130/7 9130/17 9133/4

strategy [8] 9142/4 9142/7 9151/10 9155/13 9155/14 9203/18 9224/22 9228/2

streamline [1] 9193/11

Street [1] 9125/3

stress [2] 9177/14 9177/16

Strike [1] 9235/4

strong [11] 9151/20 9152/11 9152/12 9152/24 9153/3 9153/4 9153/6 9154/12 9154/14 9154/25 9202/18

structured [6] 9148/2 9162/13 9163/14 9168/19 9193/20 9228/10

structuring [1] 9179/3

studies [1] 9189/5

study [1] 9249/25

sub [1] 9221/13

sub-bullet [1] 9221/13

subheading [1] 9220/20

subject [2] 9130/24 9133/2

submission [3] 9135/3 9135/8 9135/8

submit [1] 9246/22

substantial [1] 9225/19

substantially [1] 9226/4

subvertical [3] 9143/4 9217/7 9217/15

such [12] 9151/23 9165/10 9169/18 9169/18 9172/5 9180/7 9186/16 9189/16 9189/19 9215/8 9227/3 9239/22

suggest [1] 9159/16

suite [3] 9125/15 9125/20 9145/13

summarize [3] 9159/14 9160/18 9170/23

summary [1] 9220/15

summit [2] 9200/23 9200/24

summits [1] 9200/5

superior [3] 9151/22 9152/11 9152/17

supplied [1] 9247/7 9247/13 9247/14

supplier [10] 9152/24 9175/17 9175/24 9191/3 9244/23 9245/1 9245/5 9245/8 9245/11 9247/9

supplier's [1] 9245/14

suppliers [6] 9144/9 9169/5 9175/21 9196/21 9220/5 9244/24

supplying [1] 9247/19

suppose [1] 9225/10

supposed [1] 9132/13

Supreme [1] 9128/24

Supreme Court [1] 9128/24

sure [22] 9145/7

9160/3

9173/15 9187/2 9192/5 9192/24 9194/8 9203/18 9223/1 9233/3 9233/6 9235/18 9237/6 9241/13 9241/21 9242/1 9242/13 9243/8 9243/13 9245/13 9251/22

surface [1] 9194/7

SVP [17] 9201/16 9208/20 9226/23 9226/24 9232/25 9233/7 9233/9 9240/15 9240/15 9241/11 9241/11 9242/3 9243/1 9244/19 9247/13 9247/16 9247/17

SVP's [1] 9232/25

SVPs [7] 9199/25 9202/14 9209/1 9226/13 9226/15 9240/7 9240/10

SW [1] 9126/3

switch [2] 9180/21 9199/4

SWORN [1] 9137/2

systems [1] 9149/13

**T**

tab [2] 9224/8 9227/11

table [1] 9193/19

take [15] 9140/12 9166/11 9168/10 9168/13 9168/15 9184/6 9185/17 9193/8 9193/9 9194/13 9210/21 9221/25 9227/25 9232/21 9251/18

taken [6] 9134/20 9141/7 9146/25 9204/16 9231/13 9232/9

takes [1] 9232/7

taking [3] 9134/22 9187/8 9233/17

talk [14] 9143/10 9151/3 9180/24 9180/25 9183/22 9193/13 9199/4 9200/11 9200/13 9201/2 9215/19 9216/2 9230/23 9231/23

talked [9] 9177/23 9208/6 9218/17 9222/18 9226/13 9240/7 9245/17 9245/21

talking [20] 9164/24 9178/17 9187/24 9187/25 9188/2 9188/9 9188/9 9200/15 9201/13 9214/9 9214/23 9215/9 9215/14 9215/20 9217/8 9218/22 9219/11 9235/11

**talking... [2]** 9237/25
9242/14
**task [1]** 9192/6
**team [38]** 9138/23
9139/25 9140/1 9140/7
9140/9 9140/14
9141/1 9141/5 9141/12
9141/14 9141/19
9141/19 9141/24
9142/3 9142/11 9143/6
9143/10 9145/16
9145/18 9145/20
9146/5 9148/12
9148/25 9156/19
9156/21 9161/24
9161/24 9164/8 9164/9
9165/5 9186/12
9186/14 9186/15
9186/17 9207/3 9239/4
**teams [3]** 9179/6
9200/8 9200/21
**tech [2]** 9149/9 9149/9
**technical [1]** 9200/24
**technological [1]**
9192/22
**technology [5]**
9148/22 9149/12
9155/9 9161/14 9186/5
**tell [7]** 9181/15 9182/3
9184/8 9186/19
9193/16 9193/16
9219/5
**ten [6]** 9129/21
9129/21 9140/23
9162/3 9189/6 9189/11
**tension [1]** 9201/15
**tensions [4]** 9201/18
9201/19 9202/5 9202/7
**term [6]** 9208/14
9208/17 9210/22
9225/18 9246/12
9248/22
**terms [11]** 9130/6
9130/16 9130/20
9130/21 9130/24
9135/12 9168/19
9170/1 9178/5 9192/5
9202/19
**Terrific [1]** 9207/16
**test [2]** 9162/21
9162/23
**testimony [10]**
9128/17 9128/22
9132/11 9132/15
9133/6 9133/9 9133/12
9135/10 9194/18
9251/21
**testing [2]** 9162/24
9162/25
**text [47]** 9195/11
9196/4 9196/9 9196/18
9196/22 9198/7 9210/7
9210/9 9210/11 9215/5
9215/9 9216/16
9216/18 9217/22
9217/25 9218/4 9218/8

9228/15 9228/16
9228/19 9228/24
9228/24 9229/3 9230/4
9230/10 9230/16
9230/19 9231/8
9232/16 9232/24
9233/8 9235/11
9235/15 9235/20
9235/23 9235/25
9236/4 9236/6 9236/8
9244/12 9246/2 9246/5
9246/7 9250/3 9250/23
**than [19]** 9129/5
9129/19 9157/17
9159/3 9178/17 9183/2
9183/4 9185/5 9186/14
9202/15 9203/7
9209/13 9214/1
9221/24 9230/2 9230/4
9232/20 9241/13
9251/11
**thank [27]** 9129/10
9129/14 9131/10
9136/16 9136/23
9146/20 9170/20
9174/21 9194/19
9194/20 9195/1 9207/5
9207/6 9207/16
9207/17 9208/13
9208/23 9213/3 9213/3
9217/4 9220/12
9223/16 9226/10
9228/20 9240/6
9251/21 9251/22
**thank you [23]**
9129/14 9131/10
9136/16 9146/20
9170/20 9174/21
9194/19 9194/20
9207/5 9207/6 9207/16
9208/13 9208/23
9213/3 9213/3 9217/4
9220/12 9223/16
9226/10 9228/20
9240/6 9251/21
9251/22
**that [730]**
**that's [84]** 9128/20
9135/7 9135/11
9135/15 9141/6 9143/3
9147/4 9147/20 9148/4
9150/2 9156/17 9161/1
9163/1 9163/3 9163/22
9167/9 9168/8 9170/6
9171/24 9173/16
9180/4 9181/12
9182/20 9184/12
9185/14 9187/15
9188/7 9190/19 9191/9
9192/6 9206/16
9208/12 9208/14
9209/4 9209/7 9209/13
9210/3 9213/1 9213/16
9213/21 9213/23
9213/24 9214/5
9217/20 9218/5
9218/14 9219/3 9220/4

9221/24 9222/3
9222/16 9222/20
9224/20 9224/23
9227/5 9228/4 9229/1
9231/18 9232/23
9234/9 9237/14 9238/3
9238/20 9238/25
9240/18 9240/21
9241/25 9242/8
9243/16 9244/1 9244/9
9244/18 9244/21
9245/3 9245/15
9246/16 9246/21
9247/8 9248/15
9249/15 9250/17
9251/14
**their [68]** 9134/23
9145/25 9153/16
9153/16 9153/19
9163/12 9166/11
9169/18 9171/7 9173/6
9174/3 9176/21
9176/22 9178/5
9179/13 9179/21
9180/7 9181/15 9182/9
9184/18 9187/1
9189/17 9189/17
9190/20 9194/1 9196/1
9197/12 9197/14
9197/23 9198/13
9198/17 9198/17
9198/21 9198/22
9198/24 9198/25
9200/6 9200/14
9200/17 9200/18
9201/1 9201/20
9201/24 9202/1 9202/4
9202/21 9203/2
9203/20 9204/15
9204/21 9206/3
9206/20 9206/21
9209/20 9226/2 9226/2
9227/1 9227/5 9227/9
9234/3 9234/4 9234/14
9234/21 9236/7
9236/13 9236/23
9249/8 9249/24
**them [70]** 9130/17
9134/23 9139/8
9142/18 9143/16
9153/19 9154/1
9154/16 9155/24
9162/19 9162/20
9162/22 9162/23
9163/10 9165/13
9165/17 9165/24
9168/13 9169/2 9169/8
9169/14 9175/12
9176/8 9176/9 9177/6
9177/16 9178/4
9178/20 9182/11
9190/11 9193/17
9198/3 9199/11 9200/4
9201/4 9201/5 9201/22
9202/1 9202/2 9202/9
9202/19 9202/20
9204/18 9206/9 9207/4

9225/9 9226/9
9226/17 9227/2 9227/4
9230/7 9230/8 9230/22
9230/23 9237/6 9240/8
9240/23 9242/19
9247/22 9247/24
9248/3 9248/6 9249/3
9249/13 9249/14
9249/23 9250/25
**theme [1]** 9160/21
**themselves [10]**
9130/15 9153/4
9165/15 9169/4
9175/17 9175/21
9191/3 9196/21
9202/24 9205/22
**then [86]** 9131/21
9136/10 9138/12
9139/10 9139/13
9140/7 9140/10
9140/13 9142/23
9145/2 9145/12 9146/2
9147/9 9147/12
9148/19 9148/24
9148/24 9149/23
9151/25 9152/8
9152/19 9153/8
9154/23 9155/18
9156/23 9156/25
9157/3 9157/17
9158/13 9158/14
9160/3 9160/11
9160/15 9161/3
9161/13 9166/4
9167/12 9167/25
9170/1 9171/13
9171/15 9171/18
9171/20 9172/5
9172/12 9172/14
9172/15 9172/20
9173/8 9173/24 9174/3
9175/7 9175/7 9179/20
9179/24 9182/12
9184/12 9184/21
9185/8 9187/11 9191/4
9196/14 9196/15
9199/24 9200/20
9202/7 9204/12
9204/18 9216/12
9218/5 9218/12
9219/14 9220/7
9220/23 9221/6
9222/14 9225/16
9231/13 9232/25
9233/8 9239/19
9240/23 9241/11
9242/20 9244/15
9250/4
**there [118]** 9130/21
9132/6 9132/17
9133/11 9138/19
9140/18 9140/25
9141/11 9141/13
9144/1 9144/17
9144/25 9145/8
9145/20 9147/5 9149/2
9149/23 9150/7

9152/10 9153/3 9153/4
9153/6 9153/8 9154/7
9154/12 9154/12
9154/14 9155/18
9155/25 9156/24
9157/3 9157/4 9157/5
9158/22 9160/5 9160/9
9160/15 9160/17
9161/3 9161/13 9165/9
9165/16 9165/18
9165/19 9166/14
9166/24 9167/9
9167/22 9170/2 9170/7
9172/9 9174/14
9174/18 9175/5
9175/11 9175/12
9176/19 9177/2 9177/6
9178/3 9180/2 9180/9
9180/13 9182/1
9183/10 9183/12
9183/21 9184/18
9185/8 9189/21
9192/22 9195/14
9196/8 9196/11
9196/16 9197/3
9200/20 9201/15
9201/18 9202/5 9202/7
9202/14 9204/7
9210/19 9210/24
9212/19 9213/6 9214/4
9215/11 9216/19
9216/20 9216/24
9216/25 9217/1 9217/5
9218/25 9219/23
9224/12 9228/7 9231/5
9231/7 9232/19
9233/11 9236/19
9237/9 9240/23
9244/12 9244/24
9244/24 9246/24
9247/1 9247/3 9248/9
9248/15 9248/19
9250/10
**there's [48]** 9128/15
9135/13 9141/25
9145/12 9152/20
9154/3 9156/17 9158/3
9159/11 9159/12
9168/5 9169/6 9169/9
9170/17 9173/8
9173/19 9174/10
9174/19 9177/14
9181/22 9182/2
9183/20 9194/10
9195/15 9198/23
9201/18 9204/7
9210/21 9213/8
9213/16 9214/12
9214/14 9216/10
9218/5 9218/7 9220/8
9220/20 9221/14
9225/1 9232/18
9232/20 9236/17
9239/19 9244/15
9245/25 9245/25
9246/4 9247/3
**thereby [1]** 9154/1

9274

T

these [36] 9133/4
9134/16 9135/2
9135/14 9149/15
9153/22 9155/20
9155/22 9157/23
9158/24 9161/17
9161/17 9161/25
9165/11 9166/18
9170/7 9170/11 9176/4
9176/12 9177/1
9186/11 9189/1
9195/24 9211/22
9214/23 9218/8
9218/18 9219/5
9219/17 9219/21
9225/22 9226/6 9233/7
9235/6 9245/25
9246/13
they [251]
they'll [11] 9168/1
9171/10 9184/22
9196/16 9230/24
9231/8 9231/9 9232/18
9241/1 9241/2 9250/3
they're [40] 9143/3
9143/15 9144/7
9144/10 9171/12
9171/12 9172/1
9179/24 9183/18
9189/8 9190/21
9192/17 9192/18
9194/8 9194/10 9197/7
9198/3 9198/11
9198/19 9198/23
9198/24 9198/25
9199/2 9200/13
9204/22 9209/13
9209/21 9215/1
9229/22 9229/23
9229/25 9230/6
9230/20 9232/10
9234/4 9234/7 9235/2
9242/17 9247/21
9249/11
they've [11] 9171/25
9190/20 9192/8 9203/6
9203/6 9203/23 9232/9
9233/2 9243/12 9246/5
9250/8
thing [5] 9205/21
9234/12 9244/23
9245/8 9248/18
things [21] 9130/13
9134/11 9135/2 9143/1
9144/23 9151/18
9157/12 9161/13
9161/15 9164/14
9165/7 9179/5 9184/5
9189/20 9192/9
9198/11 9205/15
9211/8 9228/9 9248/6
9250/20
think [55] 9130/12
9131/18 9132/8
9132/25 9133/5
9134/21 9135/7
9135/11 9142/18

9162/2 9162/2 9168/2
9170/19 9172/6 9175/6
9177/8 9179/12
9179/24 9181/10
9183/18 9185/24
9187/13 9189/24
9190/3 9191/9 9194/3
9199/18 9200/22
9204/6 9204/6 9205/9
9211/22 9217/12
9217/13 9218/16
9219/12 9224/25
9225/25 9229/25
9230/22 9233/5
9233/20 9235/25
9236/17 9236/19
9237/1 9237/14
9237/24 9238/11
9239/13 9243/14
9249/7
thinking [8] 9129/13
9191/4 9191/15
9192/18 9192/18
9199/24 9203/25
9228/21
third [8] 9132/16
9132/17 9132/23
9160/3 9187/22
9214/13 9239/16
9248/25
this [258]
This is [1] 9128/7
those [76] 9130/6
9130/24 9131/8
9131/17 9132/14
9132/19 9132/22
9133/18 9139/10
9139/16 9139/18
9140/17 9142/15
9143/4 9143/23
9144/13 9144/17
9144/20 9146/4 9146/6
9155/1 9157/5 9167/1
9168/12 9170/18
9172/25 9176/8
9180/14 9182/8 9183/1
9183/22 9187/10
9188/19 9192/19
9195/11 9196/23
9197/9 9198/11 9199/1
9200/8 9200/10 9201/3
9201/24 9202/10
9202/12 9206/3
9206/18 9206/23
9208/17 9211/25
9212/6 9218/11
9218/16 9220/1
9220/11 9225/13
9228/16 9228/24
9229/2 9229/3 9229/5
9230/6 9231/12 9232/6
9234/13 9235/15
9235/20 9235/23
9241/6 9246/15
9247/11 9251/5 9251/5
9251/7 9251/10
9251/10

9229/24 9246/3
thought [8] 9152/16
9155/8 9157/1 9159/23
9160/22 9161/4
9161/14 9224/10
three [6] 9130/22
9168/12 9170/2 9170/7
9182/6 9184/24
three-day [2] 9182/6
9184/24
through [40] 9132/6
9135/10 9145/3
9160/14 9169/1 9175/9
9175/14 9189/3 9190/9
9198/5 9198/6 9198/8
9202/3 9202/25 9203/4
9204/19 9206/12
9206/13 9206/14
9217/15 9218/15
9223/3 9223/13
9225/11 9225/14
9227/2 9231/13 9234/4
9234/8 9234/25 9236/3
9236/21 9237/2 9237/5
9245/9 9245/9 9247/11
9248/20 9250/18
9251/6
throughout [1] 9132/5
Thursday [2] 9135/22
9136/2
TikTok [5] 9189/22
9197/7 9197/20
9197/20 9234/16
time [83] 9134/11
9135/13 9138/3
9138/16 9138/19
9139/16 9141/18
9141/18 9141/22
9142/3 9145/14
9145/21 9145/24
9149/3 9149/9 9149/9
9149/19 9150/1 9150/7
9150/11 9151/1 9152/3
9152/17 9153/24
9154/1 9154/13
9154/18 9154/22
9155/4 9155/5 9155/6
9155/8 9156/7 9156/8
9157/10 9157/25
9160/1 9160/19 9161/8
9161/16 9170/13
9170/15 9170/18
9174/3 9181/1 9182/19
9186/10 9187/13
9187/22 9189/13
9194/11 9194/13
9197/7 9198/3 9200/15
9201/13 9201/22
9201/24 9202/3
9203/12 9203/22
9205/1 9205/17 9206/1
9206/4 9206/12
9206/19 9206/25
9218/8 9225/17 9226/7
9226/19 9227/3
9227/25 9230/6 9231/9
9231/10 9233/22

9246/5 9250/1 9250/4
time-consuming tech
[1] 9149/9
timeline [1] 9193/3
times [3] 9128/16
9128/20 9168/24
timetable [1] 9135/2
timing [2] 9134/2
9134/3
title [2] 9138/24
9224/18
titled [7] 9146/24
9151/12 9154/5
9156/17 9158/3
9159/12 9252/4
today [8] 9135/21
9138/18 9188/18
9189/10 9189/14
9233/24 9240/7 9246/7
together [6] 9141/20
9158/10 9199/3
9201/12 9202/8
9230/22
told [1] 9136/4
tomorrow [3] 9135/17
9136/1 9228/8
too [23] 9144/18
9152/7 9154/22
9154/24 9171/9
9177/19 9179/21
9182/25 9189/21
9192/19 9197/8
9199/19 9206/9
9214/22 9226/21
9227/5 9227/10 9229/9
9232/12 9232/19
9235/2 9235/19 9250/4
took [1] 9205/10
tools [3] 9183/7
9186/11 9201/24
top [22] 9147/9
9156/22 9165/8
9165/10 9167/6
9170/25 9172/9
9179/17 9182/21
9184/18 9195/20
9196/9 9214/5 9215/22
9216/23 9218/2
9219/10 9219/14
9220/7 9232/12
9235/12 9244/13
topic [3] 9131/22
9234/1 9251/15
total [1] 9129/19
Tough [1] 9224/18
toward [1] 9206/1
towards [3] 9170/25
9186/10 9204/17
track [2] 9136/3 9136/4
trade [2] 9239/13
9239/14
traditional [3] 9147/11
9167/18 9218/17
traffic [29] 9152/23
9197/2 9198/3 9202/24
9203/1 9204/1 9204/21
9206/4 9206/6 9206/24

9216/9 9217/18
9217/22 9218/14
9222/14 9222/22
9223/10 9223/13
9225/6 9225/17
9225/23 9226/7
9226/13 9226/14
9226/17 9227/7
9230/22
trajectory [1] 9226/2
transact [1] 9233/23
transacting [1]
9229/17
transaction [3]
9190/21 9229/15
9233/11
transcript [3] 9124/9
9126/16 9252/3
transcription [1]
9126/16
transcripts [1] 9133/8
transition [1] 9145/14
transitioned [1]
9138/19
travel [137]
travel-related [4]
9142/5 9142/15
9143/20 9149/3
traveling [2] 9143/3
9182/18
travels [2] 9233/9
9241/11
Travers [1] 9126/7
tremendous [2]
9178/25 9225/14
trend [2] 9156/5
9189/10
trends [1] 9150/8
trial [3] 9124/9 9129/1
9132/6
tried [1] 9129/23
trigger [2] 9167/25
9181/17
triggered [2] 9163/25
9164/25
trip [9] 9181/19
9184/18 9184/19
9184/23 9184/24
9184/24 9185/4 9185/5
9185/5
Tripadvisor [6]
9144/16 9152/1 9152/9
9156/23 9169/21
9189/18
Trivago [3] 9152/1
9152/9 9189/18
trouble [2] 9223/14
9232/21
true [5] 9209/4 9209/7
9226/14 9241/25
9251/4
truly [1] 9183/18
trust [4] 9143/14
9160/6 9160/8 9177/10
trustworthy [1]
9160/10
truth [1] 9136/4

9275

try [24] 9143/2 9146/6
9159/9 9163/21
9164/14 9179/16
9181/14 9182/15
9198/2 9200/16 9202/1
9203/14 9206/5 9210/3
9213/12 9225/17
9230/21 9242/13
9243/23 9249/5
9249/12 9249/16
9249/20 9249/23
trying [20] 9134/10
9134/11 9134/22
9151/19 9157/6
9159/16 9166/1
9166/16 9177/19
9182/17 9182/22
9190/5 9198/3 9200/17
9201/19 9201/21
9203/20 9223/16
9233/4 9249/12
Tuesday [1] 9135/21
turn [18] 9145/15
9151/11 9154/4 9158/2
9160/18 9162/5 9178/7
9204/24 9209/19
9212/5 9213/4 9214/20
9216/5 9223/22
9227/11 9237/15
9238/5 9243/17
turned [1] 9203/3
turning [5] 9150/14
9156/16 9164/16
9168/16 9171/20
twice [1] 9200/23
two [14] 9137/21
9138/11 9167/6
9171/11 9181/20
9182/6 9183/21
9184/22 9205/15
9217/3 9219/2 9225/11
9244/12 9250/20
two-day [1] 9182/6
TYLER [1] 9125/19
type [7] 9148/9 9168/9
9170/10 9178/16
9179/9 9180/15
9180/17
types [4] 9139/21
9144/13 9195/8 9200/1
typically [5] 9140/22
9175/15 9197/23
9199/17 9215/19
typing [2] 9153/1
9181/9

U

U.S [3] 9125/2 9125/7
9161/8
UFO [1] 9191/11
UFOs [2] 9191/7
9191/24
Uh [1] 9209/16
Uh-huh [1] 9209/16
ultimate [1] 9234/18
ultimately [8] 9132/25
9133/13 9139/14

9233/21 9245/8
9250/25
umbrella [1] 9145/10
under [5] 9136/15
9140/15 9158/22
9217/9 9221/14
underneath [3]
9145/10 9152/5
9220/23
understand [13]
9128/15 9130/18
9134/3 9134/13
9134/21 9182/18
9200/16 9228/8 9233/3
9235/25 9241/13
9241/21 9243/20
understandable [1]
9208/18
understanding [6]
9132/21 9212/25
9213/1 9224/21
9228/23 9242/12
understood [2] 9219/5
9237/1
unique [1] 9161/15
unit [60] 9125/13
9147/14 9147/16
9148/18 9163/6 9164/6
9164/7 9164/24
9164/25 9165/5 9165/8
9166/23 9167/10
9167/11 9167/15
9167/17 9167/19
9167/21 9167/24
9168/13 9170/1
9174/18 9174/18
9181/11 9181/12
9181/12 9181/14
9182/21 9183/2 9183/4
9183/10 9184/2 9184/5
9184/7 9196/14
9218/25 9219/6
9219/15 9219/18
9220/9 9222/19
9222/19 9223/13
9231/13 9235/9
9244/16 9244/19
9244/21 9246/1 9246/8
9246/10 9246/14
9246/19 9247/22
9248/23 9249/17
9249/18 9250/12
9250/18 9251/7
UNITED [6] 9124/1
9124/3 9124/10 9128/7
9133/16 9238/23
United States [1]
9238/23
United States of [1]
9128/7
University [2] 9137/19
9137/19
unless [3] 9250/17
9251/6 9251/10
unpaid [13] 9142/9
9167/2 9167/10
9175/13 9177/1 9177/4

9216/20 9217/1 9219/9
9221/24 9225/23
unrealistic [1] 9226/9
unstructured [3]
9147/22 9163/15
9193/20
until [2] 9140/1 9141/5
up [33] 9131/21
9135/16 9156/15
9166/13 9167/19
9167/19 9169/2
9172/22 9174/15
9176/5 9176/23
9178/13 9180/15
9180/22 9182/22
9183/17 9185/18
9187/23 9190/12
9193/5 9193/6 9206/15
9206/20 9208/9
9209/12 9214/13
9215/25 9217/12
9217/20 9224/25
9233/4 9242/3 9243/23
Update [1] 9146/24
updates [1] 9129/12
upon [3] 9132/8 9133/2
9174/7
us [32] 9134/16 9136/9
9156/6 9161/15
9162/11 9163/9
9163/16 9176/11
9176/16 9184/8
9186/19 9190/7
9190/12 9190/17
9193/1 9193/16
9200/16 9201/6 9202/9
9203/2 9203/3 9203/5
9203/13 9204/22
9210/12 9227/2
9227/10 9234/25
9248/19 9249/21
9249/21 9250/1
usdoj.gov [3] 9125/5
9125/10 9125/11
use [25] 9134/7
9146/13 9179/6 9182/8
9195/10 9208/17
9208/20 9210/22
9211/11 9213/5 9230/9
9235/3 9235/15
9235/20 9235/23
9235/25 9236/4
9240/16 9241/10
9242/3 9242/6 9242/20
9243/4 9243/7 9249/2
used [10] 9133/4
9176/25 9177/3
9202/18 9208/14
9226/23 9226/23
9228/18 9229/2 9237/9
useful [4] 9143/9
9185/3 9234/10
9250/25
user [107] 9142/19
9143/11 9143/14
9149/20 9151/22
9152/17 9153/18

9160/5 9162/16
9162/18 9162/21
9163/2 9163/9 9163/16
9163/19 9164/2 9165/9
9165/11 9165/21
9166/2 9166/5 9166/11
9167/21 9167/23
9167/24 9168/3 9168/6
9168/10 9168/15
9171/1 9171/7 9171/24
9173/22 9178/18
9180/19 9181/8
9181/15 9181/22
9181/25 9182/5
9182/16 9183/15
9184/16 9185/13
9187/12 9187/20
9188/8 9189/1 9189/4
9191/6 9191/16 9193/3
9193/14 9196/5 9196/6
9196/14 9197/10
9197/13 9220/2
9221/22 9227/1 9227/2
9227/3 9229/13
9229/14 9229/16
9230/1 9230/2 9232/6
9232/15 9232/24
9232/25 9233/7 9233/8
9233/16 9233/19
9233/23 9235/16
9235/21 9236/3
9236/13 9236/18
9240/18 9241/1
9241/10 9241/18
9241/18 9241/22
9242/10 9242/14
9243/1 9243/2 9243/3
9243/4 9243/6 9243/7
9243/10 9248/12
9249/9 9249/21
9249/25 9250/17
9250/24 9251/6
9251/10
user's [1] 9187/20
users [22] 9139/22
9149/7 9152/14
9159/20 9163/1
9163/21 9173/7 9178/5
9186/7 9206/18
9228/10 9231/1
9232/20 9234/3 9234/6
9234/25 9235/23
9236/4 9236/6 9248/23
9249/5 9249/16
using [12] 9131/20
9165/3 9181/4 9204/5
9236/6 9236/8 9241/11
9241/17 9242/12
9242/15 9246/12
9248/22
usually [2] 9188/21
9196/21
utility [1] 9143/11
utilizing [2] 9201/24
9202/8
UX [3] 9151/22
9152/11 9159/18

vacancy [1] 9168/20
vacation [8] 9192/13
9192/18 9202/19
9203/4 9204/1 9204/6
9204/13 9204/21
valuable [1] 9206/18
9236/19
varies [3] 9140/22
9223/2 9223/9
varieties [1] 9195/14
variety [2] 9167/20
9179/5
various [3] 9165/12
9217/15 9217/19
vast [1] 9187/16
version [4] 9148/25
9154/14 9164/5
9164/23
versus [5] 9128/8
9157/7 9167/2 9181/19
9230/25
vertical [13] 9139/20
9153/22 9155/13
9189/11 9189/15
9191/20 9208/7
9208/15 9210/13
9210/17 9210/25
9216/10 9237/5
vertically [1] 9139/7
verticals [6] 9145/23
9155/17 9155/21
9155/24 9156/1
9210/15
very [38] 9131/23
9134/17 9134/17
9143/7 9143/17 9146/7
9146/10 9151/20
9152/14 9154/12
9154/17 9154/18
9154/21 9156/5
9176/19 9180/20
9185/23 9186/3
9188/20 9189/12
9190/18 9193/3
9193/23 9201/9
9204/14 9204/20
9205/23 9212/22
9214/5 9218/1 9219/14
9220/7 9225/18
9234/21 9243/23
9244/12 9251/1
9251/17
via [2] 9154/20 9223/10
vice [2] 9140/8 9141/8
view [10] 9130/15
9131/7 9152/2 9163/23
9168/13 9174/24
9177/24 9178/2 9178/4
9230/19
viewed [3] 9230/17
9231/2 9242/11
viewing [1] 9236/10
vis [4] 9130/13 9130/13
9130/14 9130/14
vis-à-vis [2] 9130/13
9130/14
visit [1] 9166/19

**volatile [2]** 9181/25
9187/3
**volatility [2]** 9185/2
9185/19
**voting [1]** 9153/15
**Vrbo [8]** 9204/24
9205/1 9205/19
9205/24 9206/1 9206/8
9206/19 9207/3
**vs [1]** 9124/5

**W**

**Waldorf [1]** 9244/2
**walk [1]** 9217/12
**want [58]** 9128/21
9130/19 9134/7
9134/16 9135/2 9135/3
9139/5 9143/3 9151/11
9152/2 9159/20 9162/5
9163/11 9166/18
9166/19 9166/22
9167/8 9168/3 9171/9
9172/23 9173/14
9173/15 9173/16
9174/23 9176/6
9176/22 9176/23
9177/7 9179/13
9179/18 9179/19
9179/22 9180/24
9180/25 9181/19
9183/6 9183/22 9184/8
9187/14 9188/12
9190/24 9199/4
9199/10 9202/10
9204/24 9211/7
9212/23 9228/5 9228/8
9233/6 9235/6 9240/23
9242/6 9242/22
9242/23 9249/7
9249/15 9250/24
**wanted [20]** 9138/9
9140/12 9151/4 9155/6
9155/10 9156/12
9157/22 9159/17
9159/19 9159/21
9159/22 9160/1 9160/3
9160/5 9160/11
9160/22 9161/5
9161/10 9161/14
9162/18
**wants [4]** 9226/24
9235/16 9235/21
9241/10
**warranted [2]** 9132/7
9133/6
**was [144]**
**Washington [13]**
9124/5 9125/3 9125/8
9126/4 9126/9 9126/14
9150/12 9153/2
9153/11 9165/2 9167/5
9172/2 9196/7
**way [5]** 9135/21 9196/4
9209/20 9222/21
9235/22
**wc.com [2]** 9126/5
9126/5

**we believe [1]** 9151/21
**we will [7]** 9130/5
9131/13 9135/2
9167/25 9176/23
9194/15 9209/11
**We'd [1]** 9193/14
**we'll [7]** 9129/13
9131/21 9134/19
9135/1 9210/2 9243/15
9251/18
**we're [30]** 9131/18
9135/24 9136/3
9162/25 9166/1
9166/16 9169/17
9169/20 9169/21
9169/24 9175/23
9178/22 9188/6
9188/21 9190/4 9192/7
9192/19 9193/21
9201/21 9204/8
9204/11 9210/1
9214/23 9215/14
9218/14 9219/11
9247/21 9247/22
9247/24 9249/12
**we've [19]** 9129/20
9164/8 9165/15
9172/18 9178/19
9178/24 9178/25
9179/5 9186/4 9186/5
9190/22 9203/11
9203/14 9204/9
9226/13 9228/16
9243/14 9244/15
9250/6
**web [18]** 9141/9
9141/10 9143/21
9144/2 9144/7 9147/22
9147/23 9148/4
9162/14 9163/15
9198/22 9203/13
9203/13 9218/13
9218/15 9219/12
9222/18 9234/22
**web-first [1]** 9203/13
**web-oriented [1]**
9203/13
**WEBB [1]** 9125/19
**website [7]** 9172/11
9179/19 9179/19
9218/23 9219/10
9238/7 9240/15
**websites [1]** 9167/13
**Wednesday [1]** 9136/1
**week [1]** 9136/4
**weigh [2]** 9132/14
9132/15
**weighty [1]** 9165/22
**well [140]**
**well-known [2]**
9154/21 9240/10
**went [5]** 9141/20
9141/21 9183/5
9202/22 9235/18
**were [105]** 9131/4
9138/4 9139/6 9139/16
9140/3 9140/18

9141/11 9141/13
9142/12 9145/21
9145/22 9145/24
9145/25 9146/2 9148/8
9148/17 9149/2 9149/8
9149/11 9149/15
9149/22 9149/25
9150/7 9150/10 9151/3
9151/6 9151/18
9151/18 9151/25
9152/11 9152/12
9152/14 9152/17
9152/22 9152/23
9152/25 9153/3 9153/8
9153/14 9153/14
9153/15 9153/16
9154/12 9154/14
9154/15 9154/18
9155/18 9155/19
9155/21 9155/25
9156/5 9156/5 9156/9
9156/13 9156/13
9157/5 9157/11
9157/16 9157/18
9159/1 9159/2 9159/3
9159/16 9159/25
9159/25 9160/6 9161/8
9161/25 9162/17
9163/13 9163/22
9164/24 9175/8
9177/18 9177/19
9178/17 9180/5 9196/8
9200/12 9201/3 9201/9
9202/23 9202/24
9203/17 9204/18
9205/4 9205/19
9205/22 9206/4 9206/8
9206/10 9206/20
9206/21 9206/22
9206/23 9206/25
9210/6 9210/16
9211/21 9215/11
9218/22 9220/25
9239/25
**weren't [6]** 9146/3
9153/20 9202/25
9205/24 9206/2
9211/25
**wfcavanaugh [1]**
9125/21
**what [183]**
**what's [9]** 9147/5
9162/9 9164/21
9172/17 9182/7
9185/20 9205/11
9222/7 9249/10
**whatever [1]** 9135/1
**when [45]** 9133/20
9134/12 9134/16
9137/14 9138/4 9138/6
9138/19 9139/5 9140/8
9140/18 9142/11
9143/3 9145/15
9145/18 9146/5
9147/17 9148/12
9148/14 9148/24
9150/23 9154/25

9166/16 9173/21
9173/25 9174/19
9174/24 9177/3
9183/15 9185/17
9185/24 9189/24
9198/16 9202/7 9204/5
9205/18 9209/18
9215/19 9229/13
9229/16 9232/24
9234/15 9248/11
**whenever [2]** 9136/17
9195/3
**where [42]** 9135/11
9139/13 9143/2
9144/11 9144/21
9148/1 9148/2 9148/19
9157/3 9157/4 9158/15
9158/15 9159/1 9166/1
9166/15 9166/18
9167/17 9167/18
9172/22 9173/5 9175/3
9178/25 9180/2
9181/14 9184/18
9185/14 9189/5 9189/6
9189/20 9195/15
9196/23 9200/25
9200/25 9201/13
9231/14 9232/8
9234/23 9235/2
9240/22 9241/9 9243/1
9246/5
**whereas [1]** 9190/2
**whether [13]** 9165/21
9169/13 9175/24
9176/3 9176/6 9176/8
9176/10 9198/11
9198/14 9215/18
9218/21 9239/22
9242/10
**which [53]** 9130/8
9132/7 9135/9 9138/9
9139/2 9139/3 9140/11
9140/13 9141/9 9145/9
9145/12 9148/15
9148/21 9149/8
9151/3 9162/16
9163/12 9164/18
9166/5 9166/8 9166/23
9167/7 9170/4 9172/21
9173/9 9174/24
9176/14 9177/22
9179/2 9185/9 9187/8
9195/12 9195/19
9196/9 9198/7 9202/3
9212/5 9213/4 9214/13
9215/1 9215/2 9215/6
9217/5 9217/22
9219/18 9220/14
9226/18 9228/16
9244/16 9248/24
9250/18 9250/23
9251/7
**while [1]** 9150/9
**who [27]** 9128/16
9137/21 9138/8
9140/10 9141/23
9142/1 9152/2 9156/13

9166/19 9173/21
9187/20 9189/14
9195/9 9196/1 9202/14
9205/9 9226/23
9226/24 9232/15
9232/15 9232/20
9232/21 9233/16
9235/23 9236/10
9236/13 9248/13
**who's [6]** 9128/16
9131/13 9226/24
9233/19 9241/22
9247/19
**who've [3]** 9197/6
9231/12 9236/4
**whole [4]** 9145/13
9169/6 9223/12
9247/22
**wholly [1]** 9131/13
**whose [1]** 9248/16
**why [5]** 9156/11
9177/4 9182/20 9227/5
9242/1
**WiFi [1]** 9165/24
**will [41]** 9129/18
9129/20 9129/21
9130/5 9130/20
9131/13 9133/8
9133/24 9133/25
9135/2 9135/19
9166/13 9166/13
9167/25 9174/2
9176/23 9182/6 9182/9
9182/10 9187/23
9192/6 9194/13
9195/16 9198/13
9200/2 9204/13
9207/13 9208/18
9208/19 9208/20
9209/11 9211/8
9211/11 9227/3 9234/1
9237/20 9238/1
9238/22 9239/19
9241/1 9250/4
**William [5]** 9125/18
9126/11 9128/10
9252/2 9252/8
**WILLIAMS [1]** 9126/3
**WIP [1]** 9137/18
**wish [3]** 9131/16
9195/9 9227/7
**wishes [1]** 9128/16
**within [11]** 9152/7
9160/12 9171/15
9174/12 9181/21
9183/20 9184/5 9184/7
9184/13 9189/18
9199/2
**without [5]** 9129/1
9130/25 9221/6 9222/5
9233/17
**witness [8]** 9127/2
9131/13 9134/5 9134/6
9136/11 9136/12
9136/15 9137/2
**WITNESSES [1]**
9127/4
**won't [4]** 9191/7

**W**

won't... [3] 9191/16
9213/20 9230/9
wonderful [1] 9204/4
word [2] 9210/18
9249/2
words [4] 9134/6
9166/1 9187/20
9216/14
work [20] 9139/25
9156/14 9157/21
9158/21 9161/11
9161/14 9169/23
9178/24 9179/9
9186/20 9186/23
9189/7 9199/8 9199/11
9202/25 9207/5 9208/6
9208/20 9208/22
9217/20
worked [8] 9137/22
9138/11 9140/1
9140/15 9141/4
9158/10 9179/6
9202/19
working [14] 9137/14
9138/5 9138/12 9162/3
9164/9 9169/1 9175/23
9186/24 9186/25
9192/3 9192/10
9197/22 9227/10
9227/10
works [1] 9243/18
world [4] 9179/3
9179/4 9186/24
9244/22
world's [2] 9143/8
9187/7
worldwide [1] 9161/12
worried [5] 9153/8
9153/14 9154/19
9156/6 9204/11
worry [2] 9138/10
9204/14
worth [1] 9176/10
would [119] 9129/8
9130/6 9130/9 9130/19
9131/1 9131/22
9131/23 9133/11
9135/3 9135/17 9136/1
9139/21 9139/24
9142/25 9147/10
9147/23 9148/2
9148/15 9150/10
9150/20 9152/25
9153/23 9153/25
9154/23 9156/21
9157/12 9158/10
9161/15 9163/10
9164/25 9168/9
9168/12 9168/14
9169/15 9172/3
9172/21 9172/22
9172/25 9174/14
9174/14 9175/9 9175/9
9178/17 9178/23
9180/21 9180/22
9182/18 9183/17
9184/1 9184/25

9186/17 9189/10
9189/14 9192/16
9192/24 9194/3 9194/4
9194/7 9200/4 9200/5
9200/5 9200/7 9200/7
9200/9 9200/11
9200/13 9200/15
9200/19 9200/24
9200/25 9201/1 9201/2
9201/2 9201/11
9201/13 9201/17
9202/9 9202/12
9202/17 9209/18
9211/4 9211/12
9211/12 9211/23
9212/1 9212/15 9214/1
9214/1 9214/2 9214/20
9215/19 9217/7
9217/13 9218/10
9218/18 9218/19
9220/13 9221/22
9223/18 9225/1
9225/18 9225/22
9225/25 9226/4
9233/23 9234/9
9234/12 9237/16
9237/17 9238/5 9238/8
9239/16 9240/23
9247/18 9248/3
9248/15 9250/20
wouldn't [7] 9138/8
9223/17 9235/22
9240/21 9247/18
9248/2 9249/2
wow [1] 9185/4
wrong [5] 9182/20
9216/3 9218/3 9245/22
9248/21
wrote [3] 9208/12
9227/25 9228/1

**X**

X percent [1] 9214/6
Xs [1] 9157/3

**Y**

yeah [30] 9144/15
9147/17 9152/22
9159/16 9162/11
9165/7 9166/11
9167/17 9167/24
9168/23 9170/6
9170/25 9172/19
9176/5 9177/2 9182/5
9184/16 9196/6
9202/17 9203/11
9212/15 9213/11
9214/10 9218/13
9229/1 9239/24 9240/2
9240/6 9242/22 9247/3
year [6] 9151/5
9152/22 9152/22
9161/21 9200/23
9239/1
years [15] 9137/23
9140/6 9140/8 9143/11
9145/20 9152/15

9164/5 9189/6 9189/11
9192/24 9194/2
9204/17
yellow [4] 9156/24
9211/9 9213/7 9214/14
yep [2] 9232/23 9240/5
yes [72] 9135/20
9138/21 9142/6
9142/10 9143/21
9147/6 9149/17 9150/9
9156/5 9156/20 9158/5
9159/13 9162/23
9163/25 9164/8
9164/23 9167/3 9173/3
9180/20 9181/8
9183/15 9183/25
9188/17 9190/18
9194/10 9195/7
9198/23 9208/12
9209/3 9211/3 9211/17
9211/22 9212/1
9212/10 9212/21
9213/3 9213/11 9214/8
9214/16 9214/19
9214/19 9214/25
9215/9 9215/24
9217/10 9218/19
9220/12 9220/22
9221/4 9221/5 9222/16
9223/9 9223/21 9224/7
9224/16 9226/10
9227/13 9233/12
9233/14 9234/7
9237/11 9238/25
9239/8 9240/9 9240/17
9245/3 9245/20
9245/23 9250/9
9251/13 9251/16
9251/16
yesterday [3] 9128/23
9131/12 9146/17
yet [2] 9149/13
9182/17
York [12] 9125/20
9126/8 9128/16
9128/20 9162/17
9164/3 9181/9 9181/16
9187/21 9187/22
9244/1 9244/8
YOTEL [4] 9172/2
9172/4 9172/8 9175/4
you [305]
you'd [1] 9234/9
you'll [9] 9158/21
9171/1 9171/6 9171/6
9171/15 9175/15
9175/17 9197/1 9213/7
you're [15] 9136/17
9147/25 9170/4 9175/8
9185/17 9187/19
9188/4 9195/3 9202/8
9209/24 9218/3
9235/11 9242/14
9248/22 9251/14
you've [11] 9130/12
9135/5 9163/8 9183/1
9208/6 9208/24 9215/5

9240/7 9242/6
your [61] 9128/6
9128/18 9129/7
9129/13 9129/14
9131/18 9133/24
9134/19 9135/20
9136/8 9136/9 9136/14
9136/20 9137/7 9137/9
9137/16 9138/24
9140/3 9142/3 9142/3
9142/8 9146/19 9150/4
9151/8 9156/18
9161/24 9165/5 9181/4
9185/17 9185/17
9189/25 9191/10
9191/14 9194/12
9194/18 9197/22
9205/14 9207/11
9208/6 9208/8 9209/13
9210/21 9212/4
9212/25 9215/4
9223/22 9223/25
9224/4 9224/9 9227/23
9237/15 9238/12
9238/13 9239/9
9239/22 9243/18
9243/19 9243/25
9251/2 9251/16
9251/21
Your Honor [24]
9128/6 9128/18 9129/7
9129/14 9131/18
9134/19 9135/20
9136/8 9136/9 9136/20
9146/19 9150/4
9194/12 9207/11
9209/13 9223/25
9224/4 9227/23
9238/12 9238/13
9239/9 9243/19
9243/25 9251/16
yourself [1] 9212/19

**Z**

Zaremba [3] 9126/11
9252/2 9252/8
zoom [3] 9166/24
9167/9 9171/21
zoomed [2] 9164/21
9172/18
zoomed-in [1] 9164/21
Zurich [1] 9186/13