IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, ET AL.,  )
                                )
        Plaintiffs,        )
                                )   CV No. 20-3010
      vs.                  )   Washington, D.C.
                                )   November 9, 2023
GOOGLE LLC,                  )   9:30 a.m.
                                )
        Defendant.        )   Day 38
_____)

TRANSCRIPT OF BENCH TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For DOJ Plaintiffs:            Kenneth M. Dintzer
                              U.S. DEPARTMENT OF JUSTICE
                              1100 L Street, NW
                              Washington, D.C.
                              (202) 307-0340
                              Email:
                              kenneth.dintzer2@usdoj.gov

                              Lara E.V. Trager
                              Richard Cameron Gower
                              Veronica N. Onyema
                              U.S. DEPARTMENT OF JUSTICE
                              Antitrust Division
                              450 Fifth Street, NW
                              Washington, D.C. 20530
                              (202) 598-8369
                              Email:
                              lara.trager@usdoj.gov
                              Email: richard.gower@usdoj.gov
                              Email: veronica.n.onyema
                              @usdoj.gov

                              Elizabeth Skjelborg Jensen
                              U.S. DEPARTMENT OF JUSTICE
                              450 Golden Gate Ave
                              Suite 10-0101
                              San Francisco, CA 94102
                              (415) 583-9211
                              Email:
                              Elizabeth.Jensen@usdoj.gov

9615

```
APPEARANCES CONTINUED:

For Plaintiff
State of Colorado:                 Jonathan Bruce Sallet
                                   COLORADO DEPARTMENT OF LAW
                                   Consumer Protection Section,
                                   Antitrust Unit
                                   Ralph L. Carr
                                   Colorado Judicial Center
                                   1300 Broadway
                                   Suite 7th Floor
                                   Denver, CO 80203
                                   (720) 508-6000
                                   Email: jon.sallet@coag.gov

                                   William F. Cavanaugh, Jr.
                                   PATTERSON BELKNAP
                                   WEBB & TYLER LLP
                                   1133 Avenue of the Americas
                                   Suite 2200
                                   New York, NY 10036-6710
                                   (212) 335-2793
                                   Email: wfcavanaugh@pbwt.com

For Defendant Google:              John E. Schmidtlein
                                   WILLIAMS & CONNOLLY LLP
                                   680 Maine Avenue, SW
                                   Washington, D.C. 20024
                                   (202) 434-5000
                                   Email: jschmidtlein@wc.com

                                   Wendy W.H. Waszmer
                                   WILSON SONSINI
                                   GOODRICH & ROSATI, PC
                                   1301 Avenue of the Americas
                                   40th Floor
                                   New York, NY 10019
                                   (212) 497-7702
                                   Email: wwaszmer@wsgr.com
```

```
APPEARANCES CONTINUED:

Court Reporter:              William P. Zaremba
                             Registered Merit Reporter
                             Certified Realtime Reporter
                             Official Court Reporter
                             E. Barrett Prettyman CH
                             333 Constitution Avenue, NW
                             Washington, D.C. 20001
                             (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

9617

| PLAINTIFF'S | ADMITTED |
|-------------|----------|
| UPX2113 | 9628 |
| UPX2114 | 9628 |
| UPX2116 | 9628 |
| UPX2117 | 9628 |
| UPX2131 | 9628 |
| PSX00866.020 | 9632 |
| PSX00866.021 | 9632 |
| PSX00866.022 | 9632 |
| PSX00866.023 | 9632 |
| UPX2113 | 9633 |
| UPX2114 | 9633 |
| UPX2116 | 9633 |
| UPX2117 | 9633 |
| UPX2131 | 9633 |
| UPX973 | 9646 |
| UPX711 | 9646 |
| UPX929 | 9646 |
| UPX973 | 9646 |
| UPX1039 | 9646 |
| UPX1042 | 9646 |
| UPX1100 | 9651 |
| UPX1089 | 9652 |
| UPX1090 | 9652 |
| UPX1091 | 9652 |

- - -

INDEX OF EXHIBITS

- - -

PARTY                                    ADMITTED

DX3246                                      9633

```
 1                    P R O C E E D I N G S
 2          COURTROOM DEPUTY:  All rise.  The Court is now in
 3   session; the Honorable Amit P. Mehta now presiding.
 4          THE COURT:  Please be seated, everyone.
 5   Good morning, everyone.
 6          COURTROOM DEPUTY:  Good morning, Your Honor.
 7   This is Civil Action 20-3010, the United States of America,
 8   et al., versus Google LLC.
 9              Kenneth Dintzer for the DOJ.
10              Jonathan Sallet on behalf of Plaintiff States.
11              John Schmidtlein for Google.
12          THE COURT:  All right.  Good morning, everyone.
13   I hope you are well.
14          Okay.  So anybody want to raise anything before a
15   few matters that I have?
16          MR. SCHMIDTLEIN:  Good morning, Your Honor.
17          As we noted yesterday, we're going to start off
18   today with Mr. Levy from Facebook.  I have binders of
19   exhibits that are going to be referenced --
20          THE COURT:  Okay.
21          MR. SCHMIDTLEIN:  -- during his deposition.
22          There is one exhibit where there are some
23   redactions that Facebook has requested.  I don't know if
24   there's a dispute as to those, and I think we're okay on
25   redactions having to do with the exhibits that are
```

```
1    referenced in the deposition, so I think that one is going

2    to be ready to play.

3              If you are following along in the clip report we

4    gave you yesterday, this morning the government has asked to

5    take out a small section, which I think we have been able to

6    remove, but we don't have new clip reports for you.

7    So if you see --

8              THE COURT:  Okay.  That's fine.

9              MR. SCHMIDTLEIN:  -- a small little section that

10   skips, don't be alarmed, that's on purpose.  I don't think

11   it materially changes the length which, I said, is about

12   54 minutes --

13             THE COURT:  Okay.

14             MR. SCHMIDTLEIN:  -- this morning.

15             So that's for our first order of business this

16   morning.

17             We did get last night the ordering of the rebuttal

18   witnesses from the plaintiffs.  They are still, as they,

19   I guess, noted yesterday, they have Mr. Davies as some sort

20   of conditional may-call witness as the first witness for

21   Wednesday, I guess, assuming that we're going to get done

22   with Professor Murphy on Tuesday.

23             As we have indicated previously, Mr. Davies is an

24   improper rebuttal witness for a whole variety of reasons.

25   That is fully briefed.
```

1          He is also an improper witness under *Daubert*.  He

2   is basically, as I now understand it, he is going to try to

3   respond on factual issues that he thinks that Mr. -- or

4   Professor Murphy does economic analyses as part of his

5   economic opinions.  Mr. Davies is not an economist.  He

6   purports to be some sort of smartphone industry expert.  And

7   he is offering essentially factual opinions, in our

8   judgment, factual opinions that should have been adduced

9   from the actual fact witnesses like those you have seen

10  either live or by video deposition of the carrier witnesses.

11          He also was initially disclosed as an affirmative

12  expert witness in the case.  He was supposed to testify, I

13  believe, in week two, and, for reasons that only the

14  plaintiffs know, he was not called as an affirmative

15  witness.

16          So the issues that he is being offered on, to the

17  extent that they could be viewed as appropriate, were issues

18  that should have been offered in the plaintiffs'

19  case-in-chief and not in rebuttal.

20          And so I don't want to make Your Honor do more

21  work than you need to, but this is a real live issue, and

22  Mr. Davies should not be permitted to lead off.

23          In our view, Mr. Oard should be able to testify

24  first thing on Wednesday.  He should have limited opinions

25  that are addressed only to Professor Fox's DRE; and then,

1  given the length of testimony which they've estimated to be

2  two hours, he will be off the stand by early Wednesday

3  afternoon, in our view.  Professor Whinston, they've

4  indicated his testimony is two and a half hours, we think he

5  should take the stand Wednesday afternoon, and we will bid

6  you at least a brief adieu on Thursday under that schedule.

7          So that is our position.  Again, we would like

8  that ruled on.  Thank you.

9          THE COURT:  Okay.

10         Mr. Dintzer, before you --

11         MR. DINTZER:  Good morning, Your Honor.

12         THE COURT:  Good morning.

13         MR. DINTZER:  So counsel raises a number of

14  issues; I'll try to hit them.

15         We were under the impression that the Court wanted

16  to wait and address the Davies issue after Professor Murphy

17  testified to see if there was a live issue.  We are prepared

18  to have an argument on that if the Court -- if it pleases

19  the Court.  But as far as we're concerned, I mean, if

20  Professor Murphy doesn't go into the waters that he and

21  Mr. Davies have conflicted about, then we won't have

22  anything to rebut, and, if he does, then we believe we

23  should be able to rebut it.  But we are prepared to address

24  their filing if the Court -- if that would please the Court.

25         With respect to our schedule, if Mr. Davies

 1    testifies, he'd testify first.  If he doesn't, either

 2    because Professor Murphy doesn't go into these waters or

 3    because, obviously, if the Court grants their motion and we

 4    can't bring him, then Professor Oard would be the first

 5    person, he would testify Wednesday morning.

 6          Either way, for Professor Whinston to be fully

 7    prepared, we would like to call him Thursday, given that we

 8    have not raised any issues about Google's carrying Professor

 9    Murphy to next week and all of us sitting through video and

10    half-days to accommodate him, and we've made no issue.

11    We're kind of surprised that they didn't even raise this

12    with us before they raised it with the Court.  But we stand

13    ready, of course, to do it as the Court would prefer.

14          THE COURT:  Okay.

15          Let's do this.  Let me go back.  I read the papers

16    a few days back.  Let me refamiliarize myself with them when

17    we take a break this morning, and then we can have a

18    conversation about it after the videos have run, and so it

19    will be fresh in my mind.

20          You know, I would -- well, let's just do it that

21    way, and we'll have some time obviously probably later this

22    morning or just around lunchtime to have a discussion about

23    that.

24          MR. DINTZER:  We appreciate that, Your Honor.

25    Thank you.

```
 1              THE COURT:  All right.  So -- all right.

 2         Just quickly then, unless there's anything else,

 3    let me just state for the record, I have reviewed the

 4    parties' designations for Mr. Levy, it is, right, and

 5    Mr. Ezell's proposed video depositions that will be played

 6    in open court.

 7         In both instances, both -- at least the third

 8    parties; that is, Facebook in one case and AT&T in the

 9    other, and also presumably Google, at least with respect to

10    Mr. Ezell's transcript, is seeking the muting of certain

11    testimony in open court.  That information largely falls

12    into three categories.  One is revenue share percentages

13    that are reflected in Mr. Ezell's transcript, revenue share

14    amounts that are reflected in Mr. Ezell's transcripts, and

15    then internal figures concerning impacts of certain

16    technological changes that are reflected in the Facebook

17    transcript of Mr. Levy.

18         So I've reviewed those proposed redactions or

19    mutings for public playing.  I think it is appropriate,

20    given the Hubbard factors, to do it that way.

21         Again, while there is a public interest because

22    these are being presented in an open, public trial, these

23    are not numbers that have been publicly disclosed

24    previously.  They are highly sensitive commercial

25    information that, if disclosed, could cause either
```

1    competitive disadvantage or the disclosure of material,

2    nonpublic information that could have market effects in

3    particular, certainly Facebook's projections about revenue

4    losses as a result of certain changes made by Apple.

5           So I think, for those reasons, I agree that the

6    propose -- I'm fine with the proposed redactions in the

7    transcript and muting those portions while the live

8    transcripts are being played -- excuse me, while the live

9    testimony is being played.

10          All right.  So with that --

11          MR. SCHMIDTLEIN:  Just one more thing just to

12   clarify for the record.

13          On the Levy one, just to clarify, we're doing this

14   a little bit out of order in the sense of the other

15   depositions you've seen sort of have just played

16   sequentially as the deposition occurred.  In this, we're

17   flipping them a little bit because Google's examination of

18   Mr. Levy came second in time during the deposition.  As you

19   recall, we had a discussion about how to allocate the time

20   when both parties cross noticed.

21          THE COURT:  Right.

22          MR. SCHMIDTLEIN:  So you will hear sort of

23   Google's examination first even though it occurred second in

24   time and then the counter-designations from government

25   counsel's examination will be the second encounters.

1            THE COURT:  Great.  Okay.  Thank you.

2            MS. TRAGER:  Good morning, Your Honor.

3    Lara Trager.

4            With respect to the video designations of

5    Mr. Levy, there's also one document that we understand is in

6    the Court's binder only in redacted form, and we have

7    stickered that and would like to hand that up.

8            THE COURT:  Okay.  Thank you.

9            MS. TRAGER:  Thank you.

10           THE COURT:  Just two more housekeeping matters.

11           With respect to the filings from Apple and Google

12   last night about the two exhibits, I've reviewed both of

13   those filings that were made, I want to give it some more

14   thought.  I had hoped to be in a position to rule orally

15   this morning, I don't think I am, because I do want to take

16   a closer look at the prior transcripts and some of my prior

17   rulings before I make a firm decision.  So we'll either

18   issue a written order this afternoon or I may just rule

19   orally on Monday.

20           And then insofar as the exhibits that were

21   presented to me on October 19th, I will be ready to talk

22   about those at the end of the morning, so we can discuss

23   those after the video exhibits have been played, okay?

24           All right.  With that, we roll the tape.

25           (Video deposition of Daniel Levy played)

```
 1              THE COURT:  Can we pause this for a moment?  Can I
 2    have somebody direct me to where in this document he's
 3    being -- it's a long email so I want to just have where you
 4    all are.
 5              I see where we are.  Thank you.
 6              (Video played)
 7              MR. SCHMIDTLEIN:  That's the conclusion of
 8    Mr. Levy.
 9              The next one Your Honor, the witness we would call
10    is Jeffrey Ezell from AT&T.  The approximate run time on his
11    video is about an hour and 47 minutes.  So we're happy to
12    start that or we'll break or whenever.
13              THE COURT:  Why don't we go ahead and start it and
14    we'll break at our usual time at 11:00.
15              MR. SCHMIDTLEIN:  Okay.
16              MS. TRAGER:  May I, Your Honor?
17              THE COURT:  Yeah.
18              MS. TRAGER:  Before we move on to that, I would
19    just like to note that most of the documents included in the
20    testimony that was just played via video have been admitted
21    but not all, and we would move to admit the ones that have
22    not.  May I read those into the record?
23              THE COURT:  Sure.
24              MS. TRAGER:  UPX2113, UPX2114, UPX2116, UPX2117,
25    and UPX2131.  Thank you.
```

1            THE COURT:  All right.  Thank you, Counsel.

2    (Plaintiffs' Exhibits UPX2113, UPX2114, UPX2116, UPX2117,
                   and UPX2131 received into evidence.)

3

4            MS. WASZMER:  Your Honor, when we discussed this

5    with the government yesterday, they told us they would give

6    us a chance to try to respond to whatever they sought to

7    admit so I just ask the chance for us to discuss with them.

8            THE COURT:  Oh, okay.  When you say respond, you

9    mean --

10           MS. WASZMER:  So there are more exhibits that we

11   were presented and we asked them yesterday whether they were

12   going to seek to admit them and they said we'd deal with it

13   later.  I would just like to confer with my colleagues and

14   the government because there's more documents in that

15   binder.

16           THE COURT:  Oh, okay.

17           I just assumed that these were the exhibits that

18   were referred to during the deposition.

19           MS. WASZMER:  We would just like a chance to look

20   at them.  Because we're in meet-and-confers about all

21   exhibits being pushed in.

22           THE COURT:  Okay.

23           MS. WASZMER:  Thank you.

24           (Video deposition of Jeffrey Ezell played)

25           MR. SCHMIDTLEIN:  I'd ask to pause there if that's

```
 1   a good time.

 2               THE COURT:  That's a great time.  Thank you.

 3               All right.  Let's resume at 11:15.  See you all

 4   shortly.  Thank you.

 5               COURTROOM DEPUTY:  All rise.  This Court stands in

 6   recess.

 7               (Recess from 11:01 a.m. to 11:18 a.m.)

 8               COURTROOM DEPUTY:  All rise.

 9               This Honorable Court is again in session.

10               THE COURT:  Please be seated.  Thank you,

11   everyone.

12               MR. SCHMIDTLEIN:  So, Your Honor, mindful of,

13   I know we usually break at 12:30 for lunch.  The remainder

14   of the video is going to -- if we play it all the way

15   through right now, we'll go till, I think, roughly 12:45.

16               THE COURT:  Okay.

17               MR. SCHMIDTLEIN:  So with your indulgence,

18   let's -- we'd like to just play it and be done.

19               MR. SALLET:  Can I just note one thing that you

20   and I talked about?

21               At the end, even though it will be 12:45,

22   Mr. Schmidtlein and I have an agreement on the introduction

23   of some exhibits, a statement about a couple of exhibits and

24   an agreement that some contested issues should be dealt with

25   in post-trial briefing.
```

1      Might I do that at the end as well?

2      THE COURT:  Sure.

3      MR. SALLET:  Thank you.

4      THE COURT:  That's fine.

5      Yeah, we'll have some time to wrap things up.

6  We've got some issues that I want to -- now I see

7  Professor -- I mean, Mr. Davies' rebuttal, I want to talk

8  about that and a few other things.  So we'll just tack that

9  on to the end of the testimony instead of breaking it up

10  with lunch.

11      All right.

12      (Video deposition of Jeffrey Ezell continued)

13      THE COURT:  All right, everyone.

14      MR. SCHMIDTLEIN:  Your Honor, just for the record,

15  there were a variety of exhibits that you were able to see

16  and you had in your binder.

17      It's my understanding all of those exhibits have

18  already been admitted into evidence, so no more housekeeping

19  needs to be done on the Ezell deposition.

20      THE COURT:  Okay.  Terrific.  Thank you.

21      All right.  Mr. Sallet, you wanted to put

22  something on the record?

23      MR. SALLET:  Yes.  Thank you, Your Honor.

24      So Google and we, Mr. Schmidtlein and I, have

25  reached an agreement on the handling of a set of exhibits

```
 1    that have been in controversy.

 2            I'd like to hand up a set and push into evidence

 3    exhibits on which we agree, although there is a statement

 4    I will make as attached to four of them.

 5            So these -- this is an agreement on different

 6    documents that we have been discussing, some of which have

 7    to do with SA360, for example, one of which is a correction

 8    of a mistake, we just made a typographical error earlier.

 9    Google agrees to this.

10            We've also agreed that an explanation will be

11    provided to the Court as regards to the exhibits that have

12    the most digits in them.  There are four Baker exhibits,

13    PSX00866.020, -021, -022, and -023.

14            And as to those exhibits, we want to represent

15    that they contain analysis from the plaintiffs' expert --

16    Plaintiff States' expert Jonathan Baker, regarding SVPs

17    share of visits referred by general search firms.  At the

18    request of the defendant, the Plaintiff States represent

19    that these figures contain analysis from Similarweb, which

20    monitors website traffic and does not include traffic to SVP

21    apps.

22            Defendants have moved into evidence similar

23    analysis from their expert, Professor Elzinga, such as

24    DX0256, containing information in both website and app

25    traffic for the same SVPs.
```

1           Your Honor, there is a dispute between the experts

2    on the appropriate methodology, which Professor Baker

3    described in his testimony.

4           We'd just like the Court to have that in

5    connection with these particular exhibits.

6           THE COURT:  Okay.

7           MR. SALLET:  And then there are a handful of

8    exhibits, one of which relates to Professor Baker, three of

9    which relate to Microsoft documents subject to an earlier

10   motion in limine, to which the parties have a current

11   disagreement.  Mr. Schmidtlein and I both agree that the

12   best way to handle that would be through post-trial briefing

13   of the kind Your Honor has previously referenced.

14          Do I have that correct?

15          MR. SCHMIDTLEIN:  Yes.

16          THE COURT:  Okay.  That work perfectly well.

17          MR. SALLET:  So we move to push these in.  Can we

18   request that they be admitted?

19          THE COURT:  Yes, please.

20          So they'll be admitted.

21      (Plaintiffs Exhibits PSX00866.020, -021, -022, and -023

22                                      received into evidence.)

23          MR. SALLET:  Great.

24          And as to the four documents, we'll raise them in

25   post-trial briefing.

9633

```
 1                THE COURT:  Terrific.

 2                MR. SALLET:  Thank you, Your Honor.

 3                THE COURT:  Thank you.

 4                All right.  Ms. Waszmer?

 5                MS. WASZMER:  Your Honor, Wendy Waszmer for

 6    Google.

 7                Just to clean up on the exhibits from the Levy

 8    video deposition designation, Ms. Trager and I have reached

 9    an understanding and as to the government's exhibits that

10    she sought to introduce, UPX2113, UPX2114, UPX2116, UPX2117,

11    and UPX2131, Google does not object to admission.

12                And then we just have one that was also

13    referenced, DX3246, and Ms. Trager has indicated the

14    government does not object to that admission.  Thank you.

15                MS. TRAGER:  That's right.

16                THE COURT:  All right.  Terrific.

17    (Plaintiffs' Exhibits UPX2113, UPX2114, UPX2116, UPX2117,
                         and UPX2131 received into evidence.)
18

19                                (Defendant's Exhibit DX3246
                                     received into evidence.)
20

21                THE COURT:  All right.  Thank you.

22                Mr. Schmidtlein.

23                MR. SCHMIDTLEIN:  Sorry, Your Honor.

24                THE COURT:  That's all right.

25                MR. SCHMIDTLEIN:  I've been told by my team that
```

```
1    I should clean up our houses as well.

2            I'm just going to hand up another set of exhibits

3    that we're pushing into evidence.  We've conferred with

4    counsel for the plaintiffs, and I believe that the

5    representations on here they're either unobjected to or is

6    our standard hearsay, embedded hearsay objection and/or

7    they're demonstratives that will be treated as

8    demonstratives.

9            THE COURT:  Okay.

10           These are previously shown or these are --

11           MR. SCHMIDTLEIN:  Yes, either previously shown in

12   terms of demonstratives or exhibits that the parties have

13   conferred on about pushing in and we have agreement.

14           THE COURT:  Great.  Okay.  Thank you.

15           MS. JENSEN:  Your Honor, the government has no

16   objection except for the stated objections in the handout.

17           THE COURT:  Oh, okay.

18           MR. SCHMIDTLEIN:  It's the embedded hearsay.

19           MR. SALLET:  And, Your Honor, Plaintiff States

20   take the same position.

21           THE COURT:  Terrific.  All right.  Well, let's

22   just take a few minutes to address a few outstanding

23   matters.

24           To close up on an issue that was at the end of the

25   day yesterday, I had -- this was the request to seal a
```

1    couple of percentages that had been mentioned in the public

2    proceeding inadvertently, and I just sort of put to you,

3    Mr. Schmidtlein, whether there was any authority for me to

4    kind of retroactively remove those from the public record.

5              MR. SCHMIDTLEIN:  I am told that there is mixed

6    authority at best on that proposition.

7              I will also -- I'd also just like to state,

8    Your Honor, we did get an outreach last evening from

9    Verizon's counsel, and I think they are still considering

10   whether they want to be heard on these issues, because these

11   are percentages that pertain to the negotiations with them

12   and they only heard about them late yesterday.

13             I guess I would also just say, I am aware of at

14   least one instance of inaccurate reporting of those

15   percentages, in other words, a mischaracterization by a news

16   organization that is following this proceeding about these

17   percentages.  That is very harmful to us.

18             I'm also -- I just want to state for the record,

19   I'm also very troubled by Mr. Dintzer's statement yesterday

20   that -- I'm not going to characterize or I'm certainly not

21   going to suggest that people are intentionally violating the

22   rules of the Court here by disclosing these matters or that

23   people are not doing their very best; but there have been

24   numerous instances where government counsel or one of their

25   witnesses has uttered things that are confidential, that are

1   very, very sensitive business terms.  We had a filing about

2   one of these the other day, where they had to pull something

3   down because their filing improperly included materials.

4          And for them to stand up and suggest at this point

5   that every time this happens, oh, that once it's out in the

6   wild, gee, there's just nothing we can sort of do about it,

7   suggests to me that whatever rules we have here have no

8   teeth to them, and I'm certainly not going to get up here

9   and try to suggest we should start sanctioning attorneys for

10  this; but if we have no mechanism, limited as it may seem to

11  the Court, to be able to try to address these things, you

12  know, we still have expert witnesses who are going to be

13  testifying about things that matter very deeply to my client

14  and to third parties here.

15         And so I'm not going to sit here and tell

16  Your Honor I've got ironclad authority, and there's

17  certainly cases out there where the courts have said, once

18  it's out, it's out.  But I would respectfully ask that,

19  under these circumstances, we do have an interest and

20  Verizon may want to be heard on that, and I know there's a

21  timing issue and you are trying to be, as you should be,

22  very cognizant of pushing out transcripts and making these

23  things public.

24         I don't know if they're going to want to file

25  something today.  We've told them that Your Honor is

```
 1    urgently trying to address these things and I'm going to
 2    confer with them later this afternoon.
 3              But our request stands that we would like this
 4    redacted, given the broad interest and the harm that we
 5    think has occurred as a result of some of these disclosures
 6    in the past.
 7              Thank you, Your Honor.
 8              THE COURT:  Okay.
 9              MR. DINTZER:  Your Honor, regarding this specific
10    disclosure that counsel references, it was -- there was a
11    reference made by our attorney and then there was a separate
12    reference made by the witness.
13              I don't know how you equivocate those or measure
14    those.  I believe everybody is doing their best.  The idea
15    of wafting sanctions and then saying, we're not asking for
16    them, I don't even know what that means.  And counsel has
17    not shared their legal authority with us that they say is
18    mixed.
19              All I can say is that we've spent, I think I can
20    say with confidence, hundreds of hours doing everything we
21    can do keep the train moving, to keep confidentiality and to
22    do everything as the Court has asked, and as we believe is
23    our responsibility.
24              And so, you know, I appreciate the sensitivity
25    that they bring.  My entire team appreciates that, and we
```

 1    have all done our best.  And sometimes mistakes are made by

 2    us or the witness or Google's counsel or the people running

 3    the charts or whatever.  It raises a completely separate

 4    question about what happens when that's on the record.

 5            By our read, I mean, we don't have a dog in the

 6    fight except for making sure that the record is accurate and

 7    the public gets the information to which they're entitled

 8    to.  Once it's on the record, to take it off the record

 9    would seem to be inconsistent.

10            They show us -- we have not done the research.  If

11    they show us research that says otherwise, I'd be happy to

12    discuss it.  They haven't shared that with us.  But I have

13    to address this with when counsel is wafting accusations

14    without any merit or -- and not even asking for anything,

15    just floating that.  So I did need to address that,

16    Your Honor.

17            THE COURT:  Okay.

18            You know, we'll take a look, too, Mr. Schmidtlein.

19    If you want to send us any authorities that you think are

20    relevant, we're happy to take a look.

21            And in terms of the, what I think as a general

22    proposition has been inadvertent disclosures, we weren't

23    going to bat a thousand, it's just human nature, and I think

24    we've done a pretty good job overall in maintaining the

25    confidentiality -- or the areas that I think are

1    appropriately confidential and, you know, even the best

2    tennis players have an occasional foot fault, and I think

3    that's where we find ourselves.

4              Okay.  So that's that.

5              Let's talk quickly about the exhibits that are

6    here.  Let me just go through them if I can, and if I want

7    discussion, I'll ask for it.

8              So the first one is UPX711, which I take it is

9    simply an example of an instance in which employees of

10   Google have affixed a confidentiality -- privileged

11   confidentiality stamp to an email without getting any legal

12   advice in return.

13             MR. GOWER:  Your Honor, that's a part of it, but

14   not actually the primary piece.

15             The part that we're most interested in was on

16   page 2, where the author of an email said, "I've obfuscated

17   the per device search monetization into three buckets; high,

18   medium, and low, annual 2019 search rev per device as per

19   legal guidance from a litigation perspective."  We say this

20   is an instance of Google transforming evidence that might be

21   unfavorable into evidence that is either favorable or less

22   unfavorable for the purposes of it looking better later in

23   court.

24             THE COURT:  Okay.  Mr. Schmidtlein.

25             MR. SCHMIDTLEIN:  Your Honor, they're

1    misrepresenting what the import of that email has to do

2    with.  If they had asked Mr. Yoo, who sat right there in the

3    witness chair in this courtroom when he was called to

4    testify by the United States, he would have explained that

5    this has to do with making sure that monetization figures

6    that are being circulated, that are specific to certain

7    types of devices, do not get shared with other people in the

8    organization; i.e., people dealing with Apple who are not

9    allowed to get access to those types of things.

10        This has nothing to do with hiding information

11   from legal.  They had an opportunity to ask the witness who

12   wrote this email and they chose not to.

13        MR. GOWER:  Your Honor, we note that it says "per

14   legal guidance from a litigation perspective."  It does not

15   appear to be an instance of trying to make sure that the

16   information is not leaked to a third party.

17        As to raising this with a witness, I'll note that

18   this is one of only two documents in the binder that was

19   authored by a witness that testified here.  At the time we

20   moved to admit them, the witness had already left the stand.

21   We believed that pushing in documents were appropriate and

22   we believed that this document spoke for itself.

23        THE COURT:  Okay.

24        Well, look, given the inference that the

25   government would like, the plaintiffs would like me to draw

 1   from this, it doesn't seem to be on a topic that is relevant

 2   to the issues at hand.  Maybe I'm misinterpreting it, but

 3   bottom line is, there was a witness here, it does seem to me

 4   to be unfair for me to draw any kind of inferences from a

 5   document that could have been explicated, not only by the

 6   plaintiffs but Google would have had an opportunity to have

 7   done that while the witness was on the stand.  So given that

 8   feature of this, I am going to exclude that particular

 9   exhibit.

10            All right.  Let's turn to the next one which is

11   UPX929.  And I take it this is an example of what we saw

12   yesterday concerning sort of guarded language about

13   antitrust topics or antitrust issues.

14            MR. GOWER:  Yes, there's two instances here of

15   mentionings of a search market, including search market by

16   country, which is exactly the market we've alleged.  The

17   person who said it was told not to say that and was told

18   that this was unhelpful.

19            THE COURT:  Let me just ask Google what their view

20   is on this one.  I don't think any of these witnesses have

21   come in to testify.  I don't know whether any of them were

22   deposed.

23            MR. SCHMIDTLEIN:  No, Your Honor, these --

24   everybody who is involved here, this has to do with Europe

25   and matters going on in Europe.  This has nothing to do with

 1    the United States and none of these witnesses were called

 2    to -- were deposed in the -- were deposed in this case.

 3              THE COURT:  All right.

 4              So I'll allow this one in.  I think there's some

 5    probative value to this.  Since we saw the document

 6    yesterday that was providing advice about how to handle it

 7    antitrust concepts and communications, and this, I think, is

 8    an example of it even though it falls outside of the U.S.

 9    market that's been alleged here.  And I don't think the

10    unfair prejudice outweighs the probative value of it, unlike

11    the prior document that I'm excluding.

12              MR. GOWER:  Thank you, Your Honor.

13              THE COURT:  So what do we have next?  Next we have

14    UPX973.

15              Now, isn't this already in evidence?

16              MR. GOWER:  This is a document that we were able

17    to use with a witness after we had moved him in and it was

18    the only opportunity after moving so we did it.

19              Sorry, the initial motion was on October 19th,

20    I believe, and Mr. Pichai testified after that so we made

21    sure to use this document from the binder with him and it is

22    now in evidence, so this document is no longer part of our

23    motion.

24              THE COURT:  That's what I thought.  I thought this

25    was in evidence.  That solves that one.  Okay.

1           Then we've got 1039.  I didn't put a note on this.

2    Help me place why --

3           MR. SCHMIDTLEIN:  This is an example, Your Honor.

4           THE COURT:  Hang on, Mr. Schmidtlein.

5           Hang.  Let me ask counsel for the Department first

6    and then I'll get a response.

7           MR. GOWER:  Right.

8           Now, this is the second of two documents that I

9    mention that are still alive that was written by a witness.

10   It was -- we believe it speaks for itself.  There was a

11   request for an attorney to give advice towards the bottom of

12   the page; someone notified the person, you didn't even

13   include the attorney on the email, and then the response

14   was, "I think I just now typed, Kate, please advise, on

15   autopilot."

16          We don't believe that this requires any

17   imagination to understand what this person was saying, the

18   requests for legal advice are sometimes used on autopilot

19   and we believe that's a relevant fact.

20          THE COURT:  Okay.

21          Look, again, I think this falls in the same

22   category as the first document.  If this was something that

23   plaintiffs wish to have introduced, Ms. Kartasheva was here,

24   not only are you asking me to draw certain inferences that

25   she might have had the opportunity to explain, obviously

1    Google counsel could have also questioned her about it.  So

2    I do think the prejudicial quality of this, not having had

3    the opportunity for a witness who was here live to explain

4    it, outweighs its probative value.

5                MR. GOWER:  Understood.

6                THE COURT:  All right.  So the next one, 1042.

7                MR. GOWER:  Yes.

8                This one, the focus is primarily on this third and

9    second email down from the top.  This is Android employees

10   discussing the MADA.  One writes, "Thread kill please," and

11   the other basically advises the person that rather than

12   saying "Thread kill, you should copy a lawyer and make it

13   privileged to get internal consultation."

14               THE COURT:  Okay.

15               MR. SCHMIDTLEIN:  This document involves matters

16   that are completely unrelated to any of the claims that are

17   in this lawsuit, and it involves witnesses who -- I mean,

18   just the subject matter, you read through this, this has

19   nothing to do with any issues in the case, and it certainly

20   has nothing to do with any witnesses who've been called in

21   the case.

22               I don't know how we can defend ourselves against

23   an email that has zero context to anything that is still

24   live in dispute in the lawsuit.

25

1          MR. GOWER:  Your Honor, with respect to relevance,

2     we'd direct Your Honor to the second page of our Q2 list.

3     "What do we say when Android partners want to load the same

4     apps on their Play Store list Android devices."  This thread

5     is discussing the MADA, it's discussing the Play Store.

6     We believe the relevance ties in through the MADA.

7          MR. SCHMIDTLEIN:  The Q1 talks about Android run

8     time on Tizen, which is a completely different operating

9     system that Samsung operate -- I think you may have heard

10    some passing reference to it.  And I think this has to --

11    I'm being told -- yeah, this has to do with matters in

12    Korea.  This literally has nothing to do with the

13    United States market whatsoever.

14          THE COURT:  Okay.

15          Look, in a sense, this all seems somewhat

16    cumulative to me.  I understand the desire to -- because of

17    the word that was used here by the Google employee, but

18    we've seen lots of -- to the extent that plaintiffs are

19    going to stand up at the end here and ask me to draw some

20    inferences about Google's treatments of attorney-client or

21    at least the label attorney-client privilege, there are lots

22    of documents that you can use as examples of that.  So given

23    the fact that this is not directly related, I think we'll

24    go ahead and just exclude it.

25          MR. GOWER:  Understood.  Thank you, Your Honor.

1          THE COURT:  And the next three are sort of the

2     same bucket and they all just relate to changes in the chat

3     retention policy.

4          MR. GOWER:  Correct.

5          The first version of the chat retention policy was

6     entered -- excuse me, the first version of a written formal

7     chat retention policy was entered through Mr. Kolotouros.

8          THE COURT:  Right.

9          MR. GOWER:  A 2008 emailed version of the chat

10    retention policy was entered through Mr. Pichai.  These

11    three are the three most recent versions, specifically

12    descendants of the ones looked at with Mr. Kolotouros.

13         THE COURT:  Any objection to these?

14         MR. SCHMIDTLEIN:  No, no objection.

15         THE COURT:  So they'll be admitted then.

16         (Plaintiffs' Exhibits UPX973, UPX711, UPX929, UPX973,
                    UPX1039, UPX1042 received into evidence.)

17

18         THE COURT:  So 1095 is a document that is hard to

19    understand, but I take it you'd like to admit it because

20    somebody references a chat-off request.

21         MR. GOWER:  Yes, Your Honor.

22         The relevance of this document is all at the top.

23    You can see, first of all, a note that WPA at the top is a

24    whole page auction so this is related to an auction for

25    search ads.

 1          But more importantly the main reason why we've

 2     introduced this is to show that even employees who want to

 3     preserve chats affirmatively have those chats deleted

 4     because of the history-off policy.  So we think that further

 5     enforces the consequences of having history-off defaulted --

 6     as the default.  Even employees that want to preserve their

 7     chats have them lost.

 8          THE COURT:  Can I ask the following question,

 9     which is, I mean, there are two issues here, it seems to me,

10     but -- that emerge from the same topic which is this

11     chat-off history stuff.

12          There's the question of the sanctions, and it's

13     not clear to me that this would be relevant to the sanctions

14     because the email is dated 2017, and so conduct that

15     precedes whatever the magic date is that they should have

16     preserved, this wouldn't fall within that bucket.  That's

17     one.

18          Two, I mean, are you seeking to use this

19     potentially alternatively, I suppose, as sort of -- some

20     kind of state of mind evidence?  Is that what we're talking

21     about here?

22          MR. GOWER:  Well, I'll say first, with regard to

23     your first point, we're not saying this is sanctionable

24     conduct.  I mean, this employee wants chats retained.  We're

25     using this to show Your Honor that employees who do want

```
1    their chats retained lose them because of the default

2    setting on chats is powerful, and we think that fact,

3    although it was stated in 2017, remains -- that's a facts

4    true throughout the time of this case and throughout the

5    entire computer era.

6            So we think it goes -- yes, we think it does go to

7    spoliation.  The motion even though the evidence itself

8    comes from before with the time, this is not the conduct

9    we're saying is unlawful, we're saying these are the facts

10   that should have been interpreted -- that should have been

11   known when we view the decision that Google made to set its

12   policy to history off.

13            THE COURT:  Okay.

14            Well, if that's the basis, then I'm going to

15   exclude it because I do think if it's primarily -- if what

16   I'm hearing you say is this relates to the spoliation issue,

17   given that the email is prior to any investigation that was

18   launched by the Department of Justice or the States, it

19   seems to me pretty weak evidence of the spoliation argument

20   that you want to make, and so I don't see the relevance of

21   it at the end of the day to a spoliation issue.  All right.

22   So I'll exclude 1095.

23            And then we've got an example, maybe this was in

24   and maybe it wasn't, but this is UPX1100, and I guess

25   I should have named the last exhibit which was UPX --
```

1          MR. GOWER:  1096 precedes that one.

2          THE COURT:  Right, UPX1096, sorry.

3          This, I think raises the same issue, right?

4          MR. GOWER:  So, Your Honor, for this one, we're

5    pointing to Bates 409, I think it's the, let's see, first,

6    second, third.

7          THE COURT:  Right, this is just in terms of a

8    policy change of how the chats would be preserved?

9          MR. GOWER:  So we're offering this just to show

10   that Google has the technological capability to set the chat

11   history to on and that Google has the technological

12   capability to ensure that --

13         THE COURT:  Is there any dispute about that?

14         MR. GOWER:  Well, I don't know.  If they'll

15   stipulate to the two facts, if I can say them both, that

16   they can turn history on and that they can make it where the

17   custodian is not able to flip history off, those are the two

18   facts we're trying to establish through this email.  So if

19   they're stipulated to, then we don't need this document.

20         MR. SCHMIDTLEIN:  This is actually a very, very

21   technical issue that has not been raised with us.  If they

22   want to raise with us the specific technical things that

23   they want a stipulation to, we'll hear them, but it hasn't

24   been raised to us, and this document certainly does not

25   provide some sort of categorical explanation on this issue,

```
 1   that's for sure.
 2              THE COURT:  Okay.  So why don't you all have a
 3   discussion about it and then we can, if there's still a
 4   dispute, we can take it up.
 5              MR. GOWER:  Understood.
 6              THE COURT:  And then UPX, and that last one was
 7   UPX1096 so we're up to UPX1100.  And is this --
 8              Well, tell me what you think this is an example
 9   of.
10              MR. GOWER:  Right.
11              Yes, Your Honor.
12              If you look at the top, there's a discussion about
13   Mr. Jerry Dischler, who's not on the thread but he's
14   discussed, you've heard from him.
15              And then below, a deponent in this case says,
16   "I can set up a briefing meeting," this is on the third
17   line, and then she explains in her next message why she
18   wants to discuss it in person as opposed to in writing and
19   she says, "The DOJ case is making the content very sensitive
20   to share via email these days."
21              And we think this is another instance of Google
22   avoiding putting unfavorable facts into a preserved form.
23              THE COURT:  Okay.  Any response?
24              MR. SCHMIDTLEIN:  This is certainly not evidence
25   of people trying to hide unfavorable facts.  It's a
```

1    discussion about, we should talk about this live in person

2    before people start willy-nilly writing things that may or

3    may not be accurate.  This is -- to the extent they -- this

4    is cumulative of others -- you know, evidence of people

5    saying, hey, listen, we're under scrutiny here, be careful

6    about how we think and write about things, and they haven't

7    used this with any witness during -- either during discovery

8    or during trial.

9              THE COURT:  Okay.

10             MR. SCHMIDTLEIN:  This -- I think one of the

11   witnesses who was on this chain was initially on their

12   witness list for the trial and they then dropped her and

13   didn't call her.

14             THE COURT:  All right.  I'll allow it in.  I mean,

15   there's some probative value to it, and I don't think it's

16   unduly or unfairly prejudicial.

17             So I'll allow UPX1100 in, okay?

18             MR. GOWER:  Thank you, Your Honor.

19                              (Plaintiffs' Exhibit UPX1100
                                    received into evidence.)
20

21             MR. GOWER:  And just for the record, I'd like to

22   just read out the UPXs for the three chat policies, and that

23   was UPX1089, UPX1090, and UPX1091.  And I understand those

24   were admitted.

25

1          THE COURT:  Yes, they were admitted.

2          MR. GOWER:  Great.  Thank you.

3          (Plaintiffs Exhibits UPX1089, UPX1090, and UPX1091
                                        received into evidence.)

4

5          MR. SCHMIDTLEIN:  Your Honor, as you may remember

6    from the briefing on this issue, we produced, as exhibits to

7    our briefs, a voluminous collection of correspondence with

8    the department and other materials that we say evidences the

9    fact that they were aware of --

10          THE COURT:  Right.

11          MR. SCHMIDTLEIN:  -- all these collection

12   policies?

13          Do you want us to push those into evidence?

14          THE COURT:  No.

15          MR. SCHMIDTLEIN:  Okay.

16          THE COURT:  No, I can now -- thank you for raising

17   it.  What I can formally say is that whatever was submitted

18   in connection with those exhibits, I will consider as part

19   of the overall record.  Whatever has been admitted at trial,

20   I consider to be a supplement of the record that was made in

21   writing.

22          MR. SCHMIDTLEIN:  Thank you.

23          THE COURT:  Okay.

24          All right.  Let's see if we can get through this

25   last issue quickly and that concerns our expert.  What did I

1    do with my papers?  There they are.

2            All right.  So look, I guess the question, maybe

3    let me just -- let me just put the question to the

4    plaintiffs, which is, if -- what is it about Professor

5    Murphy's testimony that you expect that you would call

6    Mr. Davies to rebut?

7            I mean, you've provided some examples, but it

8    would be helpful to have that clarified.

9            MS. ONYEMA:  Veronica Onyema for the

10   United States, Your Honor.

11           THE COURT:  Ms. Onyema.

12           MS. ONYEMA:  At this time, we don't know

13   precisely, obviously, what Professor Murphy is going to

14   testify about.  But in terms of sort of the relationship

15   between the reports between Professor Murphy and Mr. Davies,

16   we anticipate that Professor Murphy might get into talking

17   about market dynamics in terms of how OEMs respond to those

18   dynamics and enter in contracts related to these search

19   distribution contracts and the MADA.  There could be other

20   issues that come up.  We really would want to wait to hear

21   his testimony to be able to see what we can directly rebut

22   based on Mr. Davies expertise and his opinions that he's

23   provided.

24           THE COURT:  And you just -- I think I read his

25   summary a while ago, but just give me a preview of what --

```
 1   if he's going to testify about, sort of consistently with

 2   the back and forth with Professor Murphy; and if Professor

 3   Murphy brings up those topics, what's he going to come in

 4   and say?

 5              MS. ONYEMA:  Well, in terms of what he's already

 6   kind of articulated in his opinions that the Court has,

 7   I believe, seen before, he'll talk about how, for example,

 8   Professor Murphy's analysis of the MADA is flawed, he'll

 9   talk about potentially this idea that the MADA is a barter

10   between OEMs and Google.  He'd be able to talk about those

11   issues.  But they would relate to his core opinions which do

12   relate to the MADA.

13              We did tell Google, I can't recall when at this

14   point, that we were not anticipating that he was going to

15   provide testimony about the excluded opinion, Opinion 5.

16              But, again, this is rebuttal testimony so it

17   really just depends on what Professor Murphy does.  We would

18   be directly refuting that.

19              THE COURT:  Okay.

20              So, Mr. Schmidtlein, let me put the question to

21   you, which is, do you anticipate Professor Murphy touching

22   on the subjects that might draw a request for rebuttal

23   testimony?

24              MR. SCHMIDTLEIN:  Your Honor, what you've just

25   heard are facts.  This is -- he's not offering an expert
```

1    opinion.  He wants to come in here and say, I disagree with

2    the facts, the fact record about what OEMs have actually

3    done in the case, and then Professor Murphy analyzes and

4    does an economic analysis of those facts.  And they want

5    this expert to come in and say, I disagree with what the

6    OEMs sort of incentives are or what the OEMs -- you've heard

7    from the OEMs and you've heard from the carriers on this

8    point.

9            So Professor Murphy does do economic analyses

10    base -- and is going to do some economic analyses and offer

11    opinions based upon observations in the record, the factual

12    observations about what OEMs and carriers have actually

13    done.

14            What this witness has been from day one is an

15    attempt to sort of rebut or try to get in, sneak in fact

16    testimony that he is completely unqualified and has no bases

17    to offer because he's not an OEM and he's not a carrier.

18            He claims to have talked to them over the years.

19    He's not talked to them about the Android operating system

20    agreements.

21            And so what you've heard here is completely

22    improper.  And he has no bases -- he's offered no opinions

23    about the "barter," you know, Professor Murphy's analysis of

24    the barter.

25            And, finally, as I said before, if he wanted to

1    offer those opinions, he needed to be here in the

2    case-in-chief to offer them, not on rebuttal.

3              THE COURT:  Okay.  Well, just, let me just address

4    that last point.

5              I mean, I've looked at the cases that Google has

6    cited and I don't see any of them that sort of stand for

7    this proposition because somebody was designated as an

8    affirmative expert and wasn't called in the case-in-chief,

9    he can't be called in rebuttal.

10              Now, depending upon the subject matter,

11    I understand, you know, the one Third Circuit case that was

12    cited, for example, actually involved an expert doing

13    testing the night before the person was going to be called,

14    so we're in a slightly different situation, I would say.

15              But all that said, look, I think, you know,

16    I think it would be imprudent of me to make a determination

17    right now without having a full opportunity to hear what

18    Professor Murphy is going to say and what the potential

19    rebuttal is.

20              What I can do is the following, which is

21    recognizing the uncertainty of whether he's going to be

22    called or not and what he would testify about, I can order

23    them to re-jigger the order of their witnesses to ensure

24    that you have adequate time to prepare for any rebuttal if I

25    allow it.

1           MR. SCHMIDTLEIN:  Okay.  That would be fine.

2           I also --

3           THE COURT:  Because I recognize the unfairness of

4    where we are in some sense.  And if Professor Murphy

5    finishes on Tuesday, to then have Mr. Davies go first thing

6    Wednesday morning would probably be -- would put some --

7    present some challenges.

8           MR. SCHMIDTLEIN:  The other thing, I guess, just

9    to remind you, we do have a very, very live *Daubert* motion.

10          THE COURT:  No, I know.

11          MR. SCHMIDTLEIN:  On every aspect --

12          THE COURT:  Which I need to go back and

13   refamiliarize myself with.  I was able to re-read what was

14   recently filed, but in light of this, I do need to go back

15   and look at their *Daubert* motions because I guess until a

16   few days ago, I didn't even know it was going to be an

17   issue.

18          MS. ONYEMA:  Your Honor, if I may, just to note,

19   we certainly don't want to rehash our *Daubert* opposition

20   right now, unless the Court would like to us to, but

21   Mr. Davies has 30 years of experience, he has worked with

22   numerous smartphone vendors.  We're happy to talk about the

23   *Daubert*, but we believe it should be denied.

24          And I also just want to sort of, again, reiterate

25   the point that we make in our brief that Google's motion is

```
1    untimely.  It's waived, in our view, because they have known

2    since the fifth day of trial that DOJ Plaintiffs intended to

3    not call Mr. Davies in their affirmative case and to save

4    him for any possible rebuttal.  And so if they truly

5    believed that he was properly brought in our affirmative

6    case-in-chief, they should have raised it at a time when our

7    affirmative case-in-chief was not yet concluded.  So that is

8    prejudicial to the Justice Department.

9               THE COURT:  As I think I've ruled at least on the

10   timing issue, I'm not --

11              MS. ONYEMA:  Understood.

12              THE COURT:  -- I don't think that's the issue for

13   me.

14              The ultimate issue is going to be twofold:  One is

15   whether he's actually going to come in and offer testimony

16   that is actually truly rebuttal testimony, one; and, two,

17   and I suppose the pre -- you know, the precursor question is

18   whether he's qualified to do that.  But we'll just have to

19   wait and see what Professor Murphy says and whether there's

20   a basis to have him rebutted.

21              I guess that means, in terms of your sequencing,

22   I'd like to have Professor -- excuse me, Mr. Davies, if he

23   testifies, be the last of your three rebuttal witnesses.

24              MR. DINTZER:  That won't be a problem, Your Honor.

25   Then what we'll do is we'll bring Professor Oard on
```

```
 1   Wednesday, Professor Whinston on Thursday, and if he flops

 2   over to Friday, to Friday, and then immediately after that,

 3   Mr. Davies.

 4              THE COURT:  Okay.

 5              MR. DINTZER:  Thank you, Your Honor.

 6              THE COURT:  Mr. Schmidtlein.

 7              MR. SCHMIDTLEIN:  I don't know why

 8   Professor Whinston is not taking the stand on Wednesday.

 9              THE COURT:  I thought you said he would take the

10   stand on Wednesday.

11              MR. DINTZER:  No, Professor Whinston Thursday,

12   Professor Oard Wednesday.

13              THE COURT:  Okay.  All right.

14              Is Professor Whinston not available on Wednesday?

15              MR. DINTZER:  Since Professor -- what counsel is

16   trying to do is they're trying to create a situation where

17   Professor Murphy finishes and 12 hours later

18   Professor Whinston has to take the stand without having the

19   chance to digest what Professor Murphy says.

20              In the same way that if -- I mean, it's really

21   amazing that counsel is raising this since they could have

22   called Professor Murphy today to start today and we could

23   have started him, and we have raised no issue about that,

24   and could have had him for the rest -- or started this

25   morning or instead of videotape.
```

1        We've been very, very cooperative with them with
2   respect to playing tape as opposed to actually bringing live
3   witnesses.  And to deny us the order and the starting time
4   that we've asked to accommodate our witnesses and to make
5   sure we're prepared for court is really remarkable,
6   Your Honor, but that is what we are asking.  Wednesday for
7   Professor Oard, Thursday for Professor Whinston.  And to the
8   extent he needs to go Friday morning, which we're hoping he
9   doesn't, then Mr. Davies directly after that.
10            THE COURT:  Okay.
11            MR. DINTZER:  Thank you, Your Honor.
12            THE COURT:  We'll work it out.  You all don't need
13   to wait.
14        That's fine, we can start Professor Murphy --
15   excuse me, Professor Whinston, excuse me, on Thursday.
16   I'm just trying to figure out whether we can move something
17   that we have on Friday to give us a little extra time, which
18   it looks like we may need, particularly if Mr. Davies
19   testifies.
20            MR. DINTZER:  We appreciate that, Your Honor.
21            THE COURT:  Alternatively, it may just -- well, if
22   you're only expecting -- you're expecting two and a half
23   hours for Professor Whinston on direct?
24            MR. DINTZER:  That is correct, Your Honor.
25            THE COURT:  All right.  So we ought to be able to

```
 1    finish his examination on Thursday.

 2              All right.  So let's see where we are, okay?

 3              Thank you, everyone we'll see you on Monday.  Have

 4    a nice long weekend.  See everybody Monday.  Thank you.

 5    Don't wait for me, please.

 6              COURTROOM DEPUTY:  The Court stands in recess.

 7              THE COURT:  I would ask however if we could get

 8    one more housekeeping with respect to these binders.

 9    Thank you.

10              (Proceedings adjourned at 1:30 p.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__November 9, 2023_____    

William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [5]** 9619/2 9619/6 9629/5 9629/8 9661/6

**MR. DINTZER: [11]** 9622/11 9622/13 9623/24 9637/9 9658/24 9659/5 9659/11 9659/15 9660/11 9660/20 9660/24

**MR. GOWER: [23]** 9639/13 9640/13 9641/14 9642/12 9642/16 9643/7 9644/5 9644/7 9644/25 9645/25 9646/4 9646/9 9646/21 9647/22 9649/1 9649/4 9649/9 9649/14 9650/5 9650/10 9651/18 9651/21 9652/2

**MR. SALLET: [8]** 9629/19 9630/3 9630/23 9632/7 9632/17 9632/23 9633/2 9634/19

**MR. SCHMIDTLEIN: [36]** 9619/16 9619/21 9620/9 9620/14 9625/11 9625/22 9627/7 9627/15 9628/25 9629/12 9629/17 9630/14 9632/15 9633/23 9633/25 9634/11 9634/18 9635/5 9639/25 9641/23 9643/3 9644/15 9645/7 9646/14 9649/20 9650/24 9651/10 9652/5 9652/11 9652/15 9652/22 9654/24 9657/1 9657/8 9657/11 9659/7

**MS. JENSEN: [1]** 9634/15

**MS. ONYEMA: [5]** 9653/9 9653/12 9654/5 9657/18 9658/11

**MS. TRAGER: [6]** 9626/2 9626/9 9627/16 9627/18 9627/24 9633/15

**MS. WASZMER: [5]** 9628/4 9628/10 9628/19 9628/23 9633/5

**THE COURT: [91]**

**-**
**-021 [2]** 9631/13 9632/21
**-022 [2]** 9631/13 9632/21
**-023 [2]** 9631/13 9632/21

**0**
**0101 [1]** 9614/14
**021 [2]** 9631/13 9632/21
**022 [2]** 9631/13 9632/21
**023 [2]** 9631/13 9632/21
**0340 [1]** 9614/4

**1**
**10-0101 [1]** 9614/14
**10019 [1]** 9615/19
**10036-6710 [1]** 9615/11
**1039 [1]** 9643/1
**1042 [1]** 9644/6
**1095 [2]** 9646/18 9648/22
**1096 [1]** 9649/1
**1100 [1]** 9614/3
**1133 [1]** 9615/10
**11:00 [1]** 9627/14
**11:01 [1]** 9629/7
**11:15 [1]** 9629/3
**11:18 [1]** 9629/7
**12 [1]** 9659/17
**12:30 [1]** 9629/13
**12:45 [2]** 9629/15 9629/21
**1300 [1]** 9615/5
**1301 [1]** 9615/18
**19th [2]** 9626/21 9642/19
**1:30 [1]** 9661/10

**2**
**20-3010 [2]** 9613/4 9619/7
**20001 [1]** 9616/5
**20024 [1]** 9615/14
**2008 [1]** 9646/9
**2017 [2]** 9647/14 9648/3
**2019 [1]** 9639/18
**202 [4]** 9614/4 9614/9 9615/15 9616/5
**2023 [2]** 9613/5 9662/7
**20530 [1]** 9614/9
**212 [2]** 9615/11 9615/19
**2200 [1]** 9615/10
**2793 [1]** 9615/11

**3**
**30 [1]** 9657/21
**3010 [2]** 9613/4 9619/7
**307-0340 [1]** 9614/4
**3249 [1]** 9616/5
**333 [1]** 9616/4
**335-2793 [1]** 9615/11
**354-3249 [1]** 9616/5
**38 [1]** 9613/7

**4**
**409 [1]** 9649/5
**40th [1]** 9615/18
**415 [1]** 9614/15
**450 [2]** 9614/8 9614/14
**47 [1]** 9627/11
**497-7702 [1]** 9615/19

**5**
**5000 [1]** 9615/15
**508-6000 [1]** 9615/7
**54 minutes [1]** 9620/12
**583-9211 [1]** 9614/15
**598-8369 [1]** 9614/9

**6**
**6000 [1]** 9615/7
**6710 [1]** 9615/11
**680 [1]** 9615/14

**7**
**720 [1]** 9615/7
**7702 [1]** 9615/19
**7th [1]** 9615/6

**8**
**80203 [1]** 9615/6
**8369 [1]** 9614/9

**9**
**9211 [1]** 9614/15
**94102 [1]** 9614/15
**9:30 [1]** 9613/6

**A**
**a.m [3]** 9613/6 9629/7 9629/7
**able [11]** 9620/5 9621/23 9622/23 9630/15 9636/11 9642/16 9649/17 9653/21 9654/10 9657/13 9660/25
**about [50]** 9620/11 9622/21 9623/8 9623/18 9623/22 9625/3 9625/19 9626/12 9626/22 9627/11 9628/20 9629/20 9629/23 9630/8 9634/13 9635/12 9635/16 9636/1 9636/6 9636/13 9638/4 9639/5 9641/12 9642/6 9644/1 9645/7 9645/20 9647/21 9649/13 9650/3 9650/12 9651/1 9651/1 9651/6 9651/6 9653/4 9653/14 9653/17 9654/1 9654/7 9654/9 9654/10 9654/15 9655/2 9655/12 9655/19 9655/23 9656/22 9657/22 9659/23
**above [1]** 9662/4
**above-titled [1]** 9662/4
**access [1]** 9640/9
**accommodate [2]** 9623/10 9660/4
**accurate [2]** 9638/6
**accusations [1]** 9638/13
**Action [1]** 9619/7
**actual [1]** 9621/9
**actually [8]** 9639/14 9649/20 9655/2 9655/12 9656/12 9658/15 9658/16 9660/2
**address [8]** 9622/16 9622/23 9634/22 9636/11 9637/1 9638/13 9638/15 9656/3
**addressed [1]** 9621/25
**adduced [1]** 9621/8
**adequate [1]** 9656/24
**adieu [1]** 9622/6
**adjourned [1]** 9661/10
**admission [2]** 9633/11 9633/14
**admit [5]** 9627/21 9628/7 9628/12 9640/20 9646/19
**admitted [10]** 9617/1 9618/4 9627/20 9630/18 9632/18 9632/20 9646/15 9651/24 9652/1 9652/19
**ads [1]** 9646/25
**advice [4]** 9639/12 9642/6 9643/11 9643/18
**advise [1]** 9643/14
**advises [1]** 9644/11
**affirmative [6]** 9621/11 9621/14 9656/8 9658/3 9658/5 9658/7
**affirmatively [1]** 9647/3
**affixed [1]** 9639/10
**after [8]** 9622/16 9623/18 9626/23 9642/17 9642/18 9642/20 9659/2 9660/9
**afternoon [4]** 9622/3 9622/5 9626/18 9637/2
**again [6]** 9622/7 9624/21 9629/9 9643/21 9654/16 9657/24
**against [1]** 9644/22
**ago [2]** 9653/25 9657/16
**agree [3]** 9625/5 9631/3 9632/11
**agreed [1]** 9631/10
**agreement [5]** 9629/22 9629/24 9630/25 9631/5 9634/13
**agreements [1]** 9655/20
**agrees [1]** 9631/9
**ahead [2]** 9627/13 9645/24
**aided [1]** 9616/7
**alarmed [1]** 9620/10
**alive [1]** 9643/9
**all [45]** 9619/2 9619/12 9623/9 9624/1 9624/1 9625/10 9626/24 9627/4 9627/21 9628/1 9628/20 9629/3 9629/3 9629/5 9629/8 9629/14 9630/11 9630/13 9630/17 9630/21 9633/4 9633/16 9633/21 9633/24 9634/21 9637/19 9638/1 9641/10 9642/3 9644/6 9645/15 9646/2 9646/22 9646/23 9648/21 9650/2 9651/14 9652/11 9652/24 9653/2 9656/15 9659/13 9660/12 9660/25 9661/2
**all right [4]** 9624/1 9633/16 9633/24 9660/25
**alleged [2]** 9641/4 9642/9
**allocate [1]** 9625/19
**allow [4]** 9642/4 9651/14 9651/17 9656/25
**allowed [1]** 9640/9
**along [1]** 9620/3
**already [4]** 9630/18 9640/20 9642/15 9654/5
**also [14]** 9621/1 9621/11 9624/9 9626/5 9631/10 9633/12 9635/7 9635/7 9635/13 9635/18 9635/19 9644/1 9657/2 9657/24
**alternatively [2]** 9647/19 9660/21
**although [2]** 9631/3 9648/3
**am [4]** 9626/15 9635/5 9635/13 9641/8
**amazing [1]** 9659/21
**AMERICA [2]** 9613/3 9619/7
**Americas [2]** 9615/10 9615/18
**AMIT [2]** 9613/9 9619/3
**amounts [1]** 9624/14
**analyses [3]** 9621/4 9655/9 9655/10
**analysis [6]** 9631/15 9631/19 9631/23 9654/8 9655/4 9655/23
**analyzes [1]** 9655/3
**Android [5]** 9644/9 9645/3 9645/4 9645/7 9655/19
**annual [1]** 9639/18
**another [2]** 9634/2 9650/21

9664

**A**

**anticipate [2]** 9653/16 9654/21

**anticipating [1]** 9654/14

**antitrust [5]** 9614/8 9615/4 9641/13 9641/13 9642/7

**any [20]** 9623/8 9635/3 9638/14 9638/19 9639/11 9641/4 9641/20 9641/21 9643/16 9644/16 9644/19 9644/20 9646/13 9648/17 9649/13 9650/23 9651/7 9656/6 9656/24 9658/4

**anybody [1]** 9619/14

**anything [5]** 9619/14 9622/22 9624/2 9638/14 9644/23

**app [1]** 9631/24

**appear [1]** 9640/15

**APPEARANCES [3]** 9613/11 9614/17 9615/20

**Apple [3]** 9625/4 9626/11 9640/8

**appreciate [3]** 9623/24 9637/24 9660/20

**appreciates [1]** 9637/25

**appropriate [4]** 9621/17 9624/19 9632/2 9640/21

**appropriately [1]** 9639/1

**approximate [1]** 9627/10

**apps [2]** 9631/21 9645/4

**are [57]**

**areas [1]** 9638/25

**argument [2]** 9622/18 9648/19

**around [1]** 9623/22

**articulated [1]** 9654/6

**as [47]** 9619/17 9619/24 9620/18 9620/19 9620/20 9620/23 9621/2 9621/4 9621/11 9621/14 9621/17 9622/19 9622/19 9623/13 9625/4 9625/16 9625/18 9626/20 9630/1 9631/4 9631/11 9631/14 9631/23 9632/24 9633/9 9634/1 9634/7 9636/10 9636/21 9637/5 9637/22 9637/22 9638/21 9639/18 9640/17 9643/22 9645/22 9647/6 9647/19 9650/18 9652/5 9652/6 9652/18

9660/2

**ask [10]** 9628/7 9628/25 9636/18 9639/7 9640/11 9641/19 9643/5 9645/19 9647/8 9661/7

**asked [5]** 9620/4 9628/11 9637/22 9640/2 9660/4

**asking [4]** 9637/15 9638/14 9643/24 9660/6

**aspect [1]** 9657/11

**assumed [1]** 9628/17

**assuming [1]** 9620/21

**attached [1]** 9631/4

**attempt [1]** 9655/15

**attorney [5]** 9637/11 9643/11 9643/13 9645/20 9645/21

**attorney-client [2]** 9645/20 9645/21

**attorneys [1]** 9636/9

**auction [2]** 9646/24 9646/24

**author [1]** 9639/16

**authored [1]** 9640/19

**authorities [1]** 9638/19

**authority [4]** 9635/3 9635/6 9636/16 9637/17

**autopilot [2]** 9643/15 9643/18

**available [1]** 9659/14

**Ave [1]** 9614/14

**Avenue [2]** 9615/10 9615/14 9615/18 9616/4

**avoiding [1]** 9650/22

**aware [2]** 9635/13 9652/9

**B**

**back [5]** 9623/15 9623/16 9654/2 9657/12 9657/14

**Baker [4]** 9631/12 9631/16 9632/2 9632/8

**Barrett [1]** 9616/4

**barter [3]** 9654/9 9655/23 9655/24

**base [1]** 9655/10

**based [2]** 9653/22 9655/11

**bases [2]** 9655/16 9655/22

**basically [2]** 9621/2 9644/11

**basis [2]** 9648/14 9658/20

**bat [1]** 9638/23

**Bates [1]** 9649/5

**be [64]**

**because [20]** 9623/2 9623/3 9624/21 9625/17 9626/15 9628/14 9628/20

9645/16 9646/19 9647/4 9647/14 9648/1 9648/15 9655/17 9656/7 9657/3 9657/15 9658/1

**been [23]** 9620/5 9621/8 9621/18 9624/23 9626/23 9627/20 9630/18 9631/1 9631/6 9633/25 9635/1 9635/23 9638/22 9641/5 9642/9 9644/20 9648/10 9648/10 9649/21 9649/24 9652/19 9655/14 9660/1

**before [11]** 9613/9 9619/14 9622/10 9623/12 9626/17 9627/18 9648/8 9651/2 9654/7 9655/25 9656/13

**behalf [1]** 9619/10

**being [8]** 9621/16 9624/22 9625/8 9625/9 9627/3 9628/21 9640/6 9645/11

**believe [12]** 9621/13 9622/22 9634/4 9637/14 9637/22 9642/20 9643/10 9643/16 9643/19 9645/6 9654/7 9657/23

**believed [3]** 9640/21 9640/22 9658/5

**BELKNAP [1]** 9615/9

**below [1]** 9650/15

**BENCH [1]** 9613/9

**best [6]** 9632/12 9635/6 9635/23 9637/14 9638/1 9639/1

**better [1]** 9639/22

**between [4]** 9632/1 9653/15 9653/15 9654/10

**bid [1]** 9622/5

**binder [5]** 9626/6 9628/15 9630/16 9640/18 9642/21

**binders [2]** 9619/18 9661/8

**bit [2]** 9625/14 9625/17

**both [7]** 9624/7 9624/7 9625/20 9626/12 9631/24 9632/11 9649/15

**bottom [2]** 9641/3 9643/11

**break [4]** 9623/17 9627/12 9627/14 9629/13

**breaking [1]** 9630/9

**brief [2]** 9622/6 9657/25

**briefed [1]** 9620/25

**briefing [5]** 9629/25 9632/12 9632/25

**briefs [1]** 9652/7

**bring [3]** 9623/18 9637/25 9658/25

**bringing [1]** 9660/2

**brings [1]** 9654/3

**broad [1]** 9637/4

**Broadway [1]** 9615/5

**brought [1]** 9658/5

**Bruce [1]** 9615/2

**bucket [2]** 9646/2 9647/16

**buckets [1]** 9639/17

**business [2]** 9620/15 9636/1

**C**

**CA [1]** 9614/15

**call [6]** 9620/20 9623/7 9627/9 9651/13 9653/5 9658/3

**called [9]** 9621/14 9640/3 9642/1 9644/20 9656/8 9656/9 9656/13 9656/22 9659/22

**came [1]** 9625/18

**Cameron [1]** 9614/6

**can [29]** 9623/17 9626/22 9627/1 9627/1 9629/19 9632/17 9636/6 9637/19 9637/19 9637/21 9639/6 9644/22 9645/22 9646/23 9647/8 9649/15 9649/16 9649/19 9650/3 9650/4 9650/16 9652/16 9652/17 9652/24 9653/21 9656/20 9656/22 9660/14 9660/16

**can't [3]** 9623/4 9654/13 9656/9

**capability [2]** 9649/10 9649/12

**careful [1]** 9651/5

**Carr [1]** 9615/4

**carrier [2]** 9621/10 9655/17

**carriers [2]** 9655/7 9655/12

**carrying [1]** 9623/8

**case [16]** 9621/12 9621/19 9624/8 9642/2 9644/19 9644/21 9648/4 9650/15 9650/19 9655/3 9656/2 9656/8 9656/11 9658/3 9658/6 9658/7

**cases [2]** 9636/17 9656/5

**categorical [1]** 9649/25

**categories [1]** 9624/12

**category [1]** 9643/22

**cause [1]** 9624/25

**Cavanaugh [1]** 9615/8

**Center [1]** 9615/5

**certain [5]** 9624/10 9624/15 9625/4 9640/6 9643/24

**certainly [8]** 9625/3 9635/20 9636/8 9636/17 9644/19 9649/24 9650/24 9657/19

**Certified [1]** 9616/3

**certify [1]** 9662/2

**CH [1]** 9616/4

**chain [1]** 9651/11

**chair [1]** 9640/3

**challenges [1]** 9657/7

**chance [4]** 9628/6 9628/7 9628/19 9659/19

**change [1]** 9649/8

**changes [4]** 9620/11 9624/16 9625/4 9646/2

**characterize [1]** 9635/20

**charts [1]** 9638/3

**chat [8]** 9646/2 9646/5 9646/7 9646/9 9646/20 9647/11 9649/10 9651/22

**chat-off [2]** 9646/20 9647/11

**chats [7]** 9647/3 9647/3 9647/7 9647/24 9648/1 9648/2 9649/8

**chief [5]** 9621/19 9656/2 9656/8 9658/6 9658/7

**chose [1]** 9640/12

**Circuit [1]** 9656/11

**circulated [1]** 9640/6

**circumstances [1]** 9636/19

**cited [2]** 9656/6 9656/12

**Civil [1]** 9619/7

**CL [1]** 9618/4

**claims [2]** 9644/16 9655/18

**clarified [1]** 9653/8

**clarify [2]** 9625/12 9625/13

**clean [2]** 9633/7 9634/1

**clear [1]** 9647/13

**client [3]** 9636/13 9645/20 9645/21

**clip [2]** 9623/9 9620/6

**close [1]** 9634/24

**closer [1]** 9626/16

**CO [1]** 9615/6

**coag.gov [1]** 9615/7

**cognizant [1]** 9636/22

**colleagues [1]** 9628/13

**collection [2]** 9652/7 9652/11

**Colorado [3]** 9615/2 9615/3 9615/5

**COLUMBIA [1]** 9613/1

**come [6]** 9641/21 9653/20 9654/3 9655/1

**C**

come... [2] 9655/5 9658/15
comes [1] 9648/8
commercial [1] 9624/24
communications [1] 9642/7
competitive [1] 9625/1
completely [5] 9638/3 9644/16 9645/8 9655/16 9655/21
computer [2] 9616/7 9648/5
computer-aided [1] 9616/7
concepts [1] 9642/7
concerned [1] 9622/19
concerning [2] 9624/15 9641/12
concerns [1] 9652/25
concluded [1] 9658/7
conclusion [1] 9627/7
conditional [1] 9620/20
conduct [3] 9647/14 9647/24 9648/8
confer [2] 9628/13 9637/2
conferred [2] 9634/3 9634/13
confers [1] 9628/20
confidence [1] 9637/20
confidential [2] 9635/25 9639/1
confidentiality [4] 9637/21 9638/25 9639/10 9639/11
conflicted [1] 9622/21
connection [2] 9632/5 9652/18
CONNOLLY [1] 9615/13
consequences [1] 9647/5
consider [2] 9652/18 9652/20
considering [1] 9635/9
consistently [1] 9654/1
Constitution [1] 9616/4
consultation [1] 9644/13
Consumer [1] 9615/3
contain [2] 9631/15 9631/19
containing [1] 9631/24
content [1] 9650/19
contested [1] 9629/24
context [1] 9644/23
continued [3] 9615/1 9616/1 9630/12
contracts [1] 9653/18 9653/19
controversy [1] 9631/1
conversation [1]

cooperative [1] 9660/1
copy [1] 9644/12
core [1] 9654/1
correct [4] 9632/14 9646/4 9660/24 9662/3
correction [1] 9631/7
correspondence [1] 9652/7
could [10] 9621/17 9624/25 9625/2 9641/5 9644/1 9653/19 9659/21 9659/22 9659/24 9661/7
counsel [13] 9622/13 9628/1 9634/4 9635/9 9635/24 9637/10 9637/16 9638/2 9638/13 9643/5 9644/1 9659/15 9659/21
counsel's [1] 9625/25
counter [1] 9625/24
counter-designations [1] 9625/24
country [1] 9641/16
couple [2] 9629/23 9635/1
course [1] 9623/13
court [26] 9613/1 9616/2 9616/3 9619/2 9622/15 9622/18 9622/19 9622/24 9622/24 9623/3 9623/12 9623/13 9624/6 9624/11 9629/5 9629/9 9631/11 9632/4 9635/22 9636/11 9637/22 9639/23 9654/6 9657/20 9660/5 9661/6
Court's [1] 9626/6
courtroom [1] 9640/3
courts [1] 9636/17
create [1] 9659/16
cross [1] 9625/20
CRR [2] 9662/2 9662/8
cumulative [2] 9645/16 9651/4
current [1] 9632/10
custodian [1] 9649/17
CV [1] 9613/4

**D**

D.C [5] 9613/5 9614/3 9614/9 9615/14 9616/5
Daniel [1] 9626/25
date [2] 9647/15 9662/7
dated [1] 9647/14
Daubert [5] 9621/1 9657/9 9657/15 9657/19 9657/23
Davies [17] 9620/19 9620/23 9621/5 9621/22 9622/16 9622/21 9622/25 9653/6 9653/15 9653/22 9657/5

9657/10 9658/3 9658/22 9659/3 9660/9 9660/18
Davies' [1] 9630/7
day [6] 9613/7 9634/25 9636/2 9648/21 9655/14 9658/2
days [4] 9623/10 9623/16 9650/20 9657/16
deal [1] 9628/12
dealing [1] 9640/8
dealt [1] 9629/24
decision [2] 9626/17 9648/11
deeply [1] 9636/13
default [2] 9647/6 9648/1
defaulted [1] 9647/5
defend [1] 9644/22
defendant [3] 9613/7 9615/13 9631/18
Defendant's [1] 9633/19
Defendants [1] 9631/22
deleted [1] 9647/3
demonstratives [3] 9634/7 9634/8 9634/12
denied [1] 9657/23
Denver [1] 9615/6
deny [1] 9660/3
department [8] 9614/2 9614/7 9614/13 9615/13 9643/5 9648/18 9652/8 9658/8
depending [1] 9656/10
depends [1] 9654/17
deponent [1] 9650/15
deposed [3] 9641/22 9642/2 9642/2
deposition [11] 9619/21 9620/1 9621/10 9625/16 9625/18 9626/25 9628/18 9628/24 9630/12 9630/19 9633/8
depositions [2] 9624/5 9625/15
descendants [1] 9646/12
described [1] 9632/3
designated [1] 9656/7
designation [1] 9633/8
designations [3] 9624/4 9625/24 9626/4
desire [1] 9645/16
determination [1] 9656/16
device [2] 9639/17 9639/18
devices [2] 9640/7 9645/4
did [6] 9620/17 9635/8 9638/15 9642/18 9652/25 9654/13
didn't [5] 9623/11

9651/13 9657/16
different [3] 9631/5 9645/8 9656/14
digest [1] 9659/19
digits [1] 9631/12
Dintzer [3] 9614/2 9619/9 9622/10
Dintzer's [1] 9635/19
direct [3] 9627/2 9645/2 9660/23
directly [4] 9645/23 9653/21 9654/18 9660/9
disadvantage [1] 9625/1
disagree [2] 9655/1 9655/5
disagreement [1] 9632/11
Dischler [1] 9650/13
disclosed [3] 9621/11 9624/23 9624/25
disclosing [1] 9635/22
disclosure [2] 9625/1 9637/10
disclosures [2] 9637/5 9638/22
discovery [1] 9651/7
discuss [4] 9626/22 9628/7 9638/12 9650/18
discussed [2] 9628/4 9650/14
discussing [4] 9631/6 9644/10 9645/5 9645/5
discussion [6] 9623/22 9625/19 9639/7 9650/3 9650/12 9651/1
dispute [5] 9619/24 9632/1 9644/24 9649/13 9650/4
distribution [1] 9653/19
DISTRICT [3] 9613/1 9613/1 9613/10
Division [1] 9614/8
do [41] 9619/25 9621/20 9623/13 9623/15 9623/20 9624/20 9626/15 9630/1 9631/7 9632/14 9636/6 9636/19 9637/21 9637/22 9640/1 9640/5 9640/7 9640/10 9641/24 9641/25 9642/12 9644/2 9644/19 9644/20 9645/3 9645/11 9645/12 9647/25 9648/15 9652/13 9653/1 9654/11 9654/21 9655/9 9655/10 9656/20 9657/9 9657/14 9658/18 9658/25 9659/16
do you [1] 9654/21

document [15] 9626/5 9627/2 9640/22 9641/5 9642/5 9642/11 9642/16 9642/21 9642/22 9643/22 9644/15 9646/18 9646/22 9649/19 9649/24
documents [9] 9627/19 9628/14 9631/6 9632/9 9632/24 9640/18 9640/21 9643/8 9645/22
does [12] 9621/4 9622/22 9631/20 9633/11 9633/14 9640/14 9641/3 9648/6 9649/24 9654/17 9655/4 9655/9
doesn't [5] 9622/20 9623/1 9623/2 9641/1 9660/9
dog [1] 9638/5
doing [5] 9625/13 9635/23 9637/14 9637/20 9656/13
DOJ [4] 9614/2 9619/9 9650/19 9658/2
don't [28] 9619/23 9620/6 9620/10 9620/10 9621/20 9626/15 9627/13 9636/24 9637/13 9637/16 9638/5 9641/20 9641/21 9642/9 9643/16 9644/22 9648/20 9649/14 9649/19 9650/2 9651/15 9653/12 9656/6 9657/19 9658/12 9659/7 9660/12 9661/5
done [9] 9620/21 9629/18 9630/19 9638/1 9638/10 9638/24 9641/7 9655/3 9655/13
down [2] 9636/3 9644/9
draw [5] 9640/25 9641/4 9643/24 9645/19 9654/22
DRE [1] 9621/25
dropped [1] 9651/12
during [6] 9619/21 9625/18 9628/18 9651/7 9651/7 9651/8
DX0256 [1] 9631/24
DX3246 [2] 9633/13 9633/19
dynamics [2] 9653/17 9653/18

**E**

E.V [1] 9614/6
earlier [2] 9631/8 9632/9
early [1] 9622/2

**E**

**economic [5]** 9621/4 9621/5 9655/4 9655/9 9655/10

**economist [1]** 9621/5

**effects [1]** 9625/2

**either [9]** 9621/10 9623/1 9623/6 9624/25 9626/17 9634/5 9634/11 9639/21 9651/7

**Elizabeth [1]** 9614/13

**Elizabeth.Jensen [1]** 9614/16

**else [1]** 9624/2

**Elzinga [1]** 9631/23

**email [21]** 9614/4 9614/10 9614/11 9614/11 9614/16 9615/7 9615/12 9615/15 9615/20 9627/3 9639/11 9639/16 9640/1 9640/12 9643/13 9644/9 9644/23 9647/14 9648/17 9649/18 9650/20

**emailed [1]** 9646/9

**embedded [2]** 9634/6 9634/18

**emerge [1]** 9647/10

**employee [2]** 9645/17 9647/24

**employees [5]** 9639/9 9644/9 9647/2 9647/6 9647/25

**encounters [1]** 9625/25

**end [7]** 9626/22 9629/21 9630/1 9630/9 9634/24 9645/19 9648/21

**enforces [1]** 9647/5

**ensure [2]** 9649/12 9656/23

**enter [1]** 9653/18

**entered [3]** 9646/6 9646/7 9646/10

**entire [1]** 9637/25 9648/5

**entitled [1]** 9638/7

**equivocate [1]** 9637/13

**era [1]** 9648/5

**error [1]** 9631/8

**essentially [1]** 9621/7

**establish [1]** 9649/18

**estimated [1]** 9622/1

**et [2]** 9613/3 9619/8

**et al [1]** 9619/8

**Europe [2]** 9641/24 9641/25

**even [12]** 9623/11 9625/23 9629/21 9637/16 9638/14 9639/1 9642/8 9643/12 9647/2 9647/6 9648/7 9657/16

**evening [1]** 9635/8

**everbody [2] 9636/5** 9657/11

**everybody [3]** 9637/14 9641/24 9661/4

**everyone [6]** 9619/4 9619/5 9619/12 9629/11 9630/13 9661/3

**everything [2]** 9637/20 9637/22

**evidence [22]** 9628/2 9630/18 9631/2 9631/22 9632/21 9633/17 9633/19 9634/3 9639/20 9639/21 9642/15 9642/22 9642/25 9646/16 9647/20 9648/7 9648/19 9650/24 9651/4 9651/19 9652/3 9652/13

**evidences [1]** 9652/8

**exactly [1]** 9641/16

**examination [4]** 9625/17 9625/23 9625/25 9661/1

**example [9]** 9631/7 9639/9 9641/11 9642/8 9643/3 9648/23 9650/8 9654/7 9656/12

**examples [2]** 9645/22 9653/7

**except [2]** 9634/16 9638/6

**exclude [4]** 9641/8 9645/24 9648/15 9648/22

**excluded [1]** 9654/15

**excluding [1]** 9642/11

**excuse [5]** 9625/8 9646/6 9658/22 9660/15 9660/15

**exhibit [5]** 9619/22 9633/19 9641/9 9648/25 9651/19

**exhibits [32]** 9618/2 9619/19 9619/25 9626/12 9626/20 9626/23 9628/2 9628/10 9628/17 9628/21 9629/23 9629/23 9630/15 9630/17 9630/25 9631/3 9631/11 9631/12 9631/14 9632/5 9632/8 9632/21 9633/7 9633/9 9633/17 9634/2 9634/12 9639/5 9646/16 9652/3 9652/6 9652/18

**expect [1]** 9653/5

**expecting [2]** 9660/22 9660/22

**experience [1]** 9657/21

**expert [11]** 9621/6 9621/12 9631/15 9631/16 9631/23

**F**

**Facebook [4]** 9619/18 9619/23 9624/8 9624/16

**Facebook's [1]** 9625/3

**fact [7]** 9621/9 9643/19 9645/23 9648/2 9652/9 9655/2 9655/15

**factors [1]** 9624/20

**facts [9]** 9648/3 9648/9 9649/15 9649/18 9650/22 9650/25 9654/25 9655/2 9655/4

**factual [4]** 9621/3 9621/7 9621/8 9655/11

**fall [1]** 9647/16

**falls [3]** 9624/11 9642/8 9643/21

**far [1]** 9622/19

**fault [1]** 9639/2

**favorable [1]** 9639/21

**feature [1]** 9641/8

**few [6]** 9619/15 9623/16 9630/8 9634/22 9634/22 9657/16

**fifth [2]** 9614/8 9658/2

**fight [1]** 9638/6

**figure [1]** 9660/16

**figures [3]** 9624/15 9631/19 9640/5

**file [1]** 9636/24

**filed [1]** 9657/14

**filing [3]** 9622/24 9636/1 9636/3

**filings [2]** 9626/11 9626/13

**finally [1]** 9655/25

**find [1]** 9639/3

**fine [5]** 9620/8 9625/6 9630/4 9657/1 9660/14

**finish [1]** 9661/1

**finishes [2]** 9657/5 9659/17

**firm [1]** 9626/17

**firms [1]** 9631/17

**E**

9361/10 9652/25 9654/25 9655/5 9656/8 9656/12

**expertise [1]** 9653/22

**experts [1]** 9632/1

**explain [2]** 9643/25 9644/3

**explained [1]** 9640/4

**explains [1]** 9650/17

**explanation [2]** 9631/10 9649/25

**explicated [1]** 9641/5

**extent [4]** 9621/17 9645/18 9651/3 9660/8

**extra [1]** 9660/17

**Ezell [4]** 9627/10 9628/24 9630/12 9630/19

**Ezell's [4]** 9624/5 9624/10 9624/13 9624/14

**F**

**flawed [1]** 9654/8

**flip [1]** 9649/17

**flipping [1]** 9625/17

**floating [1]** 9638/15

**Floor [2]** 9615/6 9615/18

**flops [1]** 9659/1

**focus [1]** 9644/8

**following [4]** 9620/3 9635/16 9647/8 9656/20

**foot [1]** 9639/2

**foregoing [1]** 9662/3

**form [2]** 9626/6 9650/22

**formal [1]** 9646/6

**formally [1]** 9652/17

**forth [1]** 9654/2

**four [3]** 9631/4 9631/12 9632/24

**Fox's [1]** 9621/25

**Francisco [1]** 9614/15

**fresh [1]** 9623/19

**Friday [4]** 9659/2 9659/2 9660/8 9660/17

**full [1]** 9656/17

**fully [2]** 9620/25 9623/6

**further [1]** 9647/4

**G**

**Gate [1]** 9614/14

**gave [1]** 9620/4

**gee [1]** 9636/6

**general [2]** 9631/17 9638/21

**get [12]** 9620/17 9620/21 9635/8 9636/8 9640/7 9640/9 9643/6 9644/13 9652/24 9653/16 9655/15 9661/7

**gets [1]** 9638/7

**getting [1]** 9639/11

**give [5]** 9626/13 9628/5 9643/11 9653/25 9660/17

**given [8]** 9622/1 9623/7 9624/20 9637/4 9640/24 9641/7 9645/22 9648/17

**go [12]** 9620/22 9623/2 9623/15 9627/13 9629/15 9639/6 9645/24 9648/6 9657/5 9657/12 9657/14 9660/8

**go ahead [2]** 9627/13 9645/24

**goes [1]** 9648/6

**going [31]** 9619/17

**F**

9636/19 9620/1 9620/21 9621/2 9628/12 9629/14 9634/2 9635/20 9635/21 9636/8 9636/12 9636/15 9636/24 9637/1 9638/23 9641/8 9641/25 9645/19 9648/14 9653/13 9654/1 9654/3 9654/14 9655/10 9656/13 9656/18 9656/21 9657/16 9658/14 9658/15

**Golden [1]** 9614/14

**good [9]** 9619/5 9619/6 9619/12 9619/16 9622/11 9622/12 9626/2 9629/1 9638/24

**Good morning [5]** 9619/5 9619/12 9622/11 9622/12 9626/2

**GOODRICH [1]** 9615/17

**GOOGLE [23]** 9613/6 9615/13 9619/8 9619/11 9624/9 9626/11 9630/24 9631/9 9633/6 9633/11 9639/10 9639/20 9641/6 9641/19 9644/1 9645/17 9648/11 9649/10 9649/11 9650/21 9654/4 9654/13 9656/5

**Google LLC [1]** 9619/8

**Google's [6]** 9623/8 9625/17 9625/23 9638/2 9645/20 9657/25

**got [4]** 9630/6 9636/16 9643/1 9648/23

**government [8]** 9620/4 9625/24 9628/5 9628/14 9633/14 9634/15 9635/24 9640/25

**government's [1]** 9633/9

**Gower [1]** 9614/6

**grants [1]** 9623/3

**great [5]** 9626/1 9629/2 9632/23 9634/14 9652/2

**guarded [1]** 9641/12

**guess [8]** 9620/19 9620/21 9635/13 9648/24 9653/2 9657/8 9657/15 9658/21

**guidance [2]** 9639/19 9640/14

**H**

**had [15]** 9625/19 9626/14 9630/16 9634/25 9635/1 9636/1

**H**

had... [9] 9636/2
9640/2 9640/11
9640/20 9641/6
9642/17 9643/25
9644/2 9659/24
half [3] 9622/4 9623/10
9660/22
half-days [1] 9623/10
hand [4] 9626/7 9631/2
9634/2 9641/2
handful [1] 9632/7
handle [2] 9632/12
9642/6
handling [1] 9630/25
handout [1] 9634/16
Hang [2] 9643/4
9643/5
happens [2] 9636/5
9638/4
happy [4] 9627/11
9638/11 9638/20
9657/22
hard [1] 9646/18
harm [1] 9637/4
harmful [1] 9635/17
has [33] 9619/23
9620/4 9632/13
9633/13 9634/15
9635/25 9637/5
9637/16 9637/22
9638/22 9640/1 9640/5
9640/10 9641/24
9641/25 9644/18
9644/20 9644/23
9645/10 9645/11
9645/12 9649/10
9649/11 9649/21
9652/19 9654/6
9655/14 9655/16
9655/22 9656/5
9657/21 9657/21
9659/18
hasn't [1] 9649/23
have [93]
haven't [2] 9638/12
9651/6
having [5] 9619/25
9644/2 9647/5 9656/17
9659/18
he [36] 9621/1 9621/1
9621/2 9621/3 9621/5
9621/7 9621/11
9621/12 9621/14
9621/16 9621/24
9622/2 9622/4 9622/20
9622/22 9623/1 9623/5
9640/3 9640/4 9654/3
9654/14 9655/1
9655/16 9655/18
9655/22 9655/25
9656/1 9656/9 9656/22
9657/21 9658/5
9658/22 9659/1 9659/9
9660/8 9660/24
he'd [2] 9623/1
9654/10
he'll [2] 9654/7 9654/8

he's [1] 9617/6
9650/13 9653/22
9654/1 9654/5 9654/25
9655/17 9655/17
9655/19 9655/22
9656/21 9658/15
9658/18
hear [4] 9625/22
9649/23 9653/20
9656/17
heard [9] 9635/10
9635/12 9636/20
9645/9 9650/14
9654/25 9655/6 9655/7
9655/21
hearing [1] 9648/16
hearsay [3] 9634/6
9634/6 9634/18
Help [1] 9643/2
helpful [1] 9653/8
her [4] 9644/1 9650/17
9651/12 9651/13
here [22] 9634/5
9635/22 9636/7 9636/8
9636/14 9636/15
9639/6 9640/19 9641/3
9641/14 9641/24
9642/9 9643/23 9644/3
9645/17 9645/19
9647/9 9647/21 9651/5
9655/1 9655/21 9656/1
hey [1] 9651/5
hide [1] 9650/25
hiding [1] 9640/10
high [1] 9639/17
highly [1] 9624/24
him [10] 9623/4 9623/7
9623/10 9642/17
9642/21 9650/14
9658/4 9658/20
9659/23 9659/24
his [11] 9619/21
9621/4 9622/4 9627/10
9632/3 9653/21
9653/22 9653/24
9654/6 9654/11 9661/1
history [7] 9647/4
9647/5 9647/11
9648/12 9649/11
9649/16 9649/17
history-off [2] 9647/4
9647/5
hit [1] 9622/14
Honor [49] 9619/6
9619/16 9621/20
9622/11 9623/24
9626/2 9627/9 9627/16
9628/4 9629/12
9630/14 9630/23
9632/1 9632/13 9633/2
9633/5 9633/23
9634/15 9634/19
9635/8 9636/16
9636/25 9637/7 9637/9
9638/16 9639/13
9639/25 9640/13
9641/23 9642/12
9643/3 9644/25 9645/2

9645/10 9645/22
9647/25 9649/4
9650/11 9651/18
9652/5 9653/10
9654/24 9657/18
9658/24 9659/5 9660/6
9660/11 9660/20
9660/24
HONORABLE [3]
9613/9 9619/3 9629/9
hope [1] 9619/13
hoped [1] 9626/14
hoping [1] 9660/8
hour [1] 9627/11
hours [5] 9622/2
9622/4 9637/20
9659/17 9660/23
housekeeping [3]
9626/10 9630/18
9661/8
houses [1] 9634/1
how [8] 9625/19
9637/13 9642/6
9644/22 9649/8 9651/6
9653/17 9654/7
however [1] 9661/7
Hubbard [1] 9624/20
human [1] 9638/23
hundreds [1] 9637/20

**I**

I also [2] 9657/2
9657/24
I am [3] 9626/15
9635/13 9641/8
I believe [4] 9634/4
9637/14 9642/20
9654/7
I can [7] 9637/19
9637/19 9650/16
9652/16 9652/17
9656/20 9656/22
I did [1] 9638/15
I didn't [2] 9643/1
9657/16
I don't [12] 9619/23
9620/10 9636/24
9637/13 9637/16
9641/20 9641/21
9642/9 9644/22
9651/15 9658/12
9659/7
I don't know [1]
9649/14
I guess [7] 9620/19
9620/21 9635/13
9648/24 9653/2 9657/8
9657/15
I have [7] 9619/15
9619/18 9624/3
9629/22 9632/14
9633/8 9638/12
I hope [1] 9619/13
I just [5] 9628/7
9628/17 9635/2
9635/18 9643/14
I know [3] 9629/13
9636/20 9657/10

I mean [4] 9619/17
9630/7 9638/5 9644/17
9647/9 9647/18
9647/24 9651/14
9653/7 9656/5 9659/20
I should [2] 9634/1
9648/25
I think [23] 9619/24
9620/5 9624/19
9629/15 9635/9
9637/19 9638/21
9638/25 9639/2 9642/4
9642/7 9643/14
9643/21 9645/9
9645/10 9645/23
9649/3 9649/5 9651/10
9653/24 9656/15
9656/16 9658/9
I thought [3] 9642/24
9642/24 9659/9
I understand [3]
9645/16 9651/23
9656/11
I want [4] 9626/13
9627/3 9630/6 9630/7
9637/17
I was [1] 9637/12
I will [4] 9626/21
9631/4 9635/7 9652/18
I'd [6] 9628/25 9631/2
9635/7 9638/11
9651/21 9658/22
I'll [9] 9622/14 9639/7
9640/17 9642/4 9643/6
9647/22 9648/22
9651/14 9651/17
I'm [16] 9625/6 9634/2
9635/18 9635/19
9635/20 9635/20
9636/8 9636/15 9637/1
9641/2 9642/11
9645/11 9648/14
9648/16 9658/10
9660/16
I'm going [2] 9637/1
9648/14
I'm just [2] 9634/2
9660/16
I'm not [3] 9635/20
9636/15 9658/10
I've [7] 9624/18
9626/12 9633/25
9636/16 9639/16
9656/5 9658/9
i.e [1] 9640/8
idea [2] 9637/14
9654/9
imagination [1]
9643/17
immediately [1] 9659/2
impacts [1] 9624/15
import [1] 9640/1
importantly [1] 9647/1
impression [1]
9622/15
improper [3] 9620/24
9621/1 9655/22
improperly [1] 9636/3
imprudent [1] 9656/16

inaccurate [1] 9635/14
inadvertent [1]
9638/22
inadvertently [1]
9635/2
incentives [1] 9655/6
include [2] 9631/20
9643/13
included [2] 9627/19
9636/3
including [1] 9641/15
inconsistent [1]
9638/9
INDEX [1] 9618/2
indicated [3] 9620/23
9622/4 9633/13
indulgence [1]
9629/17
industry [1] 9621/6
inference [1] 9640/24
inferences [1] 9641/4
9643/24 9645/20
information [7]
9624/11 9624/25
9625/2 9631/24 9638/7
9640/10 9640/16
initial [1] 9642/19
initially [2] 9621/11
9651/11
insofar [1] 9626/20
instance [5] 9635/14
9639/9 9639/20
9640/15 9650/21
instances [3] 9624/7
9635/24 9641/14
instead [1] 9630/9
9659/25
intended [1] 9658/2
intentionally [1]
9635/21
interest [3] 9624/21
9636/19 9637/4
interested [1] 9639/15
internal [2] 9624/15
9644/13
interpreted [1] 9648/10
introduce [1] 9633/10
introduced [2] 9643/23
9647/2
introduction [1]
9629/22
investigation [1]
9648/17
involved [2] 9641/24
9656/12
involves [2] 9644/15
9644/17
ironclad [1] 9636/16
is [131]
Is there [1] 9649/18
isn't [1] 9642/15
issue [19] 9621/21
9622/16 9622/17
9623/10 9626/18
9634/24 9636/21
9648/16 9648/21
9649/3 9649/21
9649/25 9652/6

**I**

**issue... [6]** 9652/25
9657/17 9658/10
9658/12 9658/14
9659/23
**issues [14]** 9621/3
9621/16 9621/17
9622/14 9623/8
9629/24 9630/6
9635/10 9641/2
9641/13 9644/19
9647/9 9653/20
9654/11
**it [82]**
**it would be [1]**
9656/16
**it's [16]** 9627/3
9630/17 9634/18
9636/5 9636/18
9636/18 9638/8
9638/23 9645/5
9647/12 9648/15
9649/5 9650/25
9651/15 9658/1
9659/20
**its [2]** 9644/4 9648/11
**itself [3]** 9640/22
9643/10 9648/7

**J**

**Jeffrey [3]** 9627/10
9628/24 9630/12
**Jensen [1]** 9614/13
**Jerry [1]** 9650/13
**jigger [1]** 9656/23
**job [1]** 9638/24
**John [2]** 9615/13
9619/11
**jon.sallet [1]** 9615/7
**Jonathan [3]** 9615/2
9619/10 9631/16
**Jr [1]** 9615/8
**jschmidtlein [1]**
9615/15
**JUDGE [1]** 9613/10
**judgment [1]** 9621/8
**Judicial [1]** 9615/5
**just [58]**
**JUSTICE [5]** 9614/2
9614/7 9614/13
9648/18 9658/8

**K**

**Kartasheva [1]**
9643/23
**Kate [1]** 9643/14
**keep [2]** 9637/21
9637/21
**Kenneth [2]** 9614/2
9619/9
**kenneth.dintzer2 [1]**
9614/5
**kill [2]** 9644/10
9644/12
**kind [6]** 9623/11
9632/13 9635/4 9641/4
9647/20 9654/6
**know [24]** 9619/23

9620/4 9623/20 9629/13
9629/13 9636/12
9636/20 9636/24
9637/13 9637/16
9637/24 9638/18
9639/1 9641/21
9644/22 9649/14
9651/4 9653/12
9655/23 9656/11
9656/15 9657/10
9657/16 9658/17
9659/7
**known [2]** 9648/11
9658/1
**Kolotouros [2]** 9646/7
9646/12
**Korea [1]** 9645/12

**L**

**label [1]** 9645/21
**language [1]** 9641/12
**Lara [2]** 9614/6 9626/3
**Lara Trager [1]** 9641/12
**lara.trager [1]** 9614/10
**largely [1]** 9624/11
**last [8]** 9620/17
9626/12 9635/8
9648/25 9650/6
9652/25 9656/4
9658/23
**late [1]** 9635/12
**later [5]** 9623/21
9628/13 9637/2
9639/22 9659/17
**launched [1]** 9648/18
**LAW [1]** 9615/3
**lawsuit [2]** 9644/17
9644/24
**lawyer [1]** 9644/12
**lead [1]** 9621/22
**leaked [1]** 9640/16
**least [6]** 9622/6 9624/7
9624/9 9635/14
9645/21 9658/9
**left [1]** 9640/20
**legal [6]** 9637/17
9639/11 9639/19
9640/11 9640/14
9643/18
**length [2]** 9620/11
9622/1
**less [1]** 9639/21
**let [10]** 9623/15
9623/16 9624/3 9639/6
9641/19 9643/5 9653/3
9653/3 9654/20 9656/3
**let's [10]** 9623/15
9623/20 9629/3
9629/18 9634/21
9639/5 9641/10 9649/5
9652/24 9661/2
**let's see [2]** 9652/24
9661/2
**Levy [9]** 9619/18
9624/4 9624/17
9625/13 9625/18
9626/5 9626/25 9627/8
9633/7

**light [1]** 9657/1
**like [19]** 9621/9 9622/7
9623/7 9626/7 9627/19
9628/13 9628/19
9629/18 9631/2 9632/4
9635/7 9637/3 9640/25
9640/25 9646/19
9651/21 9657/20
9658/22 9660/18
**limine [1]** 9632/10
**limited [2]** 9621/24
9636/10
**line [2]** 9641/3 9650/17
**list [3]** 9645/2 9645/4
9651/12
**listen [1]** 9651/5
**literally [1]** 9645/12
**litigation [2]** 9639/19
9640/14
**little [4]** 9620/9
9625/14 9625/17
9660/17
**live [10]** 9621/10
9621/21 9622/17
9625/7 9625/8 9644/3
9644/24 9651/1 9657/9
9660/2
**LLC [2]** 9613/6 9619/8
**LLP [2]** 9615/9 9615/13
**load [1]** 9645/3
**long [2]** 9627/3 9661/4
**longer [1]** 9642/22
**look [11]** 9626/16
9628/19 9638/18
9638/20 9640/24
9643/21 9645/15
9650/12 9653/2
9656/15 9657/15
**looked [2]** 9646/12
9656/5
**looking [1]** 9639/22
**looks [1]** 9660/18
**lose [1]** 9648/1
**losses [1]** 9625/4
**lost [1]** 9647/7
**lots [2]** 9645/18
9645/21
**low [1]** 9639/18
**lunch [2]** 9629/13
9630/10
**lunchtime [1]** 9623/22

**M**

**MADA [1]** 9644/10
9645/5 9645/6 9653/19
9654/8 9654/9 9654/12
**made [10]** 9623/10
9625/4 9626/13 9631/8
9637/11 9637/12
9638/1 9642/20
9648/11 9652/20
**magic [1]** 9647/15
**main [1]** 9647/1
**Maine [1]** 9615/14
**maintaining [1]**
9638/24
**make [10]** 9621/20
9626/17 9631/4

9648/20 9649/16
9656/16 9657/25
9660/4
**making [4]** 9636/22
9638/6 9640/5 9650/19
**market [7]** 9625/2
9641/15 9641/15
9641/16 9642/9
9645/13 9653/17
**material [1]** 9625/1
**materially [1]** 9620/11
**materials [2]** 9636/3
9652/8
**matter [4]** 9636/13
9644/18 9656/10
9662/4
**matters [7]** 9619/15
9626/10 9634/23
9635/22 9641/25
9644/15 9645/11
**may [13]** 9620/20
9626/18 9627/16
9627/22 9636/10
9636/20 9645/9 9651/2
9651/3 9652/5 9657/18
9660/18 9660/21
**may-call [1]** 9620/20
**maybe [4]** 9641/2
9648/23 9648/24
9653/2
**me [34]** 9623/15
9623/16 9624/3 9625/8
9626/21 9627/2 9635/3
9636/7 9639/6 9640/25
9641/3 9641/4 9641/19
9643/2 9643/5 9643/24
9645/16 9645/19
9646/6 9647/9 9647/13
9648/19 9650/8 9653/3
9653/3 9653/25
9654/20 9656/3
9656/16 9658/13
9658/22 9660/15
9660/15 9661/5
**mean [12]** 9622/19
9628/9 9630/7 9638/5
9644/17 9647/9
9647/18 9647/24
9651/14 9653/7 9656/5
9659/20
**means [2]** 9637/16
9658/21
**measure [1]** 9637/13
**mechanical [1]** 9616/6
**mechanism [1]**
9636/10
**medium [1]** 9639/18
**meet [1]** 9628/20
**meeting [1]** 9650/16
**MEHTA [2]** 9613/9
9619/3
**mention [1]** 9643/9
**mentioned [1]** 9635/1
**mentionings [1]**
9641/15
**merit [2]** 9616/2
9638/14

**message [1]** 9650/17
**methodology [1]**
9632/2
**Microsoft [1]** 9632/4
**might [5]** 9630/1
9639/20 9643/25
9653/16 9654/22
**mind [2]** 9623/19
9647/20
**mindful [1]** 9629/12
**minutes [3]** 9620/12
9627/11 9634/22
**mischaracterization [1]**
9635/15
**misinterpreting [1]**
9641/2
**misrepresenting [1]**
9640/1
**mistake [1]** 9631/8
**mistakes [1]** 9638/1
**mixed [2]** 9635/5
9637/18
**moment [1]** 9627/1
**Monday [3]** 9626/19
9661/3 9661/4
**monetization [2]**
9639/17 9640/5
**monitors [1]** 9631/20
**more [9]** 9621/20
9625/11 9626/10
9626/13 9628/10
9628/14 9630/18
9647/1 9661/8
**morning [1]** 9619/5
9619/6 9619/12
9619/16 9620/4
9620/14 9620/16
9622/11 9622/12
9623/5 9623/17
9623/22 9626/2
9626/15 9626/22
9657/6 9659/25 9660/8
**most [4]** 9627/19
9631/12 9639/15
9646/11
**motion [7]** 9623/3
9632/10 9642/19
9642/23 9648/7 9657/9
9657/25
**motions [1]** 9657/15
**move [4]** 9627/17
9627/21 9632/17
9660/16
**moved [3]** 9631/22
9640/20 9642/17
**moving [2]** 9637/21
9642/18
**Mr [1]** 9621/3
**Mr. [47]** 9619/18
9620/19 9620/23
9621/5 9621/22
9621/23 9622/10
9622/21 9622/25
9624/4 9624/5 9624/10
9624/13 9624/14
9624/17 9625/18
9626/5 9627/8 9629/22
9630/7 9630/21

**Mr.... [26]** 9630/24
9632/11 9633/22
9635/3 9635/19
9638/18 9639/24
9640/2 9642/20 9643/4
9646/7 9646/10
9646/12 9650/13
9653/6 9653/15
9653/22 9654/20
9657/5 9657/21 9658/3
9658/22 9659/3 9659/6
9660/9 9660/18
**Mr. Davies [16]**
9620/19 9620/23
9621/5 9621/22
9622/21 9622/25
9653/6 9653/15
9653/22 9657/5
9657/21 9658/3
9658/22 9659/3 9660/9
9660/18
**Mr. Davies' [1]** 9630/7
**Mr. Dintzer [1]** 9622/10
**Mr. Dintzer's [1]**
9635/19
**Mr. Ezell's [4]** 9624/5
9624/10 9624/13
9624/14
**Mr. Jerry Dischler [1]**
9650/13
**Mr. Kolotouros [2]**
9646/7 9646/12
**Mr. Levy [6]** 9619/18
9624/4 9624/17
9625/18 9626/5 9627/8
**Mr. Oard [1]** 9621/23
**Mr. Pichai [2]** 9642/20
9646/10
**Mr. Sallet [1]** 9630/21
**Mr. Schmidtlein [10]**
9629/22 9630/24
9632/11 9633/22
9635/3 9638/18
9639/24 9643/4
9654/20 9659/6
**Mr. Yoo [1]** 9640/2
**Ms [1]** 9653/11
**Ms. [4]** 9633/4 9633/8
9633/13 9643/23
**Ms. Kartasheva [1]**
9643/23
**Ms. Trager [2]** 9633/8
9633/13
**Ms. Waszmer [1]**
9633/4
**Murphy [22]** 9620/22
9621/4 9622/16
9622/20 9623/2 9623/9
9653/13 9653/15
9653/16 9654/2 9654/3
9654/17 9654/21
9655/3 9655/9 9656/18
9657/4 9658/19
9659/17 9659/19
9659/22 9660/14
**Murphy's [3]** 9653/5
9654/8 9655/23

**N**

**named [1]** 9648/25
**nature [1]** 9638/23
**need [7]** 9621/21
9638/15 9649/19
9657/12 9657/14
9660/12 9660/18
**needed [1]** 9656/1
**needs [2]** 9630/19
9660/8
**negotiations [1]**
9635/11
**new [3]** 9615/11
9615/19 9620/6
**news [1]** 9635/15
**next [8]** 9623/9 9627/9
9641/10 9642/13
9642/13 9644/6 9646/1
9650/17
**nice [1]** 9661/4
**night [3]** 9620/17
9626/12 9656/13
**nilly [1]** 9651/2
**no [18]** 9613/4 9623/10
9630/18 9634/15
9636/7 9636/10
9641/23 9642/22
9646/14 9646/14
9652/14 9652/16
9655/16 9655/22
9655/22 9657/10
9659/11 9659/23
**none [1]** 9642/1
**nonpublic [1]** 9625/2
**not [52]**
**note [7]** 9627/19
9629/19 9640/13
9640/17 9643/1
9646/23 9657/18
**noted [2]** 9619/17
9620/19
**nothing [6]** 9636/6
9640/10 9641/25
9644/19 9644/20
9645/12
**noticed [1]** 9625/20
**notified [1]** 9643/12
**November [2]** 9613/5
9662/7
**now [13]** 9619/2
9619/3 9621/2 9629/15
9630/6 9642/15
9642/22 9643/8
9643/14 9652/16
9656/10 9656/17
9657/20
**number [1]** 9622/13

**mutings [2]** 9624/9
9625/7
**mutings [1]** 9624/19
**my [8]** 9623/19
9626/16 9628/13
9630/17 9633/25
9636/13 9637/25
9653/1
**myself [2]** 9623/16
9657/13

**numerous [2]** 9635/24
9657/22
**NW [3]** 9614/3 9614/8
9616/4
**NY [2]** 9615/11
9615/19

**O**

**Oard [5]** 9621/23
9623/4 9658/25
9659/12 9660/7
**obfuscated [1]**
9639/16
**object [2]** 9633/11
9633/14
**objection [4]** 9634/6
9634/16 9646/13
9646/14
**objections [1]** 9634/16
**observations [2]**
9655/11 9655/12
**obviously [4]** 9623/3
9623/21 9643/25
9653/13
**occasional [1]** 9639/2
**occurred [3]** 9625/16
9625/23 9637/5
**October [2]** 9626/21
9642/19
**OEM [1]** 9655/17
**OEMs [7]** 9653/17
9654/10 9655/2 9655/6
9655/6 9655/7 9655/12
**off [10]** 9619/17
9621/22 9622/2 9638/8
9646/20 9647/4 9647/5
9647/11 9648/12
9649/17
**offer [5]** 9655/10
9655/17 9656/1 9656/2
9658/15
**offered [3]** 9621/16
9621/18 9655/22
**offering [3]** 9621/7
9649/9 9654/25
**Official [1]** 9616/3
**oh [4]** 9628/8 9628/16
9634/17 9636/5
**okay [44]** 9619/14
9619/20 9619/24
9620/8 9620/13 9622/9
9623/14 9626/1 9626/8
9626/23 9627/15
9628/8 9628/16
9628/22 9629/16
9630/20 9632/6
9632/16 9634/9
9634/14 9634/17
9637/8 9638/17 9639/4
9639/24 9640/23
9642/25 9643/20
9644/14 9645/14
9648/13 9650/2
9650/23 9651/9
9651/17 9652/15
9652/23 9654/19
9656/3 9657/1 9659/4

**once [3]** 9636/5
9636/17 9638/8
**one [34]** 9619/22
9620/1 9624/8 9624/12
9625/11 9625/13
9626/5 9627/9 9629/19
9631/7 9632/8 9633/12
9635/14 9635/24
9636/2 9639/8 9640/18
9641/10 9641/20
9642/4 9642/25 9644/6
9644/8 9644/10
9647/17 9649/1 9649/4
9650/6 9651/10
9655/14 9656/11
9658/14 9658/16
9661/8
**ones [2]** 9627/21
9646/12
**only [9]** 9621/13
9621/25 9626/6
9635/12 9640/18
9641/5 9642/18
9643/24 9660/22
**Onyema [3]** 9614/7
9653/9 9653/11
**open [3]** 9624/6
9624/11 9624/22
**operate [1]** 9645/9
**operating [2]** 9645/8
9655/19
**opinion [3]** 9654/15
9654/15 9655/1
**opinions [10]** 9621/5
9621/7 9621/8 9621/24
9653/22 9654/6
9654/11 9655/11
9655/22 9656/1
**opportunity [6]**
9640/11 9641/6
9642/18 9643/25
9644/3 9656/17
**opposed [2]** 9650/18
9660/2
**opposition [1]** 9657/19
**orally [2]** 9626/14
9626/19
**order [6]** 9620/15
9625/14 9626/18
9656/22 9656/23
9660/3
**ordering [1]** 9620/17
**organization [2]**
9635/16 9640/8
**other [10]** 9624/9
9625/14 9630/8
9635/15 9636/2 9640/7
9644/11 9652/8
9653/19 9657/8
**others [1]** 9651/4
**otherwise [1]** 9638/11
**ought [1]** 9660/25
**our [24]** 9620/15
9621/7 9621/23 9622/3
9622/7 9622/25
9627/1 9634/1 9634/6

9637/23 9638/1 9638/5
9642/22 9645/2 9652/7
9652/25 9657/19
9657/25 9658/1 9658/5
9659/6 9660/4
**ourselves [2]** 9639/3
9644/22
**out [10]** 9620/5
9625/14 9636/5
9636/17 9636/18
9636/18 9636/22
9651/22 9660/12
9660/16
**outreach [1]** 9635/8
**outside [1]** 9642/8
**outstanding [1]**
9634/22
**outweighs [2]** 9642/10
9644/4
**over [2]** 9655/18
9659/2
**overall [2]** 9638/24
9652/19

**P**

**p.m [1]** 9661/10
**page [4]** 9639/16
9643/12 9645/2
9646/24
**page 2 [1]** 9639/16
**papers [2]** 9623/15
9653/1
**part [5]** 9621/4 9639/13
9639/15 9642/22
9652/18
**particular [3]** 9625/3
9632/5 9641/8
**particularly [1]**
9660/18
**parties [5]** 9624/8
9625/20 9632/10
9634/12 9636/14
**parties' [1]** 9624/4
**partners [1]** 9645/3
**party [2]** 9618/4
9640/16
**passing [1]** 9645/10
**past [1]** 9637/6
**PATTERSON [1]**
9615/9
**pause [1]** 9627/1
9628/25
**pbwt.com [1]** 9615/12
**PC [1]** 9615/17
**people [8]** 9635/21
9635/23 9638/2 9640/7
9640/8 9650/25 9651/2
9651/4
**per [4]** 9639/17
9639/18 9639/18
9640/13
**percentages [5]**
9624/12 9635/1
9635/11 9635/15
9635/17
**perfectly [1]** 9632/6
**permitted [1]** 9621/22

**P**

**person [8]** 9623/5 9641/17 9643/12 9643/17 9644/11 9650/18 9651/1 9656/13

**perspective [2]** 9639/19 9640/14

**pertain [1]** 9635/11

**Pichai [2]** 9642/20 9646/10

**piece [1]** 9639/14

**place [1]** 9643/2

**Plaintiff [5]** 9615/2 9619/10 9631/16 9631/18 9634/19

**PLAINTIFF'S [1]** 9616/7

**plaintiffs [13]** 9613/4 9614/2 9620/18 9621/14 9632/21 9634/4 9640/25 9641/6 9643/23 9645/18 9652/3 9653/4 9658/2

**plaintiffs' [6]** 9621/18 9628/2 9631/15 9633/17 9646/16 9651/19

**play [5]** 9620/2 9629/14 9629/18 9645/4 9645/5

**played [9]** 9624/5 9625/8 9625/9 9625/15 9626/23 9626/25 9627/6 9627/20 9628/24

**players [1]** 9639/2

**playing [2]** 9624/19 9660/2

**please [7]** 9619/4 9622/24 9629/10 9632/19 9643/14 9644/10 9661/5

**pleases [1]** 9622/18

**point [6]** 9636/4 9647/23 9654/14 9655/8 9656/4 9657/25

**pointing [1]** 9649/5

**policies [2]** 9651/22 9652/12

**policy [7]** 9646/3 9646/5 9646/7 9646/10 9647/4 9648/12 9649/8

**portions [1]** 9625/7

**position [3]** 9622/7 9626/14 9634/20

**possible [1]** 9658/4

**post [3]** 9629/25 9632/12 9632/25

**post-trial [3]** 9629/25 9632/12 9632/25

**potential [1]** 9656/18

**potentially [2]** 9647/19 9654/9

**powerful [1]** 9648/2

**pre [1]** 9658/17

**precedes [2]** 9647/15 9649/1

**precursor [1]** 9658/17

**prefer [1]** 9623/13

**prejudice [1]** 9642/10

**prejudicial [3]** 9644/2 9651/16 9658/8

**prepare [1]** 9656/24

**prepared [4]** 9622/17 9622/23 9623/7 9660/5

**present [1]** 9657/7

**presented [3]** 9624/22 9626/21 9628/11

**preserve [2]** 9647/3 9647/6

**preserved [3]** 9647/16 9649/8 9650/22

**presiding [1]** 9619/3

**presumably [1]** 9624/9

**pretty [2]** 9638/24 9648/19

**Prettyman [1]** 9616/4

**preview [1]** 9653/25

**previously [5]** 9620/23 9624/24 9632/13 9634/10 9634/11

**primarily [2]** 9644/8 9648/15

**primary [1]** 9639/14

**prior [4]** 9626/16 9626/16 9642/11 9648/17

**privilege [1]** 9645/21

**privileged [2]** 9639/10 9644/13

**probably [2]** 9623/21 9657/6

**probative [4]** 9642/5 9642/10 9644/4 9651/15

**problem [1]** 9658/24

**proceeding [2]** 9635/2 9635/16

**proceedings [4]** 9613/9 9616/6 9661/10 9662/4

**produced [2]** 9616/7 9652/6

**Professor [46]** 9620/22 9621/4 9621/25 9622/3 9622/16 9622/20 9623/2 9623/4 9623/6 9623/8 9630/7 9631/23 9632/2 9632/8 9653/4 9653/13 9653/15 9653/16 9654/2 9654/2 9654/8 9654/17 9654/21 9655/3 9655/9 9655/23 9656/18 9657/4 9658/19 9658/22 9658/25 9659/1 9659/8 9659/11 9659/12 9659/14 9659/15 9659/17 9659/18 9659/19 9659/22 9660/7 9660/7 9660/14 9660/15 9660/23

**Professor Baker [1]**

**Professor Whinston [6]** 9623/6 9659/8 9659/14 9659/18 9660/7 9660/23

**projections [1]** 9625/3

**properly [1]** 9658/5

**propose [1]** 9625/6

**proposed [3]** 9624/5 9624/18 9625/6

**proposition [3]** 9635/6 9638/22 9656/7

**Protection [1]** 9615/3

**provide [2]** 9649/25 9654/15

**provided [3]** 9631/11 9653/7 9653/23

**providing [1]** 9642/6

**PSX00866.020 [2]** 9631/13 9632/21

**public [7]** 9624/19 9624/21 9624/22 9635/1 9635/4 9636/23 9638/7

**publicly [1]** 9624/23

**pull [1]** 9636/2

**purports [1]** 9621/6

**purpose [1]** 9620/10

**purposes [1]** 9639/22

**push [3]** 9631/2 9632/17 9652/13

**pushed [1]** 9628/21

**pushing [4]** 9634/3 9634/13 9636/22 9640/21

**put [6]** 9630/21 9635/2 9643/1 9653/3 9654/20 9657/6

**putting [1]** 9650/22

**Q**

**Q1 [1]** 9645/7

**Q2 [1]** 9645/2

**qualified [1]** 9658/18

**quality [1]** 9644/2

**question [7]** 9638/4 9647/8 9647/12 9653/2 9653/3 9654/20 9658/17

**questioned [1]** 9644/1

**quickly [3]** 9624/2 9639/5 9652/25

**R**

**raise [4]** 9619/14 9623/11 9632/24 9649/22

**raised [6]** 9623/8 9623/12 9649/11 9649/24 9658/6 9659/23

**raises [3]** 9622/13 9638/3 9649/3

**raising [3]** 9640/17 9652/16 9659/21

**Ralph [1]** 9615/4

**rather [1]** 9644/11

**re [2]** 9656/23 9657/13

**re-read [1]** 9657/13

**reached [2]** 9630/25 9633/8

**read [7]** 9623/15 9627/22 9638/5 9644/18 9651/22 9653/24 9657/13

**ready [5]** 9620/2 9623/13 9626/21

**real [1]** 9621/21

**really [4]** 9653/20 9654/17 9659/20 9660/5

**Realtime [1]** 9616/3

**reason [1]** 9647/1

**reasons [3]** 9620/24 9621/13 9625/5

**rebut [5]** 9622/22 9622/23 9653/6 9653/21 9655/15

**rebuttal [13]** 9620/17 9620/24 9621/19 9630/7 9654/16 9654/22 9656/2 9656/9 9656/19 9656/24 9658/4 9658/16 9658/23

**rebutted [1]** 9658/20

**recall [2]** 9625/19 9654/13

**received [7]** 9628/2 9632/21 9633/17 9633/19 9646/16 9651/19 9652/3

**recent [1]** 9646/11

**recently [1]** 9657/14

**recess [3]** 9629/6 9629/7 9661/6

**recognize [1]** 9657/3

**recognizing [1]** 9656/21

**record [17]** 9624/3 9625/12 9627/22 9630/14 9630/22 9635/4 9635/18 9638/4 9638/6 9638/8 9638/8 9651/21 9652/19 9652/20 9655/2 9655/11 9662/3

**recorded [1]** 9616/6

**redacted [2]** 9626/6 9637/4

**redactions [4]** 9619/23 9619/25 9624/18 9625/6

**refamiliarize [2]** 9623/16 9657/13

**reference [3]** 9637/11 9637/12 9645/10

**referenced [4]** 9619/19 9620/1 9632/13 9633/13

**references [2]** 9637/10 9646/20

**referred [2]** 9628/18 9631/17

**reflected [3]** 9624/13

**refuting [1]** 9654/18

**regard [1]** 9647/22

**regarding [3]** 9631/16 9637/9

**regards [1]** 9631/11

**Registered [1]** 9616/2

**rehash [1]** 9657/19

**reiterate [1]** 9657/24

**relate [4]** 9632/9 9646/2 9654/11 9654/12

**related [3]** 9645/23 9646/24 9653/18

**relates [2]** 9632/8 9648/16

**relationship [1]** 9653/14

**relevance [4]** 9645/1 9645/6 9646/22 9648/20

**relevant [3]** 9638/20 9641/1 9643/19 9647/13

**remainder [1]** 9629/13

**remains [1]** 9642/3

**remarkable [1]** 9660/5

**remember [1]** 9652/5

**remind [1]** 9657/9

**remove [2]** 9620/6 9635/4

**report [1]** 9620/3

**Reporter [4]** 9616/2 9616/2 9616/3 9616/4

**reporting [1]** 9635/14

**reports [2]** 9620/6 9653/15

**represent [1]** 9631/14 9631/18

**representations [1]** 9634/5

**request [7]** 9631/18 9632/18 9634/25 9637/3 9643/11 9646/20 9654/22

**requested [1]** 9619/23

**requests [1]** 9643/18

**requires [1]** 9643/16

**research [2]** 9638/10 9638/11

**respect [7]** 9622/25 9624/9 9624/6 9626/11 9645/1 9660/2 9661/8

**respectfully [1]** 9636/18

**respond [4]** 9621/3 9628/6 9628/8 9653/17

**response [3]** 9643/6 9643/13 9650/23

**responsibility [1]** 9637/23

**rest [1]** 9659/24

**result [2]** 9625/4 9637/5

**resume [1]** 9629/3

**retained [2]** 9647/24 9648/1

**retention [4]** 9646/3

9671

**R**

retention... [3] 9646/5 9646/7 9646/10
retroactively [1] 9635/4
return [1] 9639/12
rev [1] 9639/18
revenue [3] 9624/12 9624/13 9625/3
reviewed [3] 9624/3 9624/18 9626/12
Richard [1] 9614/6
richard.gower [1] 9614/11
right [39] 9619/12 9624/1 9624/1 9624/4 9625/10 9625/21 9626/24 9628/1 9629/3 9629/15 9630/11 9630/13 9630/21 9633/4 9633/15 9633/16 9633/21 9633/24 9634/21 9640/2 9641/10 9642/3 9643/7 9644/6 9646/8 9648/21 9649/2 9649/3 9649/7 9650/10 9651/14 9652/10 9652/24 9653/2 9656/17 9657/20 9659/13 9660/25 9661/2
rise [3] 9619/2 9629/5 9629/8
RMR [2] 9662/2 9662/8
roll [1] 9626/24
ROSATI [1] 9615/17
roughly [1] 9629/15
rule [2] 9626/14 9626/18
ruled [2] 9622/8 9658/9
rules [2] 9635/22 9636/7
rulings [1] 9626/17
run [3] 9623/18 9627/10 9645/7
running [1] 9638/2

**S**

SA360 [1] 9631/7
said [8] 9620/11 9628/12 9636/17 9639/16 9641/17 9655/25 9656/15 9659/9
Sallet [3] 9615/2 9619/10 9630/21
same [8] 9631/25 9634/20 9643/21 9645/3 9646/2 9647/10 9649/3 9659/20
Samsung [1] 9645/9
San [1] 9614/15
sanctionable [1] 9647/23
sanctioning [1] 9636/9
sanctions [3] 9637/15 9647/12 9647/13

save [1] 9658/3
saw [2] 9641/11 9642/5
say [18] 9628/8 9635/13 9637/17 9637/19 9637/20 9639/19 9641/17 9645/3 9647/22 9648/16 9649/15 9652/8 9652/17 9654/4 9655/1 9655/5 9656/14 9656/18
saying [7] 9637/15 9643/17 9644/12 9647/23 9648/9 9648/9 9651/5
says [6] 9638/11 9640/13 9650/15 9650/19 9658/19 9659/19
schedule [2] 9622/6 9622/25
Schmidtlein [12] 9615/13 9619/11 9629/22 9630/24 9632/11 9633/22 9635/3 9638/18 9639/24 9643/4 9654/20 9659/6
scrutiny [1] 9651/5
seal [1] 9634/25
search [7] 9631/17 9639/17 9639/18 9641/15 9641/15 9646/25 9653/18
seated [2] 9619/4 9629/10
second [7] 9625/18 9625/23 9625/25 9643/8 9644/9 9645/2 9649/6
section [3] 9615/3 9620/5 9620/9
see [16] 9620/7 9622/17 9627/5 9629/3 9630/6 9630/15 9646/23 9648/20 9649/5 9652/24 9653/21 9656/6 9658/19 9661/2 9661/3 9661/4
seek [1] 9628/12
seeking [2] 9624/10 9647/18
seem [4] 9636/10 9638/9 9641/1 9641/3
seems [3] 9645/15 9647/9 9648/19
seen [4] 9621/9 9625/15 9645/18 9654/7
send [1] 9638/19
sense [3] 9625/14 9645/15 9657/4
sensitive [3] 9624/24 9636/1 9650/19
sensitivity [1] 9637/24

separate [2] 9638/3
sequencing [1] 9658/21
sequentially [1] 9625/16
session [2] 9619/3 9629/9
set [6] 9630/25 9631/2 9634/2 9648/11 9649/10 9650/16
setting [1] 9648/2
share [4] 9624/12 9624/13 9631/17 9650/20
shared [3] 9637/17 9638/12 9640/7
she [5] 9633/10 9643/25 9650/17 9650/17 9650/19
shortly [1] 9629/4
should [19] 9621/8 9621/18 9621/22 9621/23 9621/24 9622/5 9622/23 9629/24 9634/1 9636/9 9636/21 9644/12 9647/15 9648/10 9648/10 9648/25 9651/1 9657/23 9658/6
show [5] 9638/10 9638/11 9647/2 9647/25 9649/9
shown [2] 9634/10 9634/11
similar [1] 9631/22
Similarweb [1] 9631/19
simply [1] 9639/9
since [4] 9642/5 9658/2 9659/15 9659/21
sit [1] 9636/15
sitting [1] 9623/9
situation [2] 9656/14 9659/16
skips [1] 9620/10
Skjelborg [1] 9614/13
slightly [1] 9656/14
small [2] 9620/5 9620/9
smartphone [2] 9621/6 9657/22
sneak [1] 9655/15
so [66]
so I think [2] 9620/1 9625/5
so this document [1] 9642/22
so this is [1] 9646/24
solves [1] 9642/25
some [23] 9619/22 9620/19 9621/6 9623/21 9626/16 9629/23 9629/24 9630/5 9630/6 9631/6 9637/5 9642/4 9645/10 9645/19

9651/15 9653/7 9655/10 9657/4 9657/6 9657/7
somebody [3] 9627/2 9646/20 9656/7
someone [1] 9643/12
something [5] 9630/22 9636/2 9636/25 9643/22 9660/16
sometimes [2] 9638/1 9643/18
somewhat [1] 9638/1
SONSINI [1] 9615/17
sorry [3] 9633/23 9642/19 9649/22
sort [16] 9620/19 9621/6 9625/15 9625/22 9635/2 9636/6 9641/12 9646/1 9647/19 9649/25 9653/14 9654/1 9655/6 9655/15 9656/6 9657/24
sought [2] 9628/6 9633/10
speaks [1] 9643/10
specific [3] 9637/9 9640/6 9649/22
specifically [1] 9646/11
spent [1] 9637/19
spoke [1] 9640/22
spoliation [4] 9648/7 9648/16 9648/19 9648/21
stamp [1] 9639/11
stand [11] 9622/2 9622/5 9623/12 9636/4 9640/20 9641/7 9645/19 9656/6 9659/8 9659/10 9659/18
standard [1] 9634/6
stands [3] 9629/5 9637/3 9661/6
start [7] 9619/17 9627/12 9627/13 9636/9 9651/2 9659/22 9660/14
started [2] 9659/23 9659/24
starting [1] 9660/3
state [5] 9615/2 9624/3 9635/7 9635/18 9647/20
stated [2] 9634/16 9648/3
statement [3] 9629/23 9631/3 9635/19
STATES [12] 9613/1 9613/3 9613/10 9619/7 9619/10 9631/13 9634/19 9640/4 9642/1 9645/13 9648/18 9653/10
States' [1] 9631/16
stenography [1] 9616/6

sticker [1] 9626/7
still [6] 9620/18 9635/9 9636/12 9644/3 9644/23 9650/3
stipulate [1] 9649/15
stipulated [1] 9649/15
stipulation [1] 9649/23
Store [2] 9645/4 9645/5
Street [2] 9614/3 9614/8
stuff [1] 9647/11
subject [3] 9632/9 9644/18 9656/10
subjects [1] 9654/22
submitted [1] 9652/17
such [1] 9631/23
suggest [1] 9635/21 9636/4 9636/9
suggests [1] 9636/7
Suite [1] 9614/14 9615/6 9615/10
summary [1] 9653/25
supplement [1] 9652/20
suppose [2] 9647/19 9658/17
supposed [1] 9621/12
sure [8] 9627/23 9630/2 9638/6 9640/5 9640/15 9642/21 9650/1 9660/5
surprised [1] 9623/11
SVP [1] 9631/20
SVPs [2] 9631/16 9631/25
SW [1] 9615/14
system [2] 9645/9 9655/19

**T**

tack [1] 9630/8
take [15] 9620/5 9622/5 9623/17 9626/15 9634/20 9634/22 9638/8 9638/18 9638/20 9639/8 9641/11 9646/19 9650/4 9659/9 9659/18
taking [1] 9659/8
talk [8] 9626/21 9630/7 9639/5 9651/1 9654/7 9654/9 9654/10 9657/22
talked [3] 9629/20 9655/18 9655/19
talking [2] 9647/20 9653/16
talks [1] 9645/7
tape [2] 9626/24 9660/2
team [3] 9633/25 9637/25
technical [2] 9649/21 9649/22
technological [3] 9624/16 9649/10

**T**

**technological... [1]**
9649/11

**teeth [1]** 9636/8

**tell [3]** 9636/15 9650/8
9654/13

**tennis [1]** 9639/2

**terms [8]** 9634/12
9636/1 9638/21 9649/7
9653/14 9653/17
9654/5 9658/21

**Terrific [4]** 9630/20
9633/1 9633/16
9634/21

**testified [3]** 9622/17
9640/19 9642/20

**testifies [3]** 9623/1
9658/23 9660/19

**testify [9]** 9621/12
9621/23 9623/1 9623/5
9640/4 9641/21
9653/14 9654/1
9656/22

**testifying [1]** 9636/13

**testimony [15]** 9622/1
9622/4 9624/11 9625/9
9627/20 9630/9 9632/3
9653/5 9653/21
9654/15 9654/16
9654/23 9655/16
9658/15 9658/16

**testing [1]** 9656/13

**than [2]** 9621/21
9644/11

**thank [32]** 9622/8
9623/25 9626/1 9626/8
9626/9 9627/5 9627/25
9628/1 9628/23 9629/2
9629/4 9629/10 9630/3
9630/20 9630/23
9633/2 9633/3 9633/14
9633/21 9634/14
9637/7 9642/12
9645/25 9651/18
9652/2 9652/16
9652/22 9659/5
9660/11 9661/3 9661/4
9661/9

**thank you [28]** 9622/8
9623/25 9626/1 9626/8
9626/9 9627/5 9627/25
9628/23 9629/2 9629/4
9630/3 9630/20
9630/23 9633/2 9633/3
9633/14 9633/21
9634/14 9637/7
9642/12 9645/25
9651/18 9652/16
9652/22 9659/5
9660/11 9661/4 9661/9

**that [240]**

**that's [22]** 9620/8
9620/10 9620/15
9627/7 9628/25 9629/2
9630/4 9633/15
9633/24 9638/4 9639/3
9639/4 9639/13 9642/9
9642/24 9643/19

9640/4 9650/1
9658/12 9660/14

**their [16]** 9622/24
9623/3 9631/23
9635/23 9635/24
9636/3 9637/14
9637/17 9641/19
9645/4 9647/6 9648/1
9651/11 9656/23
9657/15 9658/3

**them [30]** 9622/14
9623/16 9625/17
9628/7 9628/11
9628/12 9628/20
9631/4 9631/12
9632/24 9635/11
9635/12 9636/4 9636/8
9636/25 9637/2
9637/16 9639/6
9640/20 9641/21
9647/7 9648/1 9649/15
9649/23 9655/18
9655/19 9656/2 9656/6
9656/23 9660/1

**then [30]** 9621/25
9622/21 9622/22
9623/4 9623/17 9624/2
9624/15 9625/24
9626/20 9632/7
9633/12 9637/11
9637/15 9643/11 9643/6
9643/13 9646/15
9648/14 9648/23
9649/19 9650/3 9650/6
9650/15 9650/17
9651/12 9655/3 9657/5
9658/25 9659/2 9660/9

**there [25]** 9619/22
9619/22 9622/17
9624/21 9628/10
9628/25 9630/15
9631/3 9631/12 9632/1
9632/7 9635/3 9635/5
9635/23 9636/17
9637/10 9637/11
9640/2 9641/3 9643/10
9645/21 9647/9
9649/13 9653/1
9653/19

**there's [14]** 9619/24
9624/2 9626/5 9628/14
9636/6 9636/16
9636/20 9641/14
9642/4 9647/12 9650/3
9650/12 9651/15
9658/19

**these [30]** 9623/2
9624/22 9624/22
9628/17 9631/5
9631/19 9632/5
9632/17 9634/10
9634/10 9635/10
9635/10 9635/16
9635/22 9636/2
9636/11 9636/19
9636/22 9637/1 9637/5
9641/20 9641/23

9646/13 9648/9
9650/20 9652/11
9653/18 9661/8

**they [44]** 9620/18
9620/18 9620/19
9621/17 9623/11
9623/12 9624/24
9628/5 9628/5 9628/6
9628/11 9628/12
9631/15 9632/18
9635/9 9635/10
9635/12 9636/2
9637/17 9637/25
9638/10 9638/11
9638/12 9640/2
9640/11 9640/12
9646/2 9647/15
9649/16 9649/16
9649/21 9649/23
9651/3 9651/6 9651/12
9652/1 9652/9 9653/1
9654/11 9655/4 9658/1
9658/4 9658/6 9659/21

**they'll [3]** 9632/20
9646/15 9649/14

**they're [7]** 9634/5
9634/7 9636/24 9638/7
9639/25 9649/19
9659/16

**they've [2]** 9622/1
9622/3

**thing [5]** 9621/24
9625/11 9629/19
9657/5 9657/8

**things [11]** 9630/5
9630/8 9635/25
9636/11 9636/13
9636/23 9637/1 9640/9
9649/22 9651/2 9651/6

**think [44]** 9619/24
9620/1 9620/5 9620/10
9622/4 9624/19 9625/5
9626/15 9629/15
9635/9 9637/5 9637/19
9638/19 9638/21
9638/23 9638/25
9639/2 9641/20 9642/4
9642/7 9642/9 9643/14
9643/21 9644/2 9645/9
9645/10 9645/23
9647/4 9648/2 9648/6
9648/6 9648/15 9649/3
9649/5 9650/8 9650/21
9651/6 9651/10
9651/15 9653/24
9656/15 9656/16
9658/9 9658/12

**thinks [1]** 9621/3

**third [7]** 9624/7
9636/14 9640/16
9644/8 9649/6 9650/16
9656/11

**Third Circuit [1]**
9656/11

**this [124]**

**This is [1]** 9619/7

**those [26]** 9619/24

9625/7 9626/13
9626/22 9626/23
9627/22 9630/17
9631/14 9635/4
9635/14 9637/13
9637/14 9640/9 9647/3
9649/17 9651/23
9652/13 9652/18
9653/17 9654/3
9654/10 9655/4 9656/1

**though [4]** 9625/23
9629/21 9642/8 9648/7

**thought [4]** 9626/14
9642/24 9642/24
9659/9

**thousand [1]** 9638/23

**thread [4]** 9644/10
9644/12 9645/4
9650/13

**three [8]** 9624/12
9632/8 9639/17 9646/1
9646/11 9646/11
9651/22 9658/23

**through [10]** 9623/9
9629/15 9632/12
9639/6 9644/18 9645/6
9646/7 9646/10
9649/18 9652/24

**throughout [2]** 9648/4
9648/4

**Thursday [7]** 9622/6
9623/7 9659/1 9659/11
9660/7 9660/15 9661/1

**ties [1]** 9645/6

**till [1]** 9629/15

**time [19]** 9623/21
9625/18 9625/19
9625/24 9627/10
9627/14 9629/1 9629/2
9630/5 9636/5 9640/19
9645/8 9648/4 9648/8
9653/12 9656/24
9658/6 9660/3 9660/17

**timing [2]** 9636/21
9658/10

**titled [1]** 9662/4

**Tizen [1]** 9645/8

**today [4]** 9619/18
9636/25 9659/22
9659/22

**told [7]** 9628/5 9633/25
9635/5 9636/25
9641/17 9641/17
9645/11

**too [1]** 9638/18

**top [4]** 9644/9 9646/22
9646/23 9650/12

**topic [2]** 9641/1
9647/10

**topics [2]** 9641/13
9654/3

**touching [1]** 9654/21

**towards [1]** 9643/11

**traffic [3]** 9631/20
9631/20 9631/25

**Trager [4]** 9614/6
9626/3 9633/8 9633/13

**U [1]** 9637/21

**transcript [7]** 9613/9
9616/6 9616/10 9617/4
9624/13 9624/17
9625/7 9662/3

**transcription [1]**
9616/7

**transcripts [4]** 9624/14
9625/8 9626/16
9636/22

**transforming [1]**
9639/20

**treated [1]** 9634/7

**treatments [1]** 9645/20

**trial [9]** 9613/9 9624/22
9629/25 9632/12
9632/25 9651/8
9651/12 9652/19
9658/2

**troubled [1]** 9635/19

**true [1]** 9648/4

**truly [2]** 9658/4
9658/6

**try [6]** 9621/2 9622/14
9628/6 9636/9 9636/11
9655/15

**trying [8]** 9636/21
9637/1 9640/15
9649/18 9650/25
9659/16 9659/16
9660/16

**Tuesday [2]** 9620/22
9657/5

**turn [2]** 9641/10
9649/16

**two [14]** 9621/13
9622/2 9622/4 9626/10
9626/12 9640/18
9641/14 9643/8 9647/9
9647/18 9649/15
9649/17 9658/16
9660/22

**twofold [1]** 9658/14

**TYLER [1]** 9615/9

**typed [1]** 9643/14

**types [2]** 9640/7
9640/9

**typographical [1]**
9631/8

**U**

**U.S [4]** 9614/2 9614/7
9614/13 9642/8

**ultimate [1]** 9658/14

**uncertainty [1]**
9656/21

**under [5]** 9621/1
9622/6 9622/15
9636/19 9651/5

**understand [7]** 9621/2
9626/5 9643/17
9645/16 9646/19
9651/23 9656/11

**understanding [2]**
9630/17 9633/9

**Understood [4]** 9644/5
9645/25 9650/5
9658/11

**unduly [1]** 9651/16
**unfair [2]** 9641/4
9642/10
**unfairly [1]** 9651/16
**unfairness [1]** 9657/3
**unfavorable [4]**
9639/21 9639/22
9650/22 9650/25
**unhelpful [1]** 9641/18
**Unit [1]** 9615/4
**UNITED [8]** 9613/1
9613/3 9613/10 9619/7
9640/4 9642/1 9645/13
9653/10
**United States [4]**
9640/4 9642/1 9645/13
9653/10
**unlawful [1]** 9648/9
**unless [2]** 9624/2
9657/20
**unlike [1]** 9642/10
**unobjected [1]** 9634/5
**unqualified [1]**
9655/16
**unrelated [1]** 9644/16
**until [1]** 9657/15
**untimely [1]** 9658/1
**up [16]** 9626/7 9630/5
9630/9 9631/2 9633/7
9634/1 9634/2 9634/24
9636/4 9636/8 9645/19
9650/4 9650/7 9650/16
9653/20 9654/3
**upon [2]** 9655/11
9656/10
**UPX [2]** 9648/25
9650/6
**UPX1039 [1]** 9646/16
**UPX1042 [1]** 9646/16
**UPX1089 [2]** 9651/23
9652/3
**UPX1090 [1]** 9651/23
9652/3
**UPX1091 [2]** 9651/23
9652/3
**UPX1096 [2]** 9649/2
9650/7
**UPX1100 [4]** 9648/24
9650/7 9651/17
9651/19
**UPX2113 [4]** 9627/24
9628/2 9633/10
9633/17
**UPX2114 [4]** 9627/24
9628/2 9633/10
9633/17
**UPX2116 [4]** 9627/24
9628/2 9633/10
9633/17
**UPX2117 [4]** 9627/24
9628/2 9633/10
9633/17
**UPX2131 [4]** 9627/25
9628/2 9633/11
9633/17
**UPX711 [2]** 9639/8
9646/16

9646/16
**UPX973 [3]** 9642/14
9646/16 9646/16
**UPXs [1]** 9651/22
**urgently [1]** 9637/1
**us [19]** 9623/9 9623/12
9628/5 9628/6 9628/7
9635/17 9637/17
9638/2 9638/10
9638/11 9638/12
9638/19 9649/21
9649/22 9649/24
9652/13 9657/20
9660/3 9660/17
**usdoj.gov [5]** 9614/5
9614/10 9614/11
9614/12 9614/16
**use [4]** 9642/17
9642/21 9645/22
9647/18
**used [3]** 9643/18
9645/17 9651/7
**using [1]** 9647/25
**usual [1]** 9627/14
**usually [1]** 9629/13
**uttered [1]** 9635/25

**V**

**value [4]** 9642/5
9642/10 9644/4
9651/15
**variety [2]** 9620/24
9630/15
**vendors [1]** 9657/22
**Verizon [1]** 9636/20
**Verizon's [1]** 9635/9
**Veronica [2]** 9614/7
9653/9
**veronica.n.onyema [1]**
9614/11
**version [3]** 9646/5
9646/6 9646/9
**versions [1]** 9646/11
**versus [1]** 9619/8
**very [14]** 9635/17
9635/19 9635/23
9636/1 9636/1 9636/13
9636/22 9649/20
9649/20 9650/19
9657/9 9657/9 9660/1
9660/1
**via [2]** 9627/20 9650/20
**video [13]** 9621/10
9623/9 9624/5 9626/4
9626/23 9626/25
9627/6 9627/11
9627/20 9628/24
9629/14 9630/12
9633/8
**videos [1]** 9623/18
**videotape [1]** 9659/25
**view [5]** 9621/23
9622/3 9641/19
9648/11 9658/1
**viewed [1]** 9621/17
**violating [1]** 9635/21
**visits [1]** 9631/17

**vs [1]** 9613/5

**W**

**W.H [1]** 9615/16
**wafting [2]** 9637/15
9638/13
**wait [5]** 9622/16
9653/20 9658/19
9660/13 9661/5
**waived [1]** 9658/1
**want [26]** 9619/14
9621/20 9626/13
9626/15 9627/3 9630/6
9630/7 9631/14
9635/10 9635/18
9636/20 9636/24
9638/19 9639/6 9645/3
9647/2 9647/6 9647/25
9648/20 9649/22
9649/23 9652/13
9653/20 9655/4
9657/19 9657/24
**wanted [1]** 9622/15
9630/21 9655/25
**wants [3]** 9647/24
9650/18 9655/1
**was [55]**
**Washington [5]** 9613/5
9614/3 9614/9 9615/14
9616/5
**wasn't [2]** 9648/24
9656/8
**Waszmer [3]** 9615/16
9633/4 9633/5
**waters [2]** 9622/20
9623/2
**way [6]** 9623/6 9623/21
9624/20 9629/14
9632/12 9659/20
**wc.com [1]** 9615/15
**we [121]**
**we believe [5]** 9622/22
9637/22 9643/10
9643/19 9645/6
**we believed [2]**
9640/21 9640/22
**we will [1]** 9622/5
**we would [1]** 9627/9
**we'd [4]** 9628/12
9629/18 9632/4 9645/2
**we'll [16]** 9623/21
9626/17 9627/12
9627/14 9629/15
9630/5 9630/8 9632/24
9638/18 9645/23
9649/23 9658/18
9658/25 9658/25
9659/15 9661/3
**we're [27]** 9619/17
9619/24 9620/21
9622/19 9623/11
9625/13 9625/16
9627/11 9628/20
9634/3 9637/15
9638/20 9639/15
9647/20 9647/23
9647/24 9648/9 9648/9

**when [11]** 9623/16
9625/20 9628/4 9628/8
9638/4 9638/13 9640/3
9645/3 9648/11
9654/13 9658/6
**whenever [1]** 9627/12
**where [13]** 9619/22
9627/2 9627/3 9627/5
9635/24 9636/2
9636/17 9639/3
9639/16 9649/16
9657/4 9659/16 9661/2
**whether [9]** 9628/11
9635/3 9635/10
9641/21 9656/21
9658/15 9658/18
9658/19 9660/16
**which [27]** 9620/5
9620/11 9622/1 9631/3
9631/6 9631/7 9631/14
9632/2 9632/8 9632/9
9632/10 9638/7 9639/8
9639/9 9641/10
9641/16 9645/8 9647/9
9647/10 9648/25
9653/4 9654/11
9654/21 9656/20
9657/12 9660/8
9660/17
**while [5]** 9624/21
9625/7 9625/8 9641/7
9653/25
**Whinston [10]** 9622/3
9623/6 9659/1 9659/8
9659/11 9659/14
9659/18 9660/7
9660/15 9660/23
**who [11]** 9636/12
9640/2 9640/8 9640/11
9641/17 9641/24
9644/3 9644/17 9647/2
9647/25 9651/11
**who's [1]** 9650/13
**who've [1]** 9644/20
**whole [2]** 9620/24
9646/24
**why [6]** 9627/13
9643/2 9647/1 9650/2
9650/17 9659/7
**wild [1]** 9636/6
**will [13]** 9622/2 9622/5
9623/19 9624/5
9625/22 9625/25
9626/21 9629/21
9631/4 9631/10 9634/7
9635/7 9652/18
**William [4]** 9615/8
9616/2 9662/2 9662/8
**WILLIAMS [1]** 9615/13
**willy [1]** 9651/2
**willy-nilly [1]** 9651/2
**WILSON [1]** 9615/17
**wish [1]** 9643/23
**within [1]** 9647/16
**without [4]** 9638/24
9639/11 9656/17
9659/18

**W.H [1]** 9615/16 (continued)
9650/7 9651/5 9656/14
9657/22 9660/5 9660/8
**we've [14]** 9623/10
9630/6 9631/10 9634/3
9636/25 9637/19
9638/24 9641/16
9643/1 9645/18 9647/1
9648/23 9660/1 9660/4
**weak [1]** 9648/19
**WEBB [1]** 9615/9
**website [2]** 9631/20
9631/24
**Wednesday [12]**
9620/21 9621/24
9622/2 9622/5 9623/5
9657/6 9659/1 9659/8
9659/10 9659/12
9659/14 9660/6
**week [2]** 9621/13
9623/9
**weekend [1]** 9661/4
**well [14]** 9619/13
9623/20 9630/1
9632/16 9634/1
9634/21 9640/24
9647/22 9648/14
9649/14 9650/8 9654/5
9656/3 9660/21
**Wendy [2]** 9615/16
9633/5
**were [20]** 9621/17
9622/15 9626/13
9626/20 9628/11
9628/11 9628/17
9628/18 9630/15
9630/15 9640/21
9641/21 9642/1 9642/2
9642/2 9642/16
9651/24 9652/1 9652/9
9654/14
**weren't [1]** 9638/22
**wfcavanaugh [1]**
9615/12
**what [38]** 9637/16
9638/4 9638/21 9640/1
9641/11 9641/19
9642/13 9642/24
9643/17 9645/3
9647/20 9648/15
9650/8 9652/17
9652/25 9653/4
9653/13 9653/21
9653/25 9654/5
9654/17 9654/24
9655/2 9655/5 9655/6
9655/12 9655/14
9655/21 9656/17
9656/18 9656/20
9656/22 9657/13
9658/19 9658/25
9659/15 9659/19
9660/6
**what's [1]** 9654/3
**whatever [6]** 9628/6
9636/7 9638/3 9647/15
9652/17 9652/19
**whatsoever [1]**

**witness [22]** 9620/20
9620/20 9620/24
9621/1 9621/12
9621/15 9627/9
9637/12 9638/2 9640/3
9640/11 9640/17
9640/19 9640/20
9641/3 9641/7 9642/17
9643/9 9644/3 9651/7
9651/12 9655/14
**witnesses [14]**
9620/18 9621/9
9621/10 9635/25
9636/12 9641/20
9642/1 9644/17
9644/20 9651/11
9656/23 9658/23
9660/3 9660/4
**won't [2]** 9622/21
9658/24
**word [1]** 9645/17
**words [1]** 9635/15
**work [3]** 9621/21
9632/16 9660/12
**worked [1]** 9657/21
**would [39]** 9622/7
9622/24 9623/4 9623/5
9623/7 9623/13
9623/20 9626/7 9627/9
9627/18 9627/21
9628/5 9628/13
9628/19 9632/12
9635/13 9636/18
9637/3 9638/9 9640/4
9640/25 9640/25
9641/6 9647/13 9649/8
9653/5 9653/8 9653/20
9654/11 9654/17
9656/14 9656/16
9656/22 9657/1 9657/6
9657/6 9657/20 9659/9
9661/7
**wouldn't [1]** 9647/16
**WPA [1]** 9646/23
**wrap [1]** 9630/5
**write [1]** 9651/6
**writes [1]** 9644/10
**writing [3]** 9650/18
9651/2 9652/21
**written [3]** 9626/18
9643/9 9646/6
**wrote [1]** 9640/12
**wsgr.com [1]** 9615/20
**wwaszmer [1]** 9615/20

**Y**

**yeah [3]** 9627/17
9630/5 9645/11
**years [2]** 9655/18
9657/21
**yes [10]** 9630/23
9632/15 9632/19
9634/11 9641/14
9644/7 9646/21 9648/6
9650/11 9651/25
**yesterday [10]** 9619/17
9620/4 9620/19 9628/5

9635/12 9635/19
9641/12 9642/6
**yet [1]** 9658/7
**Yoo [1]** 9640/2
**York [2]** 9615/11
9615/19
**you [92]**
**you'd [1]** 9646/19
**you're [2]** 9660/22
9660/22
**you've [7]** 9625/15
9650/14 9653/7
9654/24 9655/6 9655/7
9655/21
**your [54]**
**Your Honor [48]**
9619/6 9619/16
9621/20 9622/11
9623/24 9626/2 9627/9
9627/16 9628/4
9629/12 9630/14
9630/23 9632/1
9632/13 9633/2 9633/5
9633/23 9634/15
9634/19 9635/8
9636/16 9636/25
9637/7 9637/9 9638/16
9639/13 9639/25
9640/13 9641/23
9642/12 9643/3
9644/25 9645/2
9645/25 9646/21
9647/25 9649/4
9650/11 9651/18
9652/5 9653/10
9654/24 9657/18
9659/5 9660/6 9660/11
9660/20 9660/24

**Z**

**Zaremba [3]** 9616/2
9662/2 9662/8
**zero [1]** 9644/23
**zPARTYS [1]** 9618/4