IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA, ET AL.,   )
                                     )
          Plaintiffs,                )
                                     )    CV No. 20-3010
        vs.                          )    Washington, D.C.
                                     )    November 13, 2023
GOOGLE LLC,                          )    9:30 a.m.
                                     )
          Defendant.                 )    Day 39
_____)    Morning Session


TRANSCRIPT OF BENCH TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For DOJ Plaintiffs:                Kenneth M. Dintzer
                                   U.S. DEPARTMENT OF JUSTICE
                                   1100 L Street, NW
                                   Washington, D.C.
                                   (202) 307-0340
                                   Email:
                                   kenneth.dintzer2@usdoj.gov


For Plaintiff
State of Colorado:                 Jonathan Bruce Sallet
                                   COLORADO DEPARTMENT OF LAW
                                   Consumer Protection Section,
                                   Antitrust Unit
                                   Ralph L. Carr
                                   Colorado Judicial Center
                                   1300 Broadway
                                   Suite 7th Floor
                                   Denver, CO 80203
                                   (720) 508-6000
                                   Email: jon.sallet@coag.gov

                                   William F. Cavanaugh, Jr.
                                   PATTERSON BELKNAP
                                   WEBB & TYLER LLP
                                   1133 Avenue of the Americas
                                   Suite 2200
                                   New York, NY 10036-6710
                                   (212) 335-2793
                                   Email: wfcavanaugh@pbwt.com

```
APPEARANCES CONTINUED:

For Defendant Google:        John E. Schmidtlein
                             WILLIAMS & CONNOLLY LLP
                             680 Maine Avenue, SW
                             Washington, D.C. 20024
                             (202) 434-5000
                             Email: jschmidtlein@wc.com

Court Reporter:              William P. Zaremba
                             Registered Merit Reporter
                             Certified Realtime Reporter
                             Official Court Reporter
                             E. Barrett Prettyman CH
                             333 Constitution Avenue, NW
                             Washington, D.C. 20001
                             (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

9678

- - -

WITNESS INDEX

- - -

WITNESSES          DIRECT CROSS REDIRECT RECROSS

DEFENDANT'S:

KEVIN M. MURPHY     9681

1          P R O C E E D I N G S

2          COURTROOM DEPUTY:  All rise.  The Honorable

3   Amit P. Mehta presiding.

4          THE COURT:  Good morning.  Please be seated,

5   everyone.

6          COURTROOM DEPUTY:  Your Honor, this is Civil

7   Action 20-3010, United States of America, et al., versus

8   Google LLC.

9          Kenneth Dintzer for the DOJ.

10          Jonathan Sallet and William Cavanaugh on behalf of

11   Plaintiff States.

12          John Schmidtlein on behalf of Google.

13          THE COURT:  Okay.  Good morning, everyone.  I hope

14   everybody had a nice weekend.

15          All right.  So we're ready to proceed with

16   Professor Murphy?

17          MR. DINTZER:  Your Honor, just to put the Court on

18   notice, we have two housekeeping matters if the Court would

19   want to hear them now or later.

20          THE COURT:  We can or we can wait until -- but...

21          MR. DINTZER:  One of them is going to be at some

22   point, we just want to put the Court on notice, in our --

23   when we're on cross, we have a document that's disputed on

24   confidentiality.  We're happy to raise that after they

25   finish.

1          THE COURT:  I think we have some time before that

2    happens.

3          MR. DINTZER:  Thank you, Your Honor.

4          THE COURT:  Is that the only issue?  Because

5    I thought you I understood you to say there's more.

6          MR. DINTZER:  The other one is to let you know,

7    we're going to need a closed session tomorrow, and so,

8    again, we can talk about that later, but we just want to put

9    the Court on notice.

10          THE COURT:  Okay.  Terrific.  Thank you.

11          MR. SCHMIDTLEIN:  Good morning, Your Honor.

12    John Schmidtlein for Google.

13          Google calls Professor Kevin Murphy.

14          COURTROOM DEPUTY:  Before you have a seat, would

15    you please raise your right hand.

16          (Witness is placed under oath.)

17          COURTROOM DEPUTY:  Thank you.  Please have a seat.

18          THE COURT:  All right, Professor Murphy,

19    good morning.

20          THE WITNESS:  Good morning.

21          THE COURT:  Good morning and welcome.

22          THE WITNESS:  Thank you, Your Honor.

23          THE COURT:  All right, Mr. Schmidtlein, whenever

24    you're ready.

25          MR. SCHMIDTLEIN:  Thank you, Your Honor.

9681

```
 1                        - - -

 2   KEVIN M. MURPHY, WITNESS FOR THE DEFENDANT, SWORN

 3                   DIRECT EXAMINATION

 4   BY MR. SCHMIDTLEIN:

 5        Q    Good morning, Professor Murphy.

 6        A    Good morning.

 7        Q    Please state your name and spell it for the

 8   record.

 9        A    My name is Kevin M. Murphy.  That's K-e-v-i-n,

10   initial M, M-u-r-p-h-y.

11        Q    What is your educational background?

12        A    I got my BA in economics from UCLA in 1981.

13             I got my Ph.D. in economics from the University of

14   Chicago in 1986.

15        Q    And what is your current position?

16        A    I am the Professor Emeritus at the University of

17   Chicago, where I currently teach, even though I retired in

18   July, I still teach, so I'm not sure how that works, but I'm

19   still teaching.

20             THE COURT:  Doesn't sound like retirement.

21             THE WITNESS:  I still teach, so I'm actually

22   teaching this quarter in Chicago in the econ department.

23   For most of my career, I was in both the econ department and

24   the Booth School of Business.

25
```

1    BY MR. SCHMIDTLEIN:

2        Q    How long have you taught economics at the

3    University of Chicago?

4        A    I started teaching in 1983.

5        Q    And can you explain to the Court, just to give a

6    sense of the types of classes that you have taught over the

7    years?

8        A    I've taught -- mostly I teach price theory, which

9    is the understanding of markets and competition.  I've

10   taught in both the business school and the economics

11   department.

12           In the economics department, I've had the honor of

13   teaching one of our flagship courses, which is Econ 301,

14   which is the price theory course for Ph.D. students at

15   Chicago.  It was taught by Frank Knight and then Milton

16   Friedman and Gary Becker.  And I co-taught with Gary for a

17   long time.  And then when he passed away, I took over the

18   course by myself.  So I've been teaching that for a long

19   time at Chicago now.

20           I also teach at summer camp in economics for Ph.D.

21   students for around the country that covers, in a one-week

22   period, the highlights of what we do in the price theory

23   class.

24           I've also taught labor economics and public

25   policy, which includes antitrust and things like that;

9683

1    empirical methods.  So a wide range of things over the

2    years.

3        Q    Have you won any awards?

4        A    Yes.

5            I won the John Bates Clark Medal, which at the

6    time was awarded every other year to an outstanding American

7    economist at the -- under the age of 40, so obviously that

8    was a while ago.

9            And I also won MacArthur Foundation fellowship and

10   a few other things in economic.

11           I'm a member of the American Academy of Arts and

12   Sciences.

13       Q    Have you authored and had published peer-reviewed

14   papers on economics?

15       A    Yes, I have.

16       Q    And can you give the Court just a rough

17   approximation?

18       A    I don't know.  65, 70, something like that, papers

19   in economics.

20           Not all of those would be peer reviewed but many

21   of them would be peer reviewed.

22       Q    Have you been qualified to offer expert testimony

23   by courts in antitrust cases?

24       A    Yes, I have.

25       Q    And have you ever been retained as an expert by

9684

1    the United States Department of Justice or the Federal Trade

2    Commission in an antitrust matter?

3        A    I've worked for both the Department of Justice and

4    the Federal Trade Commission.  I've testified on behalf of

5    the Federal Trade Commission.

6            MR. SCHMIDTLEIN:  Your Honor, Google tenders

7    Professor Kevin Murphy as an expert in economics and

8    industrial organization economics.

9            MR. DINTZER:  No objection, Your Honor.

10           THE COURT:  All right.  The Court will recognize

11   Professor Murphy as an expert in economics and industrial

12   economics.

13   BY MR. SCHMIDTLEIN:

14       Q    Professor Murphy, when did you first get

15   interested in economics?

16       A    Actually, I got interested in economics before my

17   formal training in economics started.

18           Through high school and actually through college

19   and even graduate school, I worked in a supermarket, and

20   that sort of let me look at how things worked and how we set

21   prices and how we marketed products.

22           And when I went to UCLA, I had originally was in

23   mathematics, but I took a course in economics.  I said, wow,

24   this is really cool, it really helps me understand all those

25   things we were doing in the grocery store and how the market

1    works.  And I was fortunate enough to take some courses from

2    some really outstanding economists at UCLA who emphasized

3    using the tools of economics to understand the world, and

4    that really caught my interest.

5            And then when I graduated from UCLA, I went on to

6    Chicago.  And then, you know, I was pushed to go to Chicago

7    by the people at UCLA.  I went there, and same thing,

8    learned a lot about, from many of my professors there, how

9    to apply economics, in particular, apply economics to data,

10   look at the world, look at empirical observations.

11           And a lot of that data is numerical or datasets or

12   analytics econometrics, or whatever, a lot of that data is

13   qualitative.  You know, how do I understand why the world

14   works the way it does?  Why do the institutions we see

15   evolve?  Those are the kind of questions I learned to think

16   about when I was at UCLA and further on at Chicago.

17   Q    Now, Professor Murphy, did you work with counsel

18   to prepare slides to assist with the presentation of your

19   testimony today?

20   A    Yes, I did.

21           MR. SCHMIDTLEIN:  Your Honor, may I approach?

22           THE COURT:  You may.

23   BY MR. SCHMIDTLEIN:

24   Q    Now, Professor Murphy, I've given you a binder

25   with slides that we've marked as DXD37.  Are these the

1    slides that you helped prepare to present today?

2        A    They appear to be, yes.

3        Q    Okay.

4            MR. SCHMIDTLEIN:  Your Honor, as we've done with

5    prior witnesses, there are certain slides that have redacted

6    portions.  Your Honor's binder is an unredacted set with red

7    boxes.

8    BY MR. SCHMIDTLEIN:

9        Q    Professor Murphy, I'm going to try to remind you

10   about the red boxes and will ask you to turn to the hard

11   copies when we're referring to some of those slides, but

12   otherwise the slides will be up on your screen.

13       A    Okay.  Thank you.

14       Q    Professor Murphy, what was your assignment in this

15   case?

16       A    Yeah, I have a slide for that.

17            The first one was to analyze search competition

18   and the role the challenged agreements play in it.

19            I would say the way I think about that is the way

20   I would approach all the problems and the way I approach

21   problems as I teach in my classes.

22            First, we want to understand the marketplace.  And

23   we want to understand, in this case, we're in a competition

24   case so we want to understand how competition works in the

25   search market, what are the key economic things that

9687

1    underlie what we see and underlie really the questions that

2    we need to ask when we think about the challenged

3    agreements.

4         And a key aspect of that is what I think of and

5    what we often refer to as the competitive process.  How does

6    competition work?  And understanding both the implications

7    of that but also why that came about and what we can learn

8    from the marketplace about that.  So we're going to try to

9    understand the market and then analyze agreements in the

10   context of that market.  Then we're going to -- so the first

11   part is really just that.

12        Then we're going to turn to assessing the specific

13   aspects of the agreements.  I've divided those into two

14   parts.  That's the agreements with browser providers and

15   Android -- and OEM and wireless carrier agreements.  So it's

16   sort of the browser-provided view of the world, that is

17   Apple and the independent browser providers; the search

18   default agreements, that plays a major role obviously in the

19   case here.  And then we're going to turn to the OEMs and the

20   wireless carriers and the Android agreements, including the

21   MADAs and the RSAs.

22        We're going to evaluate those again, understand

23   the competitive process.  The key question really is have

24   the challenged agreements harmed or enhanced the competitive

25   process.  That's really the question.  Like, if you look at

1    these agreements, how have they affected things.  And they

2    could have the ability to harm that process or enhance that

3    process.  And once we understand the industry, we'll be able

4    to try to make that evaluation.

5            And then we can turn to some of the procompetitive

6    benefits that you might see, and particularly focus on the

7    benefits that accrue in a search market.  But that will be

8    part of what we do.

9        Q    Now, have you reached some opinions in connection

10   with your assignment?

11       A    Yes, I have.

12           So they've come in three broad areas.  I'm not

13   going to go through them here, because we're going to go

14   through them in detail, no use previewing them.

15           So the three areas are really, my first

16   conclusion, Google's browser default agreements enhance

17   rather than harm the competitive process.  So we're going to

18   start by thinking about the competitive process and

19   evaluating the impact that those agreements had on

20   competition in that competitive process.

21           Next we're going to turn to the Android agreements

22   and ask whether they are procompetitive.  And I reach the

23   agreements -- I'm sorry, reached the conclusion those

24   agreements are indeed procompetitive.

25           Then I'm going to ask some further questions and

1    ask, nonetheless, do they these challenged agreements hinder

2    the ability of rivals or incentives of rivals in Google to

3    compete in the marketplace.

4        Q    Can you explain for the Court the economic

5    framework that you used for your analysis?

6        A    Yeah.

7            So, again, I think we've talked about this, I'm

8    not going to go through it too much more.

9            But the key question is, do they harm competition

10   in search.  We're focused on search here, and we want to

11   know, do the agreements harm competition in search.

12           Although in order to understand search, we're

13   going to have to understand some of the surrounding things

14   like browsers and platforms, because obviously they interact

15   closely with the search issues in this case because those

16   are involved in the agreements.

17           But the focus, again, the most important part of

18   this, is that we're going to focus on the competitive

19   process.  And it's important to think about how do these

20   agreements affect competition, not how they affect

21   competitors per se, right?

22           You want to ask, Do they harm the competitive

23   process, and not so much, because a lot of times you can do

24   things that make the market more competitive, and at the

25   same time, that will reduce the success of some rivals,

1    particularly weaker rivals, right.  You make it tougher --

2    it's tougher to survive if you're not as good.

3          So you don't want to confuse, you know, weak

4    rivals not doing as well under some certain situation.  It's

5    definitely saying -- that tells me that it's less

6    competition.  Many times, that might be more competition.

7    You really want to focus, again, on that competitive

8    process.

9          Then I'm going to ask if they really are -- and

10   then another important point, I'm going to ask whether the

11   agreements are the outcome of competition.  That is, when we

12   think about the competitive process, the competitive process

13   not only generates the prices and quantities that we see in

14   equilibrium, but that competitive process generates the

15   structures that we see.  Why do people adopt the contractual

16   form.  The contractual forms we choose actually are part of

17   that competitive process, and it's important to look at

18   that, and I'll do that.

19         I'm next going to turn to foreclosure.  A couple

20   important things about foreclosure.  One, you have to always

21   have some but-for world.  You have to think about, are they

22   foreclosed relative to some alternative.  You say, Well,

23   Professor Murphy, what do you mean by foreclosure.

24         Foreclosure is about limiting the ability of

25   rivals to compete, right.  It's not about whether rivals win

1    or lose, it's about do they have the opportunity to compete.

2              Why do we care about whether they have the

3    opportunity to compete?  It's because competition is what

4    generates benefits for society, generates benefits for

5    consumers.  So we're going to center our questions around

6    how does this affect competition, and that's where we're

7    going to go.

8              And as I said, we'll talk about here, the

9    economic -- what is the impact, if any, of economically

10   valid foreclosure on competitive rivalry.  Is it -- does

11   it -- how to affect competition because that's what

12   competition and antitrusts are all about.

13             And, finally, we can ask if there is harm to

14   competition, is that offset by some other efficiency.  Okay?

15   But that's distinct from the question of, does it enhance or

16   harm competition, which is really that first step.  How do

17   these agreements impact the competitive process.  That's the

18   first step we're going to take.

19        Q    All right.

20             Let's turn to your first opinion, Professor, that

21   the browser default agreements enhance rather than harm

22   competition.

23             THE COURT:  Mr. Schmidtlein, I'm sorry to

24   interrupt you.

25             Can I just ask a foundational, clarifying

1  question?

2          Are you -- I understand you to be doing this, but

3  I'll just ask you to confirm.  Are you taking, as a given,

4  the market definitions that the plaintiffs have proposed?

5          THE WITNESS:  I am -- my analysis is consistent

6  with those market definitions.  You can see I'm taking as

7  given.  Although some of what I'll do will shed some light

8  on whether those are the right market definitions or not.

9  That's not a focus of my analysis.

10          Nor does it matter for my analysis, because

11  I'm going to be looking at how this affects competition

12  between the general search providers.  Whether that takes

13  place in the context of a broader market or a narrower

14  market doesn't really play into how this affects competition

15  between them, although the existence of competition with the

16  rest of the world, you might say, is going to turn out to

17  show up in places.  But it doesn't -- it doesn't depend on

18  what I assume about markets.

19          THE COURT:  Okay.  Thank you.

20  BY MR. SCHMIDTLEIN:

21     Q     Professor, can you summarize the key points that

22  support your first opinion.

23     A     Yes.

24          Actually, can I just go through them?  I'd rather

25  just jump right into them.  Is that okay?

9693

```
 1              THE COURT:  Sure.
 2              THE WITNESS:  I think it's just easier.
 3              This is a roadmap of where we're going, so
 4    I'm just going to jump into number one.
 5              Letter A.
 6              Sorry, we're going to jump into A.
 7    BY MR. SCHMIDTLEIN:
 8         Q    Okay.
 9         A    So let me go back here.  Can I go -- I'm sorry,
10    we're -- now I'll tell you what my first opinion is.
11    I didn't want to go through all the slides.
12              So my first opinion is that browser defaults
13    reflect partners' design decisions that enhance competition.
14    So we're going to look at how these agreements affect
15    competition.
16              So let's go to the first slide, okay?  And the
17    point of this slide -- and we're going pretty far back in
18    time here.  We're going back to 2000, 2001, 2003.
19              And what you see is the decision to have an
20    integrated search functionality in a browser with a default
21    search provider.  In the first case, it was Netscape.  The
22    second case, it was MSN.  The third case it was Google.  It
23    goes back far.  Right?  We're back here in early 2000.
24    So this, this product design or this structure where you
25    have a default search provider associated with a browser has
```

9694

1    been around for a long time.

2           And what we'll also see is that it's not only been

3    around for a long time, it's basically the universal design

4    that people have adopted.  That if you look at -- people

5    have agreements not with Google and not just in terms of

6    agreements with Google as the search engine.  If you look at

7    Internet Explorer using Bing or Edge using Bing or Brave

8    using Brave search, the Silk browser using Bing.  Mozilla at

9    a time used Fire- -- I mean Firefox used Yahoo!.  DuckDuckGo

10   uses the DuckDuckGo search platform.  The point is, this is

11   a market outcome.  This was the product of competition.  And

12   how do I know that?  Because this happened basically across

13   the board.

14          And it's also important that no other design

15   really met the market test, right?  It's not like we see

16   some people use the defaults and a bunch of other people do

17   something else.  Actually throughout this period, defaults,

18   it was the standard, that's what everybody did.  Whether it

19   was Google or whether it was people other than Google,

20   whether it was when somebody's a small player or a big

21   player.

22          As an economist, that tells me two things.

23          One, it must be creating value.  Why do people do

24   things?  Because it creates value.

25          Number two, it tells me it's met the market test.

9695

 1    It's met the market test in a wide range of circumstances.

 2    So that's the two key lessons I take away from the history

 3    and what's come out.

 4        Q    As part of --

 5             THE COURT:  Sorry to interrupt.

 6             MR. SCHMIDTLEIN:  Sure.

 7             THE COURT:  Just to be clear, the early examples

 8    that you've identified on this slide, I just want to make

 9    sure I understand, those were not search bars as we think of

10    them today; rather, they were locations where you could type

11    in the URL and then navigate to a particular website,

12    correct?

13             THE WITNESS:  Well, it depends on which one you're

14    looking at.

15             So, for example, if we go back, if you look at the

16    Netscape, Netscape 6, search was integrated into the address

17    bar.  That is, you could type your search into the address

18    bar and hit search, and then you would get a Netscape search

19    engine's result.

20             In the case of MSN, you again would type it in to

21    the address bar, and you could get search there, okay?

22             Or you could use the search button, and then

23    something would pop up for the search button.

24             On Google -- I'm sorry, on Safari at the time, it

25    was separated.  You had like the address bar on the left,

1    and then you had a separate search box.

2            The point I'm making here is all those search

3    functionalities came with a default provider.  In the first

4    case, it was Netscape; second case, it was MSN search; the

5    third, it was Google, okay?

6            So that default design, which is going to -- we're

7    going to talk about in a minute, which is an important

8    aspect of the browser agreements we see, was present way

9    back then and has continued to really be the design choice

10   made throughout the industry.

11   BY MR. SCHMIDTLEIN:

12   Q    As part of your work, did you examine the economic

13   relationship between browsers and default search engines?

14   A    Yes.

15           And the simple economic way to think about it,

16   maybe this is intuitive for others and I'll try to help if

17   it's not, which is browsers and search engines are strong

18   complements.

19           And the simplest way to think about that is if I

20   have a browser, to make that browser very useful, I need

21   some kind of search mechanism.  Otherwise, I've got to know

22   where I'm going to go and type in the address.  So a search

23   is an essential feature of a browser.

24           Kind of like tires are an essential feature of a

25   car.  You probably don't want a car without tires.  You

9697

probably don't want a browser, in today's world, without a
search engine, which is one of the reasons why it comes with
a default.  Right?  When you buy your car, it comes with
tires on it.  Search -- a browser is probably going to come
with search functionality built in.  Okay.  So they're very
strong complements.

        That creates an incentive for the browser makers
to want to contract with the search providers to get that
default search -- to make that search integrated into the
core functionality of the browser, okay?

        Now that -- I always teach my students this so
I'm going to have to say that, that complementary always
runs both ways.  The fact that a search browser really
works -- needs a search engine to work well, well, that
means a search engine is very useful along with a browser,
right, they're complementary in the other direction.

        So if you have a higher quality browser, that's
going to generate more traffic, which is going to benefit
the search provider.  Right?

        So if I have my search engine installed on a
higher quality browser, that browser is going to win more
business and get more customers and get people to use the
Internet more, all of those are going to get me more
business as a search provider.  So there's a strong
incentive there.

1          But there's also an incentive for the browser

2    provider -- I mean, I'm sorry, the search engine provider to

3    create better browsers because creating a better browser is

4    going to generate more use, which is going to come back and

5    benefit me as a search provider.

6          And that's going to be particularly important

7    because the monetization in this industry doesn't come from

8    the browser, it comes from the search side of the market.

9    And so the search providers are going to compete to partner

10   with the browser makers as a way of promoting and enhancing

11   the sales of their product.

12         And they may, and do in some cases, even just try

13   to promote this browser side of the universe because that

14   feeds back on to search.  So we're going to need to talk

15   about browsers here in our discussion of search and the

16   interrelationship between search providers and -- and in the

17   provision of browsers.

18   BY MR. SCHMIDTLEIN:

19        Q    Do browser defaults convey potentially useful

20   information to consumers?

21        A    Absolutely.

22         And I'm going to focus here particularly on the

23   defaults.  And if you think about it, and this is related to

24   what we talked about a bit ago, if you have that search

25   default, your browser comes with a given search engine, and

 1   particularly if it comes with a high quality search engine,

 2   that's going to provide your customers what we would call

 3   convenient, out-of-the-box performance, right.

 4        I get my browser, I can use it day one.  Maybe I'm

 5   a customer who's not thinking about browsers and searches,

 6   even independent ad angles, I just want to go on the

 7   Internet, find stuff I like and browse it.  Having that

 8   out-of-the-box experience is going to be very valuable to

 9   the customer, which then, of course, makes it valuable to

10   both the search provider and the browser provider.  Having a

11   default also allows the browser maker to -- make a

12   recommendation basically, right.

13        And in our lives, when we buy goods and services,

14   we often rely on the sellers to do a lot of the design

15   choices and other things for me.  When I go to buy a car,

16   I don't know what piston design I want in that car.  I count

17   on the car maker to put the right pistols in there to make

18   that car perform, and he has an incentive to do that because

19   he wants me to be happy with the car.

20        So you can call it a recommendation, you can call

21   it reliance, whatever you want to call it.  You know,

22   relying on the browser maker, in this case, to choose a good

23   search engine is part of the game.

24   Q    How does the browser default product design

25   compare to what economists typically consider an exclusive

```
 1   dealing arrangement?
 2       A    Okay.
 3            Now, and this turns out to be quite important.
 4            When we talk about search defaults, a key feature
 5   of a search default is that, like I just said, it's an out
 6   of the box, what -- the functionality out of the box, it's a
 7   recommendation.  But because it's what I would call in
 8   economics a default, you have the ability to change to
 9   something else if that's not what you want.
10            And that's part of what drives the value for the
11   browser provider, because he says, look, here's -- it works
12   right out of the box.  If that's all you want to do is open
13   a box and use it, great, it's going to work, you're going to
14   get search, you're going to be able to browse.
15            Secondly, I'm going to make a recommendation as to
16   what you want so I'm going to recommend something,
17   hopefully, that was good for you that I have an incentive to
18   do that.
19            But, finally, if you're one of those customers who
20   wants something else, you have other ways to get it.
21            And in the world we live in, you can do that by
22   changing the default, but you also can do it by going
23   through another access point; that is, access, you know, a
24   search app if you're on a phone or switch browsers if you're
25   on a desktop or on a phone, or use a widget if you're on a
```

1    device that has a widget on it.  There's a lot of options

2    that allow the individual consumer to make choices on top of

3    whatever recommendation is made.

4          And that's going to actually turn out to be an

5    important aspect, this ability of -- to choose something

6    else even though you've chosen one -- the browser providers

7    chosen something as the default.  The ability of consumers

8    to choose something else on top of that is what really

9    separates from exclusive dealing, because in exclusive

10    dealing, you say, well, there's only one option.  If I go to

11    the store, it's either this or nothing.

12          Here, there's going to be other alternatives.  If

13    I go with that browser, I can use a different search engine.

14    If I buy an Apple phone, it comes with Google.

15          But if I want to search with somebody else, I can

16    search with somebody else through a changing of the default

17    or downloading an app or whatever else I want to do.

18    Microsoft Windows comes with Bing.

19          But if I don't want to use Bing, I can use Google,

20    I can use Yahoo! and I can do that either by changing the

21    default or I can download a different browser or search app

22    and whatever.  And that functionality fundamentally

23    separates this from what we would think of as a true

24    exclusive.

25          Q    Do default search arrangements allow for

 1    competition among search providers including for the search

 2    engine that is not selected as the default?

 3        A    Yes.

 4             And, again, this is an important contrast.

 5             So I just talked about how a default is different

 6    from an exclusive from the consumer's point of view.  It's

 7    also very different from a competition point of view,

 8    because when you have a default, you can compete to be the

 9    default, but even if you win the default or lose the

10    default, you still compete for those same customers.  If I

11    didn't win the default, I'm competing to get them to switch

12    to me on the device.  Either change the default or download

13    an app or whatever.  So I kind of think about it as

14    competition for the default and there's competition against

15    the default, and that's for the person who doesn't win the

16    default.

17             But winning the default, you're not home free

18    either.  Once you win the default, you've got to compete to

19    keep the customers that come to you through the default.

20    And if you think about Microsoft Windows, we're going to

21    talk about this later, I mean, Bing is the only search

22    engine that comes pre-installed on Windows, but they end up

23    losing a lot of those customers to other search engines.

24    So, you know, they have to compete against the others even

25    though they won the default, or gave themselves the default,

9703

1    in that case, it doesn't really factor that.

2        Q    Professor Murphy, how do search engines compete

3    based on price given that search engines are free to users?

4        A    Well, again, you brought up an important point.

5            Search engines, because they're free to users,

6    there's really no end-user price competition.  I think

7    you've probably heard about that, right.  That when users

8    are choosing among search engines, they're not saying, well,

9    geez, it costs X dollars to get Bing and Y dollars to get

10   Google, they're both free, they're both freely -- they're

11   both free in monetary terms.

12           The availability of defaults, however, introduces

13   a strong element of price competition; that is, because a

14   number of people are going to use whatever -- the default

15   search engine, and that'll vary depending on who you make

16   the default.  If you make something, a lot of people want --

17   a lot of people use the default search engine.  If you make

18   it something they don't want so much, fewer people use the

19   default search engine.

20           But there's competition among the search providers

21   to be the default, and that is price competition.  So we see

22   these payments, we see payments that Google makes, we've

23   seen payments that Yahoo! makes, Bing makes, they make

24   payments to compete for that default, and that constitutes

25   the economics of price competition that defaults allow.

1          So when a marketplace that wouldn't otherwise be

2     competition on price, defaults are a way to bring in price

3     competition.

4          Now, why is price competition important, okay?

5     Number one, it allows competition based on efficiency of

6     production.  Professor Whinston recognizes that one of the

7     things that price competition does is allow you to compete

8     based on whether you're more efficient.

9          Well, what do you mean by more efficient here?

10    More efficient here really is your ability to serve the

11    other constituency, in this case, the advertising side.  If

12    I'm better at advertising, there's more value created in the

13    marketplace by me than somebody else.  I'm willing to pay

14    more to win that business because I can do a better job

15    using those searches.

16          And price competition brings that into play.  And

17    from an economic point of view, that's important.  Right?

18    We want the low cost producers in general to be producing

19    the products, those who produce the highest value should be

20    producing the products.  And that price competition brings

21    it in.

22          So the payments associated with defaults are

23    really the signal that that price competition is there.  So

24    you often heard people talking about payments.  What role

25    these payments played.  Think of those as the sign of that

1    price competition that's there.

2            And what benefits do they have?  They have the

3    benefits that I just talked about.  The direct effects of

4    competing with one another for business, which is the

5    hallmark of competitive process more generally.  But also

6    they flow through in various ways, just like all prices do.

7    If you make something cheaper, what happens?  People buy

8    more, right?

9            And they not only buy more of this product, in

10   this case, search, but because the way we're working here

11   is, how do I get people to use more search?  I make payments

12   to a browser maker, I make payments to a platform supplier,

13   and I'm working through those what we call complementary

14   goods, right?

15           Normally if I want you to buy more of something,

16   what do I do?  I just give you a lower price of that product

17   directly.  That doesn't work here.  You can't really

18   incentivize the consumer directly through the price.

19           But if I generate more of a complementary goods,

20   right, I give you a better browser, you're going to do more

21   search, right, that's how I can compete for more search, and

22   just like lower prices expand output, these lower price

23   expand output too, and they're going to expand output not

24   just of search but also out of these complementary products.

25           So we would say, here is the payments of a search

1    provider makes to a browser provider, that lowers the

2    browser provider or they make them to Apple or anybody else

3    who's a platform provider, that lowers the cost of browsers

4    and devices.

5            In fact, it's had such a big effect in browsers,

6    that browsers are free even though browsers don't directly

7    generate that much revenue, right.  That is, how can we

8    support free browsers with lots of investment made in those

9    browsers, because they can be monetized through search.  So

10   we're getting lower cost browsers and lower cost devices,

11   and I'll talk about that more.  When you have lower

12   prices -- an important concept here is marginal costs, maybe

13   I should talk about that.

14           Marginal costs, what does that mean?  It means,

15   I'm just not writing you a check.  You know, when a search

16   provider pays -- provide payments to an OEM or a browser

17   maker or whatever, they don't just, here's a whatever-dollar

18   check, please cash it in the bank.  They pay it as a

19   percentage of the search revenue generated, and that

20   encourages them, the partner, to sell more search.

21           Now, if I'm a -- if I'm a browser provider, how do

22   I sell more search.  I do a better job making my browser,

23   because then they're going to do more stuff on a browser.

24   So existing customer base is going to do more search.  And

25   so that expands output of browsers and expands output of

1    search.

2        Q    Did you examine any data that was pertinent to the

3    question of browser pass-through of search revenue share

4    payments?

5        A    Yes.

6            THE COURT:  Before we turn to that topic,

7    I'm sorry.  So I'm just curious to get your reaction,

8    Professor Murphy to the point we've heard the plaintiffs

9    make about defaults, which is that it's not so easy to

10   switch.

11            There may be products for which switching is a

12   little easier than others, but the data seems to show that

13   it is difficult to switch, it's not so easy to switch, and

14   as a result, occupying the default position really does

15   create advantages over the competition.

16            THE WITNESS:  I think it's clearly that the

17   defaults have an impact.  In some cases, a significant

18   impact, you know, in terms of people's choices.

19            You know, I wouldn't focus too much on just the

20   cost -- how hard it is to change the default, because a lot

21   of the switching we see isn't involving change in the

22   default.  A lot of it is, I just move to another browser or

23   I download a search app or do other things.

24            But what we also find is when people are

25   incentivized to switch, that is, when they like the

1   alternative better than the one they have, we see a lot more

2   switching.

3            So the idea that, you know, it's hard to switch,

4   is, you know, there's some truth to that.  But, you know,

5   I -- you know, it does -- but it's also -- it also, though,

6   the fact that people will use the default is not all about

7   people not switching -- not -- the willingness to use the

8   default is somewhat driven by cost of switching, but it's

9   also driven by some of those other forces I talked about,

10  like, you know, we always talk about, somebody I work with

11  Janin, her dad, she says, you know, my dad, he doesn't want

12  to switch, he don't care -- he doesn't trust himself.  He's

13  like, my thing works, I'm not going to mess with it, right.

14           So some of it is not just about cost of switching

15  but it's this reliance we talked about before, really taking

16  recommendation and do it.  So they're both there.

17           But that actually creates an incentive for the

18  platform maker or the browser maker to pick a good one,

19  right, because, you know, Janin's dad might not know whether

20  this is the best search engine over that search engine, but

21  he's going to know that browser or that platform didn't work

22  the way he wanted it to, and that cost is going to fall on

23  the browser maker or the platform provider.

24           So, you know, I guess what I'm trying to say is

25  it's not like you have these captive people who just will do

9709

1    anything.

2          And we don't want to fall into the trap of

3    thinking people who use the default don't care.  In fact,

4    those people may care the most, they just don't know what

5    else to do, right.

6          So, you know, they actually -- so I wouldn't focus

7    too much on the switching cost part.  I really want to -- I

8    really think it's important to recognize that there -- there

9    are many other ways to switch, but a lot of this is not just

10   about switching cost, it's about, really, the desire of

11   people to let somebody else do the choice for me.

12         Like I said, you know, I let the car maker make

13   lots of choices for me.  If they told me, hey, Kevin, what

14   do you want; no, please give me what you think is best.  So

15   that's where I would go with that.

16   BY MR. SCHMIDTLEIN:

17   Q    Turning to Slide 17, and you can --

18   A    It's redacted so I can't --

19   Q    Yeah, you should look at the -- we've got tabs in

20   your binder because there is a confidentiality issue around

21   the chart in Slide 17.

22         But at a high level, can you explain how this

23   supports -- or answers, at least for you, the question about

24   whether there's some potential passthrough of browser

25   payments.

1          A      Yeah.

2                 And I don't have to talk -- you have the full

3     version so I can just talk in general terms.

4                 What I'm looking at here is what happened when

5     service -- margin of the service revenue went up.  So the

6     service -- services would be including the default payments,

7     but it also includes other service revenue this firm was

8     getting, that, again, reduced their marginal cost because if

9     I sell another phone, I get more service revenue, so it

10    incentivizes them to sell more phones.  And so what we see

11    is their service margins went up.

12                Now, if they hadn't been passing that through to

13    customers, you'd expect their overall margin to go up

14    because now they're making more money on the services and

15    they didn't pass it through, so their margin should be

16    rising.  But we see their overall margin basically stayed

17    fixed.

18                And how did the overall margin stayed fix?

19    Because the device margin went down.

20                Now, this is what you'd expect to see if there was

21    substantial passthrough.

22                Now, it's also possible that they didn't -- there

23    was no passthrough going on here, it was just a coincidence.

24    When the service revenue went up, it happened to be device

25    margins went down, so they held overall margins constant.

1          But as an economist, I would say, coincidence is

2     not my favorite explanation; that, in fact, this seems to

3     suggest, and I think suggests pretty strongly, that there is

4     passthrough going on in the world here.

5               THE COURT:  And when you say "passthrough," how

6     does that manifest, in terms of lower price for a device?

7               THE WITNESS:  Yes.

8               Yeah, it would be lower device prices in this

9     case.

10              Now, if you think about carriers, there could be

11    passthrough on all kinds of dimensions.  So, for example,

12    they might give you a better data plan because they want you

13    to do more search.  So that would accomplish both lowering

14    the cost of the phone but also encouraging more search,

15    which would get them more revenues if they've got a search

16    revenue deal.

17              So passthrough on a carrier case could be a little

18    more complicated.  In the device maker case, it's likely to

19    be on the device.

20              And I'm not just looking at -- I want to make

21    clear, I don't want this to be misleading.  I'm not just

22    looking at default revenues here in the service margin.

23    Service margin is going up for other reasons.  They sell

24    other things other than search.

25              But the passthrough question should be the same,

1    right?  Are they incentivized to lower the device prices as

2    a way to attract more service revenue.  Economics would say

3    because my marginal cost goes down.

4            Now, economic theory is very clear here.  If I'm a

5    competitive firm or a group of competitive firms, even more

6    so, a bunch of -- a bunch of carriers competing against each

7    other, you're going to get substantial passthrough, probably

8    a high level of passthrough.

9            For -- you might say, a particular firm might be a

10   very strong market position, I don't want to say who this

11   is, but they might have a very strong market position.  But

12   economics is clear there too, they will pass some through.

13   And actually, economics tells me, they pass -- may pass more

14   or less than the competitive marketplace would.

15           So there's nothing about being a strong market

16   position that says you won't pass it through because

17   passthrough is not driven by, you know -- it's driven by,

18   I've got lower costs, I want to expand output because those

19   are more profitable sales than they used to be.

20           And that's equally true for a monopolist as

21   it would be for a competitive firm, you want to expand

22   output.

23   BY MR. SCHMIDTLEIN:

24       Q    Did you examine evidence from the record as to the

25   relationship between browser revenue share payments and

9713

browser innovation?

    A    Yes.

        And the example I wanted to link up on that is from a -- Mozilla, so I can't talk about this.

        In the case of Mozilla, as I said earlier, remember, they don't sell browsers, they give their browsers away.

        So -- and 89 percent of their revenue comes from search revenue share that they're getting.  So they're getting -- most of them -- most of the thing that supports their investment in the browser is coming because they're able to partner with search providers, and that incentivizes them and allows them, really, to create a better browser to attract more customers, get more use from their existing customers.

        So it plays an important role in expanding and improving the complements for search, in this case, browsers, and that expands output in search as well.

    Q   Now, Professor Murphy, the Court has heard arguments from plaintiffs in this case that Google winning default agreements has weakened rivals and harmed their ability to generate effective search competition.

        Do you agree with that?

    A   I don't, but there's a couple of different elements of that.  I'm going to talk about one of them now,

1    and I'll talk about one of them later.

2           The first thing, I want to talk about how these

3    default agreements actually enhance the competitive process

4    by actually allowing even weaker rivals to put significant

5    pressure on the stronger producer, in this case, Google.

6    Remember, you know, I think it's -- everybody agrees, Google

7    has higher quality and also the lower costs.

8           So the fact that Google wins a lot of the business

9    isn't surprising from an economic point of view.  If you

10   have higher quality at lower cost, you're probably going to

11   want to win a lot of business.  But part of the competitive

12   process, even weaker rivals put a constraint on stronger

13   rivals.

14          And browsers -- I mean, sorry, default agreements,

15   because they enable partners, platform providers like Apple,

16   browser providers like Mozilla, to switch to the -- the

17   threat of switching to the rival, and remember, this gets

18   back to your question, Your Honor; you said, Well, what

19   about the fact that a lot of people follow the default?

20          Well, the fact that a lot of people follow the

21   default actually allows the partner to create a lot of price

22   competition between Google and its rivals by threatening to

23   switch to the rivals.

24          Now, the rivals may not win; in fact, they

25   probably won't win.  Why?  Because in a competitive

1    marketplace, the guy with lower costs and better quality is

2    probably going to win most of the business.

3            But that doesn't mean those rivals don't generate

4    a lot of competition, and the price competition enabled by

5    defaults really enhances their ability to create

6    competition.  So if you didn't have price competition, if

7    Google's better than Bing and the others, then Google wins?

8    There's no -- the other guys are sort of stuck, right, they

9    don't really generate competition.

10           But if you have the default and the browser

11   provider or the platform has the ability to threaten to

12   switch to the rival, then Google can still win and probably

13   will still win, but they have to pay for it, just like a

14   firm has to lower price in the face of competition in your

15   regular, everyday marketplace.  So even weaker rivals can

16   generate competition.

17           And testimony in this case actually says that.

18   I mean, if you go back and look at Mr. Tinter's testimony

19   and Mr. Nadella's testimony, you know, if you just read

20   what's here, it's -- it just jumps off the page at you,

21   right, that they recognize that, you know, they've done a

22   lot to create competition.

23           And these defaults are a key part of that; that

24   is, that price competition engendered by the default is what

25   they're talking about here.

1          And so remember when I talked earlier, this.

2          THE COURT:  I'm sorry to interrupt.

3          Can I ask you a question?

4          THE WITNESS:  Sure.

5          THE COURT:  You've described this as evidence of

6    competition or the ability of a smaller competitor to

7    constrain, in this case, Google.

8          I think what the plaintiffs would say is it's

9    evidence of Google's ability to just simply pay more.

10   Google's in a position to certainly pay more than a

11   DuckDuckGo and maybe not Bing but certainly more than a

12   DuckDuckGo or any smaller rival, in part because of barriers

13   in entry, and, two, because Google has the ability to just

14   simply pay more, given its size and the length of time over

15   which it's had these defaults.

16         THE WITNESS:  Well, I would say it's not so much

17   ability to pay, and you can kind of see that in the context

18   with Microsoft.  Right?  There's no question, Microsoft has

19   the ability, they have the funds, right.  The one thing

20   Microsoft has, a lot of money, and they have the ability to

21   compete.

22         Why does Google win?  Why are they willing to pay

23   more?  One, they have the lower costs.  They monetize

24   better.

25         Two, they have a product that the department

1    prefers.  So it's not surprising.  In fact, under

2    competition, with or without -- you know, standard

3    marketplace, I have Guy A, lower cost of production, people

4    like his product better, he's probably going to win, but

5    he's going to have to offer a deal good enough that the

6    people don't want to go to the other guy.  That's no

7    different here.  That's exactly what happens in this case.

8          Now, you asked about like DuckDuckGo and stuff.

9    Well, DuckDuckGo, in my mind, is really not -- they're not

10   trying to compete to the broad marketplace, right?  That is,

11   the default is really not their game because -- I don't see

12   DuckDuckGo as a default competitive competitor because

13   they're more of a niche player, they predict go for in --

14   but they're able to do that in the current version.  I'll

15   explain why when we get to some of the other things later.

16          But, again, this gets back to a fundamental thing

17   where I started.  When you think about competition, you want

18   to think about, are people excluded from competing, because

19   it's the ability to compete that generates the benefit for

20   the consumers.  If consumers get the best price -- product

21   but get it at a lower price than they would, then that's an

22   indication that these things are providing competition.

23          What you'd be worried about is that they can't do

24   that, they can't constrain Google's pricing.  But the

25   defaults are not inhibiting their ability to constrain

```
 1   Google, they're actually enhancing their ability to
 2   constrain Google.
 3           I'm going to get to later whether the results that
 4   come out of the default then subsequently lead these players
 5   to be less -- or weaker competitors.  That question
 6   I'm going to come to in a bit.
 7           But in terms of like just thinking about how does
 8   that agreement itself impact the competitive process,
 9   I think the evidence is clear, it's making competition more
10   brisk.  As I said before, when you make competition
11   stronger, often that will cause weaker rivals to be less
12   successful.
13           THE COURT:  If the competitors are largely, as
14   you've described them, stalking horses who are able to
15   influence price but not ultimately win the competition, is
16   that really a competitive market in your view?
17           THE WITNESS:  Well, the question is, is, do our
18   consumers getting the benefits of competition.
19           If that spurs Google to improve their products,
20   right, Google continues to have an incentive to improve
21   their products, competitors are still improving their
22   products, it's not so much the outcome of who wins what,
23   it's do the benefits -- this is a process that generates the
24   benefits that flow through this for competition.  And we're
25   going to get into that this afternoon.
```

 1          But remember before, I talked earlier that under a

 2    default, there's two kinds of competition?  You have

 3    competition for the default but you also have competition

 4    given the default.

 5          And so incentives are driven by both, you can do

 6    both.  And, you know, unlike an exclusive where you'd have

 7    competition for the exclusive, but once you have the

 8    exclusive, you're done.  Here, really, the default is adding

 9    another dimension on competition without eliminating the

10    other one.  So you're still going to have incentives to

11    compete against the default, and Google is going to have

12    incentives to compete against those competing against the

13    default.

14          And if a better rival with a better concept comes

15    along, they're going to do what Google did years ago, which

16    is compete aggressively, build themselves up, and eventually

17    win the default or win in some other way.  So this doesn't

18    prevent the better rival from winning at the end of the day,

19    but it allows for competition even in a case where rivals

20    are weaker.

21    BY MR. SCHMIDTLEIN:

22    Q    I believe you anticipated one of our questions.

23          Do default browser agreements exclude competitors

24    from the competitive process?

25    A    Yes.

1          And a couple of questions, a couple of things

2   here.

3          I'm going to take a step back and talk about some

4   evidence that I haven't talked about yet, but I'm sure is --

5   I know for a fact has come up in court, so I'm going to talk

6   about two things.

7          If two pieces of evidence that you might not quite

8   figure out how to put together, one is if you look at

9   switching from the defaults that we have today, the Google

10  defaults to a choice screen, very little effect, and I'll

11  show you some evidence that says it's extremely small,

12  whatever effect.

13         That sort of says, you know, if you measure, like,

14  the impact that these agreements, relative to a world

15  without these agreements, the impact on rivals' success is

16  actually quite small, right, because you can use a choice

17  screen of saying, what would the world look like today if we

18  didn't have defaults, right, you know, because -- you know,

19  again, stepping back, the fundamental claim in this case is

20  that these agreements prevent consumers from accessing

21  rivals.

22         And if that were really the issue, you would think

23  switching to a choice screen, where they clearly have direct

24  access to the rivals, would make a substantial difference.

25         And what we see is it really doesn't.  We're going

9721

```
 1    to see a bunch of other evidence that says, doesn't seem to
 2    be access is really the question.
 3            So that's the message you take away from the
 4    choice screens, it's really no evidence of lack of access,
 5    and we have a bunch of other evidence along that line as
 6    well.
 7            But then at the same time, you have to juxtapose
 8    that with switching who has the default, not switching from
 9    default to choice screen, but switching from default to
10    default has a much bigger effect.  And the plaintiffs and I
11    agree on that, that a switch, like you said earlier,
12    changing who has the default makes a big difference; moving
13    to a choice screen, very little difference.
14            But the thing I would say, if you're thinking
15    about impact on rivals, you should think about the choice
16    screen, because that's relative to a world without defaults.
17    If you think about generating competition, that's default
18    versus default.  So these agreements create a lot of
19    competition, but at the end of the day, relative to a world
20    without defaults, have a relatively small impact on rivals.
21            It also tells us that what Google pays is not what
22    they're paying for the ability to exclude rivals, but really
23    it's a product of that competition, right?
24            Why does Google pay so much?  Not because,
25    relative to a choice screen, they would get a lot of extra
```

1    business but because the browser partner can threaten to

2    switch to the rival, and so those large payments we see are

3    an effect of competition, they indicate the competition

4    created by the default, okay.

5           So that's really the message of those two pieces

6    of evidence.  Seeming contradictory evidence, but they fit

7    together very well once you understand how defaults work and

8    how you think about competition.

9    Q    Professor Murphy, let's turn to your next -- the

10   subpoint for your first opinion, which is "Google has won

11   competitions for browser defaults based on quality and

12   price."

13          What does that mean from an economic perspective?

14   A    You know, we've talked about this a lot so I'm not

15   going to go too in-depth in it.

16          Really, competition is fundamentally in

17   marketplace about quality and price.  When you go to decide

18   which car to buy or which television set to buy or, you

19   know, any other decisions you make in your life, you think

20   about how good is the product, how much does it cost me.

21          And through this price competition, we have Google

22   and others competing for customers, both directly, mostly

23   there on quality, right.

24          Most of the competition I make, they have a

25   consumer choose me versus the other guy since I'm not paying

1   them, it's going to be quality.

2         But competition through the intermediaries, which

3   is also competition for customers, because, right, the

4   customers come along with the intermediary, that is going to

5   be based on quality and price.

6         And competition on product quality and price is

7   good because it allows for what happens in markets generally

8   and more efficient allocation of incentives to expand

9   output.

10  Q    And did you see evidence in the record that

11  supports the notion that Google won, for example, the Apple

12  deal based on quality and price?

13  A    I do.

14        This is two statements, one of which we have --

15  one of which I can talk about which is the Eddy Cue

16  statement.

17        And he's basically saying, why did you choose

18  Google?  He said he chose Google because it was the best for

19  his customers.

20        And a focus on their customers is what exactly

21  you'd expect.  Just like that car maker wanted to design a

22  car that I would like, apple wants to provide a product to

23  its customers that its customers like.  It's not a surprise.

24  Q    Did you also find evidence in the record from

25  Mozilla that supports this opinion about Google winning on

1  quality and price?

2      A    I do.

3          Mitchell Baker from Mozilla, I have several quotes

4  here, I'm not going to go through them in detail, basically

5  making the same statement.

6          Although for Mitchell Baker, we have a little

7  piece of other evidence because they switched to Yahoo! at

8  some point, right, whereas Apple's been using Google

9  throughout.  Although they have experience with the other

10  browser provider -- other search providers because they also

11  give them promotion on their platform, but Mozilla has the

12  most direct of setting Yahoo! as the default, which they

13  did.

14          And say here they talk about how they were unhappy

15  with the results they got from Mozilla when, I think,

16  between '14 and '17, they switched to Mozilla -- I mean,

17  sorry, switched to Yahoo! for a while.  And then they

18  switched back to Google, I think because of the

19  dissatisfaction they had with Yahoo! was the testimony.

20      Q    Have you seen evidence in this case that even

21  though Google has won defaults for a number of years, that

22  browser developers continue to evaluate Google's search

23  quality against rivals?

24      A    Yep.

25          Again, this one is redacted, so I can't say too

1   much about it; but here's an example of a particular browser

2   maker who ran an experiment, and his experiment where they

3   took some of their users and switched them to Bing and kept

4   other users using Google.

5          And they did that in a kind of randomized way so

6   then they could compare what happened with Bing users to

7   what happened with the Google users.

8          And, in general, they found less satisfactory

9   results with the Bing users, I guess is the bottom line.

10  But it also tells me they're continuing to evaluate, what's

11  our alternatives out there, is Bing where we want to go with

12  this.

13     Q   What does Google winning browser defaults tell you

14  about competition in the market?

15     A   Well, so the fact that Google wins based on price

16  and quality is what you would expect if the market is

17  competitive, right.

18         Now, it doesn't tell us to prove it's competitive,

19  but you shouldn't say, well, geez, Google has won all these

20  deals, doesn't somebody tell me it's not competitive.  If

21  you have a producer that has the highest quality and the

22  lowest cost, an industry like this where there's no capacity

23  constraints, you might expect, in fact, them to win a large

24  share of the business.

25         But, secondly, it doesn't foreclose rivals.  And

1    when you want to think about foreclosure, again, why

2    foreclose the ability to compete.  It's not necessarily

3    about are rivals more or less successful.  Have I reduced

4    their ability to compete in the marketplace or foreclose

5    their ability?  Are they locked out of the competitive

6    process?  Are they an integral part of the competitive

7    process?  So foreclosure is going to compare the actual

8    world we see with an economically sound but-for world.

9          What I mean by economically sound is something

10   that would arise in competition.  It doesn't make any sense

11   to compare what we have to some thing that would never come

12   up because people would never pick it even if I change --

13   got rid of these, I've got to compare it to something that

14   would occur if these -- right, something that would actually

15   happen in the marketplace.

16         In my mind, the current world is the outcome of

17   competition in two big ways.  One, the choice of defaults.

18   Remember we talked where we started, the use of a default

19   structure is basically ubiquitous in this industry through

20   time.  Tells us it's the product of competition and it

21   creates value, right, so that's part of it.

22         The economics of why we have defaults is creating

23   value out of the box, give people the ability to switch,

24   create a -- you know, create more complements, strengthen

25   the complements that exist.  You got all those elements.

 1              Also, create that price competition that we talked

 2    before.  Why you have contractual defaults, where you don't

 3    just pick somebody to be the default.  You make search

 4    providers compete to be the default.  That price competition

 5    is, again, part of an indication of the competitive process.

 6              THE COURT:  I'm sorry to interrupt.

 7              I've alluded to this earlier, but can you give me

 8    a sense of what your -- how does what I think everybody here

 9    agrees are fairly substantial barriers to entry.  It costs a

10    lot of money to build a search engine, it costs a lot of

11    money to maintain a search engine.  And so how do what are

12    substantial barriers to entry play into your analysis?

13              THE WITNESS:  Well, I think I try to evaluate that

14    in two ways.  One, do the people that are in the

15    marketplace, can they compete aggressively?  And can they

16    constrain the current market participants, right.

17              So for them, it's not so much barriers to entry

18    because they're already in.

19              THE COURT:  Right.

20              THE WITNESS:  Then I ask the question, what

21    incentives does somebody have to get better if they come

22    into the market.  You know, if I have that better mousetrap,

23    can I come in and get better.

24              I'm also going to look at a third thing, which is

25    do people in the market today have incentives to help people

 1    come in, right.  That is, does somebody like Apple have the

 2    ability to create competition and maintain competition in

 3    the marketplace.  I'm going to look at that too, which can

 4    help overcome some of those barriers, right.  You could

 5    partner with somebody.

 6              And, indeed, the evidence in this case is, you

 7    look at the back and forth between Microsoft and Apple.

 8    That was a big part of that discussion, right.  Like, you

 9    know, hey, can you meet our needs instead, help you, and not

10    so much enter in that case but expand, that is, get better.

11              And as it turned out, they didn't go down that

12    road, but that was competitive threat that was in the

13    marketplace even at least as much as switching just to Bing

14    specifically, but also following that process of

15    facilitating their expansion into the marketplace or even

16    Apple thinking about hey, I could -- I might be able to do

17    this for myself, you know, how does that play in.  I'll talk

18    that too.

19              So all those things are, these things don't really

20    prevent that.

21              THE COURT:  Right.

22              What about new entrants?  I mean, you referred to

23    already existing players, but what about new entrants, the

24    cost of -- or the barriers to entry to new entrants in this

25    market?

1           THE WITNESS:  You know, I think a couple things.

2           One, I think a new entrant would try to do kind of

3    a couple ways.  If you're thinking about how entry would

4    occur.  One would be:  Differentiate yourself in some way.

5    That way I don't have to take the existing incumbents

6    head-on, I can develop an alternative.

7           And, you know, and as I'll show you like with

8    Apple, there's a lot of room that's outside the default at

9    Apple.  There's a lot of the search that doesn't go through

10   the default that even if I don't even -- false is not my

11   game, I can't play that game yet.  There's a lot of volume

12   there to be had.  So that seems part.

13          And, you know, Windows, you know, Google's, who

14   was on the outside, wins a lot.  People are willing to move

15   away from the default on Windows and use something else.

16   Windows isn't as important as it used to be, but it's still

17   a good size chunk of the market.

18          Google doesn't have the default on Windows.

19   Somebody could compete there.  So you've got space on Apple,

20   you've got space on Windows.  And you could start modest and

21   get bigger and then eventually compete for the default.

22          I would think differentiation would be probably a

23   key part of that.  Kind of hard to take on the incumbent

24   head-on.  That's usually not your best strategy, because if

25   you're worse, you're probably not going to get very much.

1          Now, this again is where the price competition

2     comes in, though, right?  If I would value growing, getting

3     the volume and growing, that price competition will allow me

4     to buy my way in, right.

5          Maybe I'm not as good today, but I could be better

6     in the future.  Absent price competition, nobody is going to

7     go with me today.  I'm not as good.  Who's going to choose

8     me?

9          But if I think I could get better in the future,

10    the ability to buy my way in through price competition

11    actually would enhance the ability of somebody to enter,

12    right, because if you say, Look, without the price

13    competition, you could have more of a chicken-and-egg

14    problem.  I can't get me -- you to adopt me, but if I don't

15    get adopted, I can't compete.

16         Price competition helps cut down the problem by

17    actually allowing me to buy my way in.  So I get some

18    success maybe by differentiating, and then I buy my way in

19    through the default and compete for the default through

20    offering a better deal where I'm going to collect on that in

21    the future when I get better.

22         So I would say this price competition actually can

23    facilitate entry.

24         THE COURT:  Sorry, Mr. Schmidtlein.

25         MR. SCHMIDTLEIN:  No.  Thank you, Your Honor.

1    BY MR. SCHMIDTLEIN:

2        Q    Professor Murphy, let's go on to the Sub-Point C

3    of your presentation here where you critique some of

4    Professor Whinston's opinions.

5        A    Yeah.

6             Actually, I start with a quote here from

7    Professor Whinston, and it's probably even just worth

8    reading it.

9             And it says, "If Apple believes" -- and there's

10   some ellipses there.  So, "If Apple believes... that Google

11   is the best search engine for users of its Safari browser,

12   does choosing Google to be the default harm consumers?"

13            His answer, "It can.  I mean, that's the essence

14   of my opinion, so, yes."

15            So to me, this is like saying, Apple's choosing

16   what they think is -- he's assuming that Apple's choosing

17   what they think is best for them and best for their

18   consumers.  That's the premise of the question.  And he's

19   saying, Well, that could be harmful to consumers.

20            And one can construct models and frameworks where

21   that's the case.  But that's really overriding what we

22   normally rely on in the marketplace, is people to make

23   choices based on what's good, what they -- better product,

24   better price, telling me I shouldn't choose that because

25   it's bad for consumers is, to me, problematic.

1          And, secondly, it's probably not bad for Apple's

2    consumers, because Apple is thinking about its consumers

3    when it makes those design decisions, right?  Apple's all

4    about pleasing its customers.

5          Q    Now, have you examined some of the grounds or the

6    bases that Professor Whinston cites as a reason for ignoring

7    or dismissing some of these outcomes of competition?

8          A    I do.  There are three separate ones.  Maybe there

9    are more, but there are three that I directly address.

10          Number one is that Google's competitive success

11    reflects promotional arrangements prior to

12    Professor Whinston's relevant period.  And his period is

13    2014 on, so this would be things that happened before 2014.

14          The idea here is, and I think you heard him,

15    Professor Whinston comments, he often said, Well, that's

16    a -- current qualities.  But those qualities would have been

17    different had Google's conduct changed.

18          So one element of that is that the qualities of

19    the rivals and other things that we saw in 2014 were a

20    product of something that happened earlier.  In particular,

21    the same kind of promotional arrangements we see here, okay.

22          The second one, is that browser partners lack

23    sufficient incentives to promote search competition.  This

24    is -- I think, referred to the externality argument.

25    Competition isn't -- externality is associated with

1    competitional [sic] interest.

2          That one -- and then I'm going to get to a broader

3    question, a general question.  Should we think of Google's

4    browser defaults as exclusive dealing?  Do they -- and what

5    I mean by that, and this is important, is, when we talk

6    about whether the default agreements are exclusive, it's not

7    a semantic question.  It's not like, you know -- it's not a

8    Webster's Dictionary question.  What do we call it?  Because

9    what we call it at the end of the day isn't the question.

10          The question is, economically, do they act like

11    exclusives?  Do they have the characteristics that we think

12    characterize exclusive dealing and, therefore, can be

13    thought to have similar effects to exclusive dealing.  So

14    that's going to be our third question.

15    Q    All right.

16          Let's turn to your first issue that you've just

17    run through here about Google's prior success and what

18    relationship that had to promotional agreements.

19    A    Yeah, this is going to -- this section should go

20    pretty quickly.  I'm sorry if I'm going slow, but anyway.

21    The first section should go pretty quickly.

22          Four key areas we're going to look at, and this is

23    going to be looking at data.

24          And I should say, you'll notice kind of an

25    approach I tended to take, which is, I look a lot at the

1    marketplace and what the outcomes are and what I can learn

2    from that marketplace.  We're going to keep doing here.

3    That's kind of my methodology.

4            So A, most pre-2014 search took place on

5    Windows PCs, I think everybody knows that.

6            Most Google users navigated to google.com.

7            So in the early days, pre-installed access points

8    and stuff weren't as big a deal, right, because most people

9    just -- when you wanted to search, you went to google.com or

10    Yahoo!.com or whatever you went.

11            Microsoft, it turns out, had virtually all the

12    pre-installed browser defaults in the early 2010s, so the

13    period right before this.  And Google's success on Windows

14    reflects its success in search.  It's not a product of

15    Chrome.  I think that's one allegation Professor Whinston

16    makes.

17            So let's just start with the first fact.  This is

18    search usage shares by operating systems.  This is really

19    just to make the point that Windows PCs accounted for the

20    vast majority of search if we're looking in that pre-2014

21    period, right.  It gets down, in 2014, to about half.  In

22    the -- 2011, it's quite a bit higher.  I'm sure -- I think I

23    could say -- hopefully I haven't --

24       Q    You're good.

25       A    Okay.  I'm not giving specific numbers.

1         And if you go back even further to pre-2011, those

2    numbers are going to be even higher, that -- this downward

3    trend.

4         So Windows was most of the story in search back in

5    the early part of the period.

6    Q    And did you evaluate the extent to which Google

7    obtained search queries from sources covered by defaults in

8    some of the early days of search?

9    A    I did.

10        So the next chart, this one is not redacted so

11   I can talk directly about it.

12        This is where Google gets its search queries.  So

13   the pie chart on the left is where Google got its search

14   queries at that time.

15        The preinstallation agreements with browser

16   providers, that would be -- largely Mozilla would be that

17   orange area.

18        Preinstallation on OEMs would be the red area.

19        And other Google Search volume, most of that would

20   be toolbars and other deals with ISVs.  So those would be

21   the three areas.

22        Collectively, that preinstallation part is about

23   20 percent, okay?

24        As I'll show you in a minute, Google was

25   getting -- and if you just focus on the issues in this case,

1    that's the independent browsers and PC OEM preinstallation,

2    that's about 15 percent.

3            As I'll show you in a minute, Google at this time

4    had about 80 percent of the search on Windows PCs.  So we

5    would have expected them to win 80 percent of that volume

6    anyway, probably.  So 80 percent of that 15, they would have

7    got anyway.

8            20 percent of that PC, of that volume is what we

9    would call incremental, the extra amount.  If they got

10   100 percent on those devices, that would be 20 percent of

11   the 15 percent.  So it's about 3 percent of Google's volume

12   would be attributable to preinstallation.  So the idea that

13   Google's success reflects that preinstallation, that's, you

14   know, not very well supported by that.

15   Q    Did you also look at some of the data regarding

16   Microsoft's preinstallation deals and the extent that they

17   got distribution in some of these earlier days?

18   A    Yes.

19            And I have a graph here for 2011.

20   Q    And I'll caution you, this one has been asked to

21   be redacted.

22   A    Yep.

23            So I'm not going to go in too much details.

24            Pretty clear picture.  Microsoft shown in red.

25            And this is as of 2011, and you can see

1    Microsoft's share of preinstallation.

2            And, you know, if you looked in earlier years, it

3    would have been lower, because they had picked up a lot of

4    preinstallation in the time period up to this.  I just want

5    to make sure it's clear I'm talking about 2011 here.

6            But you can see that in contrast to Google,

7    Microsoft had a substantial amount of preinstallation at

8    this time.

9        Q    What does this next slide tell you about Google's

10   share of search queries on Windows PCs over time?

11       A    Yeah.

12           Well, it shows me -- this is where I got that

13   80 percent figure I used just a minute ago.  So if we go

14   back in the early years, Google's share of search is

15   80 percent.  In contrast, their share of preinstallation is

16   down here.

17           And this is -- and if you think about it, if

18   they -- since they have 80 percent share overall, you'd

19   expect them to win most of that preinstallation anyway.  So

20   the incremental would be quite small during this period and

21   basically goes away by the time we get to 2016 or so.

22       Q    Now, did you also conduct an economic analysis of

23   the extent of Bing's defaults on PCs during this same time

24   period?

25       A    I did.

9738

1          This one I can't talk about as much.

2          This gives Bing's share of preinstallation.

3          And I should mention that this is cases where we

4     can verify they're preinstalled by looking at the deals they

5     had with OEMs.

6          There's a bunch of really small makers of PCs

7     called -- people called white box makers and the like.

8     I don't know whether they had deals.  They're in the --

9     I didn't include them, they're -- so in some ways, this is

10    conservative.

11         I should also mention that the preinstallation

12    shares of -- is of PC shipments because I can't link that up

13    to searches.  So if you want to make these comparable,

14    you've got to be thinking like, well, PC shipments are a

15    pretty good indication of searches.

16         But given the contrast here, I don't think that's

17    the critical issue.  The critical issue is, they had lots of

18    preinstallation but, nonetheless, were much less successful

19    in getting search usage.

20    Q    Now, there's been a suggestion made in the case by

21    the plaintiffs that Google's success on Windows is

22    attributed to Chrome's success and not necessarily a desire

23    to use Google Search.

24         Did you evaluate that claim?

25    A    I tried.

1          And let me show you.  I've got this chart here.

2    And, again, it's blocked out, so I can talk generally.

3          You know, when you look at the end of the graph,

4    the right-hand side of the graph, you'd say, Well, geez,

5    Google -- there's a lot of Chrome on Windows PC, and Google

6    gets a lot of the search on Windows PC.  So it sort of seems

7    like, well -- and we know they get a lot on Chrome, right,

8    virtually all the Chrome volume is going to be Google

9    Search.

10          But if you go back to the beginning, back to 2009

11    and 2010, Google's share was about the same, and there was

12    no Chrome back at the beginning.  So clearly Google's

13    success on Windows predates Chrome.

14          Secondly, over time, as Chrome's share grew, if

15    Google's success was being driven by Chrome you might expect

16    Google's success to go up with it.  Google's success stayed

17    about the same.

18          Hopefully I didn't do too much detail there.

19    Please tell me if I'm going too far on the data side.

20          MR. SCHMIDTLEIN:  Your Honor, we're about to turn

21    to another subject matter or a subopinion that's going to

22    take a little bit.  Would this be a good time to take a

23    break?

24          THE COURT:  Sure.

25          All right.  So it's a little after 10:55.  So why

1  don't we resume at 11:15.

2           Professor Murphy, I'll ask you not to discuss your

3  testimony with anyone during the break.

4           THE WITNESS:  Thank you.

5           THE COURT:  Thank you, sir.

6           COURTROOM DEPUTY:  All rise.  This Court stands in

7  recess.

8           (Recess from 10:56 a.m. to 11:17 p.m.)

9           COURTROOM DEPUTY:  All rise.  This Honorable Court

10  is again in session.

11           THE COURT:  Please be seated, everyone.

12           Whenever you're ready, Mr. Schmidtlein.

13  BY MR. SCHMIDTLEIN:

14       Q    Professor Murphy, Professor Whinston has offered

15  the opinion that Google's distribution agreements create

16  externalities that harm consumers.

17           Did you evaluate that claim?

18       A    Yes, I did.

19       Q    And can you just explain for the Court your

20  understanding of the externality argument?

21       A    Okay.

22           It probably helps first to talk about what an

23  externality is if that's not already known.

24           Basically, the idea of an externality in economics

25  is when I take an action, that affects other people out

 1    there that are not transacting with.  So obviously when I go

 2    to the grocery store, it affects me and the guy on the other

 3    side of the counter, but we take account of that in our

 4    transaction.

 5              The idea of an externality is there are other

 6    people that might be influenced.  Classic example,

 7    pollution.  I pollute, you know, other people bear the

 8    consequences of my pollution, and obviously I bear the

 9    consequences of theirs.  So that's the classic externality.

10              When we -- Professor Whinston is talking about

11    competitive externalities, that externality is not about

12    pollution but about the flow through on my effect of the

13    marketplace.

14              And so first thing you realize that those kind of

15    externalities are all over the place.  When I intermarket

16    and I raise the demand for an input, that raises the price

17    of inputs often.  If there's upward sloping supply, more

18    demand raises prices.  That benefits the sellers on all the

19    transactions they were already making, not just my

20    transactions, and makes the buyers -- other buyers in the

21    market pay more.  So those kind of what we call pecuniary

22    externalities that affect the prices that other people get,

23    they're everywhere.  They happen in competitive markets,

24    imperfectly competitive markets.  All kinds of markets.

25              So those kind of externalities are not unique.  He

1    focuses on here the particular question of whether, when

2    somebody like Apple makes a decision, how it affects other

3    people, not just them.

4            As I said, they're customers because Apple's

5    transacting with those customers.  Apple is going to take a

6    lot of account on the benefits that their customers get, but

7    the real question is about other people.

8    Q    Did you evaluate specifically Apple's incentives

9    as they relate to Professor Whinston's externality claim?

10   A    Yes.

11           And the idea here -- yes.

12           So, basically, here we're talking about Apple.

13   Clearly, a large volume of search goes through Apple, I

14   can't say what the number is, we can actually see what that

15   number is, combining iOS and Mac OS, substantial volume of

16   search today flows through Apple devices.

17           And, therefore, anything that happens in the

18   search marketplace, products get better, prices get cheaper,

19   whatever, payments get bigger, Apple has an incentive to

20   take account of that, a pretty significant one because

21   they're one of the major players in the marketplace.

22           They also have the ability to affect what happens

23   because they're a major player in the marketplace, right.

24   We already talked about that a little bit in terms of

25   Apple's ability, for example, to sponsor an entry or

1    something like that.  So Apple has both an incentive and

2    ability to affect outcomes in a marketplace.

3            Professor Whinston also says, well, Apple's

4    incentives might not be perfect or right because they're an

5    intermediary, they're not the final customer.  But in this

6    regard, Apple has much more incentive to promote competition

7    than an individual customer would, right, because they're a

8    big buyer, they're a big participant, and they're going to

9    internalize, is what we call it, a lot more of those effects

10   than an individual customer would who's not going to think

11   about those things, he's just going to think about his own

12   particular choices.  Apple has got a broader view of how

13   what they do affects things generally.

14           Secondly, Apple has a large -- therefore, Apple

15   has a large stake in what happens on the competitive front.

16   And we saw that earlier with Mr. Nadella's quote, where he

17   talked about Apple has an interest in playing one of us off

18   against the other and having two suppliers that they can

19   play off against one another.  So people in the marketplace

20   recognize that and Apple recognizes that in their

21   discussions.

22           One more thing, though.  Professor Whinston's

23   claim that there's an externality, though, says, well, don't

24   other people benefit when Apple does something?

25           And the answer is, well, some people benefit, some

9744

1    people lose.  A lot of the benefits Apple gets are private

2    benefits.  I improve my bargaining position vis-à-vis

3    Google.  That may mean no overall gain in an economic

4    efficiency, just I can get more and Google gets less.  So

5    that can create an excess incentive, really, to do these

6    kinds of things, right.

7         And the classic externality example, you didn't

8    even need imperfect markets.  If you had a big buyer, he

9    might be willing to pay to get an inefficient producer to

10   come in the marketplace because that'll raise supply and

11   lower prices.  Overall, that's a loss.  But he benefits

12   because he gets a lower price.  So it's not clear the

13   externality is even going the direction Professor Winston

14   talks about.  So that's kind of what economics informs us.

15        Q    Did you consider the evidence in this case and the

16   question of whether externalities, in fact, impacted browser

17   developers' decisions?

18        A    Yeah.

19             This is another separate question, right.

20             So let's assume there's an externality, it's

21   either positive or negative, whichever way it thinks.  The

22   question is, would Apple's decision be different if they

23   took account of that externality.

24             And in this case what we see Apple doing is using

25   a design of default arrangement, whatever contractual

1    defaults, in this case, with Google.  Given that that's the

2    market structure that's arisen all over the place throughout

3    history, there's no reason to believe that they would have

4    done something different had they internalized any

5    externalities.

6           Secondly, given that they chose, by their own

7    account and by the evidence, the highest quality search

8    engine, okay, in attractive terms, there's no reason to

9    believe they would have done something different there due

10   to any internalization of externalities, positive or

11   negative.

12          And Professor Whinston reaches this conclusion

13   that externalities are important by referring to an economic

14   literature, where there's no other reasons to have these

15   kind of deals.  But we know in this industry, there are

16   other reasons to have these kind of deals.  We know this is

17   what everybody has done throughout time and that tells us

18   they create value.

19          THE COURT:  What do you mean "these deals?"

20          Do you mean the --

21          THE WITNESS:  Browser default deals.

22          They have -- that's been the ubiquitous outcome to

23   the exclusion of other things, right.  People haven't done

24   other things.

25          So when you see somebody doing this, you shouldn't

1    jump and say, well, must be an externality-wise doing that.

2    But he's using a literature that those other reasons are

3    shut off and, therefore, if you do it, the reason you to it

4    in those models is because of these externalities.

5              So I would say based on the evidence, I don't

6    think any reason you can conclude the externalities of this

7    type played any role in those decisions.  I don't see Apple

8    doing anything I would expect -- I would not expect them to

9    do there was -- absent externalities or if they internalized

10   externalities.

11             THE COURT:  I'm sorry, I may have missed it.

12             Can you recap for me once more what you understand

13   Professor Whinston to be referring to as presumably negative

14   externalities?

15             THE WITNESS:  Yeah, he's saying, if Apple makes a

16   different decision, buys from Bing, say, rather than buys

17   from Google, that that'll benefit all the other participants

18   in a marketplace, because Bing will be stronger.  And he's

19   pointing to only that side.

20             And, you know, there may be some benefit, probably

21   would be some benefits to other people, but a lot of the

22   reason Apple does that decision is not just -- they may not

23   even use -- it may be inefficient to use Bing.  There may be

24   a net loss there where they are doing this mostly to improve

25   bargaining position vis-à-vis Google.  And if that's why

1    they're doing it, because they can get a shift value from

2    Google to themselves, they could have an excess incentive to

3    do it.  That's my point.

4         There may be this externality.  But that's not the

5    only thing going on.  There can be more than one.  In fact,

6    Professor Whinston has contributed to that very literature

7    that talks about these incentives going the other way.  He

8    has a paper with Mankiw on could be excess of entry.  He's

9    worked in the area of specific investments, where he say

10   people will often want to maintain an outside option even if

11   it's of no economic value just to improve their bargaining

12   position.

13        So the idea we know which way this externality

14   runs, I think, is we don't.  We don't know which way it

15   runs, and indeed Professor Whinston has contributed to

16   literature that tells us that.

17   BY MR. SCHMIDTLEIN:

18   Q    Did you see evidence that Apple's choice of Google

19   as the Safari default was explained by a desire to share in

20   monopoly profits?

21   A    No, I don't.

22        Again, the choice they made makes perfect economic

23   sense, given the realities of the market today.  You don't

24   need any appeal to, this would change anything in the

25   marketplace.

1           Secondly, in general, it's in Apple's interest to

2    have more competition in the marketplace, because they get

3    better deals, it improves their bargaining position, for

4    example, with Google.

5           So having a, you know, lessening competition is

6    probably working against Apple, not in favor of them.  So

7    the idea that they're kind of here to preserve a monopoly is

8    at odds with a lot of what we see here.

9           And there's certainly no evidence that that's

10   what's going on.  Because they're sort of the victims of the

11   monopoly in some sense, right, not just the -- they're on

12   the other side, they're buyers, right, they're buyers in

13   this case.  So more competition.

14          Indeed, Professor Whinston, elsewhere in his

15   report, says that if there were more competition, payments

16   to Apple would go up.  Well, that's at odds with the view

17   that Apple wants to prevent that competition through these

18   payments.  So, again, I would say there's no evidence to

19   support that theory.  One can build theories along that

20   line.  I don't see anything here that makes me think those

21   theories are operative.

22      Q    Does Professor Whinston's externality argument

23   have the potential to harm competition?

24      A    Absolutely.

25          And to me this is one of the major things.

1          As I told you earlier, these kind of

2    externalities, the decisions I make affect others through

3    the marketplace, are every where, they happen all the time.

4          And if you tell market participants you can't do

5    what's in your best interest, even if there's no desire to

6    affect competition, even if there's no effect on market

7    outcomes that you're looking to exploit, if you tell

8    Apple -- this goes back to his original quote.

9          If you go to Apple and say, look, I know you like

10   Google best, I know they're offering the best deal but you

11   can't take it or Google can't offer it, that's interfering

12   with the competitive process and I don't know where that

13   would stop, because these externalities are everywhere.

14   Q    Let's turn to your next argument, No. 3, Google's

15   browser defaults are not exclusive.

16         Did you evaluate the question of whether Google's

17   browser defaults were, in fact, exclusive agreements?

18   A    I did.

19         And I'm going to start really with a quote from

20   Professor Whinston in a paper he did with Doug Bernheim, a

21   very well-known paper on exclusive dealing.

22         It says, "A manufacturer engages in exclusive

23   dealing when it prohibits a retailer or distributor who

24   carries its products from selling certain other products."

25   So basically if you sell my products, you can't sell other

1    people's products.  So they're not in -- if I'm in a store,

2    they're not in a store.  That's basically the idea of an

3    exclusive.

4          The key characteristic of exclusive dealing

5    arrangement is that the terms of the agreement prevent or in

6    the case of what we'd call a de facto exclusive, largely

7    prevent customers from accessing rivals through that

8    intermediary.

9          And one of the questions I'm going to ask is, Do

10   the challenged default agreements have that effect, do they

11   act like an exclusive does in that they prevent rivals from

12   accessing customers through the intermediary agreement.

13   Q    Can you summ- --

14   A    So, again, this is not a -- it's not a semantic

15   question, right.  The key feature of an exclusive is you

16   can't access my rivals at that same store.  You might be

17   able to go to another store, but you can't -- in this store,

18   you can't access them.

19         And we want to ask, Do these defaults act like

20   that.  What's the economic evidence?  Evidence from the

21   marketplace tell us whether these are effectively exclusive.

22   Q    And can you summarize some of the evidence that

23   you're going to walk through with the Court on this question

24   of whether Google's browser default agreements are

25   exclusive?

1      A      Yeah.  I'm going to look at three different

2   things, or really two things and then talk about the

3   last one.

4            So first one is kind of more qualitative.  We're

5   going to evaluate whether, in fact, partners can and do

6   promote search rivals on the same browser or on the same

7   devices.  We're going to look at that first question, which,

8   you know, do people actually do that.

9            Secondly, do people switch to alternatives on the

10  same browser and/or device.  That is the empirical evidence.

11  What is the outcome -- what does the outcomes tell us about

12  whether they're blocking users from access -- I mean, sorry,

13  blocking rivals from access.

14           And so this is all -- this is going to be

15  empirically based on what we actually see in the

16  marketplace, because if these are exclusives, we should see

17  them look like exclusives.

18           And if they don't look like exclusives, then we

19  need to think about that before we move on and talk about

20  the implications of these types of agreements.

21      Q      All right.

22           Can you explain to the Court what this Slide 47

23  depicts.

24      A      It's actually a quite simple slide.

25           It basically just shows some of the promotion of

1    rival search providers that happen on Safari for iOS.

2            The screen on the left is the favorites screen on

3    the Safari browser as it comes on the iOS device when you

4    open it.

5            And on the favorites screen, you can see, you've

6    got Bing there, Google there and Yahoo! there.  This is not

7    about changing the default, this is just about right on that

8    favorites screen, you have a bookmark or whatever for Bing

9    and another one for Yahoo!, along with Google.  That's on

10   the favorites screen.

11           The screen on the right, and I know you've seen

12   this so I'm not going to go through it, is actually the

13   screen you go if you want to change the default, and that

14   you go to the settings and do that.

15           You've already heard enough about that, I'm not

16   going to go through that in great detail.  That's the

17   change.

18           But the left one is the promotion you get even for

19   someone who doesn't change the default; you can just access

20   those directly through the favorites.

21   Q    Now, the Court has heard evidence of Apple having

22   promotional agreements with non-search -- or non-default

23   search providers.  How were those agreements relevant to

24   your opinion?  And, again, I'll caution you about the

25   redacted slide.

 1      A      Here -- and this is like the things we just looked

 2   at, right.   That's part of the promotional arrangement they

 3   have.   It says, Look, Google has it default, but even on a

 4   Safari device, or even on the Safari program, we're going to

 5   promote rivals through that favorites screen, for example,

 6   or through the changing of the default.   So those are two

 7   important pieces.

 8           And this is just a timeline that shows how long

 9   Apple has had those agreements with the various providers.

10   I can't talk about the details, but you can see they've had

11   agreements with some of these other providers for quite some

12   time now, running back a while.

13      Q      How did --

14           THE COURT:   Sorry to interrupt.

15           I suppose one of the arguments the plaintiffs will

16   put forward is, Look, there's promotion and then there's

17   promotion.

18           You can put a Bing icon on the search page.

19   That's fine.   That's something that the agreements permit --

20   excuse me, the favorites page -- but apple, for example, is

21   prohibited from promoting it in any other way, encouraging

22   users to use Bing, striking a deal with Microsoft to direct

23   customers to Bing, teaching people how to shift.

24           In your view, does that change your view about

25   whether this constitutes either an exclusive or de facto

```
 1   exclusive arrangement?

 2            THE WITNESS:  Two things.

 3            One, I think some of those facts aren't actually

 4   correct.

 5            So, for example, historically they had an

 6   agreement with Microsoft and with Yahoo! that would allow

 7   them to prompt users, if they went to a Bing -- Microsoft

 8   property or to a Yahoo! property.  So they do have the

 9   ability to prompt you.

10            THE COURT:  All right.

11            THE WITNESS:  They can't just --

12            THE COURT:  Yeah, I don't think that --

13            THE WITNESS:  Apple's not --

14            THE COURT:  -- happens now, but I think maybe --

15            THE WITNESS:  No, I agree, historically that was

16   true.

17            But the fact that that was historically true --

18   and you could say, Well, why did they stop?  Well, they

19   stopped because that turned out not to be a good experience.

20            THE COURT:  Right.

21            THE WITNESS:  But if I had a browser that

22   people -- I mean a search engine that people liked, one

23   would presume Apple might have gone in a different direction

24   because they, at one time -- and that was under an

25   agreement, right.
```

1          Apple can promote others.  In fact, Apple can

2   preinstall other people.  They could put other people on the

3   phone.  So there's nothing in that agreement that says you

4   couldn't have a Bing search app on the phone.  What's

5   restricted is what happens on the Safari default.

6          But also, remember, you have those bookmarks.

7   People say, Well, the bookmark isn't worth much.  Well,

8   Apple -- Google actually gets a fair amount of volume

9   through that bookmark, much more than either Yahoo! or

10  Microsoft get.  And I'm going to get to that in a second and

11  show you quantitatively how important both those non-Safari

12  searches are and how important those other ways of accessing

13  within Safari are.

14         So I think I'm going to show you different things

15  that might say, Wow, empirically, this characterization of,

16  there's the good stuff and the bad stuff, doesn't

17  necessarily characterize the way the world works, and we're

18  going to have some numbers that actually helps play

19  that out.

20         Another thing to remember, this is what happens in

21  the actual case where rivals historically haven't been that

22  good.  If they were better, Apple would have an incentive to

23  give them even more.

24         So -- and the contracts don't prevent lots of

25  forms of promotion that Apple could do.

1    BY MR. SCHMIDTLEIN:

2        Q    How does Mozilla's implementation of the Firefox

3    browser relate to your opinion about whether Google's

4    default agreement is exclusive?

5        A    Yeah.

6             Now, if we look at Mozilla, this is what happens.

7    When you kind of open up the search in Mozilla, you can see

8    that this -- not only could you change the default to access

9    an alternative search provider, when you go to do a search,

10   you can access an alternative -- they're right there on the

11   screen.

12            So you could say, Oh, search with Bing or search

13   with DuckDuckGo, right.  In other words, what you would

14   do -- you could do it really two ways.  You could click down

15   at the bottom and then type your search, or you could type

16   your search and then click at the bottom.  Both of them

17   work.

18            They would allow you to search with an alternative

19   search provider without changing the default at all.  So

20   they're right there.  This doesn't even involve changing the

21   default on the browser.  This is just standard the way it

22   comes on Mozilla.

23       Q    Has Mozilla also had a history of promotional

24   agreements with non-default search providers?

25       A    They have.  Again, I can show you the picture.

1    I can't really talk much about it, but you can see that

2    Mozilla had a history.

3         But also, this is not just non-default, because

4    they made Yahoo! the default, remember.  There was a period

5    where Yahoo! was the default.  So this is...

6         For the other ones, these are non-default

7    promotional agreements.  The period for Yahoo! was when they

8    switched the Yahoo! default.

9    Q    Now, how does the presence of app stores affect

10   whether browser default agreements are classic exclusive

11   dealing agreements?

12   A    Well, I mean, certainly they don't fit literally

13   within that classic description, because, remember, the

14   classic one is, you can't sell -- you can't go through that

15   store.  And if you view the device as the store, you can

16   clearly go on the device because you're in The App Store.

17        It also interacts with other forms of promotion

18   that you might make because you tell somebody, Hey, try

19   Yahoo!, they can just go get it in The App Store.

20        And one thing we know about phones, guys download

21   lots of apps.  I give my phone to my grandson, it comes back

22   with seven more apps on it, you know, so --

23        THE COURT:  None of which you probably want.

24        THE WITNESS:  He's probably six years -- he's

25   six years old so, I mean, he could download apps, you know.

1           And, you know, people download apps they use once

2    or rarely, and these are things that they use every day.  If

3    they wanted to go get them, they could find them in

4    The App Store.

5           I'm not saying that that solves all of the issues,

6    but that's certainly an option that's there in

7    The App Store.

8    BY MR. SCHMIDTLEIN:

9        Q    Now, I think you made reference of this a moment

10   ago in responding to the judge's question.  Did you also

11   examine the extent to which users of Apple devices search

12   outside of the Safari default?  And, again, this is redacted

13   information, but can you describe that at least at a high

14   level?

15       A    Yeah.

16           So, again, I can't talk to figures, but you can

17   see the dark green is the searches on Apple -- on iOS, and

18   this is for iOS.  If I did Mac, it would be more extreme

19   even than what I'm doing here.  So this is on iOS.

20           On iOS, you can see that a fair number of searches

21   go through the search default, but a lot of searches don't.

22   I can't give you the numbers, but you can see clearly,

23   there's a large amount of search that doesn't go through the

24   search default.

25           A fair amount still goes through Safari because

1    you can see some goes through the Safari bookmark for

2    Google.  You can see the number there.  Remember that

3    bookmark, we said, Well, maybe that's not very good real

4    estate.

5              Well, you can see how much Google's getting in

6    that bookmark, even though they're the default, right.  So

7    if they weren't the default, presumably more people would go

8    to that bookmark.  So Google's getting a fair amount through

9    that bookmark.

10             How many people are going to google.com?  Or, you

11   know, that's -- or through Chrome?  That's not through

12   Safari, that's other things on the device.

13             We got how many are going to the Google Search

14   app.

15             We got how many are going to other browsers, okay.

16             Organic searches going to, I mean, I'm sorry,

17   organic searches in other browsers.

18             And then we have other rival non-default search,

19   because rivals don't get the default search here by

20   definition under the default.  They can switch to default

21   and they would get others, right, but they would get volume

22   through a bunch of other places.

23             The key point here is it's not like people just

24   use the default, they use a lot of other things, and they

25   use Google on a lot of other things even though Google's

1   available as a default.

2       Q    And you intuited my next question.

3            For users that searched outside the Safari

4   default, did you examine where they searched?

5       A    Yeah.

6            In keeping with your -- Your Honor, with your

7   question before, think about it as there's the good shelf

8   and the bad shelf, right, that's kind of the

9   characterization people made.

10           So we're going to look only at the bad shelf.

11  I'm going to put that in quotes obviously, and we're going

12  to say when people reach for the other shelf, what do they

13  grab?  The answer is, they overwhelmingly grab Google,

14  which, if that was the bad shelf, nobody wanted to go there,

15  it's hard to believe why people who have access to Google on

16  a good shelf would be reaching down to the bad shelf.

17           Now, what we don't see is a high amount of

18  reaching down when they do reach down and grab in the

19  rivals, okay?  And you will think, since the rivals aren't

20  available on the top shelf, they should -- a lot of people

21  should -- a lot of it there should be grabbing it here,

22  given that a lot of the people go to the shelf anyway.  What

23  we see don't see is much choice there at all.

24           This suggested lack of access is not the issue.

25           That dovetails what we found when we saw the

1    choice screen evidence.  Remember, we said, okay, choice

2    screen, lack of access.  That's why Google's rivals don't do

3    well.  Put on the choice screen.  Doesn't change much.

4         Here, fits with that same evidence.

5         Indeed, in this case, in contrast to most

6    exclusion cases, we've seen no real evidence that there are

7    people who would like to use rivals but don't, right?  If

8    you think that the issue is distribution, people want to use

9    me but I can't get distribution, you'd expect to see

10   evidence that people are trying to find the rivals.

11        Indeed, I know you've heard this, but I've -- you

12   know, when I talk about this with my wife and stuff, I

13   always think it's funny.  The number one search term on Bing

14   is Google.

15        If you look at the other way around, people on

16   Bing, I mean -- on Google are looking for Bing.  Now, if

17   they were looking for Bing, you'd expect it to show up.  It

18   shows up way down the list.  It's somewhere between Hobby

19   Lobby and AutoZone in terms of how often people look for

20   Bing on Google.  So the choice screen, this evidence from

21   the Apple devices, says it's not so clear those second

22   shelves are so -- are the issue here.

23   Q    Does the fact that search default agreements shift

24   some degree of browser or search usage among search engines

25   mean that default agreements are exclusive?

1          A      No.

2                 I mean, again, if it was really a true exclusive,

3     than when party A had the default, they'd get 100 percent;

4     when party B had the default, they'd get 100 percent, right.

5     If it was really pure classic exclusive, we'd see 100 and

6     100, depending on who has it, okay?

7                 Now, if you said, well, it's 99 in one and then

8     one in 99, well, it's pretty much looks like exclusive to

9     me.  So we're going to look and see what happens when you

10    shift and whether it seems to approximate what we see with

11    what you'd expect under exclusive dealing.

12                So I have two comparisons here, one of which I can

13    talk about and one of them I can't.

14                So the one on the left is looking 2013 to 2021 and

15    comparing Bing's -- this is on Windows, this is Bing's

16    success versus Google's success.

17                Bing has -- they're not only the default on the

18    browser, they're the only preinstall default on these

19    computers, right.  They're the exclusive preinstallation on

20    Windows, and they get 14 percent.  Google, who doesn't have

21    the "exclusive," gets 78 percent.

22                Now, if I covered up the label and asked you who

23    has the default, what would you think?  You'd think the guy

24    with the green bar has the default because he's getting most

25    of the volume.  But in this case, the guy with the default

1    is only getting 814, doesn't look like an exclusive.  Very

2    different than what you'd expect if a default really

3    amounted to an exclusive, okay?

4            The one on the right, looks for Yahoo!, you can

5    see kind of the same story.  Not as extreme, but you see

6    kind of the same story.  This is when Mozilla switched the

7    default.

8            If you were to look on mobile, you'd see a

9    somewhat higher for Yahoo! but still the majority would be

10   going to that, more than the majority would be going to

11   Google.  So you really see that these things don't look like

12   defaults in this case where, in this case, Bing or Yahoo!

13   had the default.

14           And now if you look at the shift of share, and

15   these are numbers from what Professor Rangel put forward.

16   If you look on Mac, where Google has the default, you can

17   see what Bing gets.  If you look at Windows, where Bing has

18   the default, you can see how much share shifts.

19   Non-trivial.  Defaults matter, but certainly not something

20   that would approximate what you'd expect of a shift of who

21   had the exclusive, okay?  Kind of makes think, these don't

22   look like exclusives.

23           The one on the right, Yahoo!, same story.  Shift

24   is modestly bigger but pretty much in the same ballpark.

25   Again, you see not -- you don't seem like these look like

1    exclusive deals.

2        Q    Now, have you considered whether defaults impact

3    usage on mobile devices to a substantially larger degree

4    than desktop computers?

5        A    Yeah, I did.

6            I know this has been a major area that people have

7    been talking about, and most of the -- a lot of the

8    discussion has been on the willingness of people to change

9    the default, saying mobile screens are smaller, hard to

10   change the default, as compared to a PC where the screen is

11   bigger, for example, keyboard could also play a role in

12   that.

13           But remember, there's another part of it, though.

14   The way you can shift is not about changing the default.

15   You can also download an app.  And we know that on mobile,

16   app downloads, as I mentioned with my grandson, are pretty

17   ubiquitous, and downloading apps is not hard and people do

18   it all the time on mobile devices.

19           So we also know that people rarely switch away

20   with Google when they're the default, but that doesn't tell

21   me that's the default they're doing that because there's a

22   strong preference for Google and, in fact, the choice screen

23   sort of says, it really wasn't the default, it was really

24   the preference for Google that was driving that to a large

25   extent, okay.

9765

1          So here I'm going to look at mobile devices, the
2    data I have are for Windows Mobile, okay?
3          Windows Mobile back in 2010.  You can see that in
4    this case -- I can talk about this bar, right?
5    Q    Correct.
6    A    I can talk about this bar.
7          This is a case where, by and large, Bing had the
8    default.  There's some Sprint devices where they may not
9    have had -- I think it was Sprint, may not have had the
10   default.  But if you take those out, it changes the numbers
11   very modestly.  Basically Google gets the vast market of the
12   volume even though Bing had the default.
13         So basically if you had to take a conservative way
14   to take Sprint out, Sprint accounts for about 20 percent of
15   the devices at this point.  If you -- I'm forgetting whether
16   it was Sprint or Verizon -- doesn't matter -- I think it was
17   Sprint -- you take them out, it's about 20 percent.  If you
18   take out 20 percent, all of that is Google.
19         Then the rivals' amount doesn't change so it still
20   totals about 8 percent.  But instead of 8 of 100, it's now
21   8 of 80, which makes you go from 8 to 10, so it really
22   doesn't change.
23         So even though these guys had the default, they
24   didn't retain much of the business.  And this is on a mobile
25   device in 2010.

1        Q     Now, did you also evaluate here

2  Professor Whinston's assessment or analysis of Bing's share

3  on mobile phones -- on Windows phones in 2016?

4        A     I did.

5              I mean, I think 2016 is a little tough year to

6  look for Windows Phone because Windows had really fallen way

7  off by then, right.

8              Windows Phone was pretty big actually before 2010,

9  but by the time we get to 2016, Windows phone is tiny,

10  it's like less than half a percent of shipments.  And so

11  I don't think that's as helpful.  It still shows Google gets

12  a fair amount.  But, again, I think that's very

13  nonrepresentative.  So I, you know --

14              I'm not saying these data are perfect.  I'm

15  saying, I think these are more useful than what he put

16  forward.

17        Q     Did you look at evidence of default search usage

18  on BlackBerry RIM devices?

19        A     I did.

20        Q     What does this slide depict?

21        A     Again, this, in the case of RIM, it's kind of

22  interesting because who had the default was not determined

23  by the device but by the carrier.

24              So we had three different groups of carriers.

25  Verizon had a Bing default, by and large.  There are a few

9767

1    devices that may not have been Bing default for Verizon,

2    I think, at that time.

3              AT&T and T-Mobile had a Yahoo! default.

4              And Sprint had the Google default on RIM devices.

5              What you see if you look at the picture is you see

6    that regardless of who had the default, Google got the

7    majority of the business.

8              And, indeed, on the devices that had either Bing

9    or Yahoo! as the default, the vast majority of people

10   searched away from that default, probably in these days

11   mostly by going to google.com because that's where a lot of

12   people went.  I don't know particularly where they went, but

13   this time period those kind of organic searches were pretty

14   popular.

15   Q     Even if these agreements are not considered

16   exclusive, did Google nonetheless receive some positive

17   economic benefits from winning browser default agreements?

18   A     Oh, yeah.

19             I mean, I think they -- I wouldn't say just some.

20   I think they receive a fair amount of benefit from signing

21   those agreements.

22             Number one, they got incremental users, that's

23   what we've talked about up until now.  When you win the

24   default, you're getting -- those users who would move back

25   and forth, move to you.  So winning the agreement gave

 1    Google volume by shifting users to Google.

 2            The other way is because you're getting a rev

 3    share payment, like we talked about before, that

 4    incentivizes the carrier or whoever to do -- generate more

 5    search, sell devices that get more search, encourage their

 6    customers to do more search, improve their devices all kinds

 7    of ways, because it increases their incentive to get more

 8    search volume because more search volume means more dollars

 9    for them.

10            Google also, we talked about the endorsement going

11    the other way.  When somebody puts Google on their phone or

12    Bing on their phone, that gives the search provider an

13    endorsement.  I mean, sorry, gives -- yes -- and that

14    endorsement is valuable to Google, right.  It's not only

15    valuable to the customers, but it's valuable to the

16    consumer.  When somebody chooses Google, it says, hey,

17    that's another partner who thinks Google is the best.

18            Finally, it helps align incentives.  When you have

19    a default agreement, the RSA payments that would come along

20    with that default agreement give partners an incentive to

21    improve their browser, improve their device, whatever it is,

22    again, to get more search.

23    Q    All right.  Let's shift gears here and talk about

24    your critique of Professor Whinston's foreclosure analysis.

25            Can you describe at a high level why you believe

 1    Professor Whinston's foreclosure analysis is economically

 2    flawed?

 3        A    Yes.

 4             Okay.  So I'm going to go through three aspects of

 5    it.  First I'm going to explain why coverage is not a good

 6    measure of economic foreclosure.

 7             Again, foreclosure is restricting the ability of

 8    rivals to compete.  And when you have an agreement where

 9    people can compete within -- against the default, for the

10    default and all that, coverage is not going to be a very

11    good measure of how much you've restricted.  You might have

12    enhanced their ability to compete, not restricted.

13             And there's something I failed to talk about

14    earlier that's really important to bring up at this point,

15    and that's the point that defaults are particularly

16    effective at making weaker rivals stronger competitors.  You

17    might think that seems weird, okay?  But here's why.

18             Relative to what exclusive.  Let's say I have an

19    exclusive, and there's a bunch of customers who shop at that

20    store who don't really want my product, they want the other

21    one.  Well, then as a lesser -- weaker rival, I'm not going

22    to be able to compete for the default if there's no way the

23    store is going to throw Heinz ketchup out and make me the

24    only ketchup because too many people want Heinz ketchup.

25             On the other hand, when you compete for a default,

1    the people who really want the other product can still get

2    it.  So that makes the partner more willing to go with the

3    rival, right.  That is, they don't have to alienate all

4    their customers by going with the weaker rival.

5              So in an odd way -- so it's counterintuitive in

6    some way.  The ability of people to switch away actually

7    makes the rival stronger as a competitor, because he doesn't

8    have to satisfy everybody, because the way a default works

9    is you only have to satisfy the people who are willing to go

10   with you.  The other people can still get the other thing if

11   they want it.

12             So when you have a default, it's very different

13   than an exclusive in terms of its competitive impact,

14   because that default can actually help the rival actually

15   put more pressure on Google than they would otherwise, or

16   whoever.

17             You see how it's working?  It's like when I have

18   to compete for everybody, if a significant chunk don't want

19   me, I'm out, I can't really compete for that.  And that's

20   what the literature talks about.

21             But with a default, there's sort of a safety valve

22   there that if they don't -- if the customer doesn't want me,

23   they can go with the other guy, the stronger competitor, and

24   I can still compete, and that guy will give it to me, the

25   business, if I compete strong enough and win, right?

1          But even if I lose, I can put a lot of pressure on

2     Google, because my -- the rivals -- the partner's threat to

3     move to the rival is much more credible under a default

4     arrangement than it would be under an exclusive.

5          THE COURT:  Even under that analysis, doesn't that

6     shrink the market over which there's actual competition?

7          THE WITNESS:  No, because, remember, with the

8     default, there's still competition with and against the

9     default.

10          THE COURT:  Right.

11          THE WITNESS:  So you haven't gotten rid of that

12     aspect.

13          If I lose the default, I can still try to win

14     business by making my product better, get them to use me

15     rather than Google.

16          THE COURT:  Right.

17          But in your ketchup example, say it's a Heinz

18     versus a generic, a grocery store is never going to pick the

19     generic.

20          THE WITNESS:  As an exclusive, never.

21          THE COURT:  Right.

22          THE WITNESS:  Never.

23          But they can give shelf space.

24          THE COURT:  So how is it then actual competition

25     for the default which you described earlier?

9772

1              THE WITNESS:  I would say ketchup, probably not,

2     okay?

3              But they don't use defaults in ketchup, right?

4     Ketchup don't have defaults.

5              In the browser case -- I mean, sorry, the search

6     engine case, we can see it.

7              Remember Mr. Nadella's discussion, you know.  They

8     were there with Apple saying, God, go with us.  We're not

9     going to keep all those customers.  We're going to keep

10    enough, though, that we're willing to do a deal and pay you

11    a lot of money to do that.

12             At the end of the day, Apple goes to Google, and,

13    Hey, I got Microsoft here as an option, you know, why does

14    Google win?  Well, they're better, lower cost, they're

15    probably going to win, but they're going to have to compete

16    on price to make -- to win.

17             So, you know, probably the generic ketchup ain't a

18    very good competitor, but in this marketplace, the evidence

19    is Bing has been a lot, and the payments that Google make

20    reflect that competition, you know, that -- that -- Apple is

21    able to say to Google, Hey, you want this business, I've got

22    options, you know, I've got to get -- I've got to get more.

23             Even Mozilla.  Mozilla's -- you know, you say,

24    well, that's Apple, they're huge.  Mozilla, they play Google

25    off against the rivals too.  They even switched to the rival

1    at one point, right.  So that stalking horse element is

2    enabled by the default, because when Yahoo! switched to

3    Google, a bunch of people switched back.

4          And if all those people had had to leave Mozilla

5    if they still wanted Google, Yahoo! never would have won,

6    right.  It really is, the default structure really enhances

7    the ability of rivals to compete.

8          It's kind of self-adjusting in a sense.  If I can

9    compete for a lot, then I can put a lot of pressure.  If I

10   can compete for some, I can put more pressure.

11         The other thing, if you look at a company like

12   Apple, it's not just about the default.  I can compete for

13   the bookmark.  I can compete to have a contract where they

14   let me refer or encourage people, when they go to my site,

15   to change the default, right.  You can do those things.

16         Now -- and Apple did that for Yahoo! and

17   Microsoft, and if you look in the mid-2010s, Yahoo! had a

18   fair amount of success on iOS devices.  I really can't even

19   discuss the numbers, but they had a fair amount of success

20   because they were doing those kind of promotional things

21   with Apple.

22         Now, ultimately that didn't play out, but if they

23   had had a better product that maintained a good user

24   experience, my -- you know, and I don't have a crystal ball,

25   but I don't see any reason why Apple wouldn't have continued

1   or even expanded their ability to do that.  It was really

2   cut off, in my mind, because of the user experience, and

3   that's what Eddy Cue testified to.

4   BY MR. SCHMIDTLEIN:

5       Q    All right.

6            Professor Murphy, let's talk -- or turn to your

7   first point here that deals with this question of whether

8   coverage is an appropriate measure of economic foreclosure.

9            Can you explain whether you think coverage is a

10  valid measure for foreclosure in this case?

11      A    Well, I know that people use coverage in cases of

12  exclusives.  It's not really the bottom line as to whether

13  there's foreclosure or not.  I think the simplest way to use

14  it is if coverage is low, then there can't be foreclosure

15  because there's still enough left available, right.

16           It doesn't mean that if coverage is above that,

17  there's automatically foreclosure, right?  Those are

18  different kind of -- you know, you could call it a safe

19  harbor, whatever you want to call it.  It's kind of more

20  definitive in one direction than it is in the other.

21           But in this case where you're talking about

22  defaults, because there's competition even after the default

23  is issued, coverage is even less informative than it might

24  be otherwise.  So I would say coverage is not a useful

25  measure here.

1          And Professor Whinston, in his report, actually

2     agreed.  But I don't want to put words in his mouth; he can

3     say however he did.

4          But my understanding was he agreed at that point

5     that coverage wasn't a good measure, and he's tried to find

6     ways to overcome some of the shortcomings with coverage.

7          But his method -- and we're going to get into his

8     method here in a bit -- is essentially to say, Well, it's

9     not an inclusive because you can compete against the default

10     but you can't compete in the store in a case of exclusive.

11     He tries to make an adjustment for that difference.

12          But to me, that's kind of like trying to slam a

13     square peg in a round hole.  Once you sort of say it's not

14     like an exclusive, I'm not quite sure how you can use the

15     coverage measure you might associate with an exclusive to

16     tell you something about a non-exclusive.

17          You just -- I don't think the fit is good, and

18     I'll explain why.

19     Q    Did Professor Whinston offer a new foreclosure

20     theory during his trial testimony involving a hypothetical

21     superior search rival to Google?

22     A    He did.

23          And his hypothetical superior search rival was

24     Super Duck, as I understand it, okay.

25     Q    How do you respond to Professor Whinston's new

```
1   foreclosure analysis?

2       A    Well, I do -- what I've done is kind of try to dig

3   in and see what it -- how -- what's the logic, how does it

4   work, what's going on there.

5           And I don't know how well, Your Honor, you

6   followed what he did on Super Duck.  I'll try to explain how

7   I see it.

8           THE COURT:  I was here so --

9           THE WITNESS:  Okay.  I'll try to explain it, and

10  Professor Whinston can correct me if I mischaracterize what

11  he was trying to say.

12          But here's how I see it.  He said, there's half

13  the market, 50 percent, that's not even covered by the

14  default agreements, so that half is kind of over here, and

15  Super Duck clearly can compete with that, and he assumes

16  Super Duck is Super Duck and he's going to win, he's going

17  to win that 50.

18          But he says also because you can compete against

19  the default agreement, not just for the default agreement,

20  that even if Google, in that case, or the stronger firm --

21  the weaker firm held -- remember, Google is now the weaker

22  firm in the Super Duck world, right, because Super Duck is

23  Super Duck and Google is just lowly Google.  So Google's

24  over here.

25          Super Duck wins the 50.  They can also win some of
```

1    the other 50.  So unfortunate, it's 50 and 50, right,

2    because it makes your discussions harder, but this is the 50

3    that's covered by the default agreements.

4           He says -- based on the data he looks at, he

5    claims Super Duck can win 17.  And, therefore, the stuff

6    that Super Duck can't win, the 33, which is the rest of that

7    50, is foreclosed because Super Duck can't win.

8           First thing I would say, they're not really

9    foreclosed.  The fact that Super Duck wins 17 doesn't mean

10   Super Duck can't compete for more, right, because there's no

11   hard -- it's not like you hit a wall at 17 and say, Well,

12   done.

13          What's Super Duck going to do after they won 17.

14   They're going to be, I'm going to -- I'll be

15   Super-Duper Duck.  And if I'm Super-Duper Duck, I'm going to

16   win some more of that.  So I don't know why 33 is foreclosed

17   when Super-Duper Duck could go for -- cut it 10, 30, 27,

18   whatever, I don't know.  They could compete against even

19   further.

20          More importantly, they're competing for that rest.

21   Even if they don't win it, they're putting pressure on the

22   incumbent to prevent them from winning more, right.  That

23   is, that 17 is not a fixed number.  They're competing --

24   even if they end up winning 17, they're putting pressure to

25   try to win the other 33.

1              So the idea that -- from a competitive standpoint,

2    not what they won but what they can compete for, it's not

3    clear that 33 is off-limits.  Super-Duper Duck can win some

4    more.  Super Super-Duper Duck could win even more.  Right.

5              So the idea that somehow that 33 measures

6    foreclosure, to me, is kind of off base, right.  I don't

7    understand why that is a measure of what's foreclosed.

8              Secondly, if you think about what happens once

9    Super Duck comes in, he runs the table, he gets the 50, he

10   wins the 17.

11             Well, next time that -- even if he can't push into

12   that 33 anymore, once that agreement comes up, who's going

13   to win the default?  It's going to be Super Duck.  He's

14   better by definition.  He's going to outcompete Google for

15   that 33.

16             So it's not that 33 is off-limits.  He can compete

17   for that, both against it before he competes for the

18   default, and for it once he gets the default.  So nothing is

19   really off-limits to Super Duck.

20             And if you think about a world where Super Duck

21   can win 67 percent right upfront and then compete for the

22   rest when it comes up, I don't know how in the world you'd

23   call that foreclosure.  How could Super Duck be foreclosed?

24   They could win more than half the market off the bat and

25   compete for the rest.

1            But there's a second part here that sort of points

2    out incredible inconsistency, sort of, in the plaintiffs'

3    exposition, because think about what they're saying.

4    They're saying that the fact that Super Duck can't win that

5    33 against the weaker rival is evidence of -- that these

6    contracts foreclose.

7            On the other hand in the actual world, they're

8    saying Google, i.e., Super Duck, should be restricted in its

9    ability to compete for that 33 percent.  Well, the very

10   thing -- and we should let Bing win that 33 percent or help

11   Bing or somebody else win that 33 percent.

12           So the very thing they're saying constitutes

13   foreclosure they say is promoting competition in the actual

14   world, right, because in this picture, the 33 that

15   Super Duck can't win is an evidence of, well, there's

16   foreclosure there because Super Duck can't win it even

17   though they're better.

18           But then they go to the actual world and they say,

19   if -- we don't want Google to be able to compete to win that

20   30, we don't want Super Duck to be able to win that 33, we

21   want that to be able to go to Bing or somebody else.  Well,

22   wait a minute, was it foreclosure or is it preserving

23   competition?  Which one is it?

24           I guess they're saying it's both.  That it's an

25   indication of foreclosure and it's also an indication of

9780

1   what they want to do it preserve competition.  So if the bad

2   thing is Super Duck can't compete for that, why are we

3   trying to prevent Super Duck from competing for that.

4          And, again, efficiency would be the better

5   provider, Google in the real world, Super Duck in the

6   but-for world, is going to be able to win and compete and

7   win that.  That's part of the competitive process and would

8   mean there's no foreclosure.

9          Now, the way I see it, and this is contrast the

10  way I've talked about so far, right.  So, again, here's how

11  I see the world.

12         Say, Whinston's assumptions, 100 percent.  Super

13  Duck comes in, runs the table on the first 50 percent

14  because it's open, they just win the 50.  They win the 17,

15  too, competing against the default.

16         Now, what's going to happen when that contract

17  comes up?  They're going to win that too.

18         Does the default matter?  Yes.  Why?

19         When Google -- Super Duck won the first 50, they

20  didn't have to pay a dime.  When they won that 17, maybe

21  they paid something to get promotion and other things to

22  compete against the default.

23         But how do they win that default?  How do they win

24  that last 33?  They have to compete.  That is Google is not

25  just going to give that up and say, hey, I give, you know,

```
 1    you can have it, they're going to compete.  So Google -- so
 2    Super Duck is going to have to compete on price to win that,
 3    and that benefits consumers.  That's price competition at
 4    work.
 5              So the way I see it, Super Duck should come in,
 6    they're going to win the 67.  When the deal comes up,
 7    they're going to win that too, but they're going to have to
 8    pay to win it and they're going to have to pay precisely
 9    because the rival can -- the partner can threaten to stick
10    with Google, right?  So that's exactly how competition
11    works.
12              So, remember, you asked me earlier about an
13    entrant.  Well, in this case, the entrant is going to come
14    in, but consumers are going to get even more benefit from
15    that entry because he's going to have to pay to win that
16    last 33 percent.  He ain't going to get that for free.  But
17    that's competition at work.
18              Does that make clear how I see Super Duck?
19              THE COURT:  Yeah, I do.  I understand.  Thank you.
20    BY MR. SCHMIDTLEIN:
21    Q     On your slide here, you have an adjusted Slide 38
22    on the right.  Can you explain what that is?
23    A     Yeah.
24              This is like a completely separate issue so we
25    should like stop, stop.  We -- this is all conceptual
```

9782

1   discussion we had, now we're going to dig into numbers and

2   say, well, what about his numbers.

3          And, again, if you think about where these numbers

4   come from, I don't know if you remember, it comes from

5   primarily two sources, Maps, and Google on Edge.  Those

6   are -- there's some other numbers in there but that accounts

7   for the vast majority of it.  Also a little bit Microsoft's

8   estimates.

9          You know, me, and this is just maybe my approach,

10  I tend to look at actual market evidence to try to draw what

11  I can from market evidence, and that was really evidence

12  from documents and people's estimates of what might happen

13  and things like that.  I'll say, well, let me see what

14  actually happens.

15         So two sets of evidence I would put forward.  One

16  is Windows.  That is, how much of this -- how much of the 50

17  percent would -- how much would somebody who -- Super Duck

18  be able to win based on how much Google was able to win on

19  Windows.

20         What it says is that red part, the part that Super

21  Duck wouldn't be able to get, is probably like 18 percent,

22  something like that, that is what Microsoft was able to hold

23  on to on Windows, where they had exclusive preinstallation,

24  okay?

25         Another way to do it would be to take something

1    like the Firefox experiment on Yahoo! and think about that

2    as estimating what fraction of the 50 percent, because now

3    we're just talking on that particular browser, right.  So

4    it would be like his maps estimate but use the real—world

5    evidence from —— uh—oh —— I messed up.

6         Q    That's okay.

7         A    Well, everybody knows they switched to Firefox.

8              So based on —— if you do the numbers from there

9    using mobile or overall numbers, you're going to get a

10   number basically in that same range ——

11             THE COURT:  Right.

12             THE WITNESS:  —— okay?

13             So I think the bigger critique is the first ones

14   I gave about the conceptual ideas.

15             But even if you were going to go down this road,

16   I think the numbers are small.  And even under his view of

17   the world, you wouldn't call that foreclosure even if you're

18   just counting equivalent coverage using the Super Duck

19   methodology.

20   BY MR. SCHMIDTLEIN:

21        Q    Did you agree with Professor Whinston's reliance

22   on Apple Maps replacing Google Maps on Apple devices?

23        A    I did not.

24             And, again, part of this is just how I look at the

25   world and how I try to get evidence.  But the other part is

9784

1    just thinking about whether the Apple Maps is an analogous

2    experiment to what we're interested in doing.

3              And there's three key differences that I point out

4    here that actually Apple Maps wasn't really a default,

5    because you can't change.

6              When they switched to Apple Maps, Apple Maps is

7    the default map app, you can't change that back to Google,

8    okay?  And so that -- it's not a default, it's hard-wired,

9    okay?  That's my understanding.  I'm not a computer

10   scientist, but that's my understanding of how it worked.

11             Secondly, the functionality of a map's not quite

12   like a browser, right.  There's a lot of ways in which you

13   use a map is different than a browser.

14             And particularly the web-based services that you

15   can use, if you don't use a default, are a lot more similar

16   to what you get with the default on a browser than it is on

17   a map.

18             Basically the way I think about it, if you go to

19   Google, if you do search on Google through the default or

20   through the Google search app or you go to google.com, the

21   search engine you're using is the same, right, whereas the

22   functionality of a map is a little different between an app

23   and a browser-based service.

24             Finally, if you look at what happened at the time,

25   at the time Apple switched, Google didn't have an app.

9785

1    There was no Google Maps app available on Apple devices.  It

2    took time for that to come around.  So that really made it

3    difficult for people to switch right back to Google on an

4    app basis because they didn't have the app, right, they

5    would have had to do something through the browser instead.

6              In contrast in search, GSA and Chrome are right

7    there in The App Store, always are, okay?  So I don't think

8    it's what I would have looked at.

9              Now, Professor Whinston looks at -- you know, his

10   major claim is that, well, Google relied on it, right, that

11   Google used that number.

12             But be careful when you think about that.  It's

13   true Google used that number and they had this 70 percent

14   figure.  But when they were negotiating with Apple, they

15   agreed to a rev share of 36 or something.

16        Q    Careful.  Careful.

17        A    Sorry, they agreed to some rev share quite a bit

18   less.

19             That's my fault.  I'm very sorry.

20             They agreed to a significantly lower rev share.

21             And so Professor Whinston likes to say, well, they

22   should have had a very precise estimate if they were going

23   to base a billion-dollar decision, they didn't need a very

24   precise estimate.  If they had concluded it was less than

25   the number they used, but still substantially greater than

1    the number they were agreeing to, precision wasn't the

2    question, right.

3              So the idea that we can infer they had a precise

4    estimate, I think is incorrect, because the deals they were

5    doing weren't conditional on that number being exactly right

6    or even close to right, right?  In other words, there's a

7    lot of headroom between those numbers and what the deal they

8    were doing.

9              So it's fair to say they used those numbers in

10   their analysis, but to say that, well, they must have a very

11   precise or good estimate I think is incorrect as a matter of

12   economics because, you know, I go to the grocery store and I

13   see bananas are 69 cents a pound, I don't have to figure out

14   whether I'd be willing to pay a dollar or a 1.50 or 90

15   cents.  So if I think, yeah, I'm willing to pay quite a bit

16   more than 69 cents, I'm going to grab them bananas and

17   I don't need a precise estimate, right?

18             Even if it was a big decision, if I'm sure I'm

19   within the range of what I'm willing to do, I don't need a

20   precise estimate.  And the deals they were doing were a long

21   ways away from these estimates.

22             So I think it's fair to say they looked at these

23   things, they evaluated these things, but to say that they

24   needed a precise estimate, I think, is incorrect.  Nothing

25   in their decision-making depended on this number being

1   precise.

2           THE COURT:  I'm sorry, what are you comparing in

3   terms of the final rev share number and the estimate that

4   Google is using in that the study?

5           THE WITNESS:  Well, the rough math, the simple

6   math is just to compare the two numbers directly.

7           THE COURT:  Right, but they look like different

8   numbers.  In other words, one is a rev share, the other is a

9   percentage of loss.

10          THE WITNESS:  Right.

11          But they turn out to be kind of the same thing,

12  because you can say, look, I either pay a rev share -- it's

13  easiest just to think about, let's say, you were paying a

14  rev share of 50 and you thought about losing half the

15  business, but you wouldn't have to pay for the half of the

16  business that you keep, then you could say, well, if I pay

17  the rev share, I get 50 cents.  If I don't pay the

18  rev share, I get 50 cents, because I get all the money on

19  half the business.

20          If it was 90 -- if it was 20 cents you would lose,

21  you'd say, well, geez, if I pay the rev share, I pay 20

22  cents out of the hundred.  If I don't pay the rev share, I

23  get 80.  Well, 100 minus 20 is equal to 80 so it balances

24  out.  Now that's the simple math.  So simple math is you can

25  just compare those two numbers.

1          Now, if there are other benefits you get by

2    getting the deal, endorsement or whatever, then your

3    willingness to pay on the rev share could be higher than

4    that because you're not only getting the business benefits,

5    you're getting these other benefits, growing the pie or

6    whatever else it is.  So kind of think of that, the shift

7    number as a lower bound on what I'd be willing to pay in

8    some sense, right?

9          THE COURT:  Okay.

10          THE WITNESS:  Assuming I have other benefits.

11    That's kind of the simplist way, and if you're using a

12    rev share, you should use a net number, not the gross

13    number, because that's what you pay, because you pay

14    something minus the net.

15          THE COURT:  Right.

16          THE WITNESS:  Okay.

17    BY MR. SCHMIDTLEIN:

18    Q     Professor Murphy, did you also look at and

19    evaluate Professor Whinston's reliance on Google's search

20    share on the Microsoft Edge browser as part of his

21    foreclosure analysis?

22    A     Again, this is a number I would not use.  And

23    basically the reason is, the vast majority of users are

24    switching away from Edge, right, they're moving to Chrome,

25    they're doing something else.  The guys who are left are

9789

1    sort of more likely to pick Microsoft.

2         So the idea that this isn't good evidence of what

3    a broader population of people would do, I think is very

4    suspect.  This is what economists call selection bias.  The

5    group I'm looking at is very selected, and that's not likely

6    to be representative of the -- of a broader population.  So

7    to me, I would not recommend using a number like that.

8         Q    Now, I want to go back.

9         We've talked a little bit about what you referred

10   to as sort of the new Super Duck example.  I want to go back

11   and talk a little bit about the actual hypothetical

12   alternative world that Professor Whinston identified in his

13   report.  And in particular, did Professor Whinston actually

14   identify a but-for world for his foreclosure analysis?

15        A    He did not, at least according to his own

16   testimony.

17        He admitted that the ideal thing to do was to do

18   it through a but-for world.  But, as I understood his

19   testimony, he said he wasn't looking at a but-for world

20   because he didn't really know what the but-for world would

21   be so he thought of these as more thought experiments.

22        And -- but, as I said before, if you're going to

23   do a but-for world, you want to think about, well, what

24   would that world look like if you're proposing it.

25        Now, in my case, I'm looking at the world and I'm

1    saying the actual world is the but-for world because I don't

2    see these things as anticompetitive.

3            He's sort of saying, No, here's some things that

4    could have happened.  He's not saying they would have

5    happened.  And what I'm going to try to do is ask the

6    question, Would these things have happened.

7            Remember when I talked about evaluating

8    foreclosure in a but-for world, it had to be something that

9    would emerge in competition, and I'm going to try to show

10   you why I don't think either of these alternatives he

11   proposes would be something we'd expect to emerge under

12   competition.

13   Q    And can you just summarize here what the

14   alternatives that Professor Whinston identified in his trial

15   testimony?

16   A    Yes.

17           He considered two primary alternatives, or I think

18   these are really the two he did consider.

19           One is what he calls unconditional revenue share

20   payments, which I don't think he ever fully defined what

21   "unconditional" means.

22           In the most extreme case, that would be saying --

23   Google going to somebody and saying, Here, here's the

24   rev share, whatever volume I get, I get, it's completely

25   unconditional on anything, okay?  That would be the literal

1  definition of unconditional rev share.  The other one, what

2  he considers is offers conditional on parity.

3        So I'll make an offer, I'll pay you this

4  rev share, as long as you give me at least as good a

5  placement as you give somebody else.  Kind of an MFN-type

6  view of the world, but not an MFN on dollars but an

7  MFN on --

8              THE COURT:  Placement.

9              THE WITNESS:  -- placement, yeah.

10        Okay.  Those are the two that I understand he's

11  putting forward.

12        And so when I think about the parity one, there's

13  all kinds of definitions one could use what parity means.

14  I'm not even quite sure how to define it in some cases, but

15  I'm going to think about it like a choice screen.  I'm going

16  to bid to be on a choice screen because a choice screen is

17  some notion of parity, okay?

18  BY MR. SCHMIDTLEIN:

19    Q    Okay.

20        Have you considered the economic feasibility of

21  Google agreeing to an unconditional revenue share payment?

22    A    Yes.

23        And basically the biggest problem I see with

24  unconditional revenue share payments is really at odds with

25  basic economics, particularly for a firm like Google.

1          Because if they make an unconditional rev share

2     offer, Apple could decide or the partner could decide to not

3     give them any promotion, in which case Google gets the

4     business they would have gotten anyway, right.  They didn't

5     get anything for it.  They got what -- the business they

6     might have gotten anyway.  And if they're not getting -- or

7     then Google is being paid for nothing.  They're not going to

8     do that.

9          But even more importantly and more fundamentally,

10    you know, when I sell stuff to the grocery store, I might

11    just give them a discount to sell more stuff because I know

12    one of the ways I'm going to sell more stuff is I'm going to

13    get a lower price on the shelf and more consumers are going

14    to buy it.

15         But remember, there's none of that kind of

16    analysis here, right, because the rev share payment -- the

17    rev share payment is to get performance, get them to do

18    something, give me a bookmark, put me in a default.  In his

19    hypothetical, give me a choice screen, right.  So you're

20    going to condition it on receiving it.

21         I sort of think of it like a billboard.  I want to

22    get a billboard at the baseball stadium.  Well, I'm not

23    going to go to the billboard provider and say, Here, I'll

24    give you a 10 percent rev share in my sales in Washington,

25    D.C. in exchange for putting -- and then if you want to, put

1  up a billboard on the outfield, I'm going to say, No, I'll

2  pay you to put up the billboard.  Maybe I'll pay you with a

3  rev share.  But I'm going to make you -- the contract is

4  going to be to put up the billboard.

5            THE COURT:  You're not going to pay for something

6  that you may or may not get?

7            THE WITNESS:  Exactly.  That's why I don't like

8  the unconditional.

9            And that's particularly true for somebody like

10  Google, who you're going to make a lot of payments even if

11  he doesn't do anything because you're -- you're -- you've

12  got a lot of customers in you.  A lot of people would choose

13  you.

14            Even if it makes the other guy the default, a lot

15  of people are going to choose you.  And you're still going

16  to pay?  You know, he kind of did everything he could to

17  move stuff away from you, but you're still paying him.

18            And the other key observation is, if you look at

19  this industry, and this is blanked out, I'm looking at other

20  providers, and they don't have this problem nearly as much

21  as you, Google, does, because they don't have as many

22  organic customers that would have used them anyway.

23            But even they specify what they're going to get.

24  They say, Hey, we'll pay you.  We'll pay you to give us

25  promotion, but we're going to get the X, Y, or Z that we're

```
 1    going to get in return.  So conditionals is kind of the
 2    right story.
 3            You know, when you look at contracting as happens
 4    in the world and all kinds of other industries, you know,
 5    kind of an unconditional payment, like say I run a store and
 6    I've got a worker and my store closes at 10:00, and I want
 7    him to stay till 10:00, right, because if he leaves early,
 8    I'm in trouble.  And I don't try to find a wage rate that'll
 9    make him want to stay till 10:00, right.  I don't say, Okay,
10    $15 an hour, he'll stay till 10:00 and I'll get what I want.
11            THE COURT:  Pay him till 11:00.
12            THE WITNESS:  Yeah, or I'm going to tell him, Stay
13    to 10:00 and I'll pay you $15 an hour.
14            That's all I'm saying is these kinds of things
15    where you're trying to get them to do specific things,
16    you're -- you're going to find it in your interest to
17    specify the actions.  Unconditional payment's a very poor
18    way to do.
19            And even if you get something, it's a problem,
20    right?  Let's assume I would make 100 sales without
21    promotion, and that sale would go to 40 -- 140, and I say,
22    I'm willing to pay you 20 percent rev share for that,
23    20 percent rev share to get to 140, okay?
24            So now he doesn't do all the stuff you wanted.  He
25    does some, you get 110.  Now you're paying 20 percent of 110
```

```
 1   to get 10 sales.  The problem is you're paying on all of
 2   them, you're not just paying on the incremental sales you're
 3   getting.
 4              And one answer would be to try to estimate the
 5   incremental sales and pay only on those, but that's not an
 6   easy contract to write because it's hard to figure out what
 7   your incremental sales are, just like it's hard to figure
 8   out what it takes to get the guy to stay until 10:00.
 9              THE COURT:  That's what I was going to ask, which
10   is that if you assume that -- given Google's position in the
11   market, that under any of these browser agreements, it's
12   going to retain some percentage, could you foresee a world
13   in which Google's only paying for the incremental searches
14   that arise as a result of a rev share agreement?
15              THE WITNESS:  I think it's hard.
16              I mean, that's the problem, is it's kind of like
17   the classic contracting problem.
18              In a particular case -- in a case where there are
19   lots of things you're trying to get somebody to do, these
20   kind of price-based systems work pretty well.
21              But when you have specific things, like, I want
22   you to give me a default, I want you to give me a bookmark,
23   I want you to do this, that -- I even want you to put me on
24   a trade, whatever it is, specifying it just makes a whole
25   lot of sense, because, again, it's not like the wholesale
```

 1    retail world where you say, Oh, I'll give you a discount.

 2    Even if you don't give me any promotion, that's going to

 3    give me sales because customers are going to get a lower

 4    price, they're going to buy more.

 5            Here you're really contracting for specific

 6    elements of promotion.  And to me, it just makes a lot of

 7    sense to say, the efficient contract in that world is to put

 8    that in the contract.  Trying to find a price that makes it

 9    work is hard.

10            THE COURT:  Right.

11            Even if that contract price is far greater than

12    what you would pay just for incremental sales?  Or

13    incremental -- in this case, incremental users?

14            THE WITNESS:  I'm not sure Google does pay more

15    than what they get.  I mean, they get -- remember, why do

16    they get incremental sales?  Because the guy could switch

17    the default to somebody else.

18            THE COURT:  Right.

19            THE WITNESS:  So if that competitive dynamic means

20    that Google gets a fair amount of incremental sales from

21    winning the default, relative to a choice screen, they might

22    not be getting more -- many incremental sales, but that's

23    not the world they live in, right.

24            They live in a world in which the guy could give

25    the default to the other guy, and, therefore, there's a lot

9797

```
 1   of incremental sales at stake precisely because those
 2   default agreements create a lot of competition with even a
 3   weaker rival.  Everything we've been kind of talking about
 4   kind of weaves together.
 5            MR. SCHMIDTLEIN:  All right.  Is this a good time?
 6            THE COURT:  Is this a -- I thought he had a second
 7   point he was going to add on top of it but maybe not.
 8            MR. SCHMIDTLEIN:  No, no.  We're going to next
 9   talk about the choice screen as the other alternative, which
10   I'm happy to -- we have a few slides to deal with on those,
11   Your Honor, and I'm happy to go through those to get to
12   Slide 77 if you want to close the loop on that.
13            THE COURT:  Why don't we go ahead and then finish
14   up that point and then we'll break for lunch.
15   BY MR. SCHMIDTLEIN:
16       Q    Professor Murphy, did you find a choice screen to
17   be an economically valid but-for world?
18       A    No.
19            And, you know, when I talked about the
20   unconditional payments, one of the key motions was for the
21   search provider, it's not really providing them with
22   something that they really need, right.
23            And when I talk here about the choice screen, it's
24   really more focused on the partner and what they would want.
25            And the basic rationale is it's not really a good
```

1    decision from their point of view in general, and that's why

2    we haven't seen it emerge in the marketplace, right.  We

3    haven't seen partners saying, Oh, let's have choice screen.

4    I know they discussed it at a few points in time, but it's

5    never really emerged as a marketplace alternative.

6            And secondly, and it's not emerged as an

7    alternative with Google or other search providers, right, it

8    just doesn't show up.  And it's even rarely discussed.

9    I know there's been some documents that mention choice

10   screen, but it's hardly at all -- unlike the stalking horse,

11   which is an ever present of the marketplace we see, the

12   choice screen is an alternative that just rises very rarely.

13           And one of the reasons it doesn't is, one,

14   you know, we've had testimony that it's not a great user

15   experience.  Both Mozilla and Eddy Cue from Apple said, you

16   know, That's not good for a user, not what our users want.

17           And, you know, the discussions we had before kind

18   of help point that out, that, you know, they want to be able

19   to recommend to the users what's a good search engine.  They

20   want to have the best thing out of the box.

21           And secondly, they find a choice screen somewhat

22   cumbersome in terms of setup of the device and the like.

23   You know, because people are making that decision when they

24   just want to start using their phone.

25           Now, they have to put some other things in there

9799

 1    like what language you want to use and stuff like that

 2    because I don't want to try to use German on my phone,

 3    right, that's not going to work too well.  I don't speak

 4    German, so it's going to be hard, right.

 5            So, you know -- but the choice screen hasn't

 6    proven.  For me, one of the things us it hasn't emerged in

 7    the marketplace, that tells me it's got some problems.

 8            But also economics tells me they're probably going

 9    to get less revenue because it's not worth as much to bid to

10    be on a choice screen as it is to be a default, so it's a

11    stronger bidding process to bid.

12            In fact, if you think about somebody like

13    Microsoft, getting on a choice screen isn't worth that much

14    to Microsoft, right?  Because they get next to -- next to

15    Google, they're not going to get many choices.

16            The thing that's really worth something to

17    Microsoft is to get on a device where Google is not there.

18    Right?  The choice screen is not such a great idea for them.

19            So in terms of the partners, we have the --

20    Eddy Cue from Apple and Mitchell Baker from Mozilla saying,

21    Choice screen is not what we wanted.

22            And if you think about the discussion when a

23    choice screen did come up, what was the answer?  It doesn't

24    work for us, we're not getting the incremental sales, right?

25    That was the answer about the choice screen.

1          That's exactly what economics tells us you'd

2     expect the answer to be, right?

3          When they say, well, that's Google, they used

4     their market power to squash choice screen.

5          But these other guys, they don't choose the choice

6     screen either, right?  The other players in the marketplace

7     haven't chosen the choice screen.

8          Another reason why you wouldn't see a choice

9     screen per se, because let's assume I set up a choice --

10    I have a choice screen, and then I go to Google and say,

11    hey, pay to be on this choice screen.

12         You know what Google is going to say?  You're

13    going to have a choice screen and not put me on it?  You're

14    going to tell your users Google Search is not one of the

15    choices they can make?

16         Doesn't put the partner in a real good -- it's

17    like giving the generic ketchup the default, right, or the

18    shelf space.  It's not a very good threat against Google,

19    because giving Bing the default is not as bad, because then

20    people know they can change it back to Google.

21         But if you have a choice screen that claims to

22    give the choices, not putting Google on it seems like a

23    pretty bad option, it's not a very good choice screen if it

24    doesn't have Google.  That really weakens your ability to

25    bargain with Google.

1    BY MR. SCHMIDTLEIN:

2        Q    Would you expect a choice screen to enhance

3    overall competition in search?

4        A    No.  For the reasons we talked about.  Less price

5    competition, worse design from the user's perspective.

6            Finally, the evidence we're going to look at in a

7    bit tells is it wouldn't switch much to rivals either.  So

8    it really doesn't have any of the -- doesn't have a whole

9    lot going for it.

10           That's it, right?

11           MR. SCHMIDTLEIN:  All right.  Your Honor, I think

12   we're at a logical breaking point for now.

13           THE COURT:  Okay.  So we've reached Slide 76.

14   Okay.  Great.

15           THE WITNESS:  Sorry, I didn't go slide by slide.

16           THE COURT:  That's fine.  I just wanted to make

17   sure I was confirming where we were.

18           Okay.  Terrific.  Let's take our lunch break now.

19   We'll resume at 1:40.

20           Professor, I'll just ask you again not to discuss

21   your testimony with anyone over the break, all right?  Thank

22   you, sir.

23           I'll ask you to step outside for a moment.

24           All right.  Mr. Schmidtlein, what's your current

25   thinking in terms of timing for the rest of the day?

```
 1    I mean, I've contributed to the longer examination,

 2    I appreciate that, but...

 3              MR. SCHMIDTLEIN:  Yeah.

 4              No, I think a lot of the concepts that were

 5    discussed this morning, I think, will facilitate a faster

 6    direct in the afternoon.  And so I'm hoping that we will --

 7    we're certainly going to get done today.

 8              THE COURT:  Right.

 9              MR. SCHMIDTLEIN:  But I'm hoping we're going to be

10    pretty close to being done hopefully by around the 3:00 or

11    so break.  We'll see how quickly we can move things along.

12              THE COURT:  Okay.  All right.  I was just curious.

13              Okay.  Anything before we adjourn?

14              MR. DINTZER:  Not from the DOJ Plaintiffs,

15    Your Honor.

16              THE COURT:  All right.  Thank you, all.  We'll see

17    you shortly.

18              COURTROOM DEPUTY:  All rise.

19              This Court stands in recess.

20              (Recess from 12:40 p.m. to 1:40 p.m.)

21

22

23

24

25
```

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that

the foregoing is a correct transcript from the record of

proceedings in the above-titled matter.


Date:__November 13, 2023____    

                        William P. Zaremba, RMR, CRR

9804

**BY MR.
SCHMIDTLEIN: [24]**
9681/4 9681/25
9684/13 9685/23
9686/8 9692/20 9693/7
9696/11 9698/18
9709/16 9712/23
9719/21 9731/1
9740/13 9747/17
9756/1 9758/8 9774/4
9781/20 9783/20
9788/17 9791/18
9797/15 9801/1

**COURTROOM
DEPUTY: [7]** 9679/2
9679/6 9680/14
9680/17 9740/6 9740/9
9802/18

**MR. DINTZER: [6]**
9679/17 9679/21
9680/3 9680/6 9684/9
9802/14

**MR. SCHMIDTLEIN:
[13]** 9680/11 9680/25
9684/6 9685/21 9686/4
9695/6 9730/25
9739/20 9797/5 9797/8
9801/11 9802/3 9802/9

**THE COURT: [62]**
9679/4 9679/13
9679/20 9680/1 9680/4
9680/10 9680/18
9680/21 9680/23
9681/20 9684/10
9685/22 9691/23
9692/19 9693/1 9695/5
9695/7 9707/6 9711/5
9716/2 9716/5 9718/13
9727/6 9727/19
9728/21 9730/24
9739/24 9740/5
9740/11 9745/19
9746/11 9753/14
9754/10 9754/12
9754/14 9754/20
9757/23 9771/5
9771/10 9771/16
9771/21 9771/24
9776/8 9781/19
9783/11 9787/2 9787/7
9788/9 9788/15 9791/4
9793/5 9794/11 9795/9
9796/10 9796/18
9797/6 9797/13
9801/13 9801/16
9802/8 9802/12
9802/16

**THE WITNESS: [41]**
9680/20 9680/22
9681/21 9692/5 9693/2
9695/13 9707/16
9711/7 9716/4 9716/16
9718/17 9727/13
9727/20 9729/1 9740/4
9745/21 9746/15
9754/2 9754/11
9754/13 9754/15

9771/7 9771/11
9771/20 9771/22
9772/1 9776/9 9783/12
9787/5 9787/10
9788/10 9788/16
9791/9 9793/7 9794/12
9795/15 9796/14
9796/19 9801/15

**$**

**$15 [2]** 9794/10
9794/13

**'**

**'14 [1]** 9724/16
**'17 [1]** 9724/16

**.**

**.com [1]** 9734/10

**0**

**0340 [1]** 9676/4

**1**

**1.50 [1]** 9786/14
**10 [3]** 9765/21 9777/17
9795/1
**10 percent [1]** 9792/24
**100 [7]** 9762/4 9762/5
9762/6 9765/20
9780/12 9787/23
9794/20
**100 percent [2]**
9736/10 9762/3
**10036-6710 [1]**
9676/15
**10:00 [6]** 9794/6
9794/7 9794/9 9794/10
9794/13 9795/8
**10:55 [1]** 9739/25
**10:56 [1]** 9740/8
**110 [2]** 9794/25
9794/25
**1100 [1]** 9676/3
**1133 [1]** 9676/14
**11:00 [1]** 9794/11
**11:15 [1]** 9740/1
**11:17 [1]** 9740/8
**12:40 [1]** 9802/20
**13 [2]** 9675/5 9803/7
**1300 [1]** 9676/9
**14 [1]** 9762/20
**140 [2]** 9794/21
9794/23
**15 [1]** 9736/6
**15 percent [2]** 9736/2
9736/11
**17 [11]** 9709/17
9709/21 9777/5 9777/9
9777/11 9777/13
9777/23 9777/24
9778/10 9780/14
9780/20
**18 percent [1]** 9782/21
**1981 [1]** 9681/12
**1983 [1]** 9682/4
**1986 [1]** 9681/19
**1:40 [2]** 9801/19

**2**

**20 [4]** 9787/20 9787/21
9787/23 9794/25
**20 percent [8]** 9735/23
9736/8 9736/10
9765/14 9765/17
9765/18 9794/22
9794/23
**20-3010 [2]** 9675/4
9679/7
**2000 [2]** 9693/18
9693/23
**20001 [1]** 9677/8
**2001 [1]** 9693/18
**20024 [1]** 9677/3
**2003 [1]** 9693/18
**2009 [1]** 9739/10
**2010 [4]** 9739/11
9765/3 9765/25 9766/8
**2010s [2]** 9734/12
9773/17
**2011 [5]** 9734/22
9735/1 9736/19
9736/25 9737/5
**2013 [1]** 9762/14
**2014 [6]** 9732/13
9732/13 9732/19
9734/4 9734/20
9734/21
**2016 [4]** 9737/21
9766/3 9766/5 9766/9
**202 [3]** 9676/4 9677/4
9677/9
**2021 [1]** 9762/14
**2023 [2]** 9675/5 9803/7
**212 [1]** 9676/15
**2200 [1]** 9676/14
**27 [1]** 9777/17
**2793 [1]** 9676/15

**3**

**3 percent [1]** 9736/11
**30 [2]** 9777/17 9779/20
**301 [1]** 9682/13
**3010 [2]** 9675/4 9679/7
**307-0340 [1]** 9676/4
**3249 [1]** 9677/4
**33 [12]** 9777/6 9777/16
9777/25 9778/3 9778/5
9778/12 9778/15
9778/16 9779/5
9779/14 9779/20
9780/24
**33 percent [4]** 9779/9
9779/10 9779/11
9781/16
**333 [1]** 9677/8
**335-2793 [1]** 9676/15
**354-3249 [1]** 9677/9
**36 [1]** 9785/15
**38 [1]** 9781/21
**39 [1]** 9675/7
**3:00 [1]** 9802/10

**4**

**40 [2]** 9683/7 9794/21

**47 [1]** 9751/22

**5**

**50 [17]** 9776/13
9776/17 9776/25
9777/1 9777/1 9777/1
9777/2 9777/7 9778/9
9780/13 9780/14
9780/19 9782/16
9783/2 9787/14
9787/17 9787/18
**5000 [1]** 9677/4
**508-6000 [1]** 9676/11

**6**

**6000 [1]** 9676/11
**65 [1]** 9683/18
**67 [2]** 9778/21 9781/6
**6710 [1]** 9676/15
**680 [1]** 9677/3
**69 [2]** 9786/13 9786/16

**7**

**70 [2]** 9683/18 9785/13
**720 [1]** 9676/11
**76 [1]** 9801/13
**77 [1]** 9797/12
**78 percent [1]** 9762/21
**7th [1]** 9676/10

**8**

**8 of [1]** 9765/21
**8 percent [1]** 9765/20
**80 [3]** 9765/21 9787/23
9787/23
**80 percent [6]** 9736/4
9736/5 9736/6 9737/13
9737/15 9737/18
**80203 [1]** 9676/10
**814 [1]** 9763/1
**89 percent [1]** 9713/8

**9**

**90 [2]** 9786/14 9787/20
**99 [2]** 9762/7 9762/8
**9:30 [1]** 9675/6

**A**

**a.m [2]** 9675/4 9740/8
**ability [38]** 9688/2
9689/2 9690/24 9700/8
9701/5 9701/7 9704/10
9713/22 9715/5
9715/11 9716/6 9716/9
9716/13 9716/17
9716/19 9716/20
9717/19 9717/25
9718/1 9721/22 9726/2
9726/4 9726/5 9726/23
9728/2 9730/10
9730/11 9742/22
9742/25 9743/2 9754/9
9769/7 9769/12 9770/6
9773/7 9774/1 9779/9
9800/24
**able [18]** 9688/3
9700/14 9713/12
9717/14 9718/14

9769/22 9772/21
9779/19 9779/20
9779/21 9780/6
9782/18 9782/18
9782/21 9782/22
9798/18
**about [170]**
**above [1]** 9774/16
9803/4
**above-titled [1]** 9803/4
**absent [2]** 9730/6
9746/9
**Absolutely [2]** 9698/21
9748/24
**Academy [1]** 9683/11
**access [16]** 9700/23
9700/23 9720/24
9721/2 9721/4 9734/7
9750/16 9750/18
9751/12 9751/13
9752/19 9756/8
9756/10 9760/15
9760/24 9761/2
**accessing [4]** 9720/20
9750/7 9750/12
9755/12
**accomplish [1]**
9711/13
**according [1]** 9789/15
**account [5]** 9741/3
9742/6 9742/20
9744/23 9745/7
**accounted [1]** 9734/19
**accounts [2]** 9765/14
9782/6
**accrue [1]** 9688/7
**across [1]** 9694/12
**act [3]** 9733/10
9750/11 9750/19
**action [2]** 9679/7
9740/25
**actions [1]** 9794/17
**actual [10]** 9726/7
9755/21 9771/6
9771/24 9779/7
9779/13 9779/18
9782/10 9789/11
9790/1
**actually [37]** 9681/21
9684/16 9684/18
9690/16 9692/24
9694/17 9701/4
9708/17 9709/6
9712/13 9714/3 9714/4
9714/21 9715/17
9718/1 9720/16
9726/14 9730/11
9730/17 9730/22
9731/6 9742/14 9751/8
9751/15 9751/24
9752/12 9754/3 9755/8
9755/18 9766/8 9770/6
9770/14 9770/14
9775/1 9782/14 9784/4
9789/13
**ad [1]** 9699/6
**add [1]** 9797/7

9805

**adding [1]** 9719/8
**address [6]** 9695/16
9695/17 9695/21
9695/25 9696/22
9732/9
**adjourn [1]** 9802/13
**adjusted [1]** 9781/21
**adjusting [1]** 9773/8
**adjustment [1]**
9775/11
**admitted [1]** 9789/17
**adopt [2]** 9690/15
9730/14
**adopted [2]** 9694/4
9730/15
**advantages [1]**
9707/15
**advertising [2]**
9704/11 9704/12
**affect [11]** 9689/20
9689/20 9691/6
9691/11 9693/14
9741/22 9742/22
9743/2 9749/2 9749/6
9757/9
**affected [1]** 9688/1
**affects [6]** 9692/11
9692/14 9740/25
9741/2 9742/2 9743/13
**after [4]** 9679/24
9739/25 9774/22
9777/13
**afternoon [2]** 9718/25
9802/6
**again [37]** 9680/8
9687/22 9689/7
9689/17 9690/7
9695/20 9702/4 9703/4
9710/8 9717/16
9726/1 9727/5 9730/1
9739/2 9740/10
9747/22 9748/18
9750/14 9752/24
9756/25 9758/12
9758/16 9762/2
9763/25 9766/12
9766/21 9768/22
9769/7 9780/4 9780/10
9782/3 9783/24
9788/22 9795/25
9801/20
**against [21]** 9702/14
9702/24 9712/6
9719/11 9719/12
9719/12 9724/23
9743/18 9743/19
9748/6 9769/9 9771/8
9772/25 9775/9
9776/18 9777/18
9778/17 9779/5
9780/15 9780/22
9800/18
**age [1]** 9683/7
**aggressively [2]**
9719/16 9727/15
**ago [5]** 9683/8 9698/24

9758/10
**agree [4]** 9713/23
9721/11 9754/15
9783/21
**agreed [5]** 9775/2
9775/4 9785/15
9785/17 9785/20
**agreeing [2]** 9786/1
9791/21
**agreement [15]** 9718/8
9750/5 9750/12 9754/6
9754/25 9755/3 9756/4
9767/25 9768/19
9768/20 9769/8
9776/19 9776/19
9778/12 9795/14
**agreements [60]**
9686/18 9687/3 9687/9
9687/13 9687/14
9687/15 9687/18
9687/20 9687/24
9688/1 9688/16
9688/19 9688/21
9688/23 9688/24
9689/1 9689/11
9689/16 9689/20
9690/11 9691/17
9691/21 9693/14
9694/5 9694/6 9696/8
9713/21 9714/3
9714/14 9719/23
9720/14 9720/15
9720/20 9721/18
9733/6 9733/18
9735/15 9740/15
9749/17 9750/10
9750/24 9751/20
9752/22 9752/23
9753/9 9753/11
9753/19 9756/24
9757/7 9757/10
9757/11 9761/23
9761/25 9767/15
9767/17 9767/21
9776/14 9777/3
9795/11 9797/2
**agrees [2]** 9714/6
9727/9
**ahead [1]** 9797/13
**aided [1]** 9677/10
**ain't [2]** 9772/17
9781/16
**al [2]** 9675/3 9679/7
**alienate [1]** 9770/3
**align [1]** 9768/18
**all [64]** 9679/2 9679/15
9680/18 9680/23
9683/20 9684/10
9684/24 9686/20
9691/12 9691/19
9693/11 9696/2
9697/23 9700/12
9705/6 9708/6 9711/11
9725/19 9726/25
9728/19 9732/3
9733/15 9734/11
9739/8 9739/25 9740/6

9758/10
9741/18 9741/24
9745/2 9746/17 9749/3
9751/14 9751/21
9754/10 9756/19
9758/5 9760/23
9764/18 9765/18
9768/6 9768/23
9769/10 9770/3 9772/9
9773/4 9774/5 9781/25
9787/18 9791/13
9794/4 9794/14
9794/24 9795/1 9797/5
9798/10 9801/11
9801/21 9801/24
9802/16 9802/18
**all right [2]** 9680/23
9801/21
**allegation [1]** 9734/15
**allocation [1]** 9723/8
**allow [7]** 9701/2
9701/25 9703/25
9704/7 9730/3 9754/6
9756/18
**allowing [1]** 9714/4
9730/17
**allows [6]** 9699/11
9704/5 9713/13
9714/21 9719/19
9723/7
**alluded [1]** 9727/7
**along [8]** 9697/15
9719/15 9721/5 9723/4
9748/19 9752/9
9768/19 9802/11
**already [6]** 9727/18
9728/23 9740/23
9741/19 9742/24
9752/15
**also [50]** 9682/20
9682/24 9683/9 9687/7
9694/2 9694/14 9698/1
9699/11 9700/22
9702/7 9705/5 9705/24
9707/24 9708/5 9708/5
9708/9 9710/7 9710/22
9711/14 9714/7 9719/3
9721/21 9723/3
9723/24 9724/10
9725/10 9727/1
9727/24 9728/14
9736/15 9737/22
9738/11 9742/22
9743/3 9755/6 9756/23
9757/3 9757/17
9758/10 9764/11
9764/15 9764/19
9766/1 9768/10
9776/18 9776/25
9779/25 9782/7
9788/18 9799/8
**alternative [11]**
9690/22 9708/1 9729/6
9756/9 9756/10
9756/18 9789/12
9797/9 9798/5 9798/7
9798/12

9745/9 9745/10 9746/6
9746/7 9747/24
9753/21 9773/25
9792/3 9795/11 9796/2
9801/8
**anybody [1]** 9706/2
**anymore [1]** 9778/12
**anyone [2]** 9740/3
9801/21
**anything [9]** 9709/1
9742/17 9746/8
9747/24 9748/20
9790/25 9792/5
9793/11 9802/13
**anyway [8]** 9733/20
9736/6 9736/7 9737/19
9760/22 9792/4 9792/6
9793/22
**app [22]** 9700/24
9701/17 9701/21
9702/13 9707/23
9755/4 9757/9 9757/16
9757/19 9758/4 9758/7
9759/14 9764/15
9764/16 9784/7
9784/20 9784/22
9784/25 9785/1 9785/4
9785/4 9785/7
**appeal [1]** 9747/24
**appear [1]** 9686/2
**APPEARANCES [2]**
9675/11 9676/16
**apple [71]** 9687/17
9701/14 9706/2
9714/15 9723/11
9723/22 9728/1 9728/7
9728/16 9729/8 9729/9
9729/19 9731/9
9731/10 9732/2 9742/2
9742/5 9742/12
9742/13 9742/16
9742/19 9743/1 9743/6
9743/12 9743/14
9743/14 9743/17
9743/20 9743/24
9744/1 9744/24 9746/7
9746/15 9746/22
9748/6 9748/16
9748/17 9749/8 9749/9
9752/21 9753/9
9753/20 9754/23
9755/1 9755/1 9755/8
9755/22 9755/25
9758/11 9758/17
9761/21 9772/8
9772/12 9772/20
9772/24 9773/12
9773/16 9773/21
9773/25 9783/22
9783/22 9784/1 9784/4
9784/6 9784/6 9784/25
9785/1 9785/14 9792/2
9798/15 9799/20
**Apple's [13]** 9724/8
9731/15 9731/16
9732/1 9732/3 9742/4
9742/8 9742/25 9743/3
9744/22 9747/18

9758/10
**alternatives [2]**
9701/12 9725/11
9751/9 9790/10
9790/14 9790/17
**although [5]** 9689/12
9692/7 9692/15 9724/6
9724/9
**always [6]** 9690/20
9697/11 9697/12
9708/10 9761/13
9785/7
**am [2]** 9681/16 9692/5
**AMERICA [2]** 9675/3
9679/7
**American [2]** 9683/6
9683/11
**Americas [1]** 9676/14
**AMIT [2]** 9675/9 9679/3
**Amit P [1]** 9679/3
**among [4]** 9702/1
9703/8 9703/20
9761/24
**amount [13]** 9736/9
9737/7 9755/8 9758/23
9758/25 9759/8
9760/17 9765/19
9766/12 9767/20
9773/18 9773/19
9796/20
**amounted [1]** 9763/3
**analogous [1]** 9784/1
**analysis [15]** 9689/5
9692/5 9692/9 9692/10
9727/12 9737/22
9766/2 9768/24 9769/1
9771/5 9776/1 9786/10
9788/21 9789/14
9792/16
**analytics [1]** 9685/12
**analyze [2]** 9686/17
9687/9
**Android [3]** 9687/15
9687/20 9688/21
**angles [1]** 9699/6
**another [16]** 9690/10
9700/23 9705/4
9707/22 9710/9 9719/9
9739/21 9743/19
9744/19 9750/17
9752/9 9755/20
9764/13 9768/17
9782/25 9800/8
**answer [7]** 9731/13
9743/25 9760/13
9795/4 9799/23
9799/25 9800/2
**answers [1]** 9709/23
**anticipated [1]**
9719/22
**anticompetitive [1]**
9790/2
**antitrust [4]** 9676/8
9682/25 9683/23
9684/2
**antitrusts [1]** 9691/12
**any [17]** 9683/3 9691/9
9707/2 9716/12
9722/19 9726/10

9806

# A

**Apple's... [2]** 9748/1 9754/13
**apply [2]** 9685/9 9685/9
**appreciate [1]** 9802/2
**approach [5]** 9685/21 9686/20 9686/20 9733/25 9782/9
**appropriate [1]** 9774/8
**approximate [2]** 9762/10 9763/20
**approximation [1]** 9683/17
**apps [5]** 9757/21 9757/22 9757/25 9758/1 9764/17
**are [120]** 9685/15 9685/25 9686/5 9686/25 9688/15 9688/22 9688/24 9689/16 9690/9 9690/11 9690/16 9690/21 9691/12 9692/2 9692/3 9692/8 9696/17 9696/24 9697/23 9698/9 9703/3 9703/8 9703/14 9704/2 9704/22 9706/6 9707/24 9709/9 9712/1 9712/19 9715/8 9715/23 9716/22 9717/18 9717/22 9717/25 9718/13 9718/14 9718/21 9719/5 9719/20 9722/2 9726/3 9726/5 9726/6 9727/9 9727/11 9727/14 9728/19 9729/14 9732/8 9732/9 9732/9 9733/6 9734/1 9735/2 9738/14 9741/1 9741/5 9741/15 9741/25 9744/1 9745/13 9745/15 9746/2 9746/24 9748/21 9749/3 9749/13 9749/15 9750/21 9750/24 9751/16 9753/6 9755/12 9755/13 9757/6 9757/10 9758/2 9759/10 9759/13 9759/15 9761/6 9761/10 9761/16 9761/22 9761/22 9761/25 9763/15 9764/9 9764/16 9765/2 9766/14 9766/15 9766/25 9767/15 9769/15 9770/9 9774/17 9780/2 9781/14 9782/6 9783/16 9784/15 9785/6 9785/7 9786/13 9787/2 9788/1 9788/23 9788/25 9788/25 9790/18 9791/10

9795/7 9795/18 9796/3 9798/23
**area [4]** 9735/17 9735/18 9747/9 9764/6
**areas [4]** 9688/12 9688/15 9733/22 9735/21
**aren't [2]** 9754/3 9760/19
**argument [4]** 9732/24 9740/20 9748/22 9749/14
**arguments [2]** 9713/20 9753/15
**arise [2]** 9726/10 9795/14
**arisen [1]** 9745/2
**around [8]** 9682/21 9691/5 9694/1 9694/3 9709/20 9761/15 9785/2 9802/10
**arrangement [6]** 9700/1 9744/25 9750/5 9753/2 9754/1 9771/4
**arrangements [3]** 9701/25 9732/11 9732/21
**Arts [1]** 9683/11
**as [100]** 9683/25 9684/7 9684/11 9685/25 9686/4 9686/21 9687/5 9690/2 9690/4 9691/8 9692/3 9692/6 9694/6 9694/22 9695/4 9695/9 9696/12 9697/24 9698/5 9698/10 9700/15 9701/7 9701/23 9702/2 9702/13 9704/25 9706/18 9707/14 9711/1 9712/1 9712/20 9712/24 9713/5 9713/18 9716/5 9717/12 9718/10 9718/13 9721/5 9724/12 9728/11 9728/13 9728/13 9729/7 9729/16 9729/16 9730/5 9730/7 9732/6 9733/4 9734/8 9735/24 9736/3 9736/25 9738/1 9739/14 9742/4 9742/9 9746/13 9747/19 9749/1 9752/3 9757/15 9760/1 9760/7 9763/5 9764/10 9764/16 9766/11 9767/9 9769/21 9770/7 9771/20 9772/13 9774/12 9775/24 9783/2 9786/11 9788/7 9788/20 9789/10 9789/18 9789/21 9789/22 9790/2 9791/4 9791/4 9791/4 9791/5 9793/20 9793/21

9795/14 9797/9 9798/5 9798/6 9799/9 9799/10 9800/19
**ask [20]** 9686/10 9687/2 9688/22 9688/25 9689/1 9689/22 9690/9 9690/10 9691/13 9691/25 9692/3 9716/3 9727/20 9740/2 9750/9 9750/19 9790/5 9795/9 9801/23 9801/23
**asked [4]** 9717/8 9736/20 9762/22 9781/12
**aspect [4]** 9687/4 9696/8 9701/5 9771/12 9769/4
**aspects [2]** 9687/13 9769/4
**assessing [1]** 9687/12
**assessment [1]** 9766/2
**assignment [2]** 9686/14 9688/10
**assist [1]** 9685/18
**associate [1]** 9775/15
**associated [3]** 9693/25 9704/22 9732/25
**assume [5]** 9692/18 9744/20 9794/20 9795/10 9800/9
**assumes [1]** 9776/15
**assuming [2]** 9731/16 9788/10
**assumptions [1]** 9780/12
**attract [2]** 9712/2 9713/14
**attractive [1]** 9745/8
**attributable [1]** 9736/12
**attributed [1]** 9738/22
**authored [1]** 9683/13
**automatically [1]** 9774/17
**AutoZone [1]** 9761/19
**availability [1]** 9703/12
**available [4]** 9760/1 9760/20 9774/15 9785/1
**Avenue [3]** 9676/14 9677/3 9677/8
**awarded [1]** 9683/6
**awards [1]** 9683/3
**away [12]** 9682/17 9695/2 9713/7 9721/3 9729/15 9737/21 9764/19 9767/10 9770/6 9786/21 9788/24 9793/17

# B

**BA [1]** 9681/12
**back [33]** 9693/9 9693/17 9693/18 9693/23 9693/23 9695/15 9696/9 9698/4 9698/14 9714/18

9720/3 9720/19 9724/18 9728/7 9735/1 9735/4 9737/14 9739/10 9739/10 9739/12 9749/8 9753/12 9757/21 9765/3 9767/24 9773/13 9784/7 9785/3 9789/8 9789/10 9800/20
**background [1]** 9681/11
**bad [10]** 9731/25 9732/1 9755/16 9760/8 9760/10 9760/14 9760/16 9780/1 9800/19 9800/23
**Baker [3]** 9724/3 9724/6 9799/20
**balances [1]** 9787/23
**ball [1]** 9773/24
**ballpark [1]** 9763/24
**bananas [2]** 9786/13 9786/16
**bank [1]** 9706/18
**bar [7]** 9695/17 9695/18 9695/21 9695/25 9762/24 9765/4 9765/6
**bargain [1]** 9800/25
**bargaining [4]** 9744/2 9746/25 9747/11 9748/3
**Barrett [1]** 9677/7
**barriers [6]** 9716/12 9727/9 9727/12 9727/17 9728/4 9728/24
**bars [1]** 9695/9
**base [3]** 9706/24 9778/6 9785/23
**baseball [1]** 9792/22
**based [16]** 9703/3 9704/5 9704/8 9722/11 9723/5 9723/12 9725/15 9731/23 9746/5 9751/15 9777/4 9782/18 9783/8 9784/14 9784/23 9795/20
**bases [1]** 9732/6
**basic [2]** 9791/25 9797/25
**basically [19]** 9694/3 9694/12 9699/12 9710/16 9723/17 9724/4 9726/19 9737/21 9740/24 9742/12 9749/25 9750/2 9751/25 9765/11 9765/13 9783/10 9784/18 9788/23 9791/23
**basis [1]** 9785/4
**bat [1]** 9778/24
**Bates [1]** 9683/5
**be [138]**
**bear [2]** 9741/7 9741/8

9795/7 9795/18 9796/3 9798/23
**area [4]** 9735/17

# because [147]

**Becker [1]** 9682/16
**been [20]** 9682/18 9683/22 9683/25 9694/1 9694/2 9710/12 9724/8 9732/16 9736/20 9737/3 9738/20 9745/22 9755/21 9764/6 9764/7 9764/8 9767/1 9772/19 9797/3 9798/9
**before [19]** 9675/9 9680/1 9680/14 9684/16 9707/6 9708/15 9718/10 9719/1 9727/2 9732/13 9734/13 9751/19 9760/7 9766/8 9768/3 9778/17 9789/22 9798/17 9802/13
**beginning [2]** 9739/10 9739/12
**behalf [3]** 9679/10 9679/12 9684/4
**being [6]** 9712/15 9739/15 9786/5 9786/25 9792/7 9802/10
**believe [5]** 9719/22 9745/3 9745/9 9760/15 9768/25
**believes [2]** 9731/9 9731/10
**BELKNAP [1]** 9676/13
**BENCH [1]** 9675/9
**benefit [9]** 9697/18 9698/5 9717/19 9743/24 9743/25 9746/17 9746/20 9767/20 9781/14
**benefits [21]** 9688/6 9688/7 9691/4 9691/4 9705/2 9705/3 9718/18 9718/23 9718/24 9741/18 9742/6 9744/1 9744/2 9744/11 9746/21 9767/17 9781/3 9788/1 9788/4 9788/5 9788/10
**Bernheim [1]** 9749/20
**best [13]** 9708/20 9709/14 9717/20 9723/18 9729/24 9731/11 9731/17 9731/17 9749/5 9749/10 9768/17 9798/20
**better [35]** 9698/3 9698/3 9704/12 9704/14 9705/20 9706/22 9708/1 9711/12 9713/13 9715/1 9715/7 9716/24 9717/4 9719/14 9719/14 9719/18 9727/21 9727/22 9727/23 9728/10 9730/5 9730/9 9730/20

**B**

**better... [12]** 9730/21 9731/23 9731/24 9742/18 9748/3 9755/22 9771/14 9772/14 9773/23 9778/14 9779/17 9780/4

**between [11]** 9692/12 9692/15 9696/13 9698/16 9712/25 9714/22 9724/16 9728/7 9761/18 9784/22 9786/7

**bias [1]** 9789/4

**bid [3]** 9791/16 9799/9 9799/11

**bidding [1]** 9799/11

**big [11]** 9694/20 9706/5 9721/12 9726/17 9728/8 9734/8 9743/8 9743/8 9744/8 9766/8 9786/18

**bigger [6]** 9721/10 9729/21 9742/19 9763/24 9764/11 9783/13

**biggest [1]** 9791/23

**billboard [6]** 9792/21 9792/22 9792/23 9793/1 9793/2 9793/4

**billion [1]** 9785/23

**billion-dollar [1]** 9785/23

**binder [3]** 9685/24 9686/6 9709/20

**Bing [46]** 9694/7 9694/7 9694/8 9701/18 9701/19 9702/21 9703/9 9703/23 9715/7 9716/11 9725/3 9725/6 9725/9 9725/11 9728/13 9746/16 9746/18 9746/23 9752/6 9752/8 9753/18 9753/22 9753/23 9754/7 9755/4 9756/12 9761/13 9761/16 9761/16 9761/17 9761/20 9762/17 9763/12 9763/17 9763/17 9765/7 9765/12 9766/25 9767/1 9767/8 9768/12 9772/19 9779/10 9779/11 9779/21 9800/19

**Bing's [5]** 9737/23 9738/2 9762/15 9762/15 9766/2

**bit [12]** 9698/24 9718/6 9734/22 9739/22 9742/24 9775/8 9782/7 9785/17 9786/15 9789/9 9789/11 9801/7

**BlackBerry [1]** 9766/18

**BlackBerry RIM [1]** 9766/18

**blanket [1]** 9700/4

**blocked [1]** 9739/2

**blocking [2]** 9751/12 9751/13

**board [1]** 9694/13

**bookmark [11]** 9752/8 9755/7 9755/9 9759/1 9759/3 9759/6 9759/8 9759/9 9773/13 9792/18 9795/22

**bookmarks [1]** 9755/6

**Booth [1]** 9681/24

**both [20]** 9681/23 9682/10 9684/3 9687/6 9697/13 9699/10 9702/10 9703/10 9703/11 9708/16 9711/13 9719/5 9719/6 9722/22 9743/1 9755/11 9756/16 9778/17 9779/24 9798/15

**bottom [4]** 9725/9 9756/15 9756/16 9774/12

**bound [1]** 9788/7

**box [10]** 9696/1 9699/3 9699/8 9700/6 9700/6 9700/12 9700/13 9726/23 9738/7 9798/20

**boxes [2]** 9686/7 9686/10

**Brave [2]** 9694/7 9694/8

**break [6]** 9739/23 9740/3 9797/14 9801/18 9801/21 9802/11

**breaking [1]** 9801/12

**bring [2]** 9704/2 9769/14

**brings [2]** 9704/16 9704/20

**brisk [1]** 9718/10

**broad [2]** 9688/12 9717/10

**broader [5]** 9692/13 9733/2 9743/12 9789/3 9789/6

**Broadway [1]** 9676/9

**brought [1]** 9703/4

**browse [2]** 9699/7 9700/14

**browser [95]** 9687/14 9687/16 9687/17 9688/16 9691/21 9693/12 9693/20 9693/25 9694/8 9696/8 9696/20 9696/20 9696/23 9697/1 9697/4 9697/7 9697/10 9697/13 9697/16 9697/17 9697/21 9697/21 9698/1 9698/3 9698/8 9698/10 9698/13 9698/19 9698/25 9699/4

**blocked [1]** 9700/4 9699/22 9699/24 9700/11 9701/6 9701/13 9701/21 9705/12 9705/20 9706/1 9706/2 9706/16 9706/21 9706/22 9706/23 9707/3 9707/22 9708/18 9708/21 9708/23 9709/24 9712/25 9713/1 9713/11 9713/13 9714/16 9715/10 9719/23 9722/1 9722/11 9724/10 9724/22 9725/1 9725/13 9731/11 9732/22 9733/4 9734/12 9735/15 9744/16 9745/21 9749/15 9749/17 9750/24 9751/6 9751/10 9752/3 9754/21 9756/3 9756/21 9757/10 9761/24 9762/18 9767/17 9768/21 9772/5 9783/3 9784/12 9784/13 9784/16 9784/23 9785/5 9788/20 9795/11

**browser-based [1]** 9784/23

**browser-provided [1]** 9687/16

**browsers [23]** 9689/14 9696/13 9696/17 9698/3 9698/15 9698/17 9699/5 9700/24 9706/3 9706/5 9706/6 9706/6 9706/8 9706/9 9706/10 9706/25 9713/6 9713/6 9713/18 9714/14 9736/1 9759/15 9759/17

**Bruce [1]** 9676/6

**build [3]** 9719/10 9727/10 9748/19

**built [1]** 9697/5

**bunch [9]** 9694/16 9712/6 9712/6 9721/1 9721/5 9738/6 9759/22 9769/19 9773/3

**business [22]** 9681/24 9682/10 9697/22 9697/24 9704/14 9705/4 9714/8 9714/11 9715/2 9722/1 9725/24 9765/24 9767/7 9770/25 9771/14 9772/21 9787/15 9787/16 9787/19 9788/4 9792/4 9792/5

**button [2]** 9695/22 9695/23

**buy [15]** 9697/3 9699/13 9699/15

**B**

9699/22 9699/24 9705/15 9722/18 9722/18 9730/10 9730/17 9730/18 9792/14 9796/4

**buyer [2]** 9743/8 9744/8

**buyers [4]** 9741/20 9741/20 9748/12 9748/12

**buys [2]** 9746/16 9746/16

**C**

**call [17]** 9699/2 9699/20 9699/20 9699/21 9700/7 9705/13 9733/8 9733/9 9736/9 9741/21 9743/9 9750/6 9774/18 9774/19 9778/23 9783/17 9789/4

**called [2]** 9738/7 9738/7

**calls [2]** 9680/13 9790/19

**came [2]** 9687/7 9696/3

**camp [1]** 9682/20

**can [146]**

**can't [42]** 9705/17 9709/18 9713/4 9717/23 9717/24 9724/25 9729/11 9730/14 9730/15 9738/1 9738/12 9742/14 9749/4 9749/11 9749/11 9749/25 9750/16 9750/17 9750/18 9753/10 9754/11 9757/1 9757/14 9757/14 9758/16 9758/22 9761/9 9762/13 9770/19 9773/18 9774/14 9775/10 9777/6 9777/7 9777/10 9778/11 9779/4 9779/15 9779/16 9780/2 9784/5 9784/7

**capacity [1]** 9725/22

**captive [1]** 9708/25

**car [12]** 9696/25 9696/25 9697/3 9699/15 9699/16 9699/17 9699/18 9699/19 9709/12 9722/18 9723/21 9723/22

**care [4]** 9691/2 9708/12 9709/3 9709/4

**career [1]** 9681/23

**careful [3]** 9785/12 9785/16 9785/16

**Carr [1]** 9676/8

**carrier [2]** 9687/15

**carriers [4]** 9687/20 9711/10 9712/6 9766/24

**carries [1]** 9749/24

**case [59]** 9686/15 9686/23 9686/24 9687/19 9689/15 9693/21 9693/22 9693/22 9695/20 9696/4 9696/4 9699/22 9703/1 9704/11 9705/10 9711/9 9711/17 9711/18 9713/5 9713/17 9713/20 9714/5 9715/17 9716/7 9717/7 9719/19 9720/19 9724/20 9728/6 9728/10 9731/21 9735/25 9738/20 9744/15 9744/24 9745/1 9748/13 9750/6 9755/21 9761/5 9762/25 9763/12 9763/12 9765/4 9765/7 9766/21 9772/5 9772/6 9774/10 9774/21 9775/10 9776/20 9781/13 9789/25 9790/22 9792/3 9795/18 9795/18 9796/13

**cases [7]** 9683/23 9698/12 9707/17 9738/3 9761/6 9774/11 9791/14

**cash [1]** 9706/18

**caught [1]** 9685/4

**cause [1]** 9718/11

**caution [2]** 9736/20 9752/24

**Cavanaugh [2]** 9676/12 9679/10

**center [2]** 9676/9 9691/5

**cents [7]** 9786/13 9786/15 9786/16 9787/17 9787/18 9787/20 9787/22

**certain [3]** 9686/5 9690/4 9749/24

**certainly [7]** 9716/10 9716/11 9748/9 9757/12 9758/6 9763/19 9802/7

**Certified [1]** 9677/6

**certify [1]** 9803/2

**CH [1]** 9677/7

**challenged [5]** 9686/18 9687/2 9687/24 9689/1 9750/10

**change [20]** 9700/8 9702/12 9707/20 9707/21 9726/12 9747/24 9752/13 9752/17 9752/19

9808

**change... [11]** 9753/24 9756/8 9761/3 9764/8 9764/10 9765/19 9765/22 9773/15 9784/5 9784/7 9800/20

**changed [1]** 9732/17

**changes [1]** 9765/10

**changing [9]** 9700/22 9701/16 9701/20 9721/12 9752/7 9753/6 9756/19 9756/20 9764/14

**characteristic [1]** 9750/4

**characteristics [1]** 9733/11

**characterization [2]** 9755/15 9760/9

**characterize [2]** 9733/12 9755/17

**chart [4]** 9709/21 9735/10 9735/13 9739/1

**cheaper [2]** 9705/7 9742/18

**check [2]** 9706/15 9706/18

**Chicago [9]** 9681/14 9681/17 9681/22 9682/3 9682/15 9682/19 9685/6 9685/6 9685/16

**chicken [1]** 9730/13

**choice [49]** 9696/9 9709/11 9720/10 9720/16 9720/23 9721/4 9721/9 9721/13 9721/15 9721/25 9726/17 9747/18 9747/22 9760/23 9761/1 9761/1 9761/3 9761/20 9764/22 9791/15 9791/16 9791/16 9792/19 9796/21 9797/9 9797/16 9797/23 9798/3 9798/9 9798/12 9798/21 9799/5 9799/10 9799/13 9799/18 9799/21 9799/23 9799/25 9800/4 9800/5 9800/7 9800/8 9800/9 9800/10 9800/11 9800/13 9800/21 9800/23 9801/2

**choices [9]** 9699/15 9701/2 9707/18 9709/13 9731/23 9743/12 9799/15 9800/15 9800/22

**choose [11]** 9690/16 9699/22 9701/5 9701/8 9722/25 9723/17 9730/7 9731/24 9793/12 9793/16 9800/5

**chooses [1]** 9800/4

**choosing [4]** 9703/8 9731/12 9731/15 9731/16

**chose [2]** 9723/18 9745/6

**chosen [3]** 9701/6 9701/7 9800/7

**Chrome [10]** 9734/15 9739/5 9739/7 9739/8 9739/12 9739/13 9739/15 9759/11 9785/6 9788/24

**Chrome's [2]** 9738/22 9739/14

**chunk [2]** 9729/17 9770/18

**circumstances [1]** 9695/1

**cites [1]** 9732/6

**Civil [1]** 9679/6

**claim [6]** 9720/19 9738/24 9740/17 9742/9 9743/23 9785/10

**claims [2]** 9777/5 9800/21

**clarifying [1]** 9691/25

**Clark [1]** 9683/5

**class [1]** 9682/23

**classes [2]** 9682/6 9686/21

**classic [8]** 9741/6 9741/9 9744/7 9757/10 9757/13 9757/14 9762/5 9795/17

**clear [11]** 9695/7 9711/21 9712/4 9712/12 9718/9 9736/24 9737/5 9744/12 9761/21 9778/3 9781/18

**clearly [7]** 9707/16 9720/23 9739/12 9742/13 9757/16 9758/22 9776/15

**click [2]** 9756/14 9756/16

**close [3]** 9786/6 9797/12 9802/10

**closed [1]** 9680/7

**closely [1]** 9689/15

**closes [1]** 9794/6

**co [2]** 9676/10 9682/16

**co-taught [1]** 9682/16

**coag.gov [1]** 9676/11

**coincidence [2]** 9710/23 9711/1

**collect [1]** 9730/20

**Collectively [1]** 9735/22

**college [1]** 9684/18

**Colorado [3]** 9676/6 9676/7 9676/9

**COLUMBIA [1]** 9675/1

**combining [1]** 9742/15

**come [21]** 9688/12 9695/3 9697/4 9698/4

9718/6 9720/5 9723/4 9726/11 9727/21 9727/23 9728/1 9744/10 9768/19 9781/5 9781/13 9782/4 9785/2 9799/23

**comes [21]** 9697/2 9697/3 9698/8 9698/25 9699/1 9701/14 9701/18 9702/22 9713/8 9719/14 9730/2 9752/3 9756/22 9757/21 9778/9 9778/12 9778/22 9780/13 9781/7 9781/6 9782/4

**coming [1]** 9713/11

**comments [1]** 9732/15

**Commission [3]** 9684/2 9684/4 9684/5

**company [1]** 9773/11

**comparable [1]** 9738/13

**compare [7]** 9699/25 9725/6 9726/7 9726/11 9726/13 9787/6 9787/25

**compared [1]** 9764/10

**comparing [2]** 9762/15 9787/2

**comparisons [1]** 9762/12

**compete [60]** 9689/3 9690/25 9691/1 9691/3 9698/9 9702/8 9702/10 9702/18 9702/24 9703/2 9703/24 9704/7 9705/21 9716/21 9717/10 9717/19 9719/11 9719/12 9719/11 9726/2 9726/4 9727/4 9727/15 9729/19 9729/21 9730/15 9730/19 9769/8 9769/9 9769/12 9769/22 9769/25 9770/18 9770/19 9770/24 9770/25 9772/15 9773/7 9773/9 9773/10 9773/12 9773/13 9775/9 9775/10 9776/15 9776/18 9777/10 9777/18 9778/2 9778/18 9778/25 9779/9 9779/19 9780/2 9780/6 9780/22 9780/24 9781/1 9781/2

**competes [1]** 9778/17

**competing [10]** 9702/11 9705/4 9712/6 9717/18 9719/12 9722/22 9777/20 9777/23 9780/3 9780/15

**competition [124]**

9686/23 9686/24 9687/6 9688/20 9689/9 9689/11 9689/20 9690/6 9690/6 9690/11 9691/3 9691/6 9691/11 9691/12 9691/14 9691/16 9691/22 9692/11 9692/14 9692/15 9693/13 9693/15 9694/11 9702/1 9702/7 9702/14 9702/14 9703/10 9703/1 9703/20 9703/21 9703/25 9704/2 9704/3 9704/4 9704/5 9704/7 9704/16 9704/20 9704/23 9705/1 9707/15 9713/22 9714/22 9715/4 9715/4 9715/6 9715/6 9715/9 9715/14 9715/16 9715/22 9715/24 9716/6 9717/2 9717/17 9717/22 9718/9 9718/10 9718/15 9718/18 9718/24 9719/2 9719/3 9719/3 9719/7 9719/9 9719/19 9721/17 9721/19 9721/23 9722/3 9722/3 9722/8 9722/16 9722/21 9722/24 9723/2 9723/3 9723/6 9725/14 9726/10 9726/17 9726/20 9727/1 9727/4 9728/2 9728/2 9730/1 9730/3 9730/6 9730/10 9730/13 9730/16 9730/22 9732/7 9732/23 9732/25 9743/6 9748/2 9748/5 9748/13 9748/15 9748/17 9748/23 9749/6 9771/6 9771/8 9771/24 9772/20 9774/22 9779/13 9779/23 9780/1 9781/3 9781/10 9781/17 9790/9 9790/12 9797/2 9801/3 9801/5

**competitional [1]** 9733/1

**competitions [1]** 9722/11

**competitive [45]** 9687/5 9687/23 9687/24 9688/17 9688/18 9688/20 9689/18 9689/22 9689/24 9690/7 9690/12 9690/12 9690/14 9690/17 9691/10 9691/17 9705/5 9712/5 9712/5 9712/14 9712/21 9714/3 9714/11

9715/5 9717/12 9718/8 9718/16 9719/24 9725/17 9725/18 9725/20 9726/5 9726/6 9727/5 9728/12 9732/10 9741/11 9741/23 9741/24 9743/15 9749/12 9770/13 9778/1 9780/7 9796/19

**competitor [2]** 9716/6 9717/12 9770/7 9770/23 9772/18

**competitors [6]** 9689/21 9718/5 9718/13 9718/21 9719/23 9769/16

**complementary [5]** 9697/12 9697/16 9705/13 9705/19 9705/24

**complements [5]** 9696/18 9697/6 9713/17 9726/24 9726/25

**completely [2]** 9781/24 9790/24

**complicated [1]** 9711/18

**computer [2]** 9677/10 9784/9

**computer-aided [1]** 9677/10

**computers [2]** 9762/19 9764/4

**concept [2]** 9706/12 9719/14

**concepts [1]** 9802/4

**conceptual [2]** 9781/25 9783/14

**conclude [1]** 9746/6

**concluded [1]** 9785/24

**conclusion [3]** 9688/16 9688/23 9745/12

**condition [1]** 9792/20

**conditional [2]** 9786/5 9791/2

**conditionals [1]** 9794/1

**conduct [2]** 9732/17 9737/22

**confidentiality [2]** 9679/24 9709/20

**confirm [1]** 9692/3

**confirming [1]** 9801/17

**confuse [1]** 9690/3

**connection [1]** 9688/9

**CONNOLLY [1]** 9677/2

**consequences [2]** 9741/8 9741/9

**conservative [2]** 9738/10 9765/13

**consider [3]** 9699/25 9744/15 9790/18

**considered [4]** 9764/2 9767/15 9790/17 9791/20

**C**

**considers** [1] 9791/2
**consistent** [1] 9692/5
**constant** [1] 9710/25
**constituency** [1]
9704/11
**constitutes** [3]
9703/24 9753/25
9779/12
**Constitution** [1]
9677/8
**constrain** [5] 9716/7
9717/24 9717/25
9718/2 9727/16
**constraint** [1] 9714/12
**constraints** [1]
9725/23
**construct** [1] 9731/20
**consumer** [5] 9676/7
9701/2 9705/18
9722/25 9768/16
**consumer's** [1] 9702/6
**consumers** [17]
9691/5 9698/20 9701/7
9717/20 9717/20
9718/18 9720/20
9731/12 9731/18
9731/19 9731/25
9732/2 9732/2 9740/16
9781/3 9781/14
9792/13
**context** [3] 9687/10
9692/13 9716/17
**continue** [1] 9724/22
**continued** [3] 9677/1
9696/9 9773/25
**continues** [1] 9718/20
**continuing** [1] 9725/10
**contract** [8] 9697/8
9773/13 9780/16
9793/3 9795/6 9796/7
9796/8 9796/11
**contracting** [3] 9794/3
9795/17 9796/5
**contracts** [2] 9755/24
9779/6
**contractual** [4]
9690/15 9690/16
9727/2 9744/25
**contradictory** [1]
9722/6
**contrast** [7] 9702/4
9737/6 9737/15
9738/16 9761/5 9780/9
9785/6
**contributed** [3] 9747/6
9747/15 9802/1
**convenient** [1] 9699/3
**convey** [1] 9698/19
**cool** [1] 9684/24
**copies** [1] 9686/11
**core** [1] 9697/10
**correct** [7] 9695/12
9754/4 9765/5 9776/10
9803/3
**cost** [19] 9704/18
9706/3 9706/10
9706/10 9707/20

9708/22 9709/7
9708/10 9710/8
9711/14 9712/3
9714/10 9717/3
9722/20 9725/22
9728/24 9772/14
**costs** [9] 9703/9
9706/12 9706/14
9712/18 9714/7 9715/1
9716/23 9727/9
9727/10
**could** [46] 9688/2
9695/10 9695/17
9695/21 9695/22
9711/10 9711/17
9725/6 9728/4 9728/16
9729/19 9729/20
9730/5 9730/9 9730/13
9731/19 9734/23
9747/2 9747/8 9754/18
9755/2 9755/25 9756/8
9756/12 9756/14
9756/14 9756/15
9757/25 9758/3
9764/11 9774/18
9777/17 9777/18
9778/4 9778/23
9778/24 9787/16
9788/3 9790/4 9791/13
9792/2 9792/2 9793/16
9795/12 9796/16
9796/24
**couldn't** [1] 9755/4
**counsel** [1] 9685/17
**count** [1] 9699/16
**counter** [1] 9741/3
**counterintuitive** [1]
9770/5
**counting** [1] 9783/18
**country** [1] 9682/21
**couple** [6] 9690/19
9713/24 9720/1 9720/1
9729/1 9729/3
**course** [4] 9682/14
9682/18 9684/23
9699/9
**courses** [2] 9682/13
9685/1
**court** [20] 9675/1
9677/5 9677/7 9679/17
9679/18 9679/22
9680/9 9682/5 9683/16
9684/10 9689/4
9713/19 9720/5 9740/6
9740/9 9740/19
9750/23 9751/22
9752/21 9802/19
**courts** [1] 9683/23
**coverage** [13] 9769/5
9769/10 9774/8 9774/9
9774/11 9774/14
9774/16 9774/23
9774/24 9775/5 9775/6
9775/15 9783/18
**covered** [4] 9735/7
9762/22 9776/13
9777/3

**create** [15] 9698/3
9707/15 9713/13
9714/21 9715/5
9715/22 9721/18
9726/24 9726/24
9727/1 9728/2 9740/15
9744/5 9745/18 9797/2
**created** [2] 9704/12
9722/4
**creates** [4] 9694/24
9697/7 9708/17
9726/21
**creating** [3] 9694/23
9698/3 9726/22
**credible** [1] 9771/3
**critical** [2] 9738/17
9738/17
**critique** [3] 9731/3
9768/24 9783/13
**cross** [2] 9678/4
9679/23
**CRR** [2] 9803/2 9803/8
**crystal** [1] 9773/24
**Cue** [4] 9723/15 9774/3
9798/15 9799/20
**cumbersome** [1]
9798/22
**curious** [2] 9707/7
9802/12
**current** [6] 9681/15
9717/14 9726/16
9727/16 9732/16
9801/24
**currently** [1] 9681/17
**customer** [7] 9699/5
9699/9 9706/24 9743/5
9743/7 9743/10
9770/22
**customers** [31]
9697/22 9699/2
9700/19 9702/10
9702/19 9702/23
9710/13 9713/14
9713/15 9722/22
9723/3 9723/4 9723/19
9723/20 9723/23
9723/23 9732/4 9742/4
9742/5 9742/6 9750/7
9750/12 9753/23
9768/6 9768/15
9769/19 9770/4 9772/9
9793/12 9793/22
9796/3
**cut** [3] 9730/16 9774/2
9777/17
**CV** [1] 9675/4

**D**

**D.C** [5] 9675/5 9676/3
9677/3 9677/8 9792/25
**dad** [3] 9708/11
9708/11 9708/19
**dark** [1] 9758/17
**data** [12] 9685/9
9685/11 9685/12
9707/2 9707/12
9711/12 9733/23

9765/2 9766/14 9777/4
**datasets** [1] 9685/11
**Date** [1] 9803/7
**day** [8] 9675/7 9699/4
9719/18 9721/19
9733/9 9758/2 9772/12
9801/25
**days** [4] 9734/7 9735/8
9736/17 9767/10
**de** [2] 9750/6 9753/5
**de facto** [2] 9750/6
9753/25
**deal** [12] 9711/16
9717/5 9723/12
9730/20 9734/8
9749/10 9753/22
9772/10 9781/6 9786/7
9788/2 9797/10
**dealing** [11] 9700/1
9701/9 9701/10 9733/4
9733/12 9733/13
9749/21 9749/23
9750/4 9757/11
9762/11
**deals** [14] 9725/20
9735/20 9736/16
9738/4 9738/8 9745/15
9745/16 9745/19
9745/21 9748/3 9764/1
9774/7 9786/4 9786/20
**decide** [3] 9722/17
9792/2 9792/2
**decision** [10] 9693/19
9742/2 9744/22
9746/16 9746/22
9785/23 9786/18
9786/25 9798/1
9798/23
**decision-making** [1]
9786/25
**decisions** [6] 9693/13
9722/19 9732/3
9744/17 9746/7 9749/2
**default** [207]
**defaults** [43] 9693/12
9694/16 9694/17
9698/19 9698/23
9700/4 9703/12
9703/25 9704/2
9704/22 9707/9
9707/17 9715/5
9715/23 9716/15
9717/25 9720/9
9720/10 9720/18
9721/16 9721/20
9722/7 9722/11
9724/21 9725/13
9726/17 9726/22
9727/2 9733/4 9734/12
9735/7 9737/23 9745/1
9749/15 9749/17
9750/19 9763/12
9763/19 9764/2
9769/15 9772/3 9772/4
9774/22
**Defendant** [3] 9675/7
9677/2 9681/2

**DEFENDANT'S** [1]
9678/5
**define** [1] 9790/5
**defined** [1] 9790/20
**definitely** [1] 9690/5
**definition** [3] 9759/20
9778/14 9791/1
**definitions** [4] 9692/4
9692/6 9692/8 9791/13
**definitive** [1] 9774/20
**degree** [2] 9761/24
9764/3
**demand** [2] 9741/16
9741/18
**Denver** [1] 9676/10
**department** [9] 9676/2
9676/7 9681/22
9681/23 9682/11
9682/12 9684/1 9684/3
9716/25
**depend** [1] 9692/17
**depended** [1] 9786/25
**depending** [2] 9703/15
9762/6
**depends** [1] 9695/13
**depict** [1] 9766/20
**depicts** [1] 9751/23
**depth** [1] 9722/15
**describe** [2] 9758/13
9768/25
**described** [3] 9716/5
9718/14 9771/25
**description** [1]
9757/13
**design** [13] 9693/13
9693/24 9694/3
9694/14 9696/6 9696/9
9699/14 9699/16
9699/24 9723/21
9732/3 9744/25 9801/5
**desire** [4] 9709/10
9738/22 9747/19
9749/5
**desktop** [2] 9700/25
9764/4
**detail** [4] 9688/14
9724/4 9739/18
9752/16
**details** [2] 9736/23
9753/10
**determined** [1]
9766/22
**develop** [1] 9729/6
**developers** [1]
9724/22
**developers'** [1]
9744/17
**device** [20] 9701/1
9702/12 9710/19
9710/24 9711/6 9711/8
9711/18 9711/19
9712/1 9751/10 9752/3
9753/4 9757/15
9757/16 9759/12
9765/25 9766/23
9768/21 9798/22
9799/17
**devices** [21] 9706/4

# D

**devices... [20]** 9706/10
9736/10 9742/16
9751/7 9758/11
9761/21 9764/3
9764/18 9765/1 9765/8
9765/5 9766/18
9767/1 9767/4 9767/8
9768/5 9768/6 9773/18
9783/22 9785/1
**Dictionary [1]** 9733/8
**did [53]** 9684/14
9685/17 9685/20
9694/18 9696/12
9707/2 9710/18
9712/24 9719/15
9723/10 9723/17
9723/24 9724/13
9725/5 9735/6 9735/9
9736/15 9737/22
9737/25 9738/24
9740/17 9740/18
9742/8 9744/15
9747/18 9749/16
9749/18 9749/20
9753/13 9754/18
9758/10 9758/18
9760/4 9764/5 9766/1
9766/4 9766/17
9766/19 9767/16
9773/16 9775/3
9775/19 9775/22
9776/6 9783/21
9783/23 9788/18
9789/13 9789/15
9790/18 9793/16
9797/16 9799/23
**did you [13]** 9684/14
9685/17 9696/12
9707/2 9723/17
9737/22 9738/24
9740/17 9749/16
9758/10 9760/4 9766/1
9788/18
**didn't [20]** 9693/11
9702/11 9708/21
9710/15 9710/22
9715/6 9720/18
9728/11 9738/9
9739/18 9744/7
9765/24 9773/22
9780/20 9784/25
9785/4 9785/23
9789/20 9792/4
9801/15
**difference [4]** 9720/24
9721/12 9721/13
9775/11
**differences [1]** 9784/3
**different [21]** 9701/13
9701/21 9702/5 9702/7
9713/24 9717/7
9732/17 9744/22
9745/4 9745/9 9746/16
9751/1 9754/23
9755/14 9763/2
9766/24 9770/12
9774/18 9784/13

**Differentiate [1]**
9729/4
**differentiating [1]**
9730/18
**differentiation [1]**
9729/22
**difficult [2]** 9707/13
9785/3
**dig [2]** 9776/2 9782/1
**dime [1]** 9780/20
**dimension [1]** 9719/9
**dimensions [1]**
9711/11
**Dintzer [2]** 9676/2
9679/9
**direct [7]** 9678/4
9681/3 9705/3 9720/23
9724/12 9753/22
9802/6
**direction [4]** 9697/16
9744/13 9754/23
9774/20
**directly [8]** 9705/17
9705/18 9706/6
9722/22 9732/9
9735/11 9752/20
9787/6
**discount [2]** 9792/11
9796/1
**discuss [3]** 9740/2
9773/19 9801/20
**discussed [3]** 9798/4
9798/8 9802/5
**discussion [6]** 9698/15
9728/8 9764/8 9772/7
9782/1 9799/22
**discussions [3]**
9743/21 9777/2
9798/17
**dismissing [1]** 9732/7
**disputed [1]** 9679/23
**dissatisfaction [1]**
9724/19
**distinct [1]** 9691/15
**distribution [4]**
9736/17 9740/15
9761/8 9761/9
**distributor [1]** 9749/23
**DISTRICT [3]** 9675/1
9675/1 9675/10
**divided [1]** 9687/13
**do [130]**
**do you [2]** 9713/23
9775/25
**document [1]** 9679/23
**documents [2]**
9782/12 9798/9
**does [41]** 9685/14
9687/5 9691/6 9691/10
9691/15 9692/10
9699/24 9704/7
9706/14 9707/14
9708/5 9711/6 9716/22
9718/7 9721/24
9722/13 9722/20
9725/13 9727/8
9727/21 9728/1

9737/9 9743/24
9746/22 9748/22
9750/11 9751/11
9753/24 9756/2 9757/9
9761/23 9766/20
9772/13 9776/3
9780/18 9781/14
9793/21 9794/25
9796/14
**doesn't [45]** 9681/20
9692/14 9692/17
9692/17 9698/7
9702/15 9703/1
9705/17 9708/11
9708/12 9715/3
9719/17 9720/25
9721/1 9725/18
9725/20 9725/25
9726/10 9729/9
9729/18 9752/19
9755/16 9756/20
9758/23 9761/3
9762/20 9763/1
9764/20 9765/16
9765/19 9765/22
9770/7 9770/22 9771/5
9774/16 9777/9
9793/11 9794/24
9798/8 9798/13
9799/23 9800/16
9800/24 9801/8 9801/8
**doing [18]** 9684/25
9690/4 9692/2 9734/2
9744/24 9745/25
9746/1 9746/8 9746/24
9747/1 9758/19
9764/21 9773/20
9784/2 9786/5 9786/8
9786/20 9788/25
**DOJ [3]** 9676/2 9679/9
9802/14
**dollar [3]** 9706/17
9785/23 9786/14
**dollars [4]** 9703/9
9703/9 9768/8 9791/6
**don't [93]** 9683/18
9690/3 9696/25 9697/1
9699/16 9701/19
9703/18 9706/6
9706/17 9708/12
9709/2 9709/3 9709/4
9710/2 9711/21
9712/10 9713/6
9713/24 9715/3 9715/9
9717/6 9717/11 9727/2
9728/19 9729/5
9729/10 9730/14
9738/8 9738/16 9740/1
9743/23 9746/5 9746/7
9747/14 9747/14
9747/21 9747/23
9748/20 9749/12
9751/18 9754/12
9755/24 9757/12
9758/21 9759/19
9760/17 9760/23
9761/2 9761/7 9763/11

9766/11 9767/12
9769/20 9770/3
9770/18 9770/22
9772/3 9772/4 9773/24
9773/25 9775/2
9775/17 9776/5
9777/16 9777/18
9777/21 9778/6
9778/22 9779/19
9779/20 9782/4
9784/15 9785/7
9786/13 9786/17
9786/19 9787/17
9787/22 9790/1
9790/10 9790/20
9793/7 9793/20
9793/21 9794/8 9794/9
9796/2 9797/13 9799/2
9799/3 9800/5
**done [11]** 9686/4
9715/21 9719/8 9745/4
9745/9 9745/17
9745/23 9776/2
9777/12 9802/7
9802/10
**Doug [1]** 9749/20
**dovetails [1]** 9760/25
**down [13]** 9710/19
9710/25 9712/3
9728/11 9730/16
9734/21 9737/16
9756/14 9760/16
9760/18 9760/18
9761/18 9783/15
**download [7]** 9701/21
9702/12 9707/20
9757/20 9757/25
9758/1 9764/15
**downloading [2]**
9701/17 9764/17
**downloads [1]**
9764/16
**downward [1]** 9735/2
**draw [1]** 9782/10
**driven [6]** 9708/8
9708/9 9712/17
9712/17 9719/5
9739/15
**drives [1]** 9700/10
**driving [1]** 9764/24
**Duck [42]** 9775/24
9776/6 9776/15
9776/16 9776/16
9776/22 9776/22
9776/23 9776/25
9777/5 9777/6 9777/7
9777/9 9777/10
9777/13 9777/15
9777/15 9777/17
9778/3 9778/4 9778/9
9778/13 9778/19
9778/20 9778/23
9779/4 9779/8 9779/15
9779/16 9779/20
9780/2 9780/3 9780/5
9780/13 9780/19
9781/2 9781/5 9781/18

9781/25 9782/21
9783/18 9789/10
**DuckDuckGo [8]**
9694/9 9694/10
9716/11 9716/12
9717/8 9717/9 9717/12
9756/13
**due [1]** 9745/9
**Duper [5]** 9777/15
9777/15 9777/17
9778/3 9778/4
**during [4]** 9737/20
9737/23 9740/3
9775/20
**DXD37 [1]** 9685/25
**dynamic [1]** 9796/19

# E

**each [1]** 9712/6
**earlier [13]** 9713/5
9716/1 9719/1 9721/11
9727/7 9732/20
9736/17 9737/2
9743/16 9749/1
9769/14 9771/25
9781/12
**early [8]** 9693/23
9695/7 9734/7 9734/12
9735/5 9735/8 9737/14
9794/7
**easier [12]** 9693/2
9707/12
**easiest [1]** 9787/13
**easy [3]** 9707/9
9707/13 9795/6
**econ [3]** 9681/22
9681/23 9682/13
**econometrics [1]**
9685/12
**economic [20]** 9683/10
9686/25 9689/4 9691/9
9696/12 9696/15
9704/17 9712/4 9714/9
9722/13 9737/22
9744/3 9745/13
9747/11 9747/22
9750/20 9767/17
9769/6 9774/8 9791/20
**economically [6]**
9691/9 9726/8 9726/9
9733/10 9769/1
9797/17
**economics [32]**
9681/12 9681/13
9682/2 9682/10
9682/12 9682/20
9682/24 9683/14
9683/19 9684/7 9684/8
9684/11 9684/12
9684/15 9684/16
9684/17 9684/23
9685/3 9685/9 9685/9
9700/8 9703/25 9712/2
9712/12 9712/13
9726/22 9740/24
9744/14 9786/12
9791/25 9799/8 9800/1
**economist [3]** 9683/7

economist... [2]
9694/22 9711/1
economists [3] 9685/2
9699/25 9789/4
Eddy [4] 9723/15
9774/3 9798/15
9799/20
Eddy Cue [4] 9723/15
9774/3 9798/15
9799/20
Edge [4] 9694/7 9782/5
9788/20 9788/24
educational [1]
9681/11
effect [8] 9706/5
9720/10 9720/12
9721/10 9722/3
9741/12 9749/6
9750/10
effective [2] 9713/22
9769/16
effectively [1] 9750/21
effects [3] 9705/3
9733/13 9743/9
efficiency [4] 9691/14
9704/5 9744/4 9780/4
efficient [5] 9704/8
9704/9 9704/10 9723/8
9796/7
egg [1] 9730/13
either [12] 9701/11
9701/20 9702/12
9702/18 9744/21
9753/25 9755/9 9767/8
9787/12 9790/10
9800/6 9801/7
element [3] 9703/13
9732/18 9773/1
elements [3] 9713/25
9726/25 9796/6
eliminating [1] 9719/9
ellipses [1] 9731/10
else [19] 9694/17
9700/9 9700/20 9701/6
9701/8 9701/15
9701/16 9701/17
9704/13 9706/2 9709/5
9709/11 9729/15
9779/11 9779/21
9788/6 9788/25 9791/5
9796/17
elsewhere [1] 9748/14
Email [4] 9676/4
9676/11 9676/16
9677/4
emerge [3] 9790/9
9790/11 9798/2
emerged [3] 9798/5
9798/6 9799/6
Emeritus [1] 9681/16
emphasized [1] 9685/2
empirical [3] 9683/1
9685/10 9751/10
empirically [2] 9751/15
9755/15
enable [1] 9714/15
enabled [2] 9715/4

encourage [2] 9768/5
9773/14
encourages [1]
9706/20
encouraging [2]
9711/14 9753/21
end [8] 9702/22 9703/6
9719/18 9721/19
9733/9 9739/3 9772/12
9777/24
end-user [1] 9703/6
endorsement [4]
9768/10 9768/13
9768/14 9788/2
engages [1] 9749/22
engendered [1]
9715/24
engine [25] 9694/6
9697/2 9697/14
9697/15 9697/20
9698/2 9698/25 9699/1
9699/23 9701/13
9702/2 9702/22
9703/15 9703/17
9703/19 9708/20
9708/20 9727/10
9727/11 9731/11
9745/8 9754/22 9772/6
9784/21 9798/19
engine's [1] 9695/19
engines [8] 9696/13
9696/17 9702/23
9703/2 9703/3 9703/5
9703/8 9761/24
enhance [8] 9688/2
9688/16 9691/15
9691/21 9693/13
9714/3 9730/11 9801/2
enhanced [2] 9687/24
9769/12
enhances [2] 9715/5
9773/6
enhancing [2] 9698/10
9718/1
enough [6] 9685/1
9717/5 9752/15
9770/25 9772/10
9774/15
enter [2] 9728/10
9730/11
entrant [3] 9729/2
9781/13 9781/13
entrants [3] 9728/22
9728/23 9728/24
entry [10] 9716/13
9727/9 9727/12
9727/17 9728/24
9729/3 9730/23
9742/25 9747/8
9781/15
equal [1] 9787/23
equally [1] 9712/20
equilibrium [1]
9690/14
equivalent [1] 9783/18
essence [1] 9731/13
essential [2] 9696/23

essentially [1] 9775/8
estate [1] 9759/4
estimate [10] 9783/4
9785/22 9785/24
9786/4 9786/11
9786/17 9786/20
9786/24 9787/3 9795/4
estimates [3] 9782/8
9782/12 9786/21
estimating [1] 9783/2
et [2] 9675/3 9679/7
et al [1] 9679/7
evaluate [12] 9687/22
9724/22 9725/10
9727/13 9735/6
9738/24 9740/17
9742/8 9749/16 9751/5
9766/1 9788/19
evaluated [1] 9786/23
evaluating [2] 9688/19
9790/7
evaluation [1] 9688/4
even [72] 9681/17
9684/19 9698/12
9699/6 9701/6 9702/9
9702/24 9706/6 9712/5
9714/4 9714/12
9715/15 9719/19
9724/20 9726/12
9728/13 9728/15
9729/10 9729/10
9731/7 9735/1 9735/2
9744/8 9744/13
9746/23 9747/10
9749/5 9749/6 9752/18
9753/3 9753/4 9755/23
9756/20 9758/19
9759/6 9759/25
9765/12 9765/23
9767/15 9771/1 9771/5
9772/23 9772/25
9773/18 9774/1
9774/22 9774/23
9776/13 9776/20
9777/18 9777/21
9777/24 9778/4
9778/11 9779/16
9781/14 9783/15
9783/16 9783/17
9786/6 9786/18
9791/14 9792/9
9793/10 9793/14
9793/23 9794/19
9795/23 9796/2
9796/11 9797/2 9798/8
eventually [2] 9719/16
9729/21
ever [3] 9683/25
9790/20 9798/11
every [3] 9683/6
9749/3 9758/2
everybody [9] 9679/14
9694/18 9714/6 9727/8
9734/5 9745/17 9770/8
9770/18 9783/7
everyday [1] 9715/15
everyone [3] 9679/5

everything [3] 9793/16
9797/3
everywhere [2]
9741/23 9749/13
evidence [45] 9712/24
9716/5 9716/9 9718/9
9720/4 9720/7 9720/11
9721/1 9721/4 9721/5
9722/6 9722/6 9723/10
9723/24 9724/7
9724/20 9728/6
9744/15 9745/7 9746/5
9747/18 9748/9
9748/18 9750/20
9750/20 9750/22
9751/10 9752/21
9761/1 9761/4 9761/6
9761/10 9761/20
9766/17 9772/18
9779/5 9779/15
9782/10 9782/11
9782/11 9782/15
9783/5 9783/25 9789/2
9801/6
evolve [1] 9685/15
exactly [6] 9717/7
9723/20 9781/10
9786/5 9793/7 9800/1
examination [2]
9681/3 9802/1
examine [5] 9696/12
9707/2 9712/24
9758/11 9760/4
examined [1] 9732/5
example [15] 9695/15
9711/11 9713/3
9723/11 9725/1 9741/6
9742/25 9744/7 9748/4
9753/5 9753/20 9754/5
9764/11 9771/17
9789/10
examples [1] 9695/7
excess [3] 9744/5
9747/2 9747/8
exchange [1] 9792/25
exclude [2] 9719/23
9721/22
excluded [1] 9717/18
exclusion [2] 9745/23
9761/6
exclusive [49] 9699/25
9701/9 9701/9 9701/24
9702/6 9719/6 9719/7
9719/8 9733/4 9733/6
9733/12 9733/13
9749/15 9749/17
9749/21 9749/22
9750/3 9750/4 9750/6
9750/11 9750/15
9750/21 9750/25
9753/25 9754/1 9756/4
9757/10 9761/25
9762/2 9762/5 9762/8
9762/11 9762/19
9762/21 9763/1 9763/3
9763/21 9764/1
9767/16 9769/18

exclusives [6] 9733/11
9751/16 9751/17
9751/18 9763/22
9774/12
excuse [1] 9753/20
exist [1] 9726/25
existence [1] 9692/15
existing [4] 9706/24
9713/14 9728/23
9729/5
expand [7] 9705/22
9705/23 9705/23
9712/18 9712/21
9723/8 9728/10
expanded [1] 9774/1
expanding [1] 9713/16
expands [3] 9706/25
9706/25 9713/18
expansion [1] 9728/15
expect [17] 9710/13
9710/20 9723/21
9725/16 9725/23
9737/19 9739/15
9746/8 9746/8 9761/9
9761/17 9762/11
9763/2 9763/20
9790/11 9800/2 9801/2
expected [1] 9736/5
experience [6] 9699/8
9724/9 9754/19
9773/24 9774/2
9798/15
experiment [4] 9725/2
9725/2 9783/1 9784/2
experiments [1]
9789/21
expert [4] 9683/3
9683/25 9684/7
9684/11
explain [12] 9682/5
9689/4 9709/22
9717/15 9740/19
9751/22 9769/5 9774/9
9775/18 9776/6 9776/9
9781/22
explained [1] 9747/19
explanation [1] 9711/2
exploit [1] 9749/7
Explorer [1] 9694/7
exposition [1] 9779/3
extent [5] 9735/6
9736/16 9737/23
9758/11 9764/25
externalities [16]
9740/16 9741/11
9741/15 9741/22
9741/25 9744/16
9745/5 9745/10
9745/13 9746/4 9746/6
9746/9 9746/10
9746/14 9749/2
9749/13
externality [18]

9812

**E**

**externality... [18]**
9732/24 9732/25
9740/20 9740/23
9740/24 9741/5 9741/9
9741/11 9742/9
9743/23 9744/7
9744/13 9744/20
9744/23 9746/1 9747/4
9747/13 9748/22

**externality-wise [1]**
9746/1

**extra [2]** 9721/25
9736/9

**extreme [3]** 9758/18
9763/5 9790/22

**extremely [1]** 9720/11

**F**

**face [1]** 9715/14
**facilitate [2]** 9730/23
9802/5
**facilitating [1]** 9728/15
**fact [25]** 9697/13
9706/5 9708/6 9709/3
9711/2 9714/8 9714/19
9714/20 9714/24
9717/1 9720/5 9725/15
9725/23 9734/17
9744/16 9747/5
9749/17 9751/5
9754/17 9755/1
9761/23 9764/22
9777/9 9779/4 9799/12
**facto [2]** 9750/6
9753/25
**factor [1]** 9703/1
**facts [1]** 9754/3
**failed [1]** 9769/13
**fair [11]** 9755/8
9758/20 9758/25
9759/8 9766/12
9767/20 9773/18
9773/19 9786/9
9786/22 9796/20
**fairly [1]** 9727/9
**fall [2]** 9708/22 9709/2
**fallen [1]** 9766/6
**false [1]** 9729/10
**far [5]** 9693/17 9693/23
9739/19 9780/10
9796/11
**faster [1]** 9802/5
**fault [1]** 9785/19
**favor [1]** 9748/6
**favorite [1]** 9711/2
**favorites [7]** 9752/2
9752/5 9752/8 9752/10
9752/20 9753/5
9753/20
**feasibility [1]** 9791/20
**feature [4]** 9696/23
9696/24 9700/4
9750/15
**Federal [3]** 9684/1
9684/4 9684/5
**feeds [1]** 9698/14
**fellowship [1]** 9683/9

**few [4]** 9683/19 9706/19
9766/25 9797/10
9798/4
**fewer [1]** 9703/18
**figure [6]** 9720/8
9737/13 9785/14
9786/13 9795/6 9795/7
**figures [1]** 9758/16
**final [2]** 9743/5 9787/3
**finally [5]** 9691/13
9700/19 9768/18
9784/24 9801/6
**find [11]** 9699/7
9707/24 9723/24
9758/3 9761/10 9775/5
9794/8 9794/16 9796/8
9797/16 9798/21
**fine [2]** 9753/19
9801/16
**finish [2]** 9679/25
9797/13
**Fire [1]** 9694/9
**Firefox [4]** 9694/9
9756/2 9783/1 9783/7
**firm [9]** 9710/7 9712/5
9712/9 9712/21
9715/14 9776/20
9776/21 9776/22
9791/25
**firms [1]** 9712/5
**first [29]** 9684/14
9686/17 9686/22
9687/10 9688/15
9691/16 9691/18
9691/20 9692/22
9693/10 9693/12
9693/16 9693/21
9696/3 9714/2 9722/10
9733/16 9733/21
9734/17 9740/22
9741/14 9751/4 9751/7
9769/5 9774/7 9777/8
9780/13 9780/19
9783/13
**fit [3]** 9722/6 9757/12
9775/17
**fits [1]** 9761/4
**fix [1]** 9710/18
**fixed [2]** 9710/17
9777/23
**flagship [1]** 9682/13
**flawed [1]** 9769/2
**Floor [1]** 9676/10
**flow [3]** 9705/6
9718/24 9741/12
**flows [1]** 9742/16
**focus [10]** 9688/6
9689/17 9689/18
9690/7 9692/9 9698/22
9707/19 9709/6
9723/20 9735/25
**focused [2]** 9689/10
9797/24
**focuses [1]** 9742/1
**follow [2]** 9714/19
9714/20
**followed [1]** 9776/6
**following [1]** 9728/14

**foreclose [4]** 9725/25
9726/2 9726/4 9779/6
**foreclosed [6]** 9690/22
9777/7 9777/9 9777/16
9778/7 9778/23
**foreclosure [29]**
9690/19 9690/20
9690/23 9690/24
9691/10 9726/1 9726/7
9768/24 9769/1 9769/6
9769/7 9774/8 9774/10
9774/13 9774/14
9774/17 9775/19
9776/1 9778/6 9778/23
9779/13 9779/16
9779/22 9779/25
9780/8 9783/17
9788/21 9789/14
9790/8
**foregoing [1]** 9803/3
**foresee [1]** 9795/12
**forgetting [1]** 9765/15
**form [1]** 9690/16
**formal [1]** 9684/17
**forms [3]** 9690/16
9755/25 9757/17
**forth [2]** 9728/7
9767/25
**fortunate [1]** 9685/1
**forward [5]** 9753/16
9763/15 9766/16
9782/15 9791/11
**found [2]** 9725/8
9760/25
**Foundation [1]** 9683/9
**foundational [1]**
9691/25
**Four [1]** 9733/22
**fraction [1]** 9783/2
**framework [1]** 9689/5
**frameworks [1]**
9731/20
**Frank [1]** 9682/15
**free [8]** 9702/17 9703/3
9703/5 9703/10
9703/11 9706/6 9706/8
9781/16
**freely [1]** 9703/10
**Friedman [1]** 9682/16
**front [1]** 9743/15
**full [1]** 9710/2
**fully [1]** 9790/20
**functionalities [1]**
9696/3
**functionality [7]**
9693/20 9697/5
9697/10 9700/6
9701/22 9784/11
9784/22
**fundamental [2]**
9717/16 9720/19
**fundamentally [3]**
9701/22 9722/16
9792/9
**funds [1]** 9716/19
**funny [1]** 9761/13
**further [4]** 9685/16

9777/19
**future [3]** 9730/6
9730/9 9730/21

**G**

**gain [1]** 9744/3
**game [4]** 9699/23
9717/11 9729/11
9729/11
**Gary [2]** 9682/16
9682/16
**gave [3]** 9702/25
9767/25 9783/14
**gears [1]** 9768/23
**geez [1]** 9703/9
9725/19 9739/4
9787/21
**general [7]** 9692/12
9704/18 9710/3 9725/8
9733/3 9748/1 9798/1
**generally [4]** 9705/5
9723/7 9739/2 9743/13
**generate [9]** 9697/18
9698/4 9705/19 9706/7
9713/22 9715/3 9715/9
9715/16 9768/4
**generated [1]** 9706/19
**generates [6]** 9690/13
9690/14 9691/4 9691/4
9717/19 9718/23
**generating [1]** 9721/17
**generic [4]** 9771/18
9771/19 9772/17
9800/17
**German [2]** 9799/2
9799/4
**get [110]** 9684/14
9695/18 9695/21
9697/8 9697/22
9697/22 9697/23
9699/4 9700/14
9700/20 9702/11
9703/9 9703/9 9705/11
9707/7 9710/9 9711/15
9712/7 9713/14
9717/15 9717/20
9717/21 9718/3
9718/25 9721/25
9727/21 9727/23
9728/10 9729/21
9729/25 9730/9
9730/14 9730/15
9730/17 9730/21
9733/2 9737/21 9739/7
9741/22 9742/6
9742/18 9742/18
9742/19 9744/4 9744/9
9747/1 9748/2 9752/18
9755/10 9755/10
9757/19 9758/23
9759/19 9759/21
9759/21 9761/9 9762/3
9762/4 9762/20 9766/9
9768/5 9768/7 9768/22
9770/1 9770/10
9771/14 9772/22
9772/22 9775/7

9781/14
9781/16 9782/21
9783/9 9783/25
9784/16 9787/17
9787/18 9787/18
9787/23 9788/1
9790/24 9790/24
9792/5 9792/13
9792/17 9792/17
9792/22 9793/6
9793/23 9793/25
9794/1 9794/10
9794/15 9794/19
9794/23 9794/25
9795/1 9795/8 9795/19
9796/3 9796/15
9796/15 9796/16
9797/11 9799/9
9799/14 9799/15
9799/17 9802/7
**gets [17]** 9714/17
9717/16 9734/21
9735/12 9739/9 9744/1
9744/4 9744/12 9755/8
9762/21 9763/17
9765/11 9766/11
9778/9 9778/18 9792/3
9796/20
**getting [22]** 9706/10
9710/8 9713/9 9713/10
9718/18 9730/2
9735/25 9738/19
9759/5 9759/8 9762/24
9763/1 9767/24 9768/2
9788/2 9788/4 9788/5
9792/6 9795/3 9796/22
9799/13 9799/24
**give [33]** 9682/5
9683/16 9705/16
9705/20 9709/14
9711/12 9713/6
9724/11 9726/23
9727/7 9755/23
9757/21 9758/22
9768/20 9770/24
9771/23 9780/25
9780/25 9791/4 9791/5
9792/3 9792/11
9792/18 9792/19
9792/24 9793/24
9795/22 9795/22
9796/1 9796/2 9796/3
9796/24 9800/22
**given [13]** 9685/24
9692/3 9692/7 9698/25
9703/3 9716/14 9719/4
9738/16 9745/1 9745/6
9747/23 9760/22
9795/19
**gives [3]** 9738/2
9768/12 9768/13
**giving [3]** 9734/25
9800/17 9800/19
**go [76]** 9685/6 9688/13
9688/13 9689/8 9691/7
9692/24 9693/9 9693/9
9693/11 9693/16
9695/15 9696/22

9813

# G

**go... [64]** 9699/6
9699/15 9701/10
9701/13 9709/15
9710/13 9715/18
9717/6 9717/13
9722/15 9722/17
9724/4 9725/11
9728/11 9729/9 9730/7
9731/2 9733/19
9733/21 9735/1
9736/23 9737/13
9739/10 9739/16
9741/1 9748/16 9749/9
9750/17 9752/12
9752/13 9752/14
9752/16 9756/9
9757/14 9757/16
9757/19 9758/3
9758/21 9758/23
9759/7 9760/14
9760/22 9765/21
9769/4 9770/2 9770/9
9770/23 9772/8
9773/14 9777/17
9779/18 9779/21
9783/15 9784/18
9784/20 9786/12
9789/8 9789/10
9792/23 9794/21
9797/11 9797/13
9800/10 9801/15
**God [1]** 9772/8
**goes [8]** 9693/23
9712/3 9737/21
9742/13 9749/8
9758/25 9759/1
9772/12
**going [222]**
**gone [1]** 9754/23
**good [44]** 9679/4
9679/13 9680/11
9680/19 9680/20
9680/21 9685/5 9681/6
9690/2 9699/22
9700/17 9708/18
9717/5 9722/20 9723/7
9729/17 9730/5 9730/7
9731/23 9734/24
9738/15 9739/22
9754/19 9755/16
9755/22 9759/3 9760/7
9760/16 9769/5
9769/11 9772/18
9773/23 9775/5
9775/17 9786/11
9789/2 9791/4 9797/5
9797/25 9798/16
9798/19 9800/14
9800/18 9800/23
**good morning [6]**
9679/13 9680/19
9680/20 9680/21
9681/5 9681/6
**goods [3]** 9699/13
9705/14 9705/19
**GOOGLE [166]**
**Google LLC [1]** 9679/8

**Google [36]** 9679/7
9715/7 9716/9 9716/10
9717/24 9724/22
9729/13 9732/17 9733/3
9732/17 9733/3
9733/17 9734/13
9736/11 9736/13
9737/9 9737/14
9738/21 9739/11
9739/12 9739/15
9739/16 9739/16
9740/15 9749/14
9749/16 9750/24
9756/3 9759/5 9759/8
9759/25 9761/2
9762/16 9776/23
9788/19 9795/10
9795/13
**google.com [5]** 9734/6
9734/9 9759/10
9767/11 9784/20
**got [35]** 9681/12
9681/13 9684/16
9696/21 9702/18
9709/19 9711/15
9712/18 9724/15
9726/13 9726/13
9726/25 9729/19
9729/20 9735/13
9736/7 9736/9 9736/17
9737/12 9738/14
9739/1 9743/12 9752/6
9759/13 9759/15
9767/6 9767/22
9772/13 9772/21
9772/22 9772/22
9792/5 9793/12 9794/6
9799/7
**gotten [3]** 9771/11
9792/4 9792/6
**grab [4]** 9760/13
9760/13 9760/18
9786/16
**grabbing [1]** 9760/21
**graduate [1]** 9684/19
**graduated [1]** 9685/5
**grandson [2]** 9757/21
9764/16
**graph [3]** 9736/19
9739/3 9739/4
**great [5]** 9700/13
9752/16 9798/14
9799/18 9801/14
**greater [2]** 9785/25
9796/11
**green [2]** 9758/17
9762/24
**grew [1]** 9739/14
**grocery [5]** 9684/25
9741/2 9771/18
9786/12 9792/10
**gross [1]** 9788/12
**grounds [1]** 9732/5
**group [2]** 9712/5
9789/5
**groups [1]** 9766/24
**growing [3]** 9730/2
9730/3 9788/5

**guess [3]** 9708/24
9725/9 9779/24
**guy [14]** 9715/1 9717/3
9717/6 9722/25 9741/2
9762/23 9762/25
9770/23 9770/24
9793/14 9795/8
9796/16 9796/24
9796/25
**guys [5]** 9715/8
9757/20 9765/23
9788/25 9800/5

# H

**had [63]** 9679/14
9682/12 9683/13
9684/22 9688/19
9695/25 9696/1 9706/5
9716/15 9724/19
9729/12 9732/17
9733/18 9734/11
9736/4 9737/3 9737/7
9738/5 9738/8 9738/17
9744/8 9745/4 9753/9
9753/10 9754/5
9754/21 9756/23
9757/2 9762/3 9762/4
9763/13 9763/21
9765/7 9765/9 9765/9
9765/12 9765/13
9765/23 9766/6
9766/22 9766/24
9766/25 9767/3 9767/4
9767/6 9767/8 9773/4
9773/4 9773/17
9773/19 9773/23
9773/23 9782/1
9782/23 9785/5
9785/13 9785/22
9785/24 9786/3 9790/8
9797/6 9798/14
9798/17
**hadn't [1]** 9710/12
**half [8]** 9734/21
9766/10 9776/12
9776/14 9778/24
9787/14 9787/15
9787/19
**hallmark [1]** 9705/5
**hand [4]** 9680/15
9739/4 9769/25 9779/7
**happen [6]** 9726/15
9741/23 9749/3 9752/1
9780/16 9782/12
**happened [11]**
9694/12 9710/4
9710/24 9725/6 9725/7
9732/13 9732/20
9784/24 9790/4 9790/5
9790/6
**happens [15]** 9680/2
9705/7 9717/7 9723/7
9742/17 9742/22
9743/15 9754/14
9755/5 9755/20 9756/6
9762/9 9778/8 9782/14
9794/3

**happy [4]** 9742/13
9699/19 9797/10
9797/11
**harbor [1]** 9774/19
**hard [14]** 9686/10
9707/20 9708/3
9729/23 9760/15
9764/9 9764/17
9777/11 9784/8 9795/6
9795/7 9795/15 9796/9
9799/4
**hard-wired [1]** 9784/8
**harder [1]** 9777/2
**hardly [1]** 9798/10
**harm [11]** 9688/2
9688/17 9689/9
9689/11 9689/22
9691/13 9691/16
9691/21 9731/12
9740/16 9748/23
**harmed [2]** 9687/24
9713/21
**harmful [1]** 9731/19
**has [47]** 9693/25
9696/9 9699/18 9701/1
9713/19 9713/21
9714/7 9715/11
9715/14 9716/13
9716/18 9716/20
9720/5 9721/8 9721/10
9721/12 9722/10
9724/11 9724/21
9725/19 9725/21
9736/20 9740/14
9742/19 9743/1 9743/6
9743/12 9743/14
9743/15 9743/17
9745/17 9747/6 9747/8
9747/15 9752/21
9753/3 9753/9 9756/23
9762/6 9762/17
9762/23 9762/24
9763/16 9763/17
9764/6 9764/8 9772/19
**hasn't [2]** 9799/5
9799/6
**have [184]**
**haven't [8]** 9720/4
9734/23 9745/23
9755/21 9771/11
9798/2 9798/3 9800/7
**having [5]** 9699/7
9699/10 9743/18
9748/5 9752/21
**he [63]** 9682/17
9699/18 9699/19
9700/11 9708/11
9708/12 9708/12
9708/22 9723/18
9723/18 9732/15
9741/25 9743/16
9744/8 9744/11
9744/12 9747/7 9747/9
9749/20 9757/25
9766/15 9770/7 9775/2
9775/3 9775/4 9775/11
9775/22 9776/6
9776/11 9776/12

9699/19 9797/10
9797/11
**harbor [1]** 9774/19
**hard [14]** 9686/10
9707/20 9708/3
9729/23 9760/15
9764/9 9764/17
9777/11 9784/8 9795/6
9795/7 9795/15 9796/9
9799/4
**hard-wired [1]** 9784/8
**harder [1]** 9777/2
**hardly [1]** 9798/10
**harm [11]** 9688/2
**he didn't [1]** 9789/20
**he said [3]** 9723/18
9776/12 9789/19
**he'll [1]** 9794/10
**he's [24]** 9708/12
9708/21 9717/4 9717/5
9723/17 9731/16
9731/18 9743/11
9746/2 9746/15
9746/18 9747/8
9757/24 9757/24
9762/24 9775/5
9776/16 9776/16
9778/13 9778/14
9781/15 9790/3 9790/4
9791/10
**head [2]** 9729/6
9729/24
**head-on [2]** 9729/6
9729/24
**headroom [1]** 9786/7
**hear [1]** 9679/19
**heard [8]** 9703/7
9704/24 9707/8
9713/19 9732/14
9752/15 9752/21
9761/11
**Heinz [3]** 9769/23
9769/24 9771/17
**held [2]** 9710/25
9776/21
**help [7]** 9696/16
9727/25 9728/4 9728/9
9770/14 9779/10
9798/18
**helped [1]** 9686/1
**helpful [1]** 9766/11
**helps [5]** 9684/24
9730/16 9740/22
9755/18 9768/18
**her [1]** 9708/11
**here [74]** 9687/19
9688/13 9689/10
9691/8 9693/9 9693/18
9693/23 9696/2
9698/15 9698/22
9701/12 9704/9
9704/10 9705/10
9705/17 9705/25
9706/12 9710/4
9710/23 9711/4
9711/22 9712/4
9715/20 9715/25

9777/4 9777/4 9777/4
9778/9 9778/9 9778/9
9778/11 9778/16
9778/17 9778/18
9781/16 9789/15
9789/17 9789/19
9789/19 9789/20
9789/21 9790/10
9790/17 9790/18
9790/19 9790/20
9791/2 9793/11
9793/16 9793/16
9794/7 9794/24
9794/24 9797/6 9797/7

**H**

**here... [50]** 9717/7
9719/8 9720/2 9724/4
9724/14 9727/8 9731/3
9731/6 9732/14
9732/21 9733/17
9734/2 9736/19 9737/5
9737/16 9738/16
9739/1 9742/1 9742/11
9742/12 9748/7 9748/8
9748/20 9753/1
9758/19 9759/19
9759/23 9760/21
9761/4 9761/22
9762/12 9765/1 9766/1
9768/23 9772/13
9774/7 9774/25 9775/8
9776/8 9776/14
9776/24 9779/1
9781/21 9784/4
9790/13 9790/23
9792/16 9792/23
9796/5 9797/23

**here's [8]** 9700/11
9706/17 9725/1
9769/17 9776/12
9780/10 9790/3
9790/23

**hey [10]** 9709/13
9728/9 9728/16
9757/18 9768/16
9772/13 9772/21
9780/25 9793/24
9800/11

**high [7]** 9684/18
9699/1 9709/22 9712/8
9758/13 9760/17
9768/25

**higher [8]** 9697/17
9697/21 9714/7
9714/10 9734/22
9735/2 9763/9 9788/3

**highest [3]** 9704/19
9725/21 9745/7

**highlights [1]** 9682/22

**him [6]** 9732/14
9793/17 9794/7 9794/9
9794/11 9794/12

**himself [1]** 9708/12

**hinder [1]** 9689/1

**his [25]** 9717/4
9723/19 9725/2
9731/13 9732/12
9743/11 9748/14
9749/8 9775/1 9775/2
9775/7 9775/7 9775/20
9775/23 9782/2 9783/4
9783/16 9785/9
9788/20 9789/12
9789/14 9789/15
9789/18 9790/14
9792/18

**historically [4]** 9754/5
9754/15 9754/17
9755/21

**history [4]** 9695/2
9745/3 9756/23 9757/2

**hit [2]** 9695/18 9777/11

**hobby [1]** 9767/6

**hold [1]** 9782/12

**hole [1]** 9775/13

**home [1]** 9702/17

**honor [19]** 9679/6
9679/17 9680/3
9680/11 9680/22
9680/25 9682/12
9684/6 9684/9 9685/21
9686/4 9714/18
9730/25 9739/20
9760/6 9776/5 9797/11
9801/11 9802/15

**Honor's [1]** 9686/6

**HONORABLE [3]**
9675/9 9679/2 9740/9

**hope [1]** 9679/13

**hopefully [4]** 9700/17
9734/23 9739/18
9802/10

**hoping [2]** 9802/6
9802/9

**horse [2]** 9773/1
9798/10

**horses [1]** 9718/14

**hour [2]** 9794/10
9794/13

**housekeeping [1]**
9679/18

**how [85]** 9681/18
9682/2 9684/20
9684/20 9684/21
9684/25 9685/8
9685/13 9686/24
9687/5 9688/1 9689/19
9689/20 9691/6
9691/11 9691/16
9692/11 9692/14
9693/14 9694/12
9699/24 9702/5 9703/2
9705/11 9705/21
9706/7 9706/21
9707/20 9709/22
9710/18 9711/5 9714/2
9718/7 9720/8 9722/7
9722/8 9722/20
9722/20 9724/14
9727/8 9727/11
9728/17 9729/3 9742/2
9743/12 9752/23
9753/8 9753/13
9753/23 9755/11
9755/12 9756/2 9757/9
9759/5 9759/10
9759/13 9759/15
9761/19 9763/18
9769/11 9770/17
9771/24 9775/14
9775/25 9776/3 9776/3
9776/5 9776/6 9776/12
9778/22 9778/23
9780/10 9780/23
9780/23 9781/10
9781/18 9782/16
9782/16 9782/17
9782/18 9783/24
9783/25 9784/10
9791/14 9802/11

**huge [1]** 9772/24

**hundred [1]** 9787/22

**hypothetical [4]**
9775/20 9775/23
9789/11 9792/19

**I**

**I also [2]** 9682/20
9683/9

**I appreciate [1]** 9802/2

**I assume [1]** 9692/18

**I can [26]** 9699/4
9701/13 9701/19
9701/20 9701/20
9701/21 9704/14
9705/21 9710/3
9723/15 9729/6 9734/1
9735/11 9744/4
9756/25 9762/12
9765/4 9765/6 9770/24
9771/1 9771/13 9773/9
9773/10 9773/12
9773/13 9782/11

**I can't [13]** 9713/4
9729/11 9730/14
9730/15 9738/1
9738/12 9753/10
9757/1 9758/16
9758/22 9761/9
9762/13 9770/19

**I did [6]** 9735/9
9737/25 9749/18
9766/4 9766/19
9783/23

**I didn't [4]** 9693/11
9738/9 9739/18
9801/15

**I don't [23]** 9699/16
9713/24 9738/8
9738/16 9746/5
9747/21 9749/12
9754/12 9766/11
9767/12 9775/17
9776/5 9777/16
9777/18 9778/22
9782/4 9785/7 9786/17
9786/19 9790/20
9793/7 9794/8 9799/3

**I don't have [4]** 9710/2
9729/5 9773/24
9786/13

**I gave [1]** 9783/14

**I guess [2]** 9725/9
9779/24

**I have [9]** 9700/17
9717/3 9724/3 9736/19
9762/12 9765/2
9769/18 9788/10
9800/10

**I haven't [1]** 9734/23

**I hope [1]** 9679/13

**I just [7]** 9695/8 9699/6
9700/5 9702/5 9705/3
9707/22 9801/16

**I know [11]** 9694/12
9720/5 9749/9 9749/10

**I mean [19]** 9698/2
9702/21 9714/14
9715/18 9724/16
9726/9 9728/22
9731/13 9733/5
9757/12 9759/16
9761/16 9762/2 9766/5
9767/19 9768/13
9795/16 9796/15
9802/1

**I say [1]** 9794/21

**I should [3]** 9706/13
9733/24 9738/3

**I think [45]** 9680/1
9686/19 9687/4 9689/7
9693/2 9703/6 9707/16
9711/3 9714/6 9716/8
9718/9 9724/15
9724/18 9727/8
9727/13 9729/1 9729/2
9732/14 9732/24
9734/5 9734/15
9734/22 9747/14
9754/3 9754/14 9758/9
9765/9 9765/16 9766/5
9766/12 9767/2
9767/19 9767/20
9774/13 9783/16
9784/18 9786/4
9786/11 9786/24
9789/3 9790/17
9795/15 9801/11
9802/4 9802/5

**I thought [2]** 9680/5
9797/6

**I told [1]** 9749/1

**I understand [4]**
9685/13 9692/2 9695/9
9775/24

**I want [7]** 9699/16
9701/17 9711/20
9714/2 9789/8 9789/10
9795/22

**I wanted [1]** 9713/3

**I was [4]** 9681/23
9776/8 9801/17
9802/12

**I went [1]** 9685/7

**I work [1]** 9708/10

**I worked [1]** 9684/19

**I would [1]** 9730/22

**I wouldn't [3]** 9707/19
9709/6 9767/19

**I'd [3]** 9692/24 9786/14
9788/7

**I'll [31]** 9690/18 9692/3
9692/7 9693/10
9696/16 9706/11
9714/1 9717/14
9720/10 9728/17
9729/7 9735/24 9736/3
9736/20 9740/2
9752/24 9775/18
9776/6 9776/9 9777/14
9782/13 9791/3 9791/3

**I'm [121]** 9681/18
9681/18 9681/21
9683/11 9686/9
9688/12 9688/23
9688/25 9689/7 9690/9
9690/10 9690/19
9691/23 9692/6
9692/11 9693/4 9693/9
9695/24 9696/2
9696/22 9697/12
9698/2 9698/22 9699/4
9700/15 9700/16
9702/11 9704/12
9704/13 9705/13
9706/15 9706/21
9706/21 9707/7 9707/7
9708/13 9708/24
9710/4 9711/20
9711/21 9712/4
9713/25 9716/2 9718/3
9718/6 9720/3 9720/4
9720/5 9722/14
9722/25 9724/4 9727/6
9727/24 9728/3 9730/5
9730/7 9730/20 9733/2
9733/20 9733/20
9734/22 9734/24
9736/23 9737/5
9739/19 9746/11
9749/19 9750/1 9750/9
9751/1 9752/12
9752/15 9755/10
9755/14 9758/5
9758/19 9759/16
9760/11 9765/1
9765/15 9766/14
9766/14 9769/4 9769/5
9769/21 9770/19
9775/14 9777/14
9777/15 9777/15
9784/9 9785/19
9786/15 9786/16
9786/18 9786/18
9786/19 9787/2 9789/5
9789/25 9789/25
9790/5 9790/9 9791/14
9791/15 9791/15
9792/12 9792/12
9792/22 9793/1 9793/3
9793/19 9794/8
9794/12 9794/14
9794/22 9796/14
9797/10 9797/11
9802/6 9802/9

**I'm done [34]** 9688/25
9690/9 9690/10
9692/11 9696/22
9697/12 9698/22
9700/15 9700/16
9718/3 9718/6 9720/3
9720/5 9728/3 9730/20
9733/20 9739/19
9749/19 9750/9 9751/1
9755/10 9760/11

**I**

**I'm going... [12]**
9765/1 9769/5 9777/14
9777/15 9786/16
9790/5 9790/9 9791/15
9791/15 9792/12
9792/12 9793/1
**I'm just [3]** 9693/4
9706/15 9707/7
**I'm not [13]** 9688/12
9708/13 9711/20
9711/21 9722/14
9724/4 9730/5 9734/25
9736/23 9758/5
9766/14 9791/14
9792/22
**I'm not sure [2]**
9681/18 9796/14
**I'm sorry [10]** 9691/23
9693/9 9695/24 9698/2
9707/7 9716/2 9733/20
9746/11 9759/16
9787/2
**I'm sure [2]** 9734/22
9786/18
**I've [22]** 9682/8 9682/9
9682/12 9682/18
9682/24 9684/3 9684/4
9685/24 9687/13
9696/21 9712/18
9726/13 9727/7 9739/1
9761/11 9772/21
9772/22 9772/22
9776/2 9780/10 9794/6
9802/1
**i.e [1]** 9779/8
**icon [1]** 9753/18
**idea [14]** 9708/3
9732/14 9736/12
9740/24 9741/5
9742/11 9747/13
9748/7 9750/2 9778/1
9778/5 9786/3 9789/2
9799/18
**ideal [1]** 9789/17
**ideas [1]** 9783/14
**identified [3]** 9695/8
9789/12 9790/14
**identify [1]** 9789/14
**ignoring [1]** 9732/6
**impact [12]** 9688/19
9691/9 9691/17
9707/17 9707/18
9718/8 9720/14
9720/15 9721/15
9721/20 9764/2
9770/13
**impacted [1]** 9744/16
**imperfect [1]** 9744/8
**imperfectly [1]**
9741/24
**implementation [1]**
9756/2
**implications [2]**
9687/6 9751/20
**important [24]** 9689/17
9689/19 9690/10
9690/17 9690/20

9694/17 9696/7 9700/5
9700/3 9701/5 9702/4
9703/4 9704/4 9704/17
9706/12 9709/8
9713/16 9729/16
9733/5 9745/13 9753/7
9755/11 9755/12
9769/14
**importantly [2]**
9777/20 9792/9
**improve [8]** 9718/19
9718/20 9744/2
9746/24 9747/11
9768/6 9768/21
9768/21
**improves [1]** 9748/3
**improving [2]** 9713/17
9718/21
**incentive [15]** 9697/7
9697/25 9698/1
9699/18 9700/17
9708/17 9718/20
9742/19 9743/1 9743/6
9744/5 9747/2 9755/22
9768/7 9768/20
**incentives [12]** 9689/2
9719/5 9719/10
9719/12 9723/8
9727/21 9727/25
9732/23 9742/8 9743/4
9747/7 9768/18
**incentivize [1]** 9705/18
**incentivized [2]**
9707/25 9712/1
**incentivizes [3]**
9710/10 9713/12
9768/4
**include [1]** 9738/9
**includes [2]** 9682/25
9710/7
**including [2]** 9687/20
9702/1 9710/6
**inclusive [1]** 9775/9
**inconsistency [1]**
9779/2
**incorrect [3]** 9786/4
9786/11 9786/24
**increases [1]** 9768/7
**incredible [1]** 9779/2
**incremental [15]**
9736/9 9737/20
9767/22 9795/2 9795/5
9795/7 9795/13
9796/12 9796/13
9796/13 9796/16
9796/20 9796/22
9797/1 9799/24
**incumbent [2]** 9729/23
9777/22
**incumbents [1]** 9729/5
**indeed [7]** 9688/24
9728/6 9747/15
9748/14 9761/5
9761/11 9767/8
**independent [3]**
9687/17 9699/6 9736/1
**INDEX [1]** 9678/2
**indicate [1]** 9722/3

individuation [5]
9727/5 9738/15
9779/25 9779/25
**individual [3]** 9701/2
9743/7 9743/10
**industrial [2]** 9684/8
9684/11
**industries [1]** 9794/4
**industry [7]** 9688/3
9696/10 9698/7
9725/22 9726/19
9745/15 9793/19
**inefficient [2]** 9744/9
9746/23
**infer [1]** 9786/3
**influence [1]** 9718/15
**influenced [1]** 9741/6
**information [2]**
9698/20 9758/13
**informative [1]**
9774/23
**informs [1]** 9744/14
**inhibiting [1]** 9717/25
**initial [1]** 9681/10
**innovation [1]** 9713/1
**input [1]** 9741/16
**inputs [1]** 9741/17
**installed [4]** 9697/20
9702/22 9734/7
9734/12
**instead [3]** 9728/9
9765/20 9785/5
**institutions [1]**
9685/14
**integral [1]** 9726/6
**integrated [3]** 9693/20
9695/16 9697/9
**interact [1]** 9689/14
**interacts [1]** 9757/17
**interest [6]** 9685/4
9733/1 9743/17 9748/1
9749/5 9794/16
**interested [3]** 9684/15
9684/16 9784/2
**interesting [1]** 9766/22
**interfering [1]** 9749/11
**intermarket [1]**
9741/15
**intermediaries [1]**
9723/2
**intermediary [4]**
9723/4 9743/5 9750/8
9750/12
**internalization [1]**
9745/10
**internalize [1]** 9745/3
**internalized [2]** 9745/4
9746/9
**Internet [3]** 9694/7
9697/23 9699/7
**interrelationship [1]**
9698/16
**interrupt [5]** 9691/24
9695/5 9716/2 9727/6
9753/14
**introduces [1]** 9703/12
**intuited [1]** 9760/2
**intuitive [1]** 9696/16

9713/11
**investments [1]**
9747/9
**involve [1]** 9756/20
**involved [1]** 9689/16
**involving [2]** 9707/21
9775/20
**iOS [8]** 9742/15 9752/1
9752/3 9758/17
9758/18 9758/19
9758/20 9773/18
**is [400]**
**isn't [8]** 9707/21
9714/9 9729/16
9732/25 9733/9 9755/7
9789/2 9799/13
**issue [10]** 9680/4
9709/20 9720/22
9733/16 9738/17
9738/17 9760/24
9761/8 9761/22
9781/24
**issued [1]** 9774/23
**issues [3]** 9689/15
9735/25 9758/5
**ISVs [1]** 9735/20
**it [255]**
**it happened [1]**
9710/24
**it would be [6]** 9711/8
9712/21 9758/18
9771/4 9782/25 9783/4
**it's [140]**
**it's like [2]** 9766/10
9770/17
**it's likely [1]** 9711/18
**its [13]** 9714/22
9716/14 9723/23
9723/23 9731/11
9732/2 9732/4 9734/14
9735/12 9735/13
9749/24 9770/13
9779/8
**itself [1]** 9718/8

**J**

**Janin [1]** 9708/11
**Janin's [1]** 9708/19
**job [2]** 9704/14
9706/22
**John [22]** 9677/2
9679/12 9680/12
9683/5
**John Schmidtlein [2]**
9679/12 9680/12
**jon.sallet [1]** 9676/11
**Jonathan [2]** 9676/6
9679/10
**Jr [1]** 9676/12
**jschmidtlein [1]**
9677/4
**JUDGE [1]** 9675/10
**judge's [1]** 9758/10
**Judicial [1]** 9676/9
**July [1]** 9681/18
**jump [4]** 9692/25
9693/4 9693/6 9746/1

**just [100]** 9679/17
9679/22 9680/8 9682/5
9683/16 9687/11
9691/25 9692/3
9692/24 9692/25
9693/2 9693/4 9694/5
9695/7 9695/8 9698/12
9699/6 9700/5 9702/5
9705/3 9705/6 9705/16
9705/22 9705/24
9706/15 9706/17
9707/7 9707/19
9707/22 9708/14
9708/25 9709/4 9709/9
9710/3 9710/23
9711/20 9711/21
9715/13 9715/19
9715/20 9716/9
9716/13 9718/7
9723/21 9727/3
9728/13 9731/7
9733/16 9734/9
9734/17 9734/19
9735/25 9737/4
9737/13 9740/19
9741/19 9742/3
9743/11 9744/4
9746/22 9747/11
9748/11 9751/25
9752/7 9752/19 9753/1
9753/8 9754/11
9756/21 9757/3
9757/19 9759/23
9767/19 9773/12
9775/17 9776/19
9776/23 9780/14
9780/25 9782/9 9783/3
9783/18 9783/24
9784/1 9787/6 9787/13
9787/25 9790/13
9792/11 9795/2 9795/7
9795/24 9796/6
9796/12 9798/8
9798/12 9798/24
9801/16 9801/20
9802/12
**JUSTICE [3]** 9676/2
9684/1 9684/3
**juxtapose [1]** 9721/7

**K**

**K-e-v-i-n [1]** 9681/9
**keep [5]** 9702/19
9734/2 9772/9 9772/9
9787/16
**keeping [1]** 9760/6
**Kenneth [2]** 9676/2
9679/9
**kenneth.dintzer2 [1]**
9676/5
**kept [1]** 9725/3
**ketchup [9]** 9769/23
9769/24 9769/24
9771/17 9772/1 9772/3
9772/4 9772/17
9800/17
**Kevin [5]** 9680/13

9816

**Kevin... [4]** 9681/2
9681/9 9684/7 9709/13
**Kevin Murphy [2]**
9680/13 9684/7
**key [16]** 9686/25
9687/4 9687/23 9689/9
9692/21 9695/2 9700/4
9715/23 9729/23
9733/22 9750/4
9750/15 9759/23
9784/3 9793/18
9797/20
**keyboard [1]** 9764/11
**kind [48]** 9685/15
9696/21 9696/24
9702/13 9716/17
9725/5 9729/2 9729/23
9732/21 9733/24
9734/3 9741/14
9741/21 9741/25
9744/14 9745/15
9745/16 9748/7 9749/1
9751/4 9756/7 9760/8
9763/5 9763/6 9763/21
9766/21 9767/13
9773/8 9773/20
9774/18 9774/19
9775/12 9776/2
9776/14 9778/6
9788/11 9791/5
9792/15 9793/16
9794/1 9794/5 9795/16
9795/20 9797/3 9797/4
9798/17
**kinds [8]** 9711/11
9719/2 9741/24 9744/6
9768/6 9791/13 9794/4
9794/14
**Knight [1]** 9682/15
**know [113]** 9680/6
9683/18 9685/6
9685/13 9689/11
9690/3 9694/12
9696/21 9699/16
9699/21 9700/23
9702/24 9706/15
9707/18 9707/19
9708/3 9708/4 9708/4
9708/5 9708/10
9708/11 9708/19
9708/19 9708/21
9708/24 9709/4 9709/6
9709/12 9712/17
9714/6 9715/19
9715/21 9717/2 9719/6
9720/5 9720/13
9720/18 9720/18
9722/14 9722/19
9726/24 9727/22
9728/9 9728/17 9729/1
9729/7 9729/13
9729/13 9733/7
9736/14 9737/2 9738/8
9739/3 9739/7 9741/7
9745/15 9745/16
9746/20 9747/13

9749/10 9749/12
9751/8 9752/11
9757/20 9757/22
9757/25 9758/1
9759/11 9761/11
9761/12 9764/16
9764/15 9764/19
9766/13 9767/12
9772/7 9772/13
9772/17 9772/20
9772/22 9772/23
9773/24 9774/11
9774/18 9776/5
9777/16 9777/18
9778/22 9780/25
9782/4 9782/9 9785/9
9786/12 9789/20
9792/10 9792/11
9793/16 9794/3 9794/4
9797/19 9798/4 9798/9
9798/14 9798/16
9798/17 9798/18
9798/23 9799/5
9800/12 9800/20
**known [2]** 9740/23
9749/21
**knows [1]** 9734/5
9783/7

**L**

**label [1]** 9762/22
**labor [1]** 9682/24
**lack [4]** 9721/4
9732/22 9760/24
9761/2
**language [1]** 9799/1
**large [9]** 9722/2
9725/23 9742/13
9743/14 9743/15
9758/23 9764/24
9765/7 9766/25
**largely [3]** 9718/13
9735/16 9750/6
**larger [1]** 9764/3
**last [3]** 9751/3 9780/24
9781/16
**last one [1]** 9751/3
**later [6]** 9679/19
9680/8 9702/21 9714/1
9717/15 9718/3
**LAW [1]** 9676/7
**lead [1]** 9718/4
**learn [2]** 9687/7 9734/1
**learned [2]** 9685/8
9685/15
**least [5]** 9709/23
9728/13 9758/13
9789/15 9791/4
**leave [1]** 9773/4
**leaves [1]** 9794/7
**left [7]** 9695/25
9735/13 9752/2
9752/18 9762/14
9774/15 9788/25
**length [1]** 9716/14
**less [14]** 9690/5
9712/14 9718/5

9738/18 9744/4
9766/10 9774/23
9785/18 9785/24
9799/9 9801/4
**lessening [1]** 9748/5
**lesser [1]** 9769/21
**lessons [1]** 9695/2
**let [9]** 9680/6 9684/20
9693/9 9709/11
9709/12 9739/1
9773/14 9779/10
9782/13
**let's [16]** 9691/20
9693/16 9722/9 9731/2
9733/16 9734/17
9744/20 9749/14
9768/23 9769/18
9774/6 9787/13
9794/20 9798/3 9800/9
9801/18
**Letter [1]** 9693/5
**level [4]** 9709/22
9712/8 9758/14
9768/25
**life [1]** 9722/19
**light [1]** 9692/7
**like [89]** 9681/20
9682/25 9683/18
9687/25 9689/14
9694/15 9695/25
9696/24 9699/7 9700/5
9705/6 9705/22
9707/25 9708/10
9708/13 9708/25
9709/12 9714/1
9714/16 9715/13
9717/4 9717/8 9718/7
9720/13 9720/17
9721/11 9723/21
9723/22 9723/23
9725/22 9728/1 9728/8
9729/7 9731/15 9733/7
9733/10 9738/7
9738/14 9739/7 9742/2
9743/1 9749/9 9750/11
9750/19 9751/17
9751/18 9753/1
9759/23 9761/7 9762/8
9763/1 9763/11
9763/22 9763/25
9763/25 9766/10
9768/3 9770/17
9773/11 9775/10
9775/14 9777/11
9781/24 9781/25
9782/13 9782/21
9782/22 9783/1 9783/4
9784/12 9787/7 9789/7
9789/24 9791/15
9791/25 9792/21
9793/7 9793/9 9794/5
9795/7 9795/16
9795/21 9795/25
9798/22 9799/1 9799/1
9799/12 9800/17
9800/22
**liked [1]** 9754/22

9789/1 9789/5
**likes [1]** 9785/21
**limiting [1]** 9690/24
**limits [3]** 9778/3
9778/16 9778/19
**line [4]** 9721/5 9725/9
9748/20 9774/12
**link [2]** 9713/3 9738/12
**list [1]** 9761/18
**literal [1]** 9790/25
**literally [1]** 9757/12
**literature [5]** 9745/14
9746/2 9747/6 9747/16
9770/20
**little [13]** 9707/12
9711/17 9720/10
9721/13 9724/6
9739/22 9739/25
9742/24 9766/5 9782/7
9784/22 9789/9
9789/11
**live [3]** 9700/21
9796/23 9796/24
**lives [1]** 9699/13
**LLC [2]** 9675/6 9679/8
**LLP [2]** 9676/13 9677/2
**Lobby [1]** 9761/19
**locations [1]** 9695/10
**locked [1]** 9726/5
**logic [1]** 9776/3
**logical [1]** 9801/12
**long [8]** 9682/2
9682/17 9682/18
9694/1 9694/3 9753/8
9786/20 9791/4
**longer [1]** 9802/1
**look [58]** 9684/20
9685/10 9685/10
9687/25 9690/17
9693/14 9694/4 9694/6
9695/15 9700/11
9709/19 9715/18
9720/8 9720/17
9727/24 9728/3 9728/7
9730/12 9733/22
9733/25 9736/15
9739/3 9749/9 9751/1
9751/7 9751/17
9751/18 9753/3
9753/16 9756/6
9760/10 9761/15
9761/19 9762/9 9763/1
9763/8 9763/11
9763/14 9763/16
9763/17 9763/18
9763/25 9765/1 9766/6
9766/17 9767/5
9773/11 9773/17
9782/10 9783/24
9784/24 9787/7
9787/12 9788/18
9789/24 9793/18
9794/3 9801/6
**looked [4]** 9737/2
9753/1 9785/8 9786/22
**looking [16]** 9692/11
9695/14 9710/4

9711/22 9711/22
9733/23 9734/20
9738/4 9749/7 9761/16
9761/17 9762/14
9789/5 9789/19
9789/25 9793/19
**looks [4]** 9762/8
9763/4 9777/4 9785/9
**loop [1]** 9797/12
**lose [6]** 9691/1 9702/9
9744/1 9771/1 9771/13
9787/20
**losing [2]** 9702/23
9787/14
**loss [3]** 9744/11
9746/24 9787/9
**lot [66]** 9685/8 9685/11
9685/12 9689/23
9699/14 9701/1
9702/23 9703/16
9703/17 9707/20
9707/22 9708/1 9709/9
9714/8 9714/11
9714/19 9714/20
9714/21 9715/4
9715/22 9716/20
9721/18 9721/25
9722/14 9727/10
9727/10 9729/8 9729/9
9729/11 9729/14
9733/25 9737/3 9739/5
9739/6 9739/7 9742/6
9743/9 9744/1 9746/21
9748/8 9758/21
9759/24 9759/25
9760/20 9760/21
9760/22 9764/7
9767/11 9771/1
9772/11 9772/19
9773/9 9773/9 9784/12
9784/15 9786/17
9793/10 9793/12
9793/12 9793/14
9795/25 9796/6
9796/25 9797/2 9801/9
9802/4
**lots [6]** 9706/8 9709/13
9738/17 9755/24
9757/21 9795/19
**low [2]** 9704/18
9774/14
**lower [25]** 9705/16
9705/22 9705/22
9706/10 9706/10
9706/11 9711/6 9711/8
9712/1 9712/18 9714/7
9714/10 9715/1
9715/14 9716/23
9717/3 9717/21 9737/3
9744/11 9744/12
9772/14 9785/20 9796/3
9788/7 9792/13 9796/3
**lowering [1]** 9711/13
**lowers [2]** 9706/1
9706/3
**lowest [1]** 9725/22
**lowly [1]** 9776/23
**lunch [2]** 9797/14

**L**

lunch... [1]  9801/18

**M**

M-u-r-p-h-y [1]
9681/10
Mac [3]  9742/15
9758/18 9763/16
MacArthur [1]  9683/9
MADAs [1]  9687/21
made [9]  9696/10
9701/3 9706/8 9738/20
9747/22 9757/4 9758/9
9760/9 9785/2
Maine [1]  9677/3
maintain [3]  9727/11
9728/2 9747/10
maintained [1]
9773/23
major [6]  9687/18
9742/21 9742/23
9748/25 9764/6
9785/10
majority [7]  9734/20
9763/9 9763/10 9767/7
9767/9 9782/7 9788/23
make [46]  9688/4
9689/24 9690/1 9695/8
9696/20 9697/9
9699/11 9699/17
9700/15 9701/2
9703/15 9703/16
9703/17 9703/23
9705/7 9705/11
9705/12 9706/2 9707/9
9709/12 9711/20
9718/10 9720/24
9722/19 9722/24
9726/10 9727/3
9731/22 9734/19
9737/5 9738/13 9749/2
9757/18 9769/23
9772/16 9772/19
9775/11 9781/18
9791/3 9792/1 9793/3
9793/10 9794/9
9794/20 9800/15
9801/16
maker [12]  9699/11
9699/17 9699/22
9705/12 9706/17
9708/18 9708/18
9708/23 9709/12
9711/18 9723/21
9725/2
makers [4]  9697/7
9698/10 9738/6 9738/7
makes [22]  9699/9
9703/22 9703/23
9703/23 9706/1
9721/12 9732/3
9734/16 9741/20
9742/2 9746/15
9747/22 9748/20
9763/21 9765/21
9770/2 9770/7 9777/2
9793/14 9795/24
9796/6 9796/8

making [10]  9692/7
9706/22 9710/14
9718/9 9724/5 9741/19
9769/16 9771/14
9786/25 9798/23
manifest [1]  9711/6
Mankiw [1]  9747/8
manufacturer [1]
9749/22
many [11]  9683/20
9685/8 9690/6 9709/9
9759/10 9759/15
9759/15 9769/24
9793/21 9796/22
9799/15
map [4]  9784/7
9784/13 9784/17
9784/22
map's [1]  9784/11
maps [9]  9782/5
9783/4 9783/22
9783/22 9784/1 9784/4
9784/6 9784/6 9785/1
margin [8]  9710/5
9710/13 9710/15
9710/16 9710/18
9710/19 9711/22
9711/23
marginal [4]  9706/12
9706/14 9710/8 9712/3
margins [3]  9710/11
9710/25 9710/25
marked [40]  9685/25
market [40]  9684/25
9686/25 9687/9
9687/10 9688/7
9689/24 9692/4 9692/6
9692/8 9692/13
9692/14 9694/11
9694/15 9694/25
9695/1 9698/8 9712/10
9712/11 9712/15
9718/16 9725/14
9725/16 9727/16
9727/22 9727/25
9728/25 9729/17
9741/21 9745/2
9747/23 9749/4 9749/6
9765/11 9771/6
9776/13 9778/24
9782/10 9782/11
9795/11 9800/4
marketed [1]  9684/21
marketplace [39]
9686/22 9687/8 9689/3
9704/1 9704/13
9712/14 9715/1
9715/15 9717/3
9717/10 9722/17
9726/4 9726/15
9727/15 9728/3
9728/13 9728/15
9731/22 9734/1 9734/2
9741/13 9742/18
9742/21 9743/19
9743/2 9743/19
9744/10 9746/18
9747/25 9748/2 9749/3

taking [2]  9751/4
9772/18 9798/2 9798/5
9798/11 9799/7 9800/6
markets [7]  9682/9
9692/18 9723/7
9741/23 9741/24
9741/24 9744/8
math [4]  9787/5 9787/6
9787/24 9787/24
mathematics [1]
9684/23
matter [8]  9684/2
9692/10 9739/21
9763/19 9765/16
9780/18 9786/11
9803/4
matters [1]  9679/18
may [19]  9685/21
9685/22 9698/12
9707/11 9709/4
9712/13 9714/24
9744/3 9746/11
9746/20 9746/22
9746/23 9746/23
9747/4 9765/8 9765/9
9767/1 9793/6 9793/6
maybe [13]  9696/16
9699/4 9706/12
9716/11 9730/5
9730/18 9732/8
9754/14 9759/3
9780/20 9782/9 9793/2
9797/7
me [69]  9684/20
9684/24 9690/5 9693/9
9694/22 9694/25
9697/23 9698/5
9699/15 9699/19
9702/12 9704/13
9709/11 9709/13
9709/13 9709/14
9712/13 9722/20
9722/25 9725/10
9725/20 9727/7 9730/3
9730/7 9730/8 9730/14
9730/14 9730/17
9731/15 9731/24
9731/25 9737/12
9739/1 9739/19 9741/2
9746/12 9748/20
9748/25 9753/20
9761/9 9762/9 9764/21
9769/23 9770/19
9770/22 9770/24
9771/14 9773/14
9775/12 9776/10
9778/6 9781/12 9782/9
9782/13 9789/7 9791/4
9792/18 9792/18
9792/19 9795/22
9795/22 9795/23
9796/2 9796/3 9796/6
9799/6 9799/7 9799/8
9800/13
mean [36]  9690/23
9694/9 9698/2 9702/21
9704/9 9706/14
9714/14 9715/3

2004 [0]  9751/Filed
9724/16 9726/9
9728/22 9731/13
9733/5 9744/3 9745/19
9745/20 9751/12
9754/22 9757/12
9757/25 9759/16
9761/16 9761/25
9762/2 9766/5 9767/19
9768/13 9772/5
9774/16 9777/9 9780/8
9795/16 9796/15
9802/1
means [6]  9697/15
9706/14 9768/8
9790/21 9791/13
9796/19
measure [9]  9720/13
9769/6 9769/11 9774/8
9774/10 9774/25
9775/5 9775/15 9778/7
measures [1]  9778/5
mechanical [1]
9677/10
mechanism [1]
9696/21
Medal [1]  9683/5
meet [1]  9728/9
MEHTA [2]  9675/9
9679/3
member [1]  9683/11
mention [3]  9738/3
9738/11 9798/9
mentioned [1]  9764/16
Merit [1]  9677/6
mess [1]  9708/13
message [2]  9721/3
9722/5
messed [1]  9783/5
met [3]  9694/15
9694/25 9695/1
method [2]  9775/7
9775/8
methodology [2]
9734/3 9783/19
methods [1]  9683/1
MFN [3]  9791/5 9791/6
9791/7
MFN on [1]  9791/7
MFN-type [1]  9791/5
Microsoft [21]  9701/18
9702/20 9716/18
9716/18 9716/20
9728/7 9734/11
9736/24 9737/7
9753/22 9754/6 9754/7
9755/10 9772/13
9773/17 9782/22
9788/20 9789/1
9799/13 9799/14
9799/17
Microsoft's [3]
9736/16 9737/1 9782/7
mid [1]  9773/17
mid-2010s [1]  9773/17
might [27]  9688/6
9690/6 9692/16
9708/19 9711/12

97/ge 143 of 155
9724/16 9726/9

9712/9 9712/11
9720/7 9725/23
9728/16 9739/15
9741/6 9743/4 9744/9
9750/16 9754/23
9755/15 9757/18
9769/11 9769/17
9774/23 9775/15
9782/12 9792/6
9792/10 9796/21
Milton [1]  9682/15
mind [3]  9717/9
9726/16 9774/2
minus [2]  9787/23
9788/14
minute [5]  9696/7
9735/24 9736/3
9737/13 9779/22
mischaracterize [1]
9776/10
misleading [1]  9711/21
missed [1]  9746/11
Mitchell [3]  9724/3
9724/6 9799/20
mobile [12]  9763/8
9764/3 9764/9 9764/15
9764/18 9765/1 9765/2
9765/3 9765/24 9766/3
9767/3 9783/9
models [2]  9731/20
9746/4
modest [1]  9729/20
modestly [2]  9763/24
9765/11
moment [1]  9758/9
9801/23
monetary [1]  9703/11
monetization [1]
9698/7
monetize [1]  9716/23
monetized [1]  9706/9
money [6]  9710/14
9716/20 9727/10
9727/11 9772/11
9787/18
monopolist [1]
9712/20
monopoly [3]  9747/20
9748/7 9748/11
more [107]  9680/5
9689/8 9689/24 9690/6
9697/18 9697/21
9697/22 9697/23
9697/23 9698/4 9704/8
9704/9 9704/10
9704/12 9704/14
9705/5 9705/8 9705/9
9705/11 9705/15
9705/19 9705/20
9705/21 9706/11
9706/20 9706/22
9706/23 9706/24
9708/1 9710/9 9710/10
9710/14 9711/13
9711/14 9711/15
9711/18 9712/2 9712/5
9712/13 9712/19
9713/14 9713/14

**M**

**more... [65]** 9716/9
9716/10 9716/11
9716/14 9716/23
9717/13 9718/9 9723/8
9726/3 9726/24
9730/13 9732/9
9741/17 9741/21
9743/6 9743/9 9743/22
9744/4 9746/12 9747/5
9748/2 9748/13
9748/15 9751/4 9755/9
9755/23 9757/22
9758/18 9759/7
9763/10 9766/15
9768/4 9768/5 9768/6
9768/7 9768/8 9768/8
9768/22 9770/2
9770/15 9771/3
9772/22 9773/10
9774/19 9777/10
9777/16 9777/20
9777/22 9778/4 9778/4
9778/24 9781/14
9784/15 9786/16
9789/1 9789/21 9792/9
9792/9 9792/11
9792/12 9792/13
9796/4 9796/14
9796/22 9797/24
**morning [10]** 9675/7
9679/4 9679/13
9680/11 9680/19
9680/20 9680/21
9681/5 9681/6 9802/5
**most [18]** 9681/23
9689/17 9709/4
9713/10 9713/10
9715/2 9722/24
9724/12 9734/4 9734/6
9734/8 9735/4 9735/19
9737/19 9761/5
9762/24 9764/7
9790/22
**mostly [4]** 9682/8
9722/22 9746/24
9767/11
**motions [1]** 9797/20
**mousetrap [1]** 9727/22
**mouth [1]** 9775/2
**move [8]** 9707/22
9729/14 9751/19
9767/24 9767/25
9771/3 9793/17
9802/11
**moving [2]** 9721/12
9788/24
**Mozilla [21]** 9694/8
9713/4 9713/5 9714/16
9723/25 9724/3
9724/11 9724/15
9724/16 9735/16
9756/6 9756/7 9756/22
9756/23 9757/2 9763/6
9772/23 9772/24
9773/4 9798/15
9799/20
**Mozilla's [2]** 9756/2

**Mr. [9]** 9680/23
9691/23 9715/18
9715/19 9730/24
9740/12 9743/16
9772/7 9801/24
**Mr. Nadella's [3]**
9715/19 9743/16
9772/7
**Mr. Schmidtlein [5]**
9680/23 9691/23
9730/24 9740/12
9801/24
**Mr. Tinter's [1]**
9715/18
**MSN [3]** 9693/22
9695/20 9696/4
**much [41]** 9689/8
9689/23 9703/18
9706/7 9707/19 9709/7
9716/16 9718/22
9721/10 9721/24
9722/20 9725/1
9727/17 9728/10
9728/13 9729/25
9736/23 9738/1
9738/18 9739/18
9743/6 9755/7 9755/9
9757/1 9759/5 9760/23
9761/3 9762/8 9763/18
9763/24 9765/24
9769/11 9771/3
9782/16 9782/16
9782/17 9782/18
9793/20 9799/9
9799/13 9801/7
**Murphy [24]** 9679/16
9680/13 9680/18
9681/2 9681/5 9681/9
9684/7 9684/11
9684/14 9685/17
9685/24 9686/9
9686/14 9690/23
9703/2 9707/8 9713/19
9722/9 9731/2 9740/2
9740/14 9774/6
9788/18 9797/16
**must [3]** 9694/23
9746/1 9786/10
**my [58]** 9681/9
9681/12 9681/13
9681/23 9684/16
9685/4 9685/8 9686/21
9688/15 9692/5 9692/9
9692/10 9693/10
9693/12 9697/11
9697/20 9699/4
9706/22 9708/11
9708/13 9711/2 9712/3
9717/9 9726/16
9729/10 9730/4
9730/10 9730/17
9730/18 9731/14
9734/3 9741/8 9741/12
9741/19 9744/2 9747/3
9749/25 9750/16
9757/21 9757/21
9760/2 9761/12

**N**

**Nadella's [3]** 9715/19
9743/16 9772/7
**name [2]** 9681/7
9681/9
**narrower [1]** 9692/13
**navigate [1]** 9695/11
**navigated [1]** 9734/6
**nearly [1]** 9793/20
**necessarily [3]** 9726/2
9738/22 9755/17
**need [11]** 9680/7
9687/2 9696/20
9698/14 9744/8
9747/24 9751/19
9785/23 9786/17
9786/19 9797/22
**needed [1]** 9786/24
**needs [2]** 9697/14
9728/9
**negative [3]** 9744/21
9745/11 9746/13
**negotiating [1]**
9785/14
**net [3]** 9746/24
9788/12 9788/14
**Netscape [5]** 9693/21
9695/16 9695/16
9695/18 9696/4
**never [7]** 9726/11
9726/12 9771/18
9771/20 9771/22
9773/5 9798/5
**new [8]** 9676/15
9728/22 9728/23
9728/24 9729/2
9775/19 9775/25
9789/10
**next [11]** 9688/21
9690/19 9722/9
9735/10 9737/9
9749/14 9760/2
9778/11 9797/8
9799/14 9799/14
**nice [1]** 9679/14
**niche [1]** 9717/13
**no [40]** 9675/4 9684/9
9688/14 9694/14
9703/6 9709/14
9710/23 9715/8
9716/18 9717/6 9721/4
9725/22 9730/25
9739/12 9744/3 9745/3
9745/8 9745/14
9747/11 9747/21
9748/9 9748/18 9749/5
9749/6 9749/14
9754/15 9761/6 9762/1

9771/2 9771/14
9773/14 9773/24
9774/2 9775/4 9782/9
9784/9 9784/10
9785/19 9789/25
9792/24 9794/6 9799/2
**myself [2]** 9682/18
9728/17

9771/7 9771/14
9773/14 9773/24
9774/2 9775/4 9782/9
9784/9 9784/10
9785/19 9789/25
9792/24 9794/6 9799/2
**nobody [2]** 9730/6
9760/14
**non [9]** 9752/22
9752/22 9755/11
9756/24 9757/3 9757/6
9759/18 9763/19
9775/16
**non-default [5]**
9752/22 9756/24
9757/3 9757/6 9759/18
**non-exclusive [1]**
9775/16
**non-Safari [1]** 9755/11
**non-search [1]**
9752/22
**Non-trivial [1]** 9763/19
**none [2]** 9757/23
9792/15
**nonetheless [3]**
9689/1 9738/18
9767/16
**nonrepresentative [1]**
9766/13
**normally [2]** 9705/15
9731/22
**not [194]**
**nothing [6]** 9701/11
9712/15 9755/3
9778/18 9786/24
9792/7
**notice [4]** 9679/18
9679/22 9680/9
9733/24
**notion [2]** 9723/11
9791/17
**November [2]** 9675/5
9803/7
**now [57]** 9679/19
9682/19 9685/17
9685/24 9688/9
9693/10 9697/11
9700/3 9704/4 9706/21
9710/12 9710/14
9710/20 9710/22
9711/10 9712/4
9713/19 9713/25
9714/24 9717/8
9725/18 9730/1 9732/5
9737/22 9738/20
9752/21 9753/12
9754/14 9756/6 9757/9
9758/9 9760/17
9761/16 9762/7
9762/22 9763/14
9764/2 9765/20 9766/1
9767/23 9773/16
9773/22 9776/21
9780/9 9780/16 9782/1
9783/2 9785/9 9787/24
9788/1 9789/8 9789/25
9794/24 9794/25
9798/25 9801/12
9801/18

**number [26]** 9693/4
9694/25 9703/14
9704/5 9724/21
9732/10 9742/14
9742/15 9758/20
9759/2 9761/13
9767/22 9777/23
9783/10 9785/11
9785/13 9785/25
9786/1 9786/5 9786/25
9787/3 9788/7 9788/12
9788/13 9788/22
9789/7
**numbers [19]** 9734/25
9735/2 9755/18
9758/22 9763/15
9765/10 9773/19
9782/1 9782/2 9782/3
9782/6 9783/8 9783/9
9783/16 9786/7 9786/9
9787/6 9787/8 9787/25
**numerical [1]** 9685/11
**NW [2]** 9676/3 9677/8
**NY [1]** 9676/15

**O**

**oath [1]** 9680/16
**objection [1]** 9684/9
**observation [1]**
9793/18
**observations [1]**
9685/10
**obtained [1]** 9735/7
**obviously [6]** 9683/7
9687/18 9689/14
9741/1 9741/8 9760/11
**occupying [1]** 9707/14
**occur [2]** 9726/14
9729/4
**odd [1]** 9770/5
**odds [3]** 9748/8
9748/16 9791/24
**OEM [3]** 9687/15
9706/16 9736/1
**OEMs [3]** 9687/19
9735/18 9738/5
**off [12]** 9715/20
9743/17 9743/19
9746/3 9766/7 9772/25
9774/2 9778/3 9778/6
9778/16 9778/19
9778/24
**off-limits [3]** 9778/3
9778/16 9778/19
**offer [6]** 9683/22
9717/5 9749/11
9775/19 9791/3 9792/2
**offered [1]** 9740/14
**offering [2]** 9730/20
9749/10
**offers [1]** 9791/2
**Official [1]** 9677/7
**offset [1]** 9691/14
**often [8]** 9687/5
9699/14 9704/24
9718/11 9732/15
9741/17 9747/10
9761/19

**O**

oh [5] 9756/12 9767/18
9783/5 9796/1 9798/3
okay [53] 9679/13
9680/10 9686/3
9686/13 9691/14
9692/19 9692/25
9693/8 9693/16
9695/21 9696/5 9697/5
9697/10 9700/2 9704/4
9722/4 9732/21
9734/25 9735/23
9740/21 9745/8
9759/15 9760/19
9761/1 9762/6 9763/3
9763/21 9764/25
9765/2 9769/4 9769/17
9772/2 9775/24 9776/9
9782/24 9783/6
9783/12 9784/8 9784/9
9785/7 9788/9 9788/16
9790/25 9791/10
9791/17 9791/19
9794/9 9794/23
9801/13 9801/14
9801/18 9802/2
9802/13
old [1] 9757/25
once [10] 9688/3
9702/18 9719/7 9722/7
9746/12 9758/1
9775/13 9778/8
9778/12 9778/18
one [87] 9679/21
9680/6 9682/13
9682/21 9686/17
9690/20 9693/4
9694/23 9695/13
9697/2 9699/4 9700/19
9701/6 9701/10 9704/5
9704/6 9705/4 9708/1
9708/18 9713/25
9714/1 9716/19
9716/23 9719/10
9719/22 9720/8
9723/14 9723/15
9724/25 9726/17
9727/14 9729/2 9729/4
9731/20 9732/10
9732/18 9732/22
9733/2 9734/15
9735/10 9736/20
9738/1 9742/20
9742/21 9743/17
9743/19 9743/22
9747/5 9748/19
9748/25 9750/9 9751/3
9751/4 9752/9 9752/18
9753/15 9754/3
9754/22 9754/24
9757/14 9757/20
9761/13 9762/7 9762/8
9762/12 9762/13
9762/14 9763/4
9763/23 9767/22
9769/21 9773/1
9774/20 9779/23
9782/15 9787/8

9790/9 9791/7
9791/12 9791/13
9792/12 9795/4
9797/20 9798/13
9798/13 9799/6
9800/14
one-week [1] 9682/21
ones [3] 9732/8 9757/6
9783/13
only [19] 9680/4
9690/13 9694/2
9701/10 9702/21
9705/9 9746/19 9747/5
9756/8 9760/10
9762/17 9762/18
9763/1 9768/14
9769/24 9770/9 9788/4
9795/5 9795/13
open [4] 9700/12
9752/4 9756/7 9780/14
operating [1] 9734/18
operative [1] 9748/21
opinion [10] 9691/20
9692/22 9693/10
9693/12 9722/10
9723/25 9731/14
9740/15 9752/24
9756/3
opinions [2] 9688/9
9731/4
opportunity [2] 9691/1
9691/3
option [5] 9701/10
9747/10 9758/6
9772/13 9800/23
options [2] 9701/1
9772/22
orange [1] 9735/17
order [1] 9689/12
organic [4] 9759/16
9759/17 9767/13
9793/22
organization [1]
9684/8
original [1] 9749/8
originally [1] 9684/22
OS [1] 9742/15
other [108] 9680/6
9683/6 9683/10
9691/14 9694/14
9694/16 9694/19
9697/16 9699/15
9700/20 9701/12
9702/23 9704/11
9707/23 9708/9 9709/9
9710/7 9711/23
9711/24 9711/24
9712/7 9715/8 9717/6
9717/15 9719/10
9719/17 9721/1 9721/5
9722/19 9722/25
9724/7 9724/9 9724/10
9725/4 9732/19
9735/19 9735/20
9740/25 9741/2 9741/5
9741/7 9741/20
9741/22 9742/2 9742/7
9743/18 9743/24

9745/23 9745/24
9746/2 9746/17
9746/21 9747/7
9748/12 9749/24
9749/25 9753/11
9753/21 9755/2 9755/2
9755/12 9756/13
9757/6 9757/17
9759/12 9759/15
9759/17 9759/18
9759/22 9759/24
9759/25 9760/12
9761/15 9768/2
9768/11 9769/20
9769/25 9770/1
9770/10 9770/10
9770/23 9773/11
9774/20 9777/1
9777/25 9779/7
9780/21 9782/6
9783/25 9786/6 9787/8
9787/8 9788/1 9788/5
9788/10 9791/1
9793/14 9793/18
9793/19 9794/4
9796/25 9797/9 9798/7
9798/25 9800/5 9800/6
others [8] 9696/16
9702/24 9707/12
9715/7 9722/22 9749/2
9755/1 9759/21
otherwise [5] 9686/12
9696/21 9704/1
9770/15 9774/24
our [13] 9679/22
9682/13 9691/5
9698/15 9699/13
9718/17 9719/22
9725/11 9728/9
9733/14 9741/3
9798/16 9801/18
out [39] 9692/16
9695/3 9699/3 9699/8
9700/3 9700/5 9700/6
9700/12 9701/4
9705/24 9718/4 9720/8
9725/11 9726/5
9726/23 9728/11
9734/11 9739/2
9740/25 9754/19
9755/19 9765/10
9765/14 9765/17
9765/18 9769/23
9770/19 9773/22
9779/2 9784/3 9786/13
9787/11 9787/22
9787/24 9793/19
9795/6 9795/8 9798/18
9798/20
outcome [6] 9690/11
9694/11 9718/22
9726/16 9745/22
9751/11
outcomes [5] 9732/7
9734/1 9743/2 9749/7
9751/11
outcompete [1]

outfield [1] 9793/1
output [9] 9705/22
9705/23 9705/23
9706/25 9706/25
9712/18 9712/22
9713/18 9723/9
outside [6] 9729/8
9729/14 9747/10
9758/12 9760/3
9801/23
outstanding [2] 9683/6
9685/2
over [14] 9682/6
9682/17 9683/1
9707/15 9708/20
9716/14 9737/10
9739/14 9741/15
9745/2 9771/6 9776/14
9776/24 9801/21
overall [9] 9710/13
9710/16 9710/18
9710/25 9737/18
9744/3 9744/11 9783/9
9801/3
overcome [2] 9728/4
9775/6
overriding [1] 9731/21
overwhelmingly [1]
9760/13
own [3] 9743/11
9745/6 9789/15

**P**

p.m [3] 9740/8 9802/20
9802/20
page [3] 9715/20
9753/18 9753/20
paid [2] 9780/21
9792/7
paper [3] 9747/8
9749/20 9749/21
papers [2] 9683/14
9683/18
parity [4] 9791/2
9791/12 9791/13
9791/17
part [29] 9687/11
9688/8 9689/17
9690/16 9695/4
9696/12 9699/23
9700/10 9709/7
9714/11 9715/23
9716/12 9726/6
9726/21 9727/5 9728/8
9729/12 9729/23
9735/5 9735/22 9753/2
9764/13 9779/1 9780/7
9782/20 9782/20
9783/24 9783/25
9788/20
participant [1] 9743/8
participants [3]
9727/16 9746/17
9749/4
particular [10] 9685/9
9695/11 9712/9 9725/1
9732/20 9742/1

9745/1 9783/3
9789/13 9795/18
particularly [10]
9688/6 9690/1 9698/6
9698/22 9699/1
9767/12 9769/15
9784/14 9791/25
9793/9
partner [12] 9698/9
9706/20 9713/12
9714/21 9722/1 9728/5
9768/17 9770/2 9781/9
9792/2 9797/24
9800/16
partner's [1] 9771/2
partners [6] 9714/15
9732/22 9751/5
9768/20 9798/3
9799/19
partners' [1] 9693/13
parts [1] 9687/14
party [2] 9762/3 9762/4
pass [6] 9707/3
9710/15 9712/12
9712/13 9712/13
9712/16
pass-through [1]
9707/3
passed [1] 9682/17
passing [1] 9710/12
passthrough [11]
9709/24 9710/21
9710/23 9711/4 9711/5
9711/11 9711/17
9711/25 9712/7 9712/8
9712/22
PATTERSON [1]
9676/13
pay [43] 9704/13
9706/18 9715/13
9716/9 9716/10
9716/14 9716/17
9716/22 9721/24
9741/21 9744/9
9772/10 9780/20
9781/8 9781/8 9781/15
9786/14 9786/15
9787/12 9787/15
9787/16 9787/17
9787/21 9787/21
9787/22 9788/3 9788/7
9788/13 9788/13
9791/3 9793/2 9793/2
9793/5 9793/16
9793/24 9793/24
9794/11 9794/13
9794/22 9795/5
9796/12 9796/14
9800/11
paying [8] 9721/22
9722/25 9787/13
9793/17 9794/25
9795/1 9795/2 9795/13
payment [5] 9768/3
9791/21 9792/16
9792/17 9794/5
payment's [1] 9794/17
payments [25] 9703/22

**payments... [24]**
9703/22 9703/23
9703/24 9704/22
9704/24 9704/25
9705/11 9705/12
9705/25 9706/16
9707/4 9709/25 9710/6
9712/25 9722/2
9742/19 9748/15
9748/18 9768/19
9772/19 9790/20
9791/24 9793/10
9797/20
**pays [2]** 9706/16
9721/21
**pbwt.com [1]** 9676/16
**PC [7]** 9736/1 9736/8
9738/12 9738/14
9739/5 9739/6 9764/10
**PCs [6]** 9734/5
9734/19 9736/4
9737/10 9737/23
9738/6
**pecuniary [1]** 9741/21
**peer [3]** 9683/13
9683/20 9683/21
**peer-reviewed [1]**
9683/13
**peg [1]** 9775/13
**people [94]** 9685/7
9690/15 9694/4 9694/4
9694/16 9694/16
9694/19 9694/23
9697/22 9703/14
9703/16 9703/17
9703/18 9704/24
9705/7 9705/11
9707/24 9708/6 9708/7
9708/25 9709/3 9709/4
9709/11 9714/19
9714/20 9717/3 9717/6
9717/18 9726/12
9726/23 9727/14
9727/25 9727/25
9729/14 9731/22
9734/8 9738/7 9740/25
9741/6 9741/7 9741/22
9742/3 9742/7 9743/19
9743/24 9743/25
9746/21 9747/10
9751/8 9751/9 9753/23
9754/22 9754/22
9755/2 9755/2 9755/7
9758/1 9759/7 9759/10
9759/23 9760/9
9760/12 9760/15
9760/20 9760/22
9761/7 9761/8 9761/10
9761/15 9761/19
9764/6 9764/8 9764/17
9764/19 9767/9
9767/12 9769/9
9769/24 9770/1 9770/6
9770/9 9770/10 9773/3
9773/4 9773/14
9774/11 9785/3 9789/3

9798/23 9800/20
**people's [3]** 9707/18
9750/1 9782/12
**per [2]** 9689/21 9800/9
**percent [39]** 9713/8
9735/23 9736/2 9736/4
9736/5 9736/6 9736/8
9736/10 9736/10
9736/11 9736/11
9737/13 9737/15
9737/18 9762/3 9762/4
9762/20 9762/21
9765/14 9765/17
9765/18 9765/20
9766/10 9776/13
9778/21 9779/9
9779/10 9779/11
9780/12 9780/13
9781/16 9782/17
9782/21 9783/2
9785/13 9792/24
9794/22 9794/23
9794/25
**percentage [3]**
9706/19 9787/9
9795/12
**perfect [3]** 9743/4
9747/22 9766/14
**perform [1]** 9699/18
**performance [2]**
9699/3 9792/17
**period [13]** 9682/22
9694/17 9732/12
9732/12 9734/13
9734/21 9735/5 9737/4
9737/20 9737/24
9757/4 9757/7 9767/13
**permit [1]** 9753/19
**person [1]** 9702/15
**perspective [2]**
9722/13 9801/5
**pertinent [1]** 9707/2
**Ph.D [3]** 9681/13
9682/14 9682/20
**phone [15]** 9700/24
9700/25 9701/14
9710/9 9711/14 9755/3
9755/4 9757/21 9766/6
9766/8 9766/9 9768/11
9768/12 9798/24
9799/2
**phones [4]** 9710/10
9757/20 9766/3 9766/3
**pick [5]** 9708/18
9726/12 9727/3
9771/18 9789/1
**picked [1]** 9737/3
**picture [4]** 9736/24
9756/25 9767/5
9779/14
**pie [2]** 9735/13 9788/5
**piece [1]** 9724/7
**pieces [3]** 9720/7
9722/5 9753/7
**pistols [1]** 9699/17
**piston [1]** 9699/16
**place [4]** 9692/13

**placed [1]** 9680/16
**placement [3]** 9791/5
9791/8 9791/9
**places [2]** 9692/17
9759/22
**Plaintiff [2]** 9676/6
9679/11
**plaintiffs [10]** 9675/4
9676/2 9692/4 9707/8
9713/20 9716/8
9721/10 9738/21
9753/15 9802/14
**plaintiffs' [1]** 9779/2
**plan [1]** 9711/12
**platform [1]** 9694/10
9705/12 9706/3
9708/18 9708/21
9708/23 9714/15
9715/11 9724/11
**platforms [1]** 9689/14
**play [11]** 9686/18
9692/14 9704/16
9727/12 9728/17
9729/11 9743/19
9755/18 9764/11
9772/24 9773/22
**played [2]** 9704/25
9746/7
**player [4]** 9694/20
9694/21 9717/13
9742/23
**players [4]** 9718/4
9728/23 9742/21
9800/6
**playing [1]** 9743/17
**plays [2]** 9687/18
9713/16
**please [8]** 9679/4
9680/15 9680/17
9681/7 9706/18
9709/14 9739/19
9740/11
**pleasing [1]** 9732/4
**point [29]** 9679/22
9690/10 9693/17
9694/10 9696/2
9700/23 9702/6 9702/7
9703/4 9704/17 9707/8
9714/9 9724/8 9731/2
9734/19 9747/3
9759/23 9765/15
9769/14 9769/15
9773/1 9774/7 9775/4
9784/3 9797/7 9797/14
9798/1 9798/18
9801/12
**pointing [1]** 9746/19
**points [4]** 9692/21
9734/7 9779/1 9798/4
**policy [1]** 9682/25
**pollute [1]** 9741/7
**pollution [3]** 9741/7
9741/8 9741/12
**poor [1]** 9794/17
**pop [1]** 9695/23
**popular [1]** 9767/14
**population [2]** 9789/3

**portions [1]** 9686/6
**position [11]** 9681/15
9707/14 9712/10
9712/11 9712/16
9716/10 9744/2
9746/25 9747/12
9748/3 9795/10
**positive [3]** 9744/21
9745/10 9767/16
**possible [1]** 9710/22
**potential [2]** 9709/24
9748/23
**potentially [1]** 9698/19
**pound [1]** 9786/13
**power [1]** 9800/4
**pre [6]** 9702/22 9734/4
9734/7 9734/12
9734/20 9735/1
**pre-2011 [1]** 9735/1
**pre-2014 [2]** 9734/4
9734/20
**pre-installed [3]**
9702/22 9734/7
9734/12
**precise [8]** 9785/22
9785/24 9786/3
9786/11 9786/17
9786/20 9786/24
9787/1
**precisely [2]** 9781/8
9797/1
**precision [1]** 9786/1
**predates [1]** 9739/13
**predict [1]** 9717/13
**preference [2]** 9764/22
9764/24
**prefers [1]** 9717/1
**preinstall [2]** 9755/2
9762/18
**preinstallation [17]**
9735/15 9735/18
9735/22 9736/1
9736/12 9736/13
9736/16 9737/1 9737/4
9737/7 9737/15
9737/19 9738/2
9738/11 9738/18
9762/19 9782/23
**preinstalled [1]** 9738/4
**premise [1]** 9731/18
**prepare [2]** 9685/18
9686/1
**presence [1]** 9757/9
**present [3]** 9686/1
9696/8 9798/11
**presentation [2]**
9685/18 9731/3
**preserve [2]** 9748/7
9780/1
**preserving [1]** 9779/22
**presiding [1]** 9679/3
**pressure [7]** 9714/5
9770/15 9771/1 9773/9
9773/10 9777/21
9777/24
**presumably [2]**
9746/13 9759/7

**presume [1]** 9754/23
**pretty [15]** 9693/17
9711/3 9733/20
9733/21 9736/24
9738/15 9742/20
9762/8 9763/24
9764/16 9766/8
9767/13 9795/20
9800/23 9802/10
**Prettyman [1]** 9677/7
**prevent [10]** 9719/18
9720/20 9728/20
9748/17 9750/5 9750/7
9750/11 9755/24
9777/22 9780/3
**previewing [1]**
9688/14
**price [57]** 9682/8
9682/14 9682/22
9703/3 9703/6 9703/13
9703/21 9703/25
9704/2 9704/2 9704/4
9704/7 9704/16
9704/20 9704/23
9705/1 9705/16
9705/18 9705/22
9711/6 9714/21 9715/4
9715/6 9715/14
9715/24 9717/20
9717/21 9718/15
9722/12 9722/17
9722/21 9723/5 9723/6
9723/12 9724/1
9725/15 9727/1 9727/4
9730/1 9730/3 9730/6
9730/10 9730/12
9730/16 9730/22
9731/24 9741/16
9744/12 9772/16
9781/2 9781/3 9792/13
9795/20 9796/4 9796/8
9796/11 9801/4
**price-based [1]**
9795/20
**prices [11]** 9684/21
9690/13 9705/6
9705/22 9706/12
9711/8 9712/1 9741/18
9741/22 9742/18
9744/11
**pricing [1]** 9717/24
**primarily [1]** 9782/5
**primary [1]** 9790/17
**prior [3]** 9686/5
9732/11 9733/17
**private [1]** 9744/11
**probably [26]** 9696/25
9697/1 9697/4 9703/7
9712/7 9714/10
9714/25 9715/2
9715/12 9717/4
9729/22 9729/25
9731/7 9732/1 9736/6
9740/22 9746/20
9748/6 9757/23
9757/24 9767/10
9772/1 9772/15
9772/17 9782/21

**P**

**probably... [1]** 9799/8
**problem [8]** 9730/14
9730/16 9791/23
9793/20 9794/19
9795/1 9795/16
9795/17
**problematic [1]**
9731/25
**problems [3]** 9686/20
9686/21 9799/7
**proceed [1]** 9679/15
**proceedings [3]**
9675/9 9677/10 9803/4
**process [29]** 9687/5
9687/23 9687/25
9688/2 9688/3 9688/17
9688/18 9688/20
9689/19 9689/23
9690/8 9690/12
9690/12 9690/14
9690/17 9691/17
9705/5 9714/3 9714/12
9718/8 9718/23
9719/24 9726/6 9726/7
9727/5 9728/14
9749/12 9780/7
9799/11
**procompetitive [3]**
9688/5 9688/22
9688/24
**produce [1]** 9704/19
**produced [1]** 9677/10
**producer [3]** 9714/5
9725/21 9744/9
**producers [1]** 9704/18
**producing [2]** 9704/18
9704/20
**product [21]** 9693/24
9694/11 9698/11
9699/24 9705/9
9705/16 9716/25
9717/4 9717/20
9721/23 9722/20
9723/6 9723/22
9726/20 9731/23
9732/20 9734/14
9769/20 9770/1
9771/14 9773/23
**production [2]** 9704/6
9717/3
**products [13]** 9684/21
9704/19 9704/20
9705/24 9707/11
9718/19 9718/21
9718/22 9742/18
9749/24 9749/24
9749/25 9750/1
**Professor [61]** 9679/16
9680/13 9680/18
9681/5 9681/16 9684/7
9684/11 9684/14
9685/17 9685/24
9686/9 9686/14
9690/23 9691/20
9692/21 9703/2 9704/6
9707/8 9713/19 9722/9
9731/2 9731/4 9731/7

9732/15 9734/15
9740/2 9740/14
9740/14 9741/10
9742/9 9743/3 9743/22
9744/13 9745/12
9746/13 9747/6
9747/15 9748/14
9748/22 9749/20
9763/15 9766/2
9768/24 9769/1 9774/6
9775/1 9775/19
9775/25 9776/10
9783/21 9785/9
9785/21 9788/18
9788/19 9789/12
9789/13 9790/14
9797/16 9801/20
**Professor Rangel [1]**
9763/15
**Professor Whinston
[22]** 9704/6 9731/7
9732/6 9732/15
9734/15 9741/10
9743/3 9744/13
9745/12 9746/13
9747/6 9747/15
9748/14 9749/20
9775/1 9775/19
9776/10 9785/9
9785/21 9789/12
9789/13 9790/14
**Professor Whinston's
[10]** 9731/4 9732/12
9742/9 9748/22 9766/2
9768/24 9769/1
9775/25 9783/21
9788/19
**professors [1]** 9685/8
**profitable [1]** 9712/19
**profits [1]** 9747/20
**program [1]** 9753/4
**prohibited [1]** 9753/21
**prohibits [1]** 9749/23
**promote [6]** 9698/13
9732/23 9743/6 9751/6
9753/5 9755/1
**promoting [3]** 9698/10
9753/21 9779/13
**promotion [13]**
9724/11 9751/25
9752/18 9753/16
9753/17 9755/25
9757/17 9780/21
9792/3 9793/25
9794/21 9796/2 9796/6
**promotional [8]**
9732/11 9732/21
9733/18 9752/22
9753/2 9756/23 9757/7
9773/20
**prompt [2]** 9754/7
9754/9
**property [2]** 9754/8
9754/8
**proposed [1]** 9692/4
**proposes [1]** 9790/11
**proposing [1]** 9789/24

**prove [1]** 9725/18
**proven [1]** 9799/6
**provide [3]** 9699/2
9706/16 9723/22
**provided [1]** 9687/16
**provider [26]** 9693/21
9693/25 9696/3
9697/19 9697/24
9698/2 9698/2 9698/5
9699/10 9699/10
9700/11 9706/1 9706/1
9706/2 9706/3 9706/16
9706/21 9708/23
9715/11 9724/10
9756/9 9756/19
9768/12 9780/5
9792/23 9797/21
**providers [22]** 9687/14
9687/17 9692/12
9697/8 9698/9 9698/16
9701/6 9702/1 9703/20
9713/12 9714/15
9714/16 9724/10
9727/4 9735/16 9752/1
9752/23 9753/9
9753/11 9756/24
9793/20 9798/7
**providing [2]** 9717/22
9797/21
**provision [1]** 9698/17
**public [1]** 9682/24
**published [1]** 9683/13
**pure [1]** 9762/5
**push [1]** 9778/11
**pushed [1]** 9685/6
**put [29]** 9679/17
9679/22 9680/8
9699/17 9714/4
9714/12 9720/8
9753/16 9753/18
9755/2 9760/11 9761/3
9763/15 9766/15
9770/15 9771/1 9773/9
9773/10 9775/2
9782/15 9792/18
9792/25 9793/2 9793/4
9795/23 9796/7
9798/25 9800/13
9800/16
**puts [1]** 9768/11
**putting [5]** 9777/21
9777/24 9791/11
9792/25 9800/22

**Q**

**qualified [1]** 9683/22
**qualitative [2]** 9685/13
9751/4
**qualities [3]** 9732/16
9732/16 9732/18
**quality [18]** 9697/17
9697/21 9699/1 9714/7
9714/10 9715/1
9722/11 9722/17
9722/23 9723/1 9723/5
9723/6 9723/12 9724/1
9724/23 9725/16

**quantitatively [1]**
9755/11
**quantities [1]** 9690/13
**quarter [1]** 9681/22
**queries [4]** 9735/7
9735/12 9735/14
9737/10
**question [38]** 9687/23
9687/25 9689/9
9691/15 9692/1 9707/3
9709/23 9711/25
9714/18 9716/3
9716/18 9718/5
9718/17 9721/2
9727/20 9731/18
9733/3 9733/3 9733/7
9733/8 9733/9 9733/10
9733/14 9742/1 9742/7
9744/16 9744/19
9744/22 9749/16
9750/15 9750/23
9751/7 9758/10 9760/2
9760/7 9774/7 9786/2
9790/6
**questions [7]** 9685/15
9687/1 9688/25 9691/5
9719/22 9720/1 9750/9
**quickly [3]** 9733/20
9733/21 9802/11
**quite [12]** 9700/3
9720/7 9720/16
9734/22 9737/20
9751/24 9753/11
9775/14 9784/11
9785/17 9786/15
9791/14
**quote [4]** 9731/6
9743/16 9749/8
9749/19
**quotes [2]** 9724/3
9760/11

**R**

**raise [4]** 9679/24
9680/15 9741/16
9744/10
**raises [2]** 9741/16
9741/18
**Ralph [1]** 9676/8
**ran [1]** 9725/2
**randomized [1]** 9725/5
**range [4]** 9683/1
9695/1 9783/10
9786/19
**Rangel [1]** 9763/15
**rarely [4]** 9758/2
9764/19 9798/8
9798/12
**rate [1]** 9794/8
**rather [6]** 9688/17
9691/21 9692/24
9695/10 9746/16
9771/15
**rationale [1]** 9797/25
**reach [3]** 9688/22
9760/12 9760/18
**reached [3]** 9688/9

**reaches [1]** 9745/12
**reaching [2]** 9760/16
9760/18
**reaction [1]** 9707/7
**read [1]** 9715/19
**reading [1]** 9731/8
**ready [3]** 9679/15
9680/24 9740/12
**real [6]** 9742/7 9759/3
9761/6 9780/5 9783/4
9800/16
**real-world [1]** 9783/4
**realities [1]** 9747/23
**realize [1]** 9741/14
**really [84]** 9684/24
9684/24 9685/2 9685/4
9687/1 9687/11
9687/23 9687/25
9688/15 9690/7 9690/9
9691/16 9692/14
9694/15 9696/9
9697/13 9701/8 9703/1
9703/6 9704/10
9704/23 9705/17
9707/14 9708/15
9709/7 9709/8 9709/10
9713/13 9715/5 9715/9
9717/9 9717/11
9718/16 9719/8
9720/22 9720/25
9721/2 9721/4 9721/22
9722/5 9722/16
9728/19 9731/21
9734/18 9738/6 9744/5
9749/19 9751/2
9756/14 9757/1 9762/2
9762/5 9763/2 9763/11
9764/23 9764/23
9765/21 9766/6
9769/14 9769/20
9770/1 9770/19 9773/6
9773/6 9773/18 9774/1
9774/12 9777/8
9778/19 9782/11
9784/4 9785/2 9789/20
9790/18 9791/24
9796/5 9797/21
9797/22 9797/24
9797/25 9798/5
9799/16 9800/24
9801/8
**Realtime [1]** 9677/6
**reason [9]** 9732/6
9745/3 9745/8 9746/3
9746/6 9746/22
9773/25 9788/23
9800/8
**reasons [7]** 9697/2
9711/23 9745/14
9745/16 9746/2
9798/13 9801/4
**recap [1]** 9746/12
**receive [2]** 9767/16
9767/20
**receiving [1]** 9792/20
**recess [4]** 9740/7
9740/8 9802/19

9822

**recess... [1]** 9802/20
**recognize [4]** 9684/10 9709/8 9715/21 9743/20
**recognizes [2]** 9704/6 9743/20
**recommend [3]** 9700/16 9789/7 9798/19
**recommendation [6]** 9699/12 9699/20 9700/7 9700/15 9701/3 9708/16
**record [5]** 9681/8 9712/24 9723/10 9723/24 9803/3
**recorded [1]** 9677/10
**RECROSS [1]** 9678/4
**red [5]** 9686/6 9686/10 9735/18 9736/24 9782/20
**redacted [7]** 9686/5 9709/18 9724/25 9735/10 9736/21 9752/25 9758/12
**REDIRECT [1]** 9678/4
**reduce [1]** 9689/25
**reduced [2]** 9710/8 9726/3
**refer [2]** 9687/5 9773/14
**reference [1]** 9758/9
**referred [3]** 9728/22 9732/24 9789/9
**referring [3]** 9686/11 9745/13 9746/13
**reflect [2]** 9693/13 9772/20
**reflects [3]** 9732/11 9734/14 9736/13
**regard [1]** 9743/6
**regarding [1]** 9736/15
**regardless [1]** 9767/6
**Registered [1]** 9677/6
**regular [1]** 9715/15
**relate [2]** 9742/9 9756/3
**related [1]** 9698/23
**relationship [3]** 9696/13 9712/25 9733/18
**relative [7]** 9690/22 9720/14 9721/16 9721/19 9721/25 9769/18 9796/21
**relatively [1]** 9721/20
**relevant [2]** 9732/12 9752/23
**reliance [4]** 9699/21 9708/15 9783/21 9788/19
**relied [1]** 9785/10
**rely [2]** 9699/14 9731/22
**relying [1]** 9699/22
**remember [21]** 9713/6 9714/6 9714/17 9716/1

9755/20 9757/4 9757/13 9759/2 9761/1 9764/13 9771/7 9772/7 9776/21 9781/12 9782/4 9790/7 9792/15 9796/15
**remind [1]** 9686/9
**replacing [1]** 9783/22
**report [3]** 9748/15 9775/1 9789/13
**Reporter [4]** 9677/5 9677/6 9677/6 9677/7
**representative [1]** 9789/6
**respond [1]** 9775/25
**responding [1]** 9758/10
**rest [6]** 9692/16 9777/6 9777/20 9778/22 9778/25 9801/25
**restricted [4]** 9755/5 9769/11 9769/12 9779/8
**restricting [1]** 9769/7
**result [3]** 9695/19 9707/14 9795/14
**results [3]** 9718/3 9724/15 9725/9
**resume [2]** 9740/1 9801/19
**retail [1]** 9796/1
**retailer [1]** 9749/23
**retain [2]** 9765/24 9795/12
**retained [1]** 9683/25
**retired [1]** 9681/17
**retirement [1]** 9681/20
**return [1]** 9794/1
**rev [25]** 9768/2 9785/15 9785/17 9785/20 9787/3 9787/8 9787/12 9787/14 9787/17 9787/18 9787/21 9787/22 9788/3 9788/12 9790/24 9791/1 9791/4 9792/1 9792/16 9792/17 9792/24 9793/3 9794/22 9794/23 9795/14
**rev share [23]** 9785/15 9785/17 9785/20 9787/3 9787/8 9787/12 9787/14 9787/17 9787/18 9787/21 9787/22 9788/3 9788/12 9790/24 9791/1 9791/4 9792/16 9792/17 9792/24 9793/3 9794/23 9795/14
**revenue [16]** 9706/7 9706/19 9707/3 9710/5 9710/7 9710/9 9710/24 9711/16 9712/2 9712/25 9713/8 9713/9 9790/19 9791/21

**revenues [2]** 9711/15 9711/22
**reviewed [3]** 9683/13 9683/20 9683/21
**rid [2]** 9726/13 9771/11
**right [164]**
**right-hand [1]** 9739/4
**RIM [3]** 9766/18 9766/21 9767/4
**rise [4]** 9679/2 9740/6 9740/9 9802/18
**rises [1]** 9798/12
**rising [1]** 9710/16
**rival [20]** 9714/17 9715/12 9716/12 9719/14 9719/18 9722/2 9752/1 9759/18 9769/21 9770/3 9770/4 9770/7 9770/14 9771/3 9772/25 9775/21 9775/23 9779/5 9781/9 9797/3
**rivalry [1]** 9691/10
**rivals [46]** 9689/2 9689/2 9689/25 9690/1 9690/4 9690/25 9690/25 9713/21 9714/4 9714/12 9714/13 9714/22 9714/23 9714/24 9715/3 9715/15 9718/11 9719/19 9720/21 9720/24 9721/15 9721/20 9721/22 9724/23 9725/25 9726/3 9732/19 9750/7 9750/11 9750/16 9751/6 9751/13 9753/5 9755/21 9759/19 9760/19 9760/19 9761/2 9761/7 9761/10 9769/8 9769/16 9771/12 9772/25 9773/7 9801/7
**rivals' [2]** 9720/15 9765/19
**RMR [2]** 9803/2 9803/8
**road [2]** 9728/12 9783/15
**roadmap [1]** 9693/3
**role [6]** 9686/18 9687/18 9704/24 9713/16 9746/7 9764/11
**room [1]** 9729/8
**rough [2]** 9683/16 9787/5
**round [1]** 9775/13
**RSA [1]** 9768/19
**RSAs [1]** 9687/21
**run [2]** 9733/17 9794/5
**running [1]** 9753/12
**runs [5]** 9697/13 9747/14 9747/15 9778/9 9780/13

**Safari [15]** 9695/24 9731/11 9747/19 9752/1 9752/3 9753/4 9753/4 9755/5 9755/11 9755/13 9758/12 9758/25 9759/1 9759/12 9760/3
**safe [1]** 9774/18
**safety [1]** 9770/21
**said [18]** 9684/23 9691/8 9700/5 9709/12 9713/5 9714/18 9718/10 9721/11 9723/18 9732/15 9742/4 9759/3 9761/1 9762/7 9776/12 9789/19 9789/22 9798/15
**sale [1]** 9794/21
**sales [15]** 9698/11 9712/19 9792/24 9794/20 9795/1 9795/2 9795/5 9795/7 9796/3 9796/12 9796/16 9796/20 9796/22 9797/1 9799/24
**Sallet [2]** 9676/6 9679/10
**same [22]** 9685/7 9689/25 9702/10 9711/25 9721/7 9724/5 9732/21 9737/23 9739/11 9739/17 9750/16 9751/6 9751/6 9751/10 9761/4 9763/5 9763/6 9763/23 9763/24 9783/10 9784/21 9787/11
**satisfactory [1]** 9725/8
**satisfy [2]** 9770/8 9770/9
**saw [3]** 9732/19 9743/16 9760/25
**say [75]** 9680/5 9686/19 9690/22 9692/16 9697/12 9701/10 9705/25 9708/24 9711/1 9711/5 9712/2 9712/9 9712/10 9716/8 9716/16 9721/14 9724/14 9724/25 9725/19 9730/12 9730/22 9733/24 9734/23 9739/4 9742/14 9746/1 9746/5 9746/16 9747/9 9748/18 9749/9 9754/18 9755/7 9755/15 9756/12 9760/12 9767/19 9769/18 9771/17 9772/1 9772/21 9772/23 9774/24 9775/3 9775/8 9775/13 9776/11 9777/8 9777/11 9779/13 9779/18 9780/12

**Schmidtlein [8]** 9677/2 9679/12 9680/12 9680/23 9691/23 9730/24 9740/12 9801/24
**school [4]** 9681/24 9682/10 9684/18 9684/19
**Sciences [1]** 9683/12
**scientist [1]** 9784/10
**screen [52]** 9686/12 9720/10 9720/17 9720/23 9721/9 9721/13 9721/16 9721/25 9752/2 9752/2 9752/5 9752/8 9752/10 9752/11 9752/13 9753/5 9756/11 9761/1 9761/2 9761/3 9761/20 9764/10 9764/22 9791/15 9791/16 9791/16 9792/12 9796/21 9797/9 9797/16 9797/23 9798/3 9798/10 9798/12 9798/21 9799/5 9799/10 9799/13 9799/18 9799/21 9799/23 9799/25 9800/4 9800/6 9800/7 9800/9 9800/10 9800/11 9800/13 9800/21 9800/23 9801/2
**screens [2]** 9721/4 9764/9

9718/25 9782/2 9782/13 9785/21 9786/9 9786/10 9786/22 9786/23 9787/12 9787/13 9787/16 9787/21 9792/23 9793/1 9793/24 9794/5 9794/9 9794/21 9796/1 9796/7 9800/3 9800/10 9800/12

**saying [25]** 9690/5 9703/8 9720/17 9723/17 9731/15 9731/19 9746/15 9758/5 9764/9 9766/14 9766/15 9772/8 9779/3 9779/4 9779/8 9779/12 9779/24 9790/1 9790/3 9790/4 9790/22 9790/23 9794/14 9798/3 9799/20
**says [20]** 9700/11 9708/11 9712/16 9715/17 9720/11 9720/13 9721/1 9731/9 9743/3 9743/23 9748/15 9749/22 9753/3 9755/3 9761/21 9764/23 9768/16 9776/18 9777/4 9782/20

se [2] 9689/21 9800/9
search [181]
searched [3] 9760/3
9760/4 9767/10
searches [12] 9699/5
9704/15 9738/13
9738/15 9755/12
9758/17 9758/20
9758/21 9759/16
9759/17 9767/13
9795/13
seat [2] 9680/14
9680/17
seated [2] 9679/4
9740/11
second [7] 9693/22
9696/4 9732/22
9755/10 9761/21
9779/1 9797/6
secondly [12] 9700/15
9725/25 9732/1
9739/14 9743/14
9745/6 9748/1 9751/9
9778/8 9784/11 9798/6
9798/21
section [3] 9676/7
9733/19 9733/21
see [81] 9685/14
9687/1 9688/6 9690/13
9690/15 9692/6
9693/19 9694/2
9694/15 9696/8
9703/21 9703/22
9707/21 9708/1
9710/10 9710/16
9710/20 9716/17
9717/11 9720/25
9721/1 9722/2 9723/10
9726/8 9732/21
9736/25 9737/6
9742/14 9744/24
9745/25 9746/7
9747/18 9748/8
9748/20 9751/15
9751/16 9752/5
9753/10 9756/7 9757/1
9758/17 9758/20
9758/22 9759/1 9759/2
9759/5 9760/17
9760/23 9760/23
9761/9 9762/5 9762/9
9762/10 9763/5 9763/5
9763/8 9763/11
9763/17 9763/18
9763/25 9765/3 9767/5
9767/5 9770/17 9772/6
9773/25 9776/3 9776/7
9776/12 9780/9
9780/11 9781/5
9781/18 9782/13
9786/13 9790/2
9791/23 9798/11
9800/8 9802/11
9802/16
seem [2] 9721/1
9763/25
Seeming [1] 9722/6

seems [7] 9707/20
9711/2 9729/12 9739/6
9762/10 9769/17
9800/22
seen [6] 9703/23
9724/20 9752/11
9761/6 9798/2 9798/3
selected [2] 9702/2
9789/5
selection [1] 9789/4
self [1] 9773/8
self-adjusting [1]
9773/8
sell [13] 9706/20
9706/22 9710/9
9710/10 9711/23
9713/6 9749/25
9749/25 9757/14
9768/5 9792/10
9792/11 9792/12
sellers [2] 9699/14
9741/18
selling [1] 9749/24
semantic [2] 9733/7
9750/14
sense [9] 9682/6
9726/10 9727/8
9747/23 9748/11
9773/8 9788/8 9795/25
9796/7
separate [4] 9696/1
9732/8 9744/19
9781/24
separated [1] 9695/25
separates [2] 9701/9
9701/23
serve [1] 9704/10
service [11] 9710/5
9710/5 9710/6 9710/7
9710/9 9710/11
9710/24 9711/22
9711/23 9712/2
9784/23
services [4] 9699/13
9710/6 9710/14
9784/14
session [3] 9675/7
9680/7 9740/10
set [4] 9684/20 9686/6
9722/18 9800/9
sets [1] 9782/15
setting [1] 9724/12
settings [1] 9752/14
setup [1] 9798/22
seven [1] 9757/22
several [1] 9724/3
share [45] 9707/3
9712/25 9713/9
9725/24 9737/1
9737/10 9737/14
9737/15 9737/18
9738/2 9739/11
9739/14 9747/19
9763/14 9763/18
9766/2 9768/3 9785/15
9785/17 9785/20
9787/3 9787/8 9787/12
9787/14 9787/17

9787/22 9788/3
9788/12 9788/20
9790/19 9790/24
9791/1 9791/4 9791/21
9791/24 9792/1
9792/16 9792/17
9792/24 9793/3
9794/22 9794/23
9795/14
shares [2] 9734/18
9738/12
she [1] 9708/11
shed [1] 9692/7
shelf [12] 9760/7
9760/8 9760/10
9760/12 9760/14
9760/16 9760/16
9760/20 9760/22
9771/23 9792/13
9800/18
shelves [1] 9761/22
shift [10] 9747/1
9753/23 9761/23
9762/10 9763/14
9763/20 9763/23
9764/14 9768/23
9788/6
shifting [1] 9768/1
shifts [1] 9763/18
shipments [3] 9738/12
9738/14 9766/10
shop [1] 9769/19
shortcomings [1]
9775/6
shortly [1] 9802/17
should [22] 9704/19
9706/13 9709/19
9710/15 9711/25
9721/15 9733/3
9733/19 9733/21
9733/24 9738/3
9738/11 9751/16
9760/20 9760/21
9760/21 9779/8
9779/10 9781/5
9781/25 9785/22
9788/12
shouldn't [3] 9725/19
9731/24 9745/25
show [13] 9692/17
9707/12 9720/11
9729/7 9735/24 9736/3
9739/1 9755/11
9755/14 9756/25
9761/17 9790/9 9798/8
shown [1] 9736/24
shows [5] 9737/12
9751/25 9753/8
9761/18 9766/11
shrink [1] 9771/6
shut [1] 9746/3
sic [1] 9733/1
side [8] 9698/8
9698/13 9704/11
9739/4 9739/19 9741/3
9746/19 9748/12
sign [1] 9704/25

signal [1] 9702/25
significant [4] 9707/17
9714/4 9742/20
9770/18
significantly [1]
9785/20
signing [1] 9767/20
Silk [1] 9694/8
similar [2] 9733/13
9784/15
simple [5] 9696/15
9751/24 9787/5
9787/24 9787/24
simplest [1] 9696/19
9774/13
simplist [1] 9788/11
simply [2] 9716/9
9716/14
since [3] 9722/25
9737/18 9760/19
sir [2] 9740/5 9801/22
site [1] 9773/14
situation [1] 9690/4
six [2] 9757/24
9757/25
six years [1] 9757/25
size [2] 9716/14
9729/17
slam [1] 9775/12
slide [17] 9686/16
9693/16 9693/17
9695/8 9709/17
9709/21 9737/9
9751/22 9751/24
9752/25 9766/20
9781/21 9781/21
9797/12 9801/13
9801/15 9801/15
Slide 17 [2] 9709/17
9709/21
slides [8] 9685/18
9685/25 9686/1 9686/5
9686/11 9686/12
9693/11 9797/10
sloping [1] 9741/17
slow [1] 9733/20
small [7] 9694/20
9720/11 9720/16
9721/20 9737/20
9738/6 9783/16
smaller [3] 9716/6
9716/12 9764/9
so [255]
So based [1] 9783/8
So I think [3] 9755/14
9783/13 9786/22
so it's [8] 9687/15
9717/1 9736/11
9739/25 9744/12
9778/16 9786/9 9799/4
So this [1] 9693/24
So this doesn't [1]
9719/17
so this is [2] 9751/14
9757/5
society [1] 9691/4
solves [1] 9758/5
some [76] 9679/21

9685/1 9685/2
9686/11 9688/5 9688/9
9688/25 9689/13
9689/25 9690/4
9690/21 9690/22
9691/1 9692/7 9692/7
9694/16 9696/21
9698/12 9707/17
9708/4 9708/9 9708/14
9709/24 9712/12
9717/15 9719/17
9720/3 9720/11 9724/8
9725/3 9726/11 9728/4
9729/4 9730/17 9731/3
9731/10 9732/5 9732/7
9735/8 9736/15
9736/17 9738/9
9743/25 9743/25
9746/20 9746/21
9748/11 9750/22
9751/25 9753/11
9753/11 9754/3
9755/18 9759/1
9761/24 9765/8
9767/16 9767/19
9770/6 9773/10 9775/6
9776/25 9777/16
9778/3 9782/6 9785/17
9788/8 9790/3 9791/14
9791/17 9794/25
9795/12 9798/9
9798/25 9799/7
somebody [26]
9701/15 9701/16
9704/13 9708/10
9709/11 9725/20
9727/3 9727/21 9728/1
9728/5 9729/19
9730/11 9742/2
9745/25 9757/18
9768/11 9768/16
9779/11 9779/21
9782/17 9790/23
9791/5 9793/9 9795/19
9796/17 9799/12
somebody's [1]
9694/20
somehow [1] 9778/5
someone [1] 9752/19
something [40]
9683/18 9694/17
9695/23 9700/9
9700/16 9700/20
9701/5 9701/7 9701/8
9703/16 9703/18
9705/7 9705/15 9726/9
9726/13 9726/14
9729/15 9732/20
9743/1 9743/24 9745/4
9745/9 9753/19
9763/19 9769/13
9775/16 9780/21
9782/22 9782/25
9785/5 9785/15
9788/14 9788/25
9790/8 9790/11
9792/18 9793/5
9794/19 9797/22

**something... [1]** 9799/16

**somewhat [3]** 9708/8 9763/9 9798/21

**somewhere [1]** 9761/18

**sorry [24]** 9688/23 9691/23 9693/6 9693/9 9695/5 9695/24 9698/2 9707/7 9714/14 9716/2 9724/17 9727/6 9730/24 9733/20 9746/11 9751/12 9753/14 9759/16 9768/13 9772/5 9785/17 9785/19 9787/2 9801/15

**sort [15]** 9684/20 9687/16 9715/8 9720/13 9739/6 9748/10 9764/23 9770/21 9775/13 9779/1 9779/2 9789/1 9789/10 9790/3 9792/21

**sound [3]** 9681/20 9726/8 9726/9

**sources [2]** 9735/7 9782/5

**space [4]** 9729/19 9729/20 9771/23 9800/18

**speak [1]** 9799/3

**specific [6]** 9687/12 9734/25 9747/9 9794/15 9795/21 9796/5

**specifically [2]** 9728/14 9742/8

**specify [2]** 9793/23 9794/17

**specifying [1]** 9795/24

**spell [1]** 9681/7

**sponsor [1]** 9742/25

**Sprint [7]** 9765/8 9765/9 9765/14 9765/14 9765/16 9765/17 9767/4

**spurs [1]** 9718/19

**square [1]** 9775/13

**squash [1]** 9800/4

**stadium [1]** 9792/22

**stake [2]** 9743/15 9797/1

**stalking [3]** 9718/14 9773/1 9798/10

**standard [3]** 9694/18 9717/2 9756/21

**standpoint [1]** 9778/1

**stands [2]** 9740/6 9802/19

**start [6]** 9688/18 9729/20 9731/6 9734/17 9749/19 9798/24

**started [4]** 9682/4 9684/17 9717/17

**state [2]** 9676/6 9681/7

**statement [2]** 9723/16 9724/5

**statements [1]** 9723/14

**STATES [6]** 9675/1 9675/3 9675/10 9679/7 9679/11 9684/1

**stay [5]** 9794/7 9794/9 9794/10 9794/12 9795/8

**stayed [3]** 9710/16 9710/18 9739/16

**stenography [1]** 9677/10

**step [4]** 9691/16 9691/18 9720/3 9801/23

**stepping [1]** 9720/19

**stick [1]** 9781/9

**still [23]** 9681/18 9681/19 9681/21 9702/10 9715/12 9715/13 9718/21 9719/10 9729/16 9758/25 9763/9 9765/19 9766/11 9770/1 9770/10 9770/24 9771/8 9771/13 9773/5 9774/15 9785/25 9793/15 9793/17

**stop [4]** 9749/13 9754/18 9781/25 9781/25

**stopped [1]** 9754/19

**store [23]** 9684/25 9701/11 9741/2 9750/1 9750/2 9750/16 9750/17 9750/17 9757/15 9757/16 9757/16 9757/19 9758/4 9758/7 9769/20 9769/23 9771/18 9775/10 9785/7 9786/12 9792/10 9794/5 9794/6

**stores [1]** 9757/9

**story [5]** 9735/4 9763/5 9763/6 9763/23 9794/2

**strategy [1]** 9729/24

**Street [1]** 9676/3

**strengthen [1]** 9726/24

**striking [1]** 9753/22

**strong [9]** 9696/17 9697/6 9697/24 9703/13 9712/10 9712/11 9712/15 9764/22 9770/25

**stronger [9]** 9714/5 9714/12 9718/11 9746/18 9769/16 9770/7 9770/23 9776/20 9799/11

**strongly [1]** 9711/3

**structure [4]** 9693/24 9726/19 9745/2 9773/6

**stuck [1]** 9715/8

**students [3]** 9682/14 9682/21 9697/11

**study [1]** 9787/4

**stuff [14]** 9699/7 9706/23 9717/8 9734/8 9755/16 9755/16 9761/12 9777/5 9792/10 9792/11 9792/12 9793/17 9794/24 9799/1

**Sub [1]** 9731/2

**Sub-Point [1]** 9731/2

**subject [1]** 9739/21

**subopinion [1]** 9739/21

**subpoint [1]** 9722/10

**subsequently [1]** 9718/4

**substantial [7]** 9710/21 9712/7 9720/24 9727/9 9727/12 9737/7 9742/15

**substantially [2]** 9764/3 9785/25

**success [18]** 9689/25 9720/15 9730/18 9732/10 9733/17 9734/13 9734/14 9736/13 9738/21 9738/22 9739/13 9739/15 9739/16 9739/16 9762/16 9762/16 9773/18 9773/19

**successful [3]** 9718/12 9726/3 9738/18

**such [2]** 9706/5 9799/18

**sufficient [1]** 9732/23

**suggest [1]** 9711/3

**suggested [1]** 9760/24

**suggestion [1]** 9738/20

**suggests [1]** 9711/3

**Suite [2]** 9676/10 9676/14

**summ [1]** 9750/13

**summarize [3]** 9692/21 9750/22 9790/13

**summer [1]** 9682/20

**Super [43]** 9775/24 9776/6 9776/15 9776/16 9776/16 9776/22 9776/22 9776/23 9776/25 9777/5 9777/6 9777/7 9777/9 9777/10 9777/13 9777/15 9777/17 9778/3 9778/4 9778/4 9778/9 9778/13 9778/19 9778/20 9778/23 9779/4 9779/8 9779/15 9779/16 9779/20 9780/2 9780/3

**stuck [1]**
9780/19 9781/2 9781/5 9781/18 9782/17 9782/20 9783/18 9789/10

**Super Duck [1]** 9779/15

**Super-Duper [2]** 9777/15 9778/4

**Super-Duper Duck [3]** 9777/15 9777/17 9778/3

**superior [2]** 9775/21 9775/23

**supermarket [1]** 9684/19

**supplier [1]** 9705/12

**suppliers [1]** 9743/18

**supply [1]** 9741/17 9744/10

**support [3]** 9692/22 9706/8 9748/19

**supported [1]** 9736/14

**supports [4]** 9709/23 9713/10 9723/11 9723/25

**suppose [1]** 9753/15

**sure [14]** 9681/18 9693/1 9695/6 9695/9 9716/4 9720/4 9734/22 9737/5 9739/24 9775/14 9786/18 9791/14 9796/14 9801/17

**surprise [1]** 9723/23

**surprising [2]** 9714/9 9717/1

**surrounding [1]** 9689/13

**survive [1]** 9690/2

**suspect [1]** 9789/4

**SW [1]** 9677/3

**switch [22]** 9700/24 9702/11 9707/10 9707/13 9707/13 9707/25 9708/3 9708/12 9709/9 9714/16 9714/23 9715/12 9721/11 9722/2 9726/23 9751/9 9759/20 9764/19 9770/6 9785/3 9796/16 9801/7

**switched [13]** 9724/7 9724/16 9724/17 9724/18 9725/3 9757/8 9763/6 9772/25 9773/2 9773/3 9783/7 9784/6 9784/25

**switching [16]** 9707/11 9707/21 9708/2 9708/7 9708/8 9708/14 9709/7 9709/10 9714/17 9720/9 9720/23 9721/8 9721/8 9721/9 9728/13 9788/24

**SWORN [1]** 9681/2

**systems [2]** 9734/18

**T**

**T-Mobile [1]** 9767/3

**table [2]** 9778/9 9780/13

**tabs [1]** 9709/19

**take [22]** 9685/1 9691/18 9695/2 9720/3 9721/3 9729/5 9729/23 9733/25 9739/22 9739/22 9740/25 9741/3 9742/5 9742/20 9749/11 9765/10 9765/13 9765/14 9765/17 9765/18 9782/25 9801/18

**takes [1]** 9692/12 9795/8

**taking [3]** 9692/3 9692/6 9708/15

**talk [40]** 9680/8 9691/8 9696/7 9698/14 9700/4 9702/21 9706/11 9706/13 9708/10 9710/2 9710/3 9713/4 9713/25 9714/1 9714/2 9720/3 9720/5 9723/15 9724/14 9728/17 9733/5 9735/11 9738/1 9739/2 9740/22 9751/2 9751/19 9753/10 9757/1 9758/16 9761/12 9762/13 9765/4 9765/6 9768/23 9769/13 9774/6 9789/11 9797/9 9797/23

**talked [22]** 9689/7 9698/24 9702/5 9705/3 9708/9 9708/15 9716/1 9719/1 9720/4 9722/14 9726/18 9727/1 9742/24 9743/17 9767/23 9768/3 9768/10 9780/10 9789/9 9790/7 9797/19 9801/4

**talking [9]** 9704/24 9715/25 9737/5 9741/10 9742/12 9764/7 9774/21 9783/3 9797/3

**talks [3]** 9744/14 9747/7 9770/20

**taught [7]** 9682/2 9682/6 9682/8 9682/10 9682/15 9682/16 9682/24

**teach [7]** 9681/17 9681/18 9681/21 9682/8 9682/20 9686/21 9697/11

**teaching [6]** 9681/19 9681/22 9682/4 9682/13 9682/18 9753/23

**television [1]** 9722/18

9825

**tell [15]** 9693/10
9725/13 9725/18
9725/20 9737/9
9739/19 9749/4 9749/7
9750/21 9751/11
9757/18 9764/20
9775/16 9794/12
9800/14
**telling [1]** 9731/24
**tells [13]** 9690/5
9694/22 9694/25
9712/13 9721/21
9725/10 9726/20
9745/17 9747/16
9799/7 9799/8 9800/1
9801/7
**tend [1]** 9782/10
**tended [1]** 9733/25
**tenders [1]** 9684/6
**term [1]** 9761/13
**terms [15]** 9694/5
9703/11 9707/18
9710/3 9711/6 9718/7
9742/24 9745/8 9750/5
9761/19 9770/13
9787/3 9798/22
9799/19 9801/25
**Terrific [2]** 9680/10
9801/18
**test [3]** 9694/15
9694/25 9695/1
**testified [2]** 9684/4
9774/3
**testimony [13]**
9683/22 9685/19
9715/17 9715/18
9715/19 9724/19
9740/3 9775/20
9789/16 9789/19
9790/15 9798/14
9801/21
**than [40]** 9688/17
9691/21 9694/19
9704/13 9707/12
9708/1 9711/24
9712/14 9712/19
9715/7 9716/10
9716/11 9717/21
9743/7 9743/10
9746/16 9747/5 9755/9
9758/19 9762/3 9763/2
9763/10 9764/4
9766/10 9766/15
9770/13 9770/15
9771/4 9771/15
9774/20 9774/23
9778/24 9784/13
9784/16 9785/24
9785/25 9786/16
9788/3 9796/11
9796/15
**Thank [13]** 9680/3
9680/10 9680/17
9680/22 9680/25
9686/13 9692/19
9730/25 9740/4 9740/5
9781/19 9801/21

**Thank you [9]** 9680/3
9680/10 9680/17
9686/13 9692/19
9730/25 9740/4
9781/19 9802/16
**that [611]**
**that out [1]** 9755/19
**that'll [4]** 9703/15
9744/10 9746/17
9794/8
**that's [116]** 9679/23
9681/9 9687/14
9687/25 9691/6
9691/11 9691/15
9691/17 9692/9
9694/18 9695/2
9697/17 9698/6 9699/2
9700/9 9700/10
9700/12 9701/4
9702/15 9704/17
9705/1 9705/21
9709/15 9712/20
9717/6 9717/7 9717/21
9721/3 9721/16
9721/17 9722/5
9726/21 9729/8
9729/24 9731/13
9731/18 9731/21
9731/21 9732/15
9733/14 9734/3
9734/15 9736/1 9736/2
9736/13 9738/16
9739/21 9740/23
9741/9 9744/11
9744/14 9745/1 9745/2
9745/22 9746/25
9747/3 9747/4 9748/9
9748/16 9749/11
9750/2 9752/9 9752/16
9753/2 9753/19
9753/19 9758/6 9758/6
9759/3 9759/11
9759/11 9759/12
9760/8 9761/2 9764/21
9766/11 9766/12
9767/11 9767/22
9768/17 9769/14
9769/15 9770/19
9772/24 9774/3
9775/12 9776/13
9777/3 9780/7 9781/3
9781/10 9781/17
9783/6 9784/9 9784/10
9785/19 9787/24
9788/11 9788/13
9789/5 9793/7 9793/9
9794/14 9795/5 9795/9
9795/16 9796/2
9796/22 9798/1
9798/16 9799/3
9799/16 9800/1 9800/3
9801/10 9801/16
**their [46]** 9698/11
9710/8 9710/11
9710/13 9710/15
9710/16 9713/6 9713/8
9713/11 9713/14

9717/11 9717/25
9717/11 9717/25
9718/1 9718/19
9718/21 9718/21
9723/20 9724/11
9725/3 9726/4 9726/5
9728/15 9731/17
9737/15 9742/6
9743/20 9745/6
9747/11 9748/3 9768/5
9768/6 9768/7 9768/11
9768/12 9768/21
9768/21 9769/12
9770/4 9774/1 9786/10
9786/25 9798/1
9798/24 9800/4
**theirs [1]** 9741/9
**them [55]** 9679/19
9679/21 9683/21
9688/13 9688/14
9688/14 9692/15
9692/24 9692/25
9695/10 9702/11
9706/2 9706/20
9710/10 9711/15
9713/10 9713/13
9713/13 9713/25
9714/1 9718/14 9723/1
9724/4 9724/11 9725/3
9725/23 9727/17
9731/17 9736/5
9737/19 9738/9 9742/3
9746/8 9748/6 9750/18
9751/17 9754/7
9755/23 9756/16
9758/3 9758/3 9762/13
9765/17 9768/9
9771/14 9777/22
9786/16 9792/3
9792/11 9792/17
9793/22 9794/15
9795/2 9797/21
9799/18
**themselves [3]**
9702/25 9719/16
9747/2
**then [53]** 9682/15
9682/17 9685/5 9685/6
9687/9 9687/10
9687/12 9687/19
9688/5 9688/25 9690/9
9690/10 9695/11
9695/18 9695/22
9696/1 9696/9 9699/9
9706/23 9715/7
9715/12 9717/21
9718/4 9721/7 9724/17
9725/6 9727/20
9729/21 9730/18
9733/2 9751/2 9751/18
9753/16 9756/15
9756/16 9759/18
9762/7 9765/19 9766/7
9769/21 9771/24
9773/9 9774/14
9778/21 9779/18
9787/16 9788/2 9792/7
9792/25 9797/13

9800/19
**theories [2]** 9748/19
9748/21
**theory [6]** 9682/8
9682/14 9682/22
9712/4 9748/19
9775/20
**there [66]** 9685/7
9685/8 9686/5 9691/13
9695/21 9697/25
9699/17 9704/23
9705/1 9707/11
9708/16 9709/8 9709/8
9709/20 9710/20
9710/22 9711/3
9711/10 9712/12
9722/23 9725/11
9729/12 9729/19
9731/10 9732/8 9732/8
9732/9 9739/11
9739/18 9741/1 9741/5
9745/9 9745/15 9746/9
9746/20 9746/23
9746/24 9747/4 9747/5
9748/15 9752/6 9752/6
9752/6 9756/10
9756/20 9757/4 9758/6
9759/2 9760/14
9760/21 9760/23
9761/6 9766/25
9770/22 9772/8
9774/14 9776/4
9779/16 9782/6 9783/8
9785/1 9785/7 9788/1
9795/18 9798/25
9799/17
**there's [67]** 9680/5
9697/24 9698/1 9701/1
9701/10 9701/12
9702/14 9703/6
9703/20 9704/12
9708/4 9709/24
9712/15 9713/24
9715/8 9716/18 9719/2
9725/22 9729/8 9729/9
9729/11 9731/9 9738/6
9738/20 9739/5
9741/17 9743/23
9744/20 9745/3 9745/8
9745/14 9748/9
9748/18 9749/5 9749/6
9753/16 9753/16
9755/3 9755/16
9758/23 9760/7
9764/13 9764/21
9765/8 9769/13
9769/19 9769/22
9770/21 9771/6 9771/8
9774/13 9774/15
9774/17 9774/22
9776/12 9777/10
9779/1 9779/15 9780/8
9782/6 9784/3 9784/12
9786/6 9791/12
9792/15 9796/25
9798/9
**therefore [6]** 9733/12

9746/3 9777/5 9796/25
**these [68]** 9685/25
9688/1 9689/1 9689/19
9691/17 9693/14
9703/22 9704/25
9705/22 9705/24
9708/25 9714/2
9715/23 9716/15
9717/22 9718/4
9720/14 9720/15
9720/20 9721/18
9725/19 9726/13
9726/14 9728/19
9732/7 9736/17
9738/13 9744/5
9745/14 9745/16
9745/19 9746/4 9747/7
9748/17 9749/1
9749/13 9750/19
9750/21 9751/16
9751/20 9753/11
9757/6 9758/2 9762/18
9763/11 9763/15
9763/21 9763/25
9765/23 9766/14
9766/15 9767/10
9767/15 9779/5 9782/3
9786/21 9786/22
9786/23 9788/5
9789/21 9790/2 9790/6
9790/10 9790/18
9794/14 9795/11
9795/19 9800/5
**they [261]**
**they'd [2]** 9762/3
9762/4
**they're [83]** 9697/5
9697/16 9703/5 9703/8
9703/10 9703/10
9703/10 9705/23
9706/23 9708/16
9710/14 9713/9 9713/9
9713/11 9715/25
9717/9 9717/13
9717/14 9718/1
9719/15 9721/22
9725/10 9727/18
9738/4 9738/8 9738/9
9741/23 9742/4
9742/21 9742/23
9743/4 9743/5 9743/7
9743/8 9743/8 9747/1
9748/7 9748/10
9748/11 9748/12
9748/12 9749/10
9750/1 9750/2 9751/12
9756/10 9756/20
9759/6 9762/17
9762/18 9762/19
9764/20 9764/21
9772/14 9772/14
9772/15 9772/24
9777/8 9777/14
9777/20 9777/21
9777/23 9777/24
9779/3 9779/4 9779/7
9779/12 9779/17

**they're... [15]** 9779/24
9780/17 9781/1 9781/6
9781/7 9781/7 9781/8
9788/24 9788/25
9792/6 9792/7 9793/23
9796/4 9799/8 9799/15
9775/25
**they've [4]** 9688/12
9711/15 9715/21
9753/10
**thing [24]** 9685/7
9708/13 9713/10
9714/2 9716/19
9717/16 9721/14
9726/11 9727/24
9741/14 9743/22
9747/5 9755/20
9757/20 9770/10
9773/11 9777/8
9779/10 9779/12
9780/2 9787/11
9789/17 9798/20
9799/16
**things [57]** 9682/25
9683/1 9683/10
9684/20 9684/25
9686/25 9688/1
9689/13 9689/24
9690/20 9694/22
9694/24 9699/15
9704/7 9707/23
9711/24 9717/15
9717/22 9720/1 9720/6
9728/19 9728/19
9729/1 9732/13
9732/19 9743/11
9743/13 9744/6
9745/23 9745/24
9748/25 9751/2 9751/2
9753/1 9754/2 9755/14
9758/2 9759/12
9759/24 9759/25
9763/11 9773/15
9773/20 9780/21
9782/13 9786/23
9786/23 9790/2 9790/3
9790/6 9794/14
9794/15 9795/19
9795/21 9798/25
9799/6 9802/11
**think [116]** 9680/1
9685/15 9686/19
9687/2 9687/4 9689/7
9689/19 9690/12
9690/21 9693/2 9695/9
9696/15 9696/19
9698/23 9701/23
9702/13 9702/20
9703/6 9704/25
9707/16 9709/8
9709/14 9711/3
9711/10 9714/6 9716/8
9717/17 9717/18
9718/9 9720/22
9721/15 9721/17
9722/8 9722/19
9724/15 9724/18
9726/1 9727/8 9727/13

9730/9 9731/16
9731/17 9732/14
9732/24 9733/3
9733/11 9734/5
9734/15 9734/22
9737/17 9738/16
9743/10 9743/11
9746/6 9747/14
9748/20 9751/19
9754/3 9754/12
9754/14 9755/14
9758/9 9760/7 9760/19
9761/8 9761/13
9762/23 9762/23
9763/21 9765/9
9765/16 9766/5
9766/11 9766/12
9766/15 9767/2
9767/19 9767/20
9769/17 9774/9
9774/13 9775/17
9778/8 9778/20 9779/3
9782/3 9783/1 9783/13
9783/16 9784/18
9785/7 9785/12 9786/4
9786/11 9786/15
9786/22 9786/24
9787/13 9788/6 9789/3
9789/23 9790/10
9790/17 9790/20
9791/12 9791/15
9792/21 9795/15
9799/12 9799/22
9801/11 9802/4 9802/5
**thinking [11]** 9688/18
9699/5 9709/3 9718/7
9721/14 9728/16
9729/3 9732/2 9738/14
9784/1 9801/25
**thinks [2]** 9744/21
9768/17
**third [4]** 9693/22
9696/5 9727/24
9733/14
**this [204]**
**this is Civil [1]** 9679/6
**those [74]** 9683/20
9684/24 9685/15
9686/11 9687/13
9687/22 9688/19
9688/23 9689/15
9692/6 9692/8 9695/9
9696/2 9697/23
9700/19 9702/10
9702/23 9704/15
9704/19 9704/25
9705/13 9706/8 9708/9
9709/4 9712/18 9715/3
9719/12 9722/2 9722/5
9726/25 9728/4
9728/19 9732/3
9732/16 9735/1
9735/20 9736/10
9741/14 9741/21
9741/25 9742/5 9743/9
9743/11 9746/2 9746/4
9746/7 9748/20

9753/6 9753/9 9754/3
9755/6 9755/11
9755/12 9761/21
9765/10 9767/13
9767/21 9767/24
9772/9 9773/4 9773/15
9773/20 9774/17
9782/5 9786/7 9786/9
9787/25 9791/10
9795/5 9797/1 9797/10
9797/11
**though [16]** 9681/17
9701/6 9702/25 9706/6
9708/5 9724/21 9730/2
9743/22 9743/23
9759/6 9759/25
9764/13 9765/12
9765/23 9772/10
9779/17
**thought [6]** 9680/5
9733/13 9787/14
9789/21 9789/21
9797/6
**threat [4]** 9714/17
9728/12 9771/2
9800/18
**threaten [3]** 9715/11
9722/1 9781/9
**threatening [1]**
9714/22
**three [9]** 9688/12
9688/15 9732/8 9732/9
9735/21 9751/1
9766/24 9769/4 9784/3
**through [58]** 9684/18
9684/18 9688/13
9688/14 9689/8
9692/24 9693/11
9700/23 9701/16
9702/19 9705/6
9705/13 9705/18
9706/9 9707/3 9710/12
9710/15 9712/12
9712/16 9718/24
9722/21 9723/2 9724/4
9726/19 9729/9
9730/10 9730/19
9730/19 9733/17
9741/12 9742/13
9742/16 9748/17
9749/2 9750/7 9750/12
9750/23 9752/12
9752/16 9752/20
9753/5 9753/6 9755/9
9757/14 9758/21
9758/23 9758/25
9759/1 9759/8 9759/11
9759/11 9759/22
9769/4 9784/19
9784/20 9785/5
9789/18 9797/11
**throughout [5]**
9694/17 9696/10
9724/9 9745/2 9745/17
**throw [1]** 9769/23
**till [4]** 9794/7 9794/9
9794/10 9794/11

9682/17 9682/19
9683/6 9689/25
9693/18 9694/1 9694/3
9694/9 9695/24
9716/14 9721/7
9726/20 9735/14
9736/3 9737/4 9737/8
9737/10 9737/21
9737/23 9739/14
9739/22 9745/17
9749/3 9753/12
9754/24 9764/18
9766/9 9767/2 9767/13
9778/11 9784/24
9784/25 9785/2 9797/5
9798/4
**timeline [1]** 9753/8
**times [2]** 9689/23
9690/6
**timing [1]** 9801/25
**Tinter's [1]** 9715/18
**tiny [1]** 9766/9
**tires [3]** 9696/24
9696/25 9697/4
**titled [1]** 9803/4
**today [11]** 9685/19
9686/1 9695/10 9720/9
9720/17 9727/25
9730/5 9730/7 9742/16
9747/23 9802/7
**today's [1]** 9697/1
**together [3]** 9720/8
9722/7 9797/4
**told [2]** 9709/13 9749/1
**tomorrow [1]** 9680/7
**too [18]** 9689/8
9705/23 9707/19
9709/7 9712/12
9722/15 9724/25
9728/3 9728/18
9736/23 9739/18
9739/19 9769/24
9772/25 9780/15
9780/17 9781/7 9799/3
**took [6]** 9682/17
9684/23 9725/3 9734/4
9744/23 9785/2
**toolbars [1]** 9735/20
**tools [1]** 9685/3
**top [4]** 9701/2 9701/8
9760/20 9797/7
**topic [1]** 9707/6
**totals [1]** 9765/20
**tough [1]** 9766/5
**tougher [1]** 9690/1
9690/2
**trade [4]** 9684/1 9684/4
9684/5 9795/24
**traffic [1]** 9697/18
**training [1]** 9684/17
**transacting [2]** 9741/1
9742/5
**transaction [1]** 9741/4
**transactions [2]**
9741/19 9741/20
**transcript [3]** 9675/9
9677/10 9803/3

**transcription [1]**
9677/10
**trap [1]** 9709/2
**trend [1]** 9735/3
**trial [3]** 9675/9 9775/20
9790/14
**tried [2]** 9738/25
9775/11
**tries [1]** 9775/11
**trivial [1]** 9763/19
**trouble [1]** 9794/8
**true [7]** 9701/23
9712/20 9754/16
9754/17 9762/2
9785/13 9793/9
**trust [1]** 9708/12
**truth [1]** 9708/4
**try [20]** 9686/9 9687/8
9688/4 9696/16
9698/12 9727/13
9729/2 9757/18
9771/13 9776/2 9776/6
9776/9 9777/25
9782/10 9783/25
9790/5 9790/9 9794/8
9795/4 9799/2
**trying [9]** 9708/24
9717/10 9761/10
9775/12 9776/11
9780/3 9794/15
9795/19 9796/8
**turn [16]** 9686/10
9687/12 9687/19
9688/5 9688/21
9690/19 9691/20
9692/16 9701/4 9707/6
9722/9 9733/16
9739/20 9749/14
9774/6 9787/11
**turned [2]** 9728/11
9754/19
**Turning [1]** 9709/17
**turns [2]** 9700/3
9734/11
**two [27]** 9679/18
9687/13 9694/22
9694/25 9695/2
9716/13 9716/25
9719/2 9720/6 9720/7
9722/5 9723/14
9726/17 9727/14
9743/18 9751/2 9753/6
9754/2 9756/14
9762/12 9782/5
9782/15 9787/6
9787/25 9790/17
9790/18 9791/10
**TYLER [1]** 9676/13
**type [8]** 9695/10
9695/17 9695/20
9696/22 9746/7
9756/15 9756/15
9791/5
**types [2]** 9682/6
9751/20
**typically [1]** 9699/25

**U**

ubiquitous [3] 9726/19
9745/22 9764/17
UCLA [6] 9681/12
9684/22 9685/2 9685/5
9685/7 9685/16
uh [1] 9783/5
uh-oh [1] 9783/5
ultimately [2] 9718/15
9773/22
unconditional [11]
9790/19 9790/21
9790/25 9791/1
9791/21 9791/24
9792/1 9793/8 9794/5
9794/17 9797/20
under [14] 9680/16
9683/7 9690/4 9717/1
9719/1 9754/24
9759/20 9762/11
9771/3 9771/4 9771/5
9783/16 9790/11
9795/11
underlie [2] 9687/1
9687/1
understand [19]
9684/24 9685/3
9685/13 9686/22
9686/23 9686/24
9687/9 9687/22 9688/3
9689/12 9689/13
9692/2 9695/9 9722/7
9746/12 9775/24
9778/7 9781/19
9791/10
understanding [6]
9682/9 9687/6 9740/20
9775/4 9784/9 9784/10
understood [2] 9680/5
9789/18
unfortunate [1] 9777/1
unhappy [1] 9724/14
unique [1] 9741/25
Unit [1] 9676/8
UNITED [5] 9675/1
9675/3 9675/10 9679/7
9684/1
United States [1]
9684/1
United States of [1]
9679/7
universal [1] 9694/3
universe [1] 9698/13
University [3] 9681/13
9681/16 9682/3
unlike [2] 9719/6
9798/10
unredacted [1] 9686/6
until [3] 9679/20
9767/23 9795/8
up [39] 9686/12
9692/17 9695/23
9702/22 9703/4 9710/5
9710/11 9710/13
9710/24 9711/24
9713/3 9719/16 9720/5
9726/12 9737/3 9737/4
9738/12 9739/16

using [17] 9685/3
9694/7 9694/7 9694/8
9694/8 9704/15 9724/8
9725/4 9744/24 9746/2
9783/9 9783/18
9784/21 9787/4
9788/11 9789/7
9798/24
usually [1] 9729/24

**V**

valid [3] 9691/10
9774/10 9797/17
valuable [5] 9699/8
9699/9 9768/14
9768/15 9768/15
value [11] 9694/23
9694/24 9700/10
9704/12 9704/19
9726/21 9726/23
9730/2 9745/18 9747/1
9747/11
valve [1] 9770/21
various [2] 9705/6
9753/9
vary [1] 9703/15
vast [5] 9734/20
9765/11 9767/9 9782/7
9788/23
verify [1] 9738/4
Verizon [3] 9765/16
9766/25 9767/1
version [2] 9710/3
9717/14
versus [5] 9679/7
9721/18 9722/25
9762/16 9771/18
very [34] 9696/20
9697/5 9697/15 9699/8
9702/7 9712/4 9712/10
9712/11 9720/10
9721/13 9722/7
9729/25 9736/14
9747/6 9749/21 9759/3
9763/1 9765/11
9766/12 9769/10
9770/12 9772/18
9779/9 9779/12
9785/19 9785/22
9785/23 9786/10
9789/3 9789/5 9794/17
9798/12 9800/18
9800/23
victims [1] 9748/10
view [14] 9687/16
9702/6 9702/7 9704/17
9714/9 9718/16
9743/12 9748/16
9753/24 9753/24
9757/15 9783/16
9791/6 9798/1
virtually [2] 9734/11
9739/8
vis [4] 9744/2 9744/2
9746/25 9746/25
vis-à-vis [2] 9744/2
9746/25

9730/3 9735/19 9736/5
9736/8 9736/11 9739/8
9742/13 9742/15
9755/8 9759/21
9762/25 9765/1
9768/1 9768/8 9768/8
9790/24
vs [1] 9675/5

**W**

wage [1] 9794/8
wait [2] 9679/20
9779/22
walk [1] 9750/23
wall [1] 9777/11
want [85] 9679/19
9679/22 9680/8
9686/22 9686/23
9686/24 9689/10
9689/22 9690/3 9690/7
9693/11 9695/8
9696/25 9697/1 9697/8
9699/6 9699/16
9699/21 9700/9
9700/12 9700/16
9701/15 9701/17
9701/19 9703/16
9703/18 9704/18
9705/15 9708/11
9709/2 9709/7 9709/14
9711/12 9711/20
9711/21 9712/10
9712/18 9712/21
9714/2 9714/11 9717/6
9717/17 9725/11
9726/1 9737/4 9738/13
9747/10 9750/19
9752/13 9757/23
9761/8 9769/20
9769/20 9769/24
9770/1 9770/11
9770/18 9770/22
9772/21 9774/19
9775/2 9779/19
9779/20 9779/21
9780/1 9789/8 9789/10
9789/23 9792/21
9792/25 9794/6 9794/9
9794/10 9795/21
9795/22 9795/23
9795/23 9797/12
9797/24 9798/16
9798/18 9798/20
9798/24 9799/1 9799/2
wanted [10] 9708/22
9713/3 9723/21 9734/9
9758/3 9760/14 9773/5
9794/24 9799/21
9801/16
wants [4] 9699/19
9700/20 9723/22
9748/17
was [81] 9681/23
9682/15 9683/6 9683/8
9684/22 9685/1 9685/6
9685/16 9686/14
9686/17 9693/21

9693/22
9694/11 9694/18
9694/19 9694/19
9694/20 9695/16
9695/25 9696/4 9696/4
9696/5 9696/8 9700/17
9707/2 9710/7 9710/20
9710/23 9710/23
9723/18 9724/19
9728/8 9728/12
9728/12 9729/14
9735/4 9735/24
9739/11 9739/11
9739/15 9746/9
9747/19 9754/15
9754/17 9754/24
9757/4 9757/5 9757/7
9760/14 9762/2 9762/5
9764/23 9764/24
9765/9 9765/16
9765/16 9766/8
9766/22 9774/1 9775/4
9775/23 9776/8
9776/11 9779/22
9782/11 9782/18
9782/22 9785/1
9785/24 9786/18
9787/20 9787/20
9789/17 9795/9 9797/7
9797/20 9799/23
9799/25 9801/17
9802/12
Washington [5] 9675/5
9676/3 9677/3 9677/8
9792/24
wasn't [5] 9764/23
9775/5 9784/4 9786/1
9789/19
way [46] 9685/14
9686/19 9686/19
9686/20 9696/8
9696/15 9696/19
9698/10 9704/2
9705/10 9708/22
9712/2 9719/17 9725/5
9729/4 9729/5 9730/4
9730/10 9730/17
9730/18 9744/21
9747/7 9747/13
9747/14 9753/21
9755/17 9756/21
9761/15 9761/18
9764/14 9765/13
9766/6 9768/2 9768/11
9769/22 9770/5 9770/6
9770/8 9774/13 9780/9
9780/10 9781/5
9782/25 9784/18
9788/11 9794/18
ways [15] 9697/13
9700/20 9705/6 9709/9
9726/17 9727/14
9729/3 9738/9 9755/12
9756/14 9768/7 9775/6
9784/12 9786/21
9792/12
wc.com [1] 9677/4
we [149]

U 9746/6 9756/7 Document 1004 9694/8 Filed 07/07/24 Volume [17] 9675/2

upright [1]
9761/17 9761/10
9762/22 9767/23
9769/14 9777/24
9778/12 9778/22
9780/17 9780/25
9781/6 9783/5 9793/1
9793/2 9793/4 9797/14
9798/8 9799/23 9800/9
upfront [1] 9778/21
upward [1] 9741/17
URL [1] 9695/11
us [14] 9721/21
9725/18 9726/20
9743/17 9744/14
9745/17 9747/16
9750/21 9751/11
9772/8 9793/24 9799/6
9799/24 9800/1
usage [5] 9734/18
9738/19 9761/24
9764/3 9766/17
usdoj.gov [1] 9676/5
use [48] 9688/14
9694/16 9695/22
9697/22 9698/4 9699/4
9700/13 9700/25
9701/13 9701/19
9701/19 9701/20
9703/14 9703/17
9703/18 9705/11
9708/6 9708/7 9709/3
9713/14 9720/16
9726/18 9729/15
9738/23 9746/23
9746/23 9753/22
9758/1 9758/2 9759/24
9759/24 9759/25
9761/7 9761/8 9771/14
9772/3 9774/11
9774/13 9775/14
9783/4 9784/13
9784/15 9784/15
9788/12 9788/22
9791/13 9799/1 9799/2
used [12] 9689/5
9694/9 9694/9 9712/19
9729/16 9737/13
9785/11 9785/13
9785/25 9786/9
9793/22 9800/13
useful [5] 9696/20
9697/15 9698/19
9766/15 9774/24
user [5] 9703/6
9773/23 9774/2
9798/14 9798/16
user's [1] 9801/5
users [23] 9703/3
9703/5 9703/7 9725/3
9725/4 9725/6 9725/7
9725/9 9731/11 9734/6
9751/12 9753/22
9754/7 9758/11 9760/3
9767/22 9767/24
9768/1 9788/23
9796/13 9798/16
9798/19 9800/14

**we will [1]** 9802/6
**we'd [3]** 9750/6 9762/5
9790/11
**we'll [9]** 9688/3 9691/8
9694/2 9793/24
9793/24 9797/14
9801/19 9802/11
9802/16
**we're [61]** 9679/15
9679/23 9679/24
9680/7 9686/11
9686/23 9687/8
9687/10 9687/12
9687/19 9687/22
9688/13 9688/17
9688/21 9689/10
9689/12 9689/18
9691/5 9691/6 9691/18
9693/3 9693/6 9693/10
9693/14 9693/17
9693/18 9693/23
9696/6 9698/14
9702/20 9705/10
9706/10 9718/24
9720/25 9733/22
9734/2 9734/20
9739/20 9742/12
9751/4 9751/7 9753/4
9755/17 9760/10
9760/11 9762/9 9772/8
9772/9 9772/10 9775/7
9782/1 9783/3 9784/2
9793/25 9793/25
9797/8 9799/24 9801/6
9801/12 9802/7 9802/9
**we're going [1]** 9693/3
**we've [13]** 9685/25
9686/4 9689/7 9703/22
9707/8 9709/19
9722/14 9761/6
9767/23 9789/9 9797/3
9798/14 9801/13
**weak [1]** 9690/3
**weakened [1]** 9713/21
**weakens [1]** 9800/24
**weaker [14]** 9690/1
9714/4 9714/12
9715/15 9718/5
9718/11 9719/20
9769/16 9769/21
9770/4 9776/21
9776/21 9779/5 9797/3
**weaves [1]** 9797/4
**web [1]** 9784/14
**web-based [1]** 9784/14
**WEBB [1]** 9676/13
**website [1]** 9695/11
**Webster's [1]** 9733/8
**week [1]** 9682/21
**weekend [1]** 9679/14
**weird [1]** 9769/17
**welcome [1]** 9680/21
**well [71]** 9690/4
9690/22 9695/13
9697/14 9697/14
9701/10 9703/4 9703/8
9704/9 9713/18

9714/8 9714/20
9716/16 9717/9
9718/17 9721/6 9722/7
9725/15 9725/19
9727/13 9731/19
9732/15 9736/14
9737/12 9738/14
9739/4 9739/7 9743/3
9743/23 9743/25
9746/1 9748/16
9749/21 9754/18
9754/18 9757/5 9755/7
9757/12 9759/3 9759/5
9761/3 9762/7 9762/8
9769/21 9772/14
9772/24 9774/11
9775/8 9776/2 9776/5
9777/11 9778/11
9779/9 9779/15
9779/21 9781/13
9782/2 9782/13 9783/7
9785/10 9785/21
9786/10 9787/5
9787/16 9787/21
9787/23 9789/23
9792/22 9795/20
9799/3 9800/3
**well-known [1]**
9749/21
**went [13]** 9684/22
9685/5 9685/7 9710/5
9710/11 9710/19
9710/24 9710/25
9734/9 9734/10 9754/7
9767/12 9767/12
**were [28]** 9684/25
9695/9 9695/10
9720/22 9724/14
9732/19 9738/18
9741/19 9748/15
9749/17 9752/23
9755/22 9761/7
9763/8 9767/13 9772/8
9773/20 9783/15
9785/14 9785/22
9786/1 9786/4 9786/8
9786/20 9786/20
9787/13 9801/17
9802/4
**weren't [3]** 9734/8
9759/7 9786/5
**wfcavanaugh [1]**
9676/14
**what [180]**
**what's [15]** 9695/3
9715/20 9725/10
9731/23 9748/10
9749/5 9750/20 9755/4
9776/3 9776/4 9777/13
9778/7 9780/16
9798/19 9801/24
**whatever [21]** 9685/12
9699/21 9701/3
9701/17 9701/22
9702/13 9703/14
9706/17 9706/17
9720/12 9734/10
9742/19 9744/25

9774/19 9777/18
9788/2 9788/6 9790/24
9795/24
**whatever-dollar [1]**
9706/17
**when [86]** 9679/23
9682/17 9684/14
9684/22 9685/5
9685/16 9686/11
9687/2 9690/11
9694/20 9697/3
9699/13 9699/15
9700/4 9702/8 9703/7
9704/1 9706/11
9706/15 9707/24
9707/25 9710/4
9710/24 9711/5 9716/1
9717/15 9717/17
9718/10 9722/17
9724/15 9726/1
9730/21 9732/3 9733/5
9734/9 9739/3 9740/25
9741/1 9741/10
9741/15 9742/1
9743/24 9745/25
9749/23 9752/3 9756/7
9756/9 9757/7 9760/12
9760/18 9760/25
9761/12 9762/3 9762/4
9762/9 9763/6 9764/20
9767/23 9768/11
9768/16 9768/18
9769/8 9769/25
9770/12 9770/17
9773/2 9773/14
9777/17 9778/22
9780/16 9780/19
9780/20 9781/6 9784/6
9785/12 9785/14
9790/7 9791/12
9792/10 9794/3
9795/21 9797/19
9797/23 9798/23
9799/22 9800/3
**whenever [2]** 9680/23
9740/12
**where [52]** 9681/17
9691/6 9693/3 9693/24
9695/10 9696/22
9709/15 9717/17
9719/6 9719/19
9720/23 9725/2
9725/11 9725/22
9726/18 9727/2 9730/1
9730/20 9731/3
9731/20 9735/12
9735/13 9737/12
9738/3 9743/16
9745/14 9746/24
9747/9 9749/3 9749/12
9755/21 9757/5 9760/4
9763/12 9763/16
9763/17 9764/10
9765/7 9765/8 9767/11
9767/12 9769/8
9773/13 9774/21
9778/20 9782/3

9795/18 9796/1
9799/17 9801/17
**whereas [2]** 9724/8
9784/21
**whether [33]** 9688/22
9690/10 9690/25
9691/2 9692/8 9692/12
9694/18 9694/19
9694/20 9704/8
9708/19 9709/24
9718/3 9733/6 9738/8
9742/1 9744/16
9749/16 9750/21
9750/24 9751/5
9751/12 9753/25
9756/3 9757/10
9762/10 9764/2
9765/15 9774/7 9774/9
9774/12 9784/1
9786/14
**which [52]** 9682/8
9682/13 9682/14
9682/25 9683/5
9691/16 9695/13
9696/6 9696/7 9696/17
9697/2 9697/18 9698/4
9699/9 9705/4 9707/9
9707/11 9711/15
9716/15 9719/15
9722/10 9722/18
9722/18 9723/2
9723/14 9723/15
9723/15 9724/12
9727/24 9728/3
9733/25 9735/6
9747/13 9747/14
9751/7 9757/23
9758/11 9760/14
9762/12 9765/21
9771/6 9771/25 9777/6
9779/23 9784/12
9790/20 9792/3 9795/9
9795/13 9796/24
9797/9 9798/11
**whichever [1]** 9744/21
**while [3]** 9683/8
9724/17 9753/12
**Whinston [23]** 9704/6
9731/7 9732/6 9732/15
9734/15 9740/14
9741/10 9743/3
9744/13 9745/12
9746/13 9747/6
9747/15 9748/14
9749/20 9775/1
9775/19 9776/10
9785/9 9785/21
9789/12 9789/13
9790/14
**Whinston's [12]**
9731/4 9732/12 9742/9
9743/22 9748/22
9766/2 9768/24 9769/1
9775/25 9780/12
9783/21 9788/19
**white [1]** 9738/7
**who [33]** 9685/2

9702/15 9702/15
9703/15 9704/19
9708/25 9709/3
9712/10 9718/14
9718/22 9721/8
9721/12 9725/2
9729/13 9749/23
9752/19 9760/15
9761/7 9762/6 9762/20
9762/22 9763/20
9766/22 9767/6
9767/24 9768/17
9769/19 9769/20
9770/1 9770/9 9782/17
9788/25 9793/10
**who's [5]** 9699/5
9706/3 9730/7 9743/10
9778/12
**whoever [2]** 9768/4
9770/16
**whole [2]** 9795/24
9801/8
**wholesale [1]** 9795/25
**why [38]** 9685/13
9685/14 9687/7
9690/15 9691/2
9694/23 9697/2 9704/4
9714/25 9716/22
9716/22 9717/15
9721/24 9723/17
9726/1 9726/22 9727/2
9739/25 9746/25
9754/18 9760/15
9761/2 9768/25 9769/5
9769/17 9772/13
9773/25 9775/18
9777/16 9778/7 9780/2
9780/18 9790/10
9793/7 9796/15
9797/13 9798/1 9800/8
**wide [2]** 9683/1 9695/1
**widget [2]** 9700/25
9701/1
**wife [1]** 9761/12
**will [19]** 9684/10
9686/10 9686/12
9688/7 9689/25 9692/7
9708/6 9708/25
9712/12 9715/13
9718/11 9730/3
9746/18 9747/10
9753/15 9760/19
9770/24 9802/5 9802/6
**William [5]** 9676/12
9677/5 9679/10 9803/2
9803/8
**WILLIAMS [1]** 9677/2
**willing [12]** 9704/13
9716/22 9729/14
9744/9 9770/2 9770/9
9772/10 9786/14
9786/15 9786/19
9788/7 9794/22
**willingness [3]** 9708/7
9764/8 9788/3
**win [62]** 9690/25
9697/21 9702/9
9702/11 9702/15

9829

win... [57] 9702/18
9704/14 9714/11
9714/24 9714/25
9715/2 9715/12
9715/13 9716/22
9717/4 9718/15
9719/17 9719/17
9725/23 9736/5
9737/19 9767/23
9770/25 9771/13
9772/14 9772/15
9772/16 9776/16
9776/17 9776/25
9777/5 9777/6 9777/7
9777/16 9777/21
9777/25 9778/3 9778/4
9778/13 9778/21
9778/24 9779/4
9779/10 9779/11
9779/15 9779/16
9779/19 9779/20
9780/6 9780/7 9780/14
9780/14 9780/17
9780/23 9780/23
9781/2 9781/6 9781/7
9781/8 9781/15
9782/18 9782/18
**Windows [31]** 9701/18
9702/20 9702/22
9729/13 9729/15
9729/16 9729/18
9729/20 9734/5
9734/13 9734/19
9735/4 9736/4 9737/10
9738/21 9739/5 9739/6
9739/13 9762/15
9762/20 9763/17
9765/2 9765/3 9766/3
9766/6 9766/6 9766/8
9766/9 9782/16
9782/19 9782/23
**Windows PCs [3]**
9734/5 9734/19 9736/4
**winning [10]** 9702/17
9713/20 9719/18
9723/25 9725/13
9767/17 9767/25
9777/22 9777/24
9796/21
**wins [8]** 9714/8 9715/7
9718/22 9725/15
9729/14 9776/25
9777/9 9778/10
**wired [1]** 9784/8
**wireless [2]** 9687/15
9687/20
**wise [1]** 9746/1
**within [4]** 9755/13
9757/13 9769/9
9786/19
**without [10]** 9696/25
9697/1 9717/2 9719/9
9720/15 9721/16
9721/20 9730/12
9756/19 9794/20
**WITNESS [3]** 9678/2
9680/16 9681/2

witnesses [2] 9678/4
9686/5
**won [13]** 9683/3
9683/5 9683/9 9702/25
9722/10 9723/11
9724/21 9725/19
9773/5 9777/13 9778/2
9780/19 9780/20
**won't [2]** 9712/16
9714/25
**words [4]** 9756/13
9775/2 9786/6 9787/8
**work [17]** 9685/17
9687/6 9696/12
9697/14 9700/13
9705/17 9708/10
9708/21 9722/7
9756/17 9776/4 9781/4
9781/17 9795/20
9796/9 9799/3 9799/24
**worked [5]** 9684/3
9684/19 9684/20
9747/9 9784/10
**worker [1]** 9794/6
**working [4]** 9705/10
9705/13 9748/6
9770/17
**works [10]** 9681/18
9685/1 9685/14
9686/24 9697/14
9700/11 9708/13
9755/17 9770/8
9781/11
**world [48]** 9685/3
9685/10 9685/13
9687/16 9690/21
9692/16 9697/1
9700/21 9711/4
9720/14 9720/17
9721/16 9721/19
9726/8 9726/8 9726/16
9755/17 9776/22
9778/20 9778/22
9779/7 9779/14
9779/18 9780/5 9780/6
9780/11 9783/4
9783/17 9783/25
9789/12 9789/14
9789/18 9789/19
9789/20 9789/23
9789/24 9789/25
9790/1 9790/1 9790/8
9791/6 9794/4 9795/12
9796/1 9796/7 9796/23
9796/24 9797/17
**worried [1]** 9717/23
**worse [2]** 9729/25
9801/5
**worth [5]** 9731/7
9755/7 9799/9 9799/13
9799/16
**would [126]** 9679/18
9680/14 9683/20
9683/21 9686/19
9686/20 9695/18
9695/20 9695/23
9699/2 9700/7 9701/23
9705/25 9709/15

9711/13 9711/15
9712/2 9712/14
9712/21 9716/8
9716/16 9717/21
9720/17 9720/22
9720/24 9721/14
9721/25 9723/22
9725/16 9726/10
9726/11 9726/12
9726/14 9726/14
9729/2 9729/3 9729/4
9729/22 9729/22
9730/2 9730/11
9730/22 9732/13
9732/16 9735/16
9735/16 9735/18
9735/19 9735/20
9736/5 9736/6 9736/9
9736/10 9736/12
9737/3 9737/20
9739/22 9743/7
9743/10 9744/22
9745/3 9745/9 9746/5
9746/8 9746/8 9746/21
9747/24 9748/16
9748/18 9749/13
9754/6 9754/23
9755/22 9756/13
9756/18 9758/18
9759/7 9759/21
9759/21 9760/16
9761/7 9762/23 9763/9
9763/10 9763/20
9767/24 9768/19
9770/15 9771/4 9772/1
9773/5 9774/24 9777/8
9780/4 9780/7 9782/15
9782/17 9782/17
9782/25 9783/4 9785/5
9785/8 9787/20
9788/22 9789/3 9789/7
9789/20 9789/24
9790/4 9790/6 9790/9
9790/11 9790/22
9790/25 9792/4
9793/12 9793/22
9794/20 9794/21
9795/4 9796/12
9797/24 9801/2
**wouldn't [10]** 9704/1
9707/19 9709/6
9767/19 9773/25
9782/21 9783/17
9787/15 9800/8 9801/7
**wow [2]** 9684/23
9755/15
**write [1]** 9795/6
**writing [1]** 9706/15

**Y**

**Yahoo [29]** 9694/9
9701/20 9703/23
9724/7 9724/12
9724/17 9724/19
9734/10 9752/6 9752/9
9754/6 9754/8 9755/9
9757/4 9757/5 9757/7

9763/9 9763/12
9763/23 9767/3 9767/9
9773/2 9773/5 9773/16
9773/17 9783/1
**yeah [23]** 9686/16
9689/6 9709/19 9710/1
9711/8 9731/5 9733/19
9737/11 9744/18
9746/15 9751/1
9754/12 9756/5
9758/15 9760/5 9764/5
9767/18 9781/19
9781/23 9786/15
9791/9 9794/12 9802/3
**year [2]** 9683/6 9766/5
**years [8]** 9682/7
9683/2 9719/15
9724/21 9737/2
9737/14 9757/24
9757/25
**Yep [2]** 9724/24
9736/22
**yes [23]** 9683/4
9683/15 9683/24
9685/20 9686/22
9688/11 9692/23
9696/14 9702/3 9707/5
9711/7 9713/2 9719/25
9731/14 9736/18
9740/18 9742/10
9742/11 9768/13
9769/3 9780/18
9790/16 9791/22
**yet [2]** 9720/4 9729/11
**York [1]** 9676/15
**you [528]**
**you know [6]** 9707/18
9708/10 9720/18
9726/24 9798/14
9799/5
**you'd [17]** 9710/13
9710/20 9717/23
9719/6 9723/21
9737/18 9739/4 9761/9
9761/17 9762/11
9762/23 9763/2 9763/8
9763/20 9778/22
9787/21 9800/1
**you'll [1]** 9733/24
**you're [54]** 9680/24
9690/2 9695/13
9700/13 9700/14
9700/19 9700/24
9700/24 9700/25
9702/17 9704/8
9705/20 9712/7
9714/10 9719/8
9719/10 9721/14
9729/3 9729/25
9729/25 9734/24
9740/12 9749/7
9750/23 9757/16
9767/24 9768/2
9774/21 9783/9
9783/17 9784/21
9788/4 9788/5 9788/11
9789/22 9789/24

of 9793/5 9793/5
9793/10 9793/11
9793/11 9793/15
9793/17 9794/15
9794/16 9794/16
9794/25 9795/1 9795/2
9795/2 9795/19 9796/5
9800/12 9800/13
**you've [16]** 9695/8
9701/6 9702/18 9703/7
9716/5 9718/14
9729/19 9729/20
9733/16 9738/14
9752/5 9752/11
9752/15 9761/11
9769/11 9793/11
**your [73]** 9679/6
9679/17 9680/3
9680/11 9680/15
9680/22 9680/25
9681/7 9681/11
9681/15 9684/6 9684/9
9685/18 9685/21
9686/4 9686/6 9686/12
9686/14 9688/10
9689/5 9691/20
9692/22 9695/17
9696/12 9697/3
9698/25 9699/2
9704/10 9707/7
9709/20 9714/18
9714/18 9715/14
9718/16 9722/9
9722/10 9722/19
9727/8 9727/12
9729/24 9730/25
9731/3 9733/16
9739/20 9740/2
9740/19 9749/5
9749/14 9752/24
9753/24 9753/24
9756/3 9756/15
9756/16 9760/6 9760/6
9760/6 9768/24
9771/17 9774/6 9776/5
9777/2 9781/21 9788/2
9794/16 9795/7
9797/11 9800/14
9800/24 9801/11
9801/21 9801/24
9802/15
**Your Honor [17]**
9679/6 9679/17 9680/3
9680/11 9680/22
9684/6 9684/9 9685/21
9686/4 9714/18
9730/25 9739/20
9760/6 9776/5 9797/11
9801/11 9802/15
**Your Honor's [1]**
9686/6
**yourself [1]** 9729/4

**Z**

**Zaremba [3]** 9677/5
9803/2 9803/8