9982

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, ET AL.,    )
                                     )
            Plaintiffs,              )
                                     )      CV No. 20-3010
        vs.                          )      Washington, D.C.
                                     )      November 14, 2023
GOOGLE LLC,                          )      9:30 a.m.
                                     )
            Defendant.               )      Day 40
_____)    Morning Session


TRANSCRIPT OF BENCH TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For DOJ Plaintiffs:              Kenneth M. Dintzer
                                 U.S. DEPARTMENT OF JUSTICE
                                 1100 L Street, NW
                                 Washington, D.C.
                                 (202) 307-0340
                                 Email:
                                 kenneth.dintzer2@usdoj.gov

                                 Karl Edward Herrmann
                                 U.S. DEPARTMENT OF JUSTICE
                                 Technology
                                 & Financial Services Section
                                 450 Fifth Street, NW
                                 Washington, D.C. 20001
                                 (202) 476-0316
                                 Email: karl.herrmann@usdoj.gov

For Plaintiff
State of Colorado:               Jonathan Bruce Sallet
                                 COLORADO DEPARTMENT OF LAW
                                 Consumer Protection Section,
                                 Antitrust Unit
                                 Ralph L. Carr
                                 Colorado Judicial Center
                                 1300 Broadway
                                 Suite 7th Floor
                                 Denver, CO 80203
                                 (720) 508-6000
                                 Email: jon.sallet@coag.gov

                                 William F. Cavanaugh, Jr.
                                 PATTERSON BELKNAP
                                 WEBB & TYLER LLP
                                 1133 Avenue of the Americas
                                 Suite 2200
                                 New York, NY 10036-6710
                                 (212) 335-2793
                                 Email: wfcavanaugh@pbwt.com

```
APPEARANCES CONTINUED:

For Defendant Google:        John E. Schmidtlein
                             Graham Safty
                             WILLIAMS & CONNOLLY LLP
                             680 Maine Avenue, SW
                             Washington, D.C. 20024
                             (202) 434-5000
                             Email: jschmidtlein@wc.com
                             Email: gsafty@wc.com


Court Reporter:              William P. Zaremba
                             Registered Merit Reporter
                             Certified Realtime Reporter
                             Official Court Reporter
                             E. Barrett Prettyman CH
                             333 Constitution Avenue, NW
                             Washington, D.C. 20001
                             (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

9985

— — —

WITNESS INDEX

— — —

WITNESSES          DIRECT CROSS REDIRECT RECROSS

DEFENDANT'S:

KEVIN M. MURPHY     9994

— — —

INDEX OF EXHIBITS

— — —

PLAINTIFF'S                          ADMITTED

UPX2012                              10024

```
 1                    P R O C E E D I N G S
 2              THE COURT:  Good morning, everyone.  Please be
 3     seated.
 4              COURTROOM DEPUTY:  Good morning, Your Honor.
 5     This is Civil Action 20-3010, United States of America,
 6     et al., versus Google LLC.
 7              Kenneth Dintzer for the DOJ.
 8              Jonathan Sallet and William Cavanaugh on behalf of
 9     Plaintiff States.
10              John Schmidtlein on behalf of Google.
11              THE COURT:  Okay.  Good morning, everyone.  I hope
12     everybody is well.
13              All right.  Are we ready to continue with
14     Professor Murphy?
15              MR. DINTZER:  Your Honor, we have a
16     confidentiality issue to cover on a document that will be
17     coming up with Professor Murphy.
18              THE COURT:  Okay.
19              MR. HERRMANN:  Good morning, Your Honor.
20              May I approach?
21              THE COURT:  Sure.
22              MR. HERRMANN:  Karl Herrmann.  K-a-r-l,
23     H-e-r-r-m-a-n-n.
24              Your Honor, our dispute is on UPX1128.
25              It's -- in the document I've passed up, the green
```

1    figures, we do not oppose redacting because we do not need

2    to unredact them.  But the yellow figures we oppose

3    redacting.

4            Our view is that this exhibit from 2016 reflects

5    high-level figures, it does not reflect any specific

6    negotiation and is, therefore, inappropriate to redact.

7            THE COURT:  Can you just give me a sense of what

8    this is?

9            MR. HERRMANN:  Yes, Your Honor.  This is a

10   high-level analysis of Google's RSA deals with carriers and

11   OEMs.

12           THE COURT:  Okay.

13           MR. HERRMANN:  Just a little more detail:  This is

14   the internal approval of the template and strategy for

15   Android RSA deals.

16           THE COURT:  Okay.  Mr. ...

17           MR. SAFTY:  Good morning, Your Honor.

18   Graham Safty of Williams & Connolly on behalf of Google.

19           If we may just briefly address a couple of these

20   proposals from the Department, beginning with sort of

21   fifth bullet point under "Discussion."

22           There's a very targeted redaction there that gets

23   to some differences in financial terms between different

24   partners, and that's the kind of information that Google has

25   sort of consistently sought to redact in order to protect

1    its ability to negotiate these ordinary arm's-length

2    business agreements going forward.  I think the vast

3    majority of the document, including the "Discussion" section

4    is unredacted.

5            There's also this -- a specific financial

6    projection here, the number that's in the third bullet point

7    under "Discussion."  Again, that's the kind of sort of

8    financial outlay that I think third parties, including those

9    that were presented by deposition video last week and the

10   week before, have sought to redact, and it maintains its

11   commercial sensitivity even several years on, given that

12   these are individual financial terms.

13           While I think the department has pointed out that

14   this relates to agreements generally, we've all heard from a

15   handful of OEMs and a handful of carriers in this case, and

16   so I think the further disclosure would sort of further

17   implicate and impact those business negotiations with those

18   counterparties going forward since everybody knows who the

19   third parties at interest here are.

20           THE COURT:  Okay.

21           MR. HERRMANN:  Your Honor, briefly, the figures

22   would not reveal any specific detail of any third party.

23   Again, this is an aggregation.  I'm sure how it could.  I'm

24   not aware of any third party objecting to disclosure of

25   this.

1           Additionally, under the fifth bullet point, which

2     is at the top of 098, which Mr. Safty referenced, at no

3     point has anyone ever said that these types of partners play

4     off each other in any kind of negotiation.  These are

5     two different categories of partners, so revealing this

6     information would reveal nothing that could harm Google.

7           THE COURT:  Let me just ask:  In terms of the

8     relative traffic payout to these two categories, is that

9     something -- again, not specific numbers, but the relative

10    rev share percentages, is that something that is otherwise

11    known?

12          MR. SAFTY:  Your Honor, it's not.

13          As you've heard evidence from, for instance,

14    Motorola testifying by a deposition video, they don't

15    disclose what their rev share percentages or the amounts

16    paid to, say, Verizon or AT&T, just as Verizon and AT&T

17    don't disclose it to Samsung.

18          So the notion that there's no sort of playing off

19    of or no sort of three-dimensional dynamics, I think is just

20    inaccurate with the testimony that Your Honor has heard

21    about how carriers sort of control the ID oftentimes in the

22    United States because they decide how the device is

23    configured.  In other geographies, the dynamics are

24    different because OEMs typically decide how the device is

25    configured.

1            So the way that Google negotiates with OEMs on the

2    one hand and carriers on the other is, of course, different,

3    not only partner by partner but category by category.  And

4    again, the vast bulk of the discussion here is unredacted,

5    it's just specific financial terms that we seek to redact as

6    we have sort of consistently throughout with respect to

7    these partner level differences.

8            THE COURT:  Yeah, okay.

9            MR. HERRMANN:  Briefly, Your Honor, I should

10   clarify.  These are not revenue share percentages, these are

11   coverage figures, and this is the type of information that

12   Your Honor unredacted from the sealed testimony of

13   Ms. Kartasheva and in other exhibits related, so this would

14   be of the same type, and it, therefore, should be unredacted

15   here.

16           THE COURT:  Okay.

17           So I haven't heard Mr. Safty push back on

18   Bullets 1 and 2.

19           MR. SAFTY:  Yes.

20           And I understand the department's position with

21   respect to the first two being different, that's why I'm

22   focused on the TAC payout lines.  Those are not coverage

23   figures, that means revenue share percentages.

24           THE COURT:  No.  I understand.

25           MR. SAFTY:  So to the extent that the Court feels

1  that there is some need, after balancing the *Hubbard*

2  factors, to unredact the number of partners implicated and

3  these coverage figures, we do view that as different in kind

4  than the revenue and revenue-share-related discussion that

5  occurs in the third and fifth bullet points.

6         THE COURT:  Okay.

7         All right.  So I think this is how I'll come out

8  here.  I think the proposed -- or what has been proposed to

9  be redacted in Bullets 1, 2, and 3 can be referred to on the

10  public record.  They are sort of roll-up, high-level numbers

11  of number of partners and general figures about search

12  revenues and coverage.

13         The third bullet point refers to a TAC number, but

14  it's a very high-level TAC number and a projection.  We've

15  already seen earlier in trial that Google does release

16  information publicly about its TAC figures.

17         And so while this precise number may not be --

18  have been disclosed publicly, it's not something that Google

19  is not, as a category at least, publicly disclosed in the

20  past, and, frankly, I don't see the prejudice from an

21  aggregate number that was projected back in -- I can't quite

22  tell when this email was but --

23         MR. HERRMANN:  2016, Your Honor.

24

25

9992

1          THE COURT:  2016.

2          As for the fifth bullet, I think I will permit --

3    and I think that it appropriately ought to be under -- it

4    should be redacted as confidential business information

5    that, if made public, could harm Google's competitive

6    position, and specifically, this is of the kind of other

7    information that I have -- specifically, revenue share

8    percentages that are paid out.

9          And even though these aren't specific to any

10   particular partner, they are relative to categories of

11   partners.  And I think -- for that reason, I think we ought

12   to -- I think that ought to remain confidential and under

13   seal, okay?

14          MR. HERRMANN:  Thank you, Your Honor.

15          THE COURT:  All right.

16          MR. DINTZER:  On the confidentiality note,

17   Your Honor, also we have negotiated with Google on --

18   regarding unredacting Dr. Murphy's -- or Professor Murphy's

19   slide deck, and we are largely in agreement so there's no

20   issues for the Court to resolve at this time.

21          THE COURT:  Terrific.  Thank you, everyone.

22          And, Mr. Dintzer, where are we on your anticipated

23   closed session that we discussed yesterday?

24          MR. DINTZER:  So we went line by line, Your Honor.

25   It is my hope that we won't need it.

9993

```
 1              THE COURT:  Okay.

 2              MR. DINTZER:  And so if, at some point, as the

 3   Court may imagine, we have to drill down a little bit with

 4   the witness, then we may resume that request, but at this

 5   point, we are hoping to go without it.

 6              THE COURT:  Okay.  Very good.  Thank you.

 7   I appreciate it.

 8              And we'll just continue to remind Professor Murphy

 9   about the sensitivity of certain numbers.

10              MR. DINTZER:  Of course.

11              The DOJ Plaintiffs don't have anything else,

12   Your Honor.

13              THE COURT:  Okay.

14              All right.  Well, let's bring Professor Murphy in,

15   and we'll get started.

16              All right, Professor Murphy.  Welcome back and

17   good morning.

18              THE WITNESS:  Thank you.  Thank you, Your Honor.

19              THE COURT:  All right.  Mr. Dintzer, we are ready

20   when you are.

21              MR. DINTZER:  Thank you, Your Honor.

22

23

24

25
```

```
 1                              - - -
 2   KEVIN M. MURPHY, WITNESS FOR THE DEFENDANT, HAVING BEEN
 3   PREVIOUSLY SWORN, RESUMED THE STAND AND TESTIFIED FURTHER AS
 4   FOLLOWS:
 5                  DIRECT EXAMINATION (CONTINUED)
 6   BY MR. DINTZER:
 7        Q    So, sir, we're going to touch back on choice
 8   screens for just a second.
 9             MR. DINTZER:  And if I may approach, Your Honor,
10   I have a document.  We're actually -- we're ready to hand
11   out the binders, Your Honor.  We've already given them to
12   Google's counsel.
13             May I approach, Your Honor?
14             THE COURT:  You may.
15   BY MR. DINTZER:
16        Q    So we have two sets of binders.
17             We'll continue to put them on the screen as we
18   can, but just so you have them, especially for the
19   confidential materials.
20             If you could go to Exhibit 677.  And it will be
21   here on the screen.
22        A    Is that in the binder or...
23        Q    It is in the binder, sir.
24             THE COURT:  What's the prefix?
25             MR. DINTZER:  I apologize, Your Honor.  UPX677.
```

```
 1                    THE COURT:  I think that's in the second binder.
 2                    THE WITNESS:  Thank you.
 3                    MR. DINTZER:  And this is admitted, Your Honor.
 4                    THE WITNESS:  Okay.  Got it.
 5     BY MR. DINTZER:
 6          Q    Okay.
 7               And you'll see that 677 is an email from Apple to
 8     Google.
 9               Do you see that?
10          A    I do.
11          Q    2007.
12               And it says, "Expressly here is our proposed
13     amendment to the contract, which allows end users the option
14     to choose their search default in Safari."
15               Do you see that?
16          A    I do.
17          Q    And the subject of the email is "Google Safari
18     Amendment."
19               Do you see that?
20          A    I do.
21          Q    Okay.
22               And then the attachment, which is the next
23     exhibit, is UPX678.  And it says at the top, "Amendment 2 to
24     Information Service Agreement Between Google and Apple."
25               So this is a proposed amendment to the ISA.
```

9996

1          Do you understand that?

2      A    Yes.

3          And to the best of my knowledge, I don't have

4  direct knowledge of that, but it appears to be.

5      Q    Okay.

6          You don't have any reason to doubt that, do you,

7  sir?

8      A    No, it's just -- I couldn't authenticate the

9  document, so I'm just using it based on what I see.

10     Q    Understood.

11         And if you go to the first entry here,

12 "Section 2.4 will be replaced in its entirety with the

13 following new Section 2.4., Selection of Default Web Search

14 Provider."

15         Do you see that?

16     A    Yes.

17     Q    On first launch or setup of the software, Apple,

18 in its sole discretion, may either make Google the default

19 web search provider appearing within the search box of the

20 software, or, or, provide a means for the user to choose the

21 default web search provider.

22         Do you see that?

23     A    I do.

24     Q    So this is the form in which Apple presented to

25 Google the proposal.

```
 1              Do you see that?
 2      A     Just one second.
 3              Okay, this is from Apple to Google.  Okay.
 4      Q     Okay.
 5              So we were making a list here.
 6              And this one is a choice screen or a default if
 7      Apple wanted -- Apple had the ability to choose.
 8              Do you see that?
 9              This is a different iteration.  So it's choice or
10      default.
11              Do you see that in the agreement -- or in the
12      proposal, sir?
13      A     I do.
14      Q     Okay.
15              And you'll agree that looking at what both sides
16      sought in an agreement provides information about what
17      alternative contracts might have shown up had the contract
18      that ultimately resulted not been signed?
19      A     I don't know if I would go so far this tells me
20      what might have shown up because what might have shown up,
21      according to economics is determined by both sides.  What
22      somebody proposes might be more determined by one side.
23              So I might put something in there and say, well,
24      that would be good.
25              Like Apple, right here, is proposing this.  And if
```

1  this is the only amendments, they're proposing it in a

2  context in which Google is paying on all the volume at the

3  same rev share that they used to pay.  I would not expect

4  Google to accept this from an economist point of view

5  because they're getting something very different from what

6  they had contracted before -- for, and Apple is proposing to

7  change the terms without really it doesn't look like any

8  offsetting benefit on the other side.  So I would not expect

9  this to show up in the agreement.

10      Q    Okay.

11           But my question, sir, is:  Looking at the

12  proposals and who was interested in what and why they wanted

13  it would be informative about not just why the contract

14  exists but would also be informative about what alternative

15  contract might have shown up had that contract not been

16  assigned?

17      A    Yeah, I think the question of how they're likely

18  to show up would depend on, you have to look at the other

19  side's perspective, too.

20      Q    But it would be informative, you agree?

21      A    Could be to some extent.

22      Q    No further questions on that document.

23           Now, Russian authorities ordered Google to adopt

24  choice screens for Android; is that right?

25      A    That's my understanding.  I don't know all the

1    details behind it, but, yes, that's my understanding.

2         Q    You had a slide on it in your deck and you

3    discussed it, right?

4         A    I did.

5              I just said it.  I don't know everything that

6    launched behind it.  I know it at that level.

7         Q    Okay.

8              More people use the Yandex after the choice screen

9    than before?

10        A    It certainly appears that way, yes.

11        Q    And overall usage of the Yandex went up after the

12   introduction of the choice screen on most devices?

13        A    That's correct.

14        Q    And so we're going to go to UPX170 and this is

15   already admitted.

16        A    Where is that in the folder?

17        Q    That'll be in, I believe the first binder.  And it

18   will be on your screen as well.

19        A    Okay.

20        Q    Okay.

21             And you'll see this is an internal email to -- at

22   Google, do you see that, dated December of 2019?

23        A    I do.

24        Q    And we're going to go to the attachment at Bates

25   number 977.

1          Well, first, let's do this cover.  The Bates, the

2    attachment is an update of Android in Russia.

3          Do you see that, December 2019?

4    A    Yes.

5          So this is December 2019.  So this is well after

6    the choice screen was implemented.

7    Q    Yes, sir.

8          And now we're going to go to page Bates number 977

9    of that.

10   A    And that, I take it, is in the other binder.

11   Q    No, no, no.  It just continues on that same

12   document, just a little farther along?

13   A    Oh, okay.

14   Q    It's the last three digits of the Bates number are

15   977.

16         And the heading is "Both 28-day Actives."

17         Do you see that?

18   A    Oh, I'm not there yet.

19   Q    Okay.

20         And it's on the screen as well but you should look

21   at the documents since it has confidential information.

22   A    Okay.

23   Q    Okay.

24         And so -- and you understand that the Russian

25   remedy started late 2017, right?

10001

1      A    I don't remember the precise dates but that sounds

2   roughly right.

3      Q    Okay.

4           And this chart, the one on the left, shows Android

5   actives and growth in Russia.

6           Do you see that?

7      A    It's hard to see.  It's pretty small, but I do,

8   I think.

9      Q    Okay.

10          Can you see that through the 15 months shown in

11  that chart, I'm not going to say it exactly but I will say,

12  it's rising.

13          Do you see that?

14          "Actives [sic] and growth in Russia."

15          Android is growing in Russia during this time.

16          Do you see that?

17     A    I do.

18     Q    So Android is growing in Russia during this time

19  even without Google as the search default; is that right,

20  even with the choice screen?

21     A    That seems to be true.

22     Q    Okay.

23          And then if you go to 978, which is the next

24  document, the next page, I'm sorry, this shows Google's

25  search share in Russia declining.  So Android is going up

10002

```
 1    but Google's search share is going down because of the
 2    choice screen?
 3         A    I don't know if Android is going up because of the
 4    choice screen.  That's not so clear.
 5         Q    No.  That's fair enough.  Fair enough.
 6         A    I think some of the decline in Google is due to
 7    the choice screen.  There's other things going on in Russia
 8    that complicates this a little bit, but, you know, I
 9    certainly think the choice screen was part of the story why
10    Android was going -- I mean, Google's share was going down.
11         Q    Okay.
12              At the same time that Android was growing?
13         A    Right, but I don't know if one has anything to do
14    with the other.
15         Q    And am I right you haven't analyzed the Russian
16    choice screen's impact on query volume in Russia;
17    is that right?
18         A    Yeah, I think it would be hard to do but I have
19    not tried that.
20         Q    So now we're going to go to your initial report.
21              MR. DINTZER:  May I approach, Your Honor?
22              THE WITNESS:  I need a bigger desk.
23              THE COURT:  We don't usually have this many
24    binders.
25
```

```
 1   BY MR. DINTZER:
 2       Q    So you'll see your initial report in this binder.
 3   Do you see it?
 4       A    I haven't found it yet.
 5            I see the title, yes.
 6       Q    Okay.
 7            And we're going to go to paragraph 724.
 8       A    Okay.
 9       Q    Okay.
10            And it says -- and the heading is "The Economic
11   Analysis of Foreclosure."
12            Do you see that, right above 724?
13       A    I do.
14       Q    Okay.
15            And then we're going to go to paragraph 732.
16            And at the bottom of paragraph 732, you write
17   "Specifically, the extent of potential foreclosure should be
18   limited to the share of sales for which, one, rivals are
19   anti-competitively denied the ability to compete in the
20   actual world, and two, would be able to compete successfully
21   in the but-for world."
22            Do you see that?
23       A    I do.
24       Q    And that's your theory of how foreclosure should
25   be analyzed, right?
```

10004

1      A    Well, it's -- as long as we make sure we're --

2   it's about the ability to compete in the two worlds, not

3   necessarily about outcomes, who wins or loses.

4      Q    Right.  And I'm just reading the words, sir.

5           But that's what you wrote as your description of

6   foreclosure, right?

7      A    And I think that's what I just made clear, because

8   I think one of the things that keeps happening is people

9   confuse the outcome in terms of shares with the ability to

10  compete which are two different things.

11     Q    Right.

12          And there's no footnote for this one so you don't

13  cite anybody or any source for this paragraph, correct?

14     A    No, because it's evident in the discussion of what

15  we're trying to assess.  We're trying to assess competition.

16     Q    And at your deposition, I drew your attention to

17  the fact you cited nothing for your -- this definition of

18  foreclosure.  Do you remember that?

19     A    I do.

20     Q    And you didn't cite anything there either.  You

21  couldn't recall anything or give me anything to cite;

22  is that right?

23     A    I think it's the definition of foreclosure.

24     Q    Okay.

25          And then on your slide, Slide 64 that you

10005

```
 1    presented to the Court, do you have that?  We're going to
 2    pull it up here anyway, but...
 3              You repeat the same -- there we go.
 4              You repeat the same -- in the lower part of this
 5    slide, you repeat more or less the same test.
 6              Do you see that?
 7    A    Yes.
 8    Q    Okay.
 9              And, again, without citation, right?
10    A    No, I didn't cite anything here.
11    Q    Okay.
12              And so -- and my question to you, sir, is did you
13    create a but-for world that matches the second bullet on
14    your test there?
15    A    I did not.
16              I evaluated whether competition was reduced in the
17    actual world by comparing it to a world without defaults,
18    and one of the worlds without defaults that seemed like a
19    reasonable proxy was the choice screen.
20              I don't think that's what would emerge under
21    competition but the nature of the allegation in this case is
22    that the challenged agreements limit competition by denying
23    rivals' access to users, and a choice screen would be a way
24    to say is that the cause of the reduction in competition,
25    which is moving to a world without choice -- without
```

1       defaults, a world where that access issue is eliminated.

2           Q    Okay.

3               And I heard all that, but I want to focus on you

4       did not create a but-for world as you describe needs to be

5       done under your test, correct?

6           A    I did not go all the way to a but-for world.  But

7       my view of the world is the actual world is the but-for

8       world because they're not anti-competitive.

9           Q    Okay.

10              So because of your conclusion that the challenged

11      terms are not anti-competitive, you didn't perform a but-for

12      world?

13          A    I didn't perform a literal but-for world test, I

14      used a choice screen as a proxy for what a but-for world

15      absent the agreements -- absent the challenged agreements

16      would look like.

17          Q    Okay.

18              So you are not offering a foreclosure number based

19      on the test you describe in Slide 64?

20          A    I don't think there's any foreclosure so I would

21      say foreclosure is zero in this case.  So I wouldn't offer a

22      foreclosure number.

23          Q    Okay.

24          A    Because if people are not denied the ability to

25      compete, there's no foreclosure.

1    Q    But you didn't -- you reached the number without

2    performing the steps that you describe in Slide 64?

3    A    I wouldn't characterize it that way, no.

4    Q    Okay.  Well, then I'm going to ask you for the

5    elements of your but-for world.

6    A    Okay.

7         I'm saying it's a but-for world that does not have

8    the challenged agreements but in place, has a world in which

9    rivals have access to users directly, and a choice screen is

10   a proxy for that.

11        So it's a proxy for any -- measuring any potential

12   anti-competitive effects even though it's not something I

13   would say would arise under competition.

14        The reason I say it doesn't -- wouldn't arise

15   under competition is because what we have in the actual

16   world is preferable under competition.

17        But for purposes of your hypothesis, it seems is a

18   suitable test.

19   Q    Sir, I'm just trying to figure out, if you have a

20   but-for world, I need the elements.  If you don't have a

21   but-for world, then we need to absolutely lock down that

22   there's no but-for world so we can move on.

23   A    No, it's -- you don't understand.

24        The reason I say it's not a but-for world is

25   because it would not emerge under competition, okay?  That's

10008

1   why I say it's not a but-for world.

2       But you've put forth a theory that says the actual

3   world restricts competition because it denies rival access.

4   So I'm going to get rid of what you claim generates the

5   anti-competitive effect in the actual world to say would --

6   does it, in fact, deny people access and anti-competitively

7   restrict competition.

8       Q    Okay.

9           So I don't know what to call it since you're

10  saying it's not a but-for world, but in your not but-for

11  world, you assign choice screens for Android, right?

12      A    I do, for Android and for Apple and for

13  independent browsers.  In the assessment of whether the

14  challenged conduct is anti-competitive, that's what I do.

15      Q    So this is not part of your foreclosure analysis,

16  this is part of your analysis to see if the conduct is

17  anti-competitive?

18      A    Has it -- has it -- yes, whether it restricts --

19  whether it harms the competitive process.

20      Q    And for that analysis, you included a choice

21  screen.

22          And you did your analysis how far back, how many

23  years back?

24      A    I think you could apply that analysis as far back

25  as you want.  I used data from the current period because

1    that's the period where we had data on the choice screen.

2         Q    So let me be clear.

3              If, seven years ago, the choice screen had arisen,

4    you don't have data from seven years ago about this choice

5    screen but-for world; is that right?

6         A    Well, we don't have direct evidence.  We can use

7    evidence -- you know, I've never thrown a bowling ball off

8    the roof of my garage, but I'm pretty sure it's going to

9    obey the law of gravity.

10             Now, I'm not sure that a choice screen is that

11   robust in terms of how it works, but the basic economics is

12   going to be the same, and we know that over time, there's

13   been a strong preference for Google, there is today, there

14   was a strong preference for Google in 2014.

15             So, for example, if you look at Microsoft Windows.

16   Google's share on Microsoft Windows where the distribution

17   arrangements haven't changed has been 80 percent since 2011.

18   So one of the key things that you might think of would

19   affect the outcome of a choice screen would be, say,

20   Google's strength, and Google's strength has been -- at

21   least as measured by their share on Windows where they don't

22   have distribution, has been basically the same over 2011

23   to 2022.

24        Q    Sir, could you just focus on my question.

25             My question was simply:  You're using choice

10010

1    screen data from the current period, not from data that

2    arose seven, eight, nine years ago, correct?

3        A    Because we don't have any data from then.

4        Q    Okay.  So from the current period.

5        A    But I just want to make clear why you would

6    use it.

7             You would use it because you're applying it to a

8    world that, in many of the relevant ways, is very similar to

9    what we have today, because one of the key contentions is,

10   the choice screen effect varies depending on how strong

11   people are.

12            And if you look at today, that picture is not very

13   different than it was, say, in 2014.

14       Q    Have you seen any documents at Google or the OEMs

15   or Apple that says that in the alternative, if these -- if

16   these challenged terms were not in the agreements, that a

17   choice screen, as opposed to any one of these other

18   alternatives that we've talked about, that a choice screen

19   was the most likely alternative?

20            Are you citing any documents for that proposition?

21       A    No, I'm not saying it's the most likely.

22            In some ways, it's the most extreme in the sense

23   of changing the access to one where everybody's presented

24   together, rather than having a default with other carve-outs

25   or something else.

1           So I viewed it as sort of, you're proposing

2  various alternatives that involve getting rid of some

3  elements to which the guy who has the default has a

4  distributional advantage.

5           I said, Well, one way to test that is let's go all

6  the way to a world where he has no distributional advantage

7  and see if that makes a difference.  So that's the logic of

8  going to the choice screen, because the intermediate ones

9  won't, presumably, have intermediate effects.

10     Q    So let's go to UPX134, and that's in your binder.

11          And that's admitted.

12     A    The first binder?

13     Q    It is, sir.

14     A    And what's the number again?

15     Q    134, sir.

16     A    Okay.

17     Q    Okay.

18          And this is a 2011 email.

19          Do you see that, sir?

20     A    I'm sorry, what's the number?

21          134, sorry, I'm on the wrong one.

22     Q    Yes, sir.

23     A    Okay.

24     Q    Okay.

25          And did you read Mr. Barton's testimony?

1      A    I probably read some of it.  I don't think I

2  read -- I certainly didn't read it all.

3      Q    Okay.

4           Do you remember that he testified about exclusive

5  agreements that he -- he negotiated?

6      A    I don't have a recollection of that, no.

7      Q    Okay.

8           So in his email on the first page, Mr. Barton

9  writes, on the third paragraph -- and the subject here is

10  "Platforms."

11          On the third paragraph he writes, "Without the

12  exclusivity, we are not getting anything.  Without an

13  exclusive search deal, a large carrier can and will ship

14  alternatives to Google, as seen with Verizon, AT&T, and

15  América Móvil."

16          He continues, "Android is by far the greatest

17  opportunity for search monetization in mobile over the next

18  years and is very strategic to Google.  You can bet that

19  Microsoft and Yahoo! will enter contracts for search on

20  Android through carrier deals if we do not."

21          Do you see that?

22      A    I do.

23      Q    Okay.

24          In 2011, Mr. Barton believed that if Google didn't

25  enter into exclusive agreements, that Microsoft and Yahoo!

10013

1    would be able to get some of those contracts, right?

2        A    I think he -- I think he's thinking about it --

3    now, I don't -- when he used the word "exclusivity," he's

4    not using it necessarily in any legal context or economic

5    context.

6            But he's sort of saying, If I don't do a

7    distribution deal where I'm, say, the default, somebody else

8    probably will.

9        Q    Sir, he's using the word "exclusive."

10       A    I agree, but you'd have to talk to him by what he

11   means by that.

12           But I think he means a world, for example, where

13   he's the default.

14       Q    In your analysis, you don't have Microsoft or

15   Yahoo! getting a single, a single exclusive on Android;

16   is that right?

17       A    I don't believe they would.

18           They're higher cost, lower quality.  I don't think

19   there's anything in economics that would suggest that they

20   would win.

21           My -- you sort of missed the whole point of my

22   testimony, I guess.

23           My point is that they would compete and would

24   compete effectively, but at the end of the day, likely the

25   partner would choose the person who's got the best product

1   at the best deal.

2          But that doesn't mean they don't have the ability

3   to compete just because they don't win.

4   Q    And so when he writes, "A large carrier can and

5   will ship alternatives to Google," you disagree with it?

6   A    No.

7          He -- they can't -- this is disappointing because

8   the whole point is they have the option to do that, then

9   there's competition to see whether they'll do that or ship

10  with Google.

11         And my whole point is, there's going to be a

12  choice between which one they decide to do.

13  Q    Right.

14         And -- and no --

15  A    That's competition for the default.

16  Q    Right.

17         Apple has option -- no further questions on that

18  document.

19         Apple has options regarding search, right?

20  A    Well, you mean in terms of their promotion of

21  various search products.

22  Q    Well, Apple could build its own search engine if

23  it wanted to?

24  A    Yes, it could.

25  Q    Or Apple could rely on a third party to provide

1   search, right?

2       A    Yes.

3       Q    And the ultimate basis of Apple's choice on

4   whether to enter is what is best for Apple, right?

5       A    That's what economics would tell us.

6       Q    And if Apple didn't get the deal they wanted from

7   Google in 2016, its next-best option would have been to

8   develop its own search engine, right?

9       A    I'm not sure I'm positive about that, but that

10  would have been one way they could have gone, and I think

11  that's one way they talked about.  But it's -- there's

12  pluses and minuses of doing that, so...

13      Q    Okay.

14           If Apple entered search, they would get a

15  substantial share on their own devices, right?

16      A    Well, it depends on how successful they were.

17           Apple has produced various products over the

18  years, and sometimes they don't get a substantial share, for

19  example.

20      Q    Sir, if Apple entered search, you concluded that

21  they would get a substantial share on their own devices,

22  right?

23      A    Presumably if they're successful at it.

24           And I presume they probably wouldn't try to enter

25  if they weren't going to be successful.  I'm just pointing

10016

1    out that Apple isn't always successful with its own

2    products.

3        Q    Okay.

4            And in your not but-for world, the choice screen,

5    that doesn't have Apple entering the search market, right?

6    You don't model that?

7        A    I don't, but that -- I consider that separately.

8    There's no -- the contracts don't exclude Apple's ability to

9    do that or preclude Apple's ability to do that.

10       Q    You -- your -- if I can ask you to point in your

11   slides or your report, you do not model what would happen to

12   Google's share if Apple entered the search market, right?

13       A    The point isn't if -- I don't --

14       Q    I just need you to answer my question, sir.

15       A    I didn't, because I didn't see why that would be a

16   relevant question here.

17       Q    Okay.

18           One step Apple could take toward general search is

19   by expanding and monetizing Spotlight, correct?

20           THE COURT:  Mr. Dintzer, I'm sorry.

21           Before he answers that question, I'm sorry, could

22   you go back to what he said a moment ago.  I want to make

23   sure I understood.

24           Did I understand you to say that you don't believe

25   the Apple contract, Google's contract with Apple, prevents

1    Apple from developing its own search engine or search

2    functionality?

3            THE WITNESS:  I think -- well, they can work on

4    developing it, and in many ways, they have been developing

5    various aspects of things that go into search.  Although

6    only some aspects that they serve themselves through, say,

7    Safari suggests or through Spotlight and things like that, I

8    would imagine if they were going to enter search, they would

9    sign a different contract.  They wouldn't have signed the

10    contract they did.

11            You know, it's more like, should I go with Google

12    and sign a contract with Google or I should go on my own.

13    I don't think they would sign the deal they signed with

14    Google and then immediately after that go into search on

15    their own.  That seems much less likely.

16            If they were going to go, I would think they would

17    say, no, we're not going to go that deal with Google that we

18    do today.  Maybe do a different deal.  Maybe Google will

19    still have a bookmark but they're not going to -- we'll

20    place our search engine as the default, for example, would

21    be probably my expectation.

22            But that's not so much a question of what they can

23    do under the contract, but what alternative contract they

24    would have considered.

25            THE COURT:  Got you.  Thank you.

1    BY MR. DINTZER:

2        Q    If Google's term with Apple did not restrict

3    Apple's ability to grow or move into the search market and

4    answer some or all of the queries that Apple gets, you

5    haven't modeled that, right?

6        A    No, I haven't decide [phon.] on that specifically.

7            Although I'm not quite sure how that

8    facilitates -- how that helps the other search engines that

9    are out there today.  That I don't understand.  I don't

10   understand why they benefit from Apple entering because it

11   seems like that's another competitor that they have to deal

12   with.  If I'm Yahoo! or Bing, Apple entering doesn't seem

13   like a way that's going to prevent me -- is going to improve

14   my lot relative to what it is today.

15       Q    If Apple enters, you understand that consumers

16   would have another option, they have Apple as a general

17   search engine, right?

18       A    They would have another option on Apple.

19       Q    Okay.

20       A    And Apple wouldn't consider that, right.  That's

21   the big difference.

22            They're not going to have another option on

23   Windows or Android or one of the other ones.  Apple

24   generally doesn't -- isn't going to go out and license that

25   software to somebody else.  They're going to keep it on the

10019

```
 1   Apple platform so...

 2           And that's an important point because --

 3      Q    What's the basis of that, sir?  Apple tried to

 4   make Safari work on Windows.  Can you cite me a single

 5   document that if Apple entered search, that they would not

 6   move it on to other systems to make money?

 7      A    I wouldn't cite a document.

 8           Apple Maps, you know, is Apple Maps or many of the

 9   other Apple products.  Apple has tons of products that are

10   on Apple that haven't been successful on other platforms.

11           Apple tends to design things for its own platform,

12   so I don't really believe that Apple search would be put

13   forth as an alternative for other platforms.

14      Q    You agree that there are terms that affect Apple's

15   ability to show ads in Spotlight; is that right?

16      A    Which agreements?  I mean some of the -- some of

17   the agreements, they actually had the -- had an agreement to

18   serve Spotlight with Microsoft.

19      Q    Sir, do you understand that the ISA prohibits

20   Apple from showing ads in Spotlight without giving Google

21   the right of first refusal?

22      A    My own point is you say the ISA as if there's only

23   been one.  I mean, there's actually --

24      Q    How many ISAs have there been?

25      A    Well, there have been different amendments over
```

10020

1    time, and there was a time at which Apple actually served

2    Spotlight and, in Siri, through Microsoft.

3        Q    The current ISA, sir, you understand that that

4    limits Apple's ability to serve ads in Spotlight, right?

5        A    Well, there are restrictions there.  But the fact

6    that they went with somebody else before illustrates the

7    flaw in your basic methodology, because you're saying if in

8    the current contract they can't do it, that means that it

9    was something Apple couldn't do if that's what they wanted

10   to do.

11        The fact that in a prior contract they actually

12   got the ability to give that business to Microsoft makes me

13   infer that there's no reason to believe that that had been

14   their desired direction, they couldn't have done that today.

15   So his interpretation is, oh, no that's off the table

16   because they have agreement with Google.

17        And there's no evidence that I know of that would

18   say if Apple wanted to do that and that was the best thing

19   for Apple, that they wouldn't have been able to continue to

20   do what they did in an earlier contract, and that's the

21   problem with --

22        Q    Sir, you're --

23        A    I'm trying to explain.

24        THE COURT:  Hang on.  Let's not talk over one

25   another.

1          Professor Murphy, I'll just ask you to focus on

2    the questions that are being asked and we'll be able to get

3    through this more quickly and you can always explain further

4    on redirect examination.

5          THE WITNESS:  Sorry about that, again.

6          THE COURT:  That's all right.

7    BY MR. DINTZER:

8    Q    You were asked, You understand that the ISA limits

9    Apple's ability to serve ads in Spotlight, right?

10   A    I'd have to go look at the contract again, but

11   I think this is the right of first refusal that Apple --

12   that Google has on serving of ads in those two.

13   Q    Okay.

14         And it would -- the ISA would require Apple to let

15   Google supply those ads, right, as it is now written?

16   A    I don't recall exactly what terms are there, but,

17   yes, there's a right of first refusal there for Google,

18   I'm just not positive what the elements of that right of

19   first refusal are.

20   Q    If Apple had to let Google provide the ads, as

21   opposed to Apple doing it themselves, that would mean that

22   serving ads on Spotlight would be less -- could be less

23   valuable for Apple because they'd have to share the money

24   with Google, right?

25   A    I mean, in theory, although they don't really have

10022

1   a vibrant ad platform as far as I know.

2        Q    If the limitation on Apple's ability to supply its

3   own ads on Spotlight, if that was lifted, then one of the

4   things that could happen could be that Apple could grow

5   Spotlight into a search engine?

6        A    You'd have to actually talk to a search expert but

7   my understanding is Spotlight's a long ways from being a

8   search engine.

9        Q    And your not but-for world only has choice screens

10  on Apple, that doesn't model the possibility that Apple

11  might enter search through Spotlight, you just don't model

12  it, right?

13       A    For purposes of what I did, which was, I did not

14  model that because that wasn't important for what I was

15  doing.

16       Q    Okay.

17            Now, Mr. Cue testified that if Google and Apple

18  couldn't reach agreement on revenue share, Apple would enter

19  search, right?  As his --

20       A    I don't remember it being quite that clear but

21  I think he sort of went down that direction.

22            But I know in the internal discussions they had at

23  Apple, there was always a back-and-forth whether this was

24  even a sensible path for them.

25       Q    You didn't perform the analysis to see if a

1    revenue drop associated with the choice screen might be

2    enough to get Apple to enter search.  You didn't do that

3    analysis, right?

4        A    Now I'm really confused.

5             So we're going to put in a choice screen that's

6    going to reduce competition for defaults or eliminate

7    competition for defaults so Apple is going to get less

8    revenue, and that's going to enter -- cause them to enter

9    search.  Is that pro-competitive?

10       Q    Sir, you're asking me a question.  I'm just asking

11   you what you did.

12            You've got a choice screen on Apple?

13       A    Yes.

14       Q    You did not model the possibility that if the

15   choice screen reduces Apple's take, they may enter search,

16   right?

17       A    They may -- they may do that but, boy, I would

18   never think of that as a pro-competitive effect.

19       Q    Okay.

20            I'm just trying to figure out what you did and

21   what you didn't do when you were -- in your not but-for

22   world.

23            When considering the competitive effect of a

24   contract, the agreement's history of negotiation is

25   important; is that right?

1    A    It can be.

2    Q    Okay.

3         And who proposed the contract term can explain the

4    competitive effects, correct?

5    A    For those contract terms that are adopted in

6    particular.  For those that are not adopted, not so much.

7    Q    And a party's proposal shows what that party's

8    interests are, even if it doesn't make it into the

9    underlying contract, right?

10   A    Yes, although that doesn't tell us that's

11   something that would likely make it into the final contract.

12   Q    Okay.

13        And let's go to UPX2012, and that's probably in

14   your second binder.

15        MR. DINTZER:  Your Honor, I believe -- we're going

16   to move to admit this one.  This one is not in.  This is an

17   email, a Google email, dated 2016.

18        And it contains an Apple term sheet attached.

19        THE COURT:  All right.  Any objection?

20        MR. SCHMIDTLEIN:  No objection, Your Honor.

21        THE COURT:  Okay.  UPX2012 will be admitted.

22                              (Plaintiffs Exhibit UPX2012
                                  received into evidence.)
23   BY MR. DINTZER:

24   Q    And if you see on the first page of 2012, you see

25   Mr. Walker.  Do you know who he is?

1    A    I don't remember the name, no.

2    Q    Okay.  I'll represent he's an attorney at Google.

3         Do you see that he's sending Bruce Sewell from

4    Apple a term sheet in 2016?

5    A    Yeah, it looks that way.

6    Q    Okay.

7         And he writes, "Per our discussion."  And then

8    attached is the term sheet.

9         Do you see that?

10   A    That seems to be what it says.

11   Q    Okay.

12        And if you look at page 006, the first page of the

13   term sheet itself at the bottom, this is what Google is

14   proposing to Apple.

15        Do you see that at the bottom?

16        And I can't read what's in that box -- no, no it's

17   been resolved.  I've got a sticky.  I take it back.  I can

18   read what's in the box.

19        Under key business terms, it says, "Apple will not

20   directly or indirectly take any action or make any omission

21   that adversely impacts the expected economic benefit to

22   Google."

23        Do you see that?

24   A    I do.

25        I do know also that it doesn't make it in the

10026

1    final deal.

2        Q    Okay.

3            "E.g., branding, monetary value or other

4    components of the commercialization of the search

5    experience, including, without limit, limitation, by

6    editing, filtering, truncating, appending terms to or

7    otherwise modifying any search query originating from the

8    software, e.g., by using Apple's suggests algorithm in

9    connection with search queries or by altering UIs."

10           Do you see that?

11       A    I do.

12       Q    Okay.

13           In 2016, Google's proposal was to prevent Apple

14   from shifting queries from Google?

15       A    That was one of their concerns.

16           I think this is where you'd really want to look at

17   the whole negotiation series, including what comes after,

18   but that was one concern Google had.

19       Q    Their term sheet expressly seeks to stop Apple

20   from directing queries to Apple suggests, right?

21       A    Well, this term sheet doesn't seek to do anything.

22   I think they're putting terms in there that would limit

23   about Apple's ability to do that.

24       Q    Okay.

25           And the fact that Google's asking for that is

1    because that's a concern of theirs, right?

2        A     There are.

3              And there's concerns on both sides.

4              In the final agreement -- this is a great example

5    of if you just look at all the pieces, you understand the

6    economics.  But if you look at some of the pieces, you're

7    not.

8        Q    Now, you're not offering, in your not but-for

9    world, what percentage of the market rivals would get if

10   they had exclusivity on iOS devices, right?

11       A     I don't believe -- yes, because I don't believe

12   that would happen in the but-for world for the reasons I've

13   already articulated.

14       Q    You believe that what percentage Google's rivals

15   would hold if they had the default on iOS would depend on

16   what Apple does, right?

17       A     Yes, that would.

18              THE COURT:  Sorry, can you repeat the question?

19              MR. DINTZER:  Sure.

20   BY MR. DINTZER:

21       Q    What percentage of Google's rivals would hold if

22   they had the default on iOS would depend on what Apple does?

23       A     I would agree.

24       Q    Given Apple's ability to control its environment,

25   a rival securing defaults on Safari would likely get more

10028

1  than 20 percent?

2      A    Assuming that Apple wanted to go in that

3  direction.  I think they -- Apple has a fair amount of

4  control over their platforms so if they wanted to make a

5  more restrictive default, they -- they presumably would have

6  the ability to do that.

7            THE COURT:  I'm sorry.  When you say more than

8  20 percent, more than 20 percent relative to what?

9            MR. DINTZER:  More than 20 percent of the market

10  share.

11            THE COURT:  Oh, of market share.

12            MR. DINTZER:  So -- no, that's fair.  Let me

13  re-ask.

14            THE WITNESS:  There's a context for the

15  20 percent.

16            THE COURT:  Well, hang on.  Let him clarify the

17  question in light of mine, and then we can move forward.

18            MR. DINTZER:  No.  I appreciate that, Your Honor.

19  Let me just make sure I've sharpened it to a point.

20  BY MR. DINTZER:

21      Q    So given Apple's ability to control its

22  environment, a rival securing defaults on Safari would

23  likely get more than 20 percent of the search done on

24  Safari; is that right?

25      A    I think that -- I think that's probably right

10029

1  based on what we know, assuming the default is designed

2  similar to current defaults.  This is what we think of the

3  share shift on the covered queries that would happen if you

4  shift defaults.

5        I think the market evidence would say, on Apple,

6  probably more than 20.

7    Q    Did you read Mr. Parakhin's testimony?

8    A    Mr. Parakhin is his name or --

9        THE COURT:  Parakhin.

10       MR. DINTZER:  I believe it's Parakhin.

11       THE WITNESS:  Parakhin, sorry.

12  BY MR. DINTZER:

13   Q    Did you read his testimony?

14   A    I did.  Not in its entirety.

15   Q    Okay.

16       So we're going to put up a part of his testimony.

17  This is UPXD270, and we'll put it up on the screen.

18       And what he said was, he was asked:

19       "Question:  It is the case that Microsoft told

20  Apple that it could invest more in mobile search but it

21  would not do so unless Apple gave it further distribution in

22  mobile?

23       "Answer:  It is uneconomical for Microsoft right

24  now to invest more in mobile because even -- any -- like,

25  it's our belief that no amount of investment without

10030

1    securing some way to do distribution in mobile will result

2    in any share gain.  And so it is correct that unless

3    Microsoft gets a more significant or a firmer guarantee of

4    distribution, then it makes it uneconomical for Microsoft to

5    invest in mobile quality and in mobile search mode."

6         Do you see that?

7    A    I do.

8    Q    And you don't have any reason to doubt that?

9    A    Well, I would say I'm not sure the market evidence

10   supports that, but if that's what he believes, I don't have

11   any doubt that he believes it.

12   Q    Okay.

13        If Google didn't have the exclusivity provisions

14   that are being challenged, Microsoft would have a greater

15   incentive to invest in its search engine?

16   A    That's not so clear.

17   Q    You haven't modeled that?

18   A    Well, I talked about that in my direct.

19        And first off, if you stay focused on Apple, which

20   is what we're talking about here, for example, or mobile,

21   there's a lot of volume that doesn't flow through the

22   default.  So they can compete for that already.

23   Q    You're not answering my question.

24        My question is:  If the challenged terms were not

25   in the agreements, Microsoft would have an incentive to

1    increase its investment?

2         A    Not necessarily.

3         Q    Okay.

4              And you haven't modeled that?  There's nowhere, if

5    I asked you -- if your report's in front of you, if I asked

6    you to point where you've done a regression analysis, some

7    sort of statistical analysis of Microsoft's investment in

8    the absence of these terms, you haven't done it?

9         A    Well, I looked at -- I looked at Desktop, where

10   they have all the access and -- you could possibly have, and

11   they haven't made the investment there, which -- and I think

12   is very telling that it's not the lack of access that's

13   limiting their investment.

14             I mean, you can't argue they don't have access on

15   Desktop where they have all the preinstallation.

16        Q    Sir --

17        A    So under your theory of the world, they would find

18   an incentive to invest heavily in Desktop.

19        Q    Sir, you understand that there's been testimony,

20   significant testimony, that almost all of the growth in

21   search over the past decade and longer has been in mobile,

22   right?

23        A    Yeah, but Microsoft could go enormously on Desktop

24   just by taking share from Google.

25        Q    And so Microsoft's investment in mobile would

```
 1   increase if there were no exclusive terms like the ones
 2   being challenged here?
 3        A    That's --
 4             MR. SCHMIDTLEIN:  Objection; asked and answered.
 5             THE COURT:  That's overruled.
 6             He can answer the question.
 7   BY MR. DINTZER:
 8        Q    Go ahead.
 9        A    I'm saying, the way to evaluate that statement is
10   to find empirical evidence of what they do when they have
11   access, and I have evidence on that from Desktop.
12        Q    You haven't done an empirical analysis regarding
13   mobile, have you?
14        A    I'm doing an analysis based on Desktop to inform
15   the but-for scenario you talk about for mobile, which is the
16   standard economic technique.
17        Q    And -- and who do you think quality-wise is better
18   on Desktop?
19        A    Google.
20        Q    By a lot?
21        A    It depends.
22             In terms of search result relevance, probably
23   they're pretty close.
24             But I would say as an economist, I would look a
25   lot at what people choose because what people choose is a
```

10033

1    good indication of what people think is better, and Google

2    has, for the last 10 plus years, held about an 80 percent

3    share on Desktop, on Windows Desktop, even though they don't

4    have preinstallation.

5        Q    Have you seen any of the testimony in this case

6    about Google and Bing being at parity or people even

7    referring Bing on Desktop?

8            That's a yes-or-no question.

9        A    I've seen people talk about those things, but I

10   confess to be a hopeless economist and I look at market

11   outcomes as the primary indicator of preference,

12   particularly in a case like that where one can't argue its

13   distribution.

14       Q    And so you just -- you ignored the testimony about

15   the quality parity?

16           THE COURT:  Hang on.  Hang on.  Next question.

17   It's a little argumentative.

18           Go ahead.

19           MR. DINTZER:  No, that's fine.  I'll withdraw it,

20   Your Honor.

21   BY MR. DINTZER:

22       Q    Now, you also don't model any of the possible

23   extra investment that Google would have to make if Bing got

24   better or started or had the chance to take market share in

25   the not but-for world where there are -- there's an absence

1    of these anti-competitive terms; you haven't modeled that?

2        A    I have examined that, and I talked about that in

3    my direct testimony in terms of Google's incentive to invest

4    in a case with a default versus a choice screen.

5            So I did it using standard economic analysis that

6    says, There's no reason to believe that their incentives

7    would be higher under a choice screen and in many ways might

8    be lower.

9        Q    You didn't do an econometric analysis.

10           I'm going to ask you to point to it.  You did not

11   do an econometric analysis or regression analysis to show

12   causation that Apple would -- that Google would not increase

13   its investment, increase its spend in the absence of these

14   terms?

15       A    I'm not sure of the data one would use to do that

16   econometric analysis, but I think the kind of analysis I did

17   is superior.

18       Q    Now, Slide 40 in your deck, in your presentation,

19   if you turn there, please.

20           And it says, "Apple has incentives to support

21   competition."

22           Do you see that?

23       A    I do.

24       Q    If Apple's -- I'm sorry.

25           If the biggest threat to Google on search is

1    Apple's possible entry, then Apple doesn't have a need to

2    foster competition from Bing, right?

3         A    No, it's -- I would completely disagree with that,

4    that -- because they can get pressure from both, and why was

5    one worth nothing just because you have the possibility of

6    the other.  I don't understand the economic logic.

7         Q    Well, you've seen Google's documents that say that

8    they're concerned about Apple entering search, right?

9         A    I don't -- I'm not sure of -- there's some

10   documents that talk about Apple and search, yes.

11        Q    Okay.

12             And Google's concerned about Apple entering

13   search?

14        A    I certainly have seen documents that say something

15   along those lines, but I don't know if I would go to the

16   point of saying that's Google as a company's overall

17   concern.  You can't infer one from the other.

18        Q    Have you seen any Apple documents where Apple

19   makes decisions long term where they reference increasing

20   competition in search?

21        A    I think there are.

22             I don't recall any right off the top of my head,

23   but I'm pretty sure there are.

24        Q    Apple is a profit-maximizing firm, right?

25        A    That would be my assumption as an economist.

1    Q    That's supposed to be an easy --

2    A    I can't give you a factual statement to that, but

3  as an economist, that's what I would say.

4    Q    And maximizing profits can mean making decisions

5  that are sometimes worse for Apple's users?

6    A    Well, I'm not -- yeah, they're not always aligned,

7  but they have a strong incentive to please their users since

8  that's where their bread is buttered, right.

9    Q    Apple has made decisions that put its bottom line

10  ahead of its customers?

11    A    Well, they're not necessarily in conflict, right;

12  that is, your bottom line typically aligns with your

13  customers.  So maybe I'm doing something -- you know, the

14  effect it has on my customers is incorporated into how it

15  affects my bottom line, right, because if my customers don't

16  like it, that feeds into my bottom line directly.

17    Q    You're familiar with the DOJ's 2010 lawsuit

18  against Apple and several book publishers, right?

19    A    I am.

20    Q    And you were Apple's economic expert in that case,

21  right?

22    A    One of them.

23    Q    And the District Court ruled against Apple, right?

24    A    I believe they did.

25    Q    It found that Apple violated federal antitrust

10037

1   laws by conspiring to raise the price of e-Books, right?

2        A    Well, yes.

3        Q    Okay.

4             And we'll agree that raising retail price of

5   e-Books meant Apple's customers would pay more, right?

6        A    Apple's customers would pay more but Apple's also

7   the seller there, so they would have an interest in prices

8   too; so...

9        Q    That was worse for Apple's customers because their

10  prices went up?

11       A    Well, there's some subtleties there.

12            But that element, presumably Apple's customers

13  would prefer lower prices.  But they also might prefer more

14  availability so you've got to factor more things in than

15  that.

16       Q    Raising e-Book price meant Apple would make more

17  money itself at the expense of its customers?

18       A    I'd have to go back and go through all of it, but

19  I presume Apple's conduct reflected their interests.

20       Q    Okay.

21       A    And that's what I testified to.

22       Q    "Their" being Apple's interests?

23       A    Well -- but their interests also incorporate the

24  interests of their users, right, because how happy their

25  users are feed back on them.

10038

1           Q      Okay.

2                   Sir, so, I mean, so I don't need to read from the

3      opinion but I will.  "The Court found that Apple acted in a

4      way that was inconsistent with its customers' interests,"

5      right?

6                   MR. SCHMIDTLEIN:  Objection.

7                   THE WITNESS:  I --

8                   THE COURT:  Hang on.

9                   THE WITNESS:  -- I don't recall the specifics but

10     I'll take your word for it.

11                  THE COURT:  Professor Murphy, I just need to rule

12     on the objection before you answer.

13                  I'll overrule the objection.  But let's move on.

14     I can always read what somebody else's record --

15                  MR. DINTZER:  Fair enough, Your Honor.  I'll just

16     cite the Court to the ninth page of the opinion.

17     BY MR. DINTZER:

18          Q      Sir, you're familiar with Branch Metrics?

19          A      I am.

20          Q      Okay.

21                  Branch Metrics allows people to find resources on

22     the device, right?

23          A      Yes.

24                  I'm not a computer science expert, but that's my

25     understanding of what it does.

10039

1      Q    And Branch satisfies a user interest through apps,

2   not just what's on the web, right?

3      A    I'm sorry, could you repeat that?

4      Q    Of course.

5           Branch satisfies user interests through apps and

6   not just what's on the web?

7      A    I'm confused by the "not just what's on the web"

8   part because I thought you just said they do things that are

9   on the device.

10     Q    Okay.

11          Well, do you understand that Branch uses apps to

12  find information for users?

13     A    In some ways, you can use Branch; my understanding

14  is that works.

15          They also just use it to find apps and other

16  things on the device itself, not necessarily through the

17  apps.

18     Q    And Branch and Google are search complements?

19     A    There -- I wouldn't necessarily say they're search

20  complements.

21          They have many complementary features because

22  Google is largely searching the web and Branch is searching

23  on the device.  And if you want to search both, they could

24  work together to do those two things.

25     Q    And you don't know the limits placed on Branch's

10040

1    technology by the RSA signatories, right?

2    A    Yeah, my understanding is kind of complicated from

3    what I've been able to understand.

4    Q    And you don't include Branch as a possible entrant

5    in your not but-for world, right?

6    A    No.

7    Q    You don't model them?

8    A    That's not part of -- Branch is not part of the

9    but-for world I considered, no.

10    Q    Okay.

11         So you don't, in any way, model the possibility

12    that Branch would enter search and become a competitor with

13    Google.  That's not something that you considered or

14    modeled?

15    A    Yeah, which year you want me to consider Branch

16    in?

17    Q    I'm not asking you to do anything.  I'm just

18    asking you what you did, sir.

19    A    Okay.

20         No, that's not part.

21         Because I discuss Branch.  It came up late in the

22    case.  I discussed it somewhat.  But it's not really a

23    search competitor, it's really a -- it does something

24    different.  It's a non-device search.

25    Q    You're not offering the opinion that Branch

1    couldn't enter into general search, you're not offering that

2    opinion?

3         A    I don't see any evidence that they're likely to be

4    a general search competitor themselves.  That's not what

5    they do.

6         Q    Are you -- I just want to clarify, sir.

7              Are you offering an opinion about the likelihood

8    of Branch entering into the general search market if there

9    hadn't been restrictions that are being challenged in this

10   case?

11        A    Okay.

12             When you say "enter," I need to understand what

13   you mean.  You mean they're going to develop their own

14   independent general search product?

15        Q    And move into search in a way that would compete

16   with Google, yes?

17        A    As a general search provider?

18        Q    In whatever way they would enter the market to

19   create economic pressure on Google, yes?

20        A    Oh, so if they entered as a specialized search

21   provider, they would be in the market, is that what you're

22   saying?

23        Q    Sir, you're asking me questions, and it really

24   works better the other way so that we can get you off the

25   stand as quickly and efficiently as possible, and I know you

1    appreciate efficiency.

2            So my question to you, sir, is:  You have not

3    modeled, and you're not offering an opinion, about the

4    likelihood of Branch entering the search market in

5    competition with Google, correct?

6    A    Which search market are you talking about, the

7    general search?

8    Q    Have you done it for any?

9    A    I don't -- I will give you my opinions.

10           The Branch may become, in some sense, a

11   specialized search provider.  I have no reason to believe

12   they would enter as a general search provider.

13   Q    And I'm not asking you what you have a reason to

14   believe or not, okay, so that's why I need you to focus on

15   my question.

16           THE COURT:  Hang on.  Hang on.

17           MR. SCHMIDTLEIN:  Objection.

18           THE COURT:  Hang on.

19           I think we know the answer.  Let's move to the

20   next question.

21   BY MR. DINTZER:

22   Q    Now, Branch got pushback from OEMs about

23   Google's -- about Branch's features.

24           Did you see that testimony?

25   A    My understanding is that some OEMs thought there

```
 1    wasn't a problem, other ones raised issues, but that's my

 2    recollection.

 3        Q    So let's go to UPX1064.

 4        A    Which binder?

 5        Q    That will be in your second binder, sir.

 6        A    Second binder.

 7        Q    And let me know when you're there, sir.

 8        A    I'm here.

 9        Q    Okay.

10             And do you see -- have you seen this document,

11    sir?

12        A    Most likely.

13        Q    Okay.

14             MR. DINTZER:  And this is admitted, Your Honor.

15    BY MR. DINTZER:

16        Q    And the date is November 20th, 2018.  This is from

17    Samsung.

18             Do you see that?

19             To -- it's a response to Branch.  Branch wrote the

20    bottom and Samsung wrote the top.

21        A    So this is from Mr. Kang at Samsung.

22        Q    Okay.

23             And he writes, "Hello Colin and Rishi."

24             Do you see that?

25        A    Yes.
```

10044

1      Q    He writes, "Thanks for putting this together and
2  yes, I do realize this is much better experience versus
3  driving users to app store without preview."
4           Then he writes, however, the gating factor here is
5  the Google-Samsung contract terms and anything that can be
6  claimed by Google as "web search" is something we need to
7  avoid.
8           Do you see that?
9      A    I do.
10     Q    Okay.
11          In a world without the challenged terms, that
12 would not be a gating factor for the Google-Samsung contract
13 terms?
14          MR. SCHMIDTLEIN:  Objection.
15 BY MR. DINTZER:
16     Q    I mean, for Samsung's relationship with Branch.
17          MR. SCHMIDTLEIN:  He's asking to interpret a
18 contract he's never seen.
19          THE COURT:  Well, I don't think that's the
20 question.
21          But go ahead, you can answer the question if you
22 know the answer.
23          THE WITNESS:  Yeah, I mean, again, my
24 understanding based on the data that I've seen is that there
25 are disagreements about what these contracts say.

1        In the actual world, you'd also have to wonder

2   what contract would be there in the alternative.  So I don't

3   think I could tell you one way or the other.

4   BY MR. DINTZER:

5        Q    Okay.

6             No, that's fine.  You just haven't modeled that as

7   part of the exercise, right?

8        A    Yeah, I think we've covered that already.

9        Q    Okay.

10            Now, in your analysis, you don't have DuckDuckGo

11  winning the default for private browsing mode on any

12  browser, right?

13       A    I don't.

14       Q    In your analysis, OEMs --

15       A    But they're on a choice screen in my analysis.

16       Q    You have a single choice screen.  You don't have a

17  second choice screen for privacy, do you?

18       A    I don't.

19       Q    Okay.

20            And you don't have a default for privacy that

21  would go to someone like DuckDuckGo, do you?

22       A    I don't know.  It's hard to say.  I don't --

23  there's --

24       Q    You don't know?

25       A    Well, I don't know if -- there doesn't have to be

10046

```
 1   a default, right?  There could be something else like a
 2   choice screen.  So I don't specifically have a default, no.
 3       Q    And so you don't have in your but-for world a list
 4   of -- okay, let's do the UPX -- we're going to pull up a
 5   demonstrative.
 6            MR. DINTZER:  May I approach, Your Honor?
 7            THE COURT:  You may.
 8   BY MR. DINTZER:
 9       Q    Okay.
10            So, in summary, sir, your -- I really don't know
11   what to call it, but your analysis doesn't show, doesn't
12   model Apple entering, Branch growing, Bing doesn't get any
13   exclusive.
14            I think we covered that, Bing doesn't get any
15   exclusives, right?
16       A    No.  Be careful, be careful.
17            I consider all those things and ask whether they
18   would happen in a but-for world.
19            So, for example, you say I don't talk about new
20   investment.  I actually evaluate that directly.
21       Q    But you don't --
22       A    Using evidence from history about what actually
23   happened when people had more access or less access when
24   their scale went up or their scale didn't go up.
25            So I address many of these issues not in one piece
```

1     but I look and say, do I have a reason to think the

2     investment would go up.  I had a whole section in my report

3     that, in my presentation yesterday, that had talked about

4     investment.

5          Q     You don't actually model them, though, do you,

6     sir, as part of this exercise?

7                I understand you talked about it, it's all in

8     there, we don't have to go through it again.

9                You don't model them as part.  You don't say,

10    well, this investment would have been this amount and this

11    growth of this entrant would be this amount and this

12    innovation, this different innovation would have been this

13    amount.

14               None of that takes place in your but-for world,

15    does it?

16         A     That's simply untrue.

17               I had that whole discussion yesterday of whether

18    getting more share would lead to additional investment,

19    whether the change in access would lead to a different --

20    additional investment and I looked at the empirical evidence

21    and said there's no evidence that that would have happened.

22         Q     You don't show a single new entrant into search in

23    the absence of the challenged agreements; is that right?

24         A     I don't think that there would have been

25    additional entry, no.

10048

1     Q    Okay.

2          And so you didn't put it in, you don't model it,

3     you don't show it?

4     A    No, that's a different question.

5          Like, if you don't think it's going to happen, you

6     didn't put it in.

7          It's a possibility it would be allowed in the

8     but-for world, but if it doesn't happen, then the way you

9     consider that is, since it's not going to happen, it doesn't

10    happen.

11    Q    And -- no further questions on that document, sir.

12         Now, let's turn to Professor Whinston's 33 percent

13    analysis, okay?

14         And now, let's go to Slide 60.

15         Are you there, sir?

16    A    I do.

17    Q    Okay.

18         And you cite the use of -- oh, I'm sorry, 66,

19    I apologize.

20         There we go.

21         You talk about Apple Maps, and you -- about

22    Professor Whinston's reliance on Apple Maps.

23         Do you see that?

24    A    I do.

25    Q    Okay.

10049

```
 1                  And so let me start talking about the 33 percent.

 2                  And one of the inputs is from Apple Maps, right?

 3        A     Yeah, that's a quite important input to that

 4   number, yes.

 5        Q     Okay.

 6                  And now when Google offers rev share, it

 7   calculates the incremental benefit from the defaults, right,

 8   you've seen that in the documents?

 9        A     It calculates in calculations that they use to

10   help guide their decision-making, yes.

11        Q     Okay.

12                  And Google provided 30(b)(6) responses to a DOJ

13   request about whether Google has calculated clawbacks when

14   negotiating distribution agreements.  And we're going to put

15   up a portion of that.

16                  MR. SCHMIDTLEIN:  Your Honor, I would ask that the

17   government provide Professor Murphy with the entire 30(b)(6)

18   response, because what they have done is they have excerpted

19   and left out material parts of the response for all of these

20   slides that they're about to show.

21                  MR. DINTZER:  It's in the binder, Your Honor.

22                  THE COURT:  Okay.

23                  Where's the full --

24                  MR. DINTZER:  It's 6024 in the binder in front of

25   Professor Murphy.
```

1              THE WITNESS:  That's -- Binder 2?

2    BY MR. DINTZER:

3        Q    Yep.

4             If we could put up UPXD236.

5             We're on page 15, or Bates number 7441, of 6024.

6    It's also on the screen.

7        A    Let me just read what's here.

8             Is there a specific part you want me to read?

9        Q    Sure.  If you look at the screen, that's the part.

10       A    No, but I mean, in the document you pointed me to.

11       Q    What's on the screen is on the document.  That's

12   why -- your counsel asked me that I put the document in

13   front of you.

14       A    So that's why I want to look at the document, not

15   just what's on the screen.

16       Q    Well, but you're asking me, I'm telling you.

17   You're welcome to read the whole document.  The part that

18   we're going to talk about is on the screen.

19       A    Okay.

20            THE COURT:  I think the question is where in the

21   document -- what portion of the --

22            MR. DINTZER:  I'm sorry, Your Honor, page 15 at

23   the bottom.

24            THE COURT:  All right.  That's what I think he was

25   asking.

10051

1              So page 15 at the bottom, Professor Murphy.

2              MR. DINTZER:  Yes.

3              THE WITNESS:  Okay.

4              So I think the -- okay, I see the other part, so

5     the clawback is discussed on page 5.  And I think that's

6     referring to -- from page 15 back to page 5.

7     BY MR. DINTZER:

8         Q    And my question -- you're welcome to read whatever

9     you want, but my question is actually pretty simple.  If you

10    see on page 15, it says, "Google has not arrived at an

11    official best estimate of what the clawback rate would be

12    for any given device.

13             "Instead, in certain instances, Google personnel

14    have periodically referred to various historical data points

15    in connection with discussions regarding attempts to roughly

16    approximate potential future winback or clawback

17    assumptions, including, one, when Firefox shifted its

18    default search engine from Google to Yahoo! on browsers in

19    the United States, and, two, Apple's shift away from relying

20    upon Google Maps to Apple Maps on iOS."

21             Do you see that?

22        A    I do.

23        Q    Okay.

24             And my only question is, Professor Whinston's

25    33 percent analysis uses both of these identified methods,

```
 1   right?
 2        A    Not for Apple.
 3        Q    Right.
 4             It uses --
 5        A    He uses the higher number that Apple uses --
 6   I mean, that Google has here, which is the Apple Maps, as
 7   his lower end estimate.  So that's his lower end estimate is
 8   what comes out of Apple Maps.
 9        Q    And --
10        A    And he uses an alternative estimate at the upper.
11             So he doesn't use these two for Apple.  He
12   doesn't -- he doesn't look at all at Firefox for Ap- --
13   using the numbers for Apple.
14        Q    Right.
15             But for the 33 percent -- you're just getting
16   ahead of me, sir, but for the 33 percent, he uses both of
17   these measures; is that right?
18             MR. SCHMIDTLEIN:  And, Your Honor, I just want to
19   caution the witness that the percentage clawback rates that
20   are referenced --
21             THE WITNESS:  Oh --
22             MR. SCHMIDTLEIN:  -- are confidential.
23             MR. DINTZER:  I'm not referencing them.
24             MR. SCHMIDTLEIN:  But I understand --
25             THE WITNESS:  Did I reference --
```

 1             MR. SCHMIDTLEIN:  -- but I want to caution the

 2   witness.

 3             THE WITNESS:  I don't think I used any numbers

 4   yet.  I made that mistake yesterday.  I'm not doing it again

 5   today.

 6             MR. SCHMIDTLEIN:  Thank you, Your Honor.

 7             THE WITNESS:  Thanks for reminding me.

 8   BY MR. DINTZER:

 9        Q    You understand that for Mac, for Desktop,

10   Professor Whinston uses the Firefox numbers, right, the

11   number one here, and that for mobile, he uses number two

12   here, the Google Maps?

13        A    As his lower estimate.

14        Q    Okay.

15             So Professor Whinston relies on two pieces of

16   material that Google employees themselves have relied upon?

17        A    Well, we had this discussion yesterday.  I'll

18   stand by my testimony from yesterday.

19             These are numbers they calculated.  But given

20   these numbers and the actual negotiations, they didn't --

21   these -- the precision of these numbers was not something

22   they required.

23        Q    And so let's go to UPX1050.

24             THE COURT:  It's in the same binder.

25             THE WITNESS:  Same binder.  Thank you.

10054

1    BY MR. DINTZER:

2        Q    And this is an internal document, subject,

3    "Updated NYC Scenario Slides for Daniel."

4            Do you see that?

5        A    I do.

6        Q    And NYC means Apple.  Do you understand that?

7        A    Yes.

8            MR. DINTZER:  And this is admitted, Your Honor.

9    BY MR. DINTZER:

10       Q    And if we go to 886, that's Bates number 886 at

11   the bottom, we see a slide that we have seen routinely in

12   this litigation.  Are you familiar with this page?

13       A    Yes.

14       Q    Okay.

15           And this page has both the Firefox and Apple Maps

16   information just as it's listed in the 30(b)(6) that we just

17   looked at, right?

18       A    I don't -- I don't know if it's the same as in the

19   30(b)(6), but the same two events are being referenced.

20       Q    Okay.

21           And Google concluded -- and we're not going to say

22   the number.

23           "Google concluded that it would keep" a certain

24   percentage "of the revenue it was previously earning through

25   the default"; is that right?

10055

1    A    Well, I don't know -- that's what the document

2    talks about in terms of numbers.

3         I think if we look back at the document, we saw on

4    their interrogatory response, they, I think, on page 5, said

5    these are not their estimates, they're estimates that people

6    at Google produced at various points in time.  So I wouldn't

7    necessarily characterize Google as the company's estimates.

8    Q    Right.

9         And so let's go to UPXD271.

10        Do you see the testimony of Mr. Roszak?

11   A    I do.

12   Q    And -- "Question:  And this is a presentation

13   entitled 'What Would Apple Do,' dated January 2021.

14        "Do you see that?"

15   A    I do.

16   Q    "Answer:  Yes.

17        "Question:  And you see the recovery assumption

18   figures that your team provided here are the same from the

19   exchange we discussed a few minutes ago from 2016, correct?

20        "Yes."

21        So Google continued -- Google individuals, you

22   want to break them out from Google, continued to rely on

23   these numbers even until 2021, correct?

24   A    They continued to use -- put these in their

25   documents for the discussions that they were going to have,

1    yes.

2        Q    Okay.

3            And Professor Whinston --

4        A    But they're not the same numbers

5    Professor Whinston uses, correct?

6        Q    He relies on UPX1050, the Apple iOS and Firefox

7    screen we just saw, as part of an input for his 33 percent,

8    right?

9        A    He doesn't use that for iOS, and it's important.

10   He used the high-end number for iOS as his low-end number,

11   and he didn't use what they -- what Google has as the

12   low-end number from Firefox at all.

13       Q    Sir --

14       A    So he took what was the high-end number from the

15   document and made it his low-end number and did not use what

16   was in the Google document as the low-end number.

17            Now, you could say, you know, he's free to do

18   whatever he wants, but -- and I don't think these are the

19   best source of information, but just recognize, he's using

20   what they put forward as the high-end number as his low-end

21   number.

22       Q    Okay.

23            You didn't rely on this document at all and these

24   numbers at all?

25       A    I think I referenced it for reference purposes,

```
1    but for my calculations, no.
2        Q    Okay.
3             And so -- but Professor Whinston did.  And I --
4    we -- you walked through your concerns, but
5    Professor Whinston did rely on UPX1050 as part of his
6    analysis, right?
7        A    In the way I discussed.
8        Q    Okay.
9             MR. DINTZER:  And then let's go to UPX0116.
10            And this analysis was done by Microsoft in 2018.
11            This is admitted, Your Honor.
12            THE COURT:  I think it's in the first binder.
13            THE WITNESS:  The first binder?
14   BY MR. DINTZER:
15       Q    Do you see that this is an email --
16            THE COURT:  Hang on.
17   BY MR. DINTZER:
18       Q    The cover is an email from --
19            THE COURT:  Hold on a second.
20            THE WITNESS:  I'm still looking for it.
21            THE COURT:  116.  That's about this many tabs
22   through.  It's about the tenth tab in.
23            THE WITNESS:  Okay.  Yep.
24            MR. DINTZER:  Thank you, Your Honor.
25            THE WITNESS:  They're in numerical order.  They're
```

10058

1    still, for some reason hard, to find.

2            I got it.

3    BY MR. DINTZER:

4        Q    This is UPX116.  This is an email dated

5    October 2018 from Microsoft to Apple.

6            Do you see that?

7        A    I see that.

8        Q    Okay.

9            And if we go -- and the second page says, "Baja

10   Financial Model."

11           Do you see that?

12       A    I do.

13       Q    This analysis was done by Microsoft in its 2018

14   negotiations with Apple.

15           Do you see that?

16       A    I do.

17       Q    Microsoft estimated how shares would shift if

18   Apple acquired Bing and set it as the Safari default?

19       A    Yeah.

20           For purposes of their sales pitch, this is what

21   they did, yes.

22       Q    Okay.

23           Let's go to page 20 -- Bates number .028 at the

24   bottom.

25           Let me know when you're there.  The top.

10059

```
 1        A     I am.

 2        Q     The heading is "U.S. User Retention Post Deal."

 3              Do you see that?

 4        A     I do.

 5        Q     And Microsoft predicted, if you go down to

 6   post-deal and the line "Safari Default."

 7              Do you see that?

 8              And then grand total, do you see that Microsoft

 9   predicted that Bing's share of iPhone queries would go up

10   from 2 percent to a number I don't think I'm allowed to

11   read, post deal, but a significantly higher number.

12              Do you see that?

13        A     I do.

14        Q     Okay.

15              So this was Microsoft's estimate about what would

16   happen if it got the Safari default, right?

17        A     It's their sales pitch, yes.

18        Q     Right.

19              And at .032, Microsoft does the same thing with

20   respect to -- I'm sorry, .33, does the same analysis with

21   respect to Macs, and, again, I can't read the number, the

22   grand total post deal, but it is a significant increase on

23   Macs for Bing; is that right?

24        A     I do.

25
```

10060

1    Q    Okay.

2         Professor Whinston relies on this document UPX116

3    in calculating his 33 percent, right?

4    A    He does.

5    Q    Okay.

6         You don't rely on this, right?

7    A    Nope.  I did not.

8    Q    Okay.

9         And then finally, we'll go to UPX0095.  Not to get

10   everybody's hopes up, I mean, finally on this subject.

11        This was an analysis done by Apple during --

12   so this is its internal analysis done by Apple during its

13   2016 negotiations with Microsoft.

14        Are you familiar with this document, sir?

15   A    009 what?

16   Q    0095?

17   A    Oh, yeah, I see it now.  Okay.

18        Okay.

19   Q    Okay.

20        And you'll see the front, this is all redacted.

21   You'll see the front page is an email, is that right, sir?

22   A    Yes.

23   Q    From Apple to -- interior to Apple; is that right?

24   A    It appears to be an internal Apple email, yes.

25   Q    Okay.

10061

1           And if we go to page Bates number 331 of this

2    document.

3           And this is Apple's -- and it says "Bing's

4    scenario."  Do you see that heading?

5    A     Yes.

6    Q     And it says, "Capture rate established at"

7    percentage "of forecast Google Safari queries, (i.e., are

8    assuming" some numbers "would change default search to

9    Google or migrate to Chrome)."

10          So this is Apple's analysis of what the clawback

11   rate would be.

12          Do you see that?

13   A     No, be careful.  You've got to look back on

14   page 328.  And I don't think I can read it because it's in

15   the box, but if you look at the top sentence in that box,

16   you can see where they're getting the assumptions from.

17   Q     Sure.

18   A     So whether I would characterize these as Apple's

19   would be somewhat up for debate, to say the least.

20   Q     It is cited in an Apple document and sent to Apple

21   executives as the Bing scenario, correct?

22   A     I agree, but they also included the part that

23   I just referenced that I can't read.

24   Q     And, Professor Whinston cited this in his

25   testimony to the Court; is that right?

10062

```
 1        A    He did.

 2        Q    And you didn't rely on this document either?

 3        A    No.

 4        Q    Okay.

 5             MR. DINTZER:  And with that, we're at a good

 6   breaking point, Your Honor.

 7             THE COURT:  Okay.

 8             All right.  So why don't we -- it's a little bit

 9   after 11:05 so why don't we just plan to resume at 11:20.

10   We'll see everybody shortly.  Thank you.

11             COURTROOM DEPUTY:  All rise.  This Court stands in

12   recess.

13             (Recess from 11:07 a.m. to 11:26 a.m.)

14             COURTROOM DEPUTY:  All rise.  This Honorable Court

15   is again in session.

16             THE COURT:  Thank you, everyone.  Please be

17   seated.

18             MR. DINTZER:  Thank you, Your Honor.

19   BY MR. DINTZER:

20        Q    Now, sir, we talked about the inputs into the

21   33 percent on the Apple side.  Google's -- and I'd like to

22   take us back to the 30(b)(6) and I'll put the slide up.

23   You're welcome to go back to 6 -- UPX6024 for the whole

24   thing.  This is just another portion of that document which

25   we'll put the slide up.
```

1           Are you there, sir?

2       A    I am.

3       Q    Okay.

4           And it you'll see that the 30(b)(6) at page 16.

5    Let me know when you're there, sir.

6       A    Okay.  I'm there.

7       Q    Okay.

8           It says, Google personnel have also previously

9    used clawback assumptions when analyzing various search

10   access points covered by the RSAs.

11          This is about Android.

12          Do you see that, sir?

13      A    I do.

14      Q    For instance, in analyzing provisions of the RSA

15   in 2020, Google personnel used clawback estimates of

16   between, blocked out, (based on Google's experience with

17   Apple Maps) to, blocked out, (based on Google's experience

18   on Microsoft's Edge browser) to assess revenue related to

19   default search on third-party browsers.

20          Do you see that?

21      A    I do.

22      Q    Okay.

23          Professor Whinston relied on these numbers for his

24   Android estimate; is that right?

25      A    He did, but he didn't use them the same way Google

10064

```
 1    did in its documents that underlie this discussion.
 2         Q    Okay.
 3              You don't rely on these numbers for your analysis,
 4    correct?
 5         A    No, I wouldn't because I would rely on empirical
 6    evidence.
 7         Q    Okay.
 8              And so let's go to UPX323.
 9              And this is in evidence, Your Honor.
10              And this is a -- please.
11         A    This is not easy.
12         Q    No.  I understand.  I apologize, sir.
13         A    Okay.
14         Q    And it's -- again, it's on the screen for
15    convenience.
16              This is a June 2017 email.
17              Do you see that?
18         A    I do.
19         Q    Okay.
20              And on the second page of it, Bates numbered
21    ending in 540, you have someone named Patrick Orr is sending
22    the following:  The third paragraph roughly for SBrowser.
23              Do you see that?
24         A    Okay.
25
```

10065

1      Q    Do you see that, sir?

2           "It says for SBrowser, we assume we can, number,

3      clawback based on the loss we saw from iOS Maps default

4      change, another number, and our current Google usage on Edge

5      browser."

6           Do you see that?

7      A    I do.

8      Q    And so they use that for the SBrowser estimate.

9           Do you see that?

10     A    I do, but that's not help -- Professor Whinston

11     used it for more than that.

12     Q    And -- well, he used it for third-party browsers,

13     right?

14     A    No, he used these for Android in general.

15     Q    I apologize.

16     A    And Android in general is a mixture of mostly

17     actually Chrome, not the third-party SBrowser.

18          So the assumptions Google used for the Chrome,

19     which is a majority of the volume on Android, don't fall

20     under the assumptions that he used, even according to that

21     document.

22     Q    Okay.

23          So let's go two paragraphs down, the line says,

24     "For Chrome, GSA without MADA protections, we assume the

25     same as SBrowser above."

1          Do you see that?

2     A     He does.

3     Q     Okay.

4          And just so we're clear, the numbers that we're

5     seeing in those boxes, those are clawback.

6          So the amount Google is estimating it would lose

7     is 100 percent minus those ones that aren't clawback, right?

8     A     I agree.  I agree.

9     Q     Okay.

10         And you've seen no ordinary course Google

11    documents that are inconsistent with these numbers, right?

12    A     I can't say that.

13         I'd have to go back and look.  I know I've seen

14    these documents.  And I know the underlying documents that

15    this references and they're a mess, I can tell you that.

16    They don't even do the arithmetic right.

17    Q     But Google, however much you don't like them,

18    Google's employees do rely on them, right?

19    A     I agree, but I'm not going to rely on something

20    they make arithmetic mistakes in.

21    Q     Okay.

22         No further questions on that document, sir.

23         Now, let me try again.

24         Yahoo! got the default on Firefox in 2014;

25    is that right?

10067

```
 1        A     I don't remember the exact date but it's right
 2   around there, yep.
 3        Q     And in 2015 and 2016, Yahoo! was the default on
 4   Firefox?
 5        A     Yeah, for that roughly that period of time, like
 6   almost about three years, I think.
 7        Q     Okay.
 8              And people still downloaded Yahoo!, right?
 9              THE COURT:  Downloaded Yahoo!?
10              MR. DINTZER:  Thank you, Your Honor.  I'll strike.
11   BY MR. DINTZER:
12        Q     People continued to download Firefox;
13   is that right?
14        A     I haven't specifically looked at downloads but
15   Firefox, they continued to use Firefox until -- I assume not
16   all of those were old users so they must have gotten some
17   downloads.
18        Q     Okay.
19              And so those people who downloaded Firefox after
20   Yahoo! was the default search engine, at least some of them
21   did it because they wanted Yahoo!, right?
22        A     I don't know if I could infer that at all.
23   How would I know that?
24        Q     Okay.
25              And at least some of the people who downloaded
```

1    Firefox 2015, 2016, did it because they wanted Firefox and

2    they were indifferent as to the search engine?

3        A    I would assume there are people who wanted Firefox

4    if they downloaded Firefox, yes.

5        Q    Okay.

6             And the fact that Yahoo! was preloaded as the

7    default, that didn't keep those people from downloading

8    Firefox, right?

9        A    Well, they -- it probably affected it.  But

10   I don't know -- it didn't keep some people from doing it,

11   sure.

12       Q    You don't know what percent of people downloading

13   a third-party browser do it specifically to access the

14   default search engine in that browser?

15       A    I think it would depend on the combination of

16   browser and search engine.

17            If I have a very good browser, people might

18   download it and then change the search engine.

19            If I have a browser that has a very good search

20   engine, you might think that's more the driver.  So it would

21   vary across pairs.

22       Q    And you haven't done that analysis for any of the

23   specific browsers or search engines in this case?

24       A    I don't think I did it directly.

25            I think we -- the evidence I put forward on

10069

1    Google's usage on Windows and the downloads of Chrome seems

2    to say the search engine's an important part of it.

3        Q    But if I asked you for an econometric regression

4    analysis, anything like that, you haven't actually looked at

5    the causation of what people were looking for when they

6    downloaded Chrome, right?

7        A    Well, if you just ran the regression, which

8    I wouldn't recommend, you'd -- you'd get the search engines

9    like 100 percent, but I didn't do that.

10       Q    Okay.

11       A    Because I didn't want -- I didn't think that was

12   more informative.  I thought what I did was very

13   informative.

14       Q    You discussed Mozilla's 2014 decision to change

15   the default in Yahoo!, right?

16       A    I did.

17       Q    And Yahoo!'s executives did that to encourage

18   competition in search, right?

19       A    They had a bunch of reasons.  That's one of them.

20       Q    And if we can go to UPX315.

21       A    0315?

22       Q    Yes, sir.

23            And just let me know when you're there, sir.

24       A    Sorry, my navigational skills leave something to

25   be desired.

1                    There we go.

2          Q    Do you see that this is an email from a Mozilla

3    employee dated November 2014?

4          A    Okay.

5          Q    And the document attached, the slide that goes

6    "Strategic Development Search Negotiations"?

7          A    I do.

8          Q    Are you familiar with this document?

9          A    It looks -- yes, I've seen this document before.

10         Q    Okay.

11                    And so --

12         A    Well, at least a version of this document.

13    I don't know if it's this exact version, but I've seen a

14    version of this.

15         Q    Fair enough.

16                    And so there's a series of slides.  "Why Google,"

17    "Why Not Google," "Why Yahoo!" and "Why Not Yahoo!."

18                    Do you see that?

19         A    I do.

20         Q    And for the "Why Not Google," under "Mission

21    Alignment,' this is .005, it says, "Does not promote

22    competition for search, supports the continued dominance of

23    Google, and dependency on Google."

24                    Those were reasons why they -- why Mozilla

25    presumably might not want to go with Google.

1           Do you see that?

2       A    Yes.

3            And the other ones, too.

4       Q    I'm sorry?

5       A    There were other reasons too, but that's the

6   mission alignment part.

7       Q    Yes.

8            So, I mean, financial security, there was no

9   revenue guaranteed.  They go on other -- on other reasons

10  why not to go with Google; is that right?

11      A    Yeah, that's -- they have the list here.

12           There's a bigger discussion, I think, somewhere

13  else in here, but, yeah, these are the summaries.

14      Q    Okay.

15           And then "Why Yahoo!," which is on the next page

16  under "Mission Alignment," "An agent for change,

17  independence from Google, opportunity to level the playing

18  field in search."

19           Do you see that?

20      A    Yes.

21      Q    Mozilla's executives looked for the change in

22  defaults; one of the reasons was because they were oppressed

23  by Google, right?

24      A    You'd have to ask them if they felt oppressed,

25  but, yeah, one of the reasons is they were interested in the

10072

1    opportunities they thought they could get through Yahoo!

2    that they weren't getting through Google.

3        Q    Now, after Mozilla changed the default search to

4    Yahoo!, Google's queries on Firefox dropped by 20 percent?

5        A    Yeah, roughly.

6        Q    And Yahoo!'s share on Firefox went up when it got

7    the default?

8        A    Yeah, because you kind of -- that's how shares

9    tend to work.

10        Q    Okay.

11            Yahoo!'s share on Firefox then fell precipitously

12    when it lost the default?

13        A    Yeah, it -- it fell before then, but yeah, it fell

14    again when it lost the default.

15        Q    Gaining or losing the Firefox default shifted

16    millions of queries for Yahoo! and Google.

17        A    That's what we'd expect when you shift the default

18    from one to the other.  That's what I talked about

19    extensively yesterday, yes.

20        Q    Right, those users shifted with -- some users

21    shifted with the defaults?

22        A    Yeah.  A lot of them didn't, but some of them did.

23        Q    Okay.

24            Now, Firefox is almost entirely for Desktop,

25    right?

1      A     At this -- yes, it's -- you know, it's been -- it

2   got popular when Desktop was most of the world, and they've

3   kind of remained largely a Desktop browser.

4           MR. DINTZER:  So let's go to UPXD227.

5           May I approach, Your Honor?

6           THE COURT:  Okay.

7   BY MR. DINTZER:

8      Q     Do you recognize this, sir?  This is from your

9   report?

10     A     Yes.

11     Q     Okay.

12          And this your graph showing U.S. browser market

13  shares for computers from January 2009 to December of 2021;

14  is that right?

15     A     Yes, desktop computers.

16     Q     Desktop computers.  Thank you, sir.

17          And Firefox is the yellow line; is that right?

18     A     Yes.

19     Q     And Firefox's trajectory from about November 2009

20  to the end of the graph on the right, the entire time, it is

21  descending, right?  I mean, it bumps up and down, but the

22  overall -- the bigger thing is a general downward decline,

23  is that right?

24     A     Yeah, it's generally heading -- it's generally

25  heading down, although, you know, it has periods where it

```
 1    goes up and down, but yeah, if you had to think about a
 2    trend, the trend is definitely down.
 3        Q    And there's no detectable increase in the pace of
 4    the decline starting in November of 2014 when Firefox
 5    switched to Yahoo!?
 6        A    Yeah, it's really hard to tell.
 7             It's -- I tried to look at that.  It -- the
 8    problem is their share is getting lower, so the decline
 9    probably is going to slow no matter what because they're not
10    going to go below zero, right?
11             So I couldn't figure -- it wasn't a good way to do
12    that.  I tried to look at that actually, and, you know, it's
13    really hard to know what you would have expected but-for, so
14    I wasn't able to do anything with that.
15        Q    Right.
16             Well, you put it in your report, sir.  And so
17    there's no detectable reversal in the decline of Firefox
18    when Mozilla switched back to Google in 2017; is that right?
19        A    Well, this is the problem, right?
20             If you just did a comparison of the slopes, it
21    actually does flatten, right?  It's going down, and then it
22    flattens.
23             I didn't want to cite to that because, kind of as
24    you're getting close to zero, it's going to naturally
25    flatten.  You could take that as evidence that it, going
```

10075

1     back to Google, slowed the decline, but it's hard to tell

2     that from -- going back to Google, didn't have much of an

3     effect, but decline has to slow as your share gets smaller.

4     You can't keep falling at the same pace because you can't go

5     below zero.

6          So the evidence would actually say it did slow if

7     you just looked at slopes, but that was something I didn't

8     think was informative because of this confounding factor.

9     Q     And you didn't do any other deeper analysis,

10    regression, or econometric?

11    A     Well, I think what I just said is beyond what you

12    do with an aggression, right?  You actually look at a spline

13    regression across that period, and you do see it flattens.

14    But I wasn't going to attribute that flattening to going

15    back to Google for the reason I just said.

16         So I actually did look at it econometrically.

17    I just concluded that the econometrics had a potential

18    confound that I didn't put that forward.

19    Q     Okay.

20         And so moving on from Mozilla and Firefox, I'm

21    going to turn to the issue of scale, users issued different

22    queries on Mobile than Desktop; is that right?

23    A     Yeah, there's a -- there's a fair amount of

24    overlap, but there's a different distribution of Desktop and

25    Mobile queries, yes.

10076

1       Q     Mobile has more location-based queries, right?

2       A     Well, you mean like that are --

3       Q     Coffee near me.

4       A     Yeah, something like that.

5             Now, some of that might be autocomplete issues,

6       but yeah, there's more near me queries.

7       Q     And more general location-based queries on our

8       phones than on our desktop computers, right?

9       A     Yeah, I just want to make sure, I mean, your

10      location is always part of what kind of is there, but the

11      ones that are -- the location is more important often would

12      be more likely to be on a mobile device.

13      Q     Okay.

14            The percent of overlap between mobile and desktop

15      will be different for Bing and for Google, right?

16      A     Yeah, partly just because they have different

17      relative sizes.

18      Q     Well, and also they have different distribution of

19      where they get more queries from, right?

20      A     Yeah, but even if the distributions and queries

21      were the same for the both of them and -- that's what's the

22      problem with Professor Whinston's statistics he put forward,

23      confounds a whole bunch of different factors together.

24      Q     The overlap between mobile and desktop would be

25      different for Bing and Google because they have different

1    distributions across desktop and mobile, right?

2        A    When you say "different distributions," what do

3    you mean?  Just different shares?

4        Q    The percentage of the queries that Bing gets is

5    higher on desktop than the percentage of queries that Google

6    gets for desktop?

7        A    Yes.  That -- that's what I'm talking about is

8    just a pure relative scale difference, as opposed to the

9    distributions of queries being different on the two.

10       Q    I'm not sure I get the answer so let me try this

11   again.

12            The percentage of queries, the Venn diagram that

13   are both Desktop and Mobile, will be different between

14   Google and Bing because of the nature of where they get

15   their queries from, right?

16       A    True.  Even if the distributions on Mobile and

17   Desktop were the same, that would be true.

18       Q    Right.

19            Now, scale is only one -- I'm sorry, let me try

20   that again.

21            Scale is one factor that affects a general search

22   engine's ability to improve its quality?

23       A    I think that's -- you know, I'm not a search

24   expert, but that's what it seems to be.

25       Q    And you don't deny that click-and-query data has

10078

```
 1    some value for improving quality?
 2        A    No.
 3        Q    And you're not offering an opinion about when
 4    click-and-query data is valuable and when it's -- when
 5    there's diminishing returns?
 6        A    Well, I think -- I would think as an economist,
 7    there's pretty much always diminishing returns, but that
 8    doesn't mean they're not valuable even after some
 9    diminishing returns have set in.
10        Q    In fact, diminishing returns are consistent with
11    the click query data being valuable?
12        A    Yes.  Well, I think that's what I just said.
13        Q    I think so.  I want to make sure we're aligned
14    because when we get along, then that makes it all easier.
15             Diminishing returns just says that as I get more
16    data, the value of additional data declines some amount,
17    right?
18        A    Yeah, there's some statistical properties that
19    might help with that.
20        Q    Maintaining data has some cost?
21        A    One would presume.
22        Q    Google does -- you presume Google does a
23    cost-benefit analysis in deciding to preserve data?
24        A    As an economist, yes, I would presume they do that
25    kind of analysis.
```

10079

1      Q    And Google wouldn't maintain data if there was no

2   possibility of ever using it for any purpose, right?

3           MR. SCHMIDTLEIN:  Objection, Your Honor.

4           THE COURT:  Hang on.  He can answer it from a

5   perspective of his economic view.

6           THE WITNESS:  There would be some -- they would

7   have to play some value.  Maybe they're required to maintain

8   it for some reason or something else.

9           I would presume if they maintain it and it's

10  costly to maintain it, there's a reason they maintain it.

11  BY MR. DINTZER:

12     Q    Okay.

13          And let's go to Slide 37 in your deck.

14          And it's redacted here so...

15     A    Is my deck in this binder?

16     Q    The deck should be in a --

17     A    I got my deck from yesterday.

18     Q    Yes, I'm sorry, you are overbindered and I

19  apologize.

20     A    All right.  37, you said?

21     Q    Yes, sir.

22     A    Okay.

23     Q    Okay.

24          I just want to confirm, sir, you can't assign a

25  percentage of the overall growth in mobile search, starting

10080

```
1   from 2010 to the present, that can be attributed to Google's

2   inputs as opposed to just the growth of the mobile market

3   for other reasons, right?

4        A    I have no idea what that has to do with Slide 37.

5        Q    Well, maybe I misunderstood Slide 37.

6             So let's -- did I give the number wrong?

7             So let's go to Slide 138.

8             So let me ask my question again.

9             You can't assign a percentage of the overall

10  growth in mobile search from 2010 to the present attributed

11  to Google's input as opposed to just the growth of mobile;

12  is that right?

13       A    When you say their input, you mean their efforts

14  to improve things or stuff like that?

15       Q    Sure.

16       A    I don't think, as I testified yesterday,

17  I couldn't give you a precise percentage for that, no.

18       Q    Okay.

19            But even an imprecise percentage, you haven't done

20  the -- you haven't done an analysis of what percentage is

21  owed to Google, right?

22       A    No.  We know that, you know, the economics tells

23  us, for example, a lot of this is growth in mobile and they

24  did a lot to facilitate growth in mobile.  But I can't give

25  you a quantitative assessment of that.
```

1    Q    Sure.

2         Let's see.

3         Okay.  So no further questions on that document.

4         Now, and I think you hit this in your direct.

5         Since most users don't pay a fee to use search

6    engines, users tend to choose among search engines that

7    offer based on quality, quality becomes a significant

8    importance for the users, right?

9    A    I would assume that's right, yes.

10   Q    And for search engine quality, that includes the

11   relevance of the results, the layout of the page, and

12   latency?

13   A    Yeah, among -- I don't know, a bunch of other

14   factors, features and other things that those have, yeah.

15   There's a bunch of factors that determine it.  I think

16   that's generally how consumers decide.

17   Q    And entry into a mobile -- let me try that again.

18        Entry into a monopolized market will increase

19   quality across some of the dimensions, right?

20   A    Well, economics isn't actually as clear on that

21   as -- you can say, it will often affect the mix of things

22   because if you're the only producer, typically you compete

23   against outside.

24        Inside the market is someone sometimes compete on

25   different dimensions because if you're competing things

 1    outside, you do things that kind of appeal to people on that

 2    margin.

 3            When you're on the inside, you tend to do more

 4    things that appeal to people between you and, say, a rival.

 5    So it kind of switches your focus somewhat.

 6    Q    So let me make sure I've got the answer.

 7            Entry into a monopolized market will increase

 8    quality across some dimensions?

 9    A    As a very general statement, I'm not sure you

10    could make that.

11            I think some dimensions may rise.

12            You have to look at the circumstance and what that

13    entry does and how it changes the marketplace.

14            Economic -- I think I can give you a better

15    answer, which is, economics, when it comes to, like, pure

16    quality, doesn't really have much of a prediction what

17    happens when you switch from monopoly to competition.  It's

18    kind of surprising, but it doesn't.

19            The basic answer is, if you could make it better

20    and make it better by an amount that exceeds -- like, say,

21    I can make it worth a dollar more and it costs me 90 cents

22    to do it, you'd want to do that whether you're a monopolist

23    or whether you're in competition.

24            Because if you're a monopolist, you could raise

25    the price by the 90 cents' worth of cost and sell more.

 1    That would be beneficial to you.  If you're a competitive

 2    firm, you would do the same.

 3            On the other hand, if you -- raising the value by

 4    a dollar, costs you a dollar 20, you wouldn't do it as a

 5    monopolist and you wouldn't do it as a competitive firm

 6    either.

 7            So the question is, is the value to consumers of

 8    what I'm adding bigger or less than it costs me to give it

 9    in both cases.

10    Q    Well, sir, you're -- let me just make it simple.

11            You don't believe that entry into a monopolized

12    market would increase quality, right?

13    A    I said you have to look at the market.

14            But economics, like as a general matter, doesn't

15    give you that prediction.  Which, once you tell me the

16    economics doesn't give you that prediction across the board,

17    you have to look at the situation, because the simple story

18    I just gave kind of tells you why economics doesn't tell you

19    one way or the other.

20    Q    So privacy is one dimension of quality that users

21    consider, right?

22    A    I would assume so, yeah.

23    Q    When a user chooses a general search engine, they

24    may make the choice based on which one provides the best

25    privacy, right?

1        A    For some users, yes.

2        Q    And people use DuckDuckGo for its privacy policy,

3    right?

4        A    That -- I haven't interviewed the people but

5    I assume the people that use DuckDuckGo, that's an important

6    feature for them.

7        Q    DuckDuckGo appeals to users for particular

8    searches because they offer privacy?

9        A    That's a good presumption based on what we know

10    about the marketplace, yes.

11        Q    And for certain searches, other search engines are

12    short on privacy in the way that DuckDuckGo is offering

13    privacy, right?

14        A    At least from those users' perspective, I assume

15    that's why they choose them.

16        Q    Have you ever tried to change a privacy setting on

17    Google search?

18        A    Yes.

19        Q    How many steps did it take?

20        A    I don't remember.

21             I was able to do it.  I don't remember how long

22    it -- how hard it was.

23        Q    Okay.

24             Now, in your report, you say that Google is

25    willing to pay partners only to the extent that partners

10085

```
1    provide promotion that is expected to generate incremental

2    search usage in revenues, right?

3         A    That's in cases where they're paying for

4    promotion.

5              They might pay private -- they might pay partners

6    for other reasons like make -- doing updates or something

7    else.

8              That's -- but if we're just focused on the

9    promotion part, yes, they're going to value it based on the

10   incremental business they get.

11        Q    Google's willingness to be the default depends on

12   the incremental query volume associated with being the

13   default?

14        A    I would think that would be true to some -- along

15   with other factors, but that would be an important factor.

16        Q    And paying partners, even if they do not deliver

17   incremental search volume, would not be rational business

18   conduct?

19        A    I would say that's right, as long as there's no

20   other aspect.

21        Q    Right.

22        A    I just want to make sure:  You could pay people

23   for other things but you wouldn't be paying for incremental

24   volume if you didn't get incremental volume, right.  It's

25   kind of self-evident.
```

1    Q    And it would also not be rational business conduct

2    for Google to pay more than the revenue it gets from

3    incremental search, right?  So if it's paying X percentage,

4    it concludes that that incremental search is worth that

5    percentage or more?

6    A    Assuming there are no other benefits.

7    Q    So if Google is behaving rationally when it pays

8    Apple, and I know this percentage was given out yesterday

9    and has now been published, I don't know if the Court --

10   A    Let's not --

11   Q    I don't need to say it.

12        THE COURT:  You don't need to say it.

13   BY MR. DINTZER:

14   Q    Assuming -- so if Google is behaving rationally

15   when it pays Apple X percent revenue share, it must believe

16   that its incremental revenues from the default are at least

17   X percent of its Safari revenues, right?

18   A    No, not necessarily, for the reasons I just said.

19   Depends on if there's other sources of value they get, like

20   if that incentivizes further growth that would otherwise not

21   occur or there's a value in getting the endorsement of

22   Apple, you know, for your product more broadly.

23        So there are other reasons why, so that wouldn't

24   be -- you can't make a strict statement about that, no.

25   Q    You haven't broken those numbers out?

1    A    No.

2         I'm just -- you said you could make an inference.

3    I'm saying you can't make that inference.

4    Q    And have you seen any Google documents that break

5    those numbers out?

6    A    No, I wouldn't expect them to.

7    Q    Okay.

8         Let's go to UPXD223.

9         And this is testimony by Ms. Porat.

10        Did you read or see the video for Ms. Porat?

11   A    I don't remember this specific statement, no.

12   Q    And she was asked this question:  "Would it be

13   fair to say that the value of the acquired traffic that

14   Google gets from the TAC payments exceeds the cost of the

15   payments that Google makes?"

16        "Answer:  Yes."

17        "Question:  Otherwise, you wouldn't make the

18   payments, right?"

19        "Answer:  Correct."

20        You don't disagree with that?

21   A    No.  I -- that's her view, yes.

22   Q    Okay.

23        And she's the CFO as it says on the slide?

24   A    Yeah, I don't know how -- how intimately she's

25   involved in all the underlying things.  But, yeah, that was

10088

1    what she said, so that's what she said.

2        Q    No further questions on that slide.

3            Even without the MADA and the RSA, OEMs would have

4    an incentive to ensure that users have a positive experience

5    on their devices, right?

6        A    Yeah, I would think so.

7        Q    Sure.  Right.  Because they want to sell their

8    devices.

9            So they want to make sure, even if there was no

10   MADA and no RSA, they'd want to make sure that their devices

11   had quality so that they could sell them?

12       A    Yeah.

13           I mean, I assume their objective to having a

14   better device is the same whether, really, you'd had that or

15   not.  That objective is not what changes.

16       Q    OEMs and carriers have their own marketing

17   incentives separate from Google's payments, to make sure

18   that the devices work well?

19       A    Yeah, there's a little more nuance to that.

20           They want to ensure that their devices work well.

21   It's not sure, for example, that they would have the

22   incentives to make sure the Android platform as a whole

23   works well, right, which is one of the problems that was

24   there at the beginning.  So that divergence of an incentive

25   is actually important in the history here.

1    Q    Well, OEMs and carriers have their own marketing

2  incentives to perform security upgrades?

3    A    We talked about this yesterday.  They have some,

4  but not the same incentives that you would have for the

5  platform as a whole.

6    Q    And OEMs and carriers have their own market

7  incentives to preload the Google Search widget if that -- if

8  they believed that would benefit their customers?

9    A    Well, that's not independent of how much

10 somebody's willing to pay them to do that, right?  They have

11 two reasons; one, to serve their customers; one, because

12 that's valuable promotion that they would like to

13 contract for.

14   Q    Right.

15       But separating out the money that they're paid or

16 the benefits that they give for loading the search widget,

17 if the OEMs and carriers, separate from the money, believe

18 that putting the search widget on their devices was a

19 benefit to their customers, they would do it anyway, or

20 they'd want -- they'd at least seek to do it anyway?

21   A    Well, you've got to be careful.  It depends.  Are

22 they getting payments for other people for other's

23 promotion?

24   Q    So I'm separating out the payment for the

25 promotion.

1          My question is simply, they would want to put a

2    search widget on their device if they believed that their

3    customers wanted that, right?

4     A     Well, it -- it depends on what the other things

5    going on on that device are, right?

6          You can't just make an independent statement about

7    that.

8     Q     What benefits do you believe Google gets from the

9    exclusive defaults on -- in the RSA?

10    A     Well, in terms of what they get for the RSAs,

11   I'm not sure I recall any exclusive defaults.

12         They have preinstallation exclusivity under most

13   of the RSAs we've seen.

14    Q     Okay.

15    A     It's preinstallation exclusivity, right?

16    Q     Right.

17    A     That is, they're the only preinstalled search.

18   Doesn't mean they have an exclusive on search on that

19   device.

20         So -- okay.

21    Q     They have the exclusive on that device out of the

22   box; can we agree on that?

23    A     That's preinstallation exclusivity.  That's the

24   term I think we've been using.

25    Q     So what are the benefits?

```
 1        A     Well, I think they get more search volume.  As
 2   part of the RSA -- those payments also facilitate growth of
 3   the Android platform.
 4              They incentivize more search on those devices;
 5   incentivize higher quality devices, they incentivize
 6   upgrades in various quality features.
 7        Q     Anything else?
 8        A     Those are the ones that come to mind.  There might
 9   be more, but those --
10        Q     That's all --
11        A     That's not a bad list.  It's got five on it.
12        Q     No.
13              So -- now, Google could sign a separate agreement
14   to force upgrades, right?  We've had testimony about that.
15        A     They could.
16        Q     Okay.
17              So that would be one way, that could be taken out
18   of the RSA and it could just be done in another agreement,
19   right?
20        A     Are you saying you could pay rev share for the
21   upgrade?
22        Q     Or they could just offer a bounty, they could do
23   some other way of contracting for the upgrade.
24        A     Well, I mean, if you're trying to incentivize
25   search, a rev share might be a better way.
```

1              So they might want to do it that way because

2    you're going to get both.  You're paying them to do the

3    upgrades but also paying them in a way that encourages more

4    search.

5         Q    Let's go to UPXD290.

6              And the CEO, Mr. Pichai, was asked, "But Google

7    could provide a separate financial incentive for security

8    upgrades outside of the RSA, correct?

9              "Answer:  Sure, we could structure it that way."

10             You don't have any reason to disagree with him?

11        A    I already answered that.

12             I just said -- I just told you that they could do

13   it that way.

14        Q    Okay.

15             And Google now pays Android partners directly to

16   encourage investment by Android partners, right?

17        A    Yeah, they've kind of restructured the RSA

18   agreements in various ways.

19        Q    Right.

20             They -- I think the testimony was that they broke

21   the RSA into two, and they offer a separate agreement to

22   help encourage investment.

23             Do you see that?  Have you heard that testimony?

24        A    Yeah, I -- I've looked at what they've done.  It's

25   a little complicated to figure out exactly how they divided

1    it up, but yeah, they've divided it up into two -- generally

2    you kind of think of as two pieces.

3        Q    Okay.

4            And with respect to quality devices, have you seen

5    any documents at Google that says, Our goal in RSA payments

6    is to ensure quality devices?

7        A    I think I might have.  I don't have any off the

8    top of my head.

9            I know that they think of the RSA as encouraging

10   more search, but -- and some of that comes through

11   encouraging people to have better devices, but I couldn't

12   give you a document off the top of my head.

13       Q    Okay.

14           So let's go to Slide 96.

15           And the heading you've got is "MADA's Baseline

16   Consistency Facilitates Competition within -- in Android."

17           Do you see that?

18       A    I do.

19       Q    And -- but sometimes Google's Android partners

20   would prefer a little differentiation so they could compete

21   with each other, right?

22       A    Well -- yeah, I mean, they might prefer

23   differentiation, some of which might increase competition

24   but some of it might decrease competition between them, make

25   it hard for people to move back and forth.

10094

1      Q      Right.

2             Have you seen any Google documents that show

3      whether reducing the demands of the RSA and MADA would

4      affect the quality of the phones as far as differentiation

5      between the different manufacturers, any research at all?

6      A      Well, I -- I would go back.

7             I mean, I'm an economist.  I don't generally do

8      this by looking at their documents.  I look at the

9      marketplace, I use economics, and I look at the failing

10     systems that Android and iOS replace, and the consistency

11     was an important feature that the succeeding operating

12     systems had relative to the less successful systems.

13     Q      So you didn't look at Google's documents on this

14     subject?

15     A      No.  I'm an economist, I look at markets and how

16     those markets work, and we learn from the marketplace

17     itself.  It's the standard approach in economics.

18     Q      Okay.

19            So let's go to UPX128.

20            And that's in your first binder.  It's also going

21     to be on the screen, of course.  And just let me know when

22     you've got there, sir.

23     A      Hang on.  Switching costs.

24     Q      A hernia should not be part of the switching

25     costs, so if you need any help, let us know.

1      A    All right.

2      Q    128, are you there, sir?

3           MR. DINTZER:  And this is admitted, Your Honor.

4  BY MR. DINTZER:

5      Q    Have you seen this document before, sir?

6      A    I don't remember it, actually.

7      Q    Okay.

8           So it's dated August 26th, 2016.

9           MR. DINTZER:  I can't remember if I said this.

10  It's admitted, Your Honor.

11  BY MR. DINTZER:

12      Q    And the top involves Mr. Pichai.

13           Do you see that?

14      A    I see his name, yes.

15      Q    Okay.

16           And so -- and the subject is "Nexus Launcher

17  Without QSB."

18           Do you know what QSB is?

19      A    Not off the top of my head.

20      Q    Okay.

21           It's -- it's a term for the widget.

22           And we're going to go to the third page of the

23  document, 547.

24           And the email from Hiroshi Lockheimer.  It's dated

25  August 22, 2016.

1              Do you see that?

2      A      Yeah.  Do we -- I'm just trying to get a context

3  here.

4      Q      If you look at the whole thing, sir.

5              I mean, I certainly want you to have context.  I

6  want you to know what I'm going to be looking at just so you

7  can understand where I'm going, but you're welcome to see

8  the whole thing.

9      A      Well, I'm not even sure the thing tells -- I mean,

10  they obviously know the context that they're talking about.

11  I'm not even sure I can infer the context from the document

12  so -- do we have any idea what this is about?

13     Q      Well, I -- I'm really not in a position to explain

14  it, sir.  I can show you what I'd like to ask you about, and

15  if you have -- if you don't have anything to say about it,

16  then that's fine.

17     A      Okay.  Go ahead.

18     Q      Okay.

19              So the portion I'm going to refer to is up on the

20  screen.

21              And Mr. Lockheimer writes -- and do you understand

22  that he oversees Android?  Do you know his position?

23     A      I don't know his position, but I'll take your word

24  for it.

25     Q      And he writes, "Sorry I missed your IM Phillip.

I was headed to SFO."

And he writes, "Here's the logic.  One, users are generally tired (visually) of our widget.  It's in the middle of the screen, obscures your family picture, et cetera."

Do you see that?

A    Yes.

Q    "Second, OEMs are Very," capital very, "tired (visually) of our widget because of one, and also because they feel like they don't get to differentiate."

Do you see that?

A    I do.

Q    Okay.

And you're not surprised that the different OEMs want to differentiate their products from each other, are you?

A    Well, sometimes you want to differentiate, sometimes you want to be more similar.  It depends on whether you think one is more valuable than the other.

Q    The OEMs' ability to differentiate from other OEM -- Android OEMs, would allow them to compete better for selling Android?

A    I mean, differentiation sometimes makes me compete less with somebody.  Sometimes it makes me compete more, because we might become more different, and then we don't

10098

```
 1   compete as closely, or we become more similar, which would
 2   be less differentiation, then we might compete more.
 3        Q    Have you done any analysis on whether the OEMs,
 4   the Android OEMs, could benefit from being able to
 5   differentiate and compete with each other?
 6        A    There certainly are dimension in which they
 7   benefit from differentiation.
 8        Q    No. 3 is that -- Mr. Lockheimer states, "Now that
 9   we think like an OEM (the nexus team), two really
10   resonates."
11             And do you know what the nexus team is?
12   Do you know what the nexus is?
13        A    It's my -- what time -- it might be pixel people.
14        Q    It's the predecessor to pixel.
15             "So now that Google is actually kind of doing the
16   OEM thing, they themselves understand why OEMs are very
17   tired visually of the widget."
18             Do you see that?
19        A    I do.
20        Q    "Google" --
21        A    I see an Apple.
22        Q    -- "understood the value of an Android OEM being
23   able to differentiate."
24             Do you see that?
25        A    Yeah, they -- I think they're saying, that, we
```

10099

better understand too, so it says what it says, yes.

Q    But the widget is still required under the MADA;
is that right?

A    Yes, although I think, again, this is where you
have to think like an economist.

Remember, there's a monetary -- there's a benefit
to Google from installing the widget.

Q    Sure.

A    So I would assume if they took the widget off,
then they would charge OEMs for the -- for the GMS package,
right, because Google is getting less in the barter in that
case.

I don't know if anybody has asked the OEMs whether
they prefer to get rid of the widget if it meant less money
and going in the other direction, right?

This is the trouble when you say, Oh, I would like
this, right.  I'd like a Maserati, but when I get to the
Maserati dealer and they tell me it's $300,000, well, not
that much.  Right?

So you always got to ask, Is it worth what I have
to pay to get it.

So when you tell me, Oh, they would like this, you
have to take that into consideration.

Q    Let's go to your Slide 49, sir.

And this is about Mozilla; is that right?

1        A    It is.

2        Q    And they promote rival search services, according

3   to your heading, each time a user clicks on the address bar,

4   right?

5        A    That's correct.

6        Q    Okay.

7             And -- but when a Mozilla user clicks on the

8   address bar, the other search options, they don't change the

9   default, they just -- they're just one-offs, right?

10       A    Yeah, because it's a search this time with.

11       Q    Right.

12       A    You'd be kind of upset if you did that and it

13  switched your default, right?

14       Q    So you have to do every single time -- if you want

15  to use one of the other ones in the list, every single time,

16  you have to go down and use one of the other ones, right?

17       A    No.  If you want to change it permanently, you

18  change the default.

19       Q    These would be non-default search providers.

20       A    Yeah, they're -- they're non-default, but they're

21  still search providers who are getting some promotion in

22  this way.

23       Q    Okay.

24            Do you know if they're paying for that promotion?

25       A    I don't know -- I don't know off the top of my

 1   head, no.

 2        Q    When Google committed to paying Mozilla for

 3   rev share to be the default, Google was aware that Mozilla

 4   gave these other options in this way, right?

 5        A    I believe they were aware of that, yes.

 6        Q    And you offered no data to show how frequently

 7   this -- these other search items were used?

 8        A    Yeah, I don't think I had data on that, no.

 9             We know uses of search engines on Mozilla, but we

10   don't know if they're using this option to do that.

11        Q    Now, let's go to Slide 47.

12             And you testified that Google's agreements aren't

13   exclusive because other general search engines can have

14   bookmarks on Apple, right?

15        A    Well, that was one of the reasons.

16             I presented lots of other reasons, but that was

17   one.

18        Q    Okay.

19             Searching through a bookmark requires an extra

20   click?

21        A    It does.

22        Q    Okay.

23             Because if I click on Bing, then I go to the Bing

24   page, and then I can do a search there.  But if I just put

25   it in the URL line at the bottom, I don't have -- that saves

```
 1    me one step, right?
 2         A    I think so.
 3              I don't know.
 4              I don't have an iPhone, so I can't tell you.  I
 5    would assume that's how it works, but you should ask
 6    somebody else who knows this device better than I do.
 7         Q    No, that's fair.
 8              But this device that you have pictured on your
 9    slide, you haven't actually used it and played with it and
10    it -- I mean, is that right?
11         A    I haven't myself.
12              I think in -- when we were in a meeting as we were
13    putting together the report, I know many people on my team
14    have an iPhone, I'm pretty sure we did do this.
15         Q    Clicking on a bookmark, the ones that you have
16    boxed here, they don't change the defaults, right?
17         A    No, they don't.
18         Q    So each time a user wants to search through Bing
19    or Yahoo!, they have to, again, go through the extra clicks,
20    right?
21         A    Yeah, or Google.
22              And we know a lot of people use that bookmark for
23    Google.  A lot more people use that bookmark for Google than
24    use it for the other ones.
25         Q    And, again, Google was aware of Safari bookmarks
```

 1    when it entered into its agreement with Apple for the

 2    defaults, right?

 3        A    Well, depends on which agreement.

 4        Q    The current agreement.

 5        A    I would think for the current agreement, yes.

 6        Q    Google understands that being the default for the

 7    URL bar has far greater value than the bookmark?

 8        A    I wouldn't say it has -- it has greater value,

 9    certainly, although as I said before, you actually see

10    Google even though they're the default getting a fair amount

11    of traffic through the bookmark.

12        Q    Do you know if that's because people don't know

13    who the search provider is when they click on a default such

14    as the one in Safari?

15        A    I don't know.  I can't get inside people's head.

16             But certainly some people know that it's Google

17    that's in the default.  It's pretty well publicized.

18        Q    But some people may not, which is why they might

19    click on the bookmark?

20        A    I don't know.  I'd have to look at the search bar.

21    I mean, most of Google's things, that says "Google" on it.

22        Q    Let's go to your Slide 143.

23             Now, Google responded to the EU choice screen with

24    increased investment in the EU; is that right?

25        A    We don't know about total investment.  They made

```
1   some specific investments in the EU, largely -- to a good

2   extent in marketing but also in content acquisition.  At

3   that time there was a go-big-in-Europe plan.

4        Q    So you don't know what the total amount is but you

5   know that they did do some increase?

6        A    Well, we don't know if it's an overall increase.

7   We know there was an increase in some elements.

8        Q    Well, you know at the time of the choice screen,

9   Google's employees discussed investments in the EU, right?

10       A    Yeah, they -- I had an extensive discussion of

11  this yesterday.

12            They recognize that on the choice screen, what

13  you're marketing for is somewhat different, and they

14  recognize being top of mind and other things was probably

15  more important at that point than it had been previously.

16       Q    And you'll agree that investment in --

17            Well, let's do it this way.  Let's go to UPX1083,

18  which is admitted, Your Honor.

19            Are you familiar with this --

20            Oh, I'm sorry, sir.

21       A    I'm there.

22       Q    No.

23            Okay.  Are you familiar with this document, sir?

24       A    Is this for Japan?

25
```

1      Q     No, sir.

2            Do you know what FUDJE -- I believe it's

3   pronounced fudge?

4      A     I don't know.  I'd have to look inside.  I don't

5   recognize the outside.

6      Q     Okay.

7            And it's dated January 2020.  Do you see that?

8      A     I do.

9      Q     And let's go to the Bates number 19055.  And we're

10  going to bring it up on the screen.  It's small so it will

11  be easier if we bring it up on the screen.

12           If we could perhaps make it a little bigger.

13  Thank you.

14           And it says, starting March 1, 2020 --

15           THE COURT:  Sorry --

16           MR. DINTZER:  -- only --

17           THE COURT:  What's the Bates number again?

18           MR. DINTZER:  Of this page, Your Honor, or of the

19  original document?

20           THE COURT:  Of what's in -- the document page that

21  you're at.

22           MR. DINTZER:  The page that we're on?

23           THE COURT:  Yes.

24           MR. DINTZER:  It's Google-DOJ-11319055.

25           THE COURT:  Okay.

1           THE WITNESS:  It's near the beginning.

2           THE COURT:  Okay.  Great.  Thank you.

3           MR. DINTZER:  Thank you, Your Honor.

4    BY MR. DINTZER:

5       Q    Do you see it, sir?

6           You're welcome to have it in the binder.  It will

7    be easier to see on the screen, I believe.

8           It says, "Starting March 1, 2020, all new Android

9    devices sold in EU will offer a default search engine choice

10   screen during phone setup."

11          We know about that, right?

12      A    I do.

13      Q    Okay.

14          And then on the right it says, "Go big in Europe

15   is product investments above and beyond business as usual to

16   make sure Google is top of mind for EU users."  Right?

17      A    I do.

18      Q    Okay.

19          And you don't have any reason to doubt that the

20   go-big-in-Europe investment was above and beyond the typical

21   investment?

22      A    Yeah, I had -- I take them at their word here,

23   that what -- I don't know what's going on with the rest of

24   their investments, but, yeah, I take -- that's what they

25   said.

1    Q    Okay.

2    A    But it -- you know, as I said yesterday, it's to

3  be top of mind.

4    Q    Okay.

5         And let's go to your Slide 124.

6         Are you there, sir?

7    A    I am.

8    Q    And at the top, you say, "Microsoft's syndication

9  deal doubled its scale in December 2010, but this did not

10  lead to a material improvement in Bing's relative quality."

11         Do you see that?

12    A    I do.

13    Q    And so just so we're clear what we're looking at,

14  what you're showing is that Bing's quality compared to

15  Google didn't change, the gap between them didn't change?

16    A    Correct.

17    Q    So if -- hypothetically, if Google was matching

18  Bing's investment and quality increases, they would both be

19  getting better, it's just that the gap wouldn't change?

20    A    Right.  But we don't need to be hypothetical.  We

21  actually have the data.  I've looked at the data and

22  Google's didn't accelerate.  So you don't see an

23  acceleration.

24         So the slowdown in the gap is not because Google's

25  improvement accelerated, it's actually because Bing's

1    improvement slowed.

2        Q    Okay.

3        A    So, you know, there's no reason to play the

4    hypothetical.  We actually have data.

5        Q    So let's go to -- you do understand that Google

6    watches and tracks Bing's performance, right?

7        A    I do.

8        Q    Okay.

9             And that competition from Bing has resulted in

10   increased quality at Google?

11       A    I know there are internal documents at Google that

12   talk about, you know, what happened when Bing was launched.

13       Q    Okay.

14       A    And I know there are documents that talk about

15   what's going to happen after this -- after this syndication,

16   although it looks like they were wrong about that.

17       Q    Let's go to UPX211.

18            And let me know when you're there, sir.

19            MR. DINTZER:  Display advertising.  Your Honor,

20   this is in evidence.

21            THE WITNESS:  Okay.  I'm there.

22   BY MR. DINTZER:

23       Q    So this is, if we go to -- well, the cover slide

24   is "Precision and you".  We're going to go to the third page

25   of the document, Bates number 5050.

1          Do you see that?

2     A    I do.

3     Q    And it says, "Precision September 2009 to April

4     2010."

5          Do you see that?

6     A    Yeah, I do.

7     Q    And below that, it says, "There are two," two,

8     capital TWO, "bad things about this graph.  We are still

9     working hard and our precision is still not going up.

10         "Worse, there is this blue stuff on the bottom.

11    That's Bing.  They've been working hard too, and their

12    precision is going up."

13         Do you see that?

14    A    I do.

15    Q    Okay.

16         So Google is finding that Bing's precision is

17    rising?

18    A    I think that's shown in the data I showed you a

19    bit ago and it's consistent with what I cite in my report.

20    Q    And they write, "They've gained about 1.5 points

21    of precision since last fall, and they are now only about

22    two points behind.

23         "This is bad."

24         Do you see that?

25    A    Yes.

1      Q     In 2009, in 2010, Bing's improvement was creating

2  competitive pressure on Google, correct?

3      A     I think that Bing is always there and competing

4  with Google.

5      Q     I'm talking about specifically on their quality

6  improvement.

7      A     Yeah, their quality was improving relative to

8  Google over this period, and that's evident in the chart I

9  showed you a bit ago.

10      Q     And in response to this, Google pushed to increase

11  its quality as well, correct?

12      A     I don't know.

13            They talk about that.  We don't really see

14  anything in the data that I've seen that they did that.

15      Q     Let's go to 2086.

16      A     Okay.

17      Q     Okay.

18            And this is a June 2009 email.  Do you see that?

19      A     I do.

20      Q     From Johanna Wright to Marissa Mayer.

21            And the third page of this document --

22            And this is in evidence Your Honor --

23            The third page of this document is Bing's

24  response.

25            Do you see that.  That's a deck.

1        A    Okay.

2        Q    And at page .005, the fifth page of this document,

3    it states, "Bing is innovative.  The top component of the

4    left nav is a feature we do not have.  We need to

5    out-innovate Bing.  We have many more innovations sitting in

6    the search quality area waiting to get out.  Get them out.

7             "Create an effort to build a new version of

8    Search.  Kick off effort with a day in Tunis with each

9    quality engineer showing a demo or describing the technology

10   they think they could build that excites them."

11            Do you see that?

12       A    I do.

13       Q    So Google's -- Bing's improvement in innovation

14   was spurring Google to move forward, correct?

15       A    That's -- the documents seem to say they saw that

16   and they thought they should react.  I say when you look at

17   the data, you don't necessarily see that that panned out.

18       Q    And you don't see that that panned out because

19   Google might not have gotten better despite investing?

20       A    Well, I haven't seen the data that says they

21   really changed their investments that much or significantly.

22       Q    Let's go to your Slide 27.

23            And you say here on 27, "The challenged browser

24   default arrangements reflect the outcome of competition."

25            Do you see that?

1      A    Yes.

2      Q    And as I understand it, sir, when looking at a

3   competition, you consider all the challenged conduct in the

4   relevant market; is that right?

5      A    Well, I'm asking -- I'm specifically here talking

6   to the browser default agreements.

7      Q    If there are multiple bidders for a contract, that

8   will not always create competition that resolves

9   exclusionary concerns?

10      A    That's why you've got to look at the actual

11   situation you're dealing with, which is what I did here.

12      Q    Even with multiple bidders on a contract, you

13   might -- you believe in looking at things, other things to

14   determine whether there's exclusionary conduct, right?

15      A    Well, as I spend a lot of time doing that, yes,

16   so I think it's the right thing to do.

17      Q    Now, you reviewed -- a summary of your reports was

18   created and provided to the Court and you reviewed that;

19   is that right?

20      A    I have.

21      Q    Okay.

22          And in your summary, you write, "Professor Murphy

23   explains that the evidence shows that the opportunities to

24   supply search defaults have been intensely contested, and

25   that Google has succeeded because it offered a superior and

1    better terms."

2         Do you still believe that the -- that each of the

3    contracts in this case have been intensely contested?

4    A    I was -- I'm not sure.  I haven't gone back and

5    looked at each and every one.  I would say, as a general

6    matter, yes.

7    Q    Now, you understand that Google does not typically

8    consider competition when determining how much to pay in

9    rev share?

10   A    Of course they do.

11   Q    So it's your understanding that when Google is

12   calculating how much to pay in rev share, they don't

13   consider how much a competitor may be willing to pay for

14   Apple, Mozilla, Samsung, T-Mobile?

15   A    No, they -- I don't know if they consider that,

16   but they consider how much they would lose, which is a

17   function of how strong those competitors are.  So they

18   definitely consider competitors and competition.

19        I mean, the whole point of my report, right, my

20   discussion yesterday was centered on that.

21   Q    Google typically has not used the amount of an

22   actual or estimated competing bid in determining how much it

23   was willing to pay on its rev share agreements, right?

24   A    In -- well, they're focused more on their benefits

25   of what they would get, but part of that is determined by

```
 1    what other people would do.
 2         Q    Okay.  So I need a -- well, let's go ahead and put
 3    it up.
 4              Let's go to UPXD237.
 5              MR. DINTZER:  May I approach, Your Honor?
 6              THE COURT:  Sure.
 7    BY MR. DINTZER:
 8         Q    And this is from the 30(b)(6).
 9              MR. SCHMIDTLEIN:  This is -- again, we'd ask that
10    the witness be allowed to consult UPX6024, which is the
11    entire response, not this excerpt.
12              MR. DINTZER:  It's still in front of him,
13    Your Honor.
14              THE COURT:  Okay.
15              So 6024.
16              And can you just identify the page number that
17    you're looking for.
18              MR. DINTZER:  Yes, Your Honor.  Page 17.
19    BY MR. DINTZER:
20         Q    Are you there, sir?
21         A    I am.  I'm looking at it.
22         Q    Okay.
23              And you're welcome to look at it.  My question is
24    in its 30(b)(6) response, Google writes, "Google typically
25    has not used the amount of an actual or an estimated
```

```
 1    competing bid in determining how much it was willing to pay

 2    for its revenue share agreements with Apple, Mozilla,

 3    Samsung, AT&T, Verizon, T-Mobile, and Sprint."

 4              Do you see that?

 5    A    I'm still reading the document.

 6    Q    Okay.  I mean, you're welcome to.  Please.

 7    A    Okay.

 8              Where are you reading from now?

 9    Q    It's on page 17, sir.  I'm not going to read it

10    again.  It's in the record.  It's on the slide.

11              Do you see that, sir?

12    A    I'm not there yet.

13    Q    Okay.

14    A    Okay.

15    Q    Okay.

16              And so are you there now?

17    A    I am.

18    Q    Okay.

19              So do you have any reason to doubt that Google

20    typically has not used the amount of an actual or estimated

21    competing bid in determining how much it was willing to pay

22    for rev share agreements?

23    A    I mean, there's other language on that same page

24    that kind of says they do consider that to some extent.

25
```

1    Q    Okay.

2         Have you seen any documents, anything, where

3    Google is actually considering what -- or estimating what

4    competing bid a rival would make when Google is deciding how

5    much to pay for rev share agreements?

6    A    Yeah, I would just read the next paragraph.

7         If you look at the next paragraph where it talks

8    about them modeling Bing and other things in the next

9    paragraph.

10        It's in a red box, I don't want to say it in too

11   much terms, but, Your Honor, it's the paragraph after the

12   one that he's citing.

13        THE COURT:  Okay.

14        THE WITNESS:  I think it's relevant.

15   BY MR. DINTZER:

16   Q    Do you know, in that 2016 analysis, did Google

17   find that Bing couldn't profitably match Apple's payments --

18   I mean Google's payments?

19   A    I don't think they knew.

20   Q    Do you know if they reached that conclusion?

21   A    I can't say.  You should ask them.

22   Q    Okay.

23        No further questions on that document, sir.

24        MR. DINTZER:  Your Honor, now would be a good time

25   or I'm happy to go on.

1              THE COURT:  No.  Let's take a break for lunch.
2     We'll resume at 1:35.
3              So, Professor Murphy, same instruction as usual,
4     don't discuss your testimony during the break, sir.
5     Thank you.
6              THE WITNESS:  Thank you.
7              THE COURT:  Why don't you have a step outside so
8     I can talk to the lawyers, Professor.  Thank you.
9              THE WITNESS:  Sure.
10             THE COURT:  All right.  Mr. Dintzer, I think you
11    know what I'm about to ask.
12             MR. DINTZER:  I do.
13             I will tell you that my estimate would be better
14    after lunch when I have a chance to go through and talk to
15    my team.
16             I'm looking at it, I'm guessing between one and
17    two.
18             THE COURT:  Okay.
19             All right.  Well, that's optimistic in terms of
20    being able to finish with Professor Murphy this afternoon,
21    I think, but we'll see where we are.  I'm sorry.
22             MR. SCHMIDTLEIN:  Depends on your view of
23    optimistic, but I hope Mr. Dintzer, with more time at lunch,
24    would be able to reduce rather than expand.
25             THE COURT:  We'll see everybody at 1:30.

1          MR. SCHMIDTLEIN:  Your Honor, we've also asked

2    them, since they heard Professor Murphy's direct, where we

3    stand with Mr. Davies.

4          THE COURT:  Any update on that?

5          MR. DINTZER:  Yes, Your Honor.

6          What we'd like to do is finish up Mr. Murphy -- I

7    mean, Professor Murphy, and two hours after he gets off the

8    stand, we'll send them out a conclusion on that.

9          THE COURT:  Well, it would be helpful if I know so

10   I can focus on making a decision.  So I'd certainly like to

11   know by the end of the day.

12         MR. DINTZER:  Absolutely.

13         You mean by the end of the trial day?  We can --

14   okay.  Understood, Your Honor.

15         THE COURT:  Okay.

16         MR. DINTZER:  When I come back from lunch, as long

17   as it's -- I mean, once he -- I guess our ask would be this.

18   When Professor Murphy is done, if I can caucus with my group

19   for two minutes, I'll give the Court an answer if that would

20   be okay.

21         THE COURT:  Sure.

22         MR. DINTZER:  Okay.

23         THE COURT:  Maybe that'll incentivize finishing by

24   5:00.  Thanks.

25

 1                COURTROOM DEPUTY:  All rise.  This Court stands in

 2      recess.

 3                (Recess from 12:34 p.m. to 1:35 p.m.)

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date:__November 14, 2023_____    

                                 William P. Zaremba, RMR, CRR

**BY MR. DINTZER: [38]**
9994/6 9994/15 9995/5
10002/25 10018/1
10021/7 10024/23
10027/20 10028/20
10029/12 10032/7
10033/21 10038/17
10042/21 10043/15
10044/15 10045/4
10046/8 10050/2
10051/7 10053/8
10054/1 10054/9
10057/14 10057/17
10058/3 10062/19
10067/11 10073/7
10079/11 10086/13
10095/4 10095/11
10106/4 10108/22
10114/7 10114/19
10116/11

**COURTROOM
DEPUTY: [4]** 9986/4
10062/11 10062/14
10118/25

**MR. DINTZER: [49]**
9986/15 9992/16
9992/24 9993/2
9993/10 9993/21
9994/9 9994/25 9995/3
10002/21 10024/15
10027/19 10028/9
10028/12 10028/18
10029/10 10033/19
10038/15 10043/14
10046/6 10049/21
10049/24 10050/22
10051/2 10052/23
10054/8 10057/9
10057/24 10062/5
10062/18 10067/10
10073/4 10095/3
10095/9 10105/16
10105/18 10105/22
10105/24 10106/3
10108/19 10114/5
10114/12 10114/18
10116/24 10117/12
10118/5 10118/12
10118/16 10118/22

**MR. HERRMANN: [8]**
9986/19 9986/22
9987/9 9987/13
9988/21 9990/9
9991/23 9992/14

**MR. SAFTY: [4]**
9987/17 9989/12
9990/19 9990/25

**MR. SCHMIDTLEIN:
[16]** 10024/20 10032/4
10038/6 10042/17
10044/14 10044/17
10049/16 10052/18
10052/22 10052/24
10053/1 10053/6
10079/3 10114/9
10117/22 10118/1

**THE COURT: [76]**

9986/18 9986/21
9987/7 9987/12
9987/16 9988/20
9989/7 9990/8 9990/16
9990/24 9991/6
9991/24 9992/15
9992/21 9993/1 9993/6
9993/13 9993/19
9994/14 9994/24
9995/1 10002/23
10016/20 10017/25
10020/24 10021/6
10024/19 10024/21
10027/18 10028/7
10028/11 10028/16
10029/9 10032/5
10033/16 10038/8
10038/11 10042/16
10042/18 10044/19
10046/7 10049/22
10050/20 10050/24
10053/24 10057/12
10057/16 10057/19
10057/21 10062/7
10062/16 10067/9
10073/6 10079/4
10086/12 10105/15
10105/17 10105/20
10105/23 10105/25
10106/2 10114/6
10114/14 10116/13
10117/1 10117/7
10117/10 10117/18
10117/25 10118/4
10118/9 10118/15
10118/21 10118/23

**THE WITNESS: [28]**
9993/18 9995/2 9995/4
10002/2 10017/3
10021/5 10028/14
10029/11 10038/7
10038/9 10044/23
10050/1 10051/3
10052/21 10052/25
10053/3 10053/7
10053/25 10057/13
10057/20 10057/23
10057/25 10079/6
10106/1 10108/21
10116/14 10117/6
10117/9

**$**

**$300,000 [1]** 10099/18

**'**

**'s [3]** 10069/17 10072/6
10072/11
**'What [1]** 10055/13

**.**

**.005 [2]** 10070/21
10111/2
**.028 [1]** 10058/23
**.032 [1]** 10059/19
**.33 [1]** 10059/20

006 [1] 10025/12
009 [1] 10060/15
0095 [1] 10060/16
0315 [1] 10069/21
0316 [1] 9983/9
0340 [1] 9983/4
098 [1] 9989/2

**1**

1.5 [1] 10109/20
10 [1] 10033/2
100 percent [2]
10066/7 10069/9
10036-6710 [1]
9983/19
1100 [1] 9983/3
11319055 [1] 10105/24
1133 [1] 9983/18
116 [1] 10057/21
11:05 [1] 10062/9
11:07 [1] 10062/13
11:20 [1] 10062/9
11:26 [1] 10062/13
124 [1] 10107/5
128 [1] 10095/2
12:34 [1] 10119/3
1300 [1] 9983/14
134 [2] 10011/15
10011/21
138 [1] 10080/7
14 [2] 9982/5 10120/7
143 [1] 10103/22
15 [6] 10001/10
10050/5 10050/22
10051/1 10051/6
10051/10
16 [1] 10063/4
17 [2] 10114/18
10115/9
19055 [1] 10105/9
1:30 [1] 10117/25
1:35 [2] 10117/2
10119/3

**2**

2.4 [2] 9996/12
9996/13
20 [3] 10029/6
10058/23 10083/4
20 percent [7] 10028/1
10028/8 10028/8
10028/9 10028/15
10028/23 10072/4
20-3010 [2] 9982/4
9986/5
20001 [2] 9983/8
9984/9
20024 [1] 9984/4
2007 [1] 9995/11
2009 [5] 10073/13
10073/19 10109/3
10110/1 10110/18
2010 [6] 10036/17
10080/1 10080/10
10107/9 10109/4
10110/1
2011 [4] 10009/17

10012/24
2012 [1] 10024/24
2014 [6] 10009/14
10010/13 10066/24
10069/14 10070/3
10074/4
2015 [2] 10067/3
10068/1
2016 [14] 9987/4
9991/23 9991/24
10015/7 10024/17
10025/4 10026/13
10055/19 10060/13
10067/3 10068/1
10095/8 10095/25
10116/16
2017 [3] 10000/25
10064/16 10074/18
2018 [4] 10043/16
10057/10 10058/5
10058/13
2019 [3] 9999/22
10000/3 10000/5
202 [4] 9983/4 9983/9
9984/4 9984/10
2020 [4] 10063/15
10105/7 10105/14
10106/8
2021 [3] 10055/13
10055/23 10073/13
2022 [1] 10009/23
2023 [2] 9982/5
10120/7
2086 [1] 10110/15
20th [1] 10043/16
212 [1] 9983/20
22 [1] 10095/25
2200 [1] 9983/19
26th [1] 10095/8
27 [2] 10111/22
10111/23
2793 [1] 9983/20
28-day [1] 10000/16

**3**

30 [8] 10049/12
10049/17 10054/16
10054/19 10062/22
10063/4 10114/8
10114/24
3010 [2] 9982/4 9986/5
307-0340 [1] 9983/4
3249 [1] 9984/10
328 [1] 10061/14
33 [1] 10052/16
33 percent [7]
10048/12 10049/1
10051/25 10052/15
10056/7 10060/3
10062/21
331 [1] 10061/1
333 [1] 9984/9
335-2793 [1] 9983/20
354-3249 [1] 9984/10
37 [4] 10079/13
10079/20 10080/4
10080/5

40 [2] 9982/7 10034/18
434-5000 [1] 9984/4
450 [1] 9983/8
47 [1] 10101/11
476-0316 [1] 9983/9
49 [1] 10099/24

**5**

5000 [1] 9984/4
5050 [1] 10108/25
508-6000 [1] 9983/15
540 [1] 10064/21
547 [1] 10095/23
5:00 [1] 10118/24

**6**

60 [1] 10048/14
6000 [1] 9983/15
6024 [3] 10049/24
10050/5 10114/15
64 [3] 10004/25
10006/19 10007/2
66 [1] 10048/18
6710 [1] 9983/19
677 [2] 9994/20 9995/7
680 [1] 9984/3

**7**

720 [1] 9983/15
724 [2] 10003/7
10003/12
732 [2] 10003/15
10003/16
7441 [1] 10050/5
7th [1] 9983/14

**8**

80 percent [2]
10009/17 10033/2
80203 [1] 9983/15
886 [1] 10054/10
10054/10

**9**

90 [2] 10082/21
10082/25
96 [1] 10093/14
977 [3] 9999/25
10000/8 10000/15
978 [1] 10001/23
9:30 [1] 9982/6

**A**

a.m [3] 9982/6
10062/13 10062/13
ability [21] 9988/1
9997/7 10003/19
10004/2 10004/9
10006/24 10014/2
10016/8 10016/19
10018/3 10019/15
10020/4 10020/12
10021/9 10022/2
10026/23 10027/24
10028/6 10028/21
10077/22 10097/20
able [11] 10003/20

10122

**able... [10]** 10013/1
10020/19 10021/2
10040/3 10074/14
10084/21 10098/4
10098/23 10117/20
10117/24
**about [78]** 9989/21
9991/11 9991/16
9993/9 9997/16
9998/13 9998/14
10004/2 10004/3
10009/4 10010/18
10012/4 10013/2
10015/9 10015/11
10021/5 10026/23
10030/18 10030/20
10032/15 10033/2
10033/6 10033/9
10033/14 10034/2
10035/8 10035/10
10035/12 10041/7
10042/3 10042/6
10042/22 10042/23
10044/25 10046/19
10046/22 10047/3
10047/7 10048/21
10048/21 10049/1
10049/13 10049/20
10050/18 10055/2
10057/21 10057/22
10059/15 10062/20
10063/11 10067/6
10072/18 10073/19
10074/1 10077/7
10078/3 10084/10
10086/24 10089/3
10090/6 10091/14
10096/10 10096/12
10096/14 10096/15
10099/25 10103/25
10106/11 10108/12
10108/14 10108/16
10109/8 10109/20
10109/21 10110/5
10110/13 10116/8
10117/11
**above [5]** 10003/12
10065/25 10106/15
10106/20 10120/4
**above-titled [1]**
10120/4
**absence [4]** 10031/8
10033/25 10034/13
10047/23
**absent [2]** 10006/15
10006/15
**absolutely [2]**
10007/21 10118/12
**accelerate [1]**
10107/22
**accelerated [1]**
10107/25
**acceleration [1]**
10107/23
**accept [1]** 9998/4
**access [15]** 10005/23
10006/1 10007/9

10010/13 10031/10
10031/12 10031/14
10032/11 10046/23
10046/23 10047/19
10063/10 10068/13
**according [3]** 9997/21
10065/20 10100/2
**acquired [2]** 10058/18
10087/13
**acquisition [1]**
10104/2
**across [6]** 10068/21
10075/13 10077/1
10081/19 10082/8
10083/16
**acted [1]** 10038/3
**action [2]** 9986/5
10025/20
**actives [3]** 10000/16
10001/5 10001/14
**actual [12]** 10003/20
10005/17 10006/7
10007/15 10008/2
10008/5 10045/1
10053/20 10112/10
10113/22 10114/25
10115/20
**actually [27]** 9994/10
10019/17 10019/23
10020/1 10020/11
10022/6 10046/20
10046/22 10047/5
10051/9 10065/17
10069/4 10074/12
10074/21 10075/6
10075/12 10075/16
10081/20 10088/25
10095/6 10098/15
10102/9 10103/9
10107/21 10107/25
10108/4 10116/3
**ad [1]** 10022/1
**adding [1]** 10083/8
**additional [4]**
10047/18 10047/20
10047/25 10078/16
**Additionally [1]** 9989/1
**address [4]** 9987/19
10046/25 10100/3
10100/8
**admit [1]** 10024/16
**admitted [11]** 9985/10
9995/3 9999/15
10011/11 10024/21
10043/14 10054/8
10057/11 10095/3
10095/10 10104/18
**adopt [1]** 9998/8
**adopted [2]** 10024/5
10024/6
**ads [9]** 10019/15
10019/20 10020/4
10021/9 10021/12
10021/15 10021/20
10021/22 10022/3
**advantage [2]** 10011/4
10011/6

**advertising [1]**
10108/19
**affect [4]** 10009/19
10019/14 10081/21
10094/4
**affected [1]** 10068/9
**affects [2]** 10036/15
10077/21
**after [15]** 9991/1
9999/8 9999/11
10000/5 10017/14
10026/17 10062/9
10067/19 10072/3
10078/8 10108/15
10108/15 10116/11
10117/14 10118/7
**afternoon [1]** 10117/20
**again [26]** 9988/7
9988/23 9989/9 9990/4
10005/9 10011/14
10021/5 10021/10
10044/23 10047/8
10053/4 10059/21
10062/15 10064/14
10066/23 10072/14
10077/11 10077/20
10080/8 10081/17
10099/4 10102/19
10102/25 10105/17
10114/9 10115/10
**against [3]** 10036/18
10036/23 10081/23
**agent [1]** 10071/16
**aggregate [1]** 9991/21
**aggregation [1]**
9988/23
**aggression [1]**
10075/12
**ago [7]** 10009/3
10009/4 10010/2
10016/22 10055/19
10109/19 10110/6
**agree [12]** 9997/15
9998/20 10013/10
10019/14 10027/23
10037/4 10061/22
10066/8 10066/8
10066/19 10090/22
10104/16
**agreement [16]**
9992/19 9995/24
9997/11 9997/16
9998/9 10019/17
10020/16 10022/18
10027/4 10091/13
10091/18 10092/21
10103/1 10103/3
10103/14 10103/5
**agreement's [1]**
10023/24
**agreements [21]**
9988/2 9988/14
10005/22 10006/15
10006/15 10007/8
10010/16 10012/5
10012/25 10019/16
10019/17 10030/25

10092/18 10101/12
10112/6 10113/23
10115/2 10115/22
10116/5
**ahead [7]** 10032/8
10033/18 10036/10
10044/21 10052/16
10096/17 10114/2
**aided [1]** 9984/11
**al [2]** 9982/3 9986/6
**algorithm [1]** 10026/8
**aligned [2]** 10036/6
10078/13
**alignment [2]** 10071/6
10071/16
**Alignment,' [1]**
10070/21
**aligns [1]** 10036/12
**all [46]** 9986/13
9988/14 9991/7
9992/15 9993/14
9993/16 9993/19
9998/2 9998/25
10006/3 10006/6
10011/5 10012/2
10018/4 10021/6
10024/19 10027/5
10031/10 10031/15
10031/20 10037/18
10046/17 10047/7
10049/19 10050/24
10052/12 10056/12
10056/23 10056/24
10060/20 10062/8
10062/11 10062/14
10067/16 10067/22
10078/14 10079/20
10087/25 10091/10
10094/5 10095/1
10106/8 10112/3
10117/10 10117/19
10118/25
**all right [1]** 10021/6
**allegation [1]** 10005/21
**allow [1]** 10097/21
**allowed [1]** 10048/7
10059/10 10114/10
**allows [2]** 9995/13
10038/21
**almost [3]** 10031/20
10067/6 10072/24
**along [4]** 10000/12
10035/15 10078/14
10085/14
**already [7]** 9991/15
9994/11 9999/15
10027/13 10030/22
10045/8 10092/11
**also [21]** 9988/5
9992/17 9998/14
10025/25 10033/22
10037/6 10037/13
10037/23 10039/15
10045/1 10050/6
10061/22 10063/8
10076/18 10086/1
10091/2 10092/3

10104/2 10097/9
10104/2 10118/1
**altering [1]** 10026/9
**alternative [8]** 9997/17
9998/14 10010/15
10010/19 10017/23
10019/19 10045/2
10052/10
**alternatives [4]**
10010/18 10011/2
10012/14 10014/5
**although [8]** 10017/5
10018/7 10021/25
10024/10 10023/25
10099/4 10103/9
10108/16
**always [10]** 10016/1
10021/3 10022/23
10036/6 10038/14
10076/10 10078/7
10099/20 10110/3
10112/8
**am [8]** 10002/15
10036/19 10038/19
10059/1 10063/2
10107/7 10114/21
10115/17
**amendment [4]**
9995/13 9995/18
9995/23 9995/25
**amendments [2]**
9998/1 10019/25
**AMERICA [2]** 9982/3
9986/5
**Americas [1]** 9983/18
**AMIT [1]** 9982/9
**among [2]** 10081/6
10081/13
**amount [14]** 10028/3
10029/25 10047/10
10047/11 10047/13
10066/6 10075/23
10078/16 10082/20
10103/10 10104/4
10113/21 10114/25
10115/20
**amounts [1]** 9989/15
**América [1]** 10012/15
**analysis [42]** 9987/10
10003/11 10008/15
10008/16 10008/20
10008/22 10008/24
10013/14 10022/25
10023/3 10031/6
10031/7 10032/12
10032/14 10034/5
10034/9 10034/11
10034/11 10034/16
10045/14 10045/15
10046/11 10048/13
10051/25 10057/6
10057/10 10058/13
10059/20 10060/11
10060/12 10061/10
10064/3 10068/22
10069/4 10075/9
10078/23 10078/25

**analysis... [3]**
10080/20 10098/3
10116/16
**analyzed [2]** 10002/15
10003/25
**analyzing [2]** 10063/9
10063/14
**Android [34]** 9987/15
9998/24 10000/2
10001/4 10001/15
10001/18 10001/25
10002/3 10002/10
10002/12 10008/11
10008/12 10012/16
10012/20 10013/15
10018/23 10063/11
10063/24 10065/14
10065/16 10065/19
10088/22 10091/3
10092/15 10092/16
10093/16 10093/19
10094/10 10096/22
10097/21 10097/22
10098/4 10098/22
10106/8
**another [8]** 10018/11
10018/16 10018/18
10018/22 10020/25
10062/24 10065/4
10091/18
**answer [18]** 10016/14
10018/4 10029/23
10032/6 10038/12
10042/19 10044/21
10044/22 10055/16
10077/10 10079/4
10082/6 10082/15
10082/19 10087/16
10087/19 10092/9
10118/19
**answered [2]** 10032/4
10092/11
**answering [1]**
10030/23
**answers [1]** 10016/21
**anti [9]** 10003/19
10006/8 10006/11
10007/12 10008/5
10008/6 10008/14
10008/17 10034/1
**anti-competitive [7]**
10006/8 10006/11
10007/12 10008/5
10008/14 10008/17
10034/1
**anti-competitivelly [2]**
10003/19 10008/6
**anticipated [1]**
9992/22
**antitrust [2]** 9983/12
10036/25
**any [54]** 9987/5
9988/22 9988/22
9988/24 9989/4 9992/9
9996/6 9998/7
10004/13 10006/20
10007/11 10007/11

10010/17 10010/20
10013/4 10024/19
10025/20 10025/20
10026/7 10029/24
10030/2 10030/8
10030/11 10033/5
10033/22 10035/18
10035/22 10040/11
10041/3 10042/8
10045/11 10046/12
10046/14 10051/12
10053/3 10068/22
10075/9 10079/2
10087/4 10090/11
10092/10 10093/5
10093/7 10094/2
10094/5 10094/25
10096/12 10098/3
10106/19 10115/19
10116/2 10118/4
**anybody [2]** 10004/13
10099/13
**anyone [1]** 9989/3
**anything [17]** 9993/11
10002/13 10004/20
10004/21 10004/21
10005/10 10012/12
10013/19 10026/21
10040/17 10044/5
10069/4 10074/14
10091/7 10096/15
10110/14 10116/2
**anyway [3]** 10005/2
10089/19 10089/20
**Ap [1]** 10052/12
**apologize [5]** 9994/25
10048/19 10064/12
10065/15 10079/19
**app [1]** 10044/3
**appeal [2]** 10082/1
10082/4
**appeals [1]** 10084/7
**APPEARANCES [2]**
9982/11 9983/21
**appearing [1]** 9996/19
**appears [3]** 9996/4
9999/10 10060/24
**appending [1]** 10026/6
**Apple [130]** 9995/7
9995/24 9996/17
9996/24 9997/3 9997/7
9997/7 9997/25 9998/6
10008/12 10010/15
10014/17 10014/19
10014/22 10014/25
10015/4 10015/6
10015/14 10015/17
10015/20 10016/1
10016/5 10016/12
10016/18 10016/25
10016/25 10017/1
10018/2 10018/4
10018/10 10018/12
10018/15 10018/16
10018/18 10018/20
10018/23 10019/1
10019/3 10019/5

10019/9 10019/9
10019/10 10019/11
10019/12 10019/20
10020/1 10020/9
10020/18 10020/19
10021/11 10021/14
10021/20 10021/21
10021/23 10022/4
10022/10 10022/10
10022/17 10022/18
10022/23 10023/2
10023/7 10023/12
10024/18 10025/4
10025/14 10025/19
10026/13 10026/19
10026/20 10027/16
10027/22 10028/2
10028/3 10029/5
10029/20 10029/21
10034/20 10035/1
10035/11 10035/1
10035/12 10035/18
10035/18 10035/24
10036/9 10036/18
10036/23 10036/25
10037/16 10038/3
10046/12 10048/21
10048/22 10049/2
10051/20 10052/2
10052/5 10052/6
10052/8 10052/11
10052/13 10054/6
10054/15 10055/13
10056/6 10058/5
10058/14 10058/18
10060/11 10060/12
10060/24 10061/20
10061/20 10062/21
10063/17 10086/8
10086/15 10086/22
10098/21 10101/14
10103/1 10113/14
10115/2
**Apple's [29]** 10015/3
10016/8 10016/9
10018/3 10019/14
10020/4 10021/9
10022/2 10023/15
10026/8 10026/23
10027/24 10028/21
10034/24 10035/1
10036/5 10036/20
10037/5 10037/6
10037/6 10037/9
10037/12 10037/19
10037/22 10051/19
10061/3 10061/10
10061/18 10116/17
**apply [1]** 10008/24
**applying [1]** 10010/7
**appreciate [3]** 9993/7
10028/18 10042/1
**approach [8]** 9986/20
9994/9 9994/13
10002/21 10046/6

10114/5
**appropriately [1]**
9992/3
**approval [1]** 9987/14
**approximate [1]**
10051/16
**apps [5]** 10039/1
10039/5 10039/11
10039/15 10039/17
**April [1]** 10109/3
**are [101]** 9986/13
9988/12 9988/19
9989/4 9989/23
9990/10 9990/10
9990/22 9991/10
9992/8 9992/10
9992/19 9992/22
9993/5 9993/19
9993/20 10000/14
10003/18 10004/10
10006/11 10006/18
10006/24 10010/11
10010/20 10012/12
10018/9 10019/9
10019/14 10020/5
10021/2 10021/16
10021/19 10024/5
10024/6 10024/8
10027/2 10030/14
10033/25 10035/21
10035/23 10036/5
10037/25 10039/8
10039/18 10041/6
10041/7 10041/9
10042/6 10044/25
10048/15 10052/20
10052/22 10053/19
10054/12 10054/19
10055/5 10055/18
10056/18 10060/14
10061/7 10063/1
10066/5 10066/11
10068/3 10070/8
10071/13 10076/2
10076/11 10077/13
10078/10 10079/18
10084/11 10086/6
10086/16 10086/23
10089/21 10090/5
10090/25 10091/8
10091/20 10095/2
10097/2 10097/8
10097/16 10098/6
10098/16 10100/21
10104/19 10104/23
10107/6 10108/11
10108/14 10109/7
10109/8 10109/21
10112/7 10113/17
10114/20 10115/8
10115/16 10117/21
**are you [1]** 10097/16
**area [1]** 10111/6
**aren't [3]** 9992/9
10066/7 10101/12
**argue [2]** 10031/14
10033/12

argumentative [1]
10033/17
**arise [2]** 10007/13
10007/14
**arisen [1]** 10009/3
**arithmetic [2]**
10066/16 10066/20
**arm's [1]** 9988/1
**arm's-length [1]**
9988/1
**arose [1]** 10010/2
**around [1]** 10067/2
**arrangements [2]**
10009/17 10111/24
**arrived [1]** 10051/10
**articulated [1]**
10027/13
**as [106]** 9989/13
9989/16 9990/5 9991/3
9991/19 9992/2 9992/4
9993/2 9994/3 9994/17
9999/18 10000/20
10001/19 10004/1
10004/1 10004/5
10006/4 10006/14
10008/24 10008/25
10009/21 10010/17
10011/1 10012/14
10017/20 10018/16
10019/13 10019/22
10021/15 10021/20
10022/1 10022/1
10022/19 10023/18
10032/24 10033/11
10035/16 10035/25
10036/3 10040/4
10041/17 10041/20
10041/25 10041/25
10042/12 10044/6
10045/6 10047/6
10047/9 10052/6
10053/13 10054/16
10054/18 10055/7
10056/7 10056/10
10056/11 10056/16
10056/20 10056/20
10057/5 10058/18
10061/18 10061/21
10065/25 10068/2
10068/6 10074/23
10074/25 10075/3
10077/8 10078/6
10078/15 10078/24
10080/2 10080/11
10080/16 10081/20
10081/21 10082/9
10083/4 10083/5
10083/14 10085/19
10085/19 10087/23
10088/22 10089/5
10091/1 10093/2
10093/9 10094/4
10094/4 10098/1
10102/12 10103/9
10103/14 10106/15
10107/2 10110/11
10112/2 10112/15
10113/5 10117/3

**A**

**as... [2]** 10118/16 10118/17
**ask [17]** 9989/7 10007/4 10016/10 10021/1 10028/13 10034/10 10046/17 10049/16 10071/24 10080/8 10096/14 10099/20 10102/5 10114/9 10116/21 10117/11 10118/17
**asked [12]** 10021/2 10021/8 10029/18 10031/5 10031/5 10032/4 10050/12 10069/3 10087/12 10092/6 10099/13 10118/1
**asking [11]** 10023/10 10023/10 10026/25 10040/17 10040/18 10041/23 10042/13 10044/17 10050/16 10050/25 10112/5
**aspect [1]** 10085/20
**aspects [2]** 10017/5 10017/6
**assess [3]** 10004/15 10004/15 10063/18
**assessment [2]** 10008/13 10080/25
**assign [3]** 10008/11 10079/24 10080/9
**assigned [1]** 9998/16
**associated [2]** 10023/1 10085/12
**assume [11]** 10065/2 10065/24 10067/15 10068/3 10081/9 10083/22 10084/5 10084/14 10088/13 10099/9 10102/5
**assuming [5]** 10028/2 10029/1 10061/8 10086/6 10086/14
**assumption [2]** 10035/25 10055/17
**assumptions [5]** 10051/17 10061/16 10063/9 10065/18 10065/20
**attached [3]** 10024/18 10025/8 10070/5
**attachment [3]** 9995/22 9999/24 10000/2
**attempts [1]** 10051/15
**attention [1]** 10004/16
**attorney [1]** 10025/2
**attribute [1]** 10075/14
**attributed [1]** 10080/1 10080/10
**August [2]** 10095/8 10095/25
**August 22 [1]** 10095/25
**authenticate [1]**

**authorities [1]** 9998/23
**autocomplete [1]** 10076/5
**availability [1]** 10037/14
**Avenue [3]** 9983/18 9984/3 9984/9
**avoid [1]** 10044/7
**aware [4]** 9988/24 10101/3 10101/5 10102/25
**away [1]** 10051/19

**B**

**back [26]** 9990/17 9991/21 9993/16 9994/7 10008/22 10008/23 10008/24 10016/22 10022/23 10025/17 10037/18 10037/25 10051/6 10055/3 10061/13 10062/22 10062/23 10066/13 10074/18 10075/1 10075/2 10075/15 10093/25 10094/6 10113/4 10118/16
**bad [3]** 10091/11 10109/8 10109/23
**Baja [1]** 10058/9
**balancing [1]** 9991/1
**ball [1]** 10009/7
**bar [4]** 10100/3 10100/8 10103/7 10103/20
**Barrett [1]** 9984/8
**barter [1]** 10099/11
**Barton [2]** 10012/8 10012/24
**Barton's [1]** 10011/25
**based [14]** 9996/9 10006/18 10029/1 10032/14 10044/24 10063/16 10063/17 10065/3 10076/1 10076/7 10081/7 10083/24 10084/9 10085/9
**Baseline [1]** 10093/15
**basic [3]** 10009/11 10020/7 10082/19
**basically [1]** 10009/22
**basis [2]** 10015/3 10019/3
**Bates [12]** 9999/24 10000/1 10000/8 10000/14 10050/5 10054/10 10058/23 10061/1 10064/20 10105/9 10105/17 10108/25
**be [116]** 9986/2 9986/16 9990/14 9990/14 9991/9 9991/9 9991/17 9992/3 9992/4 9994/20 9996/4

9997/24 9998/13 9998/14 9998/20 9998/21 9999/17 9999/18 10001/21 10002/18 10003/17 10003/20 10003/25 10005/23 10006/4 10009/2 10009/12 10009/19 10013/1 10014/11 10015/25 10016/15 10017/21 10019/12 10021/2 10021/22 10021/22 10022/4 10023/1 10024/1 10024/21 10025/10 10033/10 10034/7 10034/8 10035/25 10036/1 10041/3 10041/21 10043/5 10044/5 10044/12 10045/2 10045/25 10046/1 10046/16 10046/16 10047/11 10048/7 10051/11 10060/24 10061/11 10061/13 10061/19 10062/16 10069/25 10076/5 10076/12 10076/12 10076/15 10076/24 10077/13 10077/17 10077/24 10079/6 10079/16 10080/1 10083/1 10085/11 10085/14 10085/15 10085/17 10085/23 10086/1 10086/24 10087/12 10089/21 10091/9 10091/17 10091/17 10091/18 10091/25 10094/21 10094/24 10096/6 10097/18 10098/2 10098/13 10100/12 10100/19 10101/3 10105/11 10106/7 10107/3 10107/18 10107/20 10113/13 10114/10 10116/24 10117/13 10117/17 10118/9 10118/17 10118/20
**because [77]** 9987/1 9989/22 9989/24 9997/20 9998/5 10002/1 10002/3 10004/7 10004/14 10006/8 10006/10 10006/24 10007/15 10007/25 10008/3 10008/25 10010/3 10010/7 10010/9 10011/8 10014/3 10014/7 10016/15 10018/10 10019/2 10020/7 10020/16 10021/23 10022/14

10029/24 10032/25 10035/4 10035/5 10036/15 10037/9 10037/24 10039/8 10039/21 10040/21 10049/16 10061/14 10064/5 10067/21 10068/1 10069/11 10071/22 10072/8 10074/9 10074/23 10075/4 10075/8 10076/16 10076/25 10077/14 10078/14 10081/22 10081/25 10082/24 10083/17 10084/8 10088/7 10089/11 10092/1 10097/9 10097/9 10097/25 10099/11 10100/10 10101/13 10101/23 10103/12 10107/24 10107/25 10111/18 10112/25
**become [4]** 10040/12 10042/10 10097/25 10098/1
**becomes [1]** 10081/7
**been [33]** 9991/8 9991/18 9994/2 9997/18 9998/15 10009/13 10009/17 10009/20 10009/22 10015/7 10015/10 10017/4 10019/10 10019/23 10019/24 10019/25 10020/13 10020/19 10025/17 10031/19 10031/21 10040/3 10041/9 10047/10 10047/12 10047/24 10073/1 10086/9 10090/24 10104/15 10109/11 10112/24 10113/3
**before [11]** 9982/9 9988/10 9998/6 9999/9 10016/21 10020/6 10038/12 10070/9 10072/13 10095/5 10103/9
**beginning [3]** 9987/20 10088/24 10106/1
**behalf [3]** 9986/8 9986/10 9987/18
**behaving [2]** 10086/7 10086/14
**behind [3]** 9999/1 9999/6 10109/22
**being [18]** 9990/21 10021/2 10022/7 10022/20 10030/14 10032/2 10033/6 10037/22 10041/9 10054/19 10077/9 10078/11 10085/12 10098/4 10098/22 10103/6 10104/14

**belief [1]** 10029/25
**believe [23]** 9999/17 10013/17 10016/24 10019/12 10020/13 10024/15 10027/11 10027/15 10027/14 10029/10 10034/6 10036/24 10042/11 10042/14 10083/11 10086/15 10089/17 10090/8 10101/5 10105/2 10106/7 10112/13 10113/2
**believed [3]** 10012/24 10089/8 10090/2
**believes [2]** 10030/10 10030/11
**BELKNAP [1]** 9983/17
**below [3]** 10074/10 10075/5 10109/7
**BENCH [1]** 9982/9
**beneficial [1]** 10083/1
**benefit [10]** 9998/8 10018/10 10025/21 10049/7 10078/23 10089/8 10089/19 10098/4 10098/7 10099/6
**benefits [5]** 10086/6 10089/16 10090/8 10090/25 10113/24
**best [9]** 9996/3 10013/25 10014/1 10015/4 10015/7 10020/18 10051/11 10056/19 10083/24
**bet [1]** 10012/18
**better [18]** 10032/17 10033/1 10033/24 10041/24 10044/2 10082/14 10082/19 10082/20 10088/14 10091/25 10093/11 10097/21 10099/1 10102/6 10107/19 10111/19 10113/1 10117/13
**between [12]** 9987/23 9995/24 10014/12 10063/16 10076/14 10076/24 10077/13 10082/4 10093/24 10094/5 10107/15 10117/16
**beyond [3]** 10075/11 10106/15 10106/20
**bid [4]** 10113/22 10115/1 10115/21 10116/4
**bidders [2]** 10112/7 10112/12
**big [4]** 10018/21 10104/3 10106/14 10106/20
**bigger [5]** 10002/2 10071/12 10073/22 10083/8 10105/12

**B**

biggest [1] 10034/25
binder [22] 9994/22
9994/23 9995/1
9999/17 10000/10
10003/2 10011/10
10011/12 10024/14
10043/4 10043/5
10043/6 10049/21
10049/24 10050/1
10053/24 10053/25
10057/12 10057/13
10079/15 10094/20
10106/6
binders [3] 9994/11
9994/16 10002/24
Bing [25] 10018/12
10033/6 10033/7
10033/23 10035/2
10046/12 10046/14
10058/18 10059/23
10061/21 10076/15
10076/25 10077/4
10077/14 10101/23
10101/23 10102/18
10108/9 10108/12
10109/11 10110/3
10111/3 10111/5
10116/8 10116/17
Bing's [11] 10059/9
10061/3 10107/10
10107/14 10107/18
10107/25 10108/6
10109/16 10110/1
10110/3 10111/13
bit [5] 9993/3 10002/8
10062/8 10109/19
10110/9
blocked [2] 10063/16
10063/17
blue [1] 10109/10
board [1] 10083/16
book [2] 10036/18
10037/16
bookmark [8]
10017/19 10101/19
10102/15 10102/22
10102/23 10103/7
10103/11 10103/19
bookmarks [2]
10101/14 10102/25
Books [2] 10037/1
10037/5
both [14] 9997/15
9997/21 10000/16
10027/3 10035/4
10039/23 10051/25
10052/16 10054/15
10076/21 10077/13
10083/9 10092/2
10107/18
bottom [14] 10003/16
10025/13 10025/15
10036/9 10036/12
10036/15 10036/16
10043/20 10050/23
10051/1 10054/11
10058/24 10101/25

bounty [1] 10091/22
bowling [1] 10009/7
box [7] 9996/19
10025/16 10025/18
10061/15 10061/15
10090/22 10116/10
boxed [1] 10102/16
boxes [1] 10066/5
boy [1] 10023/17
Branch [22] 10038/18
10038/21 10039/1
10039/5 10039/11
10039/13 10039/18
10039/22 10040/4
10040/8 10040/12
10040/15 10040/21
10040/25 10041/8
10042/4 10042/10
10042/22 10043/19
10043/19 10044/16
10046/12
Branch's [2] 10039/25
10042/23
branding [1] 10026/3
bread [1] 10036/8
break [4] 10055/22
10087/4 10117/1
10117/4
breaking [1] 10062/6
briefly [3] 9987/19
9988/21 9990/9
bring [3] 9993/14
10105/10 10105/11
broadly [1] 10086/22
Broadway [1] 9983/14
broke [1] 10092/20
broken [1] 10086/25
browser [12] 10045/12
10063/18 10065/5
10068/13 10068/14
10068/16 10068/17
10068/19 10073/3
10073/12 10111/23
10112/6
browsers [5] 10008/13
10051/18 10063/19
10065/12 10068/23
browsing [1] 10045/11
10025/3
Bruce [2] 9983/11
10025/3
build [3] 10014/22
10111/7 10111/10
bulk [1] 9990/4
bullet [7] 9987/21
9988/6 9989/1 9991/5
9991/13 9992/2
10005/13
Bullets [2] 9990/18
9991/9
Bullets 1 [1] 9990/18
bumps [1] 10073/21
bunch [4] 10069/19
10076/23 10081/13
10081/15
business [9] 9988/2
9988/17 9992/4
10020/12 10025/19

10086/1 10106/15
buttered [1] 10036/8

**C**

calculated [2]
10049/13 10053/19
calculates [2] 10049/7
10049/9
calculating [2] 10060/3
10113/12
calculations [2]
10049/9 10057/1
call [2] 10008/9
10046/11
came [1] 10040/21
can [49] 9987/7 9991/9
9994/18 10001/10
10007/22 10009/6
10012/13 10012/18
10014/4 10016/10
10017/3 10017/22
10019/4 10021/3
10024/1 10024/3
10025/17 10027/18
10028/17 10030/22
10032/6 10035/4
10036/4 10038/14
10039/13 10041/24
10044/5 10044/21
10061/14 10061/16
10065/2 10066/15
10069/20 10079/4
10080/1 10081/21
10082/14 10082/21
10090/22 10096/7
10096/11 10096/14
10101/13 10101/24
10114/16 10117/8
10118/10 10118/13
10118/18
can't [23] 9991/21
10014/7 10020/8
10025/16 10031/14
10033/12 10035/17
10036/2 10059/21
10061/23 10066/12
10075/4 10075/4
10079/24 10080/9
10080/24 10086/24
10087/3 10090/6
10095/9 10102/24
10103/15 10116/21
capital [2] 10097/8
10109/8
Capture [1] 10061/6
careful [4] 10046/16
10046/16 10061/13
10089/21
Carr [1] 9983/13
carrier [3] 10012/13
10012/20 10014/4
carriers [8] 9987/10
9988/15 9989/21
9990/2 10088/16
10089/1 10089/6
10089/1 10089/6
carve [1] 10010/24

carve-outs [1]
10010/24
case [13] 9988/15
10005/21 10006/21
10029/19 10033/5
10033/12 10034/4
10036/20 10040/22
10041/10 10068/23
10099/12 10113/3
cases [2] 10083/9
10085/3
categories [3] 9989/5
9989/8 9992/10
category [3] 9990/3
9990/3 9991/19
caucus [1] 10118/18
causation [2] 10034/12
10069/5
cause [2] 10005/24
10023/8
caution [2] 10052/19
10053/1
Cavanaugh [2]
9983/17 9986/8
Center [1] 9983/13
centered [1] 10113/20
cents [1] 10082/15
cents' [1] 10082/25
CEO [1] 10092/6
certain [4] 9993/9
10051/13 10054/23
10084/11
certainly [9] 9999/10
10002/9 10012/2
10035/14 10096/5
10098/6 10103/9
10103/16 10118/10
Certified [1] 9984/7
certify [1] 10120/2
cetera [1] 10097/5
CFO [1] 10087/23
CH [1] 9984/8
challenged [14]
10005/22 10006/10
10006/15 10007/8
10008/14 10010/16
10030/14 10030/24
10032/2 10041/9
10044/11 10047/23
10111/23 10112/3
chance [2] 10033/24
10117/14
change [16] 9998/7
10047/19 10061/8
10065/4 10068/18
10069/14 10071/16
10071/21 10084/16
10100/8 10100/17
10100/18 10102/16
10107/15 10107/15
10107/19
changed [3] 10009/17
10072/3 10111/21
changes [2] 10082/13
10088/15
changing [1] 10010/23
characterize [3]
10007/3 10055/7

charge [1] 10099/10
chart [2] 10001/4
10001/11 10110/8
choice [49] 9994/7
9997/6 9997/9 9998/24
9999/8 9999/12
10000/6 10001/20
10002/2 10002/4
10002/7 10002/9
10002/16 10005/19
10005/23 10005/25
10006/14 10007/9
10008/11 10008/20
10009/1 10009/3
10009/4 10009/9
10009/19 10009/25
10010/10 10010/17
10010/18 10011/8
10014/12 10015/3
10016/4 10022/9
10023/1 10023/5
10023/12 10023/15
10034/4 10034/7
10045/15 10045/16
10045/17 10046/2
10083/24 10103/23
10104/8 10104/12
10106/9
choose [8] 9995/14
9996/20 9997/7
10013/25 10032/25
10032/25 10081/6
10084/15
chooses [1] 10083/23
Chrome [6] 10061/9
10065/17 10065/18
10065/24 10069/1
10069/6
circumstance [1]
10082/12
citation [1] 10005/24
cite [10] 10004/13
10004/20 10004/21
10005/10 10019/4
10019/7 10038/16
10048/18 10074/23
10109/19
cited [3] 10004/17
10061/20 10061/24
citing [2] 10010/20
10116/12
Civil [1] 9986/5
claim [1] 10008/4
claimed [1] 10044/6
clarify [3] 9990/10
10028/16 10041/6
clawback [10] 10051/5
10051/11 10051/16
10052/19 10061/10
10063/9 10063/15
10065/3 10066/5
10066/7
clawbacks [1]
10049/13
clear [9] 10002/4
10004/7 10009/2
10010/5 10022/20

**clear... [4]** 10030/16 10066/4 10081/20 10107/13
**click [7]** 10077/25 10078/4 10078/11 10101/20 10101/23 10103/13 10103/19
**Clicking [1]** 10102/15
**clicks [3]** 10100/3 10100/7 10102/19
**close [2]** 10032/23 10074/24
**closed [1]** 9992/23
**closely [1]** 10098/1
**CO [1]** 9983/15
**coag.gov [1]** 9983/16
**Coffee [1]** 10076/3
**Colin [1]** 10043/23
**Colorado [3]** 9983/11 9983/11 9983/13
**COLUMBIA [1]** 9982/1
**combination [1]** 10068/15
**come [3]** 9991/7 10091/8 10118/16
**comes [4]** 10026/17 10052/8 10082/15 10093/10
**coming [1]** 9986/17
**commercial [1]** 9988/11
**commercialization [1]** 10026/4
**committed [1]** 10101/2
**company's [2]** 10035/16 10055/7
**compared [1]** 10107/14
**comparing [1]** 10005/17
**comparison [1]** 10074/20
**compete [19]** 10003/19 10003/20 10004/2 10004/10 10006/25 10013/23 10013/24 10014/3 10030/22 10041/15 10081/22 10081/24 10093/20 10097/21 10097/23 10097/24 10098/1 10098/2 10098/5
**competing [6]** 10081/25 10110/3 10113/22 10115/1 10115/21 10116/4
**competition [32]** 10004/15 10005/16 10005/21 10005/22 10005/24 10007/13 10007/15 10007/16 10007/25 10008/3 10008/7 10014/9 10014/15 10023/6 10023/17 10034/21 10035/2 10035/20 10042/5 10069/18

10082/23 10093/16 10093/23 10093/24 10108/9 10111/24 10112/3 10112/8 10113/8 10113/18
**competitive [16]** 9992/5 10006/8 10006/11 10007/12 10008/5 10008/14 10008/17 10008/19 10023/9 10023/18 10023/23 10024/4 10034/1 10083/1 10083/5 10110/2
**competitively [2]** 10003/19 10008/6
**competitor [5]** 10018/11 10040/12 10040/23 10041/4 10113/13
**competitors [2]** 10113/17 10113/18
**complementary [1]** 10039/21
**complements [2]** 10039/18 10039/20
**completely [1]** 10035/3
**complicated [2]** 10040/2 10092/25
**complicates [1]** 10002/8
**component [1]** 10111/3
**components [1]** 10026/4
**computer [2]** 9984/11 10038/24
**computer-aided [1]** 9984/11
**computers [4]** 10073/13 10073/15 10073/16 10076/8
**concern [3]** 10026/18 10027/1 10035/17
**concerned [2]** 10035/8 10035/12
**concerns [4]** 10026/15 10027/3 10057/4 10112/9
**concluded [4]** 10015/20 10054/21 10054/23 10075/17
**concludes [1]** 10086/4
**conclusion [3]** 10006/10 10116/20 10118/8
**conduct [7]** 10008/14 10008/16 10037/19 10085/18 10086/1 10112/3 10112/14
**confess [1]** 10033/10
**confidential [5]** 9992/4 9992/12 9994/19 10000/21 10052/22
**confidentiality [2]** 9986/16 9992/16
**configured [2]** 9989/23

**confirm [1]** 10079/24
**conflict [1]** 10036/11
**confound [1]** 10075/18
**confounding [1]** 10075/8
**confounds [1]** 10076/23
**confuse [1]** 10004/9
**confused [2]** 10023/4 10039/7
**connection [2]** 10026/9 10051/15
**CONNOLLY [2]** 9984/3 9987/18
**consider [13]** 10016/7 10018/20 10040/15 10046/17 10048/9 10083/21 10112/3 10113/8 10113/13 10113/15 10113/16 10113/18 10115/24
**consideration [1]** 10099/23
**considered [3]** 10017/24 10040/9 10040/13
**considering [2]** 10023/23 10116/3
**consistency [2]** 10093/16 10094/10
**consistent [2]** 10078/10 10109/19
**consistently [2]** 9987/25 9990/6
**conspiring [1]** 10037/1
**Constitution [1]** 9984/9
**consult [1]** 10114/10
**Consumer [1]** 9983/12
**consumers [3]** 10018/15 10081/16 10083/7
**contains [1]** 10024/18
**content [1]** 10104/2
**contentions [1]** 10010/9
**contested [2]** 10112/24 10113/3
**context [8]** 9998/2 10013/4 10013/5 10028/14 10096/2 10096/5 10096/10 10096/11
**continue [4]** 9986/13 9993/8 9994/17 10020/19
**continued [8]** 9984/1 9994/5 10055/21 10055/22 10055/24 10067/12 10067/15 10070/22
**continues [2]** 10000/11 10012/16
**contract [28]** 9995/13 9997/17 9998/13 9998/15 9998/15 10016/25 10016/25

10017/12 10017/23 10017/23 10020/8 10020/11 10020/20 10021/10 10023/24 10024/3 10024/5 10024/9 10024/11 10044/5 10044/12 10044/18 10045/2 10089/13 10112/7 10112/12
**contract for [1]** 10089/13
**contracted [1]** 9998/6
**contracting [1]** 10091/23
**contracts [6]** 9997/17 10012/19 10013/1 10016/8 10044/25 10113/3
**control [4]** 9989/21 10027/24 10028/4 10028/21
**convenience [1]** 10064/15
**correct [21]** 9999/13 10004/13 10006/5 10010/2 10016/19 10024/4 10030/2 10042/5 10055/19 10055/23 10056/5 10061/21 10064/4 10087/19 10092/8 10100/5 10107/16 10110/2 10110/11 10111/14 10120/3
**cost [5]** 10013/18 10078/20 10078/23 10082/25 10087/14
**cost-benefit [1]** 10078/23
**costly [1]** 10079/10
**costs [5]** 10082/21 10083/4 10083/8 10094/23 10094/25
**could [49]** 9988/23 9989/6 9992/5 9994/20 9998/21 10008/24 10009/24 10014/22 10014/24 10014/25 10015/10 10016/18 10016/21 10021/22 10022/4 10022/4 10022/4 10029/20 10031/10 10031/23 10039/3 10039/23 10045/3 10046/1 10050/4 10056/17 10067/22 10072/1 10074/25 10082/19 10082/24 10085/22 10087/2 10088/11 10091/13 10091/15 10091/17 10091/18 10091/20 10091/22 10091/22 10092/7 10092/9 10092/12 10093/20

10017/2 10105/12 10111/10
**couldn't [10]** 9996/8 10004/21 10020/9 10020/14 10022/18 10041/1 10074/11 10080/1 10093/11 10116/17
**counsel [2]** 9994/12 10050/12
**counterparties [1]** 9988/18
**couple [1]** 9987/19
**course [6]** 9990/2 9993/10 10039/4 10066/10 10094/21 10113/10
**COURT [17]** 9982/1 9984/6 9984/8 9990/25 9992/20 9993/3 10005/1 10036/23 10038/3 10038/16 10061/25 10062/11 10062/14 10086/9 10112/18 10118/19 10119/1
**cover [4]** 9986/16 10000/1 10057/18 10108/23
**coverage [4]** 9990/11 9990/22 9991/3 9991/12
**covered [4]** 10029/3 10045/8 10046/14 10063/10
**create [5]** 10005/13 10006/4 10041/19 10111/7 10112/8
**created [1]** 10112/18
**creating [1]** 10110/1
**CROSS [1]** 9985/4
**CRR [2]** 10120/2 10120/8
**Cue [1]** 10022/17
**current [9]** 10008/25 10010/1 10010/4 10020/3 10020/8 10029/2 10065/4 10103/4 10103/5
**customers [13]** 10036/10 10036/13 10036/14 10036/15 10037/5 10037/6 10037/9 10037/12 10037/17 10089/8 10089/11 10089/19 10090/3
**customers' [1]** 10038/4
**CV [1]** 9982/4

**D**

**D.C [5]** 9982/5 9983/3 9983/8 9984/4 9984/9
**Daniel [1]** 10054/3
**data [26]** 10008/25 10009/1 10009/4 10010/1 10010/1

**D**

**data... [21]** 10010/3
10034/15 10044/24
10051/14 10077/25
10078/4 10078/11
10078/16 10078/16
10078/20 10078/23
10079/1 10101/6
10101/8 10107/21
10107/21 10108/4
10109/18 10110/14
10111/17 10111/20
**date [3]** 10043/16
10067/1 10120/7
**dated [8]** 9999/22
10024/17 10055/13
10058/4 10070/3
10095/8 10095/24
10105/7
**dates [1]** 10001/1
**Davies [1]** 10118/3
**day [6]** 9982/7
10000/16 10013/24
10111/8 10118/11
10118/13
**deal [14]** 10012/13
10013/7 10014/1
10015/6 10017/13
10017/17 10017/18
10018/11 10026/1
10059/2 10059/6
10059/11 10059/22
10107/9
**dealer [1]** 10099/18
**dealing [1]** 10112/11
**deals [3]** 9987/10
9987/15 10012/20
**debate [1]** 10061/19
**decade [1]** 10031/21
**December [5]** 9999/22
10000/3 10000/5
10073/13 10107/9
**decide [5]** 9989/22
9989/24 10014/12
10018/6 10081/16
**deciding [2]** 10078/23
10116/4
**decision [3]** 10049/10
10069/14 10118/10
**decision-making [1]**
10049/10
**decisions [3]** 10035/19
10036/4 10036/9
**deck [8]** 9992/19
9999/2 10034/18
10079/13 10079/15
10079/16 10079/17
10110/25
**decline [7]** 10002/6
10073/22 10074/4
10074/8 10074/17
10075/1 10075/3
**declines [1]** 10078/16
**declining [1]** 10001/25
**decrease [1]** 10093/24
**deeper [1]** 10075/9
**default [59]** 9995/14
9996/13 9996/18

9996/23 9997/6
9997/10 10001/19
10010/24 10011/3
10013/7 10013/13
10014/15 10017/20
10027/15 10027/22
10028/5 10029/1
10030/22 10034/4
10045/11 10045/20
10046/1 10046/2
10051/18 10054/24
10058/18 10059/6
10059/16 10061/8
10063/19 10065/3
10066/24 10067/3
10067/20 10068/7
10068/14 10069/15
10072/3 10072/7
10072/12 10072/14
10072/15 10072/17
10085/11 10085/13
10086/16 10100/9
10100/13 10100/18
10100/19 10100/20
10101/3 10103/6
10103/10 10103/13
10103/17 10106/9
10111/24 10112/6
**defaults [17]** 10005/17
10005/18 10006/1
10023/6 10023/7
10027/25 10028/22
10029/2 10029/4
10029/9 10071/22
10072/21 10090/9
10090/11 10102/16
10103/2 10112/24
**Defendant [3]** 9982/7
9984/2 9994/2
**DEFENDANT'S [1]**
9985/5
**definitely [2]** 10074/2
10113/18
**definition [2]** 10004/17
10004/23
**deliver [1]** 10085/16
**demands [1]** 10094/3
**demo [1]** 10111/9
**demonstrative [1]**
10046/5
**denied [2]** 10003/19
10006/24
**denies [1]** 10008/3
**Denver [1]** 9983/15
**deny [2]** 10008/6
10077/25
**denying [1]** 10005/22
**department [5]** 9983/2
9983/6 9983/11
9987/20 9988/13
**department's [1]**
9990/20
**depend [4]** 9998/18
10027/15 10027/22
10068/15
**dependency [1]**
10070/23
**depending [1]**

**depends [9]** 10015/16
10032/21 10085/11
10086/19 10089/21
10090/4 10097/18
10103/3 10117/22
**deposition [2]** 9988/9
9989/14 10004/16
**descending [1]**
10073/21
**describe [3]** 10006/4
10006/19 10007/2
**describing [1]** 10111/9
**description [1]**
10004/5
**design [1]** 10019/11
**designed [1]** 10029/1
**desired [1]** 10020/14
10069/25
**desk [1]** 10002/22
**desktop [26]** 10031/9
10031/15 10031/18
10031/23 10032/11
10032/14 10032/18
10033/3 10033/3
10033/7 10053/9
10072/24 10073/2
10073/3 10073/15
10073/16 10075/22
10075/24 10076/8
10076/14 10076/24
10077/1 10077/5
10077/6 10077/13
10077/17
**despite [1]** 10111/19
**detail [2]** 9987/13
9988/22
**details [1]** 9999/1
**detectable [2]** 10074/3
10074/17
**determine [2]**
10081/15 10112/14
**determined [3]**
9997/21 9997/22
10113/25
**determining [4]**
10113/8 10113/22
10115/1 10115/21
**develop [2]** 10015/8
10041/13
**developing [3]**
10017/1 10017/4
10017/4
**Development [1]**
10070/6
**device [16]** 9989/22
9989/24 10038/22
10039/9 10039/16
10039/23 10040/24
10051/12 10076/12
10088/14 10090/2
10090/5 10090/19
10090/21 10102/6
10102/8
**devices [16]** 9999/12
10015/15 10015/21
10027/10 10088/5
10088/8 10088/10

10089/18 10091/4
10091/5 10093/4
10093/6 10093/11
10106/9
**diagram [1]** 10077/12
**did [55]** 9999/4
10005/12 10005/15
10006/4 10006/6
10008/22 10011/25
10016/24 10017/10
10018/2 10020/20
10022/13 10022/13
10023/11 10023/14
10023/20 10029/7
10029/13 10029/14
10034/5 10034/10
10034/16 10036/24
10040/18 10042/24
10052/25 10056/15
10057/3 10057/5
10058/21 10060/7
10062/1 10063/25
10064/1 10067/21
10068/1 10068/24
10069/12 10069/16
10069/17 10072/22
10074/20 10075/6
10075/16 10080/6
10080/24 10084/19
10087/10 10100/12
10102/14 10104/5
10107/9 10110/14
10112/11 10116/16
**did you [4]** 10005/12
10011/25 10029/7
10087/10
**didn't [39]** 10004/20
10005/10 10006/11
10006/13 10007/1
10012/2 10012/24
10015/6 10016/15
10016/15 10022/25
10023/2 10023/21
10030/13 10034/9
10046/24 10048/2
10048/6 10053/20
10056/11 10056/23
10062/2 10063/25
10068/7 10068/10
10069/9 10069/11
10069/11 10072/22
10074/23 10075/2
10075/7 10075/9
10075/18 10085/24
10094/13 10107/15
10107/15 10107/22
**difference [3]** 10011/7
10018/21 10077/8
**differences [2]**
9987/23 9990/7
**different [34]** 9987/23
9989/5 9989/24 9990/2
9990/21 9991/3 9997/9
9998/5 10004/10
10010/13 10017/9
10017/18 10019/25
10040/24 10047/12

10075/21 10075/24
10076/15 10076/16
10076/18 10076/23
10076/25 10076/25
10077/2 10077/3
10077/9 10077/13
10081/25 10094/5
10097/14 10097/25
10104/13
**differentiate [6]**
10097/10 10097/15
10097/17 10097/20
10098/5 10098/23
**differentiation [6]**
10093/20 10093/23
10094/4 10097/23
10098/2 10098/7
**digits [1]** 10000/14
**dimension [2]**
10083/20 10098/6
**dimensional [1]**
9989/19
**dimensions [4]**
10081/19 10081/25
10082/8 10082/11
**diminishing [5]**
10078/5 10078/8
10078/9 10078/10
10078/15
**Dintzer [7]** 9983/2
9986/7 9992/22
9993/19 10016/20
10117/10 10117/23
**direct [8]** 9985/4
9994/5 9996/4 10009/6
10030/18 10034/3
10081/4 10118/2
**direct evidence [1]**
10009/6
**directing [1]** 10026/20
**direction [4]** 10020/14
10022/21 10028/3
10099/15
**directly [6]** 10007/9
10025/20 10036/16
10046/20 10068/24
10092/15
**disagree [4]** 10014/5
10035/3 10087/20
10092/10
**disagreements [1]**
10044/25
**disappointing [1]**
10014/7
**disclose [2]** 9989/15
9989/17
**disclosed [2]** 9991/18
9991/19
**disclosure [2]** 9988/16
9988/24
**discretion [1]** 9996/18
10117/14
**discuss [2]** 10040/21
10117/4
**discussed [8]** 9992/23
9999/3 10040/22
10051/5 10055/19
10057/7 10069/14

discussed... [1]
10104/9

discussion [13]
9987/21 9988/3 9988/7
9990/4 9991/4
10004/14 10025/7
10047/17 10053/17
10064/1 10071/12
10104/10 10113/20

discussions [3]
10022/22 10051/15
10055/25

Display [1] 10108/19

dispute [1] 9986/24

distribution [10]
10009/16 10009/22
10013/7 10029/21
10030/1 10030/4
10033/13 10049/14
10075/24 10076/18

distributional [2]
10011/4 10011/6

distributions [5]
10076/20 10077/1
10077/2 10077/9
10077/16

DISTRICT [4] 9982/1
9982/1 9982/10
10036/23

divergence [1]
10088/24

divided [2] 10092/25
10093/1

do [245]

do you [11] 9996/6
10004/18 10012/4
10019/19 10039/11
10045/17 10045/21
10047/5 10054/6
10096/21 10113/2

do you believe [1]
10090/8

do you have [2]
10005/1 10115/19

do you know [7]
10024/25 10095/18
10096/22 10098/11
10098/12 10100/24
10105/2

Do you recognize [1]
10073/8

do you see [76]  9995/9
9995/15 9995/19
9996/15 9996/22
9997/1 9997/8 9997/11
9999/22 10000/3
10000/17 10001/6
10001/13 10001/16
10003/3 10003/12
10003/22 10005/6
10011/19 10012/21
10025/3 10025/9
10025/15 10025/23
10026/10 10030/6
10034/22 10043/10
10043/18 10043/24
10044/8 10048/23

10055/14 10058/6
10058/11 10058/15
10059/3 10059/7
10059/8 10059/12
10061/4 10061/12
10063/12 10063/20
10064/17 10064/23
10064/25 10065/6
10065/9 10066/1
10070/2 10070/18
10071/1 10071/19
10092/23 10093/17
10095/13 10096/1
10097/6 10097/11
10098/18 10098/24
10105/7 10107/11
10109/1 10109/5
10109/13 10109/24
10110/18 10110/25
10111/11 10111/25
10115/4 10115/11

Do you understand [1]
9996/1

Do,' [1] 10055/13

document [51]
9986/16 9986/25
9988/3 9994/10 9996/9
9998/22 10000/12
10001/24 10014/18
10019/5 10019/7
10043/10 10048/11
10050/10 10050/11
10050/12 10050/14
10050/17 10050/21
10054/2 10055/1
10055/3 10056/15
10056/16 10056/23
10060/2 10060/14
10061/2 10061/20
10062/2 10062/24
10065/21 10066/22
10070/5 10070/8
10070/9 10070/12
10081/3 10093/12
10095/5 10095/23
10096/11 10104/23
10105/19 10105/20
10108/25 10110/21
10110/23 10111/2
10115/5 10116/23

documents [22]
10000/21 10010/14
10010/20 10035/7
10035/10 10035/14
10035/18 10049/8
10055/25 10064/1
10066/11 10066/14
10066/14 10087/4
10093/5 10094/2
10094/8 10094/13
10108/11 10108/14
10111/15 10116/2

does [20] 9987/5
9991/15 10007/7
10008/6 10027/16
10027/22 10038/25
10040/23 10047/15

10060/14 10066/2
10070/21 10074/21
10078/22 10078/22
10082/13 10101/21
10113/7

doesn't [31] 9998/7
10007/14 10014/2
10016/5 10018/12
10018/24 10022/10
10024/8 10024/10
10025/25 10026/21
10030/21 10035/1
10045/25 10046/11
10046/11 10046/12
10046/14 10048/8
10048/9 10052/11
10052/12 10052/12
10056/9 10078/8
10082/16 10082/18
10083/14 10083/16
10083/18 10090/18

doing [10] 10015/12
10021/21 10022/15
10032/14 10036/13
10053/4 10068/10
10085/6 10098/15
10112/15

DOJ [5] 9983/2 9986/7
9993/11 10049/12
10105/24

DOJ's [1] 10036/17

dollar [3] 10082/21
10083/4 10083/4

dominance [1]
10070/22

don't [166]

done [19] 10006/5
10020/14 10028/23
10031/6 10031/8
10032/12 10042/8
10049/18 10057/10
10058/13 10060/11
10060/12 10068/22
10080/19 10080/20
10091/18 10092/24
10098/3 10118/18

doubled [1] 10107/9

doubt [5] 9996/6
10030/8 10030/11
10106/19 10115/19

down [13] 9993/3
10002/1 10002/10
10007/21 10022/21
10059/5 10065/23
10073/21 10073/25
10074/1 10074/2
10074/21 10100/16

download [2]
10067/12 10068/18

downloaded [6]
10067/8 10067/9
10067/19 10067/25
10068/4 10069/6

downloading [2]
10068/7 10068/12

downloads [3]
10067/14 10067/17

downward [1]
10073/22

Dr. [1] 9992/18

Dr. Murphy's [1]
9992/18

drew [1] 10004/16

drill [1] 9993/3

driver [1] 10068/20

driving [1] 10044/3

drop [1] 10023/1

dropped [1] 10072/4

DuckDuckGo [6]
10045/10 10045/21
10084/2 10084/5
10084/7 10084/12

due [1] 10002/6

during [6] 10001/15
10001/18 10060/11
10060/12 10106/10
10117/4

dynamics [2] 9989/19
9989/23

—————————

E

e-Book [1] 10037/16

e-Books [2] 10037/1
10037/5

e.g [2] 10026/3
10026/8

each [9] 9989/4
10093/21 10097/15
10098/5 10100/3
10102/18 10111/8
10113/2 10113/5

earlier [2] 9991/15
10020/20

earning [1] 10054/24

easier [3] 10078/14
10105/11 10106/7

easy [2] 10036/1
10064/11

econometric [5]
10034/9 10034/11
10034/16 10069/3
10075/10

econometrically [1]
10075/16

econometrics [1]
10075/17

economic [10]
10003/10 10013/4
10025/21 10032/16
10034/5 10035/6
10036/20 10041/19
10079/5 10082/14

economics [13]
9997/21 10009/11
10013/19 10015/5
10027/6 10080/22
10081/20 10082/15
10083/14 10083/16
10083/18 10094/9
10094/17

economist [10] 9998/4
10032/24 10033/10
10035/25 10036/3
10078/6 10078/24

10099/5

Edge [1] 10063/18
10065/4

editing [1] 10026/6

Edward [1] 9983/6

effect [6] 10008/5
10010/10 10023/18
10023/23 10036/14
10075/3

effectively [1]
10013/24

effects [3] 10007/12
10011/9 10024/4

efficiency [1] 10042/1

efficiently [1] 10041/25

effort [2] 10111/7
10111/8

efforts [1] 10080/13

eight [1] 10010/2

either [2] 9996/18
10004/20 10062/2
10083/6

element [1] 10037/12

elements [5] 10007/5
10007/20 10011/3
10021/18 10104/7

eliminate [1] 10023/6

eliminated [1] 10006/1

else [11] 9993/11
10010/25 10013/7
10018/25 10020/6
10046/1 10071/13
10079/8 10085/7
10091/7 10102/6

else's [1] 10038/14

email [23] 9983/4
9983/9 9983/16
9983/20 9984/5 9984/5
9991/22 9995/7
9995/17 9999/21
10011/18 10012/8
10024/17 10024/17
10057/15 10057/18
10058/4 10060/21
10060/24 10064/14
10070/2 10095/24
10110/18

emerge [1] 10005/20
10007/25

empirical [4] 10032/10
10032/12 10047/20
10064/5

employee [1] 10070/3

employees [3]
10053/16 10066/18
10104/9

encourage [3]
10069/17 10092/16
10092/22

encourages [1]
10092/3

encouraging [2]
10093/9 10093/11

end [15] 9995/13
10013/24 10052/7
10052/7 10056/10
10056/10 10056/12

**E**

end... [8] 10056/14
10056/15 10056/16
10056/20 10056/20
10073/20 10118/11
10118/13
ending [1] 10064/21
endorsement [1]
10086/21
engine [18] 10014/22
10015/8 10017/1
10017/20 10018/17
10022/5 10022/8
10030/15 10051/18
10067/20 10068/2
10068/14 10068/16
10068/14 10068/18
10068/20 10068/20
10081/10 10083/23
10106/9
engine's [2] 10069/2
10077/22
engineer [1] 10111/9
engines [8] 10018/8
10068/23 10069/8
10081/6 10081/6
10084/11 10101/9
10101/13
enormously [1]
10031/23
enough [5] 10002/5
10002/5 10023/2
10038/15 10070/15
ensure [3] 10088/4
10088/20 10093/6
enter [16] 10012/19
10012/25 10015/4
10015/24 10017/8
10022/11 10022/18
10023/2 10023/8
10023/8 10023/15
10040/12 10041/1
10041/12 10041/18
10042/12
entered [6] 10015/14
10015/20 10016/12
10019/5 10041/20
10103/1
entering [8] 10016/5
10018/10 10018/12
10035/8 10035/12
10041/8 10042/4
10046/12
enters [1] 10018/15
entire [3] 10049/17
10073/20 10114/11
entirely [1] 10072/24
entirety [2] 9996/12
10029/14
entitled [1] 10055/13
entrant [3] 10040/4
10047/11 10047/22
entry [8] 9996/11
10035/11 10047/25
10081/17 10081/18
10082/7 10082/13
10083/11
environment [2]
10027/24 10028/22

especially [1] 10061/4
established [1]
10061/6
estimate [9] 10051/1
10052/7 10052/7
10052/10 10053/13
10059/15 10063/24
10065/8 10117/13
estimated [1] 10058/17
10113/22 10114/25
10115/20
estimates [4] 10055/5
10055/5 10055/7
10063/15
estimating [2] 10066/6
10116/3
et [3] 9982/3 9986/6
10097/5
et al [1] 9986/6
et cetera [1] 10097/5
EU [6] 10103/23
10103/24 10104/1
10104/9 10106/9
10106/16
Europe [3] 10104/3
10106/14 10106/20
evaluate [2] 10032/9
10046/20
evaluated [1] 10005/16
even [24] 9988/11
9992/9 10001/19
10001/20 10007/12
10022/24 10024/8
10029/24 10033/3
10033/6 10055/23
10065/20 10066/16
10076/20 10077/16
10078/8 10080/19
10085/16 10088/3
10088/9 10096/9
10096/11 10103/10
10112/12
events [1] 10054/19
ever [3] 9989/3
10079/2 10084/16
every [3] 10100/14
10100/15 10113/5
everybody [4] 9986/12
9988/18 10062/10
10117/25
everybody's [2]
10010/23 10060/10
everyone [4] 9986/2
9986/11 9992/21
10062/16
everything [1] 9999/5
evidence [21] 9989/13
10009/6 10009/7
10020/17 10024/22
10029/5 10030/9
10032/10 10032/11
10041/3 10046/22
10047/20 10047/21
10064/6 10064/9
10068/25 10074/25
10075/6 10108/20
10110/22 10112/23
evident [3] 10004/14

exact [2] 10067/1
10070/13
exactly [3] 10001/11
10021/16 10092/25
examination [2]
9994/5 10021/4
examined [1] 10034/2
example [9] 10009/15
10013/12 10015/19
10017/20 10027/4
10030/20 10046/19
10080/23 10088/21
exceeds [2] 10082/20
10087/14
excerpt [1] 10114/11
excerpted [1]
10049/18
exchange [1] 10055/19
excites [1] 10111/10
exclude [1] 10016/8
exclusionary [2]
10112/9 10112/14
exclusive [12] 10012/4
10012/13 10012/25
10013/9 10013/15
10032/1 10046/13
10090/9 10090/11
10090/18 10090/21
10101/13
exclusives [1]
10046/15
exclusivity [7]
10012/12 10013/3
10027/10 10030/13
10090/12 10090/15
10090/23
executives [3]
10061/21 10069/17
10071/21
exercise [2] 10045/7
10047/6
exhibit [4] 9987/4
9994/20 9995/23
10024/22
exhibits [2] 9985/8
9990/13
exists [1] 9998/14
expand [1] 10117/24
expanding [1]
10016/19
expect [4] 9998/3
9998/8 10072/17
10087/6
expectation [1]
10017/21
expected [3] 10025/21
10074/13 10085/1
expense [1] 10037/17
experience [5] 10026/5
10044/2 10063/16
10063/17 10088/4
expert [4] 10022/6
10036/20 10038/24
10077/24
explain [4] 10020/23
10021/3 10024/3
10096/13

explains [1] 10098/6
expressly [2] 9995/12
10026/19
extensive [1] 10104/10
extensively [1]
10072/19
extent [6] 9990/25
9998/21 10003/17
10084/25 10104/2
10115/24
extra [3] 10033/23
10101/19 10102/19
extreme [1] 10010/22

**F**

facilitate [2] 10080/24
10091/2
facilitates [2] 10018/8
10093/16
fact [7] 10004/17
10008/6 10020/5
10020/11 10026/25
10068/6 10078/10
factor [6] 10037/14
10044/4 10044/12
10075/8 10077/21
10085/15
factors [5] 9991/2
10076/23 10081/14
10081/15 10085/15
factual [1] 10036/2
failing [1] 10094/9
fair [10] 10002/5
10002/5 10028/3
10028/12 10038/15
10070/15 10075/23
10087/13 10102/7
10103/10
fall [2] 10065/19
10109/21
falling [1] 10075/4
familiar [7] 10036/17
10038/18 10054/12
10060/14 10070/8
10104/19 10104/23
family [1] 10097/4
far [7] 9997/19
10008/22 10008/24
10012/16 10022/1
10094/4 10103/7
farther [1] 10000/12
feature [3] 10084/6
10094/11 10111/4
features [4] 10039/21
10042/23 10081/14
10091/6
federal [1] 10036/25
fee [1] 10081/5
feed [1] 10037/25
feeds [1] 10036/16
feel [1] 10097/10
feels [1] 9990/25
fell [3] 10072/11
10072/13 10072/14
felt [1] 10071/24
few [1] 10055/19
field [1] 10071/18
fifth [6] 9983/8 9987/21

expressly [2] 9995/12
9991/5 9992/2
10111/2
fifth bullet [1] 9987/21
figure [4] 10007/19
10023/20 10074/11
10092/25
figures [10] 9987/1
9987/2 9987/5 9988/21
9990/11 9990/23
9991/3 9991/11
9991/16 10055/18
filtering [1] 10026/6
final [3] 10024/11
10026/1 10027/4
finally [2] 10060/9
10060/10
financial [9] 9983/7
9987/23 9988/5 9988/8
9988/12 9990/5
10058/10 10071/8
10092/7
find [7] 10031/17
10032/10 10038/21
10039/12 10039/15
10058/10 10116/17
finding [1] 10109/16
fine [3] 10033/19
10045/6 10096/16
finish [2] 10117/20
10118/6
finishing [1] 10118/23
Firefox [26] 10051/17
10052/12 10053/10
10054/15 10056/6
10056/12 10066/24
10067/4 10067/12
10067/15 10067/15
10067/19 10068/1
10068/1 10068/3
10068/4 10068/8
10072/4 10072/6
10072/11 10072/15
10072/24 10073/17
10074/4 10074/17
10075/20
Firefox's [1] 10073/19
firm [3] 10035/24
10083/2 10083/5
firmer [1] 10030/3
first [17] 9990/21
9996/11 9996/17
9999/17 10000/1
10011/12 10012/8
10019/21 10021/11
10021/17 10021/19
10024/24 10025/12
10030/19 10057/12
10057/13 10094/20
five [1] 10091/11
flatten [1] 10074/21
10074/25
flattening [1] 10075/14
flattens [2] 10074/22
10075/13
flaw [1] 10020/7
Floor [1] 9983/14
flow [1] 10030/21
focus [6] 10006/3

**F**

**focus... [5]** 10009/24
10021/1 10042/14
10082/5 10118/10
**focused [4]** 9990/22
10030/19 10085/8
10113/24
**folder [1]** 9999/16
**following [2]** 9996/13
10064/22
**FOLLOWS [1]** 9994/4
**footnote [1]** 10004/12
**force [1]** 10091/14
**forecast [1]** 10061/7
**foreclosure [12]**
10003/11 10003/17
10003/24 10004/6
10004/18 10004/23
10006/18 10006/20
10006/21 10006/22
10006/25 10008/15
**foregoing [1]** 10120/3
**form [1]** 9996/24
**forth [4]** 10008/2
10019/13 10022/23
10093/25
**forward [8]** 9988/2
9988/18 10028/17
10056/20 10068/25
10075/18 10076/22
10111/14
**foster [1]** 10035/2
**found [3]** 10003/4
10036/25 10038/3
**frankly [1]** 9991/20
**free [1]** 10056/17
**frequently [1]** 10101/6
**front [6]** 10031/5
10049/24 10050/13
10060/20 10060/21
10114/12
**fudge [1]** 10105/3
**FUDJE [1]** 10105/2
**full [1]** 10049/23
**function [1]** 10113/17
**functionality [1]**
10017/2
**further [13]** 9988/16
9988/16 9994/3
9998/22 10014/17
10021/3 10029/21
10048/11 10066/22
10081/3 10086/20
10088/2 10116/23
**future [1]** 10051/16

**G**

**gain [1]** 10030/2
**gained [1]** 10109/20
**Gaining [1]** 10072/15
**gap [3]** 10107/15
10107/19 10107/24
**garage [1]** 10009/8
**gating [2]** 10044/4
10044/12
**gave [3]** 10029/21
10083/18 10101/4
**general [20]** 9991/11

10041/1 10041/4
10041/8 10041/14
10041/17 10042/7
10042/12 10065/14
10065/16 10073/2
10076/7 10077/21
10082/9 10083/14
10083/23 10101/13
10113/5
**generally [8]** 9988/14
10018/24 10073/24
10073/24 10081/16
10093/1 10094/7
10097/3
**generate [1]** 10085/1
**generates [1]** 10008/4
**geographies [1]**
9989/23
**get [40]** 9993/15
10008/4 10013/1
10015/6 10015/14
10015/18 10015/21
10021/2 10023/2
10023/7 10027/9
10027/25 10028/23
10035/4 10041/24
10046/12 10046/14
10060/9 10069/8
10072/1 10076/19
10077/10 10077/14
10078/14 10078/15
10085/10 10085/24
10086/19 10090/10
10091/1 10092/2
10096/2 10097/10
10099/14 10099/17
10099/21 10103/15
10111/6 10111/6
10113/25
**gets [10]** 9987/22
10018/4 10030/3
10075/3 10077/4
10077/6 10086/2
10087/14 10090/8
10118/7
**getting [16]** 9998/5
10011/2 10012/12
10013/15 10047/18
10052/15 10061/16
10072/2 10074/8
10074/24 10086/21
10089/22 10099/11
10100/21 10103/10
10107/19
**give [15]** 9987/7
10004/21 10020/12
10036/2 10042/9
10080/6 10080/17
10080/24 10082/14
10083/8 10083/15
10083/16 10089/16
10093/12 10118/19
**given [7]** 9988/11
9994/11 10027/24
10028/21 10051/12
10053/19 10086/8
**giving [1]** 10019/20

**go [93]** 9993/5 9994/20
9996/11 9997/19
9999/14 9999/24
10000/8 10001/23
10002/20 10003/7
10003/15 10005/3
10006/6 10011/5
10011/10 10016/22
10017/5 10017/11
10017/12 10017/14
10017/16 10017/17
10018/24 10021/10
10024/13 10028/2
10031/23 10032/8
10033/18 10035/15
10037/18 10037/18
10043/3 10044/21
10045/21 10046/24
10047/2 10047/8
10048/14 10048/20
10053/23 10054/10
10055/9 10057/9
10058/9 10058/23
10059/5 10059/9
10060/9 10061/1
10062/23 10064/8
10065/23 10066/13
10069/20 10070/1
10070/25 10071/9
10071/10 10073/4
10074/10 10075/4
10079/13 10080/7
10087/8 10092/5
10093/14 10094/6
10094/19 10095/22
10096/17 10099/24
10100/16 10101/11
10101/23 10102/19
10103/22 10104/3
10104/17 10105/9
10106/14 10106/20
10107/5 10108/5
10108/17 10108/23
10108/24 10110/15
10111/22 10114/2
10114/4 10116/25
10117/14
**go ahead [4]** 10032/8
10044/21 10096/17
10114/2
**goal [1]** 10093/5
**goes [2]** 10070/5
10074/1
**going [74]** 9988/2
9988/18 9994/7
9999/14 9999/24
10000/8 10001/11
10001/25 10002/1
10002/3 10002/7
10002/10 10002/10
10002/20 10003/7
10003/15 10005/1
10007/4 10008/4
10009/8 10009/12
10011/8 10014/11
10015/25 10017/8
10017/16 10017/17

10018/13 10018/22
10018/24 10018/25
10023/5 10023/6
10023/7 10023/8
10024/15 10029/16
10034/10 10041/13
10046/4 10048/5
10048/9 10049/14
10050/18 10054/21
10055/25 10066/19
10074/9 10074/10
10074/21 10074/24
10074/25 10075/2
10075/14 10075/14
10075/21 10085/9
10090/5 10092/2
10094/20 10095/22
10096/6 10096/7
10096/19 10099/15
10105/10 10106/23
10108/15 10108/24
10109/9 10109/12
10115/9
**gone [2]** 10015/10
10113/4
**good [16]** 9986/2
9986/4 9986/11
9986/19 9987/17
9993/6 9993/17
9997/24 10033/1
10062/5 10068/17
10068/19 10074/11
10084/9 10104/1
10116/24
**GOOGLE [175]**
**Google LLC [1]** 9986/6
**Google's [39]** 9987/10
9992/5 9994/12
10001/24 10002/1
10002/10 10009/16
10009/20 10009/20
10016/12 10016/25
10018/2 10026/13
10026/25 10027/14
10027/21 10034/3
10035/7 10035/12
10042/23 10062/21
10063/16 10063/17
10066/18 10069/1
10072/4 10080/1
10080/11 10085/11
10088/17 10093/19
10094/13 10101/12
10103/21 10104/9
10107/22 10107/24
10111/13 10116/18
**Google-DOJ-11319055
[1]** 10105/24
**Google-Samsung [2]**
10044/5 10044/12
**got [22]** 9995/4
10013/25 10017/25
10020/12 10023/12
10025/17 10033/23
10037/14 10042/22
10058/2 10059/16
10061/13 10066/24

10079/16 10082/6
10089/21 10091/11
10093/15 10094/22
10099/20 10112/10
**gotten [2]** 10067/16
10111/19
**government [1]**
10049/17
**Graham [2]** 9984/2
9987/18
**Graham Safty [1]**
9987/18
**grand [2]** 10059/8
10059/22
**graph [3]** 10073/12
10073/20 10109/8
**gravity [1]** 10009/9
**great [2]** 10027/4
10106/2
**greater [3]** 10030/14
10103/7 10103/8
**greatest [1]** 10012/16
**green [1]** 9986/25
**group [1]** 10118/18
**grow [2]** 10018/3
10022/4
**growing [4]** 10001/15
10001/18 10002/12
10046/12
**growth [12]** 10001/5
10001/14 10031/20
10047/11 10079/25
10080/2 10080/10
10080/11 10080/23
10080/24 10086/20
10091/2
**GSA [1]** 10065/24
**gsafty [1]** 9984/5
**guarantee [1]** 10030/3
**guaranteed [1]**
10071/9
**guess [2]** 10013/22
10118/17
**guessing [1]** 10117/16
**guide [1]** 10049/10
**guy [1]** 10011/3

**H**

**H-e-r-r-m-a-n-n [1]**
9986/23
**had [33]** 9997/7
9997/17 9998/6
9998/15 9999/2
10009/1 10009/3
10019/17 10019/17
10020/13 10021/20
10022/22 10026/18
10027/10 10027/15
10027/22 10033/24
10046/23 10047/2
10047/3 10047/17
10053/17 10069/19
10074/1 10075/17
10088/11 10088/14
10091/14 10094/12
10101/8 10104/10
10104/15 10106/22

**hadn't [1]** 10041/9
**hand [3]** 9990/2 9994/10 10083/3
**handful [2]** 9988/15 9988/15
**hang [11]** 10020/24 10028/16 10033/16 10033/16 10038/8 10042/16 10042/16 10042/18 10057/16 10079/4 10094/23
**happen [11]** 10016/11 10022/4 10027/12 10029/3 10046/18 10048/5 10048/8 10048/9 10048/10 10059/16 10108/15
**happened [3]** 10046/23 10047/21 10108/12
**happening [1]** 10004/8
**happens [1]** 10082/17
**happy [2]** 10037/24 10116/25
**hard [11]** 10001/7 10002/18 10045/22 10058/1 10074/6 10074/13 10075/1 10084/22 10093/25 10109/9 10109/11
**harm [2]** 9989/6 9992/5
**harms [1]** 10008/19
**has [50]** 9987/24 9988/13 9989/3 9989/20 9991/8 10000/21 10002/13 10007/8 10008/18 10008/18 10009/17 10009/22 10011/3 10011/3 10011/6 10014/17 10014/19 10015/17 10019/9 10021/12 10022/9 10028/3 10031/21 10033/2 10034/20 10036/9 10036/14 10049/13 10051/10 10052/6 10054/15 10056/11 10068/19 10073/25 10075/3 10076/1 10077/25 10078/20 10080/4 10086/9 10099/13 10103/7 10103/8 10103/8 10108/9 10112/25 10113/21 10114/25 10115/20
**have [186]**
**haven't [25]** 9990/17 10002/15 10003/4 10009/17 10018/5 10018/6 10019/10 10030/17 10031/4 10031/8 10031/11 10032/12 10034/1 10045/6 10067/14

**10080/19 10080/20
10084/4 10086/25
10102/9 10102/11
10111/20 10113/4
having [3]** 9994/2 10010/24 10088/13
**he [54]** 10011/6 10012/4 10012/5 10012/5 10012/11 10012/16 10013/2 10013/3 10013/10 10013/12 10014/4 10014/7 10016/21 10016/22 10022/21 10024/25 10025/7 10029/18 10029/18 10030/10 10030/11 10032/6 10043/23 10044/1 10044/4 10050/24 10052/5 10052/10 10052/11 10052/12 10052/11 10052/16 10053/11 10056/6 10056/9 10056/10 10056/11 10056/14 10056/18 10060/4 10062/1 10063/25 10063/25 10065/12 10065/14 10065/20 10066/2 10076/22 10079/4 10096/22 10096/25 10097/2 10118/7 10118/17
**he didn't [2]** 10056/11 10063/25
**he's [12]** 10013/2 10013/3 10013/6 10013/9 10013/13 10025/2 10025/3 10044/17 10044/18 10056/17 10056/19 10116/12
**head [6]** 10035/22 10093/8 10093/12 10095/19 10101/1 10103/15
**headed [1]** 10097/1
**heading [8]** 10000/16 10003/10 10059/3 10061/4 10073/24 10073/25 10093/15 10100/3
**heard [7]** 9988/14 9989/13 9989/20 9990/17 10006/3 10092/23 10118/2
**heavily [1]** 10031/18
**held [1]** 10033/2
**Hello [1]** 10043/23
**help [5]** 10049/10 10065/10 10078/19 10092/22 10094/25
**helpful [1]** 10118/9
**helps [1]** 10018/8
**her [1]** 10087/21
**here [33]** 9988/6

**9990/15 9991/8
9994/21 9995/12
9996/11 9997/5
9997/25 10005/2
10005/10 10012/9
10016/16 10030/20
10032/2 10043/8
10044/4 10050/7
10052/6 10053/11
10053/12 10055/18
10071/11 10071/13
10079/14 10088/25
10096/3 10102/16
10106/22 10111/23
10112/5 10112/11
Here's [1] 10097/2
hernia [1] 10094/24
Herrmann [2] 9983/6 9986/22
high [7] 9987/5 9987/10 9991/10 9991/14 10056/10 10056/14 10056/20
high-end [3] 10056/10 10056/14 10056/20
high-level [4] 9987/5 9987/10 9991/10 9991/14
higher [6] 10013/18 10034/7 10052/5 10059/11 10077/5 10091/5
him [4] 10013/10 10028/16 10092/10 10114/12
Hiroshi [1] 10095/24
Hiroshi Lockheimer [1] 10095/24
his [21] 10012/8 10020/15 10022/19 10029/8 10029/13 10029/16 10052/7 10052/7 10053/13 10056/7 10056/10 10056/15 10056/20 10057/5 10060/3 10061/24 10063/23 10079/5 10095/14 10096/22 10096/23
historical [1] 10051/14
history [3] 10023/24 10046/22 10088/25
hit [1] 10081/4
hold [3] 10027/15 10027/21 10057/19
Honor [60] 9986/4 9986/15 9986/19 9986/24 9987/9 9987/17 9988/21 9989/12 9989/15 9990/9 9990/12 9991/23 9992/14 9992/17 9992/24 9993/12 9993/18 9993/21 9994/9 9994/11 9994/13 9994/25 9995/3

**10024/20 10028/18
10033/20 10038/15
10043/14 10046/6
10049/16 10049/21
10050/22 10052/18
10053/6 10054/8
10057/11 10057/24
10062/6 10062/18
10064/9 10067/10
10073/5 10079/3
10095/3 10095/10
10104/18 10105/18
10106/3 10108/19
10110/22 10114/5
10114/13 10114/18
10116/11 10116/24
10118/1 10118/5
10118/14
HONORABLE [2]
9982/9 10062/14
hope [3] 9986/11 9992/25 10117/23
hopeless [1] 10033/10
hopes [1] 10060/10
hoping [1] 9993/5
hours [1] 10118/7
how [41] 9988/23 9989/21 9989/22 9989/24 9991/7 9998/17 10003/24 10008/22 10008/22 10009/11 10010/10 10015/16 10018/7 10018/8 10019/24 10036/14 10037/24 10058/17 10067/23 10072/8 10081/16 10082/13 10084/19 10084/21 10084/22 10087/24 10087/24 10089/9 10092/25 10094/15 10101/6 10102/5 10113/8 10113/12 10113/13 10113/16 10113/17 10113/22 10115/1 10115/21 10116/4
How would [1] 10067/23
however [2] 10044/4 10066/17
Hubbard [1] 9991/1
hypothesis [1] 10007/17
hypothetical [2] 10107/20 10108/4
hypothetically [1] 10107/17

**I**

**I am [7] 10036/19
10038/19 10059/1
10063/2 10107/7
10114/21 10115/17
I apologize [4] 9994/25
10048/19 10064/12
10065/15

**I appreciate [1] 9993/7
I assume [4] 10067/15
10084/5 10084/14
10088/13
I believe [6] 10024/15
10029/10 10036/24
10101/5 10105/2
10106/7
I can [11] 10025/17
10038/14 10061/14
10066/15 10082/14
10082/21 10096/11
10096/14 10101/24
10117/8 10118/10
I can't [8] 9991/21
10025/16 10036/2
10059/21 10061/23
10080/24 10102/4
10103/15
I couldn't [4] 9996/8
10074/11 10080/17
10093/11
I did [12] 10005/15
10006/6 10022/13
10022/13 10029/14
10034/5 10034/16
10060/7 10068/24
10069/12 10069/16
10112/11
I didn't [5] 10005/10
10006/13 10016/15
10069/9 10075/18
I didn't see [1]
10016/15
I do [1] 10102/6
I don't [64] 9997/19
9998/25 9999/5
10001/1 10002/3
10002/13 10005/20
10006/20 10008/9
10012/1 10013/18
10016/7 10017/13
10019/12 10022/20
10025/1 10027/11
10027/11 10035/9
10035/15 10038/2
10042/9 10044/19
10045/2 10045/13
10045/22 10045/25
10046/2 10046/19
10047/24 10053/3
10054/18 10055/1
10056/18 10059/19
10061/14 10067/1
10067/22 10068/6
10068/24 10070/13
10080/16 10081/13
10084/20 10086/9
10086/11 10087/11
10087/24 10094/7
10095/6 10096/23
10100/25 10101/8
10102/3 10103/15
10103/20 10105/4
10105/4 10106/23
10110/12 10113/15
10116/19

**I**

**I don't have [6]** 9996/3
10012/6 10030/10
10093/7 10101/25
10102/4
**I don't recall [3]**
10021/16 10035/22
10038/9
**I guess [2]** 10013/22
10118/17
**I had [1]** 10047/2
**I have [10]** 9992/7
9994/10 10002/18
10032/11 10034/2
10042/11 10047/1
10080/4 10099/20
10112/20
**I haven't [8]** 9990/11
10003/4 10018/6
10067/14 10084/4
10102/11 10111/20
10113/4
**I hope [2]** 9986/11
10117/23
**I just [16]** 9999/5
10004/7 10016/14
10038/11 10041/6
10052/18 10061/23
10075/15 10075/17
10076/9 10078/12
10083/18 10085/22
10086/18 10092/12
10092/12
**I know [13]** 9999/6
10020/17 10022/1
10022/22 10041/25
10066/13 10066/14
10067/23 10086/8
10093/9 10102/12
10108/11 10108/14
**I mean [21]** 10002/10
10019/16 10021/25
10031/14 10038/2
10044/23 10052/6
10071/8 10076/9
10088/13 10091/24
10093/22 10094/7
10097/23 10102/10
10103/21 10113/19
10115/6 10115/23
10116/18 10118/17
**I really [1]** 10046/14
**I recall [1]** 10090/11
**I say [4]** 10007/14
10007/24 10008/1
10111/16
**I should [2]** 9990/9
10017/12
**I think [67]** 9988/2
9988/8 9988/13
9989/19 9991/8 9992/2
9992/11 9992/11
9992/12 9995/1
9998/17 10001/8
10002/6 10002/18
10004/7 10004/8
10004/23 10008/24
10013/2 10013/12

10021/11 10022/21
10026/16 10026/22
10028/3 10028/25
10028/25 10029/5
10031/11 10034/16
10035/21 10042/19
10045/8 10046/14
10050/20 10050/24
10051/5 10055/3
10055/4 10056/25
10057/12 10067/6
10068/15 10068/25
10071/12 10075/11
10077/23 10078/6
10078/12 10081/4
10081/15 10082/11
10082/14 10090/24
10091/1 10092/20
10093/7 10098/25
10099/4 10102/12
10109/18 10110/3
10116/14 10117/10
10117/21
**I thought [2]** 10039/8
10069/12
**I understand [5]**
9990/20 10016/24
10047/7 10052/24
10112/2
**I want [4]** 10016/22
10050/14 10053/1
10078/13
**I was [3]** 10022/14
10097/1 10113/4
**I will [5]** 9992/2
10001/11 10038/3
10042/9 10117/13
**I would [1]** 10085/14
**I wouldn't [9]**
10006/21 10007/3
10019/7 10039/19
10055/6 10064/5
10069/8 10087/6
10103/8
**I'd [9]** 10021/10
10037/18 10062/21
10066/13 10096/14
10099/17 10103/20
10105/4 10118/10
**I'll [12]** 9991/7 10021/1
10025/2 10033/19
10038/10 10038/13
10038/15 10053/17
10062/22 10067/10
10096/23 10118/19
**I'm [97]** 9988/23
9988/23 9990/21
9996/9 10000/18
10001/11 10001/24
10004/4 10007/4
10007/7 10007/19
10008/4 10009/8
10009/10 10010/21
10011/20 10011/21
10013/7 10015/9
10015/19 10015/25
10016/20 10016/21

10020/13 10021/18
10023/4 10023/10
10023/20 10028/7
10030/9 10032/9
10032/14 10034/10
10034/15 10034/24
10035/9 10035/23
10036/6 10036/13
10038/24 10039/3
10039/7 10040/17
10040/17 10042/13
10043/8 10048/18
10050/16 10050/22
10052/23 10053/4
10057/20 10059/10
10059/20 10063/6
10066/19 10071/4
10075/20 10077/7
10077/10 10077/19
10077/23 10079/18
10082/9 10083/8
10087/2 10087/3
10089/24 10090/11
10094/7 10094/15
10096/2 10096/6
10096/7 10096/9
10096/11 10096/13
10096/19 10102/14
10104/20 10104/21
10108/21 10110/5
10112/5 10112/5
10113/4 10114/21
10115/5 10115/9
10115/12 10116/25
10117/11 10117/16
10117/16 10117/21
**I'm going [6]** 10007/4
10008/4 10034/10
10096/6 10096/7
10096/19
**I'm just [8]** 9996/9
10004/4 10007/19
10015/25 10021/18
10040/17 10087/2
10096/2
**I'm not [14]** 10000/18
10001/11 10010/21
10018/7 10036/6
10038/24 10042/13
10052/23 10053/4
10066/19 10077/23
10096/9 10096/11
10115/12
**I'm not sure [6]**
10009/10 10030/9
10034/15 10035/9
10077/10 10090/11
**I'm sorry [15]**
10001/24 10011/20
10016/20 10016/21
10028/7 10034/24
10039/3 10048/18
10050/22 10059/20
10071/4 10077/19
10079/18 10104/20
10117/21
**I'm sure [1]** 9988/23

10009/7 10025/17
10027/12 10028/19
10033/9 10040/3
10044/24 10066/13
10070/9 10070/13
10082/6 10092/24
10107/21 10110/14
**i.e [1]** 10061/7
**ID [1]** 9989/21
**idea [2]** 10080/4
10096/12
**identified [1]** 10051/25
**identify [1]** 10114/16
**ignored [1]** 10033/14
**illustrates [1]** 10020/6
**IM [1]** 10096/25
**imagine [2]** 9993/3
10017/8
**immediately [1]**
10017/14
**impact [2]** 9988/17
10002/16
**impacts [1]** 10025/21
**implemented [1]**
10000/6
**implicate [1]** 9988/17
**implicated [1]** 9991/2
**importance [1]**
10081/8
**important [12]** 10019/2
10022/14 10023/25
10049/3 10056/9
10069/2 10076/11
10084/5 10085/15
10088/25 10094/11
10104/15
**imprecise [1]** 10080/19
**improve [1]** 10018/13
**improved [1]** 10019/17
**improvement [6]**
10107/10 10107/25
10108/1 10110/1
10110/6 10111/13
**improving [2]** 10078/1
10110/7
**inaccurate [1]** 9989/20
**inappropriate [1]**
9987/6
**incentive [8]** 10030/15
10030/25 10031/18
10034/3 10036/7
10088/4 10088/24
10092/7
**incentives [7]** 10034/6
10034/20 10088/17
10088/22 10089/2
10089/4 10089/7
**incentivize [5]** 10091/4
10091/5 10091/5
10091/24 10118/23
**incentivizes [1]**
10086/20
**include [1]** 10040/4
**included [2]** 10008/20
10061/22
**includes [1]** 10081/10
**including [5]** 9988/3

10026/17 10051/17
**inconsistent [2]**
10038/14 10066/11
**incorporate [1]**
10037/23
**incorporated [1]**
10036/14
**increase [14]** 10031/1
10032/1 10034/12
10034/13 10059/22
10074/3 10081/18
10082/7 10083/12
10093/23 10104/5
10104/6 10104/7
10110/10
**increased [2]** 10103/24
10108/10
**increases [1]** 10107/18
**increasing [1]**
10035/19
**incremental [10]**
10049/7 10085/1
10085/10 10085/12
10085/17 10085/23
10085/24 10086/3
10086/4 10086/16
**independence [1]**
10071/17
**independent [4]**
10008/13 10041/14
10089/19 10090/6
**INDEX [2]** 9985/2
9985/8
**indication [1]** 10033/1
**indicator [1]** 10033/11
**indifferent [1]** 10068/2
**indirectly [1]** 10025/20
**individual [1]** 9988/12
**individuals [1]**
10055/21
**infer [4]** 10020/13
10035/17 10067/22
10096/11
**inference [2]** 10087/2
10087/3
**inform [1]** 10032/14
**information [12]**
9987/24 9989/6
9990/11 9991/16
9992/4 9992/7 9995/24
9997/16 10000/21
10039/12 10054/16
10056/19
**informative [6]**
9998/13 9998/14
9998/20 10069/12
10069/13 10075/8
**initial [5]** 10002/20
10003/2
**innovate [1]** 10111/5
**innovation [3]**
10047/12 10047/12
10111/13
**innovations [1]**
10111/5
**innovative [1]** 10111/3
**input [4]** 10049/3

10133

**I**

**input... [3]** 10056/7
10080/11 10080/13
**inputs [3]** 10049/2
10062/20 10080/2
**inside [4]** 10081/24
10082/3 10103/15
10105/4
**installing [1]** 10099/7
**instance [2]** 9989/13
10063/14
**instances [1]** 10051/13
**Instead [1]** 10051/13
**instruction [1]** 10117/3
**intensely [2]** 10112/24
10113/3
**interest [3]** 9988/19
10037/7 10039/1
**interested [2]** 9998/12
10071/25
**interests [7]** 10024/8
10037/19 10037/22
10037/23 10037/24
10038/4 10039/5
**interior [1]** 10060/23
**intermediate [2]**
10011/8 10011/9
**internal [7]** 9987/14
9999/21 10022/22
10054/2 10060/12
10060/24 10108/11
**interpret [1]** 10044/17
**interpretation [1]**
10020/15
**interrogatory [1]**
10055/4
**interviewed [1]**
10084/4
**intimately [1]** 10087/24
**introduction [1]**
9999/12
**invest [6]** 10029/20
10029/24 10030/5
10030/15 10031/18
10034/3
**investing [1]** 10111/19
**investment [22]**
10029/25 10031/1
10031/7 10031/11
10031/13 10031/25
10033/23 10034/13
10046/20 10047/2
10047/4 10047/10
10047/18 10047/20
10092/16 10092/22
10103/24 10103/25
10104/16 10106/20
10106/21 10107/18
**investments [5]**
10104/1 10104/9
10106/15 10106/24
10111/21
**involve [1]** 10011/2
**involved [1]** 10087/25
**involves [1]** 10095/12
**iOS [9]** 10027/10
10027/15 10027/22
10051/20 10056/6

10065/3 10094/10
**iPhone [3]** 10059/9
10102/4 10102/14
**is [329]**
**is that right [25]**
9998/24 10001/19
10002/17 10004/22
10009/5 10013/16
10019/15 10028/24
10047/23 10052/17
10054/25 10059/23
10060/23 10061/25
10063/24 10066/25
10067/13 10071/10
10073/17 10074/18
10075/22 10099/3
10099/25 10102/10
10112/19
**Is there [1]** 10050/8
**ISA [6]** 9995/25
10019/19 10019/22
10020/3 10021/8
10021/14
**ISAs [1]** 10019/24
**isn't [4]** 10016/1
10016/13 10018/24
10081/20
**issue [3]** 9986/16
10006/1 10075/21
**issued [1]** 10075/21
**issues [4]** 9992/20
10043/1 10046/25
10076/5
**it [301]**
**it would be [5]**
9998/13 9998/20
10002/18 10048/7
10118/9
**it's [113]** 9986/25
9989/12 9990/5
9991/14 9991/18
9996/8 9997/9
10000/14 10000/20
10001/7 10001/7
10001/12 10004/1
10004/2 10004/14
10004/23 10007/7
10007/11 10007/12
10007/23 10007/24
10008/1 10008/10
10009/8 10010/21
10010/22 10015/11
10017/11 10025/16
10029/10 10029/25
10031/12 10033/17
10035/3 10040/22
10040/23 10040/24
10043/19 10045/22
10047/7 10048/5
10048/7 10048/9
10049/21 10049/24
10050/6 10053/24
10054/16 10054/18
10056/9 10057/12
10057/22 10059/17
10061/14 10062/8
10064/14 10064/14

10073/1 10073/1
10073/24 10073/24
10074/6 10074/7
10074/12 10074/21
10074/24 10075/1
10078/4 10079/9
10079/14 10082/17
10085/24 10086/3
10088/21 10090/15
10091/11 10092/24
10094/17 10094/20
10095/8 10095/10
10095/21 10095/21
10095/24 10097/3
10098/13 10098/14
10099/18 10100/10
10103/16 10103/17
10104/6 10105/2
10105/7 10105/10
10105/24 10106/1
10107/2 10107/19
10107/25 10109/19
10112/16 10113/11
10114/12 10115/9
10115/10 10115/10
10116/10 10116/11
10116/14 10118/17
**items [1]** 10101/7
**iteration [1]** 9997/9
**its [39]** 9988/1 9988/10
9991/16 9996/12
9996/18 10014/22
10015/7 10015/8
10016/1 10017/1
10019/11 10022/2
10027/24 10028/21
10029/14 10030/15
10031/1 10033/12
10034/13 10034/13
10036/9 10036/10
10037/17 10038/4
10051/17 10058/13
10060/12 10060/12
10064/1 10077/22
10084/2 10086/16
10086/17 10103/1
10107/9 10110/11
10113/23 10114/24
10115/2
**itself [4]** 10025/13
10037/17 10039/16
10094/17

**J**

**January [3]** 10055/13
10073/13 10105/7
**Japan [1]** 10104/24
**Johanna [1]** 10110/20
**John [2]** 9984/2
9986/10
**John Schmidtlein [1]**
9986/10
**jon.sallet [1]** 9983/16
**Jonathan [2]** 9983/11
9986/8
**Jr [1]** 9983/17
**jschmidtlein [1]**

**JUDGE [1]** 9982/10
**Judicial [1]** 9983/13
**June [2]** 10064/16
10110/18
**just [94]** 9987/7
9987/13 9987/19
9989/7 9989/16
9989/19 9990/5 9993/8
9994/8 9994/18 9996/8
9996/9 9997/2 9998/13
9999/5 10000/11
10000/12 10000/4/4
10004/7 10007/19
10009/24 10010/5
10014/3 10015/25
10016/14 10021/1
10021/18 10022/11
10023/10 10023/20
10027/5 10028/19
10031/24 10033/14
10035/5 10038/11
10038/15 10039/2
10039/6 10039/7
10039/8 10039/15
10040/17 10041/6
10045/6 10050/7
10050/15 10052/15
10052/18 10054/16
10054/16 10056/7
10056/19 10061/23
10062/9 10062/24
10066/4 10069/7
10069/23 10074/20
10075/7 10075/11
10075/15 10075/17
10076/9 10076/16
10077/3 10077/8
10078/12 10078/15
10079/24 10080/2
10080/11 10083/10
10083/18 10085/8
10085/22 10086/18
10087/2 10090/6
10091/18 10091/22
10092/12 10092/12
10094/21 10096/2
10096/6 10100/9
10100/9 10101/24
10107/13 10107/19
10114/16 10116/6
**JUSTICE [2]** 9983/2
9983/6

**K**

**K-a-r-l [1]** 9986/22
**Kang [1]** 10043/21
**Karl [2]** 9983/6
9986/22
**karl.herrmann [1]**
9983/9
**Kartasheva [1]**
9990/13
**keep [5]** 10018/25
10054/23 10068/7
10068/10 10075/4
**keeps [1]** 10004/8
**Kenneth [2]** 9983/2

**kenneth.dintzer2 [1]**
9983/5
**KEVIN [1]** 9994/2
**key [3]** 10009/18
10010/9 10025/19
**Kick [1]** 10111/8
**kind [22]** 9987/24
9988/7 9994/4 9991/3
9992/6 10034/16
10040/2 10072/8
10073/3 10074/23
10076/10 10078/25
10082/1 10082/5
10082/18 10083/18
10085/25 10092/17
10093/2 10098/15
10100/12 10115/24
**knew [1]** 10116/19
**know [102]** 9997/19
9998/25 9999/5 9999/6
10002/3 10002/8
10002/13 10008/9
10009/7 10009/12
10017/11 10019/8
10020/17 10022/1
10022/22 10024/25
10025/25 10029/1
10035/15 10036/13
10039/25 10041/25
10042/19 10043/7
10044/22 10045/22
10045/24 10045/25
10046/10 10054/18
10055/1 10056/17
10058/25 10063/5
10066/13 10066/14
10067/22 10067/23
10068/10 10068/12
10069/23 10070/13
10073/1 10073/25
10074/12 10074/13
10077/23 10080/22
10080/22 10081/13
10084/9 10086/8
10086/9 10086/22
10087/24 10093/9
10094/21 10094/25
10095/18 10096/6
10096/10 10096/22
10096/23 10098/11
10098/12 10099/13
10100/24 10100/25
10100/25 10101/9
10101/10 10102/3
10102/13 10102/22
10103/12 10103/12
10103/15 10103/16
10103/20 10103/25
10104/4 10104/5
10104/6 10104/7
10104/8 10105/2
10105/4 10106/11
10106/23 10107/2
10108/3 10108/11
10108/12 10108/14
10108/18 10110/12
10113/15 10116/16

10134

**K**

know... [4] 10116/20
10117/11 10118/9
10118/11
knowledge [2] 9996/3
9996/4
known [1] 9989/11
knows [2] 9988/18
10102/6

**L**

lack [1] 10031/12
language [1] 10115/23
large [2] 10012/13
10014/4
largely [4] 9992/19
10039/22 10073/3
10104/1
last [4] 9988/9
10000/14 10033/2
10109/21
late [2] 10000/25
10040/21
latency [1] 10081/12
launch [1] 9996/17
launched [2] 9999/6
10108/12
Launcher [1] 10095/16
law [2] 9983/11
10009/9
laws [1] 10037/1
lawsuit [1] 10036/17
lawyers [1] 10117/8
layout [1] 10081/11
lead [3] 10047/18
10047/19 10107/10
learn [1] 10094/16
least [9] 9991/19
10009/21 10061/9
10067/20 10067/25
10070/12 10084/14
10086/16 10089/20
leave [1] 10069/24
left [3] 10001/4
10049/19 10111/4
legal [1] 10013/4
length [1] 9988/1
less [12] 10005/5
10017/15 10021/22
10021/22 10023/7
10046/23 10083/8
10094/12 10097/24
10098/2 10099/11
10099/14
let [23] 9989/7 10009/2
10021/14 10021/20
10028/12 10028/16
10028/19 10043/7
10049/1 10050/7
10058/25 10063/5
10066/23 10069/23
10077/10 10077/19
10080/8 10081/17
10082/6 10083/10
10094/21 10094/25
10108/18
let's [42] 9993/14
10000/1 10011/5

10024/13 10038/13
10042/19 10043/3
10046/4 10048/12
10048/14 10053/23
10055/9 10057/9
10058/23 10064/8
10065/23 10073/4
10079/13 10080/6
10080/7 10081/2
10086/10 10087/8
10092/5 10093/14
10094/19 10099/24
10101/11 10103/22
10104/17 10104/17
10105/9 10107/5
10108/5 10108/17
10110/15 10111/22
10114/2 10114/4
10117/1
Let's see [1] 10081/2
level [7] 9987/5
9987/10 9990/7
9991/10 9991/14
9999/6 10071/17
license [1] 10018/24
lifted [1] 10022/3
light [1] 10028/17
like [39] 9997/25
9998/7 10005/18
10006/16 10017/7
10017/11 10018/11
10018/13 10029/24
10032/1 10033/12
10036/16 10045/21
10046/1 10048/5
10062/21 10066/17
10067/5 10069/4
10069/9 10076/2
10076/4 10080/14
10082/15 10082/20
10083/14 10085/6
10086/19 10089/12
10096/14 10097/10
10098/9 10099/5
10099/16 10099/17
10099/22 10108/16
10118/6 10118/10
likelihood [2] 10041/7
10042/4
likely [11] 9998/17
10010/19 10010/21
10013/24 10017/15
10024/11 10027/25
10028/23 10041/3
10043/12 10078/10
limit [3] 10005/22
10026/5 10026/22
limitation [2] 10022/2
10026/5
limited [1] 10003/18
limiting [1] 10031/13
limits [3] 10020/4
10021/8 10039/25
line [10] 9992/24
9992/24 10036/9
10036/12 10036/15
10036/16 10059/6

10101/25
lines [2] 9990/22
10035/15
list [5] 9997/5 10046/3
10071/11 10091/11
10100/15
listed [1] 10054/16
literal [1] 10006/13
litigation [1] 10054/12
little [10] 9987/13
9993/3 10000/12
10002/8 10033/17
10062/8 10088/19
10092/25 10093/20
10105/12
LLC [2] 9982/6 9986/6
LLP [2] 9983/18 9984/3
loading [1] 10089/16
location [4] 10076/1
10076/7 10076/10
10076/11
location-based [2]
10076/1 10076/7
lock [1] 10007/21
Lockheimer [3]
10095/24 10096/21
10098/8
logic [3] 10011/7
10035/6 10097/2
long [6] 10004/1
10022/7 10035/18
10084/21 10085/19
10118/16
longer [1] 10031/21
look [39] 9998/7
9998/18 10000/20
10006/16 10009/15
10010/12 10021/10
10025/12 10026/16
10027/5 10027/6
10032/24 10033/10
10047/1 10050/9
10050/14 10052/12
10055/3 10061/13
10061/15 10066/13
10074/7 10074/12
10075/12 10075/16
10082/12 10083/13
10083/17 10094/8
10094/9 10094/13
10094/15 10096/4
10103/20 10105/4
10111/16 10112/10
10114/23 10116/7
looked [11] 10031/9
10031/9 10047/20
10054/17 10067/14
10069/4 10071/21
10075/7 10092/24
10107/21 10113/5
looking [12] 9997/15
9998/11 10057/20
10069/5 10094/8
10096/6 10107/13
10112/2 10112/13
10114/17 10114/21
10117/16

10070/9 10108/16
lose [2] 10066/6
10113/16
loses [1] 10004/3
losing [1] 10072/15
loss [1] 10065/3
lost [2] 10072/12
10072/14
lot [10] 10018/14
10030/21 10032/20
10032/25 10072/22
10080/23 10080/24
10102/22 10102/23
10112/15
lots [1] 10101/16
low [5] 10056/10
10056/12 10056/15
10056/16 10056/20
low-end [5] 10056/10
10056/12 10056/15
10056/16 10056/20
lower [8] 10005/4
10013/18 10034/8
10037/13 10052/7
10052/7 10053/13
10074/8
lunch [4] 10117/1
10117/14 10117/23
10118/16

**M**

Mac [1] 10053/9
Macs [2] 10059/21
10059/23
MADA [5] 10065/24
10088/3 10088/10
10094/3 10099/2
MADA's [1] 10093/15
made [7] 9992/5
10004/7 10031/11
10036/9 10053/4
10056/15 10103/25
Maine [1] 9984/3
maintain [5] 10079/1
10079/7 10079/9
10079/10 10079/10
Maintaining [1]
10078/20
maintains [1] 9988/10
majority [2] 9988/3
10065/19
make [39] 9996/18
10004/1 10010/5
10016/22 10019/4
10019/6 10024/8
10024/11 10025/20
10025/25 10028/4
10028/19 10033/23
10037/16 10066/20
10076/9 10078/13
10082/6 10082/10
10082/19 10082/20
10082/21 10083/10
10083/24 10085/6
10085/22 10086/24
10087/2 10087/3
10087/17 10088/9

10088/17
10088/22 10090/6
10093/24 10105/12
10106/16 10116/4
makes [8] 10011/7
10020/12 10030/4
10035/19 10078/14
10087/15 10097/23
10097/24
making [4] 9997/5
10036/4 10049/10
10118/10
manufacturers [1]
10094/5
many [13] 10002/23
10008/22 10010/8
10017/14 10019/8
10019/24 10034/7
10039/21 10046/25
10057/21 10084/19
10102/13 10111/5
Maps [13] 10019/8
10019/8 10048/21
10048/22 10049/2
10051/20 10051/20
10052/6 10052/8
10053/12 10054/15
10063/17 10065/3
March [2] 10105/15
10106/8
margin [1] 10082/2
Marissa [1] 10110/20
market [24] 10016/5
10016/12 10018/3
10027/9 10028/9
10028/11 10029/5
10030/9 10033/10
10033/24 10041/8
10041/18 10041/21
10042/4 10042/6
10073/12 10080/2
10081/18 10081/24
10082/7 10083/12
10083/13 10089/6
10112/4
market share [1]
10028/11
marketing [4]
10088/16 10089/1
10104/2 10104/13
marketplace [4]
10082/13 10094/9
10094/9 10094/16
markets [2] 10094/15
10094/16
Maserati [2] 10099/17
10099/18
match [1] 10116/17
matches [1] 10005/13
matching [1] 10107/17
material [3] 10049/19
10053/16 10107/10
materials [1] 9994/19
matter [6] 10074/9
10083/14 10113/6
10120/4
maximizing [2]
10035/24 10036/4

**M**

**may [22]** 9986/20
9987/19 9991/17
9993/3 9993/4 9994/9
9994/13 9994/14
9996/18 10002/21
10023/15 10023/17
10023/17 10042/10
10046/6 10046/7
10073/5 10082/11
10083/24 10103/18
10113/13 10114/5
**maybe [6]** 10017/18
10017/18 10036/13
10079/7 10080/5
10118/23
**Mayer [1]** 10110/20
**me [44]** 9987/7 9989/7
9997/19 10004/21
10009/2 10018/13
10019/4 10020/12
10023/10 10028/12
10028/19 10040/15
10041/23 10043/7
10049/1 10050/7
10050/8 10050/10
10050/12 10050/16
10052/16 10053/7
10058/25 10063/5
10066/23 10069/23
10076/3 10076/6
10077/10 10077/19
10080/8 10081/17
10082/6 10082/21
10083/8 10083/10
10083/15 10094/21
10097/23 10097/24
10099/18 10099/22
10102/1 10108/18
**mean [41]** 10002/10
10014/2 10014/20
10019/16 10019/23
10021/21 10021/25
10031/14 10036/4
10038/2 10041/13
10041/13 10044/16
10044/23 10050/10
10052/6 10060/10
10071/8 10073/21
10076/2 10076/9
10077/3 10078/8
10080/13 10088/13
10090/18 10091/24
10093/22 10094/7
10096/5 10096/9
10097/23 10102/10
10103/21 10113/19
10115/6 10115/23
10116/18 10118/7
10118/13 10118/17
**means [6]** 9990/23
9996/20 10013/11
10013/12 10020/8
10054/6
**meant [1]** 10037/5
10037/16 10099/14
**measured [1]**
10009/21

**measures [1]**
10007/11
**mechanical [1]**
9984/11
**meeting [1]** 10102/12
**MEHTA [1]** 9982/9
**Merit [1]** 9984/7
**mess [1]** 10066/15
**methodology [1]**
10020/7
**methods [1]** 10051/25
**Metrics [2]** 10038/18
10038/21
**Microsoft [23]**
10009/15 10009/16
10012/19 10012/25
10013/14 10019/18
10020/2 10020/12
10029/19 10029/23
10030/3 10030/4
10030/14 10030/25
10031/23 10057/10
10058/5 10058/13
10058/17 10059/5
10059/8 10059/19
10060/13
**Microsoft's [5]**
10031/7 10031/25
10059/15 10063/18
10107/8
**middle [1]** 10097/4
**might [31]** 9997/17
9997/20 9997/20
9997/22 9997/23
9998/15 10009/18
10022/11 10023/1
10034/7 10037/13
10068/17 10068/20
10070/25 10076/5
10078/19 10085/5
10085/5 10091/8
10091/25 10092/1
10093/7 10093/22
10093/23 10093/24
10097/25 10098/2
10098/13 10103/18
10111/19 10112/13
**migrate [1]** 10061/9
**millions [1]** 10072/16
**mind [4]** 10091/8
10104/14 10106/16
10107/3
**mine [1]** 10028/17
**minus [1]** 10066/7
**minuses [1]** 10015/12
**minutes [2]** 10055/19
10118/19
**missed [2]** 10013/21
10096/25
**mission [3]** 10070/20
10071/6 10071/16
**mistake [1]** 10053/4
**mistakes [1]** 10066/20
**misunderstood [1]**
10080/5
**mix [1]** 10081/21
**mixture [1]** 10065/16

10029/20 10029/22
10029/24 10030/1
10030/5 10030/5
10030/20 10031/21
10031/25 10032/13
10032/15 10053/11
10075/22 10075/25
10076/1 10076/12
10076/14 10076/24
10077/1 10077/13
10077/16 10079/25
10080/2 10080/10
10080/11 10080/23
10080/24 10081/17
10113/14 10115/3
**mode [2]** 10030/5
10045/11
**model [14]** 10016/6
10016/11 10022/10
10022/11 10022/14
10023/14 10033/22
10040/7 10040/11
10046/12 10047/5
10047/9 10048/2
10058/10
**modeled [7]** 10018/5
10030/17 10031/4
10034/1 10040/14
10042/3 10045/6
**modeling [1]** 10116/8
**modifying [1]** 10026/7
**moment [1]** 10016/22
**monetary [2]** 10026/3
10099/6
**monetization [1]**
10012/17
**monetizing [1]**
10016/19
**money [6]** 10019/6
10021/23 10037/17
10089/15 10089/17
10099/14
**monopolist [3]**
10082/22 10082/24
10083/5
**monopolized [3]**
10081/18 10082/7
10083/11
**monopoly [1]**
10082/17
**months [1]** 10001/10
**more [56]** 9987/13
9997/22 9999/8
10005/5 10017/11
10021/3 10027/25
10028/5 10028/7
10028/8 10028/9
10028/23 10029/6
10029/20 10029/24
10030/3 10037/5
10037/6 10037/13
10037/14 10037/16
10046/23 10047/18
10065/11 10068/20
10069/12 10076/1
10076/6 10076/7
10076/11 10076/12

10082/3 10082/21
10082/25 10086/22
10086/5 10086/22
10088/19 10091/1
10091/4 10091/9
10092/3 10093/10
10097/18 10097/19
10097/24 10097/25
10098/1 10098/2
10102/23 10104/15
10111/5 10113/24
10117/23
**morning [7]** 9982/7
9986/2 9986/4 9986/11
9986/19 9987/17
9993/17
**most [9]** 9999/12
10010/19 10010/21
10010/22 10043/12
10073/2 10081/5
10090/12 10103/21
**mostly [1]** 10065/16
**Motorola [1]** 9989/14
**move [10]** 10007/22
10018/3 10019/6
10024/16 10028/17
10038/13 10041/15
10042/19 10093/25
10111/14
**moving [2]** 10005/25
10075/20
**Mozilla [12]** 10070/2
10070/24 10072/3
10074/18 10075/20
10099/25 10100/7
10101/2 10101/3
10101/9 10113/14
10115/2
**Mozilla's [2]** 10069/14
10071/21
**Mr [1]** 9987/16
**Mr. [22]** 9989/2
9990/17 9992/22
9993/19 10011/25
10012/8 10012/24
10016/20 10022/17
10024/25 10029/7
10055/10 10092/6
10095/12 10096/21
10098/8 10117/10
10117/23 10118/3
10118/6
**Mr. Barton [2]** 10012/8
10012/24
**Mr. Barton's [1]**
10011/25
**Mr. Cue [1]** 10022/17
**Mr. Davies [1]** 10118/3
**Mr. Dintzer [5]** 9992/22
9993/19 10016/20
10117/10 10117/23
**Mr. Kang [1]** 10043/21
**Mr. Lockheimer [2]**
10096/21 10098/8
**Mr. Murphy [1]**
10118/6

**Mr. Parakhin [1]**
10029/8
**Mr. Parakhin's [1]**
10029/7
**Mr. Pichai [2]** 10092/6
10095/12
**Mr. Roszak [1]**
10055/10
**Mr. Safty [2]** 9989/2
9990/17
**Mr. Walker [1]**
10024/25
**Ms. [3]** 9990/13
10087/9 10087/10
**Ms. Kartasheva [1]**
9990/13
**Ms. Porat [2]** 10087/9
10087/10
**much [20]** 10017/15
10017/22 10024/6
10044/2 10066/17
10075/2 10078/7
10082/16 10089/9
10099/19 10111/21
10113/8 10113/12
10113/13 10113/16
10113/22 10115/1
10115/21 10116/5
10116/11
**multiple [2]** 10112/7
10112/12
**Murphy [17]** 9986/14
9986/17 9993/8
9993/14 9993/16
9994/2 10021/1
10038/11 10049/17
10049/25 10051/1
10112/22 10117/3
10117/20 10118/6
10118/7 10118/18
**Murphy's [3]** 9992/18
9992/18 10118/2
**must [2]** 10067/16
10086/15
**my [65]** 9992/25
9996/3 9998/11
9998/25 9999/1
10005/12 10006/7
10009/8 10009/24
10009/25 10013/21
10013/21 10013/23
10014/11 10014/21
10017/12 10017/21
10018/14 10019/22
10022/7 10030/18
10030/23 10030/24
10034/3 10035/22
10035/25 10036/14
10036/15 10036/16
10036/16 10038/24
10039/13 10040/2
10042/2 10042/9
10042/15 10042/25
10043/1 10044/23
10045/15 10047/2
10047/3 10051/8
10051/9 10051/24
10053/16 10057/1

10136

**M**

**my... [18]** 10069/24
10079/15 10079/17
10080/8 10090/1
10093/8 10093/12
10095/19 10098/13
10100/25 10102/13
10109/19 10113/19
10113/19 10114/23
10117/13 10117/15
10118/18
**my understanding [1]**
10039/13
**myself [1]** 10102/11
**Móvil [1]** 10012/15

**N**

**name [3]** 10025/1
10029/8 10095/14
**named [1]** 10064/21
**naturally [1]** 10074/24
**nature [2]** 10005/21
10077/14
**nav [1]** 10111/4
**navigational [1]**
10069/24
**near [3]** 10076/3
10076/6 10106/1
**necessarily [9]**
10004/3 10013/4
10031/2 10036/11
10039/16 10039/19
10055/7 10086/18
10111/17
**need [19]** 9987/1
9991/1 9992/25
10002/22 10007/20
10007/21 10016/14
10035/1 10038/2
10038/11 10041/12
10042/14 10044/6
10086/11 10086/12
10094/25 10107/20
10111/4 10114/2
**needs [1]** 10006/4
**negotiate [1]** 9988/1
**negotiated [2]** 9992/17
10012/5
**negotiates [1]** 9990/1
**negotiating [1]**
10049/14
**negotiation [4]** 9987/6
9989/4 10023/24
10026/17
**negotiations [5]**
9988/17 10053/20
10058/14 10060/13
10070/6
**never [3]** 10009/7
10023/18 10044/18
**new [6]** 9983/19
9996/13 10046/19
10047/22 10106/8
10111/7
**next [11]** 9995/22
10001/23 10001/24
10012/17 10015/7
10033/16 10042/20
10116/7 10116/8
**next-best [1]** 10015/7
**nexus [4]** 10095/16
10098/9 10098/11
10098/12
**nine [1]** 10010/2
**ninth [1]** 10038/16
**no [99]** 9982/4 9989/2
9989/18 9989/19
9990/24 9992/19
9996/8 9998/22
10000/11 10000/11
10000/11 10002/5
10004/12 10004/14
10005/10 10006/25
10007/3 10007/22
10007/23 10010/21
10011/6 10012/6
10014/6 10014/14
10014/17 10016/8
10017/17 10018/6
10020/13 10020/15
10020/17 10024/20
10025/1 10025/16
10025/16 10028/12
10028/18 10029/25
10032/1 10033/8
10033/19 10034/6
10035/3 10040/6
10040/9 10040/20
10042/11 10045/6
10046/2 10046/16
10047/21 10047/25
10048/4 10048/11
10050/10 10057/1
10061/13 10062/3
10064/5 10064/12
10065/14 10066/10
10066/22 10071/8
10074/3 10074/9
10074/17 10078/2
10079/1 10080/4
10080/17 10080/22
10081/3 10085/19
10086/6 10086/18
10086/24 10087/1
10087/6 10087/11
10087/21 10088/2
10088/9 10088/10
10091/12 10094/15
10098/8 10100/17
10101/1 10101/6
10101/8 10102/7
10102/17 10104/22
10104/25 10108/3
10113/15 10116/23
10117/1
**non [3]** 10040/24
10100/19 10100/20
**non-default [2]**
10100/19 10100/20
**non-device [1]**
10040/24
**None [1]** 10047/14
**Nope [1]** 10060/7
**not [171]**
**note [1]** 9992/16

**nothing [3]** 9998/6
10004/17 10035/5
**notion [1]** 9989/18
**November [6]** 9982/5
10043/16 10070/3
10073/19 10074/4
10120/7
**now [40]** 9998/23
10000/8 10002/20
10009/10 10013/3
10021/15 10022/17
10023/4 10027/8
10029/24 10033/22
10034/18 10042/22
10045/10 10048/12
10048/14 10049/6
10056/17 10060/17
10062/20 10066/23
10072/3 10072/24
10076/5 10077/19
10081/4 10084/24
10086/9 10091/13
10092/15 10098/8
10098/15 10101/11
10103/23 10109/21
10112/17 10113/7
10115/8 10115/16
10116/24
**nowhere [1]** 10031/4
**nuance [1]** 10088/19
**number [42]** 9988/6
9991/2 9991/11
9991/13 9991/14
9991/17 9991/21
9999/25 10000/8
10000/14 10006/18
10006/22 10007/1
10011/14 10011/20
10049/4 10050/5
10052/5 10053/11
10053/11 10054/10
10054/22 10056/10
10056/10 10056/12
10056/14 10056/15
10056/16 10056/20
10056/21 10058/23
10059/10 10059/11
10059/21 10061/1
10065/2 10065/4
10080/6 10105/9
10105/17 10108/25
10114/16
**numbered [1]**
10064/20
**numbers [20]** 9989/9
9991/10 9993/9
10052/13 10053/3
10053/10 10053/19
10053/20 10053/21
10055/2 10055/23
10056/4 10056/24
10061/8 10063/23
10064/3 10066/4
10066/11 10086/25
10087/5
**numerical [1]**
10057/25
**NW [3]** 9983/3 9983/8

**NY [1]** 9983/19
**NYC [2]** 10054/3
10054/6

**O**

**obey [1]** 10009/9
**objecting [1]** 9988/24
**objection [9]** 10024/19
10024/20 10032/4
10038/6 10038/12
10038/13 10042/17
10044/14 10079/3
**objective [2]** 10088/13
10088/15
**obscures [1]** 10097/4
**obviously [1]** 10096/10
**occur [1]** 10086/21
**occurs [1]** 9991/5
**October [1]** 10058/5
**October 2018 [1]**
10058/5
**OEM [4]** 10097/21
10098/9 10098/16
10098/22
**OEMs [21]** 9987/11
9988/15 9989/24
9990/1 10010/14
10042/22 10042/25
10045/14 10088/3
10088/16 10089/1
10089/6 10089/17
10097/8 10097/14
10097/21 10098/3
10098/4 10098/16
10099/10 10099/13
**OEMs' [1]** 10097/20
**off [14]** 9989/4 9989/18
10009/7 10020/15
10030/19 10035/22
10041/24 10093/7
10093/12 10095/19
10099/9 10100/25
10111/8 10118/7
**offer [6]** 10006/21
10081/7 10084/8
10091/22 10092/21
10106/9
**offered [2]** 10101/6
10112/25
**offering [8]** 10006/18
10027/8 10040/25
10041/1 10041/7
10042/3 10078/3
10084/12
**offers [1]** 10049/6
**official [2]** 9984/8
10051/11
**offs [1]** 10100/9
**offsetting [1]** 9998/8
**often [4]** 10076/11
10081/21
**oftentimes [1]** 9989/21
**oh [11]** 10000/13
10000/18 10020/15
10028/11 10041/20
10048/18 10052/21
10060/17 10099/16

**NY [1]** 9983/19
**okay [210]**
**old [1]** 10067/16
**omission [1]** 10025/20
**once [2]** 10083/15
10118/17
**one [65]** 9990/2 9997/2
9997/6 9997/22
10001/4 10002/13
10003/18 10004/8
10004/12 10005/18
10009/18 10010/9
10010/17 10010/23
10011/5 10011/21
10014/12 10015/10
10015/11 10016/18
10018/23 10019/23
10020/24 10022/3
10024/16 10024/16
10026/15 10026/18
10033/12 10034/15
10035/5 10035/17
10036/22 10045/3
10046/25 10049/2
10051/17 10053/11
10069/19 10071/22
10071/25 10072/18
10077/19 10077/21
10078/21 10083/19
10083/20 10083/24
10088/23 10089/11
10089/11 10091/17
10097/2 10097/9
10097/19 10100/9
10100/15 10100/16
10101/15 10101/17
10102/1 10103/14
10113/5 10116/12
10117/16
**one-offs [1]** 10100/9
**ones [12]** 10011/8
10018/23 10032/1
10043/1 10066/7
10071/3 10076/11
10091/8 10100/15
10100/16 10102/15
10102/24
**only [12]** 9990/3
9998/1 10017/6
10019/22 10022/9
10051/24 10077/19
10081/22 10084/25
10090/17 10105/16
10109/21
**operating [1]** 10094/11
**opinion [7]** 10038/3
10038/16 10040/25
10041/2 10041/7
10042/3 10078/3
**opinions [1]** 10042/9
**opportunities [2]**
10072/1 10112/23
**opportunity [2]**
10012/17 10071/17
**oppose [2]** 9987/1
9987/2
**opposed [5]** 10010/17
10021/21 10077/8

**opposed... [2]** 10080/2
10080/11
**oppressed [2]**
10071/22 10071/24
**optimistic [2]**
10117/19 10117/23
**option [8]** 9995/13
10014/8 10014/17
10015/7 10018/16
10018/18 10018/22
10101/10
**options [3]** 10014/19
10100/8 10101/4
**order [2]** 9987/25
10057/25
**ordered [1]** 9998/23
**ordinary [2]** 9988/1
10066/10
**original [1]** 10105/19
**originating [1]** 10026/7
**Orr [1]** 10064/21
**other [67]** 9989/4
9989/23 9990/2
9990/13 9992/6 9998/8
9998/18 10000/10
10002/7 10002/14
10010/17 10010/24
10018/8 10018/23
10019/6 10019/9
10019/10 10019/13
10026/3 10035/6
10035/17 10039/15
10041/24 10043/1
10045/3 10051/4
10071/3 10071/5
10071/9 10071/9
10072/18 10075/9
10080/3 10081/13
10081/14 10083/3
10083/19 10084/11
10085/6 10085/15
10085/20 10085/23
10086/6 10086/19
10086/23 10089/22
10090/4 10091/23
10093/21 10097/15
10097/19 10097/20
10098/5 10099/15
10100/8 10100/15
10100/16 10101/4
10101/7 10101/13
10101/16 10102/24
10104/14 10112/13
10114/1 10115/23
10116/8
**other's [1]** 10089/22
**otherwise [4]** 9989/10
10026/7 10086/20
10087/17
**ought [3]** 9992/3
9992/11 9992/12
**our [14]** 9986/24
9987/4 9995/12
10017/20 10025/7
10029/25 10065/4
10076/7 10076/8
10093/5 10097/3

10118/17
**out [28]** 9988/13
9991/7 9992/8 9994/11
10007/19 10016/1
10018/9 10018/24
10023/20 10049/19
10052/8 10055/22
10063/16 10063/17
10086/8 10086/25
10087/5 10089/15
10089/24 10090/21
10091/17 10092/25
10111/5 10111/6
10111/6 10111/17
10111/18 10118/8
**out-innovate [1]**
10111/5
**outcome [3]** 10004/9
10009/19 10111/24
**outcomes [1]** 10004/3
10033/11
**outlay [1]** 9988/8
**outs [1]** 10010/24
**outside [5]** 10081/23
10082/1 10092/8
10105/5 10117/7
**over [9]** 10009/12
10009/22 10012/17
10015/17 10019/25
10020/24 10028/4
10031/21 10110/8
**overall [6]** 9999/11
10035/16 10073/22
10079/25 10080/9
10104/6
**overbindered [1]**
10079/18
**overlap [3]** 10075/24
10076/14 10076/24
**overrule [1]** 10038/13
**overruled [1]** 10032/5
**oversees [1]** 10096/22
**owed [1]** 10080/21
**own [15]** 10014/22
10015/8 10015/15
10015/21 10016/1
10017/1 10017/12
10017/15 10019/11
10019/22 10022/3
10041/13 10088/16
10089/1 10089/6

**P**

**p.m [2]** 10119/3
10119/3
**pace [2]** 10074/3
10075/4
**package [1]** 10099/10
**page [40]** 10000/8
10001/24 10012/8
10024/24 10025/12
10025/12 10038/16
10050/5 10050/22
10051/1 10051/5
10051/6 10051/6
10051/10 10054/12
10054/15 10055/4

10060/21 10061/1
10061/14 10063/4
10064/20 10071/15
10081/11 10095/22
10101/24 10105/18
10105/20 10105/22
10108/24 10110/21
10110/23 10111/2
10111/2 10114/10
10114/18 10115/9
10115/23
**page 328 [1]** 10061/14
**page 5 [3]** 10051/5
10051/6 10055/4
**paid [3]** 9989/16
9992/8 10089/15
**pairs [1]** 10068/21
**panned [2]** 10111/17
10111/18
**paragraph [11]**
10003/7 10003/15
10003/16 10004/13
10012/9 10012/11
10064/22 10116/6
10116/7 10116/9
10116/11
**paragraphs [1]**
10065/23
**Parakhin [4]** 10029/8
10029/9 10029/10
10029/11
**Parakhin's [1]** 10029/7
**parity [2]** 10033/6
10033/15
**part [26]** 10002/9
10005/4 10008/15
10008/16 10029/16
10039/8 10040/8
10040/8 10040/20
10045/7 10047/6
10047/9 10050/8
10050/9 10050/17
10051/4 10056/7
10057/5 10061/22
10069/2 10071/6
10076/10 10085/9
10091/2 10094/24
10113/25
**particular [3]** 9992/10
10024/6 10084/7
**particularly [1]**
10033/12
**parties [2]** 9988/8
9988/19
**partly [1]** 10076/16
**partner [5]** 9990/3
9990/3 9990/7 9992/10
10013/25
**partners [13]** 9987/24
9989/3 9989/5 9991/2
9991/11 9992/11
10084/25 10084/25
10085/5 10085/16
10092/15 10092/16
10093/19
**parts [1]** 10049/19
**party [7]** 9988/22

10063/19 10065/12
10065/17 10068/13
**party's [2]** 10024/7
10024/7
**passed [1]** 9986/25
**past [2]** 9991/20
10031/21
**path [1]** 10022/24
**Patrick [1]** 10064/21
**PATTERSON [1]**
9983/17
**pay [19]** 9999/3
10037/5 10037/6
10081/5 10084/25
10085/5 10085/5
10085/22 10086/2
10089/10 10091/20
10099/21 10113/8
10113/12 10113/13
10113/23 10115/1
10115/21 10116/5
**paying [9]** 9998/2
10085/3 10085/16
10085/23 10086/3
10092/2 10092/3
10100/24 10101/2
**payment [1]** 10089/24
**payments [9]** 10087/14
10087/15 10087/18
10088/17 10089/22
10091/2 10093/5
10116/17 10116/18
**payout [2]** 9989/8
9990/22
**pays [3]** 10086/7
10086/15 10092/15
**pbwt.com [1]** 9983/20
**people [40]** 9999/8
10004/8 10006/24
10008/6 10010/11
10032/25 10032/25
10033/1 10033/6
10033/9 10038/21
10046/23 10055/5
10067/8 10067/12
10067/19 10067/25
10068/3 10068/7
10068/10 10068/12
10068/17 10069/5
10082/1 10082/4
10084/2 10084/4
10084/5 10085/22
10089/22 10093/11
10093/25 10098/13
10102/13 10102/22
10102/23 10103/12
10103/16 10103/18
10114/1
**people's [1]** 10103/15
**Per [1]** 10025/7
**percent [24]** 10009/17
10028/1 10028/8
10028/8 10028/9
10028/15 10028/23
10033/2 10048/12
10049/1 10051/25
10052/15 10052/16

10059/7 10059/10
10060/3 10062/21
10066/7 10068/12
10069/9 10072/4
10076/14 10086/15
10086/17
**percentage [17]**
10027/9 10027/14
10027/21 10052/19
10054/24 10061/7
10077/4 10077/5
10077/12 10079/23
10080/9 10080/17
10080/19 10080/20
10086/3 10086/5
10086/8
**percentages [5]**
9989/10 9989/15
9990/10 9990/23
9992/8
**perform [4]** 10006/11
10006/13 10022/25
10089/2
**performance [1]**
10108/6
**performing [1]**
10007/2
**perhaps [1]** 10105/12
**period [7]** 10008/25
10009/1 10010/1
10010/4 10067/5
10075/13 10110/8
**periodically [1]**
10051/14
**periods [1]** 10073/25
**permanently [1]**
10100/17
**permit [1]** 9992/2
**person [1]** 10013/25
**personnel [3]**
10051/13 10063/8
10063/15
**perspective [3]**
9998/19 10079/5
10084/14
**Phillip [1]** 10096/25
**phon [1]** 10018/6
**phone [1]** 10106/10
**phones [2]** 10076/8
10094/4
**Pichai [1]** 10092/6
10095/12
**picture [2]** 10010/12
10097/4
**pictured [1]** 10102/8
**piece [1]** 10046/25
**pieces [4]** 10027/5
10027/6 10053/15
10093/2
**pitch [2]** 10058/20
10059/17
**pixel [2]** 10098/13
10098/14
**place [3]** 10007/8
10017/20 10047/14
**placed [1]** 10039/5
**Plaintiff [1]** 9983/10
9986/9

**PLAINTIFF'S [1]**
9985/10
**Plaintiffs [4]** 9982/4
9983/2 9993/11
10024/22
**plan [2]** 10062/9
10104/3
**platform [6]** 10019/1
10019/11 10022/1
10088/22 10089/5
10091/3
**platforms [4]** 10012/10
10019/10 10019/13
10028/4
**play [3]** 9989/3
10079/7 10108/3
**played [1]** 10102/9
**playing [2]** 9989/18
10071/17
**please [6]** 9986/2
10034/19 10036/7
10062/16 10064/10
10115/6
**plus [1]** 10033/2
**pluses [1]** 10015/12
**point [23]** 9987/21
9988/6 9989/1 9989/3
9991/13 9993/2 9993/5
9998/4 10013/21
10013/23 10014/8
10014/11 10016/10
10016/13 10019/2
10019/22 10028/19
10031/6 10034/10
10035/16 10062/6
10104/15 10113/19
**pointed [2]** 9988/13
10050/10
**pointing [1]** 10015/15
**points [6]** 9991/5
10051/14 10055/6
10063/10 10109/20
10109/22
**policy [1]** 10084/2
**popular [1]** 10073/2
**Porat [2]** 10087/9
10087/10
**portion [4]** 10049/15
10050/21 10062/24
10096/19
**position [5]** 9990/20
9992/6 10096/13
10096/22 10096/23
**positive [3]** 10015/9
10021/18 10088/4
**possibility [6]**
10022/10 10023/14
10035/5 10040/11
10048/7 10079/2
**possible [4]** 10033/22
10035/1 10040/4
10041/25
**possibly [1]** 10031/10
**post [4]** 10059/2
10059/6 10059/11
10059/22
**post-deal [1]** 10059/6

**potential [4]** 10006/19
10007/11 10051/16
10075/17
**precipitously [1]**
10072/11
**precise [5]** 9991/17
10001/1 10080/17
**precision [7]** 10053/21
10108/24 10109/3
10109/9 10109/12
10109/16 10109/21
**preclude [1]** 10016/9
**predecessor [1]**
10098/14
**predicted [2]** 10059/5
10059/9
**prediction [3]**
10082/16 10083/15
10083/16
**prefer [5]** 10037/13
10037/13 10093/20
10093/22 10099/14
**preferable [1]**
10007/16
**preference [3]**
10009/13 10009/14
10033/11
**prefix [1]** 9994/24
**preinstallation [5]**
10031/15 10033/4
10090/12 10090/15
10090/23
**preinstalled [1]**
10090/17
**prejudice [1]** 9991/20
**preload [1]** 10089/7
**preloaded [1]** 10068/6
**present [2]** 10080/1
10080/10
**presentation [3]**
10034/18 10047/3
10055/12
**presented [5]** 9988/9
9996/24 10005/1
10010/23 10101/16
**preserve [1]** 10078/23
**pressure [3]** 10035/4
10041/19 10110/2
**presumably [5]**
10011/9 10015/23
10028/5 10037/12
10070/25
**presume [6]** 10015/24
10037/19 10078/21
10078/22 10078/24
10079/9
**presumption [1]**
10084/9
**pretty [8]** 10001/7
10009/8 10032/23
10035/23 10051/9
10078/7 10102/14
10103/17
**Prettyman [1]** 9984/8
**prevent [2]** 10018/13
10026/13
**prevents [1]** 10016/25
**preview [1]** 10044/3

**previously [4]** 10050/6
10054/24 10063/8
10104/15
**price [4]** 10037/1
10037/4 10037/16
10082/25
**prices [3]** 10037/7
10037/10 10037/13
**primary [1]** 10033/11
**prior [1]** 10020/11
**privacy [9]** 10045/17
10045/20 10083/20
10083/25 10084/2
10084/8 10084/12
10084/13 10084/16
**private [2]** 10045/11
10085/5
**pro [2]** 10023/9
10023/18
**pro-competitive [2]**
10023/9 10023/18
**probably [11]** 10012/1
10013/8 10015/24
10017/21 10024/13
10028/25 10029/6
10032/22 10068/9
10074/9 10104/14
**problem [5]** 10020/21
10043/1 10074/8
10074/19 10076/22
**problems [1]** 10088/23
**proceedings [3]**
9982/9 9984/11
10120/4
**process [1]** 10008/19
**produced [3]** 9984/11
10015/17 10055/6
**producer [1]** 10081/22
**product [4]** 10013/25
10041/14 10086/22
10106/15
**products [6]** 10014/21
10015/17 10016/2
10019/9 10019/9
10097/15
**Professor [32]** 9986/14
9986/17 9992/18
9993/8 9993/14
9993/16 10021/1
10038/11 10048/12
10048/22 10049/17
10049/25 10051/1
10051/24 10053/10
10053/15 10056/3
10056/5 10057/3
10057/5 10060/2
10061/24 10063/23
10065/10 10076/22
10112/22 10117/3
10117/8 10117/20
10118/2 10118/7
10118/18
**Professor Murphy [10]**
9986/14 9986/17
9993/8 9993/14
10021/1 10049/17
10049/25 10117/3
10117/20 10118/18

**Professor Murphy [12]**
9992/18 10118/2
**Professor Whinston
[10]** 10053/10
10053/15 10056/3
10056/5 10057/3
10057/5 10060/2
10061/24 10063/23
10065/10
**Professor Whinston's
[4]** 10048/12 10048/22
10051/24 10076/22
**profit [1]** 10035/24
**profit-maximizing [1]**
10035/24
**profitably [1]** 10116/17
**profits [1]** 10036/4
**prohibits [1]** 10019/19
**projected [1]** 9991/21
**projection [2]** 9988/6
9991/14
**promote [2]** 10070/21
10100/2
**promotion [9]**
10014/20 10085/1
10085/4 10085/9
10089/12 10089/23
10089/25 10100/21
10100/24
**pronounced [1]**
10105/3
**properties [1]**
10078/18
**proposal [4]** 9996/25
9997/12 10024/7
10026/13
**proposals [2]** 9987/20
9998/12
**proposed [5]** 9991/8
9991/8 9995/12
9995/25 10024/3
**proposes [1]** 9997/22
**proposing [5]** 9997/25
9998/1 9998/6 10011/1
10025/14
**proposition [1]**
10010/20
**protect [1]** 9987/25
**Protection [1]** 9983/12
**protections [1]**
10065/24
**provide [6]** 9996/20
10014/25 10021/20
10049/17 10085/1
10092/7
**provided [3]** 10049/12
10055/18 10112/14
**provider [8]** 9996/14
9996/19 9996/21
10041/17 10041/21
10042/11 10042/12
10103/13
**providers [2]** 10100/19
10100/21
**provides [2]** 9997/16
10083/24
**provisions [2]**
10030/14 10063/14

**provo [1]** 10005/19
10006/14 10007/10
10007/11
**public [2]** 9991/10
9992/5
**publicized [1]**
10103/17
**publicly [3]** 9991/16
9991/18 9991/19
**published [1]** 10086/9
**publishers [1]**
10036/18
**pull [2]** 10005/2
10046/4
**pure [2]** 10077/8
10082/15
**purpose [1]** 10079/2
**purposes [4]** 10007/17
10022/13 10056/25
10058/20
**push [1]** 9990/17
**pushback [1]** 10042/22
**pushed [1]** 10110/10
**put [24]** 9994/17
9997/23 10008/2
10019/12 10023/5
10029/16 10029/17
10036/9 10048/2
10048/6 10049/14
10050/4 10050/12
10055/24 10056/20
10062/22 10062/25
10068/25 10074/16
10075/18 10076/22
10090/1 10101/24
10114/2
**putting [4]** 10026/22
10044/1 10089/18
10102/13

**Q**
**QSB [2]** 10095/17
10095/18
**quality [29]** 10013/18
10030/5 10032/17
10033/15 10077/22
10078/1 10081/7
10081/7 10081/10
10081/19 10082/8
10082/16 10083/12
10083/20 10088/11
10091/5 10091/6
10093/4 10093/6
10094/4 10107/10
10107/14 10107/18
10108/10 10110/10
10110/7 10110/11
10111/6 10111/9
**quality-wise [1]**
10032/17
**quantitative [1]**
10080/25
**queries [21]** 10018/4
10026/9 10026/14
10026/20 10029/3
10059/9 10061/7
10072/4 10072/7
10075/22 10075/25

10139

# Q

**queries... [10]** 10076/1
10076/6 10076/7
10076/19 10076/20
10077/4 10077/5
10077/9 10077/12
10077/15

**query [6]** 10002/16
10026/7 10077/25
10078/4 10078/11
10085/12

**question [36]** 9998/11
9998/17 10005/12
10009/24 10009/25
10016/14 10016/16
10016/21 10017/22
10023/10 10027/18
10028/17 10029/19
10030/23 10030/24
10032/6 10033/8
10033/16 10042/2
10042/15 10042/20
10044/20 10044/21
10048/4 10050/20
10051/8 10051/9
10051/24 10055/12
10055/17 10080/8
10083/7 10087/12
10087/17 10090/1
10114/23

**questions [9]** 9998/22
10014/17 10021/2
10041/23 10048/11
10066/22 10081/3
10088/2 10116/23

**quickly [2]** 10021/3
10041/25

**quite [4]** 9991/21
10018/7 10022/20
10049/3

# R

**raise [2]** 10037/1
10082/24

**raised [1]** 10043/1

**raising [3]** 10037/4
10037/16 10083/3

**Ralph [1]** 9983/13

**ran [1]** 10069/7

**rate [3]** 10051/11
10061/6 10061/11

**rates [1]** 10052/19

**rather [2]** 10010/24
10117/24

**rational [2]** 10085/17
10086/1

**rationally [2]** 10086/7
10086/14

**re [1]** 10028/13

**re-ask [1]** 10028/13

**reach [1]** 10022/18

**reached [2]** 10007/1
10116/20

**react [1]** 10111/16

**read [21]** 10011/25
10012/1 10012/2
10012/2 10025/16
10025/18 10029/7

10038/14 10050/7
10050/8 10050/17
10051/8 10059/11
10059/21 10061/14
10061/23 10087/10
10115/9 10116/6

**reading [3]** 10004/4
10115/5 10115/8

**ready [3]** 9986/13
9993/19 9994/10

**realize [1]** 10044/2

**really [17]** 9998/7
10019/12 10021/25
10023/4 10026/16
10040/22 10040/23
10041/23 10046/10
10074/6 10074/13
10082/16 10088/14
10096/13 10098/9
10110/13 10111/21

**Realtime [1]** 9984/7

**reason [18]** 9992/11
9996/6 10007/14
10007/24 10020/13
10030/8 10034/6
10042/11 10042/13
10047/1 10058/1
10075/15 10079/8
10079/10 10092/10
10106/19 10108/3
10115/19

**reasonable [1]**
10005/19

**reasons [14]** 10027/12
10069/19 10070/24
10071/5 10071/9
10071/22 10071/25
10080/3 10085/6
10086/18 10086/23
10089/11 10101/15
10101/16

**recall [5]** 10004/21
10021/16 10035/22
10038/9 10090/11

**received [1]** 10024/22

**recess [4]** 10062/12
10062/13 10119/2
10119/3

**recognize [5]** 10056/19
10073/8 10104/12
10104/14 10105/5

**recollection [2]**
10012/6 10043/2

**recommend [1]**
10069/8

**record [4]** 9991/10
10038/14 10115/10
10120/3

**recorded [1]** 9984/11

**recovery [1]** 10055/17

**RECROSS [1]** 9985/4

**red [1]** 10116/10

**redact [2]** 9987/6
9987/25 9988/10
9990/5

**redacted [4]** 9991/9
9992/4 10060/20

**redacting [2]** 9987/1
9987/3

**redaction [1]** 9987/22

**redirect [2]** 9985/4
10021/4

**reduce [2]** 10023/6
10117/24

**reduced [1]** 10005/16

**reduces [1]** 10023/15

**reducing [1]** 10005/4

**reduction [1]** 10005/24

**refer [1]** 10096/19

**reference [3]** 10035/19
10052/25 10056/25

**referenced [5]** 9989/2
10052/20 10054/19
10056/25 10061/23

**references [1]**
10066/15

**referencing [1]**
10052/23

**referred [2]** 9991/9
10051/14

**referring [2]** 10033/7
10051/6

**refers [1]** 9991/13

**reflect [2]** 9987/5
10111/24

**reflected [1]** 10037/19

**reflects [1]** 9987/4

**refusal [4]** 10019/21
10021/11 10021/17
10021/25

**regarding [4]** 9992/18
10014/19 10032/12
10051/15

**Registered [1]** 9984/7

**regression [6]** 10031/6
10034/11 10069/3
10069/7 10075/10
10075/13

**related [3]** 9990/13
9991/4 10063/18

**relates [1]** 9988/14

**relationship [1]**
10044/16

**relative [10]** 9989/8
9989/9 9992/10
10018/14 10028/8
10076/17 10077/8
10094/12 10107/10
10110/7

**release [1]** 9991/15

**relevance [2]** 10032/22
10081/11

**relevant [4]** 10010/8
10016/16 10112/4
10116/14

**reliance [1]** 10048/22

**relied [2]** 10053/16
10063/23

**relies [3]** 10053/15
10056/6 10060/2

**rely [10]** 10014/25
10055/22 10056/23
10057/5 10060/6
10062/2 10064/3

10066/19

**relying [1]** 10051/19

**remain [1]** 9992/12

**remained [1]** 10073/3

**remedy [1]** 10000/25

**remember [12]**
10001/1 10004/18
10012/4 10022/20
10025/1 10067/1
10084/20 10084/21
10087/11 10095/6
10095/9 10099/6

**remind [1]** 9993/8

**reminding [1]** 10053/7

**repeat [5]** 10005/3
10005/4 10005/5
10027/18 10039/3

**replace [1]** 10094/10

**replaced [1]** 9996/12

**report [10]** 10002/20
10003/2 10016/11
10047/2 10073/9
10074/16 10084/24
10102/13 10109/19
10113/19

**report's [1]** 10031/5

**Reporter [4]** 9984/6
9984/7 9984/7 9984/8

**reports [1]** 10112/17

**represent [1]** 10025/2

**request [2]** 9993/4
10049/13

**require [1]** 10021/14

**required [3]** 10053/22
10079/7 10099/2

**requires [1]** 10101/19

**research [1]** 10094/5

**resolve [1]** 9992/20

**resolved [1]** 10025/17

**resolves [1]** 10112/8

**resonates [1]**
10098/10

**resources [1]**
10038/21

**respect [5]** 9990/6
9990/21 10059/20
10059/21 10093/4

**responded [1]**
10103/23

**response [8]** 10043/19
10049/18 10049/19
10055/4 10110/10
10110/24 10114/11
10114/24

**responses [1]**
10049/12

**rest [1]** 10106/23

**restrict [2]** 10008/7
10018/2

**restrictions [2]**
10020/5 10041/9

**restrictive [1]** 10028/5

**restricts [2]** 10008/3
10008/18

**restructured [1]**
10092/17

**result [2]** 10030/1

10066/19

**resulted [2]** 9997/18
10108/9

**results [1]** 10081/11

**resume [3]** 9993/4
10062/9 10117/2

**RESUMED [1]** 9994/3

**retail [1]** 10037/4

**Retention [1]** 10059/2

**returns [5]** 10078/5
10078/7 10078/9
10078/10 10078/15

**rev [12]** 9989/10
9989/15 9998/3
10049/6 10091/20
10091/25 10101/3
10113/9 10113/12
10113/23 10115/22
10116/5

**rev share [12]** 9989/10
9989/15 9998/3
10049/6 10091/20
10091/25 10101/3
10113/9 10113/12
10113/23 10115/22
10116/5

**reveal [2]** 9988/22
9989/6

**revealing [1]** 9989/5

**revenue [14]** 9990/10
9990/23 9991/4 9991/4
9992/7 10022/18
10023/1 10023/8
10054/24 10063/18
10071/9 10086/2
10086/15 10115/2

**revenue-share-related
[1]** 9991/4

**revenues [1]** 9991/12
10085/2 10086/16
10086/17

**reversal [1]** 10074/17

**reviewed [2]** 10112/17
10112/18

**rid [3]** 10008/4 10011/2
10099/14

**right [217]**

**rise [4]** 10062/11
10062/14 10082/11
10119/1

**Rishi [1]** 10043/23

**rising [2]** 10001/12
10109/17

**rival [6]** 10008/3
10027/25 10028/22
10082/4 10100/2
10116/4

**rivals [5]** 10003/18
10007/9 10027/9
10027/14 10027/21

**rivals' [1]** 10005/23

**RMR [2]** 10120/2
10120/8

**robust [1]** 10009/11

**roll [1]** 9991/10

**roll-up [1]** 9991/10

**roof [1]** 10009/8

**Roszak [1]** 10055/10

**R**

**roughly [5]** 10001/2 10051/15 10064/22 10067/5 10072/5

**routinely [1]** 10054/11

**RSA [15]** 9987/10 9987/15 10040/1 10063/14 10088/3 10088/10 10090/9 10091/2 10091/18 10092/8 10092/17 10092/21 10093/5 10093/9 10094/3

**RSAs [3]** 10063/10 10090/10 10090/13

**rule [1]** 10038/11

**ruled [1]** 10036/23

**Russia [8]** 10000/2 10001/5 10001/14 10001/15 10001/18 10001/25 10002/7 10002/16

**Russian [3]** 9998/23 10000/24 10002/15

**S**

**Safari [14]** 9995/14 9995/17 10017/7 10019/4 10027/25 10028/22 10028/24 10058/18 10059/6 10059/16 10061/7 10086/17 10102/25 10103/14

**Safty [4]** 9984/2 9987/18 9989/2 9990/17

**said [22]** 9989/3 9999/5 10011/5 10016/22 10029/18 10039/8 10047/21 10055/4 10075/11 10075/15 10078/12 10079/20 10083/13 10086/18 10087/2 10088/1 10088/1 10092/12 10095/9 10103/9 10106/25 10107/2

**sales [3]** 10003/18 10058/20 10059/17

**Sallet [2]** 9983/11 9986/8

**same [27]** 9990/14 9998/3 10000/11 10002/12 10005/3 10005/4 10005/5 10009/12 10009/22 10053/24 10053/25 10054/18 10054/19 10055/18 10056/4 10059/19 10059/20 10063/25 10065/25 10075/4 10076/21 10077/17 10083/2 10088/14 10089/4 10115/23 10117/3

**Samsung [8]** 9989/17

10043/21 10044/5 10044/12 10113/14 10115/3

**Samsung's [1]** 10044/16

**satisfies [2]** 10039/1 10039/5

**saves [1]** 10101/25

**saw [4]** 10055/3 10056/7 10065/3 10111/15

**say [59]** 9989/16 9997/23 10001/11 10001/11 10005/24 10006/21 10007/13 10007/14 10007/24 10008/1 10008/5 10009/19 10010/13 10013/7 10016/24 10017/6 10017/17 10019/22 10020/18 10028/7 10029/5 10030/9 10032/24 10035/7 10035/14 10036/3 10039/19 10041/12 10044/25 10045/22 10046/19 10047/1 10047/9 10054/21 10056/17 10061/19 10066/12 10069/2 10075/6 10077/2 10080/13 10081/21 10082/4 10082/20 10084/24 10085/19 10086/11 10086/12 10087/13 10096/15 10099/16 10103/8 10107/8 10111/15 10111/16 10111/23 10113/5 10116/10 10116/21

**saying [11]** 10007/7 10008/10 10010/21 10013/6 10020/7 10032/9 10035/16 10041/22 10087/3 10091/20 10098/25

**says [30]** 9995/12 9995/23 10003/10 10008/2 10010/15 10025/10 10025/19 10034/6 10034/20 10051/10 10058/9 10061/3 10061/6 10063/8 10065/2 10065/23 10070/21 10078/15 10087/23 10093/5 10099/1 10099/1 10103/21 10105/14 10106/8 10106/14 10109/3 10109/7 10111/20 10115/24

**SBrowser [5]** 10064/22 10065/2 10065/8 10065/17 10065/25

10046/24 10075/21 10077/18 10077/19 10077/21 10107/9

**scenario [4]** 10032/15 10054/3 10061/4 10061/21

**Schmidtlein [2]** 9984/2 9986/10

**science [1]** 10038/24

**screen [57]** 9994/17 9994/21 9997/6 9999/8 9999/12 9999/18 10000/6 10000/20 10001/20 10002/7 10002/9 10002/7 10002/9 10005/19 10005/23 10006/14 10007/9 10008/21 10009/1 10009/3 10009/5 10009/10 10009/19 10010/1 10010/10 10010/17 10010/18 10011/8 10016/4 10023/1 10023/5 10023/12 10023/15 10029/17 10034/4 10034/7 10045/15 10045/16 10045/17 10046/2 10050/6 10050/9 10050/11 10050/15 10050/18 10056/7 10064/14 10094/21 10096/20 10097/4 10103/23 10104/8 10104/12 10105/10 10105/11 10106/7 10106/10

**screen's [1]** 10002/16

**screens [4]** 9994/8 9998/24 10008/11 10022/9

**seal [1]** 9992/13

**sealed [1]** 9990/12

**search [134]** 9991/11 9995/14 9996/13 9996/19 9996/19 9996/21 10001/19 10001/25 10002/1 10012/13 10012/17 10012/19 10014/19 10014/21 10014/22 10015/1 10015/8 10015/14 10015/20 10016/5 10016/12 10016/18 10017/1 10017/1 10017/5 10017/8 10017/14 10017/20 10018/3 10018/8 10018/17 10019/5 10019/12 10022/5 10022/6 10022/8 10022/11 10022/19 10023/2 10023/9 10023/15 10026/4 10026/7 10026/9 10028/23

10030/15 10031/21 10032/22 10034/25 10035/8 10035/10 10035/13 10035/20 10039/18 10039/19 10039/23 10040/12 10040/23 10040/24 10041/1 10041/4 10041/8 10041/14 10041/15 10041/17 10041/20 10042/4 10042/6 10042/7 10042/11 10042/12 10044/6 10047/22 10051/18 10061/8 10063/9 10063/19 10067/20 10068/2 10068/14 10068/16 10068/18 10068/19 10068/23 10069/2 10069/8 10069/18 10070/6 10070/22 10071/18 10072/3 10077/21 10077/23 10079/25 10080/10 10081/5 10081/6 10081/10 10083/23 10084/11 10084/17 10085/2 10085/17 10086/3 10086/4 10089/7 10089/16 10089/18 10090/2 10090/17 10090/18 10091/1 10091/4 10091/25 10092/4 10093/10 10100/2 10100/8 10100/10 10100/19 10100/21 10101/7 10101/9 10101/13 10101/24 10102/18 10103/13 10103/20 10106/9 10111/6 10111/8 10112/24

**searches [2]** 10084/8 10084/11

**searching [3]** 10039/22 10039/22 10101/19

**seated [2]** 9986/3 10062/17

**second [12]** 9994/8 9995/1 9997/2 10005/13 10024/14 10043/5 10043/6 10045/17 10057/19 10058/9 10064/20 10097/8

**section [6]** 9983/7 9983/12 9988/3 9996/12 9996/13 10047/2

**Section 2.4 [2]** 9996/12 9996/13

**securing [3]** 10027/25 10028/22 10030/1 **security [3]** 10071/8

**see [121]** 9991/20 9995/7 9995/9 9995/15 9995/19 9996/9 9996/15 9996/22 9997/1 9997/8 9997/11 9999/21 9999/22 10000/3 10000/17 10001/6 10001/7 10001/10 10001/13 10001/16 10003/2 10003/3 10003/3 10003/12 10003/22 10005/6 10008/16 10011/7 10011/19 10012/21 10014/9 10016/15 10022/25 10024/24 10024/24 10025/3 10025/9 10025/15 10025/23 10026/10 10030/6 10034/22 10041/3 10042/24 10043/13 10043/24 10044/8 10048/23 10051/4 10051/10 10051/21 10054/4 10054/11 10055/10 10055/14 10055/17 10057/15 10058/6 10058/7 10058/11 10058/15 10059/3 10059/7 10059/8 10059/12 10060/17 10060/20 10060/21 10061/4 10061/12 10061/16 10062/10 10063/4 10063/12 10063/20 10064/17 10064/23 10064/25 10065/6 10065/9 10066/1 10070/2 10070/18 10071/1 10071/19 10075/13 10081/2 10087/10 10092/23 10093/17 10095/13 10095/14 10096/1 10096/7 10097/6 10097/11 10098/18 10098/21 10098/24 10103/9 10105/7 10106/5 10106/7 10107/11 10107/22 10109/1 10109/5 10109/13 10109/24 10110/13 10110/18 10110/25 10111/11 10111/17 10115/4 10115/11 10117/21 10117/25

**seeing [1]** 10066/5

**seek [3]** 9990/5 10026/21 10089/20

**seeks [1]** 10026/19

**seem [2]** 10018/12 10111/15

**seemed [1]** 10005/14

**seems [7]** 10001/21 10007/17 10017/15 10018/11 10025/10 10069/1 10077/24
**seen [25]** 9991/15 10010/14 10012/14 10033/5 10033/9 10035/7 10035/14 10035/18 10043/10 10044/18 10044/24 10049/8 10054/11 10066/10 10066/13 10070/9 10070/13 10087/4 10090/13 10093/4 10094/2 10095/5 10110/14 10111/20 10116/2
**Selection [1]** 9996/13
**self [1]** 10085/25
**self-evident [1]** 10085/25
**sell [3]** 10082/25 10088/7 10088/11
**seller [1]** 10037/7
**selling [1]** 10097/22
**send [1]** 10118/8
**sending [2]** 10025/3 10064/21
**sense [3]** 9987/7 10010/22 10042/10
**sensible [1]** 10022/24
**sensitivity [2]** 9988/11 9993/9
**sent [1]** 10061/20
**sentence [1]** 10061/15
**separate [5]** 10088/17 10089/17 10091/13 10092/7 10092/21
**separately [1]** 10016/7
**separating [2]** 10089/15 10089/24
**September [1]** 10109/3
**series [2]** 10026/17 10070/16
**serve [5]** 10017/6 10019/18 10020/4 10021/9 10089/11
**served [1]** 10020/1
**Service [1]** 9995/24
**services [2]** 9983/7 10100/2
**serving [2]** 10021/12 10021/22
**session [3]** 9982/7 9992/23 10062/15
**set [2]** 10058/18 10078/9
**sets [1]** 9994/16
**setting [1]** 10084/16
**setup [2]** 9996/17 10106/10
**seven [3]** 10009/3 10009/4 10010/2
**several [2]** 9988/11 10036/18
**Sewell [1]** 10025/3
**SFO [1]** 10097/1

**share [2]** 9989/15 9989/15 9990/7
**shareholders [1]** 9990/23 9991/4 9992/7 9998/3 10001/25 10002/1 10002/10 10003/18 10009/16 10009/21 10015/15 10015/18 10015/21 10016/12 10021/23 10022/18 10028/10 10028/11 10029/3 10030/2 10031/24 10033/3 10033/24 10047/18 10049/6 10059/9 10072/6 10072/11 10074/8 10075/3 10086/15 10091/20 10091/25 10101/3 10113/9 10113/12 10113/23 10115/2 10115/22 10116/5
**shares [5]** 10004/9 10058/17 10072/8 10073/13 10077/3
**sharpened [1]** 10028/19
**she [3]** 10087/12 10088/1 10088/1
**she's [2]** 10087/23 10087/24
**sheet [6]** 10024/18 10025/4 10025/8 10025/13 10026/19 10026/21
**shift [5]** 10029/3 10029/4 10051/19 10058/17 10072/17
**shifted [4]** 10051/17 10072/15 10072/20 10072/21
**shifting [1]** 10026/14
**ship [3]** 10012/13 10014/5 10014/9
**short [1]** 10084/12
**shortly [1]** 10062/10
**should [13]** 9990/9 9990/14 9992/4 10000/20 10003/17 10003/24 10017/11 10017/12 10079/16 10094/24 10102/5 10111/16 10116/21
**show [11]** 9998/9 9998/18 10019/15 10034/11 10046/11 10047/22 10048/3 10049/20 10094/2 10096/14 10101/6
**showed [2]** 10109/18 10110/9
**showing [4]** 10019/20 10073/12 10107/14 10111/9
**shown [6]** 9997/17 9997/20 9997/20 9998/15 10001/10 10109/18

**snowbird [1]** 10001/24 10024/7 10112/23
**sic [1]** 10001/14
**side [3]** 9997/22 9998/8 10062/21
**side's [1]** 9998/19
**sides [3]** 9997/15 9997/21 10027/3
**sign [4]** 10017/9 10017/12 10017/13 10091/13
**signatories [1]** 10040/1
**signed [3]** 9997/18 10017/9 10017/13
**significant [1]** 10030/3 10031/20 10059/22 10081/7
**significantly [2]** 10059/11 10111/21
**similar [4]** 10010/8 10029/2 10097/15 10098/1
**simple [3]** 10051/9 10083/10 10083/17
**simply [3]** 10009/25 10047/16 10090/1
**since [9]** 9988/18 10000/21 10008/9 10009/17 10036/7 10048/9 10081/5 10109/21 10118/2
**single [7]** 10013/15 10013/15 10019/4 10045/16 10047/22 10100/14 10100/15
**sir [74]** 9994/7 9994/23 9996/7 9997/12 9998/11 10000/7 10004/4 10005/12 10007/19 10009/24 10011/13 10011/15 10011/19 10011/22 10013/9 10015/20 10016/14 10019/3 10019/19 10020/3 10020/22 10023/10 10031/16 10031/19 10038/2 10038/18 10040/18 10041/6 10041/23 10042/2 10043/5 10043/7 10043/11 10046/10 10047/6 10048/11 10048/15 10052/16 10056/13 10060/14 10060/21 10062/20 10063/1 10063/5 10063/12 10064/12 10066/22 10069/22 10069/23 10073/8 10073/16 10074/16 10079/21 10079/24 10083/10 10094/22 10095/2 10095/5 10096/4 10096/14 10099/24

10105/1 10106/5 10107/6 10108/18 10112/2 10114/20 10115/9 10115/11 10116/23 10117/4
**Siri [1]** 10020/2
**sitting [1]** 10111/5
**situation [2]** 10083/17 10112/11
**sizes [1]** 10076/17
**skills [1]** 10069/24
**slide [28]** 9992/19 9999/2 10004/25 10004/25 10005/5 10006/19 10007/2 10034/18 10048/14 10054/11 10062/22 10062/25 10070/5 10079/13 10080/4 10080/5 10080/7 10087/23 10088/2 10093/14 10099/24 10101/11 10102/9 10103/22 10107/5 10108/23 10111/22 10115/10
**Slide 49 [1]** 10099/24
**slides [4]** 10016/11 10049/20 10054/3 10070/16
**slopes [2]** 10074/20 10075/7
**slow [3]** 10074/9 10075/3 10075/6
**slowdown [1]** 10107/24
**slowed [2]** 10075/1 10108/1
**small [2]** 10001/7 10105/10
**smaller [1]** 10075/3
**so [202]**
**so I think [4]** 9988/16 9991/7 10051/4 10112/16
**So it's [4]** 9997/9 10007/11 10095/8 10113/11
**so this is [9]** 9995/25 9996/24 10000/5 10000/5 10008/15 10043/21 10060/12 10061/10 10108/23
**software [4]** 9996/17 9996/20 10018/25 10026/8
**sold [1]** 10106/9
**sole [1]** 9996/18
**some [55]** 9987/23 9991/1 9993/2 9998/21 10002/6 10010/22 10011/2 10012/1 10013/1 10017/6 10018/4 10019/16 10019/16 10027/6 10030/1 10031/6 10035/9 10037/11

10113/23 10042/10
10042/25 10058/1 10061/8 10067/16 10067/20 10067/25 10068/10 10072/20 10072/22 10076/5 10078/1 10078/8 10078/16 10078/18 10078/20 10079/6 10079/7 10079/8 10081/19 10082/8 10082/11 10084/1 10085/14 10089/3 10091/23 10093/10 10093/23 10093/24 10100/21 10103/16 10103/18 10104/1 10104/5 10104/7 10115/24
**somebody [7]** 9997/22 10013/7 10018/25 10020/6 10038/14 10097/24 10102/6
**somebody's [1]** 10089/10
**someone [3]** 10045/21 10064/21 10081/24
**something [22]** 9989/9 9989/10 9991/18 9997/23 9998/5 10007/12 10010/25 10020/9 10024/11 10035/14 10036/13 10040/13 10040/23 10044/6 10046/1 10053/21 10066/19 10069/24 10075/7 10076/4 10079/8 10085/6
**sometimes [8]** 10015/18 10036/5 10081/24 10093/19 10097/17 10097/18 10097/23 10097/24
**somewhat [4]** 10040/22 10061/19 10082/5 10104/13
**somewhere [1]** 10071/12
**sorry [22]** 10001/24 10011/20 10011/21 10016/20 10016/21 10021/5 10027/18 10028/7 10029/11 10034/24 10039/3 10048/18 10050/22 10059/20 10069/24 10071/4 10077/19 10079/18 10096/25 10104/20 10105/15 10117/21
**sort [14]** 9987/20 9987/25 9988/7 9988/16 9989/18 9989/19 9989/21 9990/6 9991/10 10011/1 10013/6 10013/21 10022/21

10142

# S

**sort... [1]** 10031/7
**sought [3]** 9987/25
9988/10 9997/16
**sounds [1]** 10001/1
**source [2]** 10004/13
10056/19
**sources [1]** 10086/19
**specialized [2]**
10041/20 10042/11
**specific [10]** 9987/5
9988/5 9988/22 9989/9
9990/5 9992/9 10050/8
10068/23 10087/11
10104/1
**specifically [9]** 9992/6
9992/7 10003/17
10018/6 10046/2
10067/14 10068/13
10110/5 10112/5
**specifics [1]** 10038/9
**spend [2]** 10034/13
10112/15
**spline [1]** 10075/12
**Spotlight [12]**
10016/19 10017/7
10019/15 10019/18
10019/20 10020/2
10020/4 10021/9
10021/22 10022/3
10022/5 10022/11
**Spotlight's [1]** 10022/7
**Sprint [1]** 10115/3
**spurring [1]** 10111/14
**stand [5]** 9994/3
10041/25 10053/18
10118/3 10118/8
**standard [3]** 10032/16
10034/5 10094/17
**stands [2]** 10062/11
10119/1
**start [1]** 10049/1
**started [3]** 9993/15
10000/25 10033/24
**starting [4]** 10074/4
10079/25 10105/14
10106/8
**State [1]** 9983/11
**statement [6]** 10032/9
10036/2 10082/9
10086/24 10087/11
10090/6
**states [9]** 9982/1
9982/3 9982/10 9986/5
9986/9 9989/22
10051/19 10098/8
10111/3
**statistical [2]** 10031/7
10078/18
**statistics [1]** 10076/22
**stay [1]** 10030/19
**stenography [1]**
9984/11
**step [3]** 10016/18
10102/1 10117/7
**steps [2]** 10007/2
10084/19
**sticky [1]** 10025/17

sti... [1] 10017/20
10057/20 10058/1
10067/8 10099/2
10100/21 10109/8
10109/9 10113/2
10114/12 10115/5
**stop [1]** 10026/19
**store [1]** 10044/3
**story [2]** 10002/9
10083/17
**strategic [2]** 10012/18
10070/6
**strategy [1]** 9987/14
**Street [2]** 9983/3
9983/8
**strength [2]** 10009/20
10009/20
**strict [1]** 10086/24
**strike [1]** 10067/10
**strong [5]** 10009/13
10009/14 10010/10
10036/7 10113/17
**structure [1]** 10092/9
**stuff [2]** 10080/14
10109/10
**subject [6]** 9995/17
10012/9 10054/2
10060/10 10094/14
10095/16
**substantial [3]**
10015/15 10015/18
10015/21
**subtleties [1]** 10037/14
**succeeded [1]**
10112/25
**succeeding [1]**
10094/11
**successful [6]**
10015/16 10015/23
10015/25 10016/1
10019/10 10094/12
**successfully [1]**
10003/20
**such [1]** 10103/13
**suggest [1]** 10013/19
**suggests [3]** 10017/7
10026/8 10026/20
**suitable [1]** 10007/18
**Suite [2]** 9983/14
9983/19
**summaries [1]**
10071/13
**summary [3]** 10046/10
10112/17 10112/22
**superior [2]** 10034/17
10112/25
**supply [3]** 10021/15
10022/2 10112/24
**support [1]** 10034/20
**supports [2]** 10030/10
10070/22
**supposed [1]** 10036/1
**sure [42]** 9986/21
9988/23 10004/1
10009/8 10009/10
10015/9 10016/23
10018/7 10027/19
10028/19 10030/9

10035/23 10050/9
10061/17 10068/11
10076/9 10077/10
10078/13 10080/15
10081/1 10082/6
10082/9 10085/22
10088/7 10088/9
10088/10 10088/17
10088/21 10088/22
10090/11 10092/9
10096/9 10096/11
10099/8 10102/14
10106/16 10113/4
10114/6 10117/9
10118/21
**surprised [1]** 10097/14
**surprising [1]**
10082/18
**SW [1]** 9984/3
**switch [1]** 10082/17
**switched [3]** 10074/5
10074/18 10100/13
**switches [1]** 10082/5
**switching [2]** 10094/23
10094/24
**SWORN [1]** 9994/3
**syndication [2]**
10107/8 10108/15
**systems [4]** 10019/6
10094/10 10094/12
10094/12

# T

**T-Mobile [2]** 10113/14
10115/3
**tab [1]** 10057/22
**table [1]** 10020/15
**tabs [1]** 10057/21
**TAC [5]** 9990/22
9991/13 9991/14
9991/16 10087/14
**take [15]** 10000/10
10016/18 10023/15
10025/17 10025/20
10033/24 10038/10
10062/22 10074/25
10084/19 10096/23
10099/23 10106/22
10106/24 10117/1
**taken [1]** 10091/17
**takes [1]** 10047/14
**taking [1]** 10031/24
**talk [14]** 10013/10
10020/24 10022/6
10032/15 10033/9
10035/10 10046/19
10048/21 10050/18
10112/10 10108/14
10110/13 10117/8
10117/14
**talked [9]** 10010/18
10015/11 10030/18
10034/2 10047/3
10047/7 10062/20
10072/18 10089/3
**talking [7]** 10030/20
10042/6 10049/1

10110/5 10112/5
**talks [1]** 10055/2
10116/7
**targeted [1]** 9987/22
**team [5]** 10055/18
10098/9 10098/11
10102/13 10117/15
**technique [1]**
10032/16
**technology [3]** 9983/7
10040/1 10111/9
**tell [1]** 9991/22
10015/5 10024/10
10045/3 10066/15
10074/6 10075/1
10083/15 10083/18
10099/18 10099/22
10102/4 10117/13
**telling [2]** 10031/12
10050/16
**tells [4]** 9997/19
10080/22 10083/18
10096/9
**template [1]** 9987/14
**tend [3]** 10072/9
10081/6 10082/3
**tends [1]** 10019/11
**tenth [1]** 10057/22
**term [11]** 10018/2
10024/3 10024/18
10025/4 10025/8
10025/13 10026/19
10026/21 10035/19
10090/24 10095/21
**terms [31]** 9987/23
9988/12 9989/7 9990/5
9998/7 10004/9
10006/11 10009/11
10010/16 10014/20
10019/14 10021/16
10024/5 10025/19
10026/6 10026/22
10030/24 10031/8
10032/1 10032/22
10034/1 10034/3
10034/14 10044/5
10044/11 10044/13
10055/2 10090/10
10113/1 10116/11
10117/19
**Terrific [1]** 9992/21
**test [7]** 10005/5
10005/14 10006/5
10006/13 10006/19
10007/18 10011/5
**testified [6]** 9994/3
10012/4 10022/17
10037/21 10080/16
10101/12
**testifying [1]** 9989/14
**testimony [21]**
9989/20 9990/12
10011/25 10013/22
10029/7 10029/13
10029/16 10031/19
10031/20 10033/5
10033/14 10034/3

10055/10 10061/25
10087/9 10091/14
10092/20 10092/23
10117/4
**than [23]** 9991/4
9999/9 10010/13
10010/24 10028/1
10028/7 10028/8
10028/9 10028/23
10029/6 10037/14
10065/11 10075/22
10076/8 10077/5
10083/8 10086/2
10097/19 10102/6
10102/23 10103/7
10104/15 10117/24
**Thank [22]** 9992/14
9992/21 9993/6
9993/18 9993/18
9993/21 9995/2
10017/25 10053/6
10053/25 10057/24
10062/10 10062/14
10062/18 10067/10
10073/16 10105/13
10106/2 10106/3
10117/5 10117/6
10117/8
**Thank you [18]**
9992/14 9993/6
9993/18 9993/18
9995/2 10017/25
10053/6 10053/25
10062/10 10062/18
10067/10 10073/16
10105/13 10106/2
10106/3 10117/5
10117/6 10117/8
**Thanks [3]** 10044/1
10053/7 10118/24
**that [678]**
**that'll [2]** 9999/17
10118/23
**that's [117]** 9987/24
9988/6 9988/7 9990/21
9995/1 9998/25 9999/1
9999/13 10002/4
10002/5 10003/24
10004/5 10004/7
10005/20 10007/25
10008/14 10009/1
10011/7 10011/10
10011/11 10014/15
10015/5 10015/11
10017/22 10018/11
10018/13 10018/20
10019/2 10020/9
10020/15 10020/20
10021/6 10023/5
10023/8 10024/10
10024/13 10027/1
10028/12 10028/25
10030/10 10030/14
10031/12 10032/3
10032/5 10033/8
10033/19 10035/16
10036/5 10036/3

10143

**that's... [68]** 10036/8
10037/21 10038/24
10040/8 10040/13
10040/20 10041/4
10042/14 10043/1
10044/19 10045/6
10047/16 10048/4
10049/3 10050/1
10050/9 10050/11
10050/14 10050/24
10051/5 10052/7
10054/10 10055/1
10057/21 10065/10
10068/20 10069/19
10071/5 10071/11
10072/8 10072/17
10072/18 10076/21
10077/7 10077/23
10077/24 10078/12
10081/9 10081/16
10084/5 10084/9
10084/15 10085/3
10085/8 10085/19
10087/21 10088/1
10089/9 10089/12
10090/23 10090/23
10091/10 10091/11
10094/20 10096/16
10100/5 10102/5
10102/7 10103/12
10103/17 10106/24
10109/11 10109/18
10110/8 10110/25
10111/15 10112/10
10117/19
**their [57]** 9989/15
9995/14 10009/21
10014/20 10015/15
10015/21 10017/15
10020/14 10026/15
10026/19 10028/4
10031/13 10034/6
10036/7 10036/8
10037/9 10037/19
10037/22 10037/23
10037/24 10037/24
10041/13 10046/24
10046/24 10049/10
10055/4 10055/5
10055/24 10058/20
10059/17 10074/8
10077/15 10080/13
10080/13 10088/5
10088/7 10088/10
10088/13 10088/16
10088/20 10089/1
10089/6 10089/8
10089/11 10089/18
10089/19 10090/2
10090/2 10094/8
10097/15 10106/22
10106/24 10109/11
10110/5 10110/7
10111/21 10113/24
**theirs [1]** 10027/1
**them [39]** 9987/2
9994/11 9994/17

10023/8 10036/22
10037/25 10040/7
10047/5 10047/9
10052/23 10055/22
10063/25 10066/17
10066/18 10067/20
10069/19 10071/24
10072/22 10072/22
10076/21 10084/6
10084/15 10087/6
10088/11 10089/10
10092/2 10092/3
10093/24 10097/21
10106/22 10107/15
10111/6 10111/10
10116/8 10116/21
10118/2 10118/8
**themselves [5]**
10017/6 10021/21
10041/4 10053/16
10098/16
**then [33]** 9993/4
9995/22 10001/23
10003/15 10004/25
10007/4 10007/21
10010/3 10014/8
10017/14 10022/3
10025/7 10028/17
10030/4 10035/1
10044/4 10048/8
10057/9 10059/8
10060/9 10068/18
10071/15 10072/11
10072/13 10074/21
10078/14 10096/16
10097/25 10098/2
10099/10 10101/23
10101/24 10106/14
**theory [4]** 10003/24
10008/2 10021/25
10031/17
**there [79]** 9987/22
9991/1 9997/23
10000/18 10004/20
10005/3 10005/14
10009/13 10009/13
10018/9 10019/14
10019/24 10019/25
10020/1 10020/5
10020/5 10021/16
10021/17 10022/23
10026/22 10027/2
10031/11 10032/1
10033/25 10034/19
10035/21 10035/23
10037/7 10037/11
10039/19 10041/8
10042/25 10043/7
10044/24 10045/2
10045/25 10046/1
10047/8 10047/24
10048/15 10048/20
10050/8 10058/25
10063/1 10063/5
10063/6 10067/2
10068/3 10069/23
10070/1 10071/5

10079/1 10079/6
10086/6 10086/23
10088/9 10088/24
10091/8 10094/22
10095/2 10098/6
10101/24 10104/3
10104/7 10104/21
10107/6 10108/11
10108/14 10108/18
10108/21 10109/7
10109/10 10110/3
10112/7 10114/20
10115/12 10115/16
**there's [53]** 9987/22
9988/5 9989/18
9992/19 10002/7
10004/12 10006/20
10006/25 10007/22
10009/12 10013/19
10014/9 10014/11
10015/11 10016/8
10019/22 10019/23
10020/13 10020/17
10021/17 10027/3
10028/14 10030/21
10031/4 10031/19
10033/25 10034/6
10035/9 10037/11
10045/23 10047/21
10070/16 10071/12
10074/3 10074/17
10075/23 10075/23
10075/24 10076/6
10078/5 10078/7
10078/18 10079/10
10081/15 10085/19
10086/19 10086/21
10088/19 10099/6
10099/6 10108/3
10112/14 10115/23
**therefore [2]** 9987/6
9990/14
**these [42]** 9987/19
9988/1 9988/12 9989/3
9989/4 9989/8 9990/7
9990/10 9990/10
10010/15 10010/16
10010/17 10031/8
10034/1 10034/13
10044/25 10046/25
10049/19 10051/25
10052/11 10052/17
10053/19 10053/20
10053/21 10053/21
10055/5 10055/23
10055/24 10056/18
10056/23 10061/18
10063/23 10064/3
10065/14 10066/11
10066/14 10071/13
10100/19 10101/4
10101/7
**they [224]**
**they'd [4]** 10021/23
10088/10 10089/20
10089/20

**they're [42]** 9998/1
9998/5 9998/17
10006/8 10013/18
10015/23 10017/19
10018/22 10018/25
10026/22 10032/23
10035/8 10036/6
10036/11 10039/19
10041/3 10041/13
10045/15 10049/20
10055/5 10056/4
10057/25 10057/25
10061/16 10066/15
10074/9 10078/8
10079/7 10085/3
10085/9 10089/15
10090/17 10096/10
10098/25 10100/9
10100/20 10100/24
10100/20 10100/24
10101/10 10103/10
10113/24
**they've [6]** 10073/2
10092/17 10092/24
10093/1 10109/11
10109/20
**thing [9]** 10020/18
10059/19 10062/24
10073/22 10096/4
10096/8 10096/9
10098/16 10112/16
**things [29]** 10002/7
10004/8 10004/10
10009/18 10017/5
10017/7 10019/11
10022/4 10033/9
10037/14 10039/8
10039/16 10039/24
10046/17 10080/14
10081/14 10081/21
10081/25 10082/1
10082/4 10085/23
10087/25 10090/4
10103/21 10104/14
10109/8 10112/13
10112/13 10116/8
**think [114]** 9988/2
9988/8 9988/13
9988/16 9989/19
9991/7 9991/8 9992/2
9992/3 9992/11
9992/11 9992/12
9995/1 9998/17
10001/8 10002/6
10002/9 10002/18
10004/7 10004/8
10004/23 10005/20
10006/20 10008/24
10009/18 10012/1
10013/2 10013/2
10013/12 10013/18
10015/10 10017/3
10017/13 10017/16
10021/11 10022/21
10023/18 10026/16
10026/22 10028/3
10028/25 10028/25

10029/5
10031/11 10032/11
10033/1 10034/16
10035/21 10042/19
10044/19 10045/3
10045/8 10046/14
10047/1 10047/24
10048/5 10050/20
10050/24 10051/4
10051/5 10053/3
10055/3 10055/4
10056/18 10056/25
10057/12 10059/10
10061/14 10067/6
10068/15 10068/20
10068/24 10068/25
10069/11 10071/3
10074/1 10075/8
10075/11 10077/5
10078/6 10078/6
10078/12 10078/13
10080/16 10081/4
10081/15 10082/11
10082/14 10085/14
10088/6 10090/24
10091/1 10092/20
10093/2 10093/7
10093/9 10097/19
10098/9 10098/25
10099/4 10099/5
10101/8 10102/2
10102/12 10103/5
10109/18 10110/3
10111/10 10112/16
10116/14 10116/19
10117/10 10117/21
**thinking [1]** 10013/2
**third [19]** 9988/6
9988/8 9988/19
9988/22 9988/24
9991/5 9991/13
10012/9 10012/11
10014/25 10063/19
10064/22 10065/12
10065/17 10068/13
10095/22 10108/24
10110/21 10110/23
**third-party [4]**
10063/19 10065/12
10065/17 10068/13
**this [191]**
**This is Civil [1]** 9986/5
**those [31]** 9988/8
9988/17 9988/12
9990/22 10013/1
10021/12 10021/15
10024/5 10024/6
10033/9 10035/15
10039/24 10046/17
10066/5 10066/5
10066/7 10067/16
10067/19 10068/7
10070/24 10072/20
10081/14 10084/14
10086/25 10087/5
10091/2 10091/4
10091/8 10091/9
10094/16 10113/17

**T**

**though [5]** 9992/9
10007/12 10033/3
10047/5 10103/10
**thought [5]** 10039/8
10042/25 10069/12
10072/1 10111/16
**threat [1]** 10034/25
**three [3]** 9989/19
10000/14 10067/6
**three-dimensional [1]**
9989/19
**through [24]** 10001/10
10012/20 10017/6
10017/7 10020/2
10021/3 10022/11
10030/21 10037/18
10039/1 10039/5
10039/16 10047/8
10054/24 10057/4
10057/22 10072/1
10072/2 10093/10
10101/19 10102/18
10102/19 10103/11
10117/14
**throughout [1]** 9990/6
**thrown [1]** 10009/7
**time [21]** 9992/20
10001/15 10001/18
10002/12 10009/12
10020/1 10020/1
10055/6 10067/5
10073/20 10098/13
10100/3 10100/10
10100/14 10100/15
10102/18 10104/3
10104/8 10112/15
10116/24 10117/23
**tired [3]** 10097/3
10097/8 10098/17
**title [1]** 10003/5
**titled [1]** 10120/4
**today [8]** 10009/13
10010/9 10010/12
10017/18 10018/9
10018/14 10020/14
10053/5
**together [5]** 10010/24
10039/24 10044/1
10076/23 10102/13
**told [2]** 10029/19
10092/12
**tons [1]** 10019/9
**too [7]** 9998/19
10037/8 10071/3
10071/5 10099/1
10109/11 10116/10
**took [2]** 10056/14
10099/9
**top [16]** 9989/2
9995/23 10035/22
10043/20 10058/25
10061/15 10093/8
10093/12 10095/12
10095/19 10100/25
10104/14 10106/16
10107/3 10107/8
10111/3

**total [4]** 10059/20
10059/22 10103/25
10104/4
**touch [1]** 9994/7
**toward [1]** 10016/18
**tracks [1]** 10108/6
**traffic [3]** 9989/8
10087/13 10103/11
**trajectory [1]** 10073/19
**transcript [3]** 9982/9
9984/11 10120/3
**transcription [1]**
9984/11
**trend [2]** 10074/2
10074/2
**trial [3]** 9982/9 9991/15
10118/13
**tried [5]** 10002/19
10019/3 10074/7
10074/12 10084/16
**trouble [1]** 10099/16
**true [4]** 10001/21
10077/16 10077/17
10085/14
**truncating [1]** 10026/6
**try [5]** 10015/24
10066/23 10077/10
10077/19 10081/17
**trying [7]** 10004/15
10004/15 10007/19
10020/23 10023/20
10091/24 10096/2
**Tunis [1]** 10111/8
**turn [3]** 10034/19
10048/12 10075/21
**two [28]** 9989/5 9989/8
9990/21 9994/16
10003/20 10004/2
10004/10 10021/12
10039/24 10051/19
10052/11 10053/11
10053/15 10054/19
10065/23 10077/9
10089/11 10092/21
10093/1 10093/2
10098/9 10109/7
10109/7 10109/8
10109/22 10117/17
10118/7 10118/19
**two different [1]**
9989/5
**TYLER [1]** 9983/18
**type [2]** 9990/11
9990/14
**types [1]** 9989/3
**typical [1]** 10106/20
**typically [7]** 9989/24
10036/12 10081/22
10113/7 10113/21
10114/24 10115/20

**U**

**U.S [4]** 9983/2 9983/6
10059/2 10073/12
**UIs [1]** 10026/9
**ultimate [1]** 10015/3
**ultimately [1]** 9997/18
**under [20]** 9987/21

9988/3 9989/1
9992/12 10005/20
10006/5 10007/13
10007/15 10007/16
10007/25 10017/23
10025/19 10031/17
10034/7 10065/20
10070/20 10071/16
10090/12 10099/2
**underlie [1]** 10064/1
**underlying [3]** 10024/9
10066/14 10087/25
**understand [30]**
9990/20 9990/24
9996/1 10000/24
10007/23 10016/24
10018/9 10018/10
10018/15 10019/19
10020/3 10021/8
10027/5 10031/19
10035/6 10039/11
10040/3 10041/12
10047/7 10052/24
10053/9 10054/6
10064/12 10096/7
10096/21 10098/16
10099/1 10108/5
10112/2 10113/7
**understanding [9]**
9998/25 9999/1
10022/7 10038/25
10039/13 10040/2
10042/25 10044/24
10113/11
**understands [1]**
10103/6
**understood [4]**
9996/10 10016/23
10098/22 10118/14
**uneconomical [2]**
10029/23 10030/4
**Unit [1]** 9983/12
**UNITED [6]** 9982/1
9982/3 9982/10 9986/5
9989/22 10051/19
**United States [2]**
9989/22 10051/19
**United States of [1]**
9986/5
**unless [1]** 10029/21
10030/2
**unredact [2]** 9987/2
9991/2
**unredacted [4]** 9988/4
9990/4 9990/12
9990/14
**unredacting [1]**
9992/18
**until [2]** 10055/23
10067/15
**untrue [1]** 10047/16
**up [40]** 9986/17
9986/25 9991/10
9997/17 9997/20
9997/20 9998/9
9998/15 9998/18
9999/11 10001/25
10002/3 10005/2

10037/10 10040/21
10046/4 10046/24
10046/24 10047/2
10049/15 10050/4
10059/9 10060/10
10061/19 10062/22
10062/25 10072/6
10073/21 10074/1
10093/1 10093/1
10096/19 10105/10
10105/11 10109/9
10109/12 10114/3
10118/6
**update [2]** 10000/2
10118/4
**Updated [1]** 10054/3
**updates [1]** 10085/6
**upgrade [2]** 10091/21
10091/23
**upgrades [5]** 10089/2
10091/6 10091/14
10092/3 10092/8
**upon [2]** 10051/20
10053/16
**upper [1]** 10052/10
**upset [1]** 10100/12
**UPX [1]** 10046/4
**UPX0095 [1]** 10060/9
**UPX0116 [1]** 10057/9
**UPX1050 [3]** 10053/23
10056/6 10057/5
**UPX1064 [1]** 10043/3
**UPX1083 [1]** 10104/17
**UPX1128 [1]** 9986/24
**UPX116 [2]** 10058/4
10060/2
**UPX128 [1]** 10094/19
**UPX134 [1]** 10011/10
**UPX170 [1]** 9999/14
**UPX2012 [3]** 10024/13
10024/21 10024/22
**UPX211 [1]** 10108/17
**UPX315 [1]** 10069/20
**UPX323 [1]** 10064/8
**UPX6024 [2]** 10062/23
10114/10
**UPX677 [1]** 9994/25
**UPX678 [1]** 9995/23
**UPXD223 [1]** 10087/8
**UPXD227 [1]** 10073/4
**UPXD236 [1]** 10050/4
**UPXD237 [1]** 10114/4
**UPXD270 [1]** 10029/17
**UPXD271 [1]** 10055/9
**UPXD290 [1]** 10092/5
**URL [2]** 10101/25
10103/7
**us [5]** 10015/5
10024/10 10062/22
10080/23 10094/25
**usage [2]** 9999/11
10065/4 10069/1
10085/2
**usdoj.gov [2]** 9983/5
9983/9
**use [26]** 9999/8
10009/6 10010/6

10039/13 10039/15
10048/18 10049/9
10052/11 10055/24
10056/9 10056/11
10056/15 10063/25
10065/8 10067/15
10081/5 10084/2
10084/5 10094/9
10100/15 10100/16
10102/22 10102/23
10102/24
**use it [1]** 10010/6
**used [18]** 9998/3
10006/14 10008/25
10013/3 10053/3
10056/10 10063/9
10063/15 10065/11
10065/12 10065/14
10065/18 10065/20
10101/7 10102/9
10113/21 10114/25
10115/20
**user [8]** 9996/20
10039/1 10039/5
10059/2 10083/23
10100/3 10100/7
10102/18
**users [22]** 9995/13
10005/23 10007/9
10036/5 10036/7
10037/24 10037/25
10039/12 10044/3
10067/16 10072/20
10072/20 10075/21
10081/5 10081/8
10081/8 10083/20
10084/1 10084/7
10088/4 10097/2
10106/16
**users' [1]** 10084/14
**uses [11]** 10039/11
10051/25 10052/4
10052/5 10052/5
10052/10 10052/16
10053/10 10053/11
10056/5 10101/9
**using [12]** 9996/9
10009/25 10013/4
10013/9 10026/8
10034/5 10046/22
10052/13 10056/19
10079/2 10090/24
10101/10
**usual [2]** 10106/15
10117/3
**usually [1]** 10002/23

**V**

**valuable [6]** 10021/23
10078/4 10078/8
10078/11 10089/12
10097/19
**value [13]** 10026/3
10078/1 10078/16
10079/7 10083/3
10083/7 10085/9
10086/19 10086/21

**V**

**value... [4]** 10087/13
10098/22 10103/7
10103/8
**varies [1]** 10010/10
**various [9]** 10011/2
10014/21 10015/17
10017/5 10051/14
10055/6 10063/9
10091/6 10092/18
**vary [1]** 10068/21
**vast [2]** 9988/2 9990/4
**Venn [1]** 10077/12
**Verizon [4]** 9989/16
9989/16 10012/14
10115/3
**version [4]** 10070/12
10070/13 10070/14
10111/7
**versus [3]** 9986/6
10034/4 10044/2
**very [15]** 9987/22
9991/14 9993/6 9998/5
10010/8 10010/12
10012/18 10031/12
10068/17 10068/19
10069/12 10082/9
10097/8 10097/8
10098/16
**vibrant [1]** 10022/1
**video [3]** 9988/9
9989/14 10087/10
**view [7]** 9987/4 9991/3
9998/4 10006/7
10079/5 10087/21
10117/22
**viewed [1]** 10011/1
**violated [1]** 10036/25
**visually [3]** 10097/3
10097/9 10098/17
**volume [9]** 9998/2
10002/16 10030/21
10065/19 10085/12
10085/17 10085/24
10085/24 10091/1
**vs [1]** 9982/5

**W**

**waiting [1]** 10111/6
**walked [1]** 10057/4
**Walker [1]** 10024/25
**want [37]** 10006/3
10008/25 10010/5
10016/22 10026/16
10039/23 10040/15
10041/6 10050/8
10050/14 10051/9
10052/18 10053/1
10055/22 10069/11
10070/25 10074/23
10076/9 10078/13
10079/24 10082/22
10085/22 10088/7
10088/9 10088/10
10088/20 10089/20
10090/1 10092/1
10096/5 10096/6
10097/15 10097/17

10097/18 10100/1
10100/17 10116/10
**wanted [12]** 9997/7
9998/12 10014/23
10015/6 10020/9
10020/18 10028/2
10028/4 10067/21
10068/1 10068/3
10090/3
**wants [2]** 10056/18
10102/18
**was [81]** 9991/21
9991/22 9998/12
10000/6 10002/9
10002/10 10002/10
10002/12 10005/16
10005/19 10009/14
10009/25 10010/13
10010/19 10020/1
10020/9 10020/18
10022/3 10022/13
10022/14 10022/23
10022/23 10026/13
10026/15 10026/18
10029/18 10029/18
10035/4 10037/9
10038/4 10050/24
10053/21 10054/24
10056/14 10056/14
10057/10 10058/13
10059/15 10060/11
10067/3 10067/20
10068/6 10069/11
10069/12 10071/8
10071/22 10073/2
10075/7 10075/8
10079/1 10084/21
10084/22 10086/8
10087/12 10087/25
10088/9 10088/23
10089/18 10092/6
10092/20 10094/11
10097/1 10101/3
10101/15 10101/16
10102/25 10104/3
10104/7 10104/14
10106/20 10107/17
10108/12 10110/1
10110/7 10111/14
10112/17 10113/4
10113/20 10113/23
10115/1 10115/21
**Washington [5]** 9982/5
9983/3 9983/8 9984/4
9984/9
**wasn't [5]** 10022/14
10043/1 10074/11
10074/14 10075/14
**watches [1]** 10108/6
**way [35]** 9990/1
9999/10 10005/23
10006/6 10007/3
10011/5 10011/6
10015/10 10015/11
10018/13 10025/5
10030/1 10032/9
10038/4 10040/11
10041/15 10041/18

10048/8 10057/7
10063/25 10074/11
10083/19 10084/12
10091/17 10091/23
10091/25 10092/1
10092/3 10092/9
10092/13 10100/22
10101/4 10104/17
10101/22 10017/4
10022/7 10034/7
10039/13 10092/18
wc.com [2] 9984/5
9984/5
**we [109]** 9986/13
9986/15 9987/1 9987/1
9987/2 9987/19 9990/5
9990/6 9991/3 9992/11
9992/17 9992/19
9992/22 9992/23
9992/24 9992/25
9993/3 9993/4 9993/5
9993/19 9994/16
9994/17 9997/5
10002/23 10004/1
10005/3 10007/15
10007/21 10007/22
10009/1 10009/6
10009/6 10009/12
10010/3 10010/9
10012/12 10012/20
10017/17 10028/17
10029/1 10029/2
10041/24 10042/19
10044/6 10046/14
10047/8 10048/20
10050/4 10053/17
10054/10 10054/11
10054/11 10054/16
10055/3 10055/3
10055/19 10056/7
10057/4 10058/9
10061/1 10062/8
10062/9 10062/20
10065/2 10065/2
10065/3 10065/24
10068/25 10069/20
10070/1 10078/14
10080/22 10084/9
10089/3 10090/22
10092/9 10094/16
10096/2 10096/12
10097/25 10097/25
10098/1 10098/2
10098/9 10098/25
10101/9 10101/9
10102/12 10102/12
10102/14 10102/22
10103/25 10104/6
10104/7 10105/11
10105/12 10106/11
10107/20 10107/20
10108/4 10108/23
10109/8 10110/13
10111/4 10111/4
10111/5 10117/21
10118/2 10118/13

**we'd [3]** 10072/17
10074/9 10118/6
**we'll [14]** 9993/8
9993/15 9994/17
10017/19 10021/2
10029/17 10037/4
10060/9 10062/10
10062/25 10117/2
10117/21 10117/25
10118/8
**we're [34]** 9994/7
9994/10 9994/10
9999/14 9999/24
10000/8 10002/20
10003/7 10003/15
10004/1 10004/15
10004/15 10005/1
10017/17 10023/5
10024/15 10029/16
10030/20 10046/4
10049/14 10050/5
10050/18 10054/21
10062/5 10066/4
10066/4 10078/13
10085/8 10095/22
10105/9 10105/22
10107/13 10107/13
10108/24
**we've [9]** 9988/14
9991/14 9994/11
10010/18 10045/8
10090/13 10090/24
10091/14 10118/1
**web [8]** 9996/13
9996/19 9996/21
10039/2 10039/6
10039/7 10039/22
10044/6
**WEBB [1]** 9983/18
**week [2]** 9988/9
9988/10
**welcome [8]** 9993/16
10050/17 10051/8
10062/23 10096/7
10106/6 10114/23
10115/6
**well [80]** 9986/12
9993/14 9997/23
9999/18 10000/1
10000/5 10000/20
10004/1 10007/4
10009/6 10011/5
10014/20 10014/22
10015/16 10017/3
10019/25 10020/5
10026/21 10028/16
10030/9 10030/18
10031/9 10035/7
10036/6 10036/11
10037/2 10037/11
10037/23 10039/11
10044/19 10045/25
10047/10 10050/16
10053/17 10055/1
10065/12 10068/9
10069/7 10070/12
10074/16 10074/19

10076/11 10076/2
10076/18 10078/6
10078/12 10080/5
10081/20 10083/10
10088/18 10088/20
10088/23 10089/1
10089/9 10089/21
10090/4 10090/10
10091/1 10091/24
10093/22 10094/6
10096/9 10096/13
10097/17 10099/18
10101/15 10103/3
10103/17 10104/8
10104/8 10104/17
10108/23 10110/11
10111/20 10112/5
10112/15 10113/24
10114/2 10117/19
10118/9
**went [7]** 9992/24
9999/11 10020/6
10022/21 10037/10
10046/24 10072/6
**were [26]** 9988/9
9997/5 10010/16
10015/16 10017/8
10017/16 10021/8
10023/21 10030/24
10032/1 10036/20
10055/25 10067/16
10068/2 10069/5
10070/24 10071/5
10071/22 10071/25
10076/21 10077/7
10101/5 10101/7
10102/12 10102/12
10108/16
**weren't [2]** 10015/25
10072/2
**wfcavanaugh [1]**
9983/20
**what [140]**
**what's [17]** 9994/24
10011/14 10011/20
10019/3 10025/16
10025/18 10039/2
10039/6 10039/7
10050/7 10050/11
10050/15 10076/21
10105/17 10105/20
10106/23 10108/15
**whatever [3]** 10041/18
10051/8 10056/18
**when [58]** 9991/22
9993/20 10013/3
10014/4 10023/21
10023/23 10028/7
10032/10 10041/12
10043/7 10046/23
10046/23 10049/6
10049/13 10051/17
10058/25 10063/5
10063/9 10069/5
10069/23 10072/6
10072/17 10073/2
10074/4 10074/18

W

**when... [31]** 10077/2
10078/3 10078/4
10078/4 10078/14
10080/13 10082/3
10082/15 10082/17
10083/23 10086/7
10086/15 10094/21
10099/16 10099/17
10099/22 10100/7
10101/2 10102/12
10103/1 10103/13
10108/12 10108/18
10111/16 10112/2
10113/8 10113/11
10116/4 10117/14
10118/16 10118/18
**where [32]** 9992/2
9999/16 10006/1
10009/1 10009/16
10009/21 10010/23
10011/6 10013/7
10013/12 10026/16
10031/6 10031/9
10031/15 10033/12
10033/25 10035/18
10035/19 10036/8
10050/20 10061/16
10073/25 10076/19
10077/14 10085/3
10096/7 10099/4
10115/8 10116/2
10116/7 10117/21
10118/2
**Where's [1]** 10049/23
**whether [20]** 10005/16
10008/13 10008/18
10008/19 10014/9
10015/4 10022/23
10046/17 10047/17
10047/19 10049/13
10061/18 10082/22
10082/23 10088/14
10094/3 10097/19
10098/3 10099/13
10112/14
**which [40]** 9989/1
9989/2 9995/13
9995/22 9996/24
9998/2 10001/23
10003/18 10004/10
10005/25 10007/8
10011/3 10014/12
10019/16 10020/1
10022/13 10030/19
10031/11 10032/15
10040/15 10042/6
10043/4 10052/6
10062/24 10065/19
10069/7 10071/15
10082/15 10083/15
10083/24 10088/23
10093/23 10098/1
10098/6 10103/3
10103/18 10104/18
10112/11 10113/16
10114/10
**while [2]** 9988/13

**Whinston [10]**
10053/10 10053/15
10056/3 10056/5
10057/3 10057/5
10060/2 10061/24
10063/23 10065/10
**Whinston's [4]**
10048/12 10048/22
10051/24 10076/22
**who [13]** 9988/18
9998/12 10004/3
10011/3 10024/3
10024/25 10032/17
10067/19 10067/25
10068/3 10100/21
10102/6 10103/13
**who's [1]** 10013/25
**whole [14]** 10013/21
10014/8 10014/11
10026/17 10047/2
10047/17 10050/17
10062/23 10076/23
10088/22 10089/5
10096/4 10096/8
10113/19
**why [30]** 9990/21
9998/12 9998/13
10002/9 10008/1
10010/5 10016/15
10018/10 10035/4
10042/14 10050/12
10050/14 10062/8
10062/9 10070/16
10070/17 10070/17
10070/17 10070/20
10070/24 10070/24
10071/10 10071/15
10083/18 10084/15
10086/23 10098/16
10103/18 10112/10
10117/7
**widget [12]** 10089/7
10089/16 10089/18
10090/2 10095/21
10097/3 10097/9
10098/17 10099/2
10099/7 10099/9
10099/14
**will [27]** 9986/16
9992/2 9994/20
9996/12 9999/18
10001/11 10012/13
10012/19 10013/8
10014/5 10017/18
10024/21 10025/19
10030/1 10038/3
10042/9 10043/5
10076/15 10077/13
10081/18 10081/21
10082/7 10105/10
10106/6 10106/9
10112/8 10117/13
**William [5]** 9983/17
9984/6 9986/8 10120/2
10120/8
**WILLIAMS [2]** 9984/3
9987/18

10089/10 10113/13
10113/23 10115/1
10115/21
**willingness [1]**
10085/11
**win [2]** 10013/20
10014/3
**winback [1]** 10051/16
**Windows [7]** 10009/15
10009/16 10009/21
10018/23 10019/4
10033/3 10059/1
**winning [1]** 10045/11
**wins [1]** 10004/3
**wise [1]** 10032/17
**withdraw [1]** 10033/19
**within [2]** 9996/19
10093/16
**without [19]** 9993/5
9998/7 10001/19
10005/9 10005/17
10005/18 10005/25
10005/25 10007/1
10012/11 10012/12
10019/20 10026/5
10029/25 10044/3
10044/11 10065/24
10088/3 10095/17
**witness [6]** 9985/2
9993/4 9994/2
10052/19 10053/2
10114/10
**WITNESSES [1]**
9985/4
**won't [2]** 9992/25
10011/9
**wonder [1]** 10045/1
**word [5]** 10013/3
10013/9 10038/10
10096/23 10106/22
**words [1]** 10004/4
**work [7]** 10017/3
10019/4 10039/24
10072/9 10088/18
10088/20 10094/16
**working [2]** 10109/9
10109/11
**works [5]** 10009/11
10039/14 10041/24
10088/23 10102/5
**world [48]** 10003/20
10003/21 10005/13
10005/17 10005/17
10005/25 10006/1
10006/4 10006/6
10006/7 10006/7
10006/8 10006/12
10006/13 10006/14
10007/5 10007/7
10007/8 10007/16
10007/20 10007/21
10007/22 10007/24
10008/1 10008/3
10008/5 10008/10
10008/11 10009/5
10010/8 10011/6
10013/12 10016/4

10027/9 10027/12
10031/17 10033/25
10040/5 10040/9
10044/11 10045/1
10046/3 10046/18
10047/14 10048/8
10073/2
**worlds [2]** 10004/2
10005/18
**worse [3]** 10036/5
10037/9 10109/10
**worth [5]** 10035/5
10082/21 10082/25
10086/4 10099/20
**would [188]**
**wouldn't [21]**
10006/21 10007/3
10007/14 10015/24
10017/9 10018/20
10019/7 10020/19
10039/19 10055/6
10064/5 10069/8
10079/1 10083/4
10083/5 10085/23
10086/23 10087/6
10087/17 10103/8
10107/19
**Wright [1]** 10110/20
**write [3]** 10003/16
10109/20 10112/22
**writes [11]** 10012/9
10012/11 10014/4
10025/7 10043/23
10044/1 10044/4
10096/21 10096/25
10097/2 10114/24
**written [1]** 10021/15
**wrong [3]** 10011/21
10080/6 10108/16
**wrote [3]** 10004/5
10043/19 10043/20

**X**

**X percent [1]** 10086/17

**Y**

**Yahoo [24]** 10012/19
10012/25 10013/15
10018/12 10051/18
10066/24 10067/3
10067/8 10067/9
10067/20 10067/21
10068/6 10069/15
10069/17 10070/17
10070/17 10071/15
10072/1 10072/4
10072/6 10072/11
10072/16 10074/5
10102/19
**Yandex [2]** 9999/8
9999/11
**yeah [56]** 9990/8
9998/17 10002/18
10025/5 10031/23
10036/6 10040/2
10040/15 10044/23
10045/8 10049/3

10067/19 10071/11
10071/13 10071/25
10072/5 10072/8
10072/13 10072/13
10072/22 10073/24
10074/1 10074/6
10075/23 10076/4
10076/6 10076/9
10076/16 10076/20
10078/18 10081/13
10081/14 10083/22
10087/24 10087/25
10088/6 10088/12
10088/19 10092/17
10092/24 10093/1
10093/22 10096/2
10098/25 10100/10
10100/20 10101/8
10102/21 10104/10
10106/22 10106/24
10109/6 10110/7
10116/6
**year [1]** 10040/15
**years [9]** 9988/11
10008/23 10009/3
10009/4 10010/2
10012/18 10015/18
10033/2 10067/6
**yellow [2]** 9987/2
10073/17
**yep [3]** 10050/3
10057/23 10067/2
**yes [77]** 9987/9
9990/19 9996/2
9996/16 9999/1
9999/10 10000/4
10000/7 10003/5
10005/7 10008/18
10011/22 10014/24
10015/2 10021/17
10023/13 10024/10
10027/11 10027/17
10033/8 10035/10
10037/2 10038/23
10041/16 10041/19
10043/25 10044/2
10049/4 10049/10
10051/2 10054/7
10054/13 10055/16
10055/20 10056/1
10058/21 10059/17
10060/22 10060/24
10061/5 10068/4
10069/22 10070/9
10071/2 10071/7
10071/20 10072/19
10073/1 10073/10
10073/15 10073/18
10075/25 10077/7
10078/12 10078/24
10079/18 10079/21
10081/9 10084/1
10084/10 10084/18
10085/9 10087/16
10087/21 10095/14
10097/7 10099/1
10099/4 10101/5

10147

**Y**

**yes... [8]** 10103/5
10105/23 10109/25
10112/1 10112/15
10113/6 10114/18
10118/5
**yesterday [14]** 9992/23
10047/3 10047/17
10053/4 10053/17
10053/18 10072/19
10079/17 10080/16
10086/8 10089/3
10104/11 10107/2
10113/20
**yet [4]** 10000/18
10003/4 10053/4
10115/12
**York [1]** 9983/19
**you [517]**
**you understand [4]**
10027/5 10031/19
10053/9 10113/7
**you'd [10]** 10013/10
10022/6 10026/16
10045/1 10069/8
10069/8 10071/24
10082/22 10088/14
10100/12
**you'll [8]** 9995/7
9997/15 9999/21
10003/2 10060/20
10060/21 10063/4
10104/16
**you're [50]** 10008/9
10009/25 10010/7
10011/1 10020/7
10020/22 10023/10
10027/6 10027/8
10030/23 10036/17
10038/18 10040/25
10041/1 10041/21
10041/23 10042/3
10043/7 10050/16
10050/17 10051/8
10052/15 10058/25
10062/23 10063/5
10069/23 10074/24
10078/3 10081/22
10081/25 10082/3
10082/22 10082/23
10082/24 10083/1
10083/10 10091/24
10092/2 10092/2
10096/7 10097/14
10104/13 10105/21
10106/6 10107/14
10108/18 10112/11
10114/17 10114/23
10115/6
**you've [13]** 9989/13
10008/2 10023/12
10031/6 10035/7
10037/14 10049/8
10061/13 10066/10
10089/21 10093/15
10094/22 10112/10
**your [136]** 9986/4
9986/15 9986/19

9986/21 9987/9
9987/17 9988/21
9989/12 9989/20
9990/9 9990/12
9991/23 9992/14
9992/17 9992/22
9992/24 9993/12
9993/18 9993/21
9994/9 9994/11
9994/13 9994/25
9995/3 9999/2 9999/18
10002/20 10002/21
10003/2 10003/24
10004/5 10004/16
10004/16 10004/17
10004/25 10005/14
10006/5 10006/10
10007/5 10007/17
10008/10 10008/15
10008/16 10008/22
10011/10 10013/14
10016/4 10016/10
10016/10 10016/13
10020/7 10022/9
10023/21 10024/14
10024/15 10024/20
10027/8 10028/18
10031/5 10031/17
10033/20 10034/18
10034/18 10036/12
10036/12 10038/10
10038/15 10040/5
10043/5 10043/14
10045/10 10045/14
10046/3 10046/6
10046/10 10046/11
10047/14 10049/16
10049/21 10050/12
10050/22 10052/18
10053/6 10054/8
10055/18 10057/4
10057/11 10057/24
10062/6 10062/18
10064/3 10064/9
10067/10 10073/5
10073/8 10073/12
10074/16 10075/3
10076/9 10079/3
10079/13 10081/14
10082/5 10084/24
10086/22 10094/20
10095/3 10095/10
10096/23 10096/25
10097/4 10099/24
10100/3 10100/13
10102/8 10103/22
10104/18 10105/18
10106/3 10107/5
10108/19 10110/22
10111/22 10112/17
10112/22 10113/11
10114/5 10114/13
10114/18 10116/11
10116/24 10117/4
10117/22 10118/1
10118/5 10118/14
**Your Honor [58]**
9986/4 9986/15

9987/9 9987/17
9988/21 9989/12
9989/20 9990/9
9990/12 9991/23
9992/14 9992/17
9992/24 9993/12
9993/18 9993/21
9994/9 9994/11
9994/13 9994/25
9995/3 10002/21
10024/15 10024/20
10028/18 10033/20
10043/14 10046/6
10049/16 10049/21
10050/22 10052/18
10053/6 10054/8
10057/11 10062/6
10062/18 10064/9
10067/10 10073/5
10079/3 10095/3
10095/10 10104/18
10105/18 10106/3
10108/19 10110/22
10114/5 10114/13
10114/18 10116/11
10116/24 10118/1
10118/5 10118/14

**Z**

**Zaremba [3]** 9984/6
10120/2 10120/8
**zero [4]** 10006/21
10074/10 10074/24
10075/5