UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 20-cv-3010 (APM)<br>)<br>)<br>)<br>)<br>) |
| STATE OF COLORADO et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 20-cv-3715 (APM)<br>)<br>)<br>)<br>)<br>) |

### ORDER

Pursuant to the court's Memorandum Opinion issued on this date, ECF No. 1032, the court hereby orders the following with respect to further proceedings in this matter.

The parties shall meet and confer and submit a Joint Status Report no later than **September 4, 2024**, which proposes a schedule for proceedings regarding remedies. The parties shall appear for a Status Conference on **September 6, 2024, at 2:00 p.m. in Courtroom 10**.

If a scheduling conflict arises, the parties may contact chambers at 202-354-3250.

Dated: August 5, 2024

Amit P. Mehta
United States District Court Judge