# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, *et al.*,

                              Plaintiffs,          Case No. 1:20-cv-03010-APM

v.                                                 HON. AMIT P. MEHTA

GOOGLE LLC,

                              Defendant.

STATE OF COLORADO, *et al.*,

                              Plaintiffs,          Case No. 1:20-cv-03715-APM

v.                                                 HON. AMIT P. MEHTA

GOOGLE LLC,

                              Defendant.

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.6(b), the undersigned, Matthew McKinley, hereby submits his Withdrawal of Appearance for Plaintiff State of Nebraska in the above-captioned matter. Colin Snider of the Nebraska Attorney General's Office will continue to represent Plaintiff State of Nebraska, which will not be without representation in this matter.

DATED: August 14, 2024

Respectfully Submitted,

*/s/ Matthew McKinley*
Matthew McKinley
Special Assistant Attorney General
Nebraska Department of Justice
2115 State Capitol Building
Lincoln, Nebraska 68509
E-Mail: Matt.Mckinley@nebraska.gov