IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that Meagan K. Bellshaw hereby withdraws as counsel for Plaintiff United States of America in the above-captioned matter. David E. Dahlquist and Adam T. Severt will continue to represent the United States as counsel of record.

Dated: August 26, 2024

Respectfully submitted,

By: */s/ Meagan K. Bellshaw*
Meagan K. Bellshaw
U.S. Department of Justice, Antitrust Division
450 Fifth Street NW, Suite 4000
Washington, DC 20530
Telephone: (202) 598-2307
meagan.bellshaw@usdoj.gov

*Counsel for Plaintiff United States of America*