IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>      Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>      Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**PLEASE TAKE NOTICE** that Maya Gandhi hereby withdraws as counsel for Intervenor The New York Times Company in the above-captioned action. Al-Amyn Shiraz Sumar has appeared as counsel for Intervenor The New York Times Company and will continue to represent The New York Times Company in this case.

Dated: New York, NY
September 5, 2024

Respectfully submitted,

Maya Gandhi (#NY0584)
The New York Times Company
620 Eighth Avenue
New York, NY 10018
Phone: (212) 556-1244
Email: maya.gandhi@nytimes.com

David McCraw
Senior Vice President & Deputy General Counsel
The New York Times Company

*Counsel for The New York Times Company*