IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA, ET AL.,    )
                                     )
          Plaintiffs,                )
                                     )    CV No. 20-3010
     vs.                             )    Washington, D.C.
                                     )    September 6, 2024
GOOGLE LLC,                          )    2:08 p.m.
                                     )
          Defendant.                 )
_____)


        TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
        BEFORE THE HONORABLE AMIT P. MEHTA
            UNITED STATES DISTRICT JUDGE

APPEARANCES:

For DOJ Plaintiffs:          David E. Dahlquist
                             UNITED STATES
                             DEPARTMENT OF JUSTICE
                             Antitrust Division
                             209 South LaSalle Street
                             Suite 600
                             Chicago, IL 60604
                             (202) 805-8563
                             Email:
                             david.dahlquist@usdoj.gov

                             Adam T. Severt
                             DOJ-ATR
                             Antitrust Division
                             450 Fifth Street, NW
                             Suite 7100
                             Washington, D.C. 20530
                             (202) 307-6158
                             Email: adam.severt@usdoj.gov

```
APPEARANCES CONTINUED:

For Plaintiff
State of Colorado:              Jonathan Bruce Sallet
                               COLORADO DEPARTMENT OF LAW
                               Consumer Protection Section,
                               Antitrust Unit
                               Ralph L. Carr
                               Colorado Judicial Center
                               1300 Broadway
                               Suite 7th Floor
                               Denver, CO 80203
                               (720) 508-6000
                               Email: jon.sallet@coag.gov

For Defendant Google:          John E. Schmidtlein
                               WILLIAMS & CONNOLLY LLP
                               725 12th St., NW
                               Washington, D.C. 20005
                               (202) 434-5000
                               Email: jschmidtlein@wc.com

Court Reporter:                William P. Zaremba
                               Registered Merit Reporter
                               Certified Realtime Reporter
                               Official Court Reporter
                               E. Barrett Prettyman CH
                               333 Constitution Avenue, NW
                               Washington, D.C. 20001
                               (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

1          P R O C E E D I N G S

2          COURTROOM DEPUTY:  All rise.  This Honorable court

3    is now in session; the Honorable Amit P. Mehta presiding.

4          THE COURT:  Good afternoon.  Please be seated,

5    everyone.

6          COURTROOM DEPUTY:  Your Honor, we're now calling

7    for the record Civil Action 20-3010, United States of

8    America, et al., versus Google LLC.

9          Present for the plaintiffs is John Sallet, and

10   present for the defendant is John Schmidtlein.

11         MR. DAHLQUIST:  Good afternoon, Your Honor.

12   David Dahlquist on behalf of the United States.

13         And I'm joined by Adam Severt.

14         THE COURT:  Good afternoon, everyone.  Nice to see

15   everybody again.  I hope everybody's been well.

16         So let's get to the heart of the matter.

17         We need to figure out how we're going to proceed

18   here in terms of remedies and the next phase of the case.

19         First, thank you for submitting the Joint Status

20   Report.  Obviously, I've read it, and as I've done in the

21   past, let me give you my thoughts and then get your

22   reactions to those thoughts.

23         The first thought is the following:  It's not

24   clear to me what the plaintiffs think they need to do, and

25   what you are intending to do in terms of developing your

1    proposal for remedies.

2              What remains uncertain to me is what you are

3    contemplating in terms of scope of discovery, number of

4    depositions, experts, interrogatories.  Are you going to ask

5    for more documents either from Google or third parties.

6    That is something I need to get a better grasp of to figure

7    out what this schedule is going to be.  That's one.

8              Two, I don't understand what the high-level

9    remedies framework that you've proposed is.

10             You know, we've looked for some comparables, and

11   I'm sure you all have as well.  The only real one that we've

12   been able to identify is that there actually was a remedies

13   phase after the *Microsoft* remand involving the States.

14             And what's clear to me, both from what the Circuit

15   said in *Microsoft* and then what happened on remand is two

16   things:  One is that Google needs to know precisely what it

17   is that the plaintiffs want, and that that needs to be both

18   precise and detailed.

19             Because what's clear from *Microsoft* is that the

20   defendant has to receive the opportunity to rebut the

21   requested remedies through whatever discovery they think is

22   appropriate; experts, third parties, what have you.  And

23   so this idea of a high-level remedies framework to start and

24   then to only get a final remedy proposal on the eve of

25   trial, I don't think that's going to work.  So that's one.

1      Two is, what happened in *New York versus*
2  *Microsoft* -- and my law clerk, who I'll introduce you to
3  momentarily, we've actually pulled the Scheduling Order that
4  Judge Kollar-Kotelly had from that case.

5      And what she did is she allowed discovery to
6  commence.  And then about 45 days in, she asked for an
7  initial disclosure of -- not a disclosure -- an initial
8  setting forth by the plaintiffs in terms of what they sought
9  in terms of remedies.  That submission was quite detailed.
10  I mean, it -- I think it runs -- 50-plus pages, it's quite
11  detailed, about the various, you know, practices that the
12  Court of Appeals agreed was anticompetitive and how the
13  plaintiffs thought that harm could be remedied.

14      I think we need something along those lines here,
15  both for Google to know what it is the plaintiffs want, and
16  then also, importantly for Google, if it wishes to, of
17  course, you're not required to, I don't think, to present
18  your own remedies, counter-remedies if you wish.

19      And I think what Judge Kollar-Kotelly did there
20  strikes a good balance in the sense that if you all want
21  some period of discovery to figure out what you want to do,
22  then you have it.  But it's not going to be the kind of
23  ramp-up that's going to allow you to wait till the end to
24  present your actual remedies proposal.

25      I think, and I'll have to take a look, I think

1    that discovery started, I think, in September --

2    I don't have to think, I can look -- began in September, she

3    issued her order September 28th, and the plaintiffs in that

4    case were required to submit their proposal for medial

5    relief by December 7, and then Microsoft did so by

6    December 12.

7         So I think that construct may strike the right

8    balance between what the plaintiffs are seeking in terms of

9    some degree of discovery, but yet what I think Google is

10   entitled to in terms of a concrete proposal for what it is

11   you all are requesting and what they will undoubtedly seek

12   to rebut, and then, obviously, propose their own remedies,

13   if they wish to do so.

14        The third thing that is uncertain to me is what

15   the contours and the length of the evidentiary hearing will

16   be.  This turns out to be very important since I'm going to

17   need to work backwards in time from when I hope to get an

18   opinion out.

19        For institutional reasons that are probably

20   obvious to you, that needs to be by early August, as it was

21   this time around.  You know, I lose the institutional

22   knowledge that helps me out on these things around that time

23   period.  So you all are going to need to work backwards from

24   there in order to give me enough time to produce something

25   that's, hopefully, not as long as the last opinion, but,

1    nevertheless, allows you to have the sufficient time that

2    you need to present what you think is appropriate and

3    needed.

4              Let me just stop there and then turn it over to

5    you all.

6              I have a couple of conflicts in my schedule

7    already with trials that have been set in other matters, but

8    we can discuss that toward the end, just for your

9    information.

10             So, Mr. Dahlquist.

11             MR. DAHLQUIST:  Thank you, Your Honor.

12   David Dahlquist on behalf of the United States.

13             Thank you for that preview of the questions.

14             First of all, just to start, I wanted to say

15   thank you to Your Honor and to the staff for the time and

16   energy you put into the opinion.  We know it was a lot of

17   work and we appreciate that.

18             Looking forward, Your Honor, we, the plaintiffs,

19   and I share that with my partners, the Plaintiff States, are

20   eager to get to, on an expedited basis, our proposal for a

21   remedy; however, we believe that remedy needs to be

22   comprehensive, needs to be educated and thoughtful, it needs

23   to be part of a unitary approach to these remedies, because,

24   as Your Honor has pointed out, we have two monopolized

25   markets that have been that way for over ten years;

1    and so it's not easy and we want to get it right, and we do

2    not think it can be done overnight.

3            And I'd like to hark back to one point before I

4    address Your Honor's questions.

5            In each of these, I think we need to look at the

6    context of this case which had bifurcation of remedy and

7    liability discovery, and we put that in our paper.

8            And while, yes, the *Microsoft* opinion is a

9    reference point, we've looked at it as well, as with *Epic*

10   out in California is another reference point, each of those

11   had a time period of four to five months for discovery,

12   for an investigation, for whatever you want to call it.

13           But I think as we all know from the *Microsoft*

14   opinion, the D.C. Circuit there was critical of not enough

15   factual record in order to support it.  So we're trying to

16   solve for that problem as well.  We hear you, that

17   plaintiffs need some information in order to go forward, but

18   I think we may have a chicken or egg problem here.

19           Plaintiffs submit that we need remedies discovery

20   in order to submit that proposal.  Defendants say they can't

21   even start with that until they see the proposal.  So our

22   effort of the remedy framework, which I'll talk more about

23   in a minute, was an attempt to really appease those two

24   divergent goals.  And so while we appreciate the questions

25   on it and, perhaps, its vague nature at this point, our goal

1    was to try to solve for those two problems.

2           But to take Your Honor's questions, what do we

3    need, right?

4           This matter was bifurcated in 2021, right?  And,

5    yes, a lot of information was done, but that was done by

6    agreement of the parties, both parties.  Google themselves

7    said, let's push off all of this work related to remedies

8    until after we even find if there's a liability decision.

9    Well, we're there now.  However, all of that work that

10   wasn't done still should be done, it still needs to be done,

11   it needs to inform that.

12          Fact discovery, Your Honor, here closed over two

13   years ago, a lot has happened in the last two years.

14          The trial was, of course, focused on the past,

15   of what Google has done for the past decade to monopolize

16   those markets.  But the remedy discovery that we believe is

17   important, not just from Google but from third parties,

18   needs to focus on the future; how do we open up those

19   markets -- in the words of the Court, how do we pry open

20   those markets in order to inject and restore competition.

21          Since Your Honor's opinion, we've been contacted

22   by a number of third parties who are very interested in

23   talking to us about what that should look like.  That is

24   going to take some time, Your Honor.

25          Now, as plaintiffs cited -- or as defendants cited

1    in their Status Report, that they need -- we said we needed

2    a factual refresh.  Yes, we agree, we need a factual

3    refresh.  So to go to Your Honor's first question, what do

4    we intend to do.

5              We need discovery to figure out what has Google

6    done with these distribution contracts since the time of

7    discovery closed over two years ago in May 2022?  Have they

8    been renewed?  Amended?  Adopted?  Canceled?  What do the

9    contracts look like?  What new contracts have they

10   implemented?

11             We heard a lot at trial from Google about AI and

12   about how it was implementing into search.  Your Honor has

13   findings about that.  At the time of trial, that was called

14   Bard.  Since trial closed, they've changed it.  It's now

15   called Gemini.  That was just launched recently.

16             We don't know anything about that, and we need

17   some discovery on that.  What does Google -- how does Google

18   intend to implement the AI components into Search.  It may

19   be even AI and beyond.  What else are they thinking about?

20   What else is beyond that?

21             Moving past Google for a minute, the third

22   parties, we want to get their thoughts in how to restore

23   competition; some of the third parties you heard from here

24   in court, but also third parties that have come to us.

25   Potential competitors, entrants who didn't make it into the

1    marketplace, browsers, advertisers, these are all folks that

2    we believe we need some time to talk with.

3            We're going to ask them, and we want them --

4    how do we remove these barriers to these marketplaces?  How

5    do we inject competition?  How do we use data?  You heard a

6    lot about scale.  How do we use click-and-query data to help

7    restore competition?

8            So with all of that as a backdrop, we tried to

9    propose and tried to construct a schedule that gave Google a

10   notice upfront.  We envision it as a bit more like a

11   complaint, Your Honor.  As we're moving into this next

12   phase, the high-level framework is a complaint that will

13   give Google notice as to the categories, as to the

14   specifics.  And we will be as specific as we can in it, of

15   course, in order to set the boundaries, the metes and bounds

16   for what discovery will look like going forward.

17           I also want to give an opportunity of, we may

18   agree on things; we don't know that yet, but we may agree on

19   things.  And going from that high-level framework will give

20   us some time to figure out what are we actually litigating.

21   If we do have to litigate, what do we have to litigate, what

22   are we really going to contest at this hearing with you in

23   the future?

24           So while *Microsoft* and *Epic*, these other cases are

25   good, helpful points of reference to look at, none of those

```
1    had bifurcated discovery, none of those had the same

2    situation that we have here.

3              Microsoft itself was a Tunney Act proceeding

4    focused on a settlement.  So it's a little --

5              I'm sorry, Your Honor.

6              THE COURT:  Maybe I misunderstood.

7              MR. DAHLQUIST:  Sure.

8              THE COURT:  But there were sort of parallel

9    proceedings in Microsoft.

10             There was the Tunney Act proceeding --

11             MR. DAHLQUIST:  Correct.

12             THE COURT:  -- but the states that did not sign

13   off.  There was a discovery period and then ultimately a

14   trial.

15             MR. DAHLQUIST:  Correct.

16             THE COURT:  And then ultimately extensive findings

17   of fact and conclusions of law, and, of course, it all went

18   up on Appeal.

19             MR. DAHLQUIST:  But all of that was predicated on

20   a record that included remedies discovery which we do not

21   have here.

22             THE COURT:  Right.

23             No, I agree.  I agree.

24             MR. DAHLQUIST:  So to go to the framework, we

25   anticipate -- Your Honor asked, what does this look like,
```

```
 1   right?
 2            It's a high-level framework that, when he had our
 3   meet and confer, Mr. Schmidtlein asked me, will it
 4   specifically include the remedy?  And I answered no, because
 5   it will have options of that we're considering, but it will
 6   not be the precise exact remedy that we know we need,
 7   because we need the discovery to get there.  That's where I
 8   think we're in a chicken and egg problem, Your Honor.
 9            To Your Honor's question on specifics -- oh,
10   I'm sorry.
11            THE COURT:  Before you go there, let me then ask
12   you:  I mean, do you disagree with my observation that you
13   can't wait -- or it would not be appropriate to wait until
14   near the close of discovery?
15            What you've currently proposed is February 21st,
16   just about three weeks or so before expert reports are
17   exchanged, and discovery closes about five-plus weeks later,
18   to provide your final proposal for remedies, and do you
19   agree that that is just not tenable?
20            In other words, I mean, Google has to know at some
21   point, and it's got to be more than five weeks before the
22   end of discovery, what it is that you want and what it is
23   that you're going to present at an evidentiary hearing.
24            MR. DAHLQUIST:  We appreciate that, Your Honor.
25            And that's, I think, the problem we're trying to
```

1    solve for.

2           Google says we have -- plaintiffs should go first.

3    We actually agree with that.  That's what the October date

4    was intended to do, us go first, present to the Court and to

5    Google our framework of what we think we need discovery on

6    to march forward.

7           THE COURT:  Well, give me your reaction to what

8    happened in *Microsoft*, which was, you know, the discovery

9    period began in late September, there was no, as far as

10   I can tell, initial high-level framework.  There was a

11   period of discovery of --

12          MR. SALLET:  Your Honor, can I offer just one

13   observation?

14          THE COURT:  Hang on for a second, Mr. Sallet.

15          It may be helpful -- I don't know if you all have

16   them, but we have copies if you don't, of that schedule.

17          MR. SALLET:  Your Honor, thank you.

18          I may be misreading, but my understanding was that

19   after remedies had been conducted and gone up to the

20   Court of Appeals and came down, that an order was issued on

21   September 28th.

22          THE COURT:  Right.

23          MR. SALLET:  That discovery did not begin until

24   November 2nd, and that the remedies proposal was then due

25   December 7th.  So there was roughly a month between the

```
 1    issuance of the order and the beginning of discovery and

 2    another month roughly between the beginning of discovery and

 3    the filing of the remedies proposals.

 4              THE COURT:  Okay.

 5              You're right, Mr. Sallet.  I misspoke.  It does

 6    say the discovery.  I just assume that discovery would have

 7    commenced afterwards.

 8              But, again, look, I think the point is the same in

 9    the following sense; that whether it's by persuasion or

10    process, Judge Kollar-Kotelly included some period of time,

11    which is what you've asked for, to develop your --

12    a concrete proposal as to what the remedies would be.

13              And so, you know, whether formal discovery begins

14    in six weeks or next week, the point is still the same.

15    You know, by December, within a few months, she ordered the

16    plaintiffs in that case to provide something more concrete

17    than what I think you're proposing right now.

18              MR. DAHLQUIST:  We agree, Your Honor;

19    that's certainly what happened in that case.

20              And I would say, while that's a data point to look

21    at, the issue of bifurcation here takes us a little bit

22    outside of that exact framework.

23              THE COURT:  But I guess I don't --

24              MR. DAHLQUIST:  So while we --

25              THE COURT:  -- maybe I'm just --
```

```
 1            MR. DAHLQUIST:  Sure.

 2            THE COURT:  You know this better than I do.

 3            But wasn't it -- I suppose it wasn't bifurcated in

 4    the sense that, in the -- perhaps as formally as it was

 5    here.

 6            But there was no remedies discovery before the

 7    merits appeal, right?

 8            MR. DAHLQUIST:  In Microsoft, is your question?

 9            THE COURT:  In Microsoft.

10            And the remedies discovery only happened upon

11    remand.

12            MR. DAHLQUIST:  Your Honor, our understanding --

13    we're reading a cold record, so I think we're all reading

14    the cold record there.

15            I know that Mr. Schmidtlein, Mr. Severt here had

16    some involvement going back so they can perhaps inform that

17    as well.  However, there was no limitation, there was no

18    bifurcation order, there was no clear diversions and

19    separation of it.  There was not an overt decision two years

20    ago to put -- or one year ago for the bifurcation, to put

21    that on hold.

22            And we went back, as Google did, and read that

23    transcript, and everybody agreed, "We wanted to make

24    sure" -- this was the plaintiffs' speaking -- "we had the

25    right information that might have changed and had the best
```

```
 1    information at the time."  And Mr. Schmidtlein said,
 2    "We want to push off any conversations about remedy until
 3    after liability."
 4              THE COURT:  I think we're all in agreement that
 5    that is the playing field here.
 6              But, again, just to get back to where we were.
 7              MR. DAHLQUIST:  Sure.
 8              THE COURT:  Look, I -- you all are going to have
 9    to give Google and me, but at this phase, frankly,
10    more importantly, Google --
11              MR. DAHLQUIST:  Right.
12              THE COURT:  -- something concrete, and it can't be
13    something that appears to be a complaint in a couple of
14    weeks.
15              MR. DAHLQUIST:  Okay.
16              THE COURT:  If you need some discovery period,
17    again, by either persuasion, you've got people either coming
18    in -- you're the United States Department of Justice.
19    I suppose if you call, somebody is going to take your call.
20    You know, you've got a lot of ways, short of formal
21    discovery, to get answers that you need.
22              And I'll give you the opportunity for formal
23    discovery if you need process.  But, you know, that can't be
24    for months and months and months before Google learns what
25    it is you want, because that, in some sense, is going to be
```

```
 1    the starting bell for them to know exactly what they need to
 2    do and exactly what they need to say.
 3            I mean, I suppose they can do some legwork before
 4    then, but it would seem to me that that is -- you know,
 5    they're sort of dealing with one arm behind their backs --
 6            MR. DAHLQUIST:  Yeah.
 7            THE COURT:  -- unless they've got a target to
 8    shoot at.
 9            MR. DAHLQUIST:  Understood.  Your Honor,
10    we certainly appreciate that.
11            And I think a comment you made more is maybe we
12    have to back into this.
13            Understand your date of August, we appreciate
14    that.  If there's a point on your calendar of when you
15    believe you'd like to have that remedies hearing, where you
16    know you have that open time, we can work with Google in
17    order to propose a schedule there.
18            THE COURT:  Can you say today how long you think
19    it will last?
20            MR. DAHLQUIST:  Without -- not with precision,
21    Your Honor.
22            My estimate, and I would -- I think we wanted to
23    ask you for one week, one trial week, five days, five trial
24    days is our estimate.
25            THE COURT:  Oh, that's it?
```

```
1              MR. DAHLQUIST:  See, when we had ten weeks before,
2    five days --
3              THE COURT:  You're burying the lead.
4              MR. DAHLQUIST:  Yes, Your Honor, we did.
5              I should have started with that Your Honor.
6              MR. SCHMIDTLEIN:  I'd like a word.
7              THE COURT:  You'll have the opportunity.
8    There's no doubt you'll have your opportunity.
9              MR. DAHLQUIST:  I think he wants more than one
10   word too.
11             THE COURT:  But, look, you know, again, I've got
12   one comparator to Microsoft.  It lasted three months.
13   And I wouldn't assume it would last that long.  Five days is
14   great.  Five days.  Let's get to it.
15             MR. DAHLQUIST:  We do not intend, Your Honor,
16   to take ten weeks.
17             I will admit there's a lot we don't know, as I
18   tried to preview here.  There's simply a lot we don't know
19   right here, so that is my best estimate today.
20             With your Court's indulgence, I will respectfully
21   request the opportunity to revise that estimate --
22             THE COURT:  Sure.
23             MR. DAHLQUIST:  -- as we move through discovery
24   and as we get further towards this, but it is not our
25   anticipation that this will reflect the time that was
```

```
 1    required for the liability trial by any measure.

 2              THE COURT:  Okay.

 3              Okay.  I think that's helpful, Mr. Dahlquist.

 4              MR. DAHLQUIST:  Thank you, Your Honor.

 5              THE COURT:  Thank you.

 6              Mr. Sallet.

 7              MR. SALLET:  Just very briefly, Your Honor.

 8    We obviously join in the same proposal.

 9              In terms of discovery -- well, let me start with

10    the trial.

11              I'm always more cautious, so you can disregard

12    what I say about this.  It would be nice if Your Honor were

13    to set a week and had some opportunity for overflow for the

14    next week.  We're clearly not steering in a detailed way.

15              THE COURT:  Don't worry, I've got a week.

16              MR. SALLET:  In terms of discovery, we obviously

17    would work to try to make discovery as effective as

18    possible.  For example, if we can use 30(b)(6) depositions

19    to obtain facts in a more expeditious and efficient manner,

20    we'd be prepared to do that.

21              We absolutely do believe that, despite Google's

22    objections at the approach of allowing discovery to begin

23    prior to the filing of a formal remedies proposal is

24    absolutely essential, of course, we are doing the work with

25    third parties, to the extent we can.  But as Your Honor has
```

1  recognized, formal discovery has its own advantages,

2  including, Your Honor, obtaining information from Google,

3  which will not be otherwise available to us and which will

4  be very important to our formulation of a proposal.

5          THE COURT:  Well, Mr. Sallet, as you --

6  do you have a sense of the amount of time it would take you

7  and your colleagues to formulate a concrete proposal,

8  including whatever period of discovery you think would be

9  appropriate to do that?  Is it 30 days?  60 days?  90 days?

10  120?

11          MR. SALLET:  Just to clarify the assumption,

12  I'm assuming a world in which discovery can begin before

13  that date and would extend beyond that date.

14          THE COURT:  Correct.

15          MR. SALLET:  I think before the end of the year,

16  Your Honor.  I think it will take us substantial time.

17  I don't think anything in October or the like is at all

18  possible, but I do believe in this calendar year, we can do

19  that.

20          THE COURT:  Okay.  That's helpful.

21          All right.  Thank you, Mr. Sallet.

22          Mr. Schmidtlein.

23          MR. SCHMIDTLEIN:  Thank you, Your Honor,

24  John Schmidtlein for Google.

25          Just a couple of observations.

1          We obviously agree with you that we need to know

2    what the actual proposal is as soon as possible.  They may

3    well be off talking to all sorts of people about whatever

4    ideas that they're thinking about.  We don't know what those

5    ideas are, so we can't begin doing discovery on sort of

6    illusory or imaginary remedies that they may or may not be

7    offering.  So we need to know those.

8          The other point I want to make is, we need to know

9    them in the form of an order.  The devil really is in the

10   details here about how this order is going to be drafted,

11   both in terms of Google's ability to understand the

12   ramifications of what it is they're asking for, but also so

13   that we can understand what compliance looks like going

14   forward.

15         In other words, if they draft things that are

16   vague or unclear and what have you, we need to be able to

17   focus in not just on the substance, because I suspect we may

18   well disagree that certain categories of remedies they may

19   ask for we think are legally unwarranted and are not

20   justified, but there may be things that we sort of disagree

21   with them on in terms of scope, wording, things like that.

22   And those are very, very important, both in terms of

23   substance and in terms of clarity sort of moving forward.

24   So we need an actual order, not sort of high-level ideas.

25   High-level ideas give us some direction, but order gives

```
1    what we actually need to shoot at.
2            The other thing too, in terms of -- I lived
3    through the New York versus Microsoft trial with
4    Judge Kollar-Kotelly, which was much longer than five days,
5    as Your Honor indicated.
6            THE COURT:  That's why I was surprised.
7            MR. SCHMIDTLEIN:  I have -- you know, until I know
8    what the remedy is, I don't know how much discovery I need
9    and I don't know how reasonable or how long of a remedy
10   trial I'm going to need to ask for.
11           You know, I think my colleagues here, some of
12   their estimates during our liability trial didn't exactly
13   turn out to be spot on.  I think five days is not going to
14   the turn out to be spot on either.  But I can't tell you
15   right now how much time I need for discovery; I'm going to
16   need to go out and talk and get discovery of third parties.
17           The other thing I need up front as quickly as
18   possible is, who are the witnesses?  Who are they going to
19   call?
20           At the beginning of any lawsuit, under Rule 26,
21   the parties have to make initial disclosures.  Something has
22   to be built in here for them to tell me who are the
23   witnesses, not just the experts, and we'll -- they belatedly
24   put forward a provision about expert discovery and
25   disclosures.  I think they only provided for a simultaneous
```

1    exchange, no rebuttal, no response.  We think that's not

2    appropriate.  We think there needs to be an ability from our

3    experts to respond to their experts, not just for us to

4    simultaneously submit.

5            But we need disclosure of what fact witnesses are

6    they going to call so I can decide whether I need to

7    subpoena those people and I can take their depositions.

8    So that information, which is not set forth in their

9    proposed schedule, again, I need, and I need it sooner

10   rather than later so I can plan my discovery and we can plan

11   our defenses.

12           THE COURT:  I don't disagree with any of that.

13   I think all of that is appropriate, fair, and reasonable.

14           Could I ask you a related question,

15   Mr. Schmidtlein?

16           How much new fact discovery do you think you all

17   will want to take and present?

18           And this is to Mr. Dahlquist's point that the

19   world has changed since discovery had closed two years ago.

20           You know, Google has integrated AI into Search,

21   and so too has Microsoft, so too has -- Chat GPT has

22   launched its own, you know, search functionality.  How much

23   of that do you think you will attempt to collect, gather,

24   and present, and will that be a focus, to some degree, of

25   what you'll be trying to present?

1          MR. SCHMIDTLEIN:  I expect that will be a

2   significant area of discovery, and it will be -- I assume

3   they're going to seek discovery of Google, and I think --

4   I assume I'm going to seek discovery of Microsoft and open

5   AI potentially, amongst others.

6          So I do believe that is likely going to be a focus

7   of the discovery.  But part of what will be informative to

8   us, and it's not clear to me, is what exactly -- what remedy

9   are they actually pondering having to do with AI.

10          Is it somehow restricting Google's ability to

11   incorporate its own AI technology into Search?  I surely

12   hope not.  That would be awfully bad for consumers.

13          Is it having something to do with how we

14   distribute our Gemini application?  That could be something

15   entirely different.

16          So, again, the breadth and scope of what I may

17   need in this subject matter, again, will be somewhat

18   informed and bounded by what exactly is the remedy they're

19   seeking, if any, as it pertains to AI technologies.

20          But that's certainly an area where significant

21   third part -- because there's a lot of activity in that

22   area.

23          THE COURT:  I figured as much.

24          And when Mr. Dahlquist mentioned AI, that's what I

25   thought he was talking about, less than what you've

```
 1   suggested but more about what -- what's the market look like
 2   now and what do we think it's going to look like five,
 3   ten-plus years into the future.
 4           MR. SCHMIDTLEIN:  I mean, one thing just to -- in
 5   terms of timing here, the Microsoft decree was five years,
 6   was the time period, so in terms of what they may be
 7   thinking about in terms of timing.
 8           In terms of the scope of discovery back in the
 9   Microsoft case, too, recall that, on remand -- I mean, that
10   came after we had done the remedy proceeding below and a
11   trip to the Court of Appeals and back, so there was an even
12   longer sort of period of time that had occurred.
13           THE COURT:  Right.
14           MR. SCHMIDTLEIN:  There was also a much wider
15   array of conduct that had been affirmed unlawful, and so the
16   decree in that case was buttoning up a lot of different
17   holes.
18           THE COURT:  Right.
19           MR. SCHMIDTLEIN:  Here we are talking about two
20   categories of distribution contracts and very specific
21   aspects about those that they have contested.
22           You will recall -- you may recall at one point in
23   the discovery, I was pressing them to give me interrogatory
24   answers about the but-for world.  And they didn't really
25   want to do it and tell me what exactly is Google allowed or
```

1    not allowed to do in the but-for world.  And that is what,

2    now, we're going to get to.  And that is why I need a very

3    specific remedy that we can discuss and potentially litigate

4    over if we don't think they have got an appropriate scoped

5    remedy to fix and meet the conduct that was adjudicated

6    during the trial.

7          THE COURT:  Let me ask you this.  How do I put

8    this:  Is Google amenable or -- as you stand here today,

9    to resolving this short of an evidentiary hearing and a

10   judicial resolution?  Is that something Google would be open

11   to?  And I understand that's -- there are a lot of factors,

12   but this is just a very open-ended question on my part.

13   And, if so, what would you -- what do you think Google would

14   need or would be required to do before it might be in a

15   position to have that conversation, if it's something you

16   might be amenable to?

17         MR. SCHMIDTLEIN:  Again, at the very least, I need

18   a realistic remedy, not a remedy for headlines, not a remedy

19   for political grandstanding, a remedy that fairly attaches

20   to the very dovetailed findings that were in this case.

21         In this case, the Court did not find that, absent

22   Google's conduct, a single device would have had Bing or

23   DuckDuckGo or Yahoo! preloaded on that device.  There was

24   zero evidence of that at the trial.

25         My client is always open to trying to resolve

```
 1    things and put things behind it, but we need a realistic --
 2    and, you know, an avenue to have those conversations.
 3              THE COURT:  Okay.  That's fair.
 4              All right.
 5              Mr. Dahlquist, do you want to speak?
 6              MR. DAHLQUIST:  Thank you, Your Honor.
 7              I don't know that we need to go back down what
 8    findings were or not; the Court knows well what findings
 9    were made.
10              Looking at the current schedule, if we work
11    backwards, perhaps as I suggested, start with your back-end
12    date, if Your Honor has time on the calendar for the May and
13    June time frame, we could do a hearing then.  Back into that
14    a time period of January when Google submits a proposal,
15    and I share with our Plaintiff States at the end of this
16    year, a December time frame when plaintiffs would submit a
17    proposal.
18              THE COURT:  Especially if you are contemplating
19    post-trial submissions, May, June for a hearing is going to
20    be too late.
21              MR. DAHLQUIST:  Okay.
22              THE COURT:  Now, you know, if we're really talking
23    about a couple weeks, you know, that's manageable.  That's
24    not what I had thought I was going to hear, but if that's
25    all it is, then we could -- I certainly have availability in
```

1    April.  And I have availability -- if we could do it in

2    March, that would be even better.  But I certainly have time

3    in those months to set aside multiple weeks to conduct a

4    hearing.

5              MR. DAHLQUIST:  Okay.

6              THE COURT:  But, of course, you know, bearing in

7    mind that we need some period of time where, you know, if

8    you want to do post-trial submissions, if you want to have

9    an argument at the end, that needs to be tacked on, because,

10   as I said, the sort of baton does need to get passed to us

11   around the same time it was on the merits, maybe a little

12   bit later because the record won't be as large.

13             MR. DAHLQUIST:  Understood.

14             THE COURT:  But it can't be past, much past --

15   it really can't be past June 1.

16             MR. DAHLQUIST:  Past June 1?

17             THE COURT:  Yeah, I think that's the absolute

18   outside.

19             MR. DAHLQUIST:  Okay.

20             Your Honor, that's helpful guidance.

21   We appreciate it.

22             I think with that guidance, it probably makes

23   sense for us and Google to talk again, now that we have

24   Your Honor's thoughts, and propose a more detailed schedule

25   for Your Honor.  Obviously, we were ships passing in the

1    night on this and your guidance is appreciated.

2            THE COURT:  Look, I think there is something to be

3    said about maybe a combination of the two things we've been

4    talking about, which is, you know, I think what Google has

5    said is that the earlier we get some sense of what you all

6    want, the plaintiffs want, the earlier they can get started.

7    So even if you give them some sort of high-level framework

8    sooner rather than later, I think that would help kickstart

9    things.

10            Now, that still means you've got to give them

11    something more detailed, at a minimum, by year end,

12    if not -- at a minimum, by year end.

13            And so, you know, again, if there's some general

14    framework, as you've called it, of high-level potential

15    remedies early, with something concrete not long after, and

16    I'll give both sides an opportunity, if you want to, put it

17    in your schedule, for some refinement, that makes perfect

18    sense, because there may be a need to refine once you talk

19    to experts, et cetera, fine.  I'm not saying the first

20    submission is the last.

21            MR. DAHLQUIST:  Understood.

22            THE COURT:  And so this can be a bit of a

23    narrowing -- I was going to use the word "funnel."

24            MR. DAHLQUIST:  You're in the right crowd for that

25    joke, Your Honor.

1          THE COURT:  But it can be a process that is

2    ongoing, not all the way to the end but into the discovery

3    period, okay?

4          MR. DAHLQUIST:  Understood.

5          THE COURT:  All right.

6          MR. DAHLQUIST:  Thank you, Your Honor, for the

7    guidance.

8          THE COURT:  Mr. Sallet, anything you'd like to

9    add?

10          MR. SALLET:  Just very briefly, Your Honor.

11          We obviously concur with Mr. Dahlquist.  We think

12    starting discovery in November, a proposal in December by

13    year's end and conferring with Google on how to adjust the

14    schedule to meet Your Honor's timing in the first part of

15    the year would be helpful.

16          And I have texted Mrs. Sallet and told her we're

17    not taking a vacation the first week in August next year.

18    Thank you.

19          THE COURT:  No, you can take one in the first week

20    of August.  That's exactly when -- well, anyway, I'll leave

21    that to you and Mrs. Sallet.

22          Okay.  So then just a couple of housekeeping --

23          Mr. Schmidtlein, anything you want to add before

24    we adjourn?

25          MR. SCHMIDTLEIN:  No, thank you.

```
1              THE COURT:  Okay.

2              So today is September 6th.

3              Can you get me something by next Friday?

4              MR. DAHLQUIST:  Yes.

5              MR. SALLET:  Yes.

6              THE COURT:  All right.

7              So we'll look for something by next Friday.

8    As before, if there are disputes, please put your disputes

9    in what you submit.  Hopefully, you all will be able to

10   resolve the schedule.  If not, I'll resolve any differences,

11   okay?

12             Just a final piece of housekeeping.

13             You all should, if you have not already,

14   be introduced to new folks who have joined the team.

15             Alex Burton is now our Courtroom Deputy, and

16   Leslie Bruce is our new law clerk.  So they will be helping

17   me and helping you.

18             So all right.  Anything else?

19             MR. DAHLQUIST:  Nothing else.

20             Thank you, and pleasure to meet you.

21             THE COURT:  Thank you, all, very much.

22             COURTROOM DEPUTY:  All rise.  This Court is now

23   adjourned.

24             (Proceedings concluded at 2:47 p.m.)

25
```

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__September 7, 2024____    _____

                                William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [3]** 3/2 3/6 32/22

**MR. DAHLQUIST: [37]**

**MR. SALLET: [9]** 14/12 14/17 14/23 20/7 20/16 21/11 21/15 31/10 32/5

**MR. SCHMIDTLEIN: [9]** 19/6 21/23 23/7 25/1 26/4 26/14 26/19 27/17 31/25

**THE COURT: [54]**

**1**

**12 [1]** 6/6
**120 [1]** 21/10
**12th [1]** 2/9
**1300 [1]** 2/5

**2**

**20-3010 [2]** 1/4 3/7
**20001 [1]** 2/15
**20005 [1]** 2/10
**202 [4]** 1/15 1/20 2/10 2/15
**2021 [1]** 9/4
**2022 [1]** 10/7
**2024 [1]** 5/3 33/7
**20530 [1]** 1/20
**209 [1]** 1/14
**21st [1]** 13/15
**26 [1]** 23/20
**28th [2]** 6/3 14/21
**2:08 [1]** 1/6
**2:47 [1]** 32/24
**2nd [1]** 14/24

**3**

**30 [1]** 20/18
**30 days [1]** 21/9
**3010 [2]** 1/4 3/7
**307-6158 [1]** 1/20
**3249 [1]** 2/15
**333 [1]** 2/14
**354-3249 [1]** 2/15

**4**

**434-5000 [1]** 2/10
**45 [1]** 5/6
**450 [1]** 1/19

**5**

**50-plus [1]** 5/10
**5000 [1]** 2/10
**508-6000 [1]** 2/7

**6**

**60 days [1]** 21/9
**600 [1]** 1/14
**6000 [1]** 2/7
**60604 [1]** 1/15
**6158 [1]** 1/20
**6th [1]** 32/2

**7**

**7100 [1]** 1/19

**725 [1]** 2/9
**7th [2]** 2/6 14/25

**8**

**80203 [1]** 2/6
**805-8563 [1]** 1/15
**8563 [1]** 1/15

**9**

**90 [1]** 21/9

**A**

**ability [3]** 22/11 24/2 25/10
**able [3]** 4/12 22/16 32/9
**about [27]** 5/6 5/11 8/22 9/23 10/11 10/12 10/13 10/16 10/19 11/6 13/16 13/17 17/2 20/12 22/3 22/4 22/10 23/24 25/25 26/1 26/7 26/19 26/21 26/24 28/23 30/3 30/4
**above [1]** 33/4
**above-titled [1]** 33/4
**absent [1]** 27/21
**absolute [1]** 29/17
**absolutely [2]** 20/21 20/24
**Act [2]** 12/3 12/10
**Action [1]** 3/7
**activity [1]** 25/21
**actual [3]** 5/24 22/2 22/24
**actually [6]** 4/12 5/3 11/20 14/3 23/1 25/9 29/17
**Adam [2]** 1/17 3/13
**adam.severt [1]** 1/21
**add [2]** 31/9 31/23
**address [1]** 8/4
**adjourn [1]** 31/24
**adjourned [2]** 32/23
**adjudicated [1]** 27/5
**adjust [1]** 31/13
**admit [1]** 19/17
**Adopted [1]** 10/8
**advantages [1]** 21/1
**advertisers [1]** 11/1
**affirmed [1]** 26/15
**after [6]** 4/13 9/8 14/19 17/3 26/10 30/15
**afternoon [3]** 3/4 3/11 3/14
**afterwards [1]** 15/7
**again [11]** 3/15 15/8 17/6 17/17 19/11 24/9 25/16 25/17 27/17 29/23 30/13
**ago [5]** 9/13 10/7 16/20 16/20 24/19
**agree [9]** 10/2 11/18 11/18 12/23 12/23 13/19 14/3 15/18 22/1
**agreed [2]** 5/12 16/23
**agreement [2]** 9/6 17/4
**AI [9]** 10/11 10/18

**25/11 25/19 25/24
**aided [1]** 2/17
**al [2]** 1/3 3/8
**Alex [1]** 32/15
**all [34]**
**All right [1]** 32/6
**allow [1]** 5/23
**allowed [2]** 5/5 26/25 27/1
**allowing [1]** 20/22
**allows [1]** 7/1
**along [1]** 5/14
**already [2]** 7/7 32/13
**also [5]** 5/16 10/24 11/17 22/12 26/14
**always [2]** 20/11 27/25
**amenable [2]** 27/8 27/16
**Amended [1]** 10/8
**AMERICA [2]** 1/3 3/8
**AMIT [2]** 1/9 3/3
**amongst [1]** 25/5
**amount [1]** 21/6
**another [2]** 8/10 15/2
**answered [1]** 13/4
**answers [2]** 17/21 26/24
**anticipate [1]** 12/25
**anticipation [1]** 19/25
**anticompetitive [1]** 5/12
**Antitrust [3]** 1/13 1/18 2/4
**any [6]** 17/2 20/1 23/20 24/12 25/19 32/10
**anything [5]** 10/16 11/17 31/8 31/23 32/18
**anyway [1]** 31/20
**appeal [2]** 12/18 16/7
**Appeals [2]** 5/12 14/20 26/11
**APPEARANCES [2]** 1/11 1/21
**appears [1]** 17/13
**appease [1]** 8/23
**application [1]** 25/14
**appreciate [6]** 7/17 8/24 13/24 18/10 18/13 29/21
**appreciated [1]** 30/1
**approach [2]** 7/23 20/22
**appropriate [7]** 4/22 7/2 13/13 21/9 24/2 24/13 27/4
**April [1]** 29/1
**are [31]** 3/25 4/2 4/4 6/8 6/11 6/19 6/23 7/9 9/22 10/19 11/1 11/20 11/22 11/24 13/16 17/8 20/24 22/5 22/15 22/19 22/19 22/22 23/18 23/18 23/22 24/5 25/9 26/19 27/11 28/18 32/8
**area [3]** 25/2 25/20 25/22
**argument [1]** 29/9

**around [3]** 6/21 6/22 29/11
**array [1]** 26/15
**as [46]**
**As before [1]** 32/8
**aside [1]** 29/3
**ask [8]** 4/4 11/3 13/11 18/23 22/19 23/10 24/14 27/7
**asked [4]** 5/6 12/25 13/3 15/11
**asking [1]** 22/12
**aspects [1]** 26/21
**assume [4]** 15/6 19/13 25/2 25/4
**assuming [1]** 21/12
**assumption [1]** 21/11
**ATR [1]** 1/18
**attaches [1]** 27/19
**attempt [3]** 8/23 24/23
**August [4]** 6/20 18/13 31/17 31/20
**availability [2]** 28/25 29/1
**available [1]** 21/3
**avenue [2]** 2/14 28/2
**awfully [1]** 25/12

**B**

**back [10]** 8/3 16/16 16/22 17/6 18/12 26/8 26/11 28/7 28/11 28/13
**back-end [1]** 28/11
**backdrop [1]** 11/8
**backs [1]** 18/5
**backwards [2]** 6/17 6/23 28/11
**bad [1]** 25/12
**balance [2]** 5/20 6/8
**Bard [1]** 10/14
**Barrett [1]** 2/14
**barriers [1]** 11/4
**basis [1]** 7/20
**baton [1]** 29/10
**be [68]**
**be introduced [1]** 32/14
**bearing [1]** 29/6
**because [10]** 4/19 7/23 13/4 13/7 17/25 22/17 25/21 29/9 29/12 30/18
**been [9]** 3/15 4/12 7/7 7/25 9/21 10/8 14/19 26/15 30/3
**before [14]** 1/9 8/3 13/11 13/16 13/21 16/6 17/24 18/3 19/1 21/12 21/15 27/14 31/23 32/8
**began [2]** 6/2 14/9
**begin [4]** 14/23 20/22 21/12 22/5
**beginning [3]** 15/1 15/2 23/20
**begins [1]** 15/13
**behalf [2]** 3/12 7/12
**behind [2]** 18/5 28/1
**belatedly [1]** 23/23

**believe [7]** 7/21 9/16 11/2 18/15 20/21 21/18 25/6
**bell [1]** 18/1
**below [1]** 26/10
**best [2]** 16/25 19/19
**better [3]** 4/6 16/2 29/2
**between [3]** 6/8 14/25 15/2
**beyond [3]** 10/19 10/20 21/13
**bifurcated [3]** 9/4 12/1 16/3
**bifurcation [4]** 8/6 15/21 16/18 16/20
**Bing [1]** 27/22
**bit [4]** 11/10 15/21 29/12 30/22
**both [7]** 4/14 4/17 5/15 9/6 22/11 22/22 30/16
**boundaries [1]** 11/15
**bounded [1]** 25/18
**bounds [1]** 11/15
**breadth [1]** 25/16
**briefly [2]** 20/7 31/10
**Broadway [1]** 2/5
**browsers [1]** 11/1
**Bruce [2]** 2/2 32/16
**built [1]** 23/22
**Burton [1]** 32/15
**burying [1]** 19/3
**buttoning [1]** 26/16

**C**

**calendar [3]** 18/14 21/18 28/12
**California [1]** 8/10
**call [5]** 8/12 17/19 17/19 23/19 24/6
**called [2]** 10/13 10/15 30/14
**calling [1]** 3/6
**came [2]** 14/20 26/10
**can [26]** 6/2 7/8 8/2 11/14 14/10 14/12 16/16 18/3 18/16 18/18 20/11 20/18 20/25 21/12 21/18 22/13 24/6 24/7 24/10 24/10 27/3 30/6 30/22 31/1 31/19 32/3
**can't [8]** 8/20 13/13 17/12 17/23 22/5 23/14 23/14 29/15
**Canceled [1]** 10/8
**Carr [1]** 2/4
**case [10]** 3/18 5/4 6/4 8/6 15/16 15/19 26/9 26/16 27/20 27/21
**cases [1]** 11/24
**categories [3]** 11/13 22/18 26/20
**cautious [1]** 20/11
**Center [1]** 2/18
**certain [1]** 22/18
**certainly [5]** 15/19 18/10 25/20 28/25 29/2
**Certified [1]** 2/13

**C**

certify [1]  33/2
cetera [1]  30/19
CH [1]  2/14
changed [3]  10/14 16/25 24/19
Chat [1]  24/21
Chicago [1]  1/15
chicken [2]  8/18 13/8
Circuit [2]  4/14 8/14
cited [2]  9/25 9/25
Civil [1]  3/7
clarify [1]  21/11
clarity [1]  22/23
clear [5]  3/24 4/14 4/19 16/18 25/8
clearly [1]  20/14
clerk [1]  5/2 32/16
click [1]  11/6
client [1]  27/25
close [1]  13/14
closed [4]  9/12 10/7 10/14 24/9
closes [1]  13/17
CO [1]  2/6
coag.gov [1]  2/7
cold [2]  16/13 16/14
colleagues [2]  21/7 23/11
collect [1]  24/23
Colorado [3]  2/2 2/3 2/5
COLUMBIA [1]  1/1
combination [1]  30/3
come [1]  10/24
coming [1]  17/17
commence [1]  5/6
commenced [1]  15/7
comment [1]  18/11
comparables [1]  4/10
comparator [1]  19/12
competition [4]  9/20 10/23 11/5 11/7
competitors [1]  10/25
complaint [3]  11/11 11/12 17/13
compliance [1]  22/13
components [1]  10/18
comprehensive [1]  7/22
computer [1]  2/17
computer-aided [1]  2/17
concluded [1]  32/24
conclusions [1]  12/17
concrete [6]  6/10 15/12 15/16 17/12 21/7 30/15
concur [1]  31/11
conduct [4]  26/15 27/5 27/22 29/3
conducted [1]  14/19
confer [1]  13/3
CONFERENCE [1]  1/9
conferring [1]  31/13
conflicts [1]  7/6
CONNOLLY [1]  2/9
considering [1]  13/5

**C**

construct [2]  6/7 11/9
Consumer [1]  2/3
consumers [1]  25/12
contacted [1]  9/21
contemplating [2]  4/3 28/18
contest [1]  11/22
contested [1]  26/21
context [1]  8/6
CONTINUED [1]  2/1
contours [1]  6/15
contracts [4]  10/6 10/9 10/9 26/20
conversation [1]  27/15
conversations [2]  17/2 28/2
copies [1]  14/16
correct [4]  12/11 12/15 21/14 33/3
could [6]  5/13 24/14 25/14 28/13 28/25 29/1
counter [1]  5/18
counter-remedies [1]  5/18
couple [5]  7/6 17/13 21/25 28/23 31/22
course [6]  5/17 9/14 11/15 12/17 20/24 29/6
court [13]  1/1 2/12 2/13 3/2 5/12 9/19 10/24 14/4 14/20 26/11 27/21 28/8 32/22
Court's [1]  19/20
Courtroom [2]  32/15
critical [1]  8/14
crowd [1]  30/24
CRR [2]  33/2 33/8
current [2]  28/10
currently [1]  13/15
CV [1]  1/4

**D**

D.C [4]  1/5 1/20 2/10 2/15
D.C. [1]  8/14
D.C. Circuit [1]  8/14
Dahlquist [8]  1/12 3/12 7/10 7/12 20/3 25/24 28/5 31/11
Dahlquist's [1]  24/18
data [3]  11/5 11/6 15/20
date [6]  14/3 18/13 21/13 21/13 28/12 33/7
David [3]  1/12 3/12 7/12
David Dahlquist [2]  3/12 7/12
david.dahlquist [1]  1/16
days [11]  5/6 18/23 18/24 19/2 19/13 19/14 21/9 21/9 21/9 23/4 23/13
dealing [1]  18/5
decade [1]  9/15
December [6]  6/5 6/6

**D**

December 12 [1]  6/6
December 7th [1]  14/25
decide [1]  24/6
decision [2]  9/8 16/19
decree [2]  26/5 26/16
defendant [4]  1/7 2/8 3/10 4/20
defendants [2]  8/20 9/25
defenses [1]  24/11
degree [2]  6/9 24/24
Denver [1]  2/6
DEPARTMENT [3]  1/13 2/3 17/18
depositions [3]  4/4 20/18 24/7
Deputy [1]  32/15
despite [1]  20/21
detailed [6]  4/18 5/9 5/11 20/14 29/24 30/11
details [1]  22/10
develop [1]  15/11
developing [1]  3/25
device [2]  27/22 27/23
devil [1]  22/9
did [8]  5/5 5/19 6/5 12/12 14/23 16/22 19/4 27/21
didn't [3]  10/25 23/12 26/24
differences [1]  32/10
different [2]  25/15 26/16
direction [1]  22/25
disagree [4]  13/12 22/18 22/20 24/20
disclosure [3]  5/7 5/7 24/5
disclosures [2]  23/21 23/25
discovery [60]
discuss [2]  7/8 27/3
disputes [2]  32/8 32/8
disregard [1]  20/11
distribute [1]  25/14
distribution [2]  10/6 26/20
DISTRICT [3]  1/1 1/1 1/10
divergent [1]  8/24
diversions [1]  16/18
Division [1]  1/13 1/18
do [46]
do you [2]  13/12 13/18
do you have [1]  21/6
documents [1]  4/5
does [5]  10/17 10/17 12/25 15/5 29/10
doing [2]  20/24 22/5
DOJ [2]  1/12 1/18
DOJ-ATR [1]  1/18
don't [19]  4/8 4/25 5/17 6/2 10/16 11/18 14/15 14/16 15/23 19/17 19/18 20/15 21/17 22/4

**D**

done [10]  3/20 8/2 9/5 9/5 9/10 9/10 9/15 10/6 26/10
doubt [1]  19/8
dovetailed [1]  27/20
down [2]  14/20 28/7
draft [2]  22/15
drafted [1]  22/10
DuckDuckGo [1]  27/23
due [1]  14/24
during [2]  23/12 27/6

**E**

each [2]  8/5 8/10
eager [1]  7/20
earlier [2]  30/5 30/6
early [2]  6/20 30/15
easy [1]  8/1
educated [1]  7/22
effective [1]  20/17
efficient [1]  20/19
effort [1]  8/22
egg [2]  8/18 13/8
either [4]  4/5 17/17 17/17 23/14
else [4]  10/19 10/20 32/18 32/19
Email [4]  1/16 1/21 2/7 2/11
end [11]  5/23 7/8 13/22 21/15 28/11 28/15 29/9 30/11 30/12 31/2 31/13
ended [1]  27/12
energy [1]  7/16
enough [2]  6/24 8/14
entirely [1]  25/15
entitled [1]  6/10
entrants [1]  10/25
envision [1]  11/10
Epic [2]  8/9 11/24
Especially [1]  28/18
essential [1]  20/24
estimate [4]  18/22 18/24 19/19 19/21
estimates [1]  23/12
et [3]  1/3 3/8 30/19
eve [1]  4/24
even [6]  8/21 9/8 10/19 26/11 29/22 30/7
everybody [2]  3/15 16/23
everybody's [1]  3/15
everyone [2]  3/5 3/14
evidence [1]  27/24
evidentiary [3]  6/15 13/23 27/9
exact [2]  13/6 15/22
exactly [7]  18/1 18/2 23/12 25/8 25/18 26/25 31/20
example [1]  20/18
exchange [1]  24/4
exchanged [1]  13/17
expect [1]  25/1
expedited [1]  7/20
expeditious [1]  20/19

**E**

expert [2]  13/16 23/24
experts [6]  4/4 4/22 23/23 24/3 24/3 24/3
extend [1]  21/13
extensive [1]  12/16
extent [1]  20/25

**F**

fact [4]  9/12 12/17 24/5 24/16
factors [1]  27/11
facts [1]  20/19
factual [3]  8/15 10/2 10/2
fair [2]  24/13 28/3
fairly [1]  27/19
far [1]  14/9
February [1]  13/15
few [1]  15/15
field [1]  17/5
Fifth [1]  1/19
figure [3]  3/17 4/6 5/21 10/5 11/20
figured [1]  25/23
filing [2]  15/3 20/23
final [3]  4/24 13/18 32/12
find [2]  9/8 27/21
findings [5]  10/13 12/16 27/20 28/8 28/8
fine [1]  30/19
first [10]  3/19 3/23 7/14 10/3 14/2 14/4 30/19 31/14 31/17 31/19
five [12]  8/11 13/17 13/21 18/23 18/23 19/2 19/13 19/14 23/4 23/13 26/2 26/5
five-plus [1]  13/17
fix [1]  27/5
Floor [1]  2/6
focus [4]  9/18 22/17 24/24 25/6
focused [2]  9/14 12/4
folks [2]  11/1 32/14
following [2]  3/23 15/9
foregoing [1]  33/3
form [1]  22/9
formal [5]  15/13 17/20 17/22 20/23 21/1
formally [1]  16/4
formulate [1]  21/7
formulation [1]  21/4
forth [2]  5/8 24/8
forward [7]  7/18 8/17 11/16 14/6 22/14 22/23 23/24
four [1]  8/11
frame [2]  28/13 28/16
framework [12]  4/9 4/23 8/22 11/12 11/19 12/24 13/2 14/5 14/10 15/22 30/7 30/14
frankly [1]  17/7
Friday [2]  32/3 32/7
front [1]  23/17
functionality [1]  24/22
funnel [1]  30/23

## F

**further** [1]  19/24
**future** [3]  9/18 11/23
26/3

## G

**gather** [1]  24/23
**gave** [1]  11/9
**Gemini** [2]  10/15 25/14
**general** [2]  30/13
**get** [19]  3/16 3/21 4/6
4/24 6/17 7/20 8/1
10/22 13/7 17/6 17/21
19/14 19/24 23/16 27/2
29/10 30/5 30/6 32/3
**give** [13]  3/21 6/24
11/13 11/17 11/19 14/7
17/9 17/22 22/25 26/23
30/7 30/10 30/16
**gives** [1]  22/25
**go** [8]  8/17 10/3 12/24
13/11 14/2 14/4 23/16
28/7
**goal** [1]  8/25
**goals** [1]  8/24
**going** [33]  3/17 4/4 4/7
4/25 5/22 5/23 6/16
6/23 9/24 11/3 11/16
11/19 11/22 13/23
16/16 17/8 17/19 17/25
22/10 22/13 23/10
23/13 23/15 23/18 24/6
25/3 25/4 25/6 26/2
27/2 28/19 28/24 30/23
**gone** [1]  14/19
**good** [5]  3/4 3/11 3/14
5/20 11/25
**GOOGLE** [38]
**Google's** [4]  20/21
22/11 25/10 27/22
**got** [8]  13/21 17/17
17/20 18/7 19/11 20/15
27/4 30/10
**GPT** [1]  24/21
**grandstanding** [1]
27/19
**grasp** [1]  4/6
**great** [1]  19/14
**guess** [1]  15/23
**guidance** [4]  29/20
29/22 30/1 31/7

## H

**had** [18]  5/4 8/6 8/11
12/1 12/1 13/2 14/19
16/15 16/24 16/25 19/1
20/13 24/19 26/10
26/12 26/15 27/22
28/24
**Hang** [1]  14/14
**happened** [6]  4/15 5/1
9/13 14/8 15/19 16/10
**hark** [1]  8/3
**harm** [1]  5/13
**has** [17]  4/20 7/24 9/13
9/15 10/5 10/12 13/20
20/25 21/1 23/21 24/19
24/20 24/21 24/21

**have** [48]
**having** [2]  25/9 25/13
**he** [3]  13/2 19/9 25/25
**headlines** [1]  27/18
**hear** [2]  8/16 28/24
**heard** [3]  10/11 10/23
11/5
**hearing** [8]  6/15 11/22
12/23 18/15 27/9 28/13
28/19 29/4
**heart** [1]  3/16
**help** [2]  11/6 30/8
**helpful** [6]  11/25 14/15
20/3 21/20 29/20 31/15
**helping** [2]  32/16
32/17
**helps** [1]  6/22
**her** [2]  6/3 31/16
**here** [19]  3/18 5/14
8/18 9/12 10/23 12/2
12/21 15/21 16/5 16/15
17/5 19/18 19/19 22/10
23/11 23/22 26/5 26/19
27/8
**high** [10]  4/8 4/23
11/12 11/19 13/2 14/10
22/24 22/25 30/7 30/14
**high-level** [10]  4/8 4/23
11/12 11/19 13/2 14/10
22/24 22/25 30/7 30/14
**hold** [1]  16/21
**holes** [1]  26/17
**Honor** [38]
**Honor's** [7]  8/4 9/2
9/21 10/3 13/9 29/24
31/14
**HONORABLE** [3]  1/9
3/2 3/3
**hope** [3]  3/15 6/17
25/12
**hopefully** [2]  6/25 32/9
**housekeeping** [2]
31/22 32/12
**how** [22]  3/17 5/12
9/18 9/19 10/12 10/17
10/22 11/4 11/4 11/5
11/6 18/18 22/10 23/8
23/9 23/9 23/15 24/16
24/22 25/13 27/7 31/13
**how do** [1]  11/4
**however** [3]  7/21 9/9
16/17

## I

**I also** [1]  11/17
**I assume** [2]  25/2 25/4
**I can** [5]  6/2 14/10 24/6
24/7 24/10
**I can't** [1]  23/14
**I don't** [9]  4/25 5/17
14/15 15/23 21/17 23/8
23/9 24/12 28/7
**I don't have** [1]  6/2
**I had** [1]  28/24
**I have** [4]  7/6 23/7 29/1
31/16
**I hope** [1]  3/15

**I mean** [5]  5/10 13/12
13/20 18/3 26/4
**I misspoke** [1]  15/5
**I say** [1]  20/12
**I should** [1]  19/5
**I suppose** [1]  17/19
**I think** [29]  5/10 5/14
5/19 5/25 5/25 6/1 6/9
8/5 8/13 13/25 15/8
15/17 17/4 18/11 18/22
19/9 20/3 21/15 21/16
23/11 23/13 23/25
24/13 25/3 29/17 29/22
30/2 30/4 30/8
**I understand** [1]  27/11
**I want** [1]  22/8
**I wanted** [1]  7/14
**I was** [4]  23/6 26/23
28/24 30/23
**I will** [2]  19/17 19/20
**I would** [1]  15/20
**I'd** [2]  8/3 19/6
**I'll** [7]  5/2 5/25 8/22
17/22 30/16 31/20
32/10
**I'm** [12]  3/13 4/11 6/16
12/5 13/10 15/25 20/11
21/12 23/10 23/15 25/4
30/19
**I'm assuming** [1]
21/12
**I'm going** [4]  6/16
23/10 23/15 25/4
**I'm sorry** [1]  13/10
**I'm sure** [1]  4/11
**I've** [4]  3/20 3/20 19/11
20/15
**idea** [1]  4/23
**ideas** [4]  22/4 22/5
22/24 22/25
**identify** [1]  4/12
**IL** [1]  1/15
**illusory** [1]  22/6
**imaginary** [1]  22/6
**implement** [1]  10/18
**implemented** [1]  10/10
**implementing** [1]
10/12
**important** [4]  6/16 9/17
21/4 22/22
**importantly** [2]  5/16
17/10
**include** [1]  13/4
**included** [2]  12/20
15/10
**including** [2]  21/2 21/8
**incorporate** [1]  25/11
**indicated** [1]  23/5
**indulgence** [1]  19/20
**inform** [2]  9/11 16/16
**information** [7]  7/9
8/17 9/5 16/25 17/1
21/2 24/8
**informative** [1]  25/7
**informed** [1]  25/18
**initial** [4]  5/7 5/7 14/10
23/21

**institutional** [2]  6/19
6/21
**integrated** [1]  24/20
**intend** [3]  10/4 10/18
19/15
**intended** [1]  14/4
**intending** [1]  3/25
**interested** [1]  9/22
**interrogatories** [1]  4/4
**interrogatory** [1]  26/23
**introduce** [1]  5/2
**introduced** [1]  32/14
**investigation** [1]  8/12
**involvement** [1]  16/16
**involving** [1]  4/13
**is** [85]
**issuance** [1]  15/1
**issue** [1]  15/21
**issued** [2]  6/3 14/20
**it** [71]
**it really** [1]  29/15
**It would be** [1]  20/12
**it's** [12]  3/23 5/10 5/22
8/1 10/14 12/4 13/2
13/21 15/9 25/8 26/2
27/15
**its** [4]  8/25 21/1 24/22
25/11
**itself** [1]  12/3

## J

**January** [1]  28/14
**John** [4]  2/8 3/9 3/10
21/24
**John Schmidtlein** [2]
3/10 21/24
**join** [1]  20/8
**joined** [2]  3/13 32/14
**Joint** [1]  3/19
**joke** [1]  30/25
**jon.sallet** [1]  2/7
**Jonathan** [1]  2/2
**jschmidtlein** [1]  2/11
**JUDGE** [1]  1/10 5/4
5/19 15/10 23/4
**Judge Kollar-Kotelly**
**[3]**  5/4 5/19 23/4
**judicial** [2]  2/5 27/10
**June** [4]  28/13 28/19
29/15 29/16
**just** [22]  7/4 7/8 7/14
9/17 10/15 13/16 13/19
14/12 15/6 15/25 17/6
20/7 21/11 21/25 22/17
23/23 24/3 26/4 27/12
31/10 31/22 32/12
**JUSTICE** [2]  1/13
17/18
**justified** [1]  22/20

## K

**kickstart** [1]  30/8
**kind** [1]  5/22
**know** [44]
**knowledge** [1]  6/22
**knows** [1]  28/8
**Kollar** [2]  5/4 5/19

**Kollar-Kotelly** [1]
15/10
**Kotelly** [4]  5/4 5/19
15/10 23/4

## L

**large** [1]  29/12
**LaSalle** [1]  1/14
**last** [5]  6/25 9/13 18/19
19/13 30/20
**lasted** [1]  19/12
**late** [2]  14/9 28/20
**later** [4]  13/17 24/10
29/12 30/8
**launched** [2]  10/15
24/22
**law** [4]  2/3 5/2 12/17
32/16
**lawsuit** [1]  23/20
**lead** [1]  19/3
**learns** [1]  17/24
**least** [1]  27/17
**leave** [1]  31/20
**legally** [1]  22/19
**legwork** [1]  18/3
**length** [1]  6/15
**Leslie** [1]  32/16
**less** [1]  25/25
**let** [5]  3/21 7/4 13/11
20/9 27/7
**let's** [3]  3/16 9/7 19/14
**level** [10]  4/8 4/23
11/12 11/19 13/2 14/10
22/24 22/25 30/7 30/14
**liability** [5]  8/7 9/8 17/3
20/1 23/12
**like** [14]  8/3 9/23 10/9
11/10 11/16 12/25
18/15 19/6 21/17 22/13
22/21 26/1 26/2 31/8
**likely** [1]  25/6
**limitation** [1]  16/17
**lines** [1]  5/14
**litigate** [3]  11/21 11/21
27/3
**litigating** [1]  11/20
**little** [3]  12/4 15/21
29/11
**lived** [1]  23/2
**LLC** [2]  1/6 3/8
**LLP** [1]  2/9
**long** [5]  6/25 18/18
19/13 23/9 30/15
**longer** [2]  23/4 26/12
**look** [16]  5/25 6/2 8/5
9/23 10/9 11/16 11/25
12/25 15/8 15/20 17/8
19/11 26/1 26/2 30/2
32/7
**looked** [2]  4/10 8/9
**Looking** [2]  7/18 28/10
**looks** [1]  22/13
**lose** [1]  6/21
**lot** [11]  7/16 9/5 9/13
10/11 11/6 17/20 19/17
19/18 25/21 26/16
27/11

**M**
made [2]  18/11 28/9
make [5]  10/25 16/23
  20/17 22/8 23/21
makes [2]  29/22 30/17
manageable [1]  28/23
manner [1]  20/19
march [1]  14/6 29/2
market [1]  26/1
marketplace [1]  11/1
marketplaces [1]  11/4
markets [4]  7/25 9/16
  9/19 9/20
matter [4]  3/16 9/4
  25/17 33/4
matters [1]  7/7
may [20]  6/7 8/18 10/7
  10/18 11/17 11/18
  14/15 14/18 22/2 22/6
  22/6 22/17 22/18 22/20
  25/16 26/6 26/22 28/12
  28/19 30/18
maybe [5]  12/6 15/25
  18/11 29/11 30/3
me [21]  3/21 3/24 4/2
  4/14 6/14 6/22 6/24 7/4
  13/3 13/11 14/7 17/9
  18/4 20/9 23/22 25/8
  26/23 26/25 27/7 32/3
  32/17
mean [6]  5/10 13/12
  13/20 18/3 26/4 26/9
means [1]  30/10
measure [1]  20/1
mechanical [1]  2/16
medial [1]  6/4
meet [4]  13/3 27/5
  31/14 32/20
MEHTA [2]  1/9 3/3
mentioned [1]  25/24
Merit [1]  2/12
merits [2]  16/7 29/11
metes [1]  11/15
Microsoft [19]  4/13
  4/15 4/19 5/2 6/5 8/8
  8/13 11/24 12/3 12/9
  14/8 16/8 16/9 19/12
  23/3 24/21 25/4 26/5
  26/9
might [3]  16/25 27/14
  27/16
mind [1]  29/7
minimum [2]  30/11
  30/12
minute [2]  8/23 10/21
misreading [1]  14/18
misspoke [1]  15/5
misunderstood [1]
  12/6
momentarily [1]  5/3
monopolize [1]  9/15
monopolized [1]  7/24
month [2]  14/25 15/2
months [7]  8/11 15/15
  17/24 17/24 17/24
  19/12 29/3
more [13]  4/5 8/22
  11/10 13/21 15/16

more importantly [1]
  17/10
move [1]  19/23
moving [3]  10/21 11/11
  22/23
Mr. [19]  7/10 13/3
  14/14 15/5 16/15 16/15
  17/1 20/3 20/6 21/5
  21/21 21/22 24/15
  24/18 25/24 28/5 31/8
  31/11 31/23
Mr. Dahlquist [5]  7/10
  20/3 25/24 28/5 31/11
Mr. Dahlquist's [1]
  24/18
Mr. Sallet [6]  14/14
  15/5 20/6 21/5 21/21
  31/8
Mr. Schmidtlein [6]
  13/3 16/15 17/1 21/22
  24/15 31/23
Mr. Severt [1]  16/15
Mrs. [2]  31/16 31/21
Mrs. Sallet [2]  31/16
  31/21
much [9]  23/4 23/8
  23/15 24/16 24/22
  25/23 26/14 29/14
  32/21
multiple [1]  29/3
my [12]  3/21 5/2 7/6
  7/19 13/12 14/18 18/22
  19/19 23/11 24/10
  27/12 27/25

**N**
narrowing [1]  30/23
nature [1]  8/25
near [1]  13/14
need [48]
needed [2]  7/3 10/1
needs [11]  4/16 4/17
  6/20 7/21 7/22 7/22
  9/10 9/11 9/18 24/2
  29/9
nevertheless [1]  7/1
new [6]  5/1 10/9 23/3
  24/16 32/14 32/16
New York [5]  1/23 3/2
next [7]  3/18 11/11
  15/14 20/14 31/17 32/3
  32/7
nice [2]  3/14 20/12
night [1]  30/1
no [13]  1/4 12/23 13/4
  14/9 16/6 16/17 16/17
  16/18 19/8 24/1 24/1
  31/19 31/25
none [2]  11/25 12/1
not [45]
Nothing [1]  32/19
notice [2]  11/10 11/13
November [1]  14/24
  31/12
now [14]  3/3 3/6 9/9
  9/25 14/15 15/17 23/15

30/10 32/15 32/22
number [2]  4/3 9/22
NW [3]  1/19 2/9 2/14

**O**
objections [1]  20/22
observation [2]  13/12
  14/13
observations [1]  21/25
obtain [1]  20/19
obtaining [1]  21/2
obvious [1]  6/20
obviously [7]  3/20 6/12
  20/8 20/16 22/1 29/25
  31/11
occurred [1]  26/12
October [2]  14/3 21/17
off [4]  9/7 12/13 17/2
  22/3
offer [1]  14/12
offering [1]  22/7
Official [1]  2/13
oh [2]  13/9 18/25
okay [13]  15/4 17/15
  20/2 20/3 21/20 28/3
  28/21 29/5 29/19 31/3
  31/22 32/1 32/11
once [1]  30/18
one [15]  4/7 4/11 4/16
  4/25 8/3 14/12 16/20
  18/5 18/23 18/23 19/9
  19/12 26/4 26/22 31/19
ongoing [1]  31/2
only [4]  4/11 4/24
  16/10 23/25
open [7]  9/18 9/19
  18/16 25/4 27/10 27/12
  27/25
open-ended [1]  27/12
opinion [6]  6/18 6/25
  7/16 8/8 8/14 9/21
opportunity [8]  4/20
  11/17 17/22 19/7 19/8
  19/21 20/13 30/16
options [1]  13/5
order [16]  5/3 6/3 6/24
  8/15 8/17 8/20 9/20
  11/15 14/20 15/1 16/18
  18/17 22/9 22/10 22/24
  22/25
ordered [1]  15/15
other [7]  7/7 11/24
  13/20 22/8 22/15 23/2
  23/17
others [1]  25/5
otherwise [1]  21/3
our [17]  7/20 8/7 8/21
  8/25 13/2 14/5 16/12
  18/24 19/24 21/4 23/12
  24/2 24/11 25/14 28/15
  32/15 32/16
out [13]  3/17 4/7 5/21
  6/16 6/18 6/22 7/24
  8/10 10/5 11/20 23/13
  23/14 23/16
outside [2]  15/22 29/18
over [5]  7/4 7/25 9/12

overflow [1]  20/13
overnight [1]  8/2
overt [1]  16/19
own [5]  5/18 6/12 21/1
  22/24 25/11

**P**
p.m [2]  1/6 32/24
pages [1]  5/10
paper [1]  8/7
parallel [1]  12/8
part [5]  7/23 25/7 25/21
  27/12 31/14
parties [12]  4/5 4/22
  9/6 9/6 9/17 9/22 10/22
  10/23 10/24 20/25
  23/16 23/21
partners [1]  7/19
passed [1]  29/10
passing [1]  29/25
past [8]  3/21 9/14 9/15
  10/21 29/14 29/14
  29/15 29/16
people [3]  17/17 22/3
  24/7
perfect [1]  30/17
perhaps [4]  8/25 16/4
  16/16 28/11
period [14]  5/21 6/23
  8/11 12/13 14/9 14/11
  15/10 17/16 21/8 26/6
  26/12 28/14 29/7 31/3
persuasion [2]  15/9
  17/17
pertains [1]  25/19
phase [4]  3/18 4/13
  11/12 17/9
piece [1]  32/12
Plaintiff [3]  2/7 7/19
  28/15
plaintiffs [18]  1/4 1/12
  3/9 3/24 4/17 5/8 5/13
  5/15 6/3 6/8 7/18 8/17
  8/19 9/25 14/2 15/16
  28/16 30/6
plaintiffs' [1]  16/24
plan [2]  24/10 24/10
playing [1]  17/5
please [2]  3/4 32/8
pleasure [1]  32/20
plus [3]  5/10 13/17
  26/3
point [12]  8/3 8/9 8/10
  8/25 13/21 15/8 15/14
  15/20 18/14 22/8 24/18
  26/22
pointed [1]  7/24
points [1]  11/25
political [1]  27/19
pondering [1]  25/9
position [1]  27/15
possible [4]  20/18
  21/18 22/2 23/18
post [2]  28/19 29/8
post-trial [2]  28/19
  29/8
potential [1]  10/25

potentially [2]  25/5
  27/3
practices [1]  5/11
precise [2]  4/18 13/6
precisely [1]  4/16
precision [1]  18/20
predicated [1]  12/19
preloaded [1]  27/23
prepared [1]  20/20
present [10]  3/9 3/10
  5/17 5/24 7/2 13/23
  14/4 24/17 24/24 24/25
presiding [1]  3/3
pressing [1]  26/23
Prettyman [1]  2/15
preview [2]  7/13 19/18
prior [1]  20/23
probably [2]  6/19
  29/22
problem [4]  8/16 8/18
  13/8 13/25
problems [1]  9/1
proceed [1]  3/17
proceeding [3]  12/3
  12/10 26/10
proceedings [5]  1/9
  2/16 12/9 32/24 33/4
process [5]  15/10
  17/23 31/1
produce [1]  6/24
produced [1]  2/17
proposal [19]  4/1 4/24
  5/24 6/4 6/10 7/20 8/20
  8/21 13/18 14/24 15/12
  20/8 20/23 21/4 21/7
  22/2 28/14 28/17 31/12
proposals [1]  15/3
propose [2]  6/12 11/9
  18/17 29/24
proposed [3]  4/9 13/15
  24/9
proposing [1]  15/17
Protection [1]  2/15
provide [2]  13/18
  15/16
provided [1]  23/25
provision [1]  23/24
pry [1]  9/19
pulled [1]  5/3
push [2]  9/7 17/2
put [9]  7/16 8/7 16/20
  16/20 23/24 27/7 28/1
  30/16 32/8

**Q**
query [1]  11/6
question [5]  10/3 13/9
  16/8 24/14 27/12
questions [7]  7/13 8/4
  8/24 9/2
quickly [1]  23/17
quite [2]  5/9 5/10

**R**
Ralph [1]  2/4
ramifications [1]  22/12
ramp [1]  5/23

**R**

ramp-up [1] 5/23
rather [2] 24/10 30/8
reaction [1] 14/7
reactions [1] 3/22
read [2] 3/20 16/22
reading [2] 16/13 16/13
real [1] 4/11
realistic [2] 27/18 28/1
really [6] 8/23 11/22 22/9 26/24 28/22 29/15
Realtime [1] 2/13
reasonable [2] 23/9 24/13
reasons [1] 6/19
rebut [2] 4/20 6/12
rebuttal [1] 24/1
recall [3] 26/9 26/22 26/22
receive [1] 4/20
recently [1] 10/15
recognized [1] 21/1
record [7] 3/7 8/15 12/20 16/13 16/14 29/12 33/3
recorded [2] 2/16
reference [3] 8/9 8/10 11/25
refine [1] 30/18
refinement [1] 30/17
reflect [1] 19/25
refresh [2] 10/2 10/3
Registered [1] 2/12
related [2] 9/7 24/14
relief [1] 6/5
remains [1] 4/2
remand [4] 4/13 4/15 16/11 26/9
remedied [1] 5/13
remedies [27] 3/18 4/1 4/9 4/12 4/21 4/23 5/9 5/18 5/18 5/24 6/12 7/23 8/19 9/7 12/20 13/18 14/19 14/24 15/3 15/12 16/6 16/10 18/15 20/23 22/6 22/18 30/15
remedy [20] 4/24 7/21 7/21 8/6 8/22 9/16 13/4 13/6 17/2 23/8 23/9 25/8 25/18 26/10 27/3 27/5 27/18 27/18 27/18 27/19
remove [1] 11/4
renewed [1] 10/8
Report [2] 3/20 10/1
Reporter [2] 2/12 2/12 2/13 2/13
reports [1] 13/16
request [1] 19/21
requested [1] 4/21
requesting [1] 6/11
required [4] 5/17 6/4 20/1 27/14
resolution [1] 27/10
resolve [3] 27/25 32/10 32/10
resolving [1] 27/9

respectfully [1] 18/11
respond [1] 24/3
response [1] 24/1
restore [3] 9/20 10/22 11/7
restricting [1] 25/10
revise [1] 19/21
right [22] 6/7 8/1 9/3 9/4 12/22 13/1 14/22 15/5 15/17 16/7 16/25 17/11 19/19 21/21 23/15 26/13 26/18 28/4 30/24 31/5 32/6 32/18
rise [2] 3/2 32/22
RMR [2] 33/2 33/8
roughly [2] 14/25 15/2
Rule [1] 23/20
Rule 26 [1] 23/20
runs [1] 5/10

**S**

said [7] 4/15 9/7 10/1 17/1 29/10 30/3 30/5
Sallet [10] 2/2 3/9 14/14 15/5 20/6 21/5 21/21 31/8 31/16 31/21
same [5] 12/1 15/8 15/14 20/8 29/11
say [7] 7/14 8/20 15/6 15/20 18/2 18/18 20/12
saying [1] 30/19
says [1] 14/2
scale [1] 11/6
schedule [11] 4/7 7/6 11/9 14/16 18/17 24/9 28/10 29/24 30/17 31/14 32/10
Scheduling [1] 5/3
Schmidtlein [2] 3/8 3/10 13/3 16/15 17/1 21/22 21/24 24/15 31/23
scope [4] 4/3 22/21 25/16 26/8
scoped [1] 27/4
search [5] 10/12 10/18 24/20 24/22 25/11
seated [1] 3/4
second [1] 12/5
Section [1] 2/3
see [3] 3/14 8/21 19/1
seek [3] 6/11 25/3 25/4
seeking [2] 6/8 25/19
seem [1] 18/4
sense [8] 5/20 15/9 16/4 17/25 21/6 29/23 30/5 30/18
separation [1] 16/19
September [8] 1/5 6/1 6/2 6/3 14/9 14/21 32/2 33/7
September 28th [1] 6/3
session [1] 3/3
set [5] 7/7 11/15 20/13 24/8 29/3
setting [1] 5/8
settlement [1] 12/4

seven [2] 10/17 16/15
share [2] 7/19 28/15
she [5] 5/5 5/5 5/6 6/2 15/15
ships [1] 29/25
shoot [2] 18/8 23/1
short [2] 17/20 27/9
should [5] 9/10 9/23 14/2 19/5 32/13
sides [1] 30/16
sign [1] 12/12
significant [2] 25/2 25/20
simply [1] 19/18
simultaneous [1] 23/25
simultaneously [1] 24/4
since [5] 6/16 9/21 10/6 10/14 24/19
single [1] 27/22
situation [1] 12/2
six [1] 15/14
so [48]
So I think [1] 6/7
So it's [1] 12/4
So that [1] 24/8
so this can [1] 30/22
so this idea [1] 4/23
solve [3] 8/16 9/1 14/1
some [24] 4/10 5/21 6/9 8/17 9/24 10/17 10/23 11/2 11/20 13/20 15/10 16/16 17/16 17/25 18/3 20/13 22/25 23/11 24/24 29/7 30/5 30/7 30/13 30/17
somebody [1] 17/19
somehow [1] 25/10
something [16] 4/6 5/14 6/24 15/16 17/12 17/13 23/21 25/13 25/14 27/10 27/15 30/2 30/11 30/15 32/3 32/7
somewhat [1] 25/17
soon [1] 22/2
sooner [2] 24/9 30/8
sorry [2] 12/5 13/10
sort [9] 12/8 18/5 22/5 22/20 22/23 22/24 26/12 29/10 30/7
sorts [1] 22/3
sought [1] 5/8
South [1] 1/14
speak [1] 28/5
speaking [1] 16/24
specific [3] 11/14 26/20 27/3
specifically [1] 13/4
specifics [2] 11/14 13/9
spot [2] 23/13 23/14
St [1] 2/9
staff [1] 7/15
stand [1] 27/8
start [5] 4/23 7/14 8/21 20/9 28/11

seven [2] 18/11 30/6
starting [2] 18/1 31/12
State [1] 2/2
states [12] 1/1 1/3 1/10 1/12 3/7 3/12 4/13 7/12 7/19 12/12 17/18 28/15
STATUS [3] 1/9 3/19 10/1
steering [1] 20/14
stenography [1] 2/16
still [4] 9/10 9/10 15/14 30/10
stop [1] 7/4
Street [2] 1/14 1/19
strike [1] 6/7
strikes [1] 5/20
subject [1] 25/17
submission [2] 5/9 30/20
submissions [2] 28/19 29/8
submit [6] 6/4 8/19 8/20 24/4 28/16 32/9
submits [1] 28/14
submitting [1] 3/19
subpoena [1] 24/7
substance [2] 22/17 22/23
substantial [1] 21/16
sufficient [1] 7/1
suggested [2] 26/1 28/11
Suite [3] 1/14 1/19 2/6
support [1] 8/15
suppose [3] 16/3 17/19 18/3
sure [6] 4/11 12/7 16/1 16/24 17/7 19/22
surely [1] 25/11
surprised [1] 23/6
suspect [2] 22/17

**T**

tacked [1] 29/9
take [10] 5/25 9/2 9/24 17/19 19/16 21/6 21/16 24/7 24/17 31/19
takes [1] 15/21
taking [1] 31/17
talk [5] 8/22 11/2 23/16 29/23 30/18
talking [6] 9/23 22/3 25/25 26/19 28/22 30/4
target [1] 18/7
team [1] 32/14
technologies [1] 25/19
technology [1] 25/11
tell [4] 14/10 23/14 23/22 26/25
ten [4] 7/25 19/1 19/16 26/3
ten-plus [1] 26/3
tenable [1] 13/19
terms [18] 3/18 3/25 4/3 5/8 5/9 6/8 6/10 20/9 20/16 22/11 22/21 22/22 22/23 23/2 26/5

texted [1] 31/16
than [8] 13/21 15/17 16/2 19/9 23/4 24/10 25/25 30/8
thank [15] 3/19 7/11 7/13 7/15 14/17 20/4 20/5 21/21 21/23 28/6 31/6 31/18 31/25 32/20 32/21
thank you [11] 3/19 7/11 7/13 7/15 14/17 20/4 20/5 21/21 21/23 28/6 31/6
that [164]
that's [25] 4/7 4/25 4/25 5/23 6/25 13/7 13/25 14/3 15/19 15/20 18/25 20/3 21/20 23/6 24/1 25/20 25/24 27/11 28/3 28/23 28/23 28/24 29/17 29/20 31/20
that's certainly [1] 15/19
their [9] 6/4 6/12 10/1 10/22 18/5 23/12 24/3 24/7 24/8
them [10] 11/3 11/3 14/16 18/1 22/9 22/21 23/22 26/23 30/7 30/10
themselves [1] 9/6
then [17] 3/21 4/15 4/24 5/6 5/16 5/22 6/5 6/12 7/4 12/13 12/16 13/11 14/24 18/4 28/13 28/25 31/22
there [30] 4/12 5/19 6/24 7/4 8/14 9/9 12/8 12/10 12/13 13/7 13/11 14/9 14/10 14/25 16/6 16/14 16/17 16/17 16/18 16/19 18/17 22/20 24/2 26/11 26/14 27/11 27/23 30/2 30/18 32/8
there's [7] 9/8 18/14 19/8 19/17 19/18 25/21 30/13
There's no [1] 19/8
these [8] 6/22 7/23 8/5 10/6 11/1 11/4 11/4 11/24
they [30] 3/24 4/21 5/8 6/11 6/13 8/20 8/21 10/1 10/7 10/9 10/19 16/16 18/1 18/2 18/3 22/2 22/6 22/15 22/18 23/18 23/23 23/25 24/6 25/9 26/6 26/21 26/24 27/4 30/6 32/16
they're [5] 18/5 22/4 22/12 25/3 25/18
they've [2] 10/14 18/7
thing [6] 6/14 23/2 23/17 26/4
things [11] 4/16 6/22 11/18 11/19 22/15 22/20 22/21 28/1 28/1

**things... [2]** 30/3 30/9
**think [53]**
**thinking [3]** 10/19 22/4
26/7
**third [11]** 4/5 4/22 6/14
9/17 9/22 10/21 10/23
10/24 20/25 23/16
25/21
**this [33]** 3/2 4/7 4/23
6/16 6/21 8/6 8/25 9/4
9/7 11/11 11/22 12/25
16/2 16/24 17/9 18/12
19/24 19/25 20/12
21/18 22/10 24/18
25/17 27/7 27/8 27/9
27/12 27/20 27/21
28/15 30/1 30/22 32/22
**those [17]** 3/22 5/14
8/10 8/23 9/1 9/16 9/18
9/20 11/25 12/1 22/4
22/7 22/22 24/7 26/21
28/2 29/3
**thought [4]** 3/23 5/13
25/25 28/24
**thoughtful [1]** 7/22
**thoughts [4]** 3/21 3/22
10/22 29/24
**three [2]** 13/16 19/12
**through [3]** 4/21 19/23
23/3
**till [1]** 5/23
**time [28]** 6/17 6/21
6/22 6/24 7/1 7/15 8/11
9/24 10/6 10/13 11/2
11/20 15/10 17/1 18/16
19/25 21/6 21/16 23/15
26/6 26/12 28/12 28/13
28/14 28/16 29/2 29/7
29/11
**timing [3]** 26/5 26/7
31/14
**titled [1]** 33/4
**today [4]** 18/18 19/19
27/8 32/2
**told [1]** 31/16
**too [6]** 19/10 23/2
24/21 24/21 26/9 28/20
**toward [1]** 7/8
**towards [1]** 19/24
**transcript [4]** 1/9 2/16
16/23 33/3
**transcription [1]** 2/17
**trial [17]** 4/25 9/14
10/11 10/13 10/14
12/14 18/23 18/23 20/1
20/10 23/3 23/10 23/12
27/6 27/24 28/19 29/8
**trials [1]** 7/7
**tried [3]** 11/8 11/9
19/18
**trip [1]** 26/11
**try [2]** 9/1 20/17
**trying [4]** 8/15 13/25
24/25 27/25
**Tunney [2]** 12/3 12/10
**turn [3]** 7/4 23/13
23/14

**two [13]** 4/8 4/15 5/1
7/24 8/23 9/1 9/12 9/13
10/7 16/19 24/19 26/19
30/3

U
**ultimately [2]** 12/13
12/16
**uncertain [2]** 4/2 6/14
**unclear [1]** 22/16
**under [1]** 23/20
**understand [5]** 4/8
18/13 22/11 22/13
27/11
**understanding [2]**
14/18 16/12
**Understood [4]** 18/9
29/13 30/21 31/4
**undoubtedly [1]** 6/11
**Unit [1]** 2/4
**unitary [1]** 7/23
**UNITED [8]** 1/1 1/3
1/10 1/12 3/7 3/12 7/12
17/18
**United States [1]** 7/12
**unlawful [1]** 26/15
**unless [1]** 18/7
**until [6]** 8/21 9/8 13/13
14/23 17/2 23/7
**unwarranted [1]** 22/19
**up [6]** 5/23 9/18 12/18
14/19 23/17 26/16
**upfront [1]** 11/10
**upon [1]** 16/10
**us [12]** 9/23 10/24
11/20 14/4 15/21 21/3
21/16 22/25 24/3 25/8
29/10 29/23
**usdoj.gov [2]** 1/16
1/21
**use [4]** 11/5 11/6 20/18
30/23

V
**vacation [1]** 31/17
**vague [2]** 8/25 22/16
**various [1]** 5/11
**versus [3]** 3/8 5/1 23/3
**very [13]** 6/16 9/22
20/7 21/4 22/22 22/22
26/20 27/2 27/12 27/17
27/20 31/10 32/21
**vs [1]** 1/5

W
**wait [3]** 5/23 13/13
13/13
**want [22]** 4/17 5/15
5/20 5/21 8/1 8/12
10/22 11/3 11/17 13/22
17/2 17/25 22/8 24/17
26/25 28/5 29/8 29/8
30/6 30/6 30/16 31/23
**wanted [3]** 7/14 16/23
18/22
**wants [1]** 19/9
**was [49]**

**washington [4]**
1/20 2/10 2/15
**wasn't [3]** 9/10 16/3
16/3
**way [3]** 7/25 20/14
31/2
**ways [1]** 17/20
**wc.com [1]** 2/11
**we [125]**
**We appreciate [1]**
29/21
**we believe [3]** 7/21
9/16 11/2
**we certainly [1]** 18/10
**We obviously [1]** 20/8
**We want [1]** 17/2
**we will [1]** 11/14
**we'd [1]** 20/20
**we'll [2]** 23/23 32/7
**we're [16]** 3/6 3/17
8/15 9/9 11/3 11/11
13/5 13/8 13/25 16/13
16/13 17/4 20/14 27/2
28/22 31/16
**we've [6]** 4/10 4/11 5/3
8/9 9/21 30/3
**week [8]** 15/14 18/23
18/23 20/13 20/14
20/15 31/17 31/19
**weeks [9]** 13/16 13/17
13/21 15/14 17/14 19/1
19/16 28/23 29/3
**well [13]** 3/15 4/11 8/9
8/16 9/9 14/7 16/17
20/9 21/5 22/3 22/18
28/8 31/20
**went [2]** 12/17 16/22
**were [8]** 6/4 12/8 17/6
20/12 27/20 28/8 28/9
29/25
**what [80]**
**what's [3]** 4/14 4/19
26/1
**whatever [4]** 4/21 8/12
21/8 22/3
**when [8]** 6/17 13/2
18/14 19/1 25/24 28/14
28/16 31/20
**where [5]** 13/7 17/6
18/15 25/20 29/7
**whether [3]** 15/9 15/13
24/6
**which [11]** 8/6 8/22
12/20 14/8 15/11 21/3
21/3 21/12 23/4 24/8
30/4
**while [5]** 8/8 8/24
11/24 15/20 15/24
**who [7]** 5/2 9/22 10/25
23/18 23/18 23/22
32/14
**why [2]** 23/6 27/2
**wider [1]** 26/14
**will [26]** 6/11 6/15
11/12 11/14 11/16
11/19 13/3 13/5 13/5
18/19 19/17 19/20
19/25 21/3 21/3 21/16

25/2 25/7 25/17 26/22
32/9 32/16
**William [2]** 2/13 33/2
33/8
**WILLIAMS [1]** 2/9
**wish [2]** 5/18 6/13
**wishes [1]** 5/16
**within [1]** 15/15
**Without [1]** 18/20
**witnesses [3]** 23/18
23/23 24/5
**won't [1]** 29/12
**word [2]** 19/6 19/10
30/23
**wording [1]** 22/21
**words [3]** 9/19 13/20
22/15
**work [10]** 4/25 6/17
6/23 7/17 9/7 9/9 18/16
20/17 20/24 28/10
**world [4]** 21/12 24/19
26/24 27/1
**worry [1]** 20/15
**would [22]** 13/13 15/6
15/12 15/20 18/4 18/22
19/13 20/12 20/17 21/6
21/8 21/13 25/12 27/10
27/13 27/13 27/14
27/22 28/16 29/2 30/8
31/15
**wouldn't [1]** 19/13

Y
**Yahoo [1]** 27/23
**Yeah [2]** 18/6 29/17
**year [8]** 16/20 21/15
21/18 28/16 30/11
30/12 31/15 31/17
**year's [1]** 31/13
**years [8]** 7/25 9/13
9/13 10/7 16/19 24/19
26/3 26/5
**yes [6]** 8/8 9/5 10/2
19/4 32/4 32/5
**yet [2]** 6/9 11/18
**York [2]** 5/1 23/3
**you [122]**
**you know [18]** 4/10
5/11 14/8 15/13 15/15
16/2 17/20 17/23 18/4
19/11 23/11 24/20
24/22 28/23 29/6 29/7
30/4 30/13
**you'd [2]** 18/15 31/8
**you'll [3]** 19/7 19/8
24/25
**you're [7]** 5/17 13/23
15/5 15/17 17/18 19/3
30/24
**you've [8]** 4/9 13/15
15/11 17/17 17/20
25/25 30/10 30/14
**your [64]**
**Your Honor [34]**
**Your Honor's [7]** 8/4
9/2 9/21 10/3 13/9
29/24 31/14

**Zaremba [3]** 2/12 33/2
33/8
**zero [1]** 27/24