IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>                              Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>                              Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |

NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Michael MacKenzie hereby withdraws as counsel for Plaintiff Commonwealth of Massachusetts in the above-captioned action.  Massachusetts will continue to be represented in this matter by William Matlack.

Dated:  September 13, 2024      Respectfully submitted,

/s/ Michael B. MacKenzie
MICHAEL B. MACKENZIE (MA Bar # 683305)
Deputy Chief, Antitrust Division
Office of the Massachusetts Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Tel: (617) 727-2200
Email: michael.mackenzie@mass.gov

*Attorney for Plaintiff Commonwealth*
*of Massachusetts*