# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| GOOGLE, LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Matthew Michaloski hereby withdraws as counsel for Plaintiff State of Indiana in the above-captioned matter. Christi Foust, Scott Barnhart, and Jesse Moore will continue to represent the State of Indiana as counsel of record.

Dated: September 24, 2024

Respectfully submitted,

By: */s/ Matthew Michaloski*
Matthew Michaloski
Deputy Attorney General
Office of Indiana Attorney General Todd Rokita
Indiana Government Center South
302 W. Washington Street 5th Floor
Indianapolis, IN 46204
Telephone: 317-234-1479
Matthew.Michaloski@atg.in.gov

*Counsel for Plaintiff State of Indiana*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on September 24, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of the filing will be sent to the following counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                  */s/ Matthew Michaloski*
                                  Matthew Michaloski
                                  Deputy Attorney General
                                  Office of Indiana Attorney General Todd Rokita
                                  Indiana Government Center South
                                  302 W. Washington Street 5th Floor
                                  Indianapolis, IN 46204
                                  Telephone: 317-234-1479
                                  Matthew.Michaloski@atg.in.gov