UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GOOGLE LLC,**<br><br>Defendant. | Case No. 20-cv-3010 (APM) |
| **STATE OF COLORADO, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GOOGLE LLC,**<br><br>Defendant. | Case No. 20-cv-3715 (APM) |

### ORDER

Based on the parties' Joint Discovery Plan, ECF No. 1046, the court orders the following with regard to discovery in this matter:

Except as provided below, the applicable limitations and procedures set forth in the Amended Scheduling and Case Management Order, ECF No. 108-1, remain in effect.

I. Interrogatories

    A. Each side is limited to **20** interrogatories, including subparts. No party shall serve any contention interrogatories.

II. Requests for Admission

    A. Each side is limited to **five** requests for admission.

III.     <u>Depositions</u>

    A.     Each side is limited to **25** fact witnesses. Plaintiffs are limited to **15** fact witnesses of current Google employees.

    B.     Plaintiffs are limited to **two** Rule 30(b)(6) depositions.

    C.     Depositions of party fact witnesses are limited to no more than a **seven**-hour day.

    D.     During non-party depositions noticed by only one side, the non-noticing side may cross-examine the witness for up to one hour at the conclusion of direct examination, and the side that conducted the direct examination shall be entitled to redirect examination of the witness for approximately the same amount of record time as the cross-examination regardless of whether the redirect examination extends past the seven-hour limit, but in no event shall the total on-record portion of the deposition extend past eight hours. Even if the total, on-record portion of the deposition goes beyond seven hours, the deposition shall conclude on the same day and shall not extend to a second day, unless the parties agree to have a portion of the deposition take place on a second day. If a non-party deposition is noticed by both sides, then the deposition will be seven hours and will be divided equally between the sides, and the deposition of the non-party will count as one deposition for each side. Any time allotted to one side not used by that side in a non-party deposition may be used by the other side. During these remedy proceedings, no person shall object to a deposition on the basis that they were deposed during the liability proceeding in this matter.

IV.     <u>Expert Depositions</u>

    A.     Any expert may be deposed, after all expert reports and accompanying materials have been disclosed, for no more than **seven** hours.

V.     <u>Witness Lists</u>

    A.     In accordance with the Order of September 18, 2024, ECF No. 1043, each side shall provide:

        1.     an initial witness list, which shall be limited to **25** persons, **not** including experts; and

        2.     a final witness list, which shall be limited to **12** persons, **not** including experts.

    B.     The parties may designate testimony from depositions of persons **not** on the final witness list.

VI. <u>Document Requests</u>

    A. The parties shall serve any objections to requests for production of documents within **14** days.

    B. Within **three** days of service of any objections, the parties shall meet and confer to attempt to resolve any objections and agree on custodians to be searched.

    C. The number of custodians is limited to **15** per request for production. The custodians need **not** be the same for each request.

    D. There is no limitation on the number of search strings.

VII. <u>Service of Pleadings & Discovery on Other Parties</u>

    A. The parties shall exchange a list of contacts for the persons to be served if service is not completed via CM/ECF.

The parties may **not** modify by stipulation any of the limitations set forth above. Instead, the parties must file a written motion requesting a modification. The motion must state the basis for the modification and the opposing party's position on the motion, including any reasons given for refusing to consent. *See* LCvR 7. Motions to modify discovery limitations will be granted only upon good cause shown.

Dated: September 25, 2024

                                              Amit P. Mehta
                                              United States District Judge