# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| GOOGLE, LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Plaintiff State of South Carolina gives notice that Rebecca Hartner hereby withdraws as counsel for Plaintiff State of South Carolina in the above-captioned matter. The State of South Carolina will continue to be represented by Mary Frances Jowers, who has previously entered an appearance in this matter.

Dated: September 26, 2024

    Respectfully submitted,

    By: */s/ Rebecca M. Hartner*
    Rebecca M. Hartner
    Assistant Attorney General
    South Carolina Bar No. 101302
    P.O. Box 11549
    Columbia, SC 29211-1549
    Telephone: 803-734-5855
    rhartner@scag.gov

    *Counsel for Plaintiff State of South Carolina*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 26, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of the filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      */s/ Rebecca M. Hartner*
Rebecca M. Hartner
Assistant Attorney General
South Carolina Attorney General's Office
P.O. Box 11549
Columbia, SC 29211-1549
Telephone: 803-734-5855
Email: rhartner@scag.gov