IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA et al.,                                PLAINTIFFS

V.                                            CIVIL ACTION NO. 1:20-cv-3010 (APM)

GOOGLE LLC,                                                     DEFENDANT

## NOTICE OF APPEARANCE

Please take notice that Crystal Utley Secoy is authorized to practice in this court and hereby enters her appearance in the above-captioned matter as counsel on behalf of the State of Mississippi.

RESPECTFULLY SUBMITTED, this the 26th day of September, 2024.

FOR PLAINTIFF STATE OF MISSISSIPPI

LYNN FITCH
ATTORNEY GENERAL

*/s/ Crystal Utley Secoy*
Crystal Utley Secoy (MS Bar # 102132)
Mississippi Attorney General's Office
Post Office Box 220
Jackson, Mississippi  39205
(601) 359-4213
Crystal.Utley@ago.ms.gov

## **CERTIFICATE OF SERVICE**

      I, Crystal Utley Secoy, Assistant Attorney General and attorney for the State of Mississippi, do hereby certify that I have this date caused to be filed with the Clerk of the Court a true and correct copy of the above and foregoing via the Court's CM/ECF filing system which sent notification of such filing to all counsel of record.

      THIS the 26th day of September, 2024.

s/Crystal Utley Secoy<br>
CRYSTAL UTLEY SECOY