AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-3010-APM |
| Google, LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Utah                                                                                                  .

Date:    10/07/2024                                         /s/ Matthew Michaloski
                                                                       *Attorney's signature*

                                                            Matthew Michaloski (IN 35313-49)
                                                                *Printed name and bar number*

                                                            Utah Office of the Attorney General
                                                            160 E 300 S, 5th Floor
                                                            P.O. Box 140830
                                                            Salt Lake City, UT  84114-0830
                                                                          *Address*

                                                            mmichaloski@agutah.gov
                                                                     *E-mail address*

                                                            (801) 440-9825
                                                                  *Telephone number*


                                                                    *FAX number*