# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.,* | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) Civil Action No.: 1:20-cv-03010 |
| GOOGLE, LLC, | ) ) ) |
| Defendant. | ) ) ) |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff State of Oklahoma.

Dated: October 14, 2024

**GENTNER DRUMMOND**
**OKLAHOMA ATTORNEY GENERAL**

By: /s/ Robert J. Carlson
    ROBERT J. CARLSON, OBA NO. 19312
    Senior Assistant Attorney General
    Office of the Oklahoma Attorney General
    15 West 6th Street, Suite 1000
    Tulsa, OK  74119
    Telephone: (918) 581-2342
    Fax: (918) 938-6384
    Email:  Robert.Carlson@oag.ok.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of October, 2024, I caused the foregoing to be filed electronically with the Clerk of the Court by using the CM/ECF System, which will serve a copy on all interested parties registered for electronic filing, and that the document is available for viewing and downloading from the ECF System.

    /s/ Robert J. Carlson
ROBERT J. CARLSON
Senior Assistant Attorney General