IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, ) ) ) Plaintiffs, ) ) vs. ) ) GOOGLE, LLC, ) ) Defendant. ) | Case No.: 1:20-cv-03010 HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*, ) ) ) Plaintiffs, ) ) vs. ) ) GOOGLE, L.L.C., ) ) Defendant. ) | Case No.: 1:20-cv-03715 HON. AMIT P. MEHTA |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Caleb J. Smith, due to his departure from the Attorney General's office, is withdrawing from the representation of the State of Oklahoma in the above-referenced cases.

1

Plaintiff State of Oklahoma will continue to be represented by Robert J. Carlson, who has filed his appearance in these matters.

Dated:  October 14, 2024

                        **GENTNER DRUMMOND**
                        **OKLAHOMA ATTORNEY GENERAL**

                    By:  /s/ Robert J. Carlson
                        ROBERT J. CARLSON, OBA NO. 19312
                        Senior Assistant Attorney General
                        Office of the Oklahoma Attorney General
                        15 West 6th Street, Suite 1000
                        Tulsa, OK  74119
                        Telephone: (918) 581-2342
                        Fax: (918) 938-6384
                        Email:  Robert.Carlson@oag.ok.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of October, 2024, I caused the foregoing to be filed electronically with the Clerk of the Court by using the CM/ECF System, which will serve a copy on all interested parties registered for electronic filing, and that the document is available for viewing and downloading from the ECF System.

    /s/ Robert J. Carlson
ROBERT J. CARLSON
Senior Assistant Attorney General