# Exhibit A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |

| | |
|---|---|
| STATE OF COLORADO, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | HON. AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |

### PLAINTIFFS' FIRST JOINT REQUEST FOR PRODUCTION
### OF DOCUMENTS TO DEFENDANT GOOGLE LLC

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Plaintiffs in

the two actions request that Defendant Google LLC (Google) produce the documents

requested below, in accordance with Local Rule 26.2(d) of the U.S. District Court for the

District of Columbia, no later than 30 days after service of this request or at any other time

or place counsel for the parties may agree or the Court may direct in the Case Management

Order or otherwise. Documents shall be produced at the office of the U.S. Department of

Justice, Antitrust Division, Technology and Digital Platforms Section, 450 Fifth Street NW,

7100, Washington, D.C. 20530, or at any other place counsel for the parties may agree.

<u>**INSTRUCTIONS AND DEFINITIONS**</u>

1.      Plaintiffs incorporate all instructions and definitions in the prior requests for production to Google in *United States of America, et al. v. Google LLC*, 20-cv-3010 (D.D.C.).

2.      The term "Gemini" refers to a family of multimodal large language models developed by Google that are used in many Google products, for example, a chatbot, an assistant for Google Workspace and Google Cloud, a mobile app, on device for Pixel and Android, and Google's Search Generative Experience.

3.      The term "Gemini access points" refers to any application, software, or service that is capable of using or invoking Gemini. Examples of Gemini access points are the Gemini mobile application, the Chrome address bar, the query box on Google.com, and the prompt box on gemini.google.com.

4.      The term "Gemini interactions" refers to any interaction between a user and any product that incorporates Gemini, for example, questions asked by a user and answered by the Gemini chatbot or Google's AI Overview, or actions requested by a user and fulfilled by Gemini assistant.

5.      Unless otherwise specified, these requests are for all documents in your possession, custody, or control that were created, altered, or received at any time from January 1, 2020, to the present.

## REQUESTS FOR PRODUCTION

1.      From May 2022 to the present, produce all minutes, recordings, summaries, or reports of meetings, whether formal or informal, of your company's (and each of its divisions' or subsidiaries') board of directors (including committees or subgroups), addressing or discussing:

      a.  Search distribution;

      b.  Competition, competitors, strategy, or market analysis in features, paid or unpaid, that appear on a Google SERP;

      c.  Competition, competitors, strategy, or market analyses in generative artificial intelligence,

      d.  Competition, competitors, strategy, or market analyses in search advertising; or

      e.  Competition, competitors, strategy, or market analyses in digital advertising.

2.      From May 2022 to the present, produce each of the following agreements between Google and Apple, Mozilla, Samsung, Motorola/Lenovo, AT&T, Verizon, T-Mobile, Xiaomi, Sony, or Huawei, including any amendments thereto:

      a.  search revenue sharing agreements;

      b.  go-to-market or mobile incentive agreements;

      c.  Mobile Application Distribution Agreements, including regional variations, such as European Mobile Application Distribution Agreements;

      d.  Search European License Agreements;

      e.  Chrome European License Agreements;

      f.  Search and Chrome European Placement Agreements; and

      g.  any agreements related to Google's Gemini.

3.      From 2014 to the present, produce all documents, including advocacy, proposals, studies, or analyses, relating to the remedies, potential remedies, compliance, or contemplated or implemented product changes or modifications, in response to any competition authority's action, investigation, enacted law or decision related to Google's general search and search ads products, including software, such as Chrome, that facilitates general search queries. Documents responsive to this request should include documents sufficient to show Google's strategic responses, both actual and contemplated, to the aforementioned regulatory inquiries. These regulatory inquiries include but are not limited to:

      a.   the EU's 2022 Digital Markets Act;

      b.   the 2015 Russian FAS Decision;

      c.   the 2017 European Union Android Decision, on Google's search and search advertising business;

      d.   The 2024 Commitment Plan submitted to the Japanese Fair Trade Commission;

      e.   The United Kingdom's Digital Markets Competition and Consumers Act

4.      From May 2022 to the present, for each month, separately for each EEA Country, produce data sufficient to show:

      a.   The number of new Android phone activations;

      b.   The number of choice screen activations;

      c.   The choice screen wave in which the month was included;

      d.   The number of choice screen selections;

      e.   The number of times each search engine appeared in each choice screen position;

    f.   The number of times each search engine was selected in aggregate and separately by its position on the choice screen (e.g., the number of times Google was selected when in the first position on choice screen, the number of times Google was selected when in the second position on choice screen);

    g.   For each search engine in total and also separately by its position in the choice screen (e.g., for Google in total, for when Google is in the first position, when Google is in the second position);

    h.   the number of searches performed in total; and

    i.   the number of searches performed through access points affected by the choice menu.

5.     Produce documents sufficient to show all current and future product development efforts related to generative artificial intelligence products including plans related to the introduction, creation, distribution, monetization, and release of generative artificial intelligence agents.

6.     From January 2023 to the present, separately by month, operating system, and device type, produce documents or data sufficient to show the total number of Gemini interactions, both in aggregate and performed through each type of Gemini access point, including whether an access point is subject to a Google distribution agreement.

7.     Produce all actual and projected profit-and-loss statements for each product area within the Google Services segment (and any combination of these product areas), including all documents that contain detailed profit-and-loss information, estimates of the lifetime value of an Android device or other Google product or contribution margins for any Google product, and

estimates of the lifetime value of an Apple device, as well as all documents that contain summary views of this information.

8.      For each month since the start of the relevant choice screen, separately for each instance of the EC Search Choice Screen and the EC Browser Choice Screen, produce data sufficient to show:

      a.   the date;

      b.   the country;

      c.   the device type;

      d.   the device model;

      e.   the operating system;

      f.   whether the device is new;

      g.   the choice screen type (i.e., search engine or browser);

      h.   the choice screen wave in which the month was included;

      i.   the number of choice screen selections;

      j.   each search engine or browser, as relevant, appearing in each choice screen by position; and

      k.   the search engine or browser, as relevant, selected.

9.      From January 2017 to the present, on a monthly basis, produce data, broken out for the United States, each country in the EEA, the UK, Switzerland, and total worldwide and separately by device type (e.g., desktop, tablet, mobile phone), and each client ID associated with a Revenue Share Agreement (RSA), comprising the following:

      a.   Partner or counterparty;

      b.   Search access point, if relevant;

    c.   Ad revenue, billed ad revenue, or gross advertising revenue;

    d.   Net ad revenue;

    e.   Shared net ad revenue or Google payments to any third party;

    f.   Number of queries, if relevant;

    g.   Number of valid queries (as defined in the RSA), if relevant;

    h.   Number of queries that were performed from the search access point that were not part of an RSA, if relevant; and

    i.   Number of devices that fall under the agreement.

10.    From July 2018 to the present, on a monthly basis, produce data, broken out for each country in the EEA, the UK, and Switzerland, and separately by device type (e.g., tablet, mobile phone), and each client ID, compromising the following for each EMADA, Search European License Agreement, Chrome European License Agreement, and each Search and Chrome European Placement Agreement:

    a.   Partner or counterparty;

    b.   Number of devices that fall under the agreement;

    c.   License fees paid by partner to Google, if relevant;

    d.   Bounty payments received by the partner from Google, if relevant;

    e.   Number of devices on which the Google Search App and Google Search Widget have premium placement, if relevant;

    f.   Number of devices on which Chrome has premium placement, if relevant; and

    g.   Number of devices that fall into each tier (e.g., Tier 1, Tier 2, Tier 3, Tablet) and each country group (e.g., Country Group 1, Country Group 2, and Country Group 3) as defined in the agreement, if relevant; and

      h.   Number of devices that fall under the agreement.

11.    For each go-to-market or mobile incentive agreement between Google and an Android partner (carrier or manufacturer), from January 2017 to the present, on a monthly basis, produce data, broken out for the United States, each country in the EEA, the UK, and Switzerland, and total worldwide, compromising the following:

      a.   Partner or counterparty;

      b.   Total amount paid by Google to the partner;

      c.   Number of devices that fall under the agreement;

      d.   Number of devices that fall under each tier of the agreement, if relevant; and

      e.   If the partner received any one-time, non-recurring payments under the agreement, provide the amount and date of those payments.

12.    Product data sufficient to show the number of general search queries performed through each type of search access point, separately by month from January 2022 to the present.

13.    Produce (1) all agreements between Google and Yahoo! Japan (or any related entity) in effect from 2011 to the present and relating to general search or text ads and (2) to the extent different than (1), all agreements between Google and any entity relating to general search or text ads appearing on Yahoo! Japan or syndicated by Yahoo! Japan to a third party.

14.    Produce documents sufficient to show (1) the nature of any keyword match type (including those related to negative keywords) currently available to purchasers of search text ads, including the launch reports for each match type; (2) the information currently available to advertisers in Search Query Reports or similar reports, including the criteria necessary for a query to be included (i.e. any limitations on impressions or keywords before inclusion) and information regarding the position in which an ad appeared; and (3) other information available

to advertisers related to the performance or ranking of search text ads, including Ad Rank, LTV, and similar metrics Google uses in its internal search ads ranking algorithms.

15.      Produce all documents relating to any communication between Google and any Third Party relating to the present litigation.

16.      Produce all documents, data, or other information provided by, made available by, or obtained from Third Parties pursuant to, in connection with, or in the course of this litigation.

17.      From May 2022 to the present, produce all documents addressing or discussing any plans or potential plans for Google's sale, divesture, or spin-off of the Android Open Source Project, Chrome, or Google Play, or any combination thereof.

18.      Produce all documents addressing or discussing the open sourcing of any of Google large language models.

19.      From May 2022 to the present, produce all documents addressing or discussing Google's plans or potential plans to license, syndicate or otherwise share its search index with third parties.

20.      From January 2018 to the present, produce all documents analyzing, addressing or discussing Google's plans or potential plans to license, syndicate, or otherwise share its search and search ad results, including any underlying search or search ad data, with third parties, including documents comparing the quality of search engine results generated for Google's syndication product with the search engine results generated for google.com, and documents analyzing the potential drawbacks related to data sharing.

21.      From January 2018 to the present, produce all agreements related to the licensing or syndication of general search or AdSense for Search ("AFS") or otherwise related to the sharing of search and search ad data with third parties.

22.     From January 2018 to the present, produce all documents related to monetization differences between search text ads on google.com and search text ads on search engines using Google's "Ad Sense for Search" product including the rationales for differences in monetization.

23.     Produce all documents addressing or discussing the possible entry of Apple into general search services or general search text advertising and efforts by Apple to crawl the web or otherwise index websites.

24.     From May 2022 to the present, produce all documents analyzing, addressing or discussing the integration of Google's generative artificial intelligence products (e.g., Gemini) into each of Google's general search, Chrome, Android or Google's Core Apps, including documents discussing how the integration of generative artificial intelligence impacts user behavior or affects competitors.

25.     From May 2022 to the present, produce all documents analyzing, addressing or discussing the distribution of Google's generative artificial intelligence products (e.g., Gemini), including documents discussing or analyzing plans or potential plans for the preinstallation of Google's generative artificial intelligence products on smartphones, plans or potential plans to distribute Google's generative artificial intelligence products through Chrome, or enter into distribution agreements with OEMs for the distribution of generative artificial intelligence products.

26.     From May 2022 to present, produce all documents discussing the potential impact of any terms (including payment terms) in Google's revenue share agreements or Mobile Application Distribution Agreements on the likelihood or ability of current or potential rivals entering or expanding in the general search services or general search text advertising markets.

27.     From May 2022, produce all documents addressing or discussing the impact on Google Search usage if Google used alternatives to exclusive default agreements for search distribution.

Dated: September 26, 2024

Respectfully submitted,

FOR PLAINTIFF UNITED STATES OF AMERICA

*/s/ Ryan S. Struve*
David E. Dahlquist
Adam T. Severt
Diana A. Aguilar Aldape
Travis R. Chapman
Karl E. Herrmann (D.C. Bar #1022464)
Kris Perez Hicks
Veronica N. Onyema (D.C. Bar #979040)
Ryan S. Struve (D.C. Bar # 495406)

U.S. Department of Justice
Antitrust Division
Technology & Digital Platforms Section
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: (202) 307-6158
David.Dahlquist@usdoj.gov
Adam.Severt@usdoj.gov

*Counsel for Plaintiff*
*United States of America*


By:      */s/ Christoper A. Knight*
Ashley Moody, Attorney General
R. Scott Palmer, Special Counsel, Complex
Enforcement Chief, Antitrust Division
Lee Istrail, Assistant Attorney General
Christopher A. Knight, Assistant Attorney
General
Office of the Attorney General, State of Florida
PL-01 The Capitol
Tallahassee, Florida 32399
Lee.Istrail@myfloridalegal.com
Scott.Palmer@myfloridalegal.com
Christopher.Knight@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

By:____/s/ Diamante Smith____
Ken Paxton, Attorney General
Brent Webster, First Assistant Attorney General
Ralph Molina, Deputy First Assistant Attorney
General
James Lloyd, Chief, Antitrust Division
Trevor Young, Deputy Chief, Antitrust Division
Diamante Smith, Assistant Attorney General
Office of the Attorney General, State of Texas
300 West 15th Street
Austin, Texas 78701
Diamante.Smith@oag.texas.gov

*Counsel for Plaintiff State of Texas*

By:____/s/ Brian Wang____
Rob Bonta, Attorney General
Paula Blizzard, Senior Assistant Attorney
General
Michael Jorgenson, Supervising Deputy Attorney
General
Brian Wang, Deputy Attorney General
Carolyn D. Jeffries, Deputy Attorney General
(DC Bar No. 1600843)
Office of the Attorney General
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102
Brian.Wang@doj.ca.gov

*Counsel for Plaintiff State of California*

Matthew M. Ford
Arkansas Bar No. 2013180
Senior Assistant Attorney General
Office of the Arkansas Attorney General Tim Griffin
323 Center Street, Suite 200
Little Rock, AR 72201
Matthew.Ford@arkansasag.gov

*Counsel for Plaintiff State of Arkansas*


Christopher Carr, Attorney General
Robin Leigh, Deputy Attorney General
Jeffrey Stump, Senior Assistant Attorney General
Charles Thimmesch, Assistant Attorney General
Office of the Attorney General, State of Georgia
40 Capitol Square, SW
Atlanta, Georgia 30334-1300
cthimmesch@law.georgia.gov

*Counsel for Plaintiff State of Georgia*

Theodore Edward Rokita, Attorney General
Scott L. Barnhart, Chief Counsel and Director, Consumer Protection Division
Jesse Moore, Deputy Attorney General
Christi Foust, Deputy Attorney General
Office of the Attorney General, State of Indiana
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204
Jesse.Moore@atg.in.gov

*Counsel for Plaintiff State of Indiana*

Russell Coleman, Attorney General
J. Christian Lewis, Commissioner of the Office of
Consumer Protection
Philip R. Heleringer, Executive Director of the
Office of Consumer Protection
Jonathan E. Farmer, Deputy Executive Director
of the Office of Consumer Protection
Office of the Attorney General, Commonwealth
of Kentucky
1024 Capital Center Drive, Suite 200
Frankfort, Kentucky 40601
Philip.Heleringer@ky.gov

*Counsel for Plaintiff Commonwealth of Kentucky*


Liz Murrill, Attorney General
Patrick Voelker, Assistant Attorney General
Office of the Attorney General, State of
Louisiana
Public Protection Division
1885 North Third St.
Baton Rouge, Louisiana 70802
voelkerp@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*


Dana Nessel, Attorney General
Scott Mertens, Assistant Attorney General
Michigan Department of Attorney General
P.O. Box 30736
Lansing, Michigan 48909
MertensS@michigan.gov

*Counsel for Plaintiff State of Michigan*

Michael Schwalbert
Missouri Bar No. 63229
Assistant Attorney General
Consumer Protection Section
Missouri Attorney General's Office
815 Olive Street | Suite 200
Saint Louis, Missouri 63101
michael.schwalbert@ago.mo.gov
Phone: 314-340-7888
Fax: 314-340-7981

*Counsel for Plaintiff State of Missouri*

Lynn Fitch, Attorney General
Crystal Utley Secoy, Assistant Attorney General
Office of the Attorney General, State of
Mississippi
P.O. Box 220
Jackson, Mississippi 39205
Hart.Martin@ago.ms.gov

*Counsel for Plaintiff State of Mississippi*

Anna Schneider
Bureau Chief
Montana Office of Consumer Protection
P.O. Box 200151
Helena, MT. 59602-0150
Phone: (406) 444-4500
Fax: 406-442-1894
Anna.schneider@mt.gov

*Counsel for Plaintiff State of Montana*

Alan Wilson, Attorney General
W. Jeffrey Young, Chief Deputy Attorney
General
C. Havird Jones, Jr., Senior Assistant Deputy
Attorney General
Mary Frances Jowers, Assistant Deputy Attorney
General
Office of the Attorney General, State of South
Carolina
1000 Assembly Street
Rembert C. Dennis Building
P.O. Box 11549
Columbia, South Carolina 29211-1549
mfjowers@scag.gov

*Counsel for Plaintiff State of South Carolina*


Joshua L. Kaul, Attorney General
Laura E. McFarlane, Assistant Attorney General
Wisconsin Department of Justice
17 W. Main St.
Madison, Wisconsin 53701
mcfarlanele@doj.state.wi.us

*Counsel for Plaintiff State of Wisconsin*


By:       */s/ Christoper A. Knight*
Ashley Moody, Attorney General
R. Scott Palmer, Special Counsel, Complex
Enforcement Chief, Antitrust Division
Lee Istrail, Assistant Attorney General
Christopher A. Knight, Assistant Attorney
General
Office of the Attorney General, State of Florida
PL-01 The Capitol
Tallahassee, Florida 32399
Lee.Istrail@myfloridalegal.com
Scott.Palmer@myfloridalegal.com
Christopher.Knight@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

FOR PLAINTIFF STATE OF COLORADO

PHILIP WEISER
Attorney General of Colorado

*/s/ Jonathan B. Sallet*

Jonathan B. Sallet, DC Bar No. 336198
Steven M. Kaufmann, DC Bar No. 1022365
(inactive) Elizabeth W. Hereford
Conor J. May
Colorado Office of the Attorney
General
1300 Broadway, 7th Floor
Denver, CO 80203
Telephone: (720) 508-6000
E-Mail: Jon.Sallet@coag.gov
Steve.Kaufmann@coag.gov
Elizabeth.Hereford@coag.gov
Conor.May@coag.gov

William F. Cavanaugh, Jr.
PATTERSON BELKNAP WEBB & TYLER
LLP
1133 Avenue of the Americas Suite 2200
New York, NY 10036-6710
Telephone: (212) 335-2793
E-Mail: wfcavanaugh@pbwt.com

*Counsel for Plaintiff State of Colorado*

FOR PLAINTIFF STATE OF NEBRASKA

MIKE HILGERS
Attorney General of Nebraska

Colin P. Snider, Assistant Attorney General
Nebraska Department of Justice
Office of the Attorney General
2115 State Capitol
Lincoln, NE 68509
Telephone: (402) 471-3840
E-Mail: Colin.Snider@nebraska.gov

William F. Cavanaugh, Jr.
PATTERSON BELKNAP WEBB & TYLER
LLP
1133 Avenue of the Americas Suite 2200

New York, NY 10036-6710
Telephone: (212) 335-2793
E-Mail: wfcavanaugh@pbwt.com

*Counsel for Plaintiff State of Nebraska*


FOR PLAINTIFF STATE OF ARIZONA

KRISTIN K. MAYES
Attorney General of Arizona

Robert A. Bernheim, Unit Chief Counsel
Jayme Weber, Senior Litigation Counsel
Arizona Office of the Attorney General
400 West Congress, Ste. S-215
Tucson, Arizona 85701
Telephone: (520) 628-6507
E-Mail: Robert.bernheim@azag.gov
        Jayme.Weber@azag.gov

*Counsel for Plaintiff State of Arizona*

FOR PLAINTIFF STATE OF IOWA

BRENNA BIRD
Attorney General of Iowa

Noah Goerlitz, Assistant Attorney General
Office of the Attorney General of Iowa
1305 E. Walnut St., 2nd Floor
Des Moines, IA 50319
Telephone: (515) 725-
1018
E-Mail: Noah.goerlitz@ag.iowa.gov

*Counsel for Plaintiff State of Iowa*


FOR PLAINTIFF STATE OF NEW YORK

LETITIA JAMES
Attorney General of New York

Elinor R. Hoffmann
Morgan J. Feder
Michael D. Schwartz

Office of the Attorney General of New York
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-8513
E-Mail: Elinor.hoffmann@ag.ny.gov
Morgan.feder@ag.ny.gov
Michael.schwartz@ag.ny.gov

*Counsel for Plaintiff State of New York*

FOR PLAINTIFF STATE OF NORTH
CAROLINA

JOSHUA STEIN
Attorney General of North Carolina

Kunal Janak
Choksi
Joshua Daniel
Abram
Jessica Vance
Sutton
North Carolina Department of
Justice
114 W. Edenton St.
Raleigh, NC 27603
Telephone: (919) 716-
6000
E-Mail:
kchoksi@ncdoj.gov
jabram@ncdoj.gov
jsutton2@ncdoj.gov

*Counsel for Plaintiff State of North Carolina*

FOR PLAINTIFF STATE OF TENNESSEE

JONATHAN SKRMETTI
Attorney General of Tennessee

J. David McDowell
Christopher Dunbar
Austin Ostiguy
Tyler Corcoran
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202

Telephone: (615) 741-8722
E-Mail: David.McDowell@ag.tn.gov
Chris.Dunbar@ag.tn.gov
austin.ostiguy@ag.tn.gov
Tyler.Corcoran@ag.tn.gov

*Counsel for Plaintiff State of Tennessee*

FOR PLAINTIFF STATE OF UTAH

SEAN REYES
Attorney General of Utah

Marie W.L. Martin
Utah Office of Attorney General
160 E 300 S, 5th Floor
P.O. Box 142320
Salt Lake City, Utah 84114
Telephone: (385) 881-3742
E-Mail: mwmartin@agutah.gov

*Counsel for Plaintiff State of Utah*

FOR PLAINTIFF STATE OF ALASKA

TREGARRICK TAYLOR
Attorney General of Alaska

Jeff Pickett
State of Alaska, Department of Law
Office of the Attorney General
1031 W. Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5100
E-Mail: Jeff.pickett@alaska.gov

*Counsel for Plaintiff State of Alaska*

FOR PLAINTIFF STATE OF CONNECTICUT

WILLIAM TONG
Attorney General of Connecticut

Nicole Demers
Office of the Attorney General of
Connecticut
165 Capitol Avenue, Suite 5000

Hartford, CT 06106
Telephone: (860) 808-5202
E-Mail: Nicole.demers@ct.gov

*Counsel for Plaintiff State of Connecticut*

FOR PLAINTIFF STATE OF DELAWARE

KATHLEEN JENNINGS
Attorney General of Delaware

Michael Andrew Undorf
Delaware Department of Justice
Fraud and Consumer Protection Division
820 N. French St., 5th Floor
Wilmington, DE 19801
Telephone: (302) 577-8924
E-Mail: Michael.undorf@delaware.gov

*Counsel for Plaintiff State of Delaware*

FOR PLAINTIFF DISTRICT OF COLUMBIA

BRIAN SCHWALB
Attorney General of the District of Columbia

Elizabeth Gentry Arthur
Office of the Attorney General for the District
ofColumbia
400 6th Street NW
Washington, DC 20001
Telephone: (202) 724-6514
E-Mail: Elizabeth.arthur@dc.gov

*Counsel for Plaintiff District of Columbia*

FOR PLAINTIFF TERRITORY OF GUAM

DOUGLAS MOYLAN
Attorney General of Guam

Fred Nishihira
Office of the Attorney General of Guam
590 S. Marine Corps Drive, Suite 901
Tamuning, Guam 96913
Telephone: (671) 475-3324

*Counsel for Plaintiff Territory Guam*

FOR PLAINTIFF STATE OF HAWAIʻI

ANNE E. LOPEZ
Attorney General of Hawaiʻi

Rodney I. Kimura
Department of the Attorney General, State of
Hawaiʻi Commerce & Economic Development
425 Queen Street
Honolulu, HI 96813
Telephone (808) 586-1180
E-Mail: Rodney.i.kimura@hawaii.gov

*Counsel for Plaintiff State of Hawaiʻi*

FOR PLAINTIFF STATE OF IDAHO

RAÚL LABRADOR
Attorney General of Idaho

John K. Olson
Office of the Idaho Attorney General
Consumer Protection Division
954 W. State St., 2nd Floor
P.O. Box 83720 Boise,
ID83720
Telephone: (208) 334-4114
E-Mail:  John.olson@ag.idaho.gov

*Counsel for Plaintiff State of Idaho*

FOR PLAINTIFF STATE OF ILLINOIS

KWAME RAOUL
Attorney General of Illinois

Elizabeth
Maxeiner
Brian Yost
Jennifer Coronel
Office of the Attorney General of
Illinois
100 W. Randolph St.
Chicago, IL 60601
Telephone: (773) 590-7935

E-Mail: Elizabeth.maxeiner@ilag.gov
      Brian.yost@ilag.gov
      Jennifer.coronel@ilag.gov

*Counsel for Plaintiff State of Illinois*

FOR PLAINTIFF STATE OF KANSAS

KRIS W. KOBACH
Attorney General of Kansas

Lynette R. Bakker
Kansas Office of the Attorney General
120 S.W. 10th Avenue, 2nd Floor
Topeka, KS 66612
Telephone: (785) 296-3751
E-Mail: Lynette.bakker@ag.ks.gov

*Counsel for Plaintiff State of Kansas*

FOR PLAINTIFF STATE OF MAINE

AARON M. FREY
Attorney General of Maine

Christina M. Moylan
Office of the Attorney General of
Maine
6 State House Station
August, ME 04333
Telephone: (207) 626-8800
E-Mail: Christina.moylan@maine.gov

*Counsel for Plaintiff State of Maine*

FOR PLAINTIFF STATE OF MARYLAND

ANTHONY G. BROWN
Attorney General of Maryland

Schonette J. Walker
Gary Honick
Office of the Attorney General of Maryland
200 St. Paul Place, 19th Floor
Baltimore, MD 21202
Telephone: (410) 576-6480

E-Mail: swalker@oag.state.md.us
ghonick@oag.state.md.us

*Counsel for Plaintiff State of Maryland*

FOR PLAINTIFF COMMONWEALTH OF
MASSACHUSETTS

ANDREA CAMPBELL
Attorney General of Massachusetts
William T. Matlack
Michael B.
MacKenzie
Office of the Attorney General of
Massachusetts
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 727-2200
E-Mail: William.matlack@mass.gov
Michael.Mackenzie@mass.gov

*Counsel for Plaintiff State of Massachusetts*

FOR PLAINTIFF STATE OF MINNESOTA

KEITH ELLISON
Attorney General of Minnesota

Zachary William Biesanz
Office of the Minnesota Attorney General
Consumer, Wage, and Antitrust Division
445 Minnesota Street, Suite 1400
St. Paul, MN 55101
Telephone: (651) 757-1257
E-Mail: Zach.biesanz@ag.state.mn.us

*Counsel for Plaintiff State of Minnesota*

FOR PLAINTIFF STATE OF NEVADA

AARON D. FORD
Attorney General of Nevada

Michelle C. Badorine
Lucas J. Tucker
Nevada Office of the Attorney General
100 N. Carson Street

Carson City, NV 89701
Telephone: (775) 684-1164
E-Mail: mnewman@ag.nv.gov
ltucker@ag.nv.gov

*Counsel for Plaintiff State of Nevada*

FOR PLAINTIFF STATE OF NEW
HAMPSHIRE

JOHN FORMELLA
Attorney General of New Hampshire

Brandon Garod
Office of Attorney General of New
Hampshire
33 Capitol Street
Concord, NH 03301
Telephone: (603) 271-1217
E-Mail: Brandon.h.garod@doj.nh.gov

*Counsel for Plaintiff State of New Hampshire*

FOR PLAINTIFF STATE OF NEW JERSEY

MATTHEW PLATKIN
Attorney General of New Jersey

Isabella R. Pitt
Deputy Attorney General
New Jersey Attorney General's Office
124 Halsey Street, 5th Floor
Newark, NJ 07102
Telephone: (973) 648-7819
E-Mail: Isabella.Pitt@law.njoag.gov

*Counsel for Plaintiff State of New Jersey*

FOR PLAINTIFF STATE OF NEW
MEXICO

RAÚL TORREZ
Attorney General of New Mexico

Judith E. Paquin Cholla Khoury
Assistant Attorney General
New Mexico Office of the Attorney General

408 Galisteo St.
Santa Fe, NM 87504
Telephone: (505) 490-4885
E-Mail: jpaquin@nmag.gov
ckhoury@nmag.gov

*Counsel for Plaintiff State of New Mexico*

FOR PLAINTIFF STATE OF NORTH
DAKOTA

DREW WRIGLEY
Attorney General of North Dakota

Elin S. Alm
Assistant Attorney General
Consumer Protection and Antitrust Division
Office of the Attorney General of North Dakota
1720 Burlington Drive, Suite C
Bismarck, ND 58504
Telephone: (701) 328-5570
E-Mail: ealm@nd.gov

*Counsel for Plaintiff State of North Dakota*
FOR PLAINTIFF STATE OF OHIO

DAVID YOST
Attorney General of Ohio

Jennifer Pratt
Beth Ann Finnerty
Mark Kittel
Office of the Attorney General of Ohio
30 E Broad Street, 26th Floor Columbus,
OH 43215
Telephone: (614) 466-4328
E-Mail:
Jennifer.pratt@ohioattorneygeneral.gov
Beth.finnerty@ohioattorneygeneral.gov
Mark.kittel@ohioattorneygeneral.gov

*Counsel for Plaintiff State of Ohio*

FOR THE PLAINTIFF STATE OF
OKLAHOMA

GENTNER DRUMMOND

Attorney General of Oklahoma

Caleb J. Smith
Office of the Oklahoma Attorney
General
313 NE 21st Street
Oklahoma City, OK
73105Telephone:
(405) 522-1014
E-Mail: Caleb.Smith@oag.ok.gov

*Counsel for Plaintiff State of Oklahoma*

FOR PLAINTIFF STATE OF OREGON
ELLEN ROSENBLUM
Attorney General of Oregon

Cheryl Hiemstra
Oregon Department of Justice
1162 Court St. NE
Salem, OR 97301
Telephone: (503) 934-4400
E-Mail: Cheryl.hiemstra@doj.state.or.us

*Counsel for Plaintiff State of Oregon*

FOR PLAINTIFF COMMONWEALTH OF
PENNSYLVANIA

MICHELLE HENRY
Attorney General of Pennsylvania

Tracy W.
Wertz
Joseph S. Betsko
Pennsylvania Office of Attorney
General Strawberry Square
Harrisburg, PA 17120
Telephone: (717) 787-4530
E-Mail:
jbetsko@attorneygeneral.gov
twertz@attorneygeneral.gov

*Counsel for Plaintiff Commonwealth of
Pennsylvania*

FOR PLAINTIFF TERRITORY OF PUERTO
RICO

DOMINGO EMANUELLI HERNANDEZ
Attorney General of Puerto Rico

Guarionex Diaz Martinez
Assistant Attorney General Antitrust Division
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902
Telephone: (787) 721-2900, Ext. 1201
E-Mail: gdiaz@justicia.pr.gov

*Counsel for Plaintiff Territory Puerto Rico*

FOR PLAINTIFF STATE OF RHODE ISLAND

PETER NERONHA
Attorney General of Rhode Island

Stephen Provazza
Rhode Island Office of the Attorney
General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400
E-Mail: SProvazza@riag.ri.gov

*Counsel for Plaintiff State of Rhode Island*

FOR PLAINTIFF STATE OF SOUTH DAKOTA

MARTIN J. JACKLEY
Attorney General of South Dakota

Yvette K. Lafrentz
Office of the Attorney General of South
Dakota
1302 E. Hwy 14, Suite 1
Pierre, SD 57501
Telephone: (605) 773-3215
E-Mail: Yvette.lafrentz@state.sd.us

*Counsel for Plaintiff State of South Dakota*

FOR PLAINTIFF STATE OF VERMONT

CHARITY R. CLARK
Attorney General of Vermont

Christopher J. Curtis, Assistant Attorney
General
Office of the Attorney General of Vermont
109 State St.
Montpelier, VT 05609
Telephone: (802) 828-3170
E-Mail: christopher.curtis@vermont.gov

*Counsel for Plaintiff State of Vermont*

FOR PLAINTIFF COMMONWEALTH OF
VIRGINIA

JASON S. MIYARES
Attorney General of Virginia

Tyler T. Henry
Office of the Attorney General of Virginia
202 N. 9th Street
Richmond, VA 23219
Telephone: (804) 692-0485
E-Mail: thenry@oag.state.va.us

*Counsel for Plaintiff State of Virginia*

FOR PLAINTIFF STATE OF WASHINGTON

ROBERT FERGUSON
Attorney General of Washington

Amy Hanson
Washington State Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Telephone: (206) 464-5419
E-Mail: Amy.hanson@atg.wa.gov

*Counsel for Plaintiff State of Washington*

FOR PLAINTIFF STATE OF WEST VIRGINIA

PATRICK MORRISEY

Attorney General of West Virginia

Douglas Lee Davis
Office of the Attorney General, State of
West Virginia
1900 Kanawha Boulevard
East Building 6, Suite 401
P.O. Box 1789
Charleston, WV 25305
Telephone: (304) 558-8986
E-Mail: Douglas.l.davis@wvago.gov

*Counsel for Plaintiff State of West Virginia*

FOR PLAINTIFF STATE OF WYOMING

BRIDGET HILL
Attorney General of Wyoming

Amy Pauli
Wyoming Attorney General's Office
2320 Capitol Avenue
Kendrick Building Cheyenne, WY 82002
Telephone: (307) 777-6397
E-Mail: amy.pauli@wyo.gov

*Counsel for Plaintiff State of Wyoming*