AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia ▼

United States of America, et al., )
*Plaintiff* )
v. ) Case No. 1:20-cv-03010-APM
Google, LLC )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of Louisiana

Date: 10/23/2024

s/Patrick Voelker
*Attorney's signature*

Patrick Voelker, LA Bar Roll #38926
*Printed name and bar number*
1885 N. 3rd Street
Fourth Floor
Baton Rouge, Louisiana
70802

*Address*

voelkerp@ag.louisiana.gov
*E-mail address*

(225) 326-6400
*Telephone number*

(225) 326-6498
*FAX number*