AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.<br>*Plaintiff*<br>v.<br>GOOGLE, LLC<br>*Defendant* | Case No. 1:20-cv-03010-APM |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The State of Oregon.

Date: 10/23/2024

/s/Gina Ko
*Attorney's signature*

Gina Ko OSB 121049
*Printed name and bar number*
Assistant Attorney General
Oregon Department of Justice
100 SW Market St.
Portland, Oregon 97201

*Address*

gina.ko@doj.oregon.gov
*E-mail address*

(971) 673-1880
*Telephone number*

(971) 673-1884
*FAX number*