IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA, ET AL.,    )
                                     )
           Plaintiffs,               )
                                     )    CV No. 20-3010
       vs.                           )    Washington, D.C.
                                     )    October 24, 2024
GOOGLE LLC,                          )    11:00 a.m.
                                     )
           Defendant.                )
_____)


TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For DOJ Plaintiffs:              David E. Dahlquist
                                 UNITED STATES
                                 DEPARTMENT OF JUSTICE
                                 Antitrust Division
                                 209 South LaSalle Street
                                 Suite 600
                                 Chicago, IL 60604
                                 (202) 805-8563
                                 Email:
                                 david.dahlquist@usdoj.gov

                                 Veronica N. Onyema
                                 DOJ-CIV
                                 450 E Street NW
                                 Suite 8714
                                 Washington, D.C. 20530
                                 (202) 307-0302
                                 Email:
                                 veronica.n.onyema@usdoj.gov

                                 Adam T. Severt
                                 DOJ-ATR
                                 Antitrust Division
                                 450 Fifth Street, NW
                                 Suite 7100
                                 Washington, D.C. 20530
                                 (202) 307-6158
                                 Email: adam.severt@usdoj.gov

```
APPEARANCES CONTINUED:

For Plaintiff
State Colorado:                  William F. Cavanaugh, Jr.
                                 PATTERSON BELKNAP
                                 WEBB & TYLER LLP
                                 1133 Avenue of the Americas
                                 Suite 2200
                                 New York, NY 10036-6710
                                 (212) 335-2793
                                 Email: wfcavanaugh@pbwt.com


For Defendant Google:            John E. Schmidtlein
                                 WILLIAMS & CONNOLLY LLP
                                 725 12th St., NW
                                 Washington, D.C. 20005
                                 (202) 434-5000
                                 Email: jschmidtlein@wc.com


Court Reporter:                  William P. Zaremba
                                 Registered Merit Reporter
                                 Certified Realtime Reporter
                                 Official Court Reporter
                                 E. Barrett Prettyman CH
                                 333 Constitution Avenue, NW
                                 Washington, D.C. 20001
                                 (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

```
 1                    P R O C E E D I N G S

 2          COURTROOM DEPUTY:  All rise.  The Court is now in

 3   session; the Honorable Amit P. Mehta now presiding.

 4          THE COURT:  Good morning.  Please be seated,

 5   everyone.

 6          COURTROOM DEPUTY:  Your Honor, we're now calling

 7   for the record Civil Action 20-3010, United States

 8   of America versus Google LLC.

 9          Present on behalf of Plaintiff DOJ is

10   David Dahlquist, Veronica Onyema, as well as Adam Severt.

11          Present on behalf of Plaintiff States is

12   William Cavanaugh.

13          Present on behalf of Defendant Google is

14   John Schmidtlein.

15          THE COURT:  Thank you, all, for coming in.

16   I didn't expect such a large gathering of people this

17   morning, so it's nice to see everybody.

18          All right.  So we're here this morning for our

19   first of -- first check in terms of how things are going in

20   this phase of the case.

21          Thank you for your joint statement, which I've had

22   a chance to go through, and it has flagged several disputes,

23   discovery disputes; we'll get to those in a moment.

24          So before we do, let me just open it up to the

25   parties and see if there's anything you would like to
```

```
 1    discuss preliminarily before we get to the discovery
 2    disputes.
 3              Mr. Dahlquist.
 4              MR. DAHLQUIST:  Thank you, Your Honor.
 5              Good Morning.  David Dahlquist on behalf of the
 6    United States.
 7              No, Your Honor.
 8              As we previewed in the Status Report, we're on
 9    track to do our proposed final judgment on November 20th as
10    ordered.
11              We have continued our engagement with
12    third parties, market participants, and many others.
13    We're narrowing that process in order to get you something
14    on November 20th.
15              THE COURT:  Okay.  Very good.
16              Mr. Cavanaugh.
17              MR. CAVANAUGH:  Your Honor, the States are
18    pursuing discovery.  We've served our discovery requests;
19    we'll continue to do that in conjunction with the
20    United States.
21              THE COURT:  Okay.  Very good.
22              Mr. Schmidtlein, do you want to discuss anything
23    before we turn to the discovery disputes?
24              MR. SCHMIDTLEIN:  No, Your Honor.
25              We have begun producing documents in response to
```

1    the requests.

2            We've engaged, obviously, with the plaintiffs

3    trying to narrow areas of dispute, trying to understand

4    better the scope, breadth, terms of what it is they're

5    asking for, which hasn't always been crystal clear to us,

6    as is normal in the discovery process.

7            THE COURT:  Sure.

8            MR. SCHMIDTLEIN:  So documents are flowing out,

9    and other documents are being gathered, starting to be

10   reviewed, and, as I said, we've got a handful of disputes

11   that we would appreciate your guidance on.

12           THE COURT:  And can I ask, because I -- I mean,

13   the one thing that is not identified, and maybe it hasn't

14   started yet, and that's simply third-party discovery.

15   Have you all begun sending subpoenas out to third parties?

16           MR. SCHMIDTLEIN:  Yes, Your Honor.

17           The plaintiffs have served a number of subpoenas

18   on third parties.

19           Google has begun and will continue to serve

20   subpoenas on third parties as well.

21           THE COURT:  Okay.

22           And have any sort of deposition subpoenas or

23   notices gone out yet?

24           MR. SCHMIDTLEIN:  30(b)(6) notice has been sent

25   out by the Department of Justice, and we are still reviewing

1    that.  We just got that, I think, last Friday.  And we're

2    going to be reviewing and engaging with them on sort of

3    what's the best path forward on that, I think, in the days

4    ahead.

5              THE COURT:  Okay.

6              MR. DAHLQUIST:  I agree, Your Honor.

7              Both sides have sent out six or seven third-party

8    subpoenas, mostly for documents.

9              No third-party depositions have been set yet.

10   I think we'll get the documents in and then schedule those.

11             Plaintiffs have issued a 30(b)(6) on Google; we've

12   set that for the first week in November.  We haven't heard

13   yet if that's going to work; we hope it will.  But we do

14   know that 30(b)(6) may require multiple witnesses as well.

15   So we're happy to talk with defendants about that.

16             THE COURT:  Okay.

17             All right.  Well, I said this during the liability

18   phase and I'll say it again, for you all to communicate to

19   the third parties and their counsel.

20             But, you know, if disputes do arise, there's no

21   reason you should wait until we have one of these planned

22   conferences to raise it with me.  I want to make sure things

23   keep moving.

24             And if there is a dispute that needs to be

25   resolved and we're two to three weeks out or more from the

1    next conference, just contact chambers and we can get

2    something on the calendar and try and get it resolved sooner

3    rather than later.

4           MR. DAHLQUIST:  Thank you, Your Honor.  We really

5    appreciate the periodic status conferences.  Nothing like an

6    appearance before Your Honor to crystallize the mind and

7    formalize disputes, so thank you.

8           THE COURT:  Glad I have that effect on you.

9           Okay.  All right.  Well, let's then talk about the

10   discovery matters that you all have raised.

11          And so, you know, let me, as I have done in the

12   past -- and just, again, let me share my thoughts with you

13   and then we can talk about how to proceed.

14          And I'll do this, I think, on a sort of

15   dispute-by-dispute basis, and then I'll ask counsel to react

16   to what I've had -- what I have to say.

17          So the first issue concerns documents concerning

18   the integration of AI into various Google products.  This

19   seems to implicate Requests for Production 5 and 24

20   primarily.

21          Google has agreed to produce certain material but

22   has objected to the scope of the request for production and

23   primarily seeks to limit it by identifying those plans in

24   which generative AI is the prominent feature and also what

25   Google either has actually launched into Search or text ads

1    or reasonably foresees doing so, and there's an objection as

2    to that limitation by plaintiffs.

3           There's also the issue of the Gemini models and

4    the definition of Gemini models that plaintiffs have raised,

5    although it's not clear to me -- well, I'll address that in

6    a moment.

7           Look, my reaction to this issue is as follows:

8    One is, I have concerns about the scope and the way it is

9    drafted.

10          And I think primarily my concern is that there is

11   no backstop on the development of the product that involves

12   artificial intelligence.

13          You'll remember we heard during trial that,

14   you know, Google encourages its employees, its engineers,

15   not surprisingly, to come up with ideas.  And sometimes

16   those are ideas that get tossed into waste bins shortly

17   after they're floated; sometimes they mature into something

18   that actually gets integrated into the product.

19          And so I don't think you are trying to get at,

20   you know, the sort of seeds that are popping up in the minds

21   of Google employees or something that's in such an early

22   stage that there's no way to tell it's going to be

23   integrated or not, but there's no such limitation.

24          And I think my concern, and I think it's Google's

25   concern, is, and I think it's valid, is how do we sort of

1   frame this in a way to ensure that that kind of thought

2   process, thought experiments, and, really, nascent product

3   ideas, aren't swept into this, because it does seem to me

4   that that's probably more than you need.  You're looking for

5   things that are in a more mature stage or something that is

6   actually going to have a potential impact on the product,

7   and then, of course, the competitive landscape itself.

8          At the same time, here's my concern with what

9   Google's proposal is, which is, it's not clear to me how you

10  plan to define what is reasonably foreseeable and how you

11  would carry out that limitation.

12         You know, it's not as if you could put the words

13  "reasonably foreseeable" into a search string, and,

14  therefore, you'd be able to distinguish between two

15  different types of products.

16         And my concern is that it's the kind of thing that

17  ultimately just is in sort of the mind of the reviewer or

18  the minds of the lawyers who've instructed the reviewers.

19         And so I think, from my perspective, while I agree

20  that there ought to be some way of distinguishing between

21  the types of product development that we've just been

22  talking about, I'm not sure reasonable foreseeability gets

23  there.

24         MR. SCHMIDTLEIN:  Your Honor --

25         THE COURT:  I have to say, I haven't come up with

1    a better idea.

2              MR. SCHMIDTLEIN:  Your Honor, if I may.

3              I think we have a proposal that I think that may

4    have been made or some further discussion post these

5    submissions.

6              THE COURT:  Okay.

7              MR. SCHMIDTLEIN:  And I think --

8              MR. DAHLQUIST:  Well, if I could, we both may have

9    a solution but it might be different, and so whichever you'd

10   like to hear from first.

11             THE COURT:  Okay.

12             Mr. Schmidtlein was going to get up first and the

13   chair prevented him from doing so.

14             MR. SCHMIDTLEIN:  So, Your Honor, I think -- there

15   are two things that I think solve for this.

16             One, I think with the parties, at least in the

17   back and forth in the JSR, I think we may have agreed to --

18   and then the other may have post-dated that.

19             To address your question about the reasonably

20   anticipated launch type of issue, we're prepared to search

21   for and/or identify for the documents sufficient to show AI

22   products relating to Search that are currently in

23   development.

24             So, you know, I think to get at your issue,

25   there's a lot of things that get into development and they

1    may not actually ever launch.

2            And so this question of reasonably anticipating a

3    launch, there is -- I think we would know how to draw that

4    line but understand the concern about there potentially

5    being subjective assessment there.

6            I think development, something that is actually in

7    development, not just it's on -- it's in kind of the drawing

8    board.

9            THE COURT:  Right.

10           MR. SCHMIDTLEIN:  But it's actually in engineering

11   development.  I think that is a pretty bright line --

12           THE COURT:  Okay.

13           MR. SCHMIDTLEIN:  -- at Google.

14           And so we have proposed, and I think what would be

15   a reasonable accommodation, is to focus on products that --

16   again, artificial intelligence products related to Google

17   Search that are in development.

18           And we think that's a reasonable compromise that

19   should get the plaintiffs those things that are

20   appropriately, at least arguably within the realm -- I'm not

21   conceding any of this actually should bear on remedy, but at

22   least for the purposes of discovery is an appropriate way to

23   draw the line.

24           THE COURT:  Okay.

25           Mr. Dahlquist.

1          MR. DAHLQUIST:  Sure.  Thank you, Your Honor.

2          And this is what I mean in that being before you

3    helps to crystallize issues, so we appreciate it.

4          So that's a new proposal that we have, and we

5    certainly appreciate that.

6          Can I take a quick step back?

7          We are focused on discovery here that's focused on

8    AI, generative AI as it relates to Search, Search access

9    points and Search features, and I think that's the boundary

10   that we're within.  And we appreciate that that could --

11   is very broad.

12         But I think, to Your Honor's question, this,

13   I think, relates to request 5, 24, 25, and the definition of

14   Gemini.  I think all of this is encapsulated within that

15   same package.

16         And within that, we don't know what we don't know.

17   There's been a lot of development and changes and things

18   that have occurred since the close of discovery, even during

19   trial.

20         We know that the Gemini product itself launched

21   since trial.  The CEO of Google, Mr. Pichai, stated himself,

22   they're integrating search -- integrating AI in a deep way

23   within Search.  We quoted that within our proposal.

24         Mr. Schmidtlein's proposal is helpful, and I think

25   we're aligned in that way.  But I'd say they are wanting

1   their cake and eat it too, because Google just issued a

2   subpoena to Microsoft yesterday since the filing on Monday,

3   where they define an "AI search tool" as "any product

4   involved in" -- "that involves search engine technology and

5   AI capabilities."  We agree with that, but -- that's right;

6   that's the same definition that we're seeking to obtain as

7   well.

8              AI, generative AI that is incorporated within

9   Search, that relates to search, search features, and search

10  access points.

11             And so I think we might be saying the same thing

12  with just some different words.  And we're happy to continue

13  this meet-and-confer with Your Honor's guidance, but we like

14  that definition and we can run with that.

15             We agree that the limitation on development is too

16  restrictive.  Perhaps our request for anything in

17  development may have been too broad, and their limitation of

18  only "launched" or "reasonably expected launch" is too

19  restrictive.

20             But that's why our request 5 was focused on,

21  what's the landscape?  That was just a document sufficient

22  to show so that we can understand what's out there.  We're

23  happy to go through and knock stuff off the list.

24             They reference something related to chemistry:

25  If it doesn't relate to Search, we're not interested in

```
 1    that.  But if it does relate to Search, search access
 2    points, or search features, we are.
 3                THE COURT:  Okay.
 4                Well, Mr. Schmidtlein, is that -- do you have a
 5    different view in terms of the -- what you're prepared to
 6    attempt to produce?  I mean, the sort of Search, search
 7    access points and search features?
 8                I mean, I certainly thought that was encompassed
 9    in what you were talking about, but let's be clear --
10    let's get it clear if it's not.
11                MR. SCHMIDTLEIN:  The only question mark I have is
12    on search access points.  I'm not exactly sure what
13    Mr. Dahlquist is referring to there.
14                But certainly, Search, search features -- so,
15    for example, you know, today we've heard a lot about Gemini;
16    that's obviously within scope; we agree with that.
17                THE COURT:  Right.
18                MR. SCHMIDTLEIN:  You may have noticed, if,
19    depending on how you use Google, you get something called
20    AI overviews --
21                THE COURT:  Right.
22                MR. SCHMIDTLEIN:  -- which is sort of a summation
23    and a summary of things.
24                I would assume that's a search feature and that is
25    generative AI.  Obviously that's sort of within scope.
```

1           Search access points, I'm not sure if by that they

2   mean Chrome, the Chrome browser, any and all generative AI

3   that might be in development or used by Google in how the

4   browser works but not Search.

5           I'm not sure that really is relevant --

6           THE COURT:  Right.

7           MR. SCHMIDTLEIN:  -- to sort of what we're talking

8   about in this Search case.

9           So that's the only question I would have.

10          As to the other two, I think we're absolutely

11  aligned.

12          THE COURT:  Okay.

13          Mr. Dahlquist, do you want to respond?

14          I figured Chrome was in there, although --

15          MR. DAHLQUIST:  The answer is "yes."

16          THE COURT:  Although -- again, I think it is

17  important that you all understand this better than I do

18  certainly, but, you know, I suppose there are AI features to

19  Chrome that have nothing to do with Search --

20          MR. DAHLQUIST:  Potentially.

21          THE COURT:  -- and that's not what you're

22  interested in.

23          And similarly, if -- you know, the Google Search

24  app.  There may be AI features to the Google Search app that

25  don't have to do with Search, although I'm not sure how that

```
 1    would be true, but that's something you all should talk
 2    through and narrow, I assume.
 3                THE COURT:  We're happy to have the
 4    conversation.
 5                THE COURT:  Okay.
 6                MR. DAHLQUIST:  If the restrictions are, if it's
 7    only called "Gemini," that's all we're allowed to see,
 8    we think that's too restrictive.  If it only is in launch or
 9    reasonably expected to launch, if that restriction is gone,
10    I think we can have a conversation there.
11                THE COURT:  Okay.
12                MR. DAHLQUIST:  But to answer the question --
13    answer your question, yes, it relates to Chrome.  That's an
14    access point.
15                So if we're in disagreement, I guess, that's --
16    I don't want to be back here tomorrow, Your Honor,
17    so guidance on that is helpful.
18                THE COURT:  Let me just ask Mr. Schmidtlein:
19    Are you objecting to search access point as a category --
20    again, as long as the line is relating only to search on
21    something like Chrome?
22                MR. SCHMIDTLEIN:  I'm going to get out --
23    I'm worried I'm going to get out over my skis here,
24    Your Honor.
25                Sitting here today, the notion that there is a
```

```
 1    would be true, but that's something you all should talk
 2    through and narrow, I assume.
 3                MR. DAHLQUIST:  We're happy to have the
 4    conversation.
 5                THE COURT:  Okay.
 6                MR. DAHLQUIST:  If the restrictions are, if it's
 7    only called "Gemini," that's all we're allowed to see,
 8    we think that's too restrictive.  If it only is in launch or
 9    reasonably expected to launch, if that restriction is gone,
10    I think we can have a conversation there.
11                THE COURT:  Okay.
12                MR. DAHLQUIST:  But to answer the question --
13    answer your question, yes, it relates to Chrome.  That's an
14    access point.
15                So if we're in disagreement, I guess, that's --
16    I don't want to be back here tomorrow, Your Honor,
17    so guidance on that is helpful.
18                THE COURT:  Let me just ask Mr. Schmidtlein:
19    Are you objecting to search access point as a category --
20    again, as long as the line is relating only to search on
21    something like Chrome?
22                MR. SCHMIDTLEIN:  I'm going to get out --
23    I'm worried I'm going to get out over my skis here,
24    Your Honor.
25                Sitting here today, the notion that there is a
```

```
 1   generative AI technology or feature that would be related to
 2   Search that somehow is baked into Chrome but not as --
 3   but it's not baked into Search.
 4              THE COURT:  Right.
 5              MR. SCHMIDTLEIN:  I'm not aware of something,
 6   but I could be wrong there.
 7              As long as the limitation and the guiding
 8   principle here is, it's related to Search, I'm guessing
 9   there's -- it will be a null set of things that pertain to
10   an access point but somehow don't pertain to Search,
11   the product itself, if that makes sense.
12              THE COURT:  Right.
13              Yeah, no, it makes sense.
14              MR. SCHMIDTLEIN:  We'll go back and confirm that,
15   but if that's the boundary here, I think we can --
16              THE COURT:  Okay.
17              MR. SCHMIDTLEIN:  -- I think we've got the
18   guidance we need.
19              THE COURT:  Okay.  Good.
20              Well, it sounds like you all are sort of more or
21   less on the same page, and just maybe a few more
22   conversations will get you to agreement on this issue.
23              MR. DAHLQUIST:  I hope so, Your Honor.  Thank you.
24
25
```

1          THE COURT:  Okay.

2          Let's turn then to the second issue concerning

3    distribution of artificial intelligence on smartphones.

4    This is RFP25.  And maybe we've already discussed this to

5    some degree.

6          And I gather Google has agreed so far to disclose

7    the agreements it has with third parties relating to the

8    integration of artificial intelligence into search products,

9    and the plaintiffs are seeking more.

10          So can you give me a sense, Mr. Dahlquist, of

11    precisely what it is that -- what more you're asking for

12    that you believe Google is resisting?

13          MR. DAHLQUIST:  Certainly, Your Honor.

14          First of all, I think the guidance you just gave

15    on 5 and 24 will be helpful and perhaps informative in this.

16    But I guess it's with the evolution or development of

17    generative AI as a potential search access point itself in

18    the future and how that is going to work.

19          And I guess, as the context here, our focus is

20    *U.S.* v. *Microsoft*, where the Court there said that the

21    remedy should prevent or correct and restore competition for

22    the violations that were found by Your Honor, as well as

23    prevent future violations, or future violations and

24    eradicate existing evils.

25          As we see this generative AI incorporated within

1   Search and it's being distributed out to phones,

2   smartphones, that's the corpus of request 25:

3   How generative AI technology is incorporated into

4   smartphones, including Chrome and the various OEM

5   agreements.

6           Google has agreed to give us a refresh of their

7   distribution agreements.  Fine.  And that's helpful.  That's

8   not sufficient because, what other agreements are out there.

9   We're aware, from our conversations with third parties and

10  others, that there are some AI agreements that Google has

11  had related to Search.  Again, that's where we're focused.

12          And we think just restricting it to request 2,

13  which is its own separate request, they have agreed to

14  comply with that, which is fine, but that's the list of all

15  the partners that Your Honor is familiar with from trial.

16          Those are the distribution partners they've had

17  historically, who are their distribution partners today.

18  So how have those changed.

19          But who are their distribution partners tomorrow

20  for these additional products, the AI generative products as

21  it relates to Search and the search access points and the

22  search feature.  So I think they're -- they need to go

23  broader.

24          THE COURT:  But do I hear you limiting it just to

25  the final agreements or are you seeking a broader set of

```
 1    materials than just the agreement?

 2              MR. DAHLQUIST:  This is a broader set.

 3              This is an all-documents request.

 4              So if they're negotiating with folks, final

 5    agreements certainly.

 6              But if they are having conversations and

 7    negotiations with folks that maybe haven't materialized into

 8    a final agreement, which sometimes these final agreements

 9    can take years to actually materialize, that's the

10    information we're seeking.

11              THE COURT:  Okay.

12              Mr. Schmidtlein.

13              MR. SCHMIDTLEIN:  Your Honor, as I think

14    Mr. Dahlquist acknowledged, we have, to the extent there are

15    any agreements relating to the distribution of generative AI

16    products or technologies with the key partners that

17    Your Honor heard from throughout the trial, we've produced

18    those.  Those really are the -- that's really the universe

19    of relevant entities for purposes of the distribution of

20    smartphones in the United States.  So they've got those.

21              This idea that we're going to now go and --

22    like -- and do a custodial search and do search terms and do

23    a whole broad background of all of the internal discussions,

24    the back and forth in the negotiations of those agreements

25    and everything sort of surrounding those agreements, that's
```

1    an enormous lift, as Your Honor became painfully aware of

2    during the trial, of the agreements that were at issue in

3    the trial.  So they've got the agreements.  They can see

4    what the terms of those agreements are.  I don't think

5    there's -- I don't see the need for anything beyond that.

6            I am not sure there -- well, I want to be careful

7    about what I say about what agreements Google has with any

8    other partners.  But certainly I'm not aware of any

9    agreements with any other partners that would have any

10   relevance to the United States relating to general --

11   artificial-intelligence products.

12           So we think they've got what they need to evaluate

13   and understand the extent to which these products have been

14   distributed since the end of the trial.

15           THE COURT:  So I guess what my reaction is that,

16   obviously, the agreements themselves have been produced.

17           It makes sense to me that the plaintiffs would be

18   entitled to at least some internal discussions about how

19   Google reached these agreements, about the contents of the

20   agreements.

21           I mean, I understand that we're not re-doing a

22   liability-phase discovery here.  But a lot of what I heard

23   at trial, we all discussed, were not just what the terms of

24   the agreements were but how we got to those terms, what the

25   back-and-forth was between the partners in achieving those

1    terms.

2         It seems to me that that arguably is relevant;

3    at the same time, I don't want to blow this open in a way

4    that is going to require a search of 25 custodians,

5    et cetera, et cetera, because we do have a fairly compressed

6    time period here.

7         And so I'm wondering whether there is a way to

8    limit this either by custodian, primarily, and obviously

9    search terms, but to limit this in some way that doesn't

10   generate, you know, millions and millions of pages.  We're

11   just not in a position to generate that many documents and

12   have you all review them for responsiveness in the short

13   time period that we have.

14        And so whether, for example, there's a half-dozen

15   custodians who are involved in these community -- in these

16   negotiations, then perhaps we simply limit it to those

17   folks.

18        But I really -- you know, I think what did we

19   have, 20- to 30-plus custodians during the liability phase?

20   And that just seems to me far more --

21        MR. SCHMIDTLEIN:  We had way, way, way more than

22   that.  We had triple digits, Your Honor.

23        THE COURT:  Okay.  All right.

24        So well over 100.

25        But that was also across lots of different topics.

1          MR. SCHMIDTLEIN:  Correct.  Fair.

2          THE COURT:  And so it seems to me that this could

3   be narrowed in a way that doesn't create that burden.

4          MR. SCHMIDTLEIN:  We can go back and see if --

5   to propose some narrow guardrails around, you know, what is

6   achievable in the time frames we're talking about here.

7          THE COURT:  Mr. Dahlquist, what do you -- have you

8   given thought to how this could be narrowed to avoid

9   full-blown liability-like discovery that really is going to

10  bog things down?

11         MR. DAHLQUIST:  Yes, Your Honor.

12         First of all, this request is limited to

13  two years.

14         THE COURT:  Right.

15         MR. DAHLQUIST:  So it's just 2022 to the present.

16         Second, your order, 1047, has already restricted

17  15 custodians for searching per request.  So we're only

18  talking about a world of 15 custodians for this one, which

19  we'd like to discuss and who that is.

20         But I mean, there's clearly something they're

21  aware of because they've refused; they gave us an outright

22  refusal to go further.  So there's something that they're

23  aware of that exists within this world responsive to our

24  request that they don't want to give.

25         THE COURT:  Well, I'd agree with the first part,

1    and I guess the outcome as the second part.

2            Look, there's no secret here.  I mean, of course

3    there are underlying documents that Google has, of course

4    they're going to have them.

5            MR. DAHLQUIST:  Right.

6            THE COURT:  I think the question is, you know, how

7    relevant they are.  And I can see that there is a potential

8    relevance for them.

9            But, you know, we just need to be more measured

10   than we were during the liability phase where we had --

11           MR. DAHLQUIST:  Understood.

12           THE COURT:  -- two-plus years of discovery.

13   We just don't have that luxury of time.

14           MR. DAHLQUIST:  Understood.

15           And we're happy to continue that discussion.

16           THE COURT:  Okay.

17           MR. DAHLQUIST:  And I think with this one --

18           THE COURT:  And just because you have been given

19   15 custodians doesn't mean you need to use all

20   15 custodians.

21           MR. DAHLQUIST:  I appreciate that.

22           Happy to continue discussions.

23           THE COURT:  Okay.

24           Well, why don't you all talk through that and

25   hopefully -- look, there ought to be ways to narrow this to

1    reduce the burden, so I think we'll just leave it there.

2              All right.  Let's talk then about what is RFP23,

3    26, and 27.  These all are requests seeking information

4    about essentially a refresh of information that was sought

5    during the liability phase about competitors and potential

6    entrants into the various markets.

7              Look, yes, you know, these were requested at the

8    liability phase.

9              I guess the question, Mr. Schmidtlein, is why

10   Google thinks it shouldn't be able -- shouldn't have to turn

11   any of this over if there are new documents relative --

12   relevant to those subjects in the last couple of years?

13             And, again, understanding that we can put some

14   limits on the number of custodians, et cetera, but just sort

15   a blanket objection that they're not relevant, I'm not sure

16   I follow that.

17             MR. SCHMIDTLEIN:  Your Honor, you will, of course,

18   remember that -- I'll just take the one relevant to Apple.

19             There's been no sort of new agreement,

20   if you will, with Apple.

21             THE COURT:  Right.

22             MR. SCHMIDTLEIN:  Less than a year ago, you had

23   right there on the witness stand the Apple executives,

24   who, I think in response to questions from you, answered

25   questions about Search and their plans for Search, asking

1    Google -- and, again, this isn't a, oh, they're trying to

2    hide a bunch of documents, this is, I'm trying to limit the

3    burden --

4              THE COURT:  Sure.

5              MR. SCHMIDTLEIN:  -- and the expense and all the

6    other efforts that we're trying to do to get ready for this

7    next phase.

8              So you had all the executives from all the

9    companies who could speak to these issues of the impact of

10   the contracts, their views about the contracts, everything

11   else.  You had -- you have a record on that that is current

12   as of fall of 2023.  And now they're asking us, oh, well,

13   let's go back and fish for more documents for the last

14   several years.  If there are any new agreements or things

15   like that, we've produced them.

16             But you've got the record on this.  And we don't

17   believe, again, this is -- is there marginal relevance?

18   I guess there's marginal relevance.  But the idea that we

19   need to go back and do another search and another refresh

20   for talking about contracts that have been in existence for

21   years, we don't see, on balance, that that is justified at

22   this point in these proceedings.  So that's our position.

23             We've given them any new contacts, any amendments,

24   things like that.  If you're going to tell us we need to go

25   back and do a limited set of custodians and searches,

1    with everything that's gone on, I guess I would -- we need

2    to get some time cutoffs here.

3            And, you know, I will say, post August 5th,

4    obviously we've had to -- begun thinking about various

5    things having to do with our contracts that are highly

6    lawyer-involved, and highly -- you know, we're going to have

7    a lot of privilege and a lot of problems related to that,

8    because, you know, understandably, there have been a lot of

9    conversations with our executives and our product people,

10   who will be custodians here, around potential remedies and

11   impacts on contracts, and things like that, that are legal

12   questions, and I think that are appropriate to obtain the

13   legal advice.  So if we're going to go down this road,

14   I would respectfully ask that we limit it to before

15   August 5th.

16           THE COURT:  Okay.  Mr. Dahlquist.

17           MS. ONYEMU:  Hi, Your Honor.  Veronica Onyema for

18   the United States.  Nice to see you again.

19           To respond to Mr. Schmidtlein's point, remedies

20   are forward-looking.

21           And he just spoke about what you heard at trial

22   almost a year ago, or more than a year ago at this point:

23   To craft an effective remedy, we have to try to bring down

24   barriers to entry and to make sure that Google can't

25   circumvent those barriers -- or those remedies that are

```
1   meant to do that.
2           And for that reason, entry is incredibly
3   important.  The request is not about the agreements,
4   it's about entry.
5           There's two prongs to that.
6           The first prong is, what does the landscape
7   currently look like for entry and potential entry?  A lot of
8   that we can get from third parties obviously.
9           But the second and critical part of that as well
10  is, what does Google think about potential entry and what
11  has it been contemplating internally?
12          We don't know what it was contemplating internally
13  at the time that you heard from Apple executives during
14  trial.
15          To the extent that there is new documents,
16  it would be incredibly probative to making sure that we are
17  providing a comprehensive and effective remedy.
18          And to that extent, we believe that these requests
19  are highly relevant, it's not marginally relevant, and will
20  be useful to proposing a remedy to the Court.
21          THE COURT:  So would you agree to an August 5
22  cut-off date to avoid the privilege issues that we might run
23  into?
24          MS. ONYEMU:  I don't know that we would
25  necessarily agree to that date.  We can certainly discuss
```

1  with counsel what date would make sense.

2       I mean, I think in terms of privilege issues,

3  the key issue is making sure that, if there are substantive

4  communications that would directly bear on their thoughts on

5  entry, that we're getting those.

6       And to the extent that that involves a privilege

7  review and a privilege log, again, I think perhaps the way

8  to handle that is to talk through sort of the scope of

9  search terms and custodians and whatnot.  And we're happy to

10  engage with Google in that regard.

11       THE COURT:  I mean, I'm just looking, for example,

12  at 27, which reads, you know, it's not so much about entry,

13  but "produce all documents addressing or discussing the

14  impact on Google Search usage if Google used alternatives to

15  exclusive default agreements for Search distribution."

16       Now, it may be that there are documents between

17  May 2002 and August 5th of 2003 that address that topic.

18  But I would bet that there are more documents after August

19  5th of 2003 that discuss the issue and would arguably give

20  rise to potential privilege claims.

21       Because my real concern -- and this is what

22  I'll -- on the last topic too is to -- we -- I think

23  actually, relatively speaking, we didn't have much in the

24  way of privilege battles last go-around, and that was

25  welcomed from my perspective and would like to duplicate

1   that this time around too.

2          And so, you know, we now have a circumstance that

3   didn't exist before, which is that, you know, there's been a

4   liability finding, and undoubtedly there are documents,

5   quite a few documents, communications, et cetera, that

6   address the very topics you're talking about since they were

7   the topics that were the subject of my decision.

8          So I do have real concerns about how that is going

9   to impact the production.

10         MS. ONYEMU:  Yeah.

11         Understood, Your Honor.

12         I think that we're sensitive to the privilege

13  issues as well.

14         But I think that one element here that is unique

15  now that we're in this remedies proceeding is that, once you

16  go past August 5th, we're now talking about engagement with

17  third parties that are occurring on sort of both sides of

18  the aisle, so to speak.  And we want to make sure that if

19  there are important conversations, that we aren't --

20  right now we're at -- we are at a disadvantage in terms of

21  information if Google was having third-party communications

22  that would directly bear on these issues.

23         THE COURT:  You mean with -- right, so you said

24  third-party communications.

25         That seems to me to be easier.  That doesn't

1    obviously raise or unlikely to raise privilege concerns.

2    It's probably not that burdensome to identify communications

3    with third parties about these agreements.

4            MR. SCHMIDTLEIN:  There's no dispute about that.

5    We've got an agreement with the government on that request.

6            THE COURT:  Right.

7            So that shouldn't be too hard.

8            I think the difficulty is anything internal and

9    crafting this in a way that is going to, you know,

10   be sensitive to these privilege issues.

11           MS. ONYEMU:  I mean, we're certainly also happy to

12   consider whether there could be a different protocol for

13   after that date and whether that makes sense and is

14   something we can work out with Google if that would be

15   helpful to the Court.

16           End of trial date?

17           I mean, maybe the end of trial date.

18           I think that we -- but certainly understand your

19   concerns.  And I think that we can hopefully be able to work

20   something out where we can find a date that would sort of

21   address the privilege issues but make sure that we're not

22   leaving important communications on the table.

23           THE COURT:  Okay.

24           All right.  Well, I guess my general view is as

25   follows, just to sum it up, is that I do think the request

 1   is relevant to the remedies phase, even though it overlaps

 2   with the requests during the liability phase.

 3            That said, you know, I do want to emphasize my

 4   concerns about overburdening -- that these requests are so

 5   broad that it is going to cause problems in terms of timing

 6   and raising privilege issues.

 7            So I would urge the plaintiffs to think about how

 8   to narrow these, whether it's by, you know, limiting the

 9   number of custodians, dates, to really focus on what it is

10   that you need, because we're not, I think, in a phase now

11   where you all are looking for that needle-in-a-haystack

12   email.  I mean, maybe you are still, but it seems to me that

13   that period has sort of passed us by since we are more

14   forward-looking now.  The fact that there may be some email

15   now that you all think is damning, I suppose may be

16   relevant, but I think it's less so at this point than it

17   was, you know, in 2022 and 2023, okay?

18            MS. ONYEMU:  Understood.

19            THE COURT:  I will just note, just in this, this

20   probably was just a drafting issue, that RFP23, which is

21   specific to Apple, is not time limited.  You did say in your

22   Joint Status Report it was time limited to after May of

23   2002.  So let's just make sure that intent is clear.

24            MS. ONYEMU:  Yes, that is intended to be a

25   refresh, and it is time limited, Your Honor.  Thank you.

1          THE COURT:  All right.

2          So let's talk about the last of these issues, and

3    that is these internal analyses about remedies that have

4    been proposed, about remedies and other -- remedies issues

5    that have been brought about by inquiries by other

6    regulators.

7          Look, I think there is -- I think there are a

8    number of issues with this request.

9          One is scope.

10         I mean, it's not clear to me why you need these

11   things back to 2014.  I mean, that is an extraordinary time

12   frame.  We're talking about a decade.

13         And I know that one of the inquiries is back from

14   2015, so I think that may be part of the reason you have

15   asked for 2014.  But ten years of this is really beyond what

16   I think is required.  That's one.

17         Two, there is the issue of custodians.

18         I mean, I think given that these requests -- by

19   their nature, these involve requests relating to other

20   markets.  You're going to likely have custodians abroad that

21   could create issues.

22         And, frankly, there's also, frankly, just the

23   issue of relevance of market conditions elsewhere to U.S.

24   market conditions.  That overlays all this.

25         You know, and then there is the privilege issue.

1    And this one is very real.

2         And I have -- hypothetically, you could find an

3    email between a couple of Google employees discussing a

4    possible remedy.

5         On its face, that email may not seem privileged.

6    But it's entirely possible that that discussion was had at

7    the request of a lawyer who was asking these employees to

8    evaluate the impact of a particular remedy might have on

9    Google, right?  And I think that's not -- that probably is

10   not going to be uncommon in this context.

11        You know, I don't have a full appreciation of how

12   this worked.  But undoubtedly when Google was responding to

13   these regulators, there was a lawyer at the helm who was

14   saying, this is the information we are going to need and

15   somebody inside Google going out to those people and

16   gathering that information, and that would have generated

17   communications, memos, lots of documents.  And so, you know,

18   I don't think the privilege issue here is -- it's far from

19   de minimis, I think it's actually quite substantial, and

20   that's even without having run a single search.

21        And so, you know, if there are particular types of

22   documents that you think exist and that aren't going to

23   raise privilege disputes, then, by all means, okay.  But as

24   it's presently framed, it's just way too broad and is going

25   to be way too burdensome for the output.  And the output,

1    while it may seem relevant on its face, you know, is going

2    to raise all sorts of cross-market comparison questions,

3    potentially, that -- I'm not sure how much of that I want to

4    get into, certainly not in discovery, and I don't know how

5    much we would get into at remedies trial in any event,

6    right?

7         So while I can see why Google's thinking about

8    potential remedies that you all are contemplating in a

9    different market could be helpful to you, I just think

10   there's a real cost-benefit analysis here that needs to

11   happen before I'm prepared to authorize further discovery on

12   this topic.

13        MS. ONYEMU:  If I may, Your Honor, just a brief

14   response to each of your points.

15        In terms of scope, certainly I understand what

16   you're saying in terms of the time period.

17        I will note that several of the pieces of

18   legislation and decisions that we've referred to were also

19   the subject of discovery in the liability phase.  We're not

20   looking to rehash the same ground, right, in terms of --

21        THE COURT:  Right.

22        MS. ONYEMU:  -- we want to make sure we're just

23   seeing any new documents.

24        But in our view, it really is important, because

25   we have the benefit of the fact that there are other

1    jurisdictions who are grappling with these complicated

2    questions about digital markets and Google's conduct in

3    those markets that we're able to glean not just submissions

4    that have been made to those jurisdictions but also

5    understanding how Google has viewed the remedies in those

6    jurisdictions as whether they're effective or not effective.

7           I know, for example, there was a citation in

8    Google's post-trial briefs that the Court referenced in its

9    decision, talking about an E.U. remedy related to unbundling

10   of GMS that Google indicated they thought was not effective.

11   We want to understand at a high level what Google is

12   internally thinking about effectiveness in other

13   jurisdictions so we can assess how it would affect any

14   remedies here.  Again, we're still contemplating what that

15   remedies package would look like.  So to that extent, we do

16   believe that it's relevant.

17          In terms of scope, there's certainly --

18   we understand and hear you and perhaps there are ways to

19   sort of limit the time period here.

20          For example, the DMA and the submissions there and

21   any internal documents would be highly probative.  So that's

22   certainly an area where we can work with Google,

23   understanding the Court's concern about scope.

24          And then I think in terms of the last issue on

25   privilege, that is going to be a more challenging,

1    complicated question.  We certainly recognize that.  I know

2    that privilege was an issue in liability.

3            But we do think that, because rem- -- because we

4    are proposing a remedies framework and are contemplating

5    remedies in other jurisdictions, it just becomes much more

6    relevant and more -- it's almost more important than this

7    request was when we made it in liability for the decisions

8    that were in place at that time.

9            So, yes, we understand that there's a burden, but

10   we do believe this information will be highly relevant to

11   make sure that it's an effective remedy and that Google's

12   not able to circumvent it by information that it's gleaned

13   as part of the remedies process in another jurisdiction.

14           THE COURT:  So I mean, do you have a sense of what

15   it is that you would be looking for that wouldn't cause us

16   to sort of fall into a rabbit hole of privileged disputes

17   and relevancy disputes?

18           I mean, look, you all know this far better than

19   I do.

20           But, for example, the 2017 European Android

21   decision, not clear to me, from the face of this, and what

22   limited understanding I have about it, how pertinent that is

23   to potential remedies here.

24           In other words, if there were remedies discussed

25   there that you think Google might have considered internally

1    that overlap, then perhaps that may shed some light on

2    Google's thinking about such a remedy in the U.S., okay.

3    But that's not apparent to me on the face of the request.

4    So I just put that out there for your consideration.

5          I mean, I think the other thing that is of concern

6    is that you've identified five instances of foreign

7    regulatory action.  It's not clear to me all of them are by

8    enforcers.

9          For example, the 2022 Digital Markets Acts,

10   I don't know whether that's enforcement driven or a

11   legislative -- it seems like it's simply a legislative

12   enactment.

13         But it's not limited to these five.  You know,

14   again, these sort of requests for -- that are not including,

15   but not limited to, how many do you need?  How many do you

16   want?  How many really matter?

17         And I mean, the Department of Justice and,

18   you know, a large number of Attorneys General, it seems to

19   me, you ought to be able to identify the ones that really

20   matter and not place the burden on Google to track down if

21   there is some enforcement matter that arose somewhere in an

22   isolated part of the world that might be responsive but

23   really not terribly relevant.

24         MS. ONYEMU:  Yeah.

25         No, understood, Your Honor.

1          And I think part of that, in terms of thinking

2     through how to take your feedback and make sure that we're

3     providing a request that is sort of balancing the compressed

4     schedule and the fact that this is an important area that we

5     do want to make sure that we are getting information on, we

6     can certainly put our heads together and confer with Google

7     in terms of like the types of documents.  I know a few

8     things that we listed in the request were things like

9     studies and analyses that were done.

10          So -- but this -- again, we are in, you know, this

11     bifurcated remedies proceeding.  And we understand it is a

12     compressed schedule.  We're not looking to sort of receive a

13     document dump, and we don't have the time look through all

14     that and we know Google doesn't.

15          So I think that we hear you and we understand what

16     the concern is, but we want to just make sure is that we're

17     balancing getting the information that we do need, and

18     I think an area there that we can certainly explore further

19     is the types of documents and certainly the time period.

20          THE COURT:  Okay.

21          Mr. Schmidtlein, thoughts?

22          MR. SCHMIDTLEIN:  Your Honor, you are correct that

23     the 2022 Digital Markets Act is legislation.  And the same

24     is true for the U. K. Digital Markets Competition and

25     Consumers Act.  That's a law that hasn't even gone into

1    effect yet but it's on the books.

2            In Europe as part of these processes, there is

3    often -- there is oftentimes an elaborate -- and these were

4    not directed at Google specifically, these are broad digital

5    markets, pieces of legislation directed at a variety of

6    technology companies, or at least theoretically a variety of

7    technology companies could be covered by the terms of those

8    acts.

9            THE COURT:  Right.

10            MR. SCHMIDTLEIN:  And in the run-up to those,

11    it is not unusual for the regulators or the legislative

12    bodies to ask for and get feedback directly from the

13    companies.  That occurred here.

14            It is not public, those back-and-forths.

15    But we've agreed to produce those back-and-forths.

16    We've agreed to produce everything that we submitted to

17    these various either regulators and/or the authorities that

18    we submitted about our positions and our views about

19    provisions they were thinking about at various points in

20    time, and some of them maybe they adopt and some of them

21    that they didn't.  We're going to produce those.

22            We had to live with requests that they already

23    made during liability having to do with Russia and the

24    2015 -- and Android 2017.

25            I can tell you those were privileged problems that

1   we've already dealt with.  So that privilege area, we know

2   that's a real issue.

3         I can't imagine that there's a lot of new material

4   about those old decisions.  And I don't know quite how I

5   factor out and just comb out everything that's been marked

6   as privileged if we have to go back and start doing new

7   searches.  It is going to be im- -- it is going to bog us

8   down to no end to unwind all of that for the exact

9   hypotheticals that you've outlined.

10        They've got whatever they need having to do --

11  and, by the way, we've produced data.  So, for example, the

12  choice screen, you will recall from trial, there were

13  analyses done of choice screens.

14        THE COURT:  Right.

15        MR. SCHMIDTLEIN:  To the extent there's new data

16  reflective of how those remedies are applying in choice

17  screen things, we've agreed to produce that.

18        THE COURT:  So, actually, I am curious.

19        I mean, one of the -- what counsel just said is

20  that they are interested in, at least what I heard her to

21  say, is that they're interested in what Google believes to

22  be the effectiveness of the remedies that have been imposed

23  elsewhere.

24        That is different than Google's prospective views

25  on remedies others are contemplating, right?

1          If Google has certain views about how certain

2     remedies are impacting its business, then that seems to be

3     one category; on the other hand, Google's efforts to

4     influence the shape of legislation, that's a different

5     category.

6          The former seems to me to be somewhat more

7     relevant to what we're going to have to do in this next

8     phase, or what I'll be asked to do in the next phase than

9     the latter.

10          And I agree with you that this document request is

11     not limited to those types of materials.  But I do wonder

12     whether it's possible to -- whether you think they would be

13     entitled to obtain that, and, frankly, what that would even

14     look like.

15          I mean, it's one thing, I get it, if you're coming

16     up on a trial and we're talking about a choice screen, well,

17     you can go out and ask somebody for some data or collect

18     data for a choice screen.  But it's not clear to me that

19     Google, as a matter of standard business practice, or as a

20     matter of course, would have the type of analyses that the

21     plaintiffs are looking for about the consequences of

22     remedies.

23          MR. SCHMIDTLEIN:  I think that's right,

24     Your Honor.

25          I mean, the data and sort of the market sort of

1    behavior as a result of those, I mean, that is what it is.

2    They've got -- and I think they've asked for data

3    relating to Google search queries and things like that in

4    these places.  To the extent we've got it, we're producing

5    that information.

6    But -- and I believe that that type of request you

7    were just asking about, about effectiveness, to the extent

8    that there were such documents, particularly with respect to

9    2015 Russian FAS and 2017 Android, those would have been

10    already swept up and produced in the liability phase.  They

11    went very, very broad asking for things relating to those

12    proceedings previously, and we searched for and we

13    negotiated custodians and everything else.

14    I don't, sitting here right now -- I mean,

15    us going and looking for whether somebody in 2023 said

16    something about the effectiveness of a 2015 choice screen in

17    Russia, that seems like the proverbial needle in a haystack.

18    And you are right that the people who were

19    involved in a lot of that are a completely different set of

20    lawyers and custodians and regulatory people in other parts

21    of the world.

22    To the extent that those things rose up to higher

23    level Android executives, and sometimes they would in terms

24    of sort of the end result, those Android executives were

25    search custodians and we would have looked for and produced

1    that already.

2              But I don't think we need to go back and try to

3    comb through all of that.

4              THE COURT:  Right.

5              And I'm not suggesting you -- I don't hear them

6    suggesting that they want you to do that, and I'm saying

7    that you don't need to do that.

8              So I guess, unless there's further discussion to

9    be had on this, I mean, I think my bottom line is this, that

10   as is currently framed, the request is far too broad.

11   If there are ways to narrow it along the lines that we've

12   discussed that don't create the burdens that we've talked

13   about, then, by all means, I'd encourage you all to have

14   those discussions.  And so I think I'll just leave it at

15   that at this point, okay?

16             All right.  Is there anything else?

17             I think that covers the various disputes.

18   Is there anything else we need to discuss?

19             MR. DAHLQUIST:  Nothing else on behalf of the

20   United States, Your Honor.  And thank you for the time and

21   guidance.

22             MR. CAVANAUGH:  Nothing for us, Your Honor.

23             THE COURT:  Mr. Cavanaugh.

24             Mr. Schmidtlein.

25             MR. SCHMIDTLEIN:  Nothing for us.

1          THE COURT:  So I think our next date is --

2          MR. DAHLQUIST:  We have 11-25, November 25, we're

3    back in front of you.

4          THE COURT:  Okay.

5          All right.  So, again, if issues come up before

6    then, you know how to reach me.

7          And then we will presumptively proceed by Zoom for

8    the next hearing and the remainder.

9          And the reason I say that is because, if I get a

10   Joint Status Report that says, no disputes to resolve, then

11   there's no reason to bring everybody in here; but because

12   this one did have a number of disputes, I thought it was

13   better to bring everybody in.  So we'll let you know in

14   advance whether we'd like to switch it over.

15         So if you all would -- we presumptively do it by

16   Zoom; but if you would be kind enough to keep your calendars

17   open for a possible in-person hearing on those days,

18   that would be helpful to me.

19         MR. DAHLQUIST:  The longer the Status Report,

20   the more likely we are to see you in person.

21         THE COURT:  Look, one way to eliminate that is the

22   number of signatories, because every time I open it up, it's

23   35 pages long.

24         But in any event.

25         MR. DAHLQUIST:  We appreciate that.

1          THE COURT:  I learned that trick a long time ago.

2    Thank you, all, very much.

3          COURTROOM DEPUTY:  All rise.  This Court is now

4    adjourned.

5          (Proceedings concluded at 11:57 a.m.)

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__October 24, 2024_____     _____

                   William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [3]** 4/2 4/6 47/3
**MR. CAVANAUGH: [2]** 5/17 45/22
**MR. DAHLQUIST: [24]** 5/4 7/6 8/4 11/8 13/1 16/15 16/20 17/3 17/6 17/12 18/23 19/13 21/2 24/11 24/15 25/5 25/11 25/14 25/17 25/21 45/19 46/2 46/19 46/25
**MR. SCHMIDTLEIN: [31]** 5/24 6/8 6/16 6/24 10/24 11/2 11/7 11/14 12/10 12/13 15/11 15/18 15/22 16/7 17/22 18/5 18/14 18/17 21/13 23/21 24/1 24/4 26/17 26/22 27/5 32/4 40/22 41/10 42/15 43/23 45/25
**MS. ONYEMU: [9]** 28/17 29/24 31/10 32/11 33/18 33/24 36/13 36/22 39/24
**THE COURT: [66]**

**0**

**0302 [1]** 2/10

**1**

**100 [1]** 23/24
**10036-6710 [1]** 3/5
**1047 [1]** 24/16
**11-25 [1]** 46/2
**1133 [1]** 3/4
**11:00 [1]** 1/6
**11:57 [1]** 47/5
**12th [1]** 3/8
**15 [3]** 24/17 24/18 25/19
**15 custodians [1]** 25/20

**2**

**20 [1]** 23/19
**20-3010 [2]** 1/4 4/7
**20001 [1]** 3/13
**20005 [1]** 3/8
**2002 [2]** 30/17 33/23
**2003 [2]** 30/17 30/19
**2014 [2]** 34/11 34/15
**2015 [4]** 34/14 41/24 44/9 44/16
**2017 [3]** 38/20 41/24 44/9
**202 [5]** 2/5 2/10 2/15 3/9 3/14
**2022 [4]** 24/15 33/17 39/9 40/23
**2023 [3]** 27/12 33/17 44/15
**2024 [2]** 1/5 48/7
**20530 [2]** 2/9 2/14
**209 [1]** 2/4
**20th [2]** 5/9 5/14

**2200 [1]** 3/4
**24 [5]** 1/5 8/19 13/13 19/15 48/7
**25 [5]** 13/13 20/2 23/4 46/2 46/2
**26 [1]** 26/3
**27 [2]** 26/3 30/12
**2793 [1]** 3/5

**3**

**30 [3]** 6/24 7/11 7/14
**30-plus [1]** 23/19
**3010 [2]** 1/4 4/7
**307-0302 [1]** 2/10
**307-6158 [1]** 2/15
**3249 [1]** 3/14
**333 [1]** 3/13
**335-2793 [1]** 3/5
**35 [1]** 46/23
**354-3249 [1]** 3/14

**4**

**434-5000 [1]** 3/9
**450 [2]** 2/8 2/13

**5**

**5000 [1]** 3/9
**5th [5]** 28/3 28/15 30/17 30/19 31/16

**6**

**600 [1]** 2/4
**60604 [1]** 2/5
**6158 [1]** 2/15
**6710 [1]** 3/5

**7**

**7100 [1]** 2/14
**725 [1]** 3/8

**8**

**805-8563 [1]** 2/5
**8563 [1]** 2/5
**8714 [1]** 2/9

**A**

**a.m [2]** 1/6 47/5
**able [6]** 10/14 26/10 32/19 37/3 38/12 39/19
**about [58]**
**above [1]** 48/4
**above-titled [1]** 48/4
**abroad [1]** 34/20
**absolutely [1]** 16/10
**access [11]** 13/8 14/10 15/1 15/7 15/12 16/1 17/14 17/19 18/10 19/17 20/21
**accommodation [1]** 12/15
**achievable [1]** 24/6
**achieving [1]** 22/25
**acknowledged [1]** 21/14
**across [1]** 23/25
**Act [2]** 40/23 40/25
**action [2]** 4/7 39/7
**acts [2]** 39/9 41/8

**actual [1]** 8/25
**actually [6]** 8/13 10/6 12/1 12/6 12/10 12/21 21/9 30/23 35/19 42/18
**Adam [2]** 2/12 4/10
**adam.severt [1]** 2/15
**additional [1]** 20/20
**address [5]** 9/5 11/19 30/17 31/6 32/21
**addressing [1]** 30/13
**adjourned [1]** 47/4
**adopt [1]** 41/20
**ads [1]** 8/25
**advance [1]** 46/14
**advice [1]** 28/13
**affect [1]** 17/11
**after [4]** 9/17 30/18 32/13 33/22
**again [15]** 7/18 8/12 12/16 16/16 17/20 20/11 26/13 27/1 27/17 28/18 30/7 37/14 39/14 40/10 46/5
**ago [4]** 26/22 28/22 28/22 47/1
**agree [9]** 7/6 10/19 14/5 14/15 15/16 24/25 29/21 29/25 43/10
**agreed [8]** 8/21 11/17 19/6 20/6 20/13 41/15 41/16 42/17
**agreement [5]** 18/22 21/1 21/8 26/19 32/5
**agreements [24]** 19/7 20/5 20/7 20/8 20/10 20/25 21/5 21/8 21/15 21/24 21/25 22/2 22/3 22/4 22/7 22/9 22/16 22/19 22/20 22/24 27/14 29/3 30/15 32/3
**ahead [1]** 7/4
**AI [22]** 8/18 8/24 11/21 13/8 13/8 13/22 14/3 14/5 14/8 14/8 15/20 15/25 16/2 16/18 16/24 18/1 19/17 19/25 20/3 20/10 20/20 21/15
**AI overviews [1]** 15/20
**aided [1]** 3/15
**aisle [1]** 31/18
**AL [1]** 1/3
**aligned [1]** 13/25 16/11
**all [50]**
**All right [1]** 23/23
**all-documents [1]** 21/3
**allowed [1]** 17/7
**almost [2]** 28/22 38/6
**along [1]** 45/11
**already [6]** 19/4 24/16 41/22 42/1 44/10 45/1
**also [7]** 8/24 9/3 23/25 32/11 34/22 36/18 37/4
**alternatives [1]** 30/14
**although [4]** 9/5 16/14 16/16 16/25
**always [1]** 6/5
**am [2]** 22/6 42/18
**amendments [1]** 27/23

**America [2]** 3/16 4/1
**Americas [1]** 3/4
**AMIT [1]** 1/9 4/3
**analyses [4]** 34/3 40/9 42/13 43/20
**analysis [1]** 36/10
**Android [5]** 38/20 41/24 44/9 44/23 44/24
**another [1]** 27/19 27/19 38/13
**answer [3]** 16/15 17/12 17/13
**answered [1]** 26/24
**anticipated [1]** 11/20
**anticipating [1]** 12/2
**any [18]** 6/22 12/21 14/3 16/2 21/15 22/7 22/8 22/9 22/9 26/11 27/14 27/23 27/23 36/5 36/23 37/13 37/21 46/24
**anything [7]** 4/25 5/22 14/16 22/5 32/8 45/16 45/18
**app [2]** 16/24 16/24
**apparent [1]** 39/3
**appearance [1]** 8/6
**APPEARANCES [2]** 1/11 2/16
**Apple [5]** 26/18 26/20 26/23 29/13 33/21
**applying [1]** 42/16
**appreciate [7]** 6/11 8/5 13/3 13/5 13/10 25/21 46/25
**appreciation [1]** 35/11
**appropriate [2]** 12/22 28/12
**appropriately [1]** 12/20
**are [79]**
**Are you [1]** 17/19
**area [4]** 37/22 40/4 40/18 42/1
**areas [1]** 6/3
**aren't [3]** 10/3 31/19 35/22
**arguably [3]** 12/20 23/2 30/19
**arise [1]** 7/20
**arose [1]** 39/21
**around [4]** 24/5 28/10 30/24 31/1
**artificial [3]** 9/12 12/16 19/3 19/8 22/11
**artificial-intelligence [1]** 22/11
**as [44]** 4/10 4/10 5/8 5/9 6/6 6/10 6/20 7/14 8/11 9/1 9/7 10/12 13/8 14/3 14/6 16/10 17/19 17/20 17/20 18/2 18/7 18/7 19/17 19/19 19/22 19/22 19/25 20/20 21/13 22/1 25/1 27/12 29/9 31/13 32/24 35/23 37/6 38/13 41/2 42/6 43/19 43/19 44/1 45/10
**ask [6]** 6/12 8/15 17/18 28/14 41/12 43/17
**asked [3]** 34/15 43/8 44/2
**asking [7]** 6/5 19/11 26/25 27/12 35/7 44/7 44/11
**assess [1]** 37/13
**assessment [1]** 12/5
**assume [2]** 15/24 17/2
**ATR [1]** 2/12
**attempt [1]** 15/6
**Attorneys [1]** 39/18
**August [6]** 28/3 28/15 29/21 30/17 30/18 31/16
**August 5th [1]** 28/15
**authorities [1]** 41/17
**authorize [1]** 36/11
**Avenue [2]** 3/4 3/13
**avoid [1]** 24/8 29/22
**aware [6]** 18/5 20/9 22/1 22/8 24/21 24/23

**B**

**back [17]** 11/17 13/6 17/16 18/14 21/24 22/25 24/4 27/13 27/9 27/25 34/11 34/13 41/14 41/15 42/6 45/2 46/3
**background [1]** 21/23
**backstop [1]** 9/11
**baked [1]** 18/2 18/3
**balance [1]** 27/21
**balancing [2]** 40/3 40/17
**Barrett [1]** 3/12
**barriers [2]** 28/24 28/25
**basis [1]** 8/15
**battles [1]** 30/24
**be [59]**
**be sensitive [1]** 32/10
**bear [3]** 12/21 30/4 31/22
**became [1]** 22/1
**because [16]** 6/12 10/3 14/1 20/8 23/5 24/21 25/18 28/8 30/21 33/10 36/24 38/3 38/3 46/9 46/11 46/22
**becomes [1]** 38/5
**been [21]** 6/5 6/24 7/9 10/21 11/4 13/17 14/17 22/13 22/16 25/18 26/19 27/20 28/8 29/11 31/3 34/4 34/5 37/4 42/5 42/22 44/9
**before [10]** 19/4 24/5 5/1 5/23 8/6 13/2 28/14 31/3 36/11 46/5
**begun [1]** 5/25 6/15 6/19 28/4
**behalf [5]** 4/9 4/11 4/13 5/5 45/19
**behavior [1]** 44/1

**B**

being [4]  6/9 12/5 13/2 20/1
believe [6]  19/12 27/17 29/18 37/16 38/10 44/6
believes [1]  42/21
BELKNAP [1]  3/3
benefit [2]  36/10 36/25
best [1]  7/3
bet [1]  30/18
better [5]  6/4 11/1 16/17 38/18 46/13
between [5]  10/14 10/20 22/25 30/16 35/3
beyond [2]  22/5 34/15
bifurcated [1]  40/11
bins [1]  9/16
blanket [1]  26/15
blow [1]  23/3
blown [1]  24/9
board [1]  12/8
bodies [1]  41/12
bog [2]  24/10 42/7
books [1]  41/1
both [3]  7/7 11/8 31/17
bottom [1]  45/9
boundary [2]  13/9 18/15
breadth [1]  6/4
brief [1]  36/13
briefs [1]  37/8
bright [1]  12/11
bring [3]  28/23 46/11 46/13
broad [8]  13/11 14/7 21/23 33/5 35/24 41/4 44/11 45/10
broader [3]  20/23 20/25 21/2
brought [1]  34/5
browser [2]  16/2 16/4
bunch [1]  27/2
burden [5]  24/3 26/1 27/3 38/9 39/20
burdens [1]  45/12
burdensome [2]  32/2 35/25
business [2]  43/2 43/19

**C**

cake [1]  14/1
calendar [1]  8/2
calendars [1]  46/16
called [2]  15/19 17/7
calling [1]  4/6
can [26]  6/12 8/1 8/13 13/6 14/14 14/22 17/10 18/15 19/10 21/9 22/3 24/4 25/7 26/13 29/8 29/25 32/14 32/19 32/20 36/7 37/13 37/22 40/6 40/18 41/25 43/17
can't [2]  28/24 42/3
capabilities [1]  14/5
careful [1]  22/6
carry [1]  10/11
case [2]  4/20 16/8

category [5]  17/2 43/3 43/5
cause [1]  33/5 38/15
Cavanaugh [4]  3/2 4/12 5/16 45/23
CEO [1]  13/21
certain [3]  8/21 43/1 43/1
certainly [18]  13/5 15/8 15/14 16/18 19/13 21/5 22/8 29/25 32/11 32/18 36/4 36/15 37/17 37/22 38/1 40/6 40/18 40/19
Certified [1]  3/11
certify [1]  48/2
cetera [4]  23/5 23/5 26/14 31/5
CH [1]  3/12
chair [1]  11/13
challenging [1]  37/25
chambers [1]  8/1
chance [1]  4/22
changed [1]  20/18
changes [1]  13/17
check [1]  4/19
chemistry [1]  14/24
Chicago [1]  2/5
choice [6]  42/12 42/13 42/16 43/16 43/18 44/16
Chrome [8]  16/2 16/2 16/14 16/19 17/13 17/21 18/2 20/4
circumstance [1]  31/2
circumvent [2]  28/25 38/12
citation [1]  37/7
CIV [1]  2/8
Civil [1]  4/7
claims [1]  30/20
clear [10]  6/5 9/5 10/9 15/9 15/10 33/23 34/10 38/21 39/7 43/18
clearly [1]  24/20
close [1]  13/18
collect [1]  43/17
Colorado [1]  3/2
COLUMBIA [1]  1/1
comb [2]  42/5 45/3
come [3]  9/15 10/25 46/5
coming [2]  4/15 43/15
communicate [1]  7/18
communications [7]  30/4 31/5 31/21 31/24 32/2 32/22 35/17
community [1]  23/15
companies [4]  27/9 41/6 41/7 41/13
comparison [1]  36/2
competition [2]  19/21 40/24
competitive [1]  10/7
competitors [1]  26/5
completely [1]  44/19
complicated [2]  37/1 38/1
comply [1]  20/14

comprehensive [1] 29/17
compressed [3]  23/5 40/3 40/12
compromise [1]  12/18
computer [1]  3/15
computer-aided [1] 3/15
conceding [1]  12/21
concern [10]  9/10 9/24 9/25 10/8 10/16 12/4 20/21 37/23 39/5 40/16
concerning [2]  8/17 19/2
concerns [6]  8/17 9/8 31/8 32/1 32/19 33/4
concluded [1]  47/5
conditions [2]  34/23 34/24
conduct [1]  37/2
confer [2]  14/13 40/6
conference [1]  1/9 8/1
conferences [2]  7/22 8/5
confirm [1]  18/14
conjunction [1]  5/19
CONNOLLY [1]  3/7
consequences [1]  43/21
consider [1]  32/12
consideration [1]  39/4
considered [1]  38/25
Constitution [1]  3/13
Consumers [1]  40/25
contact [1]  8/1
contacts [1]  27/23
contemplating [6]  29/11 29/12 36/8 37/14 38/4 42/25
contents [1]  22/19
context [2]  19/19 35/10
continue [5]  5/19 6/19 14/12 25/15 25/22
continued [2]  3/1 5/11
contracts [5]  27/10 27/10 27/20 28/5 28/11
conversation [2]  17/4 17/10
conversations [5]  18/22 20/9 21/6 28/9 31/19
corpus [1]  20/2
correct [4]  19/21 24/1 40/22 48/3
cost [1]  36/10
cost-benefit [1]  36/10
could [12]  10/12 11/8 13/10 18/6 24/2 24/8 27/9 32/12 34/21 35/2 36/9 41/7
counsel [4]  7/19 8/15 30/1 42/19
couple [2]  26/12 35/3
course [5]  10/7 25/2 25/3 26/17 43/20
COURT [9]  1/1 3/10 3/12 4/2 19/20 29/20 32/15 37/8 47/3

covered [1]  41/7
covers [1]  45/17
craft [1]  28/23
crafting [1]  32/9
create [3]  24/3 34/21 45/12
critical [1]  29/9
cross [1]  36/2
cross-market [1]  36/2
CRR [2]  48/2 48/8
crystal [1]  6/5
crystallize [2]  8/6 13/3
curious [1]  42/18
current [1]  27/11
currently [3]  11/22 29/7 45/10
custodial [1]  21/22
custodian [1]  23/8
custodians [17]  23/4 23/15 23/19 24/17 24/18 25/19 25/20 26/14 27/25 28/10 30/9 33/9 34/17 34/20 44/13 44/20 44/25
cut [1]  20/23
cut-off [1]  29/22
cutoffs [1]  28/2
CV [1]  1/4

**D**

D.C [5]  1/5 2/9 2/14 3/8 3/13
Dahlquist [11]  2/2 4/10 5/3 5/5 12/25 15/13 16/13 19/10 21/14 24/7 28/16
damning [1]  33/15
data [6]  42/11 42/15 43/17 43/18 43/25 44/2
date [9]  29/22 29/25 30/1 32/13 32/16 32/17 32/20 46/1 48/7
dated [1]  11/18
dates [1]  33/9
David [3]  2/2 4/10 5/5
David Dahlquist [1]  4/10
david.dahlquist [1]  2/6
days [2]  7/3 46/17
de [1]  35/19
de minimis [1]  35/19
dealt [1]  42/1
decade [1]  34/12
decision [3]  31/7 37/9 38/21
decisions [3]  36/18 38/7 42/4
deep [1]  13/22
default [1]  30/15
Defendant [3]  1/7 3/7 4/13
defendants [1]  7/15
define [2]  10/10 14/3
definition [3]  9/4 13/13 14/6 14/14
degree [1]  19/5
DEPARTMENT [3]  2/3

depending [1]  15/19
deposition [1]  6/22
depositions [1]  17/1
development [13]  9/11 10/21 11/23 11/25 12/6 12/11 12/17 13/17 14/15 14/17 16/3 19/16 46/12
did [3]  23/18 33/21 46/12
didn't [4]  4/16 30/23 31/3 41/21
different [10]  10/15 11/9 14/12 15/5 23/25 32/12 36/9 42/24 43/4 44/19
difficulty [1]  32/8
digital [5]  37/2 39/9 40/23 40/24 41/4
digits [1]  23/22
directed [2]  41/4 41/5
directly [3]  30/4 31/22 41/12
disadvantage [1]  31/20
disagreement [1]  17/15
disclose [1]  19/6
discovery [17]  4/23 5/1 5/18 5/18 5/23 6/6 6/14 8/10 12/22 13/7 13/18 18/22 24/9 25/12 36/4 36/11 36/19
discuss [6]  5/1 5/22 24/19 29/25 30/19 45/18
discussed [4]  19/4 22/23 38/24 45/12
discussing [2]  30/13 35/3
discussion [4]  11/4 25/15 35/6 45/8
discussions [4]  21/23 22/18 25/22 45/14
dispute [5]  6/3 7/24 8/15 8/15 32/4
disputes [13]  4/22 4/23 5/2 5/23 6/10 7/20 8/7 35/23 38/16 38/17 45/17 46/10 46/12
distinguish [1]  10/14
distinguishing [1]  10/20
distributed [2]  20/1 22/14
distribution [8]  19/3 20/7 20/16 20/17 20/19 21/15 21/19 30/15
DISTRICT [3]  1/1 1/1 1/10
Division [2]  2/3 2/13
DMA [1]  37/20
do [44]  4/24 5/9 5/19 5/22 7/13 7/20 8/14 9/25 15/4 16/13 16/17 16/19 16/25 20/24 21/22 21/22 21/22 22/23 24/7 27/6 27/19 27/25

**D**

do... **[22]** 28/5 29/1 31/8 32/25 33/3 37/15 38/3 38/10 38/14 38/19 39/15 39/15 40/5 40/17 41/23 42/10 43/7 43/8 43/11 45/6 45/7 46/15
**do you [2]** 24/7 39/15
**do you have [1]** 15/4
**document [3]** 14/21 40/13 43/10
**documents [26]** 5/25 6/8 6/9 7/8 7/10 8/17 11/21 21/3 23/11 25/3 26/11 27/2 27/13 29/15 30/13 30/16 30/18 31/4 31/5 35/17 35/22 36/23 37/21 40/7 40/19 44/8
**does [4]** 10/3 15/1 29/6 29/10
**doesn't [6]** 14/25 23/9 24/3 25/19 31/25 40/14
**doing [4]** 9/1 11/13 22/21 42/6
**DOJ [4]** 2/2 2/8 2/12 4/9
**DOJ-ATR [1]** 2/12
**DOJ-CIV [1]** 2/8
**don't [27]** 9/19 13/16 13/16 16/25 17/16 18/10 22/4 22/5 23/3 24/24 25/13 25/24 27/16 27/21 29/12 29/24 35/11 35/18 36/4 39/10 40/13 42/4 44/14 45/2 45/5 45/7 45/12
**done [3]** 8/11 40/9 42/13
**down [5]** 24/10 28/13 28/23 39/20 42/8
**dozen [1]** 23/14
**drafted [1]** 9/9
**drafting [1]** 33/20
**draw [2]** 12/3 12/23
**drawing [1]** 12/7
**driven [1]** 30/17
**dump [1]** 40/13
**duplicate [1]** 30/25
**during [10]** 7/17 9/13 13/18 22/2 23/19 25/10 26/5 29/13 33/2 41/23

**E**

**E.U [1]** 37/9
**each [1]** 36/14
**early [1]** 9/21
**easier [1]** 31/25
**eat [1]** 14/1
**effect [2]** 8/8 41/1
**effective [6]** 28/23 29/17 37/6 37/6 37/10 38/11
**effectiveness [4]** 37/12 42/22 44/7 44/16
**efforts [2]** 27/6 43/3
**either [3]** 8/25 23/8 41/17
**elaborate [1]** 41/3

**eliminate [1]** 46/21
**else [5]** 27/11 44/13 45/16 45/18 45/19
**elsewhere [2]** 34/23 42/23
**email [9]** 2/6 2/10 2/15 3/6 3/9 33/12 33/14 35/3 35/5
**emphasize [1]** 33/3
**employees [4]** 9/14 9/21 35/3 35/7
**enactment [1]** 39/12
**encapsulated [1]** 13/14
**encompassed [1]** 15/8
**encourage [1]** 45/13
**encourages [1]** 37/9
**end [5]** 22/14 32/16 32/17 42/8 44/24
**enforcement [2]** 39/10 39/21
**enforcers [1]** 39/8
**engage [1]** 30/10
**engaged [1]** 6/2
**engagement [2]** 5/11 31/16
**engaging [1]** 7/2
**engine [1]** 14/4
**engineering [1]** 12/10
**engineers [1]** 9/14
**enormous [1]** 22/1
**enough [1]** 46/16
**ensure [1]** 10/1
**entirely [1]** 35/6
**entities [1]** 21/19
**entitled [2]** 22/18 43/13
**entrants [1]** 26/6
**entry [8]** 28/24 29/2 29/4 29/7 29/7 29/10 30/5 30/12
**eradicate [1]** 19/24
**essentially [1]** 26/4
**et [5]** 1/3 23/5 23/5 26/14 31/5
**et cetera [3]** 23/5 23/5 31/5
**Europe [1]** 41/2
**European [1]** 38/20
**evaluate [2]** 22/12 35/8
**even [5]** 13/18 33/1 35/20 40/25 43/13
**event [2]** 36/5 46/24
**ever [1]** 12/1
**every [1]** 46/22
**everybody [3]** 4/17 46/11 46/13
**everyone [1]** 4/5
**everything [6]** 21/25 27/10 28/1 41/16 42/5 44/13
**evils [1]** 19/24
**evolution [1]** 19/16
**exact [1]** 42/8
**exactly [1]** 15/12
**example [8]** 15/15 23/14 30/11 37/7 37/20 38/20 39/9 42/11

**executives [6]** 26/23 27/8 28/9 29/13 44/23 44/24
**exist [2]** 31/3 35/22
**existence [1]** 27/20
**existing [1]** 19/24
**exists [1]** 24/23
**expect [1]** 4/16
**expected [2]** 14/18 17/9
**expense [1]** 27/5
**experiments [1]** 10/2
**explore [1]** 40/18
**extent [10]** 21/14 22/13 29/15 29/18 30/6 37/15 42/15 44/4 44/7 44/22
**extraordinary [1]** 34/11

**F**

**face [4]** 35/5 36/1 38/21 39/3
**fact [3]** 33/14 36/25 40/4
**factor [1]** 42/5
**Fair [1]** 24/1
**fairly [1]** 23/5
**fall [2]** 27/12 38/16
**familiar [1]** 20/15
**far [5]** 19/6 23/20 35/18 38/18 45/10
**FAS [1]** 44/9
**feature [8]** 8/24 15/24 18/1 20/22
**feedback [2]** 40/2 41/12
**few [3]** 18/21 31/5 40/7
**Fifth [1]** 2/13
**figured [1]** 16/14
**filing [1]** 14/2
**final [5]** 5/9 20/25 21/4 21/8 21/8
**find [2]** 32/20 35/2
**finding [1]** 31/4
**fine [2]** 20/7 20/14
**first [10]** 4/19 4/19 7/12 8/17 11/10 11/12 19/14 24/12 24/25 29/6
**fish [1]** 27/13
**five [2]** 39/6 39/13
**flagged [1]** 4/22
**floated [1]** 9/17
**flowing [1]** 6/8
**focus [3]** 12/15 19/19 33/9
**focused [4]** 13/7 13/7 14/20 20/11
**folks [2]** 21/4 21/7 23/17
**follow [1]** 26/16
**follows [2]** 9/7 32/25
**foregoing [1]** 48/3
**foreign [1]** 39/6
**foreseeability [1]**

**foreseeable [2]** 10/10 10/13
**foresees [1]** 9/1
**formalize [1]** 8/7
**former [1]** 43/6
**forth [3]** 11/17 21/24 22/25
**forths [2]** 41/14 41/15
**forward [3]** 7/3 28/20 33/14
**forward-looking [2]** 28/20 33/14
**found [1]** 19/22
**frame [2]** 10/1 34/12
**framed [2]** 35/24 45/10
**frames [1]** 24/6
**framework [1]** 38/4
**frankly [3]** 34/22 34/22 43/13
**Friday [1]** 7/1
**front [1]** 46/3
**full [2]** 24/9 35/11
**full-blown [1]** 24/9
**further [5]** 11/4 44/22 36/11 40/18 45/8
**future [3]** 19/18 19/23 19/23

**G**

**gather [1]** 19/6
**gathered [1]** 6/9
**gathering [2]** 4/16 35/16
**gave [2]** 19/14 24/21
**Gemini [6]** 9/3 9/4 13/14 13/20 15/15 17/7
**general [3]** 22/10 32/24 39/18
**generate [2]** 23/10 23/11
**generated [1]** 35/16
**generative [11]** 8/24 13/8 14/8 15/25 16/2 18/1 19/17 19/25 20/3 20/20 21/15
**get [25]** 4/23 5/1 5/13 7/10 8/1 8/2 9/16 9/19 11/12 11/24 11/25 12/19 15/10 15/19 17/22 17/23 18/22 27/6 28/2 29/8 36/4 36/5 41/12 43/15 46/9
**gets [2]** 9/18 10/22
**getting [3]** 30/5 40/5 40/17
**give [4]** 19/10 20/6 24/24 30/19
**given [4]** 24/8 25/18 27/23 34/18
**Glad [1]** 8/9
**glean [1]** 37/3
**gleaned [1]** 38/12
**GMS [1]** 37/10
**go [16]** 4/22 14/23 18/14 20/22 21/21 24/4 24/22 27/13 27/19 27/24 28/13 30/24

**go-around [1]** 30/24
**going [32]** 4/19 7/2 7/13 9/22 10/6 11/12 17/22 17/23 19/18 21/21 23/4 24/9 25/4 27/24 28/6 28/13 31/8 32/9 33/5 34/20 35/10 35/14 35/15 35/22 35/24 36/1 37/25 41/21 42/7 42/7 43/7 44/15
**gone [4]** 6/23 17/9 28/1 30/8
**good [5]** 4/4 5/5 5/15 5/21 18/19
**Good Morning [1]** 5/5
**GOOGLE [52]**
**Google's [9]** 9/24 10/9 36/7 37/2 37/8 38/11 39/2 42/24 43/3
**got [12]** 6/10 7/1 18/17 21/20 22/3 22/12 22/24 27/16 32/5 42/10 44/2 44/4
**government [1]** 32/5
**grappling [1]** 37/1
**ground [1]** 36/20
**guardrails [1]** 24/5
**guess [10]** 17/15 19/16 19/19 22/15 25/1 26/9 27/18 28/1 32/24 45/8
**guessing [1]** 18/8
**guidance [6]** 6/11 14/13 17/17 18/18 19/14 45/21
**guiding [1]** 18/7

**H**

**had [14]** 4/21 8/16 20/11 20/16 23/21 23/22 25/10 26/22 27/8 27/11 28/4 35/6 41/22 45/9
**half [1]** 23/14
**half-dozen [1]** 23/14
**hand [1]** 43/3
**handful [1]** 6/10
**handle [1]** 30/8
**happen [1]** 36/11
**happy [8]** 7/15 14/12 14/23 17/3 25/15 25/22 30/9 32/11
**hard [1]** 32/7
**has [17]** 4/22 6/19 6/24 8/21 8/22 8/25 19/6 19/7 20/6 20/10 22/7 24/16 25/23 29/11 33/13 37/5 43/1
**hasn't [1]** 6/5 6/13 40/25
**have [80]**
**Have you [1]** 6/15
**haven't [3]** 7/12 10/25 21/7
**having [6]** 21/6 28/5 31/21 35/20 41/23 42/10
**haystack [1]** 33/11

**H**

haystack... [1] 44/14
he [1] 28/21
heads [1] 40/6
hear [5] 11/10 20/24 37/18 40/15 45/5
heard [8] 7/12 9/13 15/15 21/17 22/22 28/21 29/13 42/20
hearing [2] 46/8 46/17
helm [1] 35/13
helpful [7] 13/24 17/17 19/15 20/7 32/15 36/9 46/18
helps [1] 13/3
her [1] 42/20
here [23] 4/18 13/7 17/16 17/23 17/25 18/8 18/15 19/19 22/22 23/6 24/6 25/2 28/2 28/10 31/14 35/18 36/10 37/14 37/19 38/23 41/13 44/14 46/11
here's [1] 10/8
Hi [1] 28/17
hide [1] 27/2
high [1] 37/11
higher [1] 44/22
highly [5] 28/5 28/6 29/19 37/21 38/10
him [1] 11/13
himself [1] 13/21
historically [1] 20/17
hole [1] 38/16
Honor [34] 4/6 5/4 5/7 5/17 5/24 6/16 7/6 8/4 8/6 10/24 11/2 11/14 13/1 17/16 17/24 18/23 19/13 19/22 20/15 21/13 21/17 22/1 23/22 24/11 26/17 28/17 31/11 33/25 36/13 39/25 40/22 43/24 45/20 45/22
Honor's [2] 13/12 14/13
HONORABLE [2] 1/9 4/3
hope [2] 7/13 18/23
hopefully [2] 25/25 32/19
how [32] 4/19 8/13 9/25 10/9 10/10 12/3 15/19 16/3 16/25 19/18 20/3 20/18 22/18 22/24 24/8 25/6 31/8 33/7 35/11 36/3 36/4 37/5 37/13 38/22 39/15 39/15 39/16 40/2 42/4 42/16 43/1 46/6
How generative [1] 20/3
hypothetically [1] 35/2
hypotheticals [1] 42/9

**I**

I agree [2] 10/19 43/10
I am [2] 22/6 42/18

I believe [1] 44/6
I can [3] 25/7 36/7 41/25
I can't [1] 42/3
I didn't [1] 4/16
I do [1] 38/19
I don't [10] 17/16 22/4 29/24 35/18 36/4 39/9 42/4 44/14 45/2 45/5
I don't have [1] 35/11
I guess [8] 7/19 19/19 22/15 26/9 27/18 28/1 32/24 45/8
I have [8] 8/8 8/11 8/16 9/8 10/25 15/11 35/2 38/22
I haven't [1] 10/25
I hope [1] 18/23
I just [2] 36/9 39/4
I know [3] 34/13 38/1 40/7
I mean [21] 6/12 13/2 15/6 15/8 22/21 30/2 30/11 32/11 32/17 33/12 34/10 34/18 38/14 38/18 39/5 43/15 43/25 44/1 44/14 45/9
I say [2] 22/7 46/9
I think [60]
I thought [1] 46/12
I understand [2] 22/21 36/15
I want [3] 7/22 22/6 36/3
I will [3] 28/3 33/19 36/17
I would [6] 15/24 16/9 28/1 28/14 30/18 33/7
I'd [3] 13/25 24/25 45/13
I'll [8] 7/18 8/14 8/15 9/5 26/18 30/22 43/8 45/14
I'm [20] 10/22 12/20 15/12 16/1 16/5 16/25 17/22 17/23 17/23 18/5 18/8 22/8 23/7 26/15 27/2 30/11 36/3 36/11 45/5 45/6
I'm just [1] 30/11
I'm not [5] 12/20 15/12 18/5 22/8 45/5
I'm not sure [5] 10/22 16/1 16/5 26/15 36/3
I'm worried [1] 17/23
I've [4] 4/21 8/16
idea [3] 11/1 21/21 27/18
ideas [3] 9/15 9/16 10/3
identified [2] 6/13 39/6
identify [3] 11/21 32/2 39/19
identifying [1] 8/23
IL [1] 2/5
im [1] 42/7
imagine [1] 42/3

impact [6] 10/6 29/22 30/14 31/9 35/8
impacting [1] 43/2
impacts [1] 28/11
implicate [1] 8/19
important [7] 16/17 29/3 31/19 32/22 36/24 38/6 40/4
imposed [1] 42/22
including [2] 20/4 39/14
incorporated [3] 14/8 19/25 20/3
incredibly [1] 29/2 29/16
indicated [1] 37/10
influence [1] 43/4
information [11] 21/10 26/3 26/4 31/21 35/14 35/16 38/10 38/12 40/5 40/17 44/5
informative [1] 19/15
inquiries [2] 34/5 34/13
inside [1] 35/15
instances [1] 39/6
instructed [1] 10/18
integrated [2] 9/18 9/23
integrating [2] 13/22 13/22
integration [2] 8/18 19/8
intelligence [5] 9/12 12/16 19/3 19/8 22/11
intended [1] 33/24
intent [1] 33/23
interested [4] 14/25 16/22 42/20 42/21
internal [5] 21/23 22/18 32/8 34/3 37/21
internally [4] 29/11 29/12 37/12 38/25
involve [1] 34/19
involved [4] 14/4 23/15 28/6 44/19
involves [3] 9/11 14/4 30/6
is [157]
is there [2] 27/17 45/18
is very [1] 13/11
isn't [1] 27/1
isolated [1] 39/22
issue [18] 8/17 9/3 9/7 11/20 11/24 18/22 19/2 22/2 30/3 30/19 33/20 34/17 34/23 34/25 35/18 37/24 38/2 42/2
issued [2] 7/11 14/1
issues [14] 13/3 27/9 29/22 30/2 31/13 31/22 32/10 32/21 33/6 34/2 34/4 34/8 34/21 46/5
it [72]
it is [1] 41/11
it would be [1] 29/16
it's [42] 4/17 9/5 9/22 9/24 9/25 10/9 10/12

**J**

John [2] 3/7 4/14
John Schmidtlein [1] 4/14
joint [3] 4/21 33/22 46/10
Jr [1] 3/2
jschmidtlein [1] 3/9
JSR [1] 11/17
JUDGE [1] 1/10
judgment [1] 5/9
jurisdiction [1] 38/13
jurisdictions [5] 37/1 37/4 37/6 37/13 38/5
just [46] 4/24 7/1 8/1 8/12 10/17 10/21 12/7 14/1 14/12 14/21 17/18 18/21 19/14 20/12 20/24 21/1 22/23 23/11 23/20 24/15 25/9 25/13 25/18 26/1 26/14 26/18 28/21 30/11 32/25 33/19 33/19 33/20 33/23 34/22 35/24 36/9 36/13 36/22 37/3 38/5 39/4 40/16 42/5 42/19 44/7 45/14
JUSTICE [3] 2/3 6/25 39/17
justified [1] 27/21

**K**

keep [2] 7/23 46/16
key [2] 21/16 30/3
kind [4] 10/1 10/16 12/7 46/16
knock [1] 14/23
know [52]

**L**

landscape [3] 10/7 14/21 29/6
large [2] 4/16 39/18
LaSalle [1] 2/4
last [7] 7/1 26/12 27/13 30/22 30/24 34/2 37/24
later [1] 8/3
latter [1] 43/9
launch [6] 11/20 12/1 12/3 14/18 17/8 17/9
launched [3] 8/25 13/20 14/18

law [...] 40/25
lawyer [3] 28/6 35/7 35/13
lawyer-involved [1] 28/6
lawyers [2] 10/18 44/20
learned [1] 47/1
least [6] 11/16 12/20 12/22 22/18 41/6 42/20
leave [2] 26/1 45/14
leaving [1] 32/22
legal [2] 28/11 28/13
legislation [4] 36/18 40/23 41/5 43/4
legislative [3] 39/11 39/11 41/11
less [3] 18/21 26/22 33/16
let [5] 4/24 8/11 8/12 17/18 46/13
let's [8] 8/9 15/9 15/10 19/2 26/2 27/13 33/23 34/2
let's get [1] 15/10
level [2] 37/11 44/23
liability [14] 7/17 22/22 23/19 24/9 25/10 26/5 26/8 31/4 33/2 36/19 38/2 38/7 41/23 44/10
liability-like [1] 24/9
liability-phase [1] 22/22
lift [1] 22/1
light [1] 39/1
like [22] 4/20 4/25 8/5 11/10 14/13 17/1 18/20 21/22 24/9 24/19 27/15 27/24 28/11 29/7 30/25 37/15 39/11 40/7 40/8 43/14 44/3 44/17 46/14
likely [3] 34/20 46/20
limit [7] 8/23 23/8 23/9 23/16 27/2 28/14 37/15
limitation [6] 9/2 9/23 10/11 14/15 14/17 18/7
limited [9] 24/12 27/25 33/21 33/22 33/25 38/22 39/13 39/15 43/11
limiting [2] 20/24 33/8
limits [1] 26/14
line [5] 12/4 12/11 12/23 17/20 45/9
lines [1] 45/11
list [2] 14/23 20/14
listed [1] 40/8
live [1] 41/22
LLC [2] 1/6 4/8
LLP [2] 3/3 3/7
log [1] 30/7
long [4] 17/20 18/7 46/23 47/1
longer [1] 46/19
look [11] 9/7 25/2 25/25 26/7 29/7 34/7 37/15 38/18 40/13 43/14 46/21

**L**

**looked** [1] 44/25
**looking** [10] 10/4
28/20 30/11 33/11
33/14 36/20 38/15
40/12 43/21 44/15
**lot** [10] 11/25 13/17
15/15 22/22 28/7 28/7
28/8 29/7 42/3 44/19
**lots** [2] 23/25 35/17
**luxury** [1] 25/13

**M**

**made** [4] 11/4 37/4
38/7 41/23
**make** [11] 7/22 28/24
30/1 31/18 32/21 33/23
36/22 38/11 40/2 40/5
40/16
**makes** [4] 18/11 18/13
22/17 32/13
**making** [2] 29/16 30/3
**many** [5] 5/12 23/11
39/15 39/15 39/16
**marginal** [1] 27/17
27/18
**marginally** [1] 29/19
**mark** [1] 15/11
**marked** [1] 42/5
**market** [6] 5/12 34/23
34/24 36/2 36/9 43/25
**markets** [8] 26/6 34/20
37/2 37/3 39/9 40/23
40/24 41/5
**material** [2] 8/21 42/3
**materialize** [1] 21/9
**materialized** [1] 21/7
**materials** [2] 21/1
43/11
**matter** [6] 39/16 39/20
39/21 43/19 43/20 48/4
**matters** [1] 8/10
**mature** [2] 9/17 10/5
**may** [20] 7/14 11/2
11/3 11/8 11/17 11/18
12/1 14/17 15/18 16/24
30/16 30/17 33/14
33/15 33/22 34/14 35/5
36/1 36/13 39/1
**maybe** [7] 6/13 18/21
19/4 21/7 32/17 33/12
41/20
**me** [24] 4/24 7/22 8/11
8/12 9/5 10/3 10/9
17/18 19/10 22/17 23/2
23/20 24/2 31/25 33/12
34/10 38/21 39/3 39/7
39/19 43/6 43/18 46/6
46/18
**mean** [28] 6/12 13/2
15/6 15/8 16/2 22/21
24/20 25/2 25/19 30/2
30/11 31/23 32/11
32/17 33/12 34/10
34/11 34/18 38/14
38/18 39/5 39/17 42/19
43/15 43/25 44/1 44/14
45/9

**means** [2] 15/25 22/24
**meant** [1] 29/1
**measured** [1] 25/9
**mechanical** [1] 3/15
**meet** [1] 14/13
**MEHTA** [1] 1/9 4/3
**memos** [1] 35/17
**Merit** [1] 3/11
**Microsoft** [2] 14/2
19/20
**might** [7] 11/9 14/11
16/3 29/22 35/8 38/25
39/22
**millions** [2] 23/10
23/10
**mind** [2] 8/6 10/17
**minds** [2] 9/20 10/18
**minimis** [1] 35/19
**models** [2] 9/3 9/4
**moment** [2] 4/23 9/6
**Monday** [1] 14/2
**more** [20] 7/25 10/4
10/5 18/20 18/21 19/9
19/11 23/20 23/21 25/9
27/13 28/22 30/18
33/13 37/25 38/5 38/6
38/6 43/6 46/20
**morning** [4] 4/4 4/17
4/18 5/5
**mostly** [1] 7/8
**moving** [1] 7/23
**Mr** [1] 5/3
**Mr.** [20] 5/16 5/22
11/12 12/25 13/21
13/24 15/4 15/13 16/13
17/18 19/10 21/12
21/14 24/7 26/9 28/16
28/19 40/21 45/23
45/24
**Mr. Cavanaugh** [2]
5/16 45/23
**Mr. Dahlquist** [7]
12/25 15/13 16/13
19/10 21/14 24/7 28/16
**Mr. Pichai** [1] 13/21
**Mr. Schmidtlein** [8]
5/22 11/12 15/4 17/18
21/12 26/9 40/21 45/24
**Mr. Schmidtlein's** [2]
13/24 28/19
**much** [6] 30/12 30/23
36/3 36/5 38/5 47/2
**multiple** [1] 7/14
**my** [15] 8/12 9/7 9/10
9/24 10/8 10/16 10/19
17/23 22/15 30/21
30/25 31/7 32/24 33/3
45/9

**N**

**narrow** [6] 6/3 17/2
24/5 25/25 33/8 45/11
**narrowed** [2] 24/3 24/8
**narrowing** [1] 5/13
**nascent** [1] 10/2
**nature** [1] 34/19
**necessarily** [1] 29/25
**need** [19] 10/4 18/18

**needle** [2] 33/11 44/17
**needs** [2] 7/24 36/10
**negotiated** [1] 44/13
**negotiating** [1] 21/4
**negotiations** [3] 21/7
21/24 23/16
**new** [11] 3/5 13/4
26/11 26/19 27/14
27/23 29/15 36/23 42/3
42/6 42/15
**next** [6] 8/1 27/7 43/7
43/8 46/1 46/8
**nice** [2] 4/17 28/18
**no** [16] 1/4 5/7 5/24 7/9
7/20 9/11 9/22 9/23
18/13 25/2 26/19 32/4
39/25 42/8 46/10 46/11
**normal** [1] 6/6
**not** [62]
**note** [2] 33/19 36/17
**nothing** [5] 8/5 16/19
45/19 45/22 45/25
**notice** [1] 6/24
**noticed** [1] 15/18
**notices** [1] 6/23
**notion** [1] 17/25
**November** [4] 5/9 5/14
7/12 46/2
**now** [15] 4/2 4/3 4/6
21/21 27/12 30/16 31/2
31/15 31/16 31/20
33/10 33/14 33/15
44/14 47/3
**null** [1] 18/9
**number** [7] 6/17 26/14
33/9 34/8 39/18 46/12
46/22
**NW** [4] 2/8 2/13 3/8
3/13
**NY** [1] 3/5

**O**

**objected** [1] 8/22
**objecting** [1] 17/19
**objection** [2] 9/1 26/15
**obtain** [3] 14/6 28/12
43/13
**obviously** [8] 6/2 15/16
15/25 22/16 23/8 28/4
29/8 32/1
**occurred** [2] 13/18
41/13
**occurring** [1] 31/17
**October** [1] 1/5 48/7
**OEM** [1] 20/4
**off** [2] 14/23 29/22
**Official** [1] 3/12
**often** [1] 41/3
**oftentimes** [1] 41/3
**oh** [2] 27/1 27/12
**okay** [29] 5/15 5/21
6/21 7/5 7/16 8/9 11/6
11/11 12/12 12/24 15/3

**old** [1] 42/4
**once** [1] 31/15
**one** [17] 6/13 7/21 9/8
11/16 24/18 25/17
26/18 31/14 34/9 34/13
34/16 35/1 42/19 43/3
43/15 46/12 46/21
**ones** [1] 39/19
**only** [7] 14/18 15/11
16/9 17/7 17/8 17/20
24/17
**Onyema** [3] 2/7 4/10
28/17
**open** [4] 4/24 23/3
46/17 46/22
**order** [2] 5/13 24/16
**ordered** [1] 5/10
**other** [17] 6/9 11/18
16/10 20/8 22/8 22/9
27/6 34/4 34/5 34/19
36/25 37/12 38/5 38/24
39/5 43/3 44/20
**others** [3] 5/12 20/10
42/25
**ought** [3] 10/20 25/25
39/19
**our** [19] 4/18 5/9 5/11
5/18 13/23 14/16 14/20
19/19 20/9 24/23 27/22
28/5 28/9 28/9 36/24
40/6 41/18 41/18 46/1
**out** [19] 6/8 6/15 6/23
6/25 7/7 7/25 10/11
14/22 17/22 17/23 20/1
20/8 32/14 32/20 35/15
39/4 42/5 42/5 43/17
**outcome** [1] 25/1
**outlined** [1] 42/9
**output** [2] 35/25 35/25
**outright** [1] 24/21
**over** [4] 17/23 23/24
26/11 46/14
**overburdening** [1]
33/4
**overlap** [1] 39/1
**overlaps** [1] 33/1
**overlays** [1] 34/24
**overviews** [1] 15/20
**own** [1] 20/13

**P**

**package** [1] 13/15
37/15
**page** [1] 18/21
**pages** [2] 23/10 46/23
**painfully** [1] 22/1
**part** [8] 24/25 25/1 29/9
34/14 38/13 39/22 40/1
41/2
**participants** [1] 5/12
**particular** [2] 35/8
35/21

**particularly** [1] 44/8
**parties** [12] 4/25 5/12
6/15 6/18 6/20 7/19
11/16 19/7 20/9 29/8
31/17 32/3
**partners** [8] 20/15
20/16 20/17 20/19
21/16 22/8 22/9 22/25
**parts** [1] 44/20
**party** [6] 6/14 7/7 7/9
31/21 31/24
**passed** [1] 33/13
**past** [2] 8/12 31/16
**path** [1] 7/3
**PATTERSON** [1] 3/3
**pbwt.com** [1] 3/6
**people** [5] 4/16 28/9
35/15 44/18 44/20
**per** [1] 24/17
**perhaps** [6] 14/16
19/15 23/16 30/7 37/18
39/1
**period** [6] 23/6 23/13
33/13 36/16 37/19
40/19
**periodic** [1] 8/5
**person** [2] 46/17 46/20
**perspective** [2] 10/19
30/25
**pertain** [2] 18/9 18/10
**pertinent** [1] 38/22
**phase** [15] 4/20 7/18
22/22 23/19 25/10 26/5
26/8 27/7 33/1 33/2
33/10 36/19 43/8 43/8
44/10
**phones** [1] 20/1
**Pichai** [1] 13/21
**pieces** [2] 36/17 41/5
**place** [2] 38/8 39/20
**places** [1] 44/4
**Plaintiff** [3] 3/2 4/9
4/11
**plaintiffs** [12] 1/4 2/2
6/2 6/17 7/11 9/2 9/4
12/19 19/9 22/17 33/7
43/21
**plan** [1] 10/10
**planned** [1] 7/21
**plans** [2] 8/23 26/25
**Please** [1] 4/8
**plus** [2] 23/19 25/12
**point** [9] 17/14 17/19
18/10 19/17 27/22
28/19 28/22 33/16
45/15
**points** [9] 13/9 14/10
15/2 15/7 15/12 16/1
20/21 36/14 41/19
**popping** [1] 9/20
**position** [2] 23/11
27/22
**positions** [1] 41/18
**possible** [4] 35/4 35/6
43/12 46/17
**post** [4] 11/4 11/18
28/3 37/8
**post-dated** [1] 11/18

## P

post-trial [1] 37/8
potential [10] 10/6
19/17 25/7 26/5 28/10
29/7 29/10 30/20 36/8
38/23
potentially [3] 12/4
16/20 36/3
practice [1] 43/19
precisely [1] 19/11
preliminarily [1] 5/1
prepared [3] 11/20
15/5 36/11
present [4] 4/9 4/11
4/13 24/15
presently [1] 35/24
presiding [1] 4/3
presumptively [2] 46/7
46/15
pretty [1] 12/11
Prettyman [1] 3/12
prevent [2] 19/21
19/23
prevented [1] 11/13
previewed [1] 5/8
previously [1] 44/12
primarily [4] 8/20 8/23
9/10 23/8
principle [1] 18/8
privilege [18] 28/7
29/22 30/2 30/6 30/7
30/20 30/24 31/12 32/1
32/10 32/21 33/6 34/25
35/18 35/23 37/25 38/2
42/1
privileged [4] 35/5
38/16 41/25 42/6
probably [4] 10/4 32/2
33/20 35/9
probative [2] 29/16
37/21
problems [3] 28/7 33/5
41/25
proceed [2] 8/13 46/7
proceeding [2] 31/15
40/11
proceedings [6] 1/9
3/15 27/22 44/12 47/5
48/4
process [4] 5/13 6/6
10/2 38/13
processes [1] 41/2
produce [7] 8/21 15/6
30/13 41/15 41/16
41/21 42/17
produced [7] 3/15
21/17 22/16 27/15
42/11 44/10 44/25
producing [2] 5/25
44/4
product [9] 9/11 9/18
10/2 10/6 10/21 13/20
14/3 18/11 28/9
production [3] 8/19
8/22 31/9
products [11] 8/18
10/15 11/22 12/15
12/16 19/8 20/20 20/20

## Q

queries [1] 44/3
question [10] 11/19
12/2 13/12 15/11 16/9
17/12 17/13 25/6 26/9
38/1
questions [5] 26/24
26/25 28/12 36/2 37/2
quick [1] 13/6
quite [3] 31/5 35/19
42/4
quoted [1] 13/23

## R

rabbit [1] 38/16
raise [5] 7/22 32/1 32/1
35/23 36/2
raised [2] 8/10 9/4
raising [1] 33/6
rather [1] 8/3
re [1] 22/21
re-doing [1] 22/21
reach [1] 46/6
reached [1] 22/19
react [1] 8/15
reaction [2] 9/7 22/15
reads [1] 30/12
ready [1] 27/6
real [5] 30/21 31/8 35/1
36/10 42/2
really [13] 8/4 10/2
16/5 21/18 21/18 23/18
24/9 33/9 34/15 36/24
39/16 39/19 39/23
realm [1] 12/20
Realtime [1] 3/11
reason [5] 7/21 29/2
34/14 46/9 46/11
reasonable [3] 10/22
12/15 12/18
reasonably [7] 9/1
10/10 10/13 11/19 12/2
14/18 17/9
recall [1] 42/12

## 

recognize [1] 38/1
record [4] 4/7 27/11
27/16 48/3
recorded [1] 3/15
reduce [1] 26/1
reference [1] 14/24
referenced [1] 37/8
referred [1] 36/18
referring [1] 15/13
reflective [1] 42/16
refresh [4] 20/6 26/4
27/19 33/25
refusal [1] 24/22
refused [1] 24/21
regard [1] 30/10
Registered [1] 3/11
regulators [4] 34/6
35/13 41/11 41/17
regulatory [2] 39/7
44/20
rehash [1] 36/20
relate [2] 14/25 15/1
related [7] 12/16 14/24
18/1 18/8 20/11 28/7
37/9
relates [5] 13/8 13/13
14/9 17/13 20/21
relating [8] 11/22
17/20 19/7 21/15 22/10
34/19 44/3 44/11
relative [1] 26/11
relatively [1] 30/23
relevance [5] 22/10
25/8 27/17 27/18 34/23
relevancy [1] 38/17
relevant [17] 16/5
21/19 23/2 25/7 26/12
26/15 26/18 29/19
29/19 33/1 33/16 36/1
37/16 38/6 38/10 39/23
43/7
rem [1] 38/3
remainder [1] 46/8
remedies [24] 28/10
28/19 28/25 31/15 33/1
34/3 34/4 34/4 36/5
36/8 37/5 37/14 37/15
38/4 38/5 38/13 38/23
38/24 40/11 42/16
42/22 42/25 43/2 43/22
remedy [10] 12/21
19/21 28/23 29/17
29/20 35/4 35/8 37/9
38/11 39/2
remember [2] 9/13
26/18
Report [4] 5/8 33/22
46/10 46/19
Reporter [4] 3/10 3/11
3/11 3/12
request [23] 8/22
13/13 14/16 14/20 20/2
20/12 20/13 21/3 24/24
24/17 24/24 29/3 32/5
32/25 34/8 35/7 38/7
39/3 40/3 40/8 43/10
44/6 45/10

## 

received [6] 40/12
requested [1] 46/20
requests [11] 5/18 6/1
8/19 26/3 29/18 33/2
33/4 34/18 34/19 39/14
41/22
require [2] 7/14 23/4
required [1] 34/16
resisting [1] 19/12
resolve [1] 46/10
resolved [2] 7/25 8/2
respect [1] 44/8
respectfully [1] 28/14
respond [2] 16/13
28/19
responding [1] 35/12
response [5] 5/25
26/24 36/14
responsive [2] 24/23
39/22
responsiveness [1]
23/12
restore [1] 19/21
restricted [1] 24/16
restricting [1] 20/12
restriction [1] 17/9
restrictions [1] 17/6
restrictive [3] 14/16
14/19 17/8
result [2] 44/1 44/24
review [2] 23/12 30/7
reviewed [1] 6/10
reviewer [1] 10/17
reviewers [1] 10/18
reviewing [2] 6/25 7/2
RFP23 [2] 26/2 33/20
RFP25 [1] 19/4
right [34] 4/18 7/17 8/9
12/9 14/5 15/17 15/21
16/6 18/4 18/12 23/23
24/14 25/5 26/2 26/21
26/23 31/20 31/23 32/6
32/24 34/1 35/9 36/6
36/20 36/21 41/9 42/14
42/25 43/23 44/14
44/18 45/4 45/16 46/5
right now [1] 31/20
rise [3] 4/2 30/20 47/3
RMR [2] 48/2 48/8
road [1] 28/13
rose [1] 44/22
run [4] 14/14 29/22
35/20 41/10
run-up [1] 41/10
Russia [2] 41/23 44/17
Russian [1] 44/9

## S

said [7] 6/10 7/17
19/20 31/23 33/3 42/19
44/15
same [8] 10/8 13/15
14/6 14/11 18/21 23/3
36/20 40/23
say [9] 7/18 8/16 10/25
13/25 22/7 28/3 33/21
42/21 46/9
saying [4] 14/11 35/14
36/16 45/6

## 

says [1] 46/10
schedule [3] 7/10 40/4
40/12
Schmidtlein [10] 3/7
4/14 5/22 11/12 15/4
17/18 21/12 26/9 40/21
45/24
Schmidtlein's [2]
13/24 28/19
scope [10] 6/4 8/22 9/8
15/16 15/25 30/8 34/9
36/15 37/17 37/23
screen [2] 42/12 42/17
43/16 43/18 44/16
screens [1] 42/13
search [60]
searched [1] 44/12
searches [2] 27/25
42/7
searching [1] 24/17
seated [1] 4/4
second [4] 19/2 24/16
25/1 29/9
secret [1] 25/2
see [12] 4/17 4/25 17/7
19/25 22/3 22/5 24/4
25/7 27/21 28/18 36/7
46/20
seeds [1] 9/20
seeing [1] 36/23
seeking [5] 14/6 19/9
20/25 21/10 26/3
seeks [1] 8/23
seem [3] 10/3 35/5
36/1
seems [11] 8/19 23/2
23/20 24/2 31/25 33/12
39/11 39/18 43/2 43/6
44/17
sending [1] 6/15
sense [7] 18/11 18/13
19/10 22/17 30/1 32/13
38/14
sensitive [2] 31/12
32/10
sent [2] 6/24 7/7
separate [1] 20/13
serve [1] 6/19
served [5] 5/18 6/17
session [1] 4/3
set [7] 7/9 7/12 18/9
20/25 21/2 27/25 44/19
seven [1] 7/7
several [3] 4/22 27/14
36/17
Severt [2] 12/2 4/10
shape [1] 43/4
share [1] 8/12
shed [1] 39/1
short [1] 23/12
shortly [1] 9/16
should [5] 7/21 12/19
12/21 17/1 19/21
shouldn't [3] 26/10
26/10 32/7
show [2] 11/21 14/22
sides [2] 7/7 31/17
signatories [1] 46/22

**S**

similarly [1] 16/23
simply [3] 6/14 23/16
39/11
since [6] 13/18 13/21
14/2 22/14 31/6 33/13
single [1] 35/20
sitting [2] 17/25 44/14
six [1] 7/7
skis [1] 17/23
smartphones [4] 19/3
20/2 20/4 21/20
so [79]
so guidance [1] 17/17
So how [1] 20/18
so I think [7] 10/19
20/22 26/1 34/14 40/15
45/14 46/1
so it's [1] 4/17
so this question [1]
12/2
solution [1] 11/9
solve [1] 11/15
some [16] 10/20 11/4
14/12 19/5 20/10 22/18
23/9 24/5 26/13 28/2
33/14 39/1 39/21 41/20
41/20 43/17
somebody [3] 35/15
43/17 44/15
somehow [2] 18/2
18/10
something [16] 5/13
8/2 9/17 9/21 10/5 12/6
14/24 15/19 17/1 17/21
18/5 24/20 24/22 32/14
32/20 44/16
sometimes [4] 9/15
9/17 21/8 44/23
somewhat [1] 43/6
somewhere [1] 39/21
sooner [1] 8/2
sort [26] 6/22 7/2 8/14
9/20 9/25 10/17 15/6
15/22 15/25 16/7 18/20
21/25 26/14 26/19 30/8
31/17 32/20 33/13
37/19 38/16 39/14 40/3
40/12 43/25 43/25
44/24
sorts [1] 36/2
sought [1] 26/4
sounds [1] 18/20
South [1] 2/4
speak [2] 27/9 31/18
speaking [1] 30/23
specific [1] 33/21
specifically [1] 41/4
spoke [1] 28/21
St [1] 3/8
stage [2] 9/22 10/5
stand [1] 26/23
standard [1] 43/19
start [1] 42/6
started [1] 6/14
starting [1] 6/9
State [1] 3/2
stated [1] 13/21

**STATES [13]** 1/1 1/3
1/10 2/2 4/7 4/11 5/6
5/17 5/20 21/20 22/10
28/18 45/20
status [6] 1/9 5/8 8/5
33/22 46/10 46/19
stenography [1] 3/15
step [1] 13/6
still [3] 6/25 33/12
37/14
Street [3] 2/4 2/8 2/13
string [1] 10/13
studies [1] 40/9
stuff [1] 14/23
subject [32] 31/7 36/19
subjective [1] 12/5
subjects [1] 26/12
submissions [3] 11/5
37/3 37/20
submitted [2] 41/16
41/18
subpoena [1] 14/2
subpoenas [5] 6/15
6/17 6/20 6/22 7/8
substantial [1] 35/19
substantive [1] 30/3
such [5] 4/16 9/21 9/23
39/2 44/8
sufficient [3] 11/21
14/21 20/8
suggesting [2] 45/5
45/6
Suite [1] 2/4 2/9 2/14
3/4
sum [1] 32/25
summary [1] 15/23
summation [1] 15/22
suppose [2] 16/18
33/15
sure [23] 6/7 7/22
10/22 13/1 15/12 16/1
16/5 16/25 22/6 26/15
27/4 28/24 29/16 30/3
31/18 32/21 33/23 36/3
36/22 38/11 40/2 40/5
40/16
surprisingly [1] 9/15
surrounding [1] 21/25
swept [2] 10/3 44/10
switch [1] 46/14

**T**

table [1] 32/22
take [4] 13/6 21/9
26/18 40/2
talk [8] 7/15 8/9 8/13
17/1 25/24 26/2 30/8
34/2
talked [1] 45/12
talking [11] 10/22 15/9
16/7 24/6 24/18 27/20
31/6 31/16 34/12 37/9
43/16
technologies [1] 21/16
technology [5] 14/4
18/1 20/3 41/6 41/7
tell [3] 9/22 27/24

ten [1] 34/15
terms [22] 4/19 6/4
15/5 21/22 22/4 22/23
22/24 23/1 23/9 30/2
30/9 31/20 33/5 36/15
36/16 36/20 37/17
37/24 40/1 40/7 41/7
44/23
terribly [1] 39/23
text [1] 8/25
than [13] 8/3 10/4
16/17 21/1 23/21 25/10
26/22 28/22 33/16 38/6
38/18 42/24 43/8
thank [10] 4/15 4/21
5/4 8/4 8/7 13/1 18/23
33/25 45/20 47/2
thank you [9] 4/15
4/21 5/4 8/4 8/7 13/1
18/23 33/25 47/2
that [338]
that would [1] 46/18
that's [43] 6/14 7/13
9/21 10/4 12/18 13/4
13/7 13/9 14/5 14/6
14/20 15/16 15/24
15/25 16/9 16/21 17/1
17/7 17/8 17/13 17/15
18/15 20/2 20/7 20/7
20/11 20/14 21/9 21/18
21/25 27/22 28/1 34/16
35/9 35/20 37/21 39/3
39/10 40/25 42/2 42/5
43/4 43/23
their [10] 7/19 14/1
14/17 20/6 20/17 20/19
26/25 27/10 30/4 34/19
them [10] 7/2 23/12
25/4 25/8 27/15 27/23
39/7 41/20 41/20 45/5
themselves [1] 22/16
then [18] 7/10 8/9 8/13
8/15 10/17 11/18 19/2
23/16 26/2 34/25 35/23
37/24 39/1 43/2 45/13
46/6 46/7 46/10
theoretically [1] 41/6
there [61]
there's [27] 4/25 7/20
9/1 9/3 9/22 9/23 11/25
13/17 18/9 22/5 23/14
24/20 24/22 25/2 26/19
27/18 29/5 31/3 32/4
34/22 36/10 37/17 38/9
42/3 42/15 45/8 46/11
therefore [1] 10/14
these [33] 7/21 11/4
20/20 21/8 22/13 22/19
23/15 23/15 26/3 26/7
27/9 27/22 29/18 31/22
32/3 32/10 33/4 33/8
34/2 34/3 34/10 34/18
34/19 35/7 35/13 37/1
39/13 39/14 41/2 41/3
41/4 41/17 44/4
they [26] 9/17 11/25
13/25 14/3 14/24 16/1

22/12 24/21 24/24 25/7
31/6 37/10 41/19 41/20
41/21 41/22 42/10
42/20 43/12 44/10
44/23 45/6
they're [13] 6/4 9/17
13/22 20/22 21/4 24/20
24/22 25/4 26/15 27/1
27/12 37/6 42/21
they've [8] 20/16 21/20
22/3 22/12 24/21 42/10
44/2 44/2
thing [5] 6/13 10/16
14/11 39/5 43/15
things [21] 4/19 7/22
10/5 11/15 11/25 12/19
13/17 15/23 18/9 24/10
27/14 27/24 28/5 28/11
34/11 40/8 40/8 42/17
44/3 44/11 44/22
think [86]
thinking [6] 28/4 36/7
37/12 39/2 40/1 41/19
thinks [1] 26/10
third [15] 5/12 6/14
6/15 6/18 6/20 7/7 7/9
7/19 19/7 20/9 29/8
31/7 31/21 31/24 32/3
third parties [1] 5/12
third-party [5] 6/14 7/7
7/9 31/21 31/24
this [74]
those [40] 4/23 7/10
8/23 9/16 12/19 20/16
20/18 21/18 21/18
21/20 21/24 21/25 22/4
22/24 22/25 23/16
26/12 28/25 28/25 30/5
35/15 37/3 37/4 37/5
41/7 41/10 41/14 41/15
41/21 42/5 42/4 42/16
43/11 44/1 44/9 44/11
44/22 44/24 45/14
46/17
though [1] 33/1
thought [6] 10/1 10/2
15/8 24/8 37/10 46/12
thoughts [1] 8/12 30/4
40/21
three [1] 7/25
through [8] 4/22 14/23
17/2 25/24 30/8 40/2
40/13 45/3
throughout [1] 21/17
time [22] 10/8 23/23
23/6 23/13 24/6 25/13
28/2 29/13 31/1 33/21
33/22 33/25 34/11
36/16 37/19 38/8 40/13
40/19 41/20 45/20
46/22 47/1
timing [1] 33/5
titled [1] 48/4
today [3] 15/15 17/25
20/17
together [1] 40/6
tomorrow [2] 17/16

too [11] 14/1 14/15
14/17 14/18 17/8 30/22
31/1 32/7 35/24 35/25
45/10
tool [1] 14/3
topic [3] 30/17 30/22
36/12
topics [3] 23/25 31/6
31/7
tossed [1] 9/16
track [2] 5/9 39/20
transcript [3] 1/9 3/15
48/3
transcription [1] 3/15
trial [17] 9/13 13/19
13/21 20/15 21/17 22/2
22/3 22/14 22/23 28/21
29/14 32/16 32/17 36/5
37/8 42/12 43/16
trick [1] 47/1
triple [1] 23/22
true [2] 17/1 40/24
try [3] 8/2 28/23 45/2
trying [6] 6/3 6/3 9/19
27/1 27/2 27/6
turn [5] 5/23 19/2
26/10
two [8] 7/25 10/14
11/15 16/10 24/13
25/12 29/5 34/17
two years [1] 24/13
two-plus [1] 25/12
TYLER [1] 3/3
type [3] 11/20 43/20
44/6
types [6] 10/15 10/21
35/21 40/7 40/19 43/11

**U**

U.S [3] 19/20 34/23
39/2
ultimately [1] 10/17
unbundling [1] 37/9
uncommon [1] 35/10
underlying [1] 25/3
understand [13] 6/3
12/4 14/22 16/17 22/13
22/21 32/18 36/15
37/11 37/18 38/9 40/11
40/15
understandably [1]
28/8
understanding [4]
26/13 37/5 37/23 38/22
understood [5] 25/11
25/14 31/11 33/18
39/25
undoubtedly [2] 31/4
35/12
unique [1] 31/14
UNITED [11] 1/1 1/3
1/10 2/2 4/7 5/6 5/20
21/20 22/10 28/18
45/20
United States [7] 4/7
5/6 5/20 21/20 22/10
28/18 45/20

**U**

universe [1] 21/18
unless [1] 45/8
unlikely [1] 32/1
until [1] 7/21
unusual [1] 41/11
unwind [1] 42/8
up [12] 4/24 9/15 9/20
10/25 11/12 32/25
41/10 43/16 44/10
44/22 46/5 46/22
urge [1] 33/7
us [11] 6/5 20/6 24/21
27/12 27/24 33/13
38/15 42/7 44/15 45/22
45/25
us going [1] 44/15
usage [1] 30/14
usdoj.gov [3] 2/6 2/11
2/15
use [2] 15/19 25/19
used [2] 16/3 30/14
useful [1] 29/20

**V**

valid [1] 9/25
variety [2] 41/5 41/6
various [7] 8/18 20/4
26/6 28/4 41/17 41/19
45/17
Veronica [3] 2/7 4/10
28/17
veronica.n.onyema [1]
2/11
versus [1] 4/8
very [8] 5/15 5/21
13/11 31/6 35/1 44/11
44/11 47/2
very much [1] 47/2
view [3] 15/5 32/24
36/24
viewed [1] 37/5
views [4] 27/10 41/18
42/24 43/1
violations [3] 19/22
19/23 19/23
vs [1] 1/5

**W**

wait [1] 7/21
want [16] 5/22 7/22
16/13 17/16 22/6 23/3
24/24 31/18 33/3 36/3
36/22 37/11 39/16 40/5
40/16 45/6
wanting [1] 13/25
was [24] 11/12 14/20
14/21 15/8 16/14 22/25
23/25 26/4 29/12 30/24
31/21 33/17 33/20
33/22 35/6 35/7 35/12
35/13 35/13 37/7 37/10
38/2 38/7 46/12
Washington [5] 1/5 2/9
2/14 3/8 3/13
waste [1] 9/16
way [21] 9/8 9/22 10/1
10/20 12/22 13/22

23/21 23/21 23/21 24/3
30/7 30/24 32/9 35/24
35/25 42/11 46/21
ways [3] 25/25 37/18
45/11
wc.com [1] 3/9
we [131]
we believe [1] 29/18
We just [1] 25/13
we think [1] 17/8
we understand [1]
37/18
we will [1] 46/7
we'd [2] 24/19 46/14
we'll [6] 4/23 5/19 7/10
18/14 26/1 46/13
we're [53]
We're narrowing [1]
5/13
we've [22] 5/18 6/2
6/10 7/11 10/21 15/15
18/17 19/4 21/17 27/15
27/23 28/4 32/5 36/18
41/15 41/16 42/1 42/11
42/17 44/4 45/11 45/12
We've agreed [1]
41/16
WEBB [1] 3/3
week [1] 7/12
weeks [1] 7/25
welcomed [1] 30/25
well [20] 4/10 6/20
7/14 7/17 8/9 9/5 11/8
14/7 15/4 18/20 19/22
22/6 23/24 24/25 25/24
27/12 29/9 31/13 32/24
43/16
went [1] 44/11
were [22] 15/9 19/22
22/2 22/23 22/24 25/10
26/7 31/6 31/7 36/18
38/8 38/24 40/8 40/9
41/3 41/19 41/25 42/12
44/7 44/8 44/18 44/24
wfcavanaugh [1] 3/6
what [51]
what's [3] 7/3 14/21
14/22
whatever [1] 42/10
whatnot [1] 30/9
when [2] 35/12 38/7
where [7] 14/3 19/20
20/11 25/10 32/20
33/11 37/22
whether [11] 23/7
23/14 32/12 32/13 33/8
37/6 39/10 43/12 43/12
44/15 46/14
which [13] 4/21 6/5
8/24 10/9 15/22 20/13
20/14 21/8 22/13 24/18
30/12 31/3 33/20
whichever [1] 11/9
while [3] 10/19 36/1
36/7
who [10] 20/17 20/19
23/15 24/19 27/9 28/10

who've [1] 10/18
who, [1] 26/24
who, I think [1] 26/24
whole [1] 21/23
why [5] 14/20 25/24
26/9 34/10 36/7
will [15] 6/19 7/13 18/9
18/22 19/15 26/17
26/20 28/3 28/10 29/19
33/19 36/17 38/10
42/12 46/7
William [5] 3/2 3/10
4/12 48/2 48/8
William Cavanaugh [1]
4/12
WILLIAMS [1] 3/7
within [11] 12/20 13/10
13/14 13/16 13/23
13/23 14/8 15/16 15/25
19/25 24/23
without [1] 35/20
witness [1] 26/23
witnesses [1] 7/14
wonder [1] 43/11
wondering [1] 23/7
words [3] 10/12 14/12
38/24
work [5] 7/13 19/18
32/14 32/19 37/22
worked [1] 35/12
works [1] 16/4
world [4] 24/18 24/23
39/22 44/21
worried [1] 17/23
would [40] 4/25 6/11
10/11 12/3 12/14 15/24
16/9 17/1 18/1 22/9
22/17 28/1 28/14 29/16
29/21 29/24 30/1 30/4
30/18 30/19 30/25
31/22 32/14 32/20 33/7
35/16 36/5 37/13 37/15
37/21 38/15 43/12
43/13 43/20 44/9 44/23
44/25 46/15 46/16
46/18
wouldn't [1] 38/15
wrong [1] 18/6

**Y**

Yeah [3] 18/13 31/10
39/24
year [3] 26/22 28/22
28/22
years [7] 21/9 24/13
25/12 26/12 27/14
27/21 34/15
yes [7] 6/16 16/15
17/13 24/11 26/7 33/24
38/9
yesterday [1] 14/2
yet [5] 6/14 6/23 7/9
7/13 41/1
York [1] 3/5
you [132]
you know [29] 7/20
8/11 9/14 9/20 10/12

23/10 23/18 24/5 25/6
26/7 28/3 28/6 28/8
30/12 31/3 32/9 33/8
33/17 34/25 35/17
35/21 36/1 39/18 40/10
46/6 46/13
you'd [2] 10/14 11/9
You'll [1] 9/13
you're [9] 10/4 15/5
16/21 19/11 27/24 31/6
34/20 36/16 43/15
you've [3] 27/16 39/6
42/9
your [48] 4/6 4/21 5/4
5/7 5/17 5/24 6/16 6/16
7/6 8/4 8/6 10/24 11/2
11/14 11/19 11/24 13/1
13/12 14/13 17/13
17/16 17/24 18/23
19/13 19/22 20/15
21/13 21/17 22/1 23/22
24/11 24/16 26/17
28/17 31/11 32/18
33/21 33/25 36/13
36/14 39/4 39/25 40/2
40/22 43/24 45/20
45/22 46/16
Your Honor [33] 4/6
5/4 5/7 5/17 5/24 6/16
8/4 8/6 10/24 11/2
11/14 13/1 17/16 17/24
18/23 19/13 19/22
20/15 21/13 21/17 22/1
23/22 24/11 26/17
28/17 31/11 33/25
36/13 39/25 40/2
43/24 45/20 45/22
Your Honor's [2] 13/12
14/13

**Z**

Zaremba [3] 3/10 48/2
48/8
Zoom [2] 46/7 46/16