AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-03010-APM |
| Google LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 11/13/2024

/s/ Grant Fergusson
*Attorney's signature*

Grant Fergusson (D.C. Bar No. 90004882)
*Printed name and bar number*

U.S. Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 7720
Washington, DC 20530
*Address*

Grant.Fergusson@usdoj.gov
*E-mail address*

(202) 894-4236
*Telephone number*

(202) 616-8544
*FAX number*