# Exhibit A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>                        Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>                        Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>                        Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>                        Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

## PLAINTIFFS' INITIAL FACT WITNESS LIST

Pursuant to the Court's Order of September 18, 2024, ECF No. 1043, and the Court's Order of September 25, 2024, ECF No. 1047, Plaintiffs hereby provide their initial fact witness list. As provided by the latter Order, the list does not include any experts whom Plaintiffs may call.

| No. | Witness Name | Entity | Counsel Contact Information |
|---|---|---|---|
| 1. | Epstein, Adam | adMarketplace | Lauren Weinstein, MoloLamken LLP<br>lweinstein@mololamken.com<br>202-556-2018 |
| 2. | Osterloh, Rich | Google | Defense Counsel |
| 3. | Pichai, Sundar | Google | Defense Counsel |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

| No. | Witness Name | Entity | Counsel Contact Information |
|---|---|---|---|
| 4. | Provost, Brian | Yahoo | Caitlin Fitzpatrick, Latham & Watkins LLP<br><br>Caitlin.Fitzpatrick@lw.com<br><br>202-637-3358 |
| 5. | Reid, Elizabeth | Google | Defense Counsel |
| 6. | Stein, Mark | IAC | Brandon Kressin, Kressin Meador Powers LLC<br><br>brandon@kressinmeador.com<br><br>202-464-2905 |
| 7. | Tabriz, Parisa | Google | Defense Counsel |
| 8. | Vallez, Paul | Skai | Peter Guryan, Simpson Thacher & Bartlett LLP<br><br>Peter.guryan@stblaw.com<br><br>212-455-2750 |
| 9. | Weinberg, Gabriel | DuckDuckGo | Ron Wick, Cohen & Gresser LLP<br><br>rwick@cohengresser.com<br><br>202-851-2072 |
| 10. | An employee to be identified regarding Google Core | Google | Defense Counsel |
| 11. | An employee to be identified regarding Android | Google | Defense Counsel |
| 12. | An employee to be identified regarding Gemini | Google | Defense Counsel |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

| No. | Witness Name | Entity | Counsel Contact Information |
|---|---|---|---|
| 13. | An employee to be identified regarding Gemini Nano | Google | Defense Counsel |
| 14. | An employee to be identified regarding Google Search Text Ads | Google | Defense Counsel |
| 15. | An employee to be identified regarding Google search syndication agreements | Google | Defense Counsel |
| 16. | An employee to be identified regarding Search Access Points[1] and related distribution agreements | AT&T | Kristen Limarzi, Gibson, Dunn & Crutcher LLP<br><br>klimarzi@gibsondunn.com<br><br>202-887-3518 |
| 17. | An employee to be identified regarding Search Text Ads, advertiser transparency, and optimization | Booking | Sara Razi, Simpson Thacher & Bartlett LLP<br><br>Sara.razi@stblaw.com<br><br>202-636-5582 |
| 18. | An employee to be identified regarding generative AI's relationship with Search Access Points, distribution, barriers to entry and expansion, and data sharing | Meta | Kathryn Cahoy, Covington & Burling LLP<br><br>kcahoy@cov.com<br><br>650-632-4735 |
| 19. | An employee to be identified regarding Search Access Points, distribution, and barriers to entry and expansion | Microsoft | Jay Jurata, Dechert LLP<br><br>jay.jurata@dechert.com<br><br>202-261-3440 |

---

[1] Plaintiffs use this term as it is defined in their filed November 20, 2024, Proposed Final Judgment.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

| No. | Witness Name | Entity | Counsel Contact Information |
|---|---|---|---|
| 20. | An employee to be identified regarding data sharing | Microsoft | Jay Jurata, Dechert LLP<br>jay.jurata@dechert.com<br>202-261-3440 |
| 21. | An employee to be identified regarding generative AI's relationship with Search Access Points | Microsoft | Jay Jurata, Dechert LLP<br>jay.jurata@dechert.com<br>202-261-3440 |
| 22. | An employee to be identified regarding web crawling, publisher opt-outs, and generative AI | News Corp | John Thorne, Kellogg, Hansen, Todd, Figel & Frederick, PLLC<br>jthorne@kellogghansen.com<br>202-365-7992 |
| 23. | An employee to be identified regarding generative AI's relationship with Search Access Points, distribution, barriers to entry and expansion, and data sharing | OpenAI | Howard Shelanski, Davis Polk & Wardwell LLP<br>howard.shelanski@davispolk.com<br>202-962-7060 |
| 24. | An employee to be identified regarding generative AI's relationship with Search Access Points, distribution, barriers to entry and expansion, and data sharing | Perplexity | Amanda Reeves, Latham & Watkins LLP<br>amanda.reeves@lw.com<br>202-637-2183 |
| 25. | An employee to be identified regarding Search Access Points and related distribution agreements | Verizon | Judith Zahid, Zelle LLP<br>jzahid@zellelaw.com<br>415-633-1916 |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

  As discovery is ongoing in this matter, Plaintiffs will supplement the information above on January 6, 2025, to the extent any witness whose identity is to be determined is then available.

  To the extent any individual is or has been deposed in this matter, Plaintiffs reserve the right to designate and submit testimony from any individual, regardless of whether they have been listed on any witness list. *See* Order of September 25, 2024, ECF No. 1047, § V.B.

  In addition to witnesses on Plaintiffs' witness list, Plaintiffs reserve the right to call additional witnesses to establish the foundation for admissibility of any document listed on their exhibit list, if necessary. Plaintiffs further reserve the right to call in their case-in-chief or rebuttal case any witness identified on the witness list of another party in this action. *See* Amended Scheduling and Case Order, ECF No. 108-1, ¶ 8.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER