# EXHIBIT A

**Schnepper Junior, Lauren**

| | |
|---|---|
| **From:** | Schnepper Junior, Lauren |
| **Sent:** | Friday, November 22, 2024 6:33 PM |
| **To:** | Yeager, Christopher; Greenblum, Benjamin; Chapman, Julia; 'Davis, Allen'; Leary, Rachel |
| **Cc:** | McGowan, John; Boyden, Christie |
| **Subject:** | RE: United States, et al. v. Google LLC, No. 20-cv-3010 / State of Colorado, et al. v. Google LLC, No. 20-cv-3715 |

Chris,

We understand that you are refusing to clarify your specific concerns with our responses to RFPs 15-18 in writing. Despite your misrepresentations to the contrary, Microsoft has agreed to produce responsive documents for all of these Requests.

Best,
Lauren


**Lauren Schnepper Junior**
Associate

**Dechert LLP**
+1 202 261 3476
lauren.schnepperjunior@dechert.com
dechert.com


**From:** Yeager, Christopher <CYeager@wc.com>
**Sent:** Friday, November 22, 2024 5:42 PM
**To:** Schnepper Junior, Lauren <Lauren.SchnepperJunior@dechert.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Chapman, Julia <Julia.Chapman@dechert.com>; 'Davis, Allen' <allen.davis@orrick.com>; Leary, Rachel <Rachel.Leary@dechert.com>
**Cc:** McGowan, John <jmcgowan@wc.com>; Boyden, Christie <Christie.Boyden@dechert.com>
**Subject:** RE: United States, et al. v. Google LLC, No. 20-cv-3010 / State of Colorado, et al. v. Google LLC, No. 20-cv-3715

[EXTERNAL EMAIL]

Lauren:

Microsoft has interposed objections to Request Nos. 13–18.  Microsoft has not withdrawn its objections, nor has it subsequently agreed to produce the documents sought in those requests.  We are therefore seeking the Court's assistance to secure Microsoft's compliance with those requests.

Best,
Chris

Christopher Yeager
Associate | Williams & Connolly LLP
680 Maine Avenue, S.W., Washington, DC 20024

1

202-434-5621 | Cyeager@wc.com | www.wc.com

---

**From:** Schnepper Junior, Lauren <Lauren.SchnepperJunior@dechert.com>
**Sent:** Friday, November 22, 2024 5:09 PM
**To:** Yeager, Christopher <CYeager@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Chapman, Julia <Julia.Chapman@dechert.com>; 'Davis, Allen' <allen.davis@orrick.com>; Leary, Rachel <Rachel.Leary@dechert.com>
**Cc:** McGowan, John <jmcgowan@wc.com>; Boyden, Christie <Christie.Boyden@dechert.com>
**Subject:** RE: United States, et al. v. Google LLC, No. 20-cv-3010 / State of Colorado, et al. v. Google LLC, No. 20-cv-3715

Chris –

Your request was not ignored, we responded in detail in writing. As requested in our previous email: **Could you please identify for us in writing the open disputes with respect to Requests 15-18**?

Thank you,
Lauren

**Lauren Schnepper Junior**
Associate

**Dechert LLP**
+1 202 261 3476
lauren.schnepperjunior@dechert.com
dechert.com

---

**From:** Yeager, Christopher <CYeager@wc.com>
**Sent:** Friday, November 22, 2024 4:43 PM
**To:** Schnepper Junior, Lauren <Lauren.SchnepperJunior@dechert.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Chapman, Julia <Julia.Chapman@dechert.com>; 'Davis, Allen' <allen.davis@orrick.com>; Leary, Rachel <Rachel.Leary@dechert.com>
**Cc:** McGowan, John <jmcgowan@wc.com>; Boyden, Christie <Christie.Boyden@dechert.com>
**Subject:** RE: United States, et al. v. Google LLC, No. 20-cv-3010 / State of Colorado, et al. v. Google LLC, No. 20-cv-3715

[EXTERNAL EMAIL]

Lauren:

As I understand it, Microsoft's position is that it is standing on its objections to the Requests below. That's why we are moving on them. We did confer, and offered to confer again, which request was ignored. Against that backdrop, and in light of the companies' 90-minute conferral last week and the fact that we have not received any productions or commitments to produce what we view as certain clearly relevant categories of documents, we are at impasse.

The order requiring a discovery update today is ECF No. 1043, Section I.F. Based on your email below, it appears that Microsoft is now taking the position that that section does not apply to it. If that is Microsoft's position, we would have expected to hear that on last week's conferral when we raised the issue, or at least at some point before this afternoon. Regardless, we will proceed on the understanding that Microsoft is not submitting a statement for inclusion in tonight's filing.

Best,

Chris

Christopher Yeager
Associate | Williams & Connolly LLP
680 Maine Avenue, S.W., Washington, DC 20024
202-434-5621 | Cyeager@wc.com | www.wc.com

---

**From:** Schnepper Junior, Lauren <Lauren.SchnepperJunior@dechert.com>
**Sent:** Friday, November 22, 2024 4:20 PM
**To:** Yeager, Christopher <CYeager@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Chapman, Julia <Julia.Chapman@dechert.com>; 'Davis, Allen' <allen.davis@orrick.com>; Leary, Rachel <Rachel.Leary@dechert.com>
**Cc:** McGowan, John <jmcgowan@wc.com>; Boyden, Christie <Christie.Boyden@dechert.com>
**Subject:** RE: United States, et al. v. Google LLC, No. 20-cv-3010 / State of Colorado, et al. v. Google LLC, No. 20-cv-3715

Chris,

First, the tone of your e-mail is neither constructive nor appreciated. Microsoft has been working diligently and collaboratively to respond to Google's expansive subpoena, and has now agreed to produce documents and data in response to 37 of the 41 requests (plus subparts). With respect to Requests 15-18, we simply asked you to identify in writing the areas of dispute so that we can understand them; we do not understand your response on this point and respectfully reiterate our (reasonable) request: **Could you please identify for us the open disputes with respect to these Requests**?

Second, with respect to Request 15: Microsoft has agreed to construct a reasonable search for responsive documents consistent with what we set forth in Julia's letter subject to our objections (as stated multiple times in that letter). It should be clear to you that we are not withdrawing our objections.

Third, your accusations of delay are not well taken. Microsoft served detailed Responses and Objections within the 14 days provided for in its non-party subpoena, met and conferred for 90 minutes the following week, and provided substantive follow up correspondence nine days later.

Finally, you did not respond to our request that you direct us to where the Court requested third-parties include position statements for the JSL—if the Court has made such a request, please do so.

Thanks,
Lauren


**Lauren Schnepper Junior**
Associate

**Dechert LLP**
+1 202 261 3476
lauren.schnepperjunior@dechert.com
dechert.com

---

**From:** Yeager, Christopher <CYeager@wc.com>
**Sent:** Friday, November 22, 2024 3:38 PM
**To:** Schnepper Junior, Lauren <Lauren.SchnepperJunior@dechert.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Chapman, Julia <Julia.Chapman@dechert.com>; 'Davis, Allen' <allen.davis@orrick.com>; Leary, Rachel <Rachel.Leary@dechert.com>
**Cc:** McGowan, John <jmcgowan@wc.com>; Boyden, Christie <Christie.Boyden@dechert.com>
**Subject:** RE: United States, et al. v. Google LLC, No. 20-cv-3010 / State of Colorado, et al. v. Google LLC, No. 20-cv-3715

[EXTERNAL EMAIL]

Lauren:

Thank you. Despite your assertion that Microsoft does not understand what the dispute is at this stage with respect to the vast majority of these requests, Microsoft's letter confirms otherwise. For example, with respect to Request Nos. 16–17, your letter simultaneously reiterates Microsoft's refusal to provide content-licensing agreements for products other than Copilot while, at the same time, professing not to understand what issues are in dispute. We therefore see your request for a recapitulation of the parties' disputes in writing—after we conferred for an hour and a half last week, waited nine days to get a response, and offered to confer again yesterday but received no response—to be an exercise in delay, which would be concerning under any circumstances but is especially so given the Court's directives in this matter.

Lastly, we take your letter to withdraw Microsoft's objections to Request No. 15. Please let me know by 4:30 pm EST if we have misunderstood.

Thank you,
Chris

Christopher Yeager
Associate | Williams & Connolly LLP
680 Maine Avenue, S.W., Washington, DC 20024
202-434-5621 | Cyeager@wc.com | www.wc.com

**From:** Schnepper Junior, Lauren <Lauren.SchnepperJunior@dechert.com>
**Sent:** Friday, November 22, 2024 3:13 PM
**To:** Yeager, Christopher <CYeager@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Chapman, Julia <Julia.Chapman@dechert.com>; 'Davis, Allen' <allen.davis@orrick.com>; Leary, Rachel <Rachel.Leary@dechert.com>
**Cc:** McGowan, John <jmcgowan@wc.com>; Boyden, Christie <Christie.Boyden@dechert.com>
**Subject:** RE: United States, et al. v. Google LLC, No. 20-cv-3010 / State of Colorado, et al. v. Google LLC, No. 20-cv-3715

Chris:

Please see attached correspondence. As you can see, it is not clear to us what, precisely, the dispute is at this stage with respect to the vast majority of these requests.

Best,
Lauren


**Lauren Schnepper Junior**
Associate

**Dechert LLP**
+1 202 261 3476
lauren.schnepperjunior@dechert.com
dechert.com


**From:** Yeager, Christopher <CYeager@wc.com>
**Sent:** Friday, November 22, 2024 1:37 PM
**To:** Schnepper Junior, Lauren <Lauren.SchnepperJunior@dechert.com>; Greenblum, Benjamin <BGreenblum@wc.com>;

Chapman, Julia <Julia.Chapman@dechert.com>; 'Davis, Allen' <allen.davis@orrick.com>; Leary, Rachel <Rachel.Leary@dechert.com>
**Cc:** McGowan, John <jmcgowan@wc.com>; Boyden, Christie <Christie.Boyden@dechert.com>
**Subject:** RE: United States, et al. v. Google LLC, No. 20-cv-3010 / State of Colorado, et al. v. Google LLC, No. 20-cv-3715

[EXTERNAL EMAIL]

Lauren and Julia:

Having heard nothing, our best understanding is that Microsoft does not intend to participate in the briefing of these issues, and will not be exchanging position statements with us.  In that event, we will share a copy of our statement once filed.  If we have misunderstood Microsoft's position, we ask that you respond as soon as possible.  And if the intention is to wait and file something separately, please note our opposition to that approach.

Chris

Christopher Yeager
Associate | Williams & Connolly LLP
680 Maine Avenue, S.W., Washington, DC 20024
202-434-5621 | Cyeager@wc.com | www.wc.com

---

**From:** Yeager, Christopher
**Sent:** Thursday, November 21, 2024 8:34 PM
**To:** 'Schnepper Junior, Lauren' <Lauren.SchnepperJunior@dechert.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Chapman, Julia <Julia.Chapman@dechert.com>; 'Davis, Allen' <allen.davis@orrick.com>; Leary, Rachel <Rachel.Leary@dechert.com>
**Cc:** McGowan, John <jmcgowan@wc.com>; Boyden, Christie <Christie.Boyden@dechert.com>
**Subject:** RE: United States, et al. v. Google LLC, No. 20-cv-3010 / State of Colorado, et al. v. Google LLC, No. 20-cv-3715

Lauren and Julia:

We intend to seek relief from the Court tomorrow with respect to Request Nos. 13–18.  If you would like to include a statement with respect to those requests, we can include it in our JSR.  We would propose a mutual exchange of position statements tomorrow at 5:00 pm EST if suitable for you.

With respect to the balance of your letter, we will revert under separate cover, and we reserve all rights to raise further issues with the Court.

Best,
Chris

Christopher Yeager
Associate | Williams & Connolly LLP
680 Maine Avenue, S.W., Washington, DC 20024
202-434-5621 | Cyeager@wc.com | www.wc.com

---

**From:** Schnepper Junior, Lauren <Lauren.SchnepperJunior@dechert.com>
**Sent:** Thursday, November 21, 2024 7:08 PM
**To:** Yeager, Christopher <CYeager@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Chapman, Julia <Julia.Chapman@dechert.com>; 'Davis, Allen' <allen.davis@orrick.com>; Leary, Rachel <Rachel.Leary@dechert.com>

**Cc:** McGowan, John <jmcgowan@wc.com>; Boyden, Christie <Christie.Boyden@dechert.com>
**Subject:** RE: United States, et al. v. Google LLC, No. 20-cv-3010 / State of Colorado, et al. v. Google LLC, No. 20-cv-3715

Chris:

As discussed in my correspondence yesterday, I am attaching a letter representing Microsoft's positions on the Requests for Products discussed during our meet and confer last week.

Best,
Lauren


**Lauren Schnepper Junior**
Associate

**Dechert LLP**
+1 202 261 3476
lauren.schnepperjunior@dechert.com
dechert.com

---

**From:** Yeager, Christopher <CYeager@wc.com>
**Sent:** Thursday, November 21, 2024 7:01 PM
**To:** Greenblum, Benjamin <BGreenblum@wc.com>; Schnepper Junior, Lauren <Lauren.SchnepperJunior@dechert.com>; Chapman, Julia <Julia.Chapman@dechert.com>; 'Davis, Allen' <allen.davis@orrick.com>; Leary, Rachel <Rachel.Leary@dechert.com>
**Cc:** McGowan, John <jmcgowan@wc.com>; Boyden, Christie <Christie.Boyden@dechert.com>
**Subject:** RE: United States, et al. v. Google LLC, No. 20-cv-3010 / State of Colorado, et al. v. Google LLC, No. 20-cv-3715

[EXTERNAL EMAIL]

Lauren:

We received no response to our request to speak today. The parties (and an additional third party) agreed to exchange JSR disputes at 7pm EST today, and so this will confirm that in tomorrow's JSR, Google will move to compel compliance with its subpoena to Microsoft. We will be prepared to simultaneously mutually exchange inserts with Microsoft tomorrow; if Microsoft refuses to participate, we will oppose any effort at separate briefing.

Chris

Christopher Yeager
Associate | Williams & Connolly LLP
680 Maine Avenue, S.W., Washington, DC 20024
202-434-5621 | Cyeager@wc.com | www.wc.com

---

**From:** Greenblum, Benjamin <BGreenblum@wc.com>
**Sent:** Wednesday, November 20, 2024 4:15 PM
**To:** Schnepper Junior, Lauren <Lauren.SchnepperJunior@dechert.com>; Yeager, Christopher <CYeager@wc.com>; Chapman, Julia <Julia.Chapman@dechert.com>; 'Davis, Allen' <allen.davis@orrick.com>; Leary, Rachel <Rachel.Leary@dechert.com>
**Cc:** McGowan, John <jmcgowan@wc.com>; Boyden, Christie <Christie.Boyden@dechert.com>
**Subject:** RE: United States, et al. v. Google LLC, No. 20-cv-3010 / State of Colorado, et al. v. Google LLC, No. 20-cv-3715

Lauren:

We understood Microsoft to commit to getting back to us no later than yesterday, and further that it would provide information on a rolling basis prior thereto. If Microsoft's position was that it would refuse to engage at all pending the Plaintiffs' filing today, it should have informed us as such on the extensive conferral we had last week. From our perspective, waiting any longer to reveal Microsoft's positions (or to produce any of the documents it has actually agreed to produce) is unhelpful delay. So we reiterate our request.

Subject to receipt of Microsoft's actual positions (or to whether it provides them), we need to be prepared to make a submission to the Court on Friday, as discussed on our conferral. Please advise of your availability to confer on Thursday between 3 and 5pm ET, ahead of such a filing.

Thanks.

Ben

**From:** Schnepper Junior, Lauren <Lauren.SchnepperJunior@dechert.com>
**Sent:** Wednesday, November 20, 2024 3:27 PM
**To:** Greenblum, Benjamin <BGreenblum@wc.com>; Yeager, Christopher <CYeager@wc.com>; Chapman, Julia <Julia.Chapman@dechert.com>; 'Davis, Allen' <allen.davis@orrick.com>; Leary, Rachel <Rachel.Leary@dechert.com>
**Cc:** McGowan, John <jmcgowan@wc.com>; Boyden, Christie <Christie.Boyden@dechert.com>
**Subject:** RE: United States, et al. v. Google LLC, No. 20-cv-3010 / State of Colorado, et al. v. Google LLC, No. 20-cv-3715

Counsel:

Microsoft committed to trying to get you responses as quickly as possible, and we are still working towards that goal. We did not commit to a specific date.

As you know, Plaintiffs proposed Final Judgement will be filed today. To avoid unnecessary back and forth regarding our relevance objections, we plan to review that filing and use it to inform our positions on relevance and will provide you a response by tomorrow.

Best,
Lauren



**Lauren Schnepper Junior**
Associate

**Dechert LLP**
+1 202 261 3476
lauren.schnepperjunior@dechert.com
dechert.com


**From:** Greenblum, Benjamin <BGreenblum@wc.com>
**Sent:** Wednesday, November 20, 2024 7:12 AM
**To:** Schnepper Junior, Lauren <Lauren.SchnepperJunior@dechert.com>; Yeager, Christopher <CYeager@wc.com>; Chapman, Julia <Julia.Chapman@dechert.com>; 'Davis, Allen' <allen.davis@orrick.com>; Leary, Rachel <Rachel.Leary@dechert.com>

**Cc:** McGowan, John <jmcgowan@wc.com>; Boyden, Christie <Christie.Boyden@dechert.com>
**Subject:** RE: United States, et al. v. Google LLC, No. 20-cv-3010 / State of Colorado, et al. v. Google LLC, No. 20-cv-3715

[EXTERNAL EMAIL]

All:  We had understood we had a commitment to receive by now a response from Microsoft following on our conferrals of last Tuesday, in view of the upcoming conference with the Court.  We have not received any response.  So that we can determine what needs to be raise in Friday's JSR, please send your response this morning.  Thank you.

Ben

**From:** Schnepper Junior, Lauren <Lauren.SchnepperJunior@dechert.com>
**Sent:** Friday, November 8, 2024 4:30 PM
**To:** Greenblum, Benjamin <BGreenblum@wc.com>; Yeager, Christopher <CYeager@wc.com>; Chapman, Julia <Julia.Chapman@dechert.com>; 'Davis, Allen' <allen.davis@orrick.com>; Leary, Rachel <Rachel.Leary@dechert.com>
**Cc:** McGowan, John <jmcgowan@wc.com>; Boyden, Christie <Christie.Boyden@dechert.com>
**Subject:** RE: United States, et al. v. Google LLC, No. 20-cv-3010 / State of Colorado, et al. v. Google LLC, No. 20-cv-3715

Ben –

1pm on Tuesday works for our team. Have a great weekend.

Best,
Lauren


**Lauren Schnepper Junior**
Associate

**Dechert LLP**
+1 202 261 3476
lauren.schnepperjunior@dechert.com
dechert.com

**From:** Greenblum, Benjamin <BGreenblum@wc.com>
**Sent:** Thursday, November 7, 2024 7:16 PM
**To:** Schnepper Junior, Lauren <Lauren.SchnepperJunior@dechert.com>; Yeager, Christopher <CYeager@wc.com>; Chapman, Julia <Julia.Chapman@dechert.com>; 'Davis, Allen' <allen.davis@orrick.com>; Leary, Rachel <Rachel.Leary@dechert.com>
**Cc:** McGowan, John <jmcgowan@wc.com>; Boyden, Christie <Christie.Boyden@dechert.com>
**Subject:** RE: United States, et al. v. Google LLC, No. 20-cv-3010 / State of Colorado, et al. v. Google LLC, No. 20-cv-3715

[EXTERNAL EMAIL]

Lauren:

Please let us know if you are available at 1 or 2pm on Tuesday.  Also, if the conferral is to be delayed until Tuesday, it would be helpful to get information ahead of the conferral regarding Chris's query on custodians in his email of yesterday.  Thanks and have a good weekend.

Ben

**From:** Schnepper Junior, Lauren <Lauren.SchnepperJunior@dechert.com>
**Sent:** Thursday, November 7, 2024 7:12 PM
**To:** Yeager, Christopher <CYeager@wc.com>; Chapman, Julia <Julia.Chapman@dechert.com>; 'Davis, Allen' <allen.davis@orrick.com>; Leary, Rachel <Rachel.Leary@dechert.com>
**Cc:** Greenblum, Benjamin <BGreenblum@wc.com>; McGowan, John <jmcgowan@wc.com>; Boyden, Christie <Christie.Boyden@dechert.com>
**Subject:** Re: United States, et al. v. Google LLC, No. 20-cv-3010 / State of Colorado, et al. v. Google LLC, No. 20-cv-3715

Chris,

We're not available on Friday or Monday. If there is a time on Tuesday preferable to 4 pm, please let us know.

Best,
Lauren

---

**From:** Yeager, Christopher <CYeager@wc.com>
**Sent:** Thursday, November 7, 2024 12:37:30 PM
**To:** Schnepper Junior, Lauren <Lauren.SchnepperJunior@dechert.com>; Chapman, Julia <Julia.Chapman@dechert.com>; 'Davis, Allen' <allen.davis@orrick.com>; Leary, Rachel <Rachel.Leary@dechert.com>
**Cc:** Greenblum, Benjamin <BGreenblum@wc.com>; McGowan, John <jmcgowan@wc.com>; Boyden, Christie <Christie.Boyden@dechert.com>
**Subject:** RE: United States, et al. v. Google LLC, No. 20-cv-3010 / State of Colorado, et al. v. Google LLC, No. 20-cv-3715

[EXTERNAL EMAIL]

Lauren, thanks. Under the Court-ordered schedule, we need to move more quickly than that if possible. Can you please advise of other times that you have availability on Friday or Monday, and we'll see if we can move things around on our schedules to accommodate that? Thanks.

Christopher Yeager
Associate | Williams & Connolly LLP
680 Maine Avenue, S.W., Washington, DC 20024
202-434-5621 | Cyeager@wc.com | www.wc.com

**From:** Schnepper Junior, Lauren <Lauren.SchnepperJunior@dechert.com>
**Sent:** Thursday, November 7, 2024 11:48 AM
**To:** Yeager, Christopher <CYeager@wc.com>; Chapman, Julia <Julia.Chapman@dechert.com>; 'Davis, Allen' <allen.davis@orrick.com>; Leary, Rachel <Rachel.Leary@dechert.com>
**Cc:** Greenblum, Benjamin <BGreenblum@wc.com>; McGowan, John <jmcgowan@wc.com>; Boyden, Christie <Christie.Boyden@dechert.com>
**Subject:** RE: United States, et al. v. Google LLC, No. 20-cv-3010 / State of Colorado, et al. v. Google LLC, No. 20-cv-3715

Chris –

We are unavailable on Friday, but can meet and confer next Tuesday, November 12, at 4pm ET. Please let us know if that time works for you.

Best,
Lauren

**Lauren Schnepper Junior**
Associate

**Dechert LLP**
+1 202 261 3476
lauren.schnepperjunior@dechert.com
dechert.com

---

**From:** Yeager, Christopher <CYeager@wc.com>
**Sent:** Wednesday, November 6, 2024 5:52 PM
**To:** Chapman, Julia <Julia.Chapman@dechert.com>; 'Davis, Allen' <allen.davis@orrick.com>; Schnepper Junior, Lauren <Lauren.SchnepperJunior@dechert.com>; Leary, Rachel <Rachel.Leary@dechert.com>
**Cc:** Greenblum, Benjamin <BGreenblum@wc.com>; McGowan, John <jmcgowan@wc.com>
**Subject:** United States, et al. v. Google LLC, No. 20-cv-3010 / State of Colorado, et al. v. Google LLC, No. 20-cv-3715

[EXTERNAL EMAIL]

All:

We're in receipt of Microsoft's objections and responses to Google's subpoena. We would propose a meet and confer this Friday between 11:30 am and 2:30 pm EST. Please let us know if that works for you, and we can circulate an invite.

On the meet and confer, if you could advise us of Microsoft's proposed custodians for at least Request Nos. 1, 2, and 4, we would appreciate it.

Best,
Chris

Christopher Yeager
Associate | Williams & Connolly LLP
680 Maine Avenue, S.W., Washington, DC 20024
202-434-5621 | Cyeager@wc.com | www.wc.com

---

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.