# EXHIBIT B



Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
+1 215 994 4000 Main
+1 215 994 2222 Fax
www.dechert.com

**JULIA CHAPMAN**

Julia.Chapman@dechert.com
+1 215 994 2060 Direct
+1 215 655 2060 Fax

November 22, 2024

*Via E-Mail*

Benjamin M. Greenblum
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901
BGreenblum@wc.com

Re:  U.S. et al. v. Google LLC, No. 1:20-cv-03010-APM (D.D.C.)
     C.O. et al. v. Google LLC, 1:20-cv-03715-APM (D.D.C.)

Counsel:

Pursuant to Google LLC's (Google) subpoena to third-party Microsoft Corporation (Microsoft) dated October 22, 2024 (the Subpoena) and in furtherance of the ongoing discussions between Microsoft and Google (together, the Companies) regarding the Subpoena, Microsoft offers the below further responses with respect to Requests for Production 13–18 ("Requests").[1] But we want to make it clear that Microsoft believes any dispute regarding most of these Requests is not ripe, and raising these issues with the Court is premature and risks unnecessarily burdening the Court.

Further, as a non-party Microsoft does not believe it is necessary or appropriate to submit materials in the joint status report that the *parties* are required to submit and therefore will not be providing an insert as you suggested. Instead, if necessary, Microsoft will make a responsive submission to the Court. To the extent you believe that the Court is seeking non-parties to join in the parties' status report we would simply ask that you direct our attention to that material on the docket.

**Request 13: Agreements with OpenAI, Perplexity AI, Inflection, and G42**

Microsoft continues to believe that Google's request for Microsoft's highly confidential agreements with *any* person or entity affiliated with OpenAI, Perplexity AI, Inflection, and G42 is overbroad and disproportionate and therefore maintains its objections to this Request.

---

[1] Microsoft provides this correspondence subject to its November 5, 2024 Responses and Objections to the Subpoena. Microsoft reserves the right to assert additional objections and limitations concerning the Subpoena at any time as Microsoft may deem necessary.

Further, for the avoidance of doubt, Microsoft's responses herein are subject to a reasonable search for any documents identified herein.



**Request 14: Model Training**

Microsoft has agreed to produce documents sufficient to show the types and quantity of data used to train its own model, the Prometheus model. The remaining models listed in this Request are not owned by Microsoft and thus discovery as to these models is not appropriately directed at Microsoft as a non-party to this action. At this point in time, Microsoft is standing on these objections.

**Request 15: Documents related to Generative AI Tools**

Microsoft is willing to conduct a reasonable search for documents responsive to this Request that identify generative AI products for which Microsoft provides search results or search advertising services. We do not believe there is any dispute regarding this Request; if you disagree, please identify what material is in dispute.

**Request 16–17: Content Licensing Agreements**

Microsoft has agreed to conduct a reasonable search for documents responsive to these Requests sufficient to reflect Microsoft's licensing content agreements for Copilot. Given that, it is not clear to Microsoft what issues are in dispute. Please articulate those disputes in writing, which you have yet to do.

**Request 18: Competitive Position of Generative AI Tools and AI Search Tools**

Microsoft has agreed to produce documents sufficient to show Microsoft's understanding of the relative competitive position of Microsoft Copilot as compared to other Generative AI and AI Search Tools. Copilot is a competitor to Google's Gemini and, as explained in our last letter, is the only AI Tool that Microsoft offers that could reasonably be described as related to the general search or the general search text advertising markets. Given that, it is not clear to Microsoft what issues are in dispute. Please articulate those disputes in writing, which you have yet to do.

Sincerely,

*/s/ Julia Chapman*

Julia Chapman