# EXHIBIT D



Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808
+1 215 994 4000  Main
+1 215 994 2222  Fax
www.dechert.com

**JULIA CHAPMAN**

Julia.Chapman@dechert.com
+1 215 994 2060  Direct
+1 215 655 2060  Fax

November 21, 2024

*Via E-Mail*

Benjamin M. Greenblum
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901
BGreenblum@wc.com

Re:  U.S. et al. v. Google LLC, No. 1:20-cv-03010-APM (D.D.C.)
       C.O. et al. v. Google LLC, 1:20-cv-03715-APM (D.D.C.)

Counsel:

Pursuant to Google LLC's (Google) subpoena to third-party Microsoft Corporation (Microsoft) dated October 22, 2024 (the Subpoena) and in furtherance of the ongoing discussions between Microsoft and Google (together, the Companies) regarding the Subpoena, Microsoft responds as follows:[1]

**Definitions of "Generative AI Tool" and "AI Search Tool"**

In our November 12 meet and confer, Google asked if Microsoft's Responses and Objections to Definitions No. 19 and 20 limited Microsoft's responses in any way.  Microsoft confirms that, unless otherwise set forth in its Response to a specific Request, it has limited its responses to Copilot because this is the only AI Tool that Microsoft offers that could reasonably be described as related to the general search or the general search text advertising markets.  As stated in Microsoft's Responses and Objections, this definition excludes M365 Copilot.  We believe this implicates at least Microsoft's Responses to Requests 1, 2, 10, 12, 14, 15, 16, 18, 38, and 39.

**Requests 1 and 2: Distribution and Syndication Agreements**

Microsoft will search for responsive documents related to Microsoft's actual or attempted distribution or syndication of Microsoft Bing Search, <u>Microsoft Advertising</u>, the Microsoft Edge browser, the Microsoft Bing Search app, and Microsoft Copilot (formerly Bing Chat).  Microsoft

---

[1]   Microsoft provides this correspondence subject to the objections set forth in its November 5, 2024 Responses and Objections to the Subpoena.  Microsoft reserves the right to assert additional objections and limitations concerning the Subpoena at any time as Microsoft may deem necessary.

   Further, for the avoidance of doubt, Microsoft's responses herein are subject to a reasonable search for any documents identified herein.



Benjamin M. Greenblum
November 21, 2024
Page 2

has identified Jon Tinter and Shilpa Anand as two custodians for this search and is working to identify any other custodians, if any.

**Requests 3-6: Communications regarding Litigation**

Microsoft has agreed to conduct a reasonable search for relevant, non-privileged documents in response to Requests 3, 4, 5, and 6.

**Request 7: Bing's Quality**

Microsoft has agreed to conduct a reasonable search for documents sufficient to reflect Microsoft's assessment of Bing's quality from May 2022 to present. To the extent Microsoft identifies assessments of Bing' quality prepared by third parties during this search, Microsoft will produce those materials to Google.

**Request 8: Integration of Search and AI**

Subject to its Responses and Objections, Microsoft agrees to conduct a reasonable search for documents responsive to this Request sufficient to show the extent to which Microsoft uses artificial intelligence tools to measure, determine or otherwise improve the relevance of Bing results.

**Request 10: Bing, Edge, and Copilot Data**

Subject to its Responses and Objections, Microsoft agrees to produce data on the downloads of Microsoft Edge browser, Microsoft Bing Search app, and Microsoft Copilot app as that data is kept in the ordinary course. To the extent Google is seeking data regarding the downloads of products that are not owned by Microsoft, Microsoft is not the appropriate party at which to direct discovery.

**Request 12: Windows Preinstallation**

Microsoft reiterates its relevance and burden objections as the extent to which any search engine, browser, or Generative AI Tool or AI Search Tool is preinstalled on the Windows Operating System is irrelevant to the remedies phase of this Action because the Court has already found that Google has illegally monopolized the markets for general search and general text search advertising. Microsoft, however, agrees to conduct a reasonable search for documents sufficient to show the extent of preinstallation of Generative AI Tools (as defined in Microsoft's Objections to Definitions ¶ 19) on the Windows Operating System to the extent such documents exist. Microsoft is currently investigating with its business teams whether this information is tracked in the ordinary course.



Benjamin M. Greenblum
November 21, 2024
Page 3

**Request 13: Agreements with OpenAI, Perplexity AI, Inflection, and G42**

As stated in its Responses and Objections, Microsoft will not produce documents in response to this Request.

**Request 14: Model Training**

Subject to its Responses and Objections, Microsoft confirms that it will produce documents sufficient to show the types and quantity of data used to train its Prometheus model. To the extent this Request seeks information regarding third parties other than Microsoft, Microsoft states that such information is more appropriately obtained through discovery directed at those third parties.

**Request 15: Documents related to Generative AI Tools**

Microsoft is continuing to consider this Request.

**Request 16: Content Licensing Agreements**

Microsoft has agreed to conduct a reasonable search for documents sufficient to reflect Microsoft's actual licensing content agreements for Copilot. Microsoft does not agree to produce any agreements where Microsoft is not a party, which are more readily available from other third parties.

**Request 19:** *United States v. Microsoft*

Subject to its Responses and Objections, Microsoft agrees to conduct a reasonable search for any submissions made by Microsoft to the plaintiffs in *United States v. Microsoft Corp.*, No. 98-1232 (D.D.C.) or *State of New York v. Microsoft Corp.*, No. 98-1233 (D.D.C) regarding remedies imposed in those cases to the extent such materials are still accessible and in Microsoft's possession.

**Requests 20 and 21: Microsoft's Products**

During the November 12 meet and confer, Google asked whether Microsoft would produce materials responsive to this Request to the extent such materials are related to Microsoft products that are *not* grounded in web results. Microsoft reiterates its objections to the definitions of Generative AI Tools and AI Search Tools. Consistent with its Responses and Objections (e.g., Objections to Definitions ¶¶ 19–20), Microsoft has agreed to produce materials related to AI tools or products that have the ability to provide or retrieve information from the web when providing a response to a user's query. Microsoft reiterates it request that Google explain the relevance of



Benjamin M. Greenblum
November 21, 2024
Page 4

materials related to products not grounded in web results and Microsoft will further consider this Request to the extent it seeks material not grounded in web results.

**Requests 23-30: Advertising**

Subject to its Responses and Objections to Requests 23–30, Microsoft agrees to conduct a reasonable search for documents sufficient to identify internal manuals or materials summarizing how Microsoft's Advertising auction functions.

**Request 31: Data Sharing**

Microsoft confirms that, subject to its Responses and Objections, Microsoft will conduct a reasonable search for documents responsive to this Request that are sufficient to show <u>the extent to which</u> an increase in tail query traffic would improve Bing's financial performance.

**Request 32: Board of Directors Materials**

Subject to its Responses and Objections to Request 32 and emphasizing the highly confidential, highly sensitive information, Microsoft agrees to conduct a reasonable search for responsive, non-privileged documents responsive to this Request on the condition that Google will agree that Microsoft can produce such documents with redactions applied to any highly confidential materials that are not responsive to this Request. For the avoidance of doubt, if Google will not agree to allow Microsoft to redact these materials as set forth above, Microsoft objects to producing any documents responsive to this Request.

**Requests 33 and 34: GenAI and Search Quality**

Microsoft confirms that its Responses to Requests 33 and 34 include otherwise responsive documents related to the performance and functionality of Bing generative search.

**Requests 35-37: Syndication**

Microsoft is continuing to consider Requests 35–37 and will follow up promptly.

**Request 38: Integration of Search and AI**

Microsoft agrees to conduct a reasonable search for documents sufficient to show any analysis of the potential of generative artificial intelligence to affect general search quality or usage subject to agreement on reasonable search terms and custodians.



**Request 39: Copilot Data**

Microsoft has agreed to produce data responsive to this Request as set forth in its Responses and Objections. Microsoft is in the process of confirming how this data is maintained in the ordinary course of business and will follow up promptly. To the extent Request 39 purports to call for Microsoft to produce third-party data, Microsoft objects to the Request as such a request should be directed to the relevant third party that owns the data.

**Request 40: Bing Data**

Microsoft has agreed to produce data responsive to this Request as set forth in its Responses and Objections. Microsoft is in the process of confirming how this data is maintained in the ordinary course of business and will follow up promptly.

**Request 41: Refresh Data**

Microsoft has agreed to produce data responsive to subsections (b) and (d) using prior data productions as a starting point. Microsoft is in the process of confirming how this data is maintained in the ordinary course of business and for what period of time it is maintained and will provide that information as soon as practicable. With respect to subsections, (a), (c), and (e), Microsoft remains willing to consider production of the requested data but reiterates its request (as stated in the parties November 12 meet and confer) that Google explain how this data is relevant to the remedies stage of this Action.

Sincerely,

*/s/ Julia Chapman*

Julia Chapman