IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Google LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| State of Colorado, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Google LLC, <br><br> Defendant. | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

**GOOGLE'S STATEMENT REGARDING
PERPLEXITY'S COMPLIANCE WITH SUBPOENA**

On October 25, 2024, Google served a subpoena to Perplexity AI, Inc. ("Perplexity"). Pursuant to Section I.F of the Court's September 18, 2024 Order, Google submits the following statement with respect to Perplexity's compliance with Google's subpoena.[1]

**I.    GOOGLE'S POSITION STATEMENT**

Perplexity offers a "[non-]traditional search engine[]" designed to "revolutionize the way [users] discover information."[2]

---

[1] Google requested that Perplexity provide a statement for inclusion in this submission. Perplexity has not done so.
[2] *See, e.g.*, *What is Perplexity?*, PERPLEXITY AI, *available at* https://www.perplexity.ai/hub/faq/what-is-perplexity.

██████████████████████████████████████████

████████████████

On October 25, 2024, Google served a subpoena on Perplexity care of its registered agent.  *See* Ex. A.  The return date came and went with no response from Perplexity.  On November 14, 2024, counsel for Google emailed the aforementioned Perplexity executives to remind them that Google had served Perplexity with a subpoena and to request that they forward contact information for any counsel whom Perplexity may have retained in connection with this matter.  Neither responded.

On November 20, 2024, counsel for the United States served Plaintiffs' Initial Witness List.  That list included an entry for an unnamed Perplexity employee to be contacted through Latham & Watkins LLP.  Counsel for Google emailed the designated attorney at Latham & Watkins to remind her that Google had served a subpoena on Perplexity and that the return date lapsed more than two weeks before.  She did not respond.

The Federal Rules provide that any objection to a subpoena "must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served."  FED. R. CIV. P. 45(d)(2)(B).  Objections that fail to comply with this standard are waived.  *Alexander v. FBI*, 186 F.R.D. 21, 34 (D.D.C. 1998).  Here, Perplexity has interposed no objections (timely or otherwise) to Google's subpoena, and—inexplicably—Perplexity has simply ignored the subpoena.  The Court should therefore order Perplexity to produce the requested documents as soon as practicable.

Dated: November 22, 2024                    Respectfully submitted,

By: /s/ John E. Schmidtlein
John E. Schmidtlein (D.C. Bar No. 441261)
Benjamin M. Greenblum (D.C. Bar No. 979786)
Colette T. Connor (D.C. Bar No. 991533)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
Tel: 202-434-5000
jschmidtlein@wc.com
bgreenblum@wc.com
cconnor@wc.com

WILSON SONSINI GOODRICH & ROSATI P.C.
Susan A. Creighton (D.C. Bar No. 978486)
Franklin M. Rubinstein (D.C. Bar No. 476674)
1700 K Street, NW
Washington, DC 20006
Tel: 202-973-8800
screighton@wsgr.com
frubinstein@wsgr.com

ROPES & GRAY LLP
Mark S. Popofsky (D.C. Bar No. 454213)
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: 202-508-4624
Mark.Popofsky@ropesgray.com

Matthew McGinnis (admitted *pro hac vice*)
Prudential Tower
800 Boylston Street
Boston, MA 02199
Tel: 617-951-7703
Matthew.McGinnis@ropesgray.com
*Counsel for Defendant Google LLC*