AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America, et al. <br> *Plaintiff* <br> v. <br> Google LLC <br> *Defendant* | ) <br> ) <br> ) Case No.  1:20-cv-03010-APM <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party Perplexity AI, Inc.                                                                                          .

Date:   11/25/2024

*Attorney's signature*

Marc R. Lewis
*Printed name and bar number*

601 Montgomery Street, Suite 2000
San Francisco, CA 94111

*Address*

MLewis@lewisllewellyn.com
*E-mail address*

(415) 800-0590
*Telephone number*

(415) 390-2127
*FAX number*