IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, et al.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Google LLC,<br><br>　　　　Defendants. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |

| | |
|---|---|
| State of Colorado, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>Google LLC,<br><br>　　　　Defendant | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**NON-PARTY PERPLEXITY AI, INC.'S MOTION FOR ADMISSION PRO HAC VICE OF GRACE A. RAMIREZ**

Pursuant to Local Civil Rule 83.2(c) of the Rules of the United States District Court for the District of Columbia, the undersigned as a sponsoring member of the Bar of this Court respectfully moves for admission and appearance of attorney Grace A. Ramirez pro hac vice in the above-captioned matter as counsel for Non-Party Perplexity AI, Inc.

This motion is supported by the Declaration of Grace A. Ramirez, filed herewith. As set forth in Ms. Ramirez's Declaration, she is admitted and a member in good standing of the State Bar of New Jersey. This motion is supported and signed by Marc R. Lewis, an active and sponsoring member of the Bar of this Court.

1

Dated: November 25, 2024                    Respectfully submitted,

By: <u>*/s/ Marc R. Lewis*</u>
    Marc R. Lewis (Bar No. 233306)
    mlewis@lewisllewellyn.com
    Grace A. Ramirez (N.Y. Bar No. 5898218)
    gramirez@lewisllewellyn.com
    Lewis & Llewellyn LLP
    601 Montgomery Street, Suite 2000
    San Francisco, CA 94111
    (415) 800-0590

*Counsel for Non-Party Perplexity AI, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 25, 2024, the foregoing document was electronically submitted with the clerk of the court for the United States District Court, District of Columbia, using the electronic case file system of the court. The electronic case file system sent a "Notice of Electronic Filing" to all counsel of record.

                                        */s/ Grace A. Ramirez*
                                        Grace A. Ramirez