IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, et al.,<br><br>      Plaintiff,<br><br>   v.<br><br>Google LLC,<br><br>      Defendants. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |

| | |
|---|---|
| State of Colorado, et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>Google LLC,<br><br>      Defendant | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**DECLARATION OF GRACE A. RAMIREZ IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Grace A. Ramirez, declare as follows:

1. I am counsel for Non-Party Petitioner Perplexity AI, Inc., in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2. My full name is Grace Arias Ramirez.

3. I am an attorney with the law firm of Lewis & Llewellyn LLP. My office address is 601 Montgomery Street, Suite 2000, San Francisco, CA 94111. My telephone number is (415) 800-0590.

4. I have been admitted to the New Jersey State Bar (#346712021) and I am a member in good standing of that bar.

1

5. I have been admitted to the New York State Bar (#5898218) and I am a member in good standing of that bar.

6. I have been admitted to the District of Columbia Bar (#90003404) and I am a member in good standing of that bar.

7. I do not have a pending application for admission into USDC for the District of Columbia.

8. I have never been disciplined by any bar.

9. In the last two years, I have not been admitted pro hac vice in this Court.

10. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 25th day of November, 2024 in San Francisco, California.

_____
Grace A. Ramirez

# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that* **GRACE ARIAS RAMIREZ** *(No.* **346712021** *) was constituted and appointed an Attorney at Law of New Jersey on* **January 19, 2021** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 25th day of November, 2024.*

*Clerk of the Supreme Court*