# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, et al.,<br><br>   Plaintiff,<br><br> v.<br><br>Google LLC,<br><br>   Defendants. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>Google LLC,<br><br>   Defendant | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**PROPOSED ORDER**

At the District of Columbia this _____ day of November, 2024, having considered the Motion of Perplexity AI, Inc. seeking the admission pro hac vice of Grace A. Ramirez (ECF No. ___), and the Declaration of Grace A. Ramirez submitted in support of the Motion;

IT IS HEREBY ORDERED that the Motion is GRANTED.

_____
Hon. Amit P. Mehta
United States District Judge