IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, et al.,<br><br>  Plaintiff,<br><br>v.<br><br>Google LLC,<br><br>  Defendants. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>  Defendant | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**NON-PARTY PERPLEXITY AI, INC.'S POSITION STATEMENT REGARDING GOOGLE LLC'S SUBPOENA**

On November 22, 2024, Google LLC ("Google") filed its *Statement Regarding Perplexity's Compliance With Subpoena*, indicating that because Perplexity AI, Inc. ("Perplexity") had not responded to the subpoena Google had attempted to serve on October 25, 2024, the Court should order Perplexity to produce the requested documents as soon as practicable. (ECF No. 1066). As an initial matter, Perplexity has no record of being served with the subpoena. Specifically, Perplexity has no record of Daisy Montenegro of CT Corp. – the individual who was served – being its agent, and has no record of otherwise having been served the subpoena.[1]

---

[1] For the avoidance of doubt, because the subpoena was not served on Perplexity, Perplexity has not waived any objections in connection with the subpoena and reserves the same.

1

Perplexity retained Lewis & Llewellyn LLP as counsel in this matter over the weekend and has begun initial talks with counsel for Google, relaying Perplexity's willingness to cooperate with Google on the subpoena. Perplexity now respectfully submits this Statement to the Court, representing that it is willing to reasonably comply with the subpoena, pursuant to the following:

- Lewis & Llewellyn will accept service of the subpoena on behalf of Perplexity effective November 25, 2024.

- Perplexity will serve its Responses and Objections to the subpoena on December 6, 2024.

- Perplexity will begin a rolling production of documents no later than January 3, 2025, and will endeavor to produce documents before then if possible.

Perplexity sent a copy of this Statement to Google on November 25, 2024 requesting confirmation that Google would work with Perplexity on the above, or a substantially similar schedule. Google did not agree to join this Statement.

Dated: November 25, 2024                    Respectfully submitted,

By: */s/ Marc R. Lewis*
   Marc R. Lewis (Bar No. 233306)
   mlewis@lewisllewellyn.com
   Grace A. Ramirez
   *(pro hac vice forthcoming)*
   gramirez@lewisllewellyn.com
   Lewis & Llewellyn LLP
   601 Montgomery Street, Suite 2000
   San Francisco, CA 94111
   (415) 800-0590

   *Counsel for Non-Party Perplexity AI, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2024, the foregoing document was electronically submitted with the clerk of the court for the United States District Court, District of Columbia, using the electronic case file system of the court. The electronic case file system sent a "Notice of Electronic Filing" to all counsel of record.

*/s/ Grace A. Ramirez*
Grace A. Ramirez