AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| UNITED STATES OF AMERICA, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03010-APM |
| GOOGLE LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Wisconsin.

Date: 11/26/2024

s/Caitlin M. Madden
*Attorney's signature*

Caitlin M. Madden (WI - 1089238)
*Printed name and bar number*
State of Wisconsin - Department of Justice
17 West Main Street, Post Office Box 7857
Madison, WI 53707

*Address*

maddencm@doj.state.wi.us
*E-mail address*

(608) 267-1311
*Telephone number*

(608) 294-9407
*FAX number*