# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA, et al.,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **GOOGLE LLC,** ) <br> ) <br> **Defendant.** ) | Case No. 20-cv-3010 (APM) |
| **STATE OF COLORADO, et al.,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **GOOGLE LLC,** ) <br> ) <br> **Defendant.** ) | Case No. 20-cv-3715 (APM) |

## ORDER

As discussed during the Status Conference held on November 26, 2024, the court orders the following with regard to further proceedings in this matter:

On or before **December 5, 2024**, Google shall disclose the hit counts for Plaintiffs' search strings for Request Nos. 20, 23, 24, 25, 26, and 27, for the period August 5, 2024 to November 5, 2024.

On or before **December 6, 2024**, non-party Perplexity AI shall serve its responses and objections to Google's subpoena; Google and non-parties Microsoft, Perplexity AI, and OpenAI shall file Joint Status Reports, which shall update the court on the status of the discovery disputes raised in their respective filings and addressed at the November 26, 2024 Status Conference; and

the parties shall file a Joint Status Report, which shall update the court on the status of the discovery disputes raised in their November 22, 2024 Joint Status Report and addressed at the November 26, 2024 Status Conference.

On or before **December 10, 2024**, Plaintiffs shall serve their revised witness list, which shall identify all third-party witnesses by name. The December 20, 2024 deadline for Google to serve its initial witness list remains in effect. If Google needs additional time, it may file a motion requesting an extension of time in accordance with the September 18, 2024 Scheduling Order.

In the Joint Status Report due **January 6, 2025**, Plaintiffs shall update the court on the status of their witness disclosures.

Dated: November 26, 2024

_____
Amit P. Mehta
United States District Judge