IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>GOOGLE, LLC,<br><br>*Defendant* | Case No.: 1:20-cv-03010-APM |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Plaintiff State of Maryland gives notice that Gary Honick hereby withdraws as attorney of record for Plaintiff State of Maryland in the above-captioned matter. Assistant Attorney General Schonette Walker will remain as counsel of record for the State of Maryland.

                                        Respectfully submitted,

Dated: December 2, 2024

                                        s/Gary Honick
                                        Gary Honick, MD Bar #7106010078
                                        Assistant Attorney General
                                        Office of the Maryland Attorney General
                                        200 St. Paul Place
                                        Baltimore, MD 21202
                                        Telephone: (410) 576-6470
                                        Fax: (410) 576-7830
                                        Email: ghonick@oag.state.md.us

                                        *Counsel for Plaintiff State of Maryland*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 2, 2024, I electronically filed the foregoing Notice of Withdrawal of Counsel with the Clerk of the Court using the CM/ECF system. Notice of the filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      /s/ Gary Honick
      Gary Honick
      Assistant Attorney General
      Office of the Maryland Attorney General
      200 St. Paul Place
      Baltimore, MD 21202
      Telephone: (410) 576-6480
      Fax: (410) 576-7830
      Email: ghonick@oag.state.md.us