# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, et al.,<br><br>      Plaintiff,<br><br>  v.<br><br>Google LLC,<br><br>      Defendants. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>Google LLC,<br><br>      Defendant | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**NON-PARTY PERPLEXITY AI, INC.'S MOTION FOR ADMISSION PRO HAC VICE OF GRACE ARIAS RAMIREZ**

Pursuant to Local Civil Rule 83.2(c) of the Rules of the United States District Court for the District of Columbia, the undersigned as a sponsoring member of the Bar of this Court respectfully moves for admission and appearance of attorney Grace Arias Ramirez *pro hac vice* in the above-captioned matter as counsel for Non-Party Perplexity AI, Inc.

This motion is supported by the Declaration of Grace A. Ramirez, filed herewith. As set forth in Ms. Ramirez's Declaration, she is admitted and a member in good standing of the Bar of the District of Columbia.  This motion is supported and signed by Dana Foster, an active and sponsoring member of the Bar of this Court.

Dated: December 04, 2024

Respectfully submitted,

By: _____
      Dana Foster (Bar No. 4890007)

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2024, the foregoing document was electronically submitted with the clerk of the court for the United States District Court, District of Columbia, using the electronic case file system of the court. The electronic case file system sent a "Notice of Electronic Filing" to all counsel of record.

/s/ Grace A. Ramirez
Grace A. Ramirez