**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America, et al.,<br><br>        Plaintiff,<br><br>  v.<br><br>Google LLC,<br><br>        Defendants. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>Google LLC,<br><br>        Defendant | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**PROPOSED ORDER**

At the District of Columbia this ____ day of December, 2024, having considered the Motion of Perplexity AI, Inc. seeking the admission *pro hac vice* of Grace Arias Ramirez (ECF No. ___), and the Declaration of Grace Arias Ramirez submitted in support of the Motion;

IT IS HEREBY ORDERED that the Motion is GRANTED.

 

_____
Hon. Amit P. Mehta
United States District Judge