AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

### for the

District of Columbia

| | |
|---|---|
| United States of America et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Google LLC | ) |
| *Defendant* | ) |

Case No.    1:20-CV-03010-APM

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Nebraska                                                                                              .

Date:     12/05/2024

/s/Justin C. McCully
*Attorney's signature*

Justin C. McCully, (NE 27067)
*Printed name and bar number*
Nebraska Attorney General's Office
2115 State Capitol
PO Box 98920
Lincoln, NE 68509

*Address*

justin.mccully@nebraska.gov
*E-mail address*

(402) 471-9305
*Telephone number*

(402) 471-3297
*FAX number*