IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA, ET AL.,  )
                                   )
          Plaintiffs,              )
                                   )    CV No. 20-3010
      vs.                          )    Washington, D.C.
                                   )    November 26, 2024
GOOGLE LLC,                        )    11:00 a.m.
                                   )
          Defendant.               )
_____)


TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For DOJ Plaintiffs:          David E. Dahlquist
                             UNITED STATES
                             DEPARTMENT OF JUSTICE
                             Antitrust Division
                             209 South LaSalle Street
                             Suite 600
                             Chicago, IL 60604
                             (202) 805-8563
                             Email:
                             david.dahlquist@usdoj.gov

                             Veronica N. Onyema
                             DOJ-CIV
                             450 E Street NW
                             Suite 8714
                             Washington, D.C. 20530
                             (202) 307-0302
                             Email:
                             veronica.n.onyema@usdoj.gov

                             Adam T. Severt
                             DOJ-ATR
                             Antitrust Division
                             450 Fifth Street, NW
                             Suite 7100
                             Washington, D.C. 20530
                             (202) 307-6158
                             Email: adam.severt@usdoj.gov

```
APPEARANCES CONTINUED:

For Plaintiff
State Colorado:                  Jonathan Bruce Sallet
                                 COLORADO DEPARTMENT OF LAW
                                 Consumer Protection Section,
                                 Antitrust Unit
                                 Ralph L. Carr
                                 Colorado Judicial Center
                                 1300 Broadway
                                 Suite 7th Floor
                                 Denver, CO 80203
                                 (720) 508-6000
                                 Email: jon.sallet@coag.gov


For Defendant Google:            John E. Schmidtlein
                                 WILLIAMS & CONNOLLY LLP
                                 725 12th St., NW
                                 Washington, D.C. 20005
                                 (202) 434-5000
                                 Email: jschmidtlein@wc.com


Court Reporter:                  William P. Zaremba
                                 Registered Merit Reporter
                                 Certified Realtime Reporter
                                 Official Court Reporter
                                 E. Barrett Prettyman CH
                                 333 Constitution Avenue, NW
                                 Washington, D.C. 20001
                                 (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

```
 1                    P R O C E E D I N G S
 2            COURTROOM DEPUTY:  All rise.  The Court is now in
 3    session; the Honorable Amit P. Mehta now presiding.
 4            THE COURT:  Good morning, everyone.  Please be
 5    seated.
 6            COURTROOM DEPUTY:  We are now calling --
 7            THE COURT:  Actually, excuse me, everyone.  I have
 8    to run back to chambers.  I'll be right back.  Thanks.
 9            COURTROOM DEPUTY:  All rise.
10            (Pause)
11            COURTROOM DEPUTY:  All rise.  This Court is now in
12    session; the Honorable Amit P. Mehta presiding.
13            THE COURT:  Thank you, everyone.  Please be
14    seated.
15            COURTROOM DEPUTY:  Your Honor, we're now calling
16    for the record Civil Action 20-3010, United States of
17    America, et al., versus Google LLC.
18            Present for the plaintiffs is David Dahlquist and
19    Jon Sallet.
20            Representing Defendant Google is John Schmidtlein.
21            THE COURT:  All right, everyone, good morning,
22    it's good to see everyone again.
23            All right.  So we're here for our sort of monthly
24    check-in.
25            I received various Status Reports that the parties
```

1    have filed and the various disputes that Google has flagged

2    with third parties.

3            Before we turn to those matters, let me just open

4    up the floor and see if anybody wishes to raise anything

5    before we move forward.

6            Mr. Dahlquist.

7            MR. DAHLQUIST:  Good morning, Your Honor.

8    David Dahlquist on behalf of the United States.

9            Thank you for seeing us; I know you have a busy

10   schedule.  If the jury comes back, feel free to kick us out.

11           Joining me, Mr. Severt, Veronica Onyema, and

12   Karl Herrmann.

13           As you know, we filed our Proposed Final Judgment

14   last week.  It represents a significant amount of work and

15   time.  We appreciate the time that we were given.

16           We believe we gave careful consideration to all

17   the issues.

18           We believe that our PFJ aligns with both the law

19   on remedies as well as Your Honor's opinion.

20           We look forward to doing discovery over the next

21   several months and being back in front of you in April for

22   the hearing.

23           If you have any questions, we're happy to answer,

24   but thank you for the time on that.

25           THE COURT:  No, I have no questions about that at

1    this point.

2          Mr. Sallet.

3          MR. SALLETT:  In a similar vein, of course, the

4    DOJ made the proposal and it is often thought of as such,

5    but we want to be -- just make the point, the obvious point,

6    that that is the DOJ's proposal, it's also the proposal of

7    the Plaintiff States.  We worked alongside DOJ during the

8    process.  We have 38 AGs that are supporting this remedies

9    package.  We intend to work on these issues through

10   discovery and at the hearing in April and May of next year.

11         THE COURT:  All right.  Thank you, Mr. Sallet.

12         Mr. Schmidtlein, anything you'd like to add?

13         MR. SCHMIDTLEIN:  Your Honor, we've received the

14   Proposed Final Judgment that we got close to midnight last

15   Wednesday.  We are reviewing it carefully.

16         Our review to date, though, indicates and reflects

17   it is radical, it is irresponsible, and it goes well beyond

18   issues, both subject matter that was raised at the trial and

19   goes well beyond what the law would ever allow here.  A lot

20   of the discovery disputes that are before Your Honor today

21   are going to relate to areas of the PFJ that we are going to

22   contest vigorously.

23         In terms of issues specifically to, I think, flag

24   for you today, you have set aside, I believe, nine days in

25   April and early May.

1          The radical proposal that has been put forward by

2    these plaintiffs, I am dubious that we are going to be able

3    to address all of those issues.

4          If they remain in play come next March, I am

5    dubious that we're going to be able to fairly adjudicate

6    those issues, the breadth of issues in nine days.

7          And so I just wanted to flag that for Your Honor

8    right now, because, again, we're still evaluating it, we're

9    still lining up experts, an array of witnesses who will want

10   to be heard on this proposed judgment.  Thank you.

11         THE COURT:  All right.  Thank you.

12         Look, I'll only make the following observation.

13         I don't have anything to say substantively about

14   the plaintiffs' proposals.

15         And it just piggybacks on Mr. Schmidtlein's last

16   point, which is that, I too -- it occurred to me whether

17   nine days would be a sufficient amount of time given the

18   scope of the proposal.

19         But I think that's something we need to probably

20   address sooner rather than later, maybe not today, but after

21   all this has had the opportunity to marinate.  Perhaps the

22   next time we're together, I will tell you that -- well,

23   let's just leave it at that.

24         And then if we need to add some more time, we can

25   discuss what that looks like.  And when -- because I have

1  another trial that's supposed to start the week after this

2  one ends.  So we'll figure it all out.

3          All right.  Let's then turn to the issues at hand.

4          Let's start with the plaintiffs' and Google's

5  disputes that were flagged in the Joint Status Report.

6          Let's just start with the question of

7  post-liability-decision discovery as it relates to request

8  Number 20, 23, 24, 25, 26, and 27.

9          I guess I would just make the following

10 observation and then ask Mr. Schmidtlein to address it,

11 which is, I think -- I mean, you've certainly properly

12 characterized what some of my observations were last time,

13 and arguably some of the concerns that you've articulated,

14 I share to some degree.

15         I guess the question is, in light of what the

16 plaintiffs have identified as the hit report numbers for

17 those requests, and those requests, I think, span two years

18 or since the close of discovery.  And we're talking about

19 90,000 documents, or 90,000 -- just short of 90,500.

20         You know, it's hard for me to assess true burden

21 without some kind of hit count, especially when the hit

22 count is as low or seemingly as low as it is for these

23 requests over the course of two years, if we're adding now

24 another three or four months.

25         You know, even if there is some uptick of

1    potentially privileged material, I do wonder how much that's

2    going to add to the burden overall, and so perhaps you all

3    have done a hit count for those months.  But if you haven't,

4    I think it might be helpful for me to know what that number

5    looks like in order to really assess the burden question.

6              MR. SCHMIDTLEIN:  Your Honor, we have not --

7    we don't have a hit count, because what we did right from

8    the beginning was, we gathered these documents sort of

9    immediately and grabbed them so that we could begin sort of

10   processing the wide array of requests.

11             We don't have a sort of all the way going forward,

12   because every time you do that, you have to go back and

13   pull --

14             THE COURT:  Right.

15             MR. SCHMIDTLEIN:  -- and supplement and backfill.

16             And we have been working very expeditiously on all

17   of the other documents that we have already agreed to review

18   and are in the pipeline to produce.

19             We have been pressing the DOJ for these things.

20   You know, candidly, we've been pressing them harder to get

21   search terms and get proposals, and they have been delaying

22   getting us back information.  We've sort of made proposals

23   to them to try to address what we think is, you know, within

24   our compromises, within scope.

25             We do not have a hit count going all the way

1  forward, because, candidly, we think all of the additional

2  burdens, given the time crunch that we're under, I mean,

3  we're talking about a discovery period that's going to end

4  in 90 days.

5          THE COURT:  Right.

6          Let me ask.

7          Mr. Dahlquist, look, I think the one point

8  Mr. Schmidtlein raises, which is at least implicit in what

9  he's just said and is fair, is that we do need a cut-off

10  date and -- of some kind.

11          And it's not clear to me what you are proposing

12  that cut-off date to be other than the date of production,

13  which seems to not be an optimal cut-off date, because the

14  date of production is always going to continue to move after

15  the search.

16          MR. DAHLQUIST:  Certainly.

17          Your Honor, first of all, I share

18  Mr. Schmidtlein's concern in that we're 60 days from a

19  discovery cut-off.

20          As of today, the Department of Justice has

21  produced over 600 documents to them.  Google has produced

22  400.  We're two months in.  We have 400 documents from them

23  and zero custodian documents.

24          So I understand Your Honor's concern about the

25  April schedule, happy to figure that out.  I'm concerned

1    about even getting to April at this point.  And so I want to

2    make sure we do that, which our full intention is to keep

3    that date.

4            But to Your Honor's point, during liability could

5    be a guide as to what we did.  We had a cut-off date agreed

6    and then we refreshed up to the end -- after discover, we

7    refreshed after the cut off of discovery.

8            If we want to pick a date today, we can certainly

9    pick today as the date, where we can cut it off.  We would

10   ask for a refresh then between today and perhaps the actual

11   close of fact discovery.

12           But I agree, Your Honor, with the overall point of

13   burden.  They have not shown any burden here.

14           During liability they've produced nearly 6 million

15   documents.  We're at 90,000 for over two years here.

16           We -- and in accordance with Your Honor's

17   instructions last time, we have trimmed down the custodians.

18   You told me, Mr. Dahlquist, maybe you don't need all those

19   custodians.  We agree, we didn't take all of them.  We're in

20   agreement or nearly in agreement with all the search

21   strings.  So we have certainly trimmed.

22           But we would certainly ask that that information,

23   from August 4th to going forward, is now directly aligned

24   with the PFJ.  Mr. Schmidtlein says they need more

25   information.  They have our PFJ.  They know exactly what

1    we're looking for.

2            The requests that are at issue go to syndication,

3    they go to AI, and they go to search and search competitors

4    and search entry, areas that are squarely on target with

5    what we're looking to do here.

6            So, Your Honor, we do not believe, whatever that

7    hit count might be, it's not going to be higher than 90.

8    But either way, it is relevant, it is responsive, and

9    we believe that it will help this Court to be able to make a

10   better decision in April.

11           THE COURT:  And I take it that this hit count is

12   based upon some number of search terms or the search strings

13   that you've provided Google --

14           MR. DAHLQUIST:  Correct.

15           THE COURT:  -- and across some number of

16   custodians?

17           MR. DAHLQUIST:  Correct.  That is exactly right.

18           THE COURT:  Okay.

19           MR. DAHLQUIST:  We're taking the proposed search

20   strings that we have proposed with the data that they have.

21           THE COURT:  Okay.

22           Mr. Schmidtlein.

23           MR. DAHLQUIST:  Final point, Your Honor, we're

24   asking for three additional months, right, at this point, if

25   we cut it off today.

 1          MR. SCHMIDTLEIN:  Your Honor, at the last status

 2    conference, you gave us some guidance about which ones we

 3    needed to produce for.

 4          Plaintiffs, four days after that conference,

 5    sent us a letter proposing custodians for each request.

 6    So that's October 28.

 7          And they said in that letter, we'll propose search

 8    strings.  But they didn't give us any on the 28th.

 9          On the 30th, Google proposed search strings to

10    them because we still hadn't received search strings from

11    them.

12          On November 4th, we provided proposals and hit

13    counts for two additional requests.  So by November 4th, we

14    had provided them with search strings.  They had provided us

15    with nothing.  They provided us with proposed custodians,

16    no search strings.

17          November 8th, we wrote them again, where are your

18    search strings?  We were going to meet and confer.

19          November 11th, we asked them again, where are your

20    search strings?

21          November 13th was when they finally provided us

22    proposed search strings, two weeks after we made a proposal

23    to them.

24          So Mr. Dahlquist up here complaining about the

25    volume of documents they've received is in part a reflection

```
 1   of how slowly they have moved in this process.

 2            We have been pressing them.  We made our own

 3   proposals to them.

 4            And this is based on, again, the volume of

 5   documents that we have based upon when we grab these.  We

 6   can't go back and refresh these documents on a day-by-day

 7   basis --

 8            THE COURT:  Sure.

 9            MR. SCHMIDTLEIN:  -- to sort of catch up.

10            We think the subject matters that are at issue

11   here, these are not things that are moving day by day by

12   day.

13            I think that fighting over all these additional

14   months, you know, at some point, you just have to make

15   judgments and you have to make cutoffs, and we think we've

16   made reasonable proposals in that regard.

17            And we want to get moving and push these documents

18   out, and we're going to have documents to push out very

19   shortly based on what we've already agreed to do.

20            THE COURT:  Okay.

21            All right.  Let's do this.  I'm going to order

22   Google to run a hit count across these requests up through

23   November the 5th, so that's an additional 90 days past the

24   liability determination, I guess maybe 91 days, and

25   let's see where we are.
```

1          If that hit count is manageable, then the odds are

2   I'm going to ask you to simply just produce those records.

3   And if there are obviously privilege issues, then you'll let

4   me know.

5          But, you know, given the current hit count over

6   the -- over two-plus years, I would hope that a three-month

7   hit count would be relatively modest, maybe there's some

8   uptick given increased activity as a result of the liability

9   determination, but I can't imagine it's going to be so much

10  so that it's going to cause a great deal of burden, or at

11  least my hope is it won't cause a great deal of burden.

12         Mr. Schmidtlein, how long do you think it would

13  take for you to get a hit count back to the plaintiffs and

14  to -- well, starting with the plaintiffs and then me?

15         MR. SCHMIDTLEIN:  It will be next week, given the

16  holiday.

17         THE COURT:  Sure.  Okay.

18         How about by the 5th, is that enough time or

19  do you need more?

20         MR. SCHMIDTLEIN:  That should be enough time.

21         THE COURT:  Okay.  All right.

22         So I'll ask you to make sure that that hit

23  count -- well, let's do this.

24         Let's make it the 5th.

25         Notify me by the end of the day on the 6th whether

```
1    you need me to intervene the following week or have further

2    discussions about the need for -- you know, whether the

3    burden issue is going to be -- remain ripe.

4                MR. SCHMIDTLEIN:  Understood.

5                Thank you, Your Honor.

6                THE COURT:  Okay?

7                Yes, Mr. Sallet, sure, come on up.

8                MR. SALLET:  I had a question.

9                Is it possible that the public-access line is not

10   open?  Could we check that?  I've gotten a text from --

11               COURTROOM DEPUTY:  They're all on.

12               MR. SALLETT:  They are on?  Thank you very much.

13               THE COURT:  Let's turn then to the issue about the

14   remedies, what I'll just call the internal remedies

15   assessment records.

16               Let me say the following, which is, I'm going to

17   reiterate the concerns I expressed last time about the scope

18   of this request and the complexity that it presents.

19               I appreciate the limitations that have been put in

20   place, including importantly on timing, although, with

21   respect to the 2020 DMA, that only -- you know, that

22   limitation is really two and a half years.  With respect to

23   the FJTC, I guess it's a year.

24               It still isn't clear to me -- well, I would make

25   the following observation, which is that, what is relevant
```

1    in my estimation that you're trying to seek is Google's

2    internal remedies assessment as to the remedies you are

3    proposing.

4           And I don't have the knowledge that you all do

5    about these two plans -- one legislative and the other,

6    I think, the Japanese one is administrative -- to know

7    whether, how those things map on to what the plaintiffs here

8    are proposing.

9           And if there is a way to -- and so I guess that's

10   Question 1, which is, to what extent are these remedy

11   regimes, let me just call them those, do they map on to what

12   you're asking for here, because if they do to some extent

13   map on to what you're asking for here, then I can see why

14   Google's internal assessment may be relevant, although let's

15   figure out how to get to it.

16          On the other hand, as I suspect, that both of

17   these remedy regimes are far beyond the scope of what we are

18   dealing with here.  And so, you know, I don't want to waste

19   time identifying records that have nothing to do with what

20   we're trying to accomplish.

21          And so, you know, whether it's through search

22   strings or some other mechanism, you know, the plaintiffs

23   all going to have to try and narrow this in a way that's

24   focused on the remedies that you are seeking.  And I don't

25   know how to best do that.  So I'll put that out there as

 1  one.

 2          Two, you know, again, I will express the same

 3  concern I had last time about privilege here.  And this

 4  really is going to be potentially complicated not only

 5  because, for the reasons I discussed earlier, but, you know,

 6  there also is the additional issue of whether these are

 7  business records or actual records relating to legal advice.

 8          And, you know, that is not always a bright line.

 9          And, again, if -- we're going to have fights about

10  that kind of thing, let's make it worthwhile.  I don't want

11  to waste time fighting about stuff that really doesn't

12  matter.

13          And, again, you know, there's a cost benefit to

14  all of this.

15          And I guess the last observation I'll make is the

16  one I said earlier, which is, I don't know -- I don't have a

17  great sense from where I sit how much of these sort of

18  cross-market remedies are going to be terribly useful for my

19  consideration.

20          You know, let's just -- I'm going to use one

21  remedy that I believe is at issue in the 2020 DMA, which is

22  the choice screen, right.  That was something that was

23  imposed on Google, no doubt there's a lot of documentation

24  within Google about the choice screen.  But you're not

25  asking me for a choice screen, so we shouldn't be wasting

1    time trying to identify documents about internal remedy

2    assessments that have nothing to do with what we're going to

3    try and resolve in April.  So those are my reactions.

4            And I still remain concerned about the breadth of

5    this, what it is you're precisely seeking and how to do it

6    in such a way that doesn't give rise to the complexities

7    that, you know, Google has flagged and that I share.

8            MR. DAHLQUIST:  Thank you, Your Honor.

9            We do believe it does map on to our PFG.

10   Ms. Onyema is going to handle it for us have to have

11   continuity from the last hearing, Your Honor.

12           MS. ONYEMA:  Thank you, Your Honor.  Good to see

13   you again.

14           We also don't want to waste any time.  We don't

15   have a lot of time here.

16           And the reason that we've narrowed it to the DMA

17   and the JFTC is that, in our view, the DMA is relevant to

18   our circumvention remedies, our data-sharing remedies and

19   understanding what's effective and not effective as it

20   relates to the DMA, and also our self-preferencing remedies.

21   And the JFTC is relevant to our ad syndication remedy,

22   and that's why we've narrowed it to those two.

23           We have attempted to meet and confer with Google

24   to address the privilege concerns that you raised.  We do

25   believe that documents created after your Court's decision

```
 1    would be more likely to -- I know we talked last time about.
 2            THE COURT:  Sorry, I didn't hear what you said,
 3    documents created after what?
 4            MS. ONYEMA:  I'm sorry.
 5            After the liability determination in August, to go
 6    back to your last status conference about any discussion
 7    internally over any overlap in Google's view of what's
 8    effective and ineffective and how it might be relevant to
 9    remedies here that would more likely be discussed after the
10    Court's decision, which is why we do believe that those
11    documents are important.
12            We did reach out to Google four days after the
13    last status conference.
14            And in addition to agreeing to narrow the scope of
15    this request significantly in terms of the number of
16    jurisdictions, the timing, we also said that if they had
17    additional thoughts on parameters that would help with any
18    privilege concerns, specifically related to after the
19    Court's decision, we were happy to discuss them.
20            But Google has just refused to come to the table
21    over the past month to engage with us.  Instead, they have
22    spent many letters talking about relevance, yet again, that
23    I know we discussed at length last time.
24            So we would at this point like the Court's
25    guidance today, if possible, because we don't know -- we do
```

```
 1   really feel that we are at an impasse at this point.

 2           And again, we do believe that these documents are

 3   going to help inform the remedy.

 4           Only time will tell once we see the documents if

 5   they will be helpful to you as you put together your final

 6   judgment.

 7           But we certainly believe that, if Google is having

 8   internal discussions about what is effective and ineffective

 9   related to remedies that touch upon what we're looking at

10   here, like that touch upon data sharing, for example, that

11   is something that we should be able to see just to make sure

12   that we are providing the Court with a proposed remedy that

13   is comprehensive and effective.

14           THE COURT:  So it's helpful to have identified the

15   specific remedies that you believe this request relates to.

16           And I do then wonder how much -- well, have you

17   identified those remedies previously such that Google can

18   now be in a position to at least think about how best to

19   provide you with records that relate to those specific

20   remedies?

21           MS. ONYEMA:  Your Honor, we indicated the two

22   jurisdictions to them on October 28th, but we did not

23   identify the specific remedies.  But certainly they've had

24   nearly a week with our proposed final judgment where they

25   can see what we have proposed.
```

1          And we also provided an executive summary if they

2     didn't have time to read the whole thing, and so they should

3     be on notice to some degree.

4          But to the extent that the Court wants us to

5     continue meet-and-conferring, we're happy to do that.  But

6     we do feel that we have provided them sufficient notice to

7     be able to understand the types of remedies related to the

8     DMA and the JFTC that could be relevant here and could help

9     inform the Court's decision on remedies.

10          THE COURT:  Okay.

11          Mr. Sallet.

12          MR. SALLET:  Just three points.

13          Your Honor, we do include a choice screen

14     provision in our remedies.  It's applicable to Google

15     products, for example, the Pixel, its phone.

16          THE COURT:  Oh.

17          MR. SALLET:  We request choice screens in relation

18     to Google products.

19          Secondly, in the Joint Status Report, Google

20     itself identifies sections where it says it will make some

21     production, and these aren't surprising ones.  Let me just

22     take one of the ones Google says they will produce some

23     documents about.

24          It's Article 6(11), subsection 11 of the Digital

25     Markets Act.

1          It is data sharing.  It calls for sharing with

2     horizontal rivals of ranking, query, click and view, data

3     related to free and paid search.  It's very relevant to the

4     data-sharing remedies we've suggested.

5          Among the other ones that Google identifies,

6     I'm just using those, because it seems like the easy place

7     to start, there is five -- Article 5, Section 10,

8     information to publishers; Article 6(3), changing default

9     settings, uninstalling software; Article 6, Section 8,

10    advertiser data, including performance data and the ability

11    for advertisers to independently verify.

12         So Google itself -- and I'm not saying this is the

13    scope, but Google itself has provided a series of provisions

14    that it says it will provide some discovery to, which

15    clearly line up with issues that are in our proposed

16    remedies.  And that's, by my count, five sections.

17         Thirdly, just on one subset, what Google says in

18    the Joint Status Report is that it's producing its DMA

19    submissions and workshop presentations.  I don't quite know

20    what that phrase means.

21         And this is not the full scope of our request,

22    but, surely, to the extent that there are communications

23    with DG Comp, the Director General for Competition that

24    administers the DMA, surely to the extent that Google is

25    making presentations or in dialogue with the government

```
 1    agency, those are not privileged communications.  I can't
 2    tell from this whether they intend to provide all of those
 3    or some called subset -- so-called subset.
 4              And it's important, because the way the DMA is
 5    being administered is DG Comp has said more than once, we
 6    want to have dialogue with the parties that are subject to
 7    the regulation.
 8              Indeed, there's a published report of at least one
 9    meeting of Google lawyers with the DMA this fall.  There's
10    nothing wrong with that, it's entirely appropriate.  But it
11    goes to the point that we would suspect that there are
12    multiple kinds of presentations, communications back and
13    forth that would not fall within any privilege claim.
14              THE COURT:  So I guess what I would -- this is
15    helpful to have this conversation, because this is exactly
16    the kind of thing that I was hoping you all would be able to
17    have a conversation about, which is, what specific
18    documents, types of documents are you looking for.
19              And whether Mr. Schmidtlein and Google are
20    contemplating that, within what they've called DMA
21    submissions and workshop presentations, is exactly what
22    you've referred to, I don't know the answer to that.
23              MR. SALLET:  Yes.
24              THE COURT:  But that's the conversation you all
25    need to have.
```

1          I mean, I'm not in a position to, right now, for

2     example, say, look, the following search strings need to be

3     run across the following custodians over the following time

4     period.  I mean, I just am not in a position to give you

5     that kind of ruling today because the ball hasn't been moved

6     that far.  It may come to that, but it doesn't seem like

7     that's where things stand.

8          MR. SALLET:  Yes.

9          THE COURT:  And so I guess what I would -- I would

10    communicate to you all is as follows:

11         One, I think there's a relevance to the request,

12    one.

13         Two, that request has to be tailored consistent

14    with the remedies you are seeking and not the whole shooting

15    match of what's going on in Europe and in Japan.

16         And that, three, it does need to be narrowed in a

17    way that's targeted to actually get what you want.

18         And whether that's by limiting custodians, I do

19    have some concerns about the time frame of two and a half

20    years but that just seems like a lot to me.  On the other

21    hand, I suppose what you're looking for is Google's internal

22    assessment of how these remedies have played out over the

23    last couple of years.

24         MR. SALLET:  In fact, Your Honor, if recollection

25    serves, even before the operative date of the DMA, DG Comp

 1   was holding workshops, I believe with Google but certainly

 2   with technology companies, to explore these issues.  That's

 3   one of the reasons the time period goes back as it does.

 4          But the points you make, Your Honor, we will take

 5   with DOJ and we will engage in a dialogue with Google along

 6   the lines that you outline.

 7          THE COURT:  Okay.

 8          Mr. Schmidtlein.

 9          MR. SCHMIDTLEIN:  Your Honor, we disagree that

10   there is any relevance to these.

11          These go way -- these are different.

12          Their remedies go way beyond in many respects

13   what's going on in Europe and Japan.

14          But to compromise this, we agreed, we picked out

15   ones that we thought mapped to their framework because

16   that's all we had at the time.  And we picked out those

17   sections and said, we will provide you our submissions.

18          We are providing them with our formal position

19   papers and legal submissions and workshop presentations made

20   around these various subject matters.  And they don't

21   disagree that we've picked out the right subject matters.

22   So I think we were in agreement there.

23          Where we're in disagreement and where we really

24   would like resolution from you is, we shouldn't have to run

25   search strings over, hey, let's try to get at anybody

1  internally talking about sort of how the sausage gets made,

2  which is likely going to be privileged.

3          We are talking about lawyers involved in all of

4  these types of strategies and submissions and, you know,

5  what's workable and what's not, what should be legal, what

6  shouldn't be, and everything that goes into our final

7  submission.

8          We don't believe, given the "relevance," and we

9  contest it, but for purposes of this, we're trying to

10  compromise and move forward.  We don't believe they should

11  have, you know, running email searches around how we came up

12  with our submissions or, you know, what individuals in

13  Europe or in Japan or in other jurisdictions are thinking

14  about things.  We have to get moving here.  So we've grabbed

15  the documents that are easily identifiable and we're

16  prepared to produce those.

17          THE COURT:  Have you been provided search strings

18  for this particular request?

19          MR. SCHMIDTLEIN:  No.  No, we haven't.

20          Our position, again, and based on the comments you

21  made at the last hearing, like, how we're going to parse out

22  what was being done at the direction of lawyers and what

23  was, what, a stray water-cooler conversation about the DMA,

24  whether that's privileged or not, given the tangential

25  relevance, we really do have to get focused on what is

```
 1    really relevant and how are we going to get through until
 2    next April.  And fishing for these materials that they never
 3    asked for before seems like we are very, very far afield.
 4              THE COURT:  Come on up.
 5              MS. ONYEMA:  Thank you.
 6              Thank you, Your Honor.
 7              Just a couple of responses.
 8              We're not seeking to talk to anybody that was
 9    talking at a water cooler about remedies.
10              We have asked Google to provide five custodians
11    for both the DMA, the JFTC.  That's five custodians.  We've
12    offered to engage on search terms on any other parameters
13    that would be helpful.
14              And we're not looking to -- I think that we're
15    sort of talking about two separate things here.  We're not
16    looking to just get the submissions.  That's sort of a
17    different request.  Right now we're trying to get the
18    internal discussions.  And so that, in our view, is going to
19    be helpful.
20              THE COURT:  Could I ask you, in what type of
21    documents do you envision getting the kind of information
22    you want?  In other words -- and Mr. Schmidtlein has
23    expressed concern about doing searches over emails or at
24    least in terms of email dialogue as opposed to perhaps the
25    attachments, I suppose, but anyway, the emails, chats, et
```

1    cetera.

2           I mean, it seems to me what you're looking for are

3    something more formal.  You know, actual memos, position,

4    internal white papers, to the extent things like that have

5    been drafted, that are giving Google's unvarnished internal

6    assessment of these remedy proposals and how these remedies

7    have impacted the company.

8           Am I -- is that a fair summation?

9           MS. ONYEMA:  I would say it's formal and informal.

10          And just to give you an example.

11          After the Court's decision came out, if Google, if

12   executives, for example, are talking about a particular

13   portion of your opinion talking about data and saying, oh,

14   goodness, we're dealing with this issue, we've dealt with a

15   similar issue in the DMA and here's what worked and didn't

16   work there, and that would be information that we believe is

17   relevant so that we are providing you with a remedy that is

18   comprehensive.

19          So we do think that it also includes informal

20   discussions, but, again, we've been -- we've shown a

21   willingness to talk about other types of parameters to help

22   address any privilege concerns.

23          And, again, we are only requesting five custodians

24   for each jurisdiction.

25          THE COURT:  And you're putting that on Google to

```
1    identify who the custodians are?
2            MS. ONYEMA:  We did ask them to identify the
3    custodians.
4            Again, we're happy to engage with them on thoughts
5    that we might have.
6            But I know that the Court had a concern at the
7    last status conference about wanting to make sure that there
8    weren't custodians abroad, just given some concerns there.
9    So we thought that Google might be best positioned at this
10   stage, given that we don't have documents yet, to say that
11   these particular individuals might be appropriate
12   custodians.
13           THE COURT:  Okay.
14           MS. ONYEMA:  Thank you.
15           THE COURT:  All right.
16           Look, here's what I think we're going to do.
17   I'm going to ask you all to do -- this won't come as a
18   surprise -- to take one more crack at this, and consistent
19   with the discussion that we've had today.
20           I guess what I would emphasize to the plaintiffs
21   is, it seems to me -- I'll reiterate what I said earlier,
22   which is, sure, we might find that email comment or that
23   chat comment about something I wrote or something that,
24   you know, may be in the DMA or -- but I don't know how
25   terribly useful all that's going to be.
```

1          It seems to me that what could potentially be

2   useful is something that is -- what I would call formal;

3   in other words, something that is contemplated and which the

4   company is actually reflecting and reaching the company's

5   position on the efficacy of a remedy or the impact of a

6   remedy.

7          I don't know how much water cooler discussion

8   between executives is going to be terribly helpful in that

9   regard, because it's just that, it's water cooler

10  discussion.

11         And while there may be some nuggets that might be

12  helpful in that, it does seem to me that it doesn't -- it's

13  not worth trying to get at those, given the complexities

14  that it would involve.

15         And so if there are those types of formal internal

16  evaluations, considerations of both -- of impacts and

17  effects, okay, let's figure out how it's possible to get to

18  those.  I'm not so sure that a search string over emails is

19  the way to do it.

20         And, you know, Google, Mr. Schmidtlein, you're in

21  the best position to know what something like this -- what

22  this might entail and who might have such materials.

23         But I don't want to turn this into something that

24  produces, you know, a quarter million to half a million hits

25  and then we've got to figure out what to do with that.

```
 1    That's not benefiting anyone, okay?
 2            So let's do this.  Just get back to me by the end
 3    of next week about whether you've made any headway on this
 4    and, hopefully, you know, further discussion will get you
 5    the point of compromise, and, if not, you don't want me
 6    writing up search strings because you won't be happy with
 7    it.
 8            MR. DAHLQUIST:  Thank you, Your Honor.
 9            THE COURT:  All right.
10            Let's talk witness lists before we turn to the
11    third parties.
12            Look, I'll just say this:  You all have got to put
13    names down on paper and soon.
14            And I say that not -- I say that for the obvious
15    reason of providing notice.  But also, you know,
16    particularly with third parties, you know, it wouldn't
17    surprise me if the moment you identify who the third party
18    witness is, Google is going to send out a subpoena to that
19    third party saying, we'd like to have this custodian's
20    records on the following subjects so that we can depose the
21    person on it with the documents in hand.  That can't wait
22    until January, all right?  I mean, they've got to know the
23    names of who these third-party witnesses are going to be
24    sooner than that so they can get the documents that they
25    think they need to effectively depose whoever that may be.
```

```
 1              And I need a -- you know, I can set a date, I can
 2    do it today, but I'm going to turn to you, Mr. Dahlquist,
 3    and give me an honest assessment by which you can do that.
 4    And it can't be January, it's got to be sometime in the next
 5    few weeks.
 6              MR. DAHLQUIST:  Understood.
 7              Mr. Severt is going to address this issue.
 8              THE COURT:  Mr. Severt.
 9              MR. SEVERT:  Thank you, Your Honor.
10              Adam Severt for the United States.
11              Your Honor, we have given Google the best
12    information that's available.  With everything that we know
13    at this time, they have all the names.
14              Where we didn't have a name, we gave the topics.
15    And in some ways, many ways, having the topic is more useful
16    in that if they just had a name, they wouldn't know what
17    subjects we might seek testimony from.
18              And just turning to the third parties in
19    particular, because I think that's really where Your Honor's
20    concerns are and where we understand Google to be most
21    focused on, is, you know, we've been -- it's true that we
22    talked to some third parties, but often, in most cases,
23    in fact, we have just talked to counsel, and we've just
24    started getting --
25              THE COURT:  So, Mr. Severt, you'll forgive me.
```

1              That's not -- Mr. Schmidtlein is going to say,
2    that's not my problem, okay?
3              And I would agree with him.  That's not his
4    problem.  That's your problem.
5              And if all you've done is talk to counsel, you
6    need to get past counsel.
7              And, you know, these subject matters that you've
8    identified as the witnesses -- that the witnesses will
9    testify about, are so broad, it doesn't help anybody.
10             I mean, look, okay, he's not going to go talking
11   about his tennis match schedule for the weekend.  But, you
12   know, say he searched text ads, advertiser transparency and
13   optimization for booking, Microsoft, search access points,
14   distribution and barriers to entry and expansion, you know,
15   those are extraordinarily broad topics.  They need to know
16   who the witnesses are going to be so they can get the
17   records that they need to depose the person, and I need a
18   date from you by which you're going to put names to these
19   companies and do it soon.
20             MR. SEVERT:  Sure.
21             Yes, Your Honor.
22             And we're happy to do that on a rolling basis as
23   we get names.
24             THE COURT:  It can't be rolling.  I need a
25   deadline.  I need a deadline.  And I'm either going to give

```
 1   you one or you're going to give me a reasonable date by
 2   which you're going to provide those names.
 3                MR. SEVERT:  Sure.
 4                Your Honor, we could do it by December 15th.
 5                And we can roll -- we certainly would be able to
 6   roll in some before then.
 7                THE COURT:  I'll give you two weeks, till the 10th
 8   of December, okay?
 9                Mr. Schmidtlein, is that satisfactory?
10                MR. SCHMIDTLEIN:  Yes, Your Honor.
11                THE COURT:  All right.
12                Now, let me be 100 percent clear, for both sides:
13   None of this is written in stone.  And what I mean by that
14   is just because somebody's identified here, if things
15   change, they can be subbed out, I understand; however, this
16   will be the presumptive list from which you pull for
17   purposes of trial.  If something comes up, they've got to
18   swap out witnesses, I understand that.  But this is the
19   presumptive working list that will formulate your final
20   list, okay?
21                MR. SEVERT:  Yes, Your Honor.
22                THE COURT:  All right.
23                Anything further on that topic, Mr. Schmidtlein?
24                MR. SCHMIDTLEIN:  No, Your Honor.
25                THE COURT:  Okay.
```

1          MR. DAHLQUIST:  Thank you for the guidance.

2          THE COURT:  Okay.

3          Let's turn then to Google's issues or disputes

4    it's flagged with the various third parties.  They are

5    Microsoft, Perplexity, and Open AI.  Hopefully, we can move

6    through this quickly.

7          I want to at least -- before we turn to this,

8    I want to just -- I want to put something out there for your

9    consumption.  And it doesn't necessarily require you to

10   react, but I want to just share with you what my thoughts

11   are about this topic, which is, you know, look, AI and the

12   integration of AI is plainly going to play a much larger

13   role, it seems to me, in this remedies phase than it did

14   during the liability phase.  Now, is that because of the

15   remedies that are being requested?  Perhaps.  But is it also

16   because potentially the market that we've all been

17   discussing has shifted?

18         From where I sit as a layperson and seeing how the

19   market has unfolded, it seems to me that there are sort of

20   two primary ways in which AI has been integrated into -- or

21   relevant to the question of search.

22         One is, the actual integration of AI technology

23   into the search engine, right?  ChatGPT technology into

24   Bing.

25         Google's integration of --

1          MR. DAHLQUIST:  Gemini.

2          THE COURT:  Gemini, not Bard, Gemini into its

3    search engine.

4          That has, in some sense, changed what search looks

5    like, right?

6          Your exhibits that you are putting up showing what

7    search engine results pages look like don't look like that

8    today, at least for noncommercial queries.  And so -- I'm

9    wondering how that is going to have an impact in what we are

10   looking at going forward.  That's one.

11         Two, I'm not quite sure how you, the plaintiffs,

12   see what I will just call standalone AI tools, search tools.

13   And what I mean by that is the ChatGPT app that I can

14   download and use on my phone, the Claude app that I can

15   download and use from my -- or access from my Desktop.

16         As I understand it, those tools right now are

17   largely -- largely useful for non-commercial queries and

18   other functions that really don't have to do with search on

19   the Internet.

20         But that may be -- I don't know, I'm sure that

21   these companies are contemplating or not contemplating --

22   some noncommercial search functionality, and, importantly,

23   how to monetize all of that.  I mean, my limited experience

24   with these things is not shown full-blown ads and so on and

25   so forth, but that may be coming.

1          And so it's not clear to me, as I sit here today,

2     how those type of products are going to be viewed by the

3     plaintiffs as it relates to what we defined -- or I defined,

4     I should say, as the general search engine as a product

5     market.

6          I suspect Google is going to say that all of this

7     is market changing and shifting, and all of this ought to be

8     considered part of the market, Judge, in determining what

9     remedies you need to consider, because the landscape looks a

10    lot more competitive today than perhaps it did even as

11    recently as August the 4th.

12         I mean, I think, for example, Perplexity announced

13    its sort of Perplexity search product since then.  I don't

14    know what that looks like, I haven't seen it, I haven't used

15    it, but I know that has been introduced into the

16    marketplace.

17         I know ChatGPT has introduced since August,

18    I believe since August 4th, what they call sort of ChatGPT

19    search, which is an effort to sort of mimic a general search

20    engine, or at least the functionality of a general search

21    engine.

22         I put all this out there, because I have to say,

23    I don't -- well, let me put it this way.  I'd like to have

24    an understanding of what all this means for your respective

25    positions.

1          And it's not something you have to answer today.

2     Obviously, it's a very complicated issue, and one that is

3     going to be featured undoubtedly prominently at the hearing

4     next spring, but it's one that needs to have a fairly sharp

5     focus and a sharp presentation so that I understand what

6     your positions are and how you see this market today and

7     where you see it going into the future, because things are

8     moving, at least, again, from this very layperson's

9     perspective, very quickly.  And I'll lust leave it at that.

10          And I'm happy to get your reactions to that if you

11     don't feel compelled to respond.  But I just wanted to put

12     that out there before we had these discussions about

13     Google's subpoenas to these various, you know, AI companies

14     and seeking information about their AI products.

15          MR. DAHLQUIST:  Thank you, Your Honor.

16          And we too look forward to that.  And I think

17     you'll hear much more from us certainly at the Pretrial and

18     at the next hearing.

19          But to maybe give a couple responses.

20          We too see this market moving.  But what we're

21     worried about, and the reason a lot of our remedies go to

22     this, is we're worried about Google's conduct in search

23     extending into this new frontier, if you will.

24          But what we're also seeing is that this relates

25     to -- at the last hearing I previewed two points for you,

1    one which was search access points, how you get into search,

2    that's what Gemini is, that's what a lot of these tools are.

3         So some of these are really nothing different.

4    And in our view, your markets don't change.  Your market is

5    still the same.  It is the general search marketplace.

6    These are just the access points to get into the general

7    search market.  That's the first point.

8         Second, we're very concerned about these, of

9    Google's conduct being a barrier to entry to all these new

10   products that you're talking about and whether they're

11   actual competitors to search, some are, some are certainly

12   not, whether they are potential future entrants to a market

13   evolution.  We agree, those are questions for this Court to

14   analyze in imposing its remedy down the road.

15        So I think I agree entirely with your two points;

16   one, how it integrates into search and that's how -- the

17   search access point too; and your second category I would

18   put these freestanding ones, whether these are features of

19   search, whether they are something completely different,

20   I think we need more information, and that's what discovery

21   will help to uncover.

22        THE COURT:  Okay.  Mr. Sallet.

23        MR. SALLET:  I won't be repeat what Mr. Dahlquist

24   said.  We agree with all of it.

25        There's a third aspect to this which is reflected

```
 1    in our remedies decree, which is that inputs to search may
 2    be inputs to AI.  And so control of those inputs by Google
 3    could itself shape competition in both, however they
 4    characterize, for example, our remedies concerning the
 5    search index.
 6            THE COURT:  Okay.
 7            Mr. Schmidtlein, if you want to add anything.
 8            MR. SCHMIDTLEIN:  How much time do you have,
 9    Your Honor?
10            THE COURT:  I just got a jury note.  Not that
11    long.
12            MR. SCHMIDTLEIN:  I guess, thank you for sharing
13    your observations, it's helpful to us; and you're right on
14    track.
15            The innovations and the developments that are
16    occurring today are extraordinary.  And the plaintiffs'
17    remedy proposal threatens to dampen and discourage a lot of
18    innovation in these fast-moving areas and seeks to hobble
19    Google's ability to continue all of those types of
20    innovations.
21            AI is going to be, it has been for many years,
22    an engine for innovation.  We're now seeing it manifested in
23    different ways in different products, but it is absolutely a
24    critical part of improving these products and moving forward
25    for the next generation of search.
```

1          And as I said, the remedies that have been put

2     forward are very, very dangerous and very, very problematic

3     in how AI moves forward.  And we very much look forward to

4     putting witnesses up there who will explain and bring to

5     life a lot of these types of innovations and the problems

6     that the plaintiffs' remedies have.  So we appreciate your

7     guidance on that, and, yeah, we look forward to engaging on

8     it.

9          And this is why we need to get the discovery from

10    a lot of these other firms that are competing so vigorously

11    in this space and have not been hindered at all by any of

12    the conduct that was at issue in the case in the liability

13    phase.

14          THE COURT:  Okay.  Thank you.

15          In any event, I just wanted to share those

16    thoughts.  I don't know that that's guidance but it's just

17    musings.

18          Okay.  Let's turn then to the disputes that Google

19    has raised with respect to its subpoenas.

20          Why don't we just turn to what perhaps is the

21    easiest of them all, and that's -- hopefully the easiest of

22    them all, and that's Google's subpoena to Perplexity.

23          Do we have counsel for Perplexity remotely

24    available?

25          MS. RAMIREZ:  Yes, Your Honor.  Grace Ramirez at

```
 1   Lewis & Llewellyn for Perplexity.

 2               THE COURT:  Hi, Ms. Ramirez.  How are you?

 3               MS. RAMIREZ:  I'm doing well.  How are you?

 4               THE COURT:  Good.  Thank you.

 5               So it sounds like you all have just -- well,

 6   you've now just recently come into possession of Google's

 7   subpoena; is that correct?

 8               MS. RAMIREZ:  Yes, Your Honor, that's correct.

 9               THE COURT:  Okay.

10               So in terms of moving forward, Mr. Schmidtlein,

11   I take it -- well, let me put it this way.  It seems in

12   everyone's interest to allow you to have the conversations

13   you ought to have with Perplexity at this point before I

14   intervene; is that fair?

15               MR. SCHMIDTLEIN:  Your Honor, let me give you just

16   a quick, very, very quick rundown of our dealings with

17   Perplexity thus far.

18               We served the subpoena on October 25th.  They have

19   had -- they're no stranger to this matter.  They've had

20   communications with the Department.

21               So we were in a position where they didn't respond

22   to the subpoena -- we served their registered agent,

23   CT Corporation, with the subpoena.  The time for compliance

24   ran.

25               On November the 14th, we emailed the two
```

1    individuals that we know, businesspeople within the company

2    that we know, have had dealings with the Department.  They

3    did not respond to those emails informing them that a

4    subpoena had been served and we had not gotten a response.

5              On November 20th, we got the plaintiffs' witness

6    list.  Perplexity is listed, a counsel, outside counsel, not

7    counsel who's here today, was listed as the contact for

8    them.

9              We contacted them.  Eventually got a delayed

10   response and were handed off to new counsel over the

11   weekend.

12             Given the timeline we're under, we need documents

13   from them and we need responses from them.  We don't need,

14   oh, we're going to start looking at it and we're going to

15   object to everything and we're going to be fighting with

16   you.  We need resolution of these issues.

17             So I don't know what's happened with Perplexity.

18   They respond quickly when these folks call them, they don't

19   respond quickly when we serve subpoenas on them.  So we need

20   action from them and we need commitments from them ASAP.

21             THE COURT:  Okay.

22             Ms. Ramirez, can I ask you what your current

23   thinking is in terms of responding and producing records?

24             I think Mr. Schmidtlein is right that we don't

25   have the luxury of a 30-day period to file objections and

1    responses and then rolling productions thereafter.  And so

2    can you just give me some of your thoughts on how you all

3    intend to respond and how quickly.

4           MS. RAMIREZ:  Yes, Your Honor.

5           So as an initial matter from what we can tell, the

6    subpoena was not properly served.  We're still investigating

7    the facts of that.

8           But Perplexity has no record of the individual

9    that Google served as being its registered agent.  To be

10    clear, Lewis & Llewellyn is willing to accept service on

11    behalf of Perplexity as of yesterday, and we were retained a

12    couple of days ago.

13           With respect to the subpoena itself, we do intend

14    to cooperate with Google on its request and to comply in a

15    reasonable manner.  We're happy to suggest various states

16    and to specifically begin rolling out productions by the end

17    of the year.

18           We certainly do -- we ask that the Court not order

19    that Perplexity has waived its objections to the service

20    issue.  But we do intend to work with Google on the requests

21    and to produce documents according to an agreed-upon

22    schedule.

23           THE COURT:  Okay.

24           I guess what I would -- so, look, I appreciate

25    that.

1    I would urge you to move as quickly as you can,

2  because, I will say, for present purposes, my view is that

3  Perplexity has appeared, and I don't want to resolve the

4  issue of proper service or not, you've been served, at least

5  at this point, and so it's in my interest and everyone's

6  interest to try to move this along as quickly as we can.

7    And, Mr. Schmidtlein, if there is foot dragging,

8  you will just let me know in terms of, you know, if you need

9  me to intervene to help move things forward, okay?

10    All right.  Let's talk -- thank you, Ms. Ramirez,

11  appreciate you appearing this morning.

12    MS. RAMIREZ:  Indeed, Your Honor.

13    MR. SCHMIDTLEIN:  Your Honor, we would ask that

14  they provide substantive responses and objections no later

15  than next Monday.

16    THE COURT:  Next Monday?  I think that's probably

17  ambitious.

18    MR. SCHMIDTLEIN:  Yes.

19    THE COURT:  But let me ask Ms. Ramirez if your

20  intention is -- well, I suppose -- well, your written

21  objections and responses, what is your current intention as

22  to when you will provide those to Google?

23    MS. RAMIREZ:  We were hoping by December 6th,

24  which is next Friday, Your Honor.

25    THE COURT:  Okay.  That seems reasonable.

1          All right.  December 6th it is.  Thank you.

2          MS. RAMIREZ:  Thank you, Your Honor.

3          THE COURT:  Okay.  Let's talk about Google's

4     disputes with Microsoft.

5          Do we have counsel for Microsoft present in the

6     courtroom?

7          MS. CHAPMAN:  Good morning, Your Honor.

8          THE COURT:  Yeah, come on up.

9          MS. CHAPMAN:  Julia Chapman on behalf of

10    Microsoft, Your Honor.

11         THE COURT:  Hi, Ms. Chapman.  Nice to see you

12    again.

13         MS. CHAPMAN:  Nice to see you again.

14         THE COURT:  So I guess the question is, where are

15    we in terms of the various requests that Google has

16    highlighted?

17         I guess Microsoft's overall position is that we've

18    provided responses to most of these requests, either we have

19    already or are prepared to do so.  I think the one pushback

20    has been with respect to agreements with OpenAI.  That's

21    sort of Category 1.

22         And then, to the extent that records relate to

23    models that are not proprietary models, Microsoft has said,

24    we don't own these, we can't provide you with the records.

25         So in light of that, have you all had further

1    discussions since you exchanged your position statements

2    that were presented to me?

3            MS. CHAPMAN:  We have not had any further

4    discussions, Your Honor, and I think you've summarized the

5    state of play accurately.

6            THE COURT:  Okay.

7            So let me ask you the following, which is, with

8    respect to the agreement with OpenAI;

9            One, I appreciate the sensitivity of it, very much

10   so, one;

11           Two, I appreciate the likelihood that it is a

12   broader agreement than what is relevant to the issues here;

13           Third, I do think, however, there are likely to be

14   provisions in that agreement that are relevant.

15           And it seems to me that Google, and, frankly, the

16   plaintiffs, would like to have access to those provisions.

17           And I'm asking whether you have thought about how

18   that can best be accomplished, consistent with your concerns

19   about the competitive position, confidentiality, et cetera,

20   so let me stop there.

21           MS. CHAPMAN:  So I think Your Honor started with

22   the right place, which is, these are highly competitively

23   sensitive, highly confidential materials.

24           And kind of what we kind of have not heard is how

25   the actual terms -- kind of getting to Your Honor's point,

```
 1    how the actual terms of those agreements are relevant to the
 2    remedies phase, particularly when you kind of put that next
 3    to all of the agreements and documents that Microsoft has
 4    agreed to produce here.
 5            And I know we've outlined those in our papers, any
 6    agreements related to distribution and other kind of
 7    concrete categories.  So what we are at a loss for is how it
 8    is that the terms of those agreements, given the
 9    sensitivity, could be relevant.
10            We are willing to have that conversation and we
11    can have that conversation after these proceedings,
12    Your Honor.
13            THE COURT:  I mean, again, this is one layperson's
14    view of this, which is, I assume that there is an agreement
15    between Microsoft and open AI about the integration of
16    OpenAI's AI tools and technology into Bing.
17            Has that agreement been disclosed in any form?
18            MS. CHAPMAN:  No, Your Honor.
19            And I also want to be clear that I am not prepared
20    to or in a position to speak to the details of any
21    particular agreement --
22            THE COURT:  Sure.
23            MS. CHAPMAN:  -- which is why I think that having
24    this further conversation with the help of particular
25    scoping from either party would be productive.
```

1          THE COURT:  Okay.

2          I mean, I put that out there as an example, and

3    perhaps an obvious one, that is relevant.

4          I mean, understanding what the terms are, it seems

5    to me, of that sharing arrangement, I don't know -- sharing

6    arrangement is probably not the right word, but whatever the

7    arrangement is, I mean, again, you know, I've read what is

8    in the public space that, you know, Microsoft has an

9    investment in OpenAI, and obviously some open AI technology

10   is integrated into Bing, into Copilot, et cetera, et cetera.

11         I think what Google is seeking, and, frankly,

12   I think the plaintiffs would want to understand too, is what

13   the terms are of those technology sharing arrangements,

14   whether it's licensing, sale, whatever it may be, the term

15   of years, that all seems to me to be fair game.

16         And I don't know whether you disagree with that or

17   not, but it does seem to me that that kind of information is

18   relevant to what's being -- what will be at issue in the

19   remedies phase, with the caveat as I observed earlier, which

20   is that these agreements undoubtedly encompass a lot more,

21   and I do think that -- I would be reluctant to say to

22   Microsoft and OpenAI as well, just turn the whole thing

23   over, when it may not be that the whole thing is completely

24   relevant.  Again, I don't know what's in the agreement.

25         So let me leave it there for a moment and turn to

1   Mr. Schmidtlein and just get your thoughts to where things

2   stand and what you think needs to be done and what's wanting

3   in the production so far and what you've heard from

4   Microsoft.

5           MS. CHAPMAN:  Your Honor, just briefly to be

6   clear, Microsoft has not yet made a production.  We received

7   the subpoena about a month ago and it's -- we're working

8   toward that.

9           And if you don't mind, I'll just --

10          THE COURT:  Do you have a date by when you think

11  you'll begin rolling out records?

12          MS. CHAPMAN:  I don't have a firm date that I can

13  commit to, but we're working now and we understand the time

14  sensitivity here, Your Honor.

15          THE COURT:  Okay.

16          I mean, are we talking weeks, months?  I have to

17  have some sense of when.

18          MS. CHAPMAN:  Not months, Your Honor.

19          THE COURT:  Okay.

20          MS. CHAPMAN:  Certainly in the weeks range.

21          THE COURT:  Okay.

22          MS. CHAPMAN:  If you don't mind, I'll step here

23  rather than walk --

24          THE COURT:  Sure.

25          Maybe they'll even give you a seat over there, the

```
 1    plaintiffs' seat.

 2              MR. SCHMIDTLEIN:  Your Honor, Microsoft has

 3    invested $13 billion into OpenAI.  They have publicly -- the

 4    highest level executives at both companies have spoken at

 5    length about the interrelationship between these companies.

 6              There's no burden issue here.  We're asking for

 7    the agreements.  So as somebody who's lived through burden

 8    in this case, there's no burden argument on their side.

 9              We have a very, very robust protective order.  We

10    have produced the most sensitive information at Google.

11    There is no reason why the protective order will not cover

12    this.  There is outside-counsel only, nobody at Google will

13    get access to any of these materials.  And obviously we'll

14    deal with public disclosures, to the extent they need to be

15    made, down the road.  We navigated that regularly,

16    obviously, during the trial in this case.

17              So as to the agreements, we don't know, we don't

18    have total visibility into the agreements.  But we should

19    have a complete and wholesome understanding of the

20    commercial relationship between Microsoft and OpenAI and

21    Perplexity and these other companies that are involved in

22    this AI space that is now implicated by this remedy.  We are

23    entitled to that.

24              In terms of discovery, you know, what turns out to

25    be every last piece relevant for purposes of the trial and
```

```
 1    the remedies, we save for a later day.

 2          But for discovery relevance purposes, there's --

 3    these agreements are all absolutely relevant.

 4          THE COURT:  Okay.

 5          Look, I guess what I'll leave it as this:  I don't

 6    disagree.  I mean, I think I've articulated what I think is

 7    my view, which is that there's not just relevance but it's

 8    sort of core relevance to what is being litigated here.

 9          You know, only Microsoft, for purposes of this

10    subpoena, has a full understanding of how many such

11    agreements they are and the scope of such agreements, and

12    I'm going to need you to figure that out and get those

13    things produced to Google, they'll obviously be subject to

14    the protective order.

15          If there are aspects of an agreement that are just

16    completely irrelevant and particularly sensitive from a

17    business standpoint, have the conversation with Google about

18    whether that can be produced in a redacted form.  If not,

19    again, it's all subject to the protective order,

20    attorneys-eyes only, it will not make its way to any

21    business folks at Google, okay?

22          MS. CHAPMAN:  Thank you, Your Honor.

23          THE COURT:  All right.

24          Mr. Schmidtlein, what else do you need me to say

25    or do about this issue?
```

1        MR. SCHMIDTLEIN:  Well, we have a number of other

2    requests that are in dispute with Microsoft having to do

3    with a variety of documents sufficient to show.

4        Again, I don't think these are burden questions.

5    These are questions of Microsoft trying to draw various sort

6    of narrow circles around Copilot, as opposed to documents

7    they have regarding, for example, the market more general;

8    if they have documents discussing ChatGPT because of their

9    investment relationship and they have analyses and

10    assessments of how ChatGPT is performing and the competitive

11    significance it has.

12        THE COURT:  Right.  But I don't understand

13    Microsoft to be resisting those.

14        The only thing I understood Microsoft to resist

15    fell into two categories.

16        And correct me if I am wrong; one were these

17    agreements with OpenAI; and two were records relating to AI

18    models, for example, that are not their proprietary model,

19    that they just don't have records you're seeking, for

20    example, what model -- or what information, what is

21    OpenAI -- excuse me, what's ChatGPT being trained on.

22    I don't know that Microsoft knows the answers to that.

23        MR. SCHMIDTLEIN:  We think they do.

24        For $13 billion, we think they do.

25        And we think they do have an understanding of the

1    content licensing agreements that they have.

2            The plaintiffs have submitted some remedies that

3    would bar Google from entering into certain types of content

4    licensing for its models.

5            THE COURT:  Can I ask you what that means in this

6    context?  I wasn't quite sure what content licensing meant

7    in this context?  Is it -- why don't you tell me.

8            MR. SCHMIDTLEIN:  Well, they -- what we're looking

9    for is content licensing, acquisition of data that is used

10   to train the models.

11           THE COURT:  All right.  That's what I thought it

12   was.

13           MR. SCHMIDTLEIN:  The plaintiffs have also got

14   remedies that go to content licensing for information that

15   is, for example, perhaps used in a SERP index or would be

16   considered information you could draw upon by a search

17   engine to produce search results.  We are looking for -- and

18   we are looking for information about agreements they have.

19           You may remember Mr. Nadella testifying about

20   concerns he had about exclusive arrangements for content,

21   for AI models.  We want to get at this type of information

22   because we think it's relevant to the remedies that they are

23   proposing on these very same topics.

24           THE COURT:  Well, I guess what I would say is as

25   follows, which is, I don't know whether, for example,

1    Microsoft does have the information you're seeking, but

2    OpenAI almost certainly does.  And in terms of whether, by

3    virtue of whatever their relationship is, Microsoft has

4    access to this information, okay, but it seems to me the

5    fight -- it's not worth the fight in the sense that the same

6    information --

7            MR. SCHMIDTLEIN:  If you're going to order OpenAI

8    to produce that information.

9            THE COURT:  We're not to them yet, so we'll get to

10   OpenAI in a moment.

11           But, you know, again, if the idea here is that

12   Microsoft has something that OpenAI already has by virtue of

13   whatever commercial relationship they have and whatever

14   information sharing they do, I'm not sure it's worth the

15   fight with Microsoft when I can -- you know, unless OpenAI

16   is going to resist that very same production.

17           MR. SCHMIDTLEIN:  I don't know yet what witness --

18   they haven't listed a single Microsoft witness.

19           They say there's three unnamed people who are

20   going to show up.  I don't know whether Microsoft's

21   knowledge of that information will be relevant to

22   cross-examine Microsoft's witnesses.

23           If witnesses are going to get up on that stand and

24   say, I don't know what OpenAI's situation, I don't know how

25   AI works, I don't know what the content exposure is, and

1    we've got documents from Microsoft showing, yes, you do

2    know, that could be information that would be relevant for

3    us.

4              THE COURT:  Okay.

5              Counsel.

6              MS. CHAPMAN:  Your Honor, I think you got it

7    right.

8              I can't speak for OpenAI, but to the extent

9    Google's counsel is seeking OpenAI's information,

10   particularly to use the example of request 14, data training

11   information, that information is appropriately kind of

12   sought and received from the party that owns that.

13             Kind of with respect to kind of the speculative

14   concern about cross-examination and potential witnesses,

15   I don't know, Your Honor, who they might be.  And to the

16   extent to which there could be issues, I think it's

17   premature to kind of guess as to any potential relevance.

18             And just to be clear, with respect to Microsoft's

19   own data and own documents, I mean, we have agreed to

20   produce all of that, data with respect to the training of

21   the model, content licensing agreements, et cetera.  There's

22   no disputes there.

23             And so I understand that there very much is a

24   dispute with respect to the agreements, I understand

25   Your Honor's direction on that.

1        With respect to the rest of the requests, I think

2   that the appropriate next step is for us to begin production

3   of those documents, and to the extent further

4   meet-and-confer needs to happen, we'll engage in that.

5        THE COURT:  Okay.

6        All right.

7        MS. CHAPMAN:  Thank you, Your Honor.

8        THE COURT:  Thank you.

9        Okay, I guess what I would ask you all to do is

10  get back to me next Friday and just let me know where things

11  stand.

12       And if there is more to be said and more to be

13  discussed, then we'll be back in here the following week to

14  do so, okay?

15       MS. CHAPMAN:  Thank you, Your Honor.

16       THE COURT:  One minute, everybody.

17       (Pause)

18       THE COURT:  Okay.

19       All right.  So that brings us to the disputes with

20  OpenAI.

21       And do we have counsel for OpenAI here or online?

22       MR. RAMANI:  Online, Your Honor.

23       I guess good afternoon now for your time.

24       Ashok Ramani from David Polk on behalf of OpenAI.

25       THE COURT:  Mr. Ramani, welcome, and thank you for

 1    being here.

 2            Google has identified each of the requests and

 3    said how OpenAI's production or lack of production has

 4    fallen short.

 5            And I think it's generally -- well, and OpenAI's

 6    response is, one, that this belongs to the Northern District

 7    of California, and, two, you all are still working through

 8    Google's request and intend to be cooperative and produce

 9    records.

10            So let me start with the second point, and that

11    is, what is your current thinking and timeline in terms of

12    starting to produce -- well, let me ask first:  Have you

13    provided objections and responses to the subpoena to Google,

14    and, if not, when do you intend to do that?

15            MR. RAMANI:  Yes, Your Honor, we provided

16    objections and responses to the subpoena a few weeks ago.

17            THE COURT:  Okay.

18            MR. RAMANI:  And the parties have had two rounds

19    of meet-and-confer, and we provided a substantive letter to

20    Google since then explaining additional requests to which

21    OpenAI would provide documents.

22            So where we stand now, out of the 11 requests to

23    OpenAI, OpenAI has agreed to produce documents in response

24    to seven of them.

25            THE COURT:  Okay.

1          And when does OpenAI intend to start producing

2     those records?

3          MR. RAMANI:  We hope to do a rolling production

4     starting by the end of next week.

5          Our intention was to get Google at least some of

6     the materials in advance of their December 20th filing

7     deadline.

8          THE COURT:  Okay.

9          And which are the requests that you are making

10    wholesale objections to?

11         MR. RAMANI:  The requests that we are making

12    wholesale objections to are Numbers 1, Number 6, Numbers 8,

13    and 9.

14         THE COURT:  All right.

15         So request Number 1 concerns documents and

16    communications between OpenAI and any third party --

17    I'm just paraphrasing here -- regarding proposed

18    distribution of generative AI tools or AI search tools.

19         And what was the objection to -- the general

20    objection to producing records responsive to that request?

21         MR. RAMANI:  Three objections, Your Honor.

22         One is, unlike some of the others which are

23    cabined to documents sufficient to show, this request asks

24    for all documents and all communications.  So it's

25    dramatically overbroad.

1              It also seeks anything related to promotion,

2    preinstallation, syndication, or other distribution which

3    further compounds the breadth problem.

4              So as scoped, it would apply to all

5    communications, require ESI, arguably address API

6    agreements, of which OpenAI has several thousands, and

7    which, in our view, are irrelevant to this dispute.

8              The only agreements that are possibly pertinent

9    would be distribution agreements.

10             And so, for the first time that we learned about

11   exactly what the scope of potential interests of Google was

12   here was when they made the joint submission.  So this is

13   one where I think the parties could actually productively

14   have further meet-and-confer to potentially narrow things.

15             THE COURT:  Okay.

16             Mr. Schmidtlein, your thoughts?

17             I mean, it sounds like counsel is suggesting that

18   there may be some room for compromise here.

19             MR. SCHMIDTLEIN:  You know, Your Honor, to the

20   extent that they're objecting to an ESI search, we think

21   that's -- we would ask you to overrule that and give

22   guidance that that's not, you know -- that's not off the

23   table.

24             I mean, as we've had to do for --

25             THE COURT:  Well, it's not off the table, so I'll

1    just say that right now.

2             MR. SCHMIDTLEIN:  Yeah.

3             I mean, to the extent --

4             THE COURT:  If the subpoena requires an

5    ESI search, it requires an ESI search.

6             The question is what the burden is going to be,

7    and that's a different issue.

8             MR. SCHMIDTLEIN:  Right.

9             I mean, that can be addressed with custodian

10   search terms just as we've done productively before.

11            THE COURT:  Right.

12            MR. SCHMIDTLEIN:  So to the extent that they're --

13   I'm glad to hear we're not going to be in a world of, we're

14   just going to do bespoke agreements.  We need to hear and

15   get information about their distribution strategies, things

16   like that.

17            We're not interested in thousands of API

18   agreements.  So, again, we think we have laid out what we

19   wanted, and, again, mindful of trying to bring these

20   disputes to you as quickly as possible, we're bringing these

21   dispute to you today.

22            THE COURT:  Right.

23            MR. SCHMIDTLEIN:  If there's further meet and

24   confer that they think will be productive, we will do it,

25   but we need to be on a very short leash here on all of these

 1   types of discussions.

 2              THE COURT:  Okay.

 3              All right.  Let's then -- let's just -- maybe it's

 4   best to collectively talk about these.

 5              So request 6 concerns OpenAI's revenues, expenses,

 6   profits.

 7              Counsel, how much, if any, of that is public

 8   information at this point in AI's -- I mean, excuse me,

 9   OpenAI's sort of corporate history and life?

10              MR. RAMANI:  It's not, Your Honor, because OpenAI

11   remains a private corporation.  That information is not

12   public.

13              THE COURT:  Okay.

14              MR. RAMANI:  And so we fail to see the relevance

15   to this remedy proceeding to Microsoft -- or to Google,

16   excuse me, getting ahold of, since 2022, all revenue,

17   expenses, profits, valuation, et cetera, information.

18   There's really no need for that.

19              The only justification that's been provided in the

20   joint submission would, at most, be documents sufficient to

21   show capital raised.

22              We don't even think that's appropriate, but

23   there's at least an argument that they seem to be making

24   that there's been sufficient interest in investment in

25   OpenAI, and there seems -- there's a convoluted reasoning,

1    I think, to say that, because people are interested in

2    OpenAI, that somehow means there can be a narrower remedy to

3    account for Google's anti-competitive conduct.  That's what

4    it appears to be.  So, at most, I think we would be limited

5    to that.

6            But there doesn't seem to be any justification

7    whatsoever for wholesale production of all of OpenAI's

8    financial information.

9            THE COURT:  Mr. Schmidtlein, could I ask you how

10   far this request goes in terms of seeking financial

11   information?

12           I mean, for instance, would you be satisfied with,

13   you know, audited financial statements, annual financial

14   statements for the last couple of years?

15           MR. SCHMIDTLEIN:  Yes.

16           THE COURT:  Okay.

17           MR. SCHMIDTLEIN:  I mean, the plaintiffs are,

18   again, raising a whole variety of remedy proposals,

19   suggesting that somehow Google's conduct over here has

20   somehow had -- or could have some negative effect over

21   there.

22           THE COURT:  I understand the connection.

23           MR. SCHMIDTLEIN:  Yep.

24           THE COURT:  So, Mr. Ramani, audited financial

25   statements, is that something you're prepared to disclose?

1          MR. RAMANI:  It's not something we would like to

2   disclose, Your Honor, for the reasons I've discussed.  But

3   obviously, if Your Honor tells us we need to disclose it,

4   we will disclose it.

5          THE COURT:  All right.

6          Well, why don't we start there.

7          What years?

8          MR. SCHMIDTLEIN:  I believe since 2022 is when

9   OpenAI became a --

10         THE COURT:  So we're talking about two years at

11  most.

12         MR. SCHMIDTLEIN:  That and -- right.  The

13  valuations, things like that.

14         We do agree that the public evaluation and their

15  ability to raise capital, which has been fairly substantial,

16  is -- some of that is, like, talked about publicly, but how

17  much of that is accurate, we don't actually know.

18         THE COURT:  Well, I guess the question is, if we

19  start with the audited financials, maybe they don't contain

20  a valuation number, I'm not sure what would; in other words

21  that always seems to be a spitball, back-of-the-napkin kind

22  of thing.

23         MR. SCHMIDTLEIN:  Yes.

24         Part of it is, we're talking about they're

25  operations.

1          THE COURT:  Right.

2          MR. SCHMIDTLEIN:  And then over here, we're

3    talking about how much capital they raised.

4          THE COURT:  Are you talking about the valuation or

5    the capital raised itself --

6          MR. SCHMIDTLEIN:  Both.

7          THE COURT:  -- or both?

8          MR. SCHMIDTLEIN:  Both.

9          THE COURT:  Well, would the capital raised not be

10   reflected in the audited financials?

11         MR. SCHMIDTLEIN:  I don't know.

12         THE COURT:  Okay.

13         MR. SCHMIDTLEIN:  I don't know, depending --

14   again, they're a private company, so how those get audited

15   and how those get put together, we don't have any insight

16   into that.

17         THE COURT:  Why don't we start there.

18         We'll start with the audited financials.  And if

19   there's more you think you need, talk to counsel.  And if

20   you can't get it from them, let me know and I'll determine

21   whether that's something that needs to be disclosed, okay?

22         All right.  Request Number 8 --

23         MR. RAMANI:  Your Honor, may I make a point --

24         THE COURT:  Sure.

25         MR. RAMANI:  -- ask one question in response to

```
 1   what Your Honor just said?

 2           So our understanding of the protective order in

 3   the case is that, if for the highest category of

 4   information, you know, the outside-counsel-only category,

 5   there are two in-house lawyers at Google who could have

 6   access to that information before they receive any such

 7   access, there would have to be a disclosure, I think,

 8   to Your Honor, and maybe even a request.

 9           So as a third party, we're just asking that that

10   procedure not even be available here, especially given the

11   sensitivity of what Your Honor has just required OpenAI to

12   produce, we ask that this be, please, limited to just to

13   outside counsel.

14           THE COURT:  So I haven't looked at the Case

15   Management Order in some time, but Mr. Schmidtlein is

16   telling me that there is no such --

17           MR. SCHMIDTLEIN:  Well, I thought what he was

18   going to say was they get access to it.

19           We'd have to go through a process.

20           We have no intention of seeking to share OpenAI's

21   information produced to us with anybody inside of Google,

22   assuming that it is all appropriately marked, it's not

23   actually information that is public information --

24           THE COURT:  Right.

25           MR. SCHMIDTLEIN:  -- but truly highly confidential
```

 1  information, we have no intention of either disclosing or

 2  seeking to disclose that to in-house at Google.

 3          THE COURT:  Okay.  Very good.

 4          All right.  Then request Number 8 concerns

 5  licensing content for use in connection with generative AI

 6  tools and AI search cools.

 7          Look, I think the question here, Mr. Schmidtlein,

 8  is -- well, let me -- I can imagine there's -- well, let me

 9  ask first government -- OpenAI's counsel.

10          Do you have any sense of the quantity of what

11  we're talking about?

12          I don't have a sense of whether OpenAI has a

13  handful of licensing content agreements or thousands.

14          MR. RAMANI:  We don't have any clarity on the

15  specific types of agreements that are being sought.  There's

16  just this general idea of any contract related to licensing

17  of any GenAI or AI search tool, and so that plausibly would

18  cover thousands of agreements.  So that's the problem for

19  us.

20          THE COURT:  Okay.

21          And I mean, as I understood Mr. Schmidtlein,

22  he described what they were looking for were licensing

23  content agreements, content that OpenAI uses to train its

24  models.

25          MR. RAMANI:  That's news to us.  That wasn't

```
1   anything that was previously discussed during our
2   meet-and-confers.
3           If that's what's being contemplated, that --
4   licensing arrangements related to training data input,
5   I don't know the answer offhand, Your Honor, as to how
6   voluminous those agreements might be.
7           THE COURT:  Okay.  All right.  Well, let's figure
8   that out, because I think that's what you're seeking, right,
9   Mr. Schmidtlein?
10          MR. SCHMIDTLEIN:  Request Number 8 seeks copies of
11  any agreements and amendments thereto in OpenAI's
12  possession, custody, or control, licensing content for use
13  in connection with any of its generative AI tools or search
14  AI tools the content for use in the tool.
15          THE COURT:  Right.
16          MR. SCHMIDTLEIN:  So I'm not sure what the
17  misunderstanding is.
18          We thought that was pretty clear and we explained
19  it to them in the meet-and-confer.
20          THE COURT:  All right.
21          Well, I think we're now at least moving closer to
22  the same page.  So hopefully if we can get on it, then make
23  a determination of what we're talking about in terms of
24  volume, we can then have further discussion, if need be,
25  about how burdensome that is.
```

1          And then finally is request Number 9, and that is

2     documents relating to the relative competitive position of

3     ChatGPT.

4          What's the objection to that request?

5          MR. RAMANI:  The objection is over breadth and

6     proportionality, Your Honor; that we don't understand why

7     OpenAI's discussions about -- internally about the

8     competitive landscape would be pertinent here, particularly

9     because, in response to request Number 10, which was focused

10    on Board minutes, OpenAI has agreed to search for and

11    produce any Board minutes that address SearchGPT or search.

12         THE COURT:  Well, I guess, let's put it this way,

13    which is, if this is another sufficient-to-show inquiry --

14    I mean, it does seem to me that, look, ChatGPT and OpenAI's

15    own assessment of its market position is relevant, it

16    certainly is, it's going to go to the remedies phase.

17         We had a conversation earlier, you may or may not

18    have been privy to it, about the role AI is going to play

19    here, what the market looks like as a result of the

20    emergence of AI in search.

21         And so, look, nobody is necessarily asking for

22    hundreds of thousands of documents about this, but,

23    you know, documents sufficient to show Google's counsel

24    what -- you know, what OpenAI believes to be its market

25    position, however it may define that market, I think, is

 1   probably an appropriate request and something you all ought

 2   to respond to, okay?

 3              MR. RAMANI:  Okay.

 4              THE COURT:  All right.

 5              MR. RAMANI:  On that one, Your Honor, let me just

 6   ask a clarification related to the general topic of ESI.

 7   I want to make sure there's no misunderstanding.

 8              When I'm talking about ESI and the burden of ESI,

 9   I'm specifically talking about search terms for email

10   searches and the like.

11              What OpenAI is proposing to do in response to all

12   of these requests is to search electronic repositories and

13   the like, where the company would keep this information.

14   We're proposing not to do a custodial identification and

15   keyword search and the like in response to these requests at

16   this point.

17              THE COURT:  Well, what I would say is that, maybe;

18   in other words, if what you produce based upon what you've

19   just described satisfies Google, great.  On the other hand,

20   if it's not sufficient to meet the request and the

21   information it's seeking, we may need to do some of that,

22   okay?  And I just don't know whether we're at that point

23   yet.

24              Mr. Schmidtlein.

25              MR. SCHMIDTLEIN:  Your Honor, OpenAI is on the

1    witness list.

2            THE COURT:  No, I know.

3            MR. SCHMIDTLEIN:  So the idea that they're just

4    going to pull things from off the shelf somewhere and we're

5    not going to get a custodial searches of actual --

6    the executives, including the executive who was going to

7    turn up and testify at trial, is not suitable.

8            THE COURT:  Well, that's why I've asked the

9    plaintiffs, or directed them to provide names, because it is

10   fair for you to request custodial records of someone that

11   they are anticipating calling to trial or to the remedies

12   hearing.

13           MR. SCHMIDTLEIN:  Your Honor, if I may, the --

14   one of the requests that was not identified by counsel was

15   request Number 7, and this has to do with training data, and

16   it's data that Microsoft has said we should get from OpenAI.

17   It's training data that, you know, is used for their GPT

18   models.

19           They have only agreed to produce this request as

20   it pertains to GPT3.  That is not the model that is

21   currently powering Bing, which is GPT4.

22           THE COURT:  Right.

23           MR. SCHMIDTLEIN:  I don't know why they're not

24   agreeing to produce as to GPT4, but GPT4 needs to be

25   encompassed here, and I would ask that you direct that that

1    be included in their response.

2          THE COURT:  Counsel, can I ask what the thinking

3    is behind limiting it to GPT3 and not the most updated

4    version?

5          MR. RAMANI:  Yes, Your Honor.

6          The thinking is that this type of information,

7    we don't have -- OpenAI typically does not have

8    already-created documents that categorize and list the types

9    and quantities of training data that's used for different

10   LLMs in OpenAI, so they happen to have it for GPT3, they

11   don't have it already created, is our understanding, for

12   GPT4.

13         I give Your Honor an example, we shared this with

14   Google's counsel, is where OpenAI is a party in the pending

15   copyright cases related to use of information for training

16   of LLMs.

17         OpenAI has not made that sort of production.

18   OpenAI instead has had to engage in a much more burdensome

19   inspection, where they, at specific times, make their

20   repositories of data available for plaintiffs' counsel and

21   their experts to come inspect.

22         And so the belief from our client is that the

23   documents just don't exist as to GPT4, and that's why it's

24   limited to 3.

25         THE COURT:  Okay.

 1              Mr. Schmidtlein, if they don't exist, they don't

 2     exist.  I think the question is --

 3              MR. SCHMIDTLEIN:  It sounds like we'll need a

 4     30(b)(6) witness from OpenAI on these topics.  So if they're

 5     not going to produce documents, we'll put witnesses in the

 6     chair.

 7              THE COURT:  Okay.

 8              All right.  I guess I would ask you, if you all

 9     would just file something by next Friday, just provide me an

10     update where things stand, okay?

11              And also, if I didn't do that with Perplexity,

12     I'll ask you to do the same thing with Perplexity.  Again,

13     if there's a need for me to intervene, I'd rather do that

14     sooner rather than later.

15              All right.  I think that covers the waterfront in

16     terms of everyone's filings.  Is there anything else we need

17     to discuss?

18              Mr. Severt?

19              MR. RAMANI:  Your Honor, I'm sorry, just on behalf

20     of OpenAI, I think Your Honor has implicitly rejected it,

21     but I know my client will ask.

22              The jurisdictional point that we made where -- and

23     I'm smiling because I know what Your Honor is going to say,

24     but I'm just asking Your Honor to please say it.

25              THE COURT:  Yes, I'm rejecting it.  If you need it

```
 1    to be rejected formally -- look, I'm being very practically

 2    minded here.

 3              We can jump through whatever hoops you think are

 4    appropriate from a procedural standpoint, but it's all

 5    coming back before me anyway.  I don't think there's a judge

 6    in the Northern District of California that would want to

 7    touch the subpoena dispute.

 8              MR. RAMANI:  Thank you, Your Honor.

 9              THE COURT:  Thank you, Counsel.

10              All right.  Mr. Severt.

11              MR. SEVERT:  We understand Your Honor's

12    December 10th ruling on the third party -- for the third

13    parties of the witness list.

14              For the Google witnesses, we really do need the

15    custodial documents in order to identify those witnesses.

16              So I wanted to clarify that the December 10th

17    ruling applied to the third-party witnesses and not the

18    Google witnesses for which we don't have documents yet.

19              THE COURT:  Okay.

20              I mean, that seems reasonable to me.

21              I mean, there's less of -- at least the reason for

22    setting the hard deadline for third parties is less relevant

23    when it comes to Google itself.

24              That said, you know, that's not an open-ended --

25    it's not an open-ended invitation to just wait until the
```

1    last minute to identify who those folks are.

2             MR. SEVERT:  Yes, Your Honor.

3             And we want to identify people we want to take

4    depositions of as well.

5             THE COURT:  Okay.

6             Well, you'll let me know before -- when's our

7    next?

8             MR. SEVERT:  I believe January 9th is the next

9    status conference.

10            THE COURT:  So you'll let me know whether those

11   disclosures have been made by then.

12            MR. SEVERT:  Yes, Your Honor.

13            THE COURT:  Okay?

14            All right.  Anything else, folks?

15            MR. DAHLQUIST:  Nothing else from plaintiffs,

16   Your Honor.

17            MR. SALLET:  Nothing else.

18            MR. SCHMIDTLEIN:  No, Your Honor.

19            THE COURT:  All right.  Let me make one last

20   comment.

21            Look, there's going to be a new administration by

22   the end of January.  There will be a new Attorney General,

23   presumably, at some point, and a new head of the Antitrust

24   Division at some point.  I don't know to what extent this

25   affects the Attorneys General at all.  But if there's going

1  to be a re-evaluation of the remedies that are being

2  requested, it needs to be done quickly and promptly, the

3  trial is not going to move for that purpose, okay?

4          MR. DAHLQUIST:  Thank you, Your Honor.

5  We understand.

6          THE COURT:  All right.  Thank you, all, very much.

7          Have a wonderful Thanksgiving holiday, everybody.

8  We'll see you in January.  Bye-bye.

9          (Proceedings concluded at 12:44 p.m.)

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__November 27, 2024____   _____

William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [6]** 4/2 4/6 4/9 4/11 4/15 16/11
**MR. DAHLQUIST: [14]** 5/7 10/16 12/14 12/17 12/19 12/23 19/8 32/8 33/6 36/1 37/1 39/15 76/15 77/4
**MR. RAMANI: [19]** 58/22 59/15 59/18 60/3 60/11 60/21 63/10 63/14 65/1 66/23 66/25 68/14 68/25 70/5 71/3 71/5 73/5 74/19 75/8
**MR. SALLET: [8]** 16/8 22/12 22/17 24/23 25/8 25/24 40/23 76/17
**MR. SALLETT: [2]** 6/3 16/12
**MR. SCHMIDTLEIN: [50]** 6/13 9/6 9/15 13/1 14/9 15/15 15/20 16/4 26/9 27/19 35/10 35/24 41/8 41/12 43/15 46/13 55/8 55/13 56/7 56/17 61/19 62/2 62/8 62/12 62/23 64/15 64/17 64/23 65/8 65/12 65/23 66/2 66/6 66/8 66/11 66/13 67/17 67/25 69/10 69/16 71/25 72/3 72/13 72/23 74/3 76/18
**MR. SEVERT: [8]** 33/9 34/20 35/3 35/21 75/11 76/2 76/8 76/12
**MS. CHAPMAN: [16]** 47/7 47/9 47/13 48/3 48/21 49/18 49/23 51/5 51/12 51/18 51/20 51/22 53/22 57/6 58/7 58/15
**MS. ONYEMA: [7]** 19/12 20/4 21/21 28/5 29/9 30/2 30/14
**MS. RAMIREZ: [7]** 42/25 43/3 43/8 45/4 46/12 46/23 47/2
**THE COURT: [130]**

**$**

**$13 [2]** 52/3 54/24
**$13 billion [1]** 54/24

**0**

**0302 [1]** 2/10

**1**

**10 [2]** 23/7 70/9
**100 percent [1]** 35/12
**10th [3]** 35/7 75/12 75/16
**11 [3]** 22/24 22/24 59/22
**11:00 [1]** 1/6
**11th [1]** 13/19
**12:44 [1]** 77/9

**1300 [1]** 3/5
**13th [1]** 13/21
**14 [1]** 57/10
**14th [1]** 43/25
**15th [1]** 35/4

**2**

**20 [1]** 8/8
**20-3010 [2]** 1/4 4/16
**20001 [1]** 3/15
**20005 [1]** 3/10
**202 [5]** 2/5 2/10 2/15 3/10 3/15
**2020 [2]** 16/21 18/21
**2022 [2]** 63/16 65/8
**2024 [2]** 1/5 78/7
**20530 [2]** 2/9 2/14
**209 [1]** 2/4
**20th [2]** 44/5 60/6
**23 [1]** 8/8
**24 [1]** 8/8
**25 [1]** 8/8
**25th [1]** 43/18
**26 [2]** 1/5 8/8
**27 [2]** 8/8 78/7
**28 [1]** 13/6
**28th [2]** 13/8 21/22

**3**

**30 [1]** 74/4
**30-day [1]** 44/25
**3010 [2]** 1/4 4/16
**307-0302 [1]** 2/10
**307-6158 [1]** 2/15
**30th [1]** 13/9
**3249 [1]** 3/15
**333 [1]** 3/14
**354-3249 [1]** 3/15
**38 [1]** 6/8

**4**

**400 [2]** 10/22 10/22
**434-5000 [1]** 3/10
**450 [2]** 2/8 2/13
**4th [5]** 11/23 13/12 13/13 38/11 38/18

**5**

**5000 [1]** 3/10
**508-6000 [1]** 3/7
**5th [3]** 14/23 15/18 15/24

**6**

**60 days [1]** 10/18
**600 [2]** 2/4 10/21
**6000 [1]** 3/7
**60604 [1]** 2/5
**6158 [1]** 2/15
**6th [3]** 15/25 46/23 47/1

**7**

**7100 [1]** 2/14
**720 [1]** 3/7
**725 [1]** 3/9
**7th [1]** 3/6

**80203 [1]** 3/6
**805-8563 [1]** 2/5
**8563 [1]** 2/5
**8714 [1]** 2/9
**8th [1]** 13/17

**9**

**90 [3]** 10/4 12/7 14/23
**90,000 [3]** 8/19 8/19 11/15
**90,500 [1]** 8/19
**91 [1]** 14/24
**9th [1]** 76/8

**A**

**a.m [1]** 1/6
**ability [3]** 23/10 41/19 65/15
**able [7]** 7/2 7/5 12/9 21/11 22/7 24/16 35/5
**about [78]** 5/25 7/13 8/18 10/3 10/24 11/1 13/2 13/24 15/18 16/2 16/13 16/17 17/5 18/3 18/9 18/11 18/24 19/1 19/4 20/1 20/6 20/22 21/8 21/18 22/23 24/17 25/19 27/1 27/3 27/14 27/23 28/9 28/15 28/23 29/12 29/13 29/21 30/7 30/23 32/3 34/9 34/11 36/11 39/12 39/14 39/21 39/22 40/8 40/10 47/3 48/17 48/19 49/15 51/7 52/5 53/17 53/25 55/18 55/19 55/20 57/14 61/10 62/15 63/4 65/10 65/16 65/24 66/3 66/4 68/11 69/23 69/25 70/7 70/7 70/18 70/22 71/8 71/9
**above [1]** 78/4
**above-titled [1]** 78/4
**abroad [1]** 30/8
**absolutely [2]** 41/23 53/3
**accept [1]** 45/10
**access [12]** 16/9 34/13 37/15 40/1 40/6 40/17 48/16 52/13 56/4 67/6 67/7 67/18
**accomplish [1]** 17/20
**accomplished [1]** 48/18
**accordance [1]** 11/16
**according [1]** 45/21
**account [1]** 64/3
**accurate [1]** 65/17
**accurately [1]** 48/5
**acquisition [1]** 55/9
**across [3]** 12/15 14/22 25/3
**Act [1]** 22/25
**action [2]** 4/16 44/20
**activity [1]** 15/8
**actual [8]** 11/10 18/7 29/3 36/22 40/11 48/25

**actually [6]** 4/7 25/17 31/4 61/13 65/17 67/23
**ad [1]** 19/21
**Adam [2]** 2/12 33/10
**adam.severt [1]** 2/15
**add [4]** 6/12 7/24 9/2 41/7
**adding [1]** 8/23
**addition [2]** 20/14
**additional [8]** 10/1 12/24 13/13 14/13 14/23 18/6 20/17 59/20 70/18 70/20
**address [9]** 7/3 7/20 8/10 9/23 19/24 29/22 33/7 61/5 70/11
**addressed [1]** 62/9
**adjudicate [1]** 7/5
**administered [1]** 24/5
**administers [1]** 23/24
**administration [1]** 76/21
**administrative [1]** 17/6
**ads [2]** 34/12 37/24
**advance [1]** 60/6
**advertiser [2]** 23/10 34/12
**advertisers [1]** 23/11
**advice [1]** 18/7
**affects [1]** 76/25
**afield [1]** 28/3
**after [15]** 7/20 8/1 10/14 11/6 11/7 13/4 13/22 19/25 20/3 20/5 20/9 20/12 20/18 29/11 49/11
**afternoon [1]** 58/23
**again [29]** 4/22 7/8 13/17 13/19 14/4 18/2 18/9 18/13 19/13 20/22 21/2 27/20 29/20 29/23 30/4 39/8 47/12 47/13 49/13 50/7 50/24 53/19 54/4 56/11 62/18 62/19 64/18 66/14 74/12
**agency [1]** 24/1
**agent [2]** 43/22 45/9
**ago [3]** 45/12 51/7 59/16
**agree [7]** 11/12 11/19 34/3 40/13 40/15 40/24 65/14
**agreed [10]** 9/17 11/5 14/19 26/14 45/21 49/4 57/19 59/23 70/10 72/19
**agreed-upon [1]** 45/21
**agreeing [2]** 20/14 72/24
**agreement [11]** 11/20 11/20 26/22 48/8 48/12 48/14 49/14 49/17 49/21 50/24 53/15
**agreements [28]** 47/20 49/1 49/3 49/6 49/8 50/20 52/7 52/17 52/18 53/3 53/11 53/11 54/17 55/1 55/18 57/21 57/24

**61/8 61/9 62/14 62/18 68/13 68/15 68/18 68/23 69/6 69/11 72/20**
**AGs [1]** 6/8
**ahold [1]** 63/16
**AI [28]** 12/3 36/5 36/11 36/12 36/20 36/22 37/12 39/13 39/14 41/2 41/21 42/3 49/15 49/16 50/9 52/22 54/17 55/21 56/25 60/18 60/18 68/5 68/6 68/17 69/13 69/14 70/18 70/20
**AI's [1]** 63/8
**aided [1]** 3/17
**al [2]** 1/3 4/17
**aligned [1]** 11/23
**aligns [1]** 5/18
**all [99]**
**all right [8]** 4/21 15/21 32/9 32/22 58/6 60/14 65/5 71/4
**allow [2]** 6/19 43/12
**almost [1]** 56/2
**along [2]** 26/5 46/6
**alongside [1]** 6/7
**already [6]** 9/17 14/19 47/19 56/12 73/8 73/11
**already-created [1]** 73/8
**also [6]** 6/6 18/6 19/14 19/20 20/16 22/1 29/19 32/15 36/15 39/24 49/19 55/13 61/1 74/11
**although [2]** 16/20 17/14
**always [3]** 10/14 18/8 65/21
**am [6]** 7/2 7/4 25/4 29/8 49/19 54/16
**ambitious [1]** 46/17
**amendments [1]** 69/11
**AMERICA [2]** 1/3 4/17
**AMIT [3]** 1/9 4/3 4/12
**Among [1]** 23/5
**amount [2]** 5/14 7/17
**analyses [1]** 54/9
**analyze [1]** 40/14
**announced [1]** 38/12
**annual [1]** 64/13
**another [4]** 8/1 8/24 70/13
**answer [4]** 5/23 24/22 39/1 69/5
**answers [1]** 54/22
**anti [1]** 64/3
**anti-competitive [1]** 64/3
**anticipating [1]** 72/11
**Antitrust [4]** 2/3 2/13 3/4 76/23
**any [33]** 5/23 11/13 13/8 19/14 20/6 20/7 20/17 24/13 26/10 28/12 29/22 32/3 42/11 42/15 48/3 49/5 49/17 49/20 52/13 53/20

**A**

any... [13] 57/17 60/16 63/7 64/6 66/15 67/6 68/10 68/14 68/16 68/17 69/11 69/13 70/11
anybody [5] 5/4 26/25 28/8 34/9 67/21
anyone [1] 32/1
anything [9] 5/4 6/12 7/13 35/23 41/7 61/1 69/1 74/16 76/14
anyway [2] 28/25 75/5
API [2] 61/5 62/17
app [2] 37/13 37/14
APPEARANCES [2] 1/11 2/16
appeared [1] 46/3
appearing [1] 46/11
appears [1] 64/4
applicable [1] 22/14
applied [1] 75/17
apply [1] 61/4
appreciate [7] 5/15 16/19 42/6 45/24 46/11 48/9 48/11
appropriate [6] 24/10 30/11 58/2 63/22 71/1 75/4
appropriately [2] 57/11 67/22
April [8] 5/21 6/10 6/25 10/25 11/1 12/10 19/3 28/2
are [130]
areas [3] 6/21 12/4 41/18
aren't [1] 22/21
arguably [2] 8/13 61/5
argument [2] 52/8 63/23
around [3] 26/20 27/11 54/6
arrangement [3] 50/5 50/6 50/7
arrangements [3] 50/13 55/20 69/4
array [2] 7/9 9/10
Article [4] 22/24 23/7 23/8 23/9
articulated [2] 8/13 53/6
as [64] 5/13 5/19 5/19 6/4 8/7 8/16 8/22 8/22 8/22 10/20 11/5 11/9 15/8 17/2 17/16 17/25 19/19 21/5 25/10 26/3 28/24 30/17 34/8 34/22 36/18 37/16 38/1 38/3 38/4 38/4 38/10 38/11 42/1 44/7 45/5 45/9 45/11 46/1 46/1 46/6 46/6 46/21 50/2 50/19 50/22 52/7 52/17 53/5 54/6 55/24 57/17 61/4 61/24 62/10 62/20 62/20 67/9 68/21 69/5 70/19 72/19 72/24

**B**

back [16] 4/8 4/8 5/10 5/21 9/12 9/22 14/6 15/13 20/6 24/12 26/3 32/2 58/10 58/13 65/21 75/5
backfill [1] 9/15
ball [1] 25/5
bar [1] 55/3
Bard [1] 37/2
Barrett [1] 3/14
barrier [1] 40/9
barriers [1] 34/14
based [6] 12/12 14/4 14/5 14/19 27/20 71/18
basis [2] 14/7 34/22
be [132]
became [1] 65/9
because [33] 7/8 7/25 9/7 9/12 10/1 10/13 13/10 17/12 18/5 20/25

**B** (continued in col 3)

ASAP [1] 44/20
Ashok [1] 58/24
aside [1] 6/24
ask [28] 8/10 10/6 11/10 11/22 15/2 15/22 28/20 30/2 30/17 44/22 45/18 46/13 46/19 48/7 55/5 58/9 59/12 61/21 64/9 66/25 67/12 68/9 71/6 72/25 73/2 74/8 74/12 74/21
asked [4] 13/19 28/3 28/10 72/8
asking [9] 12/24 17/12 17/13 18/25 48/17 52/6 67/9 70/21 74/24
asks [1] 60/23
aspect [1] 40/25
aspects [1] 53/15
assess [2] 8/20 9/5
assessment [2] 16/15 17/2 17/14 25/22 29/6 33/3 70/15
assessments [2] 19/2 54/10
assume [1] 49/14
assuming [1] 67/22
ATR [1] 2/12
attachments [1] 28/25
attempted [1] 19/23
Attorney [1] 76/22
Attorney General [1] 76/22
attorneys [2] 53/20 76/25
attorneys-eyes [1] 53/20
audited [6] 64/13 64/24 65/19 66/10 66/14 66/18
August [5] 11/23 20/5 38/11 38/17 38/18
available [4] 33/12 42/24 67/10 73/20
Avenue [1] 3/14

**B**

billion [2] 52/3 54/24
Bing [4] 36/24 49/16 50/10 72/21
blown [1] 37/24
Board [2] 70/10 70/11
booking [1] 34/13
both [11] 5/18 6/18 17/16 28/11 31/16 35/12 41/3 52/4 66/6 66/7 66/8
breadth [4] 7/6 19/4 61/3 70/5
briefly [1] 51/5
bright [1] 18/8
bring [2] 42/4 62/19
bringing [1] 62/20
brings [1] 58/19
broad [2] 34/9 34/15
broader [1] 48/12
Broadway [1] 3/5

**(col 3 top)**

26/15 31/9 32/6 33/19 35/14 36/14 36/16 38/9 38/22 39/7 46/2 54/8 55/22 63/10 64/1 69/8 70/9 72/9 74/23
been [27] 7/1 9/16 9/19 9/20 9/21 14/2 16/19 25/5 27/17 29/5 29/20 33/21 36/16 36/20 38/15 41/21 42/1 42/11 44/4 46/4 47/20 49/17 63/19 63/24 65/15 70/18 76/11
before [15] 1/9 5/3 5/5 6/20 25/25 28/3 32/10 35/6 36/7 39/12 43/13 62/10 67/6 75/5 76/6
begin [4] 9/9 45/16 51/11 58/2
beginning [1] 9/8
behalf [5] 5/8 45/11 47/9 58/24 74/19
behind [1] 73/3
being [14] 5/21 24/5 27/22 36/15 40/9 45/9 50/18 53/8 54/21 59/1 68/15 69/3 75/1 77/1
belief [1] 73/22
believe [19] 5/16 5/18 6/24 12/6 12/9 18/21 19/9 19/25 20/10 21/2 21/7 21/15 26/1 27/8 27/10 29/16 38/18 65/8 76/8
believes [1] 70/24
belongs [1] 59/6
benefit [1] 18/13
benefiting [1] 32/1
bespoke [1] 62/14
best [7] 17/25 21/18 30/9 31/21 33/11 48/18 63/4
better [1] 12/10
between [6] 11/10 31/8 49/15 52/5 52/20 60/16
beyond [4] 6/17 6/19 17/17 26/12

**(col 4 top)**

burden [14] 8/20 9/2 9/5 11/13 11/13 15/10 15/11 16/3 52/6 52/7 52/8 54/4 62/6 71/8
burdens [1] 10/2
burdensome [2] 69/25 73/18
business [3] 18/7 53/17 53/21
businesspeople [1] 44/1
busy [1] 5/9
bye [2] 77/8 77/8
Bye-bye [1] 77/8

**C**

cabined [1] 60/23
California [2] 59/7 75/6
call [6] 16/14 17/11 31/2 37/12 38/18 44/18
called [3] 24/3 24/3 24/20
calling [3] 4/6 4/15 72/11
calls [1] 23/1
came [2] 27/11 29/11
can [35] 7/24 11/8 11/9 17/13 21/17 21/25 32/20 32/24 33/1 33/1 33/3 34/16 35/5 35/15 36/5 37/13 37/14 44/22 45/2 45/5 46/1 46/6 48/18 49/11 51/12 53/18 55/5 56/15 62/9 64/2 68/8 69/22 69/24 73/2 75/3
can't [9] 14/6 15/9 24/1 32/21 33/4 34/24 47/24 57/8 66/20
candidly [2] 9/20 10/1
capital [5] 63/21 65/15 66/3 66/5 66/9
careful [1] 5/16
carefully [1] 6/15
Carr [1] 3/4
case [5] 42/12 52/8 52/16 67/3 67/14
cases [1] 33/22 73/15
catch [1] 14/9
categories [2] 49/7 54/15
categorize [1] 73/8
category [4] 40/17 47/21 67/3 67/4
Category 1 [1] 47/21
cause [1] 15/10 15/11
caveat [1] 50/19
Center [1] 55/3
certain [1] 55/3
certainly [15] 8/11 10/16 11/8 11/21 11/22 21/7 21/23 26/1 35/5 39/17 40/11 45/18 51/20 56/2 70/16
Certified [1] 1/13
certify [1] 78/2
cetera [6] 29/1 48/19

**(col 5 top)**

50/10 57/21 63/17
CH [1] 3/14
chair [1] 74/6
chambers [1] 4/8
change [2] 35/15 40/4
changed [1] 37/4
changing [2] 23/8 38/7
Chapman [2] 47/9 47/11
characterize [1] 41/4
characterized [1] 8/12
chat [1] 30/23
ChatGPT [9] 36/23 37/13 38/17 38/18 54/8 54/10 54/21 70/3 70/14
chats [1] 28/25
check [2] 4/24 16/10
check-in [1] 4/24
Chicago [1] 2/5
choice [5] 18/22 18/24 18/25 22/13 22/17
circles [1] 54/6
circumvention [1] 19/18
CIV [1] 2/8
Civil [1] 4/16
claim [1] 24/13
clarification [1] 71/6
clarify [1] 75/16
clarity [1] 68/14
Claude [1] 37/14
clear [9] 10/11 16/24 35/12 38/1 45/10 49/19 51/6 57/18 69/18
clearly [1] 23/15
click [1] 23/2
client [2] 73/22 74/21
close [3] 6/14 8/18 11/11
closer [1] 69/21
CO [1] 3/6
coag.gov [1] 3/7
collectively [1] 3/7
Colorado [3] 3/2 3/3 3/5
COLUMBIA [1] 1/1
come [9] 7/4 16/7 20/20 25/6 28/4 30/17 43/6 47/8 73/21
comes [3] 5/10 35/17 75/23
coming [2] 37/25 75/5
comment [1] 30/22 30/23 76/20
comments [1] 27/20
commercial [3] 37/17 52/20 56/13
commit [1] 51/13
commitments [1] 44/20
communicate [1] 25/10
communications [7] 23/22 24/1 24/12 43/20 60/16 60/24 61/5
Comp [3] 23/23 24/5 25/25

**C**

companies [7] 26/2
34/19 37/21 39/13 52/4
52/5 52/21
company [5] 29/7 31/4
44/1 66/14 71/13
company's [1] 31/4
compelled [1] 39/11
competing [1] 42/10
competition [2] 23/23
41/3
competitive [6] 38/10
48/19 54/10 64/3 70/2
70/8
competitively [1]
48/22
competitors [2] 12/3
40/11
complaining [1] 13/24
complete [1] 52/19
completely [3] 40/19
50/23 53/16
complexities [2] 19/6
31/13
complexity [1] 16/18
compliance [1] 43/23
complicated [2] 18/4
39/2
comply [1] 45/14
compounds [1] 61/3
comprehensive [2]
21/13 29/18
compromise [4] 26/14
27/10 32/5 61/18
compromises [1] 9/24
computer [1] 3/17
computer-aided [1]
3/17
concern [6] 10/18
10/24 18/3 28/23 30/6
57/14
concerned [3] 10/25
19/4 40/8
concerning [1] 41/4
concerns [13] 8/13
16/17 19/24 20/18
25/19 29/22 30/8 33/20
48/18 55/20 60/15 63/5
64/4
concluded [1] 77/9
concrete [1] 49/7
conduct [5] 39/22 40/9
42/12 64/3 64/19
confer [7] 13/18 19/23
58/4 59/19 61/14 62/24
69/19
conference [7] 1/9
13/2 13/4 20/6 20/13
30/7 76/9
conferring [1] 22/5
confers [1] 69/2
confidential [2] 48/23
67/25
confidentiality [1]
48/19
connection [3] 64/22
68/5 69/13
CONNOLLY [1] 3/9

consider [1] 38/9
consideration [2] 5/16
18/19
considerations [1]
31/16
considered [2] 38/8
55/16
consistent [1] 25/13
30/18 48/18
Constitution [1] 3/14
Consumer [1] 3/3
consumption [1] 36/9
contact [1] 44/7
contacted [1] 44/9
contain [1] 65/19
contemplated [1] 31/3
69/3
contemplating [3]
24/20 37/21 37/21
content [14] 55/1 55/3
55/6 55/9 55/14 55/20
56/25 57/21 68/5 68/13
68/23 68/23 69/12
69/14
contest [2] 6/22 27/9
context [2] 55/6 55/7
continue [3] 10/14
22/5 41/19
CONTINUED [1] 3/1
continuity [1] 19/11
contract [1] 68/16
control [2] 41/2 69/12
conversation [9] 24/15
24/17 24/24 27/23
49/10 49/11 49/24
53/17 70/17
conversations [1]
43/12
convoluted [1] 63/25
cooler [4] 27/23 28/9
31/7 31/9
cools [1] 68/6
cooperate [1] 45/14
cooperative [1] 59/8
copies [1] 69/10
Copilot [2] 50/10 54/6
copyright [1] 73/15
core [1] 53/8
corporate [1] 63/9
corporation [2] 43/23
63/11
correct [6] 12/14 12/17
43/7 43/8 54/16 78/3
cost [1] 18/13
could [17] 9/9 11/4
16/10 22/8 22/8 28/20
31/1 35/4 41/3 49/9
55/16 57/2 57/16 61/13
64/9 64/20 67/5
counsel [25] 33/23
34/5 34/6 42/23 44/6
44/6 44/7 44/10 47/5
52/12 57/5 57/9 58/21
61/17 63/17 66/19 67/4
67/13 68/9 70/23 72/14
73/2 73/14 73/20 75/9
count [14] 8/21 8/22
9/3 9/7 9/25 12/7 12/11

15/13 15/23 23/16
counts [1] 13/13
couple [5] 25/23 28/7
39/19 45/12 64/14
course [2] 6/3 8/23
COURT [11] 1/1 3/12
3/13 4/2 4/11 12/9
21/12 22/4 30/6 40/13
45/18
Court's [6] 19/25 20/10
20/19 20/24 22/9 29/11
courtroom [1] 47/6
cover [2] 52/11 68/18
covers [1] 74/15
crack [1] 30/18
created [1] 19/25 20/3
73/8 73/11
critical [1] 41/24
cross [3] 18/18 56/22
57/14
cross-examination [1]
57/14
cross-examine [1]
56/22
cross-market [1] 18/18
CRR [2] 78/2 78/8
crunch [1] 10/2
CT [1] 43/23
CT Corporation [1]
43/23
current [4] 15/5 44/22
46/21 59/11
currently [1] 72/21
custodial [4] 71/14
72/5 72/10 75/15
custodian [2] 10/23
62/9
custodian's [1] 32/19
custodians [14] 11/17
11/19 12/16 13/5 13/15
25/3 25/18 28/10 28/11
29/23 30/1 30/3 30/8
30/12
custody [1] 69/12
cut [8] 10/9 10/12
10/13 10/19 11/5 11/7
11/9 12/25
cut-off [5] 10/9 10/12
10/13 10/19 11/5
cutoffs [1] 14/15
CV [1] 1/4

**D**

D.C [5] 1/5 2/9 2/14
3/10 3/15
Dahlquist [9] 2/2 4/18
5/6 5/8 10/7 11/18
13/24 33/2 40/23
dampen [1] 41/17
dangerous [1] 42/2
data [19] 12/20 19/18
21/10 23/1 23/2 23/4
23/10 23/10 29/13 55/9
57/10 57/19 57/20 69/4
72/15 72/16 72/17 73/9
73/20
data-sharing [2] 19/18

date [17] 6/16 10/10
10/12 10/12 10/13
10/14 11/3 11/5 11/8
11/9 25/25 33/1 34/18
35/1 51/10 51/12 78/7
David [4] 2/2 4/18 5/8
58/24
David Dahlquist [1]
5/8
david.dahlquist [1] 2/6
day [8] 14/6 14/6 14/11
14/11 14/12 15/25
44/25 53/1
days [10] 6/24 7/6 7/17
10/4 10/18 13/4 14/23
14/24 20/12 45/12
deadline [4] 34/25
34/25 60/7 75/22
deal [3] 15/10 15/11
52/14
dealing [2] 17/18 29/14
dealings [2] 43/16 44/2
dealt [1] 29/14
December [7] 35/4
35/8 46/23 47/1 60/6
75/12 75/16
December 10th [1]
75/12
decision [2] 8/7 12/10
19/25 20/10 20/19 22/9
29/11
decree [1] 41/1
default [1] 23/8
Defendant [3] 1/7 3/8
4/20
define [1] 70/25
defined [2] 38/3 38/3
degree [2] 8/14 22/3
delayed [1] 44/9
delaying [1] 9/21
Denver [1] 3/6
DEPARTMENT [5] 2/3
3/3 10/20 43/20 44/2
depending [1] 66/13
depose [2] 32/20 32/25
34/17
depositions [1] 76/4
described [2] 68/22
71/19
Desktop [1] 37/15
details [1] 49/20
determination [4]
14/24 15/9 20/5 69/23
determine [1] 66/20
determining [1] 38/8
developments [1]
41/15
DG [3] 23/23 24/5
25/25
dialogue [2] 23/25
24/6 26/5 28/24
did [8] 9/7 11/5 20/12
21/22 30/2 36/13 38/10
44/3
didn't [8] 11/19 13/8
20/2 22/2 29/15 33/14
43/21 74/11

different [8] 26/11
28/17 40/3 40/19 41/23
41/23 62/7 73/9
Digital [1] 22/24
direct [1] 72/25
directed [1] 72/9
direction [2] 27/22
57/25
directly [1] 11/23
Director [1] 23/23
disagree [4] 26/9 26/21
50/16 53/6
disagreement [1]
26/23
disclose [5] 64/25 65/2
65/3 65/4 68/2
disclosed [2] 49/17
66/21
disclosing [1] 68/1
disclosure [1] 67/7
disclosures [2] 52/14
76/11
discourage [1] 41/17
discover [1] 11/6
discovery [14] 5/20
6/10 6/20 8/7 8/18 10/3
10/19 11/7 11/11 23/14
40/20 42/9 52/24 53/2
60/14
discuss [3] 7/25 20/19
74/17
discussed [2] 18/5
20/9 20/23 58/13 65/2
69/1
discussing [2] 36/17
54/8
discussion [6] 20/6
30/19 31/7 31/10 32/4
69/24
discussions [9] 16/2
21/8 28/18 29/20 39/12
48/1 48/4 63/1 70/7
dispute [5] 54/2 57/24
61/7 62/21 75/7
disputes [9] 5/1 6/20
8/5 36/3 42/18 47/4
57/22 58/19 62/20
distribution [6] 34/14
49/6 60/18 61/2 61/9
62/15
DISTRICT [5] 1/1 1/1
1/10 59/6 75/6
Division [2] 2/3 2/13
76/24
DMA [16] 16/21 18/21
19/16 19/17 19/20 22/8
23/18 23/24 24/4 24/9
24/20 25/25 27/23
28/11 29/15 30/24
do [80]
do you [4] 15/19 28/21
53/24 59/14
do you have [3] 41/8
51/10 68/10
documentation [1]
18/23
documents [49] 8/19
9/8 9/17 10/21 10/22
10/23 11/15 13/25 14/5

82

## D

documents... [40] 14/6 14/17 14/18 19/1 19/25 20/3 20/11 21/2 21/4 22/23 24/18 24/18 27/15 28/21 30/10 32/21 32/24 44/12 45/21 49/3 54/3 54/6 54/8 57/1 57/19 58/3 59/21 59/23 60/15 60/23 60/24 63/20 70/2 70/22 70/23 73/8 73/23 74/5 75/15 75/18
does [10] 19/9 25/16 26/3 31/12 50/17 56/1 56/2 60/1 70/14 73/7
doesn't [7] 18/11 19/6 25/6 31/12 34/9 36/9 64/6
doing [3] 5/20 28/23 43/3
DOJ [7] 2/2 2/8 2/12 6/4 6/7 9/19 26/5
DOJ's [1] 6/6
DOJ-ATR [1] 2/12
DOJ-CIV [1] 2/8
don't [81]
done [6] 9/3 27/22 34/5 51/2 62/10 77/2
doubt [1] 18/23
down [4] 11/17 32/13 40/14 52/15
download [2] 37/14 37/15
drafted [1] 29/5
dragging [1] 46/7
dramatically [1] 60/25
draw [2] 54/5 55/16
dubious [2] 7/2 7/5
during [6] 6/7 11/4 11/14 36/14 52/16 69/1

## E

each [3] 13/5 29/24 59/2
earlier [5] 18/5 18/16 30/21 50/19 70/17
early [1] 6/25
easiest [2] 42/21 42/21
easily [1] 27/15
easy [1] 23/6
effect [1] 64/20
effective [5] 19/19 19/19 20/8 21/8 21/13
effectively [1] 32/25
effects [1] 31/17
efficacy [1] 31/5
effort [1] 38/19
either [5] 12/8 34/25 47/18 49/25 68/1
electronic [1] 71/12
else [5] 53/24 74/16 76/14 76/15 76/17
email [9] 2/6 2/10 2/15 3/7 3/11 27/11 28/24 30/22 71/9
emailed [1] 43/25
emails [4] 28/23 28/25

emergence [1] 70/20
emphasize [1] 30/20
encompass [1] 50/20
encompassed [1] 72/25
end [7] 10/3 11/6 15/25 32/2 45/16 60/4 76/22
ended [2] 75/24 75/25
ends [1] 8/2
engage [6] 20/21 26/5 28/12 30/4 58/4 73/18
engaging [1] 42/7
engine [8] 36/23 37/3 37/7 38/4 38/20 38/21 41/22 55/17
enough [2] 15/18 15/20
entail [1] 31/22
entering [1] 55/3
entirely [2] 24/10 40/15
entitled [1] 52/23
entrants [1] 40/12
entry [1] 12/4 34/14 40/9
envision [1] 28/21
ESI [7] 61/5 61/20 62/5 62/5 71/6 71/8 71/8
ESI search [1] 62/5
especially [2] 8/21 67/10
estimation [1] 17/1
et [8] 1/3 4/17 28/25 48/19 50/10 50/10 57/21 63/17
et al [1] 4/17
et cetera [4] 48/19 50/10 57/21 63/17
Europe [3] 25/15 26/13 27/13
evaluating [1] 7/8
evaluation [2] 65/14 77/1
evaluations [1] 31/16
even [8] 8/25 11/1 25/25 38/10 51/25 63/22 67/8 67/10
event [1] 42/15
Eventually [1] 44/9
ever [1] 6/19
every [2] 9/12 52/25
everybody [2] 58/16 77/7
everyone [5] 4/4 4/7 4/13 4/21 4/22
everyone's [3] 43/12 46/5 74/16
everything [3] 27/6 33/12 44/15
evolution [1] 40/13
exactly [5] 11/25 12/17 24/15 24/21 61/11
examination [1] 57/14
examine [1] 56/22
example [15] 21/10 22/15 25/2 29/10 29/12 32/12 41/4 50/2 54/7 54/18 54/20 55/15

exchanged [1] 48/1
exclusive [1] 55/18
excuse [4] 4/7 54/21 63/8 63/16
executive [2] 22/1 72/6
executives [4] 29/12 31/8 52/4 72/6
exhibits [1] 37/6
exist [3] 73/23 74/1 74/2
expansion [1] 34/14
expeditiously [1] 9/16
expenses [2] 63/5 63/17
experience [1] 37/23
experts [2] 7/9 73/21
explain [1] 42/4
explained [1] 69/18
explaining [1] 59/20
explore [1] 26/2
exposure [1] 56/25
express [1] 18/2
expressed [2] 16/17 28/23
extending [1] 39/23
extent [15] 17/10 17/12 22/4 23/22 23/24 29/4 47/22 52/14 57/8 57/16 58/3 61/20 62/3 62/12 76/24
extraordinarily [1] 34/15
extraordinary [1] 41/16
eyes [1] 53/20

## F

fact [3] 11/11 25/24 33/23
facts [1] 45/7
fail [1] 63/14
fair [5] 10/9 29/8 43/14 50/15 72/10
fairly [1] 7/5 39/4 65/15
fall [2] 24/9 24/13
fallen [1] 59/4
far [6] 17/17 25/6 28/3 43/17 51/3 64/10
fast [1] 41/18
fast-moving [1] 41/18
featured [1] 39/3
features [1] 40/18
feel [5] 10/5 10/21 21/22 39/11
fell [1] 54/15
few [2] 33/5 59/16
Fifth [1] 2/13
fight [3] 56/5 56/5 56/15
fighting [3] 14/13 18/11 44/15
fights [1] 18/9
figure [7] 8/2 10/25 17/15 31/17 31/25 53/12 69/7
file [2] 44/25 74/9
filed [2] 5/1 5/13

filings [1] 74/16
final [7] 5/13 6/14 12/23 21/5 21/24 27/6 35/19
finally [2] 13/21 70/1
financial [5] 64/8 64/10 64/13 64/13 64/24
financials [3] 65/19 66/10 66/18
find [1] 30/22
firm [1] 51/12
firms [1] 42/10
first [5] 10/17 40/7 59/12 61/10 68/9
fishing [1] 72/4
five [5] 23/7 23/16 26/10 28/11 29/23
FJTC [1] 16/23
flag [2] 6/23 7/7
flagged [5] 1/1 8/5 19/7 36/4
floor [2] 3/6 5/4
focus [1] 39/5
focused [4] 17/24 27/25 33/21 70/9
folks [4] 44/18 53/21 76/1 76/14
following [11] 7/12 8/9 16/1 16/16 16/25 25/2 25/3 25/3 32/20 48/7 58/13
follows [2] 25/10 55/25
foot [1] 46/7
foregoing [1] 78/3
forgive [1] 33/25
form [2] 49/17 53/18
formal [5] 26/18 29/3 29/9 31/2 31/15
formally [1] 75/1
formulate [1] 35/19
forth [2] 24/13 37/25
forward [16] 5/5 5/20 7/1 9/11 10/1 11/23 27/10 37/10 39/16 41/24 42/2 42/3 42/3 42/7 43/10 46/9
four [3] 8/24 13/4 20/12
frame [1] 25/19
framework [1] 26/15
frankly [2] 48/15 50/11
free [2] 5/10 23/3
freestanding [1] 40/18
Friday [3] 46/24 58/10 74/9
front [1] 5/21
frontier [1] 39/23
full [4] 11/2 23/21 37/24 53/10
full-blown [1] 37/24
functionality [2] 37/22 38/20
functions [1] 37/18
further [11] 16/1 32/4 35/23 47/25 48/3 49/24 58/3 61/3 61/14 62/23 69/24

## G

game [1] 50/15
gathered [1] 9/8
gave [3] 5/16 13/2 33/14
Gemini [4] 37/1 37/2 37/2 40/2
GenAI [1] 68/17
general [12] 23/23 38/4 38/19 38/20 40/5 40/6 54/7 60/19 68/16 71/6 76/22 76/25
generally [1] 59/5
generation [1] 41/25
generative [3] 60/18 68/5 69/13
get [40] 9/20 9/21 14/17 15/13 17/15 25/17 26/25 27/14 27/25 28/1 28/16 28/17 31/13 31/17 32/2 32/4 32/24 34/6 34/16 34/23 39/10 40/1 40/6 42/9 51/1 52/13 53/12 55/21 56/9 56/23 58/10 60/5 62/15 66/14 66/15 66/20 67/18 69/22 72/5 72/16
gets [1] 27/1
getting [6] 9/22 11/1 28/21 33/24 48/25 63/16
give [14] 13/8 19/6 25/4 29/10 33/3 34/25 35/1 35/7 39/19 43/15 45/2 51/25 61/21 73/13
given [15] 5/15 7/17 10/2 15/5 15/8 15/15 27/8 27/24 30/8 30/10 31/13 33/11 44/12 49/8 67/10
giving [1] 29/5
glad [1] 62/13
go [13] 9/12 12/2 12/3 12/3 14/6 20/5 26/11 26/12 34/10 39/21 55/14 67/19 70/16
goes [6] 6/17 6/19 24/11 26/3 27/6 64/10
going [78] 6/21 6/21 7/2 7/5 9/2 9/11 9/25 10/3 10/14 11/23 12/7 13/18 14/18 14/21 15/2 15/9 15/10 16/3 16/16 17/23 18/4 18/9 18/18 18/20 19/2 19/10 21/3 25/15 26/13 27/2 27/21 28/1 28/18 30/16 30/17 30/25 31/8 32/18 32/23 33/2 33/7 34/1 34/10 34/16 34/18 34/25 35/1 35/2 36/12 37/9 37/10 38/2 38/6 39/3 39/7 41/21 44/14 44/14 44/15 45/13 52/13 56/7 56/16 56/20 56/23 62/6 62/13

**G**

going... **[12]** 62/14
67/18 70/16 70/18 70/24
72/5 72/6 74/5 74/23
76/21 76/25 77/3
**good [9]** 4/4 4/21 4/22
5/7 19/12 43/4 47/7
58/23 68/3
**good morning [3]** 4/4
4/21 5/7
**goodness [1]** 29/14
**GOOGLE [67]** 1/6 3/8
4/17 4/20 5/1 10/21
12/13 13/9 14/22 18/23
18/24 19/7 19/23 20/12
20/20 21/7 21/17 22/14
22/18 22/19 23/4 23/5
23/12 23/13 23/17
23/24 24/9 24/19 26/1
26/5 28/10 29/11 29/25
30/9 31/20 32/18 33/11
33/20 38/6 41/2 42/18
45/9 45/14 45/20 46/22
47/15 48/15 50/11
52/10 52/12 53/13
53/17 53/21 55/3 59/2
59/13 59/20 60/5 61/11
63/15 67/5 67/21 68/2
71/19 75/14 75/18
75/23
**Google LLC [1]** 4/17
**Google's [21]** 8/4 17/1
17/14 20/7 25/21 29/5
36/3 36/25 39/13 39/22
40/9 41/19 42/22 43/6
47/3 57/9 59/8 64/3
64/19 70/23 73/14
**got [12]** 6/14 31/25
32/12 32/22 33/4 35/17
41/10 44/5 44/9 55/13
57/1 57/6
**gotten [2]** 16/10 44/4
**government [2]** 23/25
68/9
**GPT [1]** 72/17
**GPT3 [3]** 72/20 73/3
73/10
**GPT4 [5]** 72/21 72/24
72/24 73/12 73/23
**grab [1]** 14/5
**grabbed [2]** 9/9 27/14
**Grace [1]** 42/25
**great [4]** 15/10 15/11
18/17 71/19
**guess [21]** 8/9 8/15
14/24 16/23 17/9 18/15
24/14 25/9 30/20 41/12
45/24 47/14 47/17 53/5
55/24 57/17 58/9 58/23
65/18 70/12 74/8
**guidance [6]** 13/2
20/25 36/1 42/7 42/16
61/22
**guide [1]** 11/5

**H**

**had [26]** 7/21 11/5
13/14 13/14 16/8 18/3
30/19 33/16 39/12
43/19 43/19 44/2 44/4
44/4 47/25 48/3 55/20
59/18 61/24 64/20
70/17 73/18
**hadn't [1]** 13/10
**half [3]** 16/22 25/19
31/24
**hand [5]** 8/3 17/16
25/21 32/21 71/19
**handed [1]** 44/10
**handful [1]** 68/13
**handle [1]** 19/10
**happen [2]** 58/4 73/10
**happened [1]** 44/17
**happy [5]** 5/23 10/25
20/19 22/5 30/4 32/6
34/22 39/10 45/15
**hard [2]** 8/20 75/22
**harder [1]** 9/20
**has [49]** 5/1 7/1 7/21
10/20 10/21 19/7 20/20
23/13 24/5 25/13 28/22
36/17 36/19 36/20 37/4
38/15 38/17 41/21
42/19 45/8 45/19 46/3
47/15 47/20 47/23 49/3
49/17 50/8 51/6 52/2
53/10 54/11 56/3 56/12
56/12 59/22 59/3 59/23
61/6 64/19 65/15 67/11
68/12 70/10 72/15
72/16 73/17 73/18
74/20
**hasn't [1]** 25/5
**have [149]**
**haven't [6]** 9/3 27/19
38/14 38/14 56/18
67/14
**having [4]** 21/7 33/15
49/23 54/2
**he [4]** 34/12 55/20
67/17 68/22
**he described [1]** 68/22
**he's [2]** 10/9 34/10
**head [1]** 76/23
**headway [1]** 32/3
**hear [4]** 20/2 39/17
62/13 62/14
**heard [3]** 7/10 48/24
51/3
**hearing [8]** 5/22 6/10
19/11 27/21 39/3 39/18
39/25 72/12
**help [9]** 12/9 20/17
21/3 22/8 29/21 34/9
40/21 46/9 49/24
**helpful [9]** 9/4 21/5
21/14 24/15 28/13
28/19 31/8 31/12 41/13
**here [43]** 4/23 6/19
11/13 11/15 12/5 13/24
14/11 17/7 17/12 17/13
17/18 18/3 19/15 20/9
21/10 22/8 27/14 28/15
33/14 38/1 44/7 48/12
49/4 51/14 51/22 52/6
59/1 60/17 61/12 61/18
62/25 64/19 66/2 67/10
68/7 70/8 70/19 72/25
75/2
**here's [4]** 29/15 30/16
**Herrmann [1]** 5/12
**hey [1]** 26/25
**Hi [2]** 43/2 47/11
**higher [1]** 12/7
**highest [2]** 52/4 67/3
**highlighted [1]** 47/16
**highly [3]** 48/22 48/23
67/25
**him [1]** 34/3
**hindered [1]** 42/11
**his [2]** 34/3 34/11
**history [1]** 63/9
**hit [15]** 8/16 8/21 8/21
9/3 9/7 9/25 12/7 12/11
13/12 14/22 15/1 15/5
15/7 15/13 15/22
**hits [1]** 31/24
**hobble [1]** 41/18
**holding [1]** 26/1
**holiday [2]** 15/16 77/7
**honest [1]** 33/3
**Honor [82]**
**Honor's [8]** 5/19 10/24
11/4 11/16 33/9 48/25
57/25 75/11
**HONORABLE [3]** 1/9
4/3 4/12
**hoops [1]** 75/3
**hope [3]** 15/6 15/11
60/3
**hopefully [4]** 32/4 36/5
42/21 69/22
**hoping [2]** 24/16 46/23
**horizontal [1]** 23/2
**house [2]** 67/5 68/2
**how [52]** 9/1 14/1
15/12 15/18 17/7 17/15
17/25 18/17 19/5 20/8
21/16 21/18 25/22 27/1
27/11 27/21 28/1 29/6
30/24 31/7 31/17 36/18
37/9 37/11 37/23 38/2
39/6 40/1 40/16 40/16
41/8 42/3 43/2 43/3
45/2 45/3 48/17 48/24
49/1 49/7 53/10 54/10
56/24 59/3 63/7 64/9
65/16 66/3 66/14 66/15
69/5 69/25
**however [4]** 35/15 41/3
48/13 70/25
**hundreds [1]** 70/22

**I**

**I agree [2]** 11/12 40/15
**I am [2]** 7/2 49/19
**I believe [6]** 6/24 18/21
26/1 38/18 65/8 76/8
**I can [8]** 17/13 33/1
33/1 37/13 37/14 51/12
56/15 68/8
**I can't [2]** 15/9 24/1
**I don't [28]** 17/24 18/16
23/19 24/22 30/24 31/7
37/20 38/13 38/23
42/16 44/17 50/5 50/16
53/5 54/4 54/22 55/25
56/17 56/20 56/24
56/24 56/25 57/15
66/11 66/13 69/5 72/23
76/24
**I don't have [5]** 7/13
17/4 18/16 51/12 68/12
**I guess [19]** 8/9 8/15
14/24 16/23 17/9 18/15
24/14 25/9 30/20 40/12
45/24 47/14 47/17 53/5
58/9 58/23 65/18 70/12
74/8
**I had [1]** 18/3
**I have [4]** 5/25 7/25
38/22 51/16
**I just [5]** 7/7 25/4 41/10
42/15 71/22
**I know [5]** 5/9 20/1
20/23 38/15 38/17 49/5
72/2 74/21 74/23
**I mean [26]** 8/11 25/1
25/4 32/22 34/10 35/13
37/13 37/23 38/12
49/13 50/2 50/4 50/7
51/16 53/6 57/19 61/17
61/24 62/3 62/9 63/8
64/12 64/17 70/14
75/20 75/21
**I said [1]** 30/21
**I say [2]** 32/14 32/14
**I share [1]** 8/14
**I should [1]** 38/4
**I take [1]** 43/11
**I think [35]** 6/23 7/19
8/11 8/17 9/4 10/7
14/13 17/6 25/11 28/14
30/16 33/19 38/12
39/16 40/20 44/24
46/16 47/19 48/4 49/23
50/11 50/12 53/6 53/6
57/6 57/16 58/1 59/5
61/13 64/1 64/4 67/7
68/7 70/25 74/15
**I thought [2]** 55/11
67/17
**I understand [3]** 35/15
35/18 64/22
**I want [5]** 11/1 36/7
36/8 36/10 71/7
**I was [1]** 24/16
**I will [4]** 7/22 18/2
37/12 46/2
**I would [19]** 8/9 15/6
16/24 24/14 25/9 25/9
29/9 30/20 31/2 34/3
40/17 45/24 46/1 50/21
55/24 58/9 71/17 72/25
74/8
**I'd [2]** 38/23 74/13
**I'll [16]** 4/8 7/12 15/22
16/14 17/25 18/15
30/21 32/12 35/7 39/9
**I don't [28]** 17/24 18/16
23/19 24/22 30/24 31/7
37/20 38/13 38/23
42/16 44/17 50/5 50/16
53/5 54/4 54/22 55/25
56/17 56/20 56/24
66/11 66/13 69/5 72/23
76/24
**I'm [32]** 10/25 14/21
15/2 16/16 18/20 20/4
23/6 23/12 25/1 30/17
31/18 33/2 34/25 37/8
37/11 37/20 39/10 43/3
48/17 53/12 56/14
60/17 62/13 65/20
69/16 71/8 71/9 74/19
74/23 74/24 74/25 75/1
**I'm going [5]** 16/16
18/20 30/17 33/2 53/12
**I'm just [3]** 23/6 60/17
74/24
**I'm not [2]** 23/12 25/1
31/18
**I'm not sure [1]** 56/14
**I'm sorry [2]** 20/4
74/19
**I'm sure [1]** 37/20
**I've [5]** 16/10 50/7 53/6
65/2 72/8
**idea [3]** 56/11 68/16
72/3
**identifiable [1]** 27/15
**identification [1]** 71/14
**identified [7]** 8/16
21/14 21/17 34/8 35/14
59/2 72/14
**identifies [2]** 22/20
23/5
**identify [8]** 19/1 21/23
30/1 30/2 32/17 75/15
76/1 76/3
**identifying [1]** 17/19
**IL [1]** 2/5
**imagine [2]** 15/9 68/8
**immediately [1]** 9/9
**impact [2]** 31/5 37/9
**impacted [1]** 29/7
**impacts [1]** 31/16
**impasse [1]** 21/1
**implicated [1]** 52/22
**implicit [1]** 10/8
**implicitly [1]** 74/20
**important [2]** 20/11
24/4
**importantly [2]** 16/20
37/22
**imposed [1]** 18/23
**imposing [1]** 40/14
**improving [1]** 41/24
**include [1]** 22/13
**included [1]** 73/1
**includes [1]** 29/19
**including [3]** 16/20
23/10 72/6
**increased [1]** 15/8
**Indeed [2]** 24/8 46/12
**independently [1]**
23/11
**index [2]** 41/5 55/15
**indicated [1]** 21/21
**indicates [1]** 6/16
**individual [1]** 45/8
**individuals [3]** 27/12
30/11 44/1

## I

ineffective [2] 20/8 21/8
inform [2] 21/3 22/9
informal [2] 29/9 29/19
information [42] 9/22 11/22 11/25 23/8 28/21 29/16 33/12 39/14 40/20 50/17 52/10 54/20 55/14 55/16 55/18 55/21 56/1 56/4 56/6 56/8 56/14 56/21 57/2 57/9 57/11 57/11 62/15 63/8 63/11 63/17 64/8 64/11 67/4 67/6 67/21 67/23 67/23 68/1 71/13 71/21 73/6 73/15
informing [1] 44/3
initial [1] 45/5
innovation [2] 41/18 41/22
innovations [3] 41/15 41/20 42/5
input [1] 69/4
inputs [3] 41/1 41/2 41/2
inquiry [1] 70/13
inside [1] 67/21
insight [1] 66/15
inspect [1] 73/21
inspection [1] 73/19
instance [1] 64/12
instead [2] 20/21 73/18
instructions [1] 11/17
integrated [2] 36/20 50/10
integrates [1] 40/16
integration [4] 36/12 36/22 36/25 49/15
intend [8] 6/9 24/2 45/3 45/13 45/20 59/8 59/14 60/1
intention [6] 11/2 46/20 46/21 60/5 67/20 68/1
interest [4] 43/12 46/5 46/6 63/24
interested [2] 62/17 64/1
interests [1] 61/11
internal [10] 16/14 17/2 17/14 19/1 21/8 25/21 28/18 29/4 29/5 31/15
internally [3] 20/7 27/1 70/7
Internet [1] 37/19
interrelationship [1] 52/5
intervene [4] 16/1 43/14 46/9 74/13
introduced [2] 38/15 38/17
invested [1] 52/3
investigating [1] 45/6
investment [3] 50/9 54/9 63/24
invitation [1] 75/25

involved [2] 27/3 52/21
irrelevant [2] 53/16 61/7
irresponsible [1] 6/17
is [239]
is that a [1] 29/8
is that correct [1] 43/7
is that fair [1] 43/14
isn't [1] 16/24
issue [17] 12/2 14/10 16/3 16/13 18/6 18/21 29/14 29/15 33/7 39/2 42/12 45/20 46/4 50/18 52/6 53/25 62/7
issues [15] 5/17 6/9 6/18 6/23 7/3 7/6 7/6 8/3 15/3 23/15 26/2 36/3 44/16 48/12 57/16
it [141]
it occurred [1] 7/16
it's [54] 4/22 6/6 8/20 10/11 12/7 15/9 15/10 16/23 17/21 21/14 22/14 22/24 23/3 23/18 24/4 24/10 29/9 31/9 31/9 31/12 31/17 33/4 33/21 36/4 38/1 39/1 39/2 39/4 41/13 42/16 46/5 50/14 51/7 53/7 53/19 55/22 56/5 56/14 57/16 59/5 60/24 61/25 63/3 63/10 65/1 67/22 70/16 71/20 71/21 72/16 72/17 73/23 75/4 75/25
its [15] 22/15 23/18 37/2 38/13 40/14 42/19 45/9 45/14 45/19 53/20 55/4 68/23 69/13 70/15 70/24
itself [7] 22/20 23/12 23/13 41/3 45/13 66/5 75/23

## J

January [5] 32/22 33/4 76/8 76/22 77/8
Japan [3] 25/15 26/13 27/13
Japanese [1] 17/6
JFTC [4] 19/17 19/21 22/8 28/11
John [2] 3/8 4/20
John Schmidtlein [1] 4/20
Joining [1] 5/11
joint [5] 8/5 22/19 23/18 61/12 63/20
Jon [1] 4/19
jon.sallet [1] 3/7
Jonathan [1] 3/2
jschmidtlein [1] 3/11
judge [3] 1/10 38/8 75/5
judgment [5] 5/13 6/14 7/10 21/6 21/24
judgments [1] 14/15

Julia [1] 47/9
jump [1] 75/3
jurisdiction [1] 29/24
jurisdictional [1] 74/22
jurisdictions [3] 20/16 21/22 27/13
jury [2] 5/10 41/10
just [77] 5/3 6/5 7/7 7/15 7/23 8/6 8/9 8/19 10/9 14/14 15/2 16/14 17/11 18/20 20/20 21/11 22/12 22/21 23/6 23/17 25/4 25/20 28/7 28/16 29/10 30/8 31/9 32/2 32/12 33/16 33/18 33/23 33/23 35/14 36/8 36/10 37/12 39/11 40/6 41/10 42/15 42/16 42/20 43/5 43/6 43/15 45/2 46/8 50/22 51/1 51/5 51/9 53/7 53/15 54/19 57/18 58/10 60/17 62/1 62/10 62/14 63/3 67/1 67/9 67/11 67/12 68/16 71/5 71/19 71/22 72/3 73/23 74/9 74/9 74/19 74/24 75/25
JUSTICE [2] 2/3 10/20
justification [2] 63/19 64/6

## K

Karl [1] 5/12
Karl Herrmann [1] 5/12
keep [2] 11/2 71/13
keyword [1] 71/15
kick [1] 5/10
kind [17] 8/21 10/10 18/10 24/16 25/5 28/21 48/24 48/24 48/25 49/2 49/6 50/17 57/11 57/13 57/13 57/17 65/21
kinds [1] 24/12
know [107]
knowledge [2] 17/4 56/21
knows [1] 54/22

## L

lack [1] 59/3
laid [1] 62/18
landscape [2] 38/9 70/8
largely [2] 37/17 37/17
larger [1] 36/12
LaSalle [1] 2/4
last [22] 5/14 6/14 7/15 8/12 11/17 13/1 16/17 18/3 18/15 19/11 20/1 20/6 20/13 20/23 25/23 27/21 30/7 39/25 52/25 64/14 76/1 76/9 77/3 later [4] 7/20 46/14 53/1 74/14
law [3] 3/3 5/18 6/19
lawyers [4] 24/9 27/3

layperson [1] 36/18
layperson's [2] 39/8 49/13
learned [1] 61/10
leash [1] 62/25
least [14] 10/8 15/11 21/18 24/8 28/24 36/7 37/8 38/20 39/8 46/4 60/5 63/23 69/21 75/21
leave [1] 7/23 39/9 50/25 53/5
legal [3] 18/7 26/19 27/5
legislative [1] 17/5
length [2] 20/23 52/5
less [2] 75/21 75/22
let [25] 5/3 10/6 15/3 16/16 17/11 22/21 35/12 38/23 43/11 43/15 46/8 46/19 48/7 48/20 50/25 58/10 59/10 59/12 66/20 68/8 68/8 71/5 76/6 76/10 76/19
let's [24] 7/23 8/3 8/4 8/6 14/21 14/25 15/23 15/24 16/13 17/14 18/10 18/20 26/25 31/17 32/2 32/10 36/3 42/18 46/10 47/3 63/3 63/3 69/7 70/12
let's see [1] 14/25
letter [3] 13/5 13/7 59/19
letters [1] 20/22
level [1] 52/4
Lewis [2] 43/1 45/10
liability [8] 8/7 11/4 11/14 14/24 15/8 20/5 36/14 42/12
licensing [13] 50/14 55/1 55/4 55/6 55/9 55/14 57/21 68/5 68/13 68/16 68/22 69/4 69/12
life [2] 42/5 63/9
light [2] 8/15 47/25
like [31] 6/12 7/25 9/5 20/24 21/10 23/6 25/6 25/20 26/24 27/21 28/3 29/4 31/21 32/19 37/5 37/7 37/7 38/14 38/23 43/5 48/16 61/17 62/16 65/1 65/13 65/16 70/19 71/10 71/13 71/15 74/3
likelihood [1] 48/11
likely [2] 20/1 20/9 27/2 48/13
limitation [1] 16/22
limitations [1] 16/19
limited [4] 37/23 64/4 67/12 73/24
limiting [2] 25/18 73/3
line [3] 16/9 18/8 23/15
lines [1] 26/6
lining [1] 7/9
list [7] 35/16 35/19 35/20 44/6 72/1 73/8

listed [3] 44/6 44/7 56/18
lists [1] 32/10
litigated [1] 53/8
lived [1] 52/7
LLC [2] 1/6 4/17
Llewellyn [2] 43/1 45/10
LLMs [2] 73/10 73/16
LLP [1] 3/9
long [2] 15/12 41/11
look [20] 5/20 7/12 10/7 25/2 30/16 32/12 34/10 36/11 37/7 37/7 39/16 42/3 42/7 45/24 53/5 68/7 70/14 70/21 75/1 76/21
looked [1] 67/14
looking [14] 12/1 12/5 21/9 24/18 25/21 28/14 28/16 29/2 37/10 44/14 55/8 55/17 55/18 68/22 56/5
looks [6] 7/25 9/5 37/4 38/9 38/14 70/19
loss [1] 49/7
lot [11] 6/19 18/23 19/15 25/20 38/10 39/21 40/2 41/17 42/5 42/10 50/20
low [2] 8/22 8/22
lust [1] 39/9
luxury [1] 44/25

## M

made [15] 6/4 9/22 13/22 14/2 14/16 26/19 27/1 27/21 32/3 51/6 52/15 61/12 73/17 74/22 76/11
make [22] 6/5 7/12 8/9 11/2 12/9 14/14 14/15 15/22 15/24 16/24 18/10 18/15 21/11 22/20 26/4 30/7 53/20 66/23 69/22 71/7 73/19 76/19
making [4] 23/25 60/9 60/11 63/23
manageable [1] 15/1
Management [1] 67/15
manifested [1] 41/22
manner [1] 45/15
many [5] 20/22 26/12 33/15 41/21 53/10
map [4] 17/7 17/11 17/13 19/9
mapped [1] 26/15
March [1] 7/4
marinate [1] 7/21
marked [1] 67/22
market [16] 18/18 36/16 36/19 38/5 38/7 38/8 39/6 39/20 40/4 40/7 40/12 54/7 70/15 70/19 70/24 70/25
marketplace [2] 38/16 40/5

**M**

**markets [2]** 22/25 40/4
**match [2]** 25/15 34/11
**material [1]** 9/1
**materials [5]** 28/2
31/22 48/23 52/13 60/6
**matter [5]** 6/18 18/12
43/19 45/5 78/4
**matters [5]** 5/3 14/10
26/20 26/21 34/7
**may [20]** 6/10 6/25
17/14 25/6 30/24 31/11
32/25 37/20 37/25 41/1
50/14 50/23 55/19
61/18 66/23 70/17
70/17 70/25 71/21
72/13
**maybe [10]** 7/20 11/18
14/24 15/7 39/19 51/25
63/3 65/19 67/8 71/17
**me [72]** 4/7 5/3 5/11
7/16 8/20 9/4 10/6
10/11 11/18 15/4 15/14
15/25 16/1 16/16 16/24
17/11 18/25 22/21
25/20 29/2 30/21 31/1
31/12 32/2 32/5 32/17
33/3 33/25 35/1 35/12
36/13 36/19 38/1 38/23
43/11 43/15 45/2 46/8
46/9 46/19 48/2 48/7
48/15 48/20 50/5 50/15
50/17 50/25 53/24
54/16 54/21 55/7 56/4
58/10 58/10 59/10
59/12 63/8 63/16 66/20
67/16 68/8 68/8 70/14
71/5 74/9 74/13 75/5
75/20 76/6 76/10 76/19
**mean [29]** 8/11 10/2
25/1 25/4 29/2 32/22
34/10 35/13 37/13
37/23 38/12 49/13 50/2
50/4 50/7 51/16 53/6
57/19 61/17 61/24 62/3
62/9 63/8 64/12 64/17
68/21 70/14 75/20
75/21
**means [4]** 23/20 38/24
55/5 64/2
**meant [1]** 55/6
**mechanical [1]** 3/16
**mechanism [1]** 17/22
**meet [10]** 13/18 19/23
22/5 58/4 59/19 61/14
62/23 69/2 69/19 71/20
**meeting [1]** 24/9
**MEHTA [3]** 1/9 4/3 4/12
**memos [1]** 29/3
**Merit [1]** 3/12
**Microsoft [28]** 34/13
36/5 47/4 47/5 47/10
47/23 49/3 49/15 50/8
50/22 51/4 51/6 52/2
52/20 53/9 54/2 54/5
54/13 54/14 54/22 56/1
56/3 56/12 56/15 56/18
57/1 63/15 72/16

**midi [4]** [4] 4/17
56/20 56/22 57/18
**midnight [1]** 6/14
**might [13]** 9/4 12/7
20/8 30/5 30/9 30/11
30/22 31/11 31/22
31/22 33/17 57/15 69/6
**million [3]** 11/14 31/24
31/24
**mimic [1]** 38/19
**mind [2]** 51/9 51/22
**minded [1]** 75/2
**mindful [1]** 62/19
**minute [2]** 58/16 76/1
**minutes [2]** 70/10
70/11
**misunderstanding [2]**
69/17 71/7
**model [4]** 54/18 54/20
57/21 72/20
**models [8]** 47/23 47/23
54/18 55/4 55/10 55/21
68/24 72/18
**modest [1]** 15/7
**moment [3]** 32/17
50/25 56/10
**Monday [2]** 46/15
46/16
**monetize [1]** 37/23
**month [3]** 15/6 20/21
51/7
**monthly [1]** 4/23
**months [8]** 5/21 8/24
9/3 10/22 12/24 14/14
51/16 51/18
**more [18]** 7/24 11/24
15/19 20/1 20/9 24/5
29/3 30/18 33/15 38/10
39/17 40/20 50/20 54/7
58/12 58/12 66/19
73/18
**morning [5]** 4/4 4/21
5/7 46/11 47/7
**most [8]** 33/20 33/22
47/18 52/10 63/20 64/4
65/11 73/3
**move [8]** 5/5 10/14
27/10 36/5 46/1 46/6
46/9 77/3
**moved [2]** 14/1 25/5
**moves [1]** 42/3
**moving [9]** 14/11 14/17
27/14 39/8 39/20 41/18
41/24 43/10 69/21
**Mr. [49]** 5/6 5/11 6/2
6/11 6/12 7/15 8/10
10/7 10/8 10/18 11/18
11/24 12/22 13/24
15/12 16/7 22/11 24/19
26/8 28/22 31/20 33/2
33/7 33/8 33/25 34/1
35/9 35/23 40/22 40/23
41/7 43/10 44/24 46/7
51/1 53/24 55/9 58/25
61/16 64/9 64/24 67/15
68/7 68/21 69/9 71/24
74/1 74/18 75/10
**Mr. Dahlquist [6]** 5/6

40/23
**Mr. Nadella [1]** 55/19
**Mr. Ramani [2]** 58/25
64/24
**Mr. Sallet [5]** 6/2 6/11
16/7 22/11 40/22
**Mr. Schmidtlein [27]**
6/12 8/10 10/8 11/24
12/22 15/12 24/19 26/8
28/22 31/20 34/1 35/9
35/23 41/7 43/10 44/24
46/7 51/1 53/24 61/16
64/9 67/15 68/7 68/21
69/9 71/24 74/1
**Mr. Schmidtlein's [2]**
7/15 10/18
**Mr. Severt [6]** 5/11
33/7 33/8 33/25 74/18
75/10
**Ms [2]** 43/2 47/11
**Ms. [4]** 19/10 44/22
46/10 46/19
**Ms. Onyema [1]** 19/10
**Ms. Ramirez [3]** 44/22
46/10 46/19
**much [17]** 9/1 15/9
16/12 18/17 21/16 31/7
36/12 39/17 41/8 42/3
48/9 57/23 63/7 65/17
66/3 73/18 77/6
**multiple [1]** 24/12
**musings [1]** 42/17
**my [16]** 8/12 15/11
17/1 18/18 19/3 23/16
34/2 36/10 37/14 37/15
37/15 37/23 46/2 46/5
53/7 74/21

**N**

**Nadella [1]** 55/19
**name [2]** 33/14 33/16
**names [7]** 32/13 32/23
33/13 34/18 34/23 35/2
72/9
**napkin [1]** 65/21
**narrow [4]** 17/23 20/14
54/6 61/14
**narrowed [1]** 19/16
19/22 25/16
**narrower [1]** 64/2
**navigated [1]** 52/15
**nearly [3]** 11/14 11/20
21/24
**necessarily [1]** 36/9
70/21
**need [44]** 7/19 7/24
10/9 11/18 11/24 15/19
16/1 16/2 24/25 25/2
25/16 32/25 33/1 34/6
34/15 34/17 34/17
34/24 34/25 38/9 40/20
42/9 44/12 44/13 44/13
44/16 44/19 44/20 46/8
52/14 53/12 53/24
62/14 62/25 63/18 65/3
66/19 69/24 71/21 74/3
74/13 74/14 74/25

**needed [1]** 13/3
**needs [6]** 39/4 51/2
58/4 66/21 72/24 77/2
**negative [1]** 64/20
**never [1]** 28/2
**new [6]** 39/23 40/9
44/10 76/21 76/22
76/23
**news [1]** 68/25
**next [21]** 5/20 6/10 7/4
7/22 15/11 25/2 32/3
33/4 39/4 39/18 41/25
46/15 46/16 46/24 49/2
58/2 58/10 60/4 74/9
76/7 76/8
**Nice [2]** 47/11 47/13
**nine [3]** 6/24 7/6 7/17
**no [23]** 1/4 5/25 5/25
13/16 18/23 27/19
27/19 35/24 43/19 45/8
46/14 49/18 52/6 52/8
52/11 57/22 63/18
67/16 67/20 68/1 71/7
72/2 76/18
**no search [1]** 13/16
**nobody [2]** 52/12
70/21
**non [1]** 37/17
**non-commercial [1]**
37/17
**noncommercial [2]**
37/8 37/22
**None [1]** 35/13
**Northern [2]** 59/6 75/6
**not [98]**
**note [1]** 41/10
**nothing [7]** 13/15
17/19 19/2 24/10 40/3
76/15 76/17
**notice [3]** 22/3 22/6
32/15
**Notify [1]** 15/25
**November [10]** 1/5
13/12 13/13 13/17
13/19 13/21 14/23
43/25 44/5 78/7
**now [22]** 4/2 4/3 4/6
4/11 4/15 7/8 8/23
11/23 21/18 25/1 28/17
35/12 36/14 37/16
41/22 43/6 51/13 52/22
58/23 59/22 62/1 69/21
**nuggets [1]** 31/11
**number [15]** 8/8 9/4
12/12 12/15 20/15 54/1
60/12 60/15 65/20
66/22 68/4 69/10 70/1
70/9 72/15
**numbers [3]** 8/16
60/12 60/12
**NW [4]** 2/8 2/13 3/9
3/14

**O**

**object [1]** 44/15
**objecting [1]** 61/20
**objection [4]** 60/19

70/4 70/5
**objections [9]** 44/25
45/19 46/14 46/21
59/13 59/16 60/10
60/12 60/21
**observation [4]** 7/12
8/10 16/25 18/15
**observations [2]** 8/12
41/13
**observed [1]** 50/19
**obvious [3]** 6/5 32/14
50/3
**obviously [7]** 15/3 39/2
50/9 52/13 52/16 53/13
65/3
**occurred [1]** 7/16
**occurring [1]** 41/16
**October [3]** 13/6 21/22
43/18
**odds [1]** 15/1
**off [12]** 10/9 10/12
10/13 10/19 11/5 11/7
11/9 12/25 44/10 61/22
61/25 72/4
**offered [1]** 28/12
**offhand [1]** 69/5
**Official [1]** 3/13
**often [2]** 6/4 33/22
**oh [3]** 22/16 29/13
44/14
**okay [42]** 12/18 12/21
14/20 15/17 15/21 16/6
22/10 26/7 30/13 31/17
32/1 34/2 34/10 35/8
35/20 35/25 36/2 40/22
41/6 42/14 42/18 43/9
44/21 45/23 46/9 46/25
47/3 48/6 50/1 51/15
51/19 51/21 53/4 53/21
56/4 57/4 58/5 58/9
58/14 58/18 59/17
59/25 60/8 61/15 63/2
63/13 64/16 66/12
66/21 68/3 68/20 69/7
71/2 71/3 71/22 73/25
74/7 74/10 75/19 76/5
76/13 77/3
**once [2]** 21/4 24/5
**one [35]** 8/2 10/7 17/5
17/6 18/1 18/16 18/20
22/22 23/17 24/8 25/11
25/12 26/3 30/18 35/1
36/22 37/10 39/2 39/4
40/1 40/16 47/19 48/9
48/10 49/13 50/3 54/16
58/16 59/6 60/22 61/13
66/25 71/5 72/14 76/19
**one of [1]** 72/14
**ones [5]** 13/2 22/21
22/22 23/5 26/15 40/18
**online [2]** 58/21 58/22
**only [13]** 7/12 16/21
18/4 21/4 29/23 52/12
53/9 53/20 54/14 61/8
63/19 67/4 72/19
**Onyema [3]** 2/7 5/11
19/10
**open [7]** 5/3 16/10 36/5

Case 1:20-cv-03010-APM Document 1031 Filed 12/05/24 Page 186 of 190

**O**

open... [4] 49/15 50/9 75/24 75/25

open-ended [2] 75/24 75/25

OpenAI [42] 47/20 48/8 50/9 50/22 52/3 52/20 54/17 54/21 56/2 56/7 56/10 56/12 56/15 57/8 58/20 58/21 58/24 59/21 59/23 59/23 60/1 60/16 61/6 63/10 63/25 64/2 65/9 67/11 68/12 68/23 70/10 70/24 71/11 71/25 72/16 73/7 73/10 73/14 73/17 73/18 74/4 74/20

OpenAI's [13] 49/16 56/24 57/9 59/3 59/5 63/5 63/9 64/7 67/20 68/9 69/11 70/7 70/14

operations [1] 65/25

operative [1] 25/25

opinion [2] 5/19 29/13

opportunity [1] 7/21

opposed [2] 28/24 54/6

optimal [1] 10/13

optimization [1] 34/13

order [11] 9/5 14/21 45/18 52/9 52/11 53/14 53/19 56/7 67/2 67/15 75/15

other [21] 9/17 10/12 17/5 17/16 17/22 23/5 25/20 27/13 28/12 28/22 29/21 31/3 37/18 42/10 49/6 52/21 54/1 61/2 65/20 71/18 71/19

others [1] 60/22

ought [3] 38/7 43/13 71/1

our [37] 4/23 5/13 5/18 6/16 9/24 11/2 11/25 14/2 19/9 19/17 19/18 19/18 19/20 19/21 21/24 22/14 23/15 23/21 26/17 26/18 27/6 27/12 27/20 28/18 39/21 40/4 41/1 41/4 43/16 49/5 60/5 61/7 67/2 69/1 73/11 73/22 76/6

out [30] 5/10 8/2 10/25 14/18 14/18 17/15 17/25 20/12 25/22 26/14 26/16 26/21 27/21 29/11 31/17 31/25 32/18 35/15 35/18 36/8 38/22 39/12 45/16 50/2 51/11 52/24 53/12 59/22 62/18 69/8

outline [1] 26/6

outlined [1] 49/5

outside [4] 44/6 52/12 67/4 67/13

outside-counsel [1] 52/12

outside-counsel [1] 67/4

over [21] 5/20 8/23 10/21 11/15 14/13 15/5 15/6 20/7 20/21 25/3 25/22 26/25 28/23 31/18 44/10 50/23 51/25 64/19 64/20 66/2 70/5

overall [3] 9/2 11/12 47/17

overbroad [1] 60/25

overlap [1] 20/7

overrule [1] 61/21

own [5] 14/2 47/24 57/19 57/19 70/15

owns [1] 57/12

**P**

p.m [1] 77/9

package [1] 6/9

page [1] 69/22

pages [1] 37/7

paid [1] 23/3

paper [1] 32/13

papers [3] 26/19 29/4 49/5

parameters [3] 20/17 28/12 29/21

paraphrasing [1] 60/17

parse [1] 27/21

part [4] 13/25 38/8 41/24 65/24

particular [6] 27/18 29/12 30/11 33/19 49/21 49/24

particularly [5] 32/16 49/2 53/16 57/10 70/8

parties [12] 4/25 5/2 24/6 32/11 32/16 33/18 33/22 36/4 59/18 61/13 75/13 75/22

party [10] 32/17 32/19 32/23 49/25 57/12 60/16 67/9 73/14 75/12 75/17

past [3] 14/23 20/21 34/6

Pause [2] 4/10 58/17

pending [1] 73/14

people [1] 56/19 64/1 76/3

percent [1] 35/12

performance [1] 23/10

performing [1] 54/10

perhaps [9] 7/21 9/2 11/10 28/24 36/15 38/10 42/20 50/3 55/15

period [4] 10/3 25/4 26/3 44/25

Perplexity [17] 36/5 38/12 38/13 42/22 42/23 43/1 43/13 43/17 44/6 44/17 45/8 45/11 45/19 46/3 52/21 74/11 74/12

person [2] 32/21 34/17

perspective [1] 39/9

pertinent [2] 61/8 70/8

PFG [1] 19/9

PFJ [4] 5/18 6/21 11/24 11/25

phase [6] 36/13 36/14 42/13 49/2 50/19 70/16

phone [2] 22/15 37/14

phrase [1] 23/20

pick [2] 11/8 11/9

picked [3] 26/14 26/16 26/21

piece [1] 52/25

piggybacks [1] 7/15

pipeline [1] 9/18

Pixel [1] 22/15

place [3] 16/20 23/6 48/22

plainly [1] 36/12

Plaintiff [2] 3/2 6/7

plaintiffs [20] 1/4 2/2 4/18 7/2 8/16 13/4 15/13 15/14 17/7 17/22 30/20 37/11 38/3 48/16 50/12 55/2 55/13 64/17 72/9 76/15

plaintiffs' [7] 7/14 8/4 41/16 42/6 44/5 52/1 73/20

plans [1] 17/5

plausibly [1] 68/17

play [4] 7/4 36/12 48/5 70/18

played [1] 25/22

please [4] 4/4 4/13 67/12 74/24

plus [1] 15/6

point [28] 6/1 6/5 6/5 7/16 10/7 11/1 11/4 11/12 12/23 12/24 14/14 20/24 21/1 24/11 32/5 40/7 40/17 43/13 46/5 48/25 59/10 63/8 66/23 71/16 71/22 72/24 74/22 76/23 76/24

points [7] 22/12 26/4 34/13 39/25 40/1 40/6 40/15

Polk [1] 58/24

portion [1] 29/13

position [16] 21/18 25/1 25/4 26/18 27/20 29/3 31/5 31/21 43/21 47/17 48/1 48/19 49/20 70/2 70/15 70/25

positioned [1] 30/9

positions [2] 38/25 39/6

possession [2] 43/6 69/12

possible [4] 16/9 20/25 31/17 62/20

possibly [1] 61/8

post [1] 67/7

post-liability-decision [1] 8/7

potential [4] 40/12 57/14 57/17 61/11

potentially [5] 30/6 31/1 36/16 61/14

powering [1] 72/21

practically [1] 75/1

precisely [1] 19/5

preferencing [1] 19/20

preinstallation [1] 61/2

premature [1] 57/17

prepared [4] 27/16 47/19 49/19 64/25

present [3] 4/18 46/2 47/5

presentation [1] 39/5

presentations [5] 23/19 23/25 24/12 24/21 26/19

presented [1] 48/2

presents [1] 16/18

presiding [1] 4/3 4/12

pressing [3] 9/19 9/20 14/2

presumably [1] 76/23

presumptive [2] 35/16 35/19

Pretrial [1] 39/17

pretty [1] 69/18

Prettyman [1] 3/14

previewed [1] 39/25

previously [2] 21/17 69/1

primary [1] 36/20

private [2] 63/11 66/14

privilege [6] 15/3 18/3 19/24 20/18 24/13 29/22

privileged [4] 9/1 24/1 27/2 27/24

privy [1] 70/18

probably [4] 7/19 46/16 50/6 71/1

problem [5] 34/2 34/4 34/4 61/3 68/18

problematic [1] 42/2

problems [1] 42/5

procedural [1] 75/4

procedure [1] 67/10

proceeding [6] 63/15 63/19

proceedings [5] 1/9 3/16 49/11 77/9 78/4

process [6] 6/8 14/1 67/19

processing [1] 9/10

produce [19] 9/18 13/3 15/2 22/22 27/16 45/21 49/4 55/17 56/8 57/20 59/8 59/12 59/23 67/12 70/11 71/18 72/19 72/24 74/5

produced [8] 3/17 10/21 10/21 11/14 52/10 53/13 53/18 67/21

produces [1] 31/24

producing [4] 23/18 44/23 60/1 60/20

product [2] 38/4 38/13

production [12] 10/12 10/14 22/21 51/3 51/6

potentially [5] 58/2 59/3 59/3 60/3 64/7 73/17

productions [2] 45/1 45/16

productive [2] 49/25 62/24

productively [2] 61/13 62/10

products [7] 22/15 22/18 38/2 39/14 40/10 41/23 41/24

profits [2] 63/6 63/17

prominently [1] 39/3

promotion [1] 61/1

promptly [1] 77/2

proper [1] 46/4

properly [2] 8/11 45/6

proportionality [1] 70/6

proposal [7] 6/4 6/6 6/6 7/1 7/18 13/22 41/17

proposals [8] 7/14 9/21 9/22 13/12 14/3 14/16 29/6 64/18

propose [1] 13/7

proposed [13] 5/13 6/14 7/10 12/19 12/20 13/9 13/15 13/22 21/12 21/24 21/25 23/15 60/17

proposing [7] 10/11 13/5 17/3 17/8 55/23 71/11 71/14

proprietary [2] 47/23 54/18

Protection [1] 3/3

protective [5] 52/9 52/11 53/14 53/19 67/2

provide [12] 21/19 23/14 24/2 26/17 28/10 35/2 46/14 46/22 47/24 59/21 72/9 74/9

provided [15] 12/13 13/12 13/14 13/14 13/15 13/21 22/1 22/6 23/13 27/17 47/18 59/13 59/15 59/19 63/19

providing [4] 21/12 26/18 29/17 32/15

provision [1] 22/14

provisions [3] 23/13 48/14 48/16

public [7] 16/9 50/8 52/14 63/7 63/12 65/14 67/23

public-access [1] 16/9

publicly [2] 52/3 65/16

published [1] 24/8

publishers [1] 23/8

pull [3] 9/13 35/16 72/4

purpose [1] 77/3

purposes [6] 27/9 35/17 46/2 52/25 53/2 53/9

push [2] 14/17 14/18

pushback [1] 47/19

**P**

put [18] 7/1 16/19
17/25 21/5 32/12 34/18
36/8 38/22 38/23 39/11
40/18 42/1 43/11 49/2
50/2 66/15 70/12 74/5
putting [3] 29/25 37/6
42/4

**Q**

quantities [1] 73/9
quantity [1] 68/10
quarter [1] 31/24
queries [2] 37/8 37/17
query [1] 23/2
question [12] 8/6 8/15
9/5 16/8 17/10 36/21
47/14 62/6 65/18 66/25
68/7 74/2
Question 1 [1] 17/10
questions [5] 5/23
5/25 40/13 54/4 54/5
quick [2] 43/16 43/16
quickly [9] 36/6 39/9
44/18 44/19 45/3 46/1
46/6 62/20 77/2
quite [3] 23/19 37/11
55/6

**R**

radical [2] 6/17 7/1
raise [2] 5/4 65/15
raised [7] 6/18 19/24
42/19 63/21 66/3 66/5
66/9
raises [1] 10/8
raising [1] 64/18
Ralph [1] 3/4
Ramani [2] 58/24
58/25 64/24
Ramirez [5] 42/25 43/2
44/22 46/10 46/19
ran [1] 43/24
range [1] 51/20
ranking [1] 23/2
rather [4] 7/20 51/23
74/13 74/14
re [1] 77/1
re-evaluation [1] 77/1
reach [2] 20/12
reaching [1] 31/4
react [1] 36/10
reactions [2] 19/3
39/10
read [2] 22/2 50/7
really [13] 9/5 16/22
18/4 18/11 21/1 26/23
27/25 28/1 33/19 37/18
40/3 63/18 75/14
Realtime [1] 3/13
reason [5] 19/16 32/15
39/21 52/11 75/21
reasonable [5] 14/16
35/1 45/15 46/25 75/20
reasoning [1] 63/25
reasons [3] 18/5 26/3
65/2
receive [1] 67/6

received [6] 4/25
13/10 13/25 51/6 57/12
recently [2] 38/11 43/6
recollection [1] 25/24
record [2] 4/16 45/8
78/3
recorded [1] 3/16
records [18] 15/2
16/15 17/19 18/7 18/7
21/19 32/20 34/17
44/23 47/22 47/24
51/11 54/17 54/19 59/9
60/2 60/20 72/10
redacted [1] 53/18
referred [1] 24/22
reflected [2] 40/25
66/10
reflecting [1] 31/4
reflection [1] 13/25
reflects [1] 6/16
refresh [2] 11/10 14/6
refreshed [1] 11/6 11/7
refused [1] 20/20
regard [2] 14/16 31/9
regarding [2] 54/7
60/17
regimes [1] 17/11
17/17
registered [3] 3/12
43/22 45/9
regularly [1] 52/15
regulation [1] 24/7
reiterate [2] 16/17
30/21
rejected [2] 74/20 75/1
rejecting [1] 74/25
relate [3] 6/21 21/19
47/22
related [10] 20/18 21/9
22/7 23/3 49/6 61/1
68/16 69/4 71/6 73/15
relates [5] 8/7 19/20
21/15 38/3 39/24
relating [3] 18/7 54/17
70/2
relation [1] 22/17
relationship [4] 52/20
54/9 56/3 56/13
relative [1] 70/2
relatively [1] 15/7
relevance [10] 20/22
25/11 26/10 27/8 27/25
53/2 53/7 53/8 57/17
63/14
relevant [25] 12/8
16/25 17/14 19/17
19/21 20/8 22/8 23/3
28/1 29/17 36/21 48/12
48/14 49/1 49/9 50/3
50/18 50/24 52/25 53/3
55/22 56/21 57/2 70/15
75/22
reluctant [1] 50/21
remain [3] 7/4 16/3
19/4
remains [1] 63/11
remedies [44] 5/19 6/8
16/14 16/14 17/2 17/2

report [19] 18/1 19/16
19/18 19/20 20/9 21/9
21/15 21/17 21/20
21/23 22/7 22/9 22/14
23/4 23/16 25/14 25/22
26/12 28/9 29/6 36/13
36/15 38/9 39/21 41/1
41/4 42/1 42/6 49/2
50/19 53/1 55/2 55/14
55/22 70/16 72/11 77/1
remedy [17] 17/10
17/17 18/21 19/1 19/21
21/3 21/12 29/6 29/17
31/5 31/6 40/14 41/17
52/22 63/15 64/2 64/18
remember [1] 55/19
remotely [1] 42/23
repeat [1] 40/23
report [5] 8/5 8/16
22/19 23/18 24/8
Reporter [4] 3/12 3/12
3/13 3/13
Reports [1] 4/25
repositories [2] 71/12
73/20
Representing [1] 4/20
represents [1] 5/14
request [31] 8/7 13/5
16/18 20/15 21/15
22/17 23/21 25/11
25/13 27/18 28/17
45/14 57/10 59/8 60/15
60/20 60/23 63/5 64/10
66/22 67/8 68/4 69/10
70/1 70/4 70/9 71/1
71/20 72/10 72/15
72/19
requested [2] 36/15
77/2
requesting [1] 29/23
requests [20] 8/17
8/17 8/23 9/10 12/2
13/13 14/22 45/20
47/15 47/18 54/2 58/1
59/2 59/20 59/22 60/9
60/11 71/12 71/15
72/14
require [2] 36/9 61/5
required [1] 67/11
requires [2] 62/4 62/5
resist [2] 54/14 56/16
resisting [1] 54/13
resolution [2] 26/24
44/16
resolve [2] 19/3 46/3
respect [11] 16/21
16/22 42/19 45/13
47/20 48/8 57/13 57/18
57/20 57/24 58/1
respective [1] 38/24
respects [1] 26/12
respond [7] 39/11
43/21 44/3 44/18 44/19
45/3 71/2
responding [1] 44/23
response [9] 44/4
44/10 59/6 59/23 66/25
70/9 71/1 71/15 73/1

responses [8] 39/7
39/19 44/13 45/1 46/14
46/21 47/18 59/13
59/16
responsive [2] 12/8
60/20
rest [1] 58/1
result [2] 15/8 70/19
results [2] 37/7 55/17
retained [1] 45/11
revenue [1] 63/16
revenues [1] 63/5
review [2] 6/16 9/17
reviewing [1] 6/15
right [62] 4/8 4/21 4/23
6/11 7/8 7/11 8/3 9/7
9/14 10/5 12/17 12/24
14/21 15/21 18/22 25/1
26/21 28/17 30/15 32/9
32/22 35/11 35/22
36/23 37/5 37/16 41/13
44/24 46/10 47/1 48/22
50/6 53/23 54/12 55/11
57/7 58/6 58/19 60/14
62/1 62/8 62/11 62/22
63/3 65/5 65/12 66/1
66/22 67/24 68/4 69/7
69/8 69/15 69/20 71/4
72/22 74/8 74/15 75/10
76/14 76/19 77/6
ripe [1] 16/3
rise [4] 4/2 4/9 4/11
19/6
rivals [1] 23/2
RMR [2] 78/2 78/8
road [2] 40/14 52/15
robust [1] 52/9
role [2] 36/13 70/18
roll [2] 35/5 35/6
rolling [6] 34/22 34/24
45/1 45/16 51/11 60/3
room [1] 61/18
rounds [1] 59/18
ruling [3] 25/5 75/12
75/17
run [4] 4/8 14/22 25/3
26/24
rundown [1] 43/16
running [1] 27/11

**S**

said [16] 10/9 13/7
18/16 20/2 20/16 24/5
26/17 30/21 40/24 42/1
47/23 58/12 59/3 67/1
72/16 75/24
sale [1] 50/14
Sallet [7] 3/2 4/19 6/2
6/11 16/7 22/11 40/22
same [7] 18/2 40/5
55/23 56/5 56/16 69/22
74/12
satisfactory [1] 35/9
satisfied [1] 64/12
satisfies [1] 71/19
sausage [1] 27/1
save [1] 53/1
say [25] 7/13 16/16

saying [3] 23/12 29/13
32/19
says [5] 11/24 22/2 20/20
22/22 23/14 23/17
schedule [4] 5/10
10/25 34/11 45/22
Schmidtlein [29] 3/8
4/20 6/12 8/10 10/8
11/24 12/22 15/12
24/19 26/8 28/22 31/20
34/1 35/9 35/23 41/7
43/10 44/24 46/7 51/1
53/24 61/16 64/9 67/15
68/7 68/21 69/9 71/24
74/1
Schmidtlein's [2] 7/15
10/18
scope [9] 7/18 9/24
16/17 17/17 20/14
23/13 23/21 53/11
61/11
scoped [1] 61/4
scoping [1] 49/25
screen [4] 18/22 18/24
18/25 22/13
screens [1] 22/17
search [67] 9/21 10/15
11/20 12/3 12/3 12/4
12/12 12/12 12/19 13/7
13/9 13/10 13/14 13/16
13/18 13/20 13/22
17/21 23/3 25/2 26/25
27/17 28/12 31/18 32/6
34/13 36/21 36/23 37/3
37/4 37/7 37/12 37/18
37/22 38/4 38/13 38/19
38/19 38/20 39/22 40/1
40/1 40/5 40/7 40/11
40/16 40/17 40/19 41/1
41/5 41/25 55/16 55/17
60/18 61/20 62/5 62/5
62/10 68/6 68/17 69/13
70/10 70/11 70/20 71/9
71/12 71/15
searched [1] 34/12
searches [4] 27/11
28/23 71/10 72/5
SearchGPT [1] 70/11
seat [2] 51/25 52/1
seated [2] 4/5 4/14
second [3] 40/8 40/17
59/10
Secondly [1] 22/19
Section [3] 3/3 23/7
23/9
sections [3] 22/20
23/16 26/17
see [16] 4/22 5/4 14/25
17/13 19/12 21/4 21/11
21/25 37/12 39/6 39/7
39/20 47/11 47/13

**see... [2]** 63/14 77/8
**seeing [4]** 5/9 36/18 39/24 41/22
**seek [2]** 17/1 33/17
**seeking [14]** 17/24 19/5 25/14 28/8 39/14 50/11 54/19 56/1 57/9 64/10 67/20 68/2 69/8 71/21
**seeks [1]** 41/18 61/1 69/10
**seem [6]** 25/6 31/12 50/17 63/23 64/6 70/14
**seemingly [1]** 8/22
**seems [18]** 10/13 23/6 25/20 28/3 29/2 30/21 31/1 36/13 36/19 43/11 46/25 48/15 50/4 50/15 56/4 63/25 65/21 75/20
**seen [1]** 38/14
**self [1]** 19/20
**self-preferencing [1]** 19/20
**send [1]** 32/18
**sense [6]** 18/17 37/4 51/17 56/5 68/10 68/12
**sensitive [3]** 48/23 52/10 53/16
**sensitivity [4]** 48/9 49/5 51/14 67/11
**sent [1]** 13/5
**sent us [1]** 13/5
**separate [1]** 28/15
**series [1]** 23/13
**SERP [1]** 55/15
**serve [1]** 44/19
**served [6]** 43/18 43/22 44/4 45/6 45/9 46/4
**serves [1]** 25/25
**service [3]** 45/10 45/19 46/4
**session [2]** 4/3 4/12
**set [2]** 6/24 33/1
**setting [1]** 75/22
**settings [1]** 23/9
**seven [1]** 59/24
**several [2]** 5/21 61/6
**Severt [8]** 2/12 5/11 33/7 33/8 33/10 33/25 74/18 75/10
**shape [1]** 41/3
**share [6]** 8/14 10/17 19/7 36/10 42/15 67/20
**shared [1]** 73/13
**sharing [10]** 19/18 21/10 23/1 23/1 23/4 41/12 50/5 50/5 50/13 56/14
**sharp [2]** 39/4 39/5
**shelf [1]** 72/4
**shifted [1]** 36/17
**shifting [1]** 38/7
**shooting [1]** 25/14
**short [3]** 8/19 59/4 62/25
**shortly [1]** 14/19
**should [8]** 15/20 21/11

52/18 72/16
**shouldn't [3]** 18/25 26/24 27/6
**show [6]** 54/3 56/20 60/23 63/21 70/13 70/23
**showing [2]** 37/6 57/1
**shown [1]** 11/13 29/20 37/24
**side [1]** 52/8
**sides [1]** 35/12
**significance [1]** 54/11
**significant [1]** 5/14
**significantly [1]** 20/15
**similar [2]** 6/3 29/15
**simply [1]** 15/2
**since [8]** 8/18 38/13 38/17 38/18 48/1 59/20 63/16 65/8
**single [1]** 56/18
**sit [3]** 18/17 36/18 38/1
**situation [1]** 56/24
**slowly [1]** 14/1
**smiling [1]** 74/23
**so [108]**
**So I think [2]** 26/22 40/15 48/21
**so it's [1]** 38/1
**So that's [1]** 13/6
**So this is [1]** 61/12
**so-called [1]** 24/3
**software [1]** 23/9
**some [43]** 7/24 8/12 8/13 8/14 8/21 8/25 10/10 12/12 12/15 13/2 14/14 15/7 17/12 17/22 22/3 22/20 22/22 23/14 24/3 25/19 30/8 31/11 33/15 33/22 35/6 37/4 37/22 40/3 40/11 40/11 45/2 50/9 51/17 55/2 60/5 60/22 61/18 64/20 65/16 67/15 71/21 76/23 76/24
**somebody [1]** 52/7
**somebody's [1]** 35/14
**somehow [3]** 64/2 64/19 64/20
**someone [1]** 72/10
**something [20]** 7/19 18/22 21/11 29/3 30/23 30/23 31/2 31/3 31/21 31/23 35/17 36/8 39/1 40/19 56/12 64/25 65/1 66/21 71/1 74/9
**sometime [1]** 33/4
**somewhere [1]** 72/4
**soon [2]** 32/13 34/19
**sooner [3]** 7/20 32/24 74/14
**sorry [3]** 20/2 20/4 74/19
**sort [19]** 4/23 9/8 9/9 9/11 9/22 14/9 18/17 27/1 28/15 28/16 36/19 37/21 38/18 38/19 47/21 53/8 54/5 63/9

**sought [2]** 57/12 68/15
**sounds [3]** 43/5 61/17 74/3
**South [1]** 2/4
**space [3]** 42/11 50/8 52/22
**span [1]** 8/17
**speak [2]** 49/20 57/8
**specific [6]** 21/15 21/19 21/23 24/17 68/15 73/19
**specifically [4]** 6/23 20/18 45/16 71/9
**speculative [1]** 57/13
**spent [1]** 20/22
**spitball [1]** 65/21
**spoken [1]** 52/4
**spring [1]** 39/4
**squarely [1]** 12/4
**St [1]** 3/9
**stage [1]** 30/10
**stand [6]** 25/7 51/2 56/23 58/11 59/22 74/10
**standalone [1]** 37/12
**standpoint [2]** 53/17 75/4
**start [11]** 8/1 8/4 8/6 23/7 44/14 59/10 60/1 65/6 65/19 66/17 66/18
**started [3]** 33/24 48/21
**starting [3]** 15/14 59/12 60/4
**state [2]** 3/2 48/5
**statements [4]** 48/1 64/13 64/14 64/25
**states [9]** 1/1 1/3 1/10 2/2 4/16 5/8 6/7 33/10 45/15
**status [10]** 1/9 4/25 8/5 13/1 20/6 20/13 22/19 23/18 30/7 76/9
**stenography [1]** 3/16
**step [2]** 51/22 58/2
**still [8]** 7/8 7/9 13/10 16/24 19/4 40/5 45/6 59/7
**stone [1]** 35/13
**stop [1]** 48/20
**stranger [1]** 43/19
**strategies [2]** 27/4 62/15
**stray [1]** 27/23
**Street [3]** 2/4 2/8 2/13
**string [1]** 31/18
**strings [16]** 11/21 12/12 12/20 13/8 13/9 13/10 13/14 13/16 13/18 13/20 13/22 17/22 25/2 26/25 27/17 32/6
**stuff [1]** 18/11
**subbed [1]** 35/15
**subject [8]** 6/18 14/10 24/6 26/20 26/21 34/7 53/13 53/19
**subjects [2]** 32/20

**submission [3]** 27/7 61/12 63/20
**submissions [7]** 23/19 24/21 26/17 26/19 27/4 27/12 28/16
**submitted [1]** 55/2
**subpoena [15]** 32/18 42/22 43/7 43/18 43/22 43/23 44/4 45/6 45/13 51/7 53/10 59/13 59/16 62/4 75/7
**subpoenas [3]** 39/13 42/19 44/19
**subsection [1]** 22/24
**subset [3]** 23/17 24/3 24/3
**substantial [1]** 65/15
**substantive [2]** 46/14 59/19
**substantively [1]** 7/13
**such [8]** 6/4 19/6 21/17 31/22 53/10 53/11 67/6 67/16
**sufficient [9]** 7/17 22/6 54/3 60/23 63/20 63/24 70/13 70/23 71/20
**suggest [1]** 45/15
**suggested [1]** 23/4
**suggesting [2]** 61/17 64/19
**suitable [1]** 72/7
**Suite [4]** 2/4 2/9 2/14 3/6
**summarized [1]** 48/4
**summary [1]** 22/1
**summation [1]** 29/8
**supplement [1]** 9/15
**supporting [1]** 6/8
**suppose [3]** 25/21 28/25 46/20
**supposed [1]** 8/1
**sure [21]** 11/2 14/8 15/17 15/22 16/7 21/11 30/7 30/22 31/18 34/20 35/3 37/11 37/20 49/22 51/24 55/6 56/14 65/20 66/24 69/16 71/7
**surely [2]** 23/22 23/24
**surprise [2]** 30/18 32/17
**surprising [1]** 22/21
**suspect [3]** 17/16 24/11 38/6
**swap [1]** 35/18
**syndication [3]** 12/2 51/21 61/2

**T**
**table [3]** 20/20 61/23 61/25
**tailored [1]** 25/13
**take [8]** 11/19 12/11 15/13 22/22 26/4 30/18 43/11 76/3
**taking [1]** 12/19
**talk [8]** 28/8 29/21 32/10 34/5 46/10 47/3

**talked [4]** 20/1 33/22 33/23 65/16
**talking [20]** 8/18 10/3 20/22 27/1 27/3 28/9 28/15 29/12 29/13 34/10 40/10 51/16 65/10 65/24 66/3 66/4 68/11 69/23 71/8 71/9
**tangential [1]** 27/24
**target [1]** 12/4
**targeted [1]** 25/17
**technology [6]** 26/2 36/22 36/23 49/16 50/9 50/13
**tell [5]** 7/22 21/4 24/2 45/5 55/7
**telling [1]** 67/16
**tells [1]** 65/3
**tennis [1]** 34/11
**term [1]** 50/14
**terms [23]** 6/23 9/21 12/12 20/15 28/12 28/24 43/10 44/23 46/8 47/15 48/25 49/1 49/8 50/4 50/13 52/24 56/2 59/11 62/10 64/10 69/23 71/9 74/16
**terribly [3]** 18/18 30/25 31/8
**testify [1]** 34/9 72/7
**testifying [1]** 55/19
**testimony [1]** 33/17
**text [2]** 16/10 34/12
**than [11]** 7/20 10/12 12/7 24/5 32/24 36/13 38/10 46/15 48/12 51/23 74/14
**thank [32]** 4/13 5/9 5/24 6/11 7/10 7/11 16/5 16/12 19/8 19/12 28/5 28/6 30/14 32/8 33/9 36/1 39/15 41/12 42/14 43/4 46/10 47/1 47/2 53/22 58/7 58/8 58/15 58/25 75/8 75/9 77/4 77/6
**thank you [24]** 5/9 5/24 6/11 7/10 7/11 16/5 19/8 28/5 28/6 33/9 36/1 39/15 41/12 42/14 43/4 46/10 47/1 47/2 53/22 58/7 58/8 58/15 75/8 77/4
**Thank you very much [1]** 16/12
**Thanks [1]** 4/8
**Thanksgiving [1]** 77/7
**that [404]**
**that's [56]** 7/19 8/1 9/1 10/3 13/6 14/23 17/9 17/23 19/22 23/16 24/24 25/7 25/17 25/18 26/2 26/16 27/24 28/11 28/16 30/25 32/1 33/12 33/19 34/1 34/2 34/3 34/4 37/10 40/2 40/2 40/7 40/16 40/20 42/16

89

**T**

that's... **[22]** 42/21 42/22 43/8 46/16 47/20 55/11 61/21 61/22 61/22 62/7 63/19 63/22 64/3 66/21 68/18 68/25 69/3 69/8 72/8 73/9 73/23 75/24

**they [84]**

they'll **[2]** 51/25 53/13

they're **[10]** 16/11 40/10 43/19 61/20 62/12 65/24 66/14 72/3 72/23 74/4

they've **[7]** 11/14 13/25 21/23 24/20 32/22 35/17 43/19

thing **[8]** 18/10 22/2 24/16 50/22 50/23 54/14 65/22 74/12

things **[19]** 9/19 14/11 17/7 25/7 27/14 28/15 29/4 35/14 37/24 39/7 46/9 51/1 53/13 58/10 61/14 62/15 65/13 72/4 74/10

think **[66]** 6/23 7/19 8/11 8/17 9/4 9/23 10/1 10/7 14/10 14/13 14/15 15/12 17/6 21/18 25/11 26/22 28/14 29/19 30/16 32/25 33/19 38/12 39/16 40/15 40/20 44/24 46/16 47/19 48/4 48/13 48/21 49/23 50/11 50/12 50/21 51/2 51/10 53/6 53/6 54/4 54/23 54/24 54/25 55/22 57/6 57/16 58/1 59/5 61/13 61/20 62/18 62/24 63/22 64/1 64/4 66/19 67/7 68/7 69/8 69/21 70/25 74/2 74/15 74/20 75/3 75/5

thinking **[5]** 27/13 44/23 59/11 73/2 73/6

third **[17]** 5/2 32/11 32/16 32/17 32/19 32/23 33/18 33/22 36/4 40/25 48/13 60/16 67/9 75/12 75/12 75/17 75/22

third-party **[2]** 32/23 75/17

Thirdly **[1]** 23/17

this **[108]**

those **[48]** 5/3 7/3 7/6 8/17 8/17 9/3 11/18 15/2 17/7 17/11 19/3 19/22 20/10 21/17 21/19 23/6 24/1 24/2 26/16 27/16 31/13 31/15 31/18 34/15 35/2 37/16 38/2 40/13 41/2 41/19 42/15 44/3 46/22 48/16 49/1 49/5 49/8 50/13 53/12 54/13 58/3 60/2 66/14 66/15 69/6 75/15 76/1 76/10

though **[1]** 6/16

thought **[7]** 6/4 26/15

69/18

thoughts **[7]** 20/17 30/4 36/10 42/16 45/2 51/1 61/16

thousands **[5]** 61/6 62/17 68/13 68/18 70/22

threatens **[1]** 41/17

three **[7]** 8/24 12/24 15/6 22/12 25/16 56/19 60/21

three-month **[1]** 15/6

through **[9]** 6/9 14/22 17/21 28/1 36/6 52/7 59/7 67/19 75/3

thus **[1]** 43/17

till **[1]** 35/7

time **[34]** 5/15 5/15 5/24 7/17 7/22 7/24 8/12 9/12 10/2 11/17 15/18 15/20 16/17 17/19 18/3 18/11 19/1 19/14 19/15 20/1 20/23 21/4 22/2 25/3 25/19 26/3 26/16 33/13 41/8 43/23 51/13 58/23 61/10 67/15

timeline **[1]** 44/12 59/11

times **[1]** 73/19

timing **[2]** 16/20 20/16

titled **[1]** 78/4

today **[20]** 6/20 6/24 7/20 10/20 11/8 11/9 11/10 12/25 20/25 25/5 30/19 33/2 37/8 38/1 38/10 39/1 39/6 41/16 44/7 62/21

together **[3]** 7/22 21/5 66/15

told **[1]** 11/18

too **[5]** 7/16 39/16 39/20 40/17 50/12

tool **[2]** 68/17 69/14

tools **[10]** 37/12 37/12 37/16 40/2 49/16 60/18 60/18 68/6 69/13 69/14

topic **[4]** 33/15 35/23 36/11 71/6

topics **[4]** 33/14 34/15 55/23 74/4

total **[1]** 52/18

touch **[1]** 21/9 21/10 75/7

toward **[1]** 41/4

track **[1]** 41/14

train **[2]** 55/10 68/23

trained **[1]** 54/21

training **[7]** 57/10 57/20 69/4 72/15 72/17 73/9 73/15

transcript **[3]** 1/9 3/16 78/3

transcription **[1]** 3/17

transparency **[1]** 34/12

trial **[8]** 6/18 8/1 35/17 52/16 52/25 72/7 72/11

trimmed **[2]** 11/17 11/21

true **[2]** 8/20 33/21

truly **[1]** 67/25

try **[5]** 9/23 17/23 19/3 26/25 46/6

trying **[8]** 17/1 17/20 19/1 27/9 28/17 31/13 54/5 62/19

turn **[13]** 5/3 8/3 16/13 31/23 32/10 33/2 36/3 36/7 42/18 42/20 50/22 50/25 72/7

turning **[1]** 33/18

turns **[1]** 52/24

two **[28]** 8/17 8/23 10/22 11/15 13/13 13/22 15/6 16/22 17/5 18/2 19/22 21/21 25/13 25/19 28/15 35/7 36/20 37/11 39/25 40/15 43/25 48/11 54/15 54/17 59/7 59/18 65/10 67/5

two-plus **[1]** 15/6

type **[4]** 28/20 38/2 55/21 73/6

types **[11]** 22/7 24/18 27/4 29/21 31/15 41/19 42/5 55/3 63/1 68/15 73/8

typically **[1]** 73/7

**U**

uncover **[1]** 40/21

under **[2]** 10/2 44/12

understand **[16]** 10/24 22/7 33/20 35/15 35/18 37/16 39/5 50/12 51/13 54/12 57/23 67/4 64/22 70/6 75/11 77/5

understanding **[8]** 19/19 38/24 50/4 52/19 53/10 54/25 67/2 73/11

understood **[4]** 16/4 33/6 54/14 68/21

undoubtedly **[2]** 39/3 50/20

unfolded **[1]** 36/19

uninstalling **[1]** 23/9

Unit **[1]** 3/4

UNITED **[7]** 1/1 1/3 1/10 2/2 4/16 5/8 33/10

United States **[2]** 5/8 33/10

United States of **[1]** 4/16

unless **[1]** 56/15

unlike **[1]** 60/22

unnamed **[1]** 56/19

until **[3]** 28/1 32/22 75/25

unvarnished **[1]** 29/5

up **[18]** 5/4 7/9 11/6 13/24 14/9 14/22 16/7 23/15 27/11 28/4 32/6 35/17 37/6 42/4 47/8

update **[1]** 74/10

updated **[1]** 73/3

upon **[7]** 12/12 14/5 21/9 21/10 45/21 55/16 71/18

uptick **[2]** 8/25 15/8

urge **[1]** 46/1

us **[21]** 5/9 5/10 9/22 13/2 13/5 13/8 13/14 13/15 13/21 19/10 20/21 22/4 39/17 41/13 57/3 58/2 58/19 65/3 67/21 68/19 68/25

usdoj.gov **[3]** 2/6 2/11 2/15

use **[8]** 18/20 37/14 37/15 57/10 68/5 69/12 69/14 73/15

used **[5]** 38/14 55/9 55/15 72/17 73/9

useful **[5]** 18/18 30/25 31/2 33/15 37/17

uses **[1]** 68/23

using **[1]** 23/6

**V**

valuation **[3]** 63/17 65/20 66/4

valuations **[1]** 65/13

variety **[2]** 54/3 64/18

various **[8]** 4/25 5/1 26/3 36/4 39/13 45/15 47/15 54/5

vein **[1]** 6/3

verify **[1]** 23/11

Veronica **[2]** 2/7 5/11

veronica.n.onyema **[1]** 2/11

version **[1]** 73/4

versus **[1]** 4/17

very **[27]** 9/16 14/18 16/12 23/3 28/3 28/3 39/2 39/8 39/9 40/8 42/2 42/2 42/2 42/2 42/3 43/16 43/16 48/9 52/9 52/9 55/23 56/16 57/23 62/25 68/3 75/1 77/6

view **[9]** 19/17 20/7 23/2 28/18 40/4 46/2 49/14 53/7 61/7

viewed **[1]** 38/2

vigorously **[2]** 6/22 42/10

virtue **[2]** 56/3 56/12

visibility **[2]** 52/18

volume **[3]** 13/25 14/4 69/24

voluminous **[1]** 69/6

vs **[1]** 1/5

**W**

wait **[2]** 32/21 75/25

waived **[1]** 45/19

walk **[1]** 51/3

want **[26]** 6/5 7/9 11/1 11/8 14/7 17/18 18/10

**W**

want... [19] 19/14 24/6 25/17 28/22 31/23 32/5 36/7 36/8 36/8 36/10 41/7 46/3 49/19 50/12 55/21 71/7 75/6 76/3 76/3
wanted [5] 7/7 39/11 42/15 62/19 75/16
wanting [2] 30/7 51/2
wants [1] 22/4
was [27] 6/18 9/8 13/21 18/22 18/22 24/16 26/1 27/22 27/23 28/8 40/1 42/12 44/7 45/6 55/12 60/5 60/19 61/11 61/12 67/17 67/18 69/1 69/18 70/9 72/6 72/14 72/14
Washington [5] 1/5 2/9 2/14 3/10 3/15
wasn't [2] 55/6 68/25
waste [3] 17/18 18/11 19/14
wasting [1] 18/25
water [4] 27/23 28/9 31/7 31/9
water-cooler [1] 27/23
waterfront [1] 74/15
way [15] 9/11 9/25 12/8 17/9 17/23 19/6 24/4 25/17 26/11 26/12 31/19 38/23 43/11 53/20 70/12
ways [4] 33/15 33/15 36/20 41/23
wc.com [1] 3/11
we [273]
we believe [4] 5/16 5/18 12/9 29/16
we don't [2] 9/7 73/7
We understand [1] 77/5
we will [5] 26/4 26/5 26/17 62/24 65/4
we would [1] 11/22
we'd [2] 32/19 67/19
we'll [10] 8/2 13/7 52/13 56/9 58/4 58/13 66/18 74/3 74/5 77/8
we're [68] 4/15 4/23 5/23 7/5 7/8 7/8 7/22 8/18 8/23 10/2 10/3 10/18 10/22 11/15 11/19 12/1 12/5 12/19 12/23 14/18 17/20 18/9 19/2 21/9 22/5 26/23 27/9 27/15 27/21 28/8 28/14 28/14 28/15 28/17 29/14 30/4 30/16 34/22 39/20 39/22 39/24 40/8 41/22 44/12 44/14 44/14 44/15 45/6 45/15 51/7 51/13 52/6 55/8 56/9 62/13 62/13 62/17 62/20 65/10 65/24 66/2 67/9 68/11 69/21 69/23 71/14

we've [24] 6/13 9/20 9/22 14/15 14/19 19/16 19/22 23/4 26/21 27/14 28/11 29/14 29/20 29/20 30/19 31/25 33/21 33/23 36/16 47/17 49/5 57/1 61/24 62/10
Wednesday [1] 6/15
week [8] 5/14 8/1 15/15 16/1 21/24 32/3 58/13 60/4
weekend [2] 34/11 44/11
weeks [6] 13/22 33/5 35/7 51/16 51/20 59/16
welcome [1] 58/25
well [34] 5/19 6/17 6/19 7/22 15/14 15/23 16/24 21/16 38/23 43/3 43/5 43/11 46/20 46/20 50/22 54/1 55/8 55/24 59/5 59/12 61/25 65/6 65/18 66/9 67/17 68/8 68/8 69/7 69/21 70/12 71/17 72/8 76/4 76/6
were [15] 5/15 8/5 8/12 13/18 20/19 26/22 43/21 44/10 45/11 46/23 48/2 54/16 54/17 68/22 68/22
weren't [1] 30/8
what [133]
what's [13] 19/19 20/7 25/15 26/13 27/5 27/5 44/17 50/18 50/24 51/2 54/21 69/3 70/4
whatever [7] 12/6 50/6 50/14 56/3 56/13 56/13 75/3
whatsoever [1] 64/7
when [18] 7/25 8/21 13/21 14/5 44/18 44/19 46/22 49/2 50/23 51/10 51/17 56/15 59/14 60/1 61/12 65/8 71/8 75/23
when's [1] 76/6
where [26] 11/9 13/17 13/19 14/25 18/17 21/24 22/20 25/7 26/23 26/23 33/14 33/19 33/20 36/18 39/7 43/21 47/14 51/1 58/10 59/22 61/13 71/13 73/14 73/19 74/10 74/22
whether [26] 7/16 15/25 16/2 17/7 17/21 18/6 24/2 24/19 25/18 27/24 32/3 40/10 40/12 40/18 40/19 48/17 50/14 50/16 53/18 55/25 56/2 56/20 66/21 68/12 71/22 76/10
which [47] 7/16 8/11 10/8 10/13 11/2 13/2 15/16 16/25 17/10 18/16 18/21 20/10

31/3 33/3 34/18 35/2 35/16 36/11 36/20 38/19 40/1 40/25 41/1 46/24 48/7 48/22 49/14 49/23 50/19 53/7 55/25 57/16 59/20 60/9 60/22 61/2 61/6 61/7 65/15 70/9 70/13 72/21 75/18
while [1] 31/11
white [1] 29/4
who [12] 7/9 30/1 31/22 32/17 32/23 34/16 42/4 56/19 57/15 67/5 72/6 76/1
who's [2] 44/7 52/7
whoever [1] 32/25
whole [5] 22/2 25/14 50/22 50/23 64/18
wholesale [3] 60/10 60/12 64/7
wholesome [1] 52/19
why [14] 17/13 19/22 20/10 42/9 42/20 49/23 52/11 55/7 65/6 66/17 70/6 72/8 72/23 73/23
wide [1] 9/10
will [34] 7/9 7/22 12/9 15/15 18/12 21/4 21/5 22/20 22/22 23/14 26/4 26/5 26/17 32/4 34/8 35/16 35/19 37/12 39/23 40/21 42/4 46/2 46/8 46/22 50/18 52/11 52/12 53/20 56/21 62/24 62/24 65/4 74/21 76/22
William [3] 3/12 78/2 78/8
WILLIAMS [1] 3/9
willing [2] 45/10 49/10
willingness [1] 29/21
wishes [1] 5/4
within [6] 9/23 9/24 18/24 24/13 24/20 44/1
without [1] 8/21
witness [8] 32/10 32/18 44/5 56/17 56/18 72/1 74/4 75/13
witnesses [15] 7/9 32/23 34/8 34/8 34/16 35/18 42/4 56/22 56/23 57/14 74/5 75/14 75/15 75/17 75/18
won't [4] 15/11 30/17 32/6 40/23
wonder [2] 9/1 21/16
wonderful [1] 77/7
wondering [1] 37/9
word [1] 50/6
words [4] 28/22 31/3 65/20 71/18
work [4] 5/14 6/9 29/16 45/20
workable [1] 27/5
worked [2] 6/7 29/15
working [5] 9/16 35/19 51/7 51/13 59/7

workshop [3] 23/19 24/21 26/19
workshops [1] 26/1
world [1] 62/13
worried [2] 39/21 39/22
worth [3] 31/13 56/5 56/14
worthwhile [1] 18/10
would [60] 6/19 7/17 8/9 11/9 11/22 15/6 15/7 15/12 16/24 20/1 20/9 20/17 20/24 24/11 24/13 24/14 24/16 25/9 25/9 26/24 28/13 29/9 29/16 30/20 31/2 31/14 34/3 35/5 40/17 45/24 46/1 46/13 48/16 49/25 50/12 50/21 55/3 55/15 55/24 57/2 58/9 59/21 61/4 61/9 61/21 63/20 64/4 64/12 65/1 65/20 66/9 67/7 68/17 70/8 71/13 71/17 72/25 74/8 74/9 75/6
wouldn't [2] 32/16 33/16
writing [1] 32/6
written [2] 35/13 46/20
wrong [2] 24/10 54/16
wrote [2] 13/17 30/23

**Y**

yeah [3] 42/7 47/8 62/2
year [6] 6/10 16/23 45/17
years [12] 8/17 8/23 11/15 15/6 16/22 25/20 25/23 41/21 50/15 64/14 65/7 65/10
Yep [1] 64/23
yes [18] 16/7 24/23 25/8 34/21 35/10 35/21 42/25 43/8 45/4 46/18 57/1 59/15 64/15 65/23 73/5 74/25 76/2 76/12
yesterday [1] 45/11
yet [7] 20/22 30/10 51/6 56/9 56/17 71/23 75/18
you [225]
you know [39] 5/13 8/20 8/25 9/20 14/14 15/5 16/2 16/21 17/18 17/21 17/22 18/2 18/13 18/20 19/7 27/4 27/11 29/3 30/24 31/20 32/4 32/15 32/16 34/14 39/13 46/8 50/7 50/8 52/24 56/11 56/15 61/19 61/22 64/13 67/4 70/23 70/24 72/17 75/24
you'd [1] 6/12
you'll [6] 15/3 33/25 39/17 51/11 76/6 76/10
you're [19] 17/1 17/12

29/2 29/25 31/20 34/18 35/1 35/2 40/10 41/13 54/19 56/1 56/7 64/25 69/8
you've [12] 8/11 8/13 12/13 24/22 32/3 34/5 34/7 43/6 46/4 48/4 51/3 71/18
your [120]
Your Honor [76] 5/7 6/13 6/20 7/7 9/6 10/17 11/12 12/6 12/23 13/1 16/5 19/8 19/11 21/21 22/13 25/24 26/4 26/9 28/6 32/8 33/9 33/11 34/21 35/4 35/10 35/21 35/24 39/15 41/9 42/25 43/8 43/15 45/4 46/13 46/24 47/2 47/7 47/10 48/4 48/21 49/12 49/18 51/5 51/14 51/18 52/2 53/22 57/6 57/15 58/7 58/15 58/22 59/15 60/21 61/19 63/10 65/2 65/3 66/23 67/1 67/11 69/5 70/6 71/5 71/25 72/13 73/5 74/19 74/20 74/23 74/24 75/8 76/12 76/16 76/18 77/4
Your Honor's [8] 5/19 10/24 11/4 11/16 33/19 48/25 57/25 75/11

**Z**

Zaremba [3] 3/12 78/2 78/8
zero [1] 10/23