# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, *et al.*,

        *Plaintiffs,*

    v.

GOOGLE LLC,

        *Defendant.*

STATE OF COLORADO, *et al.*,

        *Plaintiffs,*

    v.

GOOGLE LLC,

        *Defendant.*

Case No. 1:20-cv-03010-APM

HON. AMIT P. MEHTA

## NOTICE OF WITHDRAWAL OF COUNSEL

Colin P. Snider respectfully notifies the Court of his withdrawal as counsel of record for the Plaintiff State of Nebraska in the above-captioned matters. Justin C. McCully, who recently entered an appearance, will represent the State of Nebraska as counsel of record.

**DATED: December 5, 2024**

Respectfully Submitted,

*/s/ Colin P. Snider*_____

Colin P. Snider
Assistant Attorney General
**NEBRASKA DEPARTMENT OF JUSTICE**
2115 State Capitol Building
Lincoln, NE 68509
T: (402) 471-7759
E: colin.snider@nebraska.gov

*Attorney for the Plaintiff State of Nebraska*