# Exhibit A

**Plaintiffs' Search String Proposals**

(terms in dispute in red and bolded; all other terms agreed)

**Request No. 24**

((search OR (search W/2 feature~) OR ((access w/2 point~) W/2 search) OR "browser" OR chrome OR android **OR Maps OR "Google Maps" OR Gmail**) W/10 (integrate~ OR incorporate~ OR launch~ or include~ or combine~ or introduce~ or embed~ or merge~ )) **W/10**[1] ("ai" OR GAI OR "artificial intelligence" OR gemini OR "GeminiNano" OR bard OR "PALM 2" OR rag OR "retrieval-augmented" OR "retrieval augmented" OR "language model" OR LLM OR AICore or "AI Edge" OR "extra small")

**Request No. 25**

(Gemini OR Bard OR "generative artificial intelligence" OR "AI" OR AI OR Lamda OR "circle to search" OR AICore OR "AI Edge" OR "AI Premium" OR "generated output~" OR "Google Lens" OR LLM OR SLM OR "language model") **W/10**[2] (preinstall~ OR preload~ OR default~ OR RSA OR "rev share" OR "revenue share" OR MADA OR "mobile application distribution" OR Apple OR Samsung OR Motorola OR Qualcomm OR distribute~ OR "technology evaluation supplement" or "google evaluation technology" **OR license OR API OR APK OR service** OR "extra small")

---

[1] Dispute over "w/10" operator limited to "ai" term.

[2] Dispute over "w/10" operator limited to "ai" term.