# Exhibit B

**Plaintiffs' First RFP No. 24**

Plaintiffs' Proposal: ((search OR (search W/2 feature~) OR ((access w/2 point~) W/2 search) OR "browser" OR chrome OR android OR Maps OR "Google Maps" OR Gmail) W/10 (integrate~ OR incorporate~ OR launch~ or include~ or combine~ or introduce~ or embed~ or merge~ )) W/10 ("ai" OR GAI OR "artificial intelligence" OR gemini OR "GeminiNano" OR bard OR "PALM 2" OR rag OR "retrieval-augmented" OR "retrieval augmented" OR "language model" OR LLM OR AICore or "AI Edge" OR "extra small")

Hit Count for Plaintiffs' Proposal (May 1, 2022 – September 19, 2024): **23,048**

\* \* \*

Google's Proposal: (((search OR (search W/2 feature~) OR ((access w/2 point~) W/2 search) OR "browser" OR chrome OR android) W/10 (integrate~ OR incorporate~ OR launch~ or include~ or combine~ or introduce~ or embed~ or merge~ )) W/10 (GAI OR "artificial intelligence" OR gemini OR "GeminiNano" OR bard OR "PALM 2" OR rag OR "retrieval-augmented" OR "retrieval augmented" OR "language model" OR LLM OR AICore or "AI Edge" OR "extra small")) OR (((search OR (search W/2 feature~) OR ((access w/2 point~) W/2 search) OR "browser" OR chrome OR android) W/10 (integrate~ OR incorporate~ OR launch~ or include~ or combine~ or introduce~ or embed~ or merge~ )) W/5 "AI")

Changes to Plaintiffs' Proposal: Deleted "maps" OR "Google Maps" OR "Gmail" and changed the proximity limiter on "AI" to W/5 while all other terms are W/10.

Hit Count for Google's Proposal (May 1, 2022 – September 19, 2024): **17,655**