# Exhibit C

**Plaintiffs' First RFP No. 25**

Plaintiffs' Proposal: (Gemini OR Bard OR "generative artificial intelligence" OR "AI" OR AI OR Lamda OR "circle to search" OR AICore OR "AI Edge" OR "AI Premium" OR "generated output~" OR "Google Lens" OR LLM OR SLM OR "language model") W/10 (preinstall~ OR preload~ OR default~ OR RSA OR "rev share" OR "revenue share" OR MADA OR "mobile application distribution" OR Apple OR Samsung OR Motorola OR Qualcomm OR distribute~ OR "technology evaluation supplement" or "google evaluation technology" OR license OR API OR APK OR service OR "extra small")

Hit Count for Plaintiffs' Proposal (May 1, 2022 – August 4, 2024): **48,232**

* * *

Google's Proposal: ((Gemini OR Bard OR "generative artificial intelligence" OR Lamda OR "circle to search" OR AICore OR "AI Edge" OR "AI Premium" OR "generated output~" OR "Google Lens" OR LLM OR SLM OR "language model") W/10 (preinstall~ OR preload~ OR default~ OR RSA OR "rev share" OR "revenue share" OR MADA OR "mobile application distribution" OR Apple OR Samsung OR Motorola OR Qualcomm OR distribute~ OR "technology evaluation supplement" or "google evaluation technology" OR "extra small")) OR (("AI") W/5 (preinstall~ OR preload~ OR default~ OR RSA OR "rev share" OR "revenue share" OR MADA OR "mobile application distribution" OR Apple OR Samsung OR Motorola OR Qualcomm OR distribute~ OR "technology evaluation supplement" or "google evaluation technology" OR "extra small"))

Changes to Plaintiffs' Proposal: Deleted "license" OR "API" OR "APK" OR "service" and changed "AI" to a proximity limiter of W/5 while all of the other terms remain W/10.

Hit Count for Google's Proposal (May 1, 2022 – August 4, 2024): **21,224**