# EXHIBIT A



Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808
+1 215 994 4000  Main
+1 215 994 2222  Fax
www.dechert.com

**JULIA CHAPMAN**

Julia.Chapman@dechert.com
+1 215 994 2060  Direct
+1 215 655 2060  Fax

*Via E-Mail*

Benjamin M. Greenblum
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901
BGreenblum@wc.com
December 3, 2024

Re:   U.S. et al. v. Google LLC, No. 1:20-cv-03010-APM (D.D.C.)
      C.O. et al. v. Google LLC, No. 1:20-cv-03715-APM (D.D.C.)

Counsel:

Pursuant to Google LLC's (Google) subpoena to third-party Microsoft Corporation (Microsoft) dated October 22, 2024 (the Subpoena) and in furtherance of the ongoing discussions between Microsoft and Google (together, the Companies) regarding the Subpoena, Microsoft offers the below further responses with respect to Requests for Production 13–14 and 16–17.[1]

**Request 13: Agreements with OpenAI, Perplexity AI, Inflection, and G42**

During the November 26, 2024, status conference, the Court provided clear guidance on the scope of the information to be produced in response to this Request. Microsoft has agreed to produce agreements sufficient to show the commercial relationships between Microsoft and OpenAI, Perplexity AI, Inflection AI, and G42 to the extent those agreements relate to: (1) the integration of AI technologies owned by these companies into Microsoft Bing or Microsoft Copilot; (2) the provision of search services or search advertising services to these companies; and (3) the provision of search-related data to these companies. The Court also acknowledged the need to limit production to relevant portions of the agreements.  Accordingly, Microsoft will produce the sections of the agreements that relate to the above listed categories but will not create additional summaries of these agreements.

---

[1]   Microsoft provides this correspondence subject to its November 5, 2024 Responses and Objections to the Subpoena. Microsoft reserves the right to assert additional objections and limitations concerning the Subpoena at any time as Microsoft may deem necessary.

Further, for the avoidance of doubt, Microsoft's responses herein are subject to a reasonable search for any documents identified herein.



**Request 14: Model Training**

Microsoft agrees that it will produce the following non-privileged documents responsive to this Request that can be identified through a reasonable search:

- Documents sufficient to show the type and quantity of data used to train any large language model that is both owned by Microsoft and actively used in connection with any actual Generative AI Tool or AI Search Tool as defined in Microsoft's Objections to Definitions ¶¶ 19 & 20—i.e., a product, service, feature, or functionality that takes or receives a natural language input, query, or prompt (regardless of input method), and has the ability to provide or retrieve information from the web when providing a response to a user's query, regardless of input (e.g., text, voice) or output modality (text, images, videos).

With respect to the types and quantity of data used to train OpenAI models, as the Court recognized during the November 26, 2024 status conference, Google should seek such information from OpenAI as Microsoft will not have any information that did not originate from OpenAI.

**Request 16–17: Content Licensing Agreements**

Microsoft agrees to conduct a reasonable search for documents responsive to these Requests sufficient to reflect Microsoft's licensing content agreements related to Generative AI Tools or AI Search Tools, as those terms are defined in Microsoft's Objections to Definitions ¶¶ 19 & 20.  For the avoidance of doubt, Microsoft will produce content licensing agreements to which Microsoft is a party and that relate to Generative AI Tools or AI Search Tools even if those agreements do not relate to or mention Copilot.

Sincerely,

*/s/ Julia Chapman*

Julia Chapman