# EXHIBIT A

## Khetarpal, Mihir

| | |
|---|---|
| **From:** | Voronov, Serge A. <serge.voronov@davispolk.com> |
| **Sent:** | Friday, December 6, 2024 1:43 PM |
| **To:** | Yeager, Christopher; Greenblum, Benjamin; McGowan, John; Ramani, Ashok |
| **Cc:** | Khetarpal, Mihir; Shelanski, Howard |
| **Subject:** | RE: United States, et al. v. Google LLC, No. 20-cv-3010 / State of Colorado, et al. v. Google LLC, No. 20-cv-3715 |

Ben,

OpenAI is not delaying the process of collecting and producing custodial ESI until after OpenAI makes noncustodial productions. As we mentioned below, OpenAI is investigating a witness who can address the topics in Plaintiffs' witness list. Once OpenAI identifies said witness, it will promptly collect and produce the witness' ESI. We are available to meet and confer from 5-5:30 pm Eastern on Tuesday if that time works for you.

With respect to Request No. 1, which we understand to be the only request where Google may be seeking communications, OpenAI's position is that if Google believes custodial ESI is necessary after OpenAI collects and produces non-custodial documents, then Google should provide concrete details about what custodial ESI it still needs.

In terms of timing, given the time necessary to collect agreements and provide any necessary notices to third parties, it is unlikely that OpenAI will be able to produce documents responsive to Request Nos. 1 and 5 in a week. OpenAI is similarly unable to commit to a substantial completion date for the remaining requests at this time. We do, however, anticipate making a production responsive to several requests during the week of December 9, and hope to reach substantial completion for noncustodial productions by December 19.

Chris, thanks for sending the shell for the position statements. In view of OpenAI's position, please confirm which issues Google will bring to the Court's attention today and I will get back to you on timing for the mutual exchange.

Best regards,
Serge


**Serge A. Voronov**

**Davis Polk & Wardwell** LLP
+1 650 752 2055 office
+1 650 862 4710 mobile
serge.voronov@davispolk.com

---

**From:** cyeager@wc.com <cyeager@wc.com>
**Sent:** Friday, December 6, 2024 8:45 AM
**To:** Greenblum, Benjamin <BGreenblum@wc.com>; Voronov, Serge A. <serge.voronov@davispolk.com>; McGowan, John <jmcgowan@wc.com>; Ramani, Ashok <ashok.ramani@davispolk.com>
**Cc:** Khetarpal, Mihir <mkhetarpal@wc.com>; Shelanski, Howard <howard.shelanski@davispolk.com>
**Subject:** RE: United States, et al. v. Google LLC, No. 20-cv-3010 / State of Colorado, et al. v. Google LLC, No. 20-cv-3715

Serge,

Further to Ben's email, please find attached a proposed shell that the companies can use to exchange their respective position statements. We'd propose a mutual exchange of position statements this evening at 5:00 pm EST. Please let us know if OpenAI agrees.

Best,
Chris

Christopher Yeager
Associate | Williams & Connolly LLP
680 Maine Avenue, S.W., Washington, DC 20024
202-434-5621 | Cyeager@wc.com | www.wc.com

---

**From:** Greenblum, Benjamin <BGreenblum@wc.com>
**Sent:** Friday, December 6, 2024 8:58 AM
**To:** Voronov, Serge A. <serge.voronov@davispolk.com>; Yeager, Christopher <CYeager@wc.com>; McGowan, John <jmcgowan@wc.com>; Ramani, Ashok <ashok.ramani@davispolk.com>
**Cc:** Khetarpal, Mihir <mkhetarpal@wc.com>; Shelanski, Howard <howard.shelanski@davispolk.com>
**Subject:** RE: United States, et al. v. Google LLC, No. 20-cv-3010 / State of Colorado, et al. v. Google LLC, No. 20-cv-3715

Serge,

We cannot agree to delay the process of collecting and producing custodial ESI (for RFP 1 or otherwise) until after OpenAI makes noncustodial productions. If OpenAI is refusing to begin the custodial collection and review process until after producing noncustodial documents, we will need to raise that with the Court. If OpenAI is not so refusing, then please provide your availability for a meet and confer on Monday to discuss custodians. In either event, please confirm that OpenAI will substantially complete the production of noncustodial documents responsive to Request No. 1 by Friday, December 13.

With respect to Request No. 5, we need a firm commitment as to when the agreements will be produced. Given the limited time in the schedule to resolve any redaction disputes, and given that this is a discrete set of documents at the core of the subpoena, we ask that they, too, be produced by Friday, December 13. If OpenAI does not agree, we intend to raise this issue with the Court. For the avoidance of doubt, given the robust Protective Order in place, Google disagrees that any redactions are warranted in the first place, but again, the commencement of that conferral should not be delayed any longer by the absence of any documents at all.

With respect to Request No. 7, we again direct OpenAI to the Technical Report it published on GPT-4, which makes statements that seem to us irreconcilable with an ability to locate responsive documents.

With respect to the balance of the requests, in view of OpenAI's position, we ask it to commit to a substantial rolling production next week, with substantial completion by Thursday, December 19. Please confirm.

Ben

---

**From:** Voronov, Serge A. <serge.voronov@davispolk.com>
**Sent:** Thursday, December 5, 2024 8:22 PM
**To:** Yeager, Christopher <CYeager@wc.com>; McGowan, John <jmcgowan@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Ramani, Ashok <ashok.ramani@davispolk.com>
**Cc:** Khetarpal, Mihir <mkhetarpal@wc.com>; Shelanski, Howard <howard.shelanski@davispolk.com>
**Subject:** RE: United States, et al. v. Google LLC, No. 20-cv-3010 / State of Colorado, et al. v. Google LLC, No. 20-cv-3715

Chris,

OpenAI's position on the issues you raised below is as follows:

- <u>Request No. 1</u>: To clarify, OpenAI is not refusing to collect custodial ESI. Rather, consistent with the Court's guidance, if Google believes custodial ESI is necessary after OpenAI collects and produces non-custodial documents, then Google should provide concrete details about what custodial ESI it still needs.
- <u>Request No. 5</u>: OpenAI agrees to search for and produce relevant agreements with both Microsoft and Perplexity. OpenAI is in the process of collecting these agreements and will review them for sensitive and irrelevant business information. To the extent that OpenAI produces agreements with redactions of sensitive and irrelevant business information, OpenAI will provide sufficient disclosure of what information is being withheld for OpenAI and Google to meet and confer, if necessary.
- <u>Request No. 6</u>: OpenAI is in the process of collecting its audited financial statements since May 6, 2022. OpenAI intends to produce its audited financials by Friday, December 13.
- <u>Request No. 7</u>: Per Google's request, OpenAI is looking for court filings that describe the inspection process discussed during the November 26 Status Conference. Other than GPT-3, OpenAI has not identified already-created documents that categorize and list the types and quantities of training data used for different models, but is investigating this issue further.
- <u>Request No. 8</u>: OpenAI agrees to search for and produce executed agreements (and amendments thereto) for access to content for use in training of generative AI models used in ChatGPT, subject to providing notice to third parties where required by contract.
- <u>Request No. 9</u>: OpenAI agrees to search for and produce non-privileged documents sufficient to show OpenAI's understanding of the relative competitive position of ChatGPT and SearchGPT.
- <u>Request No. 10</u>: OpenAI agrees to search for and produce non-privileged board minutes relating to SearchGPT and search as well as documents sufficient to show ChatGPT competition, competitors, strategy, or market analysis.
- <u>Witness list</u>: OpenAI agrees to conduct a reasonable search of custodial files using search terms and produce non-privileged ESI for Plaintiffs' OpenAI trial witness. Plaintiffs have not asked for a specific witness and OpenAI is investigating a witness who can address the topics in Plaintiffs' witness list. Once OpenAI identifies said witness, it will promptly collect and produce the witness' ESI.

Please let us know when we can expect Google to disclose the issues it will bring to the Court's attention on Friday.

Best regards,
Serge


**Serge A. Voronov**

**Davis Polk & Wardwell** LLP
+1 650 752 2055 office
+1 650 862 4710 mobile
serge.voronov@davispolk.com

---

**From:** Voronov, Serge A.
**Sent:** Wednesday, December 4, 2024 7:14 PM
**To:** 'cyeager@wc.com' <cyeager@wc.com>; McGowan, John <jmcgowan@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Ramani, Ashok <ashok.ramani@davispolk.com>
**Cc:** Khetarpal, Mihir <mkhetarpal@wc.com>; Shelanski, Howard <howard.shelanski@davispolk.com>
**Subject:** RE: United States, et al. v. Google LLC, No. 20-cv-3010 / State of Colorado, et al. v. Google LLC, No. 20-cv-3715

Chris,

We're working to provide responses on these issues as soon as we can. 9 am PST tomorrow is unlikely to work given that's the start of the day on the west coast, but we hope to be in a position to give you an update later tomorrow. If that changes, we'll let you know.

Best regards,
Serge


**Serge A. Voronov**

**Davis Polk & Wardwell** LLP
+1 650 752 2055 office
+1 650 862 4710 mobile
serge.voronov@davispolk.com

---

**From:** cyeager@wc.com <cyeager@wc.com>
**Sent:** Wednesday, December 4, 2024 4:20 PM
**To:** Voronov, Serge A. <serge.voronov@davispolk.com>; McGowan, John <jmcgowan@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Ramani, Ashok <ashok.ramani@davispolk.com>
**Cc:** Khetarpal, Mihir <mkhetarpal@wc.com>; Shelanski, Howard <howard.shelanski@davispolk.com>
**Subject:** RE: United States, et al. v. Google LLC, No. 20-cv-3010 / State of Colorado, et al. v. Google LLC, No. 20-cv-3715

Serge,

Based on our conferral on Monday, it was our understanding that OpenAI would be providing its position on the open requests today so that the companies could have a productive conferral this evening. If that was infeasible for your client, it would have been helpful to know prior to 6:00 pm EST, the time we'd set aside for our call. That said, given that both companies are under a court order to provide an update this Friday, we cannot wait longer to know OpenAI's positions on the open issues. We therefore ask that you please pass along by 12:00 pm EST tomorrow (1) your client's positions on Request Nos. 5, 7–10 and (2) whether it will identify document custodians for the topics associated with OpenAI on Plaintiffs' witness list.

In case it facilitates your inquiry of your client, I briefly summarize below what I understand to be the present state of play with respect to each request:

- Request No. 1: OpenAI will produce documents responsive to Request No. 1 but still refuses to conduct a custodial search for ESI.
- Request No. 5: OpenAI will produce its agreements with Microsoft along with a table of contents that will give Google disclosure of what material is being redacted. You are checking with your client on whether OpenAI will do the same with respect to any Perplexity agreements.
- Request No. 6: OpenAI intends to produce its audited financials by Friday, December 13.
- Request No. 7: You will double-check with your client whether it is truly that case that OpenAI lacks already-created documents that categorize and list the types and quantities of training data used for different LLMs. As discussed, that would surprise us given some of the language that appears in the GPT-4 Technical Report.
- Request No. 8: You are continuing to confer with your client, so have no position one way or the other at this time.
- Request No. 9: You recognize that Judge Mehta signaled his agreement that the material sought in Request No. 9 is relevant, and OpenAI intends to abide by the Court's guidance. You will confirm, however, how OpenAI intends to respond to this request.
- Request No. 10: OpenAI no longer intends to limit its production merely to non-privileged board minutes relating to SearchGPT or search, but will expand its production into include at least ChatGPT-related materials and categories of documents beyond minutes, in the event that the minutes are not sufficient to show the information sought in this request. You will provide greater clarity into the scope of your proposed production.

Assuming we receive an update from you by noon EST tomorrow, we intend to let you know by 6:00 pm EST which issues we bring to the Court's attention on Friday.

Best,
Chris

Christopher Yeager
Associate | Williams & Connolly LLP
680 Maine Avenue, S.W., Washington, DC 20024
202-434-5621 | Cyeager@wc.com | www.wc.com

---

**From:** Voronov, Serge A. <serge.voronov@davispolk.com>
**Sent:** Wednesday, December 4, 2024 6:00 PM
**To:** McGowan, John <jmcgowan@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Yeager, Christopher <CYeager@wc.com>; Ramani, Ashok <ashok.ramani@davispolk.com>
**Cc:** Khetarpal, Mihir <mkhetarpal@wc.com>; Shelanski, Howard <howard.shelanski@davispolk.com>
**Subject:** RE: United States, et al. v. Google LLC, No. 20-cv-3010 / State of Colorado, et al. v. Google LLC, No. 20-cv-3715

Ben,

We have reached out to OpenAI about the issues that we discussed on Monday. Our client has a long-planned offsite this week so we have no update at this point.

We suggest taking today's call off the calendar; we'll keep trying and hope to give you an update tomorrow.

Best regards,
Serge


**Serge A. Voronov**

**Davis Polk & Wardwell** LLP
+1 650 752 2055 office
+1 650 862 4710 mobile
serge.voronov@davispolk.com

-----Original Appointment-----
**From:** McGowan, John <jmcgowan@wc.com>
**Sent:** Monday, December 2, 2024 9:39 AM
**To:** McGowan, John; Voronov, Serge A.; Greenblum, Benjamin; Yeager, Christopher; Ramani, Ashok
**Cc:** Khetarpal, Mihir; Shelanski, Howard
**Subject:** United States, et al. v. Google LLC, No. 20-cv-3010 / State of Colorado, et al. v. Google LLC, No. 20-cv-3715
**When:** Wednesday, December 4, 2024 6:00 PM-6:30 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Microsoft Teams Meeting

_____

**Microsoft Teams** Need help?

# Join the meeting now

Meeting ID: 222 604 620 434

Passcode: Pw9rN3zW

---

**Dial in by phone**

+1 332-249-0718,,139111535# United States, New York City

Find a local number

Phone conference ID: 139 111 535#

For organizers: Meeting options | Reset dial-in PIN

_____

_____

**From:** Voronov, Serge A. <serge.voronov@davispolk.com>
**Sent:** Wednesday, November 27, 2024 9:36 PM
**To:** Greenblum, Benjamin <BGreenblum@wc.com>; Yeager, Christopher <CYeager@wc.com>; Ramani, Ashok <ashok.ramani@davispolk.com>
**Cc:** Khetarpal, Mihir <mkhetarpal@wc.com>; McGowan, John <jmcgowan@wc.com>; Shelanski, Howard <howard.shelanski@davispolk.com>
**Subject:** RE: United States, et al. v. Google LLC, No. 20-cv-3010 / State of Colorado, et al. v. Google LLC, No. 20-cv-3715

Ben,

We are available to confer from 12-12:30 pm EST on Monday.

We'll look into points that you raised below.  Have a great Thanksgiving as well.

Best regards,
Serge



**Serge A. Voronov**

**Davis Polk & Wardwell LLP**
+1 650 752 2055 office
+1 650 862 4710 mobile
serge.voronov@davispolk.com

**From:** Greenblum, Benjamin <BGreenblum@wc.com>
**Sent:** Tuesday, November 26, 2024 3:39 PM
**To:** Voronov, Serge A. <serge.voronov@davispolk.com>; Yeager, Christopher <CYeager@wc.com>; Ramani, Ashok <ashok.ramani@davispolk.com>
**Cc:** Khetarpal, Mihir <mkhetarpal@wc.com>; McGowan, John <jmcgowan@wc.com>
**Subject:** RE: United States, et al. v. Google LLC, No. 20-cv-3010 / State of Colorado, et al. v. Google LLC, No. 20-cv-3715

Serge:

6

Following up on today's hearing, can you let us know if you and Ashok are available to confer further on Monday at 12pm or 1pm ET?  It would also be helpful if, beforehand, you could provide followups on certain points:

- Can you provide OpenAI's proposed custodians and search terms; and
- For RFP 7, if you could be point us to the docket entries that briefed and then ordered the inspection procedure that Ashok referred to.  To the extent that briefing included any material sealed by OpenAI that we would not have access to from Pacer, we'd ask you to produce that to us under the strictures of the protective order in our case.

Thanks, and have a great thanksgiving.

Ben

**From:** Voronov, Serge A. <serge.voronov@davispolk.com>
**Sent:** Monday, November 25, 2024 5:32 PM
**To:** Yeager, Christopher <CYeager@wc.com>; Ramani, Ashok <ashok.ramani@davispolk.com>
**Cc:** Greenblum, Benjamin <BGreenblum@wc.com>; Khetarpal, Mihir <mkhetarpal@wc.com>; McGowan, John <jmcgowan@wc.com>
**Subject:** RE: United States, et al. v. Google LLC, No. 20-cv-3010 / State of Colorado, et al. v. Google LLC, No. 20-cv-3715

Chris,

I am confirming that OpenAI has no redactions to propose.

Thanks,
Serge



**Serge A. Voronov**

**Davis Polk & Wardwell LLP**
+1 650 752 2055 office
+1 650 862 4710 mobile
serge.voronov@davispolk.com

**From:** cyeager@wc.com <cyeager@wc.com>
**Sent:** Monday, November 25, 2024 2:03 PM
**To:** Voronov, Serge A. <serge.voronov@davispolk.com>; Ramani, Ashok <ashok.ramani@davispolk.com>
**Cc:** Greenblum, Benjamin <BGreenblum@wc.com>; Khetarpal, Mihir <mkhetarpal@wc.com>; McGowan, John <jmcgowan@wc.com>
**Subject:** RE: United States, et al. v. Google LLC, No. 20-cv-3010 / State of Colorado, et al. v. Google LLC, No. 20-cv-3715

Serge and Ashok,

Following up on the email below, can you confirm that you have no redactions to propose?

Thank you,
Chris

Christopher Yeager
Associate | Williams & Connolly LLP