IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>                        Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>                        Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, *et al.*,<br><br>                        Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>                        Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**JOINT STATUS REPORT OF GOOGLE AND PERPLEXITY**

Pursuant to the Court's November 26, 2024 Order, Google and Perplexity (collectively, the "Companies") submit the following statements with respect to Perplexity's compliance with Google's subpoena.

### I.    GOOGLE'S POSITION STATEMENT

The Court set a December 6, 2024 deadline for Perplexity to (1) serve responses and objections to Google's subpoena and (2) submit a statement to the Court regarding compliance with Google's subpoena. ECF No. 1077, at 1–2. Following the issuance of the Court's order, Google wrote to Perplexity on November 26 to propose the following: *First*, Google requested

that Perplexity serve its responses and objections by the morning of Thursday, December 5. And *second*, Google proposed that the Companies set aside time that day, December 5, to meet and confer regarding any outstanding issues. Perplexity declined this approach, and did not serve its responses and objections until Friday, December 6, at 4:56 pm EST. Perplexity also did not produce any documents with its responses.

Perplexity has agreed to confer with Google on Monday, December 9 and that the Companies will file a joint status report on any outstanding issues on Wednesday, December 11.

## II.     PERPLEXITY'S POSITION STATEMENT

Perplexity served its Responses and Objections to Google's Subpoena on December 6, 2024, and is in the process of collecting documents to produce to Google. Perplexity intends to meet and confer with Google on a number of outstanding issues, largely related to overbreadth and relevance, and has scheduled a meet and confer call for the Monday, December 9th, 2024. Perplexity maintains that it is willing to work reasonably with Google on the Requests and to begin producing documents by the end of the year.

Dated: December 6, 2024              Respectfully submitted,

By: */s/ John E. Schmidtlein*
John E. Schmidtlein (D.C. Bar No. 441261)
Benjamin M. Greenblum (D.C. Bar No. 979786)
Colette T. Connor (D.C. Bar No. 991533)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
Tel: 202-434-5000
jschmidtlein@wc.com
bgreenblum@wc.com
cconnor@wc.com

WILSON SONSINI GOODRICH & ROSATI P.C.
Susan A. Creighton (D.C. Bar No. 978486)

        Franklin M. Rubinstein (D.C. Bar No. 476674)
        1700 K Street, NW
        Washington, DC 20006
        Tel: 202-973-8800
        screighton@wsgr.com
        frubinstein@wsgr.com

        ROPES & GRAY LLP
        Mark S. Popofsky (D.C. Bar No. 454213)
        2099 Pennsylvania Avenue, NW
        Washington, DC 20006
        Tel: 202-508-4624
        Mark.Popofsky@ropesgray.com

        Matthew McGinnis (admitted *pro hac vice*)
        Prudential Tower
        800 Boylston Street
        Boston, MA 02199
        Tel: 617-951-7703
        Matthew.McGinnis@ropesgray.com
        *Counsel for Defendant Google LLC*


By: */s/ Grace A. Ramirez*
        Grace A. Ramirez (admitted *pro hac vice*)
        gramirez@lewisllewellyn.com
        Lewis & Llewellyn LLP
        601 Montgomery Street, Suite 2000
        San Francisco, CA 94111
        (415) 800-0590

        *Counsel for Nonparty Perplexity AI, Inc.*