

# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

#### *ASHOK RAMANI*

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify ASHOK RAMANI #200020 was on the 7th day of December 1998 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on this day of December 10th, 2024.*

JORGE E. NAVARRETE
Clerk/Executive Officer of the Supreme Court

By:_____
Florentino Jimenez, Assistant Deputy Clerk