# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　　　　　　　Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |

## PROPOSED ORDER

At the District of Columbia this ___ day of December, 2024, having considered the Motion of Nonparty OpenAI, Inc. seeking the admission *pro hac vice* of Ashok Ramani (ECF No. ___), and the Declaration of Ashok Ramani submitted in support of the Motion;

　IT IS HEREBY ORDERED that the Motion is GRANTED.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Amit P. Mehta
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE