**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |

**PROPOSED ORDER**

At the District of Columbia this ____ day of December, 2024, having considered the

Motion of Nonparty OpenAI, Inc. seeking the admission *pro hac vice* of Serge A. Voronov (ECF

No. ____), and the Declaration of Serge A. Voronov submitted in support of the Motion;

IT IS HEREBY ORDERED that the Motion is GRANTED.

_____
Hon. Amit P. Mehta
UNITED STATES DISTRICT JUDGE