# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*, | Case No. 1:20-cv-03010 (APM) |
| Plaintiffs, | HON. AMIT P. MEHTA |
| v. | |
| Google LLC, | |
| Defendant. | |
| State of Colorado, *et al.*, | Case No. 1:20-cv-03715 (APM) |
| Plaintiffs, | HON. AMIT P. MEHTA |
| v. | |
| Google LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Susan Creighton hereby withdraws as attorney of record for defendant Google LLC ("Google") in the above-captioned matters upon her retirement from the firm. Wilson Sonsini Goodrich & Rosati, P.C. will continue as counsel for Google.

Dated: December 12, 2024　　　　　　　Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

<u>s/ *Susan Creighton*</u>
Susan Creighton
1700 K Street NW, Fifth Floor
Washington, D.C. 20006
Telephone: (202) 973-8800
Facsimile: (866) 974-7329
Email: screighton@wsgr.com

*Counsel for Defendant Google LLC*

## CERTIFICATE OF SERVICE

I certify that on this 12th day of December 2024, I caused the foregoing Notice of Withdrawal of Appearance to be filed electronically with the Clerk of the Court by using the CM/ECF system which will serve a copy on all interested parties registered for electronic filing and is available for viewing and downloading from the CM/ECF system.

                                          s/ *Susan Creighton*
                                          Susan Creighton

Dated: December 12, 2024