**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br>                              Plaintiffs, <br><br>     v. <br><br> GOOGLE LLC, <br><br>                              Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |

**NONPARTY OPENAI, INC.'S MOTION FOR ADMISSION
*PRO HAC VICE* OF ASHOK RAMANI**

Pursuant to Local Civil Rule 83.2(c) of the Rules of the United States District Court for the District of Columbia, the undersigned as a sponsoring member of the bar of this Court respectfully moves for admission and appearance of attorney Ashok Ramani *pro hac vice* in the above-captioned matter as counsel for Nonparty OpenAI, Inc.

This motion is supported by the Declaration of Ashok Ramani, filed herewith.  As set forth in Mr. Ramani's Declaration, he is admitted and a member in good standing of the Bar of the State of California.  This motion is supported and signed by Paul Nathanson, an active and sponsoring member of the Bar of this Court.

Date: December 11, 2024

Respectfully submitted,

*/s/ Paul Nathanson*
Paul Nathanson (Bar No. 982269)
DAVIS POLK & WARDWELL LLP
901 15th Street, NW
Washington, DC 20005
paul.nathanson@davispolk.com

*Counsel for OpenAI, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2024, the foregoing document was electronically submitted with the Clerk of the Court for the United States District Court, District of Columbia, using the electronic case file system of the Court. The electronic case file system sent a "Notice of Electronic Filing" to all counsel of record.

                                              */s/ Paul Nathanson*
                                              Paul Nathanson (Bar No. 982269)