# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |

## PROPOSED ORDER

At the District of Columbia this ___ day of December, 2024, having considered the Motion of Nonparty OpenAI, Inc. seeking the admission *pro hac vice* of Serge A. Voronov (ECF No. ___), and the Declaration of Serge A. Voronov submitted in support of the Motion;

IT IS HEREBY ORDERED that the Motion is GRANTED.

_____
Hon. Amit P. Mehta
UNITED STATES DISTRICT JUDGE