# EXHIBIT B

| | |
|---|---|
| **From:** | Grace Ramirez |
| **To:** | Khetarpal, Mihir; Greenblum, Benjamin |
| **Cc:** | Yeager, Christopher; Zachary Flood; Marc R. Lewis |
| **Subject:** | RE: Perplexity"s Response to Google"s Subpoena |
| **Date:** | Wednesday, December 11, 2024 7:49:52 PM |

Mihir,

8:30pm EST works for us. Thank you.

Best,
Grace

**Grace Ramirez**
**Lewis & Llewellyn LLP  |  Attorney**
601 Montgomery Street, Suite 2000
San Francisco, CA 94111
628-246-2318
Admitted to NY and DC Bar Only
www.lewisllewellyn.com

This email may contain confidential and/or privileged information. If you received this email in error please delete and notify sender.

**From:** Khetarpal, Mihir <mkhetarpal@wc.com>
**Sent:** Wednesday, December 11, 2024 4:27 PM
**To:** Grace Ramirez <gramirez@lewisllewellyn.com>; Greenblum, Benjamin <BGreenblum@wc.com>
**Cc:** Yeager, Christopher <CYeager@wc.com>; Zachary Flood <zflood@lewisllewellyn.com>; Marc R. Lewis <MLewis@lewisllewellyn.com>
**Subject:** RE: Perplexity's Response to Google's Subpoena

Grace,

Thank you. We will raise the issues below (other than No. 10, which we understand to be resolved) in today's JSR. In order to accommodate that change, please confirm we can simultaneously exchange position statements 30 minutes later, at 8:30pm EST.

-Mihir

**Mihir Khetarpal**
**Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
202-434-5082 | mkhetarpal@wc.com | www.wc.com

**From:** Grace Ramirez <gramirez@lewisllewellyn.com>
**Sent:** Wednesday, December 11, 2024 7:15 PM
**To:** Khetarpal, Mihir <mkhetarpal@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>
**Cc:** Yeager, Christopher <CYeager@wc.com>; Zachary Flood <zflood@lewisllewellyn.com>; Marc R. Lewis <MLewis@lewisllewellyn.com>
**Subject:** RE: Perplexity's Response to Google's Subpoena

Mihir,

Please see responses below. We agree we are at impasse with respect to Google's demand for a definitive answer regarding RFP No. 1 by today—as we have explained we are still investigating the potential burden associated with that request, and the suggestion you first raised earlier today regarding an ESI collection protocol. Otherwise, we do not agree we are impasse on RFP Nos. 10 and 11.

Thanks,
Grace

**Grace Ramirez**
**Lewis & Llewellyn LLP  |  Attorney**
601 Montgomery Street, Suite 2000
San Francisco, CA 94111
628-246-2318
Admitted to NY and DC Bar Only
www.lewisllewellyn.com

This email may contain confidential and/or privileged information. If you received this email in error please delete and notify sender.

**From:** Khetarpal, Mihir <mkhetarpal@wc.com>
**Sent:** Wednesday, December 11, 2024 2:41 PM
**To:** Grace Ramirez <gramirez@lewisllewellyn.com>; Greenblum, Benjamin <BGreenblum@wc.com>
**Cc:** Yeager, Christopher <CYeager@wc.com>; Zachary Flood <zflood@lewisllewellyn.com>; Marc R. Lewis <MLewis@lewisllewellyn.com>
**Subject:** RE: Perplexity's Response to Google's Subpoena

Grace:

Thank you.  We agree that the companies are at an impasse with respect to Request Nos. 1, 10, and 11.  With respect to searching custodial ESI for RFP 1, your response seems simply to ignore that the search would be based on agreed custodian and search term parameters; we'll just have to move on that.  As part of our request to the Court with respect to Request No. 1, for the reasons discussed, we intend to ask the Court to set a deadline of December 20, 2024 for Perplexity to produce responsive agreements.  We believe that deadline should likewise apply to the agreements that Perplexity will produce in response to Request Nos. 5, 6, and 7.

<span style="color:red">We disagree that we are at impasse on this underlying Request.  As we have communicated, we just are not in a position to accommodate your demand for a final position today.  To the extent you move we will respond accordingly.</span>

Regarding Perplexity's statement with respect to Request No. 10 that it "will produce documents sufficient to show what trains any model used in the Perplexity Service, <span style="color:red">if any</span>," we are concerned that this is an inappropriate limitation.  It is a matter of public record that AI models power the Perplexity Service, and that Perplexity fine tunes those models.  We are concerned that the purpose of the addition of "if any" is to signal an intent to exclude from Perplexity's production documents relating to models that Perplexity licenses from third parties.  If that is the intent, we cannot agree.

<span style="color:red">We appreciate your request for clarification and can confirm that your suspicions are misplaced.  "If any" is intended to mean that we will produce documents sufficient to show Perplexity's knowledge of what trains models used by Perplexity, including models licensed from third parties—if Perplexity has any such documents.</span>

Regarding Request No. 11, we do not see why Perplexity proposes to limit its production to "agreements related to AI training purposes."  If Perplexity licenses content to display in response to a query, that is relevant even if Perplexity never trains its models on such content.

<span style="color:red">We do not see why it would be, though we are open to any further explanation as to why it would be.  You have not raised this in our past conversations, so we do not believe the parties are at impasse on this issue.</span>

So that we can finalize our submission, please let us know if you continue to object on Request Nos. 1, 10, and 11 as quickly as you can, and in all events, no later than 6:30pm ET.


Best,
Mihir


**Mihir Khetarpal**
**Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
202-434-5082 | mkhetarpal@wc.com | www.wc.com

**From:** Grace Ramirez <gramirez@lewisllewellyn.com>
**Sent:** Wednesday, December 11, 2024 4:25 PM
**To:** Khetarpal, Mihir <mkhetarpal@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>
**Cc:** Yeager, Christopher <CYeager@wc.com>; Zachary Flood <zflood@lewisllewellyn.com>; Marc R. Lewis <MLewis@lewisllewellyn.com>
**Subject:** RE: Perplexity's Response to Google's Subpoena

Hi Mihir,

Thanks for this.  Please see our updated positions below.  We have accepted most of your edits.

I believe we're all in agreement except for requests number 1, 10, and 11, but please let us know if you think there are other open issues.

| RFP | Response/Agreement as of 12/11/2024 |
|---|---|
|  |  |

| | |
|---|---|
| Google RFP No. 1: All documents and other communications between Perplexity AI and any third party proposing, discussing, or relating to the promotion, preinstallation, syndication, or other distribution of the Perplexity Service. Documents within the scope of this request include, but are not limited to, negotiations over agreements as well as final executed agreements that Perplexity AI has entered into with any third party with respect to the promotion, preinstallation, syndication, or other distribution of the Perplexity Service. | While we are still considering your latest demands related to this request, we do anticipate Perplexity will be able to produce third party agreements regarding the distribution of Perplexity. As we noted, we are still considering your request for all communications between Perplexity and every other third party relating in any way to the distribution of Perplexity's products and services over the last several years. Obviously that request would likely amount to a substantial portion of all the communications Perplexity has ever had with actual or potential third-party partners. Given the incredible breadth of this request and the associated burden it would impose on Perplexity, we could not accommodate your demand for an answer regarding this sweeping ESI discovery by 2pm ET, as you demanded this morning. |
| Google RFP No. 2: All communications between Perplexity AI and one or more Plaintiffs in this litigation discussing or relating to Google or this litigation. | Perplexity will produce all communications between Perplexity AI and one or more Plaintiffs in this litigation discussing or relating to Google or this litigation from August 5, onward. |
| Google RFP No. 3: Documents or data sufficient to show the total number downloads of any Perplexity AI app. | Perplexity will produce documents or data sufficient to show the total number downloads of any Perplexity AI app. |
| Google RFP No. 4: Documents or data sufficient to show the daily active users of the Perplexity Service since launch. | Perplexity will produce documents or data sufficient to show the daily active users of the Perplexity Service on a monthly basis from May 2022 to present. |
| Google RFP No. 5: Copies of any agreements between Perplexity AI and Microsoft as well as copies of any amendments thereto. | Perplexity will produce copies of Perplexity's agreements with Microsoft, as well as copies of any amendments thereto. |
| Google RFP No. 6: To the extent not produced in response to Request No. 5, documents sufficient to show the respects in which and the terms upon which Perplexity AI has "[p]artner[ed] with Microsoft." See Ted Roduner, Perplexity powers its "answer engine" with Azure OpenAI Service, MICROSOFT FOR STARTUPS, available at https://startups.microsoft.com/blog/perplexity-ai-powersits-answer-engine-with-azure-openai-service/. | Perplexity will produce documents sufficient to show the respect in which and the terms upon which Perplexity has partnered with Microsoft, to the extent not produced in response to RFP No. 5. |
| Google RFP No. 7: Copies of any agreements between Perplexity AI and OpenAI as well as copies of any amendments thereto. | Perplexity will produce copies of Perplexity's agreements with OpenAI, as well as copies of any amendments thereto. |
| Google RFP No. 8: Documents sufficient to show Perplexity AI's revenues, expenses, profits, capital raises, stock sales, and valuation on a quarterly or annual basis since the beginning of 2022. | Perplexity will produce audited financials since the beginning of 2022. |
| Google RFP No. 9: Documents sufficient to show any presentation that Perplexity AI has made regarding any plan to monetize the Perplexity Service. Documents within the scope of this request include any pitch decks describing a plan or proposal to integrate advertisements into users' queries. See Marty Swant, Perplexity's Pitch Deck Offers Advertisers A New Vision For AI Search, DIGIDAY (Aug. 23, 2024), available at https://digiday.com/media-buying/perplexityspitch-deck-offers-advertisers-a-new-vision-for-ai-search/. | Perplexity will produce decks sufficient to show Perplexity AI's monetization plans. |
| Google RFP No. 10: Documents sufficient to show the types and quantity of data used to train any model used in the Perplexity Service. Documents | |

| | |
|---|---|
| within the scope of this request include documents sufficient to show the extent to which search engine click-and-query data or first-party data is used to train any part of any model used in the Perplexity Service.  Documents within the scope of this request also include documents sufficient to show the operations and functionality of any retrieval augmented generation techniques employed in the Perplexity Service. | Perplexity will produce documents sufficient to show what trains any model used in the Perplexity Service, *if any.*<br><br>*We are discussing the retrieval augmented generation techniques piece with our client.* |
| Google RFP No. 11: Copies of any agreements and any amendments thereto in Perplexity AI's possession, custody, or control licensing content for use in connection with the Perplexity Service. | Perplexity will produce copies of any licensing content agreements related to AI training purposes.  *In your latest communication, you have now demanded that Perplexity agree to produce licensing content agreements unrelated to AI or AI training purposes.  We do not see why such agreements would be relevant to this litigation but are open to meet and confer to permit you an opportunity to explain your position.* |
| Google RFP No. 12: Documents sufficient to show Perplexity AI's understanding of the relative competitive position of Generative AI Tools and AI Search Tools.  Documents within the scope of this request include documents sufficient to show the relative download or usage rate of the Perplexity Service compared to other Generative AI Tools and/or AI Search Tools. | Perplexity will produce documents sufficient to show Perplexity's understanding of the relative market positions of generative AI tools or AI search tools (including its own position). |
| Google RFP No. 13: All minutes, recordings, summaries, or reports of meetings, whether formal or informal, of your company's (and each of its divisions' or subsidiaries') board of directors (including committees or subgroups), addressing or discussing:<br>o Search distribution;<br>o Competition, competitors, strategy, or market analysis in features, paid or unpaid, that appear in a Generative AI Tool or an AI Search Tool;<br>o Competition, competitors, strategy, or market analyses in generative artificial intelligence;<br>o Competition, competitors, strategy, or market analyses in search advertising; or<br>o Competition, competitors, strategy, or market analyses in digital advertising. | Perplexity will produce these board notes subject to redactions for nonresponsive confidential information. |
| Google RFP No. 14: From January 2023 to the present, separately by month, operating system, and device type, produce documents or data sufficient to show the total number of interactions with the Perplexity Service, both in aggregate and performed through each type of access point. | Perplexity will produce data sufficient to show the total number of interactions with Perplexity, both in aggregate and performed through each type of access point. |

**Grace Ramirez**
**Lewis & Llewellyn LLP  |**  Attorney
601 Montgomery Street, Suite 2000
San Francisco, CA 94111
628-246-2318
Admitted to NY and DC Bar Only
www.lewisllewellyn.com

This email may contain confidential and/or privileged information. If you received this email in error please delete and notify sender.

---

**From:** Khetarpal, Mihir <mkhetarpal@wc.com>
**Sent:** Wednesday, December 11, 2024 10:58 AM
**To:** Grace Ramirez <gramirez@lewisllewellyn.com>; Greenblum, Benjamin <BGreenblum@wc.com>
**Cc:** Yeager, Christopher <CYeager@wc.com>; Zachary Flood <zflood@lewisllewellyn.com>; Marc R. Lewis <MLewis@lewisllewellyn.com>
**Subject:** RE: Perplexity's Response to Google's Subpoena

Grace,

In highlighted green below, we have either responded to your comments, or requested changes to the scope of the proposed production

where we thought your proposal was unduly narrow.  Please advise.

-Mihir

**Mihir Khetarpal**
**Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
202-434-5082 | mkhetarpal@wc.com | www.wc.com

---

**From:** Grace Ramirez <gramirez@lewisllewellyn.com>
**Sent:** Wednesday, December 11, 2024 1:31 PM
**To:** Greenblum, Benjamin <BGreenblum@wc.com>; Khetarpal, Mihir <mkhetarpal@wc.com>
**Cc:** Yeager, Christopher <CYeager@wc.com>; Zachary Flood <zflood@lewisllewellyn.com>; Marc R. Lewis <MLewis@lewisllewellyn.com>
**Subject:** RE: Perplexity's Response to Google's Subpoena

Ben and Mihir,

See below for positions and agreements as of this morning. There is one point in RFP No. 10 (highlighted) that we missed this morning – I'm happy to jump on a call to discuss.

Please let us know if you have any questions.  We will also speak with the client today about how soon we can make an initial production based on the below.

Thanks,
Grace

| RFP | Response/Agreement as of 12/11/2024 |
|---|---|
| Google RFP No. 1: All documents and other communications between Perplexity AI and any third party proposing, discussing, or relating to the promotion, preinstallation, syndication, or other distribution of the Perplexity Service.  Documents within the scope of this request include, but are not limited to, negotiations over agreements as well as final executed agreements that Perplexity AI has entered into with any third party with respect to the promotion, preinstallation, syndication, or other distribution of the Perplexity Service. | We will communicate Google's explanation of the relevance of this RFP to our client. Google response: we discussed the relevance of this request in our call on Monday, before you spoke to your client.  And in view of the fact that Perplexity has been engaging with Plaintiffs for months before Plaintiffs gave notice they would call a Perplexity witness to discuss, inter alia, distribution, we do not think further delay in conferral over the relevance of these documents is appropriate. <br><br> Perplexity will likely be able to produce third party agreements regarding the distribution of Perplexity, but we will need to further discuss ESI and, with respect to timing, consider confidentiality obligations to counterparties in those agreements. |
| Google RFP No. 2: All communications between Perplexity AI and one or more Plaintiffs in this litigation discussing or relating to Google or this litigation. | Perplexity will produce all communications between Perplexity AI and one or more Plaintiffs in this litigation discussing or relating to Google or this litigation from August 5, onward. |
| Google RFP No. 3: Documents or data sufficient to show the total number downloads of any Perplexity AI app. | Perplexity will produce documents or data sufficient to show the total number downloads of any Perplexity AI app. |
| Google RFP No. 4: Documents or data sufficient to show the daily active users of the Perplexity Service since launch. | Perplexity will produce documents or data sufficient to show the daily active users of the Perplexity Service on a monthly basis from May 2022 to present. |
| Google RFP No. 5: Copies of any agreements between Perplexity AI and Microsoft as well as copies of any amendments thereto. | Perplexity will produce copies of Perplexity's agreements with Microsoft, as well as copies of any amendments thereto. |
| Google RFP No. 6: To the extent not produced in response to Request No. 5, documents sufficient to | |

| | |
|---|---|
| show the respects in which and the terms upon which Perplexity AI has "[p]artner[ed] with Microsoft." See Ted Roduner, Perplexity powers its "answer engine" with Azure OpenAI Service, MICROSOFT FOR STARTUPS, available at https://startups.microsoft.com/blog/perplexity-ai-powersits-answer-engine-with-azure-openai-service/. | Perplexity will produce documents sufficient to show the respect in which and the terms upon which Perplexity has partnered with Microsoft, to the extent not produced in response to RFP No. 5. |
| Google RFP No. 7: Copies of any agreements between Perplexity AI and OpenAI as well as copies of any amendments thereto. | Perplexity will produce copies of Perplexity's agreements with OpenAI, as well as copies of any amendments thereto. |
| Google RFP No. 8: Documents sufficient to show Perplexity AI's revenues, expenses, profits, capital raises, stock sales, and valuation on a quarterly or annual basis since the beginning of 2022. | Perplexity will produce audited financials since the beginning of 2022. |
| Google RFP No. 9: Documents sufficient to show any presentation that Perplexity AI has made regarding any plan to monetize the Perplexity Service. Documents within the scope of this request include any pitch decks describing a plan or proposal to integrate advertisements into users' queries. See Marty Swant, Perplexity's Pitch Deck Offers Advertisers A New Vision For AI Search, DIGIDAY (Aug. 23, 2024), available at https://digiday.com/media-buying/perplexityspitch-deck-offers-advertisers-a-new-vision-for-ai-search/. | Perplexity will produce ~~a recent pitch deck or~~ decks sufficient to show Perplexity AI's monetization plans. |
| Google RFP No. 10: Documents sufficient to show the types and quantity of data used to train any model used in the Perplexity Service. Documents within the scope of this request include documents sufficient to show the extent to which search engine click-and-query data or first-party data is used to train any part of any model used in the Perplexity Service. Documents within the scope of this request also include documents sufficient to show the operations and functionality of any retrieval augmented generation techniques employed in the Perplexity Service. | Perplexity will produce documents sufficient to show what trains any model used in the Perplexity Service ~~Perplexity's model~~, but needs further clarification on how operations/functionality of any retrieval augmented generation techniques relate to this RFP/are relevant to the litigation. We understand you referred us to an ECF filing you suggested would provide further clarity as to this term, but have not found that to be particularly illuminating.<br><br>Google response: We directed you to Plaintiffs' explanation of the relevance of retrieval augmented generation, and respectfully, in view of how long Perplexity has been discussing these issues with Plaintiffs (but not with Google), and in view of the fact that you did not raise this on our call today, we take the request for further discussion about it to be an effort at delay. |
| Google RFP No. 11: Copies of any agreements and any amendments thereto in Perplexity AI's possession, custody, or control licensing content for use in connection with the Perplexity Service. | Perplexity will produce copies of any licensing content agreements ~~related to AI training purposes.~~ |
| Google RFP No. 12: Documents sufficient to show Perplexity AI's understanding of the relative competitive position of Generative AI Tools and AI Search Tools. Documents within the scope of this request include documents sufficient to show the relative download or usage rate of the Perplexity Service compared to other Generative AI Tools and/or AI Search Tools. | Perplexity will produce documents sufficient to show Perplexity's understanding of the relative market positions of generative AI tools or AI search tools (including its own position). |
| Google RFP No. 13: All minutes, recordings, summaries, or reports of meetings, whether formal or informal, of your company's (and each of its divisions' or subsidiaries') board of directors (including committees or subgroups), addressing or discussing:<br>o Search distribution;<br>o Competition, competitors, strategy, or market analysis in features, paid or unpaid, that appear in a Generative AI Tool or an AI Search Tool;<br>o Competition, competitors, strategy, or market analyses in generative artificial intelligence;<br>o Competition, competitors, strategy, or market | Perplexity will produce these board notes subject to redactions for nonresponsive confidential information. |

| | |
|---|---|
| analyses in search advertising; or<br>o Competition, competitors, strategy, or market analyses in digital advertising. | |
| Google RFP No. 14: From January 2023 to the present, separately by month, operating system, and device type, produce documents or data sufficient to show the total number of interactions with the Perplexity Service, both in aggregate and performed through each type of access point. | Perplexity will produce data sufficient to show the total number of interactions with Perplexity, both in aggregate and performed through each type of access point. |

**Grace Ramirez**
**Lewis & Llewellyn LLP | Attorney**
601 Montgomery Street, Suite 2000
San Francisco, CA 94111
628-246-2318
Admitted to NY and DC Bar Only
www.lewisllewellyn.com

This email may contain confidential and/or privileged information. If you received this email in error please delete and notify sender.

---

**From:** Khetarpal, Mihir <mkhetarpal@wc.com>
**Sent:** Wednesday, December 11, 2024 10:02 AM
**To:** Marc R. Lewis <MLewis@lewisllewellyn.com>; Zachary Flood <zflood@lewisllewellyn.com>; Grace Ramirez <gramirez@lewisllewellyn.com>
**Cc:** Greenblum, Benjamin <BGreenblum@wc.com>; Yeager, Christopher <CYeager@wc.com>
**Subject:** Perplexity's Response to Google's Subpoena

Zack and Grace,

Based on our conferral on Monday, we had expected to receive a further response from Perplexity in writing on Tuesday, confirming what it would, and would not, agree to produce. On today's call, you advised that you expected to produce everything Google requested, except with respect to RFPs 1 and 3. We asked for written confirmation in that regard by 2pm EST, which you indicated you would endeavor to do.

So that we are on the same page about what Perplexity is agreeing to, when you respond by 2pm, please note the following based on our Monday call, and confirm:

1. **Request 2**: Google and Perplexity AI have agreed that Perplexity AI will produce all documents responsive to Request 2 from August 5, 2024, onward. Please confirm your agreement.
2. **Request 4**: Perplexity AI agreed to produce documents responsive documents or data sufficient to show the daily active users of Perplexity Service on a monthly basis.
3. **Requests 5-7**: Perplexity AI agreed to produce documents responsive to these requests. Please confirm your agreement.
4. **Requests 8-9**: Google will review the documents Perplexity AI proposed to produce in its responses and objections with respect to these two requests, reserving its right to request further documents at a later time. Perplexity AI reserves the right to oppose further production.
5. **Requests 10-14**: You stated you would take these requests back to your client. Please confirm Perplexity AI agrees to comply with these RFPs in full.

With respect to RFPs 1 and 3:

6. **Request 1**: We have emphasized the need not just for the agreements, but for the communications with third parties regarding such agreements. You stated you would take this back to your client, but would not have an answer today. As discussed, we will need to brief that in today's JSR.
7. **Request 3**: You requested clarification as to whether the RFP was limited to mobile devices, and we indicated that it was not so limited. You stated that you would revert on this request.
8. **Timing of production:** We identified Requests 1 (to the extent of the agreements themselves), 5-7 and 10 as priority requests, and given that nothing of any kind had yet been produced, requested an agreement on compliance with those requests by December 20. You stated you would need to revert.

We proposed exchanging our respective position statements at 8:00 pm ET, and you agreed.

Thank you for your prompt attention to this matter.

-Mihir

**Mihir Khetarpal**
**Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
202-434-5082 | [mkhetarpal@wc.com](mkhetarpal@wc.com) | [www.wc.com](www.wc.com)

---

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.