IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA et al.,                                    PLAINTIFFS

V.                                          CIVIL ACTION NO. 1:20-cv-3010 (APM)

GOOGLE LLC,                                                          DEFENDANT

## NOTICE OF APPEARANCE

Please take notice that Lee Morris is authorized to practice in this court and hereby enters her appearance in the above-captioned matter as counsel on behalf of the State of Mississippi.

RESPECTFULLY SUBMITTED, this the 13th day of December, 2024.

FOR PLAINTIFF STATE OF MISSISSIPPI

LYNN FITCH
ATTORNEY GENERAL

*/s/ Lee Morris*
Lee Morris (MS Bar # 106843)
Mississippi Attorney General's Office
Post Office Box 220
Jackson, Mississippi  39205
(601) 359-9011
Lee.Morris@ago.ms.gov

## CERTIFICATE OF SERVICE

      I, Lee Morris, Special Assistant Attorney General and attorney for the State of Mississippi, do hereby certify that I have this date caused to be filed with the Clerk of the Court a true and correct copy of the above and foregoing via the Court's CM/ECF filing system which sent notification of such filing to all counsel of record.

      THIS the 13th day of December, 2024.

                                                */s/Lee Morris*
                                                LEE MORRIS