```
                  IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA, ET AL.,   )
                                    )
          Plaintiffs,               )
                                    )    CV No. 20-3010
       vs.                          )    Washington, D.C.
                                    )    December 13, 2024
GOOGLE LLC,                         )    12:00 p.m.
                                    )
          Defendant.                )
_____)
```

```
       TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS
            BEFORE THE HONORABLE AMIT P. MEHTA
               UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

For DOJ Plaintiffs:              David E. Dahlquist
                                 UNITED STATES
                                 DEPARTMENT OF JUSTICE
                                 Antitrust Division
                                 209 South LaSalle Street
                                 Suite 600
                                 Chicago, IL 60604
                                 (202) 805-8563
                                 Email:
                                 david.dahlquist@usdoj.gov

For Plaintiff
State Colorado:                  William F. Cavanaugh, Jr.
                                 PATTERSON BELKNAP
                                 WEBB & TYLER LLP
                                 1133 Avenue of the Americas
                                 Suite 2200
                                 New York, NY 10036-6710
                                 (212) 335-2793
                                 Email: wfcavanaugh@pbwt.com

                                 Jonathan Bruce Sallet
                                 COLORADO DEPARTMENT OF LAW
                                 Consumer Protection Section,
                                 Antitrust Unit
                                 Ralph L. Carr
                                 Colorado Judicial Center
                                 1300 Broadway
                                 Suite 7th Floor
                                 Denver, CO 80203
                                 (720) 508-6000
                                 Email: jon.sallet@coag.gov

For Defendant Google:            John E. Schmidtlein
                                 WILLIAMS & CONNOLLY LLP
                                 725 12th St., NW
                                 Washington, D.C. 20005
                                 (202) 434-5000
                                 Email: jschmidtlein@wc.com

APPEARANCES CONTINUED:

Court Reporter:                William P. Zaremba
                              Registered Merit Reporter
                              Certified Realtime Reporter
                              Official Court Reporter
                              E. Barrett Prettyman CH
                              333 Constitution Avenue, NW
                              Washington, D.C. 20001
                              (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

P R O C E E D I N G S

1

2          COURTROOM DEPUTY:  Good afternoon.  This Honorable

3   Court is now in session; the Honorable Amit P. Mehta now

4   presiding.

5          Your Honor, we are now calling for the record

6   Civil Action 20-3010, United States of America versus

7   Google LLC.

8          Representing the government and Plaintiff States

9   is David Dahlquist, William Cavanaugh, and Jonathan Sallet.

10         And representing Defendant Google is

11   John Schmidtlein.

12         And all parties are present remotely.

13         THE COURT:  Counsel, good afternoon.  And

14   thank you for your patience.  We were just wrapping up

15   another matter, I had to push this back, so thanks for your

16   indulgence.

17         All right.  So I'd set this down in light of the

18   status report that Google and OpenAI had jointly filed about

19   the subpoena and OpenAI's responses.

20         There were a couple of disputes, including

21   regarding the agreements, distribution agreements that

22   OpenAI has agreed to produce, but in terms of what format

23   and when was in dispute, and then issues concerning ESI

24   searches for individual custodians.

25         So why don't we -- Mr. Schmidtlein, do you want to

1    bring me up to speed on where things stand in the weeks

2    since the Joint Status Report was filed?

3            MR. SCHMIDTLEIN:  Yes, Your Honor.

4            We have now learned who the trial witness is from

5    OpenAI.  We got that on December 10th when plaintiffs filed

6    their amended witness list.

7            But we still have an issue over -- with respect to

8    the RFP Number 1 that talks about the distribution

9    agreements and the negotiation of those agreements.

10            THE COURT:  Right.

11            MR. SCHMIDTLEIN:  OpenAI's position remains that

12    they should not have to do an ESI sort of custodial search

13    in response to that, they should just have to produce the

14    agreements and then have some sort of meet-and-confer with

15    Google as to whether we need any custodial documents

16    surrounding the negotiation of those agreements.

17            And I think our position is, without even having

18    seen the actual final agreements, that we should be entitled

19    to see the back-and-forth and the terms and how they were

20    negotiated and the discussions between OpenAI and any third

21    parties, just as Google has had to produce very, very

22    similar types of ESI in connection with the negotiation of

23    its distribution agreements.

24            THE COURT:  Mr. Schmidtlein, can I ask you:

25    Have you had discussions with OpenAI about what that exactly

1    would look like?

2              I mean, I suspect, one, there are, A, potentially

3    lots of custodians whose, you know, electronic custodial

4    files would have something responsive, and then, two,

5    I suspect there's also a fair number of outside counsel who

6    are involved in the negotiation of those agreements, maybe,

7    maybe not.

8              But I mean, how far are you asking them to look

9    for information that might be responsive?

10             MR. SCHMIDTLEIN:  We're primarily looking for the

11   principal negotiators, communications and positions they've

12   taken sort of back and forth with the counter-party to the

13   agreement.

14             And we would certainly be, you know, in the

15   ordinary course, as I'm sure you can either glean from the

16   documents that got produced and some of the stuff you've

17   seen internally from Google, there's some amount of that

18   that goes back and forth with the party, there's some amount

19   of it that goes to internal, but those are the types of

20   things that, you know, we typically are able to resolve with

21   a discussion of custodians, a discussion around search

22   terms.

23             We haven't really even gotten there yet because

24   they haven't disclosed to us who the individuals involved

25   were.  We don't know.

1          We suspect that the trial witness that the

2    government has identified is not somebody who was involved

3    there, but we don't know that.

4          They've produced some limited information about

5    who the trial witnesses sort of direct reports were so we

6    can get some visibility into some of the people around that

7    witness, but we haven't gotten broader disclosure from them

8    around who was involved in the negotiations.

9          THE COURT:  Okay.

10         MR. SCHMIDTLEIN:  So we really --

11         THE COURT:  You're not in a position to say sort

12   of how many custodians this might impact at this point,

13   because you just don't have the information.

14         MR. SCHMIDTLEIN:  We don't.

15         What we don't want at this juncture -- and we're

16   not at a point where we're complaining about the scope of

17   what that would be.

18         What we're complaining about at this point, Judge,

19   is they're basically saying, we don't want to talk to you

20   about any of that until we have produced the agreements and

21   you've reviewed the agreements, because they seem to be

22   reserving potentially the position of, we shouldn't have to

23   produce any of that, we should just only have to produce the

24   agreements.

25         And our position is, no, we can't wait for that,

1   we're on a tight timeline, and so you've got to be

2   getting -- at least engaging with us so if we do have

3   disputes on a custodial production or a scope of one, we can

4   tee that up for Your Honor so that we can get moving on

5   getting those documents produced.

6           THE COURT:  And do you -- have you yet received

7   any of the agreements, or is that still in the pipeline?

8           MR. SCHMIDTLEIN:  We got one agreement or category

9   agreement with one counter-party.

10          I don't know that it's a distribution agreement,

11  really.  It's an agreement with another entity, Perplexity,

12  for -- late last night.

13          We have not gotten any of the underlying

14  distribution agreements, we've not gotten any of the

15  Microsoft agreements as of yet.

16          THE COURT:  Okay.

17          All right.  Mr. Ramani, what can you tell me about

18  where things are and your views on the custodial ESI

19  requests?

20          MR. RAMANI:  Your Honor, I'm happy to address

21  that.

22          Can I first, though, address what progress has

23  taken place since we were before Your Honor two weeks ago

24  shortly before Thanksgiving?  Because I think that context

25  is actually important here to understand where we are.

1          THE COURT:  Sure.

2          MR. RAMANI:  So OpenAI made a production last

3    night that Mr. Schmidtlein just referenced, and that

4    production includes documents that are responsive to the

5    majority of Google's requests.  So 6 out of their 11

6    requests.  We're not done.  We said we're going to produce

7    on a rolling basis, and so that production will continue

8    next week.

9          But to give Your Honor an idea of what the

10   production included, it included the Perplexity agreement,

11   as well as some related documents, download data pertinent

12   to user activity, daily active user data, audited financials

13   that Your Honor might recall you ordered the production of

14   up for 2022 and 2023, and a planning document that discusses

15   OpenAI's competitors' offerings.

16         We also, as was mentioned, identified who the

17   trial witness is going to be.  His name is Nick Turley.

18   He's the head of product for ChatGPT.

19         And Google's counsel asked us a couple of days ago

20   to provide his reporting lines, both his supervisor as well

21   as his direct reports, and so we provided that information

22   as well to have a free exchange back and forth.  We had

23   actually suggested that we meet and confer with Google about

24   Mr. Turley's ESI, but we never heard back.

25         But we have finished collecting that information

1    as of yesterday, and so...

2            THE COURT:  I'm sorry, what information are you

3    referring to specifically, Mr. Turley's ESI?

4            MR. RAMANI:  Mr. Turley's ESI, the person who's

5    going to be OpenAI's witness as called by the plaintiffs.

6    We've collected his email, as well as some additional

7    documents that there's system indication that he worked on.

8            And so we haven't had that meet-and-confer yet,

9    but we are, nonetheless, planning to work through that

10   material ourselves and propose some search terms to Google's

11   counsel next week so that we can jumpstart that progress.

12           THE COURT:  Are you -- I'm sorry, go ahead.

13           Well, let me ask you.

14           MR. DAHLQUIST:  No, no, go ahead, Your Honor.

15           THE COURT:  Are you in a position to represent the

16   extent to which Mr. Turley is involved, has been involved in

17   OpenAI's negotiations with Microsoft and others?

18           MR. RAMANI:  I'm not in a position to address

19   that, Your Honor, I'm sorry.

20           THE COURT:  Okay.

21           MR. RAMANI:  But what I can tell you is that

22   Mr. Turley is going to be in a position to address the

23   topics that the plaintiffs listed in their witness

24   disclosure, which includes, of course, the distribution

25   question, more fundamentally.

1           THE COURT:  Okay.

2           MR. RAMANI:  And so I think with that background,

3      Your Honor, that brings us to the ESI question.

4           And just to table set, the only request for which

5      ESI is pertinent is one of the requests of the 11.  There

6      are actually two, but for one of them we don't have a

7      dispute, we've already agreed to make that production.

8           So for Request 1, the request seeks all documents

9      and other communications with anybody related to

10     distribution of ChatGPT or Search GPT.

11          And Your Honor hit it exactly right.  That's a

12     pretty breathtakingly broad request, which is why we think

13     it would make sense to produce any agreement or agreements

14     first and then have a discussion, because, as

15     Mr. Schmidtlein said, it seems like what they're interested

16     in is the principal negotiators and the back-and-forth,

17     almost like there's some interest in parole evidence, but it

18     seems like you kind of need to look at the actual contract

19     first before you dig into some of those specifics.

20          But, nonetheless, they are going to get ESI from

21     us for Mr. Turley.  And so it does seem to us to make more

22     sense to produce those agreements, in parallel, produce

23     Mr. Turley's ESI, and then have further discussion.

24          THE COURT:  Can I ask you:  Do you have a date by

25     which you are intending to produce the remaining agreements?

```
1            MR. RAMANI:  So do you mean the agreements --
2   did you mean the Microsoft agreements as well, Your Honor?
3            THE COURT:  Those and any others that are covered
4   by the subpoena.
5            MR. RAMANI:  Yes.  We were expecting to finish
6   those in two weeks, by December 27th.
7            THE COURT:  Can I ask why that's taking so long?
8            MR. RAMANI:  It's taking a while, Your Honor, for
9   two main reasons.
10           One is that we have looked in central repositories
11  at OpenAI.
12           But OpenAI is still a startup.  So like many
13  startups, not everything is collected neatly in one spot,
14  and so it's taking some additional effort to try and find
15  them, which is why we can't really say that we are -- it's
16  hard for us to say that we're going to be done by a date
17  certain.
18           I can tell you, for example, we've produced the
19  Perplexity agreement.  We are gathering the Microsoft
20  agreements.  And I anticipate we'll be able to produce those
21  Microsoft agreements before then.
22           THE COURT:  I mean, you'll forgive me, but I can't
23  imagine that it's difficult to get your arms around the
24  Microsoft agreements.  I mean, you know, there may be
25  others, but this is one of your, if not key, partner, and
```

1    I would think that those agreements would be readily

2    identifiable and producible and ought not to take as long as

3    it has.

4            Look, you know, I understand as a third party I've

5    got to be mindful of the burdens that are being placed upon

6    you, and I understand the need to want and try to sequence

7    this in a way that seems logical.  But we, frankly, just

8    don't have the luxury of that time here.  You know, if this

9    was something that was unfolding in the merits phase, then

10   that might be a different question, but this -- these issues

11   really do need to get resolved sooner rather than later.

12           And so I mean, I am going to need a date from you

13   that's earlier than the 27th, much earlier than the 27th,

14   by which you can reasonably expect to substantially complete

15   the production of the agreements before I'll even consider

16   sequencing any ESI.

17           And if you're talking about the 27th, then that's

18   just not acceptable to me, because that falls right into the

19   middle of the holidays and even Mr. Schmidtlein might take a

20   day or two off.

21           MR. RAMANI:  How about the 20th, Your Honor?

22           THE COURT:  Okay.  Well --

23           MR. RAMANI:  Can I just say, on -- in particular

24   on the Microsoft agreements, my -- from Your Honor's order,

25   the Google lawyers are going to get those agreements on

1    Monday, at least from Microsoft, and so I would think that

2    they're going to have much of what they need.

3              THE COURT:  I'm sorry, the Microsoft agreements

4    will be produced on the 16th; that is, next Monday?

5              MR. RAMANI:  By Microsoft, yes.

6              THE COURT:  By Microsoft?

7              MR. RAMANI:  Yes.

8              Your Honor had ordered -- because Google is

9    getting it from both ends, right?

10             THE COURT:  Right.

11             MR. RAMANI:  So Your Honor had already ordered

12   Microsoft to make that production on Monday.

13             THE COURT:  Right.  Okay.

14             Look, here's what I'm going to ask you to do,

15   Mr. Ramani.  I'm going to ask you to try and substantially

16   complete production of the agreements by the 18th, okay?

17             In that time, I do need you to discuss with your

18   client to identify -- I don't know, what's a good number,

19   Mr. Schmidtlein -- five custodians that are perhaps most

20   involved in discussions about these agreements.

21             What number are you thinking about,

22   Mr. Schmidtlein?  Because, you know, that has to weigh in

23   terms of how quickly they can get this to you and the burden

24   you're placing on them.

25

1          MR. SCHMIDTLEIN:  Yeah, Your Honor.

2          I think five, the five people who are most

3    principally involved in the negotiation, and, you know, the

4    strategy or architecture around these agreements.

5          You oftentimes have sort of business development

6    people who are your outward-facing negotiators.  But behind

7    them, you oftentimes have the people who are significantly

8    involved in the strategy and the design of those.

9          I'm not asking for lawyers.  I'm talking about

10   principal businesspeople, because, you know, the DOJ may be

11   calling Mr. Turley, but we may want to call somebody else

12   who we think actually has pertinent information, and so we

13   need to get at those people's documents as well.

14          THE COURT:  Okay.

15          So I think, Mr. Ramani, I'm going to ask -- order

16   OpenAI to substantially complete the agreements by the 18th.

17   I'm going to ask you to report -- or inquire of your client

18   to identify five individuals within the company that are

19   most involved in the negotiation of the relevant agreements.

20          And then, Mr. Schmidtlein, you know, I don't know

21   how quickly you think you're going to be able to turn around

22   what you review, but it seems to me, based upon your review

23   of those agreements, you ought to have whatever search terms

24   you think you need.

25          Then there's the question of hit count and the

```
 1    like.  And, you know, I also think this is where we may run

 2    up against some privilege issues.

 3              So, you know, all of that needs to be taken into

 4    account in terms of how quickly you can get back what you

 5    want to get back.

 6              So maybe you've already given some thought to what

 7    those search strings would look like, but I'd urge you to

 8    limit those.

 9              And Mr. Ramani is then going to have to turn

10    around very quickly and get hit counts and see how much of a

11    demand these things are really going to place on OpenAI.

12              If you're talking about hundreds of thousands of

13    documents -- I'm not sure how many you're expecting and you

14    think is a reasonable amount for them to produce for your

15    needs.

16              MR. SCHMIDTLEIN:  We have given thought to search

17    terms, and we'll be in a position to pivot very, very

18    quickly on those to keep this process moving.

19              THE COURT:  All right.

20              MR. RAMANI:  Your Honor, if I could ask,

21    if Mr. Schmidtlein and his team already have given thought

22    to those terms, it seems like it would make sense for us to

23    get the benefit of that thinking in parallel with us trying

24    to identify who the custodians are.

25              The reason I'm raising that is, I fully understand
```

1    Your Honor's need for speed here.  OpenAI is shutting down

2    globally for the holidays the week of the 23rd and through

3    New Year's.  And so to the extent that we need to get

4    information related to any individuals before January,

5    we need to do it promptly.

6            MR. SCHMIDTLEIN:  Your Honor, we're happy to give

7    them preliminary thoughts on this.

8            Obviously, without knowing who they have

9    agreements with, because we're not just talking about

10   Perplexity and Microsoft, we're talking about efforts that

11   they've made to actually get their product distributed

12   through other third parties, device manufacturers, people

13   like that.

14           They've had the subpoena for two months.  I don't

15   for a second think that Mr. Ramani and his people can't

16   identify those five people immediately.

17           And what I don't want them doing is taking our

18   search terms and going and running them against a bunch of

19   people and then returning with five proposed people that are

20   minimally hit by the search terms.  I want to know who the

21   people are first.

22           THE COURT:  Well, if that's the concern, I think,

23   you know, I can order Mr. Ramani not to do that, and I don't

24   think he would.  And even if they were intending to do it,

25   I would be surprises if that was the intention.

1          But I can certainly, you know, order that the

2    search terms that are produced remain with counsel for

3    OpenAI, not to be shared with the client except to the

4    extent necessary to identify those custodians, and that

5    those search terms should not be run in the interest of

6    making determinations as to how many documents might be

7    returned from those search terms, at least not yet, okay?

8          MR. RAMANI:  That sounds good, Your Honor.

9          Yes, we wouldn't have any intention of doing that.

10   It's not like we're sitting on some trove of information

11   waiting for that information.

12         THE COURT:  All right.  So I think that takes care

13   of the two matters that were at the heart of the Joint

14   Status Report.

15         MR. SCHMIDTLEIN:  Your Honor --

16         THE COURT:  Yes.

17         MR. SCHMIDTLEIN:  -- the other issue, I think,

18   that is -- I think is still somewhat open is, with respect

19   to non-custodial ESI, so Mr. Ramani referred to the fact

20   that they had begun producing what we usually refer to as

21   go-get documents, sort of the data or documents sufficient

22   to show.

23         THE COURT:  Right.

24         MR. SCHMIDTLEIN:  And we started getting some of

25   that last night.

1          We've asked them to commit to a date for full

2   production of that, and they have -- they have not agreed to

3   a date.

4          I think the last I heard, and Mr. Ramani will

5   correct me if I've got this wrong.  We had asked, I think,

6   for a commitment that they be done by December 19th for,

7   again, the go-get type of stuff that they can -- you know,

8   they can grab and isolate and produce.

9          They said they were going to try to do that, but

10  they couldn't commit to doing it.  We don't know how much

11  additional information.  This rolling production just

12  started late last night, and we've just started putting

13  preliminary eyeballs on it.

14         We would ask that the Court enter an order of a

15  date by which they have to be complete on the non-custodial

16  ESI, because that's also an important component to keeping

17  this process moving.

18         THE COURT:  Mr. Ramani, what's your current best

19  estimate as to when those -- that production will be done;

20  that is, the remaining documents that are not ESI custodial

21  specific?

22         MR. RAMANI:  I was going to say the 27th,

23  Your Honor, but based on what Your Honor just said before,

24  maybe we can say the end of next week.

25

```
 1              THE COURT:  Okay.  All right.  So the 20th it is.

 2              Especially since your client is packing up for the

 3    holidays for a week, we've got to get it done by then.

 4              MR. RAMANI:  Yeah.  I wish I could give my people

 5    some time off, too, Your Honor.

 6              THE COURT:  Well --

 7              MR. RAMANI:  This may be good for everybody.

 8              THE COURT:  You can go back to your client and say

 9    everything has got to be done by the end of next week, maybe

10    your people will benefit too.

11              Okay.  Does that resolve everything,

12    Mr. Schmidtlein?

13              MR. SCHMIDTLEIN:  It does, Your Honor.  Thank you

14    for making time today.

15              THE COURT:  Great.

16              Mr. Dahlquist, Mr. Cavanaugh, anything you'd like

17    to share for the better good?

18              MR. DAHLQUIST:  Nothing here, Your Honor.

19              And thank the parties for working through it, and

20    thank you as well.

21              MR. CAVANAUGH:  Nothing for us, Your Honor.

22    Thank you.

23              THE COURT:  All right.  Thanks, everyone.

24    Enjoy your weekend and we'll see everybody soon.

25              (Proceedings concluded at 12:31 p.m.)
```

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__December 13, 2024____   _____

William P. Zaremba, RMR, CRR

COURTROOM
DEPUTY: [1]  4/2
MR. CAVANAUGH: [1]
20/21
MR. DAHLQUIST: [2]
10/14 20/18
MR. RAMANI: [19]
8/20 9/2 10/4 10/18
10/21 11/2 12/1 12/5
12/8 13/21 13/23 14/5
14/7 14/11 16/20 18/8
19/22 20/4 20/7
MR. SCHMIDTLEIN:
[13]  5/3 5/11 6/10 7/10
7/14 8/8 14/25 16/16
17/6 18/15 18/17 18/24
20/13
THE COURT: [34]

**1**

10036-6710 [1]  2/10
10th [1]  5/5
11 [2]  9/5 11/5
1133 [1]  2/9
12:00 [1]  1/6
12:31 [1]  20/25
12th [1]  2/19
13 [2]  1/5 21/7
1300 [1]  2/15
16th [1]  14/4
18th [2]  14/16 15/16
19th [1]  19/6

**2**

20-3010 [2]  1/4 4/6
20001 [1]  3/5
20005 [1]  2/20
202 [3]  2/5 2/20 3/5
2022 [1]  9/14
2023 [1]  9/14
2024 [2]  1/5 21/7
209 [1]  2/4
20th [2]  13/21 20/1
212 [1]  2/11
2200 [1]  2/10
23rd [1]  17/2
2793 [1]  2/11
27th [5]  12/6 13/13
13/13 13/17 19/22

**3**

3010 [2]  1/4 4/6
3249 [1]  3/5
333 [1]  3/4
335-2793 [1]  2/11
354-3249 [1]  3/5

**4**

434-5000 [1]  2/20

**5**

5000 [1]  2/20
508-6000 [1]  2/17

**6**

600 [1]  2/4
6000 [1]  2/17

6710 [1]  2/10

**7**

720 [1]  2/17
725 [1]  2/19
7th [1]  2/16

**8**

80203 [1]  2/16
805-8563 [1]  2/5
8563 [1]  2/5

**A**

able [3]  6/20 12/20
15/21
about [17]  4/18 5/8
5/25 7/4 7/16 7/18 7/20
8/17 9/23 13/17 13/21
14/20 14/21 15/9 16/12
17/9 17/10
above [1]  21/4
above-titled [1]  21/4
acceptable [1]  13/18
account [1]  16/4
Action [1]  4/6
active [1]  9/12
activity [1]  9/12
actual [2]  5/18 11/18
actually [5]  8/25 9/23
11/6 15/12 17/11
additional [3]  10/6
12/14 19/11
address [4]  8/20 8/22
10/18 10/22
afternoon [2]  4/2 4/13
again [1]  19/7
against [2]  16/2 17/18
ago [2]  8/23 9/19
agreed [3]  4/22 11/7
19/2
agreement [8]  6/13 8/8
8/9 8/10 8/11 9/10
11/13 12/19
agreements [35]
ahead [2]  10/12 10/14
aided [1]  3/7
AL [1]  1/3
all [9]  4/12 4/17 8/17
11/8 16/3 16/19 18/12
20/1 20/23
almost [1]  11/17
already [4]  11/7 14/11
16/6 16/21
also [4]  6/5 9/16 16/1
19/16
am [1]  13/12
amended [1]  5/6
AMERICA [2]  1/3 4/6
Americas [1]  2/9
AMIT [1]  1/9 4/3
amount [3]  6/17 6/18
16/14
another [2]  4/15 8/11
anticipate [1]  12/20
Antitrust [2]  2/3 2/14
any [12]  5/15 5/20 7/20
7/23 8/7 8/13 8/14

18/9
anybody [1]  11/9
anything [1]  20/16
APPEARANCES [2]
1/11 2/21
architecture [1]  15/4
are [34]
arms [1]  12/23
around [7]  6/21 7/6 7/8
12/23 15/4 15/21 16/10
as [24]
ask [10]  5/24 10/13
11/24 12/7 14/14 14/15
15/15 15/17 16/20
19/14
asked [3]  9/19 19/1
19/5
asking [2]  6/8 15/9
audited [1]  9/12
Avenue [2]  2/9 3/4

**B**

back [10]  4/15 5/19
6/12 6/18 9/22 9/24
11/16 16/4 16/5 20/8
background [1]  11/2
Barrett [1]  3/4
based [2]  15/22 19/23
basically [1]  7/19
basis [1]  9/7
be [29]
because [11]  6/23 7/13
7/21 8/24 11/14 13/14
14/8 14/22 15/10 17/9
19/16
been [1]  10/16
before [8]  1/9 8/23
8/24 11/19 12/21 13/15
17/4 19/23
begun [1]  18/20
behind [1]  15/6
being [1]  13/5
BELKNAP [1]  2/8
benefit [2]  16/23 20/10
best [1]  19/18
better [1]  20/17
between [1]  5/20
both [2]  9/20 14/9
breathtakingly [1]
11/12
bring [1]  5/1
brings [1]  11/3
broad [1]  11/12
broader [1]  7/7
Broadway [1]  2/15
Bruce [1]  2/12
bunch [1]  17/18
burden [1]  14/23
burdens [1]  13/5
business [1]  15/5
businesspeople [1]
15/10

**C**

call [1]  15/11
called [1]  10/5
calling [2]  4/5 15/11

can't [4]  7/25 12/15
12/22 17/15
care [1]  18/12
Carr [1]  2/14
category [1]  8/8
Cavanaugh [3]  2/8 4/9
20/16
Center [1]  2/15
central [1]  12/10
certain [1]  12/17
certainly [2]  6/14 18/1
Certified [1]  3/3
certify [1]  21/2
CH [1]  3/4
ChatGPT [2]  9/18
11/10
Chicago [1]  2/5
Civil [1]  4/6
client [5]  14/18 15/17
18/3 20/2 20/8
CO [1]  2/16
coag.gov [1]  2/17
collected [2]  10/6
12/13
collecting [1]  9/25
Colorado [3]  2/8 2/13
2/15
COLUMBIA [1]  1/1
commit [2]  19/1 19/10
commitment [1]  19/6
communications [2]
6/11 11/9
company [1]  15/18
competitors' [1]  9/15
complaining [2]  7/16
7/18
complete [4]  13/14
14/16 15/16 19/15
component [1]  19/16
computer [1]  3/7
computer-aided [1]
3/7
concern [1]  17/22
concerning [1]  4/23
concluded [1]  20/25
confer [3]  5/14 9/23
10/8
CONFERENCE [1]  1/9
connection [1]  5/22
CONNOLLY [1]  2/19
consider [1]  13/15
Constitution [1]  3/4
Consumer [1]  2/7
context [1]  8/24
continue [1]  9/7
CONTINUED [1]  3/1
contract [1]  11/18
correct [2]  19/5 21/3
could [2]  16/20 20/4
couldn't [1]  19/10
counsel [5]  4/13 6/5
9/19 10/11 18/2
count [1]  15/25
counter [2]  6/12 8/9
counter-party [2]  6/12
8/9
counts [1]  16/10

couple [2]  4/20 9/19
course [2]  6/15 10/24
COURT [5]  1/1 3/2 3/3
4/3 19/14
covered [1]  12/3
CRR [2]  21/2 21/8
current [1]  19/18
custodial [8]  5/12 5/15
6/3 8/3 8/18 18/19
19/15 19/20
custodians [7]  4/24
6/3 6/21 7/12 14/19
16/24 18/4
CV [1]  1/4

**D**

D.C [3]  1/5 2/20 3/5
Dahlquist [3]  2/2 4/9
20/16
daily [1]  9/12
data [3]  9/11 9/12
18/21
date [7]  11/24 12/16
13/12 19/11 19/3 19/15
21/7
David [2]  2/2 4/9
david.dahlquist [1]  2/6
day [1]  13/20
days [1]  9/19
December [5]  1/5 5/5
12/6 19/6 21/7
Defendant [1]  1/7 2/18
4/10
demand [1]  16/11
Denver [1]  2/16
DEPARTMENT [2]  2/3
2/13
design [1]  15/8
determinations [1]
18/6
development [1]  15/5
device [1]  17/12
did [1]  12/2
did you [1]  12/2
different [1]  13/10
difficult [1]  12/23
dig [1]  11/19
direct [2]  7/5 9/21
disclosed [1]  6/24
disclosure [2]  7/7
10/24
discuss [1]  14/17
discusses [1]  9/14
discussion [4]  6/21
6/21 11/14 11/23
discussions [3]  5/20
5/25 14/20
dispute [2]  4/23 11/7
disputes [2]  4/20 8/3
distributed [1]  17/11
distribution [7]  4/21
5/8 5/23 8/10 8/14
10/24 11/10
DISTRICT [3]  1/1 1/1
1/10
Division [1]  2/3
do [13]  4/25 5/12 8/2
8/6 11/24 12/1 13/11

**D**

do... [6] 14/14 14/17 17/5 17/23 17/24 19/9
do you [1] 8/6
Do you have [1] 11/24
document [1] 9/14
documents [13] 5/14 6/16 8/5 9/4 9/11 10/7 11/8 15/13 16/13 18/6 18/21 18/21 19/20
does [3] 11/21 20/11 20/13
doing [3] 17/17 18/9 19/10
DOJ [2] 2/2 15/10
don't [16] 4/25 6/25 7/3 7/13 7/14 7/15 7/19 8/10 11/6 13/8 14/18 15/20 17/14 17/17 17/23 19/10
done [6] 9/6 12/16 19/6 19/19 20/3 20/9
down [2] 4/17 17/1
download [1] 9/11

**E**

earlier [2] 13/13 13/13
effort [1] 12/14
efforts [1] 17/10
either [1] 6/15
electronic [1] 6/3
else [1] 15/11
email [5] 2/6 2/11 2/17 2/21 10/6
end [2] 19/24 20/9
ends [1] 14/9
engaging [1] 8/2
Enjoy [1] 20/24
Enjoy your [1] 20/24
enter [1] 19/14
entitled [1] 5/18
entity [1] 8/1
ESI [15] 4/23 5/12 5/22 8/18 9/24 10/3 10/4 11/3 11/5 11/20 11/23 13/16 18/19 19/16 19/20
Especially [1] 20/2
estimate [1] 19/19
ET [1] 1/3
even [5] 5/17 6/23 13/15 13/19 17/24
everybody [2] 20/7 20/24
everyone [1] 20/23
everything [3] 12/13 20/9 20/11
evidence [1] 11/17
exactly [2] 5/25 11/11
example [1] 12/18
except [1] 18/3
exchange [1] 9/12
expect [1] 13/14
expecting [2] 12/5 16/13
extent [3] 10/16 17/3 18/4
eyeballs [1] 19/13

**F**

facing [1] 15/6
fact [1] 18/19
fair [1] 6/5
falls [1] 13/18
far [1] 6/8
filed [3] 4/18 5/2 5/5
files [1] 6/4
final [1] 5/18
financials [1] 9/12
find [1] 12/14
finish [1] 12/5
finished [1] 9/25
first [4] 8/22 11/14 11/19 17/21
five [6] 14/19 15/2 15/2 15/18 17/16 17/19
Floor [1] 2/16
foregoing [1] 21/3
forgive [1] 12/22
format [1] 4/22
forth [5] 5/19 6/12 6/18 9/22 11/16
frankly [1] 13/7
free [1] 9/22
full [1] 19/1
fully [1] 16/25
fundamentally [1] 10/25
further [1] 11/23

**G**

gathering [1] 12/19
get [17] 7/6 8/4 11/20 12/23 13/11 13/25 14/23 15/13 16/4 16/5 16/10 16/23 17/3 17/11 18/21 19/7 20/3
getting [4] 8/2 8/5 14/9 18/24
give [3] 9/9 17/6 20/4
given [3] 16/6 16/16 16/21
glean [1] 6/15
globally [1] 17/2
go [5] 10/12 10/14 18/21 19/7 20/8
go ahead [2] 10/12 10/14
go-get [2] 18/21 19/7
goes [2] 6/18 6/19
going [19] 6/9 9/17 10/5 10/22 11/20 12/16 13/12 13/25 14/2 14/14 14/15 15/15 15/17 15/21 16/9 16/11 17/18 19/9 19/22
good [6] 4/2 4/13 14/18 18/8 20/7 20/17
GOOGLE [11] 1/6 2/18 4/7 4/10 4/18 5/15 5/21 6/17 9/23 13/25 14/8
Google LLC [1] 4/7
Google's [3] 9/5 9/19 10/10
got [8] 5/5 6/16 8/1 8/8 13/5 19/5 20/3 20/9
gotten [4] 6/23 7/7

government [2] 4/8 7/2
GPT [1] 11/10
grab [1] 19/8
Great [1] 20/15

**H**

had [11] 4/15 4/18 5/21 5/25 9/22 10/8 14/8 14/11 17/14 18/20 19/5
happy [2] 8/20 17/6
hard [1] 12/16
has [9] 4/22 5/21 7/2 8/22 10/16 13/3 14/22 15/12 20/9
have [34]
Have you [1] 5/25
haven't [4] 6/23 6/24 7/7 10/8
having [1] 5/17
he [2] 10/7 17/24
He's [1] 9/18
head [1] 9/18
heard [1] 9/24 19/4
heart [1] 18/13
here [4] 8/25 13/8 17/1 20/18
here's [1] 11/4
his [7] 9/17 9/20 9/20 9/21 10/6 16/21 17/15
hit [4] 11/11 15/25 16/10 17/20
holidays [3] 13/19 17/2 20/3
Honor [27]
Honor's [2] 13/24 17/1
HONORABLE [3] 1/9 4/2 4/3
how [14] 5/19 6/8 7/12 13/21 14/23 15/21 16/4 16/10 16/13 18/6 19/10
hundreds [1] 16/12

**I**

I am [1] 13/12
I can [3] 10/21 12/18 17/23
I can't [1] 12/22
I don't [5] 8/10 14/18 15/20 17/14 17/23
I had [1] 4/15
I mean [5] 6/2 6/8 12/22 12/24 13/12
I suspect [1] 6/5
I think [7] 5/17 8/24 15/2 18/17 18/18 19/4 19/5
I understand [1] 13/4
I want [1] 17/20
I was [1] 19/22
I would [3] 13/1 14/1 17/25
I'd [2] 4/17 16/7
I'll [1] 13/15
I'm [15] 6/15 8/20 10/2 10/12 10/18 10/19 14/3 14/14 14/15 15/9 15/15 15/17 16/13

I'm going [4] 14/14 14/15 15/15 15/17
I'm not [1] 15/9
I'm sorry [4] 10/2 10/12 10/19 14/3
I'm sure [1] 6/15
I've [2] 13/4 19/5
idea [1] 9/9
identifiable [1] 13/2
identified [2] 7/2 9/16
identify [5] 14/18 15/18 17/14 17/16 18/4
IL [1] 2/5
imagine [1] 12/23
immediately [1] 17/16
impact [1] 7/12
important [2] 8/25 19/16
included [2] 9/10 9/10
includes [2] 9/4 10/24
including [1] 4/20
indication [1] 10/7
individual [1] 4/24
individuals [3] 6/24 15/18 17/4
indulgence [1] 4/16
information [11] 6/9 7/4 7/13 9/21 9/25 10/2 15/12 17/4 18/10 18/11 19/11
inquire [1] 15/17
intending [2] 11/25 17/24
intention [2] 17/25 18/9
interest [2] 11/17 18/5
interested [1] 11/15
internal [1] 6/19
internally [1] 6/17
involved [6] 6/6 6/24 7/2 7/8 10/16 10/16 14/20 15/3 15/8 15/19
is [39]
isolate [1] 19/8
issue [2] 5/7 18/17
issues [3] 4/23 13/10 16/2
it [20] 6/19 9/10 11/11 11/13 11/15 11/17 11/21 13/3 14/9 15/22 16/22 16/22 17/5 17/24 19/10 19/13 20/1 20/3 20/13 20/19
it's [7] 8/10 8/11 12/8 12/14 12/15 12/23 18/10
its [1] 5/23

**J**

January [1] 17/4
John [2] 2/18 4/11
John Schmidtlein [1] 4/11
Joint [2] 5/2 18/13
jointly [1] 4/18
jon.sallet [1] 2/17
Jonathan [2] 2/12 4/9

jschmidtlein [1] 2/21
JUDGE [2] 1/10 7/18
Judicial [2] 2/15
jumpstart [1] 10/11
juncture [1] 7/15
just [14] 4/14 5/13 5/21 7/13 7/23 9/3 11/4 13/7 13/18 13/23 17/9 19/11 19/12 19/23
JUSTICE [1] 2/3

**K**

keep [1] 16/18
keeping [1] 19/16
key [1] 12/25
kind [1] 11/18
know [22]
knowing [1] 17/8

**L**

LaSalle [1] 2/4
last [5] 8/12 9/2 18/25 19/4 19/12
late [2] 8/12 19/12
later [1] 13/11
LAW [1] 2/13
lawyers [2] 13/25 15/9
learned [1] 5/4
least [3] 8/2 14/1 18/7
let [1] 10/13
light [1] 4/17
like [11] 6/1 11/15 11/17 11/18 12/12 16/1 16/7 16/22 17/13 18/10 20/16
limit [1] 16/8
limited [1] 7/4
lines [1] 9/20
list [1] 5/6
listed [1] 10/23
LLC [2] 1/6 4/7
LLP [2] 2/9 2/19
logical [1] 13/7
long [2] 12/7 13/2
look [6] 6/1 6/8 11/18 13/4 14/14 16/7
looked [1] 12/10
looking [1] 6/10
lots [1] 6/3
luxury [1] 13/8

**M**

made [2] 9/2 17/11
main [1] 12/9
majority [1] 9/5
make [5] 11/7 11/13 11/21 14/12 16/22
making [2] 18/6 20/14
manufacturers [1] 17/12
many [4] 7/12 12/12 16/13 18/6
material [1] 10/10
matter [2] 4/15 21/4
matters [1] 11/3
may [5] 12/24 15/10 15/11 16/1 20/7

**M**

maybe [5]  6/6 6/7 16/6 19/24 20/9
me [7]  5/1 8/17 10/13 12/22 13/18 15/22 19/5
mean [7]  6/2 6/8 12/1 12/2 12/22 12/24 13/12
mechanical [1]  3/6
meet [3]  5/14 9/23 10/8
MEHTA [2]  1/9 4/3
mentioned [1]  9/16
Merit [1]  3/2
merits [1]  13/9
Microsoft [13]  8/15 10/17 12/2 12/19 12/21 12/24 13/24 14/1 14/3 14/5 14/6 14/12 17/10
middle [1]  13/19
might [6]  6/9 7/12 9/13 13/10 13/19 18/6
mindful [1]  13/5
minimally [1]  17/20
Monday [3]  14/1 14/4 14/12
months [1]  17/14
more [2]  10/25 11/21
most [3]  14/19 15/2 15/19
moving [3]  8/4 16/18 19/17
Mr. [29]
Mr. Cavanaugh [1]  20/16
Mr. Dahlquist [1]  20/16
Mr. Ramani [9]  8/17 14/15 15/15 16/6 16/9 17/15 17/23 18/19 19/4 19/18
Mr. Schmidtlein [9]  4/25 5/24 9/3 11/15 13/19 14/19 14/22 15/20 20/12
Mr. Turley [4]  10/16 10/22 11/21 15/11
Mr. Turley's [4]  9/24 10/3 10/4 11/23
much [4]  13/13 14/2 16/10 19/10
my [2]  13/24 20/4

**N**

name [1]  9/17
neatly [1]  12/13
necessary [1]  18/4
need [12]  5/15 11/18 13/6 13/11 13/12 14/2 14/17 15/13 15/24 17/1 17/3 17/5
needs [2]  16/3 16/15
negotiated [1]  5/20
negotiation [6]  5/9 5/16 5/22 6/6 15/3 15/19
negotiations [2]  7/8 10/17
negotiators [3]  6/11 11/16 15/6
never [1]  9/24

next [5]  9/8 10/11 14/4 19/24 20/9
Nick [1]  9/17
night [4]  8/12 9/3 18/25 19/12
no [4]  1/4 7/25 10/14 10/14
non [2]  18/19 19/15
non-custodial [2]  18/19 19/15
nonetheless [1]  10/9 11/20
not [23]
Nothing [2]  20/18 20/21
now [4]  4/3 4/3 4/5 5/4
number [4]  5/8 6/5 14/18 14/21
NW [2]  2/19 3/4
NY [1]  2/10

**O**

Obviously [1]  17/8
off [2]  13/20 20/5
offerings [1]  9/15
Official [1]  3/3
oftentimes [2]  15/5 15/7
okay [11]  7/9 8/16 10/20 11/1 13/22 14/13 14/16 15/14 18/7 19/25 20/11
one [9]  6/2 8/3 8/8 8/9 11/5 11/6 12/10 12/13 12/25
only [2]  7/23 11/4
open [1]  18/18
OpenAI [12]  4/18 4/22 5/5 5/20 5/25 9/2 12/11 12/12 15/16 16/11 17/1 18/3
OpenAI's [5]  4/19 5/11 9/15 10/5 10/17
order [5]  13/24 14/15 17/23 18/1 19/14
ordered [2]  9/13 14/8 14/11
ordinary [1]  6/15
other [3]  11/9 17/12 18/17
others [3]  10/17 12/3 12/25
ought [2]  13/2 15/23
our [3]  5/17 7/25 17/17
ourselves [1]  10/10
out [1]  9/5
outside [1]  6/5
outward [1]  15/6
outward-facing [1]  15/6
over [1]  5/7

**P**

p.m [2]  1/6 20/25
packing [1]  19/12
parallel [2]  11/22 16/23
parole [1]  11/17

particular [1]  15/2
parties [4]  4/12 5/21 17/12 20/19
partner [1]  12/25
party [4]  6/12 6/18 8/9 13/4
patience [1]  4/14
PATTERSON [1]  2/8
pbwt.com [1]  2/11
people [12]  7/6 15/2 15/6 15/7 17/12 17/15 17/16 17/19 17/19 17/21 20/4 20/10
people's [1]  15/13
perhaps [1]  14/19
Perplexity [4]  8/11 9/10 12/19 17/10
person [1]  10/4
pertinent [2]  9/11 11/5 15/12
phase [1]  13/9
pipeline [1]  8/7
pivot [1]  16/17
place [2]  8/23 16/11
placed [1]  13/5
placing [1]  14/24
Plaintiff [2]  2/7 4/8
plaintiffs [5]  1/4 2/2 5/5 10/5 10/23
planning [2]  9/14 10/9
point [3]  7/12 7/16 7/18
position [5]  5/11 5/17 7/11 7/22 7/25 10/15 10/18 10/22 16/17
positions [1]  6/11
potentially [2]  6/7 7/22
preliminary [2]  17/7 19/13
present [1]  4/12
presiding [1]  4/4
pretty [1]  11/12
Prettyman [1]  3/4
primarily [1]  10/4
principal [3]  6/11 11/16 15/10
principally [1]  15/3
privilege [1]  16/2
proceedings [4]  1/9 3/6 20/25 21/4
process [2]  16/18 19/17
produce [13]  4/22 5/13 5/21 7/23 7/23 9/6 11/13 11/22 11/22 11/25 12/20 16/14 19/8
produced [8]  3/7 6/16 7/4 7/20 8/5 12/18 14/4 18/2
producible [1]  13/2
producing [1]  13/4
product [2]  9/18 17/11
production [13]  8/3 9/2 9/4 9/7 9/10 19/13 11/7 13/15 14/12 14/16 19/2 19/11 19/19
progress [2]  8/22 10/11

prompt [1]  15/18
propose [1]  10/10
proposed [1]  17/19
Protection [1]  2/13
provide [1]  9/20
provided [1]  9/21
push [1]  4/15
putting [1]  19/12

**Q**

question [4]  10/25 11/3 13/10 15/25
quickly [5]  14/23 15/21 16/4 16/10 16/18

**R**

raising [1]  16/25
Ralph [1]  2/14
Ramani [9]  8/17 14/15 15/15 16/9 17/15 17/23 18/19 19/4 19/18
rather [1]  13/11
readily [1]  11/1
really [6]  6/23 7/10 8/11 12/15 13/11 16/11
Realtime [1]  3/3
reason [1]  16/25
reasonable [1]  16/14
reasonably [1]  13/14
reasons [1]  12/9
recall [1]  9/13
received [1]  8/6
record [2]  4/5 21/3
recorded [1]  3/6
refer [1]  18/20
referenced [1]  19/3
referred [1]  18/19
referring [1]  10/3
regarding [1]  4/21
Registered [1]  3/2
related [3]  9/11 11/9 17/4
relevant [1]  15/19
remain [1]  18/2
remaining [2]  11/25 19/20
remains [1]  5/11
remotely [1]  4/12
report [2]  4/18 5/2 15/17 18/14
Reporter [3]  3/2 3/2 3/3 3/3
reporting [1]  9/20
reports [2]  7/5 9/21
repositories [1]  12/10
represent [1]  10/15
representing [2]  4/8 4/10
request [4]  11/4 11/8 11/8 11/12
requests [2]  8/19 9/5 9/6 11/5
reserving [1]  7/22
resolve [2]  6/20 20/11
resolved [1]  13/11
respect [2]  5/7 18/18
response [1]  5/13
responses [1]  4/19

responsive [3]  6/4 6/9 9/4
returned [1]  18/7
returning [1]  17/19
review [2]  15/22 15/22
reviewed [1]  7/21
RFP [1]  5/8
right [3]  4/17 5/10 8/17 11/11 13/18 14/9 14/10 14/13 16/19 18/12 18/23 20/1 20/23
RMR [2]  21/2 21/8
rolling [1]  9/7 19/11
run [2]  16/1 18/5
running [1]  17/18

**S**

said [4]  9/6 11/15 19/9 19/23
Sallet [2]  2/12 4/9
say [7]  7/11 12/15 12/16 13/23 19/22 19/24 20/8
saying [1]  7/19
Schmidtlein [12]  2/18 4/11 4/25 5/24 9/3 11/15 13/19 14/19 14/22 15/20 16/21 20/12
scope [2]  7/16 8/3
search [12]  5/12 6/21 10/10 11/10 15/23 16/7 16/16 17/18 17/20 18/2 18/5 18/7
searches [1]  4/24
second [1]  17/15
Section [1]  2/13
see [3]  5/19 16/10 20/24
seeks [1]  11/8
seem [2]  7/21 11/21
seems [5]  11/15 11/18 13/7 15/22 16/22
seen [2]  5/18 6/17
sense [3]  11/13 11/22 16/22
sequence [1]  13/6
sequencing [1]  13/16
session [1]  4/3
set [2]  4/17 11/4
share [1]  20/17
shared [1]  18/3
shortly [1]  8/24
should [5]  5/12 5/13 5/18 7/23 18/5
shouldn't [1]  7/22
show [1]  18/22
shutting [1]  17/1
significantly [1]  15/7
similar [1]  5/22
since [3]  5/2 8/23 20/2
sitting [1]  18/10
so [33]
so I think [3]  11/2 15/15 18/12
so it's [1]  12/14
some [18]  5/14 6/16 6/17 6/18 7/4 7/6 7/6

**S**

**some...** [11]  9/11 10/6 10/10 11/17 11/19 12/14 16/2 16/6 18/10 18/24 20/5
**somebody** [2]  7/2 15/11
**something** [2]  6/4 13/9
**somewhat** [1]  18/18
**soon** [1]  20/24
**sooner** [1]  13/11
**sorry** [4]  10/2 10/12 10/19 14/3
**sort** [7]  5/12 5/14 6/12 7/5 7/11 15/5 18/21
**sounds** [1]  18/8
**South** [1]  2/4
**specific** [1]  19/21
**specifically** [1]  10/3
**specifics** [1]  11/19
**speed** [2]  5/1 17/1
**spot** [1]  12/13
**St** [1]  2/19
**stand** [1]  5/1
**started** [3]  18/24 19/12 19/12
**startup** [1]  12/12
**startups** [1]  12/13
**State** [1]  2/8
**STATES** [6]  1/1 1/3 1/10 2/2 4/6 4/8
**status** [4]  1/9 4/18 5/2 18/14
**stenography** [1]  3/6
**still** [4]  5/7 8/7 12/12 18/18
**strategy** [2]  15/4 15/8
**Street** [1]  2/4
**strings** [1]  16/7
**stuff** [2]  6/16 19/7
**subpoena** [3]  4/19 12/4 17/14
**substantially** [3]  13/14 14/15 15/16
**sufficient** [1]  18/21
**suggested** [1]  9/23
**Suite** [3]  2/4 2/10 2/16
**supervisor** [1]  9/20
**sure** [3]  6/15 9/1 16/13
**surprises** [1]  17/25
**surrounding** [1]  5/16
**suspect** [3]  6/2 6/5 7/1
**system** [1]  10/7

**T**

**table** [1]  11/4
**take** [2]  13/2 13/19
**taken** [3]  6/12 8/23 16/3
**takes** [1]  18/12
**taking** [4]  12/7 12/8 12/14 17/17
**talk** [1]  7/19
**talking** [5]  13/17 15/9 16/12 17/9 17/10
**talks** [1]  5/8
**team** [1]  16/21
**tee** [1]  8/4

12/18
**terms** [14]  4/22 5/19 6/22 10/10 14/23 15/23 16/4 16/17 16/22 17/18 17/20 18/2 18/5 18/17
**than** [3]  13/11 13/13 13/13
**thank** [5]  4/14 20/13 20/19 20/20 20/22
**thank you** [3]  4/14 20/13 20/22
**thanks** [2]  4/15 20/23
**Thanksgiving** [1]  8/24
**that** [99]
**that's** [6]  11/11 12/7 13/13 13/17 17/22 19/16
**their** [4]  5/6 9/5 10/23 17/11
**them** [11]  6/8 7/7 11/6 12/15 14/24 15/7 16/14 17/7 17/17 17/18 19/11
**then** [13]  4/23 5/14 6/4 11/14 11/23 12/21 13/9 13/17 15/20 15/25 16/9 17/19 20/3
**there** [6]  4/20 6/2 6/23 7/3 11/5 12/24
**there's** [6]  6/5 6/17 6/18 10/7 11/17 15/25
**these** [4]  13/10 14/20 15/4 16/11
**they** [20]  5/12 5/13 5/19 6/24 7/21 11/20 14/2 14/23 17/8 17/24 18/20 19/2 19/2 19/6 19/7 19/8 19/9 19/9 19/10 19/15
**they're** [3]  7/19 11/15 14/2
**they've** [4]  6/11 7/4 17/11 17/14
**things** [4]  5/1 6/20 8/18 16/11
**think** [21]  5/17 8/24 11/2 11/12 13/1 14/1 15/2 15/12 15/15 15/21 15/24 16/1 16/14 17/15 17/22 17/24 18/12 18/17 18/18 19/4 19/5
**thinking** [2]  14/21 16/23
**third** [3]  5/20 13/4 17/12
**this** [19]  4/2 4/15 4/17 7/12 7/12 7/15 7/18 12/25 13/7 13/8 13/10 14/23 16/1 16/18 17/7 19/5 19/11 19/17 20/7
**those** [24]
**though** [1]  8/22
**thought** [3]  16/6 16/16 16/21
**thoughts** [1]  17/7
**thousands** [1]  16/12
**through** [4]  10/9 17/2 17/12 20/19

**time** [2]  13/8 14/17 20/5 20/14
**timeline** [1]  8/1
**titled** [1]  21/4
**today** [1]  20/14
**too** [2]  20/5 20/10
**topics** [1]  10/23
**transcript** [3]  1/9 3/6 21/3
**transcription** [1]  3/7
**trial** [4]  5/4 7/1 7/5 9/17
**trove** [1]  18/10
**try** [4]  12/14 13/6 14/15 19/9
**trying** [1]  16/23
**Turley** [5]  9/17 10/16 10/22 11/21 15/11
**Turley's** [4]  9/24 10/3 10/4 11/23
**turn** [2]  15/21 16/9
**two** [8]  6/4 8/23 11/6 12/6 12/9 13/20 17/14 18/13
**TYLER** [1]  2/9
**type** [1]  19/7
**types** [2]  5/22 6/19
**typically** [1]  6/20

**U**

**underlying** [1]  8/13
**understand** [4]  8/25 13/4 13/6 16/25
**unfolding** [1]  13/9
**Unit** [1]  2/14
**UNITED** [5]  1/1 1/3 1/10 2/2 4/6
**United States** [1]  4/6
**until** [1]  7/20
**up** [6]  4/14 5/1 8/4 9/14 16/2 20/2
**upon** [2]  13/5 15/22
**urge** [1]  16/7
**us** [10]  6/24 8/2 9/19 11/3 11/21 11/21 12/16 16/22 16/23 20/21
**usdoj.gov** [1]  2/6
**user** [2]  9/12 9/12
**usually** [1]  18/20

**V**

**versus** [1]  4/6
**very** [5]  5/21 5/21 16/10 16/17 16/17
**VIA** [1]  1/9
**views** [1]  8/18
**visibility** [1]  7/6
**vs** [1]  1/5

**W**

**wait** [1]  7/25
**waiting** [1]  18/11
**want** [8]  4/25 7/15 7/19 13/6 15/11 16/5 17/17 17/20
**was** [9]  4/23 5/2 7/2 7/8 9/16 13/9 13/9 17/25 19/22

**Washington** [2] 2/20 3/5
**way** [1]  13/7
**wc.com** [1]  2/21
**we** [63]
**we need** [1]  17/5
**we'll** [3]  12/20 16/17 20/24
**we're** [12]  6/10 7/15 7/16 7/18 8/1 9/6 9/6 12/16 17/6 17/9 17/10 18/10
**we've** [7]  8/14 10/6 11/7 12/18 19/1 19/12 20/3
**WEBB** [1]  2/9
**week** [6]  9/8 10/11 17/2 19/24 20/3 20/9
**weekend** [1]  20/24
**weeks** [3]  5/1 8/23 12/6
**weigh** [1]  14/22
**well** [11]  9/11 9/20 9/22 10/6 10/13 12/2 13/22 15/13 17/22 20/6 20/20
**were** [10]  4/14 4/20 5/19 6/25 7/5 8/23 12/5 17/24 18/13 19/9
**wfcavanaugh** [1]  2/11
**what** [20]  4/22 5/25 7/15 7/17 7/18 8/17 8/22 9/9 10/2 10/21 11/15 14/2 14/14 14/21 15/22 16/4 16/6 17/17 18/20 19/23
**what's** [2]  14/18 19/18
**whatever** [1]  15/23
**when** [3]  4/23 5/5 19/19
**where** [5]  5/1 7/16 8/18 8/25 16/1
**whether** [1]  5/15
**which** [8]  10/16 10/24 11/4 11/12 11/25 12/15 13/14 19/15
**while** [1]  12/8
**who** [14]  5/4 6/5 6/24 7/2 7/5 7/8 9/16 15/2 15/6 15/7 15/12 16/24 17/8 17/20
**who's** [1]  10/4
**whose** [1]  6/3
**why** [4]  4/25 11/12 12/7 12/15
**will** [5]  9/7 14/4 19/4 19/19 20/10
**William** [5]  2/8 3/2 4/9 21/2 21/8
**WILLIAMS** [1]  2/19
**wish** [1]  20/4
**within** [1]  15/18
**without** [2]  5/17 17/8
**witness** [5]  5/4 5/6 7/1 7/7 9/17 10/5 10/23
**witnesses** [1]  7/5
**work** [1]  10/9
**worked** [1]  10/7

**working** [1]  20/19
**would** [13]  6/1 6/4 6/14 7/17 11/13 13/1 13/1 14/1 16/7 16/22 17/24 17/25 19/14
**wouldn't** [1]  18/9
**wrapping** [1]  4/14
**wrong** [1]  19/5

**Y**

**Yeah** [2]  14/25 20/4
**Year's** [1]  17/3
**yes** [6]  5/3 12/5 14/5 14/7 18/9 18/16
**yesterday** [1]  10/1
**yet** [5]  6/23 8/6 8/15 10/8 18/7
**York** [1]  2/10
**you** [64]
**you know** [13]  6/3 6/14 6/20 12/24 13/4 14/22 15/3 15/20 16/1 16/3 17/23 18/1 19/3
**you'd** [1]  20/16
**you'll** [1]  12/22
**you're** [6]  7/11 13/17 14/24 15/21 16/12 16/13
**you've** [4]  6/16 7/21 8/1 16/6
**your** [44]
**Your Honor** [25]
**Your Honor's** [2]  13/24 17/1

**Z**

**Zaremba** [3]  3/2 21/2 21/8
**ZOOM** [1]  1/9