# United States Court of Appeals
## For The District of Columbia Circuit

---

**No. 24-5006**  **September Term, 2024**

1:20-cv-03010-APM

Filed On: December 18, 2024 [2090123]

United States of America, et al.,

    Appellees

    v.

Google LLC,

    Appellee

Brad Greenspan,

    Appellant

**M A N D A T E**

    In accordance with the order of September 16, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Daniel J. Reidy
Deputy Clerk

Link to the order filed September 16, 2024