# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5006**  **September Term, 2024**

**1:20-cv-03010-APM**

**Filed On:** September 16, 2024

United States of America, et al.,

    Appellees

  v.

Google LLC,

    Appellee

Brad Greenspan,

    Appellant

    **BEFORE:**    Pillard, Rao, and Childs, Circuit Judges

### O R D E R

Upon consideration of the motions to dismiss and for summary affirmance; this court's order issued June 17, 2024, directing appellant to file any responses to those motions within 10 days and warning that failure to do so could result in dismissal of the appeal for lack of prosecution; the motion for reconsideration of that order; and the motions to disqualify, the oppositions thereto, and the reply, it is

**ORDERED** that the motion for reconsideration be denied. It is

**FURTHER ORDERED**, on the court's own motion, that the appeal be dismissed for lack of prosecution. See D.C. Cir. Rule 38. It is

**FURTHER ORDERED** that the remaining motions be dismissed as moot.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5006**                  **September Term, 2024**

of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

                               **FOR THE COURT:**
                               Mark J. Langer, Clerk

                BY:     /s/
                               Selena R. Gancasz
                               Deputy Clerk