# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　　　　　　　Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |

## APPEARANCE OF COUNSEL

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Nonparty OpenAI, Inc.

Date: December 18, 2024

Respectfully submitted,

*/s/ Ashok Ramani*
Ashok Ramani (CA Bar No. 200020)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, CA 94063
ashok.ramani@davispolk.com
Tel:　(650) 752-2000
Fax:　(650) 752-2111

*Counsel for OpenAI, Inc.*