IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br>                              Plaintiffs, <br><br>     v. <br><br> GOOGLE LLC, <br><br>                              Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |

## APPEARANCE OF COUNSEL

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Nonparty OpenAI, Inc.

Date: December 18, 2024

Respectfully submitted,

*/s/ Serge A. Voronov*
Serge A. Voronov (CA Bar No. 298655)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, CA 94063
serge.voronov@davispolk.com
Tel:    (650) 752-2000
Fax:    (650) 752-2111

*Counsel for OpenAI, Inc.*