IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, et al.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Google LLC,<br><br>　　　　Defendants. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>Google LLC,<br><br>　　　　Defendant | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**NON-PARTY PERPLEXITY AI, INC.'S MOTION FOR ADMISSION PRO HAC VICE OF MARC R. LEWIS**

Pursuant to Local Civil Rule 83.2(c) of the Rules of the United States District Court for the District of Columbia, the undersigned as a sponsoring member of the Bar of this Court respectfully moves for admission and appearance of attorney Marc R. Lewis *pro hac vice* in the above-captioned matter as counsel for Non-Party Perplexity AI, Inc.

This motion is supported by the Declaration of Marc R. Lewis, filed herewith. As set forth in Mr. Lewis' Declaration, he is admitted and a member in good standing of the Bar of the State of California. This motion is supported and signed by Dana Evans Foster, an active and sponsoring member of the Bar of this Court.

Dated: December 18, 2024

Respectfully submitted,

By: _____
　　　Dana Evans Foster

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 18, 2024, the foregoing document was electronically submitted with the clerk of the court for the United States District Court, District of Columbia, using the electronic case file system of the court. The electronic case file system sent a "Notice of Electronic Filing" to all counsel of record.

                                    */s/ Marc R. Lewis*  
                                    Marc R. Lewis