# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, et al., <br><br> Plaintiff, <br><br> v.3 <br><br> Google LLC, <br><br> Defendants. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| State of Colorado, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Google LLC, <br><br> Defendant | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

## PROPOSED ORDER

At the District of Columbia this _____ day of December, 2024, having considered the Motion of Perplexity AI, Inc. seeking the admission pro hac vice of Marc R. Lewis (ECF No. ___), and the Declaration of Marc R. Lewis submitted in support of the Motion;

IT IS HEREBY ORDERED that the Motion is GRANTED.

_____
Hon. Amit P. Mehta
United States District Judge