IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA, ET AL.,    )
                                     )
          Plaintiffs,                )
                                     )    CV No. 20-3010
       vs.                           )    Washington, D.C.
                                     )    December 18, 2024
GOOGLE LLC,                          )    3:00 p.m.
                                     )
          Defendant.                 )
_____)


TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For DOJ Plaintiffs:              David E. Dahlquist
                                 UNITED STATES
                                 DEPARTMENT OF JUSTICE
                                 Antitrust Division
                                 209 South LaSalle Street
                                 Suite 600
                                 Chicago, IL 60604
                                 (202) 805-8563
                                 Email:
                                 david.dahlquist@usdoj.gov

For Plaintiff
State Colorado:                  Jonathan Bruce Sallet
                                 COLORADO DEPARTMENT OF LAW
                                 Consumer Protection Section,
                                 Antitrust Unit
                                 Ralph L. Carr
                                 Colorado Judicial Center
                                 1300 Broadway
                                 Suite 7th Floor
                                 Denver, CO 80203
                                 (720) 508-6000
                                 Email: jon.sallet@coag.gov

For Defendant Google:            John E. Schmidtlein
                                 WILLIAMS & CONNOLLY LLP
                                 725 12th St., NW
                                 Washington, D.C. 20005
                                 (202) 434-5000
                                 Email: jschmidtlein@wc.com

```
APPEARANCES CONTINUED:

Court Reporter:                William P. Zaremba
                               Registered Merit Reporter
                               Certified Realtime Reporter
                               Official Court Reporter
                               E. Barrett Prettyman CH
                               333 Constitution Avenue, NW
                               Washington, D.C. 20001
                               (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

1           P R O C E E D I N G S

2           COURTROOM DEPUTY:  Good afternoon.  This Honorable

3   Court is now in session; the Honorable Amit P. Mehta

4   presiding.

5           Your Honor, we are now calling for the record

6   Civil Action 20-3010, United States of America, et al.,

7   versus Google LLC.

8           Representing the Department of Justice is

9   David Dahlquist.

10          And representing the Plaintiff States is

11  Jonathan Sallet.

12          And representing Google LLC is John Schmidtlein.

13          Counsel is present remotely.

14          THE COURT:  All right, good afternoon, everyone.

15          I appreciate everybody's willingness to jump on so

16  quickly after our request.

17          So I wanted to just follow-up.

18          The parties, or I should say Google and

19  Perplexity, have submitted a Joint Status Report about

20  subpoena compliance a week ago, and so I wanted to check in

21  and see where things were and see if things were moving

22  forward or needed my nudge.

23          So, Mr. Schmidtlein, why don't we begin with you.

24          MR. SCHMIDTLEIN:  Thank you, Your Honor.

25          The parties have been -- have had some additional

1  conversations, but we, I think -- just as the Court did with

2  respect to OpenAI last week, I think we could use the

3  Court's nudging here to set some deadlines and to give some

4  certainty around particular of the issues that are still

5  outstanding between the parties.  And I'm happy to sort of

6  tick those off kind of where I think we are, if Your Honor

7  would like to hear that right now.

8          THE COURT:  If you would, please.  Thanks.

9          MR. SCHMIDTLEIN:  Okay.

10          Just as was the case with OpenAI, Google has

11  subpoenaed Perplexity for a series of agreements, and in

12  particular, just as we talked about the last time, we are

13  seeking distribution agreements that Perplexity has.  And

14  I believe they have agreed to produce -- and we've also

15  asked for custodial searches around the negotiation of those

16  agreements, just as we did with OpenAI.

17          We have two asks as to this RFP Number 1; one, as

18  to the agreements themselves, which I don't believe there's

19  any dispute about, we would ask for a date by which those

20  would be produced.  And as Your Honor may recall, you

21  ordered OpenAI to produce those documents by, I think,

22  actually today.

23          We would ask that Perplexity be ordered to produce

24  those documents, which, again, I don't think there's a

25  particular burden, we haven't obviously heard a burden

1    objection, but we ask that those be produced by Friday,

2    December 20th.

3            With respect to the custodial searches, I guess,

4    again, as you recall in our discussions with OpenAI, we kind

5    of reached a compromised next step, if you will, whereby you

6    ordered them to identify for us the five custodians that

7    were primarily or most primarily involved in the negotiation

8    of those agreements.

9            THE COURT:  Right.

10            MR. SCHMIDTLEIN:  Again, I believe that is due

11    today for OpenAI.

12            And that that would then provide kind of a launch

13    point for us to have the next round of conversations around

14    search terms and things like that.

15            We would ask that a similar order be put in place

16    for Perplexity to identify those five individuals, which,

17    again, I don't think should be some huge ask for them, but

18    we'd ask that that be done by this Friday as well.  You

19    also -- we also have -- so that would take care of, I think,

20    number -- RFP Number 1 for the moment.

21            You also -- we also had a conversation with you

22    last time about what I kind of refer to as the non-custodial

23    requests.  And the parties have met and conferred.  And

24    I think Perplexity has agreed to do a bunch of these go-get

25    documents sufficient to show data, sufficient to show types

1    of requests.  We don't have a date certain by which they

2    are -- they should be producing that stuff.

3            If you'll recall last time, they claimed that they

4    were further behind in terms of timing because of service

5    issues.

6            THE COURT:  Right.

7            MR. SCHMIDTLEIN:  OpenAI is supposed to produce

8    all that information, the non-custodial stuff, by Friday,

9    the 20th.

10           We would ask that Perplexity be ordered to produce

11   all of that non-custodial go-get type of information by

12   Friday, January the 3rd, again, accounting for they're on a

13   little bit of a delayed schedule for these issues.

14           And then, I guess the last issue that we have

15   relates to RFP Number 11, and this relates to

16   content-licensing agreements that we have asked for.

17           And, again, these are not custodial search --

18   ESI search, these are actual agreements.

19           THE COURT:  Right.

20           MR. SCHMIDTLEIN:  They have agreed to produce a

21   subset of those agreements, which is agreements that they

22   describe as related to AI-training purposes.

23           And our request was broader than that.

24   It included that, but it also included agreements whereby

25   they acquired content, for whatever purposes, for them to be

1    able to provide responsive information to search queries.

2            So Your Honor heard, as you will recall at trial

3    in the case, around the vertical search units that Google

4    had a whole variety of agreements acquiring data to provide

5    responses there.

6            We would like to get, from Perplexity, those same

7    types of agreements so we can evaluate and understand the

8    extent to which they are able to respond to general search

9    types of queries.

10            Again, we've met and conferred with Perplexity on

11    that, and their position is, is that information isn't

12    relevant, I believe is their position, and they will only

13    produce content-acquisition agreements that go to data used

14    for the -- for AI-training purposes.

15            So we have kind of a scope, relevance dispute on

16    that one.  That one, I believe, encompasses the issues that

17    are sort of teed up from our perspective.

18            THE COURT:  Can I ask you:  Is there -- maybe

19    I guess this could be, I suppose, better directed at counsel

20    for Perplexity, but is there a distinction -- the

21    distinction you've drawn, is that one that Perplexity itself

22    recognizes?

23            In other words, you're right that Google, what

24    I'll just call traditional search, incorporated things like

25    direct data feeds from, you know, sports scores, that kind

1    of thing, and to the extent Perplexity does something like

2    that, is that for something other than AI-training purposes?

3    Is that all going to the model, or does that come in through

4    a separate channel, for example?  If I am asking for a

5    current sports score on Perplexity, is that something that's

6    delivered through some other content-licensing agreement

7    other than something that's used to train AI, its AI models?

8            MR. SCHMIDTLEIN:  Yeah, we don't know the answer

9    to that, and this is part of what we're trying to get at.

10            THE COURT:  All right.

11            Well, let me turn then to Mr. Flood.

12            Maybe you can start with the last issue first and

13    help us understand if there is a distinction of the kind

14    that Mr. Schmidtlein is drawing in terms of

15    content-licensing agreements from Perplexity's perspective.

16            MR. FLOOD:  Certainly, Your Honor.

17            I can tell you that this is not going to be

18    controversial.  There may have just been some

19    miscommunication in the earlier parties' meet-and-confers

20    over what their goal was in seeking content-licensing

21    agreements.

22            I think as they actually clarified in their Joint

23    Status Report submission with one of their final paragraphs

24    regarding deals with content providers like, I believe it

25    was --

1                THE COURT:  *The Times* or --

2                MR. FLOOD:  -- the *Los Angeles Times*.  With that

3      clarification, we do not object to that.

4                And while I am not the right person to ask about

5      the technical distinctions they would draw between what's

6      for training purposes and what's for returning results,

7      I don't think we would contest the relevance of things that

8      were turned out in results.

9                So we actually do not intend to stand on that

10     objection any further, and we are in the process of

11     collecting those agreements for production right now.

12               THE COURT:  Okay.  Terrific.

13               So that then leads into the next question of,

14     by when would you be able -- when do you think you would be

15     able to substantially complete production of the content and

16     licensing agreements and any other non-custodial requests?

17               MR. FLOOD:  Well, I think there's a distinction

18     between what Google refers to as the distribution agreements

19     with respect to RFP 1, those have been on our radar from the

20     very beginning, and we've been making every effort to get

21     those as quickly as possible.

22               THE COURT:  Yeah.

23               To be clear, Mr. Flood, I'm just going sort of

24     backwards.

25               Mr. Schmidtlein had identified the distribution

1 agreements as a separate category from these sort of go-get

2 requests for which there's no date certain of production,

3 and so I'm lumping that category in with the

4 content-licensing agreements and asking by when you think

5 that could be substantially produced?

6          MR. FLOOD:  So the content-licensing agreements

7 and the documents sufficient to show category?

8          THE COURT:  Correct.

9          MR. FLOOD:  I think our initial intention was to

10 get that out in early January.

11          THE COURT:  Right.

12          MR. FLOOD:  I think counsel asked for a date

13 certain by January 3rd.

14          Just the nature of tech companies given that

15 everyone is about to disappear, I think we would certainly

16 feel more comfortable with January 10th; that's a date we

17 feel good about.

18          THE COURT:  Okay.

19          I guess the Valley doesn't work as much as lawyers

20 do in that time:  Everybody's taking off.

21          MR. SCHMIDTLEIN:  I wish I was taking off during

22 that time frame, Your Honor.

23          I'm sure you do -- well, I hope you are, but

24 I will not be, and I'm not sure we can wait until January

25 10th to -- for our experts to get all that data.

1          THE COURT:  Okay.

2          All right.  Well, let's put that -- a pin on that

3   for a moment in terms of dates.

4          Let's sort of then jump then to the distribution

5   agreements since we're just talking about production.

6          And I cut you off, Mr. Flood.  You were saying

7   you're in the process of doing that.

8          Do you have a date by which those agreements will

9   be -- these are the distribution agreements, will be

10  produced?

11         MR. FLOOD:  I will say there was initially some,

12  you know, not confusion, but some discussions that needed to

13  happen on our part to identify what exactly was responsive,

14  given the way that RFP Number 1 is framed.

15         We're talking about distribution agreements.

16  But I think the actual language in the RFP was a little

17  broader than that and referred to promotion, preinstallation

18  syndication, so that led to a little confusion.

19         But I think we are all on the same page with the

20  scope of the agreements that Google is looking for and that

21  we're willing to produce.

22         Our goal is by the end of this week to have

23  identified that full universe and to begin substantially

24  producing them by the end of this week and into next week.

25         I do not think the 20th is feasible, to be frank.

1           And our -- I think we would be aiming for a date

2    shortly after Christmas; I'm hoping their experts will not

3    be working over that time.  That seems more realistic to us.

4           And to that point, the documents sufficient to

5    show and to the content-licensing agreements, I can also

6    represent that we are producing everything we're getting on

7    a rolling basis.  We've already made a production earlier

8    this week.  I anticipate making another production either

9    today or tomorrow.

10          And, certainly, that would just be a final

11   backstop on when our productions would be complete.

12          THE COURT:  Okay.

13          All right.  Well, let's do this.  Let's go ahead

14   and just set some dates that, I think, are largely

15   consistent with the needs of both parties, recognizing that

16   there is some -- you know, some of the holidays slow things

17   down a little bit.

18          But if we could have the distribution agreements

19   produced by December 27th, which is a couple days after

20   Christmas, that would be ideal.

21          If the -- what -- the go-gets and the

22   content-licensing agreements by January the 8th, that would

23   be helpful as well.

24          Now, those are, of course, substantial completion

25   dates.  And so I'll ask, you know, Perplexity to do that,

1    with the understanding that if there's some, you know,

2    residual productions to be made, then okay.

3            But if we could stick to those dates, which

4    I think are consistent with what you're able to produce,

5    I think that's a sufficient time for Google to get what it

6    needs to for its experts.

7            MR. FLOOD:  Thank you, Your Honor.  I think those

8    dates work for us for substantial completion.

9            THE COURT:  Okay.

10           And then let's talk then about the custodial

11   searches.

12           As you may know, and Mr. Schmidtlein just sort of

13   summarized, with OpenAI, a similar dispute arose, and I

14   essentially ordered OpenAI to identify five custodians who

15   would be sort of primary actors in negotiating distribution

16   agreements, and so that Google could then provide you all

17   with search terms, search strings, to get a sense of burden

18   in producing the kinds of records that would hit from those

19   search terms.

20           So unless you are -- have a reason to object to

21   that same request, same order, what's a reasonable date by

22   which you think you could get those five names to Google?

23           MR. FLOOD:  Your Honor, if I could just back up

24   for a moment to provide a little bit of context as to why

25   our positioning might be slightly different than OpenAI's.

1          THE COURT:  Sure.

2          MR. FLOOD:  We listened in on the hearing on last

3    Friday, so we're familiar with what's going on with OpenAI.

4          Google has indicated to us during meet-and-confer

5    that they intend to serve a separate subpoena on the trial

6    witness named by the DOJ and by Google.

7          Our understanding is that the similar witness

8    who's named -- or for OpenAI was not one of the key parties

9    who was involved in negotiating the distribution agreements.

10          In the case of Perplexity, that individual

11    actually is one of -- Dmitry Shevelenko is one of the key

12    people who was involved, probably the key person.  And with

13    Perplexity being, you know, a slightly smaller company than

14    OpenAI, he would be the primary and most important person

15    for those purposes.

16          So if it is truly Google's intention to continue

17    to move forward with the subpoena directly to him, that

18    includes document requests, I think our position, and I'm

19    hoping that they would be amenable to this, is that we could

20    handle any custodial collection directly from Mr. Shevelenko

21    in the context of that subpoena.

22          And in saying that, I can represent that our

23    understanding is he would be the primary custodian for those

24    purposes right now.

25

1            THE COURT:  Okay.

2            Mr. Schmidtlein.

3            MR. SCHMIDTLEIN:  Your Honor, this may be the

4   witness that the DOJ has selected after they have spoken and

5   interviewed and evaluated people at Perplexity.  We have not

6   had that luxury.

7            And I don't believe that we should be confined to

8   who the DOJ has selected, just as the DOJ has not been

9   confined to only the people I select to be my witnesses at

10  trial.

11           So I absolutely believe they should have to

12  disclose the people who are primarily involved.

13           THE COURT:  I don't have any disagreement with

14  that.

15           I think the distinction, at least in my mind right

16  now, and maybe -- well, the distinction is that we now have

17  a representation -- this isn't simply -- it is who DOJ has

18  selected on -- but it's also -- it's the same person that

19  Perplexity has just represented is sort of a lead person who

20  would be involved in the kinds of negotiations that you're

21  looking for, and so one would hope that search of his

22  custodial file would produce the types of records that

23  you're seeking.

24           And so the question is, how many more people at a

25  smaller company do you think could have the kind of relevant

1    information that wouldn't turn up in a custodial search of

2    Mr. Shevelenko, I believe his name is, his files.  I think

3    that's the distinction in my mind that -- and whether we

4    still need five in light of that is the question I return to

5    you.

6             MR. SCHMIDTLEIN:  I mean, we're really in the dark

7    here, Your Honor.  We have no documents.  They've produced

8    two documents thus far.

9             THE COURT:  Right.

10            MR. SCHMIDTLEIN:  And I don't have insight into

11   this, but I do think us being limited to their say-so of one

12   person, I think, is not fair to Google at this point.

13            THE COURT:  Well, I don't have a great sense of

14   this in terms of volume of agreements.

15            I certainly know that OpenAI has, at some --

16   I believe at least in terms of certain metrics, some degrees

17   of magnitude larger than Perplexity.  I don't know whether

18   that is true in terms of distribution agreements, number of

19   employees, that sort of thing.

20            And so, you know, while a number that might be

21   appropriate for OpenAI given the size of its -- you know

22   given its size and its concerned market estimation,

23   estimated market evaluation, whether the same could be said

24   about Perplexity.

25            So I guess what I would say is this, which is:

```
1    Mr. Flood, do you have a sense from your approach of what a
2    negotiating team looks like at Perplexity with respect to
3    these distribution agreements?  Maybe it's one person, maybe
4    it's two.  Maybe you've got a whole group of people who are,
5    you know, business development folks who work on those types
6    of agreements.  Do you know as you sit here today?
7             MR. FLOOD:  My understanding is that
8    Mr. Shevelenko is the key person for purposes of that.
9             Based on my understanding, I believe there is
10   potentially one other person who could fall into that bucket
11   as well.
12            THE COURT:  Okay.
13            All right.  Well, so let's do this.  Why don't we
14   put the number at three in light of those representations.
15   And, Mr. Schmidtlein, if for some reason you think that's
16   not adequate, you'll let me know.
17            But I think based upon the representations of
18   counsel and, frankly, the shortened time period that we now
19   have to get these documents to you, reducing the number of
20   custodians is probably appropriate and probably the most
21   efficient thing to do to get you what you need as quickly as
22   it can be produced, okay?
23            And so, Mr. Flood, it sounds like you know at
24   least one of the other names.  Do you think you can produce
25   those -- a third name by the 20th?
```

1           MR. FLOOD:  I suspect that is the case,

2   Your Honor.

3           I'll have to circle with my client, but I don't

4   envision that being a problem.

5           THE COURT:  All right.

6           So let's set the deadline for that to be the 20th.

7   And, again, if there's an issue, let me know.

8           Okay.  Good.  So I think that takes care of the

9   various sort of four categories that Mr. Schmidtlein

10  identified; I think we have a deadline as to each.

11          Mr. Schmidtlein, is there anything else that we

12  need to address?

13          MR. SCHMIDTLEIN:  Thank you, Your Honor.

14  We appreciate the nudging.

15          THE COURT:  Okay.  Great.

16          Mr. Flood, anything from you?

17          MR. FLOOD:  There is just one final piece,

18  Your Honor.  I think this was briefly addressed with OpenAI

19  as well.

20          Just for purposes of your order, I understand it

21  to be a requirement that we substantially produce our

22  distribution agreements by the 27th.

23          There are notice provisions in those agreements

24  that would normally prohibit us from potentially moving on

25  that quick a timeline.

1          I would just ask that, to the extent there's a

2    Minute Order reflecting the Court's order, I make mention of

3    that for purposes of communicating our need to produce those

4    agreements to our counter-parties.

5          THE COURT:  Well, I guess what I would say to you

6    is as follows:  As much as I'd like to think I could provide

7    you with whatever indemnity and immunity you may think you

8    need, that I can't do.

9          But I can certainly make clear that the Court is

10   ordering you to produce by a date certain that would -- that

11   might be shorter than whatever notice periods that the

12   agreements contemplate.

13         MR. FLOOD:  Understood.  Thank you, Your Honor.

14         THE COURT:  All right.  Mr. Dahlquist, Mr. Sallet,

15   anything on behalf of the Department of Justice or the

16   Attorneys Generals?

17         MR. DAHLQUIST:  Nothing from us.

18         Thank you to everybody for your time.

19         MR. SALLET:  Nothing from us, Your Honor.

20   Thank you.

21         THE COURT:  Thanks very much, everyone, be well.

22         And enjoy the holidays, to those of you who I will

23   not be seeing again -- actually, just you, Mr. Flood;

24   I'll see this crowd tomorrow maybe.  Thanks.  Or Friday.

25         (Proceedings concluded at 3:26 p.m.)

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__December 18, 2024____    _____

                                    William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [1]** 4/2
**MR. DAHLQUIST: [1]** 20/17
**MR. FLOOD: [14]** 9/16 10/2 10/17 11/6 11/9 11/12 12/11 14/7 14/23 15/2 18/7 19/1 19/17 20/13
**MR. SALLET: [1]** 20/19
**MR. SCHMIDTLEIN: [11]** 4/24 5/9 6/10 7/7 7/20 9/8 11/21 16/3 17/6 17/10 19/13
**THE COURT: [27]**

**1**

**10th [2]** 11/16 11/25
**11 [1]** 7/15
**12th [1]** 2/1
**1300 [1]** 2/11
**18 [2]** 1/5 21/7

**2**

**20-3010 [2]** 1/4 4/6
**20001 [1]** 3/5
**20005 [1]** 2/15
**202 [3]** 2/5 2/16 3/5
**2024 [2]** 1/5 21/7
**209 [1]** 2/4
**20th [5]** 6/2 7/9 12/25 18/25 19/6
**27th [2]** 13/19 19/22

**3**

**3010 [2]** 1/4 4/6
**3249 [1]** 3/5
**333 [1]** 3/4
**354-3249 [1]** 3/5
**3:00 [1]** 1/6
**3:26 [1]** 20/25
**3rd [2]** 7/12 11/13

**4**

**434-5000 [1]** 2/16

**5**

**5000 [1]** 2/16
**508-6000 [1]** 2/12

**6**

**600 [1]** 2/4
**6000 [1]** 2/12
**60604 [1]** 2/5

**7**

**720 [1]** 2/12
**725 [1]** 2/15
**7th [1]** 2/11

**8**

**80203 [1]** 2/12
**805-8563 [1]** 2/5
**8563 [1]** 2/5
**8th [1]** 13/22

**able [5]** 8/1 8/8 10/14 10/15 14/4
**about [11]** 4/19 5/12 5/19 6/22 10/4 11/15 11/17 12/5 12/15 14/10 17/24
**above [1]** 21/4
**above-titled [1]** 21/4
**absolutely [1]** 16/11
**accounting [1]** 7/12
**acquired [1]** 7/25
**acquiring [1]** 8/4
**acquisition [1]** 8/13
**Action [1]** 4/6
**actors [1]** 14/15
**actual [2]** 7/18 12/16
**actually [5]** 5/22 9/22 10/9 15/11 20/23
**additional [1]** 4/25
**address [1]** 19/12
**addressed [1]** 19/18
**adequate [1]** 18/16
**after [4]** 4/16 13/2 13/19 16/4
**afternoon [2]** 4/2 4/14
**again [9]** 5/24 6/4 6/10 6/17 7/12 7/17 8/10 19/7 20/23
**ago [1]** 4/20
**agreed [3]** 5/14 6/24 7/20
**agreement [1]** 9/6
**agreements [39]**
**ahead [1]** 13/13
**AI [5]** 7/22 8/14 9/2 9/7 9/7
**AI-training [3]** 7/22 8/14 9/2
**aided [1]** 3/7
**aiming [1]** 13/1
**al [2]** 1/3 4/6
**all [13]** 4/14 7/8 7/11 9/3 9/10 11/25 12/2 12/19 13/13 14/16 18/13 19/5 20/14
**already [1]** 13/7
**also [8]** 5/14 6/19 6/19 6/21 6/21 7/24 13/5 16/18
**am [2]** 9/4 10/4
**amenable [1]** 15/19
**AMERICA [2]** 1/3 4/6
**AMIT [2]** 1/9 4/3
**Angeles [1]** 10/2
**another [1]** 13/8
**answer [1]** 9/8
**anticipate [1]** 13/8
**Antitrust [2]** 2/3 2/9
**any [5]** 5/19 10/10 10/16 15/20 16/13
**anything [3]** 19/11 19/16 20/15
**APPEARANCES [2]** 1/11 2/17
**appreciate [2]** 4/15 19/14
**approach [1]** 18/1

**appropriate [2]** 16/7 18/20
**are [21]** 4/5 5/4 5/6 5/12 7/2 7/17 7/18 8/8 8/17 10/10 11/23 12/9 12/19 13/6 13/14 13/24 14/4 14/20 16/12 18/4 19/23
**arose [1]** 14/13
**around [4]** 5/4 5/15 6/13 8/3
**as [32]**
**ask [11]** 5/19 5/23 6/1 6/15 6/17 6/18 7/10 8/18 10/4 13/25 20/1
**asked [3]** 5/15 7/16 11/12
**asking [2]** 9/4 11/4
**asks [1]** 5/17
**Attorneys [1]** 20/16
**Avenue [1]** 3/4

**B**

**back [1]** 14/23
**backstop [1]** 13/11
**backwards [1]** 10/24
**Barrett [1]** 3/4
**based [2]** 18/9 18/17
**basis [1]** 13/7
**be [43]**
**because [1]** 7/4
**been [5]** 4/25 9/18 10/19 10/20 16/8
**BEFORE [1]** 1/9
**begin [2]** 4/23 12/23
**beginning [1]** 10/20
**behalf [1]** 20/15
**behind [1]** 7/4
**being [3]** 15/13 17/11 19/4
**believe [15]** 5/14 5/18 6/10 8/12 8/16 9/24 16/7 16/11 17/2 17/16 18/9
**better [1]** 8/19
**between [3]** 5/5 10/5 10/18
**bit [3]** 7/13 13/17 14/24
**both [1]** 13/15
**briefly [1]** 19/18
**broader [2]** 7/23 12/17
**Broadway [1]** 2/11
**Bruce [1]** 2/8
**bucket [1]** 18/10
**bunch [1]** 6/24
**burden [3]** 5/25 5/25 14/17
**business [1]** 18/5

**C**

**call [1]** 8/24
**calling [1]** 4/5
**can [10]** 8/7 8/18 9/12 9/17 11/24 13/5 15/22 18/22 18/24 20/9
**can't [1]** 20/8
**care [2]** 6/19 19/8
**Carr [1]** 2/10

**case [4]** 4/5 10/6 17/20 19/1
**categories [1]** 9/9
**category [3]** 11/1 11/3 11/7
**Center [1]** 2/10
**certain [5]** 7/1 11/2 11/13 17/16 20/10
**certainly [5]** 9/16 11/15 13/10 17/15 20/9
**certainty [1]** 5/4
**Certified [1]** 3/3
**certify [1]** 21/2
**CH [1]** 3/3
**channel [1]** 9/4
**check [1]** 4/20
**Chicago [1]** 2/5
**Christmas [2]** 13/2 13/20
**circle [1]** 19/3
**Civil [1]** 4/6
**claimed [1]** 7/3
**clarification [1]** 10/3
**clarified [1]** 9/22
**clear [2]** 10/23 20/9
**client [1]** 19/3
**CO [1]** 2/12
**coag.gov [1]** 2/13
**collecting [1]** 10/11
**collection [1]** 15/20
**Colorado [3]** 2/8 2/8 2/10
**COLUMBIA [1]** 1/1
**come [1]** 9/3
**comfortable [1]** 11/16
**communicating [1]** 20/3
**companies [1]** 11/14
**company [2]** 15/13 16/25
**complete [2]** 10/15 13/11
**completion [2]** 13/24 14/8
**compliance [1]** 4/20
**compromised [1]** 6/5
**computer [1]** 3/7
**computer-aided [1]** 3/7
**concerned [1]** 17/22
**concluded [1]** 20/25
**confer [1]** 15/4
**CONFERENCE [1]** 1/9
**conferred [2]** 6/23 8/10
**confers [1]** 9/19
**confined [2]** 16/7 16/9
**confusion [2]** 12/12 12/18
**CONNOLLY [1]** 2/14
**consistent [2]** 13/15 14/4
**Constitution [1]** 3/4
**Consumer [1]** 2/9
**contemplate [1]** 20/12
**content [12]** 7/16 7/25 8/13 9/6 9/15 9/20 9/24 10/15 11/4 11/6 13/5 13/22

**content-acquisition [1]** 8/13
**content-licensing [8]** 7/16 9/6 9/15 9/20 11/4 11/6 13/5 13/22
**contest [1]** 10/7
**context [2]** 14/24 15/21
**continue [1]** 15/16
**CONTINUED [1]** 3/1
**controversial [1]** 9/18
**conversation [1]** 6/21
**conversations [2]** 5/1 6/13
**correct [2]** 11/8 21/3
**could [13]** 5/2 8/19 11/5 13/18 14/3 14/16 14/22 14/23 15/19 16/25 17/23 18/10 20/6
**counsel [4]** 4/13 8/19 11/12 18/18
**counter [1]** 20/4
**counter-parties [1]** 20/4
**couple [1]** 13/19
**course [1]** 13/24
**COURT [6]** 1/1 3/2 3/3 4/3 5/1 20/9
**Court's [2]** 5/3 20/2
**crowd [1]** 20/24
**CRR [2]** 21/2 21/8
**current [1]** 9/5
**custodial [11]** 5/15 6/3 6/22 7/8 7/11 7/17 10/16 14/10 15/20 16/22 17/1
**custodian [1]** 15/23
**custodians [3]** 6/6 14/14 18/20
**cut [1]** 12/6
**CV [1]** 1/4

**D**

**D.C [3]** 1/5 2/15 3/5
**Dahlquist [3]** 2/2 4/9 20/14
**dark [1]** 17/6
**data [5]** 6/25 8/4 8/13 8/25 11/25
**date [10]** 5/19 7/1 11/2 11/12 11/16 12/8 13/1 14/21 20/10 21/7
**dates [5]** 12/3 13/14 13/25 14/3 14/8
**David [2]** 2/2 4/9
**David Dahlquist [1]** 4/9
**david.dahlquist [1]** 2/6
**days [1]** 13/19
**deadline [2]** 19/6 19/10
**deadlines [1]** 5/3
**deals [1]** 7/8
**December [4]** 1/5 6/2 13/19 21/7
**Defendant [1]** 1/7 2/14
**degrees [1]** 17/16
**delayed [1]** 7/13
**delivered [1]** 9/6
**Denver [1]** 2/12

**D**

DEPARTMENT [4] 2/3 2/8 4/8 20/15
describe [1] 7/22
development [1] 18/5
did [2] 5/1 5/16
different [1] 14/25
direct [1] 8/25
directed [1] 8/19
directly [2] 15/17 15/20
disagreement [1] 16/13
disappear [1] 11/15
disclose [1] 16/12
discussions [2] 6/4 12/12
dispute [3] 5/19 8/15 14/13
distinction [7] 8/20 8/21 9/13 10/17 16/15 16/16 17/3
distinctions [1] 10/5
distribution [12] 5/13 10/18 10/25 12/4 12/9 12/15 13/18 14/15 15/9 17/18 18/3 19/22
DISTRICT [3] 1/1 1/1 1/10
Division [1] 2/3
Dmitry [1] 15/11
do [18] 6/24 10/3 10/9 10/14 11/20 11/23 12/8 12/25 13/13 13/25 16/25 17/11 18/11 18/6 18/13 18/21 18/24 20/8
do you have [2] 12/8 18/1
Do you know [1] 18/6
document [1] 15/18
documents [8] 5/21 5/24 6/25 11/7 13/4 17/7 17/8 18/19
does [2] 9/1 9/3
doesn't [1] 11/19
doing [1] 12/7
DOJ [6] 2/2 15/6 16/4 16/8 16/8 16/17
don't [14] 4/23 5/18 5/24 6/17 7/1 9/8 10/7 16/7 16/13 17/10 17/13 17/17 18/13 19/3
done [1] 6/18
down [1] 13/17
draw [1] 10/5
drawing [1] 9/14
drawn [1] 8/21
due [1] 6/10
during [2] 11/21 15/4

**E**

each [1] 19/10
earlier [2] 9/19 13/7
early [1] 11/10
efficient [1] 18/21
effort [1] 10/20
either [1] 13/8
else [1] 19/11
Email [3] 2/6 2/13 2/16

employees [1] 11/7
encompasses [1] 8/16
end [2] 12/22 12/24
enjoy [1] 20/22
envision [1] 19/4
ESI [1] 7/18
ESI search [1] 7/18
essentially [1] 14/14
estimated [1] 17/23
estimation [1] 17/22
et [2] 1/3 4/6
et al [1] 4/6
evaluate [1] 8/7
evaluated [1] 16/5
evaluation [1] 17/23
every [1] 10/20
everybody [1] 20/18
everybody's [2] 4/15 11/20
everyone [3] 4/14 11/15 20/21
everything [1] 13/6
exactly [1] 12/13
example [1] 9/4
experts [3] 11/25 13/2 14/6
extent [3] 8/8 9/1 20/1

**F**

fair [1] 17/12
fall [1] 18/10
familiar [1] 15/3
far [1] 17/8
feasible [1] 12/25
feeds [1] 8/25
feel [2] 11/16 11/17
file [1] 16/22
files [1] 17/2
final [3] 9/23 13/10 19/17
first [1] 9/12
five [5] 6/6 6/16 14/14 14/22 17/4
Flood [7] 9/11 10/23 12/6 18/1 18/23 19/16 20/23
Floor [1] 2/11
folks [1] 18/5
follow [1] 4/17
follow-up [1] 4/17
follows [1] 20/6
foregoing [1] 21/3
forward [2] 4/22 15/17
four [1] 19/9
frame [1] 11/22
framed [1] 12/14
frank [1] 12/25
frankly [1] 18/18
Friday [6] 6/1 6/18 7/8 7/12 15/3 20/24
full [1] 12/23
further [2] 7/4 10/10

**G**

general [1] 8/8
Generals [1] 20/16
get [13] 6/24 7/11 8/6 9/9 10/20 11/1 11/10

18/19 18/21
gets [1] 13/21
getting [1] 13/6
give [1] 5/3
given [4] 11/14 12/14 17/21 17/22
go [6] 6/24 7/11 8/13 11/1 13/13 13/21
go ahead [1] 13/13
go-get [3] 6/24 7/11 11/1
go-gets [1] 13/21
goal [2] 9/20 12/22
going [4] 9/3 9/17 10/23 15/3
good [4] 4/2 4/14 11/17 19/8
GOOGLE [16] 1/6 2/14 4/7 4/12 4/18 5/10 8/3 8/23 10/18 12/20 14/5 14/16 14/22 15/4 15/6 17/12
Google LLC [2] 4/7 4/12
Google's [1] 15/16
got [1] 18/4
great [2] 17/13 19/15
group [1] 18/4
guess [6] 6/3 7/14 8/19 11/19 17/25 20/5

**H**

had [5] 4/25 6/21 8/4 10/25 16/6
handle [1] 15/20
happen [1] 12/13
happy [1] 5/5
has [10] 9/10 5/13 6/24 15/4 16/4 16/8 16/8 16/17 16/19 17/15
have [32]
haven't [1] 5/25
he [2] 15/14 15/23
hear [1] 5/7
heard [2] 5/25 8/2
hearing [1] 15/2
help [1] 9/13
helpful [1] 13/23
here [3] 5/3 17/7 18/6
him [1] 15/17
his [3] 16/21 17/2 17/2
hit [1] 14/18
holidays [2] 13/16 20/22
Honor [16] 4/5 4/24 5/6 5/20 8/2 9/16 11/22 14/7 14/23 16/3 17/7 19/2 19/13 19/18 20/13 20/19
HONORABLE [3] 1/9 4/2 4/3
hope [2] 11/23 16/21
hoping [2] 13/2 15/19
how [1] 16/24
huge [1] 6/17

I am [1] 10/4
I believe [8] 5/14 6/10 8/12 8/16 9/24 17/2 17/16 18/9
I can [3] 9/17 13/5 15/22
I can't [1] 20/8
I don't [7] 5/18 5/24 6/17 10/7 16/7 17/17 19/3
I don't have [3] 16/13 17/10 17/13
I guess [6] 6/3 7/14 8/19 11/19 17/25 20/5
I hope [1] 11/23
I mean [1] 17/6
I should [1] 4/18
I think [22]
I understand [1] 19/20
I wanted [1] 4/17
I was [1] 11/21
I will [3] 11/24 12/11 20/22
I would [3] 17/25 20/1 20/5
I'd [1] 20/6
I'll [4] 8/24 13/25 19/3 20/24
I'll see [1] 20/24
I'm [7] 5/5 10/23 11/3 11/23 11/24 13/2 15/18
I'm just [1] 10/23
ideal [1] 13/20
identified [3] 10/25 12/23 19/10
identify [4] 6/6 6/16 12/13 14/14
IL [1] 2/5
immunity [1] 20/7
important [1] 15/14
included [2] 7/24 7/24
includes [1] 15/18
incorporated [1] 8/24
indemnity [1] 20/7
indicated [1] 15/4
individual [1] 15/10
individuals [1] 6/16
information [5] 7/8 7/11 8/1 8/11 17/1
initial [1] 11/9
initially [1] 12/11
insight [1] 17/10
intend [2] 10/9 15/5
intention [1] 11/9
interviewed [1] 16/5
involved [5] 6/7 15/9 15/12 16/12 16/20
is [54]
is there [2] 8/18 8/20
isn't [2] 8/11 16/17
issue [2] 7/14 9/12 19/7
issues [4] 5/4 7/5 7/13 8/16
it [9] 7/24 7/24 9/24 14/5 15/16 16/17 18/22

It included [1] 7/24
it's [4] 16/18 16/18 18/3 18/4
its [5] 9/7 14/6 17/21 17/22 17/22
itself [1] 8/21

**J**

January [6] 7/12 11/10 11/13 11/16 11/24 13/22
John [2] 2/14 4/12
John Schmidtlein [1] 4/12
Joint [2] 4/19 9/22
jon.sallet [1] 2/13
Jonathan [2] 2/8 4/11
Jonathan Sallet [1] 4/11
jschmidtlein [1] 2/16
JUDGE [1] 1/10
Judicial [1] 2/10
jump [2] 4/15 12/4
just [20] 4/17 5/1 5/10 5/12 5/16 8/24 9/18 10/23 11/14 12/5 13/10 13/14 14/12 14/23 16/8 16/19 19/17 19/20 20/1 20/23
JUSTICE [3] 2/3 4/8 20/15

**K**

key [4] 15/8 15/11 15/12 18/8
kind [8] 5/6 6/4 6/12 6/22 8/15 8/25 9/13 16/25
kinds [2] 14/18 16/20
know [17] 8/25 9/8 12/12 13/16 13/25 14/1 14/12 15/13 17/15 17/17 17/20 17/21 18/5 18/6 18/16 18/23 19/7

**L**

language [1] 12/16
largely [1] 13/14
larger [1] 17/17
LaSalle [1] 2/4
last [7] 5/2 5/12 6/22 7/3 7/14 9/12 15/2
launch [1] 6/12
LAW [1] 2/8
lawyers [1] 11/19
lead [1] 16/19
leads [1] 10/13
least [3] 16/15 17/16 18/24
led [1] 12/18
let [3] 9/11 18/16 19/7
let's [7] 12/2 12/4 13/13 13/13 14/10 18/13 19/6
licensing [9] 7/16 9/6 9/15 9/20 10/16 11/4 11/6 13/5 13/22

**L**

light [2] 17/4 18/14
like [9] 5/7 6/14 8/6 8/24 9/1 9/24 18/2 18/23 20/6
limited [1] 17/11
listened [1] 15/2
little [5] 7/13 12/16 12/18 13/17 14/24
LLC [3] 1/6 4/7 4/12
LLP [1] 2/14
looking [2] 12/20 16/21
looks [1] 18/2
Los [1] 10/2
Los Angeles [1] 10/2
lumping [1] 11/3
luxury [1] 16/6

**M**

made [2] 13/7 14/2
magnitude [1] 17/17
make [2] 20/2 20/9
making [2] 10/20 13/8
many [1] 16/24
market [2] 17/22 17/23
matter [1] 21/4
may [5] 5/20 9/18 14/12 16/3 20/7
maybe [7] 8/18 9/12 16/16 18/3 18/3 18/4 20/24
me [3] 9/11 18/16 19/7
mean [1] 17/6
mechanical [1] 3/6
meet [2] 9/19 15/4
MEHTA [2] 1/9 4/3
mention [1] 20/2
Merit [1] 3/2
met [2] 6/23 8/10
metrics [1] 17/16
might [3] 14/25 17/20 20/11
mind [2] 16/15 17/3
Minute [1] 20/2
miscommunication [1] 9/19
model [1] 9/3
models [1] 9/7
moment [3] 6/20 12/3 14/24
more [3] 11/16 13/3 16/24
most [3] 6/7 15/14 18/20
move [1] 15/17
moving [2] 4/21 19/24
Mr [2] 10/23 20/23
Mr. [18] 4/23 9/11 9/14 10/25 12/6 14/12 15/20 16/2 17/2 18/1 18/8 18/15 18/23 19/9 19/11 19/16 20/14 20/14
Mr. Dahlquist [1] 20/14
Mr. Flood [5] 9/11 12/6 18/1 18/23 19/16
Mr. Sallet [1] 20/14

**N**

name [2] 17/2 18/25
named [2] 15/6 15/8
names [2] 14/22 18/24
nature [1] 11/14
need [5] 17/4 18/21 19/12 20/3 20/8
needed [2] 4/22 12/12
needs [2] 13/15 14/6
negotiating [3] 14/15 15/9 18/2
negotiation [2] 5/15 6/7
negotiations [1] 16/20
next [4] 6/5 6/13 10/13 12/24
no [3] 1/4 11/2 17/7
non [4] 6/22 7/8 7/11 10/16
non-custodial [4] 6/22 7/8 7/11 10/16
normally [1] 19/24
not [16] 7/17 9/17 10/3 10/4 10/9 11/24 11/24 12/12 12/25 13/2 15/8 16/5 16/8 17/12 18/16 20/23
Nothing [2] 20/17 20/19
notice [2] 19/23 20/11
now [9] 4/3 4/5 5/7 10/11 13/24 15/24 16/16 16/16 18/18
nudge [1] 4/22
nudging [2] 5/3 19/14
number [9] 5/17 6/20 6/20 7/5 12/14 17/18 17/20 18/14 18/19
NW [2] 2/15 3/4

**O**

object [2] 10/3 14/20
objection [2] 6/1 10/10
obviously [1] 5/25
off [4] 5/6 11/20 11/21 12/6
Official [1] 3/3
okay [12] 5/9 10/12 11/18 12/1 13/12 14/2 14/9 15/25 18/12 19/22 19/8 19/15
one [14] 5/17 8/16 8/16 8/21 9/23 15/8 15/11 15/11 16/21 17/11 18/3 18/10 18/24 19/17
only [2] 8/12 16/9
OpenAI [15] 5/2 5/10 5/16 6/24 6/11 7/7

OpenAI's [1] 14/25
order [5] 6/15 14/21 19/20 20/2 20/2
ordered [5] 5/21 5/23 6/6 7/10 14/14
ordering [1] 20/10
other [7] 8/23 9/2 9/6 9/7 10/16 18/10 18/24
our [18] 4/16 6/4 7/23 8/17 10/19 11/9 11/25 12/13 12/22 13/1 13/11 14/25 15/7 15/18 15/22 19/21 20/3 20/10
out [2] 10/8 11/10
outstanding [1] 5/5
over [2] 9/20 13/3

**P**

p.m [2] 1/6 20/25
page [1] 12/19
paragraphs [1] 9/23
part [2] 9/9 12/13
particular [3] 5/4 5/12 5/25
parties [7] 4/18 4/25 5/5 6/23 13/15 15/8 20/4
parties' [1] 9/19
people [6] 15/12 16/5 16/9 16/12 16/24 18/4
period [1] 18/18
periods [1] 20/11
Perplexity [21] 4/19 5/11 5/13 5/23 6/16 6/24 7/10 8/6 8/10 8/20 8/21 9/1 9/5 13/25 15/10 15/13 16/5 16/19 17/17 17/24 18/2
Perplexity's [1] 9/15
person [9] 10/4 15/12 15/14 16/18 16/19 17/12 18/3 18/8 18/10
perspective [2] 8/17 9/15
piece [1] 19/17
pin [1] 12/2
place [1] 6/15
Plaintiff [2] 2/7 4/10
Plaintiffs [1] 1/4 2/2
please [1] 5/8
point [3] 6/13 13/4 17/12
position [3] 8/11 8/12 15/18
positioning [1] 14/25
possible [1] 10/21
potentially [2] 18/10 19/24
preinstallation [1] 12/17
present [1] 4/13
presiding [1] 4/4
Prettyman [1] 3/4
primarily [3] 6/7 6/7 6/12

primary [1] 14/23
probably [3] 15/12 18/20 18/20
problem [1] 19/4
proceedings [4] 1/9 3/6 20/25 21/4
process [2] 10/10 12/7
produce [14] 5/14 5/21 5/23 7/7 7/10 7/20 8/13 12/21 14/4 16/22 18/24 19/21 20/3 20/10
produced [8] 3/7 5/20 6/1 11/5 12/10 13/19 17/7 18/22
producing [4] 7/2 12/24 13/6 14/18
production [6] 10/11 10/15 11/2 12/5 13/7 13/8
productions [2] 13/11 14/2
prohibit [1] 19/24
promotion [1] 12/17
Protection [1] 2/9
provide [6] 6/12 8/1 8/4 14/16 14/24 20/6
providers [1] 9/24
provisions [1] 19/23
purposes [10] 7/22 7/25 8/14 9/2 10/6 15/15 15/24 18/8 19/20 20/3
put [3] 6/15 12/2 18/14

**Q**

queries [2] 8/1 8/9
question [3] 10/13 16/24 17/4
quick [1] 19/25
quickly [3] 4/16 10/21 18/21

**R**

radar [1] 10/19
Ralph [1] 2/10
reached [1] 6/5
realistic [1] 13/3
really [1] 17/6
Realtime [1] 3/3
reason [2] 14/20 18/15
reasonable [1] 14/21
recall [4] 5/20 6/4 7/3 8/2
recognizes [1] 8/22
recognizing [1] 13/15
record [2] 4/5 21/3
recorded [1] 3/6
records [2] 14/18 16/22
reducing [1] 18/19
refer [1] 6/22
referred [1] 12/17
refers [1] 10/18
reflecting [1] 20/2
regarding [1] 9/24
Registered [1] 3/2
related [1] 7/22

relates [2] 7/15 7/15
relevance [2] 8/15 10/7
relevant [2] 8/12 16/25
remotely [1] 4/13
Report [2] 4/19 9/23
Reporter [4] 3/2 3/2 3/3 3/3
represent [2] 13/6 15/22
representation [1] 16/17
representations [2] 18/14 18/17
represented [1] 16/19
representing [3] 4/8 4/10 4/12
request [3] 4/16 7/23 14/21
requests [5] 6/23 7/1 10/16 11/2 15/18
requirement [1] 19/21
residual [1] 14/2
respect [4] 5/2 6/3 10/19 18/2
respond [1] 8/8
responses [1] 8/5
responsive [2] 8/1 12/13
results [2] 10/6 10/8
return [1] 17/4
returning [1] 18/16
RFP [6] 5/17 6/20 7/15 10/19 12/14 12/16
right [18] 4/14 5/7 6/9 7/6 7/19 8/23 9/10 10/4 10/11 11/11 12/2 13/3 15/24 16/15 17/9 18/13 19/5 20/14
RMR [2] 21/2 21/8
rolling [1] 13/7
round [1] 6/13

**S**

said [1] 17/23
Sallet [3] 2/8 4/11 20/14
same [6] 8/6 12/19 14/21 14/21 16/18 17/23
say [5] 4/18 12/11 17/11 17/25 20/5
say-so [1] 17/11
saying [2] 12/6 15/22
schedule [1] 7/13
Schmidtlein [10] 2/14 4/12 4/23 9/14 10/25 14/12 16/2 18/15 19/9 19/11
scope [2] 8/15 12/20
score [1] 9/5
scores [1] 8/25
search [12] 6/14 7/17 7/18 8/1 8/3 8/8 8/24 14/17 14/17 14/19 16/21 17/1
searches [3] 5/15 6/23 14/11
Section [1] 2/9

**S**
see [3] 4/21 4/21 20/24
seeing [1] 20/23
seeking [3] 5/13 9/20 16/23
seems [1] 13/3
select [1] 16/9
selected [3] 16/4 16/8 16/18
sense [3] 14/17 17/13 18/1
separate [3] 9/4 11/1 15/5
series [1] 5/11
serve [1] 15/5
service [1] 7/4
session [1] 4/3
set [3] 5/3 13/14 19/6
Shevelenko [4] 15/11 15/20 17/2 18/8
shortened [1] 18/18
shorter [1] 20/11
shortly [1] 13/2
should [5] 4/18 6/17 7/2 16/7 16/11
show [4] 6/25 6/25 11/7 13/5
similar [3] 6/15 14/13 15/7
simply [1] 16/17
since [1] 12/5
sit [1] 18/6
size [2] 17/21 17/22
slightly [2] 14/25 15/13
slow [1] 13/16
smaller [2] 15/13 16/25
so [28]
So I think [1] 19/8
some [15] 4/25 5/3 5/3 6/17 9/6 9/18 12/11 12/12 13/14 13/16 13/16 14/1 17/15 17/16 18/15
something [4] 9/1 9/2 9/5 9/7
sort [10] 5/5 8/17 10/23 11/1 12/4 14/12 14/15 16/19 17/19 19/9
sounds [1] 18/23
South [1] 2/4
spoken [1] 16/4
sports [2] 8/25 9/5
St [1] 2/15
stand [1] 10/9
start [1] 9/12
State [1] 2/8
STATES [6] 1/1 1/3 1/10 2/2 4/6 4/10
STATUS [3] 1/9 4/19 9/23
stenography [1] 3/6
step [1] 6/5
stick [1] 14/3
still [2] 5/4 17/4
Street [1] 2/4
strings [1] 14/17
stuff [2] 7/2 7/8
submission [1] 9/23

subpoena [4] 4/20 15/5 15/17 15/21
subpoenaed [1] 5/11
subset [1] 7/21
substantial [2] 13/24 14/8
substantially [4] 10/15 11/5 12/23 19/21
sufficient [5] 6/25 6/25 11/7 13/4 14/5
Suite [2] 2/4 2/11
summarized [1] 14/13
suppose [1] 8/19
supposed [1] 7/7
sure [5] 11/23 11/24 15/1
suspect [1] 19/1
syndication [1] 12/18

**T**
take [1] 6/19
takes [1] 19/8
taking [2] 11/20 11/21
talk [1] 14/10
talked [1] 5/12
talking [2] 12/5 12/15
team [1] 18/2
tech [1] 11/14
technical [1] 10/5
teed [1] 8/17
tell [1] 9/17
terms [9] 6/14 7/4 9/14 12/3 14/17 14/19 17/14 17/16 17/18
Terrific [1] 10/12
than [8] 7/23 9/2 9/7 12/17 14/25 15/13 17/17 20/11
Thank [6] 4/24 14/7 19/13 20/13 20/18 20/20
Thank you [5] 4/24 14/7 20/13 20/18 20/20
Thanks [3] 5/8 20/21 20/24
that [125]
that's [6] 9/5 9/7 11/16 14/5 17/3 18/15
their [7] 8/11 8/12 9/20 9/22 9/23 13/2 17/11
them [4] 6/6 6/17 7/25 12/24
themselves [1] 5/18
then [10] 6/12 7/14 9/11 10/13 12/4 12/14 14/2 14/10 14/10 14/16
there [11] 8/5 8/18 8/20 9/13 9/18 12/11 13/16 18/9 19/11 19/17 19/23
there's [7] 5/18 5/24 10/17 11/2 14/1 19/7 20/1
these [8] 6/24 7/13 7/17 7/18 11/1 12/9 18/3 18/19
they [16] 5/14 7/1 7/2 7/3 7/3 7/20 7/21 7/25

15/19 16/4 16/11
they're [1] 7/12
They've [1] 17/7
thing [3] 9/1 17/19 18/21
things [6] 4/21 4/21 6/14 8/24 10/7 13/16
think [39]
third [1] 18/25
this [21] 4/2 5/7 5/17 6/18 7/15 8/19 9/9 9/17 12/22 12/24 13/8 13/13 15/19 16/3 16/17 17/11 17/12 17/14 17/25 18/13 19/18 20/24
those [27]
three [1] 18/14
through [2] 9/3 9/6
thus [1] 17/8
tick [1] 5/6
time [9] 5/12 6/22 7/3 11/20 11/22 13/3 14/5 18/18 20/18
timeline [1] 19/25
Times [2] 10/1 10/2
timing [1] 7/4
titled [1] 21/4
today [4] 5/22 6/11 13/9 18/6
tomorrow [2] 13/9 20/24
traditional [1] 8/24
train [1] 9/7
training [4] 7/22 8/14 9/2 10/6
transcript [3] 1/9 3/6 21/3
transcription [1] 3/7
trial [3] 8/2 15/5 16/10
true [1] 17/18
truly [1] 15/16
trying [1] 9/9
turn [2] 9/11 17/1
turned [1] 10/8
two [3] 5/17 17/8 18/4
type [1] 7/11
types [5] 6/25 8/7 8/9 16/22 18/5

**U**
understand [3] 8/7 9/13 19/20
understanding [5] 14/1 15/7 15/23 18/7 18/9
Understood [1] 20/13
Unit [1] 2/9
UNITED [5] 1/1 1/3 1/10 2/2 4/6
United States of [1] 4/6
units [1] 8/3
universe [1] 12/23
unless [1] 14/20
until [1] 11/24
up [14] 4/17 8/17 14/23 17/1

us [10] 6/6 6/13 9/13 13/3 14/8 15/4 17/11 19/24 20/17 20/19
usdoj.gov [1] 2/6
use [1] 5/2
used [2] 8/13 9/7

**V**
Valley [1] 11/19
variety [1] 8/4
various [1] 19/9
versus [1] 4/7
vertical [1] 8/3
very [2] 10/20 20/21
VIA [1] 1/9
volume [1] 17/14
vs [1] 1/5

**W**
wait [1] 11/24
wanted [2] 4/17 4/20
was [5] 5/10 7/23 9/20 9/25 11/9 11/21 12/11 12/13 12/16 15/8 15/9 15/12 19/18
Washington [3] 1/5 2/15 3/5
way [1] 12/14
wc.com [1] 2/16
we [50]
We appreciate [1] 19/14
we'd [1] 6/18
we're [7] 9/9 12/5 12/15 12/21 13/6 15/3 17/6
we've [4] 5/14 8/10 10/20 13/7
week [6] 4/20 5/2 12/22 12/24 12/24 13/8
well [14] 6/18 9/11 10/17 11/23 12/2 13/13 13/23 16/16 17/13 18/11 18/13 19/19 20/5 20/21
were [6] 4/21 4/21 6/7 7/4 10/8 12/6
what [13] 6/22 8/23 9/9 9/20 10/10 12/13 13/21 14/4 14/5 17/25 18/1 18/21 20/5
what's [4] 10/5 10/6 14/21 15/3
whatever [3] 7/25 20/7 20/11
when [4] 10/14 10/14 11/4 13/11
where [2] 4/21 5/6
whereby [2] 6/5 7/24
whether [3] 17/3 17/17 17/23
which [13] 5/18 5/19 5/24 6/16 7/1 7/21 8/8 11/2 12/8 13/19 14/3 14/22 17/25
while [2] 10/4 17/20
who [11] 14/14 15/9

25 16/8 16/12 16/17 16/19 18/4 18/5 18/10 20/22
who's [1] 15/8
whole [2] 8/4 18/4
why [3] 4/23 14/24 18/13
will [9] 6/5 8/2 8/12 11/24 12/8 12/9 12/11 13/2 20/22
William [3] 3/2 21/2 21/8
WILLIAMS [2] 2/14
willing [1] 12/21
willingness [1] 4/15
wish [1] 11/21
witness [3] 15/6 15/7 16/4
witnesses [1] 16/9
words [1] 8/23
work [3] 11/19 14/8 18/5
working [1] 13/3
would [33]
wouldn't [1] 17/1

**Y**
Yeah [2] 9/8 10/22
you [62]
you know [8] 13/16 13/25 14/11 15/13 17/20 17/21 18/5 18/23
you'll [2] 7/3 18/16
you're [5] 8/23 12/7 14/4 16/20 16/23
you've [2] 8/13 20/18
your [19] 4/5 4/24 5/6 5/20 8/2 9/16 11/22 14/7 14/23 16/3 17/7 18/1 19/2 19/13 19/18 19/20 20/13 20/18 20/19
Your Honor [15] 4/5 4/24 5/6 5/20 8/2 9/16 11/22 14/23 16/3 17/7 19/2 19/13 19/18 20/13 20/19

**Z**
Zaremba [3] 3/2 21/2 21/8
ZOOM [1] 1/9