AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America, et al. | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    1:20-cv-03010-APM |
| Google LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Apple Inc.                                                                                          .

Date:     12/20/2024

/s/ Gregory G. Garre
*Attorney's signature*

Gregory G. Garre (D.C. Bar No. 440779)
*Printed name and bar number*

Latham & Watkns LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004

*Address*

gregory.garre@lw.com
*E-mail address*

(202) 637-2207
*Telephone number*

(202) 637-2201
*FAX number*