IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiff*,<br><br>v.<br><br>GOOGLE LLC,<br><br>*Defendant*. | Case No. 1:20-cv-03010-APM |

### MOTION FOR ADMISSION OF SARAH M. RAY *PRO HAC VICE*

Pursuant to LCvR 83.2(c) and LCrR 44.1(c), Non-Party Petitioner Apple Inc. ("Apple") moves for the admission *pro hac vice* of attorney Sarah M. Ray.

In support of this motion, Apple submits the accompanying Declaration of Sarah M. Ray and a certificate of good standing from the Supreme Court of California. These documents demonstrate that Ms. Ray is an active member in good standing of the following courts and bars: California, United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Seventh Circuit, United States Court of Appeals for the Ninth Circuit, United States District Court for the Central District of California, United States District Court for the Eastern District of California, United States District Court for the Northern District of California, and United States District Court for the Southern District of California.

This Motion is signed and supported by Gregory G. Garre, an active member of the bar of this Court.

Date:  December 20, 2024                     Respectfully submitted,

/s/ Gregory G. Garre
Gregory G. Garre (D.C. Bar No. 440779)
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email:  gregory.garre@lw.com

*Counsel for Apple Inc.*

2