IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiff*, <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant*. | Case No. 1:20-cv-03010-APM |

**ORDER GRANTING**
**MOTION FOR ADMISSION OF SARAH M. RAY *PRO HAC VICE***

The Court has reviewed Apple Inc.'s motion for admission *pro hac vice*. Upon consideration of that motion, the Court grants attorney Sarah M. Ray *pro hac vice* admission to this Court.

IT IS SO ORDERED.


Dated: _____          _____
                                                                        Amit P. Mehta
                                                                        United States District Judge