IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiff*,<br><br>v.<br><br>GOOGLE LLC,<br><br>*Defendant*. | Case No. 1:20-cv-03010-APM |

**MOTION FOR ADMISSION OF ALFRED C. PFEIFFER, JR. *PRO HAC VICE***

Pursuant to LCvR 83.2(c) and LCrR 44.1(c), Non-Party Petitioner Apple Inc. ("Apple") moves for the admission *pro hac vice* of attorney Alfred C. Pfeiffer, Jr.

In support of this motion, Apple submits the accompanying Declaration of Alfred C. Pfeiffer, Jr. and a certificate of good standing from the Supreme Court of California. These documents demonstrate that Mr. Pfeiffer is an active member in good standing of the following courts and bars: California, United States Supreme Court, United States Court of Appeals for the First Circuit, United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Fifth Circuit, United States Court of Appeals for the Eighth Circuit, United States Court of Appeals for the Ninth Circuit, United States Court of Appeals for the Tenth Circuit, United States Court of Appeals for the Federal Circuit, United States District Court for the Central District of California, United States District Court for the Eastern District of California, United States District Court for the Northern District of California, United States District Court for the Southern District of California, United States District Court for the Northern District of Illinois (General Bar), and United States District Court for the Western District of Wisconsin.

This Motion is signed and supported by Gregory G. Garre, an active member of the bar of this Court.

| | |
|---|---|
| Date: December 20, 2024 | Respectfully submitted, |
| | /s/ *Gregory G. Garre* |
| | Gregory G. Garre (D.C. Bar No. 440779) |
| | LATHAM & WATKINS LLP |
| | 555 Eleventh Street, N.W., Suite 1000 |
| | Washington, D.C. 20004 |
| | Tel: (202) 637-2200 |
| | Fax: (202) 637-2201 |
| | Email: gregory.garre@lw.com |
| | |
| | *Counsel for Apple Inc.* |