IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>    *Plaintiff*,<br><br>  v.<br><br>GOOGLE LLC,<br><br>    *Defendant*. | Case No. 1:20-cv-03010-APM |

**ORDER GRANTING**
**MOTION FOR ADMISSION OF ALFRED C. PFEIFFER, JR. *PRO HAC VICE***

The Court has reviewed Apple Inc.'s motion for admission *pro hac vice*. Upon consideration of that motion, the Court grants attorney Alfred C. Pfeiffer, Jr. *pro hac vice* admission to this Court.

IT IS SO ORDERED.

Dated: _____        _____
                                                                      Amit P. Mehta
                                                                      United States District Judge