IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiff*, <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant*. | Case No. 1:20-cv-03010-APM |

### MOTION FOR ADMISSION OF AARON T. CHIU *PRO HAC VICE*

Pursuant to LCvR 83.2(c) and LCrR 44.1(c), Non-Party Petitioner Apple Inc. ("Apple") moves for the admission *pro hac vice* of attorney Aaron T. Chiu.

In support of this motion, Apple submits the accompanying Declaration of Aaron T. Chiu and a certificate of good standing from the Supreme Court of California. These documents demonstrate that Mr. Chiu is an active member in good standing of the following courts and bars: California, Supreme Court of the United States, United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Ninth Circuit, United States District Court for the Northern District of California, and United States District Court for the District of Colorado.

This Motion is signed and supported by Gregory G. Garre, an active member of the bar of this Court.

Date: December 20, 2024

Respectfully submitted,

*/s/ Gregory G. Garre*
Gregory G. Garre (D.C. Bar No. 440779)
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201

Email: gregory.garre@lw.com

*Counsel for Apple Inc.*