IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiff*, <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant*. | Case No. 1:20-cv-03010-APM |

**DECLARATION FOR *PRO HAC VICE* ADMISSION**

In accordance with LCvR 83.2(c)(2) and LCrR 44.1(c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name:

    Aaron T. Chiu

2. State bar membership number:

    California 287788

3. Business address, telephone, and fax numbers:

    Latham & Watkins LLP
    505 Montgomery Street, Suite 2000
    San Francisco, CA 94111
    Tel: (415) 391-0600
    Fax: (415) 395-8095

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

    California, Supreme Court of the United States, United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Ninth Circuit, United States District Court for the Northern District of California, and United States District Court for the District of Colorado.

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?

☐ Yes ☒ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?

☐ Yes ☒ No

7. List the number of times you have been admitted pro hac vice into this court within the last two years:

None.

8. Although Latham & Watkins LLP does have an office within the District of Columbia, it is not my principal office and I do not normally practice in or from the District.

9. Are you a member of the DC Bar?

☐ Yes ☒ No

10. Do you have a pending application for admission into the U.S. District Court for the District of Columbia?

☐ Yes ☒ No

**In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:**

**(CHECK ALL ITEMS THAT APPLY)**

1. ☐ has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. ☐ has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. ☐ has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

Date: December 20, 2024

/s/ Aaron T. Chiu
Aaron T. Chiu
CA Bar No. 287788
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600
Fax: (415) 395-8095
Email: aaron.chiu@lw.com



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *AARON TUEN FAI CHIU*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby AARON TUEN FAI CHIU, #287788 was on the 6th day of December 2012, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 13th day of December 2024.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
 *D. Urzua, Assistant Deputy Clerk*