**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiff*,<br><br>v.<br><br>GOOGLE LLC,<br><br>*Defendant*. | Case No. 1:20-cv-03010-APM |

**ORDER GRANTING**
**MOTION FOR ADMISSION OF AARON T. CHIU *PRO HAC VICE***

The Court has reviewed Apple Inc.'s motion for admission *pro hac vice*. Upon consideration of that motion, the Court grants attorney Aaron T. Chiu *pro hac vice* admission to this Court.

IT IS SO ORDERED.

Dated: _____

                                                                               _____
                                                                               Amit P. Mehta
                                                                               United States District Judge