IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>        Defendant,<br><br>  and<br><br>APPLE INC.,<br><br>        [Proposed] Intervenor-Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>        Defendant,<br><br>  and<br><br>APPLE INC.,<br><br>        [Proposed] Intervenor-Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

## **APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Apple Inc.

Date:  December 23, 2024            Respectfully submitted,

<u>/s/ Alfred C. Pfeiffer, Jr.</u>

Alfred C. Pfeiffer, Jr. (*pro hac vice*)
CA Bar No. 120965
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600
Fax: (415) 395-8095
Email:  al.pfeiffer@lw.com

*Counsel for [Proposed] Intervenor-Defendant Apple Inc.*