IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant,<br><br>and<br><br>APPLE INC.,<br><br>[Proposed] Intervenor-Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant,<br><br>and<br><br>APPLE INC.,<br><br>[Proposed] Intervenor-Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION FOR LIMITED INTERVENTION**

Apple, Inc. ("Apple") has moved to intervene as a defendant for the limited purpose of participating in the remedial phase of this litigation. Pursuant to Rule 24 of the Federal Rules of

2

Civil Procedure, and upon consideration of Apple's Motion, the memorandum in support, and any response thereto, it is hereby

      **ORDERED** that Apple's motion is **GRANTED**.

      **IT IS SO ORDERED.**

Dated: _____

                                                        Honorable Amit P. Mehta
                                                        United States District Judge