IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>         Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>         Defendant,<br><br>     and<br><br>APPLE INC.,<br><br>         [Proposed] Intervenor-Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>         Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>         Defendant,<br><br>     and<br><br>APPLE INC.,<br><br>         [Proposed] Intervenor-Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**<u>APPEARANCE OF COUNSEL</u>**

To:   The clerk of court and all parties of record

   I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Apple Inc.

Date:  December 27, 2024                Respectfully submitted,

                                        */s/ Aaron T. Chiu*

                                        Aaron T. Chiu (*pro hac vice*)
                                        CA Bar No. 287788
                                        LATHAM & WATKINS LLP
                                        505 Montgomery Street, Suite 2000
                                        San Francisco, CA 94111
                                        Tel: (415) 391-0600
                                        Fax: (415) 395-8095
                                        Email:  aaron.chiu@lw.com

                                        *Counsel for [Proposed] Intervenor-Defendant Apple Inc.*

2