IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>        Defendant,<br><br>   and<br><br>APPLE INC.,<br><br>        [Proposed] Intervenor-Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>        Defendant,<br><br>   and<br><br>APPLE INC.,<br><br>        [Proposed] Intervenor-Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**<u>CERTIFICATE RULE LCvR 26.1</u>**

Certificate required by LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Proposed Intervenor-Defendant Apple Inc. ("Apple"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Apple which have any outstanding securities in the hands of the public:

Apple does not have a parent company, and no publicly held corporation owns 10% or more of Apple's stock.

These representations are made in order that judges of this court may determine the need for recusal.

Date:  December 27, 2024

Respectfully submitted,

/s/ Sarah M. Ray

Alfred C. Pfeiffer, Jr. (*pro hac vice*)
Sarah M. Ray (*pro hac vice*)
Aaron T. Chiu (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600
Fax: (415) 395-8095
Email:  al.pfeiffer@lw.com
            sarah.ray@lw.com
            aaron.chiu@lw.com

Gregory G. Garre (D.C. Bar No. 440779)
Peter E. Davis (D.C. Bar No. 1686093)
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email:  gregory.garre@lw.com
            peter.davis@lw.com

*Counsel for [Proposed] Intervenor-Defendant Apple Inc.*