AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-03010-APM |
| Google, LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commonwealth of Massachusetts.

Date: 12/30/2024

/s/ Jennifer E. Greaney
*Attorney's signature*

Jennifer E. Greaney, BBO # 643337
*Printed name and bar number*

Office of the Massachusetts Attorney General
One Ashburton Place, 18th Fl.
Boston, MA 02108
*Address*

jennifer.greaney@mass.gov
*E-mail address*

(617) 963-2981
*Telephone number*

(617) 722-0184
*FAX number*