AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03010-APM |
| Google LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party Perplexity AI, Inc.

Date: 12/30/2024

*Attorney's signature*

Zachary Flood
*Printed name and bar number*

601 Montgomery Street, Suite 2000
San Francisco, CA 94111

*Address*

zflood@lewisllewellyn.com
*E-mail address*

(415) 800-0590
*Telephone number*

(415) 390-2127
*FAX number*