# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>Google LLC,<br><br>　　　　　　　　　　Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>Google LLC,<br><br>　　　　　　　　　　Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

## **WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

　　　PLEASE TAKE NOTICE that Youlin Yuan hereby withdraws as attorney of record for defendant Google LLC ("Google") in the above-captioned matters. Williams & Connolly LLP will continue as counsel for Google.

Dated: December 30, 2024

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: */s/ Youlin Yuan*
Youlin Yuan (D.C. Bar No. 1613542)
680 Maine Avenue, SW
Washington, DC 20024
Tel: 202-434-5000
yyuan@wc.com

*Counsel for Defendant Google LLC*