IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA, ET AL.,   )
                                    )
          Plaintiffs,               )
                                    )     CV No. 20-3010
       vs.                          )     Washington, D.C.
                                    )     December 20, 2024
GOOGLE LLC,                         )     9:30 a.m.
                                    )
          Defendant.                )
_____ )


TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

```
APPEARANCES:

For DOJ Plaintiffs:             David E. Dahlquist
                                UNITED STATES
                                DEPARTMENT OF JUSTICE
                                Antitrust Division
                                209 South LaSalle Street
                                Suite 600
                                Chicago, IL 60604
                                (202) 805-8563
                                Email:
                                david.dahlquist@usdoj.gov


For Plaintiff
State Colorado:                 Jonathan Bruce Sallet
                                COLORADO DEPARTMENT OF LAW
                                Consumer Protection Section,
                                Antitrust Unit
                                Ralph L. Carr
                                Colorado Judicial Center
                                1300 Broadway
                                Suite 7th Floor
                                Denver, CO 80203
                                (720) 508-6000
                                Email: jon.sallet@coag.gov
```

APPEARANCES CONTINUED:

For Defendant Google:          John E. Schmidtlein
                               WILLIAMS & CONNOLLY LLP
                               725 12th St., NW
                               Washington, D.C. 20005
                               (202) 434-5000
                               Email: jschmidtlein@wc.com

For Third-Party Defendant
Microsoft Corporation:         Julia Chapman
                               DECHERT LLP
                               Cira Centre
                               2929 Arch Street
                               Philadelphia, PA 19104
                               (215) 994-2060
                               Email:
                               julia.chapman@dechert.com

Court Reporter:                William P. Zaremba
                               Registered Merit Reporter
                               Certified Realtime Reporter
                               Official Court Reporter
                               E. Barrett Prettyman CH
                               333 Constitution Avenue, NW
                               Washington, D.C. 20001
                               (202) 354-3249

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
 1              P R O C E E D I N G S

 2          COURTROOM DEPUTY:  Good morning.  This Honorable

 3   Court is now in session.  The Honorable Amit P. Mehta

 4   presiding.

 5          Your Honor, we're now calling for the record Civil

 6   Action 20-3010, United States of America, et al., versus

 7   Google LLC.

 8          Representing the Department of Justice in this

 9   matter is David Dahlquist.

10          And representing the Plaintiff States is

11   Jonathan Sallet.

12          John Schmidtlein is representing Defendant Google.

13          And Julia Chapman is present on behalf of

14   Microsoft.

15          THE COURT:  Okay.  Counsel, good morning.

16   Thank you for your indulgence.  I was having tech issues,

17   so that was the reason for the delay.

18          But we're here this morning to discuss some

19   disputes between Google and Microsoft about some redactions

20   on certain agreements that Microsoft has produced, as well

21   as its withholding of other agreements.  So unless there's

22   anything preliminarily, why don't we dive right into it.

23          So I've had a chance to review the redacted

24   exhibits.  I've certainly looked, as a general matter, at

25   the withheld agreements; I can't say that I've opened every
```

1    single one and taken a look at.

2              Why don't we start with the redacted exhibits.

3              And, you know, the issues seem to largely fall

4    into two general categories.  There are what Microsoft

5    describes -- and, hopefully, I'm not speaking out of turn

6    here, Ms. Chapman, but any issue with me just stating the

7    subject matter that you identified as a general proposition?

8              MS. CHAPMAN:  No, Your Honor.  We're comfortable

9    with the discussion that can high line or top line subject

10   matter.

11             THE COURT:  Okay.

12             So it falls into one of two categories, well,

13   I guess really three, supercomputer Azure, which

14   I understand is Microsoft's cloud computing service,

15   investment governance under the contracts, and fees and

16   payments, terms for certain contracts.

17             So, Mr. Schmidtlein, unless there's a different

18   way you want to raise your concerns about the redactions,

19   I would propose to do it that way.  But unless there's a

20   sort of -- maybe you see different issues arising with

21   different contracts.  So you tell me.

22             MR. SCHMIDTLEIN:  Thank you, Your Honor.

23             No, we generally agree with those three high-level

24   categories.

25             And we do see some interconnection between them.

1    But we're fine proceeding in that fashion.

2             But, again, I think there's a broad, I think,

3    theme or thread between all of these, which is Google's

4    ability to get a full understanding and to be able to

5    present to you, potentially, at an appropriate time, a full

6    understanding of the relationship between OpenAI and

7    Microsoft and how that bears upon both entities' competitive

8    activities in the artificial intelligence space in light of

9    the broad and complicated remedies that the plaintiffs are

10   seeking related to Google's ongoing ability to invest in and

11   compete around some of those AI technologies.

12             THE COURT:  Okay.

13             I mean, what I can tell you based upon my review

14   of these redactions is, one, at least as it relates to the

15   supercomputer Azure redactions, those are fairly detailed

16   provisions about -- about cloud computing and related

17   issues, so it isn't clear to me precisely how that is

18   relevant.

19             I mean, if the concern is that you want to make

20   sure you have a fulsome picture of the relationship between

21   the two companies, I mean, there's already a fair amount

22   that's been disclosed in the unredacted portions of the

23   agreements.

24             Perhaps if you think it's useful, I could ask

25   Ms. Chapman to give you a two-sentence high-level summary of

```
 1    what those pertain to, if that would be useful.  But the

 2    details of them, from my review, do not seem particularly

 3    relevant to the AI-related remedies, at least at the level

 4    that the Department of Justice and the plaintiffs are

 5    seeking remedies.  Certainly it's AI related, just since the

 6    relationship is AI related at a very high level, but in

 7    terms of the specific remedies, I think this is a few steps

 8    removed.

 9           You know, the same is true with the investment

10    governance component of it.  It won't surprise you that,

11    like many of Google's contracts or some of Google's

12    contracts, there are governance provisions about the

13    relationship among the companies and the manner in which the

14    contract is to be executed and other related matters, and

15    there, again, I'm not sure why that's terribly relevant,

16    given that you have a fair amount already in the other

17    portions of the contracts.

18           And then insofar as the fees and payments go,

19    that, too, I'm not sure what the relevance of that is, but

20    that's my general impression, Mr. Schmidtlein; but if

21    there's any particular category you would like to discuss,

22    I'm happy to hear from you.

23           MR. SCHMIDTLEIN:  Yes, Your Honor, we would like

24    to be heard on all of these.

25           And, candidly, if you are inclined right now on --
```

1    without a written record of us being able to make a

2    submission, we'd like to make a submission on this because

3    we believe it's very important for our defense.

4              The supercomputer and Azure are separate; they've

5    kind of combined them.

6              But let me be very clear, because this is publicly

7    known at a high level, Microsoft has built supercomputers to

8    support OpenAI's artificial intelligence products and

9    services.  That is a critical part of the company's inner

10   relationships.

11             And us understanding the extent, the breadth, and

12   the scope of those supercomputers, we believe is potentially

13   important to demonstrate the robustness, the commitment, and

14   the infrastructure support that Microsoft is providing to

15   OpenAI to support its competitive activities with respect to

16   whether it's ChatGPT or SearchGPT, or these various

17   intelligence products and services.

18             Azure is the cloud-computing component that is

19   separate --

20             THE COURT:  Right.

21             MR. SCHMIDTLEIN:  -- that is also hosting and

22   allowing OpenAI to continue to offer and provide these

23   services.

24             Those critical -- those are critical, critical

25   components to OpenAI's competitive offerings, and we should

1    not be shielded in our ability to understand and draw the

2    picture about how robust and how competitive OpenAI is.

3            We're going to be -- you've already heard people

4    talk:  OpenAI is a startup.

5            OpenAI is not some little startup; they are being

6    backed by the largest company in the world, Microsoft.

7            And with respect to the governance, these are not

8    like the governance provisions dealing with Google's

9    contracts with a Samsung, where we're providing a product or

10   a service to them.

11           This is the governance of the relationship between

12   and the rights and obligations between two parties where

13   Microsoft has a $13 billion investment in OpenAI.  This is

14   not Google providing a default browser, a search engine to

15   Apple, or a, you know, set of products and services to a

16   Mozilla or a Motorola.

17           This is -- the nature and the extent and the

18   interconnection between Microsoft and OpenAI and the

19   governance structure and who controls what and who is

20   obliged to do what, we believe, is very important to us

21   being able to show this full picture, again, of the

22   competitiveness in this space.  So we think that --

23           And, similarly, the terms and the fees and the

24   services is also important to us being able to understand

25   the reason why Microsoft is so invested in this company is

1    because Microsoft is making lots and lots of money,

2    we believe, from OpenAI's use of their cloud services.

3         So Microsoft has a substantial -- not only are

4    they getting a lot of technology and are they getting the AI

5    capabilities and the backstop of a ChatGPT with respect to

6    Copilot and with respect to Bing, they are also making money

7    on their cloud services aspect of their business, which

8    we believe that we need to understand so that we can

9    demonstrate why they have a long-term financial commitment

10   an incentive to make sure OpenAI is successful, wholly apart

11   from whether they actually are able to do anything

12   competitive with respect to Bing and Copilot.

13        So in order for us -- and, again, the government

14   is seeking very invasive remedies with -- they're asking for

15   Google to divest its interests in various AI companies.

16   They are putting restrictions on Google's ability to invest

17   going forward, and there's a whole broad sweep of AI

18   products and services that they define as a search access

19   point.

20        So given the intrusive nature of the proposed

21   remedies that are being asked for here, we should be able to

22   understand the relationship of these two very, very

23   substantial companies that are -- we see as joined at the

24   hip in this space.

25

1          THE COURT:  So let me just take those in order.

2          I mean, look, it's news to me that there is some

3    public disclosure about the supercomputer -- that aspect of

4    the two companies' relationship.  And, you know, I wonder to

5    what extent the public available -- publicly available

6    information is an adequate substitute for the detail.

7          I mean, look, I've looked at the detail,

8    Mr. Schmidtlein, and I'm not sure it rises to the level of

9    what you need.

10         I mean, it really is -- I mean, it -- it imposes

11   commitments on Microsoft to hit certain benchmarks to

12   perform certain services for OpenAI at a very high level,

13   and it's not clear to me why the details of that are

14   particularly relevant.  I mean, Microsoft is a third party.

15   I recognize it's not an ordinary third party, but it is a

16   third party.

17         And then insofar as the governance piece of this,

18   you know, I'll take another look, but, you know, I've looked

19   at all of these and, you know, really, this is -- it's not

20   what you might think it is, it is simply the mechanics of

21   contract implementation.

22         MR. SCHMIDTLEIN:  Your Honor, if it's that

23   mundane, they should produce it.

24         I mean, we have a very robust protective order

25   here.  We have produced trade secrets of the highest level.

1           THE COURT:  No, no, I get it.

2           But, you know, these are non-parties, and so it's

3    a slightly different posture.

4           But why don't I hear from Ms. Chapman and get your

5    reaction to what Mr. Schmidtlein has said.

6           MS. CHAPMAN:  Thank you, Your Honor.

7    Julie Chapman on behalf of Microsoft.

8           I mean, what I'm hearing from Mr. Schmidtlein is

9    that Google believes it needs to explore the nature and

10   extent of this relationship.

11          I think as Your Honor can see from the contracts

12   that we provided to you, none of our redactions -- none of

13   the redacted information impedes Google's ability to

14   understand the nature and the scope of the relationship.

15          We have been very targeted, very limited in the

16   material we've redacted, where it is highly sensitive,

17   technical detail that does not relate to any of the proposed

18   remedies, kind of notwithstanding their scope, as

19   Mr. Schmidtlein has noted, or it does not relate to any of

20   the proposed remedies.

21          And so I think Your Honor is correct that the

22   publicly available information, the information that we have

23   produced from these contracts, kind of this top-line

24   information, allows for that exploration, allows for that

25   questioning without requiring non-party Microsoft to

```
 1   disclose the highly sensitive technical details.

 2             And like I said, I agree with the three

 3   categories, I think that we can address them collectively,

 4   because all of them kind of involve nuanced kind of

 5   non-relevant detail that, notwithstanding kind of to use the

 6   term "mundane," notwithstanding the fact that they may be

 7   mundane in nature, are, nonetheless, highly sensitive and

 8   highly confidential.

 9             And so kind of what we have not heard is the kind

10   of a concrete need from Google to have access to this

11   information.

12             MR. SCHMIDTLEIN:  Your Honor, if I may?

13             THE COURT:  Sure.

14             MR. SCHMIDTLEIN:  I understand that Microsoft is

15   technically a third party in this case.  But let's not lose

16   form over substance here.  They are the plaintiff in this

17   case.  They have three witnesses on the witness list for

18   this next phase of the litigation, and they had the most

19   witnesses who testified at the first trial.  They are the

20   company that stands to benefit from all of the harm that

21   these remedies are going to impose on Google.  So the idea

22   that they should be treated in some substantially

23   different -- this is not the usual third party.

24             THE COURT:  Well, look, I'll -- look, I think I've

25   acknowledged that.
```

1          That is an overstatement to say that they are a

2    plaintiff here, they are a third party, but as I said, they

3    are not an ordinary third party, so I think I've

4    acknowledged that.

5          Look, you know, Mr. Schmidtlein, as I said, the

6    reason I asked for these is because I wanted to see what it

7    was that was actually being withheld and whether I thought

8    it had some relevance to what it is that you need to know.

9    And I'm assuring you, by having looked at this, that if

10   Microsoft says these are highly sensitive, what I'm telling

11   you is that there isn't a lot of relevance to the ultimate

12   issues here.

13         I'll just take governance, for example, it really

14   is mechanics, and it is the mechanics of -- I mean, you've

15   seen, for instance, you know, there is a body that has been

16   established, you know, there are responsibilities set forth,

17   there's composition and then dispute resolution.  These are

18   not really topics that are relevant or going to be relevant

19   to you in your presentation, it seems to me.

20         I mean, I am happy to take a look at whatever

21   public information is available about this supercomputer

22   issue and if I think that is satisfactory to get you what

23   you need and the details are less important or if I think

24   the details can be colored in a little bit by some

25   high-level narrative from Microsoft, then I'm prepared to

1    consider that.

2           But, certainly, the level of detail that Microsoft

3    is seeking to withhold when they have largely -- I mean,

4    you know, they've provided quite a bit of these contracts

5    unredacted.  It seems to me that, you know, I want to be

6    sensitive to what they're asking for and at the same time

7    balance your interests and needs in receiving all the

8    information that you really need to present your defense,

9    okay?

10          So I guess where I'll leave it is this, which is,

11   if, Mr. Schmidtlein, you want to send me any public

12   articles, or, Ms. Chapman, either of you could send me

13   whatever is in the public domain about supercomputer Azure

14   topic, I'll compare that against what the actual terms are.

15   If I feel that there is some deficiency in the public

16   reporting that is going to hamstring Google and that Google

17   would benefit from the details, I may then ask Ms. Chapman

18   to draft something high level that summarizes what those

19   terms are.

20          You know, and then insofar as the governance

21   issues, I really don't see there being any real relevance to

22   it, certainly not any marginally greater relevance than what

23   you already have.

24          I mean, you've already got, you know, hundreds and

25   hundreds of pages laying out the commitments of these

1    companies have made to one another, you know, and how

2    they're -- you know, the contracts are being managed at a

3    high level, I just don't think really moves the needle very

4    much.

5            And I think the same is true with respect to the

6    particular fees at issue.  Now, if, you know, there's reason

7    to think that the fee amount is relevant in any sense, then

8    I'm happy to hear about it, but I haven't heard a specific

9    reason why a particular fee structure that Microsoft is

10   charging one of its partners is relevant, so I'll just leave

11   it at that.

12           So let's turn then to the long list of withheld

13   agreements.

14           So, Mr. Schmidtlein, what is Google's position

15   with respect to these withheld agreements?

16           MR. SCHMIDTLEIN:  Well, again, Your Honor, I mean,

17   we don't really know what's in these agreements; they've

18   been withheld in their entirety.

19           And, again, they look like they relate to either

20   the structuring of these relationships, you know,

21   partnerships.  We just don't know.  We are -- we're in the

22   dark.  We have gotten -- I mean, I see the Perplexity one is

23   a non-disclosure agreement.

24           If it's as mundane as that sounds, that's one

25   thing.  But we've got -- we don't know what the -- the G42,

1   I don't believe we've gotten any agreements that were

2   produced.

3           G42 is an AI startup company that Microsoft has

4   made investments in.  This is the same type of a thing

5   Google is going to be -- has been under their order, we have

6   to divest our interest in.  We should understand the extent

7   and degree.

8           THE COURT:  I'm sorry, Mr. Schmidtlein, you'll

9   forgive me.  I'm having some connectivity issues.  Can you

10  just repeat what you said about G42 because your feed broke

11  up a little for me.

12          MR. SCHMIDTLEIN:  Sure.

13          G42 is an AI company.  Microsoft, I don't believe,

14  has produced any agreements in connection with their

15  investment in G42.  So we don't have any sort of visibility

16  into that.

17          We know that G42 is developing products and

18  services that may bear upon the competitive landscape here,

19  and this is the same type of an investment that would be --

20  that Google would have to divest itself of if you accepted

21  the government's remedies.  So we should have insight into

22  how that remedy is going to tip the AI landscape and the

23  competition in it, and we've gotten nothing from them on

24  that.

25          And then they withheld 29 agreements with respect

1  to OpenAI.

2           And they've withheld 16 agreements with respect to

3  Inflection, which, again, is another AI company that

4  we believe we should get visibility into, given what the

5  restrictions are in the government's proposed remedy here.

6           THE COURT:  Ms. Chapman, do you want to share with

7  me Microsoft's thinking about the withholding of these

8  agreements at a high level?

9           I mean, you've identified them but withheld them

10  in full.  So Microsoft, I take it, believes that they are

11  generally responsive but perhaps not so material as to

12  warrant production in light of the sensitivity of the

13  agreements, but why don't you share with me what your

14  client's thinking is.

15          MS. CHAPMAN:  Certainly, Your Honor.

16          So I think to understand, I think we have to start

17  with the subpoena request that we received from Google,

18  which was any agreement that Microsoft had with any of these

19  identified companies, notwithstanding the substance of the

20  agreement.

21          So kind of there was no relevance limiter on that,

22  it was just all agreements.  So that's why you see this list

23  that we've prepared so that we could identify at least what

24  we understand to be all agreements with these companies.

25          The agreements that we produced fell into the

1    categories, kind of the relevant categories that Your Honor

2    had identified, I believe it was at the last hearing, which

3    I appeared, broadly relating to development of

4    AI technology, investment in the search space, kind of

5    really the -- kind of tethered the relevance test is,

6    do they relate to any of the potential proposed remedies at

7    issue.  And so that's where you saw produced agreements but

8    then certain narrow redactions applied.

9             Where the agreements between Microsoft and the

10   identified companies didn't touch on those issues, that's

11   where they were not produced but identified so that Google

12   had visibility into kind of what would have otherwise been

13   called for.

14            And I think kind of to use G42 as an example,

15   Your Honor, and I do want to be mindful of the public nature

16   of the hearing, these agreements relate to G42 having access

17   to Azure and cloud computing.  So much more than ordinary

18   course and not again related to the remedies at issue.  And

19   so that was the test that we applied.

20            And I understand, Your Honor, it's voluminous.

21   Obviously Your Honor hasn't had a chance to review them, but

22   they all very clearly fall outside the relevance lane here.

23            THE COURT:  Okay.

24            And can you, you know -- again, there are a number

25   of OpenAI agreements that have been withheld, and I suspect

```
1     they involve different subject matters; but to the extent at
2     a high level you're able to summarize what these concern,
3     that would be helpful.
4              MS. CHAPMAN:  Sure.
5              So I think the vast majority of them, Your Honor,
6     relate to the nitty-gritty of the partnership operation, the
7     operation of the partnership, the details of that,
8     consistent with the type of material that we've redacted
9     from the joint development agreement, these are amendments
10    that primarily relate to the operation of that.
11             So because they kind of fall outside or kind of
12    fall within the redaction category of information, the
13    agreements have been withheld in their entirety.
14             THE COURT:  Okay.
15             MS. CHAPMAN:  Just to be clear, Your Honor,
16    I think Your Honor had kind of used the term "materiality."
17    We are not engaged in the exercise of determining kind of
18    like whether something was sufficiently material to produce.
19    It was pretty -- just a very straightforward relevance and
20    responsiveness review.
21             THE COURT:  And how about with Inflection,
22    the same sort of thinking?
23             MS. CHAPMAN:  Yes, Your Honor.
24             THE COURT:  Okay.
25             Mr. Schmidtlein, how much insight into the --
```

```
 1    I guess I don't have -- I haven't concentrated on the
 2    Inflection relationship as much as the OpenAI one, but
 3    I mean, you received -- have you received agreements between
 4    OpenAI -- excuse me, Microsoft and Inflection?
 5              MR. SCHMIDTLEIN:  We've received two agreements,
 6    and they've withheld 16.
 7              THE COURT:  Okay.
 8              MR. SCHMIDTLEIN:  And Inflection is a developer
 9    and is a provider of an AI chatbot type product that would
10    be, you know, comparable or competitive with a ChatGPT type
11    product.  And from what we gather, they've got a, you know,
12    a very intricate relationship with Inflection as well.
13              You know, we just fundamentally disagree with this
14    notion that agreements that demonstrate Microsoft's
15    commercial interest through either its cloud computing --
16    through its cloud computing support of these companies is
17    irrelevant.  It's critical infrastructure that these
18    companies need to continue to operate and provide their
19    services.
20              Cloud computing is one of the great, you know,
21    critical inputs for this.  These --
22              THE COURT:  I'm sorry, but I guess the question
23    is, other than being aware of the relationship and the fact
24    that, you know, Microsoft does have these relationships with
25    these AI companies and that Microsoft is providing this
```

1    cloud-computing infrastructure, which, as you said, is sort

2    of a critical input and is a growing -- well, is a

3    ever-present concern about the training and the

4    infrastructure needed for it, but help me understand why you

5    think the details of that are relevant.

6            MR. SCHMIDTLEIN:  We need to be able to

7    demonstrate that these people are not capacity constrained

8    whatsoever in their ability to grow and take on greater

9    share and greater consumer interaction if their products

10   are, in fact, competitive.

11           We're not -- we don't want to hear that Google is

12   so big and they're going to win in this space because Google

13   is so much bigger than all these other poor little

14   companies, when, in fact, they're being backstopped by

15   Microsoft.

16           THE COURT:  Well, look, that's certainly fair.

17   I think -- it's not -- again, it's not clear to me how the

18   details of a cloud-computing agreement are necessary.

19           I mean, if their concern is that if the plaintiffs

20   were to come in and say, well, look some of these

21   competitors are not going to be able to compete against

22   Google because they don't have access to the infrastructure

23   that they need to compete, I can ask Mr. Dahlquist and

24   Mr. Sallet whether that's an argument they're going to make

25   or not, and if it is, then perhaps there's some more there

1    there to it.

2           But, Mr. Dahlquist, why don't you help me out here

3    and tell me whether that's something that Google is going to

4    have to defend against or at least that -- you know, that

5    nuanced kind of argument.

6           MR. DAHLQUIST:  Thank you, Your Honor.

7           And if I can just take a step back for a minute as

8    to why we're here.

9           We're here to remedy Google's monopolist conduct

10   in search and text ads.  That's the purpose of this

11   proceeding.  We are not here to re-litigate all of the

12   issues that Your Honor has already decided below.

13          And just for the record, the United States and the

14   Plaintiff States are the plaintiffs in this matter, not

15   Microsoft.  We have a witness list of 25 witnesses, a few of

16   which may be from Microsoft.

17          This is a preliminary witness list.  Is Google

18   entitled to some discovery from Microsoft?  Sure, of course.

19   But they are a third party here.

20          And I do not think that it's appropriate for

21   Google and Mr. Schmidtlein to try to turn this next

22   proceeding into a battle between them and Microsoft or them

23   and any other third party.  We have to remember what this is

24   for, in order to remedy the monopolistic conduct.  So many

25   of these topics that Mr. Schmidtlein is talking about is not

1    discovery that we have sought from Google.

2            Now, Mr. Schmidtlein's comments today are

3    interesting to us, and they've been pushing back immensely

4    on the discovery that we have been seeking from them; we may

5    need to revisit that.

6            And so we -- of course, Your Honor, we appreciate

7    your time and thoughts and will comply with your orders, but

8    if this is going into a new area that we have not yet

9    explored and do not intend to explore today, we will revisit

10   that with Google as well and may be serving additional

11   discovery on to them.

12           But to answer your question as bluntly as I can,

13   Your Honor, no, our intention is not to re-litigate the

14   issues that have already been decided.  It appears that

15   that's Mr. Schmidtlein's intention, which we wholly reject

16   as appropriate.  Let's focus on the proposed final judgment

17   that's in front of us.

18           THE COURT:  Well, I appreciate that.

19           My question is a little narrower and slightly

20   different, which is, you know, Mr. Schmidtlein's -- look,

21   what I am going to hear at this remedies phase, I suspect,

22   is insofar as the AI remedies that are being sought by the

23   plaintiffs.

24           Google is going to say, Your Honor, this is

25   already a highly competitive space.  And if you award the

1    remedies or if you grant the remedies, impose the remedies

2    that they are seeking, it is going to hamstring Google and

3    its ability to compete with all of these insurgent

4    competitors in this space.  That's what Mr. Schmidtlein and

5    his client are going to say.

6            My question is really simple in terms of what

7    these particular contracts concern, and that is:  If the

8    plaintiffs are going to come forward and say that Google's

9    capacity, its ability to train AI models just from an

10   infrastructure standpoint is so substantial and they have

11   such a great competitive advantage over others, that there

12   is no real prospect of competition notwithstanding Google's

13   position, then Google is saying, look, if that's going to be

14   your position, then we need to understand what the details

15   are in terms of these companies and the infrastructure

16   support they are getting from the world's largest company,

17   Microsoft.

18           So I'm asking you whether that is something at

19   this point you think you are going to argue in the remedies

20   phase of this case.

21           MR. DAHLQUIST:  I don't think you're going to hear

22   it in that type of a vein, Your Honor.

23           I think -- and I think that's where Google is

24   trying to mutate this topic to their own benefit.

25           I think you're going to hear the concern from the

1    DOJ and from the plaintiffs that we are very concerned about

2    Google taking their monopolist control that they have today

3    in search and that they have today in text ads and extending

4    that into this new frontier of AI and they're doing that by

5    trying to control the search access points.

6            The discovery that we have already obtained in

7    this proceeding shows that that is underway and that we need

8    to be very careful in order to prevent that and stop that

9    today before it goes into the next generation.

10           That is what you're going to hear from us, as to

11   how our concern of the conduct that we proved at trial, the

12   conduct that we showed that Google did in order to keep

13   competitors out of the search market and out of the text ad

14   market and how they are doing the exact same thing with

15   these advancements in artificial technology.  We're seeing

16   it in their new products today.  So that, I think, is the

17   flavor.  And I don't know if that answers your question

18   precisely, but I think that's how you'll hear it from us.

19           I'm worried that you're going to hear from Google

20   try to change the subject on this and turn this into a

21   battle of competition for AI.  That's not the vent that

22   we're taking in, only in the sense that we want to make sure

23   that we open up these markets, that they are unfettered from

24   Google's control, which they've controlled for the last

25   decade, to make sure that there is competition and these new

1  markets and these new entrants have the ability and

2  opportunity to compete with Google.

3          But all I'm hearing here today is that this is a

4  battle of Google against Microsoft, and I think that's the

5  wrong direction.

6          MR. SALLET:  Your Honor, may I add to this?

7          THE COURT:  Mr. Sallet, I was going to give you

8  the floor next, so anything you'd like to add?

9          MR. SALLET:  Two points.

10         Of course, I align myself with everything

11  Mr. Dahlquist said.

12         The plaintiffs in this case are government

13  agencies seeking to restore justice in competition in the

14  markets that have been unfairly monopolized, those are the

15  plaintiffs.

16         On the question of AI, what I hear from

17  Mr. Schmidtlein is, he wants to litigate every aspect of

18  what goes into AI.  Can an LMM model get paper for its

19  printers or has Google got some kind of advantage over any

20  possible input, any possible aspect of competition?  That is

21  not what we're litigating.

22         What we're going to litigate is the question of

23  whether Google's accrued monopoly power, in specific ways,

24  like search access points, like control of the

25  infrastructure that Google was able to artificially enhance

1    through the exercise of monopoly power, whether those

2    specific advantages Google has gained unfairly pose any

3    impediment to competition generally and generative AI

4    specifically.

5            But we are not intending to litigate every aspect

6    of how OpenAI or any other LLM might compete with Google.

7    That's a wild expansion way beyond the contours of our very

8    specific and targeted arguments.

9            THE COURT:  Okay.  That's helpful.

10           MS. CHAPMAN:  I apologize, Your Honor.

11           THE COURT:  Go ahead.

12           MS. CHAPMAN:  May I be heard briefly?

13           I think what you heard from plaintiffs' counsel,

14   what I heard from plaintiffs' counsel, and what you see in

15   the proposed final judgment is that kind of cloud-computing

16   capacity, which is precisely what's at issue in these

17   agreements, is not relevant to the question of remedies.

18   And when I say that, I mean the specific contractual details

19   that are in the agreements that we have withheld.

20           THE COURT:  Okay.

21           MR. SCHMIDTLEIN:  Your Honor, what I've just heard

22   from the plaintiffs confirms exactly what I've been telling

23   you.

24           Understanding the competitive landscape and the

25   competitive dynamic in this AI space is 100 percent relevant

1  to this remedies proceeding, and Microsoft's relationship

2  and backstopping of all of these particular companies is

3  also relevant to that.

4         THE COURT:  All right.  Let's leave it here.

5         I will go back through and take the time to

6  eyeball these agreements that have been withheld and get a

7  sense, get my arms around them and make a determination of

8  whether any of them need to be disclosed, or whether, as

9  Microsoft has represented, they really are outside the core

10  of what's at issue here.

11         Again, look, I don't want to minimize what

12  Google's need is; don't think I'm doing that,

13  Mr. Schmidtlein.  The question here is just, is one of

14  balance.

15         You know, let's also remember that Google had the

16  opportunity to depose these folks.  And to the extent that,

17  you know, you want to have understandings of the

18  relationships, you certainly will have the opportunity to

19  ask those questions, and, of course, you already have,

20  certainly, as to OpenAI, a good number of agreements

21  already.

22         Let me just, before we conclude, let me make sure,

23  in terms of -- because all I have are the withheld or the

24  agreements that have been redacted.

25         And so are there additional agreements between

```
 1    Google and Perplexity -- excuse me, Microsoft and Perplexity
 2    that have been disclosed?
 3                MS. CHAPMAN:  I think -- is the question,
 4    Your Honor, are there additional agreements that have been
 5    disclosed absent redaction?
 6                THE COURT:  Correct.
 7                MS. CHAPMAN:  I believe the answer is no,
 8    Your Honor, and I'm just confirming.
 9                MR. SCHMIDTLEIN:  There is one non-disclosure
10    agreement.
11                MS. CHAPMAN:  Thanks, Mr. Schmidtlein.
12                THE COURT:  Okay.
13                And then how about with G42?  Because I don't
14    think they're among the contracts we received with
15    redactions.
16                Have you received any contracts between Microsoft
17    and G42?
18                MR. SCHMIDTLEIN:  No, Your Honor.  There were five
19    agreements that were withheld.
20                THE COURT:  Okay.
21                MR. SCHMIDTLEIN:  We've received no contracts
22    between Microsoft and G42.
23                THE COURT:  Okay.
24                All right.
25                And then with respect to Inflection, I think there
```

```
 1   were a few already in here, but are there additional
 2   contracts?
 3              MR. SCHMIDTLEIN:  There were two produced,
 4   Your Honor, and 16 withheld entirely.
 5              THE COURT:  All right.
 6              So let me take a look a little bit more closely at
 7   these withheld agreements and then we'll issue an order as
 8   to whether any or some portion of them ought to be
 9   disclosed.
10              If I need further information, even on an ex parte
11   basis from Ms. Chapman, I may reach out to you if I think I
12   need some additional information to understand what these
13   agreements are or what they pertain to.
14              But at present, it won't surprise you, I haven't
15   had a chance to look through 40-, 50-some odd agreements,
16   and that'll be some -- that'll be my gift under the tree to
17   myself from you all, I suppose.
18              MS. CHAPMAN:  Happy holidays, Your Honor.
19              MR. DAHLQUIST:  Sounds more like coal, Your Honor,
20   than a gift.
21              THE COURT:  In any event, thank you, all, very
22   much.
23              To the extent that there's anything open to
24   deliver to me, and that is if either Mr. Schmidtlein or
25   Ms. Chapman want to send me whatever public information
```

```
 1    there is about the supercomputer relationship, I'm happy to
 2    take a look at it.  Just see if I think that that is
 3    sufficient to, you know -- sufficient to give Google what it
 4    needs to at least understand that aspect of the OpenAI
 5    Microsoft relationship, okay?
 6               MS. CHAPMAN:  Thank you, Your Honor.
 7               THE COURT:  All right.
 8               I think we have nothing scheduled before the
 9    holidays, but you know where to find me if you need me.
10               But the bottom line is, have a wonderful holiday,
11    everybody, I hope everybody has some time off with your
12    families, and we'll look forward to seeing everybody in the
13    new year.  Thanks, everyone.
14               MR. DAHLQUIST:  Happy holidays.
15               THE COURT:  Oh, before I forget.
16               And, Ms. Chapman, you are free to drop off if
17    you'd like.
18               I do need to reschedule our January 9th hearing,
19    because I will actually be traveling on that day.  So can
20    you all do the afternoon of January 17th?
21               MR. DAHLQUIST:  Yes, Your Honor.
22               MR. SALLET:  Yes, Your Honor.
23               MR. SCHMIDTLEIN:  Yes, Your Honor.
24               THE COURT:  All right.
25               So let's say January 17th at 3:30.
```

1              I don't recall when the Status Reports are due

2     but...

3              MR. DAHLQUIST:  The 6th.

4              Could we push that back then, because that extra

5     time may help us resolve some more things.

6              THE COURT:  Of course.

7              So why don't we make those due the 14th, and then

8     we'll look forward to seeing everybody a few days later.

9     Okay.

10              MR. DAHLQUIST:  Perfect.

11              MR. SALLET:  Thank you, Your Honor.

12              THE COURT:  All right.  Thank you all very much,

13     be well, and have a safe restful holidays, everyone.

14              (Proceedings concluded at 10:22 a.m.)

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__December 21, 2024____    _____

                        William P. Zaremba, RMR, CRR

COURTROOM DEPUTY: [1] 4/2
MR. DAHLQUIST: [7] 23/6 25/21 31/19 32/14 32/21 33/3 33/10
MR. SALLET: [4] 27/6 27/9 32/22 33/11
MR. SCHMIDTLEIN: [17] 5/22 7/23 8/21 11/22 13/12 13/14 16/16 17/12 21/5 21/8 22/6 28/21 30/9 30/18 30/21 31/3 32/23
MS. CHAPMAN: [13] 5/8 12/6 18/15 20/4 20/15 20/23 28/10 28/12 30/3 30/7 30/11 31/18 32/6
THE COURT: [34] 4/15 5/11 6/12 8/20 10/25 12/11 13/13 13/24 17/8 18/6 19/23 20/14 20/21 20/24 21/7 21/22 22/16 24/18 27/7 28/9 30/12 30/20 30/23 31/5 31/21 32/7 32/15 32/24 33/6 33/12

$
$13 [1] 9/13

1
100 percent [1] 28/25
10:22 [1] 33/14
12th [1] 3/3
1300 [1] 2/11
14th [1] 33/7
16 [3] 18/2 21/6 31/4
17th [2] 32/20 32/25
19104 [1] 3/8

2
20 [1] 1/5
20-3010 [2] 1/4 4/6
20001 [1] 3/13
20005 [1] 3/3
202 [3] 2/5 3/4 3/14
2024 [1] 1/5 34/7
2060 [1] 3/8
209 [1] 2/4
21 [1] 34/7
215 [1] 3/8
25 [1] 23/15
29 [1] 17/25
2929 [1] 3/7

3
3010 [2] 1/4 4/6
3249 [1] 3/14
333 [1] 3/13
354-3249 [1] 3/14
3:30 [1] 32/25

4
40 [1] 31/15
434-5000 [1] 3/4

50-some [1] 31/15
5000 [1] 3/4
508-6000 [1] 2/12

6
600 [1] 2/4
6000 [1] 2/12
60604 [1] 2/5
6th [1] 33/3

7
720 [1] 2/12
725 [1] 3/3
7th [1] 2/11

8
80203 [1] 2/12
805-8563 [1] 2/5
8563 [1] 2/5

9
994-2060 [1] 3/8
9:30 [1] 1/6
9th [1] 32/18

A
a.m [2] 1/6 33/14
ability [9] 6/4 6/10 9/1 10/16 12/13 22/8 25/3 25/9 27/1
able [10] 6/4 8/1 9/21 9/24 10/11 10/21 20/2 22/6 22/21 27/25
about [18] 4/19 5/18 6/16 6/16 7/12 9/2 11/3 14/21 15/13 16/8 17/10 18/7 20/21 22/3 23/25 26/1 30/13 32/1
above [1] 34/4
above-titled [1] 34/4
absent [1] 30/5
accepted [1] 17/20
access [6] 10/18 13/10 19/16 22/22 26/5 27/24
accrued [1] 27/23
acknowledged [2] 13/25 14/4
Action [1] 4/6
activities [2] 6/8 8/15
actual [1] 15/14
actually [2] 10/11 14/7 32/19
ad [1] 26/13
add [2] 27/6 27/8
additional [5] 24/10 29/25 30/4 31/1 31/12
address [1] 13/3
adequate [1] 11/6
ads [2] 23/10 26/3
advancements [1] 26/15
advantage [2] 25/11 27/19
advantages [1] 28/2
afternoon [1] 32/20
again [11] 6/2 7/15 9/21 10/13 16/16 16/19

29/11
against [4] 15/14 22/21 23/4 27/4
agencies [1] 27/13
agree [2] 5/23 13/2
agreement [6] 16/23 18/18 18/20 20/9 22/18 30/10
agreements [35]
ahead [1] 28/11
AI [22] 6/11 7/3 7/5 7/6 10/4 10/15 10/17 17/3 17/13 17/22 18/3 19/4 21/9 21/25 24/22 25/9 26/4 26/21 27/16 27/18 28/3 28/25
AI technology [1] 19/4
AI-related [1] 7/3
aided [1] 3/15
al [2] 1/3 4/6
align [1] 27/10
all [25] 6/3 7/24 11/19 13/4 13/20 15/7 18/22 18/24 19/22 22/13 23/11 25/3 27/3 29/2 29/4 29/23 30/24 31/5 31/17 31/21 32/7 32/20 32/24 33/12 33/12
All right [1] 30/24
allowing [1] 8/22
allows [2] 12/24 12/24
already [12] 6/21 7/16 9/3 15/23 15/24 23/12 24/14 24/25 26/6 29/19 29/21 31/1
also [5] 8/21 9/24 10/6 29/3 29/15
am [2] 14/20 24/21
amendments [1] 20/9
AMERICA [2] 1/3 4/6
AMIT [2] 1/9 4/3
among [2] 7/13 30/14
amount [3] 6/21 7/16 16/7
another [3] 11/18 16/1 18/3
answer [2] 24/12 30/7
answers [1] 26/17
Antitrust [2] 2/3 2/9
any [23] 5/6 7/21 12/17 12/19 15/11 15/21 15/22 16/7 17/1 17/14 17/15 18/18 18/19 18/56 23/23 27/19 27/20 28/2 28/6 29/8 30/16 31/8 31/21
anything [4] 4/22 10/11 27/8 31/23
apart [1] 10/10
apologize [1] 28/10
APPEARANCES [2] 1/11 2/13
appeared [1] 19/3
appears [1] 24/14
Apple [1] 9/15
applied [2] 19/8 19/19
appreciate [1] 24/6

appropriate [3] 6/5 23/20 24/16
Arch [1] 3/7
are [71]
area [1] 24/8
argue [1] 25/19
argument [2] 22/24 23/5
arguments [1] 28/8
arising [1] 5/20
arms [1] 29/7
around [2] 6/11 29/7
articles [1] 15/12
artificial [3] 6/8 8/8 26/15
artificially [1] 27/25
as [32] 4/20 4/21 4/24 5/7 6/14 7/18 10/18 10/23 11/17 12/11 12/18 14/2 14/5 15/20 16/24 16/24 18/11 19/14 21/2 21/2 21/12 22/1 23/7 24/10 24/22 24/12 24/16 24/22 26/10 29/8 29/20 31/7
ask [4] 6/24 15/17 22/23 29/19
asked [2] 10/21 14/6
asking [3] 10/14 15/6 25/18
aspect [6] 10/7 11/3 27/17 27/20 28/5 32/4
assuring [1] 14/9
available [4] 11/5 11/5 12/22 14/21
Avenue [1] 3/13
award [1] 24/25
aware [1] 21/23
Azure [6] 5/13 6/15 8/4 8/18 15/13 19/17

B
back [4] 23/7 24/3 29/5 33/4
backed [1] 9/6
backstop [1] 10/5
backstopped [1] 22/14
backstopping [1] 29/2
balance [1] 15/7 29/14
Barrett [1] 3/12
based [1] 6/13
basis [1] 31/11
battle [3] 23/22 26/21 27/4
be [33] 6/4 7/1 7/14 7/24 8/6 9/1 9/3 10/21 13/6 13/22 14/18 14/24 15/5 17/5 17/19 18/24 19/15 20/3 20/15 21/10 22/6 22/21 23/16 24/10 25/13 26/8 28/12 29/8 31/8 31/16 31/16 32/19 33/13
bear [1] 17/18
bears [1] 6/7
because [13] 8/2 8/6 10/1 13/4 14/6 17/10

29/23 30/13 32/19 33/4
been [17] 6/22 12/15 14/15 16/18 17/5 19/12 19/25 20/13 24/3 24/4 24/14 27/14 28/22 29/6 29/24 30/2 30/4
before [4] 1/9 26/9 29/22 32/8 32/15
behalf [2] 4/13 12/7
being [11] 8/1 9/5 9/21 9/24 10/21 14/7 15/21 16/2 21/23 22/14 24/22 24/24 25/21 23/7 24/10 24/16 24/22 26/8
believe [10] 8/3 8/12 9/20 10/2 10/8 17/1 17/13 18/4 19/2 30/7
believes [2] 12/9 18/10
below [1] 23/12
benchmarks [1] 11/11
benefit [3] 13/20 15/17 25/24
between [14] 4/19 5/25 6/3 6/6 6/20 9/11 9/12 9/18 19/9 21/3 23/22 29/25 30/16 30/22
beyond [1] 28/7
big [1] 22/12
bigger [1] 22/13
billion [1] 9/13
Bing [2] 10/6 10/12
bit [3] 14/24 15/4 31/6
bluntly [1] 24/12
body [1] 14/15
both [1] 6/7
bottom [1] 32/10
breadth [1] 8/11
briefly [1] 28/12
broad [3] 6/2 6/9 10/17
broadly [1] 19/3
Broadway [1] 2/11
broke [1] 17/10
browser [1] 9/14
Bruce [1] 2/8
built [1] 8/7
business [1] 10/7

C
called [1] 19/13
calling [1] 4/5
can [13] 5/9 6/13 10/8 12/11 13/3 14/24 17/9 19/24 22/23 23/7 24/12 27/18 32/19
can't [1] 4/25
candidly [1] 7/25
capabilities [1] 10/5
capacity [3] 22/7 25/9 28/16
careful [1] 26/8
Carr [1] 2/10
case [4] 13/15 13/17 15/20 27/12
categories [6] 5/4 5/12 5/24 13/3 19/1 19/1
category [1] 7/21 20/12
Center [1] 2/10
Centre [1] 3/7

**C**

**certain [5]** 4/20 5/16 11/11 11/12 19/8
**certainly [8]** 4/24 7/5 15/2 15/22 18/15 22/16 29/18 29/20
**Certified [1]** 3/11
**certify [1]** 34/2
**CH [1]** 3/12
**chance [3]** 4/23 19/21 31/15
**change [1]** 26/20
**Chapman [12]** 3/6 4/13 5/6 6/25 12/4 12/7 15/12 15/17 18/6 31/11 31/25 32/16
**charging [1]** 16/10
**chatbot [1]** 21/9
**ChatGPT [3]** 8/16 10/5 21/10
**Chicago [1]** 2/5
**Cira [1]** 3/7
**Civil [1]** 4/5
**clear [5]** 6/17 8/6 11/13 20/15 22/17
**clearly [1]** 19/22
**client [1]** 25/5
**client's [1]** 18/14
**closely [1]** 31/6
**cloud [12]** 5/14 6/16 8/18 10/2 10/7 19/17 21/15 21/16 21/20 22/1 22/18 28/15
**cloud-computing [4]** 8/18 22/1 22/18 28/15
**CO [1]** 2/12
**coag.gov [1]** 2/13
**coal [1]** 31/19
**collectively [1]** 13/3
**Colorado [3]** 2/8 2/8 2/10
**colored [1]** 14/24
**COLUMBIA [1]** 1/1
**combined [1]** 8/5
**come [2]** 22/20 25/8
**comfortable [1]** 5/8
**comments [1]** 24/2
**commercial [1]** 21/15
**commitment [2]** 8/13 10/9
**commitments [2]** 11/11 15/25
**companies [14]** 6/21 7/13 10/15 10/23 16/1 18/19 18/24 19/10 21/16 21/18 21/25 22/14 25/15 29/2
**companies' [1]** 11/4
**company [7]** 9/6 9/25 13/20 17/3 17/13 18/3 25/16
**company's [1]** 8/9
**comparable [1]** 21/10
**compare [1]** 15/14
**compete [6]** 6/11 22/21 22/23 25/3 27/2 28/6
**competition [7]** 17/23 25/12 26/21 26/25

**competitive [12]** 6/7 8/15 8/25 9/2 10/12 17/18 21/10 22/10 24/25 25/11 28/24 28/25
**competitiveness [1]** 9/22
**competitors [3]** 22/21 25/4 26/13
**complicated [1]** 6/9
**comply [1]** 24/7
**component [2]** 7/10 8/18
**components [1]** 8/25
**composition [1]** 14/17
**computer [1]** 3/15
**computer-aided [1]** 3/15
**computing [10]** 5/14 6/16 8/18 19/17 21/15 21/16 21/20 22/1 22/18 28/15
**concentrated [1]** 21/1
**concern [7]** 6/19 20/2 22/3 22/19 25/7 25/25 26/11
**concerned [1]** 26/1
**concerns [1]** 5/18
**conclude [1]** 29/22
**concluded [1]** 33/14
**concrete [1]** 13/10
**conduct [4]** 23/9 23/24 26/11 26/12
**CONFERENCE [1]** 1/9
**confidential [1]** 13/8
**confirming [1]** 30/8
**confirms [1]** 28/22
**connection [1]** 17/14
**connectivity [1]** 17/9
**CONNOLLY [1]** 3/2
**consider [1]** 15/1
**consistent [1]** 20/8
**Constitution [1]** 3/13
**constrained [1]** 22/7
**consumer [2]** 2/9 22/9
**continue [2]** 8/22 21/18
**CONTINUED [1]** 3/1
**contours [1]** 28/7
**contract [2]** 7/14 11/21
**contracts [16]** 5/15 5/16 5/21 7/11 7/12 7/17 9/9 12/11 12/23 15/4 16/2 25/7 30/14 30/16 30/21 31/2
**contractual [1]** 28/18
**control [4]** 26/2 26/5 26/24 27/24
**controlled [1]** 26/24
**controls [1]** 9/19
**Copilot [2]** 10/6 10/12
**core [1]** 29/9
**Corporation [1]** 3/6
**correct [3]** 12/21 30/6 34/3
**could [4]** 6/24 15/12 18/23 33/4

**counsel [3]** 4/15 11/3 28/14
**course [6]** 19/18 23/18 24/6 27/10 29/19 33/6
**COURT [4]** 1/1 3/10 3/12 4/3
**critical [7]** 8/9 8/24 8/24 8/24 21/17 21/21 22/2
**CRR [2]** 34/2 34/8
**CV [1]** 1/4

**D**

**D.C [3]** 1/5 3/3 3/13
**Dahlquist [5]** 2/2 4/9 22/23 23/2 27/11
**dark [1]** 16/22
**Date [1]** 34/7
**David [2]** 2/2 4/9
**david.dahlquist [1]** 2/6
**day [1]** 32/19
**days [1]** 33/8
**dealing [1]** 9/8
**decade [1]** 26/25
**December [2]** 1/5 34/7
**DECHERT [1]** 3/6
**dechert.com [1]** 3/9
**decided [2]** 23/12 24/14
**default [1]** 9/14
**defend [1]** 23/4
**Defendant [4]** 1/7 3/2 3/5 4/12
**defense [2]** 8/3 15/8
**deficiency [1]** 15/15
**define [1]** 10/18
**degree [1]** 17/7
**delay [1]** 4/17
**deliver [1]** 31/24
**demonstrate [4]** 8/13 10/9 21/14 22/7
**Denver [1]** 2/12
**DEPARTMENT [4]** 2/3 2/8 4/8 7/4
**depose [1]** 29/16
**describes [1]** 5/5
**detail [5]** 11/6 11/7 12/17 13/5 15/2
**detailed [1]** 6/15
**details [11]** 7/2 11/13 13/1 14/23 14/24 15/17 20/7 22/5 22/18 25/14 28/18
**determination [1]** 29/7
**determining [1]** 20/17
**developer [1]** 21/8
**developing [1]** 17/17
**development [2]** 19/3 20/9
**did [1]** 26/12
**didn't [1]** 19/10
**different [7]** 5/17 5/20 5/21 12/3 13/23 20/1 24/20
**direction [1]** 27/5
**disagree [1]** 21/13
**disclose [1]** 1/3
**disclosed [5]** 6/22 29/8

**disclosure [3]** 11/3 16/23 30/9
**discovery [5]** 23/18 24/1 24/4 24/11 26/6
**discuss [2]** 4/18 7/21
**discussion [1]** 5/9
**dispute [1]** 14/17
**disputes [1]** 4/19
**DISTRICT [3]** 1/1 1/1 1/10
**dive [1]** 4/22
**divest [3]** 10/15 17/6 17/20
**Division [1]** 2/3
**do [12]** 5/19 5/25 7/2 9/20 10/11 18/6 19/6 19/15 23/20 24/9 32/18 32/20
**do they [1]** 19/6
**does [3]** 12/17 12/19 21/24
**doing [3]** 26/4 26/14 29/12
**DOJ [2]** 2/2 26/1
**domain [1]** 15/13
**don't [23]** 4/22 5/2 12/4 15/21 16/3 16/17 16/21 16/25 17/1 17/13 17/15 18/13 21/1 22/11 22/22 23/2 25/21 26/17 29/11 29/12 30/13 33/1 33/7
**draft [1]** 15/18
**draw [1]** 9/1
**drop [1]** 32/16
**due [2]** 33/1 33/7
**dynamic [1]** 28/25

**E**

**either [4]** 15/12 16/19 21/15 31/24
**Email [4]** 2/6 2/13 3/4 3/9
**engaged [1]** 20/17
**engine [1]** 9/14
**enhance [1]** 27/25
**entirely [1]** 31/4
**entirety [2]** 16/18 20/13
**entities' [1]** 6/7
**entitled [1]** 23/18
**entrants [1]** 27/1
**established [1]** 14/16
**et [2]** 1/3 4/6
**et al [1]** 4/6
**even [1]** 31/10
**event [1]** 31/21
**ever [1]** 22/3
**ever-present [1]** 22/3
**every [3]** 4/25 27/17 28/5
**everybody [4]** 32/11 32/11 32/12 33/8
**everyone [2]** 32/13 33/13
**everything [1]** 27/10
**ex [1]** 31/10
**exact [1]** 26/14

**exactly [1]** 28/22

**example [2]** 14/13 19/14
**excuse [2]** 21/4 30/1
**executed [1]** 7/14
**exercise [2]** 20/17 28/1
**exhibits [1]** 4/24 5/2
**expansion [1]** 28/7
**exploration [1]** 12/24
**explore [2]** 12/9 24/9
**explored [1]** 24/9
**extending [1]** 26/3
**extent [8]** 8/11 9/17 11/5 12/10 17/6 20/1 29/16 31/23
**extra [1]** 33/4
**eyeball [1]** 29/6

**F**

**fact [4]** 13/6 21/23 22/10 22/14
**fair [3]** 6/21 7/16 22/16
**fairly [1]** 6/15
**fall [4]** 5/3 19/22 20/11 20/12
**falls [1]** 5/12
**families [1]** 32/12
**fashion [1]** 6/1
**fee [2]** 16/7 16/9
**feed [1]** 17/10
**feel [1]** 15/15
**fees [4]** 5/15 7/18 9/23 16/6
**fell [1]** 18/25
**few [4]** 7/7 23/15 31/1 33/8
**final [2]** 24/16 28/15
**financial [1]** 10/9
**find [1]** 32/9
**fine [1]** 6/1
**first [1]** 13/19
**five [1]** 30/18
**flavor [1]** 26/17
**floor [2]** 2/11 27/8
**focus [1]** 24/16
**folks [1]** 29/16
**foregoing [1]** 34/3
**forget [1]** 32/15
**forgive [1]** 17/9
**form [1]** 13/16
**forth [1]** 14/16
**forward [4]** 10/17 25/8 32/12 33/8
**free [1]** 32/16
**front [1]** 24/17
**frontier [1]** 26/4
**full [4]** 6/4 6/5 9/21 18/10
**fulsome [1]** 6/20
**fundamentally [1]** 21/13
**further [1]** 31/10

**G**

**G42 [11]** 16/25 17/3 17/10 17/13 17/15 17/17 19/14 19/16 30/13 30/17 30/22

**G**

gained [1] 28/2
gather [1] 21/11
general [4] 4/24 5/4 5/7 7/20
generally [3] 5/23 18/11 28/3
generation [1] 26/9
generative [1] 28/3
get [8] 6/4 12/1 12/4 14/22 18/4 27/18 29/6 29/7
getting [3] 10/4 10/4 25/16
gift [2] 31/16 31/20
give [3] 6/25 27/7 32/3
given [3] 7/16 10/20 18/4
go [3] 7/18 28/11 29/5
Go ahead [1] 28/11
goes [2] 26/9 27/18
going [25] 9/3 10/17 13/21 14/18 15/16 17/5 17/22 22/12 22/21 22/24 23/3 24/8 24/21 24/24 25/2 25/5 25/8 25/13 25/19 25/21 25/25 26/10 26/19 27/7 27/22
good [3] 4/2 4/15 29/20
good morning [1] 4/15
GOOGLE [40]
Google LLC [1] 4/7
Google's [14] 6/3 6/10 7/11 7/11 9/8 10/16 12/13 16/14 23/9 25/8 25/12 26/24 27/23 29/12
got [4] 15/24 16/25 21/11 27/19
gotten [3] 16/22 17/1 17/23
governance [10] 5/15 7/10 7/12 9/7 9/8 9/11 9/19 11/17 14/13 15/20
government [2] 10/13 27/12
government's [2] 17/21 18/5
grant [1] 25/1
great [2] 21/20 25/11
greater [3] 15/22 22/8 22/9
gritty [1] 20/6
grow [1] 22/8
growing [1] 22/2
guess [4] 5/13 15/10 21/1 21/22

**H**

had [10] 4/23 13/18 14/8 18/18 19/2 19/12 19/21 20/16 29/15 31/15
hamstring [1] 15/16 25/2
happy [6] 7/22 14/20

harm [1] 13/20
has [15] 4/20 8/7 9/13 10/3 12/5 12/19 14/15 17/3 17/5 17/14 23/12 27/19 28/2 29/9 32/11
hasn't [1] 19/21
have [52]
haven't [3] 16/8 21/1 31/14
having [4] 4/16 14/9 17/9 19/16
he [1] 27/17
hear [11] 7/22 12/4 16/8 22/11 24/21 25/21 25/25 26/10 26/18 26/19 27/16
heard [8] 7/24 9/3 13/9 16/8 28/12 28/13 28/14 28/21
hearing [5] 12/8 19/2 19/16 27/3 32/18
help [3] 22/4 23/2 33/5
helpful [2] 20/3 28/9
here [20] 4/18 5/6 10/21 11/25 13/16 14/2 14/12 17/18 18/5 19/22 23/2 23/8 23/9 23/11 23/19 27/3 29/4 29/10 29/13 31/1
high [11] 5/9 5/23 6/25 7/6 8/7 11/12 14/25 15/18 16/3 18/8 20/2
high-level [3] 5/23 6/25 14/25
highest [1] 11/25
highly [6] 12/16 13/1 13/7 13/8 14/10 24/25
hip [1] 10/24
his [1] 25/5
hit [1] 11/11
holiday [1] 32/10
holidays [4] 31/18 32/9 32/14 33/13
Honor [39]
HONORABLE [3] 1/9 4/2 4/3
hope [1] 32/11
hopefully [1] 5/5
hosting [1] 8/21
how [14] 6/7 6/17 9/2 9/2 16/1 17/22 20/21 20/25 22/17 26/11 26/14 26/18 28/6 30/13
hundreds [2] 15/24 15/25

**I**

I am [2] 14/20 24/21
I believe [1] 30/7
I can [3] 6/13 22/23 24/12
I don't [5] 17/1 17/13 25/21 26/17 30/13
I don't have [1] 21/1
I don't recall [1] 33/1
I guess [4] 5/13 15/10 21/1 21/22

I haven't [1] 16/8
I hope [1] 32/11
I just [1] 16/3
I mean [18] 6/13 6/19 6/21 11/2 11/7 11/10 11/10 11/14 12/8 14/14 14/20 15/3 16/16 16/22 18/9 21/3 22/19 28/18 22/17 25/23 25/25 26/16 27/4 30/3 30/25 32/8
I thought [1] 14/7
I understand [2] 5/14 13/14
I want [1] 15/5
I was [1] 4/16
I will [2] 29/5 32/19
I would [1] 5/19
I'll [6] 11/18 13/24 14/13 15/10 15/14 16/10
I'm [19] 5/5 7/15 7/19 7/22 11/8 12/8 14/9 14/10 14/25 16/8 17/8 17/9 21/22 25/18 26/19 27/3 29/12 30/8 32/1
I'm just [1] 30/8
I'm not [1] 5/5
I'm not sure [1] 11/8
I'm sorry [1] 17/8
I've [9] 4/23 4/24 4/25 11/7 11/18 13/24 14/3 28/21 28/22
idea [1] 13/21
identified [6] 5/7 18/9 18/19 19/2 19/10 19/11
identify [1] 18/23
IL [1] 2/5
immensely [1] 24/3
impedes [1] 12/13
impediment [1] 28/3
implementation [1] 11/21
important [5] 8/3 8/13 9/20 9/24 14/23
impose [2] 13/21 25/1
imposes [1] 11/10
impression [1] 7/20
incentive [1] 10/10
inclined [1] 7/25
indulgence [1] 4/16
Inflection [7] 18/3 18/20/21 21/2 21/4 21/8 21/12 30/25
information [12] 11/6 12/13 12/22 12/22 12/24 13/11 14/21 15/8 20/12 31/10 31/12 31/25
infrastructure [8] 8/14 21/17 22/1 22/4 22/22 25/10 25/15 27/25
inner [1] 8/9
input [2] 22/2 27/20

inputs [2] 16/25 21/22
insight [2] 17/21 20/25
insofar [4] 7/18 11/17 15/20 24/22
instance [1] 14/15
insurgent [1] 25/3
intelligence [3] 6/8 8/8 8/17
intend [1] 24/9
intending [1] 28/5
intention [2] 24/13 24/15
interaction [1] 22/9
interconnection [2] 5/25 9/18
interest [2] 17/6 21/15
interesting [1] 24/3
interests [2] 10/15 15/7
intricate [1] 21/12
intrusive [1] 10/20
invasive [1] 10/14
invest [2] 6/10 10/16
invested [1] 9/25
investment [6] 5/15 7/9 9/13 17/15 17/19 19/4
investments [1] 17/4
involve [2] 13/4 20/1
irrelevant [1] 21/17
is [140]
isn't [2] 6/17 14/11
issue [8] 5/6 14/22 16/6 19/7 19/18 28/16 29/10 31/7
issues [10] 4/16 5/3 5/20 6/17 14/12 15/21 17/9 19/10 23/12 24/14
it [48]
it's [16] 6/24 7/5 8/3 8/16 11/2 11/13 11/15 11/19 11/22 12/2 16/24 19/20 21/17 22/17 22/17 24/21 27/18
its [9] 4/21 8/15 10/15 16/10 21/15 21/16 25/3 25/9 27/18
itself [1] 17/20

**J**

January [3] 32/18 32/20 32/25
January 17th [1] 32/20
John [2] 3/2 4/12
John Schmidtlein [1] 4/12
joined [1] 10/23
joint [1] 20/9
jon.sallet [1] 2/13
Jonathan [2] 2/8 4/11
Jonathan Sallet [1] 4/11
jschmidtlein [1] 3/4
JUDGE [1] 1/10
judgment [2] 24/16 28/15
Judicial [1] 2/10
Julia [2] 3/6 4/13

Julia Chapman [1] 3/9
Julie [1] 12/7
Julie Chapman [1] 12/7
just [20] 5/6 7/5 11/1 14/13 16/3 16/10 16/21 17/10 18/22 20/15 20/19 21/13 23/7 23/13 25/9 28/21 29/13 29/22 30/8 32/2
justice [4] 2/3 4/8 7/4 27/13

**K**

keep [1] 26/12
kind [21] 8/5 12/18 12/23 13/4 13/4 13/5 13/9 13/9 18/21 19/1 19/4 19/5 19/12 19/14 20/11 20/11 20/16 20/17 23/5 27/19 28/15
know [37]
known [1] 8/7

**L**

landscape [3] 17/18 17/22 28/24
lane [1] 19/22
largely [2] 5/3 15/3
largest [2] 9/6 25/16
LaSalle [1] 2/4
last [2] 19/2 26/24
later [1] 33/8
LAW [1] 2/8
laying [1] 15/25
least [5] 6/14 7/3 18/23 23/4 32/4
leave [3] 15/10 16/10 29/4
less [1] 14/23
let [5] 8/6 11/1 29/22 29/22 31/6
let's [6] 13/15 16/12 24/16 29/4 29/15 32/25
level [14] 5/23 6/25 7/3 7/6 8/7 11/8 11/12 11/25 14/25 15/12 15/18 16/3 18/8 20/2
light [2] 6/8 18/12
like [13] 7/11 7/21 7/23 8/2 9/8 13/2 16/19 20/18 27/8 27/24 27/24 31/19 32/17
limited [1] 12/15
limiter [1] 18/21
line [6] 5/9 5/9 12/23 32/10
list [5] 13/17 16/12 18/22 23/15 23/17
litigate [5] 23/11 24/13 27/17 27/22 28/5
litigating [1] 27/21
litigation [1] 13/18
little [6] 9/5 14/24 17/11 22/13 24/19 31/6
LLC [2] 1/6 4/7
LLM [1] 28/6
LLP [2] 3/2 3/6

**L**

LMM [1] 27/18
long [2] 10/9 16/12
long-term [1] 10/9
look [19] 5/1 11/2 11/7
11/18 13/24 13/24 14/5
14/20 16/19 22/16
22/20 24/20 25/13
29/11 31/6 31/15 32/2
32/12 33/8
looked [4] 4/24 11/7
11/18 14/9
lose [1] 13/15
lot [2] 10/4 14/11
lots [2] 10/1 10/1

**M**

made [2] 16/1 17/4
majority [1] 20/5
make [10] 6/19 8/1 8/2
10/10 22/24 26/22
26/25 29/7 29/22 33/7
making [2] 10/1 10/6
managed [1] 16/2
manner [1] 7/13
many [2] 7/11 23/24
marginally [1] 15/22
market [2] 26/13 26/14
markets [3] 26/23 27/1
27/14
material [4] 12/16
18/11 20/8 20/18
materiality [1] 20/16
matter [6] 4/9 4/24 5/7
5/10 23/14 34/4
matters [2] 7/14 20/1
may [11] 13/6 13/12
15/17 17/18 23/16 24/4
24/10 27/6 28/12 31/11
33/5
maybe [1] 5/20
me [28] 5/6 5/21 6/17
8/6 11/1 11/2 11/13
14/19 15/5 15/11 15/12
17/9 17/11 18/7 18/13
21/4 22/4 22/17 23/2
23/3 29/22 29/22 30/1
31/6 31/24 31/25 32/9
32/9
mean [20] 6/13 6/19
6/21 11/2 11/7 11/10
11/10 11/14 11/14 12/8
14/14 14/20 15/3 15/24
16/16 16/22 18/9 21/3
22/19 28/18
mechanical [1] 3/15
mechanics [3] 11/20
14/14 14/14
MEHTA [2] 1/9 4/3
Merit [1] 3/11
Microsoft [43]
Microsoft's [4] 5/14
18/7 21/14 29/1
might [2] 11/20 28/6
mindful [1] 19/15
minimize [1] 29/11
minute [1] 23/7
model [1] 27/18

money [2] 10/1 10/6
monopolist [2] 23/9
26/2
monopolistic [1] 23/24
monopolized [1] 27/14
monopoly [2] 27/23
28/1
more [5] 19/17 22/25
31/6 31/19 33/5
morning [3] 4/2 4/15
4/18
most [1] 13/18
Motorola [1] 9/16
moves [1] 16/3
Mozilla [1] 9/16
Mr. [26] 5/17 7/20 11/8
12/5 12/8 12/19 14/5
15/11 16/14 17/8 20/25
22/23 22/24 23/2 23/21
23/25 24/2 24/15 24/20
25/4 27/7 27/11 27/17
29/13 30/11 31/24
Mr. Dahlquist [3]
22/23 23/2 27/11
Mr. Sallet [2] 22/24
27/7
Mr. Schmidtlein [18]
5/17 7/20 11/8 12/5
12/8 12/19 14/5 15/11
16/14 17/8 20/25 23/21
23/25 25/4 27/17 29/13
30/11 31/24
Mr. Schmidtlein's [3]
24/2 24/15 24/20
Ms. [9] 5/6 6/25 12/4
15/12 15/17 18/6 31/11
31/25 32/16
Ms. Chapman [9] 5/6
6/25 12/4 15/12 15/17
18/6 31/11 31/25 32/16
much [7] 16/4 19/17
20/25 21/2 22/13 31/22
33/12
mundane [4] 11/23
13/6 13/7 16/24
mutate [1] 25/24
my [7] 6/13 7/2 7/20
24/19 25/6 29/7 31/16
myself [2] 27/10 31/17

**N**

narrative [1] 14/25
narrow [1] 19/8
narrower [1] 24/19
nature [6] 9/17 10/20
12/9 12/14 13/7 19/15
necessary [1] 22/18
need [18] 10/8 11/9
13/10 14/8 14/23 15/8
21/18 22/6 22/23 24/5
25/14 26/7 29/8 29/12
31/10 31/12 32/9 32/18
needed [1] 22/4
needle [1] 16/3
needs [3] 12/9 15/7
32/4
new [6] 24/8 26/4

news [1] 11/2
next [4] 13/18 23/21
26/9 27/8
nitty [1] 20/6
nitty-gritty [1] 20/6
no [11] 1/4 5/8 5/23
12/1 12/1 18/21 24/13
25/12 30/7 30/18 30/21
25/12 30/7 30/18 30/21
non [5] 12/2 12/25 13/5
16/23 30/9
non-disclosure [2]
16/23 30/9
non-parties [1] 12/2
non-party [1] 12/25
non-relevant [1] 13/5
none [2] 12/12 12/12
nonetheless [1] 13/7
not [42]
noted [1] 12/19
nothing [2] 17/23 32/8
notion [1] 21/14
notwithstanding [5]
12/18 13/5 13/6 18/19
25/12
now [5] 4/3 4/5 7/25
16/6 24/2
nuanced [2] 13/4 23/5
number [2] 19/24
29/20
NW [2] 3/3 3/13

**O**

obligations [1] 9/12
obliged [1] 9/20
obtained [1] 26/6
Obviously [1] 19/21
odd [1] 31/15
off [2] 32/11 32/16
offer [1] 8/22
offerings [1] 8/25
Official [1] 3/12
Oh [1] 32/15
okay [11] 4/15 5/11
6/12 15/9 19/23 20/14
20/24 21/7 28/9 28/20
30/12 30/20 30/23 32/5
33/9
one [11] 5/1 5/12 6/14
16/1 16/10 16/22 16/24
21/2 21/20 29/13 30/9
ongoing [1] 6/10
only [2] 10/3 26/22
open [2] 26/23 31/23
OpenAI [17] 6/6 8/15
8/22 9/2 9/4 9/5 9/13
9/18 10/10 11/12 18/1
19/25 21/2 21/4 28/6
29/20 32/4
OpenAI's [3] 8/8 8/25
10/2
opened [1] 4/25
operate [1] 21/18
operation [3] 20/6 20/7
20/10
opportunity [3] 27/2
29/16 29/18
order [8] 10/13 11/1

26/12 31/7
orders [1] 24/7
ordinary [3] 11/15 14/3
19/17
other [7] 4/21 7/14
7/16 21/23 22/13 23/23
28/6
others [1] 25/11
otherwise [1] 19/12
ought [1] 31/8
our [8] 8/3 9/1 12/12
17/6 24/13 26/11 28/7
32/18
out [6] 5/5 15/25 23/2
26/13 26/13 31/11
outside [3] 19/22 20/11
29/9
over [3] 13/16 25/11
27/19
overstatement [1] 14/1
own [1] 25/24

**P**

PA [1] 3/8
pages [1] 15/25
paper [1] 27/18
part [1] 8/9
parte [1] 31/10
particular [5] 7/21 16/6
16/9 25/7 29/2
particularly [1] 7/2
11/14
parties [2] 9/12 12/2
partners [1] 16/10
partnership [2] 20/6
20/7
partnerships [1] 16/21
party [1] 3/5 11/14
11/15 11/16 12/25
13/15 13/23 14/2 14/3
23/19 23/23
payments [2] 5/16 7/18
people [2] 9/3 22/7
percent [1] 28/25
Perfect [1] 33/10
perform [1] 11/12
perhaps [2] 6/24 28/11
22/25
Perplexity [3] 16/22
30/1 30/1
pertain [2] 7/1 31/13
phase [3] 13/18 24/21
25/20
Philadelphia [1] 3/8
picture [3] 6/20 9/2
9/21
piece [1] 11/17
plaintiff [5] 2/7 4/10
13/16 14/2 23/14
plaintiffs [12] 1/4 2/2
6/9 7/4 22/19 23/14
24/23 25/8 26/1 27/12
27/15 28/22
plaintiffs' [2] 28/13
28/14
point [2] 10/19 25/19
points [3] 26/5 27/9

poor [1] 22/13
portion [1] 31/8
portions [2] 6/22 7/17
pose [1] 28/2
position [3] 16/14
25/13 25/14
possible [2] 27/20
27/20
posture [1] 12/3
potential [1] 19/6
potentially [2] 6/5 8/12
power [2] 27/23 28/1
precisely [2] 6/17
26/18 28/16
preliminarily [1] 4/22
preliminary [1] 23/17
prepared [2] 14/25
18/23
present [5] 4/13 6/5
15/8 22/3 31/14
presentation [1] 14/19
presiding [1] 4/4
pretty [1] 20/19
Prettyman [1] 3/12
prevent [1] 26/8
primarily [1] 20/10
printers [1] 27/19
proceeding [5] 6/1
23/11 23/22 26/7 29/1
proceedings [4] 1/9
3/15 33/14 34/4
produce [2] 11/23
20/18
produced [10] 3/15
4/20 11/25 12/23 17/7
17/14 18/25 19/7 19/11
31/3
product [3] 9/9 21/9
21/11
production [1] 18/12
products [7] 8/8 8/17
9/15 10/18 17/17 22/9
26/16
propose [1] 5/19
proposed [7] 10/20
12/17 12/20 18/15 19/6
24/16 28/15
proposition [1] 5/7
prospect [1] 25/12
Protection [1] 11/24
protective [1] 11/24
proved [1] 26/11
provide [2] 8/22 21/18
provided [2] 12/12
15/4
provider [1] 21/9
providing [4] 8/14 9/9
9/14 21/25
provisions [3] 6/16
7/12 9/8
public [8] 11/3 11/5
14/21 15/11 15/13
15/15 19/15 31/25
publicly [1] 8/6 11/5
12/22
purpose [1] 23/10
push [1] 33/4

**P**

**pushing** [1] 24/3
**putting** [1] 10/16

**Q**

**question** [10] 21/22
24/12 24/19 25/6 26/17
27/16 27/22 28/17
29/13 30/3
**questioning** [1] 12/25
**questions** [1] 29/19
**quite** [1] 15/4

**R**

**raise** [1] 5/18
**Ralph** [1] 2/10
**re** [2] 23/11 24/13
**re-litigate** [2] 23/11
24/13
**reach** [1] 31/11
**reaction** [1] 12/5
**real** [2] 15/21 25/12
**really** [12] 5/13 11/10
11/19 14/13 14/18 15/8
15/21 16/3 16/17 19/5
25/6 29/9
**Realtime** [1] 3/11
**reason** [5] 4/17 9/25
14/6 16/6 16/9
**recall** [1] 33/1
**received** [7] 18/17 21/3
21/3 21/5 30/14 30/16
30/21
**receiving** [1] 15/7
**recognize** [1] 11/15
**record** [4] 4/5 8/1
23/13 34/3
**recorded** [1] 3/15
**redacted** [6] 4/23 5/2
12/13 12/16 20/8 29/24
**redaction** [2] 20/12
30/5
**redactions** [7] 4/19
5/18 6/14 6/15 12/12
19/8 30/15
**Registered** [1] 3/11
**reject** [1] 24/15
**relate** [7] 12/17 12/19
16/19 19/6 19/16 20/6
20/10
**related** [7] 6/10 6/16
7/3 7/5 7/6 7/14 19/18
**relates** [1] 6/14
**relating** [1] 19/3
**relationship** [15] 6/6
6/20 7/6 7/13 9/11
10/22 11/4 12/10 12/14
21/2 21/12 21/23 29/1
32/1 32/5
**relationships** [4] 8/10
16/20 21/24 29/18
**relevance** [9] 7/19 14/8
14/11 15/21 15/22
18/21 19/5 19/22 20/19
**relevant** [14] 6/18 7/3
7/15 11/14 13/5 14/18
14/18 16/7 16/10 19/1
22/5 28/17 28/25 29/3

**remedies** [2] 6/2
7/5 7/7 10/14 10/21
12/18 12/20 13/21
17/21 19/6 19/18 24/21
24/22 25/1 25/1 25/1
25/19 28/17 29/1
**remedy** [4] 17/22 18/5
23/9 23/24
**remember** [2] 23/23
29/15
**removed** [1] 7/8
**repeat** [1] 17/10
**Reporter** [4] 3/10 3/11
3/11 3/12
**reporting** [1] 15/16
**Reports** [1] 33/1
**represented** [1] 29/9
**representing** [3] 4/8
4/10 4/12
**request** [1] 18/17
**requiring** [1] 12/25
**reschedule** [1] 32/18
**resolution** [1] 14/17
**resolve** [1] 33/5
**respect** [10] 8/15 9/7
10/5 10/6 10/12 16/5
16/15 17/25 18/2 30/25
**responsibilities** [1]
14/16
**responsive** [1] 18/11
**responsiveness** [1]
20/20
**restful** [1] 33/13
**restore** [1] 27/13
**restrictions** [2] 10/16
18/5
**review** [5] 4/23 6/13
7/2 19/21 20/20
**revisit** [2] 24/5 24/9
**right** [9] 4/22 7/25 8/20
29/4 30/24 31/5 32/7
32/24 33/12
**rights** [1] 9/12
**rises** [1] 11/8
**RMR** [2] 34/2 34/8
**robust** [2] 9/2 11/24
**robustness** [1] 8/13

**S**

**safe** [1] 33/13
**said** [7] 12/5 13/2 14/2
14/5 17/10 22/1 27/11
22/24 27/7
**Sallet** [4] 2/8 4/11
22/24 27/7
**same** [7] 7/9 15/6 16/5
17/4 17/19 20/22 26/14
**Samsung** [1] 9/9
**satisfactory** [1] 14/22
**saw** [1] 19/7
**say** [8] 4/25 14/1 22/20
24/24 25/5 25/8 28/18
32/25
**saying** [1] 25/13
**says** [1] 14/10
**scheduled** [1] 32/8
**Schmidtlein** [20] 3/2
4/12 5/17 7/20 11/8
12/5 12/8 12/19 14/5

**sorry** [2] 17/8 21/22
**sort** [4] 5/20 17/15
20/22 22/1
**sought** [2] 24/1 24/22
**sounds** [2] 16/24 31/19
**South** [1] 2/4
**space** [8] 6/8 9/22
10/24 19/4 22/12 24/25
25/4 28/25
**speaking** [1] 5/5
**specific** [6] 7/7 16/8
27/23 28/2 28/8 28/18
**specifically** [1] 28/4
**St** [1] 3/3
**standpoint** [1] 25/10
**stands** [1] 13/20
**start** [2] 5/2 18/16
**startup** [5] 9/4 9/5 17/3
**State** [1] 2/8
**STATES** [8] 1/1 1/3
1/10 2/2 4/6 4/10 23/13
23/14
**stating** [1] 5/6
**STATUS** [2] 1/9 33/1
**stenography** [1] 3/15
**step** [1] 23/7
**steps** [1] 7/7
**stop** [1] 26/8
**straightforward** [1]
20/19
**Street** [2] 2/4 3/7
**structure** [2] 9/19 16/9
**structuring** [1] 16/20
**subject** [4] 5/7 5/9 20/1
26/20
**submission** [2] 8/2 8/2
**subpoena** [1] 18/17
**substance** [2] 13/16
18/19
**substantial** [3] 10/3
10/23 25/10
**substantially** [1] 13/22
**substitute** [1] 11/6
**successful** [1] 10/10
**such** [1] 25/11
**sufficient** [2] 32/3 32/3
**sufficiently** [1] 20/18
**Suite** [2] 2/4 2/11
**summarize** [1] 20/2
**summarizes** [1] 15/18
**summary** [1] 6/25
**supercomputer** [7]
5/13 6/15 8/4 11/3
14/21 15/13 32/1
**supercomputers** [2]
8/7 8/12
**support** [5] 8/8 8/14
8/15 21/16 25/16
**suppose** [1] 31/17
**sure** [12] 6/20 7/15
7/19 10/10 11/8 13/13
17/12 20/4 23/18 26/22
26/25 29/22
**surprise** [2] 7/10 31/14
**suspect** [2] 19/25
24/21
**sweep** [1] 10/17

**take** [10] 11/1 11/18
14/13 14/20 18/10 22/8
23/7 29/5 31/6 32/2
**taken** [1] 5/1
**taking** [2] 26/2 26/22
**talk** [1] 9/4
**talking** [1] 23/25
**targeted** [2] 12/15 28/8
**tech** [1] 4/16
**technical** [2] 12/17
13/1
**technically** [1] 13/15
**technologies** [1] 6/11
**technology** [3] 10/4
19/4 26/15
**tell** [3] 5/21 6/13 23/3
**telling** [2] 14/10 28/22
**term** [3] 10/9 13/6
20/16
**terms** [8] 5/16 7/7 9/23
15/14 15/19 25/6 25/15
29/23
**terribly** [1] 7/15
**test** [2] 19/5 19/19
**testified** [1] 13/19
**tethered** [1] 19/5
**text** [3] 23/10 26/3
26/13
**than** [5] 15/22 19/17
21/23 22/13 31/20
**thank** [8] 4/16 5/22
12/6 23/6 31/21 32/6
33/11 33/12
**Thank you** [7] 4/16
5/22 12/6 23/6 32/6
33/11 33/12
**Thanks** [2] 30/11 32/13
**that** [177]
**that'll** [2] 31/16 31/16
**that's** [21] 6/22 7/15
7/20 16/24 18/22 19/7
19/10 22/16 22/24 23/3
23/10 24/15 24/17 25/4
25/13 25/23 26/18
26/21 27/4 28/7 28/9
**their** [15] 10/2 10/7
10/7 12/18 16/18 17/5
17/14 20/13 21/18 22/8
22/9 22/19 25/6 26/2
26/16
**them** [18] 5/25 7/2 8/5
9/10 13/3 13/4 17/23
18/9 18/9 19/21 20/5
23/22 23/22 24/4 24/11
24/7 29/8 31/8
**theme** [1] 6/3
**then** [18] 7/18 11/17
14/17 14/25 15/17
15/20 16/7 16/12 17/25
19/8 22/25 25/13 25/14
30/13 30/25 31/7 33/4
33/7
**there** [23] 5/4 7/12 7/15
11/2 14/11 14/15 14/16
15/15 15/21 18/21
19/24 22/25 23/1 25/11
26/25 29/25 30/4 30/9

**T**

there... [5] 30/18 30/25
31/1 31/3 32/1
there's [11] 4/21 5/17
5/19 6/2 6/21 7/21
10/17 14/17 16/6 22/25
31/23
these [47]
they [40]
they're [8] 10/14 15/6
16/2 22/12 22/14 22/24
26/4 30/14
they've [8] 8/4 15/4
16/17 18/2 21/6 21/11
24/3 26/24
thing [3] 16/25 17/4
26/14
things [1] 33/5
think [40]
thinking [3] 18/7 18/14
20/22
third [10] 3/5 11/14
11/15 11/16 13/15
13/23 14/2 14/3 23/19
23/23
Third-Party [1] 3/5
this [53]
those [14] 5/23 6/11
6/15 7/1 8/12 8/24 8/24
11/1 15/18 19/10 27/14
28/1 29/19 33/7
thought [1] 14/7
thoughts [1] 24/7
thread [1] 6/3
three [4] 5/13 5/23 13/2
13/17
through [5] 21/15
21/16 28/1 29/5 31/15
time [6] 6/5 15/6 24/7
29/5 32/11 33/5
tip [1] 17/22
titled [1] 34/4
today [7] 24/2 24/9
26/2 26/3 26/9 26/16
27/3
too [1] 7/19
top [2] 5/9 12/23
top-line [1] 12/23
topic [2] 15/14 25/24
topics [2] 14/18 23/25
touch [1] 19/10
trade [1] 11/25
train [1] 25/9
training [1] 22/3
transcript [3] 1/9 3/15
34/3
transcription [1] 3/15
traveling [1] 32/19
treated [1] 13/22
tree [1] 31/16
trial [2] 13/19 26/11
true [2] 7/9 16/5
try [2] 23/21 26/20
trying [2] 25/24 26/5
turn [4] 5/5 16/12
23/21 26/20
two [10] 5/4 5/12 6/21
6/25 9/12 10/22 11/4

two-sentence [1] 6/25
type [6] 17/4 17/19
20/8 21/9 21/10 25/22

**U**

ultimate [1] 14/11
under [3] 5/15 17/5
31/16
understand [15] 5/14
9/1 9/24 10/8 10/22
12/14 13/14 17/6 18/16
18/24 19/20 22/4 25/14
31/12 32/4
understanding [4] 6/4
6/6 8/11 28/24
understandings [1]
29/17
underway [1] 26/7
unfairly [2] 27/14 28/2
unfettered [1] 26/23
Unit [1] 2/9
UNITED [6] 1/1 1/3
1/10 2/2 4/6 23/11
United States [1]
23/13
United States of [1]
4/6
unless [3] 4/21 5/17
5/19
unredacted [2] 6/22
15/5
up [2] 17/11 26/23
upon [3] 6/7 6/13
17/18
us [10] 8/1 8/11 9/20
9/24 10/13 24/3 24/17
26/10 26/18 33/5
usdoj.gov [1] 2/6
use [3] 10/2 13/5 19/14
used [1] 20/16
useful [2] 6/24 7/1
usual [1] 13/23

**V**

various [2] 8/16 10/15
vast [1] 20/5
vein [1] 25/22
vent [1] 26/21
versus [1] 4/6
very [20] 7/6 8/3 8/6
9/20 10/14 10/22 10/22
11/12 11/24 12/15
12/15 16/3 19/22 20/19
21/12 26/1 26/8 28/7
31/21 33/12
VIA [1] 1/9
visibility [3] 17/15 18/4
19/12
voluminous [1] 19/20
vs [1] 1/5

**W**

want [11] 5/18 6/19
15/5 15/11 18/6 19/15
22/11 26/22 29/11
29/17 31/25
wanted [1] 14/6

warrant [1] 18/12
was [13] 4/16 4/17
14/7 14/7 18/18 18/21
18/22 19/2 19/19 20/18
20/19 27/7 27/25
Washington [3] 1/5 3/3
3/13
way [3] 5/18 5/19 28/7
ways [1] 27/23
wc.com [1] 3/4
we [72]
we believe [6] 8/3 8/12
9/20 10/2 10/8 18/4
we will [1] 24/9
we'd [1] 8/2
we'll [3] 31/7 32/12
33/8
we're [14] 4/5 4/18 5/8
6/1 9/3 9/9 16/21 22/11
23/8 23/9 26/15 26/22
27/21 27/22
we've [8] 12/16 16/25
17/1 17/23 18/23 20/8
21/5 30/21
well [11] 4/20 5/12
13/24 16/16 21/12 22/2
22/16 22/20 24/10
24/18 33/13
were [7] 17/1 19/11
22/20 30/18 30/19 31/1
31/3
what [48]
what's [3] 16/17 28/16
29/10
whatever [3] 14/20
15/13 31/25
whatsoever [1] 22/8
when [4] 15/3 22/14
28/18 33/1
where [5] 9/9 9/12
12/16 15/10 19/7 19/9
19/11 25/23 32/9
whether [12] 8/16
10/11 14/7 20/18 22/24
23/3 25/18 27/23 28/1
29/8 29/8 31/8
which [14] 5/13 6/3
7/13 10/7 15/10 18/3
18/18 19/2 22/1 23/16
24/15 24/20 26/24
28/16
who [3] 9/19 9/19
13/19
whole [1] 10/17
wholly [2] 10/10 24/15
why [14] 4/22 5/2 7/15
9/25 10/9 11/13 12/4
16/9 18/13 18/22 22/4
23/2 23/8 33/7
wild [1] 28/7
will [5] 24/7 24/9 29/5
29/18 32/19
William [3] 3/10 34/2
34/8
WILLIAMS [1] 3/2
win [1] 22/5
withheld [17] 4/25 14/7

11/25 18/2 18/9 19/25
20/13 21/6 28/9 29/6
29/23 30/19 31/4 31/7
withhold [1] 15/3
withholding [2] 4/21
18/7
within [1] 20/12
without [2] 8/1 12/25
witness [3] 13/17
23/15 23/17
witnesses [3] 13/17
13/19 23/15
won't [2] 7/10 31/14
wonder [1] 11/4
wonderful [1] 32/10
world [1] 9/6
world's [1] 25/16
worried [1] 26/19
would [10] 5/19 7/1
7/21 7/23 15/17 17/19
17/20 19/12 20/3 21/9
written [1] 8/1
wrong [1] 27/5

**Y**

year [1] 32/13
Yes [5] 7/23 20/23
32/21 32/22 32/23
yet [1] 24/8
you [99]
you know [27] 5/3 7/9
9/15 11/4 11/18 11/18
11/19 12/2 14/5 14/15
14/16 15/4 15/5 15/24
16/1 16/2 16/6 16/20
19/24 21/10 21/11
21/13 21/24 23/4 29/15
29/17 32/3
you'd [2] 27/8 32/17
you'll [2] 17/8 26/18
you're [5] 20/2 25/21
25/25 26/10 26/19
you've [4] 9/3 14/14
15/24 18/9
your [53]
Your Honor [34] 4/5
5/8 5/22 7/23 11/22
12/6 12/11 12/21 13/12
16/16 19/1 19/15 19/20
19/21 20/5 20/15 20/23
23/6 23/12 24/6 24/24
25/22 27/6 28/10 28/21
30/4 30/8 30/18 31/4
32/6 32/21 32/22 32/23
33/11

**Z**

Zaremba [3] 3/10 34/2
34/8
ZOOM [1] 1/9