IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>                    Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>                    Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER REGARDING DEADLINES TO RESPOND TO APPLE'S MOTION TO INTERVENE**

Plaintiffs, with the agreement of Apple, Inc. (Apple) and Defendant Google have moved for an extension of the briefing schedule regarding ECF 1111, Apple's motion to intervene as a defendant in the above-captioned cases. The motion is granted, and Plaintiffs are ordered to file any response to ECF 1111 no later than January 8, 2025. Apple is ordered to file any reply to Plaintiffs' response no later than January 15, 2025.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                                                                       Honorable Amit P. Mehta
                                                                                       United States District Judge

1