# EXHIBIT A

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |

| | |
|---|---|
| STATE OF COLORADO, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | HON. AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |

## PLAINTIFFS' SECOND JOINT REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT GOOGLE LLC

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Plaintiffs in the two actions request that Defendant Google LLC (Google) produce the documents requested below, in accordance with Local Rule 26.2(d) of the U.S. District Court for the District of Columbia, no later than 30 days after service of this request or at any other time or place counsel for the parties may agree or the Court may direct in the Case Management Order or otherwise. Documents shall be produced at the office of the U.S. Department of Justice, Antitrust Division, Technology and Digital Platforms Section, 450 Fifth Street NW,

1

7100, Washington, D.C. 20530, or at any other place counsel for the parties may agree.

<u>INSTRUCTIONS AND DEFINITIONS</u>

1.      Plaintiffs incorporate all instructions and definitions in the prior requests for

production to Google in *United States of America, et al. v. Google LLC*, 20-cv-3010 (D.D.C.).

2.      The term "AI Product" means any application, service, feature, tool, or

functionality that involves generative artificial intelligence capabilities.

3.      The term "Android" means all code, software, applications, application

programming interfaces (APIs), and other products and services provided by Google through the

Android Open Source Project (AOSP), including the open-source application framework,

libraries, runtime, and kernel which are published at http://source.android.com (or successor

sites), and any software development kits made available at http://developer.android.com (or

successor sites).

4.      The term "Gemini" refers to a family of multimodal large language models

developed by Google that are used in many Google products, for example, a chatbot, an assistant

for Google Workspace and Google Cloud, a mobile app, on device for Pixel and Android, and

Google's Search Generative Experience.

5.      The term "Google Mobile Services" or "GMS" means the collection of

proprietary Google code, software, applications, APIs and services that Google licenses or

otherwise provides to third parties for use in connection with Android, including the Core Apps

(Google Play Store, Chrome, Google Search App (GSA), YouTube, Google Maps, Gmail),

Google Play Services (GPS) (also known as GMS Core), and AICore.

6.      The term "Google Play" means Google Play Store and Google Play Services

(GPS) (sometimes also referred to as GMS Core).

7.      The term "investment agreement" refers to any agreement for Google to invest capital or to provide resources (e.g., compute) at no cost.

8.      The term "Technical Interdependence" means any library or repository of code, API, messaging or communication protocol, database or data store, computation resource, resource scheduler optimizer, hardware, cache, networking resource, software development resource, or like process, tool, resource, or asset, that is shared between two systems, devices, server, or service.

9.      Unless otherwise specified, these requests are for all documents in your possession, custody, or control that were created, altered, or received at any time from January 1, 2020, to the present.

## REQUESTS FOR PRODUCTION

1.      Produce documents sufficient to show all Google investments in any company related to generative artificial intelligence, search services, or search text advertisements.

2.      Produce documents sufficient to show Google's investment rationale, strategy, and analysis of its investments in any company related to generative artificial intelligence, including Anthropic.

3.      From May 2022 to the present, produce all agreements between Google and Reddit, X (formerly known as Twitter), Wikipedia, Meta, and Quora, including any amendments thereto related to data sharing, website crawling, or other any agreements related to the use or licensing of content.

4.      From August 5, 2024 to the present, produce all documents related to any communication between Google's management and Google's employees relating to employees commenting internally or externally on the present case. This includes a memorandum disseminated by Kent Walker on August 5, 2024, directing employees to refrain from commenting internally or externally on the present case.

5.      From May 2022 to the present, produce all scripts, transcripts, recordings, notes, preparatory materials, or communications related to the following public statements:

    a.  Sundar Pichai's statements on the Hayls World "The Future of AI with GOOGLE CEO (Sundar Pichai)" YouTube interview in or around May 2024;

    b.  Elizabeth Reid's statements at The Information's Women in Tech, Media, and Finance conference in or around October 2024;

    c.  Sundar Pichai's interview on The David Rubenstein Show on or around October 10, 2024; and

      d.   Kent Walker's interview on NPR on or around November 22, 2024.

6.      For (1) Android, (2) Chrome and (3) Google Ads, produce documents sufficient to show:

      a.   The organizational structure for each line;

      b.   The employees who work for each line of business and their reporting relationships;

      c.   The profit and loss attributable to each line, including any revenues and costs directly or indirectly attributed from other parts of Google;

      d.   Research and development spending attributable to each line; and

7.      Produce documents sufficient to show the structure, architecture, and contents of Google's search indexes, including:

      a.   how different indexes may be used to respond to different types of user queries; and

      b.   whether Google has different or separate indexes for responding to syndicated queries.

8.      From May 2022 to the present, produce all behavioral studies conducted or commissioned by Google related to general search and any future search access point, including Google's Gemini, Microsoft Copilot, OpenAI's ChatGPT or SearchGPT, and other products incorporating generative artificial intelligence.

9.      Produce documents sufficient to show if and what search log or user-side data Google uses to train or fine-tune its foundation models for a specific application, how the search log or user-side data improves or benefits a specific application, and the size, fields, and types of data used in the search log or user-side data sets. The specific applications include:

    a.  AI Overviews;

    b.  the Gemini Chatbot;

    c.  Circle to Search; and

    d.  the forthcoming "AI mode," referenced in Chris Miles' November 14, 2024, deposition.

10.    From May 2022 to present, for each database or log of user interaction data or user activity data from the use of (1) Google Search and (2) Gemini-based products, produce documents sufficient to show:

    a.  Google's policies, protocols, procedures, and tools for requesting, granting, and denying employee access to those databases or logs for training, fine-tuning, and development of its foundation models for a specific application, including Google's policies, protocols, procedures, and tools for requesting, granting, and denying access to the Sawmill database; and

    b.  Google's policies, protocols, procedures, and tools for employees once access is granted including encryption, storage, and handling.

11.    For Google's privacy working groups for (1) Google Search and (2) Gemini-based products, produce documents sufficient to show, as of the date of service of this document, who makes access decisions, how access decisions are evaluated and made, including additional approval and privacy review requirements referenced in Chris Miles' November 14, 2024, deposition, and from January 2010 to the present, any summary of Google's approval and denial decisions

12.     Produce documents sufficient to show the relative impact or importance of Google's ranking signals, including documents discussing or containing the results of Google's ranking signal ablation experiments and dashboards.

13.     For any Google product relating to automated allocation between Search Text Ads and other advertising channels (e.g. Performance Max), produce documents sufficient to show the sources and types of data used as inputs in each automated component or algorithm.

14.     Produce documents sufficient to show:

   a.   Every Technical Interdependence between Chrome and other parts of Google (e.g., Google Core, Google Cloud, Technical Infrastructure, Google DeepMind, Google Research);

   b.   Every Technical Interdependence between Android and other parts of Google (e.g., Google Core, Google Cloud, Technical Infrastructure, Google DeepMind, Google Research);

   c.   Every Technical Interdependence between Gemini (including Gemini Nano) and other parts of Google (e.g., Google Core, Google Cloud, Technical Infrastructure, Google DeepMind, Google Research); and

   d.   Every Technical Interdependence between GMS and other parts of Google (e.g., Google Core, Google Cloud, Technical Infrastructure, Google DeepMind, Google Research).

15.     Produce documents sufficient to show the system architecture and design of Chrome, Android, and GMS, including the design of the Chrome and Android applications as well as their connections to the remainder of Google's systems.

16.    From May 2022 to the present, produce all documents discussing any way in which Chrome, Android, and GMS rely on any other part of Google, including Google Core, Google Cloud, and Google Technical Infrastructure, as well as documents discussing any way that other parts of Google rely on Chrome, Android and GMS.

17.    From May 2022 to the present, produce all strategic evaluations related to potential browser competition to Chrome. This includes strategic evaluations related to potential competition to Chrome from OpenAI.

18.    From May 2022 to the present, produce all documents discussing the potential impact of any terms (including payment terms) in Google's revenue share, mobile incentive agreements, or Mobile Application Distribution Agreements on the likelihood or ability of non-Google AI Products to gain distribution on devices covered by these agreements.

19.    Produce documents sufficient to show:

a.    any contemplated, potential, or actual plans to increase investment in products, services, and features used by Google smartphones (e.g., Pixel) while reducing investment in products, services, and features that Google licenses to Android device manufacturers or AOSP;

b.    any current initiatives or projects that relate to developing new proprietary products, services, or features available only to Google smartphones (e.g., Pixel) and not third-party Android smartphones;

c.    the benefits and costs to Google if Google stopped licensing GMS (including Google Play) or stopped supporting or reduced support of AOSP in favor of increasing support of proprietary products, services, or features for Google smartphones (e.g., Pixel);

    d.   the impact on Android device manufacturers, carriers, or Android app developers if Google stopped licensing GMS (including Google Play) or stopped supporting or reduced support of AOSP;

    e.   the impact on competition between Android and Apple, in the United States and worldwide, if Google stopped licensing GMS (including Google Play) or stopped supporting or reduced support of AOSP; and

    f.   the impact of Google Pixel smartphones phones on the sales of third-party Android smartphones.

20.    From May 2022 to the present, produce all documents related to revenue share agreement, mobile incentive agreement, or Mobile Application Distribution Agreement offerings, negotiations, or extensions with commercial partners.

21.    From May 2022 to the present, produce all documents relating to any consideration by Google of including Gemini, AICore, or the AI Edge SDK within any actual, contemplated, or planned revenue share agreement, mobile incentive agreement, or Mobile Application Distribution Agreement.

22.    Produce all documents discussing how Google uses user-side data to build its Knowledge Graph, and its Query Understanding systems (e.g., spelling, synonym, autocomplete, did you know).

Dated: November 27, 2024                    Respectfully submitted,

                                            FOR PLAINTIFF UNITED STATES OF
                                            AMERICA

                                            */s/ Karl E. Herrmann*
                                            David E. Dahlquist
                                            Adam T. Severt
                                            Travis R. Chapman
                                            Karl E. Herrmann (D.C. Bar #1022464)
                                            Veronica N. Onyema (D.C. Bar #979040)
                                            Ryan S. Struve (D.C. Bar # 495406)

                                            U.S. Department of Justice
                                            Antitrust Division
                                            Technology & Digital Platforms Section
                                            450 Fifth Street NW, Suite 7100
                                            Washington, DC 20530
                                            Telephone: (202) 307-6158
                                            David.Dahlquist@usdoj.gov
                                            Adam.Severt@usdoj.gov

                                            *Counsel for Plaintiff*
                                            *United States of America*

By:___/s/ Christoper A. Knight_____
Ashley Moody, Attorney General
R. Scott Palmer, Special Counsel, Complex
Enforcement Chief, Antitrust Division
Lee Istrail, Assistant Attorney General
Christopher A. Knight, Assistant Attorney
General
Office of the Attorney General, State of
Florida
PL-01 The Capitol
Tallahassee, Florida 32399
Lee.Istrail@myfloridalegal.com
Scott.Palmer@myfloridalegal.com
Christopher.Knight@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

By:___/s/ Diamante Smith_____
Ken Paxton, Attorney General
Brent Webster, First Assistant Attorney
General
Ralph Molina, Deputy First Assistant
Attorney General
James Lloyd, Deputy Attorney General for
Civil Litigation
Ryan Baasch, Associate Deputy Attorney
General for Civil Litigation
Trevor Young, Deputy Chief, Antitrust
Division
Diamante Smith, Assistant Attorney
General, Antitrust Division
Office of the Attorney General, State of
Texas
300 West 15th Street
Austin, Texas 78701
Diamante.Smith@oag.texas.gov

*Counsel for Plaintiff State of Texas*

By:___/s/ Carolyn D. Jeffries_____
Rob Bonta, Attorney General
Paula Blizzard, Senior Assistant Attorney
General
Michael Jorgenson, Supervising Deputy
Attorney General
Brian Wang, Deputy Attorney General

Carolyn D. Jeffries, Deputy Attorney
General (DC Bar No. 1600843)
Office of the Attorney General
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102
Cari.Jeffries@doj.ca.gov

*Counsel for Plaintiff State of California*

Matthew M. Ford
Arkansas Bar No. 2013180
Senior Assistant Attorney General
Office of the Arkansas Attorney General
Tim Griffin
323 Center Street, Suite 200
Little Rock, AR 72201
Matthew.Ford@arkansasag.gov

*Counsel for Plaintiff State of Arkansas*

Christopher Carr, Attorney General
Logan B. Winkles, Deputy Attorney General
Ronald J. Stay, Jr., Senior Assistant Attorney
General
Charles Thimmesch, Senior Assistant
Attorney General
Office of the Attorney General, State of
Georgia
40 Capitol Square, SW
Atlanta, Georgia 30334-1300
cthimmesch@law.georgia.gov

*Counsel for Plaintiff State of Georgia*

Theodore Edward Rokita, Attorney General
Scott L. Barnhart, Chief Counsel and
Director, Consumer Protection Division
Jesse Moore, Deputy Attorney General
Christi Foust, Deputy Attorney General
Office of the Attorney General, State of
Indiana
Indiana Government Center South, Fifth
Floor
302 West Washington Street
Indianapolis, Indiana 46204

Jesse.Moore@atg.in.gov

*Counsel for Plaintiff State of Indiana*

Russell Coleman, Attorney General
J. Christian Lewis, Commissioner of the
Office of Consumer Protection
Philip R. Heleringer, Executive Director of
the Office of Consumer Protection
Jonathan E. Farmer, Deputy Executive
Director of the Office of Consumer
Protection
Office of the Attorney General,
Commonwealth of Kentucky
1024 Capital Center Drive, Suite 200
Frankfort, Kentucky 40601
Philip.Heleringer@ky.gov

*Counsel for Plaintiff Commonwealth of
Kentucky*

Liz Murrill, Attorney General
Patrick Voelker, Assistant Attorney General
Office of the Attorney General, State of
Louisiana
Public Protection Division
1885 North Third St.
Baton Rouge, Louisiana 70802
voelkerp@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*

Dana Nessel, Attorney General
Scott Mertens, Assistant Attorney General
Michigan Department of Attorney General
P.O. Box 30736
Lansing, Michigan 48909
MertensS@michigan.gov

*Counsel for Plaintiff State of Michigan*

Michael Schwalbert
Missouri Bar No. 63229
Assistant Attorney General
Consumer Protection Section
Missouri Attorney General's Office

815 Olive Street | Suite 200
Saint Louis, Missouri 63101
michael.schwalbert@ago.mo.gov
Phone: 314-340-7888
Fax: 314-340-7981

*Counsel for Plaintiff State of Missouri*

Lynn Fitch, Attorney General
Crystal Utley Secoy, Assistant Attorney
General
Office of the Attorney General, State of
Mississippi
P.O. Box 220
Jackson, Mississippi 39205
Crystal.Utley@ago.ms.gov

*Counsel for Plaintiff State of Mississippi*

Anna Schneider
Special Assistant Attorney General, Senior
Counsel
Montana Office of Consumer Protection
P.O. Box 200151
Helena, MT. 59602-0150
Phone: (406) 444-4500
Fax: 406-442-1894
Anna.schneider@mt.gov

*Counsel for Plaintiff State of Montana*

Alan Wilson, Attorney General
W. Jeffrey Young, Chief Deputy Attorney
General
C. Havird Jones, Jr., Senior Assistant Deputy
Attorney General
Mary Frances Jowers, Assistant Deputy
Attorney General
Office of the Attorney General, State of
South Carolina
1000 Assembly Street
Rembert C. Dennis Building
P.O. Box 11549
Columbia, South Carolina 29211-1549

mfjowers@scag.gov

*Counsel for Plaintiff State of South Carolina*

Joshua L. Kaul, Attorney General
Laura E. McFarlane, Assistant Attorney
General
Wisconsin Department of Justice
17 W. Main St.
Madison, Wisconsin 53701
mcfarlanele@doj.state.wi.us

PHILIP WEISER
Attorney General of Colorado

*/s/ Jonathan B. Sallet*
Jonathan B. Sallet, DC Bar No. 336198
Steven M. Kaufmann
Elizabeth W. Hereford
Conor J. May
Colorado Office of the Attorney General
1300 Broadway, 7th Floor
Denver, CO 80203
Telephone: (720) 508-6000
E-Mail: Jon.Sallet@coag.gov
Steve.Kaufmann@coag.gov
Elizabeth.Hereford@coag.gov
Conor.May@coag.gov

William F. Cavanaugh, Jr.
PATTERSON BELKNAP WEBB &
TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2793
E-Mail: wfcavanaugh@pbwt.com

*Counsel for Plaintiff State of Colorado*

MIKE HILGERS
Attorney General of Nebraska

Colin P. Snider, Assistant Attorney
General
Nebraska Department of Justice
Office of the Attorney General
2115 State Capitol
Lincoln, NE 68509
Telephone: (402) 471-3840
E-Mail: Colin.Snider@nebraska.gov

William F. Cavanaugh, Jr.
PATTERSON BELKNAP WEBB &
TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2793
E-Mail: wfcavanaugh@pbwt.com

*Counsel for Plaintiff State of Nebraska*

KRISTIN K. MAYES
Attorney General of Arizona

Robert A. Bernheim, Unit Chief Counsel
Jayme Weber, Senior Litigation Counsel
Arizona Office of the Attorney General
400 West Congress, Ste. S-215
Tucson, Arizona 85701
Telephone: (520) 628-6507
E-Mail: Robert.bernheim@azag.gov
Jayme.Weber@azag.gov

*Counsel for Plaintiff State of Arizona*

BRENNA BIRD
Attorney General of Iowa

Noah Goerlitz, Assistant Attorney General
Office of the Attorney General of Iowa
1305 E. Walnut St., 2nd Floor
Des Moines, IA 50319
Telephone: (515) 725-1018
E-Mail: Noah.goerlitz@ag.iowa.gov

*Counsel for Plaintiff State of Iowa*

LETITIA JAMES
Attorney General of New York

Elinor R. Hoffmann
Morgan J. Feder
Michael D. Schwartz
Office of the Attorney General of New
York
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-8513
E-Mail: Elinor.hoffmann@ag.ny.gov
Morgan.feder@ag.ny.gov
Michael.schwartz@ag.ny.gov

*Counsel for Plaintiff State of New York*

JOSHUA STEIN
Attorney General of North Carolina

Kunal Janak Choksi
Joshua Daniel Abram
Jessica Vance Sutton
North Carolina Department of Justice
114 W. Edenton St.
Raleigh, NC 27603
Telephone: (919) 716-6000
E-Mail: kchoksi@ncdoj.gov
jabram@ncdoj.gov
jsutton2@ncdoj.gov

*Counsel for Plaintiff State of North Carolina*

JONATHAN SKRMETTI
Attorney General of Tennessee

J. David McDowell
Austin Ostiguy
Tyler Corcoran
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202
Telephone: (615) 741-8722
E-Mail: David.McDowell@ag.tn.gov
austin.ostiguy@ag.tn.gov
Tyler.Corcoran@ag.tn.gov

*Counsel for Plaintiff State of Tennessee*

SEAN REYES
Attorney General of Utah

Matthew Michaloski
Marie W.L. Martin
Utah Office of Attorney General
160 E 300 S, 5th Floor
P.O. Box 140830
Salt Lake City, Utah 84114
Telephone: (801) 440-9825
E-Mail: mmichaloski@agutah.gov
mwmartin@agutah.gov

*Counsel for Plaintiff State of Utah*

TREGARRICK TAYLOR
Attorney General of Alaska

Jeff Pickett
State of Alaska, Department of Law
Office of the Attorney General
1031 W. Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5100
E-Mail: Jeff.pickett@alaska.gov

*Counsel for Plaintiff State of Alaska*

WILLIAM TONG
Attorney General of Connecticut

Nicole Demers
Office of the Attorney General of Connecticut
165 Capitol Avenue, Suite 5000
Hartford, CT 06106
Telephone: (860) 808-5202
E-Mail: Nicole.demers@ct.gov

*Counsel for Plaintiff State of Connecticut*

KATHLEEN JENNINGS
Attorney General of Delaware

Michael Andrew Undorf
Delaware Department of Justice
Fraud and Consumer Protection Division
820 N. French St., 5th Floor
Wilmington, DE 19801
Telephone: (302) 683-8816
E-Mail: Michael.undorf@delaware.gov

*Counsel for Plaintiff State of Delaware*

BRIAN SCHWALB
Attorney General of the District of Columbia

Elizabeth Gentry Arthur
Office of the Attorney General for the
District of Columbia
400 6th Street NW
Washington, DC 20001
Telephone: (202) 724-6514
E-Mail: Elizabeth.arthur@dc.gov

*Counsel for Plaintiff District of Columbia*

DOUGLAS MOYLAN
Attorney General of Guam

Fred Nishihira
Office of the Attorney General of Guam
590 S. Marine Corps Drive, Suite 901
Tamuning, Guam 96913
Telephone: (671) 475-3324
E-Mail: fnishihira@oagguam.org

*Counsel for Plaintiff Territory Guam*

ANNE E. LOPEZ
Attorney General of Hawaiʻi

Rodney I. Kimura
Department of the Attorney General, State
of Hawaiʻi
425 Queen Street
Honolulu, HI 96813
Telephone (808) 586-1180
E-Mail: Rodney.i.kimura@hawaii.gov

*Counsel for Plaintiff State of Hawaiʻi*

RAÚL LABRADOR
Attorney General of Idaho

John K. Olson
Office of the Idaho Attorney General
Consumer Protection Division
954 W. State St., 2nd Floor
P.O. Box 83720
Boise, ID 83720
Telephone: (208) 332-3549
E-Mail: John.olson@ag.idaho.gov

*Counsel for Plaintiff State of Idaho*

KWAME RAOUL
Attorney General of Illinois

Elizabeth Maxeiner
Brian Yost
Jennifer Coronel
Office of the Attorney General of Illinois
100 W. Randolph St.
Chicago, IL 60601
Telephone: (773) 590-7935
E-Mail: Elizabeth.maxeiner@ilag.gov
Brian.yost@ilag.gov
Jennifer.coronel@ilag.gov

*Counsel for Plaintiff State of Illinois*

KRIS W. KOBACH
Attorney General of Kansas

Lynette R. Bakker
Kansas Office of the Attorney General
120 S.W. 10th Avenue, 2nd Floor
Topeka, KS 66612
Telephone: (785) 296-3751
E-Mail: Lynette.bakker@ag.ks.gov

*Counsel for Plaintiff State of Kansas*

AARON M. FREY
Attorney General of Maine

Christina M. Moylan
Office of the Attorney General of Maine
6 State House Station
August, ME 04333
Telephone: (207) 626-8800
E-Mail: Christina.moylan@maine.gov

*Counsel for Plaintiff State of Maine*

ANTHONY G. BROWN
Attorney General of Maryland

16

Schonette J. Walker
Gary Honick
Office of the Attorney General of
Maryland
200 St. Paul Place, 19th Floor
Baltimore, MD 21202
Telephone: (410) 576-6480
E-Mail: swalker@oag.state.md.us
ghonick@oag.state.md.us

*Counsel for Plaintiff State of Maryland*

ANDREA CAMPBELL
Attorney General of Massachusetts

William T. Matlack
Office of the Attorney General of
Massachusetts
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 727-2200
E-Mail: William.matlack@mass.gov

*Counsel for Plaintiff Commonwealth of
Massachusetts*

KEITH ELLISON
Attorney General of Minnesota

Zach Biesanz
Senior Enforcement Counsel
Office of the Minnesota Attorney General
Antitrust Division
445 Minnesota Street, Suite 600
St. Paul, MN 55101
Telephone: (651) 757-1257
E-Mail: Zach.biesanz@ag.state.mn.us

*Counsel for Plaintiff State of
Minnesota*

AARON D. FORD
Attorney General of Nevada

Michelle C. Badorine
Lucas J. Tucker

Nevada Office of the Attorney General
100 N. Carson Street
Carson City, NV 89701
Telephone: (775) 684-1164
E-Mail: mbadorine@ag.nv.gov
ltucker@ag.nv.gov

*Counsel for Plaintiff State of Nevada*

JOHN FORMELLA
Attorney General of New Hampshire

Brandon Garod
Office of Attorney General of New
Hampshire
33 Capitol Street
Concord, NH 03301
Telephone: (603) 271-1217
E-Mail: Brandon.h.garod@doj.nh.gov

*Counsel for Plaintiff State of New
Hampshire*

MATTHEW PLATKIN
Attorney General of New Jersey

Isabella R. Pitt
Deputy Attorney General
New Jersey Attorney General's Office
124 Halsey Street, 5th Floor
Newark, NJ 07102
Telephone: (973) 648-7819
E-Mail: Isabella.Pitt@law.njoag.gov

*Counsel for Plaintiff State of New Jersey*

RAÚL TORREZ
Attorney General of New Mexico

Judith E. Paquin Cholla Khoury
Assistant Attorney General
New Mexico Office of the Attorney
General
408 Galisteo St.
Santa Fe, NM 87504
Telephone: (505) 490-4885

17

E-Mail: jpaquin@nmag.gov
ckhoury@nmag.gov

*Counsel for Plaintiff State of New Mexico*

DREW WRIGLEY
Attorney General of North Dakota

Elin S. Alm
Assistant Attorney General
Consumer Protection and Antitrust
Division
Office of the Attorney General of North
Dakota
1720 Burlington Drive, Suite C
Bismarck, ND 58504
Telephone: (701) 328-5570
E-Mail: ealm@nd.gov

*Counsel for Plaintiff State of North
Dakota*

DAVID YOST
Attorney General of Ohio

Jennifer Pratt
Beth Ann Finnerty
Mark Kittel
Office of the Attorney General of Ohio
30 E Broad Street, 26th Floor
Columbus, OH 43215
Telephone: (614) 466-4328
E-Mail:
Jennifer.pratt@ohioattorneygeneral.gov
Beth.finnerty@ohioattorneygeneral.gov
Mark.kittel@ohioattorneygeneral.gov

*Counsel for Plaintiff State of Ohio*

GENTNER DRUMMOND
Attorney General of Oklahoma

Robert J. Carlson
Office of the Oklahoma Attorney General
313 NE 21st Street
Oklahoma City, OK 73105

Telephone: (405) 522-1014
E-Mail: Robert.carlson@oag.ok.gov

*Counsel for Plaintiff State of Oklahoma*

ELLEN ROSENBLUM
Attorney General of Oregon

Cheryl Hiemstra
Oregon Department of Justice
1162 Court St. NE
Salem, OR 97301
Telephone: (503) 934-4400
E-Mail: Cheryl.hiemstra@doj.state.or.us

*Counsel for Plaintiff State of Oregon*

MICHELLE HENRY
Attorney General of Pennsylvania

Tracy W. Wertz
Joseph S. Betsko
Pennsylvania Office of Attorney General
Strawberry Square
Harrisburg, PA 17120
Telephone: (717) 787-4530
E-Mail: jbetsko@attorneygeneral.gov
twertz@attorneygeneral.gov

*Counsel for Plaintiff Commonwealth of
Pennsylvania*

DOMINGO EMANUELLI
HERNANDEZ
Attorney General of Puerto Rico
Guarionex Diaz Martinez
Assistant Attorney General Antitrust
Division
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902
Telephone: (787) 721-2900, Ext. 1201
E-Mail: gdiaz@justicia.pr.gov

*Counsel for Plaintiff Territory Puerto
Rico*

PETER NERONHA
Attorney General of Rhode Island

Stephen Provazza
Rhode Island Office of the Attorney
General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400
E-Mail: SProvazza@riag.ri.gov

*Counsel for Plaintiff State of Rhode Island*

MARTIN J. JACKLEY
Attorney General of South Dakota

Yvette K. Lafrentz
Office of the Attorney General of South
Dakota
1302 E. Hwy 14, Suite 1
Pierre, SD 57501
Telephone: (605) 773-3215
E-Mail: Yvette.lafrentz@state.sd.us

*Counsel for Plaintiff State of South
Dakota*

CHARITY R. CLARK
Attorney General of Vermont

Christopher J. Curtis, Assistant Attorney
General
Office of the Attorney General of Vermont
109 State St.
Montpelier, VT 05609
Telephone: (802) 828-3170
E-Mail: christopher.curtis@vermont.gov
*Counsel for Plaintiff State of Vermont*

JASON S. MIYARES
Attorney General of Virginia

Tyler T. Henry
Office of the Attorney General of Virginia
202 N. 9th Street

Richmond, VA 23219
Telephone: (804) 692-0485
E-Mail: thenry@oag.state.va.us

*Counsel for Plaintiff State of Virginia*

ROBERT FERGUSON
Attorney General of Washington

Amy Hanson
Senior Assistant Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Telephone: (206) 464-5419
E-Mail: Amy.hanson@atg.wa.gov

*Counsel for Plaintiff State of Washington*

PATRICK MORRISEY
Attorney General of West Virginia

Douglas Lee Davis
Office of the Attorney General, State of
West Virginia
1900 Kanawha Boulevard
East Building 6, Suite 401
P.O. Box 1789
Charleston, WV 25305
Telephone: (304) 558-8986
E-Mail: Douglas.l.davis@wvago.gov

*Counsel for Plaintiff State of West Virginia*

BRIDGET HILL
Attorney General of Wyoming

Amy Pauli
Wyoming Attorney General's Office
2320 Capitol Avenue
Kendrick Building
Cheyenne, WY 82002
Telephone: (307) 777-6397
E-Mail: amy.pauli@wyo.gov

*Counsel for Plaintiff State of
Wyoming*

20