# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

**NOTICE OF RULE 30(b)(6) DEPOSITION OF PLAINTIFFS**

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure ("Rule 30(b)(6)"), Local Rules 26.2 and 30.1, and the Court's Orders, Defendant will take the deposition of the Plaintiffs in the above-captioned matter at the time and location listed below or such other time and location as is agreed upon:

Date/Time: **January 6-7, 2025, beginning at 9 a.m. ET on each day**

Location: Williams & Connolly LLP, 680 Maine Avenue, S.W., Washington, D.C. 20024

The deposition will be recorded by stenographic, audio, video, and videoconference means before an officer authorized to administer oaths. The deposition will be taken for the purposes of discovery, for use at trial in this matter, and for any other purposes permitted under the Federal Rules of Civil Procedure or the Court's Orders.

You are hereby advised that Plaintiffs must designate one or more persons to testify on behalf of Plaintiffs as to information known or reasonably available to Plaintiffs regarding the topics listed in Schedule A.

Dated: December 10, 2024                             Respectfully submitted,

                                                     WILLIAMS & CONNOLLY LLP

                                                     By: */s/ John E. Schmidtlein*

John E. Schmidtlein (D.C. Bar No. 441261)
Benjamin M. Greenblum (D.C. Bar No. 979786)
Colette T. Connor (D.C. Bar No. 991533)
725 12th Street, NW Washington, DC 20005
Tel: 202-434-5000
jschmidtlein@wc.com
bgreenblum@wc.com
cconnor@wc.com

WILSON SONSINI GOODRICH & ROSATI P.C.
Susan A. Creighton (D.C. Bar No. 978486)
Franklin M. Rubinstein (D.C. Bar No. 476674)
1700 K Street, NW
Washington, DC 20006
Tel: 202-973-8800
screighton@wsgr.com
frubinstein@wsgr.com

ROPES & GRAY LLP
Mark S. Popofsky (D.C. Bar No. 454213)
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: 202-508-4624
Mark.Popofsky@ropesgray.com

Matthew McGinnis (*pro hac vice*)
Prudential Tower
800 Boylston Street
Boston, MA 02199
Tel: 617-951-7703
Matthew.McGinnis@ropesgray.com

*Counsel for Defendant Google LLC*

## SCHEDULE A

## DEFINITIONS AND INSTRUCTIONS

1. "Proposed Final Judgment" shall mean Plaintiffs' Initial Proposed Final Judgment filed on November 20, 2024. *United States v. Google LLC*, No. 1:20-cv- 03010-APM (D.D.C. Nov. 20, 2024), ECF No. 1062-1.

2. "All" and "any" means each and every.

3. "And" and "or" have both conjunctive and disjunctive meanings.

4. "Each" and "every" means any and all.

5. "Including" means including, but not limited to.

6. The singular includes the plural and vice versa.

## TOPICS FOR TESTIMONY

1. The meaning, effect and intended implementation of the language of the Proposed Final Judgment, including all defined terms incorporated therein.

2. The participation in and contributions to the Proposed Final Judgment by any third party other than counsel to Plaintiffs or experts retained by Plaintiffs for this litigation.

## CERTIFICATE OF SERVICE

I certify that on December 10, 2024, I served all of the Plaintiffs in these matters at the email addresses identified by counsel to Plaintiffs in a September 25, 2024 email to Google as sufficient to constitute service on each and every Plaintiff.

/s/ *Natalie Peelish*