# EXHIBIT 2

**From:** Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>
**Sent:** Tuesday, December 31, 2024 2:27 PM
**To:** Greenblum, Benjamin <BGreenblum@wc.com>; Onyema, Veronica (ATR) <Veronica.N.Onyema@usdoj.gov>; Chapman, Travis (ATR) <Travis.Chapman@usdoj.gov>; Austin Ostiguy <Austin.Ostiguy@ag.tn.gov>; Barkey, Devin (ATR) <Devin.Barkey@usdoj.gov>; Brian Wang <Brian.Wang@doj.ca.gov>; Cari Jeffries (Cari.Jeffries@doj.ca.gov) <Cari.Jeffries@doj.ca.gov>; Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>; Christopher Knight <Christopher.Knight@myfloridalegal.com>; diamante.smith@oag.texas.gov; Elizabeth maxeiner <Elizabeth.maxeiner@ilag.gov>; Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; Jon Sallet <Jon.Sallet@coag.gov>; Choksi, Kunal (NC) <kchoksi@ncdoj.gov>; Istrail, Lee <Lee.Istrail@myfloridalegal.com>; 'McGinnis, Matthew' <Matthew.McGinnis@ropesgray.com>; 'Popofsky, Mark S.' <Mark.Popofsky@ropesgray.com>; Ratcliffe Kathleen <Kathleen.Ratcliffe@OhioAGO.gov>; 'Rubinstein, Franklin' <frubinstein@wsgr.com>; Sarah Mader <Sarah.Mader@OhioAGO.gov>; Schwartz, Michael <Michael.Schwartz@ag.ny.gov>; Severt, Adam T. (ATR) <Adam.Severt@usdoj.gov>; 'Sommer, Michael' <msommer@wsgr.com>; Struve, Ryan S. (ATR) <Ryan.Struve@usdoj.gov>; Tyler Corcoran <Tyler.Corcoran@ag.tn.gov>; Trent, Sara (ATR) <Sara.Trent@usdoj.gov>; Nowlan, Keane (ATR) <Keane.Nowlan@usdoj.gov>
**Cc:** Schmidtlein, John <JSchmidtlein@wc.com>; Smurzynski, Kenneth <KSmurzynski@wc.com>; Connor, Colette <CConnor@wc.com>; Peelish, Natalie <NPeelish@wc.com>; Maier, Gloria <GMaier@wc.com>; Safty, Graham <GSafty@wc.com>; Ryan, Thomas <TRyan@wc.com>; Yeager, Christopher <CYeager@wc.com>
**Subject:** RE: United States, et al. v. Google LLC, No. 1:20-cv-03010--30(b)(6) testimony of Plaintiffs Counsel —

Plaintiffs intend to provide complete responses and objections to Google's highly unusual request to take a deposition of a DOJ or State AG attorney on the "meaning" of the proposed final judgment on or before January 3. Based on current schedules we will be available to meet and confer on or after January 6.

Although Google seeks to expedite the timing of this objectionable discovery, Google's efforts to fast forward any actual or potential disputes are contrary to both the CMO and Google's own past practice. As you know, the CMO does not provide a time requirement for service of responses and objections. We have now provided a date certain for our responses and a proposed date for a meet and confer on this topic.

Even further, when Plaintiffs served 30(b)(6) notices on Google, you failed to respond or even provide any objections until *after* the dates noticed by Plaintiff. Contrary to Google's own practices, our planned date of service for responses and objections is before your noticed date of January 6.

We look forward to meeting and conferring on any actual or potential disputes on or after January 6. Given the timing of our submission, we do not intend to make a deponent available on January 6 as noticed, but will be available to meet and confer in an effort to reach resolution on any disputes.

Happy New Year to all.

-David

**David Dahlquist**
Acting Deputy Director Civil Litigation
Senior Litigation Counsel
Antitrust Division
United States Department of Justice
David.Dahlquist@usdoj.gov
(202) 805-8563

**From:** Greenblum, Benjamin <BGreenblum@wc.com>
**Sent:** Monday, December 30, 2024 2:01 PM
**To:** Onyema, Veronica (ATR) <Veronica.N.Onyema@usdoj.gov>; Chapman, Travis (ATR) <Travis.Chapman@usdoj.gov>; Austin Ostiguy <Austin.Ostiguy@ag.tn.gov>; Barkey, Devin (ATR) <Devin.Barkey@usdoj.gov>; Brian Wang <Brian.Wang@doj.ca.gov>; Cari Jeffries (Cari.Jeffries@doj.ca.gov) <Cari.Jeffries@doj.ca.gov>; Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>; Christopher Knight <Christopher.Knight@myfloridalegal.com>; Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; diamante.smith@oag.texas.gov; Elizabeth maxeiner <Elizabeth.maxeiner@ilag.gov>; Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; Jon Sallet <Jon.Sallet@coag.gov>; Choksi, Kunal (NC) <kchoksi@ncdoj.gov>; Istrail, Lee <Lee.Istrail@myfloridalegal.com>; 'McGinnis, Matthew' <Matthew.McGinnis@ropesgray.com>; 'Popofsky, Mark S.' <Mark.Popofsky@ropesgray.com>; Ratcliffe Kathleen <Kathleen.Ratcliffe@OhioAGO.gov>; 'Rubinstein, Franklin' <frubinstein@wsgr.com>; Sarah Mader <Sarah.Mader@OhioAGO.gov>; Schwartz, Michael <Michael.Schwartz@ag.ny.gov>; Severt, Adam T. (ATR) <Adam.Severt@usdoj.gov>; 'Sommer, Michael' <msommer@wsgr.com>; Struve, Ryan S. (ATR) <Ryan.Struve@usdoj.gov>; Tyler Corcoran <Tyler.Corcoran@ag.tn.gov>; Trent, Sara (ATR) <Sara.Trent@usdoj.gov>; Nowlan, Keane (ATR) <Keane.Nowlan@usdoj.gov>
**Cc:** Schmidtlein, John <JSchmidtlein@wc.com>; Smurzynski, Kenneth <KSmurzynski@wc.com>; Connor, Colette <CConnor@wc.com>; Peelish, Natalie <NPeelish@wc.com>; Maier, Gloria <GMaier@wc.com>; Safty, Graham <GSafty@wc.com>; Ryan, Thomas <TRyan@wc.com>; Yeager, Christopher <CYeager@wc.com>
**Subject:** [EXTERNAL] RE: United States, et al. v. Google LLC, No. 1:20-cv-03010--30(b)(6) testimony of Plaintiffs

Counsel:

Despite requests to confirm the identification of witnesses and the dates for the Rule 30(b)(6) notices that were served 20 days ago, Plaintiffs have provided no substantive response. If you believe there is a basis for Plaintiffs to withhold that information a week out from the noticed dates, please let us know what it is by close of business today.

If Plaintiffs intend to appear for the depositions but the witnesses are not available on the noticed dates, please advise by close of business today of proposed alternative dates. If instead Plaintiffs do not intend to appear for the depositions at all, please advise by close of business today, and please include times between 11-5pm on Tuesday 12/31 you are available to confer. If we cannot resolve any issues regarding these notices promptly, we plan to advise the Court of any disputes on January 2.

Thanks.
Ben

**From:** Greenblum, Benjamin <BGreenblum@wc.com>
**Sent:** Tuesday, December 24, 2024 12:37 PM
**To:** Onyema, Veronica (ATR) <Veronica.N.Onyema@usdoj.gov>; Chapman, Travis (ATR) <Travis.Chapman@usdoj.gov>; Austin Ostiguy <Austin.Ostiguy@ag.tn.gov>; Barkey, Devin (ATR) <Devin.Barkey@usdoj.gov>; Brian Wang <Brian.Wang@doj.ca.gov>; Cari Jeffries (Cari.Jeffries@doj.ca.gov) <Cari.Jeffries@doj.ca.gov>; Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>; Christopher Knight <Christopher.Knight@myfloridalegal.com>; Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; diamante.smith@oag.texas.gov; Elizabeth maxeiner <Elizabeth.maxeiner@ilag.gov>; Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; Jon Sallet <Jon.Sallet@coag.gov>; Choksi, Kunal (NC) <kchoksi@ncdoj.gov>; Istrail, Lee <Lee.Istrail@myfloridalegal.com>; 'McGinnis, Matthew' <Matthew.McGinnis@ropesgray.com>; 'Popofsky, Mark S.' <Mark.Popofsky@ropesgray.com>; Ratcliffe Kathleen <Kathleen.Ratcliffe@OhioAGO.gov>; 'Rubinstein, Franklin' <frubinstein@wsgr.com>; Sarah Mader <Sarah.Mader@OhioAGO.gov>; Schwartz, Michael <Michael.Schwartz@ag.ny.gov>; Severt, Adam T. (ATR) <Adam.Severt@usdoj.gov>; 'Sommer, Michael' <msommer@wsgr.com>; Struve, Ryan S. (ATR) <Ryan.Struve@usdoj.gov>; Tyler Corcoran <Tyler.Corcoran@ag.tn.gov>; Trent, Sara (ATR) <Sara.Trent@usdoj.gov>; Nowlan, Keane (ATR) <Keane.Nowlan@usdoj.gov>
**Cc:** Schmidtlein, John <JSchmidtlein@wc.com>; Smurzynski, Kenneth <KSmurzynski@wc.com>; Connor, Colette <CConnor@wc.com>; Peelish, Natalie <NPeelish@wc.com>; Maier, Gloria <GMaier@wc.com>; Safty, Graham <GSafty@wc.com>; Ryan, Thomas <TRyan@wc.com>; Yeager, Christopher <CYeager@wc.com>
**Subject:** RE: United States, et al. v. Google LLC, No. 1:20-cv-03010--30(b)(6) testimony of Plaintiffs

Veronica: In the circumstances, with straightforward topics that do not present the type of definitional issues that might necessitate extensive conferral, we don't think further delay is warranted. If Plaintiffs believe we need to confer, we can make ourselves available on Thursday December 26 between 9am and 12pm. Please advise. Thanks.

**From:** Onyema, Veronica (ATR) <Veronica.N.Onyema@usdoj.gov>
**Date:** Tuesday, Dec 24, 2024 at 10:42 AM
**To:** Greenblum, Benjamin <BGreenblum@wc.com>, Chapman, Travis (ATR) <Travis.Chapman@usdoj.gov>, Austin Ostiguy <Austin.Ostiguy@ag.tn.gov>, Barkey, Devin (ATR) <Devin.Barkey@usdoj.gov>, Brian Wang <Brian.Wang@doj.ca.gov>, Cari Jeffries (Cari.Jeffries@doj.ca.gov) <Cari.Jeffries@doj.ca.gov>, Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>, Christopher Knight <Christopher.Knight@myfloridalegal.com>, Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>, diamante.smith@oag.texas.gov <diamante.smith@oag.texas.gov>, Elizabeth maxeiner <Elizabeth.maxeiner@ilag.gov>, Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>, Jon Sallet <Jon.Sallet@coag.gov>, Choksi, Kunal (NC) <kchoksi@ncdoj.gov>, Istrail, Lee <Lee.Istrail@myfloridalegal.com>, 'McGinnis, Matthew' <Matthew.McGinnis@ropesgray.com>, 'Popofsky, Mark S.' <Mark.Popofsky@ropesgray.com>, Ratcliffe Kathleen <Kathleen.Ratcliffe@OhioAGO.gov>, 'Rubinstein, Franklin' <frubinstein@wsgr.com>, Sarah Mader <Sarah.Mader@OhioAGO.gov>, Schwartz, Michael <Michael.Schwartz@ag.ny.gov>, Severt, Adam T. (ATR) <Adam.Severt@usdoj.gov>, 'Sommer, Michael' <msommer@wsgr.com>, Struve, Ryan S. (ATR) <Ryan.Struve@usdoj.gov>, Tyler Corcoran <Tyler.Corcoran@ag.tn.gov>, Trent, Sara (ATR) <Sara.Trent@usdoj.gov>, Nowlan, Keane (ATR) <Keane.Nowlan@usdoj.gov>

**Cc:** Schmidtlein, John <JSchmidtlein@wc.com>, Smurzynski, Kenneth <KSmurzynski@wc.com>, Connor, Colette <CConnor@wc.com>, Peelish, Natalie <NPeelish@wc.com>, Maier, Gloria <GMaier@wc.com>, Safty, Graham <GSafty@wc.com>, Ryan, Thomas <TRyan@wc.com>, Yeager, Christopher <CYeager@wc.com>
**Subject:** RE: United States, et al. v. Google LLC, No. 1:20-cv-03010--30(b)(6) testimony of Plaintiffs

Ben,

Thank you for your email. We are preparing responses and objections and can meet and confer once those are served.

Best regards,

**Veronica N. Onyema**
Assistant Chief
U.S. Department of Justice
Antitrust Division | Defense, Industrials, and Aerospace Section
450 Fifth Street NW
Washington, DC 20530
Work number: (202) 307-0302
Work cell: (202) 812-1853
Veronica.Onyema@usdoj.gov

**From:** Greenblum, Benjamin <BGreenblum@wc.com>
**Sent:** Tuesday, December 24, 2024 8:47 AM
**To:** Chapman, Travis (ATR) <Travis.Chapman@usdoj.gov>; Austin Ostiguy <Austin.Ostiguy@ag.tn.gov>; Barkey, Devin (ATR) <Devin.Barkey@usdoj.gov>; Brian Wang <Brian.Wang@doj.ca.gov>; Cari Jeffries (Cari.Jeffries@doj.ca.gov) <Cari.Jeffries@doj.ca.gov>; Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>; Christopher Knight <Christopher.Knight@myfloridalegal.com>; Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; diamante.smith@oag.texas.gov; Elizabeth maxeiner <Elizabeth.maxeiner@ilag.gov>; Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; Jon Sallet <Jon.Sallet@coag.gov>; Choksi, Kunal (NC) <kchoksi@ncdoj.gov>; Istrail, Lee <Lee.Istrail@myfloridalegal.com>; 'McGinnis, Matthew' <Matthew.McGinnis@ropesgray.com>; Onyema, Veronica (ATR) <Veronica.N.Onyema@usdoj.gov>; 'Popofsky, Mark S.' <Mark.Popofsky@ropesgray.com>; Ratcliffe Kathleen <Kathleen.Ratcliffe@OhioAGO.gov>; 'Rubinstein, Franklin' <frubinstein@wsgr.com>; Sarah Mader <Sarah.Mader@OhioAGO.gov>; Schwartz, Michael <Michael.Schwartz@ag.ny.gov>; Severt, Adam T. (ATR) <Adam.Severt@usdoj.gov>; 'Sommer, Michael' <msommer@wsgr.com>; Struve, Ryan S. (ATR) <Ryan.Struve@usdoj.gov>; Tyler Corcoran <Tyler.Corcoran@ag.tn.gov>
**Cc:** Schmidtlein, John <JSchmidtlein@wc.com>; Smurzynski, Kenneth <KSmurzynski@wc.com>; Connor, Colette <CConnor@wc.com>; Peelish, Natalie <NPeelish@wc.com>; Maier, Gloria <GMaier@wc.com>; Safty, Graham <GSafty@wc.com>; Ryan, Thomas <TRyan@wc.com>; Yeager, Christopher <CYeager@wc.com>
**Subject:** [EXTERNAL] United States, et al. v. Google LLC, No. 1:20-cv-03010--30(b)(6) testimony of Plaintiffs
Counsel:

Regarding the 30(b)(6) notices that we served on Plaintiffs for testimony January 6-7 and 8-9, we have not received a response to our requests for confirmation that the witness(es) will appear on those dates. We raised this again on our conferral on Dec. 18, and Plaintiffs declined to confer. With the noticed deposition dates approaching, we would appreciate a response, along with identification of the witness(es). Thank you.

Ben

**Benjamin Greenblum**
**Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
(P) 202-434-5919

bgreenblum@wc.com | www.wc.com/bgreenblum

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments
and notify the sender immediately. Thank you.