AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America, et. al., )<br>*Plaintiff* )<br>v. )<br>Google LLC )<br>*Defendant* ) | Case No. 1:20-cv-03010 APM |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of North Dakota.

Date: 01/15/2025

/s/ Tiffany J. Grossman
*Attorney's signature*

Tiffany J. Grossman, ND ID 08109
*Printed name and bar number*

Consumer Protection and Antitrust Division
Office of Attorney General
1720 Burlington Dr. Suite C
Bismarck, ND 58504-7736
*Address*

tgrossman@nd.gov
*E-mail address*

(701) 328-5570
*Telephone number*

(701) 328-5568
*FAX number*