# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>                              *Plaintiff*,<br><br>v.<br><br>Google LLC,<br><br>                              *Defendant*. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |

| | |
|---|---|
| State of Colorado, *et al.*,<br><br>                              *Plaintiff*,<br><br>v.<br><br>Google LLC,<br><br>                              *Defendant*. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

## APPEARANCE OF COUNSEL

To:    The Clerk of Court and all parties of record

I am admitted to practice in this court, and I appear in this case as counsel for Non-Party

News Corp.

Date:  January 15, 2025

/s/ *John Thorne*

John Thorne (Bar No. 421351)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street NW, Suite 400
Washington, DC 20036
Tel: (202) 326-7992
Fax: (202) 326-7999
jthorne@kellogghansen.com

*Counsel for Non-Party News Corp*