UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>    *Plaintiff,*<br><br>v.<br><br>Google LLC,<br><br>    *Defendant.* | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, *et al.*,<br><br>    *Plaintiff,*<br><br>v.<br><br>Google LLC,<br><br>    *Defendant.* | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record

I am admitted to practice in this Court and I appear in this case as counsel for Non-Party News Corp.

Date: January 15, 2025

/s/ *Daniel G. Bird*
Daniel G. Bird (Bar No. 974913)
KELLOGG, HANSEN, TODD,
 FIGEL & FREDERICK, P.L.L.C.
1615 M Street NW, Suite 400
Washington, DC 20036
Tel: (202) 326-7923
Fax: (202) 326-7971
dbird@kellogghansen.com

*Counsel for Non-Party News Corp*