# Exhibit A

Redacted



Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
+1 215 994 4000 Main
+1 215 994 2222 Fax
www.dechert.com

**JULIA CHAPMAN**

Julia.Chapman@dechert.com
+1 215 994 2060 Direct
+1 215 655 2060 Fax

*Via E-Mail*

Benjamin M. Greenblum
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901
BGreenblum@wc.com
December 3, 2024

Re:  U.S. et al. v. Google LLC, No. 1:20-cv-03010-APM (D.D.C.)
     CO et al. v. Google LLC, No. 1:20-cv-03715-APM (D.D.C.)

Counsel:

I am writing in response to your December 26, 2024 letter and our January 9, 2025 and January 13, 2025 meet and confer regarding Google LLC's ("Google") October 22, 2024 and December 20, 2024 subpoenas to third-party Microsoft Corporation ("Microsoft") (the "Letter").[1]

### 1.  Definitions of "Generative AI Tool" and "AI Search Tool"

In its Letter, Google requests that Microsoft confirm that Microsoft's responses to Requests that reference Generative AI Tools or AI Search Tools will include Microsoft 365 Copilot as well as on-device Generative AI Tools.

With respect to Microsoft 365 Copilot, as Microsoft stated during the parties' the meet and confer, Microsoft will not withhold responsive documents on the basis that those documents relate to Microsoft 365 Copilot as compared to Consumer Copilot. In other words, Microsoft is not limiting its production to Consumer Copilot.

With respect to on-device Generative AI Tools, Microsoft intends to limit its responses to Requests that reference "Generative AI Tools" or "AI Tools" to products, services, features, or functionalities that take or receive natural language inputs, queries, or prompts (regardless of input method) and have the ability to provide or retrieve information from the web when providing a response to a user's query, regardless of input or output modality. On-device Generative AI Tools that have these capabilities will be encompassed by Microsoft's responses. On-device Generative AI Tools that do *not* have these capabilities have no connection to search, search features, or search access points. Microsoft will apply this limitation equally with respect to Microsoft's responses to Plaintiffs' subpoenas as to responses to Google's subpoenas.

---

[1]  Microsoft provides these responses subject to its November 5, 2024 Responses and Objections to Google's October 22, 2024 Subpoena and its January 8, 2025 Responses to Google's December 20, 2024 Subpoena. Microsoft reserves the right to assert additional objections and limitations concerning the Subpoena at any time as Microsoft may deem necessary.



Benjamin M. Greenblum
January 15, 2025
Page 2

**2.      Subpoena No. 1, Request Nos. 1 and 2 (Code Names)**

In its January 3, 2025 Email, Google asked for a list of Microsoft code names. Microsoft has identified the list of Microsoft code names as follows:

1. <u>Partnership with OpenAI</u>:[2] ███████████
2. <u>Codenames for OpenAI Models</u>: ████████████████████████████████████████████████████
3. <u>Incorporation of AI Functionalities into Bing</u>: ████████████████████████████████
4. <u>ChatGPT, SearchGPT, Copilot, BingChat</u>: ████████████████████████████████ ████████████████
5. <u>Distribution on Android or Via Partnerships</u>: ████████████████████
6. <u>Distribution through Apple</u>: ████

In addition to the search strings proposed by Google on December 16, 2024, Microsoft agrees to run the following search strings for Subpoena No. 1, Requests Nos. 1 and 2 incorporating the above-listed code names.

| Custodians | Codename Search String |
|---|---|
| Shilpa Anand<br>Jon Tinter<br>Charlie Beard | ((agreement OR agreements OR contract OR contracts OR partner OR partnership OR redline OR negotiate OR negotiates OR negotiated OR negotiating OR negotiation OR negotiations OR analyze OR analyzes OR analyzed OR analyzing OR analysis OR analyses OR "joint venture" OR JV OR relationship OR relationships OR collaborate OR collaborates OR collaborated OR collaboration OR collaborations) w/12 ((exclusive OR exclusivity OR DSE OR default OR pre-install OR pre-installs OR pre-installing OR pre-installation OR preinstall OR preinstalls OR preinstalling OR preinstallation OR pre-set OR pre-sets OR pre-setting OR preset OR presets OR presetting OR place OR places OR placed OR placing OR placement OR promote OR promotes OR promoted OR promoting OR promotion OR distribute OR distributes OR distributed OR distributing OR distribution OR OR preload OR preloads OR preloaded OR preloading OR pre-load OR pre-loads OR pre-loaded OR pre-loading or syndicate OR syndication OR "revenue share" OR "rev share" OR revshare) w/8 ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ OR ("Bing services master agreement" OR "search distribution agreement" OR "search services agreement" OR "search settings agreement" OR "advertising services agreement" OR "Copilot distribution agreement" OR "Copilot services agreement" OR (("AI" OR "artificial intelligence") w/5 (services OR distribution))) OR ((Bing OR Edge OR "Microsoft Advertising" OR Copilot OR "Bing Chat" OR BingChat OR Prometheus OR Gemini OR GPT OR ChatGPT OR SearchGPT OR "ChatGPT Search" OR Perplexity OR "You.com") AND (((("One Microsoft Way" |

---

[2] Microsoft does not have a codename related to Perplexity, nor does it have any special partnership with Perplexity.



Benjamin M. Greenblum
January 15, 2025
Page 3

| Custodians | Codename Search String |
|---|---|
| | OR 98052) AND (termination! OR definition! OR "witness whereof")) OR (A2N OR "approval to negotiate" OR FGNG OR "Final Go No Go")) |
| Shilpa Anand<br>Jon Tinter<br>Charlie Beard | ((agreement OR agreements OR contract OR contracts OR partner OR partnership OR redline OR A2N OR "approval to negotiate" OR FGNG OR "Final Go No Go" OR negotiate OR negotiates OR negotiated OR negotiating OR negotiation OR negotiations OR analyze OR analyzes OR analyzed OR analyzing OR analysis OR analyses OR "joint venture" OR JV OR relationship OR relationships OR collaborate OR collaborates OR collaborated OR collaboration OR collaborations) w/20 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ w/20 (exclusive OR exclusivity OR DSE OR default OR defaults OR pre-install OR pre-installed OR pre-installs OR pre-installing OR pre-installation OR preinstall OR preinstalled OR preinstalls OR preinstalling OR preinstallation OR pre-set OR pre-sets OR pre-setting OR preset OR presets OR presetting OR place OR places OR placed OR placing OR placement OR promote OR promotes OR promoted OR promoting OR promotion OR distribute OR distributes OR distributed OR distributing OR distribution OR preload OR preloads OR preloaded OR preloading OR pre-load OR pre-loads OR pre-loaded OR pre-loading or syndicate OR syndication OR "revenue share" OR "rev share" OR revshare) |

**3.    Subpoena No. 1, Request No. 3**

In its Letter, Google requests that Microsoft inform Google how it intends to search for documents responsive to Request No. 3 in Google's October 22, 2024 subpoena and proposes search terms to run across David Snyder's files.

Microsoft responds that it intends to collect documents responsive to Request No. 3 through go-and-get productions as written communications with Plaintiffs have been limited. Nevertheless, as Microsoft indicated during the meet and confer, in the spirit of compromise, Microsoft has run Google's proposed search terms across David Snyder's documents, which returned four hits each of which were Notices pursuant to D.C. Rules of Professional Conduct that are not responsive to the Request. Microsoft believes that its go-and-get productions are more likely to identify documents responsive to Google's Request 3 than Google's proposal and will proceed with that approach.

**4.    Subpoena No. 1, Request Nos. 4–5**

Google proposes in its Letter a set of search terms and custodians to satisfy Requests Nos. 4 and 5 in its October 22, 2024 subpoena.

Microsoft responds, as conveyed during the meet and confer, that it is already in the process identifying materials responsive to these Requests using the below search terms and custodians.



Benjamin M. Greenblum
January 15, 2025
Page 4

| Custodians | MSFT Search Term Proposal |
|---|---|
| Rima Alaily<br>Jon Palmer<br>Jordi Ribas<br>Mikhail Parakhin<br>Satya Nadella<br>Jon Tinter<br>Michael Schechter<br>Rob Cromwell<br>Charlie Beard<br>Shilpa Anand | (*@apple.com OR *@duckduckgo.com OR *@Ecosia.org OR *@alibaba-inc.com OR *@oath.com OR *@ask.com OR *@apps.ask.com OR *@mozilla.com OR *@qwant.com OR *@facebook.com OR *@yahoo-inc.com OR *@amazon.com OR *@brave.com OR *@opera.com OR *@inflection.ai OR *@g42.ai OR *@openai.com OR *@perplexity.ai) W/25 ("U.S. v. Google" OR "US v. Google" OR "U.S. v Google" OR "US v Google" OR "1:20-cv-03010" OR "1:20-cv-03715" OR "03010-APM" OR "03715-APM" OR Mehta OR ((court OR litigation OR litigate OR lawsuit OR lawsuits OR suit OR suits OR action OR case OR cases OR remedy OR remedies OR DOJ OR "Department of Justice" OR case) W/5 (Google))) |

Microsoft believes that these search terms are more likely to identify documents responsive to Google's Requests Nos. 4 and 5 than Google's proposal. Documents responsive to Requests Nos. 4 and 5 in Google's October 22, 2024 subpoena are limited to "communications between Microsoft and any third party discussing or relating to this litigation[,]" including DuckDuckGo. Google's terms are overly broad in that they are not limited to Microsoft's communications with third parties. Please confirm that Google is in agreement that the above-listed search terms and custodians are sufficient to identify materials responsive to Request Nos. 4 and 5 in Google's October 22, 2024 subpoena.

5.  **Subpoena No. 1, Request No. 22**

In its Letter, Google requests that Microsoft clarify whether its December 20, 2024 production entirely satisfies its obligations with respect to Request No. 22.

As indicated in the meet and confer, Microsoft responds that it is continuing to collect documents responsive to Request No. 22 in Google's October 22, 2024 Subpoena and will continue to produce these documents as they are identified. However, Microsoft notes that Request No. 22 is limited to "non-privileged documents in Microsoft's possession, custody, or control created, altered, transmitted, or received at any time from May 6, 2022, to present." The document cited by Google in its Letter is from 2011, over a decade before the time period at issue.

6.  **Subpoena No. 2, Request No. 2(a)-(c)**

In its 12/26/24 Letter, Google proposed search strings for Requests before Microsoft served its Second Responses and Objections. On January 8, 2025, Microsoft served its Responses and Objections and agreed



Benjamin M. Greenblum
January 15, 2025
Page 5

to produce the following non-privileged documents responsive to this Request that it is able to identify through a reasonable search:

(a) Documents that relate to Microsoft's efforts to distribute generative AI products on Android Devices;
(b) Documents that relate to Microsoft's announced plans for on-device AI or potential agreements to have Microsoft's on-device AI preinstalled on Android Devices; and
(c) Documents that relate to
  (1) Microsoft's announced product development efforts related to the integration of generative AI products and features into Bing and
  (2) Microsoft's announced product development efforts related to Microsoft generative AI products that have some connection to search, search features, or search access points, including plans related to the introduction, creation, distribution, monetization, and release of generative AI agents.

With respect to Requests Nos. 2(a) and (b), Microsoft agrees with Google's proposal to use the search terms and custodians agreed upon for Request 1 and 2 in Google's First Subpoena to respond to Requests No. 2(a) and (b) in Google's Second Subpoena.

With respect to Request No. 2(c), Google proposed a set of search terms to run across the custodial files of Satya Nadella, Kevin Scott, Mustafa Suleyman, Jordi Ribas, and Rangan Majumder. Microsoft's counterproposal and parent hit counts are below.

| Custodians | Google Search Term Proposal | Hits[3] |
|---|---|---|
| Satya Nadella<br>~~Kevin Scott~~<br>~~Mustafa Suleyman~~<br>Mikhail Parakhin<br>Jordi Ribas<br>Rangan Majumder | (strategy OR strategies OR strategic OR roadmap OR vision) w/3 (OpenAI OR "Open AI" OR OAI OR Altman OR Copilot OR ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ChatGPT OR SearchGPT OR GPT OR GPT3 OR GPT-3 OR GPT4 OR GPT-4 OR GPT4.5 OR GPT-4.5 OR GPT5 OR GPT-5 OR Orion OR ChatGPT OR SearchGPT OR 4o OR o1 OR o3 OR GPT-V OR DV OR ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮)<br><br>OR<br><br>((strategy OR strategies OR strategic OR roadmap OR vision) w/3 (Bing OR Edge OR Apple OR Appl) AND ("generative AI" OR "artificial intelligence" OR "genAI" OR "gen AI" OR "LLM" OR "large language model")) | 2,076 |

---

[3] Microsoft's internal system only provides parent-level hit counts. However, the expansion rate is typically 1.6. E.g., Microsoft would estimate a total of 3,322 individual reviewable items for a data set with a parent-level hit count of 2,076 (2,076 x 1.6).



| Custodians | Google Search Term Proposal | Hits[3] |
|---|---|---|
| Shilpa Anand<br>Charlie Beard<br>Rob Cromwell<br>Rangan Majumder<br>Satya Nadella<br>Mikhail Parakhin<br>Jordi Ribas<br>Michael Schecter<br>~~Kevin Scott~~<br>~~Mustafa Suleyman~~<br>Jonathan Tinter | ((agreement OR agreements OR contract OR contracts OR partner OR partnership OR redline OR negotiate OR negotiates OR negotiated OR negotiating OR negotiation OR negotiations OR analyze OR analyzes OR analyzed OR analyzing OR analysis OR analyses OR "joint venture" OR JV OR relationship OR relationships OR collaborate OR collaborates OR collaborated OR collaboration OR collaborations) w/12 ((exclusive OR exclusivity OR DSE OR default OR pre-install OR pre-installs OR pre-installing OR pre-installation OR preinstall OR preinstalls OR preinstalling OR preinstallation OR pre-set OR pre-sets OR pre-setting OR preset OR presets OR presetting OR place OR places OR placed OR placing OR placement OR promote OR promotes OR promoted OR promoting OR promotion OR distribute OR distributes OR distributed OR distributing OR distribution OR preload OR preloads OR preloaded OR preloading OR pre-load OR pre-loads OR pre-loaded OR pre-loading or syndicate OR syndication OR "revenue share" OR "rev share" OR revshare) w/8 ("ai" OR "genai" OR "artificial intelligence")))<br><br>~~OR~~<br><br>~~((("ai" OR "genai" OR "artificial intelligence") AND ((("One Microsoft Way" OR 98052) AND (termination OR terminations OR definition OR definitions OR "witness whereof")) OR (A2N OR "approval to negotiate" OR FGNG OR "Final Go No Go")))~~ | 1,930 |

**7.     Subpoena No. 2, Request No. 4**

In its 12/26/2024 Letter, Google proposed search terms for Request No. 4 in Google's Second Subpoena.

As noted in Microsoft's Responses and Objections to Google's Second Subpoena, responsive materials to this Request have already been, or will be, produced in response to Subpoena 1, Request Nos. 1, 2, 8, 22,



31, and 38. Microsoft further articulated the following categories of responsive materials it agrees to produce:

(1) Documents sufficient to show Microsoft products that qualify as Search Access Points as defined in the Responses and Objections;
(2) Documents sufficient to show Microsoft's attempts to distribute Microsoft products that quality as Search Access Points;
(3) Documents sufficient to show Microsoft's understanding of the barriers to entering the general search services market;
(4) Documents sufficient to show Microsoft's understanding of whether data sharing would improve Microsoft's ability to compete in the general search services and general search text advertising markets; and
(5) Documents sufficient to show how generative AI is impacting search and search text advertising competition, functionality, and quality.

Microsoft will provide the first category of information on a go-and-get basis. With respect to the second category, Microsoft agrees with Google's proposal to use the search strings and custodians agreed upon for Requests Nos. 1 and 2 in Google's Second Subpoena. With respect to the final three categories, Microsoft has tested Google's proposed search terms and custodians, which were not tethered to Microsoft's responses and objections and resulted in a parent hit count of over 300,000.

Consequently, Microsoft's counterproposal with parent hit counts is below.



Benjamin M. Greenblum
January 15, 2025
Page 8

| Custodians | Google's Search Term Proposal | Hits |
|---|---|---|
| Charlie Beard<br>Rob Cromwell<br>Michael Schechter<br>Jonathan Tinter<br>Shilpa Anand<br>Mikhail Parakhin<br>Jordi Ribas | ((~~investment OR investments OR~~ barrier OR barriers OR moat OR ~~capital OR cloud OR Azure OR ▮▮▮▮▮ OR supercomputer~~ block OR blocks OR blocked OR blocking OR prevent OR prevents OR prevented OR preventing OR restrain OR restrains OR restrained OR restraining) W/8 (launch OR launches OR launched OR launching OR start OR starts OR started OR starting OR enter OR entered OR enters OR entered OR entering OR entry)) AND ((search W/2 (engine OR service)) OR GSE) ~~(GPT OR GPT3 OR GPT-3 OR GPT4 OR GPT-4 OR GPT4.5 OR GPT-4.5 OR GPT5 OR GPT-5 ▮▮▮▮ OR ChatGPT OR SearchGPT OR 4o OR o1 OR o3 OR ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮)~~<br><br>OR<br><br>~~(Bing OR~~ ((data OR datafeed OR "data feed" OR index OR indexing OR ads OR advertising) W/3 (share OR sharing OR shares OR shared OR syndicate OR syndicates OR syndicated OR syndication OR syndications OR api OR "application programming interface")) W/25 Bing<br><br>OR<br><br>~~(Bing OR Bing's OR Edge OR "search engine" OR GSE OR browser) W/10~~ ("generative artificial intelligence" OR GenAI OR "Generative AI" OR GPT OR GPT3 OR GPT-3 OR GPT4 OR GPT-4 OR GPT4.5 OR GPT-4.5 OR GPT5 OR GPT-5 OR ▮▮▮ OR ChatGPT OR SearchGPT OR 4o OR o1 OR o3 OR ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ OR Perplexity OR OpenAI OR Gemini OR Bard) W/10 ((Bing OR Bing's OR (search W/2 (engine OR services)) OR GSE OR "search text advertising") W/5 (quality OR usage OR performance OR accuracy OR "user engagement" OR "user satisfaction" OR nDCG OR competition)) | 12,302 |



8.      **Subpoena No. 2, Request No. 5**

In its 12/26/2024 Letter, Google proposed search terms for Request No. 5 in Google's Second Subpoena.

As noted in Microsoft's Responses and Objections to Google's Second Subpoena, materials that are substantively responsive to this Request have already been, or will be, produced in response to Subpoena 1, Request Nos. 13 and 32 and Subpoena 2, Request No. 2. However, the first two search strings that Google proposes for Request No. 5 are duplicative of those proposed for Request No. 2(c); and, therefore, Microsoft will use the search terms and custodians it proposes above with respect to Request No. 2(c).

The remaining search term Google proposes seeks additional information regarding Microsoft's partnership with OpenAI. As the Court stated during the December 20, 2024 status conference, Google already has "hundreds and hundreds of pages laying out the commitments [the Microsoft and OpenAI] have made to one another, you know, and how they're – you know, the contracts are being managed at a high level[.]" Dec. 20, 2024 Status Conference Tr. 15:24–16:2. Google has not articulated any legitimate reason why Google needs additional details and internal communications regarding the partnership.

9.      **Subpoena No. 2, Request No. 7**

In its 12/26/2024 Letter, Google proposes search terms for Request No. 7 in Google's Second Subpoena.

As noted in Microsoft's Responses and Objections to Google's Second Subpoena, relevant materials that are responsive to this Request have already been produced in response to Subpoena 1, Request No. 13 consistent with the Court's instruction on November 26, 2024. Microsoft does not intend to produce any additional documents in response to this Request.

10.      **Subpoena No. 2, Request No. 15**

In its 12/26/2024 Letter, Google proposes search terms and custodians for Request No. 15 in Google's Second Subpoena.

While Microsoft has agreed to search for and produce responsive materials to this Request as articulated in Microsoft's Responses and Objections to Google's Second Subpoena on a go-and-get basis, Microsoft has also tested Google's proposed search strings.

| Custodians | Google's Search Term Proposal | Hits |
|---|---|---|
| Mikhail Parakhin<br>Jordi Ribas<br>Rangan Majumder<br>Michael Schechter<br>Rob Cromwell | (analyze OR analyzes OR analyzed OR analyzing OR analysis OR analyses OR study OR studies OR studied OR studying) W/8 ((personalize OR personalized OR personalizing OR personalization) w/3 (Bing OR Bing's OR Edge OR Edge's OR Apple OR Appl))<br><br>OR<br><br>(personalize OR personalized OR personalizing OR personalization) W/8 ((analyze OR analyzes OR analyzed OR analyzing OR analysis OR | 15 |



Benjamin M. Greenblum
January 15, 2025
Page 10

| Custodians | Google's Search Term Proposal | Hits |
|---|---|---|
|  | analyses OR study OR studies OR studied OR studying) w/3 (Bing OR Bing's OR Edge OR Edge's OR Apple OR Appl)) |  |

Due to the low burden, Microsoft will run these search terms in addition to providing documents on a go-and-get basis.

**11.     Subpoena No. 2, Request No. 16**

In its 12/26/2024 Letter, Google proposes search terms and custodians for Request No. 16 in Google's Second Subpoena.

Microsoft's counterproposal with parent hit counts it below.

| Custodians | Google's Search Term Proposal | Hits |
|---|---|---|
| Charlie Beard<br>Michael Schecter<br>Jonathan Tinter<br>Shilpa Anand<br>Mikhail Parakhin<br>Jordi Ribas<br>~~Kevin Scott~~ | (agreement OR agreements OR contract OR contracts OR partner OR partnership OR redline OR negotiate OR negotiates OR negotiated OR negotiating OR negotiation OR negotiations OR analyze OR analyzes OR analyzed OR analyzing OR analysis OR analyses OR "joint venture" OR JV OR relationship OR relationships OR collaborate OR collaborates OR collaborated OR collaboration OR collaborations) w/12 ((datafeed OR datafeeds OR "data feed" OR "data feeds" OR index OR indexed OR indexing OR crawled OR "web crawl") w/8 (Bing OR (Microsoft w/2 ("search service" OR "search services"))))<br><br>OR<br><br>(OpenAI OR OAI OR "Open AI") w/12 (datafeed OR datafeeds OR "data feed" OR "data feeds" OR index OR indexed OR indexing OR crawled OR "web crawl")<br><br>OR<br><br>Bing W/2 ((ads W/2 API) OR (search W/2 API)) | 4,655 |

Sincerely,

*/s/ Julia Chapman*

Julia Chapman