AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03010-APM |
| Google LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of Kansas                                                                                             .

Date:   01/16/2025

/s/ Christopher Teters
*Attorney's signature*

Christopher Teters, KS#27248
*Printed name and bar number*

Office of the Kansas Attorney General
120 S.W. 10th Avenue, 2nd Floor
Topeka, KS 66612-1597

*Address*

chris.teters@ag.ks.gov
*E-mail address*

(785) 296-3751
*Telephone number*

(785) 291-3699
*FAX number*