# EXHIBIT C

**Appendix: Proposed Perplexity Search Strings**

| Request No. | Text of Request | Proposed String |
|---|---|---|
| First Subpoena, Request No. 1 | All documents and other communications between Perplexity AI and any third party proposing, discussing, or relating to the promotion, preinstallation, syndication, or other distribution of the Perplexity Service. Documents within the scope of this request include, but are not limited to, negotiations over agreements as well as final executed agreements that Perplexity AI has entered into with any third party with respect to the promotion, preinstallation, syndication, or other distribution of the Perplexity Service. | ((agreement! OR contract! OR partner! OR redlin! OR negotiat! OR analy! OR "joint venture" OR JV OR "joint development" OR relationship! OR collaborat!) W/12 ((exclusiv! OR DSE OR default! OR pre-install! OR preinstall! OR pre-set! OR preset! OR place OR places OR placed OR placing OR placement OR promot! OR distribut! OR preload! OR syndicat! OR integrat! OR (shar! W/2 rev!) OR revshare) W/8 (Bing! OR Edge OR Microsoft OR MSFT OR Copilot OR Prometheus OR Gemini OR Bard OR Claude OR ChatGPT OR SearchGPT OR Haiku OR Apple OR APPL OR Perplexity OR GPT! Or 4o! OR "You.com" OR Claude! OR Sonnet! Or Sonar! OR Grok! OR xAI! OR {code name for Bing} OR {code name for Edge} OR {code name for Microsoft} OR {code name for Copilot} OR {code name for Prometheus} OR {code name for Gemini/Bard} OR {code name for Claude} OR {code name for Sonar} OR {code name for Grok} OR {code name for xAI} OR {code name for ChatGPT} OR {code name for SearchGPT} OR {code name(s) for Perplexity's models} OR {code name(s) for the Perplexity Service} OR {code name(s) for the Perplexity App} OR Sydney OR {code name for Apple} OR {code name for You.Com}))) OR ((distribution OR integration OR service! OR syndicat! OR licens!) W/2 agreement) OR ((Bing! OR Edge OR Microsoft OR MSFT OR Copilot OR Prometheus OR Gemini OR Bard OR Claude OR ChatGPT OR SearchGPT OR Haiku OR Apple OR APPL OR Perplexity OR GPT! Or 4o! OR "You.com" OR Claude! OR Sonnet! Or Sonar! OR Grok! OR xAI! OR {code name for Bing} OR {code name for Edge} OR {code name for Microsoft} OR {code name for Copilot} OR {code name for Prometheus} OR {code name for Gemini/Bard} OR {code name for Claude} OR {code name for Sonar} OR {code name for Grok} OR {code name for xAI} OR {code name for ChatGPT} OR {code name for SearchGPT} OR {code name(s) for Perplexity's models} OR {code |

| Request No. | Text of Request | Proposed String |
|---|---|---|
| | | name(s) for the Perplexity Service} OR {code name(s) for the Perplexity App} OR Sydney OR {code name for Apple} OR {code name for You.Com}) AND ("115 Sansome" OR "575 Market" OR 94105 OR 94104) AND (termination! OR definition! OR "witness whereof")) |
| Second Subpoena, Request No. 2 | All documents of Dmitry Shevelenko, Ryan Foutty, and Emily Jorgens, as well as the documents of their direct report(s) and immediate supervisor[1], relating to "generative AI's relationship with Search Access Points, distribution, barriers to entry and expansion, and data sharing," ECF 1072-2 at 4, to the extent not produced in response to other requests. | <u>As to "generative AI's relationship with Search Access Points"</u><br><br>(Bing! OR Edge OR "search engine" OR GSE OR Google OR Chrome OR browser OR {code name for Bing} OR {code name for Edge} OR {code name for OpenAI browser} OR {code name for Google / Chrome}) W/10 (GPT! OR Claude! OR Sonar! OR 4o! OR Haiku! OR Grok! OR xAI! OR Perplexity OR {code name for xAI} OR {code name for ChatGPT} OR {code name for Claude} OR {code name(s) for Perplexity's models} OR {code name(s) for the Perplexity Service} OR {code name(s) for the Perplexity App})<br><br><u>As to "distribution"</u><br><br>[See Subpoena 1, RFP 1]<br><br><u>As to "barriers to entry and expansion"</u><br><br>(investment! OR barrier! OR moat! OR capital! OR cloud!) AND (GPT! OR Claude! OR Sonar! OR 4o! OR Haiku! OR Grok! OR xAI! OR Perplexity OR {code name for xAI} OR {code name for ChatGPT} OR {code name for Claude} OR {code name(s) for Perplexity's models} OR {code name(s) for the Perplexity Service} OR {code name(s) for the Perplexity App}) |

---

[1] Google's proposed compromise, which Perplexity rejected, would seek documents from Aravind Srinivas, Dimitry Shevelenko, and Johnny Ho, instead of the custodians mentioned here.

| Request No. | Text of Request | Proposed String |
|---|---|---|
| | | **As to "data sharing"**<br><br>("data sharing" OR API) W/10 (GPT! OR Claude! OR Sonar! OR 4o! OR Haiku! OR Grok! OR xAI! OR Perplexity OR {code name for xAI} OR {code name for ChatGPT} OR {code name for Claude} OR {code name(s) for Perplexity's models} OR {code name(s) for the Perplexity Service} OR {code name(s) for the Perplexity App}) |
| Second Subpoena, Request No. 3 | All documents of Aravind Srinivas, Dmitry Shevelenko, Ryan Foutty, Emily Jorgens, Denis Yarats, and Johnny Ho[2] regarding Perplexity AI's strategy with respect to AI Products and the integration of artificial intelligence into search-related products, to the extent not produced in response to other requests. | (strategy OR strategies OR strategic OR roadmap OR vision) w/3 (Bing! OR Edge OR Microsoft OR MSFT OR Copilot OR Prometheus OR Gemini OR Bard OR Claude OR ChatGPT OR SearchGPT OR Haiku OR Apple OR APPL OR Perplexity OR GPT! Or 4o! OR "You.com" OR Claude! OR Sonnet! Or Sonar! OR Grok! OR xAI! OR {code name for Bing} OR {code name for Edge} OR {code name for Microsoft} OR {code name for Copilot} OR {code name for Prometheus} OR {code name for Gemini/Bard} OR {code name for ChatGPT} OR {code name for SearchGPT} OR {code name(s) for Perplexity's models} OR {code name(s) for the Perplexity Service} OR {code name(s) for the Perplexity App} OR Sydney OR {code name for Apple} OR {code name for You.Com}) |

---

[2] Google's proposed compromise, which Perplexity rejected, would seek documents only from Aravind Srinivas, Dimitry Shevelenko, and Johnny Ho.