# EXHIBIT C

**Appendix: Proposed OpenAI Custodians**

| Name | Details |
|---|---|
| Nick Turley | Mr. Turley is the OpenAI witness who will testify on behalf of the government at the Evidentiary Hearing. |
| Sam Altman | Mr. Altman is the co-founder and CEO of OpenAI.  He has made public statements suggesting that he believes OpenAI's product offerings can compete with Google.  *See* Grace Kay*, ChatGPT's Founder Blasts Google As A "Lethargic Search Monopoly" As The Tech Giant's AI War With Microsoft Heats Up*, BUSINESS INSIDER (Feb. 8, 2023), *available at* https://www.businessinsider.com/chatgpt-founder-sam-altman-apparent-google-criticism-lethargic-search-monopoly-2023-2.  Mr. Altman is the signatory of the partnership agreement with Microsoft and was apparently involved in managing the Microsoft relationship. |
| Kevin Weil | Mr. Weil is the Chief Product Officer at OpenAI.  He has also been publicly identified as "Supporting Leadership" for OpenAI's efforts to develop a web search tool.  *See Introducing ChatGPT Search*, OPENAI (Oct. 31, 2024), *available at* https://openai.com/index/introducing-chatgpt-search/.  When OpenAI presented ChatGPT Search as part of its recent "Twelve Days of OpenAI," Mr. Weil was the lead presenter.  *See* https://openai.com/12-days/. |
| Adam Fry | Mr. Fry is the Product Lead for Search at OpenAI.  Mr. Fry appears to be central to OpenAI's efforts to release a search product.  For example, OpenAI produced a non-custodial presentation entitled "Why are we solving 'Search?'" with Adam Fry listed as the author.  Mr. Fry also helped present ChatGPT Search as part of OpenAI's "Twelve Days of OpenAI" event.  *See* https://openai.com/12-days/. |
| Srinivas Narayanan | Mr. Narayanan is a Vice President of Engineering.  He has also been publicly identified as "Supporting Leadership" for OpenAI's efforts to develop a web search tool.  *See Introducing ChatGPT Search*, OPENAI (Oct. 31, 2024), *available at* https://openai.com/index/introducing-chatgpt-search/.  Mr. Narayanan has been quoted in the press as explaining that "Bing is an important one" of the services used in ChatGPT Search.  *See* Taylor Herzlich, *OpenAI Takes On Google, Microsoft With Own ChatGPT Search Engine SearchGPT*, N.Y. POST (Nov. 1, 2024), *available at* https://nypost.com/2024/11/01/business/openai-takes-on-google-with-chatgpt-search-engine-searchgpt/. |
| Greg Brockman | Mr. Brockman is the President of OpenAI.  He has also been publicly identified as "Supporting Leadership" for OpenAI's efforts to develop a web search tool.  *See Introducing ChatGPT Search*, OPENAI (Oct. 31, 2024), *available at* https://openai.com/index/introducing-chatgpt-search/.  Mr. Brockman was briefly hired by Microsoft in 2023 before returning to OpenAI.  *See* Manish Singh, *Microsoft Hires Ex-OpenAI Leaders Altman And Brockman To Lead New AI Group*, TECH CRUNCH (Nov. 20, 2023), *available at* https://techcrunch.com/2023/11/20/openai-co-founders-sam-altman-and-greg-brockman-to-join-microsoft/. |
| James Dyett | OpenAI disclosed Mr. Dyett as a custodian pursuant to the Court's December 13, 2024 order.  OpenAI characterizes him as a Member of Go To Market Staff. |

| Name | Details |
|---|---|
| Olivier Godement | OpenAI disclosed Mr. Godement as a custodian pursuant to the Court's December 13, 2024 Order. OpenAI describes him as a Member of Product Staff. |
| Miqdad Jaffer | OpenAI disclosed Mr. Jaffer as a custodian pursuant to the Court's December 13, 2024 Order. OpenAI describes him as a Member of Product Staff. |
| Brad Lightcap | OpenAI disclosed Mr. Lightcap as a custodian pursuant to the Court's December 13, 2024 Order. He is the Chief Operating Officer of OpenAI. |
| Aliisa Rosenthal | OpenAI disclosed Ms. Rosenthal as a custodian pursuant to the Court's December 13, 2024 Order. OpenAI describes her as a Member of Go To Market Staff. |