# EXHIBIT D

**Appendix: Proposed OpenAI Search Strings**

| Request No. | Text of Request | Proposed String |
|---|---|---|
| First Subpoena, Request No. 1 | All documents and other communications between OpenAI and any third party proposing, discussing, or relating to the promotion, preinstallation, syndication, or other distribution of any Generative AI Tool or AI Search Tool. Documents within the scope of this request include, but are not limited to, negotiations over agreements as well as final executed agreements that OpenAI has entered into with any third party since May 6, 2022, with respect to the promotion, preinstallation, syndication, or other distribution of any Generative AI Tool or AI Search Tool. This request seeks all responsive, non-privileged documents in OpenAI's possession, custody, or control created, altered, transmitted, or received at any time from May 6, 2022, to present. | ((agreement! OR contract! OR partner! OR redlin! OR negotiat! OR analy! OR "joint venture" OR JV OR "joint development" OR relationship! OR collaborat!) W/12 ((exclusiv! OR DSE OR default! OR pre-install! OR preinstall! OR pre-set! OR preset! OR place OR places OR placed OR placing OR placement OR promot! OR distribut! OR preload! OR syndicat! OR integrat! OR (shar! W/2 rev!) OR revshare) W/8 (Bing! OR Edge OR Microsoft OR MSFT OR Copilot OR Prometheus OR Gemini OR Bard OR Claude OR ChatGPT OR SearchGPT OR GPT! OR 4o! OR o1! OR o3! OR Triton OR Argos OR Stargate OR Apple OR APPL OR Perplexity OR "You.com" OR {code name for Bing} OR {code name for Edge} OR {code name for Microsoft} OR {code name for Copilot} OR {code name for Prometheus} OR {code name for Gemini/Bard} OR {code name for Claude} OR {code name for ChatGPT} OR {code name for SearchGPT} OR {code name(s) for OpenAI's models} OR Sonix! OR {code name for OpenAI browser} OR Sydney OR {code name for Apple} OR {code name for Perplexity} OR {code name for You.Com}))) OR ("collaboration agreement" OR "license agreement" OR "data sharing agreement" OR "statement of work" OR "service integration agreement" OR ((distribution OR integration OR service!) W/2 agreement)) OR ((Bing! OR Edge OR Microsoft OR MSFT OR Copilot OR Prometheus OR Gemini OR Bard OR Claude OR ChatGPT OR SearchGPT OR GPT! OR 4o! OR o1! OR o3! OR Triton OR Argos OR Stargate OR Apple OR APPL OR Perplexity OR "You.com" OR {code name for Bing} OR {code name for Edge} OR {code name for Microsoft} OR {code name for Copilot} OR {code name for |

| Request No. | Text of Request | Proposed String |
|---|---|---|
| | | Prometheus} OR {code name for Gemini/Bard} OR {code name for Claude} OR {code name for ChatGPT} OR code name for SearchGPT} OR {code name(s) for OpenAI's models} OR Sonix! OR {code name for OpenAI browser} OR Sydney OR {code name for Apple} OR {code name for Perplexity} OR {code name for You.Com}) AND ("1960 Bryant" OR "3180 18th" OR 94110) AND (termination! OR definition! OR "witness whereof")).[1] |
| Second Subpoena, Request No. 2 | All documents of Nick Turley, James Dyett, Olivier Godement, Miqdad Jaffer, Brad Lightcap, and Aliisa Rosenthal, as well as the documents of their direct report(s) and immediate supervisor relating to "generative AI's relationship with Search Access Points, distribution, barriers to entry and expansion, and data sharing," ECF 1072-2 at 4, to the extent not produced in response to other requests. This request seeks all responsive, non-privileged documents in OpenAI's possession, custody, or control created, altered, transmitted, or received at any time from May 6, 2022, to present. | As to "generative AI's relationship with Search Access Points" <br><br> (Bing! OR Edge OR "search engine" OR GSE OR browser OR {code name for Bing} OR {code name for Edge} OR {code name for OpenAI browser}) W/10 (GPT! OR ChatGPT OR SearchGPT OR 4o! OR o1! OR o3! OR {code name for ChatGPT} OR {code name for SearchGPT} OR {code name(s) for OpenAI's models}) <br><br> As to "distribution" <br> [See Subpoena 1, RFP 1] <br><br> As to "barriers to entry and expansion" <br> (investment! OR barrier! OR moat! OR capital! OR cloud! OR Azure!) AND (GPT! OR ChatGPT OR SearchGPT OR 4o! OR o1! OR o3! OR {code name for ChatGPT} OR {code name for SearchGPT} OR {code name(s) for OpenAI's models}) <br><br> As to "data sharing" |

---

[1] In its January 13, 2025 correspondence, OpenAI informed Google that its vendor was unable to run a search with the terms "o1!" and "o3!." It also suggested the inclusion of "Sonic" as an alternative to "Sonix" throughout the search strings. *See* Ex. E. Google intends to incorporate those modifications into its final search strings.

| Request No. | Text of Request | Proposed String |
|---|---|---|
| | | ("data sharing" OR API) W/10 (GPT! OR ChatGPT OR SearchGPT OR 4o! OR o1! OR o3! OR {code name for ChatGPT} OR {code name for SearchGPT} OR {code name(s) for OpenAI's models}) |
| Second Subpoena, Request No. 3 | All documents of Sam Altman, Greg Brockman, Kevin Weil, Adam Fry, Srinivas Narayanan, and Dario Amodei regarding OpenAI's strategy with respect to AI Products, the integration of artificial intelligence into search-related products, and the Microsoft partnership, to the extent not produced in response to other requests. This request seeks all responsive, nonprivileged documents in OpenAI's possession, custody, or control created, altered, transmitted, or received at any time from May 6, 2022, to present.[2] | (strategy OR strategies OR strategic OR roadmap OR vision) w/3 (Bing! OR Edge OR Microsoft OR MSFT OR Copilot OR Prometheus OR Gemini OR Bard OR Claude OR ChatGPT OR SearchGPT OR GPT! OR 4o! OR o1! OR o3! OR Triton OR Argos OR Stargate OR Apple OR APPL Perplexity OR "You.com" OR {code name for Bing} OR {code name for Edge} OR {code name for Microsoft} OR {code name for Copilot} OR {code name for Prometheus} OR {code name for Gemini/Bard} OR {code name for Claude} OR {code name for ChatGPT} OR code name for SearchGPT} OR {code name(s) OpenAI's models} OR Sonix! OR {code name for OpenAI browser} OR Sydney OR {code name for Apple} OR {code name for Perplexity} OR {code name for You.Com}) |
| Second Subpoena, Request No. 4 | All documents relating to the integration of ChatGPT into Apple devices or software. Documents within the scope of this request include any internal analyses relating to the incorporation of ChatGPT into iOS and macOS as announced on December 11, 2024. *See, e.g.,* https://www.youtube.com/watch?v=mBhkD0iFf4w&list=PLOXw6I10VTv9lin5AzsHAHCTrC7BdVdEM&index=3. This request seeks all responsive, non-privileged documents in OpenAI's possession, custody, or control created, altered, transmitted, or received at any time from May 6, 2022, to present. | (ChatGPT OR SearchGPT OR GPT! OR 4o! OR o1! OR o3!) W/5 (Apple OR Siri OR "Apple Intelligence" OR {code name for Apple} OR {code name for Siri}) |

---

[2] Google is no longer seeking Dario Amodei's documents as part of this request.