# EXHIBIT E

██████████████

**Davis Polk**

Serge A. Voronov
+1 650 752 2055
serge.voronov@davispolk.com

Davis Polk & Wardwell LLP
900 Middlefield Road
Redwood City, CA 94063
davispolk.com

HIGHLY CONFIDENTIAL

January 13, 2025

Chris Yeager
Williams & Connolly LLP
680 Maine Avenue SW
Washington, DC 20024

Re: *United States, et al. v. Google LLC*, No. 1:20-cv-03010-APM (D.D.C.)
    *Colorado, et al. v. Google LLC*, No. 1:20-cv-03715-APM (D.D.C.)

Dear Chris:

We write in response to the meet-and-confer between Google and OpenAI on Friday, January 10. In an effort to resolve the issues that we discussed without Court intervention, 1) in response to Request No. 3 of Google's second subpoena, OpenAI agrees to conduct a reasonable search for and produce documents from Nick Turley regarding OpenAI's strategy with respect to AI Products, the integration of artificial intelligence into search-related products, and the Microsoft partnership; 2) in response to Request No. 4 of Google's second subpoena, OpenAI agrees to also conduct a reasonable search for and produce internal communications; and 3) in response to Request No. 5 of Google's second subpoena, OpenAI agrees to conduct a reasonable search for and produce non-privileged copies of all ChatGPT "factbooks."

In terms of Google's proposed search strings in your December 20 email, OpenAI has collected ESI from Nick Turley as well as the five custodians that OpenAI identified as the individuals who are and/or were most involved in negotiating the distribution agreements sought by Google. OpenAI is still investigating the code names that you requested. In the meanwhile, we are providing hit counts for these six custodians which do not include the code names. Please note that our vendor was unable to run the search when including wildcards "o1!" and "o3!" terms, so we needed to replace those terms with "o1" and "o3."

Based on these hit counts, it appears that some of the search strings are overbroad and generated an unduly burdensome amount of hit counts. These hits, and the corresponding burden on OpenAI as a nonparty, will only increase after incorporating the code names. Below are the hit counts for each search term you proposed. In view of these results, we have narrowed down the search strings to a reasonable scope where the hit count is manageable for OpenAI, and we are providing the revised search strings below, with corresponding hit counts.

**Google's Proposed Search Terms**

**First Subpoena, Request No. 1**
*Lightcap, Jaffer, Rosenthal: 18,862*
*Turley: 330*
*Dyett, Godement: 3,944*

((agreement! OR contract! OR partner! OR redlin! OR negotiat! OR analy! OR "joint venture" OR JV OR "joint development" OR relationship! OR collaborat!) W/12 ((exclusiv! OR DSE OR default! OR pre-install! OR preinstall! OR pre-set! OR preset! OR place OR places OR placed OR placing OR placement OR promot! OR distribut! OR preload! OR syndicat! OR integrat! OR (shar! W/2 rev!) OR revshare) W/8 (Bing! OR Edge OR Microsoft OR MSFT OR Copilot OR Prometheus OR Gemini OR Bard OR Claude OR ChatGPT OR SearchGPT OR GPT! OR 4o! OR "o1" OR "o3" OR Triton OR Argos OR Stargate OR Apple OR APPL OR Perplexity OR "You.com" OR Sonic OR Sonix! OR Sydney)))

**Davis Polk**

HIGHLY CONFIDENTIAL

("collaboration agreement" OR "license agreement" OR "data sharing agreement" OR "statement of work" OR "service integration agreement" OR ((distribution OR integration OR service!) W/2 agreement))

((Bing! OR Edge OR Microsoft OR MSFT OR Copilot OR Prometheus OR Gemini OR Bard OR Claude OR ChatGPT OR SearchGPT OR GPT! OR 4o! OR "o1" OR "o3" OR Triton OR Argos OR Stargate OR Apple OR APPL OR Perplexity OR "You.com" OR Sonic OR Sonix! OR Sydney OR) AND ("1960 Bryant" OR "3180 18th" OR 94110) AND (termination! OR definition! OR "witness whereof")).

**Second Subpoena, Request No. 2**

As to "generative AI's relationship with Search Access Points"
*Lightcap, Jaffer, Rosenthal: 1,611*
*Turley: 624*
*Dyett, Godement: 498*

(Bing! OR Edge OR "search engine" OR GSE OR browser) W/10 (GPT! OR ChatGPT OR SearchGPT OR 4o! OR "o1" OR "o3" OR Sonic)

As to "distribution"
[See Subpoena 1, RFP 1]

As to "barriers to entry and expansion"
*Lightcap, Jaffer, Rosenthal: 16,072*
*Turley: 2,050*
*Dyett, Godement: 6,117*

(investment! OR barrier! OR moat! OR capital! OR cloud! OR Azure!) AND (GPT! OR ChatGPT OR SearchGPT OR 4o! OR "o1" OR "o3" OR Sonic)

As to "data sharing"
*Lightcap, Jaffer, Rosenthal: 10,541*
*Turley: 2,087*
*Dyett, Godement: 7,199*

("data sharing" OR API) W/10 (GPT! OR ChatGPT OR SearchGPT OR 4o! OR "o1" OR "o3" OR Sonic)

**Second Subpoena, Request No. 3**
*Turley: 1,621*

(strategy OR strategies OR strategic OR roadmap OR vision) w/3 (Bing! OR Edge OR Microsoft OR MSFT OR Copilot OR Prometheus OR Gemini OR Bard OR Claude OR ChatGPT OR SearchGPT OR GPT! OR 4o! OR "o1" OR "o3" OR Triton OR Argos OR Stargate OR Apple OR APPL Perplexity OR "You.com" OR Sonic OR Sonix! OR Sydney)

**Second Subpoena, Request No. 4**
*Dyett, Godement: 1,486*

(ChatGPT OR SearchGPT OR GPT! OR 4o! OR "o1" OR "o3") W/5 (Apple OR Siri OR "Apple Intelligence")

**Davis Polk**

**OpenAI's Search Term Proposal**

**First Subpoena, Request No. 1**
*Lightcap, Jaffer, Rosenthal: 1,453*
*Turley: 90*
*Dyett, Godement: 559*

((agreement! OR contract! OR partner! OR redlin! OR negotiat! OR analy! OR "joint venture" OR JV OR "joint development" OR relationship! OR collaborat!) w/5 ((exclusiv! OR DSE OR default! OR pre-install! OR preinstall! OR pre-set! OR preset! OR place OR places OR placed OR placing OR placement OR promot! OR distribut! OR preload! OR syndicat! OR integrat! OR (shar! W/2 rev!) OR revshare) w/5 (Bing! OR Edge OR Microsoft OR MSFT OR Copilot OR Prometheus OR Gemini OR Bard OR Claude OR ChatGPT OR SearchGPT OR GPT! OR 4o! OR "o1" OR "o3" OR Triton OR Argos OR Stargate OR Apple OR APPL OR Perplexity OR "You.com" OR Sonic OR Sonix! OR Sydney)))

(("collaboration agreement" OR "license agreement" OR "data sharing agreement" OR "statement of work" OR "service integration agreement" OR ((distribution OR integration OR service!) W/2 agreement)) w/5 (Bing! OR Edge OR Microsoft OR MSFT OR Copilot OR Prometheus OR Gemini OR Bard OR Claude OR ChatGPT OR SearchGPT OR GPT! OR 4o! OR "o1" OR "o3" OR Triton OR Argos OR Stargate OR Apple OR APPL OR Perplexity OR "You.com" OR Sonic OR Sonix! OR Sydney))

((Bing! OR Edge OR Microsoft OR MSFT OR Copilot OR Prometheus OR Gemini OR Bard OR Claude OR ChatGPT OR SearchGPT OR GPT! OR 4o! OR "o1" OR "o3" OR Triton OR Argos OR Stargate OR Apple OR APPL OR Perplexity OR "You.com" OR Sonic OR Sonix! OR Sydney) w/5 ("1960 Bryant" OR "3180 18th" OR 94110 OR termination! OR definition! OR "witness whereof"))

**Second Subpoena, Request No. 2**

As to "generative AI's relationship with Search Access Points"
*Turley: 322*

(Bing* OR Edge OR "search engine" OR GSE OR browser) w/5 (GPT* OR ChatGPT OR SearchGPT OR 4o* OR "o1" OR "o3" OR Sonic)

As to "distribution"
[See Subpoena 1, RFP 1]

As to "barriers to entry and expansion"
*Turley: 458*

(investment* OR barrier* OR moat* OR capital* OR cloud* OR Azure*) w/10 (GPT* OR ChatGPT OR SearchGPT OR 4o* OR "o1" OR "o3" OR Sonic)

As to "data sharing"
*Turley: 1,441*

("data sharing" OR API) w/5 (GPT* OR ChatGPT OR Search OR 4o* OR "o1" OR "o3" OR Sonic)

**Second Subpoena, Request No. 3**
*Turley: 1,621*

(strategy OR strategies OR strategic OR roadmap OR vision) w/3 (Bing* OR Edge OR Microsoft OR MSFT OR Copilot OR Prometheus OR Gemini OR Bard OR Claude OR ChatGPT OR SearchGPT OR GPT* OR 4o* OR "o1" OR "o3" OR Triton OR Argos OR Stargate OR Apple OR "APPL Perplexity" OR "You.com" OR Sonic OR Sonix* OR Sydney)

3

**Davis Polk**

**Second Subpoena, Request No. 4**
*Dyett, Godement: 992*

(ChatGPT OR SearchGPT OR GPT* OR 4o* OR "o1" OR "o3") w/5 (Apple OR Siri OR "Apple Intelligence")


Very truly yours,

*Serge Voronov*

Serge A. Voronov


**Electronic Delivery**