# EXHIBIT C

████████████████

HIGHLY CONFIDENTIAL

## Appendix: Proposed Microsoft Custodians

| Name | Details |
|---|---|
| Charlie Beard | Mr. Beard is a Microsoft witness who will testify on behalf of the government at the Evidentiary Hearing. |
| Rob Cromwell | Mr. Cromwell is a Microsoft witness who will testify on behalf of the government at the Evidentiary Hearing. |
| Michael Schechter | Mr. Schechter is a Microsoft witness who will testify on behalf of the government at the Evidentiary Hearing. |
| Jonathan Tinter | Microsoft identified Mr. Tinter as a custodian for Request Nos. 1 and 2 in Google's First Subpoena. He was also a trial witness during the liability phase. |
| Shilpa Anand | Microsoft identified Ms. Anand as a custodian for Request Nos. 1 and 2 in Google's First Subpoena. |
| Mikhail Parakhin | Mr. Parakhin was a trial witness during the liability phase. He is the former Head of Bing and Microsoft Advertising. *See* Barry Schwartz, *Mikhail Parakhin, Head of Microsoft Bing Search and Microsoft Advertising Steps Down*, SEARCH ENGINE LAND (Mar. 26, 2024), *available at* https://searchengineland.com/mikhail-parakhin-head-of-microsoft-bing-search-and-microsoft-advertising-steps-down-438753. |
| Jordi Ribas | Mr. Ribas was a deponent during the liability phase. He is Corporate Vice President of Search & AI at Microsoft, and leads the product and engineering teams responsible for Copilot and Bing. He has spoken publicly about how total traffic to Bing's suggested websites has grown since Bing incorporated OpenAI's GPT technology into search. *See* Stephen Pastis, *Bing's Search Chatbot Is Increasing Click-Throughs to Websites Rather Than Stealing Traffic, Says Microsoft VP*, FORTUNE (July 11, 2023), *available at* https://fortune.com/2023/07/11/microsoft-bing-ai-search-chatbot-increasing-website-click-throughs. |
| Satya Nadella | Mr. Nadella was a trial witness during the liability phase. He is the CEO of Microsoft. He has made numerous public statements and given trial testimony that are directly relevant to issues that will be litigated during the remedies phase. |
| Kevin Scott | Mr. Scott is Microsoft's Chief Technology Officer. In trial exhibit DX0680, he made the case for Microsoft's deal with OpenAI to Satya Nadella and Bill Gates. |
| Mustafa Suleyman | Mr. Suleyman is CEO of Microsoft AI. He is directly above Mr. Cromwell in Microsoft's organizational charts, and heads Microsoft's consumer AI efforts, including Copilot. He has made numerous public statements about the future of Search and AI. *See, e.g.*, Nilay Patel, *Microsoft AI Chief Mustafa Suleyman Says Conversational AI Is the Next Web Browser*, THE VERGE (Dec. 9, 2024), *available at* https://www.theverge.com/24314821/microsoft-ai-ceo-mustafa-suleyman-google-deepmind-openai-inflection-agi-decoder-podcast. |

**HIGHLY CONFIDENTIAL**

| Name | Details |
|---|---|
| Rangan Majumder | Mr. Majumder is Vice President of Search & AI at Microsoft. He reports up to Mr. Ribas. He has been involved in Microsoft's efforts to incorporate AI functionality into Search for several years. *See Microsoft's AI Transformation, Project Turing and Smarter Search with Rangan Majumder*, MICROSOFT RESEARCH (Mar. 25, 2020), *available at* https://www.microsoft.com/en-us/research/podcast/microsofts-ai-transformation-project-turing-and-smarter-search-with-rangan-majumder. His views on the potential of pretrained models to improve search quality were discussed at trial. *See* Trial Tr. 2737–38 (Parakhin). |