# EXHIBIT D

**Appendix: Proposed Microsoft Search Strings**

| Request No. | Text of Request | Proposed String |
|---|---|---|
| First Subpoena, Request No. 1 | All documents and other communications between Microsoft and any third party proposing, discussing, or relating to the promotion, preinstallation, syndication, or other distribution of any search engine, search advertising service, browser, Generative AI Tool or AI Search Tool. Documents within the scope of this request include, but are not limited to, negotiations over agreements as well as final executed agreements that Microsoft has entered into with any third party since May 6, 2022 with respect to the promotion, preinstallation, syndication, or other distribution of any search engine, search advertising service, browser, Generative AI Tool, or AI Search Tool. This request seeks all responsive, non-privileged documents in Microsoft's possession, custody, or control created, altered, transmitted, or received at any time from May 6, 2022, to present. | ((agreement OR agreements OR contract OR contracts OR partner OR partnership OR redline OR negotiate OR negotiates OR negotiated OR negotiating OR negotiation OR negotiations OR analyze OR analyzes OR analyzed OR analyzing OR analysis OR analyses OR "joint venture" OR JV OR relationship OR relationships OR collaborate OR collaborates OR collaborated OR collaboration OR collaborations) w/12 ((exclusive OR exclusivity OR DSE OR default OR pre-install OR pre-installs OR pre-installing OR pre-installation OR preinstall OR preinstalls OR preinstalling OR preinstallation OR pre-set OR pre-sets OR pre-setting OR preset OR presets OR presetting OR place OR places OR placed OR placing OR placement OR promote OR promotes OR promoted OR promoting OR promotion OR distribute OR distributes OR distributed OR distributing OR distribution OR OR preload OR preloads OR preloaded OR preloading OR pre-load OR pre-loads OR pre-loaded OR pre-loading or syndicate OR syndication OR "revenue share" OR "rev share" OR revshare) w/8 (Bing OR Edge OR "Microsoft Advertising" OR Copilot OR "Bing Chat" OR BingChat OR Prometheus OR Sydney OR Marble OR Gemini OR GPT OR ChatGPT OR SearchGPT OR "ChatGPT Search" OR OpenAI OR Perplexity OR "You.com"))) OR ("Bing services master agreement" OR "search distribution agreement" OR "search services agreement" OR "search settings agreement" OR "advertising services agreement" OR "Copilot distribution agreement" OR "Copilot services agreement" OR (("AI" OR "artificial intelligence") w/5 (services OR distribution))) OR ((Bing OR Edge OR "Microsoft Advertising" OR Copilot OR "Bing Chat" OR BingChat OR Prometheus OR Gemini OR GPT OR ChatGPT OR SearchGPT OR "ChatGPT Search" OR Perplexity OR "You.com") AND ((("One Microsoft Way" OR 98052) AND (termination! OR definition! OR "witness whereof")) OR (A2N OR "approval to negotiate" OR FGNG OR "Final Go No Go")))[1] |

---

[1] The proposed search strings for Request Nos. 1 and 2 of Google's First Subpoena are subject to Microsoft's agreement to supplement with internal code names based on the results of their investigation into the same.

| Request No. | Text of Request | Proposed String |
|---|---|---|
| First Subpoena, Request No. 2 | All analyses of any potential partnership, collaboration, agreement, or transaction between Microsoft and any third party regarding the promotion, preinstallation, syndication, or other distribution of any search engine, search advertising service, browser, Generative AI Tool or AI Search Tool. Documents within the scope of this request include, but are not limited to, A2N and FGNG documents relating to Bing promotion, preinstallation, syndication, or other distribution. This request seeks all responsive, non-privileged documents in Microsoft's possession, custody, or control created, altered, transmitted, or received at any time from May 6, 2022, to present. | ((agreement OR agreements OR contract OR contracts OR partner OR partnership OR redline OR A2N OR "approval to negotiate" OR FGNG OR "Final Go No Go" OR negotiate OR negotiates OR negotiated OR negotiating OR negotiation OR negotiations OR analyze OR analyzes OR analyzed OR analyzing OR analysis OR analyses OR "joint venture" OR JV OR relationship OR relationships OR collaborate OR collaborates OR collaborated OR collaboration OR collaborations) w/20 (browser OR browsers OR assistant OR Apple OR Siri OR Spotlight OR Safari OR Google OR Yahoo OR "Y!" OR Oath OR DuckDuckGo OR DDG OR "Duck Go" OR Ecosia OR Chrome OR Facebook OR Meta OR Amazon OR AMZN OR Alexa OR Silk OR Verizon OR Brave OR Mozilla OR Firefox OR Opera OR SeaMonkey OR "Pale Moon" OR Bixby OR Cerence OR search OR Bing OR "Microsoft Advertising" OR Edge OR Copilot OR "Bing Chat" OR BingChat OR Prometheus OR Sydney OR Marble Gemini OR GPT OR ChatGPT OR SearchGPT OR "ChatGPT Search" OR OpenAI OR Perplexity OR "You.com" OR "HMD" or "Honor" or "Huawei" or "Motorola" or "OPPO" or "Samsung" or "Xiaomi" or "Vivo" or "TCL" or "AT&T" OR ATT or "T-Mobile" or "KDDI" or "Orange" or "Vodafone" or "Telefonica" or "DOCOMO") w/20 (exclusive OR exclusivity OR DSE OR default OR defaults OR pre-install OR pre-installed OR pre-installs OR pre-installing OR pre-installation OR preinstall OR preinstalled OR preinstalls OR preinstalling OR preinstallation OR pre-set OR pre-sets OR pre-setting OR preset OR presets OR presetting OR place OR places OR placed OR placing OR placement OR promote OR promotes OR promoted OR promoting OR promotion OR distribute OR distributes OR distributed OR distributing OR distribution OR preload OR preloads OR preloaded OR preloading OR pre-load OR pre-loads OR pre-loaded OR pre-loading or syndicate OR syndication OR "revenue share" OR "rev share" OR revshare) |
| First Subpoena, Request Nos. 4 | All communications between Microsoft and any third party discussing or relating to this litigation. This request seeks all responsive, non-privileged documents in Microsoft's possession, custody, or control created, altered, transmitted, or received at any time from May 6, 2022, to present. | (Google AND ((DOJ OR DOJ'S OR "the government OR "the government's" OR "attorney general" OR "attorneys general" OR "attorney generals" OR "Department of Justice" or "Dept of Justice" OR "states" OR "Colorado" OR "CONE" OR antitrust) W/2 (lawsuit OR suit OR litigation OR "case against"))) <br><br> OR |

| Request No. | Text of Request | Proposed String |
|---|---|---|
| | | (Mehta AND Google) OR ("20-cv-3010" OR "20-cv-03010" OR "20cv3010" OR "20cv03010" OR "20-cv-3715" OR "20-cv-03715" OR "20cv3715" OR "20cv03715") OR ((duckduckgo OR "duck duck go" OR DDG) AND (blog OR blogpost) AND (google OR antitrust OR (competition W/3 search))) |
| First Subpoena, Request No. 5 | To the extent not produced in response to Request No. 4, all communications between Microsoft and DuckDuckGo regarding the remedy proposed in the September 12, 2024 blog post entitled "Creating Enduring Competition in the Search Market," available at https://spreadprivacy.com/creating-enduring-competition-in-the-search-market. | [Same as above] |
| First Subpoena, Request No. 38 | Documents sufficient to show any analysis of the potential of generative artificial intelligence to affect general search with respect to quality or usage. This request seeks all responsive, non-privileged documents in Microsoft's possession, custody, or control created, altered, transmitted, or received at any time from May 6, 2022, to present. | (analyze OR analyzes OR analyzed OR analyzing OR analysis OR analyses OR assess OR assesses OR assessing OR assessed OR assessment OR assessments OR evaluate OR evaluated OR evaluates OR evaluating OR evaluation OR evaluations OR research OR researched OR researches OR researching OR study OR studies OR studied OR studying OR studies) w/15 (("generative artificial intelligence" OR GenAI OR "gen AI" OR "Generative AI" OR Copilot OR "Bing Chat" OR Sydney OR Argos OR Triton OR BingChat OR Prometheus OR ChatGPT OR SearchGPT OR "ChatGPT Search" OR GPT OR GPT-3 OR GPT-4 OR GPT-4o OR 4o OR o1 OR o3 OR GPT3 OR GPT4 OR GPT4o OR OpenAI OR Perplexity OR Gemini OR Bard) w/10 (((search OR Bing) W/3 (quality OR usage OR performance OR experience OR behavior OR accuracy)) OR "user engagement" OR "user satisfaction")) OR ((DCG OR NDCG OR oneDCG OR SBS OR WPSBS) w/15 ("generative artificial intelligence" OR GenAI OR "gen AI" OR "Generative AI" OR Copilot OR "Bing Chat" OR Sydney OR Argos OR Triton OR BingChat OR |

| Request No. | Text of Request | Proposed String |
|---|---|---|
| | | Prometheus OR ChatGPT OR SearchGPT OR "ChatGPT Search" OR GPT OR GPT-3 OR GPT-4 OR GPT-4o OR 4o OR o1 OR o3 OR GPT3 OR GPT4 OR GPT4o OR OpenAI OR Perplexity OR Gemini OR Bard)) |
| Second Subpoena, Request No. 2 | To the extent not produced in response to other requests, all documents relating to the following categories of documents (for which Plaintiffs have requested only documents sufficient to show):<br>    a. The Company's efforts to distribute generative AI products on Android Devices.<br>    b. The Company's plans for on-device AI or any potential agreements to have the Company's on-device AI preinstalled on Android Devices.<br>    c. The Company's current and future product development efforts related to (1) the integration of generative AI products and features into Bing or (2) generative AI products including plans related to the introduction, creation, distribution, monetization, and release of generative AI agents. | For subparts 2(a)-(b): Same search strings as First Subpoena, Request Nos. 1, 2<br><br>For subpart 2(c):<br><br>[To be run for Nadella, Scott, Suleyman, Parakhin, Ribas, Majumder]<br><br>(strategy OR strategies OR strategic OR roadmap OR vision) w/3 OpenAI OR "Open AI" OR OAI OR Altman OR Copilot OR {codename for Copilot} OR Prometheus OR {codename for Prometheus} OR Gemini OR Bard OR {codename for Gemini/Bard} OR Claude OR {code name for Claude} OR Perplexity OR {codename for Perplexity} OR ChatGPT OR SearchGPT OR GPT OR GPT3 OR GPT-3 OR GPT4 OR GPT-4 OR GPT4.5 OR GPT-4.5 OR GPT5 OR GPT-5 OR Orion OR ChatGPT OR SearchGPT OR 4o OR o1 OR o3 OR {code name for ChatGPT} OR {code name for SearchGPT} OR {code name(s) for OpenAI's models} OR {code name for OpenAI browser} "Apple intelligence" OR {codename for Apple Intelligence} OR Sydney OR "you.com" OR {code name for You.Com})<br><br>OR<br><br>((strategy OR strategies OR strategic OR roadmap OR vision) w/3 (Bing OR Edge OR {codename for Bing} OR {codename for Edge} OR Apple OR Appl) AND ("generative AI" OR "artificial intelligence" OR "genAI" OR "gen AI" OR "LLM" OR "large language model"))<br><br>[To be run for Anand, Beard, Cromwell, Majumder, Nadella, Parakhin, Ribas, Schechter, Scott, Suleyman, Tinter] |

| Request No. | Text of Request | Proposed String |
|---|---|---|
| | | ((agreement OR agreements OR contract OR contracts OR partner OR partnership OR redline OR negotiate OR negotiates OR negotiated OR negotiating OR negotiation OR negotiations OR analyze OR analyzes OR analyzed OR analyzing OR analysis OR analyses OR "joint venture" OR JV OR relationship OR relationships OR collaborate OR collaborates OR collaborated OR collaboration OR collaborations) w/12 ((exclusive OR exclusivity OR DSE OR default OR pre-install OR pre-installs OR pre-installing OR pre-installation OR preinstall OR preinstalls OR preinstalling OR preinstallation OR pre-set OR pre-sets OR pre-setting OR preset OR presets OR presetting OR place OR places OR placed OR placing OR placement OR promote OR promotes OR promoted OR promoting OR promotion OR distribute OR distributes OR distributed OR distributing OR distribution OR OR preload OR preloads OR preloaded OR preloading OR pre-load OR pre-loads OR pre-loaded OR pre-loading or syndicate OR syndication OR "revenue share" OR "rev share" OR revshare) w/8 ("ai" OR "genai" OR "artificial intelligence")))<br><br>OR<br><br>(("ai" OR "genai" OR "artificial intelligence") AND ((("One Microsoft Way" OR 98052) AND (termination OR terminations OR definition OR definitions OR "witness whereof")) OR (A2N OR "approval to negotiate" OR FGNG OR "Final Go No Go")))<br><br>[For the portion of the request relating to "the introduction, creation, distribution, monetization, and release of generative AI agents": Same search strings as for First Subpoena, Request Nos. 1 and 2] |
| Second Subpoena, Request No. 4 | All documents of the following current or former Microsoft employees, as well as the documents of their direct report(s) and immediate supervisor, relating to [a] "Search Access Points, distribution, and barriers to entry and expansion," [b] "data sharing," and [c] "generative AI's relationship with Search Access Points," ECF 1072-2 at 3-4, to the extent not produced in response to other requests: | (investment OR investments OR barrier OR barriers OR moat OR capital OR cloud OR Azure OR Argos OR Triton OR supercomputer) AND (GPT OR GPT3 OR GPT-3 OR GPT4 OR GPT-4 OR GPT4.5 OR GPT-4.5 OR GPT5 OR GPT-5 OR Orion OR ChatGPT OR SearchGPT OR 4o OR o1 OR o3 OR {code name for ChatGPT} OR {code name for SearchGPT} OR {code name(s) for OpenAI's |

| Request No. | Text of Request | Proposed String |
|---|---|---|
| | a. Charlie Beard;<br>b. Rob Cromwell;<br>c. Michael Schechter;<br>d. Jonathan Tinter;<br>e. Shilpa Anand;<br>f. Mikhail Parakhin; and<br>g. Jordi Ribas.<br>This request seeks all responsive, non-privileged documents in Microsoft's possession, custody, or control created, altered, transmitted, or received at any time from May 6, 2022, to present. | models} OR Prometheus OR {code name for Prometheus} OR Copilot OR {code name for Copilot})<br><br>OR<br><br>(Bing OR data OR datafeed OR "data feed" OR index OR indexing OR ads OR advertising) W/3 (share OR sharing OR shares OR shared OR syndicate OR syndicates OR syndicated OR syndication OR syndications OR api OR "application programming interface")<br><br>OR<br><br>(Bing OR Bing's OR Edge OR "search engine" OR GSE OR browser OR {code name for Bing} OR {code name for Edge} OR {code name for OpenAI browser}) W/10 (GPT OR GPT3 OR GPT-3 OR GPT4 OR GPT-4 OR GPT4.5 OR GPT-4.5 OR GPT5 OR GPT-5 OR Orion OR ChatGPT OR SearchGPT OR 4o OR o1 OR o3 OR {code name for ChatGPT} OR {code name for SearchGPT} OR {code name(s) for OpenAI's models} OR Prometheus OR {code name for Prometheus} OR Copilot OR {code name for Copilot})<br><br>[For the portion of the request relating to "Search Access Points [and] distribution": Same search strings as for First Subpoena, Request Nos. 1 and 2.] |
| Second Subpoena, Request No. 5 | All documents of Satya Nadella, Kevin Scott, Mustafa Suleyman, Mikhail Parakhin, Jordi Ribas, and Rangan Majumder relating to Microsoft's strategy with respect to AI Products, the integration of artificial intelligence into search-related products, and the OpenAI partnership, to the extent not produced in response to other requests. This request seeks all responsive, non-privileged documents in Microsoft's possession, custody, or control created, altered, transmitted, or received at any time from May 6, 2022, to present. | (strategy OR strategies OR strategic OR roadmap OR vision) w/3 (OpenAI OR "Open AI" OR OAI OR Altman OR Copilot OR {codename for Copilot} OR Prometheus OR {codename for Prometheus} OR Gemini OR Bard OR {codename for Gemini/Bard} OR Claude OR {code name for Claude} OR Perplexity OR {codename for Perplexity} OR ChatGPT OR SearchGPT OR GPT OR GPT3 OR GPT-3 OR GPT4 OR GPT-4 OR GPT4.5 OR GPT-4.5 OR GPT5 OR GPT-5 OR Orion OR ChatGPT OR SearchGPT OR 4o OR o1 OR o3 OR {code name for ChatGPT} OR {code name for SearchGPT} OR {code name(s) for OpenAI's models} OR {code name for OpenAI browser} OR "Apple intelligence" OR |

| Request No. | Text of Request | Proposed String |
|---|---|---|
| | | {codename for Apple Intelligence} OR Sydney OR "you.com" OR {code name for You.Com}) <br><br> OR <br><br> ((strategy OR strategies OR strategic OR roadmap OR vision) w/3 (Bing OR Edge OR {codename for Bing} OR {codename for Edge} OR Apple OR Appl)) AND ("generative AI" OR "artificial intelligence" OR "genAI" OR "gen AI" OR "LLM" OR "large language model") <br><br> OR <br><br> ((OpenAI OR "Open AI" OR OAI OR Altman) W/10 (partner OR partnered OR partnering OR partners OR partnership OR agreement OR collaboration or "joint development" OR jdca)) or {codename for OpenAI partnership} |
| Second Subpoena, Request No. 7 | All documents relating to the potential or actual acquisition of financial interests in OpenAI or Perplexity. Documents within the scope of this request include any communications between or among Microsoft and OpenAI or Perplexity regarding regulatory, antitrust, or competition considerations associated with Microsoft's potential or actual acquisition of investment interests in OpenAI or Perplexity. *See, e.g.*, Kevin McLaughlin, *Legal Threats, Google Competition Loom Over Perplexity's "Newbie CEO,"* THE INFORMATION (Oct. 25, 2024), *available at* https://www.theinformation.com/articles/legal-threats-google-competition-loom-overperplexitys-newbie-ceo. This request seeks all responsive, non-privileged documents in Microsoft's possession, custody, or control created, altered, transmitted, or received at any time from May 6, 2022, to present. | (OpenAI OR OAI OR "Open AI" OR {codename for OpenAI} or Perplexity OR {codename for Perplexity} OR Srinivas OR Altman) W/25 (acquire OR acquiring OR acquisition OR acquihire OR purchase OR merge OR merger OR buy OR antitrust OR regulator OR regulators OR DOJ OR FTC OR price OR deal OR structure) |
| Second Subpoena, Request No. 15 | All analyses, studies, and other documents concerning the value of personalized features or experiences, including such features using AI technologies, within a Search Access Point, Search Feature, or in any AI Products that are potential entrants into the GSE or Search Text Ads | (analyze OR analyzes OR analyzed OR analyzing OR analysis OR analyses OR study OR studies OR studied OR studying) W/8 ((personalize OR personalized OR personalizing OR personalization) w/3 (Bing OR Bing's OR Edge OR Edge's OR {codename for Bing} OR {codename for Edge} OR Apple OR Appl)) |

| Request No. | Text of Request | Proposed String |
|---|---|---|
| | markets or reasonably anticipated competitive threats to GSEs. This request seeks all responsive, non-privileged documents in Microsoft's possession, custody, or control created, altered, transmitted, or received at any time from May 6, 2022, to present. | OR<br><br>(personalize OR personalized OR personalizing OR personalization) W/8 ((analyze OR analyzes OR analyzed OR analyzing OR analysis OR analyses OR study OR studies OR studied OR studying) w/3 (Bing OR Bing's OR Edge OR Edge's OR {codename for Bing} OR {codename for Edge} OR Apple OR Appl)) |
| Second Subpoena, Request No. 16 | All analyses of any potential partnership, collaboration, agreement, or transaction, including any agreements, between Microsoft and any third party related to third-party access to or use of Microsoft's Search Index (as defined in the Proposed Final Judgment). Documents within the scope of this request include analyses of the Statement of Work between Microsoft and OpenAI produced at Bates No. MSLIT_0000000705. | (agreement OR agreements OR contract OR contracts OR partner OR partnership OR redline OR negotiate OR negotiates OR negotiated OR negotiating OR negotiation OR negotiations OR analyze OR analyzes OR analyzed OR analyzing OR analysis OR analyses OR "joint venture" OR JV OR relationship OR relationships OR collaborate OR collaborates OR collaborated OR collaboration OR collaborations) w/12 ((datafeed OR datafeeds OR "data feed" OR "data feeds" OR index OR indexed OR indexing OR crawled OR "web crawl") w/8 (Bing OR (Microsoft w/2 ("search service" OR "search services"))))<br><br>OR<br><br>(OpenAI OR OAI OR "Open AI" OR {codename for OpenAI}) w/12 (datafeed OR datafeeds OR "data feed" OR "data feeds" OR index OR indexed OR indexing OR crawled OR "web crawl")<br><br>OR<br><br>Bing W/2 ((ads W/2 API) OR (search W/2 API)) |