UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.* <br><br> Plaintiffs <br><br> v. <br><br> GOOGLE, LLC <br><br> Defendant | CASE NO. 1:20-CV-03010 <br><br> HON. AMIT P. MEHTA |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the State of Arkansas.

Date: January 17, 2025

*Amanda J. Wentz*
Amanda J. Wentz, Ark. Bar 2021066
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Amanda.Wentz@ArkansasAG.gov
(501) 682-1178
(501) 682-8118 (fax)