# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, et al., | |
| *Plaintiffs,* | Case No. 1:20-cv-3010-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| *Defendant.* | |
| State of Colorado, et al., | |
| *Plaintiffs,* | Case No. 1:20-cv-3715-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| *Defendant.* | |

## MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Pursuant to Local Rule 83.6(c) of the District of Columbia, the undersigned attorney, Lynette R. Bakker of the Office of the Kansas Attorney General, respectfully moves the Court to withdraw as an attorney of record for the Plaintiff State of Kansas in the above-captioned matters. The Plaintiff State of Kansas will be represented by Christopher Teters in these actions.

WHEREFORE, the undersigned, Lynette R. Bakker, respectfully requests that the Court grant this Motion to Withdraw.

Respectfully Submitted,

/s/ Lynette R. Bakker
Lynette R. Bakker
First Assistant Attorney General
Office of the Kansas Attorney General
120 S.W. 10th Avenue, 2nd Floor
Topeka, KS 66612-1597
Phone: (785) 296-3751
Fax: (785) 291-3699
Email: lynette.bakker@ag.ks.gov

*Counsel for the State of Kansas*

## CERTIFICATE OF SERVICE

I certify that on January 17, 2025, I caused the foregoing Motion to Withdraw Appearance of Counsel to be filed electronically with the Clerk of the Court by using the CM/ECF system which will serve a copy on all interested parties registered for electronic filing and is available for viewing and downloading from the CM/ECF system.

*/s/ Lynette R. Bakker*
Lynette R. Bakker
First Assistant Attorney General