# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA, et al.,** | ) | |
| **Plaintiffs,** | ) | |
| v. | ) | Case No. 20-cv-3010 (APM) |
| **GOOGLE LLC,** | ) | |
| **Defendant.** | ) | |

|  |  |  |
|---|---|---|
| **STATE OF COLORADO, et al.,** | ) | |
| **Plaintiffs,** | ) | |
| v. | ) | Case No. 20-cv-3715 (APM) |
| **GOOGLE LLC,** | ) | |
| **Defendant.** | ) | |

## **ORDER**

As discussed at the Status Conference held on January 17, 2025, the court orders the following with regard to further proceedings in this matter:

On or before **January 21, 2025, at 12:00 PM**, Perplexity and Google shall file a Joint Status Report updating the court on the status of the discovery disputes raised in their January 14, 2025 Joint Status Report, ECF No. 1127.

On or before **January 24, 2025**, the parties and News Corp shall file a Joint Status Report identifying the News Corp witness on Plaintiffs' witness list and updating the court on the status of the discovery disputes raised in Google's January 14, 2025 Status Report, ECF No. 1126.

For the reasons stated on the record at the January 17, 2025 Status Conference, the court denies Google's request that the court order Plaintiffs to designate a Rule 30(b)(6) witness to testify as to (1) the language of Plaintiffs' Proposed Final Judgment and (2) any third-party involvement in crafting Plaintiffs' Proposed Final Judgment.  Google may instead serve up to 30 written interrogatories addressing these topics.  Plaintiffs shall serve their answers and objections within 14 days of being served.  The court urges the parties to meet and confer on these topics as well.

For the reasons stated on the record at the January 17, 2025 Status Conference, the court denies Plaintiffs' request that the court order Google to produce the documents sought in Plaintiffs' Request No. 11.

As to the agreements withheld in full by Microsoft, which were discussed at the December 20, 2024 Status Conference and reviewed by the court in camera, the court finds that they are not relevant to the remedies at issue in this proceeding and therefore denies Google's request that the court order Microsoft to produce these agreements.

Dated: January 20, 2025

Amit P. Mehta
United States District Judge