**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Case No. 20-cv-3010 (APM)** |
| ) | |
| **GOOGLE LLC,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| **STATE OF COLORADO, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Case No. 20-cv-3715 (APM)** |
| ) | |
| **GOOGLE LLC,** ) | |
| ) | |
| **Defendant.** ) | |

## AMENDED SCHEDULING ORDER

As discussed during the Status Conference held on January 17, 2025, the court amends its

September 18, 2024 Scheduling Order, ECF No. 1043, as follows:

A.    The Evidentiary Hearing shall be held **April 21, 2025 to May 2, 2025, and May**

   **12, 2025 to May 15, 2025**.

B.    The parties' post-hearing submissions shall be due by **May 20, 2025**.

C.    Closing arguments shall be held on **May 30, 2025**.  The court asks that the parties

   reserve **May 29, 2025** as well, in the event additional time is needed.

All other deadlines remain in full force and effect.  Further information concerning the

parties' post-hearing submissions shall be provided at a later date.

Dated:  January 20, 2025

_____
Amit P. Mehta
United States District Judge