AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03010-APM |
| Google LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date:   01/22/2025

/s/ Meagan Glynn
*Attorney's signature*

Meagan Glynn (DC #1738267)
*Printed name and bar number*

U.S. Department of Justice
Antitrust Division
450 5th St. NW
Washington, DC 20530
*Address*

Meagan.Glynn@usdoj.gov
*E-mail address*

(202) 577-2690
*Telephone number*

(202) 616-8544
*FAX number*