**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

United States of America, *et al.*,

                Plaintiff,

   - against -                    Case No. 1:20-cv-03010-APM

Google LLC,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

     PLEASE TAKE NOTE that the appearance of Andrew J. Shanahan for Non-Party Petitioner Apple Inc. is hereby withdrawn. Apple will continue to be represented in this matter by other counsel whose appearances are entered in this case.

Dated: January 23, 2025                        Respectfully submitted,

                                                   /s/ *Andrew J. Shanahan*
                                                   Andrew J. Shanahan (N.Y. Bar # 5762356)
                                                   (*Pro Hac Vice*)
                                                   Skadden, Arps, Slate, Meagher & Flom LLP
                                                   One Manhattan West
                                                   New York, NY 10001-8602
                                                   (212) 735-3354
                                                   andrew.shanahan@skadden.com

                                                   *Counsel for Apple Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2025, I caused the foregoing document to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notification of such filing to the counsel who have registered with this court.

/s/ *Andrew J. Shanahan*
Andrew J. Shanahan

Dated: January 23, 2025