IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>                                           Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>                                           Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, *et al.*,<br><br>                                           Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>                                           Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**JOINT STATUS REPORT REGARDING
PLAINTIFFS' WITNESS LIST AND NEWS CORP**

Pursuant to the Court's January 20, 2025 Order (ECF 1144), the Parties and non-party News Corp hereby provide the following updates with respect to (i) the discovery disputes raised in Google's January 14, 2025 Status Report regarding News Corp (ECF 1126) and (ii) a recent addition to Plaintiffs' witness list.

    **I.**       **JOINT STATEMENT OF GOOGLE AND NEWS CORP**

On January 22, 2025, Plaintiffs informed Google that they had removed the News Corp witness, Mr. Martin d'Halluin, from their witness list and "do not expect to present testimony from a News Corp. witness at trial." On that understanding and condition, Google has

withdrawn its subpoena to News Corp and there is no discovery dispute between Google and News Corp.

## II. THE PARTIES' POSITION STATEMENTS REGARDING PLAINTIFFS' JANUARY 22, 2025 ADDITION OF LOS ANGELES TIMES EMPLOYEE TO THE WITNESS LIST

### A. Google's Position Statement

On January 22, 2025, Plaintiffs withdrew News Corp attorney Martin d'Halluin from their witness list and replaced him with a previously undisclosed witness from the Los Angeles Times. Plaintiffs' eleventh-hour disclosure of a witness from an entirely new third party is improper and prejudicial, and Google respectfully requests that this new witness be stricken from Plaintiffs' potential witness list.

Plaintiffs' apparent basis for adding a witness from the Los Angeles Times is the Court's guidance at the January 17, 2025 Status Conference regarding Plaintiffs' News Corp witness. But that misconstrues the Court's direction. At the status conference, the parties addressed a discovery dispute involving the production of documents in the possession of Mr. d'Halluin, an attorney at News Corp and the individual identified by Plaintiffs to give testimony relating to News Corp and Plaintiffs' proposed publisher remedies. The Court explained that by identifying an attorney as a witness, Plaintiffs had created a "vexing situation," and then directed Plaintiffs to revisit who from News Corp they may call to testify at trial. Status Conference Tr. 13:17-14:11, 22:5-11 (Jan. 17, 2025) ("THE COURT: . . . [I]t shouldn't take too long of a conversation for News Corp to identify a person who is not an in-house counsel who can touch on all of the subjects that you want to have a conversation about. It shouldn't be that hard."). The Court thus ordered Plaintiffs to let Google know "by Wednesday [January 22] who that [News Corp] witness is going to be." Id. at 23:9-11; see also Order at 2, ECF No. 1144 ("On or before

2

January 24, 2025, the parties and News Corp shall file a Joint Status Report identifying the News Corp witness on Plaintiffs' witness list and updating the court on the status of the discovery disputes….") (emphasis added). But rather than identify a different News Corp witness, Plaintiffs instead disclosed an entirely different third party, the Los Angeles Times, to provide testimony.

Plaintiffs' disclosure of a new third party witness roughly five weeks before the close of discovery and two months after Plaintiffs' witness list was due is unjustified. At last week's conference, the Court only authorized Plaintiffs to amend their witness list to provide the name of a different News Corp witness–not an entirely different third party. That new third party, the Los Angeles Times, has also had no previous involvement in this case; it has not produced any documents, and it has not provided any deposition testimony. The Los Angeles Times' lack of involvement in the case, however, is not because it was unknown to Plaintiffs. To the contrary, correspondence produced by Plaintiffs shows that the Los Angeles Times and its counsel actually reached out to Plaintiffs in October 2024–well before Plaintiffs served their Initial Proposed Final Judgment and witness list on November 20, 2024.[1] Had the Plaintiffs wanted to offer testimony from the Los Angeles Times, they could have listed it in their witness list at that time. They did not and should not be permitted to do so now.

The late addition of a new witness is unduly prejudicial to Google. Fact discovery is set to close on February 28–five weeks from the date of this filing. As the Court has recognized, Google is entitled to a production of relevant custodial emails and other documents relevant to any third party witness. There is simply not enough time for that before the close of fact discovery.

---

[1] The new witness and the Los Angeles Times are represented by the same counsel as News Corp, the law firm of Kellogg, Hansen, Todd, Figel & Frederick, PLLC.

The Court has previously recognized the risk of undue prejudice arising from Plaintiffs' untimely disclosure of a new third party witness. At the parties' November 26, 2024 status conference, the Court directed Plaintiffs to provide Google with the names of Plaintiffs' proposed witnesses promptly: "Look, I'll just say this: You all have got to put names down on paper and soon. . . . . I say that for the obvious reason of providing notice. . . . That can't wait until January, all right?" Status Conference Tr. 32:12-25 (Nov. 26, 2024). It is now late January, and Plaintiffs have done precisely what the Court said they could not do two months ago: identify an altogether new third party witness.

### B. Plaintiffs' Position Statement

This Court should reject Google's request to bar Plaintiffs from replacing previously disclosed witness Martin d'Halluin, Deputy General Counsel at News Corp, with Mr. Chris Argentieri, COO and President of the L.A. Times. Mr. Argentieri would testify on the same topics disclosed for Mr. d'Halluin, and his counsel has indicated the L.A. Times is willing to conduct reasonably tailored custodial searches.

At the January 17, 2025, status conference, the Court noted that Mr. d'Halluin was "giving rise to complexities that another witness may not," Hr'g Tr. 14:9-11 (Jan. 17, 2025), and suggested Plaintiffs consider calling another witness to cover the same topics. Following the hearing, Plaintiffs explored the issue further with News Corp., which was unfortunately unwilling to present any witness other than Mr. d'Halluin. In an effort to move forward quickly and resolve the Court's concerns related to privilege inherent in presenting an attorney witness, Plaintiffs have elected to drop News Corp. and Mr. d'Halluin from their preliminary witness list and have informed Google of their intent to add Mr. Argentieri.

Google now claims prejudice and seeks to bar Mr. Argentieri from testifying, but discovery is still open, depositions have only just begun, and the case management order permits the substitution of new witnesses. The Court's scheduling orders provide that the parties will serve preliminary witness lists in November and final witness lists in March. (ECF No. 1043 at ¶¶ 1(D) & 1(N), ECF No. 1047 at ¶ V(A)). The scheduling orders do not limit either parties' ability to substitute witnesses when serving their final witness lists in March, let alone far sooner in January. The scheduling order incorporates the "applicable limitations and procedures set forth in the Amended Scheduling and Case Management Order, ECF No. 108-1," ECF No. 1047 at 1, which places no limits on a party's ability to add witnesses to its final witness list not on its preliminary witness list. ECF No. 108-1 at 8. These were the rules the parties followed during liability and agreed to continue during the remedies phase – indeed, at the November status conference, the Court acknowledged the possibility of witness substitution. Hr'g Tr. 35:11-20 (Nov. 26, 2024). If Google wanted to change the rules governing witness lists for the remedy proceedings, it should have requested the change. Google cannot now unilaterally impose a new rule barring Plaintiffs from substituting a new witness months before final witness lists are due to be exchanged.

Plaintiffs have disclosed the narrow subject matter of Mr. Argentieri's expected testimony, the same as Plaintiffs disclosed for Mr. d'Halluin, which will focus on Google's ability to use its monopoly power over search traffic to extract from publishers, such as the LA Times, content for AI-based search features that rivals and entrants must pay for. Plaintiffs informed Google of this witness substitution as soon as possible and as ordered by the Court. There is no hint of bad faith in the substitution: to the contrary, Plaintiffs replaced Mr. d'Halluin to address a discovery dispute between Google and News Corp., and promptly informed Google

of the substitution. Google's request should be denied, and Plaintiffs should be permitted to call Mr. Argentieri at trial.

Dated: January 24, 2025

        Respectfully submitted,

        ROPES & GRAY LLP

        By: */s/ Matthew McGinnis*
        Matthew McGinnis
        Prudential Tower
        800 Boylston Street
        Boston, MA 02199
        Tel: 617-951-7703
        Matthew.McGinnis@ropesgray.com

        Mark S. Popofsky
        2099 Pennsylvania Avenue, NW
        Washington, DC 20006
        Tel: 202-508-4624
        Mark.Popofsky@ropesgray.com

        WILLIAMS & CONNOLLY LLP
        John E. Schmidtlein
        Benjamin M. Greenblum
        Colette T. Connor
        680 Maine Avenue, SW
        Washington, DC 20024
        Tel: 202-434-5000
        jschmidtlein@wc.com
        bgreenblum@wc.com
        cconnor@wc.com

        WILSON SONSINI GOODRICH & ROSATI P.C.
        Franklin M. Rubinstein
        1700 K Street, NW
        Washington, DC 20006
        Tel: 202-973-8800
        frubinstein@wsgr.com

        *Counsel for Defendant Google LLC*

By: */s/ Karl E. Herrmann*
Karl E. Herrmann (D.C. Bar #1022464)
David E. Dahlquist
Adam T. Severt
Travis R. Chapman (D.C. Bar #90031151)
Veronica N. Onyema (D.C. Bar #979040)
Michael G. McLellan (D.C. Bar #489217)

U.S. Department of Justice
Antitrust Division
Technology & Digital Platforms Section
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: (202) 805-8563
Karl.Herrmann@usdoj.gov
David.Dahlquist@usdoj.gov
Adam.Severt@usdoj.gov
Travis.Chapman@usdoj.gov
Veronica.N.Onyema@usdoj.gov
Michael.McLellan@usdoj.gov

*Counsel for Plaintiff*
*United States of America*

By:   */s/ Christoper A. Knight*
Ashley Moody, Attorney General
R. Scott Palmer, Special Counsel, Complex Enforcement Chief, Antitrust Division
Lee Istrail, Assistant Attorney General
Christopher A. Knight, Assistant Attorney General
Office of the Attorney General, State of Florida
PL-01 The Capitol
Tallahassee, Florida 32399
Lee.Istrail@myfloridalegal.com
Scott.Palmer@myfloridalegal.com
Christopher.Knight@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

By:   */s/ Diamante Smith*
Ken Paxton, Attorney General
Brent Webster, First Assistant Attorney General
Ralph Molina, Deputy First Assistant Attorney General
James Lloyd, Deputy Attorney General for Civil Litigation
Ryan Baasch, Associate Deputy Attorney General for Civil Litigation
Trevor Young, Deputy Chief, Antitrust Division
Diamante Smith, Assistant Attorney General, Antitrust Division
Office of the Attorney General, State of Texas
300 West 15th Street
Austin, Texas 78701
Diamante.Smith@oag.texas.gov

*Counsel for Plaintiff State of Texas*

By:   */s/ Carolyn D. Jeffries*
Rob Bonta, Attorney General
Paula Blizzard, Senior Assistant Attorney General
Michael Jorgenson, Supervising Deputy Attorney General
Brian Wang, Deputy Attorney General

Carolyn D. Jeffries, Deputy Attorney General (DC Bar No. 1600843)
Office of the Attorney General
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102
Cari.Jeffries@doj.ca.gov

*Counsel for Plaintiff State of California*

Matthew M. Ford
Arkansas Bar No. 2013180
Senior Assistant Attorney General
Office of the Arkansas Attorney General Tim Griffin
323 Center Street, Suite 200
Little Rock, AR 72201
Matthew.Ford@arkansasag.gov

*Counsel for Plaintiff State of Arkansas*

Christopher Carr, Attorney General
Logan B. Winkles, Deputy Attorney General
Ronald J. Stay, Jr., Senior Assistant Attorney General
Charles Thimmesch, Senior Assistant Attorney General
Office of the Attorney General, State of Georgia
40 Capitol Square, SW
Atlanta, Georgia 30334-1300
cthimmesch@law.georgia.gov

*Counsel for Plaintiff State of Georgia*

Theodore Edward Rokita, Attorney General
Scott L. Barnhart, Chief Counsel and Director, Consumer Protection Division
Jesse Moore, Deputy Attorney General
Christi Foust, Deputy Attorney General
Office of the Attorney General, State of Indiana
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204

Jesse.Moore@atg.in.gov

*Counsel for Plaintiff State of Indiana*

Russell Coleman, Attorney General
J. Christian Lewis, Commissioner of the Office of Consumer Protection
Philip R. Heleringer, Executive Director of the Office of Consumer Protection
Jonathan E. Farmer, Deputy Executive Director of the Office of Consumer Protection
Office of the Attorney General, Commonwealth of Kentucky
1024 Capital Center Drive, Suite 200
Frankfort, Kentucky 40601
Philip.Heleringer@ky.gov

*Counsel for Plaintiff Commonwealth of Kentucky*

Liz Murrill, Attorney General
Patrick Voelker, Assistant Attorney General
Office of the Attorney General, State of Louisiana
Public Protection Division
1885 North Third St.
Baton Rouge, Louisiana 70802
voelkerp@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*

Dana Nessel, Attorney General
Scott Mertens, Assistant Attorney General
Michigan Department of Attorney General
P.O. Box 30736
Lansing, Michigan 48909
MertensS@michigan.gov

*Counsel for Plaintiff State of Michigan*

Michael Schwalbert
Missouri Bar No. 63229
Assistant Attorney General
Consumer Protection Section
Missouri Attorney General's Office

815 Olive Street | Suite 200
Saint Louis, Missouri 63101
michael.schwalbert@ago.mo.gov
Phone: 314-340-7888
Fax: 314-340-7981

*Counsel for Plaintiff State of Missouri*

Lynn Fitch, Attorney General
Crystal Utley Secoy, Assistant Attorney General
Office of the Attorney General, State of Mississippi
P.O. Box 220
Jackson, Mississippi 39205
Crystal.Utley@ago.ms.gov

*Counsel for Plaintiff State of Mississippi*

Anna Schneider
Special Assistant Attorney General, Senior Counsel
Montana Office of Consumer Protection
P.O. Box 200151
Helena, MT. 59602-0150
Phone: (406) 444-4500
Fax: 406-442-1894
Anna.schneider@mt.gov

*Counsel for Plaintiff State of Montana*

Alan Wilson, Attorney General
W. Jeffrey Young, Chief Deputy Attorney General
C. Havird Jones, Jr., Senior Assistant Deputy Attorney General
Mary Frances Jowers, Assistant Deputy Attorney General
Office of the Attorney General, State of South Carolina
1000 Assembly Street
Rembert C. Dennis Building
P.O. Box 11549
Columbia, South Carolina 29211-1549

mfjowers@scag.gov

*Counsel for Plaintiff State of South Carolina*

Joshua L. Kaul, Attorney General
Laura E. McFarlane, Assistant Attorney General
Wisconsin Department of Justice
17 W. Main St.
Madison, Wisconsin 53701
mcfarlanele@doj.state.wi.us

PHILIP WEISER
Attorney General of Colorado

*/s/ Jonathan B. Sallet*
Jonathan B. Sallet, DC Bar No. 336198
Steven M. Kaufmann
Elizabeth W. Hereford
Conor J. May
Colorado Office of the Attorney General
1300 Broadway, 7th Floor
Denver, CO 80203
Telephone: (720) 508-6000
E-Mail: Jon.Sallet@coag.gov
Steve.Kaufmann@coag.gov
Elizabeth.Hereford@coag.gov
Conor.May@coag.gov

William F. Cavanaugh, Jr.
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2793
E-Mail: wfcavanaugh@pbwt.com

*Counsel for Plaintiff State of Colorado*

MIKE HILGERS
Attorney General of Nebraska

Justin C. McCully, Assistant Attorney General
Nebraska Department of Justice
Office of the Attorney General
2115 State Capitol
Lincoln, NE 68509
Telephone: (402) 471-9305
E-Mail: Justin.mccully@nebraska.gov

William F. Cavanaugh, Jr.
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2793
E-Mail: wfcavanaugh@pbwt.com

*Counsel for Plaintiff State of Nebraska*

KRISTIN K. MAYES
Attorney General of Arizona

Robert A. Bernheim, Unit Chief Counsel
Jayme Weber, Senior Litigation Counsel
Arizona Office of the Attorney General
400 West Congress, Ste. S-215
Tucson, Arizona 85701
Telephone: (520) 628-6507
E-Mail: Robert.bernheim@azag.gov
Jayme.Weber@azag.gov

*Counsel for Plaintiff State of Arizona*

BRENNA BIRD
Attorney General of Iowa

Noah Goerlitz, Assistant Attorney General
Office of the Attorney General of Iowa
1305 E. Walnut St., 2nd Floor
Des Moines, IA 50319
Telephone: (515) 725-1018
E-Mail: Noah.goerlitz@ag.iowa.gov

*Counsel for Plaintiff State of Iowa*

LETITIA JAMES
Attorney General of New York

Elinor R. Hoffmann
Morgan J. Feder
Michael D. Schwartz
Office of the Attorney General of New York
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-8513
E-Mail: Elinor.hoffmann@ag.ny.gov
Morgan.feder@ag.ny.gov
Michael.schwartz@ag.ny.gov

*Counsel for Plaintiff State of New York*

JOSHUA STEIN
Attorney General of North Carolina

Kunal Janak Choksi
Joshua Daniel Abram
Jessica Vance Sutton
North Carolina Department of Justice
114 W. Edenton St.
Raleigh, NC 27603
Telephone: (919) 716-6000
E-Mail: kchoksi@ncdoj.gov
jabram@ncdoj.gov
jsutton2@ncdoj.gov

*Counsel for Plaintiff State of North Carolina*

JONATHAN SKRMETTI
Attorney General of Tennessee

J. David McDowell
Austin Ostiguy
Tyler Corcoran
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202
Telephone: (615) 741-8722
E-Mail: David.McDowell@ag.tn.gov
austin.ostiguy@ag.tn.gov
Tyler.Corcoran@ag.tn.gov

*Counsel for Plaintiff State of Tennessee*

SEAN REYES
Attorney General of Utah

Matthew Michaloski
Marie W.L. Martin
Utah Office of Attorney General
160 E 300 S, 5th Floor
P.O. Box 140830
Salt Lake City, Utah 84114
Telephone: (801) 440-9825
E-Mail: mmichaloski@agutah.gov
mwmartin@agutah.gov

*Counsel for Plaintiff State of Utah*

TREGARRICK TAYLOR
Attorney General of Alaska

Jeff Pickett
State of Alaska, Department of Law
Office of the Attorney General
1031 W. Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5100
E-Mail: Jeff.pickett@alaska.gov

*Counsel for Plaintiff State of Alaska*

WILLIAM TONG
Attorney General of Connecticut

Nicole Demers
Office of the Attorney General of Connecticut
165 Capitol Avenue, Suite 5000
Hartford, CT 06106
Telephone: (860) 808-5202
E-Mail: Nicole.demers@ct.gov

*Counsel for Plaintiff State of Connecticut*

KATHLEEN JENNINGS
Attorney General of Delaware

Michael Andrew Undorf
Delaware Department of Justice
Fraud and Consumer Protection Division
820 N. French St., 5th Floor
Wilmington, DE 19801
Telephone: (302) 683-8816
E-Mail: Michael.undorf@delaware.gov

*Counsel for Plaintiff State of Delaware*

BRIAN SCHWALB
Attorney General of the District of Columbia

Elizabeth Gentry Arthur
Office of the Attorney General for the District of Columbia
400 6th Street NW
Washington, DC 20001
Telephone: (202) 724-6514
E-Mail: Elizabeth.arthur@dc.gov

*Counsel for Plaintiff District of Columbia*

DOUGLAS MOYLAN
Attorney General of Guam

Fred Nishihira
Office of the Attorney General of Guam
590 S. Marine Corps Drive, Suite 901
Tamuning, Guam 96913
Telephone: (671) 475-3324
E-Mail: fnishihira@oagguam.org

*Counsel for Plaintiff Territory Guam*

ANNE E. LOPEZ
Attorney General of Hawaiʻi

Rodney I. Kimura
Department of the Attorney General, State of Hawaiʻi
425 Queen Street
Honolulu, HI 96813
Telephone (808) 586-1180
E-Mail: Rodney.i.kimura@hawaii.gov

*Counsel for Plaintiff State of Hawaiʻi*

RAÚL LABRADOR
Attorney General of Idaho

John K. Olson
Office of the Idaho Attorney General
Consumer Protection Division
954 W. State St., 2nd Floor
P.O. Box 83720
Boise, ID 83720
Telephone: (208) 332-3549
E-Mail:  John.olson@ag.idaho.gov

*Counsel for Plaintiff State of Idaho*

KWAME RAOUL
Attorney General of Illinois

Elizabeth Maxeiner
Brian Yost
Jennifer Coronel
Office of the Attorney General of Illinois
100 W. Randolph St.
Chicago, IL 60601
Telephone: (773) 590-7935
E-Mail: Elizabeth.maxeiner@ilag.gov
Brian.yost@ilag.gov
 Jennifer.coronel@ilag.gov

*Counsel for Plaintiff State of Illinois*

KRIS W. KOBACH
Attorney General of Kansas

Lynette R. Bakker
Kansas Office of the Attorney General
120 S.W. 10th Avenue, 2nd Floor
Topeka, KS 66612
Telephone: (785) 296-3751
E-Mail: Lynette.bakker@ag.ks.gov

*Counsel for Plaintiff State of Kansas*

AARON M. FREY
Attorney General of Maine

Christina M. Moylan
Office of the Attorney General of Maine
6 State House Station
August, ME 04333
Telephone: (207) 626-8800
E-Mail: Christina.moylan@maine.gov

*Counsel for Plaintiff State of Maine*

ANTHONY G. BROWN
Attorney General of Maryland

Schonette J. Walker
Gary Honick
Office of the Attorney General of Maryland
200 St. Paul Place, 19th Floor
Baltimore, MD 21202
Telephone: (410) 576-6480
E-Mail: swalker@oag.state.md.us
ghonick@oag.state.md.us

*Counsel for Plaintiff State of Maryland*

ANDREA CAMPBELL
Attorney General of Massachusetts

William T. Matlack
Office of the Attorney General of Massachusetts
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 727-2200
E-Mail: William.matlack@mass.gov

*Counsel for Plaintiff Commonwealth of Massachusetts*

KEITH ELLISON
Attorney General of Minnesota

Zach Biesanz
Senior Enforcement Counsel
Office of the Minnesota Attorney General
Antitrust Division
445 Minnesota Street, Suite 600
St. Paul, MN 55101
Telephone: (651) 757-1257
E-Mail: Zach.biesanz@ag.state.mn.us

*Counsel for Plaintiff State of Minnesota*

AARON D. FORD
Attorney General of Nevada

Michelle C. Badorine
Lucas J. Tucker
Nevada Office of the Attorney General
100 N. Carson Street
Carson City, NV 89701
Telephone: (775) 684-1164
E-Mail: mbadorine@ag.nv.gov
ltucker@ag.nv.gov

*Counsel for Plaintiff State of Nevada*

JOHN FORMELLA
Attorney General of New Hampshire

Brandon Garod
Office of Attorney General of New Hampshire
33 Capitol Street
Concord, NH 03301
Telephone: (603) 271-1217
E-Mail: Brandon.h.garod@doj.nh.gov

*Counsel for Plaintiff State of New Hampshire*

MATTHEW PLATKIN
Attorney General of New Jersey

Isabella R. Pitt
Deputy Attorney General
New Jersey Attorney General's Office
124 Halsey Street, 5th Floor
Newark, NJ 07102
Telephone: (973) 648-7819
E-Mail: Isabella.Pitt@law.njoag.gov

*Counsel for Plaintiff State of New Jersey*

RAÚL TORREZ
Attorney General of New Mexico

Judith E. Paquin Cholla Khoury
Assistant Attorney General
New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, NM 87504
Telephone: (505) 490-4885

E-Mail: jpaquin@nmag.gov
ckhoury@nmag.gov

*Counsel for Plaintiff State of New Mexico*

DREW WRIGLEY
Attorney General of North Dakota

Elin S. Alm
Assistant Attorney General
Consumer Protection and Antitrust Division
Office of the Attorney General of North Dakota
1720 Burlington Drive, Suite C
Bismarck, ND 58504
Telephone: (701) 328-5570
E-Mail: ealm@nd.gov

*Counsel for Plaintiff State of North Dakota*

DAVID YOST
Attorney General of Ohio

Jennifer Pratt
Beth Ann Finnerty
Mark Kittel
Office of the Attorney General of Ohio
30 E Broad Street, 26th Floor
Columbus, OH 43215
Telephone: (614) 466-4328
E-Mail:
Jennifer.pratt@ohioattorneygeneral.gov
Beth.finnerty@ohioattorneygeneral.gov
Mark.kittel@ohioattorneygeneral.gov

*Counsel for Plaintiff State of Ohio*

GENTNER DRUMMOND
Attorney General of Oklahoma

Robert J. Carlson
Office of the Oklahoma Attorney General
313 NE 21st Street
Oklahoma City, OK 73105
Telephone: (405) 522-1014
E-Mail: Robert.carlson@oag.ok.gov

*Counsel for Plaintiff State of Oklahoma*

ELLEN ROSENBLUM
Attorney General of Oregon

Cheryl Hiemstra
Oregon Department of Justice
1162 Court St. NE
Salem, OR 97301
Telephone: (503) 934-4400
E-Mail: Cheryl.hiemstra@doj.state.or.us

*Counsel for Plaintiff State of Oregon*

MICHELLE HENRY
Attorney General of Pennsylvania

Tracy W. Wertz
Joseph S. Betsko
Pennsylvania Office of Attorney General
Strawberry Square
Harrisburg, PA 17120
Telephone: (717) 787-4530
E-Mail: jbetsko@attorneygeneral.gov
twertz@attorneygeneral.gov

*Counsel for Plaintiff Commonwealth of Pennsylvania*

DOMINGO EMANUELLI HERNANDEZ
Attorney General of Puerto Rico
Guarionex Diaz Martinez
Assistant Attorney General Antitrust Division
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902
Telephone: (787) 721-2900, Ext. 1201
E-Mail: gdiaz@justicia.pr.gov

*Counsel for Plaintiff Territory Puerto Rico*

PETER NERONHA
Attorney General of Rhode Island

Stephen Provazza
Rhode Island Office of the Attorney General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400
E-Mail: SProvazza@riag.ri.gov

*Counsel for Plaintiff State of Rhode Island*

MARTIN J. JACKLEY
Attorney General of South Dakota

Yvette K. Lafrentz
Office of the Attorney General of South Dakota
1302 E. Hwy 14, Suite 1
Pierre, SD 57501
Telephone: (605) 773-3215
E-Mail: Yvette.lafrentz@state.sd.us

*Counsel for Plaintiff State of South Dakota*

CHARITY R. CLARK
Attorney General of Vermont

Christopher J. Curtis, Assistant Attorney General
Office of the Attorney General of Vermont
109 State St.
Montpelier, VT 05609
Telephone: (802) 828-3170
E-Mail: christopher.curtis@vermont.gov
*Counsel for Plaintiff State of Vermont*

JASON S. MIYARES
Attorney General of Virginia

Tyler T. Henry
Office of the Attorney General of Virginia
202 N. 9th Street
Richmond, VA 23219
Telephone: (804) 692-0485
E-Mail: thenry@oag.state.va.us

*Counsel for Plaintiff State of Virginia*

ROBERT FERGUSON
Attorney General of Washington

Amy Hanson
Senior Assistant Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Telephone: (206) 464-5419
E-Mail: Amy.hanson@atg.wa.gov

*Counsel for Plaintiff State of Washington*

PATRICK MORRISEY
Attorney General of West Virginia

Douglas Lee Davis
Office of the Attorney General, State of West Virginia
1900 Kanawha Boulevard
East Building 6, Suite 401
P.O. Box 1789
Charleston, WV 25305
Telephone: (304) 558-8986
E-Mail: Douglas.l.davis@wvago.gov

*Counsel for Plaintiff State of West Virginia*

BRIDGET HILL
Attorney General of Wyoming

Amy Pauli
Wyoming Attorney General's Office
2320 Capitol Avenue
Kendrick Building
Cheyenne, WY 82002
Telephone: (307) 777-6397
E-Mail: amy.pauli@wyo.gov

*Counsel for Plaintiff State of Wyoming*

/s/ *John Thorne*
John Thorne (Bar No. 421351)
Daniel G. Bird (Bar No. 974913)
Eric J. Maier (Bar No. 1738772)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street NW, Suite 400
Washington, DC 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
jthorne@kellogghansen.com
dbird@kellogghansen.com
emaier@kellogghansen.com

*Counsel for Non-Party News Corp*