## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant.* | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant.* | |

## NOTICE OF WITHDRAWAL OF COUNSEL

William T. Matlack respectfully notifies the Court of his withdrawal as counsel of record for the Plaintiff Commonwealth of Massachusetts in the above-captioned matters. Jennifer E. Greaney, who recently entered an appearance, will represent the Commonwealth of Massachusetts as lead counsel of record.

**DATED: January 28, 2025**

Respectfully Submitted,

*/s/ William T. Matlack*
William T. Matlack
Assistant Attorney General
Chief, Antitrust Division
Massachusetts Attorney General's Office
One Ashburton Place, 18th Floor
Boston, MA 02108
617-963-2414
Email: william.matlack@mass.gov
*Attorney for the Plaintiff Commonwealth of*
*Massachusetts*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 28, 2025, a copy of the foregoing Notice of

Withdrawal was served by e-mail on all counsel of record in this action by operation of the

Court's Electronic Filing System as indicated on the Notice of Electronic Filing. Parties may

access this filing through the Court's CM/ECF System.

<u>*/s/ William T. Matlack*</u>
William T. Matlack
Assistant Attorney General