# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>        Defendant,<br><br>  and<br><br>APPLE INC.,<br><br>        [Proposed] Intervenor-Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>        Defendant,<br><br>  and<br><br>APPLE INC.,<br><br>        [Proposed] Intervenor-Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

## **NOTICE OF APPEAL**

Please take notice that Apple Inc. ("Apple") hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from this Court's order denying Apple's motion for limited intervention, entered in this action on January 27, 2025 (ECF No. 1153).

Dated:   January 29, 2025

                              LATHAM & WATKINS LLP

                              By *s/Sarah M. Ray*
                                 Alfred C. Pfeiffer, Jr. (*pro hac vice*)
                                 Sarah M. Ray (*pro hac vice*)
                                 Aaron T. Chiu (*pro hac vice*)
                                 LATHAM & WATKINS LLP
                                 505 Montgomery Street, Suite 2000
                                 San Francisco, CA 94111
                                 Tel: (415) 391-0600
                                 Fax: (415) 395-8095
                                 Email: al.pfeiffer@lw.com
                                           sarah.ray@lw.com
                                           aaron.chiu@lw.com

                                 Gregory G. Garre (D.C. Bar No. 440779)
                                 Peter E. Davis (D.C. Bar No. 1686093)
                                 LATHAM & WATKINS LLP
                                 555 Eleventh Street, N.W., Suite 1000
                                 Washington, D.C. 20004
                                 Tel: (202) 637-2200
                                 Fax: (202) 637-2201
                                 Email: gregory.garre@lw.com
                                           peter.davis@lw.com

                                 *Counsel for [Proposed] Intervenor-Defendant Apple Inc.*