IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant,<br><br>  and<br><br>APPLE INC.,<br><br>    [Proposed] Intervenor-Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant,<br><br>  and<br><br>APPLE INC.,<br><br>    [Proposed] Intervenor-Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**DECLARATION OF SARAH M. RAY IN SUPPORT OF APPLE INC.'S
MOTION FOR STAY, OR IN THE ALTERNATIVE, FOR MISCELLANEOUS RELIEF**

I, Sarah M. Ray, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

  1. I am a member in good standing in the bar of the State of California and am admitted *pro hac vice* to practice before this Court. I am a partner at Latham & Watkins LLP,

counsel for non-party Apple, Inc. in this matter. The facts stated in this Declaration are of my own personal knowledge and I could and would testify to them in a court of law.

    2.       I make this declaration in support of Non-Party Apple's Motion for a Stay.

    3.       On January 29, 2025, I spoke with Plaintiffs' counsel at the Department of Justice, who informed me that they intend to ask this Court to reconsider or revise its order permitting Apple to submit witness affidavits as part of the remedies trial. Plaintiffs' counsel suggested that the Federal Rules of Evidence would preclude the Court from accepting or relying on Apple's witness affidavits, which, in Plaintiffs' counsel view, would constitute inadmissible hearsay.

    4.       In addition, although this Court's order provides that Apple may submit a witness affidavit including information not testified to by Apple Executive Eddy Cue (if he testifies in the remedies trial), Plaintiffs' counsel asked Apple to agree to submit any affidavits before the remedies trial, prior to Mr. Cue's testimony.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 30, 2025.

                                  Respectfully,

                                  */s/ Sarah M. Ray*
                                  Sarah M. Ray
                                  of LATHAM & WATKINS LLP