**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br>　　　　　Plaintiffs, <br><br>v. <br><br>GOOGLE LLC, <br><br>　　　　　Defendant, <br><br>　and <br><br>APPLE INC., <br><br>　　　　　[Proposed] Intervenor-Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*, <br><br>　　　　　Plaintiffs, <br><br>v. <br><br>GOOGLE LLC, <br><br>　　　　　Defendant, <br><br>　and <br><br>APPLE INC., <br><br>　　　　　[Proposed] Intervenor-Defendant. | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

**[PROPOSED] ORDER GRANTING
<u>APPLE INC.'S EMERGENCY MOTION FOR STAY</u>**

The Court has reviewed Apple Inc.'s ("Apple") Emergency Motion for Stay, or in the Alternative, for Miscellaneous Relief. Upon consideration of that motion, including any responses thereto, it is hereby

**ORDERED** that Apple's motion is **GRANTED**; and it is further

**ORDERED** that this action shall be stayed pending resolution of Apple's appeal pending in the D.C. Circuit.

**IT IS SO ORDERED.**

Dated: _____          _____
                                         Amit P. Mehta
                                         United States District Judge