UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br>　　　　*Plaintiffs*,<br>　v.<br>Google LLC, *et al.*,<br>　　　　*Defendants*. | Case No. 1:20-cv-3010-APM |
| State of Colorado, *et al.*,<br>　　　　*Plaintiffs*,<br>　v.<br>Google LLC, *et al.*,<br>　　　　*Defendants*. | Case No. 1:20-cv-3715-APM |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK AND ALL PARTIES OF RECORD:

Pursuant to Local Rule 83.6(b), Jessica Sutton hereby withdraws her appearance as counsel for Plaintiff State of North Carolina in the above-captioned matter. The State of North Carolina will be represented by Kunal Choksi of the North Carolina Department of Justice, who has entered an appearance in this matter.

Respectfully submitted the 31st day of January, 2025.

　　　　　　　　　　　　　　　　　　　　STATE OF NORTH CAROLINA, *ex rel.*
　　　　　　　　　　　　　　　　　　　　JEFF JACKSON, Attorney General

　　　　　　　　　　　　　　　　　　　　*/s/ Jessica V. Sutton*
　　　　　　　　　　　　　　　　　　　　Jessica V. Sutton
　　　　　　　　　　　　　　　　　　　　Special Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　North Carolina Department of Justice
　　　　　　　　　　　　　　　　　　　　Post Office Box 629
　　　　　　　　　　　　　　　　　　　　Raleigh, North Carolina 27602
　　　　　　　　　　　　　　　　　　　　Phone: (919) 716-0998
　　　　　　　　　　　　　　　　　　　　State Bar No. 41652
　　　　　　　　　　　　　　　　　　　　jsutton2@ncdoj.gov

## CERTIFICATE OF SERVICE

I certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record.

This the 31st day of January, 2025.

*/s/ Jessica V. Sutton*
Jessica V. Sutton
Special Deputy Attorney General
