# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GOOGLE LLC, )<br>)<br>Defendant. )<br>) | Case No. 20-cv-3010 (APM) |
| STATE OF COLORADO, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GOOGLE LLC, )<br>)<br>Defendant. )<br>) | Case No. 20-cv-3715 (APM) |

## SECOND AMENDED SCHEDULING ORDER

The court amends its January 20, 2025 Amended Scheduling Order, ECF No. 1145, as follows:

A. The Evidentiary Hearing shall be held **April 21, 2025 to May 2, 2025, and May 6, 2025 to May 9, 2025**.

B. The parties' post-hearing submissions shall be due by **May 16, 2025**.

All other deadlines remain in full force and effect.

Dated: February 11, 2025

Amit P. Mehta
United States District Judge