IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT. P. MEHTA |
| STATE OF COLORADO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

### ANTHROPIC PBC'S MOTION FOR LEAVE TO PARTICIPATE AS *AMICUS CURIAE*

Anthropic PBC hereby moves for leave to participate in the remedial phase of this action as an *amicus curiae*, to file a post-hearing brief alongside the parties, and to submit declarations from up to two fact witnesses. The grounds for this motion are set forth in the accompanying memorandum of law. Pursuant to Local Civil Rule 7(m), Anthropic's counsel has conferred with counsel for all parties regarding this motion. Plaintiffs United States of America, *et al.*, and Plaintiffs State of Colorado, *et al.*, do not oppose Anthropic's motion as to its proposed *amicus* brief, but do oppose the affidavits from fact witnesses. Defendant Google LLC takes no position on this motion.

Dated: February 14, 2025

Respectfully submitted,

*/s/ Paul Alessio Mezzina*
Veronica Moyé
 (*pro hac vice* application forthcoming)
Benjamin T. Lee
 (*pro hac vice* application forthcoming)
KING & SPALDING LLP
2601 Olive Street
Suite 2300
Dallas, TX 75201
(214) 764-4600
vmoye@kslaw.com
benjamin.lee@kslaw.com

Nema Milaninia
 (*pro hac vice* application forthcoming)
Paul Alessio Mezzina
 DC Bar No. 999325
Sumon Dantiki
 (*pro hac vice* application forthcoming)
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Suite 900
Washington, DC 20006
(202) 737-0500
nmilaninia@kslaw.com
pmezzina@kslaw.com
sdantiki@kslaw.com

*Counsel for Movant Anthropic PBC*