## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT. P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER GRANTING ANTHROPIC PBC'S MOTION
FOR LEAVE TO PARTICIPATE AS *AMICUS CURIAE***

      Anthropic PBC has moved for leave to participate in the remedial phase of this action as an *amicus curiae*, to file a post-hearing brief alongside the parties, and to submit declarations from up to two fact witnesses. Pursuant to Federal Rule of Civil Procedure 7(b) and Local Civil Rule 7, and upon consideration of Anthropic PBC's Motion, the memorandum in support, and any response thereto, it is hereby

      ORDERED that Anthropic PBC's motion is GRANTED.

      IT IS SO ORDERED.

Date: _____

                                                                           Honorable Amit P. Mehta
                                                                           United States District Judge