# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　　　　　Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT. P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　　　　　Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

## ANTHROPIC PBC'S CORPORATE DISCLOSURE STATEMENT

　　I, the undersigned, counsel of record for Anthropic PBC, certify that to the best of my knowledge and belief the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Anthropic PBC which have any outstanding securities in the hands of the public:

　　　　Google LLC—a wholly owned subsidiary of Alphabet, Inc., a publicly traded corporation—has an ownership interest of 10% or more in Anthropic PBC.

　　These representations are made in order that judges of this Court may determine the need for recusal.

Dated: February 14, 2025

Respectfully submitted,

*/s/ Paul Alessio Mezzina*
Veronica Moyé
 (*pro hac vice* application forthcoming)
Benjamin T. Lee
 (*pro hac vice* application forthcoming)
KING & SPALDING LLP
2601 Olive Street
Suite 2300
Dallas, TX 75201
(214) 764-4600
vmoye@kslaw.com
benjamin.lee@kslaw.com

Nema Milaninia
 (*pro hac vice* application forthcoming)
Paul Alessio Mezzina
 DC Bar No. 999325
Sumon Dantiki
 (*pro hac vice* application forthcoming)
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Suite 900
Washington, DC 20006
(202) 737-0500
nmilaninia@kslaw.com
pmezzina@kslaw.com
sdantiki@kslaw.com

*Counsel for Movant Anthropic PBC*