# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　　　　　Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　　　　　Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

## MOTION FOR ADMISSION OF BENJAMIN LEE *PRO HAC VICE*

Pursuant to LCvR 83.2(c) and LCrR 44.1(c), movant Anthropic PBC ("Anthropic") moves for the admission pro hac vice of attorney Benjamin Lee.

In support of this motion, Anthropic submits the accompanying Declaration of Benjamin Lee and a certificate of good standing from the Supreme Court of Texas. These documents demonstrate that Mr. Lee is an active member in good standing of the following courts and bars:

State of Texas, No. 24141998 (admitted 2024)

This Motion is signed and supported by Paul Alessio Mezzina, an active member of the bar of this Court.

2

Dated: February 14, 2025

                                                       Respectfully submitted,

                                                       */s/ Paul Alessio Mezzina*
                                                       Paul Alessio Mezzina
                                                        DC Bar No. 999325
                                                      KING & SPALDING LLP
                                                      1700 Pennsylvania Avenue NW
                                                      Washington, DC 20006
                                                      (202) 737-0500
                                                      pmezzina@kslaw.com

                                                      *Counsel for Movant Anthropic PBC*