IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>            Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>            Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>            Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>            Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

### MOTION FOR ADMISSION OF NEMA MILANINIA *PRO HAC VICE*

Pursuant to LCvR 83.2(c) and LCrR 44.1(c), movant Anthropic PBC ("Anthropic") moves for the admission pro hac vice of attorney Nema Milaninia.

In support of this motion, Anthropic submits the accompanying Declaration of Nema Milaninia and a certificate of good standing from the Court of Appeals of the District of Columbia. These documents demonstrate that Mr. Milaninia is an active member in good standing of the following courts and bars:

District of Columbia Bar, No. 984897 (admitted 2008)

State Bar of California, No. 253698 (admitted 2007)

This Motion is signed and supported by Paul Alessio Mezzina, an active member of the bar of this Court.

Dated: February 17, 2025

Respectfully submitted,

*/s/ Paul Alessio Mezzina*
Paul Alessio Mezzina
 DC Bar No. 999325
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Washington, DC 20006
(202) 737-0500
pmezzina@kslaw.com

*Counsel for Movant Anthropic PBC*
