IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER GRANTING MOTION FOR
<u>ADMISSION OF NEMA MILANINIA *PRO HAC VICE*</u>**

      The Court has reviewed Anthropic PBC's motion for admission *pro hac vice*. Upon consideration of that motion, the Court grants attorney Nema Milaninia *pro hac vice* admission to this Court.

      IT IS SO ORDERED.

Date: _____

                                                                           Honorable Amit P. Mehta
                                                                           United States District Judge