IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

### MOTION FOR ADMISSION OF VERONICA MOYÉ *PRO HAC VICE*

Pursuant to LCvR 83.2(c) and LCrR 44.1(c), movant Anthropic PBC ("Anthropic") moves for the admission pro hac vice of attorney Veronica Moyé.

In support of this motion, Anthropic submits the accompanying Declaration of Veronica Moyé and a certificate of good standing from the Supreme Court of Texas. These documents demonstrate that Ms. Moyé is an active member in good standing of the following courts and bars:

   State of New York, No. 2127645 (admitted 1987)
   State of New Jersey, No. 009761994 (admitted 1994)
   State of Texas, No. 24000092 (admitted 1997)
   Supreme Court of the United States (admitted 1990)
   U.S. Court of Appeals for the Third Circuit (admitted 2000)
   U.S. Court of Appeals for the Fifth Circuit (admitted 2009)

      U.S. District Court for the Eastern District of Texas (admitted 1998)

      U.S. District Court for the Northern District of Texas (admitted 1998)

      U.S. District Court for the Southern District of Texas (admitted 2001)

      U.S. District Court for the Western District of Texas (admitted 2018)

      This Motion is signed and supported by Paul Alessio Mezzina, an active member of the bar of this Court.

Dated: February 17, 2025

                                                         Respectfully submitted,

                                                         */s/ Paul Alessio Mezzina*
                                                         Paul Alessio Mezzina
                                                         DC Bar No. 999325
                                                         KING & SPALDING LLP
                                                         1700 Pennsylvania Avenue NW
                                                         Washington, DC 20006
                                                         (202) 737-0500
                                                         pmezzina@kslaw.com

                                                         *Counsel for Movant Anthropic PBC*