# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

United States of America, et al. )
           Plaintiff(s) )
)
vs. )   Case Number:   1:20-cv-03010, -03715
Google LLC, et al. )
           Defendant(s)

### DECLARATION FOR PRO HAC VICE ADMISSION
(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name: Veronica Moyé

2. State bar membership number: Texas No. 24000092

3. Business address, telephone and fax numbers:
   King & Spalding LLP, 2601 Olive St., Ste. 2300, Dallas, TX 75201 (214) 764-4600

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   Please see attached.

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   Yes ☐   No ☑

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   Yes ☐   No ☑
   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years. 0
   (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8. Are you a member of the DC Bar? No

9. Do you have a pending application for admission into USDC for the District of Columbia? No

In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:

(CHECK ALL ITEMS THAT APPLY)

1. [✓] has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. [ ] has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. [ ] has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

__2/14/25__  
DATE

__/s/ Veronica L. Moyé__  
SIGNATURE OF ATTORNEY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**ATTACHMENT TO VERONICA MOYÉ'S
<u>DECLARATION FOR *PRO HAC VICE* ADMISSION</u>**

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

  State of New York, No. 2127645 (admitted 1987)
  State of New Jersey, No. 009761994 (admitted 1994)
  State of Texas, No. 24000092 (admitted 1997)
  Supreme Court of the United States (admitted 1990)
  U.S. Court of Appeals for the Third Circuit (admitted 2000)
  U.S. Court of Appeals for the Fifth Circuit (admitted 2009)
  U.S. District Court for the Eastern District of Texas (admitted 1998)
  U.S. District Court for the Northern District of Texas (admitted 1998)
  U.S. District Court for the Southern District of Texas (admitted 2001)
  U.S. District Court for the Western District of Texas (admitted 2018)