IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER GRANTING MOTION FOR
<u>ADMISSION OF VERONICA MOYÉ *PRO HAC VICE*</u>**

The Court has reviewed Anthropic PBC's motion for admission *pro hac vice*. Upon consideration of that motion, the Court grants attorney Veronica Moyé *pro hac vice* admission to this Court.

IT IS SO ORDERED.

Date: _____                      _____
                                                                                  Honorable Amit P. Mehta
                                                                                  United States District Judge