IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

**[PROPOSED] ORDER GRANTING MOTION FOR
ADMISSION OF SUMON DANTIKI *PRO HAC VICE***

The Court has reviewed Anthropic PBC's motion for admission *pro hac vice*. Upon consideration of that motion, the Court grants attorney Sumon Dantiki *pro hac vice* admission to this Court.

IT IS SO ORDERED.

Date: _____

_____
Honorable Amit P. Mehta
United States District Judge