# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA, et al.,**<br><br>　**Plaintiffs,**<br><br>　　v.<br><br>**GOOGLE LLC,**<br><br>　**Defendant.** | Case No. 20-cv-3010 (APM) |
| **STATE OF COLORADO, et al.,**<br><br>　**Plaintiffs,**<br><br>　　v.<br><br>**GOOGLE LLC,**<br><br>　**Defendant.** | Case No. 20-cv-3715 (APM) |

## THIRD AMENDED SCHEDULING ORDER

Based on the parties' Joint Status Reports, ECF Nos. 1161 & 1172, the court orders the following with regard to further proceedings in this matter:

A. The parties shall complete fact witness depositions by **March 7, 2025**.

B. The parties shall exchange final witness lists by **March 11, 2025**.

C. The parties shall exchange opening deposition designations by **March 21, 2025**.

D. The parties shall exchange objections to the opening deposition designations and provide deposition counter-designations by **March 28, 2025**.

E. The parties shall move witnesses from live testimony to deposition designation and exchange opening deposition designations for such witnesses by **April 1, 2025**.

F. The parties shall exchange objections to the deposition counter-designations and exhibits by **April 3, 2025**.

G. The parties shall exchange objections to the opening deposition designations and provide deposition counter-designations for witnesses moved from live testimony to deposition designation by **April 7, 2025**.

H. The parties shall meet and confer regarding exhibit and deposition objections on **April 7 & 8, 2025**.

I. By **April 9, 2025**, Plaintiffs shall provide the proposed order for all witnesses they may call live and the estimated time for their direct examination, and the parties shall exchange objections to the deposition counter-designations for witnesses moved from live testimony to deposition designation and file a Joint Pre-Hearing Statement. **The Joint Pre-Hearing Statement is due by 3:00 PM** and shall contain the following for each side: (1) a list of anticipated live witnesses identified by name, place of employment, and title; (2) a list of witnesses whose testimony will be offered as deposition designations identified by name, place of employment, and title; (3) a list of exhibits; and (4) any disputes regarding exhibits, deposition designations, confidentiality designations, and other matters. **Any record or deposition excerpt as to which there is a dispute shall be delivered to chambers on a thumb drive by 3:00 PM**.

J. A Pre-Hearing Conference is scheduled for **April 10, 2025 at 10:00 AM in Courtroom 10**.

K. By **April 11, 2025**, Google shall provide any presently known immovable conflicts for Google employees on Plaintiffs' disclosure and identify the witnesses on Plaintiffs' disclosure it expects to conduct a direct examination of and the estimated time for such examination. Google shall also provide the proposed order for all witnesses it may call live and the estimated time for their direct examination.

L. The parties shall file pre-hearing briefs of no more than 15 pages by **April 14, 2025**.

M. Beginning on **April 16, 2025**, and continuing through the end of the Evidentiary Hearing, the parties shall proceed as described in paragraph 4 of the court's August 3, 2023 Order, ECF No. 625.

All other deadlines remain in full force and effect.

Dated: February 19, 2025

Amit P. Mehta
United States District Judge