AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America, et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Google LLC | ) |
| *Defendant* | ) |

Case No.    1:20-cv-03010, -03715

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Anthropic PBC                                                                                                      .

Date:     02/21/2025

/s/Veronica Moyé
*Attorney's signature*

Veronica Moyé, Tex Bar No. 24000092
*Printed name and bar number*

King & Spalding LLP
2601 Olive Street, Suite 2300
Dallas, TX 75201

*Address*

vmoye@kslaw.com
*E-mail address*

(214) 764-4600
*Telephone number*

(214) 764-4601
*FAX number*