AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03010, -03715 |
| Google LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Anthropic PBC .

Date: 02/21/2025

/s/Benjamin Lee
*Attorney's signature*

Benjamin Lee, Tex Bar No. 24141998
*Printed name and bar number*

King & Spalding LLP
2601 Olive Street, Suite 2300
Dallas, TX 75201

*Address*

benjamin.lee@kslaw.com
*E-mail address*

(214) 764-4600
*Telephone number*

(214) 764-4601
*FAX number*