AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03010, -03715 |
| Google LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Anthropic PBC                                                                                                     .

Date:    02/21/2025                                           /s/Nema Milaninia
                                                                       *Attorney's signature*

                                                                      Nema Milaninia, DC Bar No. 984897
                                                                       *Printed name and bar number*

                                                                      King & Spalding LLP
                                                                      1700 Pennsylvania Avenue NW
                                                                      Suite 900
                                                                      Washington, DC 20006
                                                                       *Address*

                                                                      nmilaninia@kslaw.com
                                                                       *E-mail address*

                                                                      (202) 737-0500
                                                                       *Telephone number*

                                                                      (202) 626-6767
                                                                       *FAX number*