AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03010, -03715 |
| Google LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Anthropic PBC.

Date: 02/21/2025

/s/Sumon Dantiki
*Attorney's signature*

Sumon Dantiki, DC Bar No. 993894
*Printed name and bar number*

King & Spalding LLP
1700 Pennsylvania Avenue NW
Suite 900
Washington, DC 20006
*Address*

sdantiki@kslaw.com
*E-mail address*

(202) 737-0500
*Telephone number*

(202) 626-6767
*FAX number*