IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, *et al.*,

                    Plaintiffs,

v.

GOOGLE LLC,

                    Defendant.

Case No. 1:20-cv-03010-APM
HON. AMIT P. MEHTA

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that Erin Murdock-Park hereby withdraws as attorney of record for Plaintiff United States of America in the above-captioned matter.

Dated: February 25, 2025

Respectfully submitted,

*/s/ Erin Murdock-Park*
Erin Murdock-Park (DC Bar # 1019993)
Senior Litigation Counsel
U.S. Department of Justice
Antitrust Division
450 Fifth Street NW
Washington, DC 20530
Telephone: (202) 445-8082
erin.murdock-park@usdoj.gov
Counsel for Plaintiff United States of America