**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Aaron D. Hoag respectfully notifies the Court of his withdrawal as counsel for Plaintiff

United States of America in *United States v. Google, LLC*, Case No. 1:20-cv-03010.

Dated: March 6, 2025

Respectfully submitted,

*/s/ Karl E. Herrmann*
Karl E. Herrmann (D.C. Bar #1022464)
Aaron D. Hoag

U.S. Department of Justice
Antitrust Division
Technology & Digital Platforms Section
450 5th Street, NW
Washington, DC 20530
Telephone: 202-476-0541
karl.herrmann@usdoj.gov
aaron.hoag@usdoj.gov

*Counsel for Plaintiff United States of America*