UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>       U.S. Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>       Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Ryan Struve respectfully notifies the Court of his withdrawal as counsel for Plaintiff United States of America in *United States v. Google, LLC*, Case No. 1:20-cv-03010.

Dated: March 6, 2025      Respectfully submitted,

                /s/ Ryan S. Struve
                Ryan S. Struve (D.C. Bar # 495406)
                Trial Attorney
                U.S. Department of Justice
                Antitrust Division
                Technology & Digital Platforms Section
                450 Fifth Street NW, Suite 7100
                Washington, DC 20530
                Telephone: (202) 514-4890

                Counsel for Plaintiff
                United States of America