# EXHIBIT A

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |

| | |
|---|---|
| STATE OF COLORADO, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | HON. AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |

## PLAINTIFFS' THIRD JOINT REQUEST FOR PRODUCTION
## OF DOCUMENTS TO DEFENDANT GOOGLE LLC

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Plaintiffs in

the two actions request that Defendant Google LLC (Google) produce the documents

requested below, in accordance with Local Rule 26.2(d) of the U.S. District Court for the

District of Columbia, no later than 30 days after service of this request or at any other time

or place counsel for the parties may agree or the Court may direct in the Case Management

Order or otherwise. Documents shall be produced at the office of the U.S. Department of

Justice, Antitrust Division, Technology and Digital Platforms Section, 450 Fifth Street NW,

7100, Washington, D.C. 20530, or at any other place counsel for the parties may agree.

## <u>INSTRUCTIONS AND DEFINITIONS</u>

1.      Plaintiffs incorporate all instructions and definitions in the prior requests for production to Google in *United States of America, et al. v. Google LLC*, 20-cv-3010 (D.D.C.).

2.      "User-side Data" means all data that can be obtained from users in the United States, directly through a search engine's interaction with the user's Device, including software running on that Device, by automated means. User-side Data includes information Google collects when answering commercial, tail, and local queries. User-side Data may also include data sets used to train or fine-tune Google's ranking and retrieval components, as well as artificial intelligence models used for Google's AI Product.

## REQUESTS FOR PRODUCTION

1.     Produce all documents supporting Google's Proposed Final Judgment.

2.     Produce all agreements between Google and Apple related to Apple's iCloud.

3.     From January 1, 2022 to the present, produce Google Display Network ("GDN") referral data (or any predecessor data) separately for each referrer, on a monthly basis, aggregated at the level of each unique combination of month, country, OS, browser, search type, and signed-in status.

4.     From January 1, 2022 to the present, produce all text messages between Peter Fitzgerald and Jay Kim.

5.     Produce all executed agreements related to Google's investment in Anthropic in or around January 2025 as well as documents sufficient to show Google's strategy related to the investment.

6.     Produce a spreadsheet or similar document sufficient to show all the available fields maintained by Google in each of the below databases and datasets, and a corresponding data dictionary for each respective database and dataset.

    a.   GWS Logs; and

    b.   QSessions.

7.     Produce a spreadsheet or similar document sufficient to show all the available fields used for the data used to train or create the Google systems listed in subparts (a)-(g). For each dataset, include a corresponding data dictionary that explains how each field is defined and used. This data dictionary should at least: (1) provide field names and descriptions, (2) specify the data types, (3) outline permissible or expected value ranges and formats, (4) describe the purpose or function of each field in the model or training process, and (5) identify any

transformations, preprocessing, or aggregations that are performed on the data including any sampling methodology employed to obtain the data set.

     a.  Navboost (specifically all fields for the "13 months of data" identified in the Fox Report);

     b.  Glue;

     c.  RankBrain (specifically all fields for the "120 days data" identified in the Fox Report);

     d.  DeepRank (specifically all fields for the "70 days data" identified in the Fox Report);

     e.  QBST (specifically all fields for the "Navboost + 12 months of data" identified in the Fox Report);

     f.  Term-Weighting (specifically all fields for the "12 months of data" identified in the Fox Report); and

     g.  RankEmbedBERT (specifically all fields for the "70 days of data" identified in the Fox Report).

8.    Produce technical documentation sufficient to show which User-Side Data is used, any considerations of privacy or privacy-protection mechanisms for this use, and how often this data is refreshed, to (a) train and (b) fine tune:

     a.  Google's AI models to generate summaries for Google's AI Overview;

     b.  Google's retrieval models that are used to retrieve data when generating summaries for Google's AI Overview;

     c.  Google's AI models to generate responses to queries submitted via Google's Circle to Search functionality; and

       d.   Google's AI models to operate as the Gemini chatbot.

For the avoidance of doubt the information produced in response to 8(a)-(c) shall include documents sufficient to show all the available fields for the data used for such purpose, along with a corresponding data dictionary.

     9.     Produce technical documentation sufficient to show which User-Side Data is used, any considerations of privacy or privacy-protection mechanisms for this use, and how often this data is refreshed, in: (a) Google's Search Index; (b) Google's ad selection and personalization processes; and (c) Google's web-crawling processes. For the avoidance of doubt this information shall include documents sufficient to show all the available fields for the data used for such purpose, along with a corresponding data dictionary.

     10.    Produce technical documentation sufficient to show how and when an "AI Overview" is generated on a per-query basis in response to user queries on Google Search.

     11.    Separately by month, operating system, and device type, produce data sufficient to show the number and fraction of searches on Google Search that trigger an AI Overview, whether the searches are commercial or non-commercial, and any tracked metrics related to user interactions with the AI Overview.

     12.    Produce documents sufficient to show Google's policies, protocols, procedures, and tools for requesting, granting, and denying employee access to Google's search index.

     13.    Produce documents sufficient to show the Company's internal technical documentation and policies regarding web crawling, including legal compliance, ethics, PII handling, sensitive content policies, malware policies and taxonomies, and mechanisms like robots.txt adherence, spam detection, intellectual property compliance, and internal audits are implemented and audited.

14.     From January 1, 2022, to present, produce documents sufficient to show the resources committed to developing and maintaining Google's web crawling infrastructure, Search Index, and Search Results API, including the number of engineers and total engineering time spent on each project.

15.     Produce documents sufficient to show any configuration files or build scripts needed to compile and install ChromeOS.

16.     From January 1, 2022, to present, produce documents sufficient to show the server and deployment footprint for Chrome, including system resources required to operate the application, number of servers, and required memory, latency requirements, configuration files, network bandwidth requirements, and security-related services.

17.     From 2022 to present, produce copies of security issue tracking logs and internal procedures and policies related to managing security of Chrome and Chromium.

18.     Produce documents sufficient to show the Company's OKRs, product roadmaps, business planning documents describing features included in Chrome but not in open-source Chromium repository.

19.     From 2022 to present, produce documents sufficient to show the server capacity, deployment, and resource usage dedicated to Google Search.

20.     From 2022 to present, produce documents sufficient to show the monthly costs of building and running data centers for Google Search, AI, Chrome, and Search Ads, including operational costs, management and overhead costs, and amortized capital expenses.

21.     From 2022 to present, produce document sufficient to show the quantity and contents of data used in AI overview LLM, as well as one copy of any studies, benchmarks, or internal analyses of how search query data affects model performance.

22.     From 2022 to present, produce documents sufficient to show profit and loss information for each Chrome product (e.g., Chrome browser, Chrome OS, Chrome Enterprise, Chromium, Chromebooks, Chromecast, Chrome Web Store), to at least the level of granularity identified in GOOG-DOJ-30419395.

23.     From 2025 to 2027, produce documents sufficient to show projected profit and loss information for each Chrome product (e.g., Chrome browser, Chrome OS, Chrome Enterprise, Chromium, Chromebooks, Chromecast, Chrome Web Store).

24.     For each Chrome product, produce documents sufficient to show: (a) the business and revenue generation model for the product, (b) short-term or long-term strategies or objectives, (c) current or future product development efforts, (d) current and historical product usage metrics from 2019 to present, including, to the extent applicable, number of users, free vs. paid users, avg. revenue per user, churn rate, and any competitive analysis and benchmarking conducted for these metrics, and (e) any indirect revenue allocation to the product.

25.     Produce documents sufficient to show any plans, potential plans, or consideration of establishing a separate Chrome business unit.

26.     Produce documents sufficient to show the technical architecture, workflows, and API specifications used to syndicate organic search results, search features, and/or Search Text Ads, including data schemas, authentication protocols, latency and reliability requirements, and performance benchmarks.

27.     Produce documents sufficient to show the metadata, targeting parameters, audience segmentation methods, and contextual targeting algorithms used to match syndicated search ads to queries and audiences.

28.    Produce documents sufficient to show the technical architecture and data pipelines required for syndicating Google Search data, including high-level and detailed architecture diagrams, data flow diagrams illustrating ingestion, processing, transformation, and syndication of search data, and descriptions of any APIs, SDKs, or other interfaces used for syndication.

29.    Produce a copy of each architectural diagram, technical specifications and other documentation describing the deployment architecture of the search result and search feature infrastructure, data center topology and distribution, points of presence, and edge nodes, including the infrastructure used for any databases that store and organize information about websites and their content that is crawled from the web, gathered from data feeds, or collected via partnerships, or content  from any Google-owned website, property, or other operated platform (e.g., all Google owned or operated properties such as YouTube) from which Google selects information to provide results to users in response to general search queries.

30.    Produce documents sufficient to show the technical architecture of each material search feature (e.g., Knowledge Graph, featured snippets, image packs), including data structure and entity relationships, data ingestion and processing pipelines, query understanding and processing systems, and results ranking and relevance algorithms, including system performance and optimization documents related to query processing optimization strategies, indexing and retrieval mechanisms, caching strategies and effectiveness metrics, and search quality improvement documentation.

31.    Produce documents sufficient to show the technical architecture, including workflows and API specifications, useable to provide syndicators with access to User-Side Data and Ads Data.

32. Produce documents sufficient to show how, for Request Nos. 26-31, the relevant information is usable to support the function of any query-based AI Product, including both cloud-based and on-device AI.

33. Produce documents sufficient to show the total annual marketing expenses for Google's general search service, including the total expenses for each different marketing channels used therein, from 2022 to present.

34. Produce documents sufficient to show Google's analysis, plans, potential plans, or consideration (if any) of the provision of anything of value to a user of Google Search or the provision of anything of value by another GSE to its users, from 2022 to present.

Dated: January 27 2025                    Respectfully submitted,

                                          FOR PLAINTIFF UNITED STATES OF
                                          AMERICA

                                          By:_____/s/ Ryan S. Struve_____
                                            David E. Dahlquist
                                            Adam T. Severt
                                            Travis R. Chapman
                                            Karl E. Herrmann (D.C. Bar #1022464)
                                            Keane M. Nowlan (D.C. Bar #90028063)
                                            Veronica N. Onyema (D.C. Bar #979040)
                                            Ryan S. Struve (D.C. Bar # 495406)

                                            U.S. Department of Justice
                                            Antitrust Division
                                            Technology & Digital Platforms Section
                                            450 Fifth Street NW, Suite 7100
                                            Washington, DC 20530
                                            Telephone: (202) 307-6158
                                            David.Dahlquist@usdoj.gov
                                            Adam.Severt@usdoj.gov

                                            *Counsel for Plaintiff*
                                            *United States of America*

By: _/s/ Christoper A. Knight_
John M. Guard, Acting Attorney General,
Attorney General
R. Scott Palmer, Special Counsel, Complex
Enforcement Chief, Antitrust Division
Lee Istrail, Assistant Attorney General
Christopher A. Knight, Assistant Attorney
General
Office of the Attorney General, State of
Florida
PL-01 The Capitol
Tallahassee, Florida 32399
Lee.Istrail@myfloridalegal.com
Scott.Palmer@myfloridalegal.com
Christopher.Knight@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

By: _/s/ Diamante Smith_
Ken Paxton, Attorney General
Brent Webster, First Assistant Attorney
General
Ralph Molina, Deputy First Assistant
Attorney General
James Lloyd, Deputy Attorney General for
Civil Litigation
Diamante Smith, Assistant Attorney
General, Antitrust Division
Office of the Attorney General, State of
Texas
300 West 15th Street
Austin, Texas 78701
Diamante.Smith@oag.texas.gov

*Counsel for Plaintiff State of Texas*

By: _/s/ Carolyn D. Jeffries_
Rob Bonta, Attorney General
Paula Blizzard, Senior Assistant Attorney
General
Michael Jorgenson, Supervising Deputy
Attorney General
Brian Wang, Deputy Attorney General
Carolyn D. Jeffries, Deputy Attorney
General (DC Bar No. 1600843)
Office of the Attorney General

California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102
Cari.Jeffries@doj.ca.gov

*Counsel for Plaintiff State of California*

Matthew M. Ford
Arkansas Bar No. 2013180
Senior Assistant Attorney General
Office of the Arkansas Attorney General
Tim Griffin
323 Center Street, Suite 200
Little Rock, AR 72201
Matthew.Ford@arkansasag.gov

*Counsel for Plaintiff State of Arkansas*

Christopher Carr, Attorney General
Logan B. Winkles, Deputy Attorney General
Ronald J. Stay, Jr., Senior Assistant Attorney
General
Charles Thimmesch, Senior Assistant
Attorney General
Office of the Attorney General, State of
Georgia
40 Capitol Square, SW
Atlanta, Georgia 30334-1300
cthimmesch@law.georgia.gov

*Counsel for Plaintiff State of Georgia*

Theodore Edward Rokita, Attorney General
Scott L. Barnhart, Chief Counsel and
Director, Consumer Protection Division
Jesse Moore, Deputy Attorney General
Christi Foust, Deputy Attorney General
Office of the Attorney General, State of
Indiana
Indiana Government Center South, Fifth
Floor
302 West Washington Street
Indianapolis, Indiana 46204
Jesse.Moore@atg.in.gov

*Counsel for Plaintiff State of Indiana*

Russell Coleman, Attorney General
J. Christian Lewis, Commissioner of the
Office of Consumer Protection
Philip R. Heleringer, Executive Director of
the Office of Consumer Protection
Jonathan E. Farmer, Deputy Executive
Director of the Office of Consumer
Protection
Office of the Attorney General,
Commonwealth of Kentucky
1024 Capital Center Drive, Suite 200
Frankfort, Kentucky 40601
Philip.Heleringer@ky.gov

*Counsel for Plaintiff Commonwealth of
Kentucky*

Liz Murrill, Attorney General
Patrick Voelker, Assistant Attorney General
Office of the Attorney General, State of
Louisiana
Public Protection Division
1885 North Third St.
Baton Rouge, Louisiana 70802
voelkerp@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*

Dana Nessel, Attorney General
Scott Mertens, Assistant Attorney General
Michigan Department of Attorney General
P.O. Box 30736
Lansing, Michigan 48909
MertensS@michigan.gov

*Counsel for Plaintiff State of Michigan*

Michael Schwalbert
Missouri Bar No. 63229
Assistant Attorney General
Consumer Protection Section
Missouri Attorney General's Office
815 Olive Street | Suite 200
Saint Louis, Missouri 63101
michael.schwalbert@ago.mo.gov

Phone: 314-340-7888
Fax: 314-340-7981

*Counsel for Plaintiff State of Missouri*

Lynn Fitch, Attorney General
Crystal Utley Secoy, Assistant Attorney
General
Office of the Attorney General, State of
Mississippi
P.O. Box 220
Jackson, Mississippi 39205
Crystal.Utley@ago.ms.gov

*Counsel for Plaintiff State of Mississippi*

Anna Schneider
Special Assistant Attorney General, Senior
Counsel
Montana Office of Consumer Protection
P.O. Box 200151
Helena, MT. 59602-0150
Phone: (406) 444-4500
Fax: 406-442-1894
Anna.schneider@mt.gov

*Counsel for Plaintiff State of Montana*

Alan Wilson, Attorney General
W. Jeffrey Young, Chief Deputy Attorney
General
C. Havird Jones, Jr., Senior Assistant Deputy
Attorney General
Mary Frances Jowers, Assistant Deputy
Attorney General
Office of the Attorney General, State of
South Carolina
1000 Assembly Street
Rembert C. Dennis Building
P.O. Box 11549
Columbia, South Carolina 29211-1549


mfjowers@scag.gov

*Counsel for Plaintiff State of South Carolina*

Joshua L. Kaul, Attorney General
Laura E. McFarlane, Assistant Attorney
General
Wisconsin Department of Justice
17 W. Main St.
Madison, Wisconsin 53701
mcfarlanele@doj.state.wi.us

PHILIP WEISER
Attorney General of Colorado

*/s/ Jonathan B. Sallet*
Jonathan B. Sallet, DC Bar No. 336198
Steven M. Kaufmann
Elizabeth W. Hereford
Conor J. May
Colorado Office of the Attorney General
1300 Broadway, 7th Floor
Denver, CO 80203
Telephone: (720) 508-6000
E-Mail: Jon.Sallet@coag.gov
Steve.Kaufmann@coag.gov
Elizabeth.Hereford@coag.gov
Conor.May@coag.gov

William F. Cavanaugh, Jr.
PATTERSON BELKNAP WEBB &
TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2793
E-Mail: wfcavanaugh@pbwt.com

*Counsel for Plaintiff State of Colorado*

MIKE HILGERS
Attorney General of Nebraska

Colin P. Snider, Assistant Attorney
General
Nebraska Department of Justice
Office of the Attorney General
2115 State Capitol
Lincoln, NE 68509
Telephone: (402) 471-3840
E-Mail: Colin.Snider@nebraska.gov

William F. Cavanaugh, Jr.
PATTERSON BELKNAP WEBB &
TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2793
E-Mail: wfcavanaugh@pbwt.com

*Counsel for Plaintiff State of Nebraska*

KRISTIN K. MAYES
Attorney General of Arizona

Robert A. Bernheim, Unit Chief Counsel
Jayme Weber, Senior Litigation Counsel
Arizona Office of the Attorney General
400 West Congress, Ste. S-215
Tucson, Arizona 85701
Telephone: (520) 628-6507
E-Mail: Robert.bernheim@azag.gov
Jayme.Weber@azag.gov

*Counsel for Plaintiff State of Arizona*

BRENNA BIRD
Attorney General of Iowa

Noah Goerlitz, Assistant Attorney General
Office of the Attorney General of Iowa
1305 E. Walnut St., 2nd Floor
Des Moines, IA 50319
Telephone: (515) 725-1018
E-Mail: Noah.goerlitz@ag.iowa.gov

*Counsel for Plaintiff State of Iowa*

LETITIA JAMES
Attorney General of New York

Elinor R. Hoffmann
Morgan J. Feder
Michael D. Schwartz
Office of the Attorney General of New
York
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-8513
E-Mail: Elinor.hoffmann@ag.ny.gov
Morgan.feder@ag.ny.gov
Michael.schwartz@ag.ny.gov

*Counsel for Plaintiff State of New York*

JOSHUA STEIN
Attorney General of North Carolina

Kunal Janak Choksi
Joshua Daniel Abram
Jessica Vance Sutton
North Carolina Department of Justice
114 W. Edenton St.
Raleigh, NC 27603
Telephone: (919) 716-6000
E-Mail: kchoksi@ncdoj.gov
jabram@ncdoj.gov
jsutton2@ncdoj.gov

*Counsel for Plaintiff State of North Carolina*

JONATHAN SKRMETTI
Attorney General of Tennessee

J. David McDowell
Austin Ostiguy
Tyler Corcoran
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202
Telephone: (615) 741-8722
E-Mail: David.McDowell@ag.tn.gov
austin.ostiguy@ag.tn.gov
Tyler.Corcoran@ag.tn.gov

*Counsel for Plaintiff State of Tennessee*

SEAN REYES
Attorney General of Utah

Matthew Michaloski
Marie W.L. Martin
Utah Office of Attorney General
160 E 300 S, 5th Floor
P.O. Box 140830
Salt Lake City, Utah 84114
Telephone: (801) 440-9825
E-Mail: mmichaloski@agutah.gov
mwmartin@agutah.gov

*Counsel for Plaintiff State of Utah*

TREGARRICK TAYLOR
Attorney General of Alaska

Jeff Pickett
State of Alaska, Department of Law
Office of the Attorney General
1031 W. Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5100
E-Mail: Jeff.pickett@alaska.gov

*Counsel for Plaintiff State of Alaska*

WILLIAM TONG
Attorney General of Connecticut

Nicole Demers
Office of the Attorney General of Connecticut
165 Capitol Avenue, Suite 5000
Hartford, CT 06106
Telephone: (860) 808-5202
E-Mail: Nicole.demers@ct.gov

*Counsel for Plaintiff State of Connecticut*

KATHLEEN JENNINGS
Attorney General of Delaware

Michael Andrew Undorf
Delaware Department of Justice
Fraud and Consumer Protection Division
820 N. French St., 5th Floor
Wilmington, DE 19801
Telephone: (302) 683-8816
E-Mail: Michael.undorf@delaware.gov

*Counsel for Plaintiff State of Delaware*

BRIAN SCHWALB
Attorney General of the District of Columbia

Elizabeth Gentry Arthur
Office of the Attorney General for the
District of Columbia
400 6th Street NW
Washington, DC 20001
Telephone: (202) 724-6514
E-Mail: Elizabeth.arthur@dc.gov

*Counsel for Plaintiff District of Columbia*

DOUGLAS MOYLAN
Attorney General of Guam

Fred Nishihira
Office of the Attorney General of Guam
590 S. Marine Corps Drive, Suite 901
Tamuning, Guam 96913
Telephone: (671) 475-3324
E-Mail: fnishihira@oagguam.org

*Counsel for Plaintiff Territory Guam*

ANNE E. LOPEZ
Attorney General of Hawai'i

Rodney I. Kimura
Department of the Attorney General, State
of Hawai'i
425 Queen Street
Honolulu, HI 96813
Telephone (808) 586-1180
E-Mail: Rodney.i.kimura@hawaii.gov

*Counsel for Plaintiff State of Hawai'i*

RAÚL LABRADOR
Attorney General of Idaho

John K. Olson
Office of the Idaho Attorney General
Consumer Protection Division
954 W. State St., 2nd Floor
P.O. Box 83720
Boise, ID 83720
Telephone: (208) 332-3549
E-Mail: John.olson@ag.idaho.gov

*Counsel for Plaintiff State of Idaho*

KWAME RAOUL
Attorney General of Illinois

Elizabeth Maxeiner
Brian Yost
Jennifer Coronel
Office of the Attorney General of Illinois
100 W. Randolph St.
Chicago, IL 60601
Telephone: (773) 590-7935
E-Mail: Elizabeth.maxeiner@ilag.gov
Brian.yost@ilag.gov
Jennifer.coronel@ilag.gov

*Counsel for Plaintiff State of Illinois*

KRIS W. KOBACH
Attorney General of Kansas

Lynette R. Bakker
Kansas Office of the Attorney General
120 S.W. 10th Avenue, 2nd Floor
Topeka, KS 66612
Telephone: (785) 296-3751
E-Mail: Lynette.bakker@ag.ks.gov

*Counsel for Plaintiff State of Kansas*

AARON M. FREY
Attorney General of Maine

Christina M. Moylan
Office of the Attorney General of Maine
6 State House Station
August, ME 04333
Telephone: (207) 626-8800
E-Mail: Christina.moylan@maine.gov

*Counsel for Plaintiff State of Maine*

ANTHONY G. BROWN
Attorney General of Maryland

Schonette J. Walker
Gary Honick
Office of the Attorney General of
Maryland
200 St. Paul Place, 19th Floor
Baltimore, MD 21202
Telephone: (410) 576-6480
E-Mail: swalker@oag.state.md.us
ghonick@oag.state.md.us

*Counsel for Plaintiff State of Maryland*

ANDREA CAMPBELL
Attorney General of Massachusetts

William T. Matlack
Office of the Attorney General of
Massachusetts
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 727-2200
E-Mail: William.matlack@mass.gov

*Counsel for Plaintiff Commonwealth of
Massachusetts*

KEITH ELLISON
Attorney General of Minnesota

Zach Biesanz
Senior Enforcement Counsel
Office of the Minnesota Attorney General
Antitrust Division
445 Minnesota Street, Suite 600
St. Paul, MN 55101
Telephone: (651) 757-1257
E-Mail: Zach.biesanz@ag.state.mn.us

*Counsel for Plaintiff State of
Minnesota*

AARON D. FORD
Attorney General of Nevada

Michelle C. Badorine
Lucas J. Tucker

Nevada Office of the Attorney General
100 N. Carson Street
Carson City, NV 89701
Telephone: (775) 684-1164
E-Mail: mbadorine@ag.nv.gov
ltucker@ag.nv.gov

*Counsel for Plaintiff State of Nevada*

JOHN FORMELLA
Attorney General of New Hampshire

Brandon Garod
Office of Attorney General of New
Hampshire
33 Capitol Street
Concord, NH 03301
Telephone: (603) 271-1217
E-Mail: Brandon.h.garod@doj.nh.gov

*Counsel for Plaintiff State of New
Hampshire*

MATTHEW PLATKIN
Attorney General of New Jersey

Isabella R. Pitt
Deputy Attorney General
New Jersey Attorney General's Office
124 Halsey Street, 5th Floor
Newark, NJ 07102
Telephone: (973) 648-7819
E-Mail: Isabella.Pitt@law.njoag.gov

*Counsel for Plaintiff State of New Jersey*

RAÚL TORREZ
Attorney General of New Mexico

Judith E. Paquin Cholla Khoury
Assistant Attorney General
New Mexico Office of the Attorney
General
408 Galisteo St.
Santa Fe, NM 87504
Telephone: (505) 490-4885

17

E-Mail: jpaquin@nmag.gov
ckhoury@nmag.gov

*Counsel for Plaintiff State of New Mexico*

DREW WRIGLEY
Attorney General of North Dakota

Elin S. Alm
Assistant Attorney General
Consumer Protection and Antitrust
Division
Office of the Attorney General of North
Dakota
1720 Burlington Drive, Suite C
Bismarck, ND 58504
Telephone: (701) 328-5570
E-Mail: ealm@nd.gov

*Counsel for Plaintiff State of North
Dakota*

DAVID YOST
Attorney General of Ohio

Jennifer Pratt
Beth Ann Finnerty
Mark Kittel
Office of the Attorney General of Ohio
30 E Broad Street, 26th Floor
Columbus, OH 43215
Telephone: (614) 466-4328
E-Mail:
Jennifer.pratt@ohioattorneygeneral.gov
Beth.finnerty@ohioattorneygeneral.gov
Mark.kittel@ohioattorneygeneral.gov

*Counsel for Plaintiff State of Ohio*

GENTNER DRUMMOND
Attorney General of Oklahoma

Robert J. Carlson
Office of the Oklahoma Attorney General
313 NE 21st Street
Oklahoma City, OK 73105

Telephone: (405) 522-1014
E-Mail: Robert.carlson@oag.ok.gov

*Counsel for Plaintiff State of Oklahoma*

ELLEN ROSENBLUM
Attorney General of Oregon

Cheryl Hiemstra
Oregon Department of Justice
1162 Court St. NE
Salem, OR 97301
Telephone: (503) 934-4400
E-Mail: Cheryl.hiemstra@doj.state.or.us

*Counsel for Plaintiff State of Oregon*

MICHELLE HENRY
Attorney General of Pennsylvania

Tracy W. Wertz
Joseph S. Betsko
Pennsylvania Office of Attorney General
Strawberry Square
Harrisburg, PA 17120
Telephone: (717) 787-4530
E-Mail: jbetsko@attorneygeneral.gov
twertz@attorneygeneral.gov

*Counsel for Plaintiff Commonwealth of
Pennsylvania*

DOMINGO EMANUELLI
HERNANDEZ
Attorney General of Puerto Rico
Guarionex Diaz Martinez
Assistant Attorney General Antitrust
Division
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902
Telephone: (787) 721-2900, Ext. 1201
E-Mail: gdiaz@justicia.pr.gov

*Counsel for Plaintiff Territory Puerto
Rico*

PETER NERONHA
Attorney General of Rhode Island

Stephen Provazza
Rhode Island Office of the Attorney
General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400
E-Mail: SProvazza@riag.ri.gov

*Counsel for Plaintiff State of Rhode Island*

MARTIN J. JACKLEY
Attorney General of South Dakota

Yvette K. Lafrentz
Office of the Attorney General of South
Dakota
1302 E. Hwy 14, Suite 1
Pierre, SD 57501
Telephone: (605) 773-3215
E-Mail: Yvette.lafrentz@state.sd.us

*Counsel for Plaintiff State of South
Dakota*

CHARITY R. CLARK
Attorney General of Vermont

Christopher J. Curtis, Assistant Attorney
General
Office of the Attorney General of Vermont
109 State St.
Montpelier, VT 05609
Telephone: (802) 828-3170
E-Mail: christopher.curtis@vermont.gov
*Counsel for Plaintiff State of Vermont*

JASON S. MIYARES
Attorney General of Virginia

Tyler T. Henry
Office of the Attorney General of Virginia
202 N. 9th Street

Richmond, VA 23219
Telephone: (804) 692-0485
E-Mail: thenry@oag.state.va.us

*Counsel for Plaintiff State of Virginia*

ROBERT FERGUSON
Attorney General of Washington

Amy Hanson
Senior Assistant Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Telephone: (206) 464-5419
E-Mail: Amy.hanson@atg.wa.gov

*Counsel for Plaintiff State of Washington*

PATRICK MORRISEY
Attorney General of West Virginia

Douglas Lee Davis
Office of the Attorney General, State of
West Virginia
1900 Kanawha Boulevard
East Building 6, Suite 401
P.O. Box 1789
Charleston, WV 25305
Telephone: (304) 558-8986
E-Mail: Douglas.l.davis@wvago.gov

*Counsel for Plaintiff State of West Virginia*

BRIDGET HILL
Attorney General of Wyoming

Amy Pauli
Wyoming Attorney General's Office
2320 Capitol Avenue
Kendrick Building
Cheyenne, WY 82002
Telephone: (307) 777-6397
E-Mail: amy.pauli@wyo.gov

*Counsel for Plaintiff State of
Wyoming*