UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GOOGLE LLC, ) <br> ) <br> Defendant. ) | Case No. 20-cv-3010 (APM) |
| STATE OF COLORADO, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GOOGLE LLC, ) <br> ) <br> Defendant. ) | Case No. 20-cv-3715 (APM) |

## ORDER

As discussed at the Status Conference held on March 10, 2025, the court orders the following with regard to further proceedings in this matter:

Plaintiffs shall supplement their responses to Interrogatories 5, 11, 12, and 15 by **March 10, 2025**.

Google may serve up to 10 written interrogatories addressing any new or modified provisions in Plaintiffs' Revised Proposed Final Judgment, ECF No. 1184, by **March 12, 2025**. Plaintiffs shall serve their answers and objections by **March 19, 2025**.

Anthropic shall file a Status Report regarding its pending Motion for Leave to Participate as Amicus Curiae, ECF No. 1165, by **March 14, 2025**.

The parties shall jointly submit proposals on the following topics by **March 24, 2025**: (1) the number of exhibits permitted at the Evidentiary Hearing, including any exceptions to that limitation; (2) the use of confidential information at the Evidentiary Hearing; (3) the structure and format of post-trial submissions, including any responsive filings; and (4) the deadline to file amicus affidavit(s).

Amicus brief(s) shall be due by **May 9, 2025**.

Dated: March 11, 2025

Amit P. Mehta
United States District Judge