## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | |
| | Case No. 1:20-cv-03010-APM |
| v. | |
| | HON. AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |
| STATE OF COLORADO, *et al.*, | |
| Plaintiffs, | |
| | Case No. 1:20-cv-03715-APM |
| v. | |
| | HON. AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |

### PLAINTIFFS' RENEWED OPPOSITION TO ANTHROPIC PBC's
### MOTION FOR LEAVE TO SUBMIT WITNESS DECLARATIONS

Anthropic PBC's (Anthropic) pending motion should be denied as moot. Plaintiffs'

Revised Proposed Final Judgment (RPFJ), ECF No. 1184-1, no longer includes a ban on AI

investment, which—given Google's multi-billion dollar investment into Anthropic—was the

catalyst that prompted Anthropic to seek to participate as amicus curiae in this case and provide

witness declarations. Notwithstanding the removal of the provision at issue, Anthropic has

renewed its untimely requests. ECF No. 1188 (Anthropic Status Report) at 1; *see also* ECF No.

1165-1 (Motion for Leave to Participate as Amicus Curiae) (Anthropic Mot.).

Given the changes to Plaintiffs' RPFJ as it relates to AI investment, Anthropic's belated

1

request to submit declarations is even more attenuated. To that end, while Plaintiffs defer to the

Court on whether to allow any amicus filing, they firmly oppose Anthropic's request to inject

itself into the evidentiary record at this late stage and submit witness declarations. *See* ECF No.

1179 (Plaintiffs' Memorandum In Partial Opposition To Anthropic's Motion For Leave To

Participate As Amicus Curiae) (Plaintiffs' Opp.) at 6–7.

## I.    Plaintiffs' Revised Proposed Final Judgment Has Mooted Anthropic's Interest In This Litigation

Plaintiffs' RPFJ has mooted Anthropic's purported need to participate. Anthropic framed

its initial request as an attempt to "address the threat to its business and contractual relationships

with [Google LLC] posed by the portion of Plaintiff's proposed final judgment that would

prohibit Google from acquiring or holding any interest in any company that controls an AI

product, including Anthropic." Anthropic Mot. at 1. This provision was set out in Section IV(G)

of Plaintiffs' Initial Proposed Final Judgment, ECF No. 1062-1 at 8.

By contrast, Plaintiffs' RPFJ eliminates Section IV(G) and no longer prohibits Google

from investing in AI. Instead, the RPFJ contains a prior notice provision—common in antitrust

remedies—for certain of Google's acquisitions (and other ventures and combinations) with any

firm that competes with Google in the market for general search engines or search text ads, or in

any firm that controls a search access point or a generative AI product. Plaintiffs' RPFJ at 10–11

(Section IV(H)). Section IV(H) mirrors the provision for merger filings under the Hart-Scott-

Rodino Antitrust Improvements Act of 1976 (HSR Act). 15 U.S.C. § 18a et seq. Courts often

include this provision in the context of consent decrees with the Antitrust Division. *See, e.g.,*

*United States v. Bayer AG et al.*, Case No. 1:18-cv-01241-JEB (D.D.C. Feb. 8, 2019), ECF No.

25 at 39 (Final Judgment); *United States v. Smiths Group PLC et al.*, Case No. 17:cv-00580-

RMC (D.D.C. June 22, 2017), ECF No. 10 at 18–19 (Final Judgment).

A notice provision is especially appropriate in this case. As the Court found in its liability opinion, Google's anticompetitive conduct has the ongoing effect of "freez[ing] the ecosystem in place." ECF No. 1033 (Redacted Memorandum Opinion) at 202. And, as Plaintiffs' will establish at the evidentiary hearing, generative AI products are becoming a next generation search access point, as well as a popular feature of existing general search engines. The remedy in this case must "pry open" these markets to competition. *Ford Motor Co. v. United States*, 405 U.S. 562, 577–78 (1972). Plaintiffs' RPFJ merely proposes a notification provision that would allow for intervention before any acquisition or venture by Google cuts against the final judgment's efforts to restore competition.

Anthropic's argument that Plaintiffs' revised proposal would "disrupt Anthropic's business and its relationship with a significant strategic partner" is undercut by Anthropic's own submission one sentence later, when it admits that Plaintiffs' RPFJ would have no immediate effect on Anthropic's business. Anthropic Status Report at 1 ("[T]he RPFJ would not require Google to divest its existing interest in Anthropic or *directly* prohibit future investments[.]" (emphasis original)). Attempting to manufacture a future grievance, Anthropic argues that Plaintiffs' RPFJ would "significantly delay any future Google investment in Anthropic and give Anthropic's competitors an unfair advantage in the fast-moving global AI race." *Id.* at 2.

The public record establishes that Google is far from the only source of capital for Anthropic. Anthropic has successfully continued its fundraising efforts even in the face of this litigation. Prior to the filing of the RPFJ, on March 3, 2025, Anthropic announced that it had completed yet another funding round, raising $3.5 billion at a company valuation of $61.5 billion. *Anthropic raises Series E at $61.5B post-money valuation*, ANTHROPIC (Mar. 3, 2025), https://www.anthropic.com/news/anthropic-raises-series-e-at-usd61-5b-post-money-valuation.

Indeed, Anthropic was able to raise $1.5 billion more than its initial goal of $2 billion during this raise. Kyle Wiggers, *Anthropic reportedly ups its next funding round to $3.5B*, TECHCRUNCH (Feb. 24, 2025), https://techcrunch.com/2025/02/24/anthropic-reportedly-ups-its-next-funding-round-to-3-5b/. Anthropic was able to raise funding from a wide variety of sophisticated financial and strategic investors, including Salesforce, Cisco, Fidelity, and Jane Street. Kyle Wiggers, *Anthropic raises $3.2B to fuel its AI ambitions*, TECHCRUNCH (Mar. 3, 2025), https://techcrunch.com/2025/03/03/anthropic-raises-3-5b-to-fuel-its-ai-ambitions/. None of these investors were Google, and none were deterred by the pendency of this litigation and its potential outcomes. *Id.*

Any of Anthropic's remaining concerns with the RPFJ's notice provision ignore the provision's scope. It applies only to the subset of transactions not already reportable under the HSR Act. It is further limited to markets that Google has monopolized and products that serve as critical inputs to the monopolized markets. And, of course, it applies only to Google. Indeed, Anthropic's complaint that the notice provision will hinder *Anthropic's* efforts to compete turn competition on its head. Anthropic Status Report at 3 (describing each of Anthropic's competitors as "funded by a single technology-industry giant"). Receiving billions of dollars from Google is no precondition to Anthropic competing on the merits. Anthropic's own efforts demonstrate that.

Examined closely, Anthropic's interest here is a highly speculative and generalized hope that it might receive even *more* investment from Google at some undetermined future point. This interest cannot support Anthropic's requested relief. *See below* at Section II; s*ee also Med. Liab. Mut. Ins. Co. v. Alan Curtis LLC*, 485 F.3d 1006, 1008 (8th Cir. 2007) ("An interest that is contingent upon the occurrence of a sequence of events before it becomes colorable is also not

sufficient to satisfy Rule 24(a)(2)) (internal quotations omitted).

## II.    Anthropic's Request Should Be Considered As If It Were A Proposed Intervenor And Denied As Untimely

Furthermore, the Court should reject Anthropic's thinly veiled attempt to fashion its

motion to intervene as a mere request to submit an amicus brief. In its Reply,[1] Anthropic argues

that it only requests the same treatment that the Court afforded Apple and is not attempting to

intervene. ECF No. 1182 (Reply In Support Of Anthropic's Motion For Leave To Participate As

Amicus Curiae) (Anthropic Reply) at 2. But Anthropic's brief belies this argument. Nearly all

the legal authority that it cites are cases relating to intervention, not requests to submit amicus

briefs. *See* Anthropic Mot. at 12–16 (citing, among others, *Children's Health Def. v. FCC*, 25

F.4th 1045, 1049 (D.C. Cir. 2022); *Crossroads Grassroots Pol'y Strategies v. FEC*, 788 F.3d

312, 320 (D.C. Cir. 2015); *Karsner v. Lothian*, 532 F.3d 876, 885 (D.C. Cir. 2008); *Nuesse v.

Camp*, 385 F.2d 694, 700 (D.C. Cir. 1967) (cases addressing motions to intervene on which

Anthropic principally relies)). The remainder are inapposite Article II due process cases.

Anthropic Reply at 2 (citing *Ralls Corp. v. Comm. on Foreign Inv.*, 758 F.3d 296, 317–18 (D.C.

Cir. 2014); *Mathews v. Eldridge*, 424 U.S. 319, 333 (1976)). Anthropic's request is properly

evaluated by its function, not its form. *See United States v. Buck*, 281 F.3d 1336, 1342 (10th Cir.

2002) ("The substance of the plea should control, not the label."). Submitting witness

declarations is participation closely akin to an intervening party. *See Orion Wine Imports, LLC v.

Applesmith*, 440 F. Supp. 3d 1139, 1146 (E.D. Cal. 2020), *aff'd,* 837 F. App'x 585 (9th Cir.

2021) (citing *WildEarth Guardians v. Jeffries*, 370 F. Supp. 3d 1208, 1228 (D. Or.

---

[1] Plaintiffs note that Anthropic filed its Reply to Plaintiffs' Opposition without leave of the Court. ECF No. 1182. This district's local rules require leave before filing a reply in support of a motion for leave for amicus participation. Local Civil Rule 7(o)(2).

2019)("[A]mici are not, absent a grant of intervention, parties to an action and therefore cannot offer evidence on their own."). The Court should apply the test for intervenors and deny Anthropic's request for witness declarations as untimely. *See* Plaintiffs' Opp. at 2–3.

### III. Anthropic's Interests Are Aligned With Google And Will Be Well Represented At The Evidentiary Hearing

With its original purpose for participation gone, Anthropic parrots Google's own self-serving talking points to argue that the RPFJ's would affect "competition in AI and adjacent market" supports its participation. Anthropic Status Report at 3. But Google can certainly represent this interest at the evidentiary hearing given that it has invested "billions of dollars" in Anthropic and regularly invests in other AI companies. ECF No. 1165-2 (Redacted Declaration of Tom Brown) at 3.

### CONCLUSION

For these reasons, Plaintiffs respectfully request that this Court reject Anthropic's request to submit declarations in this matter.

Dated: March 19, 2025                        Respectfully submitted,

                                            */s/ Ryan Karr*
                                            David E. Dahlquist
                                            Adam T. Severt
                                            Travis R. Chapman (D.C. Bar # 90031151)
                                            Ryan T. Karr
                                            Veronica N. Onyema (D.C. Bar #979040)

                                            U.S. Department of Justice
                                            Antitrust Division
                                            Technology & Digital Platforms Section
                                            450 Fifth Street NW, Suite 7100
                                            Washington, DC 20530

By:    /s/ Christoper A. Knight
James Uthmeier, Attorney General
R. Scott Palmer, Special Counsel, Complex
Enforcement Chief, Antitrust Division
Lee Istrail, Assistant Attorney General
Christopher A. Knight, Assistant Attorney
General
Office of the Attorney General, State of
Florida
PL-01 The Capitol
Tallahassee, Florida 32399
Lee.Istrail@myfloridalegal.com
Scott.Palmer@myfloridalegal.com
Christopher.Knight@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

By:    /s/ Diamante Smith
Ken Paxton, Attorney General
Brent Webster, First Assistant Attorney
General
Ralph Molina, Deputy First Assistant Attorney
General
Austin Kinghorn, Deputy Attorney General for
Civil Litigation
Diamante Smith, Assistant Attorney General,
Antitrust Division
Office of the Attorney General, State of Texas
P.O. Box 12548
Austin, Texas 78711-2548
(512) 936-1162
Diamante.Smith@oag.texas.gov

*Counsel for Plaintiff State of Texas*

By:    /s/ Carolyn D. Jeffries
Rob Bonta, Attorney General
Paula Blizzard, Senior Assistant Attorney
General
Michael Jorgenson, Supervising Deputy
Attorney General
Brian Wang, Deputy Attorney General
Carolyn D. Jeffries, Deputy Attorney General
(DC Bar No. 1600843)
Office of the Attorney General

California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102
Cari.Jeffries@doj.ca.gov

*Counsel for Plaintiff State of California*

Matthew M. Ford
Arkansas Bar No. 2013180
Senior Assistant Attorney General
Office of the Arkansas Attorney General Tim
Griffin
323 Center Street, Suite 200
Little Rock, AR 72201
Matthew.Ford@arkansasag.gov

*Counsel for Plaintiff State of Arkansas*

Christopher Carr, Attorney General
Logan B. Winkles, Deputy Attorney General
Ronald J. Stay, Jr., Senior Assistant Attorney
General
Charles Thimmesch, Senior Assistant Attorney
General
Office of the Attorney General, State of
Georgia
40 Capitol Square, SW
Atlanta, Georgia 30334-1300
cthimmesch@law.georgia.gov

*Counsel for Plaintiff State of Georgia*

Theodore Edward Rokita, Attorney General
Scott L. Barnhart, Chief Counsel and Director,
Consumer Protection Division
Jesse Moore, Deputy Attorney General
Christi Foust, Deputy Attorney General
Office of the Attorney General, State of
Indiana
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204
Jesse.Moore@atg.in.gov

*Counsel for Plaintiff State of Indiana*

Russell Coleman, Attorney General
J. Christian Lewis, Commissioner of the
Office of Consumer Protection
Philip R. Heleringer, Executive Director of the
Office of Consumer Protection
Jonathan E. Farmer, Deputy Executive
Director of the Office of Consumer
Protection
Office of the Attorney General,
Commonwealth of Kentucky
1024 Capital Center Drive, Suite 200
Frankfort, Kentucky 40601
Philip.Heleringer@ky.gov

*Counsel for Plaintiff Commonwealth of
Kentucky*

Liz Murrill, Attorney General
Patrick Voelker, Assistant Attorney General
Office of the Attorney General, State of
Louisiana
Public Protection Division
1885 North Third St.
Baton Rouge, Louisiana 70802
voelkerp@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*

Dana Nessel, Attorney General
Scott Mertens, Assistant Attorney General
Michigan Department of Attorney General
P.O. Box 30736
Lansing, Michigan 48909
MertensS@michigan.gov

*Counsel for Plaintiff State of Michigan*

Michael Schwalbert
Missouri Bar No. 63229
Assistant Attorney General
Consumer Protection Section
Missouri Attorney General's Office
815 Olive Street | Suite 200
Saint Louis, Missouri 63101
michael.schwalbert@ago.mo.gov

Phone: 314-340-7888
Fax: 314-340-7981

*Counsel for Plaintiff State of Missouri*

Lynn Fitch, Attorney General
Crystal Utley Secoy, Assistant Attorney
General
Lee Morris, Special Assistant Attorney
General
Office of the Attorney General, State of
Mississippi
P.O. Box 220
Jackson, Mississippi 39205
Crystal.Utley@ago.ms.gov
Lee.Morris@ago.ms.gov

*Counsel for Plaintiff State of Mississippi*

Anna Schneider
Special Assistant Attorney General, Senior
Counsel
Montana Office of Consumer Protection
P.O. Box 200151
Helena, MT. 59602-0150
Phone: (406) 444-4500
Fax: 406-442-1894
Anna.schneider@mt.gov

*Counsel for Plaintiff State of Montana*

Alan Wilson, Attorney General
W. Jeffrey Young, Chief Deputy Attorney
General
C. Havird Jones, Jr., Senior Assistant
Deputy Attorney General
Mary Frances Jowers, Assistant Deputy
Attorney General
Office of the Attorney General, State of South
Carolina
1000 Assembly Street
Rembert C. Dennis Building
P.O. Box 11549
Columbia, South Carolina 29211-1549
mfjowers@scag.gov

*Counsel for Plaintiff State of South Carolina*

Joshua L. Kaul, Attorney General
Laura E. McFarlane, Assistant Attorney
General
Wisconsin Department of Justice
17 W. Main St.
Madison, Wisconsin 53701
mcfarlanele@doj.state.wi.us

*Counsel for Plaintiff State of Wisconsin*

PHILIP WEISER
Attorney General of Colorado

*/s/ Jonathan B. Sallet*
Jonathan B. Sallet, DC Bar No. 336198
Steven M. Kaufmann
Elizabeth W. Hereford
Conor J. May
Colorado Office of the Attorney General
1300 Broadway, 7th Floor
Denver, CO 80203
Telephone: (720) 508-6000
E-Mail: Jon.Sallet@coag.gov
Steve.Kaufmann@coag.gov
Elizabeth.Hereford@coag.gov
Conor.May@coag.gov

William F. Cavanaugh, Jr.
PATTERSON BELKNAP WEBB &
TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2793
E-Mail: wfcavanaugh@pbwt.com

*Counsel for Plaintiff State of Colorado*

MIKE HILGERS
Attorney General of Nebraska

Justin C. McCully, Assistant Attorney
General
Nebraska Department of Justice
Office of the Attorney General
2115 State Capitol
Lincoln, NE 68509
Telephone: (402) 471-9305
E-Mail: Justin.mccully@nebraska.gov

William F. Cavanaugh, Jr.
PATTERSON BELKNAP WEBB &
TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2793

E-Mail: wfcavanaugh@pbwt.com

*Counsel for Plaintiff State of Nebraska*

KRISTIN K. MAYES
Attorney General of Arizona

Robert A. Bernheim, Unit Chief Counsel
Jayme Weber, Senior Litigation Counsel
Arizona Office of the Attorney General
400 West Congress, Ste. S-215
Tucson, Arizona 85701
Telephone: (520) 628-6507
E-Mail: Robert.Bernheim@azag.gov
Jayme.Weber@azag.gov

*Counsel for Plaintiff State of Arizona*

BRENNA BIRD
Attorney General of Iowa

Noah Goerlitz, Assistant Attorney General
Office of the Attorney General of Iowa
1305 E. Walnut St., 2nd Floor
Des Moines, IA 50319
Telephone: (515) 725-1018
E-Mail: Noah.goerlitz@ag.iowa.gov

*Counsel for Plaintiff State of Iowa*

LETITIA JAMES
Attorney General of New York

Elinor R. Hoffmann
Morgan J. Feder
Michael D. Schwartz
Office of the New York State Attorney
General
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-8513
E-Mail: Elinor.hoffmann@ag.ny.gov
Morgan.feder@ag.ny.gov
Michael.schwartz@ag.ny.gov

*Counsel for Plaintiff State of New York*

JEFF JACKSON
Attorney General of North Carolina

Kunal Janak Choksi
Joshua Daniel Abram
North Carolina Department of Justice
114 W. Edenton St.
Raleigh, NC 27603
Telephone: (919) 716-6000
E-Mail: kchoksi@ncdoj.gov
jabram@ncdoj.gov

*Counsel for Plaintiff State of North Carolina*

JONATHAN SKRMETTI
Attorney General of Tennessee

J. David McDowell
Austin Ostiguy
Tyler Corcoran
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202
Telephone: (615) 741-8722
E-Mail: David.McDowell@ag.tn.gov
austin.ostiguy@ag.tn.gov
Tyler.Corcoran@ag.tn.gov

*Counsel for Plaintiff State of Tennessee*

DEREK E. BROWN
Attorney General of Utah

Matthew Michaloski, Assistant Attorney General
Marie W.L. Martin, Deputy Division Director
Utah Office of Attorney General
160 E 300 S, 5th Floor
P.O. Box 140811
Salt Lake City, Utah 84114

Telephone: (801) 440-9825
E-Mail: mmichaloski@agutah.gov
mwmartin@agutah.gov

*Counsel for Plaintiff State of Utah*

TREGARRICK TAYLOR
Attorney General of Alaska

Jeff Pickett
State of Alaska, Department of Law
Office of the Attorney General
1031 W. Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5100
E-Mail: Jeff.pickett@alaska.gov

*Counsel for Plaintiff State of Alaska*

WILLIAM TONG
Attorney General of Connecticut

Nicole Demers
Office of the Attorney General of Connecticut
165 Capitol Avenue, Suite 5000
Hartford, CT 06106
Telephone: (860) 808-5202
E-Mail: Nicole.demers@ct.gov

*Counsel for Plaintiff State of Connecticut*

KATHLEEN JENNINGS
Attorney General of Delaware

Michael Andrew Undorf
Delaware Department of Justice
Fraud and Consumer Protection Division
820 N. French St., 5th Floor
Wilmington, DE 19801
Telephone: (302) 683-8816
E-Mail: Michael.undorf@delaware.gov

*Counsel for Plaintiff State of Delaware*

BRIAN SCHWALB
Attorney General of the District of
Columbia

Elizabeth Gentry Arthur
Office of the Attorney General for the
District of Columbia
400 6th Street NW
Washington, DC 20001
Telephone: (202) 724-6514
E-Mail: Elizabeth.arthur@dc.gov

*Counsel for Plaintiff District of Columbia*

DOUGLAS MOYLAN
Attorney General of Guam

Fred Nishihira
Office of the Attorney General of Guam
590 S. Marine Corps Drive, Suite 901
Tamuning, Guam 96913
Telephone: (671) 475-3324
E-Mail: fnishihira@oagguam.org

*Counsel for Plaintiff Territory Guam*

ANNE E. LOPEZ
Attorney General of Hawai'i

Rodney I. Kimura
Department of the Attorney General, State
of Hawai'i
425 Queen Street
Honolulu, HI 96813
Telephone (808) 586-1180
E-Mail: Rodney.i.kimura@hawaii.gov

*Counsel for Plaintiff State of Hawai'i*

RAÚL LABRADOR
Attorney General of Idaho

John K. Olson
Office of the Idaho Attorney General
Consumer Protection Division

954 W. Jefferson St., 2nd Floor
P.O. Box 83720
Boise, ID 83720
Telephone: (208) 332-3549
E-Mail: John.olson@ag.idaho.gov

*Counsel for Plaintiff State of Idaho*

KWAME RAOUL
Attorney General of Illinois

Elizabeth Maxeiner
Brian Yost
Jennifer Coronel
Office of the Attorney General of Illinois
100 W. Randolph St.
Chicago, IL 60601
Telephone: (773) 590-7935
E-Mail: Elizabeth.maxeiner@ilag.gov
Brian.yost@ilag.gov
Jennifer.coronel@ilag.gov

*Counsel for Plaintiff State of Illinois*

KRIS W. KOBACH
Attorney General of Kansas

Lynette R. Bakker
Kansas Office of the Attorney General
120 S.W. 10th Avenue, 2nd Floor
Topeka, KS 66612
Telephone: (785) 296-3751
E-Mail: Lynette.bakker@ag.ks.gov

*Counsel for Plaintiff State of Kansas*

AARON M. FREY
Attorney General of Maine

Christina M. Moylan
Office of the Attorney General of Maine
6 State House Station
August, ME 04333
Telephone: (207) 626-8800
E-Mail: Christina.moylan@maine.gov

*Counsel for Plaintiff State of Maine*

ANTHONY G. BROWN
Attorney General of Maryland

Schonette J. Walker
Gary Honick
Office of the Attorney General of
Maryland
200 St. Paul Place, 19th Floor
Baltimore, MD 21202
Telephone: (410) 576-6480
E-Mail: swalker@oag.state.md.us
ghonick@oag.state.md.us

*Counsel for Plaintiff State of Maryland*

ANDREA CAMPBELL
Attorney General of Massachusetts

Jennifer E. Greaney
Office of the Attorney General of
Massachusetts
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 963-2981
E-Mail: Jennifer, greaney@mass.gov

*Counsel for Plaintiff Commonwealth of
Massachusetts*

KEITH ELLISON
Attorney General of Minnesota

Zach Biesanz
Senior Enforcement Counsel
Office of the Minnesota Attorney General
Antitrust Division
445 Minnesota Street, Suite 600
St. Paul, MN 55101
Telephone: (651) 757-1257
E-Mail: Zach.biesanz@ag.state.mn.us

*Counsel for Plaintiff State of Minnesota*

AARON D. FORD
Attorney General of Nevada

Michelle C. Badorine
Lucas J. Tucker
Nevada Office of the Attorney General
100 N. Carson Street
Carson City, NV 89701
Telephone: (775) 684-1164
E-Mail: mbadorine@ag.nv.gov
ltucker@ag.nv.gov

*Counsel for Plaintiff State of Nevada*

JOHN FORMELLA
Attorney General of New Hampshire

Brandon Garod
Office of Attorney General of New
Hampshire
1 Granite Place South
Concord, NH 03301
Telephone: (603) 271-1217
E-Mail: Brandon.h.garod@doj.nh.gov

*Counsel for Plaintiff State of New
Hampshire*

MATTHEW PLATKIN
Attorney General of New Jersey

Isabella R. Pitt
Deputy Attorney General
New Jersey Attorney General's Office
124 Halsey Street, 5th Floor
Newark, NJ 07102
Telephone: (973) 648-7819
E-Mail: Isabella.Pitt@law.njoag.gov

*Counsel for Plaintiff State of New Jersey*

RAÚL TORREZ
Attorney General of New Mexico

Judith E. Paquin Cholla Khoury
Assistant Attorney General
New Mexico Office of the Attorney
General
408 Galisteo St.
Santa Fe, NM 87504
Telephone: (505) 490-4885
E-Mail: jpaquin@nmag.gov
ckhoury@nmag.gov

*Counsel for Plaintiff State of New Mexico*

DREW WRIGLEY
Attorney General of North Dakota

Elin S. Alm
Assistant Attorney General
Consumer Protection and Antitrust
Division
Office of the Attorney General of North
Dakota
1720 Burlington Drive, Suite C
Bismarck, ND 58504
Telephone: (701) 328-5570
E-Mail: ealm@nd.gov

*Counsel for Plaintiff State of North Dakota*

DAVID YOST
Attorney General of Ohio

Jennifer Pratt
Beth Ann Finnerty
Mark Kittel
Office of the Attorney General of Ohio
30 E Broad Street, 26th Floor
Columbus, OH 43215
Telephone: (614) 466-4328
E-Mail:
Jennifer.pratt@ohioattorneygeneral.gov
Beth.finnerty@ohioattorneygeneral.gov
Mark.kittel@ohioattorneygeneral.gov

*Counsel for Plaintiff State of Ohio*

GENTNER DRUMMOND
Attorney General of Oklahoma

Robert J. Carlson
Office of the Oklahoma Attorney General
313 NE 21st Street
Oklahoma City, OK 73105
Telephone: (405) 522-1014
E-Mail: Robert.carlson@oag.ok.gov

*Counsel for Plaintiff State of Oklahoma*

DAN RAYFIELD
Attorney General of Oregon

Cheryl Hiemstra, Special Assistant Attorney
General
Gina Ko, Assistant Attorney General
Oregon Department of Justice
1162 Court St. NE
Salem, OR 97301
Telephone: (503) 934-4400
E-Mail: Cheryl.Hiemstra@doj.oregon.gov
Gina.Ko@doj.oregon.gov

*Counsel for Plaintiff State of Oregon*

DAVID W. SUNDAY, JR.
Attorney General of Pennsylvania

Tracy W. Wertz
Joseph S. Betsko
Pennsylvania Office of Attorney General
Strawberry Square
Harrisburg, PA 17120
Telephone: (717) 787-4530
E-Mail: jbetsko@attorneygeneral.gov
twertz@attorneygeneral.gov

*Counsel for Plaintiff Commonwealth of
Pennsylvania*

DOMINGO EMANUELLI HERNANDEZ
Attorney General of Puerto Rico
Guarionex Diaz Martinez

Assistant Attorney General Antitrust
Division
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902
Telephone: (787) 721-2900, Ext. 1201
E-Mail: gdiaz@justicia.pr.gov

*Counsel for Plaintiff Territory Puerto Rico*

PETER NERONHA
Attorney General of Rhode Island

Stephen Provazza
Rhode Island Office of the Attorney
General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400
E-Mail: SProvazza@riag.ri.gov

*Counsel for Plaintiff State of Rhode Island*

MARTIN J. JACKLEY
Attorney General of South Dakota

Yvette K. Lafrentz
Office of the Attorney General of South
Dakota
1302 E. Hwy 14, Suite 1
Pierre, SD 57501
Telephone: (605) 773-3215
E-Mail: Yvette.lafrentz@state.sd.us

*Counsel for Plaintiff State of South Dakota*

CHARITY R. CLARK
Attorney General of Vermont

Christopher J. Curtis, Assistant Attorney
General
Office of the Attorney General of Vermont
109 State St.
Montpelier, VT 05609
Telephone: (802) 828-3170

E-Mail: christopher.curtis@vermont.gov
*Counsel for Plaintiff State of Vermont*

JASON S. MIYARES
Attorney General of Virginia

Tyler T. Henry
Office of the Attorney General of Virginia
202 N. 9th Street
Richmond, VA 23219
Telephone: (804) 692-0485
E-Mail: thenry@oag.state.va.us

*Counsel for Plaintiff State of Virginia*

NICK BROWN
Attorney General of Washington

Amy Hanson
Senior Assistant Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Telephone: (206) 464-5419
E-Mail: Amy.hanson@atg.wa.gov

*Counsel for Plaintiff State of Washington*

JOHN B. McCUSKEY
Attorney General of West Virginia

Douglas Lee Davis
Office of the Attorney General, State of
West Virginia
1900 Kanawha Boulevard
East Building 6, Suite 401
P.O. Box 1789
Charleston, WV 25305
Telephone: (304) 558-8986
E-Mail: Douglas.l.davis@wvago.gov

*Counsel for Plaintiff State of West Virginia*

BRIDGET HILL
Attorney General of Wyoming

William T. Young
Wyoming Attorney General's Office
2320 Capitol Avenue
Kendrick Building
Cheyenne, WY 82002
Telephone: (307) 777-7847
E-Mail: William.young@wyo.gov

*Counsel for Plaintiff State of Wyoming*