IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-3010 <br><br> HON AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-3010 <br><br> HON AMIT P. MEHTA |

**THE NEW YORK TIMES COMPANY'S MOTION FOR ACCESS TO JUDICIAL RECORDS AND PROCEEDINGS**

The New York Times Company ("The Times"), by and through its undersigned counsel, hereby moves for access to the proceedings of and exhibits from the forthcoming evidentiary hearing in this case. In support of this motion, The Times relies on the accompanying memorandum of points and authorities. A proposed order is also attached.

Pursuant to Local Rule 7(m), undersigned counsel for The Times certifies that he contacted Plaintiffs and Google to determine whether they oppose the relief sought in this motion.

Plaintiffs responded that they would review The Times's motion when filed and would

"address as appropriate thereafter."

Google responded that it would file a response in due course. Google also said, based on the information provided by The Times in its email to Google, that it objects to The Times's motion.

Dated: March 21, 2025                         Respectfully submitted,

/s/ *Al-Amyn Sumar*
Al-Amyn Sumar (#1614655)
David McCraw (#NY0200)
Dana R. Green (#1005174)
Tim Tai (#NY0606)
The New York Times Company
1627 I Street NW, Suite 700
Washington, DC 20006
Telephone: (646) 306-4201
Facsimile: (212) 556-4634
al-amyn.sumar@nytimes.com
mccraw@nytimes.com
dana.green@nytimes.com

*Counsel for The New York Times Company*