IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 1:20-cv-3010<br><br>HON AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 1:20-cv-3010<br><br>HON AMIT P. MEHTA |

**PROPOSED ORDER**

Upon consideration of the Motion of The New York Times Company ("The Times") for Access to Judicial Records and Proceedings (the "Motion"), it is hereby:

ORDERED that the Motion is GRANTED; and

ORDERED that, as soon as possible, and by no later than 8 pm at the end of each hearing day, each party shall publicly release the exhibits admitted into evidence that day, either by making them available for download from a public website or emailing them to the Designated Press Representative, with each party responsible for releasing its own exhibits; and

ORDERED that these exhibits shall contain only those redactions agreed upon by the parties (and, in cases involving third-party exhibits, by the relevant third party) or authorized by the Court; and

ORDERED that where a party is unable to comply with the 8 pm deadline, it shall so notify the Court at the beginning of the following hearing day, provide an explanation for its noncompliance, and state when the exhibit(s) will be released; and

ORDERED that the parties shall share a copy of this order with the third parties whose documents they expect to use as evidence at the hearing; and

ORDERED that the Court recognizes that The Times reserves its right to object to the sealing of exhibits while the remedies hearing is ongoing, and the Court shall endeavor to resolve any such objections as soon as practicable; and

ORDERED that if the parties anticipate seeking closure of the courtroom during any testimony, they must make that request by the end of the prior hearing day, so that the press and public have notice and an opportunity to object to closure at the start of the next hearing day; and

ORDERED that in the event of any closure, the Court shall order that the parties (and where relevant, third parties), within 24 hours of the end of the closed session, review the transcript of the closed session and propose redactions to the Court, and the Court shall then independently review the proposed redactions and determine whether they comport with the *Hubbard* factors, ordering release of any portions that do not.

Date: _____    _____

Hon. Amit P. Mehta
United States District Judge