AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America, et al. )
*Plaintiff* )
v. ) Case No. 1:20-cv-03010-APM
Google LLC )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The New York Times Company.

Date: March 21, 2025

/s/ Timothy Tai
*Attorney's signature*

Timothy Tai (NY Bar No. 6175293)
*Printed name and bar number*

The New York Times Company
Legal Department
620 8th Avenue
New York, NY 10018
*Address*

timothy.tai@nytimes.com
*E-mail address*

(212) 556-1244
*Telephone number*

(212) 556-4634
*FAX number*