# EXHIBIT B
# (Redacted)

This is a template. Make a copy before proceeding.

# Gemini Training Data for [nickname] Model

Attorney Client Privileged

Once you create your data card doc, PLEASE IMMEDIATELY SHARE **VIEWER** ACCESS TO ███ ███@google.com, and then delete this box.

**Authors & Contributors:** ███@google.com

**Created:** 29 Feb 2024 [update date]
**Status:** Draft
**Self link:** [add go/link]
**Updated:** 6 Sept 2023 [update date]

## Context

This document describes the data used for training the [nickname] model and tracks LGTMs from project leads and data owners based on known use cases as of the creation date. Any future product use cases should go through the appropriate data & model governance process. See Use Cases section

HIGHLY CONFIDENTIAL

**LGTMs** (based on details in Training Data section and approvals already granted via the GDM Legal Review process)

| Reviewer | Reviewer Role | LGTM | LGTM Date | Comments/Notes |
|---|---|---|---|---|
| Tom Lue | General Counsel, Google DeepMind | | | |
| Rich Lee | Product Counsel, Search | | | |
| Jeff Dean Koray KavukcuogluOriol Vinyals | Gemini Leadership | | | |
| Megha Goel | Gemini PM | | | |
| | [add reviewers for additional data owners, as required] | | | |
| | [add reviewers for additional project leads, as required] | | | |

## Training Data

Summary of Training Data
[Add a summary of training data, including links to data cards for models contained within this new model]

| # | Dataset Name + link to MLC entry | Data contained in the dataset (description) | Link to approval | Link to any prior approvals / precedence with this dataset | Paths to datastore that holds the train + test sets used for the model (separate multiple values with a comma) | Contains PII? (if so, provide detail) | Contains User Data? | Contains Public Data? | Subject to retention? If so, link to PDD + wipeout plan. | Contains data from a 3P via contract (e.g. Shutterstock Images)? | Contains Open Source data? | Citation attribution / license | Did we filter or alter the dataset for Gemini? | Filtering process (and any other data pre-processing), in as much detail as possible. Also highlight any deviations from normal process (e.g. no link filtering for GCC) | Required Mitigations | Risks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |

HIGHLY CONFIDENTIAL

## Reward Model / RLHF data (including RL prompts)

The following data sets are used to train reward and/or ranker model(s). We did not train the reward model but instead used the model that the Bard team had trained.

HIGHLY CONFIDENTIAL

GOOG-DOJ-34494044

| Data sources | Data contained from the data source | Included in Gemini v1 IT model(s) (and any changes) | Prior approvals | Filtering | Contains PII? | Contains User Data? | Contains licensed data? | Contains Google proprietary data? | Citation attribution in the Dataset (e.g. URL, License, etc)? | Planned mitigations |
|---|---|---|---|---|---|---|---|---|---|---|
| Text | | | | | | | | | | |
| | | | | | | | | | | |

## Use Cases
### [edit this section based on use case limitations / particulars of this model]

Approval of the data in this card means that Gemini models trained on this data can be used widely across Google PAs including Cloud, for research and productization.

<checkpoint name> is approved for
- *Example: Product launches or previews that have been approved by Gemini Leads, including, but not limited to, Cloud releases*
- *Example: Internal testing*

<checkpoint name> is not approved for
- *Example: Product launches or previews that have not been approved by Gemini Leads*

HIGHLY CONFIDENTIAL
GOOG-DOJ-34494045