# EXHIBIT C

```
 1              UNITED STATES DISTRICT COURT

 2             FOR THE DISTRICT OF COLUMBIA
   _____
 3 UNITED STATES OF AMERICA,      )
   et al.,                        )
 4                                )
                                  )
 5         U.S. Plaintiffs,       ) Case No. 1:20-cv-03010-APM
                                  )
 6 v.                             )
                                  )
 7 GOOGLE LLC,                    )
                                  )
 8         Defendant.             ) Case No. 1:20-cv-0715-APM
   _____ )
 9 STATE OF COLORADO, et al.,     ) HON. AMIT P. MEHTA
                                  )
10         U.S. Plaintiffs,       )
                                  )
11 v.                             )
                                  )
12 GOOGLE LLC,                    )
                                  )
13 Defendant.                     )
   _____ )
14

15

16           ** HIGHLY CONFIDENTIAL **

17     Videotaped Deposition of PHIROZE PARAKH

18              Palo Alto, California

19           Thursday, February 13, 2025

20

21

22

23

24           Reported Stenographically by

25     Michael P. Hensley, RDR, CSR No. 14114
```

Case 1:20-cv-03010-APM   Document 1194-3   Filed 03/23/25   Page 3 of 8
UNITED STATES OF AMERICA v                                    Phiroze Parakh
GOOGLE LLC                    Highly Confidential         February 13, 2025

138

1   Q.   And it's from Peter Pilar.
2   A.   Mm-hmm.
3   Q.   Who is Peter Pilar?
4   A.   I don't know.
5   Q.   Okay.  And he starts:
6          [As Read]  Hey, everyone.  Excited to
7        see all the new investments into getting
8        high quality Search results fast.
9        And then he says:
10         [As Read]  Given the Bard timeline,
11       I'm not sure we can risk waiting for the
12       new Fastsearch to land.
13  A.   Mm-hmm.
14  Q.   And I'm not sure that's him writing, but
15  that's what it says.
16  A.   Mm-hmm.
17  Q.   And then it says:
18         [As Read]  Currently the majority of
19       Rankbrain and DeepRank live inside the
20       RankbrainTwiddler, and NGSscorer.
21  A.   Yep.
22  Q.   Do you see that?
23  A.   Yes.
24  Q.   What is the "NGSScore"?
25  A.   Next generation scorer.

1      Q.   Okay.  And what is that?
2      A.   It is a --
3           So NGS is a mechanism that allows us to
4  rebalance different components of our scoring
5  formula so that we have a better handle of relevance
6  or freshness or things like that, popularity.
7  That's what it is.
8      Q.   Okay.  And then I want to focus you on the
9  very top email of Exhibit 4 where it says:
10          [As Read]  If QRewrite is already on
11          the critical path.
12     A.   Yeah.
13     Q.   And what is QRewrite?
14     A.   Query Rewrite; so it is basically the --
15  if you remember the Search flow, there's query comes
16  in.  There's a phase in our scoring -- in our Search
17  flow where we will expand on the query synonyms,
18  spelling correction, annotations, things of that
19  happen in QRewrite.  It is a very -- since it
20  happens on every query, it's on the critical path
21  for latency, and it has very, very tight latency
22  budgets.
23     Q.   Is Query Rewrite used to fanout queries --
24  AI -- well, any query, actually, for AI Overviews?
25     A.   No.  No.

Case 1:20-cv-03010-APM   Document 1194-3   Filed 03/23/25   Page 5 of 8
UNITED STATES OF AMERICA v                                    Phiroze Parakh
GOOGLE LLC                    Highly Confidential       February 13, 2025

140

1   Q.   Okay.  You can put that document aside for
2   now.
3   A.   Oh, sure.  Sorry.
4          ATTORNEY AGUILAR:  Okay.  Let's take a
5   look at a different document.
6          We'll do Tab F.
7          I'd like to mark the document with Bates
8   number GOOG-DOJ-34493982 as Exhibit 5.
9          (Exhibit 5 was marked for identification.)
10         THE WITNESS:  Thank you.
11  BY ATTORNEY AGUILAR:
12    Q.   Mr. Parakh, do you recognize the document
13  marked as Exhibit 5?
14    A.   As Exhibit 5, yes.
15    Q.   What is the document marked as Exhibit 5?
16    A.   I believe this is a data card document,
17  and if I read the context, it is a request to take
18  the V pretrained model and adds some form of data to
19  it.  And this is a request -- this would be the
20  example of a data card that would need approval for
21  use.
22    Q.   What is a data card?
23    A.   A data card is basically a sheet like
24  this, and it lists the data source, the providence
25  of the source, where it resides in our servers, if

141

1  at all, comments associated with it.  And it seems
2  like there are a bunch of -- there are a host of
3  policy questions that are -- that the engineers have
4  to fill in when they want to include that data.  And
5  then it goes for approval if -- if it can be used.
6       Q.   Okay.  So the title of this document is
7  "Search training data for Gemini v3 pretrained
8  model."
9            Do you see that?
10      A.   Yes.
11      Q.   Okay.  A Gemini v3 pretrained model is a
12 model that Google uses throughout --
13      A.   Correct.
14      Q.   -- Google -- sorry.
15           A Gemini v3 training model is a model that
16 Google can use throughout all of Google; is that
17 correct?
18           ATTORNEY YEAGER:  Object to the form.
19           And, Phiroze, remember to give her a
20 second to finish the question and for me to object
21 before you respond.
22           THE WITNESS:  Yeah.
23 BY ATTORNEY AGUILAR:
24      Q.   So I'll try one more time.
25           Gemini v3 training -- Gemini 3 pretrained

142

1  model is a model that can be used throughout Google?
2       A.   Yes.
3       Q.   And then there's a heading called
4  "context."
5            Do you see that?
6       A.   Yes.
7       Q.   Okay.  And then the context reads:
8                 [As Read]  This document describes the
9            data used for training the Gemini v3
10           pretrained model, specifically the KI data
11           used in it.
12      A.   Mm-hmm.
13      Q.   KI data here refers to Search data;
14 correct?
15      A.   K&I.  Search is a part of it.
16      Q.   Yeah, and K&I data here refers to Search
17 data?
18      A.   Yeah.  It would have -- I don't know what
19 other data is in here.
20      Q.   Okay.  And then it says "LGTMs."
21           Does that mean look -- "Looks Good To
22 Mes"?
23      A.   Yes, it is.
24      Q.   And there are several reviewers listed
25 here.

143

1           Do you see that?
2      A.   Yes.
3      Q.   And these are the reviewers that would
4  have to approve the use of the data?
5      A.   Yes.
6      Q.   Okay.  And there's a lawyer listed here,
7  general counsel of Google DeepMind, Tom Lue?
8      A.   Mm-hmm.
9      Q.   Rich Lee, the product counsel for Search?
10     A.   Yes.
11     Q.   Jeff Dean, who's Gemini leadership?
12          Is Jeff Dean still at Google?
13     A.   It would be news if he were not.
14     Q.   And what is his role within Gemini?
15     A.   Chief scientist kind of role, I would
16  imagine so.  I don't exactly know.
17     Q.   Okay.  And then Koray Vinyals?
18     A.   Yeah.
19     Q.   And who is that?
20     A.   Actually, it's Koray -- I can't pronounce
21  the second one, the K one, and then Oriol Vinyals.
22     Q.   Okay.
23     A.   These are three people:  Jeff, Koray, and
24  Oriol.
25     Q.   Okay.  And Koray is who?