EXHIBIT F

1

1          UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF COLUMBIA

3

4    UNITED STATES OF AMERICA,     )
     et al.,                       )
5                                  )
              U.S. Plaintiffs,     )
6                                  )
         vs.                       )   CASE NO.
7                                  )   1:20-cv-03010-APM
     GOOGLE LLC,                   )
8                                  )
              Defendant.           )
9    _____)
                                   )
10   STATE OF COLORADO, et al.,    )
                                   )
11            U.S. Plaintiffs,     )
                                   )
12       vs.                       )   CASE NO.
                                   )   1:20-cv-0715-APM
13   GOOGLE LLC,                   )
                                   )
14            Defendant.           )
     _____)

15

16     ** HIGHLY CONFIDENTIAL - UNDER PROTECTIVE ORDER **

17        VIDEOTAPED DEPOSITION OF ELIZABETH REID

18               Palo Alto, California

19               Friday, March 7, 2025

20

     Stenographically Reported by:
21   HEATHER J. BAUTISTA, CSR, CRR, RPR, CLR
     Realtime Systems Administrator
22   California CSR License #11600
     Oregon CSR License #21-0005
23   Washington License #21009491
     Nevada CCR License #980
24   Texas CSR License #10725

25   Job No.:  2025-975121

12

1    Q.    When we last met, you led a group called

2    Search Journeys.  Does that group still exist?

3    A.    It does not.

4    Q.    Okay.

5          And when did Search Journeys cease to exist?

6    A.    In March 2024.

7    Q.    Okay.

8          So when your role changed, Search Journeys went

9    away?

10   A.    Um-hum.

11   Q.    Is there someone else that leads

12   Search Journeys today?

13   A.    No.

14   Q.    Your team, in a broad sense, is responsible for

15   building out Google's core Search experience; correct?

16   A.    That is correct.

17   Q.    And you've worked at Google since you graduated

18   college; correct?

19   A.    A month after, but yes.  Yes.

20   Q.    Google was your first job outside of college;

21   correct?

22   A.    It was my first job postcollege, yes.

23   Q.    Today I'd like to talk about, at least in the

24   beginning, some of the ways, since we last met in 2023,

25   that Search has stayed the same and some ways that

13

1    Search has changed, broadly speaking.

2            So when we last met in 2023 in -- at the

3    liability trial in Washington, D.C., Google had just

4    launched a product called Bard.  I'd like to talk about

5    Bard for a bit and what Bard has evolved into today.

6            So first of all, what was Bard or what is Bard?

7            MR. SMURZYNSKI:  Objection to the form.

8            THE WITNESS:  Can you say a little bit more.

9        Q.    (By Mr. Dahlquist)  Certainly.

10            When we last met, Google had just launched a

11    product called Bard.

12            Do you recall that, around 2023?

13        A.    Yes, I do.

14        Q.    At the time in 2023, what was Bard?

15        A.    It was a product in which you could -- some

16    level it was a chatbot that you could interact with, a

17    large language model.  It was not my -- my team's

18    responsibility, so I wouldn't give the official

19    definition or how they describe it.

20        Q.    Okay.

21        A.    But that was --

22            (Stenographer clarification.)

23            THE WITNESS:  -- at its heart was this chatbot

24    experience.

25        Q.    (By Mr. Dahlquist)  Does Bard still exist

14

1    today?

2         A.    It is known by a different name externally, but

3    the product still exists, yes.

4         Q.    Did Bard become Gemini?

5         A.    Became the Gemini app, yes.

6         Q.    Okay.

7               So the Bard product that was launched in 2023

8    has evolved into what is today the Gemini app?

9         A.    Yes.

10        Q.    You described Bard as a form of a chatbot; is

11   that correct?

12        A.    Yes.

13        Q.    How do you define the word "chatbot"?

14        A.    I don't know that I have a great definition,

15   but this ability to sort of -- you typically type

16   something in.  It replies in a way that feels -- in sort

17   of the chatty messages style, as if you were talking

18   with another human.  It tends to have that response.

19   And so it tends to be more of a -- it's a back-and-forth

20   product, and it is responding with the large language

21   model's output on it, but there's a -- I don't -- sort

22   of an intangible thing about what makes it feel like

23   it's a chatty thing, as opposed to just a computer

24   program responding.

25        Q.    All right.

15

1          So a chatbot, I've sometimes seen the word like

2    "conversational interface."  It's something you can talk

3    to?

4        A.    I think a conversational interface is a piece

5    of it, but I think when most people think about

6    conversation, they also think about there's a style of

7    something that feels conversational.  The -- the sort of

8    tone and manner in which you respond has somewhat of a

9    human-like feel to it, which is different than you can

10   ask a question and there's a response, but it doesn't

11   necessarily feel like you're talking to a human in the

12   same way.

13       Q.    Would you describe the Gemini app today as a

14   chatbot?

15       A.    Largely still is a chatbot, yes.

16       Q.    Okay.

17          So Bard has evolved from what it was

18   previously, to today becoming the Gemini app; correct?

19       A.    Yes.

20       Q.    Okay.

21          (Stenographer clarification.)

22       Q.    (By Mr. Dahlquist)  The technology -- well, let

23   me -- you're going to correct me on this question;

24   that's totally fine.  This is where your expertise is

25   far superior to mine.

16

1          The Bard -- the Bard chatbot, at the time, was

2    backed up by LLMs that went under the Bard family name;

3    is that correct?

4          MR. SMURZYNSKI:  Objection to the form.

5          THE WITNESS:  I don't know what you mean by

6    "the Bard family name."

7      Q.   (By Mr. Dahlquist)  Sure.

8          What large language model supported the Bard

9    product?

10          MR. SMURZYNSKI:  At what time?

11          MR. DAHLQUIST:  2023.

12          THE WITNESS:  At the time, Google built a class

13    of foundational models on large language models and the

14    Bard system used that.  It's long enough ago and the

15    models have shifted enough that I wouldn't be able to

16    exactly clarify which version they were, without looking

17    it up.

18      Q.   (By Mr. Dahlquist)  To the best of your

19    recollection, did the PaLM LLM model support the Bard

20    product?

21      A.   To my recollection, it did at some point, but I

22    don't remember when it changed.

23      Q.   Today, with the Gemini app, what large language

24    model supports the Gemini app, to the best of your

25    knowledge?

17

1       A.    A class of models that go under the Gemini

2    name.  Which versions, I don't know.  You would have to

3    ask the Gemini team.

4       Q.    Okay.

5             And who -- in the structure of Google, who does

6    the Gemini team report to?

7       A.    You have to be more specific about "Gemini

8    team."  The -- the Gemini app, or the foundational

9    models, or -- what piece?

10      Q.    Let's start with the Gemini app?

11      A.    It reports to Sissie Hsiao.

12      Q.    And does Sissie report directly to Mr. Fox?

13      A.    She does not.

14      Q.    Who does Mr. -- who does Ms. Hsiao report to?

15      A.    She currently reports to Demis.

16      Q.    And the Gemini LLM models, where does that

17   reporting structure report up through?

18      A.    The Gemini LLM models report to Kari, who also

19   reports to Demis.

20      Q.    Okay.

21            The Gemini name is used by Google, both as a

22   family of LLM models, and as external branding; is that

23   correct?

24      A.    That is correct.

25      Q.    Okay.

209

1   good for users and then we roll out.

2           So there's a -- there's a period of time from

3   when the Gemini V3 model is first built to when Search

4   is using a V3 derived model.

5       Q.   (By Mr. Dahlquist)   Okay.

6           Looking at the document, Reid Exhibit 10, are

7   you familiar with this document?

8       A.   Not off the top of my head.

9       Q.   You're clearly familiar with the content to

10  which the document discusses; correct?

11      A.   At a high level, yes.

12      Q.   Okay.

13          Turning to Page 910, Number 6, "Output

14  quality."

15          Do you see that heading?

16      A.   Yes.

17      Q.   I just want to ask you a couple questions about

18  the bullet points under 6, 7, and 8 here on this page.

19          So on 6, "Output quality," looking at 6(b), it

20  says, "Currently, we are closing the quality gap using

21  improvements in Magit on V2-S."

22          Do you see that statement?

23      A.   Yes.

24      Q.   The next sentence says, "However, V2-S has

25  latency and cost profile that cannot scale to all of

210

1    Magi."

2           Do you see that statement?

3      A.   I do.

4      Q.   Do you agree with that statement?

5      A.   The V2-S latency and cost profile would not

6    scale to all of Magi, yes.

7      Q.   Looking down to 6(d), states, "Pretraining data

8    can make key differences here."  It says, "See below,"

9    which we'll get to.

10          But do you agree with that statement, that

11   pretraining data can make a key difference here?

12     A.   I think it was a -- it was a theory that it

13   would make a difference.  I think with -- to the point

14   about latency, we have a challenge if you compare our

15   helpfulness of an AI Overview to somebody else's

16   response, in that we are going to be held, on Search, to

17   a much lower latency bar, which implies a much smaller

18   model.  And it is harder to have a smaller model have as

19   good an answer as a larger model.

20     Q.   Okay.

21     A.   So if we are going to try and have our smaller

22   model as good as somebody else's medium-sized model,

23   then we have to be really smart.  And we got to figure

24   out how to make it great.

25          And so the -- this was a -- let me just go to

211

1    the -- okay.

2            This was a draft in August between a set of

3    folks on Search for both the Search team and the

4    GDM team that built the underlying V3 model to think

5    about how, across the two teams, we could make the next

6    version of Search built on Gemini V3 stronger, and here

7    are a variety of different sort of requirements and

8    mechanisms to --

9            (Stenographer clarification.)

10           THE WITNESS:  -- investigate.

11       Q.   (By Mr. Dahlquist)  So moving down to Number 8,

12   "Pretraining data," under 8(a), it states,

13   "Significantly better pretraining data can help us

14   achieve quality objectives."

15           Do you agree with that statement?

16       A.   I don't think we knew for sure.  I think that

17   was the hope, that it may be a means to help us achieve

18   it.

19       Q.   Do you think that from August 2024 to today,

20   you're able to say is -- was that goal met, or were you

21   able to confirm that belief, that pretraining data

22   helped you achieve quality objectives?

23       A.   I don't know which of these ideas around

24   pretraining data were implemented, and I also don't know

25   that we know -- I certainly don't know how much

212

1   pretraining versus other techniques improve the quality

2   of V3.

3          V3 was materially better.  I do not actually

4   know if we built a V3 XS dedicated to Search or not as

5   well.

6      Q.   That was my next question, which the next

7   sentence says, "We can get high-quality search data if

8   we build V3 XS dedicated to Search."

9          What does that sentence mean?

10     A.   So we cannot use most Search data in the

11  foundational model because the foundational model is

12  used by non-Search systems.  So by policy, we do not use

13  that.

14         If nobody else is going to use the Gemini

15  foundational model of XS besides us anyway, then perhaps

16  from the ground up, we could build it as a Search-only

17  model instead of building a foundational model for

18  everyone and then customizing for Search.

19         So most -- I don't know if anyone else uses the

20  XS models, period, or if we are the only one using it.

21  And I don't know whether or not we decided to build a

22  V3 XS foundational model just for Search and then

23  customize on top or we built a generic V3 XS and --

24         (Stenographer clarification.)

25         THE WITNESS:  I don't know if we built a

213

1    foundational model exclusively for Search that we then

2    customized on top or we built a generic foundational

3    model that we then customized on top.

4        Q.   (By Mr. Dahlquist)  Who at Google would know

5    which model was built?

6        A.   Several of the people on this.  Koray would

7    know, Cheenu would probably know, Steve Baker would

8    certainly know.

9        Q.   Okay.

10           That sentence uses the term "high-quality

11   search data."

12           How do you define that term or what does that

13   term mean?

14           MR. SMURZYNSKI:  Objection to the form.

15           THE WITNESS:  They list some examples below

16   that they were thinking of.  Based on the example below,

17   this is -- one, it could be web documents that cannot be

18   used in the foundational model but could be used in the

19   Search model.  It can also be Search quality signals,

20   for instance --

21           (Stenographer clarification.)

22           THE WITNESS:  Navboost queries.

23       Q.   (By Mr. Dahlquist)  Okay.

24           Looking in the same section, 8(a)(i), under the

25   examples that it gives, what is GCC?

214

1      A.    I think it is Google Common Corpus, but I don't

2    know for sure.

3      Q.    And it says "GCC data (because of GE)."

4            What is GE?

5      A.    Google-Extended opt-out.

6      Q.    Okay.  Okay.  All right.

7            I think we're done with that document.  Thank

8    you.

9            (Exhibit 11 was marked for identification.)

10     Q.    (By Mr. Dahlquist)  All right.

11           We are changing gears.  We've handed you a

12   document marked as Reid Exhibit 11, which is a couple

13   pages of an e-mail dated April 22, 2023.  It is Bates

14   stamp GOOG-DOJ-33771217 through 1219.  Take a minute to

15   review and let me know when you're ready.

16     A.    Okay.

17     Q.    The heading of Exhibit 11 is "Snap GenAI

18   project update April 2023"; is that right?

19     A.    Yes.

20     Q.    Is "Snap" here referring to Snapchat?

21     A.    It's referring to the company that owns

22   Snapchat.

23     Q.    Snap is a reference to the company that owns

24   Snapchat app.

25     A.    That is my belief.

215

1    Q.    Okay.

2          What is, at a high level -- and we'll dive into

3    some of the statements.  What is the GenAI project that

4    is at least being considered or tested between Google

5    and Snapchat in Reid Exhibit 11?

6    A.    This was a -- this was a project between Cloud

7    and Snap that we consulted or probably provided some

8    support for but were not largely driving.

9    Q.    And you forwarded this e-mail in April 2023 to

10   your then-direct report, Mr. Raghavan; correct?

11   A.    Yes.

12   Q.    And do you recall why were you forwarding this

13   to Mr. Raghavan?

14   A.    I don't know.  It could have been any number of

15   reasons.

16   Q.    Sure.

17         Going to the e-mail that you forwarded from

18   Alistair C-o-n-n-a-l?

19   A.    Yes.

20   Q.    It states, "Our engagement with Snap continues

21   to move forward."

22         Do you see that sentence?

23   A.    Yes.

24   Q.    Do you have an understanding what the

25   engagement with Snap was?