# EXHIBIT G

| | |
|---|---|
| **From:** | Herrmann, Karl (ATR) |
| **To:** | Natalie Peelish |
| **Cc:** | Struve, Ryan S. (ATR); Austin Ostiguy; Barkey, Devin (ATR); Benjamin Greenblum; Brian Wang; Cari Jeffries; William F. Cavanaugh; Chapman, Travis (ATR); Christopher Yeager; Christopher Knight; Colette Connor; Dahlquist, David (ATR); diamante.smith@oag.texas.gov; Elizabeth maxeiner; Gloria Maier; Graham Safty; John Schmidtlein; Jon Sallet; Kenneth Smurzynski; Choksi, Kunal (NC); Istrail, Lee; Matthew McGinnis; Onyema, Veronica (ATR); Mark S. Popofsky; Kathleen Ratcliffe; Franklin Rubinstein; Sarah Mader; Michael Schwartz; Severt, Adam T. (ATR); Michael Sommer; Thomas Ryan; Tyler Corcoran |
| **Subject:** | Re: [EXTERNAL] RE: Plaintiffs' Third Joint Request for Production of Documents |
| **Date:** | Monday, February 24, 2025 11:03:57 AM |

Counsel,

We write to follow up on our meet and confer. With respect to the below questions we asked at the M&C, we ask for Google's responses by tomorrow:

- Please provide ballpark figures as to the number of data fields with respect to RFP Nos. 6-8.
- Please let us know whether Google accepts our compromise offer on RFP No. 8, to provide the data fields and data dictionary for the data as processed prior to use to train the models listed in (a)-(d).
- For RFP Nos. 13, 14, 19, 21, 22, 25, 29, 30, and 32, please confirm whether Google undertakes an additional search beyond the scope describe in Google's Objections and Responses and, if any, describe.

Additionally, Plaintiffs propose the following compromises to resolve other potential disputes:

- For RFP No. 9, we seek User-Side Data as it is used in Google's entire Search Index, and not just web crawl index. If Google can clarify whether User-Side Data is used in Google's Knowledge Graph, Google's response may suffice depending upon the answer.
- For RFP No. 7, we are amenable to Google only providing responses with respect to 7(b) and 7(g).

Finally, after reviewing Google's production, Plaintiffs would like to meet and confer to discuss the scope of Google's response to Plaintiffs Second Joint Request for the Production of Documents Nos. 14, 15, and 16, as well as Plaintiffs Third Joint Request Nos. 13, 29, 30, and 32. In order to be as efficient as possible, Plaintiffs would like to propose that Google make certain portions of its intranet available for inspection and copying.

We are available Wednesday to meet and confer if necessary. We ask for your response to our compromise offers by tomorrow.

Best,
Karl

On Feb 12, 2025, at 4:36 PM, Peelish, Natalie <NPeelish@wc.com> wrote:

Karl:

10:30am ET tomorrow works for us to meet and confer. Please circulate a dial-in.

Thanks,

**Natalie Peelish**
**Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
(P) 202-434-5598 | (F) 202-434-5029
npeelish@wc.com | www.wc.com

---

**From:** Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>
**Sent:** Wednesday, February 12, 2025 3:53 PM
**To:** Peelish, Natalie <NPeelish@wc.com>; Struve, Ryan S. (ATR)
<Ryan.Struve@usdoj.gov>; Austin Ostiguy <Austin.Ostiguy@ag.tn.gov>; Barkey, Devin
(ATR) <Devin.Barkey@usdoj.gov>; Greenblum, Benjamin <BGreenblum@wc.com>;
Brian Wang <Brian.Wang@doj.ca.gov>; Cari Jeffries (Cari.Jeffries@doj.ca.gov)
<Cari.Jeffries@doj.ca.gov>; Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>;
Chapman, Travis (ATR) <Travis.Chapman@usdoj.gov>; Yeager, Christopher
<CYeager@wc.com>; Christopher Knight <Christopher.Knight@myfloridalegal.com>;
Connor, Colette <CConnor@wc.com>; Dahlquist, David (ATR)
<David.Dahlquist@usdoj.gov>; diamante.smith@oag.texas.gov; Elizabeth maxeiner
<Elizabeth.maxeiner@ilag.gov>; Maier, Gloria <GMaier@wc.com>; Safty, Graham
<GSafty@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Jon Sallet
<Jon.Sallet@coag.gov>; Smurzynski, Kenneth <KSmurzynski@wc.com>; Choksi, Kunal
(NC) <kchoksi@ncdoj.gov>; Istrail, Lee <Lee.Istrail@myfloridalegal.com>; 'McGinnis,
Matthew' <Matthew.McGinnis@ropesgray.com>; Onyema, Veronica (ATR)
<Veronica.N.Onyema@usdoj.gov>; 'Popofsky, Mark S.'
<Mark.Popofsky@ropesgray.com>; Ratcliffe Kathleen
<Kathleen.Ratcliffe@OhioAGO.gov>; 'Rubinstein, Franklin' <frubinstein@wsgr.com>;
Sarah Mader <Sarah.Mader@OhioAGO.gov>; Schwartz, Michael
<Michael.Schwartz@ag.ny.gov>; Severt, Adam T. (ATR) <Adam.Severt@usdoj.gov>;
'Sommer, Michael' <msommer@wsgr.com>; Ryan, Thomas <TRyan@wc.com>; Tyler
Corcoran <Tyler.Corcoran@ag.tn.gov>
**Subject:** RE: Plaintiffs' Third Joint Request for Production of Documents

Counsel,

Can you please let us know today whether you are available to meet and confer
tomorrow (2/13) from 10:30-11:30am ET?

Thank you,

Karl

---

**From:** Herrmann, Karl (ATR)
**Sent:** Tuesday, February 11, 2025 11:12 AM
**To:** Peelish, Natalie <NPeelish@wc.com>; Struve, Ryan S. (ATR)
<Ryan.Struve@usdoj.gov>; Austin Ostiguy <Austin.Ostiguy@ag.tn.gov>; Barkey, Devin
(ATR) <Devin.Barkey@usdoj.gov>; Greenblum, Benjamin <BGreenblum@wc.com>;
Brian Wang <Brian.Wang@doj.ca.gov>; Cari Jeffries (Cari.Jeffries@doj.ca.gov)
<Cari.Jeffries@doj.ca.gov>; Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>;
Chapman, Travis (ATR) <Travis.Chapman@usdoj.gov>; Yeager, Christopher
<CYeager@wc.com>; Christopher Knight <Christopher.Knight@myfloridalegal.com>;
Connor, Colette <CConnor@wc.com>; Dahlquist, David (ATR)
<David.Dahlquist@usdoj.gov>; diamante.smith@oag.texas.gov; Elizabeth maxeiner
<Elizabeth.maxeiner@ilag.gov>; Maier, Gloria <GMaier@wc.com>; Safty, Graham
<GSafty@wc.com>; Schmidtlein, John <JSchmidtlein@wc.com>; Jon Sallet
<Jon.Sallet@coag.gov>; Smurzynski, Kenneth <KSmurzynski@wc.com>; Choksi, Kunal
(NC) <kchoksi@ncdoj.gov>; Istrail, Lee <Lee.Istrail@myfloridalegal.com>; 'McGinnis,
Matthew' <Matthew.McGinnis@ropesgray.com>; Onyema, Veronica (ATR)
<Veronica.N.Onyema@usdoj.gov>; 'Popofsky, Mark S.'
<Mark.Popofsky@ropesgray.com>; Ratcliffe Kathleen
<Kathleen.Ratcliffe@OhioAGO.gov>; 'Rubinstein, Franklin' <frubinstein@wsgr.com>;
Sarah Mader <Sarah.Mader@OhioAGO.gov>; Schwartz, Michael
<Michael.Schwartz@ag.ny.gov>; Severt, Adam T. (ATR) <Adam.Severt@usdoj.gov>;
'Sommer, Michael' <msommer@wsgr.com>; Ryan, Thomas <TRyan@wc.com>; Tyler
Corcoran <Tyler.Corcoran@ag.tn.gov>
**Subject:** RE: Plaintiffs' Third Joint Request for Production of Documents

Natalie,

Plaintiffs request to meet-and-confer regarding Google's R&Os. We are available on
Thursday from 10:30-11:30am ET.

Best,
Karl

---

**From:** Peelish, Natalie <NPeelish@wc.com>
**Sent:** Monday, February 10, 2025 9:25 PM
**To:** Struve, Ryan S. (ATR) <Ryan.Struve@usdoj.gov>; Austin Ostiguy
<Austin.Ostiguy@ag.tn.gov>; Barkey, Devin (ATR) <Devin.Barkey@usdoj.gov>;
Greenblum, Benjamin <BGreenblum@wc.com>; Brian Wang
<Brian.Wang@doj.ca.gov>; Cari Jeffries (Cari.Jeffries@doj.ca.gov)
<Cari.Jeffries@doj.ca.gov>; Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>;
Chapman, Travis (ATR) <Travis.Chapman@usdoj.gov>; Yeager, Christopher
<CYeager@wc.com>; Christopher Knight <Christopher.Knight@myfloridalegal.com>;
Connor, Colette <CConnor@wc.com>; Dahlquist, David (ATR)

<David.Dahlquist@usdoj.gov>; diamante.smith@oag.texas.gov; Elizabeth maxeiner <Elizabeth.maxeiner@ilag.gov>; Maier, Gloria <GMaier@wc.com>; Safty, Graham <GSafty@wc.com>; Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; Schmidtlein, John <JSchmidtlein@wc.com>; Jon Sallet <Jon.Sallet@coag.gov> Smurzynski, Kenneth <KSmurzynski@wc.com>; Choksi, Kunal (NC) <kchoksi@ncdoj.gov>; Istrail, Lee <Lee.Istrail@myfloridalegal.com>; 'McGinnis, Matthew' <Matthew.McGinnis@ropesgray.com>; Onyema, Veronica (ATR) <Veronica.N.Onyema@usdoj.gov>; 'Popofsky, Mark S.' <Mark.Popofsky@ropesgray.com>; Ratcliffe Kathleen <Kathleen.Ratcliffe@OhioAGO.gov>; 'Rubinstein, Franklin' <frubinstein@wsgr.com>; Sarah Mader <Sarah.Mader@OhioAGO.gov>; Schwartz, Michael <Michael.Schwartz@ag.ny.gov>; Severt, Adam T. (ATR) <Adam.Severt@usdoj.gov>; 'Sommer, Michael' <msommer@wsgr.com>; Ryan, Thomas <TRyan@wc.com>; Tyler Corcoran <Tyler.Corcoran@ag.tn.gov>

**Subject:** [EXTERNAL] RE: Plaintiffs' Third Joint Request for Production of Documents

Counsel:

Please find attached Google's R&Os to Plaintiffs' Joint Third Request for Production.

Regards,

**Natalie Peelish**
**Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
(P) 202-434-5598 | (F) 202-434-5029
npeelish@wc.com | www.wc.com

---

**From:** Struve, Ryan S. (ATR) <Ryan.Struve@usdoj.gov>
**Sent:** Monday, January 27, 2025 4:27 PM
**To:** Austin Ostiguy <Austin.Ostiguy@ag.tn.gov>; Barkey, Devin (ATR) <Devin.Barkey@usdoj.gov>; Greenblum, Benjamin <BGreenblum@wc.com>; Brian Wang <Brian.Wang@doj.ca.gov>; Cari Jeffries (Cari.Jeffries@doj.ca.gov) <Cari.Jeffries@doj.ca.gov>; Cavanaugh, William F. (x2793) <wfcavanaugh@pbwt.com>; Chapman, Travis (ATR) <Travis.Chapman@usdoj.gov>; Yeager, Christopher <CYeager@wc.com>; Christopher Knight <Christopher.Knight@myfloridalegal.com>; Connor, Colette <CConnor@wc.com>; Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; diamante.smith@oag.texas.gov; Elizabeth maxeiner <Elizabeth.maxeiner@ilag.gov>; Maier, Gloria <GMaier@wc.com>; Safty, Graham <GSafty@wc.com>; Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; Schmidtlein, John <JSchmidtlein@wc.com>; Jon Sallet <Jon.Sallet@coag.gov> Smurzynski, Kenneth <KSmurzynski@wc.com>; Choksi, Kunal (NC) <kchoksi@ncdoj.gov>; Istrail, Lee <Lee.Istrail@myfloridalegal.com>; 'McGinnis, Matthew' <Matthew.McGinnis@ropesgray.com>; Onyema, Veronica (ATR) <Veronica.N.Onyema@usdoj.gov>; Peelish, Natalie <NPeelish@wc.com>; 'Popofsky,

Mark S.' <Mark.Popofsky@ropesgray.com>; Ratcliffe Kathleen
<Kathleen.Ratcliffe@OhioAGO.gov>; 'Rubinstein, Franklin' <frubinstein@wsgr.com>;
Sarah Mader <Sarah.Mader@OhioAGO.gov>; Schwartz, Michael
<Michael.Schwartz@ag.ny.gov>; Severt, Adam T. (ATR) <Adam.Severt@usdoj.gov>;
'Sommer, Michael' <msommer@wsgr.com>; Struve, Ryan S. (ATR)
<Ryan.Struve@usdoj.gov>; Ryan, Thomas <TRyan@wc.com>; Tyler Corcoran
<Tyler.Corcoran@ag.tn.gov>
**Subject:** Plaintiffs' Third Joint Request for Production of Documents

Counsel,

Please find attached Plaintiffs' Third Joint Request for Production of Documents.

Best,
Ryan

Ryan S. Struve, Esq.
Trial Attorney
U.S. Department of Justice, Antitrust Division
Technology and Digital Platforms Section
450 5th Street NW, Suite 7100
Washington, DC 20530
ryan.struve@usdoj.gov
O: (202) 514-4890
C: (202) 705-6346

---

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.