# EXHIBIT H

LAW OFFICES

# WILLIAMS & CONNOLLY LLP®

CHRISTOPHER A. YEAGER
(202) 434-5621
cyeager@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
(202) 434-5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

March 13, 2025

**HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

<u>Via Email</u>

Diana A. Aguilar Aldape
U.S. Department of Justice
450 Fifth Street NW, Suite 7100
Washington, DC 20530
diana.aguilar@usdoj.gov

      Re:    *United States, et al. v. Google LLC*, No. 20-cv-3010-APM (D.D.C.) & *State of Colorado, et al. v. Google LLC*, No. 20-cv-3715-APM (D.D.C.)

Dear Diana:

      I write with respect to Document Request 8 of Plaintiffs' Third Joint Set of Requests for Production, which was one of the topics discussed at the status conference on March 10, 2025. In response to Request No. 9 of Plaintiffs' Second Joint Set of Requests for Production, Google produced the documents listed in Appendix A; that is, the model or data cards for AI Overviews, AI Mode, and the Gemini chatbot. The meta-data for those cards list Google as the custodian. We have confirmed that all of the documents set forth in Appendix A are final. The documents collectively contain hundreds of links, which can be collected, if at all, only through a burdensome process that must be performed manually. Nonetheless, as discussed at Monday's hearing, Google is willing to consider reasonable requests for files linked in the documents appearing in Appendix A.

      I note that beyond the cards that were collected to satisfy Request No. 9 of Plaintiffs' Second Joint Set of Requests for Production, Plaintiffs' search terms hit upon more than two dozen additional documents that take the form of model or data cards, whether in draft form or otherwise. The meta-data for these cards indicate the Google personnel from whom they were collected. Google produced those cards in accordance with its general discovery obligations and Google makes no representation as to whether those cards are final or not.

WILLIAMS & CONNOLLY LLP

March 13, 2025
Page 2

 Sincerely,

 */s/ Christopher Yeager*

 Christopher A. Yeager

WILLIAMS & CONNOLLY LLP

March 13, 2025
Page 3

## Appendix A

GOOG-DOJ-34920486
GOOG-DOJ-34920487
GOOG-DOJ-34920488
GOOG-DOJ-34920489
GOOG-DOJ-34920490
GOOG-DOJ-34920491
GOOG-DOJ-34920492
GOOG-DOJ-34920493
GOOG-DOJ-34920494
GOOG-DOJ-34920495
GOOG-DOJ-34920496
GOOG-DOJ-34920497
GOOG-DOJ-34920498
GOOG-DOJ-34920499
GOOG-DOJ-34920500
GOOG-DOJ-34920501
GOOG-DOJ-34920502
GOOG-DOJ-34920503
GOOG-DOJ-34920504
GOOG-DOJ-34920505
GOOG-DOJ-34920506
GOOG-DOJ-34920507
GOOG-DOJ-34920508
GOOG-DOJ-34920509
GOOG-DOJ-34920510
GOOG-DOJ-34920511
GOOG-DOJ-34920512
GOOG-DOJ-34920513
GOOG-DOJ-34920514
GOOG-DOJ-34920515
GOOG-DOJ-34920516
GOOG-DOJ-34920517
GOOG-DOJ-34920518
GOOG-DOJ-34920519
GOOG-DOJ-34920520
GOOG-DOJ-34920521
GOOG-DOJ-34920522
GOOG-DOJ-34920523
GOOG-DOJ-34920524
GOOG-DOJ-34920525
GOOG-DOJ-34920526

WILLIAMS & CONNOLLY LLP

March 13, 2025
Page 4

GOOG-DOJ-34920527
GOOG-DOJ-34920528
GOOG-DOJ-34920529
GOOG-DOJ-34920530
GOOG-DOJ-34920531
GOOG-DOJ-34920532
GOOG-DOJ-34920533
GOOG-DOJ-34920534
GOOG-DOJ-34920535
GOOG-DOJ-34920536
GOOG-DOJ-34920537
GOOG-DOJ-34920538
GOOG-DOJ-34920539
GOOG-DOJ-34920540
GOOG-DOJ-34924457
GOOG-DOJ-34931013
GOOG-DOJ-34924465
GOOG-DOJ-34924466
GOOG-DOJ-34924467
GOOG-DOJ-34924483
GOOG-DOJ-34924506
GOOG-DOJ-34924507
GOOG-DOJ-34924530
GOOG-DOJ-34924537