# EXHIBIT J



U.S. Department of Justice

Antitrust Division

*Diana A. Aguilar*
*U.S. Department of Justice, Antitrust Division*
*San Francisco Office*
*450 Golden Gate Ave., Suite 10-0101*
*San Francisco, CA 94102*
*diana.aguilar@usdoj.gov*

March 14, 2025

**BY EMAIL**

Christopher A. Yeager, Esq.
Williams & Connolly LLP
680 Maine Avenue SW
Washington, DC 20024

Dear Mr. Yeager,

We are disappointed in Google's approach to this matter. Plaintiffs clearly communicated that Google's response in its R&Os was unacceptable – not only did Plaintiffs propose a compromise offer after the meet and confer regarding Google's R&Os (*see* February 24, 2025 email from K. Herrmann to N. Peelish), but when Google declined that offer, Plaintiffs raised the issue in the March 7, 2025 Joint Status Report. The Court provided clear instructions for Google to confirm or *pull* responsive data cards. Expert reports are due today, and Google is refusing to follow this unambiguous command. Google, instead, now argues that it has met its discovery obligations because it included an objection as to scope in its R&Os. However, during the hearing, the Court rejected Google's scope objection by expressly indicating that Google would need to "pull" additional documents. Google's counsel agreed, and at no point indicated that Google would not endeavor to pull additional final datacards.

We seek to meet and confer either tomorrow or Sunday at 11 AM EST to discuss whether Google will comply with the Court's direction.

Sincerely,

*/s/ Diana A. Aguilar*