## **CERTIFICATE OF SERVICE**

     I hereby certify that on March 20, 2025, the foregoing Joint Status Report Regarding Discovery Dispute was filed electronically under seal using the CM/ECF system and distributed electronically to the counsel of record identified in the Amended Case Management Order entered in this case on February 3, 2021 (ECF Nos. 108-1 and 141).


Dated: March 20, 2025                           By:     */s/ Karl E. Herrmann*
                                                               Karl E. Herrmann (D.C. Bar #1022464)
                                                               U.S. Department of Justice, Antitrust Division
                                                               Technology and Digital Platforms Section
                                                               450 Fifth Street, NW
                                                               Washington, DC 20001
                                                               Telephone: (202) 476-0316
                                                               Karl.herrmann@usdoj.gov

                                                               *Counsel for Plaintiff United States of America*