AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America, et. al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-03010-APM |
| Google LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of Maryland.

Date:   03/24/2025

/s/ Melissa L. English
*Attorney's signature*

Melissa L. English, #19864
*Printed name and bar number*

Antitrust Division
Office of Maryland Attorney General
200 St. Paul Place, 19th Floor
Baltimore, MD 21202
*Address*

menglish@oag.state.md.us
*E-mail address*

(410) 576-6513
*Telephone number*

(410) 576-7830
*FAX number*