UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No. 20-cv-3010 (APM) |
| STATE OF COLORADO, et al.,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No. 20-cv-3715 (APM) |

## AMENDED ORDER

Based on the parties' Joint Status Report, ECF No. 1196, and Apple's Response, ECF No. 1197, the court orders the following with regard to further proceedings in this matter:

The court adopts the process proposed by the parties in Part I.A.1.a (Redactions Prior to the Evidentiary Hearing) and Part I.A.1.c (Presentations and Examinations). The court reserves ruling as to Part I.A.1.b (Confidentiality Designations During the Evidentiary Hearing) pending resolution of the New York Times Company's Motion for Access to Judicial Records and Proceedings, ECF No. 1192.

Any amicus affidavit(s) that the court has granted leave to file, with the exception of Eddy Cue's, shall be due by **April 21, 2025**, and shall be no more than **10** pages, double-spaced.

If Mr. Cue is not called to testify at the Evidentiary Hearing, the court shall set a separate deadline for his affidavit.

Each side may introduce no more than **300** exhibits.  That limitation shall <u>not</u> apply to: (1) exhibits admitted during the liability trial; (2) exhibits introduced during a deposition; (3) contracts; (4) data files; (5) written discovery responses; and (6) documents for which Google employee Heather Adkins is a custodian.[1]

Each side shall file their opening post-hearing submissions by **May 16, 2025**, and their responsive post-hearing submissions by **May 23, 2025**.

The parties' post-hearing submissions shall adhere to the following page limits, double-spaced:

| | |
|---|---|
| Proposed Findings of Fact | **250** pages |
| Combined Brief & Proposed Conclusions of Law | **75** pages |
| Responsive Proposed Findings of Fact | **75** pages |
| Combined Brief & Responsive Proposed Conclusions of Law | **25** pages |

Per the court's Order of March 11, 2025, ECF No. 1186, any amicus brief(s) that the court has granted leave to file shall be due by **May 9, 2025**, and shall be no more than **20** pages, double-spaced.

By **April 14, 2025**, the parties shall submit to chambers summaries of the reports of experts who are expected to testify, each of which shall be no more than 15 pages, double-spaced.

Dated:  March 28, 2025

Amit P. Mehta
United States District Judge

---

[1] Given that the deadline to exchange exhibit lists is March 28, 2025, the parties may stipulate to an extension of that deadline, or, in the event an agreement cannot be reached, seek leave of court.