IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

**JOINT PROPOSED ORDER ON POSTING OF HEARING MATERIALS**

Having considered the positions of the parties and Intervenor The New York Times Company, ECF No. 1192, the Court hereby orders:

    I.    The limitations and procedures set forth in ECF Nos. 725, 750, and the October 18, 2023 Minute Order regarding the procedure for proposed closed-session testimony remain in effect during the Evidentiary Hearing scheduled for April 21, 2025 through May 9, 2025.

    II.    Transcripts of Closed Sessions.

        A.    In the event of any courtroom closure, the parties (and where relevant, third parties), within 72 hours of receiving the sealed transcript of the

closed session from the court reporter, shall review the transcript of the closed session and propose redactions to the Court, and the Court shall then independently review the proposed redactions and determine whether they comport with the *Hubbard* factors, ordering the release of any portions that do not.

SO ORDERED.

Dated: _____, 2025

_____
Amit P. Mehta
Unites States District Court Judge