AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | ) |
| *Plaintiff* | ) |
| v. | ) |
| GOOGLE LLC | ) |
| *Defendant* | ) |

Case No.    1:20-cv-03715; 1:20-cv-03010

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Matthew J. Platkin, Attorney General of the State of New Jersey                    .

Date:     03/28/2025

*Abiola G. Miles*

*Attorney's signature*

Abiola G. Miles, New Jersey Bar No. 107352015

*Printed name and bar number*
New Jersey Attorney General Matthew Platkin
Division of Law
25 Market St., PO Box 106, Trenton, NJ 08625-0106

*Address*

abiola.miles@law.njoag.gov

*E-mail address*

(609) 376-2383

*Telephone number*

(609) 984-2523

*FAX number*