**List of Anticipated Live Witnesses**

Plaintiffs' List:

1. Epstein, Adam (adMarketplace – Co-CEO and President)

2. Fitzgerald, Peter (Google – VP of Platforms and Devices Partnerships, Global Partnerships)

3. Hsiao, Sissie (Google – GM of Gemini App)

4. Provost, Brian (Yahoo – Senior VP and GM, Yahoo Search)

5. Samat, Sameer (Google – VP of Product Management, Products and Devices)

6. Schechter, Michael (Microsoft – VP of Growth, Bing)

7. Shevelenko, Dmitry (Perplexity – Chief Business Officer)

8. Tabriz, Parisa (Google – VP of Engineering and GM for Chrome)

9. Turley, Nick (OpenAI – Head of Product, ChatGPT)

10. Vallez, Paul (Skai – Executive VP Strategic Business Development & Product Partnerships)

11. Weinberg, Gabriel (DuckDuckGo – CEO)

12. Chipty, Tasneem (Expert – Founder and Managing Principal, Chipty Economics, LLC)

13. Durrett, Greg (Expert – Associate Professor at The University of Texas at Austin)

14. Evans, David (Expert – Professor of Computer Science at the University of Virginia)

15. Locala, David (Expert – Former Head of Global Technology M&A at Citi)

16. Luca, Michael (Expert – Professor at the Johns Hopkins University Carey Business School)

17. Mickens, James (Expert – Gordon McKay Professor of Computer Science at Harvard University)

18. Rangel, Antonio (Expert –Bing Professor of Neuroscience, Behavioral Biology and Economics at the California Institute of Technology)

19. Jerath, Kinshuk (Expert – Arthur F. Burns Professor of Free and Competitive Enterprise, Professor of Business in the Marketing Division, at Columbia Business School, Columbia University) (Possible Rebuttal Expert Witness)

Google's List:

1. Adkins, Heather (Google – Cybersecurity Resilience Officer)

2. Adkins, Jesse (Google – Director of Product Management)

3. Collins, Eli (Google – VP of Product, Google DeepMind)

4. Muralidharan, Omkar (Google – VP of Product, Search Ads)

5. Osterloh, Rick (Google – Senior VP of Platforms and Devices)

6. Pichai, Sundar (Google – Chief Executive Officer)

7. Reid, Elizabeth Hamon (Google – VP of Search)

8. Samat, Sameer (Google – President of the Android Ecosystem)

9. Tabriz, Parisa (Google – VP of Engineering and General Manager for Chrome)

10. Boulben, Frank (Verizon – Chief Revenue Officer, Verizon Consumer Group)

11. Cue, Eduardo (Apple – Senior VP of Services)

12. Muhlheim, Eric (Mozilla – Chief Financial Officer, Mozilla Corporation)

13. Allan, James (Expert – Professor in the Manning College of Information and Computer Sciences at the University of Massachusetts Amherst)

14. Culnane, Chris (Expert – Principal and Consultant at Castellate Consulting Ltd)

15. Elzinga, Kenneth (Expert – Robert C. Taylor Professor of Economics at the University of Virginia)

16. Hitt, Lorin (Expert – Zhang Jindong Professor of Operations, Information and Decisions at the University of Pennsylvania, Wharton School)

17. Israel, Mark (Expert – Founding Partner at Econic Partners)

18. Murphy, Kevin (Expert – George J. Stigler Professor of Economics (Emeritus) in the Booth School of Business and the Department of Economics at the University of Chicago)

19. Nieh, Jason (Expert – Professor of Computer Science and co-Director of the Software Systems Laboratory at Columbia University)

20. Zenner, Marc (Expert – Senior advisor, independent director, consultant, executive in residence, and investor)