AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| United States of America, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:20-cv-03010-APM |
| Google LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party adMarketplace, Inc.                                                                                          .

Date:     04/09/2025

/s/ Lauren M. Weinstein
*Attorney's signature*

Lauren M. Weinstein (Bar No. 1035184)
*Printed name and bar number*

MoloLamken LLP
600 New Hampshire Ave.
Suite 500
Washington, D.C.  20037
*Address*

lweinstein@mololamken.com
*E-mail address*

(202) 556-2018
*Telephone number*

(202) 556-2001
*FAX number*