## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Google LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |

| | |
|---|---|
| State of Colorado, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Google LLC, <br><br> Defendant. | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

## <u>DECLARATION OF JEREMIAH R. TORRES</u>

I, Jerry Torres, declare as follows:

1.    I am currently employed by Google LLC (Google) as a Senior Counsel.  I graduated from Yale Law School in 2009 and have been an in-house counsel for Google since 2015.  I am a member of the State Bar of California.

2.    Since 2023, I have served as senior counsel within Google DeepMind.  Google DeepMind is an organization within Google that focuses on artificial intelligence research and products.  In connection with my role, I routinely receive information from Google personnel

regarding the design of, operation of, and the technical infrastructure underlying Google's artificial intelligence products, models, and functionality.

3.  In connection with my role as senior counsel, I have experience evaluating the commercial sensitivity of information relating to Google's artificial intelligence work. In particular, I have been called upon to assess whether the public disclosure of particular details would harm Google's competitive standing.

4.  I understand that the plaintiffs in this case have sought Google's views as to whether PXR0123 (GOOG-DOJ-34936179) should be made public in this matter. I have reviewed the document, and it is my conclusion that the release of PXR0123 would significantly harm Google's competitive standing.

5.  PXR0123 is a "data card" relating to a recent Gemini model. The Gemini models are some of Google's leading and most recent generative artificial intelligence models. The data card describes in detail the datasets that are used to pretrain the model. The data card sets forth what might be described as a "secret recipe" for training a Gemini model. The information contained in PXR0123 is highly commercially sensitive, and Google keeps it strictly confidential.

6.  Like Google, other companies train and develop generative artificial intelligence models. Through my work, I have come to understand that they routinely keep the details of those models (e.g., the data used to train the models) strictly confidential. For example, I understand that the data used to train OpenAI's GPT-4o model (a model currently powering ChatGPT) has not been publicly disclosed.

7.  In my view, the risk of companies attempting to capitalize on the release of details about the Gemini models is substantial. For one thing, Google's competitors could use the

information in the data card to identify additional categories of data to use to pre-train their models.  Moreover, through my work, I have come to understand that there are companies whose business model involves providing datasets for use in training artificial intelligence models.  Those companies' clients include, e.g., OpenAI, Meta, and Microsoft.  In my opinion, if the Gemini data card were released, such companies would be highly incentivized to use it to craft additional datasets that they could market to Google's rivals.

8.    Publicly revealing the Gemini models' data cards would also upset past strategic choices that Google has already made.  Google has developed a proprietary family of large language models (Gemini) and a family of open models (Gemma).  For Gemma, Google regularly releases technical information, including the actual code needed to support the model.  *See* C. Farabet & T. Warkentin,  *Introducing Gemma 3: The most capable model you can run on a single GPU or TPU*, The Keyword (Mar. 12, 2025), *available at* https://blog.google/technology/developers/gemma-3/ ("Download Gemma 3 models from Hugging Face, Ollama, or Kaggle.").  Google has thus chosen a two-track approach to compete in and contribute to the body of knowledge surrounding generative artificial intelligence technology– *i.e.*, it has an open family of models and a proprietary family of models.  It would inure to Google's competitive detriment if the company were forced to blur the lines between the information it makes available about the proprietary Gemini models and the open Gemma models.

\*    \*    \*    \*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __9th__ day of April 2025, in ___Mountain View, California, USA___.

Signed by:

_Jeremiah R. Torres_
8ZCFB4FF03014C0...

3

Jeremiah R. Torres