IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Google LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| State of Colorado, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Google LLC, <br><br> Defendant. | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

**DECLARATION OF ELIZABETH DALY**

I, Elizabeth Daly, declare as follows:

1. I am currently employed by Google LLC (Google) as a Director within Google's Legal organization. I graduated from the University of Michigan Law School in 2007 and have been an in-house counsel for Google since 2011. I am a member of the New York State Bar.

2. Among other responsibilities at Google, I provide legal advice to the Google employees who evaluate search grounding opportunities and engage with companies interested in using the grounding services that Google has developed. In this capacity, I receive sensitive

1

internal information about Google's product development plans, strategic objectives, deal terms, and other matters.

3.      I am also involved in evaluating the commercial sensitivity of Google's business information and assessing whether disclosing particular information would harm Google's competitive standing. For example, as part of my work at Google I participate in determining whether to seek confidential treatment for materials submitted to regulators and evaluating whether information shared with business partners should be subject to a non-disclosure agreement.

4.      I have reviewed PXR0101 (GOOG-DOJ-33773737), which is an internal Google document with a date of June 28, 2024 on the cover slide. The document contains numerous highly sensitive details about the provision of grounding services to Meta. In particular, disclosure of the following information is likely to cause significant harm to Google's competitive standing.

5.      First, the document includes recent and specific data on the usage of Google's grounding services and associated revenue in connection with a pilot program on certain Meta applications. This data informs which services Google will offer in the future and how it will structure commercial arrangements, among other strategic considerations. Google's competitive standing would be harmed if the information were disclosed to the other company that Google is aware of having provided grounding services to Meta or to other firms that develop artificial intelligence applications. Google seeks to redact only the specific usage and financial results associated with the pilot, and not the fact that the pilot occurred or descriptions of what it entailed that appear in the document.

6.     Second, the document includes recent and specific assumptions or projections regarding the use of generative AI chat applications and associated revenue opportunities. Disclosure of the numbers associated with these deal models would harm Google's competitive standing in future negotiations with companies that use grounding services because they would have access to the details of how Google analyzed a potential deal, but Google would not have corresponding access to any of their internal analyses. For much the same reason, disclosure would harm Google's competitive standing in relation to other companies that provide grounding services to Meta and other developers. Google seeks to redact only the specific numbers used in connection with this recent internal modeling, and not the scenarios that were analyzed or the qualitative descriptions of them that appear in the document.

7.     Third, the document includes recent and specific results from confidential quality analyses related to the grounding pilot. Quality studies inform how Google improves and positions its products going forward, and Google's competitive standing would be harmed if such recent details were made available to competitors or customers, who do not disclose to Google their confidential testing of their own products (or Google's products). Google seeks to redact only the specific numbers associated with this recent quality evaluation, and not the way that the evaluation was performed or the qualitative characterizations of the findings that appear in the document.

8.     Fourth, the document includes recent and specific details of how Google decided to launch this pilot in particular countries at particular times. The factors that Google considers in launching beta or pilot products are commercially sensitive because it competes with many firms that are similarly launching new products or services and have their own internal strategic considerations about when to make them available. Google's competitive standing would be

3

harmed if competitors could extrapolate when Google might launch or refrain from launching future products and services and position their own offerings accordingly. Google seeks to redact only a specific consideration around timing, and not the fact that the pilot occurred or what it entailed.

9. Fifth, the document includes recent and specific characterizations of the behind-the-scenes distinctions between different Google offerings. Disclosure of this information would harm Google's competitive standing by allowing competitors to ascertain how Google retrieves the information provided in connection with its various offerings and how to position their own product lineups. Google seeks to redact only a narrow set of internal details about its systems and techniques, not the offerings it considered in discussions with Meta or the considerations discussed in the document.

10. I have also reviewed PXR0153 (GOOG-DOJ-34846476), which is an internal Google document with a date of October 2024 on the cover slide. The document contains numerous highly sensitive details about the provision of grounding services to Anthropic. In particular, disclosure of the following information is likely to cause significant harm to Google's competitive standing.

11. First, the document includes recent and specific results from confidential quality analyses related to different datasets and models. For the reasons stated above in paragraph 7, Google's competitive standing would be harmed by the disclosure of these details. Again, Google seeks to redact only the specific numbers associated with recent quality evaluations, and not the datasets or models used or the nature of the comparisons as described in the document.

12. Second, the document includes recent and specific descriptions of how Google protects its search algorithms and other trade secrets when providing grounding services. If

Google were required to disclose the technical steps it takes to prevent IP leakage, then its competitive standing would be harmed because the numerous companies that use Google's grounding services would have insight into how to evade those protections. Google seeks to redact only the specific techniques used to prevent IP leakage, and not the fact that it is a consideration in structuring a grounding arrangement or the other strategic considerations evaluated in the document.

13. Third, the document includes a recent and specific list of Google's largest grounding customers and the confidential prices paid by some of those customers. Disclosure of the financial terms of these negotiated deals would harm Google's competitive standing relative to other grounding providers, who are likewise believed to negotiate confidential terms that vary from their list prices. It would also harm Google's competitive standing in negotiations with a number of grounding customers if Google were required to disclose the prices agreed to with the customers identified in the document and the numbers considered in the proposed deal with Anthropic addressed in the document. Google seeks to redact only the specific prices and revenue figures in the document, and not the qualitative discussion of pricing and other strategic considerations in the document.

*   *   *   *

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this  7th  day of April 2025, in   Manhasset, New York  .

Signed by:<br>
*Elizabeth Daly*<br>
———152BA01D3BCE447...<br>
Elizabeth Daly