IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>                              Plaintiffs,<br><br>    v.<br><br>Google LLC,<br><br>                              Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, *et al.*,<br><br>                              Plaintiffs,<br><br>    v.<br><br>Google LLC,<br><br>                              Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

## DECLARATION OF IRENE BONDAR

I, Irene Bondar, declare as follows:

1. I am currently employed by Google LLC (Google) as a Director, Strategy & Operations for Google Search & Ads Finance, where I have worked since 2022.

2. My responsibilities include oversight of the financial performance of Google's Search and Advertising businesses, and I have been involved with financial planning and analysis. In my day-to-day work I frequently deal with financial information that Google discloses publicly as well as information that it keeps confidential. I am generally familiar with

1

how financial data can inform strategic business decisions and the commercial sensitivity surrounding Google's non-public financial information.

3.      I have reviewed a slide deck titled "2024 Financial Review" with a date of January 24, 2024 (PXR0205 (GOOG-DOJ-33874322)).  This deck contains several kinds of recent and forward-looking financial information that are highly sensitive and cannot be disclosed without giving Google's competitors an unfair advantage.

4.      The deck contains information about the expenses allocated to certain Google products or services, such as capital expenditures for components of Google Cloud.  Some of the information in this deck is recent (such as from 2023), while other information in the deck reflects projected spending in future years.

5.      I previously submitted a declaration in this case explaining why the disclosure of recent or projected expenses for particular product areas or business lines would damage Google's competitive standing by giving a unique insight to Google's competitors that would inform their strategies in competing with Google.  I believe my earlier statements on this subject remain accurate, and so I will largely repeat them here.

6.      I previously explained that, in my experience, companies attempt to estimate or predict how much their competitors spend to offer a particular product or service and the extent to which their costs are changing over time.  These competitive analyses are used to inform strategic decision-making, including which products or services the company should pursue and where additional investments may or may not be beneficial.  In most instances, these analyses are based on estimates because Google and many other companies keep confidential their expenditures for particular accounting areas, products, or services.  Google's parent company reports its operating expenses and research and development expenses, but not in a way that

attempts to attribute portions of those expenses to specific products or services in the manner detailed in this deck. If competitors were provided with characterizations of how research and development and other expenses are confidentially allocated to particular accounting units, then they would no longer be in Google's position of needing to rely on estimates or guesses in making strategic judgments because they would have these confidential data points to use as inputs to their competitive analyses. Meanwhile, Google would need to continue relying on estimates or guesses because, as noted, many other companies (such as Meta, Amazon, and Microsoft) do not report research and development or other expenditures associated with particular products or services (such as Instagram, Amazon's advertising business, or Bing).

7. The deck I reviewed also contains information about the profits or profit margins attributed to certain Google products or services, such as YouTube subscriptions, YouTube ads, and Cloud. Again, some of the information in this deck is recent (such as from 2023), while other information in the deck reflects projections or plans for future years.

8. I previously submitted a declaration in this case explaining why the disclosure of recent or projected profits or profit margins for particular product areas or business lines would damage Google's competitive standing by giving a unique insight to Google's competitors that would inform their strategies in competing with Google. I believe my earlier statements on this subject remain accurate, and so I will largely repeat them here.

9. As I previously stated, in my experience, profits and profit margins are among the financial metrics that companies attempt to estimate when evaluating performance in relation to competitors and considering whether to pursue and how to position a product or service. Disclosure of these figures to competitors would give them strategic insights into the profitability of the areas discussed in the deck (including YouTube subscriptions, YouTube ads, and Cloud),

which would benefit competitors' strategic decision-making relative to Google, given that Google generally does not have comparable information on its competitors' margins for specific products or services.

10. The deck I reviewed also contains information about the revenue attributed to certain Google products or services, such as Pixel, Nest, and YouTube TV. Again, some of the information in this deck is recent (such as from 2023), while other information in the deck reflects projections or plans for future years.

11. I previously submitted a declaration in this case explaining why the disclosure of recent or projected revenue for particular product areas or business lines would damage Google's competitive standing by giving a unique insight to Google's competitors that would inform their strategies in competing with Google. I believe my earlier statements on this subject remain accurate, and so I will largely repeat them here.

12. As I previously stated, disclosure of these revenue figures would cause all of the competitive harms described above. As with expenditures and margins, revenue figures for areas such as Pixel, Nest, and YouTube TV are kept confidential. Disclosing them would provide valuable insights to competitors in their strategic analyses of these services and others described in the document.

13. Finally, disclosure of the numbers and charts in this deck that Google seeks to redact would also harm Google's competitive standing by revealing confidential internal forecasts and financial planning. For example, the deck includes calculations of how Google's actual confidential financial metrics compared with its forecasts for 2023, and it describes planned investments and objectives for 2025 and beyond. For the reasons discussed above, giving competitors access to non-public projections enables them to prepare more accurate

4

competitive analyses and identify areas where they would or would not benefit from changing their strategy in relation to Google.

* * * *

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 07 day of April 2025, in NY, NY.

*Irene Bondar*
Irene Bondar