IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>                          Plaintiffs,<br><br>     v.<br><br>Google LLC,<br><br>                          Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, *et al.*,<br><br>                          Plaintiffs,<br><br>     v.<br><br>Google LLC,<br><br>                          Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

## DECLARATION OF NOELLE H. LUITEN

I, Noelle H. Luiten, declare as follows:

1. I am a Senior Product Counsel at Google. I graduated from Columbia Law School in 2007 and have worked for Google since 2011.

2. On a day-to-day basis, I provide legal advice to the teams of Google employees who develop the Chrome browser. I receive confidential and sensitive information about the development of Chrome, including information relating to product design, strategy, and financial investments. I have previously been asked to determine how disclosure of confidential

1

information relating to Chrome would likely affect Google's competitive standing, including in the context of regulatory submissions.

3. I have been asked to review PRX0204 (GOOG-DOJ-33799335), which is a confidential document about Chrome. The document includes certain financial forecasts for 2024, including measures of operating expenses, payroll, and net investment attributable to Chrome. In my experience, these metrics are kept confidential because disclosing them to other companies that develop web browsers would harm Google's competitive standing by giving those companies an insight into certain measures of Google's expenditures. To my knowledge, Google does not have access to comparable information about browsers such as Safari and Edge, and I would expect disclosure of these details to enable companies like Apple and Microsoft to make more informed strategic decisions in a way that Google could not.

4. This document also includes a forward-looking statement about a technical and product strategy for Chrome. In my experience, Google keeps confidential its characterization of how Chrome may evolve based on new technologies that Google is developing because disclosing those plans would likewise give other browser developers a one-sided advantage. For example, disclosing Google's technical and product strategy at a recent point in time could allow other companies to copy Google's objectives or try to be first to market with particular features or functionality. As with the financial information referenced above, I am not aware of Google having access to internal strategy objectives recently articulated by other browser companies, and so I would expect Google to be disadvantaged by a one-sided disclosure.

5. I have been asked to PRX0215 (GOOG-DOJ-34809242), which is another confidential document about Chrome. This document includes a more granular forecast of certain expenditures relating to Chrome in 2024 and corresponding amounts for the four previous

years. For the reasons provided in paragraph 3 above, I would expect disclosure of this information regarding expenditures to harm Google's competitive standing in relation to other browser developers.

6. This document also includes a confidential breakdown of revenue attributed to various Google products and services, such as search ads, display ads, and the Chrome Enterprise Premium offering through Google Cloud. These internal financial metrics are highly sensitive, and I expect that disclosing them to Google's competitors would place Google at a significant disadvantage. For example, the document includes recent metrics (from 2023) regarding different types of ad revenue generated by Chrome users on Windows devices (where Chrome competes with Edge and other browsers) and on Apple devices (where Chrome competes with Safari and other browsers). Additionally, it includes breakdowns by country and projected revenue from new products, such as Chrome Enterprise Premium. I would expect device manufacturers, browser developers, advertising platforms, and a range of other competitors to gain an advantage in strategizing where and how to compete for users if these details were disclosed. This advantage would again be one-sided, as Google does not have comparable insights into how competitors' services are used on other browsers.

7. I note that Google is not seeking to seal the descriptions of which metrics this document attempts to measure, the strategic dynamics discussed in the document, or the risks and opportunities it addresses. The proposed redactions are limited to specific highly sensitive numbers.

8. I have been asked to review PRX0217 (GOOG-DOJ-34915154), which is another confidential document about Chrome. As with the documents discussed above, this one is recent: it is dated November 6, 2024 and addresses potential plans for 2025 and beyond.

3

9. This document likewise includes a granular forecast of certain expenditures relating to Chrome in 2024 and corresponding amounts for the four previous years. For the reasons provided in paragraphs 3 and 5 above, I would expect disclosure of this information regarding expenditures to harm Google's competitive standing in relation to other browser developers.

10. In addition, the document contains a detailed account of "2025 Product Priorities" and lists of projects under consideration for development in 2025. Disclosure of this information would contribute to giving competitors a roadmap of what Google may launch in 2025 and beyond, including new features, marketing efforts, and other objectives. In my experience receiving information from Chrome engineering and product teams, future product plans are kept confidential until a decision is made to roll out or officially announce an upcoming change so that other browser developers cannot copy or otherwise take advantage of Google's innovations or strategic decisions.

11. The document also contains confidential information about Chrome location strategy. Some of these details are competitively sensitive because they provide competitive insight into Chrome's contemplated areas of geographic investment and talent distribution, which a competing browser developer could use to their advantage in identifying browser talent to hire away.

12. I have been asked to review PRX0279 (GOOG-DOJ-33806054), which is a confidential document about ChromeOS. The document contains a few commercially sensitive metrics relating to expenses, revenue, and profitability for certain Chromebooks. Disclosing these specific dollar amounts and percentages would give a one-sided advantage to other companies such as Microsoft that sell computers by providing recent metrics on the cost

structure of the Chromebooks referenced in the documents. This may affect competitors' pricing decisions and other strategic determinations.

13. Consistent with paragraph 7 above, I note that Google is not seeking to seal the descriptions of which metrics this document attempts to measure, the strategic dynamics discussed in the document, or the risks and opportunities it addresses. The proposed redactions are limited to specific highly sensitive numbers.

*   *   *   *

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this <u>8</u> day of April 2025, in <u>Seattle, WA</u>.

Signed by:

*Noelle H. Luiten*

Noelle H. Luiten