AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 1:20-cv-03010-APM |
| Google LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commonwealth of Kentucky.

Date: 04/16/2025

/s/ Lyndsey M. Antos
*Attorney's signature*

Lyndsey M. Antos (KY: 99971)
*Printed name and bar number*

Office of the Attorney General of Kentucky
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
*Address*

lyndsey.antos@ky.gov
*E-mail address*

(502) 696-5641
*Telephone number*

(502) 564-2894
*FAX number*