**EXHIBIT A**

| | | | |
|---|---|---|---|
| PXR0001 | PXR0002 | PXR0004 | PXR0005 |
| PXR0006 | PXR0009 | PXR0011 | PXR0012 |
| PXR0013 | PXR0014 | PXR0015 | PXR0017 |
| PXR0018 | PXR0019 | PXR0020 | PXR0021 |
| PXR0024 | PXR0025 | PXR0026 | PXR0028 |
| PXR0029 | PXR0030 | PXR0031 | PXR0032 |
| PXR0033 | PXR0034 | PXR0035 | PXR0036 |
| PXR0037 | PXR0038 | PXR0041 | PXR0042 |
| PXR0043 | PXR0047 | PXR0048 | PXR0049 |
| PXR0050 | PXR0052 | PXR0053 | PXR0056 |
| PXR0057 | PXR0058 | PXR0059 | PXR0061 |
| PXR0063 | PXR0064 | PXR0070 | PXR0071 |
| PXR0072 | PXR0074 | PXR0075 | PXR0076 |
| PXR0077 | PXR0078 | PXR0080 | PXR0085 |
| PXR0086 | PXR0087 | PXR0088 | PXR0089 |
| PXR0090 | PXR0091 | [intentionally blank] | PXR0094 |
| PXR0095 | PXR0096 | PXR0097 | PXR0098 |
| PXR0099 | PXR0100 | PXR0101 | PXR0102 |
| PXR0103 | PXR0104 | PXR0105 | PXR0106 |
| PXR0107 | PXR0108 | PXR0109 | PXR0111 |
| PXR0112 | PXR0113 | PXR0114 | PXR0116 |
| PXR0117 | PXR0118 | PXR0119 | PXR0120 |
| PXR0121 | PXR0122 | PXR0123 | PXR0124 |
| PXR0126 | PXR0127 | PXR0128 | PXR0130 |
| PXR0131 | PXR0132 | PXR0137 | PXR0139 |
| PXR0141 | PXR0142 | PXR0143 | PXR0144 |
| PXR0147 | PXR0148 | PXR0150 | PXR0151 |
| PXR0152 | PXR0153 | PXR0157 | PXR0158 |
| PXR0159 | PXR0160 | PXR0161 | PXR0162 |
| PXR0163 | PXR0164 | PXR0166 | PXR0167 |
| PXR0170 | PXR0171 | PXR0172 | PXR0173 |
| PXR0174 | PXR0176 | PXR0177 | PXR0178 |
| PXR0179 | PXR0180 | PXR0182 | PXR0183 |
| PXR0184 | PXR0185 | PXR0186 | PXR0187 |
| PXR0188 | PXR0189 | PXR0191 | PXR0192 |
| PXR0194 | PXR0195 | PXR0196 | PXR0197 |
| PXR0198 | PXR0199 | PXR0200 | PXR0201 |
| PXR0203 | PXR0204 | PXR0205 | PXR0206 |
| PXR0207 | PXR0208 | PXR0209 | PXR0210 |
| PXR0211 | PXR0212 | PXR0213 | PXR0214 |
| PXR0215 | PXR0216 | PXR0217 | PXR0218 |
| PXR0219 | PXR0220 | PXR0222 | PXR0223 |
| PXR0224 | PXR0225 | PXR0226 | PXR0230 |

| | | | |
|---|---|---|---|
| PXR0231 | PXR0232 | PXR0233 | PXR0234 |
| PXR0235 | PXR0237 | PXR0238 | PXR0239 |
| PXR0242 | PXR0245 | PXR0246 | PXR0247 |
| PXR0249 | PXR0252 | PXR0253 | PXR0254 |
| PXR0256 | PXR0257 | PXR0258 | PXR0260 |
| PXR0261 | PXR0263 | PXR0264 | PXR0265 |
| PXR0266 | PXR0267 | PXR0270 | PXR0271 |
| PXR0272 | PXR0273 | PXR0274 | PXR0276 |
| PXR0277 | PXR0278 | PXR0279 | PXR0280 |
| PXR0281 | PXR0282 | PXR0283 | PXR0284 |
| PXR0285 | PXR0501 | PXR0502 | PXR0503 |
| PXR0504 | PXR0505 | PXR0506 | PXR0507 |
| PXR0508 | PXR0509 | PXR0510 | PXR0511 |
| PXR0512 | PXR0513 | PXR0514 | PXR0515 |
| PXR0516 | PXR0517 | PXR0518 | PXR0519 |
| PXR0520 | PXR0521 | PXR0522 | PXR0523 |
| PXR0524 | PXR0525 | PXR0526 | PXR0527 |
| PXR0528 | PXR0529 | PXR0530 | PXR0531 |
| PXR0532 | PXR0533 | PXR0534 | PXR0535 |
| PXR0536 | PXR0537 | PXR0538 | PXR0539 |
| PXR0540 | PXR0541 | PXR0542 | PXR0543 |
| PXR0544 | PXR0545 | PXR0546 | PXR0547 |
| PXR0548 | PXR0549 | PXR0550 | PXR0551 |
| PXR0552 | PXR0553 | PXR0554 | PXR0555 |
| PXR0556 | PXR0557 | PXR0558 | PXR0559 |
| PXR0560 | PXR0561 | PXR0562 | PXR0563 |
| PXR0564 | PXR0565 | PXR0566 | PXR0567 |
| PXR0568 | PXR0569 | PXR0570 | PXR0571 |
| PXR0572 | PXR0573 | PXR0574 | PXR0575 |
| PXR0576 | PXR0577 | PXR0578 | PXR0579 |
| PXR0580 | PXR0581 | PXR0582 | PXR0583 |
| PXR0584 | PXR0585 | PXR0586 | PXR0587 |
| PXR0588 | PXR0589 | PXR0590 | PXR0591 |
| PXR0592 | PXR0593 | PXR0594 | PXR0595 |
| PXR0596 | PXR0597 | PXR0598 | PXR0599 |
| PXR0600 | PXR0601 | PXR0602 | PXR0603 |
| PXR0604 | PXR0605 | PXR0701 | PXR0702 |
| PXR0703 | PXR0704 | PXR0705 | PXR0706 |
| PXR0707 | PXR0708 | PXR0709 | PXR0710 |
| PXR0711 | PXR0712 | PXR0713 | PXR0714 |
| PXR0715 | PXR0716 | PXR0717 | PXR0718 |
| PXR0719 | PXR0720 | | |