UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 20-cv-3010 (APM) |
| STATE OF COLORADO et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 20-cv-3715 (APM) |

**MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to Civil Local Rule 83.2(c), proposed amici curiae Plaintiffs in *California Crane School v. Google,* et al., Case No. 21-cv-10001 (N.D. Cal.), on Appeal Case No. 24-4604 (9th Cir.) and *Mary Katherine Arcell, et al. v. Google, LLC, et al.,* Case No. 22-cv-02499 (N.D. Cal.) ("Amici Plaintiffs"), by and through the undersigned counsel, move for the admission and appearance of attorney Joseph Alioto pro hac vice in the above-entitled action for the purpose of requesting leave to file the accompanying amicus curiae brief.

1

This motion is supported by the Declaration of Joseph Alioto, filed herewith. As set forth in Mr. Alioto's declaration, he is admitted and an active member in good standing the following courts and bars:

- Supreme Court of the United States (02/20/1973)
- Supreme Court of the State of California (January 1969)
- United States Court of Appeals for the First Circuit (09/09/1986)
- United States Court of Appeals for the Second Circuit (12/11/1980)
- United States Court of Appeals for the Third Circuit (01/10/2000)
- United States Court of Appeals for the Fourth Circuit (05/30/1996)
- United States Court of Appeals for the Fifth Circuit (1973 before the split of the 5th Circuit into the 5th and 11th Circuits)
- United States Court of Appeals for the Sixth Circuit (02/16/1988)
- United States Court of Appeals for the Eighth Circuit (04/13/1981)
- United States Court of Appeals for the Ninth Circuit (08/07/1972)
- United States Court of Appeals for the Tenth Circuit (10/02/1979)
- U.S. District Court for the Northern District of California (01/09/1969)
- U.S. District Court for the Eastern District of California (04/24/1985)
- U.S. District Court for the Southern District of California (07/26/1982)
- U.S. District Court for the Central District of California (05/24/1971)
- United States District Courts, *Pro Hac Vice*: Mr. Alioto has been admitted *Pro Hac Vice* in the federal District Courts including courts in Boston, Massachusetts; New York, New York; Alexandria, Virginia; Washington D.C.; Atlanta, Georgia; Trenton, New Jersey; Chicago, Illinois; St. Paul and Minneapolis, Minnesota; Wichita Kansas; Fort Worth, Dallas, Amarillo, San Antonio, Laredo, Austin and Sherman, Texas; Las Vegas and Reno, Nevada; Boise, Idaho; Seattle/Tacoma, Washington; Salt Lake City, Utah; Honolulu, Hawaii; Phoenix, Arizona; Albuquerque, New Mexico; Medford, Oregon; Philadelphia, Pennsylvania; and the Courts of the District of Columbia

    This motion is supported and signed by Stephen G. Larson, an active and sponsoring member of the Bar of this Court.

Dated: April 15, 2025

Respectfully submitted,

*/s/ Stephen G. Larson*

Stephen G. Larson
Larson, LLP
900 17th Street NW
Suite 200
Washington, DC 20006
Phone: 202.795.4900
Fax: 202.795.4888

D.C. District Court Bar No. 1046780