**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 20-cv-3010 (APM) |
| STATE OF COLORADO et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 20-cv-3715 (APM) |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY JOSEPH ALIOTO PRO HAC VICE**

The Court has reviewed the motion of proposed amici curiae Plaintiffs in California Crane School v. Google, et al., Case No. 21-cv-10001 (N.D. Cal.), on Appeal Case No. 24-4604 (9th Cir.) and Mary Katherine Arcell, et al. v. Google, LLC, et al., Case No. 22-cv-02499 (N.D. Cal.) ("Amici Plaintiffs"), for admission of attorney Joseph Alioto pro hac vice. Upon consideration of that motion, the Court grants attorney Joseph Alioto pro hac vice admission to this Court.

Dated: _____          _____
                                  HONORABLE AMIT P. MEHTA
                                  UNITED STATES DISTRICT JUDGE

8