AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-3010-APM |
| Google LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Yahoo! Inc.

Date:   04/21/2025

s/ Anna M. Rathbun
*Attorney's signature*

Anna M. Rathbun, DC 1002562
*Printed name and bar number*
Latham & Watkins LLP
555 Eleventh St. NW, Suite 1000
Washington DC 20004

*Address*

anna.rathbun@lw.com
*E-mail address*

(202) 637-2200
*Telephone number*

(202) 637-2201
*FAX number*