IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **United States of America, et al.,**<br><br>    **Plaintiffs,**<br><br>v.<br><br>**Google Inc.**<br><br>    **Defendant.** | Case No. 1:20-cv-03010-APM |

# MOTION FOR ADMISSION OF
# CAITLIN N. FITZPATRICK *PRO HAC VICE*

Pursuant to Rule 83.2(c) of the Local Rules of this Court, Anna M. Rathbun, undersigning sponsoring counsel, respectfully moves the Court for the admission *pro hac vice* of Caitlin N. Fitzpatrick of Latham & Watkins LLP, to represent Yahoo! Inc. in the above-captioned matter. Yahoo! Inc. is expected to offer testimony before this Court in this matter on Wednesday, April 21, 2025.

Movant, Anna M. Rathbun, is a member in good standing of the Bar of the District of Columbia and the United States District Court for the District of Columbia and she is authorized to file through the Court's Electronic Filing System. Ms. Rathbun is a Partner in the law firm of Latham & Watkins LLP located at:

    555 Eleventh Street, NW
    Suite 1000
    Washington, DC 20004-1304
    (202) 637-2200
    (202) 637-2201
    Email: anna.rathbun@lw.com

-2-

This motion is accompanied by a declaration and certificate of good standing from Caitlin N. Fitzpatrick, attached hereto as **Exhibit A**, providing the information required by Rule 83.2(c) of the Local Rules of this Court. As set forth in the declaration, Caitlin N. Fitzpatrick meets the requirements under Rule 83.2(c) for admission *pro hac vice*.

A proposed order is attached hereto as **Exhibit B**.

For the foregoing reasons, the undersigned respectfully requests that this motion be granted and that Caitlin N. Fitzpatrick be permitted to represent Yahoo! Inc.in the proceedings before this Court.

Respectfully submitted on this 21st  day of April, 2025.

/s/ Anna M. Rathbun
Anna M. Rathbun (D.C. Bar #1002562)

LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
anna.rathbun@lw.com

*Attorneys for Yahoo! Inc.*

,