# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>Google LLC,<br><br>        Defendant. | Case No. 1:20-cv-03010-APM |

**DECLARATION OF CAITLIN N. FITZPATRICK
FOR *PRO HAC VICE* ADMISSION**

In accordance with LCvR 83.2(c)(2), I, Caitlin N. Fitzpatrick, hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name:

    Caitlin Noelle Fitzpatrick

2. Business address, telephone, and fax numbers:

    Latham & Watkins LLP
    555 Eleventh St. NW, Suite 1000
    Washington, DC 20004
    (202) 637-2200
    (202) 637-2201

3. State bar admissions:

    1765370, District of Columbia, 2022

    5213970, New York, 2014

4. In addition to being authorized to practice and in good standing in the courts of the District of Columbia and the State of New York, I am admitted and in good standing in the following federal courts:

1

U.S. District Court - Eastern District of New York, 06 March 2017, CF3583

U.S. District Court - Southern District of New York, 12 July 2016, CF5155

5.  Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?

☐ Yes ☒ No

6.  Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?

☐ Yes ☒ No

7.  List the number of times you have been admitted pro hac vice into this court within the last two years:

None.

8.  I practice law from an office within the District of Columbia.

9.  Are you a member of the DC Bar?

☒ Yes ☐ No

10. Do you have a pending application for admission into the U.S. District Court for the District of Columbia?

☐ Yes ☒ No

**In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:**

**(CHECK ALL ITEMS THAT APPLY)**

1.  ☐ has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general

      jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2.    ☐   has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3.    ☐   has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

    I declare under penalty of perjury that the foregoing is true and correct.

Date: April 21, 2025

                                      /s/ Caitlin N. Fitzpatrick
Caitlin N. Fitzpatrick
DC Bar 1765370
Latham & Watkins LLP
555 Eleventh St. NW, Suite 1000
Washington, DC 20004
(202) 637-2200
(202) 637-2201
caitlin.fitzpatrick@lw.com

*Attorneys for Yahoo! Inc.*

3



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# *Caitlin Noelle Fitzpatrick*

was duly qualified and admitted on January 10, 2022 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 21, 2025.*

JULIO A. CASTILLO
Clerk of the Court

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.