# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **United States of America, et al.,**<br><br>  Plaintiffs,<br><br>v.<br><br>**Google LLC,**<br><br>  Defendant. | Case No.  1:20-cv-03010-APM |

### [PROPOSED] ORDER GRANTING ADMISSION *PRO HAC VICE*

UPON CONSIDERATION of the Motion for *Pro Hac Vice* Admission of Caitlin N. Fitzpatrick, together with papers submitted in support thereof, the Court HEREBY ORDERS:

The Motion for *Pro Hac Vice* Admission of Caitlin N. Fitzpatrick is GRANTED and Caitlin N. Fitzpatrick is admitted *pro hac vice* to the United States District Court for the District of Columbia to represent Yahoo! Inc. in the above-captioned case.

IT IS SO ORDERED.

This \_\_\_\_\_ day of _____, 2025.

_____
United States District Judge