# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GOOGLE LLC, ) <br> ) <br> Defendant. ) | Case No. 20-cv-3010 (APM) |
| STATE OF COLORADO et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GOOGLE LLC, ) <br> ) <br> Defendant. ) | Case No. 20-cv-3715 (APM) |

## [PROPOSED] ORDER GRANTING MOTION OF AMICI PLAINTIFFS FOR LEAVE TO FILE AMICUS CURIAE BRIEF

Upon this Court's review and full consideration of the Motion for Leave to File Amicus Curiae Brief by Plaintiffs in *California Crane School v. Google, et al.,* Case No. 21-cv-10001 (N.D. Cal.), on Appeal Case No. 24-4604 (9th Cir.), and *Mary Katherine Arcell, et al. v. Google, LLC, et al.*, Case No. 22-cv-02499 (N.D. Cal.) ("Amici Plaintiffs"), and there appearing good cause to grant such leave, it is hereby ORDERED that the Motion is GRANTED, and the attached proposed amicus curiae brief shall be deemed submitted and shall be considered part of the record in this matter.

Dated: _____         _____
                                  HONORABLE AMIT P. MEHTA
                                  UNITED STATES DISTRICT JUDGE