AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-cv-3010-APM |
| Google, LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Parties.

Date: 04/22/2025

s/s Joseph M. Alioto
*Attorney's signature*

Joseph M. Alioto - Pro Hac Vice
*Printed name and bar number*

1 Sansome St.
35 Floor
San Francisco, CO

*Address*

jmalioto@aliotolaw.com
*E-mail address*

(415) 810-3940
*Telephone number*

*FAX number*