AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia ▾

|  |  |  |
|---|---|---|
| United States of America et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:20-cv-3010-APM |
| Google LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Yahoo! Inc.                                                                                          .

Date:      04/23/2025

s/ Caitlin N. Fitzpatrick
*Attorney's signature*

Caitlin N. Fitzpatrick  DC 1765370
*Printed name and bar number*

Latham & Watkins LLP
555 Eleventh St. NW, Suite 1000
Washington DC 20004
*Address*

caitlin.fitzpatrick@lw.com
*E-mail address*

(202) 637-3358
*Telephone number*

(202) 637-2201
*FAX number*