# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

## [PROPOSED] ORDER GRANTING LEAVE TO FILE AN *AMICUS* BRIEF

This matter comes before the Court on the Motion of Alphabet Workers Union-CWA ("AWU-CWA") for Leave to File an *Amicus* Brief (the "Motion"). Having considered the Motion, and for good cause shown, the Motion is hereby GRANTED. AWU-CWA shall file an *amicus* brief no later than May 9, 2025.

Dated this _____ day of _____, 2025.

                                                                                  _____
                                                                                  Honorable Amit P. Mehta
                                                                                  UNITED STATES DISTRICT JUDGE

33349911.1