IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>        Plaintiffs,<br>v.<br>GOOGLE LLC,<br>        Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>        Plaintiffs,<br>v.<br>GOOGLE LLC,<br>        Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER GRANTING LEAVE TO FILE AN *AMICUS* BRIEF**

   This matter comes before the Court on the Motion of Alphabet Workers Union-CWA ("AWU-CWA") for Leave to File an *Amicus* Brief (the "Motion"). Having considered the Motion, and for good cause shown, the Motion is hereby GRANTED. AWU-CWA shall file an *amicus* brief no later than May 9, 2025.

   Dated this _____ day of _____, 2025.

                     _____
                     Honorable Amit P. Mehta
                     UNITED STATES DISTRICT JUDGE

33349911.1