**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America, *et al.,*<br><br>                        Plaintiffs,<br><br>        v.<br><br>Google LLC,<br><br>                    Defendant. | Civil Action No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |

**MOTION FOR PRO HAC VICE ADMISSION**
**OF ATTORNEY KATHARINE O'CONNOR**

Pursuant to Local Civil Rule 83.2(c) of the Rules of the United States District Court for the District of Columbia, the undersigned as a sponsoring member of the Bar of this Court respectfully moves for admission and appearance of attorney Katharine O'Connor *pro hac vice* in the above-captioned matter as counsel for Non-Party Motorola Mobility LLC. This motion is supported by the Declaration of Katharine O'Connor filed herewith. As set forth in Ms. O'Connor's declaration, she is admitted, practicing, and a member in good standing of the State Bar of Illinois. She is also admitted to the United States District Court for the Northern District of Illinois, the United States District Court for the Southern District of Illinois, the United States District Court for the Eastern District of Wisconsin, the United States District Court for the Western District of Michigan, and United States Court of Appeals for the Seventh Circuit. This motion is supported and signed by Anthony S. Ferrara, an active and sponsoring member of the Bar of this Court.

Dated:  April 30, 2025

Respectfully submitted,

_/s/ Anthony S. Ferrara_

Anthony S. Ferrara
MCDERMOTT WILL & EMERY, LLP
The McDermott Building
500 North Capitol Street, NW,
Washington, District of Columbia 20001
E-mail: Aferrara@mwe.com
Phone: 202-756-8000
Fax: 202-756-8087

_Attorney for Non-Party Motorola Mobility LLC._