IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| United States of America, *et al.*, | |
|---|---|
| Plaintiffs, | Civil Action No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

**ATTACHMENT TO DECLARATION FOR PRO HAC VICE
ADMISSION OF KATHARINE O'CONNOR**

Below please find a complete list of all state and federal courts in which Katharine O'Connor is a member "in good standing" to practice law:

| State Bar or Federal Court | Date | Bar No. (if applicable) |
|---|---|---|
| Illinois State Bar | November 4, 2010 | 6302675 |
| United States District Court for the Northern District of Illinois | February 9, 2011 | 6302675 |
| United States District Court for the Southern District of Illinois | February 22, 2016 | n/a |
| United States District Court for the Eastern District of Wisconsin | February 6, 2014 | 6302675 |
| United States District Court for the Western District of Michigan | October 22, 2013 | IL6302675 |
| U.S. Court of Appeals, Seventh Circuit | April 12, 2011 | n/a |

Katharine O'Connor