# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.,*<br><br>                              Plaintiffs,<br><br>       v.<br><br>Google LLC,<br><br>                              Defendant. | Civil Action No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY KATHARINE O'CONNOR PRO HAC VICE

This Court has reviewed Non-Party Motorola Mobility LLC's Motion for *Pro Hac Vice* Admission of Attorney Katharine O'Connor. Upon consideration of that motion, the Court grants Katharine O'Connor *pro hac vice* admission to this Court.

SO ORDERED.


DATE: _____         _____
                                                                    Hon. Amit P. Mehta
                                                                    United States District Judge