IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>      Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>      Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**CONSENT NOTICE OF DEFENDANTS' EXHIBITS OFFERED FOR ADMISSION**

Without opposition, Defendant Google LLC offers for admission into evidence the following remedies trial exhibits to which Plaintiffs made no specific objection or withdrew their objection:

| | | | |
|---|---|---|---|
| RDX0003 | RDX0117 | RDX0425 | RDX0488 |
| RDX0004 | RDX0125 | RDX0426 | RDX0489 |
| RDX0006 | RDX0126 | RDX0427 | RDX0490 |
| RDX0007 | RDX0130 | RDX0428 | RDX0491 |
| RDX0008 | RDX0131 | RDX0429 | RDX0492 |
| RDX0009 | RDX0132 | RDX0430 | RDX0493 |
| RDX0010 | RDX0136 | RDX0431 | RDX0494 |
| RDX0011 | RDX0137 | RDX0432 | RDX0495 |
| RDX0012 | RDX0140 | RDX0433 | RDX0496 |

| | | | |
|---|---|---|---|
| RDX0013 | RDX0141 | RDX0434 | RDX0497 |
| RDX0014 | RDX0142 | RDX0435 | RDX0498 |
| RDX0015 | RDX0302 | RDX0436 | RDX0499 |
| RDX0016 | RDX0303 | RDX0437 | RDX0500 |
| Intentionally Omitted | RDX0304 | RDX0438 | RDX0501 |
| RDX0018 | RDX0305 | RDX0439 | RDX0502 |
| RDX0019 | RDX0306 | RDX0440 | RDX0503 |
| RDX0021 | RDX0311 | RDX0441 | RDX0504 |
| RDX0023 | RDX0312 | RDX0443 | RDX0505 |
| RDX0026 | RDX0314 | RDX0444 | RDX0506 |
| RDX0027 | RDX0317 | RDX0445 | RDX0507 |
| RDX0031 | RDX0322 | RDX0446 | RDX0508 |
| RDX0033 | RDX0325 | RDX0447 | RDX0509 |
| RDX0035 | RDX0327 | RDX0448 | RDX0512 |
| RDX0036 | RDX0333 | RDX0449 | RDX0600 |
| RDX0037 | RDX0334 | RDX0450 | RDX0601 |
| RDX0038 | RDX0343 | RDX0451 | RDX0602 |
| RDX0041 | RDX0344 | RDX0452 | RDX0603 |
| RDX0044 | RDX0345 | RDX0453 | RDX0604 |
| RDX0045 | RDX0346 | RDX0454 | RDX0605 |
| RDX0046 | RDX0348 | RDX0455 | RDX0606 |
| RDX0047 | RDX0350 | RDX0456 | RDX0607 |
| RDX0049 | RDX0356 | RDX0457 | RDX0608 |
| RDX0050 | RDX0357 | RDX0458 | RDX0609 |
| RDX0051 | RDX0363 | RDX0459 | RDX0610 |
| RDX0053 | RDX0370 | RDX0460 | RDX0611 |
| RDX0054 | RDX0374 | RDX0461 | RDX0612 |
| RDX0055 | RDX0382 | RDX0462 | RDX0613 |
| RDX0055A | RDX0400 | RDX0463 | RDX0614 |
| RDX0056 | RDX0401 | RDX0464 | RDX0615 |
| RDX0057 | RDX0402 | RDX0465 | RDX0616 |
| RDX0058 | RDX0403 | RDX0466 | RDX0617 |
| RDX0059 | RDX0404 | RDX0467 | RDX0618 |
| RDX0060 | RDX0405 | RDX0468 | RDX0619 |
| RDX0061 | RDX0406 | RDX0469 | RDX0620 |
| RDX0062 | RDX0407 | RDX0470 | RDX0621 |
| RDX0063 | RDX0408 | RDX0471 | RDX0622 |
| RDX0064 | RDX0409 | RDX0472 | RDX0623 |
| RDX0065 | RDX0410 | RDX0473 | RDX0624 |

| RDX0066 | RDX0411 | RDX0474 | RDX0625 |
| --- | --- | --- | --- |
| RDX0067 | RDX0412 | RDX0475 | RDX0626 |
| RDX0068 | RDX0413 | RDX0476 | RDX0627 |
| RDX0069 | RDX0414 | RDX0477 | RDX0629 |
| RDX0070 | RDX0415 | RDX0478 | RDX0630 |
| RDX0072 | RDX0416 | RDX0479 | RDX0631 |
| RDX0089 | RDX0417 | RDX0480 | RDX0700 |
| RDX0092 | RDX0418 | RDX0481 | RDX0701 |
| RDX0095 | RDX0419 | RDX0482 | RDX0702 |
| RDX0096 | RDX0420 | RDX0483 | RDX0703 |
| RDX0098 | RDX0421 | RDX0484 | RDX0704 |
| RDX0102 | RDX0422 | RDX0485 | RDX0705 |
| RDX0106 | RDX0423 | RDX0486 | RDX0707 |
| RDX0107 | RDX0424 | RDX0487 | RDX0708 |
| RDX0111 | | | |

Dated: April 30, 2025

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: */s/ John E. Schmidtlein*
John E. Schmidtlein (D.C. Bar No. 441261)
Benjamin M. Greenblum (D.C. Bar No. 979786)
Colette T. Connor (D.C. Bar No. 991533)
680 Maine Avenue, SW
Washington, DC 20024
Tel: 202-434-5000
jschmidtlein@wc.com
bgreenblum@wc.com
cconnor@wc.com

WILSON SONSINI GOODRICH & ROSATI P.C.
Michael Sommer (admitted *pro hac vice*)
Franklin M. Rubinstein (D.C. Bar No. 476674)
1700 K Street, NW
Washington, DC 20006
Tel: 202-973-8800
msommer@wsgr.com
frubinstein@wsgr.com

ROPES & GRAY LLP
Mark S. Popofsky (D.C. Bar No. 454213)
2099 Pennsylvania Avenue, NW

Washington, DC 20006
Tel: 202-508-4624
Mark.Popofsky@ropesgray.com

Matthew McGinnis (admitted *pro hac vice*)
Prudential Tower
800 Boylston Street
Boston, MA 02199
Tel: 617-951-7703
Matthew.McGinnis@ropesgray.com

*Counsel for Defendant Google LLC*