IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br>          Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br>          Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*, <br><br>          Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br>          Defendant. | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

**CONSENT NOTICE OF DEFENDANTS' EXHIBITS OFFERED FOR ADMISSION SUBJECT TO STANDING OBJECTION TO EMBEDDED HEARSAY**

Without opposition, Defendant Google LLC offers the following remedies trial exhibits for admission into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained within:

| | | | |
|---|---|---|---|
| RDX0001 | RDX0082 | RDX0128 | RDX0337 |
| RDX0002 | RDX0083 | RDX0129 | RDX0338 |
| RDX0005 | RDX0084 | RDX0133 | RDX0339 |
| RDX0020 | RDX0085 | RDX0134 | RDX0340 |
| RDX0022 | RDX0086 | RDX0138 | RDX0341 |
| RDX0024 | RDX0087 | RDX0139 | RDX0347 |
| RDX0025 | RDX0088 | RDX0300 | RDX0349 |
| RDX0028 | RDX0090 | RDX0301 | RDX0351 |

| | | | |
|---|---|---|---|
| RDX0029 | RDX0091 | RDX0307 | RDX0353 |
| RDX0030 | RDX0093 | RDX0308 | RDX0358 |
| RDX0032 | RDX0094 | RDX0309 | RDX0359 |
| RDX0034 | RDX0099 | RDX0313 | RDX0360 |
| RDX0039 | RDX0100 | RDX0315 | RDX0361 |
| RDX0040 | RDX0101 | RDX0316 | RDX0362 |
| RDX0042 | RDX0103 | RDX0318 | RDX0362A |
| RDX0043 | RDX0105 | RDX0319 | RDX0364 |
| RDX0052 | RDX0112 | RDX0320 | RDX0365 |
| RDX0071 | RDX0113 | RDX0321 | RDX0366 |
| RDX0073 | RDX0114 | RDX0324 | RDX0367 |
| RDX0074 | RDX0115 | RDX0326 | RDX0368 |
| RDX0075 | RDX0116 | RDX0328 | RDX0369 |
| RDX0076 | RDX0117 | RDX0329 | RDX0510 |
| RDX0077 | RDX0118 | RDX0330 | RDX0372 |
| RDX0078 | RDX0120 | RDX0331 | RDX0373 |
| RDX0079 | RDX0122 | RDX0332 | RDX0382 |
| RDX0080 | RDX0124 | RDX0335 | RDX0371 |
| RDX0081 | RDX0127 | RDX0336 | RDX0323 |

Dated: April 30, 2025                           Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: */s/ John E. Schmidtlein*
John E. Schmidtlein (D.C. Bar No. 441261)
Benjamin M. Greenblum (D.C. Bar No. 979786)
Colette T. Connor (D.C. Bar No. 991533)
680 Maine Avenue, SW
Washington, DC 20024
Tel: 202-434-5000
jschmidtlein@wc.com
bgreenblum@wc.com
cconnor@wc.com

WILSON SONSINI GOODRICH & ROSATI P.C.
Michael Sommer (admitted *pro hac vice*)
Franklin M. Rubinstein (D.C. Bar No. 476674)
1700 K Street, NW
Washington, DC 20006
Tel: 202-973-8800
msommer@wsgr.com

2

frubinstein@wsgr.com

ROPES & GRAY LLP
Mark S. Popofsky (D.C. Bar No. 454213)
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: 202-508-4624
Mark.Popofsky@ropesgray.com

Matthew McGinnis (admitted *pro hac vice*)
Prudential Tower
800 Boylston Street
Boston, MA 02199
Tel: 617-951-7703
Matthew.McGinnis@ropesgray.com

*Counsel for Defendant Google LLC*