IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**ORDER GRANTING AMICUS CURIAE APPLE INC.'S
MOTION FOR LEAVE TO FILE UNDER SEAL**

    Upon consideration of amicus curiae Apple Inc.'s motion to file under seal, it is hereby ORDERED that Apple Inc.'s Motion for Leave to File Under Seal is GRANTED.  Balancing the *Hubbard* factors weighs in favor of sealing the portions requested by Apple, as their disclosure would reveal the business strategies and confidential information of a third party.  These considerations outweigh the public's interest in access.  Apple shall file a redacted version of the Giannandrea Declaration by May 2, 2025.

Amit Mehta
Digitally signed by Amit Mehta
Date: 2025.04.29 21:58:40 -04'00'

United States Judge