IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, et al.,<br><br>　　Plaintiffs,<br>　v.<br><br>Google LLC,<br><br>　　Defendant | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, et al.,<br><br>　　Plaintiffs,<br>　v.<br><br>Google LLC,<br><br>　　Defendant | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**MOTION FOR *PRO HAC VICE* ADMISSION OF LEE A. HEPNER**

Pursuant to Local Civil Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, the undersigned as a sponsoring member of the Bar of this Court respectfully moves for the admission and appearance of attorney Lee A. Hepner *pro hac vice* in the above-captioned matters for the sole purpose of submitting an amicus brief on behalf of Non-Party American Economic Liberties Project. Consistent with the Court's Scheduling Order, ECF No. 1201, American Economic Liberties Project will move for leave to file and submit its proposed amicus brief by May 9, 2025.

This motion is supported by the Declaration of Lee A. Hepner and a Certificate of Good Standing from the State Bar of California, filed herewith. As set forth in Mr. Hepner's

1

declaration, he is admitted, practicing, and a member in good standing of the State Bar of California. This motion is supported and signed by Katherine Van Dyck, an active and sponsoring member of the Bar of this Court

Respectfully submitted on this 1st day of May, 2025.

/s/ *Katherine Van Dyck*
Katherine Van Dyck, D.C. Bar #1002562
KVD Strategies PLLC
1717 N Street NW, Suite 1
Washington, D.C. 20036
katie@kvdstrategies.com