# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

**ISSUE DATE:** 4/30/2025

**LICENSEE NAME:** Lee Anthony Hepner

**LICENSEE BAR NUMBER:** 281522

**LICENSEE STATUS:** Active

**ADMIT DATE:** 12/22/2011

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of Lee Anthony Hepner's current standing with the State Bar of California as of the issue date.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record