IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, et al.,<br><br>        Plaintiffs,<br>  v.<br><br>Google LLC,<br><br>        Defendant | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, et al.,<br><br>        Plaintiffs,<br>  v.<br><br>Google LLC,<br><br>        Defendant | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER GRANTING MOTION FOR
<u>*PRO HAC VICE*</u> ADMISSION OF LEE A. HEPNER**

Upon consideration of the Motion for *Pro Hac Vice* Admission of Lee A. Hepner, and the accompanying Declaration and Certificate of Good Standing, it is hereby ORDERED that the motion for Lee A. Hepner to be admitted pro hac vice is hereby GRANTED

So **ORDERED** this _____ day of _____, 2025.

_____
Hon. Amit P. Mehta
United States District Judge