# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

**ISSUE DATE:** 4/30/2025

**LICENSEE NAME:** Catherine Susan Simonsen

**LICENSEE BAR NUMBER:** 307325

**LICENSEE STATUS:** Active

**ADMIT DATE:** 12/7/2015

To Whom it May Concern:

This certificate of standing certifies the record above is a true and correct copy of Catherine Susan Simonsen's current standing with the State Bar of California as of the issue date.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record