IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, et al.,<br><br>      Plaintiffs,<br> v.<br><br>Google LLC,<br><br>      Defendant | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, et al.,<br><br>      Plaintiffs,<br> v.<br><br>Google LLC,<br><br>      Defendant | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER GRANTING MOTION FOR
*PRO HAC VICE* ADMISSION OF CATHERINE S. SIMONSEN**

Upon consideration of the Motion for *Pro Hac Vice* Admission of Catherine S. Simonsen, and the accompanying Declaration and Certificate of Good Standing, it is hereby ORDERED that the motion for Catherine S. Simonsen to be admitted pro hac vice is hereby GRANTED

So **ORDERED** this _____ day of _____, 2025.

                                                          _____
                                                          Hon. Amit P. Mehta

United States District Judge