IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA<br><br>**Redacted Version** |

DECLARATION OF JOHN GIANNANDREA
ON BEHALF OF AMICUS CURIAE APPLE INC.

Pursuant to 28 U.S.C. § 1746(2), I, John Giannandrea, hereby declare:

1. I am Senior Vice President of Machine Learning and AI Strategy at Apple Inc. ("Apple"). I have been employed by Apple since 2018. I report directly to the CEO of Apple, Tim Cook.

2. In my current role, I oversee strategy for artificial intelligence ("AI") and machine learning ("ML") across Apple and the development of core ML technologies. I also oversee strategy and engineering investments related to Apple's Search products including search

1

suggestions in Safari and the Spotlight feature. I therefore have personal knowledge as to Apple's plans and strategy regarding search and AI.

3. On June 10, 2024, Apple announced Apple Intelligence at Apple's annual Worldwide Developers Conference. Apple Intelligence uses generative AI models integrated into Apple devices or accessible via Private Cloud Compute to help users write, express themselves, and get things done effortlessly. Apple Intelligence does this through a wide range of features that access a user's personal data to provide summaries of emails and transcripts, to elevate messages that require attention, and to reduce interruptions by understanding the content of notifications and their importance. Apple Intelligence does all this while maintaining a user's privacy.

4. Apple Intelligence powers Writing Tools that help proofread a user's work, create different versions of the same text to help find the right wording and tone, summarize selected text, and compose content from scratch. In the Image Playground app, users can use Apple Intelligence to combine concepts, text descriptions, and people from their photo library to create images. It can create original images and Genmoji based on people and photos from a user's Photos library. And it provides a more natural way of communicating with Siri, through richer language understanding and the ability to type to Siri whenever it is convenient.

5. Private Cloud Compute ("PCC") is a groundbreaking cloud intelligence system designed specifically for private AI processing that cannot be performed on a user's device. Private Cloud Compute extends the same on-device privacy protections to the cloud: Personal user data sent to PCC isn't accessible to anyone other than the user — not even to Apple.

6. The Apple Intelligence system is grounded in on-device and private cloud AI processing and searching personal data. Embedded into the device's operating system, Apple Intelligence's primary focus is to process information on a user's Apple device in order to simplify and accelerate everyday tasks, providing a use case distinct from standalone AI chatbots.

7.  Given Apple Intelligence's focus on on-device, personal data, Apple sought to partner with third parties in order to utilize third-party generative AI technologies with Siri and Writing Tools to enhance Apple's ability to answer a wider range of world-knowledge queries that go beyond Apple's search index and on-device answer experiences.

8.  In June 2024, Apple announced that it was partnering with OpenAI to provide a direct connection to ChatGPT from Siri and Writing Tools. Apple launched its ChatGPT offering in December 2024. This is consistent with Apple's commitment to providing the best experience for our users, including by partnering with companies that have the best technology to make those leading products available to our users.

9.  During the liability trial in this matter, I testified that Apple has no plans to build a general search engine product. That remains true today. Doing so would divert billions of dollars, as well as valuable human resources, away from ████████████████████████████ ████████████████████████████ Diverting these resources in pursuit of a general search engine product would require significant effort with minimal incremental value to users, especially given the established general search solutions and emerging alternatives available in the marketplace today.

10. In support of Apple's efforts to provide direct answers to certain queries, Apple maintains an internal search web index ████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████ However, scaling these efforts to build a general search engine product would require considerable investments in and expansions of Apple's data acquisition, engineering, and advertising efforts. Moreover, building the kind of advertising business necessary to monetize a general search engine would be an enormous, years-long undertaking in

order to operate it in a manner consistent with Apple's focus on privacy and protecting its users' data.

11. Apple's strategic focus on ███████, rather than building a general search engine product, is also evidenced by the scale of Apple's web-indexing. Since 2022, Apple has maintained an index of approximately ███████ webpages. This size is fit for the primary purpose of answering questions directly in Apple properties, including Siri Knowledge and Answers that provides high-quality direct answers in response to queries across a variety of domains. A successful general search engine would require an index that is approximately ███████ larger.

12. ████████████████████████████████████████████████████████████ Siri Knowledge and Answers can answer general knowledge requests such as the population of a city, the age of a celebrity, or the score of a sports game, but this is a distinct use case from a general-purpose search engine product. ███████
████████████████████████████████████████████████████████████
████████████████████████████████████████

13. The changes that generative AI are bringing to general search make it even riskier for Apple to invest the capital, resources, and infrastructure that would be necessary to build and run a traditional general search engine product, because the way users are searching is rapidly changing.

14. I previously testified that traditional general search engine products were not strategically sound investments, and that is even more true today than it was then. Generative AI is rapidly replacing general search for millions of users who now expect conversational, context-aware answers instead of lists of links. While I previously observed that venture capital appeared reluctant to fund a new traditional search engine product, that is not the case for AI technologies

4

and generative search, whose rapid growth has been spurred by substantial venture and institutional investment.

15. Apple's recent data shows that generative AI is changing user search behavior ▮

▮

▮

▮

▮

16. I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 21, 2025, at Cupertino, California.

*[signature]*
John Giannandrea