AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-3010-APM |
| Google LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

News/Media Alliance.

Date: 05/06/2025

/s/ Brandon Kressin
*Attorney's signature*

Brandon Kressin 1002008
*Printed name and bar number*

400 Seventh Street NW, Ste 300
Washington, DC 20004

*Address*

brandon@kressinpowers.com
*E-mail address*

(202) 464-2905
*Telephone number*

*FAX number*