IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | |
| GOOGLE LLC, | HON. AMIT P. MEHTA |
| Defendant. | |
| STATE OF COLORADO, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | |
| GOOGLE LLC, | HON. AMIT P. MEHTA |
| Defendant. | |

**APPEARANCE OF COUNSEL**

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Non-Party Petitioner Bipartisan Former Antitrust Enforcers.

1

Dated: May 6, 2025                                   Respectfully submitted,

                                                     */s/ Ian Simmons*
                                                     Ian Simmons (Bar No. 439645)
                                                     O'MELVENY & MYERS LLP
                                                     1625 Eye St., NW
                                                     Washington, D.C. 20006
                                                     Telephone:    +1 202 383 5300
                                                     Facsimile:    +1 202 383 5414
                                                     isimmons@omm.com

                                                     Attorney for Non-Party Bipartisan Former
                                                     Antitrust Enforcers

## CERTIFICATE OF SERVICE

    I hereby certify that on May 6, 2025, the foregoing document was electronically submitted with the clerk of the court for the United States District Court, District of Columbia, using the electronic case file system of the court. The electronic case file system sent a "Notice of Electronic Filing" to all counsel of record.

    */s/ Ian Simmons*
    Ian Simmons