IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br><br> HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03715-APM <br><br><br> HON. AMIT P. MEHTA |

**[PROPOSED] ORDER GRANTING MOTION BY BIPARTISAN FORMER ANTITRUST ENFORCERS FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF NEITHER PARTY**

Upon this Court's review and full consideration of the Motion for Leave to File *Amicus Curiae* Brief by Bipartisan Former Antitrust Enforcers in *United States, et al. v. Google LLC*, Case No. 1:20-cv-03010-APM and *Colorado, et al. v. Google LLC*, Case No. 1:20-cv-03715-APM, and there appearing good cause to grant leave, it is hereby ORDERED that the Motion is GRANTED, and the attached proposed *amicus curiae* brief shall be deemed submitted and shall be considered part of the record in this matter.

Dated:_____                _____
                                            HONORABLE AMIT P. MEHTA
                                            UNITED STATES DISTRICT JUDGE