# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | |
| GOOGLE LLC, | HON. AMIT P. MEHTA |
| Defendant. | |
| STATE OF COLORADO, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | |
| GOOGLE LLC, | HON. AMIT P. MEHTA |
| Defendant. | |

**NON-PARTY BIPARTISAN FORMER ANTITRUST ENFORCERS' MOTION FOR ADMISSION *PRO HAC VICE* OF PETER HERRICK**

Pursuant to Local Civil Rule 82.2(c) of the Rules of the United States District Court for the District of Columbia, the undersigned as a sponsoring member of the Bar of this Court respectfully moves for admission and appearance of Peter Herrick *pro hac vice* in the above-reference action as counsel for Non-Party Petitioner Bipartisan Former Antitrust Enforcers.

This motion is supported by the Declaration of Peter Herrick, which is filed herewith. As set forth in Mr. Herrick's declaration, he is admitted, practicing, and a member of good standing of the New York State Bar. This motion is supported and signed by Ian Simmons, an active and sponsoring member of the Bar of this Court.

Dated: May 6, 2025						Respectfully submitted,

							/s/ Ian Simmons
							Ian Simmons (Bar No. 439645)
							O'MELVENY & MYERS LLP
							1625 Eye St., NW
							Washington, D.C. 20006
							Telephone:	+1 202 383 5300
							Facsimile:	+1 202 383 5414
							isimmons@omm.com

							Attorney for Non-Party Bipartisan Former
							Antitrust Enforcers

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2025, the foregoing document was electronically submitted with the clerk of the court for the United States District Court, District of Columbia, using the electronic case file system of the court. The electronic case file system sent a "Notice of Electronic Filing" to all counsel of record.

*/s/ Ian Simmons*
Ian Simmons