### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | |
| GOOGLE LLC, | HON. AMIT P. MEHTA |
| Defendant. | |

| | |
|---|---|
| STATE OF COLORADO, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | |
| GOOGLE LLC, | HON. AMIT P. MEHTA |
| Defendant. | |

**DECLARATION OF PETER HERRICK IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Peter Herrick, declare as follows:

1. I am counsel for Non-Party Bipartisan Former Antitrust Enforcers, in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2. My full name is Peter Clemens Herrick.

3. I have been admitted to the New York State Bar (#4342481) and I am in good standing of that bar.

1

4. I am a Partner with the law firm O'Melveny & Myers LLP. My office address is 1301 Ave. of the Americas, 17th Fl., New York, NY 10019. My telephone number is (212) 326-2000. My email address is pherrick@omm.com.

5. I am a member in good standing of the following bars: New York (#4342481), Washington, D.C. (#1029327), United States Court for the Eastern District of New York, and United States Court for the Southern District of New York.

6. I have never been disciplined by any bar.

7. In the last two years, I have not been admitted *pro hac vice* in this Court.

8. I do not have a pending application for admission into USDC for the District of Columbia.

*[signature]*

Peter Herrick (D.C. Bar No. 1029327)
O'MELVENY & MYERS LLP
1301 Avenue of the Americas
17th Floor
New York, NY 10019
Telephone:   +1 212 326 2000
Facsimile:    +1 212 326 2061
pherrick@omm.com

2



## Appellate Division of the Supreme Court
## of the State of New York
## First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Peter Clemens Herrick

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **August 1, 2005,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on May 6, 2025.

*Susanna M. Rojas*
Clerk of the Court

CertID-00229902



# Supreme Court of the State of New York
## Appellate Division, First Department

| | |
|---|---|
| **DIANNE T. RENWICK**<br>Presiding Justice | **MARGARET SOWAH**<br>Deputy Clerk of the Court |
| **SUSANNA MOLINA ROJAS**<br>Clerk of the Court | **DOUGLAS C. SULLIVAN**<br>Deputy Clerk of the Court |

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

    Bar examination history is available from the New York State Board of Law Examiners.

    Instructions, forms and links are available on this Court's website.

*Susanna Rojas*
Susanna Rojas
Clerk of the Court

Revised October 2020