IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br>   Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br>   Defendant. | Case No. 1:20-cv-03010-APM <br><br><br> HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*, <br><br>   Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br>   Defendant. | Case No. 1:20-cv-03715-APM <br><br><br> HON. AMIT P. MEHTA |

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF
PETER HERRICK**

Having considered the Motion of Bipartisan Former Antitrust Enforcers seeking admission pro hac vice of Peter Herrick, and the Declaration of Peter Herrick submitted in support of the Motion, it is HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* of Peter Herrick is GRANTED.

_____
Hon. Amit P. Mehta
United States District Judge

1