# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

## NON-PARTY BIPARTISAN FORMER ANTITRUST ENFORCERS' MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL F. ROSENBLATT

Pursuant to Local Civil Rule 82.2(c) of the Rules of the United States District Court for the District of Columbia, the undersigned as a sponsoring member of the Bar of this Court respectfully moves for admission and appearance of Michael F. Rosenblatt *pro hac vice* in the above-reference action as counsel for Non-Party Petitioner Bipartisan Former Antitrust Enforcers.

This motion is supported by the Declaration of Michael F. Rosenblatt, which is filed herewith. As set forth in Mr. Rosenblatt's declaration, he is admitted, practicing, and a member of good standing of the Washington, D.C. Bar. This motion is supported and signed by Ian Simmons, an active and sponsoring member of the Bar of this Court.

Dated: May 6, 2025

Respectfully submitted,

*/s/ Ian Simmons*
Ian Simmons (Bar No. 439645)
O'MELVENY & MYERS LLP
1625 Eye St., NW
Washington, D.C. 20006
Telephone:  +1 202 383 5300
Facsimile:  +1 202 383 5414
isimmons@omm.com

Attorney for Non-Party Bipartisan Former Antitrust Enforcers

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2025, the foregoing document was electronically submitted with the clerk of the court for the United States District Court, District of Columbia, using the electronic case file system of the court. The electronic case file system sent a "Notice of Electronic Filing" to all counsel of record.

*/s/ Ian Simmons*
Ian Simmons
