IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br>    Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br>    Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*, <br><br>    Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br>    Defendant. | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

**DECLARATION OF MIKE ROSENBLATT IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Michael F. Rosenblatt, declare as follows:

1. I am counsel for Non-Party Bipartisan Former Antitrust Enforcers, in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2. My full name is Michael F. Rosenblatt.

3. I have been admitted to the Washington, D.C. Bar (#1656892) and I am in good standing of that bar.

1

4. I am an attorney with the law firm O'Melveny & Myers LLP. My office address is 1625 Eye Street, NW, Washington, D.C. 20006. My telephone number is (202) 383-5300. My email address is mrosenblatt@omm.com.

5. I have never been disciplined by any bar.

6. In the last two years, I have not been admitted *pro hac vice* in this Court.

7. I do not have a pending application for admission into USDC for the District of Columbia.

/s/ *(signature)*
Michael F. Rosenblatt (D.C. Bar No. 1656892)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4061
Telephone:   +1 202 383 5300
Facsimile:   +1 202 383 5414
mrosenblatt@omm.com

2



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Michael Rosenblatt

was duly qualified and admitted on July 9, 2019 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 02, 2025.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*