IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br><br> HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03715-APM <br><br><br> HON. AMIT P. MEHTA |

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF
MICHAEL F. ROSENBLATT**

Having considered the Motion of Bipartisan Former Antitrust Enforcers seeking admission *pro hac vice* of Michael F. Rosenblatt, and the Declaration of Michael F. Rosenblatt submitted in support of the Motion, it is HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* of Michael F. Rosenblatt is GRANTED.

                                                                                                   _____
                                                                                                   Hon. Amit P. Mehta
                                                                                                   United States District Judge