IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**DECLARATION OF ANDREW EZEKOYE IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Andrew Ezekoye, declare as follows:

1. I am counsel for Non-Party Bipartisan Former Antitrust Enforcers, in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2. My full name is Andrew Ezekoye.

3. I have been admitted to the California State Bar (#360536) and I am in good standing of that bar.

1

4. I am an attorney with the law firm O'Melveny & Myers LLP. My office address is Two Embarcadero Center, 28th Floor, San Francisco, CA 94111. My telephone number is (415) 984-8700. My email address is aezekoye@omm.com.

5. I have never been disciplined by any bar.

6. In the last two years, I have never been admitted *pro hac vice* in this Court.

7. I do not have a pending application for admission into USDC for the District of Columbia.

_____
Andrew Ezekoye

2



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### ANDREW NBUDISI EZEKOYE II

*I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby ANDREW NDUBISI EZEKOYE II, #360536, was on the 26th day of February 2025 duly admitted to practice as an attorney and counselor at law in all the courts of this state and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 2nd day of May 2025.*

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

By: _____
D. Urzua, Deputy Clerk

