IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | |
| GOOGLE LLC, | HON. AMIT P. MEHTA |
| Defendant. | |
| STATE OF COLORADO, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | |
| GOOGLE LLC, | HON. AMIT P. MEHTA |
| Defendant. | |

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF ANDREW EZEKOYE**

Having considered the Motion of Bipartisan Former Antitrust Enforcers seeking admission pro hac vice of Andrew Ezekoye, and the Declaration of Andrew Ezekoye submitted in support of the Motion, it is HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* of Andrew Ezekoye is GRANTED.

_____
Hon. Amit P. Mehta
United States District Judge

1