IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

**DECLARATION OF JOSHUA P. CAYETANO IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Joshua P. Cayetano, declare as follows:

1. I am counsel for Non-Party Bipartisan Former Antitrust Enforcers, in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2. My full name is Joshua Peter Hickner Cayetano.

3. I have been admitted to the California State Bar (#359483) and I am in good standing of that bar.

1

4. I am an attorney with the law firm O'Melveny & Myers LLP. My office address is Two Embarcadero Center, 28th Floor, San Francisco, CA 94111. My telephone number is (415) 984-8700. My email address is jcayetano@omm.com.

5. I have never been disciplined by any bar.

6. In the last two years, I have not been admitted *pro hac vice* in this Court.

7. I do not have a pending application for admission into USDC for the District of Columbia.

_____
Joshua P. Cayetano



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *JOSHUA PETER HICKNER CAYETANO*

I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby JOSHUA PETER HICKNER CAYETANO, #359483, was on the 11th day of December 2024 duly admitted to practice as an attorney and counselor at law in all the courts of this state and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court on the 2nd day of May 2025.

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

By: _____
D. Urzua, Deputy Clerk

