IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.,*<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>Google LLC,<br><br>　　　　　　　　　　Defendant. | Civil Action No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |

## MOTION FOR PRO HAC VICE ADMISSION
## OF ATTORNEY STEPHEN WU

Pursuant to Local Civil Rule 83.2(c) of the Rules of the United States District Court for the District of Columbia, the undersigned as a sponsoring member of the Bar of this Court respectfully moves for admission and appearance of attorney Stephen Wu *pro hac vice* in the above-captioned matter as counsel for Non-Party Motorola Mobility LLC. This motion is supported by the Declaration of Stephen Wu filed herewith. As set forth in Mr. Wu's declaration, he is admitted, practicing, and a member in good standing of the State Bar of Illinois. He is also admitted to the United States District Court for Northern District of Illinois, the United States District Court for Eastern District of Michigan, the United States District Court for the Southern District of Illinois, the United States Court of Appeals for the Seventh Circuit, the United States Court of Appeals for the Sixth Circuit, and the United States Court of Appeals for the Ninth Circuit. This motion is supported and signed by Anthony S. Ferrara, an active and sponsoring member of the Bar of this Court.

Dated:  May 7, 2025

Respectfully submitted,

/s/ Anthony S. Ferrara
--------------------------------

Anthony S. Ferrara
MCDERMOTT WILL & EMERY, LLP
The McDermott Building
500 North Capitol Street, NW,
Washington, District of Columbia 20001
E-mail: Aferrara@mwe.com
Phone: 202-756-8000
Fax: 202-756-8087

*Attorney for Non-Party Motorola Mobility LLC.*