IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| United States of America, *et al.*, | |
|---|---|
| Plaintiffs, | |
| v. | Civil Action No. 1:20-cv-03010-APM |
| Google LLC, | HON. AMIT P. MEHTA |
| Defendant. | |

**ATTACHMENT TO DECLARATION FOR PRO HAC VICE
ADMISSION OF STEPHEN WU**

Below please find a complete list of all state and federal courts in which Stephen Wu is a member "in good standing" to practice law:

| **State Bar or Federal Court** | **Date** | **Bar No.** (if applicable) |
|---|---|---|
| Illinois State Bar | November 4, 1999 | 6269298 |
| United States District Court for Northern District of Illinois | Aug. 14, 2006 | n/a |
| United States District Court for Eastern District of Michigan | October 4, 2007 | n/a |
| United States Court of Appeals for the Seventh Circuit | May 14, 2010 | n/a |
| United States Court of Appeals for the Sixth Circuit | September 17, 2012 | n/a |
| United States Court of Appeals for the Ninth Circuit | February 12, 2019 | n/a |
| United States District Court for the Southern District of Illinois | November 14, 2012 | n/a |

_____
Stephen Wu