# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.,*<br><br>                                    Plaintiffs,<br><br>            v.<br><br>Google LLC,<br><br>                                    Defendant. | Civil Action No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY STEPHEN WU PRO HAC VICE

This Court has reviewed Non-Party Motorola Mobility LLC's Motion for *Pro Hac Vice* Admission of Attorney Stephen Wu. Upon consideration of that motion, the Court grants Stephen Wu *pro hac vice* admission to this Court.

SO ORDERED.

DATE: _____            _____
                                                                        Hon. Amit P. Mehta
                                                                        United States District Judge