IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America, *et al.*,

                Plaintiffs,

v.

Google LLC,

                Defendant.

Case No. 1:20-cv-03010-APM

HON. AMIT P. MEHTA

**APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE THAT the undersigned, of the law firm McDermott Will & Emery LLP, is admitted to practice in this court Pro Hac Vice and is hereby entering an appearance as counsel of record for non-party Motorola Mobility LLC in the above-captioned matter.

Dated:  May 7, 2025

                By: */s/ Katharine O'Connor*

                Katharine O'Connor

                **MCDERMOTT WILL & EMERY LLP**

                444 West Lake Street
                Chicago IL 60606-0029
                Tel: 312 984 3627
                Email:  koconnor@mwe.com

                *Attorney for non-party Motorola Mobility LLC*