AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 1:20-cv-03010-APM |
| Google LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Economic Liberties Project.

Date: 05/07/2025

s/ Catherine S. Simonsen
*Attorney's signature*

Catherine S. Simonsen, CA Bar No. 307325
*Printed name and bar number*

American Economic Liberties Project
2001 Pennsylvania Ave NW, Suite 540
Washington, DC 20006
*Address*

csimonsen@economicliberties.us
*E-mail address*

(917) 747-5196
*Telephone number*

*FAX number*