## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | |
| GOOGLE LLC, | HON. AMIT P. MEHTA |
| Defendant. | |

| | |
|---|---|
| STATE COLORADO, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | |
| GOOGLE LLC, | HON. AMIT P. MEHTA |
| Defendant. | |

## **APPEARANCE OF COUNSEL**

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Non-Party Chamber of Progress and Computer & Communications Industry Association.

Dated: May 7, 2025

                                                                             Respectfully submitted,

                                                                             By: */s/ Benjamin Bradshaw*
                                                                                 Benjamin Bradshaw
                                                                                 D.C. Bar No. 460539
                                                                                 O'Melveny & Myers LLP
                                                                                 1625 Eye Street, NW
                                                                                 Washington, DC 20006
                                                                                  Telephone: (202) 383-5163
                                                                                 Facsimile: (202) 383-5414
                                                                                 Email: bbradshaw@omm.com

                                                                                 *Counsel for Non Party Chamber of*
                                                                                 *Progress and Computer &*
                                                                                 *Communications Industry Association*

## CERTIFICATE OF SERVICE

    I hereby certify that on May 7, 2025, the foregoing document was electronically submitted with the clerk of the court for the United States District Court for the District of Columbia, using the electronic case file system of the court.  The electronic case file system sent a "Notice of Electronic Filing" to call counsel of record.

                                                                      */s/ Benjamin Bradshaw*
                                                                      Benjamin Bradshaw