**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br><br> HON. AMIT P. MEHTA |
| STATE COLORADO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03715-APM <br><br><br> HON. AMIT P. MEHTA |

### *AMICI CURIAE* CHAMBER OF PROGRESS AND COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION MOTION FOR ADMISSION *PRO HAC VICE* OF ANNA T. PLETCHER

Pursuant to Local Civil Rule 83.2(e) of the Rules of the United States District Court for the District of Columbia, the undersigned as a sponsoring member of the Bar of this Court respectfully moves for admission and appearance of Anna T. Pletcher *pro hac vice* in the above-referenced action as counsel for *Amici Curiae* Chamber of Progress and Computer & Communications Industry Association.

This motion is supported by the Declaration of Anna T. Pletcher, which is filed herewith. As set forth in Ms. Pletcher's declaration, she is admitted, practicing, and a member of good standing of the California State Bar. This motion is supported and signed by Benjamin Bradshaw, an active and sponsoring member of the Bar of this Court.

1

Dated: May 7, 2025                                  Respectfully submitted,

                                                                      By: */s/ Benjamin Bradshaw*
                                                                          Benjamin Bradshaw
                                                                          D.C. Bar No. 460539
                                                                          **O'MELVENY & MYERS LLP**
                                                                          1625 Eye Street, NW
                                                                          Washington, DC 20006
                                                                          Telephone: (202) 383-5163
                                                                          Facsimile: (202) 383-5414
                                                                          Email: bbradshaw@omm.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2025, the foregoing document was electronically submitted with the clerk of the court for the United States District Court for the District of Columbia, using the electronic case file system of the court.  The electronic case file system sent a "Notice of Electronic Filing" to call counsel of record.

*/s/ Benjamin Bradshaw*
Benjamin Bradshaw
