UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE COLORADO, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>       Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF ANNA T. PLETCHER**

Upon consideration of the motion of *Amici Curiae* Chamber of Progress and Computer & Communications Industry Association, seeking the admission *pro hac vice* of Anna T. Pletcher, and the Declaration of Anna T. Pletcher submitted in support of the motion, it is HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* of Anna T. Pletcher is GRANTED.

_____
Hon. Amit P. Mehta
United States District Judge

1