# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>   Plaintiffs,<br><br> v.<br><br>GOOGLE LLC,<br><br>   Defendant. | Case No. 1:20-cv-03010-APM<br><br><br>HON. AMIT P. MEHTA |
| STATE COLORADO, *et al.*,<br><br>   Plaintiffs,<br><br> v.<br><br>GOOGLE LLC,<br><br>   Defendant. | Case No. 1:20-cv-03715-APM<br><br><br>HON. AMIT P. MEHTA |

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF SERGEI ZASLAVSKY

Upon consideration of the motion of *Amici Curiae* Chamber of Progress and Computer & Communications Industry Association, seeking the admission *pro hac vice* of Sergei Zaslavsky, and the Declaration of Sergei Zaslavsky submitted in support of the motion, it is HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* of Sergei Zaslavsky is GRANTED.

               _____
               Hon. Amit P. Mehta
               United States District Judge

1