## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | |
| GOOGLE LLC, | HON. AMIT P. MEHTA |
| Defendant. | |

| | |
|---|---|
| STATE COLORADO, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | |
| GOOGLE LLC, | HON. AMIT P. MEHTA |
| Defendant. | |

## DECLARATION FOR *PRO HAC VICE* ADMISSION OF MELISSA CASSEL-WALKER

In accordance with Local Civil Rule 83.2(e)(2), I hereby declare that the answers to the following questions are complete, true and correct:

1. Full name:

   Melissa Cassel-Walker

2. State bar membership number:

   California State Bar No. 324680

3. Business address, telephone and fax numbers:

   O'Melveny & Myers LLP
   Two Embarcadero Center, 28th Floor
   San Francisco, CA 94111
   Tel: (415) 984-8700
   Fax: (415) 984-8701

4.  List all state and federal courts or bar associations in which you are a member "in

    good standing" to practice law:

    California State Bar
    U.S. Court of Appeals for the Second Circuit
    U.S. Court of Appeals for the Fifth Circuit
    U.S. Court of Appeals for the Sixth Circuit
    U.S. Court of Appeals for the Ninth Circuit
    U.S. Court of Appeals for the Eleventh Circuit
    U.S. Supreme Court

5.  Have you been denied admission, disbarred, suspended from practice, reprimanded,

    denied "in good standing" status, or otherwise disciplined by any court, bar

    association, grievance committee or administrative body? Yes ☐  No ■

6.  Have any proceedings which could lead to any such disciplinary action been

    instituted against you in any such bodies?  Yes ☐  No ■

7.  List the number of times the attorney has been admitted pro hac vice into this court

    within the last two years.            None

(If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8.  Are you a member of the DC Bar?

9.  Do you have a pending application for admission into USDC for the District of

    Columbia?

I declare under penalty of perjury that the foregoing is true and correct.


May 7, 2025
_____                    _____
Date                                        Signature of Attorney


2