UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br><br> HON. AMIT P. MEHTA |
| STATE COLORADO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03715-APM <br><br><br> HON. AMIT P. MEHTA |

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF
MELISSA C. CASSEL-WALKER**

Upon consideration of the motion of *Amici Curiae* Chamber of Progress and Computer & Communications Industry Association, seeking the admission *pro hac vice* of Melissa C. Cassel-Walker, and the Declaration of Melissa C. Cassel-Walker submitted in support of the motion, it is HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* of Melissa C. Cassel-Walker is GRANTED.

_____
Hon. Amit P. Mehta
United States District Judge

1