# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br>      Plaintiffs, <br><br>v. <br><br>GOOGLE LLC, <br><br>      Defendant, <br><br>  and <br><br>APPLE INC., <br><br>      Amicus Curiae. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*, <br><br>      Plaintiffs, <br><br>v. <br><br>GOOGLE LLC, <br><br>      Defendant, <br><br>  and <br><br>APPLE INC., <br><br>      Amicus Curiae. | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

**APPLE INC.'S MOTION FOR EXTENSION OF TIME**

Apple respectfully moves for an extension of time within which to file its amicus brief, up to and including Monday, May 12, 2025.

Plaintiffs stated earlier today that they intend to present a rebuttal case on Friday, May 9, 2025, the same day that Apple must file its amicus brief. Dkt. No. 1201 at 2. Plaintiffs further stated that they intend to call Dr. Tasneem Chipty as a rebuttal witness. This Court approved Plaintiffs' presentation of a rebuttal case. Dr. Chipty has already testified extensively to issues concerning Apple, including its incentives to enter the market for general search services. Dr. Chipty may supplement or extend that testimony during Plaintiffs' rebuttal case, and Plaintiffs may also present other testimony relevant to Apple. If Apple is required to file its amicus brief on May 9, it will not have a meaningful opportunity to review the testimony presented as part of Plaintiffs' rebuttal case and to respond to evidence affecting Apple's substantial interests at stake in this litigation.

In order to submit a brief that is of greatest assistance to the Court, Apple would appreciate the opportunity to file its amicus brief no later than Monday, May 12, 2025. This short extension of time will allow Apple to review, assess, and respond to any evidence introduced on May 9 that implicates Apple. Apple contacted counsel for Plaintiffs and for Google regarding this motion: Plaintiffs stated they oppose Apple's request but did not disavow that Dr. Chipty may present testimony implicating Apple's interests, and Google stated that it takes no position on this request. Apple appreciates the Court's consideration of this motion.

Dated: May 7, 2025

                                                LATHAM & WATKINS LLP

                                                By *s/ Sarah M. Ray*
                                                     Alfred C. Pfeiffer, Jr. (*pro hac vice*)
                                                     Sarah M. Ray (*pro hac vice*)

Aaron T. Chiu (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600
Fax: (415) 395-8095
Email: al.pfeiffer@lw.com
         sarah.ray@lw.com
         aaron.chiu@lw.com

Gregory G. Garre (D.C. Bar No. 440779)
Peter E. Davis (D.C. Bar No. 1686093)
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: gregory.garre@lw.com
         peter.davis@lw.com

*Counsel for Amicus Apple Inc.*