IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant,<br><br> and<br><br>APPLE INC.,<br><br>    Amicus Curiae. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant,<br><br> and<br><br>APPLE INC.,<br><br>    Amicus Curiae. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION**

  The Court has reviewed Apple Inc.'s Motion for an Extension on Time to file its amicus brief. Upon consideration of that motion, it is hereby

  **ORDERED** that Apple's Motion for an Extension of Time is **GRANTED**; and it is further

  **ORDERED** that Apple shall file its amicus brief on or before May 12, 2025.

2

**IT IS SO ORDERED.**

Dated: _____                    _____
                                                                                            Amit P. Mehta
                                                                                  United States District Judge