UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Case No. 1:20-cv-03010-APM<br><br><br>HON. AMIT P. MEHTA |
| STATE COLORADO, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Case No. 1:20-cv-03715-APM<br><br><br>HON. AMIT P. MEHTA |

### DECLARATION FOR *PRO HAC VICE* ADMISSION OF MONSURA A. SIRAJEE

In accordance with Local Civil Rule 83.2(e)(2), I hereby declare that the answers to the following questions are complete, true and correct:

1. Full name:

    Monsura A. Sirajee

2. State bar membership number:

    Washington D.C. Bar No. 90001359

3. Business address, telephone and fax numbers:

    O'Melveny & Myers LLP
    1625 Eye Street, NW
    Washington, DC 20006
    Tel: (202) 383-5300
    Fax: (202) 383-5414

1

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

   Washington D.C. Bar
   California State Bar
   U.S. District Court for the Central District of California
   U.S. District Court for the Northern District of California
   U.S. Court of Appeals for the Ninth Circuit

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body? Yes ☐  No ■

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies? Yes ☐  No ■

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years.     None

(If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8. Are you a member of the DC Bar?     Yes

9. Do you have a pending application for admission into USDC for the District of Columbia?  No

I declare under penalty of perjury that the foregoing is true and correct.

May 7, 2025                                          M. [signature]
_____                    _____
Date                                                  Signature of Attorney