# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | |
| GOOGLE LLC, | HON. AMIT P. MEHTA |
| Defendant. | |

| | |
|---|---|
| STATE COLORADO, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | |
| GOOGLE LLC, | HON. AMIT P. MEHTA |
| Defendant. | |

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF MONSURA A. SIRAJEE

Upon consideration of the motion of *Amici Curiae* Chamber of Progress and Computer & Communications Industry Association, seeking the admission *pro hac vice* of Monsura A. Sirajee, and the Declaration of Monsura A. Sirajee submitted in support of the motion, it is HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* of Monsura A. Sirajee is GRANTED.

_____
Hon. Amit P. Mehta
United States District Judge

1