## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 20-CV-3010 (APM) |
| STATE OF COLORADO et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 20-CV-3715 (APM) |

### MOTION FOR ADMISSION *PRO HAC VICE* OF ANDREW C. FINCH

Movant John D. Buretta, on behalf of amicus Brave Software, Inc., respectfully moves this Court, pursuant to Local Civil Rule 83.2(e) of the Rules of the United States District Court for the District of Columbia, for an Order allowing the admission of Andrew C. Finch as attorney *pro hac vice* to appear in this action as counsel for amicus Brave Software, Inc., and in support of this motion states as follows:

1. Andrew C. Finch is a partner with Cravath, Swaine & Moore LLP. He is a member in good standing of each Bar to which he is admitted and has never been disciplined. The declaration of Mr. Finch is attached hereto.

2. Mr. Buretta is admitted to practice before this Court.

3. The required $100 fee to file this motion will be paid during the electronic filing process.

WHEREFORE, Movant John D. Buretta, on behalf of amicus Brave Software, Inc., respectfully requests, pursuant to Local Civil Rule 83.2(e) of the Rules of the United States District Court for the District of Columbia, that this Court grant the admission of Andrew C. Finch as attorney *pro hac vice* to appear in this action as counsel for amicus Brave Software, Inc.

Dated:  May 7, 2025

*/s/ John D. Buretta*
**CRAVATH, SWAINE & MOORE LLP**

John D. Buretta  (Bar ID: NY0358)
jburetta@cravath.com

375 Ninth Avenue
New York, New York 10001
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

*Attorney for Amicus, Brave Software, Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2025, I caused a true and correct copy of the foregoing to be filed electronically with the Clerk of the Court on the ECF system and transmitted to counsel registered to receive electronic service.

                                                          */s/ John D. Buretta*
                                                         John D. Buretta