**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 20-CV-3010 (APM) |
| STATE OF COLORADO et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 20-CV-3715 (APM) |

**DECLARATION OF ANDREW C. FINCH**
**IN SUPPORT OF MOTION TO ADMIT *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(e) of the United States District Court for the District of Columbia, I, Andrew C. Finch, declare as follows:

1.      My name is Andrew C. Finch.  I serve as counsel for Brave Software, Inc.

2.      I am an attorney practicing with the firm of Cravath, Swaine & Moore, LLP, located at 2 Manhattan West, New York, NY 10001.  My phone number is (212) 474-1494.

3.      I am a member in good standing of the Bar of New York.  A Certificate of Good Standing from the Bar of New York is attached as **Attachment A** to this Declaration.

1

4.     I also have been admitted to practice before the courts listed in **Attachment B** to this Declaration.

5.     I certify that I have never been subject to discipline for my conduct as an attorney before any court or as a member of any bar association.

6.     I am not currently admitted to practice in the United States District Court for the District of Columbia.

7.     I have been admitted *pro hac vice* to practice in this Court three times within the last two (2) years.

8.     I am not a resident of the District of Columbia, nor do I practice law from an office located in the District of Columbia.

9.     I will, if admitted for purposes of this litigation, conduct myself in accordance with all applicable rules of professional conduct and the rules of this Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  May 7, 2025

Andrew C. Finch