# Attachment B

**Court Admissions for Andrew Finch**

- Central District of California
- Eastern District of New York
- Northern District of California
- Southern District of New York
- State of California
- State of New York - Appellate Division 1st Department
- US Court of Appeals 10th Circuit
- US Court of Appeals 1st Circuit
- US Court of Appeals 2nd Circuit
- US Court of Appeals 5th Circuit
- US Court of Appeals 9th Circuit
- US Court of Appeals DC Circuit