# Attachment B

**Court Admissions for Gary Bornstein**

- Eastern District of New York
- Southern District of New York
- State of New York – Appellate Division 2nd Department
- US Court of Appeals 2nd Circuit
- US Court of Appeals 3rd Circuit
- US Court of Appeals 4th Circuit
- US Court of Appeals 5th Circuit
- US Court of Appeals 9th Circuit
- US Supreme Court