**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 20-CV-3010 (APM) |
| STATE OF COLORADO et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 20-CV-3715 (APM) |

**DECLARATION OF YONATAN EVEN**
**IN SUPPORT OF MOTION TO ADMIT *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(e) of the United States District Court for the District of Columbia, I, Yonatan Even, declare as follows:

1.      My name is Yonatan Even.  I serve as counsel for Brave Software, Inc.

2.      I am an attorney practicing with the firm of Cravath, Swaine & Moore, LLP, located at 2 Manhattan West, New York, NY 10001.  My phone number is (212) 474-1958.

3.      I am a member in good standing of the Bar of New York.  A Certificate of Good Standing from the Bar of New York is attached as **Attachment A** to this Declaration.

4.    I also have been admitted to practice before the courts listed in **Attachment B** to this Declaration.

5.    I certify that I have never been subject to discipline for my conduct as an attorney before any court or as a member of any bar association.

6.    I am not currently admitted to practice in the United States District Court for the District of Columbia.

7.    I have not been admitted *pro hac vice* to practice in this Court within the last two (2) years.

8.    I am not a resident of the District of Columbia, nor do I practice law from an office located in the District of Columbia.

9.    I will, if admitted for purposes of this litigation, conduct myself in accordance with all applicable rules of professional conduct and the rules of this Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  May 7, 2025

Yonatan Even