# Attachment B

**Court Admissions for Yonatan Even**

- Western District of New York
- Western District of Michigan
- US Court of Appeals 9th Circuit
- US Court of Appeals 2nd Circuit
- State of New York Appellate Division 1st Department
- Southern District of New York
- Northern District of New York
- Eastern District of New York