UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 20-CV-3010 (APM) |
| STATE OF COLORADO et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 20-CV-3715 (APM) |

**PROPOSED ORDER GRANTING**
**MOTION FOR ADMISSION *PRO HAC VICE* OF YONATAN EVEN**

Upon consideration of the Motion for Admission *Pro Hac Vice* of Yonatan Even in the above-captioned matters and the Declaration of Yonatan Even in support thereof, it is hereby:

**ORDERED AND ADJUDGED** that the Motion for Admission *Pro Hac Vice* of Yonatan Even is **GRANTED**; and it is

**FURTHER ORDERED**, that Yonatan Even be allowed to appear *pro hac vice* in court proceedings in the above-captioned matters.

**DONE AND ORDERED** in Chambers in Washington D.C. on this _____ day of May, 2025.

IT IS SO ORDERED.

_____
Honorable Amit P. Mehta
United States District Judge
