UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GOOGLE LLC,**<br><br>Defendant. | Case No. 20-cv-3010 (APM) |
| **STATE OF COLORADO, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GOOGLE LLC,**<br><br>Defendant. | Case No. 20-cv-3715 (APM) |

**(PROPOSED) ORDER**

The motion of Gregory J. Werden for leave to file an amicus brief in the captioned matters is granted and the proposed brief is submitted.

Dated: May   , 2025

Amit P. Mehta
United States District Judge

1