IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant*. | Case No. 1:20-cv-03010-APM |

## MOTION FOR ADMISSION OF BEN HARRIS *PRO HAC VICE*

Pursuant to LCvR 83.2(c) and LCrR 44.1(c), Non-Party Petitioner Apple Inc. ("Apple") moves for the admission *pro hac vice* of attorney Ben Harris.

In support of this motion, Apple submits the accompanying Declaration of Ben Harris and a certificate of good standing from the Supreme Court of California. These documents demonstrate that Mr. Harris is an active member in good standing of the following courts and bars: California, U.S. Court of Appeals for the Third Circuit, U.S. Court of Appeals for the Seventh Circuit, U.S. Court of Appeals for the D.C. Circuit, and the U.S. District Court for the Northern District of California.

This Motion is signed and supported by Gregory G. Garre an active member of the bar of this Court.

Date: March 8, 2025

Respectfully submitted,

/s/ *Gregory G. Garre*
Gregory G. Garre (D.C. Bar No. 440779)
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200

Fax: (202) 637-2201
Email: Gregory.Garre@lw.com

*Counsel for Non-Party Peitioner Apple*