IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>GOOGLE LLC,<br><br>*Defendant*. | Case No. 1:20-cv-03010-APM |

## DECLARATION FOR *PRO HAC VICE* ADMISSION

In accordance with LCvR 83.2(c)(2) and LCrR 44.1(c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name:

   Benjamin Harris

2. State bar membership number:

   California: 338340

3. Business address, telephone, and fax numbers:

   Latham & Watkins LLP
   1271 Avenue of the Americas
   New York, NY 10020
   Telephone: (212) 906-1200
   Facsimile: (212) 751-4864

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

   California, U.S. Court of Appeals for the Third Circuit, U.S. Court of Appeals for the Seventh Circuit, U.S. Court of Appeals for the D.C. Circuit, U.S. District Court for the Northern District of California.

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?

☐ Yes ☒ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?

☐ Yes ☒ No

7. List the number of times you have been admitted pro hac vice into this court within the last two years:

None.

8. Although Latham & Watkins LLP does have an office within the District of Columbia, it is not my principal office and I do not normally practice in or from the District.

9. Are you a member of the DC Bar?

☐ Yes ☒ No

10. Do you have a pending application for admission into the U.S. District Court for the District of Columbia?

☐ Yes ☒ No

**In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:**

**(CHECK ALL ITEMS THAT APPLY)**

1. ☐ has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

5

2.　　　☐　has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3.　　　☐　has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

Date: May 8, 2025

                                                                       /s/ Ben Harris
Ben Harris
CA Bar No. 338430
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: Ben.Harris@lw.com