# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant*. | Case No. 1:20-cv-03010-APM |

## ORDER GRANTING MOTION FOR
## ADMISSION OF BEN HARRIS *PRO HAC VICE*

The Court has reviewed Non-Party Petitioner's motion for admission of Ben Harris *pro hac vice*. Upon consideration of that motion, the Court grants attorney Ben Harris *pro hac vice* admission to this Court.

IT IS SO ORDERED.

Dated: _____   _____
                                    United States District Judge