IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br>           Plaintiffs,<br>v.<br>GOOGLE LLC,<br>           Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br>           Plaintiffs,<br>v.<br>GOOGLE LLC,<br>           Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**MOTION FOR ADMISSION OF WHITNEY A. LEE *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(e), the undersigned sponsoring counsel moves for the admission and appearance of attorney Whitney A. Lee in the above-entitled action as counsel for non-parties Dr. James Cooper and Dr. Andrew Stivers. This motion is supported by the Declaration of Whitney A. Lee, filed herewith. As set forth in Whitney A. Lee's declaration, she is admitted and an active member in good standing of the following courts and bars: District of Columbia Bar and District of Columbia Superior Court. This motion is supported and signed by Megan Gerking an active and sponsoring member of the Bar of this Court.

DATED this 8th day of May, 2025

/s/ *Megan Gerking*

Megan Gerking (Bar No. 1027190)
MORRISON & FOERSTER LLP
2100 L Street, N.W.
Washington, DC 20037
Telephone: (202) 887-1500
MGerking@mofo.com

Whitney A. Lee (admission pending)
MORRISON & FOERSTER LLP
2100 L Street, N.W.
Washington, DC 20037
Telephone: (202) 887-1500
WLee@mofo.com

*Counsel for Amici Curiae*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 8, 2025, I filed this Motion with the United States District Court for the District of Columbia using the CM/ECF system, which will cause it to be served on all counsel of record.

      Respectfully submitted,

      */s/ Megan Gerking*
      Megan Gerking (Bar No. 1027190)
      MORRISON & FOERSTER LLP
      2100 L Street, N.W.
      Washington, DC 20037
      Telephone: (202) 887-1500
      MGerking@mofo.com