# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br>　　　　　　　　Plaintiffs,<br>v.<br>GOOGLE LLC,<br>　　　　　　　　Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br>　　　　　　　　Plaintiffs,<br>v.<br>GOOGLE LLC,<br>　　　　　　　　Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**PROPOSED ORDER GRANTING MOTION FOR ADMISSION OF
WHITNEY A. LEE *PRO HAC VICE***

Upon consideration of the Motion for Admission of Whitney A. Lee *Pro Hac Vice*, the Court grants attorney Whitney A. Lee pro hac vice admission to this Court.

**IT IS SO ORDERED** this _____ day of _____, 2025.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Amit P. Mehta
　　　　　　　　　　　　　　　　　　　　United States District Judge