IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br>      Plaintiffs,<br>v.<br>GOOGLE LLC,<br>      Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br>      Plaintiffs,<br>v.<br>GOOGLE LLC,<br>      Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**DECLARATION OF JASMINE AROONI FOR ADMISSION *PRO HAC VICE***

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name: Jasmine Arooni

2. State bar membership number: 1779864

3. Business address, telephone and fax numbers:

   2100 L Street, N.W.
   Washington, DC 20037
   Telephone: (202) 572-6759
   Fax: (202) 887-0763

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

  a. District of Columbia Superior Court

  b. District of Columbia Court of Appeals

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?

  ☐ Yes ☒ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?

  ☐ Yes ☒ No

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years.

  a. None

8. Are you a member of the DC Bar? Yes

9. Do you have a pending application for admission into USDC for the District of Columbia? No

DATED this 8th day of May, 2025

                /s/ Jasmine Arooni
                Jasmine Arooni
                MORRISON & FOERSTER LLP
                2100 L Street, N.W.
                Washington, DC 20037
                Telephone: (202) 572-6759
                JArooni@mofo.com