# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br>       Plaintiffs, <br> v. <br> GOOGLE LLC, <br>       Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*, <br>       Plaintiffs, <br> v. <br> GOOGLE LLC, <br>       Defendant. | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

**PROPOSED ORDER GRANTING MOTION FOR ADMISSION OF
JASMINE AROONI *PRO HAC VICE***

Upon consideration of the Motion for Admission of Jasmine Arooni *Pro Hac Vice*, the Court grants attorney Jasmine Arooni pro hac vice admission to this Court.

**IT IS SO ORDERED** this _____ day of _____, 2025.

                   _____
                   Hon. Amit P. Mehta
                   United States District Judge