# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | |
| Google LLC, | HON. AMIT P. MEHTA |
| Defendant. | |
| State of Colorado *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | |
| Google LLC, | HON. AMIT P. MEHTA |
| Defendant. | |

## APPEARANCE OF COUNSEL GRAHAM CRONOGUE

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for amicus ACT | The App Association.

Dated: May 8, 2025

Respectfully submitted,

 *s/ Graham Cronogue*
Graham Cronogue (Bar No. 104436)
BAKER McKENZIE LLP
815 Connecticut Avenue, NW
Washington, DC 20006
Tel: (202) 835-5249
Fax: (202) 416-7249

*Counsel for Amicus Curiae*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of May, 2025, a true and correct copy of the foregoing was served on all counsel of record using the Court's electronic filing system.

    *s/ Graham Cronogue*
Graham Cronogue
BAKER McKENZIE LLP
815 Connecticut Avenue, NW
Washington, DC 20006
Tel: (202) 835-5249
Fax: (202) 416-7249

*Counsel for Amicus Curiae*