IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | |
| Google LLC, | HON. AMIT P. MEHTA |
| Defendant. | |
| State of Colorado *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | |
| Google LLC, | HON. AMIT P. MEHTA |
| Defendant. | |

### MOTION FOR ADMISSION *PRO HAC VICE* OF CREIGHTON J. MACY

Pursuant to Local Civil Rule 83.2(e), the undersigned as a sponsoring member for the Bar of this Court respectfully moves this Court for an order allowing Creighton Macy to appear and participate in this case *pro hac vice* as counsel for amicus ACT | The App Association in this matter. In support of this motion, the undersigned states as follows:

1. Mr. Macy is a member in good standing of the bars of the District of Columbia, the Commonwealth of Virginia, and the State of Wisconsin.

2. Mr. Macy is not currently disbarred or suspended in any jurisdiction and has not been subject to any disciplinary proceedings or sanctions in any jurisdiction.

3. Mr. Macy is familiar with the Federal Rule of Civil Procedure, the Local Rules of this Court, and the rules of professional conduct applicable to attorneys practicing before this Court.

4. The accompanying Declaration of Mr. Macy, attached hereto as Exhibit A, attests to the above and provides additional relevant information regarding Mr. Macy's qualifications and good standing.

WHEREFORE, the undersigned respectfully requests that this Court grant this Motion for Admission *Pro Hac Vice* of Creighton Macy and permit Mr. Macy to appear and participate as counsel for Plaintiff in this matter.

Dated: May 8, 2025                                     Respectfully submitted,

*s/ Graham Cronogue*
Graham Cronogue (Bar No. 104436)
BAKER McKENZIE LLP
815 Connecticut Avenue, NW
Washington, DC 20006
Tel: (202) 835-5249
Fax: (202) 416-7249

*Counsel for Amicus Curiae*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of May, 2025, a true and correct copy of the foregoing was served on all counsel of record using the Court's electronic filing system.

*s/ Graham Cronogue*
Graham Cronogue
BAKER McKENZIE LLP
815 Connecticut Avenue, NW
Washington, DC 20006
Tel: (202) 835-5249
Fax: (202) 416-7249

*Counsel for Amicus Curiae*