# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | |
| Google LLC, | HON. AMIT P. MEHTA |
| Defendant. | |
| State of Colorado *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | |
| Google LLC, | HON. AMIT P. MEHTA |
| Defendant. | |

## DECLARATION OF CREIGHTON J. MACY

I, Creighton James Macy, hereby declare under penalty of perjury the following:

1. I am a partner at the law firm of Baker & McKenzie, LLP, located at 815 Connecticut Avenue, NW, Washington, DC 20006; telephone: 202 452-7000. I am providing this declaration in support of the motion for admission *pro hac vice* to appear as counsel for amicus ACT | The App Association in the above-captioned matter.

2. I am a member in good standing of the bar of the District of Columbia where I regularly practice. A Certificate of good standing is attached as Exhibit A.

3. I am also admitted to practice and am a member in good standing in the following bar associations:

       Virginia State Bar

       Wisconsin State Bar

4.     I have not been admitted *pro hac vice* in this Court within the last two years.

5.     I have not been disciplined by the bar of any jurisdiction in which I am admitted, and I am not the subject of any disciplinary proceeding in any state.

6.     I am familiar with, and agree to abide by, the Local Rules of this Court and the Federal Rules of Civil Procedure.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 8, 2025

_____
Creighton J. Macy