# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | |
| Google LLC, | HON. AMIT P. MEHTA |
| Defendant. | |
| State of Colorado *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | |
| Google LLC, | HON. AMIT P. MEHTA |
| Defendant. | |

## [PROPOSED] ORDER

Upon consideration of the Motion for Admission Pro Hac Vice of Mark G. Weiss ("Motion"), and the supporting declaration, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Mark Weiss may appear and practice in this Court in the above-captioned case as counsel for amicus ACT | The App Association.

SO ORDERED this _____ day of _____, 2025

_____
Amit P. Mehta
UNITED STATES DISTRICT JUDGE