**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | |
| Google LLC, | HON. AMIT P. MEHTA |
| Defendant. | |
| State of Colorado *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | |
| Google LLC, | HON. AMIT P. MEHTA |
| Defendant. | |

## DECLARATION OF KAITLYN E. BARRY

I, Kaitlyn Elizabeth Barry, hereby declare under penalty of perjury the following:

1.   I am an associate at the law firm of Baker & McKenzie, LLP, located at 800 Capitol Street, Houston, TX 77002; telephone: 713 427-5000. I am providing this declaration in support of the motion for admission *pro hac vice* to appear as counsel for amicus ACT | The App Association in the above-captioned matter.

2.   I am a member in good standing of the bar of the State of Texas where I regularly practice. A Certificate of good standing is attached as Exhibit A.

3.   I am not admitted to practice in any other jurisdiction.

4.   I have not been admitted *pro hac vice* in this Court within the last two years.

5. I have not been disciplined by the bar of any jurisdiction in which I am admitted, and I am not the subject of any disciplinary proceeding in any state.

6. I am familiar with, and agree to abide by, the Local Rules of this Court and the Federal Rules of Civil Procedure.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 8, 2025

_____
Kaitlyn E. Barry