**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>                    Plaintiffs,<br>v.<br>GOOGLE LLC,<br><br>                    Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>                    Plaintiffs,<br>v.<br>GOOGLE LLC,<br><br>                    Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**DECLARATION OF MIRIAM H. WUGMEISTER FOR ADMISSION *PRO HAC VICE***

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name: Miriam H. Wugmeister

2. State bar membership number: 2527521

3. Business address, telephone and fax numbers:

    250 West 55th Street
    New York, NY 10019
    Telephone: (212) 506-7213
    Fax: (212) 903-3648

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

  a.  U.S. Court of Appeals for the Second Circuit

  b.  U.S. District Court for the Eastern District of New York

  c.  U.S. District Court for the Southern District of New York

  d.  U.S. District Court for the Northern District of California

5.  Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?

  ☐ Yes ☒ No

6.  Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?

  ☐ Yes ☒ No

7.  List the number of times the attorney has been admitted pro hac vice into this court within the last two years.

  a.  None

DATED this 8th day of May, 2025

*Miriam H. Wugmeister*

Miriam H. Wugmeister
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
Telephone: (212) 506-7213
MWugmeister@mofo.com