IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br>　　　　　　Plaintiffs,<br>v.<br>GOOGLE LLC,<br>　　　　　　Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br>　　　　　　Plaintiffs,<br>v.<br>GOOGLE LLC,<br>　　　　　　Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**MOTION FOR ADMISSION OF JONATHAN LOUIS NEWMARK *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(e), the undersigned sponsoring counsel moves for the admission and appearance of attorney Jonathan Louis Newmark in the above-entitled action as counsel for non-parties Dr. James Cooper and Dr. Andrew Stivers. This motion is supported by the Declaration of Jonathan Louis Newmark, filed herewith. As set forth in Jonathan Louis Newmark's declaration, he is admitted and an active member in good standing of the following courts and bars: New York State Bar. This motion is supported and signed by Megan Gerking an active and sponsoring member of the Bar of this Court.

DATED this 9th day of May, 2025

                                                      */s/ Megan Gerking*

Megan Gerking (Bar No. 1027190)
MORRISON & FOERSTER LLP
2100 L Street, N.W.
Washington, DC 20037
Telephone: (202) 887-1500
MGerking@mofo.com

Jonathan Louis Newmark (admission pending)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
Telephone: (212) 336-4281
JNewmark@mofo.com

*Counsel for Amici Curiae*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on May 9, 2025, I filed this Motion with the United States District Court for the District of Columbia using the CM/ECF system, which will cause it to be served on all counsel of record.

      Respectfully submitted,

      */s/ Megan Gerking*
      Megan Gerking (Bar No. 1027190)
      MORRISON & FOERSTER LLP
      2100 L Street, N.W.
      Washington, DC 20037
      Telephone: (202) 887-1500
      MGerking@mofo.com