IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br>               Plaintiffs,<br>v.<br>GOOGLE LLC,<br>               Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br>               Plaintiffs,<br>v.<br>GOOGLE LLC,<br>               Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

### DECLARATION OF JONATHAN LOUIS NEWMARK
### FOR ADMISSION *PRO HAC VICE*

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name: Jonathan Louis Newmark

2. State bar membership number: 5587373

3. Business address, telephone and fax numbers:

    250 West 55th Street
    New York, NY 10019
    Telephone: (212) 336-4281
    Fax: (212) 468-8000

4. List all state and federal courts or bar associations in which you are a member "in good

standing" to practice law:

    a. State of New York

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?

    ☐ Yes ☒ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?

    ☐ Yes ☒ No

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years.

    a. None

DATED this 8th day of May, 2025

Jonathan Louis Newmark
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
Telephone: (212) 336-4281
JNewmark@mofo.com