# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br>　　　　　Plaintiffs,<br>v.<br>GOOGLE LLC,<br>　　　　　Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br>　　　　　Plaintiffs,<br>v.<br>GOOGLE LLC,<br>　　　　　Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**APPEARANCE OF COUNSEL**

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for *amici* Dr. James Cooper and Dr. Andrew Stivers.

Dated: May 9, 2025

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Megan Gerking*
　　　　　　　　　　　　　　　　　　　　Megan Gerking (Bar No. 1027190)
　　　　　　　　　　　　　　　　　　　　MORRISON & FOERSTER LLP
　　　　　　　　　　　　　　　　　　　　2100 L Street, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, DC 20037
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 887-1500
　　　　　　　　　　　　　　　　　　　　MGerking@mofo.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Amici Curiae*

**CERTIFICATE OF SERVICE**

     I hereby certify that on May 9, 2025, I filed this Motion with the United States District Court for the District of Columbia using the CM/ECF system, which will cause it to be served on all counsel of record.

     Respectfully submitted,

     */s/ Megan Gerking*
     Megan Gerking (Bar No. 1027190)
     MORRISON & FOERSTER LLP
     2100 L Street, N.W.
     Washington, DC 20037
     Telephone: (202) 887-1500
     MGerking@mofo.com