**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br>                    Plaintiffs,<br>v.<br>GOOGLE LLC,<br>                    Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>                    Plaintiffs,<br>v.<br>GOOGLE LLC,<br>                    Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**APPEARANCE OF COUNSEL**

I am admitted or otherwise authorized to practice in this court, and I appear in this case as

counsel for *amici* Dr. James Cooper and Dr. Andrew Stivers.

Dated: May 9, 2025

                                        */s/ Joseph Charles Folio III*

                                        Joseph Charles Folio III (Bar No. 1764923)
                                        MORRISON & FOERSTER LLP
                                        2100 L Street, N.W.
                                        Washington, DC 20037
                                        Telephone: (202) 887-1500
                                        JFolio@mofo.com

                                        *Counsel for Amici Curiae*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2025, I filed this Motion with the United States District Court for the District of Columbia using the CM/ECF system, which will cause it to be served on all counsel of record.

Respectfully submitted,

*/s/ Joseph Charles Folio III*

Joseph Charles Folio III (Bar No. 1764923)
MORRISON & FOERSTER LLP
2100 L Street, N.W.
Washington, DC 20037
Telephone: (202) 887-1500
JFolio@mofo.com