# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br>    Plaintiffs,<br>v.<br>GOOGLE LLC,<br>    Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br>    Plaintiffs,<br>v.<br>GOOGLE LLC,<br>    Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

## APPEARANCE OF COUNSEL

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for *amici* Dr. James Cooper and Dr. Andrew Stivers.

Dated: May 9, 2025

                                              */s/ Lisa M. Phelan*

Lisa M. Phelan (Bar No. 1617073)
MORRISON & FOERSTER LLP
2100 L Street, N.W.
Washington, DC 20037
Telephone: (202) 887-1500
LPhelan@mofo.com

*Counsel for Amici Curiae*

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 9, 2025, I filed this Motion with the United States District Court for the District of Columbia using the CM/ECF system, which will cause it to be served on all counsel of record.

      Respectfully submitted,

      */s/ Lisa M. Phelan*
Lisa M. Phelan (Bar No. 1617073)
MORRISON & FOERSTER LLP
2100 L Street, N.W.
Washington, DC 20037
Telephone: (202) 887-1500
LPhelan@mofo.com