**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>           Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>           Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT. P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>           Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>           Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER GRANTING ANTHROPIC PBC, ENGINE ADVOCACY, AND TECHNET'S MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE***

Upon consideration of Anthropic PBC, Engine Advocacy, and TechNet's Motion for Leave to File Brief as *Amici Curiae*, it is HEREBY ORDERED that the Motion is GRANTED.

IT IS SO ORDERED.

Date: _____          _____
                                 Honorable Amit P. Mehta
                                 United States District Judge