# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT. P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**ANTHROPIC PBC'S AMENDED CORPORATE DISCLOSURE STATEMENT**

I, the undersigned, counsel of record for Anthropic PBC, certify that to the best of my knowledge and belief the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Anthropic PBC which have any outstanding securities in the hands of the public:

> Google LLC (a wholly owned subsidiary of Alphabet, Inc., a publicly traded corporation) and Amazon Web Services, Inc. (a subsidiary of Amazon.com, Inc., a publicly-traded corporation) have ownership interests of 10% or more in Anthropic PBC.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: May 9, 2025

Respectfully submitted,

*/s/ Paul Alessio Mezzina*
Veronica Moyé (*pro hac vice*)
Benjamin T. Lee (*pro hac vice*)
KING & SPALDING LLP
2601 Olive Street
Suite 2300
Dallas, TX 75201
(214) 764-4600
vmoye@kslaw.com
benjamin.lee@kslaw.com

Nema Milaninia
 DC Bar No. 984897
Paul Alessio Mezzina
 DC Bar No. 999325
Sumon Dantiki (*pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Washington, DC 20006
(202) 737-0500
nmilaninia@kslaw.com
pmezzina@kslaw.com
sdantiki@kslaw.com

*Counsel for Amicus Curiae Anthropic PBC*