IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, et al.,<br><br>　　Plaintiffs,<br>　v.<br><br>Google LLC,<br><br>　　Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |

| | |
|---|---|
| State of Colorado, et al.,<br><br>　　Plaintiffs,<br>　v.<br><br>Google LLC,<br><br>　　Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER GRANTING MOTION BY AMERICAN ECONOMIC LIBERTIES PROJECT FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE***

Upon this Court's review and full consideration of the Motion by American Economic Liberties Project for Leave to File a Brief as *Amicus Curiae* in the above-captioned actions, and there appearing good cause to grant leave, it is hereby ORDERED that the Motion is GRANTED, and the attached proposed *amicus curiae* brief shall be deemed submitted.

Dated:_____

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE AMIT P. MEHTA
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE