# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

## APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE THAT the undersigned, of the law firm McDermott Will & Emery LLP, is admitted to practice in this court and is hereby entering an appearance as counsel of record for non-party Motorola Mobility LLC in the above-captioned matter.

Dated:  May 9, 2025

By: */s/  Marisa Poncia*
　　　Marisa Poncia

**MCDERMOTT WILL & EMERY LLP**

500 North Capitol Street NW
Washington, DC 20001
(202) 756-8928
DC Bar No. 1738106
Rponcia@mwe.com

*Attorney for non-party Motorola Mobility LLC*