# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br>               Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br>               Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*, <br><br>               Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br>               Defendant. | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

## [PROPOSED] ORDER

Upon consideration of the Motion for Leave to File *Amicus Brief* by News/Media Alliance, it is

HEREBY ORDERED that the Motion for Leave to File is GRANTED.

Dated: _____               _____

                                                                         The Honorable Amit P. Mehta

                                                                          District Judge