UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>                Plaintiffs,<br><br>        v.<br><br>GOOGLE, LLC,<br><br>                Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>                Plaintiffs,<br><br>        v.<br><br>GOOGLE, LLC,<br><br>                Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**MOTION OF THE FEDERAL TRADE COMMISSION
TO FILE A BRIEF AS *AMICUS CURIAE***

The Federal Trade Commission ("FTC") respectfully moves to file an *amicus* brief in this case in support of Plaintiffs' Revised Proposed Final Judgment. Under Local Civil Rule 7(o)(1), the FTC is not required to obtain the consent of the parties or leave of Court to file an amicus brief. The filing of this brief is timely, and the brief complies with the 20-page limit set out in the Court's amended scheduling order (ECF 1201). Although this motion is not required, it is being filed to ensure that the Clerk's Office may enter the *amicus* brief on the docket by the deadline in the amended scheduling order. In addition, although a motion should not be required per this Court's Local Rules, a proposed order is attached in accordance with Local Civil Rule 7(c).

1

                                                                 Respectfully submitted,

                                                                 /s/ Anupama Sawkar

| | |
|---|---|
| CLARKE EDWARDS | ANUPAMA SAWKAR |
| (D.C. Bar. No. 1011154) | Federal Trade Commission |
| Acting Director | 600 Pennsylvania Ave., N.W. |
| Office of Policy Planning | Washington, DC 20580 |
| | Tel: 202-779-6023 |
| KATHERINE WHITE | asawkar@ftc.gov |
| (D.C. Bar No. 90014584) | |
| Deputy Director | |
| Bureau of Consumer Protection | |

DATED: May 9, 2025

## CERTIFICATE OF SERVICE

      I hereby certify that on May 9, 2025, I electronically filed a true and correct copy of the foregoing **MOTION OF THE FEDERAL TRADE COMMISSION TO FILE A BRIEF AS *AMICUS CURIAE*** with the Clerk via the CM/ECF system which will send notification of such filing and service upon all counsel of record.

                                                     /s/ Anupama Sawkar
                                                     Anupama Sawkar

                                                     Federal Trade Commission
                                                   600 Pennsylvania Ave., NW
                                                   Washington, DC 20580
                                                   Tel:  202-779-6023
                                                   asawkar@ftc.gov
                                                   *Counsel for the Federal Trade Commission*