# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>        Plaintiffs,<br><br>  v.<br><br>GOOGLE, LLC,<br><br>        Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>        Plaintiffs,<br><br>  v.<br><br>GOOGLE, LLC,<br><br>        Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

## [PROPOSED] ORDER

Upon consideration of the Federal Trade Commission's Motion to File Brief as *Amicus Curiae*, it is this _____ day of _____ 2025,

**ORDERED**, that the Federal Trade Commission's Motion for Leave to File Brief as *Amicus Curiae* is **GRANTED.**

.

Dated:_____           _____

                                                                        Hon. Amit P. Mehta
                                                                        U.S. District Judge