IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**MOTION FOR ADMISSION *PRO HAC VICE* OF MATTHEW D. FIELD**

Pursuant to Rule 83.2(c) of the Local Civil Rules of the United States District Court for the District of Columbia, the undersigned counsel, Elizabeth C. Rinehart, as a sponsoring member of the Bar of this Court, respectfully moves for admission *Pro Hac Vice* of Matthew D. Field, Esq. in the above-captioned action for the sole purpose of submitting an amicus brief on behalf of Non-Party Center for Cybersecurity and Law. Consistent with the Court's Scheduling Order, ECF No. 1201, the Center for Cybersecurity and Law will move for leave to file and submit its proposed amicus brief by May 9, 2025

This motion is supported by the Declaration of Matthew D. Field, filed herewith. As set forth in Mr. Field's declaration, he is admitted, practicing, and a member in good standing of the

1

State Bar of Maryland and the Bar of the District of Columbia. This motion is supported and signed by Elizabeth C. Rinehart, an active and sponsoring member of the Bar of this Court.

Date: May 9, 2025

Respectfully submitted,

*/s/ Elizabeth C. Rinehart*
Elizabeth C. Rinehart, Esq. (D.C. Bar No. 1617790)
Venable LLP
750 E. Pratt St., Suite 900
Baltimore, MD  21202
(410) 528-4686
lcrinehart@venable.com

*Counsel for the Center for Cybersecurity and Law*