IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>                  Plaintiffs,<br>v.<br>GOOGLE LLC,<br>                  Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>                  Plaintiffs,<br>v.<br>GOOGLE LLC,<br>                  Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER**

Upon consideration of the Motion of the Center for Cybersecurity and Law for Admission *Pro Hac Vice* of Matthew D. Field, it is hereby

**ORDERED** that the Motion is **GRANTED**.

SO **ORDERED** this _____ day of _____, 2025.

_____
Hon. Amit P. Mehta
United States District Judge