IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br><br> HON. AMIT P. MEHTA |
| STATE COLORADO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03715-APM <br><br><br> HON. AMIT P. MEHTA |

**MOTION OF CHAMBER OF PROGRESS AND COMPUTER AND COMMUNICATIONS INDUSTRY ASSOCIATION FOR LEAVE TO FILE BRIEF AS AMICI CURIAE IN SUPPORT OF DEFENDANT GOOGLE'S PROPOSED FINAL JUDGMENT**

Movants Chamber of Progress and the Computer and Communications Industry Association ("CCIA") respectfully request leave to file the attached brief as *amici curiae* in support of Defendant Google LLC's Proposed Final Judgment, ECF No. 1185.  Movants have conferred with the parties in this case.  Defendant Google takes no position on this motion.  Plaintiffs United States of America and The State of Colorado do not oppose.

**I.    IDENTITY AND INTEREST OF MOVANTS**

Movants have a direct interest in this case.  The Chamber of Progress is a tech-industry coalition devoted to a progressive society, economy, workforce, and consumer climate.

1

Chamber of Progress is interested in ensuring that antitrust remedies in the technology sector promote rather than inhibit innovation and that such remedies do not inadvertently harm consumer welfare by imposing overly restrictive obligations on digital platforms.

CCIA is an international, not-for-profit trade association representing a broad cross-section of communications, technology, and Internet-industry firms. The issues presented in this case are of particular importance to CCIA because they directly affect the ability of technology companies to design, develop, and operate their platforms and products in ways that best serve consumers while maintaining security, privacy, and quality standards.

## II. MOVANTS' REAL-WORLD EXPERIENCE IN THE TECHNOLOGY INDUSTRY PROVIDES IMPORTANT INSIGHT INTO THE PRACTICAL EFFECTS THAT WILL FLOW FROM PLAINTIFFS' PROPOSED REMEDY

District courts grant motions for leave to file amicus briefs where, among other things, "the amicus has unique information or perspective that can help the court beyond the help the lawyers for the parties are able to provide." *Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 137 (D.D.C. 2008) (quotation omitted). An amicus brief is therefore appropriate where it "present[s] ideas, arguments, theories, insights, facts[,] or data that are not . . . found in the parties' briefs." *Wash. All. of Tech. Workers v. U.S. Dep't of Homeland Sec.*, 518 F. Supp. 3d 448, 453 n.2 (D.D.C. 2021) (quoting *N. Mariana Islands v. United States*, No. 08-CV-1572, 2009 WL 596986, at *1 (D.D.C. Mar. 6, 2009)).

Here, Movants are uniquely well-positioned to explain to the Court why three of Plaintiffs' proposals—(1) a ban on any non-exclusive distribution payments between Google and browsers, device manufacturers, or wireless carriers; (2) a requirement that Google notify the government of any proposed partnership with a generative AI company; and (3) Plaintiffs' version of a technical committee that will monitor Google's compliance with the final judgment—are especially likely to harm industry participants such as independent browsers and

technological startups, and in turn, consumers. Movants have vast experience advocating for policies that safeguard consumer access, choice, and innovation in the technology sector. Movants also bring deep, real-world experience representing a broad cross-section of technology companies, from emerging startups to leading internet platforms. Their longstanding engagement with issues at the intersection of innovation, competition, and consumer access, makes them uniquely qualified to inform the Court's assessment of the practical effects that Plaintiffs' Proposed Remedy could cause.

Movants' brief will also be especially helpful to the Court because they expect that the Parties will focus more on the other proposed remedies, consistent with how the remedies trial has unfolded so far. Movants are also in a position to provide the Court with additional perspective on the potential effects of the Plaintiffs' Proposed Remedy on small technology companies and the broader digital ecosystem. Accordingly, Movants' unique perspective will assist the court in assessing the proposed remedies. This Court has previously granted an amici leave to file an amicus brief regarding potential consequences of decisions in this case. *See* ECF No. 932. Movants seek to do the same.

### III.   THIS MOTION IS TIMELY

In this Court, a motion for leave to file an amicus brief "shall be filed in a timely manner such that it does not unduly delay the Court's ability to rule on any pending matter." Local Civil R. 7(o)(2). This motion is timely. It was filed in accordance with the Court's order that *amicus* briefs "shall be due by May 9, 2025" (ECF No. 1186), in advance of when the Court is expected to enter a final judgment. It will therefore not delay the Court's final decision following the conclusion of the trial.

## IV. CONCLUSION

For the foregoing reasons, Movants respectfully request that the Court grant this Motion for Leave to File An *Amicus* Brief and order that Movants may file the attached *amicus* brief.

4

Dated: May 9, 2025

Respectfully submitted,

<u>/s/ Benjamin G. Bradshaw</u>
Benjamin G. Bradshaw (D.C. Bar No. 460539)
Sergei Zaslavsky (*pro hac vice* pending)
Monsura A. Sirajee (*pro hac vice* pending)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC  20006-4061
Telephone:     +1 202 383 5300
Facsimile:      +1 202 383 5414
bbradshaw@omm.com
szaslavsky@omm.com
msirajee@omm.com

Anna T. Pletcher (*pro hac vice* pending)
Melissa C. Cassel-Walker (*pro hac vice* pending)
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, CA  94111-3823
Telephone:     +1 415 984 8700
Facsimile:      +1 415 984 8701
apletcher@omm.com
mcassel@omm.com

*and*

Enoch O. Ajayi (*pro hac vice* pending)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA  94025-7019
Telephone:     +1 650 473 2600
Facsimile:      +1 650 473 2601
eajayi@omm.com

*Attorneys for Chamber of Progress and Computer and Communications Industry Association*

5

## CERTIFICATE OF SERVICE

      I hereby certify that on May 9, 2025, I filed this Motion with the United States District Court for the District of Columbia using the CM/ECF system, which will cause it to be served on all counsel of record.

Dated:  May 9, 2025

/s/Benjamin G. Bradshaw
Benjamin G. Bradshaw (D.C. Bar No. 460539)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4061
Telephone:	+1 202 383 5300
Facsimile:	+1 202 383 5414
bbradshaw@omm.com