IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>              Plaintiffs,<br><br>     v.<br><br>GOOGLE LLC,<br><br>              Defendant. | Case No. 1:20-cv-03010-APM<br><br><br><br>HON. AMIT P. MEHTA |
| STATE COLORADO, *et al.*,<br><br>              Plaintiffs,<br><br>     v.<br><br>GOOGLE LLC,<br><br>              Defendant. | Case No. 1:20-cv-03715-APM<br><br><br><br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER GRANTING LEAVE TO FILE AN *AMICUS* BRIEF**

Upon this Court's review and full consideration of the Motion for Leave to File *Amicus Curiae* Brief by Motion of Chamber of Progress and Computer and Communications Industry Association ("CCIA") (collectively "Movants") in *United States, et al. v. Google LLC*, Case No. 1:20-cv-03010-APM and *Colorado, et al. v. Google LLC*, Case No. 1:20-cv-03715-APM, and there appearing good cause to grant leave, it is hereby ORDERED that the Motion is GRANTED, and the attached proposed *amicus curiae* brief shall be deemed submitted and shall be considered part of the record in this matter.

Dated:_____                              _____
                                                                          HONORABLE AMIT P. MEHTA
                                                                          UNITED STATES DISTRICT JUDGE