IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br>  Plaintiffs,<br>v.<br>GOOGLE LLC,<br>  Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT. P. MEHTA |
| STATE OF COLORADO, *et al.*,<br>  Plaintiffs,<br>v.<br>GOOGLE LLC,<br>  Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**UNOPPOSED MOTION OF DR. JAMES COOPER AND
DR. ANDREW STIVERS FOR LEAVE TO FILE AMICUS BRIEF**

*Amici curiae* – two consumer protection and privacy experts who previously served as senior officials in the U.S. Federal Trade Commission (FTC) – respectfully move for leave under Local Civil Rule 7(o) to file the attached amicus brief in this action to address the potential privacy issues associated with certain remedies in the United States Department of Justice's (DOJ) Proposed Final Judgment. Counsel for *amici* has conferred with counsel for the DOJ, State of Colorado, and Google, none of which oppose the filing of this amicus brief.

This Court has "wide discretion" to permit the participation of *amici*. *Matter of Search of Info. Associated with [redacted]@mac.com that is Stored at Premises Controlled by Apple, Inc.*, 13 F. Supp. 3d 157, 167 (D.D.C. 2014). This Court has allowed participation by *amici* with

1

"relevant expertise and a stated concern for the issues at stake" where "it may benefit from their input" in deciding the case. *District of Columbia v. Potomac Elec. Power Co.*, 826 F. Supp. 2d 227, 237 (D.D.C. 2011); *see also, Nat'l Ass'n of Home Builders v. U.S. Army Corps of Eng'rs*, 519 F. Supp. 2d 89, 93 (D.D.C. 2007) (granting leave to file because "the court may benefit from [amicus] input"). Leave should be granted when *amici* have "unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 137 (D.D.C. 2008) (quoting *Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1064 (7th Cir. 1997)).

*Amici* have dedicated their careers to the law and economics of privacy and consumer protection. *Amici* have held senior-level positions at the FTC and have written extensively on the relationship between privacy, consumer protection, and regulation. Dr. James Cooper is a Professor of Law at George Mason University's Antonin Scalia Law School, where he teaches economics of consumer protection and regularly publishes research on topics involving privacy, consumer protection law, and economics. Dr. Cooper is the Director of the School's Program on Economics and Privacy, which is devoted to fostering economic analysis of privacy and data security policy. During multiple stints at the FTC, Dr. Cooper served as Deputy and Acting Director of the Office of Policy Planning, as an advisor to former FTC Commissioner William Kovacic, and as Deputy Director for Economic Analysis of the Bureau of Consumer Protection. During his time at the FTC, he provided legal and economic analysis on consumer protection cases and broad policy issues surrounding privacy, data security, remedies, and deception of consumers, as well as directed staff to shape liability and remedy theories for specific cases. Since 2005, Dr. Cooper has published several articles on privacy, antitrust, and economics, including a 2023 article analyzing the privacy impact of a change in Google's privacy policy. Dr. Cooper also regularly

speaks publicly on these issues.

Dr. Stivers formerly served as Deputy Director in the FTC's Bureau of Economics. During his seven years at the FTC, he oversaw the economic analysis of all consumer protection and privacy matters and advised the Bureau of Consumer Protection and FTC Commissioners on hundreds of regulatory and law enforcement matters. He is now a Managing Director at National Economic Research Associates (NERA) Economic Consulting and specializes in the economics of consumer protection and privacy. He has written several articles and regularly speaks publicly about privacy, consumer protection, economics, and competition. For example, last year he spoke on a panel addressing the intersection of antitrust and privacy. He also has been an expert witness in multiple cases, wherein he provided opinions about the impact that certain conduct will have on consumers.

Certain remedies in the Proposed Final Judgment would require Google to share users' personal information with third parties. Scholars have noted that there exists a complex relationship between promoting competition and protecting consumer privacy, with those goals sometimes being at odds with one another. *Amici's* experience at the FTC and expertise in privacy and consumer protection presents a unique perspective in this case that can benefit the Court in navigating the intricate landscape in this case. Dr. Cooper and Dr. Stivers have been researching, analyzing, developing policy, and discussing impacts of competition policy regulation on consumers. Such insight will assist the Court in its analysis and consideration of the remedies in the Proposed Final Judgment that would require information sharing. *Amici* are especially well-suited to provide the Court with perspective on the potential privacy risks presented by such information sharing.

For the foregoing reasons, Dr. Cooper and Dr. Stivers respectfully request that the Court

grant leave to file the attached amicus brief.

Dated: May 9, 2025                                                                                      Respectfully submitted,

| | |
|---|---|
| _/s/ Miriam H. Wugmeister_ | _/s/ Lisa M. Phelan_ |
| Miriam H. Wugmeister * | Lisa M. Phelan (Bar No. 1617073) |
| Jonathan Louis Newmark * | Joseph Charles Folio III (Bar No. 1764923) |
| MORRISON & FOERSTER LLP | Megan E. Gerking (Bar No. 1027190) |
| 250 West 55th Street | Whitney A. Lee * |
| New York, NY 10019 | Jasmine Arooni * |
| Telephone: (212) 468-8000 | MORRISON & FOERSTER LLP |
| MWugmeister@mofo.com | 2100 L Street, NW |
| JNewmark@mofo.com | Washington, DC 20037 |
| | Telephone: (202) 887-1500 |
| | LPhelan@mofo.com |
| | JFolio@mofo.com |
| | MGerking@mofo.com |
| | JArooni@mofo.com |
| | WLee@mofo.com |

* Admitted *pro hac vice*

*Counsel for Amici Curiae*

4

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 9, 2025, I filed this Motion with the United States District Court for the District of Columbia using the CM/ECF system, which will cause it to be served on all counsel of record.

      Respectfully submitted,

      */s/ Lisa M. Phelan*
Lisa M. Phelan (Bar No. 1617073)
MORRISON & FOERSTER LLP
2100 L Street, NW
Washington, DC 20037
Telephone: (202) 887-1500
LPhelan@mofo.com

*Counsel for Amici Curiae*