# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br>　　　　　Plaintiffs,<br>v.<br>GOOGLE LLC,<br>　　　　　Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br>　　　　　Plaintiffs,<br>v.<br>GOOGLE LLC,<br>　　　　　Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**PROPOSED ORDER GRANTING UNOPPOSED MOTION OF DR. JAMES COOPER AND DR. ANDREW STIVERS FOR LEAVE TO FILE AMICUS BRIEF**

Upon consideration of the Unopposed Motion of Dr. James Cooper and Dr. Andrew Stivers for Leave to File Amicus Brief, and for good cause, it is hereby ORDERED that the Motion is GRANTED, and the attached amicus brief shall be deemed submitted and shall be considered part of the record in this matter.

IT IS SO ORDERED this ____ day of _____, 2025.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Amit P. Mehta
　　　　　　　　　　　　　　　　　　　　United States District Judge