IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>                     Plaintiffs,<br>v.<br>GOOGLE LLC,<br><br>                     Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>                     Plaintiffs,<br>v.<br>GOOGLE LLC,<br><br>                     Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER GRANTING LEAVE TO FILE AN *AMICUS* BRIEF**

This matter comes before the Court on the Motion of The Center for Cybersecurity Policy and Law ("Center") for Leave to File an *Amicus* Brief (the "Motion"). Having considered the Motion, and for good cause shown, the Motion is hereby GRANTED.

Dated this _____ day of _____, 2025.

                                                                    _____
                                                                    Honorable Amit P. Mehta
                                                                    UNITED STATES DISTRICT JUDGE