# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>      Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>      Defendant. | Case No. 1:20-cv-03010-APM<br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>      Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>      Defendant. | Case No. 1:20-cv-03715-APM<br>HON. AMIT P. MEHTA |

## NOTICE OF APPEARANCE

  PLEASE TAKE NOTICE that Juan A. Arteaga of the law firm of Crowell & Moring LLP, who is admitted to practice in this Court *pro hac vice*, hereby appears as counsel of record for Third-Party Mozilla Corporation ("Mozilla") in the above-captioned matter.

Date: May 9, 2025

            **CROWELL & MORING LLP**

            By: */s/ Juan A. Arteaga*
              Juan A. Arteaga (*pro hac vice*)
              Two Manhattan West
              375 Ninth Avenue
              (212) 223-4000
              jarteaga@crowell.com

              *Counsel for Third-Party*
              *Mozilla Corporation*

## CERTIFICATE OF SERVICE

Pursuant to LCvR 5.3, I hereby certify that on May 9, 2025, I caused to be filed a copy of the foregoing Notice of Appearance to the Court's CM/ECF system, and service was effected electronically pursuant to LCvR 5.4(d) to all counsel of record.

*/s/ Juan A. Arteaga*
Juan A. Arteaga
(*admitted pro hac vice*)

NYACTIVE-25174451.1