# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM |
| STATE OF COLORADO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03715-APM |

**UNOPPOSED MOTION BY SCHOLARS OF LAW AND ECONOMICS FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF DEFENDANT**

Amici curiae ("Amici") are eighteen scholars of law and economics. A list of all amici and their affiliations is set forth in Appendix A to the proposed amicus brief submitted as Exhibit 1 to this motion. Pursuant to Local Role 7(o), amici respectfully request leave to file the brief attached hereto as Exhibit 1 to assist the Court in evaluating the economic and legal implications of the remedies proposed in this case, and to caution against overbroad measures that exceed the proven harms. Undersigned counsel has contacted counsel for the Plaintiffs and counsel for the Defendant to seek their position on this motion and the parties do not oppose this motion.

District Courts have "broad discretion" in deciding whether to grant leave to participate as amici. *Nat'l Ass'n of Home Builders v. U.S. Army Corps of Eng'rs*, 519 F. Supp. 2d 89, 93 (D.D.C. 2007). Participation by amici curiae is generally allowed when "the information offered is 'timely and useful.'" *Ellsworth Assocs., Inc. v. United States*, 917 F. Supp. 841, 846 (D.D.C. 1996). Courts customarily allow third parties to participate as amici curiae if they have "relevant expertise and a stated concern for the issues at stake in [the] case[.]" *District of Columbia v. Potomac Elec. Power Co.*, 826 F. Supp. 2d 227, 237 (D.D.C. 2011).

Amici have expertise in antitrust law and economics, including the competitive dynamics of digital markets and the appropriate scope of antitrust remedies. They have written extensively about antitrust law, and conducted research on antitrust law and economics, including the appropriate scope of antitrust remedies. Amici have an interest in ensuring that antitrust law promotes the public interest by remaining grounded in sensible rules informed by sound economic analysis. That includes ensuring that any remedy in this case promotes consumer welfare and competition without unduly punishing success or undermining innovation.

Amici's research and expertise in law and economics gives them an important perspective on the remedies proposed here, and the impact they would have on consumer welfare, competition, and innovation. Amici's work as scholars of law and economics allows them to offer additional context on the remedies proposed by the Plaintiffs and their potential impacts on the marketplace. For those reasons, amici respectfully request that the Court grant them leave to file the proposed amicus brief attached hereto as Exhibit 1, as set forth in the accompanying proposed order.

May 9, 2025                                      Respectfully submitted,

                                                            /s/ Rebecca LeGrand
Rebecca LeGrand (D.C. Bar No. 493918)
LeGrand Law PLLC
1100 H Street NW, Suite 1220
Washington, DC 20005
(202) 587-5725
rebecca@legrandpllc.com

*Counsel for Amici Curiae*

3