IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　　　　　　　Defendant. | Case No. 1:20-cv-03010-APM |
| STATE OF COLORADO, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　　　　　　　Defendant. | Case No. 1:20-cv-03715-APM |

### [PROPOSED] ORDER

Upon consideration of the Unopposed Motion by Scholars of Law and Economics for Leave to File an Amicus Brief in Support of Defendant, it is hereby:

**ORDERED** that the Motion is **GRANTED**, and Exhibit 1 to the Motion shall be docketed by the Clerk of Court.

Date: _____                                   _____
　　　　　　　　　　　　　　　　　　　　　　　The Hon. Amit P. Mehta
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge