**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |
| STATE OF COLORADO, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

**NOTICE OF APPEARANCE**

Rebecca LeGrand, of LeGrand Law PLLC, an attorney admitted to this Court, appears in this case as counsel for amici Scholars of Law and Economics.

May 9, 2025

Respectfully submitted,

/s/ Rebecca LeGrand
Rebecca LeGrand (D.C. Bar No. 493918)
LeGrand Law PLLC
1100 H Street NW, Suite 1220
Washington, DC 20005
(202) 587-5725
rebecca@legrandpllc.com

*Counsel for Amici Curiae*