# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br>　　　　　　　Plaintiffs, <br><br>v. <br><br>GOOGLE LLC, <br><br>　　　　　　　Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT. P. MEHTA |
| STATE OF COLORADO, *et al.*, <br><br>　　　　　　　Plaintiffs, <br><br>v. <br><br>GOOGLE LLC, <br><br>　　　　　　　Defendant. | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

**MOTOROLA MOBILITY LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and District of D.C. Local Civil Rule 26.1, non-party Motorola Mobility LLC states: (i) Motorola Mobility LLC is indirectly a wholly-owned subsidiary of Lenovo Group Limited; and (ii) Legend Holdings Corporation is the only publicly-held corporation that owns 10% or more of Lenovo Group Limited's stock.

Dated: May 9, 2025                    Respectfully submitted,

/s/ *Katharine O'Connor*
Katharine O'Connor
(*admitted pro hac vice*)
Stephen Wu
(*pro hac vice* application pending)
McDermott Will & Emery LLP
444 West Lake Street, Suite 4000,
Chicago, IL 60606
(312) 984-3627
Swu@mwe.com
Koconnor@mwe.com

/s/ *Marisa Poncia*
Marisa Poncia
McDermott Will & Emery LLP
500 North Capitol Street NW
Washington, DC 20001
(202) 756 – 8928
Rponcia@mwe.com

*Counsel for Motorola Mobility LLC*

2