IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |
| STATE OF COLORADO, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | HON. AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |

**MOTION BY Y COMBINATOR, LLC FOR LEAVE TO FILE BRIEF AS**
***AMICUS CURIAE* IN SUPPORT OF PLAINTIFFS**

Y Combinator ("YC") respectfully moves, pursuant to Local Civil Rule 7(o) and this Court's March 11, 2025 order, ECF 1186, for leave to file the attached brief as *amicus curiae* in support of Plaintiffs. YC has conferred with all parties as to the filing of this brief. Plaintiff United States of America does not oppose the filing. Plaintiff States do not oppose the filing. Defendant Google LLC takes no position on this motion.

I.   **IDENTITY AND INTEREST**

YC is an independent startup accelerator and venture capital firm headquartered in San Francisco. We are widely recognized as the world's leading technology startup accelerator and

investor. After two decades of frontline experience, our experience has been that entrenched monopoly power often deters new entry and chills investment in innovative new technologies and business models. YC is constantly seeking to identify and accelerate innovative new startups across a wide range of markets, including digital technology markets. As a result, YC has an interest in ensuring that U.S. technology markets are free from anticompetitive barriers to entry and expansion. And because antitrust law has a crucial role to play in ensuring open, free competition, we have a unique interest in ensuring that antitrust remedies are robust enough to be effective. That interest is especially strong as to technology markets, which have long been one of YC's core areas of expertise. Our extensive first-hand experience and unrivaled track record of success afford us unique insights into the market dynamics at issue in this case.

We respectfully submit the attached brief in support of Plaintiffs to share our insights on the relationship between open competition and a healthy innovation ecosystem, the effects that Google's conduct has had on startup founding and funding opportunities, and how robust antitrust remedies in this case could help to clear a pathway for the next generation of startups and entrepreneurs. The attached brief endorses Plaintiffs' proposed remedy package as a whole and also highlights particular remedy components as to which we believe our frontline experience has given us unique insight and perspective. As the brief explains, our views align with both cutting-edge empirical research and decades of judicial wisdom.

## II.    CONCLUSION

For the foregoing reasons, YC respectfully requests that the Court grant this motion, enter the attached proposed order, and direct the Clerk of the Court to file the proposed brief on the dockets for the above-captioned cases.

Dated: May 9, 2025

Respectfully Submitted,

By: /s/ Brandon Kressin

Brandon Kressin (D.C. Bar No. 1002008)
KRESSIN POWERS LLC
Brandon@kressinpowers.com
400 Seventh Street NW, Ste 300
Washington, DC 20004
202-464-2905

*Counsel for Y Combinator*