**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |

| | |
|---|---|
| STATE OF COLORADO, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | HON. AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |

## DEFENDANT GOOGLE LLC'S NOTICE REGARDING DESIGNATED DEPOSITION TESTIMONY

Defendant Google LLC files this notice in connection with the submission of deposition designations to the Court in the above-captioned cases. On May 8, 2025, Google provided the Court with a thumb drive containing deposition designations and objections thereto for the following witnesses:

- Charles Beard (Microsoft)

- Frank Boulben (Verizon)

- Robert Cromwell (Microsoft) – as corporate representative of Microsoft

- Jay Kim (Samsung)

- David Smutny (Microsoft) – as corporate representative of Microsoft

- Jan Standal (Opera)

- Brian Utter (Microsoft) – as corporate representative of Microsoft

Google notes that the designated witnesses or their employers have designated all testimony contained within the USB thumb drive as highly confidential.  At this time, this testimony has not been precleared for public use pursuant to the parties' confidentiality review process.

The enclosed transcripts include testimony designated by all parties in a single document. Testimony designated by Google and Plaintiffs is labeled accordingly.  For designated witnesses who provided an errata sheet, errata modifying portions of their designated testimony are appended to the end of each transcript.  Additionally, video recordings of the designated portions of these depositions are provided in MPEG-4 format

 Google's thumb drive also contains a spreadsheet that identifies the trial exhibit numbers for any deposition exhibits referenced in the designated testimony.

Also enclosed is a spreadsheet of the parties' objections to the enclosed deposition designations for all witnesses with designations by Google.  Column A identifies the deponent and date of the deposition; Column B through E identify the testimony (page and line) that is subject to an objection; Column F identifies the party making the objection, the basis for the objection, and the portion of the designated testimony that is subject to the objection; and Column G identifies the type of designation, *i.e.* an affirmative designation ("Desig") or a counter designation ("Cntr-Desig").  Testimony not listed in the spreadsheet is not subject to an objection.

Dated: May 9, 2025                              Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _/s/ John E. Schmidtlein_
John E. Schmidtlein (D.C. Bar No. 441261)
Benjamin M. Greenblum (D.C. Bar No. 979786)
Colette T. Connor (D.C. Bar No. 991533)
680 Maine Avenue, SW
Washington, DC 20024
Tel: 202-434-5000
jschmidtlein@wc.com
bgreenblum@wc.com
cconnor@wc.com

WILSON SONSINI GOODRICH & ROSATI P.C.
Michael Sommer (admitted *pro hac vice*)
Franklin M. Rubinstein (D.C. Bar No. 476674)
1700 K Street, NW
Washington, DC 20006
Tel: 202-973-8800
msommer@wsgr.com
frubinstein@wsgr.com

ROPES & GRAY LLP
Mark S. Popofsky (D.C. Bar No. 454213)
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: 202-508-4624
Mark.Popofsky@ropesgray.com

Matthew McGinnis (admitted *pro hac vice*)
Prudential Tower
800 Boylston Street
Boston, MA 02199
Tel: 617-951-7703
Matthew.McGinnis@ropesgray.com

*Counsel for Defendant Google LLC*