# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 1:20-CV-03010-APM |
| STATE OF COLORADO, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 1:20-CV-03715-APM |

## [PROPOSED] ORDER

The Motion of Brave Software, Inc. for Leave to File A*micus Curiae* Brief in Support of Neither Party is hereby GRANTED. The Court GRANTS Brave Software, Inc. *amicus curiae* status and GRANTS its request to file a brief in support of neither party. The Clerk is directed to accept the proposed brief for filing.

IT IS SO ORDERED.

SIGNED this _____ day of May, 2025

_____
The Honorable Amit P. Mehta
United States District Judge