# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |
| State of Colorado *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

**[PROPOSED] ORDER GRANTING MOTION OF ACT | THE APP ASSOCIATION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF**

Upon this Court's review and full consideration of the *Motion of ACT | The App Association for Leave to File Brief as Amicus Curiae in Support of Defendant,* it is hereby ORDERED that the Motion is GRANTED, and the attached proposed *amicus curiae* brief shall be docketed.

Dated:_____

_____
HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE