# EXHIBIT B

# In the Matter Of:

*United States of America vs*

*Google LLC*

## ERIC CHRISTENSEN

## December 21, 2021



Case 1:20-cv-03010-APM   Document 1306-3   Filed 05/09/25   Page 3 of 7
United States of America vs Google LLC
Eric Christensen
December 21, 2021

108

1          MR. SCHMIDTLEIN: Objection. Form.
2     A.     If you're referring to how the Google
3  forward agreement came about, it was -- it was more
4  of an opportunity for us to evaluate similar
5  programs and projects on specific devices that
6  Google or Amazon could participate in. So I don't
7  think it was a concurrency situation.
8     Q.     Okay. So if I'm understanding you
9  correctly, is it fair to say that Amazon approached
10 Motorola for putting Alexa on its smartphone devices
11 sold in the U.S.?
12    A.     Yes.
13         MR. SCHMIDTLEIN: Objection.
14    Q.     And they -- and did they offer
15 payments and you leveraged that payment to get a
16 higher bounty from Google?
17         MS. O'CONNOR: Objection. Form.
18 Foundation.
19    A.     If I recall correctly, Amazon offered
20 a specific bounty. In those discussions, we invited
21 Google to propose something similar, and we had
22 discussions with each party separately for a period
23 of time before we arrived at our selection of the
24 Google forward agreement as the one we would pursue
25 and sign.

Case 1:20-cv-03010-APM   Document 1306-3   Filed 05/09/25   Page 4 of 7
United States of America vs Google LLC
Eric Christensen
December 21, 2021

109

1    Q.    And that's because Alexa competes
2  with Google Assistant?
3              MS. O'CONNOR:  Objection.  Form.
4  Foundation.
5    A.    Well, that's not why we chose it, but
6  Alexa does compete with Google Assistant.
7    Q.    Did you -- did Google offer you more
8  money than Amazon to -- did Google offer you money
9  that you would only -- let me think about this.
10             Amazon offered you a certain amount
11  of money to put Alexa on its devices; correct?
12             MS. O'CONNOR:  Objection.
13             MR. SCHMIDTLEIN:  Objection to the
14  form.
15             Let's make clear, Amazon is offering
16  money to Motorola, not Mr. Christensen.
17             MS. GRAY:  Fair.
18    A.    That's correct.  They offered money
19  to Motorola.
20  BY MS. GRAY:
21    Q.    So Amazon offered money to Motorola
22  to have Motorola put Alexa on its smartphone devices
23  in the U.S.; correct?
24    A.    On a specific number of smartphone
25  devices, but that is correct, yes.

Case 1:20-cv-03010-APM   Document 1306-3   Filed 05/09/25   Page 5 of 7
United States of America vs Google LLC
Eric Christensen
December 21, 2021

110

1    Q.    And then Google outbid them; correct?
2          MS. O'CONNOR:  Objection.  Form.
3    A.    The outcome was Google -- Google's
4    offer was far more compelling to us.  We would have
5    been certainly happy to have Amazon provide, you
6    know, a more aggressive offer.  They declined.
7    Q.    And that's because Alexa competes
8    with Google Assistant; correct?
9          MS. O'CONNOR:  Objection.  Form.
10   Foundation.
11         MR. SCHMIDTLEIN:  Objection.
12   A.    I do not know why they declined to
13   invest more.
14   Q.    How was Google's offer more
15   compelling than Amazon's offer?
16   A.    The terms of the Google forward
17   agreement were far simpler for us to execute.
18   Amazon had a little more complexity to it, and the
19   bounty for the Google offer was far greater than
20   what -- the combination of incentives that Amazon
21   was willing to provide.
22   Q.    So Google offered more money;
23   correct?
24         MR. SCHMIDTLEIN:  Objection.
25         MS. O'CONNOR:  Objection to the form.

Case 1:20-cv-03010-APM   Document 1306-3   Filed 05/09/25   Page 6 of 7
United States of America vs Google LLC
Eric Christensen
December 21, 2021

111

```
 1        A.      The overall package was -- was -- was
 2   larger, yes.
 3        Q.      Had Google supported Motorola's
 4   development of -- let me scratch that.
 5                You mentioned that Motorola developed
 6   Moto Voice and Moto Voice 2.0 for wake word
 7   capability.  Has Google supported development of
 8   those services?
 9                MS. O'CONNOR:  Objection.  Vague.
10        A.      When you say "supported," what does
11   that mean?
12        Q.      Well, what do you think support
13   means?
14        A.      Well, support could be phone support.
15   It could be financial support.  It could be lots of
16   things so --
17        Q.      Do they put any obstacles in the way
18   of Motorola developing voice assistants?
19        A.      I don't recall there were any
20   obstacles for our own voice assistant product.  I
21   should probably define more carefully though, Moto
22   Voice in today's standards would not be considered a
23   voice assistant on par with Google Assistant or
24   Amazon Alexa.  Back in the day, it was far more
25   limited.
```

Case 1:20-cv-03010-APM   Document 1306-3   Filed 05/09/25   Page 7 of 7
United States of America vs Google LLC
Eric Christensen
December 21, 2021

283

1         C E R T I F I C A T E

2              I, RICHARD GERMOSEN, a stenographic New

3    Jersey Certified Court Reporter, New Jersey Certified

4    Realtime Court Reporter, California Certified

5    Shorthand Reporter, California Certified Realtime

6    Reporter, NCRA Registered Diplomate Reporter, and

7    NCRA Certified Realtime Reporter, do hereby certify:

8              That ERIC V. CHRISTENSEN, the witness

9    whose deposition is hereinbefore set forth, having

10   been duly sworn, and that such deposition is a true

11   record of the testimony of said witness.

12             I further certify that I am not related

13   to any of the parties to this action by blood or

14   marriage, and that I am in no way interested in the

15   outcome of this matter.

16             IN WITNESS WHEREOF, I have hereunto set

17   my hand this 29th day of December 2021.

18

19   _____
     RICHARD GERMOSEN,
20   RDR/CRR/CCR-NJ/CRCR/CSR-CA/CCRR-CA/NYACR/NYRCR
     LICENSE NO. 30XI00184700
21   LICENSE NO. 30XR00016800
     California CSR No. 14391
22   California CRR No. 198

23

24

25