# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**PROPOSED ORDER GRANTING MOTOROLA MOBILITY LLC'S MOTION FOR LEAVE TO FILE A BRIEF OF *AMICUS CURIAE***

Motorola Mobility LLC ("Motorola") has moved for leave to file a brief of *amicus curiae*. Pursuant to Federal Rule of Civil Procedure 7(b) and Local Civil Rule 7, and upon consideration of Motorola's Motion and the memorandum in support, it is hereby ORDERED that Motorola's Motion for Leave to File is GRANTED.

IT IS SO ORDERED.

Date: _____

_____
Honorable Amit P. Mehta
United States District Judge