# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | |
| GOOGLE LLC, | HON. AMIT P. MEHTA |
| Defendant. | |

| | |
|---|---|
| STATE OF COLORADO, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | |
| GOOGLE LLC, | HON. AMIT P. MEHTA |
| Defendant. | |

**NOTICE OF ERRATA TO MOTION AND EXHIBIT A BY BIPARTISAN FORMER ANTITRUST ENFORCERS FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF NEITHER PARTY**

Amicus Curiae Bipartisan Former Antitrust Enforcers respectfully submit this errata to its Motion for Leave to file its Amicus Brief in Support of Neither Party and Exhibit A - Brief of Bipartisan Former Antitrust Enforcers As Amicus Curiae in Support of Neither Party, which was filed on May 6, 2025, at Docket No. 1243, to correct two inadvertent errors.  On Page 3 of the Motion and Page 17 of Exhibit A, the clause "and as Counsel to the Assistant Attorney General in the Antitrust Division of the United States Department of Justice from 1993 to 1995" should be moved from Mark Whitener's biography to Willard K. Tom's.  On Page 3 of the Motion and Page 17 of Exhibit A, it will now read:

"Willard K. Tom served as General Counsel of the Federal Trade Commission from 2009 to 2012.  He also served as Deputy Director of the Bureau of Competition at the Federal Trade Commission from 1997 to 2000 and as Counsel to the Assistant Attorney General in the Antitrust Division of the United States Department of Justice from 1993 to 1995.

Mark Whitener is an Adjunct Professor at Georgetown University and a Senior Fellow at the Georgetown Center for Business & Public Policy.  He served as Deputy Director of the Bureau of Competition at the Federal Trade Commission from 1993 to 1997."

Amicus Curiae are concurrently filing a corrected Motion and Exhibit A that includes these corrections and makes no other changes.

Dated: May 13, 2025

Respectfully submitted,

/s/ Ian Simmons
Ian Simmons (D.C. Bar No. 439645)
Michael F. Rosenblatt (D.C. Bar No. 1656892) (*pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC  20006-4061
Telephone:	+1 202 383 5300
Facsimile:	+1 202 383 5414
isimmons@omm.com
mrosenblatt@omm.com

Peter Herrick (D.C. Bar No. 1029327) (*pro hac vice*)
O'MELVENY & MYERS LLP
1301 Avenue of the Americas
17th Floor
New York, NY 10019
Telephone:	+1 212 326 2000
Facsimile:	+1 212 326 2061
pherrick@omm.com

*and*

Andrew Ezekoye (*pro hac vice*)
Joshua P. Cayetano (*pro hac vice*)
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111-3823
Telephone:	+1 415 984 8700
Facsimile:	+1 415 984 8701
aezekoye@omm.com
jcayetano@omm.com

Attorneys for *Amicus Curiae* Bipartisan Former Antitrust Enforcers

## CERTIFICATE OF SERVICE

    I hereby certify that on May 13, 2023, I electronically filed a true and correct copy of the foregoing NOTICE OF ERRATA TO MOTION AND EXHIBIT A BY BIPARTISAN FORMER ANTITRUST ENFORCERS FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE IN SUPPORT OF NEITHER PARTY with the Clerk via the CM/ECF system which will send notification of such filing and service upon all counsel of record.

        /s/ Ian Simmons
        Ian Simmons
        O'MELVENY & MYERS LLP
        1625 Eye Street, NW
        Washington, DC  20006-4061
        Telephone:   +1 202 383 5300
        Facsimile:    +1 202 383 5414
        isimmons@omm.com

        *Counsel for Amicus Curiae*
        *Bipartisan Former Antitrust*
        *Enforcers*