# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5016**                       **September Term, 2024**

**1:20-cv-03010-APM**

**Filed On: May 13, 2025** [2115580]

United States of America, et al.,

       Appellees

   v.

Google LLC,

       Appellee

Apple Inc.,

       Appellant

### M A N D A T E

    In accordance with the judgment of March 21, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                     **FOR THE COURT:**
                                                     Clifton B. Cislak, Clerk

                        BY:     /s/
                                                  Daniel J. Reidy
                                                  Deputy Clerk

Link to the judgment filed March 21, 2025