UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GOOGLE LLC, ) <br> ) <br> Defendant. ) | Case No. 20-cv-3010 (APM) |
| STATE OF COLORADO, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GOOGLE LLC, ) <br> ) <br> Defendant. ) | Case No. 20-cv-3715 (APM) |

**ORDER**

Based on the parties' Joint Proposal to Address Confidential Information in Post-Hearing Submissions, ECF No. 1312, the court orders the following with regard to further proceedings in this matter:

1. By **May 16, 2025**, the parties shall file under seal their opening post-hearing submissions.

    a. If a party quoted or described in its opening post-hearing submissions any information not previously disclosed publicly at the hearing that a non-party maintained as Confidential or Highly Confidential, then, starting on **May 16, 2025**, the party may begin to provide the applicable non-party

    with notice of the information quoted or described so that the non-party may identify any redactions it contends are warranted.

  b. A non-party shall provide proposed redactions to information quoted or described in the parties' opening post-hearing submissions within **96 hours** (four days) of receiving a notice referenced in Paragraph 1(a).

2. By **May 21, 2025**, the parties shall file public, redacted versions of the opening Combined Briefs & Proposed Conclusions of Law that apply existing confidentiality designations.

3. By **May 23, 2025**, the parties shall file under seal their responsive post-hearing submissions.

  a. If a party quoted or described in its responsive post-hearing submissions any information not previously disclosed publicly at the hearing that a non-party maintained as Confidential or Highly Confidential, then, starting on **May 23, 2025**, the party may begin to provide the applicable non-party with notice of the information quoted or described so that the non-party may identify any redactions it contends are warranted.

  b. A non-party shall provide proposed redactions to information quoted or described in the parties' responsive post-hearing submissions within **96 hours** (four days) of receiving a notice referenced in Paragraph 3(a).

4. By **May 26, 2025**, Google shall provide proposed redactions to Confidential or Highly Confidential Information in Plaintiffs' opening post-hearing submissions.

5.  By **May 27, 2025**, Google shall provide proposed redactions to Confidential or Highly Confidential Information in Plaintiffs' responsive post-hearing submissions.

6.  **One day prior** to the start of closing arguments, the parties shall file public, redacted versions of their opening and responsive post-hearing submissions that are consistent with the court's guidance and *United States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1980).

7.  By **June 13, 2025**, the parties shall provide the court with hyperlinked versions of their opening and responsive post-hearing submissions.

Dated: May 14, 2025

_____
Amit P. Mehta
United States District Judge