# Exhibit A

**Defendant Google LLC's Admitted Exhibits and Demonstratives**

| Exhibit | Exhibit Date | Beg Bates | End Bates | Limitation (if any) |
|---|---|---|---|---|
| RDX0001 | 10/XX/2015 | GOOG-DOJ-34930643 | GOOG-DOJ-34930651 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0002 | 03/11/2016 | GOOG1-00007989 | GOOG1-00008009 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0003 | 08/03/2017 | GOOG-DOJ-34930521 | GOOG-DOJ-34930525 | None |
| RDX0004 | 05/24/2018 | GOOG-DOJ-06682383 | GOOG-DOJ-06682384 | None |
| RDX0005 | 09/18/2018 | GOOG-DOJ-34930526 | GOOG-DOJ-34930529 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0006 | 2019 | GOOG-DOJ-34930154 | GOOG-DOJ-34930191 | None |
| RDX0007 | 01/16/2019 | GOOG-DOJ-04451987 | GOOG-DOJ-04452024 | None |
| RDX0008 | 05/XX/2020 | GOOG-DOJ-34932865 | GOOG-DOJ-34932865 | None |
| RDX0009 | 05/XX/2021 | GOOG-DOJ-34930531 | GOOG-DOJ-34930532 | None |
| RDX0010 | 10/18/2021 | GOOG-DOJ-34918062 | GOOG-DOJ-34918064 | None |
| RDX0011 | 02/23/2022 | GOOG-DOJ-34937247 | GOOG-DOJ-34937251 | None |
| RDX0012 | 06/24/2022 | GOOG-DOJ-34930700 | GOOG-DOJ-34930721 | None |
| RDX0013 | 08/XX/2022 | GOOG-DOJ-34933447 | GOOG-DOJ-34933466 | None |
| RDX0014 | 08/12/2022 | GOOG-DOJ-34931557 | GOOG-DOJ-34931606 | None |
| RDX0015 | 05/XX/2023 | GOOG-DOJ-34933392 | GOOG-DOJ-34933446 | None |
| RDX0016 | 06/XX/2023 | GOOG-DOJ-33985650 | GOOG-DOJ-33985716 | None |
| RDX0018 | 10/05/2023 | GOOG-DOJ-34930453 | GOOG-DOJ-34930459 | None |
| RDX0019 | 10/20/2023 | GOOG-DOJ-33903037 | GOOG-DOJ-33903146 | None |
| RDX0020 | 12/XX/2023 | GOOG-DOJ-34930035 | GOOG-DOJ-34930066 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0021 | 01/15/2024 | GOOG-DOJ-34844020 | GOOG-DOJ-34844049 | None |

**Defendant Google LLC's Admitted Exhibits and Demonstratives**

| | | | | |
|---|---|---|---|---|
| RDX0022 | 02/09/2024 | GOOG-DOJ-34799123 | GOOG-DOJ-34799172 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0023 | 03/18/2024 | GOOG-DOJ-33903805 | GOOG-DOJ-33903870 | None |
| RDX0023A | 03/18/2024 | | | None |
| RDX0024 | 03/20/2024 | GOOG-DOJ-34287277 | GOOG-DOJ-34287278 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0025 | 04/XX/2024 | GOOG-DOJ-34929956 | GOOG-DOJ-34930009 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0026 | 04/03/2024 | GOOG-DOJ-34932425 | GOOG-DOJ-34932428 | None |
| RDX0027 | 04/29/2024 | GOOG-DOJ-34284573 | GOOG-DOJ-34284669 | None |
| RDX0028 | 05/XX/2024 | GOOG-DOJ-33806292 | GOOG-DOJ-33806337 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0029 | 05/09/2024 | GOOG-DOJ-33821018 | GOOG-DOJ-338210121 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0030 | 05/16/2024 | GOOG-DOJ-33937702 | GOOG-DOJ-33937709 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0031 | 05/21/2024 | GOOG-DOJ-34932049 | GOOG-DOJ-34932050 | None |
| RDX0032 | 05/24/2024 | GOOG-DOJ-34933263 | GOOG-DOJ-34933275 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0033 | 06/XX/2024 | GOOG-DOJ-34930564 | GOOG-DOJ-34930621 | None |

| RDX0034 | 06/04/2024 | GOOG-DOJ-33961659 | GOOG-DOJ-33961700 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
|---------|------------|-------------------|-------------------|-------------------------------------------------------------------------------------------------------------|
| RDX0035 | 06/20/2024 | GOOG-DOJ-33759550 | GOOG-DOJ-33759550 | None |
| RDX0036 | 07/16/2024 | GOOG-DOJ-34932029 | GOOG-DOJ34932032 | None |
| RDX0037 | 08/28/2024 | GOOG-DOJ-34918112 | GOOG-DOJ-34918113 | None |
| RDX0038 | 09/XX/2024 | GOOG-DOJ-34811186 | GOOG-DOJ-34811224 | None |
| RDX0039 | 09/XX/2024 | GOOG-DOJ-34846753 | GOOG-DOJ-34846807 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0040 | 09/05/2024 | GOOG-DOJ-33859197 | GOOG-DOJ-33859245 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0041 | 10/XX/2024 | GOOG-DOJ-34926143 | GOOG-DOJ-34926145 | None |
| RDX0042 | 10/XX/2024 | GOOG-DOJ-33971473 | GOOG-DOJ-33971521 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0042A | 10/XX/2024 | | | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0043 | 10/XX/2024 | GOOG-DOJ-33963925 | GOOG-DOJ-33963943 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0044 | 10/XX/2024 | GOOG2-00004903 | GOOG2-00004933 | None |
| RDX0045 | 10/XX/2024 | GOOG-DOJ-34241715 | GOOG-DOJ-34241786 | None |
| RDX0046 | 10/09/2024 | GOOG2-00001688 | GOOG2-00001696 | None |
| RDX0047 | 10/16/2024 | GOOG2-00001697 | GOOG2-00001701 | None |
| RDX0048 | 10/16/2024 | GOOG-DOJ-34316054 | GOOG-DOJ-34316171 | None |

| RDX0049 | 10/23/2024 | GOOG-DOJ-34930447 | GOOG-DOJ-34930452 | None |
|---|---|---|---|---|
| RDX0050 | 11/XX/2024 | GOOG-DOJ-34936125 | GOOG-DOJ-34936171 | None |
| RDX0051 | 11/13/2024 | GOOG-DOJ-34930433 | GOOG-DOJ-34930435 | None |
| RDX0052 | 11/22/2024 | GOOG-DOJ-34845002 | GOOG-DOJ-34845084 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0053 | 11/27/2024 | GOOG-DOJ-34917944 | GOOG-DOJ-34917945 | None |
| RDX0054 | 12/19/2024 | GOOG-DOJ-34917658 | GOOG-DOJ-34917673 | None |
| RDX0055 | 12/23/2024 | GOOG-DOJ-34918950 | GOOG-DOJ-34918950 | None |
| RDX0055A | 12/23/2024 | | | None |
| RDX0056 | 01/06/2025 | GOOG-DOJ-34934022 | GOOG-DOJ-34934023 | None |
| RDX0057 | 01/16/2025 | GOOG-DOJ-34926062 | GOOG-DOJ-34926142 | None |
| RDX0058 | 01/17/2025 | GOOG-DOJ-34930657 | GOOG-DOJ-34930666 | None |
| RDX0059 | 01/28/2025 | GOOG-DOJ-34933292 | GOOG-DOJ-34933294 | None |
| RDX0060 | 02/05/2025 | GOOG-DOJ-34930732 | GOOG-DOJ-34930732.014 | None |
| RDX0061 | 02/17/2025 | GOOG-DOJ-34931504 | GOOG-DOJ-34931504 | None |
| RDX0062 | 03/03/2025 | GOOG-DOJ-34933211 | GOOG-DOJ-34933231 | None |
| RDX0063 | 03/06/2025 | GOOG-DOJ-34934112 | GOOG-DOJ-34934112 | None |
| RDX0064 | 03/06/2025 | GOOG-DOJ-34933672 | GOOG-DOJ-34933673 | None |
| RDX0065 | | GOOG-DOJ-34936172 | GOOG-DOJ-34936173 | None |
| RDX0066 | | GOOG-DOJ-34933232 | GOOG-DOJ-34933262 | None |
| RDX0067 | | GOOG-DOJ-34930758 | GOOG-DOJ-34930777 | None |
| RDX0068 | | GOOG-DOJ-34933295 | GOOG-DOJ-34933325 | None |
| RDX0069 | | GOOG-DOJ-34925393 | GOOG-DOJ-34925444 | None |
| RDX0070 | | GOOG-DOJ-34925616 | GOOG-DOJ-34925652 | None |
| RDX0071 | | GOOG-DOJ-34932169 | GOOG-DOJ-34932348 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0072 | | GOOG-DOJ-34925615 | GOOG-DOJ-34925615 | None |

Defendant Google LLC's Admitted Exhibits and Demonstratives

| RDX0073 | 05/03/2023 | APLGOOGDOJ-01168040 | APLGOOGDOJ-01168042 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
|---------|------------|---------------------|---------------------|-------------------------------------------------------------------------------------------------------------|
| RDX0074 | 05/15/2023 | APLGOOGDOJ-01168917 | APLGOOGDOJ-01168919 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0075 | 11/14/2023 | APLGOOGDOJ-01168165 | APLGOOGDOJ-01168166 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0076 | 02/19/2024 | APLGOOGDOJ-01168725 | APLGOOGDOJ-01168725 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0077 | 05/29/2019 | DuckDuckGo-00233064 | DuckDuckGo-00233068 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0078 | 08/06/2019 | DuckDuckGo-00622075 | DuckDuckGo-00622079 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0079 | 12/XX/2019 | DuckDuckGo-00530763 | DuckDuckGo-530771 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0080 | 06/12/2023 | DuckDuckGo-00601601 | DuckDuckGo-00601604 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |

**Defendant Google LLC's Admitted Exhibits and Demonstratives**

| RDX0081 | 06/14/2019 | MSFT-0000118125 | MSFT-0000118125 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
|---|---|---|---|---|
| RDX0082 | 12/03/2019 | MSFT-0000139844 | MSFT-0000139845 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0083 | 01/19/2023 | MSLIT-0000249876 | MSLIT-0000249904 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0084 | 11/11/2023 | MSLIT_0000088625 | MSLIT_0000088627 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0085 | 02/20/2024 | MSLIT_0000000320 | MSLIT_0000000364 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0086 | 09/30/2024 | MSLIT_0000088560 | MSLIT_0000088569 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0087 | 10/04/2024 | MSLIT_0000088044 | MSLIT_0000088046 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0088 | 02/05/2025 | MSLIT_0000185270 | MSLIT_0000185270 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0089 | 12/31/2023 | GLSUB00000293 | GLSUB00000319 | None |

**Defendant Google LLC's Admitted Exhibits and Demonstratives**

| RDX0090 | 05/20/2024 | GLSUB00001154 | GLSUB00001178 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
|---|---|---|---|---|
| RDX0091 | 09/16/2024 | GLSUB00001179 | GLSUB00001195 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0092 | 10/24/2024 | Perplexity_019770 | Perplexity_019786 | None |
| RDX0093 | 10/25/2024 | Perplexity_019768 | Perplexity_019769 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0094 | 10/25/2024 | Perplexity_019787 | Perplexity_019787 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0095 | 12/28/2023 | SEA-DOJ-REM0052234_K and certified translation | A-DOJ-REM0052234_K_00 | None |
| RDX0096 | 01/05/2024 | SEA-DOJ-REM0029960_K and certified translation | A-DOJ-REM0029960_K_00 | None |
| RDX0098 | 08/18/2022 | VZGGL-REM-0000002 | VZGGL-REM-0000018 | None |
| RDX0099 | 08/30/2023 | VZGGL-REM-0002091 | VZGGL-REM-0002092 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0100 | 12/11/2023 | VZGGL-REM-0000307 | VZGGL-REM-0000323 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |

**Defendant Google LLC's Admitted Exhibits and Demonstratives**

| RDX0101 | 02/20/2024 | VZGGL-REM-0001942 | VZGGL-REM-0001950 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
|---|---|---|---|---|
| RDX0102 | 2018 | YAH-LIT-0046610 | YAH-LIT-0046618 | None |
| RDX0103 | 02/07/2023 | YAH-LIT-0112338 | YAH-LIT-0112350 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0104 | 08/14/2023 | YAH-LIT-0114034 | YAH-LIT-0114075 | None |
| RDX0105 | 2024 | YAH-LIT-0110787 | YAH-LIT-0110787 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0106 | 08/XX/2024 | YAH-LIT-0110640 | YAH-LIT-0110657 | None |
| RDX0107 | 09/25/2024 | YAH-LIT-0110678 | YAH-LIT-0110680 | None |
| RDX0108 | 10/XX/2024 | YAH-LIT-0110844 | YAH-LIT-0110881 | None |
| RDX0109 | 01/14/2025 | YAH-LIT-0110951 | YAH-LIT-0110951 | None |
| RDX0111 | 11/09/2021 | | | None |
| RDX0112 | | | | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0113 | 03/16/2023 | | | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0114 | 04/05/2023 | | | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |

**Defendant Google LLC's Admitted Exhibits and Demonstratives**

| | | | | |
|---|---|---|---|---|
| RDX0115 | 02/XX/2024 | | | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0116 | 03/XX/2024 | | | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0117 | 03/20/2024 | | | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0118 | 05/14/2024 | | | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0119 | 06/25/2024 | | | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0120 | 03/24/2025 | | | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0122 | 04/24/2025 | | | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0124 | 11/05/2008 | | | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0125 | 09/09/2024 | GOOG-DOJ-34931031 | GOOG-DOJ-34931034 | None |
| RDX0126 | 01/23/2025 | | | None |

**Defendant Google LLC's Admitted Exhibits and Demonstratives**

| | | | | |
|---|---|---|---|---|
| RDX0127 | 01/29/2025 | | | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0128 | 02/XX/2025 | | | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0129 | 02/11/2025 | | | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0130 | 02/19/2025 | GOOG-DOJ-34930390 | GOOG-DOJ-34930400 | None |
| RDX0131 | 02/19/2025 | GOOG-DOJ-34930401 | GOOG-DOJ-34930407 | None |
| RDX0132 | 02/25/2025 | GOOG-DOJ-34932020 | GOOG-DOJ-34932028 | None |
| RDX0133 | 03/05/2025 | | | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0134 | 03/05/2025 | | | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0135 | 03/24/2025 | | | None |
| RDX0136 | 03/25/2025 | | | None |
| RDX0137 | 03/26/2025 | | | None |
| RDX0138 | 03/26/2025 | | | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0139 | 03/26/2025 | | | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |

| | | | | |
|---|---|---|---|---|
| RDX0140 | | | | None |
| RDX0141 | | | | None |
| RDX0142 | | | | None |
| RDX0143 | 03/31/2025 | | | None |
| RDX0148 | 12/11/2024 | | | None |
| RDX0149 | 03/31/2025 | | | None |
| RDX0150 | 01/24/2025 | | | None |
| RDX0151 | 04/18/2024 | | | None |
| RDX0152 | 04/23/2025 | | | None |
| RDX0162 | 03/06/2025 | | | None |
| RDX0167 | 04/25/2025 | | | None |
| RDX0170 | 04/24/2025 | | | None |
| RDX0171 | 09/30/2024 | DuckDuckGo-00685325 | DuckDuckGo-00685325 | None |
| RDX0174 | 04/28/2025 | | | None |
| RDX0175 | 04/28/2025 | | | None |
| RDX0176 | 04/28/2025 | | | None |
| RDX0179 | 04/24/2025 | | | None |
| RDX0182 | 11/05/2008 | | | None |
| RDX0187 | 09/09/2024 | | | None |
| RDX0300 | 07/22/2023 | GOOG-DOJ-33863843 | GOOG-DOJ-33863849 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0301 | 01/26/2024 | GOOG-DOJ-33768098 | GOOG-DOJ-33768097 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0302 | 04/XX/2024 | GOOG-DOJ-34283218 | GOOG-DOJ-34283255 | None |
| RDX0303 | 05/02/2024 | GOOG-DOJ-34243476 | GOOG-DOJ-34243577 | None |
| RDX0304 | 07/XX/2024 | GOOG-DOJ-33962227 | GOOG-DOJ-33962253 | None |
| RDX0305 | 09/11/2024 | GOOG-DOJ-34248865 | GOOG-DOJ-34248929 | None |
| RDX0306 | 10/21/2024 | GOOG-DOJ-33845737 | GOOG-DOJ-33845792 | None |

| RDX0307 | 05/XX/2024 | AMP00003186 | AMP00003189 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0308 | 08/12/2024 | AMP00000010 | AMP00000018 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0309 | 10/07/2024 | AMP00000974 | AMP00000974 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0310 | 10/08/2024 | AMP00000972 | AMP00000973 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0311 | 04/30/2024 | APLGOOGDOJ-01168945 | APLGOOGDOJ-01168949 | None |
| RDX0312 | 06/11/2024 | ATTGOOG_REMEDY-002845 | ATTGOOG_REMEDY-002859 | None |
| RDX0313 | 09/XX/2024 | ATTGOOG_REMEDY-000311 | ATTGOOG_REMEDY-000314 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0314 | 10/10/2024 | ATTGOOG_REMEDY-010388 | ATTGOOG_REMEDY-010388 | None |
| RDX0315 | 09/21/2017 | MSFT-LIT2_0002134979 | MSFT-LIT2_0002134993 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0316 | 06/15/2019 | MSFT-LIT2_0001153564 | MSFT-LIT2_0001153590 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |

**Defendant Google LLC's Admitted Exhibits and Demonstratives**

| RDX0317 | 03/29/2023 | MSLIT_0000076732 | MSLIT_0000076751 | None |
|---|---|---|---|---|
| RDX0318 | 03/29/2023 | MSLIT_0000152474 | MSLIT_0000152477 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0319 | 06/02/2023 | MSLIT_0000071252 | MSLIT_0000071357 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0320 | 01/29/2024 | MSLIT_0000031900 | MSLIT_0000031935 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0321 | 02/06/2024 | MSLIT_0000015655 | MSLIT_0000015663 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0322 | 02/06/2024 | MSLIT_0000185157 | MSLIT_0000185184 | None |
| RDX0323 | 04/XX/2024 | MSLIT_0000015637 | MSLIT_0000015338 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0324 | 04/25/2024 | MSLIT_0000179416 | MSLIT_0000179438 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0325 | 05/01/2024 | MSLIT_0000068849 | MSLIT_0000068851 | None |
| RDX0326 | 05/01/2024 | MSLIT_0000103897 | MSLIT_0000103900 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0327 | 06/07/2024 | MSLIT_0000155324 | MSLIT_0000155354 | None |

**Defendant Google LLC's Admitted Exhibits and Demonstratives**

| | | | | |
|---|---|---|---|---|
| RDX0328 | 06/19/2024 | MSLIT_0000172382 | MSLIT_0000172395 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0329 | 06/28/2024 | MSLIT_0000078829 | MSLIT_0000078830 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0330 | 07/XX/2024 | MSLIT_0000051352 | MSLIT_0000051359 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0331 | 07/09/2024 | MSLIT_0000019206 | MSLIT_0000019209 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0332 | 07/16/2024 | MSLIT_0000078690 | MSLIT_0000078691 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0333 | 08/19/2024 | MSLIT_0000028699 | MSLIT_0000028722 | None |
| RDX0334 | 09/12/2024 | MSLIT_0000078832 | MSLIT_0000078851 | None |
| RDX0335 | 10/05/2024 | MSLIT_0000026721 | MSLIT_0000026725 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0336 | 10/08/2024 | MSLIT_0000014689 | MSLIT_0000014692 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0337 | 10/10/2024 | MSLIT_0000077670 | MSLIT_0000077702 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |

**Defendant Google LLC's Admitted Exhibits and Demonstratives**

| | | | | |
|---|---|---|---|---|
| RDX0338 | 01/25/2023 | MOZ-LIT-0054222 | MOZ-LIT-0054234 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0339 | 10/30/2024 | MOZ-LIT-0051007 | MOZ-LIT-0051012 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0340 | 12/XX/2024 | MOZ-LIT-045768 | MOZ-LIT-045806 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0341 | 07/17/2023 | GLSUB00019813 | GLSUB00019824 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0343 | 02/12/2024 | GLSUB00012027 | GLSUB00012028 | None |
| RDX0344 | 03/XX/2024 | GLSUB00015632 | GLSUB00015633 | None |
| RDX0345 | 03/07/2024 | GLSUB00007356 | GLSUB00007362 | None |
| RDX0346 | 05/01/2024 | GLSUB00016493 | GLSUB00016496 | None |
| RDX0347 | 05/01/2024 | GLSUB00016470 | GLSUB00016471 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0348 | 05/01/2024 | GLSUB00016472 | GLSUB00016492 | None |
| RDX0349 | 05/30/2024 | GLSUB00013576 | GLSUB00013578 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0350 | 06/XX/2024 | GLSUB00000120 | GLSUB00000128 | None |
| RDX0351 | 07/22/2024 | GLSUB00005519 | GLSUB00005524 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |

**Defendant Google LLC's Admitted Exhibits and Demonstratives**

| | | | | |
|---|---|---|---|---|
| RDX0352 | 08/09/2024 | GLSUB00015857 | GLSUB00016005 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0353 | 11/08/2024 | GLSUB00005376 | GLSUB00005398 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0355 | 12/02/2024 | GLSUB00012207 | GLSUB00012236 | None |
| RDX0356 | 01/01/2025 | GLSUB00020753 | GLSUB00020792 | None |
| RDX0357 | 01/07/2025 | GLSUB00007601 | GLSUB00007617 | None |
| RDX0358 | 07/XX/2021 | OPERA_00002283 | OPERA_00002315 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0359 | 07/XX/2023 | OPERA_00004828 | OPERA_00004863 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0360 | 01/27/2025 | OPERA_00007298 | OPERA_00007300 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0361 | 03/08/2024 | Perplexity_015363 | Perplexity_015384 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0362 | 10/25/2024 | Perplexity_019789 | Perplexity_019789 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |

**Defendant Google LLC's Admitted Exhibits and Demonstratives**

| | | | | |
|---|---|---|---|---|
| RDX0362A | 10/25/2024 | Perplexity_019789 | Perplexity_019789 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0363 | 10/25/2024 | Perplexity_019788 | Perplexity_019788 | None |
| RDX0363A | 10/25/2024 | Perplexity_019788 | Perplexity_019788 | None |
| RDX0364 | 04/03/2023 | SEA-DOJ-REM0004868 | SEA-DOJ-REM0004878 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0365 | 06/09/2023 | SEA-DOJ-REM0009086 and non-Bates certified translation | SEA-DOJ-REM0009095 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0366 | 07/05/2024 | SEA-DOJ-REM0057290 and non-Bates certified translation | SEA-DOJ-REM0057293 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0367 | 07/24/2024 | SEA-DOJ-REM0060168 | SEA-DOJ-REM0060174 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0368 | 08/10/2024 | SEA-DOJ-REM0062170 | SEA-DOJ-REM0062175 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0369 | 09/03/2024 | SEA-DOJ-REM0056660 | SEA-DOJ-REM0056685 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0370 | 06/07/2022 | GOOGLE_Lit-TMO_00140137 | OOGLE_Lit-TMO_0014015 | None |

**Defendant Google LLC's Admitted Exhibits and Demonstratives**

| RDX0371 | 02/01/2024 | GOOGLE_Lit-TMO_00143768 | OOGLE_Lit-TMO_0014379 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
|---------|------------|-------------------------|------------------------|-----------------------------------------------------------------------------------------------------------|
| RDX0372 | 06/07/2024 | GOOGLE_Lit-TMO_00143020 | OOGLE_Lit-TMO_0014302 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0373 | 07/24/2024 | GOOGLE_Lit-TMO_00141948 | OOGLE_Lit-TMO_0014197 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0374 | 04/07/2023 | VZGGL-REM-0000398 | VZGGL-REM-0000400 | None |
| RDX0375 | 04/24/2009 | | | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0378 | 07/18/2024 | | | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0380 | 02/XX/2025 | | | None |
| RDX0381 | 02/24/2025 | | | None |
| RDX0382 | 03/26/2024 | MOTO-DDC-00166633 | MOTO-DDC-00166661 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
| RDX0400 | 07/27/2010 | GOOG2-00001716 | GOOG2-00001771 | None |
| RDX0401 | 10/26/2015 | GOOG-DOJ-13125214 | GOOG-DOJ-13125280 | None |
| RDX0402 | 04/06/2018 | GOOG-DOJ-34810731 | GOOG-DOJ-34810754 | None |
| RDX0403 | 11/08/2018 | GOOG-DOJ-34930530 | GOOG-DOJ-34930530 | None |
| RDX0403A | 11/08/2018 | GOOG-DOJ-34930530 | GOOG-DOJ-34930530 | None |
| RDX0404 | 10/30/2020 | GOOG2-00001399 | GOOG2-00001413 | None |
| RDX0405 | 10/29/2021 | GOOG-DOJ-33742966 | GOOG-DOJ-33742984 | None |

| RDX0406 | 12/14/2021 | GOOG-DOJ-34810786 | GOOG-DOJ-34810825 | None |
| RDX0407 | 06/24/2022 | GOOG-DOJ-34810762 | GOOG-DOJ-34810774 | None |
| RDX0408 | 07/12/2022 | GOOG2-00000001 | GOOG2-00000002 | None |
| RDX0409 | 12/16/2022 | GOOG2-00000003 | GOOG2-00000005 | None |
| RDX0410 | 03/11/2023 | GOOG2-00004856 | GOOG2-00004884 | None |
| RDX0411 | 05/05/2023 | GOOG2-00000006 | GOOG2-00000007 | None |
| RDX0412 | 08/28/2023 | GOOG2-00000162 | GOOG2-00000173 | None |
| RDX0413 | 12/21/2023 | GOOG2-00000420 | GOOG2-00000443 | None |
| RDX0414 | 01/01/2024 | GOOG-DOJ-34810826 | GOOG-DOJ-34810877 | None |
| RDX0415 | 01/05/2024 | GOOG2-00000444 | GOOG2-00000445 | None |
| RDX0416 | 02/16/2024 | GOOG2-00004885 | GOOG2-00004902 | None |
| RDX0417 | 02/20/2024 | GOOG2-00000446 | GOOG2-00000449 | None |
| RDX0418 | 04/22/2024 | GOOG2-00000182 | GOOG2-00000216 | None |
| RDX0419 | 05/03/2024 | GOOG2-00000292 | GOOG2-00000294 | None |
| RDX0420 | 05/28/2024 | GOOG2-00001461 | GOOG2-00001493 | None |
| RDX0421 | 05/30/2024 | GOOG2-00000008 | GOOG2-00000022 | None |
| RDX0422 | 05/31/2024 | GOOG2-00000023 | GOOG2-00000024 | None |
| RDX0423 | 06/25/2024 | GOOG2-00001063 | GOOG2-00001086 | None |
| RDX0424 | 06/26/2024 | GOOG2-00000340 | GOOG2-00000341 | None |
| RDX0425 | 06/27/2024 | GOOG2-00000128 | GOOG2-00000136 | None |
| RDX0426 | 06/27/2024 | GOOG2-00000668 | GOOG2-00000678 | None |
| RDX0427 | 06/27/2024 | GOOG2-00000689 | GOOG2-00000694 | None |
| RDX0428 | 06/28/2024 | GOOG2-00000273 | GOOG2-00000281 | None |
| RDX0429 | 10/04/2024 | GOOG2-00001050 | GOOG2-00001062 | None |
| RDX0430 | 10/29/2024 | GOOG-DOJ-34925181 | GOOG-DOJ-34925185 | None |
| RDX0431 | 11/16/2024 | GOOG-DOJ-33743393 | GOOG-DOJ-33743395 | None |
| RDX0432 | 11/16/2024 | GOOG-DOJ-33743363 | GOOG-DOJ-33743392 | None |
| RDX0433 | 11/16/2024 | GOOG-DOJ-33743232 | GOOG-DOJ-33743283 | None |
| RDX0434 | 11/16/2024 | GOOG-DOJ-33743284 | GOOG-DOJ-33743339 | None |
| RDX0435 | 11/16/2024 | GOOG-DOJ-33743340 | GOOG-DOJ-33743362 | None |
| RDX0436 | 12/04/2024 | GOOG-DOJ-34926003 | GOOG-DOJ-34926009 | None |
| RDX0437 | 12/12/2024 | GOOG-DOJ-33811114 | GOOG-DOJ-33811118 | None |
| RDX0438 | 12/13/2024 | GOOG-DOJ-33811119 | GOOG-DOJ-33811125 | None |
| RDX0439 | 12/30/2024 | GOOG-DOJ-34811958 | GOOG-DOJ-34811959 | None |

**Defendant Google LLC's Admitted Exhibits and Demonstratives**

| | | | | |
|---|---|---|---|---|
| RDX0440 | 01/17/2025 | GOOG-DOJ-34925445 | GOOG-DOJ-34925454 | None |
| RDX0441 | 02/05/2025 | GOOG-DOJ-34925192 | GOOG-DOJ-34925194 | None |
| RDX0442 | 02/07/2025 | GOOG-DOJ-34925195 | GOOG-DOJ-34925201 | None |
| RDX0443 | 02/10/2025 | GOOG-DOJ-34925673 | GOOG-DOJ-34925678 | None |
| RDX0444 | 02/10/2025 | GOOG-DOJ-34925653 | GOOG-DOJ-34925672 | None |
| RDX0445 | 01/09/2023 | APLGOOGDOJ-01166811 | APLGOOGDOJ-01166815 | None |
| RDX0446 | 05/28/2023 | APLGOOGDOJ-01166884 | APLGOOGDOJ-01166885 | None |
| RDX0447 | 03/14/2024 | APLGOOGDOJ-01166822 | APLGOOGDOJ-01166826 | None |
| RDX0448 | 05/03/2024 | APLGOOGDOJ-01166827 | APLGOOGDOJ-01166878 | None |
| RDX0449 | 08/12/2024 | APLGOOGDOJ-01166816 | APLGOOGDOJ-01166821 | None |
| RDX0450 | 08/31/2024 | APLGOOGDOJ-01166886 | APLGOOGDOJ-01166893 | None |
| RDX0451 | 01/06/2020 | DuckDuckGo-00044410 | DuckDuckGo-00044453 | None |
| RDX0452 | 12/02/2020 | DuckDuckGo-00020279 | DuckDuckGo-00020285 | None |
| RDX0453 | 12/17/2020 | DuckDuckGo-00502624 | DuckDuckGo-00502629 | None |
| RDX0454 | 05/24/2022 | DuckDuckGo-00685277 | DuckDuckGo-00685319 | None |
| RDX0455 | 02/01/2024 | DuckDuckGo-00685320 | DuckDuckGo-00685322 | None |
| RDX0456 | 05/30/2024 | DuckDuckGo-00685323 | DuckDuckGo-00685324 | None |
| RDX0457 | 06/28/2019 | MSLIT_0000000579 | MSLIT_0000000614 | None |
| RDX0458 | 03/05/2021 | MSLIT_0000000515 | MSLIT_0000000578 | None |
| RDX0459 | 09/30/2022 | MSLIT_0000000734 | MSLIT_0000000749 | None |
| RDX0460 | 01/23/2023 | MSLIT_0000000635 | MSLIT_0000000704 | None |
| RDX0461 | 03/10/2023 | MSLIT_0000000713 | MSLIT_0000000716 | None |

| RDX0462 | 05/23/2023 | MSLIT_0000000750 | MSLIT_0000000765 | None |
|---|---|---|---|---|
| RDX0463 | 06/15/2023 | MSLIT_0000000710 | MSLIT_0000000712 | None |
| RDX0464 | 06/28/2023 | MSLIT_0000000800 | MSLIT_0000000801 | None |
| RDX0465 | 08/01/2023 | MSLIT_0000000766 | MSLIT_0000000768 | None |
| RDX0466 | 01/30/2024 | MSLIT_0000000769 | MSLIT_0000000772 | None |
| RDX0467 | 03/18/2024 | MSLIT_0000000615 | MSLIT_0000000628 | None |
| RDX0468 | | MSLIT_0000000931<br>MSLIT_0000000875<br>MSLIT_0000001157<br>MSLIT_0000008162<br>MSLIT_0000000917<br>MSLIT_0000000883<br>MSLIT_0000008164<br>MSLIT_0000000942<br>MSLIT_0000001147<br>MSLIT_0000001122<br>MSLIT_0000001136<br>MSLIT_0000001168<br>MSLIT_0000000966<br>MSLIT_0000000955<br>MSLIT_0000000904<br>MSLIT_0000008167<br>MSLIT_0000008150<br>MSLIT_0000001180<br>MSLIT_0000000893<br>MSLIT_0000008130<br>MSLIT_0000000921 | MSLIT_0000000941<br>MSLIT_0000000882<br>MSLIT_0000001167<br>MSLIT_0000008163<br>MSLIT_0000000920<br>MSLIT_0000000892<br>MSLIT_0000008166<br>MSLIT_0000000954<br>MSLIT_0000001156<br>MSLIT_0000001135<br>MSLIT_0000001146<br>MSLIT_0000001179<br>MSLIT_0000000976<br>MSLIT_0000000965<br>MSLIT_0000000916<br>MSLIT_0000008185<br>MSLIT_0000008161<br>MSLIT_0000001195<br>MSLIT_0000000903<br>MSLIT_0000008140<br>MSLIT_0000000930 | None |
| RDX0469 | 01/31/2023 | MOZ-LIT-045756 | MOZ-LIT-045767 | None |
| RDX0470 | 06/23/2024 | MOZ-LIT-045515 | MOZ-LIT-045523 | None |
| RDX0471 | 10/04/2019 | GLSUB00001036 | GLSUB00001041 | None |
| RDX0472 | 04/02/2020 | GLSUB00001034 | GLSUB00001035 | None |
| RDX0473 | 05/11/2020 | GLSUB00000454 | GLSUB00000458 | None |
| RDX0474 | 02/09/2021 | GLSUB00000889 | GLSUB00000897 | None |
| RDX0475 | 05/06/2021 | GLSUB00000960 | GLSUB00000967 | None |

| | | | | |
|---|---|---|---|---|
| RDX0476 | 08/10/2022 | GLSUB00000907 | GLSUB00000910 | None |
| RDX0477 | 08/22/2022 | GLSUB00000625 | GLSUB00000636 | None |
| RDX0478 | 12/13/2022 | GLSUB00000922 | GLSUB00000926 | None |
| RDX0479 | 12/23/2022 | GLSUB00000917 | GLSUB00000921 | None |
| RDX0480 | 02/15/2023 | GLSUB00000968 | GLSUB00000972 | None |
| RDX0481 | 03/14/2023 | GLSUB00000952 | GLSUB00000956 | None |
| RDX0482 | 03/28/2023 | GLSUB00000957 | GLSUB00000959 | None |
| RDX0483 | 06/05/2023 | GLSUB00000927 | GLSUB00000927 | None |
| RDX0484 | 07/01/2023 | GLSUB00000637 | GLSUB00000651 | None |
| RDX0485 | 08/09/2023 | GLSUB00000911 | GLSUB00000916 | None |
| RDX0486 | 10/20/2023 | GLSUB00000933 | GLSUB00000944 | None |
| RDX0487 | 12/01/2023 | GLSUB00000904 | GLSUB00000906 | None |
| RDX0488 | 12/06/2023 | GLSUB00000928 | GLSUB00000932 | None |
| RDX0489 | 12/19/2023 | GLSUB00000898 | GLSUB00000903 | None |
| RDX0490 | 12/23/2023 | GLSUB00000945 | GLSUB00000951 | None |
| RDX0491 | 02/28/2024 | GLSUB00000726 | GLSUB00000732 | None |
| RDX0492 | 03/05/2024 | GLSUB00000753 | GLSUB00000763 | None |
| RDX0493 | 03/08/2024 | GLSUB00000679 | GLSUB00000693 | None |
| RDX0494 | 03/08/2024 | GLSUB00001617 | GLSUB00001626 | None |
| RDX0495 | 03/26/2024 | GLSUB00000711 | GLSUB00000725 | None |
| RDX0496 | 04/22/2024 | GLSUB00000664 | GLSUB00000678 | None |
| RDX0497 | 04/29/2024 | GLSUB00001007 | GLSUB00001014 | None |
| RDX0498 | 05/01/2024 | GLSUB00001015 | GLSUB00001029 | None |
| RDX0499 | 05/02/2024 | GLSUB00001030 | GLSUB00001033 | None |
| RDX0500 | 05/06/2024 | GLSUB00000652 | GLSUB00000663 | None |
| RDX0501 | 05/09/2024 | GLSUB00000764 | GLSUB00000836 | None |
| RDX0502 | 05/21/2024 | GLSUB00000694 | GLSUB00000710 | None |
| RDX0503 | 05/24/2024 | GLSUB00000743 | GLSUB00000752 | None |
| RDX0504 | 06/05/2024 | GLSUB00007194 | GLSUB00007196 | None |
| RDX0505 | 06/18/2024 | GLSUB00000733 | GLSUB00000742 | None |
| RDX0506 | 07/25/2024 | GLSUB00000973 | GLSUB00000989 | None |
| RDX0507 | 08/19/2024 | GLSUB00000837 | GLSUB00000862 | None |
| RDX0508 | 09/16/2024 | GLSUB00000875 | GLSUB00000887 | None |
| RDX0509 | 09/24/2024 | GLSUB00000863 | GLSUB00000874 | None |

| RDX0510 | 11/18/2024 | Perplexity_000393 | Perplexity_000406 | Admitted into evidence subject to Plaintiffs' standing objection to any embedded hearsay contained therein. |
|---|---|---|---|---|
| RDX0511 | 01/24/2023 | YAH-LIT-0110967 | YAH-LIT-0110977 | None |
| RDX0512 | 04/03/2024 | YAH-LIT-0110908 | YAH-LIT-0110927 | None |
| RDX0513 | 04/24/2023 | YAH-LIT-0110981 | YAH-LIT-0110988 | None |
| RDX0600 | 01/11/2021 | | | None |
| RDX0601 | 06/06/2022 | | | None |
| RDX0602 | 11/11/2024 | | | None |
| RDX0603 | 11/27/2024 | | | None |
| RDX0604 | 02/11/2025 | | | None |
| RDX0605 | 02/26/2025 | | | None |
| RDX0606 | 02/28/2025 | | | None |
| RDX0607 | 03/10/2025 | | | None |
| RDX0608 | | | | None |
| RDX0609 | | | | None |
| RDX0610 | | | | None |
| RDX0611 | | FBGOOGREM_000000175 | | None |
| RDX0612 | 03/28/2022 | MSFT-LIT-0000069817 MSFT-LIT-0000069826 MSFTLIT-0000070150 | MSFT-LIT-0000069824 MSFT-LIT-0000069847 | None |
| RDX0613 | 01/31/2025 | MSLIT_DATA_0000000004 | | None |
| RDX0614 | 02/22/2025 | MSLIT_DATA_0000000005 | | None |
| RDX0615 | 12/12/2024 | GLSUB00000082 | | None |
| RDX0616 | | GLSUB00001113 | | None |
| RDX0617 | 03/22/2024 | | | None |
| RDX0618 | 01/17/2025 | | | None |
| RDX0619 | 02/12/2025 | | | None |
| RDX0620 | 03/05/2025 | | | None |
| RDX0621 | 03/05/2025 | | | None |

Defendant Google LLC's Admitted Exhibits and Demonstratives

| RDX0622 | 03/12/2025 | | | None |
|---|---|---|---|---|
| RDX0623 | 03/12/2025 | | | None |
| RDX0624 | 03/19/2025 | | | None |
| RDX0625 | 03/19/2025 | | | None |
| RDX0626 | 03/22/2025 | | | None |
| RDX0627 | 03/26/2025 | | | None |
| RDX0628 | 03/26/2025 | | | None |
| RDX0629 | 03/26/2025 | | | None |
| RDX0630 | 03/26/2025 | | | None |
| RDX0631 | | | | None |
| RDX0700 | 03/13/2025 | | | None |
| RDX0701 | 03/23/2025 | | | None |
| RDX0702 | 01/24/2025 | | | None |
| RDX0703 | 02/18/2025 | | | None |
| RDX0704 | 03/10/2025 | | | None |
| RDX0705 | 03/12/2025 | | | None |
| RDX0706 | 03/19/2025 | | | None |
| RDX0707 | 03/25/2025 | | | None |
| RDX0708 | 03/25/2025 | | | None |
| RDXD-01 | 04/21/2025 | | | Admitted as demonstratives. |
| RDXD-02 | 04/22/2025 | | | Admitted as demonstratives. |
| RDXD-03.001 | 04/22/2025 | | | Admitted as demonstratives. |
| RDXD-04 | 04/23/2025 | | | Admitted as demonstratives. |
| RDXD-06 | 04/23/2025 | | | Admitted as demonstratives. |
| RDXD-07 | 04/24/2025 | | | Admitted as demonstratives. |
| RDXD-08.001, .003 | 04/24/2025 | | | Admitted as demonstratives. |

**Defendant Google LLC's Admitted Exhibits and Demonstratives**

| | | | | |
|---|---|---|---|---|
| RDXD-12.001, .002, .003, .005, .006, .007, .008, .009, .010, .011, .012, .013, .014, .015, .016, .017, .018, .019, .020 | 04/25/2025 | | | Admitted as demonstratives. |
| RDXD-14.002, .004 | 04/28/2025 | | | Admitted as demonstratives. |
| RDXD-15.002, .010 | 04/29/2025 | | | Admitted as demonstratives. |
| RDXD-16 | 04/29/2025 | | | Admitted as demonstratives. |
| RDXD-17 | 04/30/2025 | | | Admitted as demonstratives. |
| RDXD-18 | 04/30/2025 | | | Admitted as demonstratives. |
| RDXD-19 | 05/01/2025 | | | Admitted as demonstratives. |

**Defendant Google LLC's Admitted Exhibits and Demonstratives**

| | | | | |
|---|---|---|---|---|
| RDXD-20.001, .002, .003, .004, .006, .007, .008, .009, .010, .011, .012, .013, .014, .015, .016, .017, .018, .019, .020, .021, .022, .023, .024, .025, .026, .027, .028, .029, .030, .031, .032, .033, .034, .035, .036, .037, .038, .039, .040, .041, .042, .043, .044, .045, .046, .047, .048, .049, .050, .051 | 05/01/2025 | | | Admitted as demonstratives. |
| RDXD-21 | 05/02/2025 | | | Admitted as demonstratives. |
| RDXD-22.001 | 05/02/2025 | | | Admitted as demonstratives. |
| RDXD-23.001 | 05/02/2025 | | | Admitted as demonstratives. |
| RDXD-24.001 | 05/02/2025 | | | Admitted as demonstratives. |

**Defendant Google LLC's Admitted Exhibits and Demonstratives**

| | | | | |
|---|---|---|---|---|
| RDXD-25 | 05/02/2025 | | | Admitted as demonstratives. |
| RDXD-27 | 05/02/2025 | | | Admitted as demonstratives. |
| RDXD-28 | 05/06/2025 | | | Admitted as demonstratives. |
| RDXD-29 | 05/06/2025 | | | Admitted as demonstratives. |
| RDXD-30 | 05/07/2025 | | | Admitted as demonstratives. |
| RDXD-31 | 05/07/2025 | | | Admitted as demonstratives. |
| RDXD-32 | 05/07/2025 | | | Admitted as demonstratives. |
| RDXD-33 | 05/08/2025 | | | Admitted as demonstratives. |
| RDXD-34 | 05/08/2025 | | | Admitted as demonstratives. |
| RDXD-35 | 05/09/2025 | | | Admitted as demonstratives. |
| RDXD-36.009, .010 | 05/09/2025 | | | Admitted as demonstratives. |