# EXHIBIT A

Plaintiffs' Post-Trial List of Admitted Exhibits and Demonstratives

| TrialExhibit# | Ex. Date | DocID | EndDoc | Limitations (if any) |
|---|---|---|---|---|
| PXR0001 | 2019.08.14 | GOOG-DOJ-05439612 | GOOG-DOJ-05439616 | |
| PXR0002 | 2020.02.26* | MSFT-0000971029 | MSFT-0000971047 | |
| PXR0003 | 2015.11.07* | GOOG-DOJ-20119985 | GOOG-DOJ-20119988 | Subject to standing objection to embedded hearsay. |
| PXR0004 | 2015.06 | MSFT-LIT-0000061519 | MSFT-LIT-0000061537 | |
| PXR0005 | 2014.11.05 | MOZ-LIT-002310 | MOZ-LIT-002348 | |
| PXR0006 | 2020.06.07 | DuckDuckGo-00545993 | DuckDuckGo-00545994 | |
| PXR0007 | 2017.06.05* | GOOG-DOJ-30653849 | GOOG-DOJ-30653929 | Subject to standing objection to embedded hearsay. |
| PXR0008 | 2014.03 | MSFT-LIT2_0008345066 | MSFT-LIT2_0008345093 | Subject to standing objection to embedded hearsay. |
| PXR0009 | 2024.11.11 | GOOG2-00001856 | GOOG2-00001858 | |
| PXR0010 | 2024.11.05* | APLGOOGDOJ-01166900 | APLGOOGDOJ-01166942 | Subject to standing objection to embedded hearsay. |
| PXR0011 | 2023.06.01 | GOOG-DOJ-33743600 | GOOG-DOJ-33743616 | |
| PXR0012 | 2024.05.08 | MSLIT_0000000776 | MSLIT_0000000780 | |
| PXR0013 | 2024.06.03 | GOOG-DOJ-33768339 | GOOG-DOJ-33768340 | |
| PXR0014 | 2023.10.06 | GOOG-DOJ-33771598 | GOOG-DOJ-33771603 | |
| PXR0015 | 2023.06.21 | GOOG-DOJ-33778036 | GOOG-DOJ-33778038 | |
| PXR0016 | 2024.06.05 | GOOG-DOJ-33797865 | GOOG-DOJ-33797871 | Subject to standing objection to embedded hearsay. |
| PXR0017 | 2023.08.14 | GOOG-DOJ-33798060 | GOOG-DOJ-33798062 | |
| PXR0018 | 2023.04.10* | GOOG-DOJ-33800258 | GOOG-DOJ-33800265 | |
| PXR0019 | 2023.12 | GOOG-DOJ-33803813 | GOOG-DOJ-33803822 | |
| PXR0020 | 2024.09.13 | MOZ-LIT-045488 | MOZ-LIT-045491 | |
| PXR0021 | 2023.11 | MOZ-LIT-046299 | MOZ-LIT-046308 | |
| PXR0022 | 2017.04.12 | GOOG-DOJ-33810431 | GOOG-DOJ-33810441 | Subject to standing objection to embedded hearsay. |
| PXR0023 | 2024.09.20 | MSLIT_0000000847 | MSLIT_0000000862 | Subject to standing objection to embedded hearsay. |
| PXR0024 | 2024.09 | MSLIT_0000000863 | MSLIT_0000000864 | |
| PXR0025 | 2024.07.30 | GOOG-DOJ-33814478 | GOOG-DOJ-33814482 | |
| PXR0026 | 2024.04.12 | GOOG-DOJ-33825264 | GOOG-DOJ-33825316 | |
| PXR0027 | 2024.05.21* | GOOG-DOJ-33828731 | GOOG-DOJ-33828770 | Subject to standing objection to embedded hearsay. |
| PXR0028 | 2023.02.07 | GOOG-DOJ-33829157 | GOOG-DOJ-33829159 | |
| PXR0029 | 2024.02.13* | GOOG-DOJ-33831152 | GOOG-DOJ-33831166 | |
| PXR0030 | 2024.02.14 | GOOG-DOJ-33837347 | GOOG-DOJ-33837348 | |
| PXR0031 | 2024.09.25 | GOOG-DOJ-33844344 | GOOG-DOJ-33844346 | |
| PXR0032 | 2023.10.12* | GOOG-DOJ-33861208 | GOOG-DOJ-33861218 | |
| PXR0033 | 2024.10.19 | GOOG-DOJ-33947244 | GOOG-DOJ-33947250 | |
| PXR0034 | 2023.09 | GOOG-DOJ-33950504 | GOOG-DOJ-33950572 | |
| PXR0035 | 2024.04.18* | GOOG-DOJ-33953405 | GOOG-DOJ-33953418 | |
| PXR0036 | 2024.08.15 | GOOG-DOJ-33957655 | GOOG-DOJ-33957674 | |
| PXR0037 | 2024.07 | GOOG-DOJ-33962227 | GOOG-DOJ-33962253 | |
| PXR0038 | 2024.11.05* | GOOG-DOJ-33964302 | GOOG-DOJ-33964308 | |

| | | | | |
|---|---|---|---|---|
| **PXR0039** | 2024.04.03 | GOOG-DOJ-34025096 | GOOG-DOJ-34025130 | Subject to standing objection to embedded hearsay. |
| **PXR0040** | 2024.08.06* | GOOG-DOJ-34206171 | GOOG-DOJ-34206213 | |
| **PXR0041** | 2024.06.26 | GOOG-DOJ-34244265 | GOOG-DOJ-34244331 | |
| **PXR0042** | 2024.09.11 | GOOG-DOJ-34248865 | GOOG-DOJ-34248929 | |
| **PXR0043** | 2023.09 | MOZ-LIT-046941 | MOZ-LIT-046982 | |
| **PXR0044** | 2024.08 | GOOG-DOJ-34295355 | GOOG-DOJ-34295476 | Subject to standing objection to embedded hearsay. |
| **PXR0045** | 2024.10 | GOOG-DOJ-34295477 | GOOG-DOJ-34295491 | Subject to standing objection to embedded hearsay. |
| **PXR0046** | 2024.09.11 | GOOG-DOJ-34317703 | GOOG-DOJ-34317898 | Subject to standing objection to embedded hearsay. |
| **PXR0047** | 2024.01.18 | GOOG-DOJ-34344404 | GOOG-DOJ-34344432 | |
| **PXR0048** | 2023.05 | GOOG-DOJ-34359177 | GOOG-DOJ-34359280 | |
| **PXR0049** | 2024.06.04 | GOOG-DOJ-34484046 | GOOG-DOJ-34484051 | |
| **PXR0050** | 2023.09.02 | GOOG-DOJ-34493679 | GOOG-DOJ-34493679.005 | |
| **PXR0052** | 2024.01 | YAH-LIT-0110608 | YAH-LIT-0110620 | |
| **PXR0053** | 2024.08 | YAH-LIT-0110640 | YAH-LIT-0110657 | |
| **PXR0056** | 2024.12.17 | YAH-LIT-0110675 | YAH-LIT-0110677 | |
| **PXR0057** | 2024.09.25 | YAH-LIT-0110678 | YAH-LIT-0110680 | |
| **PXR0058** | 2024.10 | YAH-LIT-0110844 | YAH-LIT-0110881 | |
| **PXR0059** | 2022.07.05 | GOOG-DOJ-34812534 | GOOG-DOJ-34812536 | |
| **PXR0061** | 2023.07.21 | GOOG-DOJ-34917943 | GOOG-DOJ-34917943 | |
| **PXR0062** | 2024.06.14 | GOOG-DOJ-34917960 | GOOG-DOJ-34917960 | Subject to standing objection to embedded hearsay. |
| **PXR0063** | 2024.10.24* | MOZ-LIT-0047955 | MOZ-LIT-0047963 | |
| **PXR0064** | 2024.02 | MOZ-LIT-0048060 | MOZ-LIT-0048084 | |
| **PXR0065** | 2025.01.16* | APLGOOGDOJ-01167088 | APLGOOGDOJ-01167102 | Subject to standing objection to embedded hearsay. |
| **PXR0066** | 2025.01.16* | APLGOOGDOJ-01167103 | APLGOOGDOJ-01167114 | Subject to standing objection to embedded hearsay. |
| **PXR0067** | 2024.04.24 | GOOG-DOJ-34790595 | GOOG-DOJ-34790597 | Subject to standing objection to embedded hearsay. |
| **PXR0068** | 2024.08.30* | GOOG-DOJ-34432292 | GOOG-DOJ-34432292.007 | Subject to standing objection to embedded hearsay. |
| **PXR0070** | 2024.09.04 | MSLIT_0000032230 | MSLIT_0000032232 | |
| **PXR0071** | 2024.02.12 | GLSUB00012027 | GLSUB00012028 | |
| **PXR0072** | UNKNOWN | GLSUB00012430 | GLSUB00012443 | |
| **PXR0073** | 2024.07.18 | MOTO-DDC-00172454 | MOTO-DDC-00172456 | Subject to standing objection to embedded hearsay. |
| **PXR0074** | 2024.03.07 | GLSUB00015625 | GLSUB00015631 | |
| **PXR0075** | 2024.03.07* | GLSUB00015632 | GLSUB00015633 | |
| **PXR0076** | 2024.07.19 | GLSUB00020241 | GLSUB00020242 | |
| **PXR0077** | 2024.11.13 | OPERA_00007128 | OPERA_00007129 | |
| **PXR0078** | 2022.10 | YAH-LIT-0111915 | YAH-LIT-0111927 | |

| | | | | |
|---|---|---|---|---|
| **PXR0079** | 2022.10.31 | YAH-LIT-0111946 | YAH-LIT-0111948 | Subject to standing objection to embedded hearsay. |
| **PXR0080** | 2023.04.28 | YAH-LIT-0113262 | YAH-LIT-0113262 | |
| **PXR0081** | 2023.04 | YAH-LIT-0113263 | YAH-LIT-0113283 | Subject to standing objection to embedded hearsay. |
| **PXR0082** | 2024.08.13 | YAH-LIT-0119009 | YAH-LIT-0119009 | Subject to standing objection to embedded hearsay. |
| **PXR0083** | 2024.10.24 | YAH-LIT-0120102 | YAH-LIT-0120106 | Subject to standing objection to embedded hearsay. |
| **PXR0085** | 2023.11.23 | GOOG-DOJ-34924465 | GOOG-DOJ-34924465.011 | |
| **PXR0086** | 2024.07.22 | GOOG-DOJ-34924466 | GOOG-DOJ-34924466.017 | |
| **PXR0087** | 2024.09.08 | OPERA_00008560 | OPERA_00008560 | |
| **PXR0088** | 2024.03.20 | APLGOOGDOJ-01169029 | APLGOOGDOJ-01169031 | |
| **PXR0089** | 2024.09.03* | MSLIT_0000165552 | MSLIT_0000165568 | |
| **PXR0090** | 2025.02.05 | MSLIT_0000165569 | MSLIT_0000165595 | |
| **PXR0091** | 2024.05.05* | MSLIT_0000178253 | MSLIT_0000178274 | |
| **PXR0092** | 2024.05.23 | MSLIT_0000179463 | MSLIT_0000179464 | |
| **PXR0094** | 2024.11.06 | GOOG-DOJ-34931013 | GOOG-DOJ-34931026 | |
| **PXR0095** | 2024.08.26 | GOOG-DOJ-33963905 | GOOG-DOJ-33963905.010 | |
| **PXR0096** | 2023.02.17 | GOOG-DOJ-33746327 | GOOG-DOJ-33746334 | |
| **PXR0097** | 2024.03.11 | GOOG-DOJ-33748814 | GOOG-DOJ-33748816 | |
| **PXR0098** | 2022.10.31 | GOOG-DOJ-33763196 | GOOG-DOJ-33763198 | |
| **PXR0099** | 2023.04.22 | GOOG-DOJ-33771217 | GOOG-DOJ-33771219 | |
| **PXR0100** | 2024.03.22 | GOOG-DOJ-33772287 | GOOG-DOJ-33772289 | |
| **PXR0101** | 2024.06.28 | GOOG-DOJ-33773737 | GOOG-DOJ-33773764 | |
| **PXR0102** | 2024.10.28* | GOOG-DOJ-33819693 | GOOG-DOJ-33819752 | |
| **PXR0103** | 2024.01.04 | GOOG-DOJ-33824237 | GOOG-DOJ-33824239 | |
| **PXR0104** | 2024.11.05 | GOOG-DOJ-33825356 | GOOG-DOJ-33825356 | |
| **PXR0105** | 2024.05.18 | GOOG-DOJ-33831304 | GOOG-DOJ-33831308 | |
| **PXR0106** | 2023.06.11 | GOOG-DOJ-33834481 | GOOG-DOJ-33834482 | |
| **PXR0107** | 2024.02.16 | GOOG-DOJ-33837360 | GOOG-DOJ-33837380 | |
| **PXR0108** | 2024.11.17 | SEA-DOJ-REM0000757 | SEA-DOJ-REM0000759 | |
| **PXR0109** | 2024.07.16* | GOOG-DOJ-33954812 | GOOG-DOJ-33954856 | |
| **PXR0110** | 2024.07 | GOOG-DOJ-33968677 | GOOG-DOJ-33969499 | |
| **PXR0111** | 2024.02.20 | GOOG-DOJ-33985772 | GOOG-DOJ-33985774 | |
| **PXR0112** | 2024.10.25* | GOOG-DOJ-34026136 | GOOG-DOJ-34026137 | |
| **PXR0113** | 2023.05 | GOOG-DOJ-34233844 | GOOG-DOJ-34233909 | |
| **PXR0114** | 2024.05.16* | GOOG-DOJ-34243143 | GOOG-DOJ-34243144 | |
| **PXR0115** | 2024.03.27 | GOOG-DOJ-34317265 | GOOG-DOJ-34317286 | Subject to standing objection to embedded hearsay. |
| **PXR0116** | 2024.05 | GOOG-DOJ-34331044 | GOOG-DOJ-34331074 | |
| **PXR0117** | 2023.01.31 | GOOG-DOJ-34369526 | GOOG-DOJ-34369741 | |
| **PXR0118** | 2023.12.06 | GOOG-DOJ-34380689 | GOOG-DOJ-34380691 | |
| **PXR0119** | 2023.11.16* | GOOG-DOJ-34444273 | GOOG-DOJ-34444274 | |
| **PXR0120** | 2023.12.30 | Perplexity_001410 | Perplexity_001411 | |
| **PXR0121** | 2024.03.19 | Perplexity_012945 | Perplexity_012950 | |
| **PXR0122** | 2024.05.01* | GLSUB00016493 | GLSUB00016496 | |
| **PXR0123** | 2024.08.27 | GOOG-DOJ-34936179 | GOOG-DOJ-34936243 | |
| **PXR0124** | 2023.05.19* | GOOG-DOJ-33979992 | GOOG-DOJ-33980016 | |
| **PXR0125** | 2024.03.25 | GOOG-DOJ-33768448 | GOOG-DOJ-33768451 | Subject to standing objection to embedded hearsay. |

| | | | | |
|---|---|---|---|---|
| **PXR0126** | 2023.10.02 | VZGGL-REM- 0000127 | VZGGL-REM- 0000155 | |
| **PXR0127** | 2023.04.07 | VZGGL-REM- 0000398 | VZGGL-REM- 0000400 | |
| **PXR0128** | 2024.08.30 | VZGGL-REM- 0000593 | VZGGL-REM- 0000594 | |
| **PXR0129** | 2023.08.11 | VZGGL-REM- 0000638 | VZGGL-REM- 0000640 | Subject to standing objection to embedded hearsay. |
| **PXR0130** | 2024.10.10 | ATTGOOG_REMEDY-010388 | ATTGOOG_REMEDY-010389 | |
| **PXR0131** | 2024.06.11 | ATTGOOG_REMEDY-002845 | ATTGOOG_REMEDY-002858 | |
| **PXR0132** | 2024.07.08 | GOOG-DOJ-34818313 | GOOG-DOJ-34818316 | |
| **PXR0133** | 2023.05.06 | VZGGL-REM- 0002246 | VZGGL-REM- 0002246 | Subject to standing objection to embedded hearsay. |
| **PXR0134** | 2024.06.07 | Google_Lit-TMO_00143036 | Google_Lit-TMO_00143037 | Subject to standing objection to embedded hearsay. |
| **PXR0135** | 2024.08.05 | MOTO-DDC-00165892 | MOTO-DDC-00165893 | Subject to standing objection to embedded hearsay. |
| **PXR0136** | 2025.01.08 | MOTO-DDC-00165894 | MOTO-DDC-00165895 | Subject to standing objection to embedded hearsay. |
| **PXR0137** | 2024.06.20 | MOTO-DDC-00170169 | MOTO-DDC-00170172 | |
| **PXR0138** | 2024.06.26 | MOTO-DDC-00172589 | MOTO-DDC-00172590 | Subject to standing objection to embedded hearsay. |
| **PXR0139** | 2024.04.07 | MOTO-DDC-00173175 | MOTO-DDC-00173178 | |
| **PXR0140** | 2024.08.11 | MOTO-DDC-00177927 | MOTO-DDC-00177927 | Subject to standing objection to embedded hearsay. |
| **PXR0141** | 2024.08.11 | MOZ-LIT-0051080 | MOZ-LIT-0051080 | |
| **PXR0142** | 2024.05.15 | MOZ-LIT-0051400 | MOZ-LIT-0051401 | |
| **PXR0143** | 2024.06.12 | GOOG-DOJ-33796806 | GOOG-DOJ-33796807 | |
| **PXR0144** | 2024.06.15 | GOOG-DOJ-33867578 | GOOG-DOJ-33867581 | |
| **PXR0145** | 2024.09.26 | ATTGOOG_REMEDY-006081 | ATTGOOG_REMEDY-006084 | |
| **PXR0146** | 2019.08.19 | GOOG-DOJ-33893790 | GOOG-DOJ-33893803 | Subject to standing objection to embedded hearsay. |
| **PXR0147** | 2024.07.17* | GOOG-DOJ-33941334 | GOOG-DOJ-33941335 | |
| **PXR0148** | 2024.08.05* | GOOG-DOJ-33962219 | GOOG-DOJ-33962226 | |
| **PXR0149** | 2024.04 | GOOG-DOJ-33988501 | GOOG-DOJ-33988533 | Subject to standing objection to embedded hearsay. |
| **PXR0150** | 2024.06 | GOOG-DOJ-34351403 | GOOG-DOJ-34351462 | |
| **PXR0151** | 2024.08.30 | GOOG-DOJ-34432291 | GOOG-DOJ-34432291 | |
| **PXR0152** | 2024.08.30* | GOOG-DOJ-34432296 | GOOG-DOJ-34432300 | |
| **PXR0153** | 2024.10 | GOOG-DOJ-34846476 | GOOG-DOJ-34846497 | |
| **PXR0154** | 2024.07.22 | GOOG-DOJ-33745101 | GOOG-DOJ-33745104 | Subject to standing objection to embedded hearsay. |
| **PXR0155** | UNKNOWN | GOOG-DOJ-34432293 | GOOG-DOJ-34432295 | Subject to standing objection to embedded hearsay. |
| **PXR0156** | 2024.08.02* | MSLIT_0000011422 | MSLIT_0000011425 | Subject to standing objection to embedded hearsay. |
| **PXR0157** | 2024.10.09 | GOOG-DOJ-33945548 | GOOG-DOJ-33945589 | |
| **PXR0158** | 2024.07.18 | GOOG-DOJ-33773909 | GOOG-DOJ-33773924 | |

| | | | | |
|---|---|---|---|---|
| **PXR0159** | 2024.07.18 | GOOG-DOJ-34491370 | GOOG-DOJ-34491383 | |
| **PXR0160** | 2024.08.30 | GOOG-DOJ-33938573 | GOOG-DOJ-33938573 | |
| **PXR0161** | 2024.06.26 | GOOG-DOJ-33997134 | GOOG-DOJ-33997200 | |
| **PXR0162** | 2024.08 | GOOG-DOJ-33799851 | GOOG-DOJ-33799937 | |
| **PXR0163** | 2024.07.16 | GOOG-DOJ-33839471 | GOOG-DOJ-33839473 | |
| **PXR0164** | 2024.06.22 | GOOG-DOJ-33796875 | GOOG-DOJ-33796878 | |
| **PXR0165** | 2024.09.29 | GOOG-DOJ-33823302 | GOOG-DOJ-33823305 | |
| **PXR0166** | 2020.02.12 | GOOG-DOJ-33878523 | GOOG-DOJ-33878530 | |
| **PXR0167** | 2022.07.20 | GOOG-DOJ-34428569 | GOOG-DOJ-34428576 | |
| **PXR0168** | 2024.02.09 | GOOG-DOJ-34447032 | GOOG-DOJ-34447047 | Subject to standing objection to embedded hearsay. |
| **PXR0169** | 2024.04 | GOOG-DOJ-34447791 | GOOG-DOJ-34447856 | Subject to standing objection to embedded hearsay. |
| **PXR0170** | 2024.08.13* | MSLIT_0000078832 | MSLIT_0000078851 | |
| **PXR0171** | UNKNOWN | GOOG-DOJ-34926062 | GOOG-DOJ-34926142 | |
| **PXR0172** | 2024.10 | GOOG-DOJ-34926143 | GOOG-DOJ-34926145 | |
| **PXR0173** | 2024.10.23 | GOOG-DOJ-34930447 | GOOG-DOJ-34930452 | |
| **PXR0174** | 2025.02.11 | GOOG-DOJ-34930453 | GOOG-DOJ-34930459 | |
| **PXR0175** | 2023.09.02 | GOOG-DOJ-34935503 | GOOG-DOJ-34935505 | Subject to standing objection to embedded hearsay. |
| **PXR0176** | 2024.06 | GLSUB00000120 | GLSUB00000128 | |
| **PXR0177** | 2023.01.17 | GOOG-DOJ-33777239 | GOOG-DOJ-33777245 | |
| **PXR0178** | 2024.04 | GOOG-DOJ-34268155 | GOOG-DOJ-34268185 | |
| **PXR0179** | 2024.04 | GOOG-DOJ-34450247 | GOOG-DOJ-34450317 | |
| **PXR0180** | 2024.05.01* | GLSUB00016472 | GLSUB00016492 | |
| **PXR0181** | 2024.08.15 | GLSUB00020315 | GLSUB00020315 | |
| **PXR0182** | 2025.01 | GLSUB00020753 | GLSUB00020792 | |
| **PXR0183** | 2024.10.18 | GOOG-DOJ-33925805 | GOOG-DOJ-33925805.016 | |
| **PXR0184** | 2023.10.05 | GOOG-DOJ-34937112 | GOOG-DOJ-34937115 | |
| **PXR0185** | 2021.11 | GOOG-DOJ-34937116 | GOOG-DOJ-34937127 | |
| **PXR0186** | 2024.10 | GOOG-DOJ-33845605 | GOOG-DOJ-33845704 | |
| **PXR0187** | 2020.11.25 | GOOG-DOJ-33748900 | GOOG-DOJ-33748936 | |
| **PXR0188** | 2023.08.12* | GOOG-DOJ-33788154 | GOOG-DOJ-33788167 | |
| **PXR0189** | 2022.02.10* | GOOG-DOJ-33811474 | GOOG-DOJ-33811475 | |
| **PXR0190** | 2021.07.30 | GOOG-DOJ-33893708 | GOOG-DOJ-33893722 | Subject to standing objection to embedded hearsay. |
| **PXR0191** | 2023.05 | GOOG-DOJ-34230253 | GOOG-DOJ-34230256 | |
| **PXR0192** | 2021.05 | GOOG-DOJ-34294166 | GOOG-DOJ-34294209 | |
| **PXR0193** | 2023.09.03 | GOOG-DOJ-34428675 | GOOG-DOJ-34428678 | Subject to standing objection to embedded hearsay. |
| **PXR0194** | 2024.06 | GOOG-DOJ-33942987 | GOOG-DOJ-33943047 | |
| **PXR0195** | 2023.08.30* | GOOG-DOJ-34276267 | GOOG-DOJ-34276321 | |
| **PXR0196** | 2024.07 | GOOG-DOJ-33773833 | GOOG-DOJ-33773877 | |
| **PXR0197** | 2024.09.20* | GOOG-DOJ-33873899 | GOOG-DOJ-33873957 | |
| **PXR0198** | 2024.06.26 | GOOG-DOJ-33969777 | GOOG-DOJ-33969843 | |
| **PXR0199** | 2024.04.10* | GOOG-DOJ-34243121 | GOOG-DOJ-34243124 | |
| **PXR0200** | 2023.10 | GOOG-DOJ-34276329 | GOOG-DOJ-34276361 | |
| **PXR0201** | 2024.04 | GOOG-DOJ-34283218 | GOOG-DOJ-34283255 | |
| **PXR0202** | 2024.06 | GOOG-DOJ-34285059 | GOOG-DOJ-34285119 | Subject to standing objection to embedded hearsay. |
| **PXR0203** | 2024.06.27 | GOOG-DOJ-33775074 | GOOG-DOJ-33775075 | |

| | | | | |
|---|---|---|---|---|
| **PXR0204** | 2024.06.24* | GOOG-DOJ-33799335 | GOOG-DOJ-33799337 | |
| **PXR0205** | 2024.01.24 | GOOG-DOJ-33875322 | GOOG-DOJ-33875361 | |
| **PXR0206** | 2024.05.02 | GOOG-DOJ-34243476 | GOOG-DOJ-34243577 | |
| **PXR0207** | 2023.12.12 | GOOG-DOJ-34336819 | GOOG-DOJ-34336819 | |
| **PXR0208** | 2024.05.02 | GOOG-DOJ-34415713 | GOOG-DOJ-34415717 | |
| **PXR0209** | 2024.06.05* | GOOG-DOJ-34419576 | GOOG-DOJ-34419593 | |
| **PXR0210** | 2024.08.14 | GOOG-DOJ-34420530 | GOOG-DOJ-34420530 | |
| **PXR0211** | 2024.09 | GOOG-DOJ-34811186 | GOOG-DOJ-34811224 | |
| **PXR0212** | 2021.11.10 | GOOG-DOJ-34802592 | GOOG-DOJ-34802705 | |
| **PXR0213** | 2024.05.02 | GOOG-DOJ-34806953 | GOOG-DOJ-34807018 | |
| **PXR0214** | 2024.01 | GOOG-DOJ-34808447 | GOOG-DOJ-34808453 | |
| **PXR0215** | 2024.07.11* | GOOG-DOJ-34809242 | GOOG-DOJ-34809261 | |
| **PXR0216** | 2024.07.16 | GOOG-DOJ-34896672 | GOOG-DOJ-34896732 | |
| **PXR0217** | 2024.11.06 | GOOG-DOJ-34915154 | GOOG-DOJ-34915168 | |
| **PXR0218** | 2025.02.21* | GOOG-DOJ-34932542 | GOOG-DOJ-34932551 | |
| **PXR0219** | 2024.06.06 | GOOG-DOJ-34417151 | GOOG-DOJ-34417154 | |
| **PXR0220** | 2024.09.19* | GOOG-DOJ-34423193 | GOOG-DOJ-34423321 | |
| **PXR0221** | 2024.09.04 | GOOG-DOJ-34810959 | GOOG-DOJ-34811006 | Subject to standing objection to embedded hearsay. |
| **PXR0222** | 2024.09.23 | GOOG-DOJ-34809154 | GOOG-DOJ-34809241 | |
| **PXR0223** | 2024.02.22* | GOOG-DOJ-34805044 | GOOG-DOJ-34805091 | |
| **PXR0224** | 2022.09.15* | GOOG-DOJ-34912705 | GOOG-DOJ-34912713 | |
| **PXR0225** | 2024.10.30 | GOOG-DOJ-33759549 | GOOG-DOJ-33759549.006 | |
| **PXR0226** | 2024.10 | GOOG-DOJ-33845737 | GOOG-DOJ-33845792 | |
| **PXR0227** | 2024.06.27 | GOOG-DOJ-34493982 | GOOG-DOJ-34493986 | |
| **PXR0228** | 2020.03.05 | SKAI-00004117 | SKAI-00004117 | Subject to standing objection to embedded hearsay. |
| **PXR0229** | 2019.03.04 | SKAI-00004118 | SKAI-00004118 | Subject to standing objection to embedded hearsay. |
| **PXR0230** | 2018.06.01 | GOOG-DOJ-33847929 | GOOG-DOJ-33847936 | |
| **PXR0231** | 2024.10.03 | GOOG-DOJ-33858050 | GOOG-DOJ-33858057 | |
| **PXR0232** | 2024.03 | GOOG-DOJ-33879750 | GOOG-DOJ-33879795 | |
| **PXR0233** | 2023.07.13 | GOOG-DOJ-34339910 | GOOG-DOJ-34339921 | |
| **PXR0234** | 2024.05.23 | GOOG-DOJ-34343137 | GOOG-DOJ-34343154 | |
| **PXR0235** | 2024.01 | GOOG-DOJ-34347280 | GOOG-DOJ-34347321 | |
| **PXR0237** | 2023.12.20* | GOOG-DOJ-33772007 | GOOG-DOJ-33772014 | |
| **PXR0238** | 2024.10.25* | GOOG-DOJ-33812036 | GOOG-DOJ-33812046 | |
| **PXR0239** | 2024.04 | GOOG-DOJ-33838334 | GOOG-DOJ-33838392 | |
| **PXR0240** | 2023.02.03* | GOOG-DOJ-33916023 | GOOG-DOJ-33916091 | Subject to standing objection to embedded hearsay. |
| **PXR0241** | 2024.09.20 | GOOG-DOJ-34926032 | GOOG-DOJ-34926049 | Subject to standing objection to embedded hearsay. |
| **PXR0242** | 2023.11.29* | GOOG-DOJ-34030098 | GOOG-DOJ-34030115 | |
| **PXR0243** | 2018.06 | GOOG-DOJ-27321909 | GOOG-DOJ-27321931 | Subject to standing objection to embedded hearsay. |
| **PXR0244** | 2021.09.16 | GOOG-DOJ-31770515 | GOOG-DOJ-31770523 | Subject to standing objection to embedded hearsay. |
| **PXR0245** | 2023.11.03 | GOOG-DOJ-34343629 | GOOG-DOJ-34343660 | |
| **PXR0246** | 2024.09.10 | GOOG-DOJ-34345155 | GOOG-DOJ-34345197 | |
| **PXR0247** | 2023.08.29 | GOOG-DOJ-34935924 | GOOG-DOJ-34935925 | |

| | | | | |
|---|---|---|---|---|
| **PXR0248** | 2024.09.11<br>2024.08.26* | ATTGOOG_REMEDY-006111<br>ATTGOOG_REMEDY-006115 | ATTGOOG_REMEDY-006114<br>ATTGOOG_REMEDY-006115 | Subject to standing objection to embedded hearsay. |
| **PXR0249** | 2022.06.07<br>2022.06.07<br>2022.06 | Google_Lit-TMO_00140137<br>Google_Lit-TMO_00140139<br>Google_Lit-TMO_00140144 | Google_Lit-TMO_00140138<br>Google_Lit-TMO_00140143<br>Google_Lit-TMO_00140157 | |
| **PXR0250** | 2024.11.08<br>2024.11.08 | Google_Lit-TMO_00142084<br>Google_Lit-TMO_00142088 | Google_Lit-TMO_00142087<br>Google_Lit-TMO_00142100 | Subject to standing objection to embedded hearsay. |
| **PXR0251** | 2024.10.04<br>2024.10.04* | Google_Lit-TMO_00142718<br>Google_Lit-TMO_00142719 | Google_Lit-TMO_00142718<br>Google_Lit-TMO_00142722 | Subject to standing objection to embedded hearsay. |
| **PXR0252** | 2024.09.13<br>2024.09.13<br>2024.09.13 | Google_Lit-TMO_00142826<br>Google_Lit-TMO_00142828<br>Google_Lit-TMO_00142830 | Google_Lit-TMO_00142827<br>Google_Lit-TMO_00142829<br>Google_Lit-TMO_00142830 | |
| **PXR0253** | 2024.10.02<br>2024.06.28 | MOTO-DDC-00169285<br>MOTO-DDC-00169289 | MOTO-DDC-00169288<br>MOTO-DDC-00169297 | |
| **PXR0254** | 2024.06.01<br>2024.06.05<br>2024.05 | MOZ-LIT-0055597<br>MOZ-LIT-0055599<br>MOZ-LIT-0055664 | MOZ-LIT-0055598<br>MOZ-LIT-0055663<br>MOZ-LIT-0055688 | |
| **PXR0255** | 2024.03.05<br>2024.01.17* | MSLIT_0000000805<br>MSLIT_0000000808 | MSLIT_0000000807<br>MSLIT_0000000813 | Subject to standing objection to embedded hearsay. |
| **PXR0256** | 2024.08.02<br>2024.08.02 | VZGGL-REM- 0000652<br>VZGGL-REM- 0000653 | VZGGL-REM- 0000652<br>VZGGL-REM- 0000664 | |
| **PXR0257** | 2024.04.30<br>2024.04.30 | APLGOOGDOJ-01168945<br>APLGOOGDOJ-01168947 | APLGOOGDOJ-01168946<br>APLGOOGDOJ-01168949 | |
| **PXR0258** | 2024.08.20<br>2024.08.20<br>2024.08.20 | ATTGOOG_REMEDY-008111<br>ATTGOOG_REMEDY-008112<br>ATTGOOG_REMEDY-008114 | ATTGOOG_REMEDY-008111<br>ATTGOOG_REMEDY-008113<br>ATTGOOG_REMEDY-008114 | |
| **PXR0259** | 2024.05.07<br>2024.05.08 | Google_Lit-TMO_00140485<br>Google_Lit-TMO_00140487 | Google_Lit-TMO_00140486<br>Google_Lit-TMO_00140492 | Subject to standing objection to embedded hearsay. |
| **PXR0260** | 2024.01.19<br>2021.06.30<br>2021.06.30<br>2023.09.21 | Google_Lit-TMO_00142123<br>Google_Lit-TMO_00142124<br>Google_Lit-TMO_00142157<br>Google_Lit-TMO_00142175 | Google_Lit-TMO_00142123<br>Google_Lit-TMO_00142156<br>Google_Lit-TMO_00142174<br>Google_Lit-TMO_00142277 | |
| **PXR0261** | 2023.03.29<br>2023.03.08* | MSLIT_0000076732<br>MSLIT_0000076743 | MSLIT_0000076742<br>MSLIT_0000076751 | |
| **PXR0262** | 2024.05.30<br>2024.05 | MOTO-DDC-00170264<br>MOTO-DDC-00170265 | MOTO-DDC-00170264<br>MOTO-DDC-00170273 | Subject to standing objection to embedded hearsay. |
| **PXR0263** | 2022.08.17<br>2022.08.18 | VZGGL-REM- 0000001<br>VZGGL-REM- 0000002 | VZGGL-REM- 0000001<br>VZGGL-REM- 0000018 | |
| **PXR0264** | 2023.12.06<br>2023.12.11 | VZGGL-REM- 0000273<br>VZGGL-REM- 0000275 | VZGGL-REM- 0000274<br>VZGGL-REM- 0000305 | |
| **PXR0265** | 2024.08.27<br>2024.08.27 | APLGOOGDOJ-01168524<br>APLGOOGDOJ-01168526 | APLGOOGDOJ-01168525<br>APLGOOGDOJ-01168557 | |
| **PXR0266** | 2024.08.19<br>2024.08.19* | MSLIT_0000028699<br>MSLIT_0000028705 | MSLIT_0000028704<br>MSLIT_0000028722 | |
| **PXR0267** | 2024.06.11<br>2024.03.20<br>2024.03.11<br>2024.05.06<br>2023.10<br>2023.10<br>2024.04 | MSLIT_0000031162<br>MSLIT_0000031165<br>MSLIT_0000031169<br>MSLIT_0000031176<br>MSLIT_0000031178<br>MSLIT_0000031216<br>MSLIT_0000031223 | MSLIT_0000031164<br>MSLIT_0000031168<br>MSLIT_0000031175<br>MSLIT_0000031177<br>MSLIT_0000031215<br>MSLIT_0000031222<br>MSLIT_0000031230 | |

| | | | | |
|---|---|---|---|---|
| **PXR0268** | 2023.09.26 | Google_Lit-TMO_00141083 | Google_Lit-TMO_00141083 | Subject to standing objection to embedded hearsay. |
| | 2023.09.26 | Google_Lit-TMO_00141084 | Google_Lit-TMO_00141087 | |
| **PXR0269** | 2024.03.07 | GOOG-DOJ-33820489 | GOOG-DOJ-33820493 | |
| | 2024.03.06 | GOOG-DOJ-33820494 | GOOG-DOJ-33820495 | |
| **PXR0270** | 2024.03.07 | GOOG-DOJ-33820496 | GOOG-DOJ-33820496 | |
| | 2024.03.06 | GOOG-DOJ-33820497 | GOOG-DOJ-33820498 | |
| **PXR0271** | 2024.06.28 | GOOG-DOJ-33821312 | GOOG-DOJ-33821312 | |
| | 2024.06.28 | GOOG-DOJ-33821313 | GOOG-DOJ-33821313 | |
| **PXR0272** | 2024.07.19 | GOOG-DOJ-34260246 | GOOG-DOJ-34260247 | |
| | 2024.07.17* | GOOG-DOJ-34445371 | GOOG-DOJ-34445372 | |
| | 2024.07.19 | GOOG-DOJ-34491445 | GOOG-DOJ-34491496 | |
| **PXR0273** | 2024.04.10 | GOOG-DOJ-34325141 | GOOG-DOJ-34325141 | |
| | 2024.04.10* | GOOG-DOJ-34325142 | GOOG-DOJ-34325146 | |
| **PXR0274** | 2024.07.12 | GOOG-DOJ-34325235 | GOOG-DOJ-34325237 | |
| | 2024.09.12* | GOOG-DOJ-34856350 | GOOG-DOJ-34856381 | |
| **PXR0275** | 2024.09.07 | GOOG-DOJ-33856304 | GOOG-DOJ-33856307 | Subject to standing objection to embedded hearsay. |
| | 2024.08.30 | GOOG-DOJ-33856308 | GOOG-DOJ-33856312 | |
| **PXR0276** | 2024.08.14 | GOOG-DOJ-33937979 | GOOG-DOJ-33937980 | |
| | 2024.08.14* | GOOG-DOJ-33937981 | GOOG-DOJ-33937984 | |
| | 2024.08.14* | GOOG-DOJ-33937985 | GOOG-DOJ-33937988 | |
| **PXR0277** | 2024.09.13 | GOOG-DOJ-34422808 | GOOG-DOJ-34422815 | |
| | 2024.09.13 | GOOG-DOJ-34422816 | GOOG-DOJ-34422816 | |
| **PXR0278** | 2024.09.13 | GOOG-DOJ-34288483 | GOOG-DOJ-34288484 | |
| | 2024.09.13 | GOOG-DOJ-34492097 | GOOG-DOJ-34492121 | |
| **PXR0279** | 2024.06.23 | GOOG-DOJ-33806076 | GOOG-DOJ-33806079 | |
| | 2024.06.20* | GOOG-DOJ-33806054 | GOOG-DOJ-33806066 | |
| **PXR0280** | 2024.06.17 | GOOG-DOJ-33821242 | GOOG-DOJ-33821243 | |
| | 2024.06 | GOOG-DOJ-34799935 | GOOG-DOJ-34800006 | |
| **PXR0281** | 2024.10.31 | GOOG-DOJ-33823772 | GOOG-DOJ-33823772 | |
| | 2024.11.08 | GOOG-DOJ-34846666 | GOOG-DOJ-34846708 | |
| **PXR0282** | 2023.05.09 | GOOG-DOJ-33834285 | GOOG-DOJ-33834288 | |
| | 2023.12.13* | GOOG-DOJ-34858499 | GOOG-DOJ-34858500 | |
| **PXR0283** | 2024.10.07 | GOOG-DOJ-34337432 | GOOG-DOJ-34337434 | |
| | 2024.09.20 | GOOG-DOJ-34889675 | GOOG-DOJ-34889684 | |
| **PXR0284** | 2024.08.05 | GOOG-DOJ-33785843 | GOOG-DOJ-33785845 | |
| | 2024.07.30* | GOOG-DOJ-33839850 | GOOG-DOJ-33839859 | |
| **PXR0285** | 2024.04.23 | GOOG-DOJ-34415119 | GOOG-DOJ-34415129 | |
| | 2024.04.23 | GOOG-DOJ-33799345 | GOOG-DOJ-33799384 | |
| PXR0301 | 2024.05.31 | GOOG-DOJ-33810853 | GOOG-DOJ-33810858 | |
| PXR0302 | 2025.01.27 | GOOG-DOJ-34940297 | GOOG-DOJ-34940338 | |
| PXR0303 | 2022.12.13* | GOOG-DOJ-34938160 | GOOG-DOJ-34938189 | |
| PXR0304 | 2023.02.28 | GOOG-DOJ-34939811 | GOOG-DOJ-34939850 | |
| PXR0305 | 2024.11.07* | GOOG-DOJ-34944654 | GOOG-DOJ-34944655 | |
| PXR0306 | 2024.07.17 | GOOG-DOJ-34943345 | GOOG-DOJ-34943551 | |
| PXR0307 | 2024.02.14 | GOOG-DOJ-34944477 | GOOG-DOJ-34944503 | |
| PXR0308 | 2025.04.16 | USDOJ-GOOG-00195447 | USDOJ-GOOG-00195449 | |
| PXR0309 | 2025.04.16 | USDOJ-GOOG-00195450 | USDOJ-GOOG-00195451 | |
| PXR0310 | 2025.04.17 | USDOJ-GOOG-00195452 | USDOJ-GOOG-00195456 | |
| PXR0311 | 2023.07.24 | USDOJ-GOOG-00195457 | USDOJ-GOOG-00195515 | |
| PXR0312 | 2023.08.21 | USDOJ-GOOG-00195516 | USDOJ-GOOG-00195521 | |
| PXR0314 | 2025.04.22 | USDOJ-GOOG-00195527 | USDOJ-GOOG-00195530 | |
| PXR0315 | 2025.02.24* | GOOG-DOJ-34931865 | GOOG-DOJ-34931913 | |
| PXR0316 | 2020.10.12 | GOOG-DOJ-32659569 | GOOG-DOJ-32659575 | |
| PXR0317 | 2024.10.31* | GOOG-DOJ-34925393 | GOOG-DOJ-34925444 | |
| PXR0318 | 2021.01.28* | GOOG-DOJ-19715076 | GOOG-DOJ-19715101 | |

| | | | | |
|---|---|---|---|---|
| **PXR0319** | 2025.02.27* | GOOG-DOJ-34932864 | GOOG-DOJ-34932864 | |
| **PXR0320** | 2017.08.08 | GOOG-DOJ-27865118 | GOOG-DOJ-27865128 | |
| **PXR0321** | N/A | GOOG-DOJ-34936172 | GOOG-DOJ-34936173 | |
| **PXR0323** | | | | |
| **PXR0333** | 2025.01.22 | USDOJ-GOOG-00195565 | USDOJ-GOOG-00195570 | Admitted for truth only as to statements of Parisa Tabriz. |
| **PXR0334** | 2025.02.04 | USDOJ-GOOG-00195571 | USDOJ-GOOG-00195678 | |
| **PXR0345** | | GOOG-DOJ-34492933 | GOOG-DOJ-34493046 | |
| **PXR0347** | 2023.06.16 | GOOG-DOJ-33800382 | GOOG-DOJ-33800383 | |
| **PXR0348** | 2011.03.16 | USDOJ-GOOG-00195700 | USDOJ-GOOG-00195708 | |
| **PXR0349** | 2011.10.13 | USDOJ-GOOG-00195709 | USDOJ-GOOG-00195715 | |
| **PXR0350** | 2021.11.19 | GOOG-DOJ-31590175 | GOOG-DOJ-31590241 | |
| **PXR0351** | 2024.11.06 | GOOG-DOJ-34427262 | GOOG-DOJ-34427316 | |
| **PXR0356** | 2025.02.18 | USDOJ-GOOG-00195742 | USDOJ-GOOG-00195746 | |
| **PXR0357** | 2025.01.31 | USDOJ-GOOG-00195747 | USDOJ-GOOG-00195750 | |
| **PXR0363** | | GOOG2-00001772 | GOOG2-00001781 | |
| **PXR0364** | 2023.12.07* | GOOG-DOJ-34847988 | GOOG-DOJ-34847988 | |
| **PXR0366** | 2024.09.19 | GOOG-DOJ-33970120 | GOOG-DOJ-33970137 | |
| **PXR0370** | 2025.03.13 | GOOG2-00005075 | GOOG2-00005075 | |
| **PXR0385** | 2025.01.09 | USDOJ-GOOG-00196019 | USDOJ-GOOG-00196022 | |
| **PXR0501** | 2024.05.04 | APLGOOGDOJ-01166827 | APLGOOGDOJ-01166878 | |
| **PXR0502** | 2022.05.24* | DuckDuckGo-00685277 | DuckDuckGo-00685319 | |
| **PXR0503** | 2024.02.01 | DuckDuckGo-00685320 | DuckDuckGo-00685322 | |
| **PXR0504** | 2024.05.30 | DuckDuckGo-00685323 | DuckDuckGo-00685324 | |
| **PXR0505** | 2024.08.31 | APLGOOGDOJ-01166886 | APLGOOGDOJ-01166893 | |
| **PXR0506** | 2024.08.16 | GOOG2-00000039 | GOOG2-00000043 | |
| **PXR0507** | 2023.03.14 | GOOG2-00000026 | GOOG2-00000030 | |
| **PXR0508** | 2021.06.02 | ATTGOOG_REMEDY-021334 | ATTGOOG_REMEDY-021361 | |
| **PXR0509** | 2022.07.12 | GOOG2-00000001 | GOOG2-00000002 | |
| **PXR0510** | 2022.12.16 | GOOG2-00000003 | GOOG2-00000005 | |
| **PXR0511** | 2023.05.05 | GOOG2-00000006 | GOOG2-00000007 | |
| **PXR0512** | 2024.05.30 | GOOG2-00000008 | GOOG2-00000022 | |
| **PXR0513** | 2024.05.31 | GOOG2-00000023 | GOOG2-00000024 | |
| **PXR0514** | 2024.12.12 | GOOG-DOJ-33811114 | GOOG-DOJ-33811118 | |
| **PXR0515** | 2024.12.13 | GOOG-DOJ-33811119 | GOOG-DOJ-33811125 | |
| **PXR0516** | 2015.10.26 | GOOG-DOJ-13125214 | GOOG-DOJ-13125280 | |
| **PXR0517** | 2023.02.07 | GOOG2-00000177 | GOOG2-00000178 | |
| **PXR0518** | 2023.03.29 | GOOG2-00000283 | GOOG2-00000284 | |
| **PXR0519** | 2023.03.30 | GOOG2-00000179 | GOOG2-00000180 | |
| **PXR0520** | 2023.05.31 | GOOG2-00000160 | GOOG2-00000161 | |
| **PXR0521** | 2023.06.27 | GOOG2-00000128 | GOOG2-00000136 | |
| **PXR0522** | 2023.08.28 | GOOG2-00000162 | GOOG2-00000173 | |
| **PXR0523** | 2024.01.08 | GOOG2-00000174 | GOOG2-00000176 | |
| **PXR0524** | 2024.01.19 | GOOG2-00000181 | GOOG2-00000181 | |
| **PXR0525** | 2024.01.24 | GOOG2-00000049 | GOOG2-00000049 | |
| **PXR0526** | 2024.01.25 | GOOG2-00000157 | GOOG2-00000157 | |
| **PXR0527** | 2024.01.31 | GOOG2-00000271 | GOOG2-00000272 | |
| **PXR0528** | 2024.02.01 | GOOG2-00000282 | GOOG2-00000282 | |
| **PXR0529** | 2024.04.22 | GOOG2-00000217 | GOOG2-00000228 | |
| **PXR0530** | 2024.04.22 | GOOG2-00000054 | GOOG2-00000090 | |
| **PXR0531** | 2024.04.22 | GOOG2-00000229 | GOOG2-00000243 | |
| **PXR0532** | 2024.04.22 | GOOG2-00000244 | GOOG2-00000256 | |
| **PXR0533** | 2024.04.22 | GOOG2-00000182 | GOOG2-00000216 | |
| **PXR0534** | 2024.05.03 | GOOG2-00000292 | GOOG2-00000294 | |
| **PXR0535** | 2024.06.25 | GOOG2-00001063 | GOOG2-00001086 | |
| **PXR0536** | 2024.06.26 | GOOG2-00000137 | GOOG2-00000145 | |
| **PXR0537** | 2024.06.28 | GOOG2-00000273 | GOOG2-00000281 | |

| | | | | |
|---|---|---|---|---|
| **PXR0538** | 2024.10.04 | GOOG2-00001050 | GOOG2-00001062 | |
| **PXR0539** | 2024.12.04 | GOOG-DOJ-34926003 | GOOG-DOJ-34926009 | |
| **PXR0540** | 2025.02.05 | GOOG-DOJ-34925192 | GOOG-DOJ-34925194 | |
| **PXR0541** | 2025.02.07 | GOOG-DOJ-34925195 | GOOG-DOJ-34925201 | |
| **PXR0542** | 2025.02.11 | GOOG-DOJ-34925673 | GOOG-DOJ-34925678 | |
| **PXR0543** | 2025.02.10 | GOOG-DOJ-34925653 | GOOG-DOJ-34925672 | |
| **PXR0544** | 2023.01.31 | MOZ-LIT-045756 | MOZ-LIT-045767 | |
| **PXR0545** | 2024.06.23 | MOZ-LIT-045515 | MOZ-LIT-045523 | |
| **PXR0546** | 2024.07.12 | OPERA_00006297 | OPERA_00006328 | |
| **PXR0547** | 2024.08.15 | OPERA_00006417 | OPERA_00006420 | |
| **PXR0548** | 2024.10.14 | OPERA_00006421 | OPERA_00006423 | |
| **PXR0549** | 2024.11.26 | OPERA_00006424 | OPERA_00006425 | |
| **PXR0550** | 2019.02.27 | GOOG-DOJ-10972526 | GOOG-DOJ-10972561 | |
| **PXR0551** | 2019.02.27 | GOOG-DOJ-10972509 | GOOG-DOJ-10972519 | |
| **PXR0552** | 2022.05.13 | GOOG2-00000399 | GOOG2-00000401 | |
| **PXR0553** | 2022.05.13 | GOOG2-00000331 | GOOG2-00000333 | |
| **PXR0554** | 2022.12.29 | GOOG2-00000334 | GOOG2-00000339 | |
| **PXR0555** | 2022.12.30 | GOOG2-00000359 | GOOG2-00000360 | |
| **PXR0556** | 2022.12.30 | GOOG2-00000406 | GOOG2-00000416 | |
| **PXR0557** | 2022.12.30 | GOOG2-00000363 | GOOG2-00000369 | |
| **PXR0558** | 2023.01.11 | GOOG2-00000417 | GOOG2-00000419 | |
| **PXR0559** | 2023.12.21 | GOOG2-00000420 | GOOG2-00000443 | |
| **PXR0560** | 2024.01.05 | GOOG2-00000316 | GOOG2-00000320 | |
| **PXR0561** | 2024.01.05 | GOOG2-00000386 | GOOG2-00000392 | |
| **PXR0562** | 2024.01.05 | GOOG2-00000444 | GOOG2-00000445 | |
| **PXR0563** | 2024.01.08 | GOOG2-00000380 | GOOG2-00000381 | |
| **PXR0564** | 2024.01.08 | GOOG2-00000382 | GOOG2-00000383 | |
| **PXR0565** | 2024.02.19 | GOOG2-00000327 | GOOG2-00000330 | |
| **PXR0566** | 2024.02.20 | GOOG2-00000446 | GOOG2-00000449 | |
| **PXR0567** | 2024.06.26 | GOOG2-00000340 | GOOG2-00000341 | |
| **PXR0568** | 2024.06.26 | GOOG2-00000453 | GOOG2-00000454 | |
| **PXR0569** | 2024.06.26 | GOOG2-00000455 | GOOG2-00000457 | |
| **PXR0570** | 2024.11.16 | GOOG-DOJ-33743393 | GOOG-DOJ-33743395 | |
| **PXR0571** | 2024.11.16 | GOOG-DOJ-33743363 | GOOG-DOJ-33743392 | |
| **PXR0572** | 2024.11.16 | GOOG-DOJ-33743232 | GOOG-DOJ-33743283 | |
| **PXR0573** | 2024.11.16 | SEA-DOJ-REM0001074 | SEA-DOJ-REM0001129 | |
| **PXR0574** | 2024.11.16 | GOOG-DOJ-33743340 | GOOG-DOJ-33743362 | |
| **PXR0575** | 2024.12.30 | GOOG2-00005020 | GOOG2-00005021 | |
| **PXR0576** | 2024.12.30 | GOOG2-00005033 | GOOG2-00005034 | |
| **PXR0577** | 2024.12.30 | GOOG2-00005030 | GOOG2-00005032 | |
| **PXR0578** | 2024.12.30 | GOOG2-00005022 | GOOG2-00005023 | |
| **PXR0579** | 2024.12.30 | GOOG-DOJ-34811958 | GOOG-DOJ-34811959 | |
| **PXR0580** | 2025.02.26 | GOOG2-00005028 | GOOG2-00005029 | |
| **PXR0581** | 2022.09.30 | GOOG2-00000617 | GOOG2-00000617 | |
| **PXR0582** | 2022.12.09 | GOOG2-00000618 | GOOG2-00000618 | |
| **PXR0583** | 2023.01.30 | GOOG2-00000615 | GOOG2-00000615 | |
| **PXR0584** | 2023.04.25 | GOOG2-00000616 | GOOG2-00000616 | |
| **PXR0585** | 2023.05.30 | GOOG2-00000619 | GOOG2-00000619 | |
| **PXR0586** | 2023.06.27 | GOOG2-00000653 | GOOG2-00000654 | |
| **PXR0587** | 2023.07.28 | GOOG2-00000665 | GOOG2-00000667 | |
| **PXR0588** | 2023.09.14 | GOOG2-00000663 | GOOG2-00000664 | |
| **PXR0589** | 2023.09.14 | GOOG2-00000655 | GOOG2-00000656 | |
| **PXR0590** | 2023.11.16 | GOOG-DOJ-34925179 | GOOG-DOJ-34925180 | |
| **PXR0591** | 2023.11.29 | GOOG2-00000657 | GOOG2-00000662 | |
| **PXR0592** | 2024.06.24 | GOOG2-00000695 | GOOG2-00000696 | |
| **PXR0593** | 2024.06.27 | VZGGL-REM-0002346 | VZGGL-REM-0002366 | |
| **PXR0594** | 2024.06.27 | GOOG2-00000689 | GOOG2-00000694 | |
| **PXR0595** | 2024.10.29 | GOOG-DOJ-34925181 | GOOG-DOJ-34925185 | |

| | | | | |
|---|---|---|---|---|
| **PXR0596** | 2025.01.08 | GOOG-DOJ-34937263 | GOOG-DOJ-34937292 | |
| **PXR0597** | 2025.01.17 | VZGGL-REM-0002320 | VZGGL-REM-0002329 | |
| **PXR0598** | 2010.07.27 | GOOG2-00001716 | GOOG2-00001771 | |
| **PXR0599** | 2014.10.21 | GOOG2-00001702 | GOOG2-00001712 | |
| **PXR0600** | 2023.10.13 | GOOG2-00001782 | GOOG2-00001785 | |
| **PXR0601** | 2019.11.03 | MSLIT_0000000705 | MSLIT_0000000709 | |
| **PXR0602** | 2023.06.12 | MSLIT_0000000781 | MSLIT_0000000783 | |
| **PXR0603** | 2023.06.15 | MSLIT_0000000710 | MSLIT_0000000712 | |
| **PXR0604** | 2023.10.16 | MSLIT_0000000793 | MSLIT_0000000797 | |
| **PXR0605** | 2024.03.07 | MSLIT_0000000773 | MSLIT_0000000775 | |
| **PXR0606** | 2025.04.16 | GOOG2-00005035 | GOOG2-00005036 | |
| **PXR0607** | 2025.04.16 | GOOG2-00005037 | GOOG2-00005038 | |
| **PXR0608** | 2025.04.19 | GOOG2-00005039 | GOOG2-00005039 | |
| **PXR0609** | 2025.04.17 | GOOG2-00005073 | GOOG2-00005074 | |
| **PXR0610** | 2024.03.08 | Google_Lit_TMO_00140894 | Google_Lit-TMO_00140895 | |
| **PXR0611** | 2011.05.31 | GOOG2-00001793 | GOOG2-00001795 | |
| **PXR0612** | 2012.12.21 | GOOG2-00001786 | GOOG2-00001788 | |
| **PXR0613** | 2022.10.27 | GOOG2-00001713 | GOOG2-00001715 | |
| **PXR0614** | 2024.05.08 | GOOG2-00001789 | GOOG2-0000178 | |
| **PXR0701** | 2024.11.11 | USDOJ-GOOG-00194972 | USDOJ-GOOG-00194983 | |
| **PXR0702** | 2024.11.18 | USDOJ-GOOG-00194984 | USDOJ-GOOG-00195005 | |
| **PXR0703** | 2024.11.18 | USDOJ-GOOG-00195006 | USDOJ-GOOG-00195013 | |
| **PXR0704** | 2025.03.17 | USDOJ-GOOG-00195014 | USDOJ-GOOG-00195035 | |
| **PXR0705** | 2025.03.21 | USDOJ-GOOG-00195036 | USDOJ-GOOG-00195041 | |
| **PXR0706** | 2025.03.21 | USDOJ-GOOG-00195042 | USDOJ-GOOG-00195069 | |
| **PXR0707** | 2025.03.23 | USDOJ-GOOG-00195070 | USDOJ-GOOG-00195075 | |
| **PXR0708** | 2025.02.13 | USDOJ-GOOG-00195076 | USDOJ-GOOG-00195084 | |
| **PXR0709** | 2025.02.20 | USDOJ-GOOG-00195085 | USDOJ-GOOG-00195097 | |
| **PXR0710** | 2025.03.10 | USDOJ-GOOG-00195098 | USDOJ-GOOG-00195110 | |
| **PXR0711** | 2025.03.11 | USDOJ-GOOG-00195111 | USDOJ-GOOG-00195121 | |
| **PXR0712** | 2025.03.19 | USDOJ-GOOG-00195122 | USDOJ-GOOG-00195132 | |
| **PXR0713** | 2025.03.19 | USDOJ-GOOG-00195133 | USDOJ-GOOG-00195137 | |
| **PXR0714** | 2025.03.20 | USDOJ-GOOG-00195138 | USDOJ-GOOG-00195143 | |
| **PXR0715** | 2025.03.24 | USDOJ-GOOG-00195144 | USDOJ-GOOG-00195165 | |
| **PXR0716** | 2023.09.20 | USDOJ-MOZDEPMUH-000001 | USDOJ-MOZDEPMUH-000068 | |
| **PXR0717** | 2024.02.09 | USDOJ-GOOG-00195166 | USDOJ-GOOG-00195285 | |
| **PXR0718** | 2025.02.12 | USDOJ-GOOG-00195286 | USDOJ-GOOG-00195445 | |
| **PXR0719** | 2022 – 2024 | USDOJ-GOOG-00195446 | USDOJ-GOOG-00195446 | |
| **PXR0720** | 2024.09.12 | SEA-DOJ-REM0075887_K.001 | SEA-DOJ-REM0075887_K_0005 | |
| **PXR0721** | 2024.02.16 | USDOJ-GDEPECOL-000005 | USDOJ-GDEPECOL-000010 | Subject to standing objection to embedded hearsay. |
| **PXR0801** | | | | |
| **PXR0802** | | | | |
| **PXR0803** | | | | |
| **PXR0805** | | | | |
| **PXR0806** | | | | |
| **PXR0807** | | | | |
| **PXRD001** | 2025.04.21 | | | Offered as demonstrative |
| **PXRD002** | 2025.04.21 | | | Offered as demonstrative |
| **PXRD003** | 2025.04.21 | | | Offered as demonstrative |
| **PXRD004** | 2025.04.22 | | | Offered as demonstrative |
| **PXRD005** | 2025.04.23 | | | Offered as demonstrative |

| | | | | |
|---|---|---|---|---|
| **PXRD006** | 2025.04.23 | | | Offered as demonstrative |
| **PXRD007** | 2025.04.24 | | | Offered as demonstrative |
| **PXRD008** | 2025.04.24 | | | Offered as demonstrative |
| **PXRD009** | 2025.04.24 | | | Offered as demonstrative |
| **PXRD010** | 2025.04.25 | | | Offered as demonstrative |
| **PXRD011** | 2025.04.28 | | | Offered as demonstrative |
| **PXRD012** | 2025.04.29 | | | Offered as demonstrative |
| **PXRD013** | 2025.04.28 | | | Offered as demonstrative |
| **PXRD014** | 2025.04.25 | | | Offered as demonstrative |
| **PXRD015** | 2025.04.28 | | | Offered as demonstrative |
| **PXRD016** | 2025.05.01 | | | Offered as demonstrative |
| **PXRD017** | 2025.04.30 | | | Offered as demonstrative |
| **PXRD019** | 2025.05.02 | | | Offered as demonstrative |
| **PXRD021** | 2025.05.02 | | | Offered as demonstrative |
| **PXRD023** | 2025.05.06 | | | Offered as demonstrative |
| **PXRD025** | 2025.05.08 | | | Offered as demonstrative |
| **PXRD026** | 2025.05.08 | | | Offered as demonstrative |
| **PXRD028** | 2025.05.08 | | | Offered as demonstrative |
| **PXRD029** | 2025.05.09 | | | Offered as demonstrative |
| **PXRD030** | 2025.05.09 | | | Offered as demonstrative |