# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>            Plaintiffs,<br><br>        v.<br><br>GOOGLE LLC,<br>            Defendant. | Case No. 1:20-cv-03010-APM<br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>            Plaintiffs,<br><br>        v.<br><br>GOOGLE LLC,<br>            Defendant. | Case No. 1:20-cv-03715-APM<br>HON. AMIT P. MEHTA |

**DECLARATION OF JUAN A. ARTEAGA SUPPORTING
<u>BRIEF OF AMICUS CURIAE MOZILLA CORPORATION</u>**

I, Juan A. Arteaga, declare as follows:

1.      I am an attorney duly licensed to practice law in the State of New York.  I am a partner in the law firm of Crowell & Moring LLP, which represents Amicus Curiae Mozilla Corporation ("Mozilla") in the above-captioned actions.  I submit this declaration in support of Mozilla's Brief in Support of Neither Party in the above-captioned actions.  Unless otherwise stated, the matters set forth below are based on my personal knowledge and, if called as a witness, I could and would testify competently thereto.

2.      Attached as **Exhibit A** is a true and correct copy of excerpts from the transcript of the deposition of Mozilla's former Chief Executive Officer, W. Mitchell Baker, which was conducted during the liability phase of this case on January 6, 2022, and has been designated as Highly Confidential under the governing Protective Order in the above-captioned actions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on May 9, 2025, in New York, New York.


                                                    */s/ Juan A. Arteaga*
                                                    Juan A. Arteaga

# Exhibit A

**In the Matter Of:**

*USA vs*

*Google*

---

*W. MITCHELL BAKER*

*January 06, 2022*

---



1

1        UNITED STATES DISTRICT COURT

2           DISTRICT OF COLUMBIA

3    ----------------------------------------x

4    UNITED STATES OF AMERICA,

5                          Plaintiff,

6        -against-                      Civil Action No.

7    GOOGLE LLC,                        1:20-cv-03010-APM

8                          Defendant.

9    ***CAPTION CONTINUED***

10   ----------------------------------------x

11

12

13

14         VIDEOTAPED STENOGRAPHIC DEPOSITION OF:
                  W. MITCHELL BAKER
15             Thursday, January 6, 2022
                9:06 a.m. - 7:30 p.m.
16         Reported Remotely through Videoconference

17

18

19

20

21

22            Reported stenographically by:
           Richard Germosen, CA CSR No. 14391
23      RDR, CRR, CCR, CRCR, CSR-CA, NYACR, NYRCR
         NCRA/NJ/NY/CA Certified Realtime Reporter
24         NCRA Realtime Systems Administrator
                  Job No. 824912

25

```
                                                            2
 1   ----------------------------------------x

 2   ***CAPTION CONTINUED***

 3   STATE OF COLORADO, et al.,

 4                         Plaintiff,

 5       -against-                     Civil Action No.

 6   GOOGLE, LLC,                       1:20-cv-03715-APM

 7                         Defendant.

 8   ----------------------------------------x

 9        VIDEOTAPED TELECONFERENCED STENOGRAPHIC

10   DEPOSITION of W. MITCHELL BAKER, taken in the

11   above-entitled matter before RICHARD GERMOSEN, Certified

12   Court Reporter, (License No. 30XI00184700), Certified

13   Realtime Court Reporter-NJ, (License No. 30XR00016800),

14   California Certified Shorthand Reporter, (License No.

15   14391), NCRA/NY/CA Certified Realtime Reporter, NCRA

16   Registered Diplomate Reporter, New York Association

17   Certified Reporter, NCRA Realtime Systems Administrator,

18   taken via remote video teleconference on Thursday,

19   January 6, 2022, commencing at 9:06 a.m.

20

21

22

23

24

25
```

3

```
1    A P P E A R A N C E S:

2

3

4    UNITED STATES DEPARTMENT OF JUSTICE

5    Antitrust Division Technology & Digital

6    Platforms Section

7    BY:  JOSHUA HAFENBRACK, ESQ.

8         -and-

9    BY:  MEAGAN K. BELLSHAW, ESQ.

10        -and-

11   BY:  IAN HOFFMAN, ESQ.

12   450 Fifth Street, N.W.

13   Suite 7100

14   Washington, D.C. 20530

15   (202) 227.1967 (FAX)

16   joshua.hafenbrack@usdoj.gov

17   meagan.bellshaw@usdoj.gov

18   ian.hoffman@usdoj.gov

19   Attorneys for the Plaintiff

20

21

22

23

24

25
```

4

```
 1   A P P E A R A N C E S:  (CONT'D.)

 2

 3

 4   NORTH CAROLINA ATTORNEY GENERAL'S OFFICE

 5   BY:  KEVIN ANDERSON, ESQ.

 6       -and-

 7   BY:  KUNAL J. CHOKSI, ESQ.

 8   114 West Edenton Street

 9   Raleigh, North Carolina 27603

10   (919) 716.6400

11   kevin.anderson@usdoj.gov

12   kunal.choksi@usdoj.gov

13   ian.hoffman@usdoj.gov

14   Attorneys for the multistate Plaintiffs

15

16   WASHINGTON, D.C. ATTORNEY GENERAL'S OFFICE

17   BY:  ELIZABETH G. ARTHUR, ESQ.

18   500 C Street, N.W.

19   Room 501

20   Washington, D.C. 20001

21   (202) 442.9700

22   elizabeth.arthur@dc.gov

23   Attorneys for Colorado State Plaintiffs

24

25
```

5

```
 1    A P P E A R A N C E S:  (CONT'D.)

 2

 3

 4    CROWELL & MORING LLP

 5    BY:  JUAN A. ARTEAGA, ESQ.

 6    590 Madison Avenue

 7    20th Floor

 8    New York, New York 10022

 9    (212) 803.4053

10    jarteaga@crowell.com

11    Attorneys for Mozilla and W. Mitchell Baker

12

13    CROWELL & MORING LLP

14    BY:  GREGORY D. CALL, ESQ.

15    3 Embarcadero Center

16    26th Floor

17    San Francisco, California 94111

18    (415) 365.7388

19    gcall@crowell.com

20    Attorneys for Mozilla and W. Mitchell Baker

21

22

23

24

25
```

6

```
 1    A P P E A R A N C E S:  (CONT'D.)

 2

 3

 4    CROWELL & MORING LLP

 5    BY:  ANGEL PRADO, ESQ.

 6    515 South Flower Street, 40th Floor

 7    Los Angeles, California 90071

 8    (213) 443.5548

 9    aprado@crowell.com

10    Attorneys for Mozilla and W. Mitchell Baker

11

12    WILLIAMS & CONNOLLY LLP

13    BY:  BENJAMIN M. GREENBLUM, ESQ.

14        -and-

15    BY:  ISABELLE JENSEN, ESQ.

16        -and-

17    BY:  CHALOEA M. WILLIAMS, ESQ.

18        -and-

19    BY:  JOHN E. SCHMIDTLEIN, ESQ.

20    725 Twelfth Street, N.W.

21    Washington, D.C. 20005

22    (202) 434.5919 / (202) 434.5029 (FAX)

23    bgreenblum@wc.com/ijensen@wc.com/cwilliams@wc.com

24    jschmidtlein@wc.com

25    Attorneys for the Defendant, Google LLC
```

7

1    A P P E A R A N C E S:  (CONT'D.)

2

3

4    ALSO PRESENT:

5    KEVIN MONTGOMERY, Legal Video Specialist

6    DANIEL NAZER, ESQ., Mozilla

7    MIKA SHAH

8    DMITRY MEZHVINSKY, DOJ

9    KAARISH K. MANIAR, DOJ

10   HAL VAN GIESON, DOJ

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

USA vs
Google

W. Mitchell Baker
January 06, 2022

33

████████████████████████████████

████████████████████████████████████

████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████

██████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████

██████████

████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████

17          Q.      Ms. Baker, does Mozilla make certain

18    search engines available in the Firefox browser?

19          A.      Yes, we do.

20          Q.      And does it -- strike that.

21                  Do the search engines that Mozilla

22    makes available in the Firefox browser, is that

23    choice that Mozilla makes important to the

24    competitiveness of the browser?

25                  MR. HAFENBRACK:  Object to the form.

1        A.        We have found the search experience

2   in the browser to be fundamental to the browser.  In

3   fact, you know, for many, many years, many people

4   didn't -- you know, weren't able to distinguish

5   between where -- what was Firefox and what was

6   search, and so the overall search experience is, you

7   know, one of the fundamental use cases of the

8   browser, and so the quality of the search

9   experience, whether it works for your users, whether

10  people like it is -- maybe it's the fundamental use

11  case, but if it's not the fundamental, it's one of

12  the handful of things that are the most critical

13  about a browser.

USA vs
Google

W. Mitchell Baker
January 06, 2022

20    Q.    Does the search box -- strike that.

21         Is the search box sometimes referred

22   to as the awesome bar in Firefox?

23    A.    Yes, it is.

24    Q.    Are you familiar with the concept of

25   a default search engine in a Web browser?

47

1          A.       I am familiar with that, yes.

2          Q.       Can you explain what that is?

3          A.       Sure.  Maybe I'll start with kind of

4     the why.  The -- you know, the software that we use

5     is complex enough when you get to the computers and

6     devices, that many users want their device or the

7     software -- I'll talk about browsers.  You want the

8     browser to work when it starts, and so the

9     default -- in Firefox, the default in the search

10    box, the awesome bar in Firefox, is what happens if

11    the user makes no choice.

12              We're very big on choice, and so it's

13    always been a key principal of our search philosophy

14    that users always have choice, and we try to make it

15    easy for people to pick a different search engine if

16    they want it.  It's right there in the UR and we

17    reject exclusivity, and so we try to make it easy

18    for people to find other search engines and to use

19    them, and we combine that with the default of what

20    happens if you open a browser, you look at the

21    search box and you just want to type something in

22    and get an answer, and so if you make no other

23    choice, you'll get the default.

24         Q.       Has that structure that you described

25    always been in place on the Firefox browser since it

48

1   was first introduced?

2              MR. HAFENBRACK:  Object to the form.

3        A.        Firefox browsers have had a search

4   box for a long time before 1.0.  So somewhere

5   before -- yeah, so somewhere early in the Firefox

6   development cycle there was a search box.  That's

7   always been there.  The search box used to be

8   separate from the awesome bar, so the place of it

9   has moved a little bit.  That's changed.

10             The concept of a default search has

11  always been there and from when we made a consumer

12  product, so Firefox 1.0, the prevalent or the

13  existence of multiple search engines in the product

14  has always been there.  That was a requirement of

15  our search partnership agreement, that we would not

16  have defaults and that we would make it -- you know,

17  so maybe in Firefox, it's common today, although you

18  don't see it in all browsers, but there is Google,

19  there used to be Yahoo!, there is Bing.  Now, we've

20  got, you know, others right in the UI.  Like that's

21  rare, you know, and that was a requirement to -- of

22  our first deal, that we were not doing anything

23  exclusive and we would honor user choice.  And that

24  turned out to be kind of rare in the tech industry.

25             You know, Microsoft has overridden

49

```
 1   people's default to Firefox.  I think last November

 2   they did it yet again.  They make it hard to make a

 3   change, and when we do make a change, you know, like

 4   overriding the default, so we work hard to go in the

 5   opposite direction and help promote discovery for

 6   the other search engines are there, and Firefox, you

 7   can change the default if you want, and even easier,

 8   every time you do a search, we give you an option of

 9   another search engine so you can do a search in

10   Amazon or Bing, you know, right there if you want

11   to.

12          Q.      When you mentioned your first deal,

13   which deal were you referring to?

14          A.      The 2004 was our first deal with

15   Google and Yahoo!.

16          Q.      In your experience, do competing

17   browsers also come with preset default search

18   engines?

19          A.      Yes.

20          Q.      Are you familiar with any browser --

21   sorry.  Finish your answer, please.

22          A.      I was going to say, and often not

23   nearly as easy to change the default as in Firefox.
```

USA vs
Google

W. Mitchell Baker
January 06, 2022

51

████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████

```
 4        Q.      At the time that Mozilla entered into

 5   this agreement, did it consider Google to be

 6   offering a high quality search product to users?

 7                MR. HAFENBRACK:  Object to the form.

 8        A.      When we entered this agreement, there

 9   was nothing in the world like Google.  Prior to

10   Google, there had been Excite and Infoseek and the

11   Yahoo! directory.  I'm not sure if Microsoft had

12   started their search at this time, but Google was

13   way ahead.  Like search in those days was miraculous

14   and so there was nothing like Google.

15                I mean, it's hard to remember how

16   earth-shattering search was when Google changed the

17   game with their page rank from what, you know,

18   Yahoo! had been doing or the other things that we

19   called search.

20        Q.      Did Mozilla consider different search

21   engines to -- strike that.

22                Did Mozilla consider making different

23   search engines other than Google its default in

24   2004?

25        A.      Yes.  We also spent a lot of time
```

53

1    with Yahoo! discussing whether they should be the

2    default search engine or not, and Google turned out

3    to be better for us in a number of different ways.

4           Q.      Could you explain the different ways

5    in which Google turned out to be better for Mozilla?

6           A.      Well, first as I say it was the

7    search which was before -- when we -- before Google

8    went public, and they went public somewhere in

9    there, but when we started talking to them about

10   this, they weren't public.  They were, as I said,

11   the very exciting new capability that all the

12   developers and early adopters and people who loved

13   the internet were using.  So that was one.

14                Second, they spent the time with

15   Sergey in particular, they spent the time to

16   understand us, and we're still an unusual

17   organization, but then we were harder to understand.

18                You know, in this era, open source

19   was not main stream.  Firefox was the first open

20   source product to be adopted by consumers.  Before

21   Firefox, the conventional wisdom was that open

22   source was for geeks only, and you couldn't build a

23   good product from open source.

24                So Google spent the time to

25   understand that.  We built our product with an open

54

1    source community, and so we -- local communities

2    were important in localizing the product in

3    different languages, and so we said things like, Oh,

4    if we're going to make Google the default in country

5    X, say Germany, say France, I, Mitchell, here can't

6    promise that for you.  We have a community of open

7    source volunteers who produce the German and French

8    versions, and I have to go to them and talk to them

9    about whether this makes sense as a default in the

10   language they're creating with us, and that sounded

11   even odder today -- I mean, odder than it does now,

12   and it was Google that spent the time to say, Well,

13   it's working.  We like your product so we'll make

14   these changes.  And so they really spent a lot of

15   time to do that and made changes in their system for

16   us, and Yahoo! was not willing to do that.



2        Q.        Did you consider setting a default

3    search engine to be inconsistent with Mozilla's

4    mission of user choice?

5        A.        We do not consider that at odds.  One

6    of the things that is unusual or maybe not unique,

7    especially now, but what's highly unusual about

8    Mozilla is that we're trying to create this internet

9    accessible to all with the characteristics of a

10   manifesto by competing in the consumer marketplace.

11   And that's different -- that's a different piece

12   than advocating policy or a different piece than

13   describing the world we want, and the hard part is

14   we -- balancing like the purity of what we want or

15   the purity of the manifesto with the consumer

16   marketplace because consumers are very often

17   interested in convenience, ease, and often choice

18   when something isn't working, and so we always live,

19   I call it, the art of product.

20              If we build the thing we think is

21   perfect for the mission, it's very likely dead in

22   the market.  Like consumers are a force.  They make

23   decisions about what works for them, and so we are

24   always trying to balance what is it that makes a

25   product work that consumers vote and say, This is

20          At the time that Mozilla terminated

21   its agreement with Yahoo!, did it undertake a

22   process to select a different default search engine?

23          MR. HAFENBRACK:  Object to the form.

24   A.     Yes.

25   Q.     And what factors did Mozilla consider

80

1    in that process?

2         A.        What our users want.  Like what is --

3    what's the product that we're putting in the market

4    and you -- like general consumers respond well to it

5    and what do they want?  What's the nature of the

6    relationship with the search provider?

15        Q.        Which search engine did Mozilla

16   actually choose to replace Yahoo!?

17        A.        We replaced Yahoo! with Google.

18        Q.        And why did you choose Google?

19        A.        Because our users made it clear that

20   they look for and want and expect Google, and that

21   when they get Google Search results and Google as

22   the default, that's what they expect, and they're

23   happy, and because we were able to reach an

24   agreement with Google, that made sense for us.

USA vs
Google

W. Mitchell Baker
January 06, 2022

86



17        Q.       Ms. Baker, why did Mozilla extend the

18    term of its agreement with Google for Google to be

19    the default search engine in Firefox in 2020?

20        A.       Because the search experience that

21    Firefox users are receiving from Google when they

22    use Firefox is the search experience that we want.

23    The users continue to tell us that and we reached,

24    you know, an agreement that made sense with Google.



3          Q.        Ms. Baker, did Mozilla recently

4    launch an innovation known as Firefox Suggest?

5          A.        Yes, Firefox Suggest is an

6    innovation, in fact, Firefox.

Case 1:20-cv-03010-APM    Document 1341-1    Filed 05/16/25    Page 30 of 47
USA vs
Google

W. Mitchell Baker
January 06, 2022

126

12              Did you know what Firefox's peak

13    market share on desktop among browsers was?

14         A.      As, you know, measured externally, I

15    think our peak was something like 32 percent in the

16    U.S., right.  It varies wildly by geography, but in

17    the U.S., the peak was somewhere like 30 or

18    something like that.  Not as high as you would

19    expect --

20         Q.      I think if we get to a certain color,

21    you'll see it shows 32 percent high.  Did that occur

22    in roughly 2009?

23         A.      That I don't know.

24         Q.      Is Firefox -- Firefox's market share

25    among browsers in the desktop setting under 10

1    percent today?

2         A.        Again, depends on geography, but it's

3    somewhere around there in the U.S.  I don't have the

4    exact figure though.

5         Q.        It's somewhere around 10 percent?

6         A.        I think so.  I don't know.  Well, I

7    don't know exactly, but it was far lower than it was

8    in the past.

USA vs                                                          W. Mitchell Baker
Google                                                          January 06, 2022

190

1        A.      That's right.  We try hard to tell

2   people.

3        Q.      And it's not a secret that Mozilla's

4   philosophy is to make it relatively easy for users

5   to change the default; right?

6        A.      Right.

7        Q.      And to your understanding, is Google

8   aware that Firefox users can change the default

9   search engine at any time?

10       A.      My understanding is, indeed, they are

11  aware.

12       Q.      And Google still pays Mozilla

13  hundreds of millions of dollars a year through its

14  revenue share to be the default search engine on the

15  Firefox browser; right?

16       A.      Yes.  Google generates billions on

17  that business.

18               (Stenographer clarification.)

19               CERTIFIED STENOGRAPHER:  I didn't get

20  that, ma'am.  Google what?

21               I said Google generates billions on

22  that business, and they -- and the rev share ends up

23  in the hundreds of millions of dollars, yes, that's

24  right.

25       Q.      Google generates billions of dollars

191

1    as a result of being the default search engine on

2    the Firefox browser; right?

3                    MR. ARTEAGA:  Objection.

4                    MR. GREENBLUM:  Objection.

5         A.      So let me again be specific, and the

6    billions of dollars I haven't actually calculated,

7    but let me say Google generates many -- you know,

8    multiples of the amount of money they pay us.  And,

9    yes, it is -- the revenue share for us ends up in

10   the hundreds of millions of dollars a year.

11        Q.      Is it true that Mozilla makes more

12   money today overall in the annual payments it gets

13   for the Firefox default position than it did a

14   decade ago, back in 2011 and 2012, when Mozilla's

15   usage in market share were higher?

16                    MR. GREENBLUM:  Objection to the form

17   and lacks foundation.

18        A.      Our revenue has increased over time.

19        Q.      And that revenue comes -- strike

20   that.

21                    And the vast majority of that revenue

22   comes from Search advertising; correct?

23        A.      Yes.

24        Q.      Why to your knowledge have Mozilla's

25   revenue share payments from Search advertising gone

192

1   up while Firefox's user traffic and market share

2   have gone down?

3              MR. GREENBLUM:  Objection to the

4   form.  Lacks foundation.

5              MR. ARTEAGA:  Objection to the form.

6        A.      The revenue share is a mixture of

7   search queries and the value of those search

8   queries, and so even if the number of search queries

9   go down, the value of the queries can go up.  They

10  can go up.

11             Lots of search queries -- search --

12  not every search query has the same value.  A search

13  query in Wikipedia is different than a search query

14  by an engine, and so it's the number of queries and

15  the value of those queries.

16       Q.      Have the type of queries that are

17  conducted in the Firefox browser tended more towards

18  commercial queries over time?

19       A.      Oh, yeah.  That's a piece that's hard

20  to understand, and so we've been working to

21  understand that, but what we do know is the

22  combination of the number of queries that our users

23  send to Google and the value of those queries to the

24  Google ecosystem and Google, that combination has

25  gone up over time.

Case 1:20-cv-03010-APM    Document 1341-1    Filed 05/16/25    Page 36 of 47

USA vs
Google

W. Mitchell Baker
January 06, 2022

193

240

241

██████████████████████

████████████████████████████████

██████████████████████████████

████████████████████████████████

██████████████████████████████

```
 6        Q.      And my question is:  Did you hear

 7    from Yahoo! -- strike that.

 8                 Did anyone from Yahoo! communicate to

 9    you that the 375 million dollar minimum was putting

10    them under pressure to increase short-term

11    monetization through more ads?

12                 MR. GREENBLUM:  Objection to the

13    form.

14        A.      And again, no one was communicating

15    with me directly about anything, but my recollection

16    is it didn't actually take long -- we got to this

17    launch period where the launch criteria were met.

18    It didn't take that long for things to start to go

19    in the other direction.  You know, with a -- and the

20    dropoff in users on Search queries was higher than

21    one would hope, and so that number, that 375 number,

22    there was a lot of modeling and work done

23    beforehand, and Yahoo! did plenty of its own models,

24    and there was a long negotiation period about what

25    that number might have been, and that was the number
```

242

1    that was agreed on, and then when the product

2    innovation didn't come and the user dropoff came,

3    then, you know, you're at the low-end or you're off

4    whatever model it is.  So I see, you know, that

5    number was also partly because we're taking a

6    massive risk, and so, you know, that number may well

7    have been exactly the right number, you know, if the

8    quality and state or improved as we hoped it would.

9              So it's a bit of a spiral why quality

10   isn't good.  You just don't like it.  Users are

11   leaving.  Then there is loss revenue that you

12   modeled and planned for, you know, then the minimum

13   commitment was harder than the quarter, you know,

14   the demands come and -- you know, and the ads go up

15   and the product quality gets worse, and that's my

16   recollection, although, again, I wasn't having

17   conversations directly with Yahoo!

Case 1:20-cv-03010-APM    Document 1341-1    Filed 05/16/25    Page 40 of 47

USA vs
Google

W. Mitchell Baker
January 06, 2022

243

Case 1:20-cv-03010-APM    Document 1341-1    Filed 05/16/25    Page 41 of 47

USA vs
Google

W. Mitchell Baker
January 06, 2022

319

320

7        Q.      Let -- maybe let me phrase it this

8    way:  How specifically did Microsoft's tying of the

9    Internet Explorer to the Windows operating system

10   harm competition, undermine product innovation, and

11   ultimately reduce consumer choice?

12               MR. GREENBLUM:  Objection to the

13   form.

14       A.      So when a consumer internet appeared,

15   I mean, there'd been a geek version of it, you know,

16   command line kind of stuff, but when the consumer

17   version of the internet appeared, it was called the

18   Web, and it came from Netscape, which was the

19   company that built a browser and made the internet

20   accessible to consumers.

21               At that time, I think I said earlier,

22   Microsoft was the monopoly.  Microsoft was the

23   combination of Google and Apple -- there was only

24   one.  There weren't three, there weren't five.

25   There was only one.  And so it's hard to remember

321

1    what Microsoft was like, and so Microsoft's business

2    practice, they had the operating system.  It charged

3    for the operating system, and then when things would

4    be developed that were interesting and companies

5    were building businesses on them, Microsoft would

6    roll them -- we used to say, roll them into the

7    operating system, make them free, no charge for that

8    because you're paying for the operating system.

9    Those companies would go out of business or get

10   acquired, sometimes really cheap by Microsoft, and

11   then you would have the Microsoft operating system

12   and a whole set of competitive -- potentially

13   competitive companies were gone, and that's what

14   Microsoft did with the browser.

15              And so it came.  It said, Okay, the

16   browser isn't really a thing, right.  The operating

17   system is the fundamental unit, and so, you know,

18   they started building a browser.  They explicitly

19   decided they were going to kill Netscape.  They

20   eventually after some number of years built a good

21   enough product and then they said, There's no more

22   browser.  It's just in the operating system.  It too

23   is free.

24              So first thing, you know, cut the

25   money out.  You might say that's good for consumers

322

1   because now it's free.  Netscape made its product

2   free, but what it did was it took the investment and

3   innovation out of the entire category, and once

4   Microsoft had 97, 98 percent, maybe you'd call that

5   a monopoly, of the browser market and take the money

6   out from Netscape, took the money away from

7   Netscape, so there is no money to invest in

8   browsers, and I saw those browser innovation teams

9   just shut down, and the browser we have today is not

10  that different than the one we had 20 years ago, and

11  I watched as the teams that were trying to do really

12  different ideas were just shut down because there

13  was no more money to fund them, and then what

14  Microsoft did is it went to the OEMs and it said,

15  Hey, if you want to be able to ship Microsoft

16  operating system, the only operating system

17  possible, you can't ship a Firefox browser, or if

18  you ship, then you have to pay us too, you know,

19  they had all set of things which, you know,

20  essentially threatened to put the OEMs out of

21  business if the OEMs didn't help them kill Netscape.

22              In fact, that was actually pretty

23  effective, and Netscape sold itself to AOL and, you

24  know, died and -- you know, and that environment

25  went on for a number of years.  It went on until

323

1    Firefox, and as I said, they would shut the team

2    down and they put in the operating system.

3    Microsoft didn't invest in it.  There was no reason

4    to invest in, quote, the browser because there was

5    no competition, and they invested so little in it

6    that it became the IU part of the operating system,

7    the vector for malware on the internet.

8                You know, and Firefox was successful

9    in part because we built it and it was good and it

10   was better, and a little of luck is that our product

11   came out when the fruits of Microsoft's destruction

12   for their product were clear.

13               And, I mean, we had people -- this

14   will sound dramatic, but remember, they have these

15   old computers and they would get so infected with

16   spyware that they could not repair them, and the

17   vector for that was IE, and it was only when Firefox

18   came along that there was a challenge to that.  And

19   I firmly believe Firefox came along only from a

20   nonprofit.  It's not a reasonable business place.

21   It certainly wasn't then.  No one would invest in a

22   browser.  I mean, Microsoft had just killed off the

23   company that made the category and, you know, this

24   97 percent number is pretty high, but we were a

25   nonprofit with a different setting and not trying to

324

1    have a business plan that investors were going to

2    invest in or a company that Microsoft or somebody

3    else would buy, and so I think we needed to be this

4    very weird thing to be able to break the Microsoft

5    piece and, you know, needing a nonprofit

6    organization to be able to compete, you know, to

7    kind of fix a market problem, you know, we're doing

8    it.  We're trying to do it, but it's not very

9    common.

Case 1:20-cv-03010-APM    Document 1341-1    Filed 05/16/25    Page 47 of 47

USA vs
Google

W. Mitchell Baker
January 06, 2022

325