UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GOOGLE LLC, ) <br> ) <br> Defendant. ) <br> ) | Case No. 20-cv-3010 (APM) |
| STATE OF COLORADO, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GOOGLE LLC, ) <br> ) <br> Defendant. ) <br> ) | Case No. 20-cv-3715 (APM) |

## ORDER

The court hereby orders the following with regard to the schedule of closing arguments in the remedies-phase proceedings. Closing arguments shall be held on **May 30, 2025, at 9:00 AM in Courtroom 10**. A public access line will be connected for the duration of the hearing, and audience overflow and media access rooms will be designated in the courthouse.

The closing arguments shall be structured as described below. Noted durations for arguments are estimates.

1. **Structure of Closing Arguments**

    a. *Legal Standards* (9:00 AM – 10:00 AM)

        i. Plaintiffs: 30 minutes[1]

        ii. Google: 30 minutes

    b. *Data Sharing & Syndication Remedies* (10:00 AM – 12:15 PM)

        i. Plaintiffs: 60 minutes

        ii. Break: 15 minutes

        iii. Google: 60 minutes

    c. *Lunch* (12:15 PM – 1:15 PM)

    d. *Distribution Remedies (including Payment Bans & Choice Screens)* (1:15 PM – 2:15 PM)

        i. Plaintiffs: 30 minutes

        ii. Google: 30 minutes

    e. *Chrome Divestiture & Contingent Remedies* (2:15 PM – 3:30 PM)

        i. Plaintiffs: 30 minutes

        ii. Google: 30 minutes

        iii. Break: 15 minutes

    f. *Remaining Remedies & Term of Judgment* (3:30 PM – 5:00 PM)[2]

        i. Plaintiffs: 45 minutes

        ii. Google: 45 minutes

---

[1] The United States and Colorado Plaintiff States may split their allotted time as they see fit and reserve time for rebuttal.

[2] These include, *inter alia*, ad transparency and control remedies, publisher remedies, self-preferencing prohibitions, the investment notification requirement, remedies related to administration and enforcement, and Colorado Plaintiff States' proposed Public Education Fund.

**2.  Additional Rules & Considerations**

    a.    The parties may designate different attorneys to present argument for each of the aforementioned sections. The parties shall provide a list of counsel who will speak at the closing arguments, as well as their party affiliation, to chambers via email by **May 29, 2025**.

    b.    The court presumes the parties' familiarity with the courtroom's electronic presentation system, but if any party wishes to conduct a walk-through before the hearing, please contact chambers via email to schedule a time.

    c.    The court requests two hard copies of any electronic presentation.

    d.    The bench inside the well of the court and the first row in the gallery will be designated as reserved seating for each side.

Dated: May 23, 2025

                                                Amit P. Mehta
                                                United States District Judge