# ATTACHMENT A

| TrialExhibit# | DocID | EndDoc | Ex. Description | Ex. Date |
|---|---|---|---|---|
| **PLAINTIFFS' CHART OF CONTRACTS** | | | | |
| **Apple-OpenAI** | | | | |
| **PXR0501** | APLGOOGDOJ-01166827 | APLGOOGDOJ-01166878 | Apple-OpenAI Service Integration Agreement | 2024.05.04 |
| **DuckDuckGo-Microsoft** | | | | |
| **PXR0502** | DuckDuckGo-00685277 | DuckDuckGo-00685319 | DuckDuckGo-Microsoft Amended and Restated Bing Services Master Agreement | 2022.05.24 |
| **PXR0503** | DuckDuckGo-00685320 | DuckDuckGo-00685322 | DuckDuckGo-Microsoft Amendment No. 1 to Amended and Restated Bing Services Master Agreement | 2024.02.01 |
| **PXR0504** | DuckDuckGo-00685323 | DuckDuckGo-00685324 | DuckDuckGo-Microsoft Amendment No. 2 to Amended and Restated Bing Services Master Agreement | 2024.05.30 |
| **Google-Apple** | | | | |
| **PXR0507** | GOOG2-00000026 | GOOG2-00000030 | Google-Apple Technology Evaluation Supplement | 2023.03.14 |
| **PXR0506** | GOOG2-00000039 | GOOG2-00000043 | Google-Apple Second Technology Evaluation Supplement | 2024.08.16 |
| **PXR0505** | APLGOOGDOJ-01166886 | APLGOOGDOJ-01166893 | Google-Apple Google Lens Addendum to the Information Services Agreement | 2024.08.31 |
| **Google-AT&T** | | | | |
| **PXR0508** | ATTGOOG_REMEDY-021334 | ATTGOOG_REMEDY-021361 | Google-AT&T Mobility LLC Mobile Services Incentive Agreement | 2021.06.02 |
| **PXR0509** | GOOG2-00000001 | GOOG2-00000002 | Google-AT&T Amendment No.2 to the Google Mobile Services Incentive Agreement | 2022.07.12 |
| **PXR0510** | GOOG2-00000003 | GOOG2-00000005 | Google-AT&T Amendment No.3 to the Google Mobile Services Incentive Agreement | 2022.12.16 |
| **PXR0511** | GOOG2-00000006 | GOOG2-00000007 | Google-AT&T Amendment No.4 to the Google Mobile Services Incentive Agreement | 2023.05.05 |
| **PXR0512** | GOOG2-00000008 | GOOG2-00000022 | Google-AT&T Amendment No. 5 to the Google Mobile Services Incentive Agreement | 2024.05.30 |
| **PXR0513** | GOOG2-00000023 | GOOG2-00000024 | Google-AT&T Amendment to the Google Mobile Revenue Share Agreement | 2024.05.31 |
| **PXR0514** | GOOG-DOJ-33811114 | GOOG-DOJ-33811118 | Google-AT&T Amendment to the Google Mobile Services Incentive Agreement | 2024.12.12 |
| **PXR0515** | GOOG-DOJ-33811119 | GOOG-DOJ-33811125 | Google-AT&T Amendment to the Google Mobile Revenue Share Agreement | 2024.12.13 |
| **PXR0606** | GOOG2-00005035 | GOOG2-00005036 | Google-AT&T Google Mobile Revenue Share Agreement Waiver | 2025.04.16 |
| **Google-IAC** | | | | |
| **PXR0516** | GOOG-DOJ-13125214 | GOOG-DOJ-13125280 | Google-IAC Google Services Agreement | 2015.10.26 |
| **Google-Lenovo** | | | | |
| **PXR0517** | GOOG2-00000177 | GOOG2-00000178 | Google-Lenovo Amendment Three to Google Mobile Incentive Agreement | 2023.02.07 |
| **PXR0518** | GOOG2-00000283 | GOOG2-00000284 | Google-Lenovo Amendment to the Mobile Application Distribution Agreement | 2023.03.29 |
| **PXR0519** | GOOG2-00000179 | GOOG2-00000180 | Google-Lenovo Amendment Four to Google Mobile Incentive Agreement | 2023.03.30 |
| **PXR0520** | GOOG2-00000160 | GOOG2-00000161 | Google-Lenovo Amendment Five to Google Mobile Incentive Agreement | 2023.05.31 |

| PLAINTIFFS' CHART OF CONTRACTS |
|---|---|---|---|---|
| **TrialExhibit#** | **DocID** | **EndDoc** | **Ex. Description** | **Ex. Date** |
| **PXR0521** | GOOG2-00000128 | GOOG2-00000136 | Google-Lenovo Amendment to the Mobile Application Distribution Agreement | 2023.06.27 |
| **PXR0522** | GOOG2-00000162 | GOOG2-00000173 | Google-Lenovo Amendment Six to Google Mobile Incentive Agreement | 2023.08.28 |
| **PXR0523** | GOOG2-00000174 | GOOG2-00000176 | Google-Lenovo Amendment Seven to Google Mobile Incentive Agreement | 2024.01.08 |
| **PXR0524** | GOOG2-00000181 | GOOG2-00000181 | Google-Lenovo Amendment to Mobile Application Distribution Agreement | 2024.01.19 |
| **PXR0525** | GOOG2-00000049 | GOOG2-00000049 | Google-Lenovo Amendment to European Mobile Application Distribution Agreement | 2024.01.24 |
| **PXR0526** | GOOG2-00000157 | GOOG2-00000157 | Google-Lenovo Amendment to the Google Search and Chrome European Placement Agreement | 2024.01.25 |
| **PXR0527** | GOOG2-00000271 | GOOG2-00000272 | Google-Lenovo Amendment to the Chrome European License Agreement | 2024.01.31 |
| **PXR0528** | GOOG2-00000282 | GOOG2-00000282 | Google-Lenovo Amendment to the Google Search European License Agreement | 2024.02.01 |
| **PXR0529** | GOOG2-00000217 | GOOG2-00000228 | Google-Lenovo Chrome European License Agreement | 2024.04.22 |
| **PXR0530** | GOOG2-00000054 | GOOG2-00000090 | Google-Lenovo European Mobile Application Distribution Agreement (EMADA) | 2024.04.22 |
| **PXR0531** | GOOG2-00000229 | GOOG2-00000243 | Google-Lenovo Google Search and Chrome European Placement Agreement | 2024.04.22 |
| **PXR0532** | GOOG2-00000244 | GOOG2-00000256 | Google-Lenovo Google Search European License Agreement | 2024.04.22 |
| **PXR0533** | GOOG2-00000182 | GOOG2-00000216 | Google-Lenovo Mobile Application Distribution Agreement (MADA) | 2024.04.22 |
| **PXR0534** | GOOG2-00000292 | GOOG2-00000294 | Google-Lenovo Amendment Eight to Google Mobile Incentive Agreement | 2024.05.03 |
| **PXR0535** | GOOG2-00001063 | GOOG2-00001086 | Google-Lenovo Google One AI Premium OEM Promotion Agreement | 2024.06.25 |
| **PXR0536** | GOOG2-00000137 | GOOG2-00000145 | Google-Lenovo Amendment to the European Mobile Application Distribution Agreement | 2024.06.26 |
| **PXR0537** | GOOG2-00000273 | GOOG2-00000281 | Google-Lenovo Marketing Agreement | 2024.06.28 |
| **PXR0538** | GOOG2-00001050 | GOOG2-00001062 | Google-Lenovo Circle to Search Enablement Agreement | 2024.10.04 |
| **PXR0539** | GOOG-DOJ-34926003 | GOOG-DOJ-34926009 | Google-Lenovo Amendment #1 to Marketing Agreement | 2024.12.04 |
| **PXR0540** | GOOG-DOJ-34925192 | GOOG-DOJ-34925194 | Google-Lenovo Amendment Nine to Google Mobile Incentive Agreement | 2025.02.05 |
| **PXR0541** | GOOG-DOJ-34925195 | GOOG-DOJ-34925201 | Google-Lenovo Amendment Ten to Google Mobile Incentive Agreement | 2025.02.07 |
| **PXR0542** | GOOG-DOJ-34925673 | GOOG-DOJ-34925678 | Google-Lenovo Amendment #2 to Marketing Agreement | 2025.02.11 |
| **Google-Motorola** |
| **PXR0543** | GOOG-DOJ-34925653 | GOOG-DOJ-34925672 | Google-Motorola Gemini Fund Agreement | 2025.02.10 |
| **PXR0607** | GOOG2-00005037 | GOOG2-00005038 | Google-Motorola Google Mobile Incentive Agreement Waiver | 2025.04.16 |

| | | PLAINTIFFS' CHART OF CONTRACTS | | |
|---|---|---|---|---|
| TrialExhibit# | DocID | EndDoc | Ex. Description | Ex. Date |
| | | Google-Mozilla | | |
| PXR0544 | MOZ-LIT-045756 | MOZ-LIT-045767 | Google-Mozilla Amendment No. 8 to Sponsorship Agreement | 2023.01.31 |
| PXR0545 | MOZ-LIT-045515 | MOZ-LIT-045523 | Google-Mozilla Gemini Service Distribution Test Agreement | 2024.06.23 |
| PXR0370 | GOOG2-00005075 | GOOG2-00005075 | Email from Eric Muhlheim (Mozilla) to Neal Pancholi (Google), Sponsorship Agreement Extension | 2025.03.13 |
| | | Google-Opera | | |
| PXR0546 | OPERA_00006297 | OPERA_00006328 | Google-Opera Amended and Restated Pilot LLM Sponsorship Agreement | 2024.07.12 |
| PXR0547 | OPERA_00006417 | OPERA_00006420 | Google-Opera Amendment No. 1 to Amendment and Restatement Agreement | 2024.08.15 |
| PXR0548 | OPERA_00006421 | OPERA_00006423 | Google-Opera Amendment No. 2 to Amendment and Restatement Agreement | 2024.10.14 |
| PXR0549 | OPERA_00006424 | OPERA_00006425 | Google-Opera Amendment No. 3 to Amendment and Restatement Agreement | 2024.11.26 |
| | | Google-Samsung | | |
| PXR0550 | GOOG-DOJ-10972526 | GOOG-DOJ-10972561 | Google-Samsung European Mobile Application Distribution Agreement (EMADA) | 2019.02.27 |
| PXR0551 | GOOG-DOJ-10972509 | GOOG-DOJ-10972519 | Google-Samsung Google Search European License Agreement | 2019.02.27 |
| PXR0552 | GOOG2-00000399 | GOOG2-00000401 | Google-Samsung Amendment to the European Mobile Application Distribution Agreement | 2022.05.13 |
| PXR0553 | GOOG2-00000331 | GOOG2-00000333 | Google-Samsung Amendment to the Mobile Application Distribution Agreement | 2022.05.13 |
| PXR0554 | GOOG2-00000334 | GOOG2-00000339 | Google-Samsung Amendment to the Mobile Application Distribution Agreement | 2022.12.29 |
| PXR0555 | GOOG2-00000359 | GOOG2-00000360 | Google-Samsung Amendment to the Chrome European License Agreement | 2022.12.30 |
| PXR0556 | GOOG2-00000406 | GOOG2-00000416 | Google-Samsung Amendment to the European Mobile Application Distribution Agreement | 2022.12.30 |
| PXR0557 | GOOG2-00000363 | GOOG2-00000369 | Google-Samsung Amendment to the Google Search and Chrome European Placement Agreement | 2022.12.30 |
| PXR0558 | GOOG2-00000417 | GOOG2-00000419 | Google-Samsung Amendment No. 1 to the Go-To-Market (GTM) Incentive Payments Pool Agreement | 2023.01.11 |
| PXR0559 | GOOG2-00000420 | GOOG2-00000443 | Google-Samsung Circle to Search Commercial Agreement | 2023.12.21 |
| PXR0560 | GOOG2-00000316 | GOOG2-00000320 | Google-Samsung Amendment to the European Mobile Application Distribution Agreement | 2024.01.05 |
| PXR0561 | GOOG2-00000386 | GOOG2-00000392 | Google-Samsung Amendment to the Google Search and Chrome European Placement Agreement | 2024.01.05 |

| TrialExhibit# | DocID | EndDoc | Ex. Description | Ex. Date |
|---|---|---|---|---|
| | | **PLAINTIFFS' CHART OF CONTRACTS** | | |
| PXR0562 | GOOG2-00000444 | GOOG2-00000445 | Google-Samsung Amendment to the Mobile Application Distribution Agreement | 2024.01.05 |
| PXR0563 | GOOG2-00000380 | GOOG2-00000381 | Google-Samsung Amendment to the Chrome European License Agreement | 2024.01.08 |
| PXR0564 | GOOG2-00000382 | GOOG2-00000383 | Google-Samsung Amendment to the Google Search European License Agreement | 2024.01.08 |
| PXR0565 | GOOG2-00000327 | GOOG2-00000330 | Google-Samsung AICore Addendum to EMADA | 2024.02.19 |
| PXR0566 | GOOG2-00000446 | GOOG2-00000449 | Google-Samsung AICore Addendum to MADA | 2024.02.20 |
| PXR0567 | GOOG2-00000340 | GOOG2-00000341 | Google-Samsung Amendment to the Google Mobile Revenue Share Agreement | 2024.06.26 |
| PXR0568 | GOOG2-00000453 | GOOG2-00000454 | Google-Samsung Amendment to the Google Mobile Services Incentive Agreement | 2024.06.26 |
| PXR0569 | GOOG2-00000455 | GOOG2-00000457 | Google-Samsung Amendment to the Go-To-Market (GTM) Incentive Payments Pool Agreement | 2024.06.26 |
| PXR0570 | GOOG-DOJ-33743393 | GOOG-DOJ-33743395 | Google-Samsung Amendment to the Google Mobile Revenue Share Agreement | 2024.11.16 |
| PXR0571 | GOOG-DOJ-33743363 | GOOG-DOJ-33743392 | Google-Samsung Gemini Commercial Agreement | 2024.11.16 |
| PXR0572 | GOOG-DOJ-33743232 | GOOG-DOJ-33743283 | Google-Samsung Google Mobile Revenue Share Agreement | 2024.11.16 |
| PXR0573 | SEA-DOJ-REM0001074 | SEA-DOJ-REM0001129 | Google-Samsung Google Mobile Services Incentive Agreement | 2024.11.16 |
| PXR0574 | GOOG-DOJ-33743340 | GOOG-DOJ-33743362 | Google-Samsung Go-To-Market (GTM) Incentive Payments Pool Agreement | 2024.11.16 |
| PXR0575 | GOOG2-00005020 | GOOG2-00005021 | Google-Samsung Amendment to the Chrome European License Agreement | 2024.12.30 |
| PXR0576 | GOOG2-00005033 | GOOG2-00005034 | Google-Samsung Amendment to the European Mobile Application Distribution Agreement | 2024.12.30 |
| PXR0577 | GOOG2-00005030 | GOOG2-00005032 | Google-Samsung Amendment to the Google Search and Chrome European Placement Agreement | 2024.12.30 |
| PXR0578 | GOOG2-00005022 | GOOG2-00005023 | Google-Samsung Amendment to the Google Search European License Agreement | 2024.12.30 |
| PXR0579 | GOOG-DOJ-34811958 | GOOG-DOJ-34811959 | Google-Samsung Amendment to the Mobile Application Distribution Agreement | 2024.12.30 |
| PXR0580 | GOOG2-00005028 | GOOG2-00005029 | Google-Samsung Amendment to the AICore Addendum to the MADA | 2025.02.26 |
| PXR0608 | GOOG2-00005039 | GOOG2-00005039 | Google-Samsung Google Mobile Revenue Share Agreement | 2025.04.19 |

| PLAINTIFFS' CHART OF CONTRACTS |
|---|---|---|---|---|
| TrialExhibit# | DocID | EndDoc | Ex. Description | Ex. Date |
| Google-T-Mobile |
| PXR0581 | GOOG2-00000617 | GOOG2-00000617 | Google-T-Mobile Amendment No. 5 to the Google Mobile Services Incentive Agreement | 2022.09.30 |
| PXR0582 | GOOG2-00000618 | GOOG2-00000618 | Google-T-Mobile Amendment No. 6 to the Google Mobile Services Incentive Agreement | 2022.12.09 |
| PXR0583 | GOOG2-00000615 | GOOG2-00000615 | Google-T-Mobile Amendment No. 7 to the Google Mobile Services Incentive Agreement | 2023.01.30 |
| PXR0584 | GOOG2-00000616 | GOOG2-00000616 | Google-T-Mobile Amendment No. 8 to the Google Mobile Services Incentive Agreement | 2023.04.25 |
| PXR0585 | GOOG2-00000619 | GOOG2-00000619 | Google-T-Mobile Amendment No. 9 to the Google Mobile Services Incentive Agreement | 2023.05.30 |
| PXR0610 | Google_Lit-TMO_00140894 | Google_Lit-TMO_00140895 | Google-T-Mobile Mobile Revenue Share Agreement Extension | 2024.03.08 |
| Google-Verizon |
| PXR0586 | GOOG2-00000653 | GOOG2-00000654 | Google-Verizon Amendment Two to the Google Mobile Revenue Share Agreement | 2023.06.27 |
| PXR0587 | GOOG2-00000665 | GOOG2-00000667 | Google-Verizon Amendment Three to the Google Mobile Services Incentive Agreement | 2023.07.28 |
| PXR0588 | GOOG2-00000663 | GOOG2-00000664 | Google-Verizon Amendment Four to the Google Mobile Services Incentive Agreement | 2023.09.14 |
| PXR0589 | GOOG2-00000655 | GOOG2-00000656 | Google-Verizon Amendment Three to the Google Mobile Revenue Share Agreement | 2023.09.14 |
| PXR0590 | GOOG-DOJ-34925179 | GOOG-DOJ-34925180 | Google-Verizon Amendment Five to the Google Mobile Services Incentive Agreement | 2023.11.16 |
| PXR0591 | GOOG2-00000657 | GOOG2-00000662 | Google-Verizon Amendment Four to the Google Mobile Revenue Share Agreement | 2023.11.29 |
| PXR0592 | GOOG2-00000695 | GOOG2-00000696 | Google-Verizon Amendment Five to the Google Mobile Revenue Share Agreement | 2024.06.24 |
| PXR0593 | VZGGL-REM-0002346 | VZGGL-REM-0002366 | Google-Verizon Android Mobile Marketing & Services Framework Agreement | 2024.06.27 |
| PXR0594 | GOOG2-00000689 | GOOG2-00000694 | Google-Verizon Program Schedule for Android Actives Incentives | 2024.06.27 |
| PXR0595 | GOOG-DOJ-34925181 | GOOG-DOJ-34925185 | Google-Verizon Program Schedule #2: Android Marketing Campaign | 2024.10.29 |
| PXR0596 | GOOG-DOJ-34937263 | GOOG-DOJ-34937292 | Google-Verizon Google One AI Premium Subscription Resale Agreement | 2025.01.08 |
| PXR0597 | VZGGL-REM-0002320 | VZGGL-REM-0002329 | Google-Verizon Amendment Six to the Google Mobile Revenue Share Agreement | 2025.01.17 |
| PXR0609 | GOOG2-00005073 | GOOG2-00005074 | Google-Verizon Google Mobile Revenue Share Agreement Waiver Letter | 2025.04.17 |

| PLAINTIFFS' CHART OF CONTRACTS | | | | |
|---|---|---|---|---|
| **TrialExhibit#** | **DocID** | **EndDoc** | **Ex. Description** | **Ex. Date** |
| | | Google-Yahoo Japan | | |
| **PXR0598** | GOOG2-00001716 | GOOG2-00001771 | Google-Yahoo Japan Google Services Agreement | 2010.07.27 |
| **PXR0611** | GOOG2-00001793 | GOOG2-00001795 | Google-Yahoo Japan Amendment One to Google Services Agreement | 2011.05.31 |
| **PXR0612** | GOOG2-00001786 | GOOG2-00001788 | Google-Yahoo Japan Amendment Two to Google Services Agreement | 2012.12.21 |
| **PXR0599** | GOOG2-00001702 | GOOG2-00001712 | Google-Yahoo Japan Renewal One to Google Services Agreement | 2014.10.21 |
| **PXR0613** | GOOG2-00001713 | GOOG2-00001715 | Google-Yahoo Japan Amendment Three to Google Services Agreement | 2022.10.27 |
| **PXR0600** | GOOG2-00001782 | GOOG2-00001785 | Google-Yahoo Japan Amendment Four to Google Services Agreement | 2023.10.13 |
| **PXR0614** | GOOG2-00001789 | GOOG2-0000178 | Google-Yahoo Japan Amendment Five to Google Services Agreement | 2024.05.08 |
| | | Microsoft-OpenAI | | |
| **PXR0601** | MSLIT_0000000705 | MSLIT_0000000709 | Microsoft-OpenAI Statement of Work #1 - Bing Index Data | 2019.11.03 |
| **PXR0602** | MSLIT_0000000781 | MSLIT_0000000783 | Microsoft-OpenAI Amendment to License to Bing Web Search API (Letter Agreement) | 2023.06.12 |
| **PXR0603** | MSLIT_0000000710 | MSLIT_0000000712 | Microsoft-OpenAI License to Bing Autosuggest API (Letter Agreement) | 2023.06.15 |
| **PXR0604** | MSLIT_0000000793 | MSLIT_0000000797 | Microsoft-OpenAI Web Crawling Assistance (Letter Agreement) | 2023.10.16 |
| **PXR0605** | MSLIT_0000000773 | MSLIT_0000000775 | Microsoft-OpenAI Amended and Restated License to Bing Web Search API (Letter Agreement) | 2024.03.07 |