# ATTACHMENT A

**Crosswalk of Google's PFOFs and Plaintiffs' RPFOFs**

| Google PFOF ¶ | Plaintiffs' RPFOF ¶ | Google PFOF ¶ | Plaintiffs' RPFOF ¶ | Google PFOF ¶ | Plaintiffs' RPFOF ¶ |
|---|---|---|---|---|---|
| 2 | 1003 | 60 | 1030 | 124 | 1051 |
| 4 | 1004 | 62 | 1031 | 125 | 1051 |
| 5 | 1005 | 64 | 1019, 1032 | 126 | 1044 |
| 6 | 1006, 1009 | 65 | 1030 | 128 | 1044 |
| 10 | 1007 | 67 | 1033 | 130 | 1044 |
| 11 | 1008 | 68 | 1034 | 131 | 1052 |
| 12 | 1009 | 69 | 1035 | 132 | 1052 |
| 13 | 1010 | 72 | 1036 | 133 | 1052 |
| 15 | 1037 | 73 | 1037 | 134 | 1041 |
| 16 | 1011, 1012 | 74 | 1037 | 139 | 1044 |
| 17 | 1011, 1012 | 76 | 1038 | 140 | 1044 |
| 18 | 1011, 1012 | 77 | 1039 | 141 | 1044 |
| 20 | 1011, 1012 | 78 | 1039 | 148 | 1044 |
| 21 | 1013 | 79 | 1039 | 150 | 1053 |
| 22 | 1014 | 82 | 1040 | 151 | 1053 |
| 23 | 1014 | 86 | 1041 | 152 | 1053 |
| 24 | 1014 | 87 | 1041 | 153 | 1053 |
| 25 | 1015 | 88 | 1041 | 154 | 1054 |
| 26 | 1016 | 89 | 1041 | 155 | 1053 |
| 27 | 1016 | 90 | 1042 | 156 | 1053 |
| 28 | 1016 | 91 | 1042 | 157 | 1053 |
| 29 | 1017 | 93 | 1043 | 158 | 1053 |
| 30 | 1014, 1018 | 96 | 1044 | 159 | 1053 |
| 31 | 1019 | 99 | 1041 | 160 | 1053 |
| 32 | 1020 | 100 | 1041 | 161 | 1053 |
| 33 | 1021 | 101 | 1041 | 164 | 1049 |
| 34 | 1022, 1023 | 102 | 1041 | 168 | 1055 |
| 35 | 1023 | 106 | 1041 | 169 | 1056 |
| 36 | 1023 | 108 | 1045 | 170 | 1056 |
| 37 | 1024 | 110 | 1046 | 175 | 1056 |
| 38 | 1024 | 112 | 1047 | 177 | 1057 |
| 39 | 1025 | 113 | 1047 | 178 | 1057 |
| 40 | 1025 | 114 | 1048 | 179 | 1057 |
| 49 | 1026 | 117 | 1049 | 180 | 1057 |
| 52 | 1027 | 118 | 1049 | 181 | 1057 |
| 56 | 1028 | 119 | 1049 | 182 | 1057 |
| 57 | 1029 | 120 | 1050 | 183 | 1057 |
| 59 | 1030 | 121 | 1049 | 184 | 1057 |

| Google PFOF ¶ | Plaintiffs' RPFOF ¶ | Google PFOF ¶ | Plaintiffs' RPFOF ¶ | Google PFOF ¶ | Plaintiffs' RPFOF ¶ |
|---|---|---|---|---|---|
| 185 | 1058 | 254 | 1074 | 298 | 1085 |
| 186 | 1059 | 256 | 1071 | 299 | 1083 |
| 187 | 1060 | 257 | 1071 | 300 | 1084 |
| 188 | 1060 | 258 | 1071 | 301 | 1085 |
| 189 | 1060 | 259 | 1071 | 302 | 1085 |
| 190 | 1060 | 260 | 1071 | 303 | 1075 |
| 191 | 1060 | 261 | 1071 | 305 | 1086 |
| 192 | 1060 | 262 | 1074 | 308 | 1087 |
| 193 | 1060 | 263 | 1076 | 309 | 1087 |
| 194 | 1060 | 266 | 1076 | 310 | 1087 |
| 195 | 1060 | 267 | 1076 | 311 | 1087 |
| 196 | 1060 | 268 | 1076 | 312 | 1087 |
| 197 | 1061 | 269 | 1076 | 313 | 1087 |
| 198 | 1061 | 270 | 1076 | 314 | 1087 |
| 200 | 1058 | 271 | 1076 | 316 | 1088, 1089 |
| 201 | 1062 | 272 | 1077 | 319 | 1089 |
| 202 | 1062 | 273 | 1077 | 320 | 1089 |
| 203 | 1058 | 274 | 1077 | 321 | 1089 |
| 204 | 1058 | 275 | 1077 | 322 | 1089 |
| 208 | 1063 | 276 | 1077 | 324 | 1090 |
| 209 | 1064 | 277 | 1077 | 326 | 1091 |
| 212 | 1065 | 278 | 1071 | 327 | 1092 |
| 213 | 1066 | 279 | 1071 | 329 | 1093 |
| 216 | 1067 | 280 | 1071 | 330 | 1094 |
| 218 | 1066 | 281 | 1071 | 331 | 1095 |
| 219 | 1068 | 282 | 1071 | 332 | 1096 |
| 220 | 1068 | 283 | 1071 | 333 | 1096 |
| 221 | 1069 | 284 | 1077 | 334 | 1097 |
| 222 | 1070 | 285 | 1077 | 335 | 1100 |
| 226 | 1068 | 286 | 1078 | 336 | 1098 |
| 227 | 1068 | 287 | 1078 | 337 | 1073, 1100 |
| 229 | 1071 | 288 | 1077 | 338 | 1073, 1100 |
| 237 | 1071 | 289 | 1071 | 339 | 1100 |
| 245 | 1072 | 290 | 1071 | 340 | 1100 |
| 247 | 1073 | 291 | 1071 | 341 | 1281 |
| 248 | 1073 | 292 | 1071 | 342 | 1099 |
| 249 | 1073 | 293 | 1079 | 345 | 1100 |
| 250 | 1073 | 294 | 1080 | 391 | 1101 |
| 251 | 1073 | 295 | 1081 | 398 | 1101 |
| 252 | 1074 | 296 | 1076 | 399 | 1101 |
| 253 | 1075 | 297 | 1082 | 404 | 1102 |

| Google PFOF ¶ | Plaintiffs' RPFOF ¶ | Google PFOF ¶ | Plaintiffs' RPFOF ¶ | Google PFOF ¶ | Plaintiffs' RPFOF ¶ |
|---|---|---|---|---|---|
| 405 | 1103 | 456 | 1104 | 510 | 1136 |
| 406 | 1104 | 457 | 1104 | 515 | 1102, 1137 |
| 407 | 1104 | 458 | 1118 | 516 | 1102, 1137 |
| 408 | 1105 | 464 | 1119 | 519 | 1138 |
| 409 | 1104 | 466 | 1120 | 520 | 1138 |
| 410 | 1106 | 467 | 1120 | 522 | 1139, 1140 |
| 411 | 1135 | 468 | 1120 | 524 | 1139, 1140 |
| 412 | 1107 | 469 | 1120 | 527 | 1141 |
| 413 | 1108 | 470 | 1120 | 528 | 1141 |
| 414 | 1107 | 471 | 1120 | 530 | 1138, 1141 |
| 420 | 1109 | 472 | 1120 | 533 | 1138, 1141 |
| 425 | 1108 | 473 | 1121 | 534 | 1141 |
| 426 | 1105 | 475 | 1122 | 535 | 1142 |
| 427 | 1110 | 476 | 1122 | 536 | 1141 |
| 428 | 1110 | 477 | 1122 | 537 | 1143 |
| 429 | 1006, 1009, 1111 | 478 | 1122 | 538 | 1144 |
| | | 479 | 1122 | 540 | 1144 |
| 430 | 1111 | 480 | 1122 | 542 | 1141 |
| 431 | 1107 | 481 | 1122 | 545 | 1141 |
| 432 | 1111 | 484 | 1123 | 546 | 1141 |
| 433 | 1111 | 485 | 1120, 1124 | 547 | 1144 |
| 434 | 1135 | 486 | 1125 | 549 | 1139, 1140 |
| 435 | 1112 | 487 | 1126 | 550 | 1139, 1140 |
| 436 | 1104 | 488 | 1126 | 551 | 1139, 1140 |
| 437 | 1104 | 489 | 1126 | 553 | 1139, 1140 |
| 438 | 1113 | 490 | 1127 | 555 | 1139, 1140 |
| 439 | 1113 | 492 | 1128 | 556 | 1142 |
| 440 | 1113 | 493 | 1129 | 558 | 1139, 1140 |
| 441 | 1104 | 495 | 1130 | 559 | 1139, 1140 |
| 442 | 1114 | 496 | 1131 | 563 | 1139, 1140 |
| 443 | 1104 | 497 | 1132 | 573 | 1139, 1140, 1145 |
| 444 | 1114 | 498 | 1133 | | |
| 445 | 1104 | 499 | 1134 | 574 | 1145 |
| 446 | 1104 | 500 | 1134 | 575 | 1139, 1140, 1145 |
| 447 | 1104 | 501 | 1135 | | |
| 448 | 1115 | 502 | 1135 | 576 | 1139, 1140, 1145 |
| 450 | 1104 | 503 | 1135 | | |
| 451 | 1104 | 504 | 1135 | 577 | 1139, 1140, 1145 |
| 453 | 1104 | 505 | 1135 | | |
| 454 | 1116 | 506 | 1135 | 578 | 1139, 1140, 1145 |
| 455 | 1117 | 509 | 1135 | | |

3

| Google PFOF ¶ | Plaintiffs' RPFOF ¶ | Google PFOF ¶ | Plaintiffs' RPFOF ¶ | Google PFOF ¶ | Plaintiffs' RPFOF ¶ |
|---|---|---|---|---|---|
| 579 | 1139, 1140, 1145 | 644 | 1154 | 693 | 1162 |
| 580 | 1139, 1140, 1145 | 645 | 1151, 1154 | 695 | 1160, 1163 |
| 582 | 1145 | 646 | 1154 | 696 | 1161 |
| 583 | 1145 | 647 | 1154 | 697 | 1163 |
| 587 | 1146 | 648 | 1154 | 698 | 1158, 1160, 1162, 1283 |
| 590 | 1145 | 649 | 1154 | 700 | 1158, 1283 |
| 591 | 1102, 1137 | 650 | 1154 | 702 | 1160 |
| 594 | 1138, 1141 | 651 | 1154 | 703 | 1160 |
| 595 | 1138, 1141 | 653 | 1154 | 705 | 1164 |
| 596 | 1138, 1141 | 654 | 1153 | 706 | 1158 |
| 600 | 1147, 1148 | 655 | 1152 | 707 | 1158 |
| 601 | 1147, 1148 | 656 | 1152 | 709 | 1158, 1283 |
| 604 | 1147 | 657 | 1152 | 711 | 1283 |
| 607 | 1141, 1144 | 658 | 1152 | 717 | 1165 |
| 610 | 1102, 1137 | 659 | 1154 | 718 | 1165 |
| 611 | 1102, 1137, 1148 | 660 | 1154 | 719 | 1166 |
| 613 | 1102, 1137 | 664 | 1149 | 720 | 1165 |
| 614 | 1102, 1137 | 666 | 1155 | 722 | 1167 |
| 616 | 1145 | 667 | 1155 | 723 | 1165 |
| 617 | 1145 | 668 | 1155 | 724 | 1165, 1168 |
| 618 | 1145, 1149 | 669 | 1156 | 730 | 1168 |
| 619 | 1144, 1145 | 670 | 1157, 1158 | 732 | 1169 |
| 620 | 1102, 1137 | 675 | 1159, 1160, 1283 | 733 | 1169 |
| 621 | 1150, 1283 | 676 | 1159, 1160, 1283 | 734 | 1169 |
| 622 | 1150, 1283 | 677 | 1159, 1160, 1283 | 735 | 1169 |
| 623 | 1150, 1283 | 678 | 1159, 1160, 1283 | 736 | 1169 |
| 624 | 1283 | 679 | 1159, 1160, 1283 | 738 | 1159, 1160, 1170 |
| 625 | 1283 | 680 | 1159, 1160, 1283 | 739 | 1159, 1160, 1170, 1171 |
| 626 | 1283 | 685 | 1160, 1161 | 740 | 1159, 1160, 1170 |
| 627 | 1165 | 686 | 1160 | 742 | 1159, 1160 |
| 628 | 1165 | 687 | 1162 | 744 | 1172 |
| 629 | 1165 | 688 | 1162 | 745 | 1172 |
| 636 | 1151 | 689 | 1162 | 746 | 1172 |
| 638 | 1152 | 690 | 1162 | 747 | 1159, 1160, 1173 |
| 639 | 1153 | 691 | 1163 | 748 | 1169, 1174 |
| 641 | 1154 | 692 | 1162 | 749 | 1169 |
| 642 | 1151, 1152 | | | | |
| 643 | 1154 | | | | |

| Google PFOF ¶ | Plaintiffs' RPFOF ¶ | Google PFOF ¶ | Plaintiffs' RPFOF ¶ | Google PFOF ¶ | Plaintiffs' RPFOF ¶ |
|---|---|---|---|---|---|
| 750 | 1169 | 807 | 1126 | 848 | 1194 |
| 751 | 1169 | 808 | 1126 | 849 | 1194 |
| 752 | 1169, 1175 | 809 | 1126 | 850 | 1194 |
| 753 | 1169 | 810 | 1126 | 851 | 1194 |
| 754 | 1169 | 811 | 1186 | 852 | 1194 |
| 755 | 1175 | 812 | 1186 | 853 | 1194 |
| 756 | 1176 | 813 | 1186 | 854 | 1154, 1194 |
| 757 | 1175 | 814 | 1186 | 855 | 1185 |
| 758 | 1177 | 815 | 1187 | 856 | 1185 |
| 759 | 1177 | 816 | 1188 | 857 | 1185 |
| 760 | 1178 | 817 | 1126, 1186, 1188 | 858 | 1185 |
| 761 | 1179 | | | 859 | 1185 |
| 762 | 1180 | 818 | 1126, 1189 | 860 | 1195 |
| 763 | 1180 | 819 | 1126, 1190 | 862 | 1195 |
| 764 | 1180 | 820 | 1191 | 863 | 1195 |
| 766 | 1181 | 821 | 1191 | 864 | 1195 |
| 767 | 1181 | 822 | 1191 | 865 | 1126, 1195 |
| 768 | 1181 | 823 | 1191 | 871 | 1156 |
| 769 | 1181 | 824 | 1191, 1192 | 872 | 1156 |
| 770 | 1181 | 825 | 1192 | 873 | 1156 |
| 771 | 1182 | 826 | 1192 | 874 | 1154 |
| 772 | 1182 | 827 | 1192 | 875 | 1154 |
| 773 | 1182 | 828 | 1192 | 877 | 1126 |
| 774 | 1182 | 829 | 1192 | 878 | 1154 |
| 775 | 1182 | 830 | 1192 | 879 | 1154 |
| 776 | 1182 | 831 | 1126 | 880 | 1154 |
| 777 | 1183 | 832 | 1126 | 882 | 1196 |
| 778 | 1184 | 833 | 1126 | 884 | 1197 |
| 779 | 1184 | 834 | 1126 | 885 | 1198 |
| 780 | 1184 | 835 | 1126 | 886 | 1199 |
| 781 | 1184 | 836 | 1126 | 887 | 1199 |
| 782 | 1184 | 837 | 1126 | 888 | 1200 |
| 791 | 1185 | 838 | 1126 | 889 | 1200 |
| 799 | 1154 | 839 | 1126 | 890 | 1200 |
| 800 | 1154 | 840 | 1126 | 891 | 1200 |
| 801 | 1154 | 841 | 1193 | 892 | 1200 |
| 802 | 1126 | 842 | 1193 | 893 | 1200 |
| 803 | 1126 | 843 | 1193 | 894 | 1200 |
| 804 | 1126 | 844 | 1193 | 895 | 1200 |
| 805 | 1126 | 845 | 1193 | 899 | 1201 |
| 806 | 1126 | 846 | 1193 | 900 | 1201 |

| Google PFOF ¶ | Plaintiffs' RPFOF ¶ | Google PFOF ¶ | Plaintiffs' RPFOF ¶ | Google PFOF ¶ | Plaintiffs' RPFOF ¶ |
|---|---|---|---|---|---|
| 901 | 1201 | 976 | 1227 | 1055 | 1238 |
| 902 | 1201 | 983 | 1228, 1229, 1230 | 1056 | 1238 |
| 903 | 1201 | | | 1057 | 1238 |
| 904 | 1202 | 984 | 1228, 1229, 1230 | 1058 | 1238 |
| 905 | 1203 | | | 1059 | 1238 |
| 906 | 1204 | 985 | 1231 | 1060 | 1238 |
| 907 | 1204, 1205 | 994 | 1232, 1233 | 1061 | 1232, 1233, 1238 |
| 908 | 1204, 1205 | 995 | 1232, 1233 | | |
| 909 | 1204, 1205, 1206 | 996 | 1232, 1233 | 1062 | 1238, 1240 |
| | | 1008 | 1227, 1234 | 1063 | 1238 |
| 910 | 1204, 1207 | 1009 | 1227 | 1064 | 1054, 1238 |
| 912 | 1208 | 1010 | 1227 | 1065 | 1238 |
| 913 | 1209 | 1011 | 1227 | 1066 | 1238 |
| 915 | 1210 | 1012 | 1227 | 1067 | 1053, 1238 |
| 916 | 1211 | 1017 | 1235 | 1068 | 1053, 1238 |
| 917 | 1212 | 1019 | 1236 | 1069 | 1238 |
| 918 | 1212 | 1020 | 1236 | 1079 | 1241 |
| 920 | 1213 | 1021 | 1237 | 1080 | 1241 |
| 921 | 1213 | 1022 | 1237 | 1081 | 1241 |
| 922 | 1213 | 1023 | 1236 | 1086 | 1242 |
| 923 | 1213 | 1024 | 1236 | 1087 | 1232, 1233 |
| 924 | 1213 | 1035 | 1238 | 1095 | 1243 |
| 925 | 1214 | 1036 | 1238 | 1098 | 1243 |
| 926 | 1215 | 1037 | 1238 | 1099 | 1243 |
| 927 | 1215 | 1038 | 1238 | 1100 | 1243 |
| 928 | 1215 | 1039 | 1238 | 1101 | 1244 |
| 929 | 1215 | 1040 | 1238 | 1102 | 1245 |
| 930 | 1216 | 1041 | 1238 | 1103 | 1246 |
| 931 | 1216 | 1042 | 1238 | 1104 | 1247 |
| 932 | 1216 | 1043 | 1238 | 1106 | 1246 |
| 934 | 1217 | 1044 | 1238 | 1109 | 1246 |
| 938 | 1218 | 1045 | 1238 | 1111 | 1247 |
| 939 | 1218 | 1046 | 1238 | 1119 | 1248 |
| 944 | 1219 | 1047 | 1238 | 1131 | 1249 |
| 947 | 1220 | 1048 | 1238 | 1132 | 1249 |
| 948 | 1221 | 1049 | 1238 | 1133 | 1249 |
| 949 | 1222 | 1050 | 1238 | 1134 | 1250 |
| 953 | 1223 | 1051 | 1238 | 1135 | 1250 |
| 963 | 1224 | 1052 | 1238 | 1136 | 1251 |
| 967 | 1225, 1227 | 1053 | 1238, 1239 | 1137 | 1252 |
| 969 | 1226 | 1054 | 1238 | 1139 | 1253 |

| Google PFOF ¶ | Plaintiffs' RPFOF ¶ | Google PFOF ¶ | Plaintiffs' RPFOF ¶ | Google PFOF ¶ | Plaintiffs' RPFOF ¶ |
|---|---|---|---|---|---|
| 1140 | 1253 | 1177 | 1270 | 1228 | 1282 |
| 1141 | 1253 | 1179 | 1271 | 1229 | 1282 |
| 1143 | 1254 | 1190 | 1272 | 1230 | 1282 |
| 1144 | 1254 | 1191 | 1272 | 1231 | 1281 |
| 1145 | 1255 | 1192 | 1272 | 1232 | 1281 |
| 1146 | 1255 | 1193 | 1272 | 1233 | 1281 |
| 1147 | 1256 | 1194 | 1273 | 1234 | 1281 |
| 1148 | 1257 | 1195 | 1274 | 1235 | 1281 |
| 1149 | 1258 | 1196 | 1274 | 1236 | 1281 |
| 1150 | 1259 | 1197 | 1274 | 1237 | 1281 |
| 1151 | 1259 | 1198 | 1274 | 1238 | 1281 |
| 1152 | 1259 | 1205 | 1278 | 1239 | 1281 |
| 1155 | 1260 | 1206 | 1278 | 1240 | 1281 |
| 1156 | 1261 | 1207 | 1278 | 1241 | 1281 |
| 1157 | 1261 | 1213 | 1275 | 1242 | 1281 |
| 1158 | 1262 | 1215 | 1276 | 1243 | 1281 |
| 1160 | 1263 | 1216 | 1277 | 1244 | 1281 |
| 1161 | 1264 | 1220 | 1278 | 1245 | 1158, 1281 |
| 1162 | 1264 | 1221 | 1278 | 1246 | 1281 |
| 1163 | 1265 | 1222 | 1279 | 1247 | 1158, 1283 |
| 1166 | 1266 | 1223 | 1281, 1282 | 1248 | 1158, 1283 |
| 1167 | 1053 | 1224 | 1158, 1281, 1282 | 1249 | 1158, 1283 |
| 1168 | 1053 | 1225 | 1158, 1280, 1281, 1282 | 1254 | 1284 |
| 1170 | 1267 | | | 1255 | 1281 |
| 1171 | 1268 | | | 1256 | 1281 |
| 1173 | 1269 | 1226 | 1280, 1281, 1282 | 1257 | 1281 |
| 1175 | 1270 | | | 1258 | 1281 |
| 1176 | 1270 | 1227 | 1282 | | |

7