IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**DEFENDANT GOOGLE LLC'S NOTICE OF ERRATA TO PROPOSED FINDINGS OF FACT AND RESPONSIVE PROPOSED FINDINGS OF FACT**

Defendant Google LLC respectfully submits the following errata to its Proposed Findings of Fact (ECF 1346) and Responsive Proposed Findings of Fact (ECF 1366). These errata are intended to correct inadvertent citation errors identified in the course of creating for the Court a hyperlinked version of Google's post-hearing submissions.

| Document | Correction |
|---|---|
| Google's Proposed Findings of Fact, ECF 1346. | Para. 564: The original citation to Tr. 3453:8 54:20 (Reid), should be amended to Tr. 3435:13-36:7 (Reid). |

| Google's Proposed Findings of Fact, ECF 1346. | Para. 641: The original citation to Tr. 2817:6-18 (Allan), should be amended to Tr. 2819:6-18 (Allan). |
|---|---|
| Google's Proposed Findings of Fact, ECF 1346. | Para. 745: The original citation to Tr. 2971:8-23 (J. Adkins), should be amended to Tr. 2971:9-23 (J. Adkins). |
| Google's Proposed Findings of Fact, ECF 1346 | Para. 868: The original citation to Tr. 2816:2-17:12 (Allan), should be amended to Tr. 2816:21-17:12 (Allan). |
| Google's Proposed Findings of Fact, ECF 1346 | Para. 991: The original citation to Tr. 3450:19-52:3 (Reid), should be amended to Tr. 3550:19-52:3 (Reid). |
| Google's Responsive Proposed Findings of Fact, ECF 1366 | Para. 235: The original citation to Tr. 836:5-37:6 (Weinberg) should be amended to Tr. 835:5-36:6 (Weinberg). |

Dated: May 29, 2025

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: */s/ John E. Schmidtlein*
John E. Schmidtlein (D.C. Bar No. 441261)
Benjamin M. Greenblum (D.C. Bar No. 979786)
Colette T. Connor (D.C. Bar No. 991533)
680 Maine Avenue, SW
Washington, DC 20024
Tel: 202-434-5000
jschmidtlein@wc.com
bgreenblum@wc.com
cconnor@wc.com

WILSON SONSINI GOODRICH & ROSATI P.C.
Michael Sommer (admitted *pro hac vice*)
Franklin M. Rubinstein (D.C. Bar No. 476674)
1700 K Street, NW
Washington, DC 20006
Tel: 202-973-8800
msommer@wsgr.com
frubinstein@wsgr.com

2

ROPES & GRAY LLP
Mark S. Popofsky (D.C. Bar No. 454213)
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: 202-508-4624
Mark.Popofsky@ropesgray.com

Matthew McGinnis (admitted *pro hac vice*)
Prudential Tower
800 Boylston Street
Boston, MA 02199
Tel: 617-951-7703
Matthew.McGinnis@ropesgray.com

*Counsel for Defendant Google LLC*