UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant*. | Civil Case No. 1:20-cv-03010 <br><br> Hon. Amit P. Mehta |
| STATE OF COLORADO, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant*. | Civil Case No. 1:20-cv-03715 <br><br> Hon. Amit P. Mehta |

**MOTION FOR ADMISSION *PRO HAC VICE* OF
BENJAMIN J. HORWICH**

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Donald B. Verrilli, Jr., undersigning sponsoring counsel, respectfully moves this Court for the admission *pro hac vice* of Attorney Benjamin J. Horwich, of Munger, Tolles & Olson LLP, to represent Defendant in the above-captioned case.  The movant, Donald B. Verrilli, Jr., is a member in good standing of the United States District Court for the District of Columbia and has entered his appearance in this matter.

This motion is accompanied by a declaration from Benjamin J. Horwich, attached hereto as Exhibit A, providing the information required by Rule 83.2(d).  A [Proposed] Order is attached hereto as Exhibit B.

Dated:  June 3, 2025                                  Respectfully submitted,


                                                      */s/ Donald B. Verrilli, Jr.*
                                                      Donald B. Verrilli, Jr.
                                                      **MUNGER, TOLLES & OLSON LLP**
                                                      601 Massachusetts Avenue, NW, Suite 500E
                                                      Washington, DC 20001
                                                      Telephone: (202) 220-1100
                                                      donald.verrilli@mto.com

                                                      Attorney for Google LLC

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2025, I electronically filed the foregoing **MOTION FOR ADMISSION *PRO HAC VICE* OF BENJAMIN J. HORWICH** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered participants.

>                                 */s/ Donald B. Verrilli, Jr.*
>                                 Donald B. Verrilli, Jr.