UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>        *Plaintiffs*,<br><br>   v.<br><br>GOOGLE LLC,<br><br>        *Defendant*. | Civil Case No. 1:20-cv-03010<br><br>Hon. Amit P. Mehta |
| STATE OF COLORADO, et al.,<br><br>        *Plaintiffs*,<br><br>   v.<br><br>GOOGLE LLC,<br><br>        *Defendant*. | Civil Case No. 1:20-cv-03715<br><br>Hon. Amit P. Mehta |

**DECLARATION OF BENJAMIN J. HORWICH IN SUPPORT
OF MOTION FOR ADMISSION *PRO HAC VICE* OF BENJAMIN J. HORWICH**

1. My name is Benjamin J. Horwich. I am a partner with the law firm of Munger, Tolles & Olson LLP.

2. My business address is 560 Mission Street, 27th Floor, San Francisco, CA 94105. My business telephone number is (415) 512-4000. My business email is ben.horwich@mto.com.

3. I am a member of the State Bar of California (Bar Number 249090) and I have been admitted to practice in the following courts:

(a) United States District Court for the Northern District of California,

(b) United States District Court for the Central District of California,

(c) United States District Court for the Eastern District of California,

(d) United States District Court for the Southern District of California,

1

(e) United States Court of Appeals for the First Circuit,

(f) United States Court of Appeals for the Third Circuit,

(g) United States Court of Appeals for the Fourth Circuit,

(h) United States Court of Appeals for the Fifth Circuit,

(i) United States Court of Appeals for the Ninth Circuit,

(j) United States Court of Appeals for the D.C. Circuit,

(k) United States Court of Appeals for the Federal Circuit, and

(l) United States Supreme Court.

4. I am a member in good standing and eligible to practice in each jurisdiction and court to which I have been admitted. I voluntarily went on "inactive" status in the State of Pennsylvania shortly after my admission to the California bar in 2007 because I no longer resided in Pennsylvania and did not have clients in Pennsylvania; for similar reasons, I resigned my membership in the Pennsylvania Bar in 2022. I have never been disciplined by any bar and I am not currently the subject of any disciplinary proceedings.

5. I have not been admitted *pro hac vice* to the United States District Court for the District of Columbia within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar and do not have an application for such admission pending.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed on June 3, 2025.

Benjamin J. Horwich
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor

San Francisco, CA 94105
(415) 512-4000
ben.horwich@mto.com

3



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### <u>BENJAMIN JOSEPH HORWICH</u>

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that BENJAMIN JOSEPH HORWICH, #249090, was on the 1st day of June, 2007 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 14th day of May, 2025.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
Robert R. Toy, Senior Deputy Clerk