IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>                      Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>                      Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>                      Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>                      Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER GRANTING JOINT
<u>MOTION TO CORRECT THE RECORD</u>**

    The parties' Joint Motion to Correct the Record is granted.

    The Court hereby orders that the evidentiary hearing record shall be corrected as indicated in the Correction column in the table below.  Transcription errors have been crossed through and the corrected text, or text that was incorrectly omitted and should be added, has been underlined.

1

| Hearing Session | Start Page | Start Line | End Page | End Line | Correction |
|---|---|---|---|---|---|
| 4.21 PM (Durrett) | 161 | 17 | 161 | 17 | where they asked ~~ChatGBT~~ ChatGPT |
| 4.21 PM (Durrett) | 205 | 24 | 205 | 24 | And you would agree that, for example, ~~ChatGBT~~ ChatGPT, |
| 4.21 PM (Durrett) | 206 | 4 | 206 | 4 | Certainly, the ~~GBT~~ GPT models are large language |
| 4.21 PM (Durrett) | 206 | 7 | 206 | 7 | ~~ChatGBT~~ ChatGPT has, and I also |
| 4.21 PM (Durrett) | 206 | 10 | 206 | 10 | no ~~ChatGBT~~ ChatGPT -- I would |
| 4.21 PM (Durrett) | 206 | 13 | 206 | 13 | ~~ChatGBT~~ ChatGPT is a general search engine or is soon to become a |
| 4.22 AM (Fitzgerald) | 355 | 25 | 355 | 25 | It also removes the search ~~in~~ and Chrome placement |
| 4.22 AM (Turley) | 401 | 15 | 401 | 15 | Can an LLM replace the need for ~~ClicData~~ click data? |
| 4.22 AM (Turley) | 401 | 23 | 401 | 24 | But the ~~ClicData~~ click data allows us to train the search system itself or make the search system itself. |
| 4.22 AM (Turley) | 401 | 25 | 402 | 1 | Put another way, the ~~ClicData~~ click data helps us build the search piece. |
| 4.23 AM (Hsiao) | 686 | 12 | 686 | 12 | another provider will come up with a new model that is better |
| 4.25 PM (Tabriz) | 1684 | 5 | 1684 | 5 | have a ~~fuzzy~~ fuzzing infrastructure which is critical for our |
| 4.25 PM (Tabriz) | 1685 | 4 | 1685 | 4 | we can work from shared ~~co-bases~~ code bases |
| 4.28 AM (Epstein) | 1817 | 2 | 1817 | 3 | if they keep their, you know, ~~super competitive~~ supracompetitive pricing to their advertisers |
| 4.28 PM (Luca) | 1965 | 7 | 1965 | 9 | I can imagine Bing or DuckDuckGo trying to tell people how to navigate to Bing or DuckDuckGo. |
| 4.29 PM (Chipty) | 2180 | 6 | 2180 | 8 | Google's -- under Google's proposals, they would still be able to pay Apple, and that would ~~encourage~~ discourage |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  | entry by Apple or Apple sponsoring entry. |
| 4.30 PM (Nieh) | 2647 | 18 | 2647 | 18 | ~~cloud, provided~~ cloud provider the problem of scaling up your product |
| 4.30 PM (Zenner) | 2684 | 8 | 2684 | 8 | Definitely not, I haven't done the work |
| 5.6 AM (Reid) | 3541 | 1 | 3541 | 2 | You ~~can~~ can't promise that there isn't a side effect to a different part of the page. |
| 5.7 AM (Cue) | 3829 | 12 | 3829 | 12 | Has Apple thought about what it would ~~to~~ do in that |
| 5.8 PM (Murphy) | 4353 | 16 | 4353 | 19 | Just as in this case we emphasize the ~~affect~~ effect going forward here proxied by ~~Shear~~ share, they're proxied by the strength that those potential competitors would offer competing against Microsoft. So in both cases, we are focused on forward-looking. |
| 5.8 PM (Murphy) | 4362 | 20 | 4362 | 22 | You talked on your direct how you think payment ~~bands~~ bans will harm distributors and users; is that right? |
| 5.8 PM (Muralidharan) | 4466 | 14 | 4466 | 14 | ~~MS. TRENT~~ MS. CONNOR |

SO ORDERED.

Dated: _____, 2025

_____
Amit P. Mehta
United States District Court Judge

3