# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>GOOGLE LLC,<br><br>*Defendant.* | Case No. 1:20-cv-03010-APM |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Civil Rule 83.6(b), please take notice that Peter E. Davis is withdrawing as counsel of record for Amicus Curiae Apple Inc. ("Apple") in this matter. Effective June 30, 2025, Mr. Davis will no longer be employed with the law firm Latham & Watkins LLP. Additionally, no party will be unfairly prejudiced by this withdrawal, and it is not counter to the interests of justice.

Latham & Watkins LLP attorneys Alfred C. Pfeiffer, Jr., Gregory G. Garre, Sarah M. Ray, Aaron Chiu, Ben Harris, alongside Julia K. York, Steven C. Sunshine, Andrew J. Shanahan, Joseph M. Rancour, Karen Hoffman Lent, Michael A. Lanci, Ryan J. Travers, and William Elliott Ridgway of Skadden, Arps, Slate, Meagher & Flom LLP will continue to represent Apple Inc. in this matter.

Dated: June 30, 2025                                        Respectfully submitted,

/s/ *Peter E. Davis*
Peter E. Davis
D.C. Bar No. 1686093
Latham & Watkins LLP
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Fax: (202) 637-2201
Email: Peter.Davis@lw.com

*Counsel for Amicus Curiae Apple Inc.*