IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., | Civil Action No. 20-3010 |
| Plaintiffs, | |
| vs. | April 30, 2025 |
| GOOGLE, LLC, | 1:17 p.m. |
| Defendant. _____ / | Afternoon Session Washington, D.C. |


TRANSCRIPT OF REMEDIES HEARING PROCEEDINGS -  DAY 8
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE


APPEARANCES:

**For DOJ Plaintiffs:**      **David E. Dahlquist**
                             DOJ - Antitrust Division
                             209 South LaSalle Street
                             Chicago, IL 60604
                             202-805-8563

                             **Ryan Thomas Karr**
                             DOJ-ATR
                             Technology & Digit. Platforms Sec.
                             450 5th Street NW, Suite 7100
                             Washington, DC 20001
                             202-598-2240

APPEARANCES CONTINUED:


**For Plaintiff**
**State Colorado:**          **Jonathan Bruce Sallet**
                            COLORADO DEPARTMENT OF LAW
                            Consumer Protection Section,
                            Antitrust Unit
                            Ralph L. Carr
                            Colorado Judicial Center
                            1300 Broadway
                            Suite 7th Floor
                            Denver, CO 80203
                            720-508-6000



**For Defendant Google:**    **John E. Schmidtlein**
                            WILLIAMS & CONNOLLY LLP
                            725 12th St., NW
                            Washington, D.C. 20005
                            202-434-5000



                            **Gloria Maier**
                            **Aaron Maurer**
                            WILLIAMS & CONNOLLY LLP
                            725 12th St., NW
                            Washington, D.C. 20005
                            202-434-5000



**Reported by:**             **Lorraine T. Herman, RPR, CCP**
                            Official Court Reporter
                            E. Barrett Prettyman CH
                            333 Constitution Avenue, NW
                            Washington, D.C. 20001
                            202-354-3249

***    Proceedings recorded by mechanical stenography;
transcript produced by computer-aided transcription

1                          **I N D E X E S**

2

3    **WITNESS:**                                         **PAGE**

4    **JASON NIEH**

5         Cont'd. Direct Examination by Ms. Maier       2597

6         Cross-Examination by Mr. Karr                 2621

7

8    **MARC ZENNE**R

9         Direct Examination by Mr. Maurer              2658

10        Cross-Examination by Mr. Sallet               2693

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                        **P R O C E E D I N G S**

2              **THE COURT:**  Hi.  Whenever you are ready,

3    Ms. Maier.

4              **MS. MAIER:**  All right.

5                **DIRECT EXAMINATION OF JASON NIEH**

6    BY MS. MAIER:

7        **Q.**    Good afternoon.  You heard some trial testimony on

8    Friday and you reviewed the expert reports in this case.  Is

9    that right?

10       **A.**    That's correct.

11       **Q.**    Did any of Professor Mickens' testimony change

12   your opinions about the complexity of Chrome divestiture?

13       **A.**    No, it did not.

14       **Q.**    How do you respond to Professor Mickens' testimony

15   about the feasibility of Chrome divestiture?

16       **A.**    Well, if we can turn to the next slide.

17              I heard Professor Mickens' testimony, and what he

18   talks about is essentially taking Chrome, right, which is

19   all this functionality provided by not only the client, by

20   all the server back-end functionality and essentially

21   ripping it apart, and as I understand, divesting the Chrome

22   client.  And what you end up with then is, clearly you took

23   it apart, you don't have a fully functioning Chrome browser.

24              And I understand that -- that he compensates by

25   it -- for that, if you will, by suggesting some options for

1    the APIs for the client.  And one option he considers is,

2    okay, well, what you can do is you can simply leave on

3    modify the API calls.  But let's keep in mind, these APIs --

4    most of these APIs are private APIs, and they are private in

5    part because of the additional security reasons and other

6    reasons, but they are easy to change and make improvements.

7         And -- and if you leave the API -- if you leave

8    everything on modify, then essentially you are in a

9    situation where things aren't changing.  And really that's

10   kind of the best-case scenario in the sense that how are the

11   APIs going to continue to improve if there is no further

12   development.

13        Essentially what you have is, you might have

14   something that is just static.  I mean, APIs by design --

15   the private ones are designed to, you know, be changed and

16   improved.  And if everything is static, then things don't

17   improve, and then eventually -- essentially the features

18   stagnate and become out of date.

19        And that is -- I mean, and then there is the other

20   issue, which is, you are divesting Chrome and I assume then

21   you are also divesting the Chrome team, because that is who

22   is going to do Chrome, but then the Chrome team is also --

23   that is the ones that are responsible for maintaining all of

24   this back-end Chrome-specific services.  So, I mean, through

25   divesting or attrition, who is left to maintain the

1    functionality that you need to rely on if you are leaving

2    everything unmodified?

3                And essentially, what the proposal is, is we are

4    divesting Chrome but we are letting Google and relying on

5    Google to continue to provide all of this back-end chrome

6    functionality.  So I'm not exactly sure what that means by

7    divesting in that context.

8                And also, these APIs, as I said, they are private.

9    Right?  So even just -- there is the issue, these are

10   private, meaning they are not available to third parties.

11   So now you have some other third party that's providing

12   Chrome.  So, I mean, from the beginning, the APIs are not

13   available.

14               So then you have to go through and figure out,

15   okay, well, what do I need to do to -- if you can do this,

16   to make these APIs, you know -- figure out the billing

17   infrastructure, figure out, you know -- on an API-by-API

18   basis, if you are going to build based on usage, how you are

19   going to do all that, construct infrastructure to support

20   all of that, make the potential buyer systems and Google

21   systems talk to one another.  That's a lot of engineering

22   work.

23               And then on top of it there is, you know -- a

24   bunch of the APIs are private because they pertain to user

25   data, so -- for security reasons.  So -- and then there's

1    also, as I understand, terms of service regarding the use of

2    user data.  So then, you know, how do you deal with all of

3    that?  Is that -- is that even feasible?

4           So that's just some of the -- and then just the

5    normal engineering effort of having buyer systems talk to,

6    you know, Google systems, and making all of that work.  So,

7    you know, that's one of the options he suggested which, you

8    know, for a variety of -- variety of reasons I mentioned has

9    problems.  But another option he suggested is instead you

10   can also proxy the APIs to a proxy server.

11          **THE COURT:**  I have a question, to make sure I

12   understand.  The API, as I understand it, that essentially

13   is -- I think the way Dr. Mickens described it is almost

14   like a mailbox thing through which a user or the client

15   enters to gain access to the functionality.  Is that a fair

16   description of it, or perhaps you can help me out

17   understanding exactly what we are talking about, and -- what

18   the API is precisely; and, secondly, who ultimately controls

19   that API?

20          **THE WITNESS:**  Sure.  So the mailbox analogy is

21   kind of -- it's an analogy, and it's kind of flawed.  I

22   mean, I guess maybe at a higher level the way you can think

23   about it is an API is -- all it is, is a way for two pieces

24   of software to talk to one another.  There's no, you know,

25   like, entering and then somehow magic happened.  It's just a

1    way for two things to talk to each other.

2           And you can imagine that for two things to talk to

3    each, they have to agree on something, like, there is a

4    common language, for example, like, you and I are speaking

5    in English.  If all of a sudden I start to talk in Chinese,

6    I assume you don't talk Chinese, then that would be hard to

7    understand.  Right?  So there needs to be some --

8           **THE COURT:**  The English is hard enough.

9           **THE WITNESS:**  My apologies.

10          So the two sides need to have some agreement in

11   terms of how they talk to one other, and an API is sort of

12   part of the way they agree, like, here's the interface.  We

13   are going to use this interface to talk to one another.

14          Now, even if there is the interface, I mean, if

15   you think about the mailbox analogy, since you asked about

16   that, right, well, what is a mailbox?  A mailbox is, you

17   open the box, right, you put the letter in, you put the red

18   thing up, and you have mail, right, and then somebody picks

19   it up and delivers it.  Right?

20          But if you think about that analogy, that's not

21   enough for two things to communicate even by mail.  Right?

22   I mean, what about the address, for example.  Right?  That's

23   not part of the mailbox, right?  That's more information you

24   need to know.  Right?

25          And if you are in a different country, what about,

1    you know, you've got different postal codes.  How do you

2    figure that out?  And that's just the mail, right, the

3    letter, right, the covering of the thing you want to

4    actually communicate.  Right?  You don't really want to just

5    communicate by, like, here is an empty envelope with the

6    address to somebody.  Right?  You put something in the

7    envelope contents, right, so that there is actually

8    something to do with that.  Right?

9         Well, you also have to make sure that that's

10   understandable.  Right?  So, for example, if I wrote

11   something in Chinese, my Chinese isn't very good, and I sent

12   it to somebody who didn't understand Chinese, that wouldn't

13   be very useful.  They wouldn't be able to understand that.

14   Right?

15        So there's a lot more involved in terms of -- and

16   API is not a magic thing.  It is just a way for two sides to

17   communicate.  The two sides have to have some agreement on

18   the functionality and what is being said back and forth in a

19   computer science sense.  Right?  There is an API which might

20   specify, well, we have these particular fields that we are

21   going to use to send things back and forth.  But then there

22   are also, like, what is the format of the data we send back

23   and forth, and do we agree on that, and what happens if one

24   side changes?

25        So you asked a question about who defines the API.

1    Right?  So one way to think about it, you can kind of think

2    about it as -- well, whoever wrote the API defines it.  If a

3    server is providing some services, then you could say, well,

4    that server might define the API for a client to use, that

5    might be one way to do it.  It could be the other way around

6    as well.

7            But in any case, the two sides have to agree, and

8    if there are changes, they also have to both know about the

9    changes.  And if one side makes the change and the other

10   side doesn't know about it, it's, you know -- obviously you

11   have a problem.

12           And especially in the context of private APIs,

13   many of them, since they are private, there's probably not,

14   you know, public documentation about them.  So documentation

15   about APIs can be, you know, pages and pages.  So -- and

16   then if things changed, then what do you do about that.  So

17   those are some of the challenges if that kind of answers

18   your question.

19           THE COURT:  It does.  And what I understood

20   Dr. Mickens to say is that -- and then you have put it here

21   on your first line, that there was a new third-party owner

22   of Chrome that required the APIs to ensure continuity of

23   functionality.  The third party could pay Google for the

24   continued use of that API.  Can you agree that that is a way

25   to maintain that functionality if a third party were to come

1    to own Chrome?

2        **THE WITNESS:**  So for public APIs that are already

3    available, that's certainly one way that you could -- a

4    third party could use a public API.  Some APIs are available

5    on that basis.  You pay to use a given API.

6        But for a private API that was never made

7    available to begin with, that's not necessarily available on

8    that basis, and in particular the first question you have to

9    ask is, suppose you want to pay for it.  Right?  Then what

10    is the basis for paying for it?  How do you measure what you

11    are going to pay for?  So, for example, say we have

12    translation, right?  And so translation might be an API

13    where you say, I'm going to pay for each word translated or

14    each webpage translated, for example.  Right?

15        But take a different API that's not translation

16    that's, say, Optimization Guide, for example, there's no --

17    I mean, there's no word, per se or -- I mean, there's no --

18    it's a completely -- what are you going to pay for?  So you

19    have to figure out, Well, what would be the basis of those

20    payments?

21        And then the, you know -- the additional problem,

22    as I mentioned, is many of these APIs that are also private

23    for security and privacy reasons.  Right?  They are to

24    protect user data in part because Google says, you know,

25    this user data is supposed to be protected.  And how do you

2606

1    make that available to a third party?  I mean, do you need

2    user consent?  Is the user going to consent to that?  I

3    mean, that's a whole nother can of worms.

4          And there is just, you know -- I mean, what are

5    the security implications?  How do you make everything

6    secure?  So you need -- it's not just simply, okay, I just

7    pay you.  There's a lot of other technical considerations

8    and infrastructure that might have to be built to make that

9    happen.

10          **THE COURT:**  Thank you.

11   **BY MS. MAIER:**

12   **Q.**    Professor Nieh, on Professor Mickens' second

13   possibility here that one could proxy the API call, what is

14   your response to that?

15   **A.**    Sure.  So all "proxy" means essentially is, we are

16   going to go to an intermediary, if you will, first, right,

17   and then we are going to go back to -- we are going to go

18   back to Google.  Proxy means go to some intermediary and

19   then go back to Google.  And there are a variety of reasons

20   you might go back to an intermediary.  But in the end you

21   are still going to Google, so this reduces to the first case

22   essentially, leave everything modified and still use Google.

23          So, again, you have -- somehow you invest in

24   Chrome but you are still saying, Google, please run all the

25   Chrome services that we need.  And so we have all of the

1    same issues with what we just talked about a little earlier

2    with option one.

3              The third option that Professor Mickens discusses

4    is, you can substitute an API call with a call to a server

5    run by a third party.  But that presumes, first of all, that

6    there's some third party that can provide such a service to

7    provide the feature of that API.  And I'm certainly not

8    aware and Professor Mickens doesn't provide evidence that

9    there are third parties that provide all these features that

10   Chrome needs.  I mean, there is no third-party Optimization

11   Guide that I am aware of, Professor Mickens points to

12   nothing for that.

13             Enhance safe browsing, a feature unique to Google,

14   I am not aware of any third party that provides that.  Even

15   Professor Mickens, he points to, okay, you could do

16   translation, right, you can point to a third party and use

17   their translation service instead, and I think he even

18   suggested it might even be better.  But I am not aware of

19   any other translation service that can translate as many

20   languages as Google does, and so I am not aware of any such

21   thing that could be better.

22             And, again, this assumes there is some other third

23   party that can provide the service, and in many cases that

24   may not be possible.  And if that's not possible, what do

25   you have to substitute?  Well, then you have to recreate

2608

1    your own.  Right?  You have to create your own services and

2    back-end infrastructure and provide those features.

3            And then we are back to, okay, what is the

4    engineering effort to create all these services and operate

5    at the scale necessary to support all these users and, you

6    know, you have a best case, that's years of effort.  Right?

7    If even at all possible.

8            And, you know, Professor Mickens suggests, well,

9    fourth option is, well, just disable the API call.  Right?

10   And what that essentially means is, we're going to disable

11   the functionality that relies on those services, and so the

12   features that rely on that are no longer available, and you

13   have a Chrome client in the end that doesn't function

14   properly.

15           And really, what makes Chrome, Chrome is all these

16   back-end services that provide all these features.  So if

17   you are disabling them, essentially it looks a lot like you

18   are just divesting Chromium, not Chrome.

19       **Q.**   Professor Nieh, did you do any testing in support

20   of your rebuttal opinions?

21       **A.**   I did.  So Professor Mickens points to a number of

22   Chromium-based browsers and says, Hey, look, here are the

23   other Chromium-based browsers, they provide some features.

24   But I actually went and tested those different browsers that

25   he pointed to.  He talks about Microsoft Edge.  He talks

1    about Brave.  He talks about ungoogled.

2            And so I ran a set of experiments similar to what

3    I did a little earlier, I looked at a bunch of Chrome

4    features, I then compared the operation of these compared to

5    these other browsers, and these other browsers they don't

6    provide -- in many cases they are missing features, so they

7    don't even have the functionality.

8            So, for example, Brave, ungoogled, can't even

9    watch DRM video content.  So if you want to watch Netflix,

10    no Netflix.  I mean, it seems like something that we all

11    like to do is watch Netflix.  Right?  So --

12            **THE COURT:**  In other words you couldn't use the

13    Brave browser to go to Netflix.com and begin watching a

14    video?

15            **THE WITNESS:**  That's correct.  That is problematic

16    because there is a DRM, digital rights management component

17    that's missing, so it's problematic.

18            Other features like -- you know, Brave has its own

19    translation feature.  I mean, it's useful to have

20    translation but not -- not as robust and in as many

21    languages as Google, for example.

22            The same thing with, you know, Edge and ungoogled,

23    best case, you know, they have -- they have some features

24    and some of them provide functionality that is like it, but

25    it's at best different, or at worst missing.

1    BY MS. MAIER:

2         Q.    Professor Nieh, what is your response to Professor

3    Mickens' opinion that Chrome is not deeply integrated with

4    any operating system?

5         A.    Well, I disagree and that's not true in the case

6    of ChromeOS.

7              And if we can turn to the next slide, I can talk a

8    little bit further about this.

9              So this is a slide from -- oops -- this is a

10   slide from Professor Mickens' presentation, and you can see

11   here in the middle "ChromeOS Today."  On the right he also

12   shows something else called "Aliminium."  That is a project

13   that is ongoing, that is some future thing that doesn't

14   exist yet, not available.  So let's just focus on ChromeOS.

15             And you can kind of see in the top left corner of

16   this diagram, that you see it says "Chrome" at the very top,

17   and then there is this blue box that says "browser" and it

18   sort of looks like, well, Chrome is, you know, labeled for

19   the browser.

20             But if we can turn to the next slide and zoom in

21   on this portion of that "ChromeOS Today" diagram, you can

22   see that actually that label "Chrome" applies not just to

23   that blue box but also applies to this yellow rectangle

24   underneath.  Right?

25             You see sort of the outline covering both the blue

1    box and that yellow rectangle, and that's referred to as the

2    "System UI."  "UI" stands for user interface.  By user

3    interface is the thing that manages your computer's user

4    interface, like, the Windows that show up and rendering the

5    graphics on the screen.

6            And what provides all that?  Chrome provides all

7    of that for ChromeOS.  In other words, without Chrome, you

8    don't have the user interface, and obviously you can't even

9    see the Windows on your screen if you don't have a

10   functioning ChromeOS system.

11           So -- and not only is it the fact that you need

12   Chrome for this functioning ChromeOS system, but

13   furthermore, as evidence that it's deeply integrated, that

14   is ChromeOS is deeply integrated with Chrome, Google

15   actually has a project -- had a project called Project

16   Lacrosse where they actually tried to take apart ChromeOS

17   and Chrome and separate them.  They actually tried to take

18   them apart, right, you know.

19           And they spent four years a bunch of smart

20   Googlers, I assume they are smart, and the Googlers couldn't

21   do it.  They failed.  Four years later, they gave up.  Okay?

22   So that's further evidence that ChromeOS today is deeply

23   integrated with Chrome.

24       Q.   And do you have a view on how Chrome divestiture

25   would integrate ChromeOS?

1    **A.**    Yes, I don't see how ChromeOS today can function

2    without Chrome.  So if it doesn't have Chrome, then that

3    would be problematic for ChromeOS.  And not only is it just

4    the code itself, but also ChromeOS relies on Chrome Teams

5    for the development of Chrome and bugs fixing, and Chrome's

6    release infrastructure, that we talked about a little

7    earlier, and testing infrastructure, so it is unclear how

8    ChromeOS today could survive without Chrome.

9    **Q.**    And would the existing users of ChromeOS on

10    Chromebooks be able to instead use Project Aliminium

11    computers -- or the Project Aliminium system?

12    **A.**    So as I mentioned a little bit earlier on the

13    previous slide, there was this thing called Project

14    Aliminium, and you may recall that from previous testimony.

15    And that is -- because it was so hard to separate Chrome

16    from ChromeOS, what Google decided to do instead is, okay,

17    we can't do this.  So we are instead going to create a new

18    ChromeOS, but we are going to use Android.  So it's

19    basically Android for large screens or Android for laptops.

20    That is essentially what Project Aliminium is.  Right?

21         And so you have to add this extra Android layer,

22    right, which is now going to take care of the UI.  And so

23    since you are adding more complexity and more stuff, you

24    also have a heavier software stack, and you are going to

25    need more powerful hardware to run it, to make it work.

1          And that's a reasonable trade-off, you know,

2     looking forward because after all, hardware is getting

3     faster.  And so the design point is to say, okay, well, we

4     have newer hardware, we can use that.  There is also some

5     other -- it's not going to be strictly better than ChromeOS,

6     though, because there are some design trade-offs.

7          So, for example, because you have this extra layer

8     you have to go through that, it takes longer.  So things

9     like boot to web time, from the time you boot the computer

10    to the time you are able to access the web is actually

11    expected to be a little slower.

12         But leaving that aside, I think the main issue --

13    and to get to your original question is that this is for

14    newer hardware.  It's not expected to be able to support

15    older hardware.  After all, the reason original point of

16    these Chromebooks was, again, low cost laptops, especially

17    for educational markets.  And you have a heavier software

18    stack but the older hardware is not necessarily going to be

19    able to support that.  And so, you know, that's an

20    unfortunate problem for existing ChromeOS users.

21    **Q.**   So would divesting Chrome make it more difficult

22    to support the ChromeOS software on the older computers?

23    **A.**   Yes, it would for all the reasons that I indicated

24    earlier.

25    **Q.**   And what is your third rebuttal opinion in this

1     case?

2        **A.**    So my third opinion, if we can turn to the next

3     slide, is regarding that Professor Mickens hasn't actually

4     shown that a divested Chromium can succeed.

5           And, you know -- and part of this is, he points

6     to, well, you know, look, a divestiture -- he claims that,

7     look, there are all these examples, he points to open-source

8     projects, and he says, these are examples of -- this has all

9     happened before.  But actually, if you look more closely at

10    these projects, these are not examples of this has all

11    happened before.  If anything, these are examples of why a

12    divestiture of this scale has not happened before.

13          So, for example, Professor Mickens doesn't talk at

14    all about in these projects, what is the level of complexity

15    for any of these projects?  For example, how much code is

16    involved?  So if you actually go look at Kubernetes,

17    Firefox, Blender, we are talking about hundreds of thousands

18    of lines of code, which is, you know, a reasonable amount of

19    code.

20          But in the case of Chrome we are talking about

21    millions or tens of millions of lines of code, so a

22    completely different scale in terms of the complexity.  None

23    of these things are as complex as what we are talking about

24    here in terms of code complexity.

25          None of these depend on propriety Google back-end

1    hyper infrastructure, so we're not even talking about any of

2    that, it's just pure code complexity.  Right?  It is just a

3    different skill.  And let's not add in, what are you going

4    to do about all the dependencies on this custom-built

5    infrastructure?

6         And he also doesn't say anything about what are

7    the time frames for any of these projects.  For example, if

8    we take a look at Firefox, Firefox is a well-known web

9    browser.  Professor Mickens says, well, if you read the

10   slide right, you know, Netscape, you know, create -- made

11   the code open source, and then it became Firefox.  It sounds

12   like, wow, that's great.  Except he doesn't tell you

13   Netscape open sourced their browser in '98, 1998.  And

14   Firefox, Firefox 1.0 didn't come out until 2004, so

15   six years later is when we are talking about Firefox coming

16   out.  Right?

17        So you asked me about my earlier timeframe

18   about -- about, you know, at least five years, we are

19   talking about a much simpler browser, a much simpler case,

20   no divestiture, nothing near the complexity of Chrome, and

21   this is six years from the time it is open sourced until you

22   actually have Firefox 1.0, for example.

23        Another example we can just look at this, right,

24   so Professor Mickens points at Kubernetes, and he says, this

25   is an offshoot of Borg.  Right?  But what he doesn't tell

1    you is really what happened here, as I understand it, Google

2    had Borg, they had it for a while, and they said, this is a

3    cool technology, let's make it available outside of Google.

4         But Borg is too complicated, it has all these

5    dependencies on Google's back-end infrastructure, we can't

6    figure out how to make this out -- you know, outside of

7    Google infrastructure, so instead we are going to take those

8    ideas and create something else that's based on the ideas of

9    Borg, which is Kubernetes, which has been referred to as the

10   authors as Borg light; meaning, it is not fully functional

11   Borg, it is some has light version that provides some of the

12   functionality.

13        And, if anything, this is evidence of why

14   something that has all these complexities and has all these

15   dependencies on Google back-end infrastructure is very hard

16   to extract and make available outside of that.  This is an

17   example of that.  They weren't able to do it.

18   **Q.**   And so, Professor Nieh, turning to the topic of

19   potential Android divestiture, which we will take at a

20   higher level, did you review the portions of plaintiffs'

21   proposed final judgment relating to Android divestiture?

22   **A.**   I did.  And if we can turn to the next slide

23   regarding Android divestiture, as I understand it, from the

24   proposed divestiture remedy, it is that Google shall divest

25   Android, and Android means all the code for the full and

1    proper functioning of an Android device essentially.

2            As I understand that, that includes the Android

3    Open Source Project, that includes Google Play Store, and

4    that includes Google Play Services.

5       Q.   And have you formed an opinion about the technical

6    feasibility of Android divestiture?

7       A.   I have.  I don't really see how it is possible for

8    something that for its functionality, right, relies so much

9    on internal Google's systems to be able to divest a fully

10   functional Android.

11           And if I can just elaborate further on that, as I

12   said earlier, similar to Chrome, lots of -- depends heavily

13   on Google's back-end infrastructure, large and complex

14   dependencies, highly complicated.  You know, for all those

15   reasons, that's why this would be highly challenging.

16           And, well, I suppose, right, if you were to say,

17   well, can we divest something, right, something that might

18   be functional, and if you tried to do that -- not fully

19   functional Android, right, but, say, something, right, even

20   then I think it would probably take five years at least.

21      Q.   And, Professor Nieh, can you provide an example of

22   how Android and Play rely on Google's hyperscale

23   infrastructure that you've described?

24      A.   Sure.  So if we can turn to the next slide.

25           So this is a diagram that shows Google Play's

2618

1    architecture.  So Google Play, if you might recall, is what

2    allows Android users to search and download apps for their

3    Android devices; you know, a very, very useful

4    functionality.

5            And what you see as a user when you use Google

6    Play, is you might see this little app on your Android

7    screen.  But actually, the vast majority of the code and

8    everything for that functionality, I mean, all that app is,

9    is a portal into Google services.  And in particular, Google

10   Play is millions -- tens of millions of lines of code

11   running on Google's proprietary infrastructure; that's

12   really what is making Google Play.

13           And not only is there tens of millions of lines of

14   code for Google Play, but then it is all the things that

15   Google Play depends on, all those services that we talked

16   about earlier that are made available as part of Google's

17   bespoke infrastructure that make it possible to run Google

18   Play.

19           So, for example, you can see here, you know, we

20   talked a little earlier about some of these services.  So in

21   the middle there is sort of a cylindrical thing that says

22   Spanner, if you look at the very top.  And also another

23   instance of Spanner, if you look at the bottom.  And you can

24   kind of see -- if you move a little bit slightly to the

25   right, you can also see Kansas.  So they are just, again,

1    some of the systems that Android Play depends on and that

2    Google Play depends on specifically for its functionality

3    will.

4           And, again, this is just a -- this is, again, just

5    a small number of the systems that are required for that

6    functionality.  This is not an exhaustive list by any

7    stretch of the imagination.

8    **Q.**    And did you do anything to quantify the scale of

9    the back-end system supporting Android and Play?

10   **A.**    I did.  So if we can turn to the next slide.

11          I also looked at some of the exemplary systems

12   that Google Play depends on, and, you can see here, again,

13   many of the same systems that we talked about earlier, as I

14   said, you know, Google leverages this shared infrastructure

15   for a number of their products, and so you can see that

16   Google Play depends on GSE and GSOP and Borg and Colossus

17   and GAIA and Spanner and Bigtable, and the list goes on and

18   on.  And this is only, again, a few of the examples, and

19   this, again, is already hundreds of millions of lines of

20   code.  So Android's dependencies are large and complex.

21   **Q.**    Professor Nieh, have you identified Android's

22   features that rely on connections to Google's back-end

23   infrastructure in order to function?

24   **A.**    I have identified some and, for example, what I

25   did was I conducted further experiments to confirm my

1    understanding.  If we can turn to the next slide.

2         What I did was I took an Android smartphone

3    specifically -- just a commercially available Samsung S24

4    Ultra that you can just buy from Best Buy, for example, and

5    I basically tried a bunch of Android features on this phone.

6    And I configured the phone in two configurations, one where

7    access to Google Services was available.  And one where

8    access to Google Services was blocked; that is the Internet

9    and everything else was available as normal but Google

10   Services specifically those IP addresses were blocked.

11        And you can see here that for all these features

12   the green box shows the results when those services are

13   available, that is all the features work and work just fine.

14   But then when those services are blocked, you can see,

15   basically, all those features become non-functional.

16   **Q.**   Professor Nieh, in addition to the divestiture

17   opinions you just described, did you also assess whether an

18   Android device can run multiple On-Device AI models?

19   **A.**   I did.  And if we can -- so I looked at this

20   problem as well.  And, in fact, if we can turn to the next

21   slide, I actually confirmed that Android devices can and do

22   run multiple On-Device AI models.  In particular, not only

23   did I review documentation including documentation available

24   from Samsung as part of this case, I also did my own

25   independent testing by using a Samsung Galaxy S24 Ultra

1    Android smartphone.

2         And this phone actually is set up to support

3    multiple On-Device AI models.  It has Samsung Gauss is an AI

4    model provided by Samsung, it's on-device, and also Gemini

5    Nano, and both of those -- I confirmed that both of those

6    were available on the Samsung S24 device.

7    **Q.**   And at a high level, can you describe the testing

8    that you performed?

9    **A.**   Sure.  So I ran some of the, I guess,

10   applications, if you will, on the device that are known to

11   use Gauss.  I confirmed -- I also checked that the Gemini

12   Nano and AI -- specifically AI Core was available on the

13   device.  And AI Core was available, and I had no issue using

14   the features that were made available by using Samsung

15   Gauss.

16        And just beyond that testing I also did additional

17   testing, and if we turn to the next slide, I tested another

18   app, and this is just -- the app is named Private AI.  It is

19   freely available, you can download it from Google Play.  And

20   this app makes available multiple On-Device AI models.

21        And you can see here on the right-hand side of the

22   screen, that you can select a number of different possible

23   AI models, and I selected a number of these models.  And

24   then I ran the app, and I also confirmed that AI Core was on

25   the device that I was using, and the app ran without issue.

1      **Q.**   And so did the problems of the AI core on the

2    Samsung S24 interfere with the functioning of the other

3    On-Device models that you tested?

4      **A.**   No, it did not.

5      **Q.**   Thank you, Professor Nieh, I have no further

6    questions and I pass the witness.

7          **THE COURT:**  All right.

8          **MR. KARR:**  Good afternoon, Your Honor.  Ryan Karr

9    for the United States.

10          **THE COURT:**  Mr. Karr.

11              **CROSS-EXAMINATION OF JASON NIEH**

12    **BY MR. KARR:**

13      **Q.**   Good afternoon, Professor Nieh.  It's good to see

14    you again.

15      **A.**   Good afternoon.

16      **Q.**   Let me just start where you ended with AI Core.

17    You don't know if AI Core is the only way to use Gemini Nano

18    on an Android device.  Correct?

19      **A.**   That's right.  I'm not sure if AI Core is the only

20    way to use Gemini Nano.

21      **Q.**   You don't know if Samsung offers any system

22    service that allows app developers to call the Samsung Gauss

23    On-Device LLM.  Correct?

24      **A.**   I'm not sure how the On-Device LLM is called in

25    terms of a system service.

1      **Q.**   Let me just make sure I get an answer to my

2    question.  You don't know if Samsung offers any system

3    service that allows app developers to call the Samsung Gauss

4    On-Device LLM?  You don't know that.  Correct?

5      **A.**   That's correct.  I don't recall offhand.

6            **THE COURT:**  Could you just restate the question

7    one more time?

8            **MR. KARR:**  Yeah.

9    **BY MR. KARR:**

10     **Q.**   You don't know if Samsung offers any system

11    service that allows app developers to call the Samsung Gauss

12    On-Device LLM?

13            **THE COURT:**  Okay.

14    **BY MR. KARR:**

15     **Q.**   AI Core is an Android system service.  Correct?

16     **A.**   AI Core is an Android system service, that's

17    correct.

18     **Q.**   Android app developers can write apps that rely on

19    the AI Core Android system service.  Correct?

20     **A.**   I assume Android developers can write apps that

21    rely on the AI Core system service, and they can write apps

22    that don't rely on them too.  Yes.  Yeah.

23     **Q.**   So let's turn away from AI Core.  Let's talk about

24    the principal reason you are here today, Professor.  You

25    weren't qualified today as an expert in privacy.  Right?

1      A.    I was qualified today as an expert in computer

2    science, and I spoke about some of my expertise in some of

3    the fields of computer science that also includes security

4    and privacy.

5      Q.    My question was a yes-or-no question?

6      A.    I'm sorry.

7      Q.    You weren't qualified as an expert in privacy.

8    Correct?

9      A.    Specifically I was qualified as an expert in

10   computer science.  So if that means not privacy, then, yeah.

11     Q.    You weren't qualified as an expert in security

12   either.  Correct?

13     A.    So the specific thing that I was qualified in is

14   computer science.  Computer science, as I understand it,

15   includes security and privacy.  So I'm not sure I understand

16   your question.  But if you are asking about the specific

17   term that was used, it was computer science.

18     Q.    You are not an economist, are you?

19     A.    No, I'm not an economist.

20     Q.    You are here today to opine on the feasibility,

21   time, and resources required to be able to separate and

22   divest Chrome, including open-source Chromium, in Android.

23   Correct?

24     A.    I'm sorry, I missed the beginning of your

25   question.  Do you mind repeating it?

1      **Q.**   You are here to opine on the feasibility, time,

2    and resources required to be able to separate and divest

3    Chrome, including open-source Chromium, and Android.

4    Correct?

5      **A.**   That's correct.

6      **Q.**   And by "feasible" you mean whether or not

7    something can be accomplished.  Right?

8      **A.**   Well, by "feasible," I was referring in part to --

9    as well earlier testimony I heard in this case which talked

10   about -- Professor Mickens indicated talking about, you

11   know, is it unduly burdensome, for example?  And so is there

12   a way to do it with a reasonable amount of time and

13   resources?

14     **Q.**   To get an answer to my question, by "feasible" you

15   mean whether or not something could be accomplished.  Right?

16     **A.**   With a reasonable amount of time and resources.

17     **Q.**   So the answer to my question is, yes?

18     **A.**   Whether or not it can be accomplished with a

19   reasonable amount of time and resources, so, yes.

20     **Q.**   And your opinion is that it is not clear that the

21   proposed divestiture of Chrome is technically feasible.

22   Correct?

23     **A.**   That is one of my opinions.  Yes.

24     **Q.**   So it could be feasible.  It could not be

25   feasible.  You don't have an opinion either way.  Correct?

1    **A.**    No.  I said earlier that -- I said in my

2    testimony, I didn't think it was clear that the proposed

3    divestiture was technically feasible.  But I also indicated

4    that I didn't see a practical way to divest a fully

5    functional Chrome.

6    **Q.**    You think it's hard to predict how long it would

7    take to divest Chrome.  Right?

8    **A.**    Yes, I do.

9    **Q.**    You agree that coming up with a timeframe for a

10   divestiture of Chrome is difficult.  Correct?

11   **A.**    I agree that it is difficult and the time frame is

12   not certain.

13   **Q.**    But you have offered an opinion about how long you

14   think at minimum a Chrome divestiture would take.  Correct?

15   **A.**    I did offer an opinion for that, yes.

16   **Q.**    And your opinion was that it would take a minimum

17   of five years?

18   **A.**    That is correct.

19   **Q.**    Well, let's talk about how you got to that

20   opinion.  You and your counsel during your direct

21   examination discussed a number of different issues that a

22   divestiture buyer would have to address to successfully

23   divest Chrome.  Right?

24   **A.**    I don't remember discussing something with counsel

25   so I'm not sure what you mean.

1          Q.   Well, let's look at your demonstrative.

2               **MR. KARR:**  Can you please call up, Ms. Oh,

3     RDXD-17.25.

4               **THE WITNESS:**  Perhaps I misheard your question.

5     Do you mind asking it again?

6               **MR. KARR:**  I would be happy to ask it again.

7     Let's wait for the demonstrative.

8     **BY MR. KARR:**

9          Q.   So the issues identified on RDXD-17.25 are the

10    issues that you believe a divestiture buyer would have to

11    solve as a part of a plan to figure out how to divest

12    Chrome.  Correct?

13         A.   That's correct.

14         Q.   And you agree that some of the problems identified

15    on this slide could be solved in parallel?

16         A.   I agree that some aspects of these problems could

17    be done in parallel, yeah, depending on what they are.

18         Q.   But for none of the items identified on this slide

19    did you come up with a specific estimate of time for how

20    long it would take, did you?

21         A.   I didn't provide during my testimony today a

22    specific estimate of time for these sub-steps.

23         Q.   In fact, you have never come up with a specific

24    amount of time for these sub-steps, did you?

25         A.   I have given some estimates of what some of these

2628

1    steps might take and -- in particular because some of these

2    steps would depend on exactly what you did.  But I didn't

3    come up with a precise number for each step.

4        Q.   Just to be clear, you never came up with a

5    specific estimate of time for how long any of these steps

6    would take.  Correct?

7        A.   I didn't conclude with a precise time for how long

8    each of these steps would take.

9        Q.   You didn't provide any specific time estimate for

10   how long any of these steps would take?

11       A.   I don't think that's the case.  I think if you

12   look at my report, it gives a variety of different time

13   frames and talks about, for example, if you are establishing

14   a hardware infrastructure and you wanted to construct a data

15   center and that was the approach, that that would

16   potentially take years.  So I am not sure what you mean by

17   "there was no timeframe," but I didn't give you a precise

18   number of years.

19       Q.   So is it your testimony that you developed a

20   specific estimate for how long it would take to establish a

21   hardware infrastructure?

22       A.   No, but my testimony is that I provided some time

23   frames when I -- at least in the context of my report.

24       Q.   Okay.  So, Professor, you ultimately got to

25   five years as the right number.  Let's talk about how.

1          You didn't develop a schedule that a divestiture

2     would follow.  Right?

3          **A.**   I didn't provide a schedule per se.

4          **Q.**   You didn't plot parts of a divestiture to a

5     calendar?

6          **A.**   No, I didn't plot parts of the divestiture to a

7     calendar.

8          **Q.**   And you didn't come up with any calculations to

9     get to the number five as your estimate for how long a

10    divestiture would take.  Correct?

11         **A.**   I'm not sure what you mean by "calculations."  I

12    certainly compared against time frames against other

13    projects, and that was certainly some of the bases.  But I

14    didn't provide a formula, if you mean by that.  I am not

15    aware what that would look like.

16         **Q.**   Let's talk about the resources you had available.

17    You interviewed Google engineers in preparing your report.

18    Correct?

19         **A.**   I did interview Google engineers.

20         **Q.**   You conducted eight different interviews.

21         **A.**   I don't recall specifically how many interviews,

22    but I am willing to take your word for it.

23         **Q.**   I will represent to you that there are eight

24    reports, but I am happy to refresh you.  You requested these

25    interviews, didn't you?

2630

1          A.    I did.

2          Q.    There wasn't anything outstanding in the

3     interviews that you wanted to talk about.

4               THE COURT:  Can you rephrase the question?

5               MR. KARR:  Yeah.

6               When you conducted the interviews, Professor,

7     there weren't any outstanding issues that you wanted to talk

8     about?

9               THE COURT:  I'm sorry.  I'm not following.  You

10    mean outstanding issues he wanted to talk about when?

11              MR. KARR:  I'll ask a better question, Your Honor.

12              THE COURT:  Okay.

13    BY MR. KARR:

14         Q.    During the interviews you conducted with Google

15    engineers, you got answers to all of the questions that you

16    asked.  Correct?

17         A.    During the interviews with Google engineers, I

18    believe I got answers to the questions I asked, yeah.

19         Q.    And Google even retained one of your former

20    graduate students to help you write your report.  Right?

21         A.    Google retained one of my former graduate students

22    to assist me; that's correct.

23         Q.    And Google took care of all of those arrangements.

24    You don't know how much the graduate student was paid.

25         A.    That's correct.  I don't know how much the

2631

1    graduate student was paid.

2        **Q.**    You don't know how many hours he worked.

3        **A.**    I have no idea how many hours he worked; that's

4    correct.

5        **Q.**    He took all of your notes for you during all of

6    the interviews you conducted with Google engineers.

7        **A.**    He took notes during the interviews I conducted

8    with Google engineers; that's correct.  I didn't take any

9    notes.  I relied on the interviews; that's why I did the

10    interviews.

11        **Q.**    So, Professor, I would like to talk about some of

12    the assumptions you've made to come to your opinions.

13    Google asked you to assume that the divested version of

14    Chrome would need to be equivalent to the current version of

15    Chrome.  Correct?

16        **A.**    I believe that is an assumption that was stated in

17    my report for some of the analysis that I performed.  I

18    don't have the report in front of me, so if you would like

19    me to confirm that, I am happy to take a look.

20        **Q.**    Let me ask the question again.  Google asked you

21    to assume that the divested version of Chrome would need to

22    be equivalent to the current version of Chrome.  Correct?

23        **A.**    I feel like you are asking me about something in

24    my report.  So if you don't mind, I would like to take a

25    look at that.

1      Q.   Professor, I am happy to refresh your recollection

2 on your report.  Can I get an answer to my question now.

3 You said that you don't recall whether Google asked you to

4 make that assumption.

5      A.   I believe that counsel asked me to make some

6 assumptions as part of my analysis.  But, again, I don't

7 remember -- it sounds like you are quoting something from my

8 report.

9      Q.   By "counsel" you mean counsel for Google?

10      A.   That is correct.

11      Q.   By equivalent, you meant to have the same features

12 and capabilities as the current version of Chrome.  Right?

13      A.   Yeah.  Loosely speaking, that's about right, yep.

14      Q.   And you relied on this assumption when you

15 estimated divesting Chrome would take a minimum of

16 five years?

17      A.   No, not exactly.  I explained already that during

18 my testimony that I didn't think a fully functional Chrome,

19 divesting that, was even technically feasible.  But I said

20 that in the context of Chrome, leaving that aside, if we at

21 least just want to get as close as possible to a fully

22 functional browser, then that would likely take -- that

23 would take a minimum of five years; that's what I said

24 during my testimony I believe.

25      Q.   So your five-year-or-more estimate assumes that

2633

1    the divestiture of Chrome would entail a divested product

2    that is as close as possible to a fully functional

3    equivalent version of Chrome.  Correct?

4        A.    The five-year minimum that I discussed is about

5    assuming you can get -- if you have something -- trying to

6    get as close as possible, yes.

7        Q.    And by as close as possible, you meant that the

8    divested Chrome had to be as close as we can get it.  Right?

9        A.    Yeah.  Because I didn't think that you could do

10   the fully functional one.

11       Q.    And your view is that Chrome is not a full and

12   properly functioning Chrome without its many features that

13   are enabled by Google back-end services.  Right?

14       A.    That's right.  If you don't have the Chrome

15   features, then it's not fully functionable.

16       Q.    In your view, any shared Google back-end service

17   that Chrome relies on for its features that could not be

18   reasonably divested by Chrome, would need to be recreated by

19   a divestiture buyer.  Correct?

20       A.    Well, it depends on what the divestiture buyer

21   would do.  But as I said earlier, these back-end Chrome

22   services rely on these shared Google services.  And so if

23   you don't have that, and then and you need that

24   functionality, then, yes, yeah, you would need to recreate

25   it.

2634

1      Q.    So the effort to recreate or divest the back-end

2   services on which Chrome relies, is part of your

3   minimum-time estimate.  Right?

4      A.    So I considered a variety of scenarios, but

5   certainly under some scenarios, yeah, that would be part of

6   the time estimate.

7      Q.    And in your analysis, every Google back-end

8   service on which Chrome relies, would need to be either

9   divested or recreated by a divestiture buyer.  Correct?

10     A.    I don't know if I said that every service that

11  Chrome relies on would have to be divested or recreated

12  per se but, I mean, yeah, you need to recreate -- you need

13  the features.  You need to create the functionality.

14  Whatever you need to do to create the functionality.  In

15  other words, you don't have a fully functioning Chrome.

16     Q.    You were in Court on Friday when Professor Mickens

17  testified.  Right?

18     A.    I was, yes.

19     Q.    And you agree with Professor Mickens that Google

20  has designed its systems and software following generally

21  accepted best practices.  Correct?

22     A.    I don't know if I can vouch for everything that

23  Google did but, yeah, I don't have any dispute.  They

24  certainly tried to follow best software practices, yeah.

25     Q.    And you were in court on Friday when Professor

1    Mickens discussed the best software practice of

2    decoupleability?

3        A.    I'm not sure I recall the decoupleability term of

4    his testimony.  I'm not sure what you mean.

5        Q.    You included a number of Professor Mickens' slides

6    in your testimony.  Do you remember decoupleability is best

7    practice of systems?

8        A.    I don't recall offhand the term decoupleability.

9    It is not a standard term of art.  If you could refresh my

10   memory.  I don't remember offhand.

11       Q.    I'll move on.

12            Professor Mickens testified about how a divested

13   version of Chrome could be different than a version of

14   Chrome that exists today.  Right?

15       A.    Professor Mickens testified about -- yeah, that

16   you would have some divested thing that was different from

17   Chrome today, yes.

18       Q.    And he explained that Chrome may be different

19   because of decisions the divestiture buyer might make.

20   Correct?

21       A.    The divested thing, the divested buyer has, if the

22   divested buyer makes decision to make that thing different

23   than, yeah, it would be different.

24       Q.    So, in court on Friday, Professor Mickens

25   explained a divestiture buyer could continue to rely on

1    Google on existing APIs.  Right?

2        **A.**    I believe that is one of the options that he

3    considered, yes.

4        **Q.**    And you testified about that option during your

5    direct testimony.  Correct?

6        **A.**    Yes, I did.

7        **Q.**    And you disagree with Professor Mickens because

8    these APIs are private.  Correct?

9        **A.**    No.  I stated a number of reasons why I disagree

10   with Professor Mickens.

11       **Q.**    So let me just confirm your testimony.  One reason

12   that the private APIs used by Chrome could not be made

13   available to a divestiture buyer, in your view, is that the

14   APIs are private.  Correct?

15       **A.**    Yeah, that's correct.

16       **Q.**    And by private, you mean an API that is only

17   available to Chrome?

18       **A.**    I think that's a fair way to characterize it, yes.

19           **MR. MAURER:**  Ms. Oh, could you pull up RDXD

20   17.018, please?

21   **BY MR. MAURER:**

22       **Q.**    Professor, you can pull that up in your binder.

23   Just in the interest of time, if you wouldn't mind turning

24   to the 18th page.

25       **A.**    Eighteenth page.

1      Q.   Yes.  All right.  Just to confirm what I'm looking

2   at, here, on the left is the Chrome client.  Correct?

3      A.   That is correct, yes.

4      Q.   On the right are the back-end servers Google

5   operates?

6      A.   On the right is the Chrome services and other

7   services that run on the back-end service that Google

8   operates.

9      Q.   And the yellow lines in the middle are the private

10   APIs that we have been talking about.  Correct?

11      A.   That's correct.  The yellow lines are the private

12   APIs.

13      Q.   Let's talk about what it would take to make these

14   APIs available to a divestiture buyer if Chrome were to be

15   divested.  You explained in your direct testimony that

16   Google would need engineers to maintain the APIs.  Correct?

17      A.   That's correct, yes.

18      Q.   And Google and the divestiture buyer would have to

19   work out a number of technical considerations for each API,

20   to enable the communication between API and the divestiture

21   buyer.  Correct?

22      A.   There would be a variety of technical issues that

23   would have to be addressed; that's correct, yes.

24      Q.   And you agree that Google and the divestiture

25   buyer would have to work out a billing arrangement for use

1    of these APIs.  Correct?

2        **A.**    I don't know what the terms would look like in

3    terms of the divestiture, but figuring out billing and not

4    just arrangements.  But as I said, How do you bill for a

5    given API, that would be one of the issues that would have

6    to be addressed; that's correct.

7        **Q.**    You don't have any reason to believe that Google

8    and a divestiture buyer would not be able to work out a

9    billing arrangement for each of the APIs.  Correct?

10       **A.**    I don't know if it is feasible to work out a

11   billing arrangement for each of the APIs or not.  It would

12   probably depend on each API.  Part of the complexity of this

13   is there are hundreds of APIs and you would have to look at

14   each of them.  Like I said, a number of these APIs are

15   private because they involve user data and there are

16   security and privacy concerns.  So, certainly, you know,

17   that's some of the challenges that would be involved.

18       **Q.**    But you don't know, sitting here today, whether or

19   not Google could solve all of those billing issues.

20   Correct?

21       **A.**    I don't know whether or not Google could solve

22   those issues; and that's part of the challenge that it's

23   unclear.

24       **Q.**    And you don't have any reason to believe that

25   eventually Google and a divestiture buyer wouldn't be able

1    to go through all of the APIs, figure out what the

2    appropriate billing mechanism would be, bill the billing

3    infrastructure that might be required.  Correct?

4            **THE COURT:**  I'm sorry.  Can you repeat the

5    question?  I didn't quite hear it.

6    **BY MR. KARR:**

7        **Q.**   You don't have any reason to believe that

8    eventually Google and a divestiture buyer would be unable to

9    build an appropriate billing mechanism that would be

10   required to enable these connections.  Correct?

11       **A.**   I'm sorry.  I'm a little confused by your

12   question.  I must have missed something.

13       **Q.**   I'll move on.

14           Let's assume for a minute that there were enough

15   people to maintain the APIs that we have been discussing,

16   enough engineers left at Google, and that Google and the

17   divestiture buyer worked out all of the technical

18   considerations that we discussed, and that Google and a

19   divestiture buyer worked out the billing arrangements that

20   we discussed.  Do you understand that hypothetical?

21       **A.**   I'm sorry.  Can you repeat that one more time.  I

22   apologize.

23       **Q.**   Yeah.  Let's assume for a minute that there were

24   enough engineers left at Google to maintain the right APIs

25   we were looking at in the demonstrative, and the divestiture

2640

1    buyer and Google had worked out all of the technical

2    considerations to facilitate communication between the

3    divestiture buyer and Google; and that the divestiture buyer

4    and Google had worked out a billing arrangement.  Correct?

5    Or do you understand that scenario?

6        **A.**    Sort of, I think.  Maybe.

7        **Q.**    In that scenario, you agree that it would be

8    possible for Google to provide these private APIs to a

9    divestiture buyer.  Correct?

10       **A.**    Just purely based on what I think you told me the

11   scenario is, no, I don't.  So maybe I am missing some

12   information.

13       **Q.**    Let me try again.  In a hypothetical situation

14   where Google has a lot of people available to maintain an

15   API, the APIs that we are looking at, and they work out all

16   of the technical considerations, and they work out all of

17   the billing arrangements, it would seem to be possible for

18   Google to continue providing these APIs, in your view.

19       **A.**    Um, so just to be clear, just saying that there is

20   a lot of people there, to me, at least, it doesn't say that

21   they are able to maintain the APIs.  I mean, it's not just a

22   question of manpower, it's also a question of expertise.

23   So, that's why maybe I am a little bit confused about your

24   hypothetical scenario.

25       **Q.**    In my hypothetical scenario, you agree that it

1  would be possible to continue providing these APIs.

2      A.   Well, like I said, I'm a little confused by your

3  hypothetical scenario, because, as I said, it's not only a

4  question of how many people you have but a question of when

5  they have the knowledge and expertise required.  So I didn't

6  understand that from your hypothetical scenario.

7      Q.   Do you agree that in a world where a divestiture

8  buyer would continue to use whatever APIs that Chrome is

9  currently using, and those APIs continue to be provided,

10  that it would make the problem of divesting Chrome simpler?

11      A.   I'm sorry.  That was a long question.  I'm sorry.

12  I just -- I couldn't quite follow what you were asking me.

13      Q.   So, in a world where the divestiture buyer could

14  continue using whatever APIs that Chrome is currently using,

15  and that Google continues providing those APIs, you agree

16  that that would make the divestiture simpler.

17      A.   I'm sorry.  Maybe you can break the question down.

18  I'm just trying to follow what you are asking me.

19      Q.   Let's assume a hypothetical world where

20  Chrome -- a divestiture buyer, continues to use whatever

21  APIs that Chrome is currently using.  Do you understand

22  that?

23      A.   Okay.  They continue to use the existing APIs.

24      Q.   Correct.

25      A.   Right?  Is that what you are asking me?

2642

1      **Q.**   That's right.

2      **A.**   Okay.

3      **Q.**   And then let's assume that Google continues to

4  provide those APIs.  Do you understand that?

5      **A.**   Well, I'm a little confused.  I don't know what

6  you mean by "continues to provide".

7      **Q.**   Okay.  Let's assume that.  Given those two

8  assumptions, you agree that the divestiture problem would be

9  simpler.

10     **A.**   Well, just based on those assumptions, no.  I

11  don't really understand why that solves anything based on

12  what you just said.  So I don't really follow.

13     **Q.**   Let me try one more time.  I'm sorry if I am being

14  inarticulate.  So let me try again.

15          In a world where a divestiture buyer would

16  basically continue using whatever APIs that Chrome is

17  currently using, and those APIs are continuing to be

18  provided.  And, certainly, you think, being able to leverage

19  the APIs would be helpful, it would make the problem of

20  divestiture simpler.

21     **A.**   I apologize.  I just can't quite follow the and,

22  and, and, whatever you asked me.  If you can break the

23  question down, I'm happy to answer it.  I am having a little

24  I bit of trouble understanding the multiple ands and

25  whatever you are asking.

1      **Q.**    I'll move on, Professor.

2            Professor Mickens, in his analysis, accounted for

3      the possibility that a divestiture buyer could continue

4      using the APIs that Chrome relies on today.  Right?

5      **A.**    Professor Mickens, one of the options that he

6      discussed was continuing to use and leave in unmodified the

7      API calls and using those APIs, yes.

8      **Q.**    So, in your analysis, in the world where Chrome

9      continues to rely on those private APIs, the ones we were

10     looking at, your estimate is that a divestiture of Chrome

11     would still take five more years.  Correct?

12     **A.**    My analysis is that, yeah, divestiture of Chrome,

13     as I said, would take five or more years; that's correct.

14     **Q.**    And your five-or-more-year estimate is whether or

15     not the divestiture buyer relies on the private APIs that

16     Chrome does today.  Right?

17     **A.**    As I said, you know, my opinion is I don't think

18     you're going to get a fully functional Chrome.  But leaving

19     those technical considerations aside, as I said, I gave a

20     minimum five-year estimate; that is correct.

21     **Q.**    So just a few more questions on Chrome for now,

22     Professor.

23            **THE COURT:**  Let me see if I can get to the same

24     question.

25            So on slide 18 you got a slide that depicts a lot

1    of yellow lines that are private APIs --

2              THE WITNESS:  Yes.

3              THE COURT:  -- that are currently used between

4    Chrome and Google.  Right?

5              THE WITNESS:  Uh-huh.

6              THE COURT:  Assume a new buyer continues to be

7    able to use those yellow lines, no disruption at all.

8              THE WITNESS:  Okay.

9              THE COURT:  Okay?  Continues functionality in the

10   same way it is today.  In that hypothetical world, how long

11   does a divestiture from a technical standpoint take in your

12   view?

13             THE WITNESS:  Okay.  And just to make sure, if I

14   may ask, so the assumption is that even though the APIs are

15   private and normally not available, that somehow that's been

16   worked out so they can access them.  Correct?

17             THE COURT:  Yes.  Leave aside the complexities of

18   doing that.  Somehow we waived a magic wand or judicial

19   wand.

20             THE WITNESS:  I'd like to see that wand; that

21   sounds great.

22             Yeah, I think in that case we are still looking

23   at, you know, the five-year number.  As I said earlier, we

24   looked at Jan Standal's testimony, just as an example.  And

25   in Jan's case, we are not even worried about all of these

1    Google's, you know, back-end servers.  Just talking about,

2    you know, moving to Chromium and create that functionality.

3    And that was even four or five years.  Right?  So I still

4    think it would take roughly that timeframe.

5            And, also, in Jan's case, we are not even talking

6    about divestiture.  As I said, I've had some experience

7    working as a tech adviser on consent decrees, especially

8    given how those processes work, you know, how a lot of it is

9    litigated by trying to follow a consent decree, lawyers are

10   involved and everything, and that makes the processes take

11   that much longer as well.

12           **THE COURT:**  Thank you.

13   **BY MR. KARR:**

14   **Q.**   Professor, let's talk about Opera for a second.

15   Opera, in the example you cited, rebuilt their application

16   on a new browser engine.  Correct?

17   **A.**   That's correct, yes.

18   **Q.**   If Google were to divest Chrome, that would not

19   involve rebuilding Chrome on a new browser engine.  Correct?

20   **A.**   That's correct.  They would -- but that would have

21   involved building a new browser on a new browser engine, I

22   assume, yes.

23   **Q.**   You discussed hardware on your direct testimony,

24   the hardware that Chrome relies on.  Do you recall that?

25   **A.**   I don't recall exactly what you are talking about

1    but Chrome certainly relies on hardware, that's for sure,

2    yeah.

3        Q.    You would agree that one option available to a

4    divestiture buyer of Chrome, to solve its hardware problems,

5    would be to use a public cloud computing platform for its

6    hardware and software infrastructure.  Right?

7        A.    So a public cloud provider could be used for the

8    hardware infrastructure and would also provide some amount

9    of software infrastructure.  I don't know that I would say

10   you could use it for your software infrastructure, but a

11   public cloud would be an option; that's correct.

12       Q.    And you agree that one advantage of relying on a

13   public cloud computing platform is that a divestiture could

14   leverage hardware and software infrastructure, instead of

15   building its own.  Right?

16       A.    One advantage of the cloud is that you can use

17   somebody else's stuff, instead of building your own.  But

18   you still have to then construct whatever you need to, to

19   run on top of that.  And then you also still have to you

20   also have to pay to use it.  It costs money.  It's not free,

21   yeah.  And you are essentially going to pay a third party to

22   provide something.  I assume the third party wants to make

23   some money too.  You also have those cost issues and you

24   also have the issues of, you know, Google's infrastructure,

25   for example, is built to run its products.  So it's

1      optimized for that and you have some cloud thing that

2      doesn't have those optimizations.  And then you have to, you

3      know, try to address that and then there's the whole issue

4      of being able to operate at scale as well, yeah.

5          Q.   But you agree that by using a private cloud

6      infrastructure, a divestiture of Chrome could delegate to

7      the public cloud provider, the problem of scaling up.

8      Right?

9          A.   No, I do not.

10         Q.   Do you agree one advantage of using a public cloud

11     provider is that it would allow a divestiture buyer to

12     leverage existing hardware and software infrastructure, and

13     also delegate to the public cloud provider the problem of

14     scaling up the infrastructure.

15         A.   You delegate the problem to the cloud provider,

16     the problem of scaling up the infrastructure, their

17     infrastructure.  You don't necessarily delegate to the

18     cloud, provided the problem of scaling up your product, to

19     be able to support, hopefully, billions of users.

20         Q.   Let's turn to Chromium for a second.  You agree

21     that rationale for supporting Chromium is to create a

22     healthy web ecosystem.  Correct?

23         A.   I think that seems reasonable, yeah.

24         Q.   And you agree that Google Search business benefits

25     from a healthy web ecosystem.

2648

1      A.   I agree that Google Search business benefits from

2  a healthy web ecosystem, yeah, I don't have an issue with

3  that.

4      Q.   Do you agree Google's display business also

5  benefits from a healthy web ecosystem?

6      A.   Yeah, I don't have any reason to dispute whether

7  Google's display advertising benefits from a healthy

8  ecosystem.  But I just want to note that whether or not it

9  benefits and whether or not, as I heard earlier this

10  morning, they should spend billions of dollars on Chrome,

11  when they divested Chrome, that's a completely different

12  issue.

13      Q.   But Google will still have its search business and

14  its display ads business, were it to divest Chrome?

15      A.   If what you are asking me is if all that is

16  happening is Chrome is divested, and that Google maintains

17  its search and ad business, I don't see any reason to

18  dispute whether or not it continues to have a search and ad

19  business.  Whether it's the same or not, I don't know.

20      Q.   And isn't it the case that approximately -- excuse

21  me.  Let me ask a different question.

22           Isn't it the case that the Chrome team, the

23  engineers who work on Chrome, today deliver about 95 percent

24  of the code commits to the Chromium project.

25      A.   I'm sorry.  Can you repeat the question?

1      Q.   Yeah, sure.  Isn't it the case that today the
2   Chrome team delivers 95 percent of the commits to the
3   Chromium project?
4      A.   I know that Google delivers, you know, roughly
5   95 percent of the code commits to the Chromium project.  I
6   believe that's the Chrome team.
7      Q.   But specifically within Google, the people within
8   Google who are working on Chromium, the Chrome team delivers
9   95 percent of the commits to Chromium, not others outside of
10   Google or outside of the Chrome team.  Correct?
11      A.   I don't recall off hand exactly who in Google, but
12   I would expect that it would be mostly the Chrome team.
13      Q.   You would agree that the costs associated with
14   acquiring Chrome wouldn't be a surprise to a divestiture
15   buyer.  Correct?
16      A.   I'm sorry.  What?
17      Q.   You would agree that the costs with acquiring
18   Chrome would not be a surprise to a divestiture buyer.
19   Right?
20      A.   I don't think I've said anything about what the
21   costs would be for a divestiture buyer.  I'm not sure what
22   you mean.
23      Q.   Well, let me ask you this:  Do you think that the
24   costs associated with acquiring Chrome, would be a surprise
25   to a divestiture buyer?

1    **A.**    I have no idea what the cost would be to a

2    divestiture buyer.

3    **Q.**    And do you think that a divestiture buyer of

4    Chrome would take any migration costs into account in

5    deciding whether to --

6    **THE COURT:**    I think that's going beyond the area

7    of his expertise in terms of mechanics of divestiture from a

8    financial standpoint.

9    **MR. MAURER:**    I'll move on, Your Honor.

10   BY MR. MAURER:

11   **Q.**    Professor, you mentioned your experience on

12   Bizarre Voice and Microsoft a couple of times during your

13   direct testimony.  Do you recall that?

14   **A.**    I mentioned indicating I was a technical adviser

15   on the Microsoft antitrust and the Bizarre consent decree.

16   I am not sure what else you are referring to though.

17   **Q.**    Both of those cases involved overseeing antitrust

18   remedial decrees.  Right?

19   **A.**    Can you repeat the question?  Sorry.

20   **Q.**    Yeah.  Both the U.S. v. Microsoft case and the

21   U.S. v. Bizarre case involved overseeing high-tech

22   compliance with antitrust remedial decrees.

23   **A.**    They involved consent decrees, yes.

24   **Q.**    And you relied on your experience working on

25   Microsoft and Bizarre Voice in reaching your opinions in

1       this matter.

2              **A.**    Part of the opinions I reached in this matter were

3       based on my experience in that, yes.

4              **Q.**    Let's talk a little bit about each of them.  Let's

5       start with Microsoft.  Your responsibility is in the

6       Microsoft case were to provide input as a separate technical

7       advisor to the nine states who pertain to you.  Correct?

8              **A.**    That is correct.

9              **Q.**    So a lot has been said throughout this case on the

10      Microsoft case, professor.  So I just want to keep this

11      brief.  Part of the Microsoft decree was the creation of a

12      technical committee.  Right?

13             **THE COURT:**  I'm sorry.  Repeat the question.

14      **BY MR. MAURER:**

15             **Q.**    Part of the requirements of the consent decree in

16      Microsoft was the creation of a technical committee.  Right?

17             **A.**    I don't know what you mean by the requirements.  I

18      am aware of the fact that there was a technical committee.

19             **Q.**    And you are aware that the technical committee was

20      a monitoring group led by software groups.  Right?

21             **A.**    I am aware that the technical committee was a

22      technical committee and was led by three individuals, and

23      those individuals, if I recall correctly, had some

24      experience with software.

25             **Q.**    The technical committee had continued its work

1    right up until the expiration of the Microsoft decree in May

2    of 2011.  Right?

3        **A.**    That's my understanding; that's correct.

4        **Q.**    So another part of the Microsoft decree was a

5    requirement that Microsoft publicly disclosed certain

6    communication protocols.  Right?

7        **A.**    They had to disclose communication protocols; that

8    was part of the requirement, yes.

9        **Q.**    And the communication protocols were protocols

10   that would allow non-Microsoft servers to communicate with

11   windows desktops and laptops.  Right?

12       **A.**    I believe that's correct.  It's been a while.  I

13   believe that is about right.

14       **Q.**    It became known as Microsoft Communications

15   Protocol Program.  Right?

16       **A.**    I'm sorry.  What did you say?

17       **Q.**    The protocols you just discussed, those were known

18   as the Microsoft Communications Protocol Program or the

19   MCPP.

20       **A.**    Right.  I don't remember the name offhand, but

21   that might be the case.

22       **Q.**    The technical committee oversaw that program.

23   Right?

24       **A.**    I understand the technical committee was involved

25   with that, with the disclosure of the communication

1    protocols.

2        Q.    And you agree that the technical committee in

3    Microsoft, their assistance was critical to ensuring the

4    enforcement of that decree.  Right?

5        A.    I don't know what you mean by "I agree."  I don't

6    know if I have much of an opinion about when it was

7    critical.  But I was a technical adviser.  I wasn't on the

8    technical committee.

9        Q.    Is your testimony that you have no opinion that

10   the technical committee's assistance in Microsoft was

11   critical?

12       A.    I don't remember rendering an opinion about

13   whether or not the technical committee was critical in

14   Microsoft; so that's why I don't know what you are asking

15   me.

16       Q.    Let's talk about Bizarre Voice for a second.  You

17   provided technical input in the Bizarre Voice case for the

18   execution of that consent decree.  Correct?

19       A.    I provided technical -- what did you say?

20       Q.    Yeah.  You provided technical input regarding the

21   execution of the Bazaarevoice consent decree.

22       A.    Yep.

23       Q.    And the United States Department of Justice

24   retained you for that matter?

25       A.    Yeah, that's my understanding, yep.

1      **Q.**   Bizarre Voice was the largest player in providing

2   online product rating and review versus services.  Right?

3      **A.**   That's what I was told, yes, yep.

4      **Q.**   And in 2012 Bazaarevoice acquired Power Reviews in

5   the rating and review industry.  Right?

6      **A.**   That sounds about right.  I just don't remember

7   the dates.

8      **Q.**   And following the closing of that merger, the

9   Department of Justice filed a lawsuit to invalidate the

10  transaction.  Right?

11     **A.**   That's correct, yep.

12     **Q.**   And the District Court held that merger as

13  unlawful.  Right?

14     **A.**    Well, There was a decree to, basically, undo it.

15  I don't know exactly what the ruling was from the District

16  Court offhand.

17     **Q.**   Part of that decree to undo it was an order by the

18  Court that Bizarre Voice had to give power reviews to its

19  customer network.  Right?

20             **THE COURT:**  Its customer what?

21             **MR. MAURER:**  Customer network.

22             **THE COURT:**  Network.

23             **THE WITNESS:**  That's correct.

24  BY MR. MAURER:

25     **Q.**   And that remedy, the providing by Bizarre Voice to

1    power reviews of its customer network came to be known as

2    the Syndication Services Remedy.  Correct?

3         **A.**    I just don't remember the name offhand.  I just

4    don't remember the name.

5         **Q.**    The District Court appointed a monitoring person

6    to oversee the customer network remedy we discussed.  Right?

7         **A.**    There was a monitor, yes.

8         **Q.**    And that was part of the case that you were

9    involved in?

10        **A.**    I was a technical adviser to the monitor,

11   effectively, yes.

12        **Q.**    So under the syndication services obligations in

13   Bizarre Voice, the customer network we just discussed,

14   Bizarre Voice had to ingest the constant flow of detailed

15   digital information from power reviews.  Correct?

16        **A.**    Yes, that's about right.

17        **Q.**    And there were business operations -- excuse me.

18   Let me try to restate that.  The constant ingestion of

19   information from power reviews were business operations that

20   Bizarre Voice never needed set up before.

21             **THE COURT:**  I think we are venturing beyond the

22   scope of the direct examination even opined on.  I

23   understand the relevance of what you are asking, but other

24   than stating he was involved, he didn't really provide any

25   testimony other than his involvement.

1          **MR. MAURER:**  Your Honor, may I lay a bit of

2     foundation for that?

3          **THE COURT:**  A foundation for what?

4          **MR. MAURER:**  Professor Nieh wrote an article

5     discussing his involvement in those cases and I'm asking

6     questions about his views as they relate to that article.

7          **THE COURT:**  Okay.  But I'm still not sure how this

8     is within the scope of his direct and what opinions he's

9     provided.

10          **MR. KARR:**  Your Honor --

11          **THE COURT:**  Unless, for example, they were cases

12     involved in divestiture, but I have not heard that to be the

13     case.  I can understand why it is relevant because it sounds

14     like there are some parallels between the syndication

15     remedies here and there, but he hasn't opined on these

16     syndication ideas.

17          **MR. KARR:**  Understood, Your Honor.

18     **BY MR. KARR:**

19     **Q.**   Let's just wrap up with ChromeOS, Professor Nieh.

20     You are aware of Project Aliminium, you discussed it on your

21     direct testimony.

22     **A.**   I am, yes.

23     **Q.**   And you explained that project Alminium is

24     basically Android for laptops.  Right?

25     **A.**   That's a loose way to describe it, yep.

1      Q.    So Chrome isn't the only browser on Android.

2    Right?

3      A.    Chrome is not the only browser on Android; that's

4    correct.

5      Q.    And you don't have any estimate of any existing

6    ChromeOS hardware will not be able to support Project

7    Alminium?

8      A.    I don't have a percentage.  I just know that some

9    of the hardware will not support Project Aliminium.

10           MR. MAURER:  Nothing further, Your Honor.

11           THE COURT:  Thank you.  Anymore redirect?

12           MS. MAIER:  No, Your Honor.

13           THE COURT:  Professor Nieh, thank you very much

14    for your time and testimony.  Safe traffic.

15           THE WITNESS:  Thank you, very much.  All right

16    folks, it's 3:00.  Let's take our afternoon break.  We will

17    return at 3:15 and have our next witness.

18        (Recess from 3:00 p.m. to 3:17 p.m.)

19           THE COURT:  Everyone, just a reminder tomorrow we

20    need to leave a little early probably by 4:15.  Would it

21    help if we started a little earlier to get through what we

22    needed to get through?

23           MR. SCHMIDTLEIN:  Maybe give us a minute to see

24    how far we get today.

25           THE COURT:  Sure.

1        **MR. SCHMIDTLEIN:**  We are on track to get through

2   what we wanted to get through today.

3        **THE COURT:**  Okay.

4        **MR. SCHMIDTLEIN:**  We may end a little bit early,

5   depending on how long this next witness goes.  I expect this

6   witness is going to take us, certainly, between 4 and 5:00

7   for sure.  And then the next witness we have on our list is

8   Professor Allen, who you should have gotten a summary on for

9   him.

10        **THE COURT:**  Yes.

11        **MR. SCHMIDTLEIN:**  That we were planning on calling

12   first thing tomorrow.

13        **THE COURT:**  Okay.

14        **MR. SCHMIDTLEIN:**  But why don't we see where we

15   are.

16        **THE COURT:**  We can see where we are at the end of

17   the day.

18        All right, Ms. Maier, you are back again.

19        **MS. MAIER:**  Just for one bit of housekeeping.

20        **THE COURT:**  Okay.

21        **MS. MAIER:**  I wanted to identify for the record

22   demonstrative is RDXD-17 and Professor Heather Adkins

23   demonstrative yesterday was RDXD-16.  And I wanted to move

24   those in, as demonstratives, to complete those two

25   witnesses' testimony

1          **THE COURT:**  We will accept those as

2    demonstratives.  With that are we ready with our next

3    witness?

4          **MR. MAURER:**  Good afternoon, again.  Aaron Maurer

5    with Williams & Connolly for Google.  I would like to call

6    to the stand Dr. Marc Zenner.

7          (Witness is placed under oath and takes the stand.)

8          **THE COURT:**  All right, Dr. Zenner.  Welcome.

9          **THE WITNESS:**  Good afternoon.

10                **DIRECT EXAMINATION OF MARC ZENNER**

11   BY MR. MAURER:

12     **Q.**   Good afternoon, Dr. Zenner.

13     **A.**   Good afternoon.

14     **Q.**   Could you please introduce yourself to the Court.

15     **A.**   I am Marc Zenner, that is Z-e-n-n-e-r.

16     **Q.**   Could you briefly explain your educational

17   background?

18     **A.**   Sure can.  I have a bachelor's degree in business

19   engineering, from the Catholic University of Louvaine in

20   Belgium.  I have an MBA from the City University Business

21   School in London, and PhD in financial economics from Purdue

22   University.

23     **Q.**   Can you briefly describe your employment history.

24     **A.**   Yes, I can.

25          From 1989 to 2000 I was a finance professor

1    primarily at University of North Carolina, Chapel Hill

2    Business School.  At the end of that period, I was the

3    tenured full professor and chair of the finance and

4    economics area.

5              From 2000 to 2007 I was an investment banker with

6    City Group, where I was a managing director and the global

7    head of the financial statutory group.  From 2007 to 2017, I

8    was the managing director in the investment bank at

9    JP Morgan, global co-head of corporate advisory.

10             Then in 2017, I retired from JP Morgan and

11   investment banking, and I've been -- still am on one -- I've

12   been on three public boards; served on the other committee

13   and was the other committee chair for two of these public

14   boards.  I have been an investor advisor and CFO of a number

15   of private tech companies.  I have been a consultant.  I am

16   also an adjunct professor at the University of Miami.

17       **Q.**   Do you have experience in corporate finance?

18       **A.**   I do.

19       **Q.**   Do you have experience in investment banking?

20       **A.**   I do.

21       **Q.**   Do you have experience in mergers and

22   acquisitions?

23       **A.**   I do.

24       **Q.**   Can you briefly describe your experience in those

25   areas for the Court?

1    **A.**    Sure.  From 1989 to 2000, when I was a professor

2    of finance, I taught corporate finance valuations, mergers

3    and acquisitions and investment banking at the undergrad and

4    BMPC level.  I also wrote a lot of academic articles

5    published in the top journals in these areas.

6           Then from 2000 to 2017, I was an investment banker

7    where my practice was obviously to apply corporate finance,

8    mergers and acquisitions and, of course, everything that

9    relates to the investment bank.

10          Then since my retirement in 2017, I've been a

11   board member, an investor and instructor, where I also apply

12   and use corporate, finance, M&A evaluation.

13   **Q.**    Have you ever been qualified as an expert before?

14   **A.**    I have.

15   **Q.**    In what areas?

16   **A.**    Corporate finance, valuation and investment

17   banking.

18   **Q.**    Thank you.

19          **MR. MAURER:**  Your Honor, at this time, Google

20   would like to tender Dr. Zenner as an expert in corporate

21   finance, investment banking and mergers and acquisition.

22          **MR. SALLET:**  No objection.

23          **THE COURT:**  Okay.  The Court will recognize

24   Dr. Zenner as an expert in corporate finance, investment

25   banking and --

1          **THE WITNESS:**  Mergers and acquisitions.

2          **THE COURT:**  -- M&A.

3    **BY MR. MAURER:**

4      **Q.**   Have you prepared a report to assist in your

5    testimony today?

6      **A.**   Yes, I have.

7          **MR. MAURER:**  For the record, it is RDXD-18.

8    Your Honor, may I approach?

9          **THE COURT:**  You may.

10   **BY MR. MAURER:**

11     **Q.**   Let's turn to Slide 2, if we could.

12         Dr. Zenner, could you please summarize for the

13   Court the opinion you intend to offer today?

14     **A.**   Yes, I can.  My opinion is that the divestiture of

15   Chrome will destroy value.

16     **Q.**   What do you mean that the divestiture of Chrome

17   will destroy value?

18     **A.**   What I mean by that is that the value of Chrome,

19   operated by Google as it is today, will be -- it is much

20   higher than the potential value under a new owner.

21     **Q.**   What are the reasons for that?

22     **A.**   There is two reasons that I mentioned here on my

23   slide.  The first one is relating to the long-term

24   operations of Chrome under a new owner and primarily I have

25   concluded that a new owner and a divested Chrome would have

1    meaningfully less revenue than Chrome, as it is today.  This

2    revenue would be much more risky and much less certain.  And

3    the operations of divested Chrome would also be more costly,

4    so that's the first statement, which is relating to how

5    divested Chrome would operate.

6          Then the second statement relates to, actually,

7    the transaction of divesting Chrome.  And this transaction

8    would be very costly and very complex; and that would incur,

9    obviously, costs as well.

10       **Q.**   Let's turn to the first of those opinions.

11          **MR. MAURER:**  Can we go to the next slide?  Thank

12    you.

13   **BY MR. MAURER:**

14       **Q.**   I want to be cautious, and urge you to be

15    cautious.  We are going to be talking about some of the

16    revenues here.  I'm going to do my best not to ask you any

17    particular numbers.  We've heard these.  Your Honor has

18    heard these already.  But please careful not to identify

19    those.

20       **A.**   I understand.

21       **Q.**   Do you have an understanding of how Google

22    receives revenue as a result of its ownership of Chrome

23    today?

24       **A.**   I do.

25       **Q.**   What's that understanding based on?

2664

1          **A.**    The understanding is based on internal documents

2     from Google, as well as testimony from, you know, this trial

3     here.

4          **Q.**    Was there any testimony in particular that you

5     were referring to?

6          **A.**    I referred to Mrs. Parisa Tabriz, as well as

7     Mr. Locala.

8          **Q.**    And was the testimony you reviewed and heard, was

9     that consistent with the internal documents from Google that

10    you reviewed?

11         **A.**    Yes, sir.  I believe they used the same internal

12    documents I reviewed.

13         **Q.**    You are relying on those numbers for purposes of

14    your opinions here?

15         **A.**    I do.

16         **Q.**    Now, does Chrome bring revenue into Google today?

17         **A.**    As you can see on this slide here, the main pint

18    here is that a vast majority of the revenue attributed to

19    Chrome is indirect.

20         **Q.**    What does "indirect revenue" mean?

21         **A.**     Indirect revenue means that it is not necessarily

22    recorded or booked at the level of Chrome, but it is

23    recorded or booked at other parts of Google but attributed,

24    in part, to Chrome's operations.  The direct revenue is a

25    very, very small number; and that would be attributed

1    through Chrome; and that relates to Chrome Enterprise.

2        Q.    And what is the source of the indirect revenue?

3        A.    The source of the indirect revenue is search,

4    display ads, YouTube, other aspects of Google's operations.

5        Q.    How would the revenue generated in connection with

6    the divested Chrome product compare to the revenue generated

7    by Google Chrome?

8        A.    Maybe we could go to the next slide for this?

9        Q.    Sure.

10       A.    So revenues that are generated through Chrome are

11   indirect revenue, as I mentioned before.  And if you are

12   looking at a new entity that would purchase divested Chrome,

13   this new entity would have to come up with a brand new

14   revenue model.  It is tested.  You know, obviously they

15   would have -- every potential buyer would have their own

16   potential model, which I am not aware of.  But there would

17   be a new model for sure.

18       Q.    Is there some connection with the fact that this

19   is indirect revenue, and that the new owner of divested

20   Chrome would have to come up with their own revenue model?

21       A.    Yes.  Sorry if I didn't make that clear.  If there

22   were direct revenue and they would get this asset, Chrome,

23   divested Chrome, as I mentioned, they would, essentially,

24   inherit the infrastructure to generate that direct revenue.

25   But because it is indirect revenue, they would not have the

1      capability to generate that indirect revenue.  So as they

2      are inheriting divested Chrome, they have this very tiny

3      amount of direct revenue, but they would have to re-think

4      how they are going to generate this indirect revenue.  And

5      that is, of course, a much larger number than the direct

6      revenue.

7          Q.   You also mention in here synergies.  Can you

8      explain what you mean there?

9          A.   The synergies are, essentially -- again, when

10     people talk about synergies, they could refer to cost

11     synergies.  And I am going to talk about cost synergies

12     later, as well.  Here we are referring to revenue synergies,

13     which is the fact that Chrome has been developed, as I

14     mentioned here, for about 17 years within Google.  And it

15     has been developed in a way to work particularly well with

16     everything that relates to Google and, therefore, generates

17     synergies on the revenue decide that are attributed

18     indirectly to Chrome.

19         Q.   Do you know how much revenue a divested Chrome

20     would generate?

21         A.   I don't.  I don't.  Because there is a lot of

22     uncertainty around, you know, exactly what divested Chrome

23     would entail.  There is also uncertainly around who the

24     potential buyer would be, how they would operate it, what

25     their revenue model would be, there could be attrition of

1    the number of users of Chrome.  So there are a number of

2    unknown factors here that I can't really quantify that.

3        **Q.**    But is there any doubt in your mind that it will

4    be less?

5        **A.**    I don't have any doubts about it.

6        **Q.**    Were you here for the testimony of plaintiffs M&A

7    experts, Mr. Locala?

8        **A.**    I was.

9        **Q.**    And did Mr. Locala express an opinion of level of

10   monetization a divested Chrome would achieve compared to

11   Chrome?

12       **A.**    Mr. Locala opined lower than the current revenue

13   of Chrome within Google.

14       **Q.**    Let's move on to your next opinion.  Do you have

15   an opinion how a potential buyer would analyze the risk

16   associated with revenue?

17       **A.**    Yes.  Maybe we could go to the next slide.

18       **Q.**    Sure.

19       **A.**    So the point I am making from a valuation

20   perspective.  You are looking at, obviously, the revenue and

21   I already discussed that the revenue is expected to be

22   meaningfully lower.  But the other part that is important

23   here is that at this lower level, it will also be less

24   certain.

25           So that's, of course, also detrimental to value.

1    Right?  You have a lower number, but it is also a number you

2    don't really know and understand.  It would be a new

3    business model and, inherently, new business models are less

4    certain.  So, I guess it is a relatively important point

5    when you think about cash flows or financial flows is that

6    when they are more risky, they are less valuable.

7         **THE COURT:**  Can I ask you, Doctor, when you say

8    "new business models," do you have to say they have to

9    invent a business model that doesn't exist in a marketplace?

10   Why, for example, wouldn't the operation of Safari or

11   Firefox provide a model for monetization of an independent

12   Chrome.

13        **THE DEFENDANT:**  Obviously, Safari would be part of

14   Apple.  I don't really fully know how Apple monetizes

15   Safari.  I think there are similarities with Google, but

16   also differences, because they are different companies.  The

17   same thing about other browsers as well.  To my knowledge

18   there is not an independent browser out there that is really

19   revenue-generating that would be in any way comparable to

20   Chrome and their massive amount of revenue.

21        What I say by a new business model, it means that

22   they would probably look at the way Chrome was generating

23   money and say, Are these some things we can emulate?  Maybe

24   there are things Google Search, they cannot, but maybe they

25   could do something similar with another search engine.

1    YouTube ads, which is the display ads component of the

2    synergies, maybe they can't do that.  Maybe they can do

3    something else.

4         But the point I am making is they can't just

5    transport it, you know.  If it were a direct revenue, like

6    if you were selling, for example, a retail store and you are

7    selling that asset, you already know, you already make money

8    or don't make money.  You can transport it here.  You are

9    really getting a small amount of direct revenue and

10   everything else is indirect.  So you have to, essentially,

11   construct it.

12        **THE COURT:**  Thank you.

13   **BY MR. MAURER:**

14   **Q.**  So, let me ask you a follow-up for that.  If the

15   owner of divested Chrome partners with a general search

16   engine through some sort of rev-share arrangement, would

17   that be the same or less or more revenue that Google gets?

18   **A.**  I mean it's, of course, difficult to opine on

19   whether we -- what it would be exactly, but if the search

20   engine is smaller, different, you know, and Chrome was

21   essentially developed, as I said, since 2008 to work with

22   Google.  So there's a lot of business integrations between

23   Chrome and Google.  I'm not a technical expert, but from a

24   business perspective, I assume that it's not going to fit in

25   a new entity quite the same way.  So it will take some time

1    to develop close to the same type of integration, if it is

2    at all possible.

3        Q.    Does Google pay any rev share to itself?

4        A.    Not that I am aware of.

5        Q.    You were talking about cost synergies.

6        A.    If you could turn to the next page.

7        Q.    Sure.  Will the divested Chrome have the same cost

8    synergies as Google?

9        A.    Less cost synergies than it currently has with

10   Google.  And the main reason for that is that Google, of

11   course, very large, as a sense of scale.  But also because

12   Chrome was developed for 17 years to be part of Google and

13   to work with Google, again, on the revenue side but also on

14   the cost side.  I just mentioned some items like R&D,

15   technical infrastructure and so forth.

16           I believe that Mrs. Parisa Tabriz in her

17   testimony, you know, spoke at length about the integrations

18   from a human -- from a technology perspective, from a human

19   resources perspective, finance perspective with the

20   remaining part of Google.  And I believe in a new entity,

21   the cost synergies would not be the same.  And there's also

22   the element that as they are purchasing Google Chrome, they

23   will have to set up some technical infrastructure and that

24   could be as costly as well.

25       Q.    What does the fact that a divested Chrome would

1    likely have less revenue, higher risk and higher cost lead

2    you to conclude, with respect to whether or not the

3    divestiture would be restrictive?

4        A.    From a valuation perspective, you can see the

5    picture where you have lower revenue.  The revenue is less

6    certain and you have higher costs.  So all of that together

7    leads you to conclude it will be value destructive relative

8    to the current setup.

9        Q.    Let's turn to the second aspect of your opinion

10    about the process of divesting Chrome.

11        A.    Can you go to the next page.

12        Q.    Can you summarize your opinion with the complexity

13    and cost?

14        A.    Yes, we discussed cost of divesting Chrome.  This

15    here relates to the actual transaction.  My perspective is

16    that divesting Chrome would be very complex because both the

17    transaction process itself is atypical and the asset to be

18    divested is atypical.  Because of that, divesting will be

19    very costly.  And I will talk both about direct and indirect

20    costs.

21        Q.    Let's talk first about how the process

22    contemplated here differs from the typical divestiture

23    process?

24        A.    Yes.  Maybe we can go to the next page.

25        Q.    The first point you have here is forced

1    divestiture.  What do you mean by that?

2        **A.**    In most asset sales, most divestitures are

3    voluntary, which means that a management team has analyzed

4    the situation and decided that selling this asset, spinning

5    it off, will create value for the company and then they

6    decide to go forward with that transaction.  In this case,

7    it is a forced divestiture, which means that it wasn't

8    decided from the perspective of, Is this going to create

9    value for the company?

10           This is the first difference, but the second

11    difference is that if it is a forced divestiture, you are

12    missing one component that you are having in a voluntary

13    divestiture, which is that if you are starting a process and

14    along the way the capital markets blow up, the conditions

15    are not good.  You are not getting the value or something

16    changes in the information that you have, you can decide to

17    delay the sale or divestiture or you can decide to cancel

18    it.  If it is a forced divestiture, you don't have that

19    option to delay or cancel it.  So that somewhat reduces your

20    flexibility with regards to potential buyers.

21        **Q.**   Have you reviewed any literature about the forced

22    divestiture and their impact on the value.

23        **A.**   I reviewed some literature.  There was not as much

24    as I was expecting because there are not many forced

25    divestitures.  Generally speaking, they are poorly received.

1    And that's also confirmed in textbooks that talk about

2    divestitures.

3        Q.    Let's go to your next point in your next slide.

4    Why is there going to be uncertainty here?

5        A.    In my opinion, when a company decides to divest an

6    asset and it approaches the board and presents a case to the

7    board, if it is a large asset they will divest certain asset

8    or spin off a certain asset, it is relatively well

9    understood what the asset will be or what the segment or

10   division is, what they will spin off or sell.  In this

11   instance here, at least in my opinion, it is not as clear

12   what would be divested.

13       Q.    Let's look at the preposed final judgment.  This

14   is at Page 3 of that?

15           MR. MAURER:  Your Honor, I have a copy, if you

16   need it.

17           THE COURT:  Thank you.

18           THE WITNESS:  If we could go to the next slide.

19   BY MR. MAURER:

20       Q.    What are you showing here, Doctor.

21       A.    This is the definition of Chrome that is coming

22   from the divestiture remedy documents.

23       Q.    Right.  And is this definition consistent with one

24   that you would expect to see in the typical divestiture

25   process?

1    **A.**    I mean, there's definitely some elements here that

2    I wouldn't expect to see in a typical divestiture document.

3    You know, an important one here, if you look at the last

4    before one line, you see that there is a reference to a

5    technical committee.  Again, I'm not going to, you know,

6    spare the Court -- I will not reread all of this.  But it is

7    essentially talking about the fact that a technical

8    committee will review which parts of products and services

9    are going to be critical or considered to be critical for

10   Chrome and that is atypical.

11   **Q.**    How does the fact that the asset to be divested

12   here, Chrome, is not precisely defined, how does that affect

13   the expected value of the expected divestiture?

14   **A.**    It adds an element of uncertainty, in my opinion.

15   If this was a voluntarily transaction and you would go to

16   your board and say, Hey, we are divesting an asset but, you

17   know, we don't really know exactly what's going to be it.

18   It could be very broad or narrow.  I think the board would

19   say, can you go back and do some more work so we understand

20   what it really means.  Why are we divesting it?  What does

21   it mean for the remaining of the company?

22          In this case, it would be difficult or probably

23   impossible to do this.  So it would also be very difficult

24   to approach a buyer at this stage and discuss the asset, if

25   you haven't defined it more than that.

1          **THE COURT:**  Dr. Zenner, could you solve for that

2     problem by having the technical committee move first?  In

3     other words, have the technical committee fill in the blanks

4     that you described would be -- that are creating

5     uncertainty.

6          **A.**    If a technical committee were to be more

7     prescriptive and say, Hey, this is what the assets entails.

8          By the way, I am not saying everything, a

9     hundred percent of a transaction is defined from the very

10    beginning.  There are always little things that get

11    adjusted.  But at the very least, when you start, it is more

12    boxed in.  Again, I haven't thought that much about it, but

13    it seems like that would help in that direction.

14         **THE COURT:**  Thank you.

15    **BY MR. MAURER:**

16         **Q.**    Let's talk about, Does the contemplated

17    divestiture place constraints on buyers?

18         **THE COURT:**  I'm sorry.  Could you repeat the

19    question?

20         **MR. MAURER:**  Does the contemplated divestiture

21    place constraints on who the buyer could be?

22         **THE COURT:**  Thank you.

23         **THE WITNESS:**  Maybe we could go to the next page.

24         So this transaction, or at least as contemplated

25    currently, has some constraints for the potential buyers and

1    I listed the constraints here.

2              In particular, there's a requirement that a

3    business plan would be provided, with details about how they

4    are going to operate the assets, and also with details about

5    what they are going to invest in Chromium.  There's also

6    some requirements on security and privacy.

7              And maybe we can go to the next page where we

8    highlight it a little bit more.

9        **Q.**    Sure.  What are we seeing here?

10       **A.**    This is, again, from the divestiture remedy

11   document.  It's, I believe, Section 5 A.

12       **Q.**    Does this have the constraint that you were

13   talking about, Doctor?

14       **A.**    Yes.  Again, I would note a few points here to

15   kind of highlight here what I normally look at here, but it

16   says that the buyer would be approved by the plaintiff in

17   their sole discretion.

18             Typically, in an asset sale -- I mean, spinoffs

19   are different because they go to straight to the sellers.

20   But if it's an asset sale, you don't have another party

21   deciding who is going to buy your assets.  Right?  You are

22   selling an asset.  It is typically -- at least in most cases

23   it's understood that the highest bid will be the winning

24   one.  At least if they have financing.  And there might be

25   some, you know, anticompetitive constraints as well you have

1    to take into account.  This is one different.

2          The other difference is the one I mentioned

3    already, which is that a potential buyer -- this is the

4    lower fourth sentence there.  A potential buyer would have

5    to submit a proposed business investment plan and so forth.

6    I am not going to read all of the items.  The main point I

7    am making here it is a different process.  It adds some

8    complexity in particular because as a potential buyer you

9    don't really know what will determine whether you could be

10    approved or not.  Is it the highest bid?  Is it something

11    else?  I don't think that is necessarily that clear.  The

12    fact that you have to submit the business plans has,

13    obviously, another component to it as well.

14        Q.   And what effect would that have on the expected

15    value of the divestiture?

16        A.   Well, everything along the way that makes the

17    process more complex and more atypical will have the impact

18    of reducing the value.

19        Q.   When you say "complex," are you referring also to

20    uncertainty?

21        A.   Yes.  I mean, when I -- complexity means that it's

22    also less likely to be fully understood, which means there

23    is more uncertainty.

24        Q.   Let's go back to your list of why this is an

25    atypical divestiture process.  The last point is timing.

2678

1    Can you explain what you mean by that?

2       **A.**    Yeah.  And the timing component is -- you know,

3    divestitures take a long time, especially if they are large.

4    You know, sometimes they go fast.  Sometimes a little

5    slower.  But the elements that I listed here, which is it is

6    forced, there is uncertainty regarding scope.  There are

7    constraints on the buyers.  All of these elements will add

8    time, make this transaction take more time and that makes it

9    atypical.

10       Again, I'm not saying that other transactions are

11    done in a couple months.  It takes some time as well.  But

12    this could meaningfully extend the time and have a negative

13    impact as well.  One obvious negative impact is that it's

14    just going to cost more, because you have more advisers,

15    more legal fees and so forth.  I will talk about it later as

16    well.  More time, more distraction for the management team.

17       A potential other negative aspect, which I will

18    discuss later as well, is that as time goes on, and if

19    there's uncertainty around who is going to be the nexts

20    owner, that could be an incentive or disincentive for Google

21    to invest the same amount in Chrome because, you know, they

22    know they are not going to be the next owner.

23       **Q.**    Let me go back to the question the Court just

24    asked you about the role of the technical committee in

25    defining the product.  Do you expect that would take some

1    time as well?

2        **A.**    Yeah.  I cannot offer an opinion about how much

3    time, but I would expect it would take some time, yes.  I

4    don't have good knowledge of how much time that would take.

5        **Q.**    Let's talk about your -- let's turn to your

6    opinion about the fact that Chrome is an atypical asset or

7    divestiture.  Can you explain why that is?

8        **A.**    Yes.  There are really two main components.  One

9    of them I have discussed already, which is that most of the

10    revenue from Chrome is indirect.  At least in most of the

11    divestitures and asset sales that I have been involved in or

12    that I have studied, as an academic, most of the revenue was

13    direct.  That makes it atypical.  You think it is quite

14    large, but it doesn't have its own source of revenue.

15        Again, there is technical integrations.  I'm not a

16    technical expert, but I believe they are meaningful, and

17    that will take some time to resolve.  Again, not my area of

18    expertise.  And there are business integrations, I discussed

19    already, when something has been part and created in the

20    business for 17 years, it obviously creates a lot of

21    interlinkages that will take some time to separate.

22        Sorry.  Go ahead.

23        **Q.**    No.  Please, go ahead.

24        **A.**    And the second point I want to make is size and

25    scope.  I'm not pertaining to know what the value of Chrome

 1    is.  I haven't done that work so I don't know what the

 2    valuation would be.  But I heard some testimony, I think it

 3    is from last week, where some representatives of different

 4    companies mentioned some numbers.  And I believe one

 5    representative of DuckDuckGo mentioned $50 billion and

 6    another representative, I believe, from maybe Yahoo said it

 7    could be tens of billions of dollars.  Let's say it's 20 or

 8    30 billion.  Whether it is 20 or 30 billion or 50 billion,

 9    that's a very large number.

10           If you look at a sample of the last -- the asset

11    sales, about 600 that were more than a billion dollars over

12    the last 10 years, I believe none of them was more than

13    $20 billion.  I think the largest one was about 18 billion.

14           Again, all of these things compound one another.

15    Right?  It is complex.  The process is different.  But it is

16    also a very large asset sale.  This has an impact on

17    complexity typically, because larger is more complex,

18    especially with integrations.  But it also has an impact on

19    the range of potential buyers.

20    **Q.**   And how does that affect the value?

21    **A.**   Well, again, more complexity, is more time, very

22    atypical transaction, all of that would lead to value

23    destruction.

24           **THE COURT:**  Can I just ask, at a high level, and I

25    understand this would require a fairly detailed analysis.

1    But at a high level could you describe for me how a

2    potential buyer would go about estimating value?

3              **THE WITNESS:**  Sure.  If you were a buyer and you

4    were to go to your board and say, We are offering X-billion

5    dollars for Chrome.  They would say, Well, how do you come

6    to that number?  Right?

7              **THE COURT:**  Right.

8              **THE DEFENDANT:**  That would be their first

9    question.

10              So they would typically put together a five-year

11   financial model, you know, there could be variations around

12   it, but there could be a base model where they say, This is

13   the type of revenue that we expect to generate.  They would

14   probably bucket the different areas where they expect to

15   generate revenue.  Area you asked me the question before,

16   could it be agreement with a search engine, would it be

17   their own search engine, an app?  I am not sure what their

18   model would be.  I am just giving you hypotheticals.  They

19   would list that.

20              In their model it would estimate what it would

21   cost them.  They would say, How much does it cost us to set

22   up the infrastructure to start?  What kind of people do we

23   need to retain?  Do we need to hire more people?  In the

24   tech space, it's either infrastructure or people cost.

25   These are the two main costs.  It could also be some new

1    marketing.  It is a new entity.  Maybe they have to, because

2    it was part of the Google brand, maybe they feel they need

3    to spend more money on branding.  Essentially, they would

4    have a projection of potential future revenue, of what the

5    projected future expenses would be, and see what kind of

6    cash flow they expect to generate.

7         What they would probably do is say, Look, this is

8    a base model, but if things really work out well and there

9    is an upside, this is what we could realize.  And maybe say

10   if things don't work out well, there a recession or

11   financing is more than we expect, they would have some

12   sensitivity analysis.  And then the board would have some

13   questions.  And then they would try to assess what are

14   downside scenarios.  Based on that they would say, This is

15   maybe what we can offer.  They would probably leave jiggle

16   room.

17        If I can say one more thing, this is some type of

18   DCF analysis.  They might also look at the revenue at the

19   end of five years and look at the revenue multiples and

20   other kind of metrics.  So they would use a number of

21   different methodologies to, kind of, triangulate to what a

22   potential value would be.

23        **THE COURT:**  And if you were to assume for me that

24   a matter got to the point where it was clear what the

25   precise component of the asset is or were, how long do you

1    think it would take for companies to do the kind of exercise

2    you are talking about?

3              **THE WITNESS:**  I mean, in some ways they can do it

4    very quickly, right, because, you know, they can get

5    together in a room, get all of the experts together,

6    investment bank consultants but because I think it is a

7    relatively valuable asset.  Remember I mentioned 20 to 50

8    billion.  They would like to spend more time, rather than

9    quickly.  It's a big investment.

10             **THE COURT:**  Sure.

11             **THE WITNESS:**  They want to make sure it is the

12   real deal.  They would probably do this initially, with some

13   indicative numbers.  Based upon the model that they have in

14   mind.

15             Then, you know, depending on the process that is

16   happening here.  Is there going to be auction?  Are think

17   going to reach out to a few potential parties?  I have no

18   idea what the process would be.  But then they would

19   probably ask for more information from the seller, so they

20   can refine the model, and maybe go back to the board for

21   another discussion or maybe several more discussions.  It

22   could be that there is a transaction committee for the board

23   and keep working with the company.  Because it is a

24   relatively large transaction.  I can imagine they want to

25   make sure, you know, if they need outside debt financing.  I

1    don't know if that would be the case.  If they do, there

2    would be additional requirements as well.

3            **THE COURT:**  Thank you.

4    **BY MR. MAURER:**

5        **Q.**    Let me just -- to be clear, you mentioned some

6    dollar figures.  Are you offering any opinion on what the

7    price should be?

8        **A.**    Definitely, I haven't done the work.  I believe I

9    mentioned already before, I was just using these numbers to

10   give an idea of what it could be, but I have not developed

11   that myself.  These are just the numbers -- I believe, also,

12   that these people who mentioned that last week in testimony,

13   they also haven't done the full work as well.  They were

14   just saying, this is the back-of-the envelope -- I believe

15   they said back-of-the-napkin calculation.

16           **THE COURT:**  His Honor is very familiar with the

17   napkin from the first part of the case.

18   **BY MR. MAURER:**

19       **Q.**    Let me ask you one thing about this, your point

20   about the separate segment.  You said you were here for

21   Mr. Locala's testimony.  Do you recall him talking about a

22   Google divestiture of a Motorola property?

23       **A.**    I remember that, yes.

24       **Q.**    Was that a separate segment?

25       **A.**    I don't remember if it was a specific separate

1    segment, but I do know that Google had executed a number of

2    divestitures.  And I believe that all but one of them were

3    companies that they had previously acquired and then turned

4    around to sell.  And this one, the Motorola one, was they

5    had purchased Motorola and they turned around, I believe,

6    divested two separate components of Motorola.

7        The reason I am saying I don't remember, if it is

8    a segment, because it is a very specific terminology.  But

9    there were definitely businesses, not integrated with

10   Google, that purchased them recently.  And, so, it's quite

11   different because, you know, if you purchase something

12   recently, you don't have time to integrate it or you maybe

13   never had the plan.  Because they always had the plan to

14   already sell them.  So it's a little bit different.

15       **Q.**   Okay.  Let's talk about your opinions on the cost

16   of the divestiture.

17       **A.**   Yes.

18       **Q.**   What do you conclude regarding whether or not

19   divesting Chrome would be costly?

20       **A.**   I believe it would be extremely costly.  I talked

21   about that a couple pages ago already as well.  There are

22   direct costs and indirect costs.  The direct costs are, kind

23   of, the dollars and cents, where you are actually receiving

24   invoices and paying bills.  I listed some of them here.  You

25   know, some of them are in the room.  The legal bills,

1    advisory consulting and so forth.  But the capital gains

2    taxes is something I wanted to add as well because that's

3    very meaningful as well.

4            Potentially, again, I don't have an idea of tax

5    base of Chrome.  I imagine it is relatively low so that

6    would be a relatively large transaction expense for Google

7    as well.

8        **Q.**    What about indirect costs?

9        **A.**    The indirect costs are the ones for which you

10   don't necessarily get an invoice, but they could be very

11   important as well.  You know, in fact, sometimes, they are

12   larger than your direct costs because if it takes a long

13   time and it's very integrated with the business, you have

14   human resources, engineers, senior managers a lot of people

15   would be both busy preparing Chrome for its next life and,

16   you know, both in terms of How do we disintegrate this?  How

17   do we separate this?  That will take time.  The more time it

18   takes, they will be distracted.  I will say they are

19   distracted from their regular Google job on the fact they

20   have to focus on the transaction.

21           I also mentioned another potential cost if it

22   takes time and Google knows that Chrome is going to be

23   divested.  They may have reduced incentives to allocate the

24   same amount of Capitol as they might have otherwise to

25   develop capitalize develop and enhance Chrome.

1      Q.    How would the cost of the Chrome divestiture

2    compare to a typical divestiture?

3      A.    Well, you know, because it's a large transaction,

4    the size and scale is large, obviously, that means the

5    capital gains taxes is higher.  Because it's a large

6    transaction, it takes a lot of time.  It's complex.  Other

7    costs will be higher as well.  Again, in terms of the

8    timing, these indirect costs could be higher not because of

9    the timing but also because it is so integrated.

10     Q.    Now, you've discussed the atypical nature of the

11   process, the atypical nature of the asset and the

12   higher-than-typical costs.  What do those lead you to

13   conclude with respect to whether the divestment of Chrome is

14   likely to destroy value?

15          **THE COURT:**  Sorry.  Before you answer that

16   question, I hadn't really thought about the capital gains

17   tax you are talking about.  If Google were to have to pay

18   something like a capital gains tax how would that, in your

19   view, affect the value of the sale of the asset?

20          **THE WITNESS:**  Well, when a company analyzes a

21   transaction, one of the factors they will take into account

22   is tax leakage.  If I am selling something for a hundred

23   dollars, but my tax in it is also a hundred dollars, I don't

24   have the capital gains issue.  But if it is zero -- I don't

25   want to premises it.  I don't know what it is for Chrome.  I

1    am just imagining because it was start in Google and

2    developed there.  It's not something they purchased.  I will

3    assume it is very, very low.  So they will have to pay

4    probably the full or close to the full amount in capital

5    gains taxes.  Again, I haven't analyzed it.  It is just at a

6    generic level.  And if you are a board, you are going to

7    say, Well, if we have to pay 10, 20 billion dollars of

8    capital gains taxes, do we have alternatives?

9          If you recall, you had asked Mr. Locala, during

10   his testimony, about spinoffs.  And he said companies don't

11   like to pay taxes.  And, typically, for large transactions,

12   first, it's very hard to find buyers because the larger it

13   is, the less the pool of buyers dwindles.  Also, if it is

14   large enough to be an independent company, most companies

15   prefer a spinoff because a spinoff can be tax free.  Most

16   companies wouldn't do something like that if they didn't

17   have to.

18          **THE COURT:**  Okay.  Thank you.

19   **BY MR. MAURER:**

20   **Q.**   What did the costs lead you to conclude with

21   respect to whether the divestiture of Chrome is likely to be

22   value destructive?

23   **A.**   You know, again, we could go to the next

24   slide here, if -- well, that's -- sorry for that.  But it

25   all, you know, all of the complexity and higher costs means

1    that at the transaction level, it will be incremental, a

2    pretty large expense, to affect something that is going to

3    be value destructive already.

4         Normally, if a board makes a decision to divest an

5    asset, they will say, This is what we can get, but it's

6    going to cost us money to get there and so they will

7    evaluate that.  In this case, it's a transaction that is

8    value destructive, but it's also going to cost a lot to do

9    it.

10   **Q.**   Very well.  I believe you actually referred to

11   this earlier, the potential buyer's witnesses who identified

12   their company's interests in purchasing Chrome.

13   **A.**   I did, sir.

14   **Q.**   Did that testimony change your opinion that the

15   divestiture is likely to be value destructive?

16   **A.**   It did not.

17   **Q.**   Why not?

18   **A.**   I believe these four different companies would not

19   be able to monetize Chrome the same way Google did.  Again,

20   I refer to my previous discussion on the indirect revenues.

21   They would all have their own path to get there and they

22   would try to -- obviously, if they were to invest and do the

23   model we discussed, they will try to see how can we monetize

24   it?  I believe it would be at the meaningfully lower number

25   than what Google has been able to do.

1          In their discussions, they obviously don't have

2     detailed business plans at the high level if you say, Hey,

3     would you be interested in?  Someone says, I don't know much

4     about it but, yes, sure.  That is different than I am going

5     to my board and say we are going to spend $25 billion on it

6     and I don't know much about it.  That's not going to happen.

7          I just quoted here Mr. Provost, a representative

8     from Yahoo.  He said, We don't have an understanding of how

9     to run that busy.  I am not saying they wouldn't at some

10    point, but at the point of these statements here, they did

11    not know a lot about the businesses.

12         I would also note that of these four companies,

13    one of them already has a browser and three of them are

14    currently building a browser.  My understanding is one of

15    the browsers can be ready pretty soon.

16    **Q.**    What does that mean with respect to your opinion?

17    **A.**    Well, the reason I believe that's important is

18    that I think DuckDuckGo, Perplexity and Yahoo are building

19    one.  If there is a process to purchase Chrome, which is a

20    browser, and it takes time, and they are building their

21    browser, they are not going to put it on hold because that

22    process -- Chrome is of course a big-known browser.  They

23    don't know if they are going to get it.  Maybe there is

24    another party, they will continue building a browser.  If in

25    6 months, 9 months, 10 months, whenever it is, they have the

1   browser too.  They may have less incentives to buy a new

2   browser because they just built one.  It is kind of fit for

3   purpose, because they just built it.  That's why I believe

4   it will reduce the value.

5       Q.   Okay.  Are there potential negative outcomes from

6   a divestiture of Chrome when you consider it value

7   destructive?

8       A.   If I can go back to that, please.  I want to make

9   this last bullet.

10      Q.   I'm sorry.  Yeah.

11      A.   I just want to highlight for the Court these four

12  companies were all private, which somewhat reduces your

13  access to capital.  Three of them are quite small, you know.

14  DuckDuckGo, I think, is very tiny.  Perplexity and Yahoo are

15  small, at least relative to the numbers we are discussing.

16  OpenAI is potentially a large company.  Just to say that

17  it's interesting to hear, but it doesn't mean they will be

18  involved or make a bid.

19           Sorry for that.  We can go to the next slide.

20      Q.   I guess my next question is, Are there potential

21  negative outcomes of this divestiture that affect your

22  opinion?

23      A.   Yes.  I believe that over time, if you have a

24  potential buyer, obviously there are several potential

25  buyers.  But at some point, if the transaction goes through,

1    there would be one winner, the new owner of Chrome, if they

2    have an uncertain business model and end up not making the

3    kind of money they expected.  Maybe because something else

4    is happening in the economy, something else is happening in

5    technology.  I don't really know.  But if it is an uncertain

6    new model, it is very possible something happens they didn't

7    expect and it's not as favorable.  They may conclude and

8    decide to invest less in Chrome.  That risk not is not the

9    same with Google because they have an established revenue

10   model that they've had for a long time.  If they buy Chrome,

11   it's not working out for them, they may invest less, it may

12   reduce the functionality and so forth.

13       **Q.**   Let's turn to Android, if we can.

14       **A.**   Yes.

15       **Q.**   Have you formed any opinions with respect to

16   whether the proposed continued divestiture of Android and

17   Play, from plaintiffs' final judgment, will be value

18   destructive?

19       **A.**   It will be value destructive as well.  If you are

20   asking me why, it's because of the same reasons that I had

21   for Chrome, which is it would be it would be large

22   transaction.  It would be also atypical in terms of it's

23   size and integrations.  All of the factors I mentioned would

24   apply here as well.

25       **Q.**   Can you summarize for the Court, Dr. Zenner, your

1    conclusions regarding plaintiffs' proposed divestiture

2    remedies about Chrome and Android and whether or not they

3    are determined to be value destructive?

4        **A.**    Yes.   Again, I believe the proposed divestiture

5    would be value destructive on the side of operating the

6    business it would be lower revenue, higher cost and

7    uncertain revenue; so that's one negative.   And then it

8    would also be a very costly transaction to affect.   I don't

9    really know how to weigh the two sides of it.   I think the

10   lesser values may be bigger than the transactions cost, but

11   the transaction costs could be high as well.

12       **THE COURT:**   Can I ask you a question, Dr. Zenner.

13   This question about value destruction, you will forgive me

14   if I don't state the question elegantly.

15           Assume all other things being equal in terms of

16   the costs, et cetera, that you've talked about that a new

17   owner could run Chrome in much the same way that Google

18   does.   With respect to the ad revenue that Google generates

19   indirectly, if they get a hundred cents on the dollar,

20   because they don't have to pay a revenue share, a third

21   party that purchases Chrome that relies on a third-party

22   browser, excuse me, a third-party search engine does have to

23   pay, let's say, 30 cents on the dollar in terms of revenue

24   share or earns 30 cents on the dollar in terms of revenue

25   share.

1          **THE WITNESS:**  Yeah.

2          **THE COURT:**  Do you consider that to be value

3    destructive?  In other words, or is that just a circumstance

4    where the asset is more valuable to Google than it is -- but

5    it is valuable to a third party nevertheless.

6          **THE WITNESS:**  I'm not saying that a third party

7    would not be able to get some value out of Chrome.  They

8    could.  Right?  There are avenues to get to some value.

9    Like, the example you described.  I'm just saying that their

10   avenues to get to value are much lower than the ones that

11   Google currently has.  So from the perspective of where

12   Chrome is today, to where a new owner would be, that's value

13   destructive.

14         **THE COURT:**  Thank you.

15         **MR. MAURER:**  Your Honor, I would like to, as we

16   have been doing, offer RDXD-18 as a demonstrative.

17         **THE COURT:**  I will accept it as a demonstrative

18   and cross-examination.

19               <u>**CROSS-EXAMINATION OF MARC ZENNER**</u>

20   BY MR. SALLET:

21   **Q.**   Good afternoon, Dr. Zenner.

22   **A.**   Good afternoon.

23   **Q.**   It's good to see you.

24         Dr. Zenner, you have not offered an opinion in

25   your reports of the value of the Chrome divestiture to

1    consumers; is that correct?

2         **A.**    That is correct, sir.

3         **Q.**    And you've not offered an opinion in your reports

4    of the value of the Chrome divestiture to a potential buyer.

5    Correct?

6         **A.**    That is correct, sir.

7         **Q.**    And you're not offering an opinion on the

8    competitive effects of Google divesting Chrome.  Correct?

9         **A.**    That is correct.

10        **Q.**    In your analysis, Dr. Zenner, you focus

11   specifically on the value implications for Google when, for

12   example, in your opening report you say "the nature of the

13   sale process for the proposed Chrome divestiture has value

14   implications for Google."  Correct?

15        **A.**    Yes, that is correct, sir.

16        **Q.**    And on slide 15, on the demonstrative, when you

17   talk about capital gains being, taxes being value

18   destructive -- well, first of all, you said you imagined

19   what the basis would be.  You have not done any calculation

20   of these capital gains calculations.

21        **A.**    I believe I made it very clear I don't know what

22   the base is.  So I don't really know what the capital gains

23   taxes would be.

24        **Q.**    But who -- if Chrome were divested and capital

25   gains taxes had to be paid, they would be paid by Google.

1    Correct?

2        **A.**    Google would may the capital gains taxes.

3        **Q.**    So the emphasis here is on value destruction to

4    Google in this example.  Correct?

5        **A.**    I mean, my analysis as a corporate financial

6    analyst, finances that Google or any other company would

7    look at as they are evaluating an asset sale or divestiture

8    sale, that is one factor they would look at.

9        **Q.**    The impact on them, in other words, isn't that

10   what you are saying, Dr. Zenner?

11       **A.**    That is correct.  From a corporate finance

12   perspective, I don't like value destruction.

13       **Q.**    In fact, all the opinions you offer in this

14   matter, at some level include the value impact on Google;

15   isn't that correct?

16       **A.**    That is correct.  As a corporate finance expert, I

17   believe that if an asset is owned by the party that has the

18   most benefit from it, from a value perspective, that it will

19   also benefit the assets and everything that surround it.

20       **Q.**    And so it's your opinion that -- well, I'm sorry.

21   A Court-ordered divestiture is part of what you described as

22   a forced divestiture.  Correct?

23       **A.**    That is correct, sir.

24       **Q.**    And it's your opinion that what you call a "forced

25   divestiture" of Chrome will result in Google receiving

2697

1    significantly less value.  Right?  I think that was on, I

2    think, your first slide.

3        A.    That it would be value destructive; that is

4    correct, sir.

5        Q.    You understand, do you not, that in a

6    Court-ordered divestiture, such as the proposed divestiture

7    of Chrome, alphabet's Board of Directors would not have a

8    choice, would not be making the decision, as to whether the

9    divestiture goes forward.  Correct?

10        A.    That is correct.  I've explained the difference in

11    the context of a forced divestiture, yes.

12        Q.    It's true, isn't it, Dr. Zenner, you think if the

13    choice is taken away from the Board of Directors, that leads

14    to value destruction.  Correct?

15        A.    The company, the board and the management team,

16    don't have the prerogative to do the typical analysis that

17    you would do to evaluate or you do an asset sale or not,

18    because it's a forced transaction.

19        Q.    And that, in turn, in your view, leads to the

20    likelihood of value destruction; isn't that correct --

21        A.    That is what is value destructive, yes.

22        Q.    Dr. Zenner, in your opening report you cite three

23    examples of what you call "complex divestitures."

24    Honeywell's spinoff of Resideo, Baxter's spinoff of

25    Baxalta -- excuse me if I mispronounced it.

1          **A.**    I think it is Baxalta.

2          **Q.**    Thank you, Dr. Zenner -- and eBay's spinoff of

3     PayPal.  Do I have that correct?

4          **A.**    You do, sir.

5          **Q.**    You talk about Honeywell International spinning

6     off its smart home business segment as Resideo in 2018.  Do

7     you recall that?

8          **A.**    That is correct, sir.

9          **Q.**    That divestiture was actually completed.  Correct?

10         **A.**    It was a spin off and it was completed, yes, sir.

11         **Q.**    And in Baxalta, you describe when Baxter

12    International spun off it's biopharmaceutical division.  Do

13    you recall that?

14         **A.**    Yes.  Yes, sir.

15         **Q.**    And whatever you said about the complexity of that

16    divestiture, that divestiture was actually completed.

17    Correct?

18         **A.**    It was completed.  I mean, this was a discussion

19    of completed divestiture.  So they were all completed.

20         **Q.**    Correct.  So just -- if you bear with me just one

21    more then.

22         **A.**    Yes.  Sorry

23         **Q.**    EBay/PayPal, you say in your report, "Although

24    PayPal operated as an independent brand and not as a

25    subsidiary of eBay between 2002 and 2015, the implementation

1    of the divestiture was a significant challenge along certain

2    aspects, as eBay and PayPal were highly integrated across

3    such dimensions such as security, where it was necessary to

4    transfer knowledge from specialized security experts at eBay

5    to PayPal."  That's your description.  Correct?

6         **A.**    Yes, sir.

7         **Q.**    And that divestiture was completed.  Correct?

8         **A.**    That is correct, sir.

9         **Q.**    In fact, you agree that complexities in the

10   divestiture process do not eliminate the possibility that a

11   divestiture can, in fact, be completed; isn't that correct?

12        **A.**    That is correct.  Complexity makes it more

13   difficult and more costly; and that's often a reason why a

14   company may decide not to pursue but it doesn't mean it

15   cannot happen; that is correct, sir.

16        **Q.**    By contrast, you've offered AT&T as an example of

17   a divestiture that was relatively simple to implement.

18   Correct?

19        **A.**    The very old AT&T, the breakup.

20        **Q.**    I'm sorry.  If I call it the breakup of AT&T?

21        **A.**    Yeah.

22        **Q.**    You offered that as an example of a divestiture

23   that was relatively simple to implement.  Correct?

24        **A.**    I believe it was related to the geography.  So

25   there were specific existing divisions or segments, but that

1    is exactly what I mean, yes.

2        **Q.**    That is the reason you gave for believing it would

3    be relatively simple to implement.  Correct?

4        **A.**    Correct, sir.

5        **Q.**    Did you review any of the Court papers in the AT&T

6    breakup?

7        **A.**    I did not, sir.

8        **Q.**    So you did not look at Judge Greene's initial

9    order reviewing the proposed Consent Decree from August

10   1982, did you?

11       **A.**    I did not.

12           **MR. SALLET:**  Can I approach, Your Honor?

13           **MR. MAURER:**  Do we have a copy.

14           **THE COURT:**  You've handed him another notebook as

15   well.

16           **MR. SALLET:**  Well, let me explain.  In this

17   notebook, I'm happy to have you inspect it, I put additional

18   documents like reports and a copy of the AT&T opinion, which

19   I intend to use as demonstratives and not move into

20   evidence.

21           **MR. MAURER:**  My only objection is you haven't

22   provided me a copy of that.

23           **MR. SALLET:**  Okay.  Let's hand Dr. Zenner the

24   demonstrative of what you have.

25           **MR. MAURER:**  I do.  Okay.

1          **MR. SALLET:**  In other instances, I just know,

2    Mr. Maurer, not everybody has a copies of the remedies.

3    Let's do it this way and we will do it piece by piece.

4          **MR. MAURER:**  That's fine.  You just handed the

5    witness something I don't have.

6          **THE COURT:**  Let's turn first to what everyone has.

7    Let's begin there.

8          **MR. SALLET:**  I'm going to approach, take the

9    demonstrative deck out and take the rest of it away, if

10   that's okay.

11         **MR. MAURER:**  It's fine.

12         **THE COURT:**  If it's all in one binder for him,

13   that's okay.  Let's proceed.

14   **BY MR. SALLET:**

15      **Q.**   So could you turn to tab 2 in your -- in that

16   black binder, Dr. Zenner?

17      **A.**   Should I not look at the screen.

18      **Q.**   You can but it's also available for you there.

19   It's your choice.

20      **A.**   Okay.

21      **Q.**   I am going to show something on the screen.

22      **A.**   I'm seeing something on the screen already.  If

23   it's okay, I prefer to.  It's easier for me to read that

24   way, if that's okay.

25      **Q.**   Of course, Dr. Zenner.

1      **A.**    Okay.

2      **Q.**    This is an excerpt from the Judge Harold Greene

3   issued in 1982 talking about the AT&T breakup.  He said,

4   "This particular settlement and this particular consent

5   decree are of extraordinary magnitude and complexity.  The

6   decree will effectuate the largest, most complicated

7   divestiture since the pass age of the Tunney Act, if not in

8   all of American legal history."  Do you see that?

9      **A.**    I do see that.  Yes, sir.

10      **Q.**    The breakup of AT&T -- actually, the divestitures,

11   there was more than one divestiture in AT&T.  Correct?

12      **A.**    I believe so.  Yes, several.

13      **Q.**    The divestitures, which you describe as simple and

14   Judge Greene describes as "having extraordinary magnitude

15   and complexity," those divestitures were completed, were

16   they not?

17      **A.**    They were, sir, yes.

18      **Q.**    In fact, you mentioned the geographic issue a

19   moment ago as part of your rationale.  Judge Greene went on

20   in the opinion -- if we could go to the next slide.  And

21   just for context, what I a.m. calling AT&T and what you are

22   calling AT&T was the Bell system.  We both understand it.

23   Correct?

24      **A.**    Yes.

25      **Q.**    We both understand it.  "The Bell system is a

 1    vast, vertically integrated company, which dominates local

 2    telecommunications interested in intercity

 3    telecommunications, telecommunications research and the

 4    production and marketing of equipment."  Do you see that

 5        A.    Yes.

 6        Q.    You and I may be the only ones old enough to

 7    remember, but I think you and I both remember, that local

 8    telecommunications was a particular product line of local

 9    telephony; isn't that right?

10        A.    Yes, sir.

11        Q.    And intercity telecommunications is what became

12    the separate line of long distance telephony.  Correct?

13        A.    Yes.

14        Q.    Telecommunications research was the Bell Labs?

15        A.    Yes, sir.

16        Q.    And the production and marketing of equipment was

17    a company called Western Electric.  Do you recall that?

18        A.    Yes, sir.

19        Q.    All of these were divested as part of the

20    divesting of AT&T separated -- not in every instance.  The

21    product lines I've described were all separated in the

22    discussion, in the breakup of AT&T.  Do you remember that?

23        A.    I mean, again, I haven't studied it extensively,

24    but I do remember that they were separated, yes.

25        Q.    Yes.  And do you know what happened?  I'm sorry.

1    That's not fair.

2              This opinion was issued in August of 1982.  Do you

3    know that Judge Greene ordered that a plan of reorganization

4    be filed by AT&T with the approval of the United States

5    Department of Justice subsequent to the order?

6        A.    I'm not familiar with the specifics, sir.

7        Q.    And would you know that in December of that year

8    AT&T filed a nearly 500-page plan of reorganization

9    providing details of how the divestiture should be

10   implemented?

11       A.    That's very possible, sir.  I'm not very familiar

12   with the details.

13       Q.    But you know the divestiture was effectuated?

14       A.    I do know, yes.

15       Q.    Dr. Zenner, you believe that the buyer pool for

16   Chrome may be limited; is that right?

17       A.    I do believe that, yes.

18       Q.    In fact, your assertion of a limited buyer pool is

19   connected to your concerns over value enhancement for

20   Google, without mention of whether the Chrome divestiture

21   can be actually accomplished.  Do you recall that?

22       A.    I guess the point I am making is that, you know,

23   with limited buyer universe, there's more likely to be value

24   destruction, yes.

25       Q.    And in this instance, you mean value destruction

1    to mean that Google would get a lower price than if the

2    divestiture were voluntary.  Correct?

3        A.    It would mean, you know, if there are fewer buyers

4    that there are fewer companies that are doing the work to

5    examine how they can make money with it.  There are

6    uncertainties around it.  And that could generate a lower

7    price for Google; that is correct.

8        Q.    A lower price than if a board of directors had

9    been given the freedom of when and whether to divest Chrome.

10   Correct?

11       A.    Again, I'm not on that specific board, but there

12   are so many integrations between Chrome and Google that they

13   would not do that exercise, I'm pretty sure.

14       Q.    I'd like you to show you it slide 4 from this

15   demonstrative deck.  Now, you referred to your direct

16   testimony that the fact Mr. Turley from OpenAI,

17   Mr. Shevelenko from Perplexity and Mr. Provost from Yahoo,

18   each of them said they were interested in acquiring Chrome;

19   is that correct?

20       A.    That is correct, in the context of that specific

21   question; that is correct, sir.  Again, they haven't had the

22   opportunity to really delve into it and know what it would

23   be worth and how to operate it but just on the basis of that

24   question, that is correct.

25       Q.    We are in a trial.  We are not in a divestiture

2706

1    process.  Correct?

2        **A.**    That is correct.  I think the point I am making is

3    that the threshold is much lower if you say, Would you look

4    at this, as a business person?  And they say, Yeah, I might

5    look at it.  I might be interested.  But that doesn't mean

6    they will be serious buyers.

7        **Q.**    Well, you take their expressions of interest

8    sincere, they were all testifying under oath in this

9    proceeding.

10       **A.**    I don't doubt their sincerity of being willing to

11   look at it.  I am saying, the next steps is what I am

12   questioning.

13       **Q.**    We are not even at the starting line in the

14   divestiture process.  Correct?

15       **A.**    I guess it depends how you you define the starting

16   line but, yes, I guess.

17       **Q.**    In fact, you know the plaintiffs proposed there be

18   a two-step divestiture process in which there is an initial

19   order, if Your Honor issues the order in which divestiture

20   is ordered, and then a second more specific order would be

21   from the judge.  You know that.  Correct?

22       **A.**    I don't know the specifics, sir.

23       **Q.**    Fair.  But you know that the two-stage process is

24   in place.

25       **A.**    Okay.

1    Q.    Would you expect that additional detail could be
2    given, for example, about the assets and the more specific
3    order that's issued later in the process, the second order?

4    A.    I'm not familiar with those kind of processes, so
5    I don't really know how they normally operate, but that
6    could be an expectation.

7    Q.    It's fair, Dr. Zenner, you said before when the
8    Judge asked you about the technical committee, that it could
9    be helpful.  Correct?

10    A.    Yes, sir.

11    Q.    So you agree that the technical committee could be
12    employed to help provide additional detail that would be
13    helpful to buyers as they enter into a formal process.
14    Correct?

15    A.    Having the technical committee, you know, I guess,
16    to Your Honor's point, kind of come to more of a description
17    earlier on.  That, of course, would define the perimeter
18    around the transaction more than it is currently.

19    Q.    Thank you.  I'd like to talk a little bit about
20    the typical process of divestiture, the voluntary process.
21    You describe a due diligence phase of a divestiture process
22    at which potential buyers usually receive only limited
23    information, but they get more detailed analysis later in
24    the process; is that correct?

25    A.    That is correct, sir.

1    Q.    And, in fact, you believe that buyers initially

2    could be given a short document with some limited

3    information.  Correct?

4    A.    Yes.  You know, again, it depends what kind of

5    process one runs.  If it's a negotiated transaction, they

6    wouldn't do that at all, but if it's an auction, they might

7    have some short document to describe the asset.

8    Q.    And then after that, they would go into a stage,

9    for example, of having a data room, where there would be

10    much more information provided; is that correct?

11    A.    Correct, sir.

12    Q.    You don't have any doubt, do you, Dr. Zenner, that

13    a divested Chrome would have a value in the marketplace.

14    Correct?

15    A.    Yes.  If the point is, will there be at some

16    price, some party that could buy it, I believe that is

17    possible.  I mean, it's not certain but it is possible that

18    some party will buy it and create value out of it.

19        The point I am making in my opinion is that this

20    value would be meaningfully lower than the value within

21    Google.

22    Q.    You say that you think a divested Chrome would be

23    likely to have a transaction size, at least in the tens of

24    billions of dollars.  Correct?

25    A.    I didn't say that.  I believe the -- it's Provost

1      from Yahoo who said it.  Yes.  Mr. Provost.  He said he did

2      a back-of-the-envelope calculation.  It would be within the

3      tens of billions of dollars.  He said he couldn't afford it

4      put Apollo private equity firm that owns Yahoo could help

5      him.

6          **Q.**   Could you turn to tab 5 in your folder?  It will

7      not be on your computer screen.

8          **MR. SALLET:**  I apologize.  This is the summary of

9      Dr. Zenner's report.

10     **BY MR. SALLET:**

11         **Q.**   And could you turn to tab 5, in the black binder?

12         **A.**   Uh ...

13         **Q.**   If you wouldn't mind.

14         **A.**   Yes, sir.

15         **Q.**   It is the executive summary -- I'm sorry.  It is

16     the summary of your opinions that was provided to the Court.

17         **A.**   Yes, sir.

18         **Q.**   And could you turn to Page 5 of that?

19         **A.**   Yes, sir.

20         **Q.**   And do you see the first Paragraph, Google's prior

21     divestitures?

22         **A.**   I want to make sure I am in the right spot.  It's

23     Page 5.  Okay.

24         **Q.**   At the very top there is text that says "Google's

25     prior divestitures."

1        **A.**    Yes, I see it.

2        **Q.**    There's a -- let me count the sentences.  The

3   third sentence on line -- I think 4 that says, "These

4   divestitures therefore are different."  Do you see that?

5        **A.**    Yes.

6        **Q.**    And this says, "These divestitures therefore are

7   different from the proposed divestiture of Chrome, which is

8   likely to have a transaction size at least," in italics, "in

9   the tens of billons of dollars."  Do you see that?

10       **A.**    Yes, I see that.

11       **Q.**    Does that refresh your recollection that you

12  provided a opinion that Chrome is likely to have a

13  transaction size of at least in the tens of billions of

14  dollars?

15            **MR. MAURER:**  Objection.  Foundation.

16            **THE WITNESS:**  I --

17            **THE COURT:**  Dr. Zenner, hold on.  It's in his

18  summary.

19            **MR. MAURER:**  There isn't a foundation made that he

20  wrote that, which is what counsel said.

21            **THE COURT:**  Well, I assume since it's summary, he

22  signed off on it.  But if you want to confirm that, that's

23  fine.

24            **THE WITNESS:**  In my reports, I said that, this is

25  for the exercise, that Google was worth $2.3 trillion in

1    December '24 and that one percent of $2.3 trillion would be

2    about 20 billion; that's what I said, but I didn't have that

3    statement.

4        Q.    Did you not review this summary before it was

5    submitted to the Court?

6        A.    I have not reviewed it.

7        Q.    You have not seen it before?

8        A.    I have not, no.

9        Q.    Let's talk about the 20 billion.  You used the

10   20 billion as a means of calculating the statement.  You

11   said on direct that you didn't find certain kinds of

12   divestitures of more than $20 billion.  Am I remembering

13   that correctly?

14       A.    That is correct.  I haven't done a valuation of

15   Chrome.  I don't know what the value would be.  I believe

16   I've said this a number of times already, but because I

17   wanted to work with something and have some idea of the size

18   of it, I said, What if it's one percent of Google.  The

19   other numbers I mentioned are the numbers from the four

20   witnesses in last week.

21       Q.    What I recall from your direct, you said something

22   could be 20, could be 30, could be 50.  You weren't giving a

23   valuation but just the numbers.

24       A.    That is correct, sir.

25       Q.    Is that correct?

1          You know there are large cash acquisitions of

2    entire companies in the technology sector.  Correct?

3         A.    There have been some large cash transactions, I'm

4    sure.  Yes, sir.

5         Q.    Are you aware that in June of 2016, Microsoft

6    acquired LinkedIn for $26.2 billion in cash?

7         A.    Very specifically because it is the number of

8    miles in America, that's why I remember.

9         Q.    I'm going to keep myself from asking you if you

10    think that was the basis for the calculation.

11        A.    I believe that is what it is, yes.

12        Q.    Okay.  Are you aware that in 2019, IBM acquired

13    the firm Red Hat for $34 billion?

14        A.    I am familiar with the transaction, yes, sir.

15        Q.    Are you aware that in January 2022, Microsoft

16    bought a gaming software company called Blizzard for $58.7

17    billion in cash?

18        A.    I am familiar with that, yes.

19        Q.    Are you aware that Google announced its

20    acquisition of the cloud security platform Wiz for

21    $32 billion in cash?

22        A.    I am aware of that transaction as well.

23        Q.    Don't you think it is fair, Dr. Zenner, from these

24    large cash transactions beyond the 20- to 50-billion-dollar

25    range that you described, don't you think it is reasonable

1    to believe that a motivated buyer could raise the capital

2    necessary to buy Chrome at the value range that you have

3    offered?

4        A.    It's definitely possible.  I mean, it doesn't take

5    away in that 600 asset sales, none of them were 20 billion.

6    But you are right to point out that there were some entire

7    company transactions that were of that size.

8        Q.    You had the discussion, including a colloquy with

9    the Court about potential revenue streams for a divested

10   Chrome.  Do you recall that?

11       A.    Yes, sir.

12       Q.    You agree that a potential buyer could look to how

13   Chrome is already generating revenue for Google today in

14   considering potential sources of revenue for a divested

15   Chrome, don't you?

16       A.    You know, if a potential buyer were to look at

17   Chrome, they would probably like to understand how Chrome is

18   making money for Google today, as a way to conceptualize

19   how, maybe, they can make money.  If that's your question.

20   Right?

21       Q.    Yes.

22       A.    Yes, sir.

23       Q.    In fact, the way Chrome is making money from

24   Google today, it is delivering a lot of traffic to Google's

25   advertising business; isn't that correct?

1     **A.**    That is part of it, yes.  Uh-huh.

2     **Q.**    Do you know what percentage of all of the queries

3     in the United States, general search queries in the

4     United States go through Chrome?

5     **A.**    I'm not familiar with the specific percentage.

6     **Q.**    Do you think it would be 30 percent?

7     **A.**    I am not going to guess.  I don't really know.

8     **Q.**    Do you think if Chrome -- if 30 percent of the

9     queries in the United States went through Chrome, that that

10    would be potential interest to a potential buyer?  You'd

11    think so, yes?

12    **A.**    I don't think I am that testifying that some

13    companies might not be interested in Chrome.  I think the

14    point I am making is that it would be worth a lot less and

15    it would be value destructive.

16    **Q.**    You've also testified, have you not, that a

17    potential purchaser could reasonably look to the business

18    models of other browsers.  Correct?

19    **A.**    Yes.

20    **Q.**    And during your direct testimony, you mentioned,

21    isn't it true, that a potential purchaser can look at

22    monetization through independent browsers, like Apple and

23    Mozilla, to get a sense of what the sources of revenue would

24    be.  Correct?

25    **A.**    All the work that we do to develop the model that

1    I was describing to Your Honor, yes.

2        **Q.**   And that would include different forms of

3    advertising, traffic, against which different forms of

4    advertising could be sold.  Correct?

5        **A.**   Correct.

6        **Q.**   And, Dr. Zenner, you've already said you reviewed

7    portions of Mr. Turley's and Mr. Shevelenko's testimony in

8    this hearing.  Correct?

9        **A.**   You did, yes, sir.

10       **Q.**   I'd like to go to slide 6, which will be on your

11   screen, Dr. Zenner.  It would be easier for you to see.  Do

12   you recall that Mr. Turley testified in the following way.

13           He was asked:  "And you testified earlier that

14   distribution is a core part of OpenAI's product.  In your

15   view, if OpenAI were to reach a distribution agreement with

16   independent Chrome, in the United States, would that

17   relationship provide value to OpenAI and its customers?"

18           And he said, "Absolutely."

19           Are you familiar with that?

20       **A.**   Yes, sir.

21       **Q.**   And are you familiar with the fact that

22   Mr. Shevelenko, from Perplexity, expressed interest in

23   entering into a distribution agreement with independent

24   Chrome and was asked, "And do you have a sense of what such

25   a distribution agreement might look like?"

1          And he said, "As we were talking about earlier, we

2   would be happy to enter a revenue-sharing agreement, that

3   would not just encompass future advertising revenues but

4   subscription revenues."

5          Do you see is this?

6      **A.**   I do see that, sir.

7      **Q.**   You would agree, would you not, Dr. Zenner, that

8   two generative AI firms have already expressed interest in

9   partnering with an independent Chrome.  Correct?

10     **A.**   Yes.  That seem to be the case from their

11  testimony from, at least, the part I am reading here.

12     **Q.**   Dr. Zenner, you were asked some questions about

13  the definition of Chrome in the proposed remedies.  Correct?

14     **A.**   Yes.

15     **Q.**   Have you reviewed the testimony of Professor James

16  Mickens, expert for the United States and the Colorado

17  state.

18     **A.**   His testimony in trial?

19     **Q.**   Yes, sir?

20     **A.**   I the have not.  No, sir.

21     **Q.**   You don't consider yourself a technical expert

22  like Professor Mickens.  Correct?

23     **A.**   I am not, sir.

24         **MR. SALLET:**  Could I have just one minute,

25  Your Honor?

1          (Brief pause in the proceedings.)

2          I'm sorry, Your Honor.  This is taking me -- one

3    second.

4    **BY MR. SALLET:**

5    **Q.**   Dr. Zenner, I want to ask if you would agree with

6    this statement, "some potential strategic buyers may also

7    not be interested in purchasing the entirety of Chrome or

8    may see limited value in some of Chrome's existing features,

9    such that they may deactivate or disable those features or

10   may decrease investment in Chrome."

11         Do you agree with that statement?

12   **A.**   I remember reading it.  I don't remember any more

13   of the context.

14   **Q.**   It's in the summary that you said you never saw.

15   **A.**   Okay.

16   **Q.**   So did you read your summary or not?

17   **A.**   Did I read my summary?

18   **Q.**   I am reading you a sentence from your summary,

19   which you previously said you have not read.

20   **A.**   I have not read it, no.

21   **Q.**   You are not familiar with that statement?

22   **A.**   I remember that statement, but I believe it was in

23   my rebuttal report.

24   **Q.**   Possibly.  We've talked about the testimony of

25   some witnesses already at the trial, with the interest in

1    acquiring Chrome.  You would agree with me, would you not,

2    that no one of them expressed any interest in purchasing a

3    piece, but not the entirety of Chrome; is that correct?

4        **A.**    I didn't see any statement from them referring to

5    a piece of Chrome, at least that's my recollection.

6        **Q.**    Thank you.  Dr. Zenner, in the divestiture you've

7    worked on in your career, you've never been responsible for

8    preparing the sufficiency of the assets' representations in

9    connection with the a divestiture.  Correct?

10       **A.**    That's correct, sir.

11       **Q.**    In the divestitures you've worked on during your

12   career, you've never been individually involved in

13   negotiating an intellectual property allocation in

14   connection with a divestiture.  Correct?

15       **A.**    That's correct, sir.

16       **Q.**    And during your career, you've never been directly

17   responsible for negotiating the specific terms of the

18   divestiture with representatives from the opposing side.

19   Correct?

20       **A.**    That's correct.  I would advise my client but I

21   would not be directly having these negotiations; that's

22   correct.

23       **Q.**    Thank you.

24           **MR. SALLET:**  No further questions, Your Honor.

25           **THE COURT:**  All right.  Thank you, Mr. Sallet.

1              Mr. Maurer, any redirect?

2              **MR. MAURER:**  Nothing from us.  Thank you,

3    Your Honor.

4              **THE COURT:**  Okay.  Dr. Zenner.

5              **THE WITNESS:**  Thank you.

6              **THE COURT:**  Thank you very much for your time and

7    testimony.  Safe travels.

8              **THE WITNESS:**  Thank you so much.

9              **MR. SCHMIDTLEIN:**  Okay.  I was just looking at the

10   calendar for tomorrow.

11             **MR. SCHMIDTLEIN:**  Your Honor, we can do a couple

12   different things here at this point.  I know it's a quarter

13   of five.  We do have Professor Allen ready to testify first

14   thing tomorrow.  We also have a Google fact witness, Jesse

15   Adkins that we can call right now, and begin his testimony

16   right now.  He'd obviously have to continue tomorrow.  And

17   we are prepared to start tomorrow whenever it is convene for

18   Your Honor.

19             **THE COURT:**  Okay.

20             **MR. SCHMIDTLEIN:**  We obviously have several

21   witnesses on tap tomorrow.  In addition to Mr. Adkins or

22   Professor Allen, we have another Google witness, Eli

23   Collins, who will at least start testifying tomorrow.  He

24   may bleed over into Friday.  So however you would like to

25   proceed, Your Honor.

1          **THE COURT:**  I don't know that it makes a lot of

2    sense to start with a new witness at this hour, but why

3    don't we go ahead and begin at 9:15 tomorrow and we will get

4    in as much testimony as we can.

5          As I said, we will have to adjourn probably around

6    4:15.

7          **MR. SCHMIDTLEIN:**  Sounds good.  Thank you.

8          **THE COURT:**  Of course.

9          **MR. DAHLQUIST:**  Your Honor, just one note.  If

10   their expert Collins, Mr. Collins comes up tomorrow, we

11   submit at the end of our case some designations from a

12   30(b)(5) testimony related to Mr. Collins.  We would ask the

13   Court if it has an opportunity to review that 30(b)(6)

14   before his testimony.  We think it would be helpful.

15         **THE COURT:**  Mr. Collins was himself a 30(b)(6)

16   witness?

17         **MR. DAHLQUIST:**  He was both a 30(b)(6) witness and

18   he testified in a 30(b)(1) capacity.  In advance of his

19   testimony here tomorrow, we think the 30(b)(6), which was

20   designated, would be helpful.

21         **THE COURT:**  Sure.

22         **MR. DAHLQUIST:**  I don't think it'll be that long.

23         **THE COURT:**  Okay.  Of course.  Why don't you go

24   ahead and send it to me.

25         **MR. DAHLQUIST:**  It's already in the package that

1    we provided last night.

2           **THE COURT:**  Oh, we have it.  Great.  Terrific.

3    Then we have it.  Okay.  With that --

4           **MR. DAHLQUIST:**  I'm sorry.  Did you have a

5    question?  I didn't mean to cut you off.

6           **THE COURT:**  No.  No.  No.

7           **MR. DAHLQUIST:**  Great.  Thank you, Your Honor.

8           **THE COURT:**  All right.  Wonderful.  Anything else

9    before we adjourn?

10          **MR. SALLET:**  No, Your Honor.

11          **MR. SCHMIDTLEIN:**  No, Your Honor.

12          **THE COURT:**  Great.  Then I will see everybody in

13   the morning.

14        (Proceedings concluded at 4:45 p.m.)

15

16

17

18

19

20

21

22

23

24

25

1                        **C E R T I F I C A T E**

2

3             I, **Lorraine T. Herman, Official Court Reporter,**

4    certify that the foregoing is a true and correct transcript

5    of the record of proceedings in the above-entitled matter.

6

7

8

9

      _____         _____
10          **April 30, 2025**              /s/ Lorraine T. Herman
                 **DATE**                  **Lorraine T. Herman**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**BY MR. KARR: [8]**
2622/12 2623/9
2623/14 2627/8
2630/13 2639/6
2645/13 2656/18
**BY MR. MAURER:**
**[14]** 2636/21 2650/10
2651/14 2654/24
2659/11 2662/3
2662/10 2663/13
2669/13 2673/19
2675/15 2684/4
2684/18 2688/19
**BY MR. SALLET: [4]**
2694/20 2701/14
2709/10 2717/4
**BY MS. MAIER: [3]**
2598/6 2606/11 2610/1
**MR. DAHLQUIST: [6]**
2720/9 2720/17
2720/22 2720/25
2721/4 2721/7
**MR. KARR: [8]** 2622/8
2623/8 2627/2 2627/6
2630/5 2630/11
2656/10 2656/17
**MR. MAURER: [21]**
2636/19 2650/9
2654/21 2656/1 2656/4
2657/10 2659/4
2661/19 2662/7
2663/11 2673/15
2675/20 2694/15
2700/13 2700/21
2700/25 2701/4
2701/11 2710/15
2710/19 2719/2
**MR. SALLET: [10]**
2661/22 2700/12
2700/16 2700/23
2701/1 2701/8 2709/8
2716/24 2718/24
2721/10
**MR. SCHMIDTLEIN:**
**[10]** 2657/23 2658/1
2658/4 2658/11
2658/14 2719/9
2719/11 2719/20
2720/7 2721/11
**MS. MAIER: [4]** 2598/4
2657/12 2658/19
2658/21
**THE COURT: [79]**

2598/2 2601/11 2602/8
2604/19 2606/10
2609/12 2622/7
2622/10 2623/6
2623/13 2630/4 2630/9
2630/12 2639/4
2643/23 2644/3 2644/6
2644/9 2644/17
2645/12 2650/6
2651/13 2654/20
2654/22 2655/21
2656/3 2656/7 2656/11
2657/11 2657/13
2657/19 2657/25
2658/3 2658/10
2658/13 2658/16
2658/20 2659/1 2659/8
2661/23 2662/2 2662/9
2668/7 2669/12
2673/17 2675/1
2675/14 2675/18
2675/22 2680/24
2681/7 2682/23
2683/10 2684/3
2684/16 2687/15
2688/18 2693/12
2694/2 2694/14
2694/17 2700/14
2701/6 2701/12
2710/17 2710/21
2718/25 2719/4 2719/6
2719/19 2720/1 2720/8
2720/15 2720/21
2720/23 2721/2 2721/6
2721/8 2721/12
**THE DEFENDANT: [2]**
2668/13 2681/8
**THE WITNESS: [26]**
2601/20 2602/9 2605/2
2609/15 2627/4 2644/2
2644/5 2644/8 2644/13
2644/20 2654/23
2657/15 2659/9 2662/1
2673/18 2675/23
2681/3 2683/3 2683/11
2687/20 2694/1 2694/6
2710/16 2710/24
2719/5 2719/8

**$**

**$2.3 [2]** 2710/25
2711/1
**$20 [2]** 2680/13
2711/12

**$20 billion [1]** 2680/13
**$25 [1]** 2690/5
**$26.2 [1]** 2712/6
**$32 [1]** 2712/21
**$32 billion [1]** 2712/21
**$34 [1]** 2712/13
**$50 [1]** 2680/5
**$58.7 [1]** 2712/16

**'**

**'24 [1]** 2711/1
**'98 [1]** 2615/13

**/**

**/s [1]** 2722/9

**1**

**1.0 [2]** 2615/14
2615/22
**10 [1]** 2688/7
**10 months [1]** 2690/25
**10 years [1]** 2680/12
**12th [2]** 2595/13
2595/17
**1300 [1]** 2595/7
**15 [1]** 2695/16
**16 [1]** 2658/23
**17 [1]** 2658/22
**17 years [3]** 2666/14
2670/12 2679/20
**17.018 [1]** 2636/20
**17.25 [2]** 2627/3
2627/9
**18 [4]** 2643/25 2662/7
2680/13 2694/16
**18th [1]** 2636/24
**1982 [3]** 2700/10
2702/3 2704/2
**1989 [2]** 2659/25
2661/1
**1998 [1]** 2615/13
**1:17 [1]** 2594/8

**2**

**20 [9]** 2680/7 2680/8
2683/7 2688/7 2711/2
2711/9 2711/22
2712/24 2713/5
**20 billion [1]** 2711/10
**20-3010 [1]** 2594/5
**2000 [4]** 2659/25
2660/5 2661/1 2661/6
**20001 [2]** 2594/22
2595/23
**20005 [2]** 2595/13

**2002 [1]** 2698/25
**2004 [1]** 2615/14
**2007 [2]** 2660/5 2660/7
**2008 [1]** 2669/21
**2011 [1]** 2652/22
**2012 [1]** 2654/4
**2015 [1]** 2698/25
**2016 [1]** 2712/5
**2017 [4]** 2660/7
2660/10 2661/6
2661/10
**2018 [1]** 2698/6
**2019 [1]** 2712/12
**202-354-3249 [1]**
2595/24
**202-434-5000 [2]**
2595/14 2595/18
**202-598-2240 [1]**
2594/22
**202-805-8563 [1]**
2594/19
**2022 [1]** 2712/16
**2025 [2]** 2594/7 2722/9
**209 [1]** 2594/18
**2240 [1]** 2594/22
**2597 [1]** 2597/5
**2621 [1]** 2597/6
**2658 [1]** 2597/9
**2693 [1]** 2597/10

**3**

**30 [13]** 2594/7 2680/8
2680/8 2693/23
2693/24 2711/22
2720/12 2720/13
2720/15 2720/17
2720/18 2720/19
2722/9
**30 percent [2]** 2714/6
2714/8
**3010 [1]** 2594/5
**3249 [1]** 2595/24
**333 [1]** 2595/23
**3:00 [2]** 2657/16
2657/18
**3:15 [1]** 2657/17
**3:17 [1]** 2657/18

**4**

**450 [1]** 2594/21
**4:15 [2]** 2657/20
2720/6
**4:45 p.m [1]** 2721/14

**5**

**50 [3]** 2680/8 2683/7 2711/22
**50-billion-dollar [1]** 2712/24
**500-page [1]** 2704/8
**5000 [2]** 2595/14 2595/18
**5:00 [1]** 2658/6
**5th [1]** 2594/21

**6**

**600 [2]** 2680/11 2713/5
**6000 [1]** 2595/9
**60604 [1]** 2594/18

**7**

**7100 [1]** 2594/21
**720-508-6000 [1]** 2595/9
**725 [2]** 2595/13 2595/17
**7th [1]** 2595/8

**8**

**80203 [1]** 2595/8
**8563 [1]** 2594/19

**9**

**9 months [1]** 2690/25
**95 [1]** 2649/2
**95 percent [3]** 2648/23 2649/5 2649/9
**9:15 [1]** 2720/3

**A**

**a.m [1]** 2702/21
**Aaron [2]** 2595/16 2659/4
**able [20]** 2603/13 2612/10 2613/10 2613/14 2613/19 2616/17 2617/9 2624/21 2625/2 2638/8 2638/25 2640/21 2642/18 2644/7 2647/4 2647/19 2657/6 2689/19 2689/25 2694/7
**about [135]**
**above [1]** 2722/5
**above-entitled [1]** 2722/5
**Absolutely [1]**

**academic [2]** 2661/4 2679/12
**accept [2]** 2659/1 2694/17
**accepted [1]** 2634/21
**access [6]** 2601/15 2613/10 2620/7 2620/8 2644/16 2691/13
**accomplished [4]** 2625/7 2625/15 2625/18 2704/21
**account [3]** 2650/4 2677/1 2687/21
**accounted [1]** 2643/2
**achieve [1]** 2667/10
**acquired [4]** 2654/4 2685/3 2712/6 2712/12
**acquiring [5]** 2649/14 2649/17 2649/24 2705/18 2718/1
**acquisition [2]** 2661/21 2712/20
**acquisitions [5]** 2660/22 2661/3 2661/8 2662/1 2712/1
**across [1]** 2699/2
**Act [1]** 2702/7
**Action [1]** 2594/5
**actual [1]** 2671/15
**actually [22]** 2603/4 2603/7 2608/24 2610/22 2611/15 2611/16 2611/17 2613/10 2614/3 2614/9 2614/16 2615/22 2618/7 2620/21 2621/2 2663/6 2685/23 2689/10 2698/9 2698/16 2702/10 2704/21
**ad [3]** 2648/17 2648/18 2693/18
**add [4]** 2612/21 2615/3 2678/7 2686/2
**adding [1]** 2612/23
**addition [2]** 2620/16 2719/21
**additional [7]** 2599/5 2605/21 2621/16 2684/2 2700/17 2707/1 2707/12
**address [4]** 2602/22 2603/6 2626/22 2647/3

**addressed [2]** 2637/23 2638/6
**addresses [1]** 2620/10
**adds [2]** 2674/14 2677/7
**adjourn [2]** 2720/5 2721/9
**adjunct [1]** 2660/16
**adjusted [1]** 2675/11
**Adkins [3]** 2658/22 2719/15 2719/21
**ads [4]** 2648/14 2665/4 2669/1 2669/1
**advance [1]** 2720/18
**advantage [3]** 2646/12 2646/16 2647/10
**advertising [5]** 2648/7 2713/25 2715/3 2715/4 2716/3
**advise [1]** 2718/20
**adviser [4]** 2645/7 2650/14 2653/7 2655/10
**advisers [1]** 2678/14
**advisor [2]** 2651/7 2660/14
**advisory [2]** 2660/9 2686/1
**affect [6]** 2674/12 2680/20 2687/19 2689/2 2691/21 2693/8
**afford [1]** 2709/3
**after [3]** 2613/2 2613/15 2708/8
**afternoon [12]** 2594/9 2598/7 2622/8 2622/13 2622/15 2657/16 2659/4 2659/9 2659/12 2659/13 2694/21 2694/22
**again [39]** 2606/23 2607/22 2613/16 2618/25 2619/4 2619/4 2619/12 2619/18 2619/19 2622/14 2627/5 2627/6 2631/20 2632/6 2640/13 2642/14 2658/18 2659/4 2666/9 2670/13 2674/5 2675/12 2676/10 2676/14 2678/10 2679/15 2679/17 2680/14 2680/21 2686/4 2687/7

**2638/6** 2637/23
**2689/19 2693/4 2703/23 2705/11 2705/21 2708/4**
**against [3]** 2629/12 2629/13 2715/3
**age [1]** 2702/7
**ago [2]** 2685/21 2702/19
**agree [35]** 2602/3 2602/12 2603/23 2604/7 2604/24 2626/9 2626/11 2627/14 2627/16 2634/19 2637/24 2640/7 2640/25 2641/7 2641/15 2642/8 2646/3 2646/12 2647/5 2647/10 2647/20 2647/24 2648/1 2648/4 2649/13 2649/17 2653/2 2653/5 2699/9 2707/11 2713/12 2716/7 2717/5 2717/11 2718/1
**agreement [7]** 2602/10 2603/17 2681/16 2715/15 2715/23 2715/25 2716/2
**ahead [4]** 2679/22 2679/23 2720/3 2720/24
**AI [21]** 2620/18 2620/22 2621/3 2621/3 2621/12 2621/12 2621/13 2621/18 2621/20 2621/23 2621/24 2622/1 2622/16 2622/17 2622/19 2623/15 2623/16 2623/19 2623/21 2623/23 2716/8
**aided [1]** 2596/2
**AL [1]** 2594/5
**Aliminium [7]** 2610/12 2612/10 2612/11 2612/14 2612/20 2656/20 2657/9
**all [89]** 2598/4 2598/19 2598/20 2599/23 2600/5 2600/19 2600/20 2601/2 2601/6 2601/23 2602/5

**all...** [78]  2606/15 2606/24 2606/25 2607/5 2607/9 2608/4 2608/5 2608/7 2608/15 2608/16 2609/10 2611/6 2611/6 2613/2 2613/15 2613/23 2614/7 2614/8 2614/10 2614/14 2615/4 2616/4 2616/14 2616/14 2616/25 2617/14 2618/8 2618/14 2618/15 2620/11 2620/13 2620/15 2622/7 2630/15 2630/23 2631/5 2631/5 2637/1 2638/19 2639/1 2639/17 2640/1 2640/15 2640/16 2644/7 2644/25 2648/15 2657/15 2658/18 2659/8 2670/2 2671/6 2674/6 2677/6 2678/7 2680/14 2680/22 2683/5 2685/2 2688/25 2688/25 2689/21 2691/12 2692/23 2693/15 2695/18 2696/13 2698/19 2701/12 2702/8 2703/19 2703/21 2706/8 2708/6 2714/2 2714/25 2718/25 2721/8

**Allen** [3]  2658/8 2719/13 2719/22

**allocate** [1]  2686/23

**allocation** [1]  2718/13

**allow** [2]  2647/11 2652/10

**allows** [4]  2618/2 2622/22 2623/3 2623/11

**Alminium** [2]  2656/23 2657/7

**almost** [1]  2601/13

**along** [3]  2672/14 2677/16 2699/1

**alphabet's** [1]  2697/7

**already** [22]  2605/2 2619/19 2632/17 2663/18 2667/21 2669/7 2669/7 2677/3

2679/9 2679/19 2684/9 2685/14 2685/21 2689/3 2690/13 2701/22 2711/16 2713/13 2715/6 2716/8 2717/25 2720/25

**also** [73]  2599/21 2599/22 2600/8 2601/1 2601/10 2603/9 2603/22 2604/8 2605/22 2610/11 2610/23 2612/4 2612/24 2613/4 2615/6 2618/22 2618/25 2619/11 2620/17 2620/24 2621/4 2621/11 2621/16 2621/24 2624/3 2626/3 2640/22 2645/5 2646/8 2646/19 2646/20 2646/23 2646/24 2647/13 2648/4 2660/16 2661/4 2661/11 2663/3 2666/7 2666/23 2667/23 2667/25 2668/1 2668/16 2670/11 2670/13 2670/21 2673/1 2674/23 2676/4 2676/5 2677/19 2677/22 2680/16 2680/18 2681/25 2682/18 2684/11 2684/13 2686/21 2687/9 2687/23 2688/13 2689/8 2690/12 2692/22 2693/8 2696/19 2701/18 2714/16 2717/6 2719/14

**alternatives** [1]  2688/8

**Although** [1]  2698/23

**always** [2]  2675/10 2685/13

**am** [53]  2607/11 2607/14 2607/18 2607/20 2628/16 2629/14 2629/22 2629/24 2631/19 2632/1 2640/11 2640/23 2642/13 2642/23 2650/16 2651/18 2651/21 2656/22 2659/15

2660/14 2660/15 2665/16 2666/11 2667/19 2669/4 2670/4 2675/8 2677/6 2677/7 2681/17 2681/18 2685/7 2687/22 2688/1 2690/4 2690/9 2701/21 2704/22 2706/2 2706/11 2706/11 2708/19 2709/22 2711/12 2712/14 2712/18 2712/22 2714/7 2714/12 2714/14 2716/11 2716/23 2717/18

**AMERICA** [2]  2594/5 2712/8

**American** [1]  2702/8

**AMIT** [1]  2594/12

**amount** [12]  2614/18 2625/12 2625/16 2625/19 2627/24 2646/8 2666/3 2668/20 2669/9 2678/21 2686/24 2688/4

**analogy** [4]  2601/20 2601/21 2602/15 2602/20

**analysis** [13]  2631/17 2632/6 2634/7 2643/2 2643/8 2643/12 2680/25 2682/12 2682/18 2695/10 2696/5 2697/16 2707/23

**analyst** [1]  2696/6

**analyze** [1]  2667/15

**analyzed** [2]  2672/3 2688/5

**analyzes** [1]  2687/20

**Android** [39]  2612/18 2612/19 2612/19 2612/21 2616/19 2616/21 2616/23 2616/25 2616/25 2617/1 2617/2 2617/6 2617/10 2617/19 2617/22 2618/2 2618/3 2618/6 2619/1 2619/9 2620/2 2620/5 2620/18 2620/21 2621/1 2622/18 2623/15 2623/16 2623/18 2623/19 2623/20

2656/24 2657/1 2657/3 2692/13 2692/16 2693/2

**Android's** [2]  2619/20 2619/21

**ands** [1]  2642/24

**announced** [1]  2712/19

**another** [18]  2600/21 2601/9 2601/24 2602/13 2615/23 2618/22 2621/17 2652/4 2668/25 2676/20 2677/13 2680/6 2680/14 2683/21 2686/21 2690/24 2700/14 2719/22

**answer** [6]  2623/1 2625/14 2625/17 2632/2 2642/23 2687/15

**answers** [3]  2604/17 2630/15 2630/18

**anticompetitive** [1]  2676/25

**antitrust** [5]  2594/17 2595/6 2650/15 2650/17 2650/22

**any** [48]  2598/11 2604/7 2607/14 2607/19 2607/20 2608/19 2610/4 2614/15 2615/1 2615/7 2619/6 2622/21 2623/2 2623/10 2628/5 2628/9 2628/10 2629/8 2630/7 2631/8 2633/16 2634/23 2638/7 2638/24 2639/7 2648/6 2648/17 2650/4 2655/24 2657/5 2657/5 2663/16 2664/4 2667/3 2667/5 2668/19 2670/3 2672/21 2684/6 2692/15 2695/19 2696/6 2700/5 2708/12 2717/12 2718/2 2718/4 2719/1

**Anymore** [1]  2657/11

**anything** [8]  2614/11 2615/6 2616/13 2619/8 2630/2 2642/11

**anything... [2]** 2649/20 2721/8
**apart [4]** 2598/21 2598/23 2611/16 2611/18
**API [31]** 2599/3 2599/7 2600/17 2600/17 2601/12 2601/18 2601/19 2601/23 2602/11 2603/16 2603/19 2603/25 2604/2 2604/4 2604/24 2605/4 2605/5 2605/6 2605/12 2605/15 2606/13 2607/4 2607/7 2608/9 2636/16 2637/19 2637/20 2638/5 2638/12 2640/15 2643/7
**APIs [54]** 2599/1 2599/3 2599/4 2599/4 2599/11 2599/14 2600/8 2600/12 2600/16 2600/24 2601/10 2604/12 2604/15 2604/22 2605/2 2605/4 2605/22 2636/1 2636/8 2636/12 2636/14 2637/10 2637/12 2637/14 2637/16 2638/1 2638/9 2638/11 2638/13 2638/14 2639/1 2639/15 2639/24 2640/8 2640/15 2640/18 2640/21 2641/1 2641/8 2641/9 2641/14 2641/15 2641/21 2641/23 2642/4 2642/16 2642/17 2642/19 2643/4 2643/7 2643/9 2643/15 2644/1 2644/14
**Apollo [1]** 2709/4
**apologies [1]** 2602/9
**apologize [3]** 2639/22 2642/21 2709/8
**app [12]** 2618/6 2618/8 2621/18 2621/18 2621/20 2621/24 2621/25 2622/22 2623/3

2623/11 2623/18 2681/17
**APPEARANCES [2]** 2594/16 2595/1
**Apple [3]** 2668/14 2668/14 2714/22
**application [1]** 2645/15
**applications [1]** 2621/10
**applies [2]** 2610/22 2610/23
**apply [3]** 2661/7 2661/11 2692/24
**appointed [1]** 2655/5
**approach [5]** 2628/15 2662/8 2674/24 2700/12 2701/8
**approaches [1]** 2673/6
**appropriate [2]** 2639/2 2639/9
**approval [1]** 2704/4
**approved [2]** 2676/16 2677/10
**approximately [1]** 2648/20
**approximately -- excuse [1]** 2648/20
**apps [4]** 2618/2 2623/18 2623/20 2623/21
**April [2]** 2594/7 2722/9
**architecture [1]** 2618/1
**are [234]**
**area [4]** 2650/6 2660/4 2679/17 2681/15
**areas [4]** 2660/25 2661/5 2661/15 2681/14
**aren't [1]** 2599/9
**around [10]** 2604/5 2666/22 2666/23 2678/19 2681/11 2685/4 2685/5 2705/6 2707/18 2720/5
**arrangement [5]** 2637/25 2638/9 2638/11 2640/4 2669/16
**arrangements [4]** 2630/23 2638/4 2639/19 2640/17
**art [1]** 2635/9

2656/6
**article [2]** 2656/4 2656/6
**articles [1]** 2661/4
**as [154]**
**aside [4]** 2613/12 2632/20 2643/19 2644/17
**ask [16]** 2605/9 2627/6 2630/11 2631/20 2644/14 2648/21 2649/23 2663/16 2668/7 2669/14 2680/24 2683/19 2684/19 2693/12 2717/5 2720/12
**asked [17]** 2602/15 2603/25 2615/17 2630/16 2630/18 2631/13 2631/20 2632/3 2632/5 2642/22 2678/24 2681/15 2688/9 2707/8 2715/13 2715/24 2716/12
**asking [13]** 2624/16 2627/5 2631/23 2641/12 2641/18 2641/25 2642/25 2648/15 2653/14 2655/23 2656/7 2692/20 2712/9
**aspect [2]** 2671/9 2678/17
**aspects [3]** 2627/16 2665/4 2699/2
**assertion [1]** 2704/18
**assess [2]** 2620/17 2682/13
**asset [31]** 2665/22 2669/7 2671/17 2672/2 2672/4 2673/6 2673/7 2673/7 2673/8 2673/9 2674/11 2674/16 2674/24 2676/18 2676/20 2676/22 2679/6 2679/11 2680/10 2680/16 2682/25 2683/7 2687/11 2687/19 2689/5 2694/4 2696/7 2696/17 2697/17 2708/7 2713/5
**assets [5]** 2675/7 2676/4 2676/21 2696/19 2707/2

**assets [11]** 2718/8
**assist [2]** 2630/22 2662/4
**assistance [2]** 2653/3 2653/10
**associated [3]** 2649/13 2649/24 2667/16
**assume [19]** 2599/20 2602/6 2611/20 2623/20 2631/13 2631/21 2639/14 2639/23 2641/19 2642/3 2642/7 2644/6 2645/22 2646/22 2669/24 2682/23 2688/3 2693/15 2710/21
**assumes [2]** 2607/22 2632/25
**assuming [1]** 2633/5
**assumption [4]** 2631/16 2632/4 2632/14 2644/14
**assumptions [4]** 2631/12 2632/6 2642/8 2642/10
**ATR [1]** 2594/20
**attributed [4]** 2664/18 2664/23 2664/25 2666/17
**attrition [2]** 2599/25 2666/25
**atypical [12]** 2671/17 2671/18 2674/10 2677/17 2677/25 2678/9 2679/6 2679/13 2680/22 2687/10 2687/11 2692/22
**auction [2]** 2683/16 2708/6
**August [2]** 2700/9 2704/2
**authors [1]** 2616/10
**available [31]** 2600/10 2600/13 2605/3 2605/4 2605/7 2605/7 2606/1 2608/12 2610/14 2616/3 2616/16 2618/16 2620/3 2620/7 2620/9 2620/13 2620/23 2621/6 2621/12 2621/13 2621/14 2621/19

**A**

available... [9]  2621/20
2629/16 2636/13
2636/17 2637/14
2640/14 2644/15
2646/3 2701/18
**Avenue [1]**  2595/23
**avenues [2]**  2694/8
2694/10
**aware [17]**  2607/8
2607/11 2607/14
2607/18 2607/20
2629/15 2651/18
2651/19 2651/21
2656/20 2665/16
2670/4 2712/5 2712/12
2712/15 2712/19
2712/22
**away [4]**  2623/23
2697/13 2701/9 2713/5

**B**

**bachelor's [1]**  2659/18
**back [36]**  2598/20
2599/24 2600/5
2603/18 2603/21
2603/22 2606/17
2606/18 2606/19
2606/20 2608/2 2608/3
2608/16 2614/25
2616/5 2616/15
2617/13 2619/9
2619/22 2633/13
2633/16 2633/21
2634/1 2634/7 2637/4
2637/7 2645/1 2658/18
2674/19 2677/24
2678/23 2683/20
2684/14 2684/15
2691/8 2709/2
**back-end [19]**  2598/20
2599/24 2600/5 2608/2
2608/16 2614/25
2616/5 2616/15
2617/13 2619/9
2619/22 2633/13
2633/16 2633/21
2634/1 2634/7 2637/4
2637/7 2645/1
**background [1]**
2659/17
**bank [3]**  2660/8
2661/9 2683/6
**banker [2]**  2660/5

**banking [6]**  2660/11
2660/19 2661/3
2661/17 2661/21
2661/25
**Barrett [1]**  2595/22
**base [4]**  2681/12
2682/8 2686/5 2695/22
**based [12]**  2600/18
2608/22 2608/23
2616/8 2640/10
2642/10 2642/11
2651/3 2663/25 2664/1
2682/14 2683/13
**bases [1]**  2629/13
**basically [6]**  2612/19
2620/5 2620/15
2642/16 2654/14
2656/24
**basis [8]**  2600/18
2605/3 2605/8 2605/10
2605/19 2695/19
2705/23 2712/10
**Baxalta [3]**  2697/25
2698/1 2698/11
**Baxter [1]**  2698/11
**Baxter's [1]**  2697/24
**Bazaarevoice [2]**
2653/21 2654/4
**be [238]**
**bear [1]**  2698/20
**became [3]**  2615/11
2652/14 2703/11
**because [54]**  2599/5
2599/21 2600/24
2605/24 2609/16
2612/15 2613/2 2613/6
2613/7 2628/1 2633/9
2635/19 2636/7
2638/15 2641/3
2656/13 2665/25
2666/21 2668/16
2670/11 2671/16
2671/18 2672/24
2676/19 2677/8
2678/14 2678/21
2680/17 2682/1 2683/4
2683/6 2683/23 2685/8
2685/11 2685/13
2686/2 2686/12 2687/3
2687/5 2687/8 2687/9
2688/1 2688/12
2688/15 2690/21
2691/2 2691/3 2692/3

2693/20 2697/18
2711/16 2712/7
**become [2]**  2599/18
2620/15
**been [23]**  2616/9
2637/10 2639/15
2644/15 2651/9
2652/12 2660/11
2660/12 2660/14
2660/15 2661/10
2661/13 2666/13
2666/15 2679/11
2679/19 2689/25
2694/16 2705/9 2712/3
2718/7 2718/12
2718/16
**been -- still [1]**
2660/11
**before [16]**  2594/12
2614/9 2614/11
2614/12 2655/20
2661/13 2665/11
2674/4 2681/15 2684/9
2687/15 2707/7 2711/4
2711/7 2720/14 2721/9
**begin [5]**  2605/7
2609/13 2701/7
2719/15 2720/3
**beginning [3]**  2600/12
2624/24 2675/10
**being [8]**  2603/18
2642/13 2642/18
2647/4 2693/15
2695/17 2695/17
2706/10
**Belgium [1]**  2659/20
**believe [46]**  2627/10
2630/18 2631/16
2632/5 2632/24 2636/2
2638/7 2638/24 2639/7
2649/6 2652/12
2652/13 2664/11
2670/16 2670/20
2676/11 2679/16
2680/4 2680/6 2680/12
2684/8 2684/11
2684/14 2685/2 2685/5
2685/20 2689/10
2689/18 2689/24
2690/17 2691/3
2691/23 2693/4
2695/21 2696/17
2699/24 2702/12

2693/20 2697/18
2711/16 2712/7
**become [2]**  2599/18
2620/15
**been [23]**  2616/9
2637/10 2639/15
2644/15 2651/9
2652/12 2660/11
2660/12 2660/14
2660/15 2661/10
2661/13 2666/13
2666/15 2679/11
2679/19 2689/25
2694/16 2705/9 2712/3
2718/7 2718/12
2718/16
**believing [1]**  2700/2
**Bell [3]**  2702/22
2702/25 2703/14
**benefit [2]**  2696/18
2696/19
**benefits [5]**  2647/24
2648/1 2648/5 2648/7
2648/9
**bespoke [1]**  2618/17
**best [10]**  2599/10
2608/6 2609/23
2609/25 2620/4
2634/21 2634/24
2635/1 2635/6 2663/16
**best-case [1]**  2599/10
**better [4]**  2607/18
2607/21 2613/5
2630/11
**between [8]**  2637/20
2640/2 2644/3 2656/14
2658/6 2669/22
2698/25 2705/12
**beyond [4]**  2621/16
2650/6 2655/21
2712/24
**bid [3]**  2676/23
2677/10 2691/18
**big [2]**  2683/9 2690/22
**big-known [1]**  2690/22
**bigger [1]**  2693/10
**Bigtable [1]**  2619/17
**bill [2]**  2638/4 2639/2
**billing [12]**  2600/16
2637/25 2638/3 2638/9
2638/11 2638/19
2639/2 2639/2 2639/9
2639/19 2640/4
2640/17
**billion [21]**  2680/5
2680/8 2680/8 2680/8
2680/11 2680/13
2680/13 2681/4 2683/8
2688/7 2690/5 2711/2
2711/9 2711/10
2711/12 2712/6
2712/13 2712/17
2712/21 2712/24
2713/5
**billions [6]**  2647/19

2728

**B**

**billions... [5]** 2648/10
2680/7 2708/24 2709/3
2710/13
**billons [1]** 2710/9
**bills [2]** 2685/24
2685/25
**binder [4]** 2636/22
2701/12 2701/16
2709/11
**biopharmaceutical [1]**
2698/12
**bit [12]** 2610/8
2612/12 2618/24
2640/23 2642/24
2651/4 2656/1 2658/4
2658/19 2676/8
2685/14 2707/19
**Bizarre [12]** 2650/12
2650/15 2650/21
2650/25 2653/16
2653/17 2654/1
2654/18 2654/25
2655/13 2655/14
2655/20
**black [2]** 2701/16
2709/11
**blanks [1]** 2675/3
**bleed [1]** 2719/24
**Blender [1]** 2614/17
**Blizzard [1]** 2712/16
**blocked [3]** 2620/8
2620/10 2620/14
**blow [1]** 2672/14
**blue [3]** 2610/17
2610/23 2610/25
**BMPC [1]** 2661/4
**board [17]** 2661/11
2673/6 2673/7 2674/16
2674/18 2681/4
2682/12 2683/20
2683/22 2688/6 2689/4
2690/5 2697/7 2697/13
2697/15 2705/8
2705/11
**boards [2]** 2660/12
2660/14
**booked [2]** 2664/22
2664/23
**boot [2]** 2613/9 2613/9
**Borg [7]** 2615/25
2616/2 2616/4 2616/9
2616/10 2616/11
2619/16

**both [14]** 2604/3
2610/25 2621/5 2621/5
2650/17 2650/20
2671/16 2671/19
2686/15 2686/16
2702/22 2702/25
2703/7 2720/17
**bottom [1]** 2618/23
**bought [1]** 2712/16
**box [5]** 2602/17
2610/17 2610/23
2611/1 2620/12
**boxed [1]** 2675/12
**brand [3]** 2665/13
2682/2 2698/24
**branding [1]** 2682/3
**Brave [4]** 2609/1
2609/8 2609/13
2609/18
**break [3]** 2641/17
2642/22 2657/16
**breakup [6]** 2699/19
2699/20 2700/6 2702/3
2702/10 2703/22
**brief [2]** 2651/11
2717/1
**briefly [3]** 2659/16
2659/23 2660/24
**bring [1]** 2664/16
**broad [1]** 2674/18
**Broadway [1]** 2595/7
**browser [24]** 2598/23
2609/13 2610/17
2610/19 2615/9
2615/13 2615/19
2632/22 2645/16
2645/19 2645/21
2645/21 2657/1 2657/3
2668/18 2690/13
2690/14 2690/20
2690/21 2690/22
2690/24 2691/1 2691/2
2693/22
**browsers [9]** 2608/22
2608/23 2608/24
2609/3 2609/5 2668/17
2690/15 2714/18
2714/22
**browsing [1]** 2607/13
**Bruce [1]** 2595/4
**bucket [1]** 2681/14
**bugs [1]** 2612/5
**build [2]** 2600/18
2639/9

**building [7]** 2645/21
2646/15 2646/17
2690/14 2690/18
2690/20 2690/24
**built [5]** 2606/8 2615/4
2646/25 2691/2 2691/3
**bullet [1]** 2691/9
**bunch [4]** 2600/24
2609/3 2611/19 2620/5
**burdensome [1]**
2625/11
**business [32]** 2647/24
2648/1 2648/4 2648/13
2648/14 2648/17
2648/19 2655/17
2655/19 2659/18
2659/20 2660/2 2668/3
2668/3 2668/8 2668/9
2668/21 2669/22
2669/24 2676/3 2677/5
2677/12 2679/18
2679/20 2686/13
2690/2 2692/2 2693/6
2698/6 2706/4 2713/25
2714/17
**businesses [2]** 2685/9
2690/11
**busy [2]** 2686/15
2690/9
**buy [8]** 2620/4 2620/4
2676/21 2691/1
2692/10 2708/16
2708/18 2713/2
**buyer [60]** 2600/20
2601/5 2626/22
2627/10 2633/19
2633/20 2634/9
2635/19 2635/21
2635/22 2635/25
2636/13 2637/14
2637/18 2637/21
2637/25 2638/8
2638/25 2639/8
2639/17 2639/19
2640/1 2640/3 2640/3
2640/9 2641/8 2641/13
2641/20 2642/15
2643/3 2643/15 2644/6
2646/4 2647/11
2649/15 2649/18
2649/21 2649/25
2650/2 2650/3 2665/15
2666/24 2667/15
2674/24 2675/21

2676/10 2677/3 2677/4
2677/8 2681/2 2681/3
2691/24 2695/4
2704/15 2704/18
2704/23 2713/1
2713/12 2713/16
2714/10
**buyer -- this [1]**
2677/3
**buyer's [1]** 2689/11
**buyers [14]** 2672/20
2675/17 2675/25
2678/7 2680/19
2688/12 2688/13
2691/25 2705/3 2706/6
2707/13 2707/22
2708/1 2717/6

**C**

**calculating [1]**
2711/10
**calculation [4]**
2684/15 2695/19
2709/2 2712/10
**calculations [3]**
2629/8 2629/11
2695/20
**calendar [3]** 2629/5
2629/7 2719/10
**call [13]** 2606/13
2607/4 2607/4 2608/9
2622/22 2623/3
2623/11 2627/2 2659/5
2696/24 2697/23
2699/20 2719/15
**called [6]** 2610/12
2611/15 2612/13
2622/24 2703/17
2712/16
**calling [3]** 2658/11
2702/21 2702/22
**calls [2]** 2599/3 2643/7
**came [2]** 2628/4
2655/1
**can [122]** 2598/16
2599/2 2599/2 2600/15
2601/10 2601/16
2601/22 2602/2 2604/1
2604/15 2604/24
2606/3 2607/4 2607/6
2607/16 2607/17
2607/23 2610/7 2610/7
2610/10 2610/15
2610/20 2610/21

**C**

**can... [99]** 2612/1
2613/4 2614/2 2614/4
2615/23 2616/22
2617/11 2617/17
2617/21 2617/24
2618/19 2618/23
2618/25 2619/10
2619/12 2619/15
2620/1 2620/4 2620/11
2620/14 2620/18
2620/19 2620/20
2620/21 2621/7
2621/19 2621/21
2621/22 2623/18
2623/20 2623/21
2625/7 2625/18 2627/2
2630/4 2632/2 2633/5
2633/8 2634/22
2636/22 2639/4
2639/21 2641/17
2642/22 2643/23
2644/16 2646/16
2648/25 2650/19
2656/13 2658/16
2659/18 2659/23
2659/24 2660/24
2662/14 2663/11
2664/17 2666/7 2668/7
2668/23 2669/2 2669/8
2671/4 2671/11
2671/12 2671/24
2672/16 2672/17
2674/19 2676/7 2678/1
2679/7 2680/24
2682/15 2682/17
2683/3 2683/4 2683/20
2683/24 2688/15
2689/5 2689/23
2690/15 2691/8
2691/19 2692/13
2692/25 2693/12
2699/11 2700/12
2701/18 2704/21
2705/5 2713/19
2714/21 2719/11
2719/15 2720/4
**can't [8]** 2609/8 2611/8
2612/17 2616/5
2642/21 2667/2 2669/2
2669/4
**cancel [2]** 2672/17
2672/19
**cannot [3]** 2668/24

2670/2 2699/11
**capabilities [1]**
2632/12
**capability [1]** 2666/1
**capacity [1]** 2720/18
**capital [15]** 2672/14
2686/1 2687/5 2687/16
2687/18 2687/24
2688/4 2688/8 2691/13
2695/17 2695/20
2695/22 2695/24
2696/2 2713/1
**capitalize [1]** 2686/25
**Capitol [1]** 2686/24
**care [2]** 2612/22
2630/23
**career [3]** 2718/7
2718/12 2718/16
**careful [1]** 2663/18
**Carolina [1]** 2660/1
**Carr [1]** 2595/6
**case [36]** 2598/8
2599/10 2604/7
2606/21 2608/6
2609/23 2610/5 2614/1
2614/20 2615/19
2620/24 2625/9
2628/11 2644/22
2644/25 2645/5
2648/20 2648/22
2649/1 2650/20
2650/21 2651/6 2651/9
2651/10 2652/21
2653/17 2655/8
2656/13 2672/6 2673/6
2674/22 2684/1
2684/17 2689/7
2716/10 2720/11
**cases [6]** 2607/23
2609/6 2650/17 2656/5
2656/11 2676/22
**cash [8]** 2668/5 2682/6
2712/1 2712/3 2712/6
2712/17 2712/21
2712/24
**Catholic [1]** 2659/19
**cautious [2]** 2663/14
2663/15
**CCP [1]** 2595/21
**center [2]** 2595/7
2628/15
**cents [4]** 2685/23
2693/19 2693/23
2693/24

**certain [11]** 2626/12
2652/5 2663/2 2667/24
2668/4 2671/6 2673/7
2673/8 2699/1 2708/17
2711/11
**certainly [10]** 2605/3
2607/7 2629/12
2629/13 2634/5
2634/24 2638/16
2642/18 2646/1 2658/6
**certify [1]** 2722/4
**cetera [1]** 2693/16
**CFO [1]** 2660/14
**CH [1]** 2595/22
**chair [2]** 2660/3
2660/13
**challenge [2]** 2638/22
2699/1
**challenges [2]**
2604/17 2638/17
**challenging [1]**
2617/15
**change [4]** 2598/11
2599/6 2604/9 2689/14
**changed [2]** 2599/15
2604/16
**changes [4]** 2603/24
2604/8 2604/9 2672/16
**changing [1]** 2599/9
**Chapel [1]** 2660/1
**characterize [1]**
2636/18
**checked [1]** 2621/11
**Chicago [1]** 2594/18
**Chinese [5]** 2602/5
2602/6 2603/11
2603/11 2603/12
**choice [3]** 2697/8
2697/13 2701/19
**chrome [232]**
**Chrome -- a [1]**
2641/20
**Chrome -- if [1]** 2714/8
**Chrome's [3]** 2612/5
2664/24 2717/8
**Chrome-specific [1]**
2599/24
**Chromebooks [2]**
2612/10 2613/16
**ChromeOS [23]**
2610/6 2610/11
2610/14 2610/21
2611/7 2611/10
2611/12 2611/14

2611/25 2612/1 2612/3
2612/4 2612/8 2612/9
2612/16 2612/18
2613/5 2613/20
2613/22 2656/19
2657/6
**Chromium [15]**
2608/18 2608/22
2608/23 2614/4
2624/22 2625/3 2645/2
2647/20 2647/21
2648/24 2649/3 2649/5
2649/8 2649/9 2676/5
**Chromium-based [2]**
2608/22 2608/23
**circumstance [1]**
2694/3
**cite [1]** 2697/22
**cited [1]** 2645/15
**City [2]** 2659/20
2660/6
**Civil [1]** 2594/5
**claims [1]** 2614/6
**clear [10]** 2625/20
2626/2 2628/4 2640/19
2665/21 2673/11
2677/11 2682/24
2684/5 2695/21
**clearly [1]** 2598/22
**client [8]** 2598/19
2598/22 2599/1
2601/14 2604/4
2608/13 2637/2
2718/20
**close [7]** 2632/21
2633/2 2633/6 2633/7
2633/8 2670/1 2688/4
**closely [1]** 2614/9
**closing [1]** 2654/8
**cloud [13]** 2646/5
2646/7 2646/11
2646/13 2646/16
2647/1 2647/5 2647/7
2647/10 2647/13
2647/15 2647/18
2712/20
**co [2]** 2595/8 2660/9
**co-head [1]** 2660/9
**code [15]** 2612/4
2614/15 2614/18
2614/19 2614/21
2614/24 2615/2
2615/11 2616/25

**code... [6]** 2618/7
2618/10 2618/14
2619/20 2648/24
2649/5
**codes [1]** 2603/1
**Collins [5]** 2719/23
2720/10 2720/10
2720/12 2720/15
**colloquy [1]** 2713/8
**Colorado [4]** 2595/4
2595/5 2595/7 2716/16
**Colossus [1]** 2619/16
**COLUMBIA [1]** 2594/2
**come [11]** 2604/25
2615/14 2627/19
2627/23 2628/3 2629/8
2631/12 2665/13
2665/20 2681/5
2707/16
**comes [1]** 2720/10
**coming [3]** 2615/15
2626/9 2673/21
**commercially [1]**
2620/3
**commits [4]** 2648/24
2649/2 2649/5 2649/9
**committee [24]**
2651/12 2651/16
2651/18 2651/19
2651/21 2651/22
2651/25 2652/22
2652/24 2653/2 2653/8
2653/13 2660/12
2660/13 2674/5 2674/8
2675/2 2675/3 2675/6
2678/24 2683/22
2707/8 2707/11
2707/15
**committee's [1]**
2653/10
**common [1]** 2602/4
**communicate [5]**
2602/21 2603/4 2603/5
2603/17 2652/10
**communication [6]**
2637/20 2640/2 2652/6
2652/7 2652/9 2652/25
**Communications [2]**
2652/14 2652/18
**companies [14]**
2660/15 2668/16
2680/4 2683/1 2685/3
2688/10 2688/14

2688/16 2689/18
2690/12 2691/12
2705/4 2712/2 2714/13
**company [15]** 2672/5
2672/9 2673/5 2674/21
2683/23 2687/20
2688/14 2691/16
2696/6 2697/15
2699/14 2703/1
2703/17 2712/16
2713/7
**company's [1]**
2689/12
**comparable [1]**
2668/19
**compare [2]** 2665/6
2687/2
**compared [4]** 2609/4
2609/4 2629/12
2667/10
**compensates [1]**
2598/24
**competitive [1]** 2695/8
**complete [1]** 2658/24
**completed [9]** 2698/9
2698/10 2698/16
2698/18 2698/19
2698/19 2699/7
2699/11 2702/15
**completely [3]**
2605/18 2614/22
2648/11
**complex [11]** 2614/23
2617/13 2619/20
2663/8 2671/16
2677/17 2677/19
2680/15 2680/17
2687/6 2697/23
**complexities [3]**
2616/14 2644/17
2699/9
**complexity [18]**
2598/12 2612/23
2614/14 2614/22
2614/24 2615/2
2615/20 2638/12
2671/12 2677/8
2677/21 2680/17
2680/21 2688/25
2698/15 2699/12
2702/5 2702/15
**compliance [1]**
2650/22
**complicated [3]**

**component [6]**
2609/16 2669/1
2672/12 2677/13
2678/2 2682/25
**components [2]**
2679/8 2685/6
**compound [1]**
2680/14
**computer [10]** 2596/2
2603/19 2613/9 2624/1
2624/3 2624/10
2624/14 2624/14
2624/17 2709/7
**computer's [1]** 2611/3
**computer-aided [1]**
2596/2
**computers [2]**
2612/11 2613/22
**computing [2]** 2646/5
2646/13
**conceptualize [1]**
2713/18
**concerns [2]** 2638/16
2704/19
**conclude [7]** 2628/7
2671/2 2671/7 2685/18
2687/13 2688/20
2692/7
**concluded [2]** 2662/25
2721/14
**conclusions [1]**
2693/1
**conditions [1]**
2672/14
**conducted [6]** 2619/25
2629/20 2630/6
2630/14 2631/6 2631/7
**configurations [1]**
2620/6
**configured [1]** 2620/6
**confirm [5]** 2619/25
2631/19 2636/11
2637/1 2710/22
**confirmed [5]** 2620/21
2621/5 2621/11
2621/24 2673/1
**confused [4]** 2639/11
2640/23 2641/2 2642/5
**connected [1]** 2704/19
**connection [4]** 2665/5
2665/18 2718/9
2718/14
**connections [2]**

**CONNOLLY [3]**
2595/12 2595/17
2659/5
**consent [11]** 2606/2
2606/2 2645/7 2645/9
2650/15 2650/23
2651/15 2653/18
2653/21 2700/9 2702/4
**consider [3]** 2691/6
2694/2 2716/21
**considerations [6]**
2606/7 2637/19
2639/18 2640/2
2640/16 2643/19
**considered [3]** 2634/4
2636/3 2674/9
**considering [1]**
2713/14
**considers [1]** 2599/1
**consistent [2]** 2664/9
2673/23
**constant [2]** 2655/14
2655/18
**Constitution [1]**
2595/23
**constraint [1]** 2676/12
**constraints [6]**
2675/17 2675/21
2675/25 2676/1
2676/25 2678/7
**construct [4]** 2600/19
2628/14 2646/18
2669/11
**consultant [1]** 2660/15
**consultants [1]** 2683/6
**consulting [1]** 2686/1
**Consumer [1]** 2595/5
**consumers [1]** 2695/1
**Cont'd [1]** 2597/5
**contemplated [4]**
2671/22 2675/16
2675/20 2675/24
**content [1]** 2609/9
**contents [1]** 2603/7
**context [8]** 2600/7
2604/12 2628/23
2632/20 2697/11
2702/21 2705/20
2717/13
**continue [13]** 2599/11
2600/5 2635/25
2640/18 2641/1 2641/8
2641/9 2641/14

2730

**C**

**continue... [5]** 2641/23
2642/16 2643/3
2690/24 2719/16
**continued [4]** 2595/1
2604/24 2651/25
2692/16
**continues [8]** 2641/15
2641/20 2642/3 2642/6
2643/9 2644/6 2644/9
2648/18
**continuing [2]**
2642/17 2643/6
**continuity [1]** 2604/22
**contrast [1]** 2699/16
**controls [1]** 2601/18
**convene [1]** 2719/17
**cool [1]** 2616/3
**copies [1]** 2701/2
**copy [4]** 2673/15
2700/13 2700/18
2700/22
**core [13]** 2621/12
2621/13 2621/24
2622/1 2622/16
2622/17 2622/19
2623/15 2623/16
2623/19 2623/21
2623/23 2715/14
**corner [1]** 2610/15
**corporate [11]** 2660/9
2660/17 2661/2 2661/7
2661/12 2661/16
2661/20 2661/24
2696/5 2696/11
2696/16
**correct [160]**
**correctly [2]** 2651/23
2711/13
**cost [24]** 2613/16
2646/23 2650/1
2666/10 2666/11
2670/5 2670/7 2670/9
2670/14 2670/21
2671/1 2671/13
2671/14 2678/14
2681/21 2681/21
2681/24 2685/15
2686/21 2687/1 2689/6
2689/8 2693/6 2693/10
**costly [8]** 2663/3
2663/8 2670/24
2671/19 2685/19
2685/20 2693/8

**costs [23]** 2646/20
2649/13 2649/17
2649/21 2649/24
2650/4 2663/9 2671/6
2671/20 2681/25
2685/22 2685/22
2685/22 2686/8 2686/9
2686/12 2687/7 2687/8
2687/12 2688/20
2688/25 2693/11
2693/16
**could [86]** 2604/3
2604/5 2604/23 2605/3
2605/4 2606/13
2607/15 2607/21
2612/8 2623/6 2625/15
2625/24 2625/24
2627/15 2627/16
2633/9 2633/17 2635/9
2635/13 2635/25
2636/12 2636/19
2638/19 2638/21
2641/13 2643/3 2646/7
2646/10 2646/13
2647/6 2659/14
2659/16 2662/11
2662/12 2665/8
2666/10 2666/25
2667/17 2668/25
2670/6 2670/24
2673/18 2674/18
2675/1 2675/18
2675/21 2675/23
2677/9 2678/12
2678/20 2680/7 2681/1
2681/11 2681/12
2681/16 2681/25
2682/9 2683/22
2684/10 2686/10
2687/8 2688/23
2693/11 2693/17
2694/8 2701/15
2702/20 2705/6 2707/1
2707/6 2707/8 2707/11
2708/2 2708/16 2709/4
2709/6 2709/11
2709/18 2711/22
2711/22 2711/22
2713/1 2713/12
2714/17 2715/4
2716/24
**couldn't [4]** 2609/12
2611/20 2641/12

**counsel [6]** 2626/20
2626/24 2632/5 2632/9
2632/9 2710/20
**count [1]** 2710/2
**country [1]** 2602/25
**couple [4]** 2650/12
2678/11 2685/21
2719/11
**couple months [1]**
2678/11
**course [10]** 2661/8
2666/5 2667/25
2669/18 2670/11
2690/22 2701/25
2707/17 2720/8
2720/23
**court [25]** 2594/2
2595/22 2634/16
2634/25 2635/24
2654/12 2654/16
2654/18 2655/5
2659/14 2660/25
2661/23 2662/13
2674/6 2678/23
2691/11 2692/25
2696/21 2697/6 2700/5
2709/16 2711/5 2713/9
2720/13 2722/3
**Court -- I [1]** 2674/6
**Court-ordered [2]**
2696/21 2697/6
**covering [2]** 2603/3
2610/25
**create [12]** 2608/1
2608/4 2612/17
2615/10 2616/8
2634/13 2634/14
2645/2 2647/21 2672/5
2672/8 2708/18
**created [1]** 2679/19
**creates [1]** 2679/20
**creating [1]** 2675/4
**creation [2]** 2651/11
2651/16
**critical [6]** 2653/3
2653/7 2653/11
2653/13 2674/9 2674/9
**cross [5]** 2597/6
2597/10 2622/11
2694/18 2694/19
**cross-examination [5]**
2597/6 2597/10
2622/11 2694/18

**current [5]** 2631/14
2631/22 2632/12
2667/12 2671/8
**currently [10]** 2641/9
2641/14 2641/21
2642/17 2644/3 2670/9
2675/25 2690/14
2694/11 2707/18
**custom [1]** 2615/4
**custom-built [1]**
2615/4
**customer [6]** 2654/19
2654/20 2654/21
2655/1 2655/6 2655/13
**customers [1]** 2715/17
**cut [1]** 2721/5
**cylindrical [1]** 2618/21

**D**

**D.C [4]** 2594/9 2595/13
2595/18 2595/23
**Dahlquist [1]** 2594/17
**data [8]** 2600/25
2601/2 2603/22
2605/24 2605/25
2628/14 2638/15
2708/9
**date [2]** 2599/18
2722/10
**dates [1]** 2654/7
**David [1]** 2594/17
**day [2]** 2594/12
2658/17
**DC [1]** 2594/22
**DCF [1]** 2682/18
**deactivate [1]** 2717/9
**deal [2]** 2601/2
2683/12
**debt [1]** 2683/25
**December [2]** 2704/7
2711/1
**December '24 [1]**
2711/1
**December of [1]**
2704/7
**decide [6]** 2666/17
2672/6 2672/16
2672/17 2692/8
2699/14
**decided [3]** 2612/16
2672/4 2672/8
**decides [1]** 2673/5
**deciding [2]** 2650/5

**D**

**deciding...** [1] 2676/21
**decision** [3] 2635/22
2689/4 2697/8
**decisions** [1] 2635/19
**deck** [2] 2701/9
2705/15
**decoupleability** [4]
2635/2 2635/3 2635/6
2635/8
**decrease** [1] 2717/10
**decree** [14] 2645/9
2650/15 2651/11
2651/15 2652/1 2652/4
2653/4 2653/18
2653/21 2654/14
2654/17 2700/9 2702/5
2702/6
**decrees** [4] 2645/7
2650/18 2650/22
2650/23
**deeply** [4] 2610/3
2611/13 2611/14
2611/22
**Defendant** [2] 2594/9
2595/12
**define** [3] 2604/4
2706/15 2707/17
**defined** [3] 2674/12
2674/25 2675/9
**defines** [2] 2603/25
2604/2
**defining** [1] 2678/25
**definitely** [4] 2674/1
2684/8 2685/9 2713/4
**definition** [3] 2673/21
2673/23 2716/13
**degree** [1] 2659/18
**delay** [2] 2672/17
2672/19
**delegate** [4] 2647/6
2647/13 2647/15
2647/17
**deliver** [1] 2648/23
**delivering** [1] 2713/24
**delivers** [4] 2602/19
2649/2 2649/4 2649/8
**delve** [1] 2705/22
**demonstrative** [11]
2627/1 2627/7 2639/25
2658/22 2658/23
2694/16 2694/17
2695/16 2700/24
2701/9 2705/15

**demonstratives** [3]
2658/24 2659/2
2700/19
**Denver** [1] 2595/8
**DEPARTMENT** [4]
2595/5 2653/23 2654/9
2704/5
**depend** [3] 2614/25
2628/2 2638/12
**dependencies** [5]
2615/4 2616/5 2616/15
2617/14 2619/20
**depending** [3]
2627/17 2658/5
2683/15
**depends** [9] 2617/12
2618/15 2619/1 2619/2
2619/12 2619/16
2633/20 2706/15
2708/4
**depicts** [1] 2643/25
**describe** [9] 2621/7
2656/25 2659/23
2660/24 2681/1
2698/11 2702/13
2707/21 2708/7
**described** [8] 2601/13
2617/23 2620/17
2675/4 2694/9 2696/21
2703/21 2712/25
**describes** [1] 2702/14
**describing** [1] 2715/1
**description** [3]
2601/16 2699/5
2707/16
**design** [3] 2599/14
2613/3 2613/6
**designated** [1]
2720/20
**designations** [1]
2720/11
**designed** [2] 2599/15
2634/20
**desktops** [1] 2652/14
**destroy** [3] 2662/15
2662/17 2687/14
**destruction** [8]
2680/23 2693/13
2696/3 2696/12
2697/14 2697/20
2704/24 2704/25
**destructive** [16]
2671/7 2688/22 2689/3
2689/8 2689/15 2691/7

2692/18 2692/19
2693/3 2693/5 2694/3
2694/13 2695/18
2697/3 2697/21
2714/15
**destructive -- well** [1]
2695/18
**detail** [2] 2707/1
2707/12
**detailed** [4] 2655/14
2680/25 2690/2
2707/23
**details** [4] 2676/3
2676/4 2704/9 2704/12
**determine** [1] 2677/9
**determined** [1] 2693/3
**detrimental** [1]
2667/25
**develop** [5] 2629/1
2670/1 2686/25
2686/25 2714/25
**developed** [7] 2628/19
2666/13 2666/15
2669/21 2670/12
2684/10 2688/2
**developers** [5]
2622/22 2623/3
2623/11 2623/18
2623/20
**development** [2]
2599/12 2612/5
**device** [17] 2617/1
2620/18 2620/18
2620/22 2621/3 2621/4
2621/6 2621/10
2621/13 2621/20
2621/25 2622/3
2622/18 2622/23
2622/24 2623/4
2623/12
**devices** [2] 2618/3
2620/21
**diagram** [3] 2610/16
2610/21 2617/25
**did** [48] 2598/11
2598/13 2608/19
2608/21 2609/3
2616/20 2616/22
2619/8 2619/10
2619/25 2620/2
2620/17 2620/19
2620/23 2620/24
2621/16 2622/1 2622/4
2626/15 2627/19

2628/2 2629/19 2630/1
2631/9 2634/23 2636/6
2652/16 2653/19
2667/9 2688/20
2689/13 2689/14
2689/16 2689/19
2690/10 2700/5 2700/7
2700/8 2700/10
2700/11 2709/1 2711/4
2715/9 2717/16
2717/17 2721/4
**didn't** [30] 2603/12
2615/14 2626/2 2626/4
2627/21 2628/2 2628/7
2628/9 2628/17 2629/1
2629/3 2629/4 2629/6
2629/8 2629/14
2629/25 2631/8
2632/18 2633/9 2639/5
2641/5 2655/24
2665/21 2688/16
2692/6 2708/25 2711/2
2711/11 2718/4 2721/5
**difference** [4] 2672/10
2672/11 2677/2
2697/10
**differences** [1]
2668/16
**different** [36] 2602/25
2603/1 2605/15
2608/24 2609/25
2614/22 2615/3
2621/22 2626/21
2628/12 2629/20
2635/13 2635/16
2635/18 2635/22
2635/23 2648/11
2648/21 2668/16
2669/20 2676/19
2677/1 2677/7 2680/3
2680/15 2681/14
2682/21 2685/11
2685/14 2689/18
2690/4 2710/4 2710/7
2715/2 2715/3 2719/12
**differs** [1] 2671/22
**difficult** [7] 2613/21
2626/10 2626/11
2669/18 2674/22
2674/23 2699/13
**Digit** [1] 2594/21
**digital** [2] 2609/16
2655/15

**diligence [1]** 2707/21
**dimensions [1]** 2699/3
**direct [28]** 2597/5
2597/9 2598/5 2626/20
2636/5 2637/15
2645/23 2650/13
2655/22 2656/8
2656/21 2659/10
2664/24 2665/22
2665/24 2666/3 2666/5
2669/5 2669/9 2671/19
2679/13 2685/22
2685/22 2686/12
2705/15 2711/11
2711/21 2714/20
**direction [1]** 2675/13
**directly [2]** 2718/16
2718/21
**director [2]** 2660/6
2660/8
**directors [3]** 2697/7
2697/13 2705/8
**disable [3]** 2608/9
2608/10 2717/19
**disabling [1]** 2608/17
**disagree [3]** 2610/5
2636/7 2636/9
**disclose [1]** 2652/7
**disclosed [1]** 2652/5
**disclosure [1]** 2652/25
**discretion [1]** 2676/17
**discuss [2]** 2674/24
2678/18
**discussed [17]**
2626/21 2633/4 2635/1
2639/18 2639/20
2643/6 2645/23
2652/17 2655/6
2655/13 2656/20
2667/21 2671/14
2679/9 2679/18
2687/10 2689/23
**discusses [1]** 2607/3
**discussing [4]**
2626/24 2639/15
2656/5 2691/15
**discussion [5]**
2683/21 2689/20
2698/18 2703/22
2713/8
**discussions [2]**
2683/21 2690/1
**disincentive [1]**

**disintegrate [1]**
2686/16
**display [5]** 2648/4
2648/7 2648/14 2665/4
2669/1
**dispute [3]** 2634/23
2648/6 2648/18
**disruption [1]** 2644/7
**distance [1]** 2703/12
**distracted [2]** 2686/18
2686/19
**distraction [1]**
2678/16
**distribution [4]**
2715/14 2715/15
2715/23 2715/25
**DISTRICT [6]** 2594/2
2594/2 2594/13
2654/12 2654/15
2655/5
**divest [16]** 2616/24
2617/9 2617/17
2624/22 2625/2 2626/4
2626/7 2626/23
2627/11 2634/1
2645/18 2648/14
2673/5 2673/7 2689/4
2705/9
**divested [41]** 2614/4
2631/13 2631/21
2633/1 2633/8 2633/18
2634/9 2634/11
2635/12 2635/16
2635/21 2635/21
2635/22 2637/15
2648/11 2648/16
2662/25 2663/3 2663/5
2665/6 2665/12
2665/19 2665/23
2666/2 2666/19
2666/22 2667/10
2669/15 2670/7
2670/25 2671/18
2673/12 2674/11
2685/6 2686/23
2695/24 2703/19
2708/13 2708/22
2713/9 2713/14
**divesting [21]** 2598/21
2599/20 2599/21
2599/25 2600/4 2600/7
2608/18 2613/21
2632/15 2632/19

2676/20 2686/16
2641/10 2669/7
2671/10 2671/14
2671/16 2671/18
2674/16 2674/20
2685/19 2695/8
2703/20
**divestiture [138]**
**divestitures [16]**
2672/2 2672/25 2673/2
2678/3 2679/11 2685/2
2697/23 2702/10
2702/13 2702/15
2709/21 2709/25
2710/4 2710/6 2711/12
2718/11
**divestment [1]**
2687/13
**division [3]** 2594/17
2673/10 2698/12
**divisions [1]** 2699/25
**do [136]**
**Doctor [3]** 2668/7
2673/20 2676/13
**document [4]** 2674/2
2676/11 2708/2 2708/7
**documentation [4]**
2604/14 2604/14
2620/23 2620/23
**documents [5]** 2664/1
2664/9 2664/12
2673/22 2700/18
**does [20]** 2604/19
2607/20 2643/16
2644/11 2664/16
2664/20 2670/3
2670/25 2674/11
2674/12 2674/20
2675/16 2675/20
2676/12 2680/20
2681/21 2690/16
2693/18 2693/22
2710/11
**doesn't [17]** 2604/10
2607/8 2608/13
2610/13 2612/2
2614/13 2615/6
2615/12 2615/25
2640/20 2647/2 2668/9
2679/14 2691/17
2699/14 2706/5 2713/4
**doing [3]** 2644/18
2694/16 2705/4
**DOJ [3]** 2594/17
2594/17 2594/20

**DOJ-ATR [1]** 2594/20
**dollar [5]** 2684/6
2693/19 2693/23
2693/24 2712/24
**dollars [12]** 2648/10
2680/7 2680/11 2681/5
2685/23 2687/23
2687/23 2688/7
2708/24 2709/3 2710/9
2710/14
**dominates [1]** 2703/1
**don't [124]** 2598/23
2599/16 2602/6 2603/4
2609/5 2609/7 2611/8
2611/9 2612/1 2617/7
2622/17 2622/21
2623/2 2623/4 2623/5
2623/10 2623/22
2625/25 2626/24
2628/11 2629/21
2630/24 2630/25
2631/2 2631/18
2631/24 2632/3 2632/6
2633/14 2633/23
2634/10 2634/15
2634/22 2634/23
2635/8 2635/10 2638/2
2638/7 2638/10
2638/18 2638/21
2638/24 2639/7
2640/11 2642/5
2642/11 2642/12
2643/17 2645/25
2646/9 2647/17 2648/2
2648/6 2648/17
2648/19 2649/11
2649/20 2651/17
2652/20 2653/5 2653/5
2653/12 2653/14
2654/6 2654/15 2655/3
2655/4 2657/5 2657/8
2658/14 2666/21
2666/21 2667/5 2668/2
2668/14 2669/8
2672/18 2674/17
2676/20 2677/9
2677/11 2679/4 2680/1
2682/10 2684/1
2684/25 2685/7
2685/12 2686/4
2686/10 2687/23
2687/24 2687/25
2688/10 2690/1 2690/3
2690/6 2690/8 2690/23

# D

**don't... [25]** 2692/5
2693/8 2693/14
2693/20 2695/21
2695/22 2696/12
2697/16 2701/5
2706/10 2706/22
2707/5 2708/12
2711/15 2712/23
2712/25 2713/15
2714/7 2714/12
2716/21 2717/12
2720/1 2720/3 2720/22
2720/23
**done [7]** 2627/17
2678/11 2680/1 2684/8
2684/13 2695/19
2711/14
**doubt [3]** 2667/3
2706/10 2708/12
**doubts [1]** 2667/5
**down [2]** 2641/17
2642/23
**download [2]** 2618/2
2621/19
**downside [1]** 2682/14
**Dr [5]** 2601/13 2659/8
2692/25 2718/6 2719/4
**Dr. [29]** 2604/20
2659/6 2659/12
2661/20 2661/24
2662/12 2675/1
2693/12 2694/21
2694/24 2695/10
2696/10 2697/12
2697/22 2698/2
2700/23 2701/16
2701/25 2704/15
2707/7 2708/12 2709/9
2710/17 2712/23
2715/6 2715/11 2716/7
2716/12 2717/5
**Dr. Marc Zenner [1]**
2659/6
**Dr. Mickens [1]**
2604/20
**Dr. Zenner [26]**
2659/12 2661/20
2661/24 2662/12
2675/1 2693/12
2694/21 2694/24
2695/10 2696/10
2697/12 2697/22
2698/2 2700/23

2701/16 2701/25
2704/15 2707/7
2708/12 2710/17
2712/23 2715/6
2715/11 2716/7
2716/12 2717/5
**Dr. Zenner's [1]**
2709/9
**DRM [2]** 2609/9
2609/16
**DuckDuckGo [3]**
2680/5 2690/18
2691/14
**due [1]** 2707/21
**during [14]** 2626/20
2627/21 2630/14
2630/17 2631/5 2631/7
2632/17 2632/24
2636/4 2650/12 2688/9
2714/20 2718/11
2718/16
**dwindles [1]** 2688/13

# E

**each [13]** 2602/1
2602/3 2605/13
2605/14 2628/3 2628/8
2637/19 2638/9
2638/11 2638/12
2638/14 2651/4
2705/18
**earlier [20]** 2607/1
2609/3 2612/7 2612/12
2613/24 2615/17
2617/12 2618/16
2618/20 2619/13
2625/9 2626/1 2633/21
2644/23 2648/9
2657/21 2689/11
2707/17 2715/13
2716/1
**early [2]** 2657/20
2658/4
**earns [1]** 2693/24
**easier [2]** 2701/23
2715/11
**easy [1]** 2599/6
**eBay [4]** 2698/23
2698/25 2699/2 2699/4
**eBay's [1]** 2698/2
**EBay/PayPal [1]**
2698/23
**economics [2]**
2659/21 2660/4

**economist [2]** 2624/18
2624/19
**economy [1]** 2692/4
**ecosystem [5]**
2647/22 2647/25
2648/2 2648/5 2648/8
**Edge [2]** 2608/25
2609/22
**educational [2]**
2613/17 2659/16
**effect [1]** 2677/14
**effectively [1]** 2655/11
**effects [1]** 2695/8
**effectuate [1]** 2702/6
**effectuated [1]**
2704/13
**effort [4]** 2601/5
2608/4 2608/6 2634/1
**eight [2]** 2629/20
2629/23
**Eighteenth [1]**
2636/25
**either [4]** 2624/12
2625/25 2634/8
2681/24
**elaborate [1]** 2617/11
**Electric [1]** 2703/17
**elegantly [1]** 2693/14
**element [2]** 2670/22
2674/14
**elements [3]** 2674/1
2678/5 2678/7
**Eli [1]** 2719/22
**eliminate [1]** 2699/10
**else [10]** 2610/12
2616/8 2620/9 2650/16
2669/3 2669/10
2677/11 2692/3 2692/4
2721/8
**else's [1]** 2646/17
**emphasis [1]** 2696/3
**employed [1]** 2707/12
**employment [1]**
2659/23
**empty [1]** 2603/5
**emulate [1]** 2668/23
**enable [2]** 2637/20
2639/10
**enabled [1]** 2633/13
**encompass [1]** 2716/3
**end [28]** 2598/20
2598/22 2599/24
2600/5 2606/20 2608/2
2608/13 2608/16

2616/15 2617/13
2619/9 2619/22
2633/13 2633/16
2633/21 2634/1 2634/7
2637/4 2637/7 2645/1
2658/4 2658/16 2660/2
2682/19 2692/2
2720/11
**ended [1]** 2622/16
**enforcement [1]**
2653/4
**engine [9]** 2645/16
2645/19 2645/21
2668/25 2669/16
2669/20 2681/16
2681/17 2693/22
**engineering [4]**
2600/21 2601/5 2608/4
2659/19
**engineers [11]**
2629/17 2629/19
2630/15 2630/17
2631/6 2631/8 2637/16
2639/16 2639/24
2648/23 2686/14
**English [2]** 2602/5
2602/8
**enhance [2]** 2607/13
2686/25
**enhancement [1]**
2704/19
**enough [7]** 2602/8
2602/21 2639/14
2639/16 2639/24
2688/14 2703/6
**ensure [1]** 2604/22
**ensuring [1]** 2653/3
**entail [2]** 2633/1
2666/23
**entails [1]** 2675/7
**enter [2]** 2707/13
2716/2
**entering [2]** 2601/25
2715/23
**Enterprise [1]** 2665/1
**enters [1]** 2601/15
**entire [2]** 2712/2
2713/6
**entirety [2]** 2717/7
2718/3
**entitled [1]** 2722/5
**entity [5]** 2665/12
2665/13 2669/25

**E**

entity... [2]  2670/20
2682/1
envelope [4]  2603/5
2603/7 2684/14 2709/2
envelope -- l [1]
2684/14
equal [1]  2693/15
equipment [2]  2703/4
2703/16
equity [1]  2709/4
equivalent [4]  2631/14
2631/22 2632/11
2633/3
especially [5]  2604/12
2613/16 2645/7 2678/3
2680/18
essentially [20]
2598/18 2598/20
2599/8 2599/13
2599/17 2600/3
2601/12 2606/15
2606/22 2608/10
2608/17 2612/20
2617/1 2646/21
2665/23 2666/9
2669/10 2669/21
2674/7 2682/3
essentially -- again [1]
2666/9
establish [1]  2628/20
established [1]  2692/9
establishing [1]
2628/13
estimate [14]  2627/19
2627/22 2628/5 2628/9
2628/20 2629/9
2632/25 2634/3 2634/6
2643/10 2643/14
2643/20 2657/5
2681/20
estimated [1]  2632/15
estimates [1]  2627/25
estimating [1]  2681/2
et [2]  2594/5 2693/16
et cetera [1]  2693/16
evaluate [2]  2689/7
2697/17
evaluating [1]  2696/7
evaluation [1]  2661/12
even [21]  2600/9
2601/3 2602/14
2602/21 2607/14
2607/17 2607/18

2608/7 2609/7 2609/8
2611/8 2615/1 2617/19
2630/19 2632/19
2644/14 2644/25
2645/3 2645/5 2655/22
2706/13
eventually [3]  2599/17
2638/25 2639/8
ever [1]  2661/13
every [4]  2634/7
2634/10 2665/15
2703/20
everybody [2]  2701/2
2721/12
everyone [2]  2657/19
2701/6
everything [15]  2599/8
2599/16 2600/2 2606/5
2606/22 2618/8 2620/9
2634/22 2645/10
2661/8 2666/16
2669/10 2675/8
2677/16 2696/19
evidence [5]  2607/8
2611/13 2611/22
2616/13 2700/20
exactly [11]  2600/6
2601/17 2628/2
2632/17 2645/25
2649/11 2654/15
2666/22 2669/19
2674/17 2700/1
examination [11]
2597/5 2597/6 2597/9
2597/10 2598/5
2622/11 2626/21
2655/22 2659/10
2694/18 2694/19
examine [1]  2705/5
example [34]  2602/4
2602/22 2603/10
2605/11 2605/14
2605/16 2609/8
2609/21 2613/7
2614/13 2614/15
2615/7 2615/22
2615/23 2616/17
2617/21 2618/19
2619/24 2620/4
2625/11 2628/13
2644/24 2645/15
2646/25 2656/11
2668/10 2669/6 2694/9
2695/12 2696/4

2698/16 2699/22
2707/2 2708/9
examples [6]  2614/7
2614/8 2614/10
2614/11 2619/18
2697/23
Except [1]  2615/12
excerpt [1]  2702/2
excuse [4]  2648/20
2655/17 2693/22
2697/25
executed [1]  2685/1
execution [2]  2653/18
2653/21
executive [1]  2709/15
exemplary [1]  2619/11
exercise [3]  2683/1
2705/13 2710/25
exhaustive [1]  2619/6
exist [2]  2610/14
2668/9
existing [8]  2612/9
2613/20 2636/1
2641/23 2647/12
2657/5 2699/25 2717/8
exists [1]  2635/14
expect [12]  2649/12
2658/5 2673/24 2674/2
2678/25 2679/3
2681/13 2681/14
2682/6 2682/11 2692/7
2707/1
expectation [1]  2707/6
expected [7]  2613/11
2613/14 2667/21
2674/13 2674/13
2677/14 2692/3
expecting [1]  2672/24
expense [2]  2686/6
2689/2
expenses [1]  2682/5
experience [9]  2645/6
2650/11 2650/24
2651/3 2651/24
2660/17 2660/19
2660/21 2660/24
experiments [2]
2609/2 2619/25
expert [15]  2598/8
2623/25 2624/1 2624/7
2624/9 2624/11
2661/13 2661/20
2661/24 2669/23
2679/16 2696/16

2699/16 2699/25
2716/21
2720/10
expertise [5]  2624/2
2640/22 2641/5 2650/7
2679/18
experts [3]  2667/7
2683/5 2699/4
expiration [1]  2652/1
explain [5]  2659/16
2666/8 2678/1 2679/7
2700/16
explained [6]  2632/17
2635/18 2635/25
2637/15 2656/23
2697/10
express [1]  2667/9
expressed [3]  2715/22
2716/8 2718/2
expressions [1]
2706/7
extend [1]  2678/12
extensively [1]
2703/23
extra [2]  2612/21
2613/7
extract [1]  2616/16
extraordinary [2]
2702/5 2702/14
extremely [1]  2685/20

**F**

facilitate [1]  2640/2
fact [24]  2611/11
2620/20 2627/23
2651/18 2665/18
2666/23 2670/25
2674/7 2674/11
2677/12 2679/6
2686/11 2686/19
2696/13 2699/9
2699/11 2702/18
2704/18 2705/16
2706/17 2708/1
2713/23 2715/21
2719/14
factor [1]  2696/8
factors [3]  2667/2
2687/21 2692/23
failed [1]  2611/21
fair [6]  2601/15
2636/18 2704/1
2706/23 2707/7
2712/23
fairly [1]  2680/25

**familiar [10]** 2684/16
2704/6 2704/11 2707/4
2712/14 2712/18
2714/5 2715/19
2715/21 2717/21
**far [1]** 2657/24
**fast [1]** 2678/4
**faster [1]** 2613/3
**favorable [1]** 2692/7
**feasibility [4]** 2598/15
2617/6 2624/20 2625/1
**feasible [10]** 2601/3
2625/6 2625/8 2625/14
2625/21 2625/24
2625/25 2626/3
2632/19 2638/10
**feature [3]** 2607/7
2607/13 2609/19
**features [23]** 2599/17
2607/9 2608/2 2608/12
2608/16 2608/23
2609/4 2609/6 2609/18
2609/23 2619/22
2620/5 2620/11
2620/13 2620/15
2621/14 2632/11
2633/12 2633/15
2633/17 2634/13
2717/8 2717/9
**feel [2]** 2631/23 2682/2
**fees [1]** 2678/15
**few [4]** 2619/18
2643/21 2676/14
2683/17
**fewer [2]** 2705/3
2705/4
**fields [2]** 2603/20
2624/3
**figure [8]** 2600/14
2600/16 2600/17
2603/2 2605/19 2616/6
2627/11 2639/1
**figures [1]** 2684/6
**figuring [1]** 2638/3
**filed [3]** 2654/9 2704/4
2704/8
**fill [1]** 2675/3
**final [3]** 2616/21
2673/13 2692/17
**finance [13]** 2659/25
2660/3 2660/17 2661/2
2661/2 2661/7 2661/12
2661/16 2661/21

2696/11 2696/16
**finances [1]** 2696/6
**financial [6]** 2650/8
2659/21 2660/7 2668/5
2681/11 2696/5
**financing [3]** 2676/24
2682/11 2683/25
**find [2]** 2688/12
2711/11
**fine [4]** 2620/13
2701/4 2701/11
2710/23
**Firefox [9]** 2614/17
2615/8 2615/8 2615/11
2615/14 2615/14
2615/15 2615/22
2668/11
**firm [2]** 2709/4
2712/13
**firms [1]** 2716/8
**first [21]** 2604/21
2605/8 2606/16
2606/21 2607/5
2658/12 2662/23
2663/4 2663/10
2671/21 2671/25
2672/10 2675/2 2681/8
2684/17 2688/12
2695/18 2697/2 2701/6
2709/20 2719/13
**fit [2]** 2669/24 2691/2
**five [18]** 2615/18
2617/20 2626/17
2628/25 2629/9
2632/16 2632/23
2632/25 2633/4
2643/11 2643/13
2643/14 2643/20
2644/23 2645/3
2681/10 2682/19
2719/13
**five years [8]** 2615/18
2617/20 2626/17
2628/25 2632/16
2632/23 2645/3
2682/19
**five-or-more-year [1]**
2643/14
**five-year [4]** 2633/4
2643/20 2644/23
2681/10
**fixing [1]** 2612/5
**flawed [1]** 2601/21

**flexibility [1]** 2672/20
**Floor [1]** 2595/8
**flow [2]** 2655/14
2682/6
**flows [2]** 2668/5
2668/5
**focus [3]** 2610/14
2686/20 2695/10
**folder [1]** 2709/6
**folks [1]** 2657/16
**follow [8]** 2629/2
2634/24 2641/12
2641/18 2642/12
2642/21 2645/9
2669/14
**follow-up [1]** 2669/14
**following [4]** 2630/9
2634/20 2654/8
2715/12
**forced [11]** 2671/25
2672/7 2672/11
2672/18 2672/21
2672/24 2678/6
2696/22 2696/24
2697/11 2697/18
**foregoing [1]** 2722/4
**forgive [1]** 2693/13
**formal [1]** 2707/13
**format [1]** 2603/22
**formed [2]** 2617/5
2692/15
**former [2]** 2630/19
2630/21
**forms [2]** 2715/2
2715/3
**formula [1]** 2629/14
**forth [8]** 2603/18
2603/21 2603/23
2670/15 2677/5
2678/15 2686/1
2692/12
**forward [3]** 2613/2
2672/6 2697/9
**foundation [4]** 2656/2
2656/3 2710/15
2710/19
**four [7]** 2611/19
2611/21 2645/3
2689/18 2690/12
2691/11 2711/19
**four years [2]** 2611/19
2611/21
**fourth [2]** 2608/9
2677/4

**frames [4]** 2615/7
2628/13 2628/23
2629/12
**free [2]** 2646/20
2688/15
**freedom [1]** 2705/9
**freely [1]** 2621/19
**Friday [5]** 2598/8
2634/16 2634/25
2635/24 2719/24
**front [1]** 2631/18
**full [6]** 2616/25
2633/11 2660/3
2684/13 2688/4 2688/4
**fully [14]** 2598/23
2616/10 2617/9
2617/18 2626/4
2632/18 2632/21
2633/2 2633/10
2633/15 2634/15
2643/18 2668/14
2677/22
**function [3]** 2608/13
2612/1 2619/23
**functionable [1]**
2633/15
**functional [11]**
2616/10 2617/10
2617/18 2617/19
2620/15 2626/5
2632/18 2632/22
2633/2 2633/10
2643/18
**functionality [23]**
2598/19 2598/20
2600/1 2600/6 2601/15
2603/18 2604/23
2604/25 2608/11
2609/7 2609/24
2616/12 2617/8 2618/4
2618/8 2619/2 2619/6
2633/24 2634/13
2634/14 2644/9 2645/2
2692/12
**functioning [7]**
2598/23 2611/10
2611/12 2617/1 2622/2
2633/12 2634/15
**further [8]** 2599/11
2610/8 2611/22
2617/11 2619/25
2622/5 2657/10
2718/24

**F**

**furthermore [1]**
2611/13
**future [4]** 2610/13
2682/4 2682/5 2716/3

**G**

**GAIA [1]** 2619/17
**gain [1]** 2601/15
**gains [12]** 2686/1
2687/5 2687/16
2687/18 2687/24
2688/5 2688/8 2695/17
2695/20 2695/22
2695/25 2696/2
**Galaxy [1]** 2620/25
**gaming [1]** 2712/16
**Gauss [6]** 2621/3
2621/11 2621/15
2622/22 2623/3
2623/11
**gave [3]** 2611/21
2643/19 2700/2
**Gemini [4]** 2621/4
2621/11 2622/17
2622/20
**general [2]** 2669/15
2714/3
**generally [2]** 2634/20
2672/25
**generate [8]** 2665/24
2666/1 2666/4 2666/20
2681/13 2681/15
2682/6 2705/6
**generated [3]** 2665/5
2665/6 2665/10
**generates [2]** 2666/16
2693/18
**generating [3]**
2668/19 2668/22
2713/13
**generative [1]** 2716/8
**generic [1]** 2688/6
**geographic [1]**
2702/18
**geography [1]**
2699/24
**get [33]** 2613/13
2623/1 2625/14 2629/9
2632/2 2632/21 2633/5
2633/6 2633/8 2643/18
2643/23 2657/21
2657/22 2657/24
2658/1 2658/2 2665/22

2675/10 2680/4 2683/6
2686/10 2689/5 2689/6
2689/21 2690/23
2693/19 2694/7 2694/8
2694/10 2705/1
2707/23 2714/23
2720/3
**get -- if [1]** 2633/5
**gets [1]** 2669/17
**getting [3]** 2613/2
2669/9 2672/15
**give [4]** 2628/17
2654/18 2657/23
2684/10
**given [8]** 2605/5
2627/25 2638/5 2642/7
2645/8 2705/9 2707/2
2708/2
**gives [1]** 2628/12
**giving [2]** 2681/18
2711/22
**global [2]** 2660/6
2660/9
**Gloria [1]** 2595/16
**go [41]** 2600/14
2606/16 2606/17
2606/17 2606/18
2606/19 2606/20
2609/13 2613/8
2614/16 2639/1
2663/11 2665/8
2667/17 2671/11
2671/24 2672/6 2673/3
2673/18 2674/15
2674/19 2675/23
2676/7 2676/19
2677/24 2678/4
2678/23 2679/22
2679/23 2681/2 2681/4
2683/20 2688/23
2691/8 2691/19
2702/20 2708/8 2714/4
2715/10 2720/3
2720/23
**goes [5]** 2619/17
2658/5 2678/18
2691/25 2697/9
**going [60]** 2599/11
2599/22 2600/18
2600/19 2602/13
2603/21 2605/11
2605/13 2605/18
2606/2 2606/16
2606/17 2606/17

2606/21 2606/10
2612/17 2612/18
2612/22 2612/24
2613/5 2613/18 2615/3
2616/7 2643/18
2646/21 2650/6 2658/6
2663/15 2663/16
2666/4 2666/11
2669/24 2672/8 2673/4
2674/5 2674/9 2674/17
2676/4 2676/5 2676/21
2677/6 2678/14
2678/19 2678/22
2683/16 2683/17
2686/22 2688/6 2689/2
2689/6 2689/8 2690/4
2690/5 2690/6 2690/21
2690/23 2701/8
2701/21 2712/9 2714/7
**good [16]** 2598/7
2603/11 2622/8
2622/13 2622/13
2622/15 2659/4 2659/9
2659/12 2659/13
2672/15 2679/4
2694/21 2694/22
2694/23 2720/7
**GOOGLE [160]**
**Google Services [1]**
2620/7
**Google's [15]** 2616/5
2617/9 2617/13
2617/22 2618/11
2618/16 2619/22
2645/1 2646/24 2648/4
2648/7 2665/4 2709/20
2709/24 2713/24
**Googlers [2]** 2611/20
2611/20
**got [7]** 2603/1 2626/19
2628/24 2630/15
2630/18 2643/25
2682/24
**gotten [1]** 2658/8
**graduate [4]** 2630/20
2630/21 2630/24
2631/1
**graphics [1]** 2611/5
**great [5]** 2615/12
2644/21 2721/2 2721/7
2721/12
**green [1]** 2620/12
**Greene [4]** 2702/2
2702/14 2702/19

**Greene's [1]** 2700/8
**group [3]** 2651/20
2660/6 2660/7
**groups [1]** 2651/20
**GSE [1]** 2619/16
**GSOP [1]** 2619/16
**guess [9]** 2601/22
2621/9 2668/4 2691/20
2704/22 2706/15
2706/16 2707/15
2714/7
**Guide [2]** 2605/16
2607/11

**H**

**had [26]** 2611/15
2616/2 2616/2 2621/13
2629/16 2633/8 2640/1
2640/4 2645/6 2651/23
2651/25 2652/7
2654/18 2655/14
2685/1 2685/3 2685/5
2685/13 2685/13
2688/9 2692/10
2692/20 2695/25
2705/8 2705/21 2713/8
**hadn't [1]** 2687/16
**hand [3]** 2621/21
2649/11 2700/23
**handed [2]** 2700/14
2701/4
**happen [3]** 2606/9
2690/6 2699/15
**happened [6]** 2601/25
2614/9 2614/11
2614/12 2616/1
2703/25
**happening [4]**
2648/16 2683/16
2692/4 2692/4
**happens [2]** 2603/23
2692/6
**happy [7]** 2627/6
2629/24 2631/19
2632/1 2642/23
2700/17 2716/2
**hard [6]** 2602/6 2602/8
2612/15 2616/15
2626/6 2688/12
**hardware [18]** 2612/25
2613/2 2613/4 2613/14
2613/15 2613/18
2628/14 2628/21

**hardware... [10]**
2645/23 2645/24
2646/1 2646/4 2646/6
2646/8 2646/14
2647/12 2657/6 2657/9
**Harold [1]** 2702/2
**has [34]** 2601/8
2609/18 2611/15
2614/8 2614/10
2614/12 2616/4 2616/9
2616/11 2616/14
2616/14 2621/3
2634/20 2635/21
2640/14 2651/9
2663/17 2666/13
2666/15 2670/9 2672/3
2675/25 2677/12
2679/19 2680/16
2680/18 2689/25
2690/13 2694/11
2695/13 2696/17
2701/2 2701/6 2720/13
**hasn't [2]** 2614/3
2656/15
**Hat [1]** 2712/13
**have [222]**
**haven't [10]** 2674/25
2675/12 2680/1 2684/8
2684/13 2688/5
2700/21 2703/23
2705/21 2711/14
**having [8]** 2601/5
2642/23 2672/12
2675/2 2702/14
2707/15 2708/9
2718/21
**he [46]** 2598/17
2598/24 2599/1 2601/7
2601/9 2607/15
2607/17 2608/25
2608/25 2608/25
2609/1 2610/11 2614/5
2614/6 2614/7 2614/8
2615/6 2615/12
2615/24 2615/25
2630/10 2631/2 2631/3
2631/5 2631/7 2635/18
2636/2 2643/5 2655/24
2655/24 2656/15
2688/10 2690/8 2702/3
2709/1 2709/1 2709/3
2709/3 2710/19
2710/21 2715/13

2715/18 2718/1
2719/23 2720/17
2720/18
**He'd [1]** 2719/16
**he's [1]** 2656/8
**head [2]** 2660/7
2660/9
**healthy [5]** 2647/22
2647/25 2648/2 2648/5
2648/7
**hear [2]** 2639/5
2691/17
**heard [9]** 2598/7
2598/17 2625/9 2648/9
2656/12 2663/17
2663/18 2664/8 2680/2
**hearing [2]** 2594/12
2715/8
**Heather [1]** 2658/22
**heavier [2]** 2612/24
2613/17
**heavily [1]** 2617/12
**held [1]** 2654/12
**help [6]** 2601/16
2630/20 2657/21
2675/13 2707/12
2709/4
**helpful [5]** 2642/19
2707/9 2707/13
2720/14 2720/20
**her [1]** 2670/16
**here [57]** 2603/5
2604/20 2606/13
2608/22 2610/11
2614/24 2616/1
2618/19 2619/12
2620/11 2621/21
2623/24 2624/20
2625/1 2637/2 2638/18
2656/15 2662/22
2663/16 2664/3
2664/14 2664/17
2664/18 2666/7
2666/12 2666/14
2667/2 2667/6 2667/23
2669/8 2671/15
2671/22 2671/25
2673/4 2673/11
2673/20 2674/1 2674/3
2674/12 2676/1 2676/9
2676/14 2676/15
2676/15 2677/7 2678/5
2683/16 2684/20
2685/24 2688/24

2690/4 2690/16
2692/24 2696/3
2716/11 2719/12
2720/19
**here's [1]** 2602/12
**Herman [4]** 2595/21
2722/3 2722/9 2722/10
**Hey [4]** 2608/22
2674/16 2675/7 2690/2
**Hi [1]** 2598/2
**high [6]** 2621/7
2650/21 2680/24
2681/1 2690/2 2693/11
**high-tech [1]** 2650/21
**higher [12]** 2601/22
2616/20 2662/20
2671/1 2671/1 2671/6
2687/5 2687/7 2687/8
2687/12 2688/25
2693/6
**higher-than-typical [1]**
2687/12
**highest [2]** 2676/23
2677/10
**highlight [3]** 2676/8
2676/15 2691/11
**highly [3]** 2617/14
2617/15 2699/2
**Hill [1]** 2660/1
**him [5]** 2658/9
2684/21 2700/14
2701/12 2709/5
**himself [1]** 2720/15
**hire [1]** 2681/23
**his [14]** 2635/4 2643/2
2650/7 2655/25 2656/5
2656/6 2656/8 2684/16
2688/10 2710/17
2716/18 2719/15
2720/14 2720/18
**His Honor [1]** 2684/16
**history [2]** 2659/23
2702/8
**hold [2]** 2690/21
2710/17
**home [1]** 2698/6
**Honeywell [1]** 2698/5
**Honeywell's [1]**
2697/24
**Honor [28]** 2622/8
2630/11 2650/9 2656/1
2656/10 2656/17
2657/10 2657/12
2661/19 2662/8

2663/17 2673/15
2684/16 2694/15
2700/12 2706/19
2715/1 2716/25 2717/2
2718/24 2719/3
2719/11 2719/18
2719/25 2720/9 2721/7
2721/10 2721/11
**Honor's [1]** 2707/16
**HONORABLE [1]**
2594/12
**hopefully [1]** 2647/19
**hour [1]** 2720/2
**hours [2]** 2631/2
2631/3
**housekeeping [1]**
2658/19
**how [76]** 2598/14
2599/10 2600/18
2601/2 2602/11 2603/1
2605/10 2605/25
2606/5 2611/24 2612/1
2612/7 2614/15 2616/6
2617/7 2617/22
2622/24 2626/6
2626/13 2626/19
2627/11 2627/19
2628/5 2628/7 2628/10
2628/20 2628/25
2629/9 2629/21
2630/24 2630/25
2631/2 2631/3 2635/12
2638/4 2641/4 2644/10
2645/8 2645/8 2656/7
2657/24 2658/5 2663/4
2663/21 2665/5 2666/4
2666/19 2666/24
2667/15 2668/14
2671/21 2674/11
2674/12 2676/3 2679/2
2679/4 2680/20 2681/1
2681/5 2681/21
2682/25 2686/16
2686/16 2687/1
2687/18 2689/23
2690/8 2693/9 2704/9
2705/5 2705/23
2706/5 2707/5
2713/12 2713/17
2713/19
**however [1]** 2719/24
**huh [2]** 2644/5 2714/1
**human [3]** 2670/18
2670/18 2686/14

**human -- from [1]**
2670/18
**hundred [4]** 2675/9
2687/22 2687/23
2693/19
**hundred percent [1]**
2675/9
**hundreds [3]** 2614/17
2619/19 2638/13
**hyper [1]** 2615/1
**hyperscale [1]**
2617/22
**hypothetical [8]**
2639/20 2640/13
2640/24 2640/25
2641/3 2641/6 2641/19
2644/10
**hypotheticals [1]**
2681/18

I

**I -- complexity [1]**
2677/21
**I a.m [1]** 2702/21
**I'd [4]** 2644/20 2705/14
2707/19 2715/10
**I'll [5]** 2630/11 2635/11
2639/13 2643/1 2650/9
**I'm [62]** 2600/6
2605/13 2607/7
2622/19 2622/24
2624/6 2624/15
2624/19 2624/24
2626/25 2629/11
2630/9 2630/9 2635/3
2635/4 2637/1 2639/4
2639/11 2639/11
2639/21 2641/2
2641/11 2641/11
2641/17 2641/18
2642/5 2642/13
2642/23 2648/25
2649/16 2649/21
2651/13 2652/16
2656/5 2656/7 2663/16
2669/23 2674/5
2675/18 2678/10
2679/15 2679/25
2691/10 2694/6 2694/9
2696/20 2699/20
2700/17 2701/8
2701/22 2703/25
2704/6 2704/11

2705/11 2705/13
2707/4 2709/15 2712/3
2712/9 2714/5 2717/2
2721/4
**I've [8]** 2645/6 2649/20
2660/11 2660/11
2661/10 2697/10
2703/21 2711/16
**IBM [1]** 2712/12
**idea [6]** 2631/3 2650/1
2683/18 2684/10
2686/4 2711/17
**ideas [3]** 2616/8
2616/8 2656/16
**identified [6]** 2619/21
2619/24 2627/9
2627/14 2627/18
2689/11
**identify [2]** 2658/21
2663/18
**IL [1]** 2594/18
**imagination [1]**
2619/7
**imagine [3]** 2602/2
2683/24 2686/5
**imagined [1]** 2695/18
**imagining [1]** 2688/1
**impact [8]** 2672/22
2677/17 2678/13
2678/13 2680/16
2680/18 2696/9
2696/14
**implement [3]** 2699/17
2699/23 2700/3
**implementation [1]**
2698/25
**implemented [1]**
2704/10
**implications [3]**
2606/5 2695/11
2695/14
**important [5]** 2667/22
2668/4 2674/3 2686/11
2690/17
**impossible [1]**
2674/23
**improve [2]** 2599/11
2599/17
**improved [1]** 2599/16
**improvements [1]**
2599/6
**inarticulate [1]**
2642/14
**incentive [1]** 2678/20

**incentives [2]** 2686/23
2691/1
**include [2]** 2696/14
2715/2
**included [1]** 2635/5
**includes [5]** 2617/2
2617/3 2617/4 2624/3
2624/15
**including [4]** 2620/23
2624/22 2625/3 2713/8
**incremental [1]** 2689/1
**incur [2]** 2663/8
**independent [9]**
2620/25 2668/11
2668/18 2688/14
2698/24 2714/22
2715/16 2715/23
2716/9
**indicated [3]** 2613/23
2625/10 2626/3
**indicating [2]** 2650/14
**indicative [1]** 2683/13
**indirect [18]** 2664/19
2664/20 2664/21
2665/2 2665/3 2665/11
2665/19 2665/25
2666/1 2666/4 2669/10
2671/19 2679/10
2685/22 2686/8 2686/9
2687/8 2689/20
**indirectly [2]** 2666/18
2693/19
**individually [1]**
2718/12
**individuals [2]**
2651/22 2651/23
**industry [1]** 2654/5
**information [9]**
2602/23 2640/12
2655/15 2655/19
2672/16 2683/19
2707/23 2708/3
2708/19
**infrastructure [36]**
2600/17 2600/19
2606/8 2608/2 2612/6
2612/7 2615/1 2615/5
2616/5 2616/7 2616/15
2617/13 2617/23
2618/11 2618/17
2619/14 2619/23
2628/14 2628/21
2639/3 2646/6 2646/8
2646/9 2646/10

2647/6 2647/12
2647/14 2647/16
2647/17 2665/24
2670/15 2670/23
2681/22 2681/24
**ingest [1]** 2655/14
**ingestion [1]** 2655/18
**inherently [1]** 2668/3
**inherit [1]** 2665/24
**inheriting [1]** 2666/2
**initial [2]** 2700/8
2706/18
**initially [2]** 2683/12
2708/1
**input [1]** 2651/6
2653/17 2653/20
**inspect [1]** 2700/17
**instance [4]** 2618/23
2673/11 2703/20
2704/25
**instances [1]** 2701/1
**instead [8]** 2601/9
2607/17 2612/10
2612/16 2612/17
2616/7 2646/14
2646/17
**instructor [1]** 2661/11
**integrate [2]** 2611/25
2685/12
**integrated [9]** 2610/3
2611/13 2611/14
2611/23 2685/9
2686/13 2687/9 2699/2
2703/1
**integration [1]** 2670/1
**integrations [7]**
2669/22 2670/17
2679/15 2679/18
2680/18 2692/23
2705/12
**intellectual [1]**
2718/13
**intend [2]** 2662/13
2700/19
**intercity [2]** 2703/2
2703/11
**interest [7]** 2636/23
2706/7 2714/10
2715/22 2716/8
2717/25 2718/2
**interested [6]** 2690/3
2703/2 2705/18 2706/5
2714/13 2717/7

2740

# I

interesting [1]
2691/17
interests [1] 2689/12
interface [7] 2602/12
2602/13 2602/14
2611/2 2611/3 2611/4
2611/8
interfere [1] 2622/2
interlinkages [1]
2679/21
intermediary [3]
2606/16 2606/18
2606/20
internal [4] 2617/9
2664/1 2664/9 2664/11
International [2]
2698/5 2698/12
Internet [1] 2620/8
interview [1] 2629/19
interviewed [1]
2629/17
interviews [11]
2629/20 2629/21
2629/25 2630/3 2630/6
2630/14 2630/17
2631/6 2631/7 2631/9
2631/10
introduce [1] 2659/14
invalidate [1] 2654/9
invent [1] 2668/9
invest [6] 2606/23
2676/5 2678/21
2689/22 2692/8
2692/11
investment [14]
2660/5 2660/8 2660/11
2660/19 2661/3 2661/6
2661/9 2661/16
2661/21 2661/24
2677/5 2683/6 2683/9
2717/10
investor [2] 2660/14
2661/11
invoice [1] 2686/10
invoices [1] 2685/24
involve [2] 2638/15
2645/19
involved [15] 2603/15
2614/16 2638/17
2645/10 2645/21
2650/17 2650/21
2650/23 2652/24
2655/9 2655/24

2656/12 2670/17
2691/18 2718/12
involvement [2]
2655/25 2656/5
IP [1] 2620/10
is [462]
is -- but [1] 2694/4
isn't [14] 2603/11
2648/20 2648/22
2649/1 2657/1 2696/9
2696/15 2697/12
2697/20 2699/11
2703/9 2710/19
2713/25 2714/21
issue [10] 2599/20
2600/9 2613/12
2621/13 2621/25
2647/3 2648/2 2648/12
2687/24 2702/18
issued [3] 2702/3
2704/2 2707/3
issues [13] 2607/1
2626/21 2627/9
2627/10 2630/7
2630/10 2637/22
2638/5 2638/19
2638/22 2646/23
2646/24 2706/19
it [342]
it'll [1] 2720/22
it's [78] 2601/21
2601/21 2601/25
2604/10 2605/18
2606/6 2609/17
2609/19 2609/25
2611/13 2612/18
2613/5 2613/14 2615/2
2621/4 2622/13 2626/6
2633/15 2638/22
2640/21 2640/22
2641/3 2646/20
2646/25 2648/19
2652/12 2657/16
2669/18 2669/24
2676/11 2676/20
2676/23 2677/21
2678/13 2680/7
2681/24 2683/9
2685/10 2685/14
2686/13 2687/3 2687/5
2687/6 2688/2 2688/12
2689/5 2689/7 2689/8
2691/17 2692/7
2692/11 2692/20

2692/22 2694/23
2696/20 2696/24
2697/12 2697/18
2698/12 2701/11
2701/12 2701/18
2701/19 2701/23
2701/23 2707/7 2708/5
2708/6 2708/17
2708/25 2709/22
2710/17 2710/21
2711/18 2713/4
2717/14 2719/12
2720/25
italics [1] 2710/8
items [3] 2627/18
2670/14 2677/6
its [23] 2609/18 2617/8
2619/2 2633/12
2633/17 2634/20
2646/4 2646/5 2646/15
2646/25 2648/13
2648/14 2648/17
2651/25 2654/18
2654/20 2655/1
2663/22 2679/14
2686/15 2698/6
2712/19 2715/17
itself [3] 2612/4
2670/3 2671/17

# J

James [1] 2716/15
Jan [1] 2644/24
Jan's [2] 2644/25
2645/5
January [1] 2712/15
January 2022 [1]
2712/15
JASON [3] 2597/4
2598/5 2622/11
Jesse [1] 2719/14
jiggle [1] 2682/15
job [1] 2686/19
John [1] 2595/12
Jonathan [1] 2595/4
journals [1] 2661/5
JP [2] 2660/9 2660/10
judge [8] 2594/13
2700/8 2702/2 2702/14
2702/19 2704/3
2706/21 2707/8
judgment [3] 2616/21
2673/13 2692/17
judicial [2] 2595/7

June [1] 2712/5
just [93] 2599/14
2600/9 2601/4 2601/4
2601/25 2603/2 2603/4
2603/16 2606/4 2606/6
2606/6 2607/1 2608/9
2608/18 2610/14
2610/22 2612/3 2615/2
2615/2 2615/23
2617/11 2618/25
2619/4 2619/4 2620/3
2620/4 2620/13
2620/17 2621/16
2621/18 2622/16
2623/1 2623/6 2628/4
2632/21 2636/11
2636/23 2637/1 2638/4
2640/10 2640/19
2640/19 2640/21
2641/12 2641/18
2642/10 2642/12
2642/21 2643/21
2644/13 2644/24
2645/1 2648/8 2651/10
2652/17 2654/6 2655/3
2655/3 2655/13
2656/19 2657/8
2657/19 2658/19
2669/4 2670/14
2678/14 2678/23
2680/24 2681/18
2684/5 2684/9 2684/11
2684/14 2688/1 2688/5
2690/7 2691/2 2691/3
2691/11 2691/16
2694/3 2694/9 2698/20
2698/20 2701/1 2701/4
2702/21 2705/23
2711/23 2716/3
2716/24 2719/9 2720/9
Justice [3] 2653/23
2654/9 2704/5

# K

Kansas [1] 2618/25
Karr [4] 2594/20
2597/6 2622/8 2622/10
keep [4] 2599/3
2651/10 2683/23
2712/9
kind [19] 2599/10
2601/21 2601/21
2604/1 2604/17

# K

**kind... [14]** 2610/15
2618/24 2676/15
2681/22 2682/5
2682/20 2682/21
2683/1 2685/22 2691/2
2692/3 2707/14 2707/16
2708/4
**kinds [1]** 2711/11
**know [141]**
**knowledge [4]** 2641/5
2668/17 2679/4 2699/4
**known [6]** 2615/8
2621/10 2652/14
2652/17 2655/1
2690/22
**knows [1]** 2686/22
**Kubernetes [3]**
2614/16 2615/24
2616/9

# L

**label [1]** 2610/22
**labeled [1]** 2610/18
**Labs [1]** 2703/14
**Lacrosse [1]** 2611/16
**language [1]** 2602/4
**languages [2]** 2607/20
2609/21
**laptops [4]** 2612/19
2613/16 2652/11
2656/24
**large [22]** 2612/19
2617/13 2619/20
2670/11 2673/7 2678/3
2679/14 2680/9
2680/16 2683/24
2686/6 2687/3 2687/4
2687/5 2688/11
2688/14 2689/2
2691/16 2692/21
2712/1 2712/3 2712/24
**larger [4]** 2666/5
2680/17 2686/12
2688/12
**largest [3]** 2654/1
2680/13 2702/6
**LaSalle [1]** 2594/14
**last [9]** 2674/3 2677/25
2680/3 2680/10
2680/12 2684/12
2691/9 2711/20 2721/1
**last -- the [1]** 2680/10
**later [7]** 2611/21

2615/15 2668/12
2678/15 2678/18
2707/3 2707/23
**LAW [1]** 2595/5
**lawsuit [1]** 2654/9
**lawyers [1]** 2645/9
**lay [1]** 2656/1
**layer [2]** 2612/21
2613/7
**lead [4]** 2671/1
2680/22 2687/12
2688/20
**leads [3]** 2671/7
2697/13 2697/19
**leakage [1]** 2687/22
**least [18]** 2615/18
2617/20 2628/23
2632/21 2640/20
2673/11 2675/11
2675/24 2676/22
2676/24 2679/10
2691/15 2708/23
2710/8 2710/13
2716/11 2718/5
2719/23
**leave [8]** 2599/2
2599/7 2599/7 2606/22
2643/6 2644/17
2657/20 2682/15
**leaving [4]** 2600/1
2613/12 2632/20
2643/18
**led [2]** 2651/20
2651/22
**left [5]** 2599/25
2610/15 2637/2
2639/16 2639/24
**legal [3]** 2678/15
2685/25 2702/8
**length [1]** 2670/17
**less [17]** 2663/1
2663/2 2667/4 2667/23
2668/3 2668/6 2669/17
2670/9 2671/1 2671/5
2677/22 2688/13
2691/1 2692/8 2692/11
2697/1 2714/14
**lesser [1]** 2693/10
**let [17]** 2622/16 2623/1
2631/20 2636/11
2640/13 2642/13
2642/14 2643/23
2648/21 2649/23
2655/18 2669/14

2678/23 2684/5
2684/19 2700/16
2710/2
**let's [45]** 2599/3
2610/14 2615/3 2616/3
2623/23 2623/23
2626/19 2627/1 2627/7
2628/25 2629/16
2637/13 2639/14
2639/23 2641/19
2642/3 2642/7 2645/14
2647/20 2651/4 2651/4
2653/16 2656/19
2657/16 2662/11
2663/10 2667/14
2671/9 2671/21 2673/3
2673/13 2675/16
2677/24 2679/5 2679/5
2680/7 2685/15
2692/13 2693/23
2700/23 2701/3 2701/6
2701/7 2701/13 2711/9
**letter [2]** 2602/17
2603/3
**letting [1]** 2600/4
**level [14]** 2601/22
2614/14 2616/20
2621/7 2661/4 2664/22
2667/9 2667/23
2680/24 2681/1 2688/6
2689/1 2690/2 2696/14
**leverage [3]** 2642/18
2646/14 2647/12
**leverages [1]** 2619/14
**life [1]** 2686/15
**light [2]** 2616/10
2616/11
**like [48]** 2601/14
2601/25 2602/3 2602/4
2602/12 2603/5
2603/22 2608/17
2609/10 2609/11
2609/18 2609/24
2610/18 2611/4 2613/9
2615/12 2629/15
2631/11 2631/18
2631/23 2631/24
2632/7 2638/2 2638/14
2641/2 2644/20
2656/14 2659/5
2661/20 2669/5
2670/14 2675/13
2683/8 2687/18
2688/11 2688/16

2696/12 2700/18
2705/14 2707/19
2713/17 2714/22
2715/10 2715/25
2716/22 2719/24
**likelihood [1]** 2697/20
**likely [10]** 2632/22
2671/1 2677/22
2687/14 2688/21
2689/15 2704/23
2708/23 2710/8
2710/12
**limited [6]** 2704/16
2704/18 2704/23
2707/22 2708/2 2717/8
**line [7]** 2604/21 2674/4
2703/8 2703/12
2706/13 2706/16
2710/3
**lines [10]** 2614/18
2614/21 2618/10
2618/13 2619/19
2637/9 2637/11 2644/1
2644/7 2703/21
**LinkedIn [1]** 2712/6
**list [5]** 2619/6 2619/17
2658/7 2677/24
2681/19
**listed [3]** 2676/1
2685/5 2685/24
**literature [2]** 2672/21
2672/23
**litigated [1]** 2645/9
**little [23]** 2607/1
2609/3 2610/8 2612/6
2612/12 2613/11
2618/6 2618/20
2618/24 2639/11
2640/23 2641/2 2642/5
2642/23 2651/4
2657/20 2657/21
2658/4 2675/10 2676/8
2678/4 2685/14
2707/19
**LLC [1]** 2594/8
**LLM [4]** 2622/23
2622/24 2623/4
2623/12
**LLP [2]** 2595/12
2595/17
**local [3]** 2703/1 2703/7
2703/8
**Locala [5]** 2664/7

# L

**Locala... [4]** 2667/7
2667/9 2667/12 2688/9
**Locala's [1]** 2684/21
**London [1]** 2659/21
**long [18]** 2626/6
2626/13 2627/20
2628/5 2628/7 2628/10
2628/20 2629/9
2641/11 2644/10
2658/5 2662/23 2678/3
2682/25 2686/12
2692/10 2703/12
2720/22
**long-term [1]** 2662/23
**longer [3]** 2608/12
2613/8 2645/11
**look [36]** 2608/22
2614/6 2614/7 2614/9
2614/16 2615/8
2615/23 2618/22
2618/23 2627/1
2628/12 2629/15
2631/19 2631/25
2638/2 2638/13
2668/22 2673/13
2674/3 2676/15
2680/10 2682/7
2682/18 2682/19
2696/7 2696/8 2700/8
2701/17 2706/3 2706/5
2706/11 2713/12
2713/16 2714/17
2714/21 2715/25
**looked [4]** 2609/3
2619/11 2620/19
2644/24
**looking [9]** 2613/2
2637/1 2639/25
2640/15 2643/10
2644/22 2665/12
2667/20 2719/9
**looks [2]** 2608/17
2610/18
**loose [1]** 2656/25
**Loosely [1]** 2632/13
**Lorraine [4]** 2595/21
2722/3 2722/9 2722/10
**lot [20]** 2600/21
2603/15 2606/7
2608/17 2640/14
2640/20 2643/25
2645/8 2651/9 2661/4
2666/21 2669/22

2679/20 2686/14
2687/6 2689/8 2690/11
2713/24 2714/14
2720/1
**lots [1]** 2617/12
**Louvaine [1]** 2659/19
**low [3]** 2613/16 2686/5
2688/3
**lower [14]** 2667/12
2667/22 2667/23
2668/1 2671/5 2677/4
2689/24 2693/6
2694/10 2705/1 2705/6
2705/8 2706/3 2708/20

# M

**made [8]** 2605/6
2615/10 2618/16
2621/14 2631/12
2636/12 2695/21
2710/19
**magic [3]** 2601/25
2603/16 2644/18
**magnitude [2]** 2702/5
2702/14
**Maier [4]** 2595/16
2597/5 2598/3 2658/18
**mail [3]** 2602/18
2602/21 2603/2
**mailbox [6]** 2601/14
2601/20 2602/15
2602/16 2602/16
2602/23
**main [6]** 2613/12
2664/17 2670/10
2677/6 2679/8 2681/25
**maintain [7]** 2599/25
2604/25 2637/16
2639/15 2639/24
2640/14 2640/21
**maintaining [1]**
2599/23
**maintains [1]** 2648/16
**majority [2]** 2618/7
2664/18
**make [37]** 2599/6
2600/16 2600/20
2601/11 2603/9 2606/1
2606/5 2606/8 2612/25
2613/21 2616/3 2616/6
2616/16 2618/17
2623/1 2632/4 2632/5
2635/19 2635/22
2637/13 2641/10

2641/16 2642/15
2644/13 2646/22
2665/21 2669/7 2669/8
2678/8 2679/24
2683/11 2683/25
2691/8 2691/18 2705/5
2709/22 2713/19
**makes [11]** 2604/9
2608/15 2621/20
2635/22 2645/10
2677/16 2678/8
2679/13 2689/4
2699/12 2720/1
**making [13]** 2601/6
2618/12 2667/19
2669/4 2677/7 2692/2
2697/8 2704/22 2706/2
2708/19 2713/18
2713/23 2714/14
**management [4]**
2609/16 2672/3
2678/16 2697/15
**managers [1]** 2686/14
**manages [1]** 2611/3
**managing [2]** 2660/6
2660/8
**manpower [1]** 2640/22
**many [14]** 2604/13
2605/22 2607/19
2607/23 2609/6
2609/20 2619/13
2629/21 2631/2 2631/3
2633/12 2641/4
2672/24 2705/12
**MARC [5]** 2597/8
2659/6 2659/10
2659/15 2694/19
**Marc Zenner [1]**
2659/15
**marketing [3]** 2682/1
2703/4 2703/16
**marketplace [2]**
2668/9 2708/13
**markets [2]** 2613/17
2672/14
**massive [1]** 2668/20
**matter [6]** 2651/1
2651/2 2653/24
2682/24 2696/14
2722/5
**Maurer [5]** 2595/16
2597/9 2659/4 2701/2
2719/1
**may [24]** 2607/24

2644/14 2652/1 2656/1
2658/4 2662/8 2662/9
2686/23 2691/1 2692/7
2692/11 2692/11
2693/10 2696/2
2699/14 2703/6
2704/16 2717/6 2717/8
2717/9 2717/10
2719/24
**maybe [26]** 2601/22
2640/6 2640/11
2640/23 2641/17
2657/23 2665/8
2667/17 2668/23
2668/24 2669/2 2669/2
2671/24 2675/23
2676/7 2680/6 2682/1
2682/2 2682/9 2682/15
2683/20 2683/21
2685/12 2690/23
2692/3 2713/19
**MBA [1]** 2659/20
**MCPP [1]** 2652/19
**me [47]** 2601/16
2615/17 2622/16
2623/1 2630/22
2631/18 2631/19
2631/20 2631/23
2632/5 2636/11
2640/10 2640/13
2640/20 2641/12
2641/18 2641/25
2642/13 2642/14
2642/22 2643/23
2648/15 2648/21
2648/21 2649/23
2653/15 2655/17
2655/18 2669/14
2678/23 2681/1
2681/15 2682/23
2684/5 2684/19
2692/20 2693/13
2693/22 2697/25
2698/20 2700/16
2700/22 2701/23
2710/2 2717/2 2718/1
2720/24
**mean [58]** 2599/14
2599/19 2599/24
2600/12 2601/22
2602/14 2602/22
2605/17 2605/17
2606/1 2606/3 2606/4

**mean... [46]** 2607/10 2609/10 2609/19 2618/8 2625/6 2625/15 2626/25 2628/16 2629/11 2629/14 2630/10 2632/9 2634/12 2635/4 2636/16 2640/21 2642/6 2649/22 2651/17 2653/5 2662/16 2662/18 2664/20 2666/8 2669/18 2672/1 2674/1 2674/21 2676/18 2677/21 2678/1 2683/3 2690/16 2691/17 2696/5 2698/18 2699/14 2700/1 2703/23 2704/25 2705/1 2705/3 2706/5 2708/17 2713/4 2721/5

**meaning [2]** 2600/10 2616/10

**meaningful [2]** 2679/16 2686/3

**meaningfully [5]** 2663/1 2667/22 2678/12 2689/24 2708/20

**means [16]** 2600/6 2606/15 2606/18 2608/10 2616/25 2624/10 2664/21 2668/21 2672/3 2672/7 2674/20 2677/21 2677/22 2687/4 2688/25 2711/10

**meant [2]** 2632/11 2633/7

**measure [1]** 2605/10

**mechanical [1]** 2596/2

**mechanics [1]** 2650/7

**mechanism [2]** 2639/2 2639/9

**MEHTA [1]** 2594/12

**member [1]** 2661/11

**memory [1]** 2635/10

**mention [2]** 2666/7 2704/20

**mentioned [22]** 2601/8 2605/22 2612/12 2650/11 2650/14 2662/22 2665/11

2665/23 2668/14 2670/14 2677/2 2680/4 2680/5 2683/7 2684/5 2684/9 2684/12 2686/21 2692/23 2702/18 2711/19 2714/20

**merger [2]** 2654/8 2654/12

**mergers [5]** 2660/21 2661/2 2661/8 2661/21 2662/1

**methodologies [1]** 2682/21

**metrics [1]** 2682/20

**Miami [1]** 2660/16

**Mickens [25]** 2601/13 2604/20 2607/3 2607/8 2607/11 2607/15 2608/8 2608/21 2614/3 2614/13 2615/9 2615/24 2625/10 2634/16 2634/19 2635/1 2635/12 2635/15 2635/24 2636/7 2636/10 2643/2 2643/5 2716/16 2716/22

**Mickens' [7]** 2598/11 2598/14 2598/17 2606/12 2610/3 2610/10 2635/5

**Microsoft [21]** 2608/25 2650/12 2650/15 2650/20 2650/25 2651/5 2651/6 2651/10 2651/11 2651/16 2652/1 2652/4 2652/5 2652/10 2652/14 2652/18 2653/3 2653/10 2653/14 2712/5 2712/15

**middle [3]** 2610/11 2618/21 2637/9

**might [23]** 2599/13 2603/19 2604/4 2604/5 2605/12 2606/8 2606/20 2607/18 2617/17 2618/1 2618/6 2628/1 2635/19 2639/3 2652/21 2676/24 2682/18 2686/24 2706/4 2706/5 2708/6 2714/13 2715/25

**migration [1]** 2650/4

**miles [1]** 2712/8

**millions [6]** 2614/21 2614/21 2618/10 2618/10 2618/13 2619/19

**mind [8]** 2599/3 2624/25 2627/5 2631/24 2636/23 2667/3 2683/14 2709/13

**minimum [7]** 2626/14 2626/16 2632/15 2632/23 2633/4 2634/3 2643/20

**minimum-time [1]** 2634/3

**minute [4]** 2639/14 2639/23 2657/23 2716/24

**misheard [1]** 2627/4

**mispronounced [1]** 2697/25

**missed [2]** 2624/24 2639/12

**missing [5]** 2609/6 2609/17 2609/25 2640/11 2672/12

**model [22]** 2621/4 2665/14 2665/16 2665/17 2665/20 2666/25 2668/3 2668/9 2668/11 2668/21 2681/11 2681/12 2681/18 2681/20 2682/8 2683/13 2683/20 2689/23 2692/2 2692/6 2692/10 2714/25

**models [10]** 2620/18 2620/22 2621/3 2621/20 2621/23 2621/23 2622/3 2668/3 2668/8 2714/18

**modified [1]** 2606/22

**modify [2]** 2599/3 2599/8

**moment [1]** 2702/19

**monetization [3]** 2667/10 2668/11 2714/22

**monetize [2]** 2689/19 2689/23

**monetizes [1]** 2668/14

**money [12]** 2646/20 2646/23 2668/23 2669/7 2669/8 2682/3 2689/6 2692/3 2705/5 2713/18 2713/19 2713/23

**monitor [2]** 2655/7 2655/10

**monitoring [2]** 2651/20 2655/5

**months [4]** 2678/11 2690/25 2690/25 2690/25

**more [60]** 2602/23 2603/15 2612/23 2612/23 2612/23 2613/21 2614/9 2623/7 2632/25 2639/21 2642/13 2643/11 2643/13 2643/14 2643/21 2663/2 2663/3 2668/6 2669/17 2674/19 2674/25 2675/6 2675/11 2676/8 2677/17 2677/17 2677/23 2678/8 2678/14 2678/14 2678/15 2678/16 2678/16 2680/11 2680/12 2680/17 2680/21 2680/21 2681/23 2682/3 2682/11 2682/17 2683/8 2683/19 2683/21 2686/17 2694/4 2698/21 2699/12 2699/13 2702/11 2704/23 2706/20 2707/2 2707/16 2707/18 2707/23 2708/10 2711/12 2717/12

**more years [2]** 2643/11 2643/13

**Morgan [2]** 2660/9 2660/10

**morning [2]** 2648/10 2721/13

**most [11]** 2599/4 2672/2 2672/2 2676/22 2679/9 2679/10 2679/12 2688/14 2688/15 2696/18 2702/6

**M**

**mostly [1]** 2649/12
**motivated [1]** 2713/1
**Motorola [4]** 2684/22
2685/4 2685/5 2685/6
**move [9]** 2618/24
2635/11 2639/13
2643/1 2650/9 2658/23
2667/14 2675/2
2700/19
**moving [1]** 2645/2
**Mozilla [1]** 2714/23
**Mr [6]** 2597/6 2597/9
2597/10 2622/10
2705/17 2720/10
**Mr. [20]** 2664/7 2667/7
2667/9 2667/12
2684/21 2688/9 2690/7
2701/2 2705/16
2705/17 2709/1 2715/7
2715/7 2715/12
2715/22 2718/25
2719/1 2719/21
2720/12 2720/15
**Mr. Adkins [1]**
2719/21
**Mr. Collins [2]**
2720/12 2720/15
**Mr. Locala [5]** 2664/7
2667/7 2667/9 2667/12
2688/9
**Mr. Locala's [1]**
2684/21
**Mr. Maurer [2]** 2701/2
2719/1
**Mr. Provost [2]** 2690/7
2709/1
**Mr. Sallet [1]** 2718/25
**Mr. Shevelenko [2]**
2705/17 2715/22
**Mr. Shevelenko's [1]**
2715/7
**Mr. Turley [2]** 2705/16
2715/12
**Mr. Turley's [1]** 2715/7
**Mrs [2]** 2664/6
2670/16
**Ms [1]** 2597/5
**Ms. [4]** 2598/3 2627/2
2636/19 2658/18
**Ms. Maier [2]** 2598/3
2658/18
**Ms. Oh [2]** 2627/2
2636/19

**much [29]** 2614/15
2615/19 2615/19
2617/8 2630/24
2630/25 2645/11
2653/6 2657/13
2657/15 2662/19
2663/2 2663/2 2666/5
2666/19 2672/23
2675/12 2679/2 2679/4
2681/21 2690/3 2690/6
2693/17 2694/10
2706/3 2708/10 2719/6
2719/8 2720/4
**multiple [5]** 2620/18
2620/22 2621/3
2621/20 2642/24
**multiples [1]** 2682/19
**must [1]** 2639/12
**my [56]** 2602/9
2603/11 2614/2
2615/17 2619/25
2620/24 2623/1 2624/2
2624/5 2625/14
2625/17 2625/23
2626/1 2627/21
2628/12 2628/22
2628/23 2630/21
2631/17 2631/24
2632/2 2632/6 2632/7
2632/18 2632/24
2635/9 2640/25
2643/12 2643/17
2651/3 2652/3 2653/25
2661/7 2661/10
2662/14 2662/22
2663/16 2668/17
2671/15 2673/5
2673/11 2674/14
2679/17 2687/23
2689/20 2690/5
2690/14 2691/20
2696/5 2700/21
2708/19 2710/24
2717/17 2717/23
2718/5 2718/20
**myself [2]** 2684/11
2712/9

**N**

**name [3]** 2652/20
2655/3 2655/4
**named [1]** 2621/18
**Nano [4]** 2621/5
2621/12 2622/17

**napkin [2]** 2684/15
2684/17
**narrow [1]** 2674/18
**nature [3]** 2687/10
2687/11 2695/12
**near [1]** 2615/20
**nearly [1]** 2704/8
**necessarily [6]** 2605/7
2613/18 2647/17
2664/21 2677/11
2686/10
**necessary [3]** 2608/5
2699/3 2713/2
**need [27]** 2600/1
2600/15 2602/10
2602/24 2606/1 2606/6
2606/25 2611/11
2612/25 2631/14
2631/21 2633/18
2633/23 2633/24
2634/8 2634/12
2634/12 2634/13
2634/14 2637/16
2646/18 2657/20
2673/16 2681/23
2681/23 2682/2
2683/25
**needed [2]** 2655/20
2657/22
**needs [2]** 2602/7
2607/10
**negative [6]** 2678/12
2678/13 2678/17
2691/5 2691/21 2693/7
**negotiated [1]** 2708/5
**negotiating [2]**
2718/13 2718/17
**negotiations [1]**
2718/21
**Netflix [3]** 2609/9
2609/10 2609/11
**Netflix.com [1]**
2609/13
**Netscape [2]** 2615/10
2615/13
**network [6]** 2654/19
2654/21 2654/22
2655/1 2655/6 2655/13
**never [9]** 2605/6
2627/23 2628/4
2655/20 2685/13
2717/14 2718/7
2718/12 2718/16

**nevertheless [1]**
2694/5
**new [29]** 2604/21
2612/17 2644/6
2645/16 2645/19
2645/21 2645/21
2662/20 2662/24
2662/25 2665/12
2665/13 2665/13
2665/17 2665/19
2668/2 2668/3 2668/8
2668/21 2669/25
2670/20 2681/25
2682/1 2691/1 2692/1
2692/6 2693/16
2694/12 2720/2
**newer [2]** 2613/4
2613/14
**next [33]** 2598/16
2610/7 2610/20 2614/2
2616/22 2617/24
2619/10 2620/1
2620/20 2621/17
2657/17 2658/5 2658/7
2659/2 2663/11 2665/8
2667/14 2667/17
2670/6 2671/11
2671/24 2673/3 2673/3
2673/18 2675/23
2676/7 2678/22
2686/15 2688/23
2691/19 2691/20
2702/20 2706/11
**nexts [1]** 2678/19
**NIEH [15]** 2597/4
2598/5 2606/12
2608/19 2610/2
2616/18 2617/21
2619/21 2620/16
2622/5 2622/11
2622/13 2656/4
2656/19 2657/13
**night [1]** 2721/1
**nine [1]** 2651/7
**no [43]** 2594/5
2598/13 2599/11
2601/24 2605/16
2605/17 2605/17
2607/10 2608/12
2609/10 2615/20
2621/13 2622/4 2622/5
2624/5 2624/19 2626/1
2628/17 2628/22
2629/6 2631/3 2632/17

# N

no... **[21]** 2636/9 2640/11 2642/10 2644/7 2647/9 2650/1 2653/9 2657/12 2661/22 2679/23 2683/17 2711/8 2716/20 2717/20 2718/2 2718/24 2721/6 2721/6 2721/6 2721/10 2721/11

non **[2]** 2620/15 2652/10

non-functional **[1]** 2620/15

non-Microsoft **[1]** 2652/10

none **[5]** 2614/22 2614/25 2627/18 2680/12 2713/5

normal **[2]** 2601/5 2620/9

normally **[4]** 2644/15 2676/15 2689/4 2707/5

North **[1]** 2660/1

not **[191]**

note **[4]** 2648/8 2676/14 2690/12 2720/9

notebook **[2]** 2700/14 2700/17

notes **[3]** 2631/5 2631/7 2631/9

nother **[1]** 2606/3

nothing **[4]** 2607/12 2615/20 2657/10 2719/2

now **[10]** 2600/11 2602/14 2612/22 2632/2 2643/21 2664/16 2687/10 2705/15 2719/15 2719/16

number **[29]** 2608/21 2619/5 2619/15 2621/22 2621/23 2626/21 2628/3 2628/18 2628/25 2629/9 2635/5 2636/9 2637/19 2638/14 2644/23 2660/14 2664/25 2666/5 2667/1 2667/1 2668/1 2668/1 2680/9 2681/6 2682/20

2685/1 2689/2 2711/16 2712/7

numbers **[10]** 2663/17 2664/13 2680/4 2683/13 2684/9 2684/11 2691/15 2711/19 2711/19 2711/23

numbers -- I **[1]** 2684/11

NW **[4]** 2594/21 2595/13 2595/17 2595/23

# O

oath **[2]** 2659/7 2706/8

objection **[3]** 2661/22 2700/21 2710/15

obligations **[1]** 2655/12

obvious **[1]** 2678/13

obviously **[15]** 2604/10 2611/8 2661/7 2663/9 2665/14 2667/20 2668/13 2677/13 2679/20 2687/4 2689/22 2690/1 2691/24 2719/16 2719/20

off **[10]** 2613/1 2649/11 2672/5 2673/8 2673/10 2698/6 2698/10 2698/12 2710/22 2721/5

offer **[6]** 2626/15 2662/13 2679/2 2682/15 2694/16 2696/13

offered **[6]** 2626/13 2694/24 2695/3 2699/16 2699/22 2713/3

offering **[3]** 2681/4 2684/6 2695/7

offers **[3]** 2622/21 2623/2 2623/10

offhand **[6]** 2623/5 2635/8 2635/10 2652/20 2654/16 2655/3

Official **[2]** 2595/22 2722/3

offs **[1]** 2613/6

offshoot **[1]** 2615/25

often **[1]** 2699/13

Oh **[3]** 2627/2 2636/19 2721/2

okay **[42]** 2599/2 2600/15 2606/6 2607/15 2608/3 2611/21 2612/16 2613/3 2623/13 2628/24 2630/12 2641/23 2642/2 2642/7 2644/8 2644/9 2644/13 2656/7 2658/3 2658/13 2658/20 2661/23 2685/15 2688/18 2691/5 2700/23 2700/25 2701/10 2701/13 2701/20 2701/23 2701/24 2702/1 2706/25 2709/23 2712/12 2717/15 2719/4 2719/9 2719/19 2720/23 2721/3

old **[2]** 2699/19 2703/6

older **[3]** 2613/15 2613/18 2613/22

one **[68]** 2599/1 2600/21 2601/7 2601/24 2602/11 2602/13 2603/23 2604/1 2604/5 2604/9 2605/3 2606/13 2607/2 2620/6 2620/7 2623/7 2625/23 2630/19 2630/21 2633/10 2636/2 2636/11 2638/5 2639/21 2642/13 2643/5 2646/3 2646/12 2646/16 2647/10 2658/19 2660/11 2662/23 2672/12 2673/23 2674/3 2674/4 2676/24 2677/1 2677/2 2678/19 2679/8 2680/4 2680/13 2680/14 2682/17 2684/19 2685/2 2685/4 2685/4 2687/21 2690/13 2690/14 2690/19 2691/2 2692/1 2693/7 2696/8 2698/20 2701/12 2702/11 2708/5 2711/1 2711/18 2716/24 2717/2 2718/2

ones **[6]** 2599/15 2599/23 2643/9 2686/9 2694/10 2703/6

ongoing **[1]** 2610/13

online **[1]** 2654/2

only **[15]** 2598/19 2611/11 2612/3 2618/13 2619/18 2620/22 2622/17 2622/19 2636/16 2641/3 2657/1 2657/3 2700/21 2703/6 2707/22

oops **[1]** 2610/9

open **[8]** 2602/17 2614/7 2615/11 2615/13 2615/21 2617/3 2624/22 2625/3

open-source **[3]** 2614/7 2624/22 2625/3

OpenAI **[4]** 2691/16 2705/16 2715/15 2715/17

OpenAI's **[1]** 2715/14

opening **[2]** 2695/12 2697/22

Opera **[2]** 2645/14 2645/15

operate **[7]** 2608/4 2647/4 2663/5 2666/24 2676/4 2705/23 2707/5

operated **[2]** 2662/19 2698/24

operates **[2]** 2637/5 2637/8

operating **[2]** 2610/4 2693/5

operation **[2]** 2609/4 2668/10

operations **[6]** 2655/17 2655/19 2662/24 2663/3 2664/24 2665/4

operations -- excuse **[1]** 2655/17

opine **[3]** 2624/20 2625/1 2669/18

opined **[3]** 2655/22 2656/15 2667/12

opinion **[40]** 2610/3 2613/25 2614/2 2617/3 2625/20 2625/25 2626/13 2626/15

**O**

**opinion... [32]** 2626/16
2626/20 2643/17
2653/6 2653/9 2653/12
2662/13 2662/14
2667/9 2667/14
2667/15 2671/9
2671/12 2673/5
2673/11 2674/14
2679/2 2679/6 2684/6
2689/14 2690/16
2691/22 2694/24
2695/3 2695/7 2696/20
2696/24 2700/18
2702/20 2704/2
2708/19 2710/12
**opinions [14]** 2598/12
2608/20 2620/17
2625/23 2631/12
2650/25 2651/2 2656/8
2663/10 2664/14
2685/15 2692/15
2696/13 2709/16
**opportunity [2]**
2705/22 2720/13
**opposing [1]** 2718/18
**Optimization [2]**
2605/16 2607/10
**optimizations [1]**
2647/2
**optimized [1]** 2647/1
**option [9]** 2599/1
2601/9 2607/2 2607/3
2608/9 2636/4 2646/3
2646/11 2672/19
**options [4]** 2598/25
2601/7 2636/2 2643/5
**order [9]** 2619/23
2654/17 2700/9 2704/5
2706/19 2706/19
2706/20 2707/3 2707/3
**ordered [4]** 2696/21
2697/6 2704/3 2706/20
**original [2]** 2613/13
2613/15
**other [42]** 2599/5
2599/19 2600/11
2602/1 2602/11 2604/5
2604/9 2606/7 2607/19
2607/22 2608/23
2609/5 2609/5 2609/12
2609/18 2611/7 2613/5
2622/2 2629/12
2634/15 2637/6

2655/23 2658/18
2660/12 2660/13
2664/23 2665/4
2667/22 2668/17
2675/3 2677/2 2678/10
2678/17 2682/20
2687/6 2693/15 2694/3
2696/6 2696/9 2701/1
2711/19 2714/18
**others [1]** 2649/9
**otherwise [1]** 2686/24
**our [5]** 2657/16
2657/17 2658/7 2659/2
2720/11
**out [34]** 2599/18
2600/14 2600/16
2600/17 2601/16
2603/2 2605/19
2615/14 2615/16
2616/6 2616/6 2627/11
2637/19 2637/25
2638/3 2638/8 2638/10
2639/1 2639/17
2639/19 2640/1 2640/4
2640/15 2640/16
2644/16 2668/18
2682/8 2682/10
2683/17 2692/11
2694/7 2701/9 2708/18
2713/6
**outcomes [2]** 2691/5
2691/21
**outline [1]** 2610/25
**outside [6]** 2616/3
2616/6 2616/16 2649/9
2649/10 2683/25
**outstanding [3]**
2630/2 2630/7 2630/10
**over [4]** 2680/11
2691/23 2704/19
2719/24
**oversaw [1]** 2652/22
**oversee [1]** 2655/6
**overseeing [2]**
2650/17 2650/21
**own [12]** 2605/1
2608/1 2608/1 2609/18
2620/24 2646/15
2646/17 2665/15
2665/20 2679/14
2681/17 2689/21
**owned [1]** 2696/17
**owner [11]** 2604/21
2662/20 2662/24

2662/25 2663/11
2669/15 2678/20
2678/22 2692/1
2693/17 2694/12
**ownership [1]** 2663/22
**owns [1]** 2709/4

**P**

**p.m [4]** 2594/8
2657/18 2657/18
2721/14
**package [1]** 2720/25
**page [12]** 2597/3
2636/24 2636/25
2670/6 2671/11
2671/24 2673/14
2675/23 2676/7 2704/8
2709/18 2709/23
**Page 3 [1]** 2673/14
**Page 5 [2]** 2709/18
2709/23
**pages [3]** 2604/15
2604/15 2685/21
**paid [4]** 2630/24
2631/1 2695/25
2695/25
**papers [1]** 2700/5
**Paragraph [1]** 2709/20
**parallel [2]** 2627/15
2627/17
**parallels [1]** 2656/14
**Parisa [2]** 2664/6
2670/16
**part [35]** 2599/5
2602/12 2602/23
2605/24 2614/5
2618/16 2620/24
2625/8 2627/11 2632/6
2634/2 2634/5 2638/12
2638/22 2651/2
2651/11 2651/15
2652/4 2652/8 2654/17
2655/8 2664/24
2667/22 2668/13
2670/12 2670/20
2679/19 2682/2
2684/17 2696/21
2702/19 2703/19
2714/1 2715/14
2716/11
**particular [12]**
2603/20 2605/8 2618/9
2620/22 2628/1
2663/17 2664/4 2676/2

2676/4 2702/4 2702/4
2703/8
**particularly [1]**
2666/15
**parties [3]** 2600/10
2607/9 2683/17
**partnering [1]** 2716/9
**partners [1]** 2669/15
**parts [4]** 2629/4
2629/6 2664/23 2674/8
**party [24]** 2600/11
2604/21 2604/23
2604/25 2605/4 2606/1
2607/5 2607/6 2607/10
2607/14 2607/16
2607/23 2646/21
2646/22 2670/20
2690/24 2693/21
2693/21 2693/22
2694/5 2694/6 2696/17
2708/16 2708/18
**pass [2]** 2622/6 2702/7
**path [1]** 2689/21
**pause [1]** 2717/1
**pay [16]** 2604/23
2605/5 2605/9 2605/11
2605/13 2605/18
2606/7 2646/20
2646/21 2670/3
2687/17 2688/3 2688/7
2688/11 2693/20
2693/23
**paying [2]** 2605/10
2685/24
**payments [1]** 2605/20
**PayPal [5]** 2698/3
2698/23 2698/24
2699/2 2699/5
**people [11]** 2639/15
2640/14 2640/20
2641/4 2649/7 2666/10
2681/22 2681/23
2681/24 2684/12
2686/14
**per [3]** 2605/17 2629/3
2634/12
**per se [1]** 2634/12
**percent [9]** 2648/23
2649/2 2649/5 2649/9
2675/9 2711/1 2711/18
2714/6 2714/8
**percentage [3]** 2657/8
2714/2 2714/5
**performed [2]** 2621/8

**performed... [1]** 2631/17

**perhaps [2]** 2601/16 2627/4

**perimeter [1]** 2707/17

**period [1]** 2660/2

**Perplexity [4]** 2690/18 2691/14 2705/17 2715/22

**person [2]** 2655/5 2706/4

**perspective [11]** 2667/20 2669/24 2670/18 2670/19 2670/19 2671/4 2671/15 2672/8 2694/11 2696/12 2696/18

**pertain [2]** 2600/24 2651/7

**pertaining [1]** 2679/25

**phase [1]** 2707/21

**PhD [1]** 2659/21

**phone [3]** 2620/5 2620/6 2621/2

**picks [1]** 2602/18

**picture [1]** 2671/5

**piece [4]** 2701/3 2701/3 2718/3 2718/5

**pieces [1]** 2601/23

**pint [1]** 2664/17

**place [3]** 2675/17 2675/21 2706/24

**placed [1]** 2659/7

**plaintiff [2]** 2595/4 2676/16

**plaintiffs [4]** 2594/6 2594/17 2667/6 2706/17

**plaintiffs' [3]** 2616/20 2692/17 2693/1

**plan [7]** 2627/11 2676/3 2677/5 2685/13 2685/13 2704/3 2704/8

**planning [1]** 2658/11

**plans [2]** 2677/12 2690/2

**platform [3]** 2646/5 2646/13 2712/20

**Platforms [1]** 2594/21

**Play [17]** 2617/3 2617/4 2617/22 2618/1 2618/6 2618/10

2618/12 2618/14 2618/15 2618/18 2619/1 2619/2 2619/9 2619/12 2619/16 2621/19 2692/17

**Play's [1]** 2617/25

**player [1]** 2654/1

**please [8]** 2606/24 2627/2 2636/20 2659/14 2662/12 2663/18 2679/23 2691/8

**plot [2]** 2629/4 2629/6

**point [24]** 2607/16 2613/3 2613/15 2667/19 2668/4 2669/4 2671/25 2673/3 2677/6 2677/25 2679/24 2682/24 2684/19 2690/10 2690/10 2691/25 2704/22 2706/2 2707/16 2708/15 2708/19 2713/6 2714/14 2719/12

**pointed [1]** 2608/25

**points [7]** 2607/11 2607/15 2608/21 2614/5 2614/7 2615/24 2676/14

**pool [3]** 2688/13 2704/15 2704/18

**poorly [1]** 2672/25

**portal [1]** 2618/9

**portion [1]** 2610/21

**portions [2]** 2616/20 2715/7

**possibility [3]** 2606/13 2643/3 2699/10

**possible [19]** 2607/24 2607/24 2608/7 2617/7 2618/17 2621/22 2632/21 2633/2 2633/6 2633/7 2640/8 2640/17 2641/1 2670/2 2692/6 2704/11 2708/17 2708/17 2713/4

**Possibly [1]** 2717/24

**postal [1]** 2603/1

**potential [35]** 2600/20 2616/19 2662/20 2665/15 2665/16 2666/24 2667/15 2672/20 2675/25

2677/3 2677/4 2677/8 2678/17 2680/19 2681/2 2682/4 2682/22 2683/17 2686/21 2689/11 2691/5 2691/20 2691/24 2691/24 2695/4 2707/22 2713/9 2713/12 2713/14 2713/16 2714/10 2714/10 2714/17 2714/21 2717/6

**potentially [3]** 2628/16 2686/4 2691/16

**power [5]** 2654/4 2654/18 2655/1 2655/15 2655/19

**powerful [1]** 2612/25

**practical [1]** 2626/4

**practice [3]** 2635/1 2635/7 2661/7

**practices [2]** 2634/21 2634/24

**precise [4]** 2628/3 2628/7 2628/17 2682/25

**precisely [2]** 2601/18 2674/12

**predict [1]** 2626/6

**prefer [2]** 2688/15 2701/23

**premises [1]** 2687/25

**prepared [2]** 2662/4 2719/17

**preparing [3]** 2629/17 2686/15 2718/8

**preposed [1]** 2673/13

**prerogative [1]** 2697/16

**prescriptive [1]** 2675/7

**presentation [1]** 2610/10

**presents [1]** 2673/6

**presumes [1]** 2607/5

**pretty [3]** 2689/2 2690/15 2705/13

**Prettyman [1]** 2595/22

**previous [3]** 2612/13 2612/14 2689/20

**previously [2]** 2685/3 2717/19

**price [5]** 2684/7 2705/1 2705/7 2705/8

**primarily [2]** 2660/1 2662/24

**principal [1]** 2623/24

**prior [2]** 2709/20 2709/25

**privacy [8]** 2605/23 2623/25 2624/4 2624/7 2624/10 2624/15 2638/16 2676/6

**private [27]** 2599/4 2599/4 2599/15 2600/8 2600/10 2600/24 2604/12 2604/13 2605/6 2605/22 2621/18 2636/8 2636/12 2636/14 2636/16 2637/9 2637/11 2638/15 2640/8 2643/9 2643/15 2644/1 2644/15 2647/5 2660/15 2691/12 2709/4

**probably [14]** 2604/13 2617/20 2638/12 2657/20 2668/22 2674/22 2681/14 2682/7 2682/15 2683/12 2683/19 2688/4 2713/17 2720/5

**problem [13]** 2604/11 2605/21 2613/20 2620/20 2641/10 2642/8 2642/19 2647/7 2647/13 2647/15 2647/16 2647/18 2675/2

**problematic [3]** 2609/15 2609/17 2612/3

**problems [5]** 2601/9 2622/1 2627/14 2627/16 2646/4

**proceed [2]** 2701/13 2719/25

**proceeding [1]** 2706/9

**proceedings [5]** 2594/12 2596/2 2717/1 2721/14 2722/5

**process [28]** 2671/10 2671/17 2671/21 2671/23 2672/13 2673/25 2677/7 2677/17 2677/25

**P**

**process... [19]**
2680/15 2683/15
2683/18 2687/11
2690/19 2690/22
2695/13 2699/10
2706/1 2706/14
2706/18 2706/23
2707/3 2707/13
2707/20 2707/20
2707/21 2707/24
2708/5
**process -- Chrome [1]**
2690/22
**processes [3]** 2645/8
2645/10 2707/4
**produced [1]** 2596/2
**product [8]** 2633/1
2647/18 2654/2 2665/6
2678/25 2703/8
2703/21 2715/14
**production [2]** 2703/4
2703/16
**products [3]** 2619/15
2646/25 2674/8
**professor [61]**
2598/11 2598/14
2598/17 2606/12
2606/12 2607/3 2607/8
2607/11 2607/15
2608/8 2608/19
2608/21 2610/2 2610/2
2610/10 2614/3
2614/13 2615/9
2615/24 2616/18
2617/21 2619/21
2620/16 2622/5
2622/13 2623/24
2625/10 2628/24
2630/6 2631/11 2632/1
2634/16 2634/19
2634/25 2635/5
2635/12 2635/15
2635/24 2636/7
2636/10 2636/22
2643/1 2643/2 2643/5
2643/22 2645/14
2650/11 2651/10
2656/4 2656/19
2657/13 2658/8
2658/22 2659/25
2660/3 2660/16 2661/1
2716/15 2716/22
2719/13 2719/22

**Professor Mickens [4]** 2655/24 2668/11
2614/3 2615/9 2615/24
2625/10
**Professor Mickens' [2]**
2598/17 2610/10
**program [3]** 2652/15
2652/18 2652/22
**project [16]** 2610/12
2611/15 2611/15
2611/15 2612/10
2612/11 2612/13
2612/20 2617/3
2648/24 2649/3 2649/5
2656/20 2656/23
2657/6 2657/9
**projected [1]** 2682/5
**projection [1]** 2682/4
**projects [6]** 2614/8
2614/10 2614/14
2614/15 2615/7
2629/13
**proper [1]** 2617/1
**properly [2]** 2608/14
2633/12
**property [2]** 2684/22
2718/13
**proposal [1]** 2600/3
**proposed [14]**
2616/21 2616/24
2625/21 2626/2 2677/5
2692/16 2693/1 2693/4
2695/13 2697/6 2700/9
2706/17 2710/7
2716/13
**proprietary [1]**
2618/11
**propriety [1]** 2614/25
**protect [1]** 2605/24
**protected [1]** 2605/25
**Protection [1]** 2595/5
**Protocol [2]** 2652/15
2652/18
**protocols [6]** 2652/6
2652/7 2652/9 2652/9
2652/17 2653/1
**provide [26]** 2600/5
2607/6 2607/7 2607/8
2607/9 2607/23 2608/2
2608/16 2608/23
2609/6 2609/24
2617/21 2627/21
2628/9 2629/3 2629/14
2640/8 2642/4 2642/6
2646/8 2646/22 2651/6

2707/12 2715/17
**provided [16]** 2598/19
2621/4 2628/22 2641/9
2642/18 2647/18
2653/17 2653/19
2653/20 2656/9 2676/3
2700/22 2708/10
2709/16 2710/12
2721/1
**provider [5]** 2646/7
2647/7 2647/11
2647/13 2647/15
**provides [4]** 2607/14
2611/6 2611/6 2616/11
**providing [8]** 2600/11
2604/3 2640/18 2641/1
2641/15 2654/1
2654/25 2704/9
**Provost [4]** 2690/7
2705/17 2708/25
2709/1
**proxy [5]** 2601/10
2601/10 2606/13
2606/15 2606/18
**public [12]** 2604/14
2605/2 2605/4 2646/5
2646/7 2646/11
2646/13 2647/7
2647/10 2647/13
2660/12 2660/13
**publicly [1]** 2652/5
**published [1]** 2661/5
**pull [2]** 2636/19
2636/22
**purchase [3]** 2665/7
2685/11 2690/19
**purchased [3]** 2685/5
2685/10 2688/2
**purchaser [2]** 2714/17
2714/21
**purchases [1]** 2693/21
**purchasing [4]**
2670/22 2689/12
2717/7 2718/2
**Purdue [1]** 2659/21
**pure [1]** 2615/2
**purely [1]** 2640/10
**purpose [1]** 2691/3
**purposes [1]** 2664/13
**pursue [1]** 2699/14
**put [8]** 2602/17
2602/17 2603/6
2604/20 2681/10

2709/4

**Q**

**qualified [7]** 2623/25
2624/1 2624/7 2624/9
2624/11 2624/13
2661/13
**quantify [2]** 2619/8
2667/2
**quarter [1]** 2719/12
**queries [3]** 2714/2
2714/3 2714/9
**question [45]** 2601/11
2603/25 2604/18
2605/8 2613/13 2623/2
2623/6 2624/5 2624/5
2625/14 2625/17
2627/4 2630/4 2630/11
2631/20 2632/2 2639/5
2639/12 2640/22
2640/22 2641/4 2641/4
2641/11 2641/17
2642/23 2643/24
2648/21 2648/25
2650/19 2651/13
2675/19 2678/23
2681/9 2681/15
2687/16 2691/20
2693/12 2693/13
2693/14 2705/21
2705/24 2713/19
2721/5
**questioning [1]**
2706/12
**questions [8]** 2622/6
2630/15 2630/18
2643/21 2656/6
2682/13 2716/12
2718/24
**quickly [2]** 2683/4
2683/9
**quite [7]** 2639/5
2641/12 2642/21
2669/25 2679/13
2685/10 2691/13
**quoted [1]** 2690/7
**quoting [1]** 2632/7

**R**

**raise [1]** 2713/1
**Ralph [1]** 2595/6
**ran [4]** 2609/2 2621/9

**R**

**ran... [2]** 2621/24 2621/25
**range [3]** 2680/19 2712/25 2713/2
**rather [1]** 2683/8
**rating [2]** 2654/2 2654/5
**rationale [2]** 2647/21 2702/19
**RDXD [7]** 2627/3 2627/9 2636/19 2658/22 2658/23 2662/7 2694/16
**RDXD-16 [1]** 2658/23
**RDXD-17 [1]** 2658/22
**RDXD-17.25 [2]** 2627/3 2627/9
**RDXD-18 [2]** 2662/7 2694/16
**re [1]** 2666/3
**re-think [1]** 2666/3
**reach [2]** 2683/17 2715/15
**reached [1]** 2651/2
**reaching [1]** 2650/25
**read [7]** 2615/9 2677/6 2701/23 2717/16 2717/17 2717/19 2717/20
**reading [3]** 2716/11 2717/12 2717/18
**ready [4]** 2598/2 2659/2 2690/15 2719/13
**real [1]** 2683/12
**realize [1]** 2682/9
**really [26]** 2599/9 2603/4 2608/15 2616/1 2617/7 2618/12 2642/11 2642/12 2655/24 2667/2 2668/2 2668/14 2668/18 2669/9 2674/17 2674/20 2677/9 2679/8 2682/8 2687/16 2692/5 2693/9 2695/22 2705/22 2707/5 2714/7
**reason [13]** 2613/15 2623/24 2636/11 2638/7 2638/24 2639/7 2648/6 2648/17 2670/10 2685/7 2690/17 2699/13

2700/2
**reasonable [7]** 2613/1 2614/18 2625/12 2625/16 2625/19 2647/23 2712/25
**reasonably [2]** 2633/18 2714/17
**reasons [12]** 2599/5 2599/6 2600/25 2601/8 2605/23 2606/19 2613/23 2617/15 2636/9 2662/21 2662/22 2692/20
**rebuilding [1]** 2645/19
**rebuilt [1]** 2645/15
**rebuttal [3]** 2608/20 2613/25 2717/23
**recall [21]** 2612/14 2618/1 2623/5 2629/21 2632/3 2635/3 2635/8 2645/24 2645/25 2649/11 2650/13 2651/23 2684/21 2688/9 2698/7 2698/13 2703/17 2704/21 2711/21 2713/10 2715/12
**receive [1]** 2707/22
**received [1]** 2672/25
**receives [1]** 2663/22
**receiving [2]** 2685/23 2696/25
**recently [2]** 2685/10 2685/12
**Recess [1]** 2657/18
**recession [1]** 2682/10
**recognize [1]** 2661/23
**recollection [3]** 2632/1 2710/11 2718/5
**record [3]** 2658/21 2662/7 2722/5
**recorded [3]** 2596/2 2664/22 2664/23
**recreate [4]** 2607/25 2633/24 2634/1 2634/12
**recreate -- you [1]** 2634/12
**recreated [3]** 2633/18 2634/9 2634/11
**rectangle [2]** 2610/23 2611/1
**red [2]** 2602/17 2712/13

**redirect [2]** 2657/11 2719/1
**reduce [2]** 2691/4 2692/12
**reduced [1]** 2686/23
**reduces [3]** 2606/21 2672/19 2691/12
**reducing [1]** 2677/18
**refer [2]** 2666/10 2689/20
**reference [1]** 2674/4
**referred [5]** 2611/1 2616/4 2664/6 2689/10 2705/15
**referring [6]** 2625/8 2650/16 2664/5 2666/12 2677/19 2718/4
**refine [1]** 2683/20
**refresh [4]** 2629/24 2632/1 2635/9 2710/11
**regarding [7]** 2601/1 2614/3 2616/23 2653/20 2678/6 2685/18 2693/1
**regards [1]** 2672/20
**regular [1]** 2686/19
**relate [1]** 2656/6
**related [2]** 2699/24 2720/12
**relates [5]** 2661/9 2663/6 2665/1 2666/16 2671/15
**relating [3]** 2616/21 2662/23 2663/4
**relationship [1]** 2715/17
**relative [2]** 2671/7 2691/15
**relatively [9]** 2668/4 2673/8 2683/7 2683/24 2686/5 2686/6 2699/17 2699/23 2700/3
**release [1]** 2612/6
**relevance [1]** 2655/23
**relevant [1]** 2656/13
**relied [3]** 2631/9 2632/14 2650/24
**relies [12]** 2608/11 2612/4 2617/8 2633/17 2634/2 2634/8 2634/11 2643/2 2643/15 2645/24 2646/1 2693/21

**rely [10]** 2600/1 2608/12 2617/22 2619/22 2623/18 2623/21 2623/22 2633/22 2635/25 2643/9
**relying [3]** 2600/4 2646/12 2664/13
**remaining [2]** 2670/20 2674/21
**remedial [2]** 2650/18 2650/22
**remedies [5]** 2594/12 2656/15 2693/2 2701/2 2716/13
**remedy [6]** 2616/24 2654/25 2655/2 2655/6 2673/22 2676/10
**remember [21]** 2626/24 2632/7 2635/6 2635/10 2652/20 2653/12 2654/6 2655/3 2655/4 2683/7 2684/23 2684/25 2685/7 2703/7 2703/7 2703/22 2703/24 2712/8 2717/12 2717/12 2717/22
**remember -- it [1]** 2632/7
**remembering [1]** 2711/12
**reminder [1]** 2657/19
**rendering [2]** 2611/4 2653/12
**reorganization [2]** 2704/3 2704/8
**repeat [6]** 2639/4 2639/21 2648/25 2650/19 2651/13 2675/18
**repeating [1]** 2624/25
**rephrase [1]** 2630/4
**report [15]** 2628/12 2628/23 2629/17 2630/20 2631/17 2631/18 2631/24 2632/2 2632/8 2662/4 2695/12 2697/22 2698/23 2709/9 2717/23
**Reported [1]** 2595/21
**Reporter [2]** 2595/22 2722/3

**R**

**reports [6]** 2598/8
2629/24 2694/25
2695/3 2700/18
2710/24
**represent [1]** 2629/23
**representations [1]**
2718/8
**representative [3]**
2680/5 2680/6 2690/7
**representatives [2]**
2680/3 2718/18
**requested [1]** 2629/24
**require [1]** 2680/25
**required [7]** 2604/22
2619/5 2624/21 2625/2
2639/3 2639/10 2641/5
**requirement [3]**
2652/5 2652/8 2676/2
**requirements [4]**
2651/15 2651/17
2676/6 2684/2
**reread [1]** 2674/6
**research [2]** 2703/3
2703/14
**Resideo [2]** 2697/24
2698/6
**resolve [1]** 2679/17
**resources [8]** 2624/21
2625/2 2625/13
2625/16 2625/19
2629/16 2670/19
2686/14
**respect [6]** 2671/2
2687/13 2688/21
2690/16 2692/15
2693/18
**respond [1]** 2598/14
**response [2]** 2606/14
2610/2
**responsibility [1]**
2651/5
**responsible [3]**
2599/23 2718/7
2718/17
**rest [1]** 2701/9
**restate [2]** 2623/6
2655/18
**restrictive [1]** 2671/3
**result [2]** 2663/22
2696/25
**results [1]** 2620/12
**retail [1]** 2669/6
**retain [1]** 2681/23

**retained [3]** 2630/14
2630/21 2653/24
**retired [1]** 2660/10
**retirement [1]** 2661/10
**return [1]** 2657/17
**rev [2]** 2669/16 2670/3
**rev-share [1]** 2669/16
**revenue [60]** 2663/1
2663/2 2663/22
2664/16 2664/18
2664/20 2664/21
2664/24 2665/2 2665/3
2665/5 2665/6 2665/11
2665/14 2665/19
2665/20 2665/22
2665/24 2665/25
2666/1 2666/3 2666/4
2666/6 2666/12
2666/17 2666/19
2666/25 2667/12
2667/16 2667/20
2667/21 2668/19
2668/20 2669/5 2669/9
2669/17 2670/13
2671/1 2671/5 2671/5
2679/10 2679/12
2679/14 2681/13
2681/15 2682/4
2682/18 2682/19
2692/9 2693/6 2693/7
2693/18 2693/20
2693/23 2693/24
2713/9 2713/13
2713/14 2714/23
2716/2
**revenue-generating**
**[1]** 2668/19
**revenue-sharing [1]**
2716/2
**revenues [5]** 2663/16
2665/10 2689/20
2716/3 2716/4
**review [8]** 2616/20
2620/23 2654/2 2654/5
2674/8 2700/5 2711/4
2720/13
**reviewed [9]** 2598/8
2664/8 2664/10
2664/12 2672/21
2672/23 2711/6 2715/6
2716/15
**reviewing [1]** 2700/9
**reviews [5]** 2654/4
2654/18 2655/1

**right [127]** 2598/4
2598/9 2598/18 2600/9
2602/7 2602/16
2602/17 2602/18
2602/19 2602/21
2602/22 2602/23
2602/24 2603/2 2603/3
2603/4 2603/6 2603/7
2603/8 2603/10
2603/14 2603/19
2604/1 2605/9 2605/12
2605/14 2605/23
2606/16 2607/16
2608/1 2608/6 2608/9
2609/11 2610/11
2610/24 2611/18
2612/20 2612/22
2615/2 2615/10
2615/16 2615/23
2615/25 2617/8
2617/16 2617/17
2617/19 2617/19
2618/25 2621/21
2622/7 2622/19
2623/25 2625/7
2625/15 2626/7
2626/23 2628/25
2629/2 2630/20
2632/12 2632/13
2633/8 2633/13
2633/14 2634/3
2634/17 2635/14
2636/1 2637/1 2637/4
2637/6 2639/24
2641/25 2642/1 2643/4
2643/16 2644/4 2645/3
2646/6 2646/15 2647/8
2649/19 2650/18
2651/12 2651/16
2651/20 2652/1 2652/2
2652/6 2652/11
2652/13 2652/15
2652/20 2652/23
2653/4 2654/2 2654/5
2654/6 2654/10
2654/13 2654/19
2655/6 2655/16
2656/24 2657/2
2657/15 2658/18
2659/8 2668/1 2673/23
2676/21 2680/15
2681/6 2681/7 2683/4
2694/8 2697/1 2703/9

2713/6 2713/20
2718/25 2719/15
2719/16 2721/8
**right-hand [1]** 2621/21
**rights [1]** 2609/16
**ripping [1]** 2598/21
**risk [3]** 2667/15
2671/1 2692/8
**risky [2]** 2663/2
2668/6
**robust [1]** 2609/20
**role [1]** 2678/24
**room [4]** 2682/16
2683/5 2685/25 2708/9
**roughly [2]** 2645/4
2649/4
**RPR [1]** 2595/21
**ruling [1]** 2654/15
**run [11]** 2606/24
2607/5 2612/25
2618/17 2620/18
2620/22 2637/7
2646/19 2646/25
2690/9 2693/17
**running [1]** 2618/11
**runs [1]** 2708/5
**Ryan [2]** 2594/20
2622/8

**S**

**S24 [4]** 2620/3
2620/25 2621/6 2622/2
**Safari [3]** 2668/10
2668/13 2668/15
**safe [3]** 2607/13
2657/14 2719/7
**said [51]** 2600/8
2603/18 2616/2
2617/12 2619/14
2626/1 2626/1 2632/3
2632/19 2632/23
2633/21 2634/10
2638/4 2638/14 2641/2
2641/3 2642/12
2643/13 2643/17
2643/19 2644/23
2645/6 2649/20 2651/9
2669/21 2680/6
2684/15 2684/20
2688/10 2690/8
2695/18 2698/15
2702/3 2705/18 2707/7
2709/1 2709/1 2709/3

# S

**said... [13]** 2710/20 2710/24 2711/2 2711/11 2711/16 2711/18 2711/21 2715/6 2715/18 2716/1 2717/14 2717/19 2720/5
**sale [9]** 2672/17 2676/18 2676/20 2680/16 2687/19 2695/13 2696/7 2696/8 2697/17
**sales [4]** 2672/2 2679/11 2680/11 2713/5
**Sallet [3]** 2595/4 2597/10 2718/25
**same [20]** 2607/1 2609/22 2619/13 2632/11 2643/23 2644/10 2648/19 2664/11 2668/17 2669/17 2669/25 2670/1 2670/7 2670/21 2678/21 2686/24 2689/19 2692/9 2692/20 2693/17
**sample [1]** 2680/10
**Samsung [14]** 2620/3 2620/24 2620/25 2621/3 2621/4 2621/6 2621/14 2622/2 2622/21 2622/22 2623/2 2623/3 2623/10 2623/11
**saw [1]** 2717/14
**say [43]** 2604/3 2604/20 2605/11 2605/13 2605/16 2613/3 2615/6 2617/16 2617/19 2640/20 2646/9 2652/16 2653/19 2668/7 2668/8 2668/21 2668/23 2674/16 2674/19 2675/7 2677/19 2680/7 2681/4 2681/5 2681/12 2681/21 2682/7 2682/9 2682/14 2682/17 2686/18 2688/7 2689/5 2690/2 2690/5 2691/16 2693/23 2695/12 2698/23 2706/3 2706/4

**saying [11]** 2606/24 2640/19 2675/8 2678/10 2684/14 2685/7 2690/9 2694/6 2694/9 2696/10 2706/11
**says [13]** 2605/24 2608/22 2610/16 2610/17 2614/8 2615/9 2615/24 2618/21 2676/16 2690/3 2709/24 2710/3 2710/6
**scale [7]** 2608/5 2614/12 2614/22 2619/8 2647/4 2670/11 2687/4
**scaling [4]** 2647/7 2647/14 2647/16 2647/18
**scenario [8]** 2599/10 2640/5 2640/7 2640/11 2640/24 2640/25 2641/3 2641/6
**scenarios [3]** 2634/4 2634/5 2682/14
**schedule [2]** 2629/1 2629/3
**Schmidtlein [1]** 2595/12
**School [2]** 2659/21 2660/2
**science [7]** 2603/19 2624/2 2624/3 2624/10 2624/14 2624/14 2624/17
**scope [4]** 2655/22 2656/8 2678/6 2679/25
**screen [9]** 2611/5 2611/9 2618/7 2621/22 2701/17 2701/21 2701/22 2709/7 2715/11
**screens [1]** 2612/19
**se [3]** 2605/17 2629/3 2634/12
**search [15]** 2618/2 2647/24 2648/1 2648/13 2648/17 2648/18 2665/3 2668/24 2668/25 2669/15 2669/19 2681/16 2681/17 2693/22 2714/3

**second [11]** 2606/12 2645/14 2647/20 2653/16 2663/6 2671/9 2672/10 2679/24 2706/20 2707/3 2717/3
**secondly [1]** 2601/18
**Section [2]** 2595/5 2676/11
**sector [1]** 2712/2
**secure [1]** 2606/6
**security [12]** 2599/5 2600/25 2605/23 2606/5 2624/3 2624/11 2624/15 2638/16 2676/6 2699/3 2699/4 2712/20
**see [48]** 2610/10 2610/15 2610/16 2610/22 2610/25 2611/9 2612/1 2617/7 2618/5 2618/6 2618/19 2618/24 2618/25 2619/12 2619/15 2620/11 2620/14 2621/21 2622/13 2626/4 2643/23 2644/20 2648/17 2657/23 2658/14 2658/16 2664/17 2671/4 2673/24 2674/2 2674/4 2682/5 2689/23 2694/23 2702/8 2702/9 2703/4 2709/20 2710/1 2710/4 2710/9 2710/10 2715/11 2716/5 2716/6 2717/8 2718/4 2721/12
**seeing [2]** 2676/9 2701/22
**seem [2]** 2640/17 2716/10
**seems [3]** 2609/10 2647/23 2675/13
**seen [1]** 2711/7
**segment [6]** 2673/9 2684/20 2684/24 2685/1 2685/8 2698/6
**segments [1]** 2699/25
**select [1]** 2621/22
**selected [1]** 2621/23
**sell [3]** 2673/10 2685/4 2685/14
**seller [1]** 2683/19
**sellers [1]** 2676/19

**selling [5]** 2669/6 2669/7 2672/4 2676/22 2687/22
**send [3]** 2603/21 2603/22 2720/24
**senior [1]** 2686/14
**sense [6]** 2599/10 2603/19 2670/11 2714/23 2715/24 2720/2
**sensitivity [1]** 2682/12
**sent [1]** 2603/11
**sentence [3]** 2677/4 2710/3 2717/18
**sentences [1]** 2710/2
**separate [12]** 2611/17 2612/15 2624/21 2625/2 2651/6 2679/21 2684/20 2684/24 2684/25 2685/6 2686/17 2703/12
**separated [3]** 2703/20 2703/21 2703/24
**separated -- not [1]** 2703/20
**serious [1]** 2706/6
**served [1]** 2660/12
**server [5]** 2598/20 2601/10 2604/3 2604/4 2607/4
**servers [3]** 2637/4 2645/1 2652/10
**service [17]** 2601/1 2607/6 2607/17 2607/19 2607/23 2622/22 2622/25 2623/3 2623/11 2623/15 2623/16 2623/19 2623/21 2633/16 2634/8 2634/10 2637/7
**services [26]** 2599/24 2604/3 2606/25 2608/1 2608/4 2608/11 2608/16 2617/4 2618/9 2618/15 2618/20 2620/7 2620/8 2620/10 2620/12 2620/14 2633/13 2633/22 2633/22 2634/2 2637/6 2637/7 2654/2 2655/2 2655/12 2674/8
**Session [1]** 2594/9
**set [5]** 2609/2 2621/2

2752

set... [3] 2655/20 2670/23 2681/21

settlement [1] 2702/4

setup [1] 2671/8

several [4] 2683/21 2691/24 2702/12 2719/20

shall [1] 2616/24

share [5] 2669/16 2670/3 2693/20 2693/24 2693/25

shared [3] 2619/14 2633/16 2633/22

sharing [1] 2716/2

Shevelenko [2] 2705/17 2715/22

Shevelenko's [1] 2715/7

short [2] 2708/2 2708/7

should [5] 2648/10 2658/8 2684/7 2701/17 2704/9

show [3] 2611/4 2701/21 2705/14

showing [1] 2673/20

shown [1] 2614/4

shows [3] 2610/12 2617/25 2620/12

side [8] 2603/24 2604/9 2604/10 2621/21 2670/13 2670/14 2693/5 2718/18

sides [5] 2602/10 2603/16 2603/17 2604/7 2693/9

signed [1] 2710/22

significant [1] 2699/1

significantly [1] 2697/1

similar [3] 2609/2 2617/12 2668/25

similarities [1] 2668/15

simple [4] 2699/17 2699/23 2700/3 2702/13

simpler [6] 2615/19 2615/19 2641/10 2641/16 2642/9 2642/20

simply [2] 2599/2

2606/6

since [7] 2602/15 2604/13 2612/23 2661/10 2669/21 2702/7 2710/21

sincere [1] 2706/8

sincerity [1] 2706/10

sir [44] 2664/11 2689/13 2695/2 2695/6 2695/15 2696/23 2697/4 2698/4 2698/8 2698/10 2698/14 2699/6 2699/8 2699/15 2700/4 2700/7 2702/9 2702/17 2703/10 2703/15 2703/18 2704/6 2704/11 2705/21 2706/22 2707/10 2707/25 2708/11 2709/14 2709/17 2709/19 2711/24 2712/4 2712/14 2713/11 2713/22 2715/9 2715/20 2716/6 2716/19 2716/20 2716/23 2718/10 2718/15

sitting [1] 2638/18

situation [3] 2599/9 2640/13 2672/4

six [2] 2615/15 2615/21

six years [2] 2615/15 2615/21

size [8] 2679/24 2687/4 2692/23 2708/23 2710/8 2710/13 2711/17 2713/7

skill [1] 2615/3

slide [33] 2598/16 2610/7 2610/9 2610/10 2610/20 2612/13 2614/3 2615/10 2616/22 2617/24 2619/10 2620/1 2620/21 2621/17 2627/15 2627/18 2643/25 2643/25 2662/11 2662/23 2663/11 2664/17 2665/8 2667/17 2673/3 2673/18 2688/24

2606/6

since [7] 2602/15

2697/2 2702/20 2705/14 2715/10

slide 15 [1] 2695/16

slide 18 [1] 2643/25

Slide 2 [1] 2662/11

slide 4 [1] 2705/14

slide 6 [1] 2715/10

slide could [1] 2627/15

slide for [1] 2665/8

slide from [1] 2610/10

slide here [2] 2664/17 2688/24

slide right [1] 2615/10

slide that [1] 2643/25

slides [1] 2635/5

slightly [1] 2618/24

slower [2] 2613/11 2678/5

small [5] 2619/5 2664/25 2669/9 2691/13 2691/15

smaller [1] 2669/20

smart [3] 2611/19 2611/20 2698/6

smartphone [2] 2620/2 2621/1

so [174]

software [15] 2601/24 2612/24 2613/17 2613/22 2634/20 2634/24 2635/1 2646/6 2646/9 2646/10 2646/14 2647/12 2651/20 2651/24 2712/16

sold [1] 2715/4

sole [1] 2676/17

solve [5] 2627/11 2638/19 2638/21 2646/4 2675/1

solved [1] 2627/15

solves [1] 2642/11

some [99] 2598/7 2598/25 2600/11 2601/4 2602/7 2602/10 2603/17 2604/3 2604/17 2605/4 2606/18 2607/6 2607/22 2608/23 2609/23 2609/24 2610/13 2613/4 2613/6 2616/11 2616/11

2619/11 2619/24 2621/9 2624/2 2624/2 2627/14 2627/16 2627/25 2627/25 2628/1 2628/22 2629/13 2631/11 2631/17 2632/5 2634/5 2635/16 2638/17 2640/11 2645/6 2646/8 2646/23 2647/1 2651/23 2656/14 2657/8 2663/15 2665/18 2668/23 2669/16 2669/25 2670/14 2670/23 2672/23 2674/1 2674/19 2675/25 2676/6 2676/25 2677/7 2678/11 2678/25 2679/3 2679/17 2679/21 2680/2 2680/3 2680/4 2681/25 2682/11 2682/12 2682/17 2683/3 2683/12 2684/5 2685/24 2685/25 2690/9 2691/25 2694/7 2694/8 2696/14 2708/2 2708/7 2708/15 2708/16 2708/18 2711/17 2712/3 2713/6 2714/12 2716/12 2717/6 2717/8 2717/25 2720/11

somebody [4] 2602/18 2603/6 2603/12 2646/17

somehow [4] 2601/25 2606/23 2644/15 2644/18

Someone [1] 2690/3

something [41] 2599/14 2602/3 2603/6 2603/8 2603/11 2609/10 2610/12 2616/8 2616/14 2617/8 2617/17 2617/17 2617/19 2625/7 2625/15 2626/24 2631/23 2632/7 2633/5 2639/12 2646/22 2668/25 2669/3 2672/15 2677/10

**something... [16]** 2679/19 2685/11 2686/2 2687/18 2687/22 2688/2 2688/16 2689/2 2692/3 2692/4 2692/6 2701/5 2701/21 2701/22 2711/17 2711/21

**something -- trying [1]** 2633/5

**sometimes [3]** 2678/4 2678/4 2686/11

**somewhat [2]** 2672/19 2691/12

**soon [1]** 2690/15

**sorry [29]** 2624/6 2624/24 2630/9 2639/4 2639/11 2639/21 2641/11 2641/11 2641/17 2642/13 2648/25 2649/16 2650/19 2651/13 2652/16 2665/21 2675/18 2679/22 2687/15 2688/24 2691/10 2691/19 2696/20 2698/22 2699/20 2703/25 2709/15 2717/2 2721/4

**sort [6]** 2602/11 2610/18 2610/25 2618/21 2640/6 2669/16

**sounds [6]** 2615/11 2632/7 2644/21 2654/6 2656/13 2720/7

**source [8]** 2614/7 2615/11 2617/3 2624/22 2625/3 2665/2 2665/3 2679/14

**sourced [2]** 2615/13 2615/21

**sources [2]** 2713/14 2714/23

**South [1]** 2594/18

**space [1]** 2681/24

**Spanner [3]** 2618/22 2618/23 2619/17

**spare [1]** 2674/6

**speaking [3]** 2602/4 2632/13 2672/25

**specialized [1]** 2699/4

**specific [18]** 2599/24

2624/13 2624/16 2627/19 2627/22 2627/23 2628/5 2628/9 2628/20 2684/25 2685/8 2699/25 2705/11 2705/20 2706/20 2707/2 2714/5 2718/17

**specifically [9]** 2619/2 2620/3 2620/10 2621/12 2624/9 2629/21 2649/7 2695/11 2712/7

**specifics [2]** 2704/6 2706/22

**specify [1]** 2603/20

**spend [4]** 2648/10 2682/3 2683/8 2690/5

**spent [1]** 2611/19

**spin [3]** 2673/8 2673/10 2698/10

**spinning [2]** 2672/4 2698/5

**spinoff [5]** 2688/15 2688/15 2697/24 2697/24 2698/2

**spinoffs [2]** 2676/18 2688/10

**spoke [2]** 2624/2 2670/17

**spot [1]** 2709/22

**spun [1]** 2698/12

**St [2]** 2595/13 2595/17

**stack [2]** 2612/24 2613/18

**stage [3]** 2674/24 2706/23 2708/8

**stagnate [1]** 2599/18

**stand [2]** 2659/6 2659/7

**Standal's [1]** 2644/24

**standard [1]** 2635/9

**standpoint [2]** 2644/11 2650/8

**stands [1]** 2611/2

**start [9]** 2602/5 2622/16 2651/5 2675/11 2681/22 2688/1 2719/17 2719/23 2720/2

**started [1]** 2657/21

**starting [3]** 2672/13 2706/13 2706/15

**state [3]** 2595/4

**stated [2]** 2631/16 2636/9

**statement [9]** 2663/4 2663/6 2711/3 2711/10 2717/6 2717/11 2717/21 2717/22 2718/4

**statements [1]** 2690/10

**states [12]** 2594/2 2594/5 2594/13 2622/9 2651/2 2653/23 2704/4 2714/3 2714/4 2714/9 2715/16 2716/16

**static [2]** 2599/14 2599/16

**stating [1]** 2655/24

**statutory [1]** 2660/7

**stenography [1]** 2596/2

**step [2]** 2628/3 2706/18

**steps [8]** 2627/22 2627/24 2628/1 2628/2 2628/5 2628/8 2628/10 2706/11

**still [11]** 2606/21 2606/22 2606/24 2643/11 2644/22 2645/3 2646/18 2646/19 2648/13 2656/7 2660/11

**store [2]** 2617/3 2669/6

**straight [1]** 2676/9

**strategic [1]** 2717/6

**streams [1]** 2713/9

**Street [2]** 2594/18 2594/21

**stretch [1]** 2619/7

**strictly [1]** 2613/5

**student [2]** 2630/24 2631/1

**students [2]** 2630/20 2630/21

**studied [2]** 2679/12 2703/23

**stuff [2]** 2612/23 2646/17

**sub [2]** 2627/22 2627/24

**sub-steps [2]** 2627/22 2627/24

**Submit [3]** 2677/5 2677/12 2720/11

**submitted [1]** 2711/5

**subscription [1]** 2716/4

**subsequent [1]** 2704/5

**subsidiary [1]** 2698/25

**substitute [2]** 2607/4 2607/25

**succeed [1]** 2614/4

**successfully [1]** 2626/22

**such [7]** 2607/6 2607/20 2697/6 2699/3 2699/3 2715/24 2717/9

**sudden [1]** 2602/5

**sufficiency [1]** 2718/8

**suggested [3]** 2601/7 2601/9 2607/18

**suggesting [1]** 2598/25

**suggests [1]** 2608/8

**Suite [2]** 2594/21 2595/8

**summarize [3]** 2662/12 2671/12 2692/25

**summary [11]** 2658/8 2709/8 2709/15 2709/16 2710/18 2710/21 2711/4 2717/14 2717/16 2717/17 2717/18

**summary -- I'm [1]** 2709/15

**support [10]** 2600/19 2608/5 2608/19 2613/14 2613/19 2613/22 2621/2 2647/19 2657/6 2657/9

**supporting [2]** 2619/9 2647/21

**suppose [2]** 2605/9 2617/16

**supposed [1]** 2605/25

**sure [41]** 2600/6 2601/11 2601/20 2603/9 2606/15 2617/24 2621/9 2622/19 2622/24 2623/1 2624/15 2626/25 2628/16 2629/11 2635/3 2635/4 2644/13 2646/1 2649/1

**S**

**sure... [22]** 2649/21
2650/16 2656/7
2657/25 2658/7
2659/18 2661/1 2665/9
2665/17 2667/18
2670/7 2676/9 2681/3
2681/17 2683/10
2683/11 2683/25
2690/4 2705/13
2709/22 2712/4
2720/21
**surprise [3]** 2649/14
2649/18 2649/24
**surround [1]** 2696/19
**survive [1]** 2612/8
**syndication [4]** 2655/2
2655/12 2656/14
2656/16
**synergies [12]** 2666/7
2666/9 2666/10
2666/11 2666/11
2666/12 2666/17
2669/2 2670/5 2670/8
2670/9 2670/21
**system [16]** 2610/4
2611/2 2611/10
2611/12 2612/11
2619/9 2622/21
2622/25 2623/2
2623/10 2623/15
2623/16 2623/19
2623/21 2702/22
2702/25
**systems [11]** 2600/20
2600/21 2601/5 2601/6
2617/9 2619/1 2619/5
2619/11 2619/13
2634/20 2635/7

**T**

**tab [3]** 2701/15 2709/6
2709/11
**Tabriz [2]** 2664/6
2670/16
**take [51]** 2605/15
2611/16 2611/17
2612/22 2615/8 2616/7
2616/19 2617/20
2626/7 2626/14
2626/16 2627/20
2628/1 2628/6 2628/8
2628/10 2628/16
2628/20 2629/10

2620/22 2631/17
2631/19 2631/24
2632/15 2632/22
2632/23 2637/13
2643/11 2643/13
2644/11 2645/4
2645/10 2650/4
2657/16 2658/6
2669/25 2677/1 2678/3
2678/8 2678/25 2679/3
2679/4 2679/17
2679/21 2683/1
2686/17 2687/21
2701/8 2701/9 2706/7
2713/4
**take -- that [1]** 2632/22
**take years [1]** 2628/16
**taken [1]** 2697/13
**takes [8]** 2613/8
2659/7 2678/11
2686/12 2686/18
2686/22 2687/6
2690/20
**taking [2]** 2598/18
2717/2
**talk [36]** 2600/21
2601/5 2601/24 2602/1
2602/2 2602/5 2602/6
2602/11 2602/13
2610/7 2614/13
2623/23 2626/19
2628/25 2629/16
2630/3 2630/7 2630/10
2631/11 2637/13
2645/14 2651/4
2653/16 2666/10
2666/11 2671/19
2671/21 2673/1
2675/16 2678/15
2679/5 2685/15
2695/17 2698/5
2707/19 2711/9
**talked [9]** 2607/1
2612/6 2618/15
2618/20 2619/13
2625/9 2685/20
2693/16 2717/24
**talking [21]** 2601/17
2614/17 2614/20
2614/23 2615/1
2615/15 2615/19
2625/10 2637/10
2645/1 2645/5 2645/25
2663/15 2670/5 2674/7

2676/13 2683/25
2684/21 2687/17
2702/3 2716/1
**talks [5]** 2598/18
2608/25 2608/25
2609/1 2628/13
**tap [1]** 2719/21
**taught [1]** 2661/2
**tax [6]** 2686/4 2687/17
2687/18 2687/22
2687/23 2688/15
**taxes [9]** 2686/2
2687/5 2688/5 2688/8
2688/11 2695/17
2695/23 2695/25
2696/2
**team [11]** 2599/21
2599/22 2648/22
2649/2 2649/6 2649/8
2649/10 2649/12
2672/3 2678/16
2697/15
**Teams [1]** 2612/4
**tech [4]** 2645/7
2650/21 2660/15
2681/24
**technical [44]** 2606/7
2617/5 2637/19
2637/22 2639/17
2640/1 2640/16
2643/19 2644/11
2650/14 2651/6
2651/12 2651/16
2651/18 2651/19
2651/21 2651/22
2651/25 2652/22
2652/24 2653/2 2653/7
2653/8 2653/10
2653/13 2653/17
2653/19 2653/20
2655/10 2669/23
2670/15 2670/23
2674/5 2674/7 2675/2
2675/3 2675/6 2678/24
2679/15 2679/16
2707/8 2707/11
2707/15 2716/21
**technically [3]**
2625/21 2626/3
2632/19
**technology [5]**
2594/21 2616/3
2670/18 2692/5 2712/2
**telecommunications
[6]** 2703/2 2703/3

2703/8 2703/11
2703/14
**telephony [2]** 2703/9
2703/12
**tell [2]** 2615/12
2615/25
**tender [1]** 2661/20
**tens [8]** 2614/21
2618/10 2618/13
2680/7 2708/23 2709/3
2710/9 2710/13
**tenured [1]** 2660/3
**term [5]** 2624/17
2635/3 2635/8 2635/9
2662/23
**terminology [1]**
2685/8
**terms [16]** 2601/1
2602/11 2603/15
2614/22 2614/24
2622/25 2638/2 2638/3
2650/7 2686/16 2687/7
2692/22 2693/15
2693/23 2693/24
2718/17
**Terrific [1]** 2721/2
**tested [4]** 2608/24
2621/17 2622/3
2665/14
**testified [8]** 2634/17
2635/12 2635/15
2636/4 2714/16
2715/12 2715/13
2720/18
**testify [1]** 2719/13
**testifying [3]** 2706/8
2714/12 2719/23
**testimony [49]** 2598/7
2598/11 2598/14
2598/17 2612/14
2625/9 2626/2 2627/21
2628/19 2628/22
2632/18 2632/24
2635/4 2635/6 2636/5
2636/11 2637/15
2644/24 2645/23
2650/13 2653/9
2655/25 2656/21
2657/14 2658/25
2662/5 2664/2 2664/4
2664/8 2667/6 2670/17
2680/2 2684/12
2684/21 2688/10
2689/14 2705/16

**testimony... [12]**
2714/20 2715/7
2716/11 2716/15
2716/18 2717/24
2719/7 2719/15 2720/4
2720/12 2720/14
2720/19
**testing [6]** 2608/19
2612/7 2620/25 2621/7
2621/16 2621/17
**text [1]** 2709/24
**textbooks [1]** 2673/1
**than [28]** 2613/5
2635/13 2635/23
2655/24 2655/25
2662/20 2663/1 2666/5
2667/12 2670/9
2674/25 2680/11
2680/12 2682/11
2683/8 2686/12
2687/12 2689/25
2690/4 2693/10 2694/4
2694/10 2702/11
2705/1 2705/8 2707/18
2708/20 2711/12
**thank [26]** 2606/10
2622/5 2645/12
2657/11 2657/13
2657/15 2661/18
2663/11 2669/12
2673/17 2675/14
2675/22 2684/3
2688/18 2694/14
2698/2 2707/19 2718/6
2718/23 2718/25
2719/2 2719/5 2719/6
2719/8 2720/7 2721/7
**that [749]**
**that -- well [1]** 2696/20
**that's [102]** 2598/10
2599/9 2600/11
2600/21 2601/4 2601/7
2602/20 2602/22
2602/23 2603/2 2603/9
2605/3 2605/7 2605/15
2605/16 2606/3
2607/24 2608/6
2609/15 2609/17
2610/5 2611/1 2611/22
2613/1 2613/19
2615/12 2616/8
2617/15 2618/11
2622/19 2623/5

2623/10 2625/10
2627/13 2628/11
2630/22 2630/25
2631/3 2631/8 2631/9
2632/13 2632/23
2633/14 2636/15
2636/18 2637/11
2637/17 2637/23
2638/6 2638/17
2638/22 2640/23
2642/1 2643/13
2644/15 2645/17
2645/20 2646/1
2646/11 2648/11
2649/6 2650/6 2652/3
2652/3 2652/12
2653/14 2653/25
2654/3 2654/11
2654/23 2655/16
2656/25 2657/3 2663/4
2667/25 2673/1 2680/9
2686/2 2688/24 2690/6
2690/17 2691/3 2693/7
2694/12 2699/5
2699/13 2701/4
2701/10 2701/13
2701/24 2704/1
2704/11 2707/3
2710/22 2711/2 2712/8
2713/19 2718/5
2718/10 2718/15
2718/20 2718/21
**that's years [1]** 2608/6
**their [27]** 2607/17
2615/13 2618/2
2619/15 2645/15
2647/16 2653/3
2665/15 2665/20
2666/25 2668/20
2672/22 2676/17
2681/8 2681/17
2681/17 2681/20
2686/19 2689/12
2689/21 2690/1
2690/20 2694/9 2706/7
2706/10 2716/10
2720/10
**them [27]** 2604/13
2604/14 2608/17
2609/24 2611/17
2611/18 2623/22
2638/14 2644/16
2651/4 2679/9 2680/12
2681/21 2685/2

2685/10 2685/14
2685/24 2685/25
2690/13 2690/13
2691/13 2692/11
2696/9 2705/18 2713/5
2718/2 2718/4
**then [61]** 2598/22
2599/8 2599/16
2599/17 2599/19
2599/20 2599/22
2600/14 2600/23
2600/25 2601/2 2601/4
2601/25 2602/6
2602/18 2603/21
2604/3 2604/16
2604/16 2604/20
2605/9 2605/21
2606/17 2606/19
2607/25 2608/3 2609/4
2610/17 2612/2
2615/11 2617/20
2618/14 2620/14
2621/24 2624/10
2632/22 2633/15
2633/23 2633/24
2642/3 2646/18
2646/19 2647/2 2647/3
2658/7 2660/10 2661/6
2661/10 2663/6 2672/5
2682/12 2682/13
2683/15 2683/18
2685/3 2693/7 2698/21
2706/20 2708/8 2721/3
2721/12
**there [107]** 2599/11
2599/19 2600/9
2600/23 2602/3 2602/7
2602/14 2603/7
2603/19 2603/21
2604/8 2604/21 2606/4
2606/19 2607/9
2607/10 2607/22
2609/16 2610/17
2612/13 2613/4 2613/6
2614/7 2618/13
2618/21 2625/11
2628/17 2629/23
2630/2 2630/7 2637/22
2638/13 2638/15
2639/14 2639/23
2640/19 2640/20
2651/18 2654/14
2655/7 2655/17
2656/14 2656/15

2665/16 2665/18
2665/21 2666/8
2666/21 2666/23
2666/25 2667/1 2667/3
2668/15 2668/18
2668/18 2668/24
2672/23 2672/24
2673/4 2674/4 2675/10
2676/24 2677/4
2677/22 2678/6 2678/6
2679/8 2679/15
2679/18 2681/11
2681/12 2682/8
2682/10 2683/16
2683/22 2684/1 2685/9
2685/21 2688/2 2689/6
2689/21 2690/19
2690/23 2691/5
2691/20 2691/24
2692/1 2694/8 2699/25
2701/7 2701/18
2702/11 2705/3 2705/4
2705/5 2705/11
2706/17 2706/18
2708/9 2708/15
2709/24 2710/19
2712/1 2712/3 2713/6
**there's [18]** 2600/25
2601/24 2603/15
2604/13 2605/16
2605/17 2605/17
2606/7 2607/6 2647/3
2669/22 2670/21
2674/1 2676/2 2676/5
2678/19 2704/23
2710/2
**therefore [3]** 2666/16
2710/4 2710/6
**these [75]** 2599/3
2599/4 2600/8 2600/9
2600/16 2603/20
2605/22 2607/9 2608/4
2608/5 2608/15
2608/16 2609/4 2609/5
2609/5 2613/16 2614/7
2614/8 2614/10
2614/10 2614/11
2614/14 2614/15
2614/23 2614/25
2615/7 2616/4 2616/14
2616/14 2618/20
2620/11 2621/23
2627/16 2627/22

**these... [41]** 2627/24
2627/25 2628/1 2628/5
2628/8 2628/10
2629/24 2633/21
2633/22 2636/8
2637/13 2638/1
2638/14 2639/10
2640/8 2640/18 2641/1
2644/25 2656/15
2660/13 2661/5
2663/17 2663/18
2668/23 2678/7
2680/14 2681/25
2684/9 2684/11
2684/12 2687/8
2689/18 2690/10
2690/12 2691/11
2695/20 2703/19
2710/3 2710/6 2712/23
2718/21
**they [182]**
**they've [1]** 2692/10
**thing [20]** 2601/14
2602/18 2603/3
2603/16 2607/21
2609/22 2610/13
2611/3 2612/13
2618/21 2624/13
2635/16 2635/21
2635/22 2647/1
2658/12 2668/17
2682/17 2684/19
2719/14
**things [18]** 2599/9
2599/16 2602/1 2602/2
2602/21 2603/21
2604/16 2613/8
2614/23 2618/14
2668/23 2668/24
2675/10 2680/14
2682/8 2682/10
2693/15 2719/12
**think [62]** 2601/13
2601/22 2602/15
2602/20 2604/1 2604/1
2607/17 2613/12
2617/20 2626/2 2626/6
2626/14 2628/11
2628/11 2632/18
2633/9 2636/18 2640/6
2640/10 2642/18
2643/17 2644/22
2645/4 2647/23

2649/20 2649/23
2650/3 2650/6 2655/21
2666/3 2668/5 2668/15
2674/18 2677/11
2679/13 2680/2
2680/13 2683/1 2683/6
2683/16 2690/18
2691/14 2693/9 2697/1
2697/2 2697/12 2698/1
2703/7 2706/2 2708/22
2710/3 2712/10
2712/23 2712/25
2714/6 2714/8 2714/11
2714/12 2714/13
2720/14 2720/19
2720/22
**third [25]** 2600/10
2600/11 2604/21
2604/23 2604/25
2605/4 2606/1 2607/3
2607/5 2607/6 2607/9
2607/10 2607/14
2607/16 2607/22
2613/25 2614/2
2646/21 2646/22
2693/20 2693/21
2693/22 2694/5 2694/6
2710/3
**third-party [4]** 2604/21
2607/10 2693/21
2693/22
**this [143]**
**Thomas [1]** 2594/20
**those [45]** 2604/17
2605/19 2608/2
2608/11 2608/24
2616/7 2617/14
2618/15 2620/10
2620/12 2620/14
2620/15 2621/5 2621/5
2630/23 2638/19
2638/22 2641/9
2641/15 2642/4 2642/7
2642/10 2642/17
2643/7 2643/9 2643/19
2644/7 2645/8 2646/23
2647/2 2650/17
2651/23 2652/17
2656/5 2658/24
2658/24 2659/1
2660/24 2663/10
2663/19 2664/13
2687/12 2702/15
2707/4 2717/9

**though [3]** 2613/6
2644/14 2650/16
**thought [2]** 2675/12
2687/16
**thousands [1]** 2614/17
**three [5]** 2651/22
2660/12 2690/13
2691/13 2697/22
**threshold [1]** 2706/3
**through [16]** 2599/24
2600/14 2601/14
2613/8 2639/1 2657/21
2657/22 2658/1 2658/2
2665/1 2665/10
2669/16 2691/25
2714/4 2714/9 2714/22
**throughout [1]** 2651/9
**time [54]** 2613/9
2613/9 2613/10 2615/7
2615/21 2623/7
2624/21 2625/1
2625/12 2625/16
2625/19 2626/11
2627/19 2627/22
2627/24 2628/5 2628/7
2628/9 2628/12
2628/22 2629/12
2634/3 2634/6 2636/23
2639/21 2642/13
2657/14 2661/19
2669/25 2678/3 2678/8
2678/8 2678/11
2678/12 2678/16
2678/18 2679/1 2679/3
2679/3 2679/4 2679/17
2679/21 2680/21
2683/8 2685/12
2686/13 2686/17
2686/17 2686/22
2687/6 2690/20
2691/23 2692/10
2719/6
**timeframe [4]** 2615/17
2626/9 2628/17 2645/4
**times [2]** 2650/12
2711/16
**timing [4]** 2677/25
2678/2 2687/8 2687/9
**tiny [2]** 2666/2
2691/14
**today [30]** 2610/11
2610/21 2611/22
2612/1 2612/8 2623/24
2623/25 2624/1

2635/14 2635/17
2638/18 2643/4
2643/16 2644/10
2648/23 2649/1
2657/24 2658/2 2662/5
2662/13 2662/19
2663/1 2663/23
2664/16 2694/12
2713/13 2713/18
2713/24
**together [4]** 2671/6
2681/10 2683/5 2683/5
**told [2]** 2640/10
2654/3
**tomorrow [11]**
2657/19 2658/12
2719/10 2719/14
2719/16 2719/17
2719/21 2719/23
2720/3 2720/10
2720/19
**too [4]** 2616/4 2623/22
2646/23 2691/1
**took [5]** 2598/22
2620/2 2630/23 2631/5
2631/7
**top [7]** 2600/23
2610/15 2610/16
2618/22 2646/19
2661/5 2709/24
**topic [1]** 2616/18
**track [1]** 2658/1
**trade [2]** 2613/1
2613/6
**trade-off [1]** 2613/1
**trade-offs [1]** 2613/6
**traffic [3]** 2657/14
2713/24 2715/3
**transaction [32]**
2654/10 2663/7 2663/7
2671/15 2671/17
2672/6 2674/15 2675/9
2675/24 2678/8
2680/22 2683/22
2683/24 2686/6
2686/20 2687/3 2687/6
2687/21 2689/1 2689/7
2691/25 2692/22
2693/8 2693/11
2697/18 2707/18
2708/5 2708/23 2710/8
2710/13 2712/14
2712/22

**T**

**transactions [6]**
2678/10 2688/11
2693/10 2712/3
2712/24 2713/7
**transcript [3]** 2594/12
2596/2 2722/4
**transcription [1]**
2596/2
**transfer [1]** 2699/4
**translate [1]** 2607/19
**translated [2]** 2605/13
2605/14
**translation [8]**
2605/12 2605/12
2605/15 2607/16
2607/17 2607/19
2609/19 2609/20
**transport [2]** 2669/5
2669/8
**travels [1]** 2719/7
**trial [5]** 2598/7 2664/2
2705/25 2716/18
2717/25
**triangulate [1]**
2682/21
**tried [5]** 2611/16
2611/17 2617/18
2620/5 2634/24
**trillion [2]** 2710/25
2711/1
**trouble [1]** 2642/24
**true [4]** 2610/5
2697/12 2714/21
2722/4
**try [8]** 2640/13
2642/13 2642/14
2647/3 2655/18
2682/13 2689/22
2689/23
**trying [3]** 2633/5
2641/18 2645/9
**Tunney [1]** 2702/7
**Turley [2]** 2705/16
2715/12
**Turley's [1]** 2715/7
**turn [24]** 2598/16
2610/7 2610/20 2614/2
2616/22 2617/24
2619/10 2620/1
2620/20 2621/17
2623/23 2647/20
2662/11 2663/10
2670/6 2671/9 2679/5

2692/13 2697/18
2701/6 2701/15 2709/6
2709/11 2709/18
**turned [2]** 2685/3
2685/5
**turning [2]** 2616/18
2636/23
**two [20]** 2601/23
2602/1 2602/2 2602/10
2602/21 2603/16
2603/17 2604/7 2620/6
2642/7 2658/24
2660/13 2662/22
2679/8 2681/25 2685/6
2693/9 2706/18
2706/23 2716/8
**two-stage [1]** 2706/23
**two-step [1]** 2706/18
**type [3]** 2670/1
2681/13 2682/17
**typical [7]** 2671/22
2673/24 2674/2 2687/2
2687/12 2697/16
2707/20
**typically [5]** 2676/18
2676/22 2680/17
2681/10 2688/11

**U**

**U.S [2]** 2650/20
2650/21
**Uh [3]** 2644/5 2709/12
2714/1
**Uh-huh [2]** 2644/5
2714/1
**UI [3]** 2611/2 2611/2
2612/22
**ultimately [2]** 2601/18
2628/24
**Ultra [2]** 2620/4
2620/25
**Um [1]** 2640/19
**unable [1]** 2639/8
**uncertain [3]** 2692/2
2692/5 2693/7
**uncertainly [1]**
2666/23
**uncertainties [1]**
2705/6
**uncertainty [8]**
2666/22 2673/4
2674/14 2675/5
2677/20 2677/23
2678/6 2678/19

**unclear [2]** 2612/7
2638/23
**under [6]** 2634/5
2655/12 2659/7
2662/20 2662/24
2706/8
**undergrad [1]** 2661/3
**underneath [1]**
2610/24
**understand [30]**
2598/21 2598/24
2601/1 2601/12
2601/12 2602/7
2603/12 2603/13
2616/1 2616/23 2617/2
2624/14 2624/15
2639/20 2640/5 2641/6
2641/21 2642/4
2642/11 2652/24
2655/23 2656/13
2663/20 2668/2
2674/19 2680/25
2697/5 2702/22
2702/25 2713/17
**understandable [1]**
2603/10
**understanding [10]**
2601/17 2620/1
2642/24 2652/3
2653/25 2663/21
2663/25 2664/1 2690/8
2690/14
**understood [5]**
2604/19 2656/17
2673/9 2676/23
2677/22
**undo [2]** 2654/14
2654/17
**unduly [1]** 2625/11
**unfortunate [1]**
2613/20
**ungoogled [3]** 2609/1
2609/8 2609/22
**unique [1]** 2607/13
**Unit [1]** 2595/6
**UNITED [11]** 2594/2
2594/5 2594/13 2622/9
2653/23 2704/4 2714/3
2714/4 2714/9 2715/16
2716/16
**United States [8]**
2622/9 2653/23 2704/4
2714/3 2714/4 2714/9
2715/16 2716/16

**Universe [1]** 2704/23
**University [5]** 2659/19
2659/20 2659/22
2660/1 2660/16
**unknown [1]** 2667/2
**unlawful [1]** 2654/13
**Unless [1]** 2656/11
**unmodified [2]** 2600/2
2643/6
**until [3]** 2615/14
2615/21 2652/1
**up [30]** 2598/22
2602/18 2602/19
2611/4 2611/21 2621/2
2626/9 2627/2 2627/19
2627/23 2628/3 2628/4
2629/8 2636/19
2636/22 2647/7
2647/14 2647/16
2647/18 2652/1
2655/20 2656/19
2665/13 2665/20
2669/14 2670/23
2672/14 2681/22
2692/2 2720/10
**upon [1]** 2683/13
**upside [1]** 2682/9
**urge [1]** 2663/14
**us [5]** 2657/23 2658/6
2681/21 2689/6 2719/2
**usage [1]** 2600/18
**use [30]** 2601/1
2602/13 2603/21
2604/4 2604/24 2605/4
2605/5 2606/22
2607/16 2609/12
2612/10 2612/18
2613/4 2618/5 2621/11
2622/17 2622/20
2637/25 2641/8
2641/20 2641/23
2643/6 2644/7 2646/5
2646/10 2646/16
2646/20 2661/12
2682/20 2700/19
**used [6]** 2624/17
2636/12 2644/3 2646/7
2664/11 2711/9
**useful [3]** 2603/13
2609/19 2618/3
**user [13]** 2600/24
2601/2 2601/14
2605/24 2605/25
2606/2 2606/2 2611/2

**U**

**user... [5]** 2611/2
2611/3 2611/8 2618/5
2638/15
**users [6]** 2608/5
2612/9 2613/20 2618/2
2647/19 2667/1
**using [15]** 2620/25
2621/13 2621/14
2621/25 2641/9
2641/14 2641/14
2641/21 2642/16
2642/17 2643/4 2643/7
2647/5 2647/10 2684/9
**usually [1]** 2707/22

**V**

**valuable [4]** 2668/6
2683/7 2694/4 2694/5
**valuation [6]** 2661/16
2667/19 2671/4 2680/2
2711/14 2711/23
**valuations [1]** 2661/2
**value [62]** 2662/15
2662/17 2662/18
2662/20 2667/25
2671/7 2672/5 2672/9
2672/15 2672/22
2674/13 2677/15
2677/18 2679/25
2680/20 2680/22
2681/2 2682/22
2687/14 2687/19
2688/22 2689/3 2689/8
2689/15 2691/4 2691/6
2692/17 2692/19
2693/3 2693/5 2693/13
2694/2 2694/7 2694/8
2694/10 2694/12
2694/25 2695/4
2695/11 2695/13
2695/17 2696/3
2696/12 2696/14
2696/18 2697/1 2697/3
2697/14 2697/20
2697/21 2704/19
2704/23 2704/25
2708/13 2708/18
2708/20 2708/20
2711/15 2713/2
2714/15 2715/17
2717/8
**values [1]** 2693/10
**variations [1]** 2681/11

**variety [6]** 2601/8
2601/8 2606/19
2628/12 2634/4
2637/22
**vast [3]** 2618/7
2664/18 2703/1
**venturing [1]** 2655/21
**version [9]** 2616/11
2631/13 2631/14
2631/21 2631/22
2632/12 2633/3
2635/13 2635/13
**versus [1]** 2654/2
**vertically [1]** 2703/1
**very [44]** 2603/11
2603/13 2610/16
2616/15 2618/3 2618/3
2618/22 2657/13
2657/15 2663/8 2663/8
2664/25 2664/25
2666/2 2670/11
2671/16 2671/19
2674/18 2674/23
2675/9 2675/11 2680/9
2680/16 2680/21
2683/4 2684/16 2685/8
2686/3 2686/10
2686/13 2688/3 2688/3
2688/12 2689/10
2691/14 2692/6 2693/8
2695/21 2699/19
2704/11 2704/11
2709/24 2712/7 2719/6
**video [2]** 2609/9
2609/14
**view [9]** 2611/24
2633/11 2633/16
2636/13 2640/18
2644/12 2687/19
2697/19 2715/15
**views [1]** 2656/6
**Voice [10]** 2650/12
2650/25 2653/16
2653/17 2654/1
2654/18 2654/25
2655/13 2655/14
2655/20
**voluntarily [1]** 2674/15
**voluntary [4]** 2672/3
2672/12 2705/2
2707/20
**vouch [1]** 2634/22
**vs [1]** 2594/7

**W**

**wait [1]** 2627/7
**waived [1]** 2644/1
**wand [3]** 2644/18
2644/19 2644/20
**want [17]** 2603/3
2603/4 2605/9 2609/9
2632/21 2648/8
2651/10 2663/14
2679/24 2683/11
2683/24 2687/25
2691/8 2691/11
2709/22 2710/22
2717/5
**wanted [9]** 2628/14
2630/3 2630/7 2630/10
2658/2 2658/21
2658/23 2686/2
2711/17
**wants [1]** 2646/22
**was [122]** 2604/21
2605/6 2612/13
2612/15 2613/16
2619/25 2620/2 2620/7
2620/8 2620/9 2621/12
2621/13 2621/24
2621/25 2624/1 2624/5
2624/9 2624/13
2624/17 2624/17
2625/8 2626/2 2626/3
2626/16 2628/15
2628/17 2629/13
2630/24 2631/1
2631/16 2632/19
2634/18 2635/16
2641/11 2643/6 2645/3
2650/14 2651/11
2651/16 2651/18
2651/19 2651/21
2651/22 2652/4 2652/8
2652/24 2653/3 2653/6
2653/7 2653/10
2653/13 2654/1 2654/3
2654/14 2654/15
2654/17 2655/7 2655/8
2655/10 2655/24
2658/23 2659/25
2660/2 2660/5 2660/6
2660/8 2660/13 2661/1
2661/6 2661/7 2664/4
2664/8 2664/8 2667/8
2668/22 2669/20
2670/12 2672/23
2672/24 2674/15

2679/12 2680/12
2680/13 2682/2
2682/24 2684/9
2684/24 2684/25
2685/4 2688/1 2697/1
2698/9 2698/10
2698/10 2698/16
2698/18 2698/18
2699/1 2699/3 2699/7
2699/17 2699/23
2699/24 2702/11
2702/22 2703/8
2703/14 2703/16
2704/2 2704/13
2709/16 2710/25
2711/4 2712/10 2715/1
2715/13 2715/24
2717/22 2719/9
2720/15 2720/17
2720/19
**Washington [5]**
2594/9 2594/22
2595/13 2595/18
2595/23
**wasn't [3]** 2630/2
2653/7 2672/7
**watch [3]** 2609/9
2609/9 2609/11
**watching [1]** 2609/13
**way [33]** 2601/13
2601/22 2601/23
2602/1 2602/12
2603/16 2604/1 2604/5
2604/5 2604/24 2605/3
2622/17 2622/20
2625/12 2625/25
2626/4 2636/18
2644/10 2656/25
2666/15 2668/19
2668/22 2669/25
2672/14 2675/8
2677/16 2689/19
2693/17 2701/3
2701/24 2713/18
2713/23 2715/12
**ways [1]** 2683/3
**we [151]**
**we -- what [1]** 2669/19
**we're [2]** 2608/10
2615/1
**We've [2]** 2663/17
2717/24
**web [7]** 2613/9
2613/10 2615/8

**web... [4]** 2647/22
2647/25 2648/2 2648/5
**webpage [1]** 2605/14
**week [3]** 2680/3
2684/12 2711/20
**weigh [1]** 2693/9
**Welcome [1]** 2659/8
**well [78]** 2598/16
2599/2 2600/15
2602/16 2603/9
2603/20 2604/2 2604/3
2604/6 2605/19
2607/25 2608/8 2608/9
2610/5 2610/18 2613/3
2614/6 2615/8 2615/9
2617/16 2617/17
2620/20 2625/8 2625/9
2626/19 2627/1
2633/20 2641/2 2642/5
2642/10 2645/11
2647/4 2649/23
2654/14 2663/9 2664/2
2664/6 2666/12
2666/15 2668/17
2670/24 2673/8
2676/25 2677/13
2677/16 2678/11
2678/13 2678/16
2678/18 2679/1
2680/21 2681/5 2682/8
2682/10 2684/2
2684/13 2685/21
2686/2 2686/3 2686/7
2686/11 2687/3 2687/7
2687/20 2688/7
2688/24 2689/10
2690/17 2692/19
2692/24 2693/11
2695/18 2696/20
2700/15 2700/16
2706/7 2710/21
2712/22
**well-known [1]** 2615/8
**went [3]** 2608/24
2702/19 2714/9
**were [64]** 2604/25
2617/16 2620/10
2621/6 2621/14
2634/16 2634/25
2637/14 2639/14
2639/23 2639/25
2641/12 2643/9
2645/18 2648/14

2651/2 2651/6 2652/8
2652/17 2655/8
2655/17 2655/19
2656/11 2658/11
2664/5 2665/22 2667/6
2669/5 2669/6 2670/5
2675/6 2676/12
2680/11 2681/3 2681/4
2682/23 2682/25
2684/13 2684/20
2685/2 2685/9 2687/17
2689/22 2691/12
2695/24 2698/19
2699/2 2699/25
2702/15 2702/15
2702/17 2703/19
2703/21 2703/24
2705/2 2705/18 2706/8
2713/5 2713/6 2713/7
2713/16 2715/15
2716/1 2716/12
**weren't [6]** 2616/17
2623/25 2624/7
2624/11 2630/7
2711/22
**Western [1]** 2703/17
**what [163]**
**what's [2]** 2663/25
2674/17
**whatever [9]** 2634/14
2641/8 2641/14
2641/20 2642/16
2642/22 2642/25
2646/18 2698/15
**when [30]** 2615/15
2618/5 2620/12
2620/14 2628/23
2630/6 2630/10
2632/14 2634/16
2634/25 2641/4
2648/11 2653/6 2661/1
2666/9 2668/5 2668/6
2668/7 2673/5 2675/11
2677/19 2677/21
2679/19 2687/20
2691/6 2695/11
2695/16 2698/11
2705/9 2707/7
**whenever [3]** 2598/2
2690/25 2719/17
**where [29]** 2599/9
2605/13 2611/16
2620/6 2620/7 2622/16
2640/14 2641/7

2641/13 2641/15
2642/15 2643/8
2658/14 2658/16
2660/6 2661/7 2661/11
2671/5 2676/7 2680/3
2681/12 2681/14
2682/24 2685/23
2694/4 2694/11
2694/12 2699/3 2708/9
**whether [27]** 2620/17
2625/6 2625/15
2625/18 2632/3
2638/18 2638/21
2643/14 2648/6 2648/8
2648/9 2648/18
2648/19 2650/5
2653/13 2669/19
2671/2 2677/9 2680/8
2685/18 2687/13
2688/21 2692/16
2693/2 2697/8 2704/20
2705/9
**which [42]** 2598/18
2599/20 2601/7
2601/14 2603/19
2612/22 2614/18
2616/9 2616/9 2616/19
2625/9 2634/2 2634/8
2663/4 2665/16
2666/13 2669/1 2672/3
2672/7 2672/13 2674/8
2677/3 2677/22 2678/5
2678/17 2679/9 2686/9
2690/19 2691/12
2692/21 2700/18
2702/13 2703/1
2706/18 2706/19
2707/22 2710/7
2710/20 2715/3
2715/10 2717/19
2720/19
**while [2]** 2616/2
2652/12
**who [19]** 2599/21
2599/25 2601/18
2603/12 2603/25
2648/23 2649/8
2649/11 2651/7 2658/8
2666/23 2675/21
2676/21 2678/19
2684/12 2689/11
2695/24 2709/11
2719/23
**who -- if [1]** 2695/24

**whoever [1]** 2604/2
**whole [2]** 2606/3
2647/3
**why [22]** 2614/11
2616/13 2617/15
2631/9 2636/9 2640/23
2642/11 2653/14
2656/13 2658/14
2668/10 2673/4
2674/20 2677/24
2679/7 2689/17 2691/3
2692/20 2699/13
2712/8 2720/2 2720/23
**will [68]** 2598/25
2606/16 2616/19
2619/3 2621/10
2629/23 2648/13
2657/6 2657/9 2657/16
2659/1 2661/23
2662/15 2662/17
2662/19 2667/3
2667/23 2669/25
2670/7 2670/23 2671/7
2671/18 2671/19
2672/5 2673/7 2673/9
2673/10 2674/6 2674/8
2676/23 2677/9
2677/17 2678/7
2678/15 2678/17
2679/17 2679/21
2686/17 2686/18
2686/18 2687/7
2687/21 2688/2 2688/3
2689/1 2689/5 2689/6
2689/23 2690/24
2691/4 2691/17
2692/17 2692/19
2693/13 2694/17
2696/18 2696/25
2701/3 2702/6 2706/6
2708/15 2708/18
2709/6 2715/10
2719/23 2720/3 2720/5
2721/12
**WILLIAMS [3]** 2595/12
2595/17 2659/5
**willing [2]** 2629/22
2706/10
**windows [3]** 2611/4
2611/9 2652/11
**winner [1]** 2692/1
**winning [1]** 2676/23
**within [7]** 2649/7
2649/7 2656/8 2666/14

**W**

**within... [3]** 2667/13
2708/20 2709/2
**without [6]** 2611/7
2612/2 2612/8 2621/25
2633/12 2704/20
**witness [14]** 2597/3
2622/6 2657/17 2658/5
2658/6 2658/7 2659/3
2659/7 2701/5 2719/14
2719/22 2720/2
2720/16 2720/17
**witnesses [4]** 2689/11
2711/20 2717/25
2719/21
**witnesses' [1]** 2658/25
**Wiz [1]** 2712/20
**Wonderful [1]** 2721/8
**word [3]** 2605/13
2605/17 2629/22
**words [6]** 2609/12
2611/7 2634/15 2675/3
2694/3 2696/9
**work [26]** 2600/22
2601/6 2612/25
2620/13 2620/13
2637/19 2637/25
2638/8 2638/10
2640/15 2640/16
2645/8 2648/23
2651/25 2666/15
2669/21 2670/13
2674/19 2680/1 2682/8
2682/10 2684/8
2684/13 2705/4
2711/17 2714/25
**worked [9]** 2631/2
2631/3 2639/17
2639/19 2640/1 2640/4
2644/16 2718/7
2718/11
**working [5]** 2645/7
2649/8 2650/24
2683/23 2692/11
**world [6]** 2641/7
2641/13 2641/19
2642/15 2643/8
2644/10
**worms [1]** 2606/3
**worried [1]** 2644/25
**worst [1]** 2609/25
**worth [3]** 2705/23
2710/25 2714/14
**would [250]**

**would - but [1]**
2645/20
**wouldn't [11]** 2603/12
2603/13 2636/23
2638/25 2649/14
2668/10 2674/2
2688/16 2690/9 2708/6
2709/13
**wow [1]** 2615/12
**wrap [1]** 2656/19
**write [4]** 2623/18
2623/20 2623/21
2630/20
**wrote [5]** 2603/10
2604/2 2656/4 2661/4
2710/20

**X**

**X-billion [1]** 2681/4

**Y**

**Yahoo [7]** 2680/6
2690/8 2690/18
2691/14 2705/17
2709/1 2709/4
**yeah [35]** 2623/8
2623/22 2624/10
2627/17 2630/5
2630/18 2632/13
2633/9 2633/24 2634/5
2634/12 2634/23
2634/24 2635/15
2635/23 2636/15
2639/23 2643/12
2644/22 2646/2
2646/21 2647/4
2647/23 2648/2 2648/6
2649/1 2650/20
2653/20 2653/25
2678/2 2679/2 2691/10
2694/1 2699/21 2706/4
**year [7]** 2632/25
2633/4 2643/14
2643/20 2644/23
2681/10 2704/7
**years [21]** 2608/6
2611/19 2611/21
2615/15 2615/18
2615/21 2617/20
2626/17 2628/16
2628/18 2628/25
2632/16 2632/23
2643/11 2643/13
2645/3 2666/14

2670/12 2679/20
2680/12 2682/19
**yellow [6]** 2610/23
2611/1 2637/9 2637/11
2644/1 2644/7
**yep [6]** 2632/13
2653/22 2653/25
2654/3 2654/11
2656/25
**yes [102]** 2612/1
2613/23 2623/22
2624/5 2625/17
2625/19 2625/23
2626/8 2626/15 2633/6
2633/24 2634/18
2635/17 2636/3 2636/6
2636/18 2637/1 2637/3
2637/17 2637/23
2643/7 2644/2 2644/17
2645/17 2645/22
2650/23 2651/3 2652/8
2654/3 2655/7 2655/11
2655/16 2656/22
2658/10 2659/24
2662/6 2662/14
2664/11 2665/21
2667/17 2671/14
2671/24 2676/14
2677/21 2679/3 2679/8
2684/23 2685/17
2690/4 2691/23
2692/14 2693/4
2695/15 2697/11
2697/21 2698/10
2698/14 2698/14
2698/22 2699/6 2700/1
2702/9 2702/12
2702/17 2702/24
2703/5 2703/10
2703/13 2703/15
2703/18 2703/24
2703/25 2704/14
2704/17 2704/24
2706/16 2707/10
2708/4 2708/15 2709/1
2709/14 2709/17
2709/19 2710/1 2710/5
2710/10 2712/4
2712/11 2712/14
2712/18 2713/11
2713/21 2713/22
2714/1 2714/11
2714/19 2715/1 2715/9
2715/20 2716/10

**yesterday [1]** 2658/23
**yet [1]** 2610/14
**you [724]**
**You'd [1]** 2714/10
**you're [2]** 2643/18
2695/7
**you've [15]** 2603/1
2617/23 2631/12
2687/10 2693/16
2695/3 2699/16
2700/14 2714/16
2715/6 2718/6 2718/7
2718/11 2718/12
2718/16
**your [150]**
**your -- in [1]** 2701/15
**your -- let's [1]** 2679/5
**Your Honor [25]**
2622/8 2630/11 2650/9
2656/1 2656/10
2656/17 2657/10
2657/12 2661/19
2662/8 2663/17
2673/15 2694/15
2706/19 2715/1
2716/25 2717/2
2718/24 2719/3
2719/11 2719/18
2719/25 2720/9 2721/7
2721/10
**Your Honor's [1]**
2707/16
**yourself [2]** 2659/14
2716/21
**YouTube [2]** 2665/4
2669/1

**Z**

**Z-e-n-n-e-r [1]** 2659/15
**ZENNER [35]** 2597/8
2659/6 2659/8 2659/10
2659/12 2659/15
2661/20 2661/24
2662/12 2675/1
2692/25 2693/12
2694/19 2694/21
2694/24 2695/10
2696/10 2697/12
2697/22 2698/2
2700/23 2701/16
2701/25 2704/15
2707/7 2708/12
2710/17 2712/23

# Z

**ZENNER... [7]**  2715/6
2715/11 2716/7
2716/12 2717/5 2718/6
2719/4
**Zenner's [1]**  2709/9
**zero [1]**  2687/24
**zoom [1]**  2610/20