3072

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CV No. 20-3010 |
| vs. | ) | Washington, D.C. |
| | ) | May 2, 2025 |
| GOOGLE LLC, | ) | 9:25 a.m. |
| | ) | |
| Defendant. | ) | Day 10 |
| _____ | ) | Morning Session |

TRANSCRIPT OF REMEDIES HEARING PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

3073

APPEARANCES:

For DOJ Plaintiffs:              David E. Dahlquist
                                 UNITED STATES
                                 DEPARTMENT OF JUSTICE
                                 Antitrust Division
                                 209 South LaSalle Street
                                 Suite 600
                                 Chicago, IL 60604
                                 (202) 805-8563
                                 Email:
                                 david.dahlquist@usdoj.gov

                                 Travis Richard Chapman
                                 DOJ-ATR
                                 450 5th Street NW
                                 Suite 7100
                                 Washington, D.C. 20530
                                 (202) 353-9006
                                 Email:
                                 travis.chapman@usdoj.gov

3074

APPEARANCES CONTINUED:

For Plaintiff
State Colorado:                     Jonathan Bruce Sallet
                                    Conor J. May
                                    COLORADO DEPARTMENT OF LAW
                                    Consumer Protection Section,
                                    Antitrust Unit
                                    Ralph L. Carr Colorado
                                    Judicial Center
                                    1300 Broadway
                                    Suite 7th Floor
                                    Denver, CO 80203
                                    (720) 508-6000
                                    Email: jon.sallet@coag.gov
                                    Email: conor.may@coag.gov

For Defendant Google:               John E. Schmidtlein
                                    Colette Connor
                                    Graham Safty
                                    WILLIAMS & CONNOLLY LLP
                                    680 Maine Avenue SW
                                    Washington, D.C. 20024
                                    (202) 434-5000
                                    Email: jschmidtlein@wc.com
                                    Email: cconnor@wc.com
                                    Email: gsafty@wc.com

                                    Michael Sommer
                                    WILSON SONSINI
                                    GOODRICH & ROSATI
                                    1301 Avenue of the Americas
                                    40th Floor
                                    New York, NY 10019
                                    (212) 497-7728
                                    Email: msommer@wsgr.com

Court Reporter:                     William P. Zaremba
                                    Registered Merit Reporter
                                    Certified Realtime Reporter
                                    Official Court Reporter
                                    E. Barrett Prettyman CH
                                    333 Constitution Avenue, NW
                                    Washington, D.C. 20001
                                    (202) 354-3249

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

3075

- - -

WITNESS INDEX

- - -

WITNESSES          DIRECT CROSS REDIRECT

DEFENDANT'S:

JESSE ADKINS         3077          3111
ERIC MUHLHEIM        3127  3161
ERIC MUHLHEIM              3185
MARK ISRAEL          3189

- - -

INDEX OF EXHIBITS

- - -

PLAINTIFFS'                                  ADMITTED

PXR806                                          3079

PXR0807                                         3184

3076

P R O C E E D I N G S

MR. DAHLQUIST:  Your Honor, we had a brief discovery issue we wanted to raise in advance.  We can do it after the witness.

THE COURT:  Let's go ahead and do the witness --

MR. DAHLQUIST:  Sounds good.  Thank you.

THE COURT:  -- and then we can deal with the discovery issue in between witnesses.

MR. DAHLQUIST:  Understood.  Thank you, Your Honor.

COURTROOM DEPUTY:  Your Honor, we're now calling for the record Civil Action 20-3010, United States of America, et al., versus Google LLC.

Jon Sallet and David Dahlquist for the plaintiffs.

And John Schmidtlein for the defendant.

THE COURT:  Good morning, everyone.

Sorry, we got a little bit later start this morning on the criminal cases than I had hoped, but I think we're ready to go now, and we'll continue with Mr. Adkins' cross-examination.

MR. DAHLQUIST:  Great.  Thank you, Your Honor.

David Dahlquist on behalf of the United States.

3077

                              - - -

JESSE ADKINS, WITNESS FOR THE DEFENDANT, HAVING BEEN

PREVIOUSLY SWORN, RESUMED THE STAND AND TESTIFIED FURTHER AS

FOLLOWS:

                    DIRECT EXAMINATION (CONTINUED)

BY MR. DAHLQUIST:

     Q    Mr. Adkins, welcome back.  I hope you had a

pleasant evening.

     A    I did.  Thank you.

     Q    My first question I am not going to ask you what

your college degree is in; I think we settled that

yesterday.

          We left off at the end of yesterday talking about

the Yahoo! Japan agreement.  Do you recall?

     A    Yes.

     Q    Now, you have been responsible for the Yahoo!

Japan agreement since 2020, correct?

     A    I'm not a commercial lawyer for Google.  I am

responsible for the product at the engineering team that

supports the operations of the deal, and I do have,

you know, input, and I have to review the contract to make

sure we comply with the contract.

     Q    I understand.

          You're not a lawyer?

     A    Right.

3078

Q    But for the product side, you have been responsible for the Yahoo! Japan agreement since 2020?

A    Yes, for the implementation.

Q    And we learned yesterday a little bit about this term "white labeling."  Do you recall?

A    Not exactly, but yes --

Q    Okay.

Would you agree that the Yahoo! Japan agreement is a white label service?

A    Yes.

Q    And that means that Google provides its Search services, and Yahoo! Japan repackages them as they see fit?

A    Yes, our Search services and our ad technology.

Q    Now, the Yahoo! Japan agreement has been renewed and is currently in effect today, correct?

A    Correct.

Q    And it's a nonexclusive agreement with Google, correct?

A    I am actually not sure of that.

Q    Okay.  We can show you.

Let me actually pass out the binders from yesterday and give you --

MR. DAHLQUIST:  May I approach, Your Honor?

BY MR. DAHLQUIST:

Q    Sir, if you can turn in your binder -- let me make sure -- the witness binder in front of you, and the Yahoo! Japan agreement is the last tab, PXR598.

Do you see that?

A    Yes.  I'm there.

Q    And this is a copy of the Yahoo! Japan agreement that has been amended and is currently in effect, agreed?

A    It appears to be so, yes.

MR. DAHLQUIST:  And, Your Honor, this document PXR598 is already in evidence.

And, Your Honor, I just realized I forgot yesterday to move in the Rosetta Stone that we actually used, to formally move in.  So I hereby formally move in PXR806, which was the Rosetta Stone.

THE COURT:  Okay.  That'll be admitted.

(Plaintiffs' Exhibit PXR806 received into evidence.)

BY MR. DAHLQUIST:

Q    All right.

So turning back to the Yahoo! Japan agreement, let's turn to page 20, 2-0, of the agreement, which there is little Bates numbers on the bottom right, Bates stamp ending 1735?

A    I'm there.

3080

Q    This section is titled "Payment Amounts."
Do you see that?

A    Yes.

Q    And, sir, as with yesterday, there are some things that are redacted, mostly numbers.  So you can see on the screen what's redacted.

In front of you is the full unredacted copy.  Just as we're walking through the contract, I would just be cautious as to not read any of the numbers.

But under the "Payment Amounts," you would agree that Yahoo! Japan pays Google billions of dollars for its syndication services, correct?

A    One second.  I just want to make sure I'm familiar with this.

Q    Sure.

A    I don't look at the billing.

I also don't know how to -- I don't know the current yen-to-dollar conversion, so I actually -- I am not confident that I know how much Japan transfers to Google.

Q    As of this morning, the yen-to-dollar conversion was about 70 to 1.  Does that -- I'll just state that for now.

A    Okay.

Q    But the agreement has a base rate, correct?

A    Correct.

Q    That here is in yen, correct?

A    Correct.

Q    And it's billions of yen, correct?

A    Yes --

MS. CONNOR:  Your Honor -- objection, Your Honor.

The numbers are redacted for a reason. They're confidential.  I don't believe that DOJ counsel has received permission from Yahoo! Japan to publish these numbers.

In addition, they're stated not in U.S. dollars, to be clear.  So they're confidential, and I don't know how we can expect the witness to do a conversion to U.S. dollars as counsel's questions are asking.

THE COURT:  Okay.

Well, look, I don't think we're asking about a specific dollar amount.  We're in a range.

And the yen portion of it is not redacted. So I think we're okay.

So anyway, I've got the numbers, so don't worry about.

MR. DAHLQUIST:  Okay.

THE WITNESS:  I would just say that I'm familiar that Yahoo! Japan pays Google.

And I don't -- I'm -- as part of my job responsibilities, I don't oversee anything with those

3082

payments, so I can't confirm if any of this is correct.

I have no reason to believe that this contract is not stating what it's stating, so -- but that's all I can say.

BY MR. DAHLQUIST:

Q    And the payments are structured in the form of a base rate, as well as rev share, correct?

A    Correct.

Q    And under here at Section 11.1, it has the base rate as well as the rev share that increases over time, correct?

A    Correct.

Q    And the future -- the amendments that are in place, the rev shares can continue to increase, correct?

A    I believe so.

Q    All right.

Let's turn to another section, same agreement.

We're going to Section 2.9, which is "Data," and that is at page 11.

So we're at PXR598, Bates stamp ending 726, page 11, Section 29.  The title is "Provision of Data and Information by GAPAC."

Do you see that heading?

A    Yes, 2.9.  I'm there.

3083

Q    And just for clarity, the GAPAC, that is the Google entity in Japan, correct?

A    Google Asia Pacific, correct.

Q    Thank you.

GAPAC stands for Google Asia Pacific?

A    That is my understanding.

Q    And Section 2.9 identifies the data and information that Google shares with Yahoo! Japan under its syndication agreement, correct?

A    One moment.  I just want to read it quickly.

Yes, I believe this is referring to some of the data that we provided to Yahoo! Japan early in the agreement.

I believe this information has been modified, and I believe there's been an amendment.  So this does not represent what is in effect today.

Q    You're aware, sir, that the Yahoo! Japan agreement, and specifically Section 2.9, is actually the foundation for plaintiffs' data-sharing remedies in this matter.  Did you know that?

A    I am somewhat aware that it's related, yes.

Q    Because as you read 2.9, you can actually see a lot of the same things that are in plaintiffs' proposed data-sharing remedies, correct?

A    I will take your word for it.  I don't have the plaintiffs' agreement in front of me.  I can do the contrast if you want me to.

Q    We'll fix that.

A    I would also say that I'm not an expert in Google Search quality signals.

So, again, I'm not -- I work with the syndication, the interface between us and the partners.  So I don't know if you want to use your time here to do that, but -- or there might be a better witness that's --

Q    We will use some time to do that, yes.

A    Okay.

Q    Okay.

The Yahoo! Japan agreement that's in front of us was signed in 2010, that's the effective date, right?

A    Yes.

Q    And it continues -- this agreement continued for over a decade?

A    Correct.

MR. DAHLQUIST:  And there's some amendments that we'll make sure we put in the record, Your Honor, so that Your Honor can see the amendments.

BY MR. DAHLQUIST:

Q    But as of this agreement, this lists the data and information that was shared between Google and Yahoo! Japan

under the -- pursuant to the agreement, correct?

A    In the beginning, yes.  It is no longer that.

It is my understanding that -- I don't know the exact date but a long time ago, more than five or six years ago when I took on direct responsibility, we changed the implementation such that we did not need to send them all of this information.  So the exact details of the data and how the data is transferred has changed since 2010.

Q    For over a decade, Google shared information pursuant to 2.9 with Yahoo! Japan?

A    I do not believe so.

I believe from 2010 until the date that we changed it was less than a decade.

Q    Okay.

Let's talk about some of the provisions of 2.9, okay.

If we can just start at the top.

"Throughout the term, GAPAC," which is Google, "will make available to Yahoo! Japan the following data and information as reasonably requested by Yahoo! Japan for purposes of implementing or improving Google's provision of the services or the operation of the Yahoo! Japan ad business."

Do you see that?

A    Yes.

Q    Let's look at A.  "The following data related to Search services, in addition to the data made available by Google via APIs and Google Search protocols."

Do you see that?

A    Yes.

Q    Now, Google provided this information from, I think, 2010 to 2018 via a data dump, correct?

A    Yes, a file transfer.

Q    And after 2018, the information was provided via an API, correct?

A    Yes.

At the time of the request, when they made the web search request, some of this information was transferred.

Q    And the API allowed that information to be exchanged in real-time, correct?

A    Yes, at the time of the request.

And then the information that was transmitted could be stored by Yahoo! Japan for the specific purposes that the two parties agreed to for what that data was supposed to be used for.

Q    Let's look at 2.9(a)(i).  It says, "A full set of DockIDs."

Do you see that?

A    Yes.

Q    And that relates to Google's web index, correct?

A    I believe so.

As I stated previously, I'm not an expert in Google's web index or our Search quality.

Q    The last -- staying in small (i) at the end, it says, "As well as a DockID to URL map."

Do you see that?

A    Yes.

Q    That was another piece of the data that was shared under 2.9, correct?

A    Correct.

Q    Let's go to (ii), "A database consisting of a set of Static Signals for each DockID."

Do you see that?

A    Yes.

Q    Sir, how do you define "Static Signals"?

A    I believe in this context, because it's capitalized, it's a defined term, so I would actually reference the contract itself for a definition instead of my own interpretation.

Q    Okay.  We can do that.

Actually, looking at the definitions, it doesn't define "Static Signals."

At least I'm looking at page 5 and 6.

Do you see a definition for "Static Signals"?

THE COURT:  I think it's contained in 2.9(a)(ii).

MR. DAHLQUIST:  Thank you, Your Honor.

THE WITNESS:  Yeah, it appears to be a very specific set of, what do I call, like, types of data?

BY MR. DAHLQUIST:

Q    Okay.

And it says that, "The Static Signals for each DockID are proceeded on a periodic basis."

Correct?

A    Correct.

Q    Moving down, it says, "Static Signal is any of the following specific attributes associated with a DockID."

And then it has a list, correct?

A    Correct.

Q    So for purposes of the agreement, you understand that "Static Signals" is defined as the items enumerated here in 2.9(a)(ii), correct?

A    Correct.

Q    And that included -- let's just talk about a couple.

Let's talk about (d), "a global popularity signal."

Do you see that?

A    Yes.

And as I stated before, I believe we are no longer sending that, because Yahoo! Japan does not have a need for

the specific purpose that they're using these signals.

Q   Because it received that information for over a decade, correct?

A   Again I go back to, I do not believe 2010 to 2018 is a decade.

Q   Okay.

For eight years?

A   Correct.

Q   It also -- Google also provided to Yahoo! Japan, look at (e), "Time that the URL was first seen."

Do you see that?

A   Yes.

Q   And (f), "Time that the URL was last crawled."

Do you see that?

A   Yes.

Q   And (g), "Spam score."

Do you see that?

A   Yes.

Q   And continuing on, the third-to-last line there says, "Delivery of the entire then-current database of Static Signals."

Do you see that provision?

A   Yes.

Q   And we're going through this because we're going to look next at the PFJ.

Let's look at the PFJ for a moment.

MR. DAHLQUIST:  Your Honor, may I approach?

THE COURT:  I've got a copy.

MR. DAHLQUIST:  Thank you.

BY MR. DAHLQUIST:

Q   And let's turn to page 15 of plaintiffs' proposed final judgment.

And you're familiar with this document, sir; you went through it with your counsel on your direct examination, correct?

A   Yes.

Q   So let's turn to page 15, and the heading is "Google Search Index"?

A   Yes.

Q   And here, we're going to see some of the exact same things that we just went through 2.9 on.  Let's just highlight a few.

Under (a)(i), "For each document in the Google Search Index, a unique identifier, DockID."

Correct?

A   Correct.

Q   That was something that was in 2.9, correct?

It's in front of you.

A   Yeah, I know.

As I stated before, the purpose and intent are

very different.

The two parties negotiated the specific usage that Yahoo! Japan could use with that, and the usage here is very different.

Q    And after receiving this information for over eight years, Yahoo! Japan didn't need it anymore, right?

A    We continue to send them DockID.

Q    Okay.

A    To the best of my knowledge.

Q    Let's look at in plaintiffs' proposed final judgment (a)(ii), "A DockID to URL map."

Do you see that?

A    Yes.

Q    Again, that's in 2.9 as well, correct?

A    Correct.

Q    Let's look in (a)(iii), "For each DockID, a set of Signals."

In here again we have an enumerated list with some of the same things, correct?

A    Yes.

But I'm going to have to say again, I am not a Search quality expert. I am not an expert in Google's Search signals. And at this point, for section iii especially, I have no specific knowledge, so I don't think I should confirm anything in this section.

Q    Okay.  Let's just read it together.

(a)(iii) says, "A, a popularity measure."

Correct?

A    That's what the words say.

Q    "C, a time that the URL was first seen."

Correct?

A    That is what is written.

Q    "E is a spam score"?

A    Yes.

Q    Let's go all the way down to the last line.

"For clarity, in each periodic update, Google will provide a full set of DockIDs and associated Signals for the entire then-current information of Google Search Index."

Do you see that?

A    Yeah.

You skipped a lot of other things that weren't in the --

Q    I did.

A    -- Yahoo! Japan agreement.

And then also another difference between the two is, the agreement between Yahoo! Japan and Google was for the Japanese language only.  I do not believe that this is for the Japanese language only.

THE COURT:  When you say "Japanese language only," you mean Japanese language search index?

3093

THE WITNESS:  That is my understanding, that the agreement between the two parties is Japanese websites, Japanese crawled websites.  It was not -- my understanding is it was not our entire global index but it was only the ones that would be returned from the Yahoo! Japan syndication service.

Q    Let's go back to the Yahoo! Japan agreement.

And let's say the final provision of 2.9(d) -- or, I'm sorry, 2.9(b) as in boy.  It says, "The data types listed in part 2 of Appendix 2 as data to be provided to Yahoo! Japan."

Do you see that?

A    Yes.

Q    Okay.

Let's then -- that is saying that additional data is provided as referenced in Appendix 2.

Let's go to Appendix 2.

Appendix 2 is page 34 of the agreement, and it is at the Bates stamp 749.

Are you at Appendix 2?

A    Yes.

Q    And Appendix 2 identifies, "Advertiser-related data that is shared between Google and Yahoo! Japan," under this agreement, correct?

A    Yes.

And my understanding, and I would say that this is Yahoo! Japan's advertiser data, this is not Google's advertiser data.

Q    And this is information that's exchanged between the parties, though, correct?

A    That is correct.

Q    Let's look at a few provisions.

One is Advertiser Data.  It says, "The minimum information required to run the Marketplace."

Do you see that?

A    Yes.

This is essential for Yahoo! Japan to send us this information such that we could provide them the technology services.

Q    And it includes information such as basic user ID information, advertiser setting information, billing data, correct?

A    Yes.

Q    Over on the next page, on page 35, it also includes keyword performance data, correct?

A    That is correct.

So in the Yahoo! Japan implementation, Google provides the reporting infrastructure such that Yahoo! Japan's interface with the advertiser can give the reports

to the advertiser.

Again, Yahoo! Japan has a relationship with their advertisers, and they provide the reports.  So we provide the underlying data to Yahoo! Japan.

THE COURT:  Yahoo! Japan provides the reports to the advertiser?

THE WITNESS:  Yes.

The Yahoo! Japan advertiser interacts with an advertiser portal maintained by Yahoo! Japan, and such that the reporting in that comes -- from the advertiser's perspective, it comes from Yahoo! Japan.

So Google provides the tables and data such that those reports will work correctly just so that the advertiser can see the same kind of campaign search performance as if they were using Google Search ads.

Q    And on page 35, it has another heading, II, "Advertising-related data to be provided under Section 2.9," which is what we were just looking at, correct?

I'm on page 35 --

A    I'm looking, yes.

Q    And it includes information such as ad serving logs, which include session data, correct?

A    I do not believe that this is information sent from Google to Yahoo! Japan.

Q    What do you believe this is?

A    I think this -- like, session data is something -- and browser information and keyword and source ID is Yahoo! Japan data sent to Google.

Q    So there's information flowing back and forth between the two parties, correct?

A    That is correct.

Q    Let's look at the Appendix 3, which is the next page, page 37 of the Yahoo! Japan agreement.

A    I'm there.

Q    In addition to the data-sharing provisions we talked about, Google provides a variety of Search features to Yahoo! Japan as part of its syndication agreement, correct?

A    That is correct.

Q    And you talked with your counsel yesterday about some features that might be difficult to launch on google.com and then also with syndication partners.

Do you recall some of that testimony?

A    Yes, I do.

Q    And here it says that, "Search features which are readily available on launch."

Do you see that?

A    Yes.

Q    And it lists a -- it lists two pages of various search features that are immediately available under the

agreement, correct?

A    Yes.

Q    And one of them you spent a while with your counsel with yesterday was of cache pages.

Do you recall that?

A    I remember it.

I don't remember the details of that conversation, but, yes, I do remember.

Q    And that's the first feature here, "Cache Pages."

It's a search feature.

"The ability to obtain Google's cache copy of a page as defined in the web search protocol in Appendix X as illustrated in Exhibit P."

Do you see that?

A    I'll be brief.

There's a slight difference between the discussion of cached results and a cached page.

Just for clarity, this is not a cache of the web results, this is a cache of the -- of the Google crawl of that page such that if that web server is down right now, the user can still retrieve a copy of that page.

So if it's in the web results but let's say the website which is completely independent of Google or Yahoo! Japan is down, the user would click on it and nothing would happen.

3098

So the cache result was a feature on google.com in 2010 so that you could still see a copy of the page from Google's index or doing Google's crawl.

Q    Let's turn the page, on page 38, heading B.

"Search features which require engineering effort on the part of Google before they can be made available to Yahoo! Japan."

Do you see that?

A    Yes.

Q    This is another page and a half, two-page list of additional search features that Google would make available to Yahoo! Japan but required a bit more effort, correct?

A    My understanding is this is part of the negotiations in 2009 and 2010, and this was, you know, signifying what was available right at launch versus things that Yahoo! Japan -- Google would deliver.

This was before my time working on it, but, yes, we work on features for Yahoo! Japan.

Q    And you agree that the data that's exchanged with syndication partners such as Yahoo! Japan is sensitive, sensitive information, correct?

A    The information that Google shares with Yahoo! Japan is sensitive.  It is a negotiated contract between Google and Yahoo! Japan with a lot of provisions to protect Google's interests.

Q    And you believe that Google and Yahoo! Japan were able to protect those interests during the whole life of the contract, continuing today, correct?

A    Only as a result of a close partnership with close communication, with two willing parties, it requires significant, what I would say, like, mutual understanding and negotiation.

There has been -- "disputes" is too strong of a word -- concerns for both sides, which we've had to work through.

And, again, this is -- these are two mutually agreeable parties working together to a partnership. I think that's a very important distinction between the proposal.

Q    And you view this data exchange -- and let me start over.

You do not believe this data exchange involved any privacy concerns, correct?

A    I'm sorry, could you clarify your question.

Q    I can.

You would not characterize any of your concerns about this data exchange as privacy concerns, correct?

A    No.

Q    No, you would not characterize them as privacy concerns or yes, you would?

A    I would say there are privacy concerns with this data exchange.

Q    Okay.

THE COURT:  I'm sorry, say that last part again.

THE WITNESS:  There are privacy concerns with this data exchange.

BY MR. DAHLQUIST:

Q    You view this data exchange as Google research and development, correct?

A    No, I would not say that.

Q    Okay.

Sir, do you have your deposition in front of you still?

A    Yes.  Sure.

Q    If you can please turn to page 54 of your deposition.

And this is still your 30(b)(1) deposition.

A    54?

Q    Correct.

A    Okay.

I'm there.

Q    Looking at your deposition, page 54, line 3:

"Question:  Were there any particular privacy concerns implicated by the provision, providing that Google would share the information in Section 2.99?

"Answer:  I would not characterize the concerns as privacy.

"I was also not an employee at Google when this contract was negotiated.  I -- if you mean by 'privacy,' you mean this was Google's data being shared?

"Question:  Uh-huh.

"Answer:  Yeah, I think of privacy more as user privacy.

"These are publicly available websites, so I don't think of that as a privacy thing.

"I think this is Google research and development, and, you know what -- what information as part of a service do we share that -- that I wouldn't call privacy, but I think it's obviously very sensitive.

"And, yes, it's -- I don't know what about the specifics in Yahoo! Japan, but in other deals, it's something we always look at very carefully."

Were you asked those questions and did you give that answer?

MS. CONNOR:  Your Honor, objection.

This has happened several times, yesterday and now again more egregiously today.

He's asking the witness different questions than the questions that were asked in the depositions, and they're meaningfully different.

The questions he's asking the witness are much broader, and the questions in the deposition are much more specific.

THE WITNESS:  I also said --

THE COURT:  Well, hang on.

THE WITNESS:  I'm sorry.

THE COURT:  Look, I think ultimately the question of whether this impeachment is -- is up to me.

But I actually didn't follow the page; I thought that was going to be the issue.

What page were you on?

MR. DAHLQUIST:  Oh, I'm sorry, Your Honor.

Page 54, 54-3.

And we're in the 30(b).

MS. CONNOR:  It's in the 30(b)(6).

THE COURT:  Ah, that's where I was confused.

THE WITNESS:  I was also lost too.

THE COURT:  All right.  Why don't we reset.

MR. DAHLQUIST:  We will reset.  We will reset.

THE COURT:  Because I was in the 30(b)(1), and I think the witness was as well.

MR. DAHLQUIST:  So let's go back to the 30(b)(6) deposition.

THE COURT:  Why don't you, if you would, Mr. Dahlquist, start with the question that preceded the

3103

desire to use the deposition.

MR. DAHLQUIST:  Certainly, Your Honor.

THE COURT:  So, Mr. Adkins, if you would -- before you continue to look at that, if you could just listen to Mr. Dahlquist and the question he's about to ask.

BY MR. DAHLQUIST:

Q    So we started by talking this data under Section 2.9, and you agreed that it was sensitive data, correct?

A    I believe so, yes.

Q    And I asked you the question, if you believe any privacy concerns were implicated, and I believe your answer today was "yes," you did believe that?

A    The data in 2.9 has privacy considerations, yes.

Q    And I asked if you viewed this data exchange as Google research and development?

A    Yeah.  I think it contains a derivative of Google research development, is the words I would use.

Q    And do you recall describing in your deposition that this data exchange did not involve privacy concerns?

A    Well, that's the clarification, is I want to make sure the data we're talking about is the same.

So could we look at the question that I was asked?

Q    Certainly.

A    Because I didn't know if it was for 2.9.

Q    Certainly.

So let's look at of your 30(b)(6) deposition, page 54, line 3.

"Question:  Were there any particular privacy concerns implicated by the provision, providing that Google would share the information in Section 2.9?

"Answer:  I would not characterize the concerns as privacy."

And I'll pause there; you can read the rest.

A    I see.

I think I was trying to clarify between --

Q    Can I just -- you were asked that question and you gave that answer, yes?

A    Oh.

Yes, I gave that answer.

Q    Now, if there's more information you would like to share --

A    Yeah.

Q    -- let's do so briefly --

A    Yes.

Q    -- and your counsel can certainly get up and ask you more questions.

A    Sure.

The only thing I would add is just I think I was trying to clarify the difference between what I would

consider as user privacy concerns and Google's kind of intellectual property or trade secrets.  That's the only kind of color commentary.

It's been a few months, as I think my answer was kind of something about, I don't know if I would call it "privacy" versus some other term to say Google's sensitive data.

Q    Okay.

You have done negotiations with potential syndication partners who believe that Google's standards were not -- privacy standards were not high enough, correct?

A    Could you rephrase -- re-state the question.

Q    Certainly.

You have negotiated with potential syndication partners who believe that Google's privacy standards were not high enough?

A    Possibly.

I can't recall at this time.

Q    Let me give you some examples.

Do you recall a negotiation with Snapchat?

A    Yes.

Q    And Snapchat said you didn't reach a syndication agreement because your Google's privacy standards were not good enough for their private data, correct?

A    I believe that would be correct, yes.

Q     You also had a negotiation with Startpage.

Do you recall that?

A     Yes.

Q     And you actually entered into an agreement with Startpage?

A     I'm sorry, I wasn't finished.

Q     I'm sorry.

A     I was not involved in the initial negotiation and implementation of Startpage, but I am familiar with the Startpage implementation, yeah.

Q     And Google had to construct a custom platform to have its syndication agreement with Startpage, correct?

A     I would use the words, we did a specific implementation with Startpage to meet their requirements for privacy, actually.

Q     Because Startpage had higher requirements than what Google was proposing, correct?

A     Startpage, in the course of the negotiation, again, this is before my time, had a request to have a different implementation to meet their standards that was not met by the product at that time, and as part of that notion, we agreed to implement something that was mutually agreeable to both of the parties.

Q     Let's look at one more provision of 2.9 -- or I'm sorry, of the Yahoo! Japan agreement.

Are you familiar with the term "machine-generated queries"?

And this is 2.7C.

A    At what?

Q    I'll give you a page number.

A    Thank you.

Q    Yeah.  Let me find it as well.

2.7C is on page 8 of the Yahoo! Japan agreement, Bates stamp ending 723.

And we're going to look at 2.7C, which is about three-quarters of the way down the page.

A    Yes, I see that.

I'm familiar with this.

Q    So, sir, you're familiar with the term "machine-generated queries"?

A    Yes.

Q    And are those sometimes called "synthetic queries"?

A    Yes, I would agree.

Q    And the Yahoo! Japan agreement provides or permits Yahoo! Japan to send synthetic queries to Google, correct?

A    For a very specific purpose, yes.

Q    Let's look at that purpose.

So 2.7C says, "In order to assist Yahoo! Japan in its own search quality initiatives, Google will permit

Yahoo! Japan to submit machine-generated queries in order to scrape the section of Google's Japanese sites which provide web search services," and it continues.

Do you see that?

A     Yes.

THE COURT:  Can I ask, this deal with Yahoo! Japan, does Google act as a primary supplier of search results or is it a backup provider of such results?

THE WITNESS:  My understanding is -- it might be exclusive.

Again, I'm not 100 percent familiar with the contract.

For web search results, we are the primary provider and for other certain elements; however, Yahoo! Japan builds their own features; Yahoo! shopping is an example, they have their own Yahoo! shopping implementation and news; and they also sometimes work with third parties on other features.

So for core web search results or 10 Blue Links they use Google but they are free to make their search engine better through other means.

THE COURT:  Thank you.

BY MR. DAHLQUIST:

Q     And you would agree, sir, that the goal of the machine-generated queries is to assist Yahoo! Japan in its

own search quality initiatives, correct?

A    In its own evaluation of the results on their branded property.

So the purpose here, just to give a little more color is --

Q    Sir, I'm trying to get through the exam --

A    Okay.

Q    -- I'm certain that your counsel can ask you that question.

A    Sure.

Q    Now that you've flagged it, I'm sure she will.

Okay.

The agreement also permits -- let's go to the last line.

Oh, I'm sorry.

In the middle, it says, "The maximum number of queries per second for such scraping will be agreed to between the parties -- agreed between the parties."

Do you see that?

A    Yes.

And it's a very low number.

Q    Do you recall, what is the number today?

A    I believe it's in the thousands or tens of thousands per day.

3110

Q    And at the very last line, it says, "In addition, Google recognizes that Yahoo! Japan may store user queries and associated clicks on search result pages to assist in its search quality initiatives."

Do you see that?

A    That's correct.

It is for a single purpose.

And it's not for purposes to build their own search engine or do other things.  It's for one purpose.

Q    Under the terms of the Yahoo! Japan agreement, Google permitted Yahoo! Japan to store user queries and associated clicks, correct?

A    For a single purpose, correct.

Q    Mr. Adkins, you would agree that today, Google is engaged in discussions with potential syndication partners about syndicating its Gemini products, correct?

A    I am not familiar and I am not an expert in the Gemini API or services.

Q    Okay.

But you are aware that today, the Gemini Vertex team is having discussions with Yahoo! Japan about using Gemini in Yahoo! Japan agreement, correct?

A    I am only tangentially -- roughly aware.

I'm aware of those discussions, and that is all I really know.

MR. DAHLQUIST:  If I may have a moment, Your Honor?

BY MR. DAHLQUIST:

Q   Sir, I believe you're also aware that Google syndicates portions of the knowledge panel to Yahoo! Japan pursuant to its agreement as well, correct?

A   That's correct.

MR. DAHLQUIST:  No further questions, Your Honor.

THE COURT:  All right.

Ms. Connor, redirect.

MS. CONNOR:  Yes, Your Honor.

- - -

REDIRECT EXAMINATION

BY MS. CONNOR:

Q   Mr. Adkins, I'd like to start with, I believe one of the last sections we were looking at in the Yahoo! Japan agreement, which was Section 2.7C --

A   I'm there.

Q   -- with respect to the machine-generated queries.

I'll blow that up.

What is the purpose for which Google provides these -- the results in response to machine-generated queries to Yahoo! Japan?

A   So my understanding is Yahoo! Japan, it's their website, their brand, and it's also their responsibility to

comply with local Japanese law, and so they needed the ability to be able to make their own independent assessment of specific -- the search results in response to a query.

So, for example, like a sensitive thing like a query that may or may not return pornographic websites is something Yahoo! Japan cares a lot about and there's laws that govern that in Japan and they wanted to make sure that they had their own assessment, and sometimes they give us feedback to say, We believe this website was not correctly classified as an adult website.

And so that is the sole purpose for this information, is for them to get in -- and they are also experts in the Japanese language, so they can give us specific feedback where they believe our results could be improved.

Q    And does the contract contain restrictions on how Yahoo! Japan may use this information?

A    Yes, I believe so.

Q    So I would like to walk through several of those.

Can you turn to the page that ends 723, Section 2.7B?

A    Yes, I'm there.

THE COURT:  I'm sorry, what was the section again, Ms. Connor.

MS. CONNOR:  2.7B.

THE COURT:  Okay.

BY MS. CONNOR:

Q     All right.

And I believe this was the provision that counsel for plaintiffs asked you about regarding the caching of search results.

A     That's correct.

Q     And can you look at 2.7Biv.

A     Yes.

Q     That provision states, "Yahoo! Japan will not use such cache search results to build its own search index or any substitute versions of the search services, nor to carry out any form of reverse engineering in contravention of Section 9.4."

What is your understanding of that provision?

A     My understanding is that Yahoo! Japan can cache the results for one purpose only, which is to reduce the latency, and that they cannot use this information in any way to build their own search engine or use it at all for them to reverse engineer our technology or anything like that.

Q     So next I'd like to turn to the provision referenced there, Section 9.4, please.

That's the page ending at 734.

A     Okay.

Q    And beginning with (a).

A    Okay.

Q    And does this provide that it is Google who owns the information that they provide to Yahoo! Japan, including the search results?

A    Yes, that's correct.  The --

Q    And -- I didn't mean to interrupt you.  Go ahead.

A    That's correct, yeah, all of the information that we provide.

Q    And let's go to 9.4b, please.

A    Okay.

Q    This provides, "Yahoo! Japan will not decompile, reverse engineer, disassemble, or attempt to derive source code from any Google materials."

Can you explain the purpose of this provision.

A    Yes.

It is my understanding that Google has agreed to be a service provider to Yahoo! Japan so that they can provide the search results.

The intent of this agreement is not to allow them to use our data to build their own search engine or any types of services like that, and these are protections to protect our trade secrets.

Q    And then with respect to the information --

the index provision that counsel asked you about, you noted

that it had been amended, correct?

A    That is correct.

Q    I'd like to show you RDX403.

MS. CONNOR:  Which has been admitted, Your Honor.

THE COURT:  Thank you.

MS. CONNOR:  This is mostly in Japanese.

There are English words that kind of point us where we need to go, but we've also prepared a translation which we've marked RDX403A.

BY MS. CONNOR:

Q    Is this the amendment you were referring to?

A    Yes, it is.

Q    And can you, before explaining the difference in these sort of specific fields of information that are now available, can you first explain what changed with respect to how the information was provided.

A    Okay.

So in the original agreement, there was a file transfer done on a weekly basis that contained the index information.

The operation of that was difficult.  And so Google approached Yahoo! Japan and said, Can we change the implementation such that Yahoo! Japan's goals are still met but the operational complexity is less for Google?  And we agreed to that.

3116

And then this amendment reflects the change in that implementation as well as the change in the information we provide them, because, again, we decided we would want to send them only the information necessary to do the services that Yahoo! Japan wanted and not extraneous information.

Q    And so, again, before getting into the fields, what is the difference in what information is provided now versus in 2010?

A    So currently when they make a web search request, we return these additional fields that Yahoo! Japan and Google have agreed to in the web search results itself. So for each site, it will return the language, the adult content identifier, the spam score, and I don't believe there's anything else.

Q    And so that information is returned specific to the particular web results that Google is returning, not this information for all of the Japanese index documents in the index, correct?

A    That is correct.

It's based on the web results from the users searching, or potentially from the synthetic queries that again Yahoo! Japan is allowed to use in this limited fashion.

Q    So let's turn then to the specific fields.

And are the three fields identified here the

3117

fields that Google currently provides?

A    To the best of my knowledge, yes.

Q    Does Google currently provide the other fields that were identified in the contract provision that counsel for plaintiffs walked through?

A    I believe in 2.9, no, we do not -- we do not transmit those additional fields that were in 2.9.

Q    And you mentioned the purpose for which Yahoo! Japan needs this information.  What is your understanding of what that purpose is?

A    As I stated previously, Yahoo! Japan would like to, and it's reasonable for them to, evaluate the results in the Japanese language.

And for things like spam, they don't want their users going to sites that are very spammy or adult when it wasn't the correct -- what the user was looking for.

So to assist them to do their own independent evaluation and to give Google feedback, these provisions are there for that purpose.

Q    So I'd like to turn now to another section of the Yahoo! Japan agreement that counsel for plaintiffs asked you about, Section 5.1a, please.

And I believe you were asked questions about what search features that Google would -- that Google agreed to provide to Yahoo! Japan.  Do you recall those questions?

3118

A    Yes, I do.

Q    And are there exceptions to the requirements around what features Google is to provide to Yahoo! Japan?

A    Yes.

Q    And can you identify the provision that lists those exceptions.

And I believe -- and let me just -- there's a lot of text here --

A    Yeah.

Q    -- so if you can look to 5.1b, please.

A    Yeah, that's what I was looking for.

Yes, thank you.

Sorry.  I was looking in "a."

Q    That was my mistake.

A    In 5.1b, one -- romanette i, ii, iii, iv, v, and vi are all exceptions to our agreement to provide similar features.

Q    And can we just walk through those.  You don't have to read the -- please read to yourself the provisions, but then let's just go through each and sort of give the high level of the types of exceptions that there are.

A    Sure.

Q    Starting with 5.1(b)(i).

A    So the first one is about private data gathered on Google properties about the user, and so personalization

type services would -- this would apply to, such that, you know, we wouldn't want any kind of privacy concerns from users who use Google who also use Yahoo! Japan.

So there's a broad exception for anything that would be a privacy concern between Google and the -- specifically, the users' data between Google and Yahoo! Japan.

Q    And 5.1(b)(ii), can you explain, again, at a high level, that exception?

A    So this one is substantial because we have a team that does work on the implementation of these features.

But at any time that it becomes prohibitive for us to build a similar feature for Yahoo! Japan, we can use this exception.

And we have in the past discussed with Yahoo! Japan difficulty in implementation such that we actually changed prioritization -- you know, we work when Yahoo! Japan in a mutually agreeable way to -- what is to the benefit of Yahoo! Japan.  So sometimes we do not provide all the features because of the engineering cost and complexity.

Q    And turning to 5.1(b)(iii), can you again explain at a high level this exception.

A    Yes.

So this one is things where, again, there's extraordinary value to Google and the -- the syndication of

the feature itself would expose that in a way that is a risk to Google, and so we do have an exception for things that would give out our trade secrets of -- that are very valuable.

Q    Turning to 5.1(b)(iv), can you explain that exception.

A    I believe this is an exception for any data that Google collects, maybe through agreements, through data agreements.

It means that Google does not have to get a sub-syndication agreement to then sub-syndicate to Yahoo! Japan.

So anything where we're using third-party data on google.com, features that use that are -- not necessarily have to -- we don't have to provide the same to Yahoo! Japan.

For example, movie reviews would be an example of that.

Q    Turning to 5.1(b)(v), can you explain that exception.

A    Again, this is scoped to -- what I was saying before.

My understanding of this contract and the implementation is it's scoped to the Japanese language. So if we do not have a feature launched in the Japanese

3121

language, we are not under an obligation to provide it to Yahoo! Japan.

Q    And then lastly, turning to 5.1(b)(vi), can you explain that exception.

A    Yes.

So the -- my understanding of the negotiation was this deal was scoped to the information that Google collects only from its crawl, and there are other sources of information that Google collects through other services.

Also, any manually curated information that Google has, other sources, feeds from different providers all are out of scope.  So features that rely on these other data sources are not in scope for this agreement.

Q    I'd like to turn to -- you can take that down.

I'd like to turn to -- returning to the questions around advertiser data and user data.

First, does Google provide Yahoo! Japan any of Google's internal metrics on ads quality or ads ranking?

A    No, I do not believe so.

Q    And with respect to the questions regarding advertiser data, the advertiser data that's at issue in the Yahoo! Japan arrangement is Yahoo! Japan's advertiser data, correct?

A    That is correct.

The advertisers are sold to, supported by Yahoo!

Japan.  It is Yahoo! Japan's ad policies that are applied. It is -- these are not Google Ads or Google advertisers.

Q    And with respect to the user data, questions around user privacy and user data, whose users are the users at issue -- or let me ask it differently.

Are they Google users or Yahoo! Japan users?

A    Yahoo! Japan users.

Q    So nothing about the provision -- does anything about the provisions that you were asked about pertain to privacy with respect to Google's users or privacy and confidentiality with respect to Google's advertisers?

A    No.

And, in fact, one of the provisions we previously reviewed specifically stated that anything that would be sensitive to Google user data is exempted.

Q    And you were also asked questions about potential syndication arrangements with Snapchat and smart page --

A    Startpage.

Q    Startpage?

A    Correct.

Q    And you were asked specifically questions about Google's privacy requirements.

And my question for you is, whose user data was at issue with respect to those negotiations between Google and its syndication partners?

A    Snap's user data and Startpage's user data.

Q    They wanted to take measures to ensure -- well, the changes they were asking Google to make was with respect to their transmission of user data to Google?

A    That's correct.

In Startpage's case, it was the -- the data associated with the query, some protections there.

With Snapchat, it was specifically a very specific contractual language issue.

Q    Does Google provide its Google user data to any syndication partner?

A    No, I'm not aware of any such thing.

Q    And I'd like to ask you -- return to questions you were asked yesterday about your first deposition, the 30(b)(1) deposition.

A    Okay.

Q    We're going to go to page 56.

A    30(b)(1), page 56?

Q    And I know that's a miniscript.  I have a bigger version that I am myself using.

Can you read it okay?

A    I can read this okay.

Q    So when counsel used this portion of your transcript with you, he first asked you whether you were aware of any efforts to price your syndication services

based on the incremental cost of a query.

You answered that you were aware, and you do look at costs.

He then showed you this specific question at lines 20 through 22 of your deposition.  And if you can read that to yourself.

Is the question you're asked here a question with respect to what you -- how Google generally does with respect to pricing of syndication or about potential future pricing of an un-launched product?

A    I believe this was in reference to the potential future pricing of an un-launched product.

Q    And that was the context for your response that -- as to whether there had yet been efforts to do incremental cost pricing, right?

A    That is correct.

That is my understanding.

Q    And then the very next question, beginning at line 25 of page 56, you were asked, "To your knowledge, are there costs associated with providing web search syndication products that are additional to those incurred in providing search results on google.com?"

Do you see that question?

A    Yes, I do.

MR. DAHLQUIST:  Your Honor, just an objection to her reading from the deposition.

I mean, I think she can ask the question, but if we're going to do that, let's start all the way back on page 55 because this is a whole long discussion.

THE COURT:  How far do you intend to go, Ms. Connor, with the --

MS. CONNOR:  I can just ask one follow-up, Your Honor.

It's unfortunate, but it is giving -- there are important differences here, and the impressions given yesterday were quite misleading because we were glossing over the specifics of the questions that were actually asked.

MR. DAHLQUIST:  Your Honor, we are happy to designate pages 54, 55, 56, 57, 58, he doesn't give short answers, so all the way to 59, 60, whatever she'd like to designate anywhere, we're happy to designate those as the complete answer.

MS. CONNOR:  That would be acceptable, Your Honor.

THE COURT:  All right.

Let's go ahead and just do that, and the parties can confer about that and then provide whatever designation they think is appropriate.

3126

MS. CONNOR:  Give me one moment.  I think I'm finished, but let me just check.

Mr. Adkins, no further questions.  Thank you so much.

THE WITNESS:  Thank you.

THE COURT:  All right.  Thank you.

Mr. Adkins, thank you for your time and testimony, and safe travels home.  Thanks so much.

(Pause)

MR. SCHMIDTLEIN:  Thank you, Your Honor.

For our next witness, Google is going to call Eric Muhlheim from Mozilla.

(Witness is placed under oath.)

THE COURT:  All right, Mr. Muhlheim, welcome.

THE WITNESS:  Thank you, Your Honor.

MR. SAFTY:  Good morning, Your Honor.

Graham Safty of Williams & Connolly on behalf of Google.

THE COURT:  Mr. Safty, good morning.

- - -

ERIC MUHLHEIM, WITNESS FOR THE DEFENDANT, SWORN

DIRECT EXAMINATION

BY MR. SAFTY:

Q     Good morning to you, Mr. Muhlheim.  It's nice to meet you, and thank you for being here today.

A     Thank you.

Good morning.

Q     Could you please start by stating and spelling your name for the Court.

A     Yes.

My name is Eric Muhlheim.  That is Eric with a C, and the last name is spelled M-u-h-l-h-e-i-m.

Q     And who is your employer today?

A     I work for the Mozilla Corporation.

Q     When did you join the Mozilla Corporation?

A     In November of 2021.

Q     And what is your job title?

A     I'm the chief financial officer.

Q     Could you briefly summarize for the Court your educational background after high school.

A     Yes.

I went to Princeton University and got a BA in mathematics.

And then after that, I went to the Stanford

Graduate School of Business and got an MBA.

Q    And could you please briefly describe your professional career prior to joining Mozilla.

A    Yes.

After undergrad, I worked at Morgan and Stanley in the mergers and acquisitions and corporate finance departments for three years.

After business school, I went to work for the Walt Disney Company for 16 years; first 8 of that was in the corporate strategy department, and the second half was in various roles in our consumer products division.

After that, I went to work in various CFO roles, starting with Altius Education, an educational technology company, in 2013.  That was -- a successor company to that was Helix Education, where I was also CFO.

After that, I worked for OpenX Technologies, a sell-side programmatic advertising platform from 1996 -- I'm sorry, 2016 to 2018.

From 2018 to 2020, I was the chief financial officer of BuzzFeed.

And then after that, it was Mozilla.

Q    Let's talk a little bit more about Mozilla.

Who owns the Mozilla Corporation?

A    We are a wholly-owned subsidiary of the Mozilla Foundation, which is a 501(c)(3) nonprofit that's dedicated

to the health of the Internet.

Q    And how many employees does Mozilla currently have?

A    About 960.

Q    How would you describe your responsibilities as the CFO of Mozilla?

A    As the CFO, I'm responsible for overall financial planning, the financial planning analysis department, corporate accounting and controllership, as well as corporate development.

Until recently, I also oversaw the business development group as well.

Q    And how would you describe the role that the Firefox browser plays with respect to Mozilla's overall business operations?

A    Firefox is really the most important product in our portfolio, it represents about 90 percent of our overall revenue, and it is really the basis of the business and the source of strength for us.

Q    Do you know approximately how many Americans use the Firefox browser?

A    We look at it on the basis of daily average users.

And we have daily average users of about 15 to 20 million in the U.S., and, you know, that represents more people because not everybody is using the application every

3130

day.

Q    Are you familiar with the concept of a default search engine in Firefox?

A    Yes, I am.

Q    Do you know why Firefox has a default search engine?

A    We have a default search engine because the principal use of a browser is for people to travel or surf the Internet.  And one of the main use cases of that is to search for things on the Internet, so we need Firefox to be able to enable that search behavior in the most efficient and effective way possible.

We actually don't have our own operating system, our own devices that we can bundle Firefox with, so we need to make sure that Firefox is as useful directly out of the box for everybody when they get it.  And one of the ways we do that is by enabling a default search engine so people can engage in their desired behavior immediately.

Q    Now, the Court heard testimony during the liability trial in this case in 2023 about the sponsorship agreement pursuant to which Mozilla sets Google as the default in Firefox and receives revenue-share payments from Google.

Are you familiar with that agreement?

A    Yes, I am.

3131

Q    To your knowledge, why has Mozilla agreed to set Google as the default search engine in Firefox?

A    Because our experience and based upon research, Google is the preferred search engine of our users, and so that's the right search engine from a consumer experience perspective for us to make the default.

Q    How does Mozilla use the revenue it receives from Google pursuant to the sponsorship agreement?

A    We use it in a lot of ways.

First of all, we use it internal to Mozilla to engage in a number of different things, revenue diversification.

We are investing in growing our display advertising business inside the browser.  We're also engaging in developing new products and trying to diversify our revenue through new products, such as Mozilla Monitor, Mozilla Relay, Mozilla VPN.

We recently purchased a company called Anonym, which is building privacy preserving advertising technologies for use not only inside the browser but outside the browser as well.

The money also goes to fund the foundation and the foundation's work, and the foundation's impact work encompasses a great number of things.  There's a common voice which is a database of different dialects that make

3132

AI voice agents eventually more useful and more accessible to people all over the world.

There's the various studies that they've done, such as YouTube Regrets, about the Effects of Algorithms.

There's the Privacy Not Included.

And there's work they have done to research the ways in which people's data are being used by car manufacturers, which might not be to the benefit of consumers, or the way the FASFA data is being leaked and sold to people.

It's also used to fund other activities that the Mozilla Foundation is founding, such as Mozilla Ventures, which is a company that is investing in small companies that have business plans and philosophies that are aligned with the Mozilla manifesto, with Mozilla AI, which is a company that's creating developer tools that will make LLMs and AI in general more accessible to small developers and broaden its responsible use over the Internet.  So a lot of things.

Q    Are you familiar with the Gecko browser engine?

A    The Gecko browser engine is at the heart of Firefox.

Q    Could you provide the Court with an overview of Mozilla's investments in developing and maintaining the Gecko browser engine.

A     Yeah.

As context, the Gecko browser engine is the only -- it's the only browser engine that is held not by big tech but by a nonprofit.

Right now, there are three browser engines that power basically all the scaled browsers that are on the Internet.  That's Chromium, which Google owns, WebKit, which Apple owns, and then Gecko.

Gecko is really the reason why we existed in the first place, because there was a concern back in the last millennium that big tech, Microsoft in particular, would control all of the protocols by which people would be able to browse the Internet.

Gecko is really founded as an open-source alternative that -- to make sure that there would be interoperability between different web browsers and interoperability broadly across the web so that it really wouldn't be owned by one company.

And that's really the raison d'etre, if you will, of Mozilla in the first place.

Q     Approximately how much revenue did Mozilla earn last year?

A     About $570 million.

Q     And approximately what percentage of that revenue came from the sponsorship agreement with Google that we

discussed a moment ago?

A     About 85 percent of our revenue.

Q     Which country contributes the largest share of Mozilla's revenue?

A     The U.S. is the biggest portion of that.

Q     Do you believe, as the CFO of Mozilla, that Firefox users benefit from Mozilla having the option to enter an agreement where Mozilla sets Google as the default search engine in exchange for revenue-share payments?

A     I believe that it's incredibly valuable for our users to have that choice.

Q     Have you considered what effect it would have on Mozilla if Mozilla could no longer receive revenue-share payments or other consideration from Google for setting Google Search as the default in Firefox in the United States?

A     Yes.

We've spent an awful lot of time looking at that, because it's a major issue.

Q     Over the last year or so -- strike that.

Could you briefly describe for us your conclusions as to what effect it would have on Mozilla if the company could no longer receive revenue-share payments or other consideration from Google for setting Google Search as the default in Firefox in the U.S.

A   If we no longer receive that revenue, then we would have to find some other way to get revenue from that search traffic that's being enabled by our browser in order to fund our activities.

We think that the revenue in the U.S. would drop precipitously if we had to go to another provider because there isn't another provider that can provide the compensation for that traffic that we have.

And as a result of that, the ensuing hole in our revenue would have to be overcome by pretty significant cost cuts across the business in revenue diversification efforts and investment efforts for the benefit of the Internet overall.

And then in decreasing the amount of investment we can make in product engineering for Firefox itself, which we believe would make Firefox itself much less competitive and potentially start a downward spiral of usage as people defected from our browser, which, you know, could at the end of the day put Firefox out of business.

Q   Over the last year so, has Mozilla engaged in conversations with any other company about setting its search engine as the default in Firefox in place of Google?

A   We have looked for alternatives, yes, and we've talked with parties.

Q   Can you identify those parties for us.

3136

A    We've talked with Microsoft obviously, which owns Bing, which is the only other scaled search engine.

THE COURT:  I'm sorry, was there a time frame on those discussions?  Did you say within the last year or at all?

THE WITNESS:  Within the last year.

THE COURT:  Within the last year.

THE WITNESS:  I mean, we're constantly talking to them, but we have talked to them in the last year about the default.

THE COURT:  Okay.  Thank you.

BY MR. SAFTY:

Q    If Google were prohibited from paying Mozilla to be the default in Firefox, why couldn't Mozilla replace the revenue it generates from its Google deal by entering a contract with Microsoft to set Bing as the default?

A    Well, for a lot of reasons.

Even under the contract that we have right now, based on the characteristics of Bing as a search engine, it would not monetize that traffic as effectively as Google monetizes that traffic.

And on top of that, we believe that the competitive dynamics of the conversation between us and Microsoft, if there were not a real alternative for us other than them, would lead to some aspect of the deal degrading

over time.

THE COURT:  What do you mean by that?

THE WITNESS:  I mean that there is a revenue share that we get from Microsoft, and if there is no alternative party to bid for that traffic, we assume that that revenue share would start to decrease over time.

MR. SAFTY:  May I approach, Your Honor?

Now, Mr. Muhlheim, I've handed you a document that was produced by Mozilla in this case that we've marked RDX340.

And, Your Honor, RDX340 was on the list of exhibits that Google admitted in bulk earlier this week.  It was subject to a standing hearsay objection, I don't believe there's any basis for that objection, so I'll count on plaintiffs' counsel to stand up if they think that there is any portion of this document that we're using today that contains hearsay.

BY MR. SAFTY:

Q    Mr. Muhlheim, do you recognize RDX340?

A    Yes, I do.

Q    Can you explain to the Court what this document is.

A    This is an analysis that was prepared for management and the Board to try to determine what would happen to Mozilla were the full suite of remedies that we

3138

understand to take place were enacted, causing a large revenue gap for Mozilla; and what we could expect in terms of recouping that revenue through another default deal and what cost cuts we would have to make in order to balance out the losses that we would realize.

Q    And what involvement, if any, did you have in the analyses that are described in this document?

A    I was the executive sponsor of the project for the company, which meant that I generally oversaw the team that was putting it together.

Q    On the first page, which we have up here on the screen, I see it says "December 2024."

Do you know approximately how long you and your colleagues at Mozilla worked on preparing the analyses in this document?

A    Approximately five months.

Q    Let's take a look at the second page.

It's titled "Executive Summary Redwood Analyses."

And I'll caution you, Mr. Muhlheim.  In your copy, there are numbers and other information in blue boxes, and that's information Mozilla wants to keep confidential, so please don't say those numbers out loud.  Understood?

A    Understood.

Q    Could you describe for the Court your understanding of the bottom line conclusion of the Redwood

3139

analyses described in this document.

A    So the bottom line conclusion is that the search revenue that we would lose could not be fully recouped by an alternative search deal, and as a result, we would have to make very substantial cost cuts across the company.

And the -- I would caution that even the revenue reduction that I see here is something that we feel is a conservative estimate of the amount of revenue that we would lose based on some sensitivity analyses that are further in the document.

Q    And I would like to ask you a little bit more detail about how those conclusions were reached.

The first bullet point that we see on page 2 begins, "Analysis based upon the Waldo study."

Are you familiar with the Waldo study?

A    Yes, I am.

Q    And what is the Waldo study?

A    The Waldo study was a study that was done between -- it was a one-year study between 2021 and 2022 that experimentally looked at what the impact to search behavior and monetization characteristics would be of a population of people who had the Google search engine set as their default if we were to move them quietly to have the Bing search engine as their default.

And so we watched what happened to that group

3140

immediately and over time to understand how those people behaved and monetized compared to when that group was on Google.

Q   And what is the relationship between the Waldo study that Mozilla previously performed and the Redwood analyses described in this exhibit that were performed more recently by Mozilla?

A   This is the best experimental data that we have to really project what would happen if we were to move the entire population of users that have their Google set as their search default over to Bing.  There really is not another measurement we have of that.  There are some past experiences that we have of that, but no experimental measurement.  This is the best one that exists.

Q   Let's turn to page 5 of the document.

And, again, I'll caution you that these numbers are sensitive, and, therefore, redacted.  So we won't say any of the numbers out loud but I'll ask you a few questions about some of the surrounding material.

Could you describe how this table on page 5 relates to the conclusions reached in the Redwood analyses that you were discussing a moment ago?

A   Yes, I would.

It's helpful to look at the blue columns first. The blue columns are what we consider to be the status quo.

This is a projection of what the population of U.S. Firefox users who have the Google Search engine set as their default, how they would behave with respect to utilizing search engines or search access point, and then how they would -- how many ads they would click on and how well those ads would monetize if they stay on Google.

In the orange columns on the left-hand side, this is a pro forma analysis that tries to project what would happen if this entire population of people who have Google set as their status quo were to be moved over to Bing.

And it looks at several characteristics of that funnel.

The first is, it looks at what percentage of them would maintain Bing as their default versus switching to some alternative search engine, in many cases, Google, for which, under these remedies, we would not get paid. Then it looks at the percentage of them that engage with what we call our search access point or SAP.

And in the pro forma case what we saw under Waldo, is that many fewer of the users who had been quietly changed to Bing actually interacted with the search access point. They were either less interested in searching overall because they found it less useful or they engaged in organic search by perhaps typing something like www.google.com or

3142

DuckDuckGo or whatnot into their bar and navigating to some search point for which we did not get paid.

Then it looks at the average daily searches per user and applies what we found in the Google study -- sorry, in the Waldo study regarding the change in that behavior for those users who had been moved in the Waldo experimental group and then applies an estimate of what monetization and ad click metrics would be in that case.

So then you get to the gray columns.  And the gray column here is really just the difference between the orange column and the blue column, and that results in showing a pretty substantial decrease in revenue inside the pro forma group versus the status quo projection.

Q    There's a row bolded called "Total SAP Ad Clicks."

Do you see that?

A    Yes, I do.

Q    Could you describe what that phrase means and why that was included in the chart we see here on page 5.

A    Yeah.

So that's a projection of the number of times that this group, either the status quo group or the pro forma group, would actually be clicking on an ad that appears on the SERP or the search engine results page in the -- in either case on an annual basis.

And this is really the basis of monetization,

because when you go to a SERP and you click on something that's not an ad, there's no revenue that's generated. If you click on an ad that's on a SERP, then that monetizes for Google or for Bing or for DuckDuckGo or for whatever search engine it is, and then underneath the agreement that we have, we get a portion of the revenue that's generated for the search engine.

Q    And without saying any of the specific numbers out loud, could you characterize for us the difference between the total SAP ad clicks in the "Keep Google scenario" in the blue column and the "Pro forma switch default to Bing scenario" in the orange column?

A    What you see here is it's lower by almost an order of magnitude, and that's due to a number of things.  It's due to people switching the default from Bing in this case to some other source, could be Google, could be DuckDuckGo, could be Yahoo! Japan, for all we know.

And then it's the percentage of the time or the percentage of the days of use that actually, like, engage with our search access point at all decreases, the daily searches decrease.

And then the actual ad click rate for Bing is lower than the ad click rate for Google as well.  So there's a bunch of multiplicative impacts here that result in the pro forma being off by an order of magnitude.

3144

Q    Further down the page, there's a row that reads, "Revenue share gross to net."

Do you see that?

A    I do.

Q    Has Mozilla received any commitment from Microsoft that it would pay the percentage that's redacted here that's specified in this row if Mozilla were to set Bing as the default in the U.S.?

A    We have not.

Q    Do you have any reason to believe that the percentage might be lower if Google could not pay Mozilla a revenue share?

A    I'm concerned that -- based on the past experience we have with Microsoft as a partner, that that is something that would be on their mind.

Q    And if the revenue percentage that Microsoft were willing to pay were lower than what's stated in this chart, how would that affect the total revenue loss that appears in the bottom right corner?

A    It would increase it.

And we provide -- we performed a sensitivity analysis on that because that's not something that we could assume because we don't have the data.  But we can look at what a range of outcomes would be, and that's why we did the sensitivity analysis.

Q    Now, this slide says at the top, "U.S. Desktop." Why is page 5 focused on desktop rather than mobile?

A    It's because the Waldo experiment was done on desktop. And part of that is because Mozilla has historically been focused more on desktop than mobile, which is something we're trying to change.

But that was the basis of the data that we had. So we applied it to this market in this way, acknowledging that desktop is about 80 percent of our revenue. So 80/20 rule, it's a good way to go.

Q    If mobile were included in this model, how would that affect Mozilla's projected total revenue loss that you see in the bottom right corner?

A    Yeah.

We believe it's pretty safe to say that the behavior that you'd see on mobile would be pretty similar to the behavior you'd see on desktop.

So for the purposes of the analysis, we basically grossed it up by the revenue percentage that we get for mobile, the percentage of our revenue that's comprised by mobile.

Q    Mr. Muhlheim, could I ask you to turn to page 9, please.

A    Yes.

3146

Q    And are you familiar with the events described on this slide?

A    I am familiar with the events, yes.

Q    The final bullet point in the middle section of the slide states, "Firefox retention decreased as users switched to a different browser altogether."

Do you have an understanding of what that's referring to?

A    Yeah, I do.

When, in 2014, we switched, as this page says, to Yahoo's as a default browser for us.

And what we found almost immediately is that our users did not like the Yahoo! Search experience and that a lot of things happened then.

You know, one thing is that people shifted away from the default and went to another search engine, again, like presumably Google or some other search engine.

Search volumes declined, which is similar to what the experimental result was in the Waldo case.  We got complaints.  And then finally people started shifting away from the browser.

We've been doing a lot of research recently because we're always fighting to maintain our market share.

And one of the benefits that we don't have compared to some of our competitors is that we're not

embedded with an operating system.  So we're not the default of an operating system, we're a device.

We found that the most important time to retain a user is the first time that they use the browser.  If they have a really bad experience with their first search, that's one of the things that's going to cause them to move to some other kind of browser, and so this piece of data here is very consistent with that result that we've had from our research.

Q    You can go ahead and set that document to the side.

The Court has heard testimony from a couple of experts in this matter about Mozilla's advocacy for browser choice screens in Europe.

Why doesn't Firefox have a search engine choice screen?

A    Well, choice is an incredibly important value for us.

Choice screens are one way to do that. You know -- and specifically, the context of choice screens that we think is very important is in the browser context where you have a number of browsers that are bundled with operating systems, with devices, and so you have a very large self-preferencing problem that you're trying to overcome.

3148

Choice screens are one way to do that. And we have advocated for choice screens. We also advocated for really well-designed choice screens, because it's not the case that all choice screens have been successful, they had to be designed well.

And there are other incredible ways to create choice. We create choice in -- for search in the browser in an incredibly dynamic way, where we have the capability for people to set their default search engine at any point when they want to.

And then on any given search, we have a functionality called "This Time Search with," that when you start engaging in the search, we put into the search bar that there are other search engines that you can use other than your default search engine.

So there are a thousand different choice points for search inside the browser, not just one choice point for when you're installing your browser on your machine.

And we've designed this so that our users have as much choice as possible. We think the context matters. And we think that the problem you're trying to solve matters, and that goes into how you work out the best design for user choice.

MR. SAFTY: May I approach, Your Honor?

3149

BY MR. SAFTY:

Q   Mr. Muhlheim, I've handed you a demonstrative that we've have marked as RDXD25, and we can go ahead and put this on the screen.

Starting with the first slide, are you familiar with what's depicted here?

A   Yes, I am.

It appears to be an iPhone that is portrayed with our search experience in it.

Q   And a moment ago you mentioned a feature called "This Time Search with."  Is there a relationship between that feature and what's depicted here on this slide?

A   That is what is depicted here on this Slide.

Q   And what does that experience offer users of the Firefox browser?

A   That offers them yet another choice point for how they decide to search the web.

When they start typing in their search, you'll see here that, based on the Google logo that I see in the upper left-hand side, they have Google set as their default search engine, but then down at the bottom here, there are logos of a number of the other different search parties that we've integrated into the experience, Bing, DuckDuckGo.  And then there's eBay, there's Wikipedia, there's YouTube.  So there's the opportunity to direct your search through a

3150

number of different search points.

Q    It we turn to the next slide, Slide 2.

THE COURT:  Mr. Safty, just as a technical matter.

So you type your search in and then instead of hitting return, you press one of the icons at the bottom, that would be the return key to perform a search there?

THE WITNESS:  That's right.

THE COURT:  Thank you.

BY MR. SAFTY:

Q    If you turn to Slide 2, Mr. Muhlheim, can you share with us what's depicted here.

A    This is desktop, this looks look it's Windows, this is our Windows browser.  And it's showing the This Time Search With feature.  And it's showing one design of this experience for the browser.

Q    And is This Time Search With a feature that Mozilla has continued to experiment with and improve over time?

A    Yes, it is.

There's another version of this that simplifies this a little bit by having the logo in a drop-down bar up near where you see the first magnifying glass there to make all of the different options even closer to the point at which you're actually searching.

And we also have recently put in a card when

someone uploads Firefox for the first time, there's a card that starts out that says, "By the way, do you know that you can change your search experience very flexibly doing these things?"

Q   Let's turn to the third slide that you have in front of you.

Are you familiar with what's depicted on this slide?

A   Yes, I am.

Q   Can you describe that for us and how it relates to the testimony you've given today.

A   Yeah.

This is a message on Microsoft PC.

And, again, Firefox is not bundled on any PCs anywhere.  Our last pre-loading agreements were canceled partially by Microsoft in 2023.

But if you are downloading Firefox from the Windows store and attempting to install it on your machine, you'll get a note from them that says, you know, By the way, this is not a Microsoft app, this is third-party app, you know, this may not be as safe, it says, "Protect your PC."  So there's an indication that Firefox is not safe, so why don't you go ahead and use the browser that we bundle with our operating system and the machines on which it comes.

It's what we call -- we call this a little bit of a dark pattern, and I'll see something like this every couple weeks.  My machine, it asks me to optimize my Windows experience by changing my -- among other things, changing my default browser to Edge.

MR. SAFTY:  Your Honor, we would move to admit RDXD25 as a demonstrative.

THE COURT:  Okay.  It will be accepted as a demonstrative.

MS. CHAPMAN:  No objection.

BY MR. SAFTY:

Q    Mr. Muhlheim, are you generally aware that the plaintiffs in this case have proposed that Google be required to syndicate its search results and search text ads to qualified competitors?

A    I'm generally aware of that, yes.

Q    If that kind of syndication remedy were imposed, why couldn't Mozilla replace the revenue from its Google deal by setting as the default some search engine that decides to syndicate from Google, whether that be Bing, Yahoo!, DuckDuckGo, or any other company?

A    We -- it's not clear to us that the remedy will be effective, and if it will, it will take a lot of time for it to become effective.

Creating a search engine and building a search

engine is not an easy thing and has a number of different components to it.  And so we would be betting on that over time, competitors would be able to build up a sufficiently robust product to be able to replace the revenue that we had lost.

What we do know for sure is that the revenue that we had lost would be lost immediately, and we would have to reduce our investment in revenue diversification and maintaining the health of Firefox to make ends meet while we were waiting for a hypothetical future in which that happened.

Q    But if another search engine could simply take Google's search results and search text ads fairly quickly, let's assume for present purposes, why couldn't Mozilla set that other search engine that's serving up Google's results and ads as the default and collect revenue share from that search engine instead of Google?

A    Yeah, again, I'm not an expert in the technology, but my understanding is that these things don't happen overnight.

And there's not only the actual graph itself, but there's also working and investing in creating an entire ad sales ecosystem that can actually manage the demand on the other side, and none of that is trivial and none of that happens overnight.

You know, would we be looking for alternatives, yes, we would, but in the meantime, we would be really struggling to stay alive.

Q    If plaintiffs' syndication remedy that we've been talking about were imposed, why couldn't Mozilla generate revenue by operating its own search engine through syndicating results and ads from Google, instead of setting a default?

A    Well, again, operating our own search engine is nothing that we've ever contemplated.  We've never invested in it.  So that would require us to divert an enormous amount of our resources to be able to build that out, to integrate the syndication, and then to invest in creating the ad sales back end that would be required to support monetizing those search results, at a time when our revenue had been compromised and we're also scrambling to invest in Firefox, which we also now know that would not have the premier search experience right out of the box.  And a lot of the possible draining of users that we saw during the Yahoo! experience would be happening during that time because people would not be finding an optimal search experience there.

So we're fighting multiple fronts at that time, at a time when our revenue is possibly organically declining even further.  It's very frightening.

Q    Would you perceive any tension between Mozilla's values and mission that you described earlier and the prospect of setting as a default a search engine that takes Google's results and ads and redisplays them on its own page?

A    Well, that would be one of the things that we'd have to figure out.

You know, as we're trying to diversify and build our display ads business, one of the reasons why it's taking us more time to do that than other parties would is that we are very intentionally engaging in building privacy-preserving technologies that will allow us to do that in a way that doesn't let the data from our user seep out all over the place.  We have intentionally not engaged with data in a way that is, you know, quite as aggressive as a lot of our competitors because those are our values.

If we were to try to build a business based on the syndication of the search results, our values would dictate that we would want to do that in some similar way.  So we would have to figure out how do we use this data in a way for the value of advertisers in a privacy-preserving way, rather than doing it in a way that is not consistent with our own values.  So it would take longer and cost us more money to get there.

Q   Does Mozilla currently have a partnership with DuckDuckGo?

A   Yes, we do.

Q   What is the nature of that relationship?

A   They are a search engine agreement like the search engine agreement we have with Google or with Bing, and they're one of the search engines that people can choose as their default.

Q   Are there any default deals or promotional arrangements or other business opportunities that Mozilla wants to pursue with DuckDuckGo but hasn't because of its agreement to set Google as the default?

A   No.

Q   Are there any default deals, promotional arrangements, or other business opportunities that Mozilla wants to pursue with other general search engines like Bing or Yahoo! but hasn't because of its agreement with Google?

A   No.

Q   Does Mozilla currently have a partnership with adMarketplace?

A   Yes, we do.

Q   What is the nature of that relationship?

THE COURT:   Mr. Safety, if I could interrupt you.

How much longer do you think you have?

MR. SAFTY:   Five minutes.

THE COURT:  Okay.  Why don't we finish up the direct and then we'll take our break.

THE WITNESS:  Okay.

adMarketplace is our partner for one of our display advertising initiatives called "Tiles" which is a set of ad placements that shows up on our new tab page.  And we also have an arrangement with them for what we call "Suggest," which is a presearch experience that shows up in our search access point.

BY MR. SAFTY:

Q    Are there any default deals, promotional arrangements, or other business opportunities that Mozilla wants to pursue with adMarketplace but hasn't because of its agreement to set Google as the default?

A    No.

Q    Does Mozilla currently have a partnership with OpenAI?

A    We do not have a partnership, we have an experimental agreement for placement of their search engine in our sidebar.  Not search engine.  I'm sorry.  Excuse me.  Their LLM.  Not a search engine.

Q    And can you describe how OpenAI's ChatGPT service is sort of experimentally integrated into the sidebar of Firefox?

3158

A     Yeah.

Using AI is a very different use case than using search engine right now.  It's used for summarizing pages and things like that, having chats with them.

So we've created a sidebar in Firefox that is meant to be an experimental feature where people can choose which AI they want to engage with the content they've surfed to on it.

So OpenAI is an alternative there.

Google's Gemini is an alternative.

We have a relationship with Anthropic, with Hugging Face, with Le Chat - Mistral, I think. Those are the ones.

Q     Did Mozilla's agreement to set Google as the default search agreement in Firefox hinder in any way Mozilla's ability to design and launch its own AI sidebar experience in partnership with these other companies?

A     No, it didn't.

Q     Are there any default deals, promotional arrangements, or other business opportunities that Mozilla wants to pursue with any AI company that it hasn't because of its agreement to set Google as the default?

A     There are none.

MR. SAFTY:  No further questions, Your Honor.

THE COURT:  Can I ask a question, Mr. Muhlheim.

Would you agree with the following, which is that, Mozilla would benefit if there were at least one other competitor of equal quality and equal ability to monetize searches in determining which company should be able to set the default in Firefox?

THE WITNESS:  If we were suddenly in that world, that would be a world that would be better for Mozilla.

THE COURT:  And hypothetically, what do you think it would take to get to that world?

THE WITNESS:  I think it would take time.  I don't think anyone can get there right away.

So I think it would take time and investment on behalf of the companies that needed to or were working to create that kind of experience.

And that's the kind of time that I'm worried that and feel strongly that we don't have if this revenue source is cut off from us.

THE COURT:  And I mean, are the realities to the marketplace that you think would -- well, let me put it differently.

Do you think the marketplace as it exists today could achieve the outcome that you're talking about whether in the short term or the long term?

THE WITNESS:  I'm sorry, could you be clearer?

3160

THE COURT:  Sorry.

Do you believe that the market conditions that exist today could achieve the outcome that you're talking about either in the short term or the long term?

THE WITNESS:  In some ways it's hard to know because AI is coming in and there are -- you're starting to see crossovers between search and AI behavior, and there are a lot of very well-fronted companies out there right now who are doing some interesting things with AI, and, you know, one could imagine that the amount of funding and the way people are working there would create that world. So I don't think it's out of the question.

THE COURT:  Thank you.

Any follow-up, Mr. Safty?

MR. SAFTY:  No, Your Honor.  Thank you.

THE COURT:  All right.  Let's go ahead and take our break, folks.

It's ten after 11:00.  We'll resume at 11:25. Thank you.

And I'll just ask you please not to discuss your testimony during the break.  Thank you.

THE WITNESS:  Thank you.

COURTROOM DEPUTY:  All rise.  This court is now in recess.

(Recess from 11:10 a.m. to 11:23 a.m.)

3161

COURTROOM DEPUTY:  All rise.  The Honorable Amit P. Mehta is again presiding.

THE COURT:  Thank you, everyone.  Please be seated.

Okay.  Cross-examination.

MR. CHAPMAN:  Yes, Your Honor.  Travis Chapman for the United States.

THE COURT:  Mr. Chapman.

- - -

CROSS-EXAMINATION

BY MR. CHAPMAN:

    Q   Mr. Muhlheim, nice to meet you.

    A   Nice to meet you.

MR. CHAPMAN:  Your Honor, I have a small binder to pass out.  May I approach?

THE COURT:  Sure.

BY MR. CHAPMAN:

    Q   Now, Mr. Muhlheim, on direct, you were asked about your professional background.  Do you remember that?

    A   Yes, I do.

    Q   I just want to make sure I understood.

You do not have a background in technology, correct?

    A   I am not an engineer or a software coder.

    Q   You've been focused on finance?

A    Yes, I have.

Q    Now, on direct, Google's counsel asked you some questions about Mozilla's relationship with Google. I'd like to explore that relationship a little bit more.

Now, Mozilla has a browser, Firefox, that competes with Google, correct?

A    We compete with Chromium, yes.

Q    And Google's Chrome is Firefox's largest competitor in the United States?

A    That is correct.

Q    And I think you testified that an important part of the Firefox browser is the Gecko engine?

A    That is correct.

Q    And that it is the only independent web engine available, correct?

A    The only one that's not backed by big tech, yes.

Q    And the two that are backed by big tech are the Apple's browser and Google's browsers, correct?

A    Those are the two web engines that are out there, yes.

Q    Okay.

And despite Mozilla being competitors with Google, Mozilla thinks its relationship with Google is critical, right?

A   Our relationship with them on the search side is critical, yes.

Q   I believe you said that about 85 percent of Mozilla's revenue comes from the Google sponsorship agreement?

A   That is correct.

Q   That's globally, right?

A   That is globally, yes.

Q   For the U.S., it's a smaller percentage?

A   For the U.S., I think it's approximately the same.

Q   Excuse me?

A   For the U.S., it's approximately the same portion of the U.S. revenue as it is the international revenue.

Q   If you can turn to tab PXR0807 in your binder.

Mozilla has designated certain figures confidential, and so we've created a Rosetta Stone to help testify about without revealing those figures.

Can you take a look at Reference A.

A   Yes, Reference A.

Q   Is that the percentage of the Google revenue share that comes from Google Searches in the United States?

A   Yes, that is correct.

THE COURT:  I'm sorry, can you repeat the -- what is that again?

MR. CHAPMAN:  Reference A, Your Honor.

THE COURT:  No, what -- yes, what was the question, I guess?

BY MR. CHAPMAN:

Q    The question was, is that the percentage of the Google revenue share that Mozilla receives that comes from searches performed in the United States?

A    Yes, that --

THE COURT:  I'm sorry, is that of overall revenue?

THE WITNESS:  No, that's -- of the 85 percent of our revenue that's sourced from Google, A is the percentage of that revenue that is inside the U.S.

THE COURT:  Okay.

BY MR. CHAPMAN:

Q    Now, Mr. Muhlheim, many browsers are built on the Chromium engine, right?

A    That is correct.

Q    And for iOS devices, any browser must use the WebKit engine, correct?

A    That's my understanding.

Q    So Mozilla's Firefox browse -- Firefox is the only browser of any significance that uses Gecko, correct?

A    It's the only scaled browser.

There are some smaller browsers like the Tor browser and whatnot that are based on Gecko.  So there are some small browsers out there who use Gecko as well.

3165

Q    But Firefox is the only scaled browser that's based on Gecko?

A    Yes, that's correct.

Q    Now, as the CFO of Mozilla, you think it's undesirable to be reliant on one company for almost 85 percent of your business's revenue, right?

A    I'd rather that not be the case, yes.

Q    But it's undesirable?

A    It's undesirable, yes.

Q    And you're aware that the government brought this lawsuit against Google over four years ago, right?

A    Yes, I am.

Q    And you're aware that the Court has found Google liable for maintaining monopolies in violation of the antitrust laws?

A    I am aware that that's what the Court has found.

Q    Until recently, Mozilla's contract with Google was scheduled to expire at the end of this year, right?

A    That's -- yes, without extension, that's when it would have expired.

Q    And Mozilla very much wanted to be in a position to extend that agreement, right?

A    Yes, we do.

Q    I think on direct, you mentioned that you wanted to maintain the status quo?

A    That's -- we'd like to maintain the status quo of this deal with Google being able to pay us.

Q    And I think you mentioned that you were frightened about the possibility of losing access to Goggle's revenue, right?

A    I'm frightened for Mozilla, yes.

Q    And you were deposed in this matter in early March, right?

A    Yes, I was.

Q    Shortly after that deposition, did Mozilla and Google extend their agreement?

A    We exercised an option that we had in the current agreement to extend it for an additional year.

Q    Were there any other changes to the terms of the agreement?

A    No, there weren't.

THE COURT:  So does that mean the current agreement -- or you said it's an option?

THE WITNESS:  It's an option underneath the current agreement, Your Honor.

So it's not a new agreement, it just is exercising an option that exists inside the agreement that we have.

THE COURT:  Okay.

And I take it's a mutually --

THE WITNESS:  Mutual -- yeah, mutual agreement.

THE COURT:  And so that would -- that option would run through, what, December of 2026?

THE WITNESS:  That is correct.

THE COURT:  Okay.  Thank you.

BY MR. CHAPMAN:

Q    Now, Mr. Muhlheim, I would like you to turn to the tab that is PXR0254.

MR. CHAPMAN:  Your Honor, this is an exhibit that's already in evidence.

Ms. Sullivan, can you please pull up the document.

BY MR. CHAPMAN:

Q    And just like Google's counsel, I'm going to caution you that the information in the red boxes in the paper copy is information that Mozilla has deemed confidential, so please do not read out any of that text.

A    Okay.

Q    This exhibit is an email to the steering committee at Mozilla, right?

A    That is correct.

Q    The steering committee consists of the CEO's direct reports?

A    Yes.

Q    And you're on the steering committee?

A    That is correct.

Q    And the email below notes that the attachments were sent to the Board?

A    Yes.

Q    Let's look at one of those attachments.

Can you turn to the page that has a Bates number ending in 599.

A    Yes.

Q    This is a slide deck that's called "Moco Corporate Strategy, May 2024," right?

A    Yes.

Q    And this was sent to the Board?

A    Yes, it was.

Q    Moco is Mozilla Corporation?

A    That is correct.

Q    I'd like you turn to the page that has a number in the bottom corner of the slide ending in 601.

If you can look on the left side of the page under "Competitor Browser Landscape."  Do you see that?

A    Yes, I do.

Q    It says, "Won today by distribution verse features; search revenue under potential threat from AI; DOJ impact uncertain."

So that's the context that Mozilla was providing to its Board?

A    Yes.

3169

Q    And "DOJ impact," that refers to this litigation, right?

A    That does.

Q    And if you could look at the right side where it says, "Challenges."  Do you see that?

A    I do see that.

Q    Now, there are three bullets that are not in red boxes.  Can you take a look at those.

A    Yes.

Q    The first says, "It's increasingly urgent to diversify revenue, but it's progressing slowly."

With "diversify revenue" bolded, correct?

A    Yes.

Q    So the steering committee was telling the Board that it's important that Mozilla diversify revenue?

A    Yes.

Q    But it wasn't going quite as quickly as you had hoped?

A    That's correct.

Q    The next bullet notes, "Firefox decline leading to reduced compatibility irrelevance."

Do you see that?

A    Yes, I do see that.

Q    And so Firefox has been losing share in the marketplace?

3170

A    It has been losing share in the marketplace over time.

Q    And less relevance with respect to the Gecko engine?

A    Yes.

Some relevance, usually web compatibility.  So we presume that there's a certain market share that we have to maintain in order for it to be worth the time of content creators on the web to make sure that it's compatible with Gecko.

Q    Finally, the last bullet says, "Ads business is high potential but is underperforming."

Do you see that?

A    I do.

Q    Firefox generates revenue from ads on its browser, correct?

A    We do generate revenue from display advertisements on the browser as well, yes.

Q    If you could hold on to that page, flip back to the Rosetta Stone document, PXR807.

Do you see the figure in Reference C?

A    Yes.

Q    Is that the amount that Mozilla is currently making annually on its ads rev?

A    That's the approximate amount, yes.

3171

THE COURT:  I'm sorry, that's the annual ads revenue, you said?

MR. CHAPMAN:  Ads revenue, yes, Your Honor.

BY MR. CHAPMAN:

Q    Okay.  You can flip back to page 601.

Now, by telling the Board that it was increasingly urgent to diversify revenue, that indicated that the steering committee was frustrated that Mozilla wasn't moving faster to diversify its revenue, right?

A    That's correct.

Q    In fact, Mr. Muhlheim, that was one of the priorities you had when you joined Mozilla in 2021, right?

A    It was.

Q    And at that time, you had responsibility for business development, in addition to your current responsibilities?

A    Yes, I did.

Q    Can we please switch to page 638 in the same document.

This is a SWOT analysis.  Tell me when you're there, sorry.

A    I'm there.

Q    This is a SWOT analysis that the steering committee sent to the Board?

A    Yes, it is.

Q    And, again, most of this is in red box, so please be careful.

I'm going to ask you to look at the two rows that are right next to "Mitigates."  Do you see those?

A    Yes, I do.

Q    Now, the bullets under "Our Weaknesses," I'm not going to ask you to read them or ask any specific questions because they are confidential, but at a general level, do those bullets relate to the issues regarding diversification of revenue and Mozilla's declining relevance we just talked about earlier?

A    I'm sorry, the weaknesses points inside the box?

Q    Correct.

A    And then repeat the question.

Q    At a general level, do those relate to the issues regarding diversification of revenue and Mozilla's declining relevance that you testified about earlier?

A    In a general way, they do.

Q    And now there are two bullets next to "External Threats" that are not in red box.  Do you see those?

A    Yes, I do.

Q    The first notes, "A potential existential threat to search revenue due to declining market share, DOJ case, and AI disrupting Google's revenue."

Do you see that?

A    I do.

Q    And those were concerns that the steering committee was raising to the Board?

A    These were among the concerns we were raising to the Board.

Q    And the second bullet there notes, "Market share continues declining, which reduces our influence and affects web compatibility."

Do you see that?

A    I do see that.

Q    And, Mr. Muhlheim, it's true that some other browsers have diversified their revenue such that they generate more revenue on their ads than they get from search partnerships, right?

A    There are some, yes.

Q    If you can turn to the page ending in 628 in that same deck.

A    I'm there.

Q    And this is a slide about Opera.

And Opera is a web browser, correct?

A    That is correct.

Q    This slide notes that Opera makes over $200 million through its own ads revenue, right?

A    That is correct.

3174

Q    More than the 162 million that it makes in search revenue share?

A    That's what this page says, yes.

Q    And this is the page that was provided to the board of directors?

A    That is correct.

Q    And while Mozilla, again, didn't release its own ad revenues publicly, the numbers from Opera are several times what Firefox currently earns from ads?

A    That's correct.

Q    And if you could look at the final bullet on that page at the bottom, it's a little bit small.

A    That's right, the final bullet point, yes.

Q    Yes.

It notes that, "This approach does provide a potential pathway for us to increase our ads revenue."

Right?

A    And that is; however, after a long clause about a lot of the practices in which Opera engages that are not consistent with the way that we do business.

Q    Sure.

And despite the concerns that are expressed regarding Opera's business, this slide notes that this is a potential pathway for Mozilla to increase its revenue?

A    It says that, directionally, there is a path to increase revenue, subject to a lot of concerns about things that we are very concerned about.

Q    You can set that aside.

Now, Google's counsel asked you a little bit about choice screens, right?

A    Yes, they did.

Q    And Mozilla, they have been a champion of browser choice screens throughout the world, right?

A    We have been a champion of browser choice, and there are cases in which choice screens can be very effective to mitigate certain problems.

Q    And it gives Mozilla a chance to compete against the dominant players, right?

A    To compete against players that have self-preferencing issues.

Q    In fact, Mozilla commissioned a report about how choice screens can be effective, right?

A    We did.

MR. CHAPMAN:  I'm going to ask you to turn to PXR0716 in your binder.

And, Your Honor, this exhibit has already been moved into evidence.

BY MR. CHAPMAN:

Q    Mr. Muhlheim, this is the study that Mozilla published in 2023 about browser choice screens, right?

A    About browser choice screens, yes.

Q    Ms. Sullivan, if you can pull up the document. Thank you.

The title of this study is, "Can Browser Choice Screens be Effective:  Experimental analysis of the impact of their design, content, and placement, a report by Mozilla," right?

A    Correct.

Q    Now, if we can go to page 10 in the document.

And if you look at the first bullet there at the top.

Well, I guess, actually, at the top of the page, it says, "There are five key takeaways."

Do you see that?

A    I do see that.

Q    Okay.

And then if you look at the first bullet there, it says, "Choice screens move people away from pre-installed default browsers."

Do you see that?

A    I do see that.

3177

Q    And the second bullet says, "Browser choice screens increase contestability."

Do you see that?

A    I do see that.

Q    And if you can look in the middle of the first paragraph, Mozilla concluded that, "98 percent of the people who select a browser through a choice screen expect to remain with it."

Do you see that?

A    I do see that.

Q    Now, if you could turn to page 48 in this document.

Mozilla's report concluded that, "97 to 98 percent of people in the survey reported that they wanted to be shown a choice screen."

Right?

THE COURT:  I'm sorry, what page?

MR. CHAPMAN:  48.

THE WITNESS:  48.

I'm sorry, I'm on 28.

I apologize.

MR. CHAPMAN:  Okay.

THE WITNESS:  Okay, I'm there.

BY MR. CHAPMAN:

Q    Can you look toward the bottom, the second paragraph from the bottom.  Do you see that?

A    I do see that.

Q    And so the Mozilla report here concludes that, "97 to 98 percent of people in the survey reported that they wanted to be shown a choice screen instead of having a default."

Right?

A    I do see that.

Q    Now, you're aware that the plaintiffs' proposal would require Google to show browser choice screens in some circumstances, right?

A    I'm aware of that generally.

Q    And you're also aware that the proposal would require certain applications -- Google applications to show search engine choice screens, right?

A    I'm generally aware of that, yes.

Q    Now, despite Mozilla's support of browser choice screens, Mozilla does not support search engine choice screens, right?

A    We believe that these are two very different contexts.

In one case, there's the context of what you're trying to solve, which is a self-preferencing problem that

3179

exists pretty strongly in a lot of cases and it's involving a choice that's made at a single time which is when you install your browser at the first use of your computer.

Choice is a core value for us; but context matters and design matters, and so the best way to get to choice is not always a choice screen.  In this case, it is.

Q    And in terms of the study, you said choice is an important value for Mozilla?

A    Yes.

Q    Mozilla has concluded that users prefer choice over defaults, and yet Mozilla does not want a default -- does not want a choice screen for search engines?

A    We're balancing a lot of things.

We're balancing the utility of Firefox, which is, as I've said, something that people, if they do not find utility in the application, they'll navigate away from pretty quickly.

And we're providing choice on an ongoing basis, where there are numerous places where people can choose to use different search engines inside our browser, and we provide that pre-loading DuckDuckGo, Bing, Google, Qwant, Ecosia, Yahoo! Japan in Japan.  So we provide a tremendous amount of choice inside Firefox, and our own belief is that that's the best way to enable that core value of a choice inside Firefox.

3180

Q    And if Mozilla offered a choice screen, they would not get the same level of revenue share from Google, correct?

A    Well, the combination of choice screens and the preferred remedy of keeping Google from being able to pay us at all would lead to a disastrous reduction in revenue.

Q    Now, Google's counsel asked you about the Redwood analysis.  Do you remember that?

A    Yes.

Q    And you said that you commissioned the Redwood analysis?

A    It wasn't really commissioned.  I was the executive sponsor of the analysis.

Q    Okay.

You sponsored it?

A    Yes.

Q    Now, the Redwood analysis is based on the Waldo study from 2021 to 2022?

A    Correct.

That is correct.

Q    And that was a study that was done on .5 of Firefox's English-speaking desktop users?

A    Yes.

Q    And that study started before you came?

A    It did.

Q    The Redwood analysis, it didn't conduct a new study, did it?

A    We did not conduct a new study.

Q    Just changed some of the variables?

A    We applied the findings from the Waldo analysis to the search metrics as they existed in the marketplace today.

Q    And just to be clear, your Redwood analysis conclusion is that Microsoft would not offer Mozilla high revenue share because there would be no viable alternative to Microsoft, correct?

A    That wasn't the main point of the analysis.

The main point of the analysis was to say what would happen underneath the Microsoft agreement as it existed with its current market share if the characteristics of the users that had been switched over from Google to Bing were similar to the findings of the Waldo study.  But the revenue share would remain constant, which is something that I think would probably not to be the case over time, so it could be even worse than that.

Q    But you testified that you didn't have an alternative to Google today in terms of a search engine that could pay Mozilla a significant revenue share?

A    That's correct.

Q    Now, Project Waldo and/or Redwood, neither of them considered what would happen if there were competing search

engines in the U.S. market, did they?

A    They did not.

Q    They did not contemplate a successful remedy from this matter that led to more competition?

A    They did not contemplate that, that's correct.

Q    Okay.

And this is -- the copy that counsel showed you was labeled a draft.  Was there ever a final version of the Redwood analysis?

A    A lot of things end up being labeled "draft," all the way through presentation to the Board.

Q    Now, Google's counsel showed you a demonstrative that talked about the This Time Search With feature.

Do you recall that?

A    I do.

Q    If a user uses This Time Search With feature, does it change the default for that user?

A    The way it's designed today, it will change the default temporarily so they'll continue to search with the search engine that they've gone to, This Time Search With, until they close the browser.  And then if they open the browser again, it will go back to the default.

Q    It resets to the default that --

A    Yes.

Q    -- Mozilla chosen?

A     Yeah.

But we make it very simple for them to change their default.  If they find they like that experience better, they can go and change the default fairly easily.

Q     Going back to the Project Waldo study, the context of that study was that Mozilla was examining its choices between Google and Bing, right?

A     Yes.

Q     It was not because of any remedy that the Court may order at that time, given --

A     It was conducted in 2022, so...

Q     Right.

And it was conducted because even absent an order from the Court, Google is free to, you know, not continue that sponsorship agreement at any time, right?

A     That is the case.

Q     Okay.

And that would create the same existential crisis that you described to the Board?

A     Yes, it would.

Q     Finally, you also mentioned AI chatbots.  You said that Mozilla offers users access to AI chatbots in the sidebar?

A     In the sidebar, yes.

3184

Q    And today, those sidebars are turned off by default, right?

A    The sidebar, you can make it appear fairly easily but it doesn't appear immediately.  It takes up a significant portion of your real estate, so we want to give people the option to turn it on if they want to use it for something other than just the webpage they're going to.

Q    And today, Firefox has not designated any of the chatbots as a default chatbot, have they?

A    No, we have not.

Q    And today, Firefox has not signed any deals to monetize its users use of these chatbots, have you?

A    No, no.  None of those are commercial deals.

MR. CHAPMAN:  Your Honor, I'd like to admit PXR0807, the Rosetta Stone, for the purposes of understanding his testimony.

THE COURT:  Okay.  That document and exhibit will be admitted.

                    (Plaintiffs' Exhibit PXR0807
                       received into evidence.)

MR. CHAPMAN:  Nothing further, Your Honor.

THE COURT:  Okay.

Any redirect from -- oh, States have examination?

MR. SAFTY:  My colleague, Conor May, from Colorado has a few questions.

3185

THE COURT:  Okay.  Mr. May.

MR. MAY:  Just a few questions, Your Honor.

I have a binder.  May I approach?

THE COURT:  Sure.

- - -

CROSS-EXAMINATION

BY MR. MAY:

Q    Hello, Mr. Muhlheim.  My name is Conor May.
I'm from the state of Colorado on behalf of the Colorado
Plaintiffs.

At the end of your discussion with Mr. Safty,
I believe you referenced an offering called "tiles";
is that correct?

A    Yes.

Q    And those are sometimes referred to as sponsored
tiles?

A    There are several times.  A couple of them are
sponsored, and then the rest are generated by what we call
freeze and see, which is related to your behavior inside the
browser.

Q    And are some of those tiles also referred to as
pocket recommendations?

A    The tiles are not pocket recommendations.  What
are -- pocket recommendations are what we call native
advertising which takes place in the larger graphics you see

below the tiles.

Q    Got it.

Well, let's take a look.

If we could, please pull up PXRD19.

And this is the first document in your binder there.

This is the screen grab of the page that I see when I open the Firefox browser.

Does Mozilla have a name for this page?

A    It is the new tab.

Q    New tab page.

And the Amazon tile that we've blown up on the left side, is that an example of a sponsored tile?

A    Yes, it is.

Q    Okay.

And these advertisements are broadly available to advertisers?

A    This is a -- we monetized this through a relationship with adMarketplace.  They're the ones who sell this space.

But talk to adMarketplace if you want to advertise.

Q    And then the larger tiles, like the Walmart tile that we've blown up on the right, would that be an example of a pocket recommendation?

3187

A    That's a pocket recommendation or what we refer to now as native advertising.

Q    Okay.

And --

THE COURT:  So this is the box on the lower right "Get low prices"?

THE WITNESS:  Yes.

BY MR. MAY:

Q    And some of those -- and then in the sort of background image where you can see the full page, some of those pocket recommendations that you would see are sponsored and others are not?

A    Yeah.

I mean, some of them are sponsored and some of them are articles which might be frequent news or some evergreen content that we think is interesting for our people to navigate to.

Q    Got it.

And a user who clicks on either a sponsor tile or a pocket recommendation would go directly to a third-party website; is that correct?

A    Yes.

Q    And Mozilla's paid a revenue share when a user clicks on a sponsor tile or a sponsored pocket recommendation; is that correct?

3188

A     Yes.

Q     And this screenshot that we see here, I took on a desktop, but these two types of offerings, sponsor tiles, and pocket recommendations both would appear on mobile as well, correct?

A     It's rolling out.

They're not available in every territory in the U.S., they're broadly available on mobile as well.

MR. MAY:  I'd ask the Court to receive demonstrative PXRD19 to accompany Mr. Muhlheim's testimony.

THE COURT:  Okay.  Will do.

MR. MAY:  No further questions.  Thank you, sir.

All right.  Mr. Safty, any redirect?

MR. SAFTY:  Nothing for Google.  Thank you, Your Honor.

THE COURT:  All right, Mr. Muhlheim, thank you very much for your time and testimony.

THE WITNESS:  Thank you, Your Honor.

MR. SOMMER:  Google calls Dr. Mark Israel to the stand.

COURTROOM DEPUTY:  Please remain standing and raise your right hand.

(Witness is placed under oath.)

COURTROOM DEPUTY:  Thank you.

THE COURT:  Dr. Israel, welcome back.

3189

THE WITNESS:  Thank you.

THE COURT:  We've got a new chair for you.

THE WITNESS:  Is it?

THE COURT:  It's different than the ones you've sat in previously.

MR. SOMMER:  May I proceed, Your Honor?

THE COURT:  You may.

MR. SOMMER:  Your Honor, pursuant to agreement with plaintiffs' counsel, there's no need to requalify Dr. Israel, they've agreed that he is an expert in industrial organization economics, and that's the area in which we'll be questioning him.

THE COURT:  Okay.  Very good.

MR. DAHLQUIST:  No objection.

MR. SOMMER:  I think it's still morning, barely.

- - -

MARK ISRAEL, WITNESS FOR THE DEFENDANT, SWORN

DIRECT EXAMINATION

BY MR. SOMMER:

    Q    Good morning, Dr. Israel.

         Did you prepare a slide deck to assist with your testimony today?

    A    Yes.

         MR. SOMMER:  May I approach, Your Honor, and just put it up?

3190

THE COURT:  You may, of course.

BY MR. SOMMER:

Q    Okay.

Dr. Israel, what was your assignment that you were asked to perform in this matter?

A    I was asked to --

If we could advance one slide, it's described.

So I was asked to evaluate what I would call the ads side remedies that the plaintiffs have proposed, obviously from my perspective as an economist.

So I describe what those remedies are here. I would group them in two groups.

So there's a group of remedies in which basically the plaintiffs are proposing that Google, I would say, be required to take certain steps to assist or aid qualified competitors' search advertising position, and those are remedies, the remedy VI(e) is Google to share adS data, and then remedies VII(d) and VIII(e) are for Google to have to provide ad syndication in a particular form.

And then there are what have been called the transparency remedies or the Section VIII remedies, which are of a different form.  Those are basically mandates, to me they're not really competition, they're requirements that Google provide certain product modifications or certain information, certain data to advertisers.  So it's a

3191

requirement that Google provide things to advertisers, and those are remedies VIII(a) through VIII(d).

And I've been asked to evaluate my views on those as an economist.

Q    Have plaintiffs' experts addressed each of these proposed remedies?

A    No.

I believe both Professor Evans and Dr. Chipty indicated that they did not address the Section VIII remedies at all, which means not the advertiser-focused ones and not the main ad syndication, nor did I hear them talk about contingent ad syndication.

There was some discussion of ads data sharing. So VI(e) a bit, but not any of the others.

Q    Would you please summarize for the Court the opinions you've reached in analyzing these proposed remedies.

And if we can go to the next slide.

A    So I reached, really, three main opinions.

So the first one is really that the competition between general search engines, although we're talking about two different markets, there's a user-side market and an advertiser-side market.

The way competition between general search engines works, it's really competition for queries.  So general

search engines fight with each other to get queries, but when they win queries, both, once they've won a query, both they've won the user and advertisers follow the queries, and so really competition in this industry is competition for queries.

And so user-side remedies really address both of those.  What we've been calling user-side remedies or what I have called user-side remedies is really what I would think of as remedies that address competition for the query.

And I'm not addressing those, but my first opinion is whatever addresses those really addresses the competition between GSEs, which is the issue at hand, how do we address competitive issues between GSEs.

So in my opinion, these ad-side remedies really just pile on, they add additional conditions on top of that. They don't address -- they don't help with competition, they just inflict harm without more benefit.  So I'll go through that in more detail.

And then I break that down in more detail, in particular, the remedies in which Google is required to assist qualified competitors with their ads business. Again, they don't enhance competition because they're not about competition for the query, they just inflict harms without benefit.

And then the remedies in which Google is required

to take steps to give things to advertisers, those are really just regulatory mandates.  In that case, really, what those remedies do is replace competition with regulation and, therefore, again, they inflict harms without competitive benefit.

Q    You're aware that plaintiffs have proposed several different advertiser-side remedies, correct?

A    Yes.

Q    And you noted that your first opinion was that plaintiffs proposed advertiser-side remedies would inflict harms on users, advertisers, and competitive process without a benefit.

Can you explain the basis are that opinion, please, and let's move to Slide 5.

A    Sure.

Can we go down to Slide 5.

Q    Thank you.

A    So this is what I started to say earlier.

So an interesting feature of this industry is that, and we've heard this throughout the case, right, GSEs compete with each other but where they go head to head with each other is they try to get queries.  And so it's obvious that when -- so if someone enters a query and Google, Bing, Brave, DuckDuckGo, whatever, they try to get that query.

When they get that query, they -- obviously they

have won that competition; in the general search services market, right, they've won that user.  But the advertiser is going -- whoever wins the user has won the opportunity to sell ads against that query.

And so that's -- they've now -- that general search engine has won the ability to sell ads against that query.  So they've basically won -- that's where the competition for the advertiser has happened as well, the advertisers follow, right.

But that's not just sort of a theoretical economics point.  That's a -- that's what we see in the data and what we've heard throughout the testimony, is that ad dollars follow queries, right.  We see it in the data, that the share of ad dollars -- this is in your opinion as well, right, the share of the ad dollars matches the share of the queries quite closely.

And multiple witnesses from Home Depot, and Expedia, I think, booking, Skai in this proceeding have said the share of ad dollars matches the share of queries.  So the competition for users, for advertisers and for ad dollars is happening at competition for queries.

So if we want to address competitive concerns that, you know, have been raised in the opinion about competition in this industry, we need to figure out what we need to do to fix -- to let GSEs compete with each other and

to solve whatever has been going on that would limit the ability to compete for queries.  That's not my issue in the case.

But what I see then is these additional remedies that say, let's have Google do things that help or go to how other general search engines run their auctions or how they organize their ad business, right.  Those are not about competition for the query.  Those are the next step when we're talking about running your ad position.

And from my point of view, the competition for the query has already happened, the ad dollars go with the query, right.  Now we're just tacking on additional regulations about the ad business that aren't about the competition for the query.  They're about other rules.

And as I'll go through in depth, I see a lot of cost to those rules.  We can solve the competition for the query in ways that the Court decides are appropriate.  But when we start adding on additional remedies on these advertising processes as I'll go through, those reduce investment incentives, they generate legal and enforcement costs, they undermine the competitive process in advertising, they undermine Google's ability to protect users and advertisers, they have a lot of privacy concerns.

So what I see is they don't help the query competition because that's not what they're about, but they

impose a bunch of costs.

THE COURT:  Can I ask, Dr. Israel, sorry to interrupt you.

Do you discount the possibility that ad quality, which is specific to providers, to general search engines can influence the competition for queries?

THE WITNESS:  So a good question.

And I'll -- some of this stuff I say as I go will probably help, including questions I'll answer here soon.

What I would say is the following two things.

One, I've tried to go through the record as well as I can to see how much actual evidence there is that it's really ad quality that drives GSEs versus just organic search result.  And my read, obviously you'll do your own, is there's not a lot of evidence that ad quality is really driving things.  People -- there's some statements about that a little, but I haven't seen a lot of evidence that supports ad quality driving things.

What I really think the reason for that is, and it sort of goes to another part of my opinion, that once you have -- the thing you need to get to be a successful GSE is queries.  Once you have queries, you have something that's valuable to advertisers, and good advertisements follow.  And, yeah, people are going to have to have an ad platform to come get them, but there's a whole commercial marketplace

to go advertisements, right.  So, you know, firms are going to have to compete for it, and I'll talk about that as I go along, and find ways to sell those advertisements.  But I don't see a scarcity in this industry.

And I've worked in the ad tech case, too, just to put that out there.  I don't see a scarcity out there in advertisers finding their way to queries once a GSE has them, right.  I think that as -- I don't see that as a problem.  I see the issue as, let's figure out how to get queries and then this whole commercial apparatus of advertisers coming to get them will come find them.  So to me, queries are the issue.

BY MR. SOMMER:

Q    Let me just ask one follow-up on the first bullet point on the Slide 5.

You know, picking up on the ad dollars follow the queries, how would that impact new entrant, a new entrant general search engine?

A    I think this relates to your question in some ways as well, sort of.

Obviously for it to be true that ad dollars follow queries and for my last answer to you to be true, I mean, a GSE has to have an ad platform they have to be able to sell those ads, and that commercial -- they have to able to take a part of this commercial apparatus I was talking

about.  So -- and there's been discussion about what does a new GSE do.  But there's a lot of things they can do, right.

And there's sort of three models that have been out there that GSEs have followed.  One is -- or could follow.

One is, the sort of DuckDuckGo/Yahoo! model, which is, there's an existing syndication market out there that can get ads; you know, those guys syndicate their ads from Microsoft.

Syndication is really just another word for outsourcing your ad function, which it's called syndication here.  In the broader world, it's often called ad tech or it's outsourcing your ads, people do it all the time.  And that's a reason why, if you have valuable things queries, you can go get ads.  So that's one option.

A second option that I think would probably come into play here is, lots of firms have their own existing ad platforms from other places.

So if a potential qualified competitor was a firm like Amazon, they already sell ads, in fact, they sell search ads, right, we know that, they just don't sell general search ads but they have the whole apparatus already.  So there's tons of firms that have ad platforms that could just step into this space.

And then a third option is, either right away or

with a little time, invest in your own ad platform.  There's a relatively small search engine called Brave that I think has been discussed that, you know, syndicated for a bit but now has developed entirely their own ad platform after a couple years in the market.

So there's lots of ways that new search terms can do this.  So that's another part of my opinion, again, that I think it's been proven that search engines have lots of ways to come to market and take advantage of these -- of selling ads on these queries.

Q    Okay.

Let's move forward two slides to Slide 7.

I want to ask you about some of the specific proposed remedies.

And let's start with VI(e), which is the "Proposed QC Ads Data Sharing Remedy."

What is your understanding of this proposed remedy?

A    I mean, in a nutshell, it's saying for the entire term of the final judgment, Google would have to give -- at marginal cost, give qualified competitors all of its ads data.

Q    Okay.

Would Google also have to provide user data as part of this remedy?

A     Right.

So the ads data includes user data, right.

So the user is the thing that's being bid on when advertisers bid.  So it includes the user, meaning the query, and all the information about the user.  That's part of the ads data.

And then the other part of the ads data is the information about the advertiser, its budget, its bids, all of that stuff.  Those things come together to be what we mean by "ads data."

Q     In your view, Dr. Israel, what effect would plaintiffs' proposed ads data sharing remedy have on incentives for the industry to invest?

A     Let me go down one slide.

So, again, this is where we're going to my theme that, you know, firms coming into the industry have their own ways to take advantage -- you know, to get these ad dollars.

If they get queries, these remedies just add costs.  And one cost I worry -- a big cost I worry about, about requiring Google to give data, is that it would reduce the incentive for Google and for other firms to invest in developing these data tools themselves.

So on the Google side, if Google, for the entire length of the period, is required to turn over all of its

3201

data, right, that creates this free riding problem, Google would have an incentive -- you know, Google ordinarily invests in data and data analysis to get a competitive advantage.  That's why firms invest.  But now you're telling Google, Whatever you do with data, you have to give it to your competitors at marginal cost, right.

And we've heard from professor -- from Dr. Chipty one argument was, Well, the remedies will push Google to invest anyway because they're going to face competition.  But the problem with that is, any remedy that says you got to give stuff to your competition, creating competition doesn't really create investment incentives because now you've got competition but you've got to help them with -- that's a problem that I have with these remedies.

THE COURT:  Can that disincentive get blunted, in your estimation, if Google is able to earn sort of market rates comparable to its other syndication agreements?

THE WITNESS:  So those were data -- I'll talk about syndication --

THE COURT:  Well, I'm talking about syndicating of -- I'm sorry, you're talking about data.  Okay, all right, got you.

THE WITNESS:  But you can -- so this remedy says they have to give them data at marginal cost.

I mean, if you said they can sell them data and

that's something that covers their marginal cost --

obviously data -- developing data is mostly fixed cost,

not marginal cost.

THE COURT:  Right.

THE WITNESS:  And if you said they could somehow

earn a return, that would help.

You know, it still is selling it to their

competitors, and so there would be an issue there.

But, yeah, one of the concerns is having to give

it to them at marginal cost.

We'll talk about syndication in a second.

It's also from the point of view of the other

competitors, right.  They, you know -- the other competitors

can figure it off of Google's data, right?  So I -- it

reduces their incentives to go out and find -- to compete

hard to get their own data sources, right.

We talk a lot about scale and scale in data, but

one good thing about scale is that it's -- an important part

of the competitive process is the drive to go get your own

data and to compete, right?

So I'm, you know, a new firm in this industry,

you know.  If we've solved things on the user side, now

comes into the industry and would have to compete, no doubt

about it, but, you know, it's an advantage --

the competitive process is important, so I worry about

remedies that say we're going to hand you Google's data as opposed to saying, You do what you're -- you know, you have to go out and compete for it. That's an important part of the benefit of competition is, is having to develop it on your own.

BY MR. SOMMER:

Q So you've addressed Google's incentives and the other GSE's incentives. What about advertisers and users?

Let's go to the next slide.

A Well, again, this is on the Data Remedy 6E.

So the advertisers and users issue is -- I mean, it's really the privacy issue.

And I know there have been others who talk about privacy, so I just want to approach this from the point of view of an economist who thinks about competition and, you know, kind of customer choice. Others have talked about privacy. But -- and if you think about this remedy that says the entire period Google to give all of this data to all of its competitors, right?

So now if I think of myself as a user, right, I go to Google and I enter, you know -- I put my searches in at Google, right, I now know, if I am using Google, my data doesn't just go to Google, it goes to everybody.

Now, another remedy says Google can take out personal information and so on, but, you know, it still has

3204

my queries, it still has a lot of information about me. That information is now not just Google's, it's everyone's.

If I later -- you know, Google has some controls. And if you look at -- Google tells users, If you ever decide you want to delete all your data from us, you can tell us you want to delete it and we'll delete it.  That's a thing you can tell Google to do.  Under this remedy, everybody has it, not so clear how Google would pull that off.  So it's taking away some user choice if everybody has it.

The advertiser side is interesting and I don't think has been discussed as much, right?  The data would include, for example, all of Walmart's advertising on Google.  So everything that Walmart has bid and their budgets and their conversions, all of that is in there. You could take Walmart's name out, perhaps, but it's still a ton of information about Walmart and everything they've done.

If Amazon became a qualified competitor, all that information would go to Amazon.  I don't think that -- I mean, that would be troubling to Walmart.  So that's a lot of information that's being taken out of the control of users and advertisers.  So I think that's a problem with this sort of massive data sharing.

And then for me as a competition economist, you know, I worry that these remedies -- again, that I don't

3205

see a lot of benefit to undermine competition, because privacy is an element of competition.  We want firms competing on privacy.

So I like the fact that Google could say to users and advertisers, We don't share your data.  We give you the ability to delete your data.  This remedy would say, Google can't say that.  Google loses the ability to tell users or advertisers, We won't share your data, because they're required to.  So I think all of those are costs of this remedy.

Q    All right.

Let's turn to ad syndication now.

Let's go to the next slide, Slide 10.  There's a lot here.

So what is your assessment of the ads syndication remedy?

A    So I know this has been -- was described a fair bit yesterday, so I won't describe the remedy in too much detail.

You know, what -- the way I would describe the remedy in a nutshell is it's -- Google has existing syndication business that's been described.

This is basically the, you know -- would be the government saying, you have to, you know -- on top of that syndication business, you have to -- you have to offer a

license, you know -- a contract of terms that we dictate.

And those terms, you know, just to define them at the top, would be, you have to offer a ten-year license with a whole -- you know, there is a long list on this page. You've got to offer a ten-year license that has all of these terms that we've dictated.

And I'll talk about some that I think are particularly problematic to me as an economist.

But I think what I would say --

Q    Let's just move to the next slide, please, 11.

A    Yeah.

I think what I would say, my overall take on this syndication remedy is that I don't -- I think the problem with it is, there is an existing competitive syndication market.  There hasn't been any showing that I've seen -- there certainly hasn't be an expert who has come in and said that that syndication market isn't working.

And so you're coming into this syndication market and you're imposing a contract on top of it that doesn't exist as a competitive outcome.  And, you know, one of the things you're doing with that contract is saying, it has to be a ten-year license, which doesn't exist in the market. They tend to be, like, two years.  Ten years is a really long time in an industry like this.

You know, we heard a bunch of terms yesterday and

3207

today, or yesterday mostly, that don't exist in these contracts, right? So it's not a competitive outcome. It's disruptive to a market that already exists. So I worry about dropping a regulatory contract into a market that exists today; and that is, firms like DuckDuckGo and Yahoo! are using that market.

And I worry a lot about -- this isn't just Google that you should worry about, right? Microsoft is a big competitor in that market, right?

And so an issue would be, if the government comes in and says, Google has got to get this really attractive contract, Microsoft has to compete with that, that didn't come out of, you know, the market itself.

And so Microsoft might find that thing very hard to compete with because the government has mandated that Google provide this contract with all of these terms that Microsoft might have to match or people wouldn't want to work with them anymore. So that's -- from the top, that's one thing.

I can sort of go through -- there's a few other points that I could make. I'll try to be brief, but I -- should I just continue?

Q    Sure.

A    So through the third bullet I have on the slide, again, I think it's mostly been described to you --

3208

THE COURT:  Sorry to interrupt.

The last point you're making is that if essentially there is for a ten-year period what you've described as a license for Google syndicated ads, Microsoft -- and there are others who syndicate ads, I don't know who -- certainly Microsoft could not compete on those terms.  I mean, you're essentially effectively removing any market for syndication of advertising if there's one source where it's essentially free -- not free but at low cost?

THE WITNESS:  Yeah.

I mean, the terms, to be fair, is that it has to be at least as good as any term that Google offers.

THE COURT:  Okay.

THE WITNESS:  So it's not -- there's a contingent one we'll talk about in a minute, which it would be marginal cost, so very low cost.

But it has all these other terms.  Like, you have to -- these are not normal market terms.  Like, you have to able to set a minimum CPC, and you can't put any conditions on how you use it.

And a big one is, you have to turn over all the data.  That's not usually done, right?  So if you go to Google, you get all the ads data with it.  If you go to Microsoft, you don't, right?  It has to be -- it has to have all the extensions and everything that would go on the

Google SERP.  Microsoft doesn't do that.  So it would be very, very hard for Microsoft to compete with that.

And actually just -- if you can go down one slide here, there was a statement from Microsoft associate general counsel making this point that they're worried about the syndication remedy because it could undermine sort of their ability to compete, because it, you know, might entrench Google, if you put in a syndication remedy that, you know, might take more business to Google.

BY MR. SOMMER:

Q    Dr. Israel, have you finished the list?

A    No.  I'd like to quickly -- if we --

Q    Let's go back up one, to 11.  Thank you.

A    Just quickly, I'll just hit a couple more points on syndication.

On the third bullet here, you mostly heard this yesterday.  This undermines Google's ability to protect the interests.

There is this issue that publish -- you know -- as a syndicator, Google or Microsoft sit between publishers and advertisers.

So publishers want to maximize click revenue, and advertisers want to, you know, get a return on their ad, and so an individual publisher, an individual site might have an incentive to do tricky things to get clicks.  We've

all seen it, things jump around and you accidently click on an ad.

So Google today sits in the middle and so has an incentive to balance the interests of both sides. Individual publishers don't have that same interest, so Google does that. The condition -- the remedies says Google can't do anything to limit what a site can do, they can't place any conditions, so it takes away those rules that have that beneficial effect.

I guess I just quickly mention two more things.

Again, I worry about reducing the investment incentives. I'll mention here the investment incentives of the rivals in particular. It's a ten year -- it's very long, it's ten years, right. And so, you know, it -- rivals -- it has been described as sort of a bridge, you know, one or two years but -- I could see that, but ten years, lets rivals sort of sit on this thing for a very long time. So I worry about rivals not having much incentive to develop their own service with a ten-year license.

And then the last one that I do want to spend a minute on is the last bullet. It has this term that the financial terms offered -- anybody who comes to Google has to get financial terms that are as good as anybody else gets. It says you have to have financial terms no worse

than those offered to any other user.

The problem that creates is, suppose I'm Google and I'm negotiating with you in a private negotiation. Absent that term, I might decide I'm going to give you a good deal because you're a good negotiator. With that term, I now think if I give you that good deal, I've got to give everybody else that good deal.

So that's sort of a term that says I have to give everybody an equally good deal, has a tendency to stifle my desire to give everybody a good deal because I can't give one person a good deal without giving it to the world. So I worry that can stifle the nature of the negotiation too.

Q    Are you aware of the testimony of Mr. Epstein from adMarketplace --

A    Yes.

Q    -- about the ad syndication remedy?

A    Yes, I read the transcript.

Q    And do you have an understanding as to whether Mr. Epstein's company competes in the relevant market for general search text ad advertising?

A    As he described it, they don't.

I think -- he was quite clear that their business is to basically syndicate ads to non-GSEs.

Q    And what implication does that have, his testimony about not being in the general search text advertising

3212

market?

A    To me it just made it not relevant to the issues here because it's describing issues in a different market.

I mean, it raised -- he had some issues that I found confusing until I understood that, because they weren't really about GSE issues, but it's really just about advertising issues in a different market.

Q    Now, you touched very briefly on the contingent ad syndication remedy.

Can you -- well, let's move forward to Slide 13.

Can you describe what you understand that to be and then give your view on it.

THE COURT:  Mr. Sommer, if I could interrupt you.

We're approaching 12:30 and you're switching topics here, so perhaps it's a good time to break for lunch.

So it's just a little bit before 12:30.  We'll resume at 1:30.

I assume that stills works with the timing from the rest of the afternoon?

MR. SCHMIDTLEIN:  It does, Your Honor.

We have one more witness that we're going to call, and I think that will get us, if not to the end of the today, pretty close to the end of the day.

THE COURT:  Okay.  Good.  Otherwise -- so we can take the full hour, is the point.

3213

MR. SCHMIDTLEIN:  Yes.

THE COURT:  Okay.  Great.

Dr. Israel, I'll ask you to please not discuss your testimony during the break.

Thank you, everyone.  We'll see you in an hour.

COURTROOM DEPUTY:  All right.  This court now stands in recess.

(Recess from 12:28 p.m. to 1:35 p.m.)

3214

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that

the foregoing is a correct transcript from the record of

proceedings in the above-titled matter.


Date:__May 2, 2025_____      _____

                                 William P. Zaremba, RMR, CRR

**BY MR. CHAPMAN: [9]**
3161/11 3161/17
3164/3 3164/13
3167/5 3167/11
3171/4 3175/24
3177/24
**BY MR. DAHLQUIST:**
**[11]**   3077/6 3078/24
3079/19 3082/5
3084/23 3088/4
3090/5 3100/7 3103/6
3108/23 3111/3
**BY MR. MAY: [2]**
3185/7 3187/8
**BY MR. SAFTY: [7]**
3127/4 3136/12
3137/18 3148/25
3150/9 3152/11
3157/10
**BY MR. SOMMER: [5]**
3189/19 3190/2
3197/13 3203/6
3209/10
**BY MS. CONNOR: [3]**
3111/14 3113/2
3115/10
**COURTROOM DEPUTY:**
**[6]**   3076/11 3160/23
3161/1 3188/21
3188/24 3213/6
**MR. CHAPMAN: [10]**
3161/6 3161/14
3163/25 3167/8
3171/3 3175/20
3177/18 3177/22
3184/14 3184/21
**MR. DAHLQUIST: [20]**
3076/2 3076/6 3076/9
3076/21 3078/23
3079/10 3081/21
3084/20 3088/1
3090/2 3090/4
3102/12 3102/19
3102/22 3103/2
3111/1 3111/8
3124/25 3125/15
3189/14
**MR. MAY: [3]**   3185/2
3188/9 3188/12
**MR. SAFTY: [9]**
3126/16 3137/7
3148/24 3152/6
3156/25 3158/24
3160/15 3184/24
3188/14
**MR. SCHMIDTLEIN: [3]**
3126/10 3212/20
3213/1
**MR. SOMMER: [5]**
3188/19 3189/6
3189/8 3189/15
3189/24
**MS. CHAPMAN: [1]**
3152/10

**MS. CONNOR: [10]**
3081/5 3101/20
3102/15 3111/11
3112/25 3115/4
3115/6 3125/8
3125/20 3125/25
**THE COURT: [78]**
3076/5 3076/7
3076/16 3079/16
3081/14 3087/25
3090/3 3092/24
3095/5 3100/4 3102/5
3102/7 3102/16
3102/18 3102/20
3102/24 3103/3
3108/6 3108/22
3111/9 3112/23
3113/1 3115/5 3125/6
3125/21 3126/6
3126/14 3126/19
3136/3 3136/7
3136/11 3137/2
3150/3 3150/8 3152/8
3156/23 3157/1
3158/25 3159/9
3159/19 3160/1
3160/13 3160/16
3161/3 3161/8
3161/16 3163/23
3164/1 3164/8
3164/12 3166/17
3166/23 3167/1
3167/4 3171/1
3177/17 3184/17
3184/22 3185/1
3185/4 3187/5
3188/11 3188/16
3188/25 3189/2
3189/4 3189/7
3189/13 3190/1
3196/2 3201/15
3201/20 3202/4
3208/1 3208/13
3212/13 3212/24
3213/2
**THE WITNESS: [37]**
3081/22 3088/2
3093/1 3095/7 3100/5
3102/4 3102/6
3102/17 3108/9
3126/5 3126/15
3136/6 3136/8 3137/3
3150/7 3157/3 3159/7
3159/11 3159/25
3160/5 3160/22
3164/9 3166/19
3166/25 3167/3
3177/19 3177/23
3187/7 3188/18
3189/1 3189/3 3196/7
3201/18 3201/23
3202/5 3208/10
3208/14

**$**

**$200 [1]**   3173/23

**$200 million [1]**
3173/23
**$570 [1]**   3133/23

**'**

**'privacy,' [1]**
3101/4

**.**

**.5 [1]**   3180/21

**1**

**10 [3]**   3072/7
3176/12 3205/13
**10 Blue [1]**   3108/19
**100 percent [1]**
3108/11
**10019 [1]**   3074/17
**11 [4]**   3082/19
3082/21 3206/10
3209/13
**11.1 [1]**   3082/9
**11:00 [1]**   3160/18
**11:10 [1]**   3160/25
**11:23 [1]**   3160/25
**11:25 [1]**   3160/18
**12:28 [1]**   3213/8
**12:30 [2]**   3212/14
3212/16
**13 [1]**   3212/10
**1300 [1]**   3074/6
**1301 [1]**   3074/16
**15 [3]**   3090/6
3090/12 3129/23
**16 years [1]**   3128/9
**162 [1]**   3174/1
**1735 [1]**   3079/24
**1996 [1]**   3128/17
**1:30 [1]**   3212/17
**1:35 [1]**   3213/8

**2**

**2-0 [1]**   3079/22
**2.7B [2]**   3112/21
3112/25
**2.7Biv [1]**   3113/8
**2.7C [5]**   3107/3
3107/8 3107/10
3107/24 3111/17
**2.9 [24]**   3082/18
3082/24 3083/7
3083/18 3083/22
3085/10 3085/15
3086/21 3087/9
3087/25 3088/16
3090/16 3090/22
3091/14 3093/8
3093/9 3095/17
3103/8 3103/14
3103/25 3104/6
3106/24 3117/6
3117/7
**2.99 [1]**   3100/25
**20 [3]**   3079/22
3124/5 3145/9
**20 million [1]**

3129/24
**20-3010 [2]**   3072/4
3076/12
**20001 [1]**   3074/22
**20024 [1]**   3074/12
**2009 [1]**   3098/14
**2010 [8]**   3084/15
3085/8 3085/12
3086/7 3089/4 3098/2
3098/14 3116/8
**2013 [1]**   3128/14
**2014 [1]**   3146/10
**2016 [1]**   3128/18
**2018 [5]**   3086/7
3086/9 3089/4
3128/18 3128/19
**202 [4]**   3073/5
3073/10 3074/12
3074/23
**2020 [3]**   3077/17
3078/2 3128/19
**2021 [4]**   3127/17
3139/19 3171/12
3180/18
**2022 [3]**   3139/19
3180/18 3183/11
**2023 [3]**   3130/20
3151/16 3176/3
**2024 [2]**   3138/12
3168/9
**2025 [2]**   3072/5
3214/7
**2026 [1]**   3167/2
**20530 [1]**   3073/9
**209 [1]**   3073/4
**212 [1]**   3074/18
**22 [1]**   3124/5
**25 [1]**   3124/19
**28 [1]**   3177/20
**29 [1]**   3082/21

**3**

**30 [8]**   3100/17
3102/14 3102/15
3102/20 3102/22
3104/2 3123/15
3123/18
**3010 [2]**   3072/4
3076/12
**3249 [1]**   3074/23
**333 [1]**   3074/22
**34 [1]**   3093/18
**35 [3]**   3094/20
3095/16 3095/19
**353-9006 [1]**   3073/10
**354-3249 [1]**   3074/23
**37 [1]**   3096/8
**38 [1]**   3098/4

**4**

**40th [1]**   3074/17
**434-5000 [1]**   3074/12
**450 [1]**   3073/8
**48 [3]**   3177/11
3177/18 3177/19

**4**

**497-7728 [1]**  3074/18

**5**

**5.1 [6]**  3118/23
3119/8 3119/21
3120/5 3120/19
3121/3
**5.1a [1]**  3117/22
**5.1b [2]**  3118/10
3118/15
**5000 [1]**  3074/12
**501 [1]**  3128/25
**508-6000 [1]**  3074/7
**54 [6]**  3100/15
3100/18 3100/22
3102/13 3104/3
3125/16
**54-3 [1]**  3102/13
**55 [2]**  3125/5
3125/16
**56 [4]**  3123/17
3123/18 3124/19
3125/16
**57 [1]**  3125/16
**58 [1]**  3125/16
**59 [1]**  3125/17
**599 [1]**  3168/6
**5th [1]**  3073/8

**6**

**60 [1]**  3125/17
**600 [1]**  3073/4
**6000 [1]**  3074/7
**601 [2]**  3168/16
3171/5
**60604 [1]**  3073/5
**628 [1]**  3173/16
**638 [1]**  3171/18
**680 [1]**  3074/11
**6E [1]**  3203/10

**7**

**70 [1]**  3080/21
**7100 [1]**  3073/9
**720 [1]**  3074/7
**723 [2]**  3107/9
3112/20
**726 [1]**  3082/20
**734 [1]**  3113/24
**749 [1]**  3093/19
**7728 [1]**  3074/18
**7th [1]**  3074/6

**8**

**80 [1]**  3145/9
**80/20 [1]**  3145/9
**80203 [1]**  3074/7
**805-8563 [1]**  3073/5
**85 [3]**  3134/2 3163/3
3164/9
**85 percent [1]**
3165/6
**8563 [1]**  3073/5

**9**

**9.4 [2]**  3113/14
3113/23
**9.4b [1]**  3114/10
**90 percent [1]**
3129/17
**9006 [1]**  3073/10
**960 [1]**  3129/4
**97 [1]**  3177/13
**97 to [1]**  3178/6
**98 [3]**  3177/6
3177/13 3178/6
**9:25 [1]**  3072/6

**A**

**a.m [3]**  3072/6
3160/25 3160/25
**ability [11]**  3097/11
3112/2 3158/16
3159/4 3194/6 3195/2
3195/22 3205/6
3205/7 3209/7
3209/17
**able [14]**  3099/2
3112/2 3130/11
3133/12 3153/3
3153/4 3154/12
3159/5 3166/2 3180/5
3197/23 3197/24
3201/16 3208/19
**about [113]**  3077/13
3078/4 3080/21
3081/15 3081/20
3085/15 3088/18
3088/20 3096/11
3096/15 3099/22
3101/15 3103/5
3103/22 3105/5
3107/10 3110/16
3110/21 3112/6
3113/5 3114/25
3117/22 3117/23
3118/24 3118/25
3122/8 3122/9 3122/9
3122/16 3122/21
3123/14 3124/9
3125/23 3128/22
3129/4 3129/17
3129/23 3130/20
3132/4 3133/23
3134/2 3135/21
3136/9 3139/12
3140/19 3145/9
3147/13 3154/5
3159/23 3160/4
3161/18 3162/3
3163/3 3163/17
3166/4 3172/11
3172/17 3173/19
3174/18 3175/2
3175/3 3175/5
3175/17 3176/3
3176/4 3180/7
3182/13 3191/12
3191/21 3192/23

3194/23 3195/7
3195/9 3195/13
3195/13 3195/14
3195/25 3196/16
3197/2 3198/1 3198/1
3199/13 3200/5
3200/8 3200/20
3200/21 3201/19
3201/20 3201/21
3202/11 3202/17
3202/18 3202/24
3202/25 3203/8
3203/13 3203/15
3203/16 3203/17
3204/1 3204/16
3206/7 3207/4 3207/7
3207/8 3208/15
3209/5 3210/11
3210/18 3211/16
3211/25 3212/6
3212/6
**above [1]**  3214/4
**above-titled [1]**
3214/4
**absent [2]**  3183/13
3211/4
**acceptable [1]**
3125/20
**accepted [1]**  3152/8
**access [7]**  3141/4
3141/19 3141/22
3143/20 3157/9
3166/4 3183/22
**accessible [2]**
3132/1 3132/17
**accidently [1]**
3210/1
**accompany [1]**
3188/10
**accounting [1]**
3129/9
**achieve [2]**  3159/23
3160/3
**acknowledging [1]**
3145/8
**acquisitions [1]**
3128/6
**across [3]**  3133/17
3135/11 3139/5
**act [1]**  3108/7
**Action [1]**  3076/12
**activities [2]**
3132/11 3135/4
**actual [3]**  3143/22
3153/21 3196/12
**actually [21]**
3078/19 3078/21
3079/13 3080/18
3083/18 3083/22
3087/17 3087/21
3102/9 3106/4
3106/15 3119/16
3125/13 3130/13
3141/22 3142/22
3143/19 3150/24

3159/23 3176/15
3209/3

**ad [51]**  3078/13
3085/22 3095/21
3122/1 3142/8
3142/14 3142/22
3143/2 3143/3
3143/10 3143/22
3143/23 3153/22
3154/14 3157/6
3174/8 3190/19
3191/11 3191/12
3192/14 3194/12
3194/14 3194/15
3194/19 3194/20
3195/7 3195/9
3195/11 3195/13
3196/4 3196/13
3196/15 3196/18
3196/24 3197/5
3197/16 3197/21
3197/23 3198/11
3198/12 3198/17
3198/23 3199/1
3199/4 3200/17
3205/12 3209/23
3210/2 3211/16
3211/20 3212/8
**ad-side [1]**  3192/14
**add [3]**  3104/24
3192/15 3200/19
**adding [1]**  3195/18
**addition [5]**  3081/10
3086/2 3096/10
3110/1 3171/15
**additional [10]**
3093/15 3098/11
3116/10 3117/7
3124/21 3166/13
3192/15 3195/4
3195/12 3195/18
**address [6]**  3191/9
3192/6 3192/9
3192/12 3192/16
3194/22
**addressed [2]**  3191/5
3203/7
**addresses [2]**
3192/11 3192/11
**addressing [1]**
3192/10
**ADKINS [7]**  3077/2
3077/7 3103/3
3110/14 3111/15
3126/3 3126/7
**Adkins' [1]**  3076/19
**adMarketplace [6]**
3156/20 3157/4
3157/13 3186/19
3186/21 3211/14
**admit [2]**  3152/6
3184/14
**admitted [5]**  3075/11
3079/16 3115/4
3137/12 3184/18

**A**

**ads [48]**   3095/15
3121/18 3121/18
3122/2 3141/5 3141/6
3152/14 3153/13
3153/16 3154/7
3155/4 3155/9
3170/11 3170/15
3170/24 3171/1
3171/3 3173/13
3173/23 3174/9
3174/16 3190/9
3190/17 3191/13
3192/21 3194/4
3194/6 3197/24
3198/8 3198/8
3198/13 3198/15
3198/20 3198/21
3198/22 3199/10
3199/16 3199/21
3200/2 3200/6 3200/7
3200/10 3200/12
3205/15 3208/4
3208/5 3208/23
3211/23
**adult [3]**   3112/10
3116/12 3117/15
**advance [2]**   3076/3
3190/7
**advantage [4]**   3199/9
3200/17 3201/4
3202/24
**advertise [1]**
3186/22
**advertisements [5]**
3170/17 3186/16
3196/23 3197/1
3197/3
**advertiser [23]**
3093/22 3094/3
3094/4 3094/9
3094/17 3094/25
3095/1 3095/6 3095/8
3095/9 3095/14
3121/16 3121/21
3121/21 3121/22
3191/10 3191/23
3193/7 3193/10
3194/2 3194/8 3200/8
3204/10
**advertiser's [1]**
3095/10
**advertiser-focused
[1]**   3191/10
**Advertiser-related
[1]**   3093/22
**advertiser-side [3]**
3191/23 3193/7
3193/10
**advertisers [25]**
3095/3 3121/25
3122/2 3122/11
3155/21 3186/17
3190/25 3191/1
3192/3 3193/1

3193/11 3194/9
3194/20 3195/23
3196/23 3197/7
3197/11 3200/4
3203/8 3203/11
3204/22 3205/5
3205/8 3209/21
3209/23
**advertising [15]**
3095/17 3128/17
3131/14 3131/19
3157/5 3185/25
3187/2 3190/16
3195/19 3195/22
3204/12 3208/8
3211/20 3211/25
3212/7
**Advertising-related
[1]**   3095/17
**advocacy [1]**   3147/13
**advocated [2]**   3148/2
3148/2
**affect [2]**   3144/18
3145/12
**affects [1]**   3173/7
**after [14]**   3076/4
3086/9 3091/5
3127/21 3127/25
3128/5 3128/8
3128/12 3128/16
3128/21 3160/18
3166/10 3174/18
3199/4
**afternoon [1]**
3212/19
**again [37]**   3084/7
3089/4 3091/14
3091/18 3091/21
3095/2 3099/11
3100/4 3101/22
3106/19 3108/11
3112/23 3116/3
3116/6 3116/22
3119/8 3119/21
3119/24 3120/21
3140/16 3146/16
3151/14 3153/18
3154/9 3161/2
3163/24 3172/1
3174/7 3182/22
3192/22 3193/4
3199/7 3200/15
3203/10 3204/25
3207/25 3210/11
**against [5]**   3165/11
3175/13 3175/15
3194/4 3194/6
**agents [1]**   3132/1
**aggressive [1]**
3155/15
**ago [6]**   3085/4
3085/5 3134/1
3140/22 3149/10
3165/11
**agree [7]**   3078/8

3080/10 3098/19
3107/19 3108/24
3110/14 3159/2
**agreeable [3]**
3099/12 3106/23
3119/18
**agreed [12]**   3079/8
3086/19 3103/8
3106/22 3109/17
3109/18 3114/17
3115/25 3116/11
3117/24 3131/1
3189/10
**agreement [75]**
3077/14 3077/17
3078/2 3078/8
3078/14 3078/17
3079/4 3079/7
3079/21 3079/22
3080/24 3082/17
3083/9 3083/13
3083/18 3084/2
3084/14 3084/17
3084/24 3085/1
3088/14 3092/19
3092/21 3093/2
3093/7 3093/18
3093/24 3096/8
3096/12 3097/1
3105/23 3106/4
3106/12 3106/25
3107/8 3107/20
3109/13 3110/10
3110/22 3111/6
3111/17 3114/20
3115/18 3117/21
3118/16 3120/11
3121/13 3130/21
3130/24 3131/8
3133/25 3134/8
3143/5 3156/5 3156/6
3156/12 3156/17
3157/14 3157/19
3158/14 3158/15
3158/22 3163/5
3165/22 3166/11
3166/13 3166/15
3166/18 3166/20
3166/21 3166/22
3166/25 3181/13
3183/15 3189/8
**agreements [4]**
3120/8 3120/9
3151/15 3201/17
**Ah [1]**   3102/16
**ahead [7]**   3076/5
3114/7 3125/22
3147/10 3149/3
3151/23 3160/16
**AI [14]**   3132/1
3132/15 3132/16
3158/2 3158/7
3158/16 3158/21
3160/6 3160/7 3160/9
3168/21 3172/24

3183/21 3183/22
**AI voice [1]**   3132/1
**aid [1]**   3190/15
**aided [1]**   3074/24
**al [2]**   3072/3
3076/13
**Algorithms [1]**
3132/4
**aligned [1]**   3132/14
**alive [1]**   3154/3
**all [60]**   3079/20
3082/3 3082/16
3085/6 3092/10
3102/18 3110/24
3111/9 3113/3
3113/19 3114/8
3116/17 3118/16
3119/19 3121/11
3125/4 3125/17
3125/21 3126/6
3126/14 3131/10
3132/2 3133/6
3133/12 3136/5
3143/17 3143/20
3148/4 3150/23
3155/14 3160/16
3160/23 3161/1
3180/6 3182/11
3188/13 3188/16
3191/10 3198/13
3199/21 3200/5
3200/8 3200/25
3201/22 3203/18
3203/19 3204/5
3204/12 3204/14
3204/18 3205/9
3205/11 3206/5
3207/16 3208/17
3208/21 3208/23
3208/25 3210/1
3213/6
**all right [3]**   3111/9
3188/16 3201/22
**all the [1]**   3182/11
**allow [2]**   3114/20
3155/12
**allowed [2]**   3086/14
3116/22
**almost [3]**   3143/13
3146/12 3165/5
**along [1]**   3197/3
**already [7]**   3079/11
3167/9 3175/22
3195/11 3198/20
3198/23 3207/3
**also [36]**   3080/17
3084/5 3089/9 3089/9
3092/20 3094/20
3096/17 3101/3
3102/4 3102/17
3106/1 3108/17
3109/13 3111/4
3111/25 3112/12
3115/8 3119/3
3121/10 3122/16

**A**

**also... [16]**   3128/15
3129/11 3131/14
3131/22 3132/11
3148/2 3150/25
3153/22 3154/16
3154/17 3157/7
3178/15 3183/21
3185/21 3199/24
3202/12
**alternative [9]**
3133/15 3136/24
3137/4 3139/4
3141/16 3158/9
3158/10 3181/9
3181/21
**alternatives [2]**
3135/23 3154/1
**although [1]**   3191/21
**Altius [1]**   3128/13
**altogether [1]**
3146/6
**always [3]**   3101/17
3146/23 3179/6
**am [22]**   3077/10
3077/18 3078/19
3080/18 3083/21
3091/21 3091/22
3106/9 3110/17
3110/17 3110/23
3123/20 3130/4
3130/25 3139/16
3146/3 3149/7 3151/9
3161/24 3165/12
3165/16 3203/22
**am not [2]**   3091/21
3091/22
**Amazon [4]**   3186/12
3198/20 3204/18
3204/19
**amended [2]**   3079/8
3115/1
**amendment [3]**
3083/15 3115/11
3116/1
**amendments [3]**
3082/13 3084/20
3084/22
**AMERICA [2]**   3072/3
3076/13
**Americans [1]**
3129/20
**Americas [1]**   3074/16
**AMIT [2]**   3072/9
3161/2
**Amit P [1]**   3161/2
**among [2]**   3152/4
3173/4
**amount [8]**   3081/16
3135/14 3139/8
3154/12 3160/10
3170/23 3170/25
3179/23
**Amounts [2]**   3080/1
3080/10

**analyses [7]**   3138/7
3138/14 3138/18
3139/1 3139/9 3140/6
3140/21
**analysis [21]**   3129/8
3137/23 3139/14
3141/8 3144/22
3144/25 3145/18
3171/20 3171/23
3176/8 3180/8
3180/11 3180/13
3180/17 3181/1
3181/5 3181/7
3181/11 3181/12
3182/9 3201/3
**analyzing [1]**
3191/16
**annual [2]**   3142/24
3171/1
**annually [1]**   3170/24
**Anonym [1]**   3131/18
**another [18]**   3082/17
3087/8 3092/20
3095/16 3098/10
3117/20 3135/6
3135/7 3138/3
3140/12 3146/16
3149/16 3150/20
3153/12 3196/20
3198/10 3199/7
3203/24
**answer [11]**   3101/1
3101/7 3101/19
3103/12 3104/7
3104/13 3104/15
3105/4 3125/19
3196/9 3197/22
**answered [1]**   3124/2
**answers [1]**   3125/17
**Anthropic [1]**
3158/11
**antitrust [3]**   3073/3
3074/4 3165/15
**any [60]**   3080/9
3082/1 3088/10
3099/17 3099/21
3100/23 3103/11
3104/4 3113/12
3113/13 3113/18
3114/14 3114/21
3119/2 3119/12
3120/7 3121/10
3121/17 3123/10
3123/12 3123/25
3135/21 3137/14
3137/16 3138/6
3140/18 3143/8
3144/5 3144/10
3148/9 3148/11
3151/14 3152/21
3155/1 3156/9
3156/14 3157/11
3158/15 3158/19
3158/21 3160/14
3164/17 3164/21

3168/14 3167/15
3172/7 3183/9
3183/15 3184/8
3184/11 3184/23
3188/13 3191/14
3201/10 3206/15
3208/7 3208/12
3208/19 3210/8
3211/1
**anybody [2]**   3210/23
3210/24
**anymore [2]**   3091/6
3207/18
**anyone [1]**   3159/12
**anything [9]**   3081/25
3091/25 3113/20
3116/14 3119/4
3120/13 3122/8
3122/14 3210/7
**anyway [2]**   3081/19
3201/9
**anywhere [2]**   3125/18
3151/15
**API [3]**   3086/10
3086/14 3110/18
**APIs [1]**   3086/3
**apologize [1]**
3177/21
**app [2]**   3151/20
3151/20
**apparatus [3]**
3197/10 3197/25
3198/22
**appear [3]**   3184/3
3184/4 3188/4
**APPEARANCES [2]**
3072/11 3073/11
**appears [5]**   3079/9
3088/2 3142/22
3144/18 3149/8
**Appendix [8]**   3093/10
3093/16 3093/17
3093/18 3093/20
3093/22 3096/7
3097/12
**Apple [1]**   3133/8
**Apple's [1]**   3162/18
**application [2]**
3129/25 3179/16
**applications [2]**
3178/16 3178/16
**applied [3]**   3122/1
3145/8 3181/5
**applies [2]**   3142/4
3142/7
**apply [1]**   3119/1
**approach [9]**   3078/23
3090/2 3137/7
3148/24 3161/15
3174/15 3185/3
3189/24 3203/14
**approached [1]**
3115/22
**approaching [1]**
3212/14

**appropriate [2]**
3125/24 3195/17
**approximate [1]**
3170/25
**approximately [7]**
3129/20 3133/21
3133/24 3138/13
3138/16 3163/10
3163/12
**are [153]**
**are there [1]**
3124/20
**area [1]**   3189/11
**aren't [1]**   3195/13
**argument [1]**   3201/8
**around [4]**   3118/3
3121/16 3122/4
3210/1
**arrangement [2]**
3121/22 3157/7
**arrangements [5]**
3122/17 3156/10
3156/15 3157/12
3158/20
**articles [1]**   3187/15
**as [160]**
**as a [1]**   3209/20
**as opposed [1]**
3203/2
**Asia [2]**   3083/3
3083/5
**aside [1]**   3175/4
**ask [23]**   3077/10
3103/5 3104/21
3108/6 3109/8 3122/5
3123/13 3125/3
3125/8 3139/11
3140/18 3145/22
3159/1 3160/20
3172/3 3172/7 3172/7
3175/20 3188/9
3196/2 3197/14
3199/13 3213/3
**asked [26]**   3101/18
3101/24 3103/11
3103/15 3103/23
3104/12 3113/5
3114/25 3117/21
3117/23 3122/9
3122/16 3122/21
3123/14 3123/24
3124/7 3124/19
3125/14 3161/18
3162/2 3175/5 3180/7
3190/5 3190/6 3190/8
3191/3
**asking [5]**   3081/13
3081/15 3101/23
3102/1 3123/3
**asks [1]**   3152/3
**aspect [1]**   3136/25
**assessment [3]**
3112/2 3112/8
3205/15
**assignment [1]**

**A**

**assignment... [1]**
 3190/4
**assist [7]**   3107/24
 3108/25 3110/3
 3117/17 3189/21
 3190/15 3192/21
**associate [1]**   3209/4
**associated [6]**
 3088/11 3092/12
 3110/3 3110/12
 3123/7 3124/20
**assume [4]**   3137/5
 3144/23 3153/14
 3212/18
**ATR [1]**   3073/8
**attachments [2]**
 3168/1 3168/4
**attempt [1]**   3114/13
**attempting [1]**
 3151/18
**attractive [1]**
 3207/11
**attributes [1]**
 3088/11
**auctions [1]**   3195/6
**available [13]**
 3085/19 3086/2
 3096/21 3096/25
 3098/6 3098/11
 3098/15 3101/9
 3115/15 3162/15
 3186/16 3188/7
 3188/8
**Avenue [3]**   3074/11
 3074/16 3074/22
**average [3]**   3129/22
 3129/23 3142/3
**aware [20]**   3083/17
 3083/21 3110/20
 3110/23 3110/24
 3111/4 3123/12
 3123/25 3124/2
 3152/12 3152/16
 3165/10 3165/13
 3165/16 3178/11
 3178/14 3178/15
 3178/18 3193/6
 3211/13
**away [8]**   3146/15
 3146/20 3159/12
 3176/21 3179/16
 3198/25 3204/9
 3210/8
**awful [1]**   3134/18

**B**

**BA [1]**   3127/23
**back [15]**   3077/7
 3079/21 3089/4
 3093/7 3096/4
 3102/22 3125/4
 3133/10 3154/14
 3170/19 3171/5
 3182/22 3183/5

3188/25 3209/13
**backed [2]**   3162/16
 3162/17
**background [4]**
 3127/21 3161/19
 3161/22 3187/10
**backup [1]**   3108/8
**bad [1]**   3147/5
**balance [2]**   3138/4
 3210/4
**balancing [2]**
 3179/13 3179/14
**bar [3]**   3142/1
 3148/13 3150/21
**barely [1]**   3189/15
**Barrett [1]**   3074/21
**base [3]**   3080/24
 3082/7 3082/9
**based [12]**   3116/20
 3124/1 3131/3
 3136/19 3139/9
 3139/14 3144/13
 3149/19 3155/17
 3164/24 3165/2
 3180/17
**basic [1]**   3094/16
**basically [7]**   3133/6
 3145/18 3190/13
 3190/22 3194/7
 3205/23 3211/23
**basis [10]**   3088/7
 3115/19 3129/18
 3129/22 3137/14
 3142/24 3142/25
 3145/7 3179/18
 3193/13
**Bates [6]**   3079/23
 3079/23 3082/20
 3093/19 3107/9
 3168/5
**be [110]**   3079/9
 3079/16 3080/8
 3081/11 3084/10
 3086/14 3086/18
 3086/20 3088/2
 3093/5 3093/10
 3095/17 3096/16
 3097/15 3098/6
 3102/10 3105/25
 3108/9 3109/17
 3112/2 3112/14
 3114/18 3119/5
 3120/17 3122/14
 3125/20 3130/10
 3132/8 3133/12
 3133/15 3133/18
 3135/10 3136/14
 3139/3 3139/21
 3140/25 3141/10
 3142/8 3142/22
 3143/16 3143/16
 3143/17 3144/11
 3144/15 3144/24
 3145/16 3148/5
 3149/8 3150/6

3151/21 3152/7
3152/13 3152/20
3152/22 3153/2
3153/3 3153/4 3153/7
3154/1 3154/2
3154/12 3154/14
3154/20 3154/21
3155/6 3158/6 3159/5
3159/8 3159/8
3159/25 3161/3
3165/5 3165/7
3165/21 3170/8
3172/2 3175/11
3175/18 3176/8
3177/14 3178/7
3181/7 3181/9
3181/18 3181/19
3184/18 3186/24
3187/15 3189/12
3190/15 3196/21
3197/21 3197/22
3197/23 3200/9
3202/8 3204/20
3205/23 3206/3
3206/16 3206/22
3206/23 3207/10
3207/21 3208/11
3208/12 3208/15
3208/24 3209/1
3212/11
**be required [1]**
 3190/15
**became [1]**   3204/18
**because [52]**   3083/22
 3087/16 3088/25
 3089/2 3089/24
 3102/20 3103/25
 3105/23 3106/16
 3116/3 3119/10
 3119/20 3125/5
 3125/12 3129/25
 3130/7 3131/3
 3133/10 3134/19
 3135/6 3141/24
 3143/1 3144/22
 3144/23 3145/3
 3145/4 3146/23
 3148/3 3154/21
 3155/16 3156/11
 3156/17 3157/13
 3158/21 3160/6
 3172/8 3181/9 3183/9
 3183/13 3192/22
 3195/25 3201/9
 3201/12 3205/1
 3205/8 3207/15
 3209/6 3209/7 3211/5
 3211/10 3212/3
 3212/5
**become [1]**   3152/24
**becomes [1]**   3119/12
**been [42]**   3077/2
 3077/16 3078/1
 3078/14 3079/8
 3083/14 3083/15

3099/8 3105/4 3115/1
 3115/4 3124/14
 3141/21 3142/6
 3145/5 3146/22
 3148/4 3154/4
 3154/16 3161/25
 3169/24 3170/1
 3175/8 3175/10
 3175/22 3181/15
 3190/20 3191/3
 3192/7 3194/23
 3195/1 3198/1 3198/3
 3199/3 3199/8
 3203/13 3204/11
 3205/17 3205/22
 3206/15 3207/25
 3210/15
**before [12]**   3072/9
 3088/24 3090/25
 3098/6 3098/17
 3103/3 3106/19
 3115/13 3116/6
 3120/22 3180/24
 3212/16
**beginning [3]**   3085/2
 3114/1 3124/18
**begins [1]**   3139/14
**behalf [4]**   3076/22
 3126/17 3159/14
 3185/9
**behave [1]**   3141/3
**behaved [1]**   3140/2
**behavior [8]**   3130/11
 3130/18 3139/21
 3142/5 3145/16
 3145/17 3160/7
 3185/19
**being [13]**   3101/5
 3127/6 3132/7 3132/9
 3135/3 3143/25
 3162/22 3166/2
 3180/5 3182/10
 3200/3 3204/21
 3211/25
**belief [1]**   3179/23
**believe [50]**   3081/7
 3082/2 3082/15
 3083/11 3083/14
 3083/15 3085/11
 3085/12 3087/1
 3087/16 3088/24
 3089/4 3092/22
 3095/23 3095/25
 3099/1 3099/17
 3103/10 3103/11
 3103/12 3103/13
 3105/10 3105/15
 3105/25 3109/23
 3111/4 3111/15
 3112/9 3112/14
 3112/18 3113/4
 3116/13 3117/6
 3117/23 3118/7
 3120/7 3121/19
 3124/11 3134/6

**B**

**believe... [11]**
3134/10 3135/16
3136/22 3137/13
3144/10 3145/15
3160/2 3163/3
3178/22 3185/12
3191/8
**below [2]** 3168/1
3186/1
**beneficial [1]**
3210/9
**benefit [11]** 3119/19
3132/8 3134/7
3135/12 3159/3
3192/17 3192/24
3193/5 3193/12
3203/4 3205/1
**benefits [1]** 3146/24
**best [7]** 3091/9
3117/2 3140/8
3140/14 3148/22
3179/5 3179/24
**better [4]** 3084/10
3108/21 3159/8
3183/4
**betting [1]** 3153/2
**between [35]** 3076/8
3084/8 3084/25
3092/20 3092/21
3093/2 3093/23
3094/5 3096/5
3097/16 3098/23
3099/13 3104/11
3104/25 3109/18
3109/18 3119/5
3119/6 3122/24
3133/16 3136/23
3139/19 3139/19
3140/4 3142/10
3143/9 3149/11
3155/1 3160/7 3183/7
3191/21 3191/24
3192/12 3192/13
3209/20
**bid [4]** 3137/5
3200/3 3200/4
3204/13
**bids [1]** 3200/8
**big [7]** 3133/3
3133/11 3162/16
3162/17 3200/20
3207/8 3208/21
**bigger [1]** 3123/19
**biggest [1]** 3134/5
**billing [2]** 3080/16
3094/17
**billions [2]** 3080/11
3081/3
**binder [7]** 3079/2
3079/3 3161/14
3163/14 3175/21
3185/3 3186/5
**binders [1]** 3078/21
**Bing [21]** 3136/2

3136/16 3136/19
3139/24 3140/11
3141/11 3141/15
3141/22 3143/4
3143/11 3143/15
3143/22 3144/7
3149/23 3152/20
3156/6 3156/16
3179/21 3181/15
3183/7 3193/23
**bit [14]** 3076/17
3078/4 3098/12
3128/22 3139/11
3150/21 3152/1
3162/4 3174/12
3175/5 3191/14
3199/3 3205/18
3212/16
**blow [1]** 3111/20
**blown [2]** 3186/12
3186/24
**blue [6]** 3108/19
3138/20 3140/24
3140/25 3142/11
3143/11
**blunted [1]** 3201/15
**board [12]** 3137/24
3168/2 3168/11
3168/24 3169/14
3171/6 3171/24
3173/3 3173/5 3174/5
3182/11 3183/19
**bolded [2]** 3142/14
3169/12
**booking [1]** 3194/18
**both [8]** 3099/9
3106/23 3188/4
3191/8 3192/2 3192/2
3192/6 3210/4
**bottom [11]** 3079/23
3138/25 3139/2
3144/19 3145/13
3149/21 3150/5
3168/16 3174/12
3178/2 3178/3
**box [6]** 3130/16
3154/18 3172/1
3172/12 3172/20
3187/5
**boxes [3]** 3138/20
3167/13 3169/8
**boy [1]** 3093/9
**brand [1]** 3111/25
**branded [1]** 3109/3
**Brave [2]** 3193/24
3199/2
**break [6]** 3157/2
3160/17 3160/21
3192/19 3212/15
3213/4
**bridge [1]** 3210/15
**brief [3]** 3076/2
3097/15 3207/21
**briefly [5]** 3104/19
3127/20 3128/2

3134/21 3212/8
**broad [1]** 3119/4
**broaden [1]** 3132/17
**broader [2]** 3102/2
3198/12
**broadly [3]** 3133/17
3186/16 3188/8
**Broadway [1]** 3074/6
**brought [1]** 3165/10
**browse [2]** 3133/13
3164/20
**browser [57]** 3096/2
3129/14 3129/21
3130/8 3131/14
3131/20 3131/21
3132/19 3132/20
3132/24 3133/2
3133/3 3133/5 3135/3
3135/18 3146/6
3146/11 3146/21
3147/4 3147/7
3147/13 3147/21
3148/7 3148/17
3148/18 3149/15
3150/13 3150/15
3151/23 3152/5
3162/5 3162/12
3162/18 3164/17
3164/21 3164/22
3164/24 3165/1
3168/18 3170/15
3170/18 3173/20
3175/8 3175/10
3176/3 3176/4 3176/7
3177/1 3177/7
3178/12 3178/19
3179/3 3179/20
3182/21 3182/22
3185/20 3186/8
**browsers [9]** 3133/6
3133/16 3147/22
3162/18 3164/14
3164/23 3164/25
3173/12 3176/22
**Bruce [1]** 3074/2
**budget [1]** 3200/8
**budgets [1]** 3204/14
**build [9]** 3110/8
3113/11 3113/19
3114/21 3119/13
3153/3 3154/12
3155/8 3155/17
**building [3]** 3131/19
3152/25 3155/11
**builds [1]** 3108/15
**built [1]** 3164/14
**bulk [1]** 3137/12
**bullet [14]** 3139/13
3146/4 3169/20
3170/11 3173/6
3174/11 3174/13
3176/13 3176/20
3177/1 3197/14
3207/24 3209/16
3210/22

**bullets [4]** 3169/7
3172/6 3172/9
3172/19
**bunch [3]** 3143/24
3196/1 3206/25
**bundle [2]** 3130/14
3151/23
**bundled [2]** 3147/22
3151/14
**business [27]**
3085/23 3128/1
3128/8 3129/11
3129/15 3129/18
3131/14 3132/14
3135/11 3135/19
3155/9 3155/17
3156/10 3156/15
3157/12 3158/20
3170/11 3171/15
3174/20 3174/23
3192/21 3195/7
3195/13 3205/22
3205/25 3209/9
3211/22
**business's [1]**
3165/6
**BuzzFeed [1]** 3128/20

**C**

**cache [8]** 3097/4
3097/9 3097/11
3097/18 3097/19
3098/1 3113/11
3113/16
**cached [2]** 3097/17
3097/17
**caching [1]** 3113/5
**call [12]** 3088/3
3101/13 3105/5
3126/11 3141/19
3152/1 3152/1 3157/7
3185/18 3185/24
3190/8 3212/21
**called [13]** 3107/17
3131/18 3142/14
3148/12 3149/10
3157/5 3168/8
3185/12 3190/20
3192/8 3198/11
3198/12 3199/2
**calling [2]** 3076/11
3192/7
**calls [1]** 3188/19
**came [2]** 3133/25
3180/24
**campaign [1]** 3095/14
**can [115]** 3076/3
3076/7 3078/20
3079/2 3080/5
3081/12 3082/3
3082/14 3083/22
3084/2 3084/22
3085/17 3087/20
3094/25 3095/14
3097/21 3098/6

3221

**C**

**can... [98]**  3099/20 3100/15 3104/9 3104/12 3104/21 3108/6 3109/8 3112/13 3112/20 3113/8 3113/16 3114/15 3114/18 3115/13 3115/15 3115/22 3118/5 3118/10 3118/18 3119/8 3119/13 3119/21 3120/5 3120/19 3121/3 3121/14 3123/21 3123/22 3124/5 3125/3 3125/8 3125/23 3130/14 3130/17 3135/7 3135/15 3135/25 3137/21 3144/23 3147/10 3148/14 3149/3 3150/10 3151/3 3151/10 3153/23 3156/7 3157/22 3158/6 3158/25 3159/12 3163/14 3163/18 3163/23 3167/10 3168/5 3168/17 3169/8 3171/5 3171/18 3173/16 3175/4 3175/11 3175/18 3176/5 3176/7 3176/12 3177/5 3178/2 3179/19 3183/4 3184/3 3187/10 3191/18 3193/13 3193/16 3195/16 3196/2 3196/6 3196/12 3198/2 3198/8 3198/15 3199/6 3201/15 3201/23 3201/25 3202/14 3203/24 3204/5 3204/7 3207/20 3209/3 3210/7 3211/12 3212/10 3212/11 3212/24

**can't [7]**  3082/1 3105/18 3205/7 3208/19 3210/7 3210/7 3211/10

**canceled [1]**  3151/15

**cannot [1]**  3113/18

**capability [1]** 3148/8

**capitalized [1]** 3087/17

**car [1]**  3132/7

**card [2]**  3150/25 3151/1

**career [1]**  3128/3

**careful [1]**  3172/2

**carefully [1]** 3101/17

**cares [1]**  3112/6

**Carr [1]**  3074/5

**carry [1]**  3113/12

**case [21]**  3123/6 3130/20 3137/9 3141/20 3142/8 3142/24 3143/15 3146/19 3148/4 3152/13 3158/2 3165/7 3172/23 3178/24 3179/6 3181/18 3183/16 3193/2 3193/20 3195/3 3197/5

**cases [5]**  3076/18 3130/9 3141/16 3175/11 3179/1

**cause [1]**  3147/6

**causing [1]**  3138/1

**caution [4]**  3138/19 3139/6 3140/16 3167/13

**cautious [1]**  3080/9

**cconnor [1]**  3074/13

**Center [1]**  3074/5

**CEO's [1]**  3167/20

**certain [10]**  3108/14 3109/8 3163/15 3170/7 3175/12 3178/16 3190/15 3190/24 3190/24 3190/25

**certainly [7]**  3103/2 3103/24 3104/1 3104/21 3105/13 3206/16 3208/6

**Certified [1]** 3074/20

**certify [1]**  3214/2

**CFO [6]**  3128/12 3128/15 3129/6 3129/7 3134/6 3165/4

**CH [1]**  3074/21

**chair [1]**  3189/2

**Challenges [1]** 3169/5

**champion [2]**  3175/8 3175/10

**chance [1]**  3175/13

**change [10]**  3115/22 3116/1 3116/2 3142/5 3145/6 3151/3 3182/17 3182/18 3183/2 3183/4

**changed [7]**  3085/5 3085/8 3085/12 3115/15 3119/17 3141/21 3181/4

**changes [2]**  3123/3 3166/14

**changing [2]**  3152/4 3152/4

**Chapman [3]**  3073/7 3161/6 3161/8

**characteristics [4]** 3136/19 3139/21 3141/12 3181/14

**characterize [5]** 3099/21 3099/24 3101/1 3104/7 3143/9

**chart [2]**  3142/18 3144/17

**Chat [1]**  3158/12

**chatbot [1]**  3184/9

**chatbots [4]**  3183/21 3183/22 3184/9 3184/12

**ChatGPT [1]**  3157/22

**chats [1]**  3158/4

**check [1]**  3126/2

**Chicago [1]**  3073/5

**chief [2]**  3127/19 3128/19

**Chipty [2]**  3191/8 3201/7

**choice [48]**  3134/11 3147/14 3147/15 3147/17 3147/19 3147/20 3148/1 3148/2 3148/3 3148/4 3148/7 3148/7 3148/16 3148/17 3148/20 3148/23 3149/16 3175/6 3175/9 3175/10 3175/11 3175/18 3176/3 3176/4 3176/7 3176/21 3177/1 3177/7 3177/15 3178/7 3178/12 3178/17 3178/19 3178/20 3179/2 3179/4 3179/5 3179/6 3179/7 3179/10 3179/12 3179/18 3179/23 3179/24 3180/1 3180/4 3203/16 3204/9

**choices [1]**  3183/6

**choose [3]**  3156/7 3158/6 3179/19

**chosen [1]**  3182/25

**Chrome [1]**  3162/8

**Chromium [3]**  3133/7 3162/7 3164/15

**circumstances [1]** 3178/13

**Civil [1]**  3076/12

**clarification [1]** 3103/21

**clarify [3]**  3099/19 3104/11 3104/25

**clarity [3]**  3083/1 3092/11 3097/18

**classified [1]** 3112/10

**clause [1]**  3174/18

**clear [5]**  3081/11 3152/22 3181/7 3204/8 3211/22

**clearer [1]**  3159/25

**click [9]**  3097/24 3141/5 3142/8 3143/1 3143/3 3143/22 3143/23 3209/22 3210/1

**clicking [1]**  3142/22

**clicks [7]**  3110/3 3110/12 3142/14 3143/10 3187/19 3187/24 3209/25

**close [4]**  3099/4 3099/4 3182/21 3212/23

**closely [1]**  3194/16

**closer [1]**  3150/23

**CO [1]**  3074/7

**coag.gov [2]**  3074/8 3074/8

**code [1]**  3114/14

**coder [1]**  3161/24

**Colette [1]**  3074/10

**colleague [1]** 3184/24

**colleagues [1]** 3138/14

**collect [1]**  3153/16

**collects [3]**  3120/8 3121/7 3121/9

**college [1]**  3077/11

**color [2]**  3105/3 3109/5

**Colorado [6]**  3074/2 3074/3 3074/5 3184/24 3185/9 3185/9

**COLUMBIA [1]**  3072/1

**column [5]**  3142/10 3142/11 3142/11 3143/11 3143/12

**columns [4]**  3140/24 3140/25 3141/7 3142/9

**combination [1]** 3180/4

**come [7]**  3196/25 3197/11 3198/16 3199/9 3200/9 3206/16 3207/13

**comes [9]**  3095/10 3095/11 3151/25 3163/4 3163/21 3164/5 3202/23 3207/10 3210/23

**coming [4]**  3160/6 3197/11 3200/16 3206/18

**commentary [1]** 3105/3

**commercial [6]** 3077/18 3184/13 3196/25 3197/10

**C**

commercial... [2]
3197/24 3197/25
commissioned [3]
3175/17 3180/10
3180/12
commitment [1]
3144/5
committee [7]
3167/17 3167/20
3167/23 3169/14
3171/8 3171/24
3173/3
common [1]  3131/24
communication [1]
3099/5
companies [4]
3132/13 3158/17
3159/14 3160/8
company [16]  3128/9
3128/14 3128/14
3131/18 3132/13
3132/15 3133/18
3134/22 3135/21
3138/9 3139/5
3152/21 3158/21
3159/5 3165/5
3211/19
comparable [1]
3201/17
compared [2]  3140/2
3146/25
compatibility [3]
3169/21 3170/6
3173/8
compatible [1]
3170/9
compensation [1]
3135/8
compete [16]  3162/7
3175/13 3175/15
3193/21 3194/25
3195/2 3197/2
3202/15 3202/20
3202/23 3203/3
3207/12 3207/15
3208/6 3209/2 3209/7
competes [2]  3162/5
3211/19
competing [2]
3181/25 3205/3
competition [33]
3182/4 3190/23
3191/20 3191/24
3191/25 3192/4
3192/4 3192/9
3192/11 3192/16
3192/22 3192/23
3193/3 3194/1 3194/8
3194/20 3194/21
3194/24 3195/8
3195/10 3195/14
3195/16 3195/25
3196/6 3201/9
3201/11 3201/11

3201/13 3205/4
3203/15 3204/24
3205/1 3205/2
competitive [13]
3135/16 3136/23
3192/13 3193/5
3193/11 3194/22
3195/21 3201/3
3202/19 3202/25
3206/14 3206/20
3207/2
competitor [6]
3159/4 3162/9
3168/18 3198/19
3204/18 3207/9
competitors [12]
3146/25 3152/15
3153/3 3155/16
3162/22 3192/21
3199/21 3201/6
3202/8 3202/13
3202/13 3203/19
competitors' [1]
3190/16
complaints [1]
3146/20
complete [1]  3125/19
completely [1]
3097/23
complexity [2]
3115/24 3119/20
comply [2]  3077/22
3112/1
components [1]
3153/2
comprised [1]
3145/20
compromised [1]
3154/16
computer [2]  3074/24
3179/3
computer-aided [1]
3074/24
concept [1]  3130/2
concern [2]  3119/5
3133/10
concerned [2]
3144/13 3175/3
concerns [22]  3099/9
3099/18 3099/21
3099/22 3099/25
3100/1 3100/5
3100/24 3101/1
3103/12 3103/20
3104/5 3104/7 3105/1
3119/2 3173/2 3173/4
3174/22 3175/2
3194/22 3195/23
3202/9
concluded [3]  3177/6
3177/13 3179/10
concludes [1]  3178/5
conclusion [3]
3138/25 3139/2
3181/8

conclusions [3]
3134/21 3139/12
3140/21
condition [1]  3210/6
conditions [4]
3160/2 3192/15
3208/19 3210/8
conduct [2]  3181/1
3181/3
conducted [2]
3183/11 3183/13
confer [1]  3125/23
confident [1]
3080/19
confidential [6]
3081/7 3081/11
3138/21 3163/16
3167/15 3172/8
confidentiality [1]
3122/11
confirm [2]  3082/1
3091/25
confused [1]  3102/16
confusing [1]  3212/5
CONNOLLY [2]  3074/11
3126/17
Connor [4]  3074/10
3111/10 3112/24
3125/7
Conor [3]  3074/3
3184/24 3185/8
conor.may [1]  3074/8
conservative [1]
3139/8
consider [2]  3105/1
3140/25
consideration [2]
3134/14 3134/24
considerations [1]
3103/14
considered [2]
3134/12 3181/25
consistent [3]
3147/8 3155/22
3174/20
consisting [1]
3087/11
consists [1]  3167/20
constant [1]  3181/17
constantly [1]
3136/8
Constitution [1]
3074/22
construct [1]
3106/11
consumer [3]  3074/4
3128/11 3131/5
consumers [1]  3132/9
contain [1]  3112/16
contained [2]
3087/25 3115/19
contains [2]  3103/17
3137/17
contemplate [2]
3182/3 3182/5

contemplated [1]
3154/10
content [5]  3116/13
3158/7 3170/8 3176/9
3187/16
contestability [1]
3177/2
context [10]  3087/16
3124/13 3133/2
3147/20 3147/21
3148/20 3168/23
3178/24 3179/4
3183/5
contexts [1]  3178/23
contingent [3]
3191/12 3208/14
3212/8
continue [7]  3076/19
3082/14 3091/7
3103/4 3182/19
3183/14 3207/22
continued [4]  3074/1
3077/5 3084/17
3150/17
continues [3]
3084/17 3108/3
3173/7
continuing [2]
3089/19 3099/3
contract [21]
3077/21 3077/22
3080/8 3082/2
3087/18 3098/23
3099/3 3101/4
3108/12 3112/16
3117/4 3120/23
3136/16 3136/18
3165/17 3206/1
3206/19 3206/21
3207/4 3207/12
3207/16
contracts [1]  3207/2
contractual [1]
3123/9
contrast [1]  3084/2
contravention [1]
3113/13
contributes [1]
3134/3
control [2]  3133/12
3204/21
controllership [1]
3129/9
controls [1]  3204/3
conversation [2]
3097/7 3136/23
conversations [1]
3135/21
conversion [3]
3080/18 3080/20
3081/12
conversions [1]
3204/14
copy [9]  3079/7
3080/7 3090/3

**C**

**copy... [6]** 3097/11
3097/21 3098/2
3138/19 3167/14
3182/7
**core [3]** 3108/19
3179/4 3179/24
**corner [3]** 3144/19
3145/13 3168/16
**corporate [5]** 3128/6
3128/10 3129/9
3129/10 3168/8
**Corporation [4]**
3127/15 3127/16
3128/23 3168/13
**correct [132]**
3077/17 3078/15
3078/16 3078/18
3080/12 3080/24
3080/25 3081/1
3081/2 3081/3 3082/1
3082/7 3082/8
3082/11 3082/12
3082/14 3083/2
3083/3 3083/9
3083/24 3084/19
3085/1 3086/7
3086/10 3086/15
3086/25 3087/9
3087/10 3088/8
3088/9 3088/12
3088/13 3088/16
3088/17 3089/3
3089/8 3090/10
3090/20 3090/21
3090/22 3091/14
3091/15 3091/19
3092/3 3092/6
3093/24 3094/6
3094/7 3094/18
3094/21 3094/22
3095/18 3095/22
3096/5 3096/6
3096/13 3096/14
3097/1 3098/12
3098/21 3099/3
3099/18 3099/22
3100/9 3100/19
3103/9 3105/11
3105/24 3105/25
3106/12 3106/17
3107/21 3109/1
3110/6 3110/12
3110/13 3110/16
3110/22 3111/6
3111/7 3113/7 3114/6
3114/8 3115/1 3115/2
3116/18 3116/19
3117/16 3121/23
3121/24 3122/20
3123/5 3124/16
3161/23 3162/6
3162/10 3162/13
3162/15 3162/18
3163/6 3163/22

3164/16 3164/18
3164/21 3165/3
3167/3 3167/19
3167/24 3168/14
3169/12 3169/19
3170/16 3171/10
3172/13 3173/20
3173/21 3173/24
3174/6 3174/10
3176/11 3180/3
3180/19 3180/20
3181/10 3181/23
3182/5 3185/13
3187/21 3187/25
3188/5 3193/7 3214/3
**correctly [2]**
3095/13 3112/9
**cost [20]** 3119/20
3124/1 3124/15
3135/10 3138/4
3139/5 3155/23
3195/16 3199/21
3200/20 3200/20
3201/6 3201/24
3202/1 3202/2 3202/3
3202/10 3208/9
3208/16 3208/16
**costs [6]** 3124/3
3124/20 3195/21
3196/1 3200/20
3205/9
**could [53]** 3086/18
3091/3 3094/14
3098/2 3099/19
3103/4 3103/23
3105/12 3112/14
3127/9 3127/20
3128/2 3132/22
3134/13 3134/21
3134/23 3135/18
3138/2 3138/24
3139/3 3140/20
3142/17 3143/9
3143/16 3143/16
3143/17 3144/11
3144/22 3145/22
3153/12 3156/23
3159/23 3159/25
3160/3 3160/10
3169/4 3170/19
3174/11 3177/11
3181/19 3181/22
3186/4 3190/7 3198/4
3198/24 3202/5
3204/15 3205/4
3207/21 3208/6
3209/6 3210/16
3212/13
**couldn't [4]** 3136/14
3152/18 3153/14
3154/5
**counsel [20]** 3081/7
3090/9 3096/15
3097/4 3104/21
3109/8 3113/4

3114/25 3117/4
3117/21 3123/23
3137/15 3162/2
3167/12 3175/5
3180/7 3182/7
3182/12 3189/9
3209/5
**counsel's [1]**
3081/13
**count [1]** 3137/14
**country [1]** 3134/3
**couple [6]** 3088/19
3147/12 3152/3
3185/17 3199/5
3209/14
**couple years [1]**
3199/5
**course [2]** 3106/18
3190/1
**court [19]** 3072/1
3074/19 3074/21
3127/10 3127/20
3130/19 3132/22
3137/21 3138/24
3147/12 3160/23
3165/13 3165/16
3183/9 3183/14
3188/9 3191/15
3195/17 3213/6
**covers [1]** 3202/1
**CPC [1]** 3208/19
**crawl [3]** 3097/19
3098/3 3121/8
**crawled [2]** 3089/13
3093/3
**create [6]** 3148/6
3148/7 3159/15
3160/11 3183/18
3201/12
**created [2]** 3158/5
3163/16
**creates [2]** 3201/1
3211/2
**creating [5]** 3132/16
3152/25 3153/22
3154/13 3201/11
**creators [1]** 3170/9
**criminal [1]** 3076/18
**crisis [1]** 3183/18
**critical [2]** 3162/23
3163/2
**cross [5]** 3075/4
3076/20 3161/5
3161/10 3185/6
**cross-examination [4]**
3076/20 3161/5
3161/10 3185/6
**crossovers [1]**
3160/7
**CRR [2]** 3214/2
3214/8
**curated [1]** 3121/10
**current [8]** 3080/18
3089/20 3092/13
3166/12 3166/17

3160/20 3171/15
3181/14
**currently [11]**
3078/15 3079/8
3116/9 3117/1 3117/3
3129/2 3156/1
3156/19 3157/16
3170/23 3174/9
**custom [1]** 3106/11
**customer [1]** 3203/16
**cut [1]** 3159/18
**cuts [3]** 3135/11
3138/4 3139/5
**CV [1]** 3072/4

**D**

**d'etre [1]** 3133/19
**D.C [4]** 3072/5
3073/9 3074/12
3074/22
**Dahlquist [5]** 3073/2
3076/14 3076/22
3102/25 3103/5
**daily [4]** 3129/22
3129/23 3142/3
3143/20
**dark [1]** 3152/2
**data [120]** 3082/18
3082/21 3083/7
3083/12 3083/19
3083/24 3084/24
3085/7 3085/8
3085/19 3086/1
3086/2 3086/7
3086/19 3087/8
3088/3 3093/9
3093/10 3093/15
3093/23 3094/3
3094/4 3094/9
3094/17 3094/21
3095/4 3095/12
3095/17 3095/22
3096/1 3096/3
3096/10 3098/19
3099/15 3099/17
3099/22 3100/2
3100/6 3100/8 3101/5
3103/7 3103/8
3103/14 3103/15
3103/20 3103/22
3105/7 3105/24
3114/21 3118/24
3119/6 3120/7 3120/8
3120/13 3121/12
3121/16 3121/16
3121/21 3121/21
3121/22 3122/3
3122/4 3122/15
3122/23 3123/1
3123/1 3123/4 3123/6
3123/10 3132/7
3132/9 3140/8
3144/23 3145/7
3147/7 3155/13
3155/15 3155/20

**D**

**data... [42]**   3190/17
3190/25 3191/13
3194/11 3194/13
3199/16 3199/22
3199/24 3200/2
3200/2 3200/6 3200/7
3200/10 3200/12
3200/21 3200/23
3201/1 3201/3 3201/3
3201/5 3201/18
3201/21 3201/24
3201/25 3202/2
3202/2 3202/14
3202/16 3202/17
3202/20 3203/1
3203/10 3203/18
3203/22 3204/5
3204/11 3204/23
3205/5 3205/6 3205/8
3208/22 3208/23
**data-sharing [3]**
3083/19 3083/24
3096/10
**database [3]**   3087/11
3089/20 3131/25
**date [4]**   3084/15
3085/4 3085/12
3214/7
**David [3]**   3073/2
3076/14 3076/22
**david.dahlquist [1]**
3073/6
**day [5]**   3072/7
3109/24 3130/1
3135/19 3212/23
**days [1]**   3143/19
**deal [16]**   3076/7
3077/20 3108/6
3121/7 3136/15
3136/25 3138/3
3139/4 3152/19
3166/2 3211/5 3211/6
3211/7 3211/9
3211/10 3211/11
**deals [7]**   3101/16
3156/9 3156/14
3157/11 3158/19
3184/11 3184/13
**decade [5]**   3084/18
3085/9 3085/13
3089/3 3089/5
**December [2]**   3138/12
3167/2
**decide [3]**   3149/17
3204/4 3211/4
**decided [1]**   3116/3
**decides [2]**   3152/20
3195/17
**deck [3]**   3168/8
3173/17 3189/21
**decline [1]**   3169/20
**declined [1]**   3146/18
**declining [5]**
3154/24 3172/10

3172/16 3172/23
3173/7
**decompile [1]**
3114/12
**decrease [3]**   3137/6
3142/12 3143/21
**decreased [1]**   3146/5
**decreases [1]**
3143/20
**decreasing [1]**
3135/14
**dedicated [1]**
3128/25
**deemed [1]**   3167/14
**default [55]**   3130/2
3130/5 3130/7
3130/17 3130/22
3131/2 3131/6 3134/8
3134/15 3134/25
3135/22 3136/10
3136/14 3136/16
3138/3 3139/23
3139/24 3140/11
3141/3 3141/15
3143/11 3143/15
3144/8 3146/11
3146/16 3147/1
3148/9 3148/15
3149/20 3152/5
3152/19 3153/16
3154/8 3155/3 3156/8
3156/9 3156/12
3156/14 3157/11
3157/14 3158/15
3158/19 3158/22
3159/6 3176/22
3178/8 3179/11
3182/17 3182/19
3182/22 3182/23
3183/3 3183/4 3184/2
3184/9
**defaults [1]**   3179/11
**defected [1]**   3135/18
**defendant [6]**   3072/7
3074/9 3076/15
3077/2 3127/2
3189/17
**DEFENDANT'S [1]**
3075/5
**define [3]**   3087/15
3087/22 3206/2
**defined [3]**   3087/17
3088/15 3097/12
**definition [2]**
3087/18 3087/24
**definitions [1]**
3087/21
**degrading [1]**
3136/25
**degree [1]**   3077/11
**delete [4]**   3204/5
3204/6 3204/6 3205/6
**deliver [1]**   3098/16
**Delivery [1]**   3089/20
**demand [1]**   3153/23

**demonstrative [5]**
3149/2 3152/7 3152/9
3182/12 3188/10
**Denver [1]**   3074/7
**department [4]**
3073/3 3074/3
3128/10 3129/8
**departments [1]**
3128/7
**depicted [5]**   3149/6
3149/12 3149/13
3150/11 3151/7
**deposed [1]**   3166/7
**deposition [14]**
3100/12 3100/16
3100/17 3100/22
3102/2 3102/23
3103/1 3103/19
3104/2 3123/14
3123/15 3124/5
3125/2 3166/10
**depositions [1]**
3101/24
**Depot [1]**   3194/17
**depth [1]**   3195/15
**derivative [1]**
3103/17
**derive [1]**   3114/13
**describe [13]**   3128/2
3129/5 3129/13
3134/21 3138/24
3140/20 3142/17
3151/10 3157/22
3190/11 3205/18
3205/20 3212/11
**described [13]**
3138/7 3139/1 3140/6
3146/1 3155/2
3183/19 3190/7
3205/17 3205/22
3207/25 3208/4
3210/15 3211/21
**describing [2]**
3103/19 3212/3
**design [5]**   3148/22
3150/14 3158/16
3176/9 3179/5
**designate [3]**
3125/16 3125/18
3125/18
**designated [2]**
3163/15 3184/8
**designation [1]**
3125/23
**designed [4]**   3148/3
3148/5 3148/19
3182/18
**desire [2]**   3103/1
3211/10
**desired [1]**   3130/18
**desktop [9]**   3145/1
3145/2 3145/4 3145/5
3145/9 3145/17
3150/12 3180/22
3188/3

**despite [3]**   3162/22
3174/22 3178/19
**detail [4]**   3139/12
3192/18 3192/19
3205/19
**details [2]**   3085/7
3097/7
**determine [1]**
3137/24
**determining [1]**
3159/5
**develop [2]**   3203/4
3210/19
**developed [1]**   3199/4
**developer [1]**
3132/16
**developers [1]**
3132/17
**developing [4]**
3131/15 3132/23
3200/23 3202/2
**development [7]**
3100/9 3101/11
3103/16 3103/18
3129/10 3129/12
3171/15
**device [1]**   3147/2
**devices [3]**   3130/14
3147/23 3164/17
**dialects [1]**   3131/25
**dictate [2]**   3155/18
3206/1
**dictated [1]**   3206/6
**did [30]**   3077/9
3083/20 3085/6
3092/18 3101/18
3103/13 3103/20
3106/13 3127/16
3133/21 3136/4
3138/6 3142/2
3144/24 3146/13
3158/14 3166/10
3171/17 3175/7
3175/19 3180/25
3181/2 3181/3 3182/1
3182/2 3182/3 3182/5
3189/21 3191/9
3191/11
**did you [3]**   3101/18
3127/16 3189/21
**didn't [10]**   3091/6
3102/9 3103/25
3105/22 3114/7
3158/18 3174/7
3181/1 3181/20
3207/12
**difference [7]**
3092/20 3097/16
3104/25 3115/13
3116/7 3142/10
3143/9
**differences [1]**
3125/11
**different [24]**
3091/1 3091/4

**D**

**different... [22]**
3101/23 3101/25
3106/20 3121/11
3131/11 3131/25
3133/16 3146/6
3148/16 3149/22
3150/1 3150/23
3153/1 3158/2
3178/22 3179/20
3189/4 3190/22
3191/22 3193/7
3212/3 3212/7

**differently [2]**
3122/5 3159/21

**difficult [2]**
3096/16 3115/21

**difficulty [1]**
3119/16

**direct [12]**   3075/4
3077/5 3085/5 3090/9
3127/3 3149/25
3157/2 3161/18
3162/2 3165/24
3167/21 3189/18

**directionally [1]**
3175/1

**directly [2]**   3130/15
3187/20

**directors [1]**   3174/5

**disassemble [1]**
3114/13

**disastrous [1]**
3180/6

**discount [1]**   3196/4

**discovery [2]**   3076/3
3076/8

**discuss [2]**   3160/20
3213/3

**discussed [4]**
3119/15 3134/1
3199/3 3204/11

**discussing [1]**
3140/22

**discussion [5]**
3097/16 3125/5
3185/11 3191/13
3198/1

**discussions [4]**
3110/15 3110/21
3110/24 3136/4

**disincentive [1]**
3201/15

**Disney [1]**   3128/9

**display [4]**   3131/13
3155/9 3157/5
3170/17

**disputes [1]**   3099/8

**disrupting [1]**
3172/24

**disruptive [1]**
3207/3

**distinction [1]**
3099/13

**distribution [1]**

3168/20

**DISTRICT [3]**   3072/1
3072/1 3072/10

**diversification [5]**
3131/12 3135/11
3153/8 3172/9
3172/16

**diversified [1]**
3173/12

**diversify [7]**
3131/15 3155/8
3169/11 3169/12
3169/15 3171/7
3171/9

**divert [1]**   3154/11

**division [2]**   3073/3
3128/11

**do [163]**

**do you [14]**   3077/14
3078/5 3087/15
3096/18 3097/5
3103/19 3105/20
3106/2 3109/22
3125/6 3161/19
3180/8 3182/14
3196/4

**do you believe [2]**
3095/25 3134/6

**do you have [4]**
3100/12 3144/10
3146/7 3211/18

**do you know [2]**
3138/13 3151/2

**do you recognize [1]**
3137/19

**Do you see [34]**
3079/5 3080/2
3082/23 3086/4
3086/23 3087/6
3087/13 3087/24
3088/22 3089/14
3089/17 3089/22
3091/12 3092/14
3093/12 3094/11
3096/22 3097/14
3110/5 3142/15
3168/18 3169/5
3169/22 3170/13
3170/21 3172/4
3172/20 3172/25
3173/9 3176/17
3176/23 3177/3
3177/9 3178/3

**do you think [2]**
3156/24 3159/22

**DockID [8]**   3087/5
3087/12 3088/7
3088/11 3090/19
3091/7 3091/11
3091/16

**DockIDs [2]**   3086/22
3092/12

**document [20]**
3079/10 3090/8
3090/18 3137/8

3137/10 3137/21
3138/7 3138/15
3139/1 3139/10
3140/15 3147/10
3167/10 3170/20
3171/19 3176/5
3176/12 3177/12
3184/17 3186/5

**documents [1]**
3116/17

**does [31]**   3080/21
3083/15 3088/25
3108/7 3112/16
3114/3 3117/3
3119/11 3120/10
3121/17 3122/8
3123/10 3124/8
3129/2 3131/7
3149/14 3155/25
3156/19 3157/16
3166/17 3169/3
3174/15 3178/20
3179/11 3179/12
3182/17 3186/9
3198/1 3210/6
3211/24 3212/20

**does it [1]**   3182/17

**doesn't [10]**   3087/21
3125/16 3147/15
3155/13 3184/4
3201/12 3203/23
3206/19 3206/22
3209/1

**doing [6]**   3098/3
3146/22 3151/3
3155/22 3160/9
3206/21

**DOJ [6]**   3073/2
3073/8 3081/7
3168/22 3169/1
3172/23

**DOJ impact [1]**
3168/22

**DOJ-ATR [1]**   3073/8

**dollar [3]**   3080/18
3080/20 3081/16

**dollars [12]**   3080/11
3081/10 3081/12
3194/13 3194/14
3194/15 3194/19
3194/21 3195/11
3197/16 3197/21
3200/18

**dominant [1]**   3175/14

**don't [52]**   3080/16
3080/17 3080/17
3081/7 3081/11
3081/15 3081/19
3081/24 3081/25
3084/1 3084/8 3085/3
3091/24 3097/7
3101/9 3101/15
3102/18 3102/24
3105/5 3116/13
3117/14 3118/18

3120/15 3130/13
3137/13 3138/22
3144/23 3146/24
3151/23 3153/19
3157/1 3159/11
3159/17 3160/12
3192/16 3192/16
3192/22 3195/24
3197/4 3197/6 3197/8
3198/21 3204/10
3204/19 3204/25
3205/5 3206/13
3207/1 3208/5
3208/24 3210/5
3211/21

**done [9]**   3105/9
3115/19 3132/3
3132/6 3139/18
3145/3 3180/21
3204/17 3208/22

**doubt [1]**   3202/23

**down [13]**   3088/10
3092/10 3097/20
3097/24 3107/11
3121/14 3144/1
3149/21 3150/21
3192/19 3193/16
3200/14 3209/3

**downloading [1]**
3151/17

**downward [1]**   3135/17

**Dr. [11]**   3188/19
3188/25 3189/10
3189/20 3190/4
3191/8 3196/2
3200/11 3201/7
3209/11 3213/3

**Dr. Chipty [2]**
3191/8 3201/7

**Dr. Israel [8]**
3188/25 3189/10
3189/20 3190/4
3196/2 3200/11
3209/11 3213/3

**Dr. Mark [1]**   3188/19

**draft [2]**   3182/8
3182/10

**draining [1]**   3154/19

**drive [1]**   3202/19

**drives [1]**   3196/13

**driving [2]**   3196/16
3196/18

**drop [2]**   3135/5
3150/21

**drop-down [1]**
3150/21

**dropping [1]**   3207/4

**DuckDuckGo [11]**
3142/1 3143/4
3143/16 3149/23
3152/21 3156/2
3156/11 3179/21
3193/24 3198/6
3207/5

**DuckDuckGo/Yahoo [1]**

**D**

DuckDuckGo/Yahoo...
 **[1]**   3198/6
**due [3]**   3143/14
 3143/15 3172/23
**dump [1]**   3086/7
**during [6]**   3099/2
 3130/19 3154/19
 3154/20 3160/21
 3213/4
**dynamic [1]**   3148/8
**dynamics [1]**   3136/23

**E**

**each [12]**   3087/12
 3088/6 3090/18
 3091/16 3092/11
 3116/12 3118/20
 3191/5 3192/1
 3193/21 3193/22
 3194/25
**earlier [5]**   3137/12
 3155/2 3172/11
 3172/17 3193/18
**early [2]**   3083/12
 3166/7
**earn [3]**   3133/21
 3201/16 3202/6
**earns [1]**   3174/9
**easily [2]**   3183/4
 3184/3
**easy [1]**   3153/1
**eBay [1]**   3149/24
**economics [2]**
 3189/11 3194/11
**economist [5]**
 3190/10 3191/4
 3203/15 3204/24
 3206/8
**Ecosia [1]**   3179/22
**ecosystem [1]**
 3153/23
**Edge [1]**   3152/5
**Education [2]**
 3128/13 3128/15
**educational [2]**
 3127/21 3128/13
**effect [7]**   3078/15
 3079/8 3083/16
 3134/12 3134/22
 3200/11 3210/9
**effective [7]**
 3084/15 3130/12
 3152/23 3152/24
 3175/12 3175/18
 3176/8
**effectively [2]**
 3136/20 3208/7
**Effects [1]**   3132/4
**efficient [1]**
 3130/11
**effort [2]**   3098/5
 3098/12
**efforts [4]**   3123/25
 3124/14 3135/11

3135/12
**egregiously [1]**
 3101/22
**eight [2]**   3089/7
 3091/6
**eight years [2]**
 3089/7 3091/6
**either [6]**   3141/23
 3142/21 3142/24
 3160/4 3187/19
 3198/25
**element [1]**   3205/2
**elements [1]**   3108/14
**else [3]**   3116/14
 3210/24 3211/7
**email [10]**   3073/6
 3073/10 3074/8
 3074/8 3074/13
 3074/13 3074/14
 3074/18 3167/17
 3168/1
**embedded [1]**   3147/1
**employee [1]**   3101/3
**employees [1]**   3129/2
**employer [1]**   3127/14
**enable [2]**   3130/11
 3179/24
**enabled [1]**   3135/3
**enabling [1]**   3130/17
**enacted [1]**   3138/1
**encompasses [1]**
 3131/24
**end [9]**   3077/13
 3087/4 3135/18
 3154/14 3165/18
 3182/10 3185/11
 3212/22 3212/23
**ending [7]**   3079/23
 3082/20 3107/9
 3113/24 3168/6
 3168/16 3173/16
**ends [2]**   3112/20
 3153/9
**enforcement [1]**
 3195/20
**engage [5]**   3130/18
 3131/11 3141/18
 3143/19 3158/7
**engaged [4]**   3110/15
 3135/20 3141/24
 3155/14
**engages [1]**   3174/19
**engaging [3]**   3131/15
 3148/13 3155/11
**engine [60]**   3108/21
 3110/9 3113/19
 3114/21 3130/3
 3130/6 3130/7
 3130/17 3131/2
 3131/4 3131/5
 3132/19 3132/20
 3132/24 3133/2
 3133/3 3134/9
 3135/22 3136/2
 3136/19 3139/22

3159/24 3141/2
 3141/16 3142/23
 3143/5 3143/7
 3146/16 3146/17
 3147/15 3148/9
 3148/15 3149/21
 3152/19 3152/25
 3153/1 3153/12
 3153/15 3153/17
 3154/6 3154/9 3155/3
 3156/5 3156/6
 3157/19 3157/20
 3157/21 3158/3
 3162/12 3162/14
 3164/15 3164/18
 3170/4 3178/17
 3178/20 3181/21
 3182/20 3194/6
 3197/18 3199/2
**engineer [3]**   3113/20
 3114/13 3161/24
**engineering [5]**
 3077/19 3098/5
 3113/13 3119/20
 3135/15
**engines [15]**   3133/5
 3141/4 3148/14
 3156/7 3156/16
 3162/19 3179/12
 3179/20 3182/1
 3191/21 3191/24
 3192/1 3195/6 3196/5
 3199/8
**English [2]**   3115/7
 3180/22
**English-speaking [1]**
 3180/22
**enhance [1]**   3192/22
**enormous [1]**   3154/11
**enough [3]**   3105/11
 3105/16 3105/24
**ensuing [1]**   3135/9
**ensure [1]**   3123/2
**enter [2]**   3134/8
 3203/21
**entered [1]**   3106/4
**entering [1]**   3136/15
**enters [1]**   3193/23
**entire [9]**   3089/20
 3092/13 3093/4
 3140/10 3141/9
 3153/22 3199/19
 3200/24 3203/18
**entirely [1]**   3199/4
**entity [1]**   3083/2
**entrant [2]**   3197/17
 3197/17
**entrench [1]**   3209/7
**enumerated [2]**
 3088/15 3091/18
**Epstein [1]**   3211/13
**Epstein's [1]**
 3211/19
**equal [2]**   3159/4
 3159/4

**equally [1]**   3211/9
**Eric [4]**   3126/12
 3127/2 3127/12
 3127/12
**Eric Muhlheim [2]**
 3126/12 3127/2
**especially [1]**
 3091/24
**essential [1]**
 3094/13
**essentially [3]**
 3208/3 3208/7 3208/9
**estate [1]**   3184/5
**estimate [2]**   3139/8
 3142/7
**estimation [1]**
 3201/16
**et [2]**   3072/3
 3076/13
**et al [1]**   3076/13
**Europe [1]**   3147/14
**evaluate [3]**   3117/12
 3190/8 3191/3
**evaluation [2]**
 3109/2 3117/18
**Evans [1]**   3191/8
**even [6]**   3136/18
 3139/6 3150/23
 3154/25 3181/19
 3183/13
**evening [1]**   3077/8
**events [2]**   3146/1
 3146/3
**eventually [1]**
 3132/1
**ever [3]**   3154/10
 3182/8 3204/4
**evergreen [1]**
 3187/16
**every [3]**   3129/25
 3152/2 3188/7
**everybody [8]**
 3129/25 3130/16
 3203/23 3204/7
 3204/9 3211/7 3211/9
 3211/10
**everyone [3]**   3076/16
 3161/3 3213/5
**everyone's [1]**
 3204/2
**everything [3]**
 3204/13 3204/16
 3208/25
**evidence [8]**   3079/11
 3079/17 3167/9
 3175/23 3184/19
 3196/12 3196/15
 3196/17
**exact [3]**   3085/4
 3085/7 3090/15
**exactly [1]**   3078/6
**exam [1]**   3109/6
**examination [10]**
 3076/20 3077/5
 3090/10 3111/13

3227

**E**

**examination... [6]**
3127/3 3161/5
3161/10 3184/23
3185/6 3189/18
**examining [1]**  3183/6
**example [7]**  3108/16
3112/4 3120/17
3120/17 3186/13
3186/24 3204/12
**examples [1]**  3105/19
**exception [9]**  3119/4
3119/9 3119/14
3119/22 3120/2
3120/6 3120/7
3120/20 3121/4
**exceptions [4]**
3118/2 3118/6
3118/16 3118/21
**exchange [9]**  3099/15
3099/17 3099/22
3100/2 3100/6 3100/8
3103/15 3103/20
3134/9
**exchanged [3]**
3086/15 3094/5
3098/19
**exclusive [1]**
3108/10
**Excuse [2]**  3157/20
3163/11
**executive [3]**  3138/8
3138/18 3180/13
**exempted [1]**  3122/15
**exercised [1]**
3166/12
**exercising [1]**
3166/21
**exhibit [8]**  3079/17
3097/13 3140/6
3167/8 3167/17
3175/22 3184/17
3184/19
**exhibits [2]**  3075/9
3137/12
**exist [4]**  3160/3
3206/20 3206/22
3207/1
**existed [3]**  3133/9
3181/6 3181/14
**existential [2]**
3172/22 3183/18
**existing [4]**  3198/7
3198/17 3205/21
3206/14
**exists [6]**  3140/14
3159/22 3166/22
3179/1 3207/3 3207/5
**expect [3]**  3081/12
3138/2 3177/7
**Expedia [1]**  3194/18
**experience [18]**
3131/3 3131/5
3144/13 3146/13
3147/5 3149/9

3149/14 3149/23
3150/15 3151/3
3152/4 3154/18
3154/20 3154/22
3157/8 3158/17
3159/15 3183/3
**experiences [1]**
3140/13
**experiment [2]**
3145/3 3150/17
**experimental [7]**
3140/8 3140/13
3142/6 3146/19
3157/19 3158/6
3176/8
**experimentally [2]**
3139/20 3157/23
**expert [8]**  3084/5
3087/2 3091/22
3091/22 3110/17
3153/18 3189/10
3206/16
**experts [3]**  3112/13
3147/13 3191/5
**expire [1]**  3165/18
**expired [1]**  3165/20
**explain [9]**  3114/15
3115/15 3119/8
3119/21 3120/5
3120/19 3121/4
3137/21 3193/13
**explaining [1]**
3115/13
**explore [1]**  3162/4
**expose [1]**  3120/1
**expressed [1]**
3174/22
**extend [3]**  3165/22
3166/11 3166/13
**extension [1]**
3165/19
**extensions [1]**
3208/25
**External [1]**  3172/19
**extraneous [1]**
3116/5
**extraordinary [1]**
3119/25

**F**

**face [2]**  3158/12
3201/9
**fact [5]**  3122/13
3171/11 3175/17
3198/20 3205/4
**fair [2]**  3205/17
3208/11
**fairly [3]**  3153/13
3183/4 3184/3
**familiar [17]**
3080/13 3081/22
3090/8 3106/9 3107/1
3107/13 3107/14
3108/11 3110/17
3130/2 3130/24

3132/19 3139/15
3146/1 3146/3 3149/5
3151/7
**far [1]**  3125/6
**FASFA [1]**  3132/9
**fashion [1]**  3116/23
**faster [1]**  3171/9
**feature [14]**  3097/9
3097/10 3098/1
3119/13 3120/1
3120/25 3149/10
3149/12 3150/14
3150/16 3158/6
3182/13 3182/16
3193/19
**features [17]**
3096/11 3096/16
3096/20 3096/25
3098/5 3098/11
3098/18 3108/15
3108/18 3117/24
3118/3 3118/17
3119/11 3119/20
3120/14 3121/12
3168/21
**feedback [3]**  3112/9
3112/14 3117/18
**feeds [1]**  3121/11
**feel [2]**  3139/7
3159/17
**few [7]**  3090/17
3094/8 3105/4
3140/18 3184/25
3185/2 3207/20
**fewer [1]**  3141/21
**fields [8]**  3115/14
3116/6 3116/10
3116/24 3116/25
3117/1 3117/3 3117/7
**fight [1]**  3192/1
**fighting [2]**  3146/23
3154/23
**figure [6]**  3155/7
3155/20 3170/21
3194/24 3197/9
3202/14
**figures [2]**  3163/15
3163/17
**file [2]**  3086/8
3115/18
**final [8]**  3090/7
3091/10 3093/8
3146/4 3174/11
3174/13 3182/8
3199/20
**finally [3]**  3146/20
3170/11 3183/21
**finance [2]**  3128/6
3161/25
**financial [7]**
3127/19 3128/19
3129/7 3129/8
3210/23 3210/24
3210/25
**find [8]**  3107/7

3135/2 3179/15
3183/3 3197/3
3197/11 3202/15
3207/14
**finding [2]**  3154/21
3197/7
**findings [2]**  3181/5
3181/16
**finish [1]**  3157/1
**finished [3]**  3106/6
3126/2 3209/11
**Firefox [48]**  3129/14
3129/16 3129/21
3130/3 3130/5
3130/10 3130/14
3130/15 3130/22
3131/2 3132/21
3134/7 3134/15
3134/25 3135/15
3135/16 3135/19
3135/22 3136/14
3141/2 3146/5
3147/15 3149/15
3151/1 3151/14
3151/17 3151/22
3153/9 3154/17
3157/24 3158/5
3158/15 3159/6
3162/5 3162/12
3164/20 3164/20
3165/1 3169/20
3169/24 3170/15
3174/9 3179/14
3179/23 3179/25
3184/8 3184/11
3186/8
**Firefox's [2]**  3162/8
3180/22
**firm [2]**  3198/19
3202/21
**firms [8]**  3197/1
3198/17 3198/23
3200/16 3200/22
3201/4 3205/2 3207/5
**first [33]**  3077/10
3089/10 3092/5
3097/9 3115/15
3118/24 3121/17
3123/14 3123/24
3128/9 3131/10
3133/10 3133/20
3138/11 3139/13
3140/24 3141/14
3147/4 3147/5 3149/5
3150/22 3151/1
3169/10 3172/22
3176/13 3176/20
3177/5 3179/3 3186/5
3191/20 3192/10
3193/9 3197/14
**fit [1]**  3078/12
**five [4]**  3085/4
3138/16 3156/25
3176/16
**five months [1]**

**F**

**five months... [1]** 3138/16
**fix [2]** 3084/4 3194/25
**fixed [1]** 3202/2
**flagged [1]** 3109/11
**flexibly [1]** 3151/3
**flip [2]** 3170/19 3171/5
**Floor [2]** 3074/6 3074/17
**flowing [1]** 3096/4
**focused [4]** 3145/2 3145/5 3161/25 3191/10
**folks [1]** 3160/17
**follow [11]** 3102/9 3125/8 3160/14 3192/3 3194/9 3194/13 3196/23 3197/14 3197/16 3197/21 3198/5
**follow-up [3]** 3125/8 3160/14 3197/14
**followed [1]** 3198/4
**following [5]** 3085/19 3086/1 3088/11 3159/2 3196/10
**FOLLOWS [1]** 3077/4
**foregoing [1]** 3214/3
**forgot [1]** 3079/12
**form [4]** 3082/6 3113/13 3190/19 3190/22
**forma [6]** 3141/8 3141/20 3142/12 3142/21 3143/11 3143/25
**formally [2]** 3079/14 3079/14
**forth [1]** 3096/4
**forward [2]** 3199/12 3212/10
**found [7]** 3141/24 3142/4 3146/12 3147/3 3165/13 3165/16 3212/5
**foundation [4]** 3083/19 3128/25 3131/22 3132/12
**foundation's [2]** 3131/23 3131/23
**founded [1]** 3133/14
**founding [1]** 3132/12
**four [1]** 3165/11
**frame [1]** 3136/3
**free [5]** 3108/20 3183/14 3201/1 3208/9 3208/9
**freeze [1]** 3185/19
**frequent [1]** 3187/15
**frightened [2]** 3166/3 3166/6

**frightening [1]** 3154/25
**front [7]** 3079/3 3080/7 3084/2 3084/14 3090/23 3100/12 3151/6
**fronted [1]** 3160/8
**fronts [1]** 3154/23
**frustrated [1]** 3171/8
**full [6]** 3080/7 3086/21 3092/12 3137/25 3187/10 3212/25
**fully [1]** 3139/3
**function [1]** 3198/11
**functionality [1]** 3148/12
**fund [3]** 3131/22 3132/11 3135/4
**funding [1]** 3160/10
**funnel [1]** 3141/13
**further [9]** 3077/3 3111/8 3126/3 3139/9 3144/1 3154/25 3158/24 3184/21 3188/12
**future [4]** 3082/13 3124/9 3124/12 3153/10

**G**

**gap [1]** 3138/2
**GAPAC [4]** 3082/22 3083/1 3083/5 3085/18
**gathered [1]** 3118/24
**gave [2]** 3104/13 3104/15
**Gecko [14]** 3132/19 3132/20 3132/24 3133/2 3133/8 3133/9 3133/14 3162/12 3164/21 3164/24 3164/25 3165/2 3170/3 3170/10
**Gemini [5]** 3110/16 3110/18 3110/20 3110/22 3158/10
**general [17]** 3132/17 3156/16 3172/8 3172/15 3172/18 3191/21 3191/24 3191/25 3194/1 3194/5 3195/6 3196/5 3197/18 3198/22 3209/4 3211/20 3211/25
**generally [6]** 3124/8 3138/9 3152/12 3152/16 3178/14 3178/18
**generate [4]** 3154/5 3170/17 3173/13 3195/20

**generated [9]** 3107/9 3107/15 3108/1 3108/25 3111/19 3111/22 3143/2 3143/6 3185/18
**generates [2]** 3136/15 3170/15
**get [42]** 3104/21 3109/6 3112/12 3120/10 3130/16 3135/2 3137/4 3141/17 3142/2 3142/9 3143/6 3145/19 3151/19 3155/24 3159/10 3159/12 3173/13 3179/5 3180/2 3187/6 3192/1 3193/22 3193/24 3193/25 3196/21 3196/25 3197/9 3197/11 3198/8 3198/15 3200/17 3200/19 3201/3 3201/15 3202/16 3202/19 3207/11 3208/23 3209/23 3209/25 3210/24 3212/22
**gets [1]** 3210/25
**getting [1]** 3116/6
**give [31]** 3078/22 3094/25 3101/18 3105/19 3107/5 3109/4 3112/8 3112/13 3117/18 3118/20 3120/3 3125/16 3125/25 3184/5 3193/1 3199/20 3199/21 3200/21 3201/5 3201/11 3201/24 3202/9 3203/18 3205/5 3211/4 3211/6 3211/6 3211/8 3211/10 3211/10 3212/12
**given [4]** 3125/11 3148/11 3151/11 3183/10
**gives [1]** 3175/13
**giving [2]** 3125/10 3211/11
**glass [1]** 3150/22
**global [2]** 3088/20 3093/4
**globally [2]** 3163/7 3163/8
**glossing [1]** 3125/12
**go [55]** 3076/5 3076/19 3087/11 3089/4 3092/10 3093/7 3093/17 3102/22 3109/13 3114/7 3114/10 3115/8 3118/20

3125/17 3125/6 3125/22 3135/6 3143/1 3145/10 3147/10 3149/3 3151/23 3160/16 3176/12 3182/22 3183/4 3187/20 3191/18 3192/17 3193/16 3193/21 3195/5 3195/11 3195/15 3195/19 3196/8 3196/11 3197/1 3197/2 3198/15 3200/14 3202/15 3202/19 3203/3 3203/9 3203/20 3203/23 3204/19 3205/13 3207/20 3208/22 3208/23 3208/25 3209/3 3209/13
**go ahead [4]** 3076/5 3125/22 3147/10 3149/3
**goal [1]** 3108/24
**goals [1]** 3115/23
**goes [4]** 3131/22 3148/22 3196/20 3203/23
**Goggle's [1]** 3166/4
**going [29]** 3077/10 3082/18 3089/24 3089/24 3090/15 3091/21 3102/10 3107/10 3117/15 3123/17 3125/4 3126/11 3147/6 3167/12 3169/17 3172/3 3172/7 3175/20 3183/5 3184/7 3194/3 3195/1 3196/24 3197/1 3200/15 3201/9 3203/1 3211/4 3212/21
**gone [1]** 3182/20
**good [24]** 3076/6 3076/16 3105/24 3126/16 3126/19 3127/5 3127/8 3145/10 3189/13 3189/20 3196/7 3196/23 3202/18 3208/12 3210/24 3211/5 3211/5 3211/6 3211/7 3211/9 3211/10 3211/11 3212/15 3212/24
**good morning [1]** 3126/19
**GOODRICH [1]** 3074/16
**GOOGLE [215]**
**Google's [38]** 3085/21 3086/25 3087/3 3091/22

**G**

**Google's... [34]**
3094/3 3097/11
3098/3 3098/3
3098/25 3101/5
3105/1 3105/6
3105/10 3105/15
3105/23 3108/2
3121/18 3122/10
3122/11 3122/22
3153/13 3153/15
3155/4 3158/10
3162/2 3162/8
3162/18 3167/12
3172/24 3175/5
3180/7 3182/12
3195/22 3202/14
3203/1 3203/7 3204/2
3209/17
**google.com [4]**
3096/17 3098/1
3120/14 3124/22
**got [16]**   3076/17
3081/19 3090/3
3127/23 3128/1
3146/19 3186/2
3187/18 3189/2
3201/10 3201/13
3201/13 3201/22
3206/5 3207/11
3211/6
**govern [1]**   3112/7
**government [4]**
3165/10 3205/24
3207/10 3207/15
**grab [1]**   3186/7
**Graduate [1]**   3128/1
**Graham [2]**   3074/10
3126/17
**Graham Safty [1]**
3126/17
**graph [1]**   3153/21
**graphics [1]**   3185/25
**gray [2]**   3142/9
3142/9
**great [3]**   3076/21
3131/24 3213/2
**gross [1]**   3144/2
**grossed [1]**   3145/19
**group [10]**   3129/12
3139/25 3140/2
3142/7 3142/13
3142/21 3142/21
3142/22 3190/12
3190/13
**groups [1]**   3190/12
**growing [1]**   3131/13
**gsafty [1]**   3074/14
**GSE [5]**   3196/21
3197/7 3197/23
3198/2 3212/6
**GSE's [1]**   3203/8
**GSEs [7]**   3192/12
3192/13 3193/20
3194/25 3196/13

3198/4 3211/23
**guess [3]**   3164/2
3176/15 3210/10
**guys [1]**   3198/8

**H**

**had [27]**   3076/2
3076/18 3077/7
3099/9 3106/1
3106/11 3106/16
3106/19 3112/8
3115/1 3124/14
3135/6 3139/22
3141/21 3142/6
3145/7 3147/8 3148/4
3153/4 3153/7
3154/16 3166/12
3169/17 3171/12
3171/14 3181/15
3212/4
**half [2]**   3098/10
3128/10
**hand [5]**   3141/7
3149/20 3188/22
3192/12 3203/1
**handed [2]**   3137/8
3149/2
**hang [1]**   3102/5
**happen [7]**   3097/25
3137/25 3140/9
3141/9 3153/19
3181/13 3181/25
**happened [6]**   3101/21
3139/25 3146/14
3153/11 3194/8
3195/11
**happening [2]**
3154/20 3194/21
**happens [1]**   3153/25
**happy [2]**   3125/15
3125/18
**hard [4]**   3160/5
3202/16 3207/14
3209/2
**harm [1]**   3192/17
**harms [3]**   3192/23
3193/4 3193/11
**has [71]**   3078/14
3079/8 3080/24
3081/7 3082/9
3083/14 3085/8
3088/12 3095/2
3095/16 3099/8
3101/21 3103/14
3114/17 3115/4
3121/11 3130/5
3131/1 3135/20
3144/5 3145/4
3147/12 3150/17
3153/1 3162/5
3163/15 3165/13
3165/16 3167/14
3168/5 3168/15
3169/24 3170/1
3175/22 3179/10

3184/8 3184/11
3184/25 3194/3
3194/6 3194/8 3195/1
3195/11 3197/7
3197/23 3199/3
3199/4 3203/25
3204/1 3204/3 3204/7
3204/9 3204/11
3204/13 3205/17
3205/21 3206/5
3206/16 3206/21
3207/11 3207/12
3207/15 3208/11
3208/17 3208/24
3208/24 3210/3
3210/15 3210/22
3210/23 3211/9
**hasn't [6]**   3156/11
3156/17 3157/13
3158/21 3206/15
3206/16
**have [166]**
**haven't [1]**   3196/17
**having [9]**   3077/2
3110/21 3134/7
3150/21 3158/4
3178/7 3202/9 3203/4
3210/18
**he [7]**   3123/24
3124/4 3125/16
3189/10 3211/21
3211/22 3212/4
**he's [3]**   3101/23
3102/1 3103/5
**head [2]**   3193/21
3193/21
**heading [4]**   3082/23
3090/12 3095/16
3098/4
**health [2]**   3129/1
3153/9
**hear [1]**   3191/11
**heard [7]**   3130/19
3147/12 3193/20
3194/12 3201/7
3206/25 3209/16
**HEARING [1]**   3072/9
**hearsay [2]**   3137/13
3137/17
**heart [1]**   3132/20
**held [1]**   3133/3
**Helix [1]**   3128/15
**Hello [1]**   3185/8
**help [7]**   3163/16
3192/16 3195/5
3195/24 3196/9
3201/13 3202/6
**helpful [1]**   3140/24
**her [1]**   3125/2
**here [41]**   3081/1
3082/9 3084/9
3088/16 3090/15
3091/3 3091/18
3096/20 3097/9
3109/4 3116/25

3118/8 3124/7
3125/11 3127/6
3138/11 3139/7
3142/10 3142/18
3143/13 3143/24
3144/6 3147/7 3149/6
3149/12 3149/13
3149/19 3149/21
3150/11 3178/5
3188/2 3190/11
3196/9 3198/12
3198/17 3205/14
3209/4 3209/16
3210/12 3212/3
3212/15
**hereby [1]**   3079/14
**high [8]**   3105/11
3105/16 3118/21
3119/8 3119/22
3127/21 3170/12
3181/8
**higher [1]**   3106/16
**highlight [1]**
3090/17
**him [1]**   3189/12
**hinder [1]**   3158/15
**his [2]**   3184/16
3211/24
**historically [1]**
3145/5
**hit [1]**   3209/14
**hitting [1]**   3150/5
**hold [1]**   3170/19
**hole [1]**   3135/9
**home [2]**   3126/8
3194/17
**Honor [49]**   3076/2
3076/10 3076/11
3076/21 3078/23
3079/10 3079/12
3081/5 3081/5
3084/21 3084/22
3088/1 3090/2
3101/20 3102/12
3103/2 3111/2 3111/8
3111/11 3115/4
3124/25 3125/9
3125/15 3125/20
3126/10 3126/15
3126/16 3137/7
3137/11 3148/24
3152/6 3158/24
3160/15 3161/6
3161/14 3163/25
3166/20 3167/8
3171/3 3175/22
3184/14 3184/21
3185/2 3188/15
3188/18 3189/6
3189/8 3189/24
3212/20
**HONORABLE [2]**   3072/9
3161/1
**hope [1]**   3077/7
**hoped [2]**   3076/18

**H**

**hoped... [1]**   3169/18
**hour [2]**   3212/25
 3213/5
**how [40]**   3080/17
 3080/19 3081/11
 3085/7 3087/15
 3112/16 3115/16
 3124/8 3125/6 3129/2
 3129/5 3129/13
 3129/20 3131/7
 3133/21 3138/13
 3139/12 3140/1
 3140/20 3141/3
 3141/5 3141/5 3141/5
 3144/18 3145/11
 3148/22 3149/16
 3151/10 3155/20
 3156/24 3157/22
 3175/17 3192/12
 3195/5 3195/6
 3196/12 3197/9
 3197/17 3204/8
 3208/20
**however [2]**   3108/14
 3174/18
**Hugging [1]**   3158/12
**huh [1]**   3101/6
**hypothetical [1]**
 3153/10
**hypothetically [1]**
 3159/9

**I**

**I also [3]**   3080/17
 3102/4 3129/11
**I am [11]**   3077/10
 3083/21 3106/9
 3110/17 3110/17
 3110/23 3123/20
 3139/16 3146/3
 3161/24 3165/16
**I believe [21]**
 3083/11 3083/14
 3083/15 3085/12
 3087/16 3088/24
 3103/12 3105/25
 3109/23 3111/4
 3111/15 3113/4
 3117/6 3117/23
 3118/7 3120/7
 3124/11 3134/10
 3163/3 3185/12
 3191/8
**I can [7]**   3082/3
 3084/2 3099/20
 3123/22 3125/8
 3196/12 3207/20
**I can't [1]**   3082/1
**I don't [17]**   3080/16
 3081/7 3081/11
 3081/15 3081/24
 3081/25 3084/8
 3085/3 3091/24
 3097/7 3101/9

3101/15 3105/5
3116/13 3137/13
3204/19 3206/13
**I don't have [1]**
 3084/1
**I gave [1]**   3104/15
**I guess [3]**   3164/2
 3176/15 3210/10
**I have [10]**   3077/21
 3082/2 3091/24
 3123/19 3161/14
 3162/1 3192/8
 3201/14 3207/24
 3211/8
**I hope [1]**   3077/7
**I just [4]**   3079/12
 3203/14 3207/22
 3210/10
**I know [4]**   3080/19
 3090/24 3203/13
 3205/17
**I mean [9]**   3125/3
 3137/3 3159/19
 3197/22 3199/19
 3203/11 3204/20
 3208/7 3212/4
**I might [1]**   3211/4
**I say [1]**   3196/8
**I should [1]**   3091/25
**I think [34]**   3076/18
 3077/11 3086/7
 3087/25 3096/1
 3099/13 3101/7
 3101/11 3101/14
 3102/7 3103/17
 3104/11 3104/24
 3105/4 3125/3 3126/1
 3159/11 3162/11
 3163/10 3165/24
 3166/3 3181/18
 3189/15 3197/19
 3198/16 3199/2
 3199/8 3206/7 3206/9
 3206/12 3206/13
 3207/25 3211/22
 3212/22
**I thought [1]**   3102/9
**I want [2]**   3103/21
 3199/13
**I was [13]**   3101/3
 3103/23 3104/11
 3104/24 3106/8
 3118/11 3118/13
 3120/21 3138/8
 3180/12 3190/6
 3190/8 3197/25
**I went [1]**   3127/23
**I will [1]**   3083/25
**I work [2]**   3084/7
 3127/15
**I worked [2]**   3128/5
 3128/16
**I would [23]**   3080/8
 3081/22 3084/5
 3087/17 3094/2

3099/6 3100/21 3101/6
3103/18 3104/7
3104/24 3104/25
3106/13 3139/6
3139/11 3167/6
3190/8 3190/12
3190/14 3196/10
3205/20 3206/9
3206/12
**I wouldn't [1]**
 3101/13
**I'd [13]**   3111/15
 3113/22 3115/3
 3117/20 3121/14
 3121/15 3123/13
 3162/4 3165/7
 3168/15 3184/14
 3188/9 3209/12
**I'd like [1]**   3162/4
**I'll [23]**   3080/21
 3097/15 3104/9
 3107/5 3111/20
 3137/14 3138/19
 3140/16 3140/18
 3152/2 3160/20
 3192/17 3195/15
 3195/19 3196/8
 3196/9 3197/2
 3201/18 3206/7
 3207/21 3209/14
 3210/12 3213/3
**I'm [71]**   3077/18
 3079/6 3079/25
 3080/13 3081/22
 3081/24 3082/24
 3084/5 3084/7 3087/2
 3087/23 3091/21
 3093/9 3095/19
 3095/20 3096/9
 3099/19 3100/4
 3100/21 3102/6
 3102/12 3106/6
 3106/7 3106/25
 3107/13 3108/11
 3109/6 3109/8
 3109/11 3109/15
 3110/24 3111/18
 3112/22 3112/23
 3123/12 3126/1
 3127/19 3128/18
 3129/7 3136/3
 3144/13 3152/16
 3153/18 3157/20
 3159/16 3159/25
 3163/23 3164/8
 3166/6 3167/12
 3171/1 3171/22
 3172/3 3172/6
 3172/12 3173/18
 3175/20 3177/17
 3177/20 3177/20
 3177/23 3178/14
 3178/18 3185/9
 3192/10 3201/20
 3201/21 3202/21

3211/2 3211/3 3211/4
**I'm from [1]**   3185/9
**I'm not [9]**   3077/18
 3084/5 3084/7 3087/2
 3108/11 3123/12
 3153/18 3172/6
 3192/10
**I'm sorry [15]**
 3093/9 3099/19
 3100/4 3106/6 3106/7
 3109/15 3112/23
 3128/18 3136/3
 3159/25 3163/23
 3164/8 3171/1
 3177/17 3177/20
**I'm sure [1]**   3109/11
**I've [10]**   3081/19
 3090/3 3137/8 3149/2
 3179/15 3191/3
 3196/11 3197/5
 3206/15 3211/6
**icons [1]**   3150/5
**ID [2]**   3094/16
 3096/2
**identified [2]**
 3116/25 3117/4
**identifier [2]**
 3090/19 3116/13
**identifies [2]**
 3083/7 3093/22
**identify [2]**   3118/5
 3135/25
**ii [7]**   3087/11
 3087/25 3088/16
 3091/11 3095/16
 3118/15 3119/8
**iii [5]**   3091/16
 3091/23 3092/2
 3118/15 3119/21
**IL [1]**   3073/5
**illustrated [1]**
 3097/13
**image [1]**   3187/10
**imagine [1]**   3160/10
**immediately [6]**
 3096/25 3130/18
 3140/1 3146/12
 3153/7 3184/4
**impact [6]**   3131/23
 3139/20 3168/22
 3169/1 3176/8
 3197/17
**impacts [1]**   3143/24
**impeachment [1]**
 3102/8
**implement [1]**
 3106/22
**implementation [13]**
 3078/3 3085/6
 3094/23 3106/9
 3106/10 3106/14
 3106/20 3108/16
 3115/23 3116/2
 3119/11 3119/16
 3120/24

**I**

**implementing [1]**
3085/21
**implicated [3]**
3100/24 3103/12
3104/5
**implication [1]**
3211/24
**important [12]**
3099/13 3125/11
3129/16 3147/3
3147/17 3147/21
3162/11 3169/15
3179/8 3202/18
3202/25 3203/3
**impose [1]**   3196/1
**imposed [2]**   3152/17
3154/5
**imposing [1]**   3206/19
**impressions [1]**
3125/11
**improve [1]**   3150/17
**improved [1]**   3112/15
**improving [1]**
3085/21
**incentive [5]**
3200/22 3201/2
3209/25 3210/4
3210/19
**incentives [8]**
3195/20 3200/13
3201/12 3202/15
3203/7 3203/8
3210/12 3210/12
**include [2]**   3095/22
3204/12
**included [4]**   3088/18
3132/5 3142/18
3145/11
**includes [5]**   3094/16
3094/21 3095/21
3200/2 3200/4
**including [2]**   3114/4
3196/9
**increase [6]**   3082/14
3144/20 3174/16
3174/24 3175/2
3177/2
**increases [1]**
3082/10
**increasingly [2]**
3169/10 3171/6
**incredible [1]**
3148/6
**incredibly [3]**
3134/10 3147/17
3148/8
**incremental [2]**
3124/1 3124/14
**incurred [1]**   3124/21
**independent [4]**
3097/23 3112/2
3117/17 3162/14
**index [15]**   3075/2
3075/9 3086/25

3087/3 3090/13
3090/19 3092/13
3092/25 3093/4
3098/3 3113/11
3114/25 3115/19
3116/17 3116/18
**indicated [2]**   3171/7
3191/9
**indication [1]**
3151/22
**individual [3]**
3209/24 3209/24
3210/5
**industrial [1]**
3189/11
**industry [9]**   3192/4
3193/19 3194/24
3197/4 3200/13
3200/16 3202/21
3202/23 3206/24
**inflict [4]**   3192/17
3192/23 3193/4
3193/10
**influence [2]**   3173/7
3196/6
**information [63]**
3082/22 3083/8
3083/14 3084/25
3085/7 3085/9
3085/20 3086/6
3086/9 3086/13
3086/14 3086/17
3089/2 3091/5
3092/13 3094/5
3094/10 3094/14
3094/16 3094/17
3094/17 3095/21
3095/23 3096/2
3096/4 3098/21
3098/22 3100/25
3101/12 3104/6
3104/16 3112/12
3112/17 3113/18
3114/4 3114/8
3114/24 3115/14
3115/16 3115/20
3116/2 3116/4 3116/5
3116/7 3116/15
3116/17 3117/9
3121/7 3121/9
3121/10 3138/20
3138/21 3167/13
3167/14 3190/25
3200/5 3200/8
3203/25 3204/1
3204/2 3204/16
3204/19 3204/21
**infrastructure [1]**
3094/24
**initial [1]**   3106/8
**initiatives [4]**
3107/25 3109/1
3110/4 3157/5
**input [1]**   3077/21
**inside [11]**   3131/14

3151/20 3142/12
3148/17 3164/11
3166/22 3172/12
3179/20 3179/23
3179/25 3185/19
**install [2]**   3151/18
3179/3
**installed [1]**
3176/21
**installing [1]**
3148/18
**instead [5]**   3087/18
3150/4 3153/17
3154/7 3178/7
**integrate [1]**
3154/13
**integrated [2]**
3149/23 3157/23
**intellectual [1]**
3105/2
**intend [1]**   3125/6
**intent [2]**   3090/25
3114/20
**intentionally [2]**
3155/11 3155/14
**interacted [1]**
3141/22
**interacts [1]**   3095/8
**interest [1]**   3210/5
**interested [1]**
3141/23
**interesting [4]**
3160/9 3187/16
3193/19 3204/10
**interests [4]**
3098/25 3099/2
3209/18 3210/4
**interface [2]**   3084/8
3094/25
**internal [2]**   3121/18
3131/10
**international [1]**
3163/13
**Internet [7]**   3129/1
3130/9 3130/10
3132/18 3133/7
3133/13 3135/12
**interoperability [2]**
3133/16 3133/17
**interpretation [1]**
3087/19
**interrupt [5]**   3114/7
3156/23 3196/3
3208/1 3212/13
**invest [7]**   3154/13
3154/16 3199/1
3200/13 3200/22
3201/4 3201/9
**invested [1]**   3154/10
**investing [3]**
3131/13 3132/13
3153/22
**investment [8]**
3135/12 3135/14
3153/8 3159/13

3195/20 3201/12
3210/11 3210/12
**investments [1]**
3132/23
**invests [1]**   3201/3
**involve [1]**   3103/20
**involved [2]**   3099/17
3106/8
**involvement [1]**
3138/6
**involving [1]**   3179/1
**iOS [1]**   3164/17
**iPhone [1]**   3149/8
**irrelevance [1]**
3169/21
**is [398]**
**is that correct [3]**
3185/13 3187/21
3187/25
**isn't [3]**   3135/7
3206/17 3207/7
**Israel [10]**   3188/19
3188/25 3189/10
3189/17 3189/20
3190/4 3196/2
3200/11 3209/11
3213/3
**issue [17]**   3076/3
3076/8 3102/10
3121/21 3122/5
3122/24 3123/9
3134/19 3192/12
3195/2 3197/9
3197/12 3202/8
3203/11 3203/12
3207/10 3209/19
**issues [9]**   3172/9
3172/15 3175/16
3192/13 3212/2
3212/3 3212/4 3212/6
3212/7
**it [221]**
**it says [2]**   3087/5
3176/21
**it would [1]**   3136/20
**it would be [2]**
3208/15 3209/1
**it's [102]**   3078/17
3081/3 3082/3
3083/21 3087/16
3087/17 3087/25
3090/23 3097/10
3097/22 3101/14
3101/15 3101/16
3102/15 3105/4
3109/21 3109/23
3110/8 3110/9
3111/24 3111/25
3116/20 3117/12
3120/24 3125/10
3127/5 3132/11
3133/3 3134/10
3134/19 3138/18
3140/24 3143/13
3143/14 3143/18

## I

**it's... [67]** 3145/3
3145/10 3145/15
3148/3 3150/12
3150/13 3150/14
3152/1 3152/22
3154/25 3155/9
3158/3 3160/5
3160/12 3160/18
3163/9 3163/10
3163/12 3164/22
3165/4 3165/8 3165/9
3166/18 3166/19
3166/21 3166/24
3169/10 3169/11
3169/15 3170/9
3173/11 3174/12
3179/1 3182/18
3188/6 3189/4
3189/15 3190/7
3190/25 3191/25
3193/22 3196/12
3198/11 3198/12
3198/13 3199/8
3199/19 3202/12
3202/18 3202/24
3203/12 3204/2
3204/8 3204/15
3205/21 3207/2
3207/2 3207/25
3208/9 3208/14
3210/13 3210/13
3210/14 3212/3
3212/6 3212/15
3212/16
**items [1]** 3088/15
**its [44]** 3078/11
3080/11 3083/8
3096/12 3106/12
3107/25 3108/25
3109/2 3110/4
3110/16 3111/6
3113/11 3121/8
3122/25 3123/10
3132/18 3135/21
3136/15 3152/14
3152/18 3154/6
3155/4 3156/11
3156/17 3157/13
3158/16 3158/22
3162/23 3168/24
3170/15 3170/24
3171/9 3173/23
3174/7 3174/24
3181/14 3183/6
3184/12 3199/21
3200/8 3200/8
3200/25 3201/17
3203/19
**itself [7]** 3087/18
3116/11 3120/1
3135/15 3135/16
3153/21 3207/13
**iv [2]** 3118/15
3120/5

## J

**Japan [108]** 3077/14
3077/17 3078/2
3078/8 3078/12
3078/14 3079/4
3079/7 3079/21
3080/11 3080/19
3081/8 3081/23
3083/2 3083/8
3083/12 3083/17
3084/14 3084/25
3085/10 3085/19
3085/20 3085/22
3086/18 3088/25
3089/9 3091/3 3091/6
3092/19 3092/21
3093/5 3093/7
3093/11 3093/23
3094/13 3094/23
3095/2 3095/4 3095/5
3095/8 3095/9
3095/11 3095/24
3096/3 3096/8
3096/12 3097/24
3098/7 3098/12
3098/16 3098/18
3098/20 3098/23
3098/24 3099/1
3101/16 3106/25
3107/8 3107/20
3107/21 3107/24
3108/1 3108/7
3108/15 3108/25
3110/2 3110/10
3110/11 3110/21
3110/22 3111/5
3111/16 3111/23
3111/24 3112/6
3112/7 3112/17
3113/10 3113/16
3114/4 3114/12
3114/18 3115/22
3116/5 3116/10
3116/22 3117/9
3117/11 3117/21
3117/25 3118/3
3119/3 3119/7
3119/13 3119/16
3119/18 3119/19
3120/12 3120/16
3121/2 3121/17
3121/22 3122/1
3122/6 3122/7
3143/17 3179/22
3179/22
**Japan's [5]** 3094/3
3094/25 3115/23
3121/22 3122/1
**Japanese [14]**
3092/22 3092/23
3092/24 3092/25
3093/2 3093/3 3108/2
3112/1 3112/13
3115/6 3116/17
3117/13 3120/24

3120/25
**JESSE [1]** 3077/2
**job [2]** 3081/24
3127/18
**John [2]** 3074/9
3076/15
**join [1]** 3127/16
**joined [1]** 3171/12
**joining [1]** 3128/3
**Jon [1]** 3076/14
**jon.sallet [1]**
3074/8
**Jonathan [1]** 3074/2
**jschmidtlein [1]**
3074/13
**JUDGE [1]** 3072/10
**judgment [3]** 3090/7
3091/11 3199/20
**Judicial [1]** 3074/5
**jump [1]** 3210/1
**just [67]** 3079/12
3080/7 3080/8
3080/13 3080/21
3081/22 3083/1
3083/10 3085/17
3088/18 3090/16
3090/16 3092/1
3095/13 3095/18
3097/18 3103/4
3104/12 3104/24
3109/4 3118/7
3118/18 3118/20
3125/1 3125/8
3125/22 3126/2
3142/10 3148/17
3150/3 3160/20
3161/21 3166/21
3167/12 3172/10
3181/4 3181/7 3184/7
3185/2 3189/24
3192/15 3192/17
3192/23 3193/2
3194/10 3195/12
3196/13 3197/5
3197/14 3198/10
3198/21 3198/24
3200/19 3203/14
3203/23 3204/2
3206/2 3206/10
3207/7 3207/22
3209/3 3209/14
3209/14 3210/10
3212/2 3212/6
3212/16
**JUSTICE [1]** 3073/3

## K

**keep [2]** 3138/21
3143/10
**keeping [1]** 3180/5
**key [2]** 3150/6
3176/16
**keyword [2]** 3094/21
3096/2
**kind [11]** 3095/14

3105/1 3105/3 3105/5
3115/7 3119/2 3147/7
3152/17 3159/15
3159/16 3203/16
**know [76]** 3077/21
3080/17 3080/17
3080/19 3081/11
3083/20 3084/8
3085/3 3090/24
3098/14 3101/12
3101/15 3103/25
3105/5 3110/25
3119/2 3119/17
3123/19 3129/20
3129/24 3130/5
3135/18 3138/13
3143/17 3146/15
3147/20 3151/2
3151/19 3151/21
3153/6 3154/1
3154/17 3155/8
3155/15 3160/5
3160/9 3183/14
3194/23 3197/1
3197/16 3198/8
3198/21 3199/3
3200/16 3200/17
3201/2 3202/7
3202/13 3202/21
3202/22 3202/24
3203/2 3203/13
3203/16 3203/21
3203/22 3203/25
3204/3 3204/25
3205/17 3205/20
3205/23 3205/24
3206/1 3206/2 3206/4
3206/20 3206/25
3207/13 3208/6
3209/7 3209/8
3209/19 3209/23
3210/14 3210/16
**knowledge [6]** 3091/9
3091/24 3111/5
3117/2 3124/19
3131/1

## L

**label [1]** 3078/9
**labeled [2]** 3182/8
3182/10
**labeling [1]** 3078/5
**Landscape [1]**
3168/18
**language [10]**
3092/22 3092/23
3092/24 3092/25
3112/13 3116/12
3117/13 3120/24
3121/1 3123/9
**large [2]** 3138/1
3147/24
**larger [2]** 3185/25
3186/23
**largest [2]** 3134/3

## L

**largest... [1]** 3162/8
**LaSalle [1]** 3073/4
**last [24]** 3079/4 3087/4 3089/13 3089/19 3092/10 3100/4 3109/13 3110/1 3111/16 3127/13 3133/10 3133/22 3134/20 3135/20 3136/4 3136/6 3136/7 3136/9 3151/15 3170/11 3197/22 3208/2 3210/21 3210/22
**lastly [1]** 3121/3
**latency [1]** 3113/18
**later [2]** 3076/17 3204/3
**launch [4]** 3096/16 3096/21 3098/15 3158/16
**launched [3]** 3120/25 3124/10 3124/12
**law [2]** 3074/3 3112/1
**laws [2]** 3112/6 3165/15
**lawsuit [1]** 3165/11
**lawyer [2]** 3077/18 3077/24
**Le [1]** 3158/12
**lead [2]** 3136/25 3180/6
**leading [1]** 3169/20
**leaked [1]** 3132/9
**learned [1]** 3078/4
**least [3]** 3087/23 3159/3 3208/12
**led [1]** 3182/4
**left [5]** 3077/13 3141/7 3149/20 3168/17 3186/13
**left-hand [2]** 3141/7 3149/20
**legal [1]** 3195/20
**length [1]** 3200/25
**less [6]** 3085/13 3115/24 3135/16 3141/23 3141/24 3170/3
**let [13]** 3078/21 3079/2 3099/15 3105/19 3107/7 3118/7 3122/5 3126/2 3155/13 3159/20 3194/25 3197/14 3200/14
**let's [55]** 3076/5 3079/22 3082/17 3085/15 3086/1 3086/21 3087/11 3088/18 3088/20 3090/1 3090/6

3090/12 3090/16 3091/10 3091/16 3092/1 3092/10 3093/7 3093/8 3093/15 3093/17 3094/8 3096/7 3097/22 3098/4 3102/22 3104/2 3104/19 3106/24 3107/23 3109/13 3114/10 3116/24 3118/20 3125/4 3125/22 3128/22 3138/17 3140/15 3151/5 3153/14 3160/16 3168/4 3186/3 3193/14 3195/5 3197/9 3199/12 3199/15 3203/9 3205/12 3205/13 3206/10 3209/13 3212/10
**lets [1]** 3210/17
**level [6]** 3118/21 3119/9 3119/22 3172/8 3172/15 3180/2
**liability [1]** 3130/20
**liable [1]** 3165/14
**license [6]** 3206/1 3206/3 3206/5 3206/22 3208/4 3210/20
**life [1]** 3099/2
**like [45]** 3088/3 3096/1 3099/6 3104/16 3111/15 3112/4 3112/4 3112/19 3113/20 3113/22 3114/22 3115/3 3117/11 3117/14 3117/20 3121/14 3121/15 3123/13 3125/17 3139/11 3141/25 3143/19 3146/13 3146/17 3152/2 3156/5 3156/16 3158/4 3162/4 3164/23 3166/1 3167/6 3167/12 3168/15 3183/3 3184/14 3186/23 3198/20 3205/4 3206/23 3206/24 3207/5 3208/17 3208/18 3209/12
**limit [2]** 3195/1 3210/7
**limited [1]** 3116/22
**line [9]** 3089/19 3092/10 3100/22 3104/3 3109/14 3110/1 3124/19

3158/25 3159/2 **line 25 [1]** 3124/19
**lines [1]** 3124/5
**lines 20 [1]** 3124/5
**Links [1]** 3108/19
**list [6]** 3088/12 3091/18 3098/10 3137/11 3206/4 3209/11
**listed [1]** 3093/10
**listen [1]** 3103/4
**lists [4]** 3084/24 3096/24 3096/24 3118/5
**litigation [1]** 3169/1
**little [14]** 3076/17 3078/4 3079/23 3109/4 3128/22 3139/11 3150/21 3152/1 3162/4 3174/12 3175/5 3196/17 3199/1 3212/16
**LLC [2]** 3072/6 3076/13
**LLM [1]** 3157/21
**LLMs [1]** 3132/16
**LLP [1]** 3074/11
**loading [2]** 3151/15 3179/21
**local [1]** 3112/1
**logo [2]** 3149/19 3150/21
**logos [1]** 3149/21
**logs [1]** 3095/22
**long [10]** 3085/4 3125/5 3138/13 3159/24 3160/4 3174/18 3206/4 3206/24 3210/14 3210/18
**longer [7]** 3085/2 3088/24 3134/13 3134/23 3135/1 3155/23 3156/24
**look [40]** 3080/16 3081/15 3086/1 3086/21 3089/10 3089/25 3090/1 3091/10 3091/16 3094/8 3096/7 3101/17 3102/7 3103/4 3103/23 3104/2 3106/24 3107/10 3107/23 3113/8 3118/10 3124/2 3129/22 3138/17 3140/24 3144/23 3150/12 3163/18 3168/4 3168/17 3169/4 3169/8 3172/3 3174/11 3176/13 3176/20 3177/5

3178/2 3186/3 3204/4
**looked [2]** 3135/23 3139/20
**looking [11]** 3087/21 3087/23 3095/18 3095/20 3100/22 3111/16 3117/16 3118/11 3118/13 3134/18 3154/1
**looks [5]** 3141/12 3141/14 3141/18 3142/3 3150/12
**lose [2]** 3139/3 3139/9
**loses [1]** 3205/7
**losing [3]** 3166/4 3169/24 3170/1
**loss [2]** 3144/18 3145/12
**losses [1]** 3138/5
**lost [4]** 3102/17 3153/5 3153/7 3153/7
**lot [31]** 3083/23 3092/16 3098/24 3112/6 3118/7 3131/9 3132/18 3134/18 3136/17 3146/14 3146/22 3152/23 3154/18 3155/16 3160/8 3174/19 3175/2 3179/1 3179/13 3182/10 3195/15 3195/23 3196/15 3196/17 3198/2 3202/17 3204/1 3204/20 3205/1 3205/14 3207/7
**lots [3]** 3198/17 3199/6 3199/8
**loud [3]** 3138/22 3140/18 3143/9
**low [4]** 3109/21 3187/6 3208/9 3208/16
**lower [5]** 3143/13 3143/23 3144/11 3144/17 3187/5
**lunch [1]** 3212/15

## M

**M-u-h-l-h-e-i-m [1]** 3127/13
**machine [9]** 3107/1 3107/15 3108/1 3108/25 3111/19 3111/22 3148/18 3151/18 3152/3
**machine-generated [6]** 3107/1 3107/15 3108/1 3108/25 3111/19 3111/22
**machines [1]** 3151/24
**made [5]** 3086/2 3086/12 3098/6

**M**

**made... [2]**   3179/2
  3212/2
**magnifying [1]**
  3150/22
**magnitude [2]**
  3143/14 3143/25
**main [5]**   3130/9
  3181/11 3181/12
  3191/11 3191/19
**Maine [1]**   3074/11
**maintain [5]**   3141/15
  3146/23 3165/25
  3166/1 3170/8
**maintained [1]**
  3095/9
**maintaining [3]**
  3132/23 3153/9
  3165/14
**major [1]**   3134/19
**make [28]**   3077/21
  3079/2 3080/13
  3084/21 3085/19
  3098/11 3103/21
  3108/20 3112/2
  3112/7 3116/9 3123/3
  3130/15 3131/6
  3131/25 3132/16
  3133/15 3135/15
  3135/16 3138/4
  3139/5 3150/22
  3153/9 3161/21
  3170/9 3183/2 3184/3
  3207/21
**makes [2]**   3173/22
  3174/1
**making [3]**   3170/24
  3208/2 3209/5
**manage [1]**   3153/23
**management [1]**
  3137/24
**mandated [1]**   3207/15
**mandates [2]**   3190/22
  3193/2
**manifesto [1]**
  3132/15
**manually [1]**   3121/10
**manufacturers [1]**
  3132/8
**many [6]**   3129/2
  3129/20 3141/5
  3141/16 3141/21
  3164/14
**map [2]**   3087/5
  3091/11
**March [1]**   3166/8
**marginal [7]**   3199/21
  3201/6 3201/24
  3202/1 3202/3
  3202/10 3208/15
**Mark [2]**   3188/19
  3189/17
**marked [3]**   3115/9
  3137/9 3149/3
**market [30]**   3145/8

3146/23 3160/2
  3170/7 3172/23
  3173/6 3181/14
  3182/1 3191/22
  3191/23 3194/2
  3198/7 3199/5 3199/9
  3201/16 3206/15
  3206/17 3206/18
  3206/22 3207/3
  3207/4 3207/6 3207/9
  3207/13 3208/8
  3208/18 3211/19
  3212/1 3212/3 3212/7
**market share [1]**
  3181/14
**marketplace [7]**
  3094/10 3159/20
  3159/22 3169/25
  3170/1 3181/6
  3196/25
**markets [1]**   3191/22
**massive [1]**   3204/23
**match [1]**   3207/17
**matches [2]**   3194/15
  3194/19
**material [1]**   3140/19
**materials [1]**
  3114/14
**mathematics [1]**
  3127/24
**matter [7]**   3083/20
  3147/13 3150/3
  3166/7 3182/4 3190/5
  3214/4
**matters [4]**   3148/20
  3148/21 3179/4
  3179/5
**maximize [1]**   3209/22
**maximum [1]**   3109/16
**may [24]**   3072/5
  3074/3 3078/23
  3090/2 3110/2 3111/1
  3112/5 3112/5
  3112/17 3137/7
  3148/24 3151/21
  3161/15 3168/9
  3183/10 3184/24
  3185/1 3185/3 3185/8
  3189/6 3189/7
  3189/24 3190/1
  3214/7
**maybe [1]**   3120/8
**MBA [1]**   3128/1
**me [25]**   3078/21
  3079/2 3084/2 3084/3
  3099/15 3102/8
  3105/19 3107/7
  3118/7 3122/5 3126/1
  3126/2 3152/3
  3157/20 3159/20
  3163/11 3171/20
  3190/23 3197/12
  3197/14 3200/14
  3204/1 3204/24
  3206/8 3212/2

**mean [20]**   3092/25
  3101/4 3101/5 3114/7
  3125/3 3136/8 3137/2
  3137/3 3159/19
  3166/17 3187/14
  3197/22 3199/19
  3200/10 3201/25
  3203/11 3204/20
  3208/7 3208/11
  3212/4
**meaning [1]**   3200/4
**meaningfully [1]**
  3101/25
**means [5]**   3078/11
  3108/21 3120/10
  3142/17 3191/10
**meant [2]**   3138/9
  3158/6
**meantime [1]**   3154/2
**measure [1]**   3092/2
**measurement [2]**
  3140/12 3140/14
**measures [1]**   3123/2
**mechanical [1]**
  3074/24
**meet [6]**   3106/14
  3106/20 3127/6
  3153/9 3161/12
  3161/13
**MEHTA [2]**   3072/9
  3161/2
**mention [2]**   3210/10
  3210/12
**mentioned [5]**   3117/8
  3149/10 3165/24
  3166/3 3183/21
**mergers [1]**   3128/6
**Merit [1]**   3074/20
**message [1]**   3151/13
**met [2]**   3106/21
  3115/23
**metrics [3]**   3121/18
  3142/8 3181/6
**Michael [1]**   3074/15
**Microsoft [26]**
  3133/11 3136/1
  3136/16 3136/24
  3137/4 3144/5
  3144/14 3144/16
  3151/13 3151/16
  3151/20 3181/8
  3181/10 3181/13
  3198/9 3207/8
  3207/12 3207/14
  3207/17 3208/5
  3208/6 3208/24
  3209/1 3209/2 3209/4
  3209/20
**middle [4]**   3109/16
  3146/4 3177/5 3210/3
**might [12]**   3084/10
  3096/16 3108/9
  3132/8 3144/11
  3187/15 3207/14
  3207/17 3209/7

3209/9 3209/24
  3211/4
**millennium [1]**
  3133/11
**million [4]**   3129/24
  3133/23 3173/23
  3174/1
**mind [1]**   3144/15
**minimum [2]**   3094/9
  3208/19
**miniscript [1]**
  3123/19
**minute [2]**   3208/15
  3210/22
**minutes [1]**   3156/25
**misleading [1]**
  3125/12
**mission [1]**   3155/2
**mistake [1]**   3118/14
**Mistral [1]**   3158/12
**mitigate [1]**   3175/12
**Mitigates [1]**   3172/4
**mobile [8]**   3145/2
  3145/5 3145/11
  3145/16 3145/20
  3145/21 3188/4
  3188/8
**Moco [2]**   3168/8
  3168/13
**model [2]**   3145/11
  3198/6
**models [1]**   3198/3
**modifications [1]**
  3190/24
**modified [1]**   3083/14
**moment [7]**   3083/10
  3090/1 3111/1 3126/1
  3134/1 3140/22
  3149/10
**monetization [3]**
  3139/21 3142/7
  3142/25
**monetize [4]**   3136/20
  3141/6 3159/4
  3184/12
**monetized [2]**   3140/2
  3186/18
**monetizes [2]**
  3136/21 3143/3
**monetizing [1]**
  3154/15
**money [2]**   3131/22
  3155/24
**Monitor [1]**   3131/16
**monopolies [1]**
  3165/14
**months [2]**   3105/4
  3138/16
**more [30]**   3085/4
  3098/12 3101/7
  3101/22 3102/2
  3104/16 3104/22
  3106/24 3109/4
  3128/22 3129/24
  3132/1 3132/1

## M

**more... [17]**   3132/17
3139/11 3140/6
3145/5 3155/10
3155/23 3162/4
3173/13 3173/25
3182/4 3192/17
3192/18 3192/19
3209/9 3209/14
3210/10 3212/21
**Morgan [1]**   3128/5
**morning [10]**   3072/7
3076/16 3076/18
3080/20 3126/16
3126/19 3127/5
3127/8 3189/15
3189/20
**most [4]**   3129/16
3130/11 3147/3
3172/1
**mostly [6]**   3080/5
3115/6 3202/2 3207/1
3207/25 3209/16
**move [12]**   3079/13
3079/14 3079/14
3139/23 3140/9
3147/6 3152/6
3176/21 3193/14
3199/12 3206/10
3212/10
**moved [3]**   3141/10
3142/6 3175/23
**movie [1]**   3120/17
**moving [2]**   3088/10
3171/8
**Mozilla [93]**   3126/12
3127/15 3127/16
3128/3 3128/21
3128/22 3128/23
3128/24 3129/2
3129/6 3130/21
3131/1 3131/7
3131/10 3131/16
3131/17 3131/17
3132/12 3132/12
3132/15 3132/15
3133/20 3133/21
3134/6 3134/7 3134/8
3134/13 3134/13
3134/22 3135/20
3136/13 3136/14
3137/9 3137/25
3138/2 3138/14
3138/21 3140/5
3140/7 3144/5 3144/7
3144/11 3145/4
3150/17 3152/18
3153/14 3154/5
3156/1 3156/10
3156/15 3156/19
3157/12 3157/16
3158/20 3159/3
3159/8 3162/5
3162/22 3162/23
3163/15 3164/5

3165/4 3165/21
3166/6 3166/10
3167/14 3167/18
3168/13 3168/23
3169/15 3170/23
3171/8 3171/12
3174/7 3174/24
3175/8 3175/13
3175/17 3176/2
3176/10 3177/6
3178/5 3178/20
3179/8 3179/10
3179/11 3180/1
3181/8 3181/22
3182/25 3183/6
3183/22 3186/9
**Mozilla's [17]**
3129/14 3132/23
3134/4 3145/12
3147/13 3155/1
3158/14 3158/16
3162/3 3163/4
3164/20 3165/17
3172/10 3172/16
3177/13 3178/19
3187/23
**Mr [1]**   3161/18
**Mr. [39]**   3076/19
3077/7 3102/25
3103/3 3103/5
3110/14 3111/15
3126/3 3126/7
3126/14 3126/19
3127/5 3137/8
3137/19 3138/19
3145/22 3149/2
3150/3 3150/10
3152/12 3156/23
3159/1 3160/14
3161/8 3161/12
3164/14 3167/6
3171/11 3173/11
3176/2 3185/1 3185/8
3185/11 3188/10
3188/13 3188/16
3211/13 3211/19
3212/13
**Mr. Adkins [6]**
3077/7 3103/3
3110/14 3111/15
3126/3 3126/7
**Mr. Adkins' [1]**
3076/19
**Mr. Chapman [1]**
3161/8
**Mr. Dahlquist [2]**
3102/25 3103/5
**Mr. Epstein [1]**
3211/13
**Mr. Epstein's [1]**
3211/19
**Mr. May [1]**   3185/1
**Mr. Muhlheim [18]**
3126/14 3127/5
3137/8 3137/19

3138/19 3145/22
3149/2 3150/10
3152/12 3159/1
3161/12 3164/14
3167/6 3171/11
3173/11 3176/2
3185/8 3188/16
**Mr. Muhlheim's [1]**
3188/10
**Mr. Safety [1]**
3156/23
**Mr. Safty [5]**
3126/19 3150/3
3160/14 3185/11
3188/13
**Mr. Sommer [1]**
3212/13
**Ms. [5]**   3111/10
3112/24 3125/7
3167/10 3176/5
**Ms. Connor [3]**
3111/10 3112/24
3125/7
**Ms. Sullivan [2]**
3167/10 3176/5
**msommer [1]**   3074/18
**much [15]**   3080/19
3102/1 3102/2 3126/4
3126/8 3133/21
3135/16 3148/20
3156/24 3165/21
3188/17 3196/12
3204/11 3205/18
3210/18
**Muhlheim [22]**
3126/12 3126/14
3127/2 3127/5
3127/12 3137/8
3137/19 3138/19
3145/22 3149/2
3150/10 3152/12
3159/1 3161/12
3161/18 3164/14
3167/6 3171/11
3173/11 3176/2
3185/8 3188/16
**Muhlheim's [1]**
3188/10
**multiple [2]**   3154/23
3194/17
**multiplicative [1]**
3143/24
**must [1]**   3164/17
**mutual [3]**   3099/6
3166/25 3166/25
**mutually [4]**   3099/11
3106/22 3119/18
3166/24
**my [48]**   3077/10
3081/24 3083/6
3085/3 3087/18
3091/9 3093/1 3093/3
3094/2 3098/13
3098/17 3105/4
3106/19 3108/9

3111/24 3113/16
3114/17 3117/2
3118/14 3120/23
3121/6 3122/23
3124/17 3127/12
3152/3 3152/3 3152/4
3152/4 3153/19
3164/19 3184/24
3185/8 3190/10
3191/3 3192/10
3192/14 3195/2
3195/10 3196/14
3196/20 3197/22
3199/7 3200/15
3203/21 3203/22
3204/1 3206/12
3211/9
**My understanding [1]**
3120/23
**myself [2]**   3123/20
3203/20

## N

**name [6]**   3127/10
3127/12 3127/13
3185/8 3186/9
3204/15
**native [2]**   3185/24
3187/2
**nature [3]**   3156/4
3156/22 3211/12
**navigate [2]**   3179/16
3187/17
**navigating [1]**
3142/1
**near [1]**   3150/22
**necessarily [1]**
3120/14
**necessary [1]**   3116/4
**need [10]**   3085/6
3088/25 3091/6
3115/8 3130/10
3130/14 3189/9
3194/24 3194/25
3196/21
**needed [2]**   3112/1
3159/14
**needs [1]**   3117/9
**negotiated [4]**
3091/2 3098/23
3101/4 3105/14
**negotiating [1]**
3211/3
**negotiation [8]**
3099/7 3105/20
3106/1 3106/8
3106/18 3121/6
3211/3 3211/12
**negotiations [3]**
3098/14 3105/9
3122/24
**negotiator [1]**
3211/5
**neither [1]**   3181/24
**net [1]**   3144/2

**N**

**never [1]**   3154/10
**new [15]**   3074/17
3131/15 3131/16
3157/6 3166/21
3181/1 3181/3
3186/10 3186/11
3189/2 3197/17
3197/17 3198/2
3199/6 3202/21
**news [2]**   3108/17
3187/15
**next [15]**   3089/25
3094/20 3096/7
3113/22 3124/18
3126/11 3150/2
3169/20 3172/4
3172/19 3191/18
3195/8 3203/9
3205/13 3206/10
**nice [3]**   3127/5
3161/12 3161/13
**no [41]**   3072/4
3082/2 3085/2
3088/24 3091/24
3099/23 3099/24
3100/10 3111/8
3117/6 3121/19
3122/12 3123/12
3126/3 3134/13
3134/23 3135/1
3137/4 3140/13
3143/2 3152/10
3156/13 3156/18
3157/15 3158/18
3158/24 3160/15
3164/1 3164/9
3166/16 3181/9
3184/10 3184/13
3184/13 3188/12
3189/9 3189/14
3191/7 3202/23
3209/12 3210/25
**non [1]**   3211/23
**non-GSEs [1]**   3211/23
**none [4]**   3153/24
3153/24 3158/23
3184/13
**nonexclusive [1]**
3078/17
**nonprofit [2]**
3128/25 3133/4
**normal [1]**   3208/18
**not [154]**
**not marginal [1]**
3202/3
**note [1]**   3151/19
**noted [2]**   3114/25
3193/9
**notes [7]**   3168/1
3169/20 3172/22
3173/6 3173/22
3174/15 3174/23
**nothing [5]**   3097/24
3122/8 3154/10

3184/21 3188/14
**notion [1]**   3106/22
**November [1]**   3127/17
**now [56]**   3076/11
3076/19 3077/16
3078/14 3080/22
3086/6 3097/20
3101/21 3104/16
3109/11 3115/14
3116/7 3117/20
3130/19 3133/5
3136/18 3137/8
3145/1 3154/17
3158/3 3160/8
3160/23 3161/18
3162/2 3162/5
3164/14 3165/4
3167/6 3169/7 3171/6
3172/6 3172/19
3175/5 3176/12
3177/11 3178/11
3178/19 3180/7
3180/17 3181/24
3182/12 3187/2
3194/5 3195/12
3199/4 3201/4
3201/12 3202/22
3203/20 3203/22
3203/24 3204/2
3205/12 3211/6
3212/8 3213/6
**number [14]**   3107/5
3109/16 3109/21
3109/22 3131/11
3131/24 3142/20
3143/14 3147/22
3149/22 3150/1
3153/1 3168/5
3168/15
**numbers [12]**   3079/23
3080/5 3080/9 3081/6
3081/9 3081/19
3138/20 3138/22
3140/16 3140/18
3143/8 3174/8
**numerous [1]**   3179/19
**nutshell [2]**   3199/19
3205/21
**NW [2]**   3073/8
3074/22
**NY [1]**   3074/17

**O**

**oath [2]**   3126/13
3188/23
**objection [7]**   3081/5
3101/20 3125/1
3137/13 3137/14
3152/10 3189/14
**obligation [1]**
3121/1
**obtain [1]**   3097/11
**obvious [1]**   3193/22
**obviously [7]**
3101/14 3136/1

3190/10 3193/25
3196/14 3197/21
3202/2
**off [6]**   3077/13
3143/25 3159/18
3184/1 3202/14
3204/8
**offer [5]**   3149/14
3181/8 3205/25
3206/3 3206/5
**offered [3]**   3180/1
3210/23 3211/1
**offering [1]**   3185/12
**offerings [1]**   3188/3
**offers [3]**   3149/16
3183/22 3208/12
**officer [2]**   3127/19
3128/20
**Official [1]**   3074/21
**often [1]**   3198/12
**oh [4]**   3102/12
3104/14 3109/15
3184/23
**okay [63]**   3078/7
3078/20 3079/16
3080/23 3081/14
3081/18 3081/21
3084/12 3084/13
3085/14 3085/16
3087/20 3088/5
3089/6 3091/8 3092/1
3093/14 3100/3
3100/11 3100/20
3105/8 3109/7
3109/12 3110/19
3113/1 3113/25
3114/2 3114/11
3115/17 3123/16
3123/21 3123/22
3136/11 3152/8
3157/1 3157/3 3161/5
3162/21 3164/12
3166/23 3167/4
3167/16 3171/5
3176/19 3177/22
3177/23 3180/14
3182/6 3183/17
3184/17 3184/22
3185/1 3186/15
3187/3 3188/11
3189/13 3190/3
3199/11 3199/23
3201/21 3208/13
3212/24 3213/2
**once [4]**   3192/2
3196/20 3196/22
3197/7
**one [62]**   3080/13
3083/10 3094/9
3097/3 3106/24
3110/9 3111/15
3113/17 3118/15
3118/24 3119/10
3119/24 3122/13
3125/8 3126/1 3130/9

3130/16 3133/18
3139/19 3140/14
3146/15 3146/24
3147/6 3147/19
3148/1 3148/17
3150/5 3150/14
3155/6 3155/9 3156/7
3157/4 3159/3
3160/10 3162/16
3165/5 3168/4
3171/11 3178/24
3190/7 3191/20
3196/11 3197/14
3198/4 3198/6
3198/15 3200/14
3200/20 3201/8
3202/9 3202/18
3206/20 3207/19
3208/8 3208/15
3208/21 3209/3
3209/13 3210/16
3210/21 3211/11
3212/21
**one-year [1]**   3139/19
**ones [5]**   3093/5
3158/13 3186/19
3189/4 3191/10
**ongoing [1]**   3179/18
**only [21]**   3092/22
3092/23 3092/24
3093/4 3099/4
3104/24 3105/2
3110/23 3113/17
3116/4 3121/8
3131/20 3133/3
3133/3 3136/2
3153/21 3162/14
3162/16 3164/20
3164/22 3165/1
**open [3]**   3133/14
3182/21 3186/8
**open-source [1]**
3133/14
**OpenAI [2]**   3157/17
3158/9
**OpenAI's [1]**   3157/22
**OpenX [1]**   3128/16
**Opera [5]**   3173/19
3173/20 3173/22
3174/8 3174/19
**Opera's [1]**   3174/23
**operating [7]**
3130/13 3147/1
3147/2 3147/23
3151/24 3154/6
3154/9
**operation [2]**
3085/22 3115/21
**operational [1]**
3115/24
**operations [2]**
3077/20 3129/15
**opinion [8]**   3192/10
3192/14 3193/9
3193/13 3194/14

**O**

**opinion... [3]**
3194/23 3196/20
3199/7
**opinions [2]**   3191/16
3191/19
**opportunities [4]**
3156/10 3156/15
3157/12 3158/20
**opportunity [2]**
3149/25 3194/3
**opposed [1]**   3203/2
**optimal [1]**   3154/21
**optimize [1]**   3152/3
**option [10]**   3134/7
3166/12 3166/18
3166/19 3166/22
3167/1 3184/6
3198/15 3198/16
3198/25
**options [1]**   3150/23
**orange [3]**   3141/7
3142/10 3143/12
**order [9]**   3107/24
3108/1 3135/3 3138/4
3143/13 3143/25
3170/8 3183/10
3183/13
**ordinarily [1]**
3201/2
**organic [2]**   3141/24
3196/13
**organically [1]**
3154/24
**organization [1]**
3189/11
**organize [1]**   3195/7
**original [1]**   3115/18
**other [58]**   3092/16
3101/16 3105/6
3108/14 3108/18
3108/21 3110/9
3117/3 3121/8 3121/9
3121/11 3121/12
3132/11 3134/14
3134/23 3135/2
3135/21 3136/2
3136/24 3138/20
3143/16 3146/17
3147/7 3148/6
3148/14 3148/14
3149/22 3152/4
3152/21 3153/15
3153/24 3155/10
3156/10 3156/15
3156/16 3157/12
3158/17 3158/20
3159/3 3166/14
3173/11 3184/7
3192/1 3193/21
3193/22 3194/25
3195/6 3195/14
3198/18 3200/7
3200/22 3201/17
3202/12 3202/13

3203/8 3207/20
3208/17 3211/1
**others [5]**   3187/12
3191/14 3203/13
3203/16 3208/5
**Otherwise [1]**
3212/24
**our [65]**   3078/13
3078/13 3087/3
3093/4 3112/14
3113/20 3114/21
3114/23 3118/16
3120/3 3126/11
3128/11 3129/17
3129/17 3130/13
3130/14 3131/3
3131/4 3131/13
3131/16 3134/2
3134/10 3135/3
3135/4 3135/9
3135/18 3141/19
3143/20 3145/9
3145/20 3146/12
3146/23 3146/25
3147/8 3148/19
3149/9 3150/13
3151/15 3151/24
3153/8 3154/9
3154/12 3154/15
3154/24 3155/9
3155/13 3155/16
3155/16 3155/18
3155/23 3157/2
3157/4 3157/4 3157/6
3157/9 3157/20
3160/17 3162/25
3164/10 3172/6
3173/7 3174/16
3179/20 3179/23
3187/16
**out [36]**   3078/21
3113/13 3120/3
3121/12 3130/15
3135/19 3138/4
3138/22 3140/18
3143/8 3148/22
3151/2 3154/12
3154/18 3155/7
3155/14 3155/20
3160/8 3160/12
3161/15 3162/19
3164/25 3167/15
3188/6 3194/24
3197/6 3197/6 3197/9
3198/4 3198/7
3202/15 3203/3
3203/24 3204/15
3204/21 3207/13
**outcome [4]**   3159/23
3160/3 3206/20
3207/2
**outcomes [1]**   3144/24
**outside [1]**   3131/20
**outsourcing [2]**
3198/11 3198/13

**over [28]**   3082/10
3084/18 3085/9
3089/2 3091/5
3094/20 3099/16
3125/13 3132/2
3132/18 3134/20
3135/20 3137/1
3137/6 3140/1
3140/11 3141/10
3150/17 3153/2
3155/14 3165/11
3170/1 3173/22
3179/11 3181/15
3181/18 3200/25
3208/21
**overall [7]**   3129/7
3129/14 3129/17
3135/13 3141/23
3164/8 3206/12
**overcome [2]**   3135/10
3147/25
**overnight [2]**
3153/20 3153/25
**oversaw [2]**   3129/11
3138/9
**oversee [1]**   3081/25
**overview [1]**   3132/22
**own [32]**   3087/19
3107/25 3108/15
3108/16 3109/1
3109/2 3110/8 3112/2
3112/8 3113/11
3113/19 3114/21
3117/17 3130/13
3130/14 3154/6
3154/9 3155/4
3155/23 3158/16
3173/23 3174/7
3179/23 3196/14
3198/17 3199/1
3199/4 3200/17
3202/16 3202/19
3203/5 3210/19
**owned [2]**   3128/24
3133/18
**owns [5]**   3114/3
3128/23 3133/7
3133/8 3136/1

**P**

**p.m [2]**   3213/8
3213/8
**Pacific [2]**   3083/3
3083/5
**page [70]**   3079/22
3082/19 3082/21
3087/23 3090/6
3090/12 3093/18
3094/20 3094/20
3095/16 3095/19
3096/8 3096/8
3097/12 3097/17
3097/20 3097/21
3098/2 3098/4 3098/4
3098/10 3098/10

3100/15 3100/22
3102/9 3102/11
3102/13 3104/3
3107/5 3107/8
3107/11 3112/20
3113/24 3122/17
3123/17 3123/18
3124/19 3125/5
3138/11 3138/17
3139/13 3140/15
3140/20 3142/18
3142/23 3144/1
3145/2 3145/22
3146/10 3155/5
3157/6 3168/5
3168/15 3168/17
3170/19 3171/5
3171/18 3173/16
3174/3 3174/4
3174/12 3176/12
3176/15 3177/11
3177/17 3186/7
3186/9 3186/11
3187/10 3206/4
**page 10 [1]**   3176/12
**page 11 [1]**   3082/21
**page 2 [1]**   3139/13
**page 5 [3]**   3087/23
3140/20 3145/2
**page 54 [1]**   3104/3
**page 55 [1]**   3125/5
**page 8 [1]**   3107/8
**pages [6]**   3096/24
3097/4 3097/9 3110/3
3125/16 3158/3
**paid [3]**   3141/17
3142/2 3187/23
**panel [1]**   3111/5
**paper [1]**   3167/14
**paragraph [2]**   3177/6
3178/3
**part [18]**   3081/24
3093/10 3096/12
3098/6 3098/13
3100/4 3101/12
3106/21 3145/4
3162/11 3196/20
3197/25 3199/7
3199/25 3200/5
3200/7 3202/18
3203/3
**partially [1]**
3151/16
**particular [7]**
3100/23 3104/4
3116/16 3133/11
3190/19 3192/20
3210/13
**particularly [1]**
3206/8
**parties [16]**   3086/19
3091/2 3093/2 3094/6
3096/5 3099/5
3099/12 3106/23
3108/17 3109/18

**P**

**parties... [6]**
3109/18 3125/22
3135/24 3135/25
3149/22 3155/10
**partner [3]**   3123/11
3144/14 3157/4
**partners [7]**   3084/8
3096/17 3098/20
3105/10 3105/15
3110/15 3122/25
**partnership [7]**
3099/4 3099/12
3156/1 3156/19
3157/16 3157/18
3158/17
**partnerships [1]**
3173/14
**party [4]**   3120/13
3137/5 3151/20
3187/20
**pass [2]**   3078/21
3161/15
**past [3]**   3119/15
3140/12 3144/13
**path [1]**   3175/1
**pathway [2]**   3174/16
3174/24
**pattern [1]**   3152/2
**pause [2]**   3104/9
3126/9
**pay [6]**   3144/6
3144/11 3144/17
3166/2 3180/5
3181/22
**paying [1]**   3136/13
**Payment [2]**   3080/1
3080/10
**payments [6]**   3082/1
3082/6 3130/22
3134/9 3134/14
3134/23
**pays [2]**   3080/11
3081/23
**PC [2]**   3151/13
3151/22
**PCs [1]**   3151/14
**people [30]**   3129/25
3130/8 3130/17
3132/2 3132/10
3133/12 3135/17
3139/22 3140/1
3141/9 3143/15
3146/15 3146/20
3148/9 3154/21
3156/7 3158/6
3160/11 3176/21
3177/6 3177/14
3178/6 3179/15
3179/19 3184/6
3187/17 3196/16
3196/24 3198/13
3207/17
**people's [1]**   3132/7
**per [3]**   3109/17

3109/24 3142/3
**perceive [1]**   3155/1
**percent [10]**   3108/11
3129/17 3134/2
3145/9 3163/3 3164/9
3165/6 3177/6
3177/13 3178/6
**percentage [14]**
3133/24 3141/14
3141/18 3143/18
3143/19 3144/6
3144/11 3144/16
3145/19 3145/20
3163/9 3163/20
3164/4 3164/10
**perform [2]**   3150/6
3190/5
**performance [2]**
3094/21 3095/15
**performed [4]**   3140/5
3140/6 3144/21
3164/6
**perhaps [3]**   3141/25
3204/15 3212/15
**period [3]**   3200/25
3203/18 3208/3
**periodic [2]**   3088/7
3092/11
**permission [1]**
3081/8
**permit [1]**   3107/25
**permits [2]**   3107/20
3109/13
**permitted [1]**
3110/11
**person [1]**   3211/11
**personal [1]**   3203/25
**personalization [1]**
3118/25
**perspective [3]**
3095/11 3131/6
3190/10
**pertain [1]**   3122/9
**PFJ [2]**   3089/25
3090/1
**philosophies [1]**
3132/14
**phrase [1]**   3142/17
**picking [1]**   3197/16
**piece [2]**   3087/8
3147/7
**pile [1]**   3192/15
**place [8]**   3082/14
3133/10 3133/20
3135/22 3138/1
3155/14 3185/25
3210/8
**placed [2]**   3126/13
3188/23
**placement [2]**
3157/19 3176/9
**placements [1]**
3157/6
**places [2]**   3179/19
3198/18

**plaintiff [1]**   3074/12
**plaintiffs [12]**
3072/4 3073/2
3076/14 3113/5
3117/5 3117/21
3152/13 3185/10
3190/9 3190/14
3193/6 3193/10
**plaintiffs' [14]**
3075/11 3079/17
3083/19 3083/23
3084/2 3090/6
3091/10 3137/15
3154/4 3178/11
3184/19 3189/9
3191/5 3200/12
**planning [2]**   3129/8
3129/8
**plans [1]**   3132/14
**platform [6]**   3106/11
3128/17 3196/24
3197/23 3199/1
3199/4
**platforms [2]**
3198/18 3198/23
**play [1]**   3198/17
**players [2]**   3175/14
3175/15
**plays [1]**   3129/14
**pleasant [1]**   3077/8
**please [22]**   3100/15
3113/23 3114/10
3117/22 3118/10
3118/19 3127/9
3128/2 3138/22
3145/23 3160/20
3161/3 3167/10
3167/15 3171/18
3172/1 3186/4
3188/21 3191/15
3193/14 3206/10
3213/3
**pocket [9]**   3185/22
3185/23 3185/24
3186/25 3187/1
3187/11 3187/20
3187/24 3188/4
**point [25]**   3091/23
3115/7 3139/13
3141/4 3141/19
3141/22 3142/2
3143/20 3146/4
3148/9 3148/17
3149/16 3150/23
3157/9 3174/13
3181/11 3181/12
3194/11 3195/10
3197/15 3202/12
3203/14 3208/2
3209/5 3212/25
**points [5]**   3148/16
3150/1 3172/12
3207/21 3209/14
**policies [1]**   3122/1
**popularity [2]**

3088/20 3092/2
**population [4]**
3139/22 3140/10
3141/1 3141/9
**pornographic [1]**
3112/5
**portal [1]**   3095/9
**portfolio [1]**
3129/17
**portion [7]**   3081/17
3123/23 3134/5
3137/16 3143/6
3163/12 3184/5
**portions [1]**   3111/5
**portrayed [1]**   3149/8
**position [3]**   3165/21
3190/16 3195/9
**possibility [2]**
3166/4 3196/4
**possible [3]**   3130/12
3148/20 3154/19
**possibly [2]**   3105/17
3154/24
**potential [12]**
3105/9 3105/14
3110/15 3122/16
3124/9 3124/11
3168/21 3170/12
3172/22 3174/16
3174/24 3198/19
**potentially [2]**
3116/21 3135/17
**power [1]**   3133/6
**practices [1]**
3174/19
**pre [3]**   3151/15
3176/21 3179/21
**pre-installed [1]**
3176/21
**pre-loading [2]**
3151/15 3179/21
**preceded [1]**   3102/25
**precipitously [1]**
3135/6
**prefer [1]**   3179/10
**preferencing [3]**
3147/24 3175/16
3178/25
**preferred [2]**   3131/4
3180/5
**premier [1]**   3154/18
**prepare [1]**   3189/21
**prepared [2]**   3115/8
3137/23
**preparing [1]**
3138/14
**presearch [1]**   3157/8
**present [1]**   3153/14
**presentation [1]**
3182/11
**preserving [3]**
3131/19 3155/12
3155/21
**presiding [1]**   3161/2
**press [1]**   3150/5

**P**

**presumably [1]**
3146/17
**presume [1]** 3170/7
**pretty [7]** 3135/10
3142/12 3145/15
3145/16 3179/1
3179/17 3212/23
**Prettyman [1]**
3074/21
**previously [6]**
3077/3 3087/2
3117/11 3122/13
3140/5 3189/5
**price [1]** 3123/25
**prices [1]** 3187/6
**pricing [4]** 3124/9
3124/10 3124/12
3124/15
**primary [2]** 3108/7
3108/13
**Princeton [1]**
3127/23
**principal [1]** 3130/8
**prior [1]** 3128/3
**priorities [1]**
3171/12
**prioritization [1]**
3119/17
**privacy [38]** 3099/18
3099/22 3099/24
3100/1 3100/5
3100/23 3101/2
3101/7 3101/8
3101/10 3101/13
3103/12 3103/14
3103/20 3104/4
3104/8 3105/1 3105/6
3105/11 3105/15
3105/23 3106/15
3119/2 3119/5 3122/4
3122/10 3122/10
3122/22 3131/19
3132/5 3155/12
3155/21 3195/23
3203/12 3203/14
3203/17 3205/2
3205/3
**privacy-preserving**
**[2]** 3155/12 3155/21
**private [3]** 3105/24
3118/24 3211/3
**pro [6]** 3141/8
3141/20 3142/12
3142/21 3143/11
3143/25
**pro forma [3]**
3141/20 3142/21
3143/25
**probably [3]** 3181/18
3196/9 3198/16
**problem [10]** 3147/24
3148/21 3178/25
3197/9 3201/1
3201/10 3201/14

3204/22 3206/13
3211/2
**problematic [1]**
3206/8
**problems [1]** 3175/12
**proceed [1]** 3189/6
**proceeded [1]** 3088/7
**proceeding [1]**
3194/18
**proceedings [3]**
3072/9 3074/24
3214/4
**process [4]** 3193/11
3195/21 3202/19
3202/25
**processes [1]**
3195/19
**produced [2]** 3074/24
3137/9
**product [9]** 3077/19
3078/1 3106/21
3124/10 3124/12
3129/16 3135/15
3153/4 3190/24
**products [5]** 3110/16
3124/21 3128/11
3131/15 3131/16
**professional [2]**
3128/3 3161/19
**professor [2]** 3191/8
3201/7
**programmatic [1]**
3128/17
**progressing [1]**
3169/11
**prohibited [1]**
3136/13
**prohibitive [1]**
3119/12
**project [5]** 3138/8
3140/9 3141/8
3181/24 3183/5
**projected [1]**
3145/12
**projection [3]**
3141/1 3142/13
3142/20
**promotional [4]**
3156/9 3156/14
3157/11 3158/19
**properties [1]**
3118/25
**property [2]** 3105/2
3109/3
**proposal [3]** 3099/14
3178/11 3178/15
**proposed [13]**
3083/23 3090/6
3091/10 3152/13
3190/9 3191/6
3191/16 3193/6
3193/10 3199/14
3199/16 3199/17
3200/12
**Proposed QC [1]**

3199/16
**proposing [2]**
3106/17 3190/14
**prospect [1]** 3155/3
**protect [6]** 3098/24
3099/2 3114/23
3151/21 3195/22
3209/17
**Protection [1]**
3074/4
**protections [2]**
3114/22 3123/7
**protocol [1]** 3097/12
**protocols [2]** 3086/3
3133/12
**proven [1]** 3199/8
**provide [31]** 3092/12
3094/14 3095/3
3095/3 3108/2 3114/3
3114/4 3114/9
3114/19 3116/3
3117/3 3117/25
3118/3 3118/16
3119/19 3120/15
3121/1 3121/17
3123/10 3125/23
3132/22 3135/7
3144/21 3174/15
3179/21 3179/22
3190/19 3190/24
3191/1 3199/24
3207/16
**provided [10]**
3083/12 3086/6
3086/9 3089/9
3093/10 3093/16
3095/17 3115/16
3116/7 3174/4
**provider [5]** 3108/8
3108/14 3114/18
3135/6 3135/7
**providers [2]**
3121/11 3196/5
**provides [9]** 3078/11
3094/24 3095/5
3095/12 3096/11
3107/20 3111/21
3114/12 3117/1
**providing [6]**
3100/24 3104/5
3124/20 3124/22
3168/23 3179/18
**provision [16]**
3082/21 3085/21
3089/22 3093/8
3100/24 3104/5
3106/24 3113/4
3113/10 3113/15
3113/22 3114/15
3114/25 3117/4
3118/5 3122/8
**provisions [8]**
3085/15 3094/8
3096/10 3098/24
3117/18 3118/19

**publicly [2]** 3101/9
3174/8
**publish [2]** 3081/8
3209/19
**published [1]** 3176/3
**publisher [1]**
3209/24
**publishers [3]**
3209/20 3209/22
3210/5
**pull [4]** 3167/10
3176/5 3186/4 3204/8
**purchased [1]**
3131/18
**purpose [15]** 3089/1
3090/25 3107/22
3107/23 3109/4
3110/7 3110/9
3110/13 3111/21
3112/11 3113/17
3114/15 3117/8
3117/10 3117/19
**purposes [7]** 3085/21
3086/18 3088/14
3110/8 3145/18
3153/14 3184/15
**pursuant [6]** 3085/1
3085/10 3111/6
3130/21 3131/8
3189/8
**pursue [4]** 3156/11
3156/16 3157/13
3158/21
**push [1]** 3201/8
**put [11]** 3084/21
3135/19 3148/13
3149/3 3150/25
3159/20 3189/25
3197/6 3203/21
3208/19 3209/8
**putting [1]** 3138/10
**PXR0254 [1]** 3167/7
**PXR0716 [1]** 3175/21
**PXR0807 [3]** 3163/14
3184/15 3184/19
**PXR598 [3]** 3079/4
3079/11 3082/20
**PXR806 [2]** 3079/15
3079/17
**PXR807 [1]** 3170/20
**PXRD19 [2]** 3186/4
3188/10

**Q**

**QC [1]** 3199/16
**qualified [6]**
3152/15 3190/15
3192/21 3198/19
3199/21 3204/18
**quality [12]** 3084/6
3087/3 3091/22
3107/25 3109/1
3110/4 3121/18
3159/4 3196/4

**Q**

**quality... [3]**
3196/13 3196/15
3196/18
**quarters [1]**   3107/11
**queries [35]**   3107/2
3107/15 3107/18
3107/21 3108/1
3108/25 3109/17
3110/2 3110/11
3111/19 3111/23
3116/21 3191/25
3192/1 3192/2 3192/3
3192/5 3193/22
3194/13 3194/16
3194/19 3194/21
3195/2 3196/6
3196/22 3196/22
3197/7 3197/10
3197/12 3197/17
3197/22 3198/14
3199/10 3200/19
3204/1
**query [19]**   3112/3
3112/5 3123/7 3124/1
3192/2 3192/9
3192/23 3193/23
3193/24 3193/25
3194/4 3194/7 3195/8
3195/11 3195/12
3195/14 3195/17
3195/24 3200/5
**question [27]**
3077/10 3099/19
3100/23 3101/6
3102/7 3102/25
3103/5 3103/11
3103/23 3104/4
3104/12 3105/12
3109/9 3122/23
3124/4 3124/7 3124/7
3124/18 3124/23
3125/3 3159/1
3160/12 3164/2
3164/4 3172/14
3196/7 3197/19
**questioning [1]**
3189/12
**questions [26]**
3081/13 3101/18
3101/23 3101/24
3102/1 3102/2
3104/22 3111/8
3117/23 3117/25
3121/15 3121/20
3122/3 3122/16
3122/21 3123/13
3125/13 3126/3
3140/18 3158/24
3162/3 3172/7
3184/25 3185/2
3188/12 3196/9
**quickly [7]**   3083/10
3153/13 3169/17
3179/17 3209/12

3209/14 3210/10
**quietly [2]**   3139/23
3141/21
**quite [5]**   3125/12
3155/15 3169/17
3194/16 3211/22
**quo [6]**   3140/25
3141/10 3142/13
3142/21 3165/25
3166/1
**Qwant [1]**   3179/21

**R**

**raise [2]**   3076/3
3188/22
**raised [2]**   3194/23
3212/4
**raising [2]**   3173/3
3173/4
**raison [1]**   3133/19
**Ralph [1]**   3074/5
**range [2]**   3081/16
3144/24
**ranking [1]**   3121/18
**rate [5]**   3080/24
3082/7 3082/10
3143/22 3143/23
**rates [1]**   3201/17
**rather [3]**   3145/2
3155/22 3165/7
**RDX340 [3]**   3137/10
3137/11 3137/19
**RDX403 [1]**   3115/3
**RDX403A [1]**   3115/9
**RDXD25 [2]**   3149/3
3152/7
**re [1]**   3105/12
**re-state [1]**   3105/12
**reach [1]**   3105/22
**reached [4]**   3139/12
3140/21 3191/16
3191/19
**read [14]**   3080/9
3083/10 3083/22
3092/1 3104/9
3118/19 3118/19
3123/21 3123/22
3124/5 3167/15
3172/7 3196/14
3211/17
**readily [1]**   3096/21
**reading [1]**   3125/2
**reads [1]**   3144/1
**ready [1]**   3076/19
**real [3]**   3086/15
3136/24 3184/5
**real-time [1]**
3086/15
**realities [1]**
3159/19
**realize [1]**   3138/5
**realized [1]**   3079/12
**really [36]**   3110/25
3129/16 3129/18
3133/9 3133/14

3133/17 3133/19
3140/9 3140/11
3142/10 3142/25
3147/5 3148/3 3154/2
3180/12 3190/23
3191/19 3191/20
3191/25 3192/4
3192/6 3192/8
3192/11 3192/14
3193/2 3193/2
3196/13 3196/15
3196/19 3198/10
3201/12 3203/12
3206/23 3207/11
3212/6 3212/6
**Realtime [1]**   3074/20
**reason [6]**   3081/6
3082/2 3133/9
3144/10 3196/19
3198/14
**reasonable [1]**
3117/12
**reasonably [1]**
3085/20
**reasons [2]**   3136/17
3155/9
**recall [11]**   3077/14
3078/5 3096/18
3097/5 3103/19
3105/18 3105/20
3106/2 3109/22
3117/25 3182/14
**receive [4]**   3134/13
3134/23 3135/1
3188/9
**received [5]**   3079/17
3081/8 3089/2 3144/5
3184/19
**receives [3]**   3130/22
3131/7 3164/5
**receiving [1]**   3091/5
**recently [6]**   3129/11
3131/18 3140/7
3146/22 3150/25
3165/17
**recess [4]**   3160/24
3160/25 3213/7
3213/8
**recognize [1]**
3137/19
**recognizes [1]**
3110/2
**recommendation [4]**
3186/25 3187/1
3187/20 3187/25
**recommendations [5]**
3185/22 3185/23
3185/24 3187/11
3188/4
**record [4]**   3076/12
3084/21 3196/11
3214/3
**recorded [1]**   3074/24
**recouped [1]**   3139/3
**recouping [1]**   3138/3

**red [4]**   3167/13
3169/7 3172/1
3172/20
**redacted [6]**   3080/5
3080/6 3081/6
3081/17 3140/17
3144/6
**redirect [5]**   3075/4
3111/10 3111/13
3184/23 3188/13
**redisplays [1]**
3155/4
**reduce [4]**   3113/17
3153/8 3195/19
3200/21
**reduced [1]**   3169/21
**reduces [2]**   3173/7
3202/15
**reducing [1]**   3210/11
**reduction [2]**   3139/7
3180/6
**Redwood [11]**   3138/18
3138/25 3140/5
3140/21 3180/7
3180/10 3180/17
3181/1 3181/7
3181/24 3182/9
**refer [1]**   3187/1
**reference [6]**
3087/18 3124/11
3163/18 3163/19
3163/25 3170/21
**referenced [3]**
3093/16 3113/23
3185/12
**referred [2]**   3185/15
3185/21
**referring [3]**
3083/11 3115/11
3146/8
**refers [1]**   3169/1
**reflects [1]**   3116/1
**regarding [6]**   3113/5
3121/20 3142/5
3172/9 3172/16
3174/23
**Registered [1]**
3074/20
**Regrets [1]**   3132/4
**regulation [1]**
3193/3
**regulations [1]**
3195/13
**regulatory [2]**
3193/2 3207/4
**relate [2]**   3172/9
3172/15
**related [5]**   3083/21
3086/1 3093/22
3095/17 3185/19
**relates [4]**   3086/25
3140/21 3151/10
3197/19
**relationship [11]**
3095/2 3140/4

**R**

**relationship... [9]**
3149/11 3156/4
3156/22 3158/11
3162/3 3162/4
3162/23 3163/1
3186/19
**relatively [1]**
3199/2
**Relay [1]** 3131/17
**release [1]** 3174/7
**relevance [4]** 3170/3
3170/6 3172/10
3172/17
**relevant [2]** 3211/19
3212/2
**reliant [1]** 3165/5
**rely [1]** 3121/12
**remain [3]** 3177/8
3181/17 3188/21
**remedies [35]** 3072/9
3083/19 3083/24
3137/25 3141/17
3190/9 3190/11
3190/13 3190/17
3190/18 3190/21
3190/21 3191/2
3191/6 3191/10
3191/17 3192/6
3192/7 3192/8 3192/9
3192/14 3192/20
3192/25 3193/3
3193/7 3193/10
3195/4 3195/18
3199/14 3200/19
3201/8 3201/14
3203/1 3204/25
3210/6
**remedy [27]** 3152/17
3152/22 3154/4
3180/5 3182/3 3183/9
3190/17 3199/16
3199/18 3199/25
3200/12 3201/10
3201/23 3203/10
3203/17 3203/24
3204/7 3205/6
3205/10 3205/16
3205/18 3205/21
3206/13 3209/6
3209/8 3211/16
3212/9
**remember [5]** 3097/6
3097/7 3097/8
3161/19 3180/8
**removing [1]** 3208/7
**renewed [1]** 3078/14
**repackages [1]**
3078/12
**repeat [2]** 3163/23
3172/14
**rephrase [1]** 3105/12
**replace [4]** 3136/14
3152/18 3153/4
3193/3

**report [4]** 3175/11
3176/9 3177/13
3178/5
**reported [2]** 3177/14
3178/6
**Reporter [4]** 3074/19
3074/20 3074/20
3074/21
**reporting [2]**
3094/24 3095/10
**reports [5]** 3094/25
3095/3 3095/5
3095/13 3167/21
**represent [1]**
3083/16
**represents [2]**
3129/17 3129/24
**requalify [1]** 3189/9
**request [5]** 3086/12
3086/13 3086/16
3106/19 3116/9
**requested [1]**
3085/20
**require [4]** 3098/5
3154/11 3178/12
3178/16
**required [9]** 3094/10
3098/12 3152/14
3154/14 3190/15
3192/20 3192/25
3200/25 3205/9
**requirement [1]**
3191/1
**requirements [5]**
3106/14 3106/16
3118/2 3122/22
3190/23
**requires [1]** 3099/5
**requiring [1]**
3200/21
**research [8]** 3100/8
3101/11 3103/16
3103/18 3131/3
3132/6 3146/22
3147/9
**reset [3]** 3102/18
3102/19 3102/19
**resets [1]** 3182/23
**resources [1]**
3154/12
**respect [14]** 3111/19
3114/24 3115/15
3121/20 3122/3
3122/10 3122/11
3122/24 3123/3
3124/8 3124/9
3129/14 3141/3
3170/3
**response [3]** 3111/22
3112/3 3124/13
**responsibilities [3]**
3081/25 3129/5
3171/16
**responsibility [3]**
3085/5 3111/25

**responsible [5]**
3077/16 3077/19
3078/2 3129/7
3132/18
**rest [3]** 3104/9
3185/18 3212/19
**restrictions [1]**
3112/16
**result [9]** 3098/1
3099/4 3110/3 3135/9
3139/4 3143/24
3146/19 3147/8
3196/14
**results [30]** 3097/17
3097/19 3097/22
3108/8 3108/8
3108/13 3108/19
3109/2 3111/22
3112/3 3112/14
3113/6 3113/11
3113/17 3114/5
3114/19 3116/11
3116/16 3116/20
3117/12 3124/22
3142/11 3142/23
3152/14 3153/13
3153/15 3154/7
3154/15 3155/4
3155/18
**resume [2]** 3160/18
3212/17
**RESUMED [1]** 3077/3
**retain [1]** 3147/3
**retention [1]** 3146/5
**retrieve [1]** 3097/21
**return [8]** 3112/5
3116/10 3116/12
3123/13 3150/5
3150/6 3202/6
3209/23
**returned [2]** 3093/5
3116/15
**returning [2]**
3116/16 3121/15
**rev [4]** 3082/7
3082/10 3082/14
3170/24
**rev share [2]** 3082/7
3082/10
**revealing [1]**
3163/17
**revenue [83]** 3129/18
3130/22 3131/7
3131/11 3131/16
3133/21 3133/24
3134/2 3134/4 3134/9
3134/13 3134/23
3135/1 3135/2 3135/5
3135/10 3135/11
3136/15 3137/3
3137/5 3138/2 3138/3
3139/3 3139/6 3139/8
3142/12 3143/2
3143/6 3144/2

3144/12 3144/16
3144/18 3145/9
3145/12 3145/19
3145/20 3152/18
3153/4 3153/6 3153/8
3153/16 3154/6
3154/15 3154/24
3159/17 3163/4
3163/13 3163/13
3163/20 3164/5
3164/8 3164/10
3164/11 3165/6
3166/4 3168/21
3169/11 3169/12
3169/15 3170/15
3170/17 3171/2
3171/3 3171/7 3171/9
3172/10 3172/16
3172/23 3172/24
3173/12 3173/13
3173/23 3174/2
3174/16 3174/24
3175/2 3180/2 3180/6
3181/9 3181/17
3181/22 3187/23
3209/22
**revenue-share [4]**
3130/22 3134/9
3134/13 3134/23
**revenues [1]** 3174/8
**reverse [3]** 3113/13
3113/20 3114/13
**review [1]** 3077/21
**reviewed [1]** 3122/14
**reviews [1]** 3120/17
**Richard [1]** 3073/7
**riding [1]** 3201/1
**right [100]** 3077/25
3079/20 3079/23
3082/16 3084/15
3091/6 3097/20
3098/15 3102/18
3111/9 3113/3
3124/15 3125/21
3126/6 3126/14
3131/5 3133/5
3136/18 3144/19
3145/13 3150/7
3154/18 3158/3
3159/12 3160/8
3160/16 3162/24
3163/7 3164/15
3165/6 3165/11
3165/18 3165/22
3166/5 3166/8
3167/18 3168/9
3169/2 3169/4 3171/9
3171/12 3172/4
3173/14 3173/23
3174/13 3174/17
3175/6 3175/9
3175/14 3175/18
3176/3 3176/10
3177/16 3178/9
3178/13 3178/17

**R**

**right... [44]**
3178/21 3183/7
3183/12 3183/15
3184/2 3186/24
3187/5 3188/13
3188/16 3188/22
3193/20 3194/2
3194/9 3194/13
3194/15 3195/7
3195/12 3197/1
3197/8 3198/2
3198/21 3198/25
3200/1 3200/2 3201/1
3201/6 3201/22
3202/4 3202/13
3202/14 3202/16
3202/20 3203/19
3203/20 3203/22
3204/11 3205/11
3207/2 3207/8 3207/9
3208/22 3208/24
3210/14 3213/6
**rise [2]** 3160/23
3161/1
**risk [1]** 3120/1
**rivals [4]** 3210/13
3210/15 3210/17
3210/18
**RMR [2]** 3214/2
3214/8
**robust [1]** 3153/4
**role [1]** 3129/13
**roles [2]** 3128/11
3128/12
**rolling [1]** 3188/6
**romanette [1]**
3118/15
**ROSATI [1]** 3074/16
**Rosetta [5]** 3079/13
3079/15 3163/16
3170/20 3184/15
**roughly [1]** 3110/23
**row [3]** 3142/14
3144/1 3144/7
**rows [1]** 3172/3
**rule [1]** 3145/10
**rules [3]** 3195/14
3195/16 3210/8
**run [3]** 3094/10
3167/2 3195/6
**running [1]** 3195/9

**S**

**safe [4]** 3126/8
3145/15 3151/21
3151/22
**Safety [1]** 3156/23
**Safty [7]** 3074/10
3126/17 3126/19
3150/3 3160/14
3185/11 3188/13
**said [14]** 3102/4
3105/22 3115/22
3163/3 3166/18

3171/2 3179/6
3179/15 3180/10
3183/21 3194/19
3201/25 3202/5
3206/16
**sales [2]** 3153/23
3154/14
**Sallet [2]** 3074/2
3076/14
**same [14]** 3082/17
3083/23 3090/16
3091/19 3095/14
3103/22 3120/15
3163/10 3163/12
3171/18 3173/17
3180/2 3183/18
3210/5
**SAP [3]** 3141/19
3142/14 3143/10
**sat [1]** 3189/5
**saw [2]** 3141/20
3154/19
**say [31]** 3081/22
3082/4 3084/5
3091/21 3092/4
3092/24 3093/8
3094/2 3097/22
3099/6 3100/1 3100/4
3100/10 3105/6
3112/9 3136/4
3138/22 3140/17
3145/15 3181/12
3190/14 3193/18
3195/5 3196/8
3196/10 3203/1
3205/4 3205/6 3205/7
3206/9 3206/12
**saying [7]** 3093/15
3120/21 3143/8
3199/19 3203/2
3205/24 3206/21
**says [35]** 3086/21
3087/5 3088/6
3088/10 3089/20
3092/2 3093/9 3094/9
3096/20 3107/24
3109/16 3110/1
3138/12 3145/1
3146/10 3151/2
3151/19 3151/21
3168/20 3169/5
3169/10 3170/11
3174/3 3175/1
3176/16 3176/21
3177/1 3201/10
3201/23 3203/18
3203/24 3207/11
3210/6 3210/25
3211/8
**scale [3]** 3202/17
3202/17 3202/18
**scaled [4]** 3133/6
3136/2 3164/22
3165/1
**scarcity [2]** 3197/4

3197/6
**scenario [2]** 3143/10
3143/12
**scheduled [1]**
3165/18
**Schmidtlein [2]**
3074/9 3076/15
**school [3]** 3127/21
3128/1 3128/8
**scope [2]** 3121/12
3121/13
**scoped [3]** 3120/21
3120/24 3121/7
**score [3]** 3089/16
3092/8 3116/13
**scrambling [1]**
3154/16
**scrape [1]** 3108/2
**scraping [1]** 3109/17
**screen [11]** 3080/6
3138/12 3147/16
3149/4 3177/7
3177/15 3178/7
3179/6 3179/12
3180/1 3186/7
**screens [21]** 3147/14
3147/19 3147/20
3148/1 3148/2 3148/3
3148/4 3175/6 3175/9
3175/11 3175/18
3176/3 3176/4 3176/8
3176/21 3177/2
3178/12 3178/17
3178/20 3178/21
3180/4
**screenshot [1]**
3188/2
**search [170]**
**searches [6]** 3142/3
3143/21 3159/5
3163/21 3164/6
3203/21
**searching [3]**
3116/21 3141/23
3150/24
**seated [1]** 3161/4
**second [9]** 3080/13
3109/17 3128/10
3138/17 3173/6
3177/1 3178/2
3198/16 3202/11
**secrets [3]** 3105/2
3114/23 3120/3
**section [25]** 3074/4
3080/1 3082/9
3082/17 3082/18
3082/21 3083/7
3083/18 3091/23
3091/25 3095/17
3100/25 3103/8
3104/6 3108/2
3111/17 3112/21
3112/23 3113/14
3113/23 3117/20
3117/22 3146/4

3190/21 3191/9
**Section 2.7B [1]**
3112/21
**Section 2.7C [1]**
3111/17
**Section 2.9 [2]**
3095/17 3103/8
**Section 5.1a [1]**
3117/22
**Section 9.4 [2]**
3113/14 3113/23
**section iii [1]**
3091/23
**Section VIII [2]**
3190/21 3191/9
**sections [1]** 3111/16
**see [91]** 3078/12
3079/5 3080/2 3080/5
3082/23 3083/22
3084/22 3085/24
3086/4 3086/23
3087/6 3087/13
3087/24 3088/22
3089/11 3089/14
3089/17 3089/22
3090/15 3091/12
3092/14 3093/12
3094/11 3095/14
3096/22 3097/14
3098/2 3098/8
3104/10 3107/12
3108/4 3109/19
3110/5 3124/23
3138/12 3139/7
3139/13 3142/15
3142/18 3143/13
3144/3 3145/13
3145/16 3145/17
3149/18 3149/19
3150/22 3152/2
3160/7 3168/18
3169/5 3169/6
3169/22 3169/23
3170/13 3170/21
3172/4 3172/20
3172/25 3173/9
3173/10 3176/17
3176/18 3176/23
3176/24 3177/3
3177/4 3177/9
3177/10 3178/3
3178/4 3178/10
3185/19 3185/25
3186/7 3187/10
3187/11 3188/2
3194/11 3194/13
3195/4 3195/15
3195/24 3196/12
3197/4 3197/6 3197/8
3197/9 3205/1
3210/16 3213/5
**seen [5]** 3089/10
3092/5 3196/17
3206/15 3210/1
**seep [1]** 3155/13

**S**

**select [1]**   3177/7
**self [3]**   3147/24
3175/16 3178/25
**self-preferencing [3]**
  3147/24 3175/16
  3178/25
**sell [10]**   3128/17
3186/19 3194/4
3194/6 3197/3
3197/24 3198/20
3198/20 3198/21
3201/25
**selling [2]**   3199/10
3202/7
**send [5]**   3085/6
3091/7 3094/13
3107/21 3116/4
**sending [1]**   3088/25
**sensitive [9]**
3098/20 3098/21
3098/23 3101/14
3103/8 3105/6 3112/4
3122/15 3140/17
**sensitivity [3]**
3139/9 3144/21
3144/25
**sent [5]**   3095/23
3096/3 3168/2
3168/11 3171/24
**SERP [4]**   3142/23
3143/1 3143/3 3209/1
**server [1]**   3097/20
**service [6]**   3078/9
3093/6 3101/12
3114/18 3157/22
3210/19
**services [15]**
3078/12 3078/13
3080/12 3085/22
3086/2 3094/15
3108/3 3110/18
3113/12 3114/22
3116/4 3119/1 3121/9
3123/25 3194/1
**serving [2]**   3095/21
3153/15
**session [3]**   3072/7
3095/22 3096/1
**set [24]**   3086/21
3087/11 3088/3
3091/16 3092/12
3131/1 3136/16
3139/22 3140/10
3141/2 3141/10
3144/7 3147/10
3148/9 3149/20
3153/14 3156/12
3157/6 3157/14
3158/14 3158/22
3159/5 3175/4
3208/19
**sets [2]**   3130/21
3134/8
**setting [7]**   3094/17

3134/14 3134/24
3135/21 3152/19
3154/7 3155/3
**settled [1]**   3077/11
**several [6]**   3101/21
3112/19 3141/12
3174/8 3185/17
3193/6
**share [40]**   3082/7
3082/10 3100/25
3101/13 3104/6
3104/17 3130/22
3134/3 3134/9
3134/13 3134/23
3137/3 3137/6 3144/2
3144/12 3146/23
3150/11 3153/16
3163/20 3164/5
3169/24 3170/1
3170/7 3172/23
3173/6 3174/2 3180/2
3181/9 3181/14
3181/17 3181/22
3187/23 3190/17
3194/14 3194/15
3194/15 3194/19
3194/19 3205/5
3205/8
**shared [5]**   3084/25
3085/9 3087/8
3093/23 3101/5
**shares [3]**   3082/14
3083/8 3098/22
**sharing [7]**   3083/19
3083/24 3096/10
3191/13 3199/16
3200/12 3204/23
**she [2]**   3109/11
3125/3
**she'd [1]**   3125/17
**shifted [1]**   3146/15
**shifting [1]**   3146/20
**shopping [2]**   3108/15
3108/16
**short [3]**   3125/16
3159/24 3160/4
**Shortly [1]**   3166/10
**should [4]**   3091/25
3159/5 3207/8
3207/22
**show [4]**   3078/20
3115/3 3178/12
3178/16
**showed [3]**   3124/4
3182/7 3182/12
**showing [4]**   3142/11
3150/13 3150/14
3206/15
**shown [2]**   3177/15
3178/7
**shows [2]**   3157/6
3157/8
**side [22]**   3078/1
3128/17 3141/7
3147/11 3149/20

3153/24 3163/1
3168/17 3169/4
3186/13 3190/9
3191/22 3191/23
3192/6 3192/7 3192/8
3192/14 3193/7
3193/10 3200/24
3202/22 3204/10
**sidebar [7]**   3157/20
3157/23 3158/5
3158/16 3183/23
3183/24 3184/3
**sidebars [1]**   3184/1
**sides [2]**   3099/9
3210/4
**signal [2]**   3088/10
3088/21
**signals [12]**   3084/6
3087/12 3087/15
3087/22 3087/24
3088/6 3088/15
3089/1 3089/21
3091/17 3091/23
3092/12
**signed [2]**   3084/15
3184/11
**significance [1]**
3164/21
**significant [4]**
3099/6 3135/10
3181/22 3184/5
**signifying [1]**
3098/15
**similar [6]**   3118/17
3119/13 3145/16
3146/18 3155/19
3181/16
**simple [1]**   3183/2
**simplifies [1]**
3150/20
**simply [1]**   3153/12
**since [3]**   3077/17
3078/2 3085/8
**single [3]**   3110/7
3110/13 3179/2
**sir [11]**   3079/2
3080/4 3083/17
3087/15 3090/8
3100/12 3107/14
3108/24 3109/6
3111/4 3188/12
**sit [2]**   3209/20
3210/17
**site [3]**   3116/12
3209/24 3210/7
**sites [2]**   3108/2
3117/15
**sits [1]**   3210/3
**six [1]**   3085/4
**six years [1]**   3085/4
**Skai [1]**   3194/18
**skipped [1]**   3092/16
**slide [31]**   3145/1
3146/2 3146/5 3149/5
3149/12 3149/13

3150/2 3150/2
3150/10 3151/5
3151/8 3168/8
3168/16 3173/19
3173/22 3174/23
3189/21 3190/7
3191/18 3193/14
3193/16 3197/15
3199/12 3200/14
3203/9 3205/13
3205/13 3206/10
3207/24 3209/3
3212/10
**Slide 10 [1]**   3205/13
**Slide 2 [2]**   3150/2
3150/10
**Slide 7 [1]**   3199/12
**slides [1]**   3199/12
**slight [1]**   3097/16
**slowly [1]**   3169/11
**small [7]**   3087/4
3132/13 3132/17
3161/14 3164/25
3174/12 3199/2
**smaller [2]**   3163/9
3164/23
**smart [1]**   3122/17
**Snap's [1]**   3123/1
**Snapchat [4]**   3105/20
3105/22 3122/17
3123/8
**so [217]**
**so -- strike [1]**
3134/20
**So for [1]**   3116/12
**So I don't [1]**
3160/12
**So I think [4]**
3081/18 3159/13
3204/22 3205/9
**So if [1]**   3120/25
**So it's [2]**   3166/21
3190/25
**So this does [1]**
3083/15
**So this is [2]**
3187/5 3193/18
**So this one [2]**
3119/10 3119/24
**so this piece [1]**
3147/7
**So VI [1]**   3191/14
**software [1]**   3161/24
**sold [2]**   3121/25
3132/10
**sole [1]**   3112/11
**solve [4]**   3148/21
3178/25 3195/1
3195/16
**solved [1]**   3202/22
**some [51]**   3080/4
3083/11 3084/11
3084/20 3085/15
3086/13 3090/15
3091/18 3096/16

**S**

some... [42]   3096/18
 3105/6 3105/19
 3123/7 3135/2
 3136/25 3139/9
 3140/12 3140/19
 3141/16 3142/1
 3143/16 3146/17
 3146/25 3147/6
 3152/19 3155/19
 3160/5 3160/9 3162/2
 3164/23 3164/25
 3170/6 3173/11
 3173/15 3178/12
 3181/4 3185/21
 3187/9 3187/10
 3187/14 3187/14
 3187/15 3191/13
 3196/8 3196/16
 3197/19 3199/13
 3204/3 3204/9 3206/7
 3212/4
somehow [1]   3202/5
someone [2]   3151/1
 3193/23
something [18]
 3090/22 3096/1
 3101/17 3105/5
 3106/22 3112/6
 3139/7 3141/25
 3143/1 3144/14
 3144/22 3145/6
 3152/2 3179/15
 3181/17 3184/7
 3196/22 3202/1
sometimes [5]
 3107/17 3108/17
 3112/8 3119/19
 3185/15
somewhat [1]   3083/21
Sommer [2]   3074/15
 3212/13
SONSINI [1]   3074/15
soon [1]   3196/9
sorry [28]   3076/17
 3093/9 3099/19
 3100/4 3102/6
 3102/12 3106/6
 3106/7 3106/25
 3109/15 3112/23
 3118/13 3128/18
 3136/3 3142/4
 3157/20 3159/25
 3160/1 3163/23
 3164/8 3171/1
 3171/21 3172/12
 3177/17 3177/20
 3196/2 3201/21
 3208/1
sort [16]   3115/14
 3118/20 3157/23
 3187/9 3194/10
 3196/20 3197/20
 3198/3 3198/6
 3201/16 3204/23

3207/20 3209/6
 3210/15 3210/17
 3211/8
Sounds [1]   3076/6
source [7]   3096/2
 3114/13 3129/19
 3133/14 3143/16
 3159/17 3208/8
sourced [1]   3164/10
sources [4]   3121/8
 3121/11 3121/13
 3202/16
South [1]   3073/4
space [2]   3186/20
 3198/24
spam [4]   3089/16
 3092/8 3116/13
 3117/14
spammy [1]   3117/15
speaking [1]   3180/22
specific [21]
 3081/16 3086/18
 3088/3 3088/11
 3089/1 3091/2
 3091/24 3102/3
 3106/13 3107/22
 3112/3 3112/14
 3115/14 3116/15
 3116/24 3123/8
 3124/4 3143/8 3172/7
 3196/5 3199/13
specifically [6]
 3083/18 3119/6
 3122/14 3122/21
 3123/8 3147/20
specifics [2]
 3101/16 3125/13
specified [1]   3144/7
spelled [1]   3127/13
spelling [1]   3127/9
spend [1]   3210/21
spent [2]   3097/3
 3134/18
spiral [1]   3135/17
sponsor [5]   3138/8
 3180/13 3187/19
 3187/24 3188/3
sponsored [7]
 3180/15 3185/15
 3185/18 3186/13
 3187/12 3187/14
 3187/24
sponsorship [5]
 3130/20 3131/8
 3133/25 3163/4
 3183/15
stamp [4]   3079/23
 3082/20 3093/19
 3107/9
stand [3]   3077/3
 3137/15 3188/20
standards [5]
 3105/10 3105/11
 3105/15 3105/23
 3106/20

standing [2]   3137/25
 3188/21
stands [2]   3083/5
 3213/7
Stanford [1]   3127/25
Stanley [1]   3128/5
start [13]   3076/17
 3085/17 3099/16
 3102/25 3111/15
 3125/4 3127/9
 3135/17 3137/6
 3148/13 3149/18
 3195/18 3199/15
started [4]   3103/7
 3146/20 3180/24
 3193/18
starting [4]   3118/23
 3128/13 3149/5
 3160/6
Startpage [10]
 3106/1 3106/5 3106/9
 3106/10 3106/12
 3106/14 3106/16
 3106/18 3122/18
 3122/19
Startpage's [2]
 3123/1 3123/6
starts [1]   3151/2
state [4]   3074/2
 3080/21 3105/12
 3185/9
stated [7]   3081/10
 3087/2 3088/24
 3090/25 3117/11
 3122/14 3144/17
statement [1]   3209/4
statements [1]
 3196/16
states [14]   3072/1
 3072/3 3072/10
 3073/2 3076/12
 3076/22 3113/10
 3134/16 3146/5
 3161/7 3162/9
 3163/21 3164/6
 3184/23
Static [8]   3087/12
 3087/15 3087/22
 3087/24 3088/6
 3088/10 3088/15
 3089/21
stating [3]   3082/3
 3082/3 3127/9
status [6]   3140/25
 3141/10 3142/13
 3142/21 3165/25
 3166/1
stay [2]   3141/6
 3154/3
staying [1]   3087/4
steering [7]   3167/17
 3167/20 3167/23
 3169/14 3171/8
 3171/23 3173/2
stenography [1]

3074/24
step [2]   3195/8
 3198/24
steps [2]   3190/15
 3193/1
stifle [2]   3211/9
 3211/12
still [10]   3097/21
 3098/2 3100/13
 3100/17 3115/23
 3189/15 3202/7
 3203/25 3204/1
 3204/15
stills [1]   3212/18
Stone [5]   3079/13
 3079/15 3163/16
 3170/20 3184/15
store [3]   3110/2
 3110/11 3151/18
stored [1]   3086/18
strategy [2]   3128/10
 3168/9
Street [2]   3073/4
 3073/8
strength [1]   3129/19
strike [1]   3134/20
strong [1]   3099/8
strongly [2]   3159/17
 3179/1
structured [1]
 3082/6
struggling [1]
 3154/3
studies [1]   3132/3
study [20]   3139/14
 3139/15 3139/17
 3139/18 3139/18
 3139/19 3140/5
 3142/4 3142/5 3176/2
 3176/7 3179/7
 3180/18 3180/21
 3180/24 3181/2
 3181/3 3181/16
 3183/5 3183/6
stuff [3]   3196/8
 3200/9 3201/11
sub [2]   3120/11
 3120/11
sub-syndicate [1]
 3120/11
sub-syndication [1]
 3120/11
subject [2]   3137/13
 3175/2
submit [1]   3108/1
subsidiary [1]
 3128/24
substantial [3]
 3119/10 3139/5
 3142/12
substitute [1]
 3113/12
successful [3]
 3148/4 3182/3
 3196/21

**S**

**successor [1]**
 3128/14
**such [20]**  3085/6
 3094/14 3094/16
 3094/24 3095/9
 3095/12 3095/21
 3097/20 3098/20
 3108/8 3109/17
 3113/11 3115/23
 3119/1 3119/16
 3123/12 3131/16
 3132/4 3132/12
 3173/12
**suddenly [1]**  3159/7
**sufficiently [1]**
 3153/3
**Suggest [1]**  3157/8
**suite [4]**  3073/4
 3073/9 3074/6
 3137/25
**Sullivan [2]**  3167/10
 3176/5
**summarize [2]**
 3127/20 3191/15
**summarizing [1]**
 3158/3
**Summary [1]**  3138/18
**supplier [1]**  3108/7
**support [3]**  3154/14
 3178/19 3178/20
**supported [1]**
 3121/25
**supports [2]**  3077/20
 3196/18
**suppose [1]**  3211/2
**supposed [1]**  3086/20
**sure [23]**  3077/22
 3078/19 3079/3
 3080/13 3080/15
 3084/21 3100/14
 3103/22 3104/23
 3109/10 3109/11
 3112/7 3118/22
 3130/15 3133/15
 3153/6 3161/16
 3161/21 3170/9
 3174/21 3185/4
 3193/15 3207/23
**surf [1]**  3130/8
**surfed [1]**  3158/7
**surrounding [1]**
 3140/19
**survey [2]**  3177/14
 3178/6
**SW [1]**  3074/11
**switch [2]**  3143/11
 3171/18
**switched [3]**  3146/6
 3146/10 3181/15
**switching [3]**
 3141/15 3143/15
 3212/14
**SWORN [3]**  3077/3
 3127/2 3189/17

**sworn [2]**  3171/20
 3171/23
**syndicate [6]**
 3120/11 3152/14
 3152/20 3198/8
 3208/5 3211/23
**syndicated [2]**
 3199/3 3208/4
**syndicates [1]**
 3111/5
**syndicating [3]**
 3110/16 3154/7
 3201/20
**syndication [47]**
 3080/12 3083/9
 3084/7 3093/6
 3096/12 3096/17
 3098/20 3105/10
 3105/14 3105/22
 3106/12 3110/15
 3119/25 3120/11
 3122/17 3122/25
 3123/11 3123/25
 3124/9 3124/21
 3152/17 3154/4
 3154/13 3155/18
 3190/19 3191/11
 3191/12 3198/7
 3198/10 3198/11
 3201/17 3201/19
 3202/11 3205/12
 3205/15 3205/22
 3205/25 3206/13
 3206/14 3206/17
 3206/18 3208/8
 3209/6 3209/8
 3209/15 3211/16
 3212/9
**syndicator [1]**
 3209/20
**synthetic [3]**
 3107/17 3107/21
 3116/21
**system [4]**  3130/13
 3147/1 3147/2
 3151/24
**systems [1]**  3147/23

**T**

**tab [6]**  3079/4
 3157/6 3163/14
 3167/7 3186/10
 3186/11
**table [1]**  3140/20
**tables [1]**  3095/12
**tacking [1]**  3195/12
**take [27]**  3084/1
 3121/14 3123/2
 3138/1 3138/17
 3152/23 3153/12
 3155/23 3157/2
 3159/10 3159/11
 3159/13 3160/16
 3163/18 3166/24
 3169/8 3186/3

 3190/15 3193/1
 3197/25 3199/9
 3200/17 3203/24
 3204/15 3206/12
 3209/9 3212/25
**takeaways [1]**
 3176/16
**taken [1]**  3204/21
**takes [4]**  3155/3
 3184/4 3185/25
 3210/8
**taking [2]**  3155/9
 3204/9
**talk [13]**  3085/15
 3088/18 3088/20
 3128/22 3186/21
 3191/11 3197/2
 3201/18 3202/11
 3202/17 3203/13
 3206/7 3208/15
**talked [8]**  3096/11
 3096/15 3135/24
 3136/1 3136/9
 3172/10 3182/13
 3203/16
**talking [12]**  3077/13
 3103/7 3103/22
 3136/8 3154/5
 3159/23 3160/3
 3191/21 3195/9
 3197/25 3201/20
 3201/21
**tangentially [1]**
 3110/23
**team [4]**  3077/19
 3110/21 3119/10
 3138/9
**tech [6]**  3133/4
 3133/11 3162/16
 3162/17 3197/5
 3198/12
**technical [1]**  3150/3
**technologies [3]**
 3128/16 3131/20
 3155/12
**technology [6]**
 3078/13 3094/14
 3113/20 3128/13
 3153/18 3161/22
**tell [4]**  3171/20
 3204/5 3204/7 3205/7
**telling [3]**  3169/14
 3171/6 3201/4
**tells [1]**  3204/4
**temporarily [1]**
 3182/19
**ten [10]**  3160/18
 3206/3 3206/5
 3206/22 3206/23
 3208/3 3210/13
 3210/14 3210/17
 3210/19
**ten years [3]**
 3206/23 3210/14
 3210/17

**ten-year [5]**  3206/3
 3206/5 3206/22
 3208/3 3210/19
**tend [1]**  3206/23
**tendency [1]**  3211/9
**tens [1]**  3109/23
**tension [1]**  3155/1
**term [16]**  3078/5
 3085/18 3087/17
 3105/6 3107/1
 3107/14 3159/24
 3159/24 3160/4
 3160/4 3199/20
 3208/12 3210/22
 3211/4 3211/5 3211/8
**terms [18]**  3110/10
 3138/2 3166/14
 3179/7 3181/21
 3199/6 3206/1 3206/2
 3206/6 3206/25
 3207/16 3208/7
 3208/11 3208/17
 3208/18 3210/23
 3210/24 3210/25
**territory [1]**  3188/7
**testified [4]**  3077/3
 3162/11 3172/17
 3181/20
**testify [1]**  3163/17
**testimony [14]**
 3096/18 3126/7
 3130/19 3147/12
 3151/11 3160/21
 3184/16 3188/10
 3188/17 3189/22
 3194/12 3211/13
 3211/24 3213/4
**text [6]**  3118/8
 3152/14 3153/13
 3167/15 3211/20
 3211/25
**than [20]**  3076/18
 3085/4 3085/13
 3101/23 3106/16
 3136/25 3143/23
 3144/17 3145/2
 3145/5 3148/15
 3155/10 3155/22
 3158/2 3173/13
 3174/1 3181/19
 3184/7 3189/4 3211/1
**thank [38]**  3076/6
 3076/9 3076/21
 3077/9 3083/4 3088/1
 3090/4 3107/6
 3108/22 3115/5
 3118/12 3126/3
 3126/5 3126/6 3126/7
 3126/10 3126/15
 3127/6 3127/7
 3136/11 3150/8
 3160/13 3160/15
 3160/19 3160/21
 3160/22 3161/3
 3167/4 3176/6

**T**

**thank... [9]**   3188/12
3188/14 3188/16
3188/18 3188/24
3189/1 3193/17
3209/13 3213/5
**thank you [21]**
3076/9 3088/1 3090/4
3107/6 3108/22
3126/5 3126/6
3126/10 3126/15
3127/7 3160/13
3160/19 3160/21
3160/22 3188/12
3188/14 3188/16
3188/18 3188/24
3189/1 3213/5
**Thanks [1]**   3126/8
**that [807]**
**That'll [1]**   3079/16
**that's [100]**   3082/3
3084/10 3084/14
3084/15 3091/14
3092/4 3094/5 3097/9
3098/19 3099/13
3102/16 3103/21
3105/2 3110/6 3111/7
3113/7 3113/24
3114/6 3114/8
3118/11 3121/21
3123/5 3123/19
3128/25 3131/5
3132/16 3133/7
3133/19 3135/3
3138/21 3142/20
3143/2 3143/2 3143/3
3143/6 3143/14
3144/6 3144/6
3144/22 3144/24
3145/20 3146/7
3147/5 3147/6 3150/7
3153/15 3159/16
3162/16 3163/7
3164/9 3164/10
3164/19 3165/1
3165/3 3165/16
3165/19 3165/19
3166/1 3167/9 3168/8
3168/23 3169/19
3170/25 3171/1
3171/10 3174/3
3174/10 3174/13
3179/2 3179/24
3181/23 3182/5
3187/1 3189/11
3194/5 3194/7
3194/10 3194/11
3194/11 3195/2
3195/25 3196/22
3198/14 3198/15
3199/7 3200/3 3200/5
3201/4 3201/14
3202/1 3203/3 3204/6
3204/20 3204/21
3204/22 3205/22

3207/18 3207/16
3208/22 3211/8
**their [59]**   3095/2
3105/24 3106/14
3106/20 3108/15
3108/16 3108/20
3109/2 3110/8
3111/24 3111/25
3111/25 3112/2
3112/8 3113/19
3114/21 3117/14
3117/17 3123/4
3130/18 3139/23
3139/24 3140/10
3140/11 3141/3
3141/10 3141/15
3142/1 3144/15
3147/5 3148/9
3149/18 3149/20
3156/8 3157/19
3157/21 3166/11
3173/12 3173/13
3176/9 3183/3
3192/21 3195/6
3195/7 3197/7 3198/8
3198/17 3199/4
3200/16 3202/1
3202/7 3202/15
3202/16 3204/13
3204/14 3209/6
3209/23 3210/19
3211/22
**them [44]**   3078/12
3085/6 3091/7
3094/14 3097/3
3099/24 3112/12
3113/20 3114/20
3116/3 3116/4
3117/12 3117/17
3136/9 3136/9
3136/25 3139/23
3141/14 3141/18
3147/6 3149/16
3151/19 3155/4
3157/7 3158/4 3163/1
3172/7 3181/24
3183/2 3185/17
3187/14 3187/15
3190/12 3191/11
3196/25 3197/8
3197/11 3197/11
3201/13 3201/24
3201/25 3202/10
3206/2 3207/18
**theme [1]**   3200/15
**themselves [1]**
3200/23
**then [56]**   3076/7
3086/17 3088/12
3089/20 3092/13
3092/20 3093/15
3096/17 3114/24
3116/1 3116/24
3118/20 3120/11
3121/3 3124/4

3124/18 3125/23
3127/25 3128/21
3133/8 3135/1
3135/14 3141/4
3141/18 3142/3
3142/7 3142/9 3143/3
3143/5 3143/18
3143/22 3146/14
3146/20 3148/11
3149/21 3149/23
3150/4 3154/13
3157/2 3172/14
3176/20 3182/21
3185/18 3186/23
3187/9 3190/18
3190/20 3192/19
3192/25 3195/4
3197/10 3198/25
3200/7 3204/24
3210/21 3212/12
**then-current [2]**
3089/20 3092/13
**theoretical [1]**
3194/10
**there [105]**   3079/6
3079/22 3079/25
3080/4 3082/24
3084/10 3089/19
3096/9 3099/8 3100/1
3100/5 3100/21
3100/23 3104/4
3104/9 3111/18
3112/22 3113/23
3115/7 3115/18
3117/19 3118/2
3118/21 3121/8
3123/7 3124/14
3124/20 3125/10
3133/5 3133/10
3133/15 3135/7
3136/3 3136/24
3137/3 3137/4
3137/15 3138/20
3140/11 3140/12
3148/6 3148/14
3148/16 3149/11
3149/21 3150/6
3150/22 3154/22
3155/24 3156/9
3156/14 3157/11
3158/9 3158/19
3158/23 3159/3
3159/12 3160/6
3160/7 3160/8
3160/11 3162/19
3164/23 3164/24
3164/25 3166/14
3166/16 3169/7
3171/21 3171/22
3172/19 3173/6
3173/15 3173/18
3175/1 3175/11
3176/13 3176/16
3176/20 3177/23
3179/19 3181/9

3181/25 3182/8
3185/17 3186/6
3190/20 3191/13
3196/12 3197/6
3197/6 3198/4 3198/7
3202/8 3202/8
3203/13 3204/14
3206/4 3206/14
3206/15 3206/16
3208/3 3208/5 3209/4
3209/19
**there's [47]**   3083/15
3084/20 3096/4
3097/16 3104/16
3112/6 3116/14
3118/7 3119/4
3119/24 3131/24
3132/3 3132/5 3132/6
3137/14 3142/14
3143/2 3143/23
3144/1 3149/24
3149/24 3149/24
3149/25 3150/20
3151/1 3151/22
3153/21 3153/22
3170/7 3178/24
3189/9 3190/13
3191/22 3196/15
3196/16 3196/25
3198/1 3198/2 3198/3
3198/7 3198/23
3199/1 3199/6
3205/13 3207/20
3208/8 3208/14
**therefore [2]**
3140/17 3193/4
**these [39]**   3081/8
3089/1 3099/11
3101/9 3111/22
3114/22 3115/14
3116/10 3117/18
3119/11 3121/12
3122/2 3140/16
3141/17 3151/3
3153/19 3158/17
3173/4 3178/22
3184/12 3186/16
3188/3 3191/5
3191/16 3192/14
3195/4 3195/18
3199/9 3199/10
3200/17 3200/19
3200/23 3201/14
3204/25 3206/5
3207/1 3207/16
3208/17 3208/18
**they [104]**   3078/12
3086/12 3095/3
3095/15 3098/6
3108/16 3108/17
3108/20 3108/20
3112/1 3112/7 3112/8
3112/8 3112/12
3112/13 3112/14
3113/18 3114/4

**T**

**they... [86]** 3114/18
3116/9 3117/14
3122/6 3123/2 3123/3
3125/24 3130/16
3132/6 3137/15
3141/3 3141/5 3141/5
3141/6 3141/23
3141/24 3141/24
3147/4 3147/4 3148/4
3148/10 3149/17
3149/18 3149/20
3156/5 3158/7 3172/8
3172/18 3173/12
3173/13 3175/7
3175/8 3177/14
3178/6 3179/15
3180/1 3181/6 3182/1
3182/2 3182/3 3182/5
3182/21 3182/21
3183/3 3183/3 3183/4
3184/6 3184/9 3191/9
3192/2 3192/15
3192/16 3192/16
3192/16 3192/22
3192/23 3193/4
3193/21 3193/22
3193/24 3193/25
3193/25 3193/25
3195/6 3195/20
3195/21 3195/22
3195/23 3195/24
3195/25 3197/23
3197/24 3198/2
3198/20 3198/20
3198/21 3198/22
3200/19 3201/24
3201/25 3202/5
3202/13 3206/23
3210/7 3211/21
3212/5
**they'll [2]** 3179/16
3182/19
**they're [18]** 3081/7
3081/10 3081/11
3089/1 3101/25
3156/7 3184/7
3186/19 3188/7
3188/8 3190/23
3190/23 3192/22
3195/14 3195/25
3201/9 3205/8 3209/5
**They're confidential**
**[1]** 3081/7
**they've [10]** 3132/3
3158/7 3182/20
3189/10 3192/2
3192/3 3194/2 3194/5
3194/7 3204/16
**thing [13]** 3101/10
3104/24 3112/4
3123/12 3146/15
3153/1 3196/21
3200/3 3202/18
3204/6 3207/14

3207/19 3210/17

**things [40]** 3080/4
3083/23 3090/16
3091/19 3092/16
3098/15 3110/9
3117/14 3119/24
3120/2 3130/10
3131/11 3131/24
3132/18 3143/14
3146/14 3147/6
3151/4 3152/4
3153/19 3155/6
3158/4 3160/9 3175/2
3179/13 3182/10
3191/1 3193/1 3195/5
3196/10 3196/16
3196/18 3198/2
3198/14 3200/9
3202/22 3206/21
3209/25 3210/1
3210/10
**think [66]** 3076/18
3077/11 3081/15
3081/18 3086/7
3087/25 3091/24
3096/1 3099/13
3101/7 3101/10
3101/11 3101/14
3102/7 3102/21
3103/17 3104/11
3104/24 3105/4
3125/3 3125/24
3126/1 3135/5
3137/15 3147/21
3148/20 3148/21
3156/24 3158/12
3159/9 3159/11
3159/12 3159/13
3159/20 3159/22
3160/12 3162/11
3163/10 3165/4
3165/24 3166/3
3181/18 3187/16
3189/15 3192/9
3194/18 3196/19
3197/8 3197/19
3198/16 3199/2
3199/8 3203/17
3203/20 3204/11
3204/19 3204/22
3205/9 3206/7 3206/9
3206/12 3206/13
3207/25 3211/6
3211/22 3212/22
**thinks [2]** 3162/23
3203/15
**third [9]** 3089/19
3108/17 3120/13
3151/5 3151/20
3187/20 3198/25
3207/24 3209/16
**third-party [3]**
3120/13 3151/20
3187/20
**this [228]**

**this is [1]** 3141/8
**those [63]** 3081/25
3095/13 3099/2
3101/18 3107/17
3110/24 3112/19
3117/7 3117/25
3118/6 3118/18
3122/24 3124/21
3125/18 3135/25
3136/4 3138/22
3139/12 3140/1
3141/6 3142/6
3154/15 3155/16
3158/13 3162/19
3163/17 3168/4
3169/8 3172/4 3172/9
3172/15 3172/20
3173/2 3184/1
3184/13 3185/15
3185/21 3187/9
3187/11 3190/11
3190/16 3190/22
3191/2 3191/3 3192/7
3192/10 3192/11
3193/1 3193/3 3195/7
3195/8 3195/16
3195/19 3197/3
3197/24 3198/8
3200/9 3201/18
3205/9 3206/2 3208/6
3210/8 3211/1
**Those are [1]**
3158/13
**though [1]** 3094/6
**thought [1]** 3102/9
**thousand [1]** 3148/16
**thousands [2]**
3109/23 3109/24
**threat [2]** 3168/21
3172/22
**Threats [1]** 3172/20
**three [7]** 3107/11
3116/25 3128/7
3133/5 3169/7
3191/19 3198/3
**three years [1]**
3128/7
**three-quarters [1]**
3107/11
**through [31]** 3080/8
3089/24 3090/9
3090/16 3099/10
3108/21 3109/6
3112/19 3117/5
3118/18 3118/20
3120/8 3120/8 3121/9
3124/5 3131/16
3138/3 3149/25
3154/6 3167/2
3173/23 3177/7
3182/11 3186/18
3191/2 3192/17
3195/15 3195/19
3196/11 3207/20
3207/24

**throughout [4]**
3085/18 3175/9
3193/20 3194/12
**tile [5]** 3186/12
3186/13 3186/23
3187/19 3187/24
**tiles [8]** 3157/5
3185/12 3185/16
3185/21 3185/23
3186/1 3186/23
3188/3
**time [56]** 3082/10
3084/9 3084/11
3085/4 3086/12
3086/15 3086/16
3089/10 3089/13
3092/5 3098/17
3105/18 3106/19
3106/21 3119/12
3126/7 3134/18
3136/3 3137/1 3137/6
3140/1 3143/18
3147/3 3147/4
3148/12 3149/11
3150/13 3150/16
3150/18 3151/1
3152/23 3153/3
3154/15 3154/20
3154/23 3154/24
3155/10 3159/11
3159/13 3159/16
3170/2 3170/8
3171/14 3179/2
3181/18 3182/13
3182/16 3182/20
3183/10 3183/15
3188/17 3198/13
3199/1 3206/24
3210/18 3212/15
**times [4]** 3101/21
3142/20 3174/9
3185/17
**timing [1]** 3212/18
**title [3]** 3082/21
3127/18 3176/7
**titled [3]** 3080/1
3138/18 3214/4
**today [26]** 3078/15
3083/16 3099/3
3101/22 3103/13
3109/22 3110/14
3110/20 3127/6
3127/14 3137/16
3151/11 3159/22
3160/3 3168/20
3181/6 3181/21
3182/18 3184/1
3184/8 3184/11
3189/22 3207/1
3207/5 3210/3
3212/23
**together [4]** 3092/1
3099/12 3138/10
3200/9
**ton [1]** 3204/16

**T**

**tons [1]** 3198/23
**too [5]** 3099/8
3102/17 3197/5
3205/18 3211/12
**took [2]** 3085/5
3188/2
**tools [2]** 3132/16
3200/23
**top [10]** 3085/17
3136/22 3145/1
3176/14 3176/15
3192/15 3205/24
3206/3 3206/19
3207/18
**topics [1]** 3212/15
**Tor [1]** 3164/23
**total [4]** 3142/14
3143/10 3144/18
3145/12
**touched [1]** 3212/8
**toward [1]** 3178/2
**trade [3]** 3105/2
3114/23 3120/3
**traffic [5]** 3135/3
3135/8 3136/20
3136/21 3137/5
**transcript [5]**
3072/9 3074/24
3123/24 3211/17
3214/3
**transcription [1]**
3074/24
**transfer [2]** 3086/8
3115/19
**transferred [2]**
3085/8 3086/13
**transfers [1]**
3080/19
**translation [1]**
3115/8
**transmission [1]**
3123/4
**transmit [1]** 3117/7
**transmitted [1]**
3086/17
**transparency [1]**
3190/21
**travel [1]** 3130/8
**travels [1]** 3126/8
**Travis [2]** 3073/7
3161/6
**travis.chapman [1]**
3073/11
**tremendous [1]**
3179/22
**trial [1]** 3130/20
**tricky [1]** 3209/25
**tried [1]** 3196/11
**tries [1]** 3141/8
**trivial [1]** 3153/24
**troubling [1]**
3204/20
**true [3]** 3173/11
3197/21 3197/22

**try [5]** 3137/24
3155/17 3193/22
3193/24 3207/21
**trying [9]** 3104/11
3104/25 3109/6
3131/15 3145/6
3147/24 3148/21
3155/8 3178/25
**turn [29]** 3079/2
3079/22 3082/17
3090/6 3090/12
3098/4 3100/15
3112/20 3113/22
3116/24 3117/20
3121/14 3121/15
3140/15 3145/22
3150/2 3150/10
3151/5 3163/14
3167/6 3168/5
3168/15 3173/16
3175/20 3177/11
3184/6 3200/25
3205/12 3208/21
**turned [1]** 3184/1
**turning [5]** 3079/21
3119/21 3120/5
3120/19 3121/3
**two [22]** 3086/19
3091/2 3092/20
3093/2 3096/5
3096/24 3098/10
3099/5 3099/11
3162/17 3162/19
3172/3 3172/19
3178/22 3188/3
3190/12 3191/22
3196/10 3199/12
3206/23 3210/10
3210/16
**two years [2]**
3206/23 3210/16
**two-page [1]** 3098/10
**type [2]** 3119/1
3150/4
**types [5]** 3088/3
3093/9 3114/22
3118/21 3188/3
**typing [2]** 3141/25
3149/18

**U**

**U.S [16]** 3081/10
3081/12 3129/24
3134/5 3134/25
3135/5 3141/2 3144/8
3145/1 3163/9
3163/10 3163/12
3163/13 3164/11
3182/1 3188/8
**Uh [1]** 3101/6
**Uh-huh [1]** 3101/6
**ultimately [1]**
3102/7
**un [2]** 3124/10
3124/12

**un-launched [2]**
3124/10 3124/12
**uncertain [1]**
3168/22
**under [21]** 3080/10
3082/9 3083/8 3085/1
3087/9 3090/18
3093/23 3095/17
3096/25 3103/7
3110/10 3121/1
3126/13 3136/18
3141/17 3141/20
3168/17 3168/21
3172/6 3188/23
3204/7
**undergrad [1]** 3128/5
**underlying [1]**
3095/4
**undermine [4]**
3195/21 3195/22
3205/1 3209/6
**undermines [1]**
3209/17
**underneath [3]**
3143/5 3166/19
3181/13
**underperforming [1]**
3170/12
**understand [5]**
3077/23 3088/14
3138/1 3140/1
3212/11
**understanding [23]**
3083/6 3085/3 3093/1
3093/3 3094/2
3098/13 3099/6
3108/9 3111/24
3113/15 3113/16
3114/17 3117/9
3120/23 3121/6
3124/17 3138/25
3146/7 3153/19
3164/19 3184/16
3199/17 3211/18
**understood [5]**
3076/9 3138/22
3138/23 3161/21
3212/5
**undesirable [3]**
3165/5 3165/8 3165/9
**unfortunate [1]**
3125/10
**unique [1]** 3090/19
**Unit [1]** 3074/4
**UNITED [11]** 3072/1
3072/3 3072/10
3073/2 3076/12
3076/22 3134/16
3161/7 3162/9
3163/21 3164/6
**United States [4]**
3134/16 3161/7
3163/21 3164/6
**United States of [1]**
3076/12

**university [1]**
3127/23
**unredacted [1]**
3080/7
**until [5]** 3085/12
3129/11 3165/17
3182/21 3212/5
**up [25]** 3102/8
3104/21 3111/20
3125/8 3137/15
3138/11 3145/19
3150/21 3153/3
3153/15 3157/1
3157/6 3157/8
3160/14 3167/10
3176/5 3182/10
3184/4 3186/4
3186/12 3186/24
3189/25 3197/14
3197/16 3209/13
**update [1]** 3092/11
**uploads [1]** 3151/1
**upon [2]** 3131/3
3139/14
**upper [1]** 3149/19
**urgent [2]** 3169/10
3171/7
**URL [5]** 3087/5
3089/10 3089/13
3091/11 3092/5
**us [31]** 3084/8
3084/14 3094/13
3112/8 3112/13
3115/7 3119/12
3129/19 3131/6
3134/21 3135/25
3136/23 3136/24
3143/9 3146/11
3147/18 3150/11
3151/10 3152/22
3154/11 3155/10
3155/12 3155/23
3159/18 3166/2
3174/16 3179/4
3180/5 3204/5 3204/5
3212/22
**usage [3]** 3091/2
3091/3 3135/17
**usdoj.gov [2]** 3073/6
3073/11
**use [38]** 3084/9
3084/11 3091/3
3103/1 3103/18
3106/13 3108/20
3112/17 3113/10
3113/18 3113/19
3114/21 3116/22
3119/3 3119/3
3119/13 3120/14
3129/20 3130/8
3130/9 3131/7 3131/9
3131/10 3131/20
3132/18 3143/19
3147/4 3148/14
3151/23 3155/20

**U**

**use... [8]** 3158/2
3164/17 3164/25
3179/3 3179/20
3184/6 3184/12
3208/20
**used [6]** 3079/14
3086/20 3123/23
3132/7 3132/11
3158/3
**useful [3]** 3130/15
3132/1 3141/24
**user [43]** 3094/16
3097/21 3097/24
3101/7 3105/1 3110/2
3110/11 3117/16
3118/25 3121/16
3122/3 3122/4 3122/4
3122/15 3122/23
3123/1 3123/1 3123/4
3123/10 3142/4
3147/4 3148/22
3155/13 3182/16
3182/17 3187/19
3187/23 3191/22
3192/3 3192/6 3192/7
3192/8 3194/2 3194/3
3199/24 3200/2
3200/3 3200/4 3200/5
3202/22 3203/20
3204/9 3211/1
**user-side [4]**
3191/22 3192/6
3192/7 3192/8
**users [37]** 3116/20
3117/15 3119/3
3122/4 3122/4 3122/6
3122/6 3122/7
3122/10 3129/22
3129/23 3131/4
3134/7 3134/11
3140/10 3141/2
3141/21 3142/6
3146/5 3146/13
3148/19 3149/14
3154/19 3179/10
3180/22 3181/15
3183/22 3184/12
3193/11 3194/20
3195/23 3203/8
3203/11 3204/4
3204/22 3205/4
3205/7
**users' [1]** 3119/6
**uses [2]** 3164/21
3182/16
**using [11]** 3089/1
3095/15 3110/21
3120/13 3123/20
3129/25 3137/16
3158/2 3158/2
3203/22 3207/6
**usually [2]** 3170/6
3208/22
**utility [2]** 3179/14

utilizing [1] 3141/4

**V**

**valuable [4]** 3120/4
3134/10 3196/23
3198/14
**value [6]** 3119/25
3147/17 3155/21
3179/4 3179/8
3179/24
**values [4]** 3155/2
3155/16 3155/18
3155/23
**variables [1]** 3181/4
**variety [1]** 3096/11
**various [4]** 3096/24
3128/11 3128/12
3132/3
**Ventures [1]** 3132/12
**verse [1]** 3168/20
**version [3]** 3123/20
3150/20 3182/8
**versions [1]** 3113/12
**versus [7]** 3076/13
3098/15 3105/6
3116/8 3141/15
3142/13 3196/13
**versus Google LLC [1]**
3076/13
**Vertex [1]** 3110/20
**very [36]** 3088/2
3091/1 3091/3
3099/13 3101/14
3101/17 3107/22
3109/21 3110/1
3117/15 3120/3
3123/8 3124/18
3139/5 3147/8
3147/21 3147/23
3151/3 3154/25
3155/11 3158/2
3160/8 3165/21
3175/3 3175/11
3178/22 3183/2
3188/17 3189/13
3207/14 3208/16
3209/2 3209/2
3210/13 3210/17
3212/8
**vi [5]** 3118/16
3121/3 3190/17
3191/14 3199/15
**via [3]** 3086/3
3086/7 3086/9
**viable [1]** 3181/9
**view [7]** 3099/15
3100/8 3195/10
3200/11 3202/12
3203/15 3212/12
**viewed [1]** 3103/15
**views [1]** 3191/3
**VII [1]** 3190/18
**VIII [5]** 3190/18
3190/21 3191/2

violation [1]
3165/14
**voice [2]** 3131/25
3132/1
**volumes [1]** 3146/18
**VPN [1]** 3131/17
**vs [1]** 3072/5

**W**

**waiting [1]** 3153/10
**Waldo [15]** 3139/14
3139/15 3139/17
3139/18 3140/4
3141/20 3142/5
3142/6 3145/3
3146/19 3180/17
3181/5 3181/16
3181/24 3183/5
**walk [2]** 3112/19
3118/18
**walked [1]** 3117/5
**walking [1]** 3080/8
**Walmart [4]** 3186/23
3204/13 3204/16
3204/20
**Walmart's [2]**
3204/12 3204/15
**Walt [1]** 3128/9
**Walt Disney [1]**
3128/9
**want [27]** 3080/13
3083/10 3084/3
3084/9 3103/21
3116/3 3117/14
3119/2 3148/10
3155/19 3158/7
3161/21 3179/11
3179/12 3184/5
3184/6 3186/21
3194/22 3199/13
3203/14 3204/5
3204/6 3205/2
3207/17 3209/22
3209/23 3210/21
**wanted [8]** 3076/3
3112/7 3116/5 3123/2
3165/21 3165/24
3177/14 3178/7
**wants [5]** 3138/21
3156/11 3156/16
3157/13 3158/21
**was [123]** 3079/15
3080/21 3084/15
3084/25 3085/13
3086/9 3086/13
3086/17 3086/19
3087/8 3087/8
3089/10 3089/13
3090/22 3090/22
3092/5 3092/21
3093/3 3093/4 3093/4
3097/4 3098/1
3098/14 3098/15
3098/17 3101/3

3101/4 3101/5
3102/10 3102/16
3102/17 3102/20
3102/21 3103/8
3103/13 3103/23
3103/25 3104/11
3104/24 3105/4
3106/8 3106/17
3106/20 3106/22
3111/17 3112/9
3112/23 3113/4
3115/16 3115/18
3115/21 3117/16
3118/11 3118/13
3118/14 3120/21
3121/6 3121/7
3122/23 3123/3
3123/6 3123/8
3124/11 3124/13
3128/9 3128/10
3128/14 3128/15
3128/15 3128/19
3128/21 3133/10
3136/3 3137/9
3137/11 3137/13
3137/23 3138/8
3138/10 3139/18
3139/18 3139/19
3140/2 3142/18
3145/3 3145/7
3146/19 3164/1
3164/4 3165/17
3166/9 3168/11
3168/12 3168/23
3169/14 3171/6
3171/8 3171/11
3171/13 3173/3
3174/4 3180/12
3180/21 3180/21
3181/12 3182/8
3182/8 3183/6 3183/6
3183/9 3183/11
3183/13 3190/4
3190/6 3190/8
3191/13 3193/9
3197/25 3198/19
3201/8 3205/17
3209/4 3211/22
**Washington [4]**
3072/5 3073/9
3074/12 3074/22
**wasn't [6]** 3106/6
3117/16 3169/17
3171/8 3180/12
3181/11
**watched [1]** 3139/25
**way [34]** 3092/10
3107/11 3113/19
3119/18 3120/1
3125/4 3125/17
3130/12 3132/9
3135/2 3145/8
3145/10 3147/19
3148/1 3148/8 3151/2
3151/19 3155/13

**W**

**way... [16]**   3155/15
 3155/19 3155/20
 3155/21 3155/22
 3158/15 3160/10
 3172/18 3174/20
 3179/5 3179/24
 3182/11 3182/18
 3191/24 3197/7
 3205/20
**ways [11]**   3130/16
 3131/9 3132/7 3148/6
 3160/5 3195/17
 3197/3 3197/19
 3199/6 3199/9
 3200/17
**wc.com [3]**   3074/13
 3074/13 3074/14
**we [238]**
**we believe [2]**
 3135/16 3145/15
**We will [1]**   3084/11
**we would [1]**   3152/6
**we'd [2]**   3155/6
 3166/1
**we'll [11]**   3076/19
 3084/4 3084/21
 3157/2 3160/18
 3189/12 3202/11
 3204/6 3208/15
 3212/16 3213/5
**we're [39]**   3076/11
 3076/19 3080/8
 3081/15 3081/16
 3081/18 3082/18
 3082/20 3089/24
 3089/24 3090/15
 3102/14 3103/22
 3107/10 3120/13
 3123/17 3125/4
 3125/18 3131/14
 3136/8 3137/16
 3145/6 3146/23
 3146/25 3147/1
 3147/2 3154/16
 3154/23 3155/8
 3179/13 3179/14
 3179/18 3191/21
 3195/9 3195/12
 3200/15 3203/1
 3212/14 3212/21
**we've [27]**   3099/9
 3115/8 3115/9
 3134/18 3135/23
 3136/1 3137/9
 3146/22 3147/8
 3148/19 3149/3
 3149/22 3154/4
 3154/10 3154/10
 3158/5 3163/16
 3186/12 3186/24
 3189/2 3192/7
 3193/20 3194/12
 3201/7 3202/22
 3206/6 3209/25

**weaknesses [2]**
 3172/6 3172/12
**web [24]**   3086/12
 3086/25 3087/3
 3097/12 3097/18
 3097/20 3097/22
 3108/3 3108/13
 3108/19 3116/9
 3116/11 3116/16
 3116/20 3124/20
 3133/16 3133/17
 3149/17 3162/14
 3162/19 3170/6
 3170/9 3173/8
 3173/20
**WebKit [2]**   3133/7
 3164/18
**webpage [1]**   3184/7
**website [5]**   3097/23
 3111/25 3112/9
 3112/10 3187/21
**websites [4]**   3093/2
 3093/3 3101/9 3112/5
**week [1]**   3137/12
**weekly [1]**   3115/19
**weeks [1]**   3152/3
**welcome [3]**   3077/7
 3126/14 3188/25
**well [40]**   3081/15
 3082/7 3082/10
 3087/5 3091/14
 3102/5 3102/21
 3103/21 3107/7
 3111/6 3116/2 3123/2
 3129/9 3129/12
 3131/21 3136/17
 3141/6 3143/23
 3147/17 3148/3
 3148/5 3154/9 3155/6
 3159/20 3160/8
 3164/25 3170/18
 3176/15 3180/4
 3186/3 3188/5 3188/8
 3194/8 3194/14
 3196/11 3197/20
 3201/8 3201/20
 3203/10 3212/10
**well-designed [1]**
 3148/3
**well-fronted [1]**
 3160/8
**went [7]**   3090/9
 3090/16 3127/23
 3127/25 3128/8
 3128/12 3146/16
**were [65]**   3095/15
 3095/18 3099/1
 3100/23 3101/18
 3101/24 3102/11
 3103/12 3104/4
 3104/12 3105/11
 3105/11 3105/15
 3105/23 3111/16
 3115/11 3117/4
 3117/7 3117/23

3122/9 3122/16
 3122/21 3123/3
 3123/14 3123/24
 3124/2 3124/19
 3125/12 3125/12
 3125/13 3136/13
 3136/24 3137/25
 3138/1 3139/12
 3139/23 3140/6
 3140/9 3140/22
 3141/10 3141/23
 3144/7 3144/16
 3144/17 3145/11
 3151/15 3152/17
 3153/10 3154/5
 3155/17 3159/3
 3159/7 3159/14
 3161/18 3166/3
 3166/7 3166/14
 3168/2 3173/2 3173/4
 3173/4 3181/16
 3181/25 3190/4
 3201/18
**weren't [3]**   3092/16
 3166/16 3212/6
**what [117]**   3077/10
 3082/3 3083/16
 3086/19 3088/3
 3092/4 3092/7
 3095/18 3095/25
 3098/15 3099/6
 3101/12 3101/12
 3101/15 3102/11
 3104/25 3106/17
 3107/4 3109/22
 3111/21 3112/23
 3113/15 3115/15
 3116/7 3116/7 3117/9
 3117/10 3117/16
 3117/23 3118/3
 3118/11 3119/18
 3120/21 3124/8
 3127/18 3133/24
 3134/12 3134/22
 3137/2 3137/21
 3137/24 3138/2
 3138/4 3138/6
 3139/17 3139/20
 3139/25 3140/4
 3140/9 3140/25
 3141/1 3141/8
 3141/14 3141/19
 3141/20 3142/4
 3142/7 3142/17
 3143/13 3144/24
 3146/7 3146/12
 3146/18 3149/13
 3149/14 3152/1
 3153/6 3156/4
 3156/22 3157/7
 3159/9 3163/24
 3164/1 3164/1
 3165/16 3167/2
 3174/3 3174/9
 3177/17 3178/24

3181/12 3181/25
 3185/18 3185/23
 3185/24 3187/1
 3190/4 3190/8
 3190/11 3190/20
 3192/7 3192/7 3192/8
 3193/2 3193/18
 3194/11 3194/12
 3194/24 3195/4
 3195/24 3195/25
 3196/10 3196/19
 3198/1 3199/17
 3200/9 3200/11
 3203/2 3203/8
 3205/15 3205/20
 3206/9 3206/12
 3208/3 3210/7
 3211/24 3212/11
**what is [1]**   3163/24
**what's [6]**   3080/6
 3144/17 3149/6
 3149/12 3150/11
 3151/7
**whatever [7]**   3125/17
 3125/23 3143/4
 3192/11 3193/24
 3195/1 3201/5
**whatnot [2]**   3142/1
 3164/24
**when [32]**   3085/5
 3086/12 3092/24
 3101/3 3116/9
 3117/15 3119/17
 3123/23 3127/16
 3130/16 3140/2
 3143/1 3146/10
 3148/9 3148/12
 3148/18 3149/18
 3150/25 3154/15
 3154/24 3165/19
 3171/12 3171/20
 3179/2 3186/8
 3187/23 3192/2
 3193/23 3193/25
 3195/8 3195/18
 3200/3
**where [19]**   3102/16
 3112/14 3115/8
 3119/24 3120/13
 3128/15 3134/8
 3147/22 3148/8
 3150/22 3158/6
 3169/4 3179/19
 3179/19 3187/10
 3193/21 3194/7
 3200/15 3208/9
**whether [6]**   3102/8
 3123/24 3124/14
 3152/20 3159/23
 3211/18
**which [73]**   3079/15
 3079/22 3082/18
 3085/18 3095/18
 3095/22 3096/7
 3096/20 3097/23

**W**

**which... [64]**   3098/5
3099/9 3107/10
3108/2 3111/17
3111/21 3113/17
3115/4 3115/9 3117/8
3128/25 3130/21
3131/19 3131/25
3132/7 3132/8
3132/13 3132/15
3133/7 3133/7
3133/12 3134/3
3135/15 3135/18
3136/1 3136/2 3138/9
3138/11 3141/17
3142/2 3145/5
3146/18 3150/24
3151/24 3153/10
3154/17 3157/5
3157/8 3158/7 3159/2
3159/5 3173/7
3174/19 3175/11
3178/25 3179/2
3179/14 3181/17
3185/19 3185/25
3187/15 3189/12
3190/13 3190/21
3191/10 3192/12
3192/20 3192/25
3196/5 3198/7
3198/11 3199/15
3206/22 3208/15
**which is [1]**   3198/7
**while [3]**   3097/3
3153/9 3174/7
**white [2]**   3078/5
3078/9
**who [23]**   3105/10
3105/15 3114/3
3119/3 3119/3
3127/14 3128/23
3139/22 3141/2
3141/9 3141/21
3142/6 3160/8
3164/25 3177/7
3186/19 3187/19
3203/13 3203/15
3206/16 3208/5
3208/6 3210/23
**whoever [1]**   3194/3
**whole [6]**   3099/2
3125/5 3196/25
3197/10 3198/22
3206/4
**wholly [1]**   3128/24
**wholly-owned [1]**
3128/24
**whose [2]**   3122/4
3122/23
**why [18]**   3102/18
3102/24 3130/5
3131/1 3133/9
3136/14 3142/17
3144/24 3145/2
3147/15 3151/23

3152/18 3153/14
3154/5 3155/9 3157/1
3198/14 3201/4
**Wikipedia [1]**
3149/24
**will [28]**   3083/25
3084/11 3085/19
3092/11 3095/13
3102/19 3102/19
3107/25 3109/11
3109/17 3113/10
3114/12 3116/12
3132/16 3133/19
3152/8 3152/22
3152/23 3152/23
3155/12 3182/18
3182/22 3184/17
3188/11 3196/8
3197/11 3201/8
3212/22
**will make [1]**
3085/19
**William [3]**   3074/19
3214/2 3214/8
**WILLIAMS [2]**   3074/11
3126/17
**willing [2]**   3099/5
3144/17
**WILSON [1]**   3074/15
**win [1]**   3192/2
**Windows [4]**   3150/12
3150/13 3151/18
3152/3
**wins [1]**   3194/3
**within [3]**   3136/4
3136/6 3136/7
**without [8]**   3143/8
3163/17 3165/19
3192/17 3192/24
3193/4 3193/11
3211/11
**witness [16]**   3075/2
3076/4 3076/5 3077/2
3079/3 3081/12
3084/10 3101/23
3102/1 3102/21
3126/11 3126/13
3127/2 3188/23
3189/17 3212/21
**witnesses [3]**   3075/4
3076/8 3194/17
**won [8]**   3168/20
3192/2 3192/3 3194/1
3194/2 3194/3 3194/6
3194/7
**won't [3]**   3140/17
3205/8 3205/18
**word [3]**   3084/1
3099/9 3198/10
**words [4]**   3092/4
3103/18 3106/13
3115/7
**work [15]**   3084/7
3095/13 3098/18
3099/9 3108/17

3119/11 3119/17
3127/15 3128/8
3128/12 3131/23
3131/23 3132/6
3148/22 3207/18
**worked [4]**   3128/5
3128/16 3138/14
3197/5
**working [6]**   3098/17
3099/12 3153/22
3159/14 3160/11
3206/17
**works [2]**   3191/25
3212/18
**world [8]**   3132/2
3159/7 3159/8
3159/10 3160/11
3175/9 3198/12
3211/11
**worried [2]**   3159/16
3209/5
**worry [11]**   3081/19
3200/20 3200/20
3202/25 3204/25
3207/3 3207/7 3207/8
3210/11 3210/18
3211/12
**worse [2]**   3181/19
3210/25
**worth [1]**   3170/8
**would [169]**
**wouldn't [4]**   3101/13
3119/2 3133/18
3207/17
**written [1]**   3092/7
**wsgr.com [1]**   3074/18
**www.google.com [1]**
3141/25

**Y**

**Yahoo [117]**   3077/14
3077/16 3078/2
3078/8 3078/12
3078/14 3079/3
3079/7 3079/21
3080/11 3081/8
3081/23 3083/8
3083/12 3083/17
3084/14 3084/25
3085/10 3085/19
3085/20 3085/22
3086/18 3088/25
3089/9 3091/3 3091/6
3092/19 3092/21
3093/5 3093/7
3093/11 3093/23
3094/3 3094/13
3094/23 3094/24
3095/2 3095/4 3095/5
3095/8 3095/9
3095/11 3095/24
3096/2 3096/8
3096/12 3097/23
3098/7 3098/12
3098/16 3098/18

3098/20 3098/22
3098/24 3099/1
3101/16 3106/25
3107/8 3107/20
3107/21 3107/24
3108/1 3108/6
3108/14 3108/15
3108/16 3108/25
3110/2 3110/10
3110/11 3110/21
3110/22 3111/5
3111/16 3111/23
3111/24 3112/6
3112/17 3113/10
3113/16 3114/4
3114/12 3114/18
3115/22 3115/23
3116/5 3116/10
3116/22 3117/8
3117/11 3117/21
3117/25 3118/3
3119/3 3119/6
3119/13 3119/15
3119/17 3119/19
3120/11 3120/15
3121/2 3121/17
3121/22 3121/22
3121/25 3122/1
3122/6 3122/7
3143/17 3146/13
3152/21 3154/20
3156/17 3179/22
3198/6 3207/5
**Yahoo's [1]**   3146/11
**yeah [25]**   3088/2
3090/24 3092/15
3101/7 3103/17
3104/18 3106/10
3107/7 3114/8 3118/9
3118/11 3132/25
3142/19 3145/14
3146/9 3151/12
3153/18 3157/25
3166/25 3183/1
3187/13 3196/24
3202/9 3206/11
3208/10
**year [16]**   3133/22
3134/20 3135/20
3136/4 3136/6 3136/7
3136/9 3139/19
3165/18 3166/13
3206/3 3206/5
3206/22 3208/3
3210/13 3210/19
**years [12]**   3085/4
3089/7 3091/6 3128/7
3128/9 3165/11
3199/5 3206/23
3206/23 3210/14
3210/16 3210/17
**yen [5]**   3080/18
3080/20 3081/1
3081/3 3081/17
**yes [163]**

# Y

**yesterday [15]**
3077/12 3077/13
3078/4 3078/22
3079/13 3080/4
3096/15 3097/4
3101/21 3123/14
3125/12 3205/18
3206/25 3207/1
3209/17

**yet [3]**   3124/14
3149/16 3179/11

**York [1]**   3074/17

**you [476]**

**You could [1]**
3204/15

**you know [28]**
3077/21 3098/14
3119/2 3129/24
3146/15 3147/20
3151/21 3183/14
3194/23 3197/1
3198/8 3202/7
3202/13 3202/22
3202/24 3203/16
3203/21 3203/25
3204/25 3205/20
3205/24 3206/2
3206/25 3209/7
3209/8 3209/19
3210/14 3210/16

**you mean [1]**   3101/5

**you understand [1]**
3088/14

**you went [1]**   3090/9

**you'd [2]**   3145/16
3145/17

**you'll [3]**   3149/18
3151/19 3196/14

**you're [31]**   3077/24
3083/17 3090/8
3107/14 3111/4
3124/7 3147/24
3148/18 3148/21
3150/24 3159/23
3160/3 3160/6
3165/10 3165/13
3167/23 3171/20
3178/11 3178/15
3178/24 3193/6
3201/4 3201/21
3203/2 3206/18
3206/19 3206/21
3208/2 3208/7 3211/5
3212/14

**you've [10]**   3109/11
3151/11 3161/25
3189/4 3191/16
3201/13 3201/13
3203/7 3206/5 3208/3

**your [136]**   3076/2
3076/10 3076/11
3076/21 3077/11
3078/23 3079/2
3079/10 3079/12
3081/5 3081/5 3084/1
3084/9 3084/21
3084/22 3088/1
3090/2 3090/9 3090/9
3096/15 3097/3
3099/19 3099/21
3100/12 3100/15
3100/17 3100/22
3101/20 3102/12
3103/2 3103/12
3103/19 3104/2
3104/21 3105/23
3109/8 3111/2 3111/8
3111/11 3113/15
3115/4 3117/9
3123/14 3123/23
3123/25 3124/5
3124/13 3124/19
3124/25 3125/9
3125/15 3125/20
3126/7 3126/10
3126/15 3126/16
3127/10 3127/14
3127/18 3127/20
3128/2 3129/5 3131/1
3134/21 3137/7
3137/11 3138/13
3138/19 3138/24
3148/15 3148/18
3148/18 3148/24
3149/25 3150/4
3151/3 3151/18
3151/21 3152/6
3158/24 3160/15
3160/20 3161/6
3161/14 3161/19
3163/14 3163/25
3165/6 3166/20
3167/8 3171/3
3171/15 3175/21
3175/22 3179/3
3179/3 3181/7 3184/5
3184/14 3184/21
3185/2 3185/11
3185/19 3186/5
3188/15 3188/17
3188/18 3188/22
3189/6 3189/8
3189/21 3189/24
3190/4 3193/9
3194/14 3195/9
3196/14 3197/19
3198/11 3198/13
3199/1 3199/17
3200/11 3201/6
3201/11 3201/16
3202/19 3203/5
3204/5 3205/5 3205/6
3205/8 3205/15
3212/12 3212/20
3213/4

**Your Honor [45]**
3076/2 3076/10
3076/21 3078/23
3079/10 3079/12
3081/5 3081/5 3084/1
3084/21 3084/22
3088/1 3090/2
3101/20 3102/12
3103/2 3111/2 3111/8
3111/11 3115/4
3124/25 3125/9
3125/15 3125/20
3126/10 3126/15
3126/16 3137/7
3137/11 3148/24
3152/6 3158/24
3160/15 3161/6
3161/14 3163/25
3166/20 3171/3
3175/22 3184/14
3184/21 3188/15
3188/18 3189/6
3189/8 3189/24

**yourself [2]**   3118/19
3124/6

**YouTube [2]**   3132/4
3149/24

# Z

**Zaremba [3]**   3074/19
3214/2 3214/8